1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE: OIL SPILL BY THE           DOCKET NO. MDL-2179
     OIL RIG *DEEPWATER HORIZON*       SECTION "J"
5    IN THE GULF OF MEXICO ON          NEW ORLEANS, LA
     APRIL 20, 2010                    MONDAY, SEPTEMBER 30, 2013
6

7    ****************************************************************

8    IN RE: THE COMPLAINT AND          DOCKET NO. 10-CV-2771
     PETITION OF TRITON ASSET          SECTION "J"
     LEASING GMBH, ET AL
9

10   ****************************************************************

11   UNITED STATES OF AMERICA          DOCKET NO. 10-CV-4536
             V.                        SECTION "J"
     BP EXPLORATION & PRODUCTION,
12   INC., ET AL

13   ****************************************************************

14               **DAY 1   MORNING SESSION**
            TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
15        HEARD BEFORE THE HONORABLE CARL J. BARBIER
                UNITED STATES DISTRICT JUDGE
16

17   APPEARANCES:

18

19   FOR THE PLAINTIFFS:    HERMAN HERMAN & KATZ
                            BY:  STEPHEN J. HERMAN, ESQ.
20                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
21

22

23                         DOMENGEAUX WRIGHT ROY & EDWARDS
                           BY:  JAMES P. ROY, ESQ.
                           556 JEFFERSON STREET, SUITE 500
24                         POST OFFICE BOX 3668
                           LAFAYETTE, LA  70502
25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              LEVIN PAPANTONIO THOMAS MITCHELL
                               RAFFERTY & PROCTOR
4                              BY:  BRIAN H. BARR, ESQ.
                               316 SOUTH BAYLEN STREET, SUITE 600
5                              PENSACOLA, FL  32502

6

7                              WEITZ & LUXENBERG
                               BY:  ROBIN L. GREENWALD, ESQ.
8                              700 BROADWAY
                               NEW YORK CITY, NY  10003
9

10

11                             LUNDY, LUNDY, SOILEAU & SOUTH
                               BY:  MATTHEW E. LUNDY, ESQ.
                               501 BROAD STREET
12                             LAKE CHARLES, LA  70601

13

14                             MORGAN & MORGAN
                               BY:  FRANK M. PETOSA, ESQ.
15                             188 EAST CAPITOL STREET, SUITE 777
                               JACKSON, MS  39201
16

17

18   FOR THE STATES'
     INTERESTS:                ALABAMA ATTORNEY GENERAL'S OFFICE
                               BY:  COREY L. MAZE, ESQ.
19                                  WINFIELD J. SINCLAIR, ESQ.
                               500 DEXTER AVENUE
20                             MONTGOMERY, AL  36130

21

22   FOR THE STATE OF
     LOUISIANA:
23                             STATE OF LOUISIANA
                               BY:  JAMES D. CALDWELL,
24                             ATTORNEY GENERAL
                               1885 NORTH THIRD STREET
25                             POST OFFICE BOX 94005
                               BATON ROUGE, LA  70804

                               **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              KANNER & WHITELEY
                              BY:  ALLAN KANNER, ESQ.
4                                   DOUGLAS R. KRAUS, ESQ.
                              701 CAMP STREET
5                              NEW ORLEANS, LA  70130

6

7                              HENRY DART, ATTORNEYS AT LAW
                              BY:  HENRY DART, ESQ.
8                              510 NORTH JEFFERSON STREET
                              COVINGTON, LA  70433

9

10

11    FOR THE UNITED STATES
      OF AMERICA:             U.S. DEPARTMENT OF JUSTICE
12                            TORTS BRANCH, CIVIL DIVISION
                              BY:  STEPHEN G. FLYNN, ESQ.
13                            POST OFFICE BOX 14271
                              WASHINGTON, DC  20044
14

15
                              U.S. DEPARTMENT OF JUSTICE
16                            ENVIRONMENT & NATURAL RESOURCES DIVISION
                              ENVIRONMENTAL ENFORCEMENT SECTION
17                            BY:  THOMAS BENSON, ESQ.
                                   STEVEN O'ROURKE, ESQ.
18                                 SCOTT CERNICH, ESQ.
                                   A. NATHANIEL CHAKERES, ESQ.
19                                 ANNA CROSS, ESQ.
                                   BETHANY ENGEL, ESQ.
20                                 RICHARD GLADSTEIN, ESQ.
                                   JUDY HARVEY, ESQ.
21                                 SARAH HIMMELHOCH, ESQ.
                              P.O. BOX 7611
22                            WASHINGTON, DC  20044

23

24

25

**OFFICIAL TRANSCRIPT**

4

1    APPEARANCES CONTINUED:

2


3    FOR BP EXPLORATION &
     PRODUCTION INC.,
4    BP AMERICA PRODUCTION
     COMPANY, BP PLC:        LISKOW & LEWIS
5                            BY:  DON K. HAYCRAFT, ESQ.
                             ONE SHELL SQUARE
6                            701 POYDRAS STREET
                             SUITE 5000
7                            NEW ORLEANS, LA 70139

8

9                            KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQ.
10                                HARIKLIA KARIS, ESQ.
                                  PAUL D. COLLIER, ESQ.
11                                MATTHEW T. REGAN, ESQ.
                                  BARRY E. FIELDS, ESQ.
12                           300 N. LASALLE
                             CHICAGO, IL 60654
13

14

15                           KIRKLAND & ELLIS
                             BY:  MARTIN BOLES, ESQ.
16                           333 SOUTH HOPE STREET
                             LOS ANGELES, CA 90071

17

18                           KIRKLAND & ELLIS
                             BY:  ROBERT R. GASAWAY, ESQ.
19                                JOSEPH A. EISERT, ESQ.
                                  BRIDGET K. O'CONNOR, ESQ.
20                           655 FIFTEENTH STREET, N.W.
                             WASHINGTON, DC  20005
21

22

23                           COVINGTON & BURLING
                             BY:  ROBERT C. "MIKE" BROCK, ESQ.
24                           1201 PENNSYLVANIA AVENUE, NW
                             WASHINGTON, DC  20004

25

                         **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
 4    OFFSHORE DEEPWATER
      DRILLING INC., AND
 5    TRANSOCEAN DEEPWATER
      INC.:                   FRILOT
 6                            BY:  KERRY J. MILLER, ESQ.
                              ENERGY CENTRE
 7                            1100 POYDRAS STREET, SUITE 3700
                              NEW ORLEANS, LA  70163
 8

 9
                              SUTHERLAND ASBILL & BRENNAN
10                            BY:  STEVEN L. ROBERTS, ESQ.
                              1001 FANNIN STREET, SUITE 3700
11                            HOUSTON, TX  77002

12

13                            MUNGER TOLLES & OLSON
                              BY:  MICHAEL R. DOYEN, ESQ.
14                                 BRAD D. BRIAN, ESQ.
                                   LUIS LI, ESQ.
15                                 GRANT A. DAVIS-DENNY, ESQ.
                                   ALLEN M. KATZ, ESQ.
16                            335 SOUTH GRAND AVENUE, 35TH FLOOR
                              LOS ANGELES, CA  90071
17

18
      FOR HALLIBURTON
19    ENERGY SERVICES,
      INC.:                   GODWIN LEWIS
20                            BY:  DONALD E. GODWIN, ESQ.
                                   JENNY L. MARTINEZ, ESQ.
21                                 BRUCE W. BOWMAN, JR., ESQ.
                                   PRESCOTT W. SMITH, ESQ.
22                                 SEAN W. FLEMING, ESQ.
                              RENAISSANCE TOWER
23                            1201 ELM STREET, SUITE 1700
                              DALLAS, TX  75270.
24

25
```

**OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2

3                        GODWIN LEWIS
                         BY:  R. ALAN YORK, ESQ.
4                            GWENDOLYN E. RICHARD, ESQ.
                         1331 LAMAR, SUITE 1665
5                        HOUSTON, TX  77010

6

7    FOR ANADARKO
     PETROLEUM CORPORATION,
8    ANADARKO E&P COMPANY LP:
                         KUCHLER POLK SCHELL
9                        WEINER & RICHESON
                         BY:  DEBORAH D. KUCHLER, ESQ.
10                       1615 POYDRAS STREET, SUITE 1300
                         NEW ORLEANS, LA  70112

11

12

                         BINGHAM MCCUTCHEN
13                       BY:  WARREN A. FITCH, ESQ.
                             KY E. KIRBY, ESQ.
14                       2020 K STREET, NW
                         WASHINGTON, DC  20006

15

16

17   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
18                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
19                              NEW ORLEANS, LA  70130
                                (504) 589-7779
20                              Cathy_Pepper@laed.uscourts.gov

21

22   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

23

24

25
```

**OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3      EXAMINATIONS                                      PAGE

4

5      OPENING STATEMENTS BY MR. BARR...................... 15

6      OPENING STATEMENTS BY MR. BRIAN.................... 28

7      OPENING STATEMENTS BY MR. GODWIN................... 41

8      OPENING STATEMENTS BY MR. BROCK................... 42

9      **JOHN WILSON**........................................ 76

10     DIRECT EXAMINATION BY MR. LI....................... 78

11     LUNCHEON RECESS................................... 131

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

MONDAY, SEPTEMBER 30, 2013

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning, everyone.  Please be seated.

VOICES:  Good morning, Your Honor.

THE COURT:  Stephanie, go ahead and call the case, please.

THE DEPUTY CLERK:  MDL 10-2179, In re:  Oil spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico on April 20, 2010; Civil Action 10-2771, In re:  The Complaint and Petition of Triton Asset Leasing GmbH, et al.; Civil Action 10-4536, United States of America v. BP Exploration and Production, Incorporated, et al.

THE COURT:  All right.  Good morning, again.  This is Phase Two of the Transocean *Deepwater Horizon* limitation liability trial, and also the consolidated civil action by the United States under the Clean Water Act and Oil Pollution Act against BP and Anadarko.

We have segregated this Phase Two into two segments.  The first segment is called source control.  This will involve evidence and testimony as to what occurred from

**OFFICIAL TRANSCRIPT**

08:14:03  1    the time the *Deepwater Horizon* sank and the riser fractured and

08:14:12  2    the oil began to escape until, I think it was, approximately

08:14:16  3    87 days later when the well was capped.  That's source control.

08:14:23  4             In this first phase, which is going to take

08:14:26  5    four days, I've allowed each side of that case to have 15 hours

08:14:32  6    of testimony.  We really only have two sides to this phase, and

08:14:40  7    that is the aligned parties on one side versus BP on the other

08:14:43  8    side.  The aligned parties include the private claimants

08:14:48  9    represented by the Plaintiffs' Steering Committee, the States,

08:14:52 10    Transocean and Halliburton, as I said, against BP on the other

08:14:56 11    side, 15 hours per side.

08:14:58 12             Starting next Monday, we'll begin the second

08:15:01 13    segment of Phase Two, which is the so-called Quantification

08:15:06 14    segment.  In that case, the parties are the United States on

08:15:10 15    one side versus BP and Anadarko on the other side.  I've

08:15:17 16    allowed 12 days, a total of 45 hours for each side, for

08:15:21 17    quantification.

08:15:23 18             For the benefit of the press and public, I want

08:15:27 19    to emphasize that this Phase Two will not include the assessing

08:15:31 20    of any actual penalties.  That will have to be the subject of a

08:15:36 21    later trial.

08:15:37 22             I want to remind everyone about your cell phones,

08:15:40 23    iPads, tablets, laptops, any other electronic device must be

08:15:44 24    turned off or silent in the courtroom.  If you need to use your

08:15:48 25    phone, please step out into the hallway and away from the

**OFFICIAL TRANSCRIPT**

08:15:51  1    courtroom doors to do so.

08:15:53  2            We've already had a breach of the court rules and

08:15:56  3    policies here this morning.  Before I walked in the courtroom,

08:16:00  4    somebody showed me a picture that some group called Restore the

08:16:03  5    Delta -- I don't know who is here from Restore the Delta, but

08:16:06  6    you or your representatives have already violated court rules

08:16:10  7    by standing in the courtroom and taking a photograph of the

08:16:14  8    interior of this courtroom.  That's a clear breach of court

08:16:18  9    rules and policies.

08:16:20 10            As a result of that, I've ordered that anyone who

08:16:22 11    is not a lawyer and not a member of the press must turn in

08:16:26 12    their phones, cell phones, laptops, cameras, everything.  It's

08:16:32 13    unfortunate.  I try to be as liberal as I can on allowing

08:16:34 14    people to bring these devices into the courtroom nowadays, but

08:16:38 15    if we have people that start violating the rules, then other

08:16:42 16    people have to suffer for your violation.

08:16:46 17            So whoever is here for Restore the Delta, you've

08:16:48 18    already caused a problem for everybody else.  I'll just point

08:16:53 19    that out.

08:16:53 20            No food or drinks are allowed in the courtroom.

08:16:57 21    The exception, of course, is the lawyers can have water at

08:17:00 22    their counsel tables.

08:17:01 23            I'll repeat again, the taking of any photographs,

08:17:05 24    video anywhere, not only inside the courtroom, but inside the

08:17:07 25    federal courthouse complex, is strictly prohibited.  This is

                              **OFFICIAL TRANSCRIPT**

08:17:12  1    not just my rule, by the way, this is a rule or policy of the

08:17:14  2    United States Judicial Conference overseen by the United States

08:17:20  3    Supreme Court.

08:17:21  4              So any recording, broadcasting or transmitting of

08:17:25  5    any part of a trial in a federal courthouse is strictly

08:17:29  6    prohibited.  Anyone who violates these rules may be subjected

08:17:32  7    to sanctions, including fines, seizure of the device and

08:17:35  8    possible ejection from the courtroom and courthouse.

08:17:38  9              These rules and other matter pertaining to public

08:17:43 10    access to the trial are set forth in the Court's Order of

08:17:46 11    August 22nd, 2013, which is Record Document 11086, a copy of

08:17:53 12    which is posted on the Court's public website at

08:17:56 13    www.laed.uscourts.gov, and at the MDL 2179 link.

08:18:05 14              There is one overflow courtroom for this trial.

08:18:06 15    That's Room 311, which is on the third floor.  The same rules

08:18:10 16    that apply in this courtroom and in the courthouse, of course,

08:18:13 17    apply up there in Room 311.

08:18:19 18              As we did during Phase One, copies of deposition

08:18:23 19    which are used at trial, exhibits which are introduced at trial

08:18:26 20    and, of course, trial testimony will be regularly posted to a

08:18:28 21    public website -- who is in charge of that website?  Is it the

08:18:35 22    same one we had last time -- www.mdl2179trialdocs.com.

08:18:43 23              That is not a court-supervised or sanctioned

08:18:45 24    website.  It's set up by the parties, but that's where those

08:18:49 25    matters will be posted on a regular basis.

**OFFICIAL TRANSCRIPT**

08:18:53  1                    All right.  As last time, we have two rows up

08:18:56  2        front on my left, but at the right as you enter the courtroom

08:19:01  3        up front, for members of the press.

08:19:03  4                    Our trial schedule will be 8:00 a.m. to

08:19:07  5        6:00 p.m., Monday through Thursday.  We'll have a slightly

08:19:12  6        different schedule during the week of October 14.

08:19:17  7                    October 14 is Columbus Day.  We will not hold

08:19:21  8        trial on that day.  Instead, we will hold trial on that Friday,

08:19:25  9        October 18.

08:19:26  10                   There is also one other exception or difference

08:19:31  11       in scheduling that week.  That Wednesday, October 16, I will be

08:19:37  12       unable to hold trial that afternoon because of an important

08:19:45  13       en banc court meeting that I have to attend, which will take up

08:19:48  14       most all of that afternoon.  So, for that reason, October 16, I

08:19:52  15       plan to recess at noon.

08:19:53  16                   What I would like to do now is have counsel who

08:19:58  17       plan to appear during the trial to make their appearances at

08:20:01  18       this time for the record.

08:20:03  19            MR. BARR:  Your Honor, Brian Barr for the plaintiffs.

08:20:09  20            MR. LUNDY:  Your Honor, Matt Lundy for the plaintiffs.

08:20:10  21            MS. GREENWALD:  Good morning, Your Honor,

08:20:13  22       Robin Greenwald for the plaintiffs.

08:20:13  23            MR. PETOSA:  Good morning, Your Honor, Frank Petosa for

08:20:17  24       the plaintiffs.

08:20:18  25            MR. IRPINO:  Good morning, Judge.  Anthony Irpino for

**OFFICIAL TRANSCRIPT**

08:20:21 1    the plaintiffs.

08:20:24 2          MR. GODWIN:  Good morning, Judge.  Don Godwin for

08:20:27 3    Halliburton.

08:20:27 4          MR. YORK:  Alan York, also for Halliburton.

08:20:32 5          MR. SMITH:  Prescott Smith for Halliburton.

08:20:35 6          MR. MILLER:  Kerry Miller for Transocean.

08:20:38 7          MR. BRIAN:  Brad Brian for Transocean and the aligned

08:20:41 8    parties.

08:20:42 9          MR. LI:  Luis Li for Transocean, Your Honor.

08:20:43 10         MR. DOYEN:  Your Honor, Mike Doyen for Transocean, as

08:20:46 11   well.

08:20:48 12         MR. MAZE:  Corey Maze for the State of Alabama.

08:20:49 13         MR. KANNER:  Allan Kanner for the State of Louisiana.

08:20:51 14         MR. KRAUS:  Doug Kraus for the State of Louisiana.

08:20:53 15         MR. SINCLAIR:  Winfield Sinclair for the State of

08:20:55 16   Alabama.

08:20:56 17         THE COURT:  All right.

08:20:58 18         MR. BROCK:  Your Honor, Mike Brock for BP.

08:21:00 19          We have trial team members here this morning who

08:21:03 20   will be participating in quantification only.  Would you like

08:21:06 21   for them to identify themselves?

08:21:09 22         THE COURT:  They can go ahead and introduce themselves.

08:21:10 23         MS. KARIS:  Good morning, Your Honor.  Hariklia Karis

08:21:13 24   for BP.

08:21:14 25         MR. HAYCRAFT:  Don Haycraft, BP.

**OFFICIAL TRANSCRIPT**

08:21:17  1        MR. COLLIER:  Good morning, Your Honor.  Paul Collier

08:21:19  2   for BP.

08:21:20  3        MR. REGAN:  Good morning, Your Honor.  Matt Regan on

08:21:24  4   behalf of BP.

08:21:25  5        MR. FITCH:  Your Honor, good morning.  Tony Fitch on

08:21:30  6   behalf of Anadarko for the quantification phase.

08:21:31  7        MS. KIRBY:  Ky Kirby for Anadarko.

08:21:33  8        MR. FLYNN:  Good morning, Your Honor.  Stephen Flynn

08:21:34  9   for the United States.

08:21:37 10        MR. O'ROURKE:  For the United States, Steve O'Rourke.

08:21:40 11        MR. CHAKERES:  Good morning, Your Honor.  Nat Chakeres

08:21:43 12   for the United States.

08:21:46 13        MR. FIELDS:  Good morning, Your Honor.  Barry Fields

08:21:48 14   for BP.

08:21:49 15        MR. BOLES:  Good morning, Your Honor.  Martin Boles for

08:21:52 16   BP.

08:21:54 17        THE COURT:  You all can check with Stephanie and with

08:22:00 18   our court reporters because what we're going to do, like we did

08:22:03 19   last time, rather than take roll every day, we're just going to

08:22:06 20   have minute entries each day that the following counsel

08:22:11 21   appeared at various times during the trial, okay?

08:22:14 22             All right.  Does anybody have any other

08:22:16 23   preliminary matters before we proceed to opening statements?

08:22:21 24             Okay.  Each side has one hour allotted for

08:22:23 25   opening statements.  Who is going to make the opening

**OFFICIAL TRANSCRIPT**

08:22:26  1    statements for the aligned parties?

08:22:27  2         MR. BARR:  Your Honor, Brian Barr on behalf of the

08:22:30  3    plaintiffs.  Mr. Brian will be speaking as well, and

08:22:33  4    Mr. Godwin.

08:22:34  5         THE COURT:  Who is going first?  All right.  You're up,

08:22:37  6    Mr. Barr.

08:22:40  7              Again, I'll remind everyone.  It would be very

08:22:42  8    helpful, because of the number of lawyers and parties, and

08:22:45  9    we're going to have five different court reporters during the

08:22:49 10    course of this month-long trial, I ask anyone to please

08:22:52 11    remember to identify yourself and who you represent each time

08:22:55 12    you stand to speak.  Try to make sure you're speaking into a

08:22:59 13    microphone somewhere in the courtroom.  Speak up loudly and

08:23:02 14    clearly, so we can hear you and so it gets recorded and so

08:23:05 15    forth.

08:23:06 16              Go ahead, Mr. Barr.

08:23:07 17         MR. BARR:  Good morning, Your Honor.  Brian Barr on

08:23:10 18    behalf of the plaintiffs and the aligned parties.  May I

08:23:12 19    proceed?

08:23:12 20         THE COURT:  Yes.

08:23:13 21    OPENING STATEMENTS BY MR. BARR:

08:23:17 22              87 days.  The evidence will show that BP's

08:23:20 23    failure to prepare source control plans and its outright lies

08:23:23 24    to Unified Command and the federal government caused oil to

08:23:28 25    flow from the Macondo Well for 87 days.

                              **OFFICIAL TRANSCRIPT**

08:23:30  1          BP refused to spend any time or money preparing

08:23:35  2  to stop a deepwater blowout at its source.  As a result, it had

08:23:42  3  no source control plans, and it provided no training on how to

08:23:45  4  conduct such an operation.

08:23:46  5          All of this was a direct result of BP's decision

08:23:50  6  to ignore decades of warnings, warnings that set out that BP

08:23:55  7  did not have adequate plans or procedures to use existing

08:23:59  8  technology for deepwater source control.

08:24:02  9          BP then made the situation worse by compounding

08:24:06 10  its preparedness failures and corrupting the decision-making

08:24:10 11  process by lying about the amount of flow from the well, the

08:24:14 12  risks, likelihoods of success and reasons for failure of the

08:24:18 13  actions it was taking to stop the flow.  Lies have

08:24:22 14  consequences, Your Honor.

08:24:24 15          The consequence of BP's lies was to extend the

08:24:27 16  time the well was allowed to flow by months.  Counsel for

08:24:32 17  Transocean, Mr. Brian, will address these lies during his

08:24:34 18  opening statement.  I'm going to focus my time, Your Honor, on

08:24:38 19  BP's failure to prepare.

08:24:40 20          BP knew how important source control was.  In its

08:24:48 21  Oil Spill Response Plan, controlling the source was the second

08:24:50 22  highest priority in any spill response, right after ensuring

08:24:56 23  the safety of citizens and response personnel.  For this

08:25:01 24  highest priority, the evidence will show that BP paid lip

08:25:06 25  service to it.

**OFFICIAL TRANSCRIPT**

08:25:07 1          In the words of Andy Inglis, the CEO of

08:25:11 2   BP Exploration and Production, BP literally spent zero dollars

08:25:17 3   in preparation for containment of a deepwater spill.

08:25:23 4          BP itself will testify, through its 30(b)(6)

08:25:27 5   designee, James Rolhoff, that it was unaware of any funds that

08:25:32 6   had ever been allocated to identify ways to shut in a deepwater

08:25:35 7   well subsea other than through the use of a BOP.

08:25:39 8          BP knew of the gaps in its ability to control the

08:25:42 9   source of a deepwater blowout.  However, BP had a policy under

08:25:47 10  its Risk Management Plan that risks were could be deemed

08:25:52 11  acceptable because they were too expensive to mitigate.  In

08:25:57 12  accordance with this policy, BP ignored its obligation to

08:26:02 13  mitigate the consequences of a deepwater catastrophe.

08:26:07 14         In BP's initial Exploration Plan for the

08:26:09 15  Macondo Well, BP certified that it had the capability to

08:26:13 16  respond, to the maximum extent practicable, to a worst-case

08:26:18 17  discharge.  The evidence will show that BP knew this

08:26:22 18  certification was false.  It knew it did not have the

08:26:26 19  capability to respond to a worst-case discharge.  In fact, the

08:26:30 20  evidence will show that BP knew it didn't have the capability

08:26:33 21  to respond to a discharge substantially less than worst case.

08:26:38 22         As the Court will hear from Lars Herbst, the

08:26:43 23  Regional Director of the MMS for the Gulf of Mexico, "I would

08:26:47 24  say that they were not prepared to respond to whatever the

08:26:51 25  actual rate that was on this incident."

**OFFICIAL TRANSCRIPT**

08:26:53  1           BP's highest corporate officers even agree that

08:26:57  2   they did not have the plans or equipment needed to

08:27:00  3   appropriately respond.  Tony Hayward:  "The ability to

08:27:05  4   intervene in the subsea was not in any way, shape or form

08:27:09  5   complete.  We certainly didn't have all of the tools with the

08:27:13  6   benefit of hindsight we could have had.  Yes, we didn't have

08:27:17  7   some of the things that you would ideally want."

08:27:21  8           Not only did BP not have all the tools it needed

08:27:25  9   or the knowledge of how to use existing technology to stop a

08:27:29 10   deepwater blowout, it had nothing for its employers and other

08:27:34 11   responders to review in determining how best to respond.

08:27:37 12           BP's employees were not trained on how to control

08:27:41 13   the source of the deepwater blowout.  BP had never even

08:27:47 14   conducted a drill response in deepwater.  Its employees were

08:27:51 15   asked to do a job they had not been taught to do.

08:27:55 16           As will best be described by Charles Holt, one of

08:28:00 17   the source control -- one of the leaders of the source control

08:28:03 18   effort, when discussing the preexisting plans that were created

08:28:07 19   and provided to him, he will testify and agree that BP was

08:28:13 20   essentially creating plans on how to kill this well.

08:28:18 21           People like Mr. Holt were left to create plans

08:28:21 22   from scratch as they waited on the only measure they had, a

08:28:25 23   relief well, a process known to take 90 to 150 days.  All the

08:28:31 24   while, the well kept flowing.

08:28:34 25           Federal Regulations require BP to have the

**OFFICIAL TRANSCRIPT**

08:28:36  1   ability to do more than this.  Under the Federal Regulations,

08:28:40  2   30 C.F.R. 254.5, BP was required to take all appropriate

08:28:48  3   actions necessary to immediately abate the source of the spill.

08:28:53  4        Now, what did BP have to address this

08:28:56  5   requirement?  BP's plan was to activate its Oil Spill Response

08:29:02  6   Plan, use ROV's to intervene and attempt to actuate the BOP,

08:29:07  7   and then wait for a relief well, with thousands upon thousands

08:29:11  8   of barrels of oil flowing into the Gulf every day.

08:29:16  9        Let's talk a minute about BP's Oil Spill Response

08:29:20 10   Plan.  What is in BP's Oil Spill Response Plan?  BP's Oil Spill

08:29:26 11   Response Plan is a nearly 600 page document that contains a

08:29:30 12   total of one page on source control.

08:29:34 13        What does this one page provide?  Here it is

08:29:37 14   right here, Your Honor.  "In the event the spill source cannot

08:29:42 15   be controlled by the facility operator or remotely with a

08:29:46 16   safety system, BP will activate the Oil Spill Response Plan and

08:29:50 17   assemble a team of technical experts to respond to the

08:29:53 18   situation."  That is the entirety of the plan.

08:29:58 19        Source control was BP's highest response

08:30:03 20   priority, and it received a grand total of one bullet point in

08:30:07 21   its 600-page plan.

08:30:09 22        BP's think about it in the middle of a crisis

08:30:12 23   approach to response planning left nothing for responders to

08:30:16 24   actually look to in order to make intervention decisions.  BP's

08:30:18 25   plan was nothing more than a plan to plan.

08:30:24 1              Yes, BP's plan operated as BP expected it would.
08:30:28 2     Responders were left to make things up on the fly as oil gushed
08:30:35 3     into the Gulf.
08:30:38 4              Now, Your Honor, the evidence will show that BP
08:30:40 5     actually believes its response plan worked.  BP is proud of the
08:30:45 6     work it did in allowing this well to flow for 87 days, nearly
08:30:49 7     three months.  BP believes it was acceptable to wait until the
08:30:55 8     midst of a crisis to design the first source control plan.
08:30:59 9              Now, Your Honor, the evidence will show that BP
08:31:04 10    brought in some of the best source control experts in the world
08:31:08 11    to help it figure out how to stop its well from flowing,
08:31:12 12    companies like Wild Well Control, Cameron, other oil companies
08:31:16 13    like Exxon, deepwater drillers like Transocean.
08:31:21 14             BP brought these experts in and then refused to
08:31:24 15    listen to what they had to say.  Time and time again, BP's
08:31:29 16    outside technical experts recommended one thing, and BP did
08:31:33 17    something else.
08:31:34 18             Now, Your Honor, one of the things BP is going to
08:31:40 19    talk a lot about in this trial is the MMS's approval of its
08:31:45 20    Oil Spill Response Plan.  They are going to point to that as a
08:31:49 21    defense to the time it took to stop Macondo from flowing.
08:31:52 22             But, Your Honor, the MMS's approval of BP's
08:31:56 23    Oil Spill Response Plan, the evidence will show, is irrelevant.
08:32:00 24    BP did not even consider the Oil Spill Response Plan to be a
08:32:06 25    source control plan.

08:32:07  1             Earnest Bush, BP's 30(b)(6) Designee on the
08:32:11  2    source control section of the Oil Spill Response Plan and the
08:32:14  3    person who had responsibility for the plan of BP, will testify
08:32:19  4    that this plan was not meant to address source control.  This
08:32:24  5    plan is not about source control.
08:32:27  6             So, Your Honor, in a trial about preparing for
08:32:32  7    source control, a plan that's not about source control, the
08:32:36  8    MMS's approval of that plan, irrelevant.
08:32:39  9             Now, let's talk about the other things BP had
08:32:45 10    other than the Oil Spill Response Plan.  The other source
08:32:48 11    control techniques known to BP were the use of ROV's, as we
08:32:49 12    talked about, and to wait for a relief well.
08:32:52 13             The evidence will show that BP knew that ROV's
08:32:56 14    were unlikely to be able to close in a deepwater blowout like
08:33:01 15    Macondo.  BP had been told for years that, in the face of a
08:33:05 16    flowing well, the deepwater ROV's were unlikely to work and
08:33:09 17    should not be relied upon.
08:33:11 18             As for relief wells, given the time it takes to
08:33:15 19    drill a relief well, particularly when dealing with a well
08:33:19 20    capable of flowing at 162,000 barrels a day, relief wells
08:33:26 21    should be considered a measure of last resort.
08:33:30 22             But for BP, relief wells were a measure of only
08:33:34 23    resort.  Relief wells were the only thing that BP had that they
08:33:40 24    knew could stop a deepwater blowout.
08:33:42 25             BP knew ROV's and relief wells could not

                          **OFFICIAL TRANSCRIPT**

08:33:47 1   immediately abate the source, and its reliance upon these
08:33:52 2   procedures left BP unprepared.
08:33:53 3           Lars Herbst, again, the Designee for the
08:33:58 4   regulator.  He was quite clear on BP's failures to meet the
08:34:03 5   federal government's expectations on its ability to respond to
08:34:06 6   a deepwater blowout.  He will testify that, "We expected them
08:34:11 7   to be able to contain a deepwater blowout.  They did not,
08:34:14 8   obviously, contain it as quick as our expectations were.  The
08:34:20 9   government expected BP to have, consistent with its
08:34:23 10  certification in its initial Exploration Plan, the capability
08:34:26 11  to close in a blowout long before 87 days."
08:34:32 12          Now, throughout this trial, BP is going to
08:34:35 13  attempt to pass the buck to the federal government as a shield
08:34:39 14  to defend itself against its failures in the time it allowed
08:34:43 15  the Macondo Well to flow.  It will try to convince this Court
08:34:46 16  that the government was fully embedded and an equal participate
08:34:50 17  in the response effort and approved BP's actions after only an
08:34:55 18  independent and thorough analysis.  The evidence will show this
08:34:59 19  is simply not true.
08:35:00 20          Prior to Macondo, BP knew that the United States
08:35:03 21  Coast Guard enters a response with the idea that they are there
08:35:06 22  to assist the responsible party, BP.  The evidence will show
08:35:11 23  that the government relied upon BP, and that BP was in charge
08:35:15 24  of identifying and developing source control techniques, not
08:35:19 25  the government.

**OFFICIAL TRANSCRIPT**

08:35:21  1          This makes sense.  The government is not in the

08:35:24  2   business of drilling wells.  That's BP's business.

08:35:28  3          As the federal on-scene coordinator recognized,

08:35:33  4   "As subsea drilling systems are not an area of Coast Guard

08:35:37  5   cognizance and expertise, the federal on-scene coordinator was

08:35:40  6   unfamiliar with the technology and capabilities of the

08:35:43  7   deepwater drilling industry.  Neither the Coast Guard nor any

08:35:47  8   other federal agency had experience with a massive deepwater

08:35:51  9   spill.  Ultimately, source control had to be achieved through

08:35:54 10   the responsible party, BP."

08:35:57 11          The Coast Guard's Report on Preparedness echoes

08:36:02 12   this statement.  "The federal government has neither the

08:36:05 13   skilled personnel nor the appropriate equipment to respond

08:36:08 14   immediately to an oil blowout in deepwater and must rely wholly

08:36:13 15   on the responsible party."

08:36:15 16          The government knew that it did not have the

08:36:19 17   training and expertise to determine the best way to shut in

08:36:23 18   Macondo.  That expertise was expected to rest with the

08:36:26 19   operator, BP.  What the government did not understand was that

08:36:30 20   BP did not have the training, experience, plans or procedures

08:36:35 21   either.

08:36:37 22          Now, the evidence will show that it was only

08:36:41 23   after BP's deceptive analysis of the failed Top Kill that the

08:36:47 24   government role changed.  According to the Report of the

08:36:50 25   federal on-scene coordinator, "There was a lack of transparency

                              OFFICIAL TRANSCRIPT

08:36:55 1    by BP on source control.  Major decisions were made outside of

08:37:01 2    the incident command structure.  Tactical planning occurred

08:37:06 3    behind closed doors by BP personnel without government

08:37:09 4    participation in the formation of those plans."

08:37:13 5              This changed in late May 2010, when the National

08:37:17 6    Incident Command representative, who the Court will hear is

08:37:23 7    Admiral Cook, vigorously insisted on participating in an

08:37:27 8    internal BP meeting to assess the failed Top Kill, establishing

08:37:30 9    a new paradigm.

08:37:31 10             Now, Your Honor, BP's also going to claim it met

08:37:35 11   the industry standard on source control.  You're going to hear

08:37:39 12   a lot about that.  BP bases this statement primarily on its

08:37:44 13   Oil Spill Response Plan, the same Oil Spill Response Plan that

08:37:47 14   it does not consider to be a source control plan.

08:37:50 15             BP has no actual evidence of any other company's

08:37:57 16   internal procedures and policies.  It will bring to this Court

08:37:59 17   no evidence of any other company's internal source control

08:38:04 18   plans, procedures or training.  The only evidence that will be

08:38:08 19   presented during this trial is that BP had no such internal

08:38:13 20   plans or procedures.

08:38:14 21             But even if BP had evidence of other companies'

08:38:19 22   internal plans or preparations, that does not excuse BP,

08:38:23 23   particularly a company like BP that calls itself a leader in

08:38:28 24   deepwater drilling in the Gulf of Mexico.

08:38:31 25             Reckless conduct is still reckless conduct even

**OFFICIAL TRANSCRIPT**

08:38:35  1    if other companies are doing it.  BP does not get a pass

08:38:39  2    because other companies failed in the same way it did.

08:38:42  3              Now, Your Honor, I'm going to slow down for a

08:38:47  4    minute here and kind of talk to you a little bit about what BP

08:38:51  5    knew prior to Macondo and the warnings it had been given to

08:38:55  6    suggest to it that it was not ready for such a response.

08:38:59  7              The evidence will show that BP's failure to

08:39:02  8    prepare was particularly egregious given the evidence, given

08:39:07  9    the decades of warnings that preexisted Macondo.  BP was aware

08:39:12 10    of these warnings and disregarded them.  The direct result, a

08:39:17 11    well that was allowed to flow for 87 days.

08:39:20 12              Going back to at least 1991, and for the next

08:39:24 13    20 years prior to Macondo, BP was told that it needed to do

08:39:30 14    more.

08:39:32 15              In 1991, a joint industry program published a

08:39:38 16    study on blowout control.  This is the Joint Industry Blowout

08:39:41 17    Control Report.  It will often be referred to throughout this

08:39:44 18    trial as DEA-63.

08:39:47 19              The focus of this report was on deepwater.  It

08:39:52 20    emphasized subsea source control and recognized that no

08:39:58 21    practical solutions currently exist as of 1991.

08:40:03 22              The 1991 DEA-63 Report specifically discussed

08:40:10 23    capping stacks, modified BOPs and other capping devices and

08:40:14 24    their potential use.  Then DEA-63, in 1991, went through

08:40:19 25    details, through the many types of possibilities for the use of

08:40:23 1   subsea equipment.

08:40:27 2           After providing BP details on the types of

08:40:30 3   devices that could be used for source control in deepwater,

08:40:35 4   DEA-63 went on to provide some dire warnings.  It told BP,

08:40:41 5   "Current technology is considered inadequate," and that capping

08:40:46 6   methods would further limit the probability of a long-term

08:40:51 7   solution.  This last point on capping methods, the evidence

08:40:55 8   will show, was something BP fully understood.

08:40:58 9           BP recognized in 2001 that capping stacks were

08:41:06 10   considered best available technology in onshore and shallow

08:41:09 11   water drilling environments.  BP had conducted a study to

08:41:14 12   determine best available technology comparing relief wells to

08:41:19 13   capping stacks, and the conclusion of that study was that

08:41:22 14   capping stacks could reduce response time by 50 percent.

08:41:26 15           BP fully understood the benefits of a

08:41:30 16   capping stack in reducing the amount of time a well was allowed

08:41:33 17   to flow and did nothing to apply this technology to deepwater,

08:41:39 18   its most dangerous environment.

08:41:41 19           The warnings of DEA-63 were not an isolated

08:41:48 20   event.  They were repeated multiple times from 1991 to 2010.

08:41:52 21   The evidence will show that BP was repeatedly told that a

08:41:57 22   deepwater blowout would happen, and that new blowout control

08:42:00 23   measures were necessary.  From 1991 to 2010, BP did nothing to

08:42:07 24   advance source control technology.

08:42:09 25           Now, the last thing I want to talk about briefly,

OFFICIAL TRANSCRIPT

08:42:12  1    Your Honor, throughout this trial you're going to hear BP

08:42:16  2    describe the Macondo event as unique, unpredictable, something

08:42:21  3    that could not be foreseen in the drilling industry.

08:42:26  4         They are going to point to Admiral Allen to

08:42:30  5    attempt to support that.  With all due respect to the Admiral,

08:42:34  6    he did not and could not know what BP knew and had known for

08:42:39  7    decades.  He certainly would not know, as BP did, what DEA-63

08:42:45  8    predicted in 1991, nearly 20 years prior to Macondo.

08:42:50  9         As you can see, Macondo was predicted with

08:42:54 10    precision.  Just like Macondo, a broken riser separated from

08:43:01 11    the vessel and falling to the ocean floor, a kink in the riser

08:43:06 12    above the BOP, flow to the BOP, the kink in the riser and the

08:43:09 13    end of the drill pipe, and a listing BOP.

08:43:13 14         In fact, the BOP depiction in DEA-63 is actually

08:43:17 15    worse than what occurred at Macondo, making Macondo an even

08:43:22 16    easier source control effort than what was shown in DEA-63.

08:43:27 17         Now, Your Honor, no question, BP spent a large

08:43:31 18    amount of money responding to the Macondo spill.  BP finally

08:43:36 19    funded the research called for decades earlier, and it

08:43:40 20    completed it in three months.  However, BP should not have

08:43:44 21    waited 20 years to do the work it knew was necessary.

08:43:49 22         It should not have treated the Gulf of Mexico as

08:43:51 23    its own private laboratory for a research and development

08:43:55 24    project that was called for and due to be funded decades

08:43:59 25    earlier.  It should not have come into the Macondo response

**OFFICIAL TRANSCRIPT**

08:44:04 1   having spent no money, provided no training and having no plans

08:44:06 2   on how to stop Macondo from flowing.

08:44:08 3               Had BP prepared, as a prudent and responsible

08:44:11 4   company, the evidence shows that Macondo would have been capped

08:44:16 5   within days to weeks, and the people of the Gulf would have

08:44:20 6   been spared millions of barrels of BP's oil.

08:44:24 7               Thank you, Your Honor.

08:44:35 8         THE COURT:  Thank you.  Mr. Brian.

08:44:35 9   OPENING STATEMENTS BY MR. BRIAN:

08:44:43 10              Good morning, Your Honor.  Brad Brian on behalf

08:44:45 11  of Transocean and the aligned parties.

08:44:48 12              I'm going to focus my remarks on BP's

08:44:51 13  misrepresentations about the flow rate in April and May of

08:44:55 14  2010, and how those misrepresentations delayed the capping of

08:45:00 15  the well.

08:45:02 16              The evidence will show that BP repeatedly

08:45:06 17  misrepresented that 5,000 barrels a day was the best estimate

08:45:13 18  of flow rate.  The evidence will show that BP repeatedly

08:45:19 19  withheld documents showing significantly higher flow rates.

08:45:25 20              The consequences of BP's misrepresentations and

08:45:31 21  concealment were bad decisions, a false diagnosis of why the

08:45:38 22  Top Kill source control method that they used failed, and

08:45:43 23  tragically, the rejection in May of an alternative strategy,

08:45:49 24  the BOP-on-BOP that was ready to be installed and would have

08:45:53 25  capped this well long before it was eventually capped on

**OFFICIAL TRANSCRIPT**

08:45:58  1   July 15th of 2010.

08:46:00  2        Your Honor, we have prepared this timeline to

08:46:08  3   show BP's conduct in the two months, that critical two-month

08:46:13  4   period after April 20th of 2010.

08:46:16  5        BP misrepresented the flow rate in a meeting on

08:46:20  6   April 28th between the head of its response team, Doug Suttles,

08:46:25  7   and Admiral Landry, when he represented that the best estimate

08:46:27  8   was actually 2500 barrels, with an upward bound of

08:46:32  9   5,000 barrels.

08:46:33 10        Then, as you can see in the timeline, on

08:46:37 11   May 10th, Mr. Suttles showed Admiral Landry a model, a graph,

08:46:42 12   in which they represented that the most likely model was

08:46:46 13   5,000 barrels of oil per day.  Neither representation, 2500 nor

08:46:54 14   the 5,000, was remotely accurate, and BP knew it.

08:46:58 15        BP's own records show, and this chart shows just

08:47:04 16   some of the internal estimates that BP had, that were much,

08:47:08 17   much higher than the best estimates they represented to the

08:47:12 18   government.

08:47:13 19        As you'll see on this timeline, during this time

08:47:17 20   period, BP was considering three options to cap the well, two

08:47:23 21   capping methods, the BOP-on-BOP and a separately designed

08:47:27 22   capping stack, and the so-called Top Kill.

08:47:31 23        BP was told by its outside consultant in the

08:47:34 24   middle of May that the Top Kill procedure that they were

08:47:38 25   contemplating, which I'll discuss in more detail later, was

08:47:40  1   unlikely to work if the rate -- the flow rate was in excess of
08:47:46  2   50,000 barrels a day.
08:47:50  3            Nevertheless, BP pressed ahead and falsely
08:47:54  4   claimed that it was a slam-dunk or that they had a 60 to
08:47:59  5   70 percent chance of success.  Those statements were false.
08:48:07  6   With the heavy flow rate that they knew was coming out of that
08:48:10  7   well, the Top Kill was not a slam-dunk, not even close.  It
08:48:15  8   failed just as its outside consultants had predicted.  The flow
08:48:22  9   path was too big and the flow rate was too great.
08:48:26  10            But BP would not and did not admit the true
08:48:32  11   reasons why the Top Kill had failed, because doing so would
08:48:35  12   have required BP to admit that it had misrepresented the
08:48:40  13   flow rate in the first place.
08:48:43  14            So BP falsely claimed that ruptured disks were
08:48:48  15   the only plausible cause of the Top Kill failure.  That was not
08:48:53  16   true.  And because of that skewed analysis, BP recommended that
08:48:58  17   the BOP-on-BOP alternative, which was ready to go, be
08:49:04  18   abandoned.  The Coast Guard relied on BP and agreed.  And it
08:49:10  19   was abandoned and the well was allowed to flow for weeks and
08:49:14  20   weeks and weeks that were unnecessary.
08:49:17  21            Now, let me go through the timeline in a little
08:49:21  22   more detail, Your Honor.
08:49:25  23            Within two days of the blowout, one of the
08:49:28  24   modelers at BP calculated a rate of 82,000 barrels per day.
08:49:35  25   When the higher-ups at BP saw this, they sent another e-mail,

08:49:39  1   and they told people to tell Alistair -- he was the modeler who

08:49:45  2   calculated 82,000 -- tell Alistair not to communicate to anyone

08:49:49  3   on this, because we've had difficult discussions with

08:49:53  4   United States Coast Guard on the numbers.

08:49:58  5          Within five days, a BP vice-president had done

08:50:02  6   its own modeling where he got as high as 92,000 barrels per

08:50:08  7   day.  The following day, Mr. Suttles, April 28th, met with

08:50:13  8   Admiral Landry.  As I mentioned, Mr. Suttles was the head of

08:50:18  9   BP's response team.  Admiral Landry was the head of the

08:50:23 10   government's response team.

08:50:27 11          And Mr. Suttles told Admiral Landry that the

08:50:32 12   range was 1,000 to 5,000 with the best estimate of

08:50:37 13   2,500 barrels.  By April 28th of 2010, BP had calculated far

08:50:44 14   higher flow rates.

08:50:47 15          Now, Mr. Brock will tell you, and we agree, that

08:50:50 16   there was uncertainty about the rates, Your Honor.  But when

08:50:54 17   there is uncertainty, what the engineers do is they do modeling

08:50:59 18   in order to bound those rates so they have some idea, a good

08:51:04 19   idea what they are doing.

08:51:05 20          The range that Mr. Suttles gave Admiral Landry

08:51:10 21   had no basis in fact.  And was, in fact, inconsistent with the

08:51:16 22   range that BP's own engineers had calculated by that time,

08:51:20 23   which was between 2,500 barrels and 65,000 barrels.  That

08:51:26 24   range, that document was not communicated to the government nor

08:51:32 25   did BP share its vice-president's calculation as high as

08:51:37  1    92,000 barrels.

08:51:41  2            One of the things that BP admitted in its guilty

08:51:44  3    plea was that it withheld multiple internal documents with

08:51:49  4    flow rates estimates that were significantly higher,

08:51:52  5    significantly greater than 5,000 barrels of oil per day that it

08:51:56  6    did not share with the Unified Command.

08:51:59  7            Mr. Suttles' representation of 2,500 barrels was

08:52:03  8    not only false, it was deeply flawed because it's based on the

08:52:09  9    assumption that effective orifice size of the BOP through which

08:52:14 10    the oil would be flowing was less than half an inch.  There was

08:52:18 11    no basis, no basis for that assumption.

08:52:23 12            Admiral Landry vividly recalls that April 28th

08:52:27 13    meeting with Doug Suttles.  She publicly announced that day, in

08:52:32 14    reliance on what Mr. Suttles said, that the well was flowing at

08:52:36 15    5,000 barrels of oil per day, and she testified at her

08:52:41 16    deposition that in making that announcement, she relied on the

08:52:44 17    work of BP through Doug Suttles.

08:52:51 18            On May 10th, Mr. Suttles sent this chart to

08:52:56 19    Admiral Landry.  And you'll see, Your Honor, that BP labeled in

08:53:00 20    this chart 5,000 barrels of oil per day in the lower right-hand

08:53:05 21    corner as the most likely model, that blue line at the bottom

08:53:10 22    is at 5,000 barrels of oil per day.  There is nothing to

08:53:14 23    support that claim.

08:53:15 24            But it's worse than that, Your Honor.  Because

08:53:17 25    what the evidence is going to show is that a few days before

**OFFICIAL TRANSCRIPT**

08:53:21  1    that the BP modelers sent to higher-ups at BP the model on the

08:53:27  2    left of this demonstrative showing flow rates as high -- the

08:53:33  3    162,000, Your Honor, was a flow rate calculated in 2009 prior

08:53:38  4    to, but even if you discard that, showing the high flow rates

08:53:43  5    as high as 110,000 barrels per day.

08:53:47  6         But what BP did before May 10th was they took

08:53:50  7    that chart on the left and they edited it, and that's a word

08:53:56  8    that comes right out of the e-mails.  They took out five or six

08:53:59  9    of these lines, they reduced the scale to show a much lower

08:54:04 10    worst-case scenario, and they inserted the most likely model of

08:54:09 11    5,000 barrels a day.

08:54:13 12         On May 16, the Unified Command approved BP's

08:54:18 13    recommendation to do the Top Kill.  Within hours of that

08:54:22 14    decision, they learned from their outside consultants, Dr. Rygg

08:54:29 15    at Add Energy, that the procedure that they were contemplating

08:54:33 16    using for Top Kill would not work if the well was flowing at

08:54:37 17    15,000 barrels per day or higher.

08:54:41 18         They were contemplating at that time of injecting

08:54:45 19    50 barrels -- I guess it's 50 barrels per minute of mud down to

08:54:49 20    fill it.  And what he says in his e-mail was, "Looks like with

08:54:53 21    15,000 barrels per day, you cannot kill it with 50 barrels per

08:54:58 22    minute of mud."

08:55:02 23         The BP engineers understood the significance of

08:55:07 24    Dr. Rygg's analysis.  Because a couple days later, one of the

08:55:10 25    BP modelers sent this e-mail in which he said, "The apparent

08:55:14 1    reliance in Ole" -- that's Ole Rygg -- "Ole's e-mail on the

08:55:19 2    5,000 number, which has little, if no origin, is concerning.

08:55:24 3    From all the different ways we have looked at flow rate, 5,000

08:55:29 4    would appear to err on the low side."

08:55:33 5         Another BP engineer agreed the next day.  "Tim's

08:55:38 6    points" -- Tim was the modeler who sent the previous e-mail --

08:55:42 7    "Tim's points are both valid and have an impact on the

08:55:46 8    viability of the kill option working."

08:55:51 9         BP should have shared these e-mails with the

08:55:53 10   government, but it didn't.  Instead, the evidence in this trial

08:55:56 11   will show that BP tried desperately to keep confidential, both

08:56:03 12   externally and internally, information about the flow rate.

08:56:07 13        Around this same time one of the BP modelers

08:56:15 14   engineers sent an e-mail asking for information, and he got

08:56:18 15   this response.  "We remain in a position where no flow rate

08:56:23 16   information can be released internally or externally."

08:56:30 17        BP's policy of not releasing the flow rate

08:56:34 18   information was enforced at the highest levels of the company.

08:56:41 19        On May 5th, one of its engineers named Mike Mason

08:56:44 20   sent this extraordinary e-mail to Andy Inglis.  Andy Inglis was

08:56:49 21   the CEO of BP Production and Exploration.  He had seen a report

08:56:55 22   on CNN that reported very high flow rates.  He had done his own

08:57:00 23   calculations.  He sent this e-mail to the CEO.  "We should be

08:57:04 24   very cautious standing behind a 5,000 barrels per day figure as

08:57:10 25   our modeling shows that this well could be making anything up

08:57:15  1   to approximately 100,000 barrels of oil per day."

08:57:21  2          What will the evidence show happened when

08:57:24  3   Mr. Mason sent this e-mail?

08:57:27  4          Well, Mr. Inglis' executive assistant came to him

08:57:32  5   and said, "If you have a thought like this, come walk over and

08:57:37  6   talk to us."  In other words, don't put it in writing.

08:57:41  7          Mr. Mason asked, "What's the problem?"

08:57:45  8          Mr. Inglis' assistant answered, "It's the high

08:57:50  9   number, the 100,000 barrels of oil per day."

08:57:53 10          Mr. Mason met with government scientists that

08:57:56 11   very day and did not disclose his own concerns about the

08:58:01 12   5,000 barrels of oil per day or that the flow rate could be 20

08:58:06 13   times higher.  Instead of revealing these concerns, BP provided

08:58:15 14   fabricated estimates of the likely success of Top Kill.

08:58:18 15          BP told the Secretary of Energy, Mr. Steven Chu,

08:58:24 16   that the Top Kill was a slam-dunk.  And Tony Hayward, the CEO

08:58:30 17   of BP, went on international news and said that there was a 60

08:58:34 18   to 70 percent chance of success.

08:58:41 19          (WHEREUPON, a videotape was played.)

08:58:45 20          Based on what I read in BP's pretrial papers,

08:58:48 21   Your Honor, I anticipate that BP will argue in this case that

08:58:50 22   the 5,000 flow rate wasn't just BP's estimate, that it was the

08:58:55 23   Unified Command or NOAA's estimate; that they disclosed to the

08:58:59 24   government flow rates that were higher than 5,000 barrels; and

08:59:02 25   that they disclosed Dr. Rygg's opinion that Top Kill might not

**OFFICIAL TRANSCRIPT**

08:59:06  1    succeed or was likely not to succeed if the flow rate was over
08:59:10  2    15,000.

08:59:11  3            None of those arguments will work.  And here is
08:59:13  4    why.  Because the evidence will show that NOAA did not do any
08:59:18  5    well modeling and based its estimates on the unreliable visual
08:59:22  6    observations from flyovers and some video clips.  Only BP had
08:59:28  7    all the information about its well to do the modeling that was
08:59:32  8    necessary to make good source control decisions.

08:59:37  9            And while it's true that BP did provide the
08:59:41 10    government with some higher numbers, they were careful, and
08:59:43 11    you'll see the documents, to couch them as *worst-case*
08:59:48 12    *scenarios*.  And as I've already shown you through the
08:59:51 13    comparison of the two charts, they actually doctored one of the
08:59:55 14    charts in order to understate the worst-case scenario.

08:59:59 15            They did provide Dr. Rygg's opinion that the
09:00:02 16    Top Kill would not work if the flow rate was in excess of
09:00:06 17    15,000, but they continued to represent that the best estimate
09:00:11 18    of flow rate was 5,000 barrels of oil per day.

09:00:16 19            The evidence will show, Your Honor, that they
09:00:19 20    made that representation not once, not twice, but at least 14
09:00:26 21    separate times to admirals who were participating in the
09:00:29 22    decisions, in public filings, in letters to Congress.

09:00:35 23            BP made six separate attempts with Top Kill
09:00:39 24    between May 26th and May 28th, all failed.  The BP engineers
09:00:45 25    watching those failures, they understood why it failed.  The

                              **OFFICIAL TRANSCRIPT**

09:00:49 1  flow path was too big and the flow rate was too great.

09:00:52 2            The plan had been that if Top Kill failed, they

09:00:57 3  would go ahead with the BOP-on-BOP, which was ready to go.

09:01:03 4            As early as May 4, they had done a hazardous risk

09:01:07 5  analysis, and this e-mail went out, this report, saying, "We've

09:01:11 6  completed the HAZID for the well capping effort.  We have

09:01:15 7  mitigations for all the risks."

09:01:16 8            They had a two-day Peer Assist Team look at the

09:01:21 9  BOP-on-BOP, and they concluded on May 13th and May 14th that

09:01:24 10  the BOP-on-BOP operation is feasible and can be managed safely.

09:01:29 11            Unified Command had approved the procedures to

09:01:33 12  cut the riser and to remove the low marine riser package all in

09:01:43 13  preparation for the installation of the BOP-on-BOP.  And on

09:01:44 14  May 29th, they had a detailed schedule calling for it to be

09:01:48 15  installed and the well shut-in by June 6th.

09:01:51 16            If it had been installed, the well would have

09:01:53 17  been sealed long before it was.  So why wasn't it?

09:01:56 18            Because even after Top Kill failed, BP still

09:02:01 19  would not come clean about the flow rate.  They knew why the

09:02:06 20  Top Kill had failed.  This is a text message from Kurt Mix

09:02:10 21  saying, "There was too much flow rate.  Over 15,000 and too

09:02:15 22  large an orifice."

09:02:18 23            BP presented the government with three scenarios,

09:02:22 24  three possible scenarios for the cause of the failure of

09:02:25 25  Top Kill.  The first two they said were possible, but not

09:02:29 1   plausible.  Only the third, which they said that the ruptured

09:02:34 2   disks had collapsed on April 20th during the explosion, only

09:02:37 3   the third did they represent was plausible.

09:02:42 4           Everyone agrees that this scenario was not

09:02:45 5   correct.  The ruptured disks never failed.

09:02:48 6           The problem was, Your Honor, is that they told

09:02:50 7   the government that this scenario, this third scenario was the

09:02:54 8   only one that was plausible.  They knew that the more likely

09:02:58 9   explanation was the one they knew about all along, the

09:03:02 10  flow rate was too great and the flow path was too big.  Their

09:03:07 11  false diagnosis was the direct result of their fraud.

09:03:12 12          If BP had been open from the beginning about the

09:03:15 13  flow rate, it would have been obvious to everyone beforehand

09:03:19 14  that the Top Kill would fail and obvious to everyone afterward

09:03:25 15  why it had failed.

09:03:26 16          So why do we care?  Why does any of this matter?

09:03:31 17  Because the false diagnosis and the false statements,

09:03:33 18  Your Honor, shape the recovery efforts that took place during

09:03:36 19  this time period and delayed the capping of this well for many,

09:03:41 20  many weeks.

09:03:41 21          BP told the government that because the ruptured

09:03:48 22  disks were likely open, shutting-in the well via the BOP-on-BOP

09:03:53 23  is likely to lead to broaching.  It wasn't true.  There was no

09:03:58 24  path open to the formation.  BP could not admit to the larger

09:04:02 25  truth, that the flow rate was too great.

**OFFICIAL TRANSCRIPT**

09:04:05 1          They recommended -- because of this false

09:04:07 2   analysis, they recommended abandoning the BOP-on-BOP.  The

09:04:11 3   Coast Guard relied on that recommendation.  And on May 29th

09:04:17 4   wrote this saying, "The BOP-on-BOP is no longer a choice."

09:04:21 5          BP has argued, and I'm sure they'll argue during

09:04:25 6   this trial this week, that the BOP-on-BOP was not ready in the

09:04:29 7   middle of May.  Whether or not it was ready in the middle of

09:04:34 8   May, after that peer assist review said it was feasible and

09:04:37 9   ready to go, it was clearly ready, and the evidence will show

09:04:40 10  without a doubt that it was ready to be installed by the end of

09:04:43 11  May.

09:04:44 12         And you don't have to take our word for it,

09:04:46 13  Your Honor, because it's in the documents written by the man at

09:04:50 14  BP who ran the team.

09:04:52 15         This is what he wrote on August 26th, about

09:04:56 16  six weeks after the well was shut-in.  "We were in a position

09:05:01 17  early on to install a cap, and a decision was made to do the

09:05:06 18  Top Kill first.  After the Top Kill failed, we were again going

09:05:09 19  to install the cap, then the decision was made to use the

09:05:13 20  Top Hat and containment."

09:05:16 21         Now, BP is going to tell you that there were

09:05:18 22  venting issues and maintenance issues, but all of those were

09:05:22 23  taken care of by May 29th, when there was a schedule to land

09:05:26 24  the BOP stack on the *Horizon* BOP to open the choke to vent the

09:05:31 25  shut-in and to close it down by June 6th.

                        **OFFICIAL TRANSCRIPT**

09:05:36  1          The well was finally capped, as you know, on

09:05:38  2   July 15th through the capping stack.  Now, we think that proves

09:05:41  3   that the BOP-on-BOP would have worked earlier.

09:05:43  4          We're going to hear testimony at this trial about

09:05:45  5   the similarities between the capping stack procedure that was

09:05:49  6   used and the BOP-on-BOP.  So let me just make a couple of quick

09:05:53  7   points.  And, first, the capping stack that effectively closed

09:05:58  8   in the well used the exact same ram that would have been used

09:06:01  9   for the BOP-on-BOP.  And the same venting option that was used

09:06:06 10   for the capping stack existed for the BOP-on-BOP.

09:06:09 11          What the success in July shows is that it could

09:06:13 12   have been done earlier through the BOP-on-BOP that was ready to

09:06:17 13   be installed, and it would have been done earlier but for BP's

09:06:21 14   misrepresentations and concealment.

09:06:25 15          So let me end my remarks by saying this,

09:06:28 16   Your Honor, within days of the blowout, within hours of the

09:06:31 17   blowout, men and women from around the world, including some

09:06:35 18   good folks at BP, gathered to do everything they could to

09:06:40 19   shut-in this well.

09:06:41 20          Unfortunately, some other folks at BP, whether

09:06:43 21   it's because of the instinct to minimize responsibility or

09:06:46 22   whether because there was concern of their stock price,

09:06:50 23   whatever the reason, and it doesn't really matter in this case,

09:06:53 24   some folks just would not admit the true scope of this

09:06:57 25   disaster.  And one lie begets another lie.  And that's what

OFFICIAL TRANSCRIPT

09:06:57  1    happened.

09:07:02  2                And as a result of that, there were worse

09:07:05  3    consequences than there should have been.  Consequences that

09:07:08  4    lie at the feet of BP.

09:07:10  5                Thank you, Your Honor.

09:07:11  6          THE COURT:  All right.  Thank you.

09:07:11  7                All right.  Mr. Godwin.

09:07:22  8    OPENING STATEMENTS BY MR. GODWIN:  Thank you, Your Honor.  Good

09:07:23  9    morning, Judge, Don Godwin for Halliburton.

09:07:25 10        Your Honor, as you've heard, Halliburton and other members

09:07:28 11    of the aligned parties will present conclusive evidence that BP

09:07:32 12    completely was unprepared for a blowout in the Gulf of Mexico.

09:07:36 13    You will also hear that BP's misrepresentations not only had a

09:07:41 14    profound impact on the very source control options, but these

09:07:45 15    misrepresentations actually delayed the capping of the well by

09:07:49 16    weeks, if not months.

09:07:52 17        Your Honor has previously stated that the evidence

09:07:55 18    presented during the source control portion of the Phase Two

09:07:58 19    trial may impact the Court's allocation of fault.  It is

09:08:03 20    Halliburton's position that BP's lack of preparation and its

09:08:08 21    misrepresentations should substantially increase BP's overall

09:08:11 22    liability.

09:08:12 23        And to be clear, Your Honor, there is no evidence in

09:08:16 24    Phase Two that Halliburton did anything other than an exemplary

09:08:21 25    job during the source control efforts.  Moreover, none,

                              **OFFICIAL TRANSCRIPT**

09:08:26 1    Your Honor, none of the parties to Phase Two are maintaining

09:08:28 2    any allegations of misconduct relating to any of Halliburton's

09:08:34 3    source control activities.

09:08:36 4        But, beyond the allocation of liability issues,

09:08:39 5    Your Honor, raised by BP's conduct, BP's decision to make

09:08:44 6    several key misrepresentations relating to source control to

09:08:47 7    the Unified Command was unforeseeable to Halliburton.  And

09:08:52 8    these misrepresentations, Your Honor, had serious implications

09:08:55 9    and consequences, including a significant delay during which

09:08:59 10   the well was -- the well continued to flow for approximately

09:09:03 11   87 days.  As a result of this, BP's misrepresentations acted as

09:09:08 12   a superseding cause as it pertains to Halliburton.

09:09:12 13       Thank you, Your Honor.

09:09:22 14           THE COURT:  All right.  Mr. Brock, you're up.

09:09:24 15           MR. BROCK:  I need just one minute to get the

09:09:27 16   technology switched over in the back.

09:09:29 17           THE COURT:  All right.

09:09:29 18   OPENING STATEMENTS BY MR. BROCK:

09:09:53 19               Good morning, Your Honor, and opposing counsel.

09:09:55 20               The Court will not hear any testimony in this case

09:09:59 21   from any representative of government or industry that BP was

09:10:04 22   not doing every single thing that it could to get the well

09:10:09 23   shut-in as quickly as possible.

09:10:14 24               It defies common sense to accept that BP would

09:10:18 25   undertake to execute a Top Kill procedure knowing that it would

**OFFICIAL TRANSCRIPT**

09:10:26  1    not work.

09:10:27  2                We'll talk a little bit about what goes on with

09:10:30  3    Top Kill, but essentially, Your Honor, that was a procedure

09:10:33  4    that was planned over a two-month period of time, the work

09:10:39  5    stream for that was begun immediately after the incident.  Five

09:10:45  6    ships, vessels, were involved in the setup of that procedure.

09:10:53  7    There was an underground complex of valves and chokes and pipe

09:10:59  8    that were installed to conduct that procedure.  Over 300 people

09:11:04  9    out in the Gulf of Mexico on those ships, hundreds more in

09:11:08 10    Houston monitoring it.

09:11:09 11                And the aligned parties say, BP went forward with

09:11:14 12    that procedure knowing that it would not be successful.  That

09:11:18 13    makes no common sense, and it's not supported by the evidence

09:11:22 14    as we will demonstrate to you in this trial.

09:11:32 15                We're going to frame the issues around four

09:11:35 16    essential issues here, Your Honor.  First, that our source

09:11:38 17    control efforts in shutting in the Macondo well were

09:11:40 18    extraordinary.  The quality and the scale of the work carried

09:11:45 19    out by BP and industry and the United States Government was

09:11:48 20    unprecedented.

09:11:50 21                Second, and this is critical, we think, to your

09:11:54 22    analysis of the evidence.  Source control decisions had to be

09:11:58 23    made in the face of significant uncertainty.  And the decisions

09:12:02 24    made by BP, industry, and government will, you will see,

09:12:07 25    reflect sound engineering judgment.

**OFFICIAL TRANSCRIPT**

09:12:10  1          What do I mean by that, "made in the face of
09:12:13  2   significant uncertainty"?  It's important to know that during
09:12:17  3   the response, especially in the early weeks, almost nothing was
09:12:21  4   known about what was going on in the well.  Where was the pipe?
09:12:25  5   Where the were the rams closed?  What was the path of flow?
09:12:30  6   What was the flow?
09:12:30  7          All of those things were unknown to BP and the
09:12:35  8   United States and industry who were involved in this response.
09:12:39  9   And so decisions had to be made in the absence of information.
09:12:47 10          It's not so hard to come in to court today, these
09:12:51 11   many years later, and say:  We've culled the records.  We've
09:12:54 12   looked at everything.  We believe that there was a better way.
09:12:57 13          That, Your Honor, is Monday-morning
09:13:00 14   quarterbacking at its worst.
09:13:03 15          What we would like to ask the Court to do is to
09:13:06 16   think about these decisions, the sequence in which they were
09:13:10 17   made, and the information that was available to the decision
09:13:13 18   makers when those decisions were made.  And I think if you do,
09:13:16 19   you will see that the story is a much different one than has
09:13:23 20   been shared with you this morning.
09:13:23 21          The United States of America was not misled by BP
09:13:26 22   with regard to source control decisions.  You know, in the
09:13:43 23   usual fraud case where someone says that there was a
09:13:46 24   misrepresentation, the party that says that something was
09:13:48 25   misrepresented to them usually comes to court and says:  You

OFFICIAL TRANSCRIPT

09:13:53  1   told me something that wasn't true.  It was material.  I relied

09:13:57  2   on it to my detriment or to the detriment of others.

09:14:01  3           You're not going to hear in this case that the

09:14:04  4   United States of America says that BP misrepresented flow rate

09:14:11  5   information to it that drove decisions.  You've heard the

09:14:14  6   presentation about what the lawyers believe to be the case,

09:14:17  7   we're going to show you the evidence in terms of what

09:14:22  8   representatives of the United States say they knew about

09:14:24  9   flow rate.

09:14:25 10           And, Your Honor, what was understood from the

09:14:27 11   very beginning by the United States, by BP, by people that were

09:14:32 12   looking at this issue independently, was that it was not

09:14:36 13   possible to understand the rate of flow given the numerous

09:14:41 14   uncertainties that existed in the well during this period of

09:14:44 15   time.  We'll spend some time talking about that.

09:14:49 16           And last, Your Honor, BP had in place a response

09:14:53 17   plan that was approved by the United States government.  It was

09:14:56 18   fully consistent with industry standards for spill

09:14:59 19   preparedness.

09:15:02 20           Now, immediately after the accident, BP's team

09:15:09 21   went to work in terms of developing potential responses to the

09:15:14 22   blowout and gathering information.  I think this will be

09:15:17 23   helpful to the Court as we go through the case just to

09:15:20 24   understand the significant structure that was in place in order

09:15:23 25   to respond to this spill.

09:15:26 1          Admiral Thad Allen was the National Incident

09:15:29 2    Commander for this and you will see some of his testimony

09:15:32 3    during this case.

09:15:34 4          Admiral Landry was also a significant player in

09:15:36 5    terms of decision-making and in terms of understanding how to

09:15:40 6    make decisions in the face of significant unknowns.

09:15:44 7          Marcia McNutt you will hear from in this case.

09:15:46 8          James Dupree, who was leading the BP team, you

09:15:49 9    will hear from in this case.

09:15:51 10          And within this structure, industry stepped in,

09:15:56 11    as well as numerous contractors to help pull together the right

09:16:00 12    kind of response to this incident.

09:16:03 13          Now, one thing that is going to be hard for us to

09:16:07 14    convey to you in the context of this trial is the diligence and

09:16:11 15    the dedication of the people that were involved in this

09:16:15 16    response.

09:16:16 17          In the Houston center located at BP, on a daily

09:16:24 18    basis, on many of the days during the spill, 700 engineers and

09:16:30 19    technicians would be at work, two shifts a day.  They have a

09:16:33 20    morning report at 6:30 where one set of teams would report to

09:16:37 21    the next set of teams working on a particular issue, and all of

09:16:41 22    these people were dedicated to getting this well shut-in as

09:16:45 23    quickly as possible.

09:16:47 24          I'll say it again.  It defies common sense to say

09:16:52 25    that we would delay by two months the shut-in of this well

09:16:56  1   because we didn't want to say something about why Top Kill had

09:16:59  2   failed.  And I'm going to get to that in a little more detail

09:17:02  3   in a bit.

09:17:03  4            The allegation has been made that we didn't have

09:17:06  5   a plan in place, that we didn't do anything, and we didn't know

09:17:10  6   what to do when the incident occurred.  This is BP's planning

09:17:17  7   and implementation source control document.  Within two days,

09:17:23  8   these teams were set up at the Houston center to start working

09:17:30  9   options in parallel for the shut-in of the well.  There was an

09:17:33 10   engineering are support team, a Top Kill team, a relief well

09:17:37 11   team, a capping team, containment teams.

09:17:40 12            This was preplanned, it was organized, it moved

09:17:44 13   forward in an orderly fashion, as it should, and it allowed for

09:17:49 14   the early capping of the well before the intersection of the

09:17:56 15   relief well.  But it was a significant undertaking that was

09:18:02 16   handled in an appropriate way.

09:18:02 17            Underlying everything that occurred in the

09:18:09 18   response, Your Honor, were three guiding principles.  First,

09:18:15 19   don't take any action that makes matters worse.

09:18:19 20            You're going to see when we look at the decision

09:18:22 21   about BOP-on-BOP versus Top Kill versus other options like

09:18:27 22   collection, that this is a significant overriding principle.

09:18:32 23   It is what the government instructed us to do.  It is within

09:18:36 24   our own policy that this is the right approach to take.

09:18:41 25            Work options in parallel.  You will see in this

09:18:45 1   case the numerous interventions that were in place.

09:18:50 2          Leave no stone unturned, spare no expense.  Over

09:18:56 3   $1.6 billion was spent by the company.  They pursued every

09:19:00 4   single option that was reasonably that was put forward, either

09:19:04 5   by BP, by industry or the government.

09:19:06 6          This is not a company that would delay the

09:19:10 7   shut-in of a well over the kinds of things that the plaintiffs

09:19:15 8   are alleging.

09:19:17 9          I've mentioned the issue about uncertainty in

09:19:20 10  terms of flow rate.  These are just a few comments, and we'll

09:19:24 11  see some more as we go through the case.

09:19:27 12         Tom Hunter, the Director of the Sandia National

09:19:31 13  Lab:  "There was not sufficient data from the well to make a

09:19:33 14  flow rate estimate."

09:19:35 15         Ole Rygg from Add Energy:  "Didn't have enough

09:19:38 16  information."

09:19:38 17         Admiral Thad Allen:  "All of God's children had a

09:19:41 18  flow rate number.  People were modeling, they were looking at

09:19:45 19  possibilities.  There were flow rate estimates that were at the

09:19:49 20  high end, there were flow rate estimates at the low end, but

09:19:54 21  what was understood at that time, April, May, June, even up to

09:19:58 22  the shut-in of the well with the capping stack, that you

09:20:01 23  couldn't use these models to accurately understand flow rate

09:20:06 24  because of the significant unknowns."

09:20:10 25         I have here also Mr. Wilson, Transocean's expert.

He agrees that BP didn't attempt to model.

Where did the 5,000 number come from?  This was referenced in one of the statements by the aligned parties. The 5,000 number came from Bill Lehr of NOAA.  That's where that number was derived.  That's where it was first set forth. Everyone understood that there was significant uncertainty that went with that number.

I'll show you just another something on that in just a second.

These are some of the flow rate numbers that were disclosed, shared with the government in the period of time before Top Kill.  I'm going to show Your Honor some other documents on this later.

Pre-spill, the company estimated the flow could be as high as 62,000 barrels a day.

On April the 22nd, there is an internal e-mail between the US Coast Guard and other government folks talking about the range being 64 to 110.

On April the 30th, there is a note from Nick Wetzel, who is within government, about his conversation with representations of BP where we are telling him that we think the flow rate is in the range of five to 40,000 barrels a day.

Now, this is important to the issue of the Top Kill procedure, where the allegation is, well, you shouldn't have done it because you knew the flow rate was more

09:21:49  1    than 15,000.  That's not accurate.  I'll get to that in a
09:21:52  2    little bit.
09:21:53  3              Then last, we have May 19, 2010, it's conveyed
09:21:56  4    five to 40,000 barrels, could be as high as a hundred thousand
09:22:01  5    barrels a day.
09:22:02  6              The government may not have had every single
09:22:06  7    flow rate evaluation that was done by BP, but they had
09:22:10  8    significant information with regard to our estimates, and they
09:22:15  9    knew that these estimates were not going to be precise or
09:22:19 10    reliable.
09:22:20 11              A lot of talk about Doug Suttles misrepresenting
09:22:26 12    flow rate.  This is sort of the rest of the story as relates to
09:22:30 13    Doug Suttles and his statements.
09:22:32 14              First of all, the Securities and Exchange
09:22:36 15    Commission:  "Accurate estimation of the flow rate is
09:22:38 16    difficult."
09:22:39 17              Doug Suttles:  "It's impossible to get a precise
09:22:42 18    number.  We know it's highly uncertain."  He doesn't know, it's
09:22:46 19    difficult to measure.  "What we can do is actually look at the
09:22:51 20    expression of it on the surface.  5,000 barrels a day was the
09:22:55 21    best estimate, but we also stressed from the beginning that
09:22:58 22    this number is very uncertain."
09:23:00 23              The plaintiff's expert, Wilson, has not bothered
09:23:06 24    to look at the data that BP shared with the government.  He's
09:23:11 25    going to tell you later today, I think, that we misrepresented

**OFFICIAL TRANSCRIPT**

09:23:14  1    things.  He didn't go to the trouble of looking at what the
09:23:17  2    government had and what the government knew.
09:23:20  3            Now, there was reference in Mr. Brian's statement
09:23:26  4    to Admiral Thad Allen.  He basically shared with the Court that
09:23:30  5    the government really wasn't involved, the government didn't
09:23:33  6    know, the government wasn't knowledgeable, they didn't know
09:23:37  7    what we were doing.
09:23:38  8            I think when Your Honor sees his point of view,
09:23:41  9    you'll see that's not quite accurate.
09:23:45 10        (WHEREUPON, a video clip was played.)
09:24:54 11        MR. BROCK:  This, Your Honor, was an open situation in
09:25:01 12    Houston.  Just as Admiral Allen describes, the United States
09:25:04 13    scientists and technicians were embedded in the center.  They
09:25:09 14    were working hand in glove with BP folks.  They were talking at
09:25:12 15    the water cooler.  They were sharing openly data at that
09:25:16 16    center.
09:25:16 17            The United States of America had access to
09:25:20 18    significant information, and, as you can see from
09:25:25 19    Admiral Allen, nothing went forward, nothing was approved
09:25:28 20    without their review and their approval.
09:25:31 21            This just confirms that this is a fair summary of
09:25:35 22    the interaction between the government and BP at the response
09:25:40 23    site.
09:25:40 24            This, Your Honor is something that we hope will
09:25:43 25    just be helpful to you during the trial of the case.  It is a

                          **OFFICIAL TRANSCRIPT**

09:25:46 1    *Deepwater Horizon* source control timeline.

09:25:49 2             Some of the important events that we'll be

09:25:51 3    talking about right here, the plaintiffs say -- Mr. Barr does,

09:25:56 4    well, we weren't really organized, we didn't know what to do,

09:26:00 5    we didn't know how to get our plan off the ground.

09:26:03 6             On April the 21st, we applied for a permit to

09:26:06 7    drill a relief well.  By May the 2nd, 12 days later, we had a

09:26:10 8    rig in place, and the first relief well was spudded.

09:26:16 9             Of course, everyone understood that this would be

09:26:19 10   out here, the guaranteed, hoped for shut-in time, but it's also

09:26:26 11   understood that the team could not take actions between May 2nd

09:26:32 12   and September 17th that would jeopardize this work or this work

09:26:38 13   here.  That's going to be important in a few minutes.

09:26:41 14            We'll also talk about this May 26th to May 28th

09:26:45 15   timeframe when Top Kill was attempted.  Then we'll get over to

09:26:50 16   this June 4th to July 10th timeframe when it was decided to

09:26:57 17   move to a collection strategy and away from shutting in the

09:27:02 18   well, and how that developed and the actions that were taken.

09:27:07 19            We'll talk about this one a little bit in this

09:27:09 20   case, too, Your Honor, because I think it demonstrates

09:27:12 21   diligence.  It demonstrates the company's commitment to get the

09:27:17 22   well shut in.  It shows that there was not fraud or

09:27:19 23   misrepresentation.

09:27:21 24            All of these work streams were underway and

09:27:24 25   working in parallel.  Each one had a team.  It's being

09:27:30 1  evaluated, it's being risk assessed.  Each one of them,

09:27:33 2  including the BOP-on-BOP, all of these are being looked at,

09:27:36 3  looked at, risk assessed, planned, and all of this is happening

09:27:40 4  in parallel.

09:27:45 5          You heard reference to Secretary Chu.  Let's see

09:27:48 6  if he thinks we weren't interested in getting the well shut-in

09:27:52 7  as quickly as possible.

09:27:56 8          (WHEREUPON, a video clip was played.)

09:28:57 9          MR. BROCK:  Would a company that wanted to shut the

09:28:58 10 well in as quickly as possible go forward with a

09:29:02 11 multi-million-dollar procedure involving five ships knowing

09:29:05 12 that it wouldn't work; and, would a company that wanted to shut

09:29:09 13 the well in as quickly as possible make up a reason for its

09:29:12 14 failure that would delay the shut in of the well simply to

09:29:17 15 cover up flow rate estimates that everyone understood were not

09:29:23 16 reliable?  Judge Barbier, that makes no sense.

09:29:27 17         This is the don't make it worse strategy that

09:29:32 18 we've talked about.  Don't do any harm to any of the options as

09:29:36 19 you pursue things in parallel.

09:29:39 20         Now, there is criticism here about the sequencing

09:29:45 21 of the source control efforts, that is, did we get them in the

09:29:48 22 right sequence, what does the government think about that, do

09:29:51 23 they think we didn't do it the right way?  Here is Thad Allen

09:29:57 24 again.

09:29:57 25         (WHEREUPON, a video clip was played.)

**OFFICIAL TRANSCRIPT**

09:30:40 1        MR. BROCK:  Thad Alan, as part of his due diligence,
09:30:43 2   was exploring with other companies whether or not BP was
09:30:46 3   proceeding in an industry standard kind of way with their
09:30:50 4   recommendations, were there other things that could be done.
09:30:53 5        He's answering that question saying, I've been in
09:30:56 6   contact with industry, and they've let me know that we're doing
09:31:01 7   things in the right way in the right sequence.
09:31:04 8        We'll show Your Honor during the trial, I went on
09:31:08 9   to ask him, who are these people that you talked to.  He had
09:31:11 10  said -- he really didn't want to do it at the press
09:31:16 11  conference -- Rex Tillerson, of Exxon, and Halliburton.  That's
09:31:19 12  who he talked to, to see if we were proceeding in an industry
09:31:23 13  standard kind of way using the sequencing in the right way.
09:31:28 14       No one was being critical back at the time about
09:31:30 15  how things were being done and conducted.  It's only now that
09:31:36 16  there is criticism from these parties about this.
09:31:39 17       Now, we've talked a little bit about -- we've
09:31:44 18  heard about the BOP-on-BOP option.  From the papers that the
09:31:49 19  plaintiffs filed, I think I understand that they believe that
09:31:52 20  we should have used a BOP-on-BOP in mid May.  Now I'm hearing
09:31:58 21  them say, well, maybe not mid May, maybe early June.
09:32:02 22       But what's clear is that the BOP-on-BOP solution
09:32:09 23  was not ready before the Top Kill procedure was instituted.
09:32:14 24  We're talking about now the period of time May 15th or so up to
09:32:21 25  May 28th, when the Top Kill procedure was instituted.  That

09:32:26 1    solution was not ready.

09:32:28 2              There is going to be a dispute in this case about

09:32:31 3    whether BOP-on-BOP was ever ready.  We'll have a conversation

09:32:35 4    about that during this trial.

09:32:37 5              The BOP-on-BOP presented greater risks than did

09:32:42 6    Top Kill.  This was evaluated.  It was documented.

09:32:48 7              It's further the case that if they are saying

09:32:51 8    still, well, we should have done BOP-on-BOP before Top Kill,

09:32:56 9    Transocean's own records reflect, as of May 18th, that a

09:33:01 10   solution on this venting capability is still 10 to 14 days

09:33:07 11   away.

09:33:08 12             There was another problem.  The Deadman on the

09:33:16 13   Transocean BOP had a design issue and was not functioning

09:33:21 14   properly.  We've heard about that before.  That's another

09:33:25 15   reason the *DD II* BOP was not ready before the Top Kill

09:33:31 16   procedure was run.

09:33:34 17             Transocean's own witness, who I believe will be

09:33:37 18   testifying in this case, will tell you that Top Kill and junk

09:33:41 19   shot occurred between May 26th and May 28th.  We were still

09:33:44 20   working on it during that period of time on the *DD II* with the

09:33:50 21   venting option.

09:33:51 22             The Transocean BOPs were not ready when the

09:33:57 23   Top Kill procedure was conducted, and Top Kill was a less risky

09:34:04 24   option.  Why is that?

09:34:08 25             This is just a photograph that's taken from an

OFFICIAL TRANSCRIPT

09:34:11 1    animation that I think Your Honor will see during the trial.

09:34:15 2    To execute the BOP-on-BOP option -- this would be the

09:34:22 3    *Deepwater Horizon* BOP -- the ROV's would have to unlatch this

09:34:28 4    piece of the BOP, the Lower Marine Riser Package.

09:34:33 5             What was not known is whether or not it would

09:34:36 6    cause a complete separation because it was not known precisely

09:34:41 7    where the drill pipe was and if it would hang up.

09:34:46 8             This here, if this outcome were to occur, does

09:34:50 9    not meet the don't make it worse policy because if you have

09:34:54 10   this, it's very unlikely that you could get it to reseat, and

09:35:01 11   it would be difficult, if not impossible, to cut this drill

09:35:07 12   pipe here because these devices would have difficulty getting

09:35:11 13   their cutting tools from the edge of the BOP down into the

09:35:16 14   pipe.

09:35:17 15            So it was a significant issue, and this made

09:35:19 16   things worse if this outcome occurred when you tried to

09:35:25 17   unlatch.  That's one of the reasons that the Top Kill procedure

09:35:28 18   is better.

09:35:29 19            The other issue is, if you use the *DD II* BOP, you

09:35:35 20   would be putting this massive device, 360 tons, on top of the

09:35:41 21   lower BOP.  If you were successful in getting this off, if you

09:35:45 22   didn't damage this seal here that's very finally ground and has

09:35:49 23   to be there in very good condition to create a seal, if you're

09:35:53 24   able to do this, then this device goes on top of the lower BOP.

09:35:58 25            There was an issue.  When the rig sank, the BOP

**OFFICIAL TRANSCRIPT**

09:36:03  1     was pulled over.  When that happened, it did not go back all

09:36:09  2     the way to straight up.  It still was leaning, and you can see

09:36:14  3     this crater area here.

09:36:16  4            So there were issues about BOP-on-BOP and its

09:36:21  5     stability, that is, the fact that it was leaning, the fact that

09:36:26  6     there were issues with that.  That's another reason that was

09:36:30  7     not the right option.

09:36:31  8            So given these things, the fact that the BOP

09:36:35  9     wasn't ready, the fact that there were engineering issues that

09:36:39 10     were not resolved, Top Kill was the reasonable choice given

09:36:44 11     what the team was faced with in late May 2010.

09:36:48 12            I don't think there can be any dispute about

09:36:50 13     that.  From the way I heard them present it today, I'm not even

09:36:54 14     sure they are arguing that, but we'll see when the evidence

09:36:56 15     starts coming in.

09:36:57 16            Now, there is something that -- this is just

09:37:00 17     going to take a little work, and I apologize for this -- we

09:37:04 18     have to be very careful with our terminology, Your Honor, as it

09:37:09 19     relates to Top Kill.

09:37:10 20            We've got a stipulation regarding source control

09:37:14 21     events.  Top Kill is comprised of two techniques, one, momentum

09:37:23 22     kill, and the other, junk shot.  Momentum kill refers to the

09:37:28 23     operation by which you pump the fluid into the BOP.  Junk shot

09:37:33 24     is different.  It refers to the operation where bridging

09:37:37 25     materials are added to the BOP trying to clog up the spaces,

09:37:41 1    reduce the flow rate, and give you an opportunity to shut the

09:37:44 2    well in.

09:37:45 3              This is just a very brief animation of that.

09:37:49 4    I'll just run this just for a second in the interest of time.

09:37:54 5              So, if Your Honor can see it on the screen, this

09:37:58 6    piping system here goes over some manifolds and then back up to

09:38:01 7    the ships that I was telling you about earlier.  This is the

09:38:04 8    mud coming into the BOP.  You'll see that it continues to run.

09:38:10 9              This is dynamic kill.  This is using the flow of

09:38:15 10   mud only to try to shut in the well.

09:38:18 11             Now we've got the junk coming in.  This is just

09:38:22 12   for illustration purposes, but you can see that if it works as

09:38:26 13   designed, it has the effect of filling the holes, filling the

09:38:31 14   spaces in the BOP, which would allow for you to kill the well

09:38:37 15   using mud.  That's the junk shot component of the procedure.

09:38:41 16             This was risk assessed, and they looked at the

09:38:47 17   options of how to do it, how to go through it, and it was

09:38:50 18   determined it was a low risk, high reward procedure; unlike

09:38:57 19   BOP-on-BOP, which yes, it was high reward, but it was also very

09:39:03 20   high risk.

09:39:03 21             A peer review was conducted in a very careful

09:39:06 22   way, where representatives of industry, as well as contractors,

09:39:09 23   came in and looked very carefully at this procedure.  You can

09:39:13 24   see Dr. John Smith from LSU; Ted Burgoyne, who you heard from

09:39:22 25   in the first phase of the trial; representatives of Exxon;

**OFFICIAL TRANSCRIPT**

09:39:23 1   representatives of Boots & Coots; representatives of Shell and

09:39:27 2   EMI, were all there to evaluate this and to help the engineers

09:39:33 3   understand what they needed to do.

09:39:36 4          It was risk assessed.  We'll go through these all

09:39:38 5   during the trial.  But one of the important things is that they

09:39:42 6   needed to be sure that the relief well was deep enough, that if

09:39:47 7   there was migration of oil or gas into the formation, that the

09:39:51 8   relief well would be deep enough and cemented in, that it would

09:39:56 9   not be affected by that.  So that was another mitigation that

09:39:59 10  had to be in place to make sure that that went well.

09:40:03 11         Now, there is the issue about Top Kill and the

09:40:12 12  two components to it.

09:40:15 13         In mid May, based on some data that the engineers

09:40:20 14  were seeing, it was believed that it was possible that the

09:40:25 15  momentum kill only would be sufficient to shut in the well.

09:40:31 16         There was pressure data coming from a device

09:40:33 17  called a PTB.  There had been a decrease of about six or

09:40:37 18  700 psi.  They thought it might work, but that was just

09:40:41 19  momentum kill.

09:40:43 20         It's clear, and we'll show this during the trial,

09:40:45 21  that if you incorporate the junk shot part of the procedure, it

09:40:53 22  reduces the path size by plugging it with various materials.

09:40:58 23         Why is that important?  Mr. Brian said that BP

09:41:00 24  had determined that if the flow rate was over 15,000 barrels a

09:41:05 25  day, we couldn't shut in the well.  That was an evaluation that

09:41:11  1   was done.  That's right here.  Modeling indicates that a

09:41:14  2   dynamic kill cannot be successfully executed if the oil flow

09:41:18  3   rate is 15,000 stock tank barrels.

09:41:22  4        This was being done on May 8th when they were

09:41:24  5   looking at doing momentum kill only.  This is because of the

09:41:30  6   change in pressure.  Mr. Rygg has testified about this, and he

09:41:34  7   has been clear, that 15,000 barrels per day, this modeling here

09:41:44  8   doesn't have anything to do with junk shot, so don't deduce

09:41:48  9   anything on the junk shot based on this modeling.

09:41:51 10        Why is that?  The understanding was that junk

09:41:55 11   shot -- or Top Kill, when you include both components, was not

09:42:01 12   flow rate dependent because of the junk's ability to reduce

09:42:06 13   flow rate and create backpressure.  We'll present evidence on

09:42:09 14   that during this trial.

09:42:10 15        That was understood by Richard Brannon and others

09:42:15 16   in government.  I'll just read the last question:  "Well, and

09:42:18 17   based on this modeling at 15,000 barrels a day, a pure dynamic

09:42:22 18   kill was not going to be successful.  That was the prediction.

09:42:26 19   When they were thinking about just doing dynamic kill, that was

09:42:29 20   true.  This does not address how a junk shot will allow for the

09:42:34 21   creation of additional backpressure that could allow a Top Kill

09:42:37 22   as implemented at different flow rates."  And the answer to

09:42:41 23   that is, "Yes."  There was no misrepresentation from BP about

09:42:48 24   flow rate, about the ability for Top Kill to be successful.

09:42:56 25        This is what I referred to earlier about why it

OFFICIAL TRANSCRIPT

09:42:59  1   was so difficult to understand the flow rate.  There were just
09:43:01  2   too many unknowns at that time to be able to understand that.
09:43:05  3          But notwithstanding that, if we're going to talk
09:43:08  4   about a fraud case, and we're going to say that we misled the
09:43:12  5   government, it's important to understand what they knew; not
09:43:16  6   just what we told them, but what they knew from all sources.
09:43:19  7          This is April 25th, Glen Watabayashi has done an
09:43:27  8   evaluation, 64,000 barrels a day.  This is the note we looked
09:43:31  9   at earlier.  This is from Moore to Owens:  "Nick Wetzel spoke
09:43:37 10   to BP who indicated that it was between five and 40,000 barrels
09:43:41 11   perfect day."  This is before the Top Kill procedure was run.
09:43:44 12   It was communicated by BP that higher numbers than
09:43:50 13   5,000 barrels were in play and possibilities.
09:43:53 14          Here is another workup that the government had
09:43:56 15   done where one of their scientists estimates it at
09:44:00 16   65,000 barrels a day.  If restrictions are taken into account,
09:44:05 17   30,000 barrels per day are suggested.
09:44:07 18          Here is one where Professor Worley gives the
09:44:13 19   government a number of 70,000 barrels a day.  He later became a
09:44:16 20   member of the Flow Rate Technical Group.
09:44:17 21          So, as Admiral Allen has said, "All God's
09:44:21 22   children have flow rate estimates."  Everyone was trying to
09:44:23 23   figure it out, plugging in into models, things that were not
09:44:31 24   known and seeing what they looked like.
09:44:32 25          But what happened was, because of the confusion,

**OFFICIAL TRANSCRIPT**

09:44:34 1  the Flow Rate Technical Group was established by Admiral Allen.

09:44:38 2  Here are the participants:  US Coast Guard, NOAA, Department of

09:44:42 3  Energy, Coast Guard, others.

09:44:45 4          BP was not a member of the Flow Rate Technical

09:44:47 5  Group.  This is the organization that was established to state

09:44:51 6  the government's number.  There were diverted models, other

09:44:57 7  opinions.  That's fine because at this point there wasn't

09:44:59 8  virtual certainty on anything.

09:45:02 9          Now, after the Flow Rate Technical Group was

09:45:07 10 formed, before the Top Kill procedure was started on May 26th,

09:45:13 11 Marcia McNutt, who is leading the Flow Rate Technical Group,

09:45:17 12 says, "Multiple lines of scientific evidence agree that the

09:45:21 13 rate of release is at least 14 to 20,000 barrels of oil per

09:45:26 14 day."

09:45:28 15         The United States of America was not misled in

09:45:32 16 terms of flow rate going into the Top Kill procedure.  It knew

09:45:37 17 and was aware that the flow rate could be over 15,000 barrels

09:45:42 18 per day.  There were many lines of evidence to support that.

09:45:48 19 In fact, they weren't worried about it because it was

09:45:52 20 understood that the Top Kill procedure, when you include

09:46:00 21 junk shot, is not expected to be flow rate dependent.

09:46:04 22         This is the same number being shared by

09:46:09 23 Doug Suttles with Mary Landry.  You've heard about Doug Suttles

09:46:13 24 kept saying five.  He's saying here the expected range of

09:46:16 25 possible flow rates is five to 40.

**OFFICIAL TRANSCRIPT**

09:46:20 1          We could go on and on in these, but I do want to
09:46:22 2   make this point:  Mary Landry, who is the federal on-scene
09:46:27 3   coordinator, was asked about some of these things that
09:46:30 4   Mr. Brian showed you, that he says weren't conveyed to the
09:46:34 5   government and that caused them to not understand what was
09:46:37 6   going on.  So these are shown to her in the deposition.  She
09:46:44 7   says:  "I would have looked at them in the order of my
09:46:47 8   business."
09:46:47 9          "Did you rely on them for any purpose?"
09:46:49 10          "No, because we were standing up the Flow Rate
09:46:55 11   Technical Group, and I was deferring to that Group to be the
09:46:57 12   expertise."
09:47:00 13          "Did you rely on any of these documents," the
09:47:03 14   ones that were shown to her.
09:47:05 15          She says, in my response, "No."
09:47:07 16          This is just Admiral Allen saying again that the
09:47:10 17   Coast Guard and the Unified Command always assumed from the
09:47:15 18   outset that this could be a catastrophic event.  The last
09:47:22 19   sentence, I think, is significant:  "We never relied on the one
09:47:23 20   to 5,000 barrels a day.  The government understood, BP
09:47:27 21   understood, independent scientists understood there were too
09:47:30 22   many uncertainties."
09:47:34 23          Knowing all of this, this is Admiral Landry and
09:47:36 24   Mr. Brannon signing off on the Top Kill procedure that includes
09:47:42 25   both momentum kill and this alternative LCM pills here that is

09:47:49  1    the junk shot aspect of that procedure.  There is no

09:47:52  2    misrepresentation here.

09:47:53  3              Just a couple things on the issue of whether or

09:47:59  4    not we misled the government on probability of success.

09:48:04  5              This is a note from Dr. McNutt to Secretary Chu,

09:48:09  6    where she says -- I'm sorry, it's a note to someone else

09:48:13  7    responding about a question from Secretary Chu:  "The secretary

09:48:17  8    asked me what were the chances of Top Kill.  I told him it is a

09:48:23  9    nonsense question.  Top Kill's have worked 60 to 70 percent of

09:48:28 10    the time when one has access to the wellhead to shut in flow

09:48:31 11    from the top.  There has never been success of Top Kill in

09:48:34 12    other situations, including in the Outer Continental Shelf."

09:48:40 13              Your Honor, there was nothing -- no way that the

09:48:44 14    government was misled about the success of Top Kill.  This is

09:48:48 15    Dr. McNutt explaining what actually is accurate.  This number

09:48:53 16    had been discussed, that when we have access to the well, when

09:48:58 17    we're not at 5,000 feet, this technique works pretty well, but

09:49:01 18    it had never been tried at 5,000 feet, and everyone understood

09:49:05 19    that.

09:49:05 20              This is Tom Hunter, Your Honor, who was the

09:49:13 21    co-head of the science team.  This is his testimony about

09:49:19 22    whether or not, whether or not in the response government

09:49:24 23    relied on any estimate of 5,000 barrels per day.

09:49:28 24              (WHEREUPON, a video clip was played.)

09:50:14 25              MR. BROCK:  Fraud cannot exist without reasonable

**OFFICIAL TRANSCRIPT**

09:50:16 1    reliance.  There was no fraud, but there was certainly no

09:50:21 2    reliance on the behalf of the government on anything that was

09:50:25 3    said or done in the flow rate space.  Mr. Hunter makes it clear

09:50:31 4    here.

09:50:31 5            Now, what happened at Top Kill?  These are the

09:50:37 6    vessels that were organized to execute the procedure.  We'll

09:50:41 7    talk about those in a little detail.

09:50:43 8            This shows some of the subsea setup, the

09:50:48 9    manifolds and other things that had to be in place in order to

09:50:52 10   execute the Top Kill.

09:50:55 11           These ships here, there is just all kinds of

09:50:57 12   redundancy here, there is pumps and backup pumps.  There is mud

09:51:02 13   and backup mud.  There is the ability to do all kinds of

09:51:06 14   different things.

09:51:07 15           On this one here, you see some of the subsea

09:51:09 16   structure.

09:51:09 17           This is my point.  I can't get my head around an

09:51:13 18   allegation that BP would do all of this knowing that it wasn't

09:51:17 19   going to work.  That's just beyond my ability to comprehend in

09:51:22 20   these circumstances.

09:51:23 21           But the procedure was run.  It was not

09:51:26 22   successful.  At that point, it came to the responsibility of

09:51:33 23   the engineers and technicians of both BP and the United States

09:51:36 24   to evaluate why Top Kill did not work.

09:51:43 25           The aligned parties say we made up an excuse

**OFFICIAL TRANSCRIPT**

09:51:48  1   because we didn't want to admit that the flow rate was high.

09:51:52  2   We just made it up.  We thought we could hide the flow rate by

09:51:58  3   making up this excuse.  That's their allegation.

09:52:02  4          Now, one thing they don't point out is what we

09:52:06  5   were going to next was collection.  If you were trying to hide

09:52:09  6   something, why would you set up a system of collection where

09:52:13  7   you might prove that 15 or 20 or 30,000 barrels a day of oil

09:52:19  8   are coming out of the well?  That doesn't make any sense.

09:52:23  9          But they went to a system of collection because

09:52:28 10   of the interpretation that collapse disks may have ruptured

09:52:36 11   during the blowout.  These collapse disks are in place down in

09:52:46 12   the 16 -- I think it's in the 16-inch casing, and they are

09:52:50 13   there to protect the well in the event that you get a

09:52:57 14   differential pressure between the 18-inch casing and the

09:52:59 15   16-inch casing.  If that differential pressure is created,

09:53:04 16   those disks will open.

09:53:05 17          The significance of that is that -- I think I

09:53:09 18   have this right, I hope I do -- the 18-inch casing here is open

09:53:14 19   to the formation.  So when you're thinking about what to do

09:53:19 20   next, if that's the right interpretation -- and there was data

09:53:23 21   that supported that from the way that they were analyzing and

09:53:27 22   looking at the data during the Top Kill procedure and in the

09:53:30 23   weeks thereafter -- if that has occurred, then if you do a hard

09:53:38 24   shut in of the well, there is little doubt that the outcome is

09:53:43 25   going to be you're going to release oil and gas into the

09:53:46  1   formation.  That was a significant risk if that has occurred.

09:53:51  2          The calculation were done by BP.  They were

09:53:54  3   reviewed by the United States.  The conclusion was we cannot

09:53:59  4   rule that out.

09:54:00  5          This is just demonstrating what the outcome can

09:54:05  6   be.  It's also the case that the outcome can be that these

09:54:09  7   things release way over from the well and could put at risk the

09:54:14  8   relief well operations.

09:54:15  9          Now, they didn't show you this document, but they

09:54:20 10   referred to it in their 30-page pretrial statement.  This is

09:54:27 11   the language that they are focused on.  "On the day after the

09:54:30 12   event, one of the evaluations that was done by BP is that this

09:54:34 13   was a possible and plausible outcome."  That's what it said in

09:54:40 14   the document.

09:54:41 15          But that's not the end of the story here,

09:54:44 16   Judge Barbier.  This is not the last piece of work that was

09:54:47 17   done on this event.  They engaged Phil Pattillo to look at it

09:54:55 18   in detail.  He ran the calculations.  He said, "An event

09:54:59 19   related rupture of a collapsed disk can be conjecture.  It's in

09:55:05 20   play.  It's possible."

09:55:06 21          This is May the 30th.  They didn't tell you about

09:55:09 22   this either.  This is a communication to Admiral Allen,

09:55:13 23   "Diagnostics and data acquired suggest that the ruptured disk

09:55:15 24   in the 16-inch casing may have failed during the initial well

09:55:19 25   control event.  If they failed and we shut in the well, it

OFFICIAL TRANSCRIPT

09:55:23  1    could cause hydrocarbons to flow to shallow formations and

09:55:27  2    onwards to the sea floor."

09:55:28  3            Under the first do no harm rubric, this is what

09:55:33  4    the team is trying to avoid, the "may" and the "if."

09:55:40  5            This was presented to Secretary Salazar on

09:55:44  6    May the 31st.  These are his notes on his slide set.  "An event

09:55:48  7    related rupture of a collapsed disk can be conjecture."

09:55:53  8            Now, we asked Dr. McNutt, the Director of USGS,

09:55:58  9    chair of the Flow Rate Technical Group, "Do you believe the

09:56:01 10    evidence strongly suggested that the hypothesis was true?"

09:56:05 11            "There was an interpretation of the data that

09:56:07 12    allowed it.  It was not unique.  It was not the only

09:56:10 13    interpretation."  What word does she use?  "It was a plausible

09:56:16 14    interpretation" -- the same language used by BP in its slide

09:56:20 15    deck that they showed you; they didn't show you the other

09:56:22 16    stuff, but what they showed you -- "and carried such a great

09:56:26 17    risk that if it was correct it was worth taking seriously."

09:56:29 18            Secretary Chu had discussions and interaction

09:56:37 19    with BP on this issue.  He was very keen to have this

09:56:42 20    independently reviewed by his own scientist, that is, is what

09:56:47 21    BP is putting forward reasonable, is it plausible?

09:56:52 22            He says here that, "It is reasonable, the

09:56:56 23    scenarios are reasonable, but I see other scenarios."

09:56:59 24            Here is Dr. Chu talking about it:  "We have been

09:57:03 25    getting the data at the same time as the BP engineers,

                         **OFFICIAL TRANSCRIPT**

09:57:05 1   conducting our own independent analysis of the data so that we

09:57:09 2   can verify the conclusions that BP is making at every step."

09:57:13 3          He did these calculations himself with the actual

09:57:17 4   data.  Just like BP, he could not rule out that this had

09:57:24 5   occurred.  Under first do no harm, he did not believe going

09:57:28 6   forward with BOP-on-BOP was appropriate because if you shut in

09:57:32 7   that well, you run the risk of blowing out and losing the BOP.

09:57:38 8          Now, BP didn't dig in and say there is only one

09:57:43 9   explanation.  No.  There is interaction with Secretary Chu and

09:57:48 10  Andy Inglis.  Here Secretary Chu says:  "There are two equally

09:57:54 11  plausible explanations for this."  Andy Inglis doesn't say, no,

09:58:00 12  you're wrong, it can only be one thing, it can only be the

09:58:04 13  thing that protects us from having to say about flow rate.  He

09:58:08 14  doesn't say that.  He says, "I agree, there are two scenarios

09:58:09 15  that could explain the observations from Top Kill, the

09:58:13 16  collapsed disk failure or mud down the well from the reservoir

09:58:18 17  with counterflow of oil and gas upwards."

09:58:21 18         We did not -- BP did not, we did not,

09:58:22 19  misrepresent our understanding of what happened during

09:58:27 20  Top Kill.  It is appropriate to proceed on the do no harm

09:58:33 21  approach.

09:58:33 22         This is Marcia McNutt.  This is the conclusion.

09:58:38 23  "The initial interpretation by both BP and the National Labs is

09:58:43 24  that the ruptured disk in the 16-inch casing may have blown in

09:58:48 25  the initial incident.  If that is the case, then the well

**OFFICIAL TRANSCRIPT**

09:58:50 1   should not be shut in from above."

09:58:52 2              That was the conclusion of the United States.  It

09:58:55 3   was the conclusion of BP.  It was a possibility.  It could not

09:59:00 4   be ruled out.  It was the right engineering decision based on

09:59:05 5   what was known then because, if you remember, no one knew the

09:59:10 6   path of flow at that time.  It was an uncertainty that they

09:59:13 7   were dealing with, and they made a reasonable decision based on

09:59:16 8   what was known.  Not looking at it in retrospect, in hindsight,

09:59:22 9   based on what was known at the time.

09:59:25 10             So they moved to a collection strategy.  We'll

09:59:28 11  talk in detail about this, but one of the issues with regard to

09:59:34 12  BOPs is that the capping stack, now that they're thinking about

09:59:38 13  collection as opposed to other methodologies, allows for more

09:59:43 14  collection; in the way it was configured compared to the BOP

09:59:47 15  option as it was configured at the time, it allows for more

09:59:52 16  collection.

09:59:52 17             You're going to hear in this case, Your Honor, a

09:59:56 18  fascinating story of how the company working with industry

10:00:01 19  figured out how to attach a capping stack to the top of the

10:00:06 20  BOP, to the flange that's basically expected to move with the

10:00:15 21  riser, because that's the purpose of it.  This flange here,

10:00:22 22  which is this right here, it was damaged on the back side, it

10:00:26 23  had bolts that were injured, it had a piece of pipe in it.

10:00:31 24  What had to be done was to figure out how to attach that

10:00:35 25  capping stack to this very, very -- to a piece of equipment

10:00:42  1    that was not designed to receive it, I think is the best way to

10:00:45  2    put it.

10:00:46  3              These three options for attachment were all

10:00:49  4    worked in parallel by the teams.

10:00:53  5              Now, I think I understand the parties'

10:00:58  6    allegations to be in this case that -- in terms of source

10:01:04  7    control -- there's a lot of allegations about we weren't ready

10:01:08  8    for this, and we weren't ready for that, but I think the

10:01:11  9    allegation comes down to you should have had a prebuilt

10:01:14 10    capping stack.

10:01:15 11              One of the key issues here on the causation side

10:01:17 12    of things is this:  The only way to get this device onto the

10:01:25 13    BOP without lifting the Lower Marine Riser Package, which had

10:01:31 14    its own risks as we've discussed, was to attach it to the top

10:01:35 15    of the BOP.

10:01:41 16              Much of the time that was involved in getting the

10:01:46 17    capping stack ready to be attached -- and it was initially

10:01:49 18    designed just to be attached for collection -- was spent

10:01:53 19    developing these ways of doing that.  They actually had to

10:02:01 20    build, engineer, test tools that would allow for the

10:02:05 21    attachment.

10:02:06 22              Each of these were running in the range of

10:02:09 23    70 tests.  A lot of them were conducted underwater to see if

10:02:13 24    they could make it work.  That took a lot of time.  That's

10:02:15 25    where a lot of the time was spent in terms of getting the

10:02:19  1   capping stack ready.

10:02:20  2              So there is a question, could you have shut the

10:02:25  3   well in earlier, knowing everything you know now, looking in

10:02:30  4   retrospect, if you had a capping stack available.

10:02:36  5              Admiral Allen says:  "How long it takes to put a

10:02:39  6   capping stack in place is dependent on a lot of different

10:02:41  7   factors.  I don't think there is any way to estimate that."

10:02:44  8              It's a unique situation.  It was a unique

10:02:49  9   blowout.  As you've heard, there were no capping stacks

10:02:52 10   anywhere in the world prior to this event.  It had never been

10:02:59 11   proven that a capping stack could work in deepwater.  It was

10:03:01 12   proven here, with a massive engineering effort and commitment

10:03:05 13   that it would work here; but, before this, no one had a

10:03:10 14   capping stack.

10:03:11 15              The government did not require it.  This is

10:03:15 16   Lars Herbst that you've heard from:  "MMS did not require a

10:03:20 17   capping stack.  No one in industry had a capping stack."

10:03:23 18              Well, with regard to preparing for an incident,

10:03:27 19   he tells Mr. Barr, "There is no real historical context as what

10:03:32 20   would be needed.  I don't believe the expectation they would

10:03:35 21   develop something or have something available for a low

10:03:39 22   probability event.  The context of historically there has been

10:03:44 23   no events related to that, so planning for events that have

10:03:47 24   never occurred would be difficult."

10:03:49 25              Now, I'll skip over this one because they haven't

10:03:55 1   mentioned it yet, but I'll mention this one.  DEA-63, this

10:03:59 2   seems to be the focus of the plaintiffs' case here in terms of

10:04:02 3   why we should have had a capping stack.

10:04:04 4            One important issue that comes out of this

10:04:08 5   document, Your Honor, is that this group here that looked at

10:04:13 6   this issue and made recommendations, not to just BP, this is

10:04:16 7   recommendations to industry, says, "Continuing into Phase Two

10:04:21 8   is not warranted at this time."  In other words, the group is

10:04:25 9   saying, we don't believe proceeding to phase two is justified

10:04:30 10  or warranted at this point in time.

10:04:32 11           Now, there has been a reference to this, but I

10:04:39 12  think I'll just touch on this briefly.  What is it that was

10:04:43 13  expected of BP in terms of its response to a blowout in

10:04:49 14  deepwater?

10:04:51 15           This here, Your Honor, is the industry standard

10:04:54 16  for response to a deepwater blowout prior to the Macondo event.

10:05:01 17  What did we need to do?

10:05:02 18           "Quickly commence relief well drilling."  We did

10:05:05 19  that.  We had it spudded and underway by May the 2nd.

10:05:10 20           "Use ROV's to attempt to activate the BOP."  You

10:05:12 21  heard about it in Phase One, the efforts that made there.

10:05:15 22  You'll hear a little more today.

10:05:16 23           "Stand up a team of well control experts to

10:05:20 24  analyze the well and additional methods for controlling the

10:05:23 25  blowout."  That was done here.  It was done immediately.  By

**OFFICIAL TRANSCRIPT**

10:05:28  1    the following morning, BP's well control experts were present

10:05:32  2    and working to develop solutions to the blowout, to understand

10:05:37  3    the data, to understand what might could be done.

10:05:43  4         Our well control plan is consistent with every

10:05:46  5    other operator in the Gulf of Mexico.  It cannot be argued that

10:05:49  6    we did not meet industry standard in the way that we were

10:05:52  7    organized to respond to a blowout.

10:05:55  8         Here are the documents showing that we began to

10:05:58  9    develop plans for drilling both a shallow and deep intercept

10:06:04 10    well using the *Discover Enterprise* and the *DD II* and *DD III*,

10:06:07 11    and this team was led by Pat O'Bryan.

10:06:11 12         This is the industry standard as it existed

10:06:13 13    before April the 20th in terms of what should be done:

10:06:18 14    "Assemble a team of technical experts."  That is what BP did.

10:06:22 15    It met the industry standard.

10:06:23 16         Now, ultimately, Your Honor, as you know, the

10:06:27 17    capping stack was utilized to seal the well on July the 15th.

10:06:30 18    Just one word about that, and then I'll have one other thing to

10:06:33 19    share.

10:06:34 20         The idea with the capping stack was primarily to

10:06:38 21    use it as a collection tool.  The access points on the

10:06:43 22    capping stack were going to be very beneficial for that.

10:06:46 23         But in the months of June and July, it was also

10:06:51 24    developed that it was possible with the capping stack to

10:06:54 25    conduct a well test to understand what was the pressure

10:06:58 1  response to the well if it was shut in.

10:07:01 2          So a decision was made to go forward with the

10:07:06 3  capping stack, conduct those tests, and see if the well could

10:07:10 4  be safely shut in.  The capping stack had the ability to let

10:07:15 5  off pressure, that is, if the pressure built up to an

10:07:18 6  unacceptable level after shut in, to let that pressure off and

10:07:22 7  let the well either flow or begin to collect oil again.

10:07:26 8          So the test was run.  The capping stack was

10:07:29 9  actually installed, I think, on the 12th.  After a couple of

10:07:32 10 days of testing, the well was eventually successfully shut in

10:07:37 11 on July 15th.

10:07:38 12         I just wanted to conclude with one more clip by

10:07:46 13 Admiral Allen that I think summarizes his view of the work of

10:07:52 14 BP and industry in getting this well shut in, in a timely way.

10:07:58 15      (WHEREUPON, a video clip was played.)

10:09:31 16      MR. BROCK:  Your Honor, BP did not misrepresent

10:09:35 17 flow rate in a way that caused a delay of the shut in of the

10:09:39 18 well.  It made reasonable engineering decisions based on what

10:09:45 19 was known at each step along the way, keeping in mind the

10:09:52 20 principles of do no harm, work all options in parallel, leave

10:09:59 21 no stone unturned.

10:10:01 22         That's not fraud.  That's not gross negligence.

10:10:06 23 We just look forward to presenting to you our side of this, our

10:10:10 24 evidence on this, over the next four days.  Thank you very

10:10:13 25 much.

**OFFICIAL TRANSCRIPT**

10:10:13  1                THE COURT:  All right.  Thank you.

10:10:15  2                     We'll take a 15-minute recess.  We'll come back

10:10:17  3        and start the testimony.

10:10:31  4                     (WHEREUPON, at 10:10 a.m., the Court took a recess.)

10:10:31  5                THE DEPUTY CLERK:  All rise.

10:29:11  6                THE COURT:  All right.  Go ahead and swear in the

10:29:13  7        witness.

10:29:14  8                THE DEPUTY CLERK:  Would you please raise your right

          9        hand.  Do you solemnly swear that the testimony which you are

         10        about to give will be the truth, the whole truth and nothing

         11        but the truth, so help you God?

         12                THE WITNESS:  I do.

         13                              **JOHN WILSON**

         14         was called as a witness and, after being first duly sworn by

         15          the Clerk, was examined and testified on his oath as follows:

         16                THE DEPUTY CLERK:  Please state and spell your name for

         17        the record.

10:29:29 18                THE WITNESS:  My name is John Wilson, W-I-L-S-O-N.

10:29:33 19                MS. KARIS:  Your Honor --

10:29:36 20                THE COURT:  Before you speak, we apparently had a

10:29:44 21        confession by the person who took the picture this morning:

10:29:54 22        Mr. Reamer (spelled phonetically) from the Restore the Delta

10:30:02 23        Group.

10:30:02 24                     Mr. Reamer, where are you?  Are you in the

10:30:03 25        courtroom?

**OFFICIAL TRANSCRIPT**

10:30:05  1         MR. REAMER:  Here.

10:30:06  2         THE COURT:  Okay.  There you are.  Since you were

10:30:11  3    courageous enough to confess, we're going to just penalize you

10:30:17  4    for the time being.  We'll keep your phone for a while.  And

10:30:23  5    I'll lift the ban on everyone else.  I know people are under a

10:30:27  6    great state of anxiety without their electronic devices.  So

10:30:33  7    the phones, when you want to retrieve them, are down in the

10:30:38  8    clerk's office, in a box in the clerk's office.

10:30:41  9         So we'll keep the ban on Mr. Reamer for the day,

10:30:48 10    at least, and we'll see.  But I accept your apology,

10:30:54 11    Mr. Reamer, and thank you for fessing up.

10:31:03 12         Okay.

10:31:03 13         MS. KARIS:  Hariklia Karis for BP and I recognize we're

10:31:06 14    on the clock so I did not want to interrupt Mr. Li's

10:31:13 15    examination, but we have filed a *Daubert* challenge to a portion

10:31:15 16    of Dr. Wilson's testimony that I would like to raise and review

10:31:20 17    at this time.

10:31:21 18         THE COURT:  Yes.  I've read the report and -- I mean

10:31:24 19    the -- I'm sorry, the Motion to Exclude certain portions of his

10:31:27 20    report.  I'm going to allow him to testify.  If we get to

10:31:36 21    certain areas of questions that you think are objectionable or

10:31:42 22    beyond his expertise, you can object, and I'll rule on it at

10:31:47 23    that time.  Okay?

10:31:48 24         MS. KARIS:  Thank you, Your Honor.  Yes.

10:31:50 25         THE COURT:  All right.  Go ahead.

                              **OFFICIAL TRANSCRIPT**

10:31:53  1          MR. LI:  Thank you, Your Honor.  Good morning.  Luis Li

10:31:56  2     on behalf of Transocean and the aligning parties.  Nice to be

10:31:56  3     before you again, Your Honor.

10:31:56  4     DIRECT EXAMINATION BY MR. LI:

10:31:59  5     Q.    Good morning, Dr. Wilson.  Can you tell the Court where

10:32:02  6     you currently are employed?

10:32:03  7     A.    Yes.  I'm employed at the New Mexico Institute of Mining

10:32:07  8     and Technology in Socorro, New Mexico.

10:32:11  9     Q.    What do you do there, sir?

10:32:12 10     A.    I teach science and engineering in the Department of Earth

10:32:16 11     and Environmental Sciences.

10:32:18 12     Q.    How long have you been teaching at the New Mexico

10:32:21 13     Institute of Mining and Technology?

10:32:23 14     A.    Almost 30 years.

10:32:25 15     Q.    Now, you have a Ph.D.?

10:32:26 16     A.    Yes.

10:32:27 17     Q.    And what is your Ph.D.?

10:32:28 18     A.    It's in hydrodynamics from the Massachusetts Institute of

10:32:33 19     Technology, MIT.

10:32:35 20     Q.    And you also have a bachelor's degree I take it?

10:32:37 21     A.    Yes.  I have a bachelor's degree in civil engineering from

10:32:40 22     Georgia Tech.

10:32:40 23     Q.    Now, if you could tell the Court, we obviously submitted a

10:32:44 24     very long CV, but if you could tell the Court just generally

10:32:48 25     how your experience and research relate to the topic you're

**OFFICIAL TRANSCRIPT**

10:32:52  1  here to testify about today, BP's internal flow rate modeling

10:32:55  2  in April and May of 2010.

10:32:57  3  A.    Well, for the last 45 years I've been focused both in

10:33:02  4  teaching and research and study on the mechanics of fluids, and

10:33:06  5  particularly mechanics of fluids related to processes in the

10:33:11  6  geosphere, underground and aboveground, particularly flow and

10:33:15  7  force media.

10:33:16  8  Q.    Just so we're clear, layperson's terms, *force media*, you

10:33:20  9  mean rocks, sediment, dirt?

10:33:21 10  A.    That's right.

10:33:23 11  Q.    And fluids can be water, gas, oil?

10:33:25 12  A.    That's correct.

10:33:26 13  Q.    Now, does hydrology share principles in technology with

10:33:32 14  the gas and oil industry?

10:33:32 15  A.    Oh, yes.  Many of these principles and technologies are

10:33:37 16  shared between the fields actually with correspondence back and

10:33:41 17  forth and papers published across the fields.

10:33:45 18  Q.    Have you published articles in the oil and gas field?

10:33:47 19  A.    Yes, I have.

10:33:48 20  Q.    Now, did you prepare a report in this litigation?

10:33:53 21  A.    Yes.

10:33:53 22  Q.    And if we could pull up TREX-11900.1.1.TO.

10:34:06 23        Dr. Wilson, is this your report?

10:34:07 24  A.    Yes, it is.

10:34:08 25  Q.    What did you review in order to form the opinions in your

**OFFICIAL TRANSCRIPT**

10:34:12 1   report?

10:34:14 2   A.   I reviewed depositions and e-mails and memos and reports

10:34:20 3   and PowerPoint presentations.

10:34:23 4   Q.   And those e-mails and the reports and other items, were

10:34:27 5   they part of the discovery in this particular case?

10:34:29 6   A.   Yes, they were.

10:34:30 7   Q.   And who were these reports and e-mails and correspondence

10:34:35 8   by?

10:34:36 9   A.   Most of them were internal to BP.  Some were between BP

10:34:42 10  and the government.

10:34:43 11  Q.   Now, did you prepare a demonstrative or help prepare a

10:34:47 12  demonstrative of these opinions?

10:34:48 13  A.   Yes, I did.

10:34:48 14  Q.   Now, if we could take a look at D-25019, first slide.

10:34:56 15       Sir, are these your opinions?

10:34:58 16  A.   Yes, they are.

10:34:59 17  Q.   If you could just read the first opinion and explain a

10:35:02 18  little to the Court what you mean by this.

10:35:03 19  A.   Well, the first one says:  "Immediately after the blowout

10:35:06 20  of the Macondo well, BP began conducting flow rate -- well

10:35:12 21  flow rate modeling to inform its source control efforts,

10:35:16 22  including the Top Kill operation."

10:35:17 23  Q.   If you could explain to the Court in layperson's terms,

10:35:21 24  what we're talking about?

10:35:23 25  A.   Well, basically, just after the accident, even before the

**OFFICIAL TRANSCRIPT**

10:35:25  1    rig sank, engineers at BP went back and visited the model they
10:35:32  2    had prepared for the original permit application to the
10:35:35  3    Minerals Management Service and revised that and looked at what
10:35:39  4    might happen if the rig sank, if the riser broke off and sank
10:35:46  5    to the bottom of the ocean -- and other conditions.
10:35:49  6    Q.   Now let's take a look at the Opinion B.  Read it and just
10:35:54  7    briefly explain what you did.
10:35:55  8    A.   "In the weeks following the blowout, BP's computer models
10:36:00  9    suggested higher flow rates than those BP reported to the
10:36:02 10    government, the press and the public."
10:36:04 11         So over the period of April and May that I looked at
10:36:07 12    is this information, there were a wide number of computer
10:36:10 13    simulations done under a variety of conditions examining what
10:36:15 14    the range of flow rates might be from the well, and literally
10:36:21 15    dozens of these.  And those were used to inform source control
10:36:26 16    efforts.
10:36:26 17    Q.   And you mentioned that there were certain flow rates that
10:36:30 18    reported -- that BP reported to the government, the press and
10:36:33 19    the public.  What was that flow rate estimate?
10:36:36 20    A.   Well, typically, almost exclusively, they reported
10:36:40 21    5,000 barrels of oil per day whereas the computer simulations
10:36:44 22    they were running were most often showing rates higher than
10:36:47 23    that.
10:36:47 24    Q.   Now let's take a look at Opinion C, which is -- if you'd
10:36:51 25    just read it and explain briefly what you did.

**OFFICIAL TRANSCRIPT**

82

10:36:53  1    A.    "BP knew or should have known from its modeling efforts

10:36:57  2    that the Top Kill was very likely to fail because the well

10:37:00  3    flow rate exceeded a 15,000 barrel oil per day threshold rate."

10:37:05  4              This is referring to some work done by a consultant

10:37:10  5    contractor to BP examining the Top Kill and finding through

10:37:15  6    hydraulic modeling of the Top Kill that if the flow rate was

10:37:18  7    sufficiently high that it would fail to execute properly; that

10:37:22  8    is, the injection of mud would simply not go down, it would

10:37:25  9    come up.

10:37:26 10    Q.    All right.  And your last opinion:  "After the Top Kill

10:37:29 11    failed, BP was informed that the failure was most likely due to

10:37:33 12    flow rate."

10:37:34 13              Just tell the Court briefly what you did and what

10:37:36 14    that means.

10:37:38 15    A.    Well, in that particular case, because of the study

10:37:43 16    referred to in part C, there was knowledge that a high

10:37:45 17    flow rate would lead to a failure of the Top Kill, particularly

10:37:50 18    the momentum part of that Top Kill.

10:37:51 19              And the engineers examining this afterwards,

10:37:56 20    particularly those specializing on the Top Kill, like a company

10:37:59 21    called Wild Well Control, concluded that it was mud coming out

10:38:02 22    of the top of the blowout preventer through the riser not going

10:38:06 23    down the well that was responsible for it because the flow rate

10:38:09 24    was too high.

10:38:10 25    Q.    Now, Dr. Wilson, with respect to the documents and

**OFFICIAL TRANSCRIPT**

1   depositions you reviewed, did they contain sufficient

2   information for you to form and support your opinions to a

3   reasonable degree of scientific certainty?

4   A.   Yes, I did.

5   Q.   Now, Dr. Wilson, let's start with your first opinion,

6   which is this same exhibit -- or Demonstrative Slide 2.

7         In your opinion, you state:  Immediately after the

8   blowout, BP began conducting well flow exercises.

9         First let's talk about who at BP was doing it.  Did

10  you identify different groups at BP that was -- that were doing

11  these studies?

12  A.   Yes.  After looking over all the information, it appears

13  that you could subdivide people working on this into four

14  different engineering groups who were exploring -- trying to

15  diagnose the well and then look at source control efforts using

16  modeling.

17  Q.   Now, Dr. Wilson, did you help prepare an organizational

18  chart, Demonstrative 25013B?

19  A.   Yes.

20  Q.   And we've got it up on an easel here.  It's a little hard

21  to see, so I'm not going to make you try to read every word on

22  it.  I'll just point on it and we can go from there.

23        Or with the Court's permission, if I could walk up

24  there, Your Honor, and I could point to it.

25        THE COURT:  As long as you have the lapel mike on,

**OFFICIAL TRANSCRIPT**

10:39:33  1    that's fine.

10:39:33  2    EXAMINATION BY MR. LI:

10:39:35  3    Q.    Now, Dr. Wilson, you have here four groups.  Were these

10:39:38  4    the groups you identified?

10:39:39  5    A.    Yes, they are.

10:39:40  6    Q.    Now, on the left, you have three groups here:  Flow

10:39:44  7    assurance, petroleum engineers and reservoir engineers.  Are

10:39:48  8    these preexisting groups within BP?

10:39:51  9    A.    Well, they are associated with preexisting groups.  The

10:39:55 10    group on the left is a group that actually has that title, flow

10:39:58 11    assurance.

10:39:59 12           And the middle group, then, on the left -- I'm not

10:40:03 13    sure what color that is.  It may be purple.  I'm color-blind --

10:40:08 14    I think are people focused on production engineering.

10:40:10 15           And the next group over, the reservoir engineers,

10:40:14 16    were basically involved in exploration for their everyday

10:40:18 17    business.

10:40:18 18    Q.    So let's focus on these first three groups here that are

10:40:23 19    groups that are normally associated with BP.  What's their

10:40:26 20    general job?  Is their job to figure out how much oil might

10:40:31 21    flow out of a well?

10:40:32 22    A.    Well, all of them, in the course of their daily

10:40:35 23    activities, model flow from wells.  And so they are all

10:40:37 24    familiar with the computer software typically used to model

10:40:41 25    hydraulics of wells and reservoirs.

**OFFICIAL TRANSCRIPT**

10:40:43 1        THE COURT:  Mr. Li.

10:40:43 2        MR. LI:  Yes, sir.

10:40:44 3        THE COURT:  I'm getting a complaint by someone who is

10:40:49 4  listening elsewhere in the courthouse that they still can't

10:40:53 5  hear you.  I think you have that lapel mike way too low.

10:40:57 6        MR. LI:  How about now?

10:40:57 7        THE COURT:  We'll see if Judge Shushan is happy now.

10:40:57 8  EXAMINATION BY MR. LI:

10:41:09 9  Q.   Let's focus for a second on the far right of this chart

10:41:12 10  here in light blue.  It's called the Hydraulic Kill Team.  It

10:41:15 11  has Kurt Mix, Ole Rygg, Tom Selbekk and Bill Burch.  What was

10:41:21 12  this group?

10:41:22 13  A.   This was more or less an ad hoc group assembled together

10:41:26 14  because of the blowout to look at the control options.

10:41:29 15  Q.   If we can just focus on a couple of these folks, who is

10:41:31 16  Ole Rygg?

10:41:32 17  A.   He's a consultant at a company called Add Energy that

10:41:36 18  specializes in software for modeling well flow.

10:41:39 19  Q.   Is this a sophisticated company?

10:41:41 20  A.   Yes.  One of the most sophisticated in this kind of

10:41:44 21  business.

10:41:44 22  Q.   And then Bill Burch, what's his job?

10:41:47 23  A.   He's with a company called Wild Well Control, a company

10:41:50 24  that's particularly aimed at dealing with blowouts.

10:41:51 25  Q.   Now, you had mentioned -- all of those groups, did they

OFFICIAL TRANSCRIPT

10:41:54 1    produce modeling related to flow rate?

10:41:59 2    A.    All of these groups did hydraulic modeling related to

10:42:02 3    flow rate.

10:42:02 4    Q.    And in your review of the documents, the e-mails and the

10:42:05 5    PowerPoints, and what have you, did you see those flow rate

10:42:09 6    estimates get communicated up to the executives?

10:42:13 7    A.    Yes.  They were some communications between individual

10:42:17 8    engineers within a group, from time to time between groups, but

10:42:20 9    there was also communications upward quite frequently, into the

10:42:24 10   leadership roles at the top of this chart.

10:42:26 11   Q.    So I'm going to point out a couple of folks at the

10:42:29 12   leadership roles.  So here we have Tony Hayward, CEO of BP.

10:42:35 13   Did you see communications involving him?

10:42:36 14   A.    Yes.

10:42:36 15   Q.    Here we have Andy Inglis, CEO of Exploration & Production.

10:42:41 16   Did you see communications from the modeling groups up to

10:42:44 17   Mr. Inglis?

10:42:44 18   A.    Yes.

10:42:45 19   Q.    And then here we have a person who is identified as

10:42:50 20   Jasper Peijs.  We have a little dotted line here, and we call

10:42:53 21   him an executive assistant to the chief of staff to

10:42:57 22   Andy Inglis.  Did you see communication from the flow rate

10:43:00 23   modelers up to Mr. Peijs?

10:43:02 24   A.    Yes, I did.

10:43:02 25   Q.    Now, over here in a grayed-out box, we have a couple of

10:43:06  1   letters, UAC.  What did you understand that to mean?

10:43:09  2   A.    Unified Area Command.

10:43:11  3   Q.    And that was the group that was in charge of -- a

10:43:14  4   multi-agency group in charge of shutting in the well?

10:43:17  5   A.    Yeah, government agencies -- excuse me -- BP and others.

10:43:20  6   Q.    Do you need some water?

10:43:21  7   A.    No, I'm fine.

10:43:22  8   Q.    And here we have Mr. Suttles, Doug Suttles.  He's the COO

10:43:27  9   of Exploration & Production.  What was his role?

10:43:33 10   A.    He was tasked to communicate directly with the government

10:43:38 11   at the UAC, and he was principally responsible for that.  And

10:43:43 12   Dave Rainey appeared to be his assistant --

10:43:45 13   Q.    Did you see communications between the engineering team

10:43:50 14   through the executives over to Mr. Suttles?

10:43:52 15   A.    Yes.

10:43:53 16   Q.    Now, let's talk a second about -- there is an issue,

10:44:02 17   Mr. Brock brought it up in his opening statement, as to what

10:44:05 18   does flow rate even mean.  And if you could tell the Court what

10:44:09 19   you mean by flow rate.

10:44:11 20   A.    Well, I was reviewing these modeling efforts over a period

10:44:15 21   of a little over a month by BP engineers, their consultants and

10:44:19 22   contractors, and they were looking at a variety of issues

10:44:23 23   related to source control.  And doing that, they were

10:44:27 24   simulating pressures and temperatures and flows in the well.

10:44:30 25   And they were simulating ranges of flow rates, not a particular

10:44:34  1    number, not a daily flow rate, just what is the likely range of

10:44:38  2    flow rate in the well.

10:44:38  3    Q.    So when you say estimate, do you mean -- what do you mean?

10:44:42  4    A.    I mean an approximation of what the flow rate is likely to

10:44:47  5    be, so between some range of numbers, and within some range of

10:44:50  6    numbers.

10:44:50  7    Q.    Let me ask you, in your experience as a Ph.D. from MIT who

10:44:57  8    specializes in hydrodynamic analysis, do you do estimates in

10:45:01  9    your field?

10:45:02 10    A.    I do estimates of that kind dealing with uncertainty and

10:45:05 11    probabilities all the time.

10:45:06 12    Q.    Now, you are familiar, are you not, with Dr. Ballard, one

10:45:13 13    of BP's experts in this case?

10:45:14 14    A.    Yes, I am.

10:45:15 15    Q.    Now, he appears -- I'm going to point to it with the

10:45:18 16    laser -- he is actually in the flow assurance group down here.

10:45:22 17          Did you see that?

10:45:24 18    A.    Yes, I saw that.

10:45:25 19    Q.    Dr. Ballard has criticized your opinion by saying BP was

10:45:29 20    not modeling estimates of daily discharge from the well.

10:45:32 21          When you refer to estimates, what are you talking --

10:45:36 22    do you agree with Mr. Ballard or not?

10:45:38 23    A.    I agree with him.  They weren't doing daily flow rate

10:45:41 24    estimates.

10:45:42 25    Q.    What were they doing?

**OFFICIAL TRANSCRIPT**

10:45:44  1    A.    They were estimating range of flow rates to inform their
10:45:47  2    source control efforts.
10:45:48  3    Q.    You just preempted my next question.
10:45:50  4          So once you have a bunch of estimates, and they may
10:45:53  5    be rough, can you do something with those estimates?
10:45:56  6    A.    Absolutely.
10:45:56  7    Q.    What can you do with them?
10:45:58  8    A.    It's the whole reason for doing it.  To examine
10:46:01  9    alternatives for source control to see how each source control
10:46:08 10    option you may consider will perform for different flow rates,
10:46:13 11    which are in a range of reasonable or likely flow rates.  But
10:46:16 12    you're not doing this for a single flow rate, but for rather a
10:46:20 13    range of possible flow rates.
10:46:21 14    Q.    So were BP's flow rate estimates reliable in the sense
10:46:27 15    that they could inform source control decisions?
10:46:29 16    A.    They were highly reliable for that purpose.
10:46:31 17    Q.    So we've talked a moment about modeling and flow rates
10:46:35 18    estimates.  Why don't we tell the Court what you mean by
10:46:37 19    modeling?
10:46:37 20    A.    Well, modeling is used in engineering and science and
10:46:42 21    finance and economics and a variety of other things to
10:46:47 22    conceptualize a system, you convert it into mathematical form,
10:46:53 23    and in the case here, on to a computer, and then you use that
10:46:56 24    to simulate the system you're trying to understand.  And you do
10:46:59 25    that perhaps to reconstruct the past, forensic modeling, or

**OFFICIAL TRANSCRIPT**

10:47:05  1    predict the future.

10:47:05  2    Q.    Now, based on your experience and education, are you

10:47:07  3    familiar with the types of modeling, flow modeling, that BP did

10:47:11  4    in this case?

10:47:12  5    A.    Yes, I am.

10:47:12  6    Q.    Have you used similar modeling in your career in 45 years?

10:47:16  7    A.    Yes.

10:47:16  8    Q.    Now, in your opinion, how did -- or did BP's modeling deal

10:47:22  9    with uncertainty?

10:47:24 10    A.    Well, uncertainty in -- almost everything in science is

10:47:29 11    uncertain except fundamental principles, that is, you make a

10:47:29 12    measurement of something like a temperature.  You don't know it

10:47:35 13    exact, but you have an approximation that's based on the

10:47:36 14    instrument you're using, or, if it's subjective, just your

10:47:39 15    feeling, your belief on what the temperature is.

10:47:43 16          But there are certain fundamental principles models

10:47:47 17    always have.  They consider earth mass, for example.  There are

10:47:50 18    other principles they preserve.

10:47:51 19          In this case, there was a great deal of information

10:47:53 20    known about the well and the reservoir and the fluids, for

10:47:59 21    example, and so they were using modeling to understand those

10:48:04 22    parts of the system which were less certain.

10:48:06 23    Q.    Okay.  Dr. Ballard, down there on that chart, he's opined

10:48:10 24    that the input parameters that you put into these models were

10:48:16 25    too uncertain to estimate flow rates.  Would you agree or

OFFICIAL TRANSCRIPT

10:48:18  1    disagree with that?

10:48:20  2    A.    Well, I would disagree with that.  They were too uncertain

10:48:23  3    maybe to estimate a flow rate on a particular day, but they

10:48:26  4    were certainly good to estimate ranges of flow rate that could

10:48:29  5    be used to inform decision-making.

10:48:32  6            That's how they are used probabilistically in many

10:48:36  7    other areas of activity, including petroleum engineering.

10:48:38  8    Q.    Did you see examples of BP modeling to deal with

10:48:44  9    uncertainty?

10:48:44 10    A.    Yes, I did.

10:48:45 11    Q.    If we could have TREX-5063.1.1.TO.  Now, this is an e-mail

10:48:50 12    from Trevor Hill to Gordon Birrell on April 28, 2010, attaching

10:48:56 13    modeling of system flow behavior.  These individuals are on the

10:49:02 14    chart.  I'm not going to make you try to have an eyesight exam,

10:49:05 15    but one of the fellows is here, and he's sending off this

10:49:11 16    e-mail.

10:49:11 17            He says, "We have modeled the whole system from

10:49:14 18    reservoir to sea in order to bound the answers on flow rate."

10:49:19 19    What did you understand that to had mean?

10:49:22 20    A.    Well, there are two issues in here.  One is what the model

10:49:25 21    actually was trying to represent as the system.  In this case,

10:49:27 22    it's everything from the reservoir all the way up to the

10:49:30 23    connection to the well, through the well, up to the wellhead,

10:49:33 24    BOP, the riser, and then out to sea.

10:49:36 25    Q.    I'm going to stop you for a second right there.  So the

OFFICIAL TRANSCRIPT

10:49:38 1    first part is to measure the entire system.  Is this a normal

10:49:42 2    thing you would do in your area of expertise?

10:49:46 3    A.    Well, this is a normal thing one would do in this kind of

10:49:50 4    application.

10:49:50 5    Q.    All right.  Then the second part of the phrase is -- or

10:49:53 6    sentence is, "in order to bound the answers on flow rate."

10:49:55 7    What did you understand that to mean?

10:49:57 8    A.    That's the kind of thing I was talking about a few minutes

10:50:00 9    ago, a range of flow rates, to get some idea of what the likely

10:50:06 10   flow rate -- what the flow rate is likely to be, within what

10:50:09 11   range is it likely to be, to bound it.

10:50:11 12   Q.    Is that the kind of thing you typically do as an expert in

10:50:15 13   hydrodynamics?

10:50:18 14   A.    You would do something like this, yes.

10:50:19 15   Q.    Let's take a look at the report that was attached to this

10:50:22 16   e-mail, which is TREX-5063.4.1.TO.  This is a memoranda that

10:50:31 17   was attached.  It says, "There are four data points in which we

10:50:33 18   have good confidence," reservoir pressure, seabed water

10:50:38 19   pressure, fluid properties and flow path.

10:50:41 20          If you could just explain to us what the -- what's

10:50:48 21   being conveyed here?

10:50:49 22   A.    Well, these are some things that the person writing this

10:50:54 23   memo thought were more certain, better known.  These are

10:51:00 24   reservoir pressures and seabed pressures, which are the

10:51:02 25   pressures driving the flow.  It's the difference between those

**OFFICIAL TRANSCRIPT**

10:51:05 1    two pressures that causes the flow.  That turns out to be one

10:51:08 2    of the more important parameters in a system.

10:51:11 3            Of course, the fluid properties refer to the

10:51:14 4    hydrocarbons.  The flow path is, this case, referring to the

10:51:17 5    riser.  We know that the exit for the hydrocarbon from the well

10:51:20 6    goes out through the riser.

10:51:22 7    Q.   So on April 28th, at least this set of engineers believed

10:51:27 8    there was good confidence in this data; is that correct?

10:51:32 9    A.   That is correct.

10:51:32 10   Q.   Now, there are some things where -- let's pull up

10:51:38 11   TREX-5063.4.2.TO.

10:51:42 12           So in this memo, the author writes, "We are currently

10:51:46 13   less certain of the following aspects," and he lists a number

10:51:50 14   of aspects.  Are you familiar with this document?

10:51:50 15   A.   Yes.

10:51:53 16   Q.   Are these the type of uncertainties that modeling --

10:51:53 17   A.   Yeah.

10:51:56 18   Q.   -- is designed to deal with?

10:51:57 19   A.   They express uncertainties regarding how the well and

10:52:02 20   reservoir are connected and how the flow moves up through the

10:52:08 21   well itself.  Then how it then exits the wellhead to the BOP --

10:52:15 22   to the riser.

10:52:16 23   Q.   Let's pull up -- so there were certain uncertain things,

10:52:21 24   but did they generate an estimate out of this?

10:52:23 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

10:52:24  1    Q.    Let's pull up TREX-5063.4.5.TO.

10:52:32  2          Here, we have a chart that we pulled out.  Using the

10:52:35  3    knowns and less certain estimates, was BP able to get a

10:52:41  4    range -- to bound the answers on flow rate?

10:52:43  5    A.    Yes.  They have a range here.

10:52:44  6    Q.    What was the range?

10:52:48  7    A.    In this set of scenarios, it was from 2500 barrels of oil

10:52:53  8    per day at the low end up to 65,000 at the high end.

10:52:58  9    Q.    So there is some interesting language here that's probably

10:53:02 10    not obvious.  Here it says, "orifice size inches diameter."  In

10:53:06 11    the context of this chart, what does orifice size mean?

10:53:11 12    A.    Well, there were obstructions to flow in the BOP and the

10:53:18 13    first part of the riser, where the riser had fallen and kinked

10:53:21 14    over.  The details of that obstruction were not known.  So the

10:53:42 15    BP engineers chose to take that complexity in terms of what the

10:53:47 16    obstruction might be and simplify it into something called an

10:53:52 17    orifice.  That is, you take a pipe, you put a plate of steel

10:53:56 18    across it, and you punch a hole through it to let fluid flow go

10:53:59 19    through that hole.

10:54:01 20          If the hole is really teeny, you get less flow.  The

10:54:04 21    bigger the hole is, the more flow occurs.  The orifice size

10:54:07 22    here is the diameter of that hole in that plate.  So the

10:54:09 23    smaller the hole, the bigger the barrier, or resistance to

10:54:14 24    flow, the lower the flow rate.

10:54:16 25    Q.    So this orifice size, it's an extraction?

**OFFICIAL TRANSCRIPT**

10:54:18  1   A.   It's an extraction -- it's sometimes called an equivalent

10:54:24  2   orifice size.  It's sort of an equivalent resistance to what

10:54:27  3   may actually be taking place in the BOP and part of the riser.

10:54:31  4   Q.   Now, the first estimate, which yields 2500 barrels per

10:54:39  5   day, how big is the orifice, the effective orifice size of

10:54:44  6   that?

10:54:44  7   A.   Well, that effective orifice is a quarter of an inch,

10:54:48  8   .025 inches.

10:54:48  9   Q.   We're talking about the size of this pen cap here?

10:54:53 10   A.   Right.  It could be an orifice that small.

10:54:56 11   Q.   How would you characterize that restriction, extracting

10:55:00 12   all of the BOP, the riser and everything else?

10:55:04 13   A.   Well, it's a teeny hole, and therefore it's a very large

10:55:08 14   restriction.

10:55:08 15   Q.   Now, if you could take a look at the 1-inch diameter, what

10:55:11 16   is the flow rate for 1 inch?

10:55:14 17   A.   33,000 barrels of oil per day.

10:55:16 18   Q.   So if instead of this pen cap, the flow is actually coming

10:55:21 19   through an effective orifice of this quarter, which is about an

10:55:26 20   inch, we're talking 33,000 barrels a day?

10:55:29 21   A.   Right.  It's an effective orifice of just less than an

10:55:32 22   inch or about an inch.

10:55:34 23   Q.   Now, Dr. Wilson, as BP learned more about the well, did it

10:55:42 24   incorporate that data into its models to lessen uncertainty?

10:55:47 25   A.   Any modeling exercise involves taking advantage of new

**OFFICIAL TRANSCRIPT**

10:55:50   1    information to improve the model, and BP did that.

10:55:52   2    Q.    Let's take a look at TREX-9266.1.1.TO.

10:55:57   3            This is an e-mail from Ole Rygg to Kurt Mix, the

10:56:02   4    subject is blowout rates, and it has a number of attachments.

10:56:05   5            You mentioned you knew Ole Rygg or you knew who he

10:56:08   6    was?

10:56:08   7    A.    Yes.

10:56:08   8    Q.    Tell us what he does.

10:56:12   9    A.    Well, he's one of the software developers for Add Energy

10:56:12  10    that's developed a computer code called OLGA, all capital

10:56:22  11    letters, O-L-G-A, which is one of the more sophisticated

10:56:25  12    packages in the business for modeling multi-phase flow in pipes

10:56:29  13    and wells and things like that.  He was the consultant on this

10:56:32  14    job and did the simulations.

10:56:34  15    Q.    Let's take a look at this attachment here,

10:56:42  16    TREX- 9266.2.1.TO.  You'll see here, there is a 3800

10:56:47  17    backpressure measurement here.

10:56:49  18    A.    Yes, sir.

10:56:50  19    Q.    How did that come about?

10:56:53  20    A.    Well, just before this memo was written and computer

10:56:56  21    simulation done, a measurement was finally made at the bottom

10:57:00  22    of the BOP.  This subdivided the system into two parts, below

10:57:06  23    the BOP and above it, where there were measurements of pressure

10:57:09  24    at each of those points.

10:57:11  25            Now, they could understand the pressure difference

OFFICIAL TRANSCRIPT

10:57:12 1    between the reservoir and the bottom of the BOP and use that to

10:57:16 2    model the reservoir flow and well flow up to the BOP using this

10:57:20 3    pressure.

10:57:20 4    Q.    So by adding this pressure data, did they narrow some of

10:57:26 5    the uncertainty?

10:57:28 6    A.    That's right.  They now knew more about to what extent the

10:57:31 7    flow was restricted through the BOP and riser, as opposed to

10:57:34 8    restricted at, say, the connection between the reservoir and

10:57:36 9    the well.

10:57:36 10   Q.    So tell us, is there a relationship between flow rate and

10:57:41 11   wellhead pressure?

10:57:43 12   A.    Well, in this case, the higher the pressure at this point,

10:57:47 13   the lower the flow rate would be.

10:57:48 14   Q.    So it's like a garden hose, where you've got your finger

10:57:52 15   at the tip of the hose?

10:57:55 16   A.    Yeah.

10:57:55 17   Q.    Now, is it standard or unusual practice to incorporate new

10:58:02 18   data such as pressure into modeling?

10:58:06 19   A.    It's standard practice.

10:58:06 20   Q.    Let's focus for a second on the flow path column here.

10:58:13 21   There is a number of different cases, annulus, casing, and

10:58:17 22   both.  What do you understand this column to represent?

10:58:21 23   A.    Well, this is an example of a scenario analysis to deal

10:58:25 24   with uncertainty about which of several possible flow paths

10:58:30 25   were believed to be acting for flow-up through the well.

**OFFICIAL TRANSCRIPT**

10:58:33 1          One was through the production casing.  That's the
10:58:36 2  one labeled casing here.  The other was in the annulus, between
10:58:40 3  the production casing and outside of that.  That's referred to
10:58:44 4  as annulus.  There is more resistance to flow in the annulus
10:58:49 5  than there is in the casing itself.
10:58:50 6  Q.    So they are essentially taking three different possible
10:58:52 7  flow paths and modeling all three?
10:58:53 8  A.    The third one, which I failed to mention, is where there
10:58:59 9  is flow-ups in both.
10:59:00 10  Q.    They are taking all three, and they're modeling them and
10:59:02 11  giving results?
10:59:03 12  A.    Yes, that's right.
10:59:04 13  Q.    What are the ranges at 3800-barrel-per-day -- sorry,
10:59:08 14  3800 psi, what are the ranges?
10:59:10 15  A.    Well, the low flow rate is that through the annulus.  It's
10:59:13 16  37,000.  Then, when they look at flow through the production
10:59:17 17  casing, it's 55,000 barrels of oil per day.
10:59:20 18  Q.    Then when it's both?
10:59:21 19  A.    74,000 barrels of oil per day.
10:59:24 20  Q.    Now, Dr. Wilson -- if we could go to D-25019, slide
10:59:36 21  three -- this is your second opinion:  "In the weeks following
10:59:41 22  the blowout, BP's computer models suggested higher well
10:59:45 23  flow rates than those BP reported to the government, the press
10:59:48 24  and the public."
10:59:52 25          Dr. Wilson, is that your opinion?

**OFFICIAL TRANSCRIPT**

10:59:53  1    A.    Yes.

10:59:53  2    Q.    Now, did you help prepare a demonstrative of BP's modeling

10:59:59  3    in the late April and May timeframe, 2010?

11:00:02  4    A.    Yes, I did.

11:00:02  5    Q.    We've put it up on this easel here.  It's D25015C.

11:00:12  6          Dr. Wilson, could you walk us through what this chart

11:00:16  7    here depicts.

11:00:22  8    A.    Well, over this period of time, memorialized through

11:00:25  9    PowerPoint presentations, reports, memos and e-mails, were

11:00:31 10    documentation of simulations, computer simulations using these

11:00:35 11    hydraulic flow models for a number of purposes, to look at

11:00:41 12    pressures and temperatures and flow rate.  All of those

11:00:44 13    simulations produce a flow rate.  Every report -- almost every

11:00:47 14    report I read gave the flow rate for that simulation.

11:00:51 15          So this chart represents all of those simulations

11:00:54 16    done over that period that I assembled for the purposes of this

11:00:59 17    chart.

11:00:59 18    Q.    I'm going to approach.  Dr. Wilson, there is some little

11:01:03 19    diamonds here.  What are these?

11:01:08 20    A.    Those are individual computer simulations.  That is a

11:01:11 21    particular scenario, a particular condition in the well and

11:01:14 22    reservoir.

11:01:14 23    Q.    For example, here, this random diamond sitting right here,

11:01:18 24    which is about April 22nd, is that a single test?

11:01:23 25    A.    That's a single computer run.

11:01:24 1  Q.   That yielded what, a result in what?

11:01:26 2  A.   Looks like 82,000.

11:01:29 3  Q.   When you have a range like this, or a line through a

11:01:33 4  number of diamonds, what does that represent?

11:01:35 5  A.   Well, many of these are scenario analyses, where a variety

11:01:40 6  of things were changed.  We just saw a slide that had six

11:01:43 7  things.  It would consist of a vertical line with six numbers

11:01:47 8  on it that were the six numbers in that table.

11:01:49 9  Q.   I think you said, and just so we're absolutely clear, what

11:01:54 10 documents and reports did you use to populate, to create this

11:01:57 11 chart?

11:01:57 12 A.   It was consistent with e-mails and memos, reports and

11:02:03 13 PowerPoint presentations.  I don't think there is any other

11:02:06 14 category of information used.

11:02:08 15      I may point out that when there is a scenario of

11:02:12 16 quite a few simulations, the individual simulations are shown

11:02:15 17 as separate little diamonds or dots on that vertical line;

11:02:20 18 although, in some cases, for reasons I describe later, I didn't

11:02:25 19 do that.

11:02:25 20 Q.   Now, there are some red lines here.  It's very hard to

11:02:30 21 read, and I apologize to the Court, but one here says

11:02:35 22 5,000 BOPD estimate.  It's right down here.  Why did you put

11:02:39 23 this line?

11:02:39 24 A.   Well, the 5,000 estimate is the one that BP consistently

11:02:43 25 brought forth to the public and press and in reports to the

**OFFICIAL TRANSCRIPT**

11:02:47  1   government.

11:02:47  2   Q.   We'll focus on this a little more later.  Here is a line

11:02:52  3   that says 15,000 BOPD limit, and it goes across here.  Why did

11:02:57  4   you put that line on --

11:02:59  5   A.   Well, that turns out to be critical flow rate that I

11:03:03  6   already mentioned that Ole Rygg found in simulating the dynamic

11:03:10  7   kill portion of the Top Kill, that at a rate of that high or

11:03:15  8   higher, the Top Kill would fail.

11:03:16  9   Q.   I think I walked away too quick because there's a few

11:03:21 10   diamonds here that are actually right on the 5,000 line.  We'll

11:03:26 11   get into this a little more, but if you could explain to the

11:03:30 12   Court what you concluded about those results that were on the

11:03:33 13   5,000 line?

11:03:34 14   A.   Well, some of these simulations are where you take a

11:03:38 15   measured or assumed pressure at two different points and look

11:03:41 16   at the flow between them.  Others were where you would have a

11:03:47 17   target flow rate, what do I have to do to create this?  Given

11:03:49 18   these two pressures, how do I get a certain flow rate?

11:03:51 19        An example would be, then, to change the resistance

11:03:54 20   and size.  Sort of like screwing down an old-fashioned brass

11:03:59 21   nozzle on a garden hose to get the flow rate down to the rate I

11:04:05 22   want, in this case 5,000.

11:04:06 23        So it was a target simulation.  Most of the 5,000

11:04:09 24   simulations here were targeted to be 5,000 by adjusting the

11:04:13 25   resistance in the system.

**OFFICIAL TRANSCRIPT**

11:04:14  1    Q.    So when you saw evidence of adjusting the resistance in

11:04:18  2    the system, did you see any evidence that those adjustments

11:04:22  3    were based on empirical data?

11:04:24  4    A.    No.

11:04:24  5    Q.    Dr. Wilson, there are a number of red dots on the chart

11:04:30  6    here, big fat red dots there.  What do those represent

11:04:35  7    generally?

11:04:37  8    A.    Those represent four of the reports I was just referring

11:04:40  9    to.  These are all reports to the government.

11:04:43 10    Q.    Let's focus for a second, if you would, on the dot of

11:04:50 11    April 28, 2010.

11:04:54 12          First of all, did you review the deposition of

11:04:56 13    Admiral Landry?

11:04:57 14    A.    Yes.

11:04:57 15    Q.    Did you watch it?

11:04:59 16    A.    Yes.

11:04:59 17    Q.    Let's take a look at TREX-92 -- I'm sorry, 9628.1.1.TO.

11:05:06 18          Do you know what this document is?

11:05:09 19    A.    Yes, that's something that she drew in her deposition.

11:05:12 20    Q.    What did it represent?

11:05:15 21    A.    It represented a meeting that she had with Doug Suttles up

11:05:21 22    here on the chart.

11:05:21 23    Q.    Right up here in the UAC box?

11:05:26 24    A.    Yes.

11:05:26 25    Q.    The COO of E&P?

**OFFICIAL TRANSCRIPT**

11:05:29  1    A.    That's correct.

11:05:29  2    Q.    Tell us what happened.

11:05:32  3    A.    Well, she referred to a meeting with him in which he had

11:05:36  4    drawn this diagram -- or this diagram was drawn indicating that

11:05:42  5    BP felt the flow rate was between 1,000 and 5,000 barrels of

11:05:47  6    oil per day, with a best estimate, her words, of 2500.  He drew

11:05:52  7    this after he said he consulted with somebody in Houston.

11:05:54  8    Q.    Okay.  So focusing on April 28, 2010, did you see any

11:06:00  9    evidence in this testing that took place before Doug Suttles

11:06:06 10    told Admiral Landry that the range was between 1,000 to 5,000

11:06:10 11    barrels a day, with 2500 barrels a day being the most likely,

11:06:14 12    did you see any support for that?

11:06:15 13    A.    Well, I think the chart is pretty clear.  These flow rates

11:06:19 14    up until that date are all pretty much higher than that.

11:06:23 15    Almost none are as low or lower.  It was clear that the

11:06:29 16    hydraulic modeling did not support such an estimate.

11:06:32 17    Q.    Dr. Wilson, I'm going to focus you on the next red dot

11:06:38 18    there, which is placed at May 10, 2010.  If we could pull up

11:06:44 19    TREX-9155.1.1.TO.

11:06:50 20          This is an e-mail from Doug Suttles, right up there,

11:06:54 21    to Rear Admiral Landry and Admiral Thad Allen dated May 10,

11:07:01 22    2010.  Do you recognize this document?

11:07:03 23    A.    Yes, I do.

11:07:03 24    Q.    There is an attachment to it, so let's bring that up.

11:07:08 25          91 -- this is sort of a cover e-mail with an

**OFFICIAL TRANSCRIPT**

11:07:11  1    attachment of a letter, so let's bring up that letter.

11:07:13  2    9155.2.1.TO.  This is a letter from Doug Suttles.  What does it

11:07:20  3    say up here?

11:07:21  4    A.    "Contains proprietary information."

11:07:23  5    Q.    Now, is well data typically proprietary?

11:07:29  6    A.    Yes.

11:07:30  7    Q.    If you could read the "re" line, what does it say there?

11:07:35  8    A.    "MC 252 Response -- United States Coast Guard Request for

11:07:43  9    Proprietary Information Regarding Potential Productive Capacity

11:07:47 10    of the Maconda Well."

11:07:48 11    Q.    Obviously, they mean to write Macondo.

11:07:48 12    A.    Yes.

11:07:51 13    Q.    But what do you understand potential productive capacity

11:07:54 14    to mean?

11:07:54 15    A.    Well, they are asking for flow rates.

11:07:59 16    Q.    Let's take a look at the interior of this letter,

11:08:04 17    TREX-9155.3.1.TO, and focus on the first paragraph.

11:08:11 18             "If the well continues to flow at its currently

11:08:13 19    estimated rate of 5,000 barrels per day."  Did you see, by

11:08:19 20    May 10, Dr. Wilson, which is right here on this chart, by

11:08:25 21    May 10, did you see evidence from BP's flow rate modeling that

11:08:31 22    the current estimate was 5,000 barrels per day?

11:08:36 23    A.    Well, once again, if you look at the various scenarios

11:08:39 24    simulated back in here in the period before that, the

11:08:45 25    significant majority of them are higher than 5,000.  There is

OFFICIAL TRANSCRIPT

11:08:49 1    no support for the best estimate of 5,000 in this memo.

11:08:52 2    Q.    Let's go on in this memo.  "The estimated unrestricted

11:08:59 3    full-stream capacity of the well is approximately

11:09:02 4    55,000 barrels per detail."

11:09:03 5            Let's just show where that is.  I'm sorry about

11:09:05 6    the -- I should have probably made these a little bigger.

11:09:09 7    55,000 barrels per day, I think, is right about here.

11:09:12 8    A.    That's correct.

11:09:12 9    Q.    Now, did you see evidence in BP's hydraulic modeling

11:09:17 10   related to the flow rate that supported the contention that BP

11:09:20 11   was giving to the United States Government that the worst case

11:09:26 12   discharge was 55,000 barrels per day?

11:09:29 13   A.    Well, I think you can see on the chart that a large number

11:09:32 14   of simulations in the period before this letter or memo came

11:09:37 15   out are better than 55,000, so they are up in here, as well as

11:09:41 16   some below 55,000.

11:09:43 17           So it's certainly not, according to their hydraulic

11:09:47 18   modeling, extremely rare and representing theoretical downside.

11:09:50 19   Q.    You just read something out of the text of this letter

11:09:54 20   here.  It says, "This would be extremely rare and represents a

11:09:59 21   theoretical downside."

11:10:00 22           Is the 55,000-barrel-a-day estimate that's contained

11:10:04 23   in this representation to the United States Government, is it

11:10:07 24   extremely rare in the modeling?

11:10:09 25   A.    Not in the modeling.

**OFFICIAL TRANSCRIPT**

11:10:10 1   Q.   Now, let's go to the chart which is also attached to this

11:10:19 2   letter.  It's at TREX-9155.4.1.TO.

11:10:24 3            Do you recognize this chart?

11:10:25 4   A.   Yes.  This was attached to that letter and e-mail.

11:10:29 5   Q.   Could you describe for us what this chart depicts.

11:10:33 6   A.   This is a PowerPoint slide of a plot of production in

11:10:41 7   barrels of oil per day versus time following the accident.  It

11:10:46 8   has two results on it.  Each one represents the depletion of

11:10:51 9   the reservoir.  As oil is produced, pressures drop and

11:10:55 10  flow rates drop.

11:10:56 11           It does it for two different cases, one starting at

11:10:59 12  what I believe to be 55,000 barrels of oil per day, and the

11:11:02 13  other starting at 5,000 barrels of oil per day.

11:11:05 14  Q.   Focusing for a second on the one that starts at

11:11:08 15  5,000 barrels per day, what does BP entitle this estimate?

11:11:13 16  A.   They call it a most likely model.

11:11:14 17  Q.   Does it purport to rely on actual reservoir conditions?

11:11:18 18  A.   Yes, it does.

11:11:19 19  Q.   Now, with respect to the red line here, how does BP choose

11:11:23 20  to identify this case?

11:11:26 21  A.   They identify this in the slide as worst case model.

11:11:29 22  Q.   Again, do they purport to base this representation on,

11:11:34 23  quote, unquote, actual reservoir conditions?

11:11:36 24  A.   Yes.  They did.

11:11:37 25  Q.   In your review of all of these charts, did you have an

**OFFICIAL TRANSCRIPT**

11:11:45 1  opportunity to see how this chart was created?  Did you look at

11:11:48 2  some metadata, other things?

11:11:50 3  A.    Yes.

11:11:50 4  Q.    So let's take a look at TREX-1 -- sorry, 9157.1.1.TO.

11:12:07 5  This is an e-mail from Kelly McAughan to Jasper Peijs and

11:12:14 6  others.  Kelly McAughan is somewhere down here.

11:12:17 7  A.    She's right there.

11:12:18 8  Q.    Right there.  She sends this e-mail to Jasper Peijs.

11:12:28 9        She says, "Here are the plots that were discussed,"

11:12:28 10 WCD plots.  What did you understand WCD plots to mean?

11:12:32 11 A.    These are plots of worst case discharge, which I don't

11:12:36 12 think we've defined yet.

11:12:40 13 Q.    Let's bring up the next e-mail in the chain.  It's at

11:12:45 14 9157.1.2.TO.  What does Mr. Peijs say about the modeling that

11:12:51 15 he's received from Kelly McAughan?

11:12:53 16 A.    Writing to her, he says, "Both Tony and Andy have seen it

11:12:57 17 and are impressed with the fast turn-around.  This is exactly

11:13:00 18 what they asked for.  This information is sensitive, please do

11:13:03 19 not forward."

11:13:04 20 Q.    So she sends an e-mail -- I'm sorry, Jasper Peijs says

11:13:09 21 both Andy and Tony are satisfied --

11:13:12 22 A.    Right.

11:13:13 23 Q.    -- and please do not forward this -- or do not pass it

11:13:15 24 around.  What does he say?  Do not forward.

11:13:26 25       Let's pull up the chart she attached, which is at

**OFFICIAL TRANSCRIPT**

11:13:30 1    TREX-9157.2.1.TO.

11:13:34 2            Dr. Wilson, was this chart attached to the e-mail?

11:13:39 3    A.    Yes.

11:13:40 4    Q.    What does this depict?

11:13:44 5    A.    This is an Excel spreadsheet chart showing production

11:13:49 6    through the Macondo Well versus time for six different

11:13:53 7    scenarios, each one starting out at a different initial

11:13:56 8    flow rate and then changing over time as the reservoir is

11:14:01 9    depleted, from the time of the accident into August, with the

11:14:04 10   right-hand column annotating what each of the plots represent

11:14:07 11   in terms of reservoir or other conditions, plus input

11:14:10 12   assumptions at the bottom give universal numbers used in all of

11:14:15 13   the simulations.

11:14:15 14   Q.    All right.  So up here you have some input assumptions.

11:14:18 15   Some of these might be proprietary data?

11:14:20 16   A.    Some of those might be proprietary data, yes.

11:14:23 17   Q.    These boxes here, you have the various assumptions to

11:14:26 18   generate these models?

11:14:27 19   A.    That's correct.

11:14:28 20   Q.    What do they range from in numbers?  From the top -- you

11:14:31 21   don't have to read them all, but just from the top to the

11:14:33 22   bottom?

11:14:34 23   A.    Well, the top one starts out at 162,000 barrels of oil per

11:14:38 24   day.

11:14:38 25   Q.    The bottom?

**OFFICIAL TRANSCRIPT**

11:14:39 1    A.    At 5,000 barrels of oil per day.

11:14:41 2    Q.    So the very bottom one is 5,000 barrels a day.

11:14:44 3          Does it say anywhere on this chart most likely model?

11:14:48 4    A.    No.  It doesn't say anywhere.

11:14:50 5    Q.    What's the worst case discharge on this particular model?

11:14:54 6    A.    162,000, with 110,000 being the next worst.

11:14:58 7    Q.    Dr. Wilson, we're going to keep our eye on this chart

11:15:02 8    because it's going to change a little.

11:15:04 9          Let's pull up TREX-9330.1.1.

11:15:09 10         Here we have an e-mail Kelly McAughan to

11:15:13 11   Jasper Peijs, again.  If you could just read the entire e-mail.

11:15:17 12   A.    Yes, Kelly ran two more simulations.  She writes, "Ran the

11:15:22 13   new cases and put them in a graph with the other 6 (total of

11:15:26 14   8 cases now).  I attached the Excel file as well so you can

11:15:32 15   edit freely.  Let me know if there is anything else!"

11:15:35 16   Q.    Now, in your review of this document and other documents,

11:15:38 17   did you see evidence that the chart that Kelly McAughan sent to

11:15:44 18   Jasper Peijs was, in fact, edited freely?

11:15:48 19   A.    Yes, I did.

11:15:49 20   Q.    Did you help prepare a demonstrative to explain what you

11:15:53 21   observed?

11:15:53 22   A.    Yes.

11:15:53 23   Q.    Let's pull up TREX- 25011A.

11:15:56 24         If you could help -- using this demonstrative, help

11:15:59 25   walk us through what you discovered.

**OFFICIAL TRANSCRIPT**

11:16:04  1    A.    Well, the chart on the right is the one we saw attached in

11:16:12  2    that report sent to Admiral Landry and others.  The chart on

11:16:16  3    the left is the new chart with eight different scenarios on it

11:16:23  4    sent by Kelly McAughan up the line to Jasper Peijs.

11:16:29  5          It's essentially the same chart we looked at a few

11:16:32  6    minutes ago with two more simulations on it.

11:16:33  7    Q.    Did they proceed to edit?

11:16:37  8    A.    Yes.  Jasper Peijs took the file, edited it in Excel to

11:16:47  9    change scales and to eliminate some of the simulations, leaving

11:16:51 10    only two, one for 5,000 barrels of oil per day and another for

11:16:55 11    55, with a vertical scale now fixed so 55 sort of fills it up.

11:17:02 12          He then imported it into a PowerPoint -- actually, it

11:17:06 13    was in PowerPoint.  He edited it in PowerPoint and then added

11:17:11 14    some annotations that we saw on the final slide shown here,

11:17:13 15    such as the two boxes with most likely model at the bottom and

11:17:17 16    worst case model at the top.

11:17:20 17    Q.    Now, in the preparation of this demonstrative to explain

11:17:23 18    how this chart was edited, did you have the opportunity to

11:17:29 19    review the Excel files at issue that were actually edited?

11:17:33 20    A.    Yes, I did.

11:17:34 21    Q.    I'm going to ask you to take a look at TREX-11906.  I

11:17:41 22    provided a copy to counsel.

11:17:42 23          Do you recognize that exhibit?

11:17:43 24    A.    Yes, I do.

11:17:44 25    Q.    Is that the document you used to help generate this chart?

**OFFICIAL TRANSCRIPT**

11:17:47  1    A.    Yes.

11:17:47  2    Q.    Dr. Wilson, let's now move to the next dot on this chart,

11:18:00  3    which is dated May 19th.  It's another big red dot.

11:18:08  4            And let's pull up TREX-3218.1.1.TO.  This is an

11:18:14  5    e-mail from Doug Suttles to Admiral Landry and Admiral Allen on

11:18:19  6    May 19th.

11:18:19  7            Do you recognize this e-mail?

11:18:20  8    A.    Yes, I do.

11:18:21  9    Q.    And let's pull up one of the things that -- well, first of

11:18:24 10    all, it says, "Attached below is our most recent work on

11:18:27 11    flow rate estimation."

11:18:28 12            We'll get back to that phrase in a second, but first

11:18:32 13    let's take a look at an attachment.  Let's take a look at

11:18:36 14    3218.15.1.TO.

11:18:38 15            Are you familiar with this chart as part of the

11:18:42 16    package that was sent to Admiral Landry and Admiral Allen?

11:18:45 17    A.    Yes, I am.

11:18:46 18    Q.    And there is an oil and water estimate.  And the best

11:18:49 19    guess is how much?

11:18:51 20    A.    5,700 barrels of oil per day.

11:18:53 21    Q.    And this is really hard to read, but what's the date on

11:18:57 22    this?

11:18:57 23    A.    The 17th of May, 2010.

11:18:59 24            MS. KARIS:  Your Honor, I'm going to object to beyond

11:19:03 25    the scope.  Dr. Wilson, in his report and his deposition and I

11:19:06  1    think even in his qualifications, established that he looked at

11:19:10  2    hydraulic modeling.  This is not based on hydraulic modeling.

11:19:15  3    This is based on surface expression work, which as Mr. Barr

11:19:19  4    said in his opening, is unrelated and unreliable for purposes

11:19:23  5    of estimating flow.

11:19:24  6            Dr. Wilson has not considered surface expression

11:19:27  7    work and said he isn't qualified to do surface expression work,

11:19:31  8    so this is beyond the scope.

11:19:33  9         MR. LI:  Your Honor, we're just presenting what they

11:19:36 10    gave to the government.  I'm not asking any more questions

11:19:38 11    about it.

11:19:38 12            THE COURT:  About this?

11:19:40 13            MR. LI:  Yeah.  I'm moving on.

11:19:41 14            THE COURT:  All right.  Let's move on.

11:19:45 15    EXAMINATION BY MR. LI:

11:19:45 16    Q.   Let's go back to opening slide, which is TREX-3218.1.1.TO.

11:20:03 17    And it says, "Attached below is our most recent work on

11:20:07 18    flow rate estimation."

11:20:09 19            Have you reviewed, Dr. Wilson, this whole letter?

11:20:11 20    A.   Yes, and the two attachments.

11:20:15 21    Q.   How many pages are we talking about?

11:20:18 22    A.   Eleven pages of attachments.

11:20:19 23    Q.   And one page of an e-mail?

11:20:20 24    A.   And one page of the e-mail, yes.

11:20:22 25    Q.   So based on your review of the hydraulic flow rate

**OFFICIAL TRANSCRIPT**

11:20:26 1    modeling that BP did prior to May 19, 2010, did this contain

11:20:31 2    all of BP's most recent work on flow rate?

11:20:36 3    A.    It contained very little, if any, of BP's most recent work

11:20:40 4    on flow rate using hydraulic models.

11:20:43 5    Q.    Let's take a look at TREX-9156.1.1.TO.

11:20:50 6          This is an e-mail dated May 11th from Mike Mason to a

11:20:53 7    number of people.  And the body of the e-mail says, "All,

11:20:58 8    Jasper's feedback, after reviewing with Andy Inglis" -- up here

11:21:02 9    (indicating) -- "is very positive."

11:21:03 10         Did you review this document?

11:21:06 11   A.    Yes.

11:21:07 12   Q.    Who is Mr. Mason?

11:21:09 13   A.    He's the leader of this group marked on the diagram.

11:21:13 14   You're pointing to it.  The label on the diagram is petroleum

11:21:18 15   engineers, but a group of people doing production engineering.

11:21:21 16   Q.    And he's reporting communications with Andy Inglis?

11:21:25 17   A.    That's correct.

11:21:29 18   Q.    Let's pull up from TREX-9156.5.1.TO.  This is an

11:21:34 19   attachment to Mr. Mason's e-mail.

11:21:38 20         And what do we see here, Dr. Wilson?

11:21:41 21   A.    This is one of several attachments looking over a suite of

11:21:45 22   scenarios examining what flow would be like under different

11:21:48 23   conditions in the reservoir and in the well.

11:21:51 24   Q.    And this is, in fact, hydraulic modeling, is it not?

11:21:55 25   A.    This is hydraulic modeling using the new pressure

**OFFICIAL TRANSCRIPT**

11:21:59  1    measurement at the bottom of the well, BOP of 3800 psi.

11:22:02  2    Q.    Is this the typical kind of modeling you would see

11:22:07  3    reservoir engineers do?

11:22:08  4    A.    In this kind of -- well, this is the typical kind of

11:22:12  5    modeling you see in the presence of some uncertainty about flow

11:22:15  6    path and the like, and so there are a suite of scenarios here

11:22:19  7    to deal with that uncertainty.

11:22:21  8          So the answer is yes, it's a typical kind of result

11:22:24  9    you would expect for this kind of analysis.

11:22:25  10   Q.    So Mr. Mason from the petroleum engineering group creates

11:22:28  11   this model.  What are the ranges here?

11:22:31  12   A.    Well, for the upper diagram, they go from 21 to

11:22:35  13   82,000 barrels of oil per day, and that's with the new pressure

11:22:39  14   measurement at the bottom of the BOP of 3800 psi.

11:22:41  15         And the bottom figure -- the bottom table is 24 to

11:22:47  16   96,000 barrels of oil per day.  And that's with the BOP

11:22:51  17   removed.

11:22:51  18   Q.    Were these flow rates -- was this particular document

11:22:54  19   provided to the government on that May 19th?

11:22:57  20   A.    This document was not provided to the government.

11:22:59  21   Q.    Let's take a look at TREX-9156.12.1.TO.

11:23:06  22         This is a FAQ, or a frequently asked question, slide

11:23:11  23   from that package.

11:23:12  24         If you could just read this for us and tell us what

11:23:14  25   you understand it to mean.

**OFFICIAL TRANSCRIPT**

11:23:15 1    A.   Well, this is self-asked questions, frequently asked

11:23:20 2    questions by the modelers who put the package together.

11:23:23 3         And he says:  "What gives you confidence in your

11:23:25 4    understanding of the data?"

11:23:27 5         "We know:  The pressure below the BOP."  That's the

11:23:30 6    3800 psi thing.

11:23:31 7         "We know:  Something about the reservoir.  The

11:23:34 8    properties, the fluid characteristics, the pressure of the

11:23:37 9    reservoir and depths."

11:23:38 10        "We know:  Something about the current state of the

11:23:40 11   BOP.  And geometries in the well."  The various flow paths.

11:23:45 12        And, "With this data we can anticipate the expected

11:23:48 13   range of rates."

11:23:48 14   Q.   What did you understand Mr. Mason to be saying in this

11:23:53 15   slide pack?

11:23:54 16   A.   That we're doing scenario analysis to look at the range of

11:23:59 17   flow rates that is likely to encompass the actual flow rate at

11:24:02 18   the well.

11:24:02 19   Q.   Now, Dr. Ballard says that there is no confidence in these

11:24:07 20   rates because the inputs were too uncertain.

11:24:11 21        Do you agree with him?

11:24:11 22   A.   No.

11:24:12 23   Q.   From your review of the documents, did it appear that BP

11:24:15 24   engineers at the time had confidence in their understanding of

11:24:20 25   the well?

**OFFICIAL TRANSCRIPT**

11:24:20  1    A.    Yes.

11:24:23  2          MS. KARIS:  I object to form, Your Honor, and this is

11:24:25  3    part of the basis for our *Daubert* motion as well.  Dr. Wilson

11:24:30  4    is not qualified to speak to what BP engineers believed.

11:24:33  5    That's speaking as to their state of mind.

11:24:37  6          THE COURT:  I'll sustain the objection.

11:24:39  7    EXAMINATION BY MR. LI:

11:24:40  8    Q.    Dr. Wilson, if we could move on to a topic that we

11:24:43  9    discussed earlier, which you called *targeted rates*.  What did

11:24:47 10    you mean by that?

11:24:48 11    A.    That's where you describe a flow rate as a target and then

11:24:52 12    adjust resistances in the system to get flow to meet that rate.

11:24:57 13    Q.    Let's take a look at TREX-9156.8.1.TO.  This is from that

11:25:04 14    same slide pack.

11:25:07 15          "The case for 5,000 bopd at 3800 psi."

11:25:13 16          What is this?

11:25:15 17    A.    This is a targeted flow rate calculation done as part of

11:25:18 18    this package.  5,000 didn't pop up in the kind of scenarios we

11:25:23 19    looked at a minute ago in the analysis done by this group.

11:25:27 20          So they targeted 5,000 and looked at what conditions

11:25:29 21    could be used to create a rate of 5,000 barrels of oil per day.

11:25:34 22    Q.    How would you have characterize these various

11:25:38 23    restrictions?

11:25:38 24    A.    Well, the permeability of 170 -- and permeability refers

11:25:43 25    to the resistance to flow in the reservoir.  The permeability

**OFFICIAL TRANSCRIPT**

11:25:49  1    of 170 is the lowest that this package used.

11:25:53  2    Q.   What about reservoir?

11:25:54  3    A.   The reservoir thickness of 10 feet is the lowest, I

11:25:59  4    believe the lowest used in the package.  Much lower than in the

11:26:02  5    previous slide or other slides in the package, which were

11:26:05  6    88 feet and 44 feet.

11:26:06  7    Q.   Now --

11:26:09  8    A.   I'm --

11:26:09  9    Q.   I'm sorry.  In the interest of time, you reviewed this

11:26:12 10    entire package?

11:26:13 11    A.   Yes.

11:26:13 12    Q.   What was the lowest flow rate estimate in this entire

11:26:17 13    package?

11:26:18 14    A.   5,000 barrels of oil per day.

11:26:20 15    Q.   Now, with this 5,000 barrel per day figure in mind,

11:26:28 16    Dr. Wilson, did you ever see any -- did you ever see Mike Mason

11:26:32 17    from the reservoir engineers expressing doubts or writing

11:26:37 18    e-mails about making the case of 5,000 barrels of oil per day?

11:26:40 19    A.   Yes.

11:26:41 20    Q.   Let's pull up TREX-3220.1.1.  This is an e-mail from

11:26:50 21    Mike Mason to Andy Inglis, up there (indicating).  And what

11:26:56 22    does he say, if you could just read the highlighted portion?

11:27:00 23    A.   He says, "We should be very cautious standing behind a

11:27:05 24    5,000 barrels of oil per day figure as our modeling shows that

11:27:10 25    this well could be making anything up to approximately 100,000

**OFFICIAL TRANSCRIPT**

11:27:14  1    barrels of oil per day."

11:27:14  2    Q.    And if you can read the last sentence.

11:27:18  3    A.    "We can make the case for 5,000 barrels of oil per day

11:27:21  4    only based on certain assumptions and in the absence of other

11:27:26  5    information, such as a well test."

11:27:27  6    Q.    Now, Dr. Wilson, I'm going to take you out of the context

11:27:32  7    of this oil spill for a second and just put you in your office

11:27:35  8    in New Mexico.  You get a call from a colleague who says:

11:27:39  9    John, this figure we have been using doesn't sound very good.

11:27:44 10    We have been modeling things that could show up to 20 times

11:27:47 11    higher.

11:27:48 12           You as a professor, what do you do?

11:27:52 13           MS. KARIS:  Your Honor, this is beyond the scope of

11:27:55 14    Dr. Wilson's opinion.  He specifically said he has not done

11:27:59 15    anything to assess what he would have done, what was

11:28:01 16    reasonable.  He strictly looked at what BP's engineers were

11:28:04 17    doing and not communicating his opinion.

11:28:09 18           THE COURT:  I don't believe this is in his report, is

11:28:11 19    it?

11:28:12 20           MR. LI:  Not this exact phrase.

11:28:14 21           THE COURT:  I sustain the objection.

11:28:16 22           MS. KARIS:  Thank you.

11:28:17 23    EXAMINATION BY MR. LI:

11:28:17 24    Q.    Dr. Wilson, what happened next after Mr. Mason sent this

11:28:22 25    e-mail?

**OFFICIAL TRANSCRIPT**

11:28:22  1   A.   He got a phone call or an e-mail back from Jasper Peijs,

11:28:27  2   the executive assistant to Andy Inglis as listed on the board,

11:28:32  3   asking him to talk to him.  And this was done on a Saturday.  I

11:28:36  4   think Mike Mason's e-mail was on a Saturday.  The reply was on

11:28:40  5   a Saturday.  The meeting was on a Saturday.

11:28:41  6        And he went to see Jasper Peijs and had a

11:28:46  7   conversation about this.  And he was asked not to put this kind

11:28:50  8   of thing in writing.  And he asked sort of, what do you mean by

11:28:54  9   that?  And he got the feeling, pretty clear feeling that it was

11:28:59 10   the big number, that the idea of putting down the 100,000

11:29:04 11   barrel of oil per day number in this e-mail was what was

11:29:07 12   upsetting to the executive assistant.

11:29:09 13   Q.   Dr. Wilson, your report discusses an apparent effort to

11:29:13 14   conceal flow rate estimates at BP.  In your review of the BP's

11:29:17 15   flow rate modeling documents, did you see other examples of BP

11:29:20 16   making an apparent effort to conceal flow rate estimates?

11:29:23 17   A.   Yes.  Both internally and externally.

11:29:25 18   Q.   Is that good engineering practice?

11:29:28 19   A.   No, it's not.

11:29:29 20   Q.   Let's take a look at TREX-9475.3.1.TO.

11:29:35 21        This is an e-mail from Richard Lynch, who is up here

11:29:37 22   in the executive range, to Adam Ballard, the forthcoming BP

11:29:44 23   expert.

11:29:46 24        And what does he tell -- what is in this e-mail?

11:29:50 25   A.   Well, he says, "We remain in a position where no flow

**OFFICIAL TRANSCRIPT**

11:29:55 1    related information can be released internally or externally."

11:30:01 2    Q.   Can not releasing flow rates internally or externally

11:30:08 3    produce bad results?

11:30:11 4    A.   Well, in the course of normal business, I -- it would be

11:30:15 5    dependent on the management.

11:30:17 6         In the course of an accident investigation like this

11:30:19 7    where you're trying to marshal all sorts of resources to figure

11:30:22 8    out what's going on, I think hiding information is not a good

11:30:26 9    idea.

11:30:27 10        MS. KARIS:   Your Honor, we move to strike.

11:30:29 11        Again, Dr. Wilson has said he hasn't look at how

11:30:32 12   source control decisions were made.  He hasn't looked at what

11:30:35 13   the government had, what the government relied on, or how the

11:30:38 14   government made its decisions.  So what information would or

11:30:40 15   wouldn't be valid is beyond the scope.

11:30:42 16        THE COURT:   I overrule the objection, go ahead.

11:30:42 17   EXAMINATION BY MR. LI:

11:30:46 18   Q.   Dr. Wilson, let's take a look at TREX-9474.1.2.  This is

11:30:52 19   an e-mail from Farah Saidi.  She writes to Trevor Hill, who is

11:30:59 20   on this chart right there, "Since the rates are confidential

11:31:03 21   and I was told by Mike Brown not to write anything about it, he

11:31:06 22   advises to call Paul Tooms."

11:31:08 23        Is this one of the e-mails you reviewed in reaching

11:31:10 24   your conclusion that there was evidence that BP attempted to

11:31:14 25   conceal the flow rate?

**OFFICIAL TRANSCRIPT**

11:31:17 1    A.    Yes, this is one of the things that I talked about in

11:31:19 2    limited communication within and without BP regarding

11:31:23 3    flow rates.

11:31:23 4    Q.    In your review of the documents and testimony, including

11:31:26 5    Admiral Allen's testimony, did you see any evidence that BP at

11:31:31 6    the time told the government that they were conceal -- that

11:31:34 7    they were keeping flow rate information confidential?

11:31:36 8    A.    No, they never expressed that opinion to any of the

11:31:39 9    government folks that I could see, at least not the decision

11:31:43 10   makers.

11:31:44 11   Q.    Let's take a look at --

11:31:45 12        MR. LI:  Just so the record is clear, "at least not the

11:31:48 13   decision makers," is what he said.

11:31:50 14   EXAMINATION BY MR. LI:

11:31:50 15   Q.    Let's take a look at TREX-9164.1.1.TO.  This is an e-mail

11:31:57 16   from Paul Tooms to a number of folks.  It says, "The purpose of

11:32:03 17   this note was meant to put a limit on the people outside the

11:32:08 18   circle of trust getting the data."

11:32:10 19        In light of this e-mail, did you see evidence that

11:32:14 20   government officials were in or outside of the circle of trust?

11:32:17 21   A.    They were out.

11:32:18 22   Q.    Now, you've worked with the government before, have you

11:32:21 23   not?

11:32:21 24   A.    Yes.

11:32:21 25   Q.    Is it a good engineering practice to keep information from

**OFFICIAL TRANSCRIPT**

11:32:24 1   the government?

11:32:26 2          MS. KARIS:  Your Honor, objection.  Again, it's beyond

11:32:28 3   the scope.

11:32:29 4          MR. LI:  I'll move on, Your Honor.

11:32:30 5          THE COURT:  Okay.

11:32:32 6   EXAMINATION BY MR. LI:

11:32:32 7   Q.   Are you familiar with the deposition of Marcia McNutt?

11:32:35 8   A.   Yes.

11:32:36 9   Q.   What did she say about the circle of trust?

11:32:39 10  A.   "I guess I'm not in the circle of trust."

11:32:41 11  Q.   I want to return to the bar chart here, D25015.  Let's

11:32:59 12  look at the last red dot there that's dated May 24th.  Let's

11:33:06 13  pull up TREX-1651.1.1.TO.

11:33:11 14          This is a letter that BP sent to Congressman Markey.

11:33:17 15  I'm going to go very quickly.

11:33:20 16          Dr. Wilson, are you aware that this letter forms the

11:33:23 17  basis of BP's guilty plea?

11:33:26 18  A.   Yes.

11:33:26 19  Q.   If we could the pull up TREX-52673.17.3, this is from BP's

11:33:35 20  factual allocution in their guilty plea.  Did you review this

11:33:41 21  in forming part of your opinion?

11:33:42 22  A.   Yes.

11:33:42 23  Q.   So it says, "BP falsely suggested in it's May 24th letter

11:33:47 24  that the Unified Command's flow rate estimate of 5,000 barrels

11:33:53 25  of oil per day was the most scientifically informed judgment."

**OFFICIAL TRANSCRIPT**

11:33:55  1          I'm just going to stop right there.  Based on your

11:33:58  2     review of all the evidence in the case, do you agree or

11:34:02  3     disagree with that statement?

11:34:07  4          MS. KARIS:  Your Honor --

11:34:09  5          MR. LI:  Let me rephrase that.

11:34:10  6          THE COURT:  I sustain that objection.

11:34:11  7          MS. KARIS:  Thank you.

11:34:12  8          THE COURT:  I assume that was an objection.

11:34:14  9          MS. KARIS:  Yes.

11:34:15 10          MR. LI:  It was well stated.  I heard it loud and

11:34:19 11     clear.

11:34:21 12          MS. KARIS:  Sometimes the best objections are silent.

11:34:24 13          MR. LI:  Well, it was a good one.

11:34:26 14     EXAMINATION BY MR. LI:

11:34:26 15     Q.   Let me just rephrase the question.  Based on your review

11:34:29 16     of the documents, was 5,000 barrels per day the most

11:34:32 17     scientifically informed judgment of flow rate?

11:34:35 18     A.   No, it was not.  You can see many computer simulations

11:34:39 19     higher than that appear.

11:34:41 20     Q.   I would like to turn to your third opinion.  Let's pull up

11:34:46 21     D-25019, slide four.  Thank you.

11:34:51 22          "BP knew or should have known from its modeling

11:34:53 23     efforts that the Top Kill was very likely to fail because the

11:34:56 24     well flow rate exceeded a 15,000-barrels-per-day threshold

11:35:02 25     rate."

**OFFICIAL TRANSCRIPT**

11:35:02  1          Now, another witness will testify about Top Kill and

11:35:06  2  what it involves, so we're not going to go into depth on this,

11:35:10  3  but if you could just explain very briefly what Top Kill is?

11:35:14  4  A.   Top Kill consisted of two stages.  One was to inject mud

11:35:18  5  at the wellhead through the bottom of the BOP, down the

11:35:24  6  wellbore, and have weight and rate of mud be sufficient to

11:35:30  7  overcome the momentum of the well due to the up-flowing

11:35:33  8  hydrocarbon.

11:35:33  9          The second stage was to also inject obstacles, junk,

11:35:40 10  in a junk shot into the well to catch in various bits and

11:35:44 11  pieces in the BOP, and therefore allow a greater probability

11:35:48 12  that mud would go down and arrest the well, rather than come

11:35:51 13  up.

11:35:51 14  Q.   Let's just keep those two things separate for a second.

11:35:54 15          So we've got the dynamic kill or a momentum kill, and

11:35:57 16  we have a junk shot.  Did you see any testing in your review of

11:36:02 17  the evidence at all, any BP modeling at all about the junk

11:36:02 18  shot?

11:36:06 19  A.   There was no modeling of the junk shot.

11:36:07 20  Q.   Did you see testing relating -- or documents relating to

11:36:12 21  testing for the dynamic kill?

11:36:14 22  A.   There was hydraulic modeling of the dynamic kill.

11:36:18 23  Q.   Is the dynamic kill dependent on flow rate?

11:36:22 24  A.   Yes.

11:36:22 25  Q.   Why is that?

**OFFICIAL TRANSCRIPT**

11:36:25 1   A.   Well, one name is momentum kill.  If you know anything

11:36:29 2   about momentum, it has to do with velocity, and velocity has to

11:36:33 3   do with flow rates.  So the memorandum kill is very much

11:36:37 4   dependent on flow rates.

11:36:38 5   Q.   So you need enough momentum to fight the other momentum to

11:36:42 6   win?

11:36:42 7   A.   You need enough force to overcome the momentum of the

11:36:45 8   upward flowing well.

11:36:46 9   Q.   Is the viability of the junk shot, is there any impact of

11:36:52 10  flow rate on the viability of junk shot?

11:36:56 11  A.   Well, in an indirect sense in that there are -- it's a

11:37:02 12  higher flow rate.  It's more likely that there are fewer

11:37:03 13  obstructions or bigger openings in the BOP, less for the junk

11:37:08 14  to catch on, so a higher flow rate would suggest a lower

11:37:13 15  probability that the junk shot would succeed.

11:37:14 16  Q.   What modeling did you see about the momentum or dynamic

11:37:18 17  kill?

11:37:23 18  A.   Ole Rygg of Add Energy did modeling of the momentum kill.

11:37:26 19  There was some earlier modeling, but that was modeling at the

11:37:31 20  time of the design, and it was the modeling relied on BP and

11:37:33 21  others for making a decision about the momentum kill.

11:37:35 22  Q.   What did Ole Rygg determine?

11:37:38 23  A.   He determined that if the flow rate was as high as

11:37:42 24  15,000 barrels of oil per day, then it would not succeed.  That

11:37:47 25  you simply couldn't overcome the upward momentum of the well.

**OFFICIAL TRANSCRIPT**

11:37:51 1   Q.   Let's take a look at TREX-9132.2.1.  Are you familiar with

11:37:56 2   this document?

11:37:57 3   A.   Yes, I am.

11:37:58 4   Q.   I'm going to skip ahead and just take at a look here.

11:38:02 5   "Knowledge of the flow rate is needed to form a view of the

11:38:05 6   probability of success, as is knowledge of the position of flow

11:38:14 7   restrictions."  Do you agree or disagree with that statement?

11:38:16 8   A.   Oh, I agree.

11:38:17 9   Q.   Then what is this?  If you could just read this, please.

11:38:21 10  A.   This next is one of five bullets:  "Modeling indicates

11:38:26 11  that a dynamic kill cannot be successfully executed if the oil

11:38:30 12  flow rate is 15,000 barrels of oil per day."

11:38:33 13  Q.   Now, there's a number of e-mail exchanges about the

11:38:42 14  Top Kill.  I'm going to ask you to look at 9250.2.2.TO.

11:38:51 15        If you could just focus on -- let's set the stage a

11:38:56 16  little for the Court.  There is a wellhead pressure drop of

11:38:58 17  about 700 psi, correct?

11:39:00 18  A.   At the pressure transducer below the BOP, the pressure had

11:39:05 19  changed and dropped.

11:39:05 20  Q.   What does Ole Rygg say about one of the possibilities for

11:39:11 21  what would account for that pressure drop?

11:39:13 22  A.   He -- I'll paraphrase it first.  He's suggesting that if

11:39:15 23  the pressure drops, it's because there's less resistance to

11:39:20 24  flow.  He puts it this way:  "This means a large hole in the

11:39:23 25  BOP stack has less chance of ever being able to do a dynamic

**OFFICIAL TRANSCRIPT**

11:39:31  1    Top Kill, since the required rate through the stack to achieve

11:39:33  2    the required pressure drop is too high."

11:39:35  3    Q.    Then what he is saying next?

11:39:38  4    A.    "Be aware that we are working on the 5,000 barrel of oil

11:39:42  5    per day case.  That could be too optimistic."

11:39:45  6    Q.    Let's take a look at TREX-9250.1.2.  This is part of the

11:39:51  7    chain in the e-mail.  Let's read the first paragraph.  "The

11:39:56  8    apparent reliance in Ole's e-mail on the 5,000 barrels per day

11:40:02  9    number, which has little if no origin, is concerning.  From all

11:40:05 10    the different ways we have looked at flow rate, 5,000 barrels

11:40:08 11    per day would appear to err on the low side."

11:40:11 12            Now, Dr. Wilson, from all of the evidence you

11:40:14 13    reviewed, do you agree or disagree with Mr. Lockett, a BP

11:40:18 14    engineer, would you agree or disagree with his statement?

11:40:21 15    A.    Well, if you look at hydraulic modeling, which is what

11:40:25 16    Tim Lockett does, at the date preceding the time of this note,

11:40:30 17    the significant majority of those computer simulations are

11:40:34 18    greater than 5,000 barrels of oil per day.

11:40:36 19    Q.    Then a second phrase here, "Maybe I'm being pessimistic,

11:40:40 20    but my first thought when I heard of this fall in pressure

11:40:45 21    upstream of the BOP is that this is bad news rather than good.

11:40:47 22    My thought would go to reduced restrictions within the BOP."

11:40:50 23            Do you agree or disagree with that as at least one

11:40:53 24    possibility?

11:40:55 25    A.    Yes, I would agree with that.

                            **OFFICIAL TRANSCRIPT**

11:40:56   1    Q.    Now, Dr. Wilson, in your review of the flow rate modeling

11:41:02   2    that BP had done prior to this date, did you see any evidence

11:41:04   3    in your review that the likelihood of success for the Top Kill

11:41:09   4    was 60 to 70 to 80 percent?

11:41:14   5    A.    There is no evidence for that in the hydraulic modeling.

11:41:16   6    Q.    Did you see any evidence suggesting that the Top Kill was

11:41:19   7    a slam dunk?

11:41:22   8    A.    I saw no evidence that it was a slam dunk.  And, in fact,

11:41:26   9    I would be quite worried about the Top Kill chance of success

11:41:30  10    after reviewing the hydraulic modeling.

11:41:33  11         MS. KARIS:  I'm going to move to strike.  Again, the

11:41:35  12    chance of success of Top Kill is beyond the scope of

11:41:38  13    Dr. Wilson's opinions.  In fact, he specifically told me in his

11:41:41  14    deposition, "I did not evaluate the dynamic kill itself.  I

11:41:45  15    have no prior experience evaluating dynamic kills."  That's at

11:41:50  16    page 122 of his deposition.

11:41:52  17              Likewise, when I asked him if he has any prior

11:41:55  18    will experience with momentum kills, answer, "I do not.  I've

11:41:59  19    never done it prior in this case.  I've never actually

11:42:01  20    evaluated the momentum kill even in this case beyond looking at

11:42:05  21    the estimates done by the modelers."

11:42:08  22              That's why I object to him speaking to that

11:42:11  23    estimate --

11:42:12  24              THE COURT:  Let me ask Mr. Lee to respond.

11:42:14  25              MR. LI:  Yes, Your Honor.  We're just asking, based on

**OFFICIAL TRANSCRIPT**

11:42:17 1  what he looked in the modeling and based on looking at what

11:42:20 2  Ole Rygg's modeling was, did you see any evidence --

11:42:21 3          THE COURT:  The problem is it sounds like it wasn't in

11:42:23 4  his report or something that he's opined on.

11:42:26 5          MR. LI:  It is in his report, Your Honor.  He says that

11:42:27 6  BP knew or should have known that the Top Kill had a very low

11:42:31 7  chance of success.  It's his third opinion.

11:42:35 8          THE COURT:  All right.  I'm not going to strike his

11:42:38 9  testimony, but let's move on.

11:42:39 10         MR. LI:  Yes, sir.  In fact, I'm moving on.

11:42:42 11 EXAMINATION BY MR. LI:

11:42:43 12 Q.   Let's take a look at slide five of D25019, which is your

11:42:47 13 last opinion.  "After the Top Kill failed, BP was informed that

11:42:51 14 the failure was most likely due to flow rate."

11:42:54 15         Let's just cut right to the chase.  Let's look at

11:42:59 16 TREX-9160.1.1.

11:43:02 17         Do you recognize this document?

11:43:04 18 A.   Yes, I do.

11:43:05 19 Q.   This is a text message from Kurt Mix to John Sprague dated

11:43:11 20 May 27, 2010.  It says -- what does it say, Dr. Wilson?

11:43:16 21 A.   It says, "Too much flow rate -- over 15000 and too large

11:43:21 22 an orifice."

11:43:21 23 Q.   What do you understand that to mean?

11:43:25 24 A.   Well, he was concluding, based on the failure of the

11:43:31 25 momentum kill that they attempted up to that point in time on

**OFFICIAL TRANSCRIPT**

11:43:34 1    the rig, that the flow rate was too high, and that's why it had

11:43:37 2    not succeeded.  And refers to then over 15,000, using

11:43:42 3    Ole Rygg's simulation results as a guidepost, that the

11:43:47 4    flow rate must be over 15,000, or it wouldn't have failed.

11:43:50 5    Q.    Did Wild Well Control come to the same conclusion?

11:43:53 6    A.    Yes, they did.

11:43:53 7    Q.    Kurt Mix is at least one of the members of the Hydraulic

11:43:56 8    Kill Team, correct?

11:43:59 9    A.    Yes, he is.

11:44:01 10   Q.    Now, let's take a look -- we're about to wrap up.  Let's

11:44:05 11   take a look at -- well, strike that.

11:44:08 12           Now, Dr. Wilson, have you reviewed various statements

11:44:12 13   made by BP to the government, the press and the public about

11:44:16 14   flow rate?

11:44:16 15   A.    Yes, I have.

11:44:16 16   Q.    Did you prepare a chart summarizing some of those

11:44:19 17   statements?

11:44:20 18   A.    Yes.

11:44:20 19   Q.    Let's bring up D-25018A.

11:44:26 20           What the does this chart represent?

11:44:27 21   A.    This is a summary of those times at which BP offered

11:44:34 22   5,000 barrels of oil per day, or something close to it, as a

11:44:37 23   best estimate or most likely estimate.

11:44:39 24   Q.    Now, to be fair, some of these statements include

11:44:44 25   statements that this is NOAA's estimate, or that it's UAC's

                         **OFFICIAL TRANSCRIPT**

11:44:49  1    estimate; is that correct?

11:44:49  2    A.    That is correct.

11:44:50  3    Q.    In your review of these press reports in which 5,000 or

11:44:56  4    close to 5,000 barrels per day was described as best estimate

11:45:02  5    from April 28th all the way through May 24th, 2010, did you

11:45:06  6    ever see in any of those press statements representatives from

11:45:11  7    BP standing up and saying, this is incorrect, it's actually not

11:45:17  8    5,000 barrels per day, all of our modeling shows something

11:45:20  9    different?  Did you ever see that?

11:45:22 10    A.    Not to the public or to the press or to the government.

11:45:29 11         MR. LI:  Your Honor, I have no more questions.

11:45:31 12         THE COURT:  Okay.

11:45:35 13              I imagine you're going to be a few minutes.

11:45:37 14         MS. KARIS:  A few, Your Honor.

11:45:38 15         THE COURT:  Why don't we go ahead and break for lunch,

11:45:40 16    and come back at 1 o'clock.  Okay.

11:45:43 17         MS. KARIS:  Thank you.

11:45:44 18         THE DEPUTY CLERK:  All rise.

19              (WHEREUPON, at 11:45 a.m. the Court was in luncheon

20    recess.)

21                          *   *   *

22

23

24

25

**OFFICIAL TRANSCRIPT**

1                    REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                         *s/Cathy Pepper*

13                         Cathy Pepper, CRR, RMR, CCR
                           Certified Realtime Reporter
14                         Registered Merit Reporter
                           Official Court Reporter
15                         United States District Court
                           Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                         **OFFICIAL TRANSCRIPT**

1

| **0** |
| --- |

**025** [1] - 95:8

| **1** |
| --- |

**1** [3] - 1:14, 95:16, 131:16
**1,000** [3] - 31:12, 103:5, 103:10
**1-inch** [1] - 95:15
**1.6** [1] - 48:3
**10** [6] - 55:10, 103:18, 103:21, 104:20, 104:21, 117:3
**10-2179** [1] - 8:12
**10-2771** [1] - 8:14
**10-4536** [1] - 8:16
**10-CV-2771** [1] - 1:7
**10-CV-4536** [1] - 1:10
**100,000** [4] - 35:1, 35:9, 117:25, 119:10
**10003** [1] - 2:8
**1001** [1] - 5:10
**10:10** [1] - 76:4
**10th** [4] - 29:11, 32:18, 33:6, 52:16
**110** [1] - 49:8
**110,000** [2] - 33:5, 109:6
**1100** [1] - 5:7
**11086** [1] - 11:11
**11:45** [1] - 131:19
**11th** [1] - 113:6
**12** [2] - 9:16, 52:7
**1201** [2] - 4:23, 5:23
**122** [1] - 128:16
**12th** [1] - 75:9
**1300** [1] - 6:10
**131** [1] - 7:11
**1331** [1] - 6:4
**13th** [1] - 37:9
**14** [5] - 12:6, 12:7, 36:20, 55:10, 62:13
**14271** [1] - 3:13
**14th** [1] - 37:9
**15** [4] - 7:5, 9:5, 9:11, 66:7
**15,000** [17] - 33:17, 33:21, 36:2, 36:17, 37:21, 50:1, 59:24, 60:3, 60:7, 60:17, 62:17, 82:3, 101:3, 125:24, 126:12, 130:2, 130:4
**15,000-barrels-per-day** [1] - 123:24
**15-minute** [1] - 76:2

**150** [1] - 18:23
**15000** [1] - 129:21
**15th** [5] - 29:1, 40:2, 54:24, 74:17, 75:11
**16** [4] - 12:11, 12:14, 33:12, 66:12
**16-inch** [4] - 66:12, 66:15, 67:24, 69:24
**1615** [1] - 6:10
**162,000** [4] - 21:20, 33:3, 108:23, 109:6
**1665** [1] - 6:4
**170** [2] - 116:24, 117:1
**1700** [1] - 5:23
**17th** [2] - 52:12, 111:23
**18** [1] - 12:9
**18-inch** [2] - 66:14, 66:18
**188** [1] - 2:15
**1885** [1] - 2:24
**18th** [1] - 55:9
**19** [2] - 50:3, 113:1
**1991** [8] - 25:12, 25:15, 25:21, 25:22, 25:24, 26:20, 26:23, 27:8
**19th** [3] - 111:3, 111:6, 114:19

| **2** |
| --- |

**2** [1] - 83:6
**2,500** [3] - 31:13, 31:23, 32:7
**20** [8] - 1:5, 8:14, 25:13, 27:8, 27:21, 35:12, 66:7, 118:10
**20,000** [1] - 62:13
**20004** [1] - 4:24
**20005** [1] - 4:20
**20006** [1] - 6:14
**2001** [1] - 26:9
**20044** [2] - 3:13, 3:22
**2009** [1] - 33:3
**2010** [22] - 1:5, 8:14, 24:5, 26:20, 26:23, 28:14, 29:1, 29:4, 31:13, 50:3, 57:11, 79:2, 91:12, 99:3, 102:11, 103:8, 103:18, 103:22, 111:23, 113:1, 129:20, 131:5
**2013** [3] - 1:5, 8:2, 11:11
**2020** [1] - 6:14
**20th** [3] - 29:4, 38:2, 74:13

**21** [1] - 114:12
**2179** [1] - 11:13
**21st** [1] - 52:6
**22nd** [3] - 11:11, 49:16, 99:24
**24** [1] - 114:15
**24th** [3] - 122:12, 122:23, 131:5
**2500** [6] - 29:8, 29:13, 94:7, 95:4, 103:6, 103:11
**25011A** [1] - 109:23
**25013B** [1] - 83:18
**252** [1] - 104:8
**254.5** [1] - 19:2
**25th** [1] - 61:7
**26th** [5] - 36:24, 39:15, 52:14, 55:19, 62:10
**27** [1] - 129:20
**28** [4] - 7:6, 91:12, 102:11, 103:8
**28th** [10] - 29:6, 31:7, 31:13, 32:12, 36:24, 52:14, 54:25, 55:19, 93:7, 131:5
**29th** [3] - 37:14, 39:3, 39:23
**2nd** [3] - 52:7, 52:11, 73:19

| **3** |
| --- |

**30** [4] - 1:5, 8:2, 19:2, 78:14
**30(b)(6** [2] - 17:4, 21:1
**30,000** [2] - 61:17, 66:7
**30-page** [1] - 67:10
**300** [2] - 4:12, 43:8
**30th** [2] - 49:19, 67:21
**311** [2] - 11:15, 11:17
**316** [1] - 2:4
**31st** [1] - 68:6
**3218.15.1.TO** [1] - 111:14
**32502** [1] - 2:5
**33,000** [2] - 95:17, 95:20
**333** [1] - 4:15
**335** [1] - 5:16
**35TH** [1] - 5:16
**360** [1] - 56:20
**36130** [1] - 2:20
**3668** [1] - 1:24
**37,000** [1] - 98:16
**3700** [2] - 5:7, 5:10
**3800** [6] - 96:16, 98:14, 114:1, 114:14, 115:6,

116:15
**3800-barrel-per-day** [1] - 98:13
**39201** [1] - 2:15

| **4** |
| --- |

**4** [1] - 37:4
**40** [1] - 62:25
**40,000** [3] - 49:22, 50:4, 61:10
**41** [1] - 7:7
**42** [1] - 7:8
**44** [1] - 117:6
**45** [3] - 9:16, 79:3, 90:6
**4th** [1] - 52:16

| **5** |
| --- |

**5,000** [63] - 28:17, 29:9, 29:13, 29:14, 31:12, 32:5, 32:15, 32:20, 32:22, 33:11, 34:2, 34:3, 34:24, 35:12, 35:22, 35:24, 36:18, 49:2, 49:4, 50:20, 61:13, 63:20, 64:17, 64:18, 64:23, 81:21, 100:22, 100:24, 101:10, 101:13, 101:22, 101:23, 101:24, 103:5, 103:10, 104:19, 104:22, 104:25, 105:1, 106:13, 106:15, 109:1, 109:2, 110:10, 116:15, 116:18, 116:20, 116:21, 117:14, 117:15, 117:18, 117:24, 118:3, 122:24, 123:16, 127:4, 127:8, 127:10, 127:18, 130:22, 131:3, 131:4, 131:8
**5,700** [1] - 111:20
**50** [4] - 26:14, 33:19, 33:21
**50,000** [1] - 30:2
**500** [3] - 1:23, 2:19, 6:18
**5000** [1] - 4:6
**501** [1] - 2:11
**504** [1] - 6:19
**510** [1] - 3:8
**55** [2] - 110:11

**55,000** [7] - 98:17, 105:4, 105:7, 105:12, 105:15, 105:16, 106:12
**55,000-barrel-a-day** [1] - 105:22
**556 JEFFERSON STREET** [1] - 1:23
**589-7779** [1] - 6:19
**5th** [1] - 34:19

| **6** |
| --- |

**6** [1] - 109:13
**60** [4] - 30:4, 35:17, 64:9, 128:4
**600** [2] - 2:4, 19:11
**600-page** [1] - 19:21
**60654** [1] - 4:12
**62,000** [1] - 49:15
**64** [1] - 49:18
**64,000** [1] - 61:8
**65,000** [3] - 31:23, 61:16, 94:8
**655** [1] - 4:19
**6:00** [1] - 12:5
**6:30** [1] - 46:20
**6th** [2] - 37:15, 39:25

| **7** |
| --- |

**70** [5] - 30:5, 35:18, 64:9, 71:23, 128:4
**70,000** [1] - 61:19
**700** [4] - 2:8, 46:18, 59:18, 126:17
**701** [2] - 3:4, 4:6
**70112** [1] - 6:10
**70113** [1] - 1:20
**70130** [2] - 3:5, 6:19
**70139** [1] - 4:7
**70163** [1] - 5:7
**70433** [1] - 3:8
**70502** [1] - 1:24
**70601** [1] - 2:12
**70804** [1] - 2:25
**74,000** [1] - 98:19
**75270** [1] - 5:23
**76** [1] - 7:9
**7611** [1] - 3:21
**77002** [1] - 5:11
**77010** [1] - 6:5
**777** [1] - 2:15
**78** [1] - 7:10

**8**

**8** [1] - 109:14
**80** [1] - 128:4
**82,000** [4] - 30:24, 31:2, 100:2, 114:13
**820** [1] - 1:20
**87** [7] - 9:3, 15:22, 15:25, 20:6, 22:11, 25:11, 42:11
**88** [1] - 117:6
**8:00** [1] - 12:4
**8th** [1] - 60:4

**9**

**90** [1] - 18:23
**90071** [2] - 4:16, 5:16
**91** [1] - 103:25
**9155.2.1.TO** [1] - 104:2
**9157.1.1.TO** [1] - 107:4
**9157.1.2.TO** [1] - 107:14
**92,000** [2] - 31:6, 32:1
**9250.2.2.TO** [1] - 126:14
**9266.2.1.TO** [1] - 96:16
**94005** [1] - 2:25
**96,000** [1] - 114:16
**9628.1.1.TO** [1] - 102:17

**A**

**a.m** [3] - 12:4, 76:4, 131:19
**abandoned** [2] - 30:18, 30:19
**abandoning** [1] - 39:2
**abate** [2] - 19:3, 22:1
**ability** [10] - 17:8, 18:3, 19:1, 22:5, 60:12, 60:24, 65:13, 65:19, 75:4, 132:8
**able** [6] - 21:14, 22:7, 56:24, 61:2, 94:3, 126:25
**above-entitled** [1] - 132:9
**aboveground** [1] - 79:6
**absence** [2] - 44:9, 118:4
**absolutely** [2] - 89:6, 100:9

**accept** [2] - 42:24, 77:10
**acceptable** [2] - 17:11, 20:7
**access** [5] - 11:10, 51:17, 64:10, 64:16, 74:21
**accident** [5] - 45:20, 80:25, 106:7, 108:9, 120:6
**accordance** [1] - 17:12
**according** [2] - 23:24, 105:17
**account** [2] - 61:16, 126:21
**accurate** [5] - 29:14, 50:1, 50:15, 51:9, 64:15
**accurately** [1] - 48:23
**achieve** [1] - 127:1
**achieved** [1] - 23:9
**acquired** [1] - 67:23
**Act** [2] - 8:21
**acted** [1] - 42:11
**acting** [1] - 97:25
**Action** [2] - 8:14, 8:16
**action** [2] - 8:20, 47:19
**actions** [5] - 16:13, 19:3, 22:17, 52:11, 52:18
**activate** [2] - 19:5, 19:16, 73:20
**activities** [2] - 42:3, 84:23
**activity** [1] - 91:7
**actual** [7] - 9:20, 17:25, 24:15, 69:3, 106:17, 106:23, 115:17
**actuate** [1] - 19:6
**ad** [1] - 85:13
**Adam** [1] - 119:22
**Add** [5] - 33:15, 48:15, 85:17, 96:9, 125:18
**added** [2] - 57:25, 110:13
**adding** [1] - 97:4
**additional** [2] - 60:21, 73:24
**address** [4] - 16:17, 19:4, 21:4, 60:20
**adequate** [1] - 16:7
**adjust** [1] - 116:12
**adjusting** [2] - 101:24, 102:1
**adjustments** [1] - 102:2
**admiral** [2] - 46:1,

48:17
**Admiral** [32] - 24:7, 27:4, 27:5, 29:7, 29:11, 31:8, 31:9, 31:11, 31:20, 32:12, 32:19, 46:4, 51:4, 51:12, 51:19, 61:21, 62:1, 63:16, 63:23, 67:22, 72:5, 75:13, 102:13, 103:10, 103:21, 110:2, 111:5, 111:16, 121:5
**admirals** [1] - 36:21
**admit** [5] - 30:10, 30:12, 38:24, 40:24, 66:1
**admitted** [1] - 32:2
**advance** [1] - 26:24
**advantage** [1] - 95:25
**advises** [1] - 120:22
**affected** [1] - 59:9
**afternoon** [2] - 12:12, 12:14
**afterwards** [1] - 82:19
**agencies** [1] - 87:5
**agency** [2] - 23:8, 87:4
**ago** [3] - 92:9, 110:6, 116:19
**agree** [16] - 18:1, 18:19, 31:15, 62:12, 69:14, 88:22, 88:23, 90:25, 115:21, 123:2, 126:7, 126:8, 127:13, 127:14, 127:23, 127:25
**agreed** [2] - 31:18, 34:5
**agrees** [2] - 38:4, 49:1
**ahead** [10] - 8:10, 13:22, 15:16, 30:3, 37:3, 76:6, 77:25, 120:16, 124:4, 131:15
**aimed** [1] - 85:24
**al** [2] - 8:15, 8:17
**AL** [3] - 1:8, 1:12, 2:20
**ALABAMA** [1] - 2:18
**Alabama** [2] - 13:12, 13:16
**ALAN** [1] - 6:3
**Alan** [2] - 13:4, 54:1
**aligned** [10] - 9:7, 9:8, 13:7, 15:1, 15:18, 28:11, 41:11, 43:11, 49:3, 65:25
**aligning** [1] - 78:2
**Alistair** [2] - 31:1, 31:2
**Allan** [1] - 13:13
**ALLAN** [1] - 3:3
**allegation** [5] - 47:4,

49:24, 65:18, 66:3, 71:9
**allegations** [3] - 42:2, 71:6, 71:7
**alleging** [1] - 48:8
**Allen** [16] - 27:4, 46:1, 48:17, 51:4, 51:12, 51:19, 53:23, 61:21, 62:1, 63:16, 67:22, 72:5, 75:13, 103:21, 111:5, 111:16
**ALLEN** [1] - 5:15
**Allen's** [1] - 121:5
**allocated** [1] - 17:6
**allocation** [2] - 41:19, 42:4
**allocution** [1] - 122:20
**allotted** [1] - 14:24
**allow** [6] - 58:14, 60:20, 60:21, 71:20, 77:20, 124:11
**allowed** [10] - 9:5, 9:16, 10:20, 16:16, 22:14, 25:11, 26:16, 30:19, 47:13, 68:12
**allowing** [2] - 10:13, 20:6
**allows** [2] - 70:13, 70:15
**almost** [6] - 44:3, 78:14, 81:20, 90:10, 99:13, 103:15
**alternative** [3] - 28:23, 30:17, 63:25
**alternatives** [1] - 89:9
**AMERICA** [3] - 1:10, 3:11, 4:4
**America** [6] - 8:16, 44:21, 45:4, 51:17, 62:15
**amount** [3] - 16:11, 26:16, 27:18
**Anadarko** [4] - 8:22, 9:15, 14:6, 14:7
**ANADARKO** [2] - 6:7, 6:8
**analyses** [1] - 100:5
**analysis** [13] - 22:18, 23:23, 30:16, 33:24, 37:5, 39:2, 43:22, 69:1, 88:8, 97:23, 114:9, 115:16, 116:19
**analyze** [1] - 73:24
**analyzing** [1] - 66:21
**AND** [2] - 1:7, 5:4
**ANDREW** [1] - 4:9
**Andy** [13] - 17:1, 34:20, 69:10, 69:11, 86:15, 86:22,

107:16, 107:21, 113:8, 113:16, 117:21, 119:2
**ANGELES** [2] - 4:16, 5:16
**animation** [2] - 56:1, 58:3
**ANNA** [1] - 3:19
**annotating** [1] - 108:10
**annotations** [1] - 110:14
**announced** [1] - 32:13
**announcement** [1] - 32:16
**annulus** [5] - 97:21, 98:2, 98:4, 98:15
**answer** [3] - 60:22, 114:8, 128:18
**answered** [1] - 35:8
**answering** [1] - 54:5
**answers** [3] - 91:18, 92:6, 94:4
**Anthony** [1] - 12:25
**anticipate** [2] - 35:21, 115:12
**anxiety** [1] - 77:6
**apologize** [2] - 57:17, 100:21
**apology** [1] - 77:10
**apparent** [4] - 33:25, 119:13, 119:16, 127:8
**appear** [5] - 12:17, 34:4, 115:23, 123:19, 127:11
**APPEARANCES** [6] - 1:17, 2:1, 3:1, 4:1, 5:1, 6:1
**appearances** [1] - 12:17
**appeared** [2] - 14:21, 87:12
**application** [2] - 81:2, 92:4
**applied** [1] - 52:6
**apply** [3] - 11:16, 11:17, 26:17
**approach** [4] - 19:23, 47:24, 69:21, 99:18
**appropriate** [5] - 19:2, 23:13, 47:16, 69:6, 69:20
**appropriately** [1] - 18:3
**approval** [4] - 20:19, 20:22, 21:8, 51:20
**approved** [5] - 22:17, 33:12, 37:11, 45:17, 51:19

**approximation** [2] - 88:4, 90:13
**APRIL** [1] - 1:5
**April** [23] - 8:14, 28:13, 29:4, 29:6, 31:7, 31:13, 32:12, 38:2, 48:21, 49:16, 49:19, 52:6, 61:7, 74:13, 79:2, 81:11, 91:12, 93:7, 99:3, 99:24, 102:11, 103:8, 131:5
**area** [3] - 23:4, 57:3, 92:2
**Area** [1] - 87:2
**areas** [2] - 77:21, 91:7
**argue** [2] - 35:21, 39:5
**argued** [2] - 39:5, 74:5
**arguing** [1] - 57:14
**arguments** [1] - 36:3
**arrest** [1] - 124:12
**articles** [1] - 79:18
**ASBILL** [1] - 5:9
**aspect** [1] - 64:1
**aspects** [2] - 93:13, 93:14
**assemble** [2] - 19:17, 74:14
**assembled** [2] - 85:13, 99:16
**assess** [2] - 24:8, 118:15
**assessed** [4] - 53:1, 53:3, 58:16, 59:4
**assessing** [1] - 9:19
**Asset** [1] - 8:15
**ASSET** [1] - 1:8
**assist** [2] - 22:22, 39:8
**Assist** [1] - 37:8
**assistant** [6] - 35:4, 35:8, 86:21, 87:12, 119:2, 119:12
**associated** [2] - 84:9, 84:19
**assume** [1] - 123:8
**assumed** [2] - 63:17, 101:15
**assumption** [2] - 32:9, 32:11
**assumptions** [4] - 108:12, 108:14, 108:17, 118:4
**assurance** [3] - 84:7, 84:11, 88:16
**AT** [1] - 3:7
**attach** [3] - 70:19, 70:24, 71:14
**Attached** [2] - 111:10, 112:17
**attached** [10] - 71:17,

71:18, 92:15, 92:17, 106:1, 106:4, 107:25, 108:2, 109:14, 110:1
**attaching** [1] - 91:12
**attachment** [7] - 71:3, 71:21, 96:15, 103:24, 104:1, 111:13, 113:19
**attachments** [4] - 96:4, 112:20, 112:22, 113:21
**attempt** [5] - 19:6, 22:13, 27:5, 49:1, 73:20
**attempted** [3] - 52:15, 120:24, 129:25
**attempts** [1] - 36:23
**attend** [1] - 12:13
**ATTORNEY** [2] - 2:18, 2:24
**ATTORNEYS** [1] - 3:7
**August** [3] - 11:11, 39:15, 108:9
**author** [1] - 93:12
**available** [5] - 26:10, 26:12, 44:17, 72:4, 72:21
**AVENUE** [4] - 1:20, 2:19, 4:23, 5:16
**avoid** [1] - 68:4
**aware** [4] - 25:9, 62:17, 122:16, 127:4

## B

**bachelor's** [2] - 78:20, 78:21
**backpressure** [3] - 60:13, 60:21, 96:17
**backup** [2] - 65:12, 65:13
**bad** [3] - 28:21, 120:3, 127:21
**Ballard** [6] - 88:12, 88:19, 88:22, 90:23, 115:19, 119:22
**ban** [2] - 77:5, 77:9
**banc** [1] - 12:13
**bar** [1] - 122:11
**BARBIER** [1] - 1:15
**Barbier** [2] - 53:16, 67:16
**BARR** [5] - 2:4, 12:19, 15:2, 15:17, 15:21
**Barr** [8] - 12:19, 15:2, 15:6, 15:16, 15:17, 52:3, 72:19, 112:3
**BARR**.....................

[1] - 7:5
**barrel** [4] - 82:3, 117:15, 119:11, 127:4
**barrels** [94] - 19:8, 21:20, 28:6, 28:17, 29:8, 29:9, 29:13, 30:2, 30:24, 31:6, 31:13, 31:23, 32:1, 32:5, 32:7, 32:15, 32:20, 32:22, 33:5, 33:11, 33:17, 33:19, 33:21, 34:24, 35:1, 35:9, 35:12, 35:24, 36:18, 49:15, 49:22, 50:4, 50:5, 50:20, 59:24, 60:3, 60:7, 60:17, 61:8, 61:10, 61:13, 61:16, 61:17, 61:19, 62:13, 62:17, 63:20, 64:23, 66:7, 81:21, 94:7, 95:4, 95:17, 95:20, 98:17, 98:19, 103:5, 103:11, 104:19, 104:22, 105:4, 105:7, 105:12, 106:7, 106:12, 106:13, 106:15, 108:23, 109:1, 109:2, 110:10, 111:20, 114:13, 114:16, 116:21, 117:14, 117:18, 117:24, 118:1, 118:3, 122:24, 123:16, 125:24, 126:12, 127:8, 127:10, 127:18, 130:22, 131:4, 131:8
**barrier** [1] - 94:23
**BARRY** [1] - 4:11
**Barry** [1] - 14:13
**base** [1] - 106:22
**based** [22] - 32:8, 35:20, 36:5, 59:13, 60:9, 60:17, 70:4, 70:7, 70:9, 75:18, 90:2, 90:13, 102:3, 112:2, 112:3, 112:25, 118:4, 123:1, 123:15, 128:25, 129:1, 129:24
**bases** [1] - 24:12
**basis** [7] - 11:25, 31:21, 32:11, 46:18, 116:3, 122:17
**BATON** [1] - 2:25
**BAYLEN** [1] - 2:4

became [1] - 61:19
**BEFORE** [1] - 1:15
**beforehand** [1] - 38:13
**began** [4] - 9:2, 74:8, 80:20, 83:8
**begets** [1] - 40:25
**begin** [2] - 9:12, 75:7
**beginning** [3] - 38:12, 45:11, 50:21
**begun** [1] - 43:5
**behalf** [7] - 14:4, 14:6, 15:2, 15:18, 28:10, 65:2, 78:2
**behavior** [1] - 91:13
**behind** [3] - 24:3, 34:24, 117:23
**belief** [1] - 90:15
**believes** [2] - 20:5, 20:7
**below** [6] - 96:22, 105:16, 111:10, 112:17, 115:5, 126:18
**beneficial** [1] - 74:22
**benefit** [2] - 9:18, 18:6
**benefits** [1] - 26:15
**BENSON** [1] - 3:17
**best** [20] - 18:11, 18:16, 20:10, 23:17, 26:10, 26:12, 28:17, 29:7, 29:17, 31:12, 36:17, 50:21, 71:1, 103:6, 105:1, 111:18, 123:12, 130:23, 131:4, 132:8
**BETHANY** [1] - 3:19
**better** [4] - 44:12, 56:18, 92:23, 105:15
**between** [24] - 29:6, 31:23, 36:24, 40:5, 49:17, 51:22, 52:11, 55:19, 61:10, 66:14, 79:16, 80:9, 86:7, 86:8, 87:13, 88:5, 92:25, 97:1, 97:8, 97:10, 98:2, 101:16, 103:5, 103:10
**beyond** [10] - 42:4, 65:19, 77:22, 111:24, 112:8, 118:13, 120:15, 122:2, 128:12, 128:20
**big** [7] - 30:9, 37:1, 38:10, 95:5, 102:6, 111:3, 119:10
**bigger** [4] - 94:21, 94:23, 105:6, 125:13
**Bill** [3] - 49:4, 85:11,

85:22
**billion** [1] - 48:3
**BINGHAM** [1] - 6:12
**Birrell** [1] - 91:12
**bit** [6] - 25:4, 43:2, 47:3, 50:2, 52:19, 54:17
**bits** [1] - 124:10
**blind** [1] - 84:13
**blowing** [1] - 69:7
**blown** [1] - 69:24
**blowout** [32] - 16:2, 17:9, 18:10, 18:13, 21:14, 21:24, 22:6, 22:7, 22:11, 23:14, 25:16, 26:22, 30:23, 40:16, 40:17, 41:12, 45:22, 66:11, 72:9, 73:13, 73:16, 73:25, 74:2, 74:7, 80:19, 81:8, 82:22, 83:8, 85:14, 96:4, 98:22
**Blowout** [1] - 25:16
**blowouts** [1] - 85:24
**blue** [2] - 32:21, 85:10
**board** [1] - 119:2
**body** [1] - 113:7
**BOLES** [2] - 4:15, 14:15
**Boles** [1] - 14:15
**bolts** [1] - 70:23
**Boots** [1] - 59:1
**BOP** [107] - 17:7, 19:6, 27:12, 27:13, 27:14, 28:24, 29:21, 30:17, 32:9, 37:3, 37:9, 37:10, 37:13, 38:22, 39:2, 39:4, 39:6, 39:24, 40:3, 40:6, 40:9, 40:10, 40:12, 47:21, 53:2, 54:18, 54:20, 54:22, 55:3, 55:5, 55:8, 55:13, 55:15, 56:2, 56:3, 56:4, 56:13, 56:19, 56:21, 56:24, 56:25, 57:4, 57:8, 57:23, 57:25, 58:8, 58:14, 58:19, 69:6, 69:7, 70:14, 70:20, 71:13, 71:15, 73:20, 91:24, 93:21, 94:12, 95:3, 95:12, 96:22, 96:23, 97:1, 97:2, 97:7, 114:1, 114:14, 114:16, 115:5, 115:11, 124:5, 124:11, 125:13, 126:18, 126:25, 127:21, 127:22

**OFFICIAL TRANSCRIPT**

**BOP-on-BOP** [28] - 28:24, 29:21, 30:17, 37:3, 37:9, 37:10, 37:13, 38:22, 39:2, 39:4, 39:6, 40:3, 40:6, 40:9, 40:10, 40:12, 47:21, 53:2, 54:18, 54:20, 54:22, 55:3, 55:5, 55:8, 56:2, 57:4, 58:19, 69:6
**BOPD** [2] - 100:22, 101:3
**bopd** [1] - 116:15
**BOPs** [3] - 25:23, 55:22, 70:12
**bothered** [1] - 50:23
**bottom** [14] - 32:21, 81:5, 96:21, 97:1, 108:12, 108:22, 108:25, 109:2, 110:15, 114:1, 114:14, 114:15, 124:5
**bound** [6] - 29:8, 31:18, 91:18, 92:6, 92:11, 94:4
**BOWMAN** [1] - 5:21
**box** [3] - 77:8, 86:25, 102:23
**BOX** [4] - 1:24, 2:25, 3:13, 3:21
**boxes** [2] - 108:17, 110:15
**BP** [240] - 1:11, 4:3, 4:4, 4:4, 8:17, 8:22, 9:7, 9:10, 9:15, 13:18, 13:24, 13:25, 14:2, 14:4, 14:14, 14:16, 16:1, 16:6, 16:9, 16:20, 16:24, 17:2, 17:4, 17:8, 17:9, 17:12, 17:15, 17:17, 17:20, 18:8, 18:13, 18:19, 18:25, 19:2, 19:4, 19:16, 20:1, 20:4, 20:5, 20:7, 20:9, 20:14, 20:16, 20:18, 20:24, 21:3, 21:9, 21:11, 21:13, 21:15, 21:22, 21:23, 21:25, 22:2, 22:9, 22:12, 22:20, 22:22, 22:23, 23:10, 23:19, 23:20, 24:1, 24:3, 24:8, 24:12, 24:15, 24:19, 24:21, 24:22, 24:23, 25:1, 25:4, 25:9, 25:13, 26:2, 26:4, 26:8,

26:9, 26:11, 26:15, 26:21, 26:23, 27:1, 27:6, 27:7, 27:17, 27:18, 27:20, 28:3, 28:16, 28:18, 29:5, 29:14, 29:16, 29:20, 29:23, 30:3, 30:10, 30:12, 30:14, 30:16, 30:18, 30:24, 30:25, 31:5, 31:13, 31:25, 32:2, 32:17, 32:19, 33:1, 33:6, 33:23, 33:25, 34:5, 34:9, 34:11, 34:13, 34:21, 35:13, 35:15, 35:17, 35:21, 36:6, 36:9, 36:23, 36:24, 37:18, 37:23, 38:12, 38:21, 38:24, 39:5, 39:14, 39:21, 40:18, 40:20, 41:4, 41:11, 42:21, 42:24, 43:11, 43:19, 43:24, 44:7, 44:21, 45:4, 45:11, 45:16, 46:8, 46:17, 48:5, 49:1, 49:21, 50:7, 50:24, 51:14, 51:22, 54:2, 59:23, 60:23, 61:10, 61:12, 62:4, 63:20, 65:18, 65:23, 67:2, 67:12, 68:14, 68:19, 68:21, 68:25, 69:2, 69:4, 69:8, 69:18, 69:23, 70:3, 73:6, 73:13, 74:14, 75:14, 75:16, 77:13, 80:9, 80:20, 81:1, 81:9, 81:18, 82:1, 82:5, 82:11, 83:8, 83:9, 83:10, 84:8, 84:19, 86:12, 87:5, 87:21, 88:19, 90:3, 91:8, 94:3, 94:15, 95:23, 96:1, 98:23, 100:24, 103:5, 105:10, 106:15, 106:19, 113:1, 115:23, 116:4, 119:14, 119:15, 119:22, 120:24, 121:2, 121:5, 122:14, 122:23, 123:22, 124:17, 125:20, 127:13, 128:2, 129:6, 129:13, 130:13, 130:21, 131:7
**BP's** [60] - 15:22, 16:5, 16:15, 16:19, 17:14, 18:1, 18:12, 19:5, 19:9, 19:10, 19:19,

19:22, 19:24, 20:1, 20:15, 20:22, 21:1, 22:4, 22:17, 23:2, 23:23, 24:10, 25:7, 28:6, 28:12, 28:20, 29:3, 29:15, 31:9, 31:22, 33:12, 34:17, 35:20, 35:22, 40:13, 41:13, 41:20, 41:21, 42:5, 42:11, 45:20, 47:6, 74:1, 79:1, 81:8, 88:13, 89:14, 90:8, 98:22, 99:2, 104:21, 105:9, 113:2, 113:3, 118:16, 119:14, 122:17, 122:19
**Brad** [2] - 13:7, 28:10
**BRAD** [1] - 5:14
**BRANCH** [1] - 3:12
**Brannon** [2] - 60:15, 63:24
**brass** [1] - 107:20
**breach** [2] - 10:2, 10:8
**break** [1] - 131:15
**BRENNAN** [1] - 5:9
**BRIAN** [4] - 2:4, 5:14, 13:7, 28:9
**Brian** [10] - 12:19, 13:7, 15:2, 15:3, 15:17, 16:17, 28:8, 28:10, 59:23, 63:4
**Brian's** [1] - 51:3
**BRIAN......................** [1] - 7:6
**BRIDGET** [1] - 4:23
**bridging** [1] - 57:24
**brief** [1] - 58:3
**briefly** [6] - 26:25, 73:12, 81:7, 81:25, 82:13, 124:3
**bring** [6] - 10:14, 24:16, 103:24, 104:1, 107:13, 130:19
**broaching** [1] - 38:23
**BROAD** [1] - 2:11
**broadcasting** [1] - 11:4
**BROADWAY** [1] - 2:8
**Brock** [4] - 13:18, 31:15, 42:14, 87:17
**BROCK** [9] - 4:22, 13:18, 42:15, 42:18, 51:11, 53:9, 54:1, 64:25, 75:16
**BROCK......................** [1] - 7:8
**broke** [1] - 81:4
**broken** [1] - 27:10

**brought** [4] - 20:10, 20:14, 87:17, 100:25
**Brown** [1] - 120:21
**BRUCE** [1] - 5:21
**buck** [1] - 22:13
**build** [1] - 71:20
**built** [1] - 75:5
**bullet** [1] - 19:20
**bullets** [1] - 126:10
**bunch** [1] - 89:4
**Burch** [2] - 85:11, 85:22
**Burgoyne** [1] - 58:24
**BURLING** [1] - 4:22
**Bush** [1] - 21:1
**business** [7] - 23:2, 63:8, 84:17, 85:21, 96:12, 120:4
**BY** [47] - 1:4, 1:19, 1:23, 2:4, 2:7, 2:11, 2:14, 2:18, 2:23, 3:3, 3:7, 3:12, 3:17, 4:5, 4:9, 4:15, 4:18, 4:22, 5:6, 5:10, 5:13, 5:20, 6:3, 6:9, 6:13, 6:21, 6:22, 7:5, 7:6, 7:7, 7:8, 7:10, 15:21, 28:9, 41:8, 42:18, 78:4, 84:2, 85:8, 112:15, 116:7, 118:23, 120:17, 121:14, 122:6, 123:14, 129:11

# C

**C.F.R** [1] - 19:2
**CA** [2] - 4:16, 5:16
**calculated** [5] - 30:24, 31:2, 31:13, 31:22, 33:3
**calculation** [3] - 31:25, 67:2, 116:17
**calculations** [3] - 34:23, 67:18, 69:3
**CALDWELL** [1] - 2:23
**CALLED** [1] - 8:4
**cameras** [1] - 10:12
**Cameron** [1] - 20:12
**CAMP** [1] - 3:4
**cannot** [7] - 19:14, 33:21, 60:2, 64:25, 67:3, 74:5, 126:11
**cap** [5] - 29:20, 39:17, 39:19, 95:9, 95:18
**capabilities** [1] - 23:6
**capability** [5] - 17:15, 17:19, 17:20, 22:10, 55:10

**capable** [1] - 21:20
**Capacity** [1] - 104:9
**capacity** [2] - 104:13, 105:3
**capital** [1] - 96:10
**CAPITOL** [1] - 2:15
**capped** [4] - 9:3, 28:4, 28:25, 40:1
**capping** [42] - 25:23, 26:5, 26:7, 26:9, 26:13, 26:14, 26:16, 28:14, 29:21, 29:22, 37:6, 38:19, 40:2, 40:5, 40:7, 40:10, 41:15, 47:11, 47:14, 48:22, 70:12, 70:19, 70:25, 71:10, 71:17, 72:1, 72:4, 72:6, 72:9, 72:11, 72:14, 72:17, 73:3, 74:17, 74:20, 74:22, 74:24, 75:3, 75:4, 75:8
**care** [2] - 38:16, 39:23
**career** [1] - 90:6
**careful** [3] - 36:10, 57:18, 58:21
**carefully** [1] - 58:23
**CARL** [1] - 1:15
**carried** [2] - 43:18, 68:16
**case** [55] - 8:10, 9:5, 9:14, 17:16, 17:19, 17:21, 33:10, 35:21, 36:11, 36:14, 40:23, 42:20, 44:23, 45:3, 45:6, 45:23, 46:3, 46:7, 46:9, 48:1, 48:11, 51:25, 52:20, 55:2, 55:7, 55:18, 61:4, 67:6, 69:25, 70:17, 71:6, 73:2, 80:5, 82:15, 88:13, 89:23, 90:4, 90:19, 91:21, 93:4, 97:12, 101:22, 105:11, 106:20, 106:21, 107:11, 109:5, 110:16, 116:15, 117:18, 118:3, 123:2, 127:5, 128:19, 128:20
**cases** [5] - 97:21, 100:18, 106:11, 109:13, 109:14
**casing** [12] - 66:12, 66:14, 66:15, 66:18, 67:24, 69:24, 97:21, 98:1, 98:2, 98:3, 98:5, 98:17
**catastrophe** [1] -

17:13
**catastrophic** [1] - 63:18
**catch** [2] - 124:10, 125:14
**category** [1] - 100:14
**Cathy** [2] - 132:3, 132:13
**CATHY** [1] - 6:17
**Cathy_Pepper@laed.uscourts.gov** [1] - 132:15
**cathy_pepper@laed.uscourts.gov** [1] - 6:20
**causation** [1] - 71:11
**caused** [4] - 10:18, 15:24, 63:5, 75:17
**causes** [1] - 93:1
**cautious** [2] - 34:24, 117:23
**CCR** [2] - 6:17, 132:13
**cell** [2] - 9:22, 10:12
**cemented** [1] - 59:8
**center** [4] - 46:17, 47:8, 51:13, 51:16
**CENTRE** [1] - 5:6
**CEO** [6] - 17:1, 34:21, 34:23, 35:16, 86:12, 86:15
**CERNICH** [1] - 3:18
**certain** [11] - 77:19, 77:21, 81:17, 90:16, 90:22, 92:23, 93:13, 93:23, 94:3, 101:18, 118:4
**certainly** [5] - 18:5, 27:7, 65:1, 91:4, 105:17
**certainty** [2] - 62:8, 83:3
**CERTIFICATE** [1] - 132:1
**certification** [2] - 17:18, 22:10
**CERTIFIED** [1] - 6:17
**Certified** [3] - 132:3, 132:4, 132:13
**certified** [1] - 17:15
**certify** [1] - 132:7
**chain** [2] - 107:13, 127:7
**chair** [1] - 68:9
**CHAKERES** [2] - 3:18, 14:11
**Chakeres** [1] - 14:11
**challenge** [1] - 77:15
**chance** [6] - 30:5, 35:18, 126:25, 128:9, 128:12, 129:7

**chances** [1] - 64:8
**change** [4] - 60:6, 101:19, 109:8, 110:9
**changed** [4] - 23:24, 24:5, 100:6, 126:19
**changing** [1] - 108:8
**characteristics** [1] - 115:8
**characterize** [2] - 95:11, 116:22
**charge** [4] - 11:21, 22:23, 87:3, 87:4
**Charles** [1] - 18:16
**CHARLES** [1] - 2:12
**chart** [42] - 29:15, 32:18, 32:20, 33:7, 83:18, 85:9, 86:10, 90:23, 91:14, 94:2, 94:11, 99:6, 99:15, 99:17, 100:11, 102:5, 102:22, 103:13, 104:20, 105:13, 106:1, 106:3, 106:5, 107:1, 107:25, 108:2, 108:5, 109:3, 109:7, 109:17, 110:1, 110:2, 110:3, 110:5, 110:18, 110:25, 111:2, 111:15, 120:20, 122:11, 130:16, 130:20
**charts** [3] - 36:13, 36:14, 106:25
**chase** [1] - 129:15
**check** [1] - 14:17
**CHICAGO** [1] - 4:12
**chief** [1] - 86:21
**children** [2] - 48:17, 61:22
**choice** [2] - 39:4, 57:10
**choke** [1] - 39:24
**chokes** [1] - 43:7
**choose** [1] - 106:19
**chose** [1] - 94:15
**Chu** [8] - 35:15, 53:5, 64:5, 64:7, 68:18, 68:24, 69:9, 69:10
**circle** [4] - 121:18, 121:20, 122:9, 122:10
**circumstances** [1] - 65:20
**citizens** [1] - 16:23
**CITY** [1] - 2:8
**CIVIL** [1] - 3:12
**Civil** [2] - 8:14, 8:16
**civil** [2] - 8:20, 78:21
**claim** [2] - 24:10,

32:23
**claimants** [1] - 9:8
**claimed** [2] - 30:4, 30:14
**clean** [1] - 37:19
**Clean** [1] - 8:21
**clear** [14] - 10:8, 22:4, 41:23, 54:22, 59:20, 60:7, 65:3, 79:8, 100:9, 103:13, 103:15, 119:9, 121:12, 123:11
**clearly** [2] - 15:14, 39:9
**Clerk** [1] - 76:15
**CLERK** [6] - 8:7, 8:12, 76:5, 76:8, 76:16, 131:18
**clerk's** [1] - 77:8
**clip** [6] - 51:10, 53:8, 53:25, 64:24, 75:12, 75:15
**clips** [1] - 36:6
**clock** [1] - 77:14
**clog** [1] - 57:25
**close** [6] - 21:14, 22:11, 30:7, 39:25, 130:22, 131:4
**closed** [3] - 24:3, 40:7, 44:5
**CNN** [1] - 34:22
**co** [1] - 64:21
**co-head** [1] - 64:21
**Coast** [12] - 22:21, 23:4, 23:7, 23:11, 30:18, 31:4, 39:3, 49:17, 62:2, 62:3, 63:17, 104:8
**code** [1] - 96:10
**cognizance** [1] - 23:5
**collapse** [2] - 66:10, 66:11
**collapsed** [4] - 38:2, 67:19, 68:7, 69:16
**colleague** [1] - 118:8
**collect** [1] - 75:7
**collection** [11] - 47:22, 52:17, 66:5, 66:6, 66:9, 70:10, 70:13, 70:14, 70:16, 71:18, 74:21
**COLLIER** [2] - 4:10, 14:1
**Collier** [1] - 14:1
**color** [1] - 84:13
**color-blind** [1] - 84:13
**Columbus** [1] - 12:7
**column** [3] - 97:20, 97:22, 108:10
**coming** [8] - 30:6,

57:15, 58:8, 58:11, 59:16, 66:8, 82:21, 95:18
**Command** [9] - 15:24, 24:6, 32:6, 33:12, 35:23, 37:11, 42:7, 63:17, 87:2
**command** [1] - 24:2
**Command's** [1] - 122:24
**Commander** [1] - 46:2
**commence** [1] - 73:18
**comments** [1] - 48:10
**Commission** [1] - 50:15
**commitment** [2] - 52:21, 72:12
**Committee** [1] - 9:9
**common** [3] - 42:24, 43:13, 46:24
**communicate** [2] - 31:2, 87:10
**communicated** [3] - 31:24, 61:12, 86:6
**communicating** [1] - 118:17
**communication** [3] - 67:22, 86:22, 121:2
**communications** [6] - 86:7, 86:9, 86:13, 86:16, 87:13, 113:16
**companies** [5] - 20:12, 25:1, 25:2, 54:2
**companies'** [1] - 24:21
**COMPANY** [2] - 4:4, 6:8
**company** [14] - 24:23, 28:4, 34:18, 48:3, 48:6, 49:14, 53:9, 53:12, 70:18, 82:20, 85:17, 85:19, 85:23
**company's** [3] - 24:15, 24:17, 52:21
**compared** [1] - 70:14
**comparing** [1] - 26:12
**comparison** [1] - 36:13
**complaint** [1] - 85:3
**Complaint** [1] - 8:14
**COMPLAINT** [1] - 1:7
**complete** [2] - 18:5, 56:6
**completed** [2] - 27:20, 37:6
**completely** [1] - 41:12
**complex** [2] - 10:25, 43:7
**complexity** [1] - 94:15

**component** [1] - 58:15
**components** [2] - 59:12, 60:11
**compounding** [1] - 16:9
**comprehend** [1] - 65:19
**comprised** [1] - 57:21
**computer** [13] - 81:8, 81:12, 81:21, 84:24, 89:23, 96:10, 96:20, 98:22, 99:10, 99:20, 99:25, 123:18, 127:17
**COMPUTER** [1] - 6:22
**conceal** [2] - 119:14, 119:16, 120:25, 121:6
**concealment** [2] - 28:21, 40:14
**conceptualize** [1] - 89:22
**concern** [1] - 40:22
**concerning** [2] - 34:2, 127:9
**concerns** [2] - 35:11, 35:13
**conclude** [1] - 75:12
**concluded** [3] - 37:9, 82:21, 101:12
**concluding** [1] - 129:24
**conclusion** [7] - 26:13, 67:3, 69:22, 70:2, 70:3, 120:24, 130:5
**conclusions** [1] - 69:2
**conclusive** [1] - 41:11
**condition** [2] - 56:23, 99:21
**conditions** [7] - 81:5, 81:13, 106:17, 106:23, 108:11, 113:23, 116:20
**conduct** [8] - 16:4, 24:25, 29:3, 42:5, 43:8, 74:25, 75:3
**conducted** [6] - 18:14, 26:11, 54:15, 55:23, 58:21, 71:23
**consideration** [3] - 69:1, 80:20, 83:8
**Conference** [1] - 11:2
**conference** [1] - 54:11
**confess** [1] - 77:3
**confession** [1] - 76:21
**confidence** [5] - 92:18, 93:8, 115:3, 115:19, 115:24
**confidential** [3] -

34:11, 120:20, 121:7
**configured** [2] -
70:14, 70:15
**confirms** [1] - 51:21
**confusion** [1] - 61:25
**Congress** [1] - 36:22
**Congressman** [1] -
122:14
**conjecture** [2] - 67:19,
68:7
**connected** [1] - 93:20
**connection** [2] -
91:23, 97:8
**consequence** [1] -
16:15
**consequences** [6] -
16:14, 17:13, 28:20,
41:3, 42:9
**consider** [4] - 20:24,
24:14, 89:10, 90:17
**considered** [4] -
21:21, 26:5, 26:10,
112:6
**considering** [1] -
29:20
**consist** [1] - 100:7
**consisted** [1] - 124:4
**consistent** [4] - 22:9,
45:18, 74:4, 100:12
**consistently** [1] -
100:24
**consolidated** [1] -
8:20
**consultant** [4] - 29:23,
82:4, 85:17, 96:13
**consultants** [3] - 30:8,
33:14, 87:21
**consulted** [1] - 103:7
**contact** [1] - 54:6
**contain** [4] - 22:7,
22:8, 83:1, 113:1
**contained** [2] -
105:22, 113:3
**containment** [3] -
17:3, 39:20, 47:11
**contains** [2] - 19:11,
104:4
**contemplating** [3] -
29:25, 33:15, 33:18
**contention** [1] -
105:10
**context** [5] - 46:14,
72:19, 72:22, 94:11,
118:6
**Continental** [1] -
64:12
**CONTINUED** [5] - 2:1,
3:1, 4:1, 5:1, 6:1
**continued** [2] - 36:17,
42:10

**continues** [2] - 58:8,
104:18
**Continuing** [1] - 73:7
**contractor** [1] - 82:5
**contractors** [3] -
46:11, 58:22, 87:22
**control** [62] - 8:24,
9:3, 15:23, 16:3,
16:8, 16:20, 17:8,
18:12, 18:17, 19:12,
19:19, 20:8, 20:10,
20:25, 21:2, 21:4,
21:5, 21:7, 21:11,
22:24, 23:9, 24:1,
24:11, 24:14, 24:17,
25:16, 25:20, 26:3,
26:22, 26:24, 27:16,
28:22, 36:8, 41:14,
41:18, 41:25, 42:3,
42:6, 43:17, 43:22,
44:22, 47:7, 52:1,
53:21, 57:20, 67:25,
71:7, 73:23, 74:1,
74:4, 80:21, 81:15,
83:15, 85:14, 87:23,
89:2, 89:9, 89:15,
120:12
**Control** [5] - 20:12,
25:17, 82:21, 85:23,
130:5
**controlled** [1] - 19:15
**controlling** [2] -
16:21, 73:24
**conversation** [3] -
49:20, 55:3, 119:7
**convert** [1] - 89:22
**convey** [1] - 46:14
**conveyed** [3] - 50:3,
63:4, 92:21
**convince** [1] - 22:15
**COO** [2] - 87:8, 102:25
**Cook** [1] - 24:7
**cooler** [1] - 51:15
**coordinator** [4] - 23:3,
23:5, 23:25, 63:3
**Coots** [1] - 59:1
**copies** [1] - 11:18
**copy** [2] - 11:11,
110:22
**COREY** [1] - 2:18
**Corey** [1] - 13:12
**corner** [1] - 32:21
**corporate** [1] - 18:1
**CORPORATION** [1] -
6:7
**correct** [14] - 38:5,
68:17, 79:12, 93:8,
93:9, 103:1, 105:8,
108:19, 113:17,
126:17, 130:8,

131:1, 131:2, 132:7
**correspondence** [2] -
79:16, 80:7
**corrupting** [1] - 16:10
**couch** [1] - 36:11
**counsel** [6] - 10:22,
12:16, 14:20, 16:16,
42:19, 110:22
**counterflow** [1] -
69:17
**couple** [7] - 33:24,
40:6, 64:3, 75:9,
85:15, 86:11, 86:25
**courageous** [1] - 77:3
**course** [9] - 10:21,
11:16, 11:20, 15:10,
52:9, 84:22, 93:3,
120:4, 120:6
**COURT** [39] - 1:1,
6:17, 8:4, 8:8, 8:10,
8:18, 13:17, 13:22,
14:17, 15:5, 15:20,
28:8, 41:6, 42:14,
42:17, 76:1, 76:6,
76:20, 77:2, 77:18,
77:25, 83:25, 85:1,
85:3, 85:7, 112:12,
112:14, 116:6,
118:18, 118:21,
120:16, 122:5,
123:6, 123:8,
128:24, 129:3,
129:8, 131:12,
131:15
**court** [9] - 10:2, 10:6,
10:8, 11:23, 12:13,
14:18, 15:9, 44:10,
44:25
**Court** [27] - 11:3,
17:22, 22:15, 24:6,
24:16, 42:20, 44:15,
45:23, 51:4, 76:4,
78:5, 78:23, 78:24,
80:18, 80:23, 82:13,
87:18, 89:18,
100:21, 101:12,
126:16, 131:19,
132:4, 132:5, 132:6,
132:14, 132:15
**Court's** [4] - 11:10,
11:12, 41:19, 83:23
**court-supervised** [1] -
11:23
**courthouse** [5] -
10:25, 11:5, 11:8,
11:16, 85:4
**courtroom** [14] - 9:24,
10:1, 10:3, 10:7,
10:8, 10:14, 10:20,
10:24, 11:8, 11:14,

11:16, 12:2, 15:13,
76:25
**cover** [2] - 53:15,
103:25
**COVINGTON** [2] - 3:8,
4:22
**crater** [1] - 57:3
**create** [6] - 18:21,
56:23, 60:13,
100:10, 101:17,
116:21
**created** [3] - 18:18,
66:15, 107:1
**creates** [1] - 114:10
**creating** [1] - 18:20
**creation** [1] - 60:21
**crisis** [2] - 19:22, 20:8
**critical** [4] - 29:3,
43:21, 54:14, 101:5
**criticism** [2] - 53:20,
54:16
**criticized** [1] - 88:19
**CROSS** [1] - 3:19
**CRR** [2] - 6:17, 132:13
**culled** [1] - 44:11
**current** [2] - 104:22,
115:10
**Current** [1] - 26:5
**cut** [3] - 37:12, 56:11,
129:15
**cutting** [1] - 56:13
**CV** [1] - 78:24

**D**

**D-25018A** [1] - 130:19
**D-25019** [3] - 80:14,
98:20, 123:21
**D25015** [1] - 122:11
**D25015C** [1] - 99:5
**D25019** [1] - 129:12
**daily** [5] - 46:17,
84:22, 88:1, 88:20,
88:23
**DALLAS** [1] - 5:23
**damage** [1] - 56:22
**damaged** [1] - 70:22
**dangerous** [2] - 26:18
**DART** [2] - 3:7, 3:7
**data** [26] - 48:13,
50:24, 51:15, 59:13,
59:16, 66:20, 66:22,
67:23, 68:11, 68:25,
69:1, 69:4, 74:3,
92:17, 93:8, 95:24,
97:4, 97:18, 102:3,
104:5, 108:15,
108:16, 115:4,
115:12, 115:25,

121:18
**date** [4] - 103:14,
111:21, 127:16,
128:2
**dated** [5] - 103:21,
111:3, 113:6,
122:12, 129:19
**Daubert** [2] - 77:15,
116:3
**Dave** [1] - 87:12
**DAVIS** [1] - 5:15
**DAVIS-DENNY** [1] -
5:15
**DAY** [1] - 1:14
**days** [22] - 9:3, 9:5,
9:16, 15:22, 15:25,
18:23, 20:6, 22:11,
25:11, 28:5, 30:23,
31:5, 32:25, 33:24,
40:16, 42:11, 46:18,
47:7, 52:7, 55:10,
75:10, 75:24
**DC** [5] - 3:13, 3:22,
4:20, 4:24, 6:14
**DD** [5] - 55:15, 55:20,
56:19, 74:10
**DEA-63** [9] - 25:18,
25:22, 25:24, 26:4,
26:19, 27:7, 27:14,
27:16, 73:1
**Deadman** [1] - 55:12
**deal** [6] - 90:8, 90:19,
91:8, 93:18, 97:23,
114:7
**dealing** [4] - 21:19,
70:7, 85:24, 88:10
**DEBORAH** [1] - 6:9
**decades** [5] - 16:6,
25:9, 27:7, 27:19,
27:24
**deceptive** [1] - 23:23
**decided** [1] - 52:16
**decision** [16] - 16:5,
16:10, 33:14, 39:17,
39:19, 42:5, 44:17,
46:5, 47:20, 70:4,
70:7, 75:2, 91:5,
121:9, 121:13,
125:21
**decision-making** [3] -
16:10, 46:5, 91:5
**decisions** [17] - 19:24,
24:1, 28:21, 36:8,
36:22, 43:22, 43:23,
44:9, 44:16, 44:18,
44:22, 45:5, 46:6,
75:18, 89:15,
120:12, 120:14
**deck** [1] - 68:15
**decrease** [1] - 59:17

dedicated [1] - 46:22
dedication [1] - 46:15
deduce [1] - 60:8
deemed [1] - 17:10
deep [3] - 59:6, 59:8, 74:9
deeply [1] - 32:8
Deepwater [5] - 8:13, 8:19, 9:1, 52:1, 56:3
deepwater [26] - 16:2, 16:8, 17:3, 17:6, 17:9, 17:13, 18:10, 18:13, 18:14, 20:13, 21:14, 21:16, 21:24, 22:6, 22:7, 23:7, 23:8, 23:14, 24:24, 25:19, 26:3, 26:17, 26:22, 72:11, 73:14, 73:16
DEEPWATER [3] - 1:4, 5:4, 5:5
defend [1] - 22:14
defense [1] - 20:21
deferring [1] - 63:11
defies [2] - 42:24, 46:24
defined [1] - 107:12
degree [3] - 78:20, 78:21, 83:3
delay [5] - 42:9, 46:25, 48:6, 53:14, 75:17
delayed [3] - 28:14, 38:19, 41:15
Delta [4] - 10:5, 10:17, 76:22
demonstrate [1] - 43:14
demonstrates [2] - 52:20, 52:21
demonstrating [1] - 67:5
Demonstrative [2] - 83:6, 83:18
demonstrative [7] - 33:2, 80:11, 80:12, 99:2, 109:20, 109:24, 110:17
DENNY [1] - 5:15
Department [2] - 62:2, 78:10
DEPARTMENT [2] - 3:11, 3:15
dependent [6] - 60:12, 62:21, 72:6, 120:5, 124:23, 125:4
depict [1] - 108:4
depiction [1] - 27:14
depicts [2] - 99:7, 106:5
depleted [1] - 108:9

depletion [1] - 106:8
deposition [9] - 11:18, 32:16, 63:6, 102:12, 102:19, 111:25, 122:7, 128:14, 128:16
depositions [2] - 80:2, 83:1
depth [1] - 124:2
depths [1] - 115:9
DEPUTY [6] - 8:7, 8:12, 76:5, 76:8, 76:16, 131:18
derived [1] - 49:5
describe [4] - 27:2, 100:18, 106:5, 116:11
described [2] - 18:16, 131:4
describes [1] - 51:12
design [3] - 20:8, 55:13, 125:20
designed [5] - 29:21, 58:13, 71:1, 71:18, 93:18
designee [1] - 17:5
Designee [2] - 21:1, 22:3
desperately [1] - 34:11
detail [7] - 29:25, 30:22, 47:2, 65:7, 67:18, 70:11, 105:4
detailed [1] - 37:14
details [3] - 25:25, 26:2, 94:14
determine [3] - 23:17, 26:12, 125:22
determined [3] - 58:18, 59:24, 125:23
determining [1] - 18:11
detriment [2] - 45:2
develop [3] - 72:21, 74:2, 74:9
developed [3] - 52:18, 74:24, 96:10
developers [1] - 96:9
developing [3] - 22:24, 45:21, 71:19
development [1] - 27:23
device [6] - 9:23, 11:7, 56:20, 56:24, 59:16, 71:12
devices [5] - 10:14, 25:23, 26:3, 56:12, 77:6
DEXTER [1] - 2:19
diagnose [1] - 83:15

diagnosis [3] - 28:21, 38:11, 38:17
Diagnostics [1] - 67:23
diagram [5] - 103:4, 113:13, 113:14, 114:12
diameter [3] - 94:10, 94:22, 95:15
diamond [1] - 99:23
diamonds [4] - 99:19, 100:4, 100:17, 101:10
difference [3] - 12:10, 92:25, 96:25
different [21] - 12:6, 15:9, 34:3, 44:19, 57:24, 60:22, 65:14, 72:6, 83:10, 83:14, 89:10, 97:21, 98:6, 101:15, 106:11, 108:6, 108:7, 110:3, 113:22, 127:10, 131:9
differential [2] - 66:14, 66:15
difficult [6] - 31:3, 50:16, 50:19, 56:11, 61:1, 72:24
difficulty [1] - 56:12
dig [1] - 69:8
diligence [3] - 46:14, 52:21, 54:1
dire [1] - 26:4
DIRECT [2] - 7:10, 78:4
direct [3] - 16:5, 25:10, 38:11
directly [1] - 87:10
Director [3] - 17:23, 48:12, 68:8
dirt [1] - 79:9
disagree [7] - 91:1, 91:2, 123:3, 126:7, 127:13, 127:14, 127:23
disaster [1] - 40:25
discard [1] - 33:4
discharge [7] - 17:17, 17:19, 17:21, 88:20, 105:12, 107:11, 109:5
disclose [1] - 35:11
disclosed [3] - 35:23, 35:25, 49:11
Discover [1] - 74:10
discovered [1] - 109:25
discovery [1] - 80:5
discuss [1] - 29:25

discussed [5] - 25:22, 64:16, 71:14, 107:9, 116:9
discusses [1] - 119:13
discussing [1] - 18:18
discussions [2] - 31:3, 68:18
disk [5] - 67:19, 67:23, 68:7, 69:16, 69:24
disks [7] - 30:14, 38:2, 38:5, 38:22, 66:10, 66:11, 66:16
dispute [2] - 55:2, 57:12
disregarded [1] - 25:10
District [3] - 132:6, 132:15
DISTRICT [3] - 1:1, 1:1, 1:15
diverted [1] - 62:6
DIVISION [2] - 3:12, 3:16
DOCKET [3] - 1:4, 1:7, 1:10
doctored [1] - 36:13
Document [1] - 11:11
document [16] - 19:11, 31:24, 47:7, 67:9, 67:14, 73:5, 93:14, 102:18, 103:22, 109:16, 110:25, 113:10, 114:18, 114:20, 126:2, 129:17
documentation [1] - 99:10
documented [1] - 55:6
documents [16] - 28:19, 32:3, 36:11, 39:13, 49:13, 63:13, 74:8, 82:25, 86:4, 100:10, 109:16, 115:23, 119:15, 121:4, 123:16, 124:20
dollar [1] - 53:11
dollars [1] - 17:2
DOMENGEAUX [1] - 1:22
Don [3] - 13:2, 13:25, 41:9
DON [1] - 4:5
DONALD [1] - 5:20
done [35] - 31:5, 34:22, 37:4, 40:12, 40:13, 49:25, 50:7, 54:4, 54:15, 55:8, 60:1, 60:4, 61:7, 61:15, 65:3, 67:2,

67:12, 67:17, 70:24, 73:25, 74:3, 74:13, 81:13, 82:4, 96:21, 99:16, 116:17, 116:19, 118:14, 118:15, 119:3, 128:2, 128:19, 128:21
doors [2] - 10:1, 24:3
dot [5] - 102:10, 103:17, 111:2, 111:3, 122:12
dots [3] - 100:17, 102:5, 102:6
dotted [1] - 86:20
doubt [2] - 39:10, 66:24
doubts [1] - 117:17
Doug [15] - 13:14, 29:6, 32:13, 32:17, 50:11, 50:13, 50:17, 62:23, 87:8, 102:21, 103:9, 103:20, 104:2, 111:5
DOUGLAS [1] - 3:4
down [19] - 25:3, 33:19, 39:25, 56:13, 66:11, 69:16, 71:9, 77:7, 82:8, 82:23, 88:16, 90:23, 100:22, 101:20, 101:21, 107:6, 119:10, 124:5, 124:12
downside [2] - 105:18, 105:21
DOYEN [2] - 5:13, 13:10
Doyen [1] - 13:10
dozens [1] - 81:15
Dr [50] - 33:14, 33:24, 35:25, 36:15, 58:24, 64:5, 64:15, 68:8, 68:24, 77:16, 78:5, 79:23, 82:25, 83:5, 83:17, 84:3, 88:12, 88:19, 90:23, 95:23, 98:20, 98:25, 99:6, 99:18, 102:5, 103:17, 104:20, 108:2, 109:7, 111:2, 111:25, 112:6, 112:19, 113:20, 115:19, 116:3, 116:8, 117:16, 118:6, 118:14, 118:24, 119:13, 120:11, 120:18, 122:16, 127:12, 128:1, 128:13,

8

129:20, 130:12
**drawn** [2] - 103:4
**drew** [2] - 102:19, 103:6
**drill** [6] - 18:14, 21:19, 27:13, 52:7, 56:7, 56:11
**drillers** [1] - 20:13
**drilling** [8] - 23:2, 23:4, 23:7, 24:24, 26:11, 27:3, 73:18, 74:9
**DRILLING** [1] - 5:4
**drinks** [1] - 10:20
**driving** - 92:25
**drop** [5] - 106:9, 106:10, 126:16, 126:21, 127:2
**dropped** [1] - 126:19
**drops** [1] - 126:23
**drove** [1] - 45:5
**due** [6] - 27:5, 27:24, 54:1, 82:11, 124:7, 129:14
**duly** [1] - 76:14
**dunk** [5] - 30:4, 30:7, 35:16, 128:7, 128:8
**Dupree** [1] - 46:8
**during** [30] - 11:18, 12:6, 12:17, 14:21, 15:9, 16:17, 24:19, 29:19, 38:2, 38:18, 39:5, 41:18, 41:25, 42:9, 44:2, 45:14, 46:3, 46:18, 51:25, 54:8, 55:4, 55:20, 56:1, 59:5, 59:20, 60:14, 66:11, 66:22, 67:24, 69:19
**dynamic** [14] - 58:9, 60:2, 60:17, 60:19, 101:6, 124:15, 124:21, 124:22, 124:23, 125:16, 126:11, 126:25, 128:14, 128:15

**E**

**E&P** [2] - 6:8, 102:25
**e-mail** [45] - 30:25, 33:20, 33:25, 34:1, 34:6, 34:14, 34:20, 34:23, 35:3, 37:5, 49:16, 91:11, 91:16, 92:16, 96:3, 103:20, 103:25, 106:4, 107:5, 107:8, 107:13, 107:20,

108:2, 109:10, 109:11, 111:5, 111:7, 112:23, 112:24, 113:6, 113:7, 113:19, 117:20, 118:25, 119:1, 119:4, 119:11, 119:21, 119:24, 120:19, 121:15, 121:19, 126:13, 127:7, 127:8
**e-mails** [10] - 33:8, 34:9, 80:2, 80:4, 80:7, 86:4, 99:9, 100:12, 117:18, 120:23
**early** [5] - 37:4, 39:17, 44:3, 47:14, 54:21
**Earnest** [1] - 21:1
**earth** [1] - 90:17
**Earth** [1] - 78:10
**easel** [2] - 83:20, 99:5
**easier** [1] - 27:16
**EAST** [1] - 2:15
**Eastern** [1] - 132:6
**EASTERN** [1] - 1:1
**echoes** [1] - 23:11
**economics** [1] - 89:21
**edge** [1] - 56:13
**edit** [2] - 109:15, 110:7
**edited** [6] - 33:7, 109:18, 110:8, 110:13, 110:18, 110:19
**education** [1] - 90:2
**EDWARDS** [1] - 1:22
**effect** [1] - 58:13
**effective** [5] - 32:9, 95:5, 95:7, 95:19, 95:21
**effectively** [1] - 40:7
**effort** [7] - 18:18, 22:17, 27:16, 37:6, 72:12, 119:13, 119:16
**efforts** [12] - 38:18, 41:25, 43:17, 53:21, 73:21, 80:21, 81:16, 82:1, 83:15, 87:20, 89:2, 123:23
**egregious** [1] - 25:8
**eight** [1] - 110:3
**EISERT** [1] - 1:19
**either** [4] - 23:21, 48:4, 67:22, 75:7
**ejection** [1] - 11:8
**electronic** [2] - 9:23, 77:6
**eleven** [1] - 112:22
**eliminate** [1] - 110:9

**ELLIS** [3] - 4:9, 4:14, 4:18
**ELM** [1] - 5:23
**elsewhere** [1] - 85:4
**embedded** [2] - 22:16, 51:13
**EMI** [1] - 59:2
**emphasize** [1] - 9:19
**emphasized** [1] - 25:20
**empirical** [1] - 102:3
**employed** [2] - 78:6, 78:7
**employees** [2] - 18:12, 18:14
**employers** [1] - 18:10
**en** [1] - 12:13
**encompass** [1] - 115:17
**end** [8] - 27:13, 39:10, 40:15, 48:20, 67:15, 94:8
**Energy** [7] - 33:15, 35:15, 48:15, 62:3, 85:17, 96:9, 125:18
**ENERGY** [2] - 5:6, 5:19
**enforced** [1] - 34:18
**ENFORCEMENT** [1] - 3:16
**engaged** [1] - 67:17
**ENGEL** [1] - 3:19
**engineer** [3] - 34:5, 71:20, 127:14
**engineering** [17] - 43:25, 47:10, 57:9, 70:4, 72:12, 75:18, 78:10, 78:21, 83:14, 84:14, 87:13, 89:20, 91:7, 113:15, 114:10, 119:18, 121:25
**engineers** [2] - 31:17, 31:22, 33:23, 34:14, 34:19, 36:24, 46:18, 59:2, 59:13, 65:23, 68:25, 81:1, 82:19, 84:7, 84:15, 86:8, 87:21, 93:7, 94:15, 113:15, 114:3, 115:24, 116:4, 117:17, 118:16
**ensuring** [1] - 16:22
**enter** [1] - 12:2
**Enterprise** [1] - 74:10
**enters** [1] - 22:21
**entire** [4] - 92:1, 109:11, 117:10, 117:12
**entirety** [1] - 19:18

**entitle** [1] - 106:15
**entitled** [1] - 132:9
**entries** [1] - 14:20
**ENVIRONMENT** [1] - 3:16
**environment** [1] - 26:18
**Environmental** [1] - 78:11
**ENVIRONMENTAL** [1] - 3:16
**environments** [1] - 26:11
**equal** [1] - 22:16
**equally** [1] - 69:10
**equipment** [4] - 18:2, 23:13, 26:1, 70:25
**equivalent** [2] - 95:1, 95:2
**err** [2] - 34:4, 127:11
**escape** [1] - 9:2
**especially** [1] - 44:3
**ESQ** [49] - 1:19, 1:23, 2:4, 2:7, 2:11, 2:14, 2:18, 2:19, 3:3, 3:4, 3:7, 3:12, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 4:5, 4:9, 4:10, 4:10, 4:11, 4:11, 4:15, 4:18, 4:19, 4:22, 4:23, 5:6, 5:10, 5:13, 5:14, 5:14, 5:15, 5:15, 5:20, 5:20, 5:21, 5:21, 5:22, 6:3, 6:4, 6:9, 6:13, 6:13
**essential** [1] - 43:16
**essentially** [4] - 18:20, 43:3, 98:6, 110:5
**established** [3] - 62:1, 62:5, 112:1
**establishing** [1] - 24:8
**estimate** [34] - 28:17, 29:7, 31:12, 35:22, 35:23, 36:17, 48:14, 50:21, 64:23, 72:7, 81:19, 88:3, 90:25, 91:3, 91:4, 93:24, 95:4, 100:22, 100:24, 103:6, 103:16, 104:22, 105:1, 105:22, 106:15, 111:18, 117:12, 122:24, 128:23, 130:23, 130:25, 131:1, 131:4
**estimated** [3] - 49:14, 104:19, 105:2
**estimates** [26] - 29:16,

29:17, 32:4, 35:14, 36:5, 48:19, 48:20, 50:8, 50:9, 53:15, 61:15, 61:22, 86:6, 88:8, 88:10, 88:20, 88:21, 88:24, 89:4, 89:5, 89:14, 89:18, 94:3, 119:14, 119:16, 128:21
**estimating** [2] - 89:1, 112:5
**estimation** [3] - 50:15, 111:11, 112:18
**ET** [2] - 1:8, 1:12
**et** [2] - 8:15, 8:17
**evaluate** [3] - 59:2, 65:24, 128:14
**evaluated** [3] - 53:1, 55:6, 128:20
**evaluating** [1] - 128:15
**evaluation** [3] - 50:7, 59:25, 61:8
**evaluations** [1] - 67:12
**event** [31] - 19:14, 26:20, 27:2, 63:18, 66:13, 67:12, 67:17, 67:18, 67:25, 68:6, 72:10, 72:22, 73:16
**events** [4] - 52:2, 57:21, 72:23
**eventually** [2] - 28:25, 75:10
**everyday** [1] - 84:16
**evidence** [58] - 8:25, 15:22, 16:24, 17:17, 17:20, 20:4, 20:9, 20:23, 21:13, 22:18, 22:22, 23:22, 24:15, 24:17, 24:18, 24:21, 25:7, 25:8, 26:7, 26:21, 28:4, 28:16, 28:18, 32:25, 34:10, 35:2, 36:4, 36:19, 39:9, 41:11, 41:17, 41:23, 43:13, 43:22, 45:7, 57:14, 60:13, 62:12, 62:18, 68:10, 75:24, 102:1, 102:2, 103:9, 104:21, 105:9, 109:17, 120:24, 121:5, 121:19, 123:2, 124:17, 127:12, 128:2, 128:5, 128:6, 128:8, 129:2
**exact** [3] - 40:8, 90:13, 118:20
**exactly** [1] - 107:17

exam [1] - 91:14
**EXAMINATION** [12] -
7:10, 78:4, 84:2,
85:8, 112:15, 116:7,
118:23, 120:17,
121:14, 122:6,
123:14, 129:11
**examination** [1] -
77:15
**EXAMINATIONS** [1] -
7:3
**examine** [1] - 89:6
**examined** [1] - 76:15
**examining** [4] - 81:13,
82:5, 82:19, 113:22
**example** [5] - 90:17,
90:21, 97:23, 99:23,
101:19
**examples** [2] - 91:8,
119:15
**exceeded** [2] - 82:3,
123:24
**Excel** [4] - 108:5,
109:14, 110:8,
110:19
**except** [1] - 90:11
**exception** [2] - 10:21,
12:10
**excess** [2] - 30:1,
36:16
**Exchange** [1] - 50:14
**exchanges** [1] -
126:13
**Exclude** [1] - 77:19
**exclusively** [1] - 81:20
**excuse** [4] - 24:22,
65:25, 66:3, 87:5
**execute** [5] - 42:25,
56:2, 65:6, 65:10,
82:7
**executed** [2] - 60:2,
126:11
**executive** [5] - 35:4,
86:21, 119:2,
119:12, 119:22
**executives** [2] - 86:6,
87:14
**exemplary** [1] - 41:24
**exercise** [1] - 95:25
**exercises** [1] - 83:8
**exhibit** [2] - 83:6,
110:23
**exhibits** [1] - 11:19
**exist** [2] - 25:21, 64:25
**existed** [3] - 40:10,
45:14, 74:12
**existing** [2] - 16:7,
18:9
**exit** [1] - 93:5
**exits** [1] - 93:21

**expect** [1] - 114:9
**expectation** [1] -
72:20
**expectations** [2] -
22:5, 22:8
**expected** [9] - 20:1,
22:6, 22:9, 23:18,
62:21, 62:24, 70:20,
73:13, 115:12
**expense** [1] - 48:2
**expensive** [1] - 77:11
**experience** [7] - 23:8,
23:20, 78:25, 88:7,
90:2, 128:15, 128:18
**expert** [4] - 48:25,
50:23, 92:12, 119:23
**expertise** [6] - 23:5,
23:17, 23:18, 63:12,
77:22, 92:2
**experts** [8] - 19:17,
20:10, 20:14, 20:16,
73:23, 74:1, 74:14,
88:13
**explain** [10] - 69:15,
80:17, 80:23, 81:7,
81:25, 92:20,
101:11, 109:20,
110:17, 124:3
**explaining** [1] - 64:15
**explanation** [2] - 38:9,
69:9
**explanations** [1] -
69:11
**Exploration** [7] - 8:17,
17:2, 17:14, 22:10,
34:21, 86:15, 87:9
**exploration** [1] - 84:16
**EXPLORATION** [2] -
1:11, 4:3
**exploring** [2] - 54:2,
83:14
**explosion** [1] - 38:2
**express** [1] - 93:19
**expressed** [1] - 121:8
**expressing** [1] -
117:17
**expression** [4] -
50:20, 112:3, 112:6,
112:7
**extend** [1] - 16:15
**extent** [2] - 17:16,
97:6
**externally** [5] - 34:12,
34:16, 119:17,
120:1, 120:2
**extracting** [1] - 95:11
**extraction** [2] - 94:25,
95:1
**extraordinary** [2] -
34:20, 43:18

**extremely** [3] -
105:18, 105:20,
105:24
**Exxon** [3] - 20:13,
54:11, 58:25
**eye** [1] - 109:7
**eyesight** [1] - 91:14

# F

**fabricated** [1] - 35:14
**face** [4] - 21:15, 43:23,
44:1, 46:6
**faced** [1] - 57:11
**facility** [1] - 19:15
**fact** [14] - 17:19,
27:14, 31:21, 57:5,
57:8, 57:9, 62:19,
109:18, 113:24,
128:8, 128:13,
129:10
**factors** [1] - 72:7
**factual** [1] - 122:20
**fail** [5] - 38:14, 82:2,
82:7, 101:8, 123:23
**failed** [21] - 23:23,
24:8, 25:2, 28:22,
30:8, 30:11, 36:24,
36:25, 37:2, 37:18,
37:20, 38:5, 38:15,
39:18, 47:2, 67:24,
67:25, 82:11, 98:8,
129:13, 130:4
**failure** [12] - 15:23,
16:12, 16:19, 25:7,
30:15, 37:24, 53:14,
69:16, 82:11, 82:17,
129:14, 129:24
**failures** [4] - 16:10,
22:4, 22:14, 36:25
**fair** [2] - 51:21, 130:24
**fall** [1] - 127:20
**fallen** [1] - 94:13
**falling** [1] - 27:11
**false** [8] - 17:18,
28:21, 30:5, 32:8,
38:11, 38:17, 39:1
**falsely** [3] - 30:3,
30:14, 122:23
**familiar** [7] - 84:24,
88:12, 90:3, 93:14,
111:15, 122:7, 126:1
**FANNIN** [1] - 5:10
**FAQ** [1] - 114:22
**far** [2] - 31:13, 85:9
**Farah** [1] - 120:19
**fascinating** [1] - 70:18
**fashion** [1] - 47:13
**fashioned** [1] - 101:20

**fast** [1] - 107:17
**fat** [1] - 102:6
**fault** [1] - 41:19
**feasible** [2] - 37:10,
39:8
**Federal** [1] - 19:1
**federal** [12] - 10:25,
11:5, 15:24, 18:25,
22:5, 22:13, 23:3,
23:5, 23:8, 23:12,
23:25, 63:2
**feedback** [1] - 113:8
**feet** [6] - 41:4, 64:17,
64:18, 117:3, 117:6
**fellows** [1] - 91:15
**felt** [1] - 103:5
**fessing** [1] - 77:11
**few** [9] - 32:25, 48:10,
52:13, 92:8, 100:16,
101:9, 110:5,
131:13, 131:14
**fewer** [1] - 125:12
**field** [2] - 79:18, 88:9
**Fields** [1] - 14:13
**FIELDS** [2] - 4:11,
14:13
**fields** [2] - 79:16,
79:17
**FIFTEENTH** [1] - 4:19
**fight** [1] - 125:5
**figure** [10] - 20:11,
34:24, 61:23, 70:24,
84:20, 114:15,
117:15, 117:24,
118:9, 120:7
**figured** [1] - 70:19
**file** [2] - 109:14, 110:8
**filed** [2] - 54:19, 77:15
**files** [1] - 110:19
**filings** [1] - 36:22
**fill** [1] - 33:20
**filling** [2] - 58:13
**fills** [1] - 110:11
**final** [1] - 110:14
**finally** [4] - 27:18,
40:1, 56:22, 96:21
**finance** [1] - 89:21
**fine** [3] - 62:7, 84:1,
87:7
**fines** [1] - 11:7
**finger** [1] - 97:14
**first** [33] - 8:24, 9:4,
15:5, 20:8, 30:13,
37:25, 39:18, 40:7,
43:16, 47:18, 49:5,
50:14, 52:8, 58:25,
68:3, 69:5, 76:14,
80:14, 80:17, 80:19,
83:5, 83:9, 84:18,
92:1, 94:13, 95:4,

102:12, 104:17,
111:9, 111:12,
126:22, 127:7,
127:20
**Fitch** [1] - 14:5
**FITCH** [2] - 6:13, 14:5
**five** [12] - 15:9, 31:5,
33:8, 43:5, 49:22,
50:4, 53:11, 61:10,
62:24, 62:25,
126:10, 129:12
**fixed** [1] - 110:11
**FL** [1] - 2:5
**flange** [2] - 70:20,
70:21
**flawed** [1] - 32:8
**FLEMING** [1] - 5:22
**floor** [3] - 11:15,
27:11, 68:2
**FLOOR** [1] - 5:16
**Flow** [7] - 61:20, 62:1,
62:4, 62:9, 62:11,
63:10, 68:9
**flow** [226] - 15:25,
16:11, 16:13, 16:16,
20:6, 22:15, 25:11,
26:17, 27:12, 28:13,
28:18, 28:19, 29:5,
30:1, 30:6, 30:8,
30:9, 30:13, 30:19,
31:14, 32:4, 33:2,
33:3, 33:4, 34:3,
34:12, 34:15, 34:17,
34:22, 35:12, 35:22,
35:24, 36:1, 36:16,
36:18, 37:1, 37:19,
37:21, 38:10, 38:13,
38:25, 42:10, 44:5,
44:6, 45:4, 45:9,
45:13, 48:10, 48:14,
48:18, 48:19, 48:20,
48:23, 49:10, 49:14,
49:22, 49:25, 50:7,
50:12, 50:15, 53:15,
58:1, 58:9, 59:24,
60:2, 60:12, 60:13,
60:22, 60:24, 61:1,
61:22, 62:16, 62:17,
62:21, 62:25, 64:10,
65:3, 66:1, 66:2,
68:1, 69:13, 70:6,
75:7, 75:17, 79:1,
79:6, 80:20, 80:21,
81:9, 81:14, 81:17,
81:19, 82:3, 82:6,
82:12, 82:17, 82:23,
83:8, 84:6, 84:10,
84:21, 84:23, 85:18,
86:1, 86:3, 86:5,
86:22, 87:18, 87:19,

87:25, 88:1, 88:2,
88:4, 88:16, 88:23,
89:1, 89:10, 89:11,
89:12, 89:13, 89:14,
89:17, 90:3, 90:25,
91:3, 91:4, 91:13,
91:18, 92:6, 92:9,
92:10, 92:19, 92:25,
93:1, 93:4, 93:20,
94:4, 94:12, 94:18,
94:20, 94:21, 94:24,
95:16, 95:18, 96:12,
97:2, 97:7, 97:10,
97:13, 97:20, 97:24,
97:25, 98:4, 98:7,
98:9, 98:15, 98:16,
98:23, 99:11, 99:12,
99:13, 99:14, 101:5,
101:16, 101:17,
101:18, 101:21,
103:5, 103:13,
104:15, 104:18,
104:21, 105:10,
106:10, 108:8,
111:11, 112:5,
112:18, 112:25,
113:2, 113:4,
113:22, 114:5,
114:18, 115:11,
115:17, 116:11,
116:12, 116:17,
116:25, 117:12,
119:14, 119:15,
119:16, 119:25,
120:2, 120:25,
121:3, 121:7,
122:24, 123:17,
123:24, 124:23,
125:3, 125:4,
125:10, 125:12,
125:14, 125:23,
126:5, 126:6,
126:12, 126:24,
127:10, 128:1,
129:14, 129:21,
130:1, 130:4, 130:14
**flow-up** [1] - 97:25
**flow-ups** [1] - 98:9
**flowing** [12] - 18:24,
19:8, 20:11, 20:21,
21:16, 21:20, 28:2,
32:10, 32:14, 33:16,
124:7, 125:8
**flows** [1] - 87:24
**fluid** [5] - 57:23,
92:19, 93:3, 94:18,
115:8
**fluids** [4] - 79:4, 79:5,
79:11, 90:20
**fly** [1] - 20:2

**Flynn** [1] - 14:8
**FLYNN** [2] - 3:12, 14:8
**flyovers** [1] - 36:6
**focus** [13] - 16:18,
25:19, 28:12, 73:2,
84:18, 85:9, 85:15,
97:20, 101:2,
102:10, 103:17,
104:17, 126:15
**focused** [3] - 67:11,
79:3, 84:14
**focusing** [2] - 103:8,
106:14
**folks** [9] - 40:18,
40:20, 40:24, 49:17,
51:14, 85:15, 86:11,
121:9, 121:16
**following** [4] - 14:20,
31:7, 74:1, 81:8,
93:13, 98:21, 106:7
**follows** [1] - 76:15
**food** [1] - 10:20
**FOR** [8] - 1:19, 2:17,
2:22, 3:11, 4:3, 5:3,
5:18, 6:7
**force** [3] - 79:7, 79:8,
125:7
**foregoing** [1] - 132:7
**forensic** [1] - 89:25
**foreseen** [1] - 27:3
**form** [6] - 18:4, 79:25,
83:2, 89:22, 116:2,
126:5
**formation** [5] - 24:4,
38:24, 59:7, 66:19,
67:1
**formations** [1] - 68:1
**formed** [1] - 62:10
**forming** [1] - 122:21
**forms** [1] - 122:16
**forth** [5] - 11:10,
15:15, 49:5, 79:17,
100:25
**forthcoming** [1] -
119:22
**forward** [12] - 43:11,
47:13, 48:4, 51:19,
53:10, 68:21, 69:6,
75:2, 75:23, 107:19,
107:23, 107:24
**four** [8] - 9:5, 43:15,
75:24, 83:13, 84:3,
92:17, 102:8, 123:21
**fractured** [1] - 9:1
**frame** [1] - 43:15
**FRANK** [1] - 2:14
**Frank** [1] - 12:23
**fraud** [7] - 38:11,
44:23, 52:22, 61:4,
64:25, 65:1, 75:22

**freely** [2] - 109:15,
109:18
**frequently** [3] - 86:9,
114:22, 115:1
**Friday** [1] - 12:8
**FRILOT** [1] - 5:5
**front** [2] - 12:2, 12:3
**full** [1] - 105:3
**full-stream** [1] - 105:3
**fully** [4] - 22:16, 26:8,
26:15, 45:18
**functioning** [1] -
55:13
**fundamental** [2] -
90:11, 90:16
**funded** [2] - 27:19,
27:24
**funds** [1] - 17:5
**future** [1] - 90:1

## G

**gaps** [1] - 17:8
**garden** [2] - 97:14,
101:21
**gas** [6] - 59:7, 66:25,
69:17, 79:11, 79:14,
79:18
**GASAWAY** [1] - 4:18
**gathered** [1] - 40:18
**gathering** [1] - 45:22
**GENERAL** [1] - 2:24
**general** [1] - 84:20
**GENERAL'S** [1] - 2:18
**generally** [2] - 78:24,
102:7
**generate** [3] - 93:24,
108:18, 110:25
**geometries** [1] -
115:11
**Georgia** [1] - 78:22
**geosphere** [1] - 79:6
**given** [8] - 21:18, 25:5,
25:8, 45:13, 57:8,
57:10, 101:17
**GLADSTEIN** [1] - 3:20
**Glen** [1] - 61:7
**glove** [1] - 51:14
**GMBH** [1] - 1:8
**GmbH** [1] - 8:15
**God** [1] - 76:11
**God's** [2] - 48:17,
61:21
**Godwin** [4] - 13:2,
15:4, 41:7, 41:9
**GODWIN** [5] - 5:19,
5:20, 6:3, 13:2, 41:8
**GODWIN...................**
[1] - 7:7

**Gordon** [1] - 91:12
**government** [70] -
15:24, 22:9, 22:13,
22:16, 22:23, 22:25,
23:1, 23:12, 23:16,
23:19, 23:24, 24:3,
29:18, 31:24, 34:10,
35:10, 35:24, 36:10,
37:23, 38:7, 38:21,
42:21, 43:24, 45:17,
47:23, 48:5, 49:11,
49:17, 49:20, 50:6,
50:24, 51:2, 51:5,
51:6, 51:22, 53:22,
60:16, 61:5, 61:14,
61:19, 63:5, 63:20,
64:4, 64:14, 64:22,
65:2, 72:15, 80:10,
81:10, 81:18, 87:5,
87:10, 98:23, 101:1,
102:9, 112:10,
114:19, 114:20,
120:13, 120:14,
121:6, 121:9,
121:20, 121:22,
122:1, 130:13,
131:10
**Government** [3] -
43:19, 105:11,
105:23
**government's** [3] -
22:5, 31:10, 62:6
**GRAND** [1] - 5:16
**grand** [1] - 19:20
**GRANT** [1] - 5:15
**graph** [2] - 29:11,
109:13
**grayed** [1] - 86:25
**grayed-out** [1] - 86:25
**great** [7] - 30:9, 37:1,
38:10, 38:25, 68:16,
77:6, 90:19
**greater** [4] - 32:5,
55:5, 124:11, 127:18
**Greenwald** [1] - 12:22
**GREENWALD** [2] -
2:7, 12:21
**gross** [1] - 75:22
**ground** [2] - 52:5,
56:22
**Group** [9] - 61:20,
62:1, 62:5, 62:9,
62:11, 63:11, 68:9,
76:23
**group** [17] - 10:4,
73:5, 73:8, 84:10,
84:12, 84:15, 85:12,
85:13, 86:8, 87:3,
87:4, 88:16, 113:13,
113:15, 114:10,

116:19
**groups** [13] - 83:10,
83:14, 84:3, 84:4,
84:6, 84:8, 84:9,
84:18, 84:19, 85:25,
86:2, 86:8, 86:16
**guaranteed** [1] - 52:10
**Guard** [11] - 22:21,
23:4, 23:7, 30:18,
31:4, 39:3, 49:17,
62:2, 62:3, 63:17,
104:8
**Guard's** [1] - 23:11
**guess** [3] - 33:19,
111:19, 122:10
**guidepost** [1] - 130:3
**guiding** [1] - 47:18
**guilty** [3] - 32:2,
122:17, 122:20
**GULF** [1] - 1:5
**Gulf** [10] - 8:13, 17:23,
19:8, 20:3, 24:24,
27:22, 28:5, 41:12,
43:9, 74:5
**gushed** [1] - 20:2
**GWENDOLYN** [1] -
6:4

## H

**half** [1] - 32:10
**Halliburton** [10] - 9:10,
13:3, 13:4, 13:5,
41:9, 41:10, 41:24,
42:7, 42:12, 54:11
**HALLIBURTON** [1] -
5:18
**Halliburton's** [2] -
41:20, 42:2
**hallway** [1] - 9:25
**hand** [4] - 32:20,
51:14, 76:9, 108:10
**handled** [1] - 47:16
**hang** [1] - 56:7
**happy** [1] - 85:7
**hard** [6] - 44:10,
46:13, 66:23, 83:20,
100:20, 111:21
**Hariklia** [2] - 13:23,
77:13
**HARIKLIA** [1] - 4:10
**harm** [5] - 53:18, 68:3,
69:5, 69:20, 75:20
**HARVEY** [1] - 3:20
**Hat** [1] - 39:20
**Haycraft** [1] - 13:25
**HAYCRAFT** [2] - 4:5,
13:25
**Hayward** [3] - 18:3,

35:16, 86:12
**hazardous** [1] - 37:4
**HAZID** [1] - 37:6
**HB406** [1] - 6:18
**head** [5] - 29:6, 31:8, 31:9, 64:21, 65:17
**hear** [14] - 15:14, 17:22, 24:6, 24:11, 27:1, 40:4, 41:13, 42:20, 45:3, 46:7, 46:9, 70:17, 73:22, 85:5
**HEARD** [1] - 1:15
**heard** [13] - 41:10, 45:5, 53:5, 54:18, 55:14, 57:13, 58:24, 62:23, 72:9, 72:16, 73:21, 123:10, 127:20
**hearing** [1] - 54:20
**heavy** [1] - 30:6
**help** [11] - 20:11, 46:11, 59:2, 76:11, 80:11, 83:17, 99:2, 109:20, 109:24, 110:25
**helpful** [3] - 15:8, 45:23, 51:25
**HENRY** [2] - 3:7, 3:7
**Herbst** [3] - 17:22, 22:3, 72:16
**hereby** [1] - 132:6
**HERMAN** [3] - 1:19, 1:19
**hide** [2] - 66:2, 66:5
**hiding** [1] - 120:8
**high** [22] - 31:6, 31:25, 33:2, 33:4, 33:5, 34:22, 35:8, 48:20, 49:15, 50:4, 58:18, 58:19, 58:20, 66:1, 82:7, 82:16, 82:24, 94:8, 101:7, 125:23, 127:2, 130:1
**higher** [22] - 28:19, 29:17, 30:25, 31:14, 32:4, 33:1, 33:17, 35:13, 35:24, 36:10, 61:12, 81:9, 81:22, 97:12, 98:22, 101:8, 103:14, 104:25, 118:11, 123:19, 125:12, 125:14
**higher-ups** [2] - 30:25, 33:1
**highest** [5] - 16:22, 16:24, 18:1, 19:19, 34:18
**highlighted** [1] - 117:22

**highly** [2] - 50:18, 89:16
**Hill** [2] - 91:12, 120:19
**HIMMELHOCH** [1] - 3:21
**himself** [1] - 69:3
**hindsight** [2] - 18:6, 70:8
**historical** [1] - 72:19
**historically** [1] - 72:22
**hoc** [1] - 85:13
**hold** [3] - 12:7, 12:8, 12:12
**HOLDINGS** [1] - 5:3
**hole** [8] - 94:18, 94:19, 94:20, 94:21, 94:22, 94:23, 95:13, 126:24
**holes** [1] - 58:13
**Holt** [2] - 18:16, 18:21
**Honor** [93] - 8:9, 12:19, 12:20, 12:21, 12:23, 13:9, 13:10, 13:18, 13:23, 14:1, 14:3, 14:5, 14:8, 14:11, 14:13, 14:15, 15:2, 15:17, 16:14, 16:18, 19:14, 20:4, 20:9, 20:18, 20:22, 21:6, 24:10, 25:3, 27:1, 27:17, 28:7, 28:10, 29:2, 30:22, 31:16, 32:19, 32:24, 33:3, 35:21, 36:19, 38:6, 38:18, 39:13, 40:16, 41:5, 41:8, 41:10, 41:17, 41:23, 42:1, 42:5, 42:8, 42:13, 42:19, 43:3, 43:16, 44:13, 45:10, 45:16, 47:18, 49:12, 51:8, 51:11, 51:24, 52:20, 54:8, 56:1, 57:18, 58:5, 64:13, 64:20, 70:17, 73:5, 73:15, 74:16, 75:16, 76:19, 77:24, 78:1, 78:3, 83:24, 111:24, 112:9, 116:2, 118:13, 120:10, 122:2, 122:4, 123:4, 128:25, 129:5, 131:11, 131:14
**HONORABLE** [1] - 1:15
**hope** [2] - 51:24, 66:18
**HOPE** [1] - 4:15
**hoped** [1] - 52:10
**HORIZON** [1] - 1:4
**Horizon** [6] - 8:13,

8:19, 9:1, 39:24, 52:1, 56:3
**hose** [3] - 97:14, 97:15, 101:21
**hour** [1] - 14:24
**hours** [5] - 9:5, 9:11, 9:16, 33:13, 40:16
**Houston** [5] - 43:10, 46:17, 47:8, 51:12, 103:7
**HOUSTON** [2] - 5:11, 6:5
**hundred** [1] - 50:4
**hundreds** [1] - 43:9
**Hunter** [3] - 48:12, 64:20, 65:3
**hydraulic** [16] - 82:6, 86:2, 99:11, 103:16, 105:9, 105:17, 112:2, 112:25, 113:4, 113:24, 113:25, 124:22, 127:15, 128:5, 128:10
**Hydraulic** [2] - 85:10, 130:7
**hydraulics** [1] - 84:25
**hydrocarbon** [2] - 93:5, 124:8
**hydrocarbons** [2] - 68:1, 93:4
**hydrodynamic** [1] - 88:8
**hydrodynamics** [2] - 78:18, 92:13
**hydrology** [1] - 79:13
**hypothesis** [1] - 68:10

## I

**idea** [7] - 22:21, 31:18, 31:19, 74:20, 92:9, 119:10, 120:9
**ideally** [1] - 18:7
**identified** [2] - 84:4, 86:19
**identify** [6] - 13:21, 15:11, 17:6, 83:10, 106:20, 106:21
**identifying** [1] - 22:24
**ignore** [1] - 16:6
**ignored** [1] - 17:12
**II** [4] - 55:15, 55:20, 56:19, 74:10
**III** [1] - 74:10
**IL** [1] - 4:12
**illustration** [1] - 58:12
**imagine** [1] - 131:13
**immediately** [8] -

19:3, 22:1, 23:14, 43:5, 45:20, 73:25, 80:19, 83:7
**impact** [4] - 34:7, 41:14, 41:19, 125:9
**implementation** [1] - 47:7
**implemented** [1] - 60:22
**implications** [1] - 42:8
**important** [11] - 12:12, 16:20, 44:2, 49:23, 52:2, 52:13, 59:5, 59:23, 61:5, 73:4, 93:2
**imported** [1] - 110:12
**impossible** [2] - 50:17, 56:11
**impressed** [1] - 107:17
**improve** [1] - 96:1
**IN** [3] - 1:4, 1:5, 1:7
**inadequate** [1] - 26:5
**INC** [5] - 1:12, 4:3, 5:4, 5:5, 5:19
**inch** [6] - 32:10, 95:7, 95:16, 95:20, 95:22
**inches** [2] - 94:10, 95:8
**incident** [7] - 17:25, 24:2, 43:5, 46:12, 47:6, 69:25, 72:18
**Incident** [2] - 24:6, 46:1
**include** [5] - 9:8, 9:19, 60:11, 62:20, 130:24
**includes** [1] - 63:24
**including** [8] - 11:7, 40:17, 42:9, 53:2, 64:12, 80:22, 91:7, 121:4
**inconsistent** [1] - 31:21
**incorporate** [3] - 59:21, 95:24, 97:17
**Incorporated** [1] - 8:17
**incorrect** [1] - 131:7
**increase** [1] - 41:21
**independent** [3] - 22:18, 63:21, 69:1
**independently** [2] - 45:12, 68:20
**indicated** [1] - 61:10
**indicates** [2] - 60:1, 126:10
**indicating** [2] - 103:4, 113:9
**indicating)** [1] - 117:21

**indirect** [1] - 125:11
**individual** [3] - 86:7, 99:20, 100:16
**individuals** [1] - 91:13
**industry** [24] - 23:7, 24:11, 25:15, 27:3, 42:21, 43:19, 43:24, 44:8, 45:18, 46:10, 48:5, 54:3, 54:6, 54:12, 58:22, 70:18, 72:17, 73:7, 73:15, 74:6, 74:12, 74:15, 75:14, 79:14
**Industry** [1] - 25:16
**inform** [5] - 80:21, 81:15, 89:1, 89:15, 91:5
**Information** [1] - 104:9
**information** [26] - 34:12, 34:14, 34:16, 34:18, 36:7, 44:9, 44:17, 45:5, 45:22, 48:16, 50:8, 51:18, 81:12, 83:2, 83:12, 90:19, 96:1, 100:14, 104:4, 107:18, 118:5, 120:1, 120:8, 120:14, 121:7, 121:25
**informed** [4] - 82:11, 122:25, 123:17, 129:13
**Inglis** [12] - 17:1, 34:20, 69:10, 69:11, 86:15, 86:17, 86:22, 113:8, 113:16, 117:21, 119:2
**Inglis'** [2] - 35:4, 35:8
**initial** [6] - 17:14, 22:10, 67:24, 69:23, 69:25, 108:7
**inject** [2] - 124:4, 124:9
**injecting** [1] - 33:18
**injection** [1] - 82:8
**injured** [1] - 70:23
**input** [3] - 90:24, 108:11, 108:14
**inputs** [1] - 115:20
**inserted** [1] - 33:10
**inside** [2] - 10:24
**insisted** [1] - 24:7
**install** [2] - 39:17, 39:19
**installation** [1] - 37:13
**installed** [7] - 28:24, 37:15, 37:16, 39:10, 40:13, 43:8, 75:9
**instead** [4] - 12:8,

34:10, 35:13, 95:18
**instinct** [1] - 40:21
**Institute** [3] - 78:7, 78:13, 78:18
**instituted** [2] - 54:23, 54:25
**instructed** [1] - 47:23
**instrument** [1] - 90:14
**interaction** [3] - 51:22, 68:18, 69:9
**intercept** [1] - 74:9
**interest** [2] - 58:4, 117:9
**interested** [1] - 53:6
**interesting** [1] - 94:9
**INTERESTS** [1] - 2:18
**interior** [2] - 10:8, 104:16
**internal** [10] - 24:8, 24:16, 24:17, 24:19, 24:22, 29:16, 32:3, 49:16, 79:1, 80:9
**internally** [5] - 34:12, 34:16, 119:17, 120:1, 120:2
**international** [1] - 35:17
**interpretation** [6] - 66:10, 66:20, 68:11, 68:13, 68:14, 69:23
**interrupt** [1] - 77:14
**intersection** [1] - 47:14
**intervene** [2] - 18:4, 19:6
**intervention** [1] - 19:24
**interventions** [1] - 48:1
**introduce** [1] - 13:22
**introduced** [1] - 11:19
**investigation** [1] - 120:6
**involve** [1] - 8:25
**involved** [6] - 43:6, 44:8, 46:15, 51:5, 71:16, 84:16
**involves** [2] - 95:25, 124:2
**involving** [2] - 53:11, 86:13
**iPads** [1] - 9:23
**IRPINO** [1] - 12:25
**Irpino** [1] - 12:25
**irrelevant** [2] - 20:23, 21:8
**isolated** [1] - 26:19
**issue** [15] - 45:12, 46:21, 48:9, 49:23, 55:13, 56:15, 56:19,

56:25, 59:11, 64:3, 68:19, 73:4, 73:6, 87:16, 110:19
**issues** [12] - 39:22, 42:4, 43:15, 43:16, 57:4, 57:6, 57:9, 70:11, 71:11, 87:22, 91:20
**items** [1] - 80:4
**itself** [6] - 17:4, 22:14, 24:23, 93:21, 98:5, 128:14

## J

**JACKSON** [1] - 2:15
**James** [2] - 17:5, 46:8
**JAMES** [2] - 1:23, 2:23
**Jasper** [10] - 86:20, 107:5, 107:8, 107:20, 109:11, 109:18, 110:4, 110:8, 119:1, 119:6
**Jasper's** [1] - 113:8
**JEFFERSON** [1] - 3:8
**JENNY** [1] - 5:20
**jeopardize** [1] - 52:12
**job** [6] - 18:15, 41:25, 84:20, 85:22, 96:14
**JOHN** [2] - 7:9, 76:13
**John** [4] - 58:24, 76:18, 118:9, 129:19
**joint** [1] - 25:15
**Joint** [1] - 25:16
**JOSEPH** [1] - 4:19
**JR** [1] - 5:21
**JUDGE** [1] - 1:15
**Judge** [6] - 12:25, 13:2, 41:9, 53:16, 67:16, 85:7
**judgment** [3] - 43:25, 122:25, 123:17
**Judicial** [1] - 11:2
**JUDY** [1] - 3:20
**July** [7] - 29:1, 40:2, 40:11, 52:16, 74:17, 74:23, 75:11
**June** [6] - 37:15, 39:25, 48:21, 52:16, 54:21, 74:23
**junk** [21] - 55:18, 57:22, 57:23, 58:11, 58:15, 59:21, 60:8, 60:9, 60:10, 60:20, 62:21, 64:1, 124:9, 124:10, 124:16, 124:17, 124:19, 125:9, 125:10, 125:13, 125:15

**junk's** [1] - 60:12
**JUSTICE** [2] - 3:11, 3:15
**justified** [1] - 73:9

## K

**Kanner** [1] - 13:13
**KANNER** [3] - 3:3, 3:3, 13:13
**Karis** [2] - 13:23, 77:13
**KARIS** [18] - 4:10, 13:23, 76:19, 77:13, 77:24, 111:24, 116:2, 118:13, 118:22, 120:10, 122:2, 123:4, 123:7, 123:9, 123:12, 128:11, 131:14, 131:17
**KATZ** [2] - 1:19, 5:15
**keen** [1] - 68:19
**keep** [6] - 34:11, 77:4, 77:9, 109:7, 121:25, 124:14
**keeping** [2] - 75:19, 121:7
**Kelly** [7] - 107:5, 107:6, 107:15, 109:10, 109:12, 109:17, 110:4
**kept** [2] - 18:24, 62:24
**Kerry** [1] - 13:6
**KERRY** [1] - 5:6
**key** [2] - 42:6, 71:11
**Kill** [84] - 23:23, 24:8, 28:22, 29:22, 29:24, 30:7, 30:11, 30:15, 33:13, 33:16, 35:14, 35:16, 35:25, 36:16, 36:23, 37:2, 37:18, 37:20, 37:25, 38:14, 39:18, 42:25, 43:3, 47:1, 47:10, 47:21, 49:12, 49:24, 52:15, 54:23, 54:25, 55:6, 55:8, 55:15, 55:18, 55:23, 56:17, 57:10, 57:19, 57:21, 59:11, 60:11, 60:21, 60:24, 61:11, 62:10, 62:16, 62:20, 63:24, 64:8, 64:11, 64:14, 65:5, 65:10, 65:24, 66:22, 69:15, 69:20, 80:22, 82:2, 82:5, 82:6, 82:10, 82:17, 82:18, 82:20, 85:10, 101:7,

101:8, 123:23, 124:1, 124:3, 124:4, 126:14, 127:1, 128:3, 128:6, 128:9, 128:12, 129:6, 129:13, 130:8
**kill** [29] - 18:20, 33:21, 34:8, 57:22, 58:9, 58:14, 59:15, 59:19, 60:2, 60:5, 60:18, 60:19, 63:25, 101:7, 124:15, 124:21, 124:22, 124:23, 125:1, 125:3, 125:17, 125:18, 125:21, 126:11, 128:14, 128:20, 129:25
**Kill's** [1] - 64:9
**kills** [2] - 128:15, 128:18
**kind** [16] - 25:4, 46:12, 54:3, 54:13, 85:20, 88:10, 92:3, 92:8, 92:12, 114:2, 114:4, 114:8, 114:9, 116:18, 119:7
**kinds** [3] - 48:7, 65:11, 65:13
**kink** [2] - 27:11, 27:12
**kinked** [1] - 94:13
**KIRBY** [2] - 6:13, 14:7
**Kirby** [1] - 14:7
**KIRKLAND** [3] - 4:9, 4:14, 4:18
**knowing** [6] - 42:25, 43:12, 53:11, 63:23, 65:18, 72:3
**knowledge** [4] - 18:9, 82:16, 126:5, 126:6
**knowledgeable** [1] - 51:6
**known** [17] - 18:23, 21:11, 27:6, 44:4, 56:5, 56:6, 61:24, 70:5, 70:8, 70:9, 75:19, 82:1, 90:20, 92:23, 94:14, 123:22, 129:6
**knowns** [1] - 94:3
**KRAUS** [2] - 3:4, 13:14
**Kraus** [1] - 13:14
**KUCHLER** [2] - 6:8, 6:9
**Kurt** [5] - 37:20, 85:11, 96:3, 129:19, 130:7
**KY** [1] - 6:13
**Ky** [1] - 14:7

## L

**LA** [11] - 1:5, 1:20, 1:24, 2:12, 2:25, 3:5, 3:8, 4:7, 5:7, 6:10, 6:19
**Lab** [1] - 48:13
**label** [1] - 113:14
**labeled** [2] - 32:19, 98:2
**laboratory** [1] - 27:23
**Labs** [1] - 69:23
**lack** [2] - 23:25, 41:20
**LAFAYETTE** [1] - 1:24
**LAKE** [1] - 2:12
**LAMAR** [1] - 6:4
**land** [1] - 39:23
**Landry** [18] - 29:7, 29:11, 31:8, 31:9, 31:11, 31:20, 32:12, 32:19, 46:4, 62:23, 63:2, 63:23, 102:13, 103:10, 103:21, 110:2, 111:5, 111:16
**LANGAN** [1] - 4:9
**language** [3] - 67:11, 68:14, 94:9
**lapel** [2] - 83:25, 85:5
**laptops** [2] - 9:23, 10:12
**large** [6] - 27:17, 37:22, 95:13, 105:13, 126:24, 129:21
**larger** [1] - 38:24
**Lars** [3] - 17:22, 22:3, 72:16
**LASALLE** [1] - 4:12
**laser** [1] - 88:16
**last** [16] - 11:22, 12:1, 14:19, 21:21, 26:7, 26:25, 45:16, 50:3, 60:16, 63:18, 67:16, 79:3, 82:10, 118:2, 122:12, 129:13
**late** [3] - 24:5, 57:11, 99:3
**LAW** [1] - 3:7
**lawyer** [1] - 10:11
**lawyers** [1] - 10:21, 15:8, 45:6
**layperson's** [2] - 79:8, 80:23
**LCM** [1] - 63:25
**lead** [2] - 38:23, 82:17
**leader** [2] - 24:23, 113:13
**leaders** [1] - 18:17
**leadership** [2] - 86:10,

86:12
**leading** [2] - 46:8, 62:11
**leaning** [2] - 57:2, 57:5
**learned** [2] - 33:14, 95:23
**Leasing** [1] - 8:15
**LEASING** [1] - 1:8
**least** [9] - 25:12, 36:20, 62:13, 77:10, 93:7, 121:9, 121:12, 127:23, 130:7
**leave** [2] - 48:2, 75:20
**leaving** [1] - 110:9
**led** [1] - 74:11
**Lee** [1] - 128:24
**left** [11] - 12:18, 18:21, 19:23, 20:2, 22:2, 33:2, 33:7, 84:6, 84:10, 84:12, 110:3
**Lehr** [1] - 49:4
**less** [12] - 17:21, 32:10, 55:23, 85:13, 90:22, 93:13, 94:3, 94:20, 95:21, 125:13, 126:23, 126:25
**lessen** [1] - 95:24
**letter** [12] - 104:1, 104:2, 104:16, 105:14, 105:19, 106:2, 106:4, 112:19, 122:14, 122:16, 122:23
**letters** [3] - 36:22, 87:1, 96:11
**level** [1] - 75:6
**levels** [1] - 34:18
**LEVIN** [1] - 2:3
**LEWIS** [3] - 4:4, 5:19, 6:3
**Li** [3] - 13:9, 78:1, 85:1
**LI** [28] - 5:14, 13:9, 78:1, 78:4, 84:2, 85:2, 85:6, 85:8, 112:9, 112:13, 112:15, 116:7, 118:20, 118:23, 120:17, 121:12, 121:14, 122:4, 122:6, 123:5, 123:10, 123:13, 123:14, 128:25, 129:5, 129:10, 129:11, 131:11
**Li's** [1] - 77:14
**LI**....................... [1] - 7:10
**liability** [3] - 8:20,

41:22, 42:4
**liberal** [1] - 10:13
**lie** [3] - 40:25, 41:4
**lies** [4] - 15:23, 16:13, 16:15, 16:17
**lift** [1] - 77:5
**lifting** [1] - 71:13
**light** [2] - 85:10, 121:19
**likelihood** [1] - 128:3
**likelihoods** [1] - 16:12
**likely** [25] - 29:12, 32:21, 33:10, 35:14, 36:1, 38:8, 38:22, 38:23, 82:2, 82:11, 88:1, 88:4, 89:11, 92:9, 92:10, 92:11, 103:11, 106:16, 109:3, 110:15, 115:17, 123:23, 125:12, 129:14, 130:23
**likewise** [1] - 128:17
**limit** [3] - 26:6, 101:3, 121:17
**limitation** [1] - 8:19
**limited** [1] - 121:2
**line** [13] - 32:21, 86:20, 100:3, 100:7, 100:17, 100:23, 101:2, 101:4, 101:10, 101:13, 104:7, 106:19, 110:4
**lines** [4] - 33:9, 62:12, 62:18, 100:20
**link** [1] - 11:13
**lip** [1] - 16:24
**LISKOW** [1] - 4:4
**listed** [1] - 119:2
**listen** [1] - 20:15
**listening** [1] - 85:4
**listing** [1] - 27:13
**lists** [1] - 93:13
**literally** [2] - 17:2, 81:14
**litigation** [1] - 79:20
**LLC** [1] - 5:3
**located** [1] - 46:17
**Lockett** [2] - 127:13, 127:16
**long-term** [1] - 26:6
**look** [46] - 19:24, 37:8, 47:20, 50:19, 50:24, 67:17, 75:23, 80:14, 81:6, 81:24, 83:15, 85:14, 92:15, 95:15, 96:2, 96:15, 98:16, 99:11, 101:15, 102:17, 104:16, 104:23, 107:1,

107:4, 110:21, 111:13, 113:5, 114:21, 115:16, 116:13, 119:20, 120:11, 120:18, 121:11, 121:15, 122:12, 126:1, 126:4, 126:14, 127:6, 127:15, 129:12, 129:15, 130:10, 130:11
**looked** [20] - 34:3, 44:12, 53:2, 53:3, 58:16, 58:23, 61:8, 61:24, 63:7, 73:5, 81:3, 81:11, 110:5, 112:1, 116:19, 116:20, 118:16, 120:12, 127:10, 129:1
**looking** [12] - 45:12, 48:18, 51:1, 60:5, 66:22, 70:8, 72:3, 83:12, 87:22, 113:21, 128:20, 129:1
**Looks** [1] - 33:20
**looks** [1] - 100:2
**LOS** [2] - 4:16, 5:16
**losing** [1] - 69:7
**loud** [1] - 123:10
**loudly** [1] - 15:13
**LOUISIANA** [3] - 1:1, 2:22, 2:23
**Louisiana** [11] - 13:13, 13:14, 132:5, 132:6
**low** [11] - 34:4, 37:12, 48:20, 58:18, 72:21, 85:5, 94:8, 98:15, 103:15, 127:11, 129:6
**Lower** [2] - 56:4, 71:13
**lower** [9] - 32:20, 33:9, 56:21, 56:24, 94:24, 97:13, 103:15, 117:4, 125:14
**lowest** [4] - 117:1, 117:3, 117:4, 117:12
**LP** [1] - 6:8
**LSU** [1] - 58:24
**Luis** [2] - 13:9, 78:1
**LUIS** [1] - 5:14
**lunch** [1] - 131:15
**LUNCHEON** [1] - 7:11
**luncheon** [1] - 131:19
**Lundy** [1] - 12:20
**LUNDY** [4] - 2:10, 2:11, 12:20
**LUXENBERG** [1] - 2:7

**lying** [1] - 16:11
**Lynch** [1] - 119:21

# M

**Maconda** [1] - 104:10
**Macondo** [25] - 15:25, 17:15, 20:21, 21:15, 22:15, 22:20, 23:18, 25:5, 25:9, 25:13, 27:2, 27:8, 27:9, 27:10, 27:15, 27:18, 27:25, 28:2, 28:4, 43:17, 73:16, 80:20, 104:11, 108:6
**mail** [45] - 30:25, 33:20, 33:25, 34:1, 34:6, 34:14, 34:20, 34:23, 35:3, 37:5, 49:16, 91:11, 91:16, 92:16, 96:3, 103:20, 103:25, 106:4, 107:5, 107:8, 107:13, 107:20, 108:2, 109:10, 109:11, 111:5, 111:7, 112:23, 112:24, 113:6, 113:7, 113:19, 117:20, 118:25, 119:1, 119:4, 119:11, 119:21, 119:24, 120:19, 121:15, 121:19, 126:13, 127:7, 127:8
**mails** [10] - 33:8, 34:9, 80:2, 80:4, 80:7, 86:4, 99:9, 100:12, 117:18, 120:23
**maintaining** [1] - 42:1
**maintenance** [1] - 39:22
**major** [1] - 24:1
**majority** [2] - 104:25, 127:17
**makers** [3] - 44:18, 121:10, 121:13
**man** [1] - 39:13
**managed** [1] - 37:10
**management** [1] - 120:5
**Management** [2] - 17:10, 81:3
**manifolds** [2] - 58:6, 65:9
**Marcia** [4] - 46:7, 62:11, 69:22, 122:7
**marine** [1] - 37:12
**Marine** [2] - 56:4,

71:13
**marked** [1] - 113:13
**Markey** [1] - 122:14
**marshal** [1] - 120:7
**MARTIN** [1] - 4:15
**Martin** [1] - 14:15
**MARTINEZ** [1] - 5:20
**Mary** [2] - 62:23, 63:2
**Mason** [11] - 34:19, 35:3, 35:7, 35:10, 113:6, 113:12, 114:10, 115:14, 117:16, 117:21, 118:24
**Mason's** [2] - 113:19, 119:4
**mass** [1] - 90:17
**Massachusetts** [1] - 78:18
**massive** [3] - 23:8, 56:20, 72:12
**material** [1] - 45:1
**materials** [2] - 57:25, 59:22
**mathematical** [1] - 89:22
**Matt** [2] - 12:20, 14:3
**matter** [4] - 11:9, 38:16, 40:23, 132:9
**matters** [3] - 11:25, 14:23, 47:19
**MATTHEW** [2] - 2:11, 4:11
**maximum** [1] - 17:16
**MAZE** [2] - 2:18, 13:12
**Maze** [1] - 13:12
**MC** [1] - 104:8
**McAughan** [6] - 107:5, 107:6, 107:15, 109:10, 109:17, 110:4
**MCCUTCHEN** [1] - 6:12
**McNutt** [7] - 46:7, 62:11, 64:5, 64:15, 68:8, 69:22, 122:7
**MDL** [2] - 8:12, 11:13
**MDL-2179** [1] - 1:4
**mean** [21] - 44:1, 77:18, 79:9, 80:18, 87:1, 87:18, 87:19, 88:3, 88:4, 89:18, 91:19, 92:7, 94:11, 104:11, 104:14, 107:10, 114:25, 116:10, 119:8, 129:23
**means** [2] - 82:14, 126:24
**meant** [2] - 21:4,

121:17

**measure** [5] - 18:22, 21:21, 21:22, 50:19, 92:1

**measured** [1] - 101:15

**measurement** [5] - 90:12, 96:17, 96:21, 114:1, 114:14

**measurements** [1] - 96:23

**measures** [1] - 26:23

**MECHANICAL** [1] - 6:21

**mechanics** [2] - 79:4, 79:5

**media** [2] - 79:7, 79:8

**meet** [4] - 22:4, 56:9, 74:6, 116:12

**meeting** [7] - 12:13, 24:8, 29:5, 32:13, 102:21, 103:3, 119:5

**member** [3] - 10:11, 61:20, 62:4

**members** [4] - 12:3, 13:19, 41:10, 130:7

**memo** [6] - 92:23, 93:12, 96:20, 105:1, 105:2, 105:14

**memoranda** [1] - 92:16

**memorandum** [1] - 125:3

**memorialized** [1] - 99:8

**memos** [3] - 80:2, 99:9, 100:12

**men** [1] - 40:17

**mention** [2] - 73:1, 98:8

**mentioned** [7] - 31:8, 48:9, 73:1, 81:17, 85:25, 96:5, 101:6

**MERIT** [1] - 6:18

**Merit** [2] - 132:4, 132:14

**message** [2] - 37:20, 129:19

**met** [4] - 24:10, 31:7, 35:10, 74:15

**metadata** [1] - 107:2

**method** [1] - 28:22

**methodologies** [1] - 70:13

**methods** [4] - 26:6, 26:7, 29:21, 73:24

**Mexico** [11] - 8:13, 17:23, 24:24, 27:22, 41:12, 43:9, 74:5, 78:7, 78:8, 78:12, 118:8

**MEXICO** [1] - 1:5

**MICHAEL** [1] - 5:13

**microphone** [1] - 15:13

**mid** [3] - 54:20, 54:21, 59:13

**middle** [5] - 19:22, 29:24, 39:7, 84:12

**midst** [1] - 20:8

**might** [10] - 35:25, 59:18, 66:7, 74:3, 81:4, 81:14, 84:20, 94:16, 108:15, 108:16

**migration** [1] - 59:7

**Mike** [2] - 83:25, 85:5

**Mike** [8] - 13:10, 13:18, 34:19, 113:6, 117:16, 117:21, 119:4, 120:21

**MILLER** [2] - 5:6, 13:6

**Miller** [1] - 13:6

**million** [1] - 53:11

**millions** [1] - 28:6

**mind** [3] - 75:19, 116:5, 117:15

**Minerals** [1] - 81:3

**minimize** [1] - 40:21

**Mining** [2] - 78:7, 78:13

**minute** [7] - 14:20, 19:9, 25:4, 33:19, 33:22, 42:15, 116:19

**minutes** [4] - 52:13, 92:8, 110:6, 131:13

**misconduct** [1] - 42:2

**misled** [5] - 44:21, 61:4, 62:15, 64:4, 64:14

**misrepresent** [2] - 69:19, 75:16

**misrepresentation** [4] - 44:24, 52:23, 60:23, 64:2

**misrepresentations** [10] - 28:13, 28:14, 28:20, 40:14, 41:13, 41:15, 41:21, 42:6, 42:8, 42:11

**misrepresented** [6] - 28:17, 29:5, 30:12, 44:25, 45:4, 50:25

**misrepresenting** [1] - 50:11

**MIT** [2] - 78:19, 88:7

**MITCHELL** [1] - 2:3

**mitigate** [2] - 17:11, 17:13

**mitigation** [1] - 59:9

**mitigations** [1] - 37:7

**Mix** [5] - 37:20, 85:11, 96:3, 129:19, 130:7

**MMS** [2] - 17:23, 72:16

**MMS's** [3] - 20:19, 20:22, 21:8

**model** [19] - 29:11, 29:12, 32:21, 33:1, 33:10, 49:1, 81:1, 84:23, 84:24, 91:20, 96:1, 97:2, 106:16, 106:21, 109:3, 109:5, 110:15, 110:16, 114:11

**modeled** [1] - 91:17

**modeler** [2] - 31:1, 34:6

**modelers** [7] - 30:24, 33:1, 33:25, 34:13, 86:23, 115:2, 128:21

**modeling** [73] - 31:6, 31:17, 34:25, 36:5, 36:7, 48:18, 60:1, 60:7, 60:9, 60:17, 79:1, 80:21, 82:1, 82:6, 83:16, 85:18, 86:1, 86:2, 86:16, 87:20, 88:20, 89:17, 89:19, 89:20, 89:25, 90:3, 90:6, 90:8, 90:21, 91:8, 91:13, 93:16, 95:25, 96:12, 97:18, 98:7, 98:10, 99:2, 103:16, 104:21, 105:9, 105:18, 105:24, 105:25, 107:14, 112:2, 113:1, 113:24, 113:25, 114:2, 114:5, 117:24, 118:10, 119:15, 123:22, 124:17, 124:19, 124:22, 125:16, 125:18, 125:19, 125:20, 126:10, 127:15, 128:1, 128:5, 128:10, 129:1, 129:2, 131:8

**models** [11] - 48:23, 61:23, 62:6, 81:8, 90:16, 90:24, 95:24, 98:22, 99:11, 108:18, 113:4

**modified** [1] - 25:23

**moment** [1] - 89:17

**momentum** [21] - 57:21, 57:22, 59:15, 59:19, 60:5, 63:25, 82:18, 124:7, 124:15, 125:1,

125:2, 125:5, 125:7, 125:16, 125:18, 125:21, 125:25, 128:18, 128:20, 129:25

**Monday** [3] - 9:12, 12:5, 44:13

**MONDAY** [2] - 1:5, 8:2

**Monday-morning** [1] - 44:13

**money** [3] - 16:1, 27:18, 28:1

**monitoring** [1] - 43:10

**MONTGOMERY** [1] - 2:20

**month** [4] - 15:10, 29:3, 43:4, 87:21

**month-long** [1] - 15:10

**months** [7] - 16:16, 20:7, 27:20, 29:3, 41:16, 46:25, 74:23

**Moore** [1] - 61:9

**moreover** [1] - 41:25

**MORGAN** [2] - 2:14

**morning** [24] - 8:8, 8:9, 8:18, 10:3, 12:21, 12:23, 12:25, 13:2, 13:19, 13:23, 14:1, 14:3, 14:5, 14:8, 14:11, 14:13, 14:15, 15:17, 28:10, 41:9, 42:19, 44:13, 44:20, 46:20, 74:1, 76:21, 78:1, 78:5

**MORNING** [1] - 1:14

**most** [22] - 12:14, 26:18, 29:12, 32:21, 33:10, 80:9, 81:22, 82:11, 85:20, 101:23, 103:11, 106:16, 109:3, 110:15, 111:10, 112:17, 113:2, 113:3, 122:25, 123:16, 129:14, 130:23

**Motion** [1] - 77:19

**motion** [1] - 116:3

**move** [9] - 52:17, 70:20, 111:2, 112:14, 116:8, 120:10, 122:4, 128:11, 129:9

**moved** [2] - 47:12, 70:10

**moves** [1] - 93:20

**moving** [2] - 112:13, 129:10

**MR** [69] - 7:5, 7:6, 7:7,

7:8, 7:10, 12:19, 12:20, 12:23, 12:25, 13:2, 13:4, 13:5, 13:6, 13:7, 13:9, 13:10, 13:12, 13:13, 13:14, 13:15, 13:18, 13:25, 14:1, 14:3, 14:5, 14:8, 14:10, 14:11, 14:13, 14:15, 15:2, 15:17, 15:21, 28:9, 41:8, 42:15, 42:18, 51:11, 53:9, 54:1, 64:25, 75:16, 77:1, 78:1, 78:4, 84:2, 85:2, 85:6, 85:8, 112:9, 112:13, 112:15, 116:7, 118:20, 118:23, 120:17, 121:12, 121:14, 122:4, 122:6, 123:5, 123:10, 123:13, 123:14, 128:25, 129:5, 129:10, 129:11, 131:11

**MS** [20] - 2:15, 12:21, 13:23, 14:7, 76:19, 77:13, 77:24, 111:24, 116:2, 118:13, 118:22, 120:10, 122:2, 123:4, 123:7, 123:9, 123:12, 128:11, 131:14, 131:17

**mud** [13] - 33:19, 33:22, 58:8, 58:10, 58:15, 65:12, 65:13, 69:16, 82:8, 82:21, 124:4, 124:6, 124:12

**multi** [3] - 53:11, 87:4, 96:12

**multi-agency** [1] - 87:4

**multi-million-dollar** [1] - 53:11

**multi-phase** [1] - 96:12

**multiple** [2] - 26:20, 32:3

**Multiple** [1] - 62:12

**MUNGER** [1] - 5:13

**must** [4] - 9:23, 10:11, 23:14, 130:4

## N

**N.W** [1] - 4:19

**name** [3] - 76:16, 76:18, 125:1

**named** [1] - 34:19

narrow [1] - 97:4
Nat [1] - 14:11
NATHANIEL [1] - 3:18
National [4] - 24:5,
46:1, 48:12, 69:23
NATURAL [1] - 3:16
nearly [3] - 19:11,
20:6, 27:8
necessary [4] - 19:3,
26:23, 27:21, 36:8
need [6] - 9:24, 42:15,
73:17, 87:6, 125:5,
125:7
needed [7] - 18:2,
18:8, 25:13, 59:3,
59:6, 72:20, 126:5
negligence [1] - 75:22
never [10] - 18:13,
38:5, 63:19, 64:11,
64:18, 72:10, 72:24,
121:8, 128:19
nevertheless [1] -
30:3
new [8] - 24:9, 26:22,
95:25, 97:17,
109:13, 110:3,
113:25, 114:13
New [4] - 78:7, 78:8,
78:12, 118:8
NEW [8] - 1:5, 1:20,
2:8, 3:5, 4:7, 5:7,
6:10, 6:19
news [2] - 35:17,
127:21
next [16] - 9:12, 25:12,
34:5, 46:21, 66:5,
66:20, 75:24, 84:15,
89:3, 103:17,
107:13, 109:6,
111:2, 118:24,
126:10, 127:3
nice [1] - 78:2
Nick [2] - 49:19, 61:9
NO [3] - 1:4, 1:7, 1:10
NOAA [3] - 36:4, 49:4,
62:2
NOAA's [2] - 35:23,
130:25
none [4] - 36:3, 41:25,
42:1, 103:15
NONJURY [1] - 1:14
nonsense [1] - 64:9
noon [1] - 12:15
normal [3] - 92:1,
92:3, 120:4
normally [1] - 84:19
NORTH [2] - 2:24, 3:8
note [6] - 49:19, 61:8,
64:5, 64:6, 121:17,
127:16

notes [1] - 68:6
nothing [11] - 18:10,
19:23, 19:25, 26:17,
26:23, 32:22, 44:3,
51:19, 64:13, 76:10
notwithstanding [1] -
61:3
now) [1] - 109:14
nowadays [1] - 10:14
nozzle [1] - 101:21
number [29] - 15:8,
34:2, 35:9, 48:18,
49:2, 49:4, 49:5,
49:7, 50:18, 50:22,
61:19, 62:6, 62:22,
64:15, 81:12, 88:1,
93:13, 96:4, 97:21,
99:11, 100:4, 102:5,
105:13, 113:7,
119:10, 119:11,
121:16, 126:13,
127:9
numbered [1] - 132:9
numbers [10] - 31:4,
36:10, 49:10, 61:12,
88:5, 88:6, 100:7,
100:8, 108:12,
108:20
numerous [3] - 45:13,
46:11, 48:1
NW [2] - 4:23, 6:14
NY [1] - 2:8

# O

O'Bryan [1] - 74:11
o'clock [1] - 131:16
O'CONNOR [1] - 4:23
O'KEEFE [1] - 1:20
O'ROURKE [2] - 3:17,
14:10
O'Rourke [1] - 14:10
oath [1] - 76:15
object [4] - 77:22,
111:24, 116:2,
128:22
objection [6] - 116:6,
118:21, 120:16,
122:2, 123:6, 123:8
objectionable [1] -
77:21
objections [1] -
123:12
obligation [1] - 17:12
observations [2] -
36:6, 69:15
observed [1] - 109:21
obstacles [1] - 124:9
obstruction [2] -

94:14, 94:16
obstructions [2] -
94:12, 125:13
obvious [3] - 38:13,
38:14, 94:10
obviously [3] - 22:8,
78:23, 104:11
occur [1] - 56:8
occurred [11] - 8:25,
24:2, 27:15, 47:6,
47:17, 55:19, 56:16,
66:23, 67:1, 69:5,
72:24
occurs [1] - 94:21
ocean [2] - 27:11, 81:5
October [5] - 12:6,
12:7, 12:9, 12:11,
12:14
OF [10] - 1:1, 1:5, 1:8,
1:10, 1:14, 2:22,
2:23, 3:11, 3:15
offered [1] - 130:21
OFFICE [4] - 1:24,
2:18, 2:25, 3:13
office [3] - 77:8, 118:7
officers [1] - 18:1
OFFICIAL [1] - 6:17
Official [2] - 132:5,
132:14
officials [1] - 121:20
OFFSHORE [1] - 5:4
often [2] - 25:17,
81:22
oil [62] - 8:12, 9:2,
15:24, 19:8, 20:2,
20:12, 23:14, 28:6,
29:13, 32:5, 32:10,
32:15, 32:20, 32:22,
35:1, 35:9, 35:12,
36:18, 59:7, 60:2,
62:13, 66:7, 66:25,
69:17, 75:7, 79:11,
79:14, 79:18, 81:21,
82:3, 84:20, 94:7,
95:17, 98:17, 98:19,
103:6, 106:7, 106:9,
106:12, 106:13,
108:23, 109:13,
110:10, 111:18,
111:20, 114:13,
114:16, 116:21,
117:14, 117:18,
117:24, 118:1,
118:3, 118:7,
119:11, 122:25,
125:24, 126:11,
126:12, 127:4,
127:18, 130:22
OIL [2] - 1:4, 1:4
Oil [15] - 8:13, 8:21,

16:21, 19:5, 19:9,
19:10, 19:16, 20:20,
20:23, 20:24, 21:2,
21:10, 24:13
old [1] - 101:20
old-fashioned [1] -
101:20
Ole [13] - 34:1, 48:15,
85:11, 85:16, 96:3,
96:5, 101:6, 125:18,
125:22, 126:20,
129:2, 130:3
Ole's [2] - 34:1, 127:8
OLGA [2] - 96:10,
96:11
OLSON [1] - 5:13
ON [1] - 1:5
on-scene [4] - 23:3,
23:5, 23:25, 63:2
once [3] - 36:20, 89:4,
104:23
one [89] - 9:7, 9:15,
11:14, 11:22, 12:10,
14:24, 18:16, 18:17,
19:12, 19:13, 19:20,
20:16, 20:18, 30:23,
32:2, 33:24, 34:13,
34:19, 36:13, 38:8,
38:9, 40:25, 42:15,
44:19, 46:13, 46:20,
49:3, 52:19, 52:25,
53:1, 54:14, 56:17,
57:21, 59:5, 61:15,
61:18, 63:19, 64:10,
65:15, 66:4, 67:12,
69:8, 69:12, 70:5,
70:11, 71:11, 72:13,
72:17, 72:25, 73:1,
73:4, 74:18, 75:12,
80:19, 85:20, 88:12,
91:15, 91:20, 92:3,
93:1, 96:9, 96:11,
98:1, 98:2, 98:8,
100:21, 100:24,
106:8, 106:11,
106:14, 108:7,
108:23, 109:2,
110:1, 110:10,
111:9, 112:3,
112:24, 113:21,
120:23, 121:1,
123:13, 124:4,
125:1, 126:10,
126:20, 127:23,
130:7
ONE [1] - 4:5
One [2] - 11:18, 73:21
ones [1] - 63:14
onshore [1] - 26:10
onwards [1] - 68:2

open [7] - 38:12,
38:22, 38:24, 39:24,
51:11, 66:16, 66:18
opening [7] - 14:23,
14:25, 16:18, 87:17,
112:4, 112:16
OPENING [8] - 7:5,
7:6, 7:7, 7:8, 15:21,
28:9, 41:8, 42:18
openings [1] - 125:13
openly [1] - 51:15
operated [1] - 20:1
operation [5] - 16:4,
37:10, 57:23, 57:24,
80:22
operations [1] - 67:8
operator [3] - 19:15,
23:19, 74:5
opined [2] - 90:23,
129:4
opinion [17] - 35:25,
36:15, 80:17, 82:10,
83:5, 83:7, 88:19,
90:8, 98:21, 98:25,
118:14, 118:17,
121:8, 122:21,
123:20, 129:7,
129:13
Opinion [2] - 81:6,
81:24
opinions [6] - 62:7,
79:25, 80:12, 80:15,
83:2, 128:13
opportunity [3] - 58:1,
107:1, 110:18
opposed [2] - 70:13,
97:7
opposing [1] - 42:19
optimistic [1] - 127:5
option [10] - 34:8,
40:9, 48:4, 54:18,
55:21, 55:24, 56:2,
57:7, 70:15, 89:10
options [10] - 29:20,
41:14, 47:9, 47:21,
47:25, 53:18, 58:17,
71:3, 75:20, 85:14
Order [1] - 11:10
order [9] - 19:24,
31:18, 36:14, 45:24,
63:7, 65:9, 79:25,
91:18, 92:6
ORDER [1] - 8:4
ordered [1] - 10:10
orderly [1] - 47:13
organization [1] - 62:5
organizational [1] -
83:17
organized [4] - 47:12,
52:4, 65:6, 74:7

orifice [15] - 32:9, 37:22, 94:10, 94:11, 94:17, 94:21, 94:25, 95:2, 95:5, 95:7, 95:10, 95:19, 95:21, 129:22
origin [2] - 34:2, 127:9
original [1] - 81:2
ORLEANS [7] - 1:5, 1:20, 3:5, 4:7, 5:7, 6:10, 6:19
outcome [6] - 56:8, 56:16, 66:24, 67:5, 67:6, 67:13
Outer [1] - 64:12
outright [1] - 15:23
outset [1] - 63:18
outside [8] - 20:16, 24:1, 29:23, 30:8, 33:14, 98:3, 121:17, 121:20
overall [1] - 41:21
overcome [3] - 124:7, 125:7, 125:25
overflow [1] - 11:14
overriding [1] - 47:22
overrule [1] - 120:16
overseen [1] - 11:2
Owens [1] - 61:9
own [12] - 27:23, 29:15, 31:6, 31:22, 34:22, 35:11, 47:24, 55:9, 55:17, 68:20, 69:1, 71:14

**P**

p.m [1] - 12:5
P.O [1] - 3:21
pack [2] - 115:15, 116:14
package [10] - 37:12, 111:16, 114:23, 115:2, 116:18, 117:1, 117:4, 117:5, 117:10, 117:13
Package [2] - 56:4, 71:13
packages [1] - 96:12
page [6] - 19:11, 19:12, 19:13, 112:23, 112:24, 128:16
PAGE [1] - 7:3
pages [2] - 112:21, 112:22
paid [1] - 16:24
PAPANTONIO [1] - 2:3

papers [3] - 35:20, 54:18, 79:17
paradigm [1] - 24:9
paragraph [2] - 104:17, 127:7
parallel [7] - 47:9, 47:25, 52:25, 53:4, 53:19, 71:4, 75:20
parameters [2] - 90:24, 93:2
paraphrase [1] - 126:22
part [15] - 11:5, 54:1, 59:21, 80:5, 82:16, 82:18, 92:1, 92:5, 94:13, 95:3, 111:15, 116:3, 116:17, 122:21, 127:6
participants [1] - 62:2
participate [1] - 22:16
participating [3] - 13:20, 24:7, 36:21
participation [1] - 24:4
particular [9] - 46:21, 80:5, 82:15, 87:25, 91:3, 99:21, 109:5, 114:18
particularly [8] - 21:19, 24:23, 25:8, 79:5, 79:6, 82:17, 82:20, 85:24
parties [16] - 9:7, 9:8, 9:14, 11:24, 13:8, 15:1, 15:8, 15:18, 28:11, 41:11, 42:1, 43:11, 49:3, 54:16, 65:25, 78:2
parties' [1] - 71:5
parts [2] - 90:22, 96:22
party [4] - 22:22, 23:10, 23:15, 44:24
pass [3] - 22:13, 25:1, 107:23
past [1] - 89:25
Pat [1] - 74:11
path [11] - 30:9, 37:1, 38:10, 38:24, 44:5, 59:22, 70:6, 92:19, 93:4, 97:20, 114:6
paths [3] - 97:24, 98:7, 115:11
Pattillo [1] - 67:17
Paul [3] - 14:1, 120:22, 121:16
PAUL [1] - 4:10
Peer [1] - 37:8
peer [2] - 39:8, 58:21
Peijs [12] - 86:20,

86:23, 107:5, 107:8, 107:14, 107:20, 109:11, 109:18, 110:4, 110:8, 119:1, 119:6
pen [2] - 95:9, 95:18
penalize [1] - 77:3
penalties [1] - 9:20
PENNSYLVANIA [1] - 4:23
PENSACOLA [1] - 2:5
people [18] - 10:14, 10:15, 10:16, 18:21, 28:5, 31:1, 43:8, 45:11, 46:15, 46:22, 48:18, 54:9, 77:5, 83:13, 84:14, 113:7, 113:15, 121:17
Pepper [3] - 132:3, 132:12, 132:13
PEPPER [1] - 6:17
per [65] - 9:11, 29:13, 30:24, 31:6, 32:5, 32:15, 32:20, 32:22, 33:5, 33:17, 33:19, 33:21, 34:24, 35:1, 35:9, 35:12, 36:18, 60:7, 61:17, 62:13, 62:18, 64:23, 81:21, 82:3, 94:8, 95:4, 95:17, 98:17, 98:19, 103:6, 104:19, 104:22, 105:4, 105:7, 105:12, 106:7, 106:12, 106:13, 106:15, 108:23, 109:1, 110:10, 111:20, 114:13, 114:16, 116:21, 117:14, 117:15, 117:18, 117:24, 118:1, 118:3, 119:11, 122:25, 123:16, 125:24, 126:12, 127:5, 127:8, 127:11, 127:18, 130:22, 131:4, 131:8
percent [5] - 26:14, 30:5, 35:18, 64:9, 128:4
perfect [1] - 61:11
perform [1] - 89:10
perhaps [1] - 89:25
period [14] - 29:4, 29:20, 38:19, 43:4, 45:14, 49:11, 54:24, 55:20, 81:11, 87:20, 99:8, 99:16, 104:24, 105:14

permeability [3] - 116:24, 116:25
permission [1] - 83:23
permit [2] - 52:6, 81:2
person [4] - 21:3, 76:21, 86:19, 92:22
personnel [3] - 16:23, 23:13, 24:3
pertaining [1] - 11:9
pertains [1] - 42:12
pessimistic [1] - 127:19
PETITION [1] - 1:8
Petition [1] - 8:15
PETOSA [2] - 2:14, 12:23
Petosa [1] - 12:23
petroleum [4] - 84:7, 91:7, 113:14, 114:10
PETROLEUM [1] - 6:7
Ph.D [3] - 78:15, 78:17, 88:7
Phase [10] - 8:19, 8:23, 9:13, 9:19, 11:18, 41:18, 41:24, 42:1, 73:7, 73:21
phase [6] - 9:4, 9:6, 14:6, 58:25, 73:9, 96:12
Phil [1] - 67:17
phone [3] - 9:25, 77:4, 119:1
phones [4] - 9:22, 10:12, 77:7
phonetically [1] - 76:22
photograph [2] - 10:7, 55:25
photographs [1] - 10:23
phrase [4] - 92:5, 111:12, 118:20, 127:19
picture [2] - 10:4, 76:21
piece [4] - 56:4, 67:16, 70:23, 70:25
pieces [1] - 124:11
pills [1] - 63:25
pipe [8] - 27:13, 43:7, 44:4, 56:7, 56:12, 56:14, 70:23, 94:17
pipes [1] - 96:12
piping [1] - 58:6
place [13] - 30:13, 38:18, 45:16, 45:24, 47:5, 48:1, 52:8, 59:10, 65:9, 66:11, 72:6, 95:3, 103:9
placed [1] - 103:18

plaintiff's [1] - 50:23
PLAINTIFFS [1] - 1:19
plaintiffs [10] - 12:19, 12:20, 12:22, 12:24, 13:1, 15:3, 15:18, 48:7, 52:3, 54:19
plaintiffs' [1] - 73:2
Plaintiffs' [1] - 9:9
plan [23] - 12:15, 12:17, 19:5, 19:18, 19:21, 19:25, 20:1, 20:5, 20:8, 20:25, 21:3, 21:4, 21:5, 21:7, 21:8, 24:14, 37:2, 45:17, 47:5, 52:5, 74:4
Plan [16] - 16:21, 17:10, 17:14, 19:6, 19:10, 19:11, 19:16, 20:20, 20:23, 20:24, 21:2, 21:10, 22:10, 24:13
planned [2] - 43:4, 53:3
planning [4] - 19:23, 24:2, 47:6, 72:23
plans [14] - 15:23, 16:3, 16:7, 18:2, 18:18, 18:20, 18:21, 23:20, 24:4, 24:18, 24:20, 24:22, 28:1, 74:9
plate [2] - 94:17, 94:22
plausible [8] - 30:15, 38:1, 38:3, 38:8, 67:13, 68:13, 68:21, 69:11
play [2] - 61:13, 67:20
played [6] - 35:19, 51:10, 53:8, 53:25, 64:24, 75:15
player [1] - 46:4
PLC [1] - 4:4
plea [3] - 32:3, 122:17, 122:20
plot [1] - 106:6
plots [5] - 107:9, 107:10, 107:11, 108:10
plugging [2] - 59:22, 61:23
plus [1] - 108:11
point [19] - 10:18, 19:20, 20:20, 26:7, 27:4, 51:8, 62:7, 63:2, 65:17, 65:22, 66:4, 73:10, 83:22, 83:24, 86:11, 88:15, 97:12, 100:15, 129:25

**pointing** [1] - 113:14
**points** [7] - 34:6, 34:7, 40:7, 74:21, 92:17, 96:24, 101:15
**policies** [3] - 10:3, 10:9, 24:16
**policy** [6] - 11:1, 17:9, 17:12, 34:17, 47:24, 56:9
**POLK** [1] - 6:8
**Pollution** [1] - 8:21
**pop** [1] - 116:18
**populate** [1] - 100:10
**portion** [4] - 41:18, 77:15, 101:7, 117:22
**portions** [1] - 77:19
**position** [5] - 34:15, 39:16, 41:20, 119:25, 126:6
**positive** [1] - 113:9
**possibilities** [4] - 25:25, 48:19, 61:13, 126:20
**possibility** [2] - 70:3, 127:24
**possible** [17] - 11:8, 37:24, 37:25, 42:23, 45:13, 46:23, 53:7, 53:10, 53:13, 59:14, 62:25, 67:13, 67:20, 74:24, 89:13, 97:24, 98:6
**POST** [3] - 1:24, 2:25, 3:13
**posted** [3] - 11:12, 11:20, 11:25
**Potential** [1] - 104:9
**potential** [3] - 25:24, 45:21, 104:13
**PowerPoint** [7] - 80:3, 99:9, 100:13, 106:6, 110:12, 110:13
**PowerPoints** [1] - 86:5
**POYDRAS** [4] - 4:6, 5:7, 6:10, 6:18
**practicable** [1] - 17:16
**practical** [1] - 25:21
**practice** [4] - 97:17, 97:19, 119:18, 121:25
**pre** [1] - 49:14
**pre-spill** [1] - 49:14
**prebuilt** [1] - 71:9
**preceding** [1] - 127:16
**precise** [2] - 50:9, 50:17
**precisely** [1] - 56:6
**precision** [1] - 27:10
**predict** [1] - 90:1

**predicted** [3] - 27:8, 27:9, 30:8
**prediction** [1] - 60:18
**preempted** [1] - 89:3
**preexisted** [1] - 25:9
**preexisting** [3] - 18:18, 84:8, 84:9
**preliminary** [1] - 14:23
**preparation** [4] - 17:3, 37:13, 41:20, 110:17
**preparations** [1] - 24:22
**prepare** [10] - 15:23, 16:19, 25:8, 79:20, 80:11, 83:17, 99:2, 109:20, 130:16
**prepared** [4] - 17:24, 28:3, 29:2, 81:2
**Preparedness** [1] - 23:11
**preparedness** [2] - 16:10, 45:19
**preparing** [3] - 16:1, 21:6, 72:18
**preplanned** [1] - 47:12
**PRESCOTT** [1] - 5:21
**Prescott** [1] - 13:5
**presence** [1] - 114:5
**present** [4] - 41:11, 57:13, 60:13, 74:1
**presentation** [1] - 45:6
**presentations** [3] - 80:3, 99:9, 100:13
**presented** [5] - 24:19, 37:23, 41:18, 55:5, 68:5
**presenting** [2] - 75:23, 112:9
**preserve** [1] - 90:18
**president** [1] - 31:5
**president's** [1] - 31:25
**press** [12] - 9:18, 10:11, 12:3, 54:10, 81:10, 81:18, 98:23, 100:25, 130:13, 131:3, 131:6, 131:10
**pressed** [1] - 90:5
**pressure** [29] - 59:16, 60:6, 66:14, 66:15, 74:25, 75:5, 75:6, 92:18, 92:19, 96:23, 96:25, 97:3, 97:4, 97:11, 97:12, 97:18, 101:15, 113:25, 114:13, 115:5, 115:8, 126:16, 126:18, 126:21, 126:23, 127:2, 127:20

**pressures** [8] - 87:24, 92:24, 92:25, 93:1, 99:12, 101:18, 106:9
**pretrial** [2] - 35:20, 67:10
**pretty** [4] - 64:17, 103:13, 103:14, 119:9
**preventer** [1] - 82:22
**previous** [2] - 34:6, 117:5
**previously** [1] - 41:17
**price** [1] - 40:22
**primarily** [2] - 24:12, 74:20
**principally** [1] - 87:11
**principle** [1] - 47:22
**principles** [7] - 47:18, 75:20, 79:13, 79:15, 90:11, 90:16, 90:18
**priority** [3] - 16:22, 16:24, 19:20
**private** [2] - 9:8, 27:23
**probabilistically** [1] - 91:6
**probabilities** [1] - 88:11
**probability** [6] - 26:6, 64:4, 72:22, 124:11, 125:15, 126:6
**problem** [5] - 10:18, 35:7, 38:6, 55:12, 129:3
**procedure** [28] - 29:24, 33:15, 40:5, 42:25, 43:3, 43:6, 43:8, 43:12, 49:24, 53:11, 54:23, 54:25, 55:16, 55:23, 56:17, 58:15, 58:18, 58:23, 59:21, 61:11, 62:10, 62:16, 62:20, 63:24, 64:1, 65:6, 65:21, 66:22
**procedures** [7] - 16:7, 22:2, 23:20, 24:16, 24:18, 24:20, 37:11
**proceed** [4] - 14:23, 15:19, 69:20, 110:7
**proceeding** [5] - 54:3, 54:12, 73:9
**proceedings** [1] - 132:9
**PROCEEDINGS** [3] - 1:14, 6:21, 8:1
**process** [2] - 16:11, 18:23
**processes** [1] - 79:5
**PROCTOR** [1] - 2:3
**produce** [3] - 86:1,

99:13, 120:3
**produced** [1] - 106:9
**PRODUCED** [1] - 6:22
**PRODUCTION** [3] - 1:11, 4:3, 4:4
**production** [7] - 84:14, 98:1, 98:3, 98:16, 106:6, 108:5, 113:15
**Production** [5] - 8:17, 17:2, 34:21, 86:15, 87:9
**Productive** [1] - 104:9
**productive** [1] - 104:13
**Professor** [1] - 61:18
**professor** [1] - 118:12
**profound** [1] - 41:14
**program** [1] - 25:15
**prohibited** [2] - 10:25, 11:6
**project** [1] - 27:24
**properly** [2] - 55:14, 82:7
**properties** [3] - 92:19, 93:3, 115:8
**Proprietary** [1] - 104:9
**proprietary** [4] - 104:4, 104:5, 108:15, 108:16
**protect** [1] - 66:13
**protects** [1] - 69:13
**proud** [1] - 20:5
**prove** [1] - 66:7
**proven** [2] - 72:11, 72:12
**proves** [1] - 40:2
**provide** [4] - 19:13, 26:4, 36:9, 36:15
**provided** [7] - 16:3, 18:19, 28:1, 35:13, 110:22, 114:19, 114:20
**providing** [1] - 26:2
**prudent** [1] - 28:3
**psi** [7] - 59:18, 98:14, 114:1, 114:14, 115:6, 116:15, 126:17
**PTB** [1] - 59:17
**public** [11] - 9:18, 11:9, 11:12, 11:21, 36:22, 81:10, 81:19, 98:24, 100:25, 130:13, 131:10
**publicly** [1] - 32:13
**published** [3] - 25:15, 79:17, 79:18
**pull** [16] - 46:11, 79:22, 93:10, 93:23,

94:1, 103:18, 107:25, 109:9, 109:23, 111:4, 111:9, 113:18, 117:20, 122:13, 122:19, 123:20
**pulled** [2] - 57:1, 94:2
**pump** [1] - 57:23
**pumps** [2] - 65:12
**punch** [1] - 94:18
**pure** [1] - 60:17
**purple** [1] - 84:13
**purport** [2] - 106:17, 106:22
**purpose** [4] - 63:9, 70:21, 89:16, 121:16
**purposes** [5] - 58:12, 99:11, 99:16, 112:4
**pursue** [1] - 53:19
**pursued** [1] - 48:3
**put** [15] - 35:6, 48:4, 67:7, 71:2, 72:5, 90:24, 94:17, 99:5, 100:22, 101:4, 109:13, 115:2, 118:7, 119:7, 121:17
**puts** [1] - 126:24
**putting** [3] - 56:20, 68:21, 119:10

**Q**

**qualifications** [1] - 112:1
**qualified** [2] - 112:7, 116:4
**quality** [1] - 43:18
**Quantification** [1] - 9:13
**quantification** [3] - 9:17, 13:20, 14:6
**quarter** [2] - 95:7, 95:19
**quarterbacking** [1] - 44:14
**questions** [5] - 77:21, 112:10, 115:1, 115:2, 131:11
**quick** [3] - 22:8, 40:6, 101:9
**quickly** [7] - 42:23, 46:23, 53:7, 53:10, 53:13, 73:18, 122:15
**quite** [5] - 22:4, 51:9, 86:9, 100:16, 128:9
**quote** [1] - 106:23

# R

**RAFFERTY** [1] - 2:3
**Rainey** [1] - 87:12
**raise** [2] - 76:8, 77:16
**raised** [1] - 42:5
**ram** [1] - 40:8
**rams** [1] - 44:5
**ran** [3] - 39:14, 67:18, 109:12
**Ran** [1] - 109:12
**random** [1] - 99:23
**range** [26] - 31:12, 31:20, 31:22, 31:24, 49:18, 49:22, 62:24, 71:22, 81:14, 88:1, 88:5, 89:1, 89:11, 89:13, 92:9, 92:11, 94:4, 94:5, 94:6, 100:3, 103:10, 108:20, 115:13, 115:16, 119:22
**ranges** [5] - 87:25, 91:4, 98:13, 98:14, 114:11
**rare** [3] - 105:18, 105:20, 105:24
**rate** [143] - 17:25, 28:13, 28:18, 29:5, 30:1, 30:6, 30:9, 30:13, 30:24, 33:3, 34:3, 34:12, 34:15, 34:17, 35:12, 35:22, 36:1, 36:16, 36:18, 37:1, 37:19, 37:21, 38:10, 38:13, 38:25, 45:4, 45:9, 45:13, 48:10, 48:14, 48:18, 48:19, 48:20, 48:23, 49:10, 49:22, 49:25, 50:7, 50:12, 50:15, 53:15, 58:1, 59:24, 60:3, 60:12, 60:13, 60:24, 61:1, 61:22, 62:13, 62:16, 62:17, 62:21, 65:3, 66:1, 66:2, 69:13, 75:17, 79:1, 80:20, 80:21, 81:19, 82:3, 82:6, 82:12, 82:17, 82:23, 86:1, 86:3, 86:5, 86:22, 87:18, 87:19, 88:1, 88:2, 88:4, 88:23, 89:12, 89:14, 91:3, 91:4, 91:18, 92:6, 92:10, 94:4, 94:24, 95:16, 97:10, 97:13, 98:15, 99:12, 99:13, 99:14, 101:5,

101:7, 101:17, 101:18, 101:21, 103:5, 104:19, 104:21, 105:10, 108:8, 111:11, 112:18, 112:25, 113:2, 113:4, 115:17, 116:11, 116:12, 116:17, 116:21, 117:12, 119:14, 119:15, 119:16, 120:25, 121:7, 122:24, 123:17, 123:24, 123:25, 124:6, 124:23, 125:10, 125:12, 125:14, 125:23, 126:5, 126:12, 127:1, 127:10, 128:1, 129:14, 129:21, 130:1, 130:4, 130:14
**Rate** [7] - 61:20, 62:1, 62:4, 62:9, 62:11, 63:10, 68:9
**rates** [38] - 28:19, 31:14, 31:16, 31:18, 32:4, 33:2, 33:4, 34:22, 35:24, 60:22, 62:25, 81:9, 81:14, 81:17, 81:22, 87:25, 89:1, 89:10, 89:11, 89:13, 89:17, 90:25, 92:9, 96:4, 98:23, 103:13, 104:15, 106:10, 114:18, 115:13, 115:17, 115:20, 116:9, 120:2, 120:20, 121:3, 125:3, 125:4
**rather** [4] - 14:19, 89:12, 124:12, 127:21
**RE** [2] - 1:4, 1:7
**re** [3] - 8:12, 8:14, 104:7
**reaching** [1] - 120:23
**read** [19] - 35:20, 60:16, 77:18, 80:17, 81:6, 81:25, 83:21, 99:14, 100:21, 104:7, 105:19, 108:21, 109:11, 111:21, 114:24, 117:22, 118:2, 126:9, 127:7
**ready** [20] - 25:6, 28:24, 30:17, 37:3, 39:6, 39:7, 39:9, 39:10, 40:12, 54:23,

55:1, 55:3, 55:15, 55:22, 57:9, 71:7, 71:8, 71:17, 72:1
**real** [1] - 72:19
**really** [7] - 9:6, 40:23, 51:5, 52:4, 54:10, 94:20, 111:21
**REALTIME** [1] - 6:17
**Realtime** [2] - 132:3, 132:13
**reamer** [2] - 76:22, 77:11
**Reamer** [2] - 76:24, 77:9
**REAMER** [1] - 77:1
**Rear** [1] - 103:21
**reason** [6] - 12:14, 40:23, 53:13, 55:15, 57:6, 89:8
**reasonable** [10] - 57:10, 64:25, 68:21, 68:22, 68:23, 70:7, 75:18, 83:3, 89:11, 118:16
**reasonably** [1] - 48:4
**reasons** [4] - 16:12, 30:11, 56:17, 100:18
**receive** [1] - 71:1
**received** [2] - 19:20, 107:15
**recent** [4] - 111:10, 112:17, 113:2, 113:3
**recess** [4] - 12:15, 76:2, 76:4, 131:20
**RECESS...................
.................** [1] - 7:11
**reckless** [2] - 24:25
**recognize** [6] - 77:13, 103:22, 106:3, 110:23, 111:7, 129:17
**recognized** [3] - 23:3, 25:20, 26:9
**recommendation** [2] - 33:13, 39:3
**recommendations** [3] - 54:4, 73:6, 73:7
**recommended** [4] - 20:16, 30:16, 39:1, 39:2
**reconstruct** [1] - 89:25
**record** [4] - 12:18, 76:17, 121:12, 132:8
**Record** [1] - 11:11
**RECORDED** [1] - 6:21
**recording** [1] - 11:4
**records** [3] - 29:15, 44:11, 55:9

**recovery** [1] - 38:18
**red** [7] - 100:20, 102:5, 102:6, 103:17, 106:19, 111:3, 122:12
**reduce** [3] - 26:14, 58:1, 60:12
**reduced** [2] - 33:9, 127:22
**reduces** [1] - 59:22
**reducing** [1] - 26:16
**redundancy** [1] - 65:12
**refer** [2] - 88:21, 93:3
**reference** [3] - 51:3, 53:5, 73:11
**referenced** [1] - 49:3
**referred** [5] - 25:17, 60:25, 67:10, 82:16, 98:3, 103:3
**referring** [3] - 82:4, 93:4, 102:8
**refers** [2] - 57:22, 57:24, 116:24, 130:2
**reflect** [2] - 43:25, 55:9
**refused** [2] - 16:1, 20:14
**Regan** [1] - 14:3
**REGAN** [2] - 4:11, 14:3
**regard** [4] - 44:22, 50:8, 70:11, 72:18
**regarding** [5] - 57:20, 93:19, 121:2
**Regarding** [1] - 104:9
**Regional** [1] - 17:23
**REGISTERED** [1] - 6:18
**Registered** [1] - 132:3
**registered** [1] - 132:14
**regular** [1] - 11:25
**regularly** [1] - 11:20
**Regulations** [2] - 18:25, 19:1
**regulator** [1] - 22:4
**rejection** [1] - 28:23
**relate** [1] - 78:25
**related** [9] - 67:19, 68:7, 72:23, 79:5, 86:1, 86:2, 87:23, 105:10, 120:1
**relates** [2] - 50:12, 57:19
**relating** [4] - 42:2, 42:6, 124:20
**relationship** [1] - 97:10
**release** [3] - 62:13, 66:25, 67:7

**released** [2] - 34:16, 120:1
**releasing** [2] - 34:17, 120:2
**reliable** [4] - 50:10, 53:16, 89:14, 89:16
**reliance** [6] - 22:1, 32:14, 34:1, 65:1, 65:2, 127:8
**relied** [10] - 21:17, 22:23, 30:18, 32:16, 39:3, 45:1, 63:19, 64:23, 120:13, 125:20
**relief** [18] - 18:23, 19:7, 21:12, 21:18, 21:19, 21:20, 21:22, 21:23, 21:25, 26:12, 47:10, 47:15, 52:7, 52:8, 59:6, 59:8, 67:8, 73:18
**rely** [4] - 23:14, 63:9, 63:13, 106:17
**remain** [2] - 34:15, 119:25
**remarks** [2] - 28:12, 40:15
**remember** [2] - 15:11, 70:5
**remind** [2] - 9:22, 15:7
**remotely** [2] - 19:15, 29:14
**remove** [1] - 37:12
**removed** [1] - 114:17
**RENAISSANCE** [1] - 5:22
**repeat** [1] - 10:23
**repeated** [1] - 26:20
**repeatedly** [3] - 26:21, 28:16, 28:18
**rephrase** [2] - 123:5, 123:15
**reply** [1] - 119:4
**Report** [4] - 23:11, 23:24, 25:17, 25:22
**report** [19] - 25:19, 34:21, 37:5, 46:20, 77:18, 77:20, 79:20, 79:23, 80:1, 92:15, 99:13, 99:14, 110:2, 111:25, 118:18, 119:13, 129:4, 129:5
**reported** [6] - 34:22, 81:9, 81:18, 81:20, 98:23
**REPORTER** [3] - 6:17, 6:17, 6:18
**Reporter** [7] - 132:3, 132:4, 132:5, 132:13, 132:14,

132:14
**REPORTER'S** [1] -
132:1
**reporters** [2] - 14:18,
15:9
**reporting** [1] - 113:16
**reports** [10] - 80:2,
80:4, 80:7, 99:9,
100:10, 100:12,
100:25, 102:8,
102:9, 131:3
**represent** [11] - 15:11,
36:17, 38:3, 91:21,
97:22, 100:4, 102:6,
102:8, 102:20,
108:10, 130:20
**representation** [5] -
29:13, 32:7, 36:20,
105:23, 106:22
**representations** [1] -
49:21
**representative** [2] -
24:6, 42:21
**representatives** [7] -
10:6, 45:8, 58:22,
58:25, 59:1, 131:6
**represented** [5] - 9:9,
29:7, 29:12, 29:17,
102:21
**representing** [1] -
105:18
**represents** [3] - 99:15,
105:20, 106:8
**Request** [1] - 104:8
**require** [3] - 18:25,
72:15, 72:16
**required** [4] - 19:2,
30:12, 127:1, 127:2
**requirement** [1] - 19:5
**research** [4] - 27:19,
27:23, 78:25, 79:4
**reseat** [1] - 56:10
**reservoir** [26] - 69:16,
84:7, 84:15, 90:20,
91:18, 91:22, 92:18,
92:24, 93:20, 97:1,
97:2, 97:8, 99:22,
106:9, 106:17,
106:23, 108:8,
108:11, 113:23,
114:3, 115:7, 115:9,
116:25, 117:2,
117:3, 117:17
**reservoirs** [1] - 84:25
**resistance** [8] - 94:23,
95:2, 98:4, 101:19,
101:25, 102:1,
116:25, 126:23
**resistances** [1] -
116:12

**resolved** [1] - 57:10
**resort** [2] - 21:21,
21:23
**resources** [1] - 120:7
**RESOURCES** [1] -
3:16
**respect** [3] - 27:5,
82:25, 106:19
**respond** [12] - 17:16,
17:19, 17:21, 17:24,
18:3, 18:11, 19:17,
22:5, 23:13, 45:25,
74:7, 128:24
**responders** [3] -
18:11, 19:23, 20:2
**responding** [2] -
27:18, 64:7
**Response** [14] -
16:21, 19:5, 19:9,
19:10, 19:11, 19:16,
20:20, 20:23, 20:24,
21:2, 21:10, 24:13,
104:8
**response** [27] - 16:22,
16:23, 18:14, 19:19,
19:23, 20:5, 22:17,
22:21, 25:6, 26:14,
27:25, 29:6, 31:9,
31:10, 34:15, 44:3,
44:8, 45:16, 46:12,
46:16, 47:18, 51:22,
63:15, 64:22, 73:13,
73:16, 75:1
**responses** [1] - 45:21
**responsibility** [3] -
21:3, 40:21, 65:22
**responsible** [6] -
22:22, 23:10, 23:15,
28:3, 82:23, 87:11
**rest** [2] - 23:18, 50:12
**Restore** [4] - 10:4,
10:5, 10:17, 76:22
**restricted** [2] - 97:7,
97:8
**restriction** [2] - 95:11,
95:14
**restrictions** [4] -
61:16, 116:23,
126:7, 127:22
**result** [9] - 10:10,
16:2, 16:5, 25:10,
38:11, 41:2, 42:11,
100:1, 114:8
**results** [5] - 98:11,
101:12, 106:8,
120:3, 130:3
**retrieve** [1] - 77:7
**retrospect** [2] - 70:8,
72:4
**return** [1] - 122:11

**revealing** [1] - 35:13
**review** [23] - 18:11,
39:8, 51:20, 58:21,
77:16, 79:25, 86:4,
102:12, 106:25,
109:16, 110:19,
112:25, 113:10,
115:23, 119:14,
121:4, 122:20,
123:2, 123:15,
124:16, 128:1,
128:3, 131:3
**reviewed** [9] - 67:3,
68:20, 80:2, 83:1,
112:19, 117:9,
120:23, 127:13,
130:12
**reviewing** [3] - 87:20,
113:8, 128:10
**revised** [1] - 81:3
**reward** [2] - 58:18,
58:19
**Rex** [1] - 54:11
**Richard** [2] - 60:15,
119:21
**RICHARD** [2] - 3:20,
6:4
**RICHESON** [1] - 6:9
**rig** [5] - 52:8, 56:25,
81:1, 81:4, 130:1
**Rig** [1] - 8:13
**RIG** [1] - 1:4
**right-hand** [2] - 32:20,
108:10
**rise** [3] - 8:7, 76:5,
131:18
**Riser** [2] - 56:4, 71:13
**riser** [18] - 9:1, 27:10,
27:11, 27:12, 37:12,
70:21, 81:4, 82:22,
91:24, 93:5, 93:6,
93:22, 94:13, 95:3,
95:12, 97:7
**risk** [11] - 37:4, 53:1,
53:3, 58:16, 58:18,
58:20, 59:4, 67:1,
67:7, 68:17, 69:7
**Risk** [1] - 17:10
**risks** [5] - 16:12,
17:10, 37:7, 55:5,
71:14
**risky** [1] - 55:23
**RMR** [2] - 6:17, 132:13
**ROBERT** [2] - 4:18,
4:22
**ROBERTS** [1] - 5:10
**ROBIN** [1] - 2:7
**Robin** [1] - 12:22
**rocks** [1] - 79:9
**role** [2] - 23:24, 87:9

**roles** [2] - 86:10,
86:12
**Rolhoff** [1] - 17:5
**roll** [1] - 14:19
**Room** [2] - 11:15,
11:17
**ROOM** [1] - 6:18
**ROUGE** [1] - 2:25
**rough** [1] - 89:5
**ROV's** [7] - 19:6,
21:11, 21:13, 21:16,
21:25, 56:3, 73:20
**rows** [1] - 12:1
**ROY** [2] - 1:22, 1:23
**rubric** [1] - 68:3
**rule** [5] - 11:1, 67:4,
69:4, 77:22
**ruled** [1] - 70:4
**rules** [7] - 10:2, 10:6,
10:9, 10:15, 11:6,
11:9, 11:15
**run** [8] - 55:16, 58:4,
58:8, 61:11, 65:21,
69:7, 75:8, 99:25
**running** [2] - 71:22,
81:22
**rupture** [2] - 67:19,
68:7
**ruptured** [7] - 30:14,
38:1, 38:5, 38:21,
66:10, 67:23, 69:24
**Rygg** [12] - 33:14,
34:1, 48:15, 60:6,
85:11, 85:16, 96:3,
96:5, 101:6, 125:18,
125:22, 126:20
**Rygg's** [5] - 33:24,
35:25, 36:15, 129:2,
130:3

**S**

**s/Cathy** [1] - 132:12
**safely** [2] - 37:10, 75:4
**safety** [2] - 16:23,
19:16
**Saidi** [1] - 120:19
**Salazar** [1] - 68:5
**sanctioned** [1] - 11:23
**sanctions** [1] - 11:7
**Sandia** [1] - 48:12
**sank** [5] - 9:1, 56:25,
81:1, 81:4
**SARAH** [1] - 3:21
**satisfied** [1] - 107:21
**Saturday** [4] - 119:3,
119:4, 119:5
**saw** [7] - 30:25, 88:18,
100:6, 102:1, 110:1,

110:14, 128:8
**scale** [3] - 33:9, 43:18,
110:11
**scales** [1] - 110:9
**scenario** [10] - 33:10,
36:14, 38:4, 38:7,
97:23, 99:21, 100:5,
100:15, 115:16
**scenarios** [13] - 36:12,
37:23, 37:24, 68:23,
69:14, 94:7, 104:23,
108:7, 110:3,
113:22, 114:6,
116:18
**scene** [4] - 23:3, 23:5,
23:25, 63:2
**schedule** [4] - 12:4,
12:6, 37:14, 39:23
**scheduling** [1] - 12:11
**SCHELL** [1] - 6:8
**science** [4] - 64:21,
78:10, 89:20, 90:10
**Sciences** [1] - 78:11
**scientific** [2] - 62:12,
83:3
**scientifically** [2] -
122:25, 123:17
**scientist** [1] - 68:20
**scientists** [4] - 35:10,
51:13, 61:15, 63:21
**scope** [7] - 40:24,
111:25, 112:8,
118:13, 120:15,
122:3, 128:12
**SCOTT** [1] - 3:18
**scratch** [1] - 18:22
**screen** [1] - 58:5
**screwing** [1] - 101:20
**sea** [3] - 68:2, 91:18,
91:24
**seabed** [2] - 92:18,
92:24
**seal** [3] - 56:22, 56:23,
74:17
**sealed** [1] - 37:17
**SEAN** [1] - 5:22
**seated** [1] - 8:8
**second** [18] - 9:12,
16:21, 43:21, 49:9,
58:4, 85:9, 87:16,
91:25, 92:5, 97:20,
98:21, 102:10,
106:14, 111:12,
118:7, 124:9,
124:14, 127:19
**secretary** [1] - 64:7
**Secretary** [8] - 35:15,
53:5, 64:5, 64:7,
68:5, 68:18, 69:9,
69:10

**section** [1] - 21:2
**SECTION** [4] - 1:4,
1:8, 1:11, 3:16
**Securities** [1] - 50:14
**sediment** [1] - 79:9
**see** [66] - 27:9, 29:10,
29:19, 32:19, 36:11,
43:24, 44:19, 46:2,
47:20, 47:25, 48:11,
51:9, 51:18, 53:5,
54:12, 56:1, 57:2,
57:14, 58:5, 58:8,
58:12, 58:24, 65:15,
68:23, 71:23, 75:3,
77:10, 83:21, 85:7,
86:5, 86:13, 86:16,
86:22, 87:13, 88:17,
89:9, 91:8, 96:16,
102:2, 103:8,
103:12, 104:19,
104:21, 105:9,
105:13, 107:1,
109:17, 113:20,
114:2, 114:5,
117:16, 119:6,
119:15, 121:5,
121:9, 121:19,
123:18, 124:16,
124:20, 125:16,
128:2, 128:6, 129:2,
131:6, 131:9
**seeing** [2] - 59:14,
61:24
**sees** [1] - 51:8
**segment** [3] - 8:24,
9:13, 9:14
**segments** [1] - 8:24
**segregated** [1] - 8:23
**seizure** [1] - 11:7
**Selbekk** [1] - 85:11
**self** [1] - 115:1
**self-asked** [1] - 115:1
**sending** [1] - 91:15
**sends** [2] - 107:8,
107:20
**sense** [8] - 23:1,
42:24, 43:13, 46:24,
53:16, 66:8, 89:14,
125:11
**sensitive** [1] - 107:18
**sent** [15] - 30:25,
32:18, 33:1, 33:25,
34:6, 34:14, 34:20,
34:23, 35:3, 109:17,
110:2, 110:4,
111:16, 118:24,
122:14
**sentence** [3] - 63:19,
92:6, 118:2
**separate** [4] - 36:21,

36:23, 100:17,
124:14
**separated** [1] - 27:10
**separately** [1] - 29:21
**separation** [1] - 56:6
**SEPTEMBER** [2] - 1:5,
8:2
**September** [1] - 52:12
**sequence** [3] - 44:16,
53:22, 54:7
**sequencing** [2] -
53:20, 54:13
**serious** [1] - 42:8
**seriously** [1] - 68:17
**Service** [1] - 81:3
**service** [1] - 16:25
**SERVICES** [1] - 5:19
**SESSION** [1] - 1:14
**set** [12] - 11:10, 11:24,
16:6, 46:20, 46:21,
47:8, 49:5, 66:6,
68:6, 93:7, 94:7,
126:15
**setup** [2] - 43:6, 65:8
**several** [3] - 42:6,
97:24, 113:21
**shallow** [3] - 26:10,
68:1, 74:9
**shape** [2] - 18:4, 38:18
**share** [4] - 31:25,
32:6, 74:19, 79:13
**shared** [7] - 34:9,
44:20, 49:11, 50:24,
51:4, 62:22, 79:16
**sharing** [1] - 51:15
**Shelf** [1] - 64:12
**Shell** [1] - 59:1
**SHELL** [1] - 4:5
**shield** [1] - 22:13
**shifts** [1] - 46:19
**ships** [5] - 43:6, 43:9,
53:11, 58:7, 65:11
**shot** [18] - 55:19,
57:22, 57:23, 58:15,
59:21, 60:8, 60:9,
60:11, 60:20, 62:21,
64:1, 124:10,
124:16, 124:18,
124:19, 125:9,
125:10, 125:15
**show** [34] - 15:22,
16:24, 17:17, 17:20,
20:4, 20:9, 20:23,
21:13, 22:18, 22:22,
23:22, 25:7, 26:8,
26:21, 28:16, 28:18,
29:3, 29:15, 32:25,
33:9, 34:11, 35:2,
36:4, 36:19, 39:9,
45:7, 49:8, 49:12,

54:8, 59:20, 67:9,
68:15, 105:5, 118:10
**showed** [5] - 10:4,
29:11, 63:4, 68:15,
68:16
**showing** [6] - 28:19,
33:2, 33:4, 74:8,
81:22, 108:5
**shown** [6] - 27:16,
36:12, 63:6, 63:14,
100:16, 110:14
**shows** [8] - 28:4,
29:15, 34:25, 40:11,
52:22, 65:8, 117:24,
131:8
**Shushan** [1] - 85:7
**shut** [34] - 17:6, 23:17,
37:15, 39:16, 39:25,
40:19, 42:23, 46:22,
46:25, 47:9, 48:7,
48:22, 52:10, 52:22,
53:6, 53:9, 53:12,
53:14, 58:1, 58:10,
59:15, 59:25, 64:10,
66:24, 67:25, 69:6,
70:1, 72:2, 75:1,
75:4, 75:6, 75:10,
75:14, 75:17
**shut-in** [12] - 37:15,
39:16, 39:25, 40:19,
42:23, 46:22, 46:25,
47:9, 48:7, 48:22,
52:10, 53:6
**shutting** [4] - 38:22,
43:17, 52:17, 87:4
**shutting-in** [1] - 38:22
**side** [14] - 9:5, 9:7,
9:8, 9:11, 9:15, 9:16,
14:24, 34:4, 70:22,
71:11, 75:23, 127:11
**sides** [1] - 9:6
**significance** [2] -
33:23, 66:17
**significant** [17] - 42:9,
43:23, 44:2, 45:24,
46:4, 46:6, 47:15,
47:22, 48:24, 49:6,
50:8, 51:18, 56:15,
63:19, 67:1, 104:25,
127:17
**significantly** [3] -
28:19, 32:4, 32:5
**signing** [1] - 63:24
**silent** [2] - 9:24,
123:12
**similar** [1] - 90:6
**similarities** [1] - 40:5
**simplify** [1] - 94:16
**simply** [4] - 22:19,
53:14, 82:8, 125:25

**simulate** [1] - 89:24
**simulated** [1] - 104:24
**simulating** [3] - 87:24,
87:25, 101:6
**simulation** [4] - 96:21,
99:14, 101:23, 130:3
**simulations** [19] -
81:13, 81:21, 96:14,
99:10, 99:13, 99:15,
99:20, 100:16,
101:14, 101:24,
105:14, 108:13,
109:12, 110:6,
110:9, 123:18,
127:17
**Sinclair** [1] - 13:15
**SINCLAIR** [2] - 2:19,
13:15
**single** [6] - 42:22,
48:4, 50:6, 89:12,
99:24, 99:25
**site** [1] - 51:23
**sitting** [1] - 99:23
**situation** [4] - 16:9,
19:18, 51:11, 72:8
**situations** [1] - 64:12
**six** [8] - 33:8, 36:23,
39:16, 59:17, 100:6,
100:7, 100:8, 108:6
**size** [10] - 32:9, 59:22,
94:10, 94:11, 94:21,
94:25, 95:2, 95:5,
95:9, 101:20
**skewed** [1] - 30:16
**skilled** [1] - 23:13
**skip** [2] - 72:25, 126:4
**slam** [5] - 30:4, 30:7,
35:16, 128:7, 128:8
**slam-dunk** [3] - 30:4,
30:7, 35:16
**slide** [15] - 68:6,
68:14, 80:14, 98:20,
100:6, 106:6,
106:21, 110:14,
112:16, 114:22,
115:15, 116:14,
117:5, 123:21,
129:12
**Slide** [1] - 83:6
**slides** [1] - 117:5
**slightly** [1] - 12:5
**slow** [1] - 25:3
**small** [1] - 95:10
**smaller** [1] - 94:23
**SMITH** [2] - 5:21, 13:5
**Smith** [2] - 13:5, 58:24
**so-called** [2] - 9:13,
29:22
**Socorro** [1] - 78:8
**software** [3] - 84:24,

85:18, 96:9
**SOILEAU** [1] - 2:10
**solemnly** [1] - 76:9
**solution** [4] - 26:7,
54:22, 55:1, 55:10
**solutions** [2] - 25:21,
74:2
**someone** [3] - 44:23,
64:6, 85:3
**sometimes** [2] - 95:1,
123:12
**somewhere** [2] -
15:13, 107:6
**sophisticated** [3] -
85:19, 85:20, 96:11
**sorry** [8] - 64:6, 77:19,
98:13, 102:17,
105:5, 107:4,
107:20, 117:9
**sort** [6] - 50:12, 95:2,
101:20, 103:25,
110:11, 119:8
**sorts** [1] - 120:7
**sound** [2] - 43:25,
118:9
**sounds** [1] - 129:3
**source** [60] - 8:24, 9:3,
15:23, 16:2, 16:3,
16:8, 16:20, 16:21,
17:9, 18:13, 18:17,
19:3, 19:12, 19:14,
19:19, 20:8, 20:10,
20:25, 21:2, 21:4,
21:5, 21:7, 21:10,
22:1, 22:24, 23:9,
24:1, 24:11, 24:14,
24:17, 25:20, 26:3,
26:24, 27:16, 28:22,
36:8, 41:14, 41:18,
41:25, 42:3, 42:6,
43:16, 43:22, 44:22,
47:7, 52:1, 53:21,
57:20, 71:6, 80:21,
81:15, 83:15, 87:23,
89:2, 89:9, 89:15,
120:12
**sources** [1] - 61:6
**SOUTH** [4] - 2:4, 2:10,
4:15, 5:16
**space** [1] - 65:3
**spaces** [2] - 57:25,
58:14
**spare** [1] - 48:2
**spared** [1] - 28:6
**speaking** [4] - 15:3,
15:12, 116:5, 128:22
**specializes** [2] -
85:18, 88:8
**specializing** [1] -
82:20

**specifically** [3] - 25:22, 118:14, 128:13
**spell** [1] - 76:16
**spelled** [1] - 76:22
**spend** [2] - 16:1, 45:15
**spent** [6] - 17:2, 27:17, 28:1, 48:3, 71:18, 71:25
**spill** [12] - 8:12, 16:22, 17:3, 19:3, 19:14, 23:9, 27:18, 45:18, 45:25, 46:18, 49:14, 118:7
**Spill** [13] - 16:21, 19:5, 19:9, 19:10, 19:16, 20:20, 20:23, 20:24, 21:2, 21:10, 24:13
**SPILL** [1] - 1:4
**Sprague** [1] - 129:19
**spreadsheet** [1] - 108:5
**spudded** [2] - 52:8, 73:19
**SQUARE** [1] - 4:5
**stability** [1] - 57:5
**stack** [30] - 16:16, 29:22, 39:24, 40:2, 40:5, 40:7, 40:10, 48:22, 70:12, 70:19, 70:25, 71:10, 71:17, 72:1, 72:4, 72:6, 72:11, 72:14, 72:17, 73:3, 74:17, 74:20, 74:22, 74:24, 75:3, 75:4, 75:8, 126:25, 127:1
**stacks** [5] - 25:23, 26:9, 26:13, 26:14, 72:9
**staff** [1] - 86:21
**stage** [2] - 124:9, 126:15
**stages** [1] - 124:4
**stand** [2] - 15:12, 73:23
**standard** [9] - 24:11, 54:3, 54:13, 73:15, 74:6, 74:12, 74:15, 97:17, 97:19
**standards** [1] - 45:18
**standing** [5] - 10:7, 34:24, 63:10, 117:23, 131:7
**start** [4] - 10:15, 47:8, 76:3, 83:5
**started** [1] - 62:10
**starting** [4] - 9:12, 106:11, 106:13,

108:7
**starts** [3] - 57:15, 106:14, 108:23
**STATE** [2] - 2:22, 2:23
**state** [6] - 62:5, 76:16, 77:6, 83:7, 115:10, 116:5
**State** [5] - 13:12, 13:13, 13:14, 13:15, 132:4
**statement** [9] - 16:18, 23:12, 24:12, 51:3, 67:10, 87:17, 123:3, 126:7, 127:14
**STATEMENTS** [8] - 7:5, 7:6, 7:7, 7:8, 15:21, 28:9, 41:8, 42:18
**statements** [12] - 14:23, 14:25, 15:1, 30:5, 38:17, 49:3, 50:13, 130:12, 130:17, 130:24, 130:25, 131:6
**States** [29] - 8:16, 8:21, 9:9, 9:14, 11:2, 14:9, 14:10, 14:12, 22:20, 31:4, 43:19, 44:8, 44:21, 45:4, 45:8, 45:11, 45:17, 51:12, 51:17, 62:15, 65:23, 67:3, 70:2, 104:8, 105:11, 105:23, 132:5, 132:15
**STATES** [4] - 1:1, 1:10, 1:15, 3:11
**STATES'** [1] - 2:17
**steel** [1] - 94:17
**Steering** [1] - 9:9
**STENOGRAPHY** [1] - 6:21
**step** [3] - 9:25, 69:2, 75:19
**Stephanie** [2] - 8:10, 14:17
**Stephen** [1] - 14:8
**STEPHEN** [2] - 1:19, 3:12
**stepped** [1] - 46:10
**Steve** [1] - 14:10
**STEVEN** [2] - 3:17, 5:10
**Steven** [1] - 35:15
**still** [7] - 24:25, 37:18, 55:8, 55:10, 55:19, 57:2, 85:4
**stipulation** [1] - 57:20
**stock** [2] - 40:22, 60:3
**stone** [2] - 48:2, 75:21

**stop** [9] - 16:2, 16:13, 18:9, 20:11, 20:21, 21:24, 28:2, 91:25, 123:1
**story** [4] - 44:19, 50:12, 67:15, 70:18
**straight** [1] - 57:2
**strategy** [4] - 28:23, 52:17, 53:17, 70:10
**stream** [2] - 43:5, 105:3
**streams** [1] - 52:24
**STREET** [15] - 2:4, 2:11, 2:15, 2:24, 3:4, 3:8, 4:6, 4:15, 4:19, 5:7, 5:10, 5:23, 6:10, 6:14, 6:18
**stressed** [1] - 50:21
**strictly** [3] - 10:25, 11:5, 118:16
**strike** [4] - 120:10, 128:11, 129:8, 130:11
**strongly** [1] - 68:10
**structure** [4] - 24:2, 45:24, 46:10, 65:16
**studies** [1] - 83:11
**study** [5] - 25:16, 26:11, 26:13, 79:4, 82:15
**stuff** [1] - 68:16
**subdivide** [1] - 83:13
**subdivided** [1] - 96:22
**subject** [2] - 9:20, 96:4
**subjected** [1] - 11:6
**subjective** [1] - 90:14
**submitted** [1] - 78:23
**subsea** [7] - 17:7, 18:4, 23:4, 25:20, 26:1, 65:8, 65:15
**substantially** [2] - 17:21, 41:21
**succeed** [4] - 36:1, 125:15, 125:24
**succeeded** [1] - 130:2
**success** [13] - 16:12, 30:5, 35:14, 35:18, 40:11, 64:4, 64:11, 64:14, 126:6, 128:3, 128:9, 128:12, 129:7
**successful** [5] - 43:12, 56:21, 60:18, 60:24, 65:22
**successfully** [3] - 60:2, 75:10, 126:11
**suffer** [1] - 10:16
**sufficient** [4] - 48:13, 59:15, 83:1, 124:6
**sufficiently** [1] - 82:7

**suggest** [3] - 25:6, 67:23, 125:14
**suggested** [5] - 61:17, 68:10, 81:9, 98:22, 122:23
**suggesting** [2] - 126:22, 128:6
**SUITE** [6] - 1:23, 2:4, 2:15, 4:6, 5:7, 5:10, 5:23, 6:4, 6:10
**suite** [2] - 113:21, 114:6
**summarizes** [1] - 75:13
**summarizing** [1] - 130:16
**summary** [2] - 51:21, 130:21
**superseding** [1] - 42:12
**supervised** [1] - 11:23
**support** [8] - 27:5, 32:23, 47:10, 62:18, 83:2, 103:12, 103:16, 105:1
**supported** [3] - 43:13, 66:21, 105:10
**Supreme** [1] - 11:3
**surface** [4] - 50:20, 112:3, 112:6, 112:7
**sustain** [3] - 116:6, 118:21, 123:6
**SUTHERLAND** [1] - 5:9
**Suttles** [23] - 29:6, 29:11, 31:7, 31:8, 31:11, 31:20, 32:13, 32:14, 32:17, 32:18, 50:11, 50:13, 50:17, 62:23, 87:8, 87:14, 102:21, 103:9, 103:20, 104:2, 111:5
**Suttles'** [1] - 32:7
**swear** [2] - 76:6, 76:9
**switched** [1] - 42:16
**sworn** [1] - 76:14
**system** [16] - 19:16, 58:6, 66:6, 66:9, 89:22, 89:24, 90:22, 91:13, 91:17, 91:21, 92:1, 93:2, 96:22, 101:25, 102:2, 116:12
**systems** [1] - 23:4

## T

**table** [2] - 100:8, 114:15

**tables** [1] - 10:22
**tablets** [1] - 9:23
**tactical** [1] - 24:2
**tank** [1] - 60:3
**target** [3] - 101:17, 101:23, 116:11
**targeted** [4] - 101:24, 116:9, 116:17, 116:20
**tasked** [1] - 87:10
**taught** [1] - 18:15
**teach** [1] - 78:10
**teaching** [2] - 78:12, 79:4
**Team** [3] - 37:8, 85:10, 130:8
**team** [21] - 13:19, 19:17, 29:6, 31:9, 31:10, 39:14, 45:20, 46:8, 47:10, 47:11, 52:11, 52:25, 57:11, 64:21, 68:4, 73:23, 74:11, 74:14, 87:13
**teams** [5] - 46:20, 46:21, 47:8, 47:11, 71:4
**Tech** [1] - 78:22
**Technical** [7] - 61:20, 62:1, 62:4, 62:9, 62:11, 63:11, 68:9
**technical** [3] - 19:17, 20:16, 74:14
**technicians** [3] - 46:19, 51:13, 65:23
**technique** [1] - 64:17
**techniques** [3] - 21:11, 22:24, 57:21
**technologies** [1] - 79:15
**Technology** [3] - 78:8, 78:13, 78:19
**technology** [10] - 16:8, 18:9, 23:6, 26:5, 26:10, 26:12, 26:17, 26:24, 42:16, 79:13
**Ted** [1] - 58:24
**teeny** [2] - 94:20, 95:13
**temperature** [2] - 90:12, 90:15
**temperatures** [2] - 87:24, 99:12
**term** [1] - 26:6
**terminology** [1] - 57:18
**terms** [15] - 45:7, 45:21, 46:5, 48:10, 62:16, 71:6, 71:25, 73:2, 73:13, 74:13,

79:8, 80:23, 94:15,
108:11
**test** [5] - 71:20, 74:25,
75:8, 99:24, 118:5
**testified** [3] - 32:15,
60:6, 76:15
**testify** [7] - 17:4,
18:19, 21:3, 22:6,
77:20, 79:1, 124:1
**testifying** [1] - 55:18
**testimony** [13] - 8:25,
9:6, 11:20, 40:4,
42:20, 46:2, 64:21,
76:3, 76:9, 77:16,
121:4, 121:5, 129:9
**testing** [5] - 75:10,
103:9, 124:16,
124:20, 124:21
**tests** [2] - 71:23, 75:3
**text** [3] - 37:20,
105:19, 129:19
**Thad** [6] - 46:1, 48:17,
51:4, 53:23, 54:1,
103:21
**THE** [52] - 1:4, 1:5,
1:7, 1:15, 1:19, 2:17,
2:22, 3:11, 8:7, 8:8,
8:10, 8:12, 8:18,
13:17, 13:22, 14:17,
15:5, 15:20, 28:8,
41:6, 42:14, 42:17,
76:1, 76:5, 76:6,
76:8, 76:12, 76:16,
76:18, 76:20, 77:2,
77:18, 77:25, 83:25,
85:1, 85:3, 85:7,
112:12, 112:14,
116:6, 118:18,
118:21, 120:16,
122:5, 123:6, 123:8,
128:24, 129:3,
129:8, 131:12,
131:15, 131:18
**themselves** [2] -
13:21, 13:22
**theoretical** [2] -
105:18, 105:21
**thereafter** [1] - 66:23
**therefore** [2] - 95:13,
124:11
**they've** [1] - 54:6
**thickness** [1] - 117:3
**thinking** [3] - 60:19,
66:19, 70:12
**thinks** [1] - 53:6
**third** [7] - 11:15, 38:1,
38:3, 38:7, 98:8,
123:20, 129:7
**THIRD** [1] - 2:24
**THOMAS** [2] - 2:3,

3:17
**thorough** [1] - 22:18
**thousand** [1] - 50:4
**thousands** [2] - 19:7
**three** [13] - 20:7,
27:20, 29:20, 37:23,
37:24, 47:18, 71:3,
84:6, 84:18, 98:6,
98:7, 98:10, 98:21
**threshold** [2] - 82:3,
123:24
**throughout** [3] -
22:12, 25:17, 27:1
**Thursday** [1] - 12:5
**Tillerson** [1] - 54:11
**Tim** [2] - 34:6, 127:16
**Tim's** [2] - 34:5, 34:7
**timeframe** [2] - 52:15,
52:16, 99:3
**timeline** [5] - 29:2,
29:10, 29:19, 30:21,
52:1
**timely** [1] - 75:14
**tip** [1] - 97:15
**title** [1] - 84:10
**TO** [1] - 8:4
**today** [5] - 44:10,
50:25, 57:13, 73:22,
79:1
**together** [3] - 46:11,
85:13, 115:2
**TOLLES** [1] - 5:13
**Tom** [3] - 48:12,
64:20, 85:11
**tons** [1] - 56:20
**Tony** [6] - 14:5, 18:3,
35:16, 86:12,
107:16, 107:21
**took** [9] - 20:21, 33:6,
33:8, 38:18, 71:24,
76:4, 76:21, 103:9,
110:8
**tool** [1] - 74:21
**tools** [4] - 18:5, 18:8,
56:13, 71:20
**Tooms** [2] - 120:22,
121:16
**top** [11] - 56:20, 56:24,
64:11, 70:19, 71:14,
82:22, 86:10,
108:20, 108:21,
108:23, 110:16
**Top** [84] - 23:23, 24:8,
28:22, 29:22, 29:24,
30:7, 30:11, 30:15,
33:13, 33:16, 35:14,
35:16, 35:25, 36:16,
36:23, 37:2, 37:18,
37:20, 37:25, 38:14,
39:18, 39:20, 42:25,

43:3, 47:1, 47:10,
47:21, 49:12, 49:24,
52:15, 54:23, 54:25,
55:6, 55:8, 55:15,
55:18, 55:23, 56:17,
57:10, 57:19, 57:21,
59:11, 60:11, 60:21,
60:24, 61:11, 62:10,
62:16, 62:20, 63:24,
64:8, 64:9, 64:11,
64:14, 65:5, 65:10,
65:24, 66:22, 69:15,
69:20, 80:22, 82:2,
82:5, 82:6, 82:10,
82:17, 82:18, 82:20,
101:7, 101:8,
123:23, 124:1,
124:3, 124:4,
126:14, 127:1,
128:3, 128:6, 128:9,
128:12, 129:6,
129:13
**topic** [2] - 78:25,
116:8
**TORTS** [1] - 3:12
**total** [4] - 9:16, 19:12,
19:20, 109:13
**touch** [1] - 73:12
**TOWER** [1] - 5:22
**tragically** [1] - 28:23
**trained** [1] - 18:12
**training** [5] - 16:3,
23:17, 23:20, 24:18,
28:1
**transcript** [1] - 132:7
**TRANSCRIPT** [2] -
1:14, 6:21
**transducer** [1] -
126:18
**transmitting** [1] - 11:4
**Transocean** [12] -
8:19, 9:10, 13:6,
13:7, 13:9, 13:10,
16:17, 20:13, 28:11,
55:13, 55:22, 78:2
**TRANSOCEAN** [3] -
5:3, 5:3, 5:5
**Transocean's** [3] -
48:25, 55:9, 55:17
**transparency** [1] -
23:25
**treated** [1] - 27:22
**Trevor** [2] - 91:12,
120:19
**TREX** [2] - 96:16,
109:23
**TREX-1** [1] - 107:4
**TREX-11900.1.1.TO**
[1] - 79:22
**TREX-11906** [1] -

110:21
**TREX-1651.1.1.TO** [1]
- 122:13
**TREX-3218.1.1.TO** [2]
- 111:4, 112:16
**TREX-3220.1.1** [1] -
117:20
**TREX-5063.1.1.TO** [1]
- 91:11
**TREX-5063.4.1.TO** [1]
- 92:16
**TREX-5063.4.2.TO** [1]
- 93:11
**TREX-5063.4.5.TO** [1]
- 94:1
**TREX-52673.17.3** [1] -
122:19
**TREX-9132.2.1** [1] -
126:1
**TREX-9155.1.1.TO** [1]
- 103:19
**TREX-9155.3.1.TO** [1]
- 104:17
**TREX-9155.4.1.TO** [1]
- 106:2
**TREX-9156.1.1.TO** [1]
- 113:5
**TREX-9156.12.1.TO**
[1] - 114:21
**TREX-9156.5.1.TO** [1]
- 113:18
**TREX-9156.8.1.TO** [1]
- 116:13
**TREX-9157.2.1.TO** [1]
- 108:1
**TREX-9160.1.1** [1] -
129:16
**TREX-9164.1.1.TO** [1]
- 121:15
**TREX-92** [1] - 102:17
**TREX-9250.1.2** [1] -
127:6
**TREX-9266.1.1.TO** [1]
- 96:2
**TREX-9330.1.1** [1] -
109:9
**TREX-9474.1.2** [1] -
120:18
**TREX-9475.3.1.TO** [1]
- 119:20
**TRIAL** [1] - 1:14
**trial** [36] - 8:20, 9:21,
11:5, 11:10, 11:14,
11:19, 11:20, 12:4,
12:8, 12:12, 12:17,
13:19, 14:21, 15:10,
20:19, 21:6, 22:12,
24:19, 25:18, 27:1,
34:10, 39:6, 40:4,
41:19, 43:14, 46:14,

51:25, 54:8, 55:4,
56:1, 58:25, 59:5,
59:20, 60:14
**tried** [3] - 34:11,
56:16, 64:18
**TRITON** [1] - 1:8
**Triton** [1] - 8:15
**trouble** [1] - 51:1
**true** [10] - 22:19,
30:10, 30:16, 36:9,
38:23, 40:24, 45:1,
60:20, 68:10, 132:7
**trust** [2] - 121:18,
121:20, 122:9,
122:10
**truth** [4] - 38:25,
76:10, 76:11
**try** [6] - 10:13, 15:12,
22:15, 58:10, 83:21,
91:14
**trying** [8] - 57:25,
61:22, 66:5, 68:4,
83:14, 89:24, 91:21,
120:7
**turn** [3] - 10:11,
107:17, 123:20
**turn-around** [1] -
107:17
**turned** [1] - 9:24
**turns** [2] - 93:1, 101:5
**twice** [1] - 36:20
**two** [33] - 8:23, 9:6,
12:1, 29:3, 29:20,
30:23, 36:13, 37:8,
37:25, 43:4, 46:19,
46:25, 47:7, 57:21,
59:12, 69:10, 69:14,
73:9, 91:20, 93:1,
96:22, 101:15,
101:18, 106:8,
106:11, 109:12,
110:6, 110:10,
110:15, 112:20,
124:4, 124:14
**Two** [8] - 8:19, 8:23,
9:13, 9:19, 41:18,
41:24, 42:1, 73:7
**two-day** [1] - 37:8
**two-month** [2] - 29:3,
43:4
**TX** [3] - 5:11, 5:23, 6:5
**type** [1] - 93:16
**types** [3] - 25:25, 26:2,
90:3
**typical** [3] - 114:2,
114:4, 114:8
**typically** [4] - 81:20,
84:24, 92:12, 104:5

# U

**U.S** [2] - 3:11, 3:15
**UAC** [3] - 87:1, 87:11, 102:23
**UAC's** [1] - 130:25
**ultimately** [2] - 23:9, 74:16
**unable** [1] - 12:12
**unacceptable** [1] - 75:6
**unaware** [1] - 17:5
**uncertain** [7] - 50:18, 50:22, 90:11, 90:25, 91:2, 93:23, 115:20
**uncertainties** [4] - 45:14, 63:22, 93:16, 93:19
**uncertainty** [16] - 31:16, 31:17, 43:23, 44:2, 48:9, 49:6, 70:6, 88:10, 90:9, 90:10, 91:9, 95:24, 97:5, 97:24, 114:5, 114:7
**under** [8] - 8:21, 17:9, 19:1, 68:3, 69:5, 77:5, 81:13, 113:22
**underground** [2] - 43:7, 79:6
**underlying** [1] - 47:17
**understate** [1] - 36:14
**understood** [16] - 26:8, 26:15, 33:23, 36:25, 45:10, 48:21, 49:6, 52:9, 52:11, 53:15, 60:15, 62:20, 63:20, 63:21, 64:18
**undertake** [1] - 42:25
**undertaking** [1] - 47:15
**underwater** [1] - 71:23
**underway** [2] - 52:24, 73:19
**unfamiliar** [1] - 23:6
**unforeseeable** [1] - 42:7
**unfortunate** [1] - 10:13
**unfortunately** [1] - 40:20
**Unified** [8] - 15:24, 32:6, 33:12, 35:23, 37:11, 42:7, 63:17, 122:24
**unified** [1] - 87:2
**unique** [4] - 27:2, 68:12, 72:8
**UNITED** [4] - 1:1, 1:10,

1:15, 3:11
**United** [28] - 8:16, 8:21, 9:14, 11:2, 14:9, 14:10, 14:12, 22:20, 31:4, 43:19, 44:8, 44:21, 45:4, 45:8, 45:11, 45:17, 51:12, 51:17, 62:15, 65:23, 67:3, 70:2, 104:8, 105:11, 105:23, 132:5, 132:15
**universal** [1] - 108:12
**unknown** [1] - 44:7
**unknowns** [3] - 46:6, 48:24, 61:2
**unlatch** [1] - 56:3, 56:17
**unlike** [1] - 58:18
**unlikely** [4] - 21:14, 21:16, 30:1, 56:10
**unnecessary** [1] - 30:20
**unprecedented** [1] - 43:20
**unpredictable** [1] - 27:2
**unprepared** [2] - 22:2, 41:12
**unquote** [1] - 106:23
**unrelated** [1] - 112:4
**unreliable** [2] - 36:5, 112:4
**unrestricted** [1] - 105:2
**unturned** [2] - 48:2, 75:21
**unusual** [1] - 97:17
**up** [80] - 11:17, 11:24, 12:1, 12:3, 12:13, 15:5, 15:13, 20:2, 34:25, 42:14, 47:8, 48:21, 53:13, 53:15, 54:24, 56:7, 57:2, 57:25, 58:6, 63:10, 65:25, 66:2, 66:3, 66:6, 73:23, 75:5, 77:11, 79:22, 82:9, 83:20, 83:23, 86:6, 86:16, 86:23, 87:17, 91:22, 91:23, 93:10, 93:20, 93:23, 94:1, 94:8, 97:2, 97:25, 99:5, 102:21, 102:23, 103:14, 103:18, 103:20, 103:24, 104:1, 104:3, 105:15, 107:13, 107:25, 108:14, 109:9,

109:23, 110:4, 110:11, 111:4, 111:9, 113:8, 113:18, 116:18, 117:20, 117:21, 117:25, 118:10, 119:21, 122:13, 122:19, 123:20, 124:7, 124:13, 129:25, 130:10, 130:19, 131:7
**up-flowing** [1] - 124:7
**upper** [1] - 114:12
**ups** [3] - 30:25, 33:1, 98:9
**upsetting** [1] - 119:12
**upstream** [1] - 127:21
**upward** [4] - 29:8, 86:9, 125:8, 125:25
**upwards** [1] - 69:17
**US** [2] - 49:17, 62:2
**USGS** [1] - 68:8
**usual** [1] - 44:23
**utilized** [1] - 74:17

# V

**valid** [2] - 34:7, 120:15
**valves** [1] - 43:7
**variety** [4] - 81:13, 87:22, 89:21, 100:5
**various** [8] - 14:21, 59:22, 104:23, 108:17, 115:11, 116:22, 124:10, 130:12
**velocity** [2] - 125:2
**vent** [1] - 39:24
**venting** [4] - 39:22, 40:9, 55:10, 55:21
**verify** [1] - 69:2
**versus** [6] - 9:7, 9:15, 47:21, 106:7, 108:6
**vertical** [3] - 100:7, 100:17, 110:11
**vessel** [1] - 27:11
**vessels** [2] - 43:6, 65:6
**via** [1] - 38:22
**viability** [3] - 34:8, 125:9, 125:10
**vice** [2] - 31:5, 31:25
**vice-president** [1] - 31:5
**vice-president's** [1] - 31:25
**video** [7] - 10:24, 36:6, 51:10, 53:8, 53:25, 64:24, 75:15

**videotape** [1] - 35:19
**view** [3] - 51:8, 75:13, 126:5
**vigorously** [1] - 24:7
**violated** [1] - 10:6
**violates** [1] - 11:6
**violating** [1] - 10:15
**violation** [1] - 10:16
**virtual** [1] - 62:8
**visited** [1] - 81:1
**visual** [1] - 36:5
**vividly** [1] - 32:12
**VOICES** [1] - 8:9

# W

**W-I-L-S-O-N** [1] - 76:18
**wait** [3] - 19:7, 20:7, 21:12
**waited** [2] - 18:22, 27:21
**walk** [4] - 35:5, 83:23, 99:6, 109:25
**walked** [2] - 10:3, 101:9
**warnings** [7] - 16:6, 25:5, 25:9, 25:10, 26:4, 26:19
**warranted** [2] - 73:8, 73:10
**WARREN** [1] - 6:13
**WASHINGTON** [5] - 3:13, 3:22, 4:20, 4:24, 6:14
**Watabayashi** [1] - 61:7
**watch** [1] - 102:15
**watching** [1] - 36:25
**water** [7] - 10:21, 26:11, 51:15, 79:11, 87:6, 92:18, 111:18
**Water** [1] - 8:21
**ways** [4] - 17:6, 34:3, 71:19, 127:10
**WCD** [2] - 107:10
**website** [4] - 11:12, 11:21, 11:24
**Wednesday** [1] - 12:11
**week** [3] - 12:6, 12:11, 39:6
**weeks** [11] - 28:5, 30:19, 30:20, 38:20, 39:16, 41:16, 44:3, 66:23, 81:8, 98:21
**weight** [1] - 124:6
**WEINER** [1] - 6:9
**WEITZ** [1] - 2:7

**wellbore** [1] - 124:6
**wellhead** [6] - 64:10, 91:23, 93:21, 97:11, 124:5, 126:16
**wells** [10] - 21:18, 21:20, 21:22, 21:23, 21:25, 23:2, 26:12, 84:23, 84:25, 96:13
**Wetzel** [2] - 49:20, 61:9
**whereas** [1] - 81:21
**WHEREUPON** [8] - 35:19, 51:10, 53:8, 53:25, 64:24, 75:15, 76:4, 131:19
**WHITELEY** [1] - 3:3
**whole** [4] - 76:10, 89:8, 91:17, 112:19
**wholly** [1] - 23:14
**wide** [1] - 81:12
**Wild** [4] - 20:12, 82:21, 85:23, 130:5
**WILSON** [1] - 76:13
**Wilson** [37] - 48:25, 50:23, 76:18, 78:5, 79:23, 82:25, 83:5, 83:17, 84:3, 95:23, 98:20, 98:25, 99:6, 99:18, 102:5, 103:17, 104:20, 108:2, 109:7, 111:2, 111:25, 112:6, 112:19, 113:20, 116:3, 116:8, 117:16, 118:6, 118:24, 119:13, 120:11, 120:18, 122:16, 127:12, 128:1, 129:20, 130:12
**Wilson's** [3] - 77:16, 118:14, 128:13
**WILSON...................
................** [1] - 7:9
**win** [1] - 125:6
**WINFIELD** [1] - 2:19
**Winfield** [1] - 13:15
**withheld** [2] - 28:19, 32:3
**WITNESS** [2] - 76:12, 76:18
**witness** [4] - 55:17, 76:7, 76:14, 124:1
**women** [1] - 40:17
**word** [5] - 33:7, 39:12, 68:13, 74:18, 83:21
**words** [4] - 17:1, 35:6, 73:8, 103:6
**works** [2] - 58:12, 64:17

**workup** [1] - 61:14
**world** [3] - 20:10, 40:17, 72:10
**Worley** [1] - 61:18
**worried** [2] - 62:19, 128:9
**worse** [8] - 16:9, 27:15, 32:24, 41:2, 47:19, 53:17, 56:9, 56:16
**worst** [13] - 17:16, 17:19, 17:21, 33:10, 36:11, 36:14, 44:14, 105:11, 106:21, 107:11, 109:5, 109:6, 110:16
**worst-case** [5] - 17:16, 17:19, 33:10, 36:11, 36:14
**worth** [1] - 68:17
**wrap** [1] - 130:10
**WRIGHT** [1] - 1:22
**write** [2] - 104:11, 120:21
**writes** [3] - 93:12, 109:12, 120:19
**writing** [5] - 35:6, 92:22, 107:16, 117:17, 119:8
**written** [2] - 39:13, 96:20
**wrote** [2] - 39:4, 39:15
**www.laed.uscourts. gov** [1] - 11:13
**www.mdl2179 trialdocs.com** [1] - 11:22

---

### Y

**years** [8] - 21:15, 25:13, 27:8, 27:21, 44:11, 78:14, 79:3, 90:6
**yielded** [1] - 100:1
**yields** [1] - 95:4
**York** [1] - 13:4
**YORK** [3] - 2:8, 6:3, 13:4
**yourself** [1] - 15:11

### Z

**zero** [1] - 17:2

### "

**"MIKE"** [1] - 4:22

**OFFICIAL TRANSCRIPT**