1               UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
    *DEEPWATER HORIZON* IN THE          *
5   GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                       *
6   Applies to:                        *   New Orleans, Louisiana
                                       *
7   Docket 10-CV-02771,                *   September 30, 2013
    *IN RE:  THE COMPLAINT AND*          *
8   *PETITION OF TRITON ASSET*           *
    *LEASING GmbH, et al.*               *
9                                      *
    Docket 10-CV-4536,                 *
10  *UNITED STATES OF AMERICA v.*        *
    *BP EXPLORATION & PRODUCTION,*       *
11  *INC., et al.*                       *
                                       *
12  * * * * * * * * * * * * * * * * * *

13

14              DAY 1, AFTERNOON SESSION
           TRANSCRIPT OF NONJURY TRIAL BEFORE
15          THE HONORABLE CARL J. BARBIER
             UNITED STATES DISTRICT JUDGE

16

17  Appearances:

18

19  For the Plaintiffs:        Herman Herman & Katz, LLC
                               BY:  STEPHEN J. HERMAN, ESQ.
                               820 O'Keefe Avenue
20                             New Orleans, Louisiana 70113

21

22  For the Plaintiffs:        Domengeaux Wright Roy
                                 & Edwards, LLC
                               BY:  JAMES P. ROY, ESQ.
23                             556 Jefferson Street, Suite 500
                               Post Office Box 3668
24                             Lafayette, Louisiana 70502

25

OFFICIAL TRANSCRIPT

1  Appearances:

2

3  For the Plaintiffs:          Levin Papantonio Thomas Mitchell
                                  Rafferty & Proctor, PA
                                BY:  BRIAN H. BARR, ESQ.
4                               316 South Baylen Street, Suite 600
                                Post Office Box 12308
5                               Pensacola, Florida 32591

6

7  For the Plaintiffs:          Weitz & Luxenberg, PC
                                BY:  ROBIN L. GREENWALD, ESQ.
                                700 Broadway
8                               New York, New York 10003

9

10 For the Plaintiffs:          Lundy Lundy Soileau & South, LLP
                                BY:  MATTHEW E. LUNDY, ESQ.
                                501 Broad Street
11                              Lake Charles, Louisiana 70601

12

13 For the Plaintiffs:          Morgan & Morgan
                                BY:  FRANK M. PETOSA, ESQ.
                                188 East Capital Street, Suite 777
14                              Jackson, Mississippi 39201

15

16 For the States'             Attorney General's Office
   Interests:                  BY:  COREY L. MAZE, ESQ.
17                                  WINFIELD J. SINCLAIR, ESQ.
                                500 Dexter Avenue
18                              Montgomery, Alabama 36130

19 For the State of            Attorney General's Office
   Louisiana:                  BY:  JAMES D. CALDWELL, ESQ.
20                              1885 North Third Street
                                Post Office Box 94005
21                              Baton Rouge, Louisiana 70804

22

23 For the State of            Kanner & Whiteley, LLC
   Louisiana:                  BY:  ALLAN KANNER, ESQ.
24                                  DOUGLAS R. KRAUS, ESQ.
                                701 Camp Street
25                              New Orleans, Louisiana 70130

OFFICIAL TRANSCRIPT

```
1    Appearances:

2
     For the State of              HENRY DART, ESQ.
3    Louisiana:                    510 North Jefferson Street
                                   Covington, Louisiana 70433
4

5    For the United States         U.S. Department of Justice
     of America:                   Torts Branch, Civil Division
6                                  BY:  STEPHEN G. FLYNN, ESQ.
                                   Post Office Box 14271
7                                  Washington, D.C. 20044

8
     For the United States         U.S. Department of Justice
9    of America:                   Environment & Natural Resources
                                   Environmental Enforcement Section
10                                 BY:  THOMAS BENSON, ESQ.
                                        STEVEN O'ROURKE, ESQ.
11                                      SCOTT CERNICH, ESQ.
                                        A. NATHANIEL CHAKERES, ESQ.
12                                      ANNA CROSS, ESQ.
                                        BETHANY ENGEL, ESQ.
13                                      RICHARD GLADSTEIN, ESQ.
                                        JUDY HARVEY, ESQ.
14                                      SARAH HIMMELHOCH, ESQ.
                                   Post Office Box 7611
15                                 Washington, D.C. 20044

16
     For BP Exploration &          Liskow & Lewis, APLC
17   Production Inc.,              BY:  DON K. HAYCRAFT, ESQ.
     BP America Production         701 Poydras Street, Suite 5000
18   Company, BP PLC:             New Orleans, Louisiana 70139

19
     For BP Exploration &          Kirkland & Ellis, LLP
20   Production Inc.,              BY:  J. ANDREW LANGAN, ESQ.
     BP America Production              HARIKLIA "CARRIE" KARIS, ESQ.
21   Company, BP PLC:                  MATTHEW T. REGAN, ESQ.
                                        PAUL D. COLLIER, ESQ.
22                                      BARRY E. FIELDS, ESQ.
                                   300 N. Lasalle
23                                 Chicago, Illinois 60654

24

25
```

OFFICIAL TRANSCRIPT

1   Appearances:

2

3   For BP Exploration &              Kirkland & Ellis, LLP
    Production Inc.,                  BY:  MARTIN BOLES, ESQ.
    BP America Production             333 South Hope Street
4   Company, BP PLC:                  Los Angeles, California 90071

5

6   For BP Exploration &              Kirkland & Ellis, LLP
    Production Inc.,                  BY:  ROBERT R. GASAWAY, ESQ.
    BP America Production                  JOSEPH A. EISERT, ESQ.
7   Company, BP PLC:                       BRIDGET K. O'CONNOR, ESQ.
                                      655 Fifteenth Street, N.W.
8                                     Washington, D.C. 20005

9

10  For BP Exploration &             Covington & Burling, LLP
    Production Inc.,                  BY:  ROBERT C. "MIKE" BROCK, ESQ.
    BP America Production             1201 Pennsylvania Avenue, N.W.
11  Company, BP PLC:                  Washington, D.C. 20004

12

13  For Transocean Holdings          Frilot, LLC
    LLC, Transocean Offshore         BY:  KERRY J. MILLER, ESQ.
    Deepwater Drilling Inc.,         1100 Poydras Street, Suite 3700
14  Transocean Deepwater Inc.:       New Orleans, Louisiana 70163

15

16  For Transocean Holdings          Sutherland Asbill & Brennan, LLP
    LLC, Transocean Offshore         BY:  STEVEN L. ROBERTS, ESQ.
    Deepwater Drilling Inc.,         1001 Fannin Street, Suite 3700
17  Transocean Deepwater Inc.:       Houston, Texas 77002

18

19  For Transocean Holdings          Munger Tolles & Olson, LLP
    LLC, Transocean Offshore         BY:  MICHAEL R. DOYEN, ESQ.
    Deepwater Drilling Inc.,              BRAD D. BRIAN, ESQ.
20  Transocean Deepwater Inc.:            LUIS LI, ESQ.
                                          GRANT A. DAVIS-DENNY, ESQ.
21                                        ALLEN M. KATZ, ESQ.
                                     355 S. Grand Avenue, 35th Floor
22                                   Los Angeles, California 90071

23

24

25

OFFICIAL TRANSCRIPT

1   <u>Appearances</u>:

2

3   For Halliburton Energy          Godwin Lewis, PC
    Services, Inc.:                 BY:   DONALD E. GODWIN, ESQ.
                                          JENNY L. MARTINEZ, ESQ.
4                                         BRUCE W. BOWMAN JR., ESQ.
                                          PRESCOTT W. SMITH, ESQ.
5                                         SEAN W. FLEMING, ESQ.
                                    1201 Elm Street, Suite 1700
6                                   Dallas, Texas 75270

7

8   For Halliburton Energy:         Godwin Lewis, PC
    Services, Inc.:                 BY:  R. ALAN YORK, ESQ.
                                         GWENDOLYN E. RICHARD, ESQ.
9                                   1331 Lamar, Suite 1665
                                    Houston, Texas 77010

10

11  For Anadarko Petroleum          Kuchler Polk Schell Weiner
    Corporation, Anadarko             & Richeson, LLC
12  E&P Company LP:                 BY:   DEBORAH D. KUCHLER, ESQ.
                                    1615 Poydras Street, Suite 1300
13                                  New Orleans, Louisiana 70112

14

15  For Anadarko Petroleum          Bingham McCutchen, LLP
    Corporation, Anadarko           BY:   WARREN A. FITCH, ESQ.
16  E&P Company LP:                        KY E. KIRBY, ESQ.
                                    2020 K Street, N.W.
                                    Washington, D.C. 20006
17

18  Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                    500 Poydras Street, Room HB-406
19                                  New Orleans, Louisiana 70130
                                    (504) 589-7778
20                                  Toni_Tusa@laed.uscourts.gov

21

22

23

24  Proceedings recorded by mechanical stenography using
    computer-aided transcription software.
25

1                          <u>I N D E X</u>

2                                                    <u>PAGE</u>

3    John L. Wilson
          Cross-Examination By Ms. Karis            140

4
     Gregg Perkin
5         Direct Examination By Mr. Lundy           193
          Cross-Examination By Mr. Collier          227
6         Redirect Examination By Mr. Lundy         299

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       **<u>AFTERNOON SESSION</u>**

12:47   2       **(September 30, 2013)**

01:03   3       **THE COURT:**  Please be seated, everyone.

01:03   4              Before we resume testimony, let me just make a

01:03   5   comment because we have received some inquiries about what

01:03   6   happens if the people who work in Washington, D.C., don't come

01:03   7   to their senses by midnight tonight, which is looking more and

01:04   8   more likely.

01:04   9              As far as I can tell, it will not affect this

01:04   10  trial in any way.  We remain open.  We will continue to work

01:04   11  and proceed forward.  It shouldn't interfere at all with what

01:04   12  we are doing.  Whether people get paid is another thing, but

01:04   13  everyone here will keep working.

01:04   14             All right.  Go ahead.

01:04   15      **MR. LI:**  Your Honor, one quick piece of housekeeping.

01:04   16  Luis Li on behalf of the aligned parties.

01:04   17             We have checked with the parties, and no one has

01:04   18  an objection to fact witnesses being sequestered from the

01:04   19  trial.  No fact witnesses have been in the trial.

01:04   20      **THE COURT:**  I know there are very few fact witnesses

01:04   21  in this trial, so I didn't ask earlier.  So what was your --

01:04   22      **MR. LI:**  Just if we could have an order sequestering.

01:04   23      **THE COURT:**  Sequestering those who are fact

01:04   24  witnesses?  Okay.  So just notify your fact witnesses to not

01:05   25  come into the courtroom until they are called.  Okay.  Both

01:05    1    sides.

01:05    2              MR. LI:  Thank you, Your Honor.

01:05    3              The second thing, this is a slight departure

01:05    4    from Phase One procedure where we moved in evidence at the end

01:05    5    of the day.  I have had a request from a number of folks if we

01:05    6    could move in Dr. Wilson's report, and CV in particular, which

01:05    7    is Exhibit TREX-11900.  And I don't believe we have any --

01:05    8              THE COURT:  Without objection, that's admitted.

01:05    9              MR. LI:  Thank you.

01:05   10                        JOHN L. WILSON,

01:05   11    having been duly sworn, testified as follows:

01:05   12              THE COURT:  You may proceed.

01:05   13                        CROSS-EXAMINATION

01:05   14    BY MS. KARIS:

01:05   15    Q.   Good morning, Dr. Wilson.  Hariklia Karis on

01:05   16    cross-examination on behalf of BP.

01:05   17              You testified about the modeling that you reviewed in

01:05   18    connection with rendering your opinions in this case, correct?

01:05   19    A.   Yes.  I reviewed hydraulic modeling.

01:06   20    Q.   You have never been retained to assess the amount of oil

01:06   21    coming from an oil and gas well in an uncontrolled situation,

01:06   22    correct?

01:06   23    A.   I've not been asked to assess the amount of oil coming

01:06   24    out.

01:06   25    Q.   You have never, in fact --

**JOHN L. WILSON - CROSS**

01:06   1   **A.**   Cumulative.

01:06   2   **Q.**   You have never done that in your career, try to figure out

01:06   3   the amount of oil and gas coming from an uncontrolled well?

01:06   4   **A.**   I have never done that in my career.

01:06   5   **Q.**   And likewise you have never been retained to perform any

01:06   6   hydraulic modeling to assess the amount of flow coming from an

01:06   7   uncontrolled well, correct?

01:06   8   **A.**   Only insofar as that refers to an oil and gas well.

01:06   9   **Q.**   So my statement is correct, you have never run hydraulic

01:06   10   modeling to assess how much gas and oil is coming from an

01:06   11   uncontrolled well, correct?

01:06   12   **A.**   From a hydrocarbon well.

01:06   13   **Q.**   Likewise you have never been retained to determine

01:07   14   whether, using the modeling that you are accustomed with, you

01:07   15   can, in fact, assess how much oil is actually coming from an

01:07   16   uncontrolled well, correct?

01:07   17   **A.**   I'm not sure.  You may need to repeat that question.  I

01:07   18   didn't quite follow it.

01:07   19   **Q.**   Sure.  Sure.  You have never been retained to model flow

01:07   20   rates of uncontrolled wells?

01:07   21   **A.**   Again, that would be true for an oil and gas or a

01:07   22   hydrocarbon well.

01:07   23   **Q.**   That's what Macondo was, correct?

01:07   24   **A.**   Yes, that's correct.

01:07   25   **Q.**   Now, you spoke a little bit about Momentum Kill, and I

OFFICIAL TRANSCRIPT

**JOHN L. WILSON - CROSS**

01:07    1    want to make sure we are in agreement.  You have no prior
01:07    2    experience evaluating a Momentum Kill operation, correct?
01:07    3    **A.**    That would be correct.
01:07    4    **Q.**    And you have no experience evaluating the components of a
01:07    5    Top Kill operation, Dynamic Kill, for example?
01:08    6    **A.**    Again, the physical principles here are widely applied in
01:08    7    other things.  And so I have had experience with those other
01:08    8    kinds of applications, but I haven't had any experience with
01:08    9    hydrocarbon blowout well where something like that has been
01:08    10    tried.
01:08    11    **Q.**    Am I correct that you have no prior experience evaluating
01:08    12    Dynamic Kills?
01:08    13    **A.**    In oil and gas wells, yes.
01:08    14    **Q.**    Now, you evaluated a number of different models that BP's
01:08    15    engineers ran, correct?
01:08    16    **A.**    Yes.  I evaluated their hydraulic modeling efforts.
01:08    17    **Q.**    Some of those models included PIPESIM, correct?
01:08    18    **A.**    Well, in my deposition I distinguished between a
01:08    19    conceptual model of how one views the system and the computer
01:08    20    code used to simulate it, and PIPESIM was one of those computer
01:08    21    codes.
01:08    22    **Q.**    One of the other codes was PROSPER, MBAL, OLGA.  Those are
01:08    23    the types of models that BP used in the work that you
01:09    24    evaluated, correct?
01:09    25    **A.**    Those are the type of computer codes they used to run

JOHN L. WILSON - CROSS

01:09  1    models of the well and the reservoir.

01:09  2    **Q.**   And you have never in your professional career at any time

01:09  3    used any of the models that were used by BP's engineers and its

01:09  4    contractors in the April and May time period of 2010, correct?

01:09  5    **A.**   Well, again, we have to distinguish between models and

01:09  6    codes.  A model is essentially a conceptual model of something.

01:09  7    A code is a computer program.  It's sort of the difference

01:09  8    between having used one computer program or another.  I have

01:09  9    not used those particular computer programs.

01:09  10   **Q.**   You have not used those models, correct?

01:09  11   **A.**   Well, again, I made the distinction, as most of my

01:09  12   colleagues do, between models which are conceptual models and

01:09  13   computer code.

01:09  14         A model is something I might conceptualize, say,

01:09  15   doing finance, do it on an Excel spreadsheet or do it on some

01:09  16   other financial package.  A code is the package I choose to

01:10  17   use.

01:10  18         Those are software packages that you are referring

01:10  19   to.

01:10  20   **Q.**   If we can look at your deposition, page 49, line 24, to

01:10  21   page 50, line 3, were you were asked by me the following

01:10  22   question:

01:10  23         **"QUESTION:**  Have you ever in your professional career

01:10  24      at any time used any of the models that were used by BP's

01:10  25      engineers and its contractors in April and May of 2010?"

JOHN L. WILSON - CROSS

01:10   1           Did you give the following answer?

01:10   2           "ANSWER:  No, I have not."

01:10   3   A.   Yes.  And I was referring to them at that time in terms of

01:10   4   their being computer codes, and I make that distinction

01:10   5   elsewhere in my deposition quite clear.

01:10   6   Q.   Dr. Wilson, I just asked if you gave me that answer.

01:10   7   A.   Oh, I gave you that answer.

01:10   8   Q.   Thank you.

01:10   9           Now, whatever models, programs, codes you are

01:10   10  accustomed to using, you never used any of those in connection

01:10   11  with performing any hydraulic modeling for the Macondo well,

01:11   12  correct?

01:11   13  A.   I never did my own modeling of the Macondo well.

01:11   14  Q.   Is it correct that you never attempted to use any of those

01:11   15  models, codes, programs to see if you could generate a flow

01:11   16  rate estimate based on the information that was available in

01:11   17  April and May of 2010?

01:11   18  A.   I was reviewing the efforts of BP engineers and

01:11   19  consultants and contractors and the modeling they did.  I was

01:11   20  not attempting to do my own modeling of the Macondo's flow

01:11   21  rate.

01:11   22  Q.   You agree that at no time in April and May of 2010 did BP

01:11   23  in its modeling attempt to model the flow rate coming from the

01:11   24  Macondo well, correct?

01:11   25  A.   No.  They attempted to model ranges of flow rates over

JOHN L. WILSON - CROSS

| | |
|---|---|
| 01:12 | 1 |
| 01:12 | 2 |

this entire period of time.  So, yes, they were modeling flow
rates from the Macondo well over and over and over again.

**Q.**   If we can now look at your deposition, page 173, line 18
to 25.

        **MS. KARIS:**  If we can call that out, please.

**BY MS. KARIS:**

**Q.**   Did I ask you the following question:

        **"QUESTION:**  I'm asking you, do you have an opinion as
        to when BP engineers had sufficient tools and information
        to model flow rates of what the actual flow rate was from
        the Macondo well?

        **"ANSWER:**  At no time did BP attempt to model the
        actual flow rate from the well."

                Correct?

**A.**   That's what it said, but we defined the word "actual flow
rate" earlier, and I made it very clear that at no time did BP
make an attempt to model the daily flow rate from the well, but
they modeled ranges of flow rates.  And earlier on this page
you will see that I make that specifically clear.

**Q.**   We'll get to that.  But can you tell me, in the BOPD, when
we are running models and we get a figure and it says BOPD,
what does that acronym stand for?  Is it barrels of oil per
day?

**A.**   BOPD stands for barrels of oil per day, that's correct.

**Q.**   What that is modeling is the rate for the day, correct?

JOHN L. WILSON - CROSS

1  **A.**     No.   It's modeling a flow rate, and in this case it was

2  ranges of flow rates, indicating the likely range of flow rate

3  that would be coming from the well but not necessarily

4  suggesting that a particular number, one of those dots on this

5  chart over here, was the flow rate on a particular date.

6  **Q.**     Can we agree at least, then, that at no time did anyone at

7  BP ever attempt to model what was the actual flow rate for a

8  particular day?

9  **A.**     Looking over the record, I saw little evidence that they

10  were trying to predict the actual flow rate on a certain day.

11  They were trying to predict ranges of flow rates.

12  **Q.**     We will get to what the ranges reflect, I promise.  But at

13  least we can agree nobody attempted to model the actual daily

14  flow rate from the Macondo well, correct?

15  **A.**     That is my understanding.

16  **Q.**     Now, in your report you acknowledge that there were

17  challenges presented to modeling because of uncertainties that

18  existed with respect to the well, correct?

19  **A.**     There was a great deal known about the well, the

20  reservoir, and the fluids, but there were challenges to that

21  knowledge in terms of the connection between the well and the

22  reservoir, the flow path through the well, and conditions of

23  the BOP and riser.

24          **MS. KARIS:**  If we can pull up 11900.8.2, please.

25

JOHN L. WILSON - CROSS

01:14  1  BY MS. KARIS:

01:14  2  Q.   This is from your report, correct?

01:15  3  A.   Yes.  It looks like it.

01:15  4  Q.   You begin by saying, "Nevertheless, BP engineers and their

01:15  5  contractors were challenged by some uncertainty, mostly created

01:15  6  by the accident," correct?

01:15  7  A.   Yes.  And that's what I was just referring to in my

01:15  8  comment.

01:15  9  Q.   You go on to say that "during the abandonment procedures

01:15  10  and just before the accident, there was an attempt to cement

01:15  11  the well, to seal it from the reservoir.  Without knowing more

01:15  12  about the accident, the degree to which the seal was disrupted

01:15  13  was unknown," correct?

01:15  14  A.   That's what it says.

01:15  15  Q.   And what, in essence, that is saying is it was unknown how

01:15  16  much of the reservoir was exposed based on the cementing

01:15  17  operations, correct?

01:15  18  A.   Well, it's saying there is uncertainty with regard to

01:15  19  that.  We know that there was a communication.  There wouldn't

01:15  20  have been a blowout.  We know that this well was not developed

01:15  21  to the point to which it was the most productive well in the

01:16  22  Gulf of Mexico, although maybe it was.  And we know that it was

01:16  23  not closed.

01:16  24       So there was a range of possible connections between

01:16  25  those two end conditions.  So it was not unknowable, but there

JOHN L. WILSON - CROSS

01:16    1    was uncertainty regarding it.

01:16    2    **Q.**   There was a range somewhere between 1 foot exposed to

01:16    3    88 feet exposed.  That was the range, correct?

01:16    4    **A.**   Well, there's more to it than how much was exposed, but I

01:16    5    don't --

01:16    6    **Q.**   That's one variable?

01:16    7    **A.**   I don't think that was a variable that ranged as much as

01:16    8    you suggest.

01:16    9    **Q.**   Okay.  Now, it goes on to say -- and we'll see some

01:16    10   communications about what others think about whether the range

01:16    11   was in that field, perhaps communications you looked at in

01:16    12   reaching your opinions.

01:16    13          Depending on the damage there were several possible

01:16    14   fluid flow paths, correct?

01:16    15   **A.**   Yes.

01:16    16   **Q.**   And that was one of what you identified as the challenges

01:16    17   of some of the uncertainty created by the accident, correct?

01:16    18   **A.**   Yes.  Those different flow paths were each evaluated and

01:17    19   the flow occurring for each of them was evaluated by running

01:17    20   simulations.

01:17    21   **Q.**   And then the blowout itself created the uncertainty as to

01:17    22   whether the BOP, the blowout preventer, had failed to close,

01:17    23   correct?

01:17    24   **A.**   Oh, yes.

01:17    25   **Q.**   And there was also uncertainty as to how much, if at all,

JOHN L. WILSON - CROSS

01:17   1   obstruction or choke that was causing, correct?

01:17   2   **A.**   There was uncertainty about the obstructions in the BOP

01:17   3   and how that would restrict flow.

01:17   4   **Q.**   It was unknown whether any one of the variable bore rams

01:17   5   had activated, whether the blind shear ram had activated, and

01:17   6   whether all of them together were causing any restriction,

01:17   7   correct?

01:17   8   **A.**   Well, it's probably more complex than that.

01:17   9   **Q.**   But that's a simple way of identifying some of the

01:17   10  unknowns associated with the BOP, correct?

01:17   11  **A.**   There were a series of obstructions in the BOP which were

01:17   12  not clear.  As time went on, it became more clear what they

01:17   13  were, and they were represented by some simple equivalent

01:18   14  resistance factors in the modeling.

01:18   15  **Q.**   And we'll talk about what became known.  But at least

01:18   16  initially, in these early days where you show the modeling that

01:18   17  BP was doing, those were some of the challenges in connection

01:18   18  with trying to understand the conditions of the well, correct?

01:18   19  **A.**   Yes, they were.

01:18   20  **Q.**   And similarly it was unknown what, if any, restriction the

01:18   21  kink that existed in the riser -- what restriction that was

01:18   22  causing.  That was yet another unknown, correct?

01:18   23  **A.**   Well, there was some uncertainty about that restriction.

01:18   24  It was not unknown.  The geometry of the kink was modeled by BP

01:18   25  engineers, and they could have done, in fact, did do some

JOHN L. WILSON - CROSS

01:18  1    calculations as to what kind of restriction it was.

01:18  2    Q.    That's what they were trying to understand, is, what might

01:18  3    this look like and what effect might it have depending on what

01:18  4    restriction it's causing, correct?

01:18  5    A.    They were doing that, plus when they got a pressure

01:19  6    measurement at the bottom of the BOP, they had additional

01:19  7    information that gave them some idea of the extent of the choke

01:19  8    in the BOP and in the riser.  The choke is a restriction to

01:19  9    flow we are talking about.

01:19  10   Q.    Would you agree with me that in totality the unknowns

01:19  11   included the condition that the cement was in, included the

01:19  12   damage to the architecture of the BOP, the condition of the

01:19  13   kink in the riser, and what, if any, role or restriction any

01:19  14   one of these was playing to flow?  Those were some of the

01:19  15   unknowns?

01:19  16   A.    Well, I wouldn't call them unknowns in that way.  I would

01:19  17   say those are uncertain attributes of this system which were

01:19  18   explored by doing multiple simulations in the scenario analysis

01:19  19   approach to get a range of flow rates that take into account

01:19  20   all of those uncertainties.

01:19  21   Q.    Did you look at whether the government, in trying to

01:20  22   understand flow, had identified those uncertainties and

01:20  23   concluded, based on those uncertainties, you cannot know what

01:20  24   the flow rate is?

01:20  25   A.    Well, I know the government scientists were concerned with

JOHN L. WILSON - CROSS

1   those same uncertainties.

2   **Q.**   And did they conclude that because of those uncertainties,

3   in their attempt to use modeling, they could not determine what

4   the range of flow was?

5   **A.**   Well, in the period of time I reviewed, to the end of May,

6   there were no serious attempts to model flow rate using the

7   hydraulic model by the government.  But there were attempts

8   later by the Flow Rate Technical Group, and they, in fact, did

9   model flow rate using these kind of hydraulic approaches.

10   **Q.**   They modeled the flow rates using these kinds of hydraulic

11   approaches after the capping stack was shut in on July 15 and

12   additional information about these parameters became known,

13   correct?

14   **A.**   That is correct, but they had not spun up to do this in

15   May.  It was only after they spun up, and that was later, in

16   June and July, that they were able to attempt something like

17   this.  And at that time, as additional information became

18   available, as we talked about earlier this morning, that

19   additional information is valuable.  They were going to hardly

20   ignore it and go back to look at things as if they were back in

21   May.

22   **Q.**   Did you look -- you said they hadn't spun up an effort to

23   do that before the capping stack, if I heard you correctly.

24         Did you look at whether the government, using these

25   exact same unknowns that are in your report, had concluded that

JOHN L. WILSON - CROSS

01:21  1    modeling was not a useful exercise in attempting to understand

01:21  2    the flow coming from the Macondo well based on these unknowns?

01:21  3          My only question is whether you looked to see if the

01:21  4    government had tried to do that same work.

01:21  5    A.   I was not reviewing the government's work.  I saw it

01:21  6    incidentally.  I saw comments about the challenges of trying to

01:22  7    do something like this in May.  Saw no attempt to do it at that

01:22  8    time.

01:22  9    Q.   We'll talk about why they didn't attempt to do it, whether

01:22  10   it had to do because they recognized that you cannot use the

01:22  11   information known at the time in order to estimate flow.

01:22  12         Do you know whether that was their conclusion?

01:22  13   A.   No, I don't know that that's their conclusion.  But I know

01:22  14   BP did not include that because they did for weeks model flow

01:22  15   rate and got multiple results shown on this diagram.  So

01:22  16   clearly there was enough information to model flow rate and get

01:22  17   a range of flow rates as an outcome to test the uncertainty of

01:22  18   their knowledge about this system.

01:22  19   Q.   Let's look at some of what the government concluded.

01:22  20   First of all, you know who Dr. Tom Hunter is, correct?

01:22  21   A.   Yes.

01:22  22   Q.   Dr. Hunter, he is the director of the Sandia National

01:22  23   Labs, correct?

01:22  24   A.   He was the director.

01:22  25   Q.   He was.  I'm sorry.  He was.  And he was the co-lead of

**JOHN L. WILSON - CROSS**

01:22  1   the Federal Science Team, correct?

01:23  2   **A.**   Yes.  He was involved in that leadership activity.

01:23  3   **Q.**   Did you review his deposition in connection with rendering

01:23  4   your opinions in this case?

01:23  5   **A.**   I don't recall whether I reviewed it in preparation for my

01:23  6   opinions, but I've reviewed it certainly since then.

01:23  7   **Q.**   You have reviewed it after you rendered your opinions in

01:23  8   this case?

01:23  9   **A.**   I don't recall whether I had reviewed it before and

01:23  10  whether I have cited it in my report, but I certainly reviewed

01:23  11  it at some point in time.

01:23  12         **MS. KARIS:**  If we can pull up D-24273.8, please.

01:23  13  **BY MS. KARIS:**

01:23  14  **Q.**   Again, we are talking about what the government thought

01:23  15  about the data and information that existed and whether you can

01:23  16  reliably estimate flow.

01:23  17         The middle picture there, that's Dr. Hunter, correct?

01:23  18  **A.**   Yes.

01:23  19  **Q.**   Did you see in his deposition where he was asked:

01:23  20         **"QUESTION:**  Based on the data that existed in May of

01:23  21      2010, excluding data that came to exist after the fact, do

01:24  22      you think you could calculate a credible flow rate for any

01:24  23      particular day of May of 2010 just using the data that

01:24  24      existed in May of 2010?

01:24  25         **"ANSWER:**  In terms of data from the well, there was

JOHN L. WILSON - CROSS

01:24    1          not sufficient data from the well to make a flow rate

01:24    2          estimate."

01:24    3                   Correct?

01:24    4    A.    Well, there we go again.  He is talking about -- the

01:24    5    question is asking for an actual flow rate for a particular

01:24    6    day.  BP wasn't trying to do that and the National Labs were in

01:24    7    no better position than BP in making such an estimate.  So --

01:24    8    Q.    When the FRTG was --

01:24    9            MR. LI:  Objection.

01:24   10            THE COURT:  Go ahead and finish your answer, sir.

01:24   11            THE WITNESS:  I think I'm done.

01:24   12    BY MS. KARIS:

01:24   13    Q.    Do you know who Dr. Ratzell is, Art Ratzell from the

01:24   14    Sandia National Labs?

01:24   15    A.    It's a familiar name.

01:24   16    Q.    Was he attempting to estimate the flow rate that existed

01:25   17    in the summer of 2010?

01:25   18    A.    I don't recall.

01:25   19    Q.    He was asked:

01:25   20            "QUESTION:  You need both an appropriate model and

01:25   21          accurate data to get an accurate result; is that correct?

01:25   22            "ANSWER:  That would be my position.

01:25   23            "QUESTION:  And you did not have the accurate data

01:25   24          necessary to get an accurate result prior to the capping

01:25   25          stack."

JOHN L. WILSON - CROSS

01:25  1          That's July 15.

01:25  2          "QUESTION:  Is that correct?

01:25  3          "ANSWER:  The team believed that it lacked the data

01:25  4      and the confidence in that data."

01:25  5          Correct?

01:25  6  A.   Once again, this is aimed at what sometimes is called by

01:25  7  some BP people a single point estimate, a single number.

01:25  8          The issue here is -- and accuracy refers to that.

01:25  9  And accuracy here is for that kind of estimate of a single flow

01:25  10  rate.  But what could be done to handle the uncertainty is to

01:25  11  estimate the range of variability of possible flow rates in

01:25  12  this system which would then constitute the approach that BP

01:26  13  took during this period of time.

01:26  14  Q.   Are you familiar with the Flow Rate Technical Group?

01:26  15  A.   Yes.

01:26  16  Q.   Did you look at the work they did?

01:26  17  A.   I looked at some of it, yes; not in preparation of my

01:26  18  report in this case, but for other reasons.

01:26  19  Q.   Are you aware that the Flow Rate Technical Group was

01:26  20  convened by the national incident commander, Admiral Allen, for

01:26  21  understanding the flow rate from the Macondo well?

01:26  22  A.   Yes.  Apparently, for one reason, they were getting very

01:26  23  little flow rate information from BP and so decided they had to

01:26  24  do it on their own.  The government could not depend on BP for

01:26  25  this purpose.

JOHN L. WILSON - CROSS

01:26  1          MS. KARIS:  I'm going to move to strike that.

01:26  2  BY MS. KARIS:

01:26  3  Q.    That's nowhere in your opinions and report, is it?

01:26  4  A.    I would have to think about that.

01:26  5          MS. KARIS:  Your Honor, I would move to strike that

01:26  6  comment.

01:26  7          MR. LI:  Your Honor, she opened the door to that.

01:26  8          THE COURT:  I'm not going to strike it.

01:26  9  BY MS. KARIS:

01:26  10  Q.    Let me ask you this, Dr. Wilson:  Do you know who Steven

01:27  11  Aoki is?

01:27  12  A.    He worked for the National Labs, as I recall.  I'm not

01:27  13  sure what lab or what organization he actually works for, but

01:27  14  it could be Sandia.  I don't know.

01:27  15          MS. KARIS:  If we can pull up TREX-9709.1.2.

01:27  16  BY MS. KARIS:

01:27  17  Q.    Is this a communication that you looked at in connection

01:27  18  with rendering your opinions in this case -- we put it back,

01:27  19  but it's from Mr. Aoki -- dated May 17, 2010?

01:27  20          I believe you told me you didn't think the government

01:27  21  was trying to understand the flow rate in May of 2010.

01:27  22  A.    I don't know whether I have seen -- well, I may have seen

01:27  23  this e-mail before, but I don't know whether I relied on this

01:27  24  for my expert report.

01:27  25  Q.    Okay.  I asked you previously whether the government had

JOHN L. WILSON - CROSS

01:27  1    concluded, based on the data that existed, that it could not

01:27  2    reliably estimate flow using hydraulic modeling.

01:28  3         And let's see what Mr. Aoki says.  He begins by

01:28  4    saying:  "National Laboratory scientists and supercomputers are

01:28  5    being used to model conditions of the leaking well."

01:28  6         Do you know what those government supercomputers are?

01:28  7    A.   Yes.

01:28  8    Q.   And what they are trying to do using those supercomputers

01:28  9    is to model the conditions of the well, correct?

01:28  10   A.   At this point in time, in mid-May, they weren't modeling

01:28  11   this whole system or even substantial parts of it but subparts

01:28  12   of it in support of questions they got from BP.

01:28  13   Q.   And what they were trying to do at this point in time is

01:28  14   understand what the conditions of the well were, correct?

01:28  15   A.   Well, they were modeling conditions in the well.  Most of

01:28  16   their model results seemed to be aimed at validating answers

01:28  17   that BP had gotten in their own models on subcomponents of the

01:28  18   system.

01:28  19   Q.   Were they using their own supercomputers to attempt to

01:29  20   model the conditions of the well, of the entire system of the

01:29  21   well?  Do you know?  Yes or no.

01:29  22   A.   Well, according to this, they are doing that, but they

01:29  23   weren't doing whole system models that I ever saw.

01:29  24   Q.   All right.  Now, you never looked to see what the

01:29  25   government was doing in connection with rendering your opinions

JOHN L. WILSON - CROSS

01:29  1    in this case; isn't that correct?

01:29  2    A.   I never purposely went out and searched for those.  There

01:29  3    was nothing in the communication at BP hearing about DOE -- let

01:29  4    me finish -- DOE things.  And the Flow Rate Technical Group,

01:29  5    which is not the same as the Federal Scientists Group here,

01:29  6    didn't really spin up until later, and they didn't do any

01:29  7    modeling until much later.

01:29  8    Q.   BP wouldn't have had access to this document that the

01:29  9    government was creating and communicating internally as to what

01:29  10   it was doing, and you never looked to see whether the

01:29  11   government was trying to use the same hydraulic modeling to

01:29  12   understand the condition of the well and concluded you could

01:29  13   not do that because of the lack of information.

01:30  14         You didn't look for that, correct?

01:30  15         MR. LI:  Objection, compound.

01:30  16         THE COURT:  Can you answer that?

01:30  17         THE WITNESS:  I'm not sure about the last part of

01:30  18   your question because it seemed to be a multiple-part question.

01:30  19         THE COURT:  Why don't you restate it.

01:30  20         MS. KARIS:  Sure.

01:30  21   BY MS. KARIS:

01:30  22   Q.   In connection with rendering your opinions in this case,

01:30  23   you did not look at the government's internal communication to

01:30  24   see whether they were trying to understand flow rate using

01:30  25   hydraulic modeling in May of 2010, correct?

JOHN L. WILSON - CROSS

01:30  1   **A.**   I did not look at internal communications of the

01:30  2   government.  I did read government reports.  Those government

01:30  3   reports referred to the initiation of their modeling efforts.

01:30  4   Regarding the Flow Rate Technical Group, that was later than

01:30  5   the period we are talking about in terms of hydraulic modeling.

01:30  6   Regarding the DOE Federal Scientists Group, they were using

01:30  7   models in a much more limited way than BP was doing in doing

01:31  8   all of these calculations in April and May.

01:31  9   **Q.**   What the government concluded on May 17, as stated here by

01:31  10  Mr. Aoki, is that "estimating the rate at which oil is being

01:31  11  discharged is a complicated problem.  An accurate computer

01:31  12  calculation will depend critically on information that we

01:31  13  currently do not have about the internal state of the well and

01:31  14  the devices attached to it," the blowout preventer, correct?

01:31  15       **MR. LI:**  Your Honor, I object to the term

01:31  16  "government."

01:31  17  **BY MS. KARIS:**

01:31  18  **Q.**   What Mr. Aoki, from the Department of Energy, was doing,

01:31  19  correct?

01:31  20  **A.**   Yes.  This is down in the organizational structure

01:31  21  somewhere.

01:31  22       But once again, notice this is emphasizing an

01:31  23  accurate computer calculation, sort of in BP's words, a single

01:31  24  point calculation.

01:31  25       Ranges of flow rate, probabilistic assessments of

JOHN L. WILSON - CROSS

01:31  1   flow rate is something National Labs do and could have done in
01:32  2   this case had they had all the information they needed to have
01:32  3   from BP.  The simulations we see over here show that kind of
01:32  4   information was available and could have been used.
01:32  5            National Labs did not have it, apparently.  Otherwise
01:32  6   why would he have written this?
01:32  7   Q.   What they conclude there is they didn't have information
01:32  8   about the internal state of the well, whether the cement had
01:32  9   worked, whether there were restrictions in the BOP, and the
01:32  10  like, correct?
01:32  11  A.   Yes.  But had they attempted a probabilistic view of this,
01:32  12  one dealing with uncertainty, I'm sure they would have been
01:32  13  happy to go ahead, given that opportunity.
01:32  14            MS. KARIS:  Let's look at TREX-9710.1.2, please.
01:32  15  BY MS. KARIS:
01:32  16  Q.   And to move through this quickly, this is another internal
01:32  17  government communication, May 21, 2010.
01:32  18            Did you consider this in connection with rendering
01:32  19  your opinions in this case?
01:32  20  A.   Once again, I can't recall whether I did or not.  I may
01:32  21  have seen this e-mail in the past.  I don't recall.
01:33  22  Q.   You testified that BP had not shared its modeling with the
01:33  23  government, correct?
01:33  24  A.   BP had not shared its flow rate results with the
01:33  25  government coming from the modeling effort.

JOHN L. WILSON - CROSS

01:33   1   **Q.**   In the second paragraph there it says:  "In a telecon with

01:33   2   BP yesterday afternoon, they have modeled the porous media flow

01:33   3   from the reservoir, through the 'skin,' to estimate a flowing

01:33   4   pressure at the bottom of the wellbore."

01:33   5             Do you know what information BP shared on this

01:33   6   telecon regarding modeling that BP had performed for flow with

01:33   7   respect to skin?

01:33   8   **A.**   No, I do not.  But it obviously wasn't visual information

01:33   9   because it was a telecon.

01:33   10  **Q.**   It goes on to say that the state of the skin is a big

01:33   11  unknown, correct?

01:33   12  **A.**   That's apparently how BP characterized it to them.

01:34   13  **Q.**   This is Dr. Decroix.  He is not BP, correct?

01:34   14  **A.**   No, but these are obviously his notes from that meeting

01:34   15  and presumably his notes recording to some extent what BP had

01:34   16  indicated over the telecon.

01:34   17  **Q.**   Do you have any evidence anywhere that it was BP that said

01:34   18  the state of the skin is a big unknown, rather than Dr. Decroix

01:34   19  reaching that conclusion on his own?

01:34   20  **A.**   Well, I think context tells us that, but that's about all

01:34   21  I have.  He is listening to a telecon.  He is not going to go

01:34   22  out and extrapolate from that.

01:34   23             **MS. KARIS:**  If we can now look at 9710.1.3.

01:34   24  **BY MS. KARIS:**

01:34   25  **Q.**   Again, this is Dr. Decroix.  In connection with -- by the

JOHN L. WILSON - CROSS

01:34   1   way, a title that says "Further on the national incident
01:34   2   commander Flow Rate Working Group."
01:34   3         He says:  "As stated below, there is a lot" -- in
01:34   4   capitals -- "that is unknown about the state of the wellbore
01:34   5   completion zone.  So I don't know if it is that useful to
01:35   6   embark upon this type of modeling effort."
01:35   7         That's what he writes, correct?
01:35   8   A.   That's what it says.
01:35   9   Q.   He goes on to say, "Large uncertainty exists with what
01:35   10  data is available and thus calculations/models could vary
01:35   11  widely.  I don't know how much added value we could contribute
01:35   12  here," correct?
01:35   13  A.   That's what it said.
01:35   14        And he is talking about added value.  Now, notice, BP
01:35   15  presented apparently in this telecon a variety of flow rates
01:35   16  which were not conveyed in any form in writing to the
01:35   17  government that I have seen.
01:35   18  Q.   What were those flow rates that BP presented to the
01:35   19  government on May 21?
01:35   20  A.   Well, to this National Lab Group, we don't know.  And we
01:35   21  don't necessarily know who did it, although I suspect I know.
01:35   22  Q.   But at least this e-mail suggests or says that BP provided
01:35   23  the government on May 21 with some estimates based on modeling
01:35   24  it had done around the issue of skin, correct?
01:35   25  A.   Well, I think information conveyed to government

**JOHN L. WILSON - CROSS**

01:35 1  scientists who were down in the trenches on the telecon is not
01:36 2  quite the same as conveying that information to government
01:36 3  decision makers, like Secretary Chu or Marcia McNutt of the
01:36 4  USGS or other government decision makers.
01:36 5  **Q.**   Was the Federal Science Team, including Mr. Decroix,
01:36 6  working at the direction of Secretary Chu?
01:36 7  **A.**   This would be within the chain of command with
01:36 8  Secretary Chu at the top.
01:36 9  **Q.**   These folks on this communication were working at the
01:36 10  direction and for Secretary Chu, correct?
01:36 11  **A.**   It's certainly my impression that's -- I can't be certain
01:36 12  from what's here.
01:36 13  **Q.**   BP gave them some modeling about skin.  You don't know
01:36 14  what modeling that is, correct?
01:36 15  **A.**   No, they didn't give them modeling.  They had a telecon,
01:36 16  and over the telecon they announced certain pieces of
01:36 17  information.  They did not provide a written report, e-mail, or
01:36 18  correspondence on this to go into the record.  There was no
01:37 19  record of this, as we just talked about.
01:37 20  **Q.**   They gave them some flow rates, but you don't know what
01:37 21  they are because there's no written record of them, correct?
01:37 22  **A.**   It's a telecon, so they conveyed orally certain
01:37 23  information to them.  That's completely different than a
01:37 24  written report that actually reaches a decision maker that
01:37 25  matters.

JOHN L. WILSON - CROSS

01:37 1  **Q.**   Let's move on.  You did not look at what proprietary data
01:37 2  BP provided to the Minerals Management Service in connection
01:37 3  with the Macondo well, correct?
01:37 4  **A.**   I'm not sure -- would you say that again?
01:37 5  **Q.**   Sure.  Did you look at what proprietary data regarding
01:37 6  permeability, porosity, well design BP provided to the
01:37 7  government in connection with the Macondo well?
01:37 8  **A.**   No, I did not go looking for that, although I saw
01:37 9  information to that effect.
01:37 10 **Q.**   You saw information that BP did in fact provide that to
01:37 11 the government, correct?
01:37 12 **A.**   I saw information about -- saying that some information
01:37 13 was provided to the government.  I saw depositions regarding
01:38 14 that and some e-mails.
01:38 15 **Q.**   Is it correct that you did not --
01:38 16 **A.**   Oh, by the way, can I just add something?
01:38 17 **Q.**   Go ahead.
01:38 18 **A.**   That information was regarding parameters and properties,
01:38 19 like permeability or thickness of the reservoir or something.
01:38 20 It wasn't regarding flow rate itself.
01:38 21 **Q.**   It was regarding properties of the well, correct?
01:38 22 **A.**   Information about the well and the reservoir.
01:38 23 **Q.**   Now, I think we already covered this, but just to be
01:38 24 clear, you excluded from your consideration any modeling that
01:38 25 had been performed by the United States government and its

**JOHN L. WILSON - CROSS**

01:38    1    agencies in April and May of 2010, correct?

01:38    2    **A.**   Yes, that's excluded from my opinions.

01:39    3    **Q.**   Now, I believe you testified on direct that you didn't see

01:39    4    any evidence that BP gave the government flow rate numbers

01:39    5    higher than 5,000 based on all this early modeling that had

01:39    6    been performed.  Did I hear that correctly?

01:39    7    **A.**   Yes.  Those are numbers alleged by BP to be best estimates

01:39    8    or most likely estimates.  BP did give other, worst-case

01:39    9    discharge estimates, where worst-case discharge was typically

01:39   10    an unconstrained flow from the reservoir to the bottom of the

01:39   11    ocean seabed without a BOP in place or without damage to the

01:39   12    connection between the reservoir and the well.

01:39   13         And then in the original permit application, it had

01:39   14    been an open borehole.  And subsequently they put in the actual

01:39   15    well and had flow up the casing or up the annulus.

01:39   16         They did it, some special cases on worst-case

01:39   17    discharge.  But those worst-case discharge estimates were

01:40   18    completely different from the ones marked on here in red, which

01:40   19    are mostly likely or best case.

01:40   20    **Q.**   You have on here not only most likely or best case; you

01:40   21    have on here a bunch of lines that go to worst-case discharge,

01:40   22    do you not?

01:40   23    **A.**   If the simulation was done, it's on this chart.

01:40   24    **Q.**   Right.  And that would include worst-case discharge

01:40   25    calculations, correct?

JOHN L. WILSON - CROSS

01:40    1    **A.**    Yes, it does.

01:40    2    **Q.**    And some of these early worst-case discharge calculations,

01:40    3    would you agree with me that BP told the government that the

01:40    4    worst case could be as high as 100,000 barrels in early May?

01:40    5    **A.**    In early May, I believe they did, but I would have to go

01:40    6    back and verify that.

01:40    7    **Q.**    Thank you.

01:40    8    **A.**    They certainly did later.

01:40    9    **Q.**    And so when you suggested that they had all these high

01:40    10   rate numbers, some of these high rate numbers were the result

01:40    11   of worst-case discharge calculations, and BP provided those to

01:40    12   the government, correct?

01:40    13   **A.**    The numbers toward the top of this chart are the

01:41    14   worst-case discharges.  The numbers on the bottom of the chart

01:41    15   with the big red dots are the most likely discharges, according

01:41    16   to BP.  And there are an enormous number of discharges between

01:41    17   the two much higher than 5,000 or 15,000 that were done in the

01:41    18   hydraulic modeling but not provided.

01:41    19            **MS. KARIS:**  Your Honor, if I could just get an answer

01:41    20   to the question of whether BP provided worst-case discharge

01:41    21   numbers resulting from this hydraulic model.

01:41    22            **THE COURT:**  Well, I think he answered your question.

01:41    23   BY MS. KARIS:

01:41    24   **Q.**    Now, the government was aware that the worst-case

01:41    25   discharge coming from the Macondo well could be as high as

JOHN L. WILSON - CROSS

01:41  1   100,000 barrels throughout the time of these source control
01:41  2   efforts, correct?
01:41  3   A.   Well, there were various estimates of worst-case discharge
01:41  4   provided by BP in that order of magnitude.
01:41  5   Q.   So when the source control decisions were being made, the
01:41  6   government had that information that the worst-case discharge
01:41  7   numbers could be as high as 100,000 barrels, correct?
01:42  8            MR. LI:  Your Honor, I object to the term
01:42  9   "government."  Which branch?  Who?
01:42 10            MS. KARIS:  The United States government that was
01:42 11   involved in the response.
01:42 12            MR. LI:  Same objection, Your Honor.
01:42 13            THE COURT:  Overruled.
01:42 14   BY MS. KARIS:
01:42 15   Q.   When the United States government was making decisions
01:42 16   with respect to source control, it knew or had information that
01:42 17   the worst-case discharge could be as high as 100,000 barrels,
01:42 18   correct?
01:42 19   A.   Yes.  Numbers of that order or magnitude, which it used
01:42 20   primarily to guide operations at the surface regarding the oil
01:42 21   that reached the surface.  But the -- for that purpose,
01:42 22   marshaling resources, just get everything you can.  You still
01:42 23   have trouble with it.  That makes sense.  But in terms of the
01:42 24   discharge used to guide well control activities at the seabed,
01:42 25   that's a totally different story.  You want accurate estimates

JOHN L. WILSON - CROSS

01:43  1    for that purpose.

01:43  2    **Q.**    Admiral Allen was involved both in surface discharge

01:43  3    response or surface response, but also in source control

01:43  4    response efforts, correct?

01:43  5    **A.**    He had that responsibility, but his level of expertise and

01:43  6    knowledge was pretty much aimed at the surface and not at the

01:43  7    seabed.

01:43  8    **Q.**    And as a result, the Federal Science Team was brought in

01:43  9    and put at BP's Houston offices to work with BP's engineering

01:43  10   teams, correct?

01:43  11   **A.**    There were federal scientists there, and there were some

01:43  12   BP people there as well.

01:43  13   **Q.**    And that Federal Science Team, with its expertise,

01:43  14   included folks from the National Labs, correct?

01:43  15   **A.**    To the best of my knowledge, yes.

01:43  16   **Q.**    It included folks from various universities:  LSU, Texas

01:43  17   A&M, and a variety of other academic institutions, correct?

01:43  18   **A.**    I don't know that.

01:43  19   **Q.**    It included folks from the industry, from Exxon, from

01:44  20   Shell, and from other members of the industry, correct?

01:44  21   **A.**    I don't know that.  I know in my review of the record on

01:44  22   the modeling, only once was another person from the industry

01:44  23   brought in to look at any of the efforts going on.

01:44  24   **Q.**    In evaluating source control decisions, were there members

01:44  25   of both the industry, academia, and the federal government?

JOHN L. WILSON - CROSS

01:44    1    **A.**    I did not review the source control efforts themselves,
01:44    2    only the hydraulic modeling which was done in support of that
01:44    3    source control effort.  So I can't speak to who may have been
01:44    4    involved outside of BP and the government in conferring on
01:44    5    that.
01:44    6    **Q.**    Okay.  Now, one of those source control efforts that you
01:44    7    did look at, though, and offer opinions about is Top Kill and
01:44    8    what effect hydraulic modeling had on Top Kill, correct?
01:44    9    **A.**    I looked at hydraulic modeling in reference to Top Kill,
01:44   10    not the effect that hydraulic modeling had on Top Kill, but
01:44   11    rather what hydraulic modeling said about the probability of
01:45   12    success of Top Kill.
01:45   13    **Q.**    At least with respect to assessing Top Kill, which you
01:45   14    opined about, can we agree that the industry, academia, the
01:45   15    United States government, and BP all considered and evaluated
01:45   16    Top Kill?
01:45   17    **A.**    Again, I did not look at source control efforts themselves
01:45   18    such as the Top Kill but rather the hydraulic modeling that was
01:45   19    done in support of that.  I do know the hydraulic modeling done
01:45   20    by BP, by Ole Rygg at ADD Energy, the contractor consultant for
01:45   21    the Top Kill, was not provided in any official way to the
01:45   22    government decision makers.
01:45   23    **Q.**    We are going to talk about Dr. Rygg's modeling, but would
01:45   24    you agree with me, Dr. Wilson, that you are not offering any
01:45   25    opinions on what the United States government would have done

**JOHN L. WILSON - CROSS**

01:45   1   differently regarding source control had BP provided its flow

01:45   2   rate modeling?

01:45   3   **A.**   I'm not going to offer an opinion about -- I haven't

01:46   4   offered an opinion.  I mean, this is -- I have already offered

01:46   5   my opinions about what they would have done.  What I would

01:46   6   offer is that they would have liked to have the opportunity to

01:46   7   do something different.  This came out very clearly in the

01:46   8   depositions of Secretary Chu, Marcia McNutt of the USGS, of

01:46   9   Lars Herbst and several other people I reviewed.  So they would

01:46   10  have liked to have had the chance to know about it.

01:46   11  **Q.**   You do not intend to offer any opinions to this Court, in

01:46   12  your report or elsewhere, on what the government would have

01:46   13  done differently had BP provided the government with the

01:46   14  modeling you contend should have been provided; is that

01:46   15  correct?

01:46   16  **A.**   I will not offer an opinion, have not offered an opinion

01:46   17  on what the government would have done differently had they

01:46   18  been properly informed.

01:46   19  **Q.**   Now, you talked about Top Kill and you referenced

01:47   20  Dr. Rygg's modeling.  Do you agree that Dr. Rygg's modeling is

01:47   21  limited to Momentum Kill?

01:47   22  **A.**   Yes, I believe I mentioned that in my direct testimony

01:47   23  that that's what he was looking at.

01:47   24  **Q.**   Just to avoid any confusion, Top Kill is a two-part

01:47   25  component.  The first one is Momentum Kill.  The second one is

JOHN L. WILSON - CROSS

01:47  1  Junk Shot.  Correct?

01:47  2  A.   There are two components, but they are interwoven in the

01:47  3  actual execution of the exercise.

01:47  4  Q.   But at least they are two separate components of the

01:47  5  Top Kill aspect, correct?

01:47  6  A.   Conceptually separate, operationally integrated.

01:47  7  Q.   Now, Dr. Rygg's modeling, it was limited to Momentum Kill

01:47  8  even though you just told us that they were integrated,

01:47  9  correct?

01:47  10  A.   Yeah.  The modeling was referring to the Momentum Kill.

01:47  11  The operation involves sequentially injecting mud and then a

01:48  12  junk and so on.  So the mud part of that operation is what he

01:48  13  was looking at, that injection of mud.

01:48  14  Q.   Dr. Rygg's modeling doesn't tell you anything about the

01:48  15  success of the Junk Shot operation and flow rates, correct?

01:48  16  A.   No, that's not quite correct.  I believe I mentioned this

01:48  17  on direct.  If the flow rate is sufficiently high such that the

01:48  18  Momentum Kill doesn't work, that also suggests the flow rate is

01:48  19  sufficiently high because there's not a lot of obstructions in

01:48  20  the BOP and if there are fewer obstructions in the BOP, there's

01:48  21  less chance that Junk Shot would succeed just by a matter of

01:48  22  physics.

01:48  23  Q.   Let's look at Dr. Rygg's testimony in this case.

01:48  24         MS. KARIS:   If we can look at 0491.208.1.

25

JOHN L. WILSON - CROSS

01:48  1    BY MS. KARIS:

01:48  2    Q.   You called him a preeminent expert in modeling, correct?

01:48  3    A.   Yes, flow modeling.

01:48  4    Q.   Flow modeling.

01:48  5         He was asked by Mr. Lundy:

01:49  6         "QUESTION:  If you can't stop the flow, assuming it's

01:49  7         15,000 barrels a day and the maximum pump rate is

01:49  8         50,000 barrels, the Junk Shot would be ineffective as

01:49  9         well, correct?

01:49  10        "ANSWER:  No.

01:49  11        "QUESTION:  Why not?

01:49  12        "ANSWER:  The Junk Shot hasn't anything to do with

01:49  13        this modeling.  The Junk Shot and the whole purpose of the

01:49  14        Junk Shot is to reduce the opening of the flow, meaning

01:49  15        that the flow rate then is reduced from what it was before

01:49  16        they started the operation.

01:49  17             "This modeling here doesn't have anything to do

01:49  18        with the Junk Shot.  So don't deduce anything on the

01:49  19        Junk Shot based on this modeling."

01:49  20        Correct?

01:49  21   A.   That's what he says.

01:49  22   Q.   And then do you know who Mr. --

01:49  23   A.   But I disagree with him.

01:49  24   Q.   You disagree with Dr. Rygg, who is the preeminent expert

01:49  25   on doing Momentum Kill modeling, correct?

JOHN L. WILSON - CROSS

01:49  1  A.   I do disagree with him, and let me explain.

01:49  2  Q.   No, I didn't ask for an explanation.  That's fine.

01:49  3  A.   I would like to offer one.

01:49  4       MR. LI:  I ask he be allowed to answer.

01:50  5       THE COURT:  Let him explain.

01:50  6       THE WITNESS:  In my direct I mentioned that these are

01:50  7  two separate things and that the modeling that he did had

01:50  8  nothing to do specifically with Junk Shot.  He was modeling the

01:50  9  Momentum Kill.  But that as a fundamental principle, if the

01:50  10 flow rate is so high that the Momentum Kill fails, then there

01:50  11 are likely to be larger openings, indicating a slightly higher

01:50  12 probability the Junk Shot won't work.

01:50  13        Now, that's not to say that the Momentum Kill

01:50  14 could fail without a Junk Shot but then succeed with it, which

01:50  15 is what he is referring to.  It's simply a matter of physics

01:50  16 that if the Junk Shot -- if the Momentum Kill fails, the flow

01:50  17 rate is higher, the flow rate is higher, there's less

01:50  18 obstruction, there's less obstruction, there's less stuff for

01:50  19 the junk to catch on, and that's what I was referring to.  We

01:50  20 were referring to two different things here.

01:50  21 BY MS. KARIS:

01:50  22 Q.   Okay.  Did you review Mr. Barnett's testimony as to

01:50  23 whether he thought that flow rate is a part of evaluating the

01:50  24 success of Top Kill?

01:50  25 A.   Is that Wild Well?

JOHN L. WILSON - CROSS

01:51  1   **Q.**   Correct.

01:51  2   **A.**   Yes.

01:51  3   **Q.**   They are well control specialists, aren't they?

01:51  4   **A.**   Yes.

01:51  5   **Q.**   And you've told us they have expertise in Top Kill,

01:51  6   correct?

01:51  7   **A.**   They have expertise in controlling blowouts, yes.

01:51  8   **Q.**   I believe you testified that you looked at their

01:51  9   conclusions after Top Kill as to what the likely reason for the

01:51  10  failure of Top Kill was, correct?

01:51  11  **A.**   Yes.  At the end of May, May 31, they wrote a memo

01:51  12  describing their view on the Top Kill operation.

01:51  13  **Q.**   All right.  And let's look at Mr. Barnett's testimony.

01:51  14          **MS. KARIS:**  022.234.1, please.

01:51  15  **BY MS. KARIS:**

01:51  16  **Q.**   He was asked:

01:51  17          **"QUESTION:**  And the whole purpose of the Junk Shot

01:51  18          portion of the Top Kill procedure would be to change the

01:51  19          orifice size so that the dynamic kill could be successful

01:51  20          regardless of the initial flow rate, correct?

01:51  21          **"ANSWER:**  Right.  The idea was to reduce the flow

01:51  22          path size by plugging it with various materials."

01:51  23          Do you agree with that?

01:51  24  **A.**   Well, I disagree with part of it.  Let me look at this

01:52  25  again.

JOHN L. WILSON - CROSS

01:52   1   Q.    Okay.
01:52   2   A.    I would disagree with his response, "right," because of
01:52   3   the nature of the question itself.  It says, "regardless of the
01:52   4   initial flow rate."
01:52   5   Q.    That's what he is being asked about, right?
01:52   6   A.    That's correct.  What you would like is the Junk Shot
01:52   7   increases the probability of success for a Momentum Kill
01:52   8   because you're still depending on a Momentum Kill, but it is,
01:52   9   therefore, tied together with it.
01:52  10         So would a flow rate of greater than 15,000 and a
01:52  11   successful Junk Shot have led to the successful Top Kill?  It's
01:52  12   possible, and I think that's what these people are talking
01:52  13   about.  But the fact that it didn't succeed at 15,000 and with
01:52  14   the Junk Shot still didn't -- sorry, since it didn't succeed
01:52  15   with the Momentum Kill and still didn't succeed with the
01:52  16   Junk Shot, that means the flow rate was even higher than
01:52  17   15,000, in all likelihood.
01:52  18   Q.    You didn't look at why Top Kill failed, correct?
01:52  19   A.    I looked at the assessments of Wild Well Control and
01:53  20   people on-site at the time for their opinions as to why it
01:53  21   failed.  I did not form my own independent opinion of the
01:53  22   failure.
01:53  23   Q.    Now, you referenced a "circle of trust" e-mail.  Do you
01:53  24   recall that?
01:53  25   A.    Yes.

JOHN L. WILSON - CROSS

01:53  1   **Q.**   Can we agree that the circle of trust e-mail which you
01:53  2   referenced in your direct examination pertains to data
01:53  3   regarding Top Kill?
01:53  4   **A.**   I recall that it was written after the Top Kill operation
01:53  5   and regarded, again, communications with regard to reasons for
01:53  6   failure, success or diagnosis of the Top Kill.
01:53  7   **Q.**   If we can look at page 48 of your report, just to refresh
01:53  8   you.  This is in your report.  It says, "This e-mail responds
01:53  9   to Paul Tooms' e-mail that no one is to receive Top Kill data
01:54  10  outside the circle of trust."
01:54  11          That's the e-mail you were referencing on your
01:54  12  direct, correct?
01:54  13  **A.**   I believe so, but I would have to check it out to be
01:54  14  absolutely certain.  It seems to be.
01:54  15  **Q.**   All right.  Now, you testified on direct that Dr. McNutt
01:54  16  said she was not inside the circle of trust and I think you
01:54  17  chuckled a little, correct?
01:54  18  **A.**   Yes.  Her deposition was the first time that she heard
01:54  19  about this 15,000 barrels of oil per minute -- per day limit on
01:54  20  the success of the Top Kill -- Momentum Kill part that Ole
01:54  21  Rygg's simulations had done and her reaction was similar to all
01:54  22  the other senior decision makers in the government who
01:54  23  discovered upon deposition only, first time, that there was
01:54  24  this limit nobody had ever told them about and they were sort
01:54  25  of aghast and this was an example of it.  When she was shown

OFFICIAL TRANSCRIPT

JOHN L. WILSON - CROSS

01:54   1   this particular e-mail, she responded with that quote, "I guess
01:54   2   I'm not inside the circle of trust."
01:54   3   **Q.**   Do you know whether Secretary Chu was inside of that
01:55   4   circle of trust and received Top Kill data at the exact same
01:55   5   time BP was receiving it?
01:55   6   **A.**   I'm not sure about him receiving Top Kill data, but he
01:55   7   certainly didn't receive information about the 15,000 barrels
01:55   8   of oil per day limit on success of the Momentum Kill.
01:55   9   **Q.**   Did the government do their own independent assessments to
01:55   10  determine the likelihood of success of Top Kill?
01:55   11  **A.**   They did not do hydraulic flow modeling and, therefore,
01:55   12  whatever else they might have done, I don't know.  But my
01:55   13  limited review of the government's modeling efforts, such as it
01:55   14  is, suggests there was no modeling of that kind at this time.
01:55   15  They depended on BP to do the modeling of things like this and
01:55   16  convey it to the government.
01:55   17  **Q.**   There was no modeling done based on hydraulic modeling at
01:55   18  the same time Dr. Decroix was saying you can't use hydraulic
01:55   19  modeling because of the lack of information, correct?
01:55   20  **A.**   He was referring to a single point accurate estimations
01:56   21  using, again, BP's stuff, not a range of flow rates.  Here we
01:56   22  have a range of flow rates that exceeds a 15,000 limit, which
01:56   23  admittedly is not itself an accurate number, but it gives you
01:56   24  an indication that the flow rate for a successful Top Kill is a
01:56   25  lot lower than most of the flow rates that BP had been modeling

JOHN L. WILSON - CROSS

01:56  1   for weeks.

01:56  2   **Q.**   Can we agree Secretary Chu received the data regarding the

01:56  3   execution of Top Kill as the data and information was being

01:56  4   generated?  Yes or no?

01:56  5   **A.**   I know he received and -- requested and received some of

01:56  6   the data.  I don't know what he received in any detail.

01:56  7        **MS. KARIS:**  If we can look at 11305.1.1.

01:56  8   **BY MS. KARIS:**

01:56  9   **Q.**   This is an e-mail from Secretary Chu to internal

01:56  10  government folks dated May 30.  This is immediately following

01:56  11  Top Kill, correct?

01:56  12  **A.**   Yes, it is immediately after.

01:56  13       **MS. KARIS:**  If you can go to 11305.2.1, please.

01:57  14  **BY MS. KARIS:**

01:57  15  **Q.**   Secretary Chu writes:  "On Friday night, I returned from

01:57  16  four days in Houston where my team of scientists and I have

01:57  17  been monitoring the progress of the Top Kill effort and helping

01:57  18  to design the strategies for moving forward.

01:57  19       "We have been getting the data at the same time as BP

01:57  20  engineers and conducting our own independent analysis of the

01:57  21  data so we can verify the conclusions that BP is making at

01:57  22  every step."

01:57  23       That's what Secretary Chu wrote, correct?

01:57  24  **A.**   Yes, but when he learned about Ole Rygg's simulation

01:57  25  months, many months, maybe a year later at the time of his

JOHN L. WILSON - CROSS

01:57   1   deposition, he was actually very disappointed in the
01:57   2   information that BP had withheld.  So to say that he was
01:57   3   getting all the data available, not to have had that pointed
01:57   4   memo available to him that indicated that flow rate threshold,
01:58   5   certainly suggests that not everything was being provided.
01:58   6   Q.    Do you know who the Red Team is?
01:58   7   A.    Spelled R-E-D?
01:58   8   Q.    Yes.
01:58   9   A.    Not without context.
01:58  10   Q.    Do you know whether the Red Team was a government team
01:58  11   that was independently assessing Top Kill prior to approval of
01:58  12   Top Kill?
01:58  13   A.    I don't know of that assessment.  As far as I know, that
01:58  14   group did not use hydraulic modeling.
01:58  15   Q.    You don't even know who they are?  You don't know if they
01:58  16   used --
01:58  17   A.    I don't know, but I saw no reference to hydraulic modeling
01:58  18   in any of the correspondence I've read.
01:58  19   Q.    Do you know whether the Red Team was informing the Federal
01:58  20   Science Team as to its view regarding flow rates, success
01:58  21   rates, or any of that prior to the execution of Top Kill?
01:58  22   A.    No, I don't.
01:58  23   Q.    So when you referenced Secretary Chu and what you reviewed
01:58  24   in his deposition, did you look to see what information
01:58  25   Secretary Chu had or at least what his Federal Science Team had

JOHN L. WILSON - CROSS

01:59    1    available prior to the execution of Top Kill?

01:59    2    A.   Well, they didn't have all the flow rate modeling BP had

01:59    3    been doing, and they didn't have Ole Rygg's simulation results.

01:59    4    That much I know.

01:59    5    Q.   Did you look to see what data or information they

01:59    6    generated internally?

01:59    7    A.   I did not review, separately from my review of BP's

01:59    8    modeling efforts, internal things at the government unless I

01:59    9    ran across some incidentally.

01:59   10    Q.   You are aware, though, that BP had requested, prior to

01:59   11    Top Kill, that the government perform an independent review of

01:59   12    its procedure, correct?

01:59   13    A.   I wouldn't be surprised of that.  I don't recall.

01:59   14          MS. KARIS:  We can look at 9131.3.1, please.

01:59   15          THE WITNESS:  But had they done that, it would have

01:59   16    been nice to suggest to the government we are concerned that if

01:59   17    the flow rate is too high, the Momentum Kill won't work and our

01:59   18    indications are we have high flow rates in many of our

02:00   19    simulations that are above what we think is a threshold for

02:00   20    success, but they didn't give that pointed information.

02:00   21    BY MS. KARIS:

02:00   22    Q.   But you don't know whether the government had generated

02:00   23    that information on its own, correct?

02:00   24    A.   I think had they generated that information on their own,

02:00   25    they probably would have reassessed the procedure of proceeding

JOHN L. WILSON - CROSS

02:00    1    with the Top Kill.

02:00    2    Q.   All right.  You think that, but were you aware that BP

02:00    3    sent to the government this request for an independent review

02:00    4    of the Dynamic Kill pumping schedule which, of course, would

02:00    5    have included pump rates and flow rates?  Were you aware of

02:00    6    that?

02:00    7    A.   You're going to have to, first of all, show me a date on

02:00    8    this.

02:00    9    Q.   Sure.

02:00   10    A.   And what the context for this is because I'm not following

02:00   11    it.

02:00   12    Q.   I will represent to you -- and actually, we can look at

02:00   13    it.

02:00   14          MS. KARIS:  9131.1.1.

02:00   15    BY MS. KARIS:

02:00   16    Q.   This is an e-mail from May 16 from Mr. Tooms of BP to Tom

02:00   17    Hunter and several others of the government, National -- Sandia

02:01   18    National Labs.  And he says:  "Please find attached the written

02:01   19    questions that we are requesting the labs assist us with."

02:01   20          This is the cover to that e-mail, if we can go now to

02:01   21    the following page.  What he asks from the National Labs

02:01   22    assistance with is an independent review of the Dynamic Kill

02:01   23    pumping schedule.  Top Kill, if successful, would shut off the

02:01   24    well more quickly, and then asks for them to undertake an

02:01   25    assessment of that, correct?

JOHN L. WILSON - CROSS

1  **A.**   This is referring mostly to the pumping of mud, the

2  injection of mud without reference to its dependence for

3  success on the flow rate of the well itself.  And at this time

4  BP was representing the flow rate as being 5,000 barrels of oil

5  per day.

6  **Q.**   Do you know whether the government had internal estimates

7  at that time that suggested that the flow rate could be

8  significantly higher than the 15,000 barrels?

9  **A.**   I think the date we saw on this a few minutes ago was the

10  17th of May.

11  **Q.**   16th.

12  **A.**   16th.  To the best of my knowledge, they had no

13  substantive estimates to contradict that, to contradict BP's

14  estimate.

15  **Q.**   Prior to Top Kill being executed, had the government

16  determined what it believed to be the flow rate estimate?

17  **A.**   Prior to when?

18  **Q.**   Top Kill being executed.

19  **A.**   On the 27th there was an initial public report of the Flow

20  Rate Technical Group of a consensus of opinion that the flow

21  rate was far higher than 5,000 barrels of oil per day.  The

22  consensus was arrived only the day earlier, according to Marcia

23  McNutt's deposition, and also according to her deposition that

24  the -- no pun intended, the momentum forward for the Top Kill

25  was already too strong.  But had she known about Ole Rygg's

JOHN L. WILSON - CROSS

02:02  1    15,000 limit and the fact it was below the government's new

02:03  2    estimate, that they probably still would have proceeded with

02:03  3    the Top Kill because BP had not kept them informed early enough

02:03  4    to make a difference.

02:03  5    Q.   Did you see what Dr. Hunter said about whether he would

02:03  6    have gone forward with Top Kill even if he had known the flow

02:03  7    rate might be higher than 15,000 barrels?

02:03  8    A.   But he didn't know about the 15,000 barrels of oil per

02:03  9    day.

02:03  10   Q.   Did you see his testimony that he would have gone forward

02:03  11   with Top Kill even if he had known because there is the

02:03  12   Junk Shot aspect of Top Kill?  Did you see that testimony?

02:03  13   A.   I don't recall that testimony.

02:03  14   Q.   Okay.  Let's talk about some of the models that you talked

02:03  15   about.  You referenced some modeling performed by Mr. Mason,

02:03  16   correct?

02:03  17   A.   By his group.

02:03  18   Q.   I'm sorry, by his group.  And that would be in mid-May?

02:03  19   A.   Well, there are a variety of times.  So I'm not sure which

02:03  20   effort you are referring to.

02:03  21   Q.   Sure.

02:04  22            MS. KARIS:  If we can pull up 9156.6.1.

02:04  23            THE WITNESS:  Yes, this is a May 11 memo, as I

02:04  24   recall, a PowerPoint package attached to an e-mail.

       25

OFFICIAL TRANSCRIPT

**JOHN L. WILSON - CROSS**

02:04  1  **BY MS. KARIS:**

02:04  2  **Q.**   Mr. Mason generated what he called the key messages from

02:04  3  this exercise, correct?

02:04  4  **A.**   Well, I can't recall how many messages he got out of this

02:04  5  package, but there are quite a few here.

02:04  6          **MS. KARIS:**  9156.2.2.

02:04  7          **THE WITNESS:**  Yes.

02:04  8  **BY MS. KARIS:**

02:04  9  **Q.**   The key message from his work on May 15 before Top Kill

02:04  10  was executed is that, "if BOP and wellhead were removed and if

02:04  11  we have incorrectly modeled the restrictions, the rate could be

02:04  12  as high as (approximately) 100,000 barrels per day up the

02:04  13  casing or 55,000 barrels per day up the annulus."  Correct?

02:05  14  **A.**   Yes.  These are worst case discharge estimates, not like

02:05  15  earlier ones that BP had presented to the government, and they

02:05  16  are buried in those charts we were just looking at.

02:05  17  **Q.**   BP provided this very slide to Admiral Landry before

02:05  18  Top Kill was approved, correct?

02:05  19          **MR. LI:**  Your Honor, I'm going to pose an objection

02:05  20  here that BP is collaterally estopped and judicially estopped

02:05  21  from contradicting admissions in the factual basis of a guilty

02:05  22  plea.

02:05  23          This document here, this key messages slide

02:05  24  appears both in this particular exhibit and also in the letter

02:05  25  to Congressman Markey on May 24, 2010, which is Exhibit 10358,

**JOHN L. WILSON - CROSS**

02:05  1    which form the basis for BP's guilty plea for obstruction of

02:05  2    Congress in which it specifically -- at Allocution No. 5, BP

02:05  3    acknowledged that BP falsely suggested in its May 24 letter,

02:05  4    which attaches this exact document, that Unified Command flow

02:06  5    rate estimate of 5,000 barrels per day was the most

02:06  6    scientifically informed judgment and that subsequent flow rate

02:06  7    estimates have yielded consistent results.  The factors set

02:06  8    forth above, BP had multiple internal documents for flow rate

02:06  9    estimates that were significantly greater than 5,000 barrels

02:06 10    per day that it did not share with the Unified Command.

02:06 11            If this attached key messages document was

02:06 12    enough to inform the government, then there's no factual basis

02:06 13    for the plea.  BP is judicially and collaterally estopped from

02:06 14    contradicting or undermining a sworn admission.

02:06 15            MS. KARIS:  If I may respond, Your Honor?

02:06 16            THE COURT:  Go ahead.

02:06 17            MS. KARIS:  I do not believe the plea, in any way,

02:06 18    shape, or form, contradicts the fact that Admiral Landry, on

02:06 19    May 19, received this key messages slide.  BP wouldn't plead to

02:06 20    that.  It's directly contrary to facts.

02:06 21            Admiral Landry, in her deposition, admitted that

02:06 22    she received this information -- this is what Mr. Brock showed

02:07 23    this morning.  She received this information.  She looked at

02:07 24    this information, and she did not rely on BP for flow rate

02:07 25    estimates at this time, which was prior to Top Kill because at

JOHN L. WILSON - CROSS

02:07  1    that point in time, the Flow Rate Technical Group was approved.

02:07  2             THE COURT:  I'm going to overrule the objection.  The

02:07  3    plea agreement and the guilty plea is already in the record,

02:07  4    correct?

02:07  5             MR. LI:  Yes, Your Honor.

02:07  6             THE COURT:  So it says what it says.  Let's go.

02:07  7             THE WITNESS:  Can I respond?

02:07  8    BY MS. KARIS:

02:07  9    Q.   I'm sorry, Dr. Wilson, one simple question.

02:07  10   Admiral Landry received this information prior to Top Kill

02:07  11   going forward, yes or no?

02:07  12   A.   She received this slide but not the previous one you just

02:07  13   put up there.  She did not receive the other 48 or plus

02:07  14   simulations that were done that were associated with this

02:07  15   slide.  She only got this.  And this was supposed to be the

02:07  16   latest results that BP was providing in that e-mail transmittal

02:08  17   to Admiral Landry.  So she got and Congress got this as the

02:08  18   only thing out of that whole package that Mike Mason did,

02:08  19   certainly not the latest.

02:08  20   Q.   What Mr. Mason gave her is those big numbers, the high

02:08  21   numbers that you referenced?

02:08  22   A.   And he gave her --

02:08  23   Q.   He gave her the highest numbers, the worst case for

02:08  24   what --

02:08  25   A.   And alleged it to be worst case, low probability worst

JOHN L. WILSON - CROSS

02:08  1  cases, discounting it completely relative to continued

02:08  2  pronouncements of best estimates or most likely estimates of

02:08  3  5,000 barrels of oil per day.

02:08  4  Q.   Admiral Landry testified, you're aware, that even when she

02:08  5  got this, the entire package, she was not looking to BP or

02:08  6  relying on this information because the Flow Rate Technical

02:08  7  Group had been formed and she was looking to them for flow

02:08  8  rate, correct?

02:08  9  A.   She was looking -- started looking to the Flow Rate

02:08  10  Technical Group, among other things, because in the 19th, this

02:09  11  was one part of a response to a request for all information you

02:09  12  have on flow rate.  And I would imagine if I were her, I would

02:09  13  be incredibly disappointed at this memo.  I mean, have you ever

02:09  14  looked at this thing?  An undergraduate could do better in

02:09  15  terms of preparing quantitative, factual information for me as

02:09  16  a decision maker to consider about flow rate.

02:09  17  Q.   Let's talk about the last topic, the 5,000-barrel

02:09  18  estimate.  The 5,000-barrel estimate, you understand, that was

02:09  19  announced on April 28 was provided by NOAA to Admiral Landry,

02:09  20  correct?

02:09  21  A.   No.  On the 28th, Admiral Landry had a meeting with Doug

02:09  22  Suttles and he provided this range from one to five with 2,500

02:10  23  in the middle, the chart we showed a while ago.  She, and in

02:10  24  collaboration with one of her assistants, I suppose, whatever

02:10  25  you call it, were uncomfortable with that because they had

JOHN L. WILSON - CROSS

02:10  1   become convinced from NOAA estimates that the flow rate was
02:10  2   higher than 1,000, which had been the previously announced
02:10  3   amount, and they were skeptical about this estimate of BP's
02:10  4   that 2500 was the best estimate, so they took the high end of
02:10  5   the BP estimate and decided to go with an announcement that
02:10  6   very day of 5,000 based on this high end that BP had provided.
02:10  7   Q.   At the time that Admiral Landry announced the 5,000-barrel
02:10  8   estimate, the government had internal generated numbers that
02:10  9   showed the flow rate could be as high as 64,000 barrels,
02:10  10  correct?
02:10  11  A.   You'll have to point out to me what you are referring to
02:10  12  because I'm not sure what that is.
02:10  13  Q.   Sure.
02:10  14       MS. KARIS:  If we can look at 144811.2.1.
02:11  15       THE WITNESS:  You're talking April 28?
02:11  16  BY MS. KARIS:
02:11  17  Q.   Yes.
02:11  18  A.   Okay.
02:11  19  Q.   Actually, I'm talking before the April 28 announcement,
02:11  20  April 25.  Mr. Watabayashi is with the government, correct?  He
02:11  21  is with NOAA?
02:11  22  A.   I will take your notice on that.  I don't know that.
02:11  23  Q.   Were you aware that Mr. Watabayashi was writing to
02:11  24  Mr. Barker and identifying numbers as high as 64,426 barrels as
02:11  25  the flow rate that might exist before Admiral Landry announced

JOHN L. WILSON - CROSS

1    the 5,000-barrel estimate?

2    **A.**    Yes.   And this reached people who might have contact with

3    Admiral Landry, but on the other hand, this is a video

4    estimate.   It's the kind of thing for the next month BP

5    discounted as being unreliable video evidence based on the fact

6    that it no doubt didn't take into account the gas/oil ratio,

7    gas coming out of solution, and all sorts of other factors.

8            And so May 19 when Doug Suttles sent that e-mail to

9    Admiral Landry, it included explanations for why all the PIV

10   analysis, particle imaging velocimetry analysis, that had been

11   recently done by an academic and similar analyses were

12   unreliable and, therefore, the flow rate was actually much

13   smaller than they showed.   So I don't know how this went up

14   through the chain of command, but BP was certainly arguing

15   against this kind of information as being reliable or useful at

16   that time.

17           **MS. KARIS:**   I have no further questions.   Thank you.

18           **THE COURT:**   Any redirect, Mr. Li?

19           **MR. LI:**   No, Your Honor.

20           **THE COURT:**   Thank you, Dr. Wilson.

21           Call your next witness.

22           **MR. BRIAN:**   Brad Brian for Transocean and the aligned

23   parties.   We propose to play five short deposition clips.   They

24   are Admiral Mary Landry, who is the admiral in the

25   U.S. Coast Guard who served as the federal on-scene

02:13    1    coordinator, as the Unified Area Commander from April 23

02:13    2    through June 1; Dr. Marcia McNutt, who was the director of the

02:13    3    U.S. geological survey who has served as the science adviser to

02:13    4    Secretary of the Interior Ken Salazar during the response.  She

02:13    5    then became the chair of the Flow Rate Technical Group when it

02:13    6    was formed on May 19, 2010.

02:13    7                Tim Lockett, whose current position is BP's

02:13    8    subject matter expert for multiphase modeling and discipline

02:13    9    lead for flow assurance.  He conducted hydraulic modeling for

02:13   10    BP during the response.  Mike Mason, somebody who you have

02:13   11    heard of, who is a former BP vice president who oversaw certain

02:13   12    flow rate modeling and estimated the potential range of flow

02:13   13    rates during the response.  And Secretary of the Energy Steven

02:13   14    Chu, who arrived in Houston on May 12 to assist with the

02:13   15    response effort and served as co-lead of the Government Science

02:13   16    Team during the response.  I think there were objections by BP

02:14   17    only to Secretary Chu's deposition.  I don't know whether

02:14   18    Your Honor has had a chance to review that and rule on those

02:14   19    objections.

02:14   20         **THE COURT:**  I've not ruled on those yet.  I have

02:14   21    looked at it.

02:14   22         **MR. BRIAN:**  Would you prefer we hold off playing that

02:14   23    one?

02:14   24         **THE COURT:**  Why don't you do that.

02:14   25         **MR. BRIAN:**  I have a binder with the transcripts and

02:14    1    the exhibits that are referenced that I'll give to the clerk

02:14    2    now.

02:14    3              MR. GASAWAY:  Your Honor, I was just going to say on

02:14    4    behalf of BP, we would be prepared to argue this if that would

02:14    5    be helpful in the morning or you can just rule after looking at

02:14    6    it overnight.

02:14    7              THE COURT:  I will probably just rule.

02:14    8              MR. GASAWAY:  Thank you, Your Honor.

02:14    9              THE COURT:  By the way, that was Mr. Gasaway.  He

02:14   10    forgot to identify himself.

02:14   11              MR. BRIAN:  We'll withhold playing Secretary Chu's,

02:14   12    and we will play the other four, Your Honor.

02:15   13              THE COURT:  How long do these take altogether?

02:15   14              MS. GOTTLIEB:  About 25 minutes.

02:15   15              MR. BRIAN:  And that was Ms. Gottlieb.

02:15   16              (Video deposition clips of Mary Landry, Marcia

02:15   17    McNutt, Tim Lockett, and Mike Mason played.)

02:36   18              MR. BRIAN:  That concludes the videotape depo clips,

02:36   19    Your Honor.

02:36   20              THE COURT:  Who is the next witness for the aligned

02:36   21    parties?

02:36   22              MR. LUNDY:  Gregg Perkin, Your Honor.

02:36   23              THE COURT:  Another expert.  Let's take a 15-minute

02:36   24    recess.

02:37   25              (Recess.)

OFFICIAL TRANSCRIPT

02:54   1          **THE COURT:**  Please be seated, everyone.

02:54   2                         **Gregg Perkin,**

02:54   3   having been duly sworn, testified as follows:

02:54   4          **THE DEPUTY CLERK:**  State your full name and correct

02:54   5   spelling for the record, please.

02:55   6          **THE WITNESS:**  Gregg Perkin, G-R-E-G-G, P-E-R-K-I-N.

02:55   7          **THE COURT:**  Before we begin Mr. Perkin's testimony, a

02:55   8   couple things.

02:55   9               I have looked at BP's objections to the portions

02:55   10  of the video deposition testimony of Dr. Chu, and I'm going to

02:55   11  overrule the objections.  The testimony is essentially in the

02:55   12  nature of:  If you had had this additional information, what

02:55   13  would you have done differently?  Or would you have done

02:55   14  anything differently?  I don't think there's anything wrong

02:55   15  with that type of testimony.  So I overrule the objection.

02:55   16               You can play that whenever it's convenient,

02:55   17  Mr. Brian.

02:56   18          **MR. BRIAN:**  May we have a moment, Your Honor?

02:56   19          **THE COURT:**  Sure.

02:56   20               Mr. Irpino, did you have something you wanted to

02:56   21  say?

02:56   22          **MR. IRPINO:**  Your Honor, Anthony Irpino for the PSC.

02:56   23               We have our deposition bundles that were to be

02:56   24  offered on the first day.  We can do that after --

02:56   25          **THE COURT:**  Why don't we do that at the end of the

02:56  1   day.
02:56  2              **MR. IRPINO:**  Thank you, Your Honor.
02:56  3              **THE COURT:**  Anything else?
02:56  4              **MR. LUNDY:**  No, Your Honor.
02:56  5                   Mat Lundy for the PSC.  May we proceed?
02:56  6              **THE COURT:**  Yes.
02:56  7                        **DIRECT EXAMINATION**
02:56  8   **BY MR. LUNDY:**
02:56  9   **Q.**   Good afternoon, Mr. Perkin.  How are you?
02:56 10   **A.**   Good afternoon, Mr. Lundy.
02:56 11              **THE COURT:**  By the way, there was a motion in limine
02:56 12   on Mr. Perkin?
02:56 13              **MR. LUNDY:**  No, I don't think so, Your Honor.
02:56 14              **MR. COLLIER:**  There actually was a motion in limine,
02:56 15   Your Honor.  It was relating to a certain opinion --
02:57 16              **THE COURT:**  It looks like two of the three are
02:57 17   essentially moot because the plaintiffs say they do not intend
02:57 18   to ask those questions, correct?
02:57 19              **MR. LUNDY:**  That's true, Your Honor.
02:57 20              **THE COURT:**  Are you still raising the third issue?
02:57 21              **MR. COLLIER:**  I believe the issue was whether or not
02:57 22   there was a mitigation plan during the Junk Shot procedure to
02:57 23   address buildup of pressure.
02:57 24              **THE COURT:**  To the extent there's a remaining
02:57 25   objection, I'm going to overrule it because I went back and I

**GREGG PERKIN - DIRECT**

02:57  1  looked at his report.  It seems like, to me, it's fairly within

02:57  2  the four corners of his report.  He talks about the potential

02:57  3  risk of the -- on page 8 of his report, he talks about indirect

02:58  4  Top Kill parameters included risk and hazards such as bursting

02:58  5  rupture disks in the 16-inch casing; and then later on in his

02:58  6  report, he again refers to:  If the Junk Shot was successful,

02:58  7  it would result in a potentially high shut-in pressure with

02:58  8  potential casing failure if these excessive pressures could not

02:58  9  be relieved or vented.  That's page 18.  Page 19, he talks

02:58  10  about it again.  So I think it's fairly within his report.

02:58  11          Go ahead.

02:58  12  BY MR. LUNDY:

02:58  13  Q.   Mr. Perkin, you have been tendered and accepted as an

02:58  14  expert in this case during Phase One?

02:59  15  A.   Yes, sir.

02:59  16  Q.   You have already testified during Phase One; is that

02:59  17  correct?

02:59  18  A.   Yes, sir.

02:59  19  Q.   Have you prepared reports that contain your opinions for

02:59  20  Phase Two of this case?

02:59  21  A.   Yes, sir.

02:59  22          MR. LUNDY:  Carl, would you pull up, please, the

02:59  23  first page of TREX-11464R.

02:59  24  BY MR. LUNDY:

02:59  25  Q.   Does this show the front page of the report, the original

## GREGG PERKIN - DIRECT

| | | |
|---|---|---|
| 02:59 | 1 | report, that you prepared in connection with your work in |
| 02:59 | 2 | Phase Two of this case? |
| 02:59 | 3 | A.   Yes, sir. |
| 02:59 | 4 | MR. LUNDY:  Carl, would you pull up now for us, |
| 02:59 | 5 | please, TREX-11465. |
| 02:59 | 6 | BY MR. LUNDY: |
| 02:59 | 7 | Q.   Does this show the cover page of your expert rebuttal |
| 02:59 | 8 | report that you prepared in this case? |
| 02:59 | 9 | A.   Yes, sir, it does. |
| 02:59 | 10 | MR. LUNDY:  Your Honor, at this time, the aligned |
| 02:59 | 11 | parties would move to have TREX-11464R and TREX-11465, which |
| 03:00 | 12 | are Mr. Perkin's original Phase Two expert report and rebuttal |
| 03:00 | 13 | report, admitted into evidence. |
| 03:00 | 14 | THE COURT:  All right. |
| 03:00 | 15 | MR. COLLIER:  No objection. |
| 03:00 | 16 | THE COURT:  With no objection, those are admitted. |
| 03:00 | 17 | BY MR. LUNDY: |
| 03:00 | 18 | Q.   Would you tell the Court in general what you reviewed in |
| 03:00 | 19 | connection with the work you performed in Phase Two? |
| 03:00 | 20 | A.   I reviewed a number of depositions, a number of treatises, |
| 03:00 | 21 | a number of e-mails.  It's all spelled out in the addendums of |
| 03:00 | 22 | the two reports. |
| 03:00 | 23 | Q.   Can we have an agreement that your opinions will be based |
| 03:00 | 24 | upon your education, training, knowledge, and experience in the |
| 03:00 | 25 | oil and gas industry and upon the documents you've reviewed? |

**GREGG PERKIN - DIRECT**

03:00    1    **A.**   Yes, sir.

03:00    2    **Q.**   We have heard a lot about flow rates this morning -- or

03:00    3    this afternoon from Dr. Wilson, so we are not going to replow

03:00    4    flow rate grounds, but we may have to touch upon it a little

03:00    5    bit.  And then we are going to go into the Junk Shot in more

03:01    6    detail than we've heard this morning.

03:01    7         What I would like to ask you about the flow rate in

03:01    8    particular with respect to Momentum Kill:  From a well control

03:01    9    perspective, should flow rate estimates like those discussed by

03:01   10    Dr. Wilson this morning be shared with the decision makers who

03:01   11    are determining which source control option should be used?

03:01   12    **A.**   Most definitely.

03:01   13    **Q.**   Why is that?

03:01   14    **A.**   Because flow rate has a lot to do with how you are going

03:01   15    to control the well.  It's going to help you make the best

03:01   16    decisions and result in the best chance of success.

03:01   17    **Q.**   Likewise, should a source control option that is known

03:01   18    that will not work be attempted?

03:01   19    **A.**   In my opinion, no.

03:01   20    **Q.**   Why not?

03:01   21    **A.**   Because it can lead to other problems, it can manifest

03:01   22    other risks, and it can create other unsolvable problems.

03:01   23    **Q.**   So when there's a potential for no reward and there are

03:01   24    risks involved in the operation, it's your opinion it shouldn't

03:01   25    be attempted; is that correct?

**GREGG PERKIN - DIRECT**

03:02  1   **A.**   I think all the risks should be evaluated.  If there's a

03:02  2   low risk of success, then it should not be attempted.

03:02  3   **Q.**   Now, let's go into the Junk Shot in more detail than what

03:02  4   we have heard this morning.

03:02  5   **A.**   I should say "probabilities."

03:02  6   **Q.**   What is the Junk Shot and its purpose?

03:02  7   **A.**   Well, the Junk Shot is primarily a -- I call it -- it's

03:02  8   materials such as -- we call it "junk":  Golf balls, ground-up

03:02  9   paper, cloth, anything that can find its way into the flow path

03:02  10  and plug off flow.

03:02  11  **Q.**   How is the junk inserted into the BOP and into the flow?

03:02  12  **A.**   It's actually pumped into the BOP and it's pumped into the

03:02  13  flow, and the idea is that the junk will disperse in such a

03:02  14  manner that it will cling on to something and create a flow

03:02  15  restriction, as Dr. Wilson was talking about this morning.

03:03  16  **Q.**   What does it go through?  What is it inserted through to

03:03  17  get to the BOP?

03:03  18  **A.**   In this case, it was inserted through the choke and kill

03:03  19  lines, which have a very small diameter compared to the blowout

03:03  20  preventer.

03:03  21  **Q.**   You say a small diameter.  What were the size of the choke

03:03  22  and kill lines?

03:03  23  **A.**   My understanding was they were 3-inch inside diameter; or

03:03  24  the acronym is ID.

03:03  25  **Q.**   Does the size of the choke and kill lines have an impact

**GREGG PERKIN - DIRECT**

03:03  1   on whether the Junk Shot might be successful?

03:03  2   **A.**   I think in this case it does, because you're introducing

03:03  3   small materials that are going into a rather large cavity.   In

03:03  4   this case, it's 18 and 3/4 inches.

03:03  5   **Q.**   So you're introducing junk through a small line -- a

03:03  6   3-inch diameter line -- into a flow path that is much larger;

03:03  7   is that correct?

03:03  8   **A.**   Yeah, I think the analogy that I use from time to time is

03:03  9   that it's like taking a box of raisins and trying to dam the

03:03  10  Colorado River up with it.

03:03  11  **Q.**   Are there risks with the Junk Shot?

03:04  12  **A.**   The risks are that it won't work.   There are also risks

03:04  13  that, if it suddenly plugs off a well, the pressure can spike.

03:04  14  It can be similar to what we equal a "hard shut-in."

03:04  15  **Q.**   What's the result of that?

03:04  16  **A.**   In this particular case, you have rupture disks, which,

03:04  17  potentially, if they had not ruptured, could rupture in the

03:04  18  event of a hard shut-in.

03:04  19  **Q.**   That's a risk associated with the Junk Shot?

03:04  20  **A.**   That would be a risk associated with the Junk Shot.   If

03:04  21  you could not control the size of the orifice by virtue of the

03:04  22  junk taking hold of whatever is inside the blowout preventer

03:04  23  and it suddenly becomes a barrier, the pressure can spike.

03:04  24          **MR. LUNDY:**   Carl, would you please pull up D20008?

       25

GREGG PERKIN - DIRECT

1    BY MR. LUNDY:

2    **Q.**   As we look at this slide and talk about the risks with the

3    Junk Shot, when the pressure spikes, then what's the

4    possibility -- what can happen after that?

5    **A.**   Well, if the pressure spikes, the well could be sealed or

6    you could damage something that's not capable of sustaining the

7    pressure.  So that's the tradeoff.

8            The soft shut-in would be a little different.  A soft

9    shut-in would take place over time and you could imagine it.

10           But in this particular case, if the junk and the

11   Junk Shot would take hold and suddenly create restriction of

12   flow, you could create a hard shut-in situation or a rapid

13   shut-in.

14   **Q.**   What might that cause?

15   **A.**   It could cause -- in this particular case, it could cause

16   damage to the rupture disks.  If it was severe enough, it might

17   create an underground blowout.

18   **Q.**   You see this slide which is -- the source is TREX-11269.4

19   and it says "MC 252 Junk Shot Peer Assist, 6 May 2010, Report

20   of Findings, Executive Summary."  You have seen this document

21   before, have you not?

22   **A.**   I have.

23   **Q.**   You see where the Peer Assist Group concludes that

24   Junk Shots are not often successful; is that correct?

25   **A.**   That's correct.

**GREGG PERKIN - DIRECT**

03:06  1  **Q.**   Would you explain to the Court what the Peer Assist Group

03:06  2  for the Junk Shot was in this case?

03:06  3  **A.**   I think in this particular case -- and I think it may have

03:06  4  been touched on earlier -- it was college professors from the

03:06  5  University of Texas, Louisiana State University, industry

03:06  6  experts, Wild Well Control, Boots & Coots, other industry

03:06  7  experts.  I think it was a lot of people as part of this peer

03:06  8  group.

03:06  9  **Q.**   What was their task?

03:06  10  **A.**   I think their task was to look at whether or not the

03:06  11  Momentum Kill -- excuse me, the Top Kill had a reasonable

03:06  12  chance of success.

03:06  13  **Q.**   For now, I want us to focus on the peer assist for the

03:06  14  Junk Shot, okay?

03:06  15       What is a Peer Assist -- let me ask you:  Are Peer

03:06  16  Assist groups created to evaluate a potential operation or

03:07  17  procedure?  Look at it; lay the -- weigh the risks, the

03:07  18  benefits; and then make recommendations whether or not to go

03:07  19  forward with it?

03:07  20  **A.**   That's been my experience.  Typically, you get the best

03:07  21  minds in the industry to corroborate, talk about the features,

03:07  22  the benefits, the risks, the hazards.  They come up with a

03:07  23  fault tree analysis.  They try to come up with a way to manage

03:07  24  the problem in a way that would be meaningful.

03:07  25  **Q.**   Let's --

**GREGG PERKIN - DIRECT**

03:07  1          **MR. LUNDY:**  Carl, pull up for us, please, D20018.

03:07  2  **BY MR. LUNDY:**

03:07  3  **Q.**   These are excerpts from the deposition of Wild Well

03:07  4  Control's Mr. Pat Campbell; is that correct?

03:07  5  **A.**   Correct.

03:07  6  **Q.**   You understand Mr. Campbell is the president of Wild Well

03:07  7  Control, Inc.?

03:07  8  **A.**   Yes.

03:07  9  **Q.**   Was he part of the Junk Shot Peer Assist Team you just

03:07  10  discussed?

03:07  11  **A.**   Yes, he was on that team.

03:07  12  **Q.**   Have you seen evidence that he was involved in meetings

03:07  13  and discussions regarding the Junk Shot?

03:07  14  **A.**   I've seen evidence to that regard, yes.

03:08  15  **Q.**   Mr. Campbell, if you will look, he says at lines 5 through

03:08  16  14 on page 369 that no one outside of BP involved in the peer

03:08  17  assist thought that the Junk Shot was a good idea.

03:08  18          Do you see that?

03:08  19  **A.**   I do.

03:08  20  **Q.**   You had seen that before today, correct?

03:08  21  **A.**   That's correct.

03:08  22  **Q.**   He goes on to list reasons for not going forward with the

03:08  23  Junk Shot.  He says:  "The inside diameter of the flexible

03:08  24  lines and the choke and the kill lines were 3-inch ID," inside

03:08  25  diameters; is that correct?

GREGG PERKIN - DIRECT

03:08  1   **A.**   Correct.  That's what it says right there.

03:08  2   **Q.**   He goes on to say:  "So what we saw was a very generous

03:08  3   flow path."

03:08  4   **A.**   Yes.

03:08  5   **Q.**   In your opinion, is Mr. Campbell describing the conditions

03:08  6   you testified to earlier that Junk Shots seldom work when you

03:08  7   are restricted to shooting small objects, because of the size

03:08  8   of the choke and kill lines, in an attempt to try to stop up a

03:08  9   large flow path?

03:08  10  **A.**   Correct, and you don't know the configuration of the flow

03:09  11  paths, these other amounts.

03:09  12  **Q.**   Let's look at another excerpt of Mr. Campbell's

03:09  13  deposition.

03:09  14        **MR. LUNDY:**   Carl, please pull up 20019.

03:09  15  **BY MR. LUNDY:**

03:09  16  **Q.**   You have read Mr. Campbell's deposition, correct?

03:09  17  **A.**   I have.

03:09  18  **Q.**   At the bottom portion of 20019, we see Mr. Campbell

03:09  19  stating again:  "So it was thought that the combination of the

03:09  20  two elements, the size of the flow path and the nature of the

03:09  21  technical limitations about a Momentum Kill -- your words were

03:09  22  not a good idea."

03:09  23        Then he says:  "I think our words were 'had a very

03:09  24  low likelihood of success.'"

03:09  25        Do you see that?

GREGG PERKIN - DIRECT

03:09   1   **A.**   I do.

03:09   2   **Q.**   Have you seen any evidence in this case, in your opinion,

03:09   3   that would lead you to disagree with the conclusion from the

03:09   4   Junk Shot Peer Assist Group that the Junk Shot had a low

03:09   5   possibility of success?

03:09   6   **A.**   I have not seen anything that would suggest it had a high

03:10   7   probability of success.

03:10   8   **Q.**   Now, we have seen this morning and this afternoon evidence

03:10   9   that we just talked about, what was shown to BP about the

03:10   10  likelihood of success before the Top Kill was attempted.  Now,

03:10   11  I want us to look at what BP told Unified Command about the

03:10   12  chances of success of the Top Kill before it was attempted.

03:10   13          **MR. LUNDY:**  Carl, would you pull up, please, D20004.

03:10   14  **BY MR. LUNDY:**

03:10   15  **Q.**   You were in court this morning?

03:10   16  **A.**   I was.

03:10   17  **Q.**   You heard about the Tony Hayward press release, and you

03:10   18  actually saw the clip?

03:10   19  **A.**   I did.

03:10   20  **Q.**   You have seen this press release before; is that correct?

03:10   21  **A.**   I have.

03:10   22  **Q.**   You see here where Mr. Hayward says in response to a

03:10   23  potential interview question why Top Kill didn't work.  He

03:10   24  says:  "We've always said there was at least a 30 percent

03:10   25  chance that this wouldn't work."

**GREGG PERKIN - DIRECT**

03:10  1          Right?

03:10  2  **A.**   That's what he said.

03:10  3  **Q.**   So conversely, BP was saying -- you heard on the clip that

03:11  4  there was a 60 to 70 percent chance that it would work?

03:11  5  **A.**   Correct.

03:11  6  **Q.**   Do you agree there was a 60 to 70 percent chance that

03:11  7  Top Kill would work?

03:11  8  **A.**   No, I don't.

03:11  9  **Q.**   Have you seen any evidence in your review of this case

03:11  10 that would support such a representation by BP to Unified

03:11  11 Command?

03:11  12 **A.**   No, not with these flow rates, no.

03:11  13          **MR. LUNDY:**  Let's pull up D20005.

03:11  14 **BY MR. LUNDY:**

03:11  15 **Q.**   We heard about Dr. Chu this morning, correct?

03:11  16 **A.**   Correct.

03:11  17 **Q.**   You have read his deposition; is that right?

03:11  18 **A.**   I have.

03:11  19 **Q.**   Do you see in response to a question where he says:  "What

03:11  20 I remember them telling us was that they wanted to proceed with

03:11  21 the Top Kill, that they were confident that it was going to

03:11  22 work, and that they were -- had the capability of marshaling

03:11  23 counterflows that would overwhelm what was coming up."

03:11  24          Did I read that correctly?

03:11  25 **A.**   You did.

**GREGG PERKIN - DIRECT**

03:11   1    **Q.**   You know that Dr. Chu was the secretary of the Department

03:12   2    of Energy, right?

03:12   3    **A.**   I do.

03:12   4    **Q.**   He said:  "They wanted to proceed with the Top Kill.  They

03:12   5    were confident that it was going to work."

03:12   6           Right?

03:12   7    **A.**   That's what it says.

03:12   8    **Q.**   Have you seen any evidence in your review of this case to

03:12   9    support BP's representation to Secretary Chu that the Top Kill

03:12   10   would work?

03:12   11   **A.**   No, I have not.

03:12   12   **Q.**   Let's look at another excerpt from Dr. Chu's deposition.

03:12   13          **MR. LUNDY:**  Carl, would you please pull up 20006.

03:12   14   **BY MR. LUNDY:**

03:12   15   **Q.**   You have seen this excerpt before today, correct?

03:12   16   **A.**   I have.

03:12   17   **Q.**   You see where he is asked:

03:12   18          "QUESTION:  Do you have a judgment or a view as to

03:12   19          what flow rate the Junk Shot part of the Top Kill would

03:12   20          effectively shut-in?

03:12   21          "ANSWER:  No, I don't.  When BP came to us later,

03:12   22          they were arguing that they felt confident it would work.

03:12   23          I believe the words Kent Wells used, that this is a slam

03:12   24          dunk."

03:12   25          Did I read that correctly?

**GREGG PERKIN - DIRECT**

03:12  1  **A.**   You did.

03:12  2  **Q.**   We've heard testimony about the "slam dunk" representation

03:12  3  this morning, right?

03:13  4  **A.**   I heard it too.

03:13  5  **Q.**   In your opinion, was there any evidence to support the

03:13  6  representation by BP that the Junk Shot would be a slam dunk?

03:13  7  **A.**   No.

03:13  8       **MR. LUNDY:**   Carl, would you please pull up D20007.

03:13  9  **BY MR. LUNDY:**

03:13  10  **Q.**   This is a deposition excerpt from BP's Mark Patteson.   You

03:13  11  recognize that name from reading this deposition, correct?

03:13  12  **A.**   Top Kill, later, as I recall.

03:13  13  **Q.**   That he was BP's Top Kill team leader?

03:13  14  **A.**   Yes, I think that's true.

03:13  15  **Q.**   You see where he is asked a question about the probability

03:13  16  analysis that was -- whether or not one was done, whether he

03:13  17  has ever seen one done; is that correct?

03:13  18  **A.**   He says -- the question is:  "As the Top Kill team lead,

03:13  19  you certainly never asked for a probability analysis to be

03:13  20  conducted, did you?"

03:13  21       And he says:  "I did not."

03:13  22  **Q.**   And then he goes on to say or he was asked:

03:13  23       **"QUESTION:**  Nobody ever came to you with a

03:13  24       possibility analysis, did they?

03:14  25       **"ANSWER:**  They did not.

GREGG PERKIN - DIRECT

03:14   1          "QUESTION:  So as far as you -- you have no idea what
03:14   2      that 60 to 70 percent is based on, do you?
03:14   3          "ANSWER:  I have no idea."
03:14   4  A.   That's what he says.
03:14   5  Q.   Have you seen any evidence to support BP's representation
03:14   6  to Unified Command and to the general public that the Top Kill
03:14   7  had a good chance to succeed, even as high as 60 to 70 percent,
03:14   8  before the Top Kill was ever attempted?
03:14   9  A.   I have not seen any evidence to support that.
03:14  10  Q.   Let's go on now and talk about what was known during and
03:14  11  after the Top Kill was attempted.
03:14  12          MR. LUNDY:  Carl, would you pull up D20014.
03:14  13  BY MR. LUNDY:
03:14  14  Q.   Now, there's been discussion about the top TREX, 9160, so
03:14  15  let's go down and focus on TREX-10622 -- which is a Wild Well
03:14  16  Control project memo dated May 31, 2010; is that correct?
03:15  17  A.   Yes.
03:15  18  Q.   We have already discussed Wild Well's involvement in this
03:15  19  case, right?
03:15  20  A.   Yes.
03:15  21  Q.   They were one of the experts in helping BP with source
03:15  22  control; is that right?
03:15  23  A.   That's correct.
03:15  24  Q.   You see under the summary and conclusions from Top Kill
03:15  25  efforts May 26 through 28, May 2010, Wild Well states that:

GREGG PERKIN - DIRECT

1    "Given the lack of response while pumping very large bridging
2    materials (as large as 2 1/2 inch diameter), it is apparent
3    that the geometry of the pathway(s) inside the BOP is quite
4    large."
5          Do you see that?
6    **A.**   I do.
7          **MR. LUNDY:**  Now let's pull up D20007.
8    BY MR. LUNDY:
9    **Q.**   This is a deposition excerpt from Mark Mazzella, correct?
10   **A.**   Correct.
11   **Q.**   You know Mark Mazzella was the BP well control authority
12   for the well control, correct?
13   **A.**   Correct.
14   **Q.**   He was involved in assisting in the well control response,
15   correct?
16   **A.**   He was.
17   **Q.**   You see at the bottom of the page -- when he is asked
18   about what did he attribute to be the reason that the Top Kill
19   was unsuccessful, do you see where he says, "So we think that
20   the hole we were trying to plug up was just too big"?
21          Is that correct?
22   **A.**   That's correct.
23   **Q.**   So all the evidence we have looked at so far indicates
24   that the pathway was just too large to plug; is that right?
25   **A.**   Correct.

**GREGG PERKIN - DIRECT**

03:16  1          MR. LUNDY:  Let's look at D20071.

03:16  2  BY MR. LUNDY:

03:16  3  **Q.**    This is a deposition excerpt from the deposition of David

03:16  4  Barnett.  You have seen this before, haven't you?

03:16  5  **A.**    Correct.  He is a vice president of Wild Well.

03:16  6  **Q.**    You see where Mr. Barnett says that everyone was in fairly

03:16  7  close agreement that the flow path was too large, and that is

03:16  8  why the Top Kill failed?

03:16  9  **A.**    That's what he says.

03:16  10  **Q.**    He is talking about -- when he says "everyone," he is

03:16  11  talking about everyone in the Peer Assist Group?

03:17  12  **A.**    Yes.

03:17  13  **Q.**    Let me ask you, from a well control perspective, why do

03:17  14  you believe that the Top Kill failed?

03:17  15  **A.**    The Top Kill failed because of the high flow rates that

03:17  16  Dr. Wilson was talking about.  And I believe that the flow path

03:17  17  was way too large, as Dr. Wilson indicated.  Being too large,

03:17  18  there's less --

03:17  19          MR. COLLIER:  Your Honor, if I may object, I think

03:17  20  this is outside the four corners of Mr. Perkin's report.

03:17  21          MR. LUNDY:  Your Honor, he talks about all this on

03:17  22  pages 19, 21, 23.  I think it's in his report.

03:17  23          MR. COLLIER:  Your Honor, during his deposition

03:17  24  Mr. Perkin admitted that he didn't do any kind of analysis of

03:17  25  the Top Kill data, didn't even review all of the data that was

**GREGG PERKIN - DIRECT**

| | |
|---|---|
| 03:17 | 1 |
| 03:17 | 2 |
| 03:17 | 3 |
| 03:17 | 4 |

1    created from the Top Kill analysis.

2            THE COURT:  Where is it in his report, Mr. Lundy?

3            MR. LUNDY:  He talks in detail about all the

4    knowledge, about the reason why Top Kill failed was because --

5            THE COURT:  Is he giving his opinion, or is he

6    relaying or reciting what other people said?  You just went

7    through that.

8            MR. LUNDY:  I think, Your Honor, he is doing both.  I

9    think he does relate what evidence was in existence then,

10   but --

11           MR. COLLIER:  Your Honor, his deposition testimony

12   from Mr. Perkin, the question was:  "Have you done any

13   independent analysis of the Top Kill data to evaluate whether

14   any of the scenarios that BP presented were possible or

15   plausible relating to the Top Kill analysis?"

16               And Mr. Perkin's answer was:  "I haven't done my

17   own models, and I haven't seen the data in detail."

18           THE COURT:  So is that right, you didn't do your own

19   analysis, you're basing this on what you read that other people

20   did?

21           THE WITNESS:  Correct, what I learned from the

22   evidence that was presented to me.

23           THE COURT:  Then I sustain the objection.

24   BY MR. LUNDY:

25   Q.   Let's go now to what BP actually told Unified Command as

**GREGG PERKIN - DIRECT**

03:19  1   to why the Top Kill failed.

03:19  2          Have you seen evidence that after the failed attempt

03:19  3   of the Top Kill, BP made a presentation to Unified Command as

03:19  4   to why it believed the Top Kill failed?

03:19  5   **A.**   Yes.  There was a three-part scenario, as I recall.

03:19  6   **Q.**   Do you recall that presentation being made on May 29?

03:19  7   **A.**   Yes.  It was the day after Top Kill operations concluded.

03:19  8   **Q.**   Top Kill operations began on the 26th and concluded on the

03:19  9   28th; is that correct?

03:19  10  **A.**   26th, 27th, 28th, yes.

03:19  11  **Q.**   In that presentation -- I think we have heard a little bit

03:19  12  about this morning -- BP offered three scenarios as to why the

03:19  13  Top Kill failed, correct?

03:19  14  **A.**   That's correct.

03:19  15  **Q.**   BP said that each scenario was possible, correct?

03:19  16  **A.**   Yes.

03:19  17  **Q.**   But it ended up saying that only the third scenario was

03:19  18  possible and plausible; is that right?

03:19  19  **A.**   Yes, the third one was supposedly possible and plausible.

03:19  20  **Q.**   Let's go to the third scenario.

03:19  21         **MR. LUNDY:**  Carl, would you pull up D20012.

03:20  22  BY MR. LUNDY:

03:20  23  **Q.**   Do you recognize this as the third scenario that BP

03:20  24  presented to Unified Command on May 29?

03:20  25  **A.**   Yes.

**GREGG PERKIN - DIRECT**

03:20 1    **Q.**    Tell us what the third scenario was that BP presented.

03:20 2    **A.**    They're showing -- it's kind of hard to see on this

03:20 3    diagram, but they are showing the mud flow coming in through

03:20 4    the choke/kill lines above the test rams, and it's going down

03:20 5    into the annulus.  It's going into the -- there we go.  It's

03:20 6    actually going -- here's what I call the long string.  This is

03:20 7    the 9 7/8 long string.  Then there's a 16-inch liner that has

03:20 8    the rupture disks, and they are showing the flow is actually

03:20 9    going in this direction and impinging upon the rupture disks.

03:21 10   And then back up the drill pipe.  There's an arrow right here,

03:21 11   going up that way.

03:21 12   **Q.**    Is BP essentially saying that the kill mud -- is that what

03:21 13   we are talking about, the mud?

03:21 14   **A.**    Yeah.  They are pumping a heavy mud, a heavy combination

03:21 15   of water and solids, which weighed about 16 1/2 pounds per

03:21 16   gallon, as I recall, into the well as part of the Momentum Kill

03:21 17   to try to stem the flow.  And they are showing that it's going

03:21 18   down the back side, as I call it, and then back up the drill

03:21 19   pipe.

03:21 20   **Q.**    In Scenario 3, was it BP's representation that the mud was

03:21 21   exiting through the rupture disks?

03:21 22   **A.**    Yeah.  They were showing that the mud is -- I think during

03:21 23   opening statements there was this same picture that showed the

03:21 24   mud exiting out the rupture disks and going out into the

03:21 25   seabed.

**GREGG PERKIN - DIRECT**

03:22  1  **Q.**   Why would the failed rupture disks be a concern?

03:22  2  **A.**   If the failed -- if the rupture disks had failed, then

03:22  3  essentially what you are doing is, you have a broach, and that

03:22  4  can compromise well integrity, especially during well control.

03:22  5  **Q.**   Let's look at BP's conclusions and recommendations as to

03:22  6  the path forward during this presentation.

03:22  7       **MR. LUNDY:**  Carl, would you please pull up D20075.

03:22  8  **BY MR. LUNDY:**

03:22  9  **Q.**   Do you see the second bullet point that says, "If there is

03:22  10  a path open to formation, then the containment is the preferred

03:22  11  option"?  Is that correct?

03:22  12  **A.**   That's what it says.

03:22  13  **Q.**   When they talk about the path open to formation, is that

03:22  14  path through the alleged failed rupture disks?

03:22  15  **A.**   Yes.

03:22  16  **Q.**   The next bullet point says, "Shutting the well via

03:22  17  BOP-on-BOP is likely to lead to broaching"; is that correct?

03:22  18  **A.**   I see that.

03:23  19  **Q.**   Then it goes on to say, in the fourth bullet point,

03:23  20  "Relief wells are most likely solution to kill the well

03:23  21  completely," correct?

03:23  22  **A.**   Correct.

03:23  23  **Q.**   So after this presentation, the BOP-on-BOP option was

03:23  24  removed from the table, correct?

03:23  25  **A.**   Correct.  Yeah, it was taken off the table.

GREGG PERKIN - DIRECT

03:23    1    **Q.**    In your professional opinion, should the BOP-on-BOP option

03:23    2    have been taken off the table?

03:23    3    **A.**    No, it should not have been.

03:23    4    **Q.**    Why not?

03:23    5    **A.**    Because the BOP-on-BOP option could have been utilized to

03:23    6    mitigate any concerns about the rupture disks.  You could

03:23    7    incorporate a venting option.  You could actually put the

03:23    8    BOP-on-BOP system in place.  You could have the well vent

03:23    9    through the venting option, and you go through the process of

03:23   10    controlling the well that way.

03:23   11    **Q.**    Could the concerns of the broach have been mitigated with

03:23   12    the BOP-on-BOP option?

03:23   13    **A.**    It could have been managed.  It could have been managed.

03:23   14    So if there was concerns that the formation was in jeopardy,

03:24   15    that there was a broach in jeopardy, well integrity was in

03:24   16    jeopardy, they always had the option to open the well back up.

03:24   17    **Q.**    Let's continue talking about what was represented to

03:24   18    Unified Command by BP.

03:24   19            **MR. LUNDY:**  If you would, Carl, pull up D20013.

03:24   20    **BY MR. LUNDY:**

03:24   21    **Q.**    You see these are deposition transcript excerpts from

03:24   22    Charles Holt?  You see that first one?

03:24   23    **A.**    I do.

03:24   24    **Q.**    You recognize Mr. Holt as BP's Top Kill operations

03:24   25    manager?

**GREGG PERKIN - DIRECT**

03:24  1   **A.**   Correct.

03:24  2   **Q.**   You see where Mr. Holt says that these were the only three

03:24  3   scenarios presented by BP for possible failure of Top Kill?

03:24  4   **A.**   Yes.

03:24  5   **Q.**   You see the next deposition excerpt is Rear Admiral Kevin

03:24  6   Cook's deposition?

03:24  7   **A.**   Correct.

03:24  8   **Q.**   Do you know who Rear Admiral Cook was?

03:24  9   **A.**   He was advising Admiral Allen, as I recall, in Houston.

03:24  10  **Q.**   Do you see, in response to questioning, he says in his

03:25  11  answer that he was there, that he was there in the meeting and

03:25  12  that this was the only presentation and that BP said the only

03:25  13  plausible explanation for the Top Kill failure was the rupture

03:25  14  disks?  Is that correct?

03:25  15  **A.**   Yes.

03:25  16  **Q.**   So Admiral Cook is saying that he was in that meeting on

03:25  17  the 29th, right?

03:25  18  **A.**   Yes.

03:25  19  **Q.**   And that the only plausible explanation BP gave him for

03:25  20  the Top Kill failure was the rupture disks explanation,

03:25  21  correct?

03:25  22  **A.**   Correct.

03:25  23  **Q.**   Let's look at the third deposition excerpt, from Dr. Lars

03:25  24  Herbst.  And we have heard about him this morning, correct?

03:25  25  **A.**   Correct.  He was the regional manager for the MMS in the

GREGG PERKIN - DIRECT

03:25  1   Gulf of Mexico.

03:25  2   **Q.**   He too says, from what he recalls, that the only

03:25  3   explanation given for the Top Kill failure was the rupture

03:25  4   disks explanation; is that correct?

03:25  5   **A.**   Correct.

03:25  6   **Q.**   Mr. Perkin, let me ask you, in your professional opinion,

03:25  7   was the rupture disks the only plausible explanation for the

03:25  8   failure of the Top Kill?

03:25  9   **A.**   No.

03:25  10  **Q.**   Why not?

03:25  11  **A.**   Because there was other information that was presented to

03:25  12  BP that they did not disclose.

03:26  13  **Q.**   Were BP's own employees and contractors telling them that

03:26  14  the Top Kill failed due to other reasons?

03:26  15  **A.**   Yes.

03:26  16  **Q.**   Those reasons were flow rate and a large flow path?

03:26  17  **A.**   And large orifice size, yes, large flow path.

03:26  18  **Q.**   Is there any other evidence you've seen, besides the

03:26  19  evidence of BP's own employees and contractors telling them

03:26  20  this, that casts doubt on the collapsed rupture disks theory?

03:26  21  **A.**   There was another report, written by Add Energy, I think,

03:26  22  that was available after this presentation, but it was by

03:26  23  Mr. Selbekk, who wrote a report relative to the Momentum Kill.

03:26  24  **MR. LUNDY:**   Carl, would you please pull up D20072.

       25

OFFICIAL TRANSCRIPT

**GREGG PERKIN - DIRECT**

BY MR. LUNDY:

Q.   This is an excerpt from the report that you are referring to; is that correct?

A.   Yes.

Q.   You see where Mr. Selbekk says, "Simulating pumping at 78 bpm shows a flat pressure curve, fairly low max pressure, and hardly any drop in pressure, consistent with a situation where basically no mud enters the wellbore"; is that correct?

A.   Yeah, no kill mud enters the wellbore.

Q.   Then he goes on to say, "There are other combinations that would give the same outcome...nonetheless, comparing the actual pressure curve with the simulations, there are strong indications that a curve with this shape is the result of a situation where there is not enough restriction at the surface to create enough pressure to force the mud into the well"; is that correct?

A.   That's what it says.

Q.   How does this show that rupture collapsed disks did not cause the Top Kill failure?

A.   If we go back to Scenario 3, in the diagram we just looked at, it shows the kill mud going down the back side of the 9 7/8 long string and down through the inside of the 9 7/8 long string.  But at the same time, if no kill mud got into the well, then that didn't happen.

Q.   Was BP aware of Mr. Selbekk's conclusions?

**GREGG PERKIN - DIRECT**

03:28  1   **A.**   I think they were, yes.

03:28  2   **Q.**   Did Mr. Selbekk send this information to BP's Kurt Mix in

03:28  3   an e-mail dated May 29?

03:28  4   **A.**   I think he did.

03:28  5   **Q.**   Did you see any evidence that BP then shared this

03:28  6   information with Unified Command?

03:28  7   **A.**   I did not.

03:28  8   **Q.**   You have seen the depositions of Lars Herbst and Tom

03:28  9   Hunter, have you not?

03:28  10  **A.**   Yes.

03:28  11  **Q.**   When asked about this, what do you recall them saying?

03:28  12  **A.**   They hadn't seen it either.

03:28  13  **Q.**   Is there any other evidence that rupture collapsed disks

03:28  14  were not a likely explanation for the Top Kill failure?

03:28  15  **A.**   Add Energy had another gentleman write a paper or write a

03:28  16  report -- I think his name is Morten Emilsen -- and he

03:28  17  indicated that he believed that all the flow was strictly up

03:28  18  the casing or the 9 7/8-inch long string.

03:28  19          **MR. LUNDY:**  Carl, could you pull up, please, D20073.

03:29  20  BY MR. LUNDY:

03:29  21  **Q.**   Is this the report you were referring to, the Add Energy

03:29  22  Morten Emilsen report?

03:29  23  **A.**   What he's saying is that it is believed that the initial

03:29  24  flow path was through the leaking casing shoe and up inside the

03:29  25  casing.

**GREGG PERKIN - DIRECT**

03:29  1  **Q.**   How is this evidence that the Top Kill did not fail

03:29  2  because of failed rupture disks?

03:29  3  **A.**   The kill mud never got there.

03:29  4  **Q.**   Was this information presented to BP?

03:29  5  **A.**   Not that I'm aware of.  It was written for BP too.

03:29  6  **Q.**   Well, was it presented to BP?  Because we see that

03:29  7  Mr. Emilsen is sending it to BP; is that correct?

03:29  8  **A.**   Correct.

03:29  9        **MR. COLLIER:**  Objection, Your Honor.  There's been a

03:29  10 lot of leading going on.

03:29  11        **MR. LUNDY:**  I'll rephrase it.

03:29  12 BY MR. LUNDY:

03:29  13 **Q.**   Was this report that Mr. Emilsen created sent to BP?

03:29  14 **A.**   Yes.

03:29  15 **Q.**   Do you know if BP then turned around and sent that

03:29  16 information to Unified Command?

03:29  17 **A.**   If they did, I don't think it was immediately.

03:29  18        **MR. LUNDY:**  Let's look at D20074, Carl.

03:29  19 BY MR. LUNDY:

03:29  20 **Q.**   You see that this is an excerpt from Mr. Lars Herbst's

03:29  21 deposition?

03:30  22 **A.**   Yes.

03:30  23 **Q.**   Look at the highlighted section:

03:30  24        **"QUESTION:**  Did BP inform you in late May or early

03:30  25        June of 2010 that one of its contractors had concluded

GREGG PERKIN - DIRECT

03:30  1      that the flow path with -- was up the inside of the
03:30  2      casing?
03:30  3           "ANSWER:  I'm not sure which casing they're referring
03:30  4      to in this sentence, but I don't recall that statement
03:30  5      being made."
03:30  6           Do you see that?
03:30  7  **A.**   I do.
03:30  8  **Q.**   In your opinion, Mr. Perkin, and based upon what you have
03:30  9  seen, were flow rate and large flow path equally, if not more,
03:30 10  plausible explanations for the Top Kill failure than the
03:30 11  rupture disks explanation?
03:30 12           **MR. COLLIER:**  Your Honor, again, I think that is
03:30 13  outside the scope of Mr. Perkin's report.  He is asking him to
03:30 14  provide an opinion as to an analysis that he did not do.
03:30 15           **THE COURT:**  Is it in the report?
03:30 16           **MR. LUNDY:**  The discussions are, Your Honor.  And
03:31 17  based upon all that he has seen and all he has discussed in his
03:31 18  report about all of the reasons that were known why the
03:31 19  Top Kill failed -- the flow rate, the large flow path, which is
03:31 20  discussed in his report in detail, and then the documents
03:31 21  attached to his report -- I'm asking if those two reasons are
03:31 22  as equally plausible explanations as the rupture disks failure.
03:31 23           **MR. COLLIER:**  Your Honor, all Mr. Perkin is doing is
03:31 24  conveying information he is drawing from documents presented
03:31 25  around that time.  He's not providing any --

GREGG PERKIN - DIRECT

03:31    1           THE COURT:  I sustain the objection.

03:31    2   BY MR. LUNDY:

03:31    3   Q.   Should BP have presented flow rate and large flow path as

03:31    4   plausible reasons for the Top Kill failure?

03:31    5   A.   Certainly.  Yes.

03:31    6   Q.   Why is that?

03:31    7   A.   Because that's a factor that goes into the success or

03:31    8   failure of well control in whatever shape or form you want to

03:31    9   do it.

03:31   10   Q.   Now, let's talk about -- and you heard Mr. Brad Brian's

03:31   11   opening statement this morning, correct?

03:31   12   A.   Yes.

03:31   13   Q.   You heard him talking about consequences, correct?

03:32   14   A.   I did.

03:32   15   Q.   Let's talk about the consequences Mr. Brian spoke about

03:32   16   this morning.  Do you have an opinion whether consequences

03:32   17   flowed directly from BP representing to Unified Command that

03:32   18   the failed rupture disks was the only plausible explanation for

03:32   19   the Top Kill failure?

03:32   20   A.   No.  There were others that we just discussed.

03:32   21   Q.   What's that?

03:32   22   A.   There were other reasons we just discussed, not just the

03:32   23   failed rupture disks or the potential for the rupture disks to

03:32   24   fail.

03:32   25   Q.   As a result of that representation, that the failed

**GREGG PERKIN - DIRECT**

03:32 | 1  | rupture disks was the only reason for the failure of the
03:32 | 2  | Top Kill, did consequences flow from that representation?
03:32 | 3  | A.   Yes.  Delays and consequences flowed from that.
03:32 | 4  | Q.   What consequences flowed from that?
03:32 | 5  |         MR. COLLIER:  Your Honor, I'm going to object to
03:32 | 6  | speculating.  He's been doing this a lot.
03:32 | 7  |         MR. LUNDY:  Your Honor, this isn't speculation.  This
03:33 | 8  | is within the four corners of the report where he talked
03:33 | 9  | about -- specifically says --
03:33 | 10 |         THE COURT:  I overrule the objection.
03:33 | 11 | BY MR. LUNDY:
03:33 | 12 | Q.   So what were the consequences that flowed from that
03:33 | 13 | representation?
03:33 | 14 | A.   Primarily, I think the BOP-on-BOP option was, as we say,
03:33 | 15 | taken off the table, and I think it also delayed the capping
03:33 | 16 | stack option.
03:33 | 17 | Q.   Have you reviewed evidence that supports your opinion?
03:33 | 18 | A.   I have.
03:33 | 19 |         MR. LUNDY:  Carl, would you please pull up D20016.
03:33 | 20 | BY MR. LUNDY:
03:33 | 21 | Q.   And right now let's discuss the BOP-on-BOP option that was
03:33 | 22 | pulled off the table.
03:33 | 23 |         Do you see these deposition transcripts from Charles
03:33 | 24 | Holt and Lars Herbst?
03:33 | 25 | A.   I do.

GREGG PERKIN - DIRECT

| | | |
|---|---|---|
| 03:33 | 1 | **Q.**  Do you see where Mr. Barr asked Mr. Holt: |
| 03:33 | 2 |         "QUESTION:  And as a result of what BP offered at the |
| 03:33 | 3 |     time as the most likely reason, the BOP-on-BOP option was |
| 03:33 | 4 |     removed as an option, correct? |
| 03:33 | 5 |         "ANSWER:  Yes, that's correct." |
| 03:33 | 6 | **Q.**  Did I read that correctly? |
| 03:33 | 7 | **A.**  He said:  "Yes, that was -- that's correct." |
| 03:33 | 8 | **Q.**  Lars Herbst is asked about the reason that the BOP-on-BOP |
| 03:34 | 9 | option was taken off the table.  And the question is: |
| 03:34 | 10 |         "QUESTION:  This conclusion that BP presented about |
| 03:34 | 11 |     the burst disks being responsible for the Top Kill's |
| 03:34 | 12 |     failure caused decision makers to turn away from the |
| 03:34 | 13 |     BOP-on-BOP option at the end of May; is that right? |
| 03:34 | 14 |         "ANSWER:  I believe that to be correct, yes." |
| 03:34 | 15 | **A.**  I agree with that. |
| 03:34 | 16 | **Q.**  Now, you see the evidence that the BOP-on-BOP option was |
| 03:34 | 17 | removed as a result of the representation about the failed |
| 03:34 | 18 | rupture disks. |
| 03:34 | 19 |         Let's talk about other capping devices.  Have you |
| 03:34 | 20 | reviewed evidence in this case that other capping devices were |
| 03:34 | 21 | also removed or delayed as a result of the representation by BP |
| 03:34 | 22 | that the failed rupture disks was the reason for the Top Kill |
| 03:34 | 23 | failure? |
| 03:34 | 24 | **A.**  I have. |
| 03:34 | 25 |         **MR. LUNDY:**  Carl, would you please pull up D20017. |

**GREGG PERKIN - DIRECT**

03:34  1   **BY MR. LUNDY:**

03:34  2   **Q.**   You see that this is an e-mail from James Wellings on

03:34  3   May 30 to John Schwebel, subject Re: 3-ram capping stack.  Did

03:35  4   I read that correctly?

03:35  5   **A.**   You did.

03:35  6   **Q.**   You recall that Mr. Wellings is a BP employee who was the

03:35  7   Capping Stack Team leader?

03:35  8   **A.**   Yes.

03:35  9   **Q.**   Do you see where he says, "The plan is long-term

03:35  10  containment"?  Do you see that, the highlighted portion of the

03:35  11  box?

03:35  12  **A.**   I do.

03:35  13  **Q.**   Then he goes on to say:  "No plans to put BOP-on-BOP or

03:35  14  capping stack."  Did I read that correctly?

03:35  15  **A.**   Correct.

03:35  16  **Q.**   What is your understanding of what he is talking about

03:35  17  when he says "capping stack"?

03:35  18  **A.**   It would be the BOP-on-BOP from the *Discoverer Enterprise*

03:35  19  or the *Development Driller II* or, as they call it, the *DDII*.

03:35  20  **Q.**   I'm talking about the second -- after he says

03:35  21  "BOP-on-BOP" --

03:35  22  **A.**   Yes.

03:35  23  **Q.**   -- he says "or capping stack."  What is he referring to

03:35  24  when he is talking about the capping stack?

03:35  25  **A.**   The capping stack would be what they ultimately plugged

**GREGG PERKIN - DIRECT**

03:35  1   the well -- capped the well with.

03:35  2          MR. LUNDY:  Carl, would you please pull up for us

03:35  3   D20015.

03:35  4   BY MR. LUNDY:

03:35  5   Q.   You see this is an excerpt from the deposition of Rear

03:35  6   Admiral Kevin Cook?

03:36  7   A.   I do.

03:36  8   Q.   And Admiral Cook is asked:

03:36  9          "QUESTION:  So based on the potential risk of a

03:36  10         subsea broach that's described in this e-mail, there was a

03:36  11         recommendation to move to a containment approach, right?"

03:36  12  A.   That's correct.

03:36  13  Q.   Then at the bottom, the highlighted portion, he answers:

03:36  14         "ANSWER:  So that coming out of this meeting, the

03:36  15         integrity of the well became a driver."

03:36  16              Do you see that?

03:36  17  A.   Yes.  That's what he says.

03:36  18  Q.   What is your understanding of what he means by the

03:36  19  integrity of the well becoming a driver for the path flow?

03:36  20  A.   If the well was to lose integrity -- and that was the

03:36  21  driving factor, according to Admiral Cook -- then it could

03:36  22  compromise the relief well efforts and it could compromise the

03:36  23  relief well itself.

03:36  24  Q.   Let me ask you a question about the BOP.  Was there a

03:36  25  transducer on that BOP?

GREGG PERKIN - DIRECT

03:36  1    **A.**    My understanding, from materials that I reviewed and

03:36  2    listening to Dr. Wilson this morning, there was a transducer,

03:36  3    which measured pressure and temperature in the mud line.

03:37  4    **Q.**    What was the purpose of that?

03:37  5    **A.**    It would measure pressure and temperature at that point in

03:37  6    the flow.  So the transducer basically gives a signal that

03:37  7    gives -- it's a milliamp signal basically translated into

03:37  8    pressure or temperature or both.

03:37  9    **Q.**    There were some readings where -- and it was discussed

03:37  10   this morning where BP saw less pressure?  The pressure dropped?

03:37  11   **A.**    Pressure drops.

03:37  12   **Q.**    What does that mean?

03:37  13   **A.**    That means the restriction of the flow is greater.  It

03:37  14   means the opening is greater.

03:37  15   **Q.**    Does that mean there's less resistance to flow?

03:37  16   **A.**    Pressure is resistance to flow, so if there's a pressure

03:37  17   drop, there's less resistance to flow.

03:37  18   **Q.**    Would that also mean, if there's less resistance to flow,

03:37  19   that there's less likelihood of the Junk Shot working?

03:37  20   **A.**    That means there's a larger opening in the system that

03:37  21   could, yes, compromise the Junk Shot.

03:38  22   **Q.**    Because of -- let me finish up with this question.

03:38  23   Because of the representation that BP made about the loss of

03:38  24   well integrity due to the rupture disks, is it your opinion

03:38  25   that all capping options were delayed?

**GREGG PERKIN - DIRECT**

03:38    1    **A.**    Yes.

03:38    2           **MR. LUNDY:**  That's all the questions I have at this

03:38    3    time, Your Honor.  I tender Mr. Perkin.

03:38    4                    **CROSS-EXAMINATION**

03:38    5    **BY MR. COLLIER:**

03:39    6    **Q.**    Good afternoon, Mr. Perkin.

03:39    7    **A.**    Good afternoon again.

03:39    8    **Q.**    My name is Paul Collier, and I have you on

03:39    9    cross-examination.

03:39   10    **A.**    I realize that.

03:39   11    **Q.**    I'll be asking the questions on behalf of BP.

03:39   12    **A.**    Thank you.

03:39   13    **Q.**    Now, you criticized aspects of the source control strategy

03:39   14    utilized to control the *Deepwater Horizon* blowout, correct?

03:39   15    **A.**    Yes.

03:39   16    **Q.**    You don't consider yourself to be a well control

03:40   17    specialist?

03:40   18    **A.**    I'm a well control -- I consider myself to be a well

03:40   19    control expert.  I've been involved in well control operations,

03:40   20    both by active blowouts and after the blowout.

03:40   21    **Q.**    My question is:  You do not consider yourself to be a well

03:40   22    control specialist, correct?

03:40   23    **A.**    That's not what I do full time; yes, you are correct.

03:40   24    **Q.**    At another point in your career, have you been retained to

03:40   25    develop strategies for killing an uncontrolled flowing offshore

GREGG PERKIN - CROSS

03:40 1    well?  Correct?

03:40 2    **A.**   That's correct.

03:40 3    **Q.**   At another point in your career, have you had any

03:40 4    responsibilities for responding to a deepwater blowout?

03:40 5    **A.**   I don't think a lot of people on this project had, but,

03:40 6    yes, that's correct.

03:40 7    **Q.**   You personally have had no responsibilities for responding

03:40 8    to a deepwater blowout prior?

03:40 9    **A.**   I have not.

03:40 10   **Q.**   You have worked as a consultant for Engineering Partners

03:40 11   since 1996; is that right?

03:40 12   **A.**   '95 or '96, yes.

03:40 13   **Q.**   Prior to your work on this litigation and your work for

03:41 14   Engineering Partners, where you have worked since 1996, you

03:41 15   have never been asked to evaluate or testify regarding efforts

03:41 16   taken to respond to a deepwater blowout, correct?

03:41 17   **A.**   That's correct.

03:41 18   **Q.**   Now, you're aware that Unified Command approved all of the

03:41 19   source control procedures before they were implemented,

03:41 20   correct?

03:41 21   **A.**   I heard the testimony this morning, and I heard what was

03:41 22   said about that, yes.

03:41 23   **Q.**   That's your understanding, correct?

03:41 24   **A.**   That was my understanding.  That was not what I was asked

03:41 25   to look at.

**GREGG PERKIN - CROSS**

| | |
|---|---|
| 03:41 | 1 |
| 03:41 | 2 |
| 03:41 | 3 |
| 03:41 | 4 |
| 03:41 | 5 |
| 03:41 | 6 |
| 03:42 | 7 |
| 03:42 | 8 |
| 03:42 | 9 |
| 03:42 | 10 |
| 03:42 | 11 |
| 03:42 | 12 |
| 03:42 | 13 |
| 03:42 | 14 |
| 03:42 | 15 |
| 03:42 | 16 |
| 03:42 | 17 |
| 03:42 | 18 |
| 03:42 | 19 |
| 03:42 | 20 |
| 03:42 | 21 |
| 03:42 | 22 |
| 03:42 | 23 |
| 03:42 | 24 |
| 03:42 | 25 |

**Q.**   Now, you were asked some questions relating to Top Kill, correct?

**A.**   I was.

**Q.**   One of the things you were asked about was with respect to the ability to vent off pressure during the Junk Shot procedure, correct?

**A.**   Yes.  I think I testified that if the Junk Shot was to take hold and plug the well off, it would simulate what I called a hard shut-in.

**Q.**   You opined that BP did not have a strategy for mitigating a pressure buildup associated with the Junk Shot procedure, correct?

**A.**   I have not seen one where, if the pressure spiked suddenly, they had a way to relieve that pressure.  So the well, in my opinion, would have been in jeopardy.

**Q.**   We talked earlier about Mr. Barnett.  Do you recall?

**A.**   Yes.

**Q.**   He is an employee with Wild Well Control, correct?

**A.**   Yes.

**Q.**   In fact, I think he is a vice president of Wild Well Control.  Is that right?

**A.**   That's my understanding.

**Q.**   You understand that he is a well control specialist, correct?

**A.**   Yes.

**GREGG PERKIN - CROSS**

03:42  1   **Q.**   So his expertise relates to responding to blowouts; is
03:42  2   that right?
03:42  3   **A.**   Yes.  Both onshore and offshore.
03:42  4   **Q.**   You are aware that Mr. Barnett of Wild Well Control
03:42  5   participated in the risk assessing and planning for the
03:42  6   Top Kill, correct?
03:42  7   **A.**   I believe he was on that peer group, yes.
03:43  8   **Q.**   Do you recall that Mr. Barnett was asked during his
03:43  9   deposition whether, in the event of a pressure buildup during
03:43  10  Junk Shot, there was a way to relieve the pressure?
03:43  11  **A.**   I don't recall the specific answer, but I'm sure you're
03:43  12  going to show me.
03:43  13         **MR. COLLIER:**  Okay.  Why don't we bring up
03:43  14  DEP 022.184.1.  This is the deposition testimony of
03:43  15  Mr. Barnett, page 183, lines 14 through 20.
03:43  16  **BY MR. COLLIER:**
03:43  17  **Q.**   The question was:
03:43  18         "**QUESTION:**  Would there be -- if you try the
03:43  19      Junk Shot, would there be any well -- any way to relieve
03:43  20      the pressure?"
03:43  21         Do you see that?
03:43  22  **A.**   I do.
03:43  23  **Q.**   Mr. Barnett's answer was:
03:43  24         "**ANSWER:**  I'm trying to recall what we had connected
03:43  25      to the choke and kill lines, but I believe there was a way

**GREGG PERKIN - CROSS**

03:43   1          to relieve the pressure through the subsea manifold if we

03:43   2          had to."

03:43   3                    Did I read that correctly?

03:43   4     A.   You did, but he is not describing how that was going to

03:43   5     happen.

03:43   6     Q.   It's your understanding that Mr. Barnett would have known

03:43   7     whether or not there was a way to relieve the pressure during

03:43   8     the Junk Shot procedure, correct?

03:43   9     A.   If it would have been through the choke manifold, I think

03:44  10     that would be difficult to do.  If you had a sudden rise in

03:44  11     pressure, you would have to respond to that.

03:44  12     Q.   You would agree that Mr. Barnett, at least, believed that

03:44  13     this was a way to handle relieving the pressure during the Junk

03:44  14     Shot procedure, correct?

03:44  15     A.   He is not recalling either.  He is speculating on what he

03:44  16     remembered.

03:44  17     Q.   His testimony is what his testimony is?

03:44  18     A.   Correct.

03:44  19     Q.   Are you familiar with the concept of kill well on paper?

03:44  20     A.   Yeah.

03:44  21     Q.   When were you first aware of the kill well on paper?  Is

03:44  22     that during your research relating to this case?

03:44  23     A.   I have been around killing wells on paper for a number of

03:44  24     years.

03:44  25     Q.   There was a kill well on paper that was conducted for the

**GREGG PERKIN - CROSS**

03:44　1　*Deepwater Horizon* response, correct?

03:44　2　**A.**　I think there was.

03:44　3　**Q.**　The kill well on paper that was performed for the

03:45　4　*Deepwater Horizon* response -- this was a meeting to discuss the

03:45　5　Top Kill methodology and the modeling associated with it,

03:45　6　correct?

03:45　7　**A.**　Yes.

03:45　8　**Q.**　This was a meeting that was attended by industry experts,

03:45　9　correct?

03:45　10　**A.**　Yes.　You're talking about the Peer Assist?

03:45　11　**Q.**　I'm talking about the kill well on paper.

03:45　12　**A.**　The kill-well-on-paper meeting?

03:45　13　**Q.**　Correct.

03:45　14　**A.**　I would assume it would be.

03:45　15　**Q.**　Have you reviewed any of the materials related to kill

03:45　16　well on paper?

03:45　17　**A.**　I don't recall.

03:45　18　**Q.**　You don't recall who the participants were with respect to

03:45　19　the kill well on paper?

03:45　20　**A.**　If I have seen it, I don't recall as I sit here today.

03:45　21　　　　MR. COLLIER:　Now, if we can bring up TREX-9245.1.2.

03:45　22　BY MR. COLLIER:

03:45　23　**Q.**　Do you see that this is an e-mail from Kate Baker?　Do you

03:45　24　see that?

03:45　25　**A.**　I do.

**GREGG PERKIN - CROSS**

03:45 1   **Q.**   And it's May 18, 2010; is that right?

03:45 2   **A.**   Yes.

03:45 3   **Q.**   Do you see in the "to" line there, there's a number of

03:45 4   e-mail addresses that are highlighted?  Do you see that?

03:45 5   **A.**   I see that.

03:45 6   **Q.**   Those e-mail addresses that are highlighted, would that

03:46 7   indicate to you that those are individuals that are working

03:46 8   with the federal government?

03:46 9   **A.**   I would assume so.

03:46 10  **Q.**   You would understand that those are scientists that were

03:46 11  working on the *Deepwater Horizon* response, correct?

03:46 12  **A.**   Correct.  And on the subject line it says "Summary points

03:46 13  from the Kill Well on Paper Discussion."

03:46 14  **Q.**   Correct.  And there's an attachment that reads "KWOP Notes

03:46 15  from Discussion."  Do you see that?

03:46 16  **A.**   I see that.

03:46 17  **Q.**   That would be notes from the kill-well-on-paper discussion

03:46 18  that was held roughly around May 18, right?

03:46 19  **A.**   Yes.

03:46 20  **Q.**   This is about eight days before the Top Kill procedure was

03:46 21  performed, correct?

03:46 22  **A.**   Yes.

03:46 23  **Q.**   This would be an e-mail indicating that BP was providing

03:46 24  to various government scientists working on the response some

03:46 25  materials relating to the kill-well-on-paper discussions,

**GREGG PERKIN - CROSS**

03:46  1   correct?

03:46  2   **A.**   If Kate Baker is with -- it says "unknown business

03:46  3   partner."  I don't recall who she is.

03:46  4   **Q.**   You will agree this is an e-mail going to government

03:46  5   scientists, correct?

03:47  6   **A.**   Yes.

03:47  7   **Q.**   It's attaching KWOP notes from the discussion of that --

03:47  8   **A.**   I agree with that.

03:47  9        I think your question was, was BP sending this, and I

03:47  10  don't know that Kate Baker is...

03:47  11  **Q.**   Do you agree that this is being sent to government

03:47  12  scientists working on the *Deepwater Horizon*?

03:47  13  **A.**   I agree with that.

03:47  14  **Q.**   Have you seen the attachment that's identified here, KWOP

03:47  15  notes from discussion?

03:47  16  **A.**   I don't recall having seen it, but if you show it to me,

03:47  17  it might jog my memory.

03:47  18        **MR. COLLIER:**  TREX-925.2.8, please.

03:47  19  BY MR. COLLIER:

03:47  20  **Q.**   As you see, the title here reads "Summary Points from the

03:47  21  Kill the Well on Paper Discussion, 18 May 2010."  Do you see

03:47  22  that?

03:47  23  **A.**   I see it.

03:47  24  **Q.**   This discloses those who were present at the

03:47  25  kill-well-on-paper meeting, correct?

**GREGG PERKIN - CROSS**

03:47   1   **A.**   Yes.  I recognize this now.

03:47   2   **Q.**   You see that there is an individual by the name of Bob

03:47   3   Grace?  Do you see that?

03:47   4   **A.**   I know Bob.

03:47   5   **Q.**   You understand that Bob Grace is a well control

03:47   6   specialist, correct?

03:47   7   **A.**   Yes.

03:47   8   **Q.**   He has expertise in responding to a blowout, correct?

03:48   9   **A.**   Yes.

03:48   10   **Q.**   Now, you also see that there's a name of Jack Bullman?  Do

03:48   11   you see that?

03:48   12   **A.**   I do.

03:48   13   **Q.**   He has after him, in parentheses, the initials of NASA?

03:48   14   Do you see that?

03:48   15   **A.**   Yes.

03:48   16   **Q.**   Do you recognize him as being one of the scientists

03:48   17   working for the government in relation to the *Deepwater Horizon*

03:48   18   response?

03:48   19   **A.**   Yes.

03:48   20   **Q.**   Underneath him there's a gentleman by the name of Curt

03:48   21   Hammerman?  Do you see that?

03:48   22   **A.**   Yes.

03:48   23   **Q.**   Do you also recognize him as being one of the government

03:48   24   scientists who was working on the *Deepwater Horizon* response?

03:48   25   **A.**   Okay.

GREGG PERKIN - CROSS

03:48  1   Q.   So you would agree with me that government scientists were

03:48  2   attending the kill-well-on-paper discussion, correct?

03:48  3   A.   Right.

03:48  4   Q.   If you go to the third bullet point under the summary

03:48  5   point section, it reads:  "Modeling indicates that a Dynamic

03:48  6   Kill cannot be successfully executed if the oil flow rate is

03:48  7   15,000 stock tank barrels per day."  Do you see that?

03:49  8   A.   That's what it says.

03:49  9   Q.   This would be an indication, then, that during the KWOP

03:49  10  there was a presentation indicating to the government

03:49  11  scientists that there was a 15,000 stock tank barrel per day

03:49  12  limit with respect to the Momentum Kill operation, correct?

03:49  13  A.   That's what it says.

03:49  14  Q.   If we go further into the document --

03:49  15       MR. COLLIER:  If we could pull up TREX-925.2.3,

03:49  16  please.

03:49  17  BY MR. COLLIER:

03:49  18  Q.   The KWOP reads:  "Also, the maximum pump pressure must be

03:49  19  chosen so as not to compromise well integrity.  For MC 252

03:49  20  No. 1, the not-to-exceed pressure used in the calculations was

03:49  21  8000 psi at the wellhead."

03:49  22       Did I read that correctly?

03:49  23  A.   That's what it says.

03:49  24  Q.   This was an indication that during this KWOP there was

03:49  25  discussion of implementing mitigation during the Top Kill

## GREGG PERKIN - CROSS

03:49    1    procedure so as not to compromise well integrity, correct?

03:49    2    **A.**   Only with respect to pump pressure.

03:49    3    **Q.**   You would agree that is at least one of the mitigations

03:49    4    that was discussed during this meeting, correct?

03:49    5    **A.**   There's one that says maximum pump pressure, but there's

03:50    6    others.

03:50    7    **Q.**   You would agree that this team was reviewing the Top Kill

03:50    8    procedure and assessing the potential success and risks, and

03:50    9    that included the government scientists in that meeting,

03:50   10    correct?

03:50   11    **A.**   (No audible response.)

03:50   12    **Q.**   Now, we talked before about Mr. Barnett from Wild Well

03:50   13    Control, correct?

03:50   14    **A.**   Correct.

03:50   15    **Q.**   You were aware that Mr. Barnett, again, worked on the

03:50   16    Top Kill procedure, correct?

03:50   17    **A.**   Yes.

03:50   18    **Q.**   You are aware that Mr. Barnett was aware, relating to this

03:50   19    15,000-barrel per day limit relating to the Momentum Kill.  Do

03:50   20    you understand?

03:51   21    **A.**   I'm not sure if I know that he was aware of that number.

03:51   22          **MR. COLLIER:**  If we can bring up DEP022.105.1.

03:51   23    **BY MR. COLLIER:**

03:51   24    **Q.**   This is page 104, lines 7 through  15.  It reads:

03:51   25          **"QUESTION:**  Were you aware that Add Energy had done

**GREGG PERKIN - CROSS**

03:51  1      some modeling that said that Top Kill wouldn't succeed if

03:51  2      the flow rate exceeded 15,000 standard barrels of oil per

03:51  3      day?  Does that ring a bell?

03:51  4          "ANSWER:  I do remember hearing that."

03:51  5   A.   Yes.  Okay.  It rings a bell for me.

03:51  6   Q.   So Wild Well Control, at least during the planning for the

03:51  7   Top Kill procedure, was aware with respect to the 15,000-barrel

03:51  8   per day limit, correct?

03:51  9   A.   Correct.

03:51  10  Q.   Now, before reaching your opinions relating to Top Kill,

03:52  11  did you look to see whether the federal government had

03:52  12  performed their own independent analysis of the Top Kill

03:52  13  procedure?

03:52  14  A.   That was not something I was asked to do, as I recall.  I

03:52  15  was asked to look at the procedures themselves.

03:52  16  Q.   So it's correct that you have not done any evaluations as

03:52  17  to whether or not the federal government, through the Federal

03:52  18  Science Team, had looked independently at the Top Kill

03:52  19  procedure before it was implemented?

03:52  20  A.   As I recall, they were given the data as the Top Kill was

03:52  21  taking place.  And I think, subsequent to the Top Kill, they

03:52  22  did their own independent analysis.  That's what -- I heard

03:52  23  testimony in that regard this morning.

03:52  24  Q.   But I'm talking about, before Top Kill was implemented,

03:52  25  are you aware of the federal government performing their own

GREGG PERKIN - CROSS

03:52   1   independent analysis relating to Top Kill?

03:52   2   **A.**   That, I don't recall.

03:52   3   **Q.**   Now, at the time of the your deposition, you were not

03:52   4   familiar with the Federal Science Team or its role with respect

03:52   5   to the Macondo response, true?

03:52   6   **A.**   I think that's true.

03:53   7   **Q.**   At the time of forming your opinions, you were not aware

03:53   8   of what analysis the Federal Science Team did or did not do

03:53   9   with respect to the Top Kill procedure, correct?

03:53  10   **A.**   That was something I don't think I was asked to do.

03:53  11   **Q.**   At the time of forming your opinions, you had not done any

03:53  12   evaluation determining what exactly the government was

03:53  13   reviewing in assessing Top Kill?

03:53  14   **A.**   I was told they were reviewing some data.  What I recall

03:53  15   is what I heard again this morning.

03:53  16   **Q.**   You don't recall seeing any documents that indicated that

03:53  17   the U.S. government undertook its own independent evaluation of

03:53  18   Top Kill before it was implemented, correct?

03:53  19   **A.**   I think they were relying on BP, is what I understand.

03:53  20   **Q.**   So you weren't given any notes or data that would allow

03:53  21   you to evaluate whether the U.S. government did its own

03:53  22   independent evaluation of Top Kill before it was implemented?

03:53  23   **A.**   That, I don't recall.

03:53  24   **Q.**   Now, I believe you talked earlier about Admiral Allen.

03:53  25   Correct?

**GREGG PERKIN - CROSS**

03:53  1   **A.**   Yes.

03:53  2   **Q.**   He was the national incident commander for the

03:54  3   *Deepwater Horizon* response, correct?

03:54  4   **A.**   Yes.

03:54  5   **Q.**   Do you recall that Admiral Allen testified that

03:54  6   Secretary Chu led a science team to review and comment on the

03:54  7   technical issues associated with each new source control

03:54  8   method?

03:54  9   **A.**   Okay.

03:54  10  **Q.**   Do you have any recollection of that?

03:54  11  **A.**   Yes.

03:54  12  **Q.**   If we go to DEPO-8.341.1, this is testimony from

03:54  13  Admiral Allen.  Page 340, line 7 through 16, it reads:

03:54  14           "QUESTION:   And you say here the participants from

03:54  15       the government include Secretary of Energy Chu and

03:54  16       representatives from the National Labs, those groups we

03:54  17       have been talking about?

03:54  18           "ANSWER:   That's correct.

03:54  19           "QUESTION:   And these scientists from government

03:54  20       reviewed BP's work and questioned BP's assumptions related

03:54  21       to the Top Kill technique, correct?

03:55  22           "ANSWER:   Yes."

03:55  23           Is that correct?

03:55  24  **A.**   Yes, based upon what BP told him.

03:55  25  **Q.**   You would understand that the Federal Science Team is

**GREGG PERKIN - CROSS**

03:55  1    doing its own independent work; is that correct?

03:55  2    **A.**   Yes.  I said they were looking at BP's work and questioned

03:55  3    BP's assumptions related to the Top Kill technique.  And she

03:55  4    answered "yes."

03:55  5    **Q.**   Now let me show you TREX-11480.1.1.  You see that this is

03:55  6    an e-mail from Kim Fleckman, dated May 16, 2010?  Do you see

03:55  7    that?

03:55  8    **A.**   I do.

03:55  9    **Q.**   The subject line is "Slides for May 16 Science Meeting"?

03:55  10   Do you see that?

03:55  11   **A.**   I do.

03:55  12   **Q.**   The "to" line of this e-mail, do you see that?

03:55  13   **A.**   Yes.

03:55  14   **Q.**   Do you understand that to be a reference to Dr. Tom

03:55  15   Hunter?

03:55  16   **A.**   I don't know his e-mail address, but I'll take your word

03:55  17   for it.

03:55  18   **Q.**   The covering e-mail reads:  "Tom, attached are the slides

03:55  19   James Dupree will review with you at 10:30 a.m. CST.  Kind

03:56  20   regards, Kim."  Did I read that correctly?

03:56  21   **A.**   You did.

03:56  22   **Q.**   Do you know who James Dupree is?

03:56  23   **A.**   Off the top of my head, I don't.

03:56  24   **Q.**   Do you understand that he is a BP employee who worked

03:56  25   during the *Deepwater Horizon* response?

GREGG PERKIN - CROSS

03:56    1    **A.**    I'll take your word for it.

03:56    2    **Q.**    This is an indication that Mr. Dupree was going to meet

03:56    3    with Dr. Hunter to review certain issues relating to the

03:56    4    *Deepwater Horizon* response, correct?

03:56    5    **A.**    Yes.

03:56    6    **Q.**    Do you recall that Dr. Hunter was the co-head of the

03:56    7    Federal Science Team with Secretary Chu?  Correct?

03:56    8    **A.**    Yes.

03:56    9              **MR. COLLIER:**  If we go to the slide deck, I would

03:56   10    like to bring up Slide 22, TREX-11480.22.1.

03:56   11    **BY MR. COLLIER:**

03:56   12    **Q.**    Do you see the title there reads "Governing Question"?

03:56   13    **A.**    I do.

03:56   14    **Q.**    It reads:  "What are the implications of the latest

03:56   15    pressure data at the top of the LMRP and base of the BOP?"

03:57   16    **A.**    I do.

03:57   17    **Q.**    Beneath that, it has the heading "Calculate."  Do you see

03:57   18    it?

03:57   19    **A.**    Yes.

03:57   20    **Q.**    It reads:  "The likelihood of a successful dynamic or

03:57   21    momentum kill increased significantly."  Do you see that?

03:57   22    **A.**    I see that.

03:57   23    **Q.**    And beneath that it says "Review," and it reads:  National

03:57   24    Lab (Red Team) expected to conduct a dynamic kill pumping

03:57   25    schedule review as early as Monday."  Do you see that?

OFFICIAL TRANSCRIPT

**GREGG PERKIN - CROSS**

03:57  1    **A.**    Yes.

03:57  2    **Q.**    This would be an indication -- or let me take a step back.

03:57  3          National Lab refers to one of the government science

03:57  4    teams that was working on the *Deepwater Horizon* response?

03:57  5    **A.**    Yes.

03:57  6    **Q.**    This would be an indication that at least one of the

03:57  7    national labs was conducting an independent assessment relating

03:57  8    to the Top Kill, correct?

03:57  9    **A.**    Correct.  What they are saying is, there's less pressure,

03:57  10   so I would agree that there was less momentum to try to kill.

03:57  11   **Q.**    My point is that the government scientists who were

03:57  12   working on the *Deepwater Horizon* response were doing their own

03:57  13   independent analysis relating to issues of the Top Kill,

03:58  14   correct?

03:58  15   **A.**    If they were taking the data and they were using it, yes.

03:58  16   **Q.**    Now, we were just talking about issues before Top Kill,

03:58  17   correct?

03:58  18   **A.**    Yes.

03:58  19   **Q.**    Now I would like to talk about issues after Top Kill

03:58  20   concluded.

03:58  21   **A.**    All right.

03:58  22   **Q.**    Now, you allege that BP made misrepresentations and

03:58  23   withheld data after the Top Kill was concluded, correct?

03:58  24   **A.**    Correct.

03:58  25          **MR. COLLIER:**  If we can bring up TREX-11464R.22.1.

**GREGG PERKIN - CROSS**

03:58  1   BY MR. COLLIER:

03:58  2   **Q.**   This is a page from your expert report; is that correct?

03:59  3   **A.**   Yes.

03:59  4   **Q.**   It reads from your expert report:  "BP withheld data from

03:59  5   the post Top Kill analysis from the U.S. government and

03:59  6   misrepresented the reason for the failure of the Top Kill."

03:59  7   **A.**   Correct.

03:59  8   **Q.**   As we have established earlier, you have not reviewed all

03:59  9   of the data that was collected during the Top Kill procedure,

03:59  10  correct?

03:59  11  **A.**   I have looked at the culmination of the reports of the

03:59  12  data, what the data told the experts that were interpreting the

03:59  13  data.

03:59  14  **Q.**   You have not looked at the data that was actually

03:59  15  generated for Top Kill?

03:59  16  **A.**   I didn't crunch the data.

03:59  17  **Q.**   Along those lines, you have not performed any independent

03:59  18  analysis of the Top Kill data, correct?

03:59  19  **A.**   Correct.

03:59  20  **Q.**   You have not set up your own models or reviewed the

03:59  21  Top Kill data in any detail, correct?

03:59  22  **A.**   No, I was not asked to do that.

03:59  23  **Q.**   Prior to working on this matter, you had never been

03:59  24  involved in evaluating well integrity for a deepwater well,

03:59  25  correct?

**GREGG PERKIN - CROSS**

03:59  1   A.   Not for a deepwater well, no.

04:00  2   Q.   Prior to working on this matter, you had no experience

04:00  3   working with rupture disks that were used in a deepwater well?

04:00  4   A.   Not in a deepwater well, no.

04:00  5   Q.   Now, with respect to the contention you have that BP

04:00  6   withheld data from the post Top Kill analysis from the

04:00  7   U.S. government, you understand that your scientists, including

04:00  8   Secretary Chu, were reviewing in realtime the pressure and pump

04:00  9   data that was being collected from the Top Kill operation,

04:00  10  correct?

04:00  11  A.   They were getting the data as I understand it, yes.

04:00  12  Q.   So you understand your scientists were conducting their

04:00  13  own independent analysis of the conclusions that BP was making

04:00  14  relating to the Top Kill effort?

04:00  15  A.   They were getting the data, that's all I know.

04:00  16  Q.   So you have not done any assessment as to whether or not

04:00  17  the government scientists and the Federal Science Team were

04:00  18  performing their own independent analysis of the Top Kill data?

04:00  19  A.   I would presume if they are getting the data, they are

04:01  20  doing something with it.  I'm not sure what they did with it.

04:01  21  Q.   You never took on any effort to look at that issue?

04:01  22  A.   I wasn't asked to do that.

04:01  23         MR. COLLIER:  Now, if we can bring up TREX-11305.

04:01  24  BY MR. COLLIER:

04:01  25  Q.   Do you see at the top of the page there, this is an e-mail

**GREGG PERKIN - CROSS**

04:01  1   from S. Chu?  Do you see that?

04:01  2   **A.**   Steven Chu, yes.

04:01  3   **Q.**   That would be Secretary Chu, correct?

04:01  4   **A.**   Yes.

04:01  5   **Q.**   And it was dated May 30; is that right?

04:01  6   **A.**   Yes.

04:01  7   **Q.**   If you go to the body of the e-mail, it reads:  "I have

04:01  8   made additions and changes for future communications."

04:01  9            Do you see that?

04:01  10  **A.**   I see that.

04:01  11  **Q.**   Do you see that there is an attachment to this e-mail that

04:01  12  Secretary Chu sent, correct?

04:01  13  **A.**   Yeah, riser cut, Q and A, etc.

04:02  14           **MR. COLLIER:**  Let's go to the attachment.  If we can

04:02  15  go to 11305.2.2.

04:02  16  **BY MR. COLLIER:**

04:02  17  **Q.**   This is from the attachment to Secretary Chu's e-mail, and

04:02  18  it reads:  "On Friday night, I returned from four days in

04:02  19  Houston where my team of scientists and I have been monitoring

04:02  20  the progress of the Top Kill efforts and helping to design the

04:02  21  strategy for moving forward."

04:02  22           Did I read that correctly?

04:02  23  **A.**   You did.  That was shown this morning.

04:02  24           **MR. COLLIER:**  If you go to TREX-11305.2.3.

       25

**GREGG PERKIN - CROSS**

04:02  1   **BY MR. COLLIER:**

04:02  2   **Q.**   And it reads:  "We have been getting the data at the same

04:02  3   time as BP engineers and conducting our own independent

04:02  4   analysis of the data so that we can verify the conclusions that

04:02  5   BP is making at every step."

04:02  6        Did I read that correctly?

04:02  7   **A.**   You did.

04:02  8   **Q.**   Secretary Chu is saying in his e-mail that your scientists

04:02  9   were conducting their own independent analysis of the

04:02  10  conclusions that BP was making relating to the Top Kill

04:03  11  procedure, correct?

04:03  12  **A.**   That's what it says.

04:03  13  **Q.**   Now, you understand that during the Top Kill procedure,

04:03  14  pump rate and pressure data was collected, correct?

04:03  15  **A.**   I'm sure it was.

04:03  16  **Q.**   You agree that that pump rate and pressure data was

04:03  17  provided to the U.S. government, correct?

04:03  18  **A.**   I have not seen anything to the contrary.

04:03  19  **Q.**   Now, you contend that BP misrepresented the reason for the

04:03  20  failure of the Top Kill, correct?

04:03  21  **A.**   Yes.

04:03  22        **MR. COLLIER:**  We can pull up TREX-11464R.30.4.

04:03  23  **BY MR. COLLIER:**

04:03  24  **Q.**   This, again, is a page from your report?

04:03  25  **A.**   Yes.

**GREGG PERKIN - CROSS**

04:03   1   **Q.**   It reads:  "BP explained the only possible and plausible

04:03   2   reason for the failure of the Top Kill was that the mud flowed

04:04   3   through burst rupture disks in the 16-inch OD casing and that

04:04   4   further intervention efforts would lead to a subsea blowout."

04:04   5   **A.**   That's what it says.

04:04   6   **Q.**   That's your opinion; is that right?

04:04   7   **A.**   That's what BP said, yes.

04:04   8   **Q.**   You're relying on the May 29 presentation that we saw

04:04   9   earlier, correct?

04:04   10   **A.**   Correct.

04:04   11   **Q.**   And this is the May 29 presentation that BP gave to the

04:04   12   United States one day after the Top Kill procedure was

04:04   13   finished, correct?

04:04   14   **A.**   Correct.

04:04   15   **Q.**   You talked about earlier there were three scenarios that

04:04   16   BP presented in that presentation, correct?

04:04   17   **A.**   Yes.

04:04   18   **Q.**   For all three of those scenarios, BP represented that they

04:04   19   were all possible, correct?

04:04   20   **A.**   They did.

04:04   21   **Q.**   For one of those scenarios, they identified it was

04:04   22   possible and plausible, correct?

04:04   23   **A.**   Right, this one.

04:04   24   **Q.**   The one that they identified as being possible and

04:04   25   plausible was that mud was flowing through the burst rupture

GREGG PERKIN - CROSS

04:04    1   disks?

04:04    2   A.    Yes.

04:04    3   Q.    It was based on that conclusion that there was a concern

04:04    4   with respect to well integrity, correct?

04:04    5   A.    Correct.

04:05    6   Q.    Now, in communications with the government, BP had

04:05    7   represented that there could be alternative explanations for

04:05    8   Top Kill failure besides the rupturing of the burst disks,

04:05    9   correct?

04:05   10   A.    Say that again, please.

04:05   11   Q.    In communications with the government, shortly after

04:05   12   Top Kill concluded, BP had represented that there could be

04:05   13   alternate explanations for Top Kill's failure besides the

04:05   14   rupturing of the burst disks?

04:05   15   A.    Okay.

04:05   16   Q.    Would you agree with that?

04:05   17   A.    I'm sure there was communications.

04:05   18        MR. COLLIER:  Why don't we bring up TREX-9696.1.3,

04:05   19   please.

04:05   20   BY MR. COLLIER:

04:05   21   Q.    This is an e-mail from Christina Verchere.  Do you see

04:05   22   that?

04:05   23   A.    I do.

04:05   24   Q.    And it's dated May 31, 2010, correct?

04:05   25   A.    Correct.

**GREGG PERKIN - CROSS**

04:06  1    **Q.**   This is shortly after the Top Kill operation concluded,
04:06  2    right?
04:06  3    **A.**   Yes.
04:06  4    **Q.**   And the "to" line there is to S. Chu.  Do you see that?
04:06  5    **A.**   Yes.
04:06  6    **Q.**   That would be Secretary Chu, right?
04:06  7    **A.**   Yes.
04:06  8    **Q.**   You also see in the copy line there's Marcia McNutt and
04:06  9    Tom Hunter, correct?
04:06  10   **A.**   I see that.
04:06  11   **Q.**   And both of them, obviously, are with the government,
04:06  12   right?
04:06  13   **A.**   Correct.
04:06  14            **MR. COLLIER:**  If we can bring up TREX-9696.1.1,
04:06  15   please.
04:06  16   **BY MR. COLLIER:**
04:06  17   **Q.**   If we can go back up where it says the "from" line.  Do
04:06  18   you see that?
04:06  19   **A.**   I'm sorry?
04:06  20   **Q.**   If we go to the "from" line in the e-mail.
04:06  21   **A.**   Okay.  I'm sorry.  I see it.
04:06  22   **Q.**   And it's Christina Verchere on behalf of Andy Inglis.  Do
04:06  23   you see that?
04:06  24   **A.**   I see that.
04:06  25   **Q.**   Andy Inglis was one of the BP executives at that time,

**GREGG PERKIN - CROSS**

04:06  1   correct?

04:06  2   **A.**   Yes.

04:06  3   **Q.**   Mr. Inglis' e-mail reads:  "Mr. Secretary, I agree there

04:07  4   are two scenarios that could explain the observations from the

04:07  5   Top Kill: A, collapsed disk failure during the initial event;

04:07  6   B, mud down the well to the reservoir with counterflow of

04:07  7   oil/gas upwards."

04:07  8          Correct?

04:07  9   **A.**   Correct.

04:07  10  **Q.**   And so during this e-mail, Mr. Inglis is representing that

04:07  11  there is more than one explanation for the failure of the

04:07  12  Top Kill, correct?

04:07  13  **A.**   Well, he is suggesting that if the collapsed disk failed

04:07  14  during the initial event, then there was flow out the rupture

04:07  15  disks at the time the blowout occurred.  And if that wasn't the

04:07  16  case, then he is saying kill -- I'm assuming he is saying kill

04:07  17  mud down the well to the reservoir with a counterflow of oil

04:07  18  and gas upwards sort of flies in the face of the conclusion

04:07  19  that was presented on May 29 because May 29, the slide showed

04:07  20  that the casing hanger seal had unseated and that the mud was

04:07  21  flowing through that seal down to the rupture disks.  So it's a

04:07  22  little different.

04:07  23  **Q.**   My point is that BP is presenting to the government

04:08  24  alternative reasons as to why the Top Kill failed other than

04:08  25  the rupture disks, correct?

**GREGG PERKIN - CROSS**

04:08  1  A.   They are not stating the one they said on the 29th.  This

04:08  2  is something else.

04:08  3  Q.   This would be an indication that the analysis with respect

04:08  4  to why the Top Kill failed was progressing at this time,

04:08  5  correct?

04:08  6  A.   Well, if the rupture disks failed, it had to fail -- if it

04:08  7  failed during the initial event, that suggests that there was

04:08  8  pressure -- if the casing hanger didn't unseat and the seal

04:08  9  would have integrity, then the wellbore pressure caused it to

04:08  10  rupture.

04:08  11  Q.   You would agree with me that this e-mail from Andy Inglis

04:08  12  to Secretary Chu is an indication that BP was presenting to the

04:08  13  government information about alternative theories as to why the

04:08  14  Top Kill failed?

04:08  15  A.   I don't know what they are telling the government.  It

04:08  16  looks to me like they are just giving another scenario.  It

04:08  17  doesn't represent to me what they told them on the 29th.

04:08  18  Q.   Now, in your report you allege that on May 29, BP

04:08  19  contractor Thomas Selbekk concluded from pressure data

04:09  20  gathering during the Top Kill that no mud entered the wellbore,

04:09  21  correct?

04:09  22  A.   Yes, and I said that on direct.

04:09  23  Q.   This is what you discussed earlier, correct?

04:09  24       Now, you contend that that conclusion made it

04:09  25  implausible that Top Kill failed because of the rupture disks,

**GREGG PERKIN - CROSS**

04:09  1  correct?

04:09  2  **A.**   Well, if the kill mud didn't get in the wellbore, it

04:09  3  didn't rupture the disks.

04:09  4  **Q.**   You are aware that after May 29 when Mr. Selbekk submitted

04:09  5  this report on which he relied, Mr. Selbekk continued to run

04:09  6  models and simulations using the Top Kill data to determine why

04:09  7  Top Kill failed?

04:09  8  **A.**   I'm sure he did.

04:09  9  **Q.**   You understand that on June 1 and June 12, Mr. Selbekk

04:09  10  forwarded the results of these initial analyses that he did,

04:09  11  correct?

04:09  12  **A.**   Yes.

04:09  13  **Q.**   Have you reviewed those additional models and analyses

04:09  14  that Mr. Selbekk conducted on June 1 and June 12?

04:09  15  **A.**   I haven't crunched the numbers myself or looked at those

04:09  16  analyses, no.

04:09  17  **Q.**   So you don't know whether those subsequent analyses that

04:10  18  Mr. Selbekk conducted actually provided more detail and more

04:10  19  reasons as to why Top Kill failed, correct?

04:10  20  **A.**   I'm sure he did a more refined analysis if he had better

04:10  21  data or more data.

04:10  22  **Q.**   You have an understanding that Mr. Selbekk, in those

04:10  23  June 1 and June 12 analyses, provided other reasons as to why

04:10  24  Top Kill failed other than loss of mud through the rupture

04:10  25  disks?

**GREGG PERKIN - CROSS**

04:10    1    **A.**    Yes.

04:10    2    **Q.**    Now, you also mentioned Mr. Emilsen's analysis during your

04:10    3    direct examination, correct?

04:10    4    **A.**    Yes.

04:10    5    **Q.**    You referenced that as another basis for support as to why

04:10    6    the rupture disk scenario was not plausible, correct?

04:10    7    **A.**    He said the flow was straight up the casing or the long

04:10    8    string.

04:10    9    **Q.**    Now, I believe you stated that Mr. Emilsen ran this

04:10    10    analysis and you agree that that was shared with the

04:10    11    government, correct?

04:10    12    **A.**    I don't recall who it was shared with, but I know it was

04:10    13    done for BP.

04:11    14    **Q.**    In your report you referenced work that was conduct -- you

04:11    15    referenced this work that was conducted by Mr. Emilsen,

04:11    16    correct?

04:11    17    **A.**    Yes.

04:11    18          **MR. COLLIER:**  Why don't we bring up TREX-11464R.24.1.

04:11    19    **BY MR. COLLIER:**

04:11    20    **Q.**    Now, if you look at the first line there, it says:  "On

04:11    21    May 31, 2010, BP contractor Mr. Morten Emilsen concluded that

04:11    22    the uncontrolled hydrocarbon flow path was up inside the

04:11    23    innermost casing, not the annulus."

04:11    24          Do you see that?

04:11    25    **A.**    Yes.

**GREGG PERKIN - CROSS**

| | | |
|---|---|---|
| 04:11 | 1 | **Q.**   And this is dated May 31, his report, correct? |
| 04:11 | 2 | **A.**   Yes. |
| 04:11 | 3 | **Q.**   If you go down to the last line of this paragraph from |
| 04:11 | 4 | your report, correct? |
| 04:11 | 5 | **A.**   Yes. |
| 04:11 | 6 | **Q.**   It reads:  "BP had not disclosed Mr. Emilsen's report to |
| 04:11 | 7 | the U.S. government until late May or early June 2010." |
| 04:11 | 8 | Correct? |
| 04:11 | 9 | **A.**   Correct. |
| 04:11 | 10 | **Q.**   Well, if it was late May, there was only one day left, |
| 04:11 | 11 | correct? |
| 04:11 | 12 | **A.**   That's true. |
| 04:11 | 13 | **Q.**   So you agree that at the time that Mr. Emilsen conducted |
| 04:11 | 14 | this report, it was very shortly thereafter that it was |
| 04:12 | 15 | provided to the U.S. government, based on your own words, |
| 04:12 | 16 | correct? |
| 04:12 | 17 | **A.**   Correct. |
| 04:12 | 18 | **Q.**   Now, in your report and on direct examination, you opined |
| 04:12 | 19 | that BP's misrepresentations about Top Kill directly led to the |
| 04:12 | 20 | discontinuation of the BOP-on-BOP option and further delayed |
| 04:12 | 21 | the capping stack? |
| 04:12 | 22 | **A.**   Yes. |
| 04:12 | 23 | **Q.**   Before we talk about the capping stack, Mr. Perkin, I |
| 04:12 | 24 | would like to bring up another e-mail relating to government |
| 04:12 | 25 | scientists and the work that they were conducting. |

**GREGG PERKIN - CROSS**

| | | |
|---|---|---|
| 04:12 | 1 |         **MR. COLLIER:**  If we can bring up TREX-144757.1.1. |
| 04:13 | 2 | **BY MR. COLLIER:** |
| 04:13 | 3 | **Q.**  You see the "from" line there reads Marcia McNutt? |
| 04:13 | 4 | **A.**  I do. |
| 04:13 | 5 | **Q.**  You know who Marcia McNutt is, correct? |
| 04:13 | 6 | **A.**  Yes. |
| 04:13 | 7 | **Q.**  She was head of the Flow Rate Technical Group during the |
| 04:13 | 8 | response, correct? |
| 04:13 | 9 | **A.**  Yes, USGS. |
| 04:13 | 10 | **Q.**  This is dated Tuesday, May 25, 2010, correct? |
| 04:13 | 11 | **A.**  Yes. |
| 04:13 | 12 | **Q.**  Now, if you see down in the highlighted section, it reads: |
| 04:13 | 13 | "Multiple lines of scientific evidence agree that the rate of |
| 04:13 | 14 | release is at least 14,000 to 20,000 barrels of oil per day." |
| 04:13 | 15 |        Do you see that? |
| 04:13 | 16 | **A.**  Yes. |
| 04:13 | 17 | **Q.**  This would be an indication at this point in time on |
| 04:13 | 18 | May 25 that Dr. McNutt had identified that there were multiple |
| 04:13 | 19 | pieces of evidence that indicated that the flow rate could be |
| 04:13 | 20 | between 14,000 to 20,000 barrels of oil per day, correct? |
| 04:13 | 21 | **A.**  Correct.  If you read the rest of this, it says:  "We |
| 04:14 | 22 | believe that a statement like this will be much more helpful to |
| 04:14 | 23 | emergency responders than the current 5,000 barrels of oil per |
| 04:14 | 24 | day.  It is honest and yet is not as alarmist as the |
| 04:14 | 25 | 70,000 barrels that has been picked by the media and is |

GREGG PERKIN - CROSS

04:14  1    demonstrably wrong."

04:14  2    **Q.**   You agree at this point in time, May 25, which is before

04:14  3    the Top Kill was performed, that Marcia McNutt, head of the

04:14  4    Flow Rate Technical Group, had sent around an e-mail to other

04:14  5    government scientists that said the rate of release is at least

04:14  6    14,000 to 20,000 barrels of oil per day from the Macondo well,

04:14  7    correct?

04:14  8    **A.**   She says multiple lines of scientific evidence, so that's

04:14  9    what she is reporting.

04:14  10   **Q.**   In fact, she is identifying it's not just one line of

04:14  11   scientific evidence but there are multiple lines of scientific

04:14  12   evidence, correct?

04:14  13   **A.**   Correct.

04:14  14   **Q.**   This would be an indication that she had done some type of

04:14  15   meaningful analysis at this point in time relating to the flow

04:14  16   rate?

04:14  17   **A.**   I'm not sure she has done meaningful analysis.  I think

04:14  18   she's taking what has been reported to her.

04:15  19   **Q.**   You would agree that this is an e-mail that's being sent

04:15  20   from Dr. McNutt to other government scientists that were

04:15  21   working on the *Deepwater Horizon* response, correct?

04:15  22   **A.**   Looking at the e-mail chain, yes.

04:15  23   **Q.**   Have you done any evaluation yourself as to the flow rate

04:15  24   estimates that the government had conducted of its own prior to

04:15  25   pumping?

GREGG PERKIN - CROSS

04:15   1   **A.**   You asked me that question; and I said, no, I have not

04:15   2   done any independent analysis.  That was not what I was asked

04:15   3   to do.

04:15   4              **MR. COLLIER:**  Now, if we can go to TREX-11477.  If we

04:15   5   can pull up the top part there.

04:15   6   **BY MR. COLLIER:**

04:15   7   **Q.**   You see this is an e-mail from Secretary Chu.  Do you see

04:15   8   that?

04:15   9   **A.**   Correct, May 30.

04:15  10   **Q.**   This is an e-mail from Secretary Chu dated May 30,

04:16  11   correct?

04:16  12   **A.**   Yes.

04:16  13   **Q.**   It's to other members of the Federal Science Team,

04:16  14   correct?

04:16  15   **A.**   Correct.

04:16  16   **Q.**   Including Marcia McNutt.  Do you see that?

04:16  17   **A.**   I see her.

04:16  18   **Q.**   You also see that Dr. Tom Hunter is copied on the e-mail,

04:16  19   correct?

04:16  20   **A.**   He's the first one.  It's apparently directed to him.

04:16  21   **Q.**   This was sent on May 30; and this would have been one day

04:16  22   after the May 29 presentation that you discussed during your

04:16  23   direct examination, correct?

04:16  24   **A.**   Correct.

04:16  25   **Q.**   It was the May 29 presentation in which BP presented the

**GREGG PERKIN - CROSS**

04:16   1   three scenarios as to why Top Kill may have failed, correct?

04:16   2   **A.**   Yes.

04:16   3   **Q.**   Now, if we can go to the second paragraph in Dr. Chu's

04:16   4   e-mail, it begins, "I would like."  Do you see that paragraph?

04:16   5   **A.**   I would like to read the first -- let me read the -- let

04:17   6   me read it first.  Can you go back one?  Okay.

04:17   7        **MR. COLLIER:**   If we could focus on the paragraph that

04:17   8   begins with "I would like to," TREX-11477.1.3, please.

04:17   9   **BY MR. COLLIER:**

04:17   10   **Q.**   Dr. Chu writes:  "I would like to get the lab analysis

04:17   11   folks to independently analyze the Top Kill data and see if

04:17   12   they come to the same conclusion as BP, namely, the fact that

04:17   13   at 70 plus bpm, the pressure in the BOP never exceeded 6300 psi

04:17   14   is reasonable evidence that mud was likely flowing through the

04:17   15   seal assembly and out the rupture disks."

04:18   16        Did I read that correctly?

04:18   17   **A.**   Right.  He is asking them to look at the data to see if

04:18   18   they would come to the same conclusion as BP.

04:18   19   **Q.**   This is an indication that Dr. Chu is asking the Federal

04:18   20   Science Team to evaluate the reasons why Top Kill failed?

04:18   21   **A.**   On May 30.

04:18   22        **MR. COLLIER:**   If we can go to TREX-11296.1.1.

04:18   23   **BY MR. COLLIER:**

04:18   24   **Q.**   Before we look at the documents, you have not seen any of

04:18   25   the government's independent analysis of the Top Kill data,

**GREGG PERKIN - CROSS**

04:18    1    correct?

04:18    2    **A.**    No, I have not.  I have seen other analysis of the

04:18    3    Top Kill data, but not the government's that I recall.

04:18    4    **Q.**    So you are not aware of what analysis the government did

04:18    5    with respect to evaluating why Top Kill failed, correct?

04:18    6    **A.**    I don't recall seeing it.  I would have to check, but I

04:18    7    don't recall seeing it.

04:18    8    **Q.**    It's here in front of us, we have TREX-11296; and the

04:18    9    presentation is by Ron Dykhuizen and Charlie Morrow.  Do you

04:18   10    see that?

04:18   11    **A.**    I do.

04:18   12    **Q.**    Do you recognize them as being government scientists who

04:19   13    worked on the Federal Science Team?

04:19   14    **A.**    All right.

04:19   15    **Q.**    Is that your understanding?

04:19   16    **A.**    Yes.

04:19   17    **Q.**    Do you see the date there, June 1, 2010?

04:19   18    **A.**    Yes.

04:19   19    **Q.**    So this is after -- at least one or two days after Dr. Chu

04:19   20    had requested that the Federal Science Team look into why

04:19   21    Top Kill failed, correct?

04:19   22    **A.**    Quick response.

04:19   23    **Q.**    The title is "Mud Flow During Kill," correct?

04:19   24    **A.**    Yes.

04:19   25    **Q.**    You understand that Dr. Dykhuizen and Dr. Morrow put

**GREGG PERKIN - CROSS**

04:19  1    together an analysis and a presentation as to the reasons why

04:19  2    Top Kill may have failed?

04:19  3    A.   Yes.

04:19  4         MR. COLLIER:  If we can go to TREX-11296.2.1.

04:19  5    BY MR. COLLIER:

04:19  6    Q.   The question that's presented in this slide by

04:19  7    Dr. Dykhuizen and Morrow is "Where did the mud flow," correct?

04:20  8    A.   Yes.

04:20  9    Q.   That was the question that was being asked or being

04:20  10   presented by BP during the May 29 presentation, correct?

04:20  11   A.   Correct.

04:20  12   Q.   So this is an indication that the Federal Science Team

04:20  13   with Dr. Dykhuizen and Morrow were asking the same question of

04:20  14   where did the mud flow during the Top Kill procedure, correct?

04:20  15   A.   Yes.

04:20  16   Q.   So you agree that the government, through the Federal

04:20  17   Science Team, was conducting its own independent analysis of

04:20  18   the reasons why Top Kill failed, correct?

04:20  19   A.   Apparently so.

04:20  20   Q.   Now, on direct examination you provided an opinion that BP

04:20  21   misrepresented that Top Kill's failure was caused by the

04:20  22   bursting of the rupture disks in the 16-inch OD casing,

04:20  23   correct?

04:20  24   A.   Correct.

04:20  25   Q.   We have talked before; but you have reviewed the

GREGG PERKIN - CROSS

| | |
|---|---|
| 04:20 | 1 |
| 04:20 | 2 |
| 04:20 | 3 |

1 deposition testimony of Admiral Allen, the National Incident

2 Commander, correct?

3 **A.**   Yes.

4 **Q.**   Do you recall Admiral Allen being asked at his deposition

5 whether BP had convinced the government that the rupture disks

6 in the casing had blown out?  Do you recall him being asked

7 that question?

8 **A.**   I do recall that.

9        MR. COLLIER:  So why don't we bring up DEPO-8.62.2.

10 BY MR. COLLIER:

11 **Q.**   This is page 61, lines 13 through 25 of Admiral Allen's

12 deposition testimony, and the question is:

13        "QUESTION:  And one of the primary reasons for that

14    discussion was because BP convinced the government that

15    the rupture disks in the casing had blown out, correct?

16        "ANSWER:  Not to my memory."

17        Correct?

18 **A.**   Yes.

19 **Q.**   The question is:

20        "QUESTION:  You don't remember that?

21        "ANSWER:  No, I don't believe that.  If you restate

22    the question, I'll respond to it again.  But most of the

23    issues related to well pressure were affirmatively raised

24    by the Government Science Team."

25        Did I read that correctly?

OFFICIAL TRANSCRIPT

**GREGG PERKIN - CROSS**

04:21   1    **A.**    Yeah, he was referring it to the Government Science Team.
04:21   2    **Q.**    So Admiral Allen is indicating here that it was the
04:22   3    Federal Science Team that was indicating that there were issues
04:22   4    with well pressure and well integrity and not BP, correct?
04:22   5    **A.**    I think he is saying that he is relying upon the
04:22   6    Government Science Team for that answer.
04:22   7    **Q.**    You understand that Admiral Allen, with respect to well
04:22   8    integrity issues, is relying on the Government Science Team,
04:22   9    correct?
04:22   10   **A.**    The question was -- one of the primary reasons for that
04:22   11   discussion was because BP convinced the government that the
04:22   12   rupture disks in the casing had blown out, correct?  And if I
04:22   13   read this response, he says, "I don't believe that."  But it
04:22   14   looks to me like he is relying upon the Government Science Team
04:22   15   to give him that answer or to corroborate what BP is saying.
04:22   16   **Q.**    You understand that Admiral Allen is saying that with
04:22   17   respect to the rupture disks in the casing being blown out,
04:22   18   that he is relying on the Government Science Team?
04:22   19   **A.**    That's what I am interpreting this line of questioning to
04:22   20   say.
04:22   21   **Q.**    Do you also recall Admiral Allen further testified that
04:22   22   after Top Kill, it was the combined recommendation of BP and
04:23   23   the Federal Science Team that it was too risky to proceed with
04:23   24   the BOP-on-BOP option?
04:23   25   **A.**    I do remember that, and I disagree with that.

**GREGG PERKIN - CROSS**

04:23  1            **MR. COLLIER:**  If we can bring up DEPO-8.376.1.

04:23  2  **BY MR. COLLIER:**

04:23  3  Q.   The question posed to Admiral Allen was:

04:23  4            **"QUESTION:**  And were you involved in the

04:23  5       decision-making process not to go forward with the

04:23  6       BOP-on-BOP as a methodology for shutting in the well?

04:23  7            **"ANSWER:**  Well, there were discussions regarding the

04:23  8       feasibility of that and the risk involved in it and that

04:23  9       the combined recommendation of the BP and the science team

04:23  10      and the counsel I was getting was that it was too risky to

04:23  11      proceed."

04:23  12           Correct?

04:23  13  A.   Yeah, that was the belief, that the rupture disks had

04:23  14  rupture.

04:23  15  Q.   It was based on information that was provided not only by

04:23  16  BP but also the science team that it was too risky to proceed

04:23  17  with BOP-on-BOP after Top Kill --

04:23  18  A.   Based on BP's recommendations, yes.

04:23  19  Q.   You also understand that Admiral Allen was relying on the

04:24  20  science team to provide him data and analysis, correct?

04:24  21  A.   Well, the science team is what is doing the analysis; but

04:24  22  I haven't seen anything where the science team says, yes, we

04:24  23  agree with BP.

04:24  24           **MR. COLLIER:**  Let's go to TREX-11478.

       25

**GREGG PERKIN - CROSS**

04:24   1   **BY MR. COLLIER:**

04:24   2   **Q.**   This is an e-mail from Dr. McNutt to Secretary Chu and

04:24   3   Secretary Salazar, correct?

04:24   4   **A.**   Yes.

04:24   5   **Q.**   And it's dated May 29, 2010, correct?

04:24   6   **A.**   Yes.

04:24   7   **Q.**   The e-mail from Dr. McNutt reads -- taking it a step back,

04:24   8   this is after Top Kill is concluded, correct?

04:24   9   **A.**   Yes.

04:24   10  **Q.**   It reads:  "Evidence from the Top Kill operation strongly

04:24   11  suggests that the original blast ruptured the 18-inch rupture

04:24   12  disks in the 16-inch casing."

04:24   13          Correct?

04:24   14  **A.**   Yes.

04:24   15  **Q.**   Then Dr. McNutt goes on:  "The best way forward is flow

04:24   16  containment and bottom kill."

04:24   17          Correct?

04:24   18  **A.**   That's what it says.

04:24   19  **Q.**   So in this e-mail Dr. McNutt is expressing to

04:24   20  Secretaries Chu and Salazar that the preferred way to go

04:25   21  forward is with respect to flow containment and not BOP-on-BOP,

04:25   22  correct?

04:25   23  **A.**   I believe she's parroting what BP told her.

04:25   24  **Q.**   Have you seen any evidence to indicate Dr. McNutt was

04:25   25  relying on BP and not her own Federal Science Team?

**GREGG PERKIN - CROSS**

04:25    1    **A.**    It almost parrots what the BP presentation said.

04:25    2    **Q.**    Would this document be an indication that the government

04:25    3    concluded independent of BP that the 16-inch casing rupture

04:25    4    disks had collapsed?

04:25    5    **A.**    This would not tell me that the government had made that

04:25    6    conclusion.

04:25    7    **Q.**    So your testimony is that that is not what you would draw

04:25    8    from this?

04:25    9    **A.**    No.  It looks like they are parroting what BP told the

04:25   10    government.

04:25   11    **Q.**    And let's go to your deposition.

04:25   12          **MR. COLLIER:**  If you can bring up page 349, lines 11

04:26   13    through 25, please.

04:26   14    **BY MR. COLLIER:**

04:26   15    **Q.**    This is from your deposition and the question was:

04:26   16          **"QUESTION:**  And so the e-mail reads:  'Evidence from

04:26   17    the Top Kill operation strongly suggests that the original

04:26   18    blast ruptured the 18-inch rupture disks in the 16-inch

04:26   19    casing, which means that the mud pumped in the Top Kill is

04:26   20    merely escaping into shallow formations well above the

04:26   21    reservoir; is that correct?

04:26   22          **"ANSWER:**  That's what it says."

04:26   23          This is the e-mail we just looked at from Dr. McNutt,

04:26   24    correct?

04:26   25          The next question is:

**GREGG PERKIN - CROSS**

04:26  1        "QUESTION:  And this would be an indication that the
04:26  2     government was concluding, independent of BP, that the
04:26  3     16-inch casing rupture disks had collapsed?
04:26  4        "ANSWER:  That's what it says."
04:26  5  A.   That's what it says.  It is what it is, but I interpret it
04:26  6  being that they are parroting what BP told them.
04:26  7  Q.   But you have no independent support for that conclusion?
04:26  8  A.   I have not gone to Dr. McNutt or Marcia McNutt and asked
04:27  9  her.
04:27  10 Q.   Now, you provided some testimony during direct examination
04:27  11 that the BOP-on-BOP option should have been pursued after the
04:27  12 Top Kill procedure concluded, correct?
04:27  13 A.   Yes.
04:27  14 Q.   Now, I want to be clear that the capping stack that was
04:27  15 installed on July 15, that was attached to a piece of equipment
04:27  16 known as the flex joint flange?
04:27  17 A.   Right.
04:27  18 Q.   It was not attached to the lower BOP stack of the
04:27  19 *Deepwater Horizon*?
04:27  20 A.   That's correct.  It was attached to the flex joint
04:27  21 connection at the top of the LMRP.  As I understand it, it's
04:27  22 the flange on top of the annular.
04:27  23        MR. COLLIER:  If we can bring up D-23274A, please.
04:27  24 BY MR. COLLIER:
04:28  25 Q.   Now, do you recognize that to be a schematic drawing of

**GREGG PERKIN – CROSS**

04:28  1   the *Deepwater Horizon* BOP stack?

04:28  2   **A.**   Yeah.

04:28  3   **Q.**   At the top there is the flex joint.  Do you see that?

04:28  4   **A.**   Yes.

04:28  5   **Q.**   Then below that is the LMRP, correct?

04:28  6   **A.**   Yeah, and then there's the *Horizon* BOP.

04:28  7   **Q.**   And the LMRP is the upper part of the *Deepwater Horizon*

04:28  8   stack, right?

04:28  9   **A.**   Yeah, the LMRP is right there.

04:28  10  **Q.**   Then below the LMRP is the lower BOP stack?

04:28  11  **A.**   Correct.

04:28  12  **Q.**   Below that is the wellhead casing, correct?

04:28  13  **A.**   Correct.

04:28  14  **Q.**   Now, with respect to the BOP-on-BOP operation, you agree

04:28  15  that the BOP would be attached to the lower BOP stack, correct?

04:28  16  **A.**   Attached, right.  If they don't pull the LMRP, yeah, they

04:29  17  have to attach it right there.

04:29  18  **Q.**   So you would have to remove the LMRP in order to complete

04:29  19  the BOP-on-BOP operation?

04:29  20  **A.**   Not necessarily.  You could build a crossover between

04:29  21  the -- if you cut off the riser, you remove the flex joint, you

04:29  22  can make an adapter between the two.

04:29  23  **Q.**   So you're suggesting you could attach the BOP for the

04:29  24  BOP-on-BOP operation above the LMRP?

04:29  25  **A.**   If you had an adapter, yeah.

**GREGG PERKIN - CROSS**

04:29  1  **Q.**   Did you see any indication in the response that anyone on

04:29  2  the Well Capping Team had investigated attaching a BOP on top

04:29  3  of the LMRP?

04:29  4  **A.**   No.  What I understood was they were going to remove the

04:29  5  LMRP.

04:29  6  **Q.**   You understand, however, that the risks associated with

04:29  7  removing the LMRP were deemed too great and -- were deemed too

04:29  8  great and, therefore, the capping stack was attached to the top

04:29  9  of the flex joints?

04:29  10  **A.**   The capping stack that was used to contain the well, yes.

04:29  11  But what I'm saying is that if you wanted to pursue the

04:30  12  BOP-on-BOP option -- and I heard in the opening statement about

04:30  13  the structural instability, which I disagree with -- you could

04:30  14  create essentially an adapter, if you will, that would sit on

04:30  15  top of the LMRP and would allow, say, the *Discoverer Enterprise*

04:30  16  BOP to be attached to it.

04:30  17  **Q.**   You agree that on June 3, the riser on top of the BOP was

04:30  18  cut away?

04:30  19  **A.**   Yes.

04:30  20  **Q.**   You understand when they cut away the riser and the kink

04:30  21  in that riser, they found two pieces of drill pipe side by

04:30  22  side, correct?

04:30  23  **A.**   They did.

04:30  24  **Q.**   You understand that there was a concern among the Response

04:30  25  Team at that point in time that there might be side-by-side

**GREGG PERKIN - CROSS**

1  drill pipe through the LMRP and in the lower BOP stack,

2  correct?

3  **A.**  I get it.

4  **Q.**  You understand that there was then concern about removing

5  the LMRP from the lower BOP stack?

6  **A.**  I get that part too.

7  **Q.**  So you understand the team decided to pursue a capping

8  stack on top of the flex joint as opposed to pursuing removal

9  of the LMRP, correct?

10  **A.**  That's my understanding.  But you could have looked at a

11  BOP-on-BOP with an adapter spool between the flex joint and the

12  bottom of the -- you would have a connector that would be on

13  top of that spool.

14  **Q.**  You would agree that that would require a substantial

15  amount of engineering, correct?

16  **A.**  I don't think so.  You would have to talk with people who

17  are probably a little closer to that design project, but you

18  are talking about a flange like this one on the right; you're

19  talking about a connector, and that is something that can be

20  done, I think, rather quickly.

21  **Q.**  You have not conducted your own independent evaluation as

22  to whether or not it would be possible to attach a BOP on top

23  of the LMRP, correct?

24  **A.**  Well, I wasn't asked to do that; but if the LMRP was voted

25  to be left on, there are alternatives.

**GREGG PERKIN - CROSS**

04:31  1   **Q.**   Would you agree that as far as attaching a capping device

04:31  2   above the LMRP, it would be preferred to use a capping stack, a

04:32  3   much lighter device than a full BOP?

04:32  4   **A.**   Well, that's true; but you have to understand that if you

04:32  5   land the -- say you land the *Discoverer Enterprise's* BOP on top

04:32  6   the LMRP, that has to be in tension; in other words, the

04:32  7   systems on the *Discoverer Enterprise* have to keep the riser and

04:32  8   the BOP in tension.  There's no compression.  There's no -- you

04:32  9   are not squashing or structurally impeding the *Horizon's* BOP.

04:32  10  **Q.**   You understand, however, that the capping device that was

04:32  11  installed on July 12 was above the flex joint, correct?

04:32  12  **A.**   Yes.

04:32  13  **Q.**   And you understand that during the response, there was a

04:32  14  substantial amount of engineering that went into attaching the

04:32  15  capping device to the flex joint flange, correct?

04:32  16  **A.**   I watched it, yes.

04:32  17  **Q.**   One of the issues that the team had to contest with with

04:33  18  respect to attaching a capping device above the flex joint

04:33  19  flange was straightening out the flex joint flange from the

04:33  20  incline that it was on?

04:33  21  **A.**   I recall that.

04:33  22  **Q.**   To do that, the team had to develop tools, correct?

04:33  23  **A.**   Yes.

04:33  24  **Q.**   They had to perform testing, correct?

04:33  25  **A.**   I don't know exactly how much testing was done, but I'm

GREGG PERKIN - CROSS

04:33  1   sure they did.

04:33  2   **Q.**   You would agree it would be prudent to do testing before

04:33  3   attempting this type of connection subsea, correct?

04:33  4   **A.**   You want to take all the risks out of the equation that

04:33  5   you can.

04:33  6   **Q.**   So you want to make sure you finish all your testing and

04:33  7   make sure you have as much chance of success before attempting

04:33  8   to connect the capping stack above the flex joint, correct?

04:33  9   **A.**   That's correct.  That's what we talked about earlier with

04:33  10  Mr. Lundy.

04:33  11  **Q.**   You understand that a specially built flange was developed

04:33  12  in order to attach the capping stack above the flex joint,

04:33  13  correct?

04:34  14  **A.**   That's my understanding.

04:34  15  **Q.**   You don't know how long it took to design and develop the

04:34  16  flange needed to connect the capping stack to the flex joint,

04:34  17  correct?

04:34  18  **A.**   You're going to have to ask somebody who -- I don't know

04:34  19  how long it took.  If -- if it was something that was going to

04:34  20  take time, it should have been given some priority.

04:34  21  **Q.**   As far as you know, it was given a priority, correct?

04:34  22  **A.**   Well, I think it should have been given a priority from

04:34  23  day one.

04:34  24  **Q.**   You would agree that there was a Well Capping Team that

04:34  25  was looking at connecting a capping device above the flex joint

OFFICIAL TRANSCRIPT

**GREGG PERKIN - CROSS**

04:34    1    flange very early on in the response?

04:34    2    **A.**   Correct, but my understanding was that those processes

04:34    3    became delayed as a result of the failure of the Top Kill.

04:34    4    **Q.**   And do you have any independent basis for suggesting that

04:34    5    the connecting of the capping stack to the flex joint became

04:34    6    delayed after the Top Kill decision?

04:34    7    **A.**   I think there's evidence that shows that it was delayed

04:34    8    some.

04:34    9    **Q.**   Are you familiar with Trevor Smith?

04:34   10    **A.**   Yes.

04:34   11    **Q.**   Trevor Smith, as you understand, was the team lead for

04:35   12    connecting the capping device to the flex joint flange?

04:35   13    **A.**   Yes.

04:35   14    **Q.**   Do you recall Mr. Smith testifying in his deposition about

04:35   15    the many engineering challenges the team had to face in order

04:35   16    to attach the capping device to the top of the flex joint

04:35   17    flange?

04:35   18    **A.**   Well, I get that part because of the complexities in the

04:35   19    flex joint and how it attaches to the LMRP.

04:35   20    **Q.**   Now, you stated that the BOP-on-BOP option should have

04:36   21    been pursued after Top Kill, correct?

04:36   22    **A.**   I think it should have been -- it was being pursued before

04:36   23    Top Kill.  It could have continued to have been pursued during

04:36   24    Top Kill and it would not have, in my mind, impeded Top Kill.

04:36   25    If Top Kill failed, you still had the BOP-on-BOP option going

**GREGG PERKIN - CROSS**

04:36  1  forward.

04:36  2  **Q.**   Now, at the time the Top Kill -- take a step back.

04:36  3       The BOP-on-BOP option was being developed with the

04:36  4  *DDII* BOP, correct?

04:36  5  **A.**   No, I think it was initially with the *Discoverer*

04:36  6  *Enterprise*.  I think after the decision was made to go to

04:36  7  containment, the *Discoverer Enterprise* was relegated to

04:36  8  hoovering, as we say.  But in my mind, that BOP was ready to

04:36  9  go.  If BP had specified they wanted a venting feature on that

04:36  10 BOP, they should have made it known early on and that could

04:36  11 have been accommodated.

04:37  12 **Q.**   You agree that there was a Well Capping Team that set

04:37  13 up -- sorry, there was a Well Capping Team that was set up

04:37  14 early on in the response, correct?

04:37  15 **A.**   Yes.

04:37  16 **Q.**   That Well Capping Team was directed towards developing a

04:37  17 capping solution for the *Deepwater Horizon* incident?

04:37  18 **A.**   There was a BOP-on-BOP solution and a Capping Team, as I

04:37  19 understand it.

04:37  20 **Q.**   They were also looking at capping stack, correct?

04:37  21 **A.**   Correct, but the BOP-on-BOP solution was virtually ready

04:37  22 to go.

04:37  23 **Q.**   Now, I would like to talk about the status of the

04:37  24 BOP-on-BOP option at the time of Top Kill.

04:37  25 **A.**   Okay.

**GREGG PERKIN - CROSS**

04:37   1   **Q.**   At the time of Top Kill, you understand that the BOP at

04:37   2   that point was the *DDII* BOP?

04:37   3   **A.**   As I recall, it was the *Discoverer Enterprise.*

04:37   4   **Q.**   At the time of Top Kill, it's your memory that --

04:37   5   **A.**   If it was late May, I think it was *Discoverer Enterprise.*

04:37   6   **Q.**   Do you recall when the *Discoverer Enterprise* was assigned

04:37   7   to do -- to work on the collection efforts?

04:37   8   **A.**   I don't recall its specific date, but my recollection was

04:38   9   that it got relegated to containment after the Top Kill failed.

04:38   10   **Q.**   Now, during the course of the development of the

04:38   11   BOP-on-BOP option, you understand that there was a Peer Assist

04:39   12   that took place?

04:39   13   **A.**   Yes.

04:39   14   **Q.**   You understand that Peer Assist was conducted on May 13

04:39   15   and 14, correct?

04:39   16   **A.**   I don't recall the date.

04:39   17   **Q.**   I'm sorry?

04:39   18   **A.**   I don't recall the date.

04:39   19   **Q.**   You talked about Peer Assist in your direct examination,

04:39   20   correct?

04:39   21   **A.**   I did.

04:39   22   **Q.**   Peer Assist is a meeting of industry experts to assess the

04:39   23   feasibility and risk associated with various operations,

04:39   24   correct?

04:39   25   **A.**   Right.

OFFICIAL TRANSCRIPT

GREGG PERKIN - CROSS

04:39  1   **Q.**   You agree that performing a Peer Assist is a good idea
04:39  2   when you are attempting an operation that is unfamiliar or not
04:39  3   normal, correct?
04:39  4   **A.**   Well, yeah, I agree with that.
04:39  5   **Q.**   You agree it was a good idea to perform the Peer Assist
04:40  6   relating to the capping solutions, correct?
04:40  7   **A.**   Correct.
04:40  8           **MR. COLLIER:**   If we can go to TREX-10522.1.1.
04:40  9   BY MR. COLLIER:
04:40  10  **Q.**   You see this is an e-mail from Jon Turnbull.  Do you see
04:40  11  that?
04:40  12  **A.**   I do.
04:40  13  **Q.**   And it's dated May 15, 2010?
04:40  14  **A.**   Correct.
04:40  15  **Q.**   And the subject is "Top Preventer Peer Assist
04:40  16  Recommendations."  Do you see that?
04:40  17  **A.**   I do.
04:40  18  **Q.**   The attachment was an attachment to this e-mail?
04:40  19  **A.**   PowerPoint.
04:40  20  **Q.**   The PowerPoint presentation had the title "Top Preventer
04:40  21  Peer Assist Recommendations Final," correct?
04:40  22  **A.**   Correct.
04:40  23          **MR. COLLIER:**   If we can go to the cover e-mail.  And
04:40  24  this is TREX-10522.1.4.
       25

GREGG PERKIN - CROSS

04:40  1   BY MR. COLLIER:

04:40  2   Q.   This is a paragraph in the cover e-mail that Jon Turnbull

04:40  3   was sending around on May 15, 2010.  Do you understand this is

04:40  4   after the Peer Assist for the capping solution was conducted,

04:41  5   correct?

04:41  6   A.   Correct.  I have seen this before.

04:41  7   Q.   Mr. Turnbull's e-mail reads:  "On this date, May 15, 2010,

04:41  8   there is much to be done for the BOP-on-BOP to be implemented

04:41  9   with confidence and the move to get additional resource into

04:41  10  your team to assist is important to maximize the probability of

04:41  11  this operation being successful."

04:41  12         Correct?

04:41  13  A.   Correct.

04:41  14  Q.   So you would agree at the time that the Peer Assist was

04:41  15  concluded on May 15 that one of the conclusions of the Peer

04:41  16  Assist Team was that there was still much work to be done for

04:41  17  the BOP-on-BOP solution?

04:41  18  A.   I'm not sure what he means by "much work."  My

04:41  19  information, at least the information that I reviewed, implied

04:41  20  to me or told me that it was going to be another week or so

04:41  21  away.

04:41  22         MR. COLLIER:  Now, if we can go to the list of

04:41  23  participants -- well, actually, if we can go to the attachment

04:41  24  to Mr. Turnbull's e-mail.  And if we can go to the --

04:41  25  Q.   There's a list of the Peer Assist participants.  Do you

OFFICIAL TRANSCRIPT

**GREGG PERKIN - CROSS**

04:42    1    see that?

04:42    2    **A.**   I do.

04:42    3          **MR. COLLIER:**  This is TREX-10522.50.1.

04:42    4    **BY MR. COLLIER:**

04:42    5    **Q.**   Do you see there that it lists out the members of the

04:42    6    industry who participated in this Peer Assist?

04:42    7    **A.**   I see that.

04:42    8    **Q.**   It has members from BP, from Wild Well Control,

04:42    9    ExxonMobil, Transocean, MMS, Oceaneering, and Cameron Iron

04:42   10    Works.  Do you see that?

04:42   11    **A.**   I do.

04:42   12    **Q.**   You would consider those entities to have individuals who

04:42   13    have expertise relating to subsea operations, correct?

04:42   14    **A.**   Correct, particularly TO and Cameron Iron Works.

04:42   15    **Q.**   And I'd like to discuss a few of the recommendations and

04:42   16    action items that came out of the Peer Assist.  Now, one of the

04:42   17    risks that was discussed during that Peer Assist was the risk

04:42   18    of hydrate formation during the landing of the BOP, correct?

04:42   19    **A.**   I remember that.

04:42   20    **Q.**   You agree that with respect to evaluating the source

04:42   21    control method, mitigating hydrate formation is a factor you

04:42   22    would have to consider?

04:42   23    **A.**   Correct.

04:42   24          **MR. COLLIER:**  Let's bring up Slide 9 from the Peer

04:42   25    Assist, please.

**GREGG PERKIN - CROSS**

1    BY MR. COLLIER:

2    Q.    Do you see there are general recommendations, BOP-on-BOP?

3    Do you see that?

4    A.    I do.

5    Q.    The bullet point is:  "Focus on Hydrate Risks and

6    Mitigations."

7    A.    Correct.

8    Q.    If you go two bullet points down, it says:  "Decide on

9    which new ideas we need to pursue and which should be dropped?

10   (e.g., shroud around base of BOP)."

11           Correct?

12   A.    Correct.

13   Q.    You agree at this point in time that the Peer Assist was

14   identifying hydrate formation as a potential risk of the

15   BOP-on-BOP operation, correct?

16   A.    Correct.

17   Q.    At this point in time, you would agree that the hydrate

18   mitigation was in its planning stages, correct?

19   A.    It was.

20   Q.    You understand that the modeling and assessments of

21   hydrate formation were not completed before the Top Kill had

22   started on May 26?

23   A.    That I don't recall, but you would have to show me.

24           MR. COLLIER:  Carl, let's bring up TREX-10647.

25

OFFICIAL TRANSCRIPT

**GREGG PERKIN - CROSS**

04:43  1   **BY MR. COLLIER:**
04:43  2   **Q.**   This is an e-mail from Chris Matice of Stress Engineering.
04:44  3   Do you see that?
04:44  4   **A.**   I do.
04:44  5   **Q.**   It's dated May 27, correct?
04:44  6   **A.**   Yes.
04:44  7   **Q.**   He is talking about heat transfer and he is talking about
04:44  8   10,000-barrel per day flow to assess hydrates via CFD of BOP
04:44  9   stack placement?
04:44  10  **A.**   Correct.
04:44  11  **Q.**   This would be an indication that Mr. Matice is conducting
04:44  12  heat transfer modeling relating to hydrate formations in the
04:44  13  BOP and BOP operation, correct?
04:44  14  **A.**   Based on a 10,000-barrel per day flow.
04:44  15        **MR. COLLIER:**   If we can go to TREX-10647.2.1.
04:44  16  **BY MR. COLLIER:**
04:44  17  **Q.**   And Chris Matice says:  "Attached is our heat transfer
04:44  18  analysis for the case of 10,000-barrel per day flow.  Please
04:44  19  let me know if there are additional images that would be
04:44  20  helpful to you in assessing the formation of hydrates."
04:44  21        Correct?
04:44  22  **A.**   Yes.
04:44  23  **Q.**   At this point in time, assessment of hydrate formation was
04:44  24  still in the works as far as the BOP-on-BOP option?
04:45  25  **A.**   Correct.  And they were working on other models.

**GREGG PERKIN - CROSS**

| | |
|---|---|
| 04:45 | 1 |
| 04:45 | 2 |
| 04:45 | 3 |
| 04:45 | 4 |

**Q.**   Mr. Matice also identifies:  "We are working on the 20,000- and 70,000-barrel per day cases."

Correct?

**A.**   Correct.

**Q.**   He had additional models that he was going to run relative to hydrate mitigation; is that correct?

**A.**   Correct.

**Q.**   Now, we discussed earlier that the BOP-on-BOP option was being pursued where you would remove the LMRP, correct?

**A.**   Yes.

**Q.**   And you understand that the Peer Assist that identified LMRP removal as one of the key risks with respect to the BOP-on-BOP option, correct?

**A.**   You and I talked about that.

**Q.**   You understand that, by May 24, that the procedure for removing the LMRP had not been approved, correct?

**A.**   I don't recall.

MR. COLLIER:  If we go to TREX-144989.1.3, please.

BY MR. COLLIER:

**Q.**   You see that there's an e-mail from Iain Snedden; do you see that?

**A.**   I do.

**Q.**   And it's dated May 24, 2010, correct?

**A.**   Right.  And it says, "Revised LMRP Removal Procedure: Deepwater Horizon."

GREGG PERKIN - CROSS

04:46  1   **Q.**   This would be attaching a draft LMRP removal procedure,
04:46  2   correct?
04:46  3   **A.**   Correct.
04:46  4   **Q.**   Do you recognize the individuals Iain Snedden and Eddy
04:46  5   Redd and Asbjorn Olsen and John Mackay as being Transocean
04:46  6   employees?
04:46  7   **A.**   This ring a bell.
04:46  8   **Q.**   This would be an indication that, on May 24, 2010,
04:46  9   Transocean was providing comment and feedback regarding LMRP
04:46  10  removal, correct?
04:46  11  **A.**   Correct.
04:46  12  **Q.**   This would be an indication on May 24 that the procedure
04:46  13  for LMRP removal had not been approved?
04:46  14  **A.**   I don't know what the e-mail says.  He has a revised
04:47  15  removal procedure, but you need to show me the rest of the
04:47  16  e-mail.
04:47  17          **MR. COLLIER:**  If we go to TREX-144989.1.9.
04:47  18  **BY MR. COLLIER:**
04:47  19  **Q.**   This is the earlier e-mail in the chain, an e-mail from
04:47  20  John Mackay; do you see that?
04:47  21  **A.**   I do.
04:47  22  **Q.**   And John Mackay is a Transocean employee?
04:47  23  **A.**   Yes.
04:47  24  **Q.**   Subject is "Revised LMRP Removal Procedure *DWH*"?
04:47  25  **A.**   Yes.

GREGG PERKIN - CROSS

04:47  1    **Q.**    It reads: "*DWH* LMRP removal document checked and changes

04:47  2    noted."

04:47  3         Correct?

04:47  4    **A.**    Correct.

04:47  5    **Q.**    This would be an indication that John Mackay of Transocean

04:47  6    is providing feedback relating to the LMRP removal procedure

04:47  7    for the BOP-on-BOP option, correct?

04:47  8    **A.**    Correct, that there was a procedure that's been looked at.

04:47  9    **Q.**    Now, you understand that there were risks that the Peer

04:47  10   Assist identified with respect to installing the BOP-on-BOP

04:47  11   option, correct?

04:47  12   **A.**    Yes.  There's always risks.

04:47  13        **MR. COLLIER:**  Let me pull up the May 13-14 Peer

04:47  14   Assist.  If we go to TREX-10522.39.2, if we can go to the

04:47  15   bullet point fourth from bottom.

04:47  16   **BY MR. COLLIER:**

04:47  17   **Q.**    Would you agree that this is a list of issues that the

04:48  18   Peer Assist Team had identified with respect to installing the

04:48  19   BOP for the BOP-on-BOP option, correct?

04:48  20   **A.**    Yes.  I've seen this.

04:48  21   **Q.**    One of the issues they identify is a "Guidance system such

04:48  22   that BOP is positively in place before landing assuming loss of

04:48  23   visibility, involving ROV operators and consider how *Horizon*

04:48  24   stack could be utilized."

04:48  25        Correct?

**GREGG PERKIN - CROSS**

04:48  1    A.    Yes.

04:48  2    Q.    You understand the Peer Assist recommended a guidance

04:48  3    system for landing the BOP because of visibility issues

04:48  4    associated with the hydrocarbon --

04:48  5    A.    I think that's true.

04:48  6    Q.    You understand that a guide frame was designed and was

04:48  7    manufactured during the month of May, correct?

04:49  8    A.    I know that one was designed and I know it was

04:49  9    manufactured.

04:49  10   Q.    You understand that Wild Well Control, the well control

04:49  11   specialist company, was the one that designed and manufactured

04:49  12   that guide frame?

04:49  13   A.    I think that's true.

04:49  14   Q.    You understand they were still working on that guide frame

04:49  15   at the end of May, correct?

04:49  16   A.    I think that's true too.

04:49  17   Q.    Now, you talked earlier about a venting solution with

04:49  18   respect to the BOP-on-BOP option?

04:49  19   A.    Right.

04:49  20   Q.    And you understand that the Peer Assist identified the

04:49  21   need for a venting option with the BOP-on-BOP option, correct?

04:49  22   A.    I don't think they identified it early on; I think it was

04:49  23   identified later.

04:49  24   Q.    If we go to the May 13, 14 Peer Assist and we go to

04:50  25   TREX-10522.40.1, this is one of the slides of the Peer Assist

**GREGG PERKIN - CROSS**

04:50  1   reports, and it reads "Shut-in Well."  Do you see that?

04:50  2   **A.**   It says:  "Shut-in well."

04:50  3         Yes.

04:50  4   **Q.**   And you agree it reads:  "BOP-on-BOP"?

04:50  5   **A.**   It does.

04:50  6   **Q.**   So this would be in reference to BOP-on-BOP operation?

04:50  7   **A.**   Right.

04:50  8   **Q.**   The Peer Assist identified that one of the issues was:

04:50  9   "Pressure buildup when well shut-in, how to manage bleed of

04:50  10  pressure risks to rig."

04:50  11        Correct?

04:50  12  **A.**   Correct.

04:50  13  **Q.**   That would be an indication for the need for a venting

04:50  14  option, correct?

04:50  15  **A.**   What's the date on this?

04:50  16  **Q.**   This is from the Peer Assist May 13-14?

04:50  17  **A.**   My understanding was that, when the BOP-on-BOP option was

04:50  18  being -- was coming to fruition, that it was right after the

04:50  19  blowout, and this is almost a month later.

04:50  20  **Q.**   Now, you understand the Well Capping Team that was created

04:50  21  shortly after the explosions on the rig comprised of

04:51  22  Transocean, Wild Well Control, and Cameron employees, correct?

04:51  23  **A.**   Correct.  My understanding is they were doing what BP

04:51  24  wanted them to do, and I would think a venting option was

04:51  25  specified until about this time.

**GREGG PERKIN - CROSS**

04:51  1  **Q.**   Do you see any evidence that the individuals from

04:51  2  Transocean, Wild Well Control, or Cameron, prior to May 13 and

04:51  3  14, had been recommending a venting option for use in the

04:51  4  BOP --

04:51  5  **A.**   They were being driven to put a BOP-on-BOP solution

04:51  6  together, and BP gave them no indication that they also needed

04:51  7  a venting solution.

04:51  8  **Q.**   So you agree that the first time a venting solution came

04:51  9  about as a feature for the BOP-on-BOP option was with respect

04:51  10  to the Peer Assist on May 13 and 14?

04:51  11  **A.**   It seems like mid-May, yes.

04:51  12  **Q.**   Now, did you understand that, as of the end of May, there

04:51  13  still was not a venting option that was ready for the

04:52  14  BOP-on-BOP option, correct?

04:52  15  **A.**   I think there was work -- I think efforts were sidetracked

04:52  16  with the Top Kill operation.

04:52  17  **Q.**   But you agree that, at the end of May, there was still

04:52  18  work being done with respect to the venting option for the

04:52  19  BOP-on-BOP option?

04:52  20  **A.**   Yeah, but that wouldn't take a long time.  There was

04:52  21  plenty of places to vent that BOP on that BOP.

04:52  22  **Q.**   Now, you understand that, with respect to the BOP-on-BOP

04:53  23  option, there was a time when the *DDII* was considered for use?

04:53  24  **A.**   Yes.

04:53  25  **Q.**   And its BOP would be used with the BOP-on-BOP option,

**GREGG PERKIN - CROSS**

04:53    1    correct?

04:53    2    **A.**    Correct.

04:53    3    **Q.**    You understand that, at the end of May, it was the *DDII*

04:53    4    BOP that was to be used with the BOP-on-BOP option?

04:53    5    **A.**    Correct.

04:53    6    **Q.**    And you are aware that West Engineering was conducting an

04:53    7    audit of the *DDII* BOP at the end of May, correct?

04:53    8    **A.**    Yes.

04:53    9            **MR. COLLIER:**  If we can go to TREX-145079.1.3,

04:53   10    please.

04:53   11    **BY MR. COLLIER:**

04:53   12    **Q.**    Do you see that this is an e-mail from Asbjorn Olsen; do

04:53   13    you see that?

04:53   14    **A.**    I do.

04:53   15    **Q.**    And it's dated May 25, 2010?

04:53   16    **A.**    I do, yes.

04:53   17    **Q.**    You recognize Mr. Olsen as being a Transocean subsea

04:54   18    engineer?

04:54   19    **A.**    Yes.

04:54   20    **Q.**    He is sending that to Eddy Redd, who is a Transocean

04:54   21    employee also, correct?

04:54   22    **A.**    Uh-huh.

04:54   23    **Q.**    He is also copying Rob Turlak?

04:54   24    **A.**    He is.

04:54   25    **Q.**    Rob Turlak is a Transocean subsea engineer?

**GREGG PERKIN - CROSS**

04:54   1   **A.**   I think so.

04:54   2   **Q.**   And the subject line is:  "Status BOPs."

04:54   3        Correct?

04:54   4   **A.**   Correct.

04:54   5   **Q.**   This was sent on May 25, 2010, correct?

04:54   6   **A.**   Yes.

04:54   7   **Q.**   This is right before Top Kill was being implemented; is

04:54   8   that correct?

04:54   9   **A.**   Yes, the day before.

04:54   10  **Q.**   I would like to draw your attention further down into the

04:54   11  e-mail, TREX-145079.1.4, and there's a heading that reads *"DDII*

04:54   12  Stack MODs"; do you see that?

04:54   13  **A.**   I do.

04:54   14  **Q.**   This is work that was being conducted to get the *DDII*

04:54   15  ready to be used with the BOP-on-BOP option?

04:54   16  **A.**   Listing out the things they need to do.

04:54   17  **Q.**   There, it says:  "Test ram changeover will take one to two

04:54   18  days from when it is confirmed and all other BOP activities are

04:54   19  complete.  Spool, FSV, etc. will be ready to ship on Tuesday

04:55   20  (June 1) to the rig.  (BP should be given Tuesday to Thursday

04:55   21  PM shipping.)"

04:55   22        Correct?

04:55   23  **A.**   Yes.

04:55   24  **Q.**   At this point in time, you agree there were still

04:55   25  modifications being made to the *DDII* with respect to the

**GREGG PERKIN - CROSS**

04:55   1   BOP-on-BOP option?

04:55   2   **A.**   Correct.

04:55   3   **Q.**   If you go further down into the e-mail, there's a section

04:55   4   that reads *"DDII* Testing"; do you see that?

04:55   5   **A.**   Yes.

04:55   6   **Q.**   This is dated May 25, correct?

04:55   7   **A.**   Right.

04:55   8   **Q.**   The first line there reads:  "Autoshear and deadman failed

04:55   9   the testing."

04:55   10   **A.**   I knew that.

04:55   11   **Q.**   This is an indication that the *DDII* BOP from the

04:55   12   Transocean rig the *DDII* had failed autoshear and deadman

04:55   13   testing on this date, correct?

04:55   14   **A.**   Yes.

04:55   15   **Q.**   It also notes underneath there:  "SPM leaking.  Hydril are

04:55   16   there with the Rig Team."

04:55   17            Correct?

04:55   18   **A.**   Yes.

04:55   19   **Q.**   You would agree, at this point in time on May 25, 2010,

04:55   20   that the *DDII* BOP was not ready to be implemented with the

04:55   21   BOP-on-BOP option?

04:55   22   **A.**   I agree with that.

04:55   23   **Q.**   You agree there's still work to be done in order to get

04:55   24   the *DDII* BOP ready?

04:55   25   **A.**   Correct.  I'm still a little puzzled as to why they went

**GREGG PERKIN - CROSS**

04:56  1   from that -- from the *Enterprise* to the *DDII*.

04:56  2   **Q.**   You understand the *Discoverer Enterprise* was being used as

04:56  3   a rig collection --

04:56  4   **A.**   I get that part, but there were efforts to use that BOP on

04:56  5   the *Horizon* BOP.  And it was my understanding that it was

04:56  6   almost ready to go.

04:56  7   **Q.**   Now, with respect to the *Discoverer Enterprise*, have you

04:56  8   evaluated the West report that was being performed on the

04:56  9   *Discoverer Enterprise* BOP?

04:56  10  **A.**   The West report?

04:56  11  **Q.**   Correct.

04:56  12  **A.**   I don't recall seeing it.

04:56  13  **Q.**   You are not aware of any West report that was prepared

04:56  14  relating to an inspection of the *Discoverer Enterprise* BOP in

04:56  15  May?

04:56  16  **A.**   I think I do recall seeing something like that.

04:56  17  **Q.**   Now, you understand that the West Engineering report with

04:56  18  respect to the *Discoverer Enterprise* BOP identified that there

04:56  19  were several issues with the BOP, correct?

04:56  20  **A.**   Yes.

04:57  21  **Q.**   At the time of your deposition, you didn't recall exactly

04:57  22  what issues were raised by the West Engineering report,

04:57  23  correct?

04:57  24  **A.**   Correct.

04:57  25  **Q.**   That was not something you considered in forming your

**GREGG PERKIN - CROSS**

04:57  1    opinions relating to the BOP-on-BOP option, correct?

04:57  2    **A.**   I would have to see the report.

04:57  3    **Q.**   You don't -- when you formed your opinions as to the

04:57  4    *Discoverer Enterprise* BOP being used with the BOP-on-BOP

04:57  5    option, you weren't considering the West report, correct?

04:57  6    **A.**   I don't think I recall what the West report said when you

04:57  7    asked me these questions during the deposition.  I was relying

04:57  8    upon what information I had been given and been provided with

04:57  9    relative to the availability and the usefulness of the

04:57  10   enterprise BOP-on-BOP.

04:57  11   **Q.**   In forming your opinions, you don't recall reviewing the

04:57  12   West Engineering report relating to the *Discoverer Enterprise*

04:57  13   BOP?

04:57  14   **A.**   I don't recall as I sit here today.

04:57  15          **MR. COLLIER:**  If we can go to TREX-11677.

04:57  16   BY MR. COLLIER:

04:57  17   **Q.**   Do you see that as a West Engineering report?

04:57  18   **A.**   Yes.

04:58  19   **Q.**   The subject is *"Discoverer Enterprise"*?

04:58  20   **A.**   Correct.

04:58  21   **Q.**   This is the rig that was -- BP was going to -- the BOP was

04:58  22   going to be used for the BOP-on-BOP option?

04:58  23   **A.**   Correct.

04:58  24   **Q.**   If we could go to the "Project Summary" page, the third

04:58  25   page of the document, it's TREX-11677.3.5.  You see there that

GREGG PERKIN - CROSS

04:58   1   Transocean is the owner of the *Discoverer Enterprise*?

04:58   2   **A.**   Correct.

04:58   3   **Q.**   The dates of assessment that West performed the inspection

04:58   4   of the *Discoverer Enterprise* BOP was from the 28th of April

04:58   5   through the 16th of May, correct?

04:58   6   **A.**   Correct.

04:58   7   **Q.**   You understand that West recorded the work and findings

04:58   8   that it made in daily reports that were attached to this

04:58   9   report, correct?

04:58   10   **A.**   Correct.

04:58   11          **MR. COLLIER:**  Let's go to the daily report from May

04:58   12   9, please, and this is TREX-11677.129.2.

04:58   13   BY MR. COLLIER:

04:58   14   **Q.**   You see that's dated May 9, 2010, correct?

04:59   15   **A.**   Yes.

04:59   16   **Q.**   If we can go further down into that daily report, on

04:59   17   May 9, it reads:  "West was informed tonight that a potential

04:59   18   problem with the forward casing shear ram bonnet may exist."

04:59   19          If you go further down:  "The subsea engineer

04:59   20   informed West that he has a call in to Hydril.  His plan is to

04:59   21   have Hydril come to the rig and investigate this issue."

04:59   22          Correct?

04:59   23   **A.**   Correct.

04:59   24   **Q.**   On this date, the casing shear bonnet for the

04:59   25   *Discoverer Enterprise* BOP was leaking; is that correct?

**GREGG PERKIN - CROSS**

04:59  1   **A.**   He said no leaks were observed.  He said there was a

04:59  2   potential problem for the forward casing shear ram bonnet.

04:59  3   Let's see.  He said on April 29:  "While performing an EDS, the

04:59  4   rod seals were leaking and had to be replaced."  That's

04:59  5   O-rings.

04:59  6           "The rod seals were replaced and the bonnet was

04:59  7   tested.  No leaks were observed."

04:59  8           I mean, they were working on it.

04:59  9   **Q.**   You agree that was an issue that was being worked on?

05:00  10  **A.**   Yes.

05:00  11  **Q.**   And that Hydril was coming to the rig to investigate?

05:00  12  **A.**   They were moving forward with the *Enterprise* BOP.

05:00  13  **Q.**   If we can go to West's May 16 daily report, which is

05:00  14  TREX-11677.145.5.  You see that's dated May 16, 2010, correct?

05:00  15  **A.**   I do.

05:00  16  **Q.**   If you can go to the "Daily Report" section there, which

05:00  17  is TREX-11677.146.3, do you see the projected work scope?

05:00  18  **A.**   I do.

05:00  19  **Q.**   This would be identifying the work that still needed to be

05:00  20  done with respect to the BOP on that date of May 16, correct?

05:00  21  **A.**   Correct.

05:00  22  **Q.**   What it identifies on that date of May 16 with respect to

05:00  23  the *Discoverer Enterprise* BOP is that there was to be performed

05:00  24  end of work maintenance procedures on the BOP, correct?

05:00  25  **A.**   Correct.  And it's listing out the scope of work.

**GREGG PERKIN - CROSS**

05:00  1  **Q.**   And there would be pressure testing that would be

05:00  2  conducted of various components, correct?

05:00  3  **A.**   Correct.  Number 7 said, "The rebuilt casing shear ram

05:01  4  bonnet was delivered to the rig."

05:01  5  **Q.**   Right.  If you go down to -- Item 7 identifies that a

05:01  6  rebuilt casing shear ram bonnet was delivered to the rig,

05:01  7  correct?

05:01  8  **A.**   Correct.

05:01  9  **Q.**   This would be in relation to the issue we just talked

05:01  10  about, about the problem that had been found with the casing

05:01  11  shear ram bonnet?

05:01  12  **A.**   Correct.

05:01  13  **Q.**   And so, as of this date, that was sort of an issue that

05:01  14  was still being worked out?

05:01  15  **A.**   Correct, but they were still working on it.

05:01  16  **Q.**   Right above this, it also identifies that on this date,

05:01  17  May 16th, they were still working on rebuilding the 5K to 4K

05:01  18  high pressure casing shear ram regulator, correct?

05:01  19  **A.**   Yep.

05:01  20  **Q.**   You would agree that these were items that would need to

05:01  21  be completed before the *Discoverer Enterprise* BOP would be

05:01  22  ready to be implemented with the BOP-on-BOP option?

05:01  23  **A.**   I get that part, but they are working on it.

05:01  24  **Q.**   Now, I would like to go back to a couple of issues we just

05:01  25  discussed relating to the rupture disks and the issues about

**GREGG PERKIN - CROSS**

05:02    1    the government's independent analysis relating to the rupture

05:02    2    disks.

05:02    3             MR. COLLIER:  I would like to bring up TREX-9146,

05:02    4    please.

05:02    5    BY MR. COLLIER:

05:02    6    Q.   You see this is an e-mail from Carol Browner; do you see

05:02    7    that?

05:02    8    A.   Yes.

05:02    9    Q.   This is dated May 29, 2010, correct?

05:02   10    A.   Correct.

05:02   11    Q.   The subject is "Important News"; do you see that?

05:02   12    A.   Yes.

05:02   13    Q.   Do you know -- Carol Browner is a government employee,

05:02   14    correct?

05:02   15    A.   I take your word for it.

05:02   16    Q.   Do you understand that the individuals that are in the

05:02   17    "To:" section of this e-mail are also government employees,

05:02   18    correct?

05:02   19    A.   Yes.

05:02   20    Q.   If you look at the subject matter or you go to the body of

05:02   21    the e-mail, it reads:  "Our scientists have determined that the

05:02   22    risks are too great to shut in the well from the top.  For

05:03   23    example, with the addition of a new BOP, that means that, until

05:03   24    the relief well is completed (mid-August at best), we will be

05:03   25    in the position of capturing the leaking oil with a cap and new

**GREGG PERKIN - CROSS**

05:03  1    riser to a vessel on the surface."

05:03  2          Did I read that correctly?

05:03  3    **A.**   You did.

05:03  4    **Q.**   It's true on this date that Carol Browner, a government

05:03  5    employee, is identifying to other government employees that

05:03  6    government scientists have determined that there are too great

05:03  7    a risk of shutting-in the well at this date of May 29?

05:03  8    **A.**   If that's what they determined.  It looks to me like they

05:03  9    are parroting what BP told them.  Because there is a venting

05:03  10   option you put on a BOP, and you can mitigate -- you can manage

05:03  11   the pressure.

05:03  12   **Q.**   But you would agree with respect to Ms. Browner's e-mail,

05:03  13   she is identifying that it is the government scientists who

05:03  14   have determined what risks are too great?

05:03  15   **A.**   I'm not sure how the government scientists determined that

05:03  16   the risks are too great.  They are not BOP experts.  They don't

05:03  17   understand how BOPs are designed, used, manufactured, tested.

05:04  18   But you can put a venting option, plural, on a BOP and you can

05:04  19   vent and manage pressure.

05:04  20   **Q.**   You would agree that, at this point in time, Ms. Browner

05:04  21   from the government is identifying that the government

05:04  22   scientists have determined the risks are too great to shut in

05:04  23   the well with the BOP --

05:04  24   **A.**   My answer is:  I don't know how they determined that.

05:04  25   **Q.**   You would agree that's what she wrote?

OFFICIAL TRANSCRIPT

**GREGG PERKIN - CROSS**

05:04  1   **A.**   That's what she wrote, but I don't know how they

05:04  2   determined that.

05:04  3   **Q.**   Now, earlier, we discussed an e-mail that Secretary Chu

05:04  4   sent on May 30, shortly after the Top Kill procedure was

05:04  5   completed, correct?

05:04  6   **A.**   Yes.

05:04  7          MR. COLLIER:   If you would bring up TREX-11477,

05:04  8   please.

05:04  9   **BY MR. COLLIER:**

05:04  10  **Q.**   You recognize that was the e-mail that we discussed

05:05  11  earlier, correct?

05:05  12  **A.**   Yes.

05:05  13  **Q.**   Do you recall that Dr. Chu -- or Secretary Chu represented

05:05  14  that he would like to get the lab analysis folks to

05:05  15  independently analyze the Top Kill data and see if they come to

05:05  16  the same conclusion as BP, correct?

05:05  17  **A.**   We talked about that.

05:05  18          MR. COLLIER:   If I could bring up TREX-144847,

05:05  19  please.   If you can pull up the top part.

05:05  20  **BY MR. COLLIER:**

05:05  21  **Q.**   This is an e-mail from Tom Hunter to Sheldon Tieszen; do

05:05  22  you see that?

05:05  23  **A.**   I do.

05:05  24  **Q.**   Dated May 31, 2010, and the subject is "Flow"; do you see

05:05  25  that.

**GREGG PERKIN - CROSS**

05:05    1    **A.**    "Flow."

05:05    2    **Q.**    If we can go to an earlier e-mail in that chain and you

05:05    3    see there's an e-mail from Secretary Chu to Tom Hunter and

05:06    4    Sheldon Tieszen; do you see that?

05:06    5    **A.**    I do.

05:06    6    **Q.**    And it's dated May 31, 2010; is that right?

05:06    7    **A.**    Yes.

05:06    8    **Q.**    Again, this is shortly after the Top Kill concluded?

05:06    9    **A.**    Let me read it.

05:06    10           Okay.  Is there a question?

05:06    11   **Q.**    If you go to the paragraph that begins "I discussed"; do

05:06    12   you see that?  The second paragraph?

05:06    13          I'd ask you to pull up TREX-144847.1.2.  This reads:

05:06    14   "I discussed with Tom Hunter yesterday afternoon the importance

05:06    15   of doing a completely independent analysis of the Top Kill

05:06    16   data.  The BP scenarios are reasonable, but I see a number of

05:07    17   other scenarios.  While it will not influence the strategy

05:07    18   going forward, it is necessary for the communications to the

05:07    19   American public the likely state of the BOP and well and the

05:07    20   risks going forward."

05:07    21          Did I read that correctly?

05:07    22   **A.**    You did.

05:07    23   **Q.**    This is what Secretary Chu was writing on this date,

05:07    24   May 31, 2010, to other government scientists?

05:07    25   **A.**    Correct.

GREGG PERKIN - CROSS

05:07   1           **MR. COLLIER:**  Thank you, Mr. Perkin.  At this time, I

05:07   2   have no further questions.

05:07   3           **THE COURT:**  Redirect.

05:07   4           **MR. LUNDY:**  Briefly, Your Honor.

05:07   5                         **REDIRECT EXAMINATION**

05:07   6   BY MR. LUNDY:

05:08   7   **Q.**   Mr. Perkin, I just have a few questions.  I think we need

05:08   8   to clear something up.  I was hoping maybe even establishing a

05:08   9   timeline here about questions asked by Mr. Collier regarding

05:08  10   e-mails by Dr. McNutt and Dr. Chu.  You recall that long litany

05:08  11   of questions?

05:08  12   **A.**   I do.

05:08  13   **Q.**   Let's go back.  We know that BP's presentation about why

05:08  14   the Top Kill failed was May 29, correct?

05:08  15   **A.**   Correct.

05:08  16   **Q.**   That's the day where it told the government Top Kill

05:08  17   failed because the rupture disks had collapsed?

05:08  18   **A.**   Yes.

05:08  19           **MR. LUNDY:**  Will you pull up TREX-4478, Carl.

05:08  20   BY MR. LUNDY:

05:08  21   **Q.**   This is the McNutt e-mail.  Do you recall the questions

05:09  22   about that and you were shown the McNutt e-mail where she said,

05:09  23   "Strong -- there's strong evidence of failed rupture disks"?

05:09  24   **A.**   Yes.  I recall that.

05:09  25   **Q.**   She -- that e-mail, if you recall, was dated May 29,

300

**GREGG PERKIN - REDIRECT**

05:09  1    correct?

05:09  2    **A.**   Correct.

05:09  3    **Q.**   We also know that the BOP-on-BOP option was pulled off the

05:09  4    table on May 29 after the presentation, correct?

05:09  5    **A.**   That's my understanding, yes.

05:09  6            **MR. LUNDY:**  Could we pull up what BP showed earlier,

05:09  7    which was TREX-11477.  Can you pull it up for us, please?

05:10  8    **BY MR. LUNDY:**

05:10  9    **Q.**   This is the e-mail that you were shown where Secretary Chu

05:10  10   was requesting an independent analysis, correct?

05:10  11   **A.**   Correct.

05:10  12   **Q.**   And it's dated what?

05:10  13   **A.**   May 30.

05:10  14   **Q.**   So given the fact that Secretary Chu didn't even request

05:10  15   an independent analysis until May 30, what was Dr. McNutt

05:10  16   relying upon when she said "There's strong evidence of

05:10  17   collapsed rupture disks"?

05:10  18   **A.**   BP.

05:10  19   **Q.**   And all the other documents that you were shown about

05:10  20   communications between scientists before May 30 and before the

05:10  21   analysis was done had to be relying upon what?

05:10  22   **A.**   BP.

05:10  23           **MR. LUNDY:**  No further questions.  Thank you.

05:11  24           **MR. MILLER:**  At the pretrial, you mentioned possibly

05:11  25   shutting down a little early because of the Saints game.  Is

1  that still the Court's intention?  We are trying to figure out

2  the best use of our time left.  Do we have 20 minutes left or

3  45 minutes left?  That's the question.

4       THE COURT:  Who's the next witness?

5       MR. MILLER:  The issues are these, Your Honor.  We

6  definitely would want to do the video of Secretary Chu next.

7  It's actually Chu, Mr. Patteson, and Admiral Cook.  That's

8  about 11 minutes.  It would make most sense to follow them up

9  with the videos of Vargo and McWhorter.  BP has pending

10  objections on those.  I don't know if you looked at those at

11  the break too.  That's another 10 or 11 minutes.

12       THE COURT:  Why don't you just play the Chu ones now

13  and then recess for the evening?

14       MR. MILLER:  That's fine by me.  I didn't know if the

15  Court wanted to go to 6:00 or break at 5:30.  It matters not to

16  us, but we definitely want to play Chu, Patteson, and Cook

17  next --

18       THE COURT:  Since I have already ruled on the Chu

19  objections, why don't we play that.  It's about 10 minutes, 11

20  minutes?

21       MR. MILLER:  Chu, Patteson, and Cook are 11 minutes

22  altogether.

23       THE COURT:  Let's play those and then we'll recess

24  for the day.

25       MR. MILLER:  Are you going to look at Vargo and

05:12  1   McWhorter before tomorrow morning?

05:12  2          **THE COURT:**  I'll look at those this evening in

05:12  3   between watching --

05:12  4          **MR. MILLER:**  Halftime.

05:12  5          **MR. BRIAN:**  Your Honor, Brad Brian for Transocean and

05:12  6   the aligned parties.

05:12  7          I also have a small binder of the transcripts

05:12  8   and the exhibits.  They include the two McWhorter and Vargo in

05:12  9   the binder as well.

05:12  10         Your Honor, I think I already introduced

05:13  11  Secretary Chu.  Mr. Patteson is a former BP employee who served

05:13  12  as a BP lead in the Top Kill effort.  And Admiral Kevin Cook

05:13  13  was a rear admiral in the U.S. Coast Guard who served as a

05:13  14  National Incident Commander's representative to the Houston

05:13  15  Incident Command post and attended BP's May 29 Top Kill

05:13  16  analysis presentation.

05:13  17         **THE COURT:**  Okay.

05:13  18         (Video deposition clips of Steven Chu and Mark

05:21  19  Patteson played.)

05:25  20         **MR. BRIAN:**  That concludes the videotapes,

05:25  21  Your Honor.

05:25  22         **THE COURT:**  What's going to be the lineup of the

05:25  23  witnesses tomorrow for the aligned parties?

05:25  24         **MR. BARR:**  Your Honor, Mr. Turlak will be the first

05:25  25  witness.

05:25  1       THE COURT:  He is a fact witness, correct?

05:25  2       MR. BARR:  He's the first fact witness.  Next live

05:25  3  witness is Bea, followed by the next live witness, Ziegler.

05:25  4  And I think there might be some video clips in between.

05:26  5       THE COURT:  Okay.  Anything else before we recess for

05:26  6  the evening?

05:26  7       MR. O'ROURKE:  Your Honor, Steve O'Rourke for the

05:26  8  United States.

05:26  9            During the examination by BP of Mr. Perkin, the

05:26 10  personal home e-mail of Secretary Dr. Chu was read into the

05:26 11  record, which may be a violation of the Privacy Act.  So I want

05:26 12  to make a motion --

05:26 13       THE COURT:  Let's just strike that.

05:26 14       MR. O'ROURKE:  Thank you.

05:26 15       THE COURT:  You had something, Mr. Irpino?

05:26 16       MR. IRPINO:  We had our depo bundles.  The PSC just

05:26 17  needs to move those into evidence for the record, and inData

05:26 18  has the list and the thumb drive.

05:26 19       THE COURT:  Why don't you just have the list ready

05:26 20  and we can introduce that in the morning.  We will introduce

05:27 21  them like we did last time.  The depositions will go in subject

05:27 22  to any objections that have been made.

05:27 23       MR. IRPINO:  BP has objections.  I know at least some

05:27 24  of their objections are stated in the bundle, but I invite them

05:27 25  tomorrow morning, when we put them in, to state precisely what

1    they want.

2            **MR. LANGAN:**  Andy Langan for BP.  Mr. Irpino is

3    correct:  Tomorrow would be great.

4            **MR. BROCK:**  I have one issue, Judge Barbier, and that

5    was just, maybe, if we could get some guidance at some point

6    this week on what Your Honor is thinking about in terms of

7    post-trial briefing or argument or whatever you think the right

8    approach would be for the quantification case.  Obviously, we

9    have a Quantification Team that's here that's a little

10   different -- we have a Source Control Team here that's a little

11   different than our Quantification Team.  I would just like to

12   let them know, sort of, what the schedule would be by the end

13   of the week, if that's possible.

14           **THE COURT:**  Well, I haven't really given any thought

15   to that.  So if you all have some suggestions, I'll consider

16   it.

17           **MR. BROCK:**  Sure, sure.  Okay.  Thank you.

18           **THE COURT:**  Anything else?  Everyone have a good

19   evening and we'll be back at 8:00 in the morning.

20           **THE DEPUTY CLERK:**  All rise.

21           (Proceedings adjourned.)

22                            * * *

23

24

25

OFFICIAL TRANSCRIPT

1                          **<u>CERTIFICATE</u>**

2           I, Toni Doyle Tusa, CCR, FCRR, Official Court

3    Reporter for the United States District Court, Eastern District

4    of Louisiana, do hereby certify that the foregoing is a true

5    and correct transcript, to the best of my ability and

6    understanding, from the record of the proceedings in the

7    above-entitled matter.

8

9

10                                  *s/ Toni Doyle Tusa*
                                   Toni Doyle Tusa, CCR, FCRR
11                                 Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

'
'95 [1] 228/12
'96 [1] 228/12
'Evidence [1] 266/16
'had [1] 202/23
'skin,' [1] 161/3

## 0

022.184.1 [1] 230/14
022.234.1 [1] 174/14
02771 [1] 133/7
0491.208.1 [1] 171/24

## 1

1,000 [1] 188/2
10 [2] 301/11 301/19
10,000-barrel [3] 280/8 280/14 280/18
10-CV-02771 [1] 133/7
10-CV-4536 [1] 133/9
10-MD-2179 [1] 133/4
100,000 [1] 167/1
100,000 barrels [4] 166/4 167/7 167/17 184/12
10003 [1] 134/8
1001 [1] 136/16
10358 [1] 184/25
104 [1] 237/24
10522.1.1 [1] 276/8
10522.1.4 [1] 276/24
10522.39.2 [1] 283/14
10522.40.1 [1] 284/25
10522.50.1 [1] 278/3
10622 [1] 207/15
10647 [1] 279/24
10647.2.1 [1] 280/15
10:30 a.m [1] 241/19
11 [6] 183/23 266/12 301/8 301/11 301/19 301/21
1100 [1] 136/13
11269.4 [1] 199/18
11296 [1] 260/8
11296.1.1 [1] 259/22
11296.2.1 [1] 261/4
11305 [1] 245/23
11305.1.1 [1] 178/7
11305.2.1 [1] 178/13
11305.2.2 [1] 246/15
11305.2.3 [1] 246/24
11464R [2] 194/23 195/11
11464R.22.1 [1] 243/25
11464R.24.1 [1] 254/18
11464R.30.4 [1] 247/22
11465 [2] 195/5 195/11
11477 [3] 258/4 297/7 300/7
11477.1.3 [1] 259/8
11478 [1] 264/24
11480.1.1 [1] 241/5
11480.22.1 [1] 242/10
11677 [1] 291/15
11677.129.2 [1] 292/12
11677.145.5 [1] 293/14
11677.146.3 [1] 293/17
11677.3.5 [1] 291/25
11900 [1] 140/7
11900.8.2 [1] 146/24
12 [5] 190/14 253/9 253/14 253/23 271/11
1201 [2] 136/10 137/5
12308 [1] 134/4
13 [5] 262/11 275/14 284/24 286/2 286/10
13-14 [1] 283/13

1300 [1] 137/12
133 [1] 277/9
14 [8] 201/16 230/15 275/15 283/13 284/24 285/16 286/3 286/10
14,000 [3] 256/14 256/20 257/6
14271 [1] 135/6
144757.1.1 [1] 256/1
144811.2.1 [1] 188/14
144847 [1] 297/18
144847.1.2 [1] 298/13
144989.1.3 [1] 281/18
144989.1.9 [1] 282/17
145079.1.3 [1] 287/9
145079.1.4 [1] 288/11
15 [9] 151/11 155/1 184/9 237/24 267/15 276/13 277/3 277/7 277/15
15,000 [9] 166/17 175/10 175/13 175/17 177/22 183/1 236/7 236/11 238/2
15,000 barrels [6] 172/7 176/19 177/7 182/8 183/7 183/8
15,000-barrel [2] 237/19 238/7
15-minute [1] 191/23
16 [8] 181/16 240/13 241/6 241/9 293/13 293/14 293/20 293/22
16 1/2 [1] 212/15
16-inch [8] 194/5 212/7 248/3 261/22 265/12 266/3 266/18 267/3
1615 [1] 137/12
1665 [1] 137/9
16th [4] 182/11 182/12 292/5 294/17
17 [2] 156/19 159/9
1700 [1] 137/5
173 [1] 145/3
17th [1] 182/10
18 [5] 145/3 194/9 233/1 233/18 234/21
18 and 3/4 [1] 198/4
18-inch [2] 265/11 266/18
183 [1] 230/15
188 [1] 134/13
1885 [1] 134/20
19 [5] 185/19 189/8 190/6 194/9 209/22
1996 [2] 228/11 228/14
19th [1] 187/10

## 2

2 1/2 inch [1] 208/2
2,500 [1] 187/22
20 [3] 133/5 230/15 301/2
20,000 [1] 281/2
20,000 barrels [3] 256/14 256/20 257/6
20004 [1] 136/11
20005 [1] 136/8
20006 [2] 137/16 205/13
20019 [2] 202/14 202/18
20044 [2] 135/7 135/15
2010 [43] 133/5 143/4 143/25 144/17 144/22 153/21 153/23 153/24 154/17 156/19 156/21 158/25 160/17 165/1 184/25 190/6 199/19 207/16 207/25 219/25 233/1 234/21 241/6 249/24 254/21 255/7 256/10 260/17 265/5 276/13 277/3 277/7 281/23 282/8 287/15 288/5 289/19 292/14 293/14 295/9 297/24 298/6 298/24
2013 [2] 133/7 139/2
2020 [1] 137/16
21 [4] 160/17 162/19 162/23 209/22
2179 [1] 133/4
22 [1] 242/10
23 [2] 190/1 209/22
23274A [1] 267/23
24 [7] 143/20 184/25 185/3 281/15 281/23 282/8 282/12

24273.8 [1] 153/12
24711 [1] 153/14
25 [4] 145/8 174/19 265/8 266/10
256/18 257/2 262/11 266/13 287/15
288/5 289/6 289/19
2500 [1] 188/4
252 [2] 199/19 236/19
26 [2] 207/25 279/22
26th [2] 211/8 211/10
27 [1] 280/5
27th [2] 182/19 211/10
28 [4] 187/19 188/15 188/19 207/25
28th [4] 187/21 211/9 211/10 292/4
29 [20] 211/6 211/24 218/3 248/8 248/11 251/19 251/19 252/18 253/4 258/22 258/25 261/10 265/5 293/3 295/9 296/7 299/14 299/25 300/4
302/15
29th [3] 215/17 252/1 252/17

## 3

3-inch [3] 197/23 198/6 201/24
3-ram [1] 224/3
30 [13] 133/7 139/2 178/10 224/3 246/5 258/9 258/10 258/21 259/21 297/4 300/13 300/15 300/20
30 percent [1] 203/24
300 [1] 135/22
31 [8] 174/11 207/16 249/24 254/21 255/1 297/24 298/6 298/24
316 [1] 134/4
32591 [1] 134/5
333 [1] 136/3
340 [1] 240/13
349 [1] 266/12
355 [1] 136/21
35th [1] 136/21
36130 [1] 134/17
3668 [1] 133/23
369 [1] 201/16
3700 [2] 136/13 136/16
39201 [1] 134/14

## 4

406 [1] 137/18
4478 [1] 299/19
45 [1] 301/3
4536 [1] 133/9
48 [2] 176/7 186/13
49 [1] 143/20
4K [1] 294/17

## 5

5,000 [3] 165/5 166/17 188/6
5,000 barrels [6] 182/4 182/21 185/5 185/9 187/3 256/23
5,000-barrel [4] 187/17 187/18 188/7 189/1
50 [1] 143/21
50,000 barrels [1] 172/8
500 [3] 133/23 134/17 137/18
5000 [1] 135/17
501 [1] 134/10
504 [1] 137/19
510 [1] 135/3
55,000 barrels [1] 184/13
556 [1] 133/23
589-7778 [1] 137/19
5:30 [1] 301/15
5K [1] 294/17

## 6

60 [4] 204/4 204/6 207/2 207/7
600 [1] 134/4

**6**

60654 [1] 135/23
61 [1] 262/11
6300 psi [1] 259/13
64,000 barrels [1] 188/9
64,426 barrels [1] 188/24
655 [1] 136/7
6:00 [1] 301/15

**7**

70 [1] 259/13
70 percent [4] 204/4 204/6 207/2 207/7
70,000 barrels [1] 256/25
70,000-barrel [1] 281/2
700 [1] 134/7
701 [2] 134/24 135/17
70112 [1] 137/13
70113 [1] 133/20
70130 [2] 134/24 137/19
70139 [1] 135/18
70163 [1] 136/14
70433 [1] 135/3
70502 [1] 133/24
70601 [1] 134/11
70804 [1] 134/21
75270 [1] 137/6
7611 [1] 135/14
77002 [1] 136/17
77010 [1] 137/9
777 [1] 134/13
7778 [1] 137/19
78 bpm [1] 217/6

**8**

8.341.1 [1] 240/12
8.376.1 [1] 264/1
8.62.2 [1] 262/9
8000 psi [1] 236/21
820 [1] 133/19
88 feet [1] 148/3
8:00 in [1] 304/19

**9**

9 7/8 [3] 212/7 217/21 217/22
9 7/8-inch [1] 218/18
90071 [2] 136/4 136/22
9131.1.1 [1] 181/14
9131.3.1 [1] 180/14
9146 [1] 295/3
9156.2.2 [1] 184/6
9156.6.1 [1] 183/22
9160 [1] 207/14
9245.1.2 [1] 232/21
925.2.3 [1] 236/15
925.2.8 [1] 234/18
94005 [1] 134/20
9696.1.1 [1] 250/14
9696.1.3 [1] 249/18
9709.1.2 [1] 156/15
9710.1.2 [1] 160/14
9710.1.3 [1] 161/23

**A**

a.m [1] 241/19
abandonment [1] 147/9
ability [2] 229/5 305/5
able [1] 151/16
about [146] 139/5 140/17 141/25 146/19
147/12 148/10 148/10 149/2 149/15
149/23 150/9 151/12 151/18 152/6
152/9 152/18 153/14 153/15 154/4
156/4 158/3 158/17 159/5 159/13 160/8

161/20 162/4 162/14 163/13 163/19
164/20 164/25 165/2 165/11 166/20
169/23 170/3 170/5 170/10 170/19
171/14 175/5 175/13 176/19 176/24
177/6 177/7 178/24 182/25 183/5 183/8
183/14 183/15 187/16 187/17 188/3
191/14 194/2 194/3 194/10 196/2 196/7
197/15 199/2 200/21 202/21 203/9
203/9 203/11 203/17 204/15 206/2
206/15 207/10 207/14 208/18 209/10
209/11 209/16 209/21 210/3 210/4
211/12 212/13 212/15 213/13 214/6
214/17 215/24 218/11 220/18 221/10
221/13 221/15 221/15 222/9 223/8
223/10 223/17 223/19 224/16 224/20
224/24 225/24 226/23 228/22 229/4
229/16 232/10 232/11 233/20 237/12
238/24 239/24 240/17 243/16 243/19
248/15 252/13 255/19 255/23 269/12
270/4 270/18 270/19 272/9 273/14
274/23 275/19 280/7 280/7 281/14
284/17 285/25 286/9 294/10 294/10
294/25 297/17 299/9 299/13 299/22
300/19 301/8 301/19 304/6
above [13] 180/19 185/8 212/4 266/20
268/24 271/2 271/11 271/18 272/8
272/12 272/25 294/16 305/7
above-entitled [1] 305/7
absolutely [1] 176/14
academia [2] 168/25 169/14
academic [2] 168/17 189/11
accepted [1] 194/13
access [1] 158/8
accident [4] 147/6 147/10 147/12 148/17
accommodated [1] 274/11
according [5] 157/22 166/15 182/22
182/23 225/21
account [2] 150/19 189/6
accuracy [2] 155/8 155/9
accurate [9] 154/21 154/21 154/23
154/24 159/11 159/23 167/25 177/20
177/23
accustomed [2] 141/14 144/10
acknowledge [1] 146/16
acknowledged [1] 185/3
acronym [2] 145/22 197/24
across [1] 180/9
Act [1] 303/11
action [2] 278/16
activated [2] 149/5 149/5
active [1] 227/20
activities [2] 167/24 288/18
activity [1] 153/2
actual [10] 145/10 145/13 145/15 146/7
146/10 146/13 154/5 165/14 171/3
217/11
actually [18] 141/15 156/13 163/24
179/1 181/12 188/19 189/12 193/14
197/12 203/18 210/25 212/6 212/8
214/7 244/14 253/18 277/23 301/7
adapter [4] 268/22 268/25 269/14
270/11
add [6] 164/16 169/20 216/21 218/15
218/21 237/25
ADD Energy [5] 169/20 216/21 218/15
218/21 237/25
added [2] 162/11 162/14
addendums [1] 195/21
addition [1] 295/23
additional [9] 150/6 151/12 151/17
151/19 192/12 253/13 277/9 280/19
281/5
additions [1] 246/8

address [2] 193/23 241/16
addresses [1] 237/21
adjourned [1] 304/21
admiral [38] 155/20 168/2 184/17
185/18 185/21 186/10 186/17 187/4
187/19 187/21 188/7 188/25 189/3
189/9 189/24 189/24 215/5 215/8 215/9
215/16 225/8 225/21 239/24
240/5 240/13 262/1 262/4 262/11 263/2
263/7 263/16 263/21 264/3 264/19
301/7 302/12 302/13
Admiral Allen [14] 155/20 168/2 215/9
239/24 240/5 240/13 262/1 262/4 263/2
263/7 263/16 263/21 264/3 264/19
Admiral Allen's [1] 262/11
Admiral Cook [5] 215/8 215/16 225/8
225/21 301/7
Admiral Landry [2] 186/10 188/25
admission [1] 185/14
admissions [1] 184/21
admitted [5] 140/8 185/21 195/13
195/16 209/24
admittedly [1] 177/23
adviser [1] 190/3
advising [1] 215/9
affect [1] 139/9
affirmatively [1] 262/23
after [41] 151/11 151/15 153/7 153/21
174/9 176/4 178/12 191/5 192/24 199/4
207/11 211/2 211/7 213/23 216/22
224/20 227/20 235/13 243/19 243/23
248/12 249/11 250/1 253/4 258/22
259/19 260/19 263/22 264/17 265/8
267/11 273/6 273/21 274/6 275/9 277/4
285/18 285/21 297/4 298/8 300/4
afternoon [10] 133/14 139/1 161/2 193/9
193/10 196/3 203/8 227/6 227/7 298/14
again [27] 141/21 142/6 143/5 143/11
145/2 153/14 154/4 155/6 159/22
160/20 161/25 164/4 169/17 174/25
176/5 177/21 194/6 194/10 202/19
220/12 227/7 237/15 239/15 247/24
249/10 262/22 298/8
against [1] 189/15
agencies [1] 165/1
aghast [1] 176/25
ago [2] 182/9 187/23
agree [60] 144/22 146/6 146/13 150/10
166/3 169/14 169/24 170/20 174/23
176/1 178/2 204/6 223/15 231/12 234/4
234/8 234/11 234/13 236/1 237/3 237/7
243/10 247/16 249/16 251/3 252/11
254/10 255/13 256/13 257/2 257/19
261/6 264/23 268/14 269/17 270/14
271/1 272/2 272/24 274/12 276/1 276/4
276/5 277/14 278/20 279/13 279/17
283/17 285/4 286/8 286/17 288/24
289/19 289/22 289/23 293/9 294/20
296/12 296/20 296/25
agreement [4] 142/1 186/3 195/23 209/7
ahead [6] 139/14 154/10 160/13 164/17
185/16 194/11
aided [1] 137/24
aimed [3] 155/6 157/16 168/6
al [2] 133/8 133/11
Alabama [1] 134/17
ALAN [1] 137/8
alarmist [1] 256/24
aligned [6] 139/16 189/22 191/20
195/10 302/6 302/23
all [51] 139/11 139/14 148/25 149/6
150/20 152/20 157/24 159/8 160/2
161/20 165/5 166/9 169/15 174/13

all... [37] 175/17 176/15 176/21 179/3
180/2 181/2 181/7 187/11 189/7 189/9
195/14 195/21 197/1 208/23 209/21
209/25 210/3 218/17 220/17 220/17
220/18 220/23 226/25 227/2 228/18
243/21 244/8 245/15 248/18 248/19
260/14 272/4 272/6 288/18 300/19
304/15 304/20
ALLAN [1] 134/23
allege [2] 243/22 252/18
alleged [3] 165/7 186/25 213/14
ALLEN [15] 136/21 155/20 168/2 215/9
239/24 240/5 240/13 262/1 262/4 263/2
263/7 263/16 263/21 264/3 264/19
Allen's [1] 262/11
Allocution [1] 185/2
allow [2] 239/20 269/15
allowed [1] 173/4
almost [3] 266/1 285/19 290/6
Along [1] 244/17
already [8] 164/23 170/4 182/25 186/3
194/16 207/18 301/18 302/10
also [28] 148/25 168/3 171/18 182/23
184/24 198/12 222/15 223/21 226/18
235/10 235/23 236/18 250/8 254/2
258/18 263/21 264/16 264/19 274/20
281/1 286/6 287/21 287/23 289/15
294/16 295/17 300/3 302/7
alternate [1] 249/13
alternative [3] 249/7 251/24 252/13
alternatives [1] 270/25
although [3] 147/22 162/21 164/8
altogether [2] 191/13 301/22
always [3] 203/24 214/16 283/12
am [2] 142/11 263/19
AMERICA [8] 133/10 135/5 135/9
135/17 135/20 136/3 136/6 136/10
American [1] 298/19
among [2] 187/10 269/24
amount [7] 140/20 140/23 141/3 141/6
188/3 270/15 271/14
amounts [1] 202/11
Anadarko [4] 137/11 137/11 137/14
137/15
analogy [1] 198/8
analyses [6] 199/11 253/10 253/13
253/16 253/17 253/23
analysis [49] 150/18 178/20 189/10
189/10 200/23 206/16 206/19 206/24
209/24 210/1 210/13 210/15 210/19
220/14 238/12 238/22 239/1 239/8
243/13 244/5 244/18 245/6 245/13
245/18 247/4 247/9 252/3 253/20 254/2
254/10 257/15 257/17 258/2 259/10
259/25 260/2 260/4 261/1 261/17
264/20 264/21 280/18 295/1 297/14
298/15 300/10 300/15 300/21 302/16
analyze [2] 259/11 297/15
ANDREW [1] 135/20
Andy [4] 250/22 250/25 252/11 304/2
Angeles [2] 136/4 136/22
ANNA [1] 135/12
announced [5] 163/16 187/19 188/2
188/7 188/25
announcement [2] 188/5 188/19
annular [1] 267/22
annulus [4] 165/15 184/13 212/5 254/23
another [17] 139/12 143/8 149/22
160/16 168/22 191/23 202/12 205/12
216/21 218/15 227/24 228/3 252/16
254/5 255/24 277/20 301/11

answer [14] 144/1 144/6 144/7 154/10
158/6 171/13 221/16 221/17 229/23
230/11 230/23 263/6 263/15 296/24
answered [2] 166/22 241/4
answers [2] 157/16 225/13
Anthony [1] 192/22
any [70] 139/10 140/7 141/5 142/8
143/2 143/3 143/24 143/24 144/10
144/11 144/14 149/4 149/6 149/20
150/13 150/13 152/3 152/12 158/6 161/17
162/16 164/24 165/4 168/23 169/21
169/24 170/11 170/24 178/6 179/18
179/21 185/17 189/18 203/2 204/9
205/8 206/5 207/5 207/9 209/24 210/12
210/14 214/6 216/18 217/7 218/5
218/13 220/25 228/3 230/19 230/19
232/15 238/16 239/11 239/16 239/20
240/10 244/17 244/21 245/16 245/21
257/23 258/2 259/24 265/24 269/1
273/4 286/1 290/13 303/22 304/14
anyone [2] 146/6 269/1
anything [13] 171/14 172/12 172/17
172/18 192/14 192/14 193/3 197/9
203/6 247/18 264/22 303/5 304/18
anywhere [1] 161/17
Aoki [5] 156/11 156/19 157/3 159/10
159/18
APLC [1] 135/16
apparent [1] 208/2
apparently [6] 155/22 160/5 161/12
162/15 258/20 261/19
Appearances [5] 133/17 134/1 135/1
136/1 137/1
appears [1] 184/24
application [1] 165/13
applications [1] 142/8
applied [1] 187/9
Applies [1] 133/6
approach [4] 150/19 155/12 225/11
304/8
approaches [2] 151/9 151/11
appropriate [1] 154/20
approval [1] 179/11
approved [5] 184/18 186/1 228/18
281/16 282/13
approximately [1] 184/12
APRIL [14] 133/5 143/4 143/25 144/17
144/22 159/8 165/1 187/19 188/15
188/19 188/20 190/1 292/4 293/3
April 23 [1] 190/1
April 25 [1] 188/20
April 28 [3] 187/19 188/15 188/19
April 29 [1] 293/3
architecture [1] 150/12
are [142] 139/12 139/20 139/23 139/25
141/14 142/1 142/6 142/22 142/25
143/12 143/18 143/18 144/9 145/21
150/9 150/17 151/25 153/14 155/14
155/19 157/4 157/6 157/8 157/22 159/5
161/14 163/21 165/7 165/19 166/13
166/15 166/16 169/23 169/24 171/2
171/2 171/4 171/20 173/6 173/11 174/3
175/12 175/15 180/10 180/16 180/18
180/19 181/19 183/19 183/20 184/5
184/14 184/16 188/11 189/24 191/1
193/9 193/16 193/20 195/12 195/16
196/3 196/5 196/11 196/14 196/23
198/3 198/11 198/12 198/12 199/24
200/15 201/3 202/7 212/3 212/8 212/13
212/14 212/17 213/3 213/20 214/21
217/2 217/10 217/12 220/16 220/21
227/23 230/4 231/19 233/4 233/6 233/7
233/7 233/10 237/18 238/25 241/18

242/14 243/9 245/19 245/19 250/11
249/3 249/23 245/19 245/19 250/11
257/11 260/4 266/9 267/6 270/17
270/18 270/25 271/9 273/9 276/2 279/2
280/19 281/1 287/6 288/18 289/15
290/13 294/23 295/16 295/17 295/22
296/6 296/9 296/14 296/16 296/16
296/17 296/22 298/16 301/1 301/5
301/21 301/25 303/24
Area [1] 190/1
aren't [1] 174/3
argue [1] 191/4
arguing [2] 189/14 205/22
argument [1] 304/7
around [8] 162/24 219/15 220/25 231/23
233/18 257/4 277/3 279/10
arrived [2] 182/22 190/14
arrow [1] 212/10
Art [1] 154/13
as [168] 139/9 139/9 140/11 141/8
143/11 145/8 148/7 148/7 148/16
148/21 148/25 149/12 150/1 151/17
151/18 151/20 152/17 156/12 158/5
158/9 159/9 162/3 163/2 163/19 166/4
166/4 166/25 166/25 167/7 167/7
167/17 167/17 168/8 168/12 169/18
172/8 173/9 173/22 174/9 175/20
177/13 178/3 178/19 179/13 179/13
179/20 182/4 183/23 184/12 184/12
186/17 187/15 188/9 188/9 188/24
188/24 188/24 189/5 189/15 189/25
190/1 190/3 190/15 192/3 194/4 194/13
197/8 197/15 199/2 200/7 205/18
206/12 206/18 207/1 207/1 207/7 207/7
208/2 208/2 209/17 210/25 211/3 211/5
211/12 211/23 212/16 212/16 212/18
213/5 214/24 215/9 220/14 220/22
220/22 221/3 221/25 222/14 223/2
223/3 223/4 223/17 223/21 224/19
228/10 232/20 234/20 235/16 235/23
238/20 242/25 242/25 244/8 245/11
245/16 247/3 248/24 251/24 252/13
253/19 253/23 254/5 254/5 256/24
256/24 257/23 259/1 259/12 259/18
260/12 261/1 264/6 267/16 267/21
270/8 270/21 271/1 271/1 272/7 272/21
272/21 273/3 273/11 274/8 274/18
275/3 279/14 280/24 280/24 281/12
282/5 286/9 286/12 287/17 289/25
290/2 291/3 291/14 291/17 294/13
297/16 302/9 302/12 302/13
Asbill [1] 136/15
Asbjorn [2] 282/5 287/12
ask [13] 139/21 145/7 156/10 173/2
173/4 193/18 196/7 200/15 209/13
216/6 225/24 272/18 298/13
asked [37] 140/23 143/21 144/6 153/19
154/19 156/25 172/5 174/16 175/5
205/17 206/15 206/19 206/22 208/17
218/11 223/1 223/8 225/8 228/15
228/24 229/1 229/4 230/8 238/14
238/15 239/10 244/22 245/22 258/1
258/2 261/9 262/4 262/6 267/8 270/24
291/7 299/9
asking [8] 145/8 154/5 220/13 220/21
227/11 259/17 259/19 261/13
asks [2] 181/21 181/24
aspect [2] 171/5 183/12
aspects [1] 227/13
assembly [1] 259/15
assess [7] 140/2 140/23 141/6 141/10
141/15 275/22 280/8

assessing [6]  169/13 179/11 230/5
237/8 239/13 280/20
assessment [6]  179/13 181/25 243/7
245/16 280/23 292/3
assessments [4]  159/15 175/19 177/9
279/20
ASSET [1]  133/8
assigned [1]  275/6
assist [42]  181/19 190/14 199/19 199/23
200/1 200/13 200/15 200/16 201/9
201/17 203/4 209/11 232/10 275/11
275/14 275/19 275/22 276/1 276/5
276/15 276/21 277/4 277/10 277/14
277/16 277/25 278/6 278/16 278/17
278/25 279/13 281/11 283/10 283/14
283/18 284/2 284/20 284/24 284/25
285/8 285/16 286/10
assistance [1]  181/22
assistants [1]  187/24
assisting [1]  208/14
associated [10]  149/10 186/14 198/19
198/20 229/11 232/5 240/7 269/6
275/23 284/4
assume [2]  232/14 233/9
assuming [3]  172/6 251/16 283/22
assumptions [2]  240/20 241/3
assurance [1]  190/9
at [204]
attach [5]  268/17 268/23 270/22 272/12
273/16
attached [15]  159/14 181/18 183/24
185/11 220/21 241/18 267/15 267/18
267/20 268/15 268/16 269/8 269/16
280/17 292/8
attaches [2]  185/4 273/19
attaching [6]  234/7 269/2 271/1 271/14
271/18 282/1
attachment [8]  233/14 234/14 246/11
246/14 246/17 276/18 276/18 277/23
attempt [12]  144/23 145/12 145/17
146/7 147/10 151/3 151/16 152/7 152/9
157/19 202/8 211/2
attempted [11]  144/14 144/25 146/13
160/11 166/18 196/25 197/2 203/10
203/12 207/8 207/11
attempting [4]  144/20 152/1 154/16
272/3 272/7 276/2
attempts [2]  151/6 151/7
attended [2]  232/8 302/15
attending [1]  236/2
attention [1]  288/10
Attorney [2]  134/15 134/19
attribute [1]  208/18
attributes [1]  150/17
audible [1]  237/11
audit [1]  287/7
August [1]  295/24
authority [1]  208/11
autoshear [2]  289/8 289/12
availability [1]  291/9
available [8]  144/16 151/18 160/4
162/10 179/3 179/4 180/1 216/22
Avenue [4]  133/19 134/17 136/10
136/21
avoid [1]  170/24
aware [24]  155/19 166/24 180/10 181/2
181/5 187/4 188/23 217/25 219/5
228/18 230/4 231/21 237/15 237/18
237/18 237/21 237/25 238/7 238/25
239/7 253/4 260/4 287/6 290/13
away [4]  223/12 269/18 269/20 277/21

back [19]  151/20 151/20 156/18 166/6
193/25 212/10 212/18 212/18 214/16
217/20 217/21 243/2 250/17 259/6
265/7 274/2 294/24 299/13 304/19
Baker [3]  232/23 234/2 234/10
balls [1]  197/8
BARBIER [2]  133/15 304/4
Barker [1]  188/24
Barnett [11]  209/4 209/6 229/16 230/4
230/8 230/15 231/6 231/12 237/12
237/15 237/18
Barnett's [3]  173/22 174/13 230/23
BARR [2]  134/3 223/1
barrel [11]  187/17 187/18 188/7 189/1
236/11 237/19 238/7 280/8 280/14
280/18 281/2
barrels [29]  145/22 145/24 166/4 167/1
167/7 167/17 172/7 172/8 176/19 177/7
182/4 182/8 182/21 183/7 183/8 184/12
184/13 185/5 185/9 187/3 188/9 188/24
236/7 238/2 256/14 256/20 256/23
256/25 257/6
barrier [1]  198/23
BARRY [1]  135/22
base [2]  242/15 279/10
based [23]  144/16 147/16 150/23 152/2
153/20 157/1 162/23 165/5 172/19
177/17 188/6 189/5 195/23 207/2 220/8
220/17 225/9 240/24 249/3 255/15
264/15 264/18 280/14
basically [3]  217/8 226/6 226/7
basing [1]  210/19
basis [5]  184/21 185/1 185/12 254/5
273/4
Baton [1]  134/21
Baylen [1]  134/4
be [140]  139/3 141/21 142/3 146/3
154/22 155/10 156/14 157/16 158/18
163/7 163/11 164/23 165/7 166/4
166/25 167/7 167/17 172/8 173/4
173/11 174/18 174/19 176/13 176/14
180/13 182/7 182/16 183/7 183/18
184/11 186/15 186/25 187/13 188/9
191/4 191/5 192/1 192/23 194/9 195/23
196/10 196/11 196/18 196/25 197/1
197/2 198/1 198/14 198/20 199/5 199/8
200/24 206/6 206/19 208/18 213/1
223/14 224/18 224/25 227/11 227/16
227/18 227/21 230/18 230/19 231/10
232/14 233/17 233/23 236/6 236/9
236/18 241/14 243/2 243/6 246/3 249/7
249/12 250/6 252/3 256/17 256/19
256/22 257/14 266/2 267/1 267/14
267/25 268/15 269/16 269/25 270/12
270/19 270/22 270/25 271/2 271/6
272/2 277/8 277/8 277/16 277/20 279/9
280/1 280/19 282/1 282/8 282/12
283/5 283/24 285/6 285/13 286/25
287/4 288/15 288/19 288/20 289/20
289/23 291/22 293/4 293/19 293/19
293/23 294/1 294/1 294/9 294/21
294/21 294/22 295/24 300/21 302/22
302/24 303/4 303/11 304/3 304/8
304/12 304/19
Bea [1]  303/3
became [8]  149/12 149/15 151/12
151/17 190/5 225/15 273/3 273/5
because [45]  139/5 146/17 151/2
152/10 152/14 153/18 158/18 161/9
163/21 171/19 175/2 175/8 177/19
181/10 183/3 183/11 185/25 187/6

before [46]  133/14 139/4 147/10 151/23
153/9 156/23 172/15 184/9 184/17
188/19 188/25 192/7 199/21 201/20
203/10 203/12 203/20 205/15 207/8
209/4 228/19 233/20 237/12 238/10
238/19 238/24 239/18 239/22 243/16
255/23 257/2 259/24 261/25 272/2
272/7 273/22 277/6 279/21 283/22
288/7 288/9 294/21 300/20 300/20
302/1 303/5
began [1]  211/8
begin [2]  147/4 192/7
begins [4]  157/3 259/4 259/8 298/11
behalf [5]  139/16 140/16 191/4 227/11
250/22
being [47]  139/18 144/4 157/5 159/10
167/5 175/5 178/3 179/5 182/4 182/15
182/18 189/5 189/15 209/17 211/6
220/5 223/11 234/11 235/16 235/23
245/9 248/24 257/19 260/12 261/9
261/9 262/4 262/6 263/17 267/6 273/22
274/3 277/11 281/9 282/5 285/18 286/5
286/18 287/17 288/7 288/14 288/25
290/2 290/8 291/4 293/9 294/14
belief [1]  264/13
believe [22]  140/7 156/20 165/3 166/5
170/22 171/16 174/8 176/13 185/17
193/21 205/23 209/14 209/16 223/14
230/7 230/25 239/24 254/9 256/22
262/21 263/13 265/23
believed [6]  155/3 182/16 211/4 218/17
218/23 231/12
bell [3]  238/3 238/5 282/7
below [5]  162/3 183/1 268/5 268/10
268/12
beneath [2]  242/17 242/23
benefits [2]  200/18 200/22
BENSON [1]  135/10
besides [3]  216/18 249/8 249/13
best [14]  165/7 165/19 165/20 168/15
182/12 187/2 188/4 196/15 196/16
200/20 265/15 295/24 301/2 305/5
BETHANY [1]  135/12
better [3]  154/7 187/14 253/20
between [16]  142/18 143/5 143/8
143/12 146/21 147/24 148/2 165/12
166/16 256/20 268/20 268/22 270/11
300/20 302/3 303/4
big [5]  161/10 161/18 166/15 186/20
208/20

Case 2:10-md-02179-CJB-DPC Document 12773 Filed 04/29/14 Page 278 of 290

**B**

binder [3]  190/25 302/7 302/9
Bingham [1]  137/14
bit [3]  141/25 196/5 211/11
blast [2]  265/11 266/18
bleed [1]  285/9
blind [1]  149/5
blown [4]  262/6 262/15 263/12 263/17
blowout [17]  142/9 147/20 148/21 148/22 159/14 197/19 198/22 199/17 227/14 227/20 228/4 228/18 228/16 235/8 248/4 251/15 285/19
blowouts [3]  174/7 227/20 230/1
Bob [3]  235/2 235/4 235/5
body [2]  246/7 295/20
BOLES [1]  136/3
bonnet [7]  292/18 292/24 293/2 293/6 294/4 294/6 294/11
Boots [1]  200/6
BOP [211]
BOP-on-BOP [64]  213/17 213/23 214/1 214/5 214/8 214/12 222/14 222/21 223/3 223/8 223/13 223/16 224/13 224/18 224/21 255/20 263/24 264/6 264/17 265/21 267/11 268/14 268/19 268/24 269/12 270/11 273/20 273/25 274/3 274/18 274/21 274/24 275/11 277/8 277/17 279/2 279/15 280/24 281/8 281/13 283/7 283/10 283/19 284/18 284/21 285/4 285/6 285/17 286/5 286/9 286/14 286/19 286/22 286/25 287/4 288/15 289/1 289/21 291/1 291/4 291/10 291/22 294/22 300/3
BOPD [3]  145/20 145/21 145/24
BOPs [2]  288/2 296/17
bore [1]  149/4
borehole [1]  165/14
both [10]  139/25 154/20 168/2 168/25 184/24 210/8 226/8 227/20 230/3 250/11
bottom [10]  150/6 161/4 165/10 166/14 202/18 208/17 225/13 265/16 270/12 283/15
BOWMAN [1]  137/4
box [7]  133/23 134/4 134/20 135/6 135/14 198/9 224/11
BP [208]
BP's [31]  142/14 143/3 143/24 159/23 168/9 168/9 177/21 180/7 182/13 185/1 188/3 190/7 192/9 205/9 206/10 206/13 207/5 212/20 213/5 214/24 216/13 216/19 218/2 240/20 240/20 241/2 241/3 255/19 264/18 299/13 302/15
bpm [2]  217/6 259/13
BRAD [4]  136/19 189/22 221/10 302/5
branch [2]  135/5 167/9
break [2]  301/11 301/15
Brennan [1]  136/15
BRIAN [6]  134/3 136/19 189/22 192/17 221/15 302/5
Brian's [1]  221/10
BRIDGET [1]  136/7
bridging [1]  208/1
briefing [1]  304/7
Briefly [1]  299/4
bring [20]  230/13 232/21 237/22 242/10 243/25 245/23 249/18 250/14 254/18 255/24 256/1 262/9 264/1 266/12 267/23 278/24 279/24 295/3 297/7 297/18
broach [4]  213/3 214/11 214/15 225/10

broaching [1]  213/17
Broadway [1]  134/2
Broadway [1]  134/7
BROCK [2]  136/10 185/22
brought [2]  168/8 168/23
Browner [4]  295/6 295/13 296/4 296/20
Browner's [1]  296/12
BRUCE [1]  137/4
build [1]  268/20
buildup [4]  193/23 229/11 230/9 285/9
built [1]  272/11
bullet [7]  213/9 213/16 213/19 236/4 279/5 279/8 283/15
Bullman [1]  235/10
bunch [1]  165/21
bundle [1]  303/24
bundles [2]  192/23 303/16
buried [1]  184/16
Burling [1]  136/9
burst [5]  223/11 248/3 248/25 249/8 249/14
bursting [1]  194/4 261/22
business [1]  234/2
but [115]  139/12 142/8 145/15 145/17 145/20 146/3 146/12 146/20 147/25 148/4 149/9 149/15 151/7 151/14 152/13 153/6 153/10 155/10 155/18 156/13 156/19 156/23 157/11 157/22 159/22 160/11 161/8 161/14 161/20 162/22 163/20 164/23 165/17 166/5 166/18 167/21 167/23 168/3 168/5 169/10 169/18 169/23 171/2 171/4 172/23 173/9 173/14 175/8 175/13 176/13 177/6 177/12 177/23 178/24 179/17 180/15 180/20 180/22 181/2 182/25 183/8 184/5 186/12 189/3 189/14 196/4 199/10 210/10 211/17 212/3 216/22 217/23 220/4 228/5 230/11 230/25 231/4 234/16 237/5 238/24 241/16 254/12 257/11 260/3 260/6 261/25 262/22 263/13 264/16 264/21 267/5 267/7 269/11 270/10 270/17 270/24 271/4 271/25 273/2 274/8 274/21 275/8 279/23 282/15 286/17 286/20 290/4 294/15 294/23 296/12 296/18 297/1 298/16 301/16 303/24

**C**

calculate [1]  153/22 242/17
calculation [3]  159/12 159/23 159/24
calculations [7]  150/1 159/8 162/10 165/25 166/2 166/11 236/20
calculations/models [1]  162/10
CALDWELL [1]  134/19
California [2]  136/4 136/22
call [10]  145/5 150/16 187/25 189/21 197/7 197/8 212/6 212/18 224/19 292/20
called [5]  139/25 155/6 172/2 184/2 229/9
came [6]  153/21 170/7 205/21 206/23 278/16 286/8
Cameron [4]  278/9 278/14 285/22 286/2
Camp [1]  134/24
Campbell [5]  201/4 201/6 201/15 202/5 202/18
Campbell's [2]  192/12 202/16
can [85]  139/9 141/15 143/20 145/3 145/5 145/20 146/6 146/13 146/24 153/12 153/15 156/15 158/16 161/23 164/16 167/22 169/14 171/24 176/1 176/7 178/2 178/7 178/13 178/21

180/14 181/12 181/20 183/22 186/7 188/4 191/5 192/10 195/23 196/21 196/21 196/22 197/9 198/13 198/14 198/23 213/4 232/21 237/22 243/25 245/23 246/14 247/4 247/22 250/14 250/17 256/1 258/4 258/5 259/3 259/6 259/22 261/4 264/1 266/12 267/23 268/22 270/19 272/5 276/8 276/23 277/22 277/23 277/24 280/15 283/14 287/9 291/15 292/16 293/13 293/16 296/10 296/10 296/18 296/18 297/19 298/2 300/7 303/20
can't [6]  160/20 163/11 169/3 172/6 177/18 184/4
cannot [1]  152/23 152/10 236/6
cap [1]  295/25
capability [2]  204/22
capable [1]  199/6
Capital [1]  134/13
capitals [1]  162/4
capped [1]  225/1
capping [43]  151/11 151/23 154/24 222/15 223/19 223/20 224/3 224/7 224/14 224/17 224/23 224/24 224/25 226/25 255/21 255/23 267/14 269/2 269/8 269/10 270/7 271/1 271/2 271/10 271/15 271/18 272/8 272/12 272/16 272/24 272/25 273/5 273/12 273/16 274/12 274/13 274/16 274/17 274/18 274/20 276/6 277/4 285/20
capturing [1]  295/25
career [6]  141/2 141/4 143/2 143/23 227/24 228/3
CARL [21]  133/15 194/22 195/4 198/24 201/1 202/14 203/13 205/13 206/8 207/12 211/21 213/7 214/19 216/24 218/19 219/18 222/19 223/25 225/2 279/24 299/19
Carol [3]  295/6 295/13 296/4
CARRIE [1]  135/20
case [52]  140/18 146/1 153/4 153/8 155/18 156/18 158/1 158/22 160/2 160/19 165/8 165/9 165/16 165/17 165/19 165/20 165/21 165/24 166/2 164/4 166/11 166/14 166/20 166/24 167/3 167/6 167/17 171/23 184/14 186/23 186/25 194/14 194/20 195/2 195/8 197/18 198/2 198/4 198/16 199/10 199/15 200/2 200/3 203/2 204/9 205/8 207/19 223/20 231/22 251/16 280/18 304/8
cases [3]  165/16 187/1 281/2
casing [31]  165/15 184/13 194/5 194/8 218/18 218/24 218/25 220/2 220/3 248/3 251/20 252/8 254/7 254/23 261/22 262/6 262/15 263/12 263/17 265/12 266/3 266/19 267/3 268/12 292/18 292/24 293/2 294/3 294/6 294/10 294/18
casts [1]  216/20
catch [1]  173/19
cause [4]  199/14 199/15 199/15 217/19
caused [3]  223/12 252/9 261/21
causing [4]  149/1 149/6 149/22 150/4
cavity [1]  198/3
CCR [3]  137/18 305/2 305/10
cement [3]  147/10 150/11 160/8
cementing [1]  147/16
CERNICH [1]  135/11
certain [8]  146/10 163/11 163/16 163/22 176/14 190/11 193/15 242/3
certainly [10]  153/6 153/10 163/11 166/8 177/7 179/5 186/19 189/14 206/19

**C**

certainly... [1] 221/5
CERTIFICATE [1] 305/1
certify [1] 305/4
CFD [1] 280/8
chain [5] 163/7 189/14 257/22 282/19 298/2
chair [1] 190/5
CHAKERES [1] 135/11
challenged [1] 147/5
challenges [6] 146/17 146/20 148/16 149/17 152/6 273/15
chance [10] 170/10 171/21 190/18 196/16 200/12 203/25 204/4 204/6 207/7 272/7
chances [1] 203/12
change [1] 174/18
changeover [1] 288/17
changes [2] 246/8 283/1
characterized [1] 161/12
Charles [3] 134/11 214/22 222/23
Charlie [1] 260/9
chart [5] 146/5 165/23 166/13 166/14 187/23
charts [1] 184/16
check [2] 176/13 260/6
checked [2] 139/17 283/1
Chicago [1] 135/23
choke [11] 149/1 150/7 150/8 197/18 197/21 197/25 201/24 202/8 212/4 230/25 231/9
choke/kill [1] 212/4
choose [1] 143/16
chosen [1] 236/19
Chris [2] 280/2 280/17
Christina [2] 249/21 250/22
Chu [53] 163/3 163/6 163/8 163/10 170/8 177/3 178/2 178/9 178/15 178/23 179/23 179/25 190/14 192/10 204/15 205/1 205/9 240/6 240/15 242/7 245/8 246/1 246/2 246/3 246/12 247/8 250/4 250/6 252/12 258/7 258/10 259/10 259/19 260/19 265/2 265/20 297/3 297/13 297/13 298/3 298/23 299/10 300/9 300/14 301/6 301/7 301/12 301/16 301/18 301/21 302/11 302/18 303/10
Chu's [5] 190/17 191/11 205/12 246/17 259/3
chuckled [1] 176/17
circle [6] 175/23 176/1 176/10 176/16 177/2 177/4
cited [1] 153/10
Civil [1] 135/5
clear [8] 144/5 145/16 145/19 149/12 149/12 164/24 267/14 299/8
clearly [2] 152/16 170/7
clerk [1] 191/1
cling [1] 197/14
clip [2] 203/18 204/3
clips [5] 189/23 191/16 191/18 302/18 303/4
close [2] 148/22 209/7
closed [1] 147/23
closer [1] 270/17
cloth [1] 197/9
co [3] 152/25 190/15 242/6
co-head [1] 242/6
co-lead [2] 152/25 190/15
Coast [2] 189/25 302/13
code [4] 142/20 143/7 143/13 143/16
codes [7] 142/21 142/22 142/25 143/6

144/4 144/9 144/15
Collab... [1] 182/13
collapsed [9] 216/20 217/18 218/13 251/5 251/13 266/4 267/3 299/17 300/17
collaterally [2] 184/20 185/13
colleagues [1] 143/12
collected [3] 244/9 245/9 247/14
collection [2] 275/7 290/3
college [1] 200/4
COLLIER [3] 135/21 227/8 299/9
Colorado [1] 198/10
combination [2] 202/19 212/14
combinations [1] 217/10
combined [2] 263/22 264/9
come [8] 139/6 139/25 200/22 200/23 259/12 259/18 292/21 297/15
coming [17] 140/21 140/23 141/3 141/6 141/10 141/15 144/23 146/3 152/2 160/25 166/25 189/7 204/23 212/3 225/14 285/18 293/11
command [16] 163/7 185/4 185/10 189/14 203/11 204/11 207/6 210/25 211/3 211/24 214/18 218/6 219/16 221/17 228/18 302/15
commander [5] 155/20 162/2 190/1 240/2 262/2
Commander's [1] 302/14
comment [3] 139/5 147/8 156/6 240/6 282/9
comments [1] 152/6
communicating [1] 158/9
communication [6] 147/19 156/17 158/3 158/23 160/17 163/9
communications [10] 148/10 148/11 159/1 176/5 246/8 249/6 249/11 249/17 298/18 300/20
company [8] 135/18 135/21 136/4 136/7 136/11 137/12 137/15 284/11
compared [1] 197/19
comparing [1] 217/11
COMPLAINT [1] 133/7
complete [2] 268/18 288/19
completed [4] 279/21 294/21 295/24 297/5
completely [5] 163/23 165/18 187/1 213/21 298/15
completion [1] 162/5
complex [1] 149/8
complexities [1] 273/18
complicated [1] 159/11
component [1] 170/25
components [4] 142/4 171/2 171/4 294/2
compound [1] 158/15
compression [1] 271/8
comprised [1] 285/21
computer [11] 137/24 142/19 142/20 142/25 143/7 143/8 143/9 143/13 144/4 159/11 159/23
computer-aided [1] 137/24
concept [1] 231/19
conceptual [3] 142/19 143/6 143/12
conceptualize [1] 143/14
Conceptually [1] 171/6
concern [4] 213/1 249/3 269/24 270/4
concerned [2] 150/25 180/16
concerns [3] 214/6 214/11 214/14
conclude [2] 151/2 160/7
concluded [20] 150/23 151/25 152/19 157/1 158/12 159/9 211/7 211/8 219/25

243/20 243/23 249/12 250/1 252/19 251/41 255/8 266/23 267/2 277/15 298/8
concludes [3] 191/18 199/23 302/20
concluding [1] 267/2
conclusion [13] 152/12 152/13 161/19 203/3 223/10 249/3 251/18 252/24 259/12 259/18 266/6 267/7 297/16
conclusions [6] 174/9 178/21 207/24 213/5 217/25 245/13 247/4 247/10 277/15
condition [3] 150/11 150/12 158/12
conditions [9] 146/22 147/25 149/18 157/5 157/9 157/14 157/15 157/20 202/5
conduct [2] 242/24 254/14
conducted [13] 190/9 206/20 231/25 253/14 253/18 254/15 255/13 257/24 270/21 275/14 277/4 288/14 294/2
conducting [9] 178/20 243/7 245/12 247/3 247/9 255/25 261/17 280/11 287/6
conferring [1] 169/4
confidence [2] 155/4 277/9
confident [3] 204/21 205/5 205/22
configuration [1] 202/10
confirmed [1] 288/18
confusion [1] 170/24
Congress [2] 185/2 186/17
Congressman [1] 184/25
connect [2] 272/8 272/16
connected [1] 230/24
connecting [3] 272/25 273/5 273/12
connection [17] 140/18 144/10 146/21 149/17 153/3 156/17 157/25 158/22 160/18 161/25 164/2 164/7 165/12 195/1 195/19 267/21 272/3
connections [1] 147/24
connector [2] 270/12 270/19
consensus [2] 182/20 182/22
consequences [7] 221/13 221/15 221/16 222/2 222/3 222/4 222/12
consider [9] 160/18 187/16 227/16 227/18 227/21 278/12 278/22 283/23 304/15
consideration [1] 164/24
considered [3] 169/15 286/23 290/25
considering [1] 291/5
consistent [2] 185/7 217/7
constitute [1] 155/12
consultant [2] 169/20 228/10
consultants [1] 144/19
contact [1] 189/2
contain [2] 194/19 269/10
containment [7] 213/10 224/10 225/11 265/16 265/21 274/7 275/9
contend [3] 170/14 247/19 252/24
contention [1] 245/5
contest [1] 271/17
context [5] 161/20 179/9 181/10
continue [2] 139/10 214/17
continued [3] 187/1 253/5 273/23
contractor [3] 169/20 252/19 254/21
contractors [7] 143/4 143/25 144/19 147/5 216/13 216/19 219/25
contradict [2] 182/13 182/13
contradicting [2] 184/21 185/14
contradicts [1] 185/18
contrary [2] 185/20 247/18
contribute [1] 162/11
control [51] 167/1 167/5 167/16 167/24 168/3 168/24 169/1 169/3 169/6 169/17 170/1 174/3 175/19 196/8 196/11

## C

control... [36]  196/15 196/17 198/21
200/6 201/7 207/16 207/22 208/11
208/12 208/14 209/13 213/4 221/8
227/13 227/14 227/16 227/18 227/19
227/19 227/22 228/19 229/18 229/21
229/23 230/4 235/5 237/13 238/6 240/7
278/8 278/21 284/10 284/10 285/22
286/2 304/10
Control's [1]  201/4
controlling [2]  174/7 214/10
convened [1]  155/20
convenient [1]  192/16
conversely [1]  204/3
convey [1]  177/16
conveyed [3]  162/16 162/25 163/22
conveying [2]  163/2 220/24
convinced [4]  188/1 262/5 262/14
263/11
Cook [9]  215/8 215/16 225/6 225/8
225/21 301/7 301/16 301/21 302/12
Cook's [1]  215/6
coordinator [1]  190/1
Coots [1]  200/6
copied [1]  258/18
copy [1]  250/8
copying [1]  287/23
COREY [1]  134/16
corners [3]  194/2 209/20 222/8
Corporation [2]  137/11 137/15
correct [479]
correctly [16]  151/23 165/6 204/24
205/25 223/6 224/4 224/14 231/3
236/22 241/20 246/22 247/6 259/16
262/25 296/2 298/21
correspondence [2]  163/18 179/18
corroborate [2]  200/21 263/15
could [63]  139/22 140/6 144/15 149/25
151/3 153/22 155/10 155/24 156/14
157/1 158/12 160/1 160/4 162/10
162/11 166/4 166/19 166/25 167/7
167/17 173/14 174/19 182/7 184/11
187/14 188/9 194/8 198/17 199/1
199/5 199/6 199/9 199/12 199/15
199/15 214/5 214/6 214/7 214/8 214/11
214/13 214/13 218/19 225/21 225/22
226/21 236/15 249/7 249/12 251/4
256/19 259/7 268/20 268/23 269/13
270/10 273/23 274/10 283/24 291/24
297/18 300/6 304/5
counsel [1]  264/10
counterflow [2]  251/6 251/17
counterflows [1]  204/23
couple [2]  192/8 294/24
course [2]  181/4 275/10
court [10]  133/1 137/18 170/11 195/18
200/1 203/15 301/15 305/2 305/3
305/11
Court's [1]  301/1
courtroom [1]  139/25
cover [4]  181/20 195/7 276/23 277/2
covered [1]  164/23
covering [1]  241/18
Covington [2]  135/3 136/9
create [7]  196/22 197/14 199/11 199/12
199/17 217/15 269/14
created [7]  147/5 148/17 148/21 200/16
210/1 219/13 285/20
creating [1]  158/9
credible [1]  153/22
critically [1]  159/12
criticized [1]  227/13

cross [5]  135/12 140/13 140/16 227/4
227/9
cross-examination [4]  140/13 140/16
227/4 227/9
crossover [1]  268/20
crunch [1]  244/16
crunched [1]  253/15
CST [1]  241/19
culmination [1]  244/11
Cumulative [1]  141/1
current [2]  190/7 256/23
currently [1]  159/13
Curt [1]  235/20
curve [3]  217/6 217/12 217/13
cut [4]  246/13 268/21 269/18 269/20
CV [3]  133/7 133/9 140/6

## D

D-23274A [1]  267/23
D-24273.8 [1]  153/12
D.C [6]  135/7 135/15 136/8 136/11
137/16 139/6
D20004 [1]  203/13
D20005 [1]  204/13
D20007 [2]  206/8 208/7
D20008 [1]  198/24
D20012 [1]  211/21
D20013 [1]  214/19
D20014 [1]  207/12
D20015 [1]  225/3
D20016 [1]  222/19
D20017 [1]  223/25
D20018 [1]  201/1
D20071 [1]  209/1
D20072 [1]  216/24
D20073 [1]  218/19
D20074 [1]  219/18
D20075 [1]  213/7
daily [7]  145/17 146/13 292/8 292/11
292/16 293/13 293/16
Dallas [1]  137/6
dam [1]  198/9
damage [5]  148/13 150/12 165/11 199/6
199/16
DART [1]  135/2
data [65]  153/15 153/20 153/21 153/23
153/25 154/1 154/21 154/23 155/3
155/4 157/1 162/10 164/1 164/5 176/2
176/9 177/4 177/6 178/2 178/3 178/6
178/19 178/21 179/3 180/5 209/25
209/25 210/13 210/17 238/20 239/14
239/20 242/15 243/15 243/23 244/4
244/9 244/12 244/12 244/13 244/14
244/16 244/18 244/21 245/6 245/9
245/11 245/15 245/18 245/19 247/2
247/4 247/14 247/16 252/19 253/6
253/21 253/21 259/11 259/17 259/25
260/3 264/20 297/15 298/16
date [18]  146/5 181/7 182/9 260/17
275/8 275/16 275/18 277/7 285/15
289/13 292/24 293/20 293/22 294/13
294/16 296/4 296/7 298/23
dated [23]  156/19 178/10 207/16 218/3
241/6 246/5 249/24 255/1 256/10
258/10 265/5 276/13 280/5 281/23
287/15 289/6 292/14 293/14 295/9
297/24 298/6 299/25 300/12
dates [1]  292/3
David [1]  209/3
DAVIS [1]  136/20
DAVIS-DENNY [1]  136/20
day [45]  133/14 140/5 145/23 145/24
145/25 146/8 146/10 153/23 154/6

172/7 176/19 177/8 182/5 182/21
182/22 183/6 184/10 184/20 185/5
185/10 187/3 188/6 192/24 193/1 211/7
236/7 236/11 237/19 238/3 238/8
248/12 255/10 256/14 256/20 256/24
257/6 258/21 272/23 280/8 280/14
280/18 281/2 288/9 299/16 301/24
days [6]  149/16 178/16 233/20 246/18
260/19 288/18
DDII [15]  224/19 274/4 275/2 286/23
287/3 287/7 288/11 288/14 288/25
289/4 289/11 289/12 289/20 289/24
290/1
deadman [2]  289/8 289/12
deal [1]  146/19
dealing [1]  160/12
DEBORAH [1]  137/12
Decide [1]  279/8
decided [3]  155/23 188/5 270/7
decision [11]  163/3 163/4 163/24 169/22
176/22 187/16 196/10 223/12 264/5
273/6 274/6
decision-making [1]  264/5
decisions [4]  167/5 167/15 168/24
196/16
deck [1]  242/9
Decroix [5]  161/13 161/18 161/25 163/5
177/18
deduce [1]  172/18
deemed [2]  269/7 269/7
deepwater [32]  133/4 136/13 136/14
136/16 136/17 136/19 136/20 227/14
228/4 228/8 228/16 232/1 232/4 233/11
234/12 235/17 235/24 240/3 241/25
242/4 243/4 243/12 244/24 245/1 245/3
245/4 257/21 267/19 268/1 268/7
274/17 281/25
Deepwater Horizon [18]  227/14 232/1
232/4 233/11 234/17 235/17 235/24
240/3 241/25 242/4 243/4 243/12
257/21 267/19 268/1 268/7 274/17
281/25
defined [1]  145/15
definitely [3]  196/12 301/6 301/16
degree [1]  147/12
delayed [7]  222/15 223/21 226/25
255/20 273/3 273/6 273/7
Delays [1]  222/3
delivered [2]  294/4 294/6
demonstrably [1]  257/1
DENNY [1]  136/20
DEP [1]  230/14
DEP 022.184.1 [1]  230/14
DEP0 [1]  240/12
DEP0-8.341.1 [1]  240/12
DEP022.105.1 [1]  237/22
Department [4]  135/5 135/8 159/18
205/1
departure [1]  140/3
depend [2]  155/24 159/12
depended [1]  177/15
dependence [1]  182/2
depending [3]  148/13 150/3 175/8
depo [4]  191/18 262/9 264/1 303/16
DEPO-8.376.1 [1]  264/1
DEPO-8.62.2 [1]  262/9
deposition [49]  142/18 143/20 144/5
145/3 153/3 153/19 176/18 176/23
179/1 179/24 182/23 182/23 185/21
189/23 190/17 191/16 192/10 192/23
201/3 202/13 202/16 204/17 205/12
206/10 206/11 208/9 209/3 209/3
209/23 210/11 214/21 215/5 215/6

D

deposition... [16] 215/23 219/21 222/23 225/5 230/9 230/14 239/3 262/1 262/4 262/12 266/11 266/15 273/14 290/21 291/7 302/18
depositions [5] 164/13 170/8 195/20 218/8 303/21
described [1] 225/10
describing [3] 174/12 202/5 231/4
design [5] 164/6 178/18 246/20 270/17 272/15
designed [4] 284/6 284/8 284/11 296/17
detail [8] 178/6 196/6 197/3 210/3 210/17 220/20 244/21 253/18
determine [4] 141/13 151/3 177/10 253/6
determined [9] 182/16 295/21 296/6 296/8 296/14 296/15 296/22 296/24 297/2
determining [2] 196/11 239/12
develop [3] 227/25 271/22 272/15
developed [3] 147/20 272/11 274/3
developing [1] 274/16
development [2] 224/19 275/10
device [8] 271/1 271/3 271/10 271/15 271/18 272/25 273/12 273/16
devices [3] 159/14 223/19 223/20
Dexter [1] 134/17
diagnosis [1] 176/6
diagram [3] 152/15 212/3 217/20
diameter [6] 197/19 197/21 197/23 198/6 201/23 208/2
diameters [1] 201/25
did [121] 144/1 144/13 144/19 144/22 145/7 145/12 145/16 146/6 149/25 150/21 151/2 151/8 151/22 151/24 152/14 152/14 153/3 153/19 154/23 155/16 155/16 158/23 159/1 159/2 160/5 160/18 160/20 162/21 163/17 164/1 164/5 164/8 164/10 164/15 165/6 165/8 165/16 166/5 166/8 169/1 169/7 169/17 173/7 173/22 175/21 177/9 177/11 179/14 179/24 180/5 180/7 183/5 183/10 183/12 185/10 185/24 186/13 186/18 192/20 203/19 204/24 204/25 205/25 206/1 206/20 206/21 206/24 206/25 208/18 210/20 216/12 217/18 218/2 218/4 218/5 218/7 219/1 219/17 219/24 220/14 221/14 222/2 223/6 224/3 224/5 224/14 229/10 231/3 231/4 236/22 238/11 238/22 239/8 239/8 239/21 241/20 241/21 245/20 246/22 246/23 247/6 247/7 248/20 253/8 253/10 253/20 259/16 260/4 261/7 261/14 262/25 269/1 269/23 272/1 275/21 286/12 296/2 296/3 298/21 298/22 303/21
didn't [34] 139/21 141/18 152/9 156/20 158/6 158/6 158/14 160/7 163/15 165/3 173/2 175/13 175/14 175/14 175/15 175/18 177/7 180/2 180/3 180/20 183/8 189/6 203/23 209/24 209/25 210/18 217/24 244/16 252/8 253/2 253/3 290/21 300/14 301/14
difference [2] 143/7 183/4
different [11] 142/14 148/18 163/23 165/18 167/25 170/7 173/20 199/8 251/22 304/10 304/11
differently [5] 170/1 170/13 170/17 192/13 192/14
difficult [1] 231/10
direct [15] 165/3 170/22 171/17 173/6

176/2 176/12 176/15 193/7 252/22 254/3 254/18 258/13 272/20 275/9 275/19
directed [2] 258/20 274/16
direction [3] 163/6 163/10 212/9
directly [3] 185/20 221/17 255/19
director [3] 152/22 152/24 190/2
disagree [8] 172/23 172/24 173/1 174/24 175/2 203/3 263/25 269/13
disappointed [2] 179/1 187/13
discharge [16] 165/9 165/9 165/17 165/17 165/21 165/24 166/2 166/11 166/20 166/25 167/3 167/6 167/17 167/24 168/2 184/14
discharged [1] 159/11
discharges [3] 166/14 166/15 166/16
discipline [1] 190/8
disclose [1] 216/12
disclosed [1] 255/6
discloses [1] 234/24
discontinuation [1] 255/20
discounted [1] 189/5
discounting [1] 187/1
discovered [1] 176/23
Discoverer [22] 224/18 269/15 271/5 271/7 274/5 274/7 275/3 275/5 275/6 290/2 290/7 290/9 290/14 290/18 291/4 291/12 291/19 292/1 292/4 292/25 293/23 294/21
Discoverer Enterprise [9] 275/3 290/7 290/18 291/4 291/19 292/1 292/25 293/23 294/21
discuss [3] 222/21 232/4 278/15
discussed [18] 196/9 201/10 207/18 220/17 220/20 221/20 221/22 226/9 237/4 252/23 258/22 278/17 281/8 294/25 297/3 297/10 298/11 298/14
discussion [11] 207/14 233/13 233/15 233/17 234/7 234/15 234/21 236/2 236/25 262/14 263/11
discussions [4] 201/13 220/16 233/25 264/7
disk [3] 251/5 251/13 254/6
disks [57] 194/5 198/16 199/16 212/8 212/9 212/21 212/24 213/1 213/2 213/14 214/6 215/14 215/20 216/4 216/7 216/20 217/18 218/13 219/2 220/11 220/22 221/18 221/23 221/23 222/1 223/11 223/18 223/22 226/24 245/3 248/3 249/1 249/8 249/14 251/15 251/21 251/25 252/6 252/25 253/3 253/25 259/15 261/22 262/5 262/15 263/12 263/17 264/13 265/12 266/4 266/18 267/3 294/25 295/2 299/17 299/23 300/17
disperse [1] 197/13
disrupted [1] 147/12
distinction [2] 143/11 144/4
distinguish [1] 143/5
distinguished [1] 142/18
DISTRICT [5] 133/1 133/2 133/15 305/3 305/3
Division [1] 135/5
do [227]
Docket [3] 133/4 133/7 133/9
document [9] 168/8 184/23 185/4 185/11 199/20 236/14 266/2 283/1 291/25
documents [7] 185/8 195/25 220/20 220/24 239/16 259/24 300/19
DOE [3] 138/3 158/4 159/6
does [14] 145/22 166/1 194/25 195/7 195/9 197/16 197/25 198/2 210/9

217/18 226/12 226/15 238/3 285/5 299/11 301/21 302/17 302/17
doesn't [41] 143/17 143/18 182/20 doing [24] 139/12 143/15 149/17 150/5 150/18 157/22 157/23 157/25 158/10 159/7 159/7 159/18 172/25 180/3 210/8 213/3 220/23 222/6 241/1 243/12 245/20 264/21 285/23 298/15
Domengeaux [1] 133/21
DON [1] 135/17
don't [95] 139/6 140/7 148/5 148/7 152/13 153/5 153/9 154/18 156/14 156/22 156/23 158/19 160/21 162/5 162/11 162/20 162/21 163/13 163/20 168/18 168/21 172/18 177/12 178/6 179/13 179/15 179/15 179/17 179/22 180/13 180/22 183/13 188/22 189/13 190/17 190/24 192/14 192/25 193/13 202/10 204/8 205/21 219/17 220/4 227/16 228/5 230/11 230/13 232/17 232/18 232/20 234/3 234/10 234/16 239/2 239/10 239/16 239/23 241/16 241/23 249/18 252/15 253/17 254/12 254/18 260/6 260/7 262/9 262/20 262/21 263/13 268/16 270/16 271/25 272/15 272/18 275/8 275/16 275/18 279/23 281/17 282/14 284/22 290/12 291/3 291/6 291/11 291/14 296/16 296/24 297/1 301/10 301/12 301/19 303/19
DONALD [1] 137/3
done [45] 141/2 141/4 149/25 154/11 155/10 160/1 162/24 165/23 166/17 169/2 169/19 169/19 169/25 170/5 170/13 170/17 176/21 177/12 177/17 180/15 186/14 189/11 192/13 192/13 206/16 206/17 210/12 210/16 237/25 238/16 239/11 245/16 254/13 257/14 257/17 257/23 258/2 270/20 271/25 277/8 277/16 286/18 289/23 293/20 300/21
door [1] 156/7
dots [2] 146/4 166/15
doubt [2] 189/6 216/20
Doug [2] 187/21 189/8
DOUGLAS [1] 134/23
down [19] 159/20 163/1 207/15 212/4 212/18 217/21 217/22 251/6 251/17 251/21 255/3 256/12 279/8 288/10 289/3 292/16 292/19 294/5 300/25
DOYEN [1] 136/19
Doyle [4] 137/18 305/2 305/10 305/10
Dr. [62] 140/6 140/15 144/6 152/20 152/22 153/17 154/13 156/10 161/13 161/18 161/25 169/23 169/24 170/20 170/20 171/7 171/14 171/23 172/24 176/15 177/18 183/5 186/9 189/20 190/2 192/10 196/3 196/10 197/15 204/15 205/1 205/12 209/16 209/17 215/23 226/2 241/14 242/3 242/6 256/18 257/20 258/18 259/3 259/10 259/19 260/19 260/25 260/25 261/7 261/13 265/3 265/7 265/15 265/19 265/24 266/23 267/8 297/13 299/10 299/10 300/15 303/10
Dr. Chu [9] 192/10 204/15 205/1 259/10 259/19 260/19 297/13 299/10 303/10
Dr. Chu's [2] 205/12 259/3
Dr. Decroix [4] 161/13 161/18 161/25 177/18
Dr. Dykhuizen [3] 260/25 261/7 261/13
Dr. Hunter [5] 152/22 153/17 183/5 242/3 242/6
Dr. Lars [1] 215/23

**D**

Dr. Marcia [1] 190/2
Dr. McNutt [12] 176/15 256/18 257/20
 265/2 265/7 265/15 265/19 265/24
 266/23 267/8 290/10 300/15
Dr. Morrow [1] 260/25
Dr. Ratzell [1] 154/13
Dr. Rygg [1] 172/24
Dr. Rygg's [6] 169/23 170/20 170/20
 171/7 171/14 171/23
Dr. Tom [3] 152/20 241/14 258/18
Dr. Wilson [12] 140/15 144/6 156/10
 169/24 186/9 189/20 196/3 196/10
 197/15 209/16 209/17 226/2
Dr. Wilson's [1] 140/6
draft [1] 282/1
draw [2] 266/7 288/10
drawing [2] 220/24 267/25
drill [4] 212/10 212/18 269/21 270/1
Driller [1] 224/19
Driller II [1] 224/19
Drilling [3] 136/13 136/16 136/19
drive [1] 303/18
driven [1] 286/5
driver [2] 225/15 225/19
driving [1] 225/21
drop [2] 217/7 226/17
dropped [2] 226/10 279/9
drops [1] 226/11
due [2] 216/14 226/24
duly [2] 140/11 192/3
dunk [3] 205/24 206/2 206/6
Dupree [3] 241/19 241/22 242/2
during [48] 147/9 155/13 190/4 190/10
 190/13 190/16 193/22 194/4 194/16
 207/10 209/23 212/22 213/4 213/6
 229/5 230/8 230/9 231/7 231/13 231/22
 236/9 236/24 236/25 237/4 238/6
 241/25 244/9 247/13 251/5 251/10
 258/22 260/23 261/10 261/14 267/10
 271/13 273/23 275/10 278/17 278/18
 284/7 291/7 303/9
DWH [2] 282/24 283/1
Dykhuizen [4] 260/9 260/25 261/7
 261/13
dynamic [8] 142/5 142/12 174/19 181/4
 181/22 236/5 242/20 242/24

**E**

e-mail [80] 156/23 160/21 162/22
 163/17 175/23 176/1 176/8 176/9
 176/11 177/1 178/9 181/16 181/20
 183/24 186/16 189/8 218/3 224/2
 225/10 232/23 233/4 233/6 233/23
 234/4 241/6 241/12 241/16 241/18
 245/25 246/7 246/11 246/17 247/8
 249/21 250/20 251/3 251/10 252/11
 255/24 257/4 257/19 257/22 258/7
 258/10 258/18 259/4 265/2 265/7
 265/19 266/16 266/23 276/10 276/18
 276/23 277/2 277/7 277/24 280/2
 281/20 282/14 282/16 282/19 282/19
 287/12 288/11 289/3 295/6 295/17
 295/21 296/12 297/3 297/10 297/21
 298/2 298/3 299/21 299/22 299/25
 300/9 303/10
e-mails [3] 164/14 195/21 299/10
e.g [1] 279/10
each [4] 148/18 148/19 211/15 240/7
earlier [22] 139/21 145/16 145/18
 151/18 182/22 184/15 200/4 202/6
 229/16 239/24 244/8 248/9 248/15
 252/2 252/4 269/8 282/6 288/15
 297/3 297/11 298/2 300/6
early [14] 149/16 165/5 166/2 166/4
 166/5 183/3 219/24 242/25 255/7 273/1
 274/10 274/14 284/22 300/25
East [1] 134/13
EASTERN [2] 133/2 305/3
Eddy [2] 282/4 287/20
EDS [1] 293/3
education [1] 195/24
Edwards [1] 133/22
effect [4] 150/3 164/9 169/8 169/10
effectively [1] 205/20
effort [10] 151/22 160/25 162/6 169/3
 178/17 183/20 190/15 245/14 245/21
 302/12
efforts [19] 142/16 144/18 159/3 167/2
 168/4 168/23 169/1 169/6 169/17
 177/13 180/8 207/25 225/22 228/15
 246/20 248/4 275/7 286/15 290/4
eight [1] 233/20
EISERT [1] 136/6
either [2] 218/12 231/15
elements [1] 202/20
Ellis [3] 135/19 136/2 136/5
Elm [1] 137/5
else [5] 177/12 193/3 252/2 303/5
 304/18
elsewhere [2] 144/5 170/12
embark [1] 162/6
emergency [1] 256/23
Emilsen [8] 218/16 218/22 219/7 219/13
 254/9 254/15 254/21 255/13
Emilsen's [2] 254/2 255/6
emphasizing [1] 159/22
employee [8] 224/6 229/18 241/24
 282/22 287/21 295/13 296/5 302/11
employees [6] 216/13 216/19 282/6
 285/22 295/17 296/5
end [15] 140/4 147/25 151/5 174/11
 188/4 188/6 192/25 223/13 284/15
 286/12 286/17 287/3 287/7 293/24
 304/12
ended [1] 211/17
Energy [11] 137/2 137/7 159/18 169/20
 190/13 205/2 216/21 218/15 218/21
 237/25 240/15
Energy Chu [1] 240/15
Enforcement [1] 135/9
ENGEL [1] 135/12
engineer [3] 287/18 287/25 292/19
engineering [12] 168/9 228/10 228/14
 270/15 271/14 273/15 280/2 287/6
 290/17 290/22 291/12 291/17
engineers [9] 142/15 143/3 143/25
 144/18 145/9 147/4 149/25 178/20
 247/3
enormous [1] 166/16
enough [6] 152/16 183/3 185/12 199/16
 217/14 217/15
entered [1] 252/20
enterprise [24] 224/18 269/15 271/7
 274/6 274/7 275/3 275/5 275/6 290/1
 290/2 290/7 290/9 290/14 290/18 291/4
 291/10 291/12 291/19 292/1 292/4
 292/25 293/12 293/23 294/21
Enterprise's [1] 271/5
enters [2] 217/8 217/9
entire [3] 145/1 157/20 187/5
entities [1] 278/12
entitled [1] 305/7
Environment [1] 135/9
Environmental [1] 135/9
equally [2] 220/9 220/22
equation [1] 272/4
equipment [1] 267/15
equivalent [1] 149/13
escaping [1] 266/20
especially [1] 213/4
ESQ [50] 133/19 133/22 134/3 134/7
 134/10 134/13 134/16 134/16 134/19
 134/23 134/23 135/2 135/6 135/10
 135/10 135/11 135/11 135/12 135/12
 135/13 135/13 135/14 135/17 135/20
 135/20 135/21 135/21 135/22 136/3
 136/6 136/6 136/7 136/10 136/13
 136/16 136/19 136/19 136/20 136/20
 136/21 137/3 137/3 137/4 137/4 137/5
 137/8 137/8 137/12 137/15 137/15
essence [1] 147/15
essentially [6] 143/6 192/11 193/17
 212/12 213/3 269/14
established [1] 244/8
establishing [1] 299/8
estimate [23] 144/16 152/11 153/16
 154/2 154/7 154/16 155/7 155/9 155/11
 157/2 161/3 182/14 182/16 183/2 185/5
 187/18 187/18 188/3 188/4 188/5 188/8
 189/1 189/4
estimated [1] 190/12
estimates [18] 162/23 165/7 165/8 165/9
 165/17 167/3 167/25 182/6 182/13
 184/14 185/7 185/9 185/25 187/2 187/2
 188/1 196/9 257/24
estimating [1] 159/10
estimations [1] 177/20
estopped [3] 184/20 184/20 185/13
et [2] 133/8 133/11
etc [2] 246/13 288/19
evaluate [5] 200/16 210/13 228/15
 239/21 259/20
evaluated [8] 142/14 142/16 142/24
 148/18 148/19 169/15 197/1 290/8
evaluating [8] 142/2 142/4 142/11
 168/24 173/23 244/24 260/5 278/20
evaluation [5] 239/12 239/17 239/22
 257/23 270/21
evaluations [1] 238/16
even [11] 157/11 171/8 175/16 179/15
 183/6 183/11 187/4 207/7 209/25 299/8
 300/14
evening [4] 301/13 302/2 303/6 304/19
event [5] 198/18 230/9 251/5 251/14
 252/7
ever [8] 143/23 146/7 157/23 176/24
 187/13 206/17 206/23 207/8
every [2] 178/22 247/5
everyone [7] 139/3 139/13 192/1 209/6
 209/10 209/11 304/18
everything [2] 167/22 179/5
evidence [40] 140/4 146/9 161/17 165/4
 189/5 195/13 201/12 201/14 203/2
 203/8 204/9 205/8 206/5 207/5 207/9
 208/23 210/9 210/22 211/2 216/18
 216/19 218/5 218/13 219/1 222/17
 223/16 223/20 256/13 256/19 257/8
 257/11 257/12 259/14 265/10 265/24
 273/7 286/1 299/23 300/16 303/17
exact [3] 151/25 177/4 185/4
exactly [3] 239/12 271/25 290/21
examination [14] 140/13 140/16 176/2
 193/7 227/4 227/9 254/3 255/18 258/23
 261/20 267/10 275/19 299/5 303/9
example [3] 142/5 176/25 295/23

**E**

exceed [1] 236/20
exceeded [2] 238/2 259/13
exceeds [1] 177/22
Excel [1] 143/15
excerpt [11] 202/12 205/12 205/15
206/10 208/9 209/3 215/5 215/23 217/2
219/20 225/5
excerpts [2] 201/3 214/21
excessive [1] 194/8
excluded [2] 164/24 165/2
excluding [1] 153/21
excuse [1] 200/11
executed [4] 182/15 182/18 184/10
236/6
execution [4] 171/3 178/3 179/21 180/1
Executive [1] 199/20
executives [1] 250/25
exercise [3] 152/1 171/3 184/3
exhibit [3] 140/7 184/24 184/25
Exhibit 10358 [1] 184/25
exhibits [2] 191/1 302/8
exist [3] 153/21 188/25 292/18
existed [7] 146/18 149/21 153/15 153/20
153/24 154/16 157/1
existence [1] 210/9
exists [1] 162/9
exiting [2] 212/21 212/24
expected [1] 242/24
experience [8] 142/2 142/4 142/7 142/8
142/11 195/24 200/20 245/2
expert [11] 156/24 172/2 172/24 190/8
191/23 194/14 195/7 195/12 227/19
244/2 244/4
expertise [7] 168/5 168/13 174/5 174/7
230/1 235/8 278/13
experts [7] 200/6 200/7 207/21 232/8
244/12 275/22 296/16
explain [4] 173/1 173/5 200/1 251/4
explained [1] 248/1
explanation [11] 173/2 215/13 215/19
215/20 216/3 216/4 216/7 218/14
220/11 221/18 251/11
explanations [5] 189/9 220/10 220/22
249/7 249/13
EXPLORATION [6] 133/10 135/16
135/19 136/2 136/5 136/9
explored [1] 150/18
explosions [1] 285/21
exposed [4] 147/16 148/2 148/3 148/4
expressing [1] 265/19
extent [3] 150/7 161/15 193/24
extrapolate [1] 161/22
Exxon [1] 168/19
ExxonMobil [1] 278/9

**F**

face [2] 251/18 273/15
fact [21] 139/18 139/19 139/20 139/23
139/24 140/25 141/15 149/25 151/8
153/21 164/10 175/13 183/1 185/18
189/5 229/20 257/10 259/12 300/14
303/1 303/2
factor [3] 221/7 225/21 278/21
factors [3] 149/14 185/7 189/7
facts [1] 185/20
factual [3] 184/21 185/12 187/15
fail [4] 173/14 219/1 221/24 252/6
failed [46] 148/22 175/18 175/21 209/8
209/14 209/15 210/4 211/2 211/12 211/4
211/13 213/1 213/2 213/2 213/14
216/14 219/2 220/19 221/18 221/23
221/25 223/17 223/22 251/13 251/24
252/3 252/6 252/7 252/13 252/13 254/3
253/19 253/24 259/1 259/20 260/5
260/21 261/2 261/18 273/25 275/9
289/8 289/12 299/14 299/17 299/23
fails [2] 173/10 173/16
failure [28] 174/10 175/22 176/6 194/8
215/3 215/13 215/20 216/3 216/8
217/19 218/14 220/10 220/22 221/4
221/8 221/19 222/1 223/12 223/23
244/6 247/20 248/2 249/8 249/13 251/5
251/11 261/21 271/3
fairly [4] 194/1 194/10 209/6 217/6
falsely [1] 185/3
familiar [5] 154/15 155/14 231/19 239/4
273/9
Fannin [1] 136/16
far [8] 139/9 179/13 182/21 207/1
208/23 271/1 272/21 280/24
fault [2] 200/23
FCRR [3] 137/18 305/2 305/10
feasibility [2] 264/8 275/23
feature [2] 274/9 286/9
features [1] 200/21
federal [30] 153/1 158/5 159/6 163/5
168/8 168/11 168/13 168/25 179/19
179/25 189/25 233/8 238/11 238/17
238/17 238/25 239/4 239/8 240/25
242/7 245/17 258/13 259/19 260/13
260/20 261/12 261/16 263/3 263/23
265/25
feedback [2] 282/9 283/6
feet [1] 148/3
felt [1] 205/22
few [5] 139/20 182/9 184/5 278/15
299/7
fewer [1] 171/20
field [1] 148/11
FIELDS [1] 135/22
Fifteenth [1] 136/7
figure [3] 141/2 145/21 301/1
Final [1] 276/21
finance [1] 143/15
financial [1] 143/16
find [2] 181/18 197/9
findings [2] 199/20 292/7
fine [2] 173/2 301/14
finish [4] 154/10 158/4 226/22 272/6
finished [1] 248/13
first [17] 152/20 170/25 176/18 176/23
181/7 192/24 194/23 214/22 231/21
254/20 258/20 259/5 259/6 286/8 289/8
302/24 303/2
FITCH [1] 137/15
five [2] 187/22 189/23
flange [11] 267/16 267/22 270/18
271/15 271/19 271/19 272/11 272/16
273/1 273/12 273/17
flat [1] 217/6
Fleckman [1] 241/6
FLEMING [1] 137/5
flex [19] 267/16 267/20 268/3 268/21
269/9 270/8 270/11 271/11 271/15
271/18 271/19 272/8 272/12 272/16
272/25 273/5 273/12 273/16 273/19
flexible [1] 201/23
flies [1] 251/18
Floor [1] 136/21
Florida [1] 134/5
flow [188]
flowed [5] 221/17 222/3 222/4 222/12
248/2
flowing [5] 161/3 227/25 248/25 251/21
259/14
fluids [1] 146/20
FLYNN [1] 135/6
focus [4] 200/13 207/15 259/7 279/5
folks [8] 140/5 163/9 168/14 168/16
168/19 178/10 259/11 297/14
follow [2] 141/18 301/8
followed [1] 303/3
following [6] 143/21 144/1 145/7 178/10
181/10 181/21
follows [2] 140/11 192/3
foot [1] 148/2
force [1] 217/15
foregoing [1] 305/4
forgot [1] 191/10
form [5] 162/16 175/21 185/1 185/18
221/8
formation [9] 213/10 213/13 214/14
278/18 278/21 279/14 279/21 280/20
280/23
formations [2] 266/20 280/12
formed [3] 187/7 190/6 291/3
former [2] 190/11 302/11
forming [4] 239/7 239/11 290/25 291/11
forth [1] 185/8
forward [19] 139/11 178/18 182/24
183/6 183/10 186/11 200/19 201/22
213/6 246/21 264/5 265/15 265/21
274/1 292/18 293/2 293/12 298/18
298/20
forwarded [1] 253/10
found [2] 269/21 294/10
four [6] 178/16 191/12 194/2 209/20
222/8 246/18
fourth [1] 213/19 283/15
frame [3] 284/6 284/12 284/14
FRANK [1] 134/13
Friday [2] 178/15 246/18
Frilot [1] 136/12
front [2] 194/25 260/8
FRTG [1] 154/8
fruition [1] 285/18
FSV [1] 288/19
full [3] 192/4 227/23 271/3
fundamental [1] 173/9
further [12] 162/1 189/17 236/14 248/4
255/20 263/21 288/10 289/3 292/16
292/19 299/2 300/23
future [1] 246/8

**G**

G-R-E-G-G [1] 192/6
gallon [1] 212/16
game [1] 300/25
gas [11] 140/21 141/3 141/8 141/10
141/21 142/13 189/6 189/7 195/25
251/7 251/18
gas/oil [1] 189/6
GASAWAY [2] 136/6 191/9
gathering [1] 252/20
gave [12] 144/6 144/7 150/7 163/13
163/20 165/4 186/20 186/22 186/23
215/19 248/11 286/6
general [3] 195/18 207/6 279/2
General's [2] 134/15 134/19
generate [1] 144/15
generated [7] 178/4 180/6 180/22
180/24 184/2 188/8 244/15
generous [1] 202/2
gentleman [2] 218/15 235/20
geological [1] 190/3
geometry [2] 149/24 208/3

**G**

get [24] 139/12 145/20 145/21 146/12
150/19 152/16 154/21 154/24 166/19
167/22 197/17 200/20 253/2 259/10
270/3 270/6 273/18 277/9 288/14
289/23 290/4 294/23 297/14 304/5
getting [8] 155/22 178/19 179/3 245/11
245/15 245/19 247/2 264/10
give [7] 144/1 163/15 165/8 180/20
191/1 217/11 263/15
given [12] 160/13 208/1 216/3 238/20
239/20 272/20 272/21 272/22 288/20
291/8 300/14 304/14
gives [3] 177/23 226/6 226/7
giving [2] 210/5 252/16
GLADSTEIN [1] 135/13
GmbH [1] 133/8
go [83] 139/14 147/9 151/20 154/4
154/10 160/13 161/21 163/18 164/8
164/17 165/21 166/5 178/13 181/20
185/16 186/6 188/5 194/11 196/5 197/3
197/16 200/18 207/10 207/15 210/25
211/20 212/5 214/9 217/20 236/4
236/14 240/12 242/9 246/7 246/14
246/15 246/24 250/17 250/20 255/3
258/4 259/3 259/6 259/22 261/4 264/5
264/24 265/20 266/11 274/6 274/9
274/22 276/8 276/23 277/22 277/23
277/24 279/8 280/15 281/18 282/17
283/14 283/14 284/24 284/24 287/9
289/3 290/6 291/15 291/24 292/11
292/16 292/19 293/13 293/16 294/5
294/24 295/20 298/2 298/11 299/13
301/15 303/21
Godwin [3] 137/2 137/3 137/7
goes [11] 148/9 161/10 162/9 201/22
202/2 206/22 213/19 217/10 221/7
224/13 265/15
going [48] 151/19 156/1 156/8 161/21
168/23 169/23 170/3 181/7 184/19
186/2 186/11 191/3 192/10 193/25
196/3 196/5 196/14 196/15 198/3
201/22 204/21 205/5 212/4 212/5 212/6
212/9 212/11 212/17 212/24 217/21
219/10 222/5 230/12 231/4 234/4 242/2
269/4 272/18 272/19 273/25 277/20
281/5 291/21 291/22 298/18 298/20
301/25 302/22
Golf [1] 197/8
gone [3] 183/6 183/10 267/8
good [11] 140/15 193/9 193/10 201/17
202/22 207/7 227/6 227/7 276/1 276/5
304/18
got [11] 150/5 152/15 157/12 184/4
186/15 186/17 186/17 187/5 217/23
219/3 275/9
gotten [1] 157/17
Gottlieb [1] 191/15
Governing [1] 242/12
government [129] 150/21 150/25 151/7
151/24 152/4 152/19 153/14 155/24
156/20 156/25 157/6 157/25 158/9
158/11 159/2 159/2 159/2 159/9 159/16
160/17 160/23 160/25 162/17 162/19
162/23 162/25 163/2 163/4 164/7
164/11 164/13 164/25 165/4 166/3
166/12 166/24 167/6 167/9 167/10
167/15 168/25 169/4 169/15 169/22
169/25 170/12 170/13 170/17 176/22
177/9 177/16 178/10 179/10 180/8
180/11 180/16 180/22 181/3 181/17
182/6 182/15 184/15 185/12 188/8

188/20 190/15 233/8 233/24 234/4
234/8 235/18 235/23 236/6 236/8
237/9 238/11 238/17 238/25 239/12
239/17 239/21 240/15 240/19 243/3
243/11 244/5 245/7 245/17 247/17
249/6 249/11 250/11 251/23 252/13
252/15 254/11 255/7 255/15 255/24
257/5 257/20 257/24 260/4 260/12
261/16 262/5 262/14 262/24 263/1
263/6 263/8 263/11 263/14 263/18
266/2 266/5 266/10 267/2 295/13
295/17 296/4 296/5 296/6 296/13
296/15 296/21 296/21 298/24 299/16
government's [7] 152/5 158/23 177/13
183/1 259/25 260/3 295/1
Grace [2] 235/3 235/5
Grand [1] 136/21
GRANT [1] 136/20
great [9] 146/19 269/7 269/8 295/22
296/6 296/14 296/16 296/22 304/3
greater [4] 175/10 185/9 226/13 226/14
GREENWALD [1] 134/7
Gregg [3] 191/22 192/2 192/6
ground [1] 197/8
ground-up [1] 197/8
grounds [1] 196/4
group [25] 151/8 155/14 155/19 158/4
158/5 159/4 159/6 162/2 162/20 179/14
182/20 183/17 183/18 186/1 187/7
187/10 190/5 199/23 200/1 200/8 203/4
209/11 230/7 256/7 257/4
groups [2] 200/16 240/16
Guard [2] 189/25 302/13
guess [1] 177/1
guidance [3] 283/21 284/2 304/5
guide [5] 167/20 167/24 284/6 284/12
284/14
guilty [3] 184/21 185/1 186/3
GULF [3] 133/5 147/22 216/1
GWENDOLYN [1] 137/8

**H**

had [140] 140/5 142/7 142/8 145/9
148/22 149/5 149/5 150/6 150/22
151/14 151/25 152/4 152/10 153/9
155/23 156/25 157/17 158/8 160/2
160/2 160/8 160/11 160/22 160/24
161/6 161/15 162/24 163/15 164/25
165/5 165/13 165/15 166/9 167/6
167/16 168/5 169/8 169/10 170/1
170/10 170/13 170/17 173/7 176/21
176/24 177/25 179/2 179/3 179/25
179/25 180/2 180/10 180/15 180/22
180/24 182/6 182/12 182/15 182/25
183/3 183/6 183/11 184/15 185/8 187/7
187/21 187/25 188/2 188/6 188/8
189/10 190/18 192/12 192/12 198/17
200/11 201/20 203/4 203/6 204/22
207/7 213/2 214/16 218/15 219/25
228/3 228/5 228/7 229/14 230/24 231/2
231/10 237/25 238/11 238/18 239/11
244/23 245/7 249/6 249/12 251/20
252/6 253/20 255/6 256/18 257/4
257/14 257/24 260/20 262/5 262/6
262/15 263/12 264/13 266/4 266/5
267/3 268/25 269/2 271/17 271/22
271/24 273/15 273/25 274/9 276/20
279/21 281/5 281/16 282/13 283/18
286/3 289/12 291/8 293/4 294/10
299/17 300/21 303/15 303/16
hadn't [2] 151/22 218/12
Halftime [1] 302/4
Halliburton [2] 137/2 137/7

Hammerman [1] 235/21
handle [2] 155/10 231/13
hanger [2] 251/20 252/8
happen [3] 199/4 217/24 231/5
happens [1] 139/6
happy [1] 160/13
hard [5] 198/14 198/18 199/12 212/2
229/9
hardly [2] 151/19 217/7
HARIKLIA [2] 135/20 140/15
HARVEY [1] 135/13
has [22] 139/17 142/9 190/3 190/18
196/14 206/17 212/7 220/17 220/17
235/8 235/13 242/17 256/25 257/17
257/18 271/6 278/8 282/14 292/20
301/9 303/18 303/23
hasn't [1] 172/12
have [256]
haven't [8] 142/8 170/3 209/4 210/16
210/17 253/15 264/22 304/14
having [4] 140/11 143/8 192/3 234/16
HAYCRAFT [1] 135/17
Hayward [2] 203/17 203/22
hazards [2] 194/4 200/22
HB [1] 137/18
HB-406 [1] 137/18
he [172] 152/22 152/24 152/25 152/25
152/25 153/2 153/19 154/4 154/16
154/19 156/12 156/13 157/3 160/6
161/13 161/21 161/21 162/3 162/7
162/9 162/14 166/22 168/5 170/23
171/12 172/5 172/21 173/4 173/7 173/8
173/15 173/23 174/16 175/5 177/6
177/20 178/5 178/6 178/24 179/1 179/2
181/18 181/21 183/5 183/6 183/8
183/10 183/11 184/2 184/4 186/22
186/23 187/22 188/20 190/9 191/9
194/2 194/3 194/6 194/9 201/9 201/11
201/12 201/15 201/22 201/23 202/2
202/23 203/23 204/2 204/19 205/4
205/17 206/13 206/15 206/16 206/18
206/21 206/22 206/22 207/4 208/14
208/16 208/17 208/18 208/19 209/5
209/9 209/10 209/10 209/10 209/21
209/24 210/3 210/5 210/8 210/9
215/9 215/10 215/11 215/11 215/16
215/25 216/2 216/2 217/10 218/4
218/16 218/17 220/13 220/14 220/17
220/17 220/24 222/8 223/7 224/9
224/13 224/16 224/17 224/20 224/23
224/23 224/24 225/13 225/17 225/18
229/18 229/20 229/23 230/7 231/4
231/15 231/15 231/15 235/8 235/13
237/21 240/2 241/24 251/13 251/16
251/16 253/5 253/8 253/10 253/20
253/20 254/7 259/17 263/1 263/5 263/5
263/13 263/14 263/18 277/18 280/7
280/7 281/5 281/5 282/14 287/20
287/23 287/24 292/20 293/1 293/1
293/3 297/14 303/1
he's [5] 218/23 220/25 222/6 258/20
303/2
head [4] 241/23 242/6 256/7 257/3
heading [2] 242/17 288/11
hear [1] 165/6
heard [20] 151/23 176/18 190/11 196/2
196/6 197/4 203/17 204/3 204/15 206/2
206/4 211/11 215/24 221/10 221/13
228/21 228/21 238/22 239/15 269/12
hearing [2] 158/3 238/4
heat [3] 280/7 280/12 280/17
heavy [2] 212/14 212/14

**H**

held [1] 233/18
help [1] 196/15
helpful [1] 191/5 256/22 280/20
helping [3] 178/17 207/21 246/20
HENRY [1] 135/2
her [14] 176/18 176/21 182/23 185/21
 186/20 186/22 186/23 187/12 187/24
 257/18 258/17 265/23 265/25 267/9
Herbst [5] 170/9 215/24 218/8 222/24
 223/8
Herbst's [1] 219/20
here [31] 139/13 142/6 146/5 155/8
 155/9 158/5 159/9 160/3 162/12 163/12
 165/18 165/20 165/21 172/17 173/20
 177/21 184/5 184/20 184/23 203/22
 212/10 232/20 234/14 234/20 240/14
 260/8 263/2 291/14 299/9 304/9 304/10
here's [1] 212/6
hereby [1] 305/4
Herman [3] 133/18 133/18 133/19
high [22] 166/4 166/9 166/10 166/25
 167/7 167/17 171/17 171/19 173/10
 180/17 180/18 184/12 186/20 188/4
 188/6 188/9 188/24 194/7 203/6 207/7
 209/15 294/18
higher [10] 165/5 166/17 173/11 173/17
 173/17 175/16 182/8 182/21 183/7
 188/2
highest [1] 186/23
highlighted [6] 219/23 224/10 225/13
 233/4 233/6 256/12
him [19] 172/2 172/23 173/1 173/5
 177/6 179/4 215/19 215/24 220/13
 221/13 235/13 235/16 235/20 235/23
 240/24 258/20 262/6 263/15 264/20
HIMMELHOCH [1] 135/14
himself [1] 191/10
his [40] 153/3 153/19 161/14 161/15
 161/19 168/5 175/2 178/25 179/24
 179/25 183/10 183/17 183/18 184/9
 194/1 194/2 194/3 194/5 194/10 204/17
 209/22 209/23 210/2 210/5 210/11
 215/10 218/16 220/17 220/20 220/21
 230/1 230/8 231/17 231/17 241/16
 247/8 255/1 262/4 273/14 292/20
hold [4] 190/22 198/22 199/11 229/8
Holdings [3] 136/12 136/15 136/18
hole [1] 208/20
Holt [5] 214/22 214/24 215/2 222/24
 223/1
home [1] 303/10
honest [1] 256/24
Honor [46] 139/15 140/2 156/5 156/7
 159/15 166/19 167/8 167/12 184/19
 185/15 186/5 189/19 190/18 191/3
 191/8 191/12 191/19 191/22 192/18
 192/22 193/2 193/4 193/13 193/15
 193/19 195/10 209/19 209/21 209/23
 210/8 210/11 219/9 220/12 220/16
 220/23 222/5 222/7 227/3 299/4 301/5
 302/5 302/10 302/21 302/24 303/7
 304/6
HONORABLE [1] 133/15
hoovering [1] 274/8
Hope [1] 136/3
hoping [1] 299/8
HORIZON [22] 133/4 227/14 232/1
 232/4 233/11 234/12 235/17 235/24
 240/3 241/25 242/4 243/4 243/12
 257/21 267/19 268/1 268/6 268/7
 274/17 281/25 283/23 290/5

Horizon's [1] 271/9
houseboat [1] 139/13
Houston [8] 136/17 137/9 168/9 178/16
 190/14 215/9 246/19 302/14
how [28] 141/10 141/15 142/19 147/15
 148/4 148/25 149/3 161/12 162/11
 184/4 189/13 191/13 193/9 196/14
 197/11 217/18 219/1 231/4 271/25
 272/15 272/19 273/19 283/23 285/9
 296/15 296/17 296/24 297/1
however [2] 269/6 271/10
huh [1] 287/22
Hunter [14] 152/20 152/22 153/17
 181/17 183/5 218/9 241/15 242/3 242/6
 250/9 258/18 297/21 298/3 298/14
hydrate [9] 278/18 278/21 279/5 279/14
 279/17 279/21 280/12 280/23 281/6
hydrates [2] 280/8 280/20
hydraulic [27] 140/19 141/6 141/9
 142/16 144/11 151/7 151/9 151/10
 157/2 158/11 158/25 159/5 166/18
 166/21 169/2 169/8 169/9 169/10
 169/11 169/18 169/19 177/11 177/17
 177/18 179/14 179/17 190/9
Hydril [4] 289/15 292/20 292/21 293/11
hydrocarbon [5] 141/12 141/22 142/9
 254/22 284/4

**I**

I'd [2] 278/15 298/13
I'll [8] 191/1 219/11 227/11 241/16 242/1
 262/22 302/2 304/15
I'm [49] 141/17 145/8 152/25 154/11
 156/1 156/8 156/12 158/17 160/12
 164/4 170/3 177/2 177/6 181/10 183/18
 183/19 184/19 186/2 186/9 188/12
 188/19 192/10 193/25 219/5 220/3
 220/21 222/5 224/20 227/18 230/11
 230/24 232/11 237/21 238/24 245/20
 247/15 249/17 250/19 250/21 251/16
 253/8 253/20 257/17 269/11 271/25
 275/17 277/18 289/25 296/15
I've [7] 140/23 153/6 179/18 190/20
 201/14 227/19 283/20
Iain [2] 281/20 282/4
ID [2] 197/24 201/24
idea [9] 150/7 174/21 197/13 201/17
 202/22 207/1 207/3 276/1 276/5
ideas [1] 279/9
identified [14] 148/16 150/22 234/14
 248/21 248/24 256/18 281/11 283/10
 283/18 284/20 284/22 284/23 285/8
 290/18
identifies [4] 281/1 293/22 294/5 294/16
identify [2] 191/10 283/21
identifying [8] 149/9 188/24 257/10
 279/14 293/19 296/5 296/13 296/21
if [174]
ignore [1] 151/20
II [1] 224/19
Illinois [1] 135/23
images [1] 280/19
imagine [2] 187/12 199/9
imaging [1] 189/10
immediately [3] 178/10 178/12 219/17
impact [1] 197/25
impeded [1] 273/24
impeding [1] 271/9
impinging [1] 212/9
implausible [1] 252/25
implemented [9] 228/19 238/19 238/24
 239/18 239/22 277/8 288/7 289/20
 294/22

implementing [1] 236/25
implication [1] 243/15
implied [1] 277/19
importance [1] 298/14
important [2] 277/10 295/11
impression [1] 163/11
in [403]
INC [15] 133/11 135/17 135/20 136/3
 136/6 136/10 136/13 136/14 136/16
 136/17 136/19 136/20 137/3 137/8
 201/7
inch [15] 194/5 197/23 198/6 201/24
 208/2 212/7 218/18 248/3 261/22
 265/11 265/12 266/3 266/18 266/18
 267/3
inches [1] 198/4
incident [7] 155/20 162/1 240/2 262/1
 274/17 302/14 302/15
incidentally [2] 152/6 180/9
incline [1] 271/20
include [4] 152/14 165/24 240/15 302/8
included [10] 142/17 150/11 150/11
 168/14 168/16 168/19 181/5 189/9
 194/4 237/9
including [3] 163/5 245/7 258/16
incorporate [1] 214/7
incorrectly [1] 184/11
increased [1] 242/21
increases [1] 175/7
incredibly [1] 187/13
inData [1] 303/17
independent [32] 175/21 177/9 178/20
 180/11 181/3 181/22 210/13 238/12
 238/22 239/1 239/17 239/22 241/1
 243/7 243/13 244/17 245/13 245/18
 247/3 247/9 258/2 259/25 261/17 266/3
 267/2 267/7 270/21 273/4 295/1 298/15
 300/10 300/15
independently [4] 179/11 238/18 259/11
 297/15
indicate [2] 233/7 265/24
indicated [6] 161/16 179/4 209/17
 218/17 239/16 256/19
indicates [2] 208/23 236/5
indicating [6] 146/2 173/11 233/23
 236/10 263/2 263/3
indication [22] 177/24 236/9 236/24
 242/2 243/2 243/6 252/3 252/12 256/17
 257/14 259/19 261/12 266/2 267/1
 269/1 280/11 282/8 282/12 283/5
 285/13 286/6 289/11
indications [2] 180/18 217/13
indirect [1] 194/3
individual [1] 235/2
individuals [5] 233/7 278/12 282/4 286/1
 295/16
industry [12] 168/19 168/20 168/22
 168/25 169/14 195/25 200/5 200/6
 200/21 232/8 275/22 278/6
ineffective [1] 172/8
influence [1] 298/17
inform [2] 185/12 219/24
information [58] 144/16 145/9 150/7
 151/12 151/17 151/19 152/11 152/16
 153/15 155/23 158/13 159/12 160/2
 160/4 160/7 161/5 161/8 162/25 163/2
 163/17 163/23 164/9 164/10 164/12
 164/12 164/18 164/22 167/6 167/16
 177/7 177/19 178/3 179/2 179/24 180/5
 180/20 180/23 180/24 185/22 185/23
 185/24 186/10 187/6 187/11 187/15
 189/15 192/12 216/11 218/2 218/6
 219/4 219/16 220/24 252/13 264/15

## I

information... [3]  277/19 277/19 291/8
informed [5]  170/18 183/3 185/6 292/17
292/20
informing [1]  179/19
Inglis [4]  250/22 250/25 251/10 252/11
Inglis' [1]  251/3
initial [8]  174/20 175/4 182/19 218/23
251/5 251/14 252/7 253/10
initially [2]  149/16 274/5
initials [1]  235/13
initiation [1]  159/3
injecting [1]  171/11
injection [2]  171/13 182/2
innermost [1]  254/23
inquiries [1]  139/5
inserted [3]  197/11 197/16 197/18
inside [12]  176/16 177/2 177/3 197/23
198/22 201/23 201/24 208/3 217/22
218/24 220/1 254/8
insofar [1]  141/8
inspection [2]  290/14 292/3
instability [1]  269/13
installed [2]  267/15 271/11
installing [2]  283/10 283/18
institutions [1]  168/17
integrated [2]  171/6 171/8
integrity [13]  213/4 214/15 225/15
225/19 225/20 226/24 236/19 237/1
244/24 249/4 252/9 263/4 263/8
intend [2]  170/11 193/17
intended [1]  182/24
intention [1]  301/1
Interests [1]  134/16
interfere [1]  139/11
Interior [1]  190/4
internal [10]  158/23 159/1 159/13 160/8
160/16 178/9 180/8 182/6 185/8 188/8
internally [2]  158/9 180/6
interpret [1]  267/5
interpreting [2]  244/12 263/19
intervention [1]  248/4
interview [1]  203/23
interwoven [1]  171/2
into [32]  139/25 150/19 163/18 189/6
195/13 196/5 197/3 197/9 197/11
197/11 197/12 197/12 198/3 198/6
212/5 212/5 212/16 212/24 217/15
217/23 221/7 226/7 236/14 260/20
266/20 271/14 277/9 288/10 289/3
292/16 303/10 303/17
introduce [2]  303/20 303/20
introduced [1]  302/10
introducing [2]  198/2 198/5
investigate [2]  292/21 293/11
investigated [1]  269/2
invite [1]  303/24
involved [12]  153/2 167/11 168/2 169/4
196/24 201/12 201/16 208/14 227/19
244/24 264/4 264/8
involvement [1]  207/18
involves [1]  171/11
involving [1]  283/23
Iron [2]  278/9 278/14
Irpino [4]  192/20 192/22 303/15 304/2
is [443]
isn't [2]  158/1 222/7
issue [10]  155/8 162/24 193/20 193/21
245/21 292/21 293/9 294/9 294/13
304/4
issues [18]  240/7 242/3 243/13 243/16
243/19 262/23 263/3 263/8 271/17

283/17 283/21 284/3 285/8 290/19
290/20 291/24 291/25
it [360]
it's [58]  143/7 146/1 147/18 149/8
154/15 156/19 163/11 163/22 165/23
172/6 173/15 175/11 185/20 189/4
192/16 194/1 194/10 195/21 196/15
196/24 197/7 197/12 197/12 198/4
198/9 209/22 212/2 212/4 212/5 212/5
212/17 226/7 231/6 233/1 234/7 238/16
249/24 250/22 251/21 257/10 258/13
258/20 260/8 265/5 267/21 275/4
276/13 280/5 281/23 287/15 291/25
293/25 296/4 298/6 300/12 301/7
301/19
Item [1]  294/5
items [21]  278/16 294/20
its [25]  143/3 143/25 144/23 160/22
160/24 164/25 168/13 170/1 179/20
180/12 180/23 182/2 185/3 197/6 197/9
219/25 239/4 239/17 239/21 241/1
257/24 261/17 275/8 279/18 286/25
itself [6]  148/21 164/20 175/3 177/23
182/3 225/23

## J

Jack [1]  235/10
Jackson [1]  134/14
JAMES [5]  133/22 134/19 224/2 241/19
241/22
Jefferson [2]  133/23 135/3
JENNY [1]  137/3
jeopardy [4]  214/14 214/15 214/16
229/15
jog [1]  234/17
JOHN [6]  140/10 224/3 282/5 282/20
282/22 283/5
joint [18]  267/16 267/20 268/3 268/21
270/8 270/11 271/11 271/15 271/18
271/19 272/8 272/12 272/16 272/25
273/5 273/12 273/16 273/19
joints [1]  269/9
Jon [2]  276/10 277/2
JOSEPH [1]  136/6
JR [1]  137/4
JUDGE [2]  133/15 304/4
Judge Barbier [1]  304/4
judgment [2]  185/6 205/18
judicially [2]  184/20 185/13
JUDY [1]  135/13
July [5]  151/11 151/16 155/1 267/15
271/11
July 12 [1]  271/11
July 15 [3]  151/11 155/1 267/15
June [13]  151/16 190/2 219/25 253/9
253/9 253/14 253/14 253/23 253/23
255/7 260/17 269/17 288/20
June 1 [5]  190/2 253/9 253/14 253/23
260/17
June 12 [2]  253/9 253/23
June 2010 [1]  255/7
June 3 [1]  269/17
junk [61]  171/1 171/12 171/15 171/21
172/8 172/12 172/13 172/14 172/18
172/19 173/8 173/12 173/14 173/16
173/19 174/17 175/16 175/11 175/14
175/16 183/12 193/22 194/6 196/5
197/3 197/6 197/7 197/8 197/11 197/13
198/1 198/5 198/11 198/19 198/20
198/22 199/3 199/10 199/11 199/19
199/24 200/2 200/14 201/9 201/13
201/17 201/23 202/6 203/4 203/4
205/19 206/6 226/19 226/21 229/5

229/7 229/11 230/10 230/19 231/8
230/19
Junk Shot [45]  171/1 171/15 171/21
172/8 172/12 172/13 172/14 172/18
172/19 173/8 173/12 173/14 173/16
174/17 175/6 175/11 175/14 175/16
183/12 194/6 196/5 197/3 197/6 197/7
198/11 198/19 198/20 199/3 199/11
199/19 200/2 200/14 201/13 201/17
201/23 203/4 203/4 205/19 226/19
226/21 229/5 229/7 229/11 230/10
230/19
Junk Shots [2]  199/24 202/6
just [43]  139/4 139/22 139/24 144/6
147/7 147/10 153/23 163/19 164/16
164/23 166/19 167/22 170/24 171/8
171/21 176/7 184/16 186/12 191/3
191/5 191/7 201/9 203/9 208/20 208/24
210/6 217/20 221/20 221/22 221/22
243/16 252/16 257/10 266/23 294/9
294/24 299/7 303/12 303/13 303/16
303/19 304/5 304/11
Justice [2]  135/5 135/8

## K

Kanner [2]  134/22 134/23
KARIS [2]  135/20 140/15
Kate [3]  232/23 234/2 234/10
Katz [2]  133/18 136/21
keep [2]  139/13 271/7
Ken [1]  190/4
Kent [1]  205/23
Kent Wells [1]  205/23
kept [1]  183/3
KERRY [1]  136/13
Kevin [3]  215/5 225/6 302/12
key [6]  184/2 184/9 184/23 185/11
185/19 281/12
kill [262]
Kill's [3]  223/11 249/13 261/21
kill-well-on-paper [5]  232/12 233/17
233/25 234/25 236/2
Kill: [1]  251/5
killing [2]  227/25 231/23
Kills [1]  142/12
Kim [2]  241/6 241/20
kind [10]  150/1 151/9 155/9 160/3
177/14 189/4 189/15 209/24 212/2
241/19
kinds [2]  142/8 151/10
kink [4]  149/21 149/24 150/13 269/20
KIRBY [1]  137/15
Kirkland [3]  135/19 136/2 136/5
knew [2]  167/16 289/10
know [82]  139/20 147/19 147/20 147/22
150/23 150/25 152/12 152/13 152/13
152/20 154/13 156/10 156/14 156/22
156/23 157/6 157/21 161/5 162/5
162/11 162/20 162/21 162/21 163/13
163/20 168/18 168/21 168/21 169/19
170/10 172/22 177/3 177/12 178/5
178/6 179/6 179/10 179/13 179/13
179/15 179/15 179/17 179/19 180/4
180/22 182/6 183/8 188/22 189/13
190/7 202/10 205/1 208/11 215/8
219/15 234/10 235/4 237/21 241/16
241/22 245/15 252/15 253/17 254/12
256/5 271/25 272/15 272/18 272/21
280/19 282/14 284/8 284/8 295/13
296/24 297/1 299/13 300/3 301/10
301/14 303/23 304/12
knowing [1]  147/11
knowledge [7]  146/21 152/18 168/6

## K

knowledge... [4] 168/15 182/12 195/24
210/4
known [13] 146/19 149/15 151/12
152/11 182/25 183/6 183/11 196/17
207/10 220/18 231/6 267/16 274/10
KRAUS [1] 134/23
Kuchler [2] 137/11 137/12
Kurt [1] 218/2
KWOP [6] 233/14 234/7 234/14 236/9
236/18 236/24
KY [1] 137/15

## L

lab [6] 156/13 162/20 242/24 243/3
259/10 297/14
Laboratory [1] 157/4
labs [12] 152/23 154/6 154/14 156/12
160/1 160/5 168/14 181/18 181/19
181/21 240/16 243/7
lack [3] 158/13 177/19 208/1
lacked [1] 155/3
laed.uscourts.gov [1] 137/20
Lafayette [1] 133/24
Lake [1] 134/11
Lamar [1] 137/9
land [2] 271/5 271/5
landing [3] 278/18 283/22 284/3
Landry [14] 184/17 185/18 185/21
186/10 186/17 187/4 187/19 187/21
188/7 188/25 189/3 189/9 189/24
191/16
LANGAN [2] 135/20 304/2
large [16] 162/9 198/3 202/9 208/1
208/2 208/4 208/24 209/7 209/17
209/17 216/16 216/17 216/17 220/9
220/19 221/3
larger [3] 173/11 198/6 226/20
Lars [6] 170/9 215/23 218/8 219/20
222/24 223/8
Lasalle [1] 135/22
last [4] 158/17 187/17 255/3 303/21
late [4] 219/24 255/7 255/10 275/5
later [12] 151/8 151/15 158/6 158/7
159/4 166/8 178/25 194/5 205/21
206/12 284/23 285/19
latest [3] 186/16 186/19 242/14
lay [1] 200/17
lead [10] 152/25 190/9 190/15 196/21
203/3 206/18 213/17 248/4 273/11
302/12
leader [2] 206/13 224/7
leadership [1] 153/2
leading [1] 219/10
leaking [6] 157/5 218/24 289/15 292/25
293/4 295/25
leaks [2] 293/1 293/7
learned [2] 178/24 210/21
LEASING [1] 133/8
least [17] 146/6 146/13 149/15 162/22
169/13 171/4 179/25 203/24 231/12
237/3 238/6 243/6 256/14 257/5 260/19
277/19 303/23
led [3] 175/11 240/6 255/19
left [5] 255/10 270/25 301/2 301/2 301/3
less [12] 171/21 173/17 173/18 173/18
209/18 226/10 226/15 226/17 226/18
226/19 243/9 243/10
let [19] 139/4 156/10 158/3 173/1 173/5
174/24 200/15 209/13 216/6 225/24
226/22 241/5 243/2 259/5 259/5 280/19
283/13 298/9 304/12

let's [39] 152/19 157/3 160/14 164/1
171/23 177/18 181/24 186/6 189/11
191/23 197/3 200/25 202/12 204/13
205/12 207/10 207/15 208/7 209/1
210/25 211/20 213/5 214/17 215/23
219/18 221/10 221/15 222/21 223/19
246/14 264/24 266/11 278/24 279/24
292/11 293/3 299/13 301/23 303/13
letter [2] 184/24 185/3
level [1] 162/16
Levin [1] 134/2
Lewis [3] 135/16 137/2 137/7
LI [3] 136/20 139/16 189/18
lighter [1] 271/3
like [40] 142/9 147/3 150/3 151/16 152/7
160/10 163/3 164/19 173/3 175/6
177/15 184/14 193/16 194/1 196/7
196/9 198/9 242/10 243/19 252/16
255/24 256/22 259/4 259/5 259/8
259/10 263/14 266/9 270/18 274/23
278/15 286/11 288/10 290/16 294/24
295/3 296/8 297/14 303/21 304/11
liked [2] 170/6 170/10
likelihood [6] 175/17 177/10 202/24
203/10 226/19 242/20
likely [15] 139/8 146/2 165/8 165/19
165/20 166/15 173/11 174/9 187/2
213/17 213/20 218/14 223/3 259/14
298/19
likewise [3] 141/5 141/13 196/17
limine [2] 193/11 193/14
limit [8] 176/19 176/24 177/8 177/22
183/1 236/12 237/19 238/8
limitations [1] 202/21
limited [4] 159/7 170/21 171/7 177/13
line [22] 143/20 143/21 145/3 198/5
198/6 226/3 233/3 233/12 240/13 241/9
241/12 250/4 250/8 250/17 250/20
254/20 255/3 256/3 257/10 263/19
288/2 289/8
liner [1] 212/7
lines [18] 165/21 197/19 197/22 197/25
201/15 201/24 201/24 202/8 212/4
230/15 230/25 237/24 244/17 256/13
257/8 257/11 262/11 266/12
lines 13 [1] 262/11
lineup [1] 302/22
Liskow [1] 135/16
list [6] 201/22 277/22 277/25 283/17
303/18 303/19
listening [2] 161/21 226/2
listing [2] 288/16 293/25
lists [1] 278/5
litany [1] 299/10
litigation [1] 219/10
little [13] 141/25 146/9 155/23 176/17
196/4 199/8 211/11 251/22 270/17
289/25 300/25 304/9 304/10
live [2] 303/2 303/3
LLC [8] 133/18 133/22 134/22 136/12
136/13 136/16 136/19 137/11
LLP [8] 134/9 135/19 136/2 136/5 136/9
136/15 136/18 137/14
LMRP [31] 242/15 267/21 268/5 268/7
268/9 268/10 268/16 268/18 268/24
269/3 269/5 269/7 269/15 270/1 270/5
270/9 270/23 270/24 271/2 271/6
273/19 281/9 281/12 281/16 281/24
282/1 282/9 282/13 282/24 283/1 283/6
Lockett [2] 190/7 191/17
long [15] 191/13 212/6 212/7 217/22
217/22 218/18 224/9 254/7 272/15
272/19 286/20 299/10

long-term [1] 224/9
look [72] 143/21 144/5 148/10 150/21
151/20 151/22 151/24 152/19 155/16
158/14 158/23 159/1 160/14 161/23
164/1 164/5 168/23 169/7 169/17
171/23 171/24 174/13 174/24 175/18
176/7 178/7 179/24 180/5 180/14
181/12 188/14 199/2 200/10 200/17
201/15 202/12 203/11 205/12 209/1
213/5 215/23 219/18 219/23 228/25
238/11 238/15 245/21 254/20 259/17
259/24 260/20 295/20 301/25 302/2
looked [24] 148/11 152/3 155/17 156/17
157/24 158/10 169/9 174/8 175/19
185/23 187/14 190/21 192/9 194/1
208/23 217/20 238/18 244/11 244/14
253/15 266/23 270/10 283/8 301/10
looking [15] 139/7 146/9 164/8 170/23
171/13 184/16 187/5 187/7 187/9 187/9
191/5 241/2 257/22 272/25 274/20
looks [4] 147/3 193/16 252/16 263/14
266/9 296/8
Los [2] 136/4 136/22
lose [1] 225/20
loss [3] 226/23 253/24 283/22
lot [9] 162/3 171/19 177/25 196/2
196/14 200/7 219/10 222/6 228/5
LOUISIANA [17] 133/2 133/6 133/20
133/24 134/11 134/19 134/21 134/23
134/24 135/3 135/3 135/18 136/14
137/13 137/19 200/5 305/4
low [5] 186/25 197/2 202/24 203/4 217/6
lower [6] 177/25 267/18 268/10 268/15
270/1 270/5
LP [2] 137/12 137/15
LSU [1] 168/16
LUIS [2] 136/20 139/16
Lundy [8] 134/9 134/9 134/10 172/5
193/5 193/10 210/2 272/10
Luxenberg [1] 134/6

## M

Mackay [4] 282/5 282/20 282/22 283/5
Macondo [14] 141/23 144/11 144/13
144/24 145/2 145/11 146/14 152/2
155/21 164/3 164/7 166/25 239/5 257/6
Macondo's [1] 144/20
made [16] 143/11 145/16 167/5 211/3
211/6 220/5 226/23 243/22 246/8
252/24 266/5 274/6 274/10 288/25
292/8 303/22
magnitude [2] 167/4 167/19
mail [80] 156/23 160/21 162/22 163/17
175/23 176/1 176/8 176/9 176/11 177/1
178/9 181/16 181/20 183/24 186/16
189/8 218/3 224/2 225/10 232/23 233/4
233/6 233/23 234/4 241/6 241/12
241/16 241/18 245/25 246/7 246/11
246/17 247/8 249/21 250/20 251/3
251/10 252/11 255/24 257/4 257/19
257/22 258/7 258/10 258/18 259/4
265/2 265/7 265/19 266/16 266/23
276/10 276/18 276/23 277/2 277/7
277/24 280/2 281/20 282/14 282/16
282/19 282/19 287/12 288/11 289/3
295/6 295/17 295/21 296/12 297/3
297/10 297/21 298/2 298/3 299/21
299/22 299/25 300/9 303/10
mails [3] 164/14 195/21 299/10
maintenance [1] 293/24
make [14] 139/4 142/1 144/4 145/17
145/19 154/1 183/4 196/15 200/18
268/22 272/6 272/7 301/8 303/12

maker [2]  163/24 187/16
makers [6]  163/3 163/4 169/22 176/22 196/10 223/12
makes [1]  167/23
making [7]  154/7 167/15 178/21 245/13 247/5 247/10 264/5
manage [4]  200/23 285/9 296/10 296/19
managed [2]  214/13 214/13
Management [1]  164/2
manager [2]  214/25 215/25
manifest [1]  196/21
manner [1]  197/14
manufactured [4]  284/7 284/9 284/11 296/17
many [4]  178/25 180/18 184/4 273/15
Marcia [11]  163/3 170/8 182/22 190/2 191/16 250/8 256/3 256/5 257/3 258/16 267/8
Mark [4]  206/10 208/9 208/11 302/18
marked [1]  165/18
Markey [1]  184/25
marshaling [2]  167/22 204/22
MARTIN [1]  136/3
MARTINEZ [1]  137/3
Mary [2]  189/24 191/16
Mason [6]  183/15 184/2 186/18 186/20 190/10 191/17
Mat [1]  193/5
materials [7]  174/22 197/8 198/3 208/2 226/1 232/15 233/25
Matice [4]  280/2 280/11 280/17 281/1
matter [7]  171/21 173/15 190/8 244/23 245/2 295/20 305/7
matters [2]  163/25 301/15
MATTHEW [2]  134/10 135/21
max [1]  217/6
maximize [1]  277/10
maximum [3]  172/7 236/18 237/5
may [141]  140/12 141/17 143/4 143/25 144/17 144/22 151/5 151/15 151/21 152/7 153/20 153/23 153/24 156/19 156/21 156/22 157/10 158/25 159/8 159/9 160/17 160/20 162/19 162/23 165/1 166/4 166/5 169/3 174/11 174/11 178/10 181/16 192/18 193/5 196/4 184/9 184/25 185/3 185/15 185/19 189/8 190/6 190/14 192/18 193/5 196/4 199/19 200/3 207/16 207/25 207/25 209/19 211/6 211/24 218/3 219/24 223/13 224/3 233/1 233/18 234/21 241/6 241/9 246/5 248/8 248/11 249/24 251/19 251/19 252/18 253/4 254/21 255/1 255/7 255/10 256/10 256/18 257/2 258/9 258/10 258/11 258/22 258/25 259/1 259/21 261/2 261/10 265/5 275/5 275/14 276/13 277/3 277/7 277/15 279/22 280/5 281/15 281/23 282/8 282/12 283/13 284/7 284/15 284/24 285/16 286/2 286/10 286/11 286/12 286/17 287/3 287/7 287/15 288/5 289/6 289/19 290/15 292/5 292/11 292/14 292/17 292/18 293/13 293/14 293/20 293/22 294/17 295/9 296/7 297/4 297/24 298/6 298/24 299/14 299/25 300/4 300/13 300/15 300/20 302/15 303/11
May 11 [1]  183/23
May 13 [4]  275/14 284/24 286/2 286/10
May 13-14 [1]  285/16
May 15 [4]  184/9 276/13 277/7 277/15

May 16 [7]  181/16 241/6 241/9 293/13 293/22 293/25 293/25
May 17 [1]  156/19
May 18 [2]  233/1 233/18
May 19 [3]  185/19 189/8 190/6
May 2010 [2]  199/19 234/21
May 21 [3]  160/17 162/19 162/23
May 24 [6]  184/25 185/3 281/15 281/23 282/8 282/12
May 25 [6]  256/10 256/18 257/2 287/15 289/6 289/19
May 26 [2]  207/25 279/22
May 27 [1]  280/5
May 29 [19]  211/6 211/24 218/3 248/8 248/11 251/19 251/19 252/18 253/4 258/22 258/25 261/10 265/5 295/9 296/7 299/14 299/25 300/4 302/15
May 30 [11]  178/10 224/3 246/5 258/9 258/10 258/21 259/21 297/4 300/13 300/15 300/20
May 31 [8]  174/11 207/16 249/24 254/21 255/1 297/24 298/6 298/24
May 9 [2]  292/14 292/17
maybe [4]  147/22 178/25 299/8 304/5
MAZE [1]  134/16
Mazzella [2]  208/9 208/11
MBAL [1]  142/22
MC [2]  199/19 236/19
MC 252 [2]  199/19 236/19
McCutchen [1]  137/14
McNutt [24]  163/3 170/8 176/15 190/2 191/17 250/8 256/3 256/5 256/18 257/3 257/20 258/16 265/2 265/7 265/15 265/19 265/24 266/23 267/8 267/8 290/10 299/21 299/22 300/15
McNutt's [1]  182/23
McWhorter [3]  301/9 302/1 302/8
MD [1]  133/4
me [47]  139/4 143/21 144/6 145/20 150/10 156/10 156/20 158/4 166/3 169/24 173/1 174/24 181/7 187/15 188/11 194/1 200/11 200/15 209/13 210/22 216/6 225/24 226/22 230/12 234/16 236/1 238/5 241/5 243/2 252/11 252/16 252/17 258/1 259/5 259/6 263/14 266/5 277/20 277/20 279/23 280/19 282/15 283/13 291/7 296/8 298/9 301/14
mean [6]  170/4 187/13 226/12 226/15 226/18 293/8
meaning [1]  172/14
meaningful [3]  200/24 257/15 257/17
means [8]  175/16 225/18 226/13 226/14 226/20 266/19 277/18 295/23
measure [1]  226/5
measured [1]  226/3
measurement [1]  150/6
mechanical [1]  137/24
media [2]  161/2 256/25
meet [1]  242/2
meeting [13]  161/14 187/21 215/11 215/16 225/14 232/4 232/8 232/12 234/25 237/4 237/9 241/9 275/22
meetings [1]  201/12
members [5]  168/20 168/24 258/13 278/5 278/8
memo [5]  174/11 179/4 183/23 187/13 207/16
memory [3]  234/17 262/16 275/4
mentioned [5]  170/22 171/16 173/6 254/2 300/24
merely [1]  266/20
message [1]  184/9

messages [5]  184/2 184/4 184/23 185/11 185/16
method [2]  240/8 278/21
methodology [2]  232/5 264/6
MEXICO [3]  133/5 147/22 216/1
MICHAEL [1]  136/19
mid [4]  157/10 183/18 286/11 295/24
mid-August [1]  295/24
mid-May [3]  157/10 183/18 286/11
middle [2]  153/17 187/23
midnight [1]  139/7
might [13]  143/14 150/2 150/3 177/12 183/7 188/25 189/2 198/1 199/14 199/16 234/17 269/25 303/4
MIKE [4]  136/10 186/18 190/10 191/17
MILLER [1]  136/13
milliamp [1]  226/7
mind [2]  273/24 274/8
minds [1]  200/21
Minerals [1]  164/2
minute [2]  176/19 191/23
minutes [9]  182/9 191/14 301/2 301/3 301/8 301/11 301/19 301/20 301/21
misrepresentations [2]  243/22 255/19
misrepresented [3]  244/6 247/19 261/21
Mississippi [1]  134/14
Mitchell [1]  134/2
mitigate [2]  214/6 296/10
mitigated [1]  214/11
mitigating [2]  229/10 278/21
mitigation [4]  193/22 236/25 279/18 281/6
mitigations [2]  237/3 279/6
Mix [1]  218/2
MMS [2]  215/25 278/9
model [23]  141/19 142/19 143/6 143/6 143/14 144/23 144/25 145/10 145/12 145/17 146/7 146/13 151/6 151/7 151/9 152/14 152/16 154/20 157/5 157/9 157/16 157/20 166/21
modeled [5]  145/18 149/24 151/10 161/2 184/11
modeling [84]  140/17 140/19 141/6 141/10 141/14 142/16 144/11 144/13 144/19 144/20 144/23 145/1 145/25 146/1 146/17 149/14 149/16 151/3 152/1 157/2 157/10 157/15 158/7 158/11 158/25 159/3 159/5 160/22 160/25 161/6 162/6 162/23 163/13 163/14 163/15 164/24 165/5 166/18 168/22 169/2 169/9 169/10 169/1 169/18 169/19 169/23 170/2 170/14 170/20 170/20 171/7 171/10 171/14 172/2 172/3 172/4 172/13 172/17 172/19 172/25 173/8 177/13 177/11 177/13 177/14 177/15 177/17 177/17 177/19 177/25 179/14 177/17 180/2 180/8 183/15 190/8 190/9 190/12 232/5 236/5 238/1 279/20 280/12
models [24]  142/14 142/17 142/23 143/1 143/3 143/5 143/10 143/12 143/12 143/24 144/9 144/15 145/21 157/17 157/23 159/7 162/10 183/14 210/17 244/20 253/6 253/13 280/25 281/5
modifications [1]  288/25
MODs [1]  288/12
moment [1]  192/18
momentum [28]  141/25 142/2 170/21 170/25 171/7 171/10 171/18 172/25 173/9 173/10 173/13 173/16 175/7 175/8 175/15 176/20 177/8 180/17 182/24 196/8 200/11 202/21 212/16

**M**

momentum... [5]  216/23 236/12 237/19
242/21 243/10
Monday [1]  242/25
monitoring [2]  178/17 246/19
Montgomery [1]  134/17
month [3]  189/4 284/7 285/19
months [2]  178/25 178/25
moot [1]  193/17
more [17]  139/7 139/8 147/11 148/4
149/8 149/12 159/7 181/24 196/5 197/3
220/9 251/11 253/18 253/18 253/20
253/21 256/22
Morgan [2]  134/12 134/12
morning [27]  140/15 151/18 185/23
191/5 196/2 196/6 196/10 197/4 197/15
203/8 203/15 204/15 206/3 211/12
215/24 221/11 221/16 226/2 226/10
228/21 238/23 239/15 246/23 302/1
303/20 303/25 304/19
Morrow [4]  260/9 260/25 261/7 261/13
Morten [3]  218/16 218/22 254/21
most [14]  143/11 147/21 157/15 165/8
165/20 166/15 177/25 185/5 187/2
196/12 213/20 223/3 262/22 301/8
mostly [3]  147/5 165/19 182/1
motion [3]  193/11 193/14 303/12
move [9]  140/6 156/1 156/5 160/16
164/1 195/11 225/11 277/9 303/17
moved [1]  140/4
moving [3]  178/18 246/21 293/12
Mr [8]  172/22 193/10 215/2 216/6
230/23 231/6 251/3 303/15
Mr. [96]  156/19 157/3 159/10 159/18
163/5 172/5 173/22 174/13 181/16
183/15 184/2 185/22 186/20 188/20
188/23 188/24 189/18 191/9 192/7
192/17 192/20 193/9 193/12 194/13
195/12 201/4 201/6 201/15 202/5
202/12 202/16 202/18 203/22 209/6
209/20 209/24 210/2 210/12 210/16
214/24 216/23 217/5 217/25 218/2
219/7 219/13 219/20 220/8 220/13
220/23 221/10 221/15 223/1 223/1
224/6 227/3 227/6 229/16 230/4 230/8
230/15 231/12 237/12 237/15 237/18
242/2 251/3 253/4 253/4 253/5 253/9
253/14 253/18 253/22 254/2 254/9
254/15 254/21 255/6 255/13 255/23
272/10 273/14 277/7 277/24 280/11
281/1 287/17 299/1 299/7 299/9 301/7
302/11 302/24 303/9 304/2
Mr. Aoki [4]  156/19 157/3 159/10 159/18
Mr. Barker [1]  188/24
Mr. Barnett [9]  209/6 229/16 230/4
230/8 230/15 231/12 237/12 237/15
237/18
Mr. Barnett's [2]  173/22 174/13
Mr. Barr [1]  223/1
Mr. Brad [1]  221/10
Mr. Brian [2]  192/17 221/15
Mr. Brock [1]  185/22
Mr. Campbell [4]  201/6 201/15 202/5
202/18
Mr. Campbell's [2]  202/12 202/16
Mr. Collier [1]  299/9
Mr. Decroix [1]  163/5
Mr. Dupree [1]  242/2
Mr. Emilsen [5]  219/7 219/13 254/9
254/15 255/13
Mr. Emilsen's [2]  254/2 255/6
Mr. Gasaway [1]  191/9

Mr. Hayward [1]  203/22
Mr. Holden [4]  172/22
Mr. Inglis [1]  251/10
Mr. Irpino [2]  192/20 304/2
Mr. Lars [1]  219/20
Mr. Li [1]  189/18
Mr. Lundy [3]  172/5 210/2 272/10
Mr. Mason [3]  183/15 184/2 186/20
Mr. Matice [2]  280/11 281/1
Mr. Morten [1]  254/21
Mr. Olsen [1]  287/17
Mr. Pat [1]  201/4
Mr. Patteson [2]  301/7 302/11
Mr. Perkin [13]  193/9 193/12 194/13
209/24 210/12 220/8 220/23 227/3
227/6 255/23 299/1 299/7 303/9
Mr. Perkin's [5]  192/7 195/12 209/20
210/16 220/13
Mr. Secretary [1]  251/3
Mr. Selbekk [9]  216/23 217/5 218/2
253/4 253/5 253/9 253/14 253/18
253/22
Mr. Selbekk's [1]  217/25
Mr. Smith [1]  273/14
Mr. Tooms [1]  181/16
Mr. Turlak [1]  302/24
Mr. Turnbull's [2]  277/7 277/24
Mr. Watabayashi [2]  188/20 188/23
Mr. Wellings [1]  224/6
Ms. [3]  191/15 296/12 296/20
Ms. Browner [1]  296/20
Ms. Browner's [1]  296/12
Ms. Gottlieb [1]  191/15
much [21]  141/10 141/15 147/16 148/4
148/7 148/25 158/7 159/7 162/11
166/17 168/6 180/4 189/12 198/6
256/22 271/3 271/25 272/7 277/8
277/16 277/18
mud [32]  171/11 171/12 171/13 182/1
182/2 212/3 212/12 212/13 212/14
212/20 212/22 212/24 217/8 217/9
217/15 217/21 217/23 219/3 226/3
248/2 248/25 251/6 251/17 251/20
252/20 253/2 253/24 259/14 260/23
261/7 261/14 266/19
multiphase [1]  190/8
multiple [8]  150/18 152/15 158/18 185/8
256/13 256/18 257/8 257/11
multiple-part [1]  158/18
Munger [1]  136/18
must [1]  236/18
my [56]  141/4 141/9 142/18 143/11
144/5 144/13 144/20 146/15 147/7
152/3 153/5 153/10 154/22 155/17
156/24 163/11 165/2 168/15 168/21
170/5 170/22 173/6 175/21 177/12
178/16 180/7 182/12 196/19 197/23
200/20 210/16 226/1 227/8 227/21
228/24 229/15 229/22 234/17 241/23
243/11 246/19 251/23 262/16 270/10
272/14 273/2 273/24 274/8 275/8
277/18 285/17 285/23 290/5 296/24
300/5 305/5
myself [2]  227/18 253/15

**N**

N.W [3]  136/7 136/10 137/16
name [8]  154/15 192/4 206/11 218/16
227/8 235/2 235/10 235/20
namely [1]  259/12
NASA [1]  235/13
NATHANIEL [1]  135/11
national [21]  152/22 154/6 154/14

155/20 156/12 157/4 160/1 160/5 162/1
162/4 180/10 181/1 181/4 181/21
240/2 240/16 242/23 243/3 243/7 262/1
302/14
Natural [1]  135/9
nature [3]  175/3 192/12 202/20
necessarily [3]  146/3 162/21 268/20
necessary [2]  154/24 298/18
need [9]  141/17 154/20 279/9 282/15
284/21 285/13 288/16 294/20 299/7
needed [4]  160/2 272/16 286/6 293/19
needs [1]  303/17
never [21]  140/20 140/25 141/2 141/4
141/5 141/9 141/13 141/19 143/2
144/10 144/13 144/14 157/24 158/2
158/10 206/19 219/3 228/15 244/23
245/21 259/13
Nevertheless [1]  147/4
new [14]  133/6 133/20 134/8 134/8
134/24 135/18 136/14 137/13 137/19
183/1 240/7 279/9 295/23 295/25
News [1]  295/11
next [11]  189/4 189/21 191/20 213/16
215/5 266/25 301/4 301/6 301/17 303/2
303/3
nice [1]  180/16
night [2]  178/15 246/18
no [85]  139/17 139/19 142/1 142/4
142/11 144/2 144/22 144/25 145/12
145/16 146/1 146/6 151/6 152/7 152/13
154/7 157/21 161/8 161/14 163/15
163/18 163/21 164/8 171/16 172/10
173/2 176/9 177/14 177/17 178/4
179/17 179/22 182/12 182/24 185/2
185/12 186/11 187/21 189/6 189/17
189/19 193/4 193/13 195/15 195/16
196/19 196/23 201/6 204/8 204/12
204/12 205/11 205/21 206/7 207/1
207/3 214/3 216/9 217/8 217/9 217/23
221/20 224/13 228/7 237/11 244/22
245/1 245/2 245/4 252/20 253/16 258/1
260/2 262/21 266/9 267/7 269/4 271/8
271/8 274/5 286/6 293/1 293/7 299/2
300/23
No. [1]  236/20
No. 1 [1]  236/20
NOAA [3]  187/19 188/1 188/21
nobody [3]  146/13 176/24 206/23
NONJURY [1]  133/14
normal [1]  276/3
North [2]  134/20 135/3
not [199]
not-to-exceed [1]  236/20
noted [1]  283/2
notes [8]  161/14 161/15 233/14 233/17
234/7 234/15 239/20 289/15
nothing [2]  158/3 173/8
notice [3]  159/22 162/14 188/22
notify [1]  139/24
now [82]  141/25 142/14 144/9 145/3
146/16 148/9 157/24 161/23 162/14
164/23 165/3 166/24 169/6 170/19
171/7 173/13 175/23 176/15 181/20
191/2 195/4 197/3 200/13 203/8 203/10
207/10 207/14 208/7 210/25 221/10
222/21 223/16 227/13 228/18 229/1
232/21 235/1 235/10 237/12 238/10
239/3 239/24 241/5 243/16 243/19
243/22 245/5 245/23 247/13 247/19
249/6 252/18 252/24 254/2 254/9
254/20 255/18 256/12 258/4 259/3
261/20 267/10 267/14 267/25 268/14
273/20 274/2 274/23 275/10 277/22

## N

now... [12] 278/16 281/8 283/9 284/17 285/20 286/12 286/22 290/7 290/17 294/24 297/3 301/12
nowhere [1] 156/3
number [14] 140/5 142/14 146/4 155/7 166/16 177/23 195/20 195/20 195/21 231/23 233/3 237/21 294/3 298/16
numbers [15] 165/4 165/7 166/10 166/10 166/13 166/14 166/21 167/7 167/19 186/20 186/21 186/23 188/8 188/24 253/15

## O

O'CONNOR [1] 136/7
O'Keefe [1] 133/19
O'ROURKE [2] 135/10 303/7
O-rings [1] 293/5
object [4] 159/15 167/8 209/19 222/5
objection [15] 139/18 140/8 154/9 158/15 167/12 184/19 186/2 192/15 193/25 195/15 195/16 210/23 219/9 221/1 222/10
objections [9] 190/16 190/19 192/9 192/11 301/10 301/19 303/22 303/23 303/24
objects [1] 202/7
observations [1] 251/4
observed [2] 293/1 293/7
obstruction [4] 149/1 173/18 173/18 185/1
obstructions [4] 149/2 149/11 171/19 171/20
obviously [4] 161/8 161/14 250/11 304/8
occurred [1] 251/15
occurring [1] 148/19
ocean [1] 165/11
Oceaneering [1] 278/9
OD [2] 248/3 261/22
off [14] 181/23 190/22 197/10 198/13 213/25 214/2 222/15 222/22 223/9 229/5 229/8 241/23 268/21 300/3
offer [6] 169/7 170/3 170/6 170/11 170/16 173/3
offered [6] 170/4 170/4 170/16 192/24 211/12 223/2
offering [1] 169/24
Office [7] 133/23 134/4 134/15 134/19 134/20 135/6 135/14
offices [1] 168/9
official [4] 137/18 169/21 305/2 305/11
offshore [5] 136/13 136/16 136/19 227/25 230/3
often [1] 199/24
Oh [3] 144/7 148/24 164/16
oil [32] 133/4 133/4 140/20 140/21 140/23 141/3 141/8 141/10 141/15 141/21 142/13 145/22 145/24 159/10 167/20 176/19 177/8 182/4 182/21 183/8 187/3 189/6 195/25 236/6 238/2 251/7 251/17 256/14 256/20 256/23 257/6 295/25
oil/gas [1] 251/7
okay [22] 139/24 139/25 148/9 156/25 169/6 173/22 175/1 183/14 188/18 200/14 230/13 235/25 238/5 240/9 249/15 250/21 259/6 274/25 298/10 302/17 303/5 304/17
Ole [5] 169/20 176/20 178/24 180/3 182/25
OLGA [1] 142/22
Olsen [3] 282/5 287/12 287/17

Olson [1] 136/18
on [135]
on-scene [1] 189/25
on-site [1] 175/20
once [4] 155/6 159/22 160/20 168/22
one [70] 139/15 139/17 140/4 142/19 142/20 142/22 143/8 146/4 148/6 148/16 149/4 150/14 155/22 160/12 169/6 170/25 170/25 173/3 176/9 186/9 186/12 187/11 187/22 187/24 190/23 194/14 194/16 201/16 206/16 206/17 207/21 211/19 214/22 219/25 229/4 229/13 235/16 235/23 237/3 237/5 243/3 243/6 248/12 248/1 248/23 248/24 250/25 251/11 252/1 255/10 257/10 258/20 258/21 259/6 260/19 262/13 263/10 270/18 271/17 272/23 277/15 278/16 281/12 283/21 284/8 284/11 284/25 285/8 288/17 304/4
ones [3] 165/18 184/15 301/12
only [24] 141/8 151/15 152/3 165/20 168/22 169/2 176/23 182/22 186/15 186/18 190/17 211/17 215/2 215/12 215/12 215/19 216/2 216/7 221/18 222/1 237/2 248/1 255/10 264/15
onshore [1] 230/3
open [5] 139/10 165/14 213/10 213/13 214/16
opened [1] 156/7
opening [6] 172/14 212/23 221/11 226/14 226/20 269/12
openings [1] 173/11
operation [24] 142/2 142/5 171/11 171/12 171/15 172/16 174/12 176/4 196/24 200/16 236/12 245/9 250/1 265/10 266/17 268/14 268/19 268/24 276/2 277/11 279/15 280/13 285/6 286/16
operationally [1] 171/6
operations [8] 147/17 167/20 211/7 211/8 214/24 227/19 275/23 278/13
operators [1] 283/23
opined [3] 169/14 229/10 255/18
opinion [24] 145/8 170/3 170/4 170/16 170/16 175/21 182/20 193/15 196/19 196/24 202/5 203/2 206/5 210/5 214/1 216/6 220/8 220/14 221/16 222/17 226/24 229/15 248/6 261/20
opinions [24] 140/18 148/12 153/4 153/6 153/7 156/3 156/18 157/25 158/22 160/19 165/2 169/7 169/25 170/5 170/11 175/20 194/19 195/23 238/10 239/7 239/11 291/1 291/3 291/11
opportunity [2] 160/13 170/6
opposed [1] 270/8
option [58] 196/11 196/17 213/11 213/23 214/4 214/5 214/7 214/9 214/12 214/16 222/14 222/16 222/21 223/3 223/4 223/9 223/13 223/16 255/20 263/24 267/11 269/12 273/20 273/25 274/3 274/24 275/11 280/24 281/8 281/13 283/17 283/19 284/18 284/21 284/21 285/14 285/17 285/24 286/3 286/9 286/13 286/14 286/16 286/19 286/23 286/25 287/4 288/15 289/1 289/21 291/1 291/5 291/22 294/22 296/10 296/18 300/3
options [1] 226/25
or [100] 141/21 143/8 143/15 149/1 150/13 156/13 157/11 157/21 160/20 162/22 163/3 163/4 163/17 164/14 164/19 165/8 165/11 165/15 165/19 165/20 166/17 167/16 167/19 168/3

170/12 176/6 178/4 179/21 179/25 180/4 180/5 184/8 186/10 186/11 186/13 187/2 187/5 189/15 191/5 192/13 193/21 194/9 196/2 197/23 199/5 199/12 200/10 200/16 200/18 205/18 206/16 206/22 210/5 210/6 210/14 218/15 218/18 219/24 221/7 221/8 221/23 223/21 224/13 224/19 224/19 224/23 226/8 226/8 228/12 228/15 231/7 238/17 239/4 239/8 239/20 242/20 243/2 244/20 245/16 253/15 253/21 254/7 255/7 260/19 261/9 263/15 267/8 270/22 271/9 276/2 277/20 277/20 286/2 295/20 297/13 301/2 301/11 301/15 304/7 304/7
orally [1] 163/22
order [8] 139/22 152/11 167/4 167/19 268/18 272/12 273/15 289/23
organization [1] 156/13
organizational [1] 159/20
orifice [3] 174/19 198/21 216/17
original [5] 165/13 194/25 195/12 265/11 266/17
Orleans [7] 133/6 133/20 134/24 135/18 136/14 137/13 137/19
other [45] 142/7 142/7 142/22 143/16 155/18 163/4 165/8 168/17 168/20 170/9 176/22 186/13 187/10 189/3 189/7 191/12 196/21 196/22 196/22 200/6 202/11 210/6 210/19 216/11 216/14 216/18 217/10 218/13 221/22 223/19 223/20 251/24 253/23 253/24 257/4 257/20 258/13 260/2 271/6 280/25 288/18 296/5 298/17 298/24 300/19
others [4] 148/10 181/17 221/20 237/6
Otherwise [1] 160/5
our [11] 178/20 180/17 180/18 192/23 202/23 247/3 280/17 295/21 301/2 303/16 304/11
out [29] 140/24 141/2 145/5 158/2 161/22 170/7 176/13 184/4 186/18 188/11 189/7 195/21 212/24 212/24 225/14 251/14 259/15 262/6 262/15 263/12 263/17 271/19 272/4 278/5 278/16 288/16 293/25 294/14 301/1
outcome [1] 152/17
outcome...nonetheless [1] 217/11
outside [5] 169/4 176/10 201/16 209/20 220/13
over [10] 144/25 145/2 145/2 145/2 146/5 146/9 160/3 161/16 163/16 199/9
overnight [1] 191/6
overrule [5] 186/2 192/11 192/15 193/25 222/10
Overruled [1] 167/13
oversaw [1] 190/11
overwhelm [1] 204/23
own [32] 144/13 144/20 155/24 157/17 157/19 161/19 175/21 177/9 178/20 180/23 180/24 210/17 210/18 216/13 216/19 238/12 238/22 238/25 239/17 239/21 241/1 243/12 244/20 245/13 245/18 247/3 247/9 255/15 257/24 261/17 265/25 270/21
owner [1] 292/1

## P

P-E-R-K-I-N [1] 192/6
PA [1] 134/3
package [6] 143/16 143/16 183/24 184/5 186/18 187/5
packages [1] 143/18

P

page [25] 138/2 143/20 143/21 145/3 145/18 176/7 181/21 194/3 194/9 194/9 194/23 194/25 195/7 201/16 208/17 230/15 237/24 240/13 244/2 245/25 247/24 262/11 266/12 291/24 291/25
Page 19 [1] 194/9
page 349 [1] 266/12
page 369 [1] 201/16
page 8 [1] 194/3
pages [1] 209/22
paid [1] 139/12
Papantonio [1] 134/2
paper [17] 197/9 218/15 231/19 231/21 231/23 231/25 232/3 232/11 232/12 232/16 232/19 233/13 233/17 233/25 234/21 234/25 236/2
paragraph [8] 161/1 255/3 259/3 259/4 259/7 277/2 298/11 298/12
parameters [3] 151/12 164/18 194/4
parentheses [1] 235/13
parroting [4] 265/23 266/9 267/6 296/9
parrots [1] 266/1
part [20] 158/17 158/18 170/24 171/12 173/23 174/24 176/20 187/11 200/7 201/9 205/19 211/5 212/16 258/5 268/7 270/6 273/18 290/4 294/23 297/19
participants [4] 232/18 240/14 277/23 277/25
participated [2] 230/5 278/6
particle [1] 189/10
particular [14] 140/6 143/9 146/4 146/5 146/8 153/23 154/5 177/1 184/24 196/8 198/16 199/10 199/15 200/3
particularly [1] 278/14
parties [7] 139/16 139/17 189/23 191/21 195/11 302/6 302/23
partner [1] 234/3
Partners [2] 228/10 228/14
parts [1] 157/11
past [1] 160/21
Pat [1] 201/4
path [22] 146/22 174/22 197/9 198/6 202/3 202/9 202/20 209/7 209/16 213/6 213/10 213/13 213/14 216/16 216/17 218/24 220/1 220/9 220/19 221/3 225/19 254/22
paths [3] 148/14 148/18 202/11
pathway [2] 208/3 208/24
Patteson [6] 206/10 301/7 301/16 301/21 302/11 302/19
PAUL [3] 135/21 176/9 227/8
PC [3] 134/6 137/2 137/7
peer [41] 199/19 199/23 200/1 200/7 200/13 200/15 200/15 201/9 201/16 203/4 209/11 230/7 232/10 275/11 275/14 275/19 275/22 276/1 276/5 276/15 276/21 277/4 277/14 277/15 277/25 278/6 278/16 278/17 278/24 279/13 281/11 283/9 283/13 283/18 284/2 284/20 284/24 284/25 285/8 285/16 286/10
pending [1] 301/9
Pennsylvania [1] 136/10
Pensacola [1] 136/10
people [13] 139/6 139/12 155/7 168/12 170/9 175/12 175/20 189/2 200/7 210/6 210/19 228/5 270/16
per [27] 145/22 145/24 176/19 176/19 177/8 182/5 182/21 183/8 184/12 184/13 185/5 185/10 187/3 212/15 236/7 236/11 237/19 238/2 238/8
256/14 256/20 256/23 257/6 280/8 280/22 281/12
percent [5] 203/24 204/4 204/6 207/2 207/7
perform [4] 141/5 180/11 271/24 276/5
performed [13] 161/6 164/25 165/6 183/15 195/19 232/3 233/21 238/12 244/17 257/3 290/8 292/3 293/23
performing [5] 144/11 238/25 245/18 276/1 293/3
perhaps [1] 148/11
period [5] 143/4 145/1 151/5 155/13 159/5
Perkin [17] 191/22 192/2 192/6 193/9 193/12 194/13 209/24 210/12 216/6 220/8 220/23 227/3 227/6 255/23 299/1 299/7 303/9
Perkin's [5] 192/7 195/12 209/20 210/16 220/13
permeability [2] 164/6 164/19
permit [1] 165/13
person [1] 168/22
personal [1] 303/10
personally [1] 228/7
perspective [2] 196/9 209/13
pertains [1] 176/2
PETITION [1] 133/8
PETOSA [1] 134/13
Petroleum [2] 137/11 137/14
Phase [7] 140/4 194/14 194/16 194/20 195/2 195/12 195/19
Phase One [3] 140/4 194/14 194/16
Phase Two [4] 194/20 195/2 195/12 195/19
physical [1] 142/6
physics [2] 171/22 173/15
picked [1] 256/25
picture [2] 153/17 212/23
piece [2] 139/15 267/15
pieces [3] 163/16 256/19 269/21
pipe [4] 212/10 212/19 269/21 270/1
PIPESIM [2] 142/17 142/20
PIV [1] 189/9
place [6] 165/11 199/9 214/8 238/21 275/12 283/22
placement [1] 280/9
places [1] 286/21
plaintiffs [7] 133/18 133/21 134/2 134/6 134/9 134/12 193/17
plan [3] 193/22 224/9 292/20
planning [3] 230/5 238/6 279/18
plans [1] 224/13
plausible [10] 210/15 211/18 211/19 215/13 215/19 216/7 220/10 220/22 221/4 221/18 248/1 248/22 248/25 254/6
play [7] 189/23 191/12 192/16 301/12 301/16 301/19 301/23
played [2] 191/17 302/19
playing [3] 150/14 190/22 191/11
PLC [5] 135/18 135/21 136/4 136/7 136/11
plea [6] 184/22 185/1 185/13 185/17 186/3 186/3
plead [1] 185/19
please [42] 139/3 145/5 146/24 153/12 160/14 174/14 178/13 180/14 181/18 192/1 192/5 194/22 195/5 198/24 201/1 202/14 203/13 205/13 206/8 213/7 216/24 218/19 222/19 223/25 225/2 234/18 236/16 249/10 249/19 250/15 259/8 266/13 267/23 278/25 280/18 281/18 287/10 292/12 295/4 297/8
297/19 300/7
299/11 [1] 299/13
plug [4] 197/10 208/20 208/24 229/8
plugged [1] 224/25
plugging [1] 174/22
plugs [1] 198/13
plural [1] 296/18
plus [3] 150/5 186/13 259/13
PM [1] 288/21
point [33] 147/21 153/11 155/7 157/10 157/13 159/24 177/20 186/1 188/11 213/9 213/16 213/19 226/5 227/24 228/3 236/4 236/5 243/11 251/23 256/17 257/2 257/15 269/25 275/2 279/5 279/13 279/17 280/23 283/15 288/24 289/19 296/20 304/5
pointed [2] 179/3 180/20
points [3] 233/12 234/20 279/8
Polk [1] 137/11
porosity [1] 164/6
porous [1] 161/2
portion [4] 174/18 202/18 224/10 225/13
portions [1] 192/9
pose [1] 184/19
posed [1] 264/3
position [4] 154/7 154/22 190/7 295/25
positively [1] 283/22
possibility [3] 199/4 203/5 206/24
possible [15] 147/24 148/13 155/11 175/12 210/14 211/15 211/18 211/19 215/3 248/1 248/19 248/22 248/24 270/22 304/13
possibly [1] 300/24
post [9] 133/23 134/4 134/20 135/6 135/14 244/5 245/6 302/15 304/7
post-trial [1] 304/7
potential [12] 190/12 194/2 194/8 196/23 200/16 203/23 221/23 225/9 237/8 279/14 292/17 293/3
potentially [2] 194/7 198/17
pounds [1] 212/15
PowerPoint [3] 183/24 276/19 276/20
Poydras [4] 135/17 136/13 137/12 137/18
precisely [1] 303/25
predict [2] 146/10 146/11
preeminent [2] 172/2 172/24
prefer [1] 190/22
preferred [3] 213/10 265/20 271/2
preparation [2] 153/5 155/17
prepared [5] 191/4 194/19 195/1 195/8 290/13
preparing [1] 187/15
PRESCOTT [1] 137/4
present [1] 234/24
presentation [21] 211/3 211/6 211/11 213/6 213/23 215/12 216/22 236/10 248/8 248/11 248/16 258/22 258/25 260/9 261/1 261/10 266/1 276/20 299/13 300/4 302/16
presented [20] 146/17 162/15 162/18 184/15 210/14 210/22 211/24 212/1 215/3 216/11 219/4 219/6 220/24 221/3 223/10 248/16 251/19 258/25 261/6 261/10
presenting [2] 251/23 252/12
president [4] 190/11 201/6 209/5 229/20
press [2] 203/17 203/20
pressure [54] 150/5 161/4 193/23 194/7 198/13 198/23 199/3 199/5 199/7 217/6 217/6 217/7 217/12 217/15 226/3 226/5 226/8 226/10 226/10 226/11 226/16 226/16 229/5 229/11 229/13 229/14

**P**

pressure... [28]  230/9 230/10 230/20
231/1 231/7 231/11 231/13 236/18
236/20 237/2 237/5 242/15 243/9 245/8
247/14 247/16 252/8 252/9 252/19
259/13 262/23 263/4 285/9 285/10
294/1 294/18 296/11 296/19
pressures [1]  194/8
presumably [1]  161/15
presume [1]  245/19
pretrial [1]  300/24
pretty [1]  168/6
preventer [6]  148/22 159/14 197/20
198/22 276/15 276/20
previous [1]  186/12
previously [2]  156/25 188/2
primarily [3]  167/20 197/7 222/14
primary [2]  262/13 263/10
principle [1]  173/9
principles [1]  142/6
prior [17]  142/1 142/11 154/24 179/11
179/21 180/1 180/10 182/15 182/17
185/25 186/10 228/8 228/13 244/23
245/2 257/24 286/2
priority [3]  272/20 272/21 272/22
Privacy [1]  303/11
probabilistic [2]  159/25 160/11
probabilities [1]  197/5
probability [8]  169/11 173/12 175/7
186/25 203/7 206/15 206/19 277/10
probably [5]  149/8 180/25 183/2 191/7
270/17
problem [5]  159/11 200/24 292/18 293/2
294/10
problems [2]  196/21 196/22
procedure [33]  140/4 174/18 180/12
180/25 193/22 200/17 229/6 229/11
231/8 231/14 233/20 237/1 237/8
237/16 238/7 238/13 238/19 239/9
244/9 247/11 247/13 248/12 261/14
267/12 281/15 281/24 282/1 282/12
282/15 282/24 283/6 283/8 297/4
procedures [4]  147/9 228/19 238/15
293/24
proceed [8]  139/11 140/12 193/5 204/20
205/4 263/23 264/11 264/16
proceeded [1]  183/2
proceeding [1]  180/25
proceedings [3]  137/24 304/21 305/6
process [2]  214/9 264/5
processes [1]  273/2
Proctor [1]  134/3
PRODUCTION [11]  133/10 135/17
135/17 135/20 135/20 136/3 136/3
136/6 136/6 136/10 136/10
productive [1]  147/21
professional [4]  143/2 143/23 214/1
216/6
professors [1]  200/4
program [2]  143/7 143/8
programs [3]  143/9 144/9 144/15
progress [2]  178/17 246/20
progressing [1]  252/4
project [4]  207/16 228/5 270/17 291/24
projected [1]  293/17
promise [1]  146/12
pronouncements [1]  187/2
properly [1]  170/18
properties [2]  164/18 164/21
propose [1]  189/23
proprietary [2]  164/1 164/5
PROSPER [1]  142/22

provide [4]  163/17 164/10 220/14
264/20
provided [25]  162/22 164/2 164/6
164/13 166/11 166/18 166/20 167/4
169/21 170/1 170/13 170/14 179/5
184/17 187/19 187/22 188/6 247/17
253/18 253/23 255/15 261/20 264/15
267/10 291/8
providing [5]  186/16 220/25 233/23
282/9 283/6
prudent [1]  272/2
PSC [3]  192/22 193/5 303/16
psi [2]  236/21 259/13
public [3]  182/19 207/6 298/19
pull [33]  146/24 153/12 156/15 183/22
194/22 195/4 198/24 201/1 202/14
203/13 204/13 205/13 206/8 207/12
208/7 211/21 213/7 214/19 216/24
218/19 222/19 223/25 225/2 236/15
247/22 258/5 268/16 283/13 297/19
298/13 299/19 300/6 300/7
pulled [2]  222/22 300/3
pump [8]  172/7 181/5 236/18 237/2
237/5 245/8 247/14 247/16
pumped [2]  197/12 197/12 266/19
pumping [8]  181/4 181/23 182/1 208/1
212/14 217/5 242/24 257/25
pun [1]  182/24
purpose [7]  155/25 167/21 168/1 172/13
174/17 197/6 226/4
purposely [1]  158/2
pursue [3]  269/11 270/7 279/9
pursued [5]  267/11 273/21 273/22
273/23 281/9
pursuing [1]  270/8
put [11]  156/18 165/14 168/9 186/13
214/7 224/13 260/25 286/5 296/10
296/18 303/25
puzzled [1]  289/25

**Q**

quantification [3]  304/8 304/9 304/11
quantitative [1]  187/15
question [37]  141/17 143/22 145/7
152/3 154/5 158/18 158/18 166/20
166/22 175/3 186/9 203/23 204/19
206/15 206/18 210/12 223/9 225/24
226/22 227/21 230/17 234/9 242/12
258/1 261/6 261/9 261/13 262/7 262/12
262/19 262/22 263/10 264/3 266/15
266/25 298/10 301/3
questioned [2]  240/20 241/2
questioning [2]  215/10 263/19
questions [14]  157/12 181/19 189/17
193/18 227/2 227/11 229/1 291/7 299/2
299/7 299/9 299/11 299/21 300/23
quick [2]  139/15 260/22
quickly [3]  160/16 181/24 270/20
quite [6]  141/18 144/5 163/2 171/16
184/5 208/3
quote [1]  177/1

**R**

R-E-D [1]  179/7
Rafferty [1]  134/3
raised [2]  262/23 290/22
raising [1]  193/20
raisins [1]  198/9
ram [9]  149/5 224/3 288/17 292/18
293/2 294/3 294/6 294/11 294/18
rams [2]  149/4 212/4
ran [3]  142/15 180/9 254/9
range [13]  146/2 147/24 148/2 148/3

148/10 150/19 151/4 152/17 155/11
155/11 160/2
ranged [1]  148/7
ranges [6]  144/25 145/18 146/2 146/11
146/12 159/25
rapid [1]  199/12
rate [103]  144/16 144/21 144/23 145/10
145/13 145/15 145/16 145/17 145/25 146/1
146/2 146/5 146/7 146/10 146/14
150/24 151/6 151/8 151/9 152/15
152/16 153/22 154/1 154/5 154/16
155/10 155/14 155/19 155/21 155/23
156/21 158/4 158/24 159/4 159/10
159/25 160/1 160/24 162/2 164/20
165/4 166/10 166/10 170/2 171/17
171/18 172/7 172/15 173/10 173/17
173/17 173/23 174/20 175/4 175/10
175/16 177/24 179/4 180/2 180/17
182/3 182/4 182/7 182/16 182/20
182/21 183/7 184/11 185/5 185/6 185/8
185/24 186/1 187/6 187/8 187/9 187/12
187/16 188/1 188/9 188/25 189/12
190/5 190/12 196/4 196/7 196/9 196/14
205/19 216/16 220/9 220/19 221/3
236/6 238/2 247/14 247/16 256/7
256/13 256/19 257/4 257/5 257/16
257/23
rates [27]  141/20 144/25 145/2 145/10
145/18 146/2 146/11 150/19 151/10
152/17 155/11 162/15 162/18 163/20
171/15 177/21 177/22 177/25 179/20
179/21 180/18 181/5 181/5 190/13
196/2 204/12 209/15
rather [5]  161/18 169/11 169/18 198/3
270/20
ratio [1]  189/6
Ratzell [2]  154/13 154/13
RE [3]  133/4 133/7 224/3
reached [2]  167/21 189/2
reaches [1]  163/24
reaching [3]  148/12 161/19 238/10
reaction [1]  176/21
read [26]  159/2 179/18 202/16 204/17
204/24 205/25 210/19 223/6 224/4
224/14 231/3 236/22 241/20 246/22
247/6 256/21 259/5 259/5 259/6 259/16
262/25 263/13 296/2 298/9 298/21
303/10
reading [1]  206/11
readings [1]  226/9
reads [33]  233/14 234/20 236/5 236/18
237/24 240/13 241/18 242/12 242/14
242/20 242/23 244/4 246/7 246/18
247/2 248/1 251/3 255/6 256/3 256/12
265/7 265/10 266/16 277/7 283/1 285/1
285/4 288/11 289/4 289/8 292/17
295/21 298/13
ready [10]  274/8 274/21 286/13 288/15
288/19 289/20 289/24 290/6 294/22
303/19
realize [1]  227/10
really [2]  158/6 304/14
realtime [1]  245/8
rear [4]  215/5 215/8 225/5 302/13
reason [11]  155/22 174/9 208/18 210/4
222/1 223/3 223/8 223/22 244/6 247/19
248/2
reasonable [3]  200/11 259/14 298/16
reasons [17]  155/18 176/5 201/22
216/14 216/16 220/18 220/21 221/4
221/22 224/24 253/19 253/23 259/20
261/1 261/18 262/13 263/10
reassessed [1]  180/25

Case 2:10-md-02179-CJB-DPC Document 12773 Filed 04/29/14 Page 193 of 200

rebuilding [1] 294/17
rebuilt [2] 294/3 294/6
rebuttal [2] 195/7 195/12
recall [65] 153/5 153/9 154/18 156/12
160/20 160/21 175/24 176/4 180/13
183/13 183/24 184/4 206/12 211/5
211/6 212/16 215/9 218/11 220/4 224/6
229/16 230/8 230/11 230/24 232/17
232/18 232/20 234/3 234/16 238/14
238/20 239/2 239/14 239/16 239/23
240/5 242/6 254/12 260/3 260/6 260/7
262/4 262/6 262/8 263/21 271/21
273/14 275/3 275/6 275/8 275/16
275/18 279/23 281/17 290/12 290/16
290/21 291/6 291/11 291/14 297/13
299/10 299/21 299/24 299/25
recalling [1] 231/15
recalls [1] 216/2
receive [3] 176/9 177/7 186/13
received [11] 139/5 177/4 178/2 178/5
178/5 178/6 185/19 185/22 185/23
186/10 186/12
receiving [2] 177/5 177/6
recently [1] 189/11
recess [5] 191/24 191/25 301/13 301/23
303/5
reciting [1] 210/6
recognize [11] 206/11 211/23 214/24
235/1 235/16 235/23 260/12 267/25
282/4 287/17 297/10
recognized [1] 152/10
recollection [2] 240/10 275/8
recommendation [3] 225/11 263/22
264/9
recommendations [7] 200/18 213/5
264/18 276/16 276/21 278/15 279/2
recommended [1] 284/2
recommending [1] 286/3
record [10] 146/9 163/18 163/19 163/21
168/21 186/3 192/5 303/11 303/17
305/6
recorded [2] 137/24 292/7
recording [1] 161/15
red [6] 165/18 166/15 179/6 179/10
179/19 242/24
Redd [2] 282/5 287/20
redirect [3] 189/18 299/3 299/5
reduce [2] 172/14 174/21
reduced [1] 172/15
reference [5] 169/9 179/17 182/2 241/14
285/6
referenced [10] 170/19 175/23 176/2
179/23 183/15 186/21 191/1 254/5
254/14 254/15
referencing [1] 176/11
referred [1] 159/3
referring [16] 143/18 144/3 147/7 171/10
173/15 173/19 173/20 177/20 182/1
183/20 188/11 217/2 218/21 220/3
224/23 263/1
refers [4] 141/8 155/8 194/6 243/3
refined [1] 253/20
reflect [1] 146/12
refresh [1] 176/7
REGAN [1] 135/21
regard [4] 147/18 176/5 201/14 238/23
regarded [1] 176/5
regarding [19] 148/1 159/4 159/6 161/6
164/5 164/13 164/20 164/20 164/21
167/20 170/1 176/3 178/2 179/20
201/13 228/15 264/7 282/9 299/9

regardless [2] 174/20 175/3
regards [2] 241/20
regional [1] 215/25
regulator [1] 294/18
relate [1] 210/9
related [4] 232/15 240/20 241/3 262/23
relates [1] 230/1
relating [25] 191/15 210/15 229/1
231/22 233/25 237/18 237/19 238/10
239/1 242/3 243/7 243/13 245/14
247/10 255/24 257/15 276/6 278/13
280/12 283/6 290/14 291/1 291/12
294/25 295/1
relation [2] 235/17 294/9
relative [4] 187/1 216/23 281/5 291/9
relaying [1] 210/6
release [4] 203/17 203/20 256/14 257/5
relegated [2] 274/7 275/9
reliable [1] 189/15
reliably [2] 153/16 157/2
relied [2] 156/23 253/5
relief [4] 213/20 225/22 225/23 295/24
relieve [5] 229/14 230/10 230/19 231/1
231/7
relieved [1] 194/9
relieving [1] 231/13
rely [2] 185/24
relying [12] 187/6 239/19 248/8 263/5
263/8 263/14 263/18 264/19 265/25
291/7 300/16 300/21
remain [1] 139/10
remaining [1] 193/24
remember [5] 204/20 238/4 262/20
263/25 278/19
remembered [1] 231/16
removal [10] 270/8 281/12 281/24 282/1
282/10 282/13 282/15 282/24 283/1
283/6
remove [4] 268/18 268/21 269/4 281/9
removed [5] 184/10 213/24 223/4
223/17 223/21
removing [3] 269/7 270/4 281/16
rendered [1] 153/7
rendering [6] 140/18 153/3 156/18
157/25 158/22 160/18
repeat [1] 141/17
rephrase [1] 219/11
replaced [2] 293/4 293/6
replow [1] 196/3
report [67] 140/6 146/16 147/2 151/25
153/10 155/18 156/3 156/24 163/17
163/24 170/12 176/7 176/8 182/19
194/1 194/2 194/3 194/6 194/10 194/25
195/1 195/8 195/12 195/13 199/19
209/20 209/22 210/2 216/21 216/23
217/2 218/16 218/21 218/22 219/13
220/13 220/15 220/18 220/20 220/21
222/8 244/2 244/4 247/24 252/18 253/5
254/14 255/1 255/4 255/6 255/14
255/18 290/8 290/10 290/13 290/17
290/22 291/2 291/5 291/6 291/12
291/17 292/9 292/11 292/16 293/13
293/16
reported [1] 257/18
Reporter [3] 137/18 305/3 305/11
reporting [1] 257/9
reports [7] 159/2 159/3 194/19 195/22
244/11 285/1 292/8
represent [2] 181/12 252/17
representation [12] 204/10 205/9 206/2
206/6 207/5 212/20 221/25 222/2
222/13 223/17 223/21 226/23
representative [1] 302/14

representatives [1] 240/16
representing [2] 189/3 248/18
representing [3] 182/4 221/17 251/10
request [4] 140/5 181/3 187/11 300/14
requested [3] 178/5 180/10 260/20
requesting [2] 181/19 300/10
require [1] 270/14
research [1] 231/22
reservoir [3] 143/1 146/20 146/22
147/11 147/16 161/3 164/19 164/22
165/10 165/12 251/6 251/17 266/21
resistance [5] 149/14 226/15 226/16
226/17 226/18
resource [1] 277/9
resources [2] 135/9 167/22
respect [35] 146/18 161/7 167/16
169/13 196/8 229/4 232/18 236/12
237/2 238/7 239/4 239/9 245/5 249/4
252/3 260/5 263/7 263/17 265/21
268/14 271/18 278/20 281/12 283/10
283/18 284/18 286/9 286/18 286/22
288/25 290/7 290/18 293/20 293/22
296/12
respond [5] 185/15 186/7 228/16 231/11
262/22
responded [1] 177/1
responders [1] 256/23
responding [4] 228/4 228/7 230/1 235/8
responds [1] 176/8
response [38] 167/11 168/3 168/3 168/4
175/2 187/11 190/4 190/10 190/13
190/15 190/16 203/22 204/19 208/1
208/14 215/10 232/1 232/4 233/11
233/24 235/18 235/24 237/11 239/5
240/3 241/25 242/4 243/4 243/12 256/8
257/21 260/22 263/13 269/1 269/24
271/13 273/1 274/14
responsibilities [2] 224/8 228/7
responsibility [1] 168/5
responsible [1] 223/11
rest [2] 256/21 282/15
restate [2] 158/19 262/21
restrict [1] 149/3
restricted [1] 202/7
restriction [12] 149/6 149/20 149/21
149/23 150/1 150/4 150/8 150/13
197/15 199/11 217/14 226/13
restrictions [2] 160/9 184/11
result [13] 154/21 154/24 166/10 168/8
194/7 196/16 198/15 217/13 221/25
223/2 223/17 223/21 273/3
resulting [1] 166/21
results [7] 152/15 157/16 160/24 180/3
185/7 186/16 253/10
resume [1] 139/4
retained [5] 140/20 141/5 141/13 141/19
227/24
returned [2] 178/15 246/18
review [19] 153/3 168/21 169/1 173/22
177/13 180/7 180/7 180/11 181/3
181/22 190/18 204/9 205/8 209/25
240/6 241/19 242/3 242/23 242/25
reviewed [23] 140/17 140/19 151/5
153/5 153/6 153/7 153/9 153/10 170/9
179/23 195/18 195/20 195/25 222/17
223/20 226/1 232/15 240/20 244/8
244/20 253/13 261/25 277/19
reviewing [7] 144/18 152/5 237/7 239/13
239/14 245/8 291/11
revised [3] 281/24 282/14 282/24
reward [1] 196/23
RICHARD [2] 135/13 137/8

R

Richeson [1] 137/11
rig [12] 133/4 285/10 285/21 288/20 289/12 289/16 290/3 291/21 292/21 293/11 294/4 294/6
right [58] 139/14 157/24 165/24 174/13 174/21 175/2 175/5 176/15 181/2 195/14 202/1 204/1 204/17 205/2 205/6 206/3 207/19 207/22 208/24 210/18 211/18 212/10 215/17 222/21 223/13 225/11 228/11 229/21 230/2 233/1 233/18 236/3 243/21 246/5 248/6 248/23 250/2 250/6 250/12 259/17 260/14 267/17 268/8 268/9 268/16 268/17 270/18 275/25 281/24 284/19 285/7 285/18 288/7 289/7 294/5 294/16 298/6 304/7
ring [2] 238/3 282/7
rings [2] 238/5 293/5
rise [2] 231/10 304/20
riser [11] 146/23 149/21 150/8 150/13 246/13 268/21 269/17 269/20 269/21 271/7 296/1
risk [12] 194/3 194/4 197/2 198/19 198/20 225/9 230/5 264/8 275/23 278/17 279/14 296/7
risks [23] 196/22 196/24 197/1 198/11 198/12 198/12 199/2 200/17 200/22 237/8 269/6 272/4 278/17 279/5 281/12 283/9 283/12 285/10 295/22 296/14 296/16 296/22 298/20
risky [3] 263/23 264/10 264/16
River [1] 198/10
Rob [2] 287/23 287/25
ROBERT [2] 136/6 136/10
ROBERTS [1] 136/16
ROBIN [1] 134/7
rod [2] 293/4 293/6
role [2] 150/13 239/4
Ron [1] 260/9
Room [1] 137/18
Rouge [1] 134/21
roughly [1] 233/18
ROV [1] 283/23
Roy [2] 133/21 133/22
rule [3] 190/18 191/5 191/7
ruled [2] 190/20 301/18
run [4] 141/9 142/25 253/5 281/5
running [2] 145/21 148/19
rupture [58] 194/5 198/16 198/17 199/16 212/8 212/9 212/21 212/24 213/1 213/2 213/14 214/6 215/13 215/20 216/3 216/7 216/20 217/18 218/13 219/2 220/11 220/22 221/18 221/23 221/23 222/1 223/18 223/22 226/24 245/3 248/3 248/25 251/14 251/21 251/25 252/6 252/10 252/25 253/3 253/24 254/6 259/15 261/22 262/5 262/15 263/12 263/17 264/13 264/14 265/11 266/3 266/18 267/3 294/25 295/1 299/17 299/23 300/17
ruptured [3] 198/17 265/11 266/18
rupturing [2] 249/8 249/14
Rygg [2] 169/20 172/24
Rygg's [10] 169/23 170/20 170/20 171/7 171/14 171/23 176/21 178/24 180/3 182/25

S

S. [2] 246/1 250/4
S. Chu [2] 246/1 250/4
said [31] 145/15 151/22 161/17 162/13

169/11 176/16 183/5 203/24 204/2 205/19 206/6 211/5 217/3 227/2 228/22 238/1 241/2 248/7 252/1 252/22 254/7 257/5 258/1 266/1 291/6 293/1 293/1 293/3 294/3 299/22 300/16
Saints [1] 300/25
Salazar [3] 190/4 265/3 265/20
same [18] 151/1 151/25 152/4 158/5 158/11 163/2 167/12 177/4 177/18 178/19 212/23 217/11 217/23 247/2 259/12 259/18 261/13 297/16
Sandia [4] 152/22 154/14 156/14 181/17
SARAH [1] 135/14
saw [15] 146/9 152/5 152/6 152/7 157/23 164/8 164/10 164/12 164/13 179/17 182/9 202/2 203/18 226/10 248/8
say [26] 143/14 147/9 148/9 150/17 161/10 162/9 164/4 173/13 179/2 191/3 192/21 193/17 197/5 197/21 202/2 206/22 213/19 217/10 222/14 224/13 240/14 249/10 263/20 269/15 271/5 274/8
saying [20] 147/4 147/15 147/18 157/4 164/12 177/18 204/3 211/17 212/12 215/16 218/11 218/23 243/9 247/8 251/16 251/16 263/5 263/15 263/16 269/11
says [69] 145/21 147/14 157/3 161/1 162/1 162/3 162/8 162/22 172/21 175/3 176/8 181/18 186/6 186/6 199/19 201/15 201/23 202/1 202/23 203/22 203/24 204/19 205/7 206/18 206/21 207/4 208/19 209/6 209/9 209/10 213/9 213/12 213/16 215/2 215/10 216/2 217/5 217/17 222/9 224/9 224/17 224/20 224/23 225/17 233/12 234/2 236/8 236/13 236/23 237/5 242/23 247/12 248/5 250/17 254/20 256/21 257/8 263/13 264/22 265/18 266/22 267/4 267/5 279/8 280/17 281/24 282/14 285/2 288/17
scenario [11] 150/18 211/5 211/15 211/17 211/20 211/23 212/1 212/20 217/20 252/16 254/6
Scenario 3 [2] 212/20 217/20
scenarios [10] 210/14 211/12 215/3 248/15 248/18 248/21 251/4 259/1 298/16 298/17
scene [1] 189/25
schedule [4] 181/4 181/23 242/25 304/12
Schell [1] 137/11
schematic [1] 267/25
Schwebel [1] 224/3
science [37] 153/1 163/5 168/8 168/13 179/20 179/25 190/3 190/15 238/18 239/4 239/8 240/6 240/25 241/9 242/7 243/3 245/17 258/13 259/20 260/13 260/20 261/12 261/17 262/24 263/1 263/3 263/6 263/8 263/14 263/18 263/23 264/9 264/16 264/20 264/21 264/22 265/25
scientific [4] 256/13 257/8 257/11 257/11
scientifically [1] 185/6
scientists [34] 150/25 157/4 158/5 159/6 163/1 168/11 178/16 233/10 233/24 234/5 234/12 235/16 235/24 236/1 236/11 237/9 240/19 243/11 245/7 245/12 245/17 246/19 247/8 255/25 257/5 257/20 260/12 295/21 296/6 296/13 296/15 296/22 298/24 300/20

scope [3] 220/13 293/17 293/25
seabed [4] 165/11 167/24 168/7 212/25
seal [6] 147/11 147/12 251/20 251/21 252/8 259/15
sealed [1] 199/5
seals [2] 293/4 293/6
SEAN [1] 137/5
searched [1] 158/2
seated [2] 139/3 192/1
second [7] 140/3 161/1 170/25 213/9 224/20 259/3 298/12
Secretaries [1] 265/20
Secretaries Chu [1] 265/20
secretary [42] 163/3 163/6 163/8 163/10 170/8 177/3 178/2 178/9 178/15 178/23 179/23 179/25 190/4 190/13 190/17 191/11 205/1 205/9 240/6 240/15 242/7 245/8 246/3 246/12 246/17 247/8 250/6 251/3 252/12 258/7 258/10 265/2 265/3 297/3 297/13 298/3 298/23 300/9 300/14 301/6 302/11 303/10
Secretary Chu [32] 163/3 163/6 163/8 163/10 170/8 177/3 178/2 178/9 178/15 178/23 179/23 179/25 205/9 240/6 242/7 245/8 246/3 246/12 247/8 250/6 252/12 258/7 258/10 265/2 297/3 297/13 298/3 298/23 300/9 300/14 301/6 302/11
Secretary Chu's [3] 190/17 191/11 246/17
section [8] 133/5 135/9 219/23 236/5 256/12 289/3 293/16 295/17
see [144] 144/15 145/19 148/9 152/3 153/19 157/3 157/24 158/10 158/24 160/3 165/3 179/24 180/5 183/5 183/10 183/12 199/18 199/23 201/18 202/18 202/25 203/22 204/19 205/17 206/15 207/24 208/5 208/17 208/19 209/6 212/2 213/9 213/18 214/21 214/22 219/20 220/6 222/23 223/1 223/16 224/2 224/9 224/10 225/5 225/16 230/21 232/23 232/24 233/3 233/4 233/5 233/15 233/16 234/20 234/21 234/23 235/2 235/10 235/11 235/14 235/21 236/7 238/11 241/5 241/6 241/10 241/12 242/12 242/17 242/21 242/22 242/25 245/25 246/1 246/9 246/10 246/11 249/21 250/4 250/8 250/10 250/18 250/21 250/23 250/24 254/24 256/3 256/12 256/15 258/7 258/7 258/16 258/17 258/18 259/4 259/11 259/17 260/10 260/17 268/3 269/1 276/10 276/16 278/1 278/5 278/7 278/10 279/2 279/3 280/3 281/20 281/21 282/20 285/1 286/1 287/12 287/13 288/12 289/4 291/2 291/17 291/25 292/14 293/3 293/14 293/17 295/6 295/6 295/11 297/15 297/22 297/24 298/3 298/4 298/12 298/16
seeing [5] 239/16 260/6 260/7 290/12 290/16
seemed [2] 157/16 158/18
seems [3] 176/14 194/1 286/11
seen [37] 156/22 156/22 160/21 162/17 199/20 201/12 201/14 201/20 203/2 203/6 203/8 203/20 204/9 205/8 205/15 206/17 207/5 207/9 209/4 210/17 211/2 216/18 218/8 218/12 220/9 220/17 229/13 232/20 234/14 234/16 247/18 259/24 260/2 264/22 265/24 277/6

seen... [1] 283/20
Selbekk [10] 216/23 217/5 218/2 252/19 253/4 253/5 253/9 253/14 253/18 253/22
Selbekk's [1] 217/25
seldom [1] 202/6
send [1] 218/2
sending [4] 219/7 234/9 277/3 287/20
senior [1] 176/22
sense [2] 167/23 301/8
senses [1] 139/7
sent [11] 181/3 189/8 219/13 219/15 234/11 246/12 257/4 257/19 258/21 288/5 297/4
sentence [1] 220/4
separate [3] 171/4 171/6 173/7
separately [1] 180/7
September [2] 133/7 139/2
sequentially [1] 171/11
sequestered [1] 139/18
sequestering [2] 139/22 139/23
series [1] 149/11
serious [1] 151/6
served [5] 189/25 190/3 190/15 302/11 302/13
Service [1] 164/2
Services [2] 137/3 137/8
SESSION [2] 133/14 139/1
set [4] 185/7 244/20 274/12 274/13
several [4] 148/13 170/9 181/17 290/19
severe [1] 199/16
shallow [1] 266/20
shape [3] 185/18 217/13 221/8
share [1] 185/10
shared [7] 160/22 160/24 161/5 196/10 218/5 254/10 254/12
she [34] 156/7 176/16 176/18 176/25 177/1 182/25 185/22 185/23 185/23 185/24 186/12 186/13 186/15 186/17 187/4 187/5 187/7 187/9 187/23 190/4 234/3 241/3 256/7 257/8 257/9 257/10 257/14 257/17 296/13 296/25 297/1 299/22 299/25 300/16
she's [2] 257/18 265/23
shear [8] 149/5 292/18 292/24 293/2 294/3 294/6 294/11 294/18
Sheldon [2] 297/21 298/4
Shell [1] 168/20
ship [1] 288/19
shipping [1] 288/21
shoe [1] 218/24
shooting [1] 202/7
short [1] 189/23
shortly [6] 249/11 250/1 255/14 285/21 297/4 298/8
Shot [51] 171/1 171/15 171/21 172/8 172/12 172/13 172/14 172/18 172/19 173/8 173/12 173/14 173/16 174/17 175/6 175/11 175/14 175/16 183/12 193/22 194/6 196/5 197/3 197/6 197/7 198/1 198/11 198/19 198/20 199/3 199/11 199/19 200/2 200/14 201/9 201/13 201/17 201/23 203/4 203/4 205/19 206/6 226/19 226/21 229/5 229/7 229/11 230/10 230/19 231/8 231/14
Shots [1] 199/24 202/6
should [18] 170/14 196/9 196/11 196/17 197/1 197/2 197/5 214/1 214/3 221/3 267/11 272/20 272/22 273/20 273/22 274/10 279/9 288/20

shouldn't [2] 139/11 196/24
show [16] 190/7 190/13 191/12 191/8 195/7 217/18 230/12 234/16 241/5 279/23 282/15
showed [7] 185/22 187/23 188/9 189/13 212/23 251/19 300/6
showing [5] 212/2 212/3 212/8 212/17 212/22
shown [7] 152/15 176/25 203/9 246/23 299/22 300/9 300/19
shows [3] 217/6 217/21 273/7
shroud [1] 279/10
shut [16] 151/11 181/23 194/7 198/14 198/18 199/8 199/9 199/12 199/13 205/20 229/9 285/1 285/2 285/9 295/22 296/22
shut-in [12] 194/7 198/14 198/18 199/8 199/9 199/12 199/13 205/20 229/9 285/1 285/2 285/9
shutting [4] 213/16 264/6 296/7 300/25
shutting-in [1] 296/7
side [6] 212/18 217/21 269/21 269/22 269/25 269/25
side-by-side [1] 269/25
sides [1] 140/1
sidetracked [1] 286/15
signal [2] 226/6 226/7
significantly [3] 182/8 185/9 242/21
similar [3] 176/21 189/11 198/14
similarly [1] 149/20
simple [3] 149/9 149/13 186/9
simply [1] 173/15
simulate [2] 142/20 229/8
Simulating [1] 217/5
simulation [3] 165/23 178/24 180/3
simulations [8] 148/20 150/18 160/3 176/21 180/19 186/14 217/12 253/6
since [5] 153/6 175/14 228/11 228/14 301/18
SINCLAIR [1] 134/16
single [5] 155/7 155/7 155/9 159/23 177/20
sir [7] 154/10 194/15 194/18 194/21 195/3 195/9 196/1
sit [3] 232/20 269/14 291/14
site [1] 175/20
situation [4] 140/21 199/12 217/7 217/14
size [8] 174/19 174/22 197/21 197/25 198/21 202/7 202/20 216/17
skeptical [1] 188/3
skin [5] 161/7 161/10 161/18 162/24 163/13
slam [3] 205/23 206/2 206/6
slide [12] 184/17 184/23 185/19 186/12 186/15 199/2 199/18 242/9 242/10 251/19 261/6 278/24
slides [3] 241/9 241/18 284/25
slight [1] 140/3
slightly [1] 173/11
small [6] 197/19 197/21 198/3 198/5 202/7 302/7
slightest [1] 189/13
SMITH [4] 137/4 273/9 273/11 273/14
Snedden [2] 281/20 282/4
so [99] 139/21 139/21 139/24 141/9 142/7 145/1 147/24 147/25 152/15 154/7 155/23 162/5 163/22 166/9 167/5 169/3 170/9 171/12 171/12 172/18 173/10 174/19 175/10 176/13 178/21 179/2 179/23 183/19 186/6 186/17 188/4 189/8 189/13 192/15 193/13 194/10 196/3 196/23 198/5 199/7 202/2 202/19 204/3 207/1 207/14 208/19

208/23 208/23 210/18 213/23 214/14 220/1 220/14 220/18 222/18 226/6 226/16 229/14 230/1 233/9 236/1 236/19 237/1 238/6 238/16 239/20 243/10 245/12 245/16 247/4 251/10 251/21 253/17 255/13 257/8 260/4 260/19 261/12 261/16 261/19 262/9 263/2 265/19 266/7 266/16 268/18 268/23 270/7 270/16 272/6 277/14 277/20 285/6 286/8 288/1 294/13 300/14 303/11 304/15
soft [2] 199/8 199/8
software [2] 137/24 143/18
Soileau [1] 134/9
solids [1] 212/15
solution [11] 189/7 213/20 274/17 274/18 274/21 277/4 277/17 284/17 286/5 286/7 286/8
solutions [1] 276/6
some [45] 139/5 142/17 143/15 147/5 148/9 148/17 149/9 149/13 149/17 149/23 149/25 150/7 150/14 152/19 153/11 155/7 155/17 161/15 162/23 163/13 163/20 164/12 164/14 165/16 166/2 166/10 168/11 178/5 180/9 183/14 183/15 226/9 229/1 233/24 238/1 239/14 257/14 267/10 272/20 273/8 303/4 303/23 304/5 304/5 304/15
somebody [2] 190/10 272/18
something [2] 142/9 143/6 143/14 151/16 152/7 160/1 164/16 164/19 170/7 192/20 197/14 199/6 238/14 239/10 245/20 252/2 270/19 272/19 290/16 290/25 299/8 303/15
sometimes [1] 155/6
somewhere [2] 148/2 159/21
sorry [8] 152/25 175/14 183/18 186/9 250/19 250/21 274/13 275/17
sort [6] 143/7 159/23 176/24 251/18 294/13 304/12
sorts [1] 189/7
source [19] 161/7 167/5 167/16 168/3 168/24 169/1 169/3 169/6 169/17 170/1 196/11 196/17 199/18 207/21 227/13 228/19 240/7 278/20 304/10
South [3] 134/4 134/9 136/3
speak [1] 169/3
special [1] 165/16
specialist [5] 227/17 227/22 229/23 235/6 284/11
specialists [1] 174/3
specially [1] 272/11
specific [2] 230/11 275/8
specifically [4] 145/19 173/8 185/2 222/9
specified [2] 274/9 285/25
speculating [2] 222/6 231/15
speculation [1] 222/7
spelled [2] 179/7 195/21
spelling [1] 192/5
spike [2] 198/13 198/23
spiked [1] 229/13
spikes [2] 199/3 199/5
SPILL [1] 133/4
spin [1] 158/6
SPM [1] 289/15
spoke [2] 141/25 221/15
spool [3] 270/11 270/13 288/19
spreadsheet [1] 143/15
spun [3] 151/14 151/15 151/22
squashing [1] 271/9
stack [33] 151/11 151/23 154/25 222/16 224/3 224/7 224/14 224/17 224/23 224/24 224/25 255/21 255/23 267/14

**S**

stack... [19]  267/18 268/1 268/8 268/10
  268/15 269/8 269/10 270/1 270/5 270/8
  271/2 272/8 272/12 272/16 273/5
  274/20 280/9 283/24 288/12
stages [1]  279/18
stand [1]  145/22
standard [1]  238/2
stands [1]  145/24
started [3]  172/16 187/9 279/22
state [12]  134/19 134/22 135/2 159/13
  160/8 161/10 161/18 162/4 192/4 200/5
  298/19 303/25
stated [5]  159/9 162/3 254/9 273/20
  303/24
statement [5]  141/9 220/4 221/11
  256/22 269/12
statements [1]  212/23
states [14]  133/1 133/10 133/15 135/5
  135/8 164/25 167/10 167/15 169/15
  169/25 207/25 248/12 303/8 305/3
States' [1]  134/15
stating [2]  202/19 252/1
status [2]  274/23 288/2
stem [1]  212/17
stenography [1]  137/24
step [5]  178/22 243/2 247/5 265/7 274/2
STEPHEN [2]  133/19 135/6
Steve [1]  303/7
STEVEN [6]  135/10 136/16 156/10
  190/13 246/2 302/18
still [20]  167/22 175/8 175/14 175/15
  183/2 193/20 273/25 277/16 280/24
  284/14 286/13 286/17 288/24 289/23
  289/25 293/19 294/14 294/15 294/17
  301/1
stock [2]  236/7 236/11
stop [2]  172/6 202/8
story [1]  167/25
straight [1]  254/7
straightening [1]  271/19
strategies [2]  178/18 227/25
strategy [4]  227/13 229/10 246/21
  298/17
Street [16]  133/23 134/4 134/10 134/13
  134/20 134/24 135/3 135/17 136/3
  136/7 136/13 136/16 137/5 137/12
  137/16 137/18
Stress [1]  280/2
strictly [1]  218/17
strike [4]  156/1 156/5 156/8 303/13
string [6]  212/6 212/7 217/22 217/23
  218/18 254/8
strong [5]  182/25 217/12 299/23 299/23
  300/16
strongly [2]  265/10 266/17
structural [1]  269/13
structurally [1]  271/9
structure [1]  159/20
stuff [2]  173/18 177/21
subcomponents [1]  157/17
subject [12]  190/8 224/3 233/12 241/9
  276/15 282/24 288/2 291/19 295/11
  295/20 297/24 303/21
submitted [1]  253/4
subparts [1]  157/11
subsea [8]  225/10 231/1 248/4 272/3
  278/13 287/17 287/25 292/19
subsequent [3]  185/6 238/21 253/17
subsequently [1]  165/14
substantial [3]  157/11 270/14 271/14
substantive [1]  182/13

succeed [7]  171/21 173/14 175/13
  175/17 176/17 177/23
success [21]  169/12 171/15 173/24
  175/7 176/6 176/20 177/8 177/10
  179/20 180/20 182/3 196/16 197/2
  200/12 203/5 203/7 203/10 203/12
  221/7 237/8 272/7
success.' [1]  202/24
successful [10]  174/19 175/11 175/11
  177/24 181/23 194/6 198/1 199/24
  242/20 277/11
successfully [1]  236/6
such [9]  154/7 169/18 171/17 177/13
  194/4 197/8 197/13 204/10 283/21
sudden [1]  231/10
suddenly [4]  198/13 198/23 199/1
  229/14
sufficient [1]  145/9 154/1
sufficiently [2]  171/17 171/19
suggest [3]  148/8 180/16 203/6
suggested [3]  166/9 182/7 185/3
suggesting [4]  146/4 251/13 268/23
  273/4
suggestions [1]  304/15
suggests [7]  162/22 171/18 177/14
  179/5 252/7 265/11 266/17
Suite [9]  133/23 134/4 134/13 135/17
  136/13 136/16 137/5 137/9 137/12
summary [6]  199/20 207/24 233/12
  234/20 236/4 291/24
summer [1]  154/17
supercomputers [4]  157/4 157/6 157/8
  157/19
support [10]  157/12 169/2 169/19
  204/10 205/9 206/5 207/5 207/9 254/5
  267/7
supports [1]  222/17
suppose [1]  187/24
supposed [1]  186/15
supposedly [1]  211/19
sure [33]  141/17 141/19 141/19 142/1
  156/13 158/17 158/20 160/12 164/4
  164/5 177/6 181/9 183/19 183/21
  188/12 188/13 192/19 220/3 230/11
  237/21 245/20 247/15 249/17 253/8
  253/20 257/17 272/1 272/6 272/7
  277/18 296/15 304/17 304/17
surface [7]  167/20 167/21 168/2 168/3
  168/6 217/14 296/1
surprised [1]  180/13
survey [1]  190/3
suspect [1]  162/21
sustain [2]  210/23 221/1
sustaining [1]  199/6
Sutherland [1]  136/15
Suttles [2]  187/22 189/8
sworn [3]  140/11 185/14 192/3
system [12]  142/19 150/17 152/18
  155/12 157/11 157/18 157/20 157/23
  214/8 226/20 283/21 284/3
systems [1]  271/7

**T**

table [7]  213/24 213/25 214/2 222/15
  222/22 223/9 300/4
take [7]  150/19 188/22 189/6 191/13
  191/23 199/9 199/11 229/8 241/16
  242/1 243/2 272/4 272/20 274/2 286/20
  288/17 295/15
taken [5]  213/25 214/2 222/15 223/9
  228/16
taking [6]  198/9 198/22 238/21 243/15
  257/18 265/7

talk [16]  149/15 152/9 169/23 183/14
  175/20 175/22 176/9 183/11 183/14
  221/10 221/15 223/19 243/19 255/23
  270/16 274/23
talked [17]  151/18 163/19 170/19
  183/14 203/9 222/8 229/16 237/12
  239/24 248/15 261/25 272/9 275/19
  281/14 284/17 294/9 297/17
talking [27]  150/9 153/14 154/4 159/5
  162/14 175/12 188/15 188/19 197/15
  209/10 209/11 209/16 212/13 214/17
  221/13 224/16 224/20 224/24 232/10
  232/11 238/24 240/17 243/16 270/18
  270/19 280/7 280/7
talks [5]  194/2 194/3 194/9 209/21 210/3
tank [2]  236/7 236/11
task [2]  200/9 200/10
team [68]  153/1 155/3 163/5 168/8
  168/13 178/16 179/6 179/10 179/10
  179/19 179/20 179/25 190/16 201/9
  201/11 206/13 206/18 224/7 237/7
  238/18 239/4 239/8 240/6 240/25 242/7
  242/24 245/17 246/19 258/13 259/20
  260/13 260/20 261/12 261/17 262/24
  263/1 263/3 263/6 263/8 263/14 263/18
  263/23 264/9 264/16 264/20 264/21
  264/22 265/25 269/2 269/25 270/7
  271/17 271/22 272/24 273/11 273/15
  274/12 274/13 274/16 274/18 277/10
  277/16 283/18 285/20 289/16 304/9
  304/10 304/11
teams [2]  168/10 243/4
technical [14]  151/8 155/14 155/19
  158/4 159/4 182/20 186/1 187/6 187/10
  190/5 202/21 240/7 256/7 257/4
technique [2]  240/21 241/3
telecon [10]  161/1 161/6 161/9 161/16
  161/21 162/15 163/1 163/15 163/16
  163/22
tell [6]  139/9 145/20 171/14 195/18
  212/1 266/5
telling [4]  204/20 216/13 216/19 252/15
tells [1]  161/20
temperature [3]  226/3 226/5 226/8
tender [1]  227/3
tendered [1]  194/13
tension [2]  271/6 271/8
term [3]  159/15 167/8 224/9
terms [7]  144/3 146/21 153/25 159/5
  167/23 187/15 304/6
test [3]  152/17 212/4 288/17
tested [2]  293/7 296/17
testified [13]  140/11 140/17 160/22
  165/3 174/8 176/15 187/4 192/3 194/16
  202/6 229/7 240/5 263/21
testify [1]  228/15
testifying [1]  273/14
testimony [24]  139/4 170/22 171/23
  173/22 174/13 183/10 183/12 183/13
  192/7 192/10 192/11 192/15 206/2
  210/11 228/21 230/14 231/17 231/17
  238/23 240/12 262/1 262/12 266/7
  267/10
testing [8]  271/24 271/25 272/2 272/6
  289/4 289/9 289/13 294/1
Texas [5]  136/17 137/6 137/9 168/16
  200/5
than [27]  148/4 149/8 154/7 159/4 159/7
  161/18 163/23 165/5 166/17 175/10
  175/16 177/25 182/8 182/21 183/7
  185/9 188/2 189/13 196/6 197/3 220/10
  251/11 251/24 253/24 256/23 271/3
  304/11

T
Thank [13]  140/2 140/9 144/8 166/7
189/17 189/20 191/8 193/2 227/12
299/1 300/23 303/14 304/17
that [1048]
that's [113]  140/8 141/23 141/24 145/15
145/24 147/7 147/14 148/6 149/9 150/2
152/13 153/17 155/1 156/3 161/12
161/20 162/7 162/8 162/13 163/11
163/23 165/2 167/25 170/23 171/16
172/21 173/12 173/13 173/19 175/5
175/6 175/12 176/11 178/23 193/19
194/9 198/19 199/6 199/7 199/25
200/20 201/21 202/1 204/2 205/7
206/14 207/4 207/23 208/22 209/9
211/14 213/12 217/17 221/7 223/5
223/7 225/10 225/12 225/17 227/2
227/23 228/2 228/6 228/17 228/23
229/22 234/14 236/8 236/13 236/23
238/22 239/6 240/18 245/15 247/12
248/5 248/6 248/7 255/12 257/8 257/19
261/6 263/19 265/18 266/22 267/4
267/5 267/20 270/10 271/4 272/9 272/9
272/14 283/8 284/5 284/13 284/16
292/14 293/4 293/14 296/8 296/25
297/1 299/16 300/5 301/3 301/7 301/11
301/14 304/9 304/9 304/10 304/13
their [28]  139/7 142/16 144/4 147/4
151/3 152/12 152/13 152/18 155/24
157/16 157/17 157/19 159/3 174/8
174/12 175/20 177/9 180/24 200/9
200/10 238/12 238/22 238/25 243/12
245/12 245/18 247/9 303/24
them [32]  144/3 148/19 149/6 150/7
150/16 161/12 163/13 163/15 163/20
163/21 163/23 176/24 181/24 183/3
187/7 204/20 216/13 216/19 218/11
250/11 252/17 259/17 260/12 267/6
285/24 286/6 296/9 301/8 303/21
303/24 303/25 304/12
themselves [3]  169/1 169/17 238/15
then [47]  146/6 148/21 153/6 155/12
165/13 171/11 172/15 172/22 173/10
173/14 181/24 185/12 190/5 194/5
196/5 197/2 199/3 200/18 202/23
206/22 210/9 210/23 212/7 212/10
212/18 213/2 213/10 213/19 217/10
217/24 218/5 219/15 220/20 224/13
225/13 225/21 236/9 251/14 251/16
252/9 265/15 268/5 268/6 268/10 270/4
301/13 301/23
theories [1]  252/13
theory [1]  216/20
there [156]  139/20 146/16 146/19
146/20 147/10 147/18 147/19 147/19
147/24 147/25 148/2 148/13 148/25
149/2 149/11 149/23 151/6 151/7
152/16 153/17 153/25 154/4 158/2
160/7 160/9 161/1 162/3 163/18 166/16
167/3 168/11 168/11 168/11 168/12
168/24 171/2 171/20 173/10 176/23
177/14 177/17 182/19 183/11 183/19
184/5 186/13 190/16 193/11 193/14
193/22 196/23 198/11 198/12 202/1
203/24 204/4 204/6 206/5 211/5 212/5
212/23 213/9 214/14 214/15 215/11
215/11 216/11 216/18 216/21 217/10
217/12 217/14 218/13 219/3 221/20
221/22 225/10 225/24 226/2 226/9
230/10 230/18 230/19 230/25 231/7
231/25 232/2 233/3 235/2 236/10
236/11 236/24 242/12 243/10 245/25

246/11 248/15 249/3 249/7 249/12
249/18 251/4 251/12 251/14 251/14
252/7 254/20 255/10 256/3 256/18
257/11 258/5 260/17 263/3 264/7 268/3
268/9 268/17 269/24 269/25 270/4
270/25 271/13 272/24 274/12 274/13
274/18 275/11 277/8 277/16 278/5
279/2 280/19 283/8 283/9 286/12
286/15 286/17 286/20 286/23 288/17
288/24 289/8 289/15 289/16 290/4
290/18 291/25 293/1 293/16 293/23
294/1 296/6 296/9 298/10 303/4
there's [44]  148/4 163/21 171/19 171/20
173/17 173/18 173/18 185/12 192/14
193/24 196/23 197/1 207/14 209/18
212/7 212/10 219/9 226/15 226/16
226/17 226/18 226/19 226/20 233/3
233/14 235/10 235/20 237/5 237/5
243/9 250/8 268/6 271/8 271/8 273/7
277/25 281/20 283/12 288/11 289/3
289/23 298/3 299/23 300/16
thereafter [1]  255/14
therefore [4]  175/9 177/11 189/12 269/8
these [30]  149/16 150/14 151/9 151/10
151/12 151/24 152/2 159/8 161/14
163/9 166/2 166/9 166/10 167/1 173/6
175/12 184/14 191/13 194/8 201/3
202/11 204/12 214/21 215/2 222/23
240/19 253/10 291/7 294/20 301/5
they [187]
they're [2]  212/2 220/3
thickness [1]  164/19
thing [5]  139/12 140/3 186/18 187/14
189/4
things [11]  142/7 151/20 158/4 173/7
173/20 177/15 180/8 187/10 192/8
229/4 288/16
think [79]  148/7 148/10 153/22 154/11
156/4 156/20 161/20 162/25 164/23
166/22 175/12 176/16 180/19 180/24
181/2 182/9 190/16 192/14 193/13
194/10 197/1 198/2 198/8 200/3 200/3
200/7 200/10 202/23 206/14 208/19
209/19 209/22 210/8 210/9 211/11
212/22 216/21 218/1 218/4 218/16
219/17 220/12 222/14 222/15 228/5
229/7 229/20 231/9 232/2 234/9 238/21
239/6 239/10 239/19 257/17 263/5
270/16 270/20 272/22 273/7 273/22
274/5 274/6 275/5 284/5 284/13 284/16
284/22 284/23 285/25 286/8 286/20
288/13 290/16 291/6 299/7 302/10 303/4
304/7
thinking [1]  304/6
third [10]  134/20 193/20 211/17 211/19
211/20 211/23 212/1 215/23 236/4
291/24
this [361]
Thomas [3]  134/2 135/10 252/19
those [59]  139/23 142/7 142/17 142/20
142/22 142/25 143/9 143/10 143/18
144/10 144/14 146/4 147/25 148/18
149/17 150/14 150/17 150/20 150/22
150/23 151/1 151/2 157/6 157/8 158/2
159/2 162/18 165/7 165/17 166/11
169/6 184/16 186/20 190/18 190/20
193/18 195/16 196/9 216/16 220/21
233/6 233/7 233/10 234/24 240/16
244/17 248/18 248/21 253/13 253/15
253/17 253/22 273/22 278/12 301/10
301/10 301/23 302/2 303/17
though [3]  169/7 171/8 180/10
thought [5]  153/14 173/23 201/17

202/19 304/14
249/11 249/14 250/1 265/17 275/11
three-part [1]  211/5
threshold [2]  179/4 180/19
through [35]  146/22 160/16 161/3
189/14 190/2 197/16 197/16 197/18
198/5 201/15 207/25 210/7 212/3
212/21 213/14 214/9 214/9 217/22
218/24 230/15 231/1 231/9 237/24
238/17 240/13 248/3 248/25 251/21
253/24 259/14 261/16 262/11 266/13
270/1 292/5
throughout [1]  167/1
thumb [1]  303/18
Thursday [1]  288/20
thus [1]  162/10
tied [1]  175/9
Tieszen [2]  297/21 298/4
Tim [2]  190/7 191/17
time [74]  143/2 143/4 143/24 144/3
144/22 145/1 145/12 145/16 146/6
149/12 151/5 151/17 152/8 152/11
153/11 155/13 157/10 157/13 167/1
175/20 176/18 176/23 177/5 177/14
177/18 178/19 178/25 182/3 182/7
185/25 186/1 188/7 189/16 195/10
198/8 198/8 199/9 217/23 220/25 223/3
227/3 227/23 239/3 239/7 239/11 247/3
250/25 251/15 252/4 255/13 256/17
257/2 257/15 269/25 272/20 274/2
279/17 280/23 285/25 286/8 286/20
286/23 288/24 289/19 290/21 296/20
299/1 301/2 303/21
timeline [1]  299/9
times [1]  183/19
title [5]  162/1 234/20 242/12 260/23
276/20
today [4]  201/20 205/15 232/20 291/14
together [4]  149/6 175/9 261/1 286/6
told [17]  156/20 166/3 171/8 174/5
176/24 203/11 210/25 239/14 240/24
244/12 252/17 265/23 266/9 267/6
277/20 296/9 299/16
Tolles [1]  136/18
Tom [10]  152/20 181/16 218/8 241/14
241/18 250/9 258/18 297/21 298/3
298/14
tomorrow [4]  302/1 302/23 303/25 304/3
Toni [5]  137/18 137/20 305/2 305/10
305/10
tonight [2]  139/7 292/17
Tony [1]  203/17
too [23]  180/17 182/25 206/4 208/20
208/24 209/7 209/17 209/17 216/2
219/5 263/23 264/10 264/16 269/7
269/7 270/6 284/16 295/22 296/6
296/14 296/16 296/22 301/11
took [6]  155/13 188/4 245/21 272/15
272/19 275/12
tools [2]  145/9 271/22
Tooms [1]  181/16
Tooms' [1]  176/9
top [224]
Top Kill [193]
Top Kill's [3]  223/11 249/13 261/21
Top Kill: A [1]  251/5
topic [1]  187/17
Torts [1]  135/5
totality [1]  150/10
totally [1]  167/25
touch [1]  196/4

T

touched [1] 200/4
toward [1] 166/13
towards [1] 274/16
tradeoff [1] 199/7
training [1] 195/24
transcript [3] 133/14 214/21 305/5
transcription [1] 137/24
transcripts [3] 190/25 222/23 302/7
transducer [2] 225/25 226/2 226/6
transfer [3] 280/7 280/12 280/17
translated [1] 226/7
transmittal [1] 186/16
Transocean [23] 136/12 136/13 136/14
136/15 136/16 136/17 136/18 136/19
136/20 189/22 278/9 282/5 282/9
282/22 283/5 285/22 286/2 287/17
287/20 287/25 289/12 292/1 302/5
treatises [1] 195/20
tree [1] 200/23
trenches [1] 163/1
Trevor [2] 273/9 273/11
TREX [51] 140/7 156/15 160/14 194/23
195/5 195/11 195/11 199/18 207/14
207/15 232/21 234/18 236/15 241/5
242/10 243/25 245/23 246/24 247/22
249/18 250/14 254/18 256/1 258/4
259/8 259/22 260/8 261/4 264/24 276/8
276/24 278/3 279/24 280/15 281/18
282/17 283/14 284/25 287/9 288/11
291/15 291/25 292/12 293/14 293/17
295/3 297/7 297/18 298/13 299/19
300/7
TREX-10522.1.1 [1] 276/8
TREX-10522.1.4 [1] 276/24
TREX-10522.39.2 [1] 283/14
TREX-10522.40.1 [1] 284/25
TREX-10522.50.1 [1] 278/3
TREX-10622 [1] 207/15
TREX-10647 [1] 279/24
TREX-10647.2.1 [1] 280/15
TREX-11269.4 [1] 199/18
TREX-11296 [1] 260/8
TREX-11296.1.1 [1] 259/22
TREX-11296.2.1 [1] 261/4
TREX-11305 [1] 245/23
TREX-11305.2.3 [1] 246/24
TREX-11464R [2] 194/23 195/11
TREX-11464R.22.1 [1] 243/25
TREX-11464R.24.1 [1] 254/18
TREX-11464R.30.4 [1] 247/22
TREX-11465 [2] 195/5 195/11
TREX-11477 [3] 258/4 297/7 300/7
TREX-11477.1.3 [1] 259/8
TREX-11478 [1] 264/24
TREX-11480.1.1 [1] 241/5
TREX-11480.22.1 [1] 242/10
TREX-11677 [1] 291/15
TREX-11677.129.2 [1] 292/12
TREX-11677.145.5 [1] 293/14
TREX-11677.146.3 [1] 293/17
TREX-11677.3.5 [1] 291/25
TREX-11900 [1] 140/7
TREX-144757.1.1 [1] 256/1
TREX-144847 [1] 297/18
TREX-144847.1.2 [1] 298/13
TREX-144989.1.3 [1] 281/18
TREX-144989.1.9 [1] 282/17
TREX-145079.1.3 [1] 287/9
TREX-145079.1.4 [1] 288/11
TREX-4478 [1] 299/19
TREX-9146 [1] 295/3

TREX-9245.1.2 [1] 232/21
TREX-9245.1.3 [1] 236/15
TREX-925.1 [1] 297/4
TREX-925.2.8 [1] 234/18
TREX-9696.1.1 [1] 250/14
TREX-9696.1.3 [1] 249/18
TREX-9709.1.2 [1] 156/15
TREX-9710.1.2 [1] 160/14
trial [6] 133/14 139/10 139/19 139/19
139/21 304/7
tried [2] 142/10 152/4
TRITON [1] 133/8
trouble [1] 167/23
true [12] 141/21 193/19 206/14 239/5
239/6 255/12 271/4 284/5 284/13
284/16 296/4 305/4
trust [6] 175/23 176/1 176/10 176/16
177/2 177/4
try [6] 141/2 200/23 202/8 212/17
230/18 243/10
trying [16] 146/10 146/11 149/18 150/2
150/21 152/6 154/6 156/21 157/8
157/13 158/11 158/24 198/9 208/20
230/24 301/1
Tuesday [3] 256/10 288/19 288/20
Turlak [3] 287/23 287/25 302/24
turn [1] 223/12
Turnbull [2] 276/10 277/2
Turnbull's [2] 277/7 277/24
turned [1] 219/15
Tusa [5] 137/18 137/20 305/2 305/10
305/10
two [22] 147/25 166/17 170/24 171/2
171/4 173/7 173/20 193/16 194/20
195/2 195/12 195/19 195/22 202/20
220/21 251/4 260/19 268/22 269/21
279/8 288/17 302/8
two-part [1] 170/24
type [5] 142/25 162/6 192/15 257/14
272/3
types [1] 142/23
typically [2] 165/9 200/20

U

U.S [10] 135/5 135/8 190/3 239/17
239/21 244/5 247/17 255/7 255/15
302/13
U.S. [2] 189/25 245/7
U.S. Coast Guard [1] 189/25
U.S. government [1] 245/7
Uh [1] 287/22
Uh-huh [1] 287/22
ultimately [1] 224/25
uncertain [1] 150/17
uncertainties [6] 146/17 150/20 150/22
150/23 151/1 151/2
uncertainty [12] 147/5 147/18 148/1
148/17 148/21 148/25 149/2 149/23
152/17 155/10 160/12 162/9
uncomfortable [1] 187/25
unconstrained [1] 165/10
uncontrolled [8] 140/21 141/3 141/7
141/11 141/16 141/20 227/25 254/22
under [2] 207/24 236/4
undergraduate [1] 187/14
underground [1] 199/17
undermining [1] 185/14
underneath [2] 235/20 289/15
understand [61] 149/18 150/2 150/22
152/1 156/21 157/14 158/12 158/24
187/18 201/6 229/23 233/10 235/5
237/20 239/19 240/25 241/14 241/24
245/7 245/11 245/12 247/13 253/9
260/25 263/7 263/16 264/19 267/21

269/6 269/20 269/24 270/4 270/7 271/4
271/10 272/13 273/8 273/8 274/19
275/1 275/11 275/14 277/3 279/20
281/11 281/15 283/9 284/2 284/6
284/10 284/14 284/20 285/20 286/12
286/22 287/3 290/2 290/17 292/7
295/16 296/17
understanding [20] 146/15 155/21
197/23 224/16 225/18 226/1 228/23
228/24 229/22 231/6 253/22 260/15
270/10 272/14 273/2 285/17 285/23
290/5 300/5 305/6
understood [1] 269/4
undertake [1] 181/24
undertook [1] 239/17
unfamiliar [1] 276/2
Unified [14] 185/4 185/10 190/1 203/11
204/10 207/6 210/25 211/3 211/24
214/18 218/6 219/16 221/17 228/18
UNITED [13] 133/1 133/10 133/15 135/5
135/8 164/25 167/10 167/15 169/15
169/25 248/12 303/8 305/3
United States [7] 164/25 167/10 167/15
169/15 169/25 248/12 303/8
universities [1] 168/16
University [2] 200/5 200/5
unknowable [1] 147/25
unknown [10] 147/13 147/15 149/4
149/20 149/22 149/24 161/11 161/18
162/4 234/2
unknowns [6] 149/10 150/10 150/15
150/16 151/25 152/2
unless [1] 180/8
unreliable [2] 189/5 189/12
unseat [1] 252/8
unseated [1] 251/20
unsolvable [1] 196/22
unsuccessful [1] 208/19
until [7] 139/25 158/6 158/7 255/7
285/25 295/23 300/15
up [86] 146/24 151/14 151/15 151/22
153/12 156/15 158/6 165/15 165/15
183/22 184/12 184/13 186/13 189/13
194/22 195/4 197/8 198/10 198/24
200/22 200/23 201/1 202/8 202/14
203/13 204/13 204/23 205/13 206/8
207/12 208/7 208/20 211/17 211/21
212/10 212/11 212/18 213/7 214/16
214/19 216/24 218/17 218/19 218/24
220/1 222/19 223/25 225/2 226/22
230/13 232/21 236/15 237/22 242/10
243/25 244/20 245/23 247/22 249/18
250/14 250/17 254/7 254/18 254/22
255/24 256/1 258/5 262/9 264/1 266/12
267/23 274/13 274/13 278/24 279/24
283/13 295/3 297/7 297/18 297/19
298/13 299/8 299/19 300/6 300/7 301/8
upon [14] 162/6 176/23 195/24 195/25
196/4 212/9 220/8 220/17 240/24 263/5
263/14 291/8 300/16 300/21
upper [1] 268/7
upwards [2] 251/7 251/18
us [15] 161/20 171/8 174/5 181/19
195/4 200/13 201/1 203/11 204/20
205/21 212/1 225/2 260/8 300/7 301/16
use [13] 143/17 144/14 151/3 152/10
158/11 177/18 179/14 198/8 271/2
286/3 286/23 290/4 301/2
used [28] 142/20 142/23 142/25 143/3
143/3 143/8 143/9 143/10 143/24
143/24 144/10 157/5 160/4 167/19
167/24 179/16 196/11 205/23 236/20
245/3 269/10 286/25 287/4 288/15

**U**

used... [4]  290/2 291/4 291/22 296/17
useful [3]  152/1 162/5 189/15
usefulness [1]  291/9
USGS [3]  163/4 170/8 256/9
using [16]  137/24 141/14 144/10 151/6
 151/9 151/10 151/24 153/23 157/2
 157/8 157/19 158/24 159/6 177/21
 243/15 253/6
utilized [3]  214/5 227/14 283/24

**V**

validating [1]  157/16
valuable [1]  151/19
value [2]  162/11 162/14
Vargo [3]  301/9 301/25 302/8
variability [1]  155/11
variable [3]  148/6 148/7 149/4
variety [3]  162/15 168/17 183/19
various [6]  167/3 168/16 174/22 233/24
 275/23 294/2
vary [1]  162/10
velocimetry [1]  189/10
vent [4]  214/8 229/5 286/21 296/19
vented [1]  194/9
venting [14]  214/7 214/9 274/9 284/17
 284/21 285/13 285/24 286/3 286/7
 286/8 286/13 286/18 296/9 296/18
Verchere [2]  249/21 250/22
verify [3]  166/6 178/21 247/4
very [13]  139/20 145/16 155/22 170/7
 179/1 184/17 188/6 197/19 202/2
 202/23 208/1 255/14 273/1
vessel [1]  296/1
via [2]  213/16 280/8
vice [3]  190/11 209/5 229/20
video [7]  189/3 189/5 191/16 192/10
 301/6 302/18 303/4
videos [1]  301/9
videotape [1]  191/18
videotapes [1]  302/20
view [4]  160/11 174/12 179/20 205/18
views [1]  142/19
violation [1]  303/11
virtually [1]  274/21
virtue [1]  198/21
visibility [2]  283/23 284/3
visual [1]  161/8
voted [1]  270/24

**W**

want [12]  142/1 167/25 200/13 203/11
 221/8 267/14 272/4 272/6 301/6 301/16
 303/11 304/1
wanted [7]  192/20 204/20 205/4 269/11
 274/9 285/24 301/15
WARREN [1]  137/15
was [531]
Washington [6]  135/7 135/15 136/8
 136/11 137/16 139/6
wasn't [6]  154/6 161/8 164/20 245/22
 251/15 270/24
Watabayashi [2]  188/20 188/23
watched [1]  271/16
watching [1]  302/3
water [1]  212/15
way [24]  139/10 149/9 150/16 159/7
 162/1 164/16 169/21 185/17 191/9
 193/11 197/9 200/23 200/24 209/14
 212/11 214/10 229/14 230/10 230/19
 230/25 231/7 231/13 265/15 265/20
we [193]

we'll [7]  145/20 148/9 149/15 152/9
 191/10 273/24 275/12
we've [3]  196/6 203/24 206/2
week [3]  277/20 304/6 304/13
weeks [2]  152/14 178/1
weigh [1]  200/17
weighed [1]  212/15
Weiner [1]  137/11
Weitz [1]  134/6
well [197]
Well's [1]  207/18
wellbore [7]  161/4 162/4 217/8 217/9
 252/9 252/20 253/2
wellhead [3]  184/10 236/21 268/12
Wellings [2]  224/2 224/6
wells [5]  141/20 142/13 205/23 213/20
 231/23
went [7]  149/12 158/2 189/13 193/25
 210/6 271/14 289/25
were [163]  143/3 143/21 143/21 143/24
 145/1 146/10 146/11 146/16 146/20
 147/5 148/13 148/18 149/6 149/11
 149/11 149/13 149/13 149/17 149/19
 150/2 150/5 150/14 150/17 150/25
 151/6 151/7 151/16 151/19 151/20
 154/6 155/22 157/13 157/14 157/15
 157/19 158/24 159/6 160/9 162/16
 162/18 163/1 163/9 165/17 166/10
 166/17 167/3 167/5 168/11 168/11
 168/24 171/8 173/20 176/11 176/24
 181/2 181/5 184/10 184/16 185/9
 186/14 186/14 187/12 187/25 188/3
 188/23 189/11 190/16 192/23 197/21
 197/23 201/24 202/21 202/23 203/15
 204/21 204/22 205/5 205/22 207/21
 208/20 210/14 212/22 215/2 216/13
 216/16 218/1 218/14 218/21 220/9
 220/18 221/20 221/22 222/12 223/20
 226/9 226/25 228/19 229/1 229/4
 231/21 232/18 233/10 234/24 236/1
 237/15 237/25 238/20 239/3 239/7
 239/14 239/19 241/2 243/11 243/12
 243/15 243/15 243/16 244/12 245/3
 245/8 245/11 245/12 245/15 245/17
 247/9 248/15 248/19 255/25 256/18
 257/20 261/13 262/23 263/3 264/4
 264/7 269/4 269/7 269/7 274/20 279/21
 280/25 283/9 284/14 285/23 286/5
 286/15 288/24 290/4 290/19 290/22
 292/8 293/1 293/4 293/6 293/7 293/8
 293/12 294/15 294/17 294/20 299/22
 300/9 300/19
weren't [4]  157/10 157/23 239/20 291/5
West [14]  287/6 290/8 290/10 290/13
 290/17 290/22 291/5 291/6 291/12
 291/17 292/3 292/7 292/17 292/20
West Engineering [1]  290/17
West's [1]  293/13
what [212]
what's [6]  163/12 198/15 199/3 221/21
 285/15 302/22
whatever [6]  144/9 177/12 187/24
 198/22 221/8 304/7
when [37]  145/9 145/20 150/5 154/8
 166/9 167/5 167/15 176/25 178/24
 179/23 182/17 187/4 189/8 190/5
 196/23 199/3 202/6 205/21 208/17
 209/10 213/13 218/11 224/17 224/24
 231/21 253/4 269/20 275/6 276/2 285/9
 285/17 286/23 288/18 291/3 291/6
 300/16 303/25
whenever [1]  192/16
where [34]  140/4 142/9 149/16 153/19

165/9 178/16 199/23 203/22 204/19
 205/17 206/16 209/9 209/10/2
 215/2 217/5 217/8 217/14 222/8 223/1
 224/9 226/9 226/10 228/14 229/13
 246/19 250/17 261/7 261/14 264/22
 281/9 299/16 299/22 300/9
whether [50]  139/12 141/14 148/10
 148/22 149/4 149/5 149/6 150/21
 151/24 152/3 152/9 152/12 153/5 153/9
 153/10 153/15 156/22 156/23 156/25
 158/10 158/24 160/8 160/9 160/20
 166/20 173/23 177/3 179/10 179/19
 180/22 182/6 183/5 190/17 193/21
 198/1 200/10 200/18 206/16 206/16
 210/13 221/16 230/9 231/7 238/11
 238/17 239/21 245/16 253/17 262/5
 270/22
which [48]  139/7 140/6 143/12 147/12
 147/21 149/11 150/17 155/12 158/5
 159/10 162/16 165/18 167/9 167/19
 169/2 169/13 173/14 176/1 177/22
 181/4 183/19 184/25 185/1 185/2 185/4
 185/25 188/2 195/11 196/11 197/19
 198/16 199/18 207/15 212/15 220/3
 220/19 226/3 253/5 257/2 258/25
 266/19 269/13 279/9 279/9 293/13
 293/16 300/7 303/11
while [4]  187/23 208/1 293/3 298/17
Whiteley [1]  134/22
who [46]  139/6 139/23 152/20 154/13
 156/10 162/21 163/1 167/9 169/3
 172/22 172/24 176/22 179/6 179/15
 189/2 189/24 189/25 190/2 190/3
 190/10 190/11 190/11 190/14 191/20
 196/10 215/8 216/23 224/6 232/18
 234/3 234/24 235/24 241/22 241/24
 243/11 254/12 256/5 260/12 270/16
 272/18 278/6 278/12 287/20 296/13
 302/11 302/13
Who's [1]  301/4
whole [5]  157/11 157/23 172/13 174/17
 186/18
whose [1]  190/7
why [45]  152/9 158/19 160/6 172/11
 175/18 175/20 189/9 190/24 192/25
 196/13 196/20 203/23 209/8 209/13
 210/4 211/1 211/4 211/12 213/1 214/4
 216/10 220/18 221/6 230/13 249/18
 251/24 252/4 252/13 253/6 253/19
 253/23 254/5 254/18 259/1 259/20
 260/5 260/20 261/1 261/18 262/9
 289/25 299/13 301/12 301/19 303/19
widely [2]  142/6 162/11
Wild [18]  173/25 175/19 200/6 201/3
 201/6 207/15 207/18 207/25 209/5
 229/18 229/20 230/4 237/12 238/6
 278/8 284/10 285/22 286/2
Wild Well [17]  173/25 175/19 200/6
 201/3 201/6 207/15 207/25 209/5
 229/18 229/20 230/4 237/12 238/6
 278/8 284/10 285/22 286/2
Wild Well's [1]  207/18
will [28]  139/9 139/10 139/13 145/19
 146/12 150/12 170/16 181/12 188/22
 191/7 191/12 195/23 196/18 197/13
 197/14 201/15 234/4 241/19 256/22
 269/14 288/17 288/19 295/24 298/17
 299/19 302/24 303/20 303/21
WILSON [13]  140/10 140/15 144/6
 156/10 169/24 186/9 189/20 196/3
 196/10 197/15 209/16 209/17 226/2
Wilson's [1]  140/6
WINFIELD [1]  134/16

**W**

withheld [4]  179/2 243/23 244/4 245/6
withhold [1]  191/11
within [4]  163/7 194/1 194/10 222/8
without [7]  140/8 147/11 165/11 165/11
173/14 179/9 182/2
witness [8]  189/21 191/20 301/4 302/25
303/1 303/2 303/3 303/3
witnesses [6]  139/18 139/19 139/20
139/24 139/24 302/23
won't [3]  173/12 180/17 198/12
word [4]  145/15 241/16 242/1 295/15
words [6]  159/23 202/21 202/23 205/23
255/15 271/6
work [44]  139/6 139/10 142/23 152/4
152/5 155/16 168/9 171/18 173/12
180/17 184/9 195/1 195/19 196/18
198/12 202/6 203/23 203/25 204/4
204/7 204/22 205/5 205/10 205/22
228/13 228/13 240/20 241/1 241/2
254/14 254/15 255/25 275/7 277/16
277/18 286/15 286/18 288/14 289/23
292/7 293/17 293/19 293/24 293/25
worked [9]  156/12 160/9 228/10 228/14
237/15 241/24 260/13 293/9 294/14
working [24]  139/13 162/2 163/6 163/9
226/19 233/7 233/11 233/24 234/12
235/17 235/24 243/4 243/12 244/23
245/2 245/3 257/21 280/25 281/1
284/14 293/8 294/15 294/17 294/23
works [4]  156/13 278/10 278/14 280/24
worst [19]  165/8 165/9 165/16 165/17
165/21 165/24 166/2 166/4 166/11
166/14 166/20 166/24 167/3 167/6
167/17 184/14 186/23 186/25 186/25
worst-case [14]  165/8 165/9 165/16
165/17 165/21 165/24 166/2 166/11
166/14 166/20 166/24 167/3 167/6
167/17
would [195]
wouldn't [8]  147/19 150/16 158/8 180/13
185/19 203/25 238/1 286/20
Wright [1]  133/21
write [2]  218/15 218/15
writes [3]  162/7 178/15 259/10
writing [3]  162/16 188/23 298/23
written [8]  160/6 163/17 163/21 163/24
176/4 181/18 216/21 219/5
wrong [2]  192/14 257/1
wrote [5]  174/11 178/23 216/23 296/25
297/1

**Y**

yeah [17]  171/10 198/8 212/14 212/22
213/25 217/9 231/20 246/13 263/1
264/13 268/2 268/6 268/9 268/16
268/25 276/4 286/20
year [1]  178/25
years [1]  231/24
Yep [1]  294/19
yes [217]
yesterday [2]  161/2 298/14
yet [3]  149/22 190/20 256/24
yielded [1]  185/7
York [3]  134/8 134/8 137/8
you [688]
You'll [1]  188/11
you're [14]  175/8 181/7 187/4 188/15
198/2 198/5 210/19 228/18 230/11
232/10 248/8 268/23 270/18 272/18
you've [3]  174/5 195/25 216/18
your [141]  139/15 139/21 139/24 140/2
140/18 141/2 143/2 143/20 143/23
145/6 146/17 147/13 152 151/20
153/4 153/7 154/10 156/3 156/5 156/7
156/18 157/25 158/18 158/22 159/15
160/19 164/24 166/19 166/22 167/8
167/12 170/12 176/2 176/7 176/8
176/11 184/19 185/15 186/5 188/22
189/19 189/21 190/18 191/3 191/8
191/12 191/19 191/22 192/4 192/18
192/22 193/2 193/4 193/13 193/15
193/19 194/19 195/1 195/7 195/10
195/23 195/24 196/24 202/5 202/21
203/2 204/9 205/8 206/5 209/19 209/21
209/23 210/8 210/11 210/18 214/1
216/6 219/9 220/8 220/12 220/16
220/23 222/5 222/7 222/17 224/16
225/18 226/24 227/3 227/24 228/3
228/13 228/13 228/23 231/6 231/22
234/9 238/10 239/3 239/7 239/11
241/16 242/1 244/2 244/4 244/20 245/7
245/12 247/8 247/24 248/6 252/18
254/2 254/14 255/4 255/15 255/18
258/22 260/15 266/7 266/11 266/15
270/21 272/6 275/4 275/19 277/10
288/10 290/21 290/25 291/3 291/11
295/19 299/4 301/5 302/5 302/10
302/21 302/24 303/7 304/6
Your Honor [28]  140/2 156/5 156/7
166/19 167/8 167/12 184/19 185/15
186/5 189/19 190/18 191/3 191/19
191/22 192/18 193/2 193/19 195/10
209/19 210/8 210/11 220/16 222/5
222/7 227/3 299/4 302/21 304/6
yourself [3]  227/16 227/21 257/23

**Z**

Ziegler [1]  303/3
zone [1]  162/5