1      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF LOUISIANA
2

3  ***************************************************************

4  IN RE: OIL SPILL BY THE   DOCKET NO. MDL-2179
   OIL RIG *DEEPWATER HORIZON*  SECTION "J"
5  IN THE GULF OF MEXICO ON   NEW ORLEANS, LA
   APRIL 20, 2010      TUESDAY, OCTOBER 1, 2013
6

7  ***************************************************************

8  IN RE: THE COMPLAINT AND  DOCKET NO. 10-CV-2771
   PETITION OF TRITON ASSET  SECTION "J"
   LEASING GMBH, ET AL
9

10  ***************************************************************

11  UNITED STATES OF AMERICA  DOCKET NO. 10-CV-4536
      V.        SECTION "J"
   BP EXPLORATION & PRODUCTION,
12  INC., ET AL

13  ***************************************************************

14       **DAY 2   MORNING SESSION**
     TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
15   HEARD BEFORE THE HONORABLE CARL J. BARBIER
      UNITED STATES DISTRICT JUDGE
16

17  APPEARANCES:

18

19  FOR THE PLAINTIFFS:  HERMAN HERMAN & KATZ
          BY:  STEPHEN J. HERMAN, ESQ.
20         820 O'KEEFE AVENUE
          NEW ORLEANS, LA   70113
21

22

23         DOMENGEAUX WRIGHT ROY & EDWARDS
         BY:  JAMES P. ROY, ESQ.
         556 JEFFERSON STREET, SUITE 500
24        POST OFFICE BOX 3668
         LAFAYETTE, LA   70502
25

        **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              LEVIN PAPANTONIO THOMAS MITCHELL
                               RAFFERTY & PROCTOR
4                              BY:  BRIAN H. BARR, ESQ.
                               316 SOUTH BAYLEN STREET, SUITE 600
5                              PENSACOLA, FL  32502

6

7                              WEITZ & LUXENBERG
                               BY:  ROBIN L. GREENWALD, ESQ.
8                              700 BROADWAY
                               NEW YORK CITY, NY  10003

9

10                             IRPINO LAW FIRM
11                             BY:  ANTHONY IRPINO, ESQ.
                               2216 MAGAZINE STREET
12                             NEW ORLEANS, LA  70130

13

14                             LUNDY, LUNDY, SOILEAU & SOUTH
                               BY:  MATTHEW E. LUNDY, ESQ.
15                             501 BROAD STREET
                               LAKE CHARLES, LA  70601

16

17                             MORGAN & MORGAN
18                             BY:  FRANK M. PETOSA, ESQ.
                               188 EAST CAPITOL STREET, SUITE 777
19                             JACKSON, MS  39201

20

21   FOR THE STATES'
     INTERESTS:               ALABAMA ATTORNEY GENERAL'S OFFICE
22                             BY:  COREY L. MAZE, ESQ.
                                   WINFIELD J. SINCLAIR, ESQ.
23                             500 DEXTER AVENUE
                               MONTGOMERY, AL  36130

24

25

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR THE STATE OF
      LOUISIANA:
 4                              STATE OF LOUISIANA
                                BY:  JAMES D. CALDWELL,
 5                              ATTORNEY GENERAL
                                1885 NORTH THIRD STREET
 6                              POST OFFICE BOX 94005
                                BATON ROUGE, LA  70804
 7

 8
                                KANNER & WHITELEY
 9                              BY:  ALLAN KANNER, ESQ.
                                     DOUGLAS R. KRAUS, ESQ.
10                              701 CAMP STREET
                                NEW ORLEANS, LA  70130
11

12

13    FOR THE UNITED STATES
      OF AMERICA:              U.S. DEPARTMENT OF JUSTICE
14                             TORTS BRANCH, CIVIL DIVISION
                               BY:  STEPHEN G. FLYNN, ESQ.
15                             POST OFFICE BOX 14271
                               WASHINGTON, DC  20044
16

17
                               U.S. DEPARTMENT OF JUSTICE
18                             ENVIRONMENT & NATURAL RESOURCES DIVISION
                               ENVIRONMENTAL ENFORCEMENT SECTION
19                             BY:  THOMAS BENSON, ESQ.
                                    STEVEN O'ROURKE, ESQ.
20                                  SCOTT CERNICH, ESQ.
                                    A. NATHANIEL CHAKERES, ESQ.
21                                  ANNA CROSS, ESQ.
                                    BETHANY ENGEL, ESQ.
22                                  RICHARD GLADSTEIN, ESQ.
                                    JUDY HARVEY, ESQ.
23                                  SARAH HIMMELHOCH, ESQ.
                               P.O. BOX 7611
24                             WASHINGTON, DC  20044

25
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR BP EXPLORATION &
      PRODUCTION INC.,
 4    BP AMERICA PRODUCTION
      COMPANY, BP PLC:        LISKOW & LEWIS
 5                            BY:  DON K. HAYCRAFT, ESQ.
                              ONE SHELL SQUARE
 6                            701 POYDRAS STREET
                              SUITE 5000
 7                            NEW ORLEANS, LA 70139

 8

 9                            KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQ.
10                                 HARIKLIA KARIS, ESQ.
                                   PAUL D. COLLIER, ESQ.
11                                 MATTHEW T. REGAN, ESQ.
                                   BARRY E. FIELDS, ESQ.
12                            300 N. LASALLE
                              CHICAGO, IL 60654
13

14
                              KIRKLAND & ELLIS
15                            BY:  MARTIN BOLES, ESQ.
                              333 SOUTH HOPE STREET
16                            LOS ANGELES, CA 90071

17

18                            KIRKLAND & ELLIS
                              BY:  ROBERT R. GASAWAY, ESQ.
19                                 JOSEPH A. EISERT, ESQ.
                                   BRIDGET K. O'CONNOR, ESQ.
20                            655 FIFTEENTH STREET, N.W.
                              WASHINGTON, DC  20005
21

22
                              COVINGTON & BURLING
23                            BY:  ROBERT C. "MIKE" BROCK, ESQ.
                              1201 PENNSYLVANIA AVENUE, NW
24                            WASHINGTON, DC  20004

25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
4    OFFSHORE DEEPWATER
     DRILLING INC., AND
5    TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
6                             BY:  KERRY J. MILLER, ESQ.
                              ENERGY CENTRE
7                             1100 POYDRAS STREET, SUITE 3700
                              NEW ORLEANS, LA  70163
8

9
                              SUTHERLAND ASBILL & BRENNAN
10                            BY:  STEVEN L. ROBERTS, ESQ.
                              1001 FANNIN STREET, SUITE 3700
11                            HOUSTON, TX  77002

12

13                           MUNGER TOLLES & OLSON
                             BY:  MICHAEL R. DOYEN, ESQ.
14                               BRAD D. BRIAN, ESQ.
                                 LUIS LI, ESQ.
15                               GRANT A. DAVIS-DENNY, ESQ.
                                 ALLEN M. KATZ, ESQ.
16                           335 SOUTH GRAND AVENUE, 35TH FLOOR
                             LOS ANGELES, CA  90071
17

18
     FOR HALLIBURTON
19   ENERGY SERVICES,
     INC.:                    GODWIN LEWIS
20                            BY:  DONALD E. GODWIN, ESQ.
                                  JENNY L. MARTINEZ, ESQ.
21                                BRUCE W. BOWMAN, JR., ESQ.
                                  PRESCOTT W. SMITH, ESQ.
22                                SEAN W. FLEMING, ESQ.
                             RENAISSANCE TOWER
23                           1201 ELM STREET, SUITE 1700
                             DALLAS, TX  75270.
24

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                         GODWIN LEWIS
                         BY:  R. ALAN YORK, ESQ.
4                             GWENDOLYN E. RICHARD, ESQ.
                         1331 LAMAR, SUITE 1665
5                        HOUSTON, TX  77010

6

7    FOR ANADARKO
     PETROLEUM CORPORATION,
8    ANADARKO E&P COMPANY LP:
                         KUCHLER POLK SCHELL
9                        WEINER & RICHESON
                         BY:  DEBORAH D. KUCHLER, ESQ.
10                       1615 POYDRAS STREET, SUITE 1300
                         NEW ORLEANS, LA  70112

11

12
                         BINGHAM MCCUTCHEN
13                       BY:  WARREN A. FITCH, ESQ.
                             KY E. KIRBY, ESQ.
14                       2020 K STREET, NW
                         WASHINGTON, DC  20006

15

16

17   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                             CERTIFIED REALTIME REPORTER
18                           REGISTERED MERIT REPORTER
                             500 POYDRAS STREET, ROOM HB406
19                           NEW ORLEANS, LA  70130
                             (504) 589-7779
20                           Cathy_Pepper@laed.uscourts.gov

21

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
22   PRODUCED BY COMPUTER.

23

24

25

**OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3    EXAMINATIONS                                          PAGE

4

5    **ROBERT TURLAK**........................................ 316

6    DIRECT EXAMINATION BY MR. LI........................ 317

7    CROSS-EXAMINATION BY MR. COLLIER.................... 363

8    REDIRECT EXAMINATION BY MR. LI...................... 416

9    **RICHARD VARGO** DEPOSITION VIDEO CLIP.................. 420

10   **DAVID McWHORTER** DEPOSITION VIDEO CLIP................ 420

11   **ROBERT BEA**.......................................... 420

12   VOIR DIRE EXAMINATION BY MS. GREENWALD.............. 422

13   DIRECT EXAMINATION BY MS. GREENWALD................. 423

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

|  |  |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| | 5 |
| | 6 |
| 08:02:36 | 7 |
| 08:02:37 | 8 |
| 08:02:46 | 9 |
| 08:02:48 | 10 |
| 08:03:00 | 11 |
| 08:03:04 | 12 |
| 08:03:10 | 13 |
| 08:03:16 | 14 |
| 08:03:23 | 15 |
| 08:03:28 | 16 |
| 08:03:28 | 17 |
| 08:03:31 | 18 |
| 08:03:35 | 19 |
| 08:03:36 | 20 |
| 08:03:36 | 21 |
| 08:03:39 | 22 |
| 08:03:39 | 23 |
| 08:03:40 | 24 |
| 08:03:43 | 25 |

P-R-O-C-E-E-D-I-N-G-S

TUESDAY, OCTOBER 1, 2013

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning, everyone.

VOICES:  Good morning, Your Honor.

THE COURT:  All right.  Before we resume testimony, I
would just let everybody know, according to our timekeepers,
the aligned parties yesterday used 3 hours and 20 minutes, have
11 hours and 40 minutes remaining.  BP has used 3 hours and
37 minutes, and have 11 hours and 23 minutes remaining.  Okay.

MS. KARIS:  Good morning, Your Honor.  Hariklia Karis
for BP.

At this time, I would like to tender the list of
exhibits used with Dr. Wilson.  We've circulated it, and I
understand that there are no objections.

THE COURT:  Without objection, those are admitted.

(WHEREUPON, the above referenced exhibits were
admitted.)

MS. KARIS:  Thank you.

MR. COLLIER:  Good morning, Your Honor.  Paul Collier
on behalf of BP.  We would like to tender the exhibits that we

OFFICIAL TRANSCRIPT

08:03:46  1    used during the cross-examination of Mr. Perkin.  We

08:03:49  2    distributed them last night, and I understand that there are no

08:03:51  3    objections.

08:03:51  4         THE COURT:  All right, without objection, those are

08:03:53  5    admitted.

08:03:53  6              (WHEREUPON, the above referenced exhibits were

08:03:54  7    admitted.)

08:03:54  8         MR. BRIAN:  Your Honor, I don't know if you've had a

08:04:00  9    chance to rule on the objections to the deposition clips --

08:04:04  10        THE COURT:  I've looked at them.  Let's see.  What

08:04:16  11   we're talking about now are Mr. Vargo --

08:04:18  12        MR. BRIAN:  Vargo and Mr. McWhorter.

08:04:21  13        THE COURT:  -- McWhorter and Herbst?

08:04:22  14        MR. BRIAN:  Correct.

08:04:23  15        THE COURT:  It's my understanding, from the letters

08:04:26  16   that you all filed, that most of this testimony was not

08:04:35  17   objected to when the depositions were designated.  Am I right

08:04:43  18   about that?

08:04:46  19        MR. DOYEN:  Yes, Your Honor.  That's correct.

08:04:47  20        MR. LANGAN:  Your Honor, it's Andy Langan.

08:04:48  21              That's not quite correct.  I mean, we filed

08:04:51  22   general objections that made it clear they were all subject to

08:04:54  23   pending Motions *in Limine*.  Our Motions *in Limine* included

08:04:58  24   improper fact testimony -- opinion testimony by fact witnesses.

08:05:01  25   So we don't subscribe to the view that there is no objection

**OFFICIAL TRANSCRIPT**

08:05:04  1    lodged.

08:05:06  2          MR. DOYEN:  Well, I think, Your Honor, we went through

08:05:07  3    a very detailed process, as you know, of identifying these

08:05:10  4    things, so we weren't at the last minute learning what excerpt

08:05:15  5    we get.

08:05:15  6          THE COURT:  No, I agree.  If the deposition

08:05:18  7    designations were not objected to, as far as I'm concerned

08:05:20  8    they're waived.

08:05:21  9          Having said that, I'm going to overrule all of

08:05:23 10    these objections, which probably would be overruled anyway, so

08:05:29 11    we are kind of arguing about nothing here.

08:05:32 12          For the most part, I think most of these

08:05:34 13    objections with this testimony is much ado about nothing in

08:05:38 14    terms of, you know, being objected to.  The only thing I would

08:05:41 15    say, I would agree with BP to take out the part about -- which

08:05:50 16    was objected to, apparently, in Mr. Vargo's testimony --

08:05:55 17          MR. LANGAN:  Yes.

08:05:56 18          THE COURT:  -- at page 316, starting at line 21,

08:06:06 19    through Page 18, ending at line 22.

08:06:13 20          MR. DOYEN:  Thank you, Your Honor.

08:06:15 21          THE COURT:  Other than that, I overrule the objection.

08:06:17 22          MR. LANGAN:  Thank you, Your Honor.

08:06:19 23          MR. BRIAN:  We'll make that revision, Your Honor, and

08:06:20 24    then we'll play them after this witness.

08:06:22 25          MR. DOYEN:  I apologize to the court reporter, Your

                            **OFFICIAL TRANSCRIPT**

08:06:25 1    Honor.  I'm Mike Doyen for Transocean.

08:06:28 2             THE COURT:  Thank you.

08:06:31 3             MR. IRPINO:  Good morning, Your Honor.  Anthony Irpino

08:06:33 4    for the PSC.

08:06:34 5             We have our list of aligned parties' exhibits and

08:06:38 6    demonstratives used to offer in connection with the examination

08:06:41 7    of Gregg Perkin yesterday.

08:06:41 8             We sent that list around yesterday.  We received

08:06:45 9    no objections.  We offer, file and introduce that into

08:06:48 10   evidence.

08:06:49 11            THE COURT:  All right.  Hearing no objection, those are

08:06:50 12   admitted.

08:06:50 13            (WHEREUPON, the above referenced exhibits were

08:06:50 14   admitted.)

08:06:53 15            THE COURT:  All right.  Any other preliminary matters?

08:06:57 16            All right.  The aligned parties may call their

08:06:59 17   next witness.

08:07:00 18            MR. LI:  Your Honor, Transocean, on behalf of the

08:07:02 19   aligned parties, calls Rob Turlak.  We're going to get him.

08:07:46 20            THE DEPUTY CLERK:  Raise your right hand, please.  Do

21   you solemnly swear that the testimony you are about to give is

22   the truth, the whole truth and nothing but the truth, so help

23   you God?

24            THE WITNESS:  I do.

25                           **ROBERT TURLAK**

                          **OFFICIAL TRANSCRIPT**

1    was called as a witness and, after being first duly sworn by

2    the Clerk, was examined and testified on his oath as follows:

3             THE DEPUTY CLERK:  Please take a seat.  State your name

4    and spell it name for the record.

08:07:55   5             THE WITNESS:  My name is Robert, R-O-B-E-R-T, Turlak,

08:08:00   6    T-U-R-L-A-K.

08:08:12   7             MR. LI:  Your Honor, it's Luis Li on behalf of

08:08:16   8    Transocean, on behalf of the aligned parties.

08:08:08   9    DIRECT EXAMINATION BY MR. LI:

08:08:12  10    Q.    Mr. Turlak, with whom do you currently work?

08:08:19  11    A.    I work for Transocean.

08:08:20  12    Q.    What's your position?

08:08:22  13    A.    Managing subsea engineering and well control systems.

08:08:25  14    Q.    Now, sir, you graduated from Texas A&M in 1978.  What was

08:08:29  15    your degree?

08:08:30  16    A.    Bachelor's of Science in mechanical engineering.

08:08:32  17    Q.    Since 1978, have you been an engineer?

08:08:36  18    A.    Yes, sir.

08:08:36  19    Q.    Are you certified?

08:08:38  20    A.    Yes, sir.  I'm a Registered Professional Engineer in the

08:08:41  21    State of Texas.

08:08:41  22    Q.    Mr. Turlak, we have a blowout preventer in front of you.

08:08:45  23    Have you been working with blowout preventers pretty much your

08:08:47  24    entire career?

08:08:48  25    A.    Yes, sir.

**OFFICIAL TRANSCRIPT**

08:08:48  1    Q.    Where did you first start working?

08:08:50  2    A.    I started with Cameron Iron Works in 1979.  I worked in

08:08:54  3    their product design group, working on design improvements to

08:08:59  4    ram-type BOPs and annular BOPs.  I had some involvement with

08:09:04  5    riser and connectors.

08:09:05  6    Q.    How long did you work there?

08:09:07  7    A.    I worked there for 22 years.

08:09:08  8    Q.    Now, while you were at Cameron, were you ever involved in

08:09:12  9    a response to an uncontrolled well?

08:09:13 10    A.    Yes.  When I was technical manager in Cameron Singapore, I

08:09:21 11    was -- Cameron Singapore was contacted by Atlantic Drilling, a

08:09:28 12    gentleman named Gordon Porter.  They had an incident where --

08:09:32 13    they had a well control incident, and when they operated the

08:09:37 14    blind shear rams, the blind shear rams cut the pipe, but what

08:09:41 15    was later revealed to us, a piece of the pipe had shattered and

08:09:45 16    had gotten between the ram and the sealing member and the

08:09:51 17    opposite ram, and it couldn't seal off completely.

08:09:53 18          So there was still gas bubbling from the well.  It

08:09:59 19    was later found that there was 3300 psi of pressure shut in by

08:10:06 20    the ram, but not completely.

08:10:08 21    Q.    Now, first of all, about what year was this?

08:10:11 22    A.    1988.

08:10:12 23    Q.    Now, once you had determined, you and your team had

08:10:17 24    determined that there was a leak above the BOP, what did you

08:10:21 25    all do?

**OFFICIAL TRANSCRIPT**

08:10:21   1   A.    Well, the LMRP had already been disconnected and the rig

08:10:25   2   moved to a safe location.  We met with Atlantic Drilling as

08:10:31   3   well as the operator, which was Chinese National Oil Company.

08:10:38   4   Q.    I'm going to stop you right there for a second.

08:10:40   5        MR. LI:  If I may approach, Your Honor.

08:10:40   6   EXAMINATION BY MR. LI:

08:10:42   7   Q.    We've had our friends at Z-Axis create a 3-D model of a

08:10:48   8   BOP.  For now, let's just talk about it as a general BOP.

08:10:52   9        You mentioned the term LMRP.  What is that?

08:10:55  10   A.    That's lower marine riser package.  It's a group of

08:11:00  11   components bolted together that form the upper section of the

08:11:08  12   BOP stack.

08:11:10  13        The LMRP starts here at the lower connector, lower

08:11:14  14   riser connector.  You've got -- on this particular BOP, which

08:11:17  15   is the *DD II*, you've got a connector, an annular, and a flex

08:11:24  16   joint.

08:11:24  17   Q.    Do you need some water?

08:11:25  18   A.    Yes, thank you.

08:11:26  19   Q.    Now, just this lower stack here, is this what we call the

08:11:31  20   lower BOP stack?

08:11:32  21   A.    Yes, sir.

08:11:32  22   Q.    With respect to the LMRP, this connector here, how does it

08:11:37  23   work?  Does it hydraulically work?

08:11:40  24   A.    It's hydraulically actuated.  This type of connector is

08:11:44  25   hydraulically actuated such that several cylinders are actually

**OFFICIAL TRANSCRIPT**

08:11:48  1    pushing up an actuator ring that provides the segments that are

08:11:54  2    located around the periphery of this adapter or mandrel to move

08:12:02  3    inward and grasp the OD of the mandrel, which has grooves

08:12:08  4    machined into the OD of it.

08:12:11  5    Q.    OD is what, outside --

08:12:12  6    A.    Outside diameter.

08:12:13  7    Q.    Is it also designed to release?

08:12:17  8    A.    Yes, sir.

08:12:17  9    Q.    Is an LMRP designed to be released from a BOP --

08:12:22 10    A.    Yes.

08:12:23 11    Q.    -- a BOP stack?

08:12:24 12    A.    Yes.

08:12:25 13    Q.    Now, let's just make clear for the record, you're here to

08:12:33 14    testify about your role and your knowledge about BOPs; correct?

08:12:38 15    A.    Yes, sir.

08:12:38 16    Q.    You're not here to offer any opinions on the

08:12:41 17    decision-making process to proceed with one source control

08:12:45 18    option versus another?

08:12:46 19    A.    No, sir.

08:12:46 20    Q.    So I started with a little bit of discussion about the

08:12:52 21    LMRP stack.  Now, if we could talk a second about the lower

08:12:56 22    stack, the lower BOP stack.

08:12:58 23    A.    Yes, sir.

08:12:58 24    Q.    All right.  If we start at the bottom --

08:13:01 25         MR. LI:   Judge, I don't know if you can see it.

**OFFICIAL TRANSCRIPT**

08:13:02  1   EXAMINATION BY MR. LI:

08:13:03  2   Q.    -- down here at the bottom, what is this?  What is this

08:13:06  3   component?

08:13:07  4   A.    This is a wellhead connector.  Its purpose is to attach

08:13:12  5   the lower BOP stack to the subsea wellhead.

08:13:16  6   Q.    Now, let me ask you a question.  In your career, have you

08:13:18  7   worked or have your teams worked on stacking BOPs?

08:13:21  8   A.    Yes.  I was the group leader at Cameron stacking up BOPs,

08:13:28  9   working on the frame design and the integration of all the

08:13:32 10   equipment.

08:13:32 11   Q.    Just before we get into the specifics of all of the BOPs,

08:13:35 12   are these modular, or are they meant to stack in a specific

08:13:39 13   way?

08:13:40 14   A.    No, they can be moved anywhere.  You know, a single can go

08:13:43 15   in the upper portion, doubles can be on the bottoms.  We've

08:13:47 16   even got some that are triple-cavity BOPs.

08:13:49 17   Q.    So let's move up.  So down here, we have a connector.

08:13:53 18   Does it work pretty much the same way as this connector up

08:13:56 19   here?

08:13:57 20   A.    In a similar manner.  This has got a higher capacity

08:14:00 21   connector, but it works in a similar manner to the LMRP

08:14:03 22   connector, yes.

08:14:04 23   Q.    This connector attaches to what?

08:14:04 24   A.    This has got an upper flange at the top.  A flange is

08:14:10 25   nothing more than a circular piece of metal that has got holes

**OFFICIAL TRANSCRIPT**

08:14:17 1   drilled at a specific bolt circle diameter and has a

08:14:21 2   preparation for a metal sealing ring gasket in the face of that

08:14:26 3   flange.

08:14:28 4           You have a mating piece that's on the bottom of this

08:14:32 5   single-cavity ram-type BOP.  You use studs to make up the

08:14:40 6   bolts, and those bolts then apply a compression load between

08:14:44 7   the faces and provide a preload, so the pressure doesn't

08:14:49 8   separate it.  Those bolts, the studs and nuts are made up with

08:14:53 9   torque wrenches to a specified torque.

08:14:55 10  Q.   So you use a torque wrench to tighten the nuts?

08:14:59 11  A.   Yes, sir.

08:14:59 12  Q.   All right.  What's this first cavity here?

08:15:01 13  A.   This is a single ram type BOP.  It can house a test ram,

08:15:07 14  maybe a VBR, anything like that.

08:15:11 15          MR. LI:  It's essentially the same as this, Your Honor,

08:15:12 16  which is what the thing is.

08:15:12 17  EXAMINATION BY MR. LI:

08:15:16 18  Q.   Is that correct?

08:15:16 19  A.   Yes.

08:15:17 20  Q.   What's above; is it another single ram?

08:15:21 21  A.   Yes, sir.  That's another single ram.

08:15:23 22  Q.   Then above the single ram, what do we have here?

08:15:26 23  A.   That's a double ram BOP.  It's called a double because

08:15:29 24  there's two ram cavities in that particular component.

08:15:34 25  Q.   Then we have -- what's here?

**OFFICIAL TRANSCRIPT**

08:15:36  1    A.    Another double ram BOP.

08:15:37  2    Q.    Then what's here?

08:15:38  3    A.    That's a -- that's the annular blowout preventer.  That's

08:15:44  4    the last portion -- last component in the lower BOP stack.

08:15:48  5    Q.    At the very top, which you can't see because it's covered

08:15:53  6    by a connector, but at the very top what do we have?

08:15:55  7    A.    It's called a mandrel by some companies and adapter spool

08:16:01  8    by others, but it's a method by which the LMRP can connect to

08:16:05  9    the lower BOP stack.

08:16:06 10          So the preparation on the outer diameter of the

08:16:10 11    mandrel is similar to the preparation on most wellheads.

08:16:15 12    Q.    I know we already mentioned it a little bit, but does it

08:16:19 13    have to be stacked in this configuration, or can it be moved

08:16:22 14    around?

08:16:22 15    A.    No, it can be moved around because the flanges are

08:16:25 16    similar.  As long as you've got -- you're able to -- you're

08:16:32 17    able to make a flange to a flange or a studded connection to a

08:16:39 18    flange, you can pretty much -- and they are about the same size

08:16:41 19    and pressure rating -- then they can bolt up any way you like.

08:16:44 20    Q.    Can you do all of that work -- can you do all that work on

08:16:48 21    the rig, or does it all have to be done onshore?

08:16:52 22    A.    No, it can be done on the rig.  We frequently do break

08:16:55 23    those connections on the rig.

08:16:56 24    Q.    Let's focus on a couple of things on this model, and then

08:16:59 25    we'll move on.

**OFFICIAL TRANSCRIPT**

08:17:02  1          With respect to -- let's just look at this two-ram

08:17:04  2     stack here.  There are rams in it?

08:17:06  3     A.    Yes, sir.

08:17:06  4     Q.    Now, we've heard a lot about rams in Phase One.  What kind

08:17:10  5     of rams can you put in these various stacks?

08:17:13  6     A.    Well, you can -- you can really put -- you can really put

08:17:16  7     any type ram.  You can put a pipe ram that closes around a

08:17:25  8     specific size of pipe.  You can put a variable bore ram in a

08:17:30  9     cavity.  You can put a casing shear ram, and you can put -- or

08:17:33 10     you can put a blind shear ram in a cavity -- in any one of

08:17:36 11     these cavities.

08:17:36 12          Now, the difference is, here, you can see by the

08:17:40 13     hydraulic operator portions of the BOPs, these are a little bit

08:17:43 14     smaller, so these are going to -- it's going to tell me that

08:17:46 15     these are probably going to operate pipe rams.

08:17:48 16          Up here, you've got larger operators.  Those have

08:17:52 17     got -- those are probably going to operate shear rams because

08:17:57 18     when you're trying to close the shear ram you're probably going

08:18:01 19     to want some more force available to actually cut the pipe.

08:18:05 20     Q.    Can you change these rams on the rig itself?

08:18:08 21     A.    Yes, sir.  These -- these types of -- this is a Hydril

08:18:15 22     BOP, so it's got doors.  We have hinges on the sides of the

08:18:23 23     body, such that you can remove these eight bonnet bolts.

08:18:32 24     There's four on each side.

08:18:35 25          You remove these bolts, and you swing this open.  It

**OFFICIAL TRANSCRIPT**

08:18:40 1    swings in the direction of the hinge.  You can then remove the

08:18:44 2    ram and replace it with another ram, or change the elastomers

08:18:53 3    on the ram and then put it back in.

08:18:55 4    Q.    You can pretty much do that on the rig?

08:18:57 5    A.    Yes, sir, we do it all the time, standard practice.

08:18:59 6    Q.    Now, these yellow -- what look like valves, what are they?

08:19:04 7    A.    These are double block valves.  They are two gate valves

08:19:10 8    in series.  Instead of having separate, single -- single gate

08:19:16 9    valve bodies, we've got the valves are incorporated into a

08:19:20 10   single block.

08:19:22 11         There is two together like that for -- really, for

08:19:26 12   redundancy.  In the event that one valve doesn't work, we've

08:19:30 13   got a backup valve.

08:19:32 14   Q.    Redundancy?

08:19:32 15   A.    Yes, sir.

08:19:35 16   Q.    Are they sometimes known as fail-safe valves?

08:19:37 17   A.    They are fail-safe valves in this case.  We do have

08:19:41 18   fail-open valves in some areas, but these particular ones on

08:19:43 19   the BOP stack are fail-safe closed.  So in the event you had a

08:19:48 20   loss of hydraulics, these would fail closed.

08:19:52 21   Q.    Now, there is a number of flanges, blind flanges and what

08:19:56 22   have you, on the sides of these valves.  What are they for?

08:20:00 23   A.    Well, the flanges on the end of the valves there and also

08:20:07 24   on the bottom, in the event there is not a spool connecting two

08:20:11 25   of the valves, are really there for -- they are called buffer

**OFFICIAL TRANSCRIPT**

08:20:15  1    flanges because you have a change in direction of flow.

08:20:19  2           If on the choke side, if you're going to come out, if

08:20:23  3    you're going to circulate out of a gas bubble back up to the

08:20:28  4    rig through the choke manifold through the degasser, then

08:20:32  5    you're going to be changing direction coming out of the BOP

08:20:35  6    body and going upward.

08:20:37  7           So I've got a buffer flange here on the end.   The

08:20:40  8    buffer flange is really to prevent erosion due to change in

08:20:44  9    direction.

08:20:45 10           The same is true on the bottom.   Because you may be

08:20:47 11    pumping down, you've got to change directions, so you want a

08:20:53 12    buffer flange in that area.

08:20:54 13    Q.   Now these are just flanges, you could pretty much attach

08:20:57 14    anything to them?

08:20:58 15    A.   Yes, sir, they are a modified blind flange, modified API

08:21:04 16    blind flange that have a certain number of bolts with a certain

08:21:09 17    type of ring connection.   So, yeah, undoing the nuts off of the

08:21:16 18    studs and removing the flange, you could bolt something else

08:21:18 19    onto it.

08:21:18 20    Q.   The reason why I'm asking you that is are these valves in

08:21:22 21    all of these various devices intended to be flexible and

08:21:28 22    modular?

08:21:28 23    A.   Yes, sir, they are.

08:21:29 24    Q.   Last set of questions relating to this.   What are these?

08:21:35 25    A.   Oh, these are spools connecting valves.

**OFFICIAL TRANSCRIPT**

08:21:40 1   Q.   I mean, this whole assembly?  What is it, choke and kill

08:21:44 2   line?

08:21:44 3   A.   Oh, these are choke and kill lines.  What's next to me is

08:21:47 4   the kill side, and this side is the choke side, going up, back

08:21:53 5   up to the rig, and connecting to the choke and kill manifold.

08:21:57 6   Q.   The Court has heard a lot about choke and kill lines, so

08:22:01 7   let me ask you a couple last questions about the body itself.

08:22:04 8        How do these valves attach to the BOP?  Do they have

08:22:07 9   to be here, or could they be located elsewhere?

08:22:09 10  A.   Well, each of the BOPs -- for every ram cavity, there is

08:22:13 11  a -- there's an outlet that is -- a bore is machined into the

08:22:21 12  main through bore of the BOP and -- to provide communication

08:22:26 13  out to the valve.

08:22:28 14       So, as you pointed here --

08:22:30 15  Q.   I'm holding D-250233 -- I'm sorry 23A.  25023A.

08:22:39 16  A.   -- this being a double ram cavity BOP, you've got two

08:22:45 17  outlets on each side, two on each -- each ram cavity.  So you

08:22:51 18  can just -- by removing the nuts on the studs, you can remove

08:22:55 19  the flange.

08:22:55 20  Q.   Then if you wanted to attach a valve -- I'm holding

08:23:01 21  D-25024 -- you could simply, what, bolt it there?

08:23:05 22  A.   That's right.  You could put a new ring gasket in place

08:23:09 23  and screw on the nuts on to the studs.

08:23:12 24  Q.   Now, Mr. Turlak, how many outlets are there on this -- on

08:23:19 25  the model in front of you, which is a copy of the *DD II* blowout

08:23:24 1   preventer?

08:23:24 2   A.   Well, since there is six cavities on the ram BOP, there

08:23:29 3   would be 12 outlets, six on each side.

08:23:31 4   Q.   So at least theoretically, if you could make it fit, you

08:23:34 5   could put 12 valves on this?

08:23:37 6   A.   Yes.

08:23:38 7   Q.   You could vent from any one of those valves?

08:23:43 8   A.   Yes.

08:23:43 9   Q.   Now, Mr. Turlak, we skipped one last thing, which is up

08:23:54 10  here.  I don't think the Judge can see it too well, but there

08:23:57 11  is another valve up here.  What's that valve for?

08:23:59 12  A.   Well, it's a valve, a double block valve that's connected

08:24:02 13  to the -- an outlet on the upper annular.

08:24:07 14        What that's there for is to be able to vent in the

08:24:11 15  event we had a well control incident, and we were going to

08:24:15 16  circulate out from one of the lower valves -- however, the

08:24:22 17  upper annular is closed off initially, so there might be a gas

08:24:26 18  bubble in the BOP -- we would have the opportunity to vent back

08:24:31 19  to surface all of the gas above the cavity where we actually

08:24:39 20  were closed off on eventually.

08:24:41 21        So there might be gas in here.  So this gives you --

08:24:44 22  allows you a method of venting off that gas.

08:24:48 23  Q.   So in addition to the 12 outlets you have here that you

08:24:51 24  could attach some sort of venting option, you've also got

08:24:55 25  another venting option up here at the top of the stack?

**OFFICIAL TRANSCRIPT**

08:24:57  1   A.   Yes, and that's used more often in well control

08:25:00  2   situations.

08:25:00  3   Q.   That's actually what that particular vent -- or that

08:25:03  4   particular valve right there is designed to do?

08:25:06  5   A.   That's correct, sir.

08:25:07  6   Q.   Now, let's switch topics for a second.  I just want to

08:25:13  7   move you to the day of the tragedy.

08:25:19  8            After April 20th, were you involved in a group that

08:25:22  9   was referred to as the Capping Team?

08:25:24 10   A.   Eventually, yes, it was called the Capping Team.

08:25:28 11   Initially, it was a group of people from BP, some of the

08:25:32 12   vendors, Vetco and Cameron, as well as some of the BP --

08:25:41 13   Transocean, as well as some of the BP contractors.

08:25:44 14   Q.   What was your essential -- what was the Capping Team's

08:25:50 15   assignment?

08:25:50 16   A.   Our assignment was to work on BOP-on-BOP, as well as the

08:25:56 17   capping stack.

08:25:56 18   Q.   Essentially, to find options to cap the well?

08:26:00 19   A.   Yes, sir.

08:26:00 20   Q.   Now, who was in charge of the group?

08:26:03 21   A.   Jim Wellings with BP.

08:26:07 22   Q.   Was he a smart guy?

08:26:10 23   A.   Yes.

08:26:11 24   Q.   Did you meet with him on a number of occasions?

08:26:15 25   A.   Yes, sir.

**OFFICIAL TRANSCRIPT**

08:26:15 1    Q.    Was he enthusiastic about the BOP-on-BOP option?

08:26:20 2    A.    He knew we had to get something done, and he wanted to

08:26:24 3    move ahead.

08:26:24 4    Q.    Now, again, just so we're clear, you were not involved in

08:26:34 5    the decision-making process related to which options to do; you

08:26:38 6    were just involved in building the BOP, correct?

08:26:41 7    A.    That's correct.

08:26:41 8    Q.    Now, let's take a look at TREX-145113.57.1.  This is your

08:26:52 9    calendar -- is this your calendar?

08:26:54 10   A.    Yes, sir.

08:26:55 11   Q.    Read the entry for April 28th.

08:27:00 12   A.    The one highlighted, it's, "Look at Stack on Stack."  Then

08:27:05 13   right above that, in the scribble is "*Enterprise* or *DD III*."

08:27:11 14   Q.    What did you mean when you wrote "Look at Stack on Stack"?

08:27:15 15   A.    Well, to look at either the *Enterprise* or the *DD III* as

08:27:19 16   taking the BOP stack that was on the rig and putting that stack

08:27:26 17   on top of the lower *Horizon* BOP stack.

08:27:31 18   Q.    Basically this entire structure, correct?

08:27:33 19   A.    Correct.

08:27:33 20   Q.    Now, I neglected to say this originally.  Normally when we

08:27:37 21   have renditions of this stack, there is a frame around it.

08:27:40 22   A.    Yes.

08:27:40 23   Q.    We pulled the frame off so you can actually see it.

08:27:43 24   A.    Yes.

08:27:43 25   Q.    What's the frame for, by the way?

**OFFICIAL TRANSCRIPT**

08:27:45 1   A.   Well, the frame is there for, really, hanging things on,

08:27:49 2   like accumulator bottles.  We've got -- on the LMRP, we've got

08:27:57 3   the stab plate that has the control pods on them, as well as --

08:28:03 4   the essential portion of the frame is usually for handling, for

08:28:10 5   hanging off in the moonpool, as well as for protection of some

08:28:15 6   of the components as it's going through the moonpool into the

08:28:20 7   splash zone.

08:28:22 8   Q.   Now, back to your note here, you say, "Look at Stack on

08:28:25 9   Stack," "*Enterprise*."  Did you eventually settle on the

08:28:29 10  *Enterprise*?  Not you, but did the Team eventually --

08:28:32 11  A.   That was the first one we went to, yes.

08:28:34 12  Q.   Now, as of April 28, 2010, was the *Enterprise* ready to be

08:28:41 13  splashed right on that day?

08:28:42 14  A.   No, sir.  It was not.

08:28:43 15  Q.   Okay.  What sort of work needed to be done?

08:28:47 16  A.   Well, the first thing we looked at was whether or not --

08:28:54 17  what type of connector we would need to put on the bottom of

08:28:56 18  it, because if we were going to engage the adapter spool on the

08:29:03 19  lower BOP stack, we were going to need a Cameron HC type

08:29:12 20  connector that had collets that could attach to that particular

08:29:19 21  adapter spool.

08:29:22 22       The connector that was on the bottom of the

08:29:25 23  *Enterprise* wasn't able to be used because of some interference,

08:29:28 24  so we had to put a HC connector on it.

08:29:31 25  Q.   So you had to switch out the bottom component of the

**OFFICIAL TRANSCRIPT**

08:29:34  1    stack?

08:29:34  2    A.    Yes.

08:29:34  3    Q.    Is that something hard to do, or is that common?

08:29:36  4    A.    No, it's a common thing to do.

08:29:37  5    Q.    It's just so that the particular connector can actually

08:29:42  6    connect to the *Deepwater Horizon*?

08:29:43  7    A.    That's right.  That's right.

08:29:44  8    Q.    Did you have to do anything with how you lowered the

08:29:46  9    device down onto the BOP?

08:29:48 10    A.    Yes, we -- what came to us early on, I guess, when there

08:29:54 11    was initial thinking about the *Enterprise* is, is we had to get

08:29:59 12    two riser joints and cut twelve 8-inch holes in the main tube

08:30:07 13    of the riser and actually plug the end of that particular riser

08:30:11 14    joint because the concern was is, as we were lowering the

08:30:16 15    *Enterprise* onto the *DD II*, we didn't want to get that oil and

08:30:20 16    gas coming straight up the riser back up to the surface.

08:30:27 17          So we blocked off the end of that riser joint.  For

08:30:29 18    redundancy, we did a second riser joint the same way.  Then one

08:30:34 19    more riser joint, we actually cut holes in the side and put

08:30:38 20    pieces of pipe welded to the main tube with 4-inch ball valves.

08:30:44 21          The purpose of that was, since we were blocking the

08:30:46 22    main tube, we wanted to have a method by which we could flood

08:30:54 23    the riser, so that once we were at depth we wouldn't collapse

08:30:57 24    the -- we wouldn't collapse the main tube.

08:31:01 25    Q.    So I've done a very crude drawing here, but, basically,

**OFFICIAL TRANSCRIPT**

08:31:06 1   here is the *Enterprise* BOP.  You're dropping it on top of the

08:31:12 2   *Deepwater Horizon* BOP.  You need some holes in these risers, so

08:31:16 3   that as the gas and oil was coming up, it flows out instead of

08:31:22 4   up?

08:31:23 5   A.   Correct.

08:31:23 6   Q.   Then you closed it off here.  Then you had another riser

08:31:27 7   that you cut some holes into, just in case anything got

08:31:30 8   through?

08:31:32 9   A.   Just in case --

08:31:34 10      MR. COLLIER:  Your Honor, if I may object.  There is a

08:31:35 11  lot of leading that is occurring.

08:31:38 12      MR. LI:  I'm just trying to summarize.

08:31:40 13      THE COURT:  Try not to lead your witness.

08:31:40 14  EXAMINATION BY MR. LI:

08:31:43 15  Q.   So what's the second riser with all the cut-ins for?

08:31:48 16  A.   In the event the seal member leaked on the first

08:31:55 17  perforated joint, the second one was there to prevent it from

08:32:00 18  going upwards.  It's just a balancing situation, and we have

08:32:04 19  4-inch ball valves there that were ROV operated so we could

08:32:08 20  flood the riser.

08:32:09 21  Q.   Why did you need to flood the riser?

08:32:12 22  A.   Because once you get to depth, if it was completely

08:32:16 23  voided, we might collapse the riser.

08:32:19 24  Q.   And these -- were these engineering solutions that you

08:32:22 25  worked on yourself?

08:32:24  1    A.    Yes.   Yes, I worked on them.  But, I mean, a lot of that

08:32:27  2    came out of the group to say we really needed this sort of

08:32:31  3    thing and this is the way we can go about doing it.

08:32:34  4         We had to go back to Vetco to find out exactly --

08:32:36  5    since it was a Vetco riser, ask them if we cut these holes in

08:32:42  6    the riser, what the capacity of the riser was, because we were

08:32:46  7    going to lower something more than 600,000 pounds in weight.

08:32:49  8    So then Vetco came back to us and told us that the capacity was

08:32:55  9    somewhere around -- still around two million pounds.

08:32:58 10    Q.    Fairly sophisticated, complicated engineering problem?

08:33:02 11    A.    Not really.

08:33:02 12    Q.    Not for you?

08:33:04 13    A.    No.   It's cutting holes.  The big thing was, is coming up

08:33:08 14    with an answer as to what the capacity was, because that's

08:33:13 15    just -- cutting holes in things and making it look like cheese

08:33:18 16    is not something we normally do.

08:33:19 17    Q.    I neglected to give a demonstrative number for the BOP

08:33:24 18    stack we were looking at.  It's D-25027.

08:33:31 19         Now, let me pull up TREX-4310.1.1.TO.  This is an

08:33:44 20    e-mail from James Wellings to you on May 6, 2010.  It attaches

08:33:51 21    a wav file and it says, "Well cap animation fixes."

08:33:56 22         Did you receive this e-mail on May 6, 2010?

08:33:58 23    A.    Yes.

08:33:59 24    Q.    And at that point, on May 6, 2010, did you understand that

08:34:04 25    the plan was to lower the *Enterprise* BOP on top of the

08:34:08  1   *Deepwater Horizon*?

08:34:09  2   A.    Yes.

08:34:10  3   Q.    Let's take a look at the native file which is attached to

08:34:14  4   this e-mail, which is the animation, and that is D-25010.

08:34:23  5           This is the animation that was attached to that

08:34:25  6   e-mail?

08:34:26  7   A.    Yes, sir.

08:34:26  8   Q.    What is being shown here?

08:34:29  9   A.    The *Enterprise* drillship in the area of the Macondo well.

08:34:34  10  Q.    Okay.  Let's move it forward.

08:34:38  11  A.    Here we see the *Enterprise* at a distance, at a safe zone

08:34:42  12  away from the Macondo well.

08:34:46  13  Q.    Okay.  And then it moves over the well, and what do we see

08:34:51  14  here?

08:34:51  15  A.    Well, we see the ROV ready to cut the riser debris away

08:34:58  16  from the BOP, and the riser debris was going to be removed

08:35:02  17  away.

08:35:05  18  Q.    Let's move it to 12.  And stop.

08:35:07  19           So there he is cutting the riser.

08:35:10  20           Okay.  Keep going.

08:35:10  21  A.    Now we see the BOP being run on a forward rotary with the

08:35:20  22  perforated riser joints.

08:35:20  23  Q.    Stop.

08:35:22  24  A.    And you see a drill pipe being run out of the forward

08:35:29  25  rotary and was going to be used to lift the LMRP.  There is

**OFFICIAL TRANSCRIPT**

08:35:37  1    a -- you can't see it from this picture -- but there is a

08:35:39  2    U-shaped tool at the end of the pipe, the pipe string that

08:35:44  3    would be used for lifting off the LMRP.

08:35:46  4    Q.   So the riser pipe on the left with the holes in it, is

08:35:51  5    that the riser that you worked on having the holes made?

08:35:54  6    A.   Yes, sir.

08:35:54  7    Q.   If we could go forward to the next.  Stop at 31.

08:36:01  8    A.   Here we see the BOP is hung off on the forward rotary and

08:36:09  9    it's stopped the -- run.  The LMRP pipes, being drill pipe

08:36:14 10    recovery string, was hung off on the aft rotary and they are

08:36:19 11    moving forward at a quarter knot.

08:36:20 12    Q.   I don't know if the Court can see it, but is the drill

08:36:24 13    pipe on the right of the --

08:36:26 14    A.   Yes.  That's it on the right-hand side.

08:36:28 15    Q.   Very faint.

08:36:30 16         And if we could go forward to 38.

08:36:37 17    A.   And here you can see that the BOP stack is still at a

08:36:41 18    distance away, and here is the tool that's attached to the

08:36:44 19    pipe, to the drill pipe string that's hanging from the rotary.

08:36:53 20    Those U-shaped members there that have been attached to the

08:36:57 21    drill pipe are going to be what slings -- that are attached to

08:37:01 22    the LMRP -- are going to be looped over so that you can then

08:37:07 23    lift the LMRP off the stack.

08:37:09 24    Q.   Let's go to the next sequence.

08:37:11 25    A.   It's the rings.  And you can see on this that there's two

OFFICIAL TRANSCRIPT

08:37:20 1    ROVs standing by.  The well is blowing out and the slings are

08:37:25 2    attached to the lift ring around the annular BOP on the LMRP.

08:37:30 3    Q.    And what happens next?

08:37:32 4    A.    The ROV goes in and plugs in to the ROV port on the LMRP

08:37:38 5    and functions the -- provides hydraulic pressure, functions the

08:37:44 6    connector and the LMRP lift.  It opens it, and the LMRP is

08:37:49 7    lifted off.

08:37:49 8    Q.    Now, you see between the LMRP and the lower stack there is

08:37:56 9    a line.  What is that?

08:38:00 10   A.    That's drill pipe sticking out of the lower BOP stack.

08:38:03 11   Q.    So what was the plan -- what was the plan as of May 6,

08:38:09 12   2010, in this e-mail sent by Jim Wellings of BP, what were they

08:38:14 13   going to do with this drill pipe?

08:38:15 14   A.    They were going to use an ROV with a saw cutter attached

08:38:21 15   to the bottom of the ROV and go in and grasps the adapter spool

08:38:26 16   and the saw was going to cut off the drill pipe.

08:38:31 17   Q.    What are we seeing here?

08:38:34 18   A.    Well, exactly what I said.  It's the -- it's the saw

08:38:38 19   cutter grasping the back end of the adapter spools for

08:38:44 20   stability and a saw coming across and cutting the drill pipe,

08:38:49 21   and the drill pipe is lifted a way.

08:38:50 22   Q.    And what happens next?

08:38:57 23   A.    Well, the ROV went in and checks the ring gasket groove to

08:39:01 24   see what the -- what the condition of the groove is and

08:39:05 25   installs another ring gasket.  And gets -- then the BOP is

08:39:11 1   ready to be landed.

08:39:11 2   Q.    Let's go forward.

08:39:16 3   A.    As you can see here, the BOP is moved over the plume.  The

08:39:22 4   oil and gas is going to go up through the bore of the BOP and

08:39:28 5   start coming out of the perforated riser, and the ROV is going

08:39:32 6   to go in and make sure it's landed out correctly.  And from the

08:39:40 7   surface, we can send a signal down to whatever pod is being

08:39:43 8   used at that time, and the pod will provide hydraulic power

08:39:48 9   down to the connector and it will latch it on.

08:39:51 10        Here we're showing the -- again, from the surface, we

08:39:54 11  can push a button and close one set of -- one set of

08:40:01 12  shear rams.  If that doesn't seal it off, it will at least slow

08:40:05 13  the flow down for the second set to be closed and to seal off

08:40:10 14  the well.

08:40:11 15  Q.    Now, I think that's a point I want to make clear.  So you

08:40:15 16  can control this BOP from the surface?

08:40:17 17  A.    Yes.

08:40:18 18  Q.    Now, with the capping stack, which we'll get to, how did

08:40:21 19  you have to control that?

08:40:22 20  A.    By ROV.

08:40:23 21  Q.    So underwater?

08:40:24 22  A.    Yes, sir.

08:40:24 23  Q.    All right.  Now, just -- at least theoretically, we talked

08:40:28 24  about the ability to change out rams on the BOP stacks.  How

08:40:34 25  many stacks were there -- how many ram cavities were there on

**OFFICIAL TRANSCRIPT**

08:40:37 1    the *Deepwater Horizon* -- sorry -- the *Enterprise*?

08:40:41 2    A.    Six.

08:40:41 3    Q.    So you could -- theoretically, how many blind shear rams

08:40:46 4    could you load into that, theoretically?

08:40:48 5    A.    You could have loaded all six.

08:40:49 6    Q.    Now, by early mid-May -- early May, sorry, had the Capping

08:41:04 7    Team identified hydrate formation as a potential risk

08:41:07 8    connecting the *Enterprise* BOP?

08:41:08 9    A.    Yes.

08:41:09 10   Q.    What did you all plan to do to mitigate that risk?

08:41:12 11   A.    Well, we could have just pumped glycol down the kill line.

08:41:18 12   We could have opened one of the side outlet valves and pumped

08:41:22 13   it, because the concern was glycol -- was hydrates collecting

08:41:28 14   in the main through bore.

08:41:30 15   Q.    The Court may know this already, but what's a hydrate?

08:41:33 16   A.    Hydrate is phenomena of -- in this case, a hydrocarbon and

08:41:38 17   free water that's available and would, under -- under higher

08:41:44 18   pressure, which is at 5,000 feet, we've got around 2,000 -- I

08:41:50 19   don't know exactly the number, 2200 psi -- but you got a high

08:41:54 20   pressure situation, you've got hydrocarbons available, you've

08:41:57 21   got cold temperature water and you've got free water, and what

08:42:02 22   actually can occur is ice.

08:42:04 23   Q.    And so it ices up the parts of the BOP?

08:42:06 24   A.    That's right.

08:42:06 25   Q.    And so what did you plan -- how did you plan to mitigate

**OFFICIAL TRANSCRIPT**

08:42:10 1    it?

08:42:10 2    A.    Well, we can pump in glycol, which is no more than

08:42:16 3    antifreeze, which will raise the -- raise the temperature which

08:42:22 4    is in that area so those hydrates cannot form.

08:42:25 5    Q.    Now, we talked a little bit about venting capacity on the

08:42:32 6    *Enterprise* stack.  Tell us about the *Enterprise* itself.  What

08:42:38 7    kind of ship was it?

08:42:40 8    A.    Well, it was equipped for -- that it could do well testing

08:42:46 9    as well as production.  It had the capability of bringing the

08:42:50 10    oil and gas to surface, separating the oil and also flaring off

08:42:54 11    the gas, which is exactly what it did during the -- when they

08:43:01 12    were in the collection mode in late May.

08:43:04 13    Q.    So just to put a point -- question on it, could it vent to

08:43:09 14    surface?

08:43:09 15    A.    Yes.

08:43:10 16    Q.    Now, as of May 6th, May 7, that timeframe, how close was

08:43:22 17    the *Enterprise* BOP to being finished and deployed?

08:43:26 18    A.    Just a matter of days.

08:43:27 19    Q.    At some point was the *Enterprise* BOP eliminated as an

08:43:38 20    option?

08:43:39 21    A.    Yes, sir.  I think around May 10th.

08:43:42 22    Q.    Was that your decision?

08:43:43 23    A.    No.

08:43:44 24    Q.    Whose decision was it?

08:43:46 25    A.    It was BP's decision.

**OFFICIAL TRANSCRIPT**

08:43:48  1    Q.   Let's turn back to your calendar, TREX-145113.61.1.TO.

08:43:58  2         So here's your calendar, May 10th.  There is a

08:44:01  3    highlighted portion.  What does it say?

08:44:04  4    A.   It says, "Well Cap Team now wants to look at *DD II* for

08:44:07  5    running on to *Horizon* lower BOP.

08:44:11  6    Q.   What were you saying there?

08:44:13  7    A.   Well, I'm making a note that the Capping Team was -- now

08:44:20  8    wanted to look at the *Development Driller II* for use on to

08:44:27  9    the -- to shut-in on to the *Horizon* lower BOP.

08:44:32 10    Q.   Was the *DD II* blowout preventer stack, was it different

08:44:38 11    substantively from the *Enterprise* blowout preventer?

08:44:43 12    A.   There were a few things different on it.  I don't think

08:44:45 13    the *Enterprise* had -- I think it was three sets of doubles

08:44:49 14    whereas the *Development Driller II*, which we're looking at

08:44:53 15    here, had two singles on the bottom.  But really it's pretty

08:44:56 16    much the same thing.

08:44:57 17         It had one less annular.  There wasn't an annular in

08:45:02 18    the lower BOP stack.  That's what we see here on the *DD II*, but

08:45:06 19    it did have an annular in the upper one, so it's a little

08:45:10 20    shorter, a little lighter.

08:45:11 21    Q.   So did switching from the *Enterprise* BOP, which was only a

08:45:17 22    few days away from being able to be splashed, to the *DD II* BOP

08:45:22 23    on May 10th, did you have to do extra work now?  Did you lose

08:45:26 24    some work?  Did it cause delay?

08:45:29 25    A.   Well, we had -- exactly what we talked about with the

**OFFICIAL TRANSCRIPT**

08:45:31  1    *Enterprise*, that we had to cut holes, since -- since the riser

08:45:35  2    on the *Development Driller II* is a little bit different from

08:45:39  3    the riser on the *Enterprise*, and it's method of handling is

08:45:44  4    different, then we had to redo the same thing we did for the --

08:45:48  5    for the flange Vetco risers.  Cut holes in the riser to

08:45:53  6    perforate them, cut twelve 8-inch holes, had to do it on two

08:45:58  7    joints.

08:45:58  8            We had to design a plug to go in the main wellbore.

08:46:04  9    It was a little bit simpler on the Vetco riser.

08:46:07 10            Had to take some -- had to do some design work on the

08:46:13 11    Aker riser.  We had to get with Aker to see what the capacity

08:46:17 12    of that riser was after we cut the holes in them, because that

08:46:22 13    particular riser is a little bit different design and we

08:46:25 14    couldn't just say, well, it's the same as the Vetco one,

08:46:29 15    because it's not.

08:46:32 16            And then we had to look at some baffling plates on

08:46:36 17    the bottom of the BOP so hydrates wouldn't come up, which is

08:46:40 18    just a redundant situation to what we did for the Vetco -- I

08:46:44 19    mean for the *Enterprise*.

08:46:45 20            So getting a connector and that part of it -- all

08:46:50 21    that work that we did for the *Enterprise* just gave us a recipe

08:46:56 22    for what we had to do for the *DD II*.

08:46:57 23    Q.    But you had to do it all over again?

08:46:59 24    A.    That's correct.

08:47:00 25    Q.    Let's take a look at TREX-145008.1.1.

**OFFICIAL TRANSCRIPT**

08:47:08  1          Did you receive this e-mail from Asbjorn Olsen on
08:47:14  2   May 15, 2010?
08:47:15  3   A.   Yes.
08:47:15  4   Q.   And it says, "Gentleman, we have, as you know, been asked
08:47:20  5   by BP to execute the stack-on-stack option using the *DD II*
08:47:24  6   BOPs.  We need to discuss," and then it goes on, "status of
08:47:31  7   riser and connector modification jobs."
08:47:32  8          Is that what you just described there?
08:47:33  9   A.   Yes.
08:47:33 10   Q.   And then at the bottom, it says, "BP" -- this is as of
08:47:37 11   May 14, 2010.  "BP wants us to be ready for running BOPs on
08:47:43 12   Tuesday."
08:47:47 13          What did you understand that to mean?
08:47:50 14   A.   That they wanted -- on the 18th, they wanted to be ready
08:47:53 15   to run the BOP.
08:47:55 16          MR. COLLIER:  Objection to the extent it calls for
08:47:57 17   speculation and lack of foundation.
08:48:00 18          THE COURT:  Overruled.
08:48:01 19              Go ahead.
08:48:02 20          THE WITNESS:  Well, this was written on Friday the
08:48:07 21   14th, so the Tuesday would have been the 18th.
08:48:07 22   EXAMINATION BY MR. LI:
08:48:10 23   Q.   Let's take a look at TREX-144963.1.1.TO.
08:48:16 24          Is this an e-mail you received from Asbjorn Olsen on
08:48:20 25   May 15th related to the project for stack-on-stack for *DD II*?

**OFFICIAL TRANSCRIPT**

08:48:25  1    A.    Yes.

08:48:25  2    Q.    And then, again, it says, "Gents, please note, all

08:48:29  3    centered around a Tuesday BOP run.  We need to target this in

08:48:32  4    terms of timing."

08:48:34  5          What did you understand that to mean?

08:48:37  6    A.    Well, we needed to get all the stuff done and ready to go

08:48:40  7    by Tuesday.

08:48:41  8    Q.    And Tuesday, May 18th?

08:48:43  9    A.    Yes, sir.

08:48:43 10    Q.    Now, down here it says, "Seems like onshore activities are

08:48:49 11    progressing well."

08:48:50 12          Were you in charge of onshore activities?

08:48:53 13    A.    I don't know if -- about "in charge," but I was working on

08:48:56 14    it and had a group working on all the --

08:48:59 15    Q.    And were onshore activities progressing well?

08:49:03 16    A.    Yes.  We had already gotten the riser taken care of.  The

08:49:10 17    plugs for the riser, the plates were made, and the connectors

08:49:14 18    were on their way.

08:49:16 19    Q.    All right.  Let's turn to the attachment, which is

08:49:19 20    TREX-144963.2.1.TO.

08:49:24 21          What generally is this?

08:49:28 22    A.    It's a -- just a time chart, a Gantt chart.

08:49:35 23    Q.    Now, it's a little difficult to read and it's hard to pull

08:49:39 24    up, so I'm not going to ask Jimmy to pull it up.

08:49:41 25          But on line 1, it says, "Subsea engineering tasks,"

**OFFICIAL TRANSCRIPT**

08:49:45  1    and it has a start date and a finish date.

08:49:48  2          What's the finish date there?

08:49:52  3    A.   5/18/2010, on Tuesday.

08:49:55  4    Q.   Tuesday, May 18th, 2010.

08:49:58  5    A.   Yes.

08:49:58  6    Q.   And what did you understand subsea engineering tasks to

08:50:02  7    mean?

08:50:03  8    A.   Well, my group was the Subsea Engineering Group, so it was

08:50:08  9    my group of people had to get all of this done.

08:50:12 10    Q.   Okay.  Lines 4 through -- call it 7, have to do with riser

08:50:20 11    and piping and welding, isolation plugs.

08:50:22 12          Is that the holey riser that we were talking about

08:50:27 13    earlier?

08:50:28 14    A.   Yes.

08:50:28 15    Q.   And then underneath, lines 8 through 10, "Function test HC

08:50:34 16    and HC connecter," is that the connector we were talking about?

08:50:37 17    A.   Yes.

08:50:37 18    Q.   Let's go down to line 16, it says, "Methanol in connector,

08:50:43 19    CIW," Cameron Iron Works, "check."

08:50:46 20          What did you understand that to mean?

08:50:49 21    A.   Well, from memory, that had to do with to check with

08:50:53 22    Cameron on whether or not we could inject methanol into their

08:50:57 23    connector in the event hydrates had formed.

08:50:59 24    Q.   So this was an another hydrate mitigation plan?

08:51:04 25    A.   Yes, sir.

                              **OFFICIAL TRANSCRIPT**

08:51:06  1    Q.    So let's take a look at -- so this is as of May 15th.

08:51:11  2    Let's move to TREX-144961.1.1.

08:51:21  3          Is this an e-mail you received from John MacKay on

08:51:26  4    Saturday May 15th, at 11:41 p.m.?

08:51:28  5    A.    Yes, sir.

08:51:29  6    Q.    And it says, "Earlier today we had a meeting with Hydril

08:51:32  7    BOP representatives at the BP office regarding what is required

08:51:37  8    to install a choke onto the *DD II* BOP, which would allow

08:51:41  9    venting off of excess pressure once the *DD II* BOP has been

08:51:45 10    landed and latched onto the DWH lower BOP."

08:51:50 11          That's a lot of acronyms.  Could you tell us what

08:51:52 12    that essentially means?

08:51:53 13    A.    Well, that they wanted to put a subsea choke onto one of

08:52:02 14    the -- and connect to one of the outlets on the *DD II* BOP so as

08:52:07 15    to not have a complete hard shut-in.  They would be able to

08:52:14 16    vent off whatever pressure that they deemed as -- once the

08:52:19 17    pressure got up above what they deemed as the safe zone, they

08:52:23 18    could vent that pressure off.

08:52:24 19    Q.    Okay.  Prior to May 15, 2010, had you ever heard from BP a

08:52:31 20    concern about venting?

08:52:33 21    A.    Not that I remember.

08:52:34 22    Q.    If you had been told on April 28th, when you first were

08:52:37 23    considering capping, you know, stack-on-stack options, could

08:52:41 24    you have designed a choke?

08:52:43 25    A.    Yes.

**OFFICIAL TRANSCRIPT**

08:52:44  1    Q.    Just so we're clear, what is a choke?

08:52:49  2    A.    A choke is really a pressure-reducing device.  There is

08:52:53  3    different styles.  But it's -- that's exactly it.  It's like a

08:52:58  4    water faucet.

08:52:59  5    Q.    Let's take a look at TREX-14502.1.1.TO.

08:53:06  6          This is an e-mail from Asbjorn Olsen to you, among

08:53:11  7    others, on May 17, 2010.  References a "conference call this

08:53:15  8    a.m. to discuss *DD II* BOP venting."

08:53:18  9          And under the Agenda, it says, "Possible solutions to

08:53:22 10    the challenge."  And I just kind of want to walk through those

08:53:26 11    with you, if we could.

08:53:26 12          The first one says, "Failsafe SS choke on pipe ram

08:53:30 13    outlet."

08:53:30 14          What does that mean?

08:53:32 15    A.    Well, I would think what he wanted to do was to have a

08:53:40 16    double-block failsafe valve, which is similar to what we see

08:53:48 17    here, the yellow piece here, and onto that -- it's connected

08:53:54 18    onto a pipe, one of the outlets on the pipe rams, and then on

08:53:58 19    to the back side of that, a subsea choke bolted to the side.

08:54:03 20    Q.    So I'm holding up D-25023A and D-25025.

08:54:11 21          Is this about what you're talking about?

08:54:12 22    A.    Yeah.  It would be a block valve similar to that, and then

08:54:16 23    on the end you would put a subsea choke.

08:54:19 24    Q.    And then you would run it upward?

08:54:22 25    A.    Yes.

**OFFICIAL TRANSCRIPT**

08:54:23 1    Q.    Now, what is the second option?

08:54:28 2    A.    It's talking about venting through a surface test system.

08:54:32 3    And since there wasn't an opportunity to have drill pipe in the

08:54:37 4    main bore of the riser, then I take it that he's talking about

08:54:42 5    venting back up through the choke -- choke line and back up to

08:54:47 6    surface and going through the choke and kill line manifold.

08:54:50 7    Q.    Would it still go through a side outlet?

08:54:52 8    A.    Yes.  It would go through a side outlet, through a

08:54:55 9    double-block valve, and then the choke line, the lines going up

08:55:00 10   to -- back up to the surface.

08:55:02 11   Q.    Just like on the model right here?

08:55:04 12   A.    That's correct.

08:55:04 13   Q.    Now, the third option, what is that?

08:55:08 14   A.    Well, the choke manifold on the seabed with a Coflex

08:55:14 15   jumper from the BOP stack to the manifold.

08:55:16 16   Q.    And what is that?

08:55:18 17   A.    Well, that's what we finally decided to do.  When we had

08:55:25 18   told BP that the subsea choke was not going to be able to be

08:55:32 19   retrievable, the insert was not going to be retrievable, and

08:55:37 20   that it would be positioned horizontally, they said, well,

08:55:43 21   let's go to a different direction.

08:55:45 22          So they went and had a manifold built to be placed at

08:55:51 23   the seabed where a Coflexip line could go from that manifold,

08:55:55 24   that manifold had chokes on it, could connect to the side

08:56:00 25   outlet of one of the BOPs.

**OFFICIAL TRANSCRIPT**

08:56:02  1          Now, what you're showing here is exactly what we're

08:56:05  2     looking at.  What we've got is a double-block valve that's

08:56:10  3     bolted on to the side of the ram cavity on the outlet there.

08:56:17  4     Bolted on.  And then we -- in order to connect a Coflexip hose,

08:56:24  5     you can see that this block is turned at a 45-degree angle to

08:56:28  6     come out of the BOP stack frame, and a mini collet connector

08:56:34  7     would attach to this, the top of this and be hydraulically

08:56:41  8     operated to latch on and a Coflexip hose connected to it to

08:56:45  9     connect to the subsea manifold where they could vent or produce

08:56:51 10     back up to the surface.

08:56:52 11     Q.   Were you involved in the construction and design of this

08:56:56 12     valve with the 45-degree angle?

08:56:59 13     A.   Yeah.  It's really -- really pretty simple.  It's just a

08:57:04 14     block with a spool, and it's got a preparation for a mini

08:57:10 15     collet connector to latch onto it.  Because it's a bolted

08:57:15 16     connection, you can turn it at 45-degree increments just

08:57:19 17     because of the number of bolts that you have there.

08:57:22 18          So it's really not something made at 45 degree.  It's

08:57:25 19     just positioned at a 45-degree angle.

08:57:28 20          But yes, I sent a sketch of that to Russell Bourgeois

08:57:33 21     down at Cameron in Berwick, and he had a piece that we could

08:57:39 22     utilize.  And he finished it out.  And we had that made in

08:57:44 23     about four days.

08:57:45 24     Q.   For the record, the item I've been holding is D-25025.

08:57:51 25     This is the valve with the 45-degree angle.

**OFFICIAL TRANSCRIPT**

08:58:13  1          Now, is it fair to say that all of those options, all

08:58:15  2   of them attach to a side outlet on a ram?

08:58:17  3   A.    Yes.

08:58:18  4   Q.    Whether it's a BOP stack or a capping stack?

08:58:22  5   A.    Yes.

08:58:22  6   Q.    Let's take a look at -- let's take a look at

08:58:41  7   TREX-144954.1.1.TO.

08:58:43  8          Now, is this an e-mail that you received from

08:58:46  9   Asbjorn Olsen at 10:22 p.m. regarding BOP-on-BOP plan?

08:58:52 10   A.    Yes.

08:58:53 11   Q.    And it says a bunch of stuff, and then I've got

08:58:58 12   highlighted here, "Identify equipment and time necessary to fit

08:59:01 13   two X valves plus subsea choke on the *DD II* BOP.  Needs to be

08:59:06 14   ROV controllable and not hooked into the BOP control system."

08:59:10 15          Is that what we've basically been talking about?

08:59:12 16   A.    Yes.

08:59:12 17   Q.    Now, underneath here he says, "Total:  Approximately

08:59:16 18   12 days."

08:59:18 19          Is that -- you were involved in this process?

08:59:20 20   A.    Yes, sir.

08:59:21 21   Q.    Does about the total of 12 days seem about right for how

08:59:25 22   long it would take to do all of that?

08:59:26 23   A.    Yes, sir.

08:59:26 24   Q.    Let's take look at TREX-144951.1.1.TO.

08:59:35 25          Is this an e-mail you received from Asbjorn Olsen on

**OFFICIAL TRANSCRIPT**

08:59:39 1  May 18th, relating to stack-on-stack *DD II* plan?

08:59:43 2  A.   Yes, sir.

08:59:43 3  Q.   And then, again, he says down here, "You will also be

08:59:47 4  aware the team is working on choke outlets for both the dual

08:59:51 5  cap ram BOP and the *DD II* BOP."

08:59:56 6       First of all, let's just talk about that.  What is he

08:59:59 7  saying in that sentence there?

09:00:01 8  A.   Well, that we were going to have provisions for having

09:00:05 9  choke outlets on both the *DD II* BOP and he says "dual cap ram."

09:00:13 10 By that time it was already -- had already gone through a

09:00:17 11 triple capping stack, triple ram capping stack.  Sorry.

09:00:23 12 Q.   At that time were you working on both the *DD II* stack

09:00:28 13 option and the capping stack?

09:00:29 14 A.   Yes, sir.

09:00:30 15 Q.   You were building them both?

09:00:31 16 A.   Yes, sir.

09:00:31 17 Q.   And with respect to the choke options, were they both

09:00:35 18 going to attach to a side outlet?

09:00:37 19 A.   Yes, sir.

09:00:38 20     MR. COLLIER:  Objection.  There is a lot of leading

09:00:41 21 going on with this witness.

09:00:43 22     THE COURT:  Try not to lead.

09:00:45 23     MR. LI:  Sorry, Your Honor.

09:00:45 24 EXAMINATION BY MR. LI:

09:00:46 25 Q.   Just looking at this, sir, can you tell just from looking

**OFFICIAL TRANSCRIPT**

09:00:49  1    at this whether this is a two-ram stack from the *DD II* or a

09:00:53  2    two-ram stack from the capping stack?

09:00:55  3    A.    It's a double ram from -- it's actually the same

09:00:58  4    configuration from both places.

09:01:06  5    Q.    Was your view at the time, as of May 18th, consistent with

09:01:19  6    the solution about -- being about 10 to 14 days away from the

09:01:27  7    buff (spelled phonetically)?

09:01:27  8    A.    Yes, sir.

09:01:28  9    Q.    What's that timeframe?

09:01:29 10    A.    Well, that was the time that it was going to take to --

09:01:32 11    Q.    I'm sorry.  That was a bad question.

09:01:34 12          What does that add up to?  The end of May?

09:01:37 13    A.    The end of May, yes, sir.

09:01:38 14    Q.    And so even though BP only told you about the venting

09:01:43 15    option on May 15th, you still were going to be able to have a

09:01:48 16    venting option by the end of May?

09:01:50 17          MR. COLLIER:  Objection, Your Honor.  Leading.

09:01:55 18          THE COURT:  You're continuing to ask leading questions.

09:01:57 19          MR. LI:  I apologize, Your Honor.

09:01:58 20    EXAMINATION BY MR. LI:

09:01:58 21    Q.    Sir, when did BP tell you about the venting option?

09:02:03 22    A.    About May 15th.

09:02:04 23    Q.    When, according to this, would you be able to complete the

09:02:08 24    venting option?

09:02:09 25    A.    Well, 14 days from the -- would have been around the 2nd

**OFFICIAL TRANSCRIPT**

09:02:15 1   day of June.

09:02:16 2   Q.   Let's take a look at TREX-145038.1.1.

09:02:25 3           Mr. Turlak, is this an e-mail you received on

09:02:27 4   May 24th?

09:02:27 5   A.   Yes, sir.

09:02:28 6   Q.   It's from Iain Snedden.  It says, "Gents, for your

09:02:34 7   information, P&ID of subsea venting system that shall be hooked

09:02:38 8   up to the *DD II* BOP or three-ram capping assembly."  What did

09:02:42 9   you understand this to mean?

09:02:44 10  A.   Well, it was the piping and instrumentation drawing for

09:02:49 11  the venting system that we were going to use on -- either way,

09:02:53 12  on the *DD II* or the capping stack.

09:02:55 13  Q.   Let's turn to TREX-145038.1.2.  Two e-mails down in this

09:03:04 14  chain, what does -- what does Mike Brown say to James Wellings

09:03:09 15  about the venting manifold?

09:03:13 16  A.   It says, "It will be ready to ship Thursday p.m.," which

09:03:17 17  would be the 27th.

09:03:21 18  Q.   Let's take a look at TREX-145038.3.1.

09:03:30 19           This is a diagram that's been attached.  I'm not

09:03:32 20  going to blow it up because it's actually kind of hard to read,

09:03:35 21  but if you could sort of walk us through what is it?

09:03:37 22  A.   Well, if you're all the way to the left-hand side, you see

09:03:41 23  the *Horizon* BOP.  That would be the lower portion of the BOP.

09:03:47 24  Right above it is -- in the box is the *DD II* BOP.

09:03:51 25           You see there's a line coming away from the *DD II*.

**OFFICIAL TRANSCRIPT**

09:03:56  1    What's hard to read is, is that says -- that actually reads --

09:03:59  2    I've seen it from a better copy of this.  It actually --

09:04:03  3            MR. LI:  I'm sorry, if you could just blow that up.

09:04:06  4            THE WITNESS:  -- it says 45 degrees.  That's really --

09:04:10  5    and then over to a box that says CIW Number 6.  Well, that's no

09:04:16  6    different than what's shown here is that block turned at a

09:04:25  7    45-degree angle, and the preparation at the end of the gray

09:04:28  8    piece there is actually a Cameron number 6 clamp hub prep that

09:04:36  9    a mini collet connector can latch onto, and it would be hooked

09:04:42 10    to a line back to the manifold.

09:04:45 11            MR. LI:  For the record, I'm holding up, and what we're

09:04:47 12    talking about is, D-25025.

09:04:47 13    EXAMINATION BY MR. LI:

09:04:53 14    Q.   Now, if we could pull the schematic outward.  I think, if

09:04:59 15    you hit the upper right-hand corner, it will clear it.

09:05:10 16            Now, so then there's a diagnosis of a bunch of valves

09:05:14 17    and what have you that are sort of in the center area here.

09:05:18 18    What is this?

09:05:20 19    A.   Well, it's a busy drawing, for one thing, but it's showing

09:05:25 20    that -- a line going back to the vent manifold, going through a

09:05:35 21    valve Number 7 -- an MV-7 is 4 1/16" 10M gate valve.  Then

09:05:42 22    we've got a cross here.

09:05:43 23            What we can do is we can isolate and flow connect to

09:05:49 24    either come in and go through MV6 up to a choke that looks to

09:05:55 25    vent to nowhere or vent out to sea, that's ROV adjustable, or

**OFFICIAL TRANSCRIPT**

09:06:01 1    it can go -- which would be choke valve Number 2, or it can go

09:06:06 2    in the other direction, and there's a choke valve Number 1.

09:06:10 3    Q.    Why don't you just put your finger right on those things,

09:06:13 4    and you'll see it will pop up.

09:06:15 5    A.    This is choke valve Number 1, right there.

09:06:19 6    Q.    Then choke valve Number 2 is where?

09:06:21 7    A.    At the very top.

09:06:22 8    Q.    Now, over here -- and this assembly here is essentially

09:06:28 9    the manifold?

09:06:28 10   A.    Looks to be.  I mean, they've got a line drawn around it

09:06:31 11   to -- identifying it as the manifold.

09:06:33 12   Q.    So now over here on the right, there's a phrase that says,

09:06:38 13   "Future."  What do understand this assembly here to mean?

09:06:41 14   A.    Well, it looks like, since you've got a line coming out of

09:06:44 15   where -- coming out of the back side of the block where it's

09:06:50 16   MV5, and then connecting over to a line going over to future,

09:06:54 17   then this could go over to a Christmas tree vent, which

09:07:04 18   would -- to me, that would say -- could say that this was going

09:07:09 19   to be a tree they were going to sit down at the surface, and

09:07:13 20   able to also control it through the choke -- through a choke,

09:07:17 21   which was CV1, and maybe send it back up to surface or through

09:07:24 22   a long flow line to some other vessel or -- I don't know, this

09:07:29 23   was a future option we never talked about that.

09:07:31 24   Q.    Okay.  Now, when was this ready to ship?

09:07:41 25   A.    Supposed to be the p.m. -- the afternoon of Thursday, the

**OFFICIAL TRANSCRIPT**

09:07:49 1    27th.

09:07:49 2    Q.    May 27th?

09:07:50 3    A.    May 27th, yes, sir.

09:07:51 4    Q.    Let's take a look at TREX-1449861.1.TO.  If you could hit

09:08:04 5    the corner, where it says, "undo."  You've got to hit it a

09:08:04 6    bunch of times.

09:08:04 7           THE COURT:  If you hit the bottom left corner, you'll

09:08:04 8    clear it.

09:08:04 9    EXAMINATION BY MR. LI:

09:08:19 10   Q.    Is this another project plan you received from

09:08:22 11   Asbjorn Olsen on May 27, 2010?

09:08:26 12   A.    Yes, sir.

09:08:26 13   Q.    If you could just read the highlighted portion.

09:08:29 14   A.    "We cannot allow any single little change to come from BP

09:08:33 15   on these assemblies.  It's not going to be acceptable to do

09:08:37 16   more changes now.  The Team has spent two weeks on this, and we

09:08:42 17   need to draw a line in the sand if they shall have anything to

09:08:47 18   run any time soon."

09:08:48 19   Q.    In your experience working on the Capping Team, did BP

09:08:53 20   come up with a lot of little changes?

09:08:55 21   A.    Well, there were changes, yes.  I mean, we went from the

09:08:59 22   *Enterprise* to the *DD II*, and then venting for the *DD II*, and

09:09:07 23   still wanting the capping stack to be run concurrently during

09:09:13 24   all that time.  So yes, there were changes made.

09:09:15 25   Q.    Did any of these changes delay deployment of any of these

**OFFICIAL TRANSCRIPT**

09:09:23  1    devices?

09:09:23  2    A.   Well, yes, sir.  If you go back to the planning, we were

09:09:26  3    going to have the -- the *DD II* was going to be run on the

09:09:30  4    Tuesday, the 18th.  Then after we found -- found out that they

09:09:37  5    wanted venting, that was going to delay it, what Asbjorn saw it

09:09:43  6    as is 14 days.

09:09:43  7    Q.   Let's take a look at TREX-144986.2.1.  Is this the -- this

09:09:53  8    is similar to that project plan we saw earlier?

09:09:55  9    A.   Yes, sir.

09:09:56 10    Q.   Now, what's the start date of line 23, "BOP ready to run"?

09:10:00 11    What's the start date?

09:10:03 12    A.   May 3rd.

09:10:04 13    Q.   I think it says 6th.  I don't want to lead you there.

09:10:07 14    A.   I'm sorry.  Oh, I'm sorry.  June the 6th, 2010.

09:10:10 15    Q.   At this time, did you view this as a realistic completion

09:10:22 16    time, even with all the modifications that were being asked

09:10:23 17    for?

09:10:23 18    A.   Yes, sir.

09:10:24 19    Q.   Let's take a look at TREX-114985.1.1.TO.

09:10:26 20    [REPORTER'S NOTE:  Exhibit TREX-114985.1.1.TO. was corrected

09:10:26 21    later on in the record by Mr. Li to TREX-144985.1.1.]

09:10:33 22            This is an e-mail from Chris Roberts from BP dated

09:10:35 23    the same day, to you, and it has the latest well capping

09:10:40 24    schedule update.

09:10:41 25            If we could pull up TREX-144985.2.1.TO.  Just at the

**OFFICIAL TRANSCRIPT**

09:10:51 1   bottom, what does BP say the finish date is for the BOP-on-BOP

09:10:56 2   installation?

09:10:59 3   A.    BOP-on-BOP installation would be June the 7th, 2010.

09:11:04 4   Q.    Even with all the various changes that had been asked for?

09:11:10 5   A.    Yes, sir.

09:11:10 6   Q.    Now, let's take a look at TREX-7104.3.1.TO.  This is an

09:11:18 7   e-mail from Jim Wellings, James Wellings, and you were included

09:11:23 8   on the chain.  But did you eventually receive this e-mail?

09:11:26 9   A.    Yes, sir.

09:11:26 10  Q.    He writes, "BP has decided to go another route and will

09:11:32 11  not be doing the BOP for a while."

09:11:35 12          When you first learned this, were you surprised?

09:11:38 13  A.    Yes, sir.

09:11:38 14  Q.    Why is that?

09:11:39 15  A.    We were so close.  We had come a long way from the

09:11:46 16  *Enterprise* and the *DD II*, and then the *DD II* with the venting

09:11:52 17  option, had the equipment ready, and then their decision not to

09:12:00 18  do it.

09:12:00 19  Q.    Did you ever receive an explanation from BP why they had

09:12:06 20  shelved the BOP-on-BOP?

09:12:07 21  A.    No.

09:12:07 22  Q.    Now, did anyone say to you that, well, we're not going to

09:12:11 23  do the BOP because there is problems with hydrates?

09:12:15 24  A.    No, sir.

09:12:15 25  Q.    Did anyone say to you from BP that they didn't want to do

OFFICIAL TRANSCRIPT

09:12:20  1    the BOP-on-BOP option because there was a problem with

09:12:24  2    releasing the LMRP?

09:12:25  3              MR. COLLIER:  Objection, Your Honor, leading.

09:12:27  4              THE COURT:  Sustained.

09:12:28  5    EXAMINATION BY MR. LI:

09:12:29  6    Q.    The e-mail continues, "David Cameron, Rob Turlak and

09:12:34  7    Charles Curtis, BP would still like the option of the three-ram

09:12:38  8    capping stack for deploying a flex joint overshot or a subsea

09:12:43  9    tree."

09:12:44  10             What did you understand that to mean?

09:12:46  11   A.    That they still wanted us to move ahead and try to

09:12:49  12   complete the three-ram capping stack as soon as possible.

09:12:52  13   Q.    Let's take a look at TREX-7104.2.1.  This is a May 30th

09:13:01  14   e-mail from Charles Curtis to John -- Schwebel?

09:13:01  15   A.    Schwebel, yes, sir.

09:13:08  16   Q.    -- and David Cameron, copying you, dated May 30th, 2010.

09:13:12  17   If you could just read the highlighted portion for us?

09:13:14  18   A.    "The capping stack has gone as far as we can.  All of the

09:13:17  19   equipment is stacked up and only waiting on the control panels

09:13:20  20   from Oceaneering to test the stack.  These panels should be

09:13:25  21   completed by Tuesday, June 1st, shipped to Cameron Berwick,

09:13:30  22   hooked up and tested with the three-ram capping stack

09:13:34  23   completion.  Date ready to ship offshore, Friday, June 4th."

09:13:38  24   Q.    Now this is the capping stack, not the BOP, right?

09:13:42  25   A.    Correct.

**OFFICIAL TRANSCRIPT**

09:13:42 1  Q.   Did you agree with Mr. Curtis's estimate that it was going

09:13:49 2  to be ready, the entire capping stack assembly was going to be

09:13:54 3  ready to be shipped offshore June 4th?

09:13:56 4  A.   I thought that was slightly ambitious, but only because

09:13:59 5  there were going to have to be people involved with the testing

09:14:03 6  from both BP, the MMS, Coast Guard, and whoever else wanted to

09:14:10 7  come and watch it, so I thought it would be a few more days

09:14:15 8  past June 4th.

09:14:15 9  Q.   Not months, though?

09:14:17 10  A.   No, sir.

09:14:17 11  Q.   Now, I'm going to move to the final part of this.  We

09:14:24 12  talked about earlier --

09:14:25 13       MR. LI:  Your Honor, if I can approach over here, there

09:14:30 14  are some models.

09:14:30 15  EXAMINATION BY MR. LI:

09:14:31 16  Q.   We talked earlier about building BOP stacks as sort of

09:14:36 17  being a modular exercise.

09:14:38 18  A.   Yes, sir.

09:14:38 19  Q.   I'm going to build one with you.  So I have here D-2506 --

09:14:46 20  I'm sorry, 250261.  What is this?

09:14:51 21  A.   That's a model of an HC collet connector with a funnel on

09:14:58 22  the -- bolted to the bottom of it to help guide it onto the --

09:15:02 23  onto whatever we were landing it on, whether it's the lower

09:15:09 24  *Horizon* BOP stack or a transition spool.

09:15:11 25  Q.   Now, this funnel here operates how?

**OFFICIAL TRANSCRIPT**

09:15:17  1    A.    Well, when you're -- it's so -- it will guide you onto

09:15:22  2    whatever you're landing on.  So it's going to -- it's going to

09:15:25  3    try to -- it's going to act as the bottom of this cup.  If

09:15:29  4    you're landing on it here, you can be off by a little bit, but

09:15:32  5    it will guide you where you need to go.

09:15:34  6    Q.    Is this standard equipment?

09:15:36  7    A.    Yes.

09:15:36  8    Q.    Is this off the shelf?

09:15:38  9    A.    Yes.

09:15:41 10    Q.    Next, we have -- what is this?  This is .2.

09:15:45 11    A.    This is a single-ram BOP similar to the one that's on the

09:15:50 12    *DD II*.

09:15:51 13    Q.    It has -- what are these?

09:15:54 14    A.    Side outlets.

09:15:55 15    Q.    Just like on the BOP?

09:15:57 16    A.    Yes, sir.

09:15:58 17    Q.    We land it here.  Obviously, we're not landing this

09:16:02 18    subsea; we're building this in the yard.

09:16:04 19    A.    That's right.

09:16:04 20    Q.    So how do we attach that?

09:16:06 21    A.    There's a studded connection there that has the

09:16:12 22    preparation -- studded connection is a series of bolts that are

09:16:17 23    tapped into the top of the single BOP in the same bolt circle

09:16:24 24    diameter as what the flange would have on it, and the studs

09:16:27 25    would be screwed into the top of the body.  A ring gasket would

09:16:31 1    be placed in the ring group preparation, and the double BOP

09:16:33 2    would be brought down and bolted onto the top of the single.

09:16:37 3    Q.    Then the double is Number 3?

09:16:40 4         MR. COLLIER:  Your Honor, if I may lodge an objection.

09:16:43 5    To the extent that this is talking about building a

09:16:45 6    capping stack on the surface, I don't see the relevance it has

09:16:49 7    with respect to this particular incident.

09:16:49 8         THE COURT:  What are you trying to demonstrate?

09:16:52 9         MR. LI:  I'm just showing how these capping stacks are

09:16:54 10   put together, and it's essentially the same as the BOP.

09:16:56 11   They're made from standard parts.

09:16:58 12        MR. COLLIER:  Your Honor, I think here counsel is going

09:17:00 13   much further than that.  He's trying to show how it builds,

09:17:03 14   which is fine if it's on the surface, but the issue is whether

09:17:06 15   or not attaching it subsea --

09:17:08 16        MR. LI:  We're just explaining that the capping stack

09:17:11 17   and the BOP are the same thing.

09:17:12 18        THE COURT:  I think you've established that.  The

09:17:15 19   witness has said that, right?

09:17:16 20        THE WITNESS:  Yes, sir.

09:17:17 21        MR. LI:  Well, then I'll put the LEGOs away.

09:17:25 22             The last part, Your Honor, if I may, just with

09:17:27 23   the valves and the venting options.  Is that all right,

09:17:29 24   Your Honor?

09:17:30 25        THE COURT:  You're on the clock.  It's your clock.

**OFFICIAL TRANSCRIPT**

09:17:33 1           MR. LI:  Yes, sir.

09:17:35 2     EXAMINATION BY MR. LI:

09:17:36 3     Q.   So there are some valves on the side.  Is this how the

09:17:39 4     valves were eventually configured?

09:17:41 5     A.   That's correct, sir.

09:17:42 6     Q.   Any different than what's on the -- I mean, the exact

09:17:47 7     placement?

09:17:47 8     A.   There is no kill lines hooked up to that one, but --

09:17:52 9     because that was standalone unit, and it wasn't going to be

09:17:55 10    connected back up to surface.  But a subsea choke was attached

09:17:59 11    using a mini collet connector and latched onto the -- on the

09:18:02 12    outlet of the valve.

09:18:03 13    Q.   Is that a difficult operation to attach the subsea choke

09:18:09 14    onto a valve?

09:18:10 15    A.   It's been done with ROV's in the past, yes.

09:18:12 16    Q.   Mr. Turlak, in your time on the Capping Team, did you ever

09:18:24 17    encounter an engineering problem that you could not solve?

09:18:26 18    A.   No, sir.

09:18:29 19          MR. LI:  Your Honor, I have no more questions at this

09:18:30 20    time.

09:18:30 21          THE COURT:  All right.

09:18:30 22          MR. COLLIER:  Good morning, Your Honor.

09:18:30 23    CROSS-EXAMINATION BY MR. COLLIER:

09:19:26 24    Q.   Good morning, Mr. Turlak.

09:19:29 25    A.   Good morning.

                         **OFFICIAL TRANSCRIPT**

09:19:29  1    Q.    My name is Paul Collier.  I'll be asking you questions
09:19:33  2    today on behalf of BP, and I have you on cross-examination.
09:19:35  3               Now, you found out about the blowout with the
09:19:39  4    *Deepwater Horizon* on April 21st, correct?
09:19:41  5    A.    Yeah, I guess, somewhere around there.
09:19:50  6    Q.    It was very close, within 24 hours or so?
09:19:53  7    A.    Yes, sir.  Within 24 hours.
09:19:55  8    Q.    You were immediately asked to play a role with respect to
09:19:58  9    responding to the incident, correct?
09:19:59 10    A.    Actually, the next day.
09:20:00 11    Q.    I think you mentioned earlier on direct examination, you
09:20:06 12    were assigned to a team to look at solutions for capping the
09:20:10 13    well, correct?
09:20:11 14    A.    Yes, I was asked to go over to BP and be a part of that
09:20:15 15    meeting, yes.
09:20:15 16    Q.    This, I think you've mentioned in direct as well, became
09:20:20 17    known as the Well Capping Team, correct?
09:20:22 18    A.    Yes.  Yes, sir.
09:20:23 19    Q.    Now, the Well Capping Team worked throughout the response
09:20:29 20    from that early timeframe after the incident to develop a
09:20:33 21    capping solution for the well, correct?
09:20:34 22    A.    That's correct.
09:20:34 23    Q.    There were engineers from BP, Transocean, Cameron, and
09:20:41 24    Wild Well Control who worked on the Well Capping Team, correct?
09:20:45 25    A.    Yes, sir.

09:20:45  1   Q.   You would agree that Wild Well Control had expertise
09:20:52  2   responding to blowouts, correct?
09:20:53  3   A.   Yes, sir.
09:20:53  4   Q.   They also had expertise dealing with subsea engineering
09:20:57  5   issues, correct?
09:21:00  6   A.   Yeah, I guess.
09:21:00  7   Q.   Now, Cameron and Transocean employees who were assigned to
09:21:04  8   work on the Well Capping Team, you agree that they had subsea
09:21:09  9   expertise, correct?
09:21:09 10   A.   Yes.  There were some -- it was -- at different times,
09:21:15 11   different people were called in, depending on the situation,
09:21:17 12   depending on what rig was going to be used.  So we might have
09:21:22 13   rig managers come in for those specific rigs and other people
09:21:27 14   from those specific rigs, depending on what we were talking
09:21:31 15   about that day or that time.
09:21:34 16   Q.   You would agree that the Well Capping Team operated in a
09:21:39 17   very collaborative environment?
09:21:40 18   A.   Yes, sir.
09:21:41 19   Q.   You agree that at all times Transocean had employees
09:21:44 20   assigned to the Well Capping Team, true?
09:21:46 21   A.   Yes.
09:21:46 22   Q.   You would agree that the employees that Transocean had
09:21:50 23   assigned to the Well Capping Team, at least one or more of
09:21:53 24   those employees would have had subsea engineering expertise?
09:21:57 25   A.   Yes, sir.

**OFFICIAL TRANSCRIPT**

09:21:58  1    Q.   You would agree that it was logical to have a group of
09:22:03  2    people that had expertise relating to subsea issues working on
09:22:08  3    the capping solutions for the *Deepwater Horizon* incident,
09:22:08  4    correct?
09:22:11  5    A.   Sure.
09:22:11  6    Q.   Now, with respect to the Transocean employees who worked
09:22:17  7    on the Well Capping Team, I just want to go through a couple of
09:22:20  8    those names.  I think earlier we've seen Ian Snedden, does that
09:22:26  9    name ring a bell?
09:22:27 10    A.   That's correct.
09:22:30 11    Q.   Ian is a Transocean employee, correct?
09:22:32 12    A.   That's correct.
09:22:33 13    Q.   Does Mr. Snedden have subsea expertise?
09:22:36 14    A.   His is more operational.
09:22:39 15    Q.   Mr. Snedden was assigned to work at BP as part of the Well
09:22:44 16    Capping Team; is that correct?
09:22:45 17    A.   That's correct, for a period of time.
09:22:46 18    Q.   John Mackay, he was a Transocean employee who was assigned
09:22:51 19    to work on the Well Capping Team?
09:22:53 20    A.   John Mackay, yes.
09:22:54 21    Q.   Mr. Mackay has subsea engineering experience?
09:22:59 22    A.   Some subsea engineering experience, yes.
09:23:01 23    Q.   Geoff Boughton, he was a Transocean employee who was
09:23:05 24    assigned to work on the Well Capping Team?
09:23:08 25    A.   Yes.

**OFFICIAL TRANSCRIPT**

09:23:08  1    Q.   You would agree that Mr. Boughton has subsea engineering
09:23:12  2    experience, correct?
09:23:13  3    A.   Yes, sir.
09:23:13  4    Q.   Mr. Boughton specifically has BOP-related experience,
09:23:13  5    correct?
09:23:17  6    A.   Yes, sir.
09:23:18  7    Q.   In fact, I believe, at least at this point in time,
09:23:20  8    Mr. Boughton's title was subject matter expert; is that
09:23:23  9    correct?
09:23:24  10   A.   I don't remember, but I'll take your word for it.
09:23:27  11   Q.   You would agree that Mr. Boughton has expertise relating
09:23:31  12   to BOPs, correct?
09:23:32  13   A.   Yes, sir.
09:23:33  14   Q.   Again, he was assigned to work on the Well Capping Team?
09:23:36  15   A.   Yes.
09:23:36  16   Q.   Dean Williams was another Transocean employee who was
09:23:39  17   assigned to work on the Well Capping Team, correct?
09:23:42  18   A.   Yes.  I mean, Geoff and Dean didn't necessarily attend all
09:23:47  19   the meetings, but they worked and reported to me.  So my being
09:23:55  20   part of it made them part of it, yes.
09:23:57  21   Q.   Mr. Williams had subsea engineering expertise?
09:24:00  22   A.   Yes, sir.
09:24:01  23   Q.   Dave Cameron, was he also a Transocean employee who worked
09:24:05  24   on the Well Capping Team?
09:24:06  25   A.   Yes, sir.

**OFFICIAL TRANSCRIPT**

09:24:07 1   Q.   Mr. Cameron, does he have subsea engineering expertise?

09:24:11 2   A.   Yeah, he was more a well control guy.

09:24:14 3   Q.   Mr. Cameron had, in your words, well control experience?

09:24:19 4   A.   Correct.

09:24:19 5   Q.   Your understanding is Mr. Cameron worked for an extended

09:24:24 6   period of time on the Well Capping Team, correct?

09:24:26 7   A.   Yes.

09:24:26 8   Q.   These were all Transocean employees who, at some time or

09:24:30 9   another, were working as part of the Well Capping Team,

09:24:32 10  correct?

09:24:32 11  A.   Yes, sir.

09:24:32 12  Q.   Now, Mr. Mackay and Mr. Snedden, they were Transocean

09:24:38 13  employees who were actually embedded at BP's Westlake office,

09:24:42 14  correct?

09:24:42 15  A.   Yes.

09:24:43 16  Q.   So they were actually in the same conference room working

09:24:47 17  with other members of the Well Capping Team?

09:24:49 18  A.   Correct.

09:24:50 19  Q.   Now, you were not embedded at any period of time during

09:24:56 20  the response at BP's offices as part of the Well Capping Team,

09:25:00 21  correct?

09:25:00 22  A.   I went over there periodically, more so early on; but, as

09:25:05 23  the time went on, I would maybe go once or twice a week to work

09:25:10 24  with BP, just when I was asked to.  Otherwise, I was getting

09:25:15 25  the equipment ready to go.

**OFFICIAL TRANSCRIPT**

09:25:16  1    Q.    You were stationed predominantly at Transocean's Parktown
09:25:22  2    offices?
09:25:24  3    A.    That's correct.
09:25:24  4    Q.    You understand that at BP's Westlake office, the Well
09:25:32  5    Capping Team worked in close proximity to each other, correct?
09:25:37  6    A.    The Well Capping Team was usually in the same conference
09:25:40  7    room all day long.
09:25:41  8    Q.    They were working long hours, correct?
09:25:43  9    A.    Yes.
09:25:43 10    Q.    In fact, everybody who was a member of the Well Capping
09:25:47 11    Team was working long hours at that point; is that correct?
09:25:49 12    A.    That's correct.
09:25:49 13    Q.    The Well Capping Team had daily meetings that were taking
09:25:54 14    place at the BP offices, correct?
09:25:57 15    A.    That's right.
09:25:57 16    Q.    During those meetings, they would review the work that was
09:25:59 17    ongoing with the capping solutions?
09:26:01 18    A.    Yes, sir.
09:26:01 19    Q.    These daily meetings that the Well Capping Team held,
09:26:06 20    those began shortly after April 20th, correct?
09:26:12 21    A.    Early on, it wasn't formalized.  These were general
09:26:15 22    meetings that were held for a few days after the incident.  So
09:26:24 23    there were people from other groups also in those general
09:26:27 24    meetings.  It wasn't till probably the following week that it
09:26:31 25    was broken out into a Well Capping Team led by Jim Wellings.

**OFFICIAL TRANSCRIPT**

09:26:36  1    Q.    After it became more formalized, there were daily

09:26:36  2    meetings --

09:26:36  3    A.    Correct.

09:26:41  4    Q.    -- of the Well Capping Team?

09:26:43  5    A.    Yeah.

09:26:43  6    Q.    You would agree that during the response the Well Capping

09:26:46  7    Team working in close proximity continued to have meetings and

09:26:50  8    discussions with each other?

09:26:50  9    A.    Sure.

09:26:52  10    Q.    During those daily meetings that were held after it became

09:26:58  11    more formalized, Transocean employees were always part of those

09:27:01  12    meetings, correct?

09:27:05  13    A.    Yeah, at least the ones -- yes, as far as I know.

09:27:07  14    Q.    You didn't attend all of the meetings that were held by

09:27:10  15    the Well Capping --

09:27:10  16    A.    No, sir, I did not.

09:27:11  17    Q.    In fact, you didn't go most mornings to those meetings

09:27:14  18    that were held?

09:27:15  19    A.    No.  Somebody had to do the work.

09:27:17  20    Q.    I think you described yourself as the operations guy on

09:27:26  21    the team, correct?

09:27:29  22    A.    Well, I'm an engineer with experience on getting BOPs

09:27:35  23    assembled and tested and working out the details, so you can

09:27:41  24    call me whatever you like.

09:27:43  25    Q.    Okay.  Now, you would agree that everybody on the team,

09:27:59 1    whether it was Wild Well Control or Cameron or Transocean or

09:28:03 2    BP, they all wanted to find a solution to stopping the flow of

09:28:06 3    oil, correct?

09:28:08 4    A.    Yes, sir.

09:28:08 5    Q.    It was the Well Capping Team's role to find the best

09:28:13 6    solution to stop the flow of the well, whether it was the

09:28:16 7    BOP-on-BOP or the two-ram capping stack or the three-ram

09:28:20 8    capping stack, correct?

09:28:21 9    A.    Yeah, I don't think we would have wanted to settle for

09:28:23 10   less.  What we wanted to do was to utilize the best solution

09:28:29 11   and the most timely solution.

09:28:31 12   Q.    The Well Capping Team wanted the best and safest equipment

09:28:38 13   to use the cap the well, correct?

09:28:39 14   A.    Yeah, I think the safest goes without saying, that

09:28:45 15   anything that we were going to do, we wanted to be safe.

09:28:47 16   Q.    Now, you agree that the team, in attempting to find the

09:28:54 17   best solution for capping the well, it followed a guiding

09:28:57 18   principle or mantra; would you agree with that?

09:29:01 19   A.    Which is what?

09:29:02 20   Q.    Let me ask a more direct question.  Did the Well Capping

09:29:06 21   Team have the mantra of don't make things worse?

09:29:11 22   A.    I think that's what we were told.  That's right.

09:29:14 23   Q.    You would agree that that was a good guiding philosophy?

09:29:17 24   A.    It's a reasonable philosophy.  I mean, some things are --

09:29:22 25   you try not to make anything worse; but, if you have the

**OFFICIAL TRANSCRIPT**

09:29:25  1    opportunity to make it better, and you have mitigated the

09:29:30  2    risks, then sure, there is always the opportunity to make it

09:29:35  3    worse, but hopefully you can go ahead and take care of the

09:29:38  4    problem.

09:29:38  5    Q.   As a general principle, though, your team had the mantra

09:29:41  6    of don't make it worse, correct?

09:29:43  7    A.   I think that's what I was told, yes.

09:29:44  8    Q.   Now, the Well Capping Team began its work within a couple

09:29:51  9    days of the April 20th incident, correct?

09:29:55 10    A.   Well, as I said before, we had general meetings, and there

09:29:59 11    were people that weren't eventually in the Well Capping Team

09:30:02 12    because all the groups were together in the first few meetings.

09:30:06 13    I mean, these were huge meetings.

09:30:10 14         As I said, the following week is, the best of my

09:30:16 15    memory, when we got started as a group that was -- either it

09:30:19 16    was working on both the BOP-on-BOP or the capping stack.

09:30:24 17    Q.   Within a couple days of the incident --

09:30:29 18    A.   It was being discussed, yes, but not as a specific group.

09:30:33 19    Q.   So there were discussions within days of the incident

09:30:38 20    brainstorming about the capping solutions, correct?

09:30:40 21    A.   Correct.

09:30:40 22    Q.   There were efforts that were undertaken within a couple

09:30:43 23    days to begin to put equipment together for those capping

09:30:49 24    solutions, correct?

09:30:50 25    A.   I don't know that you can say a couple of days.  It might

**OFFICIAL TRANSCRIPT**

09:30:53  1    have been a few more days than that, but soon after.  I don't

09:30:57  2    know as to how you can qualify it to a couple of days because,

09:31:01  3    you know, the rig was still burning for a certain period of

09:31:07  4    time afterwards, and there was still the hope to get the well

09:31:10  5    shut in for a couple days after.

09:31:15  6    Q.    Now, a couple days after the blowout, you attended a

09:31:23  7    meeting at BP where capping solutions were discussed?

09:31:32  8    A.    I don't know if it occurred a couple of days later, but

09:31:35  9    sometimes during the end of that week.  I don't remember that

09:31:41 10    it was a couple of days later, but a few days later we met,

09:31:44 11    certainly met.

09:31:45 12    Q.    So you would say within a few days of April 20th, you had

09:31:48 13    met at BP's offices to discuss capping solutions?

09:31:51 14    A.    Yes.

09:31:51 15    Q.    Now, at that meeting, were there representatives from BP,

09:31:54 16    Transocean, Cameron, and Wild Well Control?

09:31:57 17    A.    Yes.  As well as others.

09:32:01 18    Q.    And during this meeting, the group discussed various

09:32:05 19    capping options that could be used for stopping the flow of the

09:32:07 20    well?

09:32:07 21    A.    Well, there was also discussions about who was going to do

09:32:10 22    what.  That's really fuzzy.  But to the best of my

09:32:18 23    recollections, who was going to do what, what other things were

09:32:25 24    occurring, what other things were happening.  And then at

09:32:34 25    that -- whatever that first meeting I went to, I don't know --

**OFFICIAL TRANSCRIPT**

09:32:35  1  I don't remember what day it was, Wild Well Control was there

09:32:39  2  and had already started talking about putting a two-ram BOP on

09:32:44  3  top of it -- on top of the lower BOP stack to try to stop the

09:32:47  4  flow.

09:32:48  5  Q.   So there was already an organization in place at that

09:32:52  6  point in time to start to develop the capping solutions?

09:32:55  7  A.   Yeah.  I think there was brainstorming from within

09:33:00  8  already, and, you know, trying to put another BOP on top of one

09:33:06  9  that's blowing out seemed to be the obvious solution.

09:33:08  10  Q.   And the BOP-on-BOP option you discussed, that was one that

09:33:14  11  came out shortly after the incident?

09:33:18  12  A.   Yeah.  It was the next week.

09:33:23  13  Q.   You say within a week of the incident the idea for a

09:33:27  14  capping solution had been generated and there was a team

09:33:30  15  working on it?

09:33:32  16  A.   I didn't write it down until the 28th.  I don't know if --

09:33:36  17  you know, I might have discussed it the day before, so yeah, I

09:33:41  18  guess you could say within a week.

09:33:42  19  Q.   At least as of the 28th, there was a solution that was

09:33:46  20  identified and a team was working on it?

09:33:48  21  A.   Well, it's something I wrote down anyway.

09:33:51  22  Q.   Now, you agree that the BOP-on-BOP option and the capping

09:34:00  23  stack option were being worked on in parallel by the Capping

09:34:05  24  Team, correct?

09:34:06  25  A.   Yes.

**OFFICIAL TRANSCRIPT**

09:34:06  1    Q.    Now, we've talked a little bit about your role with
09:34:15  2    respect to the Well Capping Team.  And I think we've talked
09:34:20  3    about the fact that your role was to take the ideas that were
09:34:22  4    agreed upon by the Well Capping Team and then make sure the
09:34:25  5    work got done, right?
09:34:26  6    A.    Well, there was always details that had to be worked out.
09:34:30  7    And I saw -- the small group that I had of Dean, William and
09:34:37  8    Geoff, I had a designer there available, and we had to work out
09:34:43  9    the details that the guys talked through in the Well Capping
09:34:52 10    Team and find the equipment that they wanted to utilize.
09:35:00 11    Q.    You weren't dealing with assessing the risks associated
09:35:03 12    with installing either the BOP-on-BOP or the capping stack,
09:35:03 13    correct?
09:35:11 14    A.    No, I usually missed those meetings.
09:35:13 15    Q.    There were discussion teams back at BP's offices with
09:35:18 16    other members of the Well Capping Team that were looking at the
09:35:22 17    risks associated with actually installing the BOP-on-BOP?
09:35:25 18    A.    That's right.  I think there was a peer group that looked
09:35:28 19    at the HAZID.  There was a group that worked on the actual
09:35:34 20    running procedures.
09:35:36 21          As I said earlier, those were for a specific rig.  We
09:35:40 22    got more input in from the people for that rig for doing
09:35:43 23    specific jobs.
09:35:44 24          So as far as the -- the risk assessment, I think what
09:35:53 25    BP called it was a hazard identification and assessing those

**OFFICIAL TRANSCRIPT**

09:35:59  1   hazards and how to mitigate those hazards.  But, yeah, there
09:36:03  2   was a large group of people involved.
09:36:04  3   Q.    And that was not your role to be part of that risk
09:36:10  4   assessment?
09:36:10  5   A.    I might have been asked to go into one of those, but
09:36:14  6   usually I didn't get involved in that.
09:36:15  7   Q.    Now, with respect to your role, you didn't have all the
09:36:22  8   information associated with all the risks that were assessed as
09:36:26  9   far as putting on either the BOP-on-BOP or the capping stack,
09:36:29 10   correct?
09:36:32 11   A.    Probably not.  I mean, some of the things I got copied on,
09:36:37 12   as far as minutes from the meetings, but some things I didn't.
09:36:40 13   Q.    And your role on the team, you were not presented with the
09:36:45 14   specific risks associated with the various capping ideas,
09:36:47 15   correct?
09:36:47 16   A.    Not all of them.
09:36:52 17   Q.    Now, you never participated in any meetings with the
09:36:56 18   Unified Command?
09:36:57 19   A.    No.
09:36:57 20   Q.    And you never participated in any meetings with government
09:37:01 21   scientists or experts for providing input relating to the
09:37:05 22   capping solutions?
09:37:06 23   A.    No.
09:37:06 24   Q.    Now, in your role with the Well Capping Team, you didn't
09:37:15 25   know what information was being used to make decisions about

**OFFICIAL TRANSCRIPT**

09:37:19  1    whether to go with a three-ram capping stack or the BOP-on-BOP

09:37:23  2    option, correct?

09:37:26  3    A.    No.

09:37:26  4    Q.    And you would not substitute your judgment for the

09:37:30  5    judgment of others who considered all the risks associated with

09:37:33  6    the various capping options in ultimately deciding which option

09:37:37  7    to use?

09:37:39  8    A.    That's an open-ended question, because if I didn't have

09:37:42  9    all the information, I couldn't necessarily make a decision, so

09:37:46 10    I guess not.

09:37:46 11    Q.    Now, I would like to talk about the BOP-on-BOP option that

09:37:52 12    was considered and what you've talked about earlier today.  And

09:37:55 13    if we can bring up D-23767-1, please.

09:38:03 14          Now, Mr. Turlak, do you see that?  It's kind of a

09:38:07 15    simplified depiction of the BOP-on-BOP option, correct?

09:38:10 16    A.    Sure.

09:38:10 17    Q.    And to be clear, the lower part that's shown there is the

09:38:18 18    lower half of the *Deepwater Horizon* BOP stack, correct?

09:38:21 19    A.    Yes, sir.

09:38:22 20    Q.    And this is the -- showing that the LMRP has actually been

09:38:28 21    removed from the *Deepwater Horizon* BOP stack, correct?

09:38:30 22    A.    Yes, sir.

09:38:30 23    Q.    And so the plan for the BOP-on-BOP option that the Well

09:38:35 24    Capping Team developed was to land the capping stack -- I'm

09:38:37 25    sorry -- to land the capping BOP on top of the lower BOP stack,

**OFFICIAL TRANSCRIPT**

09:38:43 1    correct?

09:38:43 2    A.    Yes, sir.

09:38:43 3    Q.    And the LMRP would be removed, is that right?

09:38:49 4    A.    Yes, sir.

09:38:50 5    Q.    Now, did the Well Capping Team ever look at or ever

09:38:54 6    engineer any ways of being able to attach the capping BOP on

09:39:00 7    top of the LMRP?

09:39:03 8    A.    Did they look at ways of attaching it?

09:39:05 9    Q.    To the top of the LMRP.

09:39:07 10   A.    Yes.

09:39:10 11   Q.    And was that something that the team had actually

09:39:13 12   engineered, was attaching the BOP on top of the LMRP?

09:39:22 13   A.    We engineered the portion of -- of landing it on top of

09:39:28 14   the flex joint.  That's what you're asking about, right?

09:39:31 15   Q.    Correct, yeah.

09:39:32 16        THE COURT:  No.  I think he's asking you whether it was

09:39:36 17   considered possible or feasible to land the *Enterprise* BOP on

09:39:45 18   top of the LMRP without removing it.

09:39:49 19        THE WITNESS:  I don't think that was discussed, to the

09:39:54 20   best of my knowledge.  Now, it might have, but I don't think

09:39:56 21   so.

09:39:58 22   EXAMINATION BY MR. COLLIER:

09:39:58 23   Q.    You don't recall the Well Capping Team ever discussing

09:40:01 24   attaching the *Discoverer Enterprise* -- you don't recall the

09:40:06 25   Well Capping Team having any engineering discussions about

**OFFICIAL TRANSCRIPT**

09:40:10  1    attaching the *Discoverer Enterprise* BOP or the *DD II* BOP on top

09:40:16  2    of the LMRP of the *Deepwater Horizon* stack?

09:40:19  3    A.    No, sir, not to my knowledge.

09:40:20  4    Q.    Now, what this depiction shows when the LMRP would be

09:40:26  5    removed, you would have a hydrocarbon plume flowing through the

09:40:34  6    lower BOP stack, correct?

09:40:35  7    A.    Yes.

09:40:35  8    Q.    And you would agree with me that because of the

09:40:38  9    hydrocarbon plume that would be flowing through the lower BOP

09:40:42 10    stack, that would add some level of complexity in landing the

09:40:46 11    capping BOP on top of the lower BOP stack, correct?

09:40:52 12    A.    Well, I mean, based on what I had looked at early on, the

09:41:00 13    actual velocity and the force from that velocity based on

09:41:06 14    stress engineering's work, it was the -- the force would be

09:41:12 15    very little based on what -- from what I saw, is that at

09:41:19 16    5,000 barrels per day, it was like a 7-foot -- 7-foot per

09:41:27 17    second velocity.

09:41:27 18          So if you've got something hanging up above it with

09:41:33 19    *Enterprise* that's 640 -- 670,000 pounds around or the *DD II*

09:41:40 20    that's 720,000 pounds, I don't think you would have to worry

09:41:43 21    about it with a velocity of 7-feet per second.

09:41:46 22    Q.    And you're talking about the forces that would be

09:41:48 23    generated by the hydrocarbon plume on the BOP, correct?

09:41:52 24    A.    Yeah.  And that was work that was already done by

09:41:54 25    stress engineering.

**OFFICIAL TRANSCRIPT**

09:41:55  1    Q.   Would you agree with me that there were other concerns

09:41:58  2    that the Well Capping Team raised with landing the BOP on top

09:42:03  3    of the *Deepwater Horizon* BOP lower stack in the hydrocarbon

09:42:08  4    plume other than the forces that you just discussed?

09:42:11  5    A.   Yeah.  There was a concern about this -- the forces going

09:42:18  6    up -- I mean, the hydrates being created on the interior

09:42:27  7    portion of the bore of the BOP, and they were initially

09:42:30  8    concerned with -- with this gas, once it got up into the bore,

09:42:36  9    about it going up to surface.  But we took care of that with a

09:42:40  10   perforated riser and the plugs in the riser.

09:42:44  11   Q.   You mentioned there was a concern relating to formation of

09:42:46  12   hydrates during the landing process?

09:42:49  13   A.   That's correct.

09:42:49  14   Q.   And that was one of the engineering issues that the team

09:42:51  15   had to address and mitigate before the BOP-on-BOP option was

09:42:55  16   ready to --

09:42:57  17   A.   That's right.

09:42:57  18   Q.   -- be installed?

09:43:01  19   A.   The same way we did it on the capping stack.

09:43:03  20   Q.   And with respect to the BOP-on-BOP option and landing in

09:43:09  21   the hydrocarbon plume, was it also an issue with respect to

09:43:13  22   visibility in being able to push the capping BOP or the

09:43:20  23   *Discoverer Enterprise* BOP onto the lower BOP stack?

09:43:26  24   A.   It might have been.  It's a good picture of a *Horizon* BOP

09:43:38  25   landing out on the lower *Horizon* BOP, though.

**OFFICIAL TRANSCRIPT**

09:43:39 1    Q.    I have my graphics people to thank for that.

09:43:44 2    A.    Yeah.  Whatever's easy.

09:43:45 3    Q.    Now, earlier in your direct examination you were shown an

09:43:47 4    animation from May 6th.  Do you recall that?

09:43:49 5    A.    Yes, sir.

09:43:50 6    Q.    Now, you agree that on May 6th not all of the risks for

09:43:54 7    the BOP-on-BOP option had been mitigated at that time, correct?

09:43:59 8    A.    I would expect not.

09:44:00 9    Q.    And with respect to that animation that was shown, at that

09:44:07 10   point in time there was no hydrate mitigation in place,

09:44:07 11   correct?

09:44:14 12   A.    It wasn't mentioned, no, but it was something that could

09:44:17 13   have been taken care of fairly easy.

09:44:19 14   Q.    But it wasn't -- taking a step back.  Hydrate mitigation,

09:44:25 15   or the efforts to hydrate mitigate, were not shown in that

09:44:29 16   May 6th animation?

09:44:30 17   A.    That was a general type of arrangement.  I mean, there

09:44:32 18   were a lot of things that weren't shown in that video.

09:44:34 19   Q.    And also didn't show any venting of the BOP-on-BOP option,

09:44:39 20   correct, in the May 6th animation?

09:44:40 21   A.    Yeah.  It wasn't even discussed at that point in time.

09:44:43 22   Q.    And it also did not show any use of a subsea choke to be

09:44:47 23   able to create a soft shut-in, correct?

09:44:51 24   A.    Yeah.  You would have had to look in the -- you know, look

09:44:54 25   in the future to see all that, because that wasn't discussed

**OFFICIAL TRANSCRIPT**

09:44:57 1    until two weeks later.

09:44:58 2    Q.   So those were risks that were identified for the

09:45:02 3    BOP-on-BOP option after the May 6th animation was created,

09:45:05 4    correct?

09:45:05 5    A.   Yes.

09:45:06 6    Q.   Now, you discussed on direct examination this incident in

09:45:13 7    Singapore when you were working for Cameron, correct?

09:45:16 8    A.   Yes, sir.

09:45:16 9    Q.   And this was 1988, correct?

09:45:20 10   A.   Yeah, '88, '89.  I mean, I don't want to be too specific.

09:45:23 11   Q.   And I think you mentioned that at the time that Cameron

09:45:27 12   and yourself became involved that the LMRP had already been

09:45:30 13   disconnected; is that correct?

09:45:31 14   A.   That's correct.

09:45:31 15   Q.   And so you weren't involved in any of the discussions

09:45:34 16   relating to removal of the LMRP, correct?

09:45:37 17   A.   No.

09:45:37 18   Q.   And you weren't involved in any kind of risk assessments

09:45:41 19   that were performed -- or may have been performed before you

09:45:45 20   arrived as far as removal of the LMRP, correct?

09:45:47 21   A.   No.

09:45:47 22   Q.   And I think on direct you describe it as a gas-bubbling

09:45:54 23   well?

09:45:55 24   A.   Correct.

09:45:55 25   Q.   And what do you mean by *gas-bubbling well*?

383

09:46:01  1    A.    It was only gas.

09:46:02  2    Q.    So we weren't dealing with a hydrocarbon plume like we had

09:46:07  3    in the *Deepwater Horizon* incident, correct?

09:46:10  4    A.    Well, it wasn't a gas/oil mixture.  It was just gas and it

09:46:15  5    was steadily bubbling out, so yeah, you could say you could

09:46:21  6    have a plume, but it would be a small one.

09:46:22  7    Q.    So you didn't have the same type of hydrocarbon plume that

09:46:26  8    you were landing the *Discoverer Enterprise* BOP or the *DD II* BOP

09:46:33  9    as you did on the *Deepwater Horizon*?

09:46:34 10    A.    That's correct.

09:46:34 11    Q.    Now, you talked on your direct examination about the

09:46:45 12    *Discoverer Enterprise* BOP as being the first BOP that was

09:46:49 13    considered with the BOP-on-BOP option, correct?

09:46:52 14    A.    Yes, as far as I know.

09:46:53 15    Q.    And then the *Discoverer Enterprise* was subsequently

09:46:57 16    assigned to collect oil with the rig collection system; is that

09:47:00 17    correct?

09:47:00 18    A.    That's correct.

09:47:01 19    Q.    And do you recall the dates on which the

09:47:05 20    *Discoverer Enterprise* BOP was assigned -- strike that.

09:47:08 21          Do you recall the dates on which the

09:47:10 22    *Discoverer Enterprise* was assigned to work the rig collection

09:47:13 23    system?

09:47:15 24    A.    Somewhere around May 10th.  I'm sure you'll tell me.

09:47:19 25    Q.    I believe earlier you mentioned May 10th.  I think we saw

**OFFICIAL TRANSCRIPT**

384

09:47:22 1    one of your notes from your journal, correct?

09:47:25 2    A.    Yes.

09:47:25 3    Q.    And it was some time around that point in time you became

09:47:28 4    aware of the *Discoverer Enterprise* --

09:47:30 5    A.    Yes.

09:47:30 6    Q.    -- being sent to the rig collection, correct?

09:47:43 7            Now, on May 10th, you agree that the

09:47:46 8    *Discoverer Enterprise* BOP was not ready to be deployed with the

09:47:52 9    BOP-on-BOP option, correct?

09:47:55 10   A.    No.

09:47:55 11   Q.    And on May 10th, there were still outstanding projects

09:48:01 12   that had to be completed before the equipment for the

09:48:06 13   BOP-on-BOP option could have been installed, correct?

09:48:08 14   A.    To the best of my knowledge at that point in time, only

09:48:11 15   the stack had been tested.  The only thing left to do was to

09:48:16 16   add -- for work that was described at that time, the only thing

09:48:21 17   left to do was to put the HC collet connector on the bottom and

09:48:27 18   test it.

09:48:28 19   Q.    Now, it's your testimony that the *Discoverer Enterprise*

09:48:35 20   BOP had been tested by May 10th?

09:48:38 21   A.    To the best of my knowledge, yes.

09:48:40 22   Q.    Were you involved at all with the West Audit that was

09:48:46 23   being conducted on the *Discoverer Enterprise*?

09:48:47 24   A.    No.

09:48:47 25   Q.    Did you receive the West Audit report that was conducted

**OFFICIAL TRANSCRIPT**

09:48:53 1    on the *Discoverer Enterprise* BOP?

09:48:55 2    A.    I may have.  I don't remember.

09:48:57 3    Q.    And do you recall reviewing the findings that were made

09:49:02 4    from the *Discoverer Enterprise* West Audit as it related to the

09:49:08 5    BOP?

09:49:11 6    A.    I may have.  I don't remember.

09:49:12 7    Q.    Do you recall whether the West Engineering Audit of the

09:49:27 8    *Discoverer Enterprise* BOP identified that there were

09:49:29 9    outstanding issues with the *Discoverer Enterprise* BOP as of

09:49:37 10   May 10th?

09:49:37 11   A.    I don't remember.

09:49:39 12   Q.    Now, in your role with the Well Capping Team, you did not

09:49:48 13   have visibility into all the issues associated with deploying

09:49:52 14   and installing the BOP-on-BOP option, correct?

09:50:02 15   A.    Probably not.

09:50:02 16   Q.    And you didn't have insight into all the risks associated

09:50:06 17   with deploying and installing the BOP for the BOP-on-BOP

09:50:10 18   option, correct?

09:50:12 19   A.    I think if we ever got that far, I would have been able to

09:50:15 20   read it, yes.

09:50:15 21   Q.    But you -- at the time of working on the BOP-on-BOP

09:50:20 22   option, you didn't have all the insight into the risks

09:50:23 23   associated with landing and installing the BOP-on-BOP option,

09:50:23 24   correct?

09:50:27 25   A.    No.

**OFFICIAL TRANSCRIPT**

09:50:27 1    Q.    And you don't know how long it would have taken to remove

09:50:31 2    the riser, remove the LMRP, and land the BOP for the BOP-on-BOP

09:50:37 3    option, correct?

09:50:41 4    A.    I don't know -- no, I don't know how long it would have

09:50:44 5    taken.

09:50:44 6    Q.    And you don't know at what point the team could have been

09:50:50 7    in the position to land the *Enterprise* BOP on top of the

09:50:53 8    *Deepwater Horizon* BOP lower stack, correct?

09:50:57 9    A.    Well, I mean, on the May 10th if all we had to do was to

09:51:01 10   put the connector on, based on what I know and get it tested,

09:51:08 11   it should have been ready to go on -- by the 12th.

09:51:10 12   Q.    But you don't actually know exactly how long it would have

09:51:14 13   taken to have had -- to have landed the *Enterprise* BOP on top

09:51:19 14   of the *Deepwater Horizon*?

09:51:21 15   A.    No.   I wasn't working on that group of pulling the --

09:51:25 16   pulling the LMRP off.

09:51:26 17   Q.    Now, we've talked earlier that during the response the

09:51:35 18   Well Capping Team assessed the risks associated with the

09:51:39 19   BOP-on-BOP option, correct?

09:51:40 20   A.    I take it they did, yes.

09:51:42 21   Q.    And you were not charged with the responsibility of

09:51:45 22   looking at things that might go wrong during the attaching and

09:51:48 23   installing of the BOP, correct?

09:51:52 24   A.    Well, I was involved in some of the discussions in which

09:51:55 25   some of that was discussed, yes.

**OFFICIAL TRANSCRIPT**

09:51:57  1    Q.    But you weren't in charge of the responsibility of

09:52:01  2    assessing those risks?

09:52:02  3    A.    No.  I wasn't in charge of the responsibility, no.

09:52:03  4    Q.    Somebody else on the team had that role, correct?

09:52:05  5    A.    That's correct.

09:52:06  6    Q.    And you would agree that that would be an important piece

09:52:08  7    to the puzzle when making a decision as to whether to use the

09:52:13  8    BOP-on-BOP or the two-ram stack or the three-ram stack,

09:52:13  9    correct?

09:52:16 10    A.    It would be something to consider, yes.

09:52:17 11    Q.    Now, you're not aware of who had the responsibility for

09:52:28 12    looking at all the risks and making a determination as to

09:52:32 13    whether the benefits and possibly -- and the possibility of

09:52:36 14    success of the capping option outweighed the risks?

09:52:41 15            MR. LI:  Objection.  Beyond the scope, Your Honor.

09:52:47 16            THE WITNESS:  Oh, I would guess --

09:52:48 17            THE COURT:  Wait, wait, one second.

09:52:51 18                You're not aware who had the responsibility.

09:52:56 19    Beyond the scope of direct?

09:52:58 20            MR. LI:  Of direct, Your Honor.  Mr. Turlak just

09:53:03 21    testified about --

09:53:04 22            THE COURT:  This is cross-examination.  I overrule the

09:53:06 23    objection.

09:53:07 24                Can you answer that?

09:53:09 25            THE WITNESS:  Do I know who was making the decisions?

**OFFICIAL TRANSCRIPT**

09:53:13   1   EXAMINATION BY MR. COLLIER:

09:53:13   2   Q.   In assessing the risks.

09:53:14   3   A.   No, I don't know who was doing that.

09:53:15   4   Q.   Now, when you testified about the BOP-on-BOP and the

09:53:22   5   *Discoverer Enterprise* possibly being ready a few days after

09:53:25   6   May 10th, you were talking about having the equipment there

09:53:29   7   that could mechanically shut-in the well, correct?

09:53:31   8   A.   Yes.

09:53:31   9   Q.   Now, I know you've discussed that you're not aware of all

09:53:42  10   of the risks that were associated with landing the

09:53:48  11   BOP-on-BOP -- or landing the capping stack, correct?

09:53:50  12   A.   Yes.

09:53:50  13   Q.   But you were aware of some of the risks associated with

09:53:54  14   the BOP-on-BOP option, correct?

09:53:58  15   A.   Sure.

09:53:59  16   Q.   And were you aware of a peer assist that was conducted for

09:54:03  17   the capping solutions on May 13th and 14th?

09:54:11  18   A.   Maybe.

09:54:11  19   Q.   And you don't recall any of your Transocean colleagues who

09:54:17  20   were participating in the peer assist?

09:54:26  21   A.   I don't remember that.  That was just another meeting.

09:54:28  22   Q.   Are you familiar with the concept of peer assist?

09:54:34  23   A.   Yes.

09:54:34  24   Q.   And the peer assist process is something that's used by

09:54:38  25   engineers to test an operation, correct?

**OFFICIAL TRANSCRIPT**

09:54:43  1   A.    Yeah.  You get people in from other groups that weren't

09:54:46  2   necessarily dealing with the problem on a day-to-day basis to

09:54:51  3   look at what was -- what's been presented and to make sure that

09:54:57  4   everything has been considered.

09:54:57  5   Q.    And you would consider -- well, strike that.

09:55:01  6         It's a standard practice to consider all the risks

09:55:03  7   for an operation when you're doing something that is not a

09:55:06  8   common, everyday situation, correct?

09:55:09  9   A.    The peer -- the peer assist review is common at BP, yes.

09:55:16 10   Q.    And you would agree that the peer assist process is a good

09:55:18 11   idea when conducting an operation that's not common?

09:55:22 12         MR. LI:  Objection.  Beyond the scope, Your Honor.

09:55:24 13         THE COURT:  Beyond the scope.  I don't think that's a

09:55:28 14   proper objection.  He's cross-examining your witness.  I don't

09:55:33 15   even understand that objection.  Overruled.

09:55:38 16         THE WITNESS:  Yeah, it's a good idea to consider all

09:55:40 17   the problems, yes.

09:55:41 18   EXAMINATION BY MR. COLLIER:

09:55:41 19   Q.    You agree that implementing a BOP-on-BOP option was not a

09:55:45 20   common, everyday situation, correct?

09:55:49 21   A.    No, it's not.

09:55:50 22   Q.    Now, you testified that you weren't -- or don't recall the

09:55:56 23   peer assist that occurred on May 13, 14, correct?

09:56:00 24   A.    It seems to be vaguely familiar, but I don't remember it.

09:56:03 25   Q.    And probably a stupid question, but you didn't participate

**OFFICIAL TRANSCRIPT**

09:56:07 1    in the peer assist on May 13, 14?

09:56:09 2    A.    Probably not.

09:56:10 3    Q.    Do you recall ever receiving any of the reports that came

09:56:15 4    out of the peer assist that was conducted on May 13, 14?

09:56:21 5    A.    Not off the top of my head, no.

09:56:23 6    Q.    Let's bring up TREX-142399.

09:56:33 7            And, Mr. Turlak, do you see that this is an e-mail

09:56:36 8    from Jim Wellings?

09:56:38 9    A.    Yes.

09:56:38 10   Q.    And it's dated May 14, 2010.  Do you see that?

09:56:41 11   A.    Yes.

09:56:42 12   Q.    And if you go into the "To" section of the e-mail, you see

09:56:48 13   your name, correct?

09:56:49 14   A.    Yes.

09:56:49 15   Q.    And the subject matter is:  "BOP-on-BP."  I assume that

09:56:54 16   should be BOP, right?

09:56:55 17   A.    Yes.

09:56:57 18   Q.    So it's "BOP-on-BOP Peer Review - Update on Closeout of

09:57:04 19   Issues"; is that right?

09:57:04 20   A.    Yes.

09:57:05 21   Q.    And there is an attachment to the e-mail that reads:  "Top

09:57:08 22   Preventer Peer Assist Recommendations Actions."

09:57:12 23           Do you see that?

09:57:12 24   A.    Yes.

09:57:12 25   Q.    So this would be an indication that you did receive the

**OFFICIAL TRANSCRIPT**

09:57:15 1   report that came out of peer assist that was conducted,

09:57:15 2   correct?

09:57:19 3   A.   Correct.

09:57:20 4   Q.   Now, we can go to Mr. Wellings' cover e-mail and the text,

09:57:34 5   and if we could pull TREX-142399.1.1.  And in this e-mail,

09:57:42 6   Mr. Wellings identifies the need for "additional resources"

09:57:45 7   relating to the BOP-on-BOP option.

09:57:47 8        Do you see that?

09:57:47 9   A.   Yes.

09:57:48 10   Q.   And do you recall this request being made at this time of

09:57:52 11   May 15th?

09:58:01 12   A.   It looks familiar, yes.

09:58:02 13   Q.   And the first additional resource that Mr. Wellings

09:58:07 14   identifies is a "hydrate expert to help work hydrate mitigation

09:58:11 15   plan," correct?

09:58:12 16   A.   Yes.

09:58:12 17   Q.   And he also, on the third line, identifies, "*DD II* Rig

09:58:16 18   Team Members for procedures and reviews," correct?

09:58:18 19   A.   Yep.

09:58:18 20   Q.   And so at this point in time there was still work being

09:58:22 21   done with respect to developing procedures for the BOP-on-BOP

09:58:28 22   option, correct?

09:58:29 23   A.   Yes.

09:58:29 24   Q.   Now, one risk that we've talked about before and that came

09:58:36 25   up in the peer assist was the risk of hydrate formation when

09:58:40 1  landing the BOP-on-BOP?

09:58:41 2  A.    Yes.

09:58:42 3  Q.    And if we can go to the slide -- or the slide deck that's

09:58:48 4  attached to Mr. Wellings' e-mail, if we can go to

09:58:57 5  TREX-142399N.5.  And do you see that this is a slide from the

09:59:00 6  presentation that Mr. Wellings had forwarded on to you,

09:59:06 7  correct?

09:59:06 8  A.    Uh-huh.

09:59:06 9  Q.    Sorry?

09:59:07 10  A.    Yes.

09:59:07 11  Q.    And the heading is, "Preparation for BOP-on-BOP"; is that

09:59:10 12  right?

09:59:10 13  A.    Yes.

09:59:11 14  Q.    And if we can go down to the very bottom bullet point

09:59:17 15  there, and this is TREX-142399N.5.1.

09:59:24 16        Mr. Turlak, do you see there that he identifies that

09:59:28 17  there needs to be a review for "inhibition system to confirm

09:59:33 18  adequacy and build in additions if needed, need hydrate expert

09:59:37 19  and lessons learned from *Enterprise* and Top Hat"?

09:59:41 20        Do you see that?

09:59:41 21  A.    Yes, sir.

09:59:42 22  Q.    And so you would agree at this point in time that the

09:59:43 23  hydrate mitigation was in the planning stages, correct?

09:59:48 24  A.    Well, it's in the planning stages after this because it

09:59:52 25  says "review inhibition system."  So, you know, I thought we

09:59:58 1    had already talked about hydrate mitigation during the

10:00:06 2    *Enterprise* BOP, but it seemed like something -- something

10:00:10 3    pretty simple at the time for pumping glycol down one of the

10:00:17 4    lines that communicates with the BOP stack.  So I guess BP's --

10:00:27 5    the team felt like they needed to -- the peer assist team felt

10:00:31 6    like they needed to review it, yes.

10:00:33 7    Q.    You would agree at this point in time the hydrate

10:00:35 8    mitigation issue had not been finalized, correct?

10:00:38 9    A.    Hadn't been finalized, that's correct.

10:00:39 10   Q.    And did you work at all on the hydrate mitigation issue?

10:00:53 11   A.    I didn't see it as a big deal.  Because just the way we

10:00:55 12   did it for the -- for the capping stack was to pump it down one

10:01:01 13   of the outlets and push it into the main wellbore.  We could

10:01:07 14   have done it the same way here.

10:01:08 15   Q.    And you may have misunderstood my question, Mr. Turlak.

10:01:12 16        My question now is:  You didn't actually work on the

10:01:14 17   team that was involved with mitigating the risk of hydrate

10:01:18 18   formation?

10:01:18 19   A.    No, I did not.

10:01:18 20   Q.    And you're not aware of any engineering analyses or risk

10:01:22 21   mitigations that that team was conducting relating to hydrate

10:01:25 22   mitigation, correct?

10:01:26 23   A.    That's correct.

10:01:26 24   Q.    And so you don't know when the team that was working on

10:01:30 25   the hydrate mitigation issue actually completed their work,

**OFFICIAL TRANSCRIPT**

394

10:01:34  1    correct?

10:01:36  2    A.    No.

10:01:36  3    Q.    Now, we've discussed that the BOP-on-BOP option worked

10:01:49  4    towards removing the LMRP, correct?

10:01:50  5    A.    Yes.

10:01:50  6    Q.    It was not a part of your responsibility during the

10:01:57  7    response effort to consider the risk of removing the LMRP,

10:01:57  8    correct?

10:02:01  9    A.    I think it was discussed in the Well Cap Team meetings.

10:02:05 10    Q.    But it was not your responsibility, though, to assess the

10:02:10 11    risks and develop the procedures associated with removal of the

10:02:14 12    LMRP?

10:02:14 13    A.    No.

10:02:15 14    Q.    That was another team that was working on that issue?

10:02:18 15    A.    I thought it was coming out of the Well Cap Team, that

10:02:21 16    they were working on the procedure on how to get it done.

10:02:24 17    Q.    But you, yourself, didn't actually work as part of that

10:02:27 18    team?

10:02:27 19    A.    No.

10:02:27 20    Q.    Now, if we can return to the May 13, 14, Peer Assist

10:02:37 21    report that you received.  If we can go to TREX-1423999N.9.

10:02:47 22          Do you see the title there is "Pull LMRP"?  Do you

10:02:50 23    see that?

10:02:50 24    A.    Yes, sir.

10:02:50 25    Q.    Again, this is a slide that came out of the Peer Assist

**OFFICIAL TRANSCRIPT**

10:02:55 1    Review that was conducted May 13, 14, correct?

10:02:57 2    A.    Yes, sir.

10:02:58 3    Q.    This is identifying issues and concerns relating to

10:03:03 4    removal of the LMRP, correct?

10:03:10 5    A.    Well, I think it's a process.  I don't know -- I guess, if

10:03:13 6    there are concerns, they would be put here, but I think it's

10:03:17 7    the process of how it gets done.

10:03:19 8    Q.    Now, if we can go down to the bottom bullet point on this

10:03:22 9    slide.  It's the one that reads, "ROV Ring Removal in Plume."

10:03:28 10   Do you see that, Mr. Turlak?

10:03:28 11   A.    Yes, sir.

10:03:29 12   Q.    The consideration from the Peer Assist Team is that there

10:03:34 13   was a concern about the gasket ring that was in the lower BOP

10:03:40 14   stack, correct?

10:03:58 15   A.    Yeah, it's talking about some kind of a ring.  I thought

10:04:00 16   it was some sort of a ring that was used for dispersant, but I

10:04:11 17   don't know what that means there, ROV ring.

10:04:14 18   Q.    Do you recall the Well Capping Team working on a solution

10:04:18 19   to address concerns associated with removal of the gasket ring

10:04:23 20   when removing the LMRP?

10:04:25 21   A.    No.

10:04:32 22   Q.    That wasn't something that you worked on was developing

10:04:37 23   the tooling that was necessary to assure that the gasket ring

10:04:39 24   would be removed with the LMRP?

10:04:41 25   A.    No.

**OFFICIAL TRANSCRIPT**

10:04:41 1   Q.   You're not aware of the risks that were associated with

10:04:44 2   that mission?

10:04:46 3   A.   No.  I thought that Oceaneering was involved because it

10:04:52 4   was their ROV's -- or they had some ROV's there, and that's

10:04:56 5   usually their remit (spelled phonetically) to design tools for

10:05:02 6   that.

10:05:02 7   Q.   Now, you're not aware of when the tooling was developed to

10:05:09 8   address this issue of removal of the gasket ring, correct?

10:05:13 9   A.   No.

10:05:20 10  Q.   Now, if we could go to TREX-142399N.10.1.  This, again, is

10:05:32 11  a slide from the same May 13, 14 Peer Assist presentation; is

10:05:38 12  that correct, Mr. Turlak?

10:05:41 13  A.   I guess.

10:05:42 14  Q.   The heading on that title is, "Install BOP."  Do you see

10:05:45 15  that?

10:05:45 16  A.   Yes.

10:05:45 17  Q.   On this slide -- actually, if we can pull out to

10:05:51 18  TREX-142399N.10.

10:05:56 19        Would you agree that these are other considerations

10:05:58 20  that the Peer Assist Team identified with respect to installing

10:06:01 21  the BOP at this time?

10:06:02 22  A.   Which ones?  All of these?

10:06:06 23  Q.   Correct.

10:06:39 24  A.   Looks like they were considerations, but most of them have

10:06:43 25  already been answered.

**OFFICIAL TRANSCRIPT**

10:06:43  1    Q.    Well, let me draw your attention to the one that's fourth

10:06:46  2    from the bottom.

10:06:48  3    A.    Okay.

10:06:48  4    Q.    If you can bring up 142399N.10.1.  That reads, "Guidance

10:06:55  5    system such that BOP is positively in place before landing

10:06:57  6    assuming loss of visibility, including ROV operators and

10:07:02  7    considering how *Horizon* stack could be utilized."  Do you see

10:07:07  8    that?

10:07:07  9    A.    Uh-huh (affirmative response).

10:07:07  10   Q.    You understand that at this point in time the Peer Assist

10:07:11  11   Team is identifying the need for a guidance system to land the

10:07:16  12   BOP, correct?

10:07:17  13   A.    It looks like it.

10:07:18  14   Q.    You understand, based on your role with the Well Capping

10:07:21  15   Team, that a guide frame was manufactured and developed by

10:07:25  16   Wild Well Control for landing the BOP?

10:07:27  17   A.    Yes.

10:07:28  18   Q.    You understand that that work continued through the end of

10:07:32  19   May?

10:07:34  20   A.    I don't remember exactly the time, but I don't -- I don't

10:07:37  21   know how something that weighs 40,000 pounds is going to guide

10:07:41  22   something that weighs 700,000 pounds.

10:07:43  23   Q.    You agree that that was a work stream that Wild Well

10:07:47  24   Control was working out, correct?

10:07:48  25   A.    That's correct.

**OFFICIAL TRANSCRIPT**

10:07:49  1    Q.    If we can bring up TREX-144952.2.1.  Oh, I'm sorry, let me

10:07:57  2    rephrase that.  If you can bring up TREX-144952.2.2.

10:08:06  3              This is dated May 18th.  Do you see that, Mr. Turlak?

10:08:09  4    A.    Yes.

10:08:09  5    Q.    It's an e-mail from Iain Snedden to you and Asbjorn Olsen,

10:08:17  6    correct?

10:08:17  7    A.    Yes.

10:08:18  8    Q.    Mr. Snedden and Mr. Olsen are both Transocean employees,

10:08:22  9    correct?

10:08:22  10   A.    Correct.

10:08:22  11   Q.    The subject is, "Request For Information, Wild Well

10:08:25  12   Control"?

10:08:25  13   A.    Yes.

10:08:26  14   Q.    Mr. Snedden's e-mail to you says, "Any info on the *DD II*

10:08:31  15   BOP frame yesterday?  Needing to push info to Wild Well Control

10:08:35  16   to get their designer working."

10:08:37  17              Do you see that?

10:08:37  18   A.    Yes.

10:08:37  19   Q.    So at this point in time, May 18th, Wild Well Control was

10:08:42  20   just beginning to design the guide frame, correct?

10:08:44  21   A.    I guess.

10:08:45  22   Q.    If we then go to TREX-144952.2.1, this is your response to

10:08:52  23   Mr. Snedden; is that correct?

10:08:54  24   A.    Yes.

10:08:54  25   Q.    Your response is, "Working on it.  I know it's important."

                              **OFFICIAL TRANSCRIPT**

10:08:57 1    Correct?

10:08:57 2    A.    Yes.

10:08:58 3    Q.    Now, we discussed earlier the venting options or venting

10:09:17 4    issues with respect to the BOP-on-BOP option, correct?

10:09:20 5    A.    Yes.

10:09:20 6    Q.    Now, there was no venting option that was developed for

10:09:26 7    the *Discoverer Enterprise* by the Well Capping Team, correct?

10:09:32 8    A.    It wasn't even discussed, that's correct.

10:09:33 9    Q.    The venting option came into play after the *Discoverer*

10:09:38 10   *Enterprise* went to rig collection, correct?

10:09:40 11   A.    Yes.

10:09:40 12   Q.    You understand that the venting option was designed to

10:09:49 13   vent pressure, if necessary, so that the well did not have to

10:09:53 14   be shut in completely, correct?

10:09:55 15   A.    That's what I was told, yes.

10:09:56 16   Q.    The advantage of having this venting option was the

10:10:00 17   ability to prevent pressure in the well from getting too high,

10:10:00 18   correct?

10:10:04 19   A.    Could be, yes, sir.

10:10:05 20   Q.    Now, we've talked before that the Well Capping Team had

10:10:10 21   engineers with subsea experience from Transocean, Wild Well

10:10:14 22   Control and Cameron, correct?

10:10:16 23   A.    Yes.

10:10:16 24   Q.    At any point in time before May 15th, when the venting

10:10:21 25   option came about, did anyone from Transocean, Wild Well

10:10:25 1    Control, or Cameron indicate that a venting option should be

10:10:30 2    added to the BOP-on-BOP solution?

10:10:35 3    A.    Well, I think at that point in time, and I may be a few

10:10:40 4    days off, but we didn't really realize that we couldn't shut it

10:10:45 5    in.  So because our initial intent was is we had a system that

10:10:51 6    was fully functional, fully pressure worthy, and that we could

10:10:58 7    put something over the top of the *Horizon* BOP stack and

10:11:02 8    completely shut it in.

10:11:02 9    Q.    Would you agree that as more information became known

10:11:05 10   about the blowout, that the Well Capping Team had to revise

10:11:09 11   their designs and change the design of the capping solution?

10:11:14 12   A.    I guess that's where it came from.  They said that

10:11:19 13   downhole we can't take it, can't take the pressure, so you guys

10:11:23 14   got to do something about being able to vent it off.

10:11:26 15   Q.    Now, the two-ram capping stack, that morphed into the

10:11:37 16   three-ram capping stack, correct?

10:11:38 17   A.    Yes, sir.

10:11:38 18   Q.    At any time was a two-ram capping stack developed with a

10:11:42 19   venting option?

10:11:43 20   A.    I don't know that it really got far enough.  It was going

10:11:46 21   to have at least one side outlet valve, maybe it was two, I

10:11:52 22   don't remember, but it really hadn't gotten far enough.

10:11:58 23   Q.    So your recollection is that the two-ram capping stack was

10:12:02 24   never designed by the Well Capping Team to have a venting

10:12:07 25   option?

**OFFICIAL TRANSCRIPT**

10:12:08 1   A.   I don't think so.

10:12:08 2   Q.   Now, once the Well Capping Team identified the need for a

10:12:15 3   venting option, do you agree that the Well Capping Team worked

10:12:17 4   on this throughout the month of May, correct?

10:12:24 5   A.   No.  We didn't even know anything about it until the

10:12:29 6   middle of May, so --

10:12:29 7   Q.   Maybe I asked a poor question, Mr. Turlak.  Let me

10:12:34 8   rephrase the question.  You would agree that once the Well

10:12:36 9   Capping Team knew about the venting option, that the work on

10:12:38 10  the venting option continued throughout the -- through to the

10:12:41 11  end of May?

10:12:45 12  A.   It's reasonable.

10:12:48 13  Q.   Now, during your direct examination, you discussed Gantt

10:13:17 14  charts that you received, correct?

10:13:20 15  A.   That's what I remember it as is a Gantt chart, yes, a time

10:13:24 16  chart.

10:13:24 17  Q.   Gantt chart is just more or less a timeline for when

10:13:28 18  things would be completed if everything stays on track?

10:13:31 19  A.   Yes, sir.

10:13:31 20  Q.   It's a scheduling tool?

10:13:33 21  A.   Correct.

10:13:33 22  Q.   That's something that was used by the Well Capping Team to

10:13:36 23  track the progress with respect to the capping solutions,

10:13:36 24  correct?

10:13:39 25  A.   Actually, that was used -- the Capping Team had their

**OFFICIAL TRANSCRIPT**

402

10:13:44  1   chart, and we had charts of our own within Transocean, because

10:13:49  2   there was -- we had -- we -- our chart, our timelines were a

10:13:55  3   little bit more specific in identifying individual details, as

10:14:00  4   opposed to maybe some of the Well Capping Team's charts.

10:14:04  5   Q.   Is it correct that you received the Well Capping --

10:14:08  6   A.   Yes, I did.

10:14:08  7   Q.   You received the Well Capping Team Gantt charts, correct?

10:14:12  8   A.   Yes.

10:14:13  9   Q.   If we can go to TREX-11261N.2, please.

10:14:19 10        Does this look like -- just generally, without

10:14:22 11   getting into the specifics -- kind of what the Gantt charts

10:14:25 12   looked like that you had received?

10:14:26 13   A.   Yes.

10:14:26 14   Q.   The top there, this reads, "Containment BOP-on-BOP

10:14:34 15   Level 1," do you see that?

10:14:34 16   A.   Yes.

10:14:35 17   Q.   Is this an indication that this is one of the Gantt charts

10:14:38 18   that was created for the Well Capping Team relating to the

10:14:43 19   BOP-on-BOP option?

10:14:45 20   A.   Looks to be.

10:14:46 21   Q.   If you can look up in the upper right-hand corner, it

10:14:49 22   reads, "Draft for Review, 29th of May," do you see that?

10:14:52 23   A.   Yes.

10:14:52 24   Q.   This would be an indication that this was a Gantt chart

10:14:54 25   from the 29th of May; is that correct?

**OFFICIAL TRANSCRIPT**

10:14:55 1   A.   Yes.

10:14:58 2   Q.   If we can go to one of the call-outs from here, which is

10:15:07 3   TREX-11261N.2.2.

10:15:12 4        Do you see the title there reads,

10:15:14 5   "Manufacturer of Manifold Vent Assembly," do you see that?

10:15:19 6   A.   Yes.

10:15:19 7   Q.   Here, it has the transporting of the manifold vent

10:15:25 8   assembly on June 2nd.  Do you see that?

10:15:28 9   A.   Yes.

10:15:28 10  Q.   Is that consistent with your recollection as to -- at

10:15:33 11  least at this point in time, May 29th, as to the status of the

10:15:37 12  venting manifold?

10:15:38 13  A.   Well, it's a little bit different from the e-mail that I

10:15:41 14  saw to Jim Wellings that said that it would actually be

10:15:46 15  completed on the 28th.

10:15:47 16  Q.   So this would be a longer timeline than what we discussed

10:15:50 17  earlier today for the venting manifold?

10:15:52 18  A.   Yeah, I guess it took them longer to finalize the design.

10:15:58 19  Q.   If we can go down further a little bit.  If we can go to

10:16:06 20  bottom him -- actually, before we go there, can we go back

10:16:09 21  to -- I'm sorry.  The one that says, "Install."

10:16:21 22        If you can see here, it says, "Install manifold vent

10:16:26 23  assembly," and it has a date of June 4th.  Do you see that,

10:16:29 24  Mr. Turlak?

10:16:31 25  A.   Yes.

10:16:31  1   Q.   So this was an updated Gantt chart from the one that you

10:16:34  2   testified about earlier on direct, correct?

10:16:35  3   A.   If it was from the 29th, yeah, because it was supposed to

10:16:41  4   be finished already on the 28th.

10:16:42  5   Q.   Now, if we can go to the bottom of the same Gantt chart,

10:16:48  6   please.

10:16:52  7        This has the title, "Install *DD II* BOP to *Horizon* BOP

10:16:56  8   stack."  Do you see that, Mr. Turlak?

10:16:58  9   A.   Yes.

10:16:58 10   Q.   If you go to the very bottom line there, it says, "Vent

10:17:07 11   shut-in wellhead pressure as required."  Do you see that?

10:17:10 12   A.   Yes.

10:17:10 13   Q.   That would be an indication that you've actually latched

10:17:13 14   the BOP, and that you are conducting some type of pressure

10:17:17 15   testing at that point, correct?  Or that you're actually

10:17:17 16   venting the pressure, correct?

10:17:17 17        THE REPORTER:  I'm sorry, I couldn't hear that last

10:17:17 18   part.

10:17:17 19   EXAMINATION BY MR. COLLIER:

10:17:25 20   Q.   Let me restate the question.  That line would be an

10:17:27 21   indication that you've actually latched the BOP at that point

10:17:29 22   in time, correct?

10:17:32 23   A.   Sure.  Because the line above says, "Land BOP stack on

10:17:36 24   *Horizon*."  Yeah, it's, "Vent shut-in wellhead pressure as

10:17:45 25   required."

**OFFICIAL TRANSCRIPT**

10:17:45   1   Q.   As of this date, it's identifying the *DD II* would be

10:17:48   2   landed on June 6th, correct?

10:17:49   3   A.   Yes.  Yes.

10:17:51   4   Q.   Now, you understand that there was never any finalized

10:17:58   5   procedures for the BOP-on-BOP option, correct?

10:18:01   6   A.   Yes.

10:18:01   7   Q.   So the Unified Command never approved any procedures for

10:18:06   8   the BOP-on-BOP option, correct?

10:18:11   9   A.   That's right.  I think the next day he decided not to

10:18:15  10   go -- not to even do it, so never got the chance.

10:18:18  11   Q.   So there never was any approval to finalize procedures for

10:18:23  12   the BOP-on-BOP option?

10:18:25  13   A.   No.

10:18:25  14   Q.   Now, with respect to the *DD II* BOP, are you aware of an

10:18:35  15   inspection that West was doing with respect to the BOP?

10:18:40  16   A.   Yes, sir.

10:18:40  17   Q.   You're aware that that inspection was ongoing at the end

10:18:47  18   of May and into June, correct?

10:18:54  19   A.   It was ongoing toward the end of May.  I think the

10:18:58  20   final -- one of the final things that they were doing was the

10:19:04  21   Deadman autoshear was fixed by the 27th, and reported as fixed

10:19:11  22   on the 28th.  So that was the major thing, yes.

10:19:15  23   Q.   You received the West Engineering report that was

10:19:19  24   conducted for the *DD II* BOP?

10:19:22  25   A.   I've seen it.  I don't know that -- well, I've seen it,

**OFFICIAL TRANSCRIPT**

10:19:25 1  yes.

10:19:26 2  Q.    So if we can go to TREX-141081.  Actually, if we can go to

10:19:50 3  the next page.

10:19:54 4      Do you recognize this as the West Engineering report,

10:19:59 5  Mr. Turlak?

10:19:59 6  A.    Yes, sir.

10:19:59 7  Q.    This is the West Engineering report that was done on the

10:20:05 8  *DD II*; is that correct?

10:20:06 9  A.    Yes.

10:20:07 10  Q.    You're aware that there were attachments to the report

10:20:21 11  that provided daily reports from West, correct?

10:20:24 12  A.    Yes.  I've never seen this one before, though, from the

10:20:27 13  12th of July.  No.

10:20:28 14  Q.    Did you receive the daily reports that West was conducting

10:20:32 15  on the *DD II* BOP?

10:20:34 16  A.    Actually, at the time, what I got was things that they had

10:20:37 17  had problems with, not necessarily the reports themselves on a

10:20:45 18  daily basis.

10:20:45 19  Q.    You recall that there were issues that needed to be

10:20:48 20  resolved with the *DD II* BOP, correct?

10:20:50 21  A.    Sure.  There was shuttle valves, some problems, and some

10:20:56 22  problems with some cards on the SEM's.  There was the problem

10:21:03 23  of the pilot-operated check valve in plumbing for the Deadman,

10:21:09 24  yes.

10:21:09 25  Q.    Do you recall that the *DD II* Deadman and autoshear failed

**OFFICIAL TRANSCRIPT**

10:21:12  1    testing at this time, correct?

10:21:13  2    A.    In July?

10:21:15  3    Q.    Well, in May --

10:21:16  4    A.    Yes.

10:21:17  5    Q.    -- correct?

10:21:17  6    A.    Yes.  I think they tried to test it at the end of May, the

10:21:24  7    24th or the 25th.  I think on the 27th is when it was tested

10:21:33  8    and successfully.

10:21:35  9    Q.    If we can go to TREX-141081.5.1.  You can see there,

10:21:53 10    Mr. Turlak, it identifies the date of assessment by West for

10:21:58 11    the *DD II* BOP was from 14th of May to the 10th of June.  Do you

10:22:01 12    see that?

10:22:01 13    A.    Yeah, they are hard to get off the rig.

10:22:06 14    Q.    You would agree that you would want West to complete their

10:22:11 15    inspection and audit before you would use the *DD II* BOP for the

10:22:16 16    BOP option, correct?

10:22:17 17    A.    Well, I would -- yes.  They did -- BP did have the -- have

10:22:23 18    West out there to do the -- to do the review, yes.

10:22:27 19    Q.    MMS was also out on the rig, correct?

10:22:32 20    A.    Yes.

10:22:32 21    Q.    They were watching all the testing and repairs that were

10:22:35 22    being made on the *DD II*, correct?

10:22:38 23    A.    Yeah, but to the best of my memory, all of the repairs

10:22:42 24    were completed.  This is just a time period that West was out

10:22:47 25    there.  I thought all the repairs were done much prior to the

**OFFICIAL TRANSCRIPT**

10:22:53  1    10th of June.

10:22:54  2    Q.   If we can go to the entry for the daily report for

10:22:58  3    June 5th, 2010.  This is TREX-141081.150.2.

10:23:15  4         You see that this is an entry by West of June 5th,

10:23:19  5    correct?

10:23:19  6    A.   Yes.

10:23:22  7    Q.   This is the same *DD II* report we have been talking about,

10:23:22  8    correct?

10:23:26  9    A.   Yes.

10:23:26 10    Q.   If we can go down to the fifth bullet point that's in this

10:23:32 11    daily report.  It reads, "A successful Deadman test was

10:23:38 12    successfully performed as per Transocean rig specific

10:23:42 13    procedure.  The ROV's deployed observed the system operating as

10:23:46 14    expected with the casing shear rams closing first, followed

10:23:49 15    some 15 seconds later by the lower blind shear rams."

10:23:52 16         Did I read that correctly?

10:23:54 17    A.   Yes.

10:23:54 18    Q.   So at this point in time, June 5th, there's been a subsea

10:24:00 19    Deadman test of the system that had failed earlier, correct?

10:24:03 20    A.   Yes.

10:24:03 21    Q.   So as of June 5th, that particular issue had been fixed;

10:24:08 22    is that right?

10:24:08 23    A.   Yeah, it had been fixed way before then.  I think what the

10:24:11 24    problem was is they had run the -- run the BOP stack down at

10:24:16 25    the bottom.  There was a solenoid valve that didn't fire

**OFFICIAL TRANSCRIPT**

1  correctly in order to close the casing shear rams, so they had

2  to pull the stack back up to fix it.

3       So prior to deployment, you had to do another Deadman

4  test.  So I think this is the second Deadman test.

5  Q.   So this was a test to confirm that the Deadman was

6  working; is that right?

7  A.   Operational, yes, sir.

8  Q.   If we can go, then, to the next three bullet points.  This

9  would be TREX-141081.150.4.

10      This, again, is an entry on June 4th from West

11  reports.  The first bullet point reads, "The shear rams and

12  casing rams were then function tested from both pods and all

13  SEM.  It was found that the casing shear rams would not close

14  on the blue pod on either SEM.  The diagnostic system in the

15  pods revealed that the casing shear ram close solenoid number

16  35 was drawing no current in the Blue Pod, indicating that the

17  close solenoid in the pod had failed.  The BOP was prepared for

18  pulling to repair the problem identified."

19      Did I read that correctly?

20  A.   Yes.

21  Q.   So on this day, June 5th, after the Deadman test had

22  been -- I'm sorry, the Deadman had been tested, there was

23  another problem found with the *DD II* BOP, correct?

24  A.   That's the one I just told you about.

25  Q.   So the *DD II* BOP had been pulled on June 5th to repair

**OFFICIAL TRANSCRIPT**

10:25:44 1    that problem, correct?

10:25:45 2    A.   Yes.

10:25:45 3    Q.   So do you know how long it took to repair that particular

10:25:50 4    problem on the *DD II* BOP?

10:25:54 5    A.   Well, if West was out there until the 10th, I would say

10:25:56 6    the 10th.  But, realistically, if you ran BOP-on-BOP, you

10:26:04 7    really don't need the casing shear rams.

10:26:06 8    Q.   Well, you wouldn't want to run a BOP that was not fully

10:26:09 9    functioning with a BOP-on-BOP option?

10:26:12 10   A.   Yeah, but it was fully functional when we ran it.  It was

10:26:14 11   on subsea that they found that it -- that the casing shear ram

10:26:19 12   was not operational.

10:26:21 13   Q.   Right.  The Team, the *DD II* Team identified this issue was

10:26:27 14   sufficient that they wanted to pull the BOP and repair the

10:26:29 15   problem, correct?

10:26:30 16   A.   Well, sure.  They were going to drill a live well, and

10:26:34 17   they were going to possibly need their casing shear rams in the

10:26:38 18   event of a well control situation.

10:26:40 19        My point was that if you were running BOP-on-BOP,

10:26:44 20   this problem really wouldn't be a problem because you wouldn't

10:26:46 21   need your casing shear rams.

10:26:47 22   Q.   In your opinion, was the -- well, strike that.

10:26:51 23        Do you know if MMS identified this as an issue that

10:26:55 24   they wanted to have fixed before the BOP was run?

10:27:00 25   A.   For drilling the relief well?

**OFFICIAL TRANSCRIPT**

10:27:02 1    Q.    Correct.

10:27:02 2    A.    Well, sure.  We would not want to run it, put it on a live

10:27:09 3    well if the casing shear rams weren't working.

10:27:12 4          My point was just, if we were -- just to put a

10:27:16 5    spotlight on this, this particular incident, if we had run

10:27:21 6    BOP-on-BOP, we got it down to the -- and landed it on the BOP

10:27:26 7    stack, and we found our casing shear rams didn't work, so what.

10:27:30 8    Q.    At the time that the *DD II* BOP was being considered with

10:27:37 9    the BOP-on-BOP option, it was not known to the team that there

10:27:44 10   was an issue with the casing shear rams, correct?

10:27:46 11   A.    Well, I don't know.  They had tested it.  Something didn't

10:27:48 12   sound right to me through all of this, in reading this stuff

10:27:52 13   when it happened, was that how can you verify that the system

10:27:58 14   works in one regard, and you go and you test it from the pods

10:28:06 15   and it still works, and get down to the ocean floor and it

10:28:10 16   doesn't work, and it's known right away what the problem is?

10:28:15 17   So something didn't -- didn't sit right with me.

10:28:18 18   Q.    But you'd agree on June 5th that this particular issue

10:28:21 19   with the *DD II* BOP and the casing shear rams had been

10:28:24 20   identified?

10:28:25 21   A.    That's correct, yes.

10:28:25 22   Q.    Now, switching topics briefly, we discussed the capping

10:28:29 23   stack, correct?

10:28:31 24   A.    Yes.

10:28:31 25   Q.    Transocean has drilled offshore wells for many different

**OFFICIAL TRANSCRIPT**

10:28:36  1    oil companies, correct?

10:28:37  2    A.    Yes.

10:28:38  3    Q.    Many different oil companies even before 2010, right?

10:28:43  4    A.    Sure.

10:28:43  5    Q.    Does Transocean continue to drill offshore wells for BP at

10:28:51  6    this time?

10:28:51  7    A.    Yes.

10:28:53  8    Q.    Now, the other companies that Transocean has drilled

10:28:58  9    offshore wells for includes Shell, Chevron, E&I, Anadarko, BHP,

10:28:58 10    correct?

10:29:06 11    A.    Yes.

10:29:06 12    Q.    You're not aware of any company, including the oil

10:29:11 13    companies that we just discussed, had a capping stack assembled

10:29:16 14    and available for deepwater capping prior to April 20th,

10:29:16 15    correct?

10:29:19 16    A.    I'm not aware of it.

10:29:20 17    Q.    Prior to April 20th, are you aware of anyone from

10:29:26 18    Transocean ever coming to you to ask about a capping stack?

10:29:33 19    A.    No, I guess they didn't need to because we had a whole

10:29:36 20    bunch of BOP stacks.

10:29:39 21    Q.    Now, the two-ram capping stack that we talked about

10:29:44 22    before, would you say that the two-ram capping stack barely got

10:29:48 23    off the ground?

10:29:50 24    A.    Before we decided to go to a three-ram?

10:29:54 25    Q.    Correct.

**OFFICIAL TRANSCRIPT**

10:29:54 1    A.   It was pretty quick.  It went from -- probably before we

10:29:59 2    got the two-ram BOP back from Hydril fully serviced with new

10:30:09 3    shear rams installed, that it was decided that we were going to

10:30:16 4    go to three.

10:30:16 5    Q.   You had no objection to the change from a two-ram to a

10:30:21 6    three-ram capping stack?

10:30:23 7    A.   No.  I mean, there was -- an addition of redundancy is

10:30:27 8    probably the right thing to do.

10:30:32 9    Q.   Now, you're aware that the three-ram capping stack that

10:30:42 10   was installed on July 12th attached to the top of the flex

10:30:45 11   joint, correct?

10:30:45 12   A.   Yes, sir.

10:30:46 13   Q.   You're aware that there was a transition spool that was

10:30:50 14   developed and manufactured to attach the three-ram

10:30:54 15   capping stack to the flex joint?

10:30:55 16   A.   Yes, sir.

10:30:56 17   Q.   You weren't part of the team involved with developing that

10:31:01 18   connection system of the three-ram capping stack to the flex

10:31:05 19   joint flange?

10:31:05 20   A.   No, I would have been done a lot quicker.

10:31:07 21   Q.   But you weren't involved in the operation they were

10:31:09 22   running, correct?

10:31:12 23   A.   I got called to approve shortening that spool sometimes

10:31:19 24   around the first part of May, when they were doing some

10:31:25 25   welding, and they welded on the wrong -- the Class G -- G class

10:31:32  1    flange -- I'm sorry, the H class flange, HMFH flange onto the

10:31:38  2    casing.  They said, that's the wrong flange.  We need to cut it

10:31:42  3    off and weld something -- weld the G class flange on there.  Is

10:31:48  4    it okay if we shorten it?

10:31:52  5         Then they told me -- I asked, how long is it going to

10:31:55  6    be?  Somewhere between 60 and 75 inches tall.  I said, anything

10:32:00  7    over forty-something inches is fine.  That was on a Friday

10:32:04  8    night, early part of May.

10:32:07  9    Q.   That was the extent of your involvement with respect to

10:32:10 10    connecting the capping stack to the flex joint flange?

10:32:14 11    A.   Yeah.  Until we had to wait on it, you know, when we had

10:32:17 12    the capping stack finished and us having to wait on it.

10:32:20 13    Q.   You didn't work on the details of the transition spool,

10:32:23 14    the device that was developed and manufactured to attach the

10:32:27 15    three-ram capping stack to the flex joint?

10:32:29 16    A.   Oh, I got sent that information on, you know, the 5th or

10:32:34 17    the 6th of May.  I looked at it and said, it looks reasonable.

10:32:38 18    Q.   Did you reinvolve with the SIT testing that was conducted

10:32:42 19    for the transition spool?

10:32:44 20    A.   Do you mean with the capping stack?

10:32:46 21    Q.   Correct.

10:32:50 22    A.   I had conversed with Cameron about doing it, yes.

10:32:53 23    Q.   Were you involved in any of the engineering analyses that

10:32:59 24    were performed to establish the testing that was performed for

10:33:02 25    the transition spool?

**OFFICIAL TRANSCRIPT**

10:33:07 1  A.    I didn't know there was that much analysis to it.

10:33:09 2  Q.    You weren't involved in any of the hazards or risk

10:33:15 3  assessments for the transition spool for connecting the capping

10:33:18 4  stack to the flex joint flange?

10:33:34 5  A.    No, sir.

10:33:53 6  Q.    Now, you understand that after the rig sank, the flex

10:33:57 7  joint flange on which the capping stack was attached was at an

10:34:01 8  angle, correct?

10:34:02 9  A.    Yeah, the riser, the riser was holding it over at an

10:34:06 10 angle, yes.

10:34:06 11 Q.    Right.  You understand that when they cut the riser, the

10:34:08 12 flex joint didn't actually come back to straight, correct?

10:34:11 13 A.    Yes.

10:34:12 14 Q.    You understand that they had to straighten out the flex

10:34:18 15 joint before they could attach the capping stack, correct?

10:34:22 16 A.    You mean jack it to center?

10:34:24 17 Q.    Correct.

10:34:24 18 A.    Yes.

10:34:25 19 Q.    You understand that they had to develop tooling and

10:34:29 20 perform tests in order to be able to straighten the flex joint,

10:34:29 21 correct?

10:34:32 22 A.    Yes.

10:34:44 23      MR. COLLIER:  Thank you, Mr. Turlak.  I have no further

10:34:48 24 questions.

10:34:49 25      THE WITNESS:  Thank you.

**OFFICIAL TRANSCRIPT**

10:34:49  1        MR. LI:  Your Honor, I only have a few questions.

10:34:52  2        THE COURT:  Let's go.  Come on, let's finish up this

10:34:54  3  witness and take a break after.

10:34:57  4  REDIRECT EXAMINATION BY MR. LI:

10:34:58  5  Q.   Mr. Turlak, we had a lot of discussion just now about

10:35:00  6  casing shear rams on the *DD II*.  What rams were used to shut in

10:35:03  7  the well on the capping stack?

10:35:04  8  A.   The blind shear rams.

10:35:06  9  Q.   Was that the plan is to use the blind shear rams to shut

10:35:09 10  it?

10:35:10 11  A.   Yes, sir.

10:35:10 12  Q.   Now, we talked a little bit about a transition spool.  You

10:35:14 13  told this Court that you would have got it done a lot quicker.

10:35:18 14  Why did you say that?

10:35:19 15  A.   Well, I'm probably a little bit more used to dealing with

10:35:24 16  fabrication and manufacturing because of my time at

10:35:30 17  manufacturers to do something like that.

10:35:31 18        Where BP had used casing that was -- well, pipe that

10:35:39 19  was rolled and welded with a seam weld, I wouldn't have done

10:35:43 20  that.  I would have tried to use a forging and just go to a

10:35:48 21  yard and try to identify some material that I knew I had the

10:35:53 22  material certifications for and could probably do that.

10:36:00 23        You know, I worked well with Cameron during the

10:36:04 24  capping stack building phase.  Probably could have went over

10:36:08 25  there and described exactly what I needed, and they might have

10:36:12 1    found it, or we might have had to buy something that was in

10:36:15 2    their customer inventory that shouldn't have been a problem.

10:36:20 3           Instead of using a seam weld -- seam pipe, I would

10:36:24 4    have used a forged piece of material and welded the two flanges

10:36:28 5    on it.

10:36:31 6           Now, I don't know of all the details.  I would have

10:36:34 7    just had it welded together, stress relief, pressure tested.

10:36:38 8    The part that would have lowered -- would have, I guess,

10:36:44 9    maximized the pressure rating would have been the riser flange.

10:36:48 10   Q.   Now, Mr. Turlak, thank you for the detail.  How many days

10:36:50 11   are we talking about to do that?

10:36:53 12          MR. COLLIER:  Objection, Your Honor, calls for

10:36:56 13   speculation.

10:36:57 14          THE COURT:  Overruled.

10:36:58 15          THE WITNESS:  Based on, you know, what I know about

10:37:01 16   manufacturing and fabrication, if I had all the parts there --

10:37:06 17   if I didn't have the 18 and three-quarter 15 flange, we could

10:37:10 18   have had that made in one week.  Without having the stainless

10:37:15 19   inlay in the ring grove, two weeks for that.  But after I had

10:37:18 20   all the parts, three, four days.  So let's say a maximum of two

10:37:24 21   and a half weeks.

10:37:26 22   EXAMINATION BY MR. LI:

10:37:27 23   Q.   Not two and a half months?

10:37:28 24   A.   No, sir.

10:37:28 25   Q.   Now, when did you first see schematics for the transition

**OFFICIAL TRANSCRIPT**

10:37:33  1    spool?

10:37:33  2    A.    I think, as I said earlier, I think it was May 6th.

10:37:36  3    Q.    May 6th?

10:37:38  4    A.    I think that's the date on it.

10:37:39  5    Q.    So from May 6th, you would have been able to put it

10:37:42  6    together in about two weeks?

10:37:44  7    A.    Yeah, two, two and a half weeks.

10:37:45  8    Q.    All right.  You saw some discussion -- or we heard some

10:37:49  9    discussion today about the Peer Assist.  If we could have

10:37:53 10    TREX-142399.3 up.

10:38:10 11            This is one of the pages here.  There we go.  This is

10:38:14 12    the overall feedback page.  This was not shown to you by

10:38:20 13    counsel.

10:38:20 14            If we could just pull this review -- just highlight

10:38:27 15    the part he pulled up.

10:38:32 16            Mr. Turlak, this is the Peer Assist from all those

10:38:38 17    folks that counsel told us about.  They were evaluating the

10:38:40 18    BOP-on-BOP option.  If you could just read for the Court what

10:38:42 19    the overall feedback was.

10:38:44 20    A.    Key risks have all been identified, no significant

10:38:48 21    additional risks identified by Review Team.  The Review Team

10:38:51 22    believes the operation is feasible and can be managed safely.

10:38:54 23    Q.    And this was approximately May 13, 14, correct?

10:38:59 24    A.    Yeah, I guess that's --

10:39:02 25            MR. LI:  No further questions, Your Honor.

**OFFICIAL TRANSCRIPT**

10:39:03  1          THE COURT:  All right.  Thank you, sir.

10:39:06  2                 Let's take about a 15-minute recess.

10:39:09  3          THE DEPUTY CLERK:  All rise.

10:43:06  4          (WHEREUPON, at 10:43 a.m., the Court took a recess.)

10:59:24  5          THE DEPUTY CLERK:  All rise.

10:59:32  6          THE COURT:  Please be seated.

10:59:38  7          MR. LI:  Your Honor, Luis Li on behalf of Transocean

10:59:41  8  and the aligned parties.  I misspoke on an exhibit, and I just

10:59:44  9  want to correct it for the record.  I said it was

10:59:47 10  TREX-114985.1.1, and I meant to say 144985.1.1.

10:59:57 11          THE COURT:  What was that exhibit?

10:59:59 12          MR. LI:  I'm not sure, Your Honor.  I transposed an

10:59:59 13  exhibit number.

10:59:59 14          THE COURT:  All right.  We'll figure it out.

10:59:59 15  Thank you.

11:00:14 16          MR. LI:  Mr. Turlak, with consent of opposing counsel,

11:00:18 17  would like to watch the rest of the trial.

11:00:18 18          THE COURT:  Anybody object to that?

11:00:20 19          MR BROCK:  I do not.  But that's with the understanding

11:00:24 20  he will not be called.

11:00:24 21          THE COURT:  He's not going to be called back?

11:00:24 22          MR. LI:  No, Your Honor.

11:00:24 23          THE COURT:  Okay.  Very well.

11:00:25 24          MR BRIAN:  Your Honor, Brad Brian for Transocean and

11:00:28 25  the aligned parties.  Before calling our next live witness, we

11:00:31  1   would like to play now the video clips for Mr. Richard Vargo,

11:00:35  2   who is a Halliburton employee involved in the Top Kill effort,

11:00:39  3   and David McWhorter, who is a Cameron vice-president, who

11:00:40  4   provided assistance related to capping the well.  The total

11:00:43  5   length, I'm told, is 10 minutes and 33 seconds.

11:05:32  6            THE COURT:  All right.  Very well.

11:05:32  7            (WHEREUPON, at this point in the proceedings, a video

11:05:32  8   clip of the deposition of RICHARD VARGO was played.)

11:05:32  9            (WHEREUPON, at this point in the proceedings, a video

11:05:32 10   clip of the deposition of DAVID McWHORTER was played.)

11:10:07 11            THE COURT:  Is that the end of it?

11:10:09 12            MR. LI:  It is, Your Honor.

11:10:10 13            THE COURT:  Okay.

11:10:17 14            MS. GREENWALD:  The aligned parties call Dr. Bea,

11:10:20 15   Your Honor.

16            THE COURT:  All right.

17            THE DEPUTY CLERK:  Would you please raise your right

18   hand.  Do you solemnly swear that the testimony which you are

19   about to give will be the truth, the whole truth and nothing

20   but the truth, so help you God?

21            THE WITNESS:  I do.

22                          **ROBERT BEA**

23    was called as a witness and, after being first duly sworn by

24    the Clerk, was examined and testified on his oath as follows:

25            THE DEPUTY CLERK:  Please state and spell your name for

**OFFICIAL TRANSCRIPT**

1    the record.

11:10:52    2        THE WITNESS:  My name is Robert Glenn Bea, R-O-B-E-R-T,

11:10:58    3    G-L-E-N-N, B-E-A.

11:11:05    4        MR. BROCK:  Your Honor, I'm sorry.

11:11:08    5        THE COURT:  Go ahead.

11:11:09    6        MR. BROCK:  Mike Brock for BP.  We do have a *Daubert*

11:11:13    7    motion pending with regard to Dr. Bea that addresses one of his

11:11:16    8    opinions and the methodology that he used with that opinion, as

11:11:22    9    well as a motion asking that we not replow Phase One ground.

11:11:29   10    There is a lot of material in his report that goes to the

11:11:32   11    Phase One issues.

11:11:33   12        THE COURT:  Right.  I've looked at the motion.  I read

11:11:39   13    over his report.  And, first of all, it looks like some of

11:11:43   14    it -- some of the report language was redacted, I assume,

11:11:48   15    following the pretrial conference?

11:11:49   16        MS. GREENWALD:  Correct, Your Honor.

11:11:51   17        THE COURT:  So we addressed that issue.

11:11:54   18            It does seem like there is a good bit in his

11:11:57   19    report that seems to sort of rehash testimony or issues from

11:12:04   20    Phase One.

11:12:06   21        MS. GREENWALD:  Your Honor, if I may respond.  If I at

11:12:09   22    any point get into anything in Phase One, I will happily stop.

11:12:14   23            Dr. Bea and I have very carefully crafted this

11:12:17   24    not to touch Phase One at all.  This really deals with the

11:12:20   25    bottom axis of process safety management.  Phase One was the

1   Y axis, and we're talking only about the X axis in this

2   testimony today.

3           And with respect to the methodology, that is

4   methodology set out in his report at pages 9 through 12.  And

5   it's certainly fertile ground for cross-examination if it goes

6   to weight, but he certainly has the methodology in his report.

7           THE COURT:  I'm going to deny the motion, except to the

8   extent it's stated, otherwise deny the *Daubert* motion, with the

9   understanding, of course, that there certainly may be areas of

10  questions that BP may object to, and I will rule on those as

11  they occur.  Okay?

12          MR. BROCK:  Yes, sir.

13          THE COURT:  Go ahead.

14          MS. GREENWALD:  Thank you, Your Honor.  Robin Greenwald

15  for the plaintiffs and the aligned parties.

16  VOIR DIRE EXAMINATION BY MS. GREENWALD:

17  Q.    Dr. Bea, is your area of expertise management of

18  catastrophic risk?

19  A.    Yes, ma'am.

20  Q.    And is that the expertise for which you gave testimony in

21  Phase One of this trial?

22  A.    Yes.

23  Q.    Have your qualifications changed in any significant way

24  since you gave your Phase One testimony?

25  A.    No.

**OFFICIAL TRANSCRIPT**

11:13:28  1    Q.    And did you prepare an expert report containing your

11:13:31  2    opinions in Phase Two of this case?

11:13:33  3    A.    Yes.

11:13:34  4    Q.    Did you also prepare a rebuttal Phase Two report?

11:13:39  5    A.    Yes.

11:13:39  6    Q.    Now, do these reports contain your opinions based on the

11:13:42  7    evidence in this case and the materials cited in your report?

11:13:45  8    A.    Yes.

11:13:47  9         MS. GREENWALD:  Okay.  Your Honor, at this time I would

11:13:49 10    like to tender Dr. Bea as an expert in management of

11:13:52 11    catastrophic risks with the confines that I mentioned just a

11:13:56 12    moment ago, and I would like to move into evidence TREX-11750R

11:14:00 13    and 11751R, which are Dr. Bea's expert report and his rebuttal

11:14:07 14    report in this case in Phase Two.

11:14:09 15         MR. BROCK:  Other than the motions that we filed, we

11:14:11 16    have nothing else.

11:14:13 17         THE COURT:  All right.  I will accept him as an expert

11:14:15 18    in the field tendered and his reports will be admitted.

11:14:15 19         (WHEREUPON, the above referenced exhibits were

11:14:15 20    admitted.)

11:14:15 21    DIRECT EXAMINATION BY MS. GREENWALD:

11:14:24 22    Q.    Dr. Bea, I'm going to read these two opinions and ask you

11:14:25 23    if these are your opinions in Phase Two.

11:14:27 24         One, "BP Management knowingly ignored required

11:14:31 25    Process Safety Management mitigations for blowout source

**OFFICIAL TRANSCRIPT**

11:14:34  1    control in deepwater exploration wells drilled by

11:14:37  2    contractor-owned Mobile Offshore Drilling Units in the

11:14:41  3    Gulf of Mexico."

11:14:41  4            And Number 2, "BP Management's Process Safety

11:14:44  5    Management blowout source control failures resulted from a

11:14:47  6    disregard of the risk of loss of primary containment and an

11:14:51  7    uncontrolled flow of oil and gas from the Macondo well."

11:14:54  8            Are those the two opinions in your Phase Two

11:14:57  9    testimony?

11:14:57 10    A.    Yes.

11:14:58 11    Q.    Dr. Bea, very briefly, can you please describe to the

11:15:04 12    Court process safety management in the context of the two axes

11:15:09 13    that we talked about just a moment ago?

11:15:14 14    A.    Process safety management is a technology to help us

11:15:21 15    assess and manage the risk of catastrophic accidents.  It

11:15:28 16    involves prevention and mitigation of techniques.

11:15:33 17    Q.    As I said earlier, did your testimony in Phase One relate

11:15:36 18    to the prevention of major failures?

11:15:38 19    A.    Yes.

11:15:38 20    Q.    And is your testimony here in Phase Two about the

11:15:41 21    mitigation of those failures?

11:15:42 22    A.    Yes.

11:15:43 23    Q.    Now, in analyzing BP's mitigation of major failures, have

11:15:48 24    you used standard recognized process safety principles to reach

11:15:51 25    the opinions expressed in your reports?

**OFFICIAL TRANSCRIPT**

A.    Yes.

          MS. GREENWALD:  Carl, if you could pull up D-20021,

please.

EXAMINATION BY MS. GREENWALD:

Q.    Very briefly, in a sentence, can you please describe to

the Court what the Y axis is, just to orient us?

A.    Well, the Y axis is the probability of a major system

failure.  It's in probability terms because it has to treat a

variety of uncertainties, that puts the topic of my Phase One

testimony.

Q.    And what does the X axis depict on this graph?

A.    The X horizontal axis depicts the consequences of a major

accident.  In this case, I dimensioned it in terms of U.S.

dollars, and it excludes cost for loss of human life.

Q.    What does it mean to be safe or fit for purpose in the

context of process safety as depicted in the graph?

A.    Safe is defined as freedom from undue exposure to injury

and harm.

Q.    Now, in the center of that graph there's three lines.  In

the center, in yellow, it says, "As low as reasonably

practicable."

          What does "as low as reasonably practicable" mean in

the context of the process safety, again, focusing, if you

will, on mitigation?

A.    Well, it's shown in the illustration.  It divides the risk

**OFFICIAL TRANSCRIPT**

11:17:40 1    space where risk is a combination of likelihood and

11:17:47 2    consequences of failure into two zones.  One zone is called

11:17:55 3    "Safe" or "Fit for Purpose."  The other zone is called "Unsafe,

11:18:03 4    Not Fit for Purpose."

11:18:05 5            The "As Low As Reasonably Practicable," A/R, zone

11:18:16 6    separates those two sectors.

11:18:18 7            MS. GREENWALD:  Carl, if you can pull up D-20022,

11:18:19 8    please.

11:18:19 9    EXAMINATION BY MS. GREENWALD:

11:18:20 10   Q.    Did BP's drilling and operations practice guide require BP

11:18:23 11   to manage all risks to a level as low as reasonably

11:18:27 12   practicable?

11:18:27 13   A.    Yes.

11:18:29 14           MS. GREENWALD:  Carl, if you can pull up D-20023,

11:18:31 15   please.

11:18:31 16   EXAMINATION BY MS. GREENWALD:

11:18:34 17   Q.    Now, this is BP's major accident risk matrix; is that

11:18:38 18   right?

11:18:38 19   A.    Yes.

11:18:39 20   Q.    Can you explain the horizontal upper axis on this D-20023,

11:18:49 21   again, in the context that -- if you can, using the graph we

11:18:53 22   used, which is D20021, if you can use the same terms for

11:18:57 23   comparison purposes.

11:18:59 24   A.    The horizontal axis is, in this case, expressing the

11:19:06 25   likelihood of a major failure.  The BP risk management,

**OFFICIAL TRANSCRIPT**

11:19:15  1   starting over to the left with the Number 1, indicates a very

11:19:22  2   low likelihood, but on an annual basis, less than one chance in

11:19:30  3   a million.

11:19:31  4            As you move the numbers from one progressively to the

11:19:38  5   right to eight, the probability of failure approaches one in a

11:19:46  6   year, meaning it's an absolute certainty.

11:19:50  7   Q.   And if you can explain the vertical axis, the A through D,

11:19:54  8   on the major accident risk matrix, please.

11:19:57  9   A.   Well, in the vertical direction, the consequences are

11:20:03 10   being expressed by -- the risk matrix expresses consequences in

11:20:12 11   a variety of ways.  It could address a loss of human life, by

11:20:21 12   environmental impacts, by damage to reputation, by license to

11:20:28 13   operate, and a very important measure of the consequences are

11:20:37 14   financial loss.

11:20:38 15            The A category is the most undesirable or highest

11:20:47 16   consequence category shown on the major accident risk plot.  As

11:20:56 17   you move from A to B to C to D, the consequences are

11:21:03 18   decreasing.  There is E, F, and G categories, which means the

11:21:09 19   consequences are very low.

11:21:10 20   Q.   Dr. Bea, there is a black box on this D-20023.  Can you

11:21:18 21   please tell the Court what that black box means, what it is?

11:21:22 22   A.   Well, the black box identifies the area that if a project

11:21:32 23   is undertaken, it requires multiple senior vice-president

11:21:41 24   approvals before such projects are undertaken.

11:21:52 25            I would comment that when I saw that black box,

**OFFICIAL TRANSCRIPT**

11:21:55 1    together with that management policy, I was very surprised

11:22:02 2    because that type of policy is not part of either the

11:22:13 3    industrial or commercial risk management decision-making that

11:22:22 4    I've seen anywhere.  This is unique.

11:22:26 5    Q.    Dr. Bea, do you have an opinion whether BP operated the

11:22:31 6    Macondo Well outside of the --

11:22:34 7         MR. BROCK:  Your Honor, I apologize.  Dr. Bea

11:22:39 8    volunteered to offer some additional information in response to

11:22:41 9    that question.  What he just said is not in his report, being

11:22:45 10   surprised about something, not being consistent with his view

11:22:48 11   of industry, so I would move to strike.

11:22:51 12        MS. GREENWALD:  Your Honor, I'm fine with that.  I

11:22:54 13   agree.  We don't have to argue that.

11:22:54 14        THE COURT:  All right.  We'll strike that part of his

11:22:57 15   last answer.

11:23:03 16        MS. GREENWALD:  You mean just half the answer, right?

11:23:04 17   You're okay with the first part of the answer?

11:23:06 18        MR. BROCK:  I object to what he said after he said, I

11:23:10 19   would like to volunteer.

11:23:11 20        MS. GREENWALD:  I agree.

11:23:13 21   EXAMINATION BY MS. GREENWALD:

11:23:14 22   Q.    Dr. Bea, do you have an opinion whether BP operated the

11:23:16 23   Macondo Well outside of the ALARP, in the not for purpose zone?

11:23:22 24   A.    Yes.

11:23:22 25   Q.    What is that opinion?

**OFFICIAL TRANSCRIPT**

11:23:24  1    A.    That they did operate outside of ALARP.

11:23:28  2    Q.    Where do you place, you, in your opinion, place the

11:23:31  3    Macondo Well on the BP major accident risk?

11:23:34  4    A.    Well, as shown on this plot, I place it at A5.

11:23:40  5    Q.    That blue dot, in fact, was not part of BP's original

11:23:44  6    document; that's something you added, right?

11:23:46  7    A.    That's correct.

11:23:46  8    Q.    How did you reach the conclusion of Macondo belonging in

11:23:51  9    A5?

11:23:51 10    A.    First, the method that I've used is documented in detail

11:23:59 11    in my Phase Two Expert Report.  Basically, I used documentation

11:24:09 12    provided by BP.  For example, they have a guideline for process

11:24:20 13    safety management people to evaluate the likelihoods of a major

11:24:28 14    blowout of an exploratory well in ultra deepwater involving

11:24:36 15    high pressure, high temperature reservoirs.  I used those

11:24:44 16    characteristics probabilities directly.

11:24:48 17         The consequences I base on a relief well that would

11:24:55 18    take between 100 and 150 days to complete.  The well would be

11:25:04 19    floating at the worst case discharge in the Exploratory

11:25:09 20    Drilling Program of 162,000 barrels per day, and I used a

11:25:21 21    consequence cause of $2,500 per barrel of oil spilled.

11:25:28 22         MR. BROCK:  Your Honor, I apologize for interrupting,

11:25:30 23    but Dr. Bea did not refer in any way to assigning a per-barrel

11:25:37 24    cost to his analysis, and so I object and move to strike that.

11:25:42 25         MS. GREENWALD:  Your Honor, that's all in his analysis

11:25:44  1   on pages 11 through 12.  He may not have the exact number down

11:25:48  2   there, but he explains -- he refers to the document that

11:25:52  3   underlies that 2500.

11:25:54  4        THE COURT:  All right.  I'll overrule the objection.

11:25:56  5   Go ahead.

11:25:57  6        MS. GREENWALD:  Thank you, Your Honor.

11:25:58  7   EXAMINATION BY MS. GREENWALD:

11:25:59  8   Q.   Now, where did BP place the Macondo on the MAR?

11:26:03  9   A.   BP placed the Macondo at the C4 category.

11:26:09 10   Q.   When was that?

11:26:10 11   A.   That was at the end of 2009.  The results are documented

11:26:22 12   in BP's Integrity Management Report, January 2010.

11:26:30 13   Q.   Do you disagree with BP's assessment for Macondo?

11:26:34 14   A.   Yes.

11:26:34 15   Q.   Why?

11:26:36 16   A.   Principally because of the two different evaluations of

11:26:43 17   consequences.  Our evaluations of the likelihood of an

11:26:51 18   uncontrolled blowout are very close together.  The difference

11:26:57 19   is consequence.

11:27:00 20        BP's evaluation of consequence in cost terms

11:27:06 21   indicates the consequence would cost between one hundred

11:27:11 22   million and one billion.  My analysis led to the conclusion

11:27:18 23   that the financial cost would substantially exceed ten billion,

11:27:24 24   for the A category.

11:27:28 25        MR. BROCK:  Your Honor, just for the record, and I

**OFFICIAL TRANSCRIPT**

11:27:30  1    apologize for interrupting, but the number 10 billion is not an
11:27:34  2    opinion that he expresses about BP in his report.  It's related
11:27:39  3    to the 2500.  I know, I'm just objecting to it.
11:27:41  4        THE COURT:  Well, I read over his report last night,
11:27:44  5    and I did see the ten billion dollar reference.
11:27:49  6        MS. GREENWALD:  Right.  It's also referring to the MAR.
11:27:49  7    He's just saying there the MAR has one to 10 billion and where
11:27:49  8    that --
11:27:50  9        THE COURT:  Go ahead and continue.  I overruled the
11:27:52 10    objection.
11:27:53 11        MS. GREENWALD:  Thank you, Your Honor.
11:27:53 12    EXAMINATION BY MS. GREENWALD:
11:27:54 13    Q.   Even accepting BP's risk assessment, Dr. Bea, was
11:27:59 14    Macondo's risk in the high risk zone in the MAR?
11:28:03 15    A.   Yes.
11:28:03 16    Q.   What should happen if risk is in the red zone?
11:28:07 17    A.   Well, the Process Safety Management Guidelines say that
11:28:14 18    it's not allowable to drive over the speed limit in conditions.
11:28:22 19    It says that if you're in the red zone, you should stop,
11:28:30 20    mitigate the risk, both addressing likelihood and consequences.
11:28:39 21    When an effective technique -- set of techniques have been
11:28:46 22    developed, then you resume operations, further testing the
11:28:55 23    improved risk management until you've arrived at a stable, safe
11:29:04 24    risk.
11:29:04 25    Q.   Dr. Bea, is that depicted on D20024?

**OFFICIAL TRANSCRIPT**

11:29:09  1    A.    Yes.

11:29:13  2    Q.    Carl, if you can split the screen between D20021 and 0023,

11:29:19  3    please.

11:29:28  4          Is BP's MAR and the graph that you originally went

11:29:42  5    over, which is the D20021, essentially the same risk analysis?

11:29:46  6    A.    Yes.

11:29:47  7    Q.    If you can pull up D-20025, please.

11:29:51  8          Did BP Drilling and Operations Practice Guide require

11:29:55  9    BP to prepare a well-specific source control guide for Macondo?

11:30:02 10    A.    Very importantly, yes, it did.

11:30:03 11    Q.    Did BP prepare a well-specific control guide for Macondo?

11:30:08 12    A.    No.

11:30:09 13    Q.    Now, Dr. Bea, I would like to turn your attention now to

11:30:13 14    notice or early knowledge of the risks of a need to mitigate

11:30:18 15    the risks of a blowout.

11:30:19 16          In reaching your opinions in this case, did you

11:30:21 17    review publicly available reports that would have informed BP

11:30:26 18    of the types of source control available for deepwater wells

11:30:30 19    and the need for developing source control technology in light

11:30:33 20    of those risks of a deepwater blowout?

11:30:35 21    A.    Yes.

11:30:35 22    Q.    Did you help prepare summary slides of those reports that

11:30:39 23    you reviewed?

11:30:39 24    A.    Yes.

11:30:39 25    Q.    Is the Joint Industry Blowout Control Report, Drilling

**OFFICIAL TRANSCRIPT**

11:30:45  1    Engineers Association, or DEA-63, which Mr. Barr talked about

11:30:49  2    in his opening, which was published in 1991, one of those

11:30:52  3    reports?

11:30:52  4    A.    Yes.

11:30:52  5    Q.    What guidance, generally -- just highlight points, please,

11:30:56  6    briefly -- did DEA-63 provide to industry about the need for

11:31:00  7    source control?

11:31:02  8    A.    The DEA-63 is an important foundation document that

11:31:12  9    identified four important things.  The first was that as

11:31:20 10    drilling would proceed into ultra deepwater and ultra high

11:31:28 11    productivity reservoirs, that a blowout risk would increase

11:31:36 12    substantially.

11:31:37 13           The second key point that DEA-63 makes is the

11:31:45 14    consequences of such blowouts due to the high productivity of

11:31:52 15    such reservoirs would be severe.

11:31:57 16           The third thing DEA-63 points out is the need for

11:32:06 17    diligent preparation and planning to be able to rapidly abate

11:32:14 18    the source of blowouts.

11:32:17 19           The fourth key point was that capping vertical

11:32:22 20    intervention forms an important part of such mitigation

11:32:29 21    systems.

11:32:29 22    Q.    Carl, if you could pull up D-20026, please.

11:32:34 23           Was the goal, Dr. Bea, of DEA-63 to address problems

11:32:38 24    that operators would face in a deepwater blowout scenario?

11:32:42 25    A.    Yes.

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 11:32:43 1 | Q.   If you can go to D-20027, please. |
| 11:32:46 2 | What does DEA-63 say about wells drilled at |
| 11:32:50 3 | 5,000 feet depth? |
| 11:32:52 4 | A.   Well, at this time, they are unique, unusual. |
| 11:33:00 5 | Q.   What does DEA-63 suggest as an option for deepwater source |
| 11:33:04 6 | control? |
| 11:33:06 7 | A.   A vertical intervention, capping. |
| 11:33:08 8 | Q.   Carl, if you can go to D-20028, please. |
| 11:33:12 9 | What does DEA-63 say about the need to develop |
| 11:33:18 10 | Blowout Contingency Plans? |
| 11:33:19 11 | A.   That they need to be developed. |
| 11:33:22 12 | Q.   Do they need to be developed before or after an event? |
| 11:33:27 13 | A.   Before.  Preparation pays. |
| 11:33:31 14 | Q.   What source control measures should that plan include, |
| 11:33:36 15 | according to DEA?  If you could read the two highlighted |
| 11:33:39 16 | points. |
| 11:33:39 17 | A.   The two highlighted points, first, pollution containment |
| 11:33:45 18 | abatement procedures, and, second, a vertical intervention |
| 11:33:51 19 | offset kill operational guidelines. |
| 11:33:54 20 | Q.   If you can go, please, to D-20029. |
| 11:34:00 21 | Does DEA-63 consider whether deepwater blowout |
| 11:34:04 22 | technology could be inadequate as of 1991? |
| 11:34:06 23 | A.   Yes. |
| 11:34:07 24 | Q.   D-20030, please. |
| 11:34:13 25 | What does DEA-63 say about the risks of drilling into |

OFFICIAL TRANSCRIPT

11:34:16  1    deeper and deeper waters?

11:34:18  2    A.    Well, it's like in the lower box, they are clearly telling

11:34:28  3    industry that the risks are increasing substantially.

11:34:31  4    Q.    What does DEA-63 say about the consequences should such an

11:34:38  5    event occur?

11:34:39  6    A.    That it can be catastrophic.

11:34:40  7    Q.    D-20031, please.

11:34:45  8          Now, DEA-63 describes a blowout scenario of a

11:34:53  9    disabled, severed riser and a well blowing from a BOP.  Does

11:34:55 10    that sound like Macondo?

11:34:56 11    A.    That sounds like and looks like Macondo.

11:34:58 12    Q.    If you can go --

11:35:02 13          Is the device that ultimately capped the Macondo Well

11:35:05 14    what's shown in --

11:35:06 15          I'm sorry, if you can go to D-20032, please.  Getting

11:35:09 16    ahead of myself.

11:35:12 17          Now, this is also taken from DEA-63.  Am I correct

11:35:15 18    that it depicts various vertical intervention techniques for a

11:35:19 19    blowing well?

11:35:20 20    A.    Yes.

11:35:20 21    Q.    Now, you've highlighted the bottom right-hand box; is that

11:35:23 22    right?

11:35:23 23    A.    That's correct.

11:35:23 24    Q.    What does that highlighted box show?

11:35:27 25    A.    Well, that's a vertical -- pardon me, a capping stack

11:35:34  1   being mounted on a nonvertical failed BOP.

11:35:39  2   Q.   That's the cap that ultimately capped the Macondo Well,

11:35:45  3   right?

11:35:45  4   A.   That's right.

11:35:47  5         MR. BROCK:  Your Honor, I'm going to object to that.

11:35:48  6   Dr. Bea has acknowledged in his deposition that he does not

11:35:51  7   have expertise in the design and use of capping stacks, so I

11:35:54  8   don't think it's appropriate for him to answer that.

11:35:57  9         MS. GREENWALD:  I'm not asking him that.

11:35:59 10         THE COURT:  I don't think that question required

11:36:01 11   expertise in capping stacks.  Overrule the objection.

11:36:01 12   EXAMINATION BY MS. GREENWALD:

11:36:05 13   Q.   Did DEA-63 in 1991, Dr. Bea, conclude that Phase Two of

11:36:09 14   this report -- this is Phase One -- did it conclude that

11:36:12 15   Phase Two of the report was not immediately necessary?

11:36:14 16   A.   Yes.

11:36:14 17   Q.   Why?

11:36:15 18   A.   Well, the industry in 1991 was a decade away from the time

11:36:25 19   it would move into ultra deepwater encountering the high

11:36:33 20   pressure or high temperature or high productivity areas.  So

11:36:38 21   that intervening 10 years was to be the 10 years industry would

11:36:46 22   use to be properly prepared to face or manage the risks they

11:36:57 23   would encounter in the 2000s.

11:37:00 24   Q.   D-20033, please.

11:37:04 25         Now, this is the International Association of

**OFFICIAL TRANSCRIPT**

11:37:06 1  Drilling Contractors, or IADC, Deepwater Well Control

11:37:09 2  Guidelines from 1998.  Did you review those as well?

11:37:12 3  A.    Yes.

11:37:12 4  Q.    Is this the same description of a blowout that was

11:37:15 5  identified in DEA-63 back in 1991?

11:37:18 6  A.    Essentially, yes.

11:37:19 7  Q.    If you can go to D-20034, please.

11:37:24 8          Is this the same depiction of a blowout scenario in

11:37:28 9  DEA-63?

11:37:29 10  A.    Yes.

11:37:30 11  Q.    In fact, this is taken from DEA-63, right?

11:37:32 12  A.    Correct.

11:37:33 13  Q.    D-20035, please.

11:37:35 14          What did the 1998 Deepwater Well Control Guidelines

11:37:40 15  inform BP and others about the availability of deepwater well

11:37:44 16  control measures at that time?

11:37:47 17  A.    The essence is it's not available.

11:37:51 18  Q.    If you can go to D-20036, please.

11:37:57 19          This is the PCCI Oil Spill Containment Remote Sensing

11:37:57 20  and Tracking for Deepwater Blowouts, 1999.  Have you reviewed

11:38:06 21  this report as well?

11:38:06 22  A.    Yes.

11:38:07 23  Q.    What does this report inform BP and others in 1999 about

11:38:10 24  the risks of a blowout?

11:38:11 25  A.    That they are high, and the risks will be increasing.

**OFFICIAL TRANSCRIPT**

11:38:17  1    Q.    What does this report inform BP in 1999 about the best

11:38:22  2    options for subsea blowout, quote/unquote, "technology"?

11:38:25  3    A.    Vertical intervention, capping.

11:38:26  4    Q.    If you can go to D-20037, please.

11:38:31  5              Now, this is BP Exploration's best available

11:38:36  6    technology for operations in Alaska; is that right?

11:38:39  7    A.    Correct.

11:38:39  8    Q.    What does BP say in this document about the two methods

11:38:42  9    for regaining control of a blown-out well?

11:38:45 10    A.    They evaluated two techniques:  One, relief well; and,

11:38:52 11    two, capping.

11:38:53 12    Q.    Did BP say in this document that capping is best available

11:38:58 13    technology for blowout source control?

11:39:00 14    A.    Yes, they DID.

11:39:01 15    Q.    What did BP calculate to be the reduction in response time

11:39:04 16    with the use of capping devices?

11:39:06 17    A.    50 percent.

11:39:06 18    Q.    If we can go to D-20038, please.

11:39:10 19              This is the 2003 Society of Petroleum Engineers IADC

11:39:15 20    Drilling Conference.  Does this conference refer to the work

11:39:18 21    done in DEA-63 in 1991, once again?

11:39:21 22    A.    Yes.

11:39:21 23    Q.    Does it also note that the 1991 DEA work did not consider

11:39:27 24    drilling depths greater than 3500 feet?

11:39:29 25    A.    Yes.

**OFFICIAL TRANSCRIPT**

11:39:29 1    Q.    What did this drilling conference material include about

11:39:32 2    whether blowout contingency procedures had kept up with current

11:39:36 3    technology?

11:39:37 4    A.    It concluded that they had not kept up with the

11:39:42 5    technology.

11:39:43 6    Q.    In fact, it even asks industry whether it's ready to

11:39:47 7    handle such a blowout, doesn't it?

11:39:48 8    A.    Yes.

11:39:48 9    Q.    What did the conference materials say about the likelihood

11:39:52 10   of a blowout occurring?

11:39:54 11   A.    It was high.

11:39:54 12   Q.    If you can go to D-20039, please.

11:40:00 13            Again, this is the SPE IADC Blowout -- this is a

11:40:04 14   different year -- Blowout Control Best Practices

11:40:06 15   Recommendations from 2005.  What is the first offshore blowout

11:40:11 16   control technology identified?

11:40:13 17   A.    Capping.

11:40:13 18   Q.    If we can go to D-20040, please.

11:40:17 19            This is an article written by Ole Rygg of Add Energy,

11:40:21 20   a drilling contractor, in 2005.  Is Add Energy one of the well

11:40:27 21   control specialists this BP employs in its drilling operations

11:40:30 22   in the Gulf of Mexico?

11:40:30 23   A.    Yes.

11:40:30 24   Q.    What did Dr. Rygg advice about the need and importance for

11:40:35 25   source control preplanning?

**OFFICIAL TRANSCRIPT**

11:40:36 1    A.    That it is absolutely essential that it be properly

11:40:40 2    developed.

11:40:40 3    Q.    If you can go to D-20041, please.

11:40:44 4          This is the 2008 International Oil Spill Conference.

11:40:48 5    How is oil spill response explained in the first box of that

11:40:51 6    report?

11:40:53 7    A.    It reads --

11:40:55 8    Q.    The highlighted part, please.

11:40:57 9    A.    "Oil spill response readiness is not done in one set of

11:41:10 10   tasks.  Instead, readiness evolves from recognizing the need

11:41:11 11   for preparedness, to allocating resources to address the issue,

11:41:16 12   and gaining participation."

11:41:21 13   Q.    Dr. Bea, I'm going to move you to a new topic, talk to you

11:41:24 14   about the Oil Spill Response Plan briefly.

11:41:27 15         In reaching your opinions in the case, have you

11:41:29 16   reviewed BP's Oil Spill Response Plan?

11:41:32 17   A.    Yes.

11:41:32 18   Q.    If you can pull up D-20042, please.

11:41:32 19         Where does BP place source control in terms of

11:41:32 20   importance?

11:41:40 21   A.    As the second priority.

11:41:41 22   Q.    What is the first -- what is it after?

11:41:45 23   A.    The first priority was ensuring the safety of citizens and

11:41:52 24   responders.

11:41:53 25   Q.    If you can go to D-20043, please.

**OFFICIAL TRANSCRIPT**

11:41:57  1           What does the plan provide regarding source control?

11:42:00  2  A.    Well, as highlighted, the plan is to assemble a team of

11:42:09  3  trained experts to consider the situation.  I call it a -- this

11:42:18  4  is a think about it but when it happens plan.

11:42:24  5  Q.    Did BP consider the Oil Spill Response Plan to be a source

11:42:29  6  control plan?

11:42:29  7  A.    They considered it not to be a source control plan.

11:42:32  8  Q.    If you can pull up D-20044.

11:42:39  9           What did BP's 30(b)(6) witness say relating to

11:42:42 10  source -- I'm sorry, if we could start over.

11:42:43 11           What did BP's 30(b)(6) witness relating to source

11:42:46 12  control within the OSRP testify about whether the Oil Spill

11:42:52 13  Response Plan is a source control plan?

11:42:54 14  A.    It says, "As indicated at the bottom, this plan was not

11:43:01 15  meant to address source control."

11:43:03 16  Q.    If you can go to D-20045, please.

11:43:09 17           In reaching your opinions, did you also review the

11:43:10 18  testimony of the CEO of BP to learn whether BP believed it had

11:43:15 19  a source control plan as of April 20, 2010?

11:43:17 20  A.    Yes.

11:43:17 21  Q.    What did Dr. Hayward state in his testimony about the

11:43:21 22  existence of a source control plan?  If you can read the top

11:43:23 23  box, please.

11:43:26 24  A.    As shown at the top box, he said, "We did not have a plan

11:43:33 25  to intervene to prevent flow in the subsea until the relief

11:43:39 1    well was there."

11:43:42 2    Q.   Did you also review the testimony of MMS Regional Director

11:43:46 3    for the Gulf of Mexico, Lars Herbst?

11:43:48 4    A.   Yes.

11:43:48 5    Q.   Did you form am opinion based on that testimony whether

11:43:51 6    MMS expected BP to be prepared for a deepwater blowout?

11:43:55 7    A.   Yes.

11:43:55 8    Q.   If we can go to D-20046, please.

11:43:59 9         What did Mr. Herbst testify about BP's source control

11:44:03 10   plan?

11:44:04 11   A.   As I highlighted from Mr. Herbst's testimony, the question

11:44:12 12   was, "Their obligation under regulation is to abate the source

11:44:18 13   as quickly as possible, correct?"

11:44:20 14        Answer:  "Correct, yes.  We expected them to be able

11:44:24 15   to contain a deepwater blowout."

11:44:27 16   Q.   Did you also review BP's initial Exploration Plan for

11:44:32 17   Macondo in reaching your opinions in this case?

11:44:33 18   A.   Yes.

11:44:33 19   Q.   D-20047, please.

11:44:41 20        Did BP certify the following to the government in its

11:44:45 21   Oil Spill Response Plan --

11:44:45 22   A.   Yes.

11:44:47 23   Q.   I have to put on my glasses, too, Dr. Bea.  One second.

11:44:53 24        -- "I hereby certify that BP Exploration and

11:44:55 25   Production, Inc., has the capability to respond to the maximum

**OFFICIAL TRANSCRIPT**

11:44:58  1   extent practicable to a worst-case discharge"; is that the

11:45:01  2   certification BP gave to MMS?

11:45:03  3   A.    Yes.   I would further note for the Court that the

11:45:12  4   162,000 barrels a day base plan, this is where I got that

11:45:18  5   figure from.

11:45:20  6   Q.    You're talking about for your cost-benefit analysis and

11:45:24  7   your ALARP analysis?

11:45:27  8   A.    Yes, ma'am.

11:45:27  9   Q.    Did you review the testimony of Mr. Herbst to determine

11:45:30 10   whether MMS believed BP was prepared as it represented in its

11:45:34 11   initial Exploration Plan?

11:45:35 12   A.    Yes.

11:45:36 13   Q.    If you can pull up D-20048, please.

11:45:41 14         Did Mr. Herbst testify, "I would say that they were

11:45:44 15   not prepared to respond to whatever the actual rate that was on

11:45:47 16   this incident"?

11:45:48 17   A.    Yes.

11:45:48 18   Q.    Now, based on your review of the documents, did you form

11:45:54 19   an opinion whether BP considered a BOP to be a source control

11:45:58 20   measure to stop the flow of oil from a flowing well?

11:46:01 21   A.    I did.

11:46:01 22   Q.    What is that opinion?

11:46:03 23   A.    Well, the essence of what came from that review was a

11:46:12 24   consensus that a blowout preventer is not a blowout stopper.

11:46:18 25   Q.    Did you prepare a summary slide of the testimony in this

**OFFICIAL TRANSCRIPT**

11:46:21 1    case that essentially says that a blowout preventer is not a

11:46:23 2    blowout stopper?

11:46:25 3    A.    Correct.

11:46:25 4    Q.    If you could please pull up D-20049.

11:46:30 5          In the interest of time, I won't go over this, but is

11:46:34 6    this the slide that you prepared of the testimony in this case,

11:46:36 7    or at least some of the testimony, that BOPs are blowout

11:46:41 8    preventers, but not blowout stoppers?

11:46:43 9    A.    Correct.

11:46:44 10   Q.    Did you also form an opinion that BP knew nearly a decade

11:46:48 11   before Macondo that a BOP and an ROV intervention could not be

11:46:52 12   relied upon to stop a flowing well?

11:46:54 13   A.    Yes.

11:46:54 14   Q.    Did you base that opinion in part on the documents you

11:46:58 15   reviewed in this case?

11:47:00 16   A.    Yes.

11:47:00 17   Q.    If you could pull D-20050, please.

11:47:04 18         What did BP know in 2001 about attempting to use ROV

11:47:09 19   intervention to stop a flowing well?

11:47:14 20   A.    BP engineers had specifically addressed this question.

11:47:23 21   Remarkably, they considered the *Horizon*.  The condition was it

11:47:29 22   had driven off a blowout flowing at 100 to 300,000 barrels a

11:47:38 23   day.  It was underway.  The question was, can we close the rams

11:47:45 24   with ROV and shut in the well?  The answer is, remarkably, a

11:47:52 25   short answer, no.

**OFFICIAL TRANSCRIPT**

11:47:55 1    Q.    If you can pull up D-20051, please.

11:47:59 2           Is West Engineering a well control specialty company

11:48:03 3    upon which BP relied for its technical expertise?

11:48:06 4    A.    Yes.

11:48:06 5    Q.    Did you also review a report by West Engineering from 2003

11:48:09 6    on ROV intervention?

11:48:11 7    A.    Yes.

11:48:11 8    Q.    What did the West Engineering report conclude about

11:48:15 9    whether ROV intervention could be relied on for secondary

11:48:19 10   intervention once a well is flowing?

11:48:21 11   A.    It concluded that it should not be used.

11:48:24 12   Q.    Now, you were in the courtroom yesterday when Mr. Brock

11:48:27 13   gave his opening statement, right?

11:48:28 14   A.    Yes.

11:48:28 15   Q.    Could someone put on the ELMO, please.

11:48:33 16          Mr. Brock said to BP -- I'm taking off the heading to

11:48:39 17   your slide, I apologize --

11:48:43 18          MR. BROCK:  I don't mind the heading being up there.

11:48:46 19          MR. GREENWALD:  I'm taking it off for a reason.

11:48:46 20   EXAMINATION BY MS. GREENWALD:

11:48:48 21   Q.    -- that BP's deepwater well response was three points --

11:48:54 22   let me try to do this right -- quickly commence relief well

11:48:57 23   drilling, use ROV to attempt to activate the BOP, and stand up

11:49:01 24   a team of well control experts to analyze the well and

11:49:04 25   additional methods for controlling the blowout.  Do you agree

OFFICIAL TRANSCRIPT

11:49:06 1  with that?  That's all BP had?

11:49:11 2  A.    That was all BP had.

11:49:13 3  Q.    Now, Carl, if you can go back to D-20043.

11:49:18 4      Did BP also certify to the MMS that it will have

11:49:24 5  internal trained personnel to respond to a deepwater oil spill

11:49:24 6  response?

11:49:30 7  A.    Yes, it did.

11:49:30 8  Q.    Did you form an opinion whether BP, in fact, trained

11:49:33 9  personnel prior to April 20, 2010, in deepwater blowout source

11:49:33 10  control?

11:49:37 11  A.    Yes.

11:49:37 12  Q.    Did you prepare summary slides of that testimony?

11:49:41 13  A.    Yes.

11:49:41 14  Q.    If you can pull up D-20052, please.

11:49:48 15      What did Mr. Morrison, BP Vice-President of

11:49:51 16  Operations for the Gulf of Mexico, testify about whether he was

11:49:54 17  trained in deepwater blowout source control?

11:49:58 18  A.    He answered, "Not that I recall.  No."

11:50:01 19  Q.    D-20053, please.

11:50:05 20      What did Mr. Wellings, BP's head of the Well Capping

11:50:09 21  Team, testify about whether he was trained in deepwater blowout

11:50:12 22  source control?

11:50:13 23  A.    Answer:  "No."

11:50:13 24  Q.    D-20054, please.

11:50:17 25      What did Mr. Frazelle, BP's Well Operations Manager,

11:50:21 1  testify about whether he was trained in deepwater blowout

11:50:24 2  source control?

11:50:24 3  A.    Comparable answer, "No."

11:50:26 4  Q.    D-20055, please.

11:50:29 5       What did Mr. Harlan, BP's Special Projects Manager,

11:50:34 6  testify about whether he was trained in deepwater blowout

11:50:37 7  source control?

11:50:37 8  A.    Answer:  "No."

11:50:38 9  Q.    D-20056.

11:50:40 10      What did Mr. Bush, who we just talked about a few

11:50:43 11 minutes ago, BP's corporate representative on source control,

11:50:46 12 answer when asked if BP operators had been trained in

11:50:49 13 uncontrolled deepwater blowout events?

11:50:52 14 A.    Mr. Bush testified, "We didn't -- had not drilled on that

11:50:57 15 yet."

11:50:57 16 Q.    This is our last point, Dr. Bea, and then I will tender

11:51:04 17 you to BP.

11:51:06 18      Did you look -- form an opinion in this case based on

11:51:09 19 your review of the documents and testimony whether BP spent any

11:51:13 20 money on source control technology prior to April 20, 2010?

11:51:17 21 A.    Yes.

11:51:17 22 Q.    What was that opinion?

11:51:19 23 A.    That they had not spent any money.

11:51:23 24 Q.    Did you form an opinion based on your review of the

11:51:25 25 documents and testimony in this case whether BP spent any money

11:51:28 1    on research and development relating to source control

11:51:32 2    technology prior to April 20, 2010?

11:51:35 3    A.    Yes.

11:51:36 4    Q.    What was that -- what is that opinion?

11:51:37 5    A.    That they had not spent any money on research and

11:51:42 6    development.

11:51:42 7    Q.    Did you prepare a couple of summary slides about some of

11:51:46 8    that testimony and information?

11:51:47 9    A.    Yes.

11:51:48 10   Q.    Okay.  If we can have D-20057, please.

11:51:54 11           These are a group of BP's responses to plaintiffs'

11:51:57 12   request to admit that you selected; is that correct --

11:52:00 13   A.    Yes.

11:52:00 14   Q.    -- relating to BP's expenditure on source control?

11:52:03 15   A.    Yes.

11:52:05 16   Q.    What did BP respond when asked if they had budgeted or

11:52:09 17   spent any money on researching, testing, planning or building

11:52:13 18   source control technology?

11:52:15 19   A.    I said, consistently, the BP parties admit that they had

11:52:22 20   not allocated, budgeted, approved, distributed nor spent funds

11:52:28 21   researching, testing, designing, or planning.

11:52:31 22   Q.    Then they go through various different technologies,

11:52:36 23   correct?

11:52:36 24   A.    Correct.

11:52:36 25   Q.    If you can pull up D-20058, please.

**OFFICIAL TRANSCRIPT**

11:52:43  1          What did BP's Andy Inglis, CEO of BP Exploration &
11:52:49  2  Production, respond when asked whether BP had spent any money
11:52:52  3  on source control technology?
11:52:56  4  A.   Mr. Inglis responded, answer, "Zero dollars."
11:52:59  5  Q.   20059, please.
11:53:01  6          What did BP's 30(b)(6) corporate representative
11:53:04  7  respond when asked if BP had allocated any funds at all for
11:53:08  8  source control technology?
11:53:10  9  A.   I'm unaware of any funds.
11:53:14 10          MS. GREENWALD:  Thank you, Your Honor.  No further
11:53:16 11  questions.
11:53:19 12          THE COURT:  How long do you expect your
11:53:21 13  cross-examination to be?
11:53:23 14          MR. BROCK:  45 minutes to an hour, probably.
11:53:28 15          THE COURT:  Let's just go ahead and take lunch.  We'll
11:53:30 16  do lunch and come back at 1 o'clock.  Okay.
         17               (WHEREUPON, at 11:53 a.m., the Court recessed for
         18  lunch.)
         19                         *    *    *
         20
         21
         22
         23
         24
         25

1                        REPORTER'S CERTIFICATE

2

3            I, Cathy Pepper, Certified Realtime Reporter, Registered

4     Merit Reporter, Certified Court Reporter of the State of

5     Louisiana, Official Court Reporter for the United States

6     District Court, Eastern District of Louisiana, do hereby

7     certify that the foregoing is a true and correct transcript to

8     the best of my ability and understanding from the record of the

9     proceedings in the above-entitled and numbered matter.

10

11

12                              _s/Cathy Pepper_____

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Registered Merit Reporter
                                Official Court Reporter
15                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                              **OFFICIAL TRANSCRIPT**

**$**

**$2,500** [1] - 429:21

**'**

**'88** [1] - 382:10
**'89** [1] - 382:10

**0**

**0023** [1] - 432:2

**1**

**1** [8] - 306:5, 313:2, 344:25, 355:2, 355:5, 402:15, 427:1, 449:16
**1/16** [1] - 354:21
**10** [7] - 345:15, 352:6, 420:5, 431:1, 431:7, 436:21
**10-CV-2771** [1] - 306:7
**10-CV-4536** [1] - 306:10
**100** [2] - 429:18, 444:22
**10003** [1] - 307:8
**1001** [1] - 310:10
**10:22** [1] - 350:9
**10:43** [1] - 419:4
**10M** [1] - 354:21
**10th** [15] - 340:21, 341:2, 341:23, 383:24, 383:25, 384:7, 384:11, 384:20, 385:10, 386:9, 388:6, 407:11, 408:1, 410:5, 410:6
**11** [3] - 313:13, 313:14, 430:1
**1100** [1] - 310:7
**11751R** [1] - 423:13
**11:41** [1] - 346:4
**11:53** [1] - 449:17
**12** [8] - 328:3, 328:5, 328:23, 335:18, 350:18, 350:21, 422:4, 430:1
**1201** [2] - 309:23, 310:23
**12th** [3] - 386:11, 406:13, 413:10
**13** [7] - 389:23, 390:1, 390:4, 394:20,

395:1, 396:11, 418:23
**1300** [1] - 311:10
**1331** [1] - 311:4
**13th** [1] - 388:17
**14** [12] - 343:11, 352:6, 352:25, 357:6, 389:23, 390:1, 390:4, 390:10, 394:20, 395:1, 396:11, 418:23
**142399N.10.1** [1] - 397:4
**14271** [1] - 308:15
**144985.1.1** [1] - 419:10
**14th** [3] - 343:21, 388:17, 407:11
**15** [4] - 343:2, 346:19, 408:15, 417:17
**15-minute** [1] - 419:2
**150** [1] - 429:18
**15th** [7] - 343:25, 346:1, 346:4, 352:15, 352:22, 391:11, 399:24
**16** [1] - 345:18
**1615** [1] - 311:10
**162,000** [2] - 429:20, 443:4
**1665** [1] - 311:4
**17** [1] - 347:7
**1700** [1] - 310:23
**18** [2] - 315:19, 417:17
**188** [1] - 307:18
**1885** [1] - 308:5
**18th** [9] - 343:14, 343:21, 344:8, 345:4, 351:1, 352:5, 357:4, 398:3, 398:19
**1978** [2] - 317:14, 317:17
**1979** [1] - 318:2
**1988** [2] - 318:22, 382:9
**1991** [7] - 433:2, 434:22, 436:13, 436:18, 437:5, 438:21, 438:23
**1998** [2] - 437:2, 437:14
**1999** [3] - 437:20, 437:23, 438:1
**1st** [1] - 359:21

**2**

**2** [5] - 306:14, 355:1,

355:6, 361:10, 424:4
**2,000** [1] - 339:18
**20** [6] - 306:5, 313:12, 441:19, 446:9, 447:20, 448:2
**20004** [1] - 309:24
**20005** [1] - 309:20
**20006** [1] - 311:14
**2000s** [1] - 436:23
**2001** [1] - 444:18
**2003** [2] - 438:19, 445:5
**20044** [2] - 308:15, 308:24
**2005** [2] - 439:15, 439:20
**20059** [1] - 449:5
**2008** [1] - 440:4
**2009** [1] - 430:11
**2010** [23] - 306:5, 331:12, 334:20, 334:22, 334:24, 337:12, 343:2, 343:11, 345:4, 346:19, 347:7, 356:11, 357:14, 358:3, 359:16, 390:10, 408:3, 412:3, 430:12, 441:19, 446:9, 447:20, 448:2
**2013** [2] - 306:5, 313:2
**2020** [1] - 311:14
**20th** [6] - 329:8, 369:20, 372:9, 373:12, 412:14, 412:17
**21** [1] - 315:18
**21st** [1] - 364:4
**22** [2] - 315:19, 318:7
**2200** [1] - 339:19
**2216** [1] - 307:11
**23** [2] - 313:14, 357:10
**23A** [1] - 327:15
**24** [2] - 364:6, 364:7
**24th** [2] - 353:4, 407:7
**2500** [2] - 430:3, 431:3
**25023A** [1] - 327:15
**250261** [1] - 360:20
**25th** [1] - 407:7
**27** [1] - 356:11
**27th** [6] - 353:17, 356:1, 356:2, 356:3, 405:21, 407:7
**28** [1] - 331:12
**28th** [7] - 330:11, 346:22, 374:16, 374:19, 403:15, 404:4, 405:22
**29th** [4] - 402:22,

402:25, 403:11, 404:3
**2nd** [2] - 352:25, 403:8

**3**

**3** [3] - 313:12, 313:13, 362:3
**3-D** [1] - 319:7
**30(b)(6** [3] - 441:9, 441:11, 449:6
**300** [1] - 309:12
**300,000** [1] - 444:22
**30th** [2] - 359:13, 359:16
**31** [1] - 336:7
**316** [3] - 307:4, 312:5, 315:18
**317** [1] - 312:6
**32502** [1] - 307:5
**33** [1] - 420:5
**3300** [1] - 318:19
**333** [1] - 309:15
**335** [1] - 310:16
**35** [1] - 409:16
**3500** [1] - 438:24
**35TH** [1] - 310:16
**36130** [1] - 307:23
**363** [1] - 312:7
**3668** [1] - 306:24
**37** [1] - 313:14
**3700** [2] - 310:7, 310:10
**38** [1] - 336:16
**39201** [1] - 307:19
**3rd** [1] - 357:12

**4**

**4** [2] - 345:10, 354:21
**4-inch** [2] - 332:20, 333:19
**40** [1] - 313:13
**40,000** [1] - 397:21
**416** [1] - 312:8
**420** [3] - 312:9, 312:10, 312:11
**422** [1] - 312:12
**423** [1] - 312:13
**45** [3] - 349:18, 354:4, 449:14
**45-degree** [6] - 349:5, 349:12, 349:16, 349:19, 349:25, 354:7
**4th** [5] - 359:23, 360:3, 360:8, 403:23, 409:10

**5**

**5,000** [3] - 339:18, 379:16, 434:3
**5/18/2010** [1] - 345:3
**50** [1] - 438:17
**500** [3] - 306:23, 307:23, 311:18
**5000** [1] - 309:6
**501** [1] - 307:15
**504** [1] - 311:19
**556 JEFFERSON STREET** [1] - 306:23
**589-7779** [1] - 311:19
**5th** [8] - 408:3, 408:4, 408:18, 408:21, 409:21, 409:25, 411:18, 414:16

**6**

**6** [6] - 334:20, 334:22, 334:24, 337:11, 354:5, 354:8
**60** [1] - 414:6
**600** [1] - 307:4
**600,000** [1] - 334:7
**60654** [1] - 309:12
**640** [1] - 379:19
**655** [1] - 309:19
**670,000** [1] - 379:19
**6th** [13] - 340:16, 357:13, 357:14, 381:4, 381:6, 381:16, 381:20, 382:3, 405:2, 414:17, 418:2, 418:3, 418:5

**7**

**7** [3] - 340:16, 345:10, 354:21
**7-feet** [1] - 379:21
**7-foot** [2] - 379:16
**700** [1] - 307:8
**700,000** [1] - 397:22
**701** [2] - 308:10, 309:6
**70112** [1] - 311:10
**70113** [1] - 306:20
**70130** [3] - 307:12, 308:10, 311:19
**70139** [1] - 309:7
**70163** [1] - 310:7
**70502** [1] - 306:24
**70601** [1] - 307:15
**70804** [1] - 308:6

**720,000** [1] - 379:20
**75** [1] - 414:6
**75270** [1] - 310:23
**7611** [1] - 308:23
**77002** [1] - 310:11
**77010** [1] - 311:5
**777** [1] - 307:18
**7th** [1] - 358:3

## 8

**8** [1] - 345:15
**8-inch** [2] - 332:12, 342:6
**820** [1] - 306:20

## 9

**9** [1] - 422:4
**90071** [2] - 309:16, 310:16
**94005** [1] - 308:6

## A

**A&M** [1] - 317:14
**a.m** [3] - 347:8, 419:4, 449:17
**A/R** [1] - 426:5
**A5** [2] - 429:4, 429:9
**abate** [2] - 433:17, 442:12
**abatement** [1] - 434:18
**ability** [3] - 338:24, 399:17, 450:8
**able** [19] - 323:16, 323:17, 328:14, 331:23, 341:22, 346:15, 348:18, 352:15, 352:23, 355:20, 378:6, 380:22, 381:23, 385:19, 400:14, 415:20, 418:5, 433:17, 442:14
**above-entitled** [1] - 450:9
**absolute** [1] - 427:6
**absolutely** [1] - 440:1
**accept** [1] - 423:17
**acceptable** [1] - 356:15
**accepting** [1] - 431:13
**accident** [5] - 425:13, 426:17, 427:8, 427:16, 429:3
**accidents** [1] - 424:15

**according** [3] - 313:11, 352:23, 434:15
**accumulator** [1] - 331:2
**acknowledged** [1] - 436:6
**acronyms** [1] - 346:11
**act** [1] - 361:3
**Actions** [1] - 390:22
**activate** [1] - 445:23
**activities** [3] - 344:10, 344:12, 344:15
**actual** [3] - 375:19, 379:13, 443:15
**actuated** [2] - 319:24, 319:25
**actuator** [1] - 320:1
**adapter** [6] - 320:2, 323:7, 331:18, 331:21, 337:15, 337:19
**add** [3] - 352:12, 379:10, 384:16
**Add** [2] - 439:19, 439:20
**added** [2] - 400:2, 429:6
**addition** [2] - 328:23, 413:7
**additional** [5] - 391:6, 391:13, 418:21, 428:8, 445:25
**additions** [1] - 392:18
**address** [7] - 380:15, 395:19, 396:8, 427:11, 433:23, 440:11, 441:15
**addressed** [2] - 421:17, 444:20
**addresses** [1] - 421:7
**addressing** [1] - 431:20
**adequacy** [1] - 392:18
**adjustable** [1] - 354:25
**admit** [2] - 448:12, 448:19
**admitted** [8] - 313:20, 313:22, 314:5, 314:7, 316:12, 316:14, 423:18, 423:20
**ado** [1] - 315:13
**advantage** [1] - 440:25
**advice** [1] - 439:24
**aft** [1] - 336:10
**afternoon** [1] - 355:25
**afterwards** [1] - 373:4

**Agenda** [1] - 347:9
**ago** [3] - 423:12, 424:13, 447:11
**agree** [36] - 315:6, 315:15, 360:1, 365:1, 365:8, 365:16, 365:19, 365:22, 366:1, 367:1, 367:11, 370:6, 370:25, 371:16, 371:18, 371:23, 374:22, 379:8, 380:1, 381:6, 384:7, 387:6, 389:10, 389:19, 392:22, 393:7, 396:19, 397:23, 400:9, 401:3, 401:8, 407:14, 411:18, 428:13, 428:20, 445:25
**agreed** [1] - 375:4
**ahead** [10] - 330:3, 343:19, 359:11, 372:3, 421:5, 422:13, 430:5, 431:9, 435:16, 449:15
**Aker** [2] - 342:11
**AL** [3] - 306:8, 306:12, 307:23
**ALABAMA** [1] - 307:21
**ALAN** [1] - 311:3
**ALARP** [3] - 428:23, 429:1, 443:7
**Alaska** [1] - 438:6
**aligned** [9] - 313:12, 316:5, 316:16, 316:19, 317:8, 419:8, 419:25, 420:14, 422:15
**ALLAN** [1] - 308:9
**ALLEN** [1] - 310:15
**allocated** [2] - 448:20, 449:7
**allocating** [1] - 440:11
**allow** [2] - 346:8, 356:14
**allowable** [1] - 431:18
**allows** [1] - 328:22
**ambitious** [1] - 360:4
**AMERICA** [3] - 306:10, 308:13, 309:4
**ANADARKO** [2] - 311:7, 311:8
**Anadarko** [1] - 412:9
**analyses** [2] - 393:20, 414:23
**analysis** [7] - 415:1,

429:24, 429:25, 430:22, 432:5, 443:6, 443:7
**analyze** [1] - 445:24
**analyzing** [1] - 424:23
**AND** [2] - 306:7, 310:4
**ANDREW** [1] - 309:9
**Andy** [2] - 314:20, 449:1
**ANGELES** [2] - 309:16, 310:16
**angle** [7] - 349:5, 349:12, 349:19, 349:25, 354:7, 415:8, 415:10
**animation** [8] - 334:21, 335:4, 335:5, 381:4, 381:9, 381:16, 381:20, 382:3
**ANNA** [1] - 308:21
**annual** [1] - 427:2
**annular** [9] - 318:4, 319:15, 323:3, 328:13, 328:17, 337:2, 341:17, 341:19
**answer** [13] - 334:14, 387:24, 428:15, 428:16, 428:17, 436:8, 442:14, 444:24, 444:25, 446:23, 447:3, 447:12, 449:4
**Answer** [1] - 447:8
**answered** [2] - 396:25, 446:18
**Anthony** [1] - 316:3
**ANTHONY** [1] - 307:11
**antifreeze** [1] - 340:3
**anyway** [2] - 315:10, 374:21
**API** [1] - 326:15
**apologize** [6] - 315:25, 352:19, 428:7, 429:22, 431:1, 445:17
**APPEARANCES** [6] - 306:17, 307:1, 308:1, 309:1, 310:1, 311:1
**apply** [1] - 322:6
**approach** [2] - 319:5, 360:13
**approaches** [1] - 427:5
**appropriate** [1] - 436:8
**approval** [1] - 405:11

**approvals** [1] - 427:24
**approve** [1] - 413:23
**approved** [2] - 405:7, 448:20
**April** [14] - 329:8, 330:11, 331:12, 346:22, 364:4, 369:20, 372:9, 373:12, 412:14, 412:17, 441:19, 446:9, 447:20, 448:2
**APRIL** [1] - 306:5
**area** [6] - 326:12, 335:9, 340:4, 354:17, 422:17, 427:22
**areas** [3] - 325:18, 422:9, 436:20
**argue** [1] - 428:13
**arguing** [1] - 315:11
**arrangement** [1] - 381:17
**arrived** [2] - 382:20, 431:23
**article** [1] - 439:19
**ASBILL** [1] - 310:9
**Asbjorn** [8] - 343:1, 343:24, 347:6, 350:9, 350:25, 356:11, 357:5, 398:5
**assemble** [1] - 441:2
**assembled** [2] - 370:23, 412:13
**assemblies** [1] - 356:15
**Assembly** [1] - 403:5
**assembly** [7] - 327:1, 353:8, 355:8, 355:13, 360:2, 403:8, 403:23
**assess** [2] - 394:10, 424:15
**assessed** [2] - 376:8, 386:18
**assessing** [4] - 375:11, 375:25, 387:2, 388:2
**assessment** [5] - 375:24, 376:4, 407:10, 430:13, 431:13
**assessments** [2] - 382:18, 415:3
**ASSET** [1] - 306:8
**assigned** [12] - 364:12, 365:7, 365:20, 365:23, 366:15, 366:18, 366:24, 367:14, 367:17, 383:16,

383:20, 383:22
**assigning** [1] - 429:23
**assignment** [2] -
329:15, 329:16
**assist** [12] - 388:16,
388:20, 388:22,
388:24, 389:9,
389:10, 389:23,
390:1, 390:4, 391:1,
391:25, 393:5
**Assist** [9] - 390:22,
394:20, 394:25,
395:12, 396:11,
396:20, 397:10,
418:9, 418:16
**assistance** [1] - 420:4
**associated** [14] -
375:11, 375:17,
376:8, 376:14,
377:5, 385:13,
385:16, 385:23,
386:18, 388:10,
388:13, 394:11,
395:19, 396:1
**Association** [2] -
433:1, 436:25
**assume** [2] - 390:15,
421:14
**assuming** [1] - 397:6
**assure** [1] - 395:23
**Atlantic** [2] - 318:11,
319:2
**attach** [15] - 321:4,
326:13, 327:8,
327:20, 328:24,
331:20, 349:7,
350:2, 351:18,
361:20, 363:13,
378:6, 413:14,
414:14, 415:15
**attached** [12] - 335:3,
335:5, 336:18,
336:20, 336:21,
337:2, 337:14,
353:19, 363:10,
392:4, 413:10, 415:7
**attaches** [2] - 321:23,
334:20
**attaching** [6] - 362:15,
378:8, 378:12,
378:24, 379:1,
386:22
**attachment** [2] -
344:19, 390:21
**attachments** [1] -
406:10
**attempt** [1] - 445:23
**attempting** [2] -
371:16, 444:18
**attend** [2] - 367:18,

370:14
**attended** [1] - 373:6
**attention** [2] - 397:1,
432:13
**ATTORNEY** [2] -
307:21, 308:5
**audit** [1] - 407:15
**Audit** [4] - 384:22,
384:25, 385:4, 385:7
**autoshear** [2] -
405:21, 406:25
**availability** [1] -
437:15
**available** [10] -
324:19, 339:17,
339:20, 375:8,
412:14, 432:17,
432:18, 437:17,
438:5, 438:12
**AVENUE** [4] - 306:20,
307:23, 309:23,
310:16
**aware** [18] - 351:4,
384:4, 387:11,
387:18, 388:9,
388:13, 388:16,
393:20, 396:1,
396:7, 405:14,
405:17, 406:10,
412:12, 412:16,
412:17, 413:9,
413:13
**axes** [1] - 424:12
**Axis** [1] - 319:7
**axis** [10] - 421:25,
422:1, 425:6, 425:7,
425:11, 425:12,
426:20, 426:24,
427:7

# B

**B-E-A** [1] - 421:3
**Bachelor's** [1] -
317:16
**backup** [1] - 325:13
**bad** [1] - 352:11
**baffling** [1] - 342:16
**balancing** [1] - 333:18
**ball** [2] - 332:20,
333:19
**BARBIER** [1] - 306:15
**barely** [1] - 412:22
**Barr** [1] - 433:1
**BARR** [1] - 307:4
**barrel** [2] - 429:21,
429:23
**barrels** [4] - 379:16,
429:20, 443:4,

444:22
**BARRY** [1] - 309:11
**base** [3] - 429:17,
443:4, 444:14
**based** [11] - 379:12,
379:13, 379:15,
386:10, 397:14,
417:15, 423:6,
442:5, 443:18,
447:18, 447:24
**basis** [3] - 389:2,
406:18, 427:2
**BATON** [1] - 308:6
**BAYLEN** [1] - 307:4
**Bea** [22] - 420:14,
421:2, 421:7,
421:23, 422:17,
423:10, 423:22,
424:11, 427:20,
428:5, 428:7,
428:22, 429:23,
431:13, 431:25,
432:13, 433:23,
436:6, 436:13,
440:13, 442:23,
447:16
**BEA** [1] - 420:22
**Bea's** [1] - 423:13
**BEA............................
.............** [1] - 312:11
**became** [6] - 364:16,
370:1, 370:10,
382:12, 384:3, 400:9
**BEFORE** [1] - 306:15
**began** [2] - 369:20,
372:8
**begin** [1] - 372:23
**beginning** [1] - 398:20
**behalf** [6] - 313:25,
316:18, 317:7,
317:8, 364:2, 419:7
**believes** [1] - 418:22
**bell** [1] - 366:9
**belonging** [1] - 429:8
**benefit** [1] - 443:6
**benefits** [1] - 387:13
**BENSON** [1] - 308:19
**Berwick** [2] - 349:21,
359:21
**Best** [1] - 439:14
**best** [14] - 371:5,
371:10, 371:12,
371:17, 372:14,
373:22, 378:20,
384:14, 384:21,
407:23, 438:1,
438:5, 438:12, 450:8
**BETHANY** [1] - 308:21
**better** [2] - 354:2,
372:1

**between** [7] - 318:16,
322:6, 337:8, 414:6,
429:18, 430:21,
432:2
**beyond** [4] - 387:15,
387:19, 389:12,
389:13
**BHP** [1] - 412:9
**big** [2] - 334:13,
393:11
**billion** [5] - 430:22,
430:23, 431:1,
431:5, 431:7
**BINGHAM** [1] - 311:12
**bit** [15] - 320:20,
323:12, 324:13,
340:5, 342:2, 342:9,
342:13, 361:4,
375:1, 402:3,
403:13, 403:19,
416:12, 416:15,
421:18
**black** [4] - 427:20,
427:21, 427:22,
427:25
**blind** [10] - 318:14,
324:10, 325:21,
326:15, 326:16,
339:3, 408:15,
416:8, 416:9
**block** [11] - 325:7,
325:10, 328:12,
347:16, 347:22,
348:9, 349:2, 349:5,
349:14, 354:6,
355:15
**blocked** [1] - 332:17
**blocking** [1] - 332:21
**blow** [2] - 353:20,
354:3
**blowing** [4] - 337:1,
374:9, 435:9, 435:19
**blown** [1] - 438:9
**blown-out** [1] - 438:9
**Blowout** [4] - 432:25,
434:10, 439:13,
439:14
**blowout** [44] - 317:22,
317:23, 323:3,
327:25, 341:10,
341:11, 364:3,
373:6, 400:10,
423:25, 424:5,
429:14, 430:18,
432:15, 432:20,
433:11, 433:24,
434:21, 435:8,
437:4, 437:8,
437:24, 438:2,
438:13, 439:2,

439:7, 439:10,
439:15, 442:6,
442:15, 443:24,
444:1, 444:2, 444:7,
444:8, 444:22,
445:25, 446:9,
446:17, 446:21,
447:1, 447:6, 447:13
**blowouts** [3] - 365:2,
433:14, 433:18
**Blowouts** [1] - 437:20
**blue** [2] - 409:14,
429:5
**Blue** [1] - 409:16
**bodies** [1] - 325:9
**body** [4] - 324:23,
326:6, 327:7, 361:25
**BOLES** [1] - 309:15
**bolt** [5] - 322:1,
323:19, 326:18,
327:21, 361:23
**bolted** [7] - 319:11,
347:19, 349:3,
349:4, 349:15,
360:22, 362:2
**bolts** [8] - 322:6,
322:8, 324:23,
324:25, 326:16,
349:17, 361:22
**bonnet** [1] - 324:23
**BOP** [284] - 318:24,
319:8, 319:12,
319:14, 319:20,
320:9, 320:11,
320:22, 321:5,
322:5, 322:13,
322:23, 323:1,
323:4, 323:9,
324:22, 325:19,
326:5, 327:8,
327:12, 327:16,
328:2, 328:18,
329:16, 330:1,
330:6, 330:16,
330:17, 331:19,
332:9, 333:1, 333:2,
334:17, 334:25,
335:16, 335:21,
336:8, 336:17,
337:2, 337:10,
337:25, 338:3,
338:4, 338:16,
338:24, 339:8,
339:23, 340:17,
340:19, 341:5,
341:9, 341:18,
341:21, 341:22,
342:17, 343:15,
344:3, 346:7, 346:8,
346:9, 346:10,

346:14, 347:8, 348:15, 349:6, 350:4, 350:9, 350:13, 350:14, 351:5, 351:9, 353:8, 353:23, 353:24, 357:10, 358:1, 358:3, 358:11, 358:20, 358:23, 359:1, 359:24, 360:16, 360:24, 361:11, 361:15, 361:23, 362:1, 362:10, 362:17, 367:4, 371:7, 372:16, 374:2, 374:3, 374:8, 374:10, 374:22, 375:12, 375:17, 376:9, 377:1, 377:11, 377:15, 377:18, 377:21, 377:23, 377:25, 378:6, 378:12, 378:17, 379:1, 379:6, 379:9, 379:11, 379:23, 380:2, 380:3, 380:7, 380:15, 380:20, 380:22, 380:23, 380:24, 380:25, 381:7, 381:19, 382:3, 383:8, 383:12, 383:13, 383:20, 384:8, 384:9, 384:13, 384:20, 385:1, 385:5, 385:8, 385:9, 385:14, 385:17, 385:21, 385:23, 386:2, 386:7, 386:8, 386:13, 386:19, 386:23, 387:8, 388:4, 388:11, 388:14, 389:19, 390:15, 390:16, 390:18, 391:7, 391:21, 392:1, 392:11, 393:2, 393:4, 394:3, 395:13, 396:14, 396:21, 397:5, 397:12, 397:16, 398:15, 399:4, 400:2, 400:7, 402:14, 402:19, 404:7, 404:14, 404:21, 404:23, 405:5, 405:8, 405:12, 405:14, 405:15, 405:24,

406:15, 406:20, 407:11, 407:15, 407:16, 408:24, 409:17, 409:23, 409:25, 410:4, 410:6, 410:8, 410:9, 410:14, 410:19, 410:24, 411:6, 411:8, 411:9, 411:19, 412:20, 413:2, 418:18, 435:9, 436:1, 443:19, 444:11, 445:23
**BOP-on-BOP** [56] - 329:16, 330:1, 350:9, 358:1, 358:3, 358:20, 359:1, 371:7, 372:16, 374:10, 374:22, 375:12, 375:17, 376:9, 377:1, 377:11, 377:15, 377:23, 380:15, 380:20, 381:7, 381:19, 382:3, 383:13, 384:9, 384:13, 385:14, 385:17, 385:21, 385:23, 386:2, 386:19, 387:8, 388:4, 388:11, 388:14, 389:19, 390:18, 391:7, 391:21, 392:1, 392:11, 394:3, 399:4, 400:2, 402:14, 402:19, 405:5, 405:8, 405:12, 410:6, 410:9, 410:19, 411:6, 411:9, 418:18
**BOP-on-BP** [1] - 390:15
**BOP-related** [1] - 367:4
**BOPs** [11] - 318:4, 320:14, 321:7, 321:8, 321:11, 321:16, 324:13, 327:10, 343:6, 343:11, 348:25, 367:12, 370:22, 444:7
**bore** [8] - 324:8, 327:11, 327:12, 338:4, 339:14, 348:4, 380:7, 380:8
**bottles** [1] - 331:2
**bottom** [27] - 320:24,

321:2, 322:4, 325:24, 326:10, 331:17, 331:22, 331:25, 337:15, 341:15, 342:17, 343:10, 356:7, 358:1, 360:22, 361:3, 384:17, 392:14, 395:8, 397:2, 403:20, 404:5, 404:10, 408:25, 421:25, 435:21, 441:14
**bottoms** [1] - 321:15
**Boughton** [4] - 366:23, 367:1, 367:4, 367:11
**Boughton's** [1] - 367:8
**Bourgeois** [1] - 349:20
**BOWMAN** [1] - 310:21
**BOX** [4] - 306:24, 308:6, 308:15, 308:23
**box** [12] - 353:24, 354:5, 427:20, 427:21, 427:22, 427:25, 435:2, 435:21, 435:24, 440:5, 441:23, 441:24
**BP** [99] - 306:11, 309:3, 309:4, 309:4, 313:13, 313:16, 313:25, 315:15, 329:11, 329:12, 329:13, 329:21, 337:12, 343:5, 343:10, 343:11, 346:7, 346:19, 348:18, 352:14, 352:21, 356:14, 356:19, 357:22, 358:1, 358:10, 358:19, 358:25, 359:7, 360:6, 364:2, 364:14, 364:23, 366:15, 368:24, 369:14, 371:2, 373:7, 373:15, 375:25, 389:9, 390:15, 407:17, 412:5, 416:18, 421:6, 422:10, 423:24, 424:4, 426:10, 426:25, 428:5, 428:22, 429:3, 429:12, 430:8, 430:9, 431:2,

432:8, 432:9, 432:11, 432:17, 437:15, 437:23, 438:1, 438:5, 438:8, 438:12, 438:15, 439:21, 440:19, 441:5, 441:18, 442:6, 442:20, 442:24, 443:2, 443:10, 443:19, 444:10, 444:18, 444:20, 445:3, 445:16, 446:1, 446:2, 446:4, 446:8, 446:15, 447:12, 447:17, 447:19, 447:25, 448:16, 448:19, 449:1, 449:2, 449:7
**BP's** [30] - 340:25, 368:13, 368:20, 369:4, 373:13, 375:15, 393:4, 424:23, 426:10, 426:17, 429:5, 430:12, 430:13, 430:20, 431:13, 432:4, 440:16, 441:9, 441:11, 442:9, 442:16, 445:21, 446:20, 446:25, 447:5, 447:11, 448:11, 448:14, 449:1, 449:6
**Brad** [1] - 419:24
**BRAD** [1] - 310:14
**brainstorming** [2] - 372:20, 374:7
**BRANCH** [1] - 308:14
**break** [2] - 323:22, 416:3
**BRENNAN** [1] - 310:9
**Brian** [1] - 419:24
**BRIAN** [7] - 307:4, 310:14, 314:8, 314:12, 314:14, 315:23, 419:24
**BRIDGET** [1] - 309:23
**briefly** [5] - 411:22, 424:11, 425:5, 433:6, 440:14
**bring** [5] - 377:13, 390:6, 397:4, 398:1, 398:2
**bringing** [1] - 340:9
**BROAD** [1] - 307:15
**BROADWAY** [1] - 307:8
**Brock** [3] - 421:6, 445:12, 445:16

**BROCK** [13] - 309:22, 419:19, 421:4, 421:6, 422:12, 423:15, 428:7, 428:18, 429:22, 430:25, 436:5, 445:18, 449:14
**broken** [1] - 369:25
**brought** [1] - 362:2
**Brown** [1] - 353:14
**BRUCE** [1] - 310:21
**bubble** [2] - 326:3, 328:18
**bubbling** [4] - 318:18, 382:22, 382:25, 383:5
**budgeted** [2] - 448:16, 448:20
**buff** [1] - 352:7
**buffer** [4] - 325:25, 326:7, 326:8, 326:12
**build** [2] - 360:19, 392:18
**building** [7] - 330:6, 351:15, 360:16, 361:18, 362:5, 416:24, 448:17
**builds** [1] - 362:13
**built** [1] - 348:22
**bullet** [5] - 392:14, 395:8, 408:10, 409:8, 409:11
**bunch** [4] - 350:11, 354:16, 356:6, 412:20
**BURLING** [1] - 309:22
**burning** [1] - 373:3
**bush** [2] - 447:10, 447:14
**busy** [1] - 354:19
**button** [1] - 338:11
**buy** [1] - 417:1
**BY** [62] - 306:4, 306:19, 306:23, 307:4, 307:7, 307:11, 307:14, 307:18, 307:22, 308:4, 308:9, 308:14, 308:19, 309:5, 309:9, 309:15, 309:18, 309:22, 310:6, 310:10, 310:13, 310:20, 311:3, 311:9, 311:13, 311:21, 311:22, 312:6, 312:7, 312:8, 312:12, 312:13, 317:9, 319:6, 321:1, 322:17, 333:14,

343:22, 351:24,
352:20, 354:13,
356:9, 359:5,
360:15, 363:2,
363:23, 378:22,
388:1, 389:18,
404:19, 416:4,
417:22, 422:16,
423:21, 425:4,
426:9, 426:16,
428:21, 430:7,
431:12, 436:12,
445:20

# C

**C4** [1] - 430:9
**CA** [2] - 309:16,
310:16
**calculate** [1] - 438:15
**CALDWELL** [1] -
308:4
**calendar** [4] - 330:9,
341:1, 341:2
**call-outs** [1] - 403:2
**CALLED** [1] - 313:4
**Cameron** [29] - 318:2,
318:8, 318:10,
318:11, 321:8,
329:12, 331:19,
345:19, 345:22,
349:21, 354:8,
359:6, 359:16,
359:21, 364:23,
365:7, 367:23,
368:1, 368:3, 368:5,
371:1, 373:16,
382:7, 382:11,
399:22, 400:1,
414:22, 416:23,
420:3
**CAMP** [1] - 308:10
**cannot** [2] - 340:4,
356:14
**Cap** [3] - 341:4, 394:9,
394:15
**cap** [6] - 329:18,
334:21, 351:5,
351:9, 371:13, 436:2
**capability** [2] - 340:9,
442:25
**capacity** [6] - 321:20,
334:6, 334:8,
334:14, 340:5,
342:11
**CAPITOL** [1] - 307:18
**capped** [2] - 435:13,
436:2
**Capping** [68] - 329:9,

329:10, 329:14,
339:6, 341:7,
356:19, 363:16,
364:17, 364:19,
364:24, 365:8,
365:16, 365:20,
365:23, 366:7,
366:16, 366:19,
366:24, 367:14,
367:17, 367:24,
368:6, 368:9,
368:17, 368:20,
369:5, 369:6,
369:10, 369:13,
369:19, 369:25,
370:4, 370:6,
370:15, 371:5,
371:12, 371:20,
372:8, 372:11,
374:23, 375:2,
375:4, 375:9,
375:16, 376:24,
377:24, 378:5,
378:23, 378:25,
380:2, 385:12,
386:18, 395:18,
397:14, 399:7,
399:20, 400:10,
400:24, 401:2,
401:3, 401:9,
401:22, 401:25,
402:4, 402:5, 402:7,
402:18, 446:20
**capping** [89] - 329:17,
338:18, 346:23,
350:4, 351:11,
351:13, 352:2,
353:8, 353:12,
356:23, 357:23,
359:8, 359:12,
359:18, 359:22,
359:24, 360:2,
362:6, 362:9,
362:16, 364:12,
364:21, 366:3,
369:17, 371:7,
371:8, 371:17,
372:16, 372:20,
372:23, 373:7,
373:13, 373:19,
374:6, 374:14,
374:22, 375:12,
376:9, 376:14,
376:22, 377:1,
377:6, 377:24,
377:25, 378:6,
379:11, 380:19,
380:22, 387:14,
388:11, 388:17,
393:12, 400:11,
400:15, 400:16,

400:18, 400:23,
401:23, 411:22,
412:13, 412:14,
412:18, 412:21,
412:22, 413:6,
413:9, 413:15,
413:18, 414:10,
414:12, 414:15,
414:20, 415:3,
415:7, 415:15,
416:7, 416:24,
420:4, 433:19,
434:7, 435:25,
436:7, 436:11,
438:3, 438:11,
438:12, 438:16,
439:17
**cards** [1] - 406:22
**care** [4] - 344:16,
372:3, 380:9, 381:13
**career** [2] - 317:24,
321:6
**carefully** [1] - 421:23
**Carl** [7] - 425:2, 426:7,
426:14, 432:2,
433:22, 434:8, 446:3
**CARL** [1] - 306:15
**case** [19] - 325:17,
333:7, 333:9,
339:16, 423:2,
423:7, 423:14,
425:13, 426:24,
429:19, 432:16,
440:15, 442:17,
443:1, 444:1, 444:6,
444:15, 447:18,
447:25
**casing** [7] - 324:9,
408:14, 409:1,
409:12, 409:13,
409:15, 410:7,
410:11, 410:17,
410:21, 411:3,
411:7, 411:10,
411:19, 414:2,
416:6, 416:18
**catastrophic** [4] -
422:18, 423:11,
424:15, 435:6
**categories** [1] -
427:18
**category** [4] - 427:15,
427:16, 430:9,
430:24
**CATHY** [1] - 311:17
**Cathy** [2] - 450:3,
450:13
**cathy_Pepper@laed.
uscourts.gov** [1] -
311:20

**Cathy_Pepper@laed
.uscourts.gov** [1] -
450:15
**cavities** [4] - 322:24,
324:11, 328:2,
338:25
**cavity** [10] - 321:16,
322:5, 322:12,
324:9, 324:10,
327:10, 327:16,
327:17, 328:19,
349:3
**CCR** [2] - 311:17,
450:13
**center** [4] - 354:17,
415:16, 425:19,
425:20
**centered** [1] - 344:3
**CENTRE** [1] - 310:6
**CEO** [2] - 441:18,
449:1
**CERNICH** [1] - 308:20
**certain** [3] - 326:16,
373:3
**certainly** [4] - 373:11,
422:5, 422:6, 422:9
**certainty** [1] - 427:6
**CERTIFICATE** [1] -
450:1
**certification** [1] -
443:2
**certifications** [1] -
416:22
**CERTIFIED** [1] -
311:17
**Certified** [3] - 450:3,
450:4, 450:13
**certified** [1] - 317:19
**certify** [4] - 442:20,
442:24, 446:4, 450:7
**chain** [2] - 353:14,
358:8
**CHAKERES** [1] -
308:20
**challenge** [1] - 347:10
**chance** [3] - 314:9,
405:10, 427:2
**change** [9] - 324:20,
325:2, 326:1, 326:8,
326:11, 338:24,
356:14, 400:11,
413:5
**changed** [1] - 422:23
**changes** [6] - 356:16,
356:20, 356:21,
356:24, 356:25,
358:4
**changing** [1] - 326:5
**characteristics** [1] -
429:16

**Cathy_Pepper@laed
.uscourts.gov** [1] -
450:15
**charge** [5] - 329:20,
344:12, 344:13,
387:1, 387:3
**charged** [1] - 386:21
**CHARLES** [1] - 307:15
**Charles** [2] - 359:7,
359:14
**chart** [10] - 344:22,
401:15, 401:16,
401:17, 402:1,
402:2, 402:24,
404:1, 404:5
**charts** [6] - 401:14,
402:1, 402:4, 402:7,
402:11, 402:17
**check** [3] - 345:19,
345:21, 406:23
**checks** [1] - 337:23
**cheese** [1] - 334:15
**Chevron** [1] - 412:9
**CHICAGO** [1] - 309:12
**Chinese** [1] - 319:3
**choke** [35] - 326:2,
326:4, 327:1, 327:3,
327:4, 327:5, 327:6,
346:8, 346:13,
346:24, 347:1,
347:2, 347:12,
347:19, 347:23,
348:5, 348:6, 348:9,
348:14, 348:18,
350:13, 351:4,
351:9, 351:17,
354:24, 355:1,
355:2, 355:5, 355:6,
355:20, 363:10,
363:13, 381:22
**chokes** [1] - 348:24
**Chris** [1] - 357:22
**Christmas** [1] -
355:17
**circle** [2] - 322:1,
361:23
**circular** [1] - 321:25
**circulate** [2] - 326:3,
328:16
**circulated** [1] - 313:18
**cited** [1] - 423:7
**citizens** [1] - 440:23
**CITY** [1] - 307:8
**CIVIL** [1] - 308:14
**CIW** [2] - 345:19,
354:5
**clamp** [1] - 354:8
**Class** [1] - 413:25
**class** [3] - 413:25,
414:1, 414:3
**clear** [8] - 314:22,
320:13, 330:4,
338:15, 347:1,

354:15, 356:8, 377:17
**clearly** [1] - 435:2
**Clerk** [2] - 317:2, 420:24
**CLERK** [7] - 313:7, 316:20, 317:3, 419:3, 419:5, 420:17, 420:25
**clip** [2] - 420:8, 420:10
**CLIP**.............. [1] - 312:10
**CLIP**................. [1] - 312:9
**clips** [2] - 314:9, 420:1
**clock** [2] - 362:25
**close** [13] - 324:18, 338:11, 340:16, 358:15, 364:6, 369:5, 370:7, 409:1, 409:13, 409:15, 409:17, 430:18, 444:23
**closed** [6] - 325:19, 325:20, 328:17, 328:20, 333:6, 338:13
**Closeout** [1] - 390:18
**closes** [1] - 324:7
**closing** [1] - 408:14
**Coast** [1] - 360:6
**Coflex** [1] - 348:14
**Coflexip** [3] - 348:23, 349:4, 349:8
**cold** [1] - 339:21
**collaborative** [1] - 365:17
**collapse** [3] - 332:23, 332:24, 333:23
**colleagues** [1] - 388:19
**collect** [1] - 383:16
**collecting** [1] - 339:13
**collection** [5] - 340:12, 383:16, 383:22, 384:6, 399:10
**collet** [6] - 349:6, 349:15, 354:9, 360:21, 363:11, 384:17
**collets** [1] - 331:20
**Collier** [2] - 313:24, 364:1
**COLLIER** [17] - 309:10, 313:24, 333:10, 343:16, 351:20, 352:17, 359:3, 362:4, 362:12, 363:22,

363:23, 378:22, 388:1, 389:18, 404:19, 415:23, 417:12
**COLLIER**................ . [1] - 312:7
**combination** [1] - 426:1
**coming** [11] - 326:5, 332:16, 333:3, 334:13, 337:20, 338:5, 353:25, 355:14, 355:15, 394:15, 412:18
**Command** [2] - 376:18, 405:7
**commence** [1] - 445:22
**comment** [1] - 427:25
**commercial** [1] - 428:3
**common** [6] - 332:3, 332:4, 389:8, 389:9, 389:11, 389:20
**communicates** [1] - 393:4
**communication** [1] - 327:12
**companies** [5] - 323:7, 412:1, 412:3, 412:8, 412:13
**COMPANY** [2] - 309:4, 311:8
**Company** [1] - 319:3
**company** [2] - 412:12, 445:2
**comparable** [1] - 447:3
**comparison** [1] - 426:23
**COMPLAINT** [1] - 306:7
**complete** [5] - 346:15, 352:23, 359:12, 407:14, 429:18
**completed** [6] - 359:21, 384:12, 393:25, 401:18, 403:15, 407:24
**completely** [5] - 318:17, 318:20, 333:22, 399:14, 400:8
**completion** [2] - 357:15, 359:23
**complexity** [1] - 379:10
**complicated** [1] - 334:10
**component** [4] -

321:3, 322:24, 323:4, 331:25
**components** [2] - 319:11, 331:6
**compression** [1] - 322:6
**COMPUTER** [1] - 311:22
**concept** [1] - 388:22
**concern** [6] - 332:14, 339:13, 346:20, 380:5, 380:11, 395:13
**concerned** [2] - 315:7, 380:8
**concerns** [4] - 380:1, 395:3, 395:6, 395:19
**conclude** [3] - 436:13, 436:14, 445:8
**concluded** [2] - 439:4, 445:11
**conclusion** [2] - 429:8, 430:22
**concurrently** [1] - 356:23
**condition** [2] - 337:24, 444:21
**conditions** [1] - 431:18
**conducted** [8] - 384:23, 384:25, 388:16, 390:4, 391:1, 395:1, 405:24, 414:18
**conducting** [4] - 389:11, 393:21, 404:14, 406:14
**Conference** [2] - 438:20, 440:4
**conference** [7] - 347:7, 368:16, 369:6, 421:15, 438:20, 439:1, 439:9
**configuration** [2] - 323:13, 352:4
**configured** [1] - 363:4
**confines** [1] - 423:11
**confirm** [2] - 392:17, 409:5
**connect** [7] - 323:8, 332:6, 346:14, 348:24, 349:4, 349:9, 354:23
**connected** [4] - 328:12, 347:17, 349:8, 363:10
**connecter** [1] - 345:16
**connecting** [7] - 325:24, 326:25, 327:5, 339:8,

355:16, 414:10, 415:3
**connection** [7] - 316:6, 323:17, 326:17, 349:16, 361:21, 361:22, 413:18
**connections** [1] - 323:23
**connector** [31] - 319:13, 319:14, 319:15, 319:22, 319:24, 321:4, 321:17, 321:18, 321:21, 321:22, 321:23, 323:6, 331:17, 331:20, 331:22, 331:24, 332:5, 337:6, 338:9, 342:20, 343:7, 345:16, 345:18, 345:23, 349:6, 349:15, 354:9, 360:21, 363:11, 384:17, 386:10
**connectors** [2] - 318:5, 344:17
**consensus** [1] - 443:24
**consent** [1] - 419:16
**consequence** [5] - 427:16, 429:21, 430:19, 430:20, 430:21
**consequences** [12] - 425:12, 426:2, 427:9, 427:10, 427:13, 427:17, 427:19, 429:17, 430:17, 431:20, 433:14, 435:4
**consider** [9] - 387:10, 389:5, 389:6, 389:16, 394:7, 434:21, 438:23, 441:3, 441:5
**consideration** [1] - 395:12
**considerations** [2] - 396:19, 396:24
**considered** [9] - 377:5, 377:12, 378:17, 383:13, 389:4, 411:8, 441:7, 443:19, 444:22
**considering** [2] - 346:23, 397:7
**consistent** [3] - 352:5, 403:10, 428:10
**consistently** [1] -

448:19
**construction** [1] - 349:11
**contacted** [1] - 318:11
**contain** [2] - 423:6, 442:15
**containing** [1] - 423:1
**containment** [2] - 424:6, 434:17
**Containment** [2] - 402:14, 437:19
**context** [4] - 424:12, 425:16, 425:23, 426:21
**Contingency** [1] - 434:10
**contingency** [1] - 439:2
**continue** [2] - 412:5, 431:9
**continued** [3] - 370:7, 397:18, 401:10
**CONTINUED** [5] - 307:1, 308:1, 309:1, 310:1, 311:1
**continues** [1] - 359:6
**continuing** [1] - 352:18
**contractor** [2] - 424:2, 439:20
**contractor-owned** [1] - 424:2
**contractors** [1] - 329:13
**Contractors** [1] - 437:1
**control** [54] - 317:13, 318:13, 320:17, 328:15, 329:1, 331:3, 338:16, 338:19, 350:14, 355:20, 359:19, 368:2, 368:3, 410:18, 424:1, 424:5, 432:9, 432:11, 432:18, 432:19, 433:7, 434:6, 434:14, 437:16, 438:9, 438:13, 439:16, 439:21, 439:25, 440:19, 441:1, 441:6, 441:7, 441:12, 441:13, 441:15, 441:19, 441:22, 442:9, 443:19, 445:2, 445:24, 446:10, 446:17, 446:22, 447:2, 447:7,

447:11, 447:20, 448:1, 448:14, 448:18, 449:3, 449:8
**Control** [16] - 364:24, 365:1, 371:1, 373:16, 374:1, 397:16, 397:24, 398:12, 398:15, 398:19, 399:22, 400:1, 432:25, 437:1, 437:14, 439:14
**controllable** [1] - 350:14
**controlling** [1] - 445:25
**conversed** [1] - 414:22
**copied** [1] - 376:11
**copy** [2] - 327:25, 354:2
**copying** [1] - 359:16
**COREY** [1] - 307:22
**corner** [4] - 354:15, 356:5, 356:7, 402:21
**corporate** [2] - 447:11, 449:6
**CORPORATION** [1] - 311:7
**Correct** [1] - 442:14
**correct** [210] - 314:14, 314:19, 314:21, 320:14, 322:18, 329:5, 330:6, 330:7, 330:18, 330:19, 333:5, 342:24, 348:12, 359:25, 363:5, 364:4, 364:9, 364:13, 364:17, 364:21, 364:22, 364:24, 365:2, 365:5, 365:9, 366:4, 366:10, 366:11, 366:12, 366:16, 366:17, 367:2, 367:5, 367:9, 367:12, 367:17, 368:4, 368:6, 368:10, 368:14, 368:18, 368:21, 369:3, 369:5, 369:8, 369:11, 369:12, 369:14, 369:20, 370:3, 370:12, 370:21, 371:3, 371:8, 371:13, 372:6, 372:9, 372:20, 372:21, 372:24, 374:24, 375:13, 376:10,

376:15, 377:2, 377:15, 377:18, 377:21, 378:1, 378:15, 379:6, 379:11, 379:23, 380:13, 381:7, 381:11, 381:20, 381:23, 382:4, 382:7, 382:9, 382:13, 382:14, 382:16, 382:20, 382:24, 383:3, 383:10, 383:13, 383:17, 383:18, 384:1, 384:6, 384:9, 384:13, 385:14, 385:18, 385:24, 386:3, 386:8, 386:19, 386:23, 387:4, 387:5, 387:9, 388:7, 388:11, 388:14, 388:25, 389:8, 389:20, 389:23, 390:13, 391:2, 391:3, 391:15, 391:18, 391:22, 392:7, 392:23, 393:8, 393:9, 393:22, 393:23, 394:1, 394:4, 394:8, 395:1, 395:4, 395:14, 396:8, 396:12, 396:23, 397:12, 397:24, 397:25, 398:6, 398:9, 398:10, 398:20, 398:23, 399:1, 399:4, 399:7, 399:8, 399:10, 399:14, 399:18, 399:22, 400:16, 401:4, 401:14, 401:21, 401:24, 402:5, 402:7, 402:25, 404:2, 404:15, 404:16, 404:22, 405:2, 405:5, 405:8, 405:18, 406:8, 406:11, 406:20, 407:1, 407:5, 407:16, 407:19, 407:22, 408:5, 408:8, 408:19, 409:23, 410:1, 410:15, 411:1, 411:10, 411:21, 411:23, 412:1, 412:10, 412:15, 412:25, 413:11, 413:22, 414:21,

415:8, 415:12, 415:15, 415:17, 415:21, 418:23, 419:9, 421:16, 429:7, 435:17, 435:23, 437:12, 438:7, 442:13, 444:3, 444:9, 448:12, 448:23, 448:24, 450:7
**corrected** [1] - 357:20
**correctly** [4] - 338:6, 408:16, 409:1, 409:19
**cost** [6] - 425:14, 429:24, 430:20, 430:21, 430:23, 443:6
**cost-benefit** [1] - 443:6
**counsel** [4] - 362:12, 418:13, 418:17, 419:16
**couple** [13] - 323:24, 327:7, 366:7, 372:8, 372:17, 372:22, 372:25, 373:2, 373:5, 373:6, 373:8, 373:10, 448:7
**course** [1] - 422:9
**court** [1] - 315:25
**COURT** [56] - 306:1, 311:17, 313:4, 313:8, 313:10, 313:20, 314:4, 314:10, 314:13, 314:15, 315:6, 315:18, 315:21, 316:2, 316:11, 316:15, 333:13, 343:18, 351:22, 352:18, 356:7, 359:4, 362:8, 362:18, 362:25, 363:21, 378:16, 387:17, 387:22, 389:13, 416:2, 417:14, 419:1, 419:6, 419:11, 419:14, 419:18, 419:21, 419:23, 420:6, 420:11, 420:13, 420:16, 421:5, 421:12, 421:17, 422:7, 422:13, 423:17, 428:14, 430:4, 431:4, 431:9, 436:10, 449:12, 449:15

**Court** [16] - 327:6, 336:12, 339:15, 416:13, 418:18, 419:4, 424:12, 425:6, 427:21, 443:3, 449:17, 450:4, 450:5, 450:6, 450:14, 450:15
**courtroom** [1] - 445:12
**cover** [1] - 391:4
**covered** [1] - 323:5
**COVINGTON** [1] - 309:22
**crafted** [1] - 421:23
**create** [2] - 319:7, 381:23
**created** [3] - 380:6, 382:3, 402:18
**CROSS** [3] - 308:21, 312:7, 363:23
**cross** [7] - 314:1, 354:22, 364:2, 387:22, 389:14, 422:5, 449:13
**CROSS-EXAMINATION** [2] - 312:7, 363:23
**cross-examination** [5] - 314:1, 364:2, 387:22, 422:5, 449:13
**cross-examining** [1] - 389:14
**CRR** [2] - 311:17, 450:13
**crude** [1] - 332:25
**cup** [1] - 361:3
**current** [2] - 409:16, 439:2
**Curtis** [2] - 359:7, 359:14
**Curtis's** [1] - 360:1
**customer** [1] - 417:2
**cut** [15] - 318:14, 324:19, 332:12, 332:19, 333:7, 333:15, 334:5, 335:15, 337:16, 342:1, 342:5, 342:6, 342:12, 414:2, 415:11
**cut-ins** [1] - 333:15
**cutter** [2] - 337:14, 337:19
**cutting** [4] - 334:13, 334:15, 335:19, 337:20
**CV1** [1] - 355:21
**cylinders** [1] - 319:25

**D**

**D-20021** [1] - 425:2
**D-20022** [1] - 426:7
**D-20023** [3] - 426:14, 426:20, 427:20
**D-20025** [1] - 432:7
**D-20026** [1] - 433:22
**D-20027** [1] - 434:1
**D-20028** [1] - 434:8
**D-20029** [1] - 434:20
**D-20030** [1] - 434:24
**D-20031** [1] - 435:7
**D-20032** [1] - 435:15
**D-20033** [1] - 436:24
**D-20034** [1] - 437:7
**D-20035** [1] - 437:13
**D-20036** [1] - 437:18
**D-20037** [1] - 438:4
**D-20038** [1] - 438:18
**D-20039** [1] - 439:12
**D-20040** [1] - 439:18
**D-20041** [1] - 440:3
**D-20042** [1] - 440:18
**D-20043** [2] - 440:25, 446:3
**D-20044** [1] - 441:8
**D-20045** [1] - 441:16
**D-20046** [1] - 442:8
**D-20047** [1] - 442:19
**D-20048** [1] - 443:13
**D-20049** [1] - 444:4
**D-20050** [1] - 444:17
**D-20051** [1] - 445:1
**D-20052** [1] - 446:14
**D-20053** [1] - 446:19
**D-20054** [1] - 446:24
**D-20055** [1] - 447:4
**D-20056** [1] - 447:9
**D-20057** [1] - 448:10
**D-20058** [1] - 448:25
**D-23767-1** [1] - 377:13
**D-25010** [1] - 335:4
**D-250233** [1] - 327:15
**D-25023A** [1] - 347:20
**D-25024** [1] - 327:21
**D-25025** [3] - 347:20, 349:24, 354:12
**D-25027** [1] - 334:18
**D-2506** [1] - 360:19
**D20021** [3] - 426:22, 432:2, 432:5
**D20024** [1] - 431:25
**daily** [9] - 369:13, 369:19, 370:1, 370:10, 406:11, 406:14, 406:18, 408:2, 408:11

**DALLAS** [1] - 310:23
**damage** [1] - 427:12
**date** [11] - 345:1, 345:2, 357:10, 357:11, 358:1, 359:23, 403:23, 405:1, 407:10, 418:4
**dated** [4] - 357:22, 359:16, 390:10, 398:3
**dates** [2] - 383:19, 383:21
**Daubert** [2] - 421:6, 422:8
**Dave** [1] - 367:23
**DAVID** [2] - 312:10, 420:10
**David** [3] - 359:6, 359:16, 420:3
**DAVIS** [1] - 310:15
**DAVIS-DENNY** [1] - 310:15
**DAY** [1] - 306:14
**day-to-day** [1] - 389:2
**days** [28] - 340:18, 341:22, 349:23, 350:18, 350:21, 352:6, 352:25, 357:6, 360:7, 369:22, 372:9, 372:17, 372:19, 372:23, 372:25, 373:1, 373:2, 373:5, 373:6, 373:8, 373:10, 373:12, 388:5, 400:4, 417:10, 417:20, 429:18
**DC** [5] - 308:15, 308:24, 309:20, 309:24, 311:14
**DD** [56] - 319:15, 327:25, 330:13, 330:15, 332:15, 341:4, 341:10, 341:18, 341:22, 342:22, 343:5, 343:25, 346:8, 346:9, 346:14, 347:8, 350:13, 351:1, 351:5, 351:9, 351:12, 352:1, 353:8, 353:12, 353:24, 353:25, 356:22, 357:3, 358:16, 361:12, 379:1, 379:19, 383:8, 391:17, 398:14, 404:7, 405:1, 405:14,

405:24, 406:8, 406:15, 406:20, 406:25, 407:11, 407:15, 407:22, 408:7, 409:23, 409:25, 410:4, 410:13, 411:8, 411:19, 416:6
**DEA** [2] - 434:15, 438:23
**DEA-63** [19] - 433:1, 433:6, 433:8, 433:13, 433:16, 433:23, 434:2, 434:5, 434:9, 434:21, 434:25, 435:4, 435:8, 435:17, 436:13, 437:5, 437:9, 437:11, 438:21
**Deadman** [10] - 405:21, 406:23, 406:25, 408:11, 408:19, 409:3, 409:4, 409:5, 409:21, 409:22
**deal** [1] - 393:11
**dealing** [5] - 365:4, 375:11, 383:2, 389:2, 416:15
**deals** [1] - 421:24
**Dean** [3] - 367:16, 375:11, 375:7
**DEBORAH** [1] - 311:9
**debris** [2] - 335:15, 335:16
**decade** [2] - 436:18, 444:10
**decided** [5] - 348:17, 358:10, 405:9, 412:24, 413:3
**deciding** [1] - 377:6
**decision** [9] - 320:17, 330:5, 340:22, 340:24, 340:25, 358:17, 377:9, 387:7, 428:3
**decision-making** [3] - 320:17, 330:5, 428:3
**decisions** [2] - 376:25, 387:25
**deck** [1] - 392:3
**decreasing** [1] - 427:18
**deemed** [2] - 346:16, 346:17
**deeper** [2] - 435:1
**DEEPWATER** [3] - 306:4, 310:4, 310:5
**Deepwater** [17] -

332:6, 333:2, 335:1, 339:1, 364:4, 366:3, 377:18, 377:21, 379:2, 380:3, 383:3, 383:9, 386:8, 386:14, 437:1, 437:14, 437:20
**deepwater** [21] - 412:14, 424:1, 429:14, 432:18, 432:20, 433:10, 433:24, 434:5, 434:21, 436:19, 437:15, 442:6, 442:15, 445:21, 446:5, 446:9, 446:17, 446:21, 447:1, 447:6, 447:13
**defined** [1] - 425:17
**degasser** [1] - 326:4
**degree** [2] - 317:15, 349:18
**degrees** [1] - 354:4
**delay** [3] - 341:24, 356:25, 357:5
**demonstrate** [1] - 362:8
**demonstrative** [1] - 334:17
**demonstratives** [1] - 316:6
**DENNY** [1] - 310:15
**deny** [2] - 422:7, 422:8
**DEPARTMENT** [2] - 308:13, 308:17
**depict** [1] - 425:11
**depicted** [2] - 425:16, 431:25
**depiction** [3] - 377:15, 379:4, 437:8
**depicts** [2] - 425:12, 435:18
**deployed** [3] - 340:17, 384:8, 408:13
**deploying** [3] - 359:8, 385:13, 385:17
**deployment** [2] - 356:25, 409:3
**DEPOSITION** [2] - 312:9, 312:10
**deposition** [5] - 314:9, 315:6, 420:8, 420:10, 436:6
**depositions** [1] - 314:17
**depth** [3] - 332:23, 333:22, 434:3
**depths** [1] - 438:24
**DEPUTY** [7] - 313:7, 316:20, 317:3,

419:3, 419:5, 420:17, 420:25
**describe** [3] - 382:22, 424:11, 425:5
**described** [4] - 343:8, 370:20, 384:16, 416:25
**describes** [1] - 435:8
**description** [1] - 437:4
**design** [12] - 318:3, 321:9, 342:8, 342:10, 342:13, 349:11, 396:5, 398:20, 400:11, 403:18, 436:7
**designated** [1] - 314:17
**designations** [1] - 315:7
**designed** [6] - 320:7, 320:9, 329:4, 346:24, 399:12, 400:24
**designer** [2] - 375:8, 398:16
**designing** [1] - 448:21
**designs** [1] - 400:11
**detail** [2] - 417:10, 429:10
**detailed** [1] - 315:3
**details** [6] - 370:23, 375:6, 375:9, 402:3, 414:13, 417:6
**determination** [1] - 387:12
**determine** [1] - 443:9
**determined** [2] - 318:23, 318:24
**develop** [5] - 364:20, 374:6, 394:11, 415:19, 434:9
**developed** [11] - 377:24, 396:7, 397:15, 399:6, 400:18, 413:14, 414:14, 431:22, 434:11, 434:12, 440:2
**developing** [4] - 391:21, 395:22, 413:17, 432:19
**development** [2] - 448:1, 448:6
**Development** [3] - 341:8, 341:14, 342:2
**device** [4] - 332:9, 347:2, 414:14, 435:13
**devices** [3] - 326:21, 357:1, 438:16

**DEXTER** [1] - 307:23
**diagnosis** [1] - 354:16
**diagnostic** [1] - 409:14
**diagram** [1] - 353:19
**diameter** [4] - 320:6, 322:1, 323:10, 361:24
**DID** [1] - 438:14
**difference** [2] - 324:12, 430:18
**different** [17] - 341:10, 341:12, 342:2, 342:4, 342:13, 347:3, 348:21, 354:6, 363:6, 365:10, 365:11, 403:13, 411:25, 412:3, 430:16, 439:14, 448:22
**difficult** [2] - 344:23, 363:13
**diligent** [1] - 433:17
**dimensioned** [1] - 425:13
**DIRE** [2] - 312:12, 422:16
**DIRECT** [4] - 312:6, 312:13, 317:9, 423:21
**direct** [11] - 364:11, 364:16, 371:20, 381:3, 382:6, 382:22, 383:11, 387:19, 387:20, 401:13, 404:2
**direction** [7] - 325:1, 326:1, 326:5, 326:9, 348:21, 355:2, 427:9
**directions** [1] - 326:11
**directly** [1] - 429:16
**Director** [1] - 442:2
**disabled** [1] - 435:9
**disagree** [1] - 430:13
**discharge** [2] - 429:19, 443:1
**disconnected** [2] - 319:1, 382:13
**Discoverer** [19] - 378:24, 379:1, 380:23, 383:8, 383:12, 383:15, 383:20, 383:22, 384:4, 384:8, 384:19, 384:23, 385:1, 385:4, 385:8, 385:9, 388:5, 399:7, 399:9
**discuss** [3] - 343:6, 347:8, 373:13

discussed [20] - 372:18, 373:7, 373:18, 374:10, 374:17, 378:19, 380:4, 381:21, 381:25, 382:6, 386:25, 388:9, 394:3, 394:9, 399:3, 399:8, 401:13, 403:16, 411:22, 412:13
discussing [1] - 378:23
discussion [5] - 320:20, 375:15, 416:5, 418:8, 418:9
discussions [6] - 370:8, 372:19, 373:21, 378:25, 382:15, 386:24
dispersant [1] - 395:16
disregard [1] - 424:6
distance [2] - 335:11, 336:18
distributed [2] - 314:2, 448:20
DISTRICT [3] - 306:1, 306:1, 306:15
District [3] - 450:6, 450:15
divides [1] - 425:25
DIVISION [2] - 308:14, 308:18
DOCKET [3] - 306:4, 306:7, 306:10
document [5] - 429:6, 430:2, 433:8, 438:8, 438:12
documentation [1] - 429:11
documented [2] - 429:10, 430:11
documents [4] - 443:18, 444:14, 447:19, 447:25
dollar [1] - 431:5
dollars [2] - 425:14, 449:4
DOMENGEAUX [1] - 306:22
DON [1] - 309:5
DONALD [1] - 310:20
done [21] - 323:21, 323:22, 330:2, 331:15, 332:25, 344:6, 345:9, 363:15, 375:5, 379:24, 391:21, 393:14, 394:16,

395:7, 406:7, 407:25, 413:20, 416:13, 416:19, 438:21, 440:9
doors [1] - 324:22
dot [1] - 429:5
double [12] - 322:23, 323:1, 325:7, 327:16, 328:12, 347:16, 348:9, 349:2, 352:3, 362:1, 362:3
double-block [3] - 347:16, 348:9, 349:2
doubles [2] - 321:15, 341:13
DOUGLAS [1] - 308:9
down [27] - 321:2, 321:17, 326:11, 332:9, 338:7, 338:9, 338:13, 339:11, 344:10, 345:18, 349:21, 351:3, 353:13, 355:19, 362:2, 374:16, 374:21, 392:14, 393:3, 393:12, 395:8, 403:19, 408:10, 408:24, 411:6, 411:15, 430:1
downhole [1] - 400:13
DOYEN [5] - 310:13, 314:19, 315:2, 315:20, 315:25
Doyen [1] - 316:1
Dr [25] - 313:18, 420:14, 421:7, 421:23, 422:17, 423:10, 423:13, 423:22, 424:11, 427:20, 428:5, 428:7, 428:22, 429:23, 431:13, 431:25, 432:13, 433:23, 436:6, 436:13, 439:24, 440:13, 441:21, 442:23, 447:16
Draft [1] - 402:22
draw [2] - 356:17, 397:1
drawing [4] - 332:25, 353:10, 354:19, 409:16
drawn [1] - 355:10
drill [13] - 335:24, 336:9, 336:12, 336:19, 336:21, 337:10, 337:13, 337:16, 337:20,

337:21, 348:3, 410:16, 412:5
drilled [6] - 322:1, 411:25, 412:8, 424:1, 434:2, 447:14
Driller [3] - 341:8, 341:14, 342:2
Drilling [8] - 318:11, 319:2, 424:2, 429:20, 432:8, 432:25, 437:1, 438:20
DRILLING [1] - 310:4
drilling [9] - 410:25, 426:10, 433:10, 434:25, 438:24, 439:1, 439:20, 439:21, 445:23
drillship [1] - 335:9
drive [1] - 431:18
driven [1] - 444:22
dropping [1] - 333:1
dual [2] - 351:4, 351:9
due [2] - 326:8, 433:14
duly [2] - 317:1, 420:23
during [16] - 314:1, 340:11, 356:23, 368:19, 369:16, 370:6, 370:10, 373:9, 373:18, 380:12, 386:17, 386:22, 393:1, 394:6, 401:13, 416:23
DWH [1] - 346:10

# E

E&I [1] - 412:9
E&P [1] - 311:8
e-mail [26] - 334:20, 334:22, 335:4, 335:6, 337:12, 343:1, 343:24, 346:3, 347:6, 350:8, 350:25, 353:3, 357:22, 358:7, 358:8, 359:6, 359:14, 390:7, 390:12, 390:21, 391:4, 391:5, 392:4, 398:5, 398:14, 403:13
e-mails [1] - 353:13
early [9] - 332:10, 339:6, 364:20, 368:22, 369:21, 379:12, 414:8,

432:14
EAST [1] - 307:18
Eastern [1] - 450:6
EASTERN [1] - 306:1
easy [2] - 381:2, 381:13
EDWARDS [1] - 306:22
effective [1] - 431:21
effort [2] - 394:7, 420:2
efforts [2] - 372:22, 381:15
eight [2] - 324:23, 427:5
EISERT [1] - 309:19
either [8] - 330:15, 353:11, 354:24, 372:15, 375:12, 376:9, 409:14, 428:2
elastomers [1] - 325:2
eliminated [1] - 340:19
ELLIS [3] - 309:9, 309:14, 309:18
ELM [1] - 310:23
ELMO [1] - 445:15
elsewhere [1] - 327:9
embedded [2] - 368:13, 368:19
employee [6] - 366:11, 366:18, 366:23, 367:16, 367:23, 420:2
employees [9] - 365:7, 365:19, 365:22, 365:24, 366:6, 368:8, 368:13, 370:11, 398:8
employs [1] - 439:21
encounter [2] - 363:17, 436:23
encountering [1] - 436:19
end [19] - 325:23, 326:7, 332:13, 332:17, 336:2, 337:19, 347:23, 352:12, 352:13, 352:16, 354:7, 373:9, 397:18, 401:11, 405:17, 405:19, 407:6, 420:11, 430:11
ended [1] - 377:8
ending [1] - 315:19
ENERGY [2] - 310:6, 310:19
Energy [2] - 439:19,

439:20
ENFORCEMENT [1] - 308:18
engage [1] - 331:18
ENGEL [1] - 308:21
engineer [3] - 317:17, 370:22, 378:6
Engineer [1] - 317:20
engineered [2] - 378:12, 378:13
Engineering [8] - 345:8, 385:7, 405:23, 406:4, 406:7, 445:2, 445:5, 445:8
engineering [19] - 317:13, 317:16, 333:24, 334:10, 344:25, 345:6, 363:17, 365:4, 365:24, 366:21, 366:22, 367:1, 367:21, 368:1, 378:25, 379:25, 380:14, 393:20, 414:23
engineering's [1] - 379:14
Engineers [2] - 433:1, 438:19
engineers [4] - 364:23, 388:25, 399:21, 444:20
ensuring [1] - 440:23
Enterprise [52] - 330:13, 330:15, 331:9, 331:10, 331:12, 331:23, 332:11, 332:15, 333:1, 334:25, 335:9, 335:11, 339:1, 339:8, 340:6, 340:17, 340:19, 341:11, 341:13, 341:21, 342:1, 342:3, 342:19, 342:21, 356:22, 358:16, 378:17, 378:24, 379:1, 379:19, 380:23, 383:8, 383:12, 383:15, 383:20, 383:22, 384:4, 384:8, 384:19, 384:23, 385:1, 385:4, 385:8, 385:9, 386:7, 386:13, 385:5, 392:19, 393:2, 399:7, 399:10
enthusiastic [1] -

330:1
**entire** [3] - 317:24,
330:18, 360:2
**entitled** [1] - 450:9
**entry** [4] - 330:11,
408:2, 408:4, 409:10
**ENVIRONMENT** [1] -
308:18
**environment** [1] -
365:17
**environmental** [1] -
427:12
**ENVIRONMENTAL** [1]
- 308:18
**equipment** [11] -
321:10, 350:12,
358:17, 359:19,
361:6, 368:25,
371:12, 372:23,
375:10, 384:12,
388:6
**equipped** [1] - 340:8
**erosion** [1] - 326:8
**ESQ** [49] - 306:19,
306:23, 307:4,
307:7, 307:11,
307:14, 307:18,
307:22, 307:22,
308:9, 308:9,
308:14, 308:19,
308:19, 308:20,
308:20, 308:21,
308:21, 308:22,
308:22, 308:23,
309:5, 309:9,
309:10, 309:10,
309:11, 309:11,
309:15, 309:18,
309:19, 309:22,
309:23, 310:6,
310:10, 310:13,
310:14, 310:14,
310:15, 310:15,
310:20, 310:20,
310:21, 310:21,
310:22, 311:3,
311:4, 311:9,
311:13, 311:13
**essence** [2] - 437:17,
443:23
**essential** [3] - 329:14,
331:4, 440:1
**essentially** [8] -
322:15, 329:18,
346:12, 355:8,
362:10, 432:5,
437:6, 444:1
**establish** [1] - 414:24
**established** [1] -
362:18

estimate [1] - 360:1
**ET** [2] - 306:8, 306:12
**evaluate** [1] - 429:13
**evaluated** [1] - 438:10
**evaluating** [1] -
418:17
**evaluation** [1] -
430:20
**evaluations** [2] -
430:16, 430:17
**event** [9] - 325:12,
325:19, 325:24,
328:15, 333:16,
345:23, 410:18,
434:12, 435:5
**events** [1] - 447:13
**eventually** [7] -
328:20, 329:10,
331:9, 331:10,
358:8, 363:4, 372:11
**everyday** [2] - 389:8,
389:20
**evidence** [3] - 316:10,
423:7, 423:12
**evolves** [1] - 440:10
**exact** [2] - 363:6,
430:1
**exactly** [10] - 334:4,
337:18, 339:19,
340:11, 341:25,
347:3, 349:1,
386:12, 397:20,
416:25
**examination** [11] -
314:1, 316:6, 364:2,
364:11, 381:3,
382:6, 383:11,
387:22, 401:13,
422:5, 449:13
**EXAMINATION** [35] -
312:6, 312:7, 312:8,
312:12, 312:13,
317:9, 319:6, 321:1,
322:17, 333:14,
343:22, 351:24,
352:20, 354:13,
356:9, 359:5,
360:15, 363:2,
363:23, 378:22,
388:1, 389:18,
404:19, 416:4,
417:22, 422:16,
423:21, 425:4,
426:9, 426:16,
428:21, 430:7,
431:12, 436:12,
445:20
**EXAMINATIONS** [1] -
312:3
**examined** [2] - 317:2,

420:24
**examining** [1] -
389:14
**example** [1] - 429:12
**exceed** [1] - 430:23
**except** [1] - 422:7
**excerpt** [1] - 315:4
**excess** [1] - 346:9
**excludes** [1] - 425:14
**execute** [1] - 343:5
**exercise** [1] - 360:17
**exhibit** [3] - 419:8,
419:11, 419:13
**Exhibit** [1] - 357:20
**exhibits** [7] - 313:18,
313:21, 313:25,
314:6, 316:5,
316:13, 423:19
**existence** [1] - 441:22
**expect** [2] - 381:8,
449:12
**expected** [3] - 408:14,
442:6, 442:14
**expenditure** [1] -
448:14
**experience** [8] -
356:19, 366:21,
366:22, 367:2,
367:4, 368:3,
370:22, 399:21
**expert** [7] - 367:8,
391:14, 392:18,
423:1, 423:10,
423:13, 423:17
**Expert** [1] - 429:11
**expertise** [14] - 365:1,
365:4, 365:9,
365:24, 366:2,
366:13, 367:11,
367:21, 368:1,
422:17, 422:20,
436:7, 436:11, 445:3
**experts** [2] - 376:21,
441:3, 445:24
**explain** [2] - 426:20,
427:7
**explained** [1] - 440:5
**explaining** [1] -
362:16
**explains** [1] - 430:2
**explanation** [1] -
358:19
**Exploration** [4] -
442:16, 442:24,
443:11, 449:1
**EXPLORATION** [2] -
306:11, 309:3
**exploration** [1] - 424:1
**Exploration's** [1] -
438:5

exploratory [1] -
429:14
**Exploratory** [1] -
429:19
**exposure** [1] - 425:17
**expressed** [2] -
424:25, 427:10
**expresses** [2] -
427:10, 431:2
**expressing** [1] -
426:24
**extended** [1] - 368:5
**extent** [5] - 343:16,
362:5, 414:9, 422:8,
443:1
**extra** [1] - 341:23

---

# F

**fabrication** [2] -
416:16, 417:16
**face** [3] - 322:2,
433:24, 436:22
**faces** [1] - 322:7
**fact** [10] - 314:24,
367:7, 369:10,
370:17, 375:3,
429:5, 437:11,
439:6, 446:8
**fail** [5] - 325:16,
325:17, 325:18,
325:19, 325:20
**fail-open** [1] - 325:18
**fail-safe** [3] - 325:16,
325:17, 325:19
**failed** [4] - 406:25,
408:19, 409:17,
436:1
**Failsafe** [1] - 347:12
**failsafe** [1] - 347:16
**failure** [4] - 425:8,
426:2, 426:25, 427:5
**failures** [4] - 424:5,
424:18, 424:21,
424:23
**faint** [1] - 336:15
**fair** [1] - 350:1
**fairly** [2] - 334:10,
381:13
**familiar** [3] - 388:22,
389:24, 391:12
**FANNIN** [1] - 310:10
**far** [11] - 315:7,
359:18, 370:13,
375:24, 376:9,
376:12, 382:20,
383:14, 385:19,
400:20, 400:22
**faucet** [1] - 347:4

feasible [2] - 378:17,
418:22
**feedback** [2] - 418:12,
418:19
**feet** [3] - 339:18,
434:3, 438:24
**felt** [2] - 393:5
**fertile** [1] - 422:5
**few** [12] - 341:12,
341:22, 360:7,
369:22, 372:12,
373:1, 373:10,
373:12, 388:5,
400:3, 416:1, 447:10
**field** [1] - 423:18
**FIELDS** [1] - 309:11
**FIFTEENTH** [1] -
309:19
**fifth** [1] - 408:10
**figure** [2] - 419:14,
443:5
**file** [3] - 316:9, 334:21,
335:3
**filed** [3] - 314:16,
314:21, 423:15
**final** [2] - 360:11,
405:20
**finalize** [2] - 403:18,
405:11
**finalized** [3] - 393:8,
393:9, 405:4
**finally** [1] - 348:17
**financial** [2] - 427:14,
430:23
**findings** [1] - 385:3
**fine** [3] - 362:14,
414:7, 428:12
**finger** [1] - 355:3
**finish** [4] - 345:1,
345:2, 358:1, 416:2
**finished** [4] - 340:17,
349:22, 404:4,
414:12
**fire** [1] - 408:25
**FIRM** [1] - 307:10
**first** [29] - 317:1,
318:1, 318:21,
322:12, 331:11,
331:16, 333:16,
346:22, 347:12,
351:6, 358:12,
372:12, 373:25,
383:12, 391:13,
408:14, 409:11,
413:24, 417:25,
420:23, 421:13,
428:17, 429:10,
433:9, 434:17,
439:15, 440:5,
440:22, 440:23

---

**fit** [3] - 328:4, 350:12, 425:15
**Fit** [2] - 426:3, 426:4
**FITCH** [1] - 311:13
**fix** [1] - 409:2
**fixed** [5] - 405:21, 408:21, 408:23, 410:24
**fixes** [1] - 334:21
**FL** [1] - 307:5
**flange** [26] - 321:24, 322:3, 323:17, 323:18, 326:7, 326:8, 326:12, 326:15, 326:16, 326:18, 327:19, 342:5, 361:24, 413:19, 414:1, 414:2, 414:3, 414:10, 415:4, 415:7, 417:9, 417:17
**flanges** [7] - 323:15, 325:21, 325:23, 326:1, 326:13, 417:4
**flaring** [1] - 340:10
**FLEMING** [1] - 310:22
**flex** [13] - 319:15, 359:8, 378:14, 413:10, 413:15, 413:18, 414:10, 414:15, 415:4, 415:6, 415:12, 415:14, 415:20
**flexible** [1] - 326:21
**floating** [1] - 429:19
**flood** [3] - 332:22, 333:20, 333:21
**floor** [1] - 411:15
**FLOOR** [1] - 310:16
**flow** [11] - 326:1, 338:13, 354:23, 355:22, 371:2, 371:6, 373:19, 374:4, 424:7, 441:25, 443:20
**flowing** [7] - 379:5, 379:9, 443:20, 444:12, 444:19, 444:22, 445:10
**flows** [1] - 333:3
**FLYNN** [1] - 308:14
**focus** [1] - 323:24
**focusing** [1] - 425:23
**folks** [1] - 418:17
**followed** [2] - 371:17, 408:14
**following** [4] - 369:24, 372:14, 421:15, 442:20
**follows** [2] - 317:2,

420:24
**FOR** [8] - 306:19, 307:21, 308:3, 308:13, 309:3, 310:3, 310:18, 311:7
**force** [3] - 324:19, 379:13, 379:14
**forces** [3] - 379:22, 380:4, 380:5
**foregoing** [1] - 450:7
**forged** [1] - 417:4
**forging** [1] - 416:20
**form** [8] - 319:11, 340:4, 442:5, 443:18, 444:10, 446:8, 447:18, 447:24
**formalized** [1] - 369:21, 370:1, 370:11
**formation** [4] - 339:7, 380:11, 391:25, 393:18
**formed** [1] - 345:23
**forms** [1] - 433:20
**forty** [1] - 414:7
**forty-something** [1] - 414:7
**forward** [8] - 335:10, 335:21, 335:24, 336:7, 336:8, 336:11, 336:16, 338:2
**forwarded** [1] - 392:6
**foundation** [2] - 343:17, 433:8
**four** [4] - 324:24, 349:23, 417:20, 433:9
**fourth** [2] - 397:1, 433:19
**frame** [10] - 321:9, 330:21, 330:23, 330:25, 331:1, 331:4, 349:6, 397:15, 398:15, 398:20
**FRANK** [1] - 307:18
**Frazelle** [1] - 446:25
**free** [2] - 339:17, 339:21
**freedom** [1] - 425:17
**frequently** [1] - 323:22
**Friday** [3] - 343:20, 359:23, 414:7
**friends** [1] - 319:7
**FRILOT** [1] - 310:5
**front** [2] - 317:22, 327:25
**fully** [5] - 400:6, 410:8,

410:10, 413:2
**function** [1] - 409:12
**Function** [1] - 345:15
**functional** [2] - 400:6, 410:10
**functioning** [1] - 410:9
**functions** [2] - 337:5
**funds** [3] - 448:20, 449:7, 449:9
**funnel** [2] - 360:21, 360:25
**Future** [1] - 355:13
**future** [3] - 355:16, 355:23, 381:25
**fuzzy** [1] - 373:22

# G

**gaining** [1] - 440:12
**Gantt** [10] - 344:22, 401:13, 401:15, 401:17, 402:7, 402:11, 402:17, 402:24, 404:1, 404:5
**gas** [7] - 318:18, 326:3, 328:17, 328:19, 328:21, 328:22, 332:16, 333:3, 338:4, 340:10, 340:11, 380:8, 382:22, 382:25, 383:1, 383:4, 424:7
**gas-bubbling** [2] - 382:22, 382:25
**gas/oil** [1] - 383:4
**GASAWAY** [1] - 309:18
**gasket** [9] - 322:2, 327:22, 337:23, 337:25, 361:25, 395:13, 395:19, 395:23, 396:8
**gate** [3] - 325:7, 325:8, 354:21
**general** [7] - 314:22, 319:8, 369:21, 369:23, 372:5, 372:10, 381:17
**GENERAL** [1] - 308:5
**GENERAL'S** [1] - 307:21
**generally** [3] - 344:21, 402:10, 433:5
**generated** [2] - 374:14, 379:23
**Gentleman** [1] - 343:4
**gentleman** [1] -

318:12
**Gents** [2] - 344:2, 353:6
**Geoff** [3] - 366:23, 367:18, 375:8
**GLADSTEIN** [1] - 308:22
**glasses** [1] - 442:23
**Glenn** [1] - 421:2
**GLENN** [1] - 421:3
**glycol** [4] - 339:11, 339:13, 340:2, 393:3
**GMBH** [1] - 306:8
**goal** [1] - 433:23
**God** [2] - 316:23, 420:20
**GODWIN** [3] - 310:19, 310:20, 311:3
**Gordon** [1] - 318:12
**government** [2] - 376:20, 442:20
**graduated** [1] - 317:14
**GRAND** [1] - 310:16
**GRANT** [1] - 310:15
**graph** [5] - 425:11, 425:16, 425:19, 426:21, 432:4
**graphics** [1] - 381:1
**grasp** [1] - 320:3
**grasping** [1] - 337:19
**grasps** [1] - 337:15
**gray** [1] - 354:7
**greater** [1] - 438:24
**Greenwald** [1] - 422:14
**GREENWALD** [29] - 307:7, 420:14, 421:16, 421:21, 422:14, 422:16, 423:9, 423:21, 425:2, 425:4, 426:7, 426:9, 426:14, 426:16, 428:12, 428:16, 428:20, 428:21, 429:25, 430:6, 430:7, 431:6, 431:11, 431:12, 436:9, 436:12, 445:19, 445:20, 449:10
**GREENWALD............** .. [1] - 312:12
**GREENWALD............** ..... [1] - 312:13
**Gregg** [1] - 316:7
**groove** [2] - 337:23, 337:24
**grooves** [1] - 320:3
**ground** [3] - 412:23, 421:9, 422:5

**Group** [1] - 345:8
**group** [21] - 318:3, 319:10, 321:8, 329:8, 329:11, 329:20, 334:2, 344:14, 345:8, 345:9, 362:1, 366:1, 372:15, 372:18, 373:18, 375:7, 375:18, 375:19, 376:2, 386:15, 448:11
**groups** [3] - 369:23, 372:12, 389:1
**grove** [1] - 417:19
**Guard** [1] - 360:6
**guess** [15] - 332:10, 364:5, 365:6, 374:18, 377:10, 387:16, 393:4, 395:5, 396:13, 398:21, 400:12, 403:18, 412:19, 417:8, 418:24
**Guidance** [1] - 397:4
**guidance** [2] - 397:11, 433:5
**Guide** [1] - 432:8
**guide** [9] - 360:22, 361:1, 361:5, 397:15, 397:21, 398:20, 426:10, 432:9, 432:11
**guideline** [1] - 429:12
**guidelines** [1] - 434:19
**Guidelines** [3] - 431:17, 437:2, 437:14
**guiding** [2] - 371:17, 371:23
**Gulf** [4] - 424:3, 439:22, 442:3, 446:16
**GULF** [1] - 306:5
**guy** [3] - 329:22, 368:2, 370:20
**guys** [2] - 375:9, 400:13
**GWENDOLYN** [1] - 311:4

# H

**half** [5] - 377:18, 417:21, 417:23, 418:7, 428:16
**Halliburton** [1] - 420:2
**HALLIBURTON** [1] -

310:18
**hand** [7] - 316:20, 336:14, 353:22, 354:15, 402:21, 420:18, 435:21
**handle** [1] - 439:7
**handling** [2] - 331:4, 342:3
**hanging** [4] - 331:1, 331:5, 336:19, 379:18
**happily** [1] - 421:22
**hard** [6] - 332:3, 344:23, 346:15, 353:20, 354:1, 407:13
**HARIKLIA** [1] - 309:10
**Hariklia** [1] - 313:15
**Harlan** [1] - 447:5
**harm** [1] - 425:18
**HARVEY** [1] - 308:22
**Hat** [1] - 392:19
**HAYCRAFT** [1] - 309:5
**Hayward** [1] - 441:21
**hazard** [1] - 375:25
**hazards** [3] - 376:1, 415:2
**HAZID** [1] - 375:19
**HB406** [1] - 311:18
**HC** [6] - 331:19, 331:24, 345:15, 345:16, 360:21, 384:17
**head** [2] - 390:5, 446:20
**heading** [4] - 392:11, 396:14, 445:16, 445:18
**hear** [1] - 404:17
**heard** [4] - 324:4, 327:6, 346:19, 418:8
**HEARD** [1] - 306:15
**hearing** [1] - 316:11
**held** [5] - 369:19, 369:22, 370:10, 370:14, 370:18
**help** [6] - 316:22, 360:22, 391:14, 420:20, 424:14, 432:22
**Herbst** [5] - 314:13, 442:3, 442:9, 443:9, 443:14
**Herbst's** [1] - 442:11
**hereby** [2] - 442:24, 450:6
**HERMAN** [3] - 306:19, 306:19
**high** [12] - 339:19, 399:17, 429:15,

431:14, 433:10, 433:14, 436:19, 436:20, 437:25, 439:11
**higher** [2] - 321:20, 339:17
**highest** [1] - 427:15
**highlight** [2] - 418:14, 433:5
**highlighted** [12] - 330:12, 341:3, 350:12, 356:13, 359:17, 434:15, 434:17, 435:21, 435:24, 440:8, 441:12, 442:11
**HIMMELHOCH** [1] - 308:23
**hinge** [1] - 325:1
**hinges** [1] - 324:22
**hit** [4] - 354:15, 356:4, 356:5, 356:7
**HMFH** [1] - 414:1
**holding** [6] - 327:15, 327:20, 347:20, 349:24, 354:11, 415:9
**HOLDINGS** [1] - 310:3
**holes** [14] - 321:25, 332:12, 332:19, 333:2, 333:7, 334:5, 334:13, 334:15, 336:4, 336:5, 342:1, 342:5, 342:6, 342:12
**holey** [1] - 345:12
**Honor** [54] - 313:9, 313:15, 313:24, 314:8, 314:19, 314:20, 315:2, 315:20, 315:22, 315:23, 316:1, 316:3, 316:18, 317:7, 319:5, 322:15, 333:10, 351:23, 352:17, 352:19, 359:3, 360:13, 362:4, 362:12, 362:22, 362:24, 363:19, 363:22, 387:15, 387:20, 389:12, 416:1, 417:12, 418:25, 419:7, 419:12, 419:22, 419:24, 420:12, 420:15, 421:4, 421:16, 421:21, 422:14, 423:9, 428:7, 428:12, 429:22, 429:25,

430:6, 430:25, 431:11, 436:5, 449:10
**HONORABLE** [1] - 306:15
**hooked** [5] - 350:14, 353:7, 354:9, 359:22, 363:8
**hope** [1] - 373:4
**HOPE** [1] - 309:15
**hopefully** [1] - 372:3
**HORIZON** [1] - 306:4
**Horizon** [26] - 330:17, 332:6, 333:2, 335:1, 339:1, 341:5, 341:9, 353:23, 360:24, 364:4, 366:3, 377:18, 377:21, 379:2, 380:3, 380:24, 380:25, 383:3, 383:9, 386:8, 386:14, 397:7, 400:7, 404:7, 404:24, 444:21
**horizontal** [3] - 425:12, 426:20, 426:24
**horizontally** [1] - 348:20
**hose** [2] - 349:4, 349:8
**hour** [1] - 449:14
**hours** [8] - 313:12, 313:13, 313:14, 364:6, 364:7, 369:8, 369:11
**house** [1] - 322:13
**HOUSTON** [2] - 310:11, 311:5
**hub** [1] - 354:8
**huge** [1] - 372:13
**human** [2] - 425:14, 427:11
**hundred** [1] - 430:21
**hung** [2] - 336:8, 336:10
**hydrate** [18] - 339:7, 339:15, 339:16, 345:24, 381:10, 381:14, 381:15, 391:14, 391:25, 392:18, 392:23, 393:1, 393:7, 393:10, 393:17, 393:21, 393:25
**hydrates** [7] - 339:13, 340:4, 342:17, 345:23, 358:23, 380:6, 380:12
**hydraulic** [3] - 324:13, 337:5, 338:8

**hydraulically** [4] - 319:23, 319:24, 319:25, 349:7
**hydraulics** [1] - 325:20
**Hydril** [3] - 324:21, 346:6, 413:2
**hydrocarbon** [8] - 339:16, 379:5, 379:9, 379:23, 380:3, 380:21, 383:2, 383:7
**hydrocarbons** [1] - 339:20

**I**

**IADC** [3] - 437:1, 438:19, 439:13
**lain** [2] - 353:6, 398:5
**Ian** [2] - 366:8, 366:11
**ice** [1] - 339:22
**ices** [1] - 339:23
**idea** [3] - 374:13, 389:11, 389:16
**ideas** [2] - 375:3, 376:14
**identification** [1] - 375:25
**identified** [15] - 339:7, 374:20, 382:2, 385:8, 396:20, 401:2, 409:18, 410:13, 410:23, 411:20, 418:20, 418:21, 433:9, 437:5, 439:16
**identifies** [6] - 391:6, 391:14, 391:17, 392:16, 407:10, 427:22
**Identify** [1] - 350:12
**identify** [1] - 416:21
**identifying** [6] - 315:3, 355:11, 395:3, 397:11, 402:3, 405:1
**ignored** [1] - 423:24
**II** [57] - 319:15, 327:25, 332:15, 341:4, 341:8, 341:10, 341:14, 341:18, 341:22, 342:2, 342:22, 343:5, 343:25, 346:8, 346:9, 346:14, 347:8, 350:13, 351:1, 351:5, 351:9, 351:12, 352:1,

353:8, 353:12, 353:24, 353:25, 356:22, 357:3, 358:16, 361:12, 379:1, 379:19, 383:8, 391:17, 398:14, 404:7, 405:1, 405:14, 405:24, 406:8, 406:15, 406:20, 406:25, 407:11, 407:15, 407:22, 408:7, 409:23, 409:25, 410:4, 410:13, 411:8, 411:19, 416:6
**III** [2] - 330:13, 330:15
**IL** [1] - 309:12
**illustration** [1] - 425:25
**immediately** [2] - 364:8, 436:15
**impacts** [1] - 427:12
**implementing** [1] - 389:19
**importance** [2] - 439:24, 440:20
**important** [6] - 387:6, 398:25, 427:13, 433:8, 433:9, 433:20
**importantly** [1] - 432:10
**improper** [1] - 314:24
**improved** [1] - 431:23
**improvements** [1] - 318:3
**IN** [3] - 306:4, 306:5, 306:7
**inadequate** [1] - 434:22
**Inc** [1] - 442:25
**INC** [5] - 306:12, 309:3, 310:4, 310:5, 310:19
**inches** [2] - 414:6, 414:7
**incident** [17] - 318:12, 318:13, 328:15, 362:7, 364:9, 364:20, 366:3, 369:22, 372:9, 372:17, 372:19, 374:11, 374:13, 382:6, 383:3, 411:5, 443:16
**include** [2] - 434:14, 439:1
**included** [2] - 314:23, 358:7
**includes** [1] - 412:9

including [2] - 397:6, 412:12
incorporated [1] - 325:9
increase [1] - 433:11
increasing [2] - 435:3, 437:25
increments [1] - 349:16
indicate [1] - 400:1
indicated [1] - 441:14
indicates [2] - 427:1, 430:21
indicating [1] - 409:16
indication [5] - 390:25, 402:17, 402:24, 404:13, 404:21
individual [1] - 402:3
industrial [1] - 428:3
Industry [1] - 432:25
industry [6] - 428:11, 433:6, 435:3, 436:18, 436:21, 439:6
info [2] - 398:14, 398:15
inform [3] - 437:15, 437:23, 438:1
Information [1] - 398:11
information [8] - 353:7, 376:8, 376:25, 377:9, 400:9, 414:16, 428:8, 448:8
informed [1] - 432:17
Inglis [2] - 449:1, 449:4
inhibition [2] - 392:17, 392:25
initial [4] - 332:11, 400:5, 442:16, 443:11
inject [1] - 345:22
injury [1] - 425:17
inlay [1] - 417:19
input [2] - 375:22, 376:21
insert [1] - 348:19
insight [2] - 385:16, 385:22
inspection [3] - 405:15, 405:17, 407:15
install [1] - 346:8
Install [4] - 396:14, 403:21, 403:22, 404:7
installation [2] -

358:2, 358:3
installed [4] - 380:18, 384:13, 413:3, 413:10
installing [7] - 375:12, 375:17, 385:14, 385:17, 385:23, 386:23, 396:20
installs [1] - 337:25
instead [3] - 325:8, 333:3, 417:3
Instead [1] - 440:10
instrumentation [1] - 353:10
integration [1] - 321:9
Integrity [1] - 430:12
intended [1] - 326:21
intent [1] - 400:5
interest [1] - 444:5
INTERESTS [1] - 307:21
interference [1] - 331:23
interior [1] - 380:6
internal [1] - 446:5
International [2] - 436:25, 440:4
interrupting [2] - 429:22, 431:1
intervene [1] - 441:25
intervening [1] - 436:21
intervention [10] - 433:20, 434:7, 434:18, 435:18, 438:3, 444:11, 444:19, 445:6, 445:9, 445:10
introduce [1] - 316:9
inventory [1] - 417:2
involved [21] - 318:8, 329:8, 330:4, 330:6, 349:11, 350:19, 360:5, 376:2, 376:6, 382:12, 382:15, 382:18, 384:22, 386:24, 393:17, 396:3, 413:17, 413:21, 414:23, 415:2, 420:2
involvement [2] - 318:4, 414:9
involves [1] - 424:16
involving [1] - 429:14
inward [1] - 320:3
Iron [2] - 318:2, 345:19
IRPINO [3] - 307:10, 307:11, 316:3
Irpino [1] - 316:3

isolate [1] - 354:23
isolation [1] - 345:11
issue [14] - 362:14, 380:21, 393:8, 393:10, 393:25, 394:14, 396:8, 408:21, 410:13, 410:23, 411:10, 411:18, 421:17, 440:11
Issues [1] - 390:19
issues [10] - 365:5, 366:2, 380:14, 385:9, 385:13, 395:3, 399:4, 406:19, 421:11, 421:19
item [1] - 349:24
itself [3] - 324:20, 327:7, 340:6

**J**

jack [1] - 415:16
JACKSON [1] - 307:19
James [3] - 334:20, 353:14, 358:7
JAMES [2] - 306:23, 308:4
January [1] - 430:12
JENNY [1] - 310:20
Jim [6] - 329:21, 337:12, 358:7, 369:25, 390:8, 403:14
Jimmy [1] - 344:24
jobs [2] - 343:7, 375:23
John [4] - 346:3, 359:14, 366:18, 366:20
Joint [1] - 432:25
joint [18] - 319:16, 332:14, 332:17, 332:18, 332:19, 333:17, 359:8, 378:14, 413:11, 413:15, 413:19, 414:10, 414:15, 415:4, 415:7, 415:12, 415:15, 415:20
joints [3] - 332:12, 335:22, 342:7
JOSEPH [1] - 309:19
journal [1] - 384:1
JR [1] - 310:21
JUDGE [1] - 306:15
Judge [2] - 320:25,

328:10
judgment [2] - 377:4, 377:5
JUDY [1] - 308:22
July [3] - 406:13, 407:2, 413:10
jumper [1] - 348:15
June [21] - 353:1, 357:14, 358:3, 359:21, 359:23, 360:3, 360:8, 403:8, 403:23, 405:2, 405:18, 407:11, 408:1, 408:3, 408:4, 408:18, 408:21, 409:10, 409:21, 409:25, 411:18
JUSTICE [2] - 308:13, 308:17

**K**

KANNER [2] - 308:8, 308:9
Karis [1] - 313:15
KARIS [3] - 309:10, 313:15, 313:23
KATZ [2] - 306:19, 310:15
keep [1] - 335:20
kept [2] - 439:2, 439:4
KERRY [1] - 310:6
key [3] - 418:20, 433:13, 433:19
kill [9] - 327:1, 327:3, 327:4, 327:5, 327:6, 339:11, 348:6, 363:8, 434:19
Kill [1] - 420:2
kind [9] - 315:11, 324:4, 340:7, 347:10, 353:20, 377:14, 382:18, 395:15, 402:11
KIRBY [1] - 311:13
KIRKLAND [3] - 309:9, 309:14, 309:18
knot [1] - 336:11
knowingly [1] - 423:24
knowledge [6] - 320:14, 378:20, 379:3, 384:14, 384:21, 432:14
known [5] - 325:16, 364:17, 400:9, 411:9, 411:16
KRAUS [1] - 308:9

KUCHLER [2] - 311:8, 311:9
KY [1] - 311:13

**L**

LA [11] - 306:5, 306:20, 306:24, 307:12, 307:15, 308:6, 308:10, 309:7, 310:7, 311:10, 311:19
lack [1] - 343:17
LAFAYETTE [1] - 306:24
LAKE [1] - 307:15
LAMAR [1] - 311:4
land [7] - 361:17, 377:24, 377:25, 378:17, 386:2, 386:7, 397:11
Land [1] - 404:23
landed [6] - 338:1, 338:6, 346:10, 386:13, 405:2, 411:6
landing [17] - 360:23, 361:2, 361:4, 361:17, 378:13, 379:10, 380:2, 380:12, 380:20, 380:25, 383:8, 385:23, 388:10, 388:11, 392:1, 397:5, 397:16
LANGAN [4] - 309:9, 314:20, 315:17, 315:22
Langan [1] - 314:20
language [1] - 421:14
large [1] - 376:2
larger [1] - 324:16
Lars [1] - 442:3
LASALLE [1] - 309:12
last [12] - 314:2, 315:4, 323:4, 326:24, 327:7, 328:9, 362:22, 404:17, 428:15, 431:4, 447:16
latch [4] - 338:9, 349:8, 349:15, 354:9
latched [4] - 346:10, 363:11, 404:13, 404:21
late [1] - 340:12
latest [1] - 357:23
LAW [1] - 307:10
lead [3] - 333:13, 351:22, 357:13

leader [1] - 321:8
leading [5] - 333:11, 351:20, 352:17, 352:18, 359:3
leak [1] - 318:24
leaked [1] - 333:16
learn [1] - 441:18
learned [2] - 358:12, 392:19
learning [1] - 315:4
LEASING [1] - 306:8
least [10] - 328:4, 338:12, 338:23, 365:23, 367:7, 370:13, 374:19, 400:21, 403:11, 444:7
led [2] - 369:25, 430:22
left [6] - 336:4, 353:22, 356:7, 384:15, 384:17, 427:1
left-hand [1] - 353:22
LEGOS [1] - 362:21
length [1] - 420:5
less [4] - 341:17, 371:10, 401:17, 427:2
lessons [1] - 392:19
letters [1] - 314:15
level [2] - 379:10, 426:11
Level [1] - 402:15
LEVIN [1] - 307:3
LEWIS [3] - 309:4, 310:19, 311:3
Li [3] - 317:7, 357:21, 419:7
LI [42] - 310:14, 316:18, 317:7, 317:9, 319:5, 319:6, 320:25, 321:1, 322:15, 322:17, 333:12, 333:14, 343:22, 351:23, 351:24, 352:19, 352:20, 354:3, 354:11, 354:13, 356:9, 359:5, 360:13, 360:15, 362:9, 362:16, 362:21, 363:1, 363:2, 363:19, 387:15, 387:20, 389:12, 416:1, 416:4, 417:22, 418:25, 419:7, 419:12, 419:16, 419:22, 420:12
LI...................... [1] -

312:8
LI...................... [1] -
312:6
license [1] - 427:12
life [2] - 425:14, 427:11
lift [4] - 335:25, 336:23, 337:2, 337:6
lifted [2] - 337:7, 337:21
lifting [1] - 336:3
light [1] - 432:19
lighter [1] - 341:20
likelihood [6] - 426:1, 426:25, 427:2, 430:17, 431:20, 439:9
likelihoods [1] - 429:13
Limine [2] - 314:23
limit [1] - 421:18
line [24] - 315:18, 315:19, 327:2, 337:9, 339:11, 344:25, 345:18, 348:5, 348:6, 348:9, 348:23, 353:25, 354:10, 354:20, 355:10, 355:14, 355:16, 355:22, 356:17, 357:10, 391:17, 404:10, 404:20, 404:23
lines [8] - 327:3, 327:6, 345:10, 345:15, 348:9, 363:8, 393:4, 425:19
LISKOW [1] - 309:4
list [3] - 313:17, 316:5, 316:8
live [3] - 410:16, 411:2, 419:25
LLC [1] - 310:3
LMRP [40] - 319:1, 319:9, 319:13, 319:22, 320:9, 320:21, 321:21, 323:8, 331:2, 335:25, 336:3, 336:9, 336:22, 336:23, 337:2, 337:4, 337:6, 337:8, 359:2, 377:20, 378:3, 378:7, 378:9, 378:12, 378:18, 379:2, 379:4, 382:12, 382:16, 382:20, 386:2, 386:16, 394:4, 394:7, 394:12,

394:22, 395:4, 395:20, 395:24
load [2] - 322:6, 339:4
loaded [1] - 339:5
located [2] - 320:2, 327:9
location [1] - 319:2
lodge [1] - 362:4
lodged [1] - 315:1
logical [1] - 366:1
Look [3] - 330:12, 330:14, 331:8
look [32] - 324:1, 325:6, 330:8, 330:15, 334:15, 335:3, 341:4, 341:8, 342:16, 342:25, 343:23, 346:1, 347:5, 350:6, 350:24, 353:2, 353:18, 356:4, 357:7, 357:19, 358:6, 359:13, 364:12, 378:5, 378:8, 381:24, 389:3, 402:10, 402:21, 447:18
looked [7] - 314:10, 331:16, 375:18, 379:12, 402:12, 414:17, 421:12
looking [8] - 334:18, 341:14, 349:2, 351:25, 375:16, 386:22, 387:12
looks [10] - 354:24, 355:10, 355:14, 391:12, 396:24, 397:13, 402:20, 414:17, 421:13, 435:11
looped [1] - 336:22
LOS [2] - 309:16, 310:16
lose [1] - 341:23
loss [6] - 325:20, 397:6, 424:6, 425:14, 427:11, 427:14
Louisiana [2] - 450:5, 450:6
LOUISIANA [3] - 306:1, 308:3, 308:4
low [5] - 425:20, 425:22, 426:11, 427:2, 427:19
Low [1] - 426:5
lower [37] - 319:10, 319:13, 319:19, 319:20, 320:21,

320:22, 321:5, 323:4, 323:9, 328:16, 330:17, 331:19, 334:7, 334:25, 337:8, 337:10, 341:5, 341:9, 341:18, 346:10, 353:23, 360:23, 374:3, 377:17, 377:18, 377:25, 379:6, 379:9, 379:11, 380:3, 380:23, 380:25, 386:8, 395:13, 408:15, 435:2
lowered [2] - 332:8, 417:8
lowering [1] - 332:14
LP [1] - 311:8
LUIS [1] - 310:14
Luis [2] - 317:7, 419:7
lunch [3] - 449:15, 449:16, 449:18
LUNDY [3] - 307:14, 307:14
LUXENBERG [1] - 307:7

# M

ma'am [2] - 422:19, 443:8
machined [2] - 320:4, 327:11
Mackay [5] - 346:3, 366:18, 366:20, 366:21, 368:12
Macondo [18] - 335:9, 335:12, 424:7, 428:6, 428:23, 429:3, 429:8, 430:8, 430:9, 430:13, 432:9, 432:11, 435:10, 435:11, 435:13, 436:2, 442:17, 444:11
Macondo's [1] - 431:14
MAGAZINE [1] - 307:11
mail [26] - 334:20, 334:22, 335:4, 335:6, 337:12, 343:1, 343:24, 346:3, 347:6, 350:8, 350:25, 353:3, 357:22, 358:7, 358:8, 359:6, 359:14, 390:7,

390:12, 390:21, 391:4, 391:5, 392:4, 398:5, 398:14, 403:13
mails [1] - 353:13
main [9] - 327:12, 332:12, 332:20, 332:22, 332:24, 339:14, 342:8, 348:4, 393:13
major [1] - 405:22, 424:18, 424:23, 425:7, 425:12, 426:17, 426:25, 427:8, 427:16, 429:3, 429:13
manage [3] - 424:15, 426:11, 436:22
managed [1] - 418:22
management [10] - 421:25, 422:17, 423:10, 424:12, 424:14, 426:25, 428:1, 428:3, 429:13, 431:23
Management [5] - 423:24, 423:25, 424:5, 430:12, 431:17
Management's [1] - 424:4
Manager [2] - 446:25, 447:5
manager [1] - 318:10
managers [1] - 365:13
managing [1] - 317:13
mandrel [4] - 320:2, 320:3, 323:7, 323:11
manifold [18] - 326:4, 327:5, 348:6, 348:14, 348:15, 348:22, 348:23, 348:24, 349:9, 353:15, 354:10, 354:20, 355:9, 355:11, 403:7, 403:12, 403:17, 403:22
Manifold [1] - 403:5
manner [2] - 321:20, 321:21
mantra [3] - 371:18, 371:21, 372:5
manufactured [3] - 397:15, 413:14, 414:14
Manufacturer [1] - 403:5
manufacturers [1] - 416:17

**manufacturing** [2] - 416:16, 417:16
**MAR** [5] - 430:8, 431:6, 431:7, 431:14, 432:4
**marine** [1] - 319:10
**MARTIN** [1] - 309:15
**MARTINEZ** [1] - 310:20
**material** [5] - 416:21, 416:22, 417:4, 421:10, 439:1
**materials** [2] - 423:7, 439:9
**mating** [1] - 322:4
**matrix** [3] - 426:17, 427:8, 427:10
**matter** [4] - 340:18, 367:8, 390:15, 450:9
**matters** [1] - 316:15
**MATTHEW** [2] - 307:14, 309:11
**maximized** [1] - 417:9
**maximum** [2] - 417:20, 442:25
**MAZE** [1] - 307:22
**MCCUTCHEN** [1] - 311:12
**McWhorter** [5] - 312:10, 314:12, 314:13, 420:3, 420:10
**MDL-2179** [1] - 306:4
**mean** [32] - 314:21, 327:1, 330:14, 334:1, 342:19, 343:13, 344:5, 345:7, 345:20, 347:14, 353:9, 355:10, 355:13, 356:21, 359:10, 363:6, 367:18, 371:24, 372:13, 376:11, 379:12, 380:6, 381:17, 382:10, 382:25, 386:9, 413:7, 414:20, 415:16, 425:15, 425:22, 428:16
**meaning** [1] - 427:6
**means** [4] - 346:12, 395:17, 427:18, 427:21
**meant** [3] - 321:12, 419:10, 441:15
**measure** [2] - 427:13, 443:20
**measures** [2] - 434:14, 437:16

**mechanical** [1] - 317:16
**MECHANICAL** [1] - 311:21
**mechanically** [1] - 388:7
**meet** [1] - 329:24
**meeting** [7] - 346:6, 364:15, 373:7, 373:15, 373:18, 373:25, 388:21
**meetings** [20] - 367:19, 369:13, 369:16, 369:19, 369:22, 369:24, 370:2, 370:7, 370:10, 370:12, 370:14, 370:17, 372:10, 372:12, 372:13, 375:14, 376:12, 376:17, 376:20, 394:9
**member** [3] - 318:16, 333:16, 369:10
**Members** [1] - 391:18
**members** [3] - 336:20, 368:17, 375:16
**memory** [3] - 345:21, 372:15, 407:23
**mentioned** [9] - 319:9, 323:12, 364:11, 364:16, 380:11, 381:12, 382:11, 383:25, 423:11
**MERIT** [1] - 311:18
**Merit** [2] - 450:4, 450:14
**met** [4] - 319:2, 373:10, 373:11, 373:13
**metal** [2] - 321:25, 322:2
**Methanol** [1] - 345:18
**methanol** [1] - 345:22
**method** [5] - 323:8, 328:22, 332:22, 342:3, 429:10
**methodology** [4] - 421:8, 422:3, 422:4, 422:6
**methods** [2] - 438:8, 445:25
**Mexico** [4] - 424:3, 439:22, 442:3, 446:16
**MEXICO** [1] - 306:5
**MICHAEL** [1] - 310:13
**mid** [1] - 339:6
**mid-May** [1] - 339:6
**middle** [1] - 401:6

**might** [12] - 328:17, 328:21, 333:23, 365:12, 372:25, 374:17, 376:5, 378:20, 380:24, 386:22, 416:25, 417:1
**Mike** [3] - 316:1, 353:14, 421:6
**MILLER** [1] - 310:6
**million** [3] - 334:9, 427:3, 430:22
**mind** [1] - 445:18
**mini** [4] - 349:6, 349:14, 354:9, 363:11
**minute** [1] - 315:4
**minutes** [8] - 313:12, 313:13, 313:14, 376:12, 420:5, 447:11, 449:14
**missed** [1] - 375:14
**mission** [1] - 396:2
**misspoke** [1] - 419:8
**misunderstood** [1] - 393:15
**MITCHELL** [1] - 307:3
**mitigate** [7] - 339:10, 339:25, 376:1, 380:15, 381:15, 431:20, 432:14
**mitigated** [2] - 372:1, 381:7
**mitigating** [1] - 393:17
**mitigation** [15] - 345:24, 381:10, 381:14, 391:14, 392:23, 393:1, 393:8, 393:10, 393:22, 393:25, 424:16, 424:21, 424:23, 425:24, 433:20
**mitigations** [2] - 393:21, 423:25
**mixture** [1] - 383:4
**MMS** [8] - 360:6, 407:19, 410:23, 442:2, 442:6, 443:2, 443:10, 446:4
**Mobile** [1] - 424:2
**mode** [1] - 340:12
**model** [5] - 319:7, 323:24, 327:25, 348:11, 360:21
**models** [1] - 360:14
**modification** [1] - 343:7
**modifications** [1] - 357:16

**modified** [2] - 326:15
**modular** [3] - 321:12, 326:22, 360:17
**moment** [2] - 423:12, 424:13
**money** [6] - 447:20, 447:23, 447:25, 448:5, 448:17, 449:2
**MONTGOMERY** [1] - 307:23
**month** [1] - 401:4
**months** [2] - 360:9, 417:23
**moonpool** [2] - 331:5, 331:6
**MORGAN** [2] - 307:17
**morning** [8] - 313:8, 313:9, 313:15, 313:24, 316:3, 363:22, 363:24, 363:25
**MORNING** [1] - 306:14
**mornings** [1] - 370:17
**morphed** [1] - 400:15
**Morrison** [1] - 446:15
**most** [8] - 314:16, 315:12, 323:11, 370:17, 371:11, 396:24, 427:15
**motion** [5] - 421:7, 421:9, 421:12, 422:7, 422:8
**Motions** [2] - 314:23
**motions** [1] - 423:15
**mounted** [1] - 436:1
**move** [17] - 320:2, 321:17, 323:25, 329:7, 330:3, 335:10, 335:18, 346:2, 359:11, 360:11, 423:12, 427:4, 427:17, 428:11, 429:24, 436:19, 440:13
**moved** [5] - 319:2, 321:14, 323:13, 323:15, 338:3
**moves** [1] - 335:13
**moving** [1] - 336:11
**MR** [86] - 312:6, 312:7, 312:8, 313:24, 314:8, 314:12, 314:14, 314:19, 314:20, 315:2, 315:17, 315:20, 315:22, 315:23, 315:25, 316:3, 316:18, 317:7, 317:9, 319:5, 319:6, 320:25, 321:1,

322:15, 322:17, 333:10, 333:12, 333:14, 343:16, 343:22, 351:20, 351:23, 351:24, 352:17, 352:19, 352:20, 354:3, 354:11, 354:13, 356:9, 359:3, 359:5, 360:13, 360:15, 362:4, 362:9, 362:12, 362:16, 362:21, 363:1, 363:2, 363:19, 363:22, 363:23, 378:22, 387:15, 387:20, 388:1, 389:12, 389:18, 404:19, 415:23, 416:1, 416:4, 417:12, 417:22, 418:25, 419:7, 419:12, 419:16, 419:19, 419:22, 419:24, 420:12, 421:4, 421:6, 422:12, 423:15, 428:7, 428:18, 429:22, 430:25, 436:5, 445:18, 445:19, 449:14
**MS** [32] - 307:19, 312:12, 312:13, 313:15, 313:23, 420:14, 421:16, 421:21, 422:14, 422:16, 423:9, 423:21, 425:2, 425:4, 426:7, 426:9, 426:14, 426:16, 428:12, 428:16, 428:20, 428:21, 429:25, 430:6, 430:7, 431:6, 431:11, 431:12, 436:9, 436:12, 445:20, 449:10
**multiple** [1] - 427:23
**MUNGER** [1] - 310:13
**MV-7** [1] - 354:21
**MV5** [1] - 355:16
**MV6** [1] - 354:24

# N

**N.W** [1] - 309:19
**name** [8] - 317:3, 317:4, 317:6, 364:1, 366:9, 390:13, 420:25, 421:2

**named** [1] - 318:12
**names** [1] - 366:8
**NATHANIEL** [1] - 308:20
**National** [1] - 319:3
**native** [1] - 335:3
**NATURAL** [1] - 308:18
**nearly** [1] - 444:10
**necessarily** [4] - 367:18, 377:9, 389:2, 406:17
**necessary** [4] - 350:12, 395:23, 399:13, 436:15
**need** [27] - 319:17, 331:17, 331:19, 333:2, 333:21, 343:6, 344:3, 356:17, 361:5, 391:6, 392:18, 397:11, 401:2, 410:7, 410:17, 410:21, 412:19, 414:2, 432:14, 432:19, 433:6, 433:16, 434:9, 434:11, 434:12, 439:24, 440:10
**needed** [8] - 331:15, 334:2, 344:6, 392:18, 393:5, 393:6, 406:19, 416:25
**needing** [1] - 398:15
**needs** [2] - 350:13, 392:17
**neglected** [2] - 330:20, 334:17
**never** [9] - 355:23, 376:17, 376:20, 400:24, 405:4, 405:7, 405:10, 405:11, 406:12
**NEW** [9] - 306:5, 306:20, 307:8, 307:12, 308:10, 309:7, 310:7, 311:10, 311:19
**new** [3] - 327:22, 413:2, 440:13
**next** [13] - 316:17, 327:3, 336:7, 336:24, 337:3, 337:22, 361:10, 364:10, 374:12, 405:9, 406:3, 409:8, 419:25
**night** [3] - 314:2, 414:8, 431:4
**NO** [3] - 306:4, 306:7,

306:10
**NONJURY** [1] - 306:14
**nonvertical** [1] - 436:1
**normally** [2] - 330:20, 334:16
**NORTH** [1] - 308:5
**NOTE** [1] - 357:20
**note** [5] - 331:8, 341:7, 344:2, 438:23, 443:3
**notes** [1] - 384:1
**nothing** [6] - 315:11, 315:13, 316:22, 321:25, 420:19, 423:16
**notice** [1] - 432:14
**nowhere** [1] - 354:25
**Number** [9] - 354:5, 354:21, 355:1, 355:2, 355:5, 355:6, 362:3, 424:4, 427:1
**number** [11] - 325:21, 326:16, 329:24, 334:17, 339:19, 349:17, 354:8, 409:15, 419:13, 430:1, 431:1
**numbered** [1] - 450:9
**numbers** [1] - 427:4
**nuts** [5] - 322:8, 322:10, 326:17, 327:18, 327:23
**NW** [2] - 309:23, 311:14
**NY** [1] - 307:8

# O

**o'clock** [1] - 449:16
**O'CONNOR** [1] - 309:23
**O'KEEFE** [1] - 306:20
**O'ROURKE** [1] - 308:19
**oath** [2] - 317:2, 420:24
**object** [6] - 333:10, 419:18, 422:10, 428:18, 429:24, 436:5
**objected** [4] - 314:17, 315:7, 315:14, 315:16
**objecting** [1] - 431:3
**objection** [20] - 313:20, 314:4, 314:25, 315:21, 316:11, 343:16,

351:20, 352:17, 359:3, 362:4, 387:15, 387:23, 389:12, 389:14, 389:15, 413:5, 417:12, 430:4, 431:10, 436:11
**objections** [7] - 313:19, 314:3, 314:9, 314:22, 315:10, 315:13, 316:9
**obligation** [1] - 442:12
**observed** [1] - 408:13
**obvious** [1] - 374:9
**obviously** [1] - 361:17
**occasions** [1] - 329:24
**occur** [3] - 339:22, 422:11, 435:5
**occurred** [2] - 373:8, 389:23
**occurring** [3] - 333:11, 373:24, 439:10
**ocean** [1] - 411:15
**Oceaneering** [2] - 359:20, 396:3
**OCTOBER** [2] - 306:5, 313:2
**OD** [3] - 320:3, 320:4, 320:5
**OF** [10] - 306:1, 306:5, 306:8, 306:10, 306:14, 308:3, 308:4, 308:13, 308:17
**offer** [4] - 316:6, 316:9, 320:16, 428:8
**OFFICE** [4] - 306:24, 307:21, 308:6, 308:15
**office** [3] - 346:7, 368:13, 369:4
**offices** [5] - 368:20, 369:2, 369:14, 373:13, 375:15
**OFFICIAL** [1] - 311:17
**Official** [2] - 450:5, 450:14
**offset** [1] - 434:19
**OFFSHORE** [1] - 310:4
**offshore** [6] - 359:23, 360:3, 411:25, 412:5, 412:9, 439:15
**Offshore** [1] - 424:2
**often** [1] - 329:1
**OIL** [2] - 306:4, 306:4
**oil** [15] - 332:15,

333:3, 338:4, 340:10, 371:3, 383:16, 412:1, 412:3, 412:12, 424:7, 429:21, 440:5, 443:20, 446:5
**Oil** [9] - 319:3, 437:19, 440:4, 440:9, 440:14, 440:16, 441:5, 441:12, 442:21
**Ole** [1] - 439:19
**Olsen** [3] - 343:1, 343:24, 347:6, 350:9, 350:25, 356:11, 398:5, 398:8
**OLSON** [1] - 310:13
**ON** [1] - 306:5
**once** [1] - 318:23, 332:23, 333:22, 346:9, 346:16, 368:23, 380:8, 401:2, 401:8, 438:21, 445:10
**One** [12] - 324:4, 421:9, 421:11, 421:20, 421:22, 421:24, 421:25, 422:21, 422:24, 424:17, 425:9, 436:14
**one** [63] - 320:17, 324:10, 325:12, 328:7, 328:9, 328:16, 330:12, 331:11, 332:18, 333:17, 338:11, 339:12, 341:17, 341:19, 342:14, 346:13, 346:14, 347:12, 347:18, 348:25, 354:19, 360:19, 361:11, 363:8, 365:23, 374:8, 374:10, 376:5, 380:14, 383:6, 384:1, 387:17, 391:24, 393:3, 393:12, 395:9, 397:1, 400:21, 402:17, 403:2, 403:21, 404:1, 405:20, 406:12, 409:24, 411:14, 417:18, 418:11, 421:7, 423:24, 426:2, 427:2, 427:4, 427:5, 430:21, 430:22, 431:7, 433:2,

438:10, 439:20, 440:9, 442:23
**ONE** [1] - 309:5
**ones** [3] - 325:18, 370:13, 396:22
**ongoing** [3] - 369:17, 405:17, 405:19
**onshore** [4] - 323:21, 344:10, 344:12, 344:15
**open** [3] - 324:25, 325:18, 377:8
**open-ended** [1] - 377:8
**opened** [1] - 339:12
**opening** [2] - 433:2, 445:13
**opens** [1] - 337:6
**operate** [4] - 324:15, 324:17, 427:13, 429:1
**operated** [7] - 318:13, 333:19, 349:8, 365:16, 406:23, 428:5, 428:22
**operates** [1] - 360:25
**operating** [1] - 408:13
**operation** [6] - 363:13, 388:25, 389:7, 389:11, 413:21, 418:22
**operational** [4] - 366:14, 409:7, 410:12, 434:19
**operations** [5] - 370:20, 426:10, 431:22, 438:6, 439:21
**Operations** [3] - 432:8, 446:16, 446:25
**operator** [2] - 319:3, 324:13
**operators** [4] - 324:16, 391:6, 433:24, 447:12
**opinion** [18] - 314:24, 410:22, 421:8, 428:5, 428:22, 428:25, 429:2, 431:2, 442:5, 443:19, 443:22, 444:10, 444:14, 446:8, 447:18, 447:22, 447:24, 448:4
**opinions** [12] - 320:16, 421:8, 423:2, 423:6, 423:22, 423:23, 424:8, 424:25,

432:16, 440:15, 441:17, 442:17
**opportunity** [4] - 328:18, 348:3, 372:1, 372:2
**opposed** [1] - 402:4
**opposing** [1] - 419:16
**opposite** [1] - 318:17
**option** [66] - 320:18, 328:24, 328:25, 330:1, 340:20, 343:5, 348:1, 348:13, 351:13, 352:15, 352:16, 352:21, 352:24, 355:23, 358:17, 359:1, 359:7, 374:10, 374:22, 374:23, 377:2, 377:6, 377:11, 377:15, 377:23, 380:15, 380:20, 381:7, 381:19, 382:3, 383:13, 384:9, 384:13, 385:14, 385:18, 385:22, 385:23, 386:3, 386:19, 387:14, 388:14, 389:19, 391:7, 391:22, 394:3, 399:4, 399:6, 399:9, 399:12, 399:16, 399:25, 400:1, 400:19, 400:25, 401:3, 401:9, 401:10, 402:19, 405:5, 405:8, 405:12, 407:16, 410:9, 411:9, 418:18, 434:5
**options** [10] - 329:18, 330:5, 346:23, 350:1, 351:17, 362:23, 373:19, 377:6, 399:3, 438:2
**order** [3] - 349:4, 409:1, 415:20
**ORDER** [1] - 313:4
**organization** [1] - 374:5
**orient** [1] - 425:6
**original** [1] - 429:5
**originally** [2] - 330:20, 432:4
**ORLEANS** [8] - 306:5, 306:20, 307:12, 308:10, 309:7, 310:7, 311:10, 311:19

**OSRP** [1] - 441:12
**otherwise** [2] - 368:24, 422:8
**outer** [1] - 323:10
**outlet** [12] - 327:11, 328:13, 339:12, 347:13, 348:7, 348:8, 348:25, 349:3, 350:2, 351:18, 363:12, 400:21
**outlets** [10] - 327:17, 327:24, 328:3, 328:23, 346:14, 347:18, 351:4, 351:9, 361:14, 393:13
**outs** [1] - 403:2
**outside** [5] - 320:5, 320:6, 428:6, 428:23, 429:1
**outstanding** [2] - 384:11, 385:9
**outward** [1] - 354:14
**outweighed** [1] - 387:14
**overall** [2] - 418:12, 418:19
**overrule** [5] - 315:9, 315:21, 387:22, 430:4, 436:11
**overruled** [5] - 315:10, 343:18, 389:15, 417:14, 431:9
**overshot** [1] - 359:8
**own** [1] - 402:1
**owned** [1] - 424:2

## P

**P&ID** [1] - 353:7
**p.m** [1] - 346:4, 350:9, 353:16, 355:25
**P.O** [1] - 308:23
**package** [1] - 319:10
**PAGE** [1] - 312:3
**page** [3] - 315:18, 406:3, 418:12
**Page** [1] - 315:19
**pages** [3] - 418:11, 422:4, 430:1
**panels** [2] - 359:19, 359:20
**PAPANTONIO** [1] - 307:3
**parallel** [1] - 374:23
**pardon** [1] - 425:25
**Parktown** [1] - 369:1
**part** [29] - 315:12,

315:15, 342:20, 360:11, 362:22, 364:14, 366:15, 367:20, 368:9, 368:20, 370:11, 376:3, 377:17, 394:6, 394:17, 404:18, 413:17, 413:24, 414:8, 417:8, 418:15, 428:2, 428:14, 428:17, 429:5, 433:20, 440:8, 444:14
**participate** [1] - 389:25
**participated** [2] - 376:17, 376:20
**participating** [1] - 388:20
**participation** [1] - 440:12
**particular** [14] - 319:14, 322:24, 325:18, 329:3, 329:4, 331:20, 332:5, 332:13, 342:13, 362:7, 408:21, 410:3, 411:5, 411:18
**parties** [9] - 313:12, 316:16, 316:19, 317:8, 419:8, 419:25, 420:14, 422:15, 448:19
**parties'** [1] - 316:5
**parts** [4] - 339:23, 362:11, 417:16, 417:20
**past** [2] - 360:8, 363:15
**Paul** [2] - 313:24, 364:1
**PAUL** [1] - 309:10
**pays** [1] - 434:13
**PCCI** [1] - 437:19
**Peer** [10] - 390:18, 390:22, 394:20, 394:25, 395:12, 396:11, 396:20, 397:10, 418:9, 418:16
**peer** [4] - 375:18, 388:16, 388:20, 388:22, 388:24, 389:9, 389:10, 389:23, 390:1, 390:4, 391:1, 391:25, 393:5
**pending** [2] - 314:23,

421:7
**PENNSYLVANIA** [1] - 309:23
**PENSACOLA** [1] - 307:5
**people** [13] - 329:11, 345:9, 360:5, 365:11, 365:13, 366:2, 369:23, 372:11, 375:22, 376:2, 381:1, 389:1, 429:13
**Pepper** [3] - 450:3, 450:12, 450:13
**PEPPER** [1] - 311:17
**per** [7] - 379:16, 379:21, 408:12, 429:20, 429:21, 429:23
**per-barrel** [1] - 429:23
**percent** [1] - 438:17
**perforate** [1] - 342:6
**perforated** [4] - 333:17, 335:22, 338:5, 380:10
**perform** [1] - 415:20
**performed** [5] - 382:19, 408:12, 414:24
**period** [5] - 366:17, 368:6, 368:19, 373:3, 407:24
**periodically** [1] - 368:22
**periphery** [1] - 320:2
**Perkin** [2] - 314:1, 316:7
**personnel** [2] - 446:5, 446:9
**PETITION** [1] - 306:8
**PETOSA** [1] - 307:18
**PETROLEUM** [1] - 311:7
**Petroleum** [1] - 438:19
**Phase** [2] - 324:4, 421:9, 421:11, 421:20, 421:22, 421:24, 421:25, 422:21, 422:24, 423:2, 423:4, 423:14, 423:23, 424:8, 424:17, 424:20, 425:9, 429:11, 436:13, 436:14, 436:15
**phase** [1] - 416:24
**phenomena** [1] - 339:16
**philosophy** [2] -

371:23, 371:24
**phonetically** [2] - 352:7, 396:5
**phrase** [1] - 355:12
**picture** [2] - 336:1, 380:24
**piece** [8] - 318:15, 321:25, 322:4, 347:17, 349:21, 354:8, 387:6, 417:4
**pieces** [1] - 332:20
**pilot** [1] - 406:23
**pilot-operated** [1] - 406:23
**pipe** [27] - 318:14, 318:15, 324:7, 324:8, 324:15, 324:19, 332:20, 335:24, 336:2, 336:4, 336:9, 336:16, 336:19, 336:21, 337:10, 337:13, 337:16, 337:20, 337:21, 347:12, 347:18, 348:3, 416:18, 417:3
**pipes** [1] - 336:9
**piping** [2] - 345:11, 353:10
**place** [10] - 327:22, 369:14, 374:5, 381:10, 397:5, 429:2, 429:4, 430:8, 440:19
**placed** [3] - 348:22, 362:1, 430:9
**placement** [1] - 363:7
**places** [1] - 352:4
**PLAINTIFFS** [1] - 306:19
**plaintiffs** [1] - 422:15
**plaintiffs'** [1] - 448:11
**plan** [27] - 334:25, 337:11, 339:10, 339:25, 345:24, 350:9, 351:1, 356:10, 357:8, 377:23, 391:15, 416:9, 434:14, 441:1, 441:2, 441:4, 441:6, 441:7, 441:13, 441:14, 441:19, 441:22, 441:24, 442:10, 443:4
**Plan** [7] - 440:14, 440:16, 441:5, 441:13, 442:16, 442:21, 443:11
**planning** [6] - 357:2,

392:23, 392:24, 433:17, 448:17, 448:21
**Plans** [1] - 434:10
**plate** [1] - 331:3
**plates** [2] - 342:16, 344:17
**play** [4] - 315:24, 364:8, 399:9, 420:1
**played** [2] - 420:8, 420:10
**PLC** [1] - 309:4
**plot** [2] - 427:16, 429:4
**plug** [2] - 332:13, 342:8
**plugs** [4] - 337:4, 344:17, 345:11, 380:10
**plumbing** [1] - 406:23
**plume** [9] - 338:3, 379:5, 379:9, 379:23, 380:4, 380:21, 383:2, 383:6, 383:7
**Plume** [1] - 395:9
**plus** [1] - 350:13
**Pod** [1] - 409:16
**pod** [4] - 338:7, 338:8, 409:14, 409:17
**pods** [4] - 331:3, 409:12, 409:15, 411:14
**point** [35] - 334:24, 338:15, 340:13, 340:19, 367:7, 369:11, 374:6, 381:10, 381:21, 384:3, 384:14, 386:6, 391:20, 392:14, 392:22, 393:7, 395:8, 397:10, 398:19, 399:24, 400:3, 403:11, 404:15, 404:21, 408:10, 408:18, 409:11, 410:19, 411:4, 420:7, 420:9, 421:22, 433:13, 433:19, 447:16
**pointed** [1] - 327:14
**points** [6] - 409:8, 433:5, 433:16, 434:16, 434:17, 445:21
**policy** [2] - 428:1, 428:2
**POLK** [1] - 311:8
**pollution** [1] - 434:17

**poor** [1] - 401:7
**pop** [1] - 355:4
**port** [1] - 337:4
**Porter** [1] - 318:12
**portion** [9] - 321:15, 323:4, 331:4, 341:3, 353:23, 356:13, 359:17, 378:13, 380:7
**portions** [1] - 324:13
**position** [2] - 317:12, 386:7
**positioned** [2] - 348:20, 349:19
**positively** [1] - 397:5
**possibility** [1] - 387:13
**possible** [3] - 359:12, 378:17, 442:13
**Possible** [1] - 347:9
**possibly** [3] - 387:13, 388:5, 410:17
**POST** [3] - 306:24, 308:6, 308:15
**potential** [1] - 339:7
**pounds** [6] - 334:7, 334:9, 379:19, 379:20, 397:21, 397:22
**power** [1] - 338:8
**POYDRAS** [4] - 309:6, 310:7, 311:10, 311:18
**Practicable** [1] - 426:5
**practicable** [4] - 425:21, 425:22, 426:12, 443:1
**Practice** [1] - 432:8
**practice** [3] - 325:5, 389:6, 426:10
**Practices** [1] - 439:14
**predominantly** [1] - 369:1
**preliminary** [1] - 316:15
**preload** [1] - 322:7
**prep** [1] - 354:8
**preparation** [9] - 322:2, 323:10, 323:11, 349:14, 354:7, 361:22, 362:1, 433:17, 434:13
**Preparation** [1] - 392:11
**prepare** [8] - 423:1, 423:4, 432:9, 432:11, 432:22, 443:25, 446:12, 448:7

**prepared** [6] - 409:17, 436:22, 442:6, 443:10, 443:15, 444:6
**preparedness** [1] - 440:11
**preplanning** [1] - 439:25
**PRESCOTT** [1] - 310:21
**presentation** [2] - 392:6, 396:11
**presented** [2] - 376:13, 389:3
**president** [2] - 420:3, 427:23
**President** [1] - 446:15
**pressure** [23] - 318:19, 322:7, 323:19, 337:5, 339:18, 339:20, 346:9, 346:16, 346:17, 346:18, 347:2, 399:13, 399:17, 400:6, 400:13, 404:11, 404:14, 404:16, 404:24, 417:7, 417:9, 429:15, 436:20
**pressure-reducing** [1] - 347:2
**pretrial** [1] - 421:15
**pretty** [9] - 317:23, 321:18, 323:18, 325:4, 326:13, 341:15, 349:13, 393:3, 413:1
**prevent** [4] - 326:8, 333:17, 399:17, 441:25
**Preventer** [1] - 390:22
**preventer** [7] - 317:22, 323:3, 328:1, 341:10, 341:11, 443:24, 444:1
**preventers** [2] - 317:23, 444:8
**prevention** [2] - 424:16, 424:18
**primary** [1] - 424:6
**principally** [1] - 430:16
**principle** [2] - 371:18, 372:5
**principles** [1] - 424:24
**priority** [2] - 440:21, 440:23
**probabilities** [1] - 429:16

**probability** [3] - 425:7, 425:8, 427:5
**problem** [16] - 334:10, 359:1, 363:17, 372:4, 389:2, 406:22, 408:24, 409:18, 409:23, 410:1, 410:4, 410:15, 410:20, 411:16, 417:2
**problems** [6] - 358:23, 389:17, 406:17, 406:21, 406:22, 433:23
**procedure** [2] - 394:16, 408:13
**procedures** [9] - 375:20, 391:18, 391:21, 394:11, 405:5, 405:7, 405:11, 434:18, 439:2
**proceed** [2] - 320:17, 433:10
**PROCEEDINGS** [3] - 306:14, 311:21, 313:1
**proceedings** [3] - 420:7, 420:9, 450:9
**process** [16] - 315:3, 320:17, 330:5, 350:19, 380:12, 388:24, 389:10, 395:5, 395:7, 421:25, 424:12, 424:14, 424:24, 425:16, 425:23, 429:12
**Process** [3] - 423:25, 424:4, 431:17
**PROCTOR** [1] - 307:3
**produce** [1] - 349:9
**PRODUCED** [1] - 311:22
**product** [1] - 318:3
**Production** [2] - 442:25, 449:2
**production** [1] - 340:9
**PRODUCTION** [3] - 306:11, 309:3, 309:4
**productivity** [3] - 433:11, 433:14, 436:20
**Professional** [1] - 317:20
**Program** [1] - 429:20
**progress** [1] - 401:23
**progressing** [2] - 344:11, 344:15
**progressively** [1] -

427:4
**project** [4] - 343:25, 356:10, 357:8, 427:22
**Projects** [1] - 447:5
**projects** [2] - 384:11, 427:24
**proper** [1] - 389:14
**properly** [2] - 436:22, 440:1
**protection** [1] - 331:5
**provide** [5] - 322:7, 327:12, 338:8, 433:6, 441:1
**provided** [3] - 406:11, 420:4, 429:12
**provides** [2] - 320:1, 337:5
**providing** [1] - 376:21
**provisions** [1] - 351:8
**proximity** [2] - 369:5, 370:7
**PSC** [1] - 316:4
**psi** [2] - 318:19, 339:19
**publicly** [1] - 432:17
**published** [1] - 433:2
**pull** [23] - 334:19, 344:23, 344:24, 354:14, 357:25, 391:5, 396:17, 409:2, 410:14, 418:14, 425:2, 426:7, 426:14, 432:7, 433:22, 440:18, 441:8, 443:13, 444:4, 444:17, 445:1, 446:14, 448:25
**Pull** [1] - 394:22
**pulled** [3] - 330:23, 409:25, 418:15
**pulling** [3] - 386:15, 386:16, 409:18
**pump** [2] - 340:2, 393:12
**pumped** [2] - 339:11, 339:12
**pumping** [2] - 326:11, 393:3
**Purpose** [2] - 426:3, 426:4
**purpose** [4] - 321:4, 332:21, 425:15, 428:23
**purposes** [1] - 426:23
**push** [4] - 338:11, 380:22, 393:13, 398:15
**pushing** [1] - 320:1

**put** [31] - 324:5, 324:6, 324:7, 324:8, 324:9, 324:10, 325:3, 327:22, 328:5, 331:17, 331:24, 332:19, 340:13, 346:13, 347:23, 355:3, 362:10, 362:21, 372:23, 374:8, 384:17, 386:10, 395:6, 400:7, 411:2, 411:4, 418:5, 442:23, 445:15

**puts** [1] - 425:9

**putting** [3] - 330:16, 374:2, 376:9

**puzzle** [1] - 387:7

## Q

**qualifications** [1] - 422:23

**qualify** [1] - 373:2

**quarter** [2] - 336:11, 417:17

**questions** [10] - 326:24, 327:7, 352:18, 363:19, 364:1, 415:24, 416:1, 418:25, 422:10, 449:11

**quick** [1] - 413:1

**quicker** [2] - 413:20, 416:13

**quickly** [2] - 442:13, 445:22

**quite** [1] - 314:21

**quote/unquote** [1] - 438:2

## R

**RAFFERTY** [1] - 307:3

**raise** [4] - 316:20, 340:3, 420:17

**raised** [1] - 380:2

**ram** [64] - 318:4, 318:16, 318:17, 318:20, 322:5, 322:13, 322:20, 322:21, 322:22, 322:23, 322:24, 323:1, 324:1, 324:7, 324:8, 324:9, 324:10, 324:18, 325:2, 325:3, 327:10, 327:16, 327:17, 328:2,

338:25, 347:12, 349:3, 350:2, 351:5, 351:9, 351:11, 352:1, 352:2, 352:3, 353:8, 359:7, 359:12, 359:22, 361:11, 371:7, 374:2, 377:1, 387:8, 400:15, 400:16, 400:18, 400:23, 400:15, 410:11, 412:21, 412:22, 412:24, 413:2, 413:5, 413:6, 413:9, 413:14, 413:18, 414:15

**ram-type** [2] - 318:4, 322:5

**rams** [31] - 318:14, 324:2, 324:4, 324:5, 324:15, 324:17, 324:20, 338:12, 338:24, 339:3, 347:18, 408:14, 408:15, 409:1, 409:11, 409:12, 409:13, 410:7, 410:17, 410:21, 411:3, 411:7, 411:10, 411:19, 413:3, 416:6, 416:8, 416:9, 444:23

**ran** [2] - 410:6, 410:10

**rapidly** [1] - 433:17

**rate** [1] - 443:15

**rating** [2] - 323:19, 417:9

**RE** [2] - 306:4, 306:7

**reach** [2] - 424:24, 429:8

**reaching** [4] - 432:16, 440:15, 441:17, 442:17

**read** [15] - 330:11, 344:23, 353:20, 354:1, 356:13, 359:17, 385:20, 408:16, 409:19, 418:18, 421:12, 423:22, 431:4, 434:15, 441:22

**readiness** [2] - 440:9, 440:10

**reading** [1] - 411:12

**reads** [10] - 354:1, 390:21, 395:9, 397:4, 402:14, 402:22, 403:4, 408:11, 409:11, 440:7

**ready** [19] - 331:12, 335:15, 338:1, 343:11, 343:14, 344:6, 353:16, 355:24, 357:10, 358:17, 359:23, 360:2, 360:3, 368:25, 380:16, 384:8, 386:11, 388:5, 439:6

**realistic** [1] - 357:15

**realistically** [1] - 410:6

**realize** [1] - 400:4

**really** [21] - 324:6, 325:11, 325:25, 326:8, 331:1, 334:2, 334:11, 341:15, 347:2, 349:13, 349:18, 354:4, 373:22, 400:4, 400:20, 400:22, 410:7, 410:20, 421:24

**REALTIME** [1] - 311:17

**Realtime** [2] - 450:3, 450:13

**reason** [2] - 326:20, 445:19

**reasonable** [3] - 371:24, 401:12, 414:17

**Reasonably** [1] - 426:5

**reasonably** [3] - 425:20, 425:22, 426:5

**rebuttal** [2] - 423:4, 423:13

**receive** [7] - 334:22, 343:1, 358:8, 358:19, 384:25, 390:25, 406:14

**received** [7] - 316:8, 343:24, 346:3, 350:8, 350:25, 353:3, 356:10, 394:21, 401:14, 402:5, 402:7, 402:12, 405:23

**receiving** [1] - 390:3

**recess** [2] - 419:2, 419:4

**recessed** [1] - 449:17

**recipe** [1] - 342:21

**recognize** [1] - 406:4

**recognized** [1] - 424:24

**recognizing** [1] -

440:10

**recollection** [2] - 400:23, 403:10

**recollections** [1] - 373:23

**Recommendations** [2] - 390:22, 439:15

**record** [9] - 317:4, 320:13, 349:24, 354:11, 357:21, 419:9, 421:1, 430:25, 450:8

**RECORDED** [1] - 311:21

**recovery** [1] - 336:10

**red** [2] - 431:16, 431:19

**redacted** [1] - 421:14

**REDIRECT** [2] - 312:8, 416:4

**redo** [1] - 342:4

**reducing** [1] - 347:2

**reduction** [1] - 438:15

**redundancy** [4] - 325:12, 325:14, 332:18, 413:7

**redundant** [1] - 342:18

**refer** [2] - 429:23, 438:20

**reference** [1] - 431:5

**referenced** [4] - 313:21, 314:6, 316:13, 423:19

**references** [1] - 347:7

**referred** [1] - 329:9

**referring** [1] - 431:6

**refers** [1] - 430:2

**regaining** [1] - 438:9

**REGAN** [1] - 309:11

**regard** [2] - 411:14, 421:7

**regarding** [3] - 346:7, 350:9, 441:1

**Regional** [1] - 442:2

**registered** [1] - 450:14

**Registered** [2] - 317:20, 450:3

**REGISTERED** [1] - 311:18

**regulation** [1] - 442:12

**rehash** [1] - 421:19

**reinvolve** [1] - 414:18

**relate** [1] - 424:17

**related** [6] - 330:5, 343:25, 367:4, 385:4, 420:4, 431:2

**relating** [15] - 326:24, 351:1, 366:2, 367:11, 376:21,

440:10

**recollection** [2] - 400:23, 403:10

**recollections** [1] - 373:23

440:10

**release** [1] - 320:7

**released** [1] - 320:9

**releasing** [1] - 359:2

**relevance** [1] - 362:6

**relied** [3] - 444:12, 445:3, 445:9

**relief** [6] - 410:25, 417:7, 429:17, 438:10, 441:25, 445:22

**remaining** [2] - 313:13, 313:14

**remarkably** [2] - 444:21, 444:24

**remember** [12] - 346:21, 367:10, 373:9, 374:1, 385:2, 385:6, 385:11, 388:21, 389:24, 397:20, 400:22, 401:15

**remit** [1] - 396:5

**Remote** [1] - 437:19

**Removal** [1] - 395:9

**removal** [6] - 382:16, 382:20, 394:11, 395:4, 395:19, 396:8

**remove** [6] - 324:23, 324:25, 325:1, 327:18, 386:1, 386:2

**removed** [5] - 335:16, 377:21, 378:3, 379:5, 395:24

**removing** [6] - 326:18, 327:18, 378:18, 394:4, 394:7, 395:20

**RENAISSANCE** [1] - 310:22

**renditions** [1] - 330:21

**repair** [4] - 409:18, 409:25, 410:3, 410:14

**repairs** [3] - 407:21, 407:23, 407:25

**rephrase** [2] - 398:2, 401:8

**replace** [1] - 325:2

**replow** [1] - 421:9

**Report** [3] - 429:11, 430:12, 432:25

**report** [32] - 384:25, 391:1, 394:21, 405:23, 406:4, 406:7, 406:10, 408:2, 408:7,

380:11, 382:16, 391:7, 393:21, 395:3, 402:18, 441:9, 441:11, 448:1, 448:14

408:11, 421:10, 421:13, 421:14, 421:19, 422:4, 422:6, 423:1, 423:4, 423:7, 423:13, 423:14, 428:9, 431:2, 431:4, 436:14, 436:15, 437:21, 437:23, 438:1, 440:6, 445:5, 445:8

**reported** [2] - 367:19, 405:21

**reporter** [1] - 315:25

**REPORTER** [4] - 311:17, 311:17, 311:18, 404:17

**Reporter** [7] - 450:3, 450:4, 450:5, 450:13, 450:14, 450:14

**REPORTER'S** [2] - 357:20, 450:1

**reports** [11] - 390:3, 406:11, 406:14, 406:17, 409:11, 423:6, 423:18, 424:25, 432:17, 432:22, 433:3

**representative** [2] - 447:11, 449:6

**representatives** [2] - 346:7, 373:15

**represented** [1] - 443:10

**reputation** [1] - 427:12

**Request** [1] - 398:11

**request** [2] - 391:10, 448:12

**require** [2] - 426:10, 432:8

**required** [5] - 346:7, 404:11, 404:25, 423:24, 436:10

**requires** [1] - 427:23

**research** [2] - 448:1, 448:5

**researching** [2] - 448:17, 448:21

**reservoirs** [3] - 429:15, 433:11, 433:15

**resolved** [1] - 406:20

**resource** [1] - 391:13

**RESOURCES** [1] - 308:18

**resources** [2] - 391:6, 440:11

**respect** [19] - 319:22,

324:1, 351:17, 362:7, 364:8, 366:6, 375:2, 376:7, 380:20, 380:21, 381:9, 391:21, 396:20, 399:4, 401:23, 405:14, 405:15, 414:9, 422:3

**respond** [7] - 421:21, 442:25, 443:15, 446:5, 448:16, 449:2, 449:7

**responded** [1] - 449:4

**responders** [1] - 440:24

**responding** [2] - 364:9, 365:2

**response** [14] - 318:9, 364:19, 368:20, 370:6, 386:17, 394:7, 398:22, 398:25, 428:8, 438:15, 440:5, 440:9, 445:21, 446:6

**Response** [5] - 440:14, 440:16, 441:5, 441:13, 442:21

**response)** [1] - 397:9

**responses** [1] - 448:11

**responsibility** [7] - 386:21, 387:1, 387:3, 387:11, 387:18, 394:6, 394:10

**rest** [1] - 419:17

**restate** [1] - 404:20

**resulted** [1] - 424:5

**results** [1] - 430:11

**resume** [2] - 313:10, 431:22

**retrievable** [2] - 348:19

**return** [1] - 394:20

**revealed** [2] - 318:15, 409:15

**review** [18] - 369:16, 389:9, 392:17, 392:25, 393:6, 407:18, 418:14, 432:17, 437:2, 441:17, 442:2, 442:16, 443:9, 443:18, 443:23, 445:5, 447:19, 447:24

**Review** [5] - 390:18, 395:1, 402:22, 418:21

**reviewed** [4] - 432:23, 437:20, 440:16, 444:15

**reviewing** [1] - 385:3

**reviews** [1] - 391:18

**revise** [1] - 400:10

**revision** [1] - 315:23

**RICHARD** [4] - 308:22, 311:4, 312:9, 420:8

**Richard** [1] - 420:1

**RICHESON** [1] - 311:9

**rig** [22] - 319:1, 323:21, 323:22, 323:23, 324:20, 325:4, 326:4, 327:5, 330:16, 365:12, 365:13, 373:3, 375:21, 375:22, 383:16, 383:22, 384:6, 399:10, 407:13, 407:19, 408:12, 415:6

**Rig** [1] - 391:17

**RIG** [1] - 306:4

**right-hand** [4] - 336:14, 354:15, 402:21, 435:21

**rigs** [2] - 365:13, 365:14

**Ring** [1] - 395:9

**ring** [18] - 320:1, 322:2, 326:17, 327:22, 337:2, 337:23, 337:25, 361:25, 362:1, 366:9, 395:13, 395:15, 395:16, 395:17, 395:19, 395:23, 396:8, 417:19

**rings** [1] - 336:25

**rise** [3] - 313:7, 419:3, 419:5

**riser** [47] - 318:5, 319:10, 319:14, 332:12, 332:13, 332:16, 332:17, 332:18, 332:19, 332:23, 333:6, 333:15, 333:20, 333:21, 333:23, 334:5, 334:6, 335:15, 335:16, 335:19, 335:22, 336:4, 336:5, 338:5, 342:1, 342:3, 342:5, 342:9, 342:11, 342:12, 342:13, 343:7, 344:16,

344:17, 345:10, 345:12, 348:4, 380:10, 386:2, 415:9, 415:11, 417:9, 435:9

**risers** [2] - 333:2, 342:5

**risk** [32] - 339:7, 339:10, 375:24, 376:3, 382:18, 391:24, 391:25, 393:17, 393:20, 394:7, 415:2, 422:18, 424:6, 424:15, 425:25, 426:1, 426:17, 426:25, 427:8, 427:10, 427:16, 428:3, 429:3, 431:13, 431:14, 431:16, 431:20, 431:23, 431:24, 432:5, 433:11

**risks** [32] - 372:2, 375:11, 375:17, 376:8, 376:14, 377:5, 381:6, 382:2, 385:16, 385:22, 386:18, 387:2, 387:12, 387:14, 388:2, 388:10, 388:13, 389:6, 394:11, 396:1, 418:20, 418:21, 423:11, 426:11, 432:14, 432:15, 432:20, 434:25, 435:3, 436:22, 437:24, 437:25

**RMR** [2] - 311:17, 450:13

**Rob** [2] - 316:19, 359:6

**ROBERT** [8] - 309:18, 309:22, 312:5, 312:11, 316:25, 317:5, 420:22, 421:2

**Robert** [2] - 317:5, 421:2

**Roberts** [1] - 357:22

**ROBERTS** [1] - 310:10

**ROBIN** [1] - 307:7

**Robin** [1] - 422:14

**role** [12] - 320:14, 364:8, 371:5, 375:1, 375:3, 376:3, 376:7, 376:13, 376:24, 385:12, 387:4, 397:14

**rolled** [1] - 416:19

**ROOM** [1] - 311:18

**room** [2] - 368:16, 369:7

**rotary** [5] - 335:21, 335:25, 336:8, 336:10, 336:19

**ROUGE** [1] - 308:6

**route** [1] - 358:10

**ROV** [20] - 333:19, 335:15, 337:4, 337:14, 337:15, 337:23, 338:5, 338:20, 350:14, 354:25, 395:9, 395:17, 397:6, 444:11, 444:18, 444:24, 445:6, 445:9, 445:23

**ROV's** [4] - 363:15, 396:4, 408:13

**ROVs** [1] - 337:1

**ROY** [2] - 306:22, 306:23

**rule** [2] - 314:9, 422:10

**run** [16] - 335:21, 335:24, 336:9, 343:15, 344:3, 347:24, 356:18, 356:23, 357:3, 357:10, 408:24, 410:8, 410:24, 411:2, 411:5

**running** [5] - 341:5, 343:11, 375:20, 410:19, 413:22

**Russell** [1] - 349:20

**Rygg** [2] - 439:19, 439:24

---

## S

**s/Cathy** [1] - 450:12

**safe** [10] - 319:2, 325:16, 325:17, 325:19, 335:11, 346:17, 371:15, 425:15, 425:17, 431:23

**Safe** [1] - 426:3

**safely** [1] - 418:22

**safest** [2] - 371:12, 371:14

**safety** [8] - 421:25, 424:12, 424:14, 424:24, 425:16, 425:23, 429:13, 440:23

**Safety** [3] - 423:25, 424:4, 431:17
**sand** [1] - 356:17
**sank** [1] - 415:6
**SARAH** [1] - 308:23
**Saturday** [1] - 346:4
**saw** [12] - 337:14, 337:16, 337:18, 337:20, 357:5, 357:8, 375:7, 379:15, 383:25, 403:14, 418:8, 427:25
**scenario** [3] - 433:24, 435:8, 437:8
**schedule** [1] - 357:24
**scheduling** [1] - 401:20
**SCHELL** [1] - 311:8
**schematic** [1] - 354:14
**schematics** [1] - 417:25
**Schwebel** [2] - 359:14, 359:15
**Science** [1] - 317:16
**scientists** [1] - 376:21
**scope** [4] - 387:15, 387:19, 389:12, 389:13
**SCOTT** [1] - 308:20
**screen** [1] - 432:2
**screw** [1] - 327:23
**screwed** [1] - 361:25
**scribble** [1] - 330:13
**sea** [1] - 354:25
**seabed** [2] - 348:14, 348:23
**seal** [4] - 318:17, 333:16, 338:12, 338:13
**sealing** [2] - 318:16, 322:2
**seam** [3] - 416:19, 417:3
**SEAN** [1] - 310:22
**seat** [1] - 317:3
**seated** [1] - 419:6
**second** [16] - 319:4, 320:21, 329:6, 332:18, 333:15, 333:17, 338:13, 348:1, 379:17, 379:21, 387:17, 409:4, 433:13, 434:18, 440:21, 442:23
**secondary** [1] - 445:9
**seconds** [2] - 408:15, 420:5

**section** [2] - 319:11, 390:12
**SECTION** [4] - 306:4, 306:8, 306:11, 308:18
**sectors** [1] - 426:6
**see** [59] - 314:10, 320:25, 323:5, 324:12, 328:10, 330:23, 335:11, 335:13, 335:15, 335:21, 335:24, 336:1, 336:8, 336:12, 336:17, 336:25, 337:8, 337:24, 338:3, 341:18, 342:11, 347:16, 349:5, 353:22, 353:25, 355:4, 362:6, 377:14, 381:25, 390:7, 390:10, 390:12, 390:23, 391:8, 392:5, 392:16, 392:20, 393:11, 394:22, 394:23, 395:10, 396:14, 397:7, 398:3, 398:17, 402:15, 402:22, 403:4, 403:5, 403:8, 403:22, 403:23, 404:8, 404:11, 407:9, 407:12, 408:4, 417:25, 431:5
**seeing** [1] - 337:17
**seem** [2] - 350:21, 421:18
**segments** [1] - 320:1
**selected** [1] - 448:12
**SEM** [2] - 409:13, 409:14
**SEM's** [1] - 406:22
**send** [2] - 338:7, 355:21
**senior** [1] - 427:23
**Sensing** [1] - 437:19
**sent** [5] - 316:8, 337:12, 349:20, 384:6, 414:16
**sentence** [2] - 351:7, 425:5
**separate** [2] - 322:8, 325:8
**separates** [1] - 426:6
**separating** [1] - 340:10
**sequence** [1] - 336:24
**series** [2] - 325:8, 361:22

**serviced** [1] - 413:2
**SERVICES** [1] - 310:19
**SESSION** [1] - 306:14
**set** [7] - 326:24, 338:11, 338:13, 422:4, 431:21, 440:9
**sets** [1] - 341:13
**settle** [2] - 331:9, 371:9
**several** [1] - 319:25
**severe** [1] - 433:15
**severed** [1] - 435:9
**shall** [2] - 353:7, 356:17
**shaped** [2] - 336:2, 336:20
**shattered** [1] - 338:20
**shear** [26] - 318:14, 324:9, 324:10, 324:17, 324:18, 338:12, 339:3, 408:14, 408:15, 409:1, 409:11, 409:13, 409:15, 410:7, 410:11, 410:17, 410:21, 411:3, 411:7, 411:10, 411:19, 413:3, 416:6, 416:8, 416:9
**shelf** [1] - 361:8
**Shell** [1] - 412:9
**SHELL** [1] - 309:5
**shelved** [1] - 358:20
**ship** [4] - 340:7, 353:16, 355:24, 359:23
**shipped** [2] - 359:21, 360:3
**short** [1] - 444:25
**shorten** [1] - 414:4
**shortening** [1] - 413:23
**shorter** [1] - 341:20
**shortly** [2] - 369:20, 374:11
**show** [4] - 362:13, 381:19, 381:22, 435:24
**showing** [5] - 338:10, 349:1, 354:19, 362:9, 377:20
**shown** [13] - 335:8, 354:6, 377:17, 381:3, 381:9, 381:15, 381:18, 418:12, 425:25, 427:16, 429:4, 435:14, 441:24

**shows** [1] - 379:4
**shut** [14] - 318:19, 341:9, 346:15, 373:5, 381:23, 388:7, 399:14, 400:4, 400:8, 404:11, 404:24, 416:6, 416:9, 444:24
**shut-in** [6] - 341:9, 346:15, 381:23, 388:7, 404:11, 404:24
**shuttle** [1] - 406:21
**side** [23] - 324:24, 326:2, 327:4, 327:17, 328:3, 332:19, 336:14, 339:12, 347:19, 348:7, 348:8, 348:24, 349:3, 350:2, 351:18, 353:22, 355:15, 361:14, 363:3, 400:21
**sides** [2] - 324:22, 325:22
**signal** [1] - 338:7
**significant** [2] - 418:20, 422:23
**similar** [8] - 321:20, 321:21, 323:11, 323:16, 347:16, 347:22, 357:8, 361:11
**simple** [2] - 349:13, 393:3
**simpler** [1] - 342:9
**simplified** [1] - 377:15
**simply** [1] - 327:21
**SINCLAIR** [1] - 307:22
**Singapore** [3] - 318:10, 318:11, 382:7
**single** [13] - 321:14, 322:5, 322:13, 322:20, 322:21, 322:22, 325:8, 325:10, 356:14, 361:11, 361:23, 362:2
**single-cavity** [1] - 322:5
**single-ram** [1] - 361:11
**singles** [1] - 341:15
**sit** [2] - 355:19, 411:17
**SIT** [1] - 414:18
**situation** [8] - 333:18, 339:20, 342:18, 365:11, 389:8,

389:20, 410:18, 441:3
**situations** [1] - 329:2
**six** [4] - 328:2, 328:3, 339:2, 339:5
**size** [2] - 323:18, 324:8
**sketch** [1] - 349:20
**skipped** [1] - 328:9
**slide** [10] - 392:3, 392:5, 394:25, 395:9, 396:11, 396:17, 443:25, 444:6, 445:17
**slides** [3] - 432:22, 446:12, 448:7
**slightly** [1] - 360:4
**slings** [2] - 336:21, 337:1
**slow** [1] - 338:12
**small** [2] - 375:7, 383:6
**smaller** [1] - 324:14
**smart** [1] - 329:22
**SMITH** [1] - 310:21
**Snedden** [8] - 353:6, 366:8, 366:13, 366:15, 368:12, 398:5, 398:8, 398:23
**Snedden's** [1] - 398:14
**Society** [1] - 438:19
**soft** [1] - 381:23
**SOILEAU** [1] - 307:14
**solemnly** [2] - 316:21, 420:18
**solenoid** [3] - 408:25, 409:15, 409:17
**solution** [13] - 352:6, 364:21, 371:2, 371:6, 371:10, 371:11, 371:17, 374:9, 374:14, 374:19, 395:18, 400:2, 400:11
**solutions** [13] - 333:24, 347:9, 364:12, 366:3, 369:17, 372:20, 372:24, 373:7, 373:13, 374:6, 376:22, 388:17, 401:23
**solve** [1] - 363:17
**someone** [1] - 445:15
**sometimes** [3] - 325:16, 373:9, 413:23
**somewhere** [4] - 334:9, 364:5,

383:24, 414:6
**soon** [3] - 356:18, 359:12, 373:1
**sophisticated** [1] - 334:10
**sorry** [20] - 327:15, 339:1, 339:6, 351:11, 351:23, 352:11, 354:3, 357:14, 360:20, 377:25, 392:9, 398:1, 403:21, 404:17, 409:22, 414:1, 421:4, 435:15, 441:10
**sort** [8] - 328:24, 331:15, 334:2, 353:21, 354:17, 360:16, 395:16, 421:19
**sound** [2] - 411:12, 435:10
**sounds** [1] - 435:11
**source** [37] - 320:17, 423:25, 424:5, 432:9, 432:18, 432:19, 433:7, 433:18, 434:5, 434:14, 438:13, 439:25, 440:19, 441:1, 441:5, 441:7, 441:10, 441:11, 441:13, 441:15, 441:19, 441:22, 442:9, 442:12, 443:19, 446:9, 446:17, 446:22, 447:2, 447:7, 447:11, 447:20, 448:1, 448:14, 448:18, 449:3, 449:8
**SOUTH** [4] - 307:4, 307:14, 309:15, 310:16
**space** [1] - 426:1
**SPE** [1] - 439:13
**Special** [1] - 447:5
**specialists** [1] - 439:21
**specialty** [1] - 445:2
**specific** [14] - 321:12, 322:1, 324:8, 365:13, 365:14, 372:18, 375:21, 375:23, 376:14, 382:10, 402:3, 408:12, 432:9, 432:11
**specifically** [2] - 367:4, 444:20

**specifics** [2] - 321:11, 402:11
**specified** [1] - 322:9
**speculation** [2] - 343:17, 417:13
**speed** [1] - 431:18
**spell** [2] - 317:4, 420:25
**spelled** [2] - 352:7, 396:5
**spent** [8] - 356:16, 447:19, 447:23, 447:25, 448:5, 448:17, 448:20, 449:2
**Spill** [7] - 437:19, 440:4, 440:14, 440:16, 441:5, 441:12, 442:21
**spill** [3] - 440:5, 440:9, 446:5
**SPILL** [1] - 306:4
**spilled** [1] - 429:21
**splash** [1] - 331:7
**splashed** [2] - 331:13, 341:22
**split** [1] - 432:2
**spool** [15] - 323:7, 325:24, 331:18, 331:21, 337:15, 349:14, 360:24, 413:13, 413:23, 414:13, 414:19, 414:25, 415:3, 416:12, 418:1
**spools** [2] - 326:25, 337:19
**spotlight** [1] - 411:5
**SQUARE** [1] - 309:5
**SS** [1] - 347:12
**stab** [1] - 331:3
**stability** [1] - 337:20
**stable** [1] - 431:23
**stack** [118] - 319:12, 319:19, 319:20, 320:11, 320:21, 320:22, 321:5, 321:12, 323:4, 323:9, 324:2, 325:19, 328:25, 329:17, 330:16, 330:17, 330:21, 331:19, 332:1, 334:18, 336:17, 336:23, 337:8, 337:10, 338:18, 340:6, 341:10, 341:18, 343:5, 343:25, 346:23, 348:15, 349:6,

350:4, 351:1, 351:11, 351:12, 351:13, 352:1, 352:2, 353:12, 356:23, 359:8, 359:12, 359:18, 359:20, 359:22, 359:24, 360:2, 360:24, 362:6, 362:16, 371:7, 371:8, 372:16, 374:3, 374:23, 375:12, 376:9, 377:1, 377:18, 377:21, 377:24, 377:25, 379:2, 379:6, 379:10, 379:11, 380:3, 380:19, 380:23, 384:15, 386:8, 387:8, 388:11, 393:4, 393:12, 395:14, 397:7, 400:7, 400:15, 400:16, 400:18, 400:23, 404:8, 404:23, 408:24, 409:2, 411:7, 411:23, 412:13, 412:18, 412:21, 412:22, 413:6, 413:9, 413:15, 413:18, 414:10, 414:12, 414:15, 414:20, 415:4, 415:7, 415:15, 416:7, 416:24, 435:25
**Stack** [6] - 330:12, 330:14, 331:8, 331:9
**stack-on-stack** [4] - 343:5, 343:25, 346:23, 351:1
**stacked** [2] - 323:13, 359:19
**stacking** [2] - 321:7, 321:8
**stacks** [8] - 324:5, 338:24, 338:25, 360:16, 362:9, 412:20, 436:7, 436:11
**stages** [2] - 392:23, 392:24
**stainless** [1] - 417:18
**stand** [1] - 445:23
**standalone** [1] - 363:9
**standard** [5] - 325:5, 361:6, 362:11, 389:6, 424:24

**standing** [1] - 337:1
**start** [8] - 318:1, 320:24, 338:5, 345:1, 357:10, 357:11, 374:6, 441:10
**started** [4] - 318:2, 320:20, 372:15, 374:2
**starting** [2] - 315:18, 427:1
**starts** [1] - 319:13
**STATE** [2] - 308:3, 308:4
**State** [2] - 317:21, 450:4
**state** [3] - 317:3, 420:25, 441:21
**statement** [1] - 445:13
**States** [2] - 450:5, 450:15
**STATES** [4] - 306:1, 306:10, 306:15, 308:13
**STATES'** [1] - 307:21
**stationed** [1] - 369:1
**status** [2] - 343:6, 403:11
**stays** [1] - 401:18
**steadily** [1] - 383:5
**STENOGRAPHY** [1] - 311:21
**step** [1] - 381:14
**STEPHEN** [2] - 306:19, 308:14
**STEVEN** [2] - 308:19, 310:10
**sticking** [1] - 337:10
**still** [13] - 318:18, 334:9, 336:17, 348:7, 352:15, 356:23, 359:7, 359:11, 373:3, 373:4, 384:11, 391:20, 411:15
**stop** [11] - 319:4, 335:18, 335:23, 336:7, 371:6, 374:3, 421:22, 431:19, 443:20, 444:12, 444:19
**stopped** [1] - 336:9
**stopper** [2] - 443:24, 444:2
**stoppers** [1] - 444:8
**stopping** [2] - 371:2, 373:19
**straight** [2] - 332:16, 415:12
**straighten** [2] -

415:14, 415:20
**stream** [1] - 397:23
**STREET** [15] - 307:4, 307:11, 307:15, 307:18, 308:5, 308:10, 309:6, 309:15, 309:19, 310:7, 310:10, 310:23, 311:10, 311:14, 311:18
**stress** [3] - 379:14, 379:25, 417:7
**strike** [6] - 383:20, 389:5, 410:22, 428:11, 428:14, 429:24
**string** [3] - 336:2, 336:10, 336:19
**structure** [1] - 330:18
**studded** [3] - 323:17, 361:21, 361:22
**studs** [6] - 322:5, 322:8, 326:18, 327:18, 327:23, 361:24
**stuff** [3] - 344:6, 350:11, 411:12
**stupid** [1] - 389:25
**styles** [1] - 347:3
**subject** [4] - 314:22, 367:8, 390:15, 398:11
**subscribe** [1] - 314:25
**Subsea** [2] - 344:25, 345:8
**subsea** [31] - 317:13, 321:5, 345:6, 346:13, 347:19, 347:23, 348:18, 349:9, 350:13, 353:7, 359:8, 361:18, 362:15, 363:10, 363:13, 365:4, 365:8, 365:24, 366:2, 366:13, 366:21, 366:22, 367:1, 367:21, 368:1, 381:22, 399:21, 408:18, 410:11, 438:2, 441:25
**subsequently** [1] - 383:15
**substantially** [3] - 430:23, 433:12, 435:3
**substantively** [1] - 341:11
**substitute** [1] - 377:4
**success** [1] - 387:14

successful [1] - 408:11
successfully [2] - 407:8, 408:12
sufficient [1] - 410:14
suggest [1] - 434:5
SUITE [9] - 306:23, 307:4, 307:18, 309:6, 310:7, 310:10, 310:23, 311:4, 311:10
summarize [1] - 333:12
summary [4] - 432:22, 443:25, 446:12, 448:7
supposed [2] - 355:25, 404:3
surface [17] - 328:19, 332:16, 338:7, 338:10, 338:16, 340:10, 340:14, 348:2, 348:6, 348:10, 349:10, 355:19, 355:21, 362:6, 362:14, 363:10, 380:9
surprised [3] - 358:12, 428:1, 428:10
sustained [1] - 359:4
SUTHERLAND [1] - 310:9
swear [2] - 316:21, 420:18
swing [1] - 324:25
swings [1] - 325:1
switch [2] - 329:6, 331:25
switching [2] - 341:21, 411:22
sworn [2] - 317:1, 420:23
system [17] - 348:2, 350:14, 353:7, 353:11, 383:16, 383:23, 392:17, 392:25, 397:5, 397:11, 400:5, 408:13, 408:19, 409:14, 411:13, 413:18, 425:7
systems [2] - 317:13, 433:21

## T

T-U-R-L-A-K [1] - 317:6
tall [1] - 414:6

tapped [1] - 361:23
target [1] - 344:3
tasks [3] - 344:25, 345:6, 440:10
Team [76] - 329:9, 329:10, 331:10, 339:7, 341:4, 341:7, 356:16, 356:19, 363:16, 364:17, 364:19, 364:24, 365:8, 365:16, 365:20, 365:23, 366:7, 366:16, 366:19, 366:24, 367:14, 367:17, 367:24, 368:6, 368:9, 368:17, 368:20, 369:5, 369:6, 369:11, 369:13, 369:19, 369:25, 370:4, 370:7, 371:12, 371:21, 372:8, 372:11, 374:24, 375:2, 375:4, 375:10, 375:16, 376:24, 377:24, 378:5, 378:23, 378:25, 380:2, 385:12, 386:18, 391:18, 394:9, 394:15, 395:12, 395:18, 396:20, 397:11, 397:15, 399:7, 399:20, 400:10, 400:24, 401:2, 401:3, 401:9, 401:22, 401:25, 402:7, 402:18, 410:13, 418:21, 446:21
team [25] - 318:23, 351:4, 364:12, 370:21, 370:25, 371:16, 372:5, 374:14, 374:20, 376:13, 378:11, 380:14, 386:6, 387:4, 393:5, 393:17, 393:21, 393:24, 394:14, 394:18, 411:9, 413:17, 441:2, 445:24
Team's [3] - 329:14, 371:5, 402:4
teams [2] - 321:7, 375:15
technical [2] - 318:10, 445:3

technique [1] - 431:21
techniques [4] - 424:16, 431:21, 435:18, 438:10
technologies [1] - 448:22
technology [14] - 424:14, 432:19, 434:22, 438:2, 438:6, 438:13, 439:3, 439:5, 439:16, 447:20, 448:2, 448:18, 449:3, 449:8
temperature [4] - 339:21, 340:3, 429:15, 436:20
ten [2] - 430:23, 431:5
tender [4] - 313:17, 313:25, 423:10, 447:16
tendered [1] - 423:18
term [1] - 319:9
terms [7] - 315:14, 344:4, 425:8, 425:13, 426:22, 430:20, 440:19
test [14] - 322:13, 345:15, 348:2, 359:20, 384:18, 388:25, 407:6, 408:11, 408:19, 409:4, 409:5, 409:21, 411:14
tested [10] - 359:22, 370:23, 384:15, 384:20, 386:10, 407:7, 409:12, 409:22, 411:11, 417:7
testified [7] - 317:2, 387:21, 388:4, 389:22, 404:2, 420:24, 447:14
testify [8] - 320:14, 441:12, 442:9, 443:14, 446:16, 446:21, 447:1, 447:6
testimony [30] - 313:10, 314:16, 314:24, 315:13, 315:16, 316:21, 384:19, 420:18, 421:19, 422:2, 422:20, 422:24, 424:9, 424:17, 424:20, 425:10, 441:18, 441:21, 442:2, 442:5, 442:11, 443:9,

443:25, 444:6, 444:7, 446:12, 447:19, 447:25, 448:8
testing [10] - 340:8, 360:5, 404:15, 407:1, 407:21, 414:18, 414:24, 431:22, 448:17, 448:21
tests [1] - 415:20
Texas [2] - 317:14, 317:21
text [1] - 391:4
THE [82] - 306:4, 306:5, 306:7, 306:15, 306:19, 307:21, 308:3, 308:13, 313:7, 313:8, 313:10, 313:20, 314:4, 314:10, 314:13, 314:15, 315:6, 315:18, 315:21, 316:2, 316:11, 316:15, 316:20, 316:24, 317:3, 317:5, 333:13, 343:18, 343:20, 351:22, 352:18, 354:4, 356:7, 359:4, 362:8, 362:18, 362:20, 362:25, 363:21, 378:16, 378:19, 387:16, 387:17, 387:22, 387:25, 389:13, 389:16, 404:17, 415:25, 416:2, 417:14, 417:15, 419:1, 419:3, 419:5, 419:6, 419:11, 419:14, 419:18, 419:21, 419:23, 420:6, 420:11, 420:13, 420:16, 420:17, 420:21, 420:25, 421:2, 421:5, 421:12, 421:17, 422:7, 422:13, 423:17, 428:14, 430:4, 431:4, 431:9, 436:10, 449:12, 449:15
themselves [1] - 406:17
theoretically [4] - 328:4, 338:23, 339:3, 339:4

they've [1] - 355:10
thinking [1] - 332:11
third [3] - 348:13, 391:17, 433:16
THIRD [1] - 308:5
THOMAS [2] - 307:3, 308:19
three [21] - 341:13, 353:8, 359:7, 359:12, 359:22, 371:7, 377:1, 387:8, 400:16, 409:8, 412:24, 413:4, 413:6, 413:9, 413:14, 413:18, 414:15, 417:17, 417:20, 425:19, 445:21
three-quarter [1] - 417:17
three-ram [14] - 353:8, 359:7, 359:12, 359:22, 371:7, 377:1, 387:8, 400:16, 412:24, 413:6, 413:9, 413:14, 413:18, 414:15
throughout [3] - 364:19, 401:4, 401:10
Thursday [2] - 353:16, 355:25
tighten [1] - 322:10
timeframe [3] - 340:16, 352:9, 364:20
timekeepers [1] - 313:11
timeline [2] - 401:17, 403:16
timelines [1] - 402:2
timely [1] - 371:11
timing [1] - 344:4
title [5] - 367:8, 394:22, 396:14, 403:4, 404:7
TO [1] - 313:4
today [6] - 346:6, 364:2, 377:12, 403:17, 418:9, 422:2
together [9] - 319:11, 325:11, 362:10, 372:12, 372:23, 417:7, 418:6, 428:1, 430:18
TOLLES [1] - 310:13
took [4] - 380:9, 403:18, 410:3, 419:4
tool [3] - 336:2,

336:18, 401:20
**tooling** [3] - 395:23, 396:7, 415:19
**tools** [1] - 396:5
**top** [33] - 321:24, 323:5, 323:6, 328:25, 330:17, 333:1, 334:25, 349:7, 355:7, 361:23, 361:25, 362:2, 374:3, 374:8, 377:25, 378:7, 378:9, 378:12, 378:13, 378:18, 379:1, 379:11, 380:2, 386:7, 386:13, 390:5, 390:21, 400:7, 402:14, 413:10, 441:22, 441:24
**Top** [2] - 392:19, 420:2
**topic** [2] - 425:9, 440:13
**topics** [2] - 329:6, 411:22
**torque** [2] - 322:9, 322:10
**TORTS** [1] - 308:14
**Total** [1] - 350:17
**total** [2] - 350:21, 420:4
**touch** [1] - 421:24
**toward** [1] - 405:19
**towards** [1] - 394:4
**TOWER** [1] - 310:22
**track** [2] - 401:18, 401:23
**Tracking** [1] - 437:20
**tragedy** [1] - 329:7
**trained** [8] - 441:3, 446:5, 446:8, 446:17, 446:21, 447:1, 447:6, 447:12
**transcript** [1] - 450:7
**TRANSCRIPT** [2] - 306:14, 311:21
**transition** [2] - 360:24, 413:13, 414:13, 414:19, 414:25, 415:3, 416:12, 417:25
**Transocean** [32] - 316:1, 316:18, 317:8, 317:11, 329:13, 364:23, 365:7, 365:19, 365:22, 366:6, 366:11, 366:18, 366:23, 367:16,

367:23, 368:8, 368:12, 370:11, 371:1, 373:16, 388:19, 398:8, 399:21, 399:25, 402:1, 408:12, 411:25, 412:5, 412:8, 412:18, 419:7, 419:24
**TRANSOCEAN** [3] - 310:3, 310:3, 310:5
**Transocean's** [1] - 369:1
**transporting** [1] - 403:7
**transposed** [1] - 419:12
**treat** [1] - 425:8
**tree** [3] - 355:17, 355:19, 359:9
**TREX-11261N.2** [1] - 402:9
**TREX-11261N.2.2** [1] - 403:3
**TREX-114985.1.1** [1] - 419:10
**TREX-114985.1.1.TO** [2] - 357:19, 357:20
**TREX-11750R** [1] - 423:12
**TREX-141081** [1] - 406:2
**TREX-141081.150.2** [1] - 408:3
**TREX-141081.150.4** [1] - 409:9
**TREX-141081.5.1** [1] - 407:9
**TREX-142399** [1] - 390:6
**TREX-142399.1.1** [1] - 391:5
**TREX-142399.3** [1] - 418:10
**TREX-1423999N.9** [1] - 394:21
**TREX-142399N.10** [1] - 396:18
**TREX-142399N.10.1** [1] - 396:10
**TREX-142399N.5** [1] - 392:5
**TREX-142399N.5.1** [1] - 392:15
**TREX-144951.1.1.TO** [1] - 350:24
**TREX-144952.2.1** [2] - 398:1, 398:22
**TREX-144952.2.2** [1] - 398:2

**TREX-144954.1.1.TO** [1] - 350:7
**TREX-144961.1.1** [1] - 346:2
**TREX-144963.1.1.TO** [1] - 343:23
**TREX-144963.2.1.TO** [1] - 344:20
**TREX-144985.1.1** [1] - 357:21
**TREX-144985.2.1.TO** [1] - 357:25
**TREX-144986.2.1** [1] - 357:7
**TREX-1449861.1.TO** [1] - 356:4
**TREX-145008.1.1** [1] - 342:25
**TREX-14502.1.1.TO** [1] - 347:5
**TREX-145038.1.1** [1] - 353:2
**TREX-145038.1.2** [1] - 353:13
**TREX-145038.3.1** [1] - 353:18
**TREX-145113.57.1** [1] - 330:8
**TREX-145113.61.1. TO** [1] - 341:1
**TREX-4310.1.1.TO** [1] - 334:19
**TREX-7104.2.1** [1] - 359:13
**TREX-7104.3.1.TO** [1] - 358:6
**TRIAL** [1] - 306:14
**trial** [2] - 419:17, 422:21
**tried** [2] - 407:6, 416:20
**triple** [3] - 321:16, 351:11
**triple-cavity** [1] - 321:16
**TRITON** [1] - 306:8
**true** [3] - 326:10, 365:20, 450:7
**truth** [6] - 316:22, 420:19, 420:20
**try** [8] - 333:13, 351:22, 359:11, 361:3, 371:25, 374:3, 416:21, 445:22
**trying** [5] - 324:18, 333:12, 362:8, 362:13, 374:8
**tube** [4] - 332:12, 332:20, 332:22,

332:24
**TUESDAY** [2] - 306:5, 313:2
**Tuesday** [9] - 343:12, 343:21, 344:3, 344:7, 344:8, 345:3, 345:4, 357:4, 359:21
**Turlak** [28] - 316:19, 317:5, 317:10, 317:22, 327:24, 328:9, 353:3, 359:6, 363:16, 363:24, 377:14, 387:20, 390:7, 392:16, 393:15, 395:10, 396:12, 398:3, 401:7, 403:24, 404:8, 406:5, 407:10, 415:23, 416:5, 417:10, 418:16, 419:16
**TURLAK** [1] - 316:25
**TURLAK...................
.................** [1] - 312:5
**turn** [5] - 341:1, 344:19, 349:16, 353:13, 432:13
**turned** [2] - 349:5, 354:6
**twelve** [2] - 332:12, 342:6
**twice** [1] - 368:23
**Two** [9] - 423:2, 423:4, 423:14, 423:23, 424:8, 424:20, 429:11, 436:13, 436:15
**two** [47] - 322:24, 324:1, 325:7, 325:11, 325:24, 327:16, 327:17, 332:12, 334:9, 336:25, 341:15, 342:6, 350:13, 352:1, 352:2, 353:13, 356:16, 371:7, 374:2, 382:1, 387:8, 400:15, 400:18, 400:21, 400:23, 412:21, 412:22, 413:2, 413:5, 417:4, 417:19, 417:20, 417:23, 418:6, 418:7, 423:22, 424:8, 424:12, 426:2, 426:6, 430:16, 434:15, 434:17, 438:8,

438:10, 438:11
**two-ram** [13] - 324:1, 352:1, 352:2, 371:7, 374:2, 387:8, 400:15, 400:18, 400:23, 412:21, 412:22, 413:2, 413:5
**TX** [3] - 310:11, 310:23, 311:5
**type** [12] - 318:4, 319:24, 322:5, 322:13, 324:7, 326:17, 331:17, 331:19, 381:17, 383:7, 404:14, 428:2
**types** [2] - 324:21, 432:18

## U

**U-shaped** [2] - 336:2, 336:20
**U.S** [3] - 308:13, 308:17, 425:13
**ultimately** [3] - 377:6, 435:13, 436:2
**ultra** [4] - 429:14, 433:10, 436:19
**unaware** [1] - 449:9
**uncertainties** [1] - 425:9
**uncontrolled** [4] - 318:9, 424:7, 430:18, 447:13
**under** [4] - 339:17, 347:9, 442:12
**underlies** [1] - 430:3
**underneath** [2] - 345:15, 350:17
**undertaken** [3] - 372:22, 427:23, 427:24
**underwater** [1] - 338:21
**underway** [1] - 444:23
**undesirable** [1] - 427:15
**undo** [1] - 356:5
**undoing** [1] - 326:17
**undue** [1] - 425:17
**Unified** [2] - 376:18, 405:7
**unique** [2] - 428:4, 434:4
**unit** [1] - 363:9
**United** [2] - 450:5, 450:15
**UNITED** [4] - 306:1, 306:10, 306:15,

308:13
**Units** [1] - 424:2
**Unsafe** [1] - 426:3
**unusual** [1] - 434:4
**up** [77] - 320:1, 321:8,
321:17, 321:18,
322:5, 322:8,
323:19, 324:16,
326:3, 327:4, 327:5,
328:9, 328:11,
328:25, 332:16,
333:3, 333:4,
334:13, 334:19,
338:4, 339:23,
342:17, 344:24,
346:17, 347:20,
348:5, 348:9,
348:10, 349:10,
352:12, 353:8,
353:20, 354:3,
354:11, 354:24,
355:4, 355:21,
356:20, 357:25,
359:19, 359:22,
363:8, 363:10,
377:13, 379:18,
380:6, 380:8, 380:9,
390:6, 391:25,
397:4, 398:1, 398:2,
402:21, 409:2,
416:2, 418:10,
418:15, 425:2,
426:7, 426:14,
432:7, 433:22,
439:2, 439:4,
440:18, 441:8,
443:13, 444:4,
445:1, 445:18,
445:23, 446:14,
448:25
**update** [1] - 357:24
**Update** [1] - 390:18
**updated** [1] - 404:1
**upper** [9] - 319:11,
321:15, 321:24,
328:13, 328:17,
341:19, 354:15,
402:21, 426:20
**upward** [2] - 326:6,
347:24
**upwards** [1] - 333:18
**utilize** [3] - 349:22,
371:10, 375:10
**utilized** [1] - 397:7

---

**V**

---

**vaguely** [1] - 389:24
**valve** [27] - 325:9,
325:12, 325:13,

327:13, 327:20,
328:11, 328:12,
329:4, 347:16,
347:22, 348:9,
349:2, 349:12,
349:25, 354:21,
355:1, 355:2, 355:5,
355:6, 363:12,
363:14, 400:21,
406:23, 408:25
**valves** [25] - 325:6,
325:7, 325:9,
325:16, 325:17,
325:18, 325:22,
325:23, 325:25,
326:20, 326:25,
327:8, 328:5, 328:7,
328:16, 332:20,
333:19, 339:12,
350:13, 354:16,
362:23, 363:3,
363:4, 406:21
**Vargo** [3] - 314:11,
314:12, 420:1
**VARGO** [2] - 312:9,
420:8
**Vargo's** [1] - 315:16
**variable** [1] - 324:8
**variety** [2] - 425:9,
427:11
**various** [8] - 324:5,
326:21, 358:4,
373:18, 376:14,
377:6, 435:18,
448:22
**VBR** [1] - 322:14
**velocity** [4] - 379:13,
379:17, 379:21
**vendors** [1] - 329:12
**vent** [16] - 328:7,
328:14, 328:18,
329:3, 340:13,
346:16, 346:18,
349:9, 354:20,
354:25, 355:17,
399:13, 400:14,
403:7, 403:22
**Vent** [3] - 403:5,
404:10, 404:24
**venting** [37] - 328:22,
328:24, 328:25,
340:5, 346:9,
346:20, 347:8,
348:2, 348:5,
352:14, 352:16,
352:21, 352:24,
353:7, 353:11,
353:15, 356:22,
357:5, 358:16,
362:23, 381:19,

399:3, 399:6, 399:9,
399:12, 399:16,
399:24, 400:1,
400:19, 400:24,
401:3, 401:9,
401:10, 403:12,
403:17, 404:16
**verify** [1] - 411:13
**versus** [1] - 320:18
**vertical** [8] - 427:7,
427:9, 433:19,
434:7, 434:18,
435:18, 435:25,
438:3
**vessel** [1] - 355:22
**Vetco** [8] - 329:12,
334:4, 334:5, 334:8,
342:5, 342:9,
342:14, 342:18
**vice** [2] - 420:3,
427:23
**Vice** [1] - 446:15
**vice-president** [2] -
420:3, 427:23
**Vice-President** [1] -
446:15
**VIDEO** [2] - 312:9,
312:10
**video** [4] - 381:18,
420:1, 420:7, 420:9
**view** [4] - 314:25,
352:5, 357:15,
428:10
**visibility** [3] - 380:22,
385:13, 397:6
**VOICES** [1] - 313:9
**voided** [1] - 333:23
**VOIR** [2] - 312:12,
422:16
**volunteer** [1] - 428:19
**volunteered** [1] -
428:8

---

**W**

---

**wait** [4] - 387:17,
414:11, 414:12
**waiting** [1] - 359:19
**waived** [1] - 315:8
**walk** [2] - 347:10,
353:21
**wants** [2] - 341:4,
343:11
**WARREN** [1] - 311:13
**WASHINGTON** [5] -
308:15, 308:24,
309:20, 309:24,
311:14
**watch** [2] - 360:7,

419:17
**watching** [1] - 407:21
**water** [5] - 319:17,
339:17, 339:21,
347:4
**waters** [1] - 435:1
**way** [1] - 334:21
**ways** [3] - 378:6,
378:8, 427:11
**week** [8] - 368:23,
369:24, 372:14,
373:9, 374:12,
374:13, 374:18,
417:18
**weeks** [6] - 356:16,
382:1, 417:19,
417:21, 418:6, 418:7
**weighs** [2] - 397:21,
397:22
**weight** [2] - 334:7,
422:6
**WEINER** [1] - 311:9
**WEITZ** [1] - 307:7
**weld** [4] - 414:3,
416:19, 417:3
**welded** [5] - 332:20,
413:25, 416:19,
417:4, 417:7
**welding** [2] - 345:11,
413:25
**well-specific** [2] -
432:9, 432:11
**wellbore** [2] - 342:8,
393:13
**wellhead** [4] - 321:4,
321:5, 404:11,
404:24
**wellheads** [1] - 323:11
**Wellings** [13] - 329:21,
334:20, 337:12,
353:14, 358:7,
369:25, 390:8,
391:6, 391:13,
392:6, 403:14,
446:20
**Wellings'** [1] - 391:4
**wellings'** [1] - 392:4
**wells** [6] - 411:25,
412:5, 412:9, 424:1,
432:18, 434:2
**West** [20] - 384:22,
384:25, 385:4,
385:7, 405:15,
405:23, 406:4,
406:7, 406:11,
406:14, 407:10,
407:14, 407:18,
407:24, 408:4,
409:10, 410:5,
445:2, 445:5, 445:8

**Westlake** [2] - 368:13,
369:4
**whatever's** [1] - 381:2
**whereas** [1] - 341:14
**WHEREUPON** [8] -
313:21, 314:6,
316:13, 419:4,
420:7, 420:9,
423:19, 449:17
**WHITELEY** [1] - 308:8
**whole** [4] - 316:22,
327:1, 412:19,
420:19
**Wild** [12] - 364:24,
365:1, 371:1,
373:16, 374:1,
397:16, 397:23,
398:11, 398:15,
398:19, 399:21,
399:25
**William** [1] - 375:7
**Williams** [2] - 367:16,
367:21
**Wilson** [1] - 313:18
**WINFIELD** [1] - 307:22
**witness** [12] - 315:24,
316:17, 317:1,
333:13, 351:21,
362:19, 389:14,
416:3, 419:25,
420:23, 441:9,
441:11
**WITNESS** [13] -
316:24, 317:5,
343:20, 354:4,
362:20, 378:19,
387:16, 387:25,
389:16, 415:25,
417:15, 420:21,
421:2
**witnesses** [1] - 314:24
**word** [1] - 367:10
**words** [1] - 368:3
**Works** [2] - 318:2,
345:19
**works** [3] - 321:21,
411:14, 411:15
**worry** [1] - 379:20
**worse** [4] - 371:21,
371:25, 372:3, 372:6
**worst** [2] - 429:19,
443:1
**worst-case** [1] - 443:1
**worthy** [1] - 400:6
**wrench** [1] - 322:10
**wrenches** [1] - 322:9
**WRIGHT** [1] - 306:22
**write** [1] - 374:16
**writes** [1] - 358:10
**written** [2] - 343:20,

439:19
**wrote** [2] - 330:14, 374:21

## Y

**yard** [2] - 361:18, 416:21
**year** [3] - 318:21, 427:6, 439:14
**years** [3] - 318:7, 436:21
**yellow** [3] - 325:6, 347:17, 425:20
**yesterday** [5] - 313:12, 316:7, 316:8, 398:15, 445:12
**YORK** [2] - 307:8, 311:3
**yourself** [4] - 333:25, 370:20, 382:12, 394:17

## Z

**Z-Axis** [1] - 319:7
**Zero** [1] - 449:4
**zone** [10] - 331:7, 335:11, 346:17, 426:2, 426:3, 426:5, 428:23, 431:14, 431:16, 431:19
**zones** [1] - 426:2

## "

**"MIKE"** [1] - 309:22

**OFFICIAL TRANSCRIPT**