1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE          *
5    GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                        *
6    Applies to:                        *   New Orleans, Louisiana
                                        *
7    Docket 10-CV-02771,                *   October 1, 2013
     *IN RE:   THE COMPLAINT AND*        *
8    *PETITION OF TRITON ASSET*          *
     *LEASING GmbH, et al.*              *
9                                       *
     Docket 10-CV-4536,                 *
10   *UNITED STATES OF AMERICA v.*       *
     *BP EXPLORATION & PRODUCTION,*      *
11   *INC., et al.*                      *
                                        *
12   * * * * * * * * * * * * * * * * * *

13

14                   DAY 2, AFTERNOON SESSION
                 TRANSCRIPT OF NONJURY TRIAL BEFORE
15              THE HONORABLE CARL J. BARBIER
                  UNITED STATES DISTRICT JUDGE

16

17   Appearances:

18
     For the Plaintiffs:          Herman Herman & Katz, LLC
19                                BY:  STEPHEN J. HERMAN, ESQ.
                                  820 O'Keefe Avenue
20                                New Orleans, Louisiana 70113

21
     For the Plaintiffs:          Domengeaux Wright Roy
22                                  & Edwards, LLC
                                  BY:  JAMES P. ROY, ESQ.
23                                556 Jefferson Street, Suite 500
                                  Post Office Box 3668
24                                Lafayette, Louisiana 70502

25

                         OFFICIAL TRANSCRIPT

1   Appearances:

2

3   For the Plaintiffs:          Levin Papantonio Thomas Mitchell
                                    Rafferty & Proctor, PA
                                 BY:  BRIAN H. BARR, ESQ.
4                                316 South Baylen Street, Suite 600
                                 Post Office Box 12308
5                                Pensacola, Florida 32591

6

7   For the Plaintiffs:          Irpino Law Firm
                                 BY:  ANTHONY IRPINO, ESQ.
                                 2216 Magazine Street
8                                New Orleans, Louisiana 70130

9

10  For the Plaintiffs:          Weitz & Luxenberg, PC
                                 BY:  ROBIN L. GREENWALD, ESQ.
                                 700 Broadway
11                               New York, New York 10003

12

13  For the Plaintiffs:          Lundy Lundy Soileau & South, LLP
                                 BY:  MATTHEW E. LUNDY, ESQ.
                                 501 Broad Street
14                               Lake Charles, Louisiana 70601

15

16  For the Plaintiffs:          Morgan & Morgan
                                 BY:  FRANK M. PETOSA, ESQ.
                                 188 East Capital Street, Suite 777
17                               Jackson, Mississippi 39201

18

19  For the States'             Attorney General's Office
    Interests:                  BY:  COREY L. MAZE, ESQ.
20                                    WINFIELD J. SINCLAIR, ESQ.
                                 500 Dexter Avenue
                                 Montgomery, Alabama 36130
21

22  For the State of            Attorney General's Office
    Louisiana:                  BY:  JAMES D. CALDWELL, ESQ.
23                               1885 North Third Street
                                 Post Office Box 94005
24                               Baton Rouge, Louisiana 70804

25

OFFICIAL TRANSCRIPT

1    Appearances:

2

3    For the State of            Kanner & Whiteley, LLC
     Louisiana:                  BY:  ALLAN KANNER, ESQ.
4                                     DOUGLAS R. KRAUS, ESQ.
                                 701 Camp Street
5                                New Orleans, Louisiana 70130

6    For the United States       U.S. Department of Justice
     of America:                 Torts Branch, Civil Division
7                                BY:  STEPHEN G. FLYNN, ESQ.
                                 Post Office Box 14271
8                                Washington, D.C. 20044

9

10   For the United States       U.S. Department of Justice
     of America:                 Environment & Natural Resources
                                 Environmental Enforcement Section
11                               BY:   THOMAS BENSON, ESQ.
                                       STEVEN O'ROURKE, ESQ.
12                                     SCOTT CERNICH, ESQ.
                                       A. NATHANIEL CHAKERES, ESQ.
13                                     ANNA CROSS, ESQ.
                                       BETHANY ENGEL, ESQ.
14                                     RICHARD GLADSTEIN, ESQ.
                                       JUDY HARVEY, ESQ.
15                                     SARAH HIMMELHOCH, ESQ.
                                 Post Office Box 7611
16                               Washington, D.C. 20044

17

18   For BP Exploration &        Liskow & Lewis, APLC
     Production Inc.,            BY:  DON K. HAYCRAFT, ESQ.
     BP America Production       701 Poydras Street, Suite 5000
19   Company, BP PLC:            New Orleans, Louisiana 70139

20

21   For BP Exploration &        Kirkland & Ellis, LLP
     Production Inc.,            BY:   J. ANDREW LANGAN, ESQ.
     BP America Production             HARIKLIA "CARRIE" KARIS, ESQ.
22   Company, BP PLC:                  MATTHEW T. REGAN, ESQ.
                                       PAUL D. COLLIER, ESQ.
23                                     BARRY E. FIELDS, ESQ.
                                 300 N. Lasalle
24                               Chicago, Illinois 60654

25

1    Appearances:

2

3    For BP Exploration &            Kirkland & Ellis, LLP
     Production Inc.,                 BY:  MARTIN BOLES, ESQ.
     BP America Production            333 South Hope Street
4    Company, BP PLC:                 Los Angeles, California 90071

5

6    For BP Exploration &            Kirkland & Ellis, LLP
     Production Inc.,                 BY:  ROBERT R. GASAWAY, ESQ.
     BP America Production                 JOSEPH A. EISERT, ESQ.
7    Company, BP PLC:                      BRIDGET K. O'CONNOR, ESQ.
                                     655 Fifteenth Street, N.W.
8                                    Washington, D.C. 20005

9

10   For BP Exploration &            Covington & Burling, LLP
     Production Inc.,                 BY:  ROBERT C. "MIKE" BROCK, ESQ.
     BP America Production           1201 Pennsylvania Avenue, N.W.
11   Company, BP PLC:                 Washington, D.C. 20004

12

13   For Transocean Holdings         Frilot, LLC
     LLC, Transocean Offshore        BY:  KERRY J. MILLER, ESQ.
     Deepwater Drilling Inc.,        1100 Poydras Street, Suite 3700
14   Transocean Deepwater Inc.:      New Orleans, Louisiana 70163

15

16   For Transocean Holdings         Sutherland Asbill & Brennan, LLP
     LLC, Transocean Offshore        BY:  STEVEN L. ROBERTS, ESQ.
     Deepwater Drilling Inc.,        1001 Fannin Street, Suite 3700
17   Transocean Deepwater Inc.:      Houston, Texas 77002

18

19   For Transocean Holdings         Munger Tolles & Olson, LLP
     LLC, Transocean Offshore        BY:  MICHAEL R. DOYEN, ESQ.
     Deepwater Drilling Inc.,             BRAD D. BRIAN, ESQ.
20   Transocean Deepwater Inc.:           LUIS LI, ESQ.
                                          GRANT A. DAVIS-DENNY, ESQ.
21                                        ALLEN M. KATZ, ESQ.
                                     355 S. Grand Avenue, 35th Floor
22                                   Los Angeles, California 90071

23

24

25

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2

3    For Halliburton Energy        Godwin Lewis, PC
     Services, Inc.:               BY:   DONALD E. GODWIN, ESQ.
                                         JENNY L. MARTINEZ, ESQ.
4                                        BRUCE W. BOWMAN JR., ESQ.
                                         PRESCOTT W. SMITH, ESQ.
5                                        SEAN W. FLEMING, ESQ.
                                   1201 Elm Street, Suite 1700
6                                  Dallas, Texas 75270

7

8    For Halliburton Energy:       Godwin Lewis, PC
     Services, Inc.:               BY:  R. ALAN YORK, ESQ.
                                        GWENDOLYN E. RICHARD, ESQ.
9                                  1331 Lamar, Suite 1665
                                   Houston, Texas 77010

10

11   For Anadarko Petroleum        Kuchler Polk Schell Weiner
     Corporation, Anadarko           & Richeson, LLC
12   E&P Company LP:               BY:   DEBORAH D. KUCHLER, ESQ.
                                   1615 Poydras Street, Suite 1300
13                                 New Orleans, Louisiana 70112

14

15   For Anadarko Petroleum        Bingham McCutchen, LLP
     Corporation, Anadarko         BY:   WARREN A. FITCH, ESQ.
     E&P Company LP:                     KY E. KIRBY, ESQ.
16                                 2020 K Street, N.W.
                                   Washington, D.C. 20006
17

18   Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                                   500 Poydras Street, Room HB-406
19                                 New Orleans, Louisiana 70130
                                   (504) 589-7778
20                                 Toni_Tusa@laed.uscourts.gov

21

22

23

24

25   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.

1                          <u>I N D E X</u>

2                                                       <u>PAGE</u>

3    Robert Bea
          Cross-Examination By Mr. Brock                460
4         Redirect Examination By Ms. Greenwald         503

5    Edward Ziegler
          Voir Dire By Mr. Smith                         513
6         Direct Examination By Mr. Smith                516
          Cross-Examination By Ms. Karis                 553
7
     James Dupree
8         Direct Examination By Ms. Karis                579

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 01:31 | |
| 12:45 | |
| 01:03 | |

1      **AFTERNOON SESSION**

2      **(October 1, 2013)**

3          THE COURT:  Please be seated, everyone.

4          MR. LI:  Good afternoon, Your Honor.  Luis Li on

5      behalf of the aligned parties.  I would like to file, offer,

6      and have introduced exhibits from John Wilson's examination.

7      Opposing counsel has seen the list and there are no objections.

8          THE COURT:  Without objection, those are admitted.

9          MR. LI:  Thank you, Your Honor.

10         MR. IRPINO:  Good afternoon, Your Honor.  Anthony

11     Irpino for the PSC.  A couple of things.  First, the aligned

12     parties -- there was a typo on our list for the Gregg Perkin

13     exhibits admitted earlier that one of the parties caught.  They

14     alerted us to it.  The difference is Exhibit 11465 should have

15     said 11465R, as in "Rick."  We made the change.  This is the

16     amended list.  We would like to have that admitted.

17         THE COURT:  Without objection, that corrected list is

18     admitted.

19         MR. IRPINO:  Additionally, Your Honor, the aligned

20     parties would like to offer, file, and introduce into evidence

21     our list of 20 deposition bundles that are being admitted in

22     Phase Two.  We have -- in addition to the list itself, we have

23     a thumb drive for Stephanie, the Court, that is labeled

24     Deposition Bundles Offered, Admitted by the Aligned Parties,

25     PSC, State of Alabama, State of Louisiana, Halliburton, and

01:05 1  Transocean, dated October 1, 2013.

01:05 2          THE COURT:  These are just your depositions or all

01:05 3  the depositions that are offered by any of the parties?

01:05 4          MR. IRPINO:  They are our depositions that we

01:05 5  designated as aligned parties.  They contain all parties'

01:05 6  designations within those all parties' exhibits.  They are just

01:05 7  the ones we designated.

01:05 8          THE COURT:  How many depositions?

01:05 9          MR. IRPINO:  There are 20 total, 15 from Phase Two

01:05 10 and five from Phase One.

01:05 11         THE COURT:  I think Mr. Langan wants to say

01:05 12 something.

01:05 13         MR. LANGAN:  Yes, Your Honor.  We have talked about

01:05 14 this with the aligned parties and we understand and agree with

01:05 15 the procedure.  I just wanted to note that there's a little bit

01:05 16 of back-and-forth going on about some of the details of the

01:05 17 bundles.  There's been some tweaks in the last couple of days

01:05 18 and we may suggest some additional ones and we reserve the

01:05 19 right to do that.

01:05 20         Also, Your Honor, as we did in Phase One, we are

01:05 21 hoping that there will be a disclaimer posted when they are

01:05 22 made public that the testimony and exhibits contained within

01:05 23 the bundles are in some cases being objected to and it's

01:06 24 possible that Your Honor, at the end of the day, may strike or

01:06 25 find some of the evidence inadmissible and that ought to be

01:06    1    made clear to whoever might be looking at that.

01:06    2         **THE COURT:**  How did we do that last time?

01:06    3         **MR. LANGAN:**  I think there was a notice on the

01:06    4    website, I think.

01:06    5         **MR. IRPINO:**  Yes, Your Honor.

01:06    6         **THE COURT:**  Make sure that's there again, Mr. Irpino.

01:06    7         **MR. IRPINO:**  Will do, Your Honor.

01:06    8         **MR. LANGAN:**  Lastly, I just want to note that he

01:06    9    mentioned there's five depositions from Phase One.  That's

01:06   10    true.  Under the conventions that we have adopted after a lot

01:06   11    of discussion with Judge Shushan is that for four of those

01:06   12    five, they can simply be used for purposes of the findings and

01:06   13    conclusions at the end of the case as opposed to being argued

01:06   14    here in this courtroom.

01:06   15         **THE COURT:**  Tell me about those five again.

01:06   16         **MR. LANGAN:**  Out of the 20 that are being offered,

01:06   17    five of them are from Phase One and the rule that was adopted

01:06   18    was that to sort of lessen the burden on the Court, the only

01:06   19    use of those five would be for post-trial findings and

01:07   20    conclusions as opposed to being read into court and played in

01:07   21    court.  I think I have that right.

01:07   22         **MR. IRPINO:**  I think what it specifically was we

01:07   23    couldn't play any video clips of those five.  They could

01:07   24    certainly be used for cross or something of that nature.

01:07   25         **MR. LANGAN:**  Fair enough.

01:07    1    **THE COURT:**  Okay.  With that understanding, those are

01:07    2    admitted.

01:07    3    **MR. IRPINO:**  Specifically, Judge, we have the thumb

01:07    4    drive that's labeled as I stated.  We have a list of the 20,

01:07    5    which is titled Deposition Bundles Offered, Admitted by the

01:07    6    Aligned Parties, October 1, 2013.  And then we -- separate and

01:07    7    apart from those two, we have a list of the exhibits that are

01:07    8    within the bundles, and those are all parties' exhibits.

01:07    9    **THE COURT:**  Give all that to Stephanie.

01:07    10    **MR. IRPINO:**  Thank you, Judge.

01:07    11    **THE COURT:**  Thank you.

01:07    12    Mr. Brock.

01:07    13    **ROBERT BEA,**

01:07    14    having been duly sworn, testified as follows:

01:07    15    **CROSS-EXAMINATION**

01:07    16    BY MR. BROCK:

01:07    17    **Q.**   Good afternoon, Dr. Bea.

01:07    18    **A.**   Good afternoon.

01:07    19    **Q.**   I'm Mike Brock and I represent BP, as I think you know.

01:08    20    **A.**   Yes.

01:08    21    **Q.**   I just want to clear up a couple of things right here at

01:08    22    the front end.  First, the opinions that you offer pertain to

01:08    23    decisions made by BP relative to source control prior to

01:08    24    April 20, 2010, correct?

01:08    25    **A.**   Correct.

**ROBERT BEA - CROSS**

01:08   1   **Q.**   You offer no opinions relating to the efforts post

01:08   2   April 20, 2010 to regain control of the well, correct?

01:08   3   **A.**   That's correct.

01:08   4   **Q.**   You did not independently look at BP's post-incident

01:08   5   conduct, correct?

01:08   6   **A.**   Correct.

01:08   7   **Q.**   Now, prior to your engagement for this case, you had never

01:08   8   written a source control plan for a deepwater well for anyone,

01:08   9   had you?

01:08   10   **A.**   That's correct.

01:08   11   **Q.**   Had you even seen one before you were engaged for this

01:08   12   case?

01:08   13   **A.**   Yes.

01:08   14   **Q.**   But prior to this case, you had never written a pre-spill

01:09   15   source control plan for any company, had you?

01:09   16   **A.**   That's correct.

01:09   17   **Q.**   You had not written one for submission to the government,

01:09   18   had you?

01:09   19   **A.**   That's correct.

01:09   20   **Q.**   You had not written one for internal use at any company,

01:09   21   had you?

01:09   22   **A.**   That's correct.

01:09   23   **Q.**   Now, in this case you cannot offer an opinion as to what

01:09   24   would be required of a BOP or a capping stack to constitute a

01:09   25   sufficient mitigation for this risk assessment tool that you

ROBERT BEA - CROSS

01:09    1    call ALARP, correct?

01:09    2    A.   Not quite.

01:09    3    Q.   Let's look at your deposition, page 56, line 20 to

01:09    4    page 57, line 7.

01:09    5         Were you asked this question and did you give this

01:09    6    answer, 56, line 20 to 57, line 7:

01:10    7         "QUESTION:  What modifications or requirements for a

01:10    8    BOP were necessary for it to be a sufficient mitigation

01:10    9    barrier, in your view?

01:10   10         "ANSWER:  Well, I can't opine as an expert on

01:10   11    specific requirements for a BOP to be a sufficient

01:10   12    mitigation in the sense of meeting process safety

01:10   13    requirements for as low as reasonably practicable or the

01:10   14    U.S. Minerals Management Service requirements and for

01:10   15    rapid abatement of the source because of the limitations

01:10   16    in my expertise."

01:10   17         Were you asked that question, and did you give

01:10   18    that answer?

01:10   19    A.   Yes.

01:10   20    Q.   I want to turn now to a few questions about the oil spill

01:10   21    response plan that you mentioned in your direct examination.

01:10   22    Are we together on the topic?

01:10   23    A.   Yes.

01:10   24    Q.   You did not undertake to review the oil spill response

01:11   25    plans of other companies in preparing your opinions in this

**ROBERT BEA - CROSS**

01:11   1    case, did you?

01:11   2    **A.**    That's correct, and I stated so in my deposition.

01:11   3    **Q.**    It's also true that you do not have detailed knowledge of

01:11   4    what the industry standard is for well control in a

01:11   5    post-blowout situation.  That's true also, isn't it?

01:11   6    **A.**    Well, to the extent that I could not locate an industry

01:11   7    standard for post-blowout source control.

01:11   8    **Q.**    What you reviewed indicated that the industry plan to

01:11   9    respond to deepwater blowouts on a case-by-case basis, correct,

01:11   10   sir?

01:11   11   **A.**    Well, the only situation I can testify to are the

01:11   12   preparations by BP for Macondo.

01:11   13   **Q.**    Let's look at your deposition just to be clear.  Page 125,

01:12   14   lines 16 to 24, please.

01:12   15          **"QUESTION:**  So you're unaware of what the industry

01:12   16          standard is in responding to a potential deepwater blowout

01:12   17          as of April 20, 2010, correct?

01:12   18          **"ANSWER:**  I'm unable to identify, quote, a universal

01:12   19          industry standard for these conditions.  Rather, they seem

01:12   20          to be a case-by-case basis."

01:12   21          Were you asked that question, and did you give

01:12   22          that answer?

01:12   23   **A.**    Yes.

01:12   24   **Q.**    Now, you do know that BP's oil spill response plan

01:12   25   followed the MMS requirements and was approved by the MMS?

**ROBERT BEA - CROSS**

01:12   1   **A.**   Yes.   To the extent of what was written in the oil spill

01:12   2   response plan, but as testified by the MMS principally, Lars

01:13   3   Herbst, the expectations went beyond what was written in the

01:13   4   oil spill response plan.

01:13   5   **Q.**   We are going to look at some of Mr. Herbst's testimony in

01:13   6   a few moments.   If you would just try to focus on my question,

01:13   7   please.

01:13   8        BP's plan met the MMS requirements, didn't it?

01:13   9   **A.**   Well, I think I testified otherwise, as I said earlier

01:13   10   this morning.

01:13   11   **Q.**   Let's look at your deposition, page 106, lines 9 through

01:13   12   11.

01:13   13        **"QUESTION:**   Yes, exactly.   And you would agree that

01:13   14        MMS approved this OSRP, correct?

01:14   15        **"ANSWER:**   Yes."

01:14   16             Were you asked that question, and did you give

01:14   17        that answer?

01:14   18   **A.**   Yes.

01:14   19   **Q.**   You know that under normal conditions, MMS would not

01:14   20   approve a plan if it did not conform with the regulations?

01:14   21   **A.**   Correct.

01:14   22   **Q.**   Now, BP also submitted an initial exploration plan to the

01:14   23   MMS, correct?

01:14   24   **A.**   Yes.

01:14   25   **Q.**   You discussed that in your direct examination, did you

**ROBERT BEA - CROSS**

01:14  1   not?

01:14  2   **A.**   Yes.

01:14  3   **Q.**   As part of that plan, BP represented that it had the

01:14  4   financial capability and the resources to drill a relief well

01:14  5   in the event of an underground incident in deepwater, correct?

01:14  6   **A.**   That was one of the assurances.

01:14  7   **Q.**   Now, one of the things you mentioned on your direct

01:14  8   examination, I hope I wrote it down here correctly, but I think

01:14  9   you said that BP had never rehearsed or conducted drills with

01:15  10  regard to its response plan.  Did you say that?

01:15  11  **A.**   I don't believe I said that but rather BP's Mr. Bush.

01:15  12  **Q.**   You gave some testimony that BP had never rehearsed or

01:15  13  conducted drills.  Did you testify to that this morning?

01:15  14  **A.**   I was citing a reference of testimony to that effect, yes.

01:15  15  **Q.**   Have you done a complete review of the BP records to

01:15  16  ascertain whether or not there were any drills conducted to

01:15  17  prepare in the event of a deepwater emergency?

01:15  18  **A.**   No.

01:15  19  **Q.**   Now, you do know, do you not, that MMS conducted an

01:15  20  unannounced test of BP's spill preparedness in January of 2009,

01:15  21  correct?

01:15  22  **A.**   I do not recall that documentation.

01:16  23  **Q.**   Let's look at Exhibit 8975, please.  If you could go to

01:16  24  8975.1.1.

01:16  25          Do you see that this is a January 12, 2009 letter

ROBERT BEA - CROSS

01:16    1    to -- directed to Earnest Bush of BP America?

01:16    2    **A.**   Yes.

01:16    3    **Q.**   You would agree that this is, just by virtue of the date,

01:16    4    prior to the *Deepwater Horizon* incident?

01:16    5    **A.**   Yes.

01:16    6    **Q.**   Now, if you go to 8975.1.2, do you see here that this

01:16    7    letter says:  "In accordance with the regulation, the Minerals

01:16    8    Management Service, MMS, conducted an unannounced oil spill

01:16    9    drill with BP America."

01:16   10            Did you see that?

01:16   11    **A.**   Yes.

01:16   12    **Q.**   Had you seen that before now?

01:16   13    **A.**   I don't recall.  In addition, this is addressing oil spill

01:17   14    drill, not source control drill.

01:17   15    **Q.**   Well, if you haven't seen it, you don't really know what

01:17   16    it's about, do you?

01:17   17    **A.**   I know what it's called here.

01:17   18    **Q.**   Now let's look at 8975.1.3.  It says:  "The purpose of

01:17   19    this drill was to test your spill response preparedness and to

01:17   20    assess the effectiveness of" -- what?

01:17   21    **A.**   Your oil spill response plan.

01:17   22    **Q.**   Thank you.

01:17   23            Now, if we come down a little bit to 8975.1.4, do you

01:17   24    see here that the drill date is November 20, 2008?

01:17   25            We looked at the letter was January of 2009.  And it

**ROBERT BEA - CROSS**

01:17    1    shows the folks who are involved in administering the drill,

01:17    2    including representatives of MMS and the United States

01:18    3    Coast Guard.  Do you see that?

01:18    4    A.    Yes.

01:18    5    Q.    Let's look and see how BP did on the drill.

01:18    6          MR. BROCK:  8975.2.1.  This is 8975.2.1.

01:18    7                You can go back a little bit just quickly.

01:18    8    Thank you.  This is 8975.1.5.

01:18    9    BY MR. BROCK:

01:18   10    Q.    Do you see that MMS conveys:  "The purpose of this letter

01:18   11    is to provide you with an evaluation of this drill."

01:18   12          Do you see that?

01:18   13    A.    Yes, sir.

01:18   14    Q.    Now let's look at 8975.2.1.  "Organizational Design

01:18   15    Objectives.  Rating:  Pass."

01:18   16          Do you see that?

01:18   17    A.    Yes, sir.

01:18   18    Q.    Let's look at 8975.2.3.  "Operational Response Objectives.

01:18   19    Rating:  Pass."

01:18   20          Do you see that?

01:18   21    A.    Yes.

01:18   22    Q.    "Response Support Objectives" at 8975.2.4, "Rating:

01:19   23    Pass."

01:19   24          Do you see that?

01:19   25    A.    Yes.

**ROBERT BEA - CROSS**

01:19   1   **Q.**   "Requested Documentation.  Rating:  Pass."

01:19   2         Do you see that?

01:19   3   **A.**   Yes.

01:19   4   **Q.**   Let's look at 8975.2.5.

01:19   5         Do you see that it is communicated that safety was

01:19   6   the highest priority during the response?

01:19   7   **A.**   Yes.

01:19   8   **Q.**   Is that what you would expect?

01:19   9   **A.**   Yes.

01:19   10   **Q.**   Is that what you would want to see?

01:19   11   **A.**   Yes.

01:19   12   **Q.**   Now, you see that Mr. Danenberger is copied on this note?

01:19   13   **A.**   Yes.

01:19   14   **Q.**   I believe that you have testified that you hold him in

01:19   15   very high regard?

01:19   16   **A.**   Yes.

01:19   17   **Q.**   And there's Mr. Danenberger and his call-out is 8975.3.2,

01:19   18   correct?

01:19   19   **A.**   Correct.

01:19   20   **Q.**   Mr. Saucier, the regional supervisor of field operations,

01:19   21   is also listed there as a sender of this note, correct?

01:20   22   **A.**   Yes.

01:20   23   **Q.**   Now, the OSRP includes a plan for source control, does it

01:20   24   not?

01:20   25   **A.**   Well, not a plan for rapid abatement in source control,

ROBERT BEA - CROSS

| | | |
|---|---|---|
| 01:20 | 1 | but rather the three points you had applied. |
| 01:20 | 2 | **Q.**   Correct.  So I want to come to that, but I want to make |
| 01:20 | 3 | one point first. |
| 01:20 | 4 | **MR. BROCK:**  If we could go to 11753, please. |
| 01:20 | 5 | **BY MR. BROCK:** |
| 01:20 | 6 | **Q.**   This is a document titled "Notice to Lessees and Operators |
| 01:20 | 7 | of Federal, Oil, Gas, and Sulphur Leases and Pipeline |
| 01:20 | 8 | Right-Of-Way Holders in the Outer Continental Shelf, Gulf of |
| 01:20 | 9 | Mexico Region." |
| 01:20 | 10 | Do you see that? |
| 01:20 | 11 | **A.**   Yes, sir. |
| 01:20 | 12 | **Q.**   You are familiar with this document, are you not? |
| 01:20 | 13 | **A.**   No. |
| 01:21 | 14 | **Q.**   Pardon? |
| 01:21 | 15 | **A.**   No, I don't think so. |
| 01:21 | 16 | **Q.**   Do you recall telling us in your deposition, "Yes, I've |
| 01:21 | 17 | seen this document"? |
| 01:21 | 18 | **A.**   No, I don't. |
| 01:21 | 19 | **Q.**   Well, I'll tell you what.  We'll pass on the impeachment |
| 01:21 | 20 | because I can make the points I need to make.  We'll just keep |
| 01:21 | 21 | going. |
| 01:21 | 22 | If we look at -- well, I'm sorry.  I have to do this. |
| 01:21 | 23 | I do need to do it. |
| 01:21 | 24 | **MR. BROCK:**  Let me see deposition transcript 94, 22 |
| 01:21 | 25 | to 95, 6. |

ROBERT BEA - CROSS

01:21  1    BY MR. BROCK:

01:21  2    Q.   And I will just show you this to refresh your

01:21  3    recollection.

01:21  4    A.   Okay.

01:21  5    Q.   Do you see it's there at the bottom?

01:21  6         "QUESTION:  And, Dr. Bea, this is an MMS notice to

01:21  7         lessees, 2006.  Are you familiar with this?

01:21  8              "I will -- I was curious.  I think that's very

01:21  9         helpful.  Thank you.

01:21  10             "So back to this document, this is MMS Notice to

01:21  11        Lessees 2006-G21.  Are you familiar with this document?

01:22  12        "ANSWER:  Yes, I've seen this document before."

01:22  13             Does that refresh your recollection as to the

01:22  14        answer that you gave at your deposition?

01:22  15   A.   Yes.  Thank you.

01:22  16   Q.   And you understand that this exhibit is a notice to

01:22  17   lessees that provides guidance on oil spill response plans?

01:22  18   A.   Yes.

01:22  19   Q.   Now, if we go to TREX-11753.12.1, Section 6, do you see

01:22  20   that the notice involves three areas in which the MMS is

01:22  21   looking to operators to provide information?  Do you see that?

01:22  22   A.   Yes, sir.

01:22  23   Q.   It includes spill detection, pipeline spill detection, and

01:22  24   source control.  Do you see that?

01:22  25   A.   Yes.

OFFICIAL TRANSCRIPT

**ROBERT BEA - CROSS**

01:22   1   **Q.**   According to the MMS, Section 6c of an OSRP is supposed to

01:23   2   briefly describe general procedures developed and instituted by

01:23   3   the organization to ensure that the source of a discharge is

01:23   4   controlled as soon as possible after a spill occurs, correct?

01:23   5   **A.**   Correct.

01:23   6   **Q.**   That's TREX-11753.12.2, correct?

01:23   7   **A.**   Yes.

01:23   8   **Q.**   Now, we have looked at this before.  Let's just take

01:23   9   another quick look at it.  TREX-11754.29.7.

01:23   10   This is the language from BP's oil spill response

01:23   11   plan that relates to what should be done in the event of a

01:23   12   deepwater blowout, correct?

01:23   13   **A.**   It basically outlines the response, yes.

01:23   14   **Q.**   It also follows the notice to parties as to what should be

01:24   15   included in the oil spill response plan, does it not?

01:24   16   **A.**   Yes.

01:24   17   **Q.**   The three components are to have -- I'll just summarize

01:24   18   this -- is that the facility should be equipped with emergency

01:24   19   support systems and they should operate by alarming the

01:24   20   operator and automatically shutting down individual processes

01:24   21   or the entire platform.

01:24   22   Do you see that?

01:24   23   **A.**   Yes.

01:24   24   **Q.**   Is your interpretation of that bullet point for deepwater

01:24   25   drilling basically to have a BOP that will shut in the well in

ROBERT BEA - CROSS

| | | |
|---|---|---|
| 01:24 | 1 | the event of emergency? |
| 01:24 | 2 | **A.**   Repeat your question, please. |
| 01:24 | 3 | **Q.**   I'm going to withdraw that one and ask another one. |
| 01:25 | 4 | **A.**   Okay. |
| 01:25 | 5 | **Q.**   Because I don't think that was a good question. |
| 01:25 | 6 | Is the first bullet point essentially activating |
| 01:25 | 7 | emergency equipment? |
| 01:25 | 8 | **A.**   Yes. |
| 01:25 | 9 | **Q.**   That could be the BOP and other things, correct? |
| 01:25 | 10 | **A.**   Correct. |
| 01:25 | 11 | **Q.**   So thank you for that. |
| 01:25 | 12 | The second bullet point goes to the issue of remotely |
| 01:25 | 13 | activating emergency equipment, correct? |
| 01:25 | 14 | **A.**   Yes. |
| 01:25 | 15 | **Q.**   And that would be for deepwater drilling, would include at |
| 01:25 | 16 | least an intervention using ROVs? |
| 01:25 | 17 | **A.**   Yes. |
| 01:25 | 18 | **Q.**   The third bullet point is that in the event the spill |
| 01:25 | 19 | source cannot be controlled by the facility operator or |
| 01:25 | 20 | remotely with the safety system, BP will activate the oil spill |
| 01:25 | 21 | response plan and assemble a team of technical experts to |
| 01:25 | 22 | respond to the situation.  The team will be comprised of |
| 01:26 | 23 | personnel familiar with the facility, including production |
| 01:26 | 24 | superintendents, foremen.  The deputy incident commander or |
| 01:26 | 25 | operations section chief will be responsible for monitoring |

**ROBERT BEA - CROSS**

01:26  1   information produced by the team.

01:26  2         That is the component of the plan that involves

01:26  3   standing up the resources that are necessary to develop a plan

01:26  4   to shut in the well, correct?

01:26  5   **A.**   Yes.

01:26  6   **Q.**   Now, you agree that having experts in the field to respond

01:26  7   to a blowout is a mitigation barrier?

01:26  8   **A.**   Please repeat your question.

01:26  9   **Q.**   Sure.  You agree that having experts in the field to

01:26  10  respond to a blowout is a mitigation barrier?

01:26  11  **A.**   It can be.

01:27  12  **Q.**   Let's look at your deposition because I don't think you

01:27  13  qualified it there.  Transcript 103, 21 to 25, please.

01:27  14         **"QUESTION:**  And you would agree that having experts

01:27  15         in the field of responding to blowouts is a mitigation

01:27  16         barrier?"

01:27  17         Was your answer to that:  "Yes"?

01:27  18  **A.**   Yes.

01:27  19  **Q.**   Now, you talked a little bit earlier today about Lars

01:27  20  Herbst.  You agree that Lars Herbst, the regional director for

01:27  21  the Gulf of Mexico for MMS, testified he would expect BP to

01:27  22  staff up a team to identify source control options, correct?

01:27  23  **A.**   Yes.

01:27  24  **Q.**   He said that in part because every blowout is unique?

01:28  25  **A.**   I would infer that.  I don't know that he said that.

**ROBERT BEA - CROSS**

01:28    1    **Q.**   Let's look at your deposition, page 107, lines 15 to 20,

01:28    2    please.

01:28    3          "QUESTION:   He understood -- he also testified that

01:28    4        every blowout is unique and will require different tools,

01:28    5        correct?"

01:28    6          Was your answer to that question:   "Yes"?

01:28    7    **A.**   Yes.

01:28    8    **Q.**   Now, you have talked some today about the 1991 joint

01:28    9    industry study referred to as DEA, correct?

01:28    10    **A.**   Correct.

01:28    11    **Q.**   What you have said about that is that DEA offered some

01:28    12    conclusions on how to mitigate consequences that can occur from

01:28    13    a blowout, correct?

01:28    14    **A.**   Correct.

01:28    15    **Q.**   Now, it's true, is it not, that that document, in fact,

01:29    16    the first sentence of that document, recognizes that all

01:29    17    blowouts are different to various degrees?

01:29    18    **A.**   Yes.

01:29    19    **Q.**   Let's look at 11755.20.1.

01:29    20          This makes that very point, does it not?

01:29    21    **A.**   Yes.

01:29    22    **Q.**   In addition to that call-out 11755.20.3, this document

01:29    23    also recognizes it is impossible to generate a single optimized

01:29    24    cookbook procedure that will work in all cases and

01:29    25    circumstances.   That's true too, isn't it?

**ROBERT BEA - CROSS**

01:29  1   **A.**   These things are in general true for most emergency

01:29  2   response systems.

01:29  3   **Q.**   This document recognizes that it's also true in the

01:29  4   deepwater drilling environment, correct?

01:30  5   **A.**   Yes.

01:30  6   **Q.**   It proves that there was awareness and knowledge of that

01:30  7   at this point in time?

01:30  8   **A.**   Yes.

01:30  9   **Q.**   And that's still true today, isn't it?

01:30  10          I'll just do it this way.  That was still true as of

01:30  11  April 20, that is, that every underwater deepwater blowout

01:30  12  presents -- would present differences to various degrees?

01:30  13  **A.**   Well, the answer to that is yes, that's one of the key

01:30  14  reasons for detailed mitigation planning well in advance to

01:30  15  address the critical types of uncertainties, variabilities that

01:30  16  the responders will be faced with.

01:30  17          I've been here for the past two days listening to the

01:31  18  experts testify, Mr. Wilson, Turlak, and the impression I got

01:31  19  was the uncertainties that they were addressing and testifying

01:31  20  to in the court were the very kinds of uncertainties and

01:31  21  factors that should be addressed before a high-hazard project

01:31  22  like this is started.

01:31  23  **Q.**   You would agree that because there is no cookbook

01:31  24  procedure that would work in all cases and circumstances that

01:31  25  you would need an enormous amount of equipment to cover a

ROBERT BEA - CROSS

01:31    1    reasonable number of blowout scenarios?

01:31    2    A.   Well, I would have to know what you consider to be an

01:31    3    enormous amount of equipment.

01:31    4    Q.   Let me just direct you then to your deposition.  I'm going

01:32    5    to ask you the question the way it was asked then, page 133,

01:32    6    lines 10 through 15.  This is referring to some testimony of

01:32    7    Mr. Barnett.

01:32    8         "QUESTION:  So Mr. Barnett testified that you would

01:32    9         need an enormous amount of equipment to cover a reasonable

01:32    10        amount of scenarios.  Do you have any basis to disagree

01:32    11        with that?

01:32    12        "ANSWER:  No.  In fact, I agree with it."

01:32    13             Do you see that?

01:32    14   A.   Yes.

01:32    15   Q.   Did you testify to that?

01:32    16   A.   Yes.

01:32    17   Q.   Then 135, lines 9 through 12.

01:32    18        "QUESTION:  And you ultimately agree that you would

01:32    19        need an enormous amount of equipment?

01:32    20        "ANSWER:  Yes."

01:32    21   A.   Yes.

01:32    22        Could I comment?

01:32    23   Q.   I think your lawyer will have a chance to ask you some

01:32    24   questions.

01:33    25             Let's look at 7353.1.  You also cite the October 1998

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

01:33  1  IADC Deepwater Well Control Guidelines, do you not?

01:33  2  A.    Yes.

01:33  3  Q.    One of the key provisions to this policy is found at

01:33  4  7353.354.1 under "Emergency Response, Blowout Contingency

01:33  5  Planning."  Does this document tell us that:  "The key to a

01:33  6  sound, effective blowout contingency plan is to designate and

01:33  7  properly organize a team of individuals with the right

01:33  8  combination of technical and operational capabilities"?

01:33  9  A.    Yes.  That's very, very true.

01:33  10  Q.    To do that is a good policy and represents risk

01:34  11  mitigation, does it not?

01:34  12  A.    Yes.

01:34  13  Q.    Now, if we look at 7353.357.5, also in this document, it

01:34  14  says, like the 1991 document:  "Blowouts do not always have a

01:34  15  straightforward solution.  There are many instances where

01:34  16  precise plans cannot be formulated until certain information is

01:34  17  obtained."

01:34  18        Do you see that?

01:34  19  A.    Yes.

01:34  20  Q.    It says:  "It is important that the BTF be capable of

01:34  21  formulating feasible strategies based on experience and

01:34  22  judgment"?

01:34  23  A.    Yes.

01:34  24  Q.    Now, you are aware of the fact that BP had engaged well

01:34  25  control specialists to be available to it in the event of an

**ROBERT BEA - CROSS**

01:35   1   emergency, correct?

01:35   2   **A.** Yes.

01:35   3   **Q.** And one of the companies that BP engaged to assist in the

01:35   4   event of an emergency was a company by the name of Wild Well

01:35   5   Control, correct?

01:35   6   **A.** Yes.

01:35   7   **Q.** Do you recognize that company as a leader in the field?

01:35   8   **A.** Yes.

01:35   9   **Q.** Do you know that BP had contracts with many other

01:35   10   companies to provide specialty services if called on in the

01:35   11   event of an emergency?

01:35   12   **A.** No, I don't.

01:35   13   **Q.** You don't know that?

01:35   14   **A.** That's correct.

01:35   15   **Q.** So to the extent that that represents part of their

01:35   16   preparation and plan, you don't have awareness of that,

01:35   17   assuming that it does?

01:35   18   **A.** That's correct.

01:35   19   **Q.** Now, by virtue of the contracts that are in place, if we

01:35   20   could look at 11467.4.1, you see that this is just the

01:35   21   introductory piece to the agreement between Wild Well Control

01:35   22   and BP? Do you see that?

01:36   23   **A.** Your question?

01:36   24   **Q.** I'm just asking you to confirm for the record that this is

01:36   25   the agreement between BP and Wild Well Control.

ROBERT BEA - CROSS

01:36     1   **A.**   Well, I've only got one page right here in front of me,
01:36     2   but it's titled "Agreement."
01:36     3            "This contract is made between the following parties:
01:36     4   BP America Production Company."
01:36     5   **Q.**   You remember that we talked to you about this document at
01:36     6   your deposition?
01:36     7   **A.**   Yes.  And Wild Well Control.
01:36     8   **Q.**   Yes.
01:36     9            In this document, Wild Well is representing to BP
01:36    10   what its capabilities are as part of being included in the
01:37    11   response to an emergency, correct?
01:37    12   **A.**   Yes.
01:37    13   **Q.**   If we look at 11467.11.1, do you see here that Wild Well
01:37    14   is representing that it has "competence to perform the services
01:37    15   and has or shall obtain the necessary tools, products,
01:37    16   equipment, and personnel to provide the services"?
01:37    17   **A.**   Yes.
01:37    18   **Q.**   Then very quickly at 11467.69.1 --
01:37    19            **MR. BROCK:**  If you can just highlight beginning at
01:37    20   "In the event."
01:37    21   **BY MR. BROCK:**
01:37    22   **Q.**   "In the event of a well control incident, contractor will
01:37    23   assist company in evaluation of the situation, mobilization of
01:37    24   materials, personnel and services required in the firefighting,
01:37    25   recovery, capping, and relief well operations."

**ROBERT BEA - CROSS**

01:37   1             Do you see that?

01:37   2   **A.**   Yes.

01:37   3   **Q.**   Do you believe that it's prudent to have a company like

01:37   4   this on standby in the event of an emergency?

01:37   5   **A.**   Well, yes, it's prudent.  That's part of a predesigned

01:38   6   mitigation plan.

01:38   7   **Q.**   If we'll look at one more, please -- and I'll keep going

01:38   8   with this -- 11467.69.2.  You see here under 6.1, "Well Control

01:38   9   Services," that "Contractor shall provide or have access to, as

01:38   10   well as identify personnel to provide, but not limit itself to:

01:38   11    Firefighting, surface blowout control, capping on fire

01:38   12   capabilities, subsurface blowout control, engineering response

01:38   13   and prevention capability, relief well design, and intervention

01:38   14   and explosive expertise."

01:38   15               Do you see that?

01:38   16   **A.**   Yes.

01:39   17   **Q.**   I want to turn to a different topic, now.

01:39   18             You have characterized Shell's Process Safety

01:39   19   Management System as "outstanding" and an "A-plus," have you

01:39   20   not?

01:39   21   **A.**   For the period 1990 and specific -- or '90s and the

01:39   22   specific group I was working with, that is correct.

01:39   23   **Q.**   Let me ask you to look at your deposition at 72, line 17

01:39   24   through 22.  Were you asked this question and did you give this

01:39   25   answer?

ROBERT BEA - CROSS

01:39  1          "QUESTION:  And do you have an opinion with respect
01:39  2      to Shell's Process Safety Management System globally?
01:39  3          "ANSWER:  Yes.
01:39  4          "QUESTION:  And what is your opinion there?
01:40  5          "ANSWER:  It's A-plus, outstanding."
01:40  6              Were you asked those questions and did you give
01:40  7      those answers?
01:40  8  A.   Yes.
01:40  9  Q.   Let's look at Exhibit 142244.1.1.  Do you see that this is
01:40  10  the cover page of "Shell Offshore Gulf of Mexico Regional Oil
01:40  11  Spill Response Plan"?
01:40  12  A.   Yes.
01:40  13  Q.   Then if we will go to 142244.65.1 --
01:40  14          MR. BROCK:  And if you will, highlight the last
01:40  15  section there.
01:40  16  BY MR. BROCK:
01:40  17  Q.   Do you see that Shell's source control response plan --
01:40  18  oil spill response plan says:  "A source control group is named
01:40  19  on the spill management team.  Their duties are to assess the
01:40  20  situation, contact well control specialists or divers, as
01:41  21  necessary."
01:41  22              Do you see that?
01:41  23  A.   Yes.
01:41  24  Q.   Do you agree that the source control portion of Shell's
01:41  25  regional oil spill response plan does not have any specific

ROBERT BEA - CROSS

01:41  1   source control procedures?

01:41  2   **A.**   Well, I don't know that to be a fact because we are

01:41  3   looking at a form submitted to the Minerals Management Service.

01:41  4   A source control plan in process safety management consists of

01:41  5   much more than these things.

01:41  6   **Q.**   Sure.  Let's see what you said about this document in your

01:41  7   deposition, page 117, lines 2 through 7.

01:41  8           "QUESTION:  So in Shell's source control portion of

01:41  9       their regional oil spill response plan, they don't have

01:41  10      any specific source control procedures, correct?

01:42  11          "ANSWER:  That is correct."

01:42  12   **A.**   That's correct.

01:42  13   **Q.**   Shell's plan is to contract well control specialists or

01:42  14   divers, correct?

01:42  15   **A.**   Well, I don't know Shell's plan.  I know what they

01:42  16   responded to in the source control, and as you know, this

01:42  17   document was not part of the formation of my opinions.

01:42  18   **Q.**   Is it correct, sir, that you told us in deposition that

01:42  19   Shell's source control portion of their regional oil spill

01:42  20   response plan does not have any specific source control

01:42  21   procedures?

01:42  22   **A.**   I believe that's true.

01:42  23   **Q.**   Now, you have also characterized Exxon's process safety

01:42  24   management system as "outstanding," have you not?

01:42  25   **A.**   Again, as I attested to during deposition, in a certain

**ROBERT BEA - CROSS**

01:43    1    group and a certain time period, the 1990s.

01:43    2    **Q.**   You know, as you sit here today, that Exxon's oil spill

01:43    3    response plan contains language similar to BP's, does it not?

01:43    4    **A.**   Yes.  It looks like they were all written by the same

01:43    5    group using cut-and-paste technology.

01:43    6    **Q.**   Would you please answer my question.

01:43    7           Is Exxon's oil spill response plan similar to BP's?

01:43    8    **A.**   It is almost identical.

01:43    9    **Q.**   Let's look at Exhibit 142243.268.2.  If you look at the

01:43   10    third bullet point.

01:43   11           "In the event the spill source cannot be controlled

01:43   12    by the facility operator or remotely with a safety system,

01:43   13    ExxonMobil will activate the oil spill response plan and

01:43   14    assemble a team to respond to the situation."

01:44   15           Do you see that?

01:44   16    **A.**   Yes, sir.

01:44   17    **Q.**   Similarly, Chevron -- who you have characterized as having

01:44   18    A-plus for their safety management system -- says that it will

01:44   19    activate its oil spill response plan and assemble a team of

01:44   20    experts in the event of a well control emergency, correct?

01:44   21    **A.**   Could you please break your question or subdivide your

01:44   22    question?

01:44   23    **Q.**   Yes.  First of all, do you have an opinion with respect to

01:44   24    Chevron's process safety management system globally?

01:44   25    **A.**   The answer is yes, specific to the 1990s and ExxonMobil's

ROBERT BEA - CROSS

01:44  1   Global Risk Management Group.

01:44  2           MR. BROCK:  Let me see the first page of Dr. Bea's

01:44  3   transcript, the one that has the quote at 73, lines 1 through

01:44  4   9.  I just want to show the date of the deposition, please.

01:44  5   BY MR. BROCK:

01:44  6   Q.   Do you see it's the 14th of November 2011?

01:45  7   A.   Yes.

01:45  8   Q.   Page 73, lines 1 through 9, the question was asked of you

01:45  9   in 2011:

01:45  10          "QUESTION:  Do you have an opinion with respect to

01:45  11      Chevron's process safety management system globally?

01:45  12          "ANSWER:  Yes, I do."

01:45  13  A.   Yes.

01:45  14  Q.   What is that opinion?  Did you say "outstanding"?

01:45  15  A.   Yes.

01:45  16  Q.   Another "A-plus"?

01:45  17  A.   Yes.

01:45  18  Q.   Let's look at 142242.241.3.  Do you see here in the third

01:45  19  bullet point that Chevron, as part of its plan, will "activate

01:45  20  its oil spill response plan and assemble a team of technical

01:46  21  experts to respond to the situation"?

01:46  22  A.   Yes, we have seen that statement before.

01:46  23  Q.   Chevron's language is similar to the language that is used

01:46  24  in BP's oil spill response plan, correct?

01:46  25  A.   Very similar.

ROBERT BEA - CROSS

01:46    1    **Q.**    Now, BP had in place a strategic performance unit well

01:46    2    control response guide for the Gulf of Mexico, didn't it?

01:46    3    **A.**    Please repeat your question.

01:46    4    **Q.**    I'm sorry.  I probably went a little too fast.  Changing

01:46    5    subjects now.  I try to do that and I forgot, and I apologize.

01:46    6         BP had in place at the time of this incident a

01:46    7    strategic performance unit well control response guide for the

01:46    8    Gulf of Mexico?

01:46    9    **A.**    I believe that's correct.

01:47    10    **Q.**    If we look at 2386.1, do you see that this is the document

01:47    11    I was just referring to?

01:47    12    **A.**    Yes, sir.

01:47    13    **Q.**    As a process safety expert, you agree that developing an

01:47    14    SPU well control response guide is a good thing for a company

01:47    15    like BP to be doing?

01:47    16    **A.**    It's part of development of a process safety management

01:47    17    system.  It is very good.

01:47    18    **Q.**    Thank you.

01:47    19         If we look at 2386.9.1, at the objectives of the

01:47    20    document, the objectives are to "provide a clear concise

01:47    21    instruction to key personnel in the event of a well control

01:47    22    incident that are compatible with BP's tiered emergency

01:47    23    response system.  This will include the call out procedures,

01:47    24    the incident management team formation for a well control

01:48    25    emergency."

**ROBERT BEA - CROSS**

01:48  1         Do you see that?

01:48  2  **A.**   Yes.

01:48  3  **Q.**   Is this the right kind of thing to communicate to team

01:48  4  members?  That is, we are going to give you clear, concise

01:48  5  instructions as to where to go and what to do in the event of

01:48  6  an emergency?

01:48  7  **A.**   Yes.

01:48  8  **Q.**   Your research did not take you to the level of

01:48  9  understanding how BP implemented this plan after the event

01:48  10  occurred; is that correct?

01:48  11  **A.**   Well, that's fundamentally correct.  After the well

01:48  12  control-specific guideline I referred to in my direct testimony

01:48  13  this morning was the next step I went to that would have

01:48  14  articulated Macondo-specific elements, and I was never able to

01:48  15  locate that document.

01:48  16  **Q.**   In terms of the way in which BP's plan was implemented at

01:49  17  Macondo -- it's a little bit different question than I think

01:49  18  you answered -- the way it was implemented at Macondo, you did

01:49  19  not undertake to study that other than the citation that you

01:49  20  have just given us?

01:49  21  **A.**   That's correct.

01:49  22  **Q.**   So in terms of how quickly teams were set up, what kind of

01:49  23  concurrent operations were going on, the number of people

01:49  24  involved, whether they were organized or not in terms of going

01:49  25  forward, that's not part of your opinion to the Court?

**ROBERT BEA - CROSS**

01:49  1   **A.**   That's correct.

01:49  2   **Q.**   New topic.  I want to talk to you about ALARP for just a

01:49  3   minute.

01:49  4            **MR. BROCK:**  Let me just have TREX-11750R.18.5.

01:49  5   **BY MR. BROCK:**

01:49  6   **Q.**   This is the section of your report where you say that

01:50  7   "Acceptable and effective process safety management as low as

01:50  8   reasonably practicable mitigation barriers were non-existent."

01:50  9            Do you see that?

01:50  10  **A.**   Yes.

01:50  11  **Q.**   Then you go on and make an analysis under ALARP that I

01:50  12  described for the Court today?

01:50  13  **A.**   Yes.

01:50  14  **Q.**   Let's go down to 11750R.10.1.  This is just an excerpt

01:50  15  from your report, but you say:  "Three general approaches have

01:50  16  been used to define the as low as reasonably practicable

01:50  17  region:  Cost/benefit analyses, historic precedent analyses,

01:51  18  and standards of care analyses."

01:51  19            Correct?

01:51  20  **A.**   Yes.

01:51  21  **Q.**   You did not undertake to do a cost/benefit analysis, did

01:51  22  you?

01:51  23  **A.**   No, I didn't.

01:51  24  **Q.**   You did not -- you did not undertake to conduct a historic

01:51  25  precedent analysis, did you?

**ROBERT BEA - CROSS**

01:51  1  **A.**   I did.  That's Figure 4 in my report.

01:51  2  **Q.**   You did not undertake to do a standards of care analysis,

01:51  3  did you?

01:51  4  **A.**   For sure on the standard of care, because for this class

01:51  5  of system, there has not yet been established a standard of

01:51  6  care.  That's a work in progress.

01:51  7  **Q.**   Let's look at your deposition, page 123, lines 19 to 23,

01:52  8  relating to one of the components of the analysis.

01:52  9       **"QUESTION:**  So you didn't take analysis to determine

01:52  10      the industry standard to respond to a blowout in the Gulf

01:52  11      of Mexico on any kind of well, correct?

01:52  12      **"ANSWER:**  Correct."

01:52  13           Were you asked that question and did you give

01:52  14      that answer at your deposition?

01:52  15  **A.**   Yes.

01:52  16  **Q.**   Thank you.

01:52  17           As we discussed earlier, you cannot say that any

01:52  18  particular device would pass a cost/benefit economic analysis,

01:52  19  correct?

01:52  20  **A.**   Well, in process safety management, devices -- equipment

01:53  21  are only one of several -- seven -- components that have to be

01:53  22  put together to define the system.  So never can a single piece

01:53  23  of equipment satisfy that requirement.

01:53  24  **Q.**   Let me ask my question again just so -- let me see if I

01:53  25  can get a question and an answer.

ROBERT BEA - CROSS

01:53   1          You could not say that any particular device would

01:53   2    pass a cost/benefit economic analysis, correct?

01:53   3    **A.**   That's correct.

01:53   4    **Q.**   And in fact, in your study of this case, you have not

01:53   5    identified any technology that was required to be ALARP,

01:53   6    correct?

01:53   7    **A.**   Please repeat your question.

01:53   8    **Q.**   Let me show you your deposition, just see if this

01:53   9    refreshes your recollection.  Page 58 lines 12 to 15, were you

01:54   10   asked this question and did you give this answer and does this

01:54   11   refresh your recollection:

01:54   12          "**QUESTION:**  But you haven't identified technology

01:54   13          that was required to be ALARP?

01:54   14          "**ANSWER:**  Correct."

01:54   15   **A.**   Answer "Correct" in the context of my answer at the top of

01:54   16   this page.

01:54   17   **Q.**   Just to fill it out, if we can see the next question and

01:54   18   answer.

01:54   19          "**QUESTION:**  So you just think something needed to be

01:54   20          there, but you can't specify what?

01:54   21          "**ANSWER:**  Correct."

01:54   22   **A.**   Correct.

01:54   23   **Q.**   You agree that, in the context of industrial activities,

01:54   24   that all risks cannot be completely eliminated?

01:54   25   **A.**   Correct.

ROBERT BEA - CROSS

01:55    1    **Q.**    That some exposure to risk has to be tolerated?

01:55    2    **A.**    Accepted.

01:55    3    **Q.**    No perfect approach to determining what is acceptable and

01:55    4    desirable risk associated with an engineering system?

01:55    5    **A.**    Please repeat your question.

01:55    6    **Q.**    Do you agree there is no perfect approach to determine

01:55    7    what is an acceptable and desirable risk associated with an

01:55    8    engineering system?

01:55    9    **A.**    Yes.

01:55    10   **Q.**    Now, I want to talk to you a little bit about the

01:55    11   historical data that relates to blowouts as relates to what we

01:55    12   were talking about just a little bit earlier in the area of

01:55    13   historic precedent.

01:55    14           Do you agree that, in evaluating the risk of a

01:55    15   blowout, you need to know not only the frequency that a blowout

01:56    16   occurs, but the results of the blowouts?

01:56    17   **A.**    First, I need to know critically the frequency.

01:56    18   **Q.**    I just apologize.  If you would say that again, I didn't

01:56    19   understand it.

01:56    20   **A.**    I said you need to know first critically the frequency.

01:56    21   **Q.**    Is it also important to know the results of the blowouts,

01:56    22   frequency and results?

01:56    23   **A.**    Could you define what you mean by "results"?

01:56    24   **Q.**    Let me ask you the question the way I asked it in the

01:56    25   deposition, page 69, line 15 to 20.  Were you asked this

ROBERT BEA - CROSS

01:56  1   question and did you give this answer?

01:56  2          "QUESTION:  And you would agree that in evaluating

01:57  3       the risk of a blowout, you would need to not -- need to

01:57  4       know not only the frequency that a blowout occurs, but the

01:57  5       results of a blowout?

01:57  6          "ANSWER:  Yes, sir."

01:57  7   A.   Yes.

01:57  8   Q.   As part of your work in this case, you did not do any

01:57  9   investigation into how many wells actually were flowing until a

01:57  10  relief well could intersect.  Correct, that was not part of

01:57  11  your analysis?

01:57  12  A.   Please repeat your question.

01:57  13  Q.   Right.  So you have some assumptions in your analysis

01:57  14  about how long a well might flow.  When you did your look at

01:57  15  this case, you didn't consider how many wells actually flow

01:57  16  until a relief well would intersect, correct?

01:58  17  A.   Well, from the process safety management standpoint,

01:58  18  there's not a sufficient database yet established for this

01:58  19  class of hydrocarbon reservoir to, in fact, define stable

01:58  20  statistics, which is the direction you're reaching in.

01:58  21  Q.   Thank you for that and that's helpful.

01:58  22          Can you confirm that you didn't look into the issue

01:58  23  of relief well intersect as part of your analysis of this case?

01:58  24  A.   Well, let's see.  I need to hear your question again to

01:58  25  get the parts correct.

**ROBERT BEA - CROSS**

01:58  1    **Q.**   Will you confirm for the Court that, as part of your

01:58  2    analysis that you have presented here today, you did not

01:58  3    undertake to study with what frequency and during what times

01:58  4    relief wells were utilized to intercept to shut in a well?

01:59  5    **A.**   That's correct.

01:59  6    **Q.**   Likewise, you didn't investigate or cite to the Court the

01:59  7    number of wells that actually bridge in the process of

01:59  8    blowouts?  That is, shut themselves in.

01:59  9    **A.**   Correct.

01:59  10   **Q.**   Now, there is some data available to us about blowouts in

01:59  11   the Gulf of Mexico, isn't there?

01:59  12   **A.**   There is some data available, but, again, data applicable

01:59  13   to this category of hydrocarbon reservoir is severely limited.

01:59  14   **Q.**   One of the reasons for that -- we just have to look at

01:59  15   what's available, but one of the reasons for that is that

01:59  16   deepwater blowouts are very, very rare?

01:59  17   **A.**   That's part of it, but the uniqueness of the hydrocarbon

02:00  18   environment is a critical component in a determination of risk.

02:00  19   **Q.**   Do you agree that deepwater blowouts are very, very rare?

02:00  20   **A.**   What do you mean by "very, very rare"?  Please quantify.

02:00  21   **Q.**   Can you not answer the question?

02:00  22   **A.**   Not when I don't know what you mean by "very, very rare."

02:00  23   **Q.**   Thank you.

02:00  24        Let's look at the MMS study on this issue, 11752.1.1.

02:00  25   This study summarizes information about blowouts that occurred

**ROBERT BEA - CROSS**

02:00    1    during drilling operations on the Outer Continental Shelf from

02:00    2    1992 to 2006.  Are you aware of that?

02:00    3    **A.**   Yes.

02:00    4    **Q.**   If we look at 11752.2.2, do you see that this is a summary

02:01    5    of the findings of the MMS for this period of time?

02:01    6    **A.**   Yes.

02:01    7    **Q.**   It cites that "The blowout with the longest duration

02:01    8    during the current study was a period of 11 days, compared with

02:01    9    more than 30 days in the previous period."  I think there was a

02:01   10    15-year period they looked at previous to this?

02:01   11    **A.**   And this is true for shallow water on the shelf wells.

02:01   12    **Q.**   This is the data that's available, the Outer Continental

02:01   13    Shelf, correct?  From 1996?

02:01   14    **A.**   At this time, yes.

02:01   15    **Q.**   If we look over at 11 -- I'm sorry.  If you look at the

02:02   16    second sentence of the first call-out, it says:  "Like the

02:02   17    previous study, a significant number of blowout events were of

02:02   18    short duration.  During the current study, 49 percent of the

02:02   19    blowouts stopped flowing in 24 hours or less compared with

02:02   20    57 percent during the previous study."

02:02   21        Do you see that?

02:02   22    **A.**   Yes.

02:02   23    **Q.**   "And the current study, 41 percent lasted between one and

02:02   24    seven days."  Do you see that?

02:02   25    **A.**   Yes.

ROBERT BEA - CROSS

02:02  1   **Q.**   So for the data set that was available by this time point,
02:02  2   2006, roughly 90 percent of the wells were shut in within seven
02:02  3   days.
02:02  4   **A.**   Well, of course, that's true for this data set.  That's
02:02  5   not the data set that I have been concerned with for the past
02:02  6   41 months.
02:03  7   **Q.**   You cite in your report -- I can't remember if you
02:03  8   mentioned it this morning -- I think you did -- a West
02:03  9   Engineering study with regard to the success of BOPs in a
02:03  10  testing environment.
02:03  11          Do you recall that?
02:03  12  **A.**   The one I cited this morning was ROV intervention.
02:03  13  There's approximately 10 or so of the West Engineering studies.
02:03  14  **Q.**   One of the things you cited in your report -- I'll move
02:03  15  on.  That's fine.  Thank you for that.
02:03  16          Now, a few questions about capping stacks.  As we
02:03  17  talked earlier, you're not a qualified expert in the design of
02:03  18  blowout preventers or capping stacks, correct?
02:04  19  **A.**   That's correct.
02:04  20  **Q.**   You don't know what was called for across industry with
02:04  21  respect to a deepwater capping stack at the time of this
02:04  22  incident, do you?
02:04  23  **A.**   I have not made an industry search.
02:04  24  **Q.**   You're aware that a capping stack will not work in every
02:04  25  blowout.  You know that, though?

**ROBERT BEA - CROSS**

02:04  1  **A.**   Well, I'm not even sure I know that.

02:04  2          My expertise is process safety management.  I rely on

02:04  3  domain experts to support that, to help develop systems that

02:04  4  will be as low as reasonably practicable.

02:04  5  **Q.**   Let me just show you --

02:04  6  **A.**   I'm not the main expert in that area.

02:04  7  **Q.**   Are you done?

02:04  8  **A.**   Yes, sir.

02:04  9  **Q.**   I'm sorry.  I apologize for interrupting.

02:04  10         Just one more question and answer from your

02:04  11 deposition.  Page 46, lines 6 through 10.

02:05  12         **"QUESTION:**  Are you aware that a capping stack will

02:05  13     not work on every blowout?

02:05  14         **"ANSWER:**  Yes."

02:05  15 **A.**   Yes.

02:05  16 **Q.**   You are aware that Shell did not have a capping stack as

02:05  17 of April 20, 2010, suitable for deepwater usage, correct?

02:05  18 **A.**   Please repeat your question.

02:05  19 **Q.**   Okay.  And you're aware that Shell did not have a capping

02:05  20 stack as of April 20, 2010, suitable for deepwater usage?

02:05  21 **A.**   I think that's correct.

02:05  22 **Q.**   Chevron did not have a deepwater capping stack as of

02:05  23 April 20, 2010?

02:05  24 **A.**   I think that's also correct.

02:06  25 **Q.**   Exxon did not have a capping stack as of April 20, 2010?

**ROBERT BEA - CROSS**

1  **A.**   Well, that's due to limitations in my expertise.

2  Certainly I don't have that domain expertise.

3  **Q.**   I'm just going to show you another deposition excerpt

4  here, page 51, line 23 to 52, line 8.  So the first question is

5  about Shell, and then the question is:

6       "QUESTION:  And that's the same for Exxon, correct?

7       "ANSWER:  Correct.  Exxon did not have a capping

8       stack as of April 20, 2010."

9  **A.**   That's my knowledge, yes.

10 **Q.**   You're also aware that as of April 20, 2010, the MMS did

11 not require of operators a prebuilt capping stack?

12 **A.**   Well, their requirements did not carry to that level, but

13 the requirement was to abate as rapidly as possible.

14 **Q.**   Are you aware that Mr. Herbst has testified that he did

15 not believe the expectation would be that BP would develop

16 something or have something available for a very low

17 probability event like the Macondo incident?

18       Do you remember that testimony?

19 **A.**   I don't.

20 **Q.**   Do you want to see it?

21 **A.**   Please.

22 **Q.**   Lars Herbst transcript, 301, lines 13 to 23:

23       "QUESTION:  What about in regards to preparing for a

24       low probability, high consequence event like the Macondo

25       incident?

ROBERT BEA - CROSS

02:08   1       "ANSWER:  There is no real historical context as far
02:08   2   as what would be needed.  I don't believe the expectation
02:08   3   would be that they would develop something or have
02:08   4   something available for a very low probability event."
02:08   5       Then if we could go to 458, lines 5 through 8:
02:09   6       "QUESTION:  Was there any MMS regulation that
02:09   7   required a drilling contractor to have a capping stack
02:09   8   assembled?
02:09   9       "ANSWER:  No."
02:09   10  BY MR. BROCK:
02:09   11  Q.   Were you familiar with that testimony?
02:09   12  A.   I think so.  My impression -- I'm recalling this testimony
02:09   13  is the exact reason for diligent qualified process safety
02:09   14  management because low probability events that are severe in
02:09   15  consequences, in fact, have to be prepared for.
02:09   16  Q.   I was asking you the question oriented to MMS
02:09   17  expectations.  And you agree, do you not, that MMS did not
02:09   18  expect that an operator or a drilling contractor would have a
02:10   19  capping stack, correct?
02:10   20  A.   And that's as he testified.
02:10   21  Q.   Yes.  Thank you.
02:10   22       Now, let's turn back just for a minute to DEA-63.  I
02:10   23  have just a few more questions about that.
02:10   24       The report was issued in 1991, correct?
02:10   25  A.   Yes.  The first one.

ROBERT BEA - CROSS

02:10  1    **Q.**   You note that DEA-63 offered multiple conclusions on how

02:10  2    to mitigate the high consequences of a deepwater event,

02:10  3    correct?

02:10  4    **A.**   Yes.

02:10  5    **Q.**   Then you have also talked about the SPE IADC conference

02:10  6    that took place in 2003, right?

02:10  7    **A.**   Yes.

02:10  8    **Q.**   I want to turn your attention now to TREX-6299.1.1.  It's

02:10  9    fairly old, so I don't think we have the best copy.  But you

02:10  10   see that's dated February 21, 2003, correct?

02:11  11   **A.**   Yes, sir.

02:11  12   **Q.**   That's the document you were talking about, correct?

02:11  13   **A.**   Yes, I believe so.

02:11  14   **Q.**   Let's turn to Slide 6 of that presentation, 6299.6.1.

02:11  15          Can you see, it has a list there of blowout

02:11  16   containment procedures?  And it reads:  "The most recent

02:11  17   blowout containment procedures can be found in the DEA-63

02:11  18   floating vessel blowout control which was released in 1990."

02:11  19          Do you see that?

02:11  20   **A.**   Yes.

02:11  21   **Q.**   At that time DEA considered deepwater to be 1500, correct?

02:11  22   **A.**   Correct.

02:11  23   **Q.**   Operators were in deeper water than that at this point in

02:11  24   time, were they not?

02:11  25   **A.**   Yes.  They envisioned it, and I testified to that earlier

ROBERT BEA - CROSS

02:11    1    today.

02:11    2    **Q.**   Now, if we look at 11755.1.1, this is the joint industry

02:12    3    program for floating vessel blowout control that's referenced

02:12    4    in the slide that we just looked at, isn't it?

02:12    5    **A.**   Yes, sir.

02:12    6    **Q.**   Let's look at who participated in this presentation and

02:12    7    meeting.  11755.18.1.  This is the list of participants there,

02:12    8    correct?

02:12    9    **A.**   Yes.

02:12    10   **Q.**   Then if we go forward a little more, we see that all of

02:12    11   the companies and regulatory agencies that were listed on that

02:12    12   previous slide had awareness of the project.  Correct?

02:12    13   **A.**   Yes.

02:12    14   **Q.**   MMS was a participant?

02:12    15   **A.**   Yes.  Amoco as well, who was a member of BP.

02:12    16   **Q.**   Amoco was a predecessor to BP?

02:12    17   **A.**   Correct.

02:12    18   **Q.**   Yeah, I know.

02:12    19          TREX-11755.23.1 talks about vertical intervention

02:13    20   requires that there is some mechanical competence to the well

02:13    21   at the seafloor.  Do you see that?

02:13    22   **A.**   Yes, sir.

02:13    23   **Q.**   It concludes:  "If not, relief well drilling is probably

02:13    24   the only alternative."  Do you see that, the last sentence?

02:13    25   **A.**   I see the two sentences you have read, but the intervening

ROBERT BEA - CROSS

02:13  1  sentences provide more context.

02:13  2  **Q.**   Sure.  Technique may not be possible if it is broached

02:13  3  around the structural pipe and the well is cratered.  And it

02:13  4  talks about other conditions, doesn't it?

02:13  5  **A.**   Yes.

02:13  6  **Q.**   But as of 2003, the standard, as reflected in these slides

02:13  7  at least, is to the effect that if there are complications, at

02:13  8  that point relief well drilling is the only alternative,

02:13  9  correct?

02:14  10  **A.**   For the ecocenter (phonetic) whom they identify, correct.

02:14  11  **Q.**   Now, if we go to TREX-11755.42.1, this again is from DEA,

02:14  12  but it's what's referred to in 2003 as the standard, isn't it?

02:14  13  **A.**   Appears to be.

02:14  14  **Q.**   Yes.  It says here:  "Affixing the capping stack to casing

02:14  15  that is bent at an angle, egged, lipped, eroded, or split may

02:14  16  be difficult."

02:14  17        Do you see that?

02:14  18  **A.**   Yes.

02:14  19  **Q.**   It's saying:  "It is recognized that this will probably be

02:14  20  applicable only in certain low pressure situations."

02:14  21        Do you see that?

02:14  22  **A.**   I see the sentence, yes.  Mr. Turlak this morning

02:14  23  addressed such issues.

02:14  24  **Q.**   If you'll just please focus on my questions, I'm almost

02:15  25  done.  Okay?

**ROBERT BEA - CROSS**

| | | |
|---|---|---|
| 02:15 | 1 | **A.**   Yes, sir. |
| 02:15 | 2 | **Q.**   Will you do that? |
| 02:15 | 3 | **A.**   Of course. |
| 02:15 | 4 | **Q.**   Okay.  Thank you. |
| 02:15 | 5 | If you will look at TREX-11755.49.3.  Referring to |
| 02:15 | 6 | DEA-63, it specifically states that "equipment design is beyond |
| 02:15 | 7 | the scope of this Phase I study," does it not? |
| 02:15 | 8 | **A.**   Yes, that's what it says. |
| 02:15 | 9 | **Q.**   Phase I study was at the idea-generation stage of looking |
| 02:15 | 10 | at potential solutions, correct? |
| 02:15 | 11 | **A.**   Yes. |
| 02:15 | 12 | **Q.**   If we look next at 11755.49.2, do you see that it says: |
| 02:15 | 13 | "Initiation of Phase II of this study is not recommended at |
| 02:16 | 14 | this time"?  Do you see that? |
| 02:16 | 15 | **A.**   Yes.  I address the reasons for that in my testimony. |
| 02:16 | 16 | **Q.**   Sure.  But this is the standard that still applies over in |
| 02:16 | 17 | 2003, isn't it? |
| 02:16 | 18 | **A.**   Well, it's not a -- or a standard.  The intent is to alert |
| 02:16 | 19 | industry to the forthcoming risks and challenges so the |
| 02:16 | 20 | industry owners/operators can be properly prepared when those |
| 02:16 | 21 | opportunities are being developed. |
| 02:16 | 22 | **Q.**   "Continuing into Phase II is not warranted at this time, |
| 02:16 | 23 | however."  Do you see that? |
| 02:16 | 24 | **A.**   Yes. |
| 02:16 | 25 | **Q.**   And IADC, the document you cite, says that in 2003 this is |

ROBERT BEA - CROSS

02:16  1   still the standard, correct?

02:16  2   A.   Yes.

02:16  3   Q.   In fact, if we go back to IADC 7353.414.1, the

02:17  4   recommendation that comes out of that body -- after citing

02:17  5   back, I believe it does -- is that additional research needs to

02:17  6   be conducted.  Do you see that?

02:17  7   A.   Yes.

02:17  8   Q.   It says:  "The concept of injection at the source of the

02:17  9   blowout on the seabed merits further study."  Do you see that?

02:17  10  A.   Yes.

02:17  11  Q.   If you look at the three things they are talking about --

02:17  12  offering the best strategy to minimize the effects of deepwater

02:17  13  well blowouts -- they are talking about mechanical

02:17  14  containment -- that's like boom, right?

02:17  15  A.   Correct.

02:17  16  Q.   -- dispersants and burning.  But IADC is not saying that a

02:17  17  capping stack is standard of care, are they?

02:17  18  A.   I don't know.  That's not what I did in this case.

02:18  19  Q.   What I'm saying is that as of this date IADC is not saying

02:18  20  that development of a capping stack is required.  They are not

02:18  21  saying that, are they?

02:18  22  A.   I don't recall.  Certainly they are not listing it here in

02:18  23  these conclusions.

02:18  24  Q.   Last topic.  BP Alaska's surface capping stack.

02:18  25           Do you remember giving testimony earlier today that

ROBERT BEA - CROSS

02:18  1   BP had concluded that the use of a capping stack can reduce

02:18  2   shut-in time by 50 percent?  Do you remember saying that?

02:18  3   **A.**   Yes, sir.

02:18  4   **Q.**   But you know and you agree that the BP Alaska document is

02:18  5   referring to surface capping?

02:18  6   **A.**   Surface capping onshore shallow water.

02:18  7   **Q.**   Did you tell us in your deposition that the Alaska

02:19  8   document that you referred to today, 11 -- I don't have the

02:19  9   exhibit number, but the BP Alaska document that you refer to in

02:19  10  your report is a document that refers to surface capping?

02:19  11  **A.**   Yes.

02:19  12  **Q.**   And so when they said that you can reduce capping time by

02:19  13  50 percent on a surface well with the use of a capping stack,

02:19  14  you can't just translate that over to a deepwater well, can

02:19  15  you?

02:19  16  **A.**   No.  You have to interpret for the conditions.

02:19  17           **MR. BROCK:**  Thank you.

02:20  18           **THE COURT:**  Redirect.

02:20  19           **MS. GREENWALD:**  Robin Greenwald for the plaintiffs

02:20  20  and the aligned parties.

02:20  21                    **REDIRECT EXAMINATION**

02:20  22  BY MS. GREENWALD:

02:20  23  **Q.**   Dr. Bea, I'm going to jump around a little bit and just

02:20  24  pick up on a couple of points.

02:20  25           Dr. Bea, Mr. Brock showed you 8975, which was either

**ROBERT BEA - REDIRECT**

02:20  1    a 2006 or a 2008 surprise MMS drill.  Do you remember that
02:20  2    document at the beginning of your cross-examination?
02:20  3    **A.**    Yes.
02:20  4    **Q.**    It's your opinion, isn't it, that BP never conducted any
02:20  5    drills on deepwater source control measures, right?
02:20  6    **A.**    Yes.
02:20  7    **Q.**    It is not your testimony that BP never conducted any drill
02:20  8    at all involving anything involving the oil spill response
02:21  9    plan?
02:21  10   **A.**    Correct.
02:21  11   **Q.**    Now, Mr. Brock was also asking you questions about the oil
02:21  12   spill response plan, and you wanted to continue an answer about
02:21  13   whether expert -- this was the question -- about experts in the
02:21  14   field can be -- whether they can be a mitigation barrier, and
02:21  15   you wanted to explain that.  He invited me to ask it, so I'm
02:21  16   asking it.
02:21  17          In what way -- when do you think experts in the field
02:21  18   can be a mitigation measure, and when can't they be?
02:21  19   **A.**    They can't be if they are not true experts.  Having worked
02:21  20   55 years in this field, I've learned that there are many
02:21  21   different quality levels -- I'll call it expertise levels -- in
02:21  22   experts.  Very difficult problems require very competent
02:21  23   experts.  So I have just got a natural concern when I hear
02:22  24   experts are a mitigation barrier.  Sometimes they can in fact
02:22  25   promote trouble.

ROBERT BEA - REDIRECT

02:22    1              MS. GREENWALD:  Carl, can you please pull up 11467 --
02:22    2    TREX, I'm sorry.
02:22    3    BY MS. GREENWALD:
02:22    4    Q.    Now, Mr. Brock showed you his contract between BP and
02:22    5    Wild Well Control -- well, he showed you excerpts of it?
02:22    6    A.    Yes.
02:22    7    Q.    I'm going to show you another one.
02:22    8    A.    Yes.
02:22    9              MS. GREENWALD:  If you could please go to 11467.66.1.
02:22   10    If you can please highlight the whole Section 5.1, the title 5
02:22   11    and 5.1.  Section 5 is called "Preparations for Well Control
02:23   12    Incidents."
02:23   13              Thank you, Carl.
02:23   14    BY MS. GREENWALD:
02:23   15    Q.    Right below that it says "Emergency Response Plans."  I
02:23   16    would like to read to you what it says.
02:23   17              It says:  "As part of its planned response to a well
02:23   18    control incident, company will have fully developed emergency
02:23   19    response procedures."
02:23   20              Am I correct, Dr. Bea, that you assume that "company"
02:23   21    here refers to BP and not to Wild Well Control?
02:23   22    A.    That's correct.
02:23   23    Q.    "When requested, contractor" -- would that be Wild Well
02:23   24    Control?
02:23   25    A.    Correct.

**ROBERT BEA - REDIRECT**

02:23   1   **Q.**   -- "contractor shall jointly develop emergency response

02:23   2   plans for the specific operations."

02:23   3         **MS. GREENWALD:**  If you can also, now, Carl, please go

02:23   4   to TREX-11467.69.1.  Nope, I'm wrong.  I'm sorry.  .89.1.

02:24   5         Thank you.  If you can pull up the box that says

02:24   6   "Capping Stacks (Optional)" and take it down to the number 2

02:24   7   under notes and call that out, please.

02:24   8   **BY MS. GREENWALD:**

02:24   9   **Q.**   Now, if you can see the notes, it says, "Completion of the

02:24  10   capping stack table is optional, as company shall endeavor to

02:24  11   have a separate contract to address these"; is that right?

02:24  12   **A.**   That's correct.

02:24  13   **Q.**   Did Mr. Brock show you such a contract?

02:24  14   **A.**   No.

02:24  15   **Q.**   Number 2:  "The possible configurations of capping stacks

02:24  16   is unlimited."

02:24  17         Then it goes on to talk about all the various options

02:24  18   of capping stacks; is that right?

02:24  19   **A.**   Yes.

02:24  20   **Q.**   Now, Mr. Brock asked you a lot of questions about whether

02:25  21   there could be a cookbook recipe for any possible scenario of a

02:25  22   blowout.  Do you remember several questions about that?

02:25  23   **A.**   Yes.

02:25  24   **Q.**   In the world of process safety management, is it ever an

02:25  25   excuse to not endeavor in a process safety management risk

ROBERT BEA - REDIRECT

02:25   1   assessment because there may be a scenario in which a cookbook

02:25   2   recipe might not work for the situation?

02:25   3          MR. BROCK:  I'm going to object to leading,

02:25   4   Your Honor.

02:25   5          THE COURT:  Overruled.

02:25   6          THE WITNESS:  One of the key things we have learned

02:25   7   in process safety management is you can never forecast and

02:25   8   predict everything that's important.  And consequently, within

02:25   9   process safety management are approaches and strategies that we

02:25  10   have developed through very, very painful experience to address

02:26  11   what we call the unknown unknowables.  There are situations

02:26  12   that you can't foresee and have to be addressed by domain

02:26  13   experts.  We'll call it -- "I don't know what to do" is never

02:26  14   an excuse in mature process safety management.

02:26  15          One of the examples that I use is, a very good

02:26  16   friend of mine, goes back 10 years, is Captain Sully

02:26  17   Sullenberger.  Captain Sullenberger came to our group at

02:27  18   Berkeley because he wanted to learn what we had been learning

02:27  19   about this process safety management, interactive management in

02:27  20   unpredictable, unknowable situations.

02:27  21          Well, Captain Sullenberger does become a hero.

02:27  22   The engineers who engineered the airplane that landed on the

02:27  23   Hudson had also learned -- that's air jets -- and he had put

02:27  24   back flow valves over the air intakes so that the plane,

02:27  25   normally landing on land, could land on water.  So this

ROBERT BEA – REDIRECT

02:27  1   marvelous combination of preparing people to succeed in
02:27  2   impossible situations is exactly what process safety management
02:27  3   is about.
02:28  4   **BY MS. GREENWALD:**
02:28  5   **Q.**   Dr. Bea, this is not an impossible situation, though,
02:28  6   right, the Macondo well, because, in fact, existing technology
02:28  7   worked to cap the well, right?
02:28  8   **A.**   That's what's so frustrating.
02:28  9             **MS. GREENWALD:**  Thank you.  I have no further
02:28  10  questions.
02:28  11            **THE COURT:**  Thank you, Dr. Bea.
02:28  12            **THE WITNESS:**  Thank you.
02:28  13            **MR. BRIAN:**  Brad Brian for Transocean and the aligned
02:28  14  parties.
02:28  15            Before calling our last live witness, we would
02:28  16  propose to play the two remaining deposition clips of Lars
02:28  17  Herbst, the Minerals Management Service representative on the
02:28  18  Unified Command who signed off on Top Kill and attended the
02:28  19  May 29 presentation by BP, and Charles Holt, BP's ops manager
02:28  20  for Top Kill.  They are about 20 minutes between the two of
02:28  21  them.
02:28  22            **THE COURT:**  Let's go ahead and play those two.  Then
02:28  23  we'll take our afternoon recess before the last live witness.
02:28  24            **MR. BRIAN:**  Thank you, Your Honor.
02:30  25            (Video deposition clips of Lars Herbst and Charles

| | |
|---|---|
| 02:30 | 1 |
| 02:46 | 2 |
| 02:56 | 3 |
| 03:08 | 4 |
| 03:08 | 5 |
| 03:08 | 6 |
| 03:08 | 7 |
| 03:09 | 8 |
| 03:09 | 9 |
| 03:09 | 10 |
| 03:09 | 11 |
| 03:09 | 12 |
| 03:09 | 13 |
| 03:09 | 14 |
| 03:09 | 15 |
| 03:09 | 16 |
| 03:09 | 17 |
| 03:09 | 18 |
| 03:09 | 19 |
| 03:09 | 20 |
| 03:09 | 21 |
| 03:09 | 22 |
| 03:09 | 23 |
| 03:09 | 24 |
| 03:10 | 25 |

1  Holt played.)

2  **THE COURT:**  Let's take a 15-minute recess.

3  (Recess.)

4  **THE COURT:**  Please be seated.  Okay.

5  **MS. GODLEY:**  Your Honor, Tammy Godley on behalf of

6  Transocean for the aligned parties.  I want to file, offer, and

7  introduce a flash drive with the video of the clips played by

8  the aligned parties during our case in chief, along with the

9  binders that were provided to the Court with the transcripts

10  and exhibit call-outs used with the video clips.

11  **THE COURT:**  Any objections from anyone?  Hearing

12  none, those are admitted.

13  Next witness.

14  **MR. SMITH:**  Your Honor, Prescott W. Smith for

15  Halliburton and for the aligned parties.  The aligned parties

16  would call Edward Ziegler.

17  **MS. KARIS:**  If we may address one issue before

18  Mr. Ziegler begins to testify?

19  **THE COURT:**  Closer to the microphone.

20  **MS. KARIS:**  I'm sorry.  Hariklia Karis for BP.  I

21  wanted to address with the Court one issue before Mr. Ziegler

22  begins his testimony.

23  **THE COURT:**  Okay.

24  **MS. KARIS:**  Having heard Mr. Perkin, Mr. Wilson,

25  Dr. Bea -- Dr. Wilson, Mr. Perkin, and Dr. Bea and reviewing

03:10  1   the report of Mr. Ziegler, there appears to be a substantial

03:10  2   amount of overlap and cumulativeness between what Mr. Ziegler

03:10  3   has in his report and the testimony that the parties -- I'm

03:10  4   sorry, the aligned parties have already offered.

03:10  5           We have raised this issue previously with

03:10  6   Magistrate Shushan that this may occur, and Docket Order 11310

03:10  7   specifically says that the aligned parties will not be

03:10  8   permitted to present duplicative testimony and opinions through

03:10  9   either fact or expert witnesses.  By way of example,

03:10  10  Mr. Ziegler in his report speaks to the regulations that were

03:10  11  applicable to BP's pre-spill preparedness plan, exactly what

03:11  12  Dr. Bea just addressed.  He speaks to the effectiveness of

03:11  13  Top Kill and the company's decision to go forward with

03:11  14  Top Kill.  He speaks to the post Top Kill analysis and the

03:11  15  conclusion with respect to the subsea broach.  He speaks to

03:11  16  the --

03:11  17           **THE COURT:**  Hold on, because maybe we can solve your

03:11  18  problem.

03:11  19           What do you intend to cover with him?  Do you

03:11  20  intend to cover these items that do seem to be duplicative?

03:11  21           **MR. SMITH:**  To the extent there has been previous

03:11  22  testimony on any of these topics, obviously it's in the aligned

03:11  23  parties' interest to cover them as briefly as possible or skip

03:11  24  them.  We have organized our trial presentation in order to

03:11  25  accomplish that goal.

511

03:11
03:11
03:11
03:11
03:12
03:12
03:12
03:12
03:12
03:12
03:12
03:12
03:12
03:12
03:12
03:12
03:12
03:12
03:12
03:12
03:13
03:13
03:13
03:13
03:13

1     I would also point out that Mr. Brock, on

2  cross-examination, examined Dr. Bea to the effect he was not an

3  engineer, he was not an expert in source control, and so forth.

4  That is what Mr. Ziegler is here for today.  And he is also the

5  wrap-up of the aligned parties' case.  He is tying together the

6  source control opinions.

7     THE COURT:  I'll give you some leeway, but I did read

8  his report and it does seem like there's a lot of overlap.  If

9  we get into areas that appear to be cumulative, then I'm sure

10  Ms. Karis will object and I'll probably sustain it at that

11  time.

12     MR. SMITH:  Thank you, Your Honor.

13     THE COURT:  I can't really do it in the abstract.  I

14  will say this, though, that the *Daubert* motion that was filed,

15  one issue that they -- seems like some of his opinions border

16  on the -- really were more Phase One issues talking about the

17  diverter system, the BOP configuration, the casing design.  We

18  had a lot of testimony about all that in Phase One.  I don't

19  intend to sit through another expert talking about the same

20  issues in Phase Two.

21     MR. SMITH:  It's my understanding that issues like

22  the diverter that the parties agreed were Phase One have

23  already been redacted from his --

24     THE COURT:  Well, it could be.  Okay.  So let's see

25  where it goes.

03:13   1          **MS. KARIS:**  Your Honor, I can speak to the remaining

03:13   2   *Daubert* issues at this time, but the one caveat I would say is

03:13   3   while the diverter issue has been redacted, we agree there

03:13   4   remain opinions in Mr. Ziegler's report with respect to the

03:13   5   casing design --

03:13   6          **THE COURT:**  Well, if he tries to go there, you object

03:13   7   and I'll probably sustain it.

03:13   8          **MS. KARIS:**  Very well.

03:13   9          **THE COURT:**  Maybe he got the message and won't go

03:13  10   there.

03:13  11          **MS. KARIS:**  I tried to discuss this in advance, but

03:13  12   we couldn't reach agreement.

03:13  13          **THE COURT:**  All right.

03:13  14          **MS. KARIS:**  Then with respect to the two other

03:13  15   issues, perhaps I will reserve on those as well because one

03:13  16   pertains to interpretation of the regulations, which we just

03:13  17   heard Dr. Bea testify about and Mr. Herbst speak to, and then

03:13  18   the other one is testimony regarding BP's beliefs or state of

03:14  19   mind.  This was the same issue I raised previously with

03:14  20   Dr. Wilson and the Court sustained the objection.

03:14  21          **THE COURT:**  Yeah, I agree with you on that.  I don't

03:14  22   think it's proper for this witness to talk about BP's -- I

03:14  23   think it dealt with his belief as to why BP may have wanted to

03:14  24   use the Top Kill, some motive, and I don't think that's a

03:14  25   proper subject for expert testimony.  So I'm not going to allow

OFFICIAL TRANSCRIPT

03:14    1   him to testify about that.
03:14    2              MR. SMITH:  Okay.
03:14    3              MS. KARIS:  Thank you, Your Honor.
03:14    4              THE COURT:  Swear in the witness.
03:14    5                       EDWARD ZIEGLER,
03:14    6   having been duly sworn, testified as follows:
03:14    7              THE DEPUTY CLERK:  State your full name and correct
03:14    8   spelling for the record, please.
03:15    9              THE WITNESS:  My name is Edward, E-D-W-A-R-D, Ray,
03:15   10   R-A-Y, Ziegler, Z-I-E-G-L-E-R.
03:15   11                         VOIR DIRE
03:15   12   BY MR. SMITH:
03:15   13   Q.   Mr. Ziegler, when did you first start working in the oil
03:15   14   and gas industry?
03:15   15   A.   I'm third generation in the oil and gas business.  My
03:15   16   grandfather and father both had drilling rigs and wells.  I
03:15   17   started when I was about 15 years old in 1965.  I grew up
03:15   18   10 miles from the Drake well, so it was a natural business to
03:15   19   be in, the first oil well in the United States.
03:15   20   Q.   So is it fair to say you have about 40 years of
03:15   21   experience?
03:15   22   A.   I've got 40 years after college at this point, more total.
03:15   23   Q.   Have you operated oil and gas wells?
03:15   24   A.   Yes.  I've operated hundreds of oil and gas wells, drilled
03:16   25   several thousand, and have owned drilling rigs.

EDWARD ZIEGLER - VOIR DIRE

03:16    1   **Q.**   What degrees or credentials do you have that relate to
03:16    2   your opinions on the issues in this case?
03:16    3   **A.**   I have a Bachelor of Science degree in petroleum and
03:16    4   natural gas engineering from Penn State in 1972.  I have been
03:16    5   certified in well control several times.  I'm a registered
03:16    6   professional petroleum engineer in Texas.  I'm a certified
03:16    7   safety professional.
03:16    8          I've been certified by the MMS for -- as an offshore
03:16    9   installation manager and some Coast Guard certifications.  I've
03:16   10   been a member of some industry -- oil and gas industry safety
03:16   11   committees.
03:16   12   **Q.**   Can you tell us where you have worked throughout the
03:16   13   world.
03:16   14   **A.**   I first started working for Marathon Oil Company in 1972.
03:16   15   I started working in the Gulf of Mexico offshore in 1973.  I've
03:17   16   worked in about 20 different states, including Alaska.  I've
03:17   17   worked in about 20 different countries around the world, both
03:17   18   onshore and offshore, and I've worked on semisubmersible and
03:17   19   drillship type drilling rigs.
03:17   20   **Q.**   Have you had any involvement in drafting or reviewing
03:17   21   emergency response plans in the oil and gas industry?
03:17   22   **A.**   Yes.
03:17   23   **Q.**   Have you trained others in that area?
03:17   24   **A.**   Yes.
03:17   25   **Q.**   What about your experience with the application of

EDWARD ZIEGLER - VOIR DIRE

03:17    1    regulations to oil and gas operations?

03:17    2    **A.**   I've worked all over the world with different regulatory

03:17    3    schemes.  I've written programs and permits, made applications

03:17    4    to different regulators.  I've followed those regulations in

03:17    5    operations and have worked with regulators about those

03:17    6    regulations.

03:17    7    **Q.**   Have you worked to ensure compliance?

03:17    8    **A.**   Yes.

03:17    9    **Q.**   Who retained you to offer opinions in connection with

03:17    10   Phase Two?

03:17    11   **A.**   Halliburton Energy Services, Inc.

03:18    12           **MR. SMITH:**  Christina, can you call up TREX-11578R.

03:18    13           For the Court's reference, that's the first page

03:18    14   of Mr. Ziegler's May 1, 2013 opening report.

03:18    15           Christina, 11579R.  That would be the first page

03:18    16   of Mr. Ziegler's rebuttal report.

03:18    17           Your Honor, at this time the aligned parties

03:18    18   would tender Mr. Ziegler as an expert on the topic of oil and

03:18    19   gas operations, source control, and safety.  There are

03:18    20   additional details about Mr. Ziegler's experience and expertise

03:18    21   in his résumé attached as Exhibit A to his opening expert

03:18    22   report.

03:18    23           **THE COURT:**  Any objection to his qualifications?

03:18    24           **MS. KARIS:**  None to his qualifications.

03:18    25           **THE COURT:**  Okay.  I'll accept him as an expert in

03:18  1    that field.

03:18  2                       **DIRECT EXAMINATION**

03:18  3    **BY MR. SMITH:**

03:18  4    **Q.**    Mr. Ziegler, why did you focus your attention on BP's

03:19  5    conduct in connection with the blowout of the Macondo well?

03:19  6    **A.**    BP is the operator of the well.  It is one of the lessees

03:19  7    of the lease block and is what's called in the industry the

03:19  8    responsible party.

03:19  9    **Q.**    Can you just briefly describe what BP's obligations were

03:19  10   with respect to source control.

03:19  11                  **MS. KARIS:**  Your Honor, I object.  I think that calls

03:19  12   for a legal conclusion.  RP is defined under the regulations,

03:19  13   and BP's responsibilities under those regulations is a legal

03:19  14   issue.

03:19  15                 **THE COURT:**  It seems like we have had several

03:19  16   witnesses already to testify -- are you asking him just to

03:19  17   quote the language from the regulation?

03:19  18                 **MR. SMITH:**  I'm asking for his understanding of it in

03:19  19   connection with his own experience within the oil and gas

03:19  20   industry and to put the context of his opinions in the court --

03:19  21   I believe BP had no objections to Bea --

03:20  22                 **THE COURT:**  I'll let him answer that.  Go ahead.

03:20  23                 **THE WITNESS:**  The responsibility or requirement is

03:20  24   that the source flow be abated as soon as possible.

         25

517

EDWARD ZIEGLER - DIRECT

03:20    1    BY MR. SMITH:
03:20    2    Q.   Let me ask you this.  What about after --
03:20    3         THE COURT:  Which is what the regulation says,
03:20    4    correct?
03:20    5         MS. KARIS:  Right.  Your Honor, not to interrupt
03:20    6    Mr. Smith's examination, but this is exactly my point.
03:20    7    Mr. Smith just said BP had no objections to Dr. Bea speaking to
03:20    8    this issue, which is correct.  I think Mr. Bea didn't present
03:20    9    it from a legal perspective, but to the extent we are now
03:20   10    getting into the regulations require immediate abatement,
03:20   11    immediate as soon as practicable, that's exactly what Dr. Bea
03:20   12    just told us about and that's exactly what the video we just
03:20   13    observed told us about.  So this is my concern about we are
03:20   14    going into entirely cumulative testimony.
03:20   15         THE COURT:  Well, the videos were fact witnesses.
03:20   16         MR. SMITH:  Your Honor, I said I was going to touch
03:21   17    on this very briefly.  I'm just trying to frame where he is
03:21   18    going with this.
03:21   19         THE COURT:  Okay.  But I think Ms. Karis raises some
03:21   20    good points, so let's move this along.
03:21   21         MS. KARIS:  Thank you, Your Honor.
03:21   22         THE COURT:  Sure.
03:21   23    BY MR. SMITH:
03:21   24    Q.   So, Mr. Ziegler, after a blowout has occurred, does BP
03:21   25    still have source control obligations?

**EDWARD ZIEGLER - DIRECT**

1   **A.**   The regulation I just mentioned says to abate the source

2   flow as soon as possible, which is after the source has already

3   started flowing so that whatever the responsibilities are

4   continued.

5   **Q.**   Now, in your opinion, was it foreseeable to BP that a

6   deepwater well in the Gulf of Mexico might blow out?

7   **A.**   Yes.

8   **Q.**   Was it foreseeable to BP that the BOP on that well might,

9   for whatever reason, fail to stop the flow of hydrocarbons from

10   the well?

11   **A.**   Yes.

12   **Q.**   What does an operator like BP need to have in order to

13   deal with these kinds of foreseeable risks?

14   **A.**   A proper and robust source control plan.

15   **Q.**   Now, in the sense you just described, did BP have an

16   effective and robust source control plan for Macondo?

17   **A.**   No.

18   **Q.**   What is your basis for that conclusion?

19   **A.**   Well, two obvious things are the well flowed for 87 days.

20   With a plan to meet a requirement to abate the source flow

21   immediately or as soon as possible, 87 days would not have been

22   the flow time.

23        Secondly, we have information that BP, for example,

24   said -- they stated that they spent zero dollars on research

25   and development of source plans.

EDWARD ZIEGLER - DIRECT

| | | |
|---|---|---|
| 03:22 | 1 | **Q.**   How do expenditures connect with the lack of a plan? |
| 03:22 | 2 | **MS. KARIS:**  Your Honor, respectfully -- |
| 03:22 | 3 | **THE COURT:**  I would sustain the objection. |
| 03:22 | 4 | **MS. KARIS:**  Thank you. |
| 03:22 | 5 | **THE COURT:**  This is exactly what Dr. Bea just talked |
| 03:22 | 6 | about. |
| 03:23 | 7 | **MR. SMITH:**  Christina, can you call up TREX-10072, |
| 03:23 | 8 | please.  Let's go to .1.1.HESI. |
| 03:23 | 9 | BY MR. SMITH: |
| 03:23 | 10 | **Q.**   Do you recognize this document, Mr. Ziegler? |
| 03:23 | 11 | **A.**   Yes. |
| 03:23 | 12 | **Q.**   What is it? |
| 03:23 | 13 | **A.**   This is a Cameron Iron Works internal e-mail dated May 29, |
| 03:23 | 14 | 2010. |
| 03:23 | 15 | **Q.**   Is this one of the documents that you considered in |
| 03:23 | 16 | connection with your conclusion that BP did not have an |
| 03:23 | 17 | effective source control plan? |
| 03:23 | 18 | **A.**   Yes. |
| 03:23 | 19 | **MR. SMITH:**  Christina, can you go to 10072.4.1.HESI. |
| 03:23 | 20 | BY MR. SMITH: |
| 03:23 | 21 | **Q.**   Can you just read the text that's called out there, |
| 03:23 | 22 | Mr. Ziegler. |
| 03:23 | 23 | **A.**   "Paralysis by analysis.  Situation normal." |
| 03:23 | 24 | **MR. SMITH:**  Can you please call up .3.1.HESI. |
| | 25 | |

**EDWARD ZIEGLER - DIRECT**

03:24   1   BY MR. SMITH:

03:24   2   **Q.**   What about that second call-out, Mr. Ziegler?

03:24   3   **A.**   "Good summary and analysis.  Let's face it.  They are

03:24   4   running this show like a game of Scrabble.  I suggest you go

03:24   5   home.  By morning they will have enough letters to attempt a

03:24   6   new word."

03:24   7             **MR. SMITH:**   Christina, .3.2.HESI.

03:24   8   BY MR. SMITH:

03:24   9   **Q.**   How about that final call-out, Mr. Ziegler?

03:24   10  **A.**   "Agree totally.  They have no clue what to do next, simply

03:24   11  running around like chickens with their heads cut off."

03:24   12  **Q.**   What is the significance of these sorts of comments from a

03:24   13  third party like Cameron observing BP's source control in

03:24   14  action?

03:24   15  **A.**   When you have a crisis or a situation is when you need to

03:24   16  immediately have a proper source control plan.  This

03:24   17  information from a contractor working on the project shows the

03:24   18  frustration and the inability of a plan to function or to

03:24   19  achieve source control.

03:24   20  **Q.**   These are the kinds of comments you might expect to see if

03:25   21  there's an absence of a plan or the absence of an effective

03:25   22  plan?

03:25   23  **A.**   Yes, sir.

03:25   24  **Q.**   You have heard a lot of testimony about flow rate

03:25   25  misrepresentations by BP.  Does the lack of planning relate to

**EDWARD ZIEGLER - DIRECT**

03:25    1    BP's flow rate misrepresentations?

03:25    2         **MS. KARIS:**  Your Honor, I'm going to object to

03:25    3    cumulativeness.  And the lack of planning relating to BP's flow

03:25    4    rate misrepresentations does go to the issue of motive that I

03:25    5    believe the Court has sustained the objection.

03:25    6         **THE COURT:**  I sustain the objection.

03:25    7         **MS. KARIS:**  Thank you.

03:25    8    **BY MR. SMITH:**

03:25    9    **Q.**   Mr. Ziegler, did you analyze the expert report of Dan

03:25    10   Gibson, one of BP's source control experts?

03:25    11   **A.**   Yes.

03:25    12   **Q.**   Did you prepare a rebuttal report addressing Mr. Gibson's

03:25    13   opinions?

03:25    14   **A.**   Yes.

03:25    15   **Q.**   Were you responding to Mr. Gibson's opinions about the

03:25    16   rupture disks that were placed on the Macondo well?

03:25    17   **A.**   Yes.

03:25    18   **Q.**   Can you briefly explain to the Court what a rupture disk

03:26    19   is?

03:26    20   **A.**   A rupture disk is a designed weak spot in the casing

03:26    21   string so that either in the burst direction or the collapse

03:26    22   direction, the casing would not fail before the rupture disk

03:26    23   opens.

03:26    24        **MS. KARIS:**  Your Honor, I'm going to object.  I'm

03:26    25   sorry to interrupt again.  But the casing design, the placement

EDWARD ZIEGLER - DIRECT

03:26  1   of burst disks was the subject of Phase One.  It was the

03:26  2   subject of testimony by Dr. Lewis as well as others whether the

03:26  3   casing design used for Macondo met the standard of care in the

03:26  4   industry.  So this is one of the Phase One issues that I

03:26  5   raised.

03:26  6           THE COURT:  I want to know what his next question is

03:26  7   going to be.  It depends on what the next question is.

03:26  8   BY MR. SMITH:

03:26  9   Q.   Mr. Ziegler, are you familiar with BP's contentions

03:26  10  regarding the significance of rupture disks in Phase Two for

03:26  11  source control?

03:26  12  A.   Yes.

03:26  13  Q.   Do you disagree with Mr. Gibson's contentions?

03:27  14  A.   I agree in general with Mr. Gibson making the calculation,

03:27  15  but I disagree at what time it's appropriate to make the

03:27  16  calculations.  You need to make the calculations about things

03:27  17  that affect the integrity of the well during source control

03:27  18  before you drill the well so that you can plan your source

03:27  19  control.

03:27  20  Q.   Do you recall that Mr. Gibson opined that these

03:27  21  calculations are relatively simple?

03:27  22  A.   Yes, I agree with him.  They are simple engineering

03:27  23  calculations, hydrostatic columns, the type of fluid pressures,

03:27  24  etc.

03:27  25  Q.   At what point in time would you have the data to be able

OFFICIAL TRANSCRIPT

**EDWARD ZIEGLER - DIRECT**

03:27  1    to perform those calculations?

03:27  2    **A.**    Knowing fluid types, well pressures from area wells that

03:27  3    BP had experience with, the depth, etc., you could make all of

03:27  4    those calculations before you ever drilled the well so you

03:27  5    would know what your source control issues were.

03:28  6            **THE COURT:**  What calculations are you talking about?

03:28  7    Make what calculations?

03:28  8            **THE WITNESS:**  Mr. Gibson makes calculations as to the

03:28  9    pressure in the well at certain depths where he makes a

03:28  10   calculation when the well started flowing whether the burst

03:28  11   disks would have collapsed or not.

03:28  12           **MS. KARIS:**  If I may respond?

03:28  13           **THE COURT:**  I'll sustain the objection.

03:28  14           **MS. KARIS:**  Thank you.

03:28  15   BY MR. SMITH:

03:28  16   **Q.**    Mr. Ziegler, are you familiar with BP's designing of the

03:28  17   two-ram and then a three-ram capping device?

03:28  18   **A.**    Yes, sir.

03:28  19   **Q.**    Is that another example in your opinion of BP's lack of a

03:28  20   plan?

03:28  21   **A.**    Yes.  They changed their plan and by the time they put the

03:28  22   actual capping device on the well in July of 2010, that was the

03:28  23   sixth different device they had started on, but they had never

03:28  24   finished any of them until they got to that point.  They kept

03:28  25   changing the plan in midstream.

**EDWARD ZIEGLER - DIRECT**

03:29  1   **Q.**   Can you briefly give us another example of evidence that

03:29  2   supports your opinion that BP lacked an effective source

03:29  3   control plan.

03:29  4   **A.**   Well, they had different methods they tried, such as

03:29  5   initially a BOP-on-BOP plan.  Then they changed that.  They

03:29  6   then ended up with a different rig.  They changed rigs.  They

03:29  7   had several different rigs, and they could have used the

03:29  8   existing BOPs on those rigs for their source control plan.

03:29  9   **Q.**   Now, are you familiar with BP's position concerning its

03:29  10  oil spill response plan?

03:29  11  **A.**   Yes.

03:29  12  **Q.**   In your opinion, what is the relationship between what you

03:29  13  described as a real-world or an effective source control plan

03:29  14  and an oil spill response plan?

03:29  15  **A.**   The oil spill response plan that has been talked about

03:29  16  most in this case is actually a regulatory document.  It's a

03:29  17  piece of paper.  Paper does not stop a well from flowing.  If

03:29  18  you want to cap a well, for example, you need to have a cap.

03:30  19  **Q.**   Now, are you aware that the MMS approved BP's oil spill

03:30  20  response plan?

03:30  21       **MS. KARIS:**  Your Honor, this is precisely the

03:30  22  testimony we just heard from Dr. Bea with respect to what the

03:30  23  plan requires, what the regulations require, the approval of

03:30  24  that plan, Dr. Bea's views as to what the meaning of that

03:30  25  approval is.  This is exactly the issue I raised with

EDWARD ZIEGLER - DIRECT

03:30    1    Mr. Prescott before.

03:30    2            THE COURT:  It does sound like it.  Where are you

03:30    3    going with this question?

03:30    4            MR. SMITH:  It's Mr. Smith.  Second, there was

03:30    5    cross-examination, Your Honor, to Mr. Bea on the basis that he

03:30    6    was not an engineer, he doesn't have experience in the oil and

03:30    7    gas industry.  So I guess the suggestion by BP would be he

03:30    8    doesn't understand what it means to have an oil spill response

03:30    9    plan, what it means for an operator in the industry about the

03:30   10    approval or not of the plan.  And I was going to ask him to

03:30   11    describe his own personal experience with approval of paperwork

03:30   12    and how that relates to a real-world plan.

03:31   13            MS. KARIS:  Your Honor, if I may respond?  The reason

03:31   14    we cross-examined Dr. Bea on it is because he offered opinions

03:31   15    as to the applicability of the oil spill response plan and

03:31   16    whether BP's pre-spill preparedness plan and those various

03:31   17    boxes that we saw from the OSRP had been satisfied.

03:31   18    Cross-examination does not allow a party to then bring another

03:31   19    witness to respond to an earlier witness' cross-examination of

03:31   20    subject.  It is the exact same subject.  It's entirely

03:31   21    cumulative.

03:31   22            THE COURT:  It does sound like it.  I'll give you a

03:31   23    little more rope here, but --

03:31   24    BY MR. SMITH:

03:31   25    Q.   Let me ask you this, Mr. Ziegler.  Have you ever

**EDWARD ZIEGLER - DIRECT**

03:31  1   personally been involved in the development of source control

03:31  2   plans?

03:31  3   **A.**   Yes.

03:31  4   **Q.**   Have you been involved in the submission of paperwork to

03:31  5   regulatory authorities?

03:31  6   **A.**   Yes.

03:31  7   **Q.**   What about regulatory authorities in the United States?

03:31  8   **A.**   Yes, including the MMS.

03:32  9   **Q.**   Did those regulatory authorities approve that paperwork?

03:32  10  **A.**   Yes.

03:32  11  **Q.**   So in your capacity as the company man or as an OIM, given

03:32  12  your experience in the industry, did you ever regard the

03:32  13  approval of that sort of regulatory paperwork as satisfying

03:32  14  your obligations to have a source control plan?

03:32  15          **THE COURT:**  I sustain the objection.

03:32  16          **MS. KARIS:**  Thank you, Your Honor.

03:32  17  BY MR. SMITH:

03:32  18  **Q.**   Let me turn to your concept of a capping device.  I think

03:32  19  you are unique in this case and throughout your expert reports

03:32  20  in using this concept of a capping device.

03:32  21          Can you explain to the Court what you mean by the

03:32  22  phrase "capping device"?

03:32  23  **A.**   The capping device is the method to shut off the flow from

03:32  24  a well.  There are many different terms that have been used in

03:32  25  this case, but we have industry definitions that I use that

EDWARD ZIEGLER - DIRECT

03:33  1   says a capping device has a blowout preventer to shut off the

03:33  2   flow and has flow or venting capability.

03:33  3          MS. KARIS:  Your Honor, again, my apologies, but

03:33  4   someone who I believe might still be in the courtroom testified

03:33  5   precisely to the issue of capping devices, BOPs, whether

03:33  6   they're the same, venting systems.  In fact, I believe, using

03:33  7   the demonstratives that are sitting on the table, we went

03:33  8   through this exact scenario.

03:33  9          MR. SMITH:  Your Honor, I believe Mr. Ziegler is

03:33  10  unique in using capping devices as the operative analytical

03:33  11  framework in explaining why there's a functional equivalency

03:33  12  between them both offshore and for surface applications.

03:33  13         THE COURT:  Go ahead.  I'll let you get into this a

03:33  14  little bit.

03:33  15  BY MR. SMITH:

03:33  16  Q.   So, Mr. Ziegler, is this a functional definition of

03:33  17  "capping device"?

03:33  18  A.   Yes, it doesn't matter what the device is.  If it's a

03:33  19  blowout preventer, a pre-made stack, a valve, a Christmas tree,

03:34  20  the function of the capping device is to be able to control the

03:34  21  well, pinch the flow down, choke the well down, to be able to

03:34  22  exercise source control.

03:34  23  Q.   Is that kind of functional definition of a capping device,

03:34  24  is that unique to you?  Or do others in the industry employ it?

03:34  25  A.   The function is described in industry publications and

EDWARD ZIEGLER - DIRECT

03:34    1   documents to be able to control the source.

03:34    2           MR. SMITH:  Christina, can you call up

03:34    3   TREX-11625.1.HESI.  That's the DEA-63.  Then go to .27.1.HESI.

03:34    4           MS. KARIS:  Your Honor, this is the same document we

03:34    5   just saw with Dr. Bea on this exact same issue.

03:34    6           MR. SMITH:  And can you -- well, I'm sorry.

03:34    7           THE COURT:  Let's see what issue he is going to.  I'm

03:34    8   not sure what part he is going to.

03:34    9           THE WITNESS:  This defines the capping assembly as a

03:35   10   blind ram with diverter lines, so some way to shut the well in

03:35   11   and some way to control it, so you can shut it in when you get

03:35   12   pressures or plug the well, etc.

03:35   13   BY MR. SMITH:

03:35   14   Q.   Mr. Ziegler, are you aware of BP's position that capping

03:35   15   devices in the manner you use that phrase were somehow not

03:35   16   feasible for use at Macondo?

03:35   17   A.   Yes.

03:35   18   Q.   Did you analyze the expert reports and the deposition of

03:35   19   Iain Adams and Richard Carden, who were two of BP's source

03:35   20   control experts?

03:35   21   A.   Yes.

03:35   22   Q.   Is it your understanding that most of those experts claim

03:35   23   that capping devices were somehow not feasible prior to

03:35   24   Macondo?

03:35   25           MS. KARIS:  Your Honor, to be clear, it is not BP's

EDWARD ZIEGLER - DIRECT

03:35  1    position that capping devices in general were not feasible.
03:35  2    Whether the specific capping device designed for and
03:35  3    purpose-built for Macondo had been conceived of, whether you
03:36  4    could have conceived of that precise device, I think, is the
03:36  5    issue.
03:36  6          THE COURT:  Well, I think, from what I understand,
03:36  7    the device that was used was not very unique.  It was existing
03:36  8    technology, just had to be some mechanism to fit to the well,
03:36  9    to the Macondo BOP.  So I'm not sure what you mean by that,
03:36 10    Ms. Karis.
03:36 11          I don't know what BP's position is.  I thought,
03:36 12    from Mr. Brock's cross-examination, that you all were arguing
03:36 13    somehow that it was not feasible or practical to have a capping
03:36 14    device ready and standing by before this blowout.
03:36 15          Is that your position?
03:36 16          MS. KARIS:  Our position is that it wasn't practical
03:36 17    or foreseeable to have a device such as the one that was used
03:36 18    at Macondo, not that it was not possible to have any capping
03:36 19    device.
03:36 20          THE COURT:  Because you now have one; we know that,
03:37 21    right?  You now have one?
03:37 22          MS. KARIS:  Absolutely, as a result of the incident.
03:37 23          THE COURT:  So that's pretty obvious.
03:37 24          I'm trying to understand BP's position in terms
03:37 25    of exactly what you are contending in terms of -- you can make

EDWARD ZIEGLER - DIRECT

1    other arguments, but I don't see how you could contend that you

2    couldn't have had one standing by if you had elected to before

3    this happened.  I understand the arguments -- other arguments

4    that nobody else had one, it wasn't required, and all of that.

5    So what is your position in terms of feasibility or

6    practicability?

7         MS. KARIS:  Our position is that, while it was

8    feasible and practical to have a type of capping device, for

9    deepwater operations, there were no capping stacks specifically

10   designed for deepwater blowouts.

11        THE COURT:  What's the one that BP now has that they

12   say is available and sitting in Houston?

13        MS. KARIS:  It is the one that was purpose-built for

14   Macondo and has, as a result of the industry, been fitted with

15   different equipment and devices.

16        THE COURT:  But it's not -- okay.  All right.

17        MR. SMITH:  Your Honor, the aligned parties also have

18   some difficulty understanding precisely the contours of BP's

19   position about feasibility.  That's part of what we are

20   offering Mr. Ziegler for, and that's part of what his rebuttal

21   opinions to Mr. Carden's --

22        THE COURT:  Well, as the fact finder in this case,

23   I'm interested in understanding what the state of the

24   technology was, what was available, what was feasible, what was

25   not feasible.  And that's why I'm asking these questions, so

EDWARD ZIEGLER - DIRECT

03:38  1   both sides can reply or comment at the appropriate time through

03:38  2   your witnesses or whatever.

03:38  3           Go ahead.  Go ahead.

03:39  4   BY MR. SMITH:

03:39  5   Q.    So I believe we left off, Mr. Ziegler:  So what is your

03:39  6   opinion about the feasibility of capping devices used in the

03:39  7   way you understand that phrase prior to Macondo?

03:39  8   A.    Capping devices were feasible.  They had been used in the

03:39  9   industry for decades.  You could put together a capping device

03:39  10  out of available existing parts.  There were other rigs in the

03:39  11  Gulf of Mexico, including Transocean rigs that were under

03:39  12  contract or available to BP, to immediately use one of those

03:39  13  existing blowout preventers as a capping device.  Transocean

03:39  14  had a complete blowout preventer that had been ordered for the

03:39  15  *DDII* and *DDIII* rig backup that was in pieces to be bolted

03:39  16  together sitting down in the Morgan City area.

03:39  17          All you need is to put the connector -- there's a

03:39  18  Vetco connector and a Cameron collet connector, basically two

03:40  19  types used on the bottom of BOPs in the industry.  All you had

03:40  20  to do was bolt it together.  You could have everything,

03:40  21  including the connector, prestaged and bolted together.  You

03:40  22  could change a connector if you needed to on the rig or on the

03:40  23  boat going out to the rig in just a couple of hours, all

03:40  24  readily available equipment.  Just a few adaptors on the BOP

03:40  25  preventer itself.  You have the 18 and 3/4-inch flanges.

EDWARD ZIEGLER - DIRECT

03:40  1         So virtually you have about three or four different
03:40  2   connection points and different sizes on virtually every
03:40  3   blowout preventer in the Gulf.  So you could make an adapter
03:40  4   and you could make anything you want in a couple of days.
03:40  5   Mr. Turlak, for example, described going to essentially an oil
03:40  6   field junkyard and getting flanges or piping and putting
03:40  7   something together in a few days.  That's how the industry
03:40  8   would do it.
03:40  9         MR. SMITH:  Christina, could you call up 9827 --
03:41  10        THE COURT:  Let me ask the witness a couple
03:41  11   questions.
03:41  12        What's your understanding is the difference
03:41  13   between what BP ultimately used, the equipment they used, the
03:41  14   capping stack that they ultimately used to cap this well, as
03:41  15   opposed to a so-called off-the-shelf blowout preventer?  Size?
03:41  16        THE WITNESS:  Yes, sir.  The one they used with three
03:41  17   rams is a little bit lighter, but you could take these other
03:41  18   stacks apart in a day and end up with the same thing.
03:41  19        They also had a good choke and valves on each
03:41  20   side of the ultimate capping stack they used, but those chokes
03:41  21   and equipment were available all over the Gulf Coast and
03:41  22   Transocean even had that type of equipment.  So we just need to
03:41  23   realize what your connection is, look at your weight, and you
03:41  24   need to consider all those type of situations.  But within a
03:41  25   couple of days, you could bolt together exactly the existing

EDWARD ZIEGLER - DIRECT

03:42   1   components with the connector and flow capability and just do

03:42   2   exactly what you needed.

03:42   3              The regular blowout preventer stacks up to the

03:42   4   riser system.  You would have flow capability through the choke

03:42   5   and kill lines back to the rig on the surface.  Now, you don't

03:42   6   necessarily want to do that -- at least, initially -- so you

03:42   7   can add on the ports on the side of the blowout preventer like

03:42   8   these small flanges --

03:42   9              THE COURT:  What Mr. Turlak was talking about

03:42   10   earlier.

03:42   11              THE WITNESS:  Yes, sir.

03:42   12              THE COURT:  Okay.

03:42   13              THE WITNESS:  And you can put anything you want on

03:42   14   there as far as valves and chokes.

03:42   15              All of the flow options -- if you don't want to

03:42   16   shut the well in completely, because if you think or say -- and

03:42   17   it's important to consider that you might have well integrity

03:42   18   issues.  That's important to consider that.  But any of these

03:42   19   devices I'm describing, you could put on the seafloor on the

03:42   20   well and slowly close the well, monitor pressures, and have

03:42   21   done what they did with the pressures in May -- by mid May, in

03:42   22   my opinion, exactly as they did two months later in July -- and

03:43   23   know that your well had integrity.  But you need to put

03:43   24   something on the seafloor and cap the well immediately so you

03:43   25   can do that.

EDWARD ZIEGLER - DIRECT

03:43    1          THE COURT:  Go ahead.

03:43    2    BY MR. SMITH:

03:43    3    Q.   Mr. Ziegler, let's be brief with this because the Alaska

03:43    4    capping stack documents were touched on previously, but --

03:43    5          MR. SMITH:  Christina, can you call up .1.1.HESI.

03:43    6    BY MR. SMITH:

03:43    7    Q.   Can you describe the significance of this document,

03:43    8    Mr. Ziegler?

03:43    9    A.   Yes.  I know it's in Alaska, and I know it was for wells

03:43   10    on ice islands or offshore.  I've worked up there.  What I'm

03:43   11    looking at in this document is three things:  First of all, it

03:43   12    was to evaluate what to do with a high-volume, worst-case

03:43   13    scenario well.  So a high-volume blowout situation, what do you

03:43   14    do with it?

03:43   15          Number two, the data that BP Alaska used to analyze

03:44   16    this situation was data from Gulf of Mexico and North Sea

03:44   17    offshore well blowouts.  So we are talking about an offshore

03:44   18    type of blowout.

03:44   19          The third thing is, this shows that BP, when they

03:44   20    made the effort, actually sat down and made a determination of

03:44   21    what the best technology was and how to control a high-volume

03:44   22    well based on offshore experience and data.  So I'm looking not

03:44   23    where the well is -- obviously, it's in Alaska, not the Gulf of

03:44   24    Mexico -- but what the situation was that had to be solved and

03:44   25    how BP determined to do it, capping the well.

EDWARD ZIEGLER - DIRECT

03:44   1    **Q.**   Can you explain for the Court whether or not there's a
03:44   2    difference in principle between a surface cap that we see
03:44   3    discussed in these sorts of Alaska documents and a subsurface
03:45   4    cap?
03:45   5    **A.**   No difference in principle.  Existing technology for
03:45   6    decades.  The industry has tremendous capability to lower this
03:45   7    equipment to the seafloor and land it on a wellhead or another
03:45   8    blowout preventer.  It happens virtually every day in the
03:45   9    industry in deep water somewhere in the world.
03:45   10   **Q.**   Before I forget this, you had responded to a question from
03:45   11   the Court about data collection using a capping stack.  Had a
03:45   12   capping stack been landed -- let's suppose towards the end of
03:45   13   April or early May -- could it have been equipped with
03:45   14   temperature gauges and pressure gauges such that you could
03:45   15   acquire data and test the integrity of the well?
03:45   16   **A.**   Yes.  Gauges, temperature -- because that affects your
03:45   17   pressure situation -- and a choke and shut-in valves, all that
03:45   18   was readily available.  Transocean had that.  There's a
03:46   19   Wild Well Control document that was the contract that was put
03:46   20   up here, and in the back section of Section 8 of that contract,
03:46   21   it says:  "Well control equipment" -- and those scenarios in a
03:46   22   blowup -- "are unlimited."
03:46   23        Now, that sounds like there's a lot of things you
03:46   24   would need to do initially, but then you look at the next part
03:46   25   of that paragraph and it says:  By the way, Wild Well Control's

EDWARD ZIEGLER - DIRECT

03:46　1　related company down the road has all of that equipment if you
03:46　2　need to get it.
03:46　3　　　　So the flanges, the valves, all of that stuff is
03:46　4　available in the industry and existing technology.
03:46　5　**Q.**　Just to focus on the question about data collection, you
03:46　6　understand that, in mid July, data was acquired after the well
03:46　7　was shut in with a three-ram capping stack, and certain
03:46　8　individuals were able to get comfortable with leaving the well
03:47　9　shut in at that point.  So my question is:  Could BP have
03:47　10　gathered that kind of crucial data earlier than mid July -- for
03:47　11　example, in late April?
03:47　12　**A.**　Yes.  They could have.  And that's important when we look
03:47　13　at concerns, which you have to consider all the concerns about
03:47　14　whether your well had integrity for whatever reason.  And the
03:47　15　way to know if your well has integrity is to carefully and
03:47　16　precisely start closing the well in, get pressure data.  You
03:47　17　can see if the shape of your curve changes as the pressure
03:47　18　buildup is occurring to know if you have a leak underground and
03:47　19　just do it.  That way, the unknowns and uncertainties that I
03:47　20　heard the BP gentleman talk about in the opening that there
03:47　21　were so many uncertainties and that's why -- and so many
03:47　22　unknowns and that's why BP couldn't do certain things.  You
03:47　23　have to get the data, and the way to get the data is to put the
03:48　24　cap on there with control and flow equipment and obtain the
03:48　25　data.  Instead of worrying about it and fretting and wringing

EDWARD ZIEGLER - DIRECT

03:48   1   your hands for two months, just do it immediately.  Get the
03:48   2   data, be very careful.  And ultimately we know the well had
03:48   3   integrity, and that would have been known two months earlier.
03:48   4   Q.   Even with a relatively simple capping stack?
03:48   5   A.   Yes, sir.
03:48   6   Q.   Also just a quick question:  Is it your opinion that, if
03:48   7   the BOP-on-BOP capping operation, had that been conducted at
03:48   8   some point in May, is it your opinion that that would have
03:48   9   succeeded in shutting in the Macondo well?
03:48   10   A.   Yes, it's just another capping device and it was readily
03:48   11   available on the *Enterprise* drilling rig, which they planned
03:48   12   that on a timeline with that exact rig starting on April 28.
03:48   13         Also, the *DDIII* that started drilling the first
03:48   14   relief well about May 2 also had a blowout preventer system
03:49   15   that was capable, and Transocean even had other BOPs.  So all
03:49   16   that equipment to do a BOP-on-BOP as one capping option was
03:49   17   there to be done by the middle of May.
03:49   18   Q.   Looping back to the issue of feasibility, are you aware of
03:49   19   any examples of capping-type operations having been conducted
03:49   20   in a deep sea environment?
03:49   21   A.   Yes.  Mr. Turlak talked about one in Malaysia in 1988.
03:49   22   There was another one in the eastern Mediterranean about the
03:49   23   year 2004.
03:49   24   Q.   What was the name of that rig?
03:49   25   A.   It was the *Jim Cunningham*, and it was also a BOP-on-BOP

**EDWARD ZIEGLER - DIRECT**

03:49  1   process.

03:49  2   **Q.**   Now, are you saying that the second BOP in the *Jim*

03:49  3   *Cunningham* incident actually stopped the flow of hydrocarbons?

03:49  4   **A.**   No, I believe that well had already bridged over, but what

03:49  5   it demonstrated was -- years before Macondo -- that the

03:50  6   technology and the application of setting a BOP-on-BOP in

03:50  7   deeper water from a floating rig was achievable and existed as

03:50  8   a technique in the industry.

03:50  9   **Q.**   Okay.

03:50  10       **MR. SMITH:**   Christina, can you call up

03:50  11  TREX-011581.1.1.HESI.

03:50  12  **BY MR. SMITH:**

03:50  13  **Q.**   When it comes up, Mr. Ziegler, can you explain what this

03:50  14  document is?

03:50  15  **A.**   This is an e-mail from Apache Corporation to -- it's part

03:50  16  of the data request that Secretary Salazar made to get ideas

03:50  17  from the industry right after the Macondo event started.  This

03:50  18  is dated April 30.

03:50  19  **Q.**   Can you turn to .2.1.HESI.

03:50  20       Mr. Ziegler, can you read the language that's been

03:51  21  highlighted up here in yellow.

03:51  22  **A.**   "If the LMRP" -- lower marine riser package, I guess

03:51  23  everybody knows that term by now -- "can be removed from the

03:51  24  BOP, conventional wisdom would suggest that another subsea BOP

03:51  25  could be placed on top of the *Horizon*'s BOP in order to close

EDWARD ZIEGLER - DIRECT

1    the well in."

2    **Q.**    So in connection with Macondo, we are seeing an outside

3    party suggesting that BOP-on-BOP capping operations are

4    conventional wisdom.  Does that support your conclusion that we

5    are not talking about novel or untested devices?

6    **A.**    Yes, sir.  Immediately after Macondo, Apache Corporation,

7    another deepwater operator here in the Gulf of Mexico, had this

8    suggestion.

9           **MR. SMITH:**  Christina, can you call up D-26007, since

10   we have been talking about feasibility and the routine nature

11   of these sorts of operations.  Don't start the tape yet.

12   **BY MR. SMITH:**

13   **Q.**    Mr. Ziegler, can you explain what we are seeing?  What is

14   this operation and what is the date?

15   **A.**    This is a video clip from July 12, 2010, that will show

16   the actual capping event with the three-ram capping stack set

17   down on the flowing Macondo well in the Gulf of Mexico.

18          **MR. SMITH:**  Christina, can you start the tape at

19   1.19.80.

20   **BY MR. SMITH:**

21   **Q.**    Mr. Ziegler, can you just narrate for the Court what we

22   are seeing and the significance?

23   **A.**    The white device in the upper left with the skirt on the

24   bottom is the connector on the bottom of the three-ram capping

25   stack.

EDWARD ZIEGLER - DIRECT

03:52  1    **Q.**   Feel free to use your laser pointer.

03:52  2    **A.**   The well is flowing.  There's a small white hose here

03:52  3    that's not even buffeted when it was near the flow.  The ROVs

03:53  4    that don't have a great deal of pushing force are helping to

03:53  5    center the capping device.  With the well flowing at whatever

03:53  6    rate it's flowing at, the device is simply pushed over,

03:53  7    centered on the well.  This is a routine operation like I

03:53  8    described before that happens with landing blowout preventers

03:53  9    and other devices on subsea equipment many places in the world

03:53  10   almost every day in the deepwater industry.  There, the device

03:53  11   is being set down and the well is capped.

03:53  12   **Q.**   At this point, it has actually been set down?

03:53  13   **A.**   Setting down right there to be latched on, and that's the

03:53  14   adapter where the flex joint connector to the riser would have

03:53  15   been at that flange right there.

03:53  16   **Q.**   Okay.

03:53  17   **A.**   So it's that easy.  It's done.

03:53  18   **Q.**   Again, I'm trying to be brief here, but you probably heard

03:53  19   Mr. Collier for BP raising some concerns in his questioning

03:54  20   about visibility with the ROVs or potential problems with

03:54  21   forces moving the device off of the intended landing target.

03:54  22   Does this kind of video indicate any of those sorts of those

03:54  23   problems?

03:54  24   **A.**   No, it does not indicate those problems.  Also, this was a

03:54  25   flowing well.  There had been hydrate questions and those type

**EDWARD ZIEGLER - DIRECT**

03:54  1    of issues.  There are no hydrates here.  This is simply flowing

03:54  2    out of the top of the Macondo well.  The open device is set

03:54  3    down on top of it.  The flow is going to continue right up

03:54  4    through the blowout preventer, so there will be no hydrate or

03:54  5    impingement problem from the flow striking anything.  Until you

03:54  6    set it down on the well, it's wide open up through the middle.

03:54  7    And then you close the BOPs later on.  So all of those issues,

03:54  8    visibility, hydrates, none of those things existed that would

03:54  9    be a problem.

03:54  10           There are always things you should think about and

03:55  11   consider, but for months at this point in time -- and it would

03:55  12   have been even days, if the capping had occurred back in the

03:55  13   middle of May -- ROVs with cameras had been down there and you

03:55  14   could see there were no visibility problems.  There were no

03:55  15   hydrates that were related to the top of the well situation.

03:55  16   So all of those things would have been known.  There are things

03:55  17   you have to think about, but they were not problems.

03:55  18   **Q.**   Also briefly on the topic of hydrates:  Based on your

03:55  19   experience in the industry, are hydrates a problem only for

03:55  20   nongaseous or liquid hydrocarbons?

03:55  21   **A.**   No, they are a problem with a straight gas well, C1

03:55  22   through C5 hydrocarbons, which are ethane, methane, butane,

03:55  23   isobutane, and pentane.  So it's light gas products that would

03:55  24   cause hydrates on an oil well.

03:55  25           **MR. SMITH:**  Christina, could you call up

**EDWARD ZIEGLER - DIRECT**

03:55 1 TREX-3918.1.1.HESI.

03:55 2 BY MR. SMITH:

03:55 3 Q. Mr. Ziegler, can you explain what this document is once

03:56 4 it's on the screen? It's TREX-3918.1.1.HESI. It's a Wild Well

03:56 5 Control document.

03:56 6 The first call-out, do you recognize that document,

03:56 7 sir?

03:56 8 A. Yes.

03:56 9 Q. What is it?

03:56 10 A. This was a plan put on -- well, first of all, it's an

03:56 11 e-mail dated April 27, 2010, from Wild Well Control to a BP

03:56 12 person and it's about a subsea well capping procedure.

03:56 13 Q. That's what you think "SS" stands for?

03:56 14 A. SS in the title is "subsea."

03:56 15 Q. Is this the first draft?

03:56 16 A. It says "Revision 2."

03:56 17 MR. SMITH: Christina, can you go to .2.1.HESI,

03:56 18 please.

03:56 19 BY MR. SMITH:

03:57 20 Q. Briefly, can you describe, Mr. Ziegler, what we are seeing

03:57 21 here?

03:57 22 A. This is a drawing with the dimensions of the

03:57 23 *Deepwater Horizon* BOP that was sitting on the seafloor at that

03:57 24 time.

03:57 25 MR. SMITH: Christina, can you go to .4.1.HESI,

**EDWARD ZIEGLER - DIRECT**

03:57  1    please.

03:57  2    **BY MR. SMITH:**

03:57  3    **Q.**    Now, Mr. Ziegler, is this the plan that Wild Well Control

03:57  4    was circulating to BP in late April in connection with Macondo?

03:57  5    **A.**    Yes.

03:57  6    **Q.**    Can you describe for the Court the significance of this

03:57  7    drawing?

03:57  8    **A.**    This shows that, as of April 27, Wild Well Control, a

03:57  9    contractor for BP for well control events, had already placed

03:57  10   on paper a diagram of a two-ram capping device.  It has a

03:58  11   connector on the bottom.  The Cameron connector would go on the

03:58  12   top of the lower *Horizon* BOP package.  That's the type of

03:58  13   connector that was at that point.  It has two valves on each

03:58  14   side --

03:58  15   **Q.**    Can you indicate those with your laser pointer?

03:58  16         Those are the two valves you have testified to?

03:58  17   **A.**    Well, let me start it with the pointer.

03:58  18         This is the connector on the bottom.  This is one

03:58  19   pipe ram, another pipe ram, and then you have -- this would be

03:58  20   a blind ram on top to close the well in.  Then you have flow

03:58  21   capability out each side.  There's two or redundant valves on

03:58  22   each side.  You could put chokes on there.  You could put

03:58  23   pressure gauges on there.  But this was put on paper as a

03:58  24   capping option already by April 27.

03:58  25   **Q.**    Does this early relatively simple capping device, in your

EDWARD ZIEGLER - DIRECT

03:58   1    opinion, already have venting capability, if that's what's
03:59   2    desired?
03:59   3    A.   Yes, it does.  And in a similar document to this, it says
03:59   4    that you have flow capability from this stack.
03:59   5    Q.   Now, you are aware that, when the three-ram capping stack
03:59   6    was installed in mid July, it had venting capability and it had
03:59   7    chokes attached to it.
03:59   8           Could you have attached the same choke that was used
03:59   9    on the three-ram capping stack to the device?
03:59   10   A.   Yes.  And as a matter of fact, Transocean already had
03:59   11   almost identical chokes in their yard near Morgan City,
03:59   12   Louisiana, that could have been used in late April.
03:59   13   Q.   Mr. Ziegler, I want to switch gears with you.  You also
03:59   14   used, throughout your expert report, the concept of the "ideal
03:59   15   minimum."  I want to be clear about timing.  Let's just assume
03:59   16   that BP has a capping device as of a certain date.  Maybe that
03:59   17   date is in early April, maybe it's sometime in May, but from
04:00   18   that starting point date, in your opinion, what is the ideal
04:00   19   minimum period of time to install that capping device?
04:00   20   A.   Seven days is my opinion.
04:00   21   Q.   What do you base that on?
04:00   22   A.   Well, I base it on my experience and work with offshore
04:00   23   equipment of this type.  I went through and made a list of the
04:00   24   tasks that you would accomplish.
04:00   25           MR. SMITH:  Christina, can you call up D-26009A,

EDWARD ZIEGLER - DIRECT

04:00  1    please.
04:00  2    BY MR. SMITH:
04:00  3    Q.   Can you just walk us through this, Mr. Ziegler?
04:00  4    A.   Real quickly, the first thing you do is mobilize the
04:00  5    equipment, three days.  Remove the riser.  Now, normally, the
04:00  6    riser would be removed from the well by releasing the LMRP and
04:00  7    moving the riser LMRP off the location with the rig.  At
04:00  8    Macondo, it had -- the riser had fallen, so it had to be cut.
04:01  9    It was cut with hydraulic shears.
04:01  10          The next thing you do is clear the capping area.
04:01  11   This is what I talked about a little bit earlier.  There's
04:01  12   connection points, the LMRP connector, the well head or BOP
04:01  13   connector, or you can unbolt and fabricate a connection at any
04:01  14   of the flanges on the stack.  One day to accomplish that.
04:01  15          Install the cap day.  Contingency of one day, which
04:01  16   is about 15 percent.  That's a total of seven days.
04:01  17   Q.   That's how you arrive at your ideal minimum capping time?
04:01  18   A.   Yes.  I have a number of sources also that support that in
04:01  19   addition to my experience.
04:01  20   Q.   Can you very briefly describe those for the Court?
04:01  21   A.   One source is in a BP document prepared based on their
04:01  22   experience with Macondo.  One is based on a Wild Well Control
04:01  23   speech that was made after Macondo, saying that Wild Well
04:01  24   Control thought the process could be done in three days, eight
04:01  25   days, or one to three weeks, depending on exactly what you had

EDWARD ZIEGLER - DIRECT

04:01  1    to do.

04:02  2         MR. SMITH:  For the Court's reference, that's

04:02  3    TREX-009345.

04:02  4    BY MR. SMITH:

04:02  5    Q.   I'm sorry.  Go on.

04:02  6    A.   And then we also have some other industry materials.  We

04:02  7    have the actual days that were used at Macondo.  And then

04:02  8    there's another organization in the North Sea called OGP, Oil

04:02  9    and Gas Producers Association.

04:02  10         MR. SMITH:  For the Court's reference, that's

04:02  11   TREX-144043.

04:02  12         THE WITNESS:  And they have a capping time for their

04:02  13   system based on -- they say in their document based on a study

04:02  14   of the Macondo actual time that it took of one to four weeks to

04:02  15   cap a well depending on where it is in the world.

04:02  16         MS. KARIS:  Your Honor, I'm going to -- sorry.  I

04:02  17   have an objection to the reference to these documents because

04:03  18   these documents are not cited as support for this exhibit.  In

04:03  19   fact, there's been an ongoing issue with respect to what

04:03  20   support there was.

04:03  21         As the Court recalls, in connection with

04:03  22   demonstratives, the Court has ordered us to identify what TREXs

04:03  23   we are relying on.  And neither one of those that we just heard

04:03  24   of is part of this demonstrative.

       25

**EDWARD ZIEGLER - DIRECT**

04:03    1   BY MR. SMITH:

04:03    2   Q.    Are these documents referenced in your expert,

04:03    3   Mr. Ziegler?

04:03    4   A.    Yes.

04:03    5   Q.    Did you discuss them in your expert report?

04:03    6   A.    Yes.

04:03    7          THE COURT:  Well, I was under the impression -- maybe

04:03    8   I misunderstood -- that the witness came up with -- this is his

04:03    9   timeline?

04:03   10          MR. SMITH:  Yes, Your Honor.

04:03   11          THE COURT:  It's not necessarily derived from other

04:03   12   documents but that he is saying he can refer to other documents

04:03   13   which support his timeline.  Is that --

04:04   14          MR. SMITH:  Yes, Your Honor.

04:04   15          MS. KARIS:  I thought he testified that the source

04:04   16   for these dates and the basis for these dates were these TREXs

04:04   17   that Mr. Smith just identified.

04:04   18          THE COURT:  Let's ask him.  That's not exactly what I

04:04   19   heard.

04:04   20   BY MR. SMITH:

04:04   21   Q.    What is the significance of these documents to your

04:04   22   analysis, sir?

04:04   23   A.    Well, I set out, based on my experience, and made a

04:04   24   timeline.  By then, to make sure my timeline was reasonable,

04:04   25   looked at some other things just to get a frame of reference

**EDWARD ZIEGLER - DIRECT**

04:04   1    that I was putting something down on paper that my opinion was

04:04   2    reasonable.

04:04   3    **Q.**   Let me just wrap up this particular line of questioning.

04:04   4    What, to you, is the significance of the calculation of a

04:04   5    seven-day ideal minimum capping time?

04:04   6    **A.**   It's called ideal minimum because there could be weather,

04:04   7    there could be some other things.  But based on these tasks on

04:04   8    my list, seven days is my opinion of the time.

04:05   9         The significance is that capping a well in that time

04:05   10   frame or something very close to it, you would save 60 to

04:05   11   80 days of flow time at Macondo.  So the well would have been

04:05   12   capped, if you had a preexisting device, by around May 1.  If

04:05   13   you put together a device or used a blowout preventer, like I

04:05   14   have talked about, maybe the middle of May.  And that would

04:05   15   still save 60 to 80 days of flow time.  That's very significant

04:05   16   if you plan and accomplish that.

04:05   17        **MR. SMITH:**  Christina, can you call up TREX-011578R,

04:05   18   please.

04:05   19   **BY MR. SMITH:**

04:05   20   **Q.**   Mr. Ziegler, that's going to be Figure 4 from your opening

04:05   21   expert report.  Let's go to .52.1.HESI.  Figure 4.

04:06   22        **MR. SMITH:**  TREX-11578R.52.1.HESI, Figure 4, on

04:06   23   page 52 of his report.

04:06   24   **BY MR. SMITH:**

04:06   25   **Q.**   Mr. Ziegler, you examined the expert report of Iain Adams,

**EDWARD ZIEGLER - DIRECT**

1    one of BP's experts?

2    **A.**    Yes.

3    **Q.**    Do you agree with his opinion that it was somehow

4    unforeseeable or could not have been considered in advance, the

5    possibility of attaching a capping device to the flex joint?

6    **A.**    I disagree with him.

7    **Q.**    Why do you disagree with that?

8              I think we have Figure 4 now.

9    **A.**    Yes.

10   **Q.**    Can you indicate what you mean --

11   **A.**    Well, an engineer who sits down to look at this blowout

12   preventer stack and to plan for events that might occur when

13   you are drilling a well, in my opinion, would look at the stack

14   and see the different places and different tools you would need

15   if you want to attach a capping device or anything to this

16   stack.

17   **Q.**    What do you mean by your Figure 1 here?

18   **A.**    Figure 1 is the connector between the blowout preventer

19   and the wellhead.

20   **Q.**    How about your Number 2 here?

21   **A.**    Number 2 is the connector between the LMRP and the lower

22   blowout preventer package.

23   **Q.**    What are you indicating in your Number 3 on Figure 4?

24   **A.**    Number 1 is the actual flange connection at the base of

25   the riser or above the flex joint, where the capping device was

EDWARD ZIEGLER - DIRECT

04:07   1    actually landed on the Macondo well.

04:07   2          Now, I'm not saying that someone would envision that

04:08   3    exact point, but it's one of the many flanges on this stack.

04:08   4    So an engineer could envision that you might want to connect at

04:08   5    any point on the stack.  That just happens to be on Macondo,

04:08   6    what was chosen.

04:08   7    Q.    Now, are you saying that's the optimal attachment point or

04:08   8    just a possible attachment point?

04:08   9    A.    It's just possible and feasible.  It's not optimal.

04:08   10   Ideally you would use one of the connectors because they are

04:08   11   made to quickly disconnect or connect a new device on.

04:08   12          But at any flange, such as on the top or bottom of

04:08   13   the BOPs we have over here on these models, any one of those

04:08   14   flanges is a place that you could take the stack apart and put

04:08   15   a flange on?

04:08   16          You just need to make a quick adaptor.  Mr. Turlak

04:08   17   described making one in a few days this morning as how he would

04:08   18   do that.  An engineer would envision that if you are going to

04:09   19   plan for source control, take a very little amount of time to

04:09   20   sit down and do that one particular task well ahead of time and

04:09   21   have the adapters you need.

04:09   22   Q.    To the extent that Mr. Adams opines that competent

04:09   23   engineers could not have identified that as a possibility, even

04:09   24   though they had plenty of time and plenty of money, you would

04:09   25   disagree with that?

**EDWARD ZIEGLER - DIRECT**

04:09  1  **A.**   I disagree.

04:09  2  **Q.**   Then again, very briefly, Mr. Adams talks about

04:09  3  engineering first that BP supposedly developed in connection

04:09  4  with Macondo source control.  I know you talk about this in

04:09  5  your rebuttal report, but can you briefly describe for the

04:09  6  Court your disagreement with Mr. Adams on that point about

04:09  7  engineering first.

04:09  8  **A.**   I have no disrespect for engineers, of course, because I

04:09  9  am one.  But as Mr. Turlak stated it, these are just simple oil

04:09  10  field fabrication exercises.  Experienced people can sit down

04:09  11  and look at a flange, acquire a flange, whether you get one

04:09  12  from a supplier or a new one through a welding shop, a machine

04:10  13  shop.  You could make any connector you need on this stack in a

04:10  14  couple of days.

04:10  15  **Q.**   This is something that could be done in advance, with

04:10  16  advance planning?

04:10  17  **A.**   Sure, because, again, on this particular stack there's

04:10  18  only 18 3/4-inch API flanges and two different types of

04:10  19  connectors.  So you could make several starting stubs to put

04:10  20  any connector or flange on you want and just have two or three

04:10  21  items, is all you would need for this particular stack to have

04:10  22  made in advance.

04:10  23  **Q.**   We are not talking about hundreds of different kinds of

04:10  24  adapters or flanges or tools or anything of that sort?

04:10  25  **A.**   Well, that's correct.  But we have to go back and think

**EDWARD ZIEGLER - DIRECT**

04:10    1    about what's in the Wild Well Control contract where it says
04:10    2    the number of things you might want to connect to are
04:10    3    unlimited.  And I also agree with that.
04:10    4         But the next sentence says:  "Any rental company down
04:10    5    the road has all of that stuff.  So you can get off-the-shelf
04:11    6    items, you can get things people have thought about before; or
04:11    7    for your particular application, you can make a few."
04:11    8    **Q.**   I'm going to switch gears again and ask you some final
04:11    9    questions about the advantages of having an effective and
04:11   10    real-world source control plan.
04:11   11         At what point in time do you see the benefits of
04:11   12    having a real plan?
04:11   13    **A.**   You need the real plan immediately when the event starts.
04:11   14    That way you can go down the road of solving a problem.  You
04:11   15    have a well flowing out of control, so you don't start having
04:11   16    meetings and groups and trying things and different options.
04:11   17    You actually have a plan and you immediately do it.
04:11   18         That's why I say, if you have the equipment
04:11   19    preplanned or available, you could cap the well by around
04:11   20    May 1; and if you even have to put together or change an
04:11   21    adapter on one of your existing blowout preventer stacks on
04:11   22    another rig, you could do it by mid-May.  You know what you are
04:12   23    going to do.  There's no confusion, no unresponsiveness, no
04:12   24    change of plans.  You just do it.
04:12   25    **Q.**   Is it important to generate and collect information that's

EDWARD ZIEGLER - DIRECT

04:12    1    relevant to source control decision making?
04:12    2    **A.**    Yes.
04:12    3    **Q.**    What about the handling of that data and information?
04:12    4    **A.**    It needs to be shared.  It needs to be transparent.
04:12    5    People who need it have to have it.  You use it for -- you use
04:12    6    all the data you have or all the data you can acquire.
04:12    7    **Q.**    Let me ask you about inaccurate information.  How does
04:12    8    inaccurate information affect source control responses?
04:12    9    **A.**    Inaccurate information can slow up the process, cause you
04:12   10    to take wrong turns, cause a huge problem to become a bigger
04:12   11    problem if you don't have all the data.  So you have to have
04:12   12    straightforward data.
04:12   13            **MR. SMITH:**  Thank you, Mr. Ziegler.
04:13   14            I will pass the witness.
04:13   15            **THE COURT:**  Ms. Karis.
04:13   16            **MS. KARIS:**  Thank you, Your Honor.
04:13   17                    **CROSS-EXAMINATION**
04:13   18    BY MS. KARIS:
04:13   19    **Q.**    Good afternoon, Mr. Ziegler.  Hariklia Karis on behalf of
04:14   20    BP.
04:14   21    **A.**    Good afternoon.
04:14   22    **Q.**    We are going to get into your opinions in a couple of
04:14   23    minutes.
04:14   24            **MS. KARIS:**  Just to set out the groundwork, if we can
04:14   25    put up D-23 917, please.

EDWARD ZIEGLER - CROSS

04:14  1   BY MS. KARIS:

04:14  2   Q.   Sir, you hold yourself out as an expert in no fewer than

04:14  3   approximately 30 different areas of specialty, correct?

04:14  4   A.   You mean -- well, different pieces of equipment and that

04:14  5   sort of thing, but basically just a couple areas.

04:14  6          Safety, I'm an OSHA instructor and that sort of

04:14  7   thing, certified safety professional.  Construction.  And oil

04:14  8   field-related issues.

04:14  9          So I would say that's most of it.  Within those areas

04:14  10  there are a lot of things, yes.

04:14  11  Q.   You have held yourself out as an expert in lightning

04:14  12  strikes and lightning protection, correct?

04:14  13  A.   Yes.  There's an American Petroleum Institute standard

04:15  14  about lightning protection for oil field facilities, for

04:15  15  example.

04:15  16  Q.   You have held yourself out as an expert in hospital

04:15  17  safety, OSHA regulations, correct?

04:15  18  A.   That would be OSHA regulations, yes.

04:15  19  Q.   You have held yourself out as an expert in ergonomics,

04:15  20  road construction, and building construction, correct?

04:15  21  A.   Yes.  Ergonomics, I just presented a paper in Atlanta at

04:15  22  an international conference on human factors and ergonomics.

04:15  23  Q.   You have held yourself out as an expert in ventilation

04:15  24  systems, human factors, and even circular saw design, correct?

04:15  25  A.   I'm not sure about design, but use for construction, there

EDWARD ZIEGLER - CROSS

04:15  1    could be some design issues, another OSHA safety issue in
04:15  2    construction.
04:15  3    **Q.**   You don't refute that you have held yourself out as an
04:15  4    expert in circular saw design, correct, and construction?
04:15  5    **A.**   Well, and construction, yes, I would agree with that.
04:15  6    Warnings and things for people using saws, I'm familiar with
04:16  7    that --
04:16  8    **Q.**   You have held yourself out as an expert in accident
04:16  9    reconstruction --
04:16  10   **A.**   Yes.
04:16  11   **Q.**   -- and home construction projects, correct?
04:16  12   **A.**   I'm sorry.  Yes.
04:16  13   **Q.**   You have held yourself out as an expert as a door
04:16  14   maintenance procedures expert, correct?
04:16  15   **A.**   That's one, I think, when Ms. Brown asked me in my
04:16  16   deposition, I didn't recall.  It's possible, but I don't
04:16  17   recall.  I don't know what that would be.
04:16  18   **Q.**   You have held yourself out, likewise, as an expert in
04:16  19   mines and safety in mines, correct?
04:16  20   **A.**   Yes.  Two of my consultants do mine safety up in Wyoming
04:16  21   and Montana in one of my consulting businesses.
04:16  22   **Q.**   And now you are holding yourself out as an expert in
04:16  23   source control, correct?
04:16  24   **A.**   Yes.  It's pretty basic in the oil field that wells can --
04:16  25   need source control.

EDWARD ZIEGLER - CROSS

04:16  1  **Q.**   That includes, in your opinion, pretty basic to design

04:16  2  this capping stack that we have been talking about, correct?

04:16  3  **A.**   I'm sorry.  I didn't hear the whole question.

04:17  4  **Q.**   It's pretty basic, in your opinion, to design this capping

04:17  5  stack that you say could have solved this problem in seven

04:17  6  days, correct?

04:17  7  **A.**   Well, not really.  I mean, it's not really a design; it's

04:17  8  using one.  You may have to make one; you may have to put one

04:17  9  together with parts; you may use a BOP from another rig.  But,

04:17  10  yes, that's pretty basic.

04:17  11  **Q.**   You're an expert in that?

04:17  12  **A.**   Yes.

04:17  13  **Q.**   You're also an expert in flow rate modeling, correct?

04:17  14  **A.**   I didn't do that in this case, but I have done that many

04:17  15  times, yes.

04:17  16  **Q.**   That's just another area of your expertise?

04:17  17  **A.**   Regular petroleum engineering function, yes.

04:17  18  **Q.**   Now, you testified on direct examination that in your

04:17  19  opinion -- let me get the quote here -- it was conventional

04:17  20  wisdom to use a BOP-on-BOP to shut in a blown-out well in

04:18  21  deepwater operations.

04:18  22        Did I hear that correctly?

04:18  23  **A.**   No.  I think I read that out of the Apache document, the

04:18  24  term "conventional wisdom."  I basically agree with it, but

04:18  25  that wasn't my quote; that was out of an Apache document we

EDWARD ZIEGLER - CROSS

04:18  1   read.

04:18  2   **Q.**   I'm glad you raised that.  Let's look at that Apache

04:18  3   document, 11581.

04:18  4          It's your opinion that the industry had equipment

04:18  5   that was readily available, that you could go get off the

04:18  6   shelf, to assemble pretty quickly to shut in this well,

04:18  7   correct?

04:18  8   **A.**   Absolutely.

04:18  9   **Q.**   And you used this document with Mr. Smith to tell us

04:18  10  how -- proof that the industry had this equipment available --

04:18  11  is this Exhibit 11581.

04:18  12          **MS. KARIS:**   If we can go to paragraph C, which is

04:18  13  page 2.  I'm sorry.  Top paragraph.

04:19  14  **BY MS. KARIS:**

04:19  15  **Q.**   Now, relying on this paragraph -- in fact, I think the

04:19  16  first couple sentences, you say:  In order to address sealing

04:19  17  the well at the BOP, if the LMRP can be removed from the well,

04:19  18  conventional wisdom would suggest that another subsea BOP could

04:19  19  be placed on top of the *Horizon*'s BOP in order to shut in the

04:19  20  well.

04:19  21          That's what you relied on to say it was conventional

04:19  22  wisdom to use BOP-on-BOP; is that correct?

04:19  23  **A.**   Again, ma'am, I didn't say it was conventional wisdom.

04:19  24  The document says that.  But I basically agree with that.  I

04:19  25  didn't use this to say conventional wisdom.  The document says

EDWARD ZIEGLER - CROSS

1    that.

2    **Q.**   Let's look at what else the document says.

3          Do you understand what the origin of this document

4    is?

5    **A.**   Yes, I do.

6    **Q.**   The origin of this document is that Secretary Salazar, on

7    behalf of the United States government, asked the industry to

8    come forth with ideas that might work in order to shut in the

9    Macondo well, correct?  And that was in late April?

10   **A.**   Yes.  I believe that's exactly what I said the source was

11   a few moments ago.

12   **Q.**   Someone sent this document that you say supports your

13   opinions in response to Secretary Salazar's request, correct?

14   **A.**   Not someone.  I believe it's from Apache Corporation,

15   which is a deepwater Gulf of Mexico operator.

16   **Q.**   Okay.  Let's see what they actually say on the first page.

17         **MS. KARIS:**  I'm sorry.  Page 1.  If you can call out

18   through this paragraph that ends with "we believe."  From the

19   beginning to there, please.

20   **BY MS. KARIS:**

21   **Q.**   It says:  "In response to Secretary Salazar's request for

22   support and suggestions relating to the *Deepwater Horizon*

23   incident, we have compiled the following items as a response

24   from Apache Corporation.  There are three sections covering the

25   following topics."

**EDWARD ZIEGLER - CROSS**

1    One is immediate recovery options, and that's what
2  paragraph C is under, correct, the one we looked at, the
3  suggestion to use a BOP-on-BOP, perhaps, correct?
4  **A.**   Well, I can't see that page, but I think that's what it
5  was, yes.
6  **Q.**   Let's see what Apache actually says about their
7  recommendation.
8         **MS. KARIS:**  If you can call out the first paragraph.
9  **BY MS. KARIS:**
10 **Q.**   Apache puts forth these ideas, which you told us support
11 your view.  And they say:  "We believe the following list of
12 three items are worth consideration for recovery operations."
13        They go on to say:  "They are off the wall, fairly
14 nonconventional, and require further engineering, but we
15 believe they have merit and are worth consideration by the
16 teams at BP."
17        That's what they stated, correct?
18 **A.**   Yes.  For a reason.
19 **Q.**   These considerations were in fact passed on to BP.  Do you
20 know whether they were taken into consideration?
21 **A.**   Well, I have no idea whether BP considered them, but they
22 sure didn't do it.
23 **Q.**   Now, you're aware that as part of these source control
24 response efforts, the industry, over 100 service providers and
25 all of the major oil manufacturers, including Apache, were

560

**EDWARD ZIEGLER - CROSS**

04:22  1    invited to come and participate in those efforts?

04:22  2              You're aware of that fact, correct?

04:22  3    **A.**   Well, I don't know who was invited.

04:22  4              I think you mean oil producers.

04:22  5    **Q.**   Sorry.  Yes, oil and gas producers.

04:22  6    **A.**   I don't know exactly who was invited.

04:22  7    **Q.**   Are you aware of any of the oil manufacturers coming

04:23  8    forward, including Shell, that you identify from this document,

04:23  9    and saying they had a ready-to-be-designed solution in seven

04:23  10   days that could be used to shut in the Macondo well?

04:23  11   **A.**   I don't really know what everyone came forward with,

04:23  12   but -- I just don't know.

04:23  13   **Q.**   All right.  And are you aware that 45 days later, after BP

04:23  14   and the industry were working to try and shut in this well,

04:23  15   Secretary Salazar and Secretary Chu called for yet another

04:23  16   meeting to understand what, if any, additional information or

04:23  17   equipment existed to shut in the well?

04:23  18             Are you aware of that fact?

04:23  19   **A.**   I think I'm aware of that, a meeting about the end of May.

04:23  20   I don't know a lot about it, but I'm familiar with it.

04:23  21   **Q.**   June 15, does that ring a bell for that meeting?

04:23  22   **A.**   No, but I'll accept your word for it.

04:23  23             **MS. KARIS:**  If we can pull up TREX-142994.0001,

04:24  24   please.

       25

EDWARD ZIEGLER - CROSS

04:24  1   **BY MS. KARIS:**

04:24  2   **Q.**   I know you told Ms. Brown in your deposition that you have

04:24  3   been working on this case almost every day for over half a

04:24  4   year.  Did you review this document during the course of that

04:24  5   time period?

04:24  6   **A.**   I think I did.  It looks familiar.

04:24  7        **MS. KARIS:**  If we can call out the top, please.

04:24  8   **BY MS. KARIS:**

04:24  9   **Q.**   From the beginning -- this is Mr. James Dupree.  Do you

04:24  10  know what role Mr. Dupree had in the response?

04:24  11  **A.**   Not precisely.

04:24  12  **Q.**   How about generally?

04:24  13  **A.**   I think he was a vice president of BP.

04:24  14  **Q.**   Do you know what role he had in the response?

04:24  15  **A.**   I don't recall right now.

04:24  16  **Q.**   On June 16 of 2010, Mr. Dupree sends a letter to attendees

04:24  17  of the June 15 industry meeting, care of the Department of the

04:25  18  Interior of the United States of America, correct?

04:25  19  **A.**   Yes.

04:25  20  **Q.**   He says, "Dear Attendees, thank you for your participation

04:25  21  at the June 15th meeting at the Department of the Interior,

04:25  22  hosted by Secretaries Salazar and Chu, correct?

04:25  23  **A.**   Yes.

04:25  24  **Q.**   He says:  "BP's primary action from the meeting was to

04:25  25  generate a wish list of resources that would either improve the

EDWARD ZIEGLER - CROSS

04:25  1    current containment schedule, increase the containment

04:25  2    capacity, or provide additional redundancy above the current

04:25  3    planned redundancy level."  Then it attaches that list.

04:25  4            Are you aware of anyone, as of June 15, following

04:25  5    this industry meeting, coming forward and saying, "I have the

04:25  6    solution in seven days"?  Are you aware of anyone doing that?

04:25  7    A.   I'm not aware of it, but this is talking about

04:25  8    containment.  I'm not sure what that means.  Normally it means

04:25  9    skimming up oil or collecting oil.

04:25  10   Q.   The good news is Mr. Dupree will be here, and he will tell

04:26  11   us exactly what we asked for.

04:26  12           I'm asking whether you know what this was about.

04:26  13   A.   If you had the list attached, we could see right now what

04:26  14   he asked for.

04:26  15   Q.   Do you know if anyone stepped forward and said, "I have

04:26  16   the solution, and you can shut this well in in seven days"?

04:26  17   A.   He is not asking for solutions.  First of all, he is

04:26  18   asking for equipment, and I don't know what someone responded

04:26  19   with.

04:26  20   Q.   You certainly don't know of anyone, including yourself,

04:26  21   that stepped forward and said, "I can solve this problem

04:26  22   because there's existing on-the-shelf equipment we can go get,

04:26  23   screw together, and solve this problem"?

04:26  24   A.   He was asking for containment equipment, which at that

04:26  25   time BP was trying to collect the oil.  That's what they were

OFFICIAL TRANSCRIPT

EDWARD ZIEGLER - CROSS

04:26  1    calling containment.  But I don't know what he was referring
04:26  2    to.  At this time BP was calling containment collecting oil.
04:26  3    That has nothing to do with blowout preventers.
04:27  4    Q.    We will talk about whether he was looking for containment
04:27  5    equipment.  My question is whether you were aware of anyone
04:27  6    coming out of this meeting with Secretaries Salazar and Chu --
04:27  7    A.    No, ma'am.
04:27  8    Q.    -- with the United States government, including yourself,
04:27  9    saying, "I have the solution for this problem, seven days."
04:27  10   A.    No, ma'am.  For the third time, I do not know.
04:27  11   Q.    You testified that the *Jim Cunningham* incident was one
04:27  12   incident that you relied on with respect to talking about the
04:27  13   effectiveness of capping a well.  Is it in deep water?
04:27  14   A.    Yes.
04:27  15   Q.    And you mentioned "but that well had bridged."
04:27  16   A.    I believe it had, yes.
04:27  17   Q.    Tell the Court what it means for a well to have bridged.
04:27  18   A.    Well, by itself -- I believe this was the fact situation.
04:28  19   By itself, through plugging up or a formation down the well,
04:28  20   going into the tubing or drill pipe or whatever, that the well
04:28  21   had just stopped flowing.
04:28  22   Q.    That well had stopped flowing when they used the device
04:28  23   that you told this Court about, correct?
04:28  24   A.    I said that, yes.
04:28  25   Q.    The Macondo well had not stopped flowing while they were

EDWARD ZIEGLER - CROSS

04:28    1    trying to design and engineer a solution, including considering
04:28    2    a capping stack, correct?
04:28    3    A.    It had not, which is one reason I showed the video of how
04:28    4    easy it is to set a device on a flowing well.
04:28    5    Q.    Have you ever set a device on a blown-out well?
04:28    6    A.    Yes.
04:28    7    Q.    Was that in deep water?
04:28    8    A.    I'm sorry.  I misanswered.  I've set a device on a flowing
04:28    9    well.
04:28   10    Q.    My question is whether you have set a device on a
04:28   11    blown-out deepwater well 5,000 feet below the surface.
04:29   12    A.    Well, when I did it, about 1974, deep water was defined in
04:29   13    the industry as about 600 to 1,000 feet.  So I have not done it
04:29   14    at this depth, but it's an easy task that's done frequently.
04:29   15    Q.    It's an easy task that was done frequently, but you're not
04:29   16    aware of anyone in the industry coming forward and saying,
04:29   17    "This is easy, it's done frequently, and I have the solution
04:29   18    for you in seven days"?
04:29   19    A.    Well, what I'm talking about, easy, is, routinely in the
04:29   20    deepwater industry, Transocean and Sedco and Ensco and all the
04:29   21    offshore rig operators and drilling contractors every day
04:29   22    somewhere in the world, and probably more than once a day, they
04:29   23    are landing, unlatching, pulling, setting blowout preventers or
04:29   24    other devices on a wellhead or connector.  And it's as easy as
04:29   25    we saw in this video with this well flowing.  There's no

EDWARD ZIEGLER - CROSS

04:30    1    difference.
04:30    2    **Q.**   In your opinion, it's as easy and the same to land a
04:30    3    device on a control well as it is to land a device on a
04:30    4    blown-out well?
04:30    5    **A.**   Yes, ma'am.  That's why I wanted to show that video.  It's
04:30    6    a piece of cake.  It's done every day in the industry.
04:30    7    **Q.**   Did you come forward at any time and go to the secretaries
04:30    8    of the United States, to the Minerals Management Service, to
04:30    9    any agency of the United States government and tell them that
04:30   10    shutting in this well was a piece of cake, seeing as you are an
04:30   11    expert in all these areas?
04:30   12    **A.**   I didn't say anything about shutting in the well being a
04:30   13    piece of cake.  I'm talking about landing the device.
04:30   14    **Q.**   For what purpose are you landing the device?
04:30   15    **A.**   You are landing the device, first of all, to get data so
04:30   16    all those unknowns and things that the gentleman talked about
04:30   17    in his opening -- the way to eliminate an unknown, instead of
04:30   18    sitting there with an unknown for 60 or 75 days, is to do
04:31   19    what's necessary from an engineering perspective to get the
04:31   20    data.  And then you don't have the unknowns.
04:31   21        If you set a cap on the well, pinch it down, close
04:31   22    it, watch the pressures, open it back up if you need to, then
04:31   23    you get the data.  So that's why you put the cap on the well
04:31   24    initially, is to both control it and to get data so you know
04:31   25    what your well integrity is.  Then you don't have to worry

EDWARD ZIEGLER - CROSS

04:31  1   about it.  You either have well integrity or you go to the next

04:31  2   step.

04:31  3          Here we know they would have had well integrity if

04:31  4   they would have just done it in May.

04:31  5   Q.   So just to be clear, you are not saying capping a flowing

04:31  6   well 5,000 feet below the surface of the water in the

04:31  7   conditions that existed at Macondo would have been a piece of

04:31  8   cake?

04:31  9   A.   Yes, that's what I'm saying.  Setting the device down, we

04:31  10  saw the video, would be a piece of cake.  Once you have that

04:31  11  device set on there, you have the well capped, and then you

04:31  12  decide what you are going to do with it as far as well as

04:31  13  closing the blowout preventers, how much you choke it down, or

04:32  14  if you can shut it in completely and watch the pressures.  But

04:32  15  we saw in that video that was the actual capping event.  That's

04:32  16  easy.

04:32  17  Q.   Do you have any idea how much engineering, design, testing

04:32  18  man-hours were spent in order to accomplish that task that we

04:32  19  saw in that video?

04:32  20  A.   Well --

04:32  21  Q.   Do you know?

04:32  22  A.   I do.

04:32  23  Q.   How many?  Quantify for the Court how many hours, how many

04:32  24  people, how many weeks were spent in order to achieve that

04:32  25  piece-of-cake operation.

EDWARD ZIEGLER - CROSS

04:32  1    A.    Many, many hours and days and that's why the best option

04:32  2    is to have done all of those thousands of hours and everything

04:32  3    you accomplish, do it in 2008 or 2009.  Do it before you drill

04:32  4    Macondo so that you don't have to do it all immediately after

04:32  5    the event.  That's why you have a proper source control plan.

04:32  6          But that's a very good point.  If BP says -- and I

04:33  7    wouldn't disagree with them -- that they spent a lot of money

04:33  8    and a lot of time and a lot of man-hours and a lot of effort on

04:33  9    creating that capping situation, then that's all the more

04:33  10   reason, if it's going to take so long, to have this plan before

04:33  11   you ever drill the well.

04:33  12   Q.    You agree that it was BP's goal to shut in that well as

04:33  13   soon as possible?

04:33  14   A.    That's an interesting question.  I think that certainly

04:33  15   people would want to shut in the well, but wanting and doing

04:33  16   are two different things.

04:33  17   Q.    All right.

04:33  18   A.    I heard the expression that it defies common sense why

04:33  19   they would not want to shut the well in.  Well, to me it defies

04:33  20   common sense that they would not have a plan, it defies common

04:33  21   sense that they wouldn't shut the well in as soon as possible,

04:33  22   and it defies common sense they would not have determined the

04:33  23   well integrity as soon as possible.  That's what defies common

04:34  24   sense to me.

04:34  25   Q.    Mr. Dupree will be here, and he will tell us what he did

EDWARD ZIEGLER - CROSS

04:34   1    with respect to each of those efforts.

04:34   2            Now, it is your view the government did not have the

04:34   3    ability, quote, let alone the desire to accomplish source

04:34   4    control.  Is that correct?

04:34   5    A.   No.  I didn't say it that way.  I said as far as -- I

04:34   6    think you're talking about -- which I didn't cover here today,

04:34   7    but in my report I do talk about that the government is not in

04:34   8    charge.  I think that's what you are referring to.

04:34   9            MS. KARIS:  We can pull up page 43 of Mr. Ziegler's

04:34  10    report, please.

04:34  11    BY MS. KARIS:

04:34  12    Q.   This is your report, 11578R.43.  This is from your report,

04:34  13    correct, last couple sentences?

04:35  14    A.   Yes, ma'am, this is from my report.

04:35  15    Q.   What you state there is:  "Even the 'regulators' acted as

04:35  16    a filter..."

04:35  17            And then you go on to say:  "for example, where the

04:35  18    government in several documents says it does not have the

04:35  19    ability, let alone the desire, to accomplish source control, so

04:35  20    must 'rely wholly on the responsible party'..."

04:35  21            That's what you stated in your report, correct?

04:35  22    A.   Absolutely.  It's not that they -- it's not that they

04:35  23    didn't want to do it.  It's not their job.  They were forced

04:35  24    into this.  They didn't go in and take control, in my opinion.

04:35  25    BP had the responsibility.  It was a huge mess and the

**EDWARD ZIEGLER - CROSS**

04:35  1   government had to get involved because of the Oil Pollution Act

04:35  2   and other reasons.

04:35  3          But I would not assume that Admiral Allen or Admiral

04:35  4   Landry or anyone wanted to spend their time in Houston or here

04:36  5   on the Gulf Coast, even though it's a nice place, controlling

04:36  6   the well rather than doing what their normal duties were.  They

04:36  7   were forced into this because BP had such a huge miserable

04:36  8   failure, somebody had to make every effort they could to try to

04:36  9   help it along.

04:36  10  Q.   You agree that ultimately, in the words of the President

04:36  11  of the United States, BP was operating at the government's

04:36  12  direction?

04:36  13  A.   I disagree with that.  We have quotes from --

04:36  14          MS. KARIS:  Put up 142364.001.

04:36  15  BY MS. KARIS:

04:36  16  Q.   You were shown this in your deposition.  These are remarks

04:36  17  of the President of the United States of America.  I think you

04:36  18  disagreed with them at that time as well.  This paragraph that

04:36  19  begins with, "But make no mistake."

04:36  20          "But make no mistake:  BP is operating at our

04:37  21  direction."

04:37  22          You disagree with the President in stating that,

04:37  23  correct?

04:37  24  A.   Yes, I do.  With all due respect, I'm sure it was a very

04:37  25  important issue for him to deal with.  It's a very important

04:37   1    issue for all of us.  But I don't think this is a well control
04:37   2    statement by the President.
04:37   3              MS. KARIS:  I have no further questions.  Thank you.
04:37   4              THE COURT:  Any redirect?
04:37   5              MR. SMITH:  No further questions, Your Honor.
04:37   6              THE COURT:  Thank you, Mr. Ziegler.
04:37   7              MR. MILLER:  Good afternoon, Your Honor.  Kerry
04:37   8    Miller on behalf of the aligned parties.  At this time,
04:37   9    Your Honor, the aligned parties would like to rest their case
04:38   10   subject to the following, and this is kind of like we did in
04:38   11   Phase One.
04:38   12             As Your Honor knows, we have a pretrial order in
04:38   13   this case, and it's sort of a unique proceeding which set forth
04:38   14   the various types of evidence that are going into the record
04:38   15   for Your Honor's consideration as the judge in admiralty and as
04:38   16   the fact finder who will fashion findings of fact and
04:38   17   conclusions of law.  The live testimony is only a portion of
04:38   18   the evidence that goes into that record, Your Honor.  So we are
04:38   19   resting our case subject to the following caveats.
04:38   20             Number 1, we have not yet introduced the
04:38   21   exhibits used with Dr. Bea.
04:38   22             Number 2, the aligned parties have not yet
04:38   23   introduced into evidence the exhibits used with Mr. Ziegler.
04:38   24             Number 3, Your Honor, under the order we have in
04:38   25   place that was the subject of much discussion with Magistrate

04:38  1   Shushan over the summer, the aligned parties are entitled to
04:38  2   rely and cite to and forms part of the record the deposition
04:39  3   bundles that will be introduced in connection with the
04:39  4   quantification segment of this trial, Your Honor.
04:39  5              Number 4, also in connection with the
04:39  6   much-negotiated pretrial orders with Magistrate Shushan, there
04:39  7   is a category of exhibits at one point known as Category 4
04:39  8   exhibits or catchall exhibits, which is subject to discussion
04:39  9   amongst the parties at the end of the quantification segment.
04:39  10  Again, those exhibits would come into the record and would be a
04:39  11  part of the source control trial and information and evidence
04:39  12  that the aligned parties can rely upon in their submission to
04:39  13  the Court on proposed findings of fact and conclusions of law.
04:39  14             Finally, Your Honor, there was one oversight in
04:39  15  connection with Dr. Wilson's testimony yesterday.  We did not
04:39  16  officially tender him as an expert in a particular field,
04:39  17  although he gave his substantive opinions and his report's been
04:40  18  admitted.  The field in which we would like to tender
04:40  19  Dr. Wilson is in hydraulic modeling.
04:40  20             THE COURT:  Well, he was allowed to testify as an
04:40  21  expert and gave opinion testimony, so I don't know that it
04:40  22  makes much difference.
04:40  23             MR. MILLER:  I feel the same way but --
04:40  24             THE COURT:  I found out the first time I went to
04:40  25  Texas to try cases that they don't even -- I must have people

1    here from Texas, huh?  They don't even tender experts; they

2    just put somebody on the stand and start asking them questions,

3    and if at some point somebody thinks it's improper, then you

4    object and then you go through --

5              MR. MILLER:  It's funny you say that, Your Honor --

6              THE COURT:  So why he should be allowed to give

7    expert --

8              MR. MILLER:  I had a question from a colleague as to

9    why we go through all this stuff about tendering in a

10   particular field, that they don't do that elsewhere.

11             THE COURT:  Yeah.

12             MR. MILLER:  Your Honor, I also forgot to admit

13   Mr. Turlak, who was not an expert, also had exhibits.  We have

14   not moved his exhibits into the record either.  So there's

15   actually a fifth category of exhibits that still need to come

16   into the record.

17             THE COURT:  Obviously y'all are resting subject to

18   getting all your exhibits in and -- I was a little confused

19   about your reference to deposition bundles that will be

20   introduced during the quantification segment as somehow being

21   relevant to the source control issue.  I'm not --

22             MR. MILLER:  Your Honor, in the order that we had

23   many discussions with Magistrate Shushan over the summer and

24   it's the subject of a Court order, the bundles that are coming

25   in for Phase Two -- that is, you had some bundles that I think

04:41  1    Anthony introduced yesterday.  I think the number was 20, 15
04:41  2    from Phase Two and five from Phase One.  I think BP will
04:41  3    introduce its 20, I guess, tomorrow or Thursday.  I guess
04:41  4    Thursday.
04:41  5            The U.S. and BP and Anadarko can rely upon --
04:41  6    some of the witnesses, Your Honor, testified as to both source
04:41  7    control and quantification topics.  We have talked a lot about
04:42  8    the fact that with respect to some witnesses, the line between
04:42  9    source control and quantification was not clear; it was very
04:42  10   blurry.  So some depositions do include -- some deposition
04:42  11   bundles do include, both in the same bundle, testimony that
04:42  12   relates to source control and quantification.
04:42  13           So for the purposes of Phase Two, all parties,
04:42  14   including the parties that have not been here for this segment,
04:42  15   the United States and Anadarko, can rely upon all testimony
04:42  16   that's in all the bundles for Phase Two and their proposed
04:42  17   findings of fact and conclusions of law.  I hope that clarifies
04:42  18   it.
04:42  19           THE COURT:  It looks like Mr. Langan wants to say
04:42  20   something.
04:42  21           MR. MILLER:  Your Honor, I would make one more remark
04:42  22   before turning it over to Andy and that is, since we have gone
04:42  23   almost two full days and I think we are about seven hours or
04:42  24   seven and a half hours apiece, we are basically halfway there
04:42  25   on the chess clock and we got through five witnesses.  BP has

04:42    1    eight witnesses it is slated to call.  To the extent BP knows

04:43    2    it's not going to call some of those experts, because they can

04:43    3    pull them back, we sure would appreciate knowing and I think

04:43    4    the Court probably feels the same way, given the work we do at

04:43    5    night.  So I would make that request from BP --

04:43    6            THE COURT:  All right.  We'll talk about witnesses in

04:43    7    a minute.

04:43    8            MR. LANGAN:  Your Honor, Andy Langan for BP.  We

04:43    9    would like to move under Rule 52(c) for judgment on partial

04:43   10    findings.  We have a brief that we can file either tonight or

04:43   11    first thing in the morning.  I'm happy to talk about it, but we

04:43   12    do have a short brief we'd like to file.

04:43   13            THE COURT:  Why don't you just file your brief and if

04:43   14    there's anything you want to -- anything you want to add

04:43   15    tomorrow, I'll entertain that.

04:43   16            MR. LANGAN:  Okay.  So I would maybe take care of

04:43   17    that first thing.  Is it okay if we file first thing in the

04:43   18    morning?  Would you rather see it tonight or --

04:43   19            THE COURT:  The sooner you can file it, the better it

04:43   20    is for me.  And I'm sure they would like to have a chance to

04:43   21    respond.

04:43   22            MR. LANGAN:  For purposes of the record, we do

04:43   23    move -- we have some things to say about partial findings and

04:44   24    we'd like an opportunity --

04:44   25            THE COURT:  In addition to filing it, Ben, if they

1   e-mail it to you, you can e-mail it to me.

2           MR. LANGAN:  Very good, Your Honor.  Thank you.

3           THE COURT:  Do you agree with what Mr. Miller -- is

4   there any issue about --

5           MR. LANGAN:  He was talking pretty fast, but

6   generally I think we do.  I don't think it makes any difference

7   to our motion, you know, the quantification --

8           THE COURT:  In other words, there's no dispute on the

9   issue about the representation that that's what you-all had

10  agreed through -- worked through with Judge Shushan about there

11  could be overlapping in these deposition bundles?

12          MR. LANGAN:  That is certainly true, Your Honor.

13  Thank you.

14          THE COURT:  Very well.

15          MR. MILLER:  Kerry Miller again for the aligned

16  parties, Your Honor.  I'm not quite sure how you can file a

17  Rule 52(c) motion when you have an incomplete record.  We would

18  like to take a look at it, but we think the issue is premature

19  at this time given the status of the record.

20          THE COURT:  Well, we'll see after he files his

21  motion.

22              I'm looking at BP's source control witness list.

23  I do see you have eight witnesses listed in -- in order, three

24  fact witness followed by five experts.  Can you-all tell us now

25  whether it's possible that you-all may not call some of these

04:45  1   witnesses?

04:45  2           MR. BROCK:  Yes, Your Honor.  Mike Brock for BP.  At

04:45  3   this point our first three witnesses are James Dupree, who is

04:45  4   here and we are ready to go with him -- with him this

04:45  5   afternoon.  I do anticipate that Mark Mazzella will be our

04:45  6   second witness, followed by Trevor Smith.

04:45  7           THE COURT:  Those three are fact witnesses, correct?

04:45  8           MR. BROCK:  Yes.

04:45  9           THE COURT:  I've got them noted as fact witnesses.

04:45  10          MR. BROCK:  Correct.  Then our team will meet

04:45  11  tonight.  I need to see where we are on the clock and how much

04:45  12  time we have left to do the other witnesses.  If I can get to a

04:46  13  decision on that tonight, I will send an e-mail to the Court

04:46  14  and to the parties.  I don't expect that we will call all

04:46  15  eight.  We will probably call -- well, I don't want to make a

04:46  16  guess on that, but I don't think we will call all eight.

04:46  17          THE COURT:  Well, in fairness, if you are not going

04:46  18  to call the first couple that are listed, I think we need to

04:46  19  know that tonight because these fellas will be prepared for

04:46  20  cross-examination.

04:46  21          MR. BROCK:  So we can do that.  We can let the Court

04:46  22  know tonight and the other parties --

04:46  23          THE COURT:  Okay.

04:46  24          MR. BROCK:  -- in terms of the first couple of

04:46  25  experts that are listed, Carden and Ballard.

OFFICIAL TRANSCRIPT

04:46   1        **THE COURT:**  Actually, I need to know, too, because

04:46   2   I --

04:46   3        **MR. BROCK:**  I was including Your Honor in the

04:46   4   distribution list.  You're going to be at the top of the list,

04:46   5   actually.

04:46   6        **THE COURT:**  Believe me, I do not want to read expert

04:46   7   reports if they are not going to be called.

04:47   8        **MR. BROCK:**  Sure.  We will do that early this

04:47   9   evening.

04:47  10        **MR. BRIAN:**  Your Honor, Brad Brian for Transocean.

04:47  11   May I ask the Court to inquire of Mr. Brock how long he expects

04:47  12   those first three witnesses to stay on?  Will they take up the

04:47  13   whole day or will you definitely get --

04:47  14        **THE COURT:**  You mean today?

04:47  15        **MR. BRIAN:**  I mean through tomorrow.  I'm assuming we

04:47  16   are going to get somebody past the three he identified

04:47  17   tomorrow.

04:47  18        **MR. BROCK:**  Yes, I would expect that.  I would expect

04:47  19   Mr. Dupree to take the rest of the day and if we adjourn at

04:47  20   6:00, I think he will still be on direct exam for a little bit

04:47  21   tomorrow.  I don't know how long your cross is, so that makes

04:47  22   it a little harder to predict.

04:47  23        Mazzella and Smith, I would think, would take

04:47  24   until -- they will go into the afternoon, to be followed by

04:47  25   Carden or Ballard, depending on what we decide on those two.

04:47  1        **MR. BRIAN:**  I ask, Your Honor, because obviously some

04:47  2   of us have an interest in those two people he identified.  We

04:48  3   would like to know as early as possible tonight if that's

04:48  4   possible.

04:48  5        **THE COURT:**  Well, I think that's what he said he is

04:48  6   going to give us.

04:48  7        **MR. BROCK:**  Plaintiff has just rested.  We are

04:48  8   evaluating where we are.  We will let the parties know when

04:48  9   we -- after we have talked it through.

04:48  10       **THE COURT:**  Okay.  Are you ready to call your first

04:48  11  witness?

04:48  12       **MS. KARIS:**  Yes, Your Honor.  May I go get

04:48  13  Mr. Dupree, Your Honor?

04:48  14       **THE COURT:**  I'll step off the bench for about five

04:48  15  minutes.  We'll keep this to a short, short recess.

04:48  16       **MS. KARIS:**  Thank you, Your Honor.

04:56  17       (Recess.)

04:56  18       **THE COURT:**  Please be seated, everyone.

04:56  19                        **JAMES DUPREE,**

04:56  20  having been duly sworn, testified as follows:

04:56  21       **THE DEPUTY CLERK:**  State your full name and correct

04:56  22  spelling for the record, please.

04:57  23       **THE WITNESS:**  My name is James Dupree, D-U-P-R-E-E.

04:57  24       **MS. KARIS:**  May I proceed, Your Honor?

04:57  25       **THE COURT:**  Yes.

1          **MS. KARIS:**  Good afternoon, Mr. Dupree.

2               And for the record, Hariklia Karis on direct

3    examination.  We just finished cross, so I'm going to try to

4    remember I'm on direct now.

5                    **DIRECT EXAMINATION**

6    **BY MS. KARIS:**

7    **Q.**   Who do you work for?

8    **A.**   I work for BP.

9    **Q.**   What is your current position at BP?

10   **A.**   I'm currently the chief operating officer of resource

11   development and technology.

12   **Q.**   What are some of your responsibilities as the chief

13   operating officer for resource development and technology?

14   **A.**   I am responsible for -- as the chief operating officer of

15   resource development, it's a global role.  I'm responsible for

16   the reservoirs, all the reservoirs that BP owns around the

17   world, for the development of those reservoirs, the

18   development, planning, the drilling, the execution, completion

19   plans of those particular reservoirs.

20               On the technology side, I'm head of upstream

21   technology in BP, so I'm responsible for all the technology

22   deployment in the upstream of the business.

23   **Q.**   Where is your office located?

24   **A.**   I'm located in Houston in Westlake, Westlake Plaza in

25   Houston.

**JAMES DUPREE - DIRECT**

04:58  1   Q.   To orient ourselves for your examination, can you tell the
04:58  2   Court what position you held at the time of the
04:58  3   *Deepwater Horizon* incident?
04:58  4   A.   I led the source control efforts on behalf of BP.
04:58  5   Q.   What was your position or job title at that time?
04:58  6   A.   I was the strategic performance unit leader for the Gulf
04:58  7   of Mexico.
04:58  8   Q.   So that would have been the seniormost member of the Gulf
04:58  9   of Mexico upstream operations?
04:58  10  A.   That is correct.
04:58  11  Q.   And the Court has previously heard from Mr. Shaw, Neil
04:58  12  Shaw, in connection with Phase One.  Did you take over for
04:59  13  Mr. Shaw?
04:59  14  A.   Yes, Mr. Shaw was my predecessor in the role.
04:59  15  Q.   How long had you held that position at the time of the
04:59  16  incident?
04:59  17  A.   I had only been there about three to four months before
04:59  18  the incident.
04:59  19  Q.   Now, as the strategy performance unit leader for BP, what
04:59  20  role did you play in the source control aspect after the
04:59  21  incident?
04:59  22  A.   I led the source control effort on behalf of BP in
04:59  23  Houston.
04:59  24  Q.   When you say you led that effort, can you describe
04:59  25  generally for the Court what that entailed.

**JAMES DUPREE - DIRECT**

04:59    1    **A.**   I had the organization in place to bring forward and

04:59    2    recommend source control options to Unified Command and to

04:59    3    execute those options, BP's assets and people.

04:59    4    **Q.**   How long did you work on the source control efforts?

04:59    5    **A.**   I was in the crisis center for, say, approximately

04:59    6    150 days.

04:59    7    **Q.**   Tell the Court what the crisis center was.

05:00    8    **A.**   The crisis center is our purpose-built crisis center in

05:00    9    Westlake, Westlake 1 on our Houston campus.  It's in the Gulf

05:00   10    of Mexico building.  There's a purpose-built center there, and

05:00   11    that's where we responded, in that crisis center.

05:00   12    **Q.**   We will discuss the work you did as part of the source

05:00   13    control operations briefly, but before that I would like to

05:00   14    discuss your background a little bit.

05:00   15          **MS. KARIS:**   If we can pull up D-23215, please.

05:00   16    BY MS. KARIS:

05:00   17    **Q.**   Mr. Dupree, there's a slide here that summarizes some of

05:00   18    your background, and I would like to talk a little bit with you

05:00   19    about it.

05:00   20          First, can you the tell the Court what your

05:00   21    educational background is.

05:00   22    **A.**   I have a Bachelor of Sciences in natural sciences from the

05:00   23    University of Texas and a master's degree in petroleum

05:00   24    engineering from the University of Texas.  I also have a

05:00   25    master's degree in management from Stanford University and a

**JAMES DUPREE - DIRECT**

05:00  1    Sloan Fellow from Stanford University.

05:01  2    **Q.**   When did you graduate with your master's in petroleum

05:01  3    engineering?

05:01  4    **A.**   End of 1984.

05:01  5    **Q.**   At the time that you graduated with your master's, did you

05:01  6    join the oil and gas industry?

05:01  7    **A.**   Yes, that is correct.  I joined Sohio Petroleum Company,

05:01  8    which was mostly owned by BP.

05:01  9    **BY MS. KARIS:**

05:01  10   **Q.**   So have you worked in the oil and gas industry from 1984

05:01  11   until now, approximately 29 years?

05:01  12   **A.**   That's correct, yes.

05:01  13   **Q.**   In the interest of time, we are not going to walk through

05:01  14   your 29-year career every position you have held, but can you

05:01  15   summarize for the Court your employment history reflected in

05:01  16   part here on Demonstrative 23215.

05:01  17   **A.**   So in my early career I worked in Alaska, which was a

05:01  18   large resource area for Sohio and BP.  I worked on the North

05:01  19   Slope of Alaska.  I worked as a reservoir engineer and

05:01  20   production engineer, a workover engineer. I worked in

05:01  21   South America in my early career, in Columbia, in a reservoir

05:02  22   called Cupiagua.  I was the staff engineer, the development

05:02  23   engineer for those fields.

05:02  24            Later on, I worked in the headquarters of BP.  Then

05:02  25   after working in headquarters for about a year and a half, I

**JAMES DUPREE - DIRECT**

05:02   1   became the president of the Canadian oil business for BP.  I
05:02   2   later was the business unit leader for the Gulf of Mexico
05:02   3   production business in '99, 2003.  I went to Russia when we did
05:02   4   our joint venture in Russia with TNK-BP.  I was the executive
05:02   5   vice president of developments, technology, and exploration for
05:02   6   our joint venture.  I was the president of our Angola business,
05:02   7   after that, after returning from Russia.  And I had run our
05:02   8   offshore -- or Russia/Kazahkstan business from London before
05:02   9   moving to the Gulf of Mexico.
05:02   10  Q.   Sounds like a pretty complete career.
05:02   11       Had you worked in deep water before you got the
05:03   12  position of strategic performance unit leader in late 2009,
05:03   13  early 2010?
05:03   14  A.   Yes.  As I said earlier, I was the business unit leader
05:03   15  for the deepwater Gulf of Mexico in the early stages of the
05:03   16  business for the production side of the business.  I also, in
05:03   17  Angola, the West Africa business, I was the president of the
05:03   18  West Africa business, which is all offshore.  And in my time in
05:03   19  the headquarters in London, the senior vice president I was
05:03   20  working for also had North Sea operations underneath him, and I
05:03   21  reported to him and assisted him in those operations.
05:03   22  Q.   Can you tell the Court what the circumstances were that
05:03   23  led to you coming to the Gulf of Mexico to become the strategic
05:03   24  performance unit leader?
05:03   25  A.   So until 2008, I was living in London, working on Russia

**JAMES DUPREE - DIRECT**

1   business for BP.  My wife got very ill and I requested and was

2   granted from BP a leave of absence from the company for about a

3   year, year and a half.  I moved my family and my wife back to

4   Houston because she was in dire need of a transplant, and she

5   did get a transplant in November of 2009.

6           And coming right out of that, I requested to return

7   to BP.  Talked to Tony and Andy about returning to BP, and they

8   offered me the role in the Gulf of Mexico to run the deepwater

9   business in the Gulf of Mexico.  Because of my wife's medical

10  condition, I needed to remain in Houston for some period of

11  time until she -- until we resolved her condition.

12  **Q.**   Are you still in Houston today?

13  **A.**   Yes, I am still in Houston today.

14  **Q.**   Now, after -- you testified earlier that you worked in the

15  source control side of this incident for about 150 days.  What

16  position did you obtain after that?

17  **A.**   Upon completion of the source control efforts, the company

18  asked me to become the regional president for the Gulf of

19  Mexico and to kind of restore BP's business in the Gulf of

20  Mexico and also to incorporate the lessons learned into BP's

21  business.

22  **Q.**   We have walked through some of your career.  The slide

23  here also says that you're the author of multiple technical

24  publications and you're the recipient of industry awards.  Can

25  you briefly describe what that is?

JAMES DUPREE - DIRECT

1    A.    In my early career, I authored multiple subsurface

2    technical publications, usually about reservoir engineering or

3    logging techniques.  A lot of them were associated with the

4    work I was doing as an engineer at the time.  And I was a

5    distinguished lecturer in certain industry forums.

6    Q.    In your capacity as the regional president for the Gulf of

7    Mexico, did you serve on any boards that were related to the

8    *Deepwater Horizon* source control efforts?

9    A.    Yes.  As -- when I took over as the regional president, I

10   also decided that it was important -- and BP decided it was

11   important that, in order to share in the lessons learned in the

12   business, that we would actively participate in several boards.

13   The Marine Well Containment Company was one.  I represented BP

14   on the Marine Well Containment Company board.  The Marine Well

15   Containment Company is a company that's a consortium of 10

16   different companies.  All came together post the spill to

17   create an avenue for source control equipment preparation and

18   to have source control equipment.  My main purpose on that

19   board was to ensure that all the Macondo equipment that we used

20   and built during the response get refurbished and be put into

21   the Marine Well Containment Company to be used by the industry

22   potentially in the future.

23              I also was on the board of the Center for Offshore

24   Safety.  It was a new initiative by the industry trying to do a

25   similar thing that the nuclear agency does where companies

OFFICIAL TRANSCRIPT

JAMES DUPREE - DIRECT

1    self-police themselves.  And so in the Center for Offshore

2    Safety, we set up initially to do safety environmental systems

3    and management audits as -- regulatory audits to be able to

4    share information.  Also to be able to share other information

5    with each other in the interest of improving offshore safety.

6    Because today incidents can happen in certain companies, and

7    they don't get shared with other companies.  So learning -- so

8    the Center for Offshore Safety's purpose was built to do that.

9        The only thing I will mention here is:  I also was a

10   member of the American Petroleum Institute, API, upstream

11   executive committee.  As you know, the API is where standards

12   get written in this industry, and my role there was really to

13   make sure that the lessons learned from the event were

14   incorporated in the standards and that we advocated for at

15   least the changes that BP made in the business -- in our

16   business relative to our plea that those changes were also well

17   represented with the API in the standard setting for the

18   industry.

19   BY MS. KARIS:

20   Q.   Mr. Dupree, as a result of your involvement in these

21   professional organizations as well as your involvement in BP's

22   source control efforts, did you come to learn what equipment

23   and technology existed at the time of the blowout for deepwater

24   source control?

25   A.   Yes, I'm aware of the kind of equipment that might have

**JAMES DUPREE - DIRECT**

1  been available prior to -- certainly from my experience in the

2  Marine Well Containment Company.

3  **Q.**   We'll talk about that a little later, as we get into some

4  of the substance of your testimony.

5           How long did you remain on these boards?

6  **A.**   I remained on these boards until the end of last year, so

7  January of this year.

8  **Q.**   Why did you step down from the boards?

9  **A.**   I changed roles from regional president of the Gulf of

10  Mexico to this global role.  So I handed these roles to my --

11  to the person that came in behind me to take over regional

12  president of the Gulf of Mexico.

13  **Q.**   Does BP continue its involvement in these organizations?

14  **A.**   Yes.

15  **Q.**   Now, I would like to talk a little bit about the structure

16  of the overall source control efforts.  Let's begin with how

17  did you learn about the *Deepwater Horizon* incident?

18  **A.**   On April 20, at night, I was at home.  I got a phone call

19  from one of the ops managers that happened to be in the

20  crisis -- was in the crisis center because we were responding

21  to try to get our people home from the volcanic event that was

22  going on.  People were stranded in Europe.  We were trying to

23  get them home.

24           He called me and he said, "Do you know anything about

25  what's going on on the *Deepwater Horizon*?"

JAMES DUPREE - DIRECT

05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:10
05:11
05:11
05:11
05:11

1          I said, "No."

2          He said, "Let me forward you an e-mail."

3          He forwarded it to me.  It was an e-mail from the

4   *Damon Bankston* that essentially said:  "Rig on fire.  Send

5   help."

6          I asked him, "Have you raised the Incident Management

7   Team," the IMT.

8          And he said, "Yes."

9          And then I immediately got dressed and went into the

10  crisis center.

11  Q.   What is the IMT, the Incident Management Team?

12  A.   In the Gulf of Mexico business and in most businesses that

13  have operations, there is a rota, a call-out so -- of all the

14  people you would need to respond.  So people are on call every

15  week, and that call-out list is the immediate -- is what you

16  would immediately use in order to call in the team.  So those

17  people are on call that week, and that list is always updated.

18  So when I say, "Call out the IMT," is to make the phone calls

19  to those people who are on call and get them into the crisis

20  center immediately.

21  Q.   Did you, in fact, do that immediately, activate the

22  Incident Management Team?

23  A.   Yes.  This individual had already started that activation,

24  but yes, we immediately activated our Incident Management Team

25  and all went to the crisis center.

**JAMES DUPREE - DIRECT**

05:11  1  **Q.**   If we can pull up D-23250.

05:11  2          Mr. Dupree, I put up the slide D-23250 for the

05:11  3  record, titled *"Deepwater Horizon* Source Control Response

05:11  4  Teams."  Using this slide, I would like you to tell the Court

05:11  5  what the overall structure was of the team that worked on

05:11  6  responding to the source control efforts to stop the flow of

05:11  7  oil from the Macondo well.

05:11  8  **A.**   So from the top, the national incident commander was

05:11  9  Admiral Thad Allen, who was based in New Orleans -- or based

05:11  10  where -- traveled around quite a bit.  The Unified Area Command

05:11  11  that was structured to run the whole response was based in

05:11  12  New Orleans.  There was a federal on-scene coordinator that led

05:12  13  the Unified Command.  The names here are of the different

05:12  14  on-scene coordinators that held the role.

05:12  15          Within the first day of the response, April 21, there

05:12  16  was a very active discussion between the parties involved about

05:12  17  where to have source control versus where to have the surface

05:12  18  response.  It was agreed that the source control operations

05:12  19  would be run out of Houston because that was where all the

05:12  20  engineers were and that was where a majority of the industry

05:12  21  was.  So rather than try to move everybody to Louisiana, that

05:12  22  was agreed.

05:12  23          So the source control teams were in the Houston

05:12  24  offices at that crisis center in the Westlake building.

05:12  25  **Q.**   Now, in the top left-hand corner here, there's something

**JAMES DUPREE - DIRECT**

05:12  1   titled -- and I realize it can't be read very well -- "Federal

05:12  2   Agencies Involved in Response."  Can you tell the Court what

05:13  3   the role of the federal agencies -- which agencies were

05:13  4   involved and generally what their role was?

05:13  5   **A.**   So within the first day or two, the U.S. Coast Guard came

05:13  6   to the crisis center, arrived at the crisis center, was from

05:13  7   the Coast Guard strike team.  It was Commander Brannon;

05:13  8   Commander Shepherd showed up.  So the Coast Guard arrives very

05:13  9   early.  The MMS also sends representation to the crisis center

05:13  10  in Houston.  And then the Department of Interior and Department

05:13  11  of Energy also get involved early, with Secretary Salazar and

05:13  12  Secretary Chu both coming and being involved at the crisis

05:13  13  center.  And the formation of the Federal Science Team at the

05:13  14  order of Admiral Allen formed the Federal Science Team.  And

05:13  15  the Federal Science Team and Secretary Chu were also very

05:13  16  involved at the crisis center in Houston as well as other

05:13  17  members of the Department of the Interior.

05:13  18  **Q.**   Let me stop you there.

05:13  19       We have heard some about the Federal Science Team.

05:14  20  Can you tell the Court what the involvement or role of the

05:14  21  Federal Science Team was in source control efforts?

05:14  22  **A.**   So the Federal Science Team was enacted by Thad Allen.  It

05:14  23  was to give the government the opportunity to investigate

05:14  24  source control options and to understand the options that were

05:14  25  being brought forward.  It was led by Secretary Chu.  He also

**JAMES DUPREE - DIRECT**

05:14  1    drew on resources from the National Labs, Sandia Labs, Lawrence
05:14  2    Livermore.  He drew from the labs and he also drew from
05:14  3    academia and other experts that he typically drew upon in his
05:14  4    role as Department of Energy.
05:14  5    Q.    Then over here on the right-hand side references the Flow
05:14  6    Rate Technical Group.  Generally, what was the role of the Flow
05:14  7    Rate Technical Group in the response effort?
05:14  8    A.    The Flow Rate Technical Group was formed to calculate the
05:14  9    flow rate.  It was formed under Admiral Thad Allen.  BP was not
05:15  10   a participant, but it was led by Ms. Marcia McNutt.  She was
05:15  11   the head of the USGS at the time.  She was Secretary Salazar's
05:15  12   representative at the source control offices in Houston when he
05:15  13   wasn't there.  She spent a significant amount of time with us
05:15  14   in Houston.  She had her own office there.
05:15  15   Q.    Then there's a reference to "Industry Companies" and then
05:15  16   "Service Providers."  What was their role in the response
05:15  17   effort?
05:15  18   A.    Early into the response, the industry obviously offered
05:15  19   people and expertise to us, and we drew on certain individuals
05:15  20   and certain expertise that we needed, expertise about hydrates,
05:15  21   expertise in drilling.  And also drew on their expertise or
05:15  22   their cooperation for equipment or access to their vessels.
05:15  23           The service providers were available.  We drew on all
05:16  24   the potential -- the service providers that could help us,
05:16  25   including the Wild Well Control, Boots & Coots, Schlumberger,

JAMES DUPREE - DIRECT

05:16   1   all the larger service companies.  Especially Oceaneering,
05:16   2   which has particular expertise in engineering deepwater
05:16   3   solutions.
05:16   4   **Q.**   Then, finally, there's a box here for "BP Source Control
05:16   5   Teams" with you leading that team and then a variety of teams
05:16   6   under that.  Can you describe for the Court how those teams fit
05:16   7   together and what relationship you had with them?
05:16   8   **A.**   So in order to get organized in Houston, we -- I was the
05:16   9   lead of the source control operations and then I set up several
05:16   10  teams beneath it -- you see six of the teams there -- with
05:16   11  leadership.  In this crisis center that we had in Houston, it
05:16   12  was purpose-built, but it also has a training and learning
05:16   13  center right next to it.  We broke open the training and
05:16   14  learning center so that we had a significant amount of square
05:17   15  footage to work with.  These teams were all on that third floor
05:17   16  in the training and learning center, and the way it was
05:17   17  organized, we had the crisis center and the training and
05:17   18  learning center.  And each of these teams would have their own
05:17   19  area that they were working in.  And the Coast Guard had a
05:17   20  group that sat in the middle that participated, and also MMS
05:17   21  had offices there with us and so did the Department of the
05:17   22  Interior folks.  The science team sometimes was so large that
05:17   23  we had to move them to another floor, where they had their own
05:17   24  conference rooms.  But in general, we were all on one big floor
05:17   25  and we were all together in that floor.

JAMES DUPREE - DIRECT

05:17  1    **Q.**   Approximately how large -- how many people were involved
05:17  2    in this overall source control effort that were working out of
05:17  3    BP's Houston-based offices?
05:17  4    **A.**   It was -- in the Houston-based offices, not to mention the
05:17  5    contractors and the people that were working over the site,
05:18  6    over the well, 5- to 800 people 24/7 were in that crisis center
05:18  7    at any one point in time.  So between 500 and 800 people.  That
05:18  8    includes the Coast Guard, the MMS, and all the engineering
05:18  9    teams that we had there running during the response.
05:18  10   **Q.**   Now, given the size of these operations, was there a
05:18  11   system in place -- or how did you structure, I guess I should
05:18  12   ask, the coordination of all of these teams?
05:18  13   **A.**   So every morning -- I had set a series of meetings.  I sat
05:18  14   in there with these teams in the ops room.  Every morning at
05:18  15   6:30 and another meeting at 4:30, I would set a meeting -- the
05:18  16   first meeting at 6:30 in the morning, where we all got together
05:18  17   in a conference room that sat in the middle of this area.  It
05:18  18   was an interface meeting.  And in that meeting, I asked the
05:18  19   leaders of each of these efforts that were ongoing for source
05:19  20   control to tell me what they had done in the last 24 hours and
05:19  21   what they planned to do in the next 24 hours.  So it was a very
05:19  22   quick meeting to get together and understand what was happening
05:19  23   with regards to each -- the accomplishments of what was moving
05:19  24   on each of these teams.
05:19  25            At the same time that this meeting was attended by --

**JAMES DUPREE - DIRECT**

05:19  1    it could be attended by pretty much anyone.  The Coast Guard,

05:19  2    the MMS, certainly Secretary Salazar would attend this meeting

05:19  3    when he was there, because it was the place where everybody

05:19  4    understood what was actually going on.  It was also shift time.

05:19  5    6:30 a.m. is when the night shift was coming off and the day

05:19  6    shift was coming on.  So that was how I coordinate that.  I had

05:19  7    a similar meeting at 4:30 in the afternoon where we would have

05:19  8    a discussion about what we have done in the last 24 hours and

05:19  9    what we plan to do in the next 24 hours, and it's also

05:19  10   coincident with the shift change going on on the floor, where

05:19  11   the night team is coming in and we are going to have a

05:20  12   discussion.

05:20  13        Also, the phone line is open to Unified Command while

05:20  14   we are having those discussions, while the reports are being

05:20  15   read out about the progress being made.  So certain members of

05:20  16   the Unified Command in New Orleans could hear directly from us

05:20  17   what we were doing.

05:20  18        Then at the end of every meeting, I would go around

05:20  19   and make sure everybody was complete, whether they needed any

05:20  20   more information or if there was anything else they wanted to

05:20  21   contribute.  I tried to keep them short and quick because I

05:20  22   knew I had people that needed to do work.

05:20  23   Q.   In addition to having the twice-daily interface meetings,

05:20  24   were there other ways in which you shared information with

05:20  25   senior members of the government, including Secretary Salazar

**JAMES DUPREE - DIRECT**

1    and Secretary Chu?

2    **A.**    Very early on in the response, Secretary Salazar set up a

3    standing call at either 7:00 or 7:30.  No matter where he was

4    in the world, he wanted to have a call with us.  And so I

5    would -- coming out of this interface meeting at 6:30 with my

6    team, we would huddle in another conference room and I would

7    provide the exact same briefing that we had heard at 6:30 to

8    Secretary Salazar.  And in that meeting, other members --

9    whoever -- other members that represented him, Dr. McNutt or

10   Secretary Chu or the Coast Guard, senior officials would be in

11   the room because he would potentially ask questions of them or

12   myself.  But every day, I had a standing call with him to

13   update him on our progress.

14   **Q.**    In addition to updating him on your progress, would you

15   also discuss various source control options that were under

16   consideration?

17   **A.**    Yes.  Secretary Salazar always liked the high-level Gantt

18   chart or a chart that showed timelines.  He always wanted to

19   know timelines, updates on timelines.  So at a high level, we

20   always provided him some form of update on what was the

21   timeline, what were the next options, what were we doing.

22   **Q.**    Did you also discuss what your strategy was or reasons for

23   your recommendations?

24   **A.**    Yes.  We would always be very connected on what the

25   strategy was, what we were recommending, how much progress we

JAMES DUPREE - DIRECT

05:22   1   were making.  Because ahead of every option we have -- we would

05:22   2   have had a deep discussion, and if we were progressing with an

05:22   3   operation or about to execute an operation, we would tell him

05:22   4   what the status of where we were on that.

05:22   5          The phone line was also open.  It was Secretary

05:22   6   Salazar's phone line.  Admiral Allen would call in as well and

05:22   7   listen.  Secretary Chu was often on the phone.  And whomever

05:22   8   Secretary Salazar wanted on the phone was on the phone on his

05:22   9   end.  It was just us talking into the phone.  We always knew he

05:22   10  was there.  I'm not sure who else was being briefed as well.

05:22   11  Q.   What was the process for authorizing source control

05:23   12  operations?

05:23   13  A.   The process for authorizing a source control operation was

05:23   14  that we would prepare the recommended operation and write the

05:23   15  detailed procedures and discuss the operation.  And then we

05:23   16  would recommend that to the Unified Command.

05:23   17  Q.   Who had ultimate approval authority for source control

05:23   18  options?

05:23   19  A.   The FOSC -- the Unified Command had the ultimate.  We

05:23   20  would recommend the options; they would approve it.

05:23   21  Q.   Let's change topics now.  We have talked a little bit

05:23   22  about the structure and the teams you had in place.  I want to

05:23   23  talk a little bit now about the approach that you took to

05:23   24  responding to the incident.

05:23   25          Were there any guiding principles that you operated

**JAMES DUPREE - DIRECT**

05:23   1   under in advancing source control options?

05:23   2   **A.**   So, very early on, we discussed and decided on three

05:23   3   guiding principles:  One was that we were very intent not to

05:24   4   make the situation worse.  And the other one was that we would

05:24   5   engineer everything in parallel.  We could have engineered

05:24   6   things in series and done one thing, but we would start and

05:24   7   engineer everything that we could in parallel.  So we would

05:24   8   start everything right then and then we would leave no stone

05:24   9   unturned as far as trying to access the industry, the

05:24   10  community, the science teams, anybody that could assist us in

05:24   11  the effort.

05:24   12  **Q.**   I want to go back to the first principle you stated, the

05:24   13  "don't make things worse."  We have heard that statement before

05:24   14  in this proceeding.  As the person that was operating under

05:24   15  that principle, can you describe for the Court what does that

05:24   16  mean?

05:24   17  **A.**   In this situation, it meant that we didn't want to make

05:24   18  it -- we didn't want to lose options to potentially kill the

05:24   19  well.  We always wanted to have future options.  We certainly

05:25   20  didn't want to make it worse in that it would reduce our

05:25   21  ability to potentially kill the well.

05:25   22  **Q.**   Did you operate with that guiding principle throughout the

05:25   23  entire period that you were involved in the source control

05:25   24  options?

05:25   25  **A.**   Yes, we did.

**JAMES DUPREE – DIRECT**

05:25    1    **Q.**   The third principle you mentioned was -- we'll talk about
05:25    2    the parallel track.  I haven't forgotten it.  We will just put
05:25    3    it to the side for a second.
05:25    4         On the "no stone unturned" guiding principle, as part
05:25    5    of that principle, did you reach out to the industry service
05:25    6    providers, anyone that could possibly lend a helping hand,
05:25    7    equipment, engineering talent, or otherwise?
05:25    8    **A.**   Yes.  Through the various networks and our industry
05:25    9    colleagues, we reached out and some of them reached in -- would
05:25   10    reach in and ask us if we needed anything.
05:25   11         Also, Secretary Salazar ran several sessions.  One,
05:26   12    particularly, he invited me to in Washington where he invited
05:26   13    industry CEOs and executives and went around the room and
05:26   14    specifically asked them after we had given him lists of
05:26   15    equipment and concepts we were interested in.  And he went
05:26   16    around the room and asked people did they have anything that
05:26   17    they could provide.  It was especially around equipment,
05:26   18    drillships, equipment, flexible hoses, anything that they could
05:26   19    provide for us.
05:26   20    **Q.**   Was this a meeting in mid-June of 2010?
05:26   21    **A.**   Yes.
05:26   22    **Q.**   During that meeting, were you also looking for equipment
05:26   23    that could help shut in the well, BOP equipment and the like?
05:26   24    **A.**   We were looking for any potential equipment that would
05:26   25    help us from the industry, and he was assisting us in that

**JAMES DUPREE - DIRECT**

05:26  1   effort.

05:26  2   **Q.**   Did anybody in that meeting come forth and say they had

05:26  3   the solution for how to shut this well in within a matter of

05:26  4   weeks?

05:26  5   **A.**   No.  We had very few offers of large amounts of equipment,

05:27  6   very few offers on equipment.

05:27  7   **Q.**   Did you come to learn why it was that you had very few

05:27  8   offers of equipment, given what you were trying to accomplish?

05:27  9   **A.**   Well, not that many people had anything -- we were the

05:27  10  largest operator in the deepwater Gulf of Mexico, and a lot of

05:27  11  the other operators didn't have near as much equipment as we

05:27  12  had.

05:27  13  **Q.**   We are going to talk later about equipment availability

05:27  14  with capping stacks, but in this meeting, did it include a

05:27  15  request for any capping stack equipment that might have

05:27  16  existed?

05:27  17  **A.**   Yes, any type of equipment that would assist us in killing

05:27  18  the well.

05:27  19  **Q.**   Now, let's move to the "parallel track" principle that you

05:27  20  told us about.

05:27  21      If we can look at D-23231A, please.  This is a chart

05:27  22  titled "Source Control Options Progressed on Parallel Tracks."

05:27  23  Can you explain to the Court what this chart depicts?

05:28  24  **A.**   So these are the major options that we were embarking on,

05:28  25  the ones that you will be familiar with mostly that we

**JAMES DUPREE - DIRECT**

05:28  1    initiated almost immediately.  So at the top, obviously, the

05:28  2    first thing we tried to do on April 20, 21 was to intervene on

05:28  3    the BOP, do an ROV intervention to shut the BOP, which is the

05:28  4    industry standard.  And then the immediate spudding of a relief

05:28  5    well, one relief well and then a second -- permitting and

05:28  6    displaying of the second relief well.

05:28  7          As we go down, we are engineering, as I said,

05:28  8    everything immediately:  Cofferdam, capping stack, Top Kill,

05:28  9    BOP-on-BOP, RITT insertion tools, Top Hat, and then what we

05:28  10   call "containment," which is collection options:  How we are

05:28  11   going to collect as much hydrocarbons as we possibly can,

05:28  12   provided some of these things don't work out for us?

05:29  13   Q.   There's some shading in here and then there's solid lines.

05:29  14   Just tell us briefly:  What's the difference between those two?

05:29  15   A.   So the shade and the hashing is the engineering time, the

05:29  16   preparation, and the dark area is the execution.  So you can

05:29  17   see on cofferdam, we engineered for and we executed.  That was

05:29  18   one of the first things that we executed on other than the BOP

05:29  19   intervention.  You can see us move to execute different options

05:29  20   in time.

05:29  21   Q.   When did you begin the relief well operations?

05:29  22   A.   So we started the relief well permitting and preparation

05:29  23   the next day.

05:29  24   Q.   Now, were there other source control options that were

05:29  25   being progressed at the same time that are not on this chart?

**JAMES DUPREE - DIRECT**

05:29  1   **A.**   Yes, there were numerous numbers of things that we were

05:29  2   engineering at the time that -- valves that we could

05:29  3   potentially put on top of the LMRP, strengthening devices for

05:29  4   the kink.  Lots of different options were being engineered at

05:30  5   this point in time.  And also, inside of each of these options,

05:30  6   you will find multiple different things being engineered, for

05:30  7   example, RITT tools, the Top Hats.  We might have engineered

05:30  8   five or six RITT tools but only deployed one.  Top Hats, we

05:30  9   engineered probably a numerous number of Top Hat designs; we

05:30  10  deployed one at the time.

05:30  11  **Q.**   Why were you working on parallel tracks for these options?

05:30  12  **A.**   Well, we had no idea what we were going to be facing in

05:30  13  the future, and we wanted as many options as possible to --

05:30  14  immediately available, if they could be, in order to be

05:30  15  executed if we needed them.

05:30  16  **Q.**   When you say "we had no idea what we could be facing,"

05:30  17  were there unknowns associated with the condition of the

05:30  18  Macondo well following the blowout?

05:30  19  **A.**   Well, there were multiple unknowns.  We didn't understand

05:30  20  the -- how effective the kink was going to be through time.  We

05:31  21  didn't understand the ratings of the flex joint, how effective

05:31  22  it was going to be over time.  We didn't understand the

05:31  23  configuration inside the BOP at all.  We didn't know if the

05:31  24  flow path was up the annular or up the middle or up both.  And

05:31  25  we didn't know the situation of the pipe inside the BOP at the

**JAMES DUPREE - DIRECT**

05:31    1    time or whether or not there had been something else

05:31    2    catastrophic had gone on below the mud line, whether or not any

05:31    3    of the casing had collapsed or some other catastrophic event

05:31    4    had occurred.

05:31    5    **Q.**    What effect did those uncertainties have upon the decision

05:31    6    and planning?

05:31    7    **A.**    Well, it just meant that we had to plan and move on as

05:31    8    many openings as we possibly could.

05:31    9    **Q.**    Was the cost a consideration in any of these decisions?

05:31   10    **A.**    No, absolutely not.

05:31   11    **Q.**    You talked about the use of these options.  You said you

05:31   12    tried to activate the BOP.  Was that the first source control

05:32   13    response action?

05:32   14    **A.**    Yes.  That night.

05:32   15    **Q.**    Tell the Court what happened in connection with trying to

05:32   16    activate the BOP, just briefly.

05:32   17    **A.**    Well, we -- it was one of the first operations we embarked

05:32   18    on.  We got a workboat from -- we were on a large operation, so

05:32   19    we were able to move a workboat over to the BOP fairly quickly

05:32   20    with ROVs.  The rig was still burning at the time and was

05:32   21    moving with the current.

05:32   22            We were able to get to the BOP with the workboat and

05:32   23    the ROVs.  We pulled out the -- we tried to stab in and

05:32   24    activate the BOP, and we couldn't get any pressure to build

05:32   25    when we stabbed and we were trying to activate the blind shear

**JAMES DUPREE - DIRECT**

1  rams.

2  **Q.**   Were there plumbing problems that impacted your

3  going-forward strategies?

4  **A.**   It turns out that there were multiple leaks in the BOP,

5  and we were unable to -- and we had the wrong drawings.  The

6  drawings that were provided, that we were using at the time to

7  respond, were the wrong drawings for the BOP.

8  **Q.**   Now, there's a reference here to the relief wells.  Why

9  were two relief wells spudded?

10  **A.**   So we had initiated one relief well fairly quickly.  We

11  had to move -- so we have rigs in our fleet.  We were able to

12  move one rig over really quickly.  We spudded a second well

13  slightly later.  We decided on two relief wells because as we

14  drill down, we never know if one of the wells ends up with a

15  problem, gets stuck pipe, some type of issue.  So we would have

16  actually two, two going at the same time, and have them compete

17  to a certain depth.  Because you really only want one relief

18  well going all the way down.  You're going to use magnetics to

19  try to find the Macondo well, and you don't want to go find the

20  other relief well.

21          So we would have another relief well that would go to

22  certain depth, and then we would take this relief well down.

23  If we needed to -- or if there were any problems on this well,

24  we had another well directly to take down right afterwards.

25  **Q.**   Which rig was used in order to assist with the operations

**JAMES DUPREE - DIRECT**

05:34  1  to drill the relief wells?

05:34  2  **A.**   The *DDII* and the *DDIII*.

05:34  3  **Q.**   Now, you also referenced some collection effort, and we'll

05:34  4  talk about those briefly.  Describe generally what were the

05:34  5  collection efforts that began on May 13.  I'm sorry.

05:34  6  Containment.  I said collection.  Containment.

05:34  7  **A.**   So this is the flow back to the *Q4000*.  And as we have the

05:34  8  BOP configured after Top Kill, we were able to take

05:34  9  hydrocarbons off of the choke and kill line.  We have the

05:35  10  Top Hat in place.  We use -- the same manifold that we were

05:35  11  pumping mud to try to kill the well in, we are using that same

05:35  12  manifold then to produce the well back to the *Q4000* and burn

05:35  13  about 8,000 barrels a day, is what we started doing on May 13.

05:35  14  **Q.**   We'll talk about some of those operations.

05:35  15        There was reference earlier today to the fact that

05:35  16  the *Discoverer Enterprise* was being worked on as a BOP-on-BOP

05:35  17  option but then was pulled for the RITT operations.

05:35  18        Why was the *Discoverer Enterprise* pulled as part of

05:35  19  these RITT operations?

05:35  20  **A.**   The *Discoverer Enterprise* is a very unique vessel.  It's

05:35  21  one of the most unique drillships in the fleet because it has

05:35  22  the ability to store hydrocarbons on board the vessel.  It has

05:35  23  storage capability to store hydrocarbons on board, which made

05:35  24  it ideal for collection efforts.  So not only does it have

05:35  25  production processing equipment on board and a flare -- it's a

**JAMES DUPREE - DIRECT**

05:36   1    drillship -- but it also can store hydrocarbons, which meant

05:36   2    that you didn't have to have a continuous lightering operation

05:36   3    ongoing.

05:36   4            If you try to outfit a different rig or use the

05:36   5    *Q4000*, you would have to not only process the hydrocarbons

05:36   6    on board your vessel, but you would have to have a lightering

05:36   7    operation pumping to another boat somewhere in order to store

05:36   8    the hydrocarbons, have a place to put the hydrocarbons.

05:36   9            So the *Enterprise* was a very unique vessel for that

05:36   10   particular operation, for any collection operation.

05:36   11   **Q.**   Was the *Enterprise* taken in order to move it to operations

05:36   12   that would allow for collection of oil?

05:36   13   **A.**   Yes.

05:36   14   **Q.**   In order to avoid it hitting the Gulf?

05:36   15   **A.**   Yes, absolutely.  To mitigate the environmental issues

05:36   16   that we were facing.

05:36   17   **Q.**   Now, let's change topics.  One of the issues the Court has

05:36   18   heard a lot of testimony about, that I want to spend time

05:36   19   discussing with you, is the BOP-on-BOP operations.

05:37   20           First, describe briefly what the BOP-on-BOP option

05:37   21   is.

05:37   22   **A.**   So BOP-on-BOP would be an operation where you would have

05:37   23   the Macondo BOP, you would take the LMRP off of the Macondo,

05:37   24   the lower marine riser package off the Macondo BOP, and then

05:37   25   land another BOP on top of that BOP.

**JAMES DUPREE - DIRECT**

1  **Q.**   When did the planning for BOP-on-BOP begin, as

2  evidenced --

3  **A.**   April 27.

4  **Q.**   You said "land another BOP."  Would that be a BOP from a

5  different rig?

6  **A.**   It would have to come from one of the drilling rigs, yes.

7  **Q.**   Now, in mid-May, prior to the execution of Top Kill, was

8  any BOP ready to use in order to act as an intervention BOP?

9  **A.**   No.  We weren't ready to do BOP-on-BOP.

10  **Q.**   Why not?

11  **A.**   Well, there were several outstanding engineering issues

12  that were not completed in order to prepare the BOP to actually

13  be landed on the other BOP.  Also, there was execution issues

14  that still had not been sorted out at the time.

15  **Q.**   When you say "execution issues," what do you mean

16  generally?

17  **A.**   Well, there was concern of the removal -- for me

18  particularly, the removal of the LMRP, how to actually do that

19  safely and be successful in the removal of the LMRP.  And also,

20  I was concerned about the weight.  We were very concerned about

21  the weight of another BOP on top of the BOP.

22  **Q.**   We'll get into that in a little more detail.

23      Now, I asked you if the equipment was ready in

24  mid-May, prior to Top Kill.  Moving forward in the timeline,

25  was the BOP-on-BOP ready at the end of May, just after the

JAMES DUPREE - DIRECT

05:38    1    execution of Top Kill?

05:38    2    **A.**    No.  I think the indications were still that it was

05:38    3    probably going to be into June, sometime in June before the BOP

05:39    4    would be ready.

05:39    5            **MS. KARIS:**  If we could pull up 142347N.2.8.  If I

05:39    6    get through half of these numbers, that is, it will be

05:39    7    surprising.

05:39    8            If we can go down to the bottom here.  I realize

05:39    9    this is so small now we can't read it.  Let's see the last

05:39   10    couple.  There you go.  Thank you.

05:39   11    **BY MS. KARIS:**

05:39   12    **Q.**    First of all, what is this document that we are looking

05:39   13    at?

05:39   14    **A.**    So this document is an engineering -- what we call a Gantt

05:39   15    chart.  There was a gentleman by the name of David Clarkson

05:39   16    that worked on the team.  His job was to make sure that every

05:39   17    one of these options that were engineered, that we were looking

05:39   18    at in parallel paths -- that he would make sure and meet with

05:39   19    the teams.  He usually had a standing meeting at 10:00 to 10:30

05:39   20    every morning.  And it was his job to update the charts on the

05:40   21    engineering effort and the timelines.  It was very important

05:40   22    for planning purposes that we knew exactly where each option

05:40   23    was and we had those options updated.  This is his

05:40   24    engineering -- the engineering Gantt chart that was presented

05:40   25    right before Top Kill.

OFFICIAL TRANSCRIPT

JAMES DUPREE - DIRECT

1   Q.   For the record, this is a draft dated May 27, 2010, which

2   would have been during the Top Kill operations.

3        The columns to the right, do those reflect -- what do

4   those reflect?

5   A.   Those are the dates for the expected completion of

6   different options.

7        So you can see that there's still modifications

8   ongoing of the BOP.  A stump test of the *DDII* BOP scheduled to

9   be completed May 28.  The integration and testing with the

10  guide frame is June 4.  Riser deployment is June 6.

11       These dates move depending on the progress the teams

12  make overnight, whether -- anything that they come across

13  during testing, integration.  So these are the dates that were

14  being presented by the team at the time.

15  Q.   Mr. Dupree, we are going to talk much more about the

16  decision to go forward with Top Kill, but there's been an

17  assertion that the BOP was ready to go before the execution of

18  Top Kill.

19       What does this Gantt chart tell you with respect to

20  whether the BOP-on-BOP option was ready to be executed prior to

21  May 26, 2010?

22  A.   The BOP-on-BOP option wasn't ready.

23       The teams and the individuals that reported to me

24  weren't telling me that BOP-on-BOP was ready.  They were

25  telling me -- they were providing me these types of timelines

**JAMES DUPREE - DIRECT**

05:41  1   and updating me on the progress they were making in preparing
05:41  2   the BOP -- the *DDII* BOP.
05:41  3   **Q.**   Does this Gantt chart reflect outstanding problems with
05:42  4   respect to equipment?
05:42  5   **A.**   Yes.
05:42  6   **Q.**   You referenced also that you had some operational
05:42  7   concerns, and you mentioned the removal of the LMRP.  I would
05:42  8   like to discuss that a little further with you.
05:42  9        First describe for the Court -- let's pull up an
05:42  10  exhibit first.  D-23769.1.1.
05:42  11       Before we use this document, just describe for the
05:42  12  Court generally, what was your concern about removing the LMRP,
05:42  13  which was necessary in order to execute the BOP-on-BOP option?
05:42  14  **A.**   So the engineering and the way the teams are preparing the
05:42  15  options and bringing them forward is one thing.  At the end of
05:42  16  the day, we have to address some critical risks and
05:42  17  uncertainties that go against our principles of not making it
05:42  18  worse.
05:42  19       So this is an animation that's going to -- that will
05:42  20  demonstrate the concerns we had with removing the LMRP.  So
05:43  21  here you have --
05:43  22  **Q.**   Do you want us to start running the LMRP animation?
05:43  23  **A.**   No.  Here you have the lower marine riser package.  You
05:43  24  have the BOP.  You have a very sophisticated connector here and
05:43  25  seal.  There's drill pipe in the well.  We will either activate

**JAMES DUPREE - DIRECT**

05:43  1    the -- activate and open this with either the yellow pod, which

05:43  2    is on the LMRP, or we'll have to try to use the ROVs to

05:43  3    activate it.

05:43  4        Go ahead and show it.

05:43  5    Q.   Let's run the animation.

05:43  6        Describe for the Court what we are seeing.

05:43  7    A.   We are going to activate and release this latch.  And our

05:43  8    big concern was with the 5 1/2 -- we've got heavy-weight drill

05:43  9    pipe inside, that we can't get the LMRP lifted, that we have

05:43  10   got pipe stuck inside of here.  We are banging it around.

05:43  11   There's a very soft seal in here.  If you bang it up, you are

05:43  12   going to ruin the seal potentially.  And then, as we saw on the

05:43  13   cofferdam, the amount of hydrocarbons flowing around here would

05:44  14   cause hydrates.  So the likeliness of us being able to put it

05:44  15   back down at the time would have been -- it would have been

05:44  16   highly unlikely, and also with the pipe in the way.

05:44  17       So the scenario -- and because of the very tight

05:44  18   clearances here, you're not -- it's going to end in -- the way

05:44  19   the male connector sits up here, it's going to be very

05:44  20   difficult to intervene with the hydrocarbons and the hydrates.

05:44  21       So the scenario for me is I have to be fairly certain

05:44  22   that I can get that off, because if I end up in this situation,

05:44  23   I've lost a lot of options, almost all options.  If I'm sitting

05:44  24   here with this LMRP, trying to pull it off, and if I can't set

05:44  25   it down and if I have hydrocarbons flowing out the side of it,

**JAMES DUPREE - DIRECT**

05:44  1    a lot of my options to cap the well are gone.  Because, I mean,
05:44  2    what am I going to do.  I'm going to just list it over and
05:44  3    leave it there, I guess.  I can't execute on that particular --
05:45  4    I have just limited a lot of the operations, my forward
05:45  5    operations, in order to kill the well.
05:45  6    Q.   There's been suggestions that LMRPs are removed from BOPs
05:45  7    all the time.  Is it pretty standard to remove the LMRP from
05:45  8    the BOP?
05:45  9    A.   Yes.  Drilling rigs remove LMRPs from BOPs all the time,
05:45  10   but not with heavy-weight drill pipe stuck inside and
05:45  11   hydrocarbons flowing through them.
05:45  12   Q.   Did the fact that the well was flowing present
05:45  13   complications in trying to remove the LMRP?
05:45  14   A.   Absolutely.  Because of the potential hydrate formation
05:45  15   that would occur in here and the visibility issues we would
05:45  16   have, just to see what was going on once we lifted it, if it
05:45  17   didn't come free to begin with.
05:45  18   Q.   The Court just heard testimony about hydrates not being a
05:45  19   problem, prior to you.  Now, was hydrates one of the concerns
05:45  20   that you had in connection with this removal?
05:45  21   A.   Absolutely.
05:45  22   Q.   What caused that concern?
05:46  23   A.   Well, when we -- one of our first operations with the
05:46  24   cofferdam -- which is a big steel box that we are going to
05:46  25   siphon off the top of -- when we brought it and took it over

**JAMES DUPREE - DIRECT**

05:46  1   the end of the riser, we immediately saw hydrate formation on
05:46  2   the steel there, and so much hydrate formation that the
05:46  3   cofferdam itself began to -- the weight started to lift -- the
05:46  4   ice formation started to lift the cofferdam.  We had to move it
05:46  5   off.  So much hydrate formed, it was almost like a -- it was a
05:46  6   buoyancy action that was happening on it.
05:46  7           So, yeah, hydrates were a concern everywhere then
05:46  8   because we knew then that we were definitely in the hydrate
05:46  9   window.  When this hydrocarbon hit the water at 32 degrees
05:46  10  Fahrenheit and it touched steel, it was going to try to
05:46  11  hydrate.  It was going to form an ice crystal.
05:46  12  Q.  Last question on the removal of the LMRP.  You said you
05:46  13  might ruin your seals in trying to move it.  What are you
05:47  14  referencing there about ruining the seals and what effect that
05:47  15  would have?
05:47  16  A.  There's a connector here, and that connector is required.
05:47  17  In order to put another BOP on and to seal it, the integrity of
05:47  18  that connector needs to be maintained.  And you certainly don't
05:47  19  want it to be banged up or damaged during this removal process.
05:47  20  Q.  Was that an outstanding concern of yours even at the end
05:47  21  of May, coming out of Top Hat?
05:47  22  A.  Absolutely.
05:47  23  Q.  You referenced earlier one of the operational concerns
05:47  24  that you had related to the weight of the second BOP.  Can you
05:47  25  describe for the Court what that engineering concern was.

JAMES DUPREE - DIRECT

05:47   1   **A.**    So we knew from almost the first day that as the rig
05:47   2   drifted off -- when it was burning and it drifted in the
05:47   3   current, the BOP had been pulled way over and then afterwards
05:47   4   the rig sank.  And the riser released and the drill pipe -- we
05:48   5   know that the BOP shot back up.  But it was still listing.
05:48   6   Because there's a bull's-eye on every BOP, that has a little
05:48   7   ball on it.  And that night we flew to the bull's-eye and saw
05:48   8   that the BOP was off.  That's what you use to see if your BOP
05:48   9   is standing straight or not.
05:48   10          Also, there's impressions --
05:48   11  **Q.**    I'm sorry.  Let me just interrupt you one second.
05:48   12          D-23249.
05:48   13          Go ahead.  You were about to reference impressions.
05:48   14  Tell the Court what we are looking at.
05:48   15  **A.**    As we observed when we first looked at the BOP -- you can
05:48   16  see this mud impression here.  It goes all the way out here,
05:48   17  from the very base.  So you can see that the BOP was pulled
05:48   18  way, way over during that, and it wouldn't spring back.
05:48   19          So the concern here was the integrity of this
05:48   20  connection, the piece of pipe, and can we put more weight on
05:48   21  top of this particular -- another BOP and an LMRP and not have
05:49   22  it fall over.
05:49   23          So there was still a lot of engineering that needed
05:49   24  to be done, at least a lot of convincing of me that needed to
05:49   25  be done that you could actually install that and not threaten

OFFICIAL TRANSCRIPT

**JAMES DUPREE - DIRECT**

05:49  1   the integrity of this particular connector down here.
05:49  2   **Q.**   Now, there's been a prior description of the capping stack
05:49  3   and BOP.  Is there a weight difference between using the
05:49  4   capping stack as opposed to using the BOP?
05:49  5   **A.**   Yes, absolutely.  The capping stack is a much smaller and
05:49  6   lighter piece of equipment, and it actually -- because of its
05:49  7   weight, it could be placed on top of the LMRP -- or this flex
05:49  8   joint connector up here, it could be put on top of there.  It
05:49  9   has more utility, a much smaller piece of equipment,
05:49  10  lighter-weight piece of equipment.
05:49  11  **Q.**   Mr. Dupree, what role would you have had in recommending
05:49  12  the execution of BOP-on-BOP?
05:50  13  **A.**   Well, as I said earlier, we would have -- as we would have
05:50  14  prepared -- if we were going to go forward, we would have
05:50  15  prepared the -- finalized the engineering, and then we would
05:50  16  have started multiple interactions with the government on that
05:50  17  particular option.  And then we would have -- well, at least I
05:50  18  would have had to be convinced that we could mitigate these
05:50  19  issues before we went forward.  And then we would make the
05:50  20  recommendation to Unified Command.
05:50  21  **Q.**   Did you continue working on these engineering issues
05:50  22  throughout the month of May?
05:50  23  **A.**   Yes.
05:50  24  **Q.**   At the time that Top Kill was executed, were you satisfied
05:50  25  that all of the outstanding issues with BOP-on-BOP had been

**JAMES DUPREE - DIRECT**

05:50   1   sufficiently mitigated so that you could recommend it?

05:50   2   **A.**   No.   BOP-on-BOP was not ready.

05:50   3   **Q.**   Let's talk about Top Kill now.   We can look at D-23231A.

05:51   4          **MS. KARIS:**   Your Honor, I'm happy to proceed.   I am

05:51   5   moving on to a whole other subject, so whatever the Court's

05:51   6   pleasure is.

05:51   7          **THE COURT:**   Let's keep going for a few more minutes.

05:51   8          **MS. KARIS:**   Very well.

05:51   9   **BY MS. KARIS:**

05:51   10   **Q.**   We just talked about BOP-on-BOP, and now I want to talk

05:51   11   about one of the other issues the Court has heard a lot about,

05:51   12   and that is the issue of Top Kill.

05:51   13          Was Top Kill ready to be executed before BOP-on-BOP

05:51   14   was ready?

05:51   15   **A.**   Yes.

05:51   16   **Q.**   When did the planning for Top Kill begin?

05:51   17   **A.**   The planning for Top Kill began on April 25.

05:51   18   **Q.**   We are going to talk more about Top Kill, but can you

05:51   19   describe for the Court how Top Kill is supposed to work?

05:51   20   **A.**   So the Top Kill is an injection of mud and particulates

05:51   21   into the well in combination with a high-rate injection of mud

05:52   22   with particulates that are intended to restrict or reduce the

05:52   23   flow up the BOP or into the BOP in order to give the mud a

05:52   24   chance to force down into the well.

05:52   25          **MS. KARIS:**   Let's pull up D-23829A.1.5, please.

JAMES DUPREE - DIRECT

1   BY MS. KARIS:

2   Q.   Using this demonstrative and your pointer, please, can you

3   describe how Top Kill is supposed to work.  Then we can run the

4   animation.

5            Go ahead.

6   A.   So these are the choke and kill lines.

7            Can you stop for a second?

8   Q.   Stop.

9   A.   These are the choke and kill lines right here.  What we

10  had done is we had taken flexible connectors and were able to

11  cut and get on top of the choke and kill lines so that we could

12  inject mud.

13           We had also rebuilt the yellow pod inside of the LMRP

14  so that we could actuate the valves down here.

15           What we're doing is -- the particulates in this

16  particular animation look like balls.  We are pumping balls,

17  triangles, rubber -- there are materials that are purpose-built

18  for this particular operation sold in industry.  Rope with

19  knots in it.  All kinds of things that we can get into the well

20  that we think would hopefully clog or position itself up into

21  the well so that we can push the mud down the well.

22           So in the animation -- you can start the animation

23  now.  The particulates are injected from the top side or the

24  manifold nearby.  They are injected into the well.  They are

25  intended to go up and clog.  You see the carrier fluid for the

JAMES DUPREE - DIRECT

05:53  1   particulates is mud, and the mud then gets a chance to force
05:53  2   its way down the well.  As it can't go this way, it actually
05:54  3   starts -- if you pump at a higher rate, it will push down the
05:54  4   well, and eventually the weight of that mud going down the well
05:54  5   kills the well.
05:54  6   Q.   So is it the case that your ultimate goal was to plug the
05:54  7   opening and then get your mud to go downhole, traveling
05:54  8   downhole and then ultimately kill the well?
05:54  9   A.   We only need the plugging to occur for just a very small
05:54  10  period of time.  It doesn't need to plug -- just enough time
05:54  11  for us to get the mud going down into the well and pushing
05:54  12  back.
05:54  13  Q.   You told the Court how this is supposed to work.  I want
05:54  14  to have you describe for the Court what BP's overall planning
05:54  15  process was in order to execute this Top Kill operation.
05:54  16  A.   So we were engineering the equipment and certainly
05:54  17  preparing to get on the choke and kill lines, preparing to have
05:55  18  a manifold nearby.  Because in the industry what's typically
05:55  19  done is you inject the junk right next to the well.  So we
05:55  20  purpose-built a manifold with junk inside of it, different
05:55  21  options to lodge -- to inject the junk inside.  And also, we
05:55  22  had the *Q4000* sitting by where we were going to pump the mud
05:55  23  from to go into the well.
05:55  24         So we were engineering the options and the operation.
05:55  25  And then there were multiple meetings with the Unified Command,

JAMES DUPREE - DIRECT

05:55   1   the science teams, Department of Interior to discuss this
05:55   2   particular option.
05:55   3   **Q.**   Was a peer assist performed in connection with the
05:55   4   Top Kill operation?
05:55   5   **A.**   Yes.  On many of the different options, before we executed
05:55   6   them, there were peer assists -- there was a peer assist
05:55   7   performed on Top Kill, inviting academic experts, industry
05:55   8   experts, and the government to participate.
05:55   9   **Q.**   What is the purpose of a peer assist?
05:55   10   **A.**   The purpose of peer assist is to get external parties to
05:56   11   look at the operation and what you're about to do and provide
05:56   12   you feedback, identify risks and concerns, and also to
05:56   13   potentially point out something that you might have missed.
05:56   14   **Q.**   The peer assist that took place for the Top Kill
05:56   15   operation, did it include members of the industry as well as
05:56   16   members from BP?
05:56   17   **A.**   Yes.  And academia.
05:56   18   **Q.**   Were risks identified as part of that peer-review process?
05:56   19   **A.**   Yes.  My understanding is that they went through the
05:56   20   process, identified risks, spoke and talked about the risks.
05:56   21   **Q.**   After those risks were identified for Top Kill, did you
05:56   22   participate in a meeting with government officials in which you
05:56   23   communicated that information to those government officials?
05:56   24   **A.**   Yes.
05:56   25          **MS. KARIS:**  If we can now look at 142819N.1, please.

JAMES DUPREE - DIRECT

05:56  1  **BY MS. KARIS:**

05:56  2  **Q.**   This is the cover from that presentation dated May 16,

05:57  3  2010.

05:57  4        Can you tell the Court, first of all, what was the

05:57  5  purpose of this presentation?

05:57  6  **A.**   So we were going to discuss Dynamic and Momentum Kill as

05:57  7  well as discuss other options that were ongoing for killing the

05:57  8  well.

05:57  9  **Q.**   Do you recall who some of the members from the government

05:57  10  were who participated in this presentation?

05:57  11  **A.**   It was Secretary Salazar, Secretary Chu, Admiral Allen,

05:57  12  Tom Hunter.  From the Coast Guard it was Captain Little,

05:57  13  Commander Brannon, and I think Commander Shepherd was still

05:57  14  there.

05:57  15  **Q.**   So some folks from various government agencies, including

05:57  16  members of the Federal Science Team?

05:57  17  **A.**   Yes.

05:57  18        **MS. KARIS:**  Now if we can look at 14281N.11.

05:57  19  **BY MS. KARIS:**

05:58  20  **Q.**   There's a slide here titled "Option Summary."  Can you

05:58  21  tell us what you discussed with those individuals from the

05:58  22  government at this May 16 meeting in connection with various

05:58  23  options.

05:58  24  **A.**   So we discussed Dynamic and Momentum Kill, and we also

05:58  25  have the execution issues and the risks.  We discussed

JAMES DUPREE - DIRECT

1    BOP-on-BOP.  We discussed Dynamic and Momentum Kill with

2    Junk Shot, the combination of the two, and we also discussed

3    the progression of a valve on top of the LMRP to try to shut in

4    the well.

5    Q.   You mentioned that you discussed BOP-on-BOP at this

6    presentation.  In the middle column there it states "Execution

7    Issues."  Are those some of the same engineering concerns that

8    remained outstanding as of mid-May with respect to the

9    BOP-on-BOP option?

10   A.   Yeah, these are the same concerns that I described and

11   testified just a little earlier:  How do we remove the LMRP?

12   What's going on with the hydrates?  Will the hydrates cause a

13   problem?

14        If there's drill pipe in there, it could be very,

15   very difficult to pull that off, pull it off smoothly and

16   cleanly if the hydrate -- if the drill pipe is stuck.

17   Q.   Now, next to the BOP-on-BOP, just going back for a minute,

18   there's a reference to a risk of breach at the 18-inch.

19        Can you tell the Court what that concern is.

20   A.   So on an option like the BOP-on-BOP where you just shut

21   the well in at the surface, as I stated -- as I testified

22   earlier, there were still issues and unknowns down in the well,

23   particularly the status of the rupture disks in the well, in

24   the 16-inch.

25        The most vulnerable area for hydrocarbons or mud to

OFFICIAL TRANSCRIPT

JAMES DUPREE - DIRECT

05:59  1    escape was at the bottom of the 18-inch shoe.  That was the
05:59  2    most -- if an area was going to break open and if hydrocarbons
06:00  3    or mud were going to leave, it would be at that 18-inch shoe.
06:00  4         MS. KARIS:  Pull up 142819N.8, please.
06:00  5    BY MS. KARIS:
06:00  6    Q.   Is this one of the slides that was presented at that
06:00  7    meeting that you referenced with government officials?
06:00  8    A.   Yes.  This slide describes the issue in a simple way.  You
06:00  9    have the reservoir down at the base.  We have the oil coming
06:00  10   up.  If you shut in immediately at the surface and if you don't
06:00  11   have integrity of your rupture disks, this 18-inch shoe at
06:00  12   about 8,000, 8,900 feet below the mud line could be
06:00  13   compromised, meaning that there will be enough pressure --
06:00  14   because when we drill the well, we test what the breakdown
06:00  15   pressure is right there.  On every well we drill what's called
06:00  16   leakoff tests.  We test what the breakdown pressure would be
06:00  17   there.
06:00  18        And we know, based on the pressures we measured here,
06:00  19   that if you just shut in here, you have a risk that this oil
06:01  20   will crack that open, will reopen the shoe, and then that oil
06:01  21   will start running out underneath the seafloor at about 8,000
06:01  22   feet.  But it will eventually find its way into different sands
06:01  23   and sand stringers and eventually will show up at the seafloor.
06:01  24   There's an actual calculation here assuming that it would take
06:01  25   about 30,000 barrels of injection potentially to reach the

**JAMES DUPREE - DIRECT**

1    seafloor.

2    **Q.**    There's the relief well here.  What impact might this risk

3    present on the relief well operations?

4    **A.**    So obviously we are very concerned about that because, you

5    know, the relief well is our ultimate solution.  It's our

6    fall-backup plan.  It's going to take a while.  But if

7    hydrocarbons end up pressurizing these sands and start moving

8    around below the mud lines, these gentlemen over here on the

9    rig drilling this relief well could unexpectedly hit some high

10   pressure hydrocarbon-bearing sands they didn't think were going

11   to be there, and this well is only 2800 feet from the main

12   Macondo well.  It would be a very dangerous situation for them.

13   It also makes it very difficult to set pipe and cement pipe

14   once you encounter a big change in pressure in the sands.  So

15   it would potentially compromise the relief well progress if

16   they have these -- if we charge these sands with oil below.

17   **Q.**    Now, we are going to get back to the well integrity

18   concerns coming out of Top Kill, but when we reference concern

19   over a breach or well integrity concerns over rupture disc

20   breach, is this part of the concern that you are describing?

21   **A.**    Yes, absolutely.

22           **THE COURT:**  Ms. Karis, let's call it a day right

23   here.

24           **MS. KARIS:**  Thank you, Your Honor.

25           **THE COURT:**  It's 6:00.  We will recess until

06:03  1   8:00 a.m. tomorrow.  You're going to let us know this evening.

06:03  2         **MR. BROCK:**  Yes, sir, we will go back and probably by

06:03  3   7:00, 7:15.

06:03  4         **THE COURT:**  All right.  Have a good evening.

06:04  5         (Proceedings adjourned.)

06:04  6                              * * *

       7                         <u>CERTIFICATE</u>

       8         I, Toni Doyle Tusa, CCR, FCRR, Official Court

       9   Reporter for the United States District Court, Eastern District

      10   of Louisiana, do hereby certify that the foregoing is a true

      11   and correct transcript, to the best of my ability and

      12   understanding, from the record of the proceedings in the

      13   above-entitled matter.

      14

      15

      16                              <u>*s/ Toni Doyle Tusa*</u>
                                      Toni Doyle Tusa, CCR, FCRR
      17                             Official Court Reporter

      18

      19

      20

      21

      22

      23

      24

      25

OFFICIAL TRANSCRIPT

'
'90s [1] 480/21
'99 [1] 583/3
'regulators' [1] 568/15
'rely [1] 568/20

.

.1.1.HESI [2] 519/8 534/5
.2.1.HESI [2] 538/19 542/17
.27.1.HESI [1] 528/3
.3.1.HESI [1] 519/24
.3.2.HESI [1] 520/7
.4.1.HESI [1] 542/25
.52.1.HESI [1] 548/21
.89.1 [1] 506/4

0

009345 [1] 546/3
011578R [1] 548/17
011581.1.1.HESI [1] 538/11
02771 [1] 451/7

1

1,000 feet [1] 564/13
1.19.80 [1] 539/19
1/2 [1] 610/8
10 [4] 476/6 494/13 495/11 585/15
10 miles [1] 513/18
10 years [1] 507/16
10-CV-02771 [1] 451/7
10-CV-4536 [1] 451/9
10-MD-2179 [1] 451/4
100 [1] 559/24
10003 [1] 452/11
1001 [1] 454/16
10072 [1] 519/7
10072.4.1.HESI [1] 519/19
103 [1] 473/13
106 [1] 464/11
107 [1] 474/1
10:00 [1] 607/19
10:30 [1] 607/19
11 [4] 464/12 493/8 493/15 503/8
1100 [1] 454/13
11310 [1] 510/6
11465 [1] 457/14
11465R [1] 457/15
11467 [1] 505/1
11467.11.1 [1] 479/13
11467.4.1 [1] 478/20
11467.66.1 [1] 505/9
11467.69.1 [2] 479/18 506/4
11467.69.2 [1] 480/8
11578R [1] 515/12
11578R.43 [1] 568/12
11578R.52.1.HESI [1] 548/22
11579R [1] 515/15
11581 [2] 557/3 557/11
11625.1.HESI [1] 528/3
117 [1] 482/7
11750R.10.1 [1] 487/14
11750R.18.5 [1] 487/4
11752.1.1 [1] 492/24
11752.2.2 [1] 493/4
11753 [1] 469/24
11753.12.1 [1] 470/19
11753.12.2 [1] 471/6
11754.29.7 [1] 471/9
11755.1.1 [1] 499/2
11755.18.1 [1] 499/7
11755.20.1 [1] 474/19
11755.20.3 [1] 474/22

11755.23.1 [1] 499/19
11755.49.1 [1] 501/12
11755.49.2 [1] 501/12
11755.49.3 [1] 501/5
12 [4] 465/25 476/17 489/9 539/15
1201 [2] 454/10 455/5
123 [1] 488/7
12308 [1] 452/4
125 [1] 463/13
13 [3] 496/22 604/5 604/13
1300 [1] 455/12
133 [1] 476/5
1331 [1] 455/9
135 [1] 476/17
142242.241.3 [1] 484/18
142243.268.2 [1] 483/9
142244.1.1 [1] 481/9
142244.65.1 [1] 481/13
142347N.2.8 [1] 607/5
142364.001 [1] 569/14
14271 [1] 453/7
142819N.1 [1] 618/25
142819N.8 [1] 621/4
14281N.11 [1] 619/18
142994.0001 [1] 560/23
144043 [1] 546/11
14th [1] 484/6
15 [10] 458/9 474/1 476/6 489/9 490/25 513/17 560/21 561/17 562/4 573/1
15 percent [1] 545/16
15-minute [1] 509/2
15-year [1] 493/10
150 [1] 584/15
150 days [1] 581/6
1500 [1] 498/21
15th [1] 561/21
16 [4] 463/14 561/16 619/2 619/22
16-inch [1] 620/24
1615 [1] 455/12
1665 [1] 455/9
17 [1] 480/23
1700 [1] 455/5
18 [1] 531/25
18 3/4-inch [1] 551/18
18-inch [4] 620/18 621/1 621/3 621/11
188 [1] 452/16
1885 [1] 452/23
19 [1] 488/7
1965 [1] 513/17
1972 [2] 514/4 514/14
1973 [1] 514/15
1974 [1] 564/12
1984 [2] 582/4 582/10
1988 [1] 537/21
1990 [2] 480/21 498/18
1990s [2] 483/1 483/25
1991 [3] 474/8 477/14 497/24
1992 [1] 493/2
1996 [1] 493/13
1998 [1] 476/25

2

20 [27] 451/5 457/21 458/9 459/16 460/4 460/24 461/2 462/3 462/6 463/17 466/24 474/1 475/11 490/25 495/17 495/20 495/23 495/25 496/8 496/10 508/20 514/16 514/17 573/1 573/3 587/18 600/2
20004 [1] 454/11
20005 [1] 454/8
20006 [1] 455/16
2003 [7] 498/6 498/10 500/6 500/12 501/17 501/25 583/3

2004 [1] 537/23
2005 [2] 453/3 475/16
2006 [4] 470/7 493/2 494/2 504/1
2006-G21 [1] 470/11
2008 [4] 466/24 504/1 567/3 583/25
2009 [6] 465/20 465/25 466/25 567/3 583/12 584/5
2010 [20] 451/5 460/24 461/2 463/17 495/17 495/20 495/23 495/25 496/8 496/10 519/14 523/22 539/15 542/11 561/16 583/13 598/20 608/1 608/21 619/3
2011 [2] 484/6 484/9
2013 [5] 451/7 457/2 458/1 460/6 515/14
2020 [1] 455/16
21 [4] 473/13 498/10 589/15 600/2
2179 [1] 451/4
22 [2] 469/24 480/24
2216 [1] 452/7
23 [4] 488/7 496/4 496/22 553/25
23215 [2] 581/15 582/16
23231A [2] 599/21 615/3
23249 [1] 613/12
23250 [2] 589/1 589/2
23769.1.1 [1] 609/10
23829A.1.5 [1] 615/25
2386.1 [1] 485/10
2386.9.1 [1] 485/19
24 [1] 463/14
24 hours [5] 493/19 593/20 593/21 594/8 594/9
24/7 [1] 593/6
25 [2] 473/13 615/17
26 [1] 608/21
26007 [1] 539/9
26009A [1] 544/25
27 [5] 542/11 543/8 543/24 606/3 608/1
28 [2] 537/12 608/9
2800 feet [1] 622/11
29 [3] 508/19 519/13 582/11
29-year [1] 582/14

3

3/4-inch [1] 531/25
30 [2] 538/18 554/3
30 days [1] 493/9
30,000 barrels [1] 621/25
300 [1] 453/23
301 [1] 496/22
316 [1] 452/4
32 degrees [1] 612/9
32591 [1] 452/5
333 [1] 454/3
355 [1] 454/21
35th [1] 454/21
36130 [1] 452/22
3668 [1] 451/23
3700 [2] 454/13 454/16
3918.1.1.HESI [2] 542/1 542/4
39201 [1] 452/17

4

40 [2] 513/20 513/22
406 [1] 455/18
41 [1] 494/6
41 percent [1] 493/23
43 [1] 568/9
45 [1] 560/13
4536 [1] 451/9
458 [1] 497/5
46 [1] 495/11
49 percent [1] 493/18

**4**

4:30 [2] 593/15 594/7

**5**

5,000 feet [2] 564/11 566/6
5.1 [2] 505/10 505/11
50 percent [2] 503/2 503/13
500 [4] 451/23 452/20 455/18 593/7
5000 [1] 453/18
501 [1] 452/13
504 [1] 455/19
51 [1] 496/4
52 [4] 496/4 548/23 574/9 575/17
55 [1] 504/20
556 [1] 451/23
56 [2] 462/3 462/6
57 [2] 462/4 462/6
57 percent [1] 493/20
58 [1] 489/9
589-7778 [1] 455/19

**6**

6.1 [1] 480/8
60 [3] 548/10 548/15 565/18
600 [2] 452/4 564/13
60654 [1] 453/24
6299.1.1 [1] 498/8
6299.6.1 [1] 498/14
63 [5] 497/22 498/1 498/17 501/6 528/3
655 [1] 454/7
69 [1] 490/25
6:00 [2] 577/20 622/25
6:30 [4] 593/15 593/16 595/5 595/7
6:30 a.m [1] 594/5
6c [1] 471/1

**7**

700 [1] 452/10
701 [2] 453/4 453/18
70112 [1] 455/13
70113 [1] 451/20
70130 [3] 452/8 453/4 455/19
70139 [1] 453/19
70163 [1] 454/14
70502 [1] 451/24
70601 [1] 452/14
70804 [1] 452/24
72 [1] 480/23
73 [2] 484/3 484/8
7353.1 [1] 476/25
7353.354.1 [1] 477/4
7353.357.5 [1] 477/13
7353.414.1 [1] 502/3
75 [1] 565/18
75270 [1] 455/6
7611 [1] 453/15
77002 [1] 454/17
77010 [1] 455/9
777 [1] 452/16
7778 [1] 455/19
7:00 [1] 623/3
7:00 or [1] 595/3
7:15 [1] 623/3
7:30 [1] 595/3

**8**

8,000 [2] 621/12 621/21
8,000 barrels [1] 604/13
8,900 feet [1] 621/12
80 [1] 548/15
80 days [1] 548/11
800 [2] 593/6 593/7

820 [1] 451/19
87 [1] 455/18
8975 [2] 465/23 503/25
8975.1.1 [1] 465/24
8975.1.2 [1] 466/6
8975.1.3 [1] 466/18
8975.1.4 [1] 466/23
8975.1.5 [1] 467/8
8975.2.1 [3] 467/6 467/6 467/14
8975.2.3 [1] 467/18
8975.2.4 [1] 467/22
8975.2.5 [1] 468/4
8975.3.2 [1] 468/17
8:00 a.m [1] 623/1

**9**

90 percent [1] 494/2
90071 [2] 454/4 454/22
917 [1] 553/25
94 [1] 469/24
94005 [1] 452/23
95 [1] 469/25
9827 [1] 532/9

**A**

A-plus [4] 480/19 481/5 483/18 484/16
a.m [2] 594/5 623/1
abate [3] 496/13 518/1 518/20
abated [1] 516/24
abatement [3] 462/15 468/25 517/10
ability [5] 568/3 568/19 597/21 604/22
 623/11
able [14] 486/14 522/25 527/20 527/21
 528/1 536/8 586/3 586/4 602/19 602/22
 603/11 604/8 616/14 616/10
about [172] 458/13 458/16 459/15
 462/20 466/16 473/19 474/8 474/11
 479/5 482/6 487/2 490/10 490/12
 491/14 492/10 492/25 494/16 496/5
 496/23 497/23 498/5 498/12 499/19
 500/4 502/11 502/13 504/11 504/12
 504/13 506/17 506/20 506/22 507/19
 508/3 508/20 511/16 511/18 511/19
 512/17 512/22 513/1 513/17 513/20
 514/16 514/17 514/25 515/5 515/20
 517/2 517/19 517/13 517/13 519/6
 520/2 520/9 520/24 521/15 522/16
 523/6 524/15 525/9 526/7 530/19 531/6
 532/1 533/9 534/17 535/11 536/5
 536/13 536/20 536/25 537/14 537/21
 537/22 539/5 539/10 540/20 541/10
 541/17 542/12 544/15 545/11 545/16
 548/14 549/20 551/2 551/4 551/6
 551/23 552/1 552/6 552/9 553/3 553/7
 554/14 554/25 556/2 559/6 560/19
 560/20 561/12 562/7 562/12 563/4
 563/12 563/23 564/12 564/13 564/19
 565/12 565/13 565/16 566/1 568/6
 568/7 572/9 572/19 573/7 573/23 574/6
 574/11 574/23 575/4 575/9 575/10
 578/14 580/17 581/19 582/25 584/2
 584/7 584/15 585/2 587/3 587/15
 587/17 587/24 589/16 590/19 591/20
 594/8 594/13 596/3 596/22 596/23
 598/1 599/13 599/20 602/11 604/4
 604/13 604/14 605/18 606/20 606/20
 608/15 609/12 611/18 612/14 613/13
 615/3 615/10 615/11 615/11 615/18
 618/11 618/20 621/12 621/21 621/25
 622/4
above [3] 549/25 562/2 623/13
above-entitled [1] 623/13
absence [3] 520/21 520/21 584/2

absolutely [10] 529/22 557/8 568/22
 591/14 605/6 611/5 611/21 612/22
 614/5 622/21
abstract [1] 511/13
academia [2] 591/3 618/17
academic [1] 618/7
accept [2] 515/25 560/22
acceptable [3] 487/7 490/3 490/7
Accepted [1] 490/2
access [3] 480/9 591/22 597/9
accident [1] 555/8
accomplish [9] 510/25 544/24 545/14
 548/16 566/18 567/3 568/3 568/19
 599/8
accomplishments [1] 593/23
accordance [1] 466/7
According [1] 471/1
achievable [1] 538/7
achieve [2] 520/19 566/24
acquire [3] 535/15 551/11 553/6
acquired [1] 536/6
across [2] 494/20 608/12
act [2] 569/1 606/8
acted [1] 568/15
action [4] 520/14 561/24 602/13 612/6
activate [13] 472/20 483/13 483/19
 484/19 588/21 602/12 602/16 602/24
 602/25 609/25 610/1 610/3 610/7
activated [1] 588/24
activating [2] 472/6 472/13
activation [1] 588/23
active [1] 589/16
actively [1] 585/12
activities [1] 489/23
actual [7] 523/22 539/16 546/7 546/14
 549/24 566/15 621/24
actually [21] 491/9 491/15 492/7 524/16
 534/20 538/3 540/12 550/1 552/17
 558/16 559/6 572/15 577/1 577/5 594/4
 603/16 606/12 606/18 613/25 614/6
 617/2
actuate [1] 616/14
Adams [5] 528/19 548/25 550/22 551/2
 551/6
adapter [3] 532/3 540/14 552/21
adapters [2] 521/20 551/24
adaptor [1] 550/16
adaptors [1] 531/24
add [2] 533/7 574/14
addition [7] 457/22 466/13 474/22
 545/19 574/25 594/23 595/14
additional [5] 458/18 502/5 515/20
 560/16 562/2
Additionally [1] 457/19
address [8] 475/15 501/15 506/11
 507/10 509/17 509/21 557/16 609/16
addressed [4] 475/21 500/23 507/12
 510/12
addressing [3] 466/13 475/19 521/12
adjourn [1] 577/19
adjourned [1] 623/5
administering [1] 467/1
Admiral [7] 569/3 569/3 569/3 590/14
 591/9 596/6 619/11
admiralty [1] 570/15
admit [1] 572/12
admitted [10] 457/8 457/13 457/16
 457/18 457/21 457/24 460/2 460/5
 509/12 571/18
adopted [2] 459/10 459/17
advance [6] 475/14 512/11 549/4

advance... [3] 551/15 551/16 551/22
advancing [1] 597/1
advantages [1] 552/9
advocated [1] 586/14
affect [2] 522/17 553/8
affects [1] 535/16
Affixing [1] 500/14
Africa [2] 583/17 583/18
after [27] 459/10 471/4 486/9 486/11
502/4 513/22 517/2 517/24 518/2 536/6
538/17 539/6 545/23 560/13 567/4
575/20 578/9 580/20 582/25 583/7
583/7 584/14 584/16 598/14 604/8
606/25 618/21
afternoon [14] 451/14 457/1 457/4
457/10 460/17 460/18 508/23 553/19
553/21 570/7 576/5 577/24 579/1 594/7
afterwards [2] 603/24 613/3
again [17] 459/6 459/15 482/25 488/24
490/18 491/24 492/12 500/11 521/25
527/3 540/18 551/2 551/17 552/8
557/23 571/10 575/15
against [1] 609/17
agencies [5] 499/11 590/2 590/3 590/3
619/15
agency [2] 565/9 585/25
ago [1] 558/11
agree [32] 458/14 464/13 466/3 473/6
473/9 473/14 473/20 475/23 476/12
476/18 481/24 485/13 489/23 490/6
490/14 491/2 492/19 497/17 503/4
512/3 512/21 520/10 522/14 522/22
549/3 552/3 555/5 556/24 557/24
567/12 569/10 575/3
agreed [4] 511/22 575/10 589/18 589/22
agreement [4] 478/21 478/25 479/2
512/12
ahead [11] 508/22 516/22 527/13 531/3
531/3 534/1 550/20 596/1 610/4 613/13
616/5
aided [1] 455/25
air [2] 507/23 507/24
airplane [1] 507/22
al [2] 451/8 451/11
Alabama [2] 452/20 457/25
ALAN [1] 455/8
alarming [1] 471/19
ALARP [5] 462/1 487/2 487/11 489/5
489/13
Alaska [11] 503/4 503/7 503/9 514/16
534/3 534/9 534/15 534/23 535/3
582/17 582/19
Alaska's [1] 502/24
alert [1] 501/18
alerted [1] 457/14
aligned [25] 457/5 457/11 457/19
457/24 458/5 458/14 460/6 503/20
508/13 509/6 509/8 509/15 509/15
510/4 510/7 510/22 511/5 515/17
530/17 570/8 570/9 570/22 571/1
571/12 575/15
all [92] 458/2 458/5 458/6 460/8 460/9
474/16 474/24 475/24 483/4 483/23
489/24 499/10 504/8 506/17 511/18
512/13 515/2 523/3 529/12 530/4
530/16 531/17 531/19 531/23 532/21
532/24 533/15 534/1 535/17 536/1
536/3 536/13 537/15 541/7 541/16
542/10 551/21 552/5 553/6 553/6
553/11 559/25 560/13 562/17 564/20
565/11 565/15 565/16 567/2 567/4

567/9 567/17 569/24 570/1 572/9
572/19 573/1 573/1 573/19 573/23
575/9 575/24 575/25 576/14 576/16
579/16 579/21 583/18 585/16 585/19
588/13 588/25 589/19 591/23 592/1
592/15 592/24 592/25 593/8 593/12
593/16 601/23 603/18 607/12 610/23
611/7 611/9 613/16 614/25 616/19
619/4 623/4
ALLAN [1] 453/3
ALLEN [8] 454/21 569/3 589/9 590/14
590/22 591/9 596/6 619/11
allow [3] 512/25 525/18 605/12
allowed [2] 571/20 572/6
almost [10] 483/8 500/24 540/10 544/11
561/3 573/23 600/1 610/23 612/5 613/1
alone [2] 568/3 568/19
along [3] 509/8 517/20 569/9
already [10] 510/4 511/23 516/16 518/2
538/4 543/9 543/24 544/1 544/10
588/23
also [77] 458/20 463/3 463/5 464/22
468/21 471/14 474/3 474/23 475/3
476/25 477/13 482/23 490/21 495/24
496/10 498/5 504/11 506/3 507/23
511/1 511/4 530/17 532/19 537/6
537/13 537/14 537/25 540/24 541/18
544/13 545/18 546/6 552/3 556/13
571/5 572/12 572/13 581/24 583/16
583/20 584/20 584/23 585/10 585/23
586/4 586/9 586/16 590/9 590/11
590/15 590/25 591/2 591/21 592/12
592/20 594/4 594/9 594/13 595/15
595/22 596/5 598/11 598/22 601/5
604/3 605/1 606/13 606/19 606/6
610/16 613/10 616/13 617/21 618/12
619/24 620/2 622/13
alternative [2] 499/24 500/8
although [1] 571/17
always [9] 477/14 541/10 588/17 595/17
595/18 595/20 595/24 596/9 597/19
am [6] 505/20 551/9 579/14 584/13
611/2 615/4
amended [1] 457/16
AMERICA [14] 451/10 453/6 453/10
453/18 453/21 454/1 454/3 454/6 454/10
466/1 466/9 479/4 561/18 569/17
582/21
American [2] 554/13 586/10
Amoco [2] 499/15 499/16
amongst [1] 571/9
amount [10] 475/25 476/3 476/9 476/10
476/19 510/2 550/19 591/13 592/14
610/13
amounts [1] 599/5
Anadarko [6] 455/11 455/11 455/14
455/15 573/5 573/13
analyses [3] 487/17 487/17 487/18
analysis [16] 487/11 487/21 487/25
488/2 488/8 488/9 488/18 489/2 491/11
491/13 491/23 492/2 510/14 519/23
520/3 547/22
analytical [1] 527/10
analyze [3] 521/9 528/18 534/15
ANDREW [1] 453/21
Andy [3] 573/22 574/8 584/7
Angeles [2] 454/4 454/22
angle [1] 500/15
Angola [2] 583/6 583/17
animation [7] 609/19 609/22 610/5
616/4 616/16 616/22 616/22
ANNA [1] 453/13
annular [1] 601/24

another [33] 471/9 472/3 484/16 496/3
505/4 519/8 526/16 534/23 535/18
535/7 537/10 537/22 538/24 539/7
543/19 546/8 552/22 555/1 556/9
556/16 557/18 560/15 592/23 593/15
595/6 603/21 603/24 605/7 605/25
606/4 606/21 612/17 613/21
answer [22] 462/6 462/18 463/22
464/17 470/14 473/17 474/4 475/13
480/25 483/6 483/25 488/14 488/25
489/10 489/15 489/15 489/18 491/1
492/21 495/10 504/12 516/22
answered [1] 486/18
answers [1] 481/7
ANTHONY [3] 452/7 457/10 573/1
anticipate [1] 576/5
any [55] 458/3 459/23 461/15 461/20
465/16 476/10 481/25 482/10 482/20
488/11 488/17 489/1 489/5 491/8 497/6
504/4 504/7 506/21 509/11 510/22
514/20 515/23 523/24 529/18 533/18
537/19 540/22 545/13 550/5 550/12
550/13 551/13 551/20 552/4 560/7
560/16 565/7 565/9 566/17 570/4 575/4
575/6 585/7 593/7 594/19 596/25
598/24 599/15 599/17 602/2 602/9
602/24 603/23 605/10 606/8
anybody [2] 597/10 599/2
anyone [11] 461/8 509/11 562/4 562/6
562/15 562/20 563/5 564/16 569/4
594/1 598/6
anything [16] 504/8 532/4 533/13 541/5
549/15 551/24 565/12 574/14 574/14
587/24 594/20 598/10 598/16 598/18
599/9 608/12
Apache [10] 538/15 539/6 556/23
556/25 557/2 558/14 558/24 559/6
559/10 559/25
apart [3] 460/7 532/18 550/14
API [4] 551/18 586/10 586/11 586/17
apiece [1] 573/24
APLC [1] 453/17
apologies [1] 527/3
apologize [3] 485/5 490/18 495/9
appear [1] 511/9
Appearances [5] 451/17 452/1 453/1
454/1 455/1
appears [2] 500/13 510/1
applicability [1] 525/15
applicable [3] 492/12 500/20 510/11
application [3] 514/25 538/6 552/7
applications [2] 515/3 527/12
applied [1] 469/1
applies [2] 451/6 501/16
appreciate [1] 574/3
approach [3] 490/3 490/6 596/23
approaches [2] 487/15 507/9
appropriate [2] 522/15 531/1
approval [6] 524/23 524/25 525/10
525/11 526/13 596/17
approve [2] 464/20 526/9 596/20
approved [3] 463/25 464/14 524/16
approximately [5] 494/13 554/3 581/5
582/11 593/1
APRIL [27] 451/5 460/24 461/2 463/17
475/11 495/17 495/20 495/23 495/25
496/8 496/10 535/15 536/11 537/12
538/18 542/11 543/4 543/8 543/24
544/12 544/17 558/9 587/18 589/15
600/2 606/3 615/17
April 20 [12] 460/24 461/2 463/17
475/11 495/17 495/20 495/23 495/25
496/8 496/10 587/18 600/2

**A**

April 21 [1] 589/15
April 25 [1] 615/17
April 27 [4] 542/11 543/8 543/24 606/3
April 28 [1] 537/12
April 30 [1] 538/18
are [199]
area [14] 490/12 495/6 514/23 523/2
531/16 545/10 556/16 582/18 589/10
592/19 593/17 600/16 620/25 621/2
areas [6] 470/20 511/9 554/3 554/5
554/9 565/11
argued [1] 459/13
arguing [1] 529/12
arguments [3] 530/1 530/3 530/3
around [15] 500/3 503/23 514/17 520/11
548/12 552/19 579/16 589/10 594/18
598/13 598/16 598/17 610/10 610/13
622/8
arrive [1] 545/17
arrived [1] 590/6
arrives [1] 590/8
articulated [1] 486/14
as [220]
Asbill [1] 454/15
ascertain [1] 465/16
ask [19] 472/3 476/5 476/23 480/23
488/24 490/24 504/15 517/2 525/10
525/25 532/10 547/18 552/8 553/7
577/11 578/1 593/12 595/11 598/10
asked [23] 462/5 462/17 463/21 464/16
476/5 480/24 481/6 484/8 488/13
489/10 490/24 490/25 506/20 555/15
558/7 562/11 562/14 584/18 588/6
593/18 598/14 598/16 606/23
asking [12] 478/24 497/16 504/11
504/16 516/16 516/18 530/25 562/12
562/17 562/18 562/24 572/2
aspect [1] 580/20
assemble [5] 472/21 483/14 483/19
484/20 557/6
assembled [1] 497/8
assembly [1] 528/9
assertion [1] 608/17
assess [2] 466/20 481/19
assessment [2] 461/25 507/1
ASSET [1] 451/8
assets [1] 581/3
assist [10] 478/3 479/23 597/10 599/17
603/25 618/3 618/6 618/9 618/10
618/14
assisted [1] 583/21
assisting [1] 598/25
assists [1] 618/6
associated [4] 490/4 490/7 585/3 601/17
Association [1] 546/9
assume [3] 505/20 544/15 569/3
assuming [3] 478/17 577/15 621/24
assumptions [1] 491/13
assurances [1] 465/6
at [218]
Atlanta [1] 554/21
attach [1] 549/15
attached [4] 515/21 544/7 544/8 562/13
attaches [1] 562/3
attaching [1] 549/5
attachment [2] 550/7 550/8
attempt [1] 520/5
attend [1] 594/2
attended [3] 508/18 593/25 594/1
attendees [2] 561/16 561/20
attention [2] 498/8 516/4

attested [1] 482/25
Attorney [1] 451/25
audits [2] 586/3 586/3
author [1] 584/23
authored [1] 585/1
authorities [3] 526/5 526/7 526/9
authority [1] 596/17
authorizing [2] 596/11 596/13
automatically [1] 471/20
availability [1] 477/25
available [23] 477/25 492/10 492/12
492/15 493/12 494/1 496/16 497/4
530/12 530/24 531/10 531/12 531/24
532/21 535/18 536/4 537/11 552/19
557/5 557/10 557/21 591/23 601/14
avenue [5] 451/19 452/20 454/10
454/21 585/17
avoid [1] 605/14
awards [1] 584/24
aware [24] 477/24 493/2 494/24 495/12
495/16 495/19 496/10 496/14 524/19
528/14 537/18 544/5 559/23 560/2
560/7 560/13 560/18 560/19 562/4
562/6 562/7 563/5 564/16 586/25
awareness [3] 475/6 478/16 499/12

**B**

Bachelor [2] 514/3 581/22
back [26] 458/16 467/7 470/10 497/22
502/3 502/5 507/16 507/24 533/5
535/20 537/18 541/12 551/25 565/22
574/3 584/3 597/12 604/7 604/12
610/15 613/5 613/18 617/12 620/17
622/17 623/2
back-and-forth [1] 458/16
background [3] 581/14 581/18 581/21
backup [2] 531/15 622/6
ball [1] 613/7
Ballard [2] 576/25 577/25
balls [2] 616/16 616/16
bang [1] 610/11
banged [1] 612/19
banging [1] 610/10
Bankston [1] 546/7
BARBIER [1] 451/15
Barnett [2] 476/7 476/8
BARR [1] 452/3
barrels [2] 604/13 621/25
barrier [6] 462/9 473/7 473/10 473/16
504/14 504/24
barriers [1] 487/8
BARRY [1] 453/23
base [5] 544/21 544/22 549/24 613/17
621/9
based [15] 477/21 534/22 541/18
545/21 545/22 546/13 546/13 547/23
548/7 589/9 589/9 589/11 593/3 593/4
621/18
basic [4] 555/24 556/1 556/4 556/10
basically [7] 471/13 471/25 531/18
554/5 556/24 557/24 573/24
basis [6] 463/9 463/20 476/10 518/18
525/5 547/16
Baton [1] 554/21
Baylen [1] 452/4
be [165] 457/3 458/21 458/25 459/1
459/12 459/19 459/24 461/24 462/8
462/11 463/13 463/20 471/11 471/14
471/18 472/9 472/15 472/19 472/22
472/25 473/11 475/16 475/21 476/2
477/16 477/20 477/25 482/2 483/11
485/15 488/21 489/5 489/13 489/19
489/24 490/1 495/4 496/15 497/2 497/3

497/15 498/17 498/21 500/2 500/13
501/21 502/16 502/20 503/16 504/14
504/14 504/18 504/18 504/19 505/23
506/21 507/1 507/12 509/4 510/1 510/7
510/20 511/9 511/24 513/19 515/15
516/24 522/7 522/25 525/7 527/4
527/20 527/21 528/1 528/25 529/8
531/15 534/3 534/24 537/2 537/17
538/23 538/25 540/13 540/18 541/4
541/9 543/19 544/15 545/6 545/8
545/24 548/6 548/7 548/20 550/5
551/15 553/4 553/4 554/18 555/1
555/17 557/17 557/19 560/9 560/10
562/10 566/5 566/10 567/25 571/3
571/10 572/6 572/19 575/11 576/5
576/19 577/4 577/7 577/20 577/24
578/18 585/20 585/21 586/3 586/4
587/19 589/19 590/1 594/1 595/10
595/24 599/25 601/12 601/14 601/14
601/16 601/20 601/22 605/22 606/4
606/13 606/19 607/3 607/4 607/6 608/9
608/20 610/19 610/21 612/18 612/19
613/24 613/25 614/7 614/8 614/18
615/13 620/14 621/3 621/12 621/13
621/16 622/11 622/12
BEA [23] 460/13 460/17 470/6 503/23
503/25 505/20 508/5 508/11 509/25
509/25 510/12 511/2 512/17 516/21
517/7 517/8 517/11 519/5 524/22 525/5
525/14 528/5 570/21
Bea's [2] 484/2 524/24
bearing [1] 622/10
became [1] 583/1
because [53] 462/15 469/20 472/5
473/12 473/24 475/23 482/2 488/4
497/14 507/1 507/18 508/6 510/17
512/15 525/14 529/20 533/16 534/3
535/16 546/17 548/6 550/10 551/8
551/17 562/22 569/1 569/7 574/2
576/19 577/1 578/1 584/4 584/9 586/6
587/20 589/19 594/3 594/21 595/11
596/1 603/13 603/17 604/21 610/17
610/22 611/1 611/14 612/8 613/6 614/6
617/18 621/14 622/4
become [4] 507/21 553/10 583/23
584/18
been [60] 458/17 460/14 475/17 487/16
488/5 494/5 507/18 510/21 511/23
512/3 513/6 514/4 514/8 514/10 518/21
524/5 525/17 526/1 526/4 526/24
529/3 530/14 531/8 531/14 535/12
535/13 537/3 537/7 537/19 538/20
539/10 540/12 540/15 540/25 541/12
541/13 541/16 544/12 546/19 548/11
549/4 556/2 561/3 566/7 571/17 573/14
578/20 580/8 580/17 587/1 602/1
606/14 608/2 608/16 610/15 610/15
611/6 613/3 614/2 614/25
before [36] 451/14 461/11 466/12
470/12 471/8 475/21 484/22 508/15
508/23 509/17 509/21 521/22 522/18
523/4 525/1 529/14 530/2 535/10 538/5
540/8 552/6 567/3 567/10 573/22
580/17 581/13 583/8 583/11 597/13
607/3 607/25 608/17 609/11 614/19
615/13 618/5
began [3] 604/5 612/3 615/17
begin [5] 587/16 600/21 606/1 611/17
615/16
beginning [4] 479/19 504/2 558/19
561/9
begins [3] 509/18 509/22 569/19
behalf [7] 457/5 509/5 553/19 558/7

**B**

behalf... [3] 570/8 580/4 580/22
behind [1] 587/11
being [22] 457/21 458/23 459/13 459/16
459/20 479/10 501/21 540/11 565/12
572/20 590/12 590/25 594/14 594/15
596/10 600/25 601/4 601/6 604/16
608/14 610/14 611/18
belief [1] 512/23
beliefs [1] 512/18
believe [24] 465/11 468/14 480/3 482/22
485/9 496/15 497/2 498/13 502/5
516/21 521/5 527/4 527/6 527/9 531/5
538/4 558/10 558/14 558/18 559/11
559/15 563/16 563/18 577/6
bell [1] 560/21
below [7] 505/15 564/11 566/6 602/2
621/12 622/8 622/16
Ben [1] 574/25
bench [1] 578/14
beneath [1] 592/10
benefit [4] 487/17 487/21 488/18 489/2
benefits [1] 552/11
BENSON [1] 453/11
bent [1] 500/15
Berkeley [1] 507/18
best [5] 498/9 502/12 534/21 567/1
623/11
BETHANY [1] 453/13
better [1] 574/19
between [18] 478/21 478/25 479/3
493/23 505/4 508/20 510/2 524/12
527/12 532/13 535/2 549/18 549/21
573/8 589/16 593/7 600/14 614/3
beyond [2] 464/3 501/6
big [4] 592/24 610/8 611/24 622/14
bigger [1] 553/10
binders [1] 509/9
Bingham [1] 455/14
bit [18] 458/15 466/23 467/7 473/19
486/17 490/10 490/12 503/23 527/14
532/17 545/11 577/20 581/14 581/18
587/15 589/10 596/21 596/23
blind [3] 528/10 543/20 602/25
block [1] 516/7
blow [1] 518/6
blown [4] 520/20 564/5 564/11 565/4
blown-out [4] 556/20 564/5 564/11
565/4
blowout [59] 463/5 463/7 463/16 471/12
473/7 473/10 473/24 474/4 474/13
475/11 476/1 477/4 477/6 480/11
480/12 488/10 490/15 490/15 491/3
491/4 491/5 493/7 493/17 494/18
494/25 495/13 498/15 498/17 498/18
499/3 502/9 506/22 516/5 517/24 527/1
527/19 529/14 531/13 531/14 532/3
532/15 533/3 533/7 534/13 534/18
535/8 537/14 540/8 541/4 548/13
549/11 549/18 549/22 552/21 563/3
564/23 566/13 586/23 601/18
blowouts [16] 463/9 473/15 474/17
477/14 490/11 490/16 490/21 492/8
492/10 492/16 492/19 492/25 493/19
502/13 530/10 534/17
blowup [1] 535/22
blurry [1] 573/10
board [7] 585/14 585/19 585/23 604/22
604/23 604/25 605/6
boards [5] 585/7 585/12 587/5 587/6
587/8
boat [2] 531/23 605/7

body [1] 502/4
BOLES [1] 455/4
bolt [2] 531/20 532/25
bolted [1] 531/15 531/21
boom [1] 502/14
Boots [1] 591/25
BOP [130] 461/24 462/8 462/11 471/25
472/9 511/17 518/8 524/5 524/5 529/9
531/24 537/7 537/7 537/16 537/16
537/25 537/25 538/2 538/6 538/6
538/24 538/24 538/25 539/3 539/3
542/23 543/12 545/12 556/9 556/20
556/20 557/17 557/18 557/19 557/22
557/22 559/3 559/3 598/23 600/3 600/3
600/9 600/9 600/18 601/23 601/25
602/12 602/16 602/19 602/22 602/24
603/4 603/7 604/8 604/16 604/16
605/19 605/19 605/20 605/20 605/22
605/22 605/23 605/24 605/25 605/25
606/1 606/1 606/4 606/4 606/8 606/8
606/9 606/9 606/12 606/13 606/21
606/21 606/25 606/25 607/3 608/8
608/8 608/17 608/20 608/20 608/22
608/22 608/24 608/24 609/2 609/2
609/13 609/13 609/24 611/8 612/17
612/24 613/3 613/5 613/6 613/8 613/8
613/15 613/17 613/21 614/3 614/4
614/12 614/12 614/25 614/25 615/2
615/2 615/10 615/10 615/13 615/13
615/23 615/23 620/1 620/1 620/5 620/5
620/9 620/9 620/17 620/17 620/20
620/20
BOP-on-BOP [31] 524/5 537/7 537/16
537/25 538/6 539/3 556/20 557/22
559/3 600/9 604/16 605/19 605/20
605/22 606/1 606/9 606/25 608/20
608/22 608/24 609/13 614/12 614/25
615/2 615/10 615/13 620/1 620/5 620/9
620/17 620/20
BOPs [9] 494/9 524/8 527/5 531/19
537/15 541/7 550/13 611/6 611/9
border [1] 511/15
both [9] 513/16 514/17 527/12 531/1
565/24 573/6 573/11 590/12 601/24
bottom [9] 470/5 531/19 539/24 539/24
543/11 543/18 550/12 607/8 621/1
BOWMAN [1] 455/4
box [8] 451/23 452/4 452/23 453/7
453/15 506/5 592/4 611/24
boxes [1] 525/17
BP [127] 451/10 453/17 453/18 453/19
453/20 453/21 453/22 454/2 454/3
454/4 454/5 454/6 454/7 454/9 454/10
454/11 460/19 460/23 463/12 464/22
465/3 465/9 465/12 465/15 466/1 466/9
467/5 472/20 473/21 477/24 478/3
478/9 478/22 478/25 479/4 479/9 485/1
485/6 485/15 486/9 496/15 499/15
499/16 502/24 503/1 503/4 503/9 504/4
504/7 505/4 505/21 508/19 509/20
512/23 516/6 516/21 517/7 517/24
518/5 518/8 518/12 518/15 518/23
519/16 520/25 523/3 524/2 525/7
530/11 531/12 532/13 534/15 534/19
534/25 536/9 536/20 536/22 540/19
542/11 543/4 543/9 544/16 545/21
551/3 553/20 559/16 559/19 559/21
560/13 561/13 562/25 563/2 567/6
568/25 569/7 569/11 569/20 573/2
573/5 573/25 574/1 574/5 574/8 576/2
579/8 579/9 579/16 579/21 580/4
580/19 580/22 582/8 582/18 582/24
583/1 583/4 584/1 584/2 584/7 584/7

585/10 585/13 586/15 587/13 591/9
591/14 614/6
BP's [44] 461/4 463/24 464/8 465/11
465/20 471/10 483/3 483/7 484/24
485/22 486/16 508/19 510/11 512/18
512/22 516/4 516/9 516/13 520/13
521/1 521/3 521/10 522/9 523/16
523/19 524/9 524/19 525/16 528/14
528/19 528/25 529/11 529/24 530/18
549/1 561/24 567/12 575/22 581/3
584/19 584/20 586/21 593/3 617/14
BRAD [3] 454/19 508/13 577/10
Branch [1] 453/6
Brannon [2] 590/7 619/13
breach [3] 620/18 622/19 622/20
break [2] 483/21 621/2
breakdown [2] 621/14 621/16
Brennan [1] 454/15
BRIAN [4] 452/3 454/19 508/13 577/10
bridge [1] 492/7
bridged [3] 538/4 563/15 563/17
BRIDGET [1] 454/7
brief [5] 534/3 540/18 574/10 574/12
574/13
briefed [1] 596/10
briefing [1] 595/7
briefly [17] 471/2 510/23 516/9 517/17
521/18 524/1 541/18 542/20 545/20
551/2 551/5 581/13 584/25 600/14
602/16 604/4 605/20
bring [1] 525/18 581/1
bringing [1] 609/15
broach [1] 510/15
broached [1] 500/2
Broad [1] 452/13
Broadway [1] 452/10
BROCK [11] 454/10 460/12 460/19
503/25 504/11 505/4 506/13 506/20
511/1 576/2 577/11
Brock's [1] 529/12
broke [1] 592/13
brought [2] 590/25 611/25
Brown [2] 555/15 561/2
BRUCE [1] 455/4
BTF [1] 477/20
buffeted [1] 540/3
build [1] 602/24
building [3] 554/20 581/10 589/24
buildup [1] 536/18
built [9] 529/3 530/13 581/8 581/10
585/20 586/8 592/12 616/17 617/20
bull's [2] 613/6 613/7
bull's-eye [2] 613/6 613/7
bullet [6] 471/24 472/6 472/12 472/18
483/10 484/19
bundle [1] 573/11
bundles [13] 457/21 457/24 458/17
458/23 460/5 460/8 571/3 572/19
572/24 572/25 573/11 573/16 575/11
buoyancy [1] 612/6
burden [1] 459/18
Burling [1] 454/9
burn [1] 604/12
burning [3] 502/16 602/20 613/2
burst [3] 521/21 522/1 523/10
Bush [2] 465/11 466/1
business [21] 513/15 513/18 579/22
583/1 583/2 583/3 583/6 583/8 583/14
583/16 583/16 583/17 583/18 584/1
584/9 584/19 584/21 585/12 586/15
586/16 588/12
businesses [2] 555/21 588/12
but [112] 461/14 464/2 465/8 465/11

**B**

but... [108] 469/1 469/2 479/2 480/10
487/15 489/12 489/20 490/16 491/4
492/12 492/15 492/17 496/12 498/9
499/25 500/6 500/12 501/16 502/16
503/4 503/9 511/7 512/2 512/11 517/6
517/9 517/19 521/25 522/15 523/23
525/23 526/25 527/3 530/1 530/16
532/17 532/20 532/24 533/18 533/23
534/4 534/24 535/24 538/4 540/18
541/11 541/17 543/23 544/17 547/12
548/7 550/3 550/12 551/5 551/9 551/25
552/4 554/5 554/25 555/16 556/9
556/14 556/24 557/24 559/4 559/14
559/21 560/12 560/20 560/22 562/7
563/1 563/15 564/14 564/15 566/14
567/6 567/15 568/7 569/3 569/19
569/20 570/1 571/23 574/11 575/5
575/18 576/16 581/13 582/14 588/24
591/10 592/12 592/24 595/12 597/6
599/14 601/8 604/17 605/1 605/6
608/16 611/10 613/5 615/18 621/22
622/6 622/18
butane [1] 541/22

**C**

C1 [1] 541/21
C5 [1] 541/22
cake [6] 565/6 565/10 565/13 566/8
566/10 566/25
calculate [1] 591/8
calculation [4] 522/14 523/10 548/4
621/24
calculations [9] 522/16 522/16 522/21
522/23 523/1 523/4 523/6 523/7 523/8
CALDWELL [1] 452/22
California [2] 454/4 454/22
call [51] 462/1 468/17 474/22 485/23
493/16 504/21 506/7 507/11 507/13
509/10 509/16 515/12 519/7 519/24
520/2 520/9 528/2 532/9 534/5 538/10
539/9 541/25 542/6 544/25 548/17
558/17 559/8 561/7 574/1 574/2 575/25
576/14 576/15 576/16 576/18 578/10
587/18 588/13 588/14 588/15 588/16
588/17 588/18 588/19 595/3 595/4
595/12 596/6 600/10 607/14 622/22
call-out [8] 468/17 474/22 493/16 520/2
520/9 542/6 588/13 588/15
call-outs [1] 509/10
called [14] 466/17 478/10 494/20 505/11
516/7 519/21 532/15 546/8 548/6
560/15 577/7 582/22 587/24 621/15
calling [3] 508/15 563/1 563/2
calls [2] 516/11 588/18
came [6] 507/17 547/8 560/11 585/16
587/11 590/5
cameras [1] 541/13
Cameron [4] 519/13 520/13 531/18
543/11
Camp [1] 453/4
campus [1] 581/9
can [147] 459/12 463/11 467/7 469/20
473/11 474/12 479/19 488/22 488/25
489/17 491/22 492/24 498/15 498/17
501/20 503/1 503/12 503/14 504/14
504/14 504/18 504/24 505/1 505/10
506/3 506/5 506/9 507/7 510/17 512/1
514/12 515/12 516/9 519/7 519/19
519/21 519/24 521/18 522/12 524/11
526/21 528/2 528/6 528/11 529/25
531/1 533/7 533/13 533/25 534/5 534/7
535/1 536/17 538/10 538/13 538/19
538/20 538/23 539/2 539/13 539/19
539/21 542/3 542/17 542/20 542/25
543/6 543/15 544/25 545/3 545/13
545/20 547/12 548/17 549/10 551/5
551/10 552/5 552/6 552/17 552/14 553/6
553/9 553/24 555/24 557/12 557/17
558/17 559/8 560/23 561/7 562/16
562/21 562/22 566/14 568/9 571/12
573/5 573/15 574/2 574/10 574/19
575/1 575/16 575/24 576/12 576/21
576/21 580/1 580/24 581/15 581/20
582/14 583/22 584/24 586/6 589/1
590/2 590/20 592/6 597/15 599/21
599/23 600/11 600/16 600/19 605/1
607/8 608/7 610/22 612/24 613/15
613/17 613/20 615/3 615/18 616/2
616/3 616/7 616/19 616/21 616/22
618/25 619/4 619/18 619/20 620/19
can't [15] 462/10 489/20 494/7 503/14
504/18 504/19 507/12 511/13 559/4
590/1 607/9 610/9 610/24 611/3 617/2
Canadian [1] 583/1
cannot [6] 461/23 472/19 477/16 483/11
488/17 489/24
cap [14] 508/7 524/18 524/18 532/14
533/24 535/2 535/4 536/24 545/15
546/15 552/19 565/21 565/23 611/1
capabilities [3] 477/8 479/10 480/12
capability [11] 465/4 480/13 527/2 533/1
533/4 535/6 543/21 544/1 544/4 544/6
604/23
capable [2] 477/20 537/15
capacity [3] 526/11 562/2 585/6
Capital [1] 452/16
capped [3] 540/11 548/12 566/11
capping [102] 461/24 479/25 480/11
494/16 494/18 494/21 494/24 495/12
495/16 495/19 495/22 495/25 496/7
496/11 497/7 497/19 500/14 502/17
502/20 502/24 503/1 503/5 503/6
503/10 503/12 503/13 506/6 506/10
506/15 506/18 523/17 523/22 526/18
526/20 526/22 526/23 527/1 527/5
527/10 527/17 527/20 527/23 528/9
528/14 528/23 529/1 529/2 529/13
529/18 530/8 530/9 531/6 531/8 531/9
531/13 532/14 532/20 534/4 534/25
535/11 535/12 536/7 537/4 537/7
537/10 537/16 537/19 539/3 539/16
539/16 539/24 540/5 541/12 542/12
543/10 543/24 543/25 544/5 544/9
544/16 544/19 545/10 545/17 546/12
548/5 548/9 549/5 549/15 549/25 556/2
556/4 563/13 564/2 566/5 566/15 567/9
599/14 599/15 600/8 614/2 614/4 614/5
capping-type [1] 537/19
Captain [4] 507/16 507/17 507/21
619/12
Captain Sullenberger [1] 507/21
Carden [3] 528/19 576/25 577/25
Carden's [1] 530/21
care [8] 487/18 488/2 488/4 488/6
502/17 522/3 561/17 574/16
career [6] 582/14 582/17 582/21 583/10
584/22 585/1
careful [1] 537/2
carefully [1] 536/15
CARL [4] 451/15 505/1 505/13 506/3
CARRIE [1] 453/21
carrier [1] 616/25
carry [1] 496/12
case [29] 459/13 461/7 461/12 461/14
461/23 463/1 463/9 463/9 463/20
502/18 509/8 511/5 514/2 524/16
526/19 526/25 530/22 534/12 556/14
561/3 570/9 570/13 570/19 617/6
case-by-case [2] 463/9 463/20
cases [4] 458/23 474/24 475/24 571/25
casing [8] 500/14 511/17 512/5 521/20
521/22 521/25 522/3 602/3
catastrophic [2] 602/2 602/3
catchall [1] 571/8
category [4] 492/13 571/7 571/7 572/15
Category 4 [1] 571/7
caught [1] 457/13
cause [5] 541/24 553/9 553/10 610/14
620/12
caused [1] 611/22
caveat [1] 512/2
caveats [1] 570/19
CCR [3] 455/18 623/8 623/16
cement [1] 622/13
center [27] 540/5 581/5 581/7 581/8
581/8 581/10 581/11 585/23 586/1
586/8 587/20 588/10 588/20 588/25
589/24 590/6 590/6 590/9 590/13
590/16 592/11 592/13 592/14 592/16
592/17 592/18 593/6
centered [1] 540/7
CEOs [1] 598/13
CERNICH [1] 453/12
certain [16] 477/16 482/25 483/1 500/20
523/9 536/7 536/22 544/16 585/5 586/6
591/19 591/20 594/15 603/17 603/22
610/21
certainly [11] 459/24 496/2 502/22
562/20 567/14 575/12 587/1 594/2
597/19 612/18 617/16
CERTIFICATE [1] 623/7
certifications [1] 514/9
certified [4] 514/5 514/6 514/8 554/7
certify [1] 623/10
CHAKERES [1] 453/12
challenges [1] 501/19
chance [4] 476/23 574/20 615/24 617/1
change [8] 457/15 531/22 552/20
552/24 594/10 596/21 605/17 622/14
changed [4] 523/21 524/5 524/6 587/9
changes [3] 536/17 586/15 586/16
changing [2] 485/4 523/25
characterized [3] 480/18 482/23 483/17
charge [2] 568/8 622/16
Charles [3] 452/14 508/19 508/25
chart [9] 595/18 595/18 599/2 599/23
600/25 607/15 607/24 608/19 609/3
charts [1] 607/20
chess [1] 573/25
Chevron [3] 483/17 484/19 495/22
Chevron's [3] 483/24 484/11 484/23
Chicago [1] 453/24
chickens [1] 520/11
chief [5] 472/25 509/8 579/10 579/12
579/14
choke [11] 527/21 532/19 533/4 535/17
544/8 566/13 604/9 616/6 616/9 616/11
617/17
chokes [5] 532/20 533/14 543/22 544/7
544/11
chosen [1] 550/6
Christina [16] 515/12 515/15 519/7
519/19 520/7 528/2 532/9 534/5 538/10
539/9 539/18 541/25 542/17 542/25
544/25 548/17
Christmas [1] 527/19

**C**

Chu [10]  560/15 561/22 563/6 590/12 590/15 590/25 595/1 595/10 596/7 619/11
circular [2]  554/24 555/4
circulating [1]  543/4
circumstances [3]  474/25 475/24 583/22
citation [1]  486/19
cite [5]  476/25 492/6 494/7 501/25 571/2
cited [3]  494/12 494/14 546/18
cites [1]  493/7
citing [2]  465/14 502/4
City [2]  531/16 544/11
Civil [1]  453/6
claim [1]  528/22
clarifies [1]  573/17
Clarkson [1]  607/15
class [2]  488/4 491/19
cleanly [1]  620/16
clear [10]  459/1 460/21 463/13 485/20 486/4 528/25 544/15 545/10 566/5 573/9
clearances [1]  610/18
clip [1]  539/15
clips [5]  459/23 508/16 508/25 509/7 509/10
clock [2]  573/25 576/11
clog [2]  616/20 616/25
close [6]  533/20 538/25 541/7 543/20 548/10 565/21
Closer [1]  509/19
closing [2]  536/16 566/13
clue [1]  520/10
Coast [12]  467/3 514/9 532/21 569/5 590/5 590/7 590/8 592/19 593/8 594/1 595/10 619/12
Coast Guard [9]  467/3 514/9 590/7 590/8 592/19 593/8 594/1 595/10 619/12
cofferdam [6]  600/8 600/17 610/13 611/24 612/3 612/4
coincident [1]  594/10
collapse [1]  521/21
collapsed [2]  523/11 602/3
colleague [1]  572/8
colleagues [1]  598/9
collect [3]  552/25 562/25 600/11
collecting [2]  562/9 563/2
collection [9]  535/11 536/5 600/10 604/3 604/5 604/6 604/24 605/10 605/12
college [1]  513/22
collet [1]  531/18
COLLIER [2]  453/22 540/19
Columbia [1]  582/21
column [1]  620/6
columns [2]  522/23 608/3
combination [4]  477/8 508/1 615/21 620/2
come [13]  466/23 469/2 558/8 560/1 565/7 571/10 572/15 586/22 599/2 599/7 606/6 608/12 611/17
comes [2]  502/4 538/13
comfortable [1]  536/8
coming [15]  560/7 562/5 563/6 564/16 572/24 583/23 584/6 590/12 594/5 594/6 594/11 595/5 612/21 621/9 622/18
Command [10]  508/18 581/2 589/10 589/13 594/13 594/16 596/16 596/19 614/20 617/25
commander [6]  472/24 589/8 590/7

590/8 619/13 619/13
comments [2]  520/12 520/20
committee [1]  586/11
committees [1]  514/11
common [5]  567/18 567/20 567/20 567/22 567/23
communicate [1]  486/3
communicated [2]  468/5 618/23
community [1]  597/10
companies [10]  462/25 478/3 478/10 499/11 585/16 585/25 586/6 586/7 591/15 592/1
company [31]  453/19 453/22 454/4 454/7 454/11 455/12 455/15 461/15 461/20 478/4 478/7 479/4 479/23 480/3 485/14 505/18 505/20 506/10 514/14 526/11 536/1 552/4 582/7 584/2 584/17 585/13 585/14 585/15 585/15 585/21 587/2
company's [1]  510/13
compared [2]  493/8 493/19
compatible [1]  485/22
compete [1]  603/16
competence [2]  479/14 499/20
competent [2]  504/22 550/22
compiled [1]  558/23
COMPLAINT [1]  451/7
complete [4]  465/15 531/14 583/10 594/19
completed [2]  606/12 608/9
completely [3]  489/24 533/16 566/14
completion [6]  506/9 579/18 584/17 608/5
compliance [1]  515/7
complications [2]  500/7 611/13
component [2]  473/2 492/18
components [4]  471/17 488/8 488/21 533/1
comprised [1]  472/22
compromise [1]  622/15
compromised [1]  621/13
computer [1]  455/25
computer-aided [1]  455/25
conceived [2]  529/3 529/4
concept [4]  502/8 526/18 526/20 544/14
concepts [1]  598/15
concern [13]  504/23 517/13 606/17 609/12 610/8 611/22 612/7 612/20 612/25 613/19 620/19 622/18 622/20
concerned [4]  494/5 606/20 606/20 622/4
concerning [1]  524/9
concerns [12]  536/13 536/13 540/19 609/7 609/20 611/19 612/23 618/12 620/7 620/10 622/18 622/19
concise [2]  485/20 486/4
concluded [1]  503/1
concludes [1]  499/23
conclusion [5]  510/15 516/12 518/18 519/16 539/4
conclusions [8]  459/13 459/20 474/12 498/1 502/23 570/17 571/13 573/17
concurrent [1]  486/23
condition [3]  584/10 584/11 601/17
conditions [5]  463/19 464/19 500/4 503/16 566/7
conduct [3]  461/5 487/24 516/5
conducted [10]  465/9 465/13 465/16 465/19 466/8 502/6 504/4 504/7 537/7 537/19
conference [5]  498/5 554/22 592/24 593/17 595/6

configuration [2]  511/17 601/23
configurations [1]  601/25
configured [1]  604/8
confirm [3]  478/24 491/22 492/1
conform [1]  464/20
confused [1]  572/18
confusion [1]  552/23
connect [4]  519/1 550/4 550/11 552/2
connected [1]  595/24
connection [22]  515/9 516/5 516/19 519/16 532/2 532/23 539/2 543/4 545/12 545/13 546/21 549/24 551/3 571/3 571/5 571/15 580/12 602/15 611/20 613/20 618/3 619/22
connector [26]  531/17 531/18 531/18 531/21 531/22 533/1 539/24 540/14 543/11 543/13 543/13 543/18 545/12 545/13 549/18 549/21 551/13 551/20 564/24 609/24 610/19 612/16 612/16 612/18 614/1 614/8
connectors [3]  550/10 551/19 616/10
consequence [1]  496/24
consequences [3]  474/12 497/15 498/2
consequently [1]  507/8
consider [7]  476/2 491/15 532/24 533/17 533/18 536/13 541/11
consideration [6]  559/12 559/15 559/20 570/15 595/16 602/9
considerations [1]  559/19
considered [4]  498/21 519/15 549/4 559/21
considering [1]  564/1
consists [1]  482/4
consortium [1]  585/15
constitute [1]  461/24
construction [8]  554/7 554/20 554/20 554/25 555/2 555/4 555/5 555/11
consultants [1]  555/20
consulting [1]  555/21
contact [1]  481/20
contain [1]  458/5
contained [1]  458/22
containment [18]  498/16 498/17 502/14 562/1 562/1 562/8 562/24 563/1 563/2 563/4 585/13 585/14 585/15 585/21 587/2 600/10 604/6 604/6
contains [1]  483/3
contend [1]  530/1
contending [1]  529/25
contentions [2]  522/9 522/13
context [5]  489/15 489/23 497/1 500/1 516/20
Continental [3]  469/8 493/1 493/12
contingency [3]  477/4 477/6 545/15
continue [4]  504/12 541/3 587/13 614/21
continued [1]  518/4
Continuing [1]  501/22
continuous [1]  605/2
contours [1]  530/18
contract [9]  479/3 482/13 505/4 506/11 506/13 531/12 535/19 535/20 552/1
contractor [8]  479/22 480/9 497/7 497/18 505/23 506/1 527/17 543/9
contractors [1]  564/21 593/5
contracts [2]  478/9 478/19
contribute [1]  594/21
control [145]  460/23 461/2 461/8 461/15 463/4 463/7 466/14 468/23 468/25 470/24 473/22 477/1 477/25 478/5 478/21 478/25 479/7 479/22 480/8 480/11 480/12 481/17 481/18 481/20 481/24 482/1 482/4 482/8 482/10

## C

control... [116] 482/13 482/16 482/19
482/20 483/20 485/2 485/7 485/14
485/21 485/24 486/12 498/18 499/3
504/5 505/5 505/11 505/18 505/21
505/24 511/3 511/6 514/5 515/19
516/10 517/25 518/14 518/16 519/17
520/13 520/16 520/19 521/10 522/11
522/17 522/19 523/5 524/3 524/8
524/13 526/1 526/14 527/20 527/22
528/1 528/11 528/20 534/21 535/19
535/21 536/24 542/5 542/11 543/3
543/8 543/9 545/22 545/24 550/19
551/4 552/1 552/10 552/15 553/1 553/8
555/23 555/25 559/23 565/3 565/24
567/5 568/4 568/19 568/24 570/1
571/11 572/21 573/7 573/9 573/12
575/22 580/4 580/20 580/22 581/2
581/4 581/13 584/15 584/17 585/8
585/17 585/18 586/22 586/24 587/16
589/3 589/6 589/17 589/18 589/23
590/21 590/24 591/12 591/25 592/4
592/9 593/2 593/20 595/15 596/11
596/13 596/17 597/1 597/23 599/22
600/24 602/12
Control's [1] 535/25
control-specific [1] 486/12
controlled [3] 471/4 472/19 483/11
controlling [1] 569/5
conventional [8] 538/24 539/4 556/19
556/24 557/18 557/21 557/23 557/25
conventions [1] 459/10
conveys [1] 467/10
convinced [1] 614/18
convincing [1] 613/24
cookbook [4] 474/24 475/23 506/21
507/1
cooperation [1] 591/22
coordinate [1] 594/6
coordination [1] 593/12
coordinator [1] 589/12
coordinators [1] 589/14
Coots [1] 591/25
copied [1] 468/12
copy [1] 498/9
COREY [1] 452/19
corner [1] 589/25
Corporation [6] 455/11 455/15 538/15
539/6 558/14 558/24
correct [141] 460/24 460/25 461/2 461/3
461/5 461/6 461/10 461/16 461/19
461/22 462/1 463/2 463/9 463/17
464/14 464/17 464/23 465/5 465/21
468/18 468/19 468/21 469/2 471/4
471/5 471/6 471/12 472/9 472/10
472/13 473/4 473/22 474/5 474/9
474/10 474/13 474/14 475/4 478/1
478/5 478/14 478/18 479/11 480/22
482/10 482/11 482/12 482/14 482/18
483/20 484/24 485/9 486/10 486/11
486/21 487/1 487/19 488/11 488/12
488/19 489/2 489/3 489/6 489/14
489/15 489/21 489/22 489/25 491/10
491/16 491/25 492/5 492/9 493/13
494/18 494/19 495/17 495/21 495/24
496/6 496/7 497/19 497/24 498/3
498/10 498/12 498/21 498/22 499/8
499/12 499/17 500/9 500/10 501/10
502/1 502/15 504/10 505/20 505/22
505/25 506/12 513/7 517/4 517/8
551/25 554/3 554/12 554/17 554/20
554/24 555/4 555/11 555/14 555/19
555/23 556/2 556/6 556/13 557/7
557/9 558/19 559/5 559/13 559/15
559/17 560/2 561/18 561/22 563/23
564/2 568/4 568/13 568/21 569/23
576/7 576/10 578/21 580/10 582/7
582/12 623/11
corrected [1] 457/17
correctly [2] 465/8 556/22
cost [5] 487/17 487/21 488/18 489/2
602/9
cost/benefit [4] 487/17 487/21 488/18
489/2
could [85] 459/23 463/6 465/23 469/4
472/9 476/22 478/20 483/21 489/1
490/23 491/10 497/5 505/9 506/21
507/25 511/24 523/3 524/7 529/4 530/1
531/9 531/20 532/1 532/3 532/4 532/9
532/17 532/25 533/19 535/13 535/14
536/9 536/12 538/25 541/14 541/25
543/22 543/22 544/8 544/12 545/24
548/6 548/7 549/4 550/4 550/14 550/23
551/13 551/15 551/19 552/19 552/22
555/1 556/5 557/5 557/18 560/10
562/13 569/8 575/11 591/24 594/1
594/16 597/5 597/7 597/10 598/6
598/17 598/18 598/23 601/2 601/14
601/16 602/8 607/5 613/25 614/7 614/8
614/18 615/1 616/11 616/14 620/14
621/12 622/9
couldn't [5] 459/23 512/12 530/2 536/22
602/24
counsel [1] 457/7
countries [1] 514/17
couple [16] 457/11 458/17 460/21
503/24 531/23 532/4 532/10 532/25
551/14 553/22 554/5 557/16 568/13
576/6 576/24 607/10
course [4] 494/4 501/3 551/8 561/4
court [65] 451/1 455/18 457/23 459/18
459/20 459/21 475/20 486/25 487/12
492/1 492/6 509/9 509/21 512/20
516/20 521/5 521/18 526/21 535/1
535/11 539/21 543/6 545/20 546/21
546/22 551/6 563/17 563/23 566/23
571/13 572/24 574/4 576/13 576/21
577/11 580/2 580/11 580/25 581/7
581/20 582/15 583/22 589/4 590/2
590/20 592/6 597/15 599/23 602/15
605/17 609/9 609/12 610/6 611/18
612/25 613/14 615/11 615/19 617/13
617/14 619/4 620/19 623/8 623/9
623/17
Court's [4] 515/13 546/2 546/10 615/5
courtroom [2] 459/14 527/4
cover [8] 475/25 476/9 481/10 510/19
510/20 510/23 568/6 619/2
covering [1] 558/24
Covington [1] 454/9
crack [1] 621/20
cratered [1] 500/3
create [1] 585/17
creating [1] 567/9
credentials [1] 514/1
crisis [20] 520/15 581/5 581/7 581/8
581/8 581/11 587/20 587/20 588/10
588/19 588/25 589/24 590/6 590/6
590/9 590/12 590/16 592/11 592/17
593/6
critical [3] 475/15 492/18 609/16
critically [2] 490/17 490/20
cross [14] 453/13 459/24 460/15 504/2
511/2 525/5 525/14 525/18 525/19
529/12 553/17 576/20 577/21 579/3
cross-examination [9] 460/15 504/2
511/2 525/5 525/18 525/19 529/12
553/17 576/20
cross-examined [1] 525/14
crucial [1] 536/10
crystal [1] 612/11
cumulative [3] 511/9 517/14 525/21
cumulativeness [2] 512/2 521/3
Cunningham [3] 537/25 538/3 563/11
Cupiagua [1] 582/22
curious [1] 470/8
current [8] 493/8 493/18 493/23 562/1
562/2 579/9 602/21 613/3
currently [1] 579/10
curve [1] 536/17
cut [5] 483/5 520/11 545/8 545/9 616/11
cut-and-paste [1] 483/5
CV [2] 451/7 451/9

## D

D-23 [1] 553/25
D-23215 [1] 581/15
D-23231A [2] 599/21 615/3
D-23249 [1] 613/12
D-23250 [2] 589/1 589/2
D-23769.1.1 [1] 609/10
D-23829A.1.5 [1] 615/25
D-26007 [1] 539/9
D-26009A [1] 544/25
D-U-P-R-E-E [1] 578/23
D.C [5] 453/8 453/16 454/8 454/11
455/16
daily [1] 594/23
Dallas [1] 455/6
damaged [1] 612/19
Damon [1] 588/4
Dan [1] 521/9
Danenberger [2] 468/12 468/17
dangerous [1] 622/12
dark [1] 600/16
data [32] 490/11 492/10 492/12 492/12
493/12 494/1 494/4 494/5 522/25
534/15 534/16 534/22 535/11 535/15
536/5 536/6 536/10 536/16 536/23
536/23 536/25 537/2 538/16 553/3
553/6 553/6 553/11 553/12 565/15
565/20 565/23 565/24
database [1] 491/18
date [8] 466/3 466/24 484/4 502/19
539/14 544/16 544/17 544/18
dated [7] 458/1 498/10 519/13 538/18
542/11 608/1 619/2
dates [5] 547/16 547/16 608/5 608/11
608/13
Daubert [2] 511/14 512/2
David [1] 607/15
DAVIS [1] 454/20
DAVIS-DENNY [1] 454/20
day [24] 451/14 458/24 532/18 535/8
540/10 545/14 545/15 545/15 548/5
561/3 564/21 564/22 565/6 577/13
577/19 589/15 590/5 594/5 595/12
600/23 604/13 609/16 613/1 622/22
days [35] 458/17 475/17 493/8 493/9
493/24 494/3 518/19 518/21 532/4
532/7 532/25 541/12 544/20 545/5
545/16 545/24 545/25 546/7 548/8
548/11 548/15 550/17 551/14 556/6
560/10 560/13 562/6 562/16 563/9
564/18 565/18 567/1 573/23 581/6
576/25
DDII [4] 531/15 604/2 608/8 609/2
DDIII [3] 531/15 537/13 604/2

**D**

DEA [9] 474/9 474/11 497/22 498/1 498/17 498/21 500/11 501/6 528/3
DEA-63 [5] 497/22 498/1 498/17 501/6 528/3
deal [3] 518/13 540/4 569/25
dealt [1] 512/23
Dear [1] 561/20
DEBORAH [1] 455/12
decades [2] 531/9 535/6
decide [2] 566/12 577/25
decided [4] 585/10 585/10 597/2 603/13
decision [5] 510/13 553/1 576/13 602/5 608/16
decisions [2] 460/23 602/9
deep [7] 535/9 537/20 563/13 564/7 564/12 583/11 596/2
deeper [2] 498/23 538/7
deepwater [51] 451/4 454/13 454/14 454/16 454/17 454/19 454/20 461/8 463/9 463/16 465/5 465/17 466/4 471/12 471/24 472/15 475/4 475/11 477/1 492/16 492/19 494/21 495/17 495/20 495/22 498/2 498/21 502/12 503/14 504/5 518/6 530/9 530/10 539/7 540/10 542/23 556/21 558/15 558/22 564/11 564/20 580/3 583/15 584/8 585/8 586/23 587/17 587/25 589/3 592/2 599/10
Deepwater Horizon [8] 466/4 542/23 558/22 580/3 585/8 587/17 587/25 589/3
defies [5] 567/18 567/19 567/20 567/22 567/23
define [4] 487/16 488/22 490/23 491/19
defined [2] 516/12 564/12
defines [1] 528/9
definitely [2] 577/13 612/8
definition [2] 527/16 527/23
definitions [1] 526/25
degree [3] 514/3 581/23 581/25
degrees [4] 474/17 475/12 514/1 612/9
demonstrate [1] 609/20
demonstrated [1] 538/5
demonstrative [3] 546/24 582/16 616/2
demonstratives [2] 527/7 546/22
DENNY [1] 454/20
Department [10] 453/6 453/9 561/17 561/21 590/10 590/10 590/17 591/4 592/21 618/1
depending [4] 545/25 546/15 577/25 608/11
depends [1] 522/7
depicts [1] 599/23
deployed [2] 601/8 601/10
deployment [2] 579/22 608/10
deposition [36] 457/21 457/24 460/5 462/3 463/2 463/13 464/11 469/16 469/24 470/14 473/12 474/1 476/4 479/6 480/23 482/7 482/18 482/25 484/4 488/7 488/14 489/8 490/25 495/11 496/3 503/7 508/16 508/25 528/18 555/16 561/2 569/16 571/2 572/19 573/10 575/11
depositions [6] 458/2 458/3 458/4 458/8 459/9 573/10
depth [4] 523/3 564/14 603/17 603/22
depths [1] 523/9
deputy [1] 472/24
derived [1] 547/11
describe [21] 471/2 516/9 525/11 534/7 542/20 543/6 545/20 551/5 580/24

584/25 592/6 597/15 604/4 605/20 609/3 609/11 610/12 615/4 615/10 616/3 617/14
described [8] 487/12 518/15 524/13 527/25 532/5 540/8 550/17 620/10
describes [1] 621/8
describing [2] 533/19 622/20
description [1] 614/2
design [17] 467/14 480/13 494/17 501/6 511/17 512/5 521/25 522/3 554/24 554/25 555/1 555/4 556/1 556/4 556/7 564/1 566/17
designate [1] 477/6
designated [2] 458/5 458/7
designations [1] 458/6
designed [4] 521/20 529/2 530/10 560/9
designing [1] 523/16
designs [1] 601/9
desirable [2] 490/4 490/7
desire [2] 568/3 568/19
desired [1] 544/2
detail [1] 606/22
detailed [3] 463/3 475/14 596/15
details [2] 458/16 515/20
detection [2] 470/23 470/23
determination [2] 492/18 534/20
determine [2] 488/9 490/6
determined [2] 534/25 567/22
determining [1] 490/3
develop [5] 473/3 495/3 496/15 497/3 506/1
developed [5] 471/2 501/21 505/18 507/10 551/3
developing [1] 485/13
development [10] 485/16 502/20 518/25 526/1 579/11 579/13 579/15 579/17 579/18 582/22
developments [1] 583/5
device [53] 488/18 489/1 523/17 523/22 523/23 526/18 526/20 526/22 526/23 527/1 527/17 527/18 527/20 527/23 529/2 529/4 529/7 529/14 529/17 529/19 530/8 531/9 531/13 537/10 539/23 540/5 540/6 540/10 540/21 541/2 543/10 543/25 544/9 544/16 544/19 548/12 548/13 549/5 549/15 549/25 550/11 563/22 564/4 564/5 564/8 564/10 564/25 565/3 565/13 565/14 565/15 566/9 566/11
devices [14] 488/20 527/5 527/10 528/15 528/23 529/1 530/15 531/6 531/8 533/19 539/5 540/9 564/24 601/3
Dexter [1] 452/20
diagram [1] 543/10
did [103] 458/20 459/2 461/4 462/5 462/17 462/24 463/1 463/21 464/16 464/20 464/25 465/10 465/13 466/10 467/5 476/15 480/24 481/6 484/14 486/8 486/18 487/21 487/21 487/24 487/24 487/25 488/1 488/2 488/3 488/13 489/10 491/1 491/8 491/14 492/2 494/8 495/16 495/19 495/22 495/25 496/7 496/10 496/12 496/14 497/17 502/18 503/7 506/13 511/7 513/13 516/4 518/15 519/16 521/9 521/12 526/9 526/12 528/18 533/21 533/22 547/5 556/22 561/4 561/6 564/12 565/7 567/25 568/2 570/10 571/15 580/12 580/20 581/4 581/12 582/2 582/5 583/3 584/5 584/16 585/7 586/22 587/5 587/8 587/17 588/21 592/21 593/11 595/22 597/22 597/25 598/5 598/16 599/2 599/7 599/14

600/21 602/5 606/1 611/12 614/21 621/25 622/10
didn't [32] 464/8 485/2 487/23 488/9 490/18 491/15 491/22 492/6 517/8 555/16 556/3 556/14 557/23 557/25 559/22 565/12 568/5 568/6 568/23 568/24 597/17 597/18 597/20 599/11 601/19 601/21 601/22 601/23 601/25 605/2 611/17 622/10
difference [9] 457/14 532/12 535/2 535/5 565/1 571/22 575/6 600/14 614/3
differences [1] 475/12
different [36] 474/4 474/17 480/17 486/17 504/21 514/16 514/17 515/2 515/4 523/23 524/4 524/6 524/7 526/24 530/15 532/1 532/2 549/14 549/14 551/18 551/23 552/16 554/3 554/4 567/16 585/16 589/13 600/19 601/4 601/6 605/4 606/5 608/6 617/20 618/5 621/22
difficult [5] 500/16 504/22 610/20 620/15 622/13
difficulty [1] 530/18
diligent [1] 497/13
dimensions [1] 542/22
dire [2] 513/11 584/4
direct [11] 462/21 464/25 465/7 476/4 486/12 516/2 556/18 577/20 579/2 579/4 579/5
directed [1] 466/1
direction [5] 491/20 521/21 521/22 569/12 569/21
directly [2] 594/16 603/24
director [1] 473/20
disagree [10] 476/10 522/13 522/15 549/6 549/7 550/25 551/1 567/7 569/13 569/22
disagreed [1] 569/18
disagreement [1] 551/6
disc [1] 622/19
discharge [1] 471/3
disclaimer [1] 458/21
disconnect [1] 550/11
Discoverer [3] 604/16 604/18 604/20
discuss [11] 512/11 547/5 581/12 581/14 595/15 595/22 596/15 609/8 618/1 619/6 619/7
discussed [10] 464/25 488/17 535/3 597/2 619/21 619/24 619/25 620/1 620/2 620/5
discussing [1] 605/19
discussion [7] 459/11 570/25 571/8 589/16 594/8 594/12 596/2
discussions [2] 572/23 594/14
disk [3] 521/18 521/20 521/22
disks [6] 521/16 522/1 522/10 523/11 620/23 621/11
dispersants [1] 502/16
displaying [1] 600/6
dispute [1] 575/8
disrespect [1] 551/8
distinguished [1] 585/5
distribution [1] 577/4
DISTRICT [5] 451/1 451/2 451/15 623/9 623/9
divers [2] 481/20 482/14
diverter [4] 511/17 511/22 512/3 528/10
Division [1] 453/6
do [190]
Docket [4] 451/4 451/7 451/9 510/6
document [55] 469/6 469/12 469/17 470/10 470/11 470/12 474/15 474/16 474/22 475/3 477/5 477/13 477/14

## D

document... [42] 479/5 479/9 482/6
482/17 485/10 485/20 498/16 498/12
501/25 503/4 503/8 503/9 503/10 504/2
519/10 524/16 528/4 534/7 534/11
535/19 538/14 542/3 542/5 542/6 544/3
545/21 546/13 556/23 556/25 557/3
557/9 557/24 557/25 558/2 558/3 558/6
558/12 560/8 561/4 607/12 607/14
609/11
documentation [2] 465/22 468/1
documents [11] 519/15 528/1 534/4
535/3 546/17 546/18 547/2 547/12
547/12 547/21 568/18
does [37] 468/23 470/13 471/15 474/20
477/5 477/11 478/17 481/25 482/20
483/3 489/10 501/7 502/5 507/21 511/8
517/24 518/12 520/25 521/4 524/17
525/2 525/18 525/22 539/4 540/22
540/24 543/25 544/3 553/7 560/21
568/18 585/25 587/13 597/15 604/24
608/19 609/3
doesn't [5] 500/4 525/6 525/8 527/18
617/10
doing [9] 485/15 562/6 567/15 569/6
585/4 594/17 595/21 604/13 616/15
dollars [1] 518/24
domain [3] 495/3 496/2 507/12
Domengeaux [1] 451/21
DON [1] 453/18
don't [67] 465/11 466/13 466/15 469/15
469/18 472/5 473/12 473/25 478/12
478/13 478/16 482/2 482/9 482/15
492/22 494/20 496/2 496/19 497/2
498/9 502/18 502/22 503/8 507/13
511/18 512/21 512/24 529/11 530/1
533/5 533/15 539/11 540/4 552/15
553/11 555/3 555/16 555/17 560/3
560/6 560/11 560/12 560/20 561/15
562/18 562/20 563/1 565/20 565/25
567/4 570/1 571/21 571/25 572/1
572/10 574/13 575/6 576/14 576/15
576/16 577/21 586/7 597/13 600/12
603/19 612/18 621/10
DONALD [1] 455/3
done [24] 465/15 471/11 495/7 500/25
533/21 537/17 540/17 545/24 551/15
556/14 564/13 564/14 564/15 564/17
565/6 566/4 567/2 593/20 594/8 597/6
613/24 613/25 616/10 617/19
door [1] 555/13
DOUGLAS [1] 453/3
down [46] 465/8 466/23 471/20 487/14
506/6 527/21 527/21 531/16 534/20
536/1 539/17 540/11 540/12 540/13
541/3 541/6 541/13 548/1 549/11
550/20 551/10 552/4 552/14 563/19
565/21 566/9 566/13 587/8 600/7
603/14 603/18 603/22 603/24 607/8
610/15 610/25 614/1 615/24 616/14
616/21 617/2 617/3 617/4 617/11
620/22 621/9
downhole [2] 617/7 617/8
DOYEN [1] 454/19
Doyle [4] 455/18 623/8 623/16 623/16
Dr [1] 484/2
Dr. [26] 460/17 470/6 503/23 503/25
505/20 508/5 508/11 509/25 509/25
509/25 510/12 511/2 512/17 512/20
517/7 517/11 519/5 522/2 524/22
524/24 525/14 528/5 570/21 571/15
571/19 595/9

Dr. Bea [19] 460/17 470/6 503/23
503/25 505/20 508/5 508/11 509/25
509/25 510/12 511/2 512/17 517/7
517/11 519/5 524/22 525/14 528/5
570/21
Dr. Bea's [1] 524/24
Dr. Lewis [1] 522/2
Dr. McNutt [1] 595/9
Dr. Wilson [3] 509/25 512/20 571/19
Dr. Wilson's [1] 571/15
draft [2] 542/15 608/1
drafting [1] 514/20
Drake [1] 513/18
drawing [2] 542/22 543/7
drawings [3] 603/5 603/6 603/7
dressed [1] 588/9
drew [7] 591/1 591/2 591/2 591/3
591/19 591/21 591/23
drifted [2] 613/2 613/2
drill [25] 465/4 466/9 466/14 466/14
466/19 466/24 467/1 467/5 467/11
504/1 504/7 522/18 563/20 567/3
567/11 603/14 604/1 609/25 610/8
611/10 613/4 620/14 620/16 621/14
621/15
drilled [2] 513/24 523/4
drilling [23] 454/13 454/16 454/19
471/25 472/15 475/4 493/1 497/7
497/18 499/23 500/8 513/16 513/25
514/19 537/11 537/13 549/13 564/21
579/18 591/21 606/6 611/9 622/9
drills [4] 465/9 465/13 465/16 504/5
drillship [2] 514/19 605/1
drillships [2] 598/18 604/21
drive [3] 457/23 460/4 509/7
due [2] 496/1 569/24
duly [3] 460/14 513/6 578/20
duplicative [2] 510/8 510/20
Dupree [16] 561/9 561/10 561/16
562/10 567/25 576/3 577/19 578/13
578/19 578/23 579/1 581/17 586/20
589/2 608/15 614/11
duration [2] 493/7 493/18
during [18] 468/6 482/25 492/3 493/1
493/8 493/18 493/20 509/8 522/17
561/4 572/20 585/20 593/9 598/22
608/2 608/13 612/19 613/18
duties [2] 481/19 569/6
Dynamic [3] 619/6 619/24 620/1

## E

E-D-W-A-R-D [1] 513/9
e-mail [8] 519/13 538/15 542/11 575/1
575/1 576/13 588/2 588/3
each [12] 532/19 543/13 543/21 543/22
568/1 586/5 592/18 593/19 593/23
593/24 601/5 607/22
earlier [20] 457/13 464/9 473/19 488/17
490/12 494/17 498/25 502/25 525/19
533/10 536/10 537/3 545/11 583/14
584/14 604/15 612/23 614/13 620/11
620/22
early [15] 535/13 543/25 544/17 577/8
578/3 582/17 582/21 583/13 583/15
585/1 590/9 590/11 591/18 595/2 597/2
Earnest [1] 466/1
East [1] 452/16
eastern [3] 451/2 537/22 623/9
easy [8] 540/17 564/4 564/14 564/15
564/17 564/19 564/24 565/2 566/16
ecocenter [1] 500/10
economic [2] 488/18 489/2
educational [1] 581/21

Edward [1] 509/16 513/5 513/9
effect [5] 465/14 500/7 511/2 602/5
612/14
effective [10] 477/6 487/7 518/16 519/17
520/21 524/2 524/13 552/9 601/20
601/21
effectiveness [3] 466/20 510/12 563/13
effects [1] 502/12
effort [12] 534/20 567/8 569/8 580/22
580/24 591/7 591/17 593/2 597/11
599/1 604/3 607/21
efforts [15] 461/1 559/24 560/1 568/1
580/4 581/4 584/17 585/8 586/22
587/16 589/6 590/21 593/19 604/5
604/24
egged [1] 500/15
eight [5] 545/24 574/1 575/23 576/15
576/16
EISERT [1] 454/6
either [10] 503/25 510/9 521/21 561/25
566/1 572/14 574/10 595/3 609/25
610/1
elected [1] 530/2
elements [1] 486/14
eliminate [1] 565/17
eliminated [1] 489/24
Ellis [3] 453/20 454/2 454/5
Elm [1] 455/5
else [5] 530/4 558/2 594/20 596/10
602/1
elsewhere [1] 572/10
embarked [1] 602/17
embarking [1] 599/24
emergency [20] 465/17 471/18 472/1
472/7 472/13 475/1 477/4 478/1 478/4
478/11 479/11 480/4 483/20 485/22
485/25 486/6 505/15 505/18 506/1
514/21
employ [1] 527/24
employment [1] 582/15
enacted [1] 590/22
encounter [1] 622/14
end [18] 458/24 459/13 460/22 532/18
535/12 560/19 571/9 582/4 587/6
594/18 596/9 606/25 609/15 610/18
610/22 612/1 612/20 622/7
endeavor [2] 506/10 506/25
ended [1] 524/6
ends [2] 558/18 603/14
Energy [5] 455/2 455/7 515/11 590/11
591/4
Enforcement [1] 453/10
engaged [3] 461/11 477/24 478/3
engagement [1] 461/7
ENGEL [1] 453/13
engineer [15] 511/3 514/6 525/6 549/11
550/4 550/18 564/1 582/19 582/20
582/20 582/22 582/23 585/4 597/5
597/7
engineered [8] 507/22 597/5 600/17
601/4 601/6 601/7 601/9 607/17
engineering [35] 480/12 490/4 490/8
494/9 494/13 514/4 522/22 551/3 551/7
556/17 559/14 565/19 566/17 581/24
582/3 585/2 592/2 593/8 598/7 600/7
600/15 601/2 606/11 607/14 607/21
607/24 607/24 609/14 612/25 613/23
614/15 614/21 617/16 617/24 620/7
engineers [4] 507/22 550/23 551/8
589/20
enormous [4] 475/25 476/3 476/9
476/19

**E**

enough [4] 459/25 520/5 617/10 621/13
Ensco [1] 564/20
ensure [3] 471/3 515/7 585/19
entailed [1] 580/25
Enterprise [6] 537/11 604/16 604/18
604/20 605/9 605/11
entertain [1] 574/15
entire [2] 471/21 597/23
entirely [2] 517/14 525/20
entitled [2] 571/1 623/13
environment [5] 453/10 475/4 492/18
494/10 537/20
environmental [3] 453/10 586/2 605/15
envision [3] 550/2 550/4 550/18
envisioned [1] 498/25
equipment [59] 472/7 472/13 475/25
476/3 476/9 476/19 479/16 488/20
488/23 501/6 530/15 531/24 532/13
532/21 532/22 535/7 535/21 536/1
536/24 537/16 540/9 544/23 545/5
552/18 554/4 557/4 557/10 560/17
562/18 562/22 562/24 563/5 585/17
585/18 585/19 586/22 586/25 591/22
598/7 598/15 598/17 598/18 598/22
598/23 598/24 599/5 599/6 599/8
599/11 599/13 599/15 599/17 604/25
606/23 609/4 614/6 614/9 614/10
617/16
equipped [2] 471/18 535/13
equivalency [1] 527/11
ergonomics [3] 554/19 554/21 554/22
eroded [1] 500/15
escape [1] 621/1
especially [2] 592/1 598/17
ESQ [50] 451/19 451/22 452/3 452/7
452/10 452/13 452/16 452/19 452/19
452/22 453/3 453/3 453/7 453/11
453/11 453/12 453/12 453/13 453/13
453/14 453/14 453/15 453/18 453/21
453/21 453/22 453/22 453/23 454/3
454/6 454/6 454/7 454/10 454/13
454/16 454/19 454/20 454/20 454/20
454/21 455/3 455/3 455/4 455/4 455/5
455/8 455/8 455/12 455/15 455/15
essentially [3] 472/6 532/5 588/4
established [2] 488/5 491/18
et [2] 451/8 451/11
etc [3] 522/24 523/3 528/12
ethane [1] 541/22
Europe [1] 587/22
evaluate [1] 534/12
evaluating [3] 490/14 491/2 578/8
evaluation [2] 467/11 479/23
even [15] 461/11 495/1 532/22 537/4
537/15 540/3 541/12 550/23 552/20
554/24 568/15 569/5 571/25 572/1
612/20
evening [3] 577/9 623/1 623/4
event [28] 465/5 465/17 471/11 472/1
472/18 477/25 478/4 478/11 479/20
479/22 480/4 483/11 483/20 485/21
486/5 486/9 496/17 496/24 497/4 498/2
538/17 539/16 552/13 566/15 567/5
586/13 587/21 602/7
events [4] 493/17 497/14 543/9 549/12
eventually [3] 617/4 621/22 621/23
ever [6] 506/24 523/4 525/25 526/12
564/5 567/11
every [23] 473/24 474/4 475/11 494/24
495/13 532/2 535/8 540/10 561/3
564/21 565/6 569/8 582/14 588/14

593/13 593/14 594/18 595/12 596/1
607/20 607/20 613/7 617/5
everybody [4] 538/23 589/21 594/3
594/19
everyone [3] 457/3 560/11 578/18
everything [7] 507/8 531/20 567/2 597/5
597/7 597/8 600/8
everywhere [1] 612/7
evidence [7] 457/20 458/25 524/1
570/14 570/18 570/23 571/11
evidenced [1] 606/2
exact [7] 497/13 525/20 527/8 528/5
537/12 550/3 595/7
exactly [18] 464/13 508/2 510/11 517/6
517/11 517/12 519/5 524/25 529/25
532/25 533/2 533/22 545/25 547/18
558/10 560/6 562/11 607/22
exam [1] 577/20
examination [20] 457/6 460/15 462/21
464/25 465/8 503/21 504/2 511/2 516/2
517/6 525/5 525/18 525/19 529/12
553/17 556/18 576/20 579/3 579/5
580/1
examined [3] 511/2 525/14 548/25
example [10] 510/9 518/23 523/19
524/1 524/18 532/5 536/11 554/15
568/17 601/7
examples [2] 507/15 537/19
excerpt [2] 487/14 496/3
excerpts [1] 505/5
excuse [2] 506/25 507/14
execute [6] 581/3 596/3 600/19 609/13
611/3 617/15
executed [7] 600/17 600/18 601/15
608/20 614/24 615/13 618/5
execution [10] 579/18 600/16 606/7
606/13 606/15 607/1 608/7 614/12
619/25 620/6
executive [2] 583/4 586/11
executives [1] 598/13
exercise [1] 527/22
exercises [1] 551/10
exhibit [11] 457/14 465/23 470/16 481/9
483/9 503/9 509/10 515/21 546/18
557/11 609/10
Exhibit 11465 [1] 457/14
Exhibit 11581 [1] 557/11
Exhibit 142243.268.2 [1] 483/9
Exhibit 142244.1.1 [1] 481/9
Exhibit 8975 [1] 465/23
Exhibit A [1] 515/21
exhibits [16] 457/6 457/13 458/6 458/22
460/7 460/8 570/21 570/23 571/7 571/8
571/8 571/10 572/13 572/14 572/15
572/18
existed [6] 538/7 541/8 560/17 566/7
586/23 599/16
existent [1] 487/8
existing [10] 508/6 524/8 529/7 531/10
531/13 532/25 535/5 536/4 552/21
562/22
expect [7] 468/8 473/21 497/18 520/20
576/14 577/18 577/18
expectation [2] 496/15 497/2
expectations [2] 464/3 497/17
expected [1] 608/5
expects [1] 577/11
expenditures [1] 519/1
experience [17] 477/21 507/10 513/21
514/25 515/20 516/19 523/3 525/6
525/11 526/12 534/22 541/19 544/22
545/19 545/22 547/23 587/1
Experienced [1] 551/10

expert [39] 462/10 485/13 494/17 495/6
515/18 515/21 515/25 521/9 526/19
528/18 544/14 547/2 547/5 548/21
548/25 554/2 554/11 554/16 554/19
554/23 555/4 555/8 555/13 555/14
555/18 555/22 556/11 556/13 565/11
571/16 571/21 572/7 572/13 577/6
expertise [14] 462/16 480/14 495/2
496/1 496/2 504/21 515/20 556/16
591/19 591/20 591/20 591/21 591/21
592/2
experts [26] 472/21 473/6 473/9 473/13
475/18 483/20 484/21 495/3 504/13
504/17 504/19 504/22 504/23 504/24
507/13 521/10 528/20 528/22 549/1
572/1 574/2 575/24 576/25 591/3 618/7
618/8
explain [8] 504/15 521/18 526/21 535/1
538/13 539/13 542/3 599/23
explaining [1] 527/11
exploration [8] 451/10 453/17 453/20
454/2 454/5 454/9 464/22 583/5
explosive [1] 480/14
exposure [1] 490/1
expression [1] 567/18
extent [7] 463/6 464/1 478/15 510/21
517/9 550/22 574/1
external [1] 618/10

Exxon [3] 495/25 496/6 496/7
Exxon's [3] 482/3 483/2 483/7
ExxonMobil [1] 483/13
ExxonMobil's [1] 483/25
eye [2] 613/6 613/7

**F**

fabricate [1] 545/13
fabrication [1] 551/10
face [1] 520/3
faced [1] 475/16
facilities [1] 554/14
facility [4] 471/18 472/19 472/23 483/12
facing [1] 601/12 601/16 605/16
fact [32] 474/15 476/12 477/24 482/2
489/4 491/19 497/15 502/3 504/24
508/6 510/9 517/15 527/6 530/22
544/10 546/19 557/15 559/19 560/2
560/18 563/18 570/16 570/16 571/13
573/8 573/17 575/24 576/7 576/9
588/21 604/15 611/17
factors [3] 475/21 554/22 554/24
Fahrenheit [1] 612/10
fail [2] 518/9 521/22
failure [1] 569/8
fair [2] 459/25 513/20
fairly [5] 498/9 559/13 602/19 603/10
610/21
fairness [1] 576/17
fall [2] 613/22 622/6
fall-backup [1] 622/6
fallen [1] 545/8
familiar [12] 469/12 470/7 470/11
472/23 497/11 522/9 523/16 524/9
555/6 560/20 561/6 599/25
family [1] 584/3
Fannin [1] 454/16
far [5] 497/1 533/14 566/12 568/5 597/9
fashion [1] 570/16
fast [2] 485/4 575/5
father [1] 513/16
FCRR [3] 455/18 623/8 623/16
feasibility [5] 530/5 530/19 531/6 537/18
539/10

## F

feasible [10]  477/21 528/16 528/23
 529/1 529/13 530/8 530/24 530/25
 531/8 550/9
February [1]  498/10
February 21 [1]  498/10
federal [11]  469/7 589/12 590/1 590/3
 590/13 590/14 590/15 590/19 590/21
 590/22 619/16
feedback [1]  618/12
feel [2]  540/1 571/23
feels [1]  574/4
feet [6]  564/11 564/13 566/6 621/12
 621/22 622/11
fellas [1]  576/19
Fellow [1]  582/1
few [13]  462/20 464/6 494/16 497/23
 531/24 532/7 550/17 552/7 558/11
 599/5 599/6 599/7 615/7
fewer [1]  554/2
field [17]  468/20 473/6 473/9 473/15
 478/7 504/14 504/17 504/20 516/1
 532/6 551/10 554/8 554/14 555/24
 571/16 571/18 572/10
field-related [1]  554/8
fields [2]  453/23 582/23
Fifteenth [1]  454/7
fifth [1]  572/15
Figure [8]  488/1 548/20 548/21 548/22
 549/8 549/17 549/18 549/23
Figure 1 [2]  549/17 549/18
Figure 4 [4]  548/20 548/21 549/8 549/23
file [9]  457/5 457/20 509/6 574/10
 574/12 574/13 574/17 574/19 575/16
filed [1]  511/14
files [1]  575/20
filing [1]  574/25
fill [1]  489/17
filter [1]  568/16
final [2]  520/9 552/8
finalized [1]  614/15
finally [2]  571/14 592/4
financial [1]  465/4
find [5]  458/25 601/6 603/19 603/19
 621/22
finder [1]  530/22 570/16
findings [8]  459/12 459/19 493/5 570/16
 571/13 573/17 574/10 574/23
fine [1]  494/15
finished [2]  523/24 579/3
fire [2]  480/11 588/4
firefighting [2]  479/24 480/11
Firm [1]  452/6
first [56]  457/11 460/22 469/3 472/6
 474/16 483/23 484/2 490/17 490/20
 493/16 496/4 497/25 513/13 513/19
 514/14 515/13 515/15 534/11 537/13
 542/6 542/10 542/15 545/4 551/3 551/7
 557/16 558/16 559/8 562/17 565/15
 571/24 574/11 574/17 574/17 576/3
 576/18 576/24 577/12 578/10 581/20
 589/15 590/5 593/16 597/12 600/2
 600/18 602/12 602/17 605/20 607/12
 609/9 609/10 611/23 613/1 613/15
 619/4
fit [2]  529/8 592/6
FITCH [1]  455/15
fitted [1]  530/14
five [12]  458/10 459/9 459/12 459/15
 459/17 459/19 459/23 573/2 573/25
 575/24 578/14 601/8
flange [7]  540/15 549/24 550/12 550/15
 551/11 551/11 551/20
flanges [3]  511/25 527/5 533/8
 545/14 550/3 550/14 551/18 551/24
flare [1]  604/25
flash [1]  509/7
fleet [2]  603/11 604/21
FLEMING [1]  455/5
flex [1]  613/7
flex [5]  540/14 549/5 549/25 601/21
 614/7
flexible [2]  598/18 616/10
floating [3]  498/18 499/3 538/7
floor [6]  454/21 592/15 592/23 592/24
 592/25 594/10
Florida [1]  452/5
flow [36]  491/14 491/15 507/24 516/24
 518/2 518/9 518/20 518/22 520/24
 521/1 521/3 526/23 527/2 527/2 527/21
 533/1 533/4 533/15 536/24 538/3 540/3
 541/3 541/5 543/20 544/4 548/11
 548/15 556/13 589/6 591/5 591/6 591/8
 591/9 601/24 604/7 615/23
flowed [1]  518/19
flowing [23]  491/9 493/19 518/3 523/10
 524/17 539/17 540/2 540/5 540/6
 540/25 541/1 552/15 563/21 563/22
 563/25 564/4 564/8 564/25 566/5
 610/13 610/25 611/11 611/12
fluid [3]  522/23 523/2 616/25
FLYNN [1]  453/7
focus [4]  464/6 500/24 516/4 536/5
folks [3]  467/1 592/22 619/15
followed [5]  463/25 515/4 575/24 576/6
 577/24
following [8]  479/3 558/23 558/25
 559/11 562/4 570/10 570/19 601/18
follows [4]  460/14 471/14 513/6 578/20
footage [1]  592/15
force [3]  540/4 615/24 617/1
forced [2]  568/23 569/7
forces [1]  540/21
forecast [1]  507/7
foregoing [1]  623/10
foremen [1]  477/24
foresee [1]  507/12
foreseeable [4]  518/5 518/8 518/13
 529/17
forget [1]  535/10
forgot [2]  485/5 572/12
forgotten [1]  598/2
form [3]  482/3 595/20 612/11
formation [8]  482/17 485/24 563/19
 590/13 611/14 612/1 612/2 612/4
formed [1]  590/14 591/8 591/9 612/5
forms [1]  571/2
formulated [1]  477/16
formulating [1]  477/21
forth [6]  458/16 511/3 558/8 559/10
 570/13 599/2
forthcoming [1]  501/19
forums [1]  585/5
forward [20]  486/25 499/10 510/13
 560/8 560/11 562/5 562/15 562/21
 564/16 565/7 581/1 588/2 590/25 603/3
 606/24 608/16 609/15 611/4 614/14
 614/19
forwarded [1]  588/3
FOSC [1]  576/17
found [3]  477/3 498/17 571/24
four [4]  459/11 532/1 546/14 580/17
frame [4]  517/17 547/25 548/10 608/10
framework [1]  527/11
FRANK [1]  452/16

free [2]  540/1 611/17
frequency [5]  490/15 490/20
 490/22 491/4 492/3
frequently [3]  564/14 564/15 564/17
fretting [1]  536/25
friend [1]  507/16
Frilot [1]  454/12
front [2]  460/22 479/1
frustrating [1]  508/8
frustration [1]  520/18
full [3]  513/7 573/23 578/21
fully [1]  505/18
function [4]  520/18 527/20 527/25
 556/17
functional [3]  527/11 527/16 527/23
fundamentally [1]  486/11
funny [1]  572/5
further [6]  502/9 508/9 559/14 570/3
 570/5 609/8
future [3]  585/22 597/19 601/13

## G

G21 [1]  470/11
game [1]  520/4
Gantt [5]  595/17 607/14 607/24 608/19
 609/3
gas [18]  469/7 513/14 513/15 513/23
 513/24 514/4 514/10 514/21 515/1
 515/19 516/19 525/7 541/21 541/23
 546/9 560/5 582/6 582/10
GASAWAY [1]  454/6
gathered [1]  536/10
gauges [4]  535/14 535/14 535/16
 543/23
gave [4]  465/12 470/14 571/17 571/21
gears [1]  544/13 552/8
general [6]  471/2 475/1 487/15 522/14
 529/1 592/24
General's [2]  452/18 452/22
generally [8]  561/12 575/6 580/25 590/4
 591/6 604/4 606/16 609/12
generate [3]  474/23 552/25 561/25
generation [2]  501/9 513/15
gentleman [3]  536/20 565/16 607/15
gentlemen [1]  622/8
get [53]  488/25 491/25 511/9 527/13
 528/11 536/2 536/8 536/16 536/23
 536/23 537/1 538/16 547/25 551/11
 552/5 552/6 553/22 556/19 557/5
 562/22 565/15 565/19 565/23 566/24
 569/1 576/12 577/13 577/16 578/12
 584/5 585/20 586/7 586/12 587/3
 587/21 587/23 588/19 590/11 592/8
 593/22 602/22 602/24 606/22 607/6
 610/9 610/22 616/11 616/19 617/7
 617/11 617/17 618/10 622/17
gets [2]  603/15 617/1
getting [3]  517/10 532/6 572/18
Gibson [4]  521/10 522/14 522/20 523/8
Gibson's [3]  521/12 521/15 522/13
give [18]  460/9 462/5 462/17 463/21
 464/16 480/24 481/6 486/4 488/13
 489/10 491/1 511/7 524/1 525/22 572/6
 578/6 590/23 615/23
given [7]  486/20 526/11 574/4 575/19
 593/10 598/14 599/8
giving [1]  502/25
glad [1]  557/2
GLADSTEIN [1]  453/14
global [3]  484/1 579/15 587/10
globally [3]  481/2 483/24 484/11
GmbH [1]  451/8
go [68]  465/23 466/6 467/7 469/4

G

go... [64]  470/19 481/13 486/5 487/11
487/14 497/5 499/10 500/11 502/3
505/9 506/3 508/22 510/13 512/6 512/9
516/22 519/8 519/19 520/4 521/4
527/13 528/3 531/3 531/3 534/1 542/17
542/25 543/11 546/5 548/21 551/25
552/14 557/5 557/12 559/13 562/22
565/7 566/1 568/17 568/24 572/4 572/9
576/4 577/24 578/12 594/18 597/12
600/7 603/19 603/21 607/8 607/10
608/16 608/17 609/17 610/4 613/13
614/14 616/5 616/25 617/2 617/7
617/23 623/2
goal [3]  510/25 567/12 617/6
Godley [1]  509/5
Godwin [3]  455/2 455/3 455/7
goes [6]  472/12 506/17 507/16 511/25
570/18 613/16
going [87]  458/16 464/5 469/21 472/3
476/4 480/7 486/4 486/23 486/24 496/3
503/23 505/7 507/3 512/25 517/14
517/16 517/18 521/2 521/24 522/7
525/3 525/10 528/7 528/8 531/23 532/5
541/3 546/16 548/20 550/18 552/8
552/23 553/22 563/20 566/12 567/10
570/14 574/2 576/17 577/4 577/7
577/16 578/6 579/3 582/13 587/22
587/25 594/4 594/10 594/11 599/13
600/1 601/12 601/20 601/22 603/3
603/16 603/18 603/18 607/3 608/15
609/19 610/7 610/12 610/18 610/19
611/2 611/2 611/16 611/24 612/10
612/11 614/14 615/7 615/18 617/4
617/11 617/22 619/6 620/12 620/17
621/2 621/3 622/6 622/10 622/17 623/1
going-forward [1]  603/3
gone [3]  573/22 602/2 611/1
good [20]  457/4 457/10 460/17 460/18
472/5 477/10 485/14 485/17 507/15
517/20 520/3 532/19 553/19 553/21
562/10 567/6 570/7 575/2 579/1 623/4
got [16]  475/18 479/1 504/23 512/9
513/22 523/24 573/25 576/9 583/11
584/1 587/18 588/9 593/16 602/18
610/8 610/10
government [18]  461/17 558/7 563/8
565/9 568/2 568/7 568/18 569/1 590/23
594/25 614/16 618/8 618/22 618/23
619/9 619/15 619/22 621/7
government's [1]  569/11
graduate [1]  582/2
graduated [1]  582/5
Grand [1]  454/21
grandfather [1]  513/16
GRANT [1]  454/20
granted [1]  584/2
great [1]  540/4
GREENWALD [2]  452/10 503/19
Gregg [1]  457/12
grew [1]  513/17
groundwork [1]  553/24
group [10]  480/22 481/18 483/1 483/5
484/1 507/17 591/6 591/7 591/8 592/20
groups [1]  552/16
Guard [10]  467/3 514/9 590/5 590/7
590/8 592/19 593/8 594/1 595/10
619/12
guess [7]  525/7 538/22 573/3 573/3
576/16 593/11 611/3
guidance [1]  470/17
guide [4]  485/2 485/7 485/14 608/10

guideline [1]  486/12
Guidelines [1]  477/12
guiding [4]  596/25 597/3 597/22 598/4
GULF [36]  451/5 469/8 473/21 481/10
485/2 485/8 488/10 492/1 514/15
518/6 531/11 532/3 532/21 534/16
534/23 539/7 539/17 558/15 569/5
580/6 580/8 581/9 583/2 583/9 583/15
583/23 584/8 584/9 584/18 584/19
585/6 587/9 587/12 588/12 599/10
605/14
GWENDOLYN [1]  455/8

H

had [153]  461/7 461/9 461/11 461/14
461/15 461/17 461/18 461/20 461/21
465/3 465/9 465/12 466/12 469/1
477/24 478/9 485/1 485/6 499/12 503/1
507/18 507/23 507/23 511/18 513/16
514/20 516/15 516/21 517/7 523/3
523/23 523/23 524/4 524/7 525/17
529/3 529/8 530/2 530/2 530/4 531/8
531/14 531/14 531/19 532/19 532/22
533/23 534/24 535/10 535/11 535/18
536/14 537/2 537/7 537/14 537/15
538/4 539/7 540/25 541/12 541/13
543/9 544/6 544/6 544/10 545/8 545/8
545/8 545/25 546/12 550/24 557/4
557/10 560/9 561/10 561/14 562/13
563/15 563/16 563/21 563/22 563/25
564/3 566/3 568/25 569/1 569/7 569/8
572/8 572/13 572/22 572/25 575/9
580/15 580/17 581/1 583/7 583/11
583/20 588/23 591/14 592/7 592/11
592/14 592/17 592/19 592/21 592/23
592/23 593/9 593/13 593/20 594/6
594/22 595/7 595/12 596/2 596/17
596/19 596/22 598/14 599/2 599/5
599/7 599/9 599/12 601/12 601/16
602/1 602/2 602/3 602/4 602/7 603/5
603/10 603/11 603/24 606/14 607/19
607/23 609/6 609/20 611/20 612/4
612/24 613/3 614/11 614/18 614/25
616/10 616/10 616/13 617/22
half [5]  561/3 573/24 582/25 584/3
607/6
halfway [1]  573/24
Halliburton [5]  455/2 455/7 457/25
509/15 515/11
hand [3]  589/25 591/5 598/6
handed [1]  587/10
handling [1]  553/3
hands [1]  537/1
happen [1]  586/6
happened [3]  530/3 587/19 602/15
happening [2]  593/22 612/6
happens [3]  535/8 540/8 550/5
happy [2]  574/11 615/4
harder [1]  577/22
HARIKLIA [4]  453/21 509/20 553/19
579/2
Hariklia Karis [2]  553/19 579/2
HARVEY [1]  453/14
has [40]  457/7 479/14 479/15 484/3
488/5 490/1 496/14 498/15 510/3
510/21 512/3 517/24 518/2 521/5
524/15 527/1 527/2 530/11 530/14
535/6 536/1 536/15 540/12 543/10
543/13 544/16 546/22 552/5 563/3
573/25 578/7 580/11 592/2 592/12
604/21 604/22 605/17 613/6 614/9
615/11
hashing [1]  600/15

Hat [4]  600/9 601/9 604/10 612/21
have [315]
haven't [3]  466/15 489/12 598/2
having [15]  460/14 473/6 473/9 473/14
483/17 504/19 509/24 513/6 537/19
552/9 552/12 552/15 578/20 594/14
594/23
HAYCRAFT [1]  453/18
hazard [1]  475/21
HB [1]  455/18
HB-406 [1]  455/18
he [79]  459/8 473/21 473/24 473/25
474/3 474/3 496/14 497/20 504/15
505/5 507/18 507/23 510/12 510/14
510/15 511/2 511/3 511/4 511/5 512/6
512/9 517/17 523/9 525/5 525/6 525/7
525/14 528/7 528/8 547/12 547/12
547/15 550/17 561/13 561/14 561/20
561/24 562/10 562/14 562/17 562/17
562/24 563/1 563/4 567/25 567/25
571/17 571/20 572/6 575/5 575/20
577/11 577/16 577/20 578/2 578/5
578/5 587/24 588/2 588/3 588/8 588/8
590/25 591/2 591/2 591/3 591/12 594/3
595/3 595/4 595/11 595/18 596/9
598/12 598/12 598/15 598/25 607/18
607/19
head [3]  545/12 579/20 591/11
headquarters [3]  582/24 582/25 583/19
heads [1]  520/11
hear [5]  491/24 504/23 556/3 556/22
594/16
heard [16]  509/24 512/17 520/24 524/22
536/20 540/18 546/23 547/19 567/18
580/11 590/19 595/7 597/13 605/18
611/18 615/11
Hearing [1]  509/11
heavy [2]  610/8 611/10
heavy-weight [2]  610/8 611/10
held [12]  554/11 554/16 554/19 554/23
555/3 555/8 555/13 555/18 580/2
580/15 582/14 589/14
help [6]  495/3 569/9 588/5 591/24
598/23 598/25
helpful [2]  470/9 491/21
helping [2]  540/4 598/6
her [2]  584/11 591/14
Herbst [8]  464/3 473/20 473/20 496/14
496/22 508/17 508/25 512/17
Herbst's [1]  464/5
here [74]  459/14 460/21 465/8 466/6
466/17 466/24 475/17 479/17 479/13
480/8 483/2 484/18 492/2 496/4 500/14
502/22 505/21 511/4 525/23 535/20
538/21 539/7 540/2 540/18 541/1
542/21 549/17 549/20 550/13 556/19
562/10 566/3 567/25 568/6 569/4 572/1
573/14 576/4 581/17 582/16 584/23
586/9 589/13 589/25 591/5 592/4
600/13 603/8 607/8 609/21 609/23
609/24 610/10 610/11 610/13 610/18
610/19 610/24 611/15 612/16 613/16
613/16 613/19 614/1 614/8 616/9
616/14 619/20 621/18 621/19 621/24
622/2 622/8 622/23
hereby [1]  623/10
Herman [3]  451/18 451/18 451/19
hero [1]  507/21
high [11]  468/15 475/21 496/24 498/2
534/12 534/13 534/21 595/17 595/19
615/21 622/9
high-hazard [1]  475/21

high-level [1] 595/17
high-rate [1] 615/21
high-volume [3] 534/12 534/13 534/21
higher [1] 617/3
highest [1] 468/6
highlight [3] 479/19 481/14 505/10
highlighted [1] 538/21
highly [1] 610/16
him [25] 468/14 510/19 513/1 515/25
516/16 516/22 522/22 525/10 547/18
549/6 569/25 571/16 576/4 576/4
583/20 583/21 583/21 588/6 595/9
595/12 595/13 595/14 595/20 596/3
598/14
HIMMELHOCH [1] 453/15
his [34] 468/17 505/4 509/22 510/3
510/10 511/8 511/15 511/23 512/23
515/21 515/21 515/23 515/24 516/18
516/19 516/20 522/6 525/11 530/20
540/19 547/8 547/13 548/23 549/3
565/17 571/17 571/17 572/14 575/20
591/3 596/8 607/16 607/20 607/23
historic [3] 487/17 487/24 490/13
historical [2] 490/11 497/1
history [1] 582/15
hit [2] 612/9 622/9
hitting [1] 605/14
hold [3] 468/14 510/17 554/2
Holders [1] 469/8
holding [1] 555/22
Holdings [3] 454/12 454/15 454/18
Holt [2] 508/19 509/1
home [5] 520/5 555/11 587/18 587/21
587/23
Honor [64] 457/4 457/9 457/10 457/19
458/13 458/20 458/24 459/5 459/7
507/4 508/24 509/5 509/14 511/12
512/1 513/3 515/17 516/11 517/5
517/16 517/21 519/2 521/2 521/24
524/21 525/5 525/13 526/16 527/3
527/9 528/4 528/25 530/17 546/16
547/10 547/14 553/16 570/5 570/7
570/9 570/12 570/18 570/24 571/4
571/14 572/5 572/12 572/22 573/6
573/21 574/8 575/2 575/12 575/16
576/2 577/3 577/10 578/1 578/12
578/13 578/16 578/24 615/4 622/24
Honor's [1] 570/5
HONORABLE [1] 451/15
hope [3] 454/3 465/8 573/17
hopefully [1] 616/20
hoping [1] 458/21
HORIZON [10] 451/4 466/4 542/23
543/12 558/22 580/3 585/8 587/17
587/25 589/3
Horizon's [2] 538/25 557/19
hose [1] 540/2
hoses [1] 598/18
hospital [1] 554/16
hosted [1] 561/22
hours [13] 493/19 531/23 566/18 566/23
567/1 567/2 567/8 573/23 573/24
593/20 593/21 594/8 594/9
Houston [22] 454/17 455/9 530/12 569/4
579/24 579/25 580/23 581/9 584/4
584/10 584/12 584/13 589/19 589/23
590/10 590/16 591/12 591/14 592/8
592/11 593/3 593/4
Houston-based [2] 593/3 593/4
how [53] 458/8 459/2 467/5 474/12
486/9 486/22 491/9 491/14 491/15

498/1 519/1 520/9 525/12 530/1 532/7
534/20 543/7 547/3 547/5 548/11 550/1
553/7 557/10 561/12 564/3 566/13
566/17 566/23 566/23 566/23 566/24
575/16 576/11 577/11 577/21 580/15
581/4 587/5 587/16 592/6 593/1 593/1
593/11 594/6 595/25 599/3 600/10
601/20 601/21 606/18 615/19 616/3
617/13 620/11
however [1] 501/23
huddle [1] 595/6
Hudson [1] 507/23
huge [3] 553/10 568/25 569/7
huh [1] 572/1
human [2] 554/22 554/24
hundreds [2] 513/24 551/23
Hunter [1] 619/12
hydrate [9] 540/25 541/4 611/14 612/1
612/2 612/5 612/8 612/11 620/16
hydrates [14] 541/1 541/8 541/15
541/18 541/19 541/24 591/20 610/14
610/20 611/18 611/19 612/7 620/12
620/12
hydraulic [2] 545/9 571/19
hydrocarbon [5] 491/19 492/13 492/17
612/9 622/10
hydrocarbon-bearing [1] 622/10
hydrocarbons [19] 518/9 538/3 541/20
541/22 600/1 604/9 604/22 604/23
605/1 605/5 605/8 605/8 610/13 610/20
610/25 611/11 620/25 621/2 622/7
hydrostatic [1] 522/23

I

I'll [17] 469/19 471/17 475/10 480/7
494/14 504/21 511/7 511/10 512/7
515/25 516/22 523/13 525/22 527/13
560/22 574/15 578/14
I'm [86] 460/19 463/18 469/22 472/3
476/4 478/24 485/4 493/15 495/1 495/6
495/9 496/3 497/12 500/24 502/19
503/23 504/15 505/2 505/7 506/4 506/4
507/3 509/20 510/3 511/9 512/25
513/15 514/5 514/6 516/18 517/17
521/2 521/24 521/24 528/6 528/7 529/9
529/24 530/23 530/25 533/19 534/10
534/22 540/18 546/5 546/16 550/2
552/8 554/6 554/25 555/6 555/12 556/3
557/2 557/13 558/17 560/19 560/20
562/7 562/8 562/12 564/8 564/19
565/13 566/9 569/24 572/21 574/11
574/20 575/16 575/22 577/15 579/3
579/4 579/10 579/15 579/20 579/21
579/24 586/25 596/10 604/5 610/23
611/2 613/11 615/4
I've [19] 469/16 470/12 475/17 479/1
504/20 513/22 513/24 514/8 514/9
514/15 514/16 514/18 515/2 515/3
515/4 534/10 564/8 576/9 610/23
IADC [6] 477/1 498/5 501/25 502/3
502/16 502/19
Iain [2] 528/19 548/25
ice [3] 534/10 612/4 612/11
idea [5] 501/9 559/21 566/17 601/12
601/16
idea-generation [1] 501/9
ideal [6] 544/14 544/18 545/17 548/5
548/6 604/24
Ideally [1] 550/10
ideas [3] 538/16 558/8 559/10
identical [2] 483/8 544/11
identified [9] 489/5 489/12 547/17
550/23 577/16 578/2 618/18 618/20

618/21
if [138] 464/6 464/20 465/23 466/8
466/15 466/23 469/4 469/22 470/19
477/13 478/10 478/19 479/13 479/19
480/7 481/13 481/14 483/9 485/10
485/19 488/24 489/8 489/17 490/18
493/4 493/15 493/15 494/7 497/5 499/2
499/10 499/23 500/2 500/7 500/11
500/24 501/5 501/12 502/3 502/1
504/19 505/9 505/13 506/3 506/5 506/9
509/17 511/8 512/6 520/20 523/12
524/17 525/13 527/18 530/2 531/22
533/15 533/16 536/1 536/15 536/17
536/18 537/6 538/22 541/12 544/1
548/12 548/12 548/16 549/15 550/18
552/18 552/20 553/11 553/24 557/12
557/17 558/17 559/8 560/16 560/23
561/7 562/13 562/15 565/21 565/22
566/3 566/14 567/6 567/10 572/3
574/13 574/17 574/25 576/12 576/17
577/7 577/19 578/3 581/15 589/1
594/20 596/2 598/10 599/21 601/14
601/15 601/23 603/14 603/23 603/23
605/4 606/23 607/5 607/5 607/8 610/11
610/22 610/23 610/24 610/25 611/16
613/8 614/14 617/3 618/25 619/18
620/14 620/16 620/16 621/2 621/2
621/10 621/10 621/19 622/6 622/15
622/16
II [2] 501/13 501/22
ill [1] 584/1
Illinois [1] 453/24
immediate [5] 517/10 517/11 559/1
588/15 600/4
immediately [19] 518/21 520/16 531/12
533/24 537/1 539/6 552/13 552/17
567/4 588/9 588/16 588/20 588/21
588/24 600/1 600/8 601/14 612/1
621/10
impact [1] 622/2
impacted [1] 603/2
impeachment [1] 469/19
impingement [1] 541/5
implemented [3] 486/9 486/16 486/18
important [12] 477/20 490/21 507/8
533/17 533/18 536/12 552/25 569/25
569/25 585/10 585/11 607/21
impossible [3] 474/23 508/2 508/5
impression [4] 475/18 497/12 547/7
613/16
impressions [2] 613/10 613/13
improper [1] 572/3
improve [1] 561/25
improving [1] 586/5
IMT [3] 588/7 588/11 588/18
in [665]
inability [1] 520/18
inaccurate [3] 553/7 553/8 553/9
inadmissible [1] 458/25
INC [15] 451/11 453/18 453/21 454/3
454/6 454/10 454/13 454/14 454/16
454/17 454/19 454/20 455/3 455/8
515/11
inch [7] 531/25 551/18 620/18 620/24
621/1 621/3 621/11
incident [29] 461/4 465/5 466/4 472/24
479/22 485/6 485/22 485/24 494/22
496/17 496/25 505/18 529/22 538/3
558/23 563/11 563/12 580/3 580/16
580/18 580/21 584/15 587/17 588/6
588/11 588/22 588/24 589/8 596/24

**I**

incidents [2] 505/12 586/6
include [6] 472/15 485/23 573/10 573/11 599/14 618/15
included [2] 471/15 479/10
includes [4] 468/23 470/23 556/1 593/8
including [16] 467/2 472/23 514/16 526/8 531/11 531/21 559/25 560/8 562/20 563/8 564/1 573/14 577/3 591/25 594/25 619/15
incomplete [1] 575/17
incorporate [1] 584/20
incorporated [1] 586/14
increase [1] 562/1
independently [1] 461/4
indicate [4] 540/22 540/24 543/15 549/10
indicated [1] 463/8
indicating [1] 549/23
indications [1] 607/2
individual [2] 471/20 588/23
individuals [5] 477/7 536/8 591/19 608/23 619/21
industrial [1] 489/23
industry [69] 463/4 463/6 463/8 463/15 463/19 474/9 488/10 494/20 494/23 499/2 501/19 501/20 513/14 514/10 514/10 514/21 516/7 516/20 522/4 525/7 525/9 526/12 526/25 527/24 527/25 530/14 531/9 531/19 532/7 535/6 535/9 536/4 538/8 538/17 540/10 541/19 546/6 557/4 557/10 558/7 559/24 560/14 561/17 562/5 564/13 564/16 564/20 565/6 582/6 582/10 584/24 585/5 585/21 585/24 586/12 586/18 589/20 591/15 591/18 597/9 598/5 598/8 598/13 598/25 600/4 616/18 617/18 618/7 618/15
infer [1] 473/25
information [18] 470/21 473/1 477/16 492/25 518/23 520/17 552/25 553/3 553/7 553/8 553/9 560/16 571/11 586/4 586/4 594/20 594/24 618/23
initial [1] 464/22
initially [5] 524/5 533/6 535/24 565/24 586/2
initiated [2] 600/1 603/10
Initiation [1] 501/13
initiative [1] 585/24
inject [3] 616/12 617/19 617/21
injected [2] 616/23 616/24
injection [4] 502/8 615/20 615/21 621/25
inquire [1] 577/11
insertion [1] 600/9
inside [9] 601/5 601/23 601/25 610/9 610/10 611/10 616/13 617/20 617/21
install [3] 544/19 545/15 613/25
installation [1] 514/9
installed [1] 544/6
instances [1] 477/15
instead [2] 536/25 565/17
Institute [2] 554/13 586/10
instituted [1] 471/2
instruction [1] 485/21
instructions [1] 486/5
instructor [1] 554/6
intakes [1] 507/24
integration [2] 608/9 608/13
integrity [17] 522/17 533/17 533/23 535/15 536/14 536/15 537/3 565/25 566/1 566/3 567/23 612/17 613/19 614/1 621/11 622/17 622/19

intend [3] 510/19 510/20 511/19
intended [3] 449/21 557/2 608/10
intent [2] 501/18 597/3
interactions [1] 614/16
interactive [1] 507/19
intercept [1] 492/4
interest [4] 510/23 578/2 582/13 586/5
interested [2] 530/23 598/15
interesting [1] 567/14
Interests [1] 452/19
interface [3] 593/18 594/23 595/5
Interior [6] 561/18 561/21 590/10 590/17 592/22 618/1
internal [1] 461/20 519/13
international [1] 554/22
interpret [1] 503/16
interpretation [2] 471/24 512/16
interrupt [3] 517/5 521/25 613/11
interrupting [1] 495/9
intersect [3] 491/10 491/16 491/23
intervene [2] 600/2 610/20
intervening [1] 499/25
intervention [7] 472/16 480/13 494/12 499/19 600/3 600/19 606/8
into [39] 457/20 459/20 491/9 491/22 501/22 511/9 517/10 517/14 527/13 553/22 559/20 563/20 568/24 569/7 570/14 570/23 571/10 572/14 572/16 577/24 584/20 585/20 587/3 588/9 588/19 591/18 596/9 606/22 607/3 615/21 615/23 615/24 616/19 616/20 616/24 617/11 617/23 621/22
introduce [3] 457/20 509/7 573/3
introduced [6] 457/6 570/20 570/23 571/3 572/20 573/1
introductory [1] 478/21
investigate [2] 492/6 590/23
investigation [1] 491/9
invited [6] 504/15 560/1 560/3 560/6 598/12 598/12
inviting [1] 618/7
involved [13] 467/1 486/24 526/1 526/4 569/1 589/16 590/2 590/4 590/11 590/12 590/16 593/1 597/23
involvement [5] 514/20 586/20 586/21 587/13 590/20
involves [2] 470/20 473/2
involving [2] 504/8 504/8
Iron [1] 519/13
Irpino [4] 452/6 452/7 457/11 459/6
is [382]
islands [1] 534/10
isn't [8] 463/5 474/25 475/9 492/11 499/4 500/12 501/17 504/4
isobutane [1] 540/9
issue [29] 472/12 491/22 492/24 509/17 509/21 510/5 511/15 512/3 512/19 516/14 517/8 521/4 524/25 527/5 528/5 528/7 529/5 537/18 546/19 555/1 569/25 570/1 572/21 575/4 575/9 575/18 603/15 615/12 621/8
issued [1] 497/24
issues [27] 500/23 511/16 511/20 511/21 512/2 512/15 514/2 522/4 523/5 533/18 541/1 541/7 554/8 555/1 605/15 605/17 606/11 606/13 606/15 611/15 614/19 614/21 614/25 615/11 619/25 620/7 620/22
it [362]
it's [85] 458/23 463/3 466/16 466/17 470/5 474/15 475/3 479/2 480/3 480/5 481/5 484/6 485/16 486/17 498/8 500/12 500/19 501/18 504/4 510/22

511/21 512/22 522/15 524/16 525/4 534/23 537/10 538/15 540/6 540/17 540/17 541/6 541/23 542/4 542/4 542/4 542/10 542/12 544/17 547/11 548/6 550/3 550/9 550/9 555/16 555/24 556/4 556/7 556/7 557/4 558/14 564/14 564/15 564/17 564/24 565/2 565/5 565/6 567/10 568/22 568/22 568/23 569/5 569/25 570/13 572/3 572/5 572/24 574/2 575/25 579/15 581/9 594/9 604/20 604/25 610/18 610/19 622/5 622/6 622/25
items [5] 510/20 551/21 552/6 558/23 559/12
its [12] 465/10 479/10 483/19 484/19 484/20 505/17 524/9 573/3 587/13 614/6 617/2 621/22
itself [7] 457/22 480/10 531/25 563/18 563/19 612/3 616/20

**J**

Jackson [1] 452/17
JAMES [6] 451/22 452/22 561/9 576/3 578/19 578/23
January [4] 465/20 465/25 466/25 587/7
January 12 [1] 465/25
Jefferson [1] 451/23
JENNY [1] 455/3
jets [1] 507/23
Jim [3] 537/25 538/2 563/11
job [4] 568/23 580/5 607/16 607/20
John [1] 457/6
join [1] 582/6
joined [1] 582/7
joint [9] 474/8 499/2 540/14 549/5 549/25 583/4 583/6 601/21 614/8
jointly [1] 506/1
JOSEPH [1] 454/6
JR [1] 455/4
judge [6] 451/15 459/11 460/3 460/10 570/15 575/10
Judge Shushan [2] 459/11 575/10
judgment [2] 477/22 574/9
JUDY [1] 453/14
July [6] 523/22 533/22 536/6 536/10 539/15 544/6
July 12 [1] 539/15
jump [1] 503/23
June [10] 560/21 561/16 561/17 561/21 562/4 598/20 607/3 607/3 608/10 608/10
June 15 [3] 560/21 561/17 562/4
June 15th [1] 561/21
June 16 [1] 561/16
June 4 [1] 608/10
June 6 [1] 608/10
junk [4] 617/19 617/20 617/21 620/2
Junk Shot [1] 620/2
junkyard [1] 532/6
just [110] 458/2 458/6 458/15 459/8 460/21 463/13 464/6 466/3 467/7 469/20 470/2 471/8 471/17 475/10 476/4 478/20 478/24 479/19 484/4 485/11 486/20 487/2 487/4 487/14 488/24 489/8 489/17 489/19 490/12 490/18 492/14 495/5 495/10 496/3 497/22 497/23 499/4 500/24 503/14 503/23 504/23 510/12 512/16 516/9 516/16 517/7 517/12 517/12 517/17 518/1 518/15 519/5 519/21 524/22 528/5 529/8 531/23 531/24 532/22 533/1 536/5 536/19 537/1 537/6 537/10

## J

just... [45] 539/21 544/15 545/3 546/23
547/17 547/25 548/3 550/5 550/8 550/9
550/16 551/9 551/20 552/24 553/24
554/5 554/21 556/16 560/12 563/21
566/4 566/5 572/2 574/13 578/7 579/3
596/9 598/2 600/14 602/7 602/16
606/25 609/11 611/2 611/4 611/16
611/18 613/11 615/10 617/9 617/10
620/11 620/17 620/20 621/19
Justice [2] 453/6 453/9

## K

Kanner [2] 453/2 453/3
KARIS [9] 453/21 509/20 511/10 517/19
529/10 553/15 553/19 579/2 622/22
Katz [2] 451/18 454/21
Kazahkstan [1] 583/8
keep [5] 469/20 480/7 578/15 594/21
615/7
kept [1] 523/24
KERRY [3] 454/13 570/7 575/15
key [5] 475/13 477/3 477/5 485/21
507/6
kill [45] 508/18 508/20 510/13 510/14
510/14 512/24 533/5 597/18 597/21
600/8 604/8 604/9 604/11 606/7 606/24
607/1 607/25 608/2 608/16 608/18
611/5 614/24 615/3 615/12 615/13
615/16 615/17 615/18 615/19 615/20
616/3 616/6 616/9 616/11 617/8 617/15
617/17 618/4 618/7 618/14 618/21
619/6 619/24 620/1 622/18
killing [2] 599/17 619/7
kills [1] 617/5
kind [9] 486/3 486/22 488/11 527/23
536/10 540/22 570/10 584/19 586/25
kinds [5] 475/20 518/13 520/20 551/23
616/19
kink [2] 601/4 601/20
KIRBY [1] 455/15
Kirkland [3] 453/20 454/2 454/5
knew [5] 594/22 596/9 607/22 612/8
613/1
knots [1] 616/19
know [77] 460/19 463/24 464/19 465/19
466/15 466/17 473/25 476/2 478/9
478/13 482/2 482/15 482/15 482/16
483/2 490/15 490/17 490/20 490/21
491/4 492/22 494/20 494/25 495/1
499/18 502/18 503/4 507/13 522/6
523/5 529/11 529/20 533/23 534/9
534/9 536/15 536/18 537/2 551/4
552/22 555/17 559/20 560/3 560/6
560/11 560/12 560/20 561/2 561/10
561/14 562/12 562/15 562/18 562/20
563/1 563/10 565/24 566/3 566/21
571/21 575/7 576/19 576/22 577/1
577/21 578/3 578/8 586/11 587/24
595/19 601/23 601/25 603/14 613/5
621/18 622/5 623/1
knowing [2] 523/2 574/3
knowledge [3] 463/3 475/6 496/9
known [3] 537/3 541/16 571/7
knows [3] 538/23 570/12 574/1
KRAUS [1] 453/3
Kuchler [2] 455/11 455/12
KY [1] 455/15

## L

labeled [2] 457/23 460/4
labs [3] 591/1 591/1 591/2

lack [4] 519/1 520/25 521/3 523/19
lacks [1] 524/1
laed.uscourts.gov [1] 455/20
Lafayette [1] 451/24
Lake [1] 452/14
Lamar [1] 452/15
land [7] 507/25 507/25 535/7 565/2
565/3 605/25 606/4
landed [4] 507/22 535/12 550/1 606/13
landing [7] 507/25 540/8 540/21 564/23
565/13 565/14 565/15
Landry [1] 569/4
LANGAN [4] 453/21 458/11 573/19
574/8
language [6] 471/10 483/3 484/23
484/23 516/17 538/20
large [5] 582/18 592/22 593/1 599/5
602/18
larger [1] 592/1
largest [1] 599/10
Lars [2] 464/2 473/19 473/20 496/22
508/16 508/25
Lasalle [1] 453/23
laser [2] 540/1 543/15
last [13] 458/17 459/2 481/14 499/24
502/24 508/15 508/23 568/13 587/6
593/20 594/8 607/9 612/12
lasted [1] 493/22
Lastly [1] 459/8
latch [1] 610/7
latched [1] 540/13
late [5] 536/11 543/4 544/12 558/9
583/12
later [8] 533/22 541/7 560/13 582/24
583/2 587/3 599/13 603/13
law [4] 452/6 570/17 571/13 573/17
Lawrence [1] 591/1
lawyer [1] 476/23
lead [1] 592/9
leader [7] 478/7 580/6 580/19 583/2
583/12 583/14 583/24
leaders [1] 593/19
leadership [1] 592/11
leading [2] 507/3 592/5
leak [1] 536/18
leakoff [1] 541/4
leaks [1] 603/4
learn [4] 507/18 586/22 587/17 599/7
learned [6] 504/20 507/6 507/23 584/20
585/11 586/13
learning [6] 507/18 586/7 592/12 592/14
592/16 592/18
lease [1] 516/7
Leases [1] 469/7
LEASING [1] 451/8
least [6] 472/16 500/7 533/6 586/15
613/24 614/17
leave [4] 584/2 597/8 611/3 621/3
leaving [1] 536/8
lecturer [1] 585/5
led [7] 580/4 580/22 580/24 583/23
589/12 590/25 591/10
leeway [1] 511/7
left [4] 531/5 539/23 576/12 589/25
left-hand [1] 589/25
legal [3] 516/12 516/13 517/9
lend [1] 598/6
less [1] 493/19
lessees [5] 469/6 470/7 470/11 470/17
516/6
lessen [1] 459/18
lessons [3] 584/20 585/11 586/13
let [28] 469/24 476/4 480/23 484/2

487/4 488/24 488/24 489/8 490/24
491/4 519/3 519/20 523/16 526/18
527/13 532/10 543/17 548/3 553/7
556/19 568/3 568/19 576/21 578/8
588/22 590/18 613/11 623/1
let's [52] 462/3 463/13 464/11 465/23
466/18 467/5 467/14 467/18 468/4
471/8 473/12 474/1 474/19 476/25
481/9 482/6 483/9 484/18 487/14 488/7
491/24 492/24 497/22 498/14 499/6
508/22 509/2 511/24 517/20 519/8
520/3 528/7 534/3 535/12 544/15
547/18 548/21 557/2 558/2 558/16
559/6 587/16 596/21 599/19 605/17
607/9 609/9 610/5 615/3 615/7 615/25
622/22
letter [5] 465/25 466/7 466/25 467/10
561/16
letters [1] 520/5
level [5] 486/8 496/12 562/3 595/17
595/19
levels [2] 504/21 504/21
Levin [1] 452/2
Lewis [4] 453/17 455/2 455/7 522/2
LI [2] 454/20 457/4
lift [2] 612/3 612/4
lifted [2] 610/9 611/16
light [1] 541/23
lighter [3] 532/17 614/6 614/10
lighter-weight [1] 614/10
lightering [2] 605/2 605/6
lightning [3] 554/11 554/12 554/14
like [47] 457/5 457/16 457/20 475/22
477/14 480/3 483/4 485/15 493/16
496/17 496/24 502/14 505/16 511/8
511/15 511/21 516/15 518/12 520/4
520/11 520/13 525/2 525/22 533/7
535/23 540/7 548/13 570/9 570/10
571/18 573/19 574/9 574/12 574/20
574/24 575/18 578/3 581/13 581/18
583/10 587/15 589/4 598/23 609/8
612/5 616/16 620/20
liked [1] 595/17
likeliness [1] 610/14
likewise [2] 492/6 555/18
limit [1] 480/10
limitations [2] 462/15 496/1
limited [2] 492/13 611/4
line [16] 462/3 462/4 462/6 462/6
480/23 490/25 496/4 496/4 548/3 573/8
594/13 596/5 596/6 602/2 604/9 621/12
line 20 [1] 462/3
line 7 [1] 462/4
lines [21] 463/14 464/11 474/1 476/6
476/17 482/7 484/3 484/8 488/7 489/9
495/11 496/22 497/5 528/10 533/5
600/13 616/6 616/9 616/11 617/17
622/8
lines 15 [1] 474/1
lines 16 [1] 463/14
lines 9 [1] 464/11
lipped [1] 500/15
liquid [1] 541/20
Liskow [1] 453/17
list [22] 457/7 457/12 457/16 457/17
457/21 457/22 460/4 460/7 498/15
499/7 544/23 548/8 559/11 561/25
562/3 562/13 575/22 577/4 577/4
588/15 588/17 611/2
listed [5] 468/21 499/11 575/23 576/18
576/25
listen [1] 596/7
listening [1] 475/17

**L**

listing [2] 502/22 613/5
lists [1] 598/14
little [29] 458/15 466/23 467/7 473/19
485/4 486/17 490/10 490/12 499/10
503/23 525/23 527/14 532/17 545/11
550/19 572/13 577/20 577/22 581/14
581/18 587/3 587/15 596/21 596/23
606/22 609/8 613/6 619/12 620/11
live [3] 508/15 508/23 570/17
Livermore [1] 591/2
living [1] 583/25
LLC [8] 451/18 451/22 453/2 454/12
454/13 454/16 454/19 455/11
LLP [8] 452/12 453/20 454/2 454/5
454/9 454/15 454/18 455/14
LMRP [25] 538/22 545/6 545/7 545/12
549/21 557/17 601/3 605/23 606/18
606/19 609/7 609/12 609/20 609/22
610/2 610/9 610/24 611/7 611/13
612/12 613/21 614/7 616/13 620/3
620/11
LMRPs [2] 611/6 611/9
locate [2] 463/6 486/15
located [2] 579/23 579/24
location [1] 545/7
lodge [1] 617/21
logging [1] 585/3
London [3] 583/8 583/19 583/25
long [7] 491/14 567/10 577/11 577/21
580/15 581/4 587/5
longest [1] 493/7
look [56] 461/4 462/3 463/13 464/5
464/11 465/23 466/18 467/5 467/14
467/18 468/4 469/22 471/9 473/12
474/1 474/19 476/25 477/13 478/20
479/13 480/7 480/23 481/9 483/9 483/9
484/18 485/10 485/19 488/7 491/14
491/22 492/14 492/24 493/4 493/15
493/15 499/2 499/6 501/5 501/12
502/11 532/23 535/24 536/12 549/11
549/13 551/11 557/2 558/2 575/18
599/21 615/3 616/16 618/11 618/25
619/18
looked [7] 466/25 471/8 493/10 499/4
547/25 559/2 613/15
looking [13] 459/1 470/21 482/3 501/9
534/11 534/22 563/4 575/22 598/22
598/24 607/12 607/17 613/14
looks [3] 483/4 561/6 573/19
Looping [1] 537/18
Los [2] 454/4 454/22
lose [1] 597/18
lost [1] 610/23
lot [22] 459/10 506/20 511/8 511/18
520/24 535/23 554/10 560/20 567/7
567/8 567/8 567/8 573/7 585/3 599/10
605/18 610/23 611/1 611/4 613/23
613/24 615/11
Lots [1] 601/4
LOUISIANA [18] 451/2 451/6 451/20
451/24 452/8 452/14 452/22 452/24
453/3 453/4 453/19 454/14 455/13
455/19 457/25 544/12 589/21 623/10
low [9] 462/13 487/7 487/16 495/4
496/16 496/24 497/4 497/14 500/20
lower [6] 535/6 538/22 543/12 549/21
605/24 609/23
LP [2] 455/12 455/15
LUIS [2] 454/20 457/4
Lundy [3] 452/12 452/12 452/13
Luxenberg [1] 452/9

**M**

ma'am [5] 557/23 563/7 563/10 565/5
568/14
machine [1] 551/12
Macondo [48] 463/12 486/14 486/17
486/18 496/17 496/24 508/6 516/5
518/16 521/16 522/3 528/16 528/24
529/3 529/9 529/18 530/14 531/7 537/9
538/5 538/17 539/2 539/6 539/17 541/2
543/4 545/8 545/22 545/23 546/7
546/14 548/11 550/1 550/5 551/4 558/9
560/10 563/25 566/7 567/4 585/19
589/7 601/18 603/19 605/23 605/23
605/24 622/12
Macondo-specific [1] 486/14
made [17] 457/15 458/22 459/1 460/23
479/3 494/23 515/3 527/19 534/20
534/20 538/16 544/23 545/23 547/23
550/11 551/22 586/15 594/15 604/23
Magazine [1] 452/7
Magistrate [4] 510/6 570/25 571/6
572/23
magnetics [1] 603/18
mail [8] 519/13 538/15 542/11 575/1
575/1 576/13 588/2 588/3
main [3] 495/6 585/18 622/11
maintained [1] 612/18
maintenance [1] 555/14
major [2] 559/25 599/24
majority [1] 589/20
make [35] 459/6 469/2 469/20 469/20
487/11 522/15 522/16 523/3 523/7
529/25 532/3 532/4 547/24 550/16
551/13 551/19 552/7 556/8 569/8
569/19 569/20 573/21 574/5 576/15
586/13 588/18 594/19 597/4 597/13
597/17 597/20 607/16 607/18 608/12
614/19
makes [7] 474/20 523/8 523/9 571/22
575/6 577/21 622/13
making [6] 522/14 550/17 553/1 596/1
609/1 609/17
Malaysia [1] 537/21
male [1] 610/19
man [3] 526/11 566/18 567/8
man-hours [2] 566/18 567/8
management [35] 462/14 466/8 480/19
481/2 481/19 482/3 482/4 482/24
483/18 483/24 484/1 484/11 485/16
485/24 487/7 488/20 491/17 495/2
497/14 506/24 506/25 507/7 507/9
507/14 507/19 507/19 508/2 508/17
565/8 581/25 586/3 588/6 588/11
588/22 588/24
manager [2] 508/19 514/9
managers [1] 587/19
manifold [5] 604/10 604/12 616/24
617/18 617/20
manner [1] 528/15
manufacturers [2] 559/25 560/7
many [24] 458/8 477/15 478/9 491/9
491/15 504/20 526/24 536/21 536/21
540/9 550/3 556/14 566/23 566/23
566/23 566/24 567/1 567/1 572/23
593/1 599/9 601/13 602/8 618/5
Marathon [1] 514/14
Marcia [1] 591/10
marine [8] 538/22 585/13 585/14 585/14
585/21 587/2 605/24 609/23
Mark [1] 576/5
MARTIN [1] 454/3
MARTINEZ [1] 455/3

marvelous [1] 508/1
master's [1] 581/25 582/2 582/5
materials [3] 479/24 546/6 616/17
matter [5] 527/18 544/10 595/3 599/3
623/13
MATTHEW [2] 452/13 453/22
mature [1] 507/14
may [47] 458/18 458/24 500/2 500/15
507/1 508/19 509/17 510/6 512/23
515/14 519/13 523/12 525/13 533/21
533/21 535/13 537/8 537/14 537/17
541/13 544/17 548/12 548/14 552/20
552/22 556/8 556/8 556/9 560/19 566/4
575/25 577/11 578/12 578/24 604/5
604/13 606/7 606/24 606/25 608/1
608/9 608/21 612/21 614/22 619/2
619/22 620/8
May 1 [3] 515/14 548/12 552/20
May 13 [2] 604/5 604/13
May 16 [2] 619/2 619/22
May 2 [1] 537/14
May 26 [1] 608/21
May 27 [1] 608/1
May 29 [2] 508/19 519/13
maybe [7] 510/17 512/9 544/16 544/17
547/7 548/14 574/16
MAZE [1] 452/19
Mazzella [2] 576/5 577/23
McCutchen [1] 455/14
McNutt [2] 591/10 595/9
MD [1] 451/4
me [45] 459/15 469/24 476/4 479/1
480/23 484/2 487/4 488/24 488/24
489/8 490/24 495/5 504/15 517/2
525/25 526/18 532/10 543/17 548/3
553/7 555/15 556/19 567/19 567/24
574/20 575/1 577/6 584/8 584/18
587/11 587/24 588/2 588/3 590/18
593/20 598/12 606/17 608/23 608/24
608/25 608/25 609/1 610/21 613/11
613/24
mean [15] 490/23 492/20 492/22 526/21
529/9 549/10 549/17 554/4 556/7 560/4
577/14 577/15 597/16 606/15 611/1
meaning [2] 524/24 621/13
means [5] 525/8 525/9 562/8 562/8
563/17
meant [3] 597/17 602/7 605/1
measure [1] 504/18
measured [1] 621/18
measures [1] 504/5
mechanical [3] 455/24 499/20 502/13
mechanism [1] 529/8
medical [1] 584/9
Mediterranean [1] 537/22
meet [3] 518/20 576/10 607/18
meeting [30] 462/12 499/7 560/16
560/19 560/21 561/17 561/21 561/24
562/5 563/6 593/15 593/15 593/16
593/18 593/18 593/22 593/25 594/2
594/7 594/18 595/5 595/8 598/20
598/22 599/2 599/14 607/19 618/22
619/22 621/7
meetings [4] 552/16 593/13 594/23
617/25
member [4] 499/15 514/10 580/8 586/10
members [10] 486/4 590/17 594/15
594/25 595/8 595/9 618/15 618/16
619/9 619/16
mention [2] 586/9 593/4
mentioned [9] 459/9 462/21 465/7 494/8
518/1 563/15 598/1 609/7 620/5
merit [1] 559/15

**M**

merits [1]  502/9
mess [1]  568/25
message [1]  512/9
met [2]  464/8 522/3
methane [1]  541/22
method [1]  526/23
methods [1]  524/4
MEXICO [32]  451/5 469/9 473/21
481/10 485/2 485/8 488/11 492/11
514/15 518/6 531/11 534/16 534/24
539/7 539/17 558/15 580/7 580/9
581/10 583/2 583/9 583/15 583/23
584/8 584/9 584/19 584/20 585/7
587/10 587/12 588/12 599/10
MICHAEL [1]  454/19
microphone [1]  509/19
mid [9]  533/21 536/6 536/10 544/6
552/22 598/20 606/7 606/24 620/8
mid-June [1]  598/20
mid-May [4]  552/22 606/7 606/24 620/8
middle [8]  537/17 541/6 541/13 548/14
592/20 593/17 601/24 620/6
midstream [1]  523/25
might [18]  459/1 491/14 507/2 518/6
518/8 520/20 527/4 533/17 549/12
550/4 552/2 558/8 586/25 599/15 601/7
612/13 618/13 622/2
MIKE [3]  454/10 460/19 576/2
miles [1]  513/18
MILLER [4]  454/13 570/8 575/3 575/15
mind [1]  512/19
mine [2]  507/16 555/20
Minerals [5]  462/14 466/7 482/3 508/17
565/8
mines [2]  555/19 555/19
minimize [1]  502/12
minimum [5]  544/15 544/19 545/17
548/5 548/6
minute [5]  487/3 497/22 509/2 574/7
620/17
minutes [4]  508/20 553/23 578/15 615/7
misanswered [1]  564/8
miserable [1]  569/7
misrepresentations [3]  520/25 521/1
521/4
missed [1]  618/13
Mississippi [1]  452/17
mistake [2]  569/19 569/20
misunderstood [1]  547/8
Mitchell [1]  452/2
mitigate [4]  474/12 498/2 605/15 614/18
mitigated [1]  615/1
mitigation [13]  461/25 462/8 462/12
473/7 473/10 473/15 475/14 477/11
480/6 487/8 504/14 504/18 504/24
MMS [31]  463/25 463/25 464/2 464/8
464/14 464/19 464/23 465/19 466/8
467/2 467/10 470/6 470/10 470/20
471/1 473/21 492/24 493/5 496/10
497/6 497/16 497/17 499/14 504/1
514/8 524/19 526/8 590/9 592/20 593/8
594/2
mobilization [1]  479/23
mobilize [1]  545/4
modeling [2]  556/13 571/19
models [1]  550/13
modifications [2]  462/7 608/7
moments [2]  464/6 558/11
Momentum [3]  619/6 619/24 620/1
Momentum Kill [2]  619/6 619/24
money [2]  550/24 567/7

monitor [1]  533/20
monitoring [1]  472/22
Montana [1]  555/21
Montgomery [1]  452/20
month [1]  614/22
months [6]  494/6 533/22 537/1 537/3
541/11 580/17
more [20]  480/7 482/5 493/9 495/10
497/23 499/10 500/1 511/16 513/22
525/23 564/22 567/9 573/21 594/20
606/22 608/15 613/20 614/9 615/7
615/18
Morgan [4]  452/15 452/15 531/16
544/11
Morgan City [2]  531/16 544/11
morning [14]  464/10 465/13 486/13
494/8 494/12 500/22 520/5 550/17
574/11 574/18 593/13 593/14 593/16
607/20
most [9]  475/1 498/16 524/16 528/22
554/9 588/12 604/21 620/25 621/2
mostly [1]  582/8 599/25
motion [4]  511/14 575/7 575/17 575/21
motive [2]  512/24 521/4
move [16]  494/14 517/20 574/9 574/23
589/21 592/23 599/19 600/19 602/7
602/19 603/11 603/12 605/11 608/11
612/4 612/13
moved [2]  572/14 584/3
moving [8]  540/21 545/7 583/9 593/23
602/21 606/24 615/5 622/7
Mr [1]  545/3
Mr. [113]  458/11 459/6 460/12 464/5
465/11 468/12 468/17 468/20 475/18
476/7 476/8 496/14 500/22 503/25
504/11 505/4 506/13 506/20 509/18
509/21 509/24 509/24 509/25 510/1
510/2 510/10 511/1 511/4 512/4 512/17
513/13 515/14 515/16 515/18 515/20
516/4 517/6 517/7 517/8 517/24 519/10
519/22 520/2 520/9 521/9 521/12
521/15 522/9 522/12 522/14 522/20
523/8 523/16 525/1 525/4 525/5 525/25
527/9 527/16 528/14 529/12 530/20
530/21 531/5 532/5 533/9 534/3 534/8
537/21 538/13 538/20 539/13 539/21
540/19 542/3 542/20 543/3 544/13
547/3 547/17 548/20 548/25 550/16
550/22 551/2 551/6 551/9 553/13
553/19 557/9 561/9 561/10 561/16
562/10 567/25 568/9 570/6 570/23
572/13 573/19 575/3 577/11 577/19
578/13 579/1 580/11 580/13 580/14
581/17 586/20 589/2 608/15 614/11
Mr. Adams [3]  550/22 551/2 551/6
Mr. Barnett [2]  476/7 476/8
Mr. Bea [2]  517/8 525/5
Mr. Brock [8]  460/12 503/25 504/11
505/4 506/13 506/20 511/1 577/11
Mr. Brock's [1]  529/12
Mr. Bush [1]  465/11
Mr. Carden's [1]  530/21
Mr. Collier [1]  540/19
Mr. Danenberger [2]  468/12 468/17
Mr. Dupree [12]  561/10 561/16 562/10
567/25 577/19 578/13 579/1 581/17
586/20 589/2 608/15 614/11
Mr. Gibson [3]  522/14 522/20 523/8
Mr. Gibson's [3]  521/12 521/15 522/13
Mr. Herbst [2]  496/14 512/17
Mr. Herbst's [1]  464/5
Mr. Irpino [1]  459/6
Mr. James [1]  561/9

Mr. Langan [2]  458/11 573/19
Mr. Miller [1]  575/3
Mr. Perkin [2]  509/24 509/25
Mr. Prescott [1]  525/1
Mr. Saucier [1]  468/20
Mr. Shaw [3]  580/11 580/13 580/14
Mr. Smith [4]  517/7 525/4 547/17 557/9
Mr. Smith's [1]  517/6
Mr. Turlak [7]  500/22 532/5 533/9
537/21 550/16 551/9 572/13
Mr. Wilson [2]  475/18 509/24
Mr. Ziegler [40]  509/18 509/21 510/1
510/2 510/10 511/4 513/13 515/18
516/4 517/24 519/10 519/22 520/2
520/9 521/9 522/9 523/16 525/25 527/9
527/16 528/14 530/20 531/5 534/3
534/8 538/13 538/20 539/13 539/21
542/3 542/20 543/3 544/13 547/3
548/20 548/25 553/13 553/19 570/6
570/23
Mr. Ziegler's [5]  512/4 515/14 515/16
515/20 568/9
Ms. [8]  511/10 517/19 529/10 553/15
555/15 561/2 591/10 622/2
Ms. Brown [2]  555/15 561/2
Ms. Karis [5]  511/10 517/19 529/10
553/15 622/22
Ms. Marcia [1]  591/10
much [16]  482/5 566/13 566/17 570/25
571/6 571/22 576/11 594/1 595/25
599/11 600/11 608/15 612/2 612/5
614/5 614/9
much-negotiated [1]  571/6
mud [18]  602/2 604/11 613/16 615/20
615/21 615/23 616/12 616/21 617/1
617/1 617/4 617/7 617/11 617/22
620/25 621/3 621/12 622/8
multiple [8]  498/1 584/23 585/1 601/6
601/19 603/4 614/16 617/25
Munger [1]  454/18
must [2]  568/20 571/25
my [60]  462/16 463/2 464/6 482/17
483/6 486/12 488/1 488/24 489/15
495/2 496/1 496/9 497/12 500/24
501/15 511/21 513/9 513/15 517/6
517/13 527/3 529/12 536/9 544/20
544/22 545/19 547/23 547/24 548/1
548/8 548/8 549/13 555/15 555/20
555/21 556/25 563/5 564/10 568/7
568/14 568/24 578/23 580/14 582/17
582/21 583/18 584/1 584/3 584/3 584/9
585/1 585/18 586/12 587/1 587/10
595/5 611/1 611/4 618/19 623/11
myself [1]  595/12

**N**

N.W [3]  454/7 454/10 455/16
name [7]  478/4 513/7 513/9 537/24
578/21 578/23 607/15
named [1]  481/18
names [1]  589/13
narrate [1]  539/21
NATHANIEL [1]  453/12
national [2]  589/8 591/1
natural [5]  453/10 504/23 513/18 514/4
581/22
nature [1]  459/24 539/10
near [3]  540/3 544/11 599/11
nearby [2]  616/24 617/18
necessarily [2]  533/6 547/11
necessary [6]  462/8 473/3 479/15
481/21 565/19 609/13
need [38]  469/20 469/23 475/25 476/9

**N**

need... [34] 476/19 490/15 490/17 490/20 491/3 491/3 491/24 518/12 520/15 522/16 524/18 531/17 532/22 532/24 533/23 535/24 536/2 549/14 550/16 550/21 551/13 551/21 552/13 553/5 555/25 565/22 572/15 576/11 576/18 577/1 584/4 588/14 617/9 617/10
needed [13] 489/19 497/2 531/22 533/2 584/10 591/20 594/19 594/22 598/10 601/15 603/23 613/23 613/24
needs [4] 502/5 553/4 553/4 612/18
negotiated [1] 571/6
Neil [1] 580/11
neither [1] 546/23
networks [1] 598/8
never [12] 461/7 461/14 465/9 465/12 486/14 488/22 504/4 504/7 507/7 507/13 523/23 603/14
new [18] 451/6 451/20 452/8 452/11 452/11 453/4 453/19 454/14 455/13 455/19 487/2 520/6 550/11 551/12 585/24 589/9 589/12 594/16
New Orleans [3] 589/9 589/12 594/16
news [1] 562/10
next [18] 486/13 489/17 501/12 509/13 520/10 522/6 522/7 535/24 545/10 552/4 566/1 592/13 593/21 594/9 595/21 600/23 617/19 620/17
nice [1] 569/5
night [6] 574/5 587/18 594/5 594/11 602/14 613/7
no [59] 457/7 461/1 465/18 469/13 469/15 469/18 475/23 476/12 478/12 487/23 490/3 490/6 497/1 497/9 503/16 506/14 508/9 516/21 517/7 518/17 520/10 530/9 535/5 538/4 540/24 541/1 541/4 541/14 541/14 541/21 551/8 552/23 552/23 552/23 554/2 556/23 559/21 560/22 563/7 563/10 564/25 568/5 569/19 569/20 570/3 570/5 575/8 588/1 595/3 597/8 598/4 599/5 601/12 601/16 602/10 606/9 607/2 609/23 615/2
nobody [1] 530/4
non [1] 487/8
non-existent [1] 487/8
nonconventional [1] 559/14
none [3] 509/12 515/24 541/8
nongaseous [1] 541/20
NONJURY [1] 451/14
Nope [1] 506/4
normal [3] 464/19 519/23 569/6
normally [3] 507/25 545/5 562/8
North [5] 452/23 534/16 546/8 582/18 583/20
North Sea [3] 534/16 546/8 583/20
not [186]
note [5] 458/15 459/8 468/12 468/21 498/1
noted [1] 576/9
notes [2] 506/7 506/9
nothing [1] 563/3
notice [7] 459/3 469/6 470/6 470/10 470/16 470/20 471/14
novel [1] 539/5
November [3] 466/24 484/6 584/5
November 20 [1] 466/24
November 2011 [1] 484/6
now [91] 461/7 461/23 462/20 463/24 464/22 465/7 465/19 466/6 466/12

466/18 466/23 467/14 468/12 468/23 470/20 470/24 473/9 474/8 474/10 474/15 477/13 477/24 478/19 480/17 482/23 485/1 485/5 490/10 492/10 494/16 497/22 498/8 499/2 500/11 504/11 505/4 506/3 506/9 506/20 517/9 518/5 518/15 524/9 524/19 529/20 529/21 530/11 533/5 535/23 538/2 538/23 543/3 544/5 545/5 549/8 550/2 550/7 555/22 556/18 557/15 559/23 561/15 562/13 568/2 575/24 579/4 580/19 582/11 584/14 587/15 589/25 593/10 596/21 596/23 599/19 600/24 603/8 604/3 605/17 606/7 606/23 607/9 611/19 614/2 615/3 615/10 616/23 618/25 619/18 620/17 622/17
nuclear [1] 585/25
number [20] 476/1 486/23 492/7 493/17 503/9 506/6 506/15 534/15 545/18 549/20 549/21 549/23 549/24 552/2 570/20 570/22 570/24 571/5 573/1 601/9
Number 1 [1] 570/20
Number 2 [1] 570/22
numbers [2] 601/1 607/6
numerous [2] 601/1 601/9

**O**

O'CONNOR [1] 454/7
O'Keefe [1] 451/19
O'ROURKE [1] 453/11
object [7] 507/3 511/10 512/6 516/11 521/2 521/24 572/4
objected [1] 458/23
objection [10] 457/8 457/17 512/20 515/23 519/3 521/5 521/6 523/13 526/15 546/17
objections [4] 457/7 509/11 516/21 517/7
objectives [5] 467/15 467/18 467/22 485/19 485/20
obligations [3] 516/9 517/25 526/14
observed [2] 517/13 613/15
observing [1] 520/13
obtain [3] 479/15 536/24 584/16
obtained [1] 477/17
obvious [2] 518/19 529/23
obviously [7] 510/22 534/23 572/17 578/1 591/18 600/1 622/4
occur [5] 474/12 510/6 549/12 611/15 617/9
occurred [5] 486/10 492/25 517/24 541/12 602/4
occurring [1] 536/18
occurs [3] 471/4 490/16 491/4
Oceaneering [1] 592/1
October [5] 451/7 457/2 458/1 460/6 476/25
October 1 [2] 458/1 460/6
October 1998 [1] 476/25
off [24] 508/18 520/11 526/23 527/1 531/5 532/15 540/21 545/7 552/5 557/5 559/13 578/14 594/5 604/9 605/23 605/24 610/22 610/24 611/25 612/5 613/2 613/8 620/15 620/15
off-the-shelf [2] 532/15 552/5
offer [7] 457/5 457/20 460/22 461/1 461/23 509/6 515/9
offered [10] 457/24 458/3 459/16 460/5 474/11 498/1 510/4 525/14 584/8 591/18
offering [2] 502/12 530/20
offers [3] 599/5 599/6 599/8

office [9] 451/23 452/4 452/18 452/22 579/3 579/25 596/6 617/3
officer [3] 579/10 579/13 579/14
offices [5] 589/24 591/12 592/21 593/3 593/4
Official [3] 455/18 623/8 623/17
officially [1] 571/16
officials [4] 595/10 618/22 618/23 621/7
offshore [20] 454/13 454/16 454/19 481/10 514/8 514/15 514/18 527/12 534/10 534/17 534/17 534/22 544/22 564/21 583/8 583/18 585/23 586/1 586/5 586/8
often [1] 596/7
OGP [1] 546/8
oil [71] 451/4 451/4 462/20 462/24 463/24 464/1 464/4 466/8 466/13 466/21 469/7 470/17 471/10 471/15 472/20 481/10 481/18 481/25 482/9 482/19 483/2 483/7 483/13 483/19 484/20 484/24 504/8 504/11 513/13 513/15 513/19 513/23 513/24 514/10 514/14 514/21 515/1 515/18 516/19 524/10 524/14 524/15 524/19 525/6 525/8 525/15 532/5 541/24 546/8 551/9 554/7 554/14 555/24 559/25 560/4 560/5 560/7 562/9 562/9 562/25 563/2 569/1 582/6 582/10 583/1 589/7 605/12 621/9 621/19 621/20 622/16
OIM [1] 526/11
okay [21] 460/1 470/4 472/4 495/19 500/25 501/4 509/4 509/23 511/24 513/2 515/25 517/19 530/16 533/12 538/9 540/16 558/16 574/16 574/17 576/23 578/10
old [2] 498/9 513/17
Olson [1] 454/18
on [332]
on board [4] 604/22 604/23 604/25 605/6
on-scene [2] 589/12 589/14
on-the-shelf [1] 562/22
once [5] 542/3 564/22 566/10 611/16 622/14
one [119] 457/13 458/10 458/20 459/9 459/17 461/11 461/17 461/20 465/6 465/7 469/3 472/3 472/3 475/13 477/3 478/3 479/1 480/7 484/3 488/8 488/21 492/14 492/15 493/23 494/12 494/14 495/10 497/25 505/7 507/6 507/15 509/17 509/21 511/15 511/16 511/18 511/22 512/2 512/15 512/18 516/6 519/15 521/10 522/1 522/4 522/4 529/17 529/20 529/21 530/2 530/4 530/11 530/13 531/12 532/16 537/16 537/21 537/22 543/18 545/14 545/15 545/21 545/22 545/25 546/14 546/23 549/1 550/3 550/10 550/13 550/17 550/20 551/9 551/11 551/12 552/21 555/15 555/21 556/8 556/8 556/8 559/1 559/2 563/11 564/3 570/11 571/7 571/14 573/2 573/21 580/12 585/13 587/19 592/24 593/7 597/3 597/4 597/6 598/11 600/5 600/8 601/10 602/17 603/10 603/12 603/14 603/17 604/21 605/17 606/6 607/17 609/15 611/19 611/23 612/23 613/11 615/11 621/6
ones [3] 458/7 458/18 599/25
ongoing [5] 546/19 593/19 605/3 608/8 619/7
only [20] 459/18 463/11 479/1 488/21 490/15 491/4 499/24 500/8 500/20

# Q

only... [11] 541/19 551/18 570/17
580/17 586/9 601/8 603/17 604/24
605/5 617/9 622/11
onshore [2] 503/6 514/18
open [9] 541/2 541/6 565/22 592/13
594/13 596/5 610/1 621/2 621/20
opening [2] 515/14 515/21 536/20
548/20 565/17 617/7
openings [1] 602/8
opens [1] 521/23
operate [2] 471/19 597/22
operated [3] 513/23 513/24 596/25
operating [6] 569/11 569/20 579/10
579/13 579/14 597/14
operation [21] 537/7 539/14 540/7
566/25 596/3 596/6 596/13 596/14
596/15 602/18 605/2 605/7 605/10
605/10 605/22 616/18 617/15 617/24
618/4 618/11 618/15
operational [4] 467/18 477/8 609/6
612/23
operations [37] 468/20 472/25 479/25
486/23 493/1 506/2 515/1 515/5 515/19
530/9 537/19 539/3 539/11 556/21
559/12 580/9 581/13 583/20 583/21
588/13 589/18 592/9 593/10 596/12
600/21 602/17 603/25 604/14 604/17
604/19 605/11 605/19 608/2 611/4
611/5 611/23 622/3
operative [1] 527/10
operator [10] 471/20 472/19 483/12
497/18 516/6 518/12 525/9 539/7
558/15 599/10
operators [7] 469/6 470/21 496/11
498/23 501/20 564/21 599/11
opine [1] 462/10
opined [1] 522/20
opines [1] 550/22
opinion [30] 461/23 481/1 481/4 483/23
484/10 484/14 486/25 504/4 518/5
523/19 524/2 524/12 531/6 533/22
537/6 537/8 544/1 544/18 544/20 548/1
548/8 549/3 549/13 556/1 556/4 556/19
557/4 565/2 568/24 571/21
opinions [18] 460/22 461/1 462/25
482/17 510/8 511/6 511/15 512/4 514/2
515/9 516/20 521/13 521/15 525/14
530/21 553/22 558/13 571/17
opportunities [1] 501/21
opportunity [2] 574/24 590/23
opposed [4] 459/13 459/20 532/15
614/4
Opposing [1] 457/7
ops [3] 508/19 587/19 593/14
optimal [2] 550/7 550/9
optimized [1] 474/23
option [15] 537/16 543/24 567/1 596/1
604/17 605/20 607/22 608/20 608/22
609/13 614/17 618/2 619/20 620/9
620/20
optional [2] 506/6 506/10
options [39] 473/22 506/17 533/15
552/16 559/1 581/2 581/3 590/24
590/24 595/15 595/21 596/18 596/20
597/1 597/18 597/19 597/24 599/22
599/24 600/10 600/19 600/24 601/4
601/5 601/11 601/13 602/11 607/17
607/23 608/6 609/15 610/23 610/23
611/1 617/21 617/24 618/5 619/7
619/23
or [148] 458/2 458/24 459/24 461/24

462/7 462/13 465/9 465/12 465/16
471/20 471/21 473/24 479/15 480/24
480/21 481/20 482/13 483/12 483/21
486/24 492/6 493/19 494/13 494/18
496/16 497/3 497/18 500/15 501/18
504/1 510/9 510/23 512/18 514/1
514/20 516/23 518/21 520/15 520/18
520/21 521/21 523/11 524/13 525/10
526/11 527/2 527/24 528/12 529/13
529/17 530/5 531/1 531/2 531/12
531/22 532/1 532/6 533/16 534/10
535/1 535/7 535/13 539/5 540/20 541/4
541/20 543/21 545/12 545/13 545/25
548/10 548/13 549/4 549/15 549/25
550/7 550/11 550/12 551/12 551/20
551/20 551/24 551/24 551/24 552/6
552/19 552/20 553/6 560/16 562/2
562/9 563/19 563/20 563/20 564/23
564/24 565/18 566/1 566/13 567/3
569/3 569/4 569/4 571/8 573/3 573/23
574/10 574/18 577/13 577/25 580/5
583/8 585/2 589/9 590/5 590/20 591/21
591/22 593/11 594/20 595/3 595/9
595/10 595/11 595/18 595/22 596/3
598/7 601/8 601/24 601/24 602/1 602/1
602/2 602/3 603/23 605/4 610/2 612/19
613/9 614/7 615/22 615/23 616/20
616/23 620/25 621/3 622/19
order [30] 510/6 510/24 518/12 538/25
557/16 557/19 558/8 566/18 566/24
570/12 570/24 572/22 572/24 575/23
585/11 588/16 590/14 592/8 601/14
603/25 605/7 605/11 605/14 606/8
606/12 609/13 611/5 612/17 615/23
617/15
ordered [2] 531/14 546/22
orders [1] 571/6
organization [3] 471/3 546/8 581/1
Organizational [1] 467/14
organizations [2] 586/21 587/13
organize [1] 477/7
organized [4] 486/24 510/24 592/8
592/17
orient [1] 580/1
oriented [1] 497/16
origin [2] 558/3 558/6
Orleans [11] 451/6 451/20 452/8 453/4
453/19 454/14 455/13 455/19 589/9
589/12 594/16
OSHA [4] 554/6 554/17 554/18 555/1
OSRP [4] 464/14 468/23 471/1 525/17
other [41] 462/25 472/9 478/9 486/19
500/4 512/14 512/18 530/1 530/3
531/10 532/17 537/15 540/9 546/6
547/11 547/12 547/25 548/7 564/24
569/2 575/8 576/12 576/22 586/4 586/5
586/7 590/16 591/3 594/24 595/8 595/9
597/4 599/11 600/18 600/24 602/3
603/20 606/13 615/5 615/11 619/7
others [3] 514/23 522/2 527/24
otherwise [2] 464/9 598/7
ought [1] 458/25
our [35] 457/12 457/21 458/4 507/17
508/15 508/23 509/8 510/24 529/16
530/7 569/20 570/19 575/7 576/3 576/5
576/10 581/8 581/9 583/4 583/6 583/6
583/7 586/15 586/16 587/21 588/24
595/13 597/20 598/8 603/11 609/17
610/7 611/23 622/5 622/5
ourselves [1] 580/1
out [62] 459/16 468/17 474/22 485/23
489/17 493/16 502/4 506/7 511/1 518/6
519/21 520/2 520/9 531/10 531/23

541/2 542/6 543/21 547/23 552/15
554/23 555/3 555/8 555/13 555/18
555/22 556/20 556/23 556/25 558/17
559/8 561/7 563/6 564/5 564/11 565/4
571/24 584/6 588/13 588/15 588/18
589/19 593/2 594/15 595/5 598/5 598/9
600/12 602/23 603/6 604/14 610/25
612/21 613/16 618/13 621/21 622/18
Outer [3] 469/8 493/1 493/12
outfit [1] 605/4
outlines [1] 471/13
outs [1] 509/10
outside [1] 539/2
outstanding [9] 480/19 481/5 482/24
484/14 606/11 609/3 612/20 614/25
620/8
over [31] 493/15 501/16 503/14 507/24
515/2 532/21 538/4 540/6 550/13
559/24 561/3 571/1 572/23 573/22
580/12 585/9 587/11 591/5 593/5 593/6
601/22 602/19 603/12 611/2 611/25
613/3 613/18 613/22 622/8 622/19
622/19
overall [4] 587/16 589/5 593/2 617/14
overlap [2] 510/2 511/8
overlapping [1] 575/11
overnight [1] 608/12
Overruled [1] 507/5
oversight [1] 571/14
own [5] 516/19 525/11 591/14 592/18
592/23
owned [2] 513/25 582/8
owners [1] 501/20
owners/operators [1] 501/20
owns [1] 579/16

# P

PA [1] 452/3
package [5] 538/22 543/12 549/22
605/24 609/23
page [26] 456/2 462/3 462/4 463/13
464/11 474/1 476/5 479/1 481/10 482/7
484/2 484/8 488/7 489/9 489/16 490/25
495/11 496/4 515/13 515/15 548/23
557/13 558/16 558/17 559/4 568/9
page 106 [1] 464/11
page 107 [1] 474/1
page 2 [1] 557/13
page 52 [1] 548/23
page 56 [1] 462/3
page 57 [1] 462/4
painful [1] 507/10
Papantonio [1] 452/2
paper [6] 524/17 524/17 543/10 543/23
548/1 554/21
paperwork [4] 525/11 526/4 526/9
526/13
paragraph [8] 535/25 557/12 557/13
557/15 558/18 559/2 559/8 569/18
parallel [7] 597/5 597/7 598/2 599/19
599/22 601/11 607/18
Paralysis [1] 519/23
Pardon [1] 469/14
part [30] 465/3 473/24 478/15 479/10
480/5 482/17 484/19 485/16 486/25
491/8 491/10 491/23 492/1 492/17
505/17 528/8 530/19 530/20 535/24
538/15 546/24 559/23 571/2 571/11
581/12 582/16 598/4 604/18 618/18
622/20
partial [2] 574/9 574/23
participant [2] 499/14 591/10

participants [1] 499/7
participate [4] 560/1 585/12 618/8 618/22
participated [3] 499/6 592/20 619/10
participation [1] 561/20
particular [19] 488/18 489/1 548/3 550/20 551/17 551/21 552/7 571/16 572/10 579/19 592/2 605/10 611/3 613/21 614/1 614/17 616/16 616/18 618/2
particularly [3] 598/12 606/18 620/23
particulates [5] 615/20 615/22 616/15 616/23 617/1
parties [37] 457/5 457/12 457/13 457/20 457/24 458/3 458/5 458/14 460/6 471/14 479/3 503/20 508/14 509/6 509/8 509/15 509/15 510/3 510/4 510/7 511/22 515/17 530/17 570/8 570/9 570/22 571/1 571/9 571/12 573/13 573/14 575/16 576/14 576/22 578/8 589/16 618/10
parties' [5] 458/5 458/6 460/8 510/23 511/5
parts [3] 491/25 531/10 556/9
party [4] 516/8 520/13 525/18 539/3
party' [1] 568/20
pass [8] 467/15 467/19 467/23 468/1 469/19 488/18 489/2 553/14
passed [1] 559/19
past [3] 475/17 494/5 577/16
paste [1] 483/5
path [1] 601/24
paths [1] 607/18
PAUL [1] 453/22
PC [3] 452/9 455/2 455/7
peer [7] 618/3 618/6 618/6 618/9 618/10 618/14 618/18
peer-review [1] 618/18
Penn [1] 514/4
Penn State [1] 514/4
Pennsylvania [1] 454/10
Pensacola [1] 452/5
pentane [1] 541/23
people [25] 486/23 508/1 551/10 552/6 553/5 555/6 566/24 567/15 571/25 578/2 581/3 587/21 587/22 588/14 588/14 588/17 588/19 591/19 593/1 593/5 593/6 593/7 594/22 598/16 599/9
percent [7] 493/18 493/20 493/23 494/2 503/2 503/13 545/16
perfect [2] 490/3 490/6
perform [2] 479/14 523/1
performance [6] 485/1 485/7 580/6 580/19 583/12 583/24
performed [2] 618/3 618/7
perhaps [2] 512/15 559/3
period [11] 480/21 483/1 493/5 493/8 493/9 493/10 544/19 561/5 584/10 597/23 617/10
Perkin [3] 457/12 509/24 509/25
permits [1] 515/3
permitted [1] 510/8
permitting [2] 600/5 600/22
person [3] 542/12 587/11 597/14
personal [1] 525/11
personally [1] 526/1
personnel [5] 472/23 479/16 479/24 480/10 485/21
perspective [2] 517/9 565/19
pertain [1] 460/22
pertains [1] 512/16

PETITION [1] 451/8
petroleum [10] 455/11 455/14 514/3 514/6 554/13 556/17 581/23 582/2 582/7 586/10
Phase [25] 457/22 458/9 458/10 458/20 459/9 459/17 501/7 501/9 501/13 501/22 511/16 511/18 511/20 511/22 515/10 522/1 522/4 522/10 570/11 572/25 573/2 573/2 573/13 573/16 580/12
Phase I [2] 501/7 501/9
Phase II [2] 501/13 501/22
Phase One [11] 458/10 458/20 459/9 459/17 511/16 511/18 511/22 522/1 522/4 570/11 580/12
Phase Two [9] 457/22 458/9 511/20 515/10 522/10 572/25 573/2 573/13 573/16
phone [9] 587/18 588/18 594/13 596/5 596/6 596/7 596/8 596/8 596/9
phonetic [1] 500/10
phrase [3] 526/22 528/15 531/7
pick [1] 503/24
piece [13] 478/21 488/22 524/17 565/6 565/10 565/13 566/7 566/10 566/25 613/20 614/6 614/9 614/10
piece-of-cake [1] 566/25
pieces [2] 531/15 554/4
pinch [2] 527/21 565/21
pipe [17] 500/3 543/19 543/19 563/20 601/25 603/15 609/25 610/9 610/10 610/16 610/11 613/4 613/20 620/14 620/16 622/13 622/13
pipeline [2] 469/7 470/23
piping [1] 532/6
place [14] 478/19 485/1 485/6 498/6 550/14 569/5 570/25 581/1 593/11 594/3 596/22 604/10 605/8 618/14
placed [5] 521/16 538/25 543/9 557/19 614/7
placement [1] 521/25
places [2] 540/9 549/14
Plaintiff [1] 578/7
plaintiffs [8] 451/18 451/21 452/2 452/6 452/9 452/12 452/15 503/19
plan [88] 461/8 461/15 462/21 463/8 463/24 464/2 464/4 464/8 464/20 464/22 465/3 465/10 466/21 468/23 468/25 471/11 471/15 472/21 473/2 473/3 477/6 478/16 480/6 481/11 481/17 481/18 481/25 482/4 482/9 482/13 482/15 482/20 483/3 483/7 483/13 483/19 484/19 484/20 484/24 486/9 486/16 504/9 504/12 510/11 518/14 518/16 518/20 519/1 519/17 520/16 520/18 520/21 520/22 522/18 523/20 523/21 523/25 524/3 524/5 524/8 524/10 524/13 524/14 524/15 524/20 524/23 524/24 525/9 525/10 525/12 525/15 525/16 526/14 542/10 543/3 548/16 549/12 550/19 552/10 552/12 552/13 552/17 567/5 567/10 567/20 594/9 602/7 622/6
plane [1] 507/24
planned [4] 505/17 537/11 562/3 593/21
planning [2] 475/14 477/5 520/25 521/3 551/16 579/18 602/6 606/1 607/22 615/16 615/17 617/14
plans [10] 462/25 470/17 477/16 505/15 506/2 514/21 518/25 526/2 552/24 579/19
platform [1] 471/21

play [4] 459/23 508/16 508/22 580/20 591/10 [3] 458/20 594/5
Plaza [1] 579/24
PLC [5] 453/19 453/22 454/4 454/7 454/11
plea [1] 586/16
please [47] 457/3 463/14 464/7 465/23 469/4 472/2 473/8 473/13 474/2 480/7 483/6 483/21 484/4 485/3 489/7 490/5 491/12 492/20 495/18 496/21 500/24 505/1 505/9 505/10 506/3 506/7 509/4 513/8 519/8 519/24 542/18 543/1 545/1 548/18 553/25 558/19 560/24 561/7 568/10 578/18 578/22 581/15 599/21 615/25 616/2 618/25 621/4
pleasure [1] 615/6
plenty [2] 550/24 550/24
plug [3] 528/12 617/6 617/10
plugging [2] 563/19 617/9
plumbing [1] 603/2
plus [4] 480/19 481/5 483/18 484/16
pod [2] 610/1 616/13
point [36] 469/3 471/24 472/6 472/12 472/18 474/20 475/7 483/10 484/19 494/1 498/23 500/8 511/1 513/22 517/6 522/25 523/24 536/9 537/8 540/12 541/11 543/13 544/18 550/3 550/5 550/7 550/8 551/6 552/11 567/6 571/7 572/3 576/3 593/7 601/5 618/13
pointer [4] 540/1 543/15 543/17 616/2
points [6] 469/1 469/20 503/24 517/20 532/2 545/12
police [1] 586/1
policy [2] 477/3 477/10
Polk [1] 455/11
Pollution [1] 569/1
portion [4] 481/24 482/8 482/19 570/17
ports [1] 533/7
position [18] 524/9 528/14 529/1 529/11 529/15 529/16 529/24 530/5 530/7 530/19 579/9 580/2 580/5 580/15 582/14 583/12 584/16 616/20
possibility [2] 549/5 550/23
possible [21] 458/24 471/4 496/13 500/2 506/15 506/21 510/23 516/24 518/2 518/21 529/18 550/8 550/9 555/16 567/13 567/21 567/23 575/25 578/3 578/4 601/13
possibly [3] 598/6 600/11 602/8
post [12] 451/23 452/4 452/23 453/7 453/15 459/19 461/1 461/4 463/5 463/7 510/14 585/16
post-blowout [2] 463/5 463/7
post-incident [1] 461/4
post-trial [1] 459/19
posted [1] 458/21
potential [6] 463/16 501/10 540/20 591/24 598/24 611/14
potentially [9] 585/22 595/11 597/18 597/21 601/3 610/12 618/13 621/25 622/15
Poydras [4] 453/18 454/13 455/12 455/18
practicability [1] 530/6
practicable [5] 462/13 487/8 487/16 495/4 517/11
practical [3] 529/13 529/16 530/8
pre [4] 461/14 510/11 525/16 527/19
pre-made [1] 527/19
pre-spill [3] 461/14 510/11 525/16
prebuilt [1] 496/11
precedent [3] 487/17 487/25 490/13
precise [2] 477/16 529/4

**P**

precisely [5]  524/21 527/5 530/18 536/16 561/11
predecessor [2]  499/16 580/14
predesigned [1]  480/5
predict [2]  507/8 577/22
preexisting [1]  548/12
premature [1]  575/18
preparation [4]  478/16 585/17 600/16 600/22
preparations [2]  463/12 505/11
prepare [4]  465/17 521/12 596/14 606/12
prepared [6]  497/15 501/20 545/21 576/19 614/14 614/15
preparedness [4]  465/20 466/19 510/11 525/16
preparing [7]  462/25 496/23 508/1 609/1 609/14 617/17 617/17
preplanned [1]  552/19
PRESCOTT [3]  455/4 509/14 525/1
Prescott W [1]  509/14
present [5]  475/12 510/8 517/8 611/12 622/3
presentation [8]  498/14 499/6 508/19 510/24 619/2 619/5 619/10 620/6
presented [5]  492/2 554/21 607/24 608/14 621/6
presents [1]  475/12
president [15]  561/13 569/10 569/17 569/22 570/2 583/1 583/5 583/6 583/17 583/19 584/18 585/6 585/9 587/9 587/12
pressure [13]  500/20 523/9 535/14 535/17 536/16 536/17 543/23 602/24 621/13 621/15 621/16 622/10 622/14
pressures [8]  522/23 523/2 528/12 533/20 533/21 565/22 566/14 621/18
pressurizing [1]  622/7
prestaged [1]  531/21
pretrial [2]  570/12 571/6
pretty [10]  529/23 555/24 556/1 556/4 556/10 557/6 575/5 583/10 594/1 611/7
preventer [16]  527/1 527/19 531/14 531/25 532/3 532/15 533/3 533/7 535/8 537/14 541/4 548/13 549/12 549/18 549/22 552/21
preventers [6]  494/18 531/13 540/8 563/3 564/23 566/13
prevention [1]  480/13
previous [6]  493/9 493/10 493/17 493/20 499/12 510/21
previously [4]  510/5 512/19 534/4 580/11
primary [1]  561/24
principally [1]  464/2
principle [9]  535/2 535/5 597/12 597/15 597/22 598/1 598/4 598/5 599/19
principles [3]  596/25 597/3 609/17
prior [12]  460/23 461/7 461/14 466/4 528/23 531/7 587/1 606/7 606/24 608/20 611/19 614/2
priority [1]  468/6
probability [4]  497/17 496/24 497/4 497/14
probably [12]  485/4 499/23 500/19 511/10 512/17 540/18 564/22 574/4 576/15 601/9 607/3 623/2
problem [15]  510/18 541/5 541/9 541/19 541/21 552/14 553/10 553/11 556/5 562/21 562/23 563/9 603/15 611/19 620/13

problems [9]  504/22 540/20 540/23 540/24 541/4 541/12 603/2 603/20 609/3
procedure [4]  458/15 474/24 475/24 542/12
procedures [10]  471/2 482/1 482/10 482/21 485/23 498/16 498/17 505/19 555/14 596/15
proceed [2]  578/24 615/4
proceeding [2]  570/13 597/14
proceedings [3]  455/24 623/5 623/12
process [32]  462/12 480/18 481/2 482/4 482/23 483/24 484/11 485/13 485/16 487/7 488/20 491/17 492/7 495/2 497/13 506/24 507/19 508/2 538/1 545/24 553/9 596/11 596/13 605/5 612/19 617/15 618/18 618/20
processes [1]  471/20
processing [1]  604/25
Proctor [1]  452/3
produce [1]  604/12
produced [1]  473/1
producers [3]  546/9 560/4 560/5
production [17]  451/10 453/18 453/18 453/21 453/21 454/3 454/3 454/6 454/6 454/10 454/10 472/23 479/4 582/20 583/3 583/16 604/25
products [2]  479/15 541/23
professional [4]  514/6 514/7 554/7 586/21
program [1]  499/3
programs [1]  515/3
progress [8]  488/6 594/15 595/13 595/14 595/25 608/11 609/1 622/15
progressed [2]  599/22 600/25
progressing [1]  596/2
progression [1]  620/3
project [3]  475/21 499/12 520/17
projects [1]  555/11
promote [1]  504/25
proof [1]  557/10
proper [5]  512/22 512/25 518/14 520/16 567/5
properly [2]  477/7 501/20
propose [1]  508/16
proposed [2]  571/13 573/16
protection [2]  554/12 554/14
proves [1]  475/6
provide [13]  467/11 470/21 478/10 479/16 480/9 480/10 485/20 500/1 562/2 595/7 598/17 598/19 618/11
provided [4]  509/9 595/20 600/12 603/6
providers [5]  559/24 591/16 591/23 591/24 598/6
provides [1]  470/17
providing [1]  608/25
provisions [1]  477/3
prudent [2]  480/3 480/5
PSC [2]  457/11 457/25
public [1]  458/22
publications [3]  527/25 584/24 585/2
pull [14]  505/1 506/5 560/23 568/9 574/3 581/15 589/1 607/5 609/9 610/24 615/25 620/15 620/15 621/4
pulled [5]  602/23 604/17 604/18 613/3 613/17
pulling [1]  564/23
pump [2]  617/3 617/22
pumping [3]  604/11 605/7 616/16
purpose [15]  466/18 467/10 529/3 530/13 565/14 581/8 581/10 585/18 586/8 592/12 616/17 617/20 618/9

618/10 619/5
purpose-built [1]  539/3
581/10 592/12 616/17 617/20
purposes [4]  459/12 573/13 574/22 607/22
push [2]  616/21 617/3
pushed [1]  540/6
pushing [2]  540/4 617/11
put [33]  488/22 507/23 516/20 523/21 531/9 531/17 533/13 533/19 533/23 535/19 536/23 542/10 543/22 543/22 543/23 548/13 550/14 551/19 552/20 553/25 556/8 565/23 569/14 572/2 585/20 589/2 598/2 601/3 605/8 610/14 612/17 613/20 614/8
puts [1]  559/10
putting [2]  532/6 548/1

**Q**

Q4000 [4]  604/7 604/12 605/5 617/22
qualifications [2]  515/23 515/24
qualified [3]  473/13 494/17 497/13
quality [1]  504/21
quantification [7]  571/4 571/9 572/20 573/7 573/9 573/12 575/7
quantify [2]  492/20 566/23
question [49]  462/5 462/17 463/21 464/6 464/14 472/2 472/5 473/8 474/6 476/5 478/23 480/24 483/6 483/21 483/22 484/8 485/3 486/17 488/13 488/24 488/25 489/7 489/10 489/17 490/5 490/24 491/1 491/12 491/24 492/21 495/10 495/18 496/4 496/5 497/16 504/13 522/6 522/7 525/3 535/10 536/5 536/9 537/6 556/3 563/5 564/10 567/14 572/8 612/12
questioning [2]  540/19 548/3
questions [18]  462/20 476/24 481/6 494/16 497/23 500/24 504/11 506/20 506/22 508/10 530/25 532/11 540/25 552/9 570/3 570/5 572/2 595/11
quick [5]  471/9 537/6 550/16 593/22 594/21
quickly [9]  467/7 479/18 486/22 545/4 550/11 557/6 602/19 603/10 603/12
quite [3]  462/2 575/16 589/10
quote [6]  463/18 484/3 516/17 556/19 556/25 568/3
quotes [1]  569/13

**R**

R-A-Y [1]  513/10
Rafferty [1]  452/3
raised [6]  510/5 512/19 522/5 524/25 557/2 588/6
raises [1]  517/19
raising [1]  540/19
ram [12]  523/17 523/17 528/10 536/7 539/16 539/24 543/10 543/19 543/19 543/20 544/5 544/9
rams [2]  532/17 603/1
ran [1]  598/11
rapid [2]  462/15 468/25
rapidly [1]  496/13
rare [4]  492/16 492/19 492/20 492/22
rate [11]  520/24 521/1 521/4 540/6 556/13 591/6 591/7 591/8 591/9 615/21 617/3
rather [6]  463/19 465/11 469/1 569/6 574/18 589/21
Rating [4]  467/15 467/19 467/22 468/1
ratings [1]  601/21
Ray [1]  513/9

Case 2:10-md-02179-CJB-DPC Document 12757-5 Filed 04/25/14 Page 196 of 204

RE [2]  451/4 451/7
reach [4]  512/12 598/5 598/10 621/25
reached [2]  598/9 598/9
reaching [1]  491/20
read [12]  459/20 499/25 505/16 511/7
519/21 538/20 556/23 557/1 577/6
590/1 594/15 607/9
readily [4]  531/24 535/18 537/10 557/5
reads [1]  498/16
ready [16]  529/14 560/9 576/4 578/10
606/8 606/9 606/23 606/25 607/4
608/17 608/20 608/22 608/24 615/2
615/13 615/14
ready-to-be-designed [1]  560/9
real [7]  497/1 524/13 525/12 545/4
552/10 552/12 552/13
real-world [3]  524/13 525/12 552/10
realize [3]  532/23 590/1 607/8
really [9]  466/15 511/13 511/16 556/7
556/7 560/11 586/12 603/12 603/17
reason [7]  497/13 518/9 525/13 536/14
559/18 564/3 567/10
reasonable [4]  476/1 476/9 547/24
548/2
reasonably [4]  462/13 487/8 487/16
495/4
reasons [6]  475/14 492/14 492/15
501/15 569/2 595/22
rebuilt [1]  616/13
rebuttal [4]  515/16 521/12 530/20 551/5
recall [10]  465/22 466/13 469/16 494/11
502/22 522/20 555/16 555/17 561/15
619/9
recalling [1]  497/12
recalls [1]  546/21
recent [1]  498/16
recess [6]  508/23 509/2 509/3 578/15
578/17 622/25
recipe [2]  506/21 507/2
recipient [1]  584/24
recognize [3]  478/7 519/10 542/6
recognized [1]  500/19
recognizes [3]  474/16 474/23 475/3
recollection [4]  470/3 470/13 489/9
489/11
recommend [4]  581/2 596/16 596/20
615/1
recommendation [3]  502/4 559/7 614/20
recommendations [1]  595/23
recommended [2]  501/13 596/14
recommending [2]  595/25 614/11
reconstruction [1]  555/9
record [16]  478/24 513/8 570/14 570/18
571/2 571/10 572/14 572/16 574/22
575/17 575/19 578/22 579/2 589/3
608/1 623/12
recorded [1]  455/24
records [1]  465/15
recovery [3]  479/25 559/1 559/12
redacted [2]  511/23 512/3
redirect [3]  503/18 503/21 570/4
reduce [4]  503/1 503/12 597/20 615/22
redundancy [2]  562/2 562/3
redundant [1]  543/21
refer [2]  503/9 547/12
reference [13]  465/14 515/13 546/2
546/10 546/17 547/25 572/19 591/15
603/8 604/15 613/13 620/18 622/18
referenced [6]  499/3 547/2 604/3 609/6
612/23 621/7
references [1]  591/5

referencing [1]  612/14
referred [4]  457/25 500/1 565/20 588/1
referring [6]  476/6 485/11 501/5 503/5
563/1 568/8
refers [2]  503/10 505/21
reflect [3]  608/3 608/4 609/3
reflected [2]  500/6 582/15
refresh [3]  470/2 470/13 489/11
refreshes [1]  489/9
refurbished [1]  585/20
refute [1]  555/3
regain [1]  461/2
REGAN [1]  453/22
regard [4]  465/10 468/15 494/9 526/12
regarding [2]  512/18 522/10
regards [2]  496/23 593/23
region [2]  469/9 487/17
regional [11]  468/20 473/20 481/10
481/25 482/9 482/19 584/18 585/6
585/9 587/9 587/11
registered [1]  514/5
regular [2]  533/3 556/17
regulation [5]  466/7 497/6 516/17 517/3
518/1
regulations [12]  464/20 510/10 512/16
515/1 515/4 515/6 516/12 516/13
517/10 524/23 554/17 554/18
regulators [2]  515/4 515/5
regulatory [8]  499/11 515/2 524/16
526/5 526/7 526/9 526/13 586/3
rehearsed [2]  465/9 465/12
relate [2]  514/1 520/25
related [5]  536/1 541/15 554/8 585/7
612/24
relates [4]  471/1 490/11 490/11 525/12
573/12
relating [4]  461/1 488/8 521/3 558/22
relationship [2]  524/12 592/7
relative [2]  460/23 586/16
relatively [3]  522/21 537/4 543/25
release [1]  610/7
released [2]  498/18 613/4
releasing [1]  545/6
relevant [2]  553/1 572/21
relied [2]  557/21 563/12
relief [29]  465/4 479/25 480/13 491/10
491/16 491/23 492/4 499/23 500/8
537/14 600/4 600/5 600/6 600/21
600/22 603/8 603/9 603/10 603/13
603/17 603/20 603/21 603/22 604/1
622/2 622/3 622/5 622/9 622/15
rely [5]  495/2 571/2 571/12 573/5
573/15
relying [2]  546/23 557/15
remain [3]  512/4 584/10 587/5
remained [2]  587/6 620/8
remaining [2]  508/16 512/1
remark [1]  573/21
remarks [1]  569/16
remember [8]  479/5 494/7 496/18
502/25 503/2 504/1 506/22 579/4
remotely [3]  472/12 472/20 483/12
removal [7]  606/17 606/18 606/19 609/7
611/20 612/12 612/19
remove [5]  545/5 611/7 611/9 611/13
620/11
removed [4]  538/23 545/6 557/17 611/6
removing [2]  609/12 609/20
rental [1]  552/4
reopen [1]  621/20
repeat [7]  472/2 473/8 485/3 489/7
490/5 491/12 495/18
reply [1]  531/1

report [29]  487/6 487/15 488/1 494/7
510/10 511/8 512/4 515/14 515/16
515/22 521/9 521/12 544/14 547/5
548/21 548/23 548/25 551/5 568/7
568/10 568/12 568/12 568/14 568/21
report's [1]  571/17
reported [2]  583/21 608/23
Reporter [3]  455/18 623/9 623/17
reports [4]  526/19 528/18 577/7 594/14
represent [1]  460/19
representation [2]  575/9 590/9
representative [2]  508/17 591/12
representatives [1]  467/2
represented [4]  465/3 585/13 586/17
595/9
representing [2]  479/9 479/14
represents [2]  477/10 478/15
request [5]  538/16 558/13 558/21 574/5
599/15
requested [4]  468/1 505/23 584/1 584/6
require [6]  474/4 496/11 504/22 517/10
524/23 559/14
required [8]  461/24 479/24 489/5 489/13
497/7 502/20 530/4 612/16
requirement [4]  488/23 496/13 516/23
518/20
requirements [7]  462/7 462/11 462/13
462/14 463/25 464/8 496/12
requires [2]  499/20 524/23
research [3]  486/8 502/5 518/24
reserve [2]  458/18 512/15
reservoir [6]  491/19 492/13 582/19
582/21 585/2 621/9
reservoirs [4]  579/16 579/16 579/17
579/19
resolved [1]  584/11
resource [4]  579/10 579/13 579/15
582/18
resources [5]  453/10 465/4 473/3
561/25 591/1
respect [17]  481/1 483/23 484/10
494/21 510/15 512/4 512/14 516/10
524/22 546/19 563/12 568/1 569/24
573/8 608/19 609/4 620/8
respectfully [1]  519/2
respond [13]  463/9 472/22 473/6 473/10
483/14 484/21 488/10 523/12 525/13
525/19 574/21 588/14 603/7
responded [4]  482/16 535/10 562/18
581/11
responders [1]  475/16
responding [6]  463/16 473/15 521/15
587/20 589/6 596/24
response [67]  462/21 462/24 463/24
464/2 464/4 465/10 466/19 466/21
467/18 467/22 468/6 470/17 471/10
471/13 471/15 472/21 475/2 477/4
479/11 480/12 481/11 481/17 481/18
481/25 482/9 482/20 483/3 483/7
483/13 483/19 484/20 484/24 485/2
485/7 485/14 485/23 504/8 504/12
505/15 505/17 505/19 506/1 514/21
524/10 524/14 524/15 524/20 525/8
525/15 558/13 558/21 558/23 559/24
561/10 561/14 585/20 589/3 589/11
589/15 589/18 590/2 591/7 591/16
591/18 593/9 595/2 602/13
responses [1]  553/8
responsibilities [3]  516/13 518/3 579/12
responsibility [2]  516/23 568/25
responsible [6]  472/25 516/8 568/20
579/14 579/15 579/21

**R**

rest [2] 570/9 577/19
rested [1] 578/7
resting [2] 570/19 572/17
restore [1] 584/19
restrict [1] 615/22
result [3] 529/22 530/14 586/20
results [5] 490/16 490/21 490/22 490/23
491/5
retained [1] 515/9
return [1] 584/6
returning [2] 583/7 584/7
review [4] 462/24 465/15 561/4 618/18
reviewed [1] 463/8
reviewing [2] 509/25 514/20
Revision [1] 542/16
Revision 2 [1] 542/16
RICHARD [3] 453/14 455/8 528/19
Richeson [1] 455/11
Rick [1] 457/15
rig [23] 451/4 524/6 531/15 531/22
531/23 533/5 537/11 537/12 537/24
538/7 545/7 552/22 556/9 564/21 588/4
602/20 603/12 603/25 605/4 606/5
613/1 613/4 622/9
right [41] 458/19 459/21 460/21 469/8
477/7 479/1 486/3 491/13 498/6 502/14
504/5 505/15 506/11 506/18 508/6
508/7 512/13 517/5 529/21 530/16
538/17 540/13 540/15 541/3 560/13
561/15 562/13 567/17 574/6 584/6
591/5 592/13 597/8 603/24 607/25
608/3 616/9 617/19 621/15 622/22
623/4
right-hand [1] 591/5
Right-Of-Way [1] 469/8
rigs [11] 513/16 513/25 514/19 524/6
524/7 524/8 531/10 531/11 603/11
606/6 611/9
ring [1] 560/21
riser [13] 533/4 538/22 540/14 545/5
545/6 545/7 545/8 549/25 605/24
608/10 609/23 612/1 613/4
risk [13] 461/25 477/10 484/1 490/1
490/4 490/7 490/14 491/3 492/18
506/25 620/18 621/19 622/2
risks [10] 489/24 501/19 518/13 609/16
618/12 618/18 618/20 618/20 618/21
619/25
RITT [5] 600/9 601/7 601/8 604/17
604/19
road [4] 536/1 552/5 552/14 554/20
ROBERT [3] 454/6 454/10 460/13
ROBERTS [1] 454/16
ROBIN [2] 452/10 503/19
robust [2] 518/14 518/16
role [16] 561/10 561/14 579/15 580/14
580/20 584/8 586/12 587/10 589/14
590/3 590/4 590/20 591/4 591/6 591/16
614/11
roles [2] 587/9 587/10
room [7] 455/18 593/14 593/17 595/6
595/11 598/13 598/16
rooms [1] 592/24
rope [2] 525/23 616/18
rota [1] 588/13
Rouge [1] 452/24
roughly [1] 494/2
routine [2] 539/10 540/7
routinely [1] 564/19
ROV [2] 494/12 600/3
ROVs [7] 472/16 540/3 540/20 541/13

602/20 602/23 610/2
Royds [1] 451/12
RP [1] 516/12
rubber [1] 616/17
ruin [2] 610/12 612/13
ruining [1] 612/14
rule [3] 459/17 574/9 575/17
Rule 52 [2] 574/9 575/17
run [6] 583/7 584/8 589/11 589/19 610/5
616/3
running [5] 520/4 520/11 593/9 609/22
621/21
rupture [8] 521/16 521/18 521/20 521/22
522/10 620/23 621/11 622/19
Russia [1] 583/3 583/4 583/7 583/8
583/25
Russia/Kazakhstan [1] 583/8
résumé [1] 515/21

**S**

safely [1] 606/19
safety [38] 462/12 468/5 472/20 480/18
481/2 482/4 482/23 483/12 483/18
483/24 484/11 485/13 485/16 487/7
488/20 491/17 495/2 497/13 506/24
506/25 507/7 507/9 507/14 507/19
508/2 514/7 514/10 515/19 554/6 554/7
554/17 555/1 555/19 555/20 585/24
586/2 586/2 586/5
Safety's [1] 586/8
said [31] 457/15 464/9 465/9 465/11
473/24 473/25 474/11 482/6 490/20
503/12 517/7 517/16 518/24 558/10
562/15 562/21 563/24 568/5 578/5
583/14 587/24 588/1 588/2 588/4 588/8
600/7 602/11 604/6 606/4 612/12
614/13
Salazar [14] 538/16 558/6 560/15
561/22 563/6 590/11 594/2 594/25
595/2 595/8 595/17 596/8 598/11
619/11
Salazar's [4] 558/13 558/21 591/11
596/6
same [22] 483/4 496/6 511/19 512/19
525/20 527/6 528/4 528/5 532/18 544/8
565/2 571/23 573/11 574/4 593/25
595/7 600/25 603/16 604/10 604/11
620/7 620/10
sand [1] 621/23
Sandia [1] 591/1
sands [5] 621/22 622/7 622/10 622/14
622/16
sank [1] 613/4
SARAH [1] 453/15
sat [4] 534/20 592/20 593/13 593/17
satisfied [2] 525/17 614/24
satisfy [1] 488/23
satisfying [1] 526/13
Saucier [1] 468/20
save [2] 548/10 548/15
saw [11] 525/17 528/5 554/24 555/4
564/25 566/10 566/15 566/19 610/12
612/1 613/7
saws [1] 555/6
say [37] 458/11 465/10 484/14 487/6
487/15 488/17 489/1 490/18 511/14
512/2 513/20 530/12 533/16 546/13
552/18 554/9 556/5 557/16 557/21
557/23 557/25 558/12 558/16 559/11
559/13 565/12 568/5 568/17 572/5
573/19 574/23 580/24 581/5 588/18
599/2 601/16 606/15
saying [17] 500/19 502/16 502/19

502/19 502/21 503/2 538/2 545/23
502/19 502/21 503/2 538/2 545/23
564/16 566/5 566/9
says [37] 466/7 466/18 477/14 477/20
481/18 483/18 493/16 500/14 501/8
501/12 501/25 502/8 505/15 505/16
505/17 506/5 506/9 510/7 517/3 518/1
527/1 535/21 535/25 542/16 544/3
552/1 552/4 557/24 557/25 558/2
558/21 559/6 561/20 561/24 567/6
568/18 584/23
scenario [6] 506/21 507/1 527/8 534/13
610/17 610/21
scenarios [3] 476/1 476/10 535/21
scene [2] 589/12 589/14
schedule [1] 562/1
scheduled [1] 608/8
Schell [1] 455/11
schemes [1] 515/3
Schlumberger [1] 591/25
science [11] 514/3 590/13 590/14
590/15 590/19 590/21 590/22 592/22
597/10 618/1 619/16
sciences [2] 581/22 581/22
scope [1] 501/7
SCOTT [1] 453/12
Scrabble [1] 520/4
screen [1] 542/4
screw [1] 562/23
sea [4] 534/16 537/20 546/8 583/20
seabed [1] 502/9
seafloor [8] 499/21 533/19 533/24 535/7
542/23 621/21 621/23 622/1
seal [4] 609/25 610/11 610/12 612/17
sealing [1] 557/16
seals [2] 612/13 612/14
SEAN [1] 455/5
search [1] 494/23
seated [3] 457/3 509/4 578/18
second [13] 472/12 493/16 520/2 525/4
538/2 576/6 598/3 600/5 600/6 603/12
612/24 613/11 616/7
Secondly [1] 518/23
secretaries [3] 561/22 563/6 565/7
Secretary [24] 538/16 558/6 558/13
558/21 560/15 560/15 590/11 590/12
590/15 590/25 591/11 594/2 594/25
595/1 595/2 595/8 595/10 595/17 596/5
596/7 596/8 598/11 619/11 619/11
Secretary Chu [7] 560/15 590/12 590/15
595/1 595/10 596/7 619/11
section [11] 451/5 453/10 470/19 471/1
472/25 481/15 487/6 505/10 505/11
535/20 535/20
Section 5 [1] 505/11
Section 5.1 [1] 505/10
Section 8 [1] 535/20
sections [1] 558/24
Sedco [1] 564/20
see [92] 465/25 466/6 466/10 466/24
467/3 467/5 467/10 467/12 467/16
467/20 467/24 468/2 468/5 468/10
468/12 469/10 469/24 470/5 470/19
470/21 470/24 471/22 476/13 477/18
478/20 478/22 479/13 480/1 480/8
480/15 481/9 481/17 481/22 482/6
483/15 484/2 484/6 484/18 485/10
486/1 487/9 488/24 489/8 489/17
491/24 493/4 493/21 493/24 496/20
498/10 498/15 498/19 499/10 499/21
499/24 499/25 500/17 500/21 500/22
501/12 501/14 501/23 502/6 502/9
506/9 511/24 520/20 528/7 530/1 535/2

see... [22]  536/17 541/14 549/14 552/11
558/16 559/4 559/6 562/13 574/18
575/20 575/23 576/11 592/10 600/17
600/19 607/9 608/7 611/16 613/8
613/16 613/17 616/25
seeing [6]  539/2 539/13 539/22 542/20
565/10 610/6
seem [3]  463/19 510/20 511/8
seems [2]  511/15 516/15
seen [7]  457/7 461/11 466/12 466/15
469/17 470/12 484/22
segment [4]  571/4 571/9 572/20 573/14
self [1]  586/1
self-police [1]  586/1
semisubmersible [1]  514/18
send [2]  576/13 588/4
sender [1]  468/21
sends [2]  561/16 590/9
senior [3]  583/19 594/25 595/10
seniormost [1]  580/8
sense [7]  462/12 518/15 567/18 567/20
567/21 567/22 567/24
sent [1]  558/12
sentence [5]  474/16 493/16 499/24
500/22 552/4
sentences [4]  499/25 500/1 557/16
568/13
separate [2]  460/6 506/11
series [2]  593/13 597/6
serve [1]  585/7
service [11]  462/14 466/8 482/3 508/17
559/24 565/8 591/16 591/23 591/24
592/1 598/5
services [8]  455/3 455/8 478/10 479/14
479/16 479/24 480/9 515/11
SESSION [2]  451/14 457/1
sessions [1]  598/11
set [25]  486/22 494/1 494/4 494/5
539/16 540/11 540/12 541/2 541/6
547/23 553/24 564/4 564/5 564/8
564/10 565/21 566/11 570/13 586/2
592/9 593/13 593/15 595/2 610/24
622/13
setting [5]  538/6 540/13 564/23 566/9
586/17
seven [15]  488/21 493/24 494/2 544/20
545/16 548/5 548/8 556/5 560/9 562/6
562/16 563/9 564/18 573/23 573/24
seven-day [1]  548/5
several [12]  488/21 506/22 513/25
514/5 516/15 524/7 551/19 568/18
585/12 592/9 598/11 606/11
severe [1]  497/14
severely [1]  492/13
shade [1]  600/15
shading [1]  600/13
shall [4]  479/15 480/9 506/1 506/10
shallow [2]  493/11 503/6
shape [1]  536/17
share [3]  585/11 586/4 586/4
shared [3]  553/4 586/7 594/24
Shaw [4]  580/11 580/12 580/13 580/14
she [7]  584/4 584/4 584/11 591/10
591/11 591/13 591/14
shear [1]  602/25
shears [1]  545/9
shelf [8]  469/8 493/1 493/11 493/13
532/15 552/5 557/6 562/22
Shell [5]  481/10 495/16 495/19 496/5
560/8
Shell's [8]  480/18 481/2 481/17 481/24

482/8 482/13 482/15 482/19
482/24 489/3 527/5
shift [4]  594/4 594/5 594/6 594/10
shoe [4]  621/1 621/3 621/11 621/20
shop [2]  551/12 551/13
short [5]  493/18 574/12 578/15 578/15
594/21
shot [2]  519/1 519/2
should [9]  457/14 471/11 471/14 471/18
471/19 475/21 541/10 572/6 593/11
show [12]  470/2 484/4 489/8 495/5
496/3 505/7 506/13 520/4 539/15 565/5
610/4 621/23
showed [6]  503/25 505/4 505/5 564/3
590/8 595/18
shown [1]  569/16
shows [4]  467/1 520/17 534/19 543/8
Shushan [6]  459/11 510/6 571/1 571/6
572/23 575/10
shut [34]  471/25 473/4 492/4 492/8
494/2 503/2 526/23 527/1 528/10
528/11 533/16 535/17 536/7 536/9
556/20 557/6 557/19 558/8 560/10
560/14 560/17 566/12 566/14 567/12
567/15 567/19 567/21 598/23 599/3
600/3 620/3 620/20 621/10 621/19
shut-in [2]  503/2 535/17
shutting [4]  471/20 537/9 565/10 565/12
side [12]  532/20 533/7 543/14 543/21
543/22 579/20 583/16 584/15 591/5
598/3 610/25 616/23
sides [1]  531/1
signed [1]  508/18
significance [8]  520/12 522/10 534/7
539/22 543/6 547/21 548/4 548/9
significant [4]  493/17 548/15 591/13
592/14
similar [7]  483/3 483/7 484/23 484/25
544/3 585/25 594/7
Similarly [1]  483/17
simple [6]  522/21 522/22 537/4 543/25
551/9 621/8
simply [4]  459/12 520/10 540/6 541/1
since [2]  539/9 573/22
SINCLAIR [1]  452/19
single [2]  474/23 488/22
siphon [1]  611/25
sir [25]  463/10 467/13 467/17 469/11
470/22 482/18 483/16 485/12 491/6
495/8 498/11 499/5 499/22 501/1 503/3
520/23 523/18 532/16 533/11 537/5
539/6 542/7 547/22 554/2 623/2
sit [4]  483/2 511/19 550/20 551/10
site [1]  593/5
sits [2]  549/11 610/19
sitting [7]  527/7 530/12 531/16 542/23
565/18 610/23 617/22
situation [23]  463/5 463/11 472/22
479/23 481/20 483/14 484/21 507/2
508/5 519/23 520/15 534/13 534/16
534/24 535/17 541/15 563/18 567/9
597/4 597/17 601/25 610/22 622/12
situations [5]  500/20 507/11 507/20
540/14 591/5
six [2]  592/10 601/8
sixth [1]  523/23
size [2]  532/15 593/10
sizes [1]  532/2
skimming [1]  562/9
skip [1]  510/23
skirt [1]  539/23
slated [1]  574/1
slide [9]  498/14 499/4 499/12 581/17

584/22 589/2 589/4 619/20 621/8
slides [2]  500/6 621/6
slightly [1]  603/13
Sloan [1]  582/1
Slope [1]  582/19
slow [1]  553/9
slowly [1]  533/20
small [4]  533/8 540/2 607/9 617/9
smaller [2]  614/5 614/9
SMITH [8]  455/4 509/14 517/7 525/4
547/17 557/9 576/6 577/23
Smith's [1]  517/6
smoothly [1]  620/15
so [181]
so-called [1]  532/15
Sohio [2]  582/7 582/18
Soileau [1]  452/12
sold [1]  616/18
solid [1]  600/13
solution [9]  477/15 560/9 562/6 562/16
563/9 564/1 564/17 599/3 622/5
solutions [3]  501/10 562/17 592/3
solve [3]  510/17 562/21 562/23
solved [2]  534/24 556/5
solving [1]  552/14
some [63]  458/16 458/17 458/18 458/23
458/25 464/5 465/12 474/8 474/11
476/6 476/23 490/1 491/13 492/10
492/12 499/20 511/7 511/15 512/24
514/9 514/10 517/19 528/10 528/11
529/8 530/18 537/8 540/19 546/6
547/25 548/7 552/8 555/1 572/3 572/25
573/6 573/8 573/10 573/10 574/2
574/23 575/25 578/1 579/12 581/17
584/10 584/22 587/3 590/19 595/20
598/9 600/12 600/13 602/3 603/15
604/3 604/14 609/6 609/16 619/9
619/15 620/7 622/9
somebody [4]  569/8 572/2 572/3 577/16
somehow [5]  528/15 528/23 529/13
549/3 572/20
someone [5]  527/4 550/2 558/12 558/14
562/18
something [16]  458/12 459/24 489/19
496/16 496/16 497/3 497/4 532/7
533/24 548/1 548/10 551/15 573/20
589/25 602/1 618/13
sometime [2]  544/17 607/3
sometimes [2]  504/24 592/22
somewhere [3]  535/9 564/22 605/7
soon [8]  471/4 516/24 517/11 518/2
518/21 567/13 567/21 567/23
sooner [1]  574/19
sophisticated [1]  609/24
sorry [20]  469/22 485/4 493/15 495/9
505/2 506/4 509/20 510/4 521/25 528/6
546/5 546/16 555/12 556/3 557/11
558/17 560/5 564/8 604/5 613/11
sort [6]  459/18 526/13 551/24 554/5
554/6 570/13
sorted [1]  606/14
sorts [4]  520/12 535/3 539/11 540/22
sound [3]  477/6 525/2 525/22
sounds [2]  535/23 583/10
source [109]  460/23 461/8 461/15
462/15 463/7 466/14 468/23 468/25
470/24 471/3 472/19 473/22 481/17
481/18 481/24 482/1 482/4 482/8
482/10 482/16 482/19 482/20 483/11
502/8 504/5 511/3 511/6 515/19 516/10

source... [80] 516/24 517/25 518/1
518/2 518/14 518/16 518/20 518/25
519/17 520/13 520/16 520/19 521/10
522/11 522/17 522/18 523/5 524/2
524/8 524/13 526/1 526/14 527/22
528/1 528/19 545/21 547/15 550/19
551/4 552/10 553/1 553/8 555/23
555/25 558/10 559/23 567/5 568/3
568/19 571/11 572/21 573/6 573/9
573/12 575/22 580/4 580/20 580/22
581/2 581/4 581/12 584/15 584/17
585/8 585/17 585/18 586/22 586/24
587/16 589/3 589/6 589/17 589/18
589/23 590/21 590/24 591/12 592/4
592/9 593/2 593/19 595/15 596/11
596/13 596/17 597/1 597/23 599/22
600/24 602/12
sources [1] 545/18
South [4] 452/4 452/12 454/3 582/21
South America [1] 582/21
SPE [1] 498/5
speak [2] 512/1 512/17
speaking [1] 517/7
speaks [4] 510/10 510/12 510/14 510/15
specialists [3] 477/25 481/20 482/13
specialty [2] 478/10 554/3
specific [11] 462/11 480/21 480/22
481/25 482/10 482/20 483/25 486/12
486/14 506/2 529/2
specifically [6] 459/22 460/3 501/6 510/7
530/9 598/14
specify [1] 489/20
speech [1] 545/23
spelling [2] 513/8 578/22
spend [2] 569/4 605/18
spent [5] 518/24 566/18 566/24 567/7
591/13
spill [44] 451/4 461/14 462/20 462/24
463/24 464/1 464/4 465/20 466/8
466/13 466/19 466/21 470/17 470/23
470/23 471/4 471/10 471/15 472/18
472/20 481/11 481/18 481/19 481/25
482/9 482/19 483/2 483/7 483/11
483/13 483/19 484/20 484/24 504/8
504/12 510/11 524/10 524/14 524/15
524/19 525/8 525/15 525/16 585/16
split [1] 500/15
spoke [1] 618/20
spot [1] 521/20
spring [1] 613/18
SPU [6] 485/14
spudded [2] 603/9 603/12
spudding [1] 600/4
square [1] 592/14
SS [2] 542/13 542/14
stab [1] 602/23
stabbed [1] 602/25
stable [1] 491/19
stack [50] 461/24 494/21 494/24 495/12
495/16 495/20 495/22 495/25 496/8
496/11 497/7 497/19 500/14 502/17
502/20 502/24 503/1 503/13 506/10
527/19 532/14 532/20 534/4 535/11
535/12 536/7 537/4 539/16 539/25
544/4 544/5 544/9 545/14 549/12
549/13 549/16 550/3 550/5 550/14
551/13 551/17 551/21 556/2 556/5
564/2 599/15 600/8 614/2 614/4 614/5
stacks [10] 494/16 494/18 506/6 506/15
506/18 530/9 532/18 533/3 552/21
599/14

staff [2] 473/22 582/22
stage [10] 555/16
stages [1] 583/15
stand [1] 572/2
standard [18] 463/4 463/7 463/16
463/19 488/4 488/5 488/10 500/6
500/12 501/16 501/18 502/1 502/17
522/3 554/13 586/17 600/4 611/7
standards [4] 487/18 488/2 586/11
586/14
standby [1] 480/4
standing [7] 473/3 529/14 530/2 595/3
595/12 607/19 613/9
standpoint [1] 491/17
stands [1] 542/13
Stanford [2] 581/25 582/1
start [13] 513/13 536/16 539/11 539/18
543/17 552/15 572/2 597/6 597/8
609/22 616/22 621/21 622/7
started [15] 475/22 513/17 514/14
514/15 518/3 523/10 523/23 537/13
538/17 588/23 600/22 604/13 612/3
612/4 614/16
starting [3] 537/12 544/18 551/19
starts [2] 552/13 617/3
state [10] 452/22 453/2 457/25 457/25
512/18 513/7 514/4 530/23 568/15
578/21
stated [8] 460/4 463/2 518/24 551/9
559/17 568/21 597/12 620/21
statement [3] 484/22 570/2 597/13
states [20] 451/1 451/10 451/15 453/6
453/9 467/2 501/6 513/19 514/16 526/7
558/7 561/18 563/8 565/8 565/9 569/11
569/17 573/15 620/6 623/9
States' [1] 452/18
stating [1] 569/22
statistics [1] 491/20
status [3] 575/19 596/4 620/23
stay [1] 577/12
steel [3] 611/24 612/2 612/10
stenography [1] 455/24
step [4] 486/13 566/2 578/14 587/8
Stephanie [2] 457/23 460/9
STEPHEN [2] 451/19 453/7
stepped [2] 562/15 562/21
STEVEN [2] 453/11 454/16
still [19] 475/9 475/10 501/16 502/1
517/25 527/4 548/15 572/15 577/20
584/12 584/13 602/20 606/14 607/2
608/7 613/5 613/23 619/13 620/22
stone [2] 597/8 598/4
stop [6] 518/9 524/17 589/6 590/18
616/7 616/8
stopped [5] 493/19 538/3 563/21 563/22
563/25
storage [1] 604/23
store [4] 604/22 604/23 605/1 605/7
straight [2] 541/21 613/9
straightforward [2] 477/15 553/12
stranded [1] 587/22
strategic [5] 485/1 485/7 580/6 583/12
583/23
strategies [3] 477/21 507/9 603/3
strategy [4] 502/12 580/19 595/22
595/25
Street [16] 451/23 452/4 452/7 452/13
452/16 452/23 453/4 453/18 454/3
454/7 454/13 454/16 455/5 455/12
455/16 455/18
strengthening [1] 601/3
strike [2] 458/24 590/7
strikes [1] 554/12

striking [1] 541/5
stringers [1] 621/23
structural [1] 500/3
structure [4] 587/15 589/5 593/11
596/22
structured [1] 589/11
stubs [1] 551/19
stuck [4] 603/15 610/10 611/10 620/16
studies [1] 494/13
study [17] 474/9 486/19 489/4 492/3
492/24 492/25 493/8 493/17 493/18
493/20 493/23 494/9 501/7 501/9
501/13 502/9 546/13
stuff [3] 536/3 552/5 572/9
stump [1] 608/8
subdivide [1] 483/21
subject [12] 512/25 522/1 522/2 525/20
525/20 570/10 570/19 570/25 571/8
572/17 572/24 615/5
subjects [1] 485/5
submission [3] 461/17 526/4 571/12
submitted [2] 464/22 482/3
subsea [6] 510/15 538/24 540/9 542/12
542/14 557/18
substance [1] 587/4
substantial [1] 510/1
substantive [1] 571/17
subsurface [3] 480/12 535/3 585/1
succeed [1] 508/1
succeeded [1] 537/9
success [1] 494/9
successful [1] 606/19
such [7] 500/23 506/13 524/4 529/17
535/14 550/12 569/7
sufficient [4] 461/25 462/8 462/11
491/18
sufficiently [1] 615/1
suggest [4] 458/18 520/4 538/24 557/18
suggesting [1] 539/3
suggestion [3] 525/7 539/8 559/3
suggestions [2] 558/22 611/6
suitable [2] 495/17 495/20
Suite [9] 451/23 452/4 452/16 453/18
454/13 454/16 455/5 455/9 455/12
Sullenberger [3] 507/17 507/17 507/21
Sully [1] 507/16
Sulphur [1] 469/7
summarize [2] 471/17 582/15
summarizes [2] 492/25 581/17
summary [3] 493/4 520/3 619/20
summer [2] 571/1 572/23
superintendents [1] 472/24
supervisor [1] 468/20
supplier [1] 551/12
support [10] 467/22 471/19 495/3 539/4
545/18 546/18 546/20 547/13 558/22
559/10
supports [2] 524/2 558/12
suppose [1] 535/12
supposed [4] 471/1 615/19 616/3
617/13
supposedly [1] 551/3
sure [26] 459/6 473/9 482/6 488/4 495/1
500/2 501/16 511/9 517/22 528/8 529/9
547/24 551/17 554/25 559/22 562/8
569/24 574/3 574/20 575/16 577/8
586/13 594/19 596/10 607/16 607/18
surface [14] 480/11 502/24 503/5 503/6
503/10 503/13 527/12 533/5 535/2
564/11 566/6 589/17 620/21 621/10
surprise [1] 504/1
surprising [1] 607/7

**S**

sustain [6]  511/10 512/7 519/3 521/6
523/13 526/15
sustained [2]  512/20 521/5
Sutherland [1]  454/15
Swear [1]  513/4
switch [2]  544/13 552/8
sworn [3]  460/14 513/6 578/20
system [19]  472/20 480/19 481/2 482/24
483/12 483/18 483/24 484/11 485/17
485/23 488/5 488/22 490/4 490/8
511/17 533/4 537/14 546/13 593/11
systems [6]  471/19 475/2 495/3 527/6
554/24 586/2

**T**

table [2]  506/10 527/7
take [25]  471/8 486/8 488/9 506/6
508/23 509/2 532/17 550/14 550/19
553/10 567/10 568/24 574/16 575/18
577/12 577/19 577/23 580/12 587/11
603/22 603/24 604/8 605/23 621/24
622/6
taken [3]  559/20 605/11 616/10
talent [1]  598/7
talk [22]  487/2 490/10 506/17 512/22
536/20 551/4 563/4 568/7 574/6 574/11
581/18 587/3 587/15 596/23 598/1
599/13 604/4 604/14 608/15 615/3
615/10 615/18
talked [19]  458/13 473/19 474/8 479/5
494/17 498/5 519/5 524/15 537/21
545/11 548/14 565/16 573/7 578/9
584/7 596/21 602/11 615/10 618/20
talking [20]  490/12 498/12 502/11
502/13 511/16 511/19 523/6 533/9
534/17 539/5 539/10 551/23 556/2
562/7 563/12 564/19 565/13 568/6
575/5 596/9
talks [3]  499/19 500/4 551/2
Tammy [1]  509/5
tape [2]  539/11 539/18
target [1]  540/21
task [4]  550/20 564/14 564/15 566/18
tasks [2]  544/24 548/7
team [32]  472/21 472/22 473/1 473/22
477/7 481/19 483/14 483/19 484/20
485/24 486/3 576/10 588/7 588/11
588/16 588/22 588/24 589/5 590/7
590/13 590/14 590/15 590/19 590/21
590/22 592/5 592/22 594/11 595/6
607/16 608/14 619/16
teams [22]  486/22 559/16 589/4 589/23
592/5 592/5 592/12 592/10 592/10
592/15 592/18 593/9 593/12 593/14
593/24 596/22 597/10 607/19 608/11
608/23 609/14 618/1
technical [8]  472/21 477/8 484/20
584/23 585/2 591/6 591/7 591/8
technique [2]  500/2 538/8
techniques [1]  585/3
technology [17]  483/5 489/5 489/12
508/6 529/8 530/24 534/21 535/5 536/4
538/6 579/11 579/13 579/20 579/21
579/21 583/5 586/23
tell [27]  459/15 469/19 477/5 503/7
514/12 557/9 562/10 563/17 565/9
567/25 575/24 580/1 581/7 581/20
583/22 589/4 590/2 590/20 593/20
596/3 600/14 602/15 608/19 613/14
619/4 619/21 620/19
telling [3]  469/16 608/24 608/25

temperature [2]  535/14 535/16
tender [2]  572/5 572/8
tendering [1]  572/9
term [2]  538/23 556/24
terms [8]  486/16 486/22 486/24 526/24
529/24 529/25 530/5 576/24
test [6]  465/20 466/19 535/15 608/8
621/14 621/16
testified [21]  460/14 464/2 464/9 468/14
473/21 474/3 476/8 496/14 497/20
498/25 513/6 527/4 543/16 547/15
556/18 563/11 573/6 578/20 584/14
620/11 620/21
testify [9]  463/11 465/13 475/18 476/15
509/18 512/17 513/1 516/16 517/20
testifying [1]  475/19
testimony [31]  458/22 464/5 465/12
465/14 476/6 486/12 496/18 497/11
497/12 501/15 502/25 504/7 509/22
510/3 510/8 510/22 511/18 512/18
512/25 517/14 520/24 522/2 524/22
570/17 571/15 571/21 573/11 573/15
587/4 605/18 611/18
testing [4]  494/10 566/17 608/9 608/13
tests [1]  621/16
Texas [8]  454/17 455/6 455/9 514/6
571/25 572/1 581/23 581/24
text [1]  519/21
Thad [3]  589/9 590/22 591/9
Thad Allen [3]  589/9 590/22 591/9
than [11]  482/5 486/17 486/19 493/9
498/23 536/10 554/2 564/22 569/6
589/21 600/18
thank [39]  457/9 460/10 460/11 466/22
467/8 470/9 470/15 472/11 485/18
488/16 491/21 492/23 494/15 497/21
501/4 503/17 505/13 506/5 508/9
508/11 508/12 508/24 511/12 513/3
517/21 519/4 521/7 523/14 526/16
553/13 553/16 561/20 570/3 570/6
575/2 575/13 578/16 607/10 622/24
that [900]
that's [118]  459/6 459/9 460/4 461/3
461/10 461/16 461/19 461/22 463/2
463/5 470/8 471/6 474/25 475/9 475/13
477/9 478/14 478/18 480/5 482/12
482/22 485/9 486/11 486/21 486/25
487/1 488/1 488/6 489/3 491/21 492/5
492/17 493/12 494/4 494/4 494/15
494/19 495/21 495/24 496/1 496/6
496/9 497/20 498/10 498/12 499/3
501/8 502/14 502/18 505/22 506/12
507/8 507/23 508/8 512/24 515/13
517/11 517/12 519/21 528/3 529/23
530/19 530/20 530/25 532/7 533/18
536/12 536/21 536/22 538/20 540/3
540/13 542/13 543/12 544/1 545/16
545/17 546/2 546/10 547/18 548/15
548/20 550/7 551/25 552/18 552/25
554/9 555/15 556/10 556/16 557/21
558/10 559/1 559/4 559/17 562/25
564/14 565/5 565/23 566/9 566/15
567/1 567/5 567/6 567/9 567/14 567/23
568/8 568/21 571/3 575/9 578/3 578/5
581/11 582/12 585/15 609/19 613/8
their [27]  478/15 481/19 482/9 482/19
483/18 496/12 520/11 523/21 524/8
544/11 545/21 546/12 546/13 559/6
568/23 569/4 569/6 570/9 571/12
573/16 590/4 591/16 591/21 591/22
591/22 592/18 592/23
them [29]  459/17 508/21 510/23 510/24
523/24 527/12 547/5 559/21 565/9

567/7 569/18 572/2 574/3 576/9 585/3
591/3 591/6 591/6 592/20 592/20 594/21
595/11 598/9 598/14 601/15 603/16
609/15 611/11 618/6 622/12
themselves [2]  492/8 586/1
then [73]  460/6 476/4 476/5 476/17
479/18 481/13 487/11 496/5 497/5
498/5 499/10 506/17 508/22 511/9
512/14 512/17 523/17 524/5 524/6
525/18 528/3 535/24 547/7 543/19
543/20 546/6 546/7 547/24 551/2 562/3
565/20 565/22 565/25 566/11 567/9
568/17 572/3 572/4 576/10 582/24
588/9 590/10 591/5 591/15 591/15
592/4 592/5 592/9 594/18 596/15 597/8
597/8 600/4 600/5 600/9 600/13 603/22
604/12 604/17 605/24 610/12 612/7
612/8 613/3 614/15 614/17 614/19
616/3 617/1 617/7 617/8 617/25 621/20
there [128]  457/7 457/12 458/9 458/21
459/3 459/6 465/16 468/21 470/5
473/13 475/6 475/23 477/15 481/4
481/15 488/5 489/20 490/6 492/10
492/11 492/12 493/9 497/1 497/6
498/15 499/7 499/20 500/7 504/20
506/21 507/1 507/11 510/1 510/21
512/3 512/6 512/10 515/19 519/21
525/4 526/24 530/9 531/10 533/14
534/10 536/20 536/24 537/17 537/22
540/10 540/13 540/15 540/25 541/1
541/4 541/10 541/13 541/14 541/14
541/16 543/22 543/23 546/20 548/6
548/7 554/10 554/25 558/19 558/24
565/18 566/11 568/15 571/6 571/14
573/24 575/5 576/10 580/17 581/10
586/12 588/13 589/12 589/15 590/18
591/13 591/14 592/10 592/21 593/9
593/10 593/14 594/3 594/20 594/24
596/10 596/25 600/24 601/1 601/17
601/19 602/1 603/2 603/4 603/23
604/15 606/11 606/13 606/17 607/10
607/15 611/3 612/2 612/14 613/23
614/3 614/8 616/17 617/25 618/6 618/6
619/14 620/6 620/14 620/22 621/13
621/15 621/17 622/11
there's [48]  458/15 458/17 459/9 468/17
491/18 494/13 511/8 520/21 527/11
531/17 535/1 535/18 535/23 540/2
543/21 545/11 546/8 546/19 551/17
552/23 554/13 562/22 564/25 572/14
574/14 575/8 581/10 581/17 589/25
591/15 592/4 600/13 600/13 603/8
608/7 608/16 609/25 610/11 611/6
612/16 613/6 613/10 614/2 619/20
620/14 620/18 621/24 622/2
these [70]  458/2 463/19 475/1 482/5
500/6 502/23 506/11 510/20 510/22
518/13 520/12 520/20 522/20 530/25
532/17 533/8 533/18 535/3 539/11
546/17 546/18 547/2 547/16 547/16
547/16 547/21 548/7 550/13 551/9
559/10 559/19 559/23 565/11 569/16
575/11 575/25 576/19 586/20 587/5
587/6 587/10 587/13 592/15 592/18
593/10 593/12 593/14 593/19 593/24
599/24 600/12 601/5 601/11 602/9
602/11 604/19 607/6 607/17 608/11
608/13 608/25 614/18 614/21 616/6
616/9 620/10 622/7 622/8 622/16
622/16
they [129]  457/13 458/4 458/5 458/6
458/21 459/12 459/23 463/19 471/19
475/19 482/9 482/15 483/4 486/24

they... [115]  493/10 497/3 498/24
498/25 500/10 502/11 502/13 502/17
502/20 502/21 502/22 503/12 504/14
504/18 504/19 504/19 504/24 508/20
511/15 518/24 518/24 520/3 520/5
520/10 522/22 523/21 523/21 523/23
523/23 523/24 523/24 524/4 524/4
524/5 524/5 524/6 524/6 524/7 530/11
531/8 532/13 532/14 532/16 532/19
532/20 533/21 533/22 534/19 536/12
537/11 541/17 541/21 546/12 546/13
550/10 550/24 558/16 559/11 559/13
559/13 559/15 559/17 559/20 559/21
560/9 562/25 563/22 563/25 564/22
566/3 566/4 567/7 567/19 567/20
567/21 567/22 568/22 568/22 568/23
568/24 569/6 569/8 571/25 572/1 572/1
572/10 574/2 574/20 574/25 577/7
577/12 577/24 584/7 586/7 592/19
592/23 593/20 593/21 594/19 594/20
596/20 598/16 598/17 598/18 599/2
601/14 608/12 608/24 608/25 609/1
616/24 616/24 618/19 622/10 622/16
they're [1]  527/6
thing [16]  485/14 486/3 532/18 534/19
545/4 545/10 554/5 554/7 574/11
574/17 574/17 585/25 586/9 597/6
600/2 609/15
things [35]  457/11 460/21 465/7 472/9
475/1 482/5 494/14 502/11 507/6
518/19 522/16 534/11 535/23 536/22
541/8 541/10 541/16 541/16 547/25
548/7 552/2 552/6 552/16 554/10 555/6
565/16 567/16 574/23 597/6 597/13
600/12 600/18 601/1 601/6 616/19
think [67]  458/11 459/3 459/4 459/21
459/22 460/19 464/9 465/8 469/15
470/8 472/5 473/12 476/23 486/17
489/19 493/9 494/8 495/21 495/24
497/12 498/9 504/17 512/22 512/23
512/24 516/11 517/8 517/19 526/18
529/4 529/6 533/16 541/10 541/17
542/13 549/8 551/25 555/15 556/23
557/15 559/4 560/4 560/19 561/6
561/13 567/14 568/6 568/8 569/17
570/1 572/25 573/1 573/2 573/23 574/3
575/6 575/6 575/18 576/16 576/18
577/20 577/23 578/5 607/2 616/20
619/13 622/10
thinks [1]  572/3
third [10]  452/23 472/18 483/10 484/18
513/15 520/13 534/19 563/10 592/15
598/1
this [330]
Thomas [2]  452/2 453/11
those [73]  457/8 458/6 459/11 459/15
459/19 459/23 460/1 460/7 460/8 481/6
481/7 501/20 508/22 509/12 512/15
515/4 515/5 516/13 523/1 523/4 524/8
525/16 526/9 528/22 531/12 532/20
532/24 535/21 540/22 540/22 540/24
540/25 541/7 541/8 541/16 543/15
543/16 545/20 546/23 550/13 554/9
560/1 565/16 567/2 568/1 571/10 574/2
576/7 577/12 577/25 578/2 579/17
579/19 581/3 582/23 583/21 586/16
588/16 588/19 592/6 594/14 600/14
602/5 604/4 604/14 607/23 608/3 608/4
608/5 618/21 618/23 619/21 620/7
though [5]  494/25 508/5 511/14 550/24
569/5

thought [4]  529/11 545/24 547/15 552/6
thousand [1]  611/23
thousands [1]  567/2
threaten [1]  613/25
three [27]  469/1 470/20 471/17 487/15
502/11 523/17 532/1 532/16 534/11
536/7 539/16 539/24 544/5 544/9 545/5
545/24 545/25 551/20 558/24 559/12
575/23 576/3 576/7 577/12 577/16
580/17 597/2
three-ram [6]  523/17 536/7 539/16
539/24 544/5 544/9
through [37]  464/11 476/6 476/17
480/24 482/7 484/3 484/8 495/11 497/5
507/10 510/8 511/19 527/8 531/1 533/4
541/4 541/6 541/22 544/23 545/3
551/12 558/18 563/19 572/4 572/9
573/25 575/10 575/10 577/15 578/9
582/13 584/22 598/8 601/20 607/6
611/11 618/19
throughout [5]  514/12 526/19 544/14
597/22 614/22
thumb [2]  457/23 460/3
Thursday [2]  573/3 573/4
tiered [1]  485/22
tight [1]  610/17
time [84]  459/2 475/7 483/1 485/6 493/5
493/14 494/1 494/21 498/21 498/24
501/14 501/22 503/2 503/12 511/11
512/2 515/17 518/22 522/15 522/25
523/21 531/1 541/11 542/24 544/19
545/17 546/12 546/14 548/5 548/8
548/9 548/11 548/15 550/19 550/20
550/24 552/11 561/5 562/25 563/2
563/10 565/7 567/8 569/4 569/18 570/8
571/24 575/19 576/12 580/2 580/5
580/15 582/5 582/13 583/18 584/11
585/4 586/23 591/11 591/13 593/7
593/25 594/4 600/15 600/20 600/25
601/2 601/5 601/10 601/20 601/22
602/1 602/20 603/6 603/16 605/18
606/14 608/14 610/15 611/7 611/9
614/24 617/10 617/10
timeline [17]  537/12 547/9 547/13 547/24
547/24 595/21 606/24
timelines [15]  595/18 595/19 595/19
607/21 608/25
times [3]  492/3 514/5 556/15
timing [1]  544/15
title [3]  505/10 542/14 580/5
title 5 [1]  505/10
titled [17]  460/5 469/6 479/2 589/3 590/1
599/22 619/20
TNK [1]  583/4
TNK-BP [1]  583/4
today [16]  473/19 474/8 475/9 483/2
487/12 492/2 499/1 502/25 503/8 511/4
568/6 577/14 584/12 584/13 586/6
604/15
together [18]  462/22 488/22 511/5 531/9
531/16 531/20 531/21 532/7 532/25
548/13 552/20 556/9 562/23 585/16
592/7 592/25 593/16 593/22
told [8]  482/18 517/12 517/13 559/10
561/2 563/23 599/20 617/13
tolerated [1]  490/1
Tolles [1]  454/18
Tom [1]  619/12
tomorrow [6]  573/3 574/15 577/15
577/17 577/21 623/1
Toni [5]  455/18 455/20 623/8 623/16
623/16
tonight [7]  574/10 574/18 576/11 576/13

576/19 576/22 578/3
579/11 581/11 ...
too [3]  474/25 485/4 577/1
took [6]  498/6 546/14 585/9 596/23
611/25 618/14
tool [1]  461/25
tools [7]  474/4 479/15 549/14 551/24
600/9 601/7 601/8
top [62]  489/15 508/18 508/20 510/13
510/14 510/14 512/24 538/25 541/2
541/3 541/15 543/12 543/20 550/12
557/13 557/19 561/7 577/4 589/8
589/25 600/1 600/8 600/9 601/3 601/7
601/8 601/9 604/8 604/10 605/25 606/7
606/21 606/24 607/1 607/25 608/2
608/16 608/18 611/25 612/21 613/21
614/7 614/8 614/24 615/3 615/12
615/13 615/16 615/17 615/18 615/19
615/20 616/3 616/11 616/23 617/15
618/4 618/7 618/14 618/21 620/3
622/18
Top Hat [4]  600/9 601/9 604/10 612/21
Top Hats [1]  601/8
Top Kill [31]  508/18 508/20 510/13
510/14 510/14 512/24 600/8 604/8
606/7 606/24 607/1 607/25 608/2
608/16 608/18 614/24 615/3 615/12
615/13 615/16 615/17 615/18 615/19
615/20 616/3 617/15 618/4 618/7
618/14 618/21 622/18
topic [6]  462/22 480/17 487/2 502/24
515/18 541/18
topics [5]  510/22 558/25 573/7 596/21
605/17
Torts [1]  453/6
total [3]  458/9 513/22 545/16
totally [1]  520/10
touch [1]  517/16
touched [2]  534/4 612/10
towards [1]  535/12
track [2]  598/2 599/19
tracks [2]  599/22 601/11
trained [1]  514/23
training [4]  592/12 592/13 592/16
592/17
transcript [6]  451/14 469/24 473/13
484/3 496/22 623/11
transcription [1]  455/25
transcripts [1]  509/9
translate [1]  503/14
Transocean [20]  454/12 454/13 454/14
454/15 454/16 454/17 454/18 454/19
454/20 458/1 508/13 509/6 531/11
531/13 532/22 535/18 537/15 544/10
564/20 577/10
transparent [1]  553/4
transplant [2]  584/4 584/5
traveled [1]  589/10
traveling [1]  617/7
tree [1]  527/19
tremendous [1]  535/6
Trevor [1]  576/6
TREX [21]  470/19 471/6 471/9 487/4
498/8 499/19 500/11 501/5 505/2 506/4
515/12 519/7 528/3 538/11 542/1 542/4
546/3 546/11 548/17 548/22 560/23
TREX-009345 [1]  546/3
TREX-011578R [1]  548/17
TREX-011581.1.1.HESI [1]  538/11
TREX-10072 [1]  519/7
TREX-11467.69.1 [1]  506/4
TREX-11578R [1]  515/12
TREX-11578R.52.1.HESI [1]  548/22

**T**

TREX-11625.1.HESI [1]  528/3
TREX-11750R.18.5 [1]  487/4
TREX-11753.12.1 [1]  470/19
TREX-11753.12.2 [1]  471/6
TREX-11754.29.7 [1]  471/9
TREX-11755.23.1 [1]  499/19
TREX-11755.42.1 [1]  500/11
TREX-11755.49.3.1 [1]  501/5
TREX-142994.0001 [1]  560/23
TREX-144043 [1]  546/11
TREX-3918.1.1.HESI [1]  542/1 542/4
TREX-6299.1.1 [1]  498/8
TREXs [2]  546/22 547/16
trial [5]  451/14 459/19 510/24 571/4
 571/11
triangles [1]  616/17
tried [6]  512/11 524/4 594/21 600/2
 602/12 602/23
tries [1]  512/6
TRITON [1]  451/8
trouble [1]  504/25
true [16]  459/10 463/3 463/5 474/15
 474/25 475/1 475/3 475/9 475/10 477/9
 482/22 493/11 494/4 504/19 575/12
 623/10
try [14]  464/6 485/5 560/14 569/8
 571/25 579/3 587/21 589/21 603/19
 604/11 605/4 610/2 612/10 620/3
trying [15]  517/17 529/24 540/18 552/16
 562/25 564/1 585/24 587/22 597/9
 599/8 602/15 602/25 610/24 611/13
 612/13
tubing [1]  563/20
Turlak [8]  475/18 500/22 532/5 533/9
 537/21 550/16 551/9 572/13
turn [7]  462/20 480/17 497/22 498/8
 498/14 526/18 538/19
turning [1]  573/22
turns [2]  553/10 603/4
Tusa [5]  455/18 455/20 623/8 623/16
 623/16
tweaks [1]  458/17
twice [1]  594/23
twice-daily [1]  594/23
two [42]  457/24 458/9 460/7 475/17
 499/25 508/16 508/20 508/22 511/20
 512/14 515/10 518/19 522/10 523/17
 528/19 531/18 533/22 534/15 537/1
 537/3 543/10 543/13 543/16 543/21
 551/18 551/20 555/20 567/16 572/25
 573/2 573/13 573/16 573/23 577/25
 578/2 590/5 600/14 603/9 603/13
 603/16 603/16 620/2
two-ram [2]  523/17 543/10
tying [1]  511/5
type [12]  514/19 522/23 530/8 532/22
 532/24 534/18 537/19 540/25 543/12
 544/23 599/17 603/15
types [6]  475/15 523/2 531/19 551/18
 570/14 608/25
typically [2]  591/3 617/18
typo [1]  457/12

**U**

U.S [4]  453/6 453/9 462/14 573/5
U.S. [1]  590/5
U.S. Coast Guard [1]  590/5
ultimate [5]  532/20 596/17 596/19 617/6
 622/5
ultimately [6]  476/18 532/13 532/14
 537/2 569/10 617/8

unable [1]  463/18 603/5
unambiguously [1]  487/17
unaware [1]  463/15
unbolt [1]  545/13
uncertainties [7]  475/15 475/19 475/20
 536/19 536/21 602/5 609/17
under [18]  459/10 464/19 477/4 480/8
 487/11 506/7 516/12 516/13 531/11
 547/7 559/2 570/24 574/9 591/9 592/6
 595/15 597/1 597/14
underground [2]  465/5 536/18
underneath [2]  583/20 621/21
understand [16]  458/14 470/16 490/19
 525/8 529/6 529/24 530/3 531/7 536/6
 558/3 560/16 590/24 593/22 601/19
 601/21 601/22
understanding [10]  460/1 486/9 511/21
 516/18 528/22 530/18 530/23 532/12
 618/19 623/12
understood [2]  474/3 594/4
undertake [6]  462/24 486/19 487/21
 487/24 488/2 492/3
underwater [1]  475/11
unexpectedly [1]  622/9
unforeseeable [1]  549/4
Unified [10]  508/18 581/2 589/10 589/13
 594/13 594/16 596/16 596/19 614/20
 617/25
unique [10]  473/24 474/4 526/19 527/10
 527/24 529/7 570/13 604/20 604/21
 605/9
uniqueness [1]  492/17
unit [8]  485/1 485/7 580/6 580/19 583/2
 583/12 583/14 583/24
UNITED [17]  451/1 451/10 451/15 453/6
 453/9 467/2 513/19 526/7 558/7 561/18
 563/8 565/8 565/9 569/11 569/17
 573/15 623/9
United States [11]  467/2 513/19 526/7
 558/7 561/18 563/8 565/8 565/9 569/11
 569/17 573/15
universal [1]  463/18
University [4]  581/23 581/24 581/25
 582/1
unknowable [1]  507/20
unknowables [1]  507/21
unknown [3]  507/11 565/17 565/18
unknowns [7]  536/19 536/22 565/16
 565/20 601/17 601/19 620/22
unlatching [1]  564/23
unlikely [1]  610/16
unlimited [3]  506/16 535/22 552/3
unpredictable [1]  507/20
unresponsiveness [1]  552/23
untested [1]  539/5
until [12]  477/16 491/9 491/16 523/24
 541/5 577/24 582/11 583/25 584/11
 584/11 587/6 622/25
unturned [2]  597/9 598/4
up [68]  460/21 473/3 473/22 486/22
 503/24 505/1 506/5 511/5 513/17
 515/12 519/7 519/24 524/6 528/2 532/9
 532/18 533/3 534/5 534/10 535/20
 538/10 538/13 538/21 539/9 541/3
 541/6 541/25 544/25 547/8 548/3
 548/17 553/9 553/25 555/20 560/23
 562/9 563/19 565/22 568/9 569/14
 577/12 581/15 586/2 589/1 589/2 590/8
 592/9 595/2 601/24 601/24 601/24
 603/14 607/5 609/9 610/11 610/19
 610/22 612/19 613/5 614/8 615/23
 615/25 616/20 616/25 621/4 621/10
 621/23 622/7

update [3]  595/13 595/20 607/20
updates [1]  595/19
updating [2]  595/14 609/1
upon [6]  571/12 573/5 573/15 584/17
 591/3 602/5
upper [1]  539/23
upstream [4]  579/20 579/22 580/9
 586/10
us [43]  457/14 469/16 477/5 482/18
 486/20 492/10 503/7 514/12 517/12
 517/13 524/1 545/3 546/22 557/9
 559/10 562/11 567/25 570/1 575/24
 578/2 578/6 591/13 591/19 591/24
 592/21 594/16 595/4 596/9 597/10
 598/10 598/19 598/25 598/25 599/17
 599/20 600/12 600/14 600/19 609/22
 610/14 617/11 619/21 623/1
usage [2]  495/17 495/20
use [29]  459/19 461/20 503/1 503/13
 507/15 512/24 526/25 528/15 528/16
 531/12 540/1 550/10 553/5 553/5
 554/25 556/9 556/20 557/22 557/25
 559/3 588/16 602/11 603/18 604/10
 605/4 606/8 609/11 610/2 613/8
used [32]  459/12 459/24 484/23 487/16
 509/10 522/3 524/7 526/24 529/7
 529/17 531/6 531/8 531/19 532/13
 532/13 532/14 532/16 532/20 534/15
 544/8 544/12 544/14 546/7 548/13
 557/9 560/10 563/22 570/21 570/23
 585/19 585/21 603/25
USGS [1]  591/11
using [15]  455/24 472/16 483/5 526/20
 527/6 527/10 535/11 555/6 556/8 589/4
 603/6 604/11 614/3 614/4 616/2
usually [2]  585/2 607/19
utility [1]  614/9
utilized [1]  492/4

**V**

valve [2]  527/19 620/3
valves [10]  507/24 532/19 533/14
 535/17 536/3 543/13 543/16 543/21
 601/2 616/14
variabilities [1]  475/15
variety [1]  592/5
various [9]  474/17 475/12 506/17
 525/16 570/14 595/15 598/8 619/15
 619/22
ventilation [1]  554/23
venting [4]  527/2 527/6 544/1 544/6
venture [2]  583/4 583/6
versus [1]  589/17
vertical [1]  499/19
very [68]  468/15 470/8 474/20 475/20
 477/9 477/9 479/18 484/25 485/17
 492/16 492/16 492/19 492/19 492/20
 492/20 492/22 492/22 496/16 497/4
 504/22 504/22 507/10 507/10 507/15
 512/8 517/17 529/7 537/2 545/20
 548/10 548/15 550/19 551/2 567/6
 569/24 569/25 573/9 575/2 575/14
 584/1 589/16 590/1 590/8 590/15
 593/21 595/2 595/24 597/2 597/3 599/5
 599/6 599/7 604/20 605/9 606/20
 607/21 609/24 610/11 610/17 610/19
 613/17 615/8 617/9 620/14 620/15
 622/4 622/12 622/13
vessel [6]  498/18 499/3 604/20 604/22
 605/6 605/9
vessels [1]  591/22
Vetco [1]  531/18

**V**

vice [3]  561/13 583/5 583/19
video [13]  459/23 508/25 509/7 509/10
 517/12 539/15 540/22 564/3 564/25
 565/5 566/10 566/15 566/19
videos [1]  517/15
view [3]  462/9 559/11 568/2
views [1]  524/24
virtually [3]  532/1 532/2 535/8
virtue [2]  466/3 478/19
visibility [4]  540/20 541/8 541/14 611/15
VOIR [1]  513/11
volcanic [1]  587/21
volume [3]  534/12 534/13 534/21
vulnerable [1]  620/25

**W**

walk [2]  545/3 582/13
walked [1]  584/22
wall [1]  559/13
want [44]  459/8 460/21 462/20 468/10
 469/2 469/2 480/17 484/4 487/2 490/10
 496/20 498/8 509/6 522/6 524/18 532/4
 533/6 533/13 533/15 544/13 544/15
 549/15 550/4 551/20 552/2 567/15
 567/19 568/23 574/14 574/14 576/15
 577/6 596/22 597/12 597/17 597/18
 597/20 603/17 603/19 605/18 609/22
 612/19 615/10 617/13
wanted [14]  458/15 504/12 504/15
 507/18 509/21 512/23 565/5 569/4
 594/20 595/4 595/18 596/8 597/19
 601/13
wanting [1]  567/15
wants [2]  458/11 573/19
Warnings [1]  555/6
warranted [1]  501/22
WARREN [1]  455/15
was [325]
Washington [6]  453/8 453/16 454/8
 454/11 455/16 598/12
wasn't [5]  529/16 530/4 556/25 591/13
 608/22
watch [2]  565/22 566/14
water [12]  493/11 498/23 503/6 507/25
 535/9 538/7 563/13 564/7 564/12 566/6
 583/11 612/9
way [33]  469/8 475/10 476/5 486/16
 486/18 490/24 504/17 510/9 528/10
 528/11 531/7 535/25 536/15 536/19
 536/23 552/14 565/17 568/5 571/23
 574/4 592/16 603/18 609/14 610/16
 610/18 613/3 613/16 613/18 613/18
 617/2 617/2 621/8 621/22
ways [1]  594/24
we [401]
we'd [2]  574/12 574/24
we'll [14]  469/19 469/20 480/7 507/13
 508/23 574/6 575/20 578/15 587/3
 598/1 604/3 604/14 606/22 610/2
we're [1]  616/15
we've [1]  610/8
weak [1]  521/20
weather [1]  548/6
website [1]  459/4
week [2]  588/15 588/17
weeks [4]  545/25 546/14 566/24 599/4
weight [12]  532/23 606/20 606/21 610/8
 611/10 612/3 612/24 613/20 614/3
 614/7 614/10 617/4
Weiner [1]  455/11
Weitz [1]  452/9

welding [1]  551/12
well [306]
wellhead [3]  535/7 549/19 564/24
wells [17]  491/9 491/15 492/4 492/7
 493/11 494/2 513/16 513/23 513/24
 523/2 534/9 555/24 603/8 603/9 603/13
 603/14 604/1
went [13]  462/5 485/4 486/13 527/7
 544/23 571/24 583/3 588/9 588/25
 598/13 598/15 614/19 618/19
were [166]  461/11 462/5 462/8 462/17
 463/21 464/16 465/16 475/19 475/20
 480/24 481/6 483/4 486/22 486/23
 486/24 487/8 488/13 489/9 490/12
 490/25 491/9 492/4 493/17 494/2
 497/11 498/12 498/23 498/24 499/11
 509/9 510/10 511/16 511/22 516/9
 517/15 521/15 521/16 523/5 528/15
 528/19 528/23 529/1 529/12 530/9
 531/8 531/10 531/11 532/21 534/4
 536/8 536/21 541/14 541/14 541/15
 541/17 546/7 547/16 559/19 559/20
 559/25 560/14 562/25 563/5 563/25
 566/18 566/24 568/23 569/6 569/7
 569/16 583/22 585/3 585/7 586/13
 586/16 587/20 587/22 587/22 589/20
 589/23 590/3 590/15 590/24 591/23
 592/15 592/19 592/24 592/25 593/1
 593/2 593/5 593/6 593/19 594/17
 594/24 595/15 595/21 595/21 595/25
 596/1 596/2 596/4 596/25 597/3 597/23
 598/15 598/22 598/24 599/8 599/9
 599/24 600/24 600/24 601/1 601/1
 601/4 601/11 601/12 601/17 601/19
 602/18 602/19 602/22 602/25 603/2
 603/4 603/5 603/6 603/6 603/7 603/9
 603/11 603/23 604/4 604/8 604/10
 605/16 606/11 606/12 606/20 607/2
 607/17 607/17 608/13 608/24 608/25
 609/1 612/7 612/8 613/13 614/14
 614/24 616/10 617/16 617/22 617/24
 617/25 618/6 618/18 618/21 619/6
 619/7 619/10 620/22 621/3 622/10
weren't [2]  606/9 608/24
West [4]  494/8 494/13 583/17 583/18
Westlake [5]  579/24 579/24 581/9 581/9
 589/24
what [245]
what's [14]  492/15 500/12 508/8 516/7
 530/11 532/12 544/1 552/1 565/19
 587/25 600/14 617/18 620/12 621/15
whatever [7]  518/3 518/9 531/2 536/14
 540/5 563/20 615/5
when [48]  458/21 491/14 492/22 501/20
 503/12 504/17 504/18 504/23 505/23
 513/13 513/17 520/15 520/15 523/10
 528/11 534/19 536/12 538/13 540/3
 544/5 549/12 552/13 555/15 563/22
 564/12 575/17 578/8 580/24 582/2
 583/3 585/9 588/18 591/12 594/3 594/5
 600/21 601/16 602/25 606/1 606/15
 611/23 611/25 612/9 613/2 613/15
 615/16 621/14 622/18
where [37]  477/15 486/5 487/6 511/25
 514/12 517/17 523/9 525/2 534/23
 540/14 546/15 549/25 552/1 568/17
 576/11 578/8 579/23 581/11 585/25
 586/11 589/10 589/17 589/17 589/19
 589/20 592/23 593/16 594/3 594/7
 594/10 595/3 596/4 598/12 605/22
 607/22 617/22 620/20
whether [26]  465/16 486/24 504/13
 504/14 506/20 522/2 523/10 525/16

 527/5 529/2 529/3 535/1 536/14 551/11
 551/11 557/6 575/25 594/19 602/1 602/2
 608/12 608/20
which [41]  460/5 470/20 486/16 491/20
 498/18 503/25 507/1 512/16 517/3
 517/8 518/2 536/13 537/11 541/22
 545/15 547/13 557/12 558/15 559/10
 562/24 564/3 568/6 570/13 571/8
 571/18 582/8 582/17 583/18 590/3
 592/2 594/24 600/3 600/10 603/25
 604/23 605/1 608/1 609/13 610/1
 611/24 618/22
while [6]  512/3 530/7 563/25 594/13
 594/14 622/6
white [2]  539/23 540/2
Whiteley [1]  453/2
who [23]  467/1 483/17 499/6 499/15
 507/22 508/18 515/9 527/4 528/19
 549/11 553/5 560/3 560/6 570/16
 572/13 576/3 579/7 588/19 589/9
 596/10 596/17 619/9 619/10
whoever [2]  459/1 595/9
whole [5]  505/10 556/3 577/13 589/11
 615/5
wholly [1]  568/20
whom [1]  500/10
whomever [1]  596/7
why [22]  512/23 516/4 527/11 530/25
 536/21 536/22 549/7 552/18 565/5
 565/23 567/1 567/5 567/18 572/6 572/9
 574/13 587/8 599/7 601/11 603/8
 604/18 606/10
wide [1]  541/6
wife [2]  584/1 584/3
wife's [1]  584/9
Wild [19]  478/4 478/21 478/25 479/7
 479/9 479/13 505/5 505/21 505/23
 535/19 535/25 542/4 542/11 543/3
 543/8 545/22 545/23 552/1 591/25
Wild Well [18]  478/4 478/21 478/25
 479/7 479/9 479/13 505/5 505/21
 505/23 535/19 535/25 542/4 542/11
 543/3 543/8 545/22 552/1 591/25
will [75]  458/21 459/7 470/2 470/8
 471/25 472/20 472/22 472/25 474/4
 474/24 475/16 476/23 479/22 481/13
 481/14 483/13 483/18 484/19 485/23
 492/1 494/24 495/4 495/12 500/19
 501/2 501/5 505/18 510/7 511/10
 511/14 512/15 520/5 539/15 541/4
 553/14 562/10 562/10 563/4 567/25
 567/25 570/16 571/3 572/19 573/2
 576/5 576/10 576/13 576/14 576/15
 576/16 576/19 577/8 577/12 577/13
 577/20 577/24 578/8 581/12 586/9
 598/2 599/25 601/6 607/6 609/19
 609/25 617/3 620/12 621/13 621/20
 621/20 621/21 621/22 621/23 622/25
 623/2
Wilson [5]  475/18 509/24 509/25 512/20
 571/19
Wilson's [2]  457/6 571/15
window [1]  612/9
WINFIELD [1]  452/19
wisdom [8]  538/24 539/4 556/20 556/24
 557/18 557/22 557/23 557/25
wish [1]  561/25
withdraw [1]  472/3
within [11]  458/6 458/22 460/8 494/2
 507/8 516/19 532/24 554/9 589/15
 590/5 599/3
Without [2]  457/8 457/17

**W**

witness [13]  508/15 508/23 509/13
512/22 513/4 525/19 532/10 547/8
553/14 575/22 575/24 576/6 578/11
witness' [1]  525/19
witnesses [16]  510/9 516/16 517/15
531/2 573/6 573/8 573/25 574/1 574/6
575/23 576/1 576/3 576/7 576/9 576/12
577/12
won't [1]  512/9
word [2]  520/6 560/22
words [2]  569/10 575/8
work [21]  474/24 475/24 488/6 491/8
494/24 495/13 507/2 544/22 558/8
574/4 579/7 579/8 581/4 581/12 585/4
592/15 594/22 600/12 615/19 616/3
617/13
workboat [3]  602/18 602/19 602/22
worked [22]  504/19 508/7 514/12
514/16 514/17 514/18 515/2 515/5
515/7 534/10 575/10 582/10 582/17
582/18 582/19 582/20 582/24 583/11
584/14 589/5 604/16 607/16
working [15]  480/22 513/13 514/14
514/15 520/17 560/14 561/3 582/25
583/20 583/25 592/19 593/2 593/5
601/11 614/21
workover [1]  582/20
Works [1]  519/13
world [13]  506/24 514/13 514/17 515/2
524/13 525/12 535/9 540/9 546/15
552/10 564/22 579/17 595/4
worry [1]  565/25
worrying [1]  536/25
worse [4]  597/4 597/13 597/20 609/18
worst [1]  534/12
worst-case [1]  534/12
worth [2]  559/12 559/15
would [182]
wouldn't [3]  567/7 567/21 613/18
wrap [2]  511/5 548/3
wrap-up [1]  511/5
Wright [1]  451/21
wringing [1]  536/25
write [1]  596/14
written [9]  461/8 461/14 461/17 461/20
464/1 464/3 483/4 515/3 586/12
wrong [4]  506/4 553/10 603/5 603/7
wrote [1]  465/8
Wyoming [1]  555/20

**Y**

y'all [1]  572/17
yard [1]  544/11
yeah [5]  499/18 512/21 572/11 612/7
620/10
year [9]  493/10 537/23 561/4 582/14
582/25 584/3 584/3 587/6 587/7
years [7]  504/20 507/16 513/17 513/20
513/22 538/5 582/11
yellow [3]  538/21 610/1 616/13
yes [252]
yesterday [2]  571/15 573/1
yet [6]  488/5 491/18 539/11 560/15
570/20 570/22
York [3]  452/11 452/11 455/8
you [827]
you'll [1]  500/24
you're [19]  463/15 491/20 494/17
494/24 495/19 496/10 556/11 556/13
559/23 560/2 564/15 568/6 577/4
584/23 584/24 603/18 610/18 618/11
623/1
you'd [3]  576/9 577/5 577/5
your [234]
Your Honor [58]  457/4 457/10 457/19
458/13 458/20 458/24 459/5 459/7
507/4 508/24 509/5 511/12 512/1 513/3
515/17 516/11 517/5 517/16 517/21
519/2 521/2 521/24 524/21 525/13
526/16 527/3 527/9 528/4 528/25
530/17 546/16 547/10 547/14 553/16
570/5 570/7 570/9 570/12 570/18
570/24 571/4 571/14 572/22 573/6
574/8 575/2 575/12 575/16 576/2 577/3
577/10 578/1 578/12 578/13 578/16
578/24 615/4 622/24
Your Honor's [1]  570/15
yours [1]  612/20
yourself [12]  554/2 554/11 554/16
554/19 554/23 555/3 555/8 555/13
555/18 555/22 562/20 563/8

**Z**

Z-I-E-G-L-E-R [1]  513/10
zero [1]  518/24
Ziegler [44]  509/16 509/18 509/21 510/1
510/2 510/10 511/4 513/5 513/10
513/13 515/18 516/4 517/24 519/10
519/22 520/2 520/9 521/9 522/9 523/16
525/25 527/9 527/16 528/14 530/20
531/5 534/3 534/8 538/13 538/20
539/13 539/21 542/3 542/20 543/3
544/13 545/3 547/3 548/20 548/25
553/13 553/19 570/6 570/23
Ziegler's [5]  512/4 515/14 515/16 515/20
568/9

Case 2:10-md-02179-CJB-DPW  Document 13475  Filed 04/29/14  Page 204 of 204