1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
    *DEEPWATER HORIZON* IN THE          *
5   GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                       *
6   Applies to:                        *   New Orleans, Louisiana
                                       *
7   Docket 10-CV-02771,                *   October 2, 2013
    *IN RE:   THE COMPLAINT AND*        *
8   *PETITION OF TRITON ASSET*          *
    *LEASING GmbH, et al.*              *
9                                      *
    Docket 10-CV-4536,                 *
10  *UNITED STATES OF AMERICA v.*       *
    *BP EXPLORATION & PRODUCTION,*      *
11  *INC., et al.*                      *
                                       *
12  * * * * * * * * * * * * * * * * * *

13

14              DAY 3, AFTERNOON SESSION
            TRANSCRIPT OF NONJURY TRIAL BEFORE
15           THE HONORABLE CARL J. BARBIER
              UNITED STATES DISTRICT JUDGE

16

17  Appearances:

18
    For the Plaintiffs:          Herman Herman & Katz, LLC
19                               BY:  STEPHEN J. HERMAN, ESQ.
                                 820 O'Keefe Avenue
20                               New Orleans, Louisiana 70113

21
    For the Plaintiffs:          Domengeaux Wright Roy
22                                 & Edwards, LLC
                                 BY:   JAMES P. ROY, ESQ.
23                               556 Jefferson Street, Suite 500
                                 Post Office Box 3668
24                               Lafayette, Louisiana 70502

25

OFFICIAL TRANSCRIPT

1   Appearances:

2

3   For the Plaintiffs:          Levin Papantonio Thomas Mitchell
                                   Rafferty & Proctor, PA
                                 BY:  BRIAN H. BARR, ESQ.
4                                316 South Baylen Street, Suite 600
                                 Post Office Box 12308
5                                Pensacola, Florida 32591

6

7   For the Plaintiffs:          Irpino Law Firm
                                 BY:  ANTHONY IRPINO, ESQ.
                                 2216 Magazine Street
8                                New Orleans, Louisiana 70130

9

10  For the Plaintiffs:          Weitz & Luxenberg, PC
                                 BY:  ROBIN L. GREENWALD, ESQ.
                                 700 Broadway
11                               New York, New York 10003

12

13  For the Plaintiffs:          Lundy Lundy Soileau & South, LLP
                                 BY:  MATTHEW E. LUNDY, ESQ.
                                 501 Broad Street
14                               Lake Charles, Louisiana 70601

15

16  For the Plaintiffs:          Morgan & Morgan
                                 BY:  FRANK M. PETOSA, ESQ.
                                 188 East Capital Street, Suite 777
17                               Jackson, Mississippi 39201

18

19  For the States'             Attorney General's Office
    Interests:                   BY:  COREY L. MAZE, ESQ.
20                                    WINFIELD J. SINCLAIR, ESQ.
                                 500 Dexter Avenue
21                               Montgomery, Alabama 36130

22  For the State of            Attorney General's Office
    Louisiana:                   BY:  JAMES D. CALDWELL, ESQ.
23                               1885 North Third Street
                                 Post Office Box 94005
24                               Baton Rouge, Louisiana 70804

25

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2

3    For the State of            Kanner & Whiteley, LLC
     Louisiana:                  BY:   ALLAN KANNER, ESQ.
                                       DOUGLAS R. KRAUS, ESQ.
4                                701 Camp Street
                                 New Orleans, Louisiana 70130
5

6    For the United States       U.S. Department of Justice
     of America:                 Torts Branch, Civil Division
7                                 BY:   STEPHEN G. FLYNN, ESQ.
                                 Post Office Box 14271
8                                 Washington, D.C. 20044

9

10   For the United States       U.S. Department of Justice
     of America:                 Environment & Natural Resources
                                 Environmental Enforcement Section
11                               BY:   THOMAS BENSON, ESQ.
                                       STEVEN O'ROURKE, ESQ.
12                                     SCOTT CERNICH, ESQ.
                                       A. NATHANIEL CHAKERES, ESQ.
13                                     ANNA CROSS, ESQ.
                                       BETHANY ENGEL, ESQ.
14                                     RICHARD GLADSTEIN, ESQ.
                                       JUDY HARVEY, ESQ.
15                                     SARAH HIMMELHOCH, ESQ.
                                 Post Office Box 7611
16                               Washington, D.C. 20044

17

18   For BP Exploration &        Liskow & Lewis, APLC
     Production Inc.,            BY:   DON K. HAYCRAFT, ESQ.
     BP America Production       701 Poydras Street, Suite 5000
19   Company, BP PLC:            New Orleans, Louisiana 70139

20

21   For BP Exploration &        Kirkland & Ellis, LLP
     Production Inc.,            BY:   J. ANDREW LANGAN, ESQ.
     BP America Production             HARIKLIA "CARRIE" KARIS, ESQ.
22   Company, BP PLC:                  MATTHEW T. REGAN, ESQ.
                                       PAUL D. COLLIER, ESQ.
23                                     BARRY E. FIELDS, ESQ.
                                 300 N. Lasalle
24                               Chicago, Illinois 60654

25

1   <u>Appearances</u>:

2

3   For BP Exploration &            Kirkland & Ellis, LLP
    Production Inc.,                BY:  MARTIN BOLES, ESQ.
    BP America Production           333 South Hope Street
4   Company, BP PLC:               Los Angeles, California 90071

5

6   For BP Exploration &            Kirkland & Ellis, LLP
    Production Inc.,                BY:  ROBERT R. GASAWAY, ESQ.
    BP America Production                JOSEPH A. EISERT, ESQ.
7   Company, BP PLC:                     BRIDGET K. O'CONNOR, ESQ.
                                   655 Fifteenth Street, N.W.
8                                  Washington, D.C. 20005

9

10  For BP Exploration &            Covington & Burling, LLP
    Production Inc.,                BY:  ROBERT C. "MIKE" BROCK, ESQ.
    BP America Production           1201 Pennsylvania Avenue, N.W.
11  Company, BP PLC:               Washington, D.C. 20004

12

13  For Transocean Holdings         Frilot, LLC
    LLC, Transocean Offshore        BY:  KERRY J. MILLER, ESQ.
    Deepwater Drilling Inc.,        1100 Poydras Street, Suite 3700
14  Transocean Deepwater Inc.:     New Orleans, Louisiana 70163

15

16  For Transocean Holdings         Sutherland Asbill & Brennan, LLP
    LLC, Transocean Offshore        BY:  STEVEN L. ROBERTS, ESQ.
    Deepwater Drilling Inc.,        1001 Fannin Street, Suite 3700
17  Transocean Deepwater Inc.:     Houston, Texas 77002

18

19  For Transocean Holdings         Munger Tolles & Olson, LLP
    LLC, Transocean Offshore        BY:  MICHAEL R. DOYEN, ESQ.
    Deepwater Drilling Inc.,             BRAD D. BRIAN, ESQ.
20  Transocean Deepwater Inc.:           LUIS LI, ESQ.
                                         GRANT A. DAVIS-DENNY, ESQ.
21                                       ALLEN M. KATZ, ESQ.
                                   355 S. Grand Avenue, 35th Floor
22                                 Los Angeles, California 90071

23

24

25

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For Halliburton Energy        Godwin Lewis, PC
 3   Services, Inc.:               BY:   DONALD E. GODWIN, ESQ.
                                         JENNY L. MARTINEZ, ESQ.
 4                                       BRUCE W. BOWMAN JR., ESQ.
                                         PRESCOTT W. SMITH, ESQ.
 5                                       SEAN W. FLEMING, ESQ.
                                   1201 Elm Street, Suite 1700
 6                                 Dallas, Texas 75270

 7
     For Halliburton Energy:       Godwin Lewis, PC
 8   Services, Inc.:               BY:  R. ALAN YORK, ESQ.
                                        GWENDOLYN E. RICHARD, ESQ.
 9                                 1331 Lamar, Suite 1665
                                   Houston, Texas 77010
10
11   For Anadarko Petroleum        Kuchler Polk Schell Weiner
     Corporation, Anadarko           & Richeson, LLC
12   E&P Company LP:               BY:   DEBORAH D. KUCHLER, ESQ.
                                   1615 Poydras Street, Suite 1300
13                                 New Orleans, Louisiana 70112

14
     For Anadarko Petroleum        Bingham McCutchen, LLP
15   Corporation, Anadarko        BY:   WARREN A. FITCH, ESQ.
     E&P Company LP:                     KY E. KIRBY, ESQ.
16                                 2020 K Street, N.W.
                                   Washington, D.C. 20006
17
18   Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                                   500 Poydras Street, Room HB-406
19                                 New Orleans, Louisiana 70130
                                   (504) 589-7778
20                                 Toni_Tusa@laed.uscourts.gov

21

22

23

24
     Proceedings recorded by mechanical stenography using
25   computer-aided transcription software.
```

OFFICIAL TRANSCRIPT

1                              <u>I N D E X</u>

2                                                        <u>PAGE</u>

3    MARK MAZZELLA
          Cross-Examination By Mr. Petosa              777
4         Redirect Examination By Mr. Brock            828

5    Trevor Smith
          Direct Examination By Mr. Collier            835
6         Cross-Examination By Mr. Miller              871
          Redirect Examination By Mr. Collier          903
7
     Adam Ballard
8         Voir Dire By Ms. Karis                       909
          Direct Examination By Ms. Karis              913
9         Cross-Examination By Mr. Brian               952

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         OFFICIAL TRANSCRIPT

1          **AFTERNOON SESSION**

2          **(October 2, 2013)**

3          **THE COURT:**  Please be seated, everyone.

4              Any preliminary matters?

5          **MR. IRPINO:**  Yes, one for the aligned parties.  We

6  have our list of demonstrative exhibits used and offered in

7  connection with Robert Bea yesterday, October 1.  We have sent

8  that around to all the parties.  There are no objections, so we

9  would like to offer, file, and introduce that into evidence.

10         **THE COURT:**  Without objection, those are admitted.

11                    **MARK MAZZELLA,**

12 having been duly sworn, testified as follows:

13                  **CROSS-EXAMINATION**

14 BY MR. PETOSA:

15 **Q.**  Mr. Mazzella, I would like to call your attention to a

16 document you spoke with --

17         **THE COURT:**  Since we have a new reporter, we need to

18 tell her this is cross-examination.

19         **MR. PETOSA:**  This is cross-examination.  I apologize.

20 BY MR. PETOSA:

21 **Q.**  Mr. Mazzella, I would like to call your attention to an

22 exhibit that you discussed with Mr. Brock on direct.  It's

23 TREX-2386.

24         **MR. PETOSA:**  If you could please call it up, Carl.

25

OFFICIAL TRANSCRIPT

**MARK MAZZELLA - CROSS**

01:03   1  **BY MR. PETOSA:**
01:03   2  **Q.**   This is the January of 2010 BP Gulf of Mexico deepwater
01:03   3  SPU that you spoke about with Mr. Brock.
01:04   4          You joined BP in 2005, sir?
01:04   5  **A.**   Yes, sir.
01:04   6  **Q.**   Did you join it as the well control SETA?
01:04   7  **A.**   No, sir.
01:04   8  **Q.**   How long did it take you to progress until you became the
01:04   9  well control SETA?
01:04   10  **A.**   I became well control SETA about three years after I
01:04   11  joined the team.
01:04   12  **Q.**   So it took you two years to work on this Well Control
01:04   13  Response Guide?
01:04   14  **A.**   No, sir.  This Well Control Response Guide, in part, is
01:04   15  what I have written and developed and provided for operators
01:04   16  over the previous 28 years.
01:04   17  **Q.**   That's the first time that BP published its own internal
01:04   18  Well Control Response Guide was in January of 2010, sir?
01:04   19  **A.**   No, sir.  They had a document standing prior to me getting
01:04   20  there.
01:04   21  **Q.**   Then you took the document and revised it into the
01:04   22  document that we discussed this morning as TREX-2386?
01:04   23  **A.**   No, sir.  That document still exists.  This one took its
01:05   24  place.  It's two completely different formats.
01:05   25  **Q.**   Let's talk about the document that's been marked as

MARK MAZZELLA - CROSS

01:05    1    TREX-2386 --

01:05    2              **THE COURT:**  Mr. Petosa, do you have a lapel mic on?

01:05    3              **MR. PETOSA:**  Let me put it on.  Sorry about that.

01:05    4                   Carl, if you could go to page 9 of Exhibit 2386.

01:05    5    Carl, I would like to have you blow up, if you could, please,

01:05    6    the first two paragraphs under Section 5.1.

01:05    7    **BY MR. PETOSA:**

01:05    8    **Q.**   Mr. Mazzella, I know with Mr. Brock you talked about the

01:05    9    first sentence:  "This manual is applicable for the BP Gulf of

01:05    10   Mexico deepwater business unit.  It's a guide to ensure that an

01:05    11   organized source control response to a well control event is

01:05    12   brought swiftly and efficiently into action."

01:05    13                  You did not talk about the second part.  Would you

01:05    14   agree, sir, that the manual you talked about earlier this

01:06    15   morning, the January 2010 Deepwater SPU Well Control Response

01:06    16   Guide, is a manual that provides a working methodology to

01:06    17   safely and effectively manage initial response to a well

01:06    18   control incident which would normally cover the first 48 hours?

01:06    19   **A.**   That's what it says.

01:06    20   **Q.**   Would you agree, sir, that this document is not a

01:06    21   how-to-fix-it manual?

01:06    22   **A.**   I would agree it's not a how-to.

01:06    23   **Q.**   You would agree, sir, it's not going to tell you what the

01:06    24   remediation tools are for source control?

01:06    25   **A.**   It provides the organizational infrastructure to begin

01:06  1   development of those tools.

01:06  2   **Q.**   Would you agree, sir, that the only actual source control

01:06  3   measure identified in this document, this 127-page document,

01:06  4   are relief wells?

01:06  5   **A.**   No, sir, that's not accurate.

01:06  6   **Q.**   Sir, I would like to refer you to the deposition that you

01:07  7   attended on May of 2011, May 24.

01:07  8          **MR. PETOSA:**  Carl, if you could please pull up

01:07  9   TREX-100231.

01:07  10  **BY MR. PETOSA:**

01:07  11  **Q.**   And I would like to refer you, sir, to page 163 starting

01:07  12  at line 23.

01:07  13         **MR. PETOSA:**  If you could pull that up for me,

01:07  14  please, Carl.

01:07  15  **BY MR. PETOSA:**

01:07  16  **Q.**   And pull out the question, sir, at line 23 to 25.

01:07  17         **MR. PETOSA:**  Pull that up, please, Carl.  And then to

01:07  18  the top, we are going to page 164 through line 7.

01:07  19  **BY MR. PETOSA:**

01:07  20  **Q.**   The question, sir:

01:07  21         "QUESTION:  All right, I've read through this

01:07  22      document, Exhibit 2386, and the only well source control

01:07  23      option that I see in it is relief wells; is that right?

01:07  24         "ANSWER:  Again, this is not how to fix it.  This is

01:07  25      the organizational infrastructure.  It's not going to tell

MARK MAZZELLA - CROSS

01:07    1        you what the remediation tools are."

01:07    2   A.    That's what it says, yes, sir.

01:07    3   Q.    So the bottom line is:  This is a document that gives

01:07    4   organizational guidance to BP, as you have talked about with

01:08    5   Mr. Brock?

01:08    6   A.    Yes, sir.

01:08    7   Q.    It's not a source control manual that identifies the

01:08    8   different options of source control to move forward with in the

01:08    9   event of a deepwater blowout in the Gulf of Mexico, correct?

01:08   10   A.    No, sir.  This is, in part, a source control document.  It

01:08   11   establishes setting up the teams and providing the

01:08   12   infrastructure to begin work on the details of a remediation

01:08   13   program.  It's the blueprint for every source control-type

01:08   14   operation there is in well control that I have ever been

01:08   15   associated with.

01:08   16   Q.    That blueprint is to attempt to activate the BOP through

01:08   17   ROV intervention or through other means, correct, sir?

01:08   18   A.    This document doesn't speak to that.

01:08   19   Q.    The other blueprint, as set forth by BP, sir, is to begin

01:08   20   or commence drilling relief wells, correct?

01:08   21   A.    This document prepares us for assembly of the teams to

01:09   22   start designing relief wells and implementing them.  Yes, sir.

01:09   23   Q.    But this document doesn't set up the plans on how to

01:09   24   actually go forward and shut in a blown-out deepwater well.

01:09   25   Correct, sir?

MARK MAZZELLA - CROSS

01:09    1    **A.**    No, sir.  As I mentioned previously, this is not a
01:09    2    how-to-fix-it.  This is to get the structure together and the
01:09    3    blueprint that gives the teams the tools to develop those
01:09    4    procedures.  Now, those procedures are going to be very
01:09    5    specific to the unique conditions of that well.  So it's
01:09    6    impossible to put all those pieces and tools into a complete
01:09    7    document because there's just so many variables.
01:09    8    **Q.**    And then you call in your well control experts.  You
01:09    9    mentioned some of them, Wild Well Control, Boots & Coots, Cudd,
01:09   10    correct, sir?
01:09   11    **A.**    Yes, sir.  They are part of the team.
01:09   12    **Q.**    You have, in fact, said that Wild Well Control is one of
01:09   13    the best offshore marine well divisions?
01:09   14    **A.**    Yes, sir, they have one of the most comprehensive marine
01:09   15    divisions.
01:09   16    **Q.**    And that's why, on April 21, 2010, when you were alerted
01:10   17    about the *Deepwater Horizon* blowout, you called Wild Well
01:10   18    Control, Pat Campbell, David Barnett, to assist you and BP in
01:10   19    responding to this event, correct?
01:10   20    **A.**    Yes, sir.  I called Wild Well Control, Cudd, and Boots &
01:10   21    Coots.
01:10   22    **Q.**    Sir, I would like to switch gears a little bit.  I would
01:10   23    like to talk about the Junk Shot and the Momentum Kill that you
01:10   24    spent some time talking about with Mr. Brock today, okay, sir?
01:10   25    **A.**    Yes, sir.

**MARK MAZZELLA - CROSS**

01:10  1   **Q.**   You mentioned, sir, that the Junk Shot peer assist, that

01:10  2   occurred on May 6.  But prior to that, you had to create the

01:10  3   terms of reference for the actual peer assist, and I believe

01:10  4   you talked about that a little bit with Mr. Brock earlier at

01:10  5   TREX-142916.

01:10  6          You put those terms of reference together, didn't

01:10  7   you?

01:10  8   **A.**   I don't recall if I did 100 percent myself or whether it

01:10  9   was a collaborative with some of the other team members, but I

01:10  10  would have been a part of it, yes, sir.

01:10  11  **Q.**   You sent this document, sir, 142346, to Mr. James Dupree,

01:10  12  right?  That's on May 5, 2010.

01:11  13  **A.**   That's what this e-mail says, yes, sir.

01:11  14  **Q.**   He was the head of source control with respect to the

01:11  15  *Deepwater Horizon* blowout, correct, for BP?

01:11  16  **A.**   Yes, sir.

01:11  17  **Q.**   You also copied Mark Patteson.  Mark Patteson headed up

01:11  18  the Top Kill Team that was formed following Exhibit 2386, the

01:11  19  deepwater well control guide; one of the teams you have

01:11  20  discussed, correct?

01:11  21  **A.**   Yes, sir.  Mark Patteson led our efforts in pulling

01:11  22  together the planning and procedures and all the diligence that

01:11  23  we did for the Top Kill procedure.

01:11  24  **Q.**   Okay.  And, sir, you asked Mr. Dupree:  "As requested,

01:11  25  please find the attached subject TOR" -- terms of reference.

MARK MAZZELLA - CROSS

01:11   1    "Once agreed upon, please forward your approval for the
01:11   2    communication to the relevant team participants."
01:11   3    A.    That's correct.
01:11   4    Q.    Mr. Dupree reviewed the terms of reference that you
01:11   5    provided to him on May 5, 2010, and gave you his approval?
01:12   6    A.    This isn't representative of his approval, but we would
01:12   7    have received it before we proceeded.
01:12   8    Q.    You would not have held a peer assist if Mr. Dupree didn't
01:12   9    approve the terms of reference that you provided to him as set
01:12   10   forth in the two pages following, Exhibit 142916, which is
01:12   11   page 2 and page 3.
01:12   12        MR. PETOSA:   Carl, if you can pull up page 2, please.
01:12   13   BY MR. PETOSA:
01:12   14   Q.    I know you talked a little bit about this with Mr. Brock,
01:12   15   but --
01:12   16        MR. PETOSA:   Let's highlight, if we can, the
01:12   17   "Purpose" up top, please, Carl, under the terms of reference.
01:12   18   BY MR. PETOSA:
01:12   19   Q.    You would agree, sir, that the purpose of the document was
01:12   20   to "briefly describe the proposed Assistance Team to peer
01:12   21   review program(s) in support of the above titled objectives" --
01:12   22   that would be the Junk Shot, the Bullhead, and the Momentum
01:12   23   Kill correct, sir?
01:12   24   A.    That's correct.
01:12   25   Q.    And it goes on to say:  "Which will provide synergy

MARK MAZZELLA - CROSS

01:12    1    between energy expertise and operational teams and reduce
01:13    2    reactive risks."
01:13    3            Correct?
01:13    4    A.    Yes, sir.
01:13    5    Q.    Now, sir, the "industry expertise" you have talked about a
01:13    6    little bit with Mr. Brock, correct?
01:13    7    A.    Yes, sir.
01:13    8    Q.    I would like to highlight who those people are.
01:13    9            MR. PETOSA:  Carl, if you could bring up Exhibit 3917
01:13   10    at page 1.  If you could highlight Section C, please, here
01:13   11    under "Peer Assist Team."
01:13   12    BY MR. PETOSA:
01:13   13    Q.    These are all the outside experts that you invited to join
01:13   14    BP in the peer assist of the Junk Shot, sir, correct?
01:13   15    A.    I don't know where this list came from.  Is this off of
01:13   16    the TOR?
01:13   17    Q.    No, sir.  This is actually the Junk Shot peer assist
01:13   18    agenda, which is Exhibit 3917.
01:13   19    A.    Again, I would like to look at the agenda so I make sure
01:13   20    I'm speaking correctly to it.
01:13   21    Q.    This is the agenda, sir, Exhibit 3917.
01:14   22            MR. PETOSA:  Carl, do you want to flare that down.
01:14   23    Let's go up to the top and highlight it.
01:14   24    BY MR. PETOSA:
01:14   25    Q.    See that, sir, "MC 252 Junk Shot peer assist:  May 6,

MARK MAZZELLA - CROSS

01:14    1    2010"?

01:14    2    A.    (No audible response.)

01:14    3    Q.    You don't dispute that that's the Peer Assist agenda, do

01:14    4    you, sir?

01:14    5    A.    I don't know that I have seen this.  I may have, but it's

01:14    6    not recognizable to me right now.

01:14    7             MR. PETOSA:  Carl, if we could, could we go to page 2

01:14    8    of Exhibit 3917.  If you could highlight the "Agenda" box down

01:14    9    to Number 4, Carl, under D, please.

01:14   10    BY MR. PETOSA:

01:14   11    Q.    You see that the "Welcome Remarks and Introductions" were

01:14   12    led by Mr. Dupree, the head of BP source control, correct?

01:14   13    A.    Yes, I do.  Thank you.

01:14   14    Q.    You attended this Junk Shot peer assist, correct?

01:14   15    A.    Yes, sir, I did.

01:14   16    Q.    You, in fact, set forth for all of those industry experts

01:15   17    that you called in BP's plan and procedure for the Junk Shot,

01:15   18    correct?

01:15   19    A.    Yes, sir.  I presented the methodology behind our program.

01:15   20    Q.    And at that time, you would have been the one that

01:15   21    developed the methodology for BP that was presented to the peer

01:15   22    assist, correct?

01:15   23    A.    No, sir.  It would have been a collaborative between the

01:15   24    teams that had been stood up.

01:15   25    Q.    But those were all BP teams at that time, correct?

MARK MAZZELLA - CROSS

01:15   1   **A.**   No, sir.  They were industry experts and contractors, well
01:15   2   control specialists.  It was a group of people.
01:15   3   **Q.**   But you're the one who presented that over 45 minutes,
01:15   4   correct?
01:15   5   **A.**   Yes, sir.
01:15   6           **MR. PETOSA:**  Carl, if we can go back to page 1 of
01:15   7   Exhibit 3917, please, and again highlight the bottom C,
01:15   8   "Participants."
01:15   9   BY MR. PETOSA:
01:15   10  **Q.**   Sir, you would agree that you brought in some of the
01:15   11  preeminent petroleum engineer professors in the country to
01:15   12  assist BP in this May 6, 2010 peer assist, correct?
01:15   13  **A.**   Again, this looks like a list of people that were invited.
01:16   14  **Q.**   You had members of Boots & Coots present, correct?
01:16   15  **A.**   Yes, sir.  As best as I can recall.
01:16   16  **Q.**   Cudd, Wild Well, the teams -- or well control specialists
01:16   17  you have indicated on direct, sir, that you would normally call
01:16   18  in with BP and that you have, in fact, reviewed the contracts
01:16   19  for for BP?
01:16   20  **A.**   Yes, sir.
01:16   21  **Q.**   It even has industry experts, Shell, ConocoPhillips,
01:16   22  Chevron, ExxonMobil, correct?
01:16   23  **A.**   That's correct, sir.
01:16   24  **Q.**   And that was --
01:16   25          **MR. PETOSA:**  If we go back, Carl, to page 2 of

MARK MAZZELLA - CROSS

01:16   1   Exhibit 3917.

01:16   2   BY MR. PETOSA:

01:16   3   Q.   Sir, go down to the agenda, how long did this event last?

01:16   4   It looks like --

01:16   5          MR. PETOSA:   If you look at the top, Carl, at Box 1

01:16   6   flare.

01:16   7   BY MR. PETOSA:

01:16   8   Q.   It looks like it started at 11:00 a.m. and, sir, it looks

01:16   9   like it finished at 5:00 p.m.  So did you spend about six hours

01:16   10  that day going through the peer assist?

01:16   11  A.   I'm not sure what the duration of this peer assist was.

01:17   12  If this is an agenda, it wouldn't be representative of the

01:17   13  actual time we spent discussing it.

01:17   14  Q.   Let's go to page 3 of the document -- page 2 of the

01:17   15  document, sir.

01:17   16         MR. PETOSA:   Carl, at the top, at A under "BP."

01:17   17  BY MR. PETOSA:

01:17   18  Q.   Now, Mr. Mazzella, were all these individuals from BP

01:17   19  present during the Junk Shot peer assist?

01:17   20  A.   I can't be a hundred percent sure if they were all there.

01:17   21  That was several years ago, but I think the majority of them

01:17   22  were there.

01:17   23  Q.   Let's start off here.  James Dupree, who was the head of

01:17   24  the BP source control effort, he was present, correct?

01:17   25  A.   I don't remember if James was there or not.

MARK MAZZELLA - CROSS

01:17    1    **Q.**    He at least gave the welcome and introductory remarks,
01:17    2    correct?
01:17    3    **A.**    Like I said, I'm not sure if he was there.  So he may not
01:17    4    have.
01:17    5    **Q.**    I'm just relying on the document, sir.
01:18    6          Mark Patteson, the Top Kill lead, he was present in
01:18    7    the peer assist, wasn't he?
01:18    8    **A.**    I believe Mark was.
01:18    9    **Q.**    You were clearly present during the peer assist?
01:18   10    **A.**    Yes, sir.
01:18   11    **Q.**    And Kurt Mix, who is Kurt Mix?
01:18   12    **A.**    Kurt was one of the team members that were working with
01:18   13    the engineering team.
01:18   14    **Q.**    Was he present?
01:18   15    **A.**    I don't recall if all these people were present.  Like I
01:18   16    said, this has been some time ago.  Whether or not those guys
01:18   17    were there, you know, the best of recollection, a lot of them
01:18   18    were, but I can't definitively say yes, they were all there.
01:18   19    **Q.**    Sir, would you agree that --
01:18   20          **MR. PETOSA:**  Carl, if we can go back to
01:18   21    Exhibit 142916 at page 2.  If we can go to the top under
01:18   22    "Project Description," Carl, please.  If we can highlight the
01:18   23    "Project Description" box, please, Carl.
01:18   24    BY MR. PETOSA:
01:19   25    **Q.**    I think you talked a little bit about this with Mr. Brock,

**MARK MAZZELLA - CROSS**

01:19  1    but I want to make sure we are clear.  The purpose of this
01:19  2    project says it was to:  "Participate in an overview of
01:19  3    presented information and resources required for successful
01:19  4    implementation of titled objectives and to assist with
01:19  5    identification of risks associated with prescribed program."
01:19  6             Sir, the prescribed program was the Junk Shot,
01:19  7    Bullhead, and Momentum Kill, correct?
01:19  8    **A.**   Yes, sir.  That's what the peer review was to take part
01:19  9    of.
01:19  10   **Q.**   It goes on to say:  "Additionally, identify any support or
01:19  11   considerations which may be required."
01:19  12            That's one of the things that you did with the
01:19  13   industry individuals you invited to the peer assist, correct,
01:19  14   sir?
01:19  15   **A.**   Yes, sir, in part.
01:19  16   **Q.**   And then the last part, sir, it says:  "Provide
01:19  17   constructive feedback to BP through an engaged participation
01:19  18   with industry experts assembled from various well control
01:19  19   points of view."
01:19  20            Those are all those individuals we saw on the agenda
01:19  21   that were at least invited to attend the peer assist, correct?
01:20  22   **A.**   There were others as well.
01:20  23   **Q.**   Who else was there from the industry, sir?
01:20  24   **A.**   There were various professors from some of the
01:20  25   universities that had petroleum engineering curriculums.

MARK MAZZELLA - CROSS

| | | |
|---|---|---|
| 01:20 | 1 | **Q.**   Dr. Tad Patzek?  He was invited, correct? |
| 01:20 | 2 | **A.**   Yes. |
| 01:20 | 3 | **Q.**   Did he attend? |
| 01:20 | 4 | **A.**   I believe he was. |
| 01:20 | 5 | **Q.**   Dr. John Smith? |
| 01:20 | 6 | **A.**   Yes, sir.  I remember John Smith. |
| 01:20 | 7 | **Q.**   Ted Bourgoyne? |
| 01:20 | 8 | **A.**   He was there. |
| 01:20 | 9 | **Q.**   Okay, sir. |
| 01:20 | 10 |         Now, let's talk a little bit about the actual |
| 01:20 | 11 | Junk Shot peer assist report of findings you talked about with |
| 01:20 | 12 | Mr. Brock. |
| 01:20 | 13 |         **MR. PETOSA:**  Carl, if we could pull up TREX-140342 at |
| 01:20 | 14 | page 1, please.  Now, if you can highlight this box right here, |
| 01:20 | 15 | please, Carl. |
| 01:20 | 16 | **BY MR. PETOSA:** |
| 01:20 | 17 | **Q.**   You see, sir, this is an e-mail from a Gary Wulf to Bill |
| 01:20 | 18 | Kirton, May 7, 2010.  The attachment says:  "May 6, 2010 Peer |
| 01:20 | 19 | Assist Executive Summary."  We are going to go to page 2 now of |
| 01:21 | 20 | this document, sir. |
| 01:21 | 21 |         **MR. PETOSA:**  Carl, if we can please move to page 2 of |
| 01:21 | 22 | Exhibit 140342.  Highlight the box right here, Carl, please. |
| 01:21 | 23 | **BY MR. PETOSA:** |
| 01:21 | 24 | **Q.**   You see, sir, this is the MC 252 Junk Shot peer assist |
| 01:21 | 25 | May 6, 2010 Report of Findings that you discussed with |

MARK MAZZELLA - CROSS

01:21  1  Mr. Brock.  You remember talking about that with him?
01:21  2  **A.**   Well, I haven't seen this e-mail.
01:21  3  **Q.**   You haven't seen the May 7 report of the May 6, 2010
01:21  4  Junk Shot peer assist Report of Findings?  That's the same
01:21  5  document you talked about with Mr. Brock on direct.
01:21  6  **A.**   Well, I don't know this.  This is a cover sheet to a
01:21  7  report.  Frankly, I haven't seen that e-mail or -- if this was
01:21  8  an attachment to it.  I'm not saying I haven't seen a report.
01:21  9  I'm not sure if this one is.
01:21  10  **Q.**   Why don't we actually go to the exact exhibit Mr. Brock
01:21  11  used with you and maybe that will make it easier since you seem
01:22  12  to recall reviewing that document.
01:22  13          **MR. PETOSA:**  Carl, can you pull up TREX-10506,
01:22  14  please. We can highlight the same box, Carl.
01:22  15  **BY MR. PETOSA:**
01:22  16  **Q.**   You recall seeing this document, don't you, sir?
01:22  17  **A.**   Yes, sir, this one is familiar.
01:22  18          **MR. PETOSA:**  If we can go to page 4, Carl, of
01:22  19  Exhibit 10506 -- actually if we can go back to page 3.  I'm
01:22  20  sorry, Carl.  If we can highlight right there.
01:22  21  **BY MR. PETOSA:**
01:22  22  **Q.**   Sir, you see it says "Top 10 Findings."  Now, you would
01:22  23  agree that, out of the peer assist -- you talked with Mr. Brock
01:22  24  a little bit about this document -- that there were 10 key
01:22  25  findings of the Junk Shot Peer Assist Group when you brought

MARK MAZZELLA - CROSS

01:22    1    together industry experts for BP along with BP employees to
01:22    2    discuss the plan procedure for the Junk Shot and, in turn,
01:23    3    Momentum Kill and the Bullhead?
01:23    4    A.    Yes, sir.
01:23    5    Q.    Now, you see, sir, Bullet 1:   "These key findings are
01:23    6    nearly unanimous messages delivered from the three groups of
01:23    7    the Peer Assist Team."
01:23    8          That was the purpose of this document, to deliver the
01:23    9    key findings that were nearly unanimous messages delivered from
01:23   10    the three groups of the Peer Assist Team, correct?
01:23   11    A.    Well, the purpose of this peer review is to help us
01:23   12    understand the risks and help us prepare for the mitigations.
01:23   13    Q.    They were nearly unanimous messages, correct, sir?
01:23   14    A.    According to this report, the consensus of the group was
01:23   15    that -- of the three groups were that these findings were
01:23   16    unanimous.
01:23   17    Q.    This is BP's report, correct, sir?
01:23   18    A.    Yes, sir.
01:23   19          MR. PETOSA:   Carl, if we can go to page 5 of
01:23   20    Exhibit 10506 and highlight -- actually, go back to 4.   I
01:23   21    apologize, Carl.   That's my bad.   Sorry about that.
01:24   22          If we can highlight Number 2, please, Carl.   I'm
01:24   23    sorry, Number 3.   Right here.   Just the first entry.
01:24   24    BY MR. PETOSA:
01:24   25    Q.    You see, sir, that one of the nearly unanimous top 10

MARK MAZZELLA - CROSS

01:24   1   findings of the Junk Shot peer assist was that Junk Shots are
01:24   2   often not successful?   That was something that the group of
01:24   3   industry experts that you brought in for BP and your own BP
01:24   4   employees with you agreed on, that Junk Shots are often not
01:24   5   successful, correct?
01:24   6   A.   That's what this says, yes, sir.
01:24   7   Q.   Those are individuals that had experience -- in your case
01:24   8   hundreds of wells that you participated in -- where Junk Shots
01:24   9   were attempted, correct?
01:24  10   A.   Yes, sir.
01:24  11   Q.   You brought in other individuals that you invited that
01:24  12   attended this peer assist that had that same experience,
01:24  13   correct?
01:24  14   A.   Yes, sir.
01:24  15   Q.   In your words, you said, in your experience in surface
01:24  16   wells and offshore that was not deepwater, you had a 60 or
01:25  17   70 percent success rate, correct?
01:25  18   A.   Yes, sir.
01:25  19   Q.   Yet in this peer assist the conclusion was Junk Shots are
01:25  20   often not successful?
01:25  21   A.   It also lays out some mitigations for that, as listed
01:25  22   underneath it, for devices for reloading, to add more barrels
01:25  23   to shoot with and consider more testing and optional Junk Shot
01:25  24   material.   These were all pieces of the mitigations to help us
01:25  25   be more successful.

MARK MAZZELLA - CROSS

01:25  1   Q.   But the industry experts you brought in for BP that
01:25  2   attended the May 6, 2010 peer assist didn't just tell you, BP,
01:25  3   that Junk Shots are often not successful, did they, sir?
01:25  4   A.   No, sir.  They also said that there was no technical
01:25  5   showstoppers.  There was no reason not to do it.
01:25  6   Q.   That wasn't my question, sir.  My question is a little
01:25  7   more specific, and I guess I'll try to direct it to you.
01:26  8        They didn't just tell you that Junk Shots are often
01:26  9   not successful.  Industry experts also told you, in that May 6,
01:26 10   2010 peer assist, that Junk Shot in this case, in this
01:26 11   deepwater well at 5,000 feet down, had a very low likelihood of
01:26 12   success.
01:26 13        Didn't they tell you that, sir?
01:26 14   A.   No, sir, that's not what they said.
01:26 15   Q.   You called in Wild Well Control, right, within hours of
01:26 16   learning of the event, correct?
01:26 17   A.   That's correct.
01:26 18   Q.   Pat Campbell and Dave Barnett were the individuals you
01:26 19   spoke with, correct?
01:26 20   A.   Yes, sir, that's correct.
01:26 21   Q.   And representatives of Wild Well were at BP's Westlake
01:26 22   offices at 6:00 a.m. on April 21, 2010?
01:26 23   A.   That's correct.
01:26 24   Q.   You recognize Pat Campbell as a well control expert?
01:26 25   A.   Yes, sir.

MARK MAZZELLA - CROSS

01:26  1   **Q.**   And, in fact, probably, as was said earlier, for Wild Well
01:26  2   Control, I would imagine, sir, that you would agree that Pat
01:26  3   Campbell, in your experience, is one of the foremost offshore
01:26  4   marine well control experts?
01:26  5   **A.**   Yes, sir.  Pat Campbell was quite accomplished in his
01:27  6   discipline.
01:27  7   **Q.**   Would you say the same about David Barnett, sir?
01:27  8   **A.**   Yes, sir, I would.
01:27  9   **Q.**   And, sir, I just want to make sure I'm clear.  It's your
01:27  10  testimony that Pat Campbell, David Barnett, and other outside
01:27  11  experts that were brought in by BP did not tell you that the
01:27  12  Junk Shot in this case, in this operation, had a very low
01:27  13  likelihood of success?
01:27  14  **A.**   No, sir, they did not tell me that.
01:27  15  **Q.**   Okay, sir.  I would like to refer to the deposition of Pat
01:27  16  Campbell, TREX-100203, page 11, line 18, to page 12 at line 12.
01:27  17          **MR. BROCK:**  Your Honor, I'm going to object on
01:27  18  foundation.  This is not something -- well, he can ask if
01:27  19  Mr. Mazzella has seen this, but I think the foundation needs to
01:27  20  be laid to ask questions about this.
01:27  21          **MR. PETOSA:**  Your Honor, Mr. Mazzella put together
01:27  22  the terms of reference for the Junk Shot peer assist.  He
01:27  23  invited the attendees -- after receiving approval by
01:27  24  Mr. Dupree, he presented the Top Kill plan on behalf of BP to
01:28  25  receive feedback from industry experts.  One of the top 10

MARK MAZZELLA - CROSS

01:28    1    findings of the Junk Shot was that they are often not

01:28    2    successful.

01:28    3                    And in this scenario there's been testimony by

01:28    4    both Mr. Campbell and Mr. Barnett, on behalf of Wild Well,

01:28    5    about what was communicated to BP and Mr. Mazzella during this

01:28    6    peer assist, about the chances of success.

01:28    7                    MR. BROCK:  My objection is a foundation objection.

01:28    8    If this is an argument they want to advance or present in a

01:28    9    post-trial brief, we will respond to it.  But to ask a witness

01:28   10    who hasn't seen the testimony is a problem.

01:28   11                    THE COURT:  I guess he can ask him if he is familiar

01:28   12    with it.

01:28   13                    MR. PETOSA:  More importantly, sir, Mr. Campbell's

01:28   14    deposition is already in evidence.

01:28   15                    THE COURT:  Then what's your question for this

01:28   16    witness?

01:28   17                    MR. PETOSA:  My question for Mr. Mazzella is, was he

01:28   18    told by Pat Campbell, Dave Barnett, or other industry experts

01:28   19    in attendance that the Junk Shot in this case for this well had

01:28   20    a very low likelihood of success.

01:29   21                    THE WITNESS:  I don't recall that.

01:29   22    BY MR. PETOSA:

01:29   23    Q.    You were not told, sir, that this procedure that you have

01:29   24    set forth, that was approved by Mr. Dupree, that you presented

01:29   25    in a peer assist on May 6, 2010, was not a good idea?

MARK MAZZELLA - CROSS

01:29    1    A.    No, sir.  To the contrary, I thought it was a good idea.
01:29    2    Q.    Wild Well Control was operating under contract for BP to
01:29    3    assist you in this response, correct?
01:29    4    A.    That's correct.
01:29    5    Q.    You're telling me, sir, that Wild Well never expressed to
01:29    6    you any concern about proceeding with the Top Kill Junk Shot
01:29    7    procedure that you discussed during this peer assist and
01:29    8    ultimately commenced beginning on May 26, 2010?
01:29    9    A.    There was conversations going on back and forth trying to
01:29   10    understand the risks.  You know, the reality is the forward
01:29   11    team had Wild Well people on it.  The majority of the people
01:29   12    were Wild Well specialists, including Mr. Barnett.
01:29   13    Q.    Were you ever told by Wild Well that they had a lack of
01:30   14    confidence in the ability of the Junk Shot procedure that was
01:30   15    planned, that you were involved in shaping -- that they had a
01:30   16    lack of confidence in it?
01:30   17    A.    I don't remember any conversations "lacking confidence."
01:30   18    Q.    Did Mr. Barnett, Mr. Campbell, or any other outside
01:30   19    industry experts ever tell you, sir, that the reason that the
01:30   20    Junk Shot had a very low likelihood of success was due to the
01:30   21    size of the flow path and due to the technical limitations on
01:30   22    the operation?
01:30   23    A.    Well, at that time we didn't know what the flow path
01:30   24    looked like.  You know, there had never been a deepwater
01:30   25    Junk Shot-type operation completed before.  There was a lot of

MARK MAZZELLA - CROSS

01:30  1    concern whether or not we could be successful.

01:30  2          The only thing we could measure it against was the

01:30  3    success we had with surface operations.  We looked at all the

01:30  4    risks.  We tried to understand the risks, plan the mitigation,

01:30  5    and make sure that we had a very clear, concise plan going

01:31  6    forward with boundary conditions where we wouldn't make matters

01:31  7    worse.

01:31  8    Q.   Did Mr. Campbell tell you during the Junk Shot peer assist

01:31  9    or at any time prior to BP commencing the Junk Shot that you

01:31  10   executed on behalf of BP that the Momentum Kill in this process

01:31  11   required injection very near the surface, not via long string

01:31  12   or something of that nature, creating technical limitations in

01:31  13   the ability of the procedure to succeed?

01:31  14   A.   I'm sorry.  That was a really long question, sir.  Can you

01:31  15   repeat it?

01:31  16   Q.   Did Mr. Campbell, sir, ever tell you in the peer assist on

01:31  17   May 6, 2010, or at any time prior to executing the Junk Shot

01:31  18   Top Kill procedure, that the Momentum Kill part of that process

01:31  19   had a very low likelihood of success because it required

01:31  20   injection near the surface, not via a long drill string or

01:31  21   something of that nature?

01:32  22   A.   I'm not saying that he didn't.  I just don't recall it.

01:32  23   Q.   You would agree that that would have been one of the

01:32  24   technical limitations of the procedure, correct, sir?

01:32  25   A.   Well, not necessarily.  We placed a manifold on the seabed

**MARK MAZZELLA - CROSS**

01:32   1   very close to the well to inject material to bridge.  That's
01:32   2   why we did it.  We wanted it as close as we could.
01:32   3   **Q.**   Did any of the industry experts in attendance on May 6,
01:32   4   2010, for the Junk Shot peer review tell you that they thought
01:32   5   it was a good idea?
01:32   6   **A.**   You know, to the contrary, everyone there couldn't provide
01:32   7   any technical showstoppers.  Most, if not all, were in
01:32   8   agreement that this was a good step forward.
01:32   9   **Q.**   Yet all those individuals, both from the industry and from
01:32   10   BP, had never attempted a Junk Shot in deep water, correct,
01:32   11   sir?
01:32   12   **A.**   Some of them had not.  Well, none of them had.  There
01:32   13   hadn't been a Junk Shot done in deep water.
01:33   14   **Q.**   At that same May 6, 2010 Junk Shot, you identified certain
01:33   15   high-level risks to the well integrity that you have already
01:33   16   talked about with Mr. Brock, correct?
01:33   17   **A.**   Yes, sir, that's correct.
01:33   18        We developed the mitigations, the boundary conditions
01:33   19   that were procedural and mechanical to prevent those
01:33   20   overpressurizations.  We had devices on deck where we were
01:33   21   pumping, that if we got near those pressures, it just diverted
01:33   22   the pumps.  You couldn't put the pressure on the well.
01:33   23   **Q.**   And you, in fact, were the lead in designing the Junk Shot
01:33   24   procedure that went forward beginning on May 26, 2010, correct,
01:33   25   sir?

**MARK MAZZELLA - CROSS**

01:33  1   **A.**   No, sir.  Mark Patteson was the lead.  I was technical

01:33  2   contributor and one of the guys that implemented the

01:33  3   procedures.

01:33  4   **Q.**   Did you design the program or did Mr. Patteson?

01:33  5   **A.**   Mr. Patteson was the lead, and it was a collaborative of

01:33  6   many team members that developed the procedures.

01:34  7   **Q.**   You would agree with me, sir, that the plan for the

01:34  8   Top Kill, as you have described it, both the Momentum Kill and

01:34  9   the Junk Shot, was to pump mud at 50 barrels per minute,

01:34  10  correct?

01:34  11  **A.**   There was an opportunity to pump at least that, yes, sir.

01:34  12  **Q.**   In fact, on the last day you exceeded that and went up to

01:34  13  78 barrels per minute of mud, correct?

01:34  14  **A.**   That's correct, sir.

01:34  15  **Q.**   In your words, to give it one last hard shot to see if you

01:34  16  could kill the well, correct?

01:34  17  **A.**   We had established some parameters.  By performing the

01:34  18  previous attempts, we knew what the pressures were.  Our

01:34  19  engineers had plotted that.  We didn't come anywhere near the

01:34  20  boundary conditions, so there was not any reason not to go

01:34  21  ahead and try and ramp up and see if we could move the bridging

01:34  22  material around where we could effect a kill.

01:34  23  **Q.**   Sir, on May 14, 2010, there was a Top Kill analysis and

01:34  24  Junk Shot review that you attended for BP, correct?

01:34  25  **A.**   No, sir, I didn't attend any review.

MARK MAZZELLA - CROSS

01:34   1   Q.   You didn't attend any Junk Shot review, Top Kill analysis
01:35   2   for BP on May 14, 2010?
01:35   3   A.   No, sir, not that I recall.
01:35   4        When I got back from completing the Top Kill
01:35   5   procedures, I went straight into a mode of helping the teams
01:35   6   that were progressing other options and seeing what I could do
01:35   7   to further our efforts.
01:35   8   Q.   Sir, around that time -- May 14, May 15, May 16 -- were
01:35   9   you advised that you were supposed to be doing additional work
01:35   10  on kill rate estimates with Bob Grace, a well control expert
01:35   11  that was brought in by BP to assist in the response, and
01:35   12  Dr. Ole Rygg?
01:35   13  A.   No, sir, I was not part of that analysis.  I had nothing
01:35   14  to do with any flow rate calculations.
01:35   15       MR. PETOSA:  Carl, if we can refer to TREX-5363,
01:35   16  page 10.  Actually, let's go to page 1 first, please, Carl.
01:35   17  BY MR. PETOSA:
01:35   18  Q.   You can see, sir --
01:35   19       MR. PETOSA:  If we can blow up the top box, please.
01:35   20  BY MR. PETOSA:
01:35   21  Q.   -- it's an e-mail sent May 14, 2010, from Jonathan Sprague
01:36   22  to Andy Frazelle, and it says "Attachments: Top Kill analysis."
01:36   23       You never received or reviewed any Top Kill analysis
01:36   24  for a Junk Shot review that was performed by BP on or about
01:36   25  May 14, 2010, before you commenced the Top Kill operation?

MARK MAZZELLA - CROSS

01:36   1   A.    Can you ask that again.
01:36   2   Q.    Did you ever receive the May 14, 2010 Top Kill analysis
01:36   3   and Junk Shot review and review it before you commenced the
01:36   4   Top Kill procedure, sir?
01:36   5   A.    There was an analysis done on the boundary conditions
01:36   6   where we would understand what pressures not to exceed.  If
01:36   7   that's the analysis you're speaking to, then, yes, I did.
01:36   8        MR. PETOSA:  Carl, if we could go to page 2 of
01:36   9   Exhibit TREX-5363.  If we can just blow that box up, Carl.
01:37  10   BY MR. PETOSA:
01:37  11   Q.    Do you see it says "Junk Shot review"?
01:37  12   A.    That's what it says, yes, sir.
01:37  13   Q.    Did you ever receive that document, sir?
01:37  14   A.    I don't know what this document is in this context.
01:37  15        MR. PETOSA:  Carl, let's go to page 3, please.
01:37  16   BY MR. PETOSA:
01:37  17   Q.    You see it says "Context," sir, "Final assurance checks
01:37  18   being made for Junk Shot operations.  Focus is on well system
01:37  19   integrity.  Range of flow" -- and this word you've been talking
01:37  20   about today -- "Don't make situation worse"?
01:37  21   A.    That's what it says, sir.  Yes, sir.
01:37  22   Q.    Did you receive any of this information on this slide
01:37  23   here?
01:37  24   A.    I'm not familiar with this information.
01:37  25        MR. PETOSA:  Carl, let's go to page 10 of TREX-5363,

MARK MAZZELLA - CROSS

01:37    1    please.

01:37    2    **BY MR. PETOSA:**

01:37    3    **Q.**    See how this says "Next Steps," sir?  Let's talk about the

01:37    4    first box.

01:37    5            "More work to be done on kill rate estimates -

01:37    6    Mark M."  Was there any other Mark M. involved in the Junk Shot

01:38    7    Top Kill procedure besides you for BP?

01:38    8    **A.**    Not that I'm aware of.

01:38    9    **Q.**    We can go back and look at the agenda, but I don't recall

01:38   10    seeing any other Mark M.  You agree with me on that, correct,

01:38   11    sir?

01:38   12    **A.**    Fair enough.  Fair enough.

01:38   13    **Q.**    Bob G., that was Bob Grace, correct?

01:38   14    **A.**    I believe that it is, sir.

01:38   15    **Q.**    You would also consider him to be one of the foremost,

01:38   16    preeminent well control experts in the field?

01:38   17    **A.**    Yes, sir.

01:38   18    **Q.**    He has even written books on the subject, hasn't he?

01:38   19    **A.**    Yes, sir, he has.

01:38   20    **Q.**    It says "Ole"?

01:38   21    **A.**    Yes, sir.

01:38   22    **Q.**    That's Dr. Ole Rygg, you would agree?

01:38   23    **A.**    Yes, sir.  He is the only Ole I know.

01:38   24    **Q.**    He was brought in by BP, with Add Energy, to assist on

01:38   25    certain modeling of flow and other items like that, correct?

MARK MAZZELLA - CROSS

01:38  1  **A.**   In this context we are talking about kill rate estimates,
01:38  2  which is different than flow rate estimates.
01:38  3       When we designed this thing, we didn't know how much
01:38  4  the well was flowing, so we had to design it a different way.
01:38  5  We had to look at our conduit going down to the well and look
01:38  6  at what's the maximum we can put down that line, because we
01:39  7  didn't know what the well was doing, we didn't know what we had
01:39  8  to beat.  But we knew that there were mechanical restrictions
01:39  9  that we had to go through and that some of it we couldn't do
01:39  10  anything about.
01:39  11       For instance, the *Horizon* BOP, it had 3-inch lines on
01:39  12  it.  How much can you actually hook up with ROVs?  There were
01:39  13  limitations to that.
01:39  14       So understanding what those limitations are, that's
01:39  15  where Bob Grace and Dr. Rygg provided us input, was just how
01:39  16  much mud, how fast can we get it down those lines.
01:39  17  **Q.**   So you were interacting with Dr. Ole Rygg in the middle of
01:39  18  May in 2010 about the Junk Shot, correct, sir?
01:39  19  **A.**   No, sir.  It would have been about the kill rates.
01:39  20  Mr. Rygg is not a Junk Shot expert.
01:39  21  **Q.**   Sir, you would agree that prior to the Momentum Kill going
01:39  22  forward, that portion of the Top Kill, that there was a
01:39  23  limitation on its ability to succeed at -- it could not succeed
01:40  24  at 15,000 barrels per day at the planned 50 barrels per minute
01:40  25  pump rate?

MARK MAZZELLA - CROSS

01:40  1   **A.**   I don't know that to be true, sir.

01:40  2   **Q.**   No one ever told you that?

01:40  3   **A.**   No, sir.  I mean, it depends on what your inputs are to

01:40  4   the program.  If your inputs are wrong, your outputs are wrong.

01:40  5   In this instance we didn't know what the inputs were.

01:40  6            **MR. PETOSA:**  Carl, if we can pull up TREX-8537,

01:40  7   please.  Highlight the box right here, Carl.

01:40  8   **BY MR. PETOSA:**

01:40  9   **Q.**   "Kurt, look at the presentation.  Interesting results.

01:40  10  Looks like with 15,000 bopd you cannot kill it with 50 bpm.

01:40  11           "Let's discuss and QC these before distributing."

01:40  12           That's sent by Mr. Ole Rygg, correct, May 16, 2010?

01:40  13  **A.**   Looks like his e-mail to Kurt, yes.

01:40  14  **Q.**   Kurt Mix attended the Junk Shot peer assist with you,

01:40  15  correct?

01:40  16  **A.**   I don't recall if he was there.  I think he was.  But, you

01:40  17  know, memory fails me.

01:40  18  **Q.**   Did Kurt ever tell you that there was a limitation on the

01:41  19  ability of the Momentum Kill portion of the Top Kill to succeed

01:41  20  if the flow was in excess of 15,000 barrels of oil per day with

01:41  21  a planned 50-barrel-per-minute pump rate?

01:41  22  **A.**   I don't recall if he did or not.

01:41  23           The Top Kill wasn't predicated as a procedure on flow

01:41  24  rate.  Flow rate was a part of the Momentum Kill, not a part of

01:41  25  Top Kill.  Top Kill is placement of the bridging material,

**MARK MAZZELLA - CROSS**

01:41  1   which slows the flow, stems the flow, and enables you to do a
01:41  2   Momentum Kill.
01:41  3   **Q.**   Did Dr. Rygg ever tell you, in your discussions with him
01:41  4   about kill rates, that in his modeling of the Momentum Kill, if
01:41  5   the flow rate was in excess of 15,000 barrels of oil per day,
01:41  6   that the Momentum Kill would not work at the planned pump rate
01:41  7   of 50 barrels per minute?
01:41  8   **A.**   Again, I can't comment on the flow rates.  Whether there
01:41  9   was a conversation to that effect, I don't recall.  There may
01:42  10  have been.
01:42  11  **Q.**   You would agree, sir, it was your opinion, leading up to
01:42  12  the commencement of the Top Kill operation, that the Momentum
01:42  13  Kill itself was not considered likely to be successful?
01:42  14  **A.**   There was definitely an opinion to that effect.
01:42  15  **Q.**   Meaning you agree that prior to proceeding with the
01:42  16  Top Kill, it was your opinion, as BP's well control SETA, that
01:42  17  the Momentum Kill was not likely to be successful?
01:42  18  **A.**   Well, look, I had opinions just like everyone else, and I
01:42  19  could no more support those opinions with definitive data than
01:42  20  anyone that had definitive data that said we could do it, could
01:42  21  prove it.
01:42  22  **Q.**   You would agree, sir, that the planned procedure -- I know
01:42  23  you talked a little bit with Mr. Brock about the Unified
01:42  24  Command signing off on some procedures.  The planned procedure
01:42  25  that was signed off by the Unified Command set forth that when

MARK MAZZELLA - CROSS

01:42  1   the Top Kill commenced, it was supposed to go forward with the
01:43  2   Momentum Kill first, without bridging material?
01:43  3   A.   That's correct.
01:43  4   Q.   And only if the Momentum Kill failed were you to proceed
01:43  5   with bridging material, correct?
01:43  6   A.   That's correct.
01:43  7        MR. PETOSA:  Carl, if you can pull up TREX-9148,
01:43  8   please.
01:43  9   BY MR. PETOSA:
01:43  10  Q.   I think Mr. Brock highlighted for you the signatures of
01:43  11  Unified Command here.
01:43  12       MR. PETOSA:  If we can go down to the bottom, Carl,
01:43  13  and just highlight now the box at the bottom.  Just the date.
01:43  14  BY MR. PETOSA:
01:43  15  Q.   So this is the May 22, 2010 Momentum Kill procedure with
01:43  16  the contingent alternative LCM pills added in, correct?
01:43  17  A.   Yes, sir.
01:43  18  Q.   That's the Junk Shot portion of the Top Kill, correct?
01:43  19  A.   In part, yes, sir.
01:43  20       MR. PETOSA:  Carl, if we can go to page 4 of
01:43  21  TREX-9148, please, and highlight Number 1 under well status,
01:43  22  please.
01:43  23  BY MR. PETOSA:
01:43  24  Q.   You see, sir, under well status, "This approved procedure
01:44  25  by the Unified Command says well is under blowout conditions."

MARK MAZZELLA - CROSS

01:44    1          I think we can all agree with that, right, the well
01:44    2    was blowing out?
01:44    3    A.    Yes, sir, that's pretty obvious, unfortunately.
01:44    4    Q.    Let's talk about the second bullet point.  We just talked
01:44    5    about this.
01:44    6          Sir, do you agree that the approved procedure said
01:44    7    that the Top Kill plan is to pump a Momentum Kill with only mud
01:44    8    followed by cement.  That was the plan, correct, sir?
01:44    9    A.    If the well was successfully killed.
01:44   10    Q.    Again, sir, "No attempt will be made to bridge or seal the
01:44   11    flow upwards in the BOP," correct?
01:44   12    A.    That's what this says.
01:44   13    Q.    You knew all along that that was not going to work?
01:44   14    A.    No, sir, I did not.
01:44   15    Q.    You didn't think it was going to succeed, or did you?
01:44   16    A.    Well, I wouldn't have put 300 people offshore, all these
01:44   17    vessels, spent all this time away from my family if I didn't
01:44   18    think it was going to work.
01:44   19    Q.    You didn't hear my question right, sir, and I apologize
01:44   20    for that if I misstated.
01:44   21    A.    Okay.  I --
01:44   22    Q.    You knew all along that the Momentum Kill portion of the
01:45   23    Top Kill was not going to work?
01:45   24    A.    No, sir, I didn't know that.  I didn't have definitive
01:45   25    data that said that Momentum Kill wouldn't work.

MARK MAZZELLA - CROSS

01:45   1   **Q.**   And no one provided you the modeling by Dr. Rygg that said
01:45   2   if the flow rate was above 15,000 barrels of oil per day, the
01:45   3   Momentum Kill would not succeed?
01:45   4   **A.**   Nobody had definitive data that could provide any flow
01:45   5   rate estimates to me.
01:45   6   **Q.**   No one from BP provided you with all the internal flow
01:45   7   rate modeling data they did, did they?
01:45   8   **A.**   No, sir.
01:45   9   **Q.**   You see this chart over here, "BP Flow Rate Modeling,
01:45   10  April 21 to May 31, 2010"?
01:45   11          **MR. PETOSA:**   Your Honor, can I approach?
01:45   12          **THE COURT:**   Sure.
01:45   13  BY MR. PETOSA:
01:45   14  **Q.**   It's labeled here, sir, D-25015C.
01:45   15          **MR. BROCK:**   I object on foundation, Your Honor, on
01:45   16  that.  People have given explanations, but there's no way
01:45   17  someone could look at that and tell what that means.
01:45   18          **MR. PETOSA:**   If I could ask my question, maybe I
01:45   19  could --
01:45   20          **THE COURT:**   Let's see what the question is.
01:45   21          **MR. PETOSA:**   Thank you, Your Honor.
01:45   22  BY MR. PETOSA:
01:46   23  **Q.**   Sir, you are aware that BP was doing some modeling of
01:46   24  ranges of flow from the Macondo well from the time it blew out
01:46   25  and oil started leaking up through the time you commenced the

**MARK MAZZELLA - CROSS**

01:46  1  Top Kill, correct, sir?

01:46  2  **A.**   Well, you know, there was a lot of people working a lot of

01:46  3  different work fronts, and I'm sure there were some people

01:46  4  trying to take a look at it and doing their best to understand

01:46  5  it.  What those inputs and outputs looked like, I don't have

01:46  6  any knowledge of.

01:46  7  **Q.**   But my question, simply, sir, you are aware that BP was

01:46  8  modeling ranges of flow from the Macondo well from when the

01:46  9  blowout occurred until the Top Kill commenced, correct?

01:46  10  **A.**   I don't have any detailed knowledge of that, no, sir.

01:46  11  **Q.**   Are you aware at all, sir, if they were doing that?

01:46  12  **A.**   As I mentioned previously, you know, there were a lot of

01:46  13  people working a lot of different work fronts.  My focus was

01:46  14  getting these procedures and people and plans in place where we

01:46  15  could go out there and try and kill this well.

01:46  16  **Q.**   I want to understand this.  You are the person that was

01:47  17  involved in executing the Top Kill, correct?

01:47  18  **A.**   Yes, sir.

01:47  19  **Q.**   And BP was doing some modeling of flow rate ranges.  You

01:47  20  just don't know what, how, or who was doing it, correct?

01:47  21  **A.**   That's correct.

01:47  22  **Q.**   You know that Dr. Rygg was doing some modeling of the

01:47  23  Momentum Kill, not the Junk Shot, correct?

01:47  24  **A.**   I assume he was.  He was helping us try and understand

01:47  25  what we could pump, the maximum rates we could pump.

MARK MAZZELLA - CROSS

01:47  1   Q.   Yet nobody told you, the individual for BP that was going
01:47  2   to execute the Top Kill, that BP through Dr. Rygg had concluded
01:47  3   as of May 16, 2010, that the Momentum Kill could not succeed if
01:47  4   the well was flowing at 15,000 barrels of oil per day?
01:47  5   A.   I don't recall those conversations.  Like I said, there
01:47  6   may have been some.  But there were lots of conversations, lots
01:47  7   of information that was being shared that was and was not
01:47  8   definitive.  Whether it was or not, I don't have any knowledge.
01:48  9   Q.   You would agree, sir, that the procedure we discussed at
01:48  10  TREX-9148, the approved procedure for the Top Kill, as you have
01:48  11  defined it today, set forth the actual specified bridging
01:48  12  material that BP was allowed to use during the procedure?
01:48  13  A.   I don't recall it speaking specifically to what types of
01:48  14  bridging material we were going to use.
01:48  15       MR. PETOSA:  Carl, if you can please pull up
01:48  16  TREX-9148 at page 4, please, and highlight the box we just
01:48  17  previously had up under well status.
01:48  18  BY MR. PETOSA:
01:48  19  Q.   Let's go to the third bullet point, sir.
01:48  20       "If Momentum Kill operation does not kill the well,
01:48  21  then Bridging Platelets may be pumped to bridge BOP flow and
01:48  22  allow well kill/cementing operations to proceed."
01:48  23       Bridging Platelets are trademarked, aren't they?
01:48  24  A.   According to this, it is.
01:49  25  Q.   There's a specific material that's actually called

MARK MAZZELLA - CROSS

01:49  1    Bridging Platelets, correct?
01:49  2    A.    Yes, sir.
01:49  3    Q.    The next bullet point:  "Frac balls are also a contingency
01:49  4    bridging option.  The frac ball procedure is a part of the
01:49  5    Top Kill procedure."
01:49  6          What are frac balls?
01:49  7    A.    Frac balls are used in stimulation operations.
01:49  8    Q.    You would agree this doesn't talk about putting rope knots
01:49  9    down the well, does it?
01:49  10   A.    No, sir.  It doesn't prohibit it either.
01:49  11   Q.    It doesn't talk about putting portions of chewed-up tires
01:49  12   down the well?
01:49  13   A.    This information you have pulled up here, no, sir, it does
01:49  14   not.
01:49  15          MR. PETOSA:  Let's go down to the bottom of the same
01:49  16   page -- actually, on page 6, Carl, if we go down to Table 1.
01:49  17   Let's highlight Table 1 all the way down to that bottom
01:49  18   paragraph.
01:49  19   BY MR. PETOSA:
01:49  20   Q.    You see it says, sir:  "Calculated Hole Diameters for
01:49  21   Platelets and Frac Balls - refer to Figure 1 below."
01:49  22          This is information that the Unified Command approved
01:49  23   about the type of bridging material that you were authorized to
01:50  24   attempt to shoot down the Macondo well, correct?
01:50  25   A.    In part, yes, sir.  We had procedures that allowed us to

MARK MAZZELLA - CROSS

01:50  1   pump everything that we pumped into that well.
01:50  2   **Q.**   Then you see at Bullet Point 1:  "Adding more frac balls
01:50  3   will not significantly reduce the flow."
01:50  4           Do you agree with that?
01:50  5   **A.**   No, sir.
01:50  6   **Q.**   But that was a procedure that BP sent to Unified Command
01:50  7   that was approved, correct?
01:50  8   **A.**   Yes, sir.  But this doesn't forbid you to pump --
01:50  9   **Q.**   It doesn't authorize you to do it either, does it, sir?
01:50  10  **A.**   No, sir.
01:50  11          We have procedures for everything we pump.  As a
01:50  12  matter of fact, we went out and did simulations with this stuff
01:50  13  with people like Stress Engineering, a firm we hired, well
01:50  14  control specialists that went out, took all the material we
01:50  15  had, and tried to pump it.  We tried to plug up with it.  All
01:50  16  of this stuff was under the review of all of our leadership,
01:50  17  all of the Unified Command.  We were completely transparent
01:50  18  with this material.
01:51  19  **Q.**   Bottom line, though, sir, there was no modeling done of
01:51  20  the Junk Shot to determine whether or not it would succeed or
01:51  21  if it would in fact increase the chances of success of the
01:51  22  Momentum Kill, correct?
01:51  23  **A.**   Well, there's not any modeling available for
01:51  24  Junk Shot-type scenarios in the industry.  It doesn't exist.  I
01:51  25  don't know how you would do that.  There's just not any tool

MARK MAZZELLA - CROSS

01:51  1   like that.

01:51  2   **Q.**   BP had no basis to conclude prior to the commencement of

01:51  3   the Top Kill that the Top Kill had a 60 or 70 percent chance to

01:51  4   succeed, did they, sir?

01:51  5   **A.**   Well, they had the experience of our well control

01:51  6   specialists and myself.  I'm the one that had the 60 to

01:51  7   70 percent success rate of the wells that I have done on- and

01:51  8   offshore.

01:51  9   **Q.**   Not deepwater though, correct, sir?

01:51  10  **A.**   No, sir.  As we testified earlier, there has never been a

01:51  11  deepwater Junk Shot pumped until Macondo.

01:51  12  **Q.**   Not with the technical limitations of trying to commence a

01:52  13  Junk Shot procedure on a deepwater well, correct, sir?

01:52  14  **A.**   Again, this has never been attempted before.

01:52  15  **Q.**   Sir, you would agree that BP had no basis to conclude

01:52  16  prior to the Top Kill commencement on May 26, 2010, that the

01:52  17  Top Kill procedure had an 80 percent chance to succeed?

01:52  18  **A.**   Well, I can't comment to the percentages that you have

01:52  19  mentioned because I personally have not had that kind of

01:52  20  success rate.  But we did have the basis for success.  We had

01:52  21  the experience and recommendations from our well control

01:52  22  specialists and guys like me that have done it our whole

01:52  23  career.

01:52  24  **Q.**   You would agree, sir, that prior to commencing the

01:52  25  Top Kill on May 26, 2010, BP had no basis to conclude that the

**MARK MAZZELLA - CROSS**

01:52  1   Top Kill was a slam dunk?

01:52  2   **A.**   I don't like the term "slam dunk."  In our business

01:52  3   nothing is ever a slam dunk until a well is dead and we are

01:52  4   headed home.

01:52  5   **Q.**   You executed the Top Kill, you told us, correct, sir?

01:52  6   **A.**   Yes, sir, that's correct.

01:53  7   **Q.**   Wild Well Control, Mr. Barnett and Mr. Campbell and their

01:53  8   group, worked under your direction or collaboratively with you

01:53  9   to execute the Top Kill, correct?

01:53  10  **A.**   That's correct, sir.

01:53  11  **Q.**   But it was actually under your direction, wasn't it?

01:53  12  **A.**   Well, yes, sir.  I was charged with implementing and

01:53  13  performing the procedures.

01:53  14  **Q.**   Wild Well Control proceeded with commencing the pumping of

01:53  15  the Top Kill and executing it and getting the materials under

01:53  16  your direction, correct?

01:53  17  **A.**   No, sir.  BJ Services pumped -- Halliburton Services

01:53  18  pumped the jobs for us.

01:53  19  **Q.**   How about obtaining bridging material?  Who did that?

01:53  20  **A.**   We had several areas.  Wild Well Control engineered some

01:53  21  and had some made for us and shipped to us.  The Brinker

01:53  22  platelets that you are speaking to were shipped in from the UK.

01:53  23  There was various other materials.  Frac balls, things like

01:53  24  that were provided from companies like BJ and Halliburton.

01:53  25  There was unconventional equipment that we procured by

MARK MAZZELLA - CROSS

01:54    1    purchase.  There was lots of different ways we brought it in,
01:54    2    but it was a collaborative that brought it together.
01:54    3    Q.    And you would have conversations with Mr. Barnett,
01:54    4    Mr. Campbell, and other representatives of Wild Well as the
01:54    5    planning was going up to the Top Kill and during the actual
01:54    6    Top Kill about the procedure, correct?
01:54    7    A.    Yes, sir.  We were always collaborating about this whole
01:54    8    process, you know.  One of the things that we have learned in
01:54    9    well control is collectively we are a lot smarter than we are
01:54   10    individually and by surrounding ourselves with those kind of
01:54   11    experienced people, it just helps us with overall knowledge and
01:54   12    reducing the opportunity for failure.
01:54   13    Q.    Sir, during the Top Kill, did you tell Mr. Barnett
01:54   14    during -- or his representatives from Wild Well during the
01:54   15    process to get a whole bunch of big junk, as big as they could
01:54   16    pump through the lines?
01:54   17    A.    I probably did.  I don't remember specifically that
01:55   18    conversation, but I probably would have.
01:55   19    Q.    Did Mr. Barnett continue to inquire of you as the process
01:55   20    continued forward for the Top Kill and try to get more
01:55   21    information from you as to exactly what you, on behalf of BP,
01:55   22    wanted Wild Well to get to have pumped for the Junk Shot?
01:55   23    A.    Well, as I mentioned previously, this was a collaborative.
01:55   24    Wild Well and I, Cudd, Boots & Coots, everyone that was
01:55   25    involved in this thing would have conversations.  We would try

MARK MAZZELLA - CROSS

01:55  1    and understand what can we get down a 3-inch line.  Sometimes
01:55  2    we got some material to pump where we went out and tested over
01:55  3    at Stress and it wouldn't go through the line, so that one
01:55  4    didn't get pumped.  We based what we could pump on what we
01:55  5    could get through the simulations.
01:55  6    Q.    During that process did you ever get any feedback from
01:55  7    Wild Well Control, sir, that told you it wasn't their deal,
01:56  8    that was your deal and BP's deal?
01:56  9    A.    No, sir.
01:56  10   Q.    At any time, sir, did Wild Well Control tell you that they
01:56  11   did not recommend proceeding with the Junk Shot during the
01:56  12   actual process, during those days that it went forward, and
01:56  13   that they were against it, but they were doing so at your
01:56  14   direction?
01:56  15   A.    I don't remember any specific conversations telling me
01:56  16   that Wild Well doesn't want to do this.  I'm not saying there
01:56  17   wasn't.  As I sit here right now, I don't remember any
01:56  18   conversation like that.
01:56  19   Q.    Would it help if I refreshed your recollection, sir?
01:56  20   A.    Sure.
01:56  21        MR. PETOSA:  Carl, if we can pull up the deposition
01:56  22   of Dave Barnett, which is at TREX-100008 at page 105, lines 4
01:56  23   to 12.
01:56  24        MR. BROCK:  Objection, proper refreshing of
01:56  25   recollection would be to show his testimony.

OFFICIAL TRANSCRIPT

MARK MAZZELLA - CROSS

01:57   1           THE COURT:  I sustain that.
01:57   2   BY MR. PETOSA:
01:57   3   Q.   Sir, I would also like to pull up Exhibit 120216.  It's an
01:57   4   e-mail string.
01:57   5           MR. PETOSA:  Carl, if we can go to page 5 to 6.
01:57   6   BY MR. PETOSA:
01:57   7   Q.   You see at the bottom, sir, on May 28 of 2010, it says:
01:57   8   "I sent Dave Moody an e-mail just a few minutes ago passing on
01:57   9   a request from Mark Mazzella for Wild Well Control to get a
01:57  10   whole bunch of big junk, big as we can pump through the lines."
01:57  11           Those were certain requests that you would make of
01:57  12   Wild Well during the commencement and the operations of the
01:57  13   Top Kill?
01:57  14   A.   This would have been -- as I testified earlier, would have
01:57  15   been the conversation between Barnett and I where we asked
01:57  16   Wild Well to procure as big of material as we thought we could
01:57  17   get through the lines.
01:58  18   Q.   And you see:  "I tried to press for how much, what kind.
01:58  19   All I can get is everything we had before."
01:58  20           And this was at the end of the Top Kill process,
01:58  21   correct?
01:58  22   A.   This says May 28 is what it says.
01:58  23   Q.   You would have conversations like this with, though,
01:58  24   Mr. Mazzella -- I mean, Mr. Moody, Mr. Barnett, Mr. Campbell
01:58  25   about the process as it was unfolding over those number of

MARK MAZZELLA - CROSS

01:58  1   days, correct?

01:58  2   A.   Yes, sir.  These days don't add up to me, but this would

01:58  3   have been conversations that I had with them.

01:58  4           MR. PETOSA:  Carl, if we can go down two more

01:58  5   paragraphs.  It starts with, "I can't get anything out of."  On

01:58  6   page 6.  Right there.

01:58  7   BY MR. PETOSA:

01:58  8   Q.   It says, sir:  "I can't get anything out of Mazzella and

01:58  9   I'm tired of trying.  I asked if he wanted golf balls and he

01:58 10   said he didn't care, get whatever we wanted to pump."

01:58 11           Wasn't there a specified procedure about what you

01:59 12   could or could not pump, sir?

01:59 13   A.   No, sir.  If this is in the context that I believe it is,

01:59 14   this is when we were trying to understand what we could and

01:59 15   couldn't pump.

01:59 16   Q.   Wild Well is operating on behalf of BP to execute the

01:59 17   Top Kill, correct, sir?

01:59 18   A.   Yes, sir.

01:59 19   Q.   He is asking you, Mr. Barnett on behalf of Wild Well, what

01:59 20   to get and you told him you didn't care, get whatever we wanted

01:59 21   to pump?

01:59 22           MR. BROCK:  Objection.  This is not an e-mail that

01:59 23   was sent to Mr. Mazzella.  I object based on foundation.  It

01:59 24   wasn't sent to him.  I think we ought to pull that second piece

01:59 25   down.  That's not something attributed to him, and it ought not

MARK MAZZELLA - CROSS

01:59   1   be put up in the courtroom.
01:59   2           MR. PETOSA:  I apologize for that, Your Honor.  I
01:59   3   will move on.
01:59   4           THE COURT:  Just move on.
01:59   5           MR. PETOSA:  I'll move on, Your Honor.
01:59   6   BY MR. PETOSA:
01:59   7   Q.    Sir, you would agree that in the operation of the Top Kill
01:59   8   that operator error can occur, correct?
01:59   9   A.    In any operation, from driving a car to pumping a Top Kill
01:59  10   operation, you can have operator error.
02:00  11   Q.    You would agree that in the process, that the wrong type
02:00  12   of bridging material could be pumped down the well?
02:00  13   A.    I'm sorry, sir.
02:00  14   Q.    You would agree that during the Top Kill, operator error
02:00  15   could mean that the wrong type of bridging material is pumped
02:00  16   down the well?
02:00  17   A.    There's that possibility.
02:00  18   Q.    Did that happen here, sir?
02:00  19   A.    No, sir.
02:00  20   Q.    Sir, would you agree with me that on May 26 that on the
02:00  21   first attempt of the Junk Shot, that when frac balls that were
02:00  22   the standard 7/8 were supposed to be dropped in the well,
02:00  23   instead all five of the 2 1/4-inch balls were dropped in the
02:00  24   well.  That caused a temporary clogging of the 90-degree turn
02:00  25   in the choke line?

MARK MAZZELLA - CROSS

02:00    1    A.    No, sir, there wasn't a temporary clogging in the line.

02:00    2    We never experienced any bridging in the lines.  There are

02:00    3    pressure plots that monitored our operations that would have

02:00    4    spawned that for us to review, and there wasn't any.  As a

02:01    5    matter of fact, we were looking for those kind of spikes.

02:01    6    Q.    Did Cameron express concern to you that during the May 26,

02:01    7    2010 Junk Shot procedure, that the wrong frac balls, all five 2

02:01    8    1/4-inch balls were shot in the Junk Shot and none of the

02:01    9    7/8 balls that were supposed to go down the hole went down the

02:01   10    hole?

02:01   11    A.    Cameron?

02:01   12    Q.    Cameron, sir.

02:01   13    A.    I don't remember Cameron telling us that.

02:01   14    Q.    Did Cameron express concern, sir, that in monitoring the

02:01   15    Junk Shot procedure, that there was a choke line pressure

02:01   16    increase because the 2 1/4-inch frac balls got stuck going

02:01   17    around the 90 degree turn in the choke line?

02:01   18    A.    Cameron wasn't part of our forward team.  I don't recall

02:01   19    Cameron reporting that to us.

02:01   20    Q.    You would agree if that occurred, sir, that's common

02:01   21    operator error?

02:01   22    A.    No, sir, not necessarily.

02:01   23    Q.    Why?

02:01   24    A.    Depends on what the procedure said.

02:02   25    Q.    Well, if the procedure at the time was supposed to send

MARK MAZZELLA - CROSS

02:02  1    the 7/8-inch frac balls down the hole first followed by the 2
02:02  2    1/4-inch balls, wouldn't that be common operator error if the
02:02  3    7/8-inch balls were never sent down the hole?
02:02  4    A.    If you can show me those procedures where that happened
02:02  5    out of sequence, then there's a possibility that the wrong
02:02  6    balls were sequenced at the wrong time.  The reality is it
02:02  7    would have had little to no impact on what we did.
02:02  8    Q.    So, sir, it's your testimony that on May 26, that all
02:02  9    hundred of the 7/8-inch balls were sent down the hole?
02:02  10   A.    No, sir.  If I recall, we pumped everything that we could
02:02  11   get out of the shot tubes, but it seems like I recall there
02:02  12   were some that were left in that became lodged in the shot
02:02  13   lines.
02:02  14   Q.    Okay, sir.  You would agree that the reason that the
02:02  15   Top Kill failed was because the hole, the diameter of the hole,
02:03  16   the orifice that you were trying to plug up was just too big?
02:03  17   A.    Look, I had an opinion on that, like others have opinions
02:03  18   on why Top Kill failed.  For me I couldn't in no way provide
02:03  19   definitive data that the orifice or the flow path was the
02:03  20   reason that it failed or that it was multiple flow paths, no
02:03  21   more than the other people that had other opinions of why it
02:03  22   failed could provide definitive data.
02:03  23         So with all that in mind, it always pointed us toward
02:03  24   a conservative way of doing things.  But, you know, I had an
02:03  25   opinion, like everyone else.

OFFICIAL TRANSCRIPT

MARK MAZZELLA - CROSS

02:03   1    Q.   Okay, sir.  Let's refer to your deposition at TREX-100231,
02:03   2    page 114 to page 115 about what you testified to about why the
02:03   3    Top Kill failed.
02:03   4            MR. PETOSA:  If we can start out, Carl, at line 18.
02:03   5    BY MR. PETOSA:
02:03   6    Q.   Sir, you see there's a question?  Line 21:
02:03   7            "QUESTION:  What did you attribute to be the reason
02:03   8        that the Top Kill was unsuccessful?"
02:04   9            MR. PETOSA:  If we can go to the next page, please,
02:04   10   Carl, at page 115.  If we can go to line 6.
02:04   11           "ANSWER:  Because we were restricted by the Macondo
02:04   12       BOP fixed lines" --
02:04   13              Starting at line 6 and go down, Carl, I
02:04   14   apologize.
02:04   15           "ANSWER:  ....there was a limit to the size of
02:04   16       material that we could put in there.  We don't believe the
02:04   17       pressure was the culprit because we saw the pressure being
02:04   18       around 3,000 pounds and typically that's not enough to
02:04   19       push it through any orifice that it could bridge.  Some of
02:04   20       this material was fairly large.  So we think that the hole
02:04   21       we were trying to plug was just too big."
02:04   22   BY MR. PETOSA:
02:04   23   Q.   Is that what you testified to back in May of 2011?
02:04   24   A.   Yes, sir, and that I thought that the hole was too big --
02:04   25   again, my opinion.

MARK MAZZELLA - CROSS

02:04  1   **Q.**   That's your opinion still today, sir, correct?
02:04  2   **A.**   Yes, sir.
02:04  3   **Q.**   That's what you told BP's expert, Iain Adams, when you met
02:05  4   with him, or at least talked to him on March 3rd of 2013?
02:05  5   **A.**   I don't recall a conversation with Iain Adams specifically
02:05  6   about that orifice size.  I'm not discounting it or saying that
02:05  7   I did.  I just don't remember that conversation.
02:05  8   **Q.**   You don't remember telling Mr. Adams that the reason that
02:05  9   Top Kill failed was material was too small and the hole was too
02:05  10  big?
02:05  11  **A.**   No, I don't recall that.  Pumping Junk Shots, you always
02:05  12  pump small material into large areas.  I pumped one in
02:05  13  South Texas where the biggest line I could get was 2 inch and I
02:05  14  had to pump into an 11-inch BOP and seal around components in
02:05  15  it that were a lot larger than that 2 inch.  I had to pump over
02:05  16  300 golf balls in it to do it, but we got it bridged off and we
02:05  17  successfully killed the well.
02:05  18       So the size of the material that goes through the
02:05  19  line is not -- excuse me.  The success of a Junk Shot is not
02:06  20  contingent with the size of the material that goes through that
02:06  21  line.  Can your success factors be better?  Absolutely.  But
02:06  22  the way the procedure is designed is that it builds on itself,
02:06  23  and that's why you can use smaller lines.
02:06  24  **Q.**   Sir, it's your opinion that the reason the Top Kill failed
02:06  25  was the hole was too big, correct?

**MARK MAZZELLA - CROSS**

02:06    1    **A.**    Again, my opinion was that the holes were too big or there

02:06    2    were multiple holes.

02:06    3    **Q.**    Wild Well Control told you the same thing on May 31st of

02:06    4    2010, correct?

02:06    5    **A.**    Yes, sir.

02:06    6    **Q.**    Bob Grace agreed with that, the well control specialist we

02:06    7    talked about, correct?

02:06    8    **A.**    Yes, sir.  The consensus of the whole forward team was

02:06    9    that our opinion was that there was either multiple flow paths

02:06   10    or too big a flow path to try and plug up.

02:06   11    **Q.**    You would agree, sir, that if you have a larger geometry,

02:06   12    that increases the likelihood that you have less restrictions

02:06   13    in the hole, correct?

02:06   14    **A.**    Yes, sir.

02:06   15    **Q.**    And in turn, you can have increased flow, correct?

02:06   16    **A.**    Yes, sir.

02:06   17    **Q.**    Did Kurt Mix tell you on May 27th or May 28th of 2010 that

02:07   18    the reason that the Top Kill was failing was there was too much

02:07   19    flow rate, over 15,000, and too large an orifice?

02:07   20    **A.**    I don't know which part of Top Kill that Kurt was speaking

02:07   21    to.  As we discussed earlier, Top Kill has two components.  One

02:07   22    is the placement of bridging material and the other is the

02:07   23    Momentum Kill.  If he was speaking to the placement of bridging

02:07   24    material, that's not flow dependent.

02:07   25    **Q.**    Sir, you would agree on May 27, 2010, the procedure that

MARK MAZZELLA - CROSS

02:07  1    went forward was the Junk Shot component with Momentum Kill
02:07  2    over the Top Kill, correct?
02:07  3    A.   Yes, sir.  There was two parts of Top Kill and that --
02:07  4    again, one was the bridging material and the other was the
02:07  5    Momentum Kill.
02:07  6    Q.   You didn't answer my question.  I would like to ask it
02:07  7    again, sir.
02:07  8    A.   Okay.
02:07  9    Q.   On May 27, 2010, sir, did Kurt Mix tell you there was too
02:07  10   much flow rate, over 15,000, and too large an orifice?
02:08  11   A.   I don't recall that because, if memory serves me
02:08  12   correctly, we were in the throes of doing drills and things
02:08  13   like that.  I don't remember exactly the dates on when the job
02:08  14   was pumped.
02:08  15   Q.   The last thing, sir, that I'm going to wrap up is that you
02:08  16   said your whole team was in agreement that the reason the
02:08  17   Top Kill failed was there was too large of a hole you were
02:08  18   trying to plug up, correct?
02:08  19   A.   That was the consensus of the forward team, yes, sir.
02:08  20   Q.   You communicated that from your forward onshore --
02:08  21   offshore team to the onshore group at BP Westlake, correct?
02:08  22   A.   Yes, sir, I communicated that with our leadership.
02:08  23   Q.   You were not involved in any of the post Top Kill analysis
02:08  24   after that, correct, sir?
02:08  25   A.   No, sir.

MARK MAZZELLA - CROSS

02:08    1          MR. PETOSA:  Thank you so much for your time, sir.  I

02:08    2   appreciate it.

02:08    3          THE COURT:  Mr. Brock.

02:08    4                      REDIRECT EXAMINATION

02:08    5   BY MR. BROCK:

02:09    6   Q.    Mr. Mazzella, is it correct that following the Top Kill

02:09    7   that there were opinions about why it failed other than orifice

02:09    8   size being too large?

02:09    9   A.    Absolutely.  There were opinions floating around like

02:09   10   feathers on a bird.  Some of them involved various components

02:09   11   in the wellbore.

02:09   12   Q.    Did you understand that one of the items that was

02:09   13   considered was the possibility that the collapse disks had

02:09   14   opened during the initial blowout?

02:09   15   A.    Yes, sir, I do remember discussions to that respect.

02:09   16   Q.    Did you understand that both the teams from BP, industry,

02:09   17   and government could not rule out that the collapse disks had

02:09   18   opened during the initial blowout?

02:09   19          MR. PETOSA:  Your Honor, I would like to object.

02:09   20   Mr. Mazzella just testified that he was not involved in any of

02:09   21   the post Top Kill analysis after his team provided their

02:09   22   consensus opinion about why they thought the Top Kill failed.

02:10   23          MR. BROCK:  He could know about it without having

02:10   24   been involved in the analysis.

02:10   25          MR. PETOSA:  Not without hearsay, Your Honor.

OFFICIAL TRANSCRIPT

**MARK MAZZELLA - REDIRECT**

02:10  1        **THE COURT:**  I sustain the objection.
02:10  2    BY MR. BROCK:
02:10  3    **Q.**   Did you agree, sir, with the idea of going forward to
02:10  4    collection following the Top Kill procedure?
02:10  5    **A.**   Well, I was not involved in the decision for collection.
02:10  6    However, in my opinion it's a prudent way forward while we were
02:10  7    continuing to develop our procedures for the other intervention
02:10  8    opportunities.
02:10  9    **Q.**   Thank you.  Going back to one of the questions that were
02:10  10   asked early in the exam, you were asked:  Did your procedures
02:10  11   contain a detailed "how to shut the Macondo well in" section?
02:10  12       Do you remember questions to that effect?
02:10  13   **A.**   You're speaking to the Well Control Response Guide?
02:11  14   **Q.**   Yes.
02:11  15   **A.**   Yes, sir, I remember that.
02:11  16   **Q.**   Can you tell the Court why there was no detail on how to
02:11  17   shut the well in procedure in that manual.
02:11  18   **A.**   Well, as we had discussed earlier, every well control
02:11  19   situation is unique.  Every BOP configuration is potentially
02:11  20   different.  All the scenarios can be different, so we require
02:11  21   different procedures to shut the well in.  Some of these that
02:11  22   you can predict, some of them you have no way of knowing that
02:11  23   you're going to be presented with that.
02:11  24       It's very difficult to come and put a complete plan
02:11  25   together that says every time there's going to be a blowout,

02:11   1    this is what we can do to stop it.  There are so many different
02:11   2    variables to this thing.  It's almost impossible to do that.
02:11   3            You know, you have got to evaluate, assemble a team,
02:11   4    evaluate, and then prepare the plan to go ahead and try to
02:11   5    remediate that based on the scenario that -- or the situation
02:12   6    that you are presented with.
02:12   7    Q.   Is what you have just described the reason that the
02:12   8    industry standard is to stand up a team of experts in the event
02:12   9    of an unfortunate situation like Macondo?
02:12  10    A.   Absolutely.  That is the industry standard --
02:12  11            MR. PETOSA:  Your Honor, object.  This is beyond the
02:12  12    scope of cross, and it's really beyond the knowledge of the
02:12  13    witness.
02:12  14            MR. BROCK:  He asked about why they didn't have a
02:12  15    detailed how-to.  I'm responding to that, Your Honor.
02:12  16            MR. PETOSA:  I was talking about the well control
02:12  17    guide, Your Honor.
02:12  18            THE COURT:  I overrule the objection.
02:12  19    BY MR. BROCK:
02:12  20    Q.   Go ahead.
02:12  21    A.   I'm sorry.
02:12  22            THE COURT:  You can answer.  Do you remember the
02:12  23    question?
02:12  24            THE WITNESS:  I just want to make sure I get it
02:12  25    right.

**MARK MAZZELLA - REDIRECT**

02:12   1          **THE COURT:**  Why don't you re-ask it.

02:12   2          **MR. BROCK:**  Make sure he has permission, too.

02:12   3          **THE WITNESS:**  You guys talk a different language than

02:12   4   us oil field guys.

02:12   5   **BY MR. BROCK:**

02:12   6   **Q.**   Is your description of bringing in experts to look at the

02:12   7   individual situation that you're presented with, is that done

02:12   8   because you can't anticipate what you will find once you start

02:13   9   your response?

02:13  10          **MR. PETOSA:**  Your Honor, I object, leading.

02:13  11          **THE COURT:**  Overruled.

02:13  12          **THE WITNESS:**  It is, Your Honor.  I mean, that's what

02:13  13   we do in our industry is we surround ourselves with the experts

02:13  14   to help us evaluate it.  You know, the well control people do

02:13  15   this stuff every day.  They are going to understand what we can

02:13  16   do a lot better than what the average oil field guy does.  And

02:13  17   it's a collaborative effort.

02:13  18          Some instances the -- what the well control

02:13  19   people provide for you is a little bit different than what we

02:13  20   would normally do.  For instance, I could just push a button

02:13  21   and shut a BOP where a well control guy says, you know, I can

02:13  22   manually walk up there and close that well in.  And that's what

02:13  23   you do.  You assemble a team.  You've got to evaluate it, and

02:13  24   you try and develop a plan based on what you have learned in

02:13  25   looking at that well.  Going forward you have to do that

MARK MAZZELLA - REDIRECT

02:14    1    because there are so many scenarios that get out there in front
02:14    2    of you.  It's impossible to predict them.  It is.
02:14    3    BY MR. BROCK:
02:14    4    Q.   Thank you for that.
02:14    5         One final question.  You were asked some questions
02:14    6    about your success rate in terms of conducting Top Kill
02:14    7    operations in other than deepwater situations.  I'll ask you,
02:14    8    did you attend a meeting with Secretary Salazar and others in
02:14    9    which you were specifically asked, "What is your history in
02:14   10    terms of conducting Top Kill operations?"
02:14   11    A.   Yes, sir, I was.
02:14   12    Q.   Was that question posed to you by Secretary Salazar?
02:14   13    A.   Yes, sir, it was.
02:14   14    Q.   Just tell the Court what you told him.
02:14   15    A.   Well, he asked me specifically what my experience was and
02:14   16    as I told him, I had -- have done hundreds of these things on-
02:14   17    and offshore and of the wells that I have pumped, that I have
02:15   18    experienced a 60 to 70 percent success rate.
02:15   19    Q.   Did you indicate to him that that was not in the deepwater
02:15   20    environment?
02:15   21    A.   Absolutely.  That was one of the things that I was adamant
02:15   22    about communicating that, you know, nowhere in history had
02:15   23    there ever been a deepwater Top Kill-type operation performed.
02:15   24    Q.   I'm not going to get into the details, but I feel like
02:15   25    counsel from the other side was criticizing the way that you

OFFICIAL TRANSCRIPT

MARK MAZZELLA - REDIRECT

02:15   1   ran the Top Kill operation.

02:15   2            Would you just state to the Court your opinion or

02:15   3   your view about the rigor that you applied to the Top Kill

02:15   4   operation that you led at the Macondo well.

02:15   5   **A.**   Well, it was an unbelievable operation.  As you can

02:15   6   imagine, seeing the infrastructure with all the vessels, we had

02:15   7   team members that were in charge of each one of those

02:16   8   components that you saw floating out there.  Plus, there were

02:16   9   team members responsible for the ROV, the subsea engineers that

02:16   10  manipulated the valves and the cameras and things like that.

02:16   11  All these team members had a team of people under them that

02:16   12  could facilitate anything they needed.

02:16   13           For instance, the BJ *Blue Dolphin*, we had a team

02:16   14  leader for that pumping operation.  That team leader had the

02:16   15  whole BJ team under him that were helping follow the directions

02:16   16  that we were given per the procedures.  The same thing with the

02:16   17  mud.  I mean, something as simple as delivering the mud to the

02:16   18  pumps, we had a team leader and a group of people there.

02:16   19  **Q.**   Let's focus on the junk that was put in the well.

02:16   20  **A.**   Fair enough.

02:16   21  **Q.**   In terms of what was put in the well, was it done in an

02:16   22  industry standard type of way and consistent with the

02:16   23  procedures that were in place?

02:16   24  **A.**   Yes, sir.  What we did, we actually drew a board, a big

02:17   25  board that had all the valves, all the load tubes that had all

MARK MAZZELLA - REDIRECT

1  the junk in it and we had them numbered systematically where I
2  was on the command vessel, I could call the team leader on the
3  other side, tell him which one we needed to pump and, of
4  course, they had the procedures as well.  They would confirm
5  the one we wanted.  Then they would launch it and confirm that
6  it was launched and then we would go sequentially down the line
7  with what the procedures required.
8          MR. BROCK:  Thank you, Mr. Mazzella.  That's all.
9          THE COURT:  Thank you, sir.
10          Next witness, Mr. Brock.
11          MR. BROCK:  Yes, sir, Your Honor.  At this point we
12  are going to play excerpts from five depositions.  The run time
13  on these depositions is about 12 minutes.  We have Lars Herbst,
14  who was the MMS regional director and the 30(b)(6) for the
15  United States on responding to subsea oil well blowouts;
16  Dr. Rygg, who you heard about, who was Add Energy's 30(b)(6);
17  Richard Vargo, who was Halliburton's senior global adviser and
18  their 30(b)(6) for Top Kill; David McWhorter, who was Cameron's
19  30(b)(6) for BOP-on-BOP techniques; and Admiral Kevin Cook, who
20  was the United States' 30(b)(6) for BOP-on-BOP and sequencing
21  of source control efforts.  And then we will follow with a
22  witness.
23          THE COURT:  Okay.  Thank you.
24          (Deposition clips of Lars Herbst, Ole Rygg, Richard
25  Vargo, David McWhorter, and Kevin Cook played.)

| | | |
|---|---|---|
| 02:30 | 1 | **MR. BROCK:**  That's all, Your Honor.  BP's next |
| 02:31 | 2 | witness is Mr. Trevor Smith, a fact witness. |
| 02:31 | 3 | **THE COURT:**  Okay.  Go ahead and call him. |
| 02:31 | 4 | **MR. BROCK:**  He is coming in now, Your Honor. |
| 02:31 | 5 | **TREVOR SMITH,** |
| 02:31 | 6 | having been duly sworn, testified as follows: |
| 02:31 | 7 | **THE DEPUTY CLERK:**  State your full name and correct |
| 02:31 | 8 | spelling for the record, please. |
| 02:31 | 9 | **THE WITNESS:**  My name is Trevor Smith, T-R-E-V-O-R, |
| 02:31 | 10 | S-M-I-T-H. |
| 02:31 | 11 | **DIRECT EXAMINATION** |
| 02:31 | 12 | BY MR. COLLIER: |
| 02:32 | 13 | **Q.**   Good afternoon, Mr. Smith. |
| 02:32 | 14 | **A.**   Good afternoon. |
| 02:32 | 15 | **Q.**   My name is Paul Collier.  I'll be asking you questions |
| 02:32 | 16 | today on behalf of BP.  I have you on direct examination. |
| 02:32 | 17 | Can you please introduce yourself to the Court. |
| 02:32 | 18 | **A.**   My name is Trevor Smith. |
| 02:32 | 19 | **Q.**   Where are you currently employed? |
| 02:32 | 20 | **A.**   I'm employed by BP in Houston. |
| 02:32 | 21 | **Q.**   What is your current role with BP? |
| 02:32 | 22 | **A.**   I'm project manager for subsea production systems and |
| 02:32 | 23 | containment in Project 20K, a technology development project. |
| 02:32 | 24 | **Q.**   You worked on the response effort relating to the |
| 02:32 | 25 | *Deepwater Horizon* incident? |

TREVOR SMITH - DIRECT

02:32   1    A.    Yes, I did.

02:32   2    Q.    Can you briefly describe what role you had with respect to

02:32   3    the response effort.

02:32   4    A.    I was a project manager in what became known as the BOP

02:32   5    Connections Team, organizing in the tasks of that members of

02:32   6    that team.

02:32   7    Q.    Now, before discussing your work on the response, I would

02:33   8    like to talk a little bit about your background.

02:33   9          Can you please provide some information about your

02:33   10   educational background.

02:33   11   A.    I was educated in Ireland, finishing with a degree in

02:33   12   engineering, science, and mathematics at Trinity College

02:33   13   Dublin.

02:33   14   Q.    Can you please describe your professional credentials.

02:33   15   A.    I'm a chartered engineer and fellow of the UK Institution

02:33   16   of Mechanical Engineers.

02:33   17   Q.    Can you describe your professional work experience.

02:33   18   A.    I have worked for BP since 1978 -- initially in pipeline

02:33   19   engineering, then in subsea inspection and maintenance,

02:33   20   followed by subsea projects.

02:33   21   Q.    Can you provide a little bit more detail about the work

02:33   22   that you have done with respect to subsea projects.

02:33   23   A.    Most notably, in the mid to late '90s, I was subsea team

02:33   24   leader for the Schiehallion subsea development west of Shetland

02:33   25   in the UK, a deepwater subsea project.  Following which, I was

TREVOR SMITH - DIRECT

1    seconded for a period into the Total project to provide input
2    from our experience in BP into the Total project for Angola.  I
3    came to Houston in 2000 to work on Holstein development and
4    have been largely involved in work in Houston since that time.
5    **Q.**   Can you describe what type of subsea equipment you have
6    worked on in your experience.
7    **A.**   It's a full range of subsea equipment.  Wellheads, subsea
8    trees, subsea jumpers, manifolds, flow line and riser systems
9    and their associated control systems.
10   **Q.**   Now, with respect to the *Deepwater Horizon* response, I
11   think you identified that you were a member of a specific team;
12   is that right?
13   **A.**   That's correct.
14   **Q.**   What was that team?
15   **A.**   Initially, it was named the Swing Valve Team and later
16   became known as the BOP Connections Team.
17   **Q.**   What role did you have with that team?
18   **A.**   Essentially, I was the project manager for a number of the
19   activities there.
20   **Q.**   What was the purpose of the BOP Connections Team?
21   **A.**   When I joined, which was April 30, the two main roles or
22   goals of that team were to establish methods and procedures and
23   equipment to allow us to cut away the damaged riser from the
24   top of the LMRP of the *Deepwater Horizon* stack; and secondly,
25   to devise some means of attaching a capping device to the flex

**TREVOR SMITH - DIRECT**

02:35   1   joint at the top of the LMRP on the stack.

02:35   2   **Q.**   Now, when did the Response Team start looking at a way of

02:35   3   attaching a capping stack to above the LMRP?

02:35   4   **A.**   I believe it started approximately April 27.

02:35   5   **Q.**   Now, can you describe who was on the BOP Connections Team?

02:35   6   **A.**   There were a range of expertise engineers who had

02:35   7   experience in subsea system design, subsea installation

02:35   8   activities, ROVs, subsea installation tooling development,

02:35   9   pipeline engineering, welding, and stress analysis, amongst

02:35  10   others.

02:36  11   **Q.**   Can you briefly describe how the BOP Connections Team

02:36  12   worked to meet the goals that were set for it?

02:36  13   **A.**   We were based in BP's offices at Westlake in Houston in

02:36  14   the crisis center.  We normally worked 12-hour days or more

02:36  15   from 6:00 in the morning to 6:00 in the evening continuously

02:36  16   during the response with occasionally time off for pressing

02:36  17   family or personal matters.

02:36  18   **Q.**   Did the BOP Connections Team work with other members of

02:36  19   the response?

02:36  20   **A.**   Yes, we did.  We worked primarily with the Well Capping

02:36  21   Team and the Subsea Installation Team that were operating --

02:36  22   controlling offshore operations from the hive at Westlake.

02:36  23   **Q.**   Did the BOP Connections Team work with other members of

02:36  24   the industry during the response?

02:36  25   **A.**   Yes.  Through the Well Capping Team, we worked with

TREVOR SMITH - DIRECT

02:36   1   engineers and personnel from Transocean and Cameron.  We also

02:36   2   had Oceaneering supporting us based at Westlake.  We engaged,

02:37   3   as part of our response, support and engineering services and

02:37   4   fabrication services from companies such as INTECSEA and Oil

02:37   5   States.  And we also had some engineers assigned to us from

02:37   6   Exxon early in the response to help with some of our studies.

02:37   7   Q.   Now, did the BOP Connections Team have any interaction

02:37   8   with MMS or the Federal Science Team?

02:37   9   A.   Yes.  We used to have daily briefings in the morning and

02:37  10   end of the afternoon in Houston.  And from the start, members

02:37  11   of MMS and Coast Guard would attend those briefings, ask any

02:37  12   questions.  And if there were activities they were interested

02:37  13   in that we were planning to do during the day, they would come

02:37  14   and participate in those meetings.  Later, in May, when the

02:37  15   Government Science Team came onboard, I gave them some initial

02:37  16   briefings on what our work plans were and what we were thinking

02:37  17   and later gave updates and gave assurance reviews at their

02:38  18   request as the work progressed.

02:38  19   Q.   You talked earlier that the BOP Connections Team was

02:38  20   tasked with the goal of attaching a capping stack above the

02:38  21   LMRP, correct?

02:38  22   A.   That's correct.

02:38  23   Q.   Why was the BOP Connections Team asked to look at

02:38  24   attaching a capping stack above the LMRP?

02:38  25   A.   We were assigned to that location.  There were others

TREVOR SMITH - DIRECT

02:38   1   working on attaching on top of the BOP, if the LMRP could be
02:38   2   removed.  So we were essentially looking at an alternative
02:38   3   option.
02:38   4          MR. COLLIER:  Now, if we could pull up D-23272A,
02:38   5   please.
02:38   6   BY MR. COLLIER:
02:38   7   Q.   Mr. Smith, can you identify for the Court where the BOP
02:38   8   Connections Team was looking to attach a capping stack.
02:38   9   A.   Yes.  I'll use this laser pointer on the screen over here
02:38   10  if that helps.
02:38   11         We were looking -- this is the flex joint and we were
02:38   12  looking -- there's a flange at the top of the flex joint, and
02:39   13  that's where we were looking initially to make the connection.
02:39   14  And that's where, ultimately, we did make the capping
02:39   15  connection.
02:39   16  Q.   What is the flex joint?
02:39   17  A.   It's an articulated joint that allows the riser from the
02:39   18  drillship above -- it allows the drillship to move around on
02:39   19  the surface around the fixed point of the BOP stack on the
02:39   20  seabed.  It's an articulated device.
02:39   21  Q.   You mentioned a flex joint flange; can you identify where
02:39   22  that is?
02:39   23  A.   It's this flange right here where I'm pointing with the
02:39   24  laser pointer.
02:39   25  Q.   Did the BOP Connections Team look at other areas to attach

TREVOR SMITH - DIRECT

| | |
|---|---|
| 02:39 | 1  the capping stack? |
| 02:39 | 2  **A.**   Yes.  If it was proven difficult or not possible to remove |
| 02:39 | 3  that flange, we looked at connecting on the body of the flex |
| 02:39 | 4  joint, gripping and sealing there on the main body I'm showing |
| 02:39 | 5  here.  Also looking at a way of connecting above with the |
| 02:39 | 6  flanges still in place.  Plus, we looked at unbolting the |
| 02:39 | 7  flange at the base of the flex joint but discounted that as |
| 02:39 | 8  being too difficult. |
| 02:40 | 9  **Q.**   Now, do you have a demonstrative prepared that shows the |
| 02:40 | 10  flex joint flange in more detail? |
| 02:40 | 11  **A.**   Yes, I do. |
| 02:40 | 12        **MR. COLLIER:**  If we can pull up D-23274A, please. |
| 02:40 | 13  BY MR. COLLIER: |
| 02:40 | 14  **Q.**   Using this slide, can you describe, Mr. Smith, in more |
| 02:40 | 15  detail the flex joint flange. |
| 02:40 | 16  **A.**   Yes.  This diagram here on the right is sort of a top-down |
| 02:40 | 17  look at the stub of pipe that was left after the riser was cut. |
| 02:40 | 18  Here's the flange.  It's about 3.5 feet in diameter.  It's held |
| 02:40 | 19  together by six bolts around the perimeter.  And in the center |
| 02:40 | 20  is the large marine riser pipe, which was sheared by the |
| 02:40 | 21  cutting device.  Showing it after it was sheared.  And around |
| 02:40 | 22  the outside of it, there are also four service lines that |
| 02:40 | 23  protrude through the flange that had been cut off. |
| 02:40 | 24  **Q.**   Prior to the *Deepwater Horizon* incident, had anyone |
| 02:40 | 25  attached a capping stack to a flex joint flange? |

842

**TREVOR SMITH - DIRECT**

02:40   1   **A.**   I'm not aware of that occurring, and I very much doubt it

02:41   2   occurred.

02:41   3   **Q.**   Now, did the 3-ram capping stack that was installed on

02:41   4   July 12 use a connection method that was developed by the BOP

02:41   5   Connections Team?

02:41   6   **A.**   Yes, it did.

02:41   7   **Q.**   What was the name of that design?

02:41   8   **A.**   The connection met what we called the transition spool.

02:41   9   **Q.**   Was the transition spool the only design that the BOP

02:41   10   Connections Team worked on?

02:41   11   **A.**   No, we worked on two other methods.  We called them the

02:41   12   flex joint overshot and the latch cap.

02:41   13   **Q.**   Why did the team work on more than one option?

02:41   14   **A.**   Because it wasn't certain we would be successful in

02:41   15   unbolting this flange.  So we wanted to have alternative

02:41   16   options available.

02:41   17   **Q.**   Did the BOP Connections Team work on those options one at

02:41   18   a time?

02:41   19   **A.**   We started with the transition spool, and as the

02:41   20   complexity of that operation became apparent, we initiated work

02:41   21   on these other two options.  So at one point in time, all three

02:41   22   were progressing in parallel.

02:41   23   **Q.**   Have you prepared a graphic that shows the three

02:42   24   connection options that the BOP Connections Team pursued?

02:42   25   **A.**   Yes, I have.

**TREVOR SMITH - DIRECT**

02:42   1              **MR. COLLIER:**  If we can bring up 23277, please.

02:42   2    **BY MR. COLLIER:**

02:42   3    **Q.**   Can you describe for the Court the three connection

02:42   4    methods that the BOP Connections Team pursued.

02:42   5    **A.**   Again, if I use the screen to demonstrate with the laser

02:42   6    pointer --

02:42   7              So the transition spool is the method we actually

02:42   8    ended up using, which is landing this device inside the top of

02:42   9    the flex joint after the flange was removed.  Basically,

02:42   10   stabbing inside it and making up the two flanges at the bottom

02:42   11   here.  On top of that was a connection hub down to the cap

02:42   12   line.

02:42   13             The next one is the flex joint overshot.  It's a

02:42   14   large structural pressure chamber intended to be landed over

02:42   15   the flex joint and would grip and seal at the bottom base.

02:42   16             The final one is the latch cap, which was designed to

02:42   17   grip over the pair of flanges that couldn't be unbolted and

02:42   18   seal on the well neck of the flange above.

02:42   19   **Q.**   I think you mentioned it was the transition spool that was

02:43   20   used to attach the capping stack on July 12, correct?

02:43   21   **A.**   That's correct.

02:43   22   **Q.**   What happened to the flex joint overshot and the latch

02:43   23   cap?

02:43   24   **A.**   We paused working on the flex joint overshot after we had

02:43   25   built the main chamber and started doing machining of the

TREVOR SMITH - DIRECT

02:43   1   sealing elements.  We did a hazard risk assessment and realized
02:43   2   that it could be stuck partway on during the installation
02:43   3   process -- and potentially irreversibly without having created
02:43   4   a seal -- and that would be making a situation that we wouldn't
02:43   5   have a connection method any longer.  The latch cap was
02:43   6   proceeded all the way through to successful completion of
02:43   7   onshore testing to demonstrate that it worked.
02:43   8   Q.   Now, were there challenges associated with installing and
02:43   9   connecting a capping stack above the LMRP?
02:43   10  A.   Yes, there were several.
02:43   11  Q.   Have you prepared a slide to help you explain those
02:43   12  challenges?
02:43   13  A.   Yes, I have.
02:43   14       MR. COLLIER:  If we could bring up D-23276, please.
02:43   15  BY MR. COLLIER:
02:43   16  Q.   Mr. Smith, if you could explain some of the challenges
02:44   17  that the BOP Connections Team faced with respect to attaching a
02:44   18  capping stack above the LMRP?
02:44   19  A.   Yes.  So first we had to cut away the damaged riser
02:44   20  without creating damage to the stack and connection point that
02:44   21  remained.  When we did that, we actually saw that there were
02:44   22  two sections of drill pipe trapped inside that cut section of
02:44   23  the riser.  So now we needed to take on board:  How do we land
02:44   24  this connection device, transition spool, on top of a flex
02:44   25  joint with this debris present?

TREVOR SMITH - DIRECT

1    Also, after we cut the riser, the flex joint, which
2  had been pulled right over to its extreme limit of travel,
3  recovered partially toward a central or vertical position, but
4  not fully.  And to land the capping stack, we wanted the flex
5  joint to be in a vertical position, and also needed to hold it
6  centrally in that vertical position.  So we needed to develop
7  tooling to push it, to straighten it up, and then to lock it in
8  place.
9    Also, we needed to address the case of we are landing
10 now additional weight onto the *Horizon* stack, the transition
11 spool, and the capping stack.  We needed to demonstrate that
12 this whole assembly had structural integrity, that it would
13 support the loads.
14    We needed to look very closely at the flex joint and
15 the flange and the transition spool itself because those
16 elements, the flange and the flex joint, were not designed for
17 the full well shut-in pressure that we expected.  They were
18 rated for 5000 pounds per square inch operating pressure, and
19 the expected well shut-in pressure was 8000 pounds per square
20 inch pressure or above.  So we needed to do a careful review to
21 ensure that -- to assure ourselves that the equipment could
22 take the additional pressure we were going to put on them above
23 their normal allowable limits.
24 **Q.**   What were the conditions of where this connection was
25 going to take place?

OFFICIAL TRANSCRIPT

TREVOR SMITH - DIRECT

02:45  1   **A.**   Well, the Macondo *Deepwater Horizon* stack was 5000 feet
02:46  2   down in the Gulf of Mexico, very deep water and in the dark.
02:46  3   So basically we needed to come down there with tooling and
02:46  4   equipment that -- basically, we were going to lower stuff down
02:46  5   on wires and with drill pipe, and any dextrous activity needed
02:46  6   was going to have to be conducted by ROVs, underwater remotely
02:46  7   controlled devices with two hydraulic arms with certain limited
02:46  8   capabilities.  So we needed to devise solutions that worked
02:46  9   within the capabilities of -- limits of those constraints I
02:46  10  just described.
02:46  11  **Q.**   Now, did the BOP Connections Team face challenges with
02:46  12  establishing the flex joint flange as a subsea connection?
02:46  13  **A.**   Yes.
02:46  14  **Q.**   Have you prepared a slide that discusses those challenges?
02:46  15  **A.**   Yes, I have.
02:46  16       **MR. COLLIER:**  If we can bring up D-23275, please.
02:46  17       **THE COURT:**  Mr. Smith, why don't you move that
02:46  18  microphone a little closer to you.  Thank you.
02:46  19       **THE WITNESS:**  Thank you.
02:46  20  **BY MR. COLLIER:**
02:46  21  **Q.**   Mr. Smith, if you can please describe some of the
02:47  22  challenges the BOP Connections Team faced with making the flex
02:47  23  joint flange a subsea connection?
02:47  24  **A.**   Yes.  So first, fundamentally, that flange was not a
02:47  25  subsea connection -- normal subsea connection.  In fact, it was

**TREVOR SMITH - DIRECT**

02:47  1    intended -- its purpose is to be made up on the deck of the

02:47  2    drillship as the riser is run and it's bolted up by personnel

02:47  3    on deck using hydraulic tooling.  It's not a conventional

02:47  4    subsea connection point like you would have at the wellhead or

02:47  5    at the top of the BOP.  So we needed to devise a way of forming

02:47  6    a connection at that point and offering a more conventional

02:47  7    landing point or connection point for the capping stack itself.

02:47  8    **Q.**   Can you describe in more detail some of the specific

02:47  9    challenges that were faced with respect to making that subsea

02:47  10   connection?

02:47  11   **A.**   Yes.  So we had to get access to the bolts.  Four of them

02:47  12   were relatively directly accessible by tooling, but one of them

02:47  13   had the head of the bolt gouged by a circular saw as the ROV

02:48  14   was cutting away a flap of steel from the drilling riser after

02:48  15   it was sheared.  And the crimping action of the drilling

02:48  16   riser -- of the big shears, rather, on the drill pipe had also

02:48  17   bulged the pipe on the opposite side of this diagram over -- or

02:48  18   close to the head of one of the other bolts.  So we weren't

02:48  19   sure that we could get access on to that point with a torquing

02:48  20   device.

02:48  21         Then having got access, we needed to loosen the bolts

02:48  22   and tighten them back up after the flange connection was made

02:48  23   to get appropriate torque.  We learned in the course of the

02:48  24   response that sometimes, on the rig of the drilling vessels,

02:48  25   the captive nuts that sit beneath the flange on the flex joint

**TREVOR SMITH - DIRECT**

| | |
|---|---|
| 02:48 | 1 |
| 02:48 | 2 |
| 02:48 | 3 |
| 02:48 | 4 |
| 02:49 | 5 |
| 02:49 | 6 |

02:48   1   in this case -- or the captive nuts on the flange could drop

02:48   2   away.  So as we were making up the flange, if the nut wasn't

02:48   3   present, there was nothing for the bolt to tighten into.  So we

02:48   4   had to devise a tool so the ROV -- if this event happened --

02:49   5   could come and present a new nut while it was starting the

02:49   6   threading of the bolt above.

02:49   7        As we looked into it, we realized that this flange

02:49   8   had a volume of -- cavity of air trapped between the two

02:49   9   flanges, and down at 5000 feet, that air at that atmospheric

02:49  10   pressure with the external sea pressure on that large area

02:49  11   created a very large clamping force holding the flanges

02:49  12   together.  So to lift the flange off, we would need to apply

02:49  13   force to separate the flanges and lift them away.

02:49  14        And potentially there was also the force of that flap

02:49  15   of metal in the middle of this diagram gripping, potentially,

02:49  16   drill pipe inside that could also provide resistance to

02:49  17   separating the flanges.

02:49  18        With the flange moved, we were expected to see and

02:49  19   did see stubs of pipe sticking up from the four service lines.

02:49  20   We needed to develop tooling to lift those stubs out because we

02:49  21   weren't sure how difficult that would be.

02:49  22        Then, with the flange ready to land the transition

02:49  23   spool, we had to bring the transition spool down, land over the

02:50  24   protruding drill pipe in the correct orientation to get all six

02:50  25   bolt holes lined up so that the flange bolts could be made up,

TREVOR SMITH - DIRECT

02:50  1   and also without damaging the sealing elements on this new
02:50  2   flange we were coming down by gashing them against the drill
02:50  3   pipe.
02:50  4          Finally, with the flange bolted up and landed, there
02:50  5   was one further leak point we wanted to address, which was one
02:50  6   of these service line stabs.  The mud boost line outlet was a
02:50  7   potential leak path because we suspected the valve was leaking
02:50  8   earlier in the response, and we wanted to fit a plug into that
02:50  9   location.  So we did achieve these objectives.
02:50  10  Q.   Did you share all of these challenges that the BOP
02:50  11  Connections Team faced with the U.S. government?
02:50  12  A.   Yes.  We described what we were planning and doing in the
02:50  13  series of reviews and presentations with the Government Science
02:50  14  Team.
02:50  15  Q.   You mentioned a number of tools that the BOP Connections
02:50  16  Team developed to address these challenges.  Have you prepared
02:51  17  a slide that shows some of those tools?
02:51  18  A.   Yes, I have.
02:51  19          MR. COLLIER:  If we go to D-23766, please.
02:51  20  BY MR. COLLIER:
02:51  21  Q.   Mr. Smith, can you describe some of the tools that the BOP
02:51  22  Connections Team developed with respect to installation of the
02:51  23  transition spool?
02:51  24  A.   Yes.  I can see it's clear on the screen but over here on
02:51  25  the left, first, is the jacking system.  So we needed to have

TREVOR SMITH - DIRECT

02:51  1    tools to push the flex joint to a centralized position or a
02:51  2    near-vertical position and then to lock that flex joint in
02:51  3    place, so it couldn't tilt further after the weight of the
02:51  4    capping stack was installed.  So we devised a jacking system
02:51  5    based on a series of metal blocks that were handed around the
02:51  6    perimeter of the bottom of the flex joint to push the flex
02:51  7    joint vertical and a similar series of blocks to hold it in
02:51  8    position.  We developed three different tools to separate the
02:51  9    flanges, two versions of this flange-splitter tool and the one
02:52  10   we actually used was this large flange overshot, which grips
02:52  11   the outside of the upper flange and lifted it away on drill
02:52  12   pipe.
02:52  13          Also shown in the picture there is the torque tool of
02:52  14   the type used to undo the bolts and to tighten them back up to
02:52  15   the desired torque.
02:52  16   Q.   Are these all of the tools that the BOP Connections Team
02:52  17   developed during the response?
02:52  18   A.   No.  We also had tools to pull out the stubs and --
02:52  19   typically, we had several varieties of tools as contingencies.
02:52  20   We had stub pulling tools; we had assembled also large saws
02:52  21   that could be operated by the ROV in case we had to cut away
02:52  22   some of that metalwork that was deformed on the riser stub.  So
02:52  23   there was a number of additional tools.
02:52  24   Q.   Were these installation tools available before the
02:52  25   *Deepwater Horizon* incident?

OFFICIAL TRANSCRIPT

TREVOR SMITH - DIRECT

02:52  1   **A.**    Some of the more conventional ROV tools were.   The

02:52  2   hydraulic torque tool there is a topside-based tool we adapted

02:52  3   for subsea.   But the jacking system, the flange overshot, the

02:52  4   flange splitter, all of those -- and the stub pulling tools

02:53  5   were developed specifically for the geometries and details of

02:53  6   what we faced subsea.

02:53  7   **Q.**    When were the installation tools ready to use to install

02:53  8   the capping stack and the transition spool?

02:53  9   **A.**    The last tool that was installed subsea was the -- were

02:53  10  the restraint blocks on the flex joint to hold it in its

02:53  11  vertical position.   They were installed -- they were the

02:53  12  critical path.   They were installed on July 7, and at that

02:53  13  point, with the flex joint held in a centralized and

02:53  14  near-vertical position, we were ready to move ahead with the

02:53  15  capping operation.

02:53  16  **Q.**    You mentioned the physical testing that the BOP

02:53  17  Connections Team conducted with respect to installing the

02:53  18  capping stack.   Can you describe what type of physical testing

02:53  19  your team conducted?

02:53  20  **A.**    Yes.   There is the jacking system photo there and the

02:53  21  flange splitter indicate those sort of tests.   We mocked up the

02:54  22  representation of what was on the *Horizon*, both subsea and

02:54  23  tested the tools against that condition to demonstrate they

02:54  24  worked, to perfect the procedure for installing those tools so

02:54  25  that we could describe that procedure, present that procedure

TREVOR SMITH - DIRECT

02:54   1   to the offshore personnel.

02:54   2   Q.   Why did the BOP Connections Team conduct physical testing?

02:54   3   A.   Well, these were all new tools.  Most of them, almost all

02:54   4   were new tools.  And there's a general subsea principle of test

02:54   5   something onshore before you put it in the water and try and

02:54   6   use it for the first time.  So given our special circumstances

02:54   7   here with new tools with some uncertainties of the conditions

02:54   8   subsea, we needed to test them all, sometimes repeatedly, to

02:54   9   get them to the condition we wanted.

02:54   10  Q.   Approximately how many tests did the BOP Connections Team

02:54   11  run?

02:54   12  A.   In total, I can't give you a complete answer.  But, for

02:54   13  example, the flange splitter tool or the jacking system went

02:54   14  through multiple -- three to five tests to get them finally

02:55   15  perfected.

02:55   16       The largest number of tests were performed on the

02:55   17  transition spool to finalize the guidance device, to get over

02:55   18  that challenge of how do you land that device on top of the

02:55   19  flex joint with potentially two bits of drill pipe sticking

02:55   20  out.  And there we ran trials of 70 or so individual runs in a

02:55   21  land-based mockup to finalize the guidance system.

02:55   22  Q.   Did the team change anything about the transition spool

02:55   23  design based on the physical testing it performed?

02:55   24  A.   Yes.  The original version of the transition spool was

02:55   25  ready around mid-May.  And when we used that original version

**TREVOR SMITH - DIRECT**

02:55  1   in those trials I just described, we realized that the guidance
02:55  2   mule shoe -- the guidance system wasn't strong enough to deal
02:55  3   with the potential risk of clashing with the drill pipe.
02:55  4            So we made the guidance system stronger.  We made the
02:55  5   edges of the guidance system harder so they would ride over
02:55  6   potential gashes in drill pipe that could claw at it.  We
02:56  7   changed the guidance pins to a long and a short version and put
02:56  8   guide wires on the tips of these pins so the ROV could pull the
02:56  9   transition spool down.  We put a connection hub on top of the
02:56 10   transition spool so that the capping stack could be landed as a
02:56 11   separate operation.
02:56 12            And originally we had the mud boost plug integral
02:56 13   with the transition spool as it was landed.  We felt that
02:56 14   presented a risk, so we designed it to be installable after the
02:56 15   transition spool itself was landed.
02:56 16   **Q.**   Could the transition spool and capping stack have been
02:56 17   successfully installed without performing the physical testing?
02:56 18   **A.**   I don't believe so.  There was too much risk of
02:56 19   encountering a problem that we hadn't thought about if we
02:56 20   hadn't done testing.
02:56 21            **MR. COLLIER:**  Now, if we can bring up D-24355,
02:56 22   please.
02:56 23   **BY MR. COLLIER:**
02:56 24   **Q.**   Mr. Smith, if you can describe what this particular
02:56 25   picture shows.

TREVOR SMITH - DIRECT

02:56    1    A.    This is the transition spool assembly after -- on the way
02:56    2    to or coming back from a pressure test after we had done its
02:57    3    first construction.
02:57    4            So the yellow assembly in the middle there, that is
02:57    5    the transition spool itself.  It's about 6 feet long, big
02:57    6    flange on the end, and a dummy base to it here that the
02:57    7    guidance system was inside.  And it's on the back of a flatbed
02:57    8    truck.  So you get a feel for the scale there.
02:57    9    Q.    I would like to talk about other areas of the capping
02:57   10    stack development for a moment.  Were you involved with other
02:57   11    aspects of the development and installation of the capping
02:57   12    stack?
02:57   13    A.    Yes.  I provided input to the Well Capping Team on two
02:57   14    aspects relating to the capping stack.
02:57   15            Firstly, in early June, after the views that we
02:57   16    needed to develop this cap as a containment device, I got the
02:57   17    Well Capping Team to convert the side outlet valves into a fail
02:57   18    open position as opposed to a fail closed position.  And later,
02:58   19    on the request of the Government Science Team, I arranged for
02:58   20    an accurate, very accurate pressure transducer to be fitted to
02:58   21    the capping stack.
02:58   22    Q.    Now, during the response did the design of the capping
02:58   23    stack change?
02:58   24    A.    Yes.  It changed significantly.
02:58   25    Q.    Have you prepared a demonstrative that shows how the

TREVOR SMITH - DIRECT

02:58   1   capping stack changed during the response?

02:58   2   **A.**   Yes, I have.

02:58   3           **MR. COLLIER:**  If we can bring up D-23774A, please.

02:58   4           **THE WITNESS:**  So on the left here is the original

02:58   5   concept for the capping stack with an integral transition

02:58   6   spool, two rams, and on the right is the final assembly.

02:58   7           The upper part is the 3-ram capping stack, and

02:58   8   the bottom part, to which it's attached, is the transition

02:58   9   spool.  There's a connection in the middle.  So that is quite

02:58  10   different assemblies.

02:58  11   **BY MR. COLLIER:**

02:58  12   **Q.**   Can you describe some of the differences between the 2-ram

02:58  13   capping stack and the 3-ram capping stack that ultimately was

02:59  14   used on July 12.

02:59  15           **MR. MILLER:**  Objection, Your Honor.  This witness was

02:59  16   not on the Capping Stack Team, and he specifically said in his

02:59  17   deposition, other than those two things he just mentioned, he

02:59  18   had no involvement with the capping stack.  This witness has no

02:59  19   foundation to answer that question.  It would all be based on

02:59  20   hearsay.

02:59  21           **MR. COLLIER:**  Your Honor, that's not correct.

02:59  22   Mr. Smith did have ongoing interactions with the Well Capping

02:59  23   Team.  That was an integral part of the work that he was doing,

02:59  24   was interfacing with them, and had a full understanding of how

02:59  25   that capping stack developed during the entire response.

TREVOR SMITH - DIRECT

02:59  1        MR. MILLER:  I think counsel needs to lay a
02:59  2   foundation then, Your Honor.
02:59  3        THE COURT:  Go ahead.  Ask some foundational
02:59  4   questions.
02:59  5   BY MR. COLLIER:
02:59  6   Q.   During the response, Mr. Smith, did you interact with the
02:59  7   Well Capping Team with respect to the development of the
02:59  8   capping stack?
02:59  9   A.   Yes.  And can I clarify or add that for a one-week period
02:59  10  in early June I was actually accountable for the build of the
02:59  11  capping stack.  And it was during that point in time that I
02:59  12  asked for the side outlet valves to be converted from fail
03:00  13  close to fail open.
03:00  14        After that period I relinquished control of building
03:00  15  the capping stack and focused more back on the transition spool
03:00  16  activities as the Capping Stack Team resumed their work on
03:00  17  getting the capping stack ready.
03:00  18  BY MR. COLLIER:
03:00  19  Q.   Prior to that time in June, did you also interact with the
03:00  20  Capping Stack Team or the Well Capping Team at that point in
03:00  21  time, with respect to the response?
03:00  22  A.   Yes.  I was interacting with them back in this early stage
03:00  23  where we were building that transition spool to be attached to
03:00  24  the 2-ram version of the stack at that time.
03:00  25  Q.   After the June time period, where you had control of the

**TREVOR SMITH - DIRECT**

1    capping stack development, did you continue to interact with

2    the Well Capping Team with respect to development of the

3    capping stack?

4    **A.**    In respect to two things.  One was attaching that, getting

5    that pressure sensor sent down and attached --

6           **MR. MILLER:**  Objection, Your Honor.  This is hearsay.

7    "Interact" means he got it from a different source.  He is

8    giving hearsay testimony.  Other than that one week in June, he

9    can't testify.

10          **THE COURT:**  Are you just asking him what he was told

11   by others who were actually doing that work?

12          **MR. MILLER:**  In England they use the word

13   "interaction," but I think it means what did somebody else tell

14   you, which is hearsay.

15          **THE COURT:**  What we are trying to understand,

16   Mr. Smith, is whether what you're being asked about now is

17   something that you have personal knowledge of or something you

18   were told by people who were actually doing that work.

19          **THE WITNESS:**  On the attachment of the pressure

20   transducer, I was asked to send somebody down to arrange to --

21   somebody reporting to me to ensure that transducer got fitted.

22   So the work -- we were actually asked by the capping team to

23   develop the procedure and equipment, bring it to site, and get

24   it installed.  So somebody from my team was engaged there and

25   reporting in to me.  I wasn't personally down in Berwick

TREVOR SMITH - DIRECT

03:02  1    myself.

03:02  2              THE COURT:  I sustain the objection.

03:02  3              MR. COLLIER:  Your Honor, maybe I can clarify.

03:02  4    BY MR. COLLIER:

03:02  5    Q.   Mr. Smith, did you have an understanding from your own

03:02  6    personal knowledge as to the features of the 3-ram capping

03:02  7    stack as it was installed on July 12?

03:02  8    A.   Yes.

03:02  9              MR. COLLIER:  Your Honor, if I may ask Mr. Smith,

03:02  10   then, questions about what he understood to be the features of

03:02  11   the 3-ram capping stack as of July 12, that would be based on

03:02  12   his personal knowledge.

03:02  13             MR. MILLER:  It has to be based on his personal

03:02  14   knowledge.  The source of that understanding can't came from

03:02  15   others who were working on the 3-ram capping stack.  He

03:02  16   testified he never worked on the 3-ram capping stack himself.

03:02  17             MR. COLLIER:  Your Honor, it was based on his

03:02  18   personal knowledge, from reviewing engineering documents, from

03:02  19   developing the work that he was doing with respect to the

03:02  20   capping stack, and then also with respect to doing the work

03:02  21   with respect to the pressure transducer that he understood the

03:02  22   features of the 3-ram capping stack.

03:02  23             THE COURT:  What was your involvement with the 3-ram

03:03  24   capping stack beyond what you have already told us?  I think

03:03  25   you said in June you had some -- you were the one that came up

**TREVOR SMITH - DIRECT**

1  with the idea of the two side outlets.

2        THE WITNESS:  No, not the side outlets themselves,

3  but to convert the valves that were there to fail open.

4        THE COURT:  Fail open instead of fail --

5        THE WITNESS:  They were fail closed.

6        THE COURT:  What was your involvement with this, you

7  personally, after that?

8        THE WITNESS:  I received reports on its status.  I

9  arranged for our transition spool to be sent to Berwick, to be

10  mated, to be connected to the capping stack itself, to make

11  sure both fit together without any obstructions.  I arranged

12  for the replacement of the original pressure sensor.  When it

13  was found during that test onshore between the two components,

14  that they were slightly faulty, I arranged for a second

15  transducer to be fitted.

16        THE COURT:  I sustain the objection.

17        MR. COLLIER:  Your Honor, if I may ask a couple of

18  additional foundation questions that I think may clear up this

19  issue.

20        THE COURT:  I think it's pretty clear.  It's pretty

21  clear.  Why don't you move on to something else.

22        MR. COLLIER:  Your Honor, if I may ask Mr. Smith

23  about his involvement with respect to the installation

24  procedures for the 3-ram capping stack and developing those

25  particular procedures.  I think that would be the basis, then,

TREVOR SMITH - DIRECT

03:04    1    for his understanding as to what features, then, the 3-ram
03:04    2    capping stack had at the time of installation.
03:04    3        MR. MILLER:  Installation is different from the
03:04    4    manufacture, assembly, design.  If he has personal knowledge as
03:04    5    to installation, he needs to establish a foundation.
03:04    6            He was a 30(b)(6) witness for BP.  He did not
03:04    7    testify as to the installation issues in his deposition, in
03:04    8    either his personal or corporate capacity.
03:04    9        THE COURT:  Okay.  I'll let you try to go at it that
03:04   10    way.
03:04   11        MR. MILLER:  Transition spool, I have no problems.
03:04   12    He's clearly the fact witness with knowledge.  But when we get
03:04   13    into capping stacks, he specifically said--
03:04   14        THE COURT:  Did he have something to do with
03:04   15    installation?
03:04   16        THE WITNESS:  Yes.  Again, in that period in June
03:04   17    when I was accountable for the capping stack, I had somebody on
03:05   18    my team preparing the procedures for installation of the
03:05   19    capping stack that were the foundation for the further
03:05   20    evolution of those procedures, installation procedures, as the
03:05   21    response progressed.
03:05   22        MR. COLLIER:  Your Honor, if I may actually ask
03:05   23    further questions.
03:05   24        THE COURT:  Go ahead.
        25

OFFICIAL TRANSCRIPT

**TREVOR SMITH - DIRECT**

03:05   1   BY MR. COLLIER:

03:05   2   **Q.**   Mr. Smith, did you also interact with the government in

03:05   3   making presentations with regarding the capping stack and the

03:05   4   features that the capping stack had?

03:05   5   **A.**   That content was included in those presentations, yes.

03:05   6         THE COURT:  You are back to that British word,

03:05   7   "interact."

03:05   8         MR. MILLER:  Can we take down the demonstrative,

03:05   9   given that it's on capping stacks?

03:05   10        THE COURT:  I don't think you are getting there,

03:05   11  Mr. Collier.  Maybe move on to another subject.

03:05   12        MR. COLLIER:  Sure.

03:05   13  BY MR. COLLIER:

03:05   14  **Q.**   Now, Mr. Smith, did you prepare presentations and provide

03:06   15  presentations to the Federal Science Team during the

03:06   16  development of the capping stack and transition spool?

03:06   17  **A.**   I did, yes.

03:06   18  **Q.**   In your presentations to the government, did you explain

03:06   19  how the capping stack, the 3-ram capping stack could be used as

03:06   20  a collection device?

03:06   21  **A.**   I did, yes.

03:06   22        MR. COLLIER:  If we can pull up TREX-9800.1.1,

03:06   23  please.

03:06   24  BY MR. COLLIER:

03:06   25  **Q.**   Do you see this, Mr. Smith, as an e-mail that you sent on

TREVOR SMITH - DIRECT

03:06  1   June 12, 2010, to members of the Response Team?
03:06  2   A.   Yes, I do.
03:06  3   Q.   If you can look at the body of the e-mail, it reads:  "For
03:06  4   information - this is the presentation we made to the
03:06  5   Government Science Team on Thursday.  We also reviewed the
03:06  6   backup slides with them"; is that right?
03:06  7   A.   Yes.
03:07  8   Q.   Is the attachment to this e-mail one of the presentations
03:07  9   that you gave to the Government Science Team?
03:07  10  A.   Yes, it is.
03:07  11       MR. COLLIER:  If we can go to 9800.4.1, please.
03:07  12  BY MR. COLLIER:
03:07  13  Q.   Is this one of the slides that was presented in the
03:07  14  meeting with the Federal Science Team?
03:07  15  A.   Yes, it is.
03:07  16  Q.   I would like to draw your attention to Item 3 on the
03:07  17  slide.  It reads:  "Building longer term containment
03:07  18  system(s)."  Do you see that?
03:07  19  A.   Yes, I do.
03:07  20  Q.   Can you explain what that means.
03:07  21  A.   At that stage of the response, you had the *Enterprise* and
03:07  22  the *Q4000* collecting oil out of the capping stack, and
03:07  23  preparations were ongoing to add more collection capacity,
03:07  24  because at that point there was a view that -- the concern was
03:07  25  that it was not going to be possible to close in the well after

OFFICIAL TRANSCRIPT

**TREVOR SMITH - DIRECT**

1    a capping stack was landed due to concerns of the downhole well

2    integrity.  So the intent, the objective of the capping stack

3    was to add more connection points, connection offtake points,

4    that we could take flow to new surface collection vessels that

5    we were adding.

6    **Q.**   Did you provide slides to the government scientists about

7    how the capping stack would work on a collection system?

8    **A.**   Yes.

9            **MR. COLLIER:**  If we can go to TREX-9800.8.1, please.

10   BY MR. COLLIER:

11   **Q.**   If you can explain to the Court what this particular slide

12   shows.

13   **A.**   So if I again use my pointer, this illustrates the 3-ram

14   capping stack landed on the -- the scenario where the 3-ram

15   stack landed on the *Deepwater Horizon* stack.  And over here to

16   the left is a new containment system that was being

17   constructed.  So we had two new surface collection vessels.  We

18   built two new freestanding riser systems, and a manifold was

19   being built.  So the intent was the side outlets on the capping

20   stack, we would take the flexible lines down to these manifolds

21   and back up to these additional surface collection vessels.

22   **Q.**   Was there equipment that was added to the capping stack

23   that allowed for this collection system to be able to work?

24   **A.**   That was the purpose of the side outlets.  And we were

25   also looking at using the top outlet of the capping stack as a

**TREVOR SMITH - DIRECT**

03:09  1    potential source.

03:09  2    **Q.**   Was the BOP-on-BOP option ever being developed as a

03:09  3    collection system?

03:09  4    **A.**   I don't know.

03:09  5    **Q.**   Now, you also discussed earlier you worked on adding a

03:09  6    pressure sensor to the capping stack; is that right?

03:09  7    **A.**   I arranged for that to occur, yes.

03:09  8    **Q.**   When did you arrange for the pressure sensor to be added

03:09  9    to the capping stack?

03:09  10   **A.**   It was in late June, after this was requested by the

03:09  11   Government Science Team.

03:09  12   **Q.**   For what reason was the pressure sensor added to the 3-ram

03:10  13   capping stack?

03:10  14   **A.**   My understanding, it was to be part of a well integrity

03:10  15   test that had come into play as a potential outcome.  Further

03:10  16   work had indicated that perhaps a controlled closure of the

03:10  17   well with accurate pressure readings could potentially

03:10  18   determine if it was safe to leave the well closed in, and it

03:10  19   was to provide the accurate data for that close-in activity.

03:10  20   **Q.**   Now, when did you begin working on the capping stack

03:10  21   solution?

03:10  22   **A.**   When I joined on April 30.

03:10  23   **Q.**   When was the 3-ram capping stack installed on the Macondo

03:10  24   well?

03:10  25   **A.**   It was installed on July 12, 2010.

865

**TREVOR SMITH - DIRECT**

03:10    1    **Q.**   Based on your work during the response, are you generally

03:10    2    aware of the activities that occurred between when you joined

03:10    3    the Response Team and July 12 as it relates to the capping

03:11    4    stack?

03:11    5    **A.**   Yes.

03:11    6    **Q.**   Have you prepared a demonstrative exhibit that provides a

03:11    7    timeline of the activities relating to the installing and

03:11    8    connecting the capping stack to the flex joint flange?

03:11    9    **A.**   Yes, I have.

03:11   10          **MR. COLLIER:**   If we can bring up D-23934, please.

03:11   11    **BY MR. COLLIER:**

03:11   12    **Q.**   If you can explain to the Court -- I understand this is a

03:11   13    rather busy slide, but if you can explain to the Court what

03:11   14    this timeline shows.

03:11   15    **A.**   It's to illustrate that there are four main bands of

03:11   16    activity going on.  There was the capping stack build activity

03:11   17    itself.  There was the transition spool build activity that

03:11   18    would provide a connection point onto which to land the capping

03:11   19    stack.  There was offshore activities preparing for the capping

03:11   20    operation, leading to the implementation of the capping

03:11   21    solution.  And above all of this were organizational or

03:11   22    governance activities coordinating the work below and certain

03:12   23    assurance processes leading to approval to initiate the capping

03:12   24    operation.  And all of these activities were converging on

03:12   25    readiness in early July.  All of those had to occur before the

TREVOR SMITH - DIRECT

03:12  1   capping operation could complete, could initiate.

03:12  2   **Q.**   Now, if I can draw your attention to the band that says

03:12  3   "Installation Activities."  There's an event on June 3.  Do you

03:12  4   see that, Mr. Smith?

03:12  5   **A.**   Yes, I do.

03:12  6   **Q.**   It says "riser cut"?

03:12  7   **A.**   Yeah.

03:12  8   **Q.**   Can you explain what that event is.

03:12  9   **A.**   That's when the large shearing device cut the damaged

03:12  10  riser away from the top of the LMRP.

03:12  11  **Q.**   Based on the riser cut, was there any information learned

03:12  12  that influenced the connection method that was used to attach

03:12  13  the capping stack to the flex joint flange?

03:12  14  **A.**   Yes.  We saw that there was debris in the bottom section

03:12  15  of the riser that was cut, so we needed to work on a solution

03:13  16  to overcome or work around that debris in landing the

03:13  17  transition spool, leading to a series of tests to perfect the

03:13  18  guidance device and landing procedures.  We also saw that the

03:13  19  flex joint didn't become centralized for whatever reason, so we

03:13  20  realized we needed to push it back to a central position and

03:13  21  lock it there.

03:13  22  **Q.**   You also identified on the timeline on July 7 a first

03:13  23  version of Technical Assurance Report issued.  What was the

03:13  24  Technical Assurance Report?

03:13  25  **A.**   It was a document that addressed the points I raised

TREVOR SMITH - DIRECT

03:13  1    earlier about needing to ensure that the overall structural
03:13  2    integrity of the stack landed on the *Deepwater Horizon*, that
03:13  3    the whole system was strong enough to take the additional
03:13  4    loads, including the anticipated loads from the containment
03:13  5    offtake lines that were going to be added later.  And also, it
03:13  6    included a detailed review of the pressure integrity, the
03:13  7    question of could we take the flex joint and flange above
03:14  8    5000 psi, the designed pressure limits.  It addressed those
03:14  9    scenarios and gave assurance that, yes, these things could be
03:14  10   done in this particular case and the solution should work.
03:14  11   **Q.**   Are you familiar with the Technical Assurance Report?
03:14  12   **A.**   Yes.  I read it before it was finalized.
03:14  13          **MR. COLLIER:**  TREX-9575.1, please.
03:14  14   **BY MR. COLLIER:**
03:14  15   **Q.**   Mr. Smith, do you recognize this as the cover page of the
03:14  16   Technical Assurance Report for the 3-ram capping stack?
03:14  17   **A.**   Yes, it is.
03:14  18          **MR. COLLIER:**  If we can go to TREX-9575.1.2, please.
03:14  19   **BY MR. COLLIER:**
03:14  20   **Q.**   Can you identify the date on which the Technical Assurance
03:14  21   Report issued.
03:14  22   **A.**   Revision 0 was issued on the 7th of July 2010.
03:14  23   **Q.**   What type of engineering work did the Technical Assurance
03:15  24   Report contain?
03:15  25   **A.**   It contained structural stress analysis of the

**TREVOR SMITH - DIRECT**

1    *Deepwater Horizon* stack with the added load from the capping

2    stack, a lot of stress analysis of the stress joints -- sorry,

3    the transition spool and the flange and the tension loads on

4    the bolts under the loads from the capping stack.  It included

5    a detailed review conducted with the manufacturer of the flex

6    joint to get assurance that it could handle pressures above its

7    rate of 5000 psi, amongst other things.

8    **Q.**   How many pages is the Technical Assurance Report?

9    **A.**   With all the appendices, it's 500 to 600 pages, and it's a

10   binder about 3 inches thick.

11   **Q.**   Could the capping stack have been installed without

12   preparation of the Technical Assurance Report?

13   **A.**   No, because that assurance report demonstrated that the

14   solution we were about to embark on was likely to work.  If we

15   hadn't completed that analysis, we wouldn't have known if we

16   had overlooked, potentially overlooked something important.

17   **Q.**   Was the Technical Assurance Report shared with the

18   government and the Federal Science Team?

19   **A.**   Yes.

20   **Q.**   Now, you mentioned earlier that you gave presentations to

21   the Federal Science Team during the response relating to the

22   capping stack, correct?

23   **A.**   That's correct.

24   **Q.**   Now, did the Federal Science Team provide you any feedback

25   after those presentations?

TREVOR SMITH - DIRECT

03:16   1    A.    Yes.   In particular, the technical work being done in
03:16   2    support, eventually documented in this Technical Assurance
03:16   3    Report, was an in-depth review sometime mid to late June by the
03:16   4    Government Science Team out of which came several
03:16   5    recommendations and findings which we actioned.
03:16   6              MR. COLLIER:   If we could turn to TREX-9575.160.1.
03:17   7    BY MR. COLLIER:
03:17   8    Q.    Mr. Smith, do you recognize that as one of the appendices
03:17   9    to the Technical Assurance Report?
03:17   10   A.    Yes.
03:17   11   Q.    Is this one of the presentations that you received from
03:17   12   the Federal Science Team relating to the capping stack?
03:17   13   A.    Yes, it is.
03:17   14   Q.    Can you describe what the Federal Science Team provided in
03:17   15   this document.
03:17   16   A.    Yeah.   We walked through what we were planning to do and
03:17   17   the level, the degree of structural and pressure analysis we
03:17   18   had done, and presented that to them.
03:17   19              The Tri-Labs were basically providing assurance to
03:17   20   the government that the work we were doing was being done
03:17   21   thoroughly and correctly.   And they came up with a number of
03:17   22   additional points they would like us to -- wanted us to action.
03:17   23              MR. COLLIER:   If we can pull up 9575.175.1, please.
03:17   24   BY MR. COLLIER:
03:17   25   Q.    Are these some of the recommendations and action items

TREVOR SMITH - DIRECT

03:17    1    that the government presented to the BOP Connections Team
03:17    2    related to attaching the capping stack to the flex joint?
03:18    3    A.    Yes.
03:18    4    Q.    Were there other recommendations that the Federal Science
03:18    5    Team made to the BOP Connections Team relating to the --
03:18    6    A.    Yes, there were several.
03:18    7    Q.    If we can focus on one of these, Recommendation Number 2.
03:18    8            MR. COLLIER:  If we can bring up 9575.175.2.
03:18    9    BY MR. COLLIER:
03:18    10   Q.    It reads:  "Measures should be taken to limit maximum
03:18    11   pressure during well integrity testing and well shut-in
03:18    12   operations."
03:18    13           Can you explain what recommendation -- let me ask it
03:18    14   a different way.  Did the BOP Connections Team implement that
03:18    15   recommendation from the Federal Science Team?
03:18    16   A.    Yes.  It was effectively implemented by the use of
03:18    17   choke -- it was the last flow path out of the well -- to allow
03:18    18   the well to be closed in.  And by closing the choke in small
03:18    19   steps and monitoring the pressure change at each point, we were
03:19    20   able to monitor the pressure increase slowly over time as we
03:19    21   closed in the well, as opposed to closing it in suddenly, which
03:19    22   could have generated a pressure surge and not achieved this
03:19    23   objective of limiting the maximum pressure.
03:19    24   Q.    Now, were all of the recommendations and action items that
03:19    25   the Federal Science Team provided to the BOP Connections Team

TREVOR SMITH - DIRECT

03:19 1  implemented?

03:19 2  **A.**   I believe so, yes.

03:19 3  **Q.**   Now, if someone were to describe the connections in

03:19 4  installing the 3-ram capping stack on the Macondo well as a

03:19 5  piece of cake, would you agree that is an accurate description?

03:19 6  **A.**   No.  I think that would be a very large simplification.

03:19 7      **MR. COLLIER:**  Thank you, Mr. Smith.  No further

03:19 8  questions at this time.

03:19 9      **THE COURT:**  Mr. Miller, are you going to be a while?

03:19 10     **MR. MILLER:**  30 to 40 minutes.

03:19 11     **THE COURT:**  Let's go ahead and take our afternoon

03:20 12 recess.

03:20 13     **MR. MILLER:**  Thanks.

03:20 14     **THE DEPUTY CLERK:**  All rise.

03:20 15     (Recess.)

03:40 16     **THE COURT:**  Please be seated, everyone.

03:40 17         Mr. Miller.

03:40 18     **MR. MILLER:**  Good afternoon, Your Honor.  May I

03:40 19 proceed?

03:40 20     **THE COURT:**  Yes.

03:40 21            **CROSS-EXAMINATION**

03:40 22 BY MR. MILLER:

03:40 23 **Q.**   Mr. Smith, we haven't met.  My name is Kerry Miller.  I'm

03:40 24 a lawyer from Transocean, and I'm going to cross-examine you on

03:40 25 behalf of the aligned parties.  Good afternoon, sir.

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

03:40   1   **A.**   Good afternoon.

03:40   2   **Q.**   The first part of your cross-examination I want to talk a

03:40   3   little bit about your role in the response for BP.  Mr. Collier

03:40   4   had some questions at the beginning for you on that and just to

03:40   5   summarize, let's pull up D-23231A.

03:41   6        While it's coming up, Mr. Smith, I think you said

03:41   7   your title during the response was the project manager of the

03:41   8   BOP Connections Team?

03:41   9   **A.**   I said that was effectively the role I was fulfilling.  My

03:41   10   formal title in that team was delivery -- lead delivery

03:41   11   manager.  That might not have translated in a more normal term.

03:41   12   **Q.**   I just want to clarify in terms of the various options --

03:41   13   and this is a slide that BP just created to summarize source

03:41   14   control options -- what your role was and what your role wasn't

03:41   15   and then we will talk about transition spools.

03:41   16        Mr. Smith, you had no involvement with the BP ROV

03:41   17   intervention, correct?

03:41   18   **A.**   That is correct.

03:41   19   **Q.**   You had no role with the relief wells, correct?

03:41   20   **A.**   That is correct.

03:41   21   **Q.**   You had no role with the cofferdam, right?

03:41   22   **A.**   Correct.

03:41   23   **Q.**   We talked about your role with the capping stack.  You

03:41   24   were directly involved for one week in June and you described

03:41   25   those activities, correct?

TREVOR SMITH - CROSS

03:41   1   **A.**   Yes.

03:42   2   **Q.**   And then you were also heavily involved in the transition

03:42   3   spools and the connector for the capping stack, correct?

03:42   4   **A.**   That is correct.

03:42   5   **Q.**   We will get to that substantive information in a minute.

03:42   6   But you weren't formally part of the Capping Stack Team at BP,

03:42   7   correct?

03:42   8   **A.**   Not of the Well Capping Team, as we called it, yes.

03:42   9   **Q.**   Mr. Smith, someone mentioned to me -- and I think it's

03:42   10  happening -- if you can get closer to the mic, I think the

03:42   11  folks back here in the overflow camp can't hear you.

03:42   12  **A.**   I was not part of the Well Capping Team, correct.

03:42   13  **Q.**   You weren't involved in Top Kill, correct, Mr. Smith?

03:42   14  **A.**   That's correct.

03:42   15  **Q.**   You weren't involved on the BOP-on-BOP Team, correct?

03:42   16  **A.**   Correct.

03:42   17  **Q.**   In fact, the title that Mr. Collier gave you of BOP

03:42   18  connections is a bit of a misnomer because you didn't work on

03:42   19  the BOP-on-BOP idea, did you?

03:42   20  **A.**   That was the term we called our team was the BOP

03:42   21  Connections Team.

03:42   22  **Q.**   You didn't work on the BOP part of it, correct?

03:43   23  **A.**   Not the BOP-on-BOP option, correct.

03:43   24  **Q.**   There were people at BP who were both on BOP-on-BOP option

03:43   25  and on capping stack option, but you weren't one of those

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

03:43   1   folks, right?

03:43   2   A.   I was in neither of those activities.

03:43   3   Q.   You didn't work on the RITT, correct?

03:43   4   A.   That's correct.

03:43   5   Q.   You didn't work on the Top Hat, correct?

03:43   6   A.   That's correct.

03:43   7   Q.   You didn't work on the Static Kill, correct?

03:43   8   A.   Not directly, no.  We were monitoring the stack at that

03:43   9   time, so that was part of the role of my team, but not on the

03:43  10   implementation of Static Kill.

03:43  11   Q.   With respect to containment, as I understand it, you

03:43  12   described your function on containment in Mr. Collier's direct

03:43  13   examination?

03:43  14   A.   That's a very broad term, "containment."

03:43  15   Q.   So what was your role in containment specifically?

03:43  16   A.   Ensuring that we, I guess -- I was interfacing with -- I

03:44  17   was part of the containment disposal project for a week also

03:44  18   and during that week in June, I was actually sitting in the

03:44  19   containment disposal project.  So I was part of the team

03:44  20   enabling these additional offtake points that we would connect

03:44  21   up in due course to the Helix producer.

03:44  22   Q.   That would have been the extent of your role on

03:44  23   containment?

03:44  24   A.   In that sense, yes.  With that knowledge I was able to

03:44  25   communicate the interfaces that would be needed on the capping

TREVOR SMITH - CROSS

03:44   1   stack to that back to that containment team.
03:44   2   Q.   Mr. Smith, you weren't involved in flow rate evaluations
03:44   3   for BP, correct?
03:44   4   A.   I was not.
03:44   5   Q.   You weren't involved in evaluating risk of broaching,
03:44   6   correct?
03:44   7   A.   That's correct.
03:44   8   Q.   You weren't involved in well integrity evaluations,
03:44   9   correct?
03:44  10   A.   That's correct.
03:44  11   Q.   You weren't involved in burst disk risk evaluations,
03:45  12   correct?
03:45  13   A.   Not for the downhole well integrity.  We did intend to
03:45  14   install a -- potentially a burst disk device on the capping
03:45  15   stack side outlet, but not the downhole ones, if that's what
03:45  16   you're referring to.
03:45  17   Q.   I was talking about downhole.  In terms of within the
03:45  18   organization at BP, is it correct that you didn't have any
03:45  19   decision-making authority as to when these various source
03:45  20   control options would be implemented or executed as they are
03:45  21   called on this demonstrative, correct?
03:45  22   A.   That's correct, I would provide input on the area I was
03:45  23   working in.
03:45  24            MR. MILLER:  You can take that down.
       25

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

03:45  1   BY MR. MILLER:

03:45  2   Q.    Thank you, Mr. Smith.

03:45  3         Mr. Smith, I know in your direct examination you

03:45  4   mentioned doing some presentations with the Coast Guard, but

03:45  5   you were not authorized on behalf of BP to report to the U.S.

03:45  6   Coast Guard, correct?

03:46  7   A.    I don't know if anybody in BP reported to the Coast Guard.

03:46  8   I was providing information to the Coast Guard.  They attended

03:46  9   the briefings.  They would hear what was said in the briefings

03:46 10   we were giving, so in that sense I was communicating with the

03:46 11   Coast Guard.

03:46 12   Q.    Let's pull up your deposition, 337, pages 1 through 10,

03:46 13   please.

03:46 14         Question at your deposition, Mr. Smith:

03:46 15         "QUESTION:  Did you have interaction with the

03:46 16   United States Coast Guard?  So I assume you did not report

03:46 17   to the United States Coast Guard?

03:46 18         "ANSWER:  Correct.  I reported within BP."

03:46 19         Do you see that answer, Mr. Smith?

03:46 20   A.    I do, yes.

03:46 21   Q.    That answer was correct when you gave it, correct?

03:46 22   A.    Uh-huh.

03:46 23   Q.    The next question is:

03:46 24         "QUESTION:  And no one from the United States

03:46 25   Coast Guard reported to you?"

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

03:46   1           Do you see that answer, Mr. Smith?

03:46   2           MR. COLLIER:  I think this is improper impeachment.

03:46   3   I don't think that was the question Mr. Smith was asked.

03:46   4           MR. MILLER:  I think it was, Your Honor.  I asked him

03:46   5   if he was authorized by BP to report to the United States

03:47   6   Coast Guard.

03:47   7           MR. COLLIER:  I think that's a different question

03:47   8   than what's being asked here in the deposition.

03:47   9           THE COURT:  Well, okay.  I think he has answered.

03:47  10   BY MR. MILLER:

03:47  11   Q.   Is this testimony correct, Mr. Smith?

03:47  12   A.   That testimony is correct.

03:47  13   Q.   Thank you, sir.

03:47  14           MR. MILLER:  Go back to that slide.  I'm sorry.  I

03:47  15   just want to get a date from it, and then we will talk about

03:47  16   transition spools.

03:47  17   BY MR. MILLER:

03:47  18   Q.   According to this slide, Mr. Smith, BP began working on

03:47  19   the capping stack around April 23.  Do you see that?

03:47  20   A.   Yep.

03:47  21   Q.   Is that consistent with your understanding, Mr. Smith?

03:47  22   A.   I believe that is -- I believe the first thought of

03:47  23   capping was April 23, and the first meeting, I believe, of the

03:47  24   team working on that option was April 27.

03:48  25   Q.   To connect the capping stack to the LMRP flex joint, you

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

03:48  1   needed a transition spool, correct?
03:48  2   **A.**   That was the solution that we -- one of the solutions we
03:48  3   worked on.  That's the one we actually implemented.
03:48  4   **Q.**   Let's talk about the BP Technical Assurance Report.
03:48  5   Mr. Collier covered that with you.
03:48  6             To cut through some of this, Mr. Smith, there were
03:48  7   three revisions or three versions of the BP Technical Assurance
03:48  8   Report on well cap with triple-ram stack, correct?
03:48  9   **A.**   Yes.
03:48  10  **Q.**   Let's look at the initial version.
03:48  11            MR. MILLER:  It's TREX-120129.1.1.TO.
03:48  12  BY MR. MILLER:
03:48  13  **Q.**   That is the "Technical Assurance Report Well Cap with
03:48  14  Triple-Ram Stack," correct, Mr. Smith?
03:49  15  **A.**   That's correct.
03:49  16  **Q.**   That's the document you gave testimony on during your
03:49  17  direct examination, correct?
03:49  18  **A.**   I attested that the Revision 0 was issued on July 7.
03:49  19            MR. MILLER:  Let's turn to page 7 of this document,
03:49  20  which is TREX-120129.7.1.TO.
03:49  21  BY MR. MILLER:
03:49  22  **Q.**   This is on page 7 of the Technical Assurance Report.
03:49  23  Mr. Smith, this is a component overview of what was ultimately
03:49  24  used to cap the well, correct?
03:49  25  **A.**   Yes.

TREVOR SMITH - CROSS

03:49   1    **Q.**   At the bottom this would be the wellhead casing on the

03:49   2    seafloor, correct?

03:49   3    **A.**   Yes.

03:49   4    **Q.**   This would be the *Horizon* BOP, correct?

03:49   5    **A.**   Correct.

03:49   6    **Q.**   *Horizon* LMRP, correct?

03:49   7    **A.**   Yes.

03:49   8    **Q.**   Flex joint, correct?

03:49   9    **A.**   Yes.

03:49   10   **Q.**   This would be the transition spool, correct?

03:49   11   **A.**   Yes.  Just above the point where you had the pointer, yes.

03:50   12   **Q.**   And finally on top, we have the triple-ram stack, correct?

03:50   13   **A.**   That's correct.

03:50   14   **Q.**   I think you testified on direct examination if you look at

03:50   15   these dimensions here, from wellhead casing to top of

03:50   16   triple-ram stack was 91 feet.  Do you see that?  Right here?

03:50   17   **A.**   Yes.  I wasn't asked dimensions in my direct.

03:50   18   **Q.**   But what you did say was the transition spool was about

03:50   19   6 feet and that appears to be correct based upon this

03:50   20   schematic, correct, Mr. Smith?  I tell you how I did it --

03:50   21   **A.**   Roughly scaling, but yes.

03:50   22   **Q.**   If you take the 91, which is the total length, and you

03:50   23   subtract the 53, which is the *Deepwater Horizon* BOP, and the

03:50   24   25, which is the triple-ram stack, it gives you about 13 feet

03:50   25   split between the flex joint and transition spool, correct?

TREVOR SMITH - CROSS

03:50    1    A.   No.  The line there, actually, the 26 -- 25 feet, includes
03:50    2    the transition spool and the triple-ram stack.  Is that what
03:50    3    you are asking?
03:50    4    Q.   Yes, correct.  So it appears to be about 6 feet from this
03:51    5    drawing, that's my question.
03:51    6    A.   I would have to roughly scale it off.  I know that in
03:51    7    practice it was about 6 feet long.
03:51    8    Q.   The pipe diameter here is 21 1/2 inches; is that correct,
03:51    9    Mr. Smith?
03:51   10    A.   I'm sorry?
03:51   11    Q.   The pipe diameter of the transition spool?
03:51   12    A.   Approximately that, yes.  I'm not sure of the exact
03:51   13    dimensions.  I can't recall them right now.
03:51   14    Q.   Let's go to page 28 of the Technical Assurance Report.  It
03:51   15    kind of focuses in on the transition spool, so we will do that
03:51   16    at this point.
03:51   17    A.   Can I just clarify that?  The transition spool between
03:51   18    flange dimension was 6 feet.  There was a connector hub on top
03:51   19    and the guidance devises below.  So the overall length was more
03:51   20    in the 10- to 12-foot range, I guess.
03:51   21    Q.   We'll look at pictures of it later on in the
03:51   22    cross-examination.
03:51   23         MR. MILLER:  So let's pull up TREX-144745.28.1.TO,
03:51   24    which is page 28 of the BP Technical Assurance Report.
        25

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

BY MR. MILLER:

Q.   Do you see this, Mr. Smith?

A.   Yes.

Q.   Again, this is in the BP Technical Assurance Report.  It states "Transition Spool."  And here's a picture of it.  Here's a close-up, correct, Mr. Smith?

A.   Yes.

Q.   It states:  "The transition spool is shown in Figure 13 and is comprised of three elements."

         Are you with me, Mr. Smith?

A.   Uh-huh.

Q.   Number 1:  "A GE/VetcoGray G-Series flange complete with male nose ring and 6 bolts."

         Did I read that correctly, Mr. Smith?

A.   You read that correctly.

Q.   That would be the part here at the bottom, correct?

A.   Yes.  It doesn't show the male nose ring, which would protrude below that flange.

Q.   Right.  But that would be this part.

         And then second is a 25-1/2-inch outer diameter time one WT X80 transition pipe and that would be this element, correct?

A.   That is correct.

Q.   Then finally, the third element would be the 18 3/4-inch API 15K weld neck flange.  That would be at the top, correct,

TREVOR SMITH - CROSS

03:53  1    Mr. Smith?

03:53  2    A.    That's correct.

03:53  3    Q.    The capping stack would go on top of that flange, correct?

03:53  4    A.    There would be a hub connection, a hub subsea connection

03:53  5    bolted to the top of that flange, and that was part of the

03:53  6    overall transition spool assembly, and the capping stack then

03:53  7    landed on that and made up the connection to that hub.

03:53  8    Q.    Thank you, sir.

03:53  9          The male G Series flange, that was a stock component

03:53  10   from GE/Vetco, correct?

03:53  11   A.    I can't recall whether it was in stock or whether it was

03:53  12   taken from an existing joint of riser pipe we got from

03:53  13   Transocean.  I can't remember its provenance.

03:53  14   Q.    But that male G Series flange was something that was

03:53  15   quickly attained by BP, correct?

03:53  16   A.    I believe so, yes.

03:53  17   Q.    The pipe in the middle, that's just riser pipe, correct,

03:53  18   Mr. Smith?

03:53  19   A.    That is the -- yeah, drilling riser-type pipe.

03:54  20   Q.    Uh-huh.

03:54  21         At the top, that's the well neck flange, which has

03:54  22   API specifications, correct?

03:54  23   A.    Correct.

03:54  24   Q.    Let's go to same document, different page,

03:54  25   TREX-9575.11.1.TO, which is page 11 of the final BP Technical

OFFICIAL TRANSCRIPT

TREVOR SMITH – CROSS

03:54  1    Assurance Report dated July 16.  This is a table from that
03:54  2    report.
03:54  3            Are you familiar with this table, Mr. Smith?
03:54  4    A.   I can't recall the exact table, but, yes, I believe it was
03:54  5    in the report.
03:54  6    Q.   This is a document you testified to in direct examination
03:54  7    that you read and reviewed, correct?
03:54  8    A.   I did.
03:54  9    Q.   So Component 2 was the transition spool, correct,
03:55  10   Mr. Smith?
03:55  11   A.   That's what's listed there.
03:55  12   Q.   We were just looking at the transition spool, all three
03:55  13   elements of it, correct?
03:55  14   A.   That's correct.
03:55  15   Q.   It was designed by INTECSEA, correct, Mr. Smith?
03:55  16   A.   The overall concept of the assembly was developed by
03:55  17   INTECSEA.  Rather, just to repeat, that transition spool we
03:55  18   looked at back there didn't include the hub at the top or the
03:55  19   guidance device at the bottom.  So we'll call that, perhaps,
03:55  20   the transition spool assembly with all those components
03:55  21   included, maybe, to be more clear.
03:55  22   Q.   Then let's go back to that last slide.  Let's see what BP
03:55  23   called it.  They called these three elements "the transition
03:55  24   spool," correct?  They don't call it "the transition spool
03:55  25   assembly" or "the transition spool light," do they?

TREVOR SMITH - CROSS

03:55  1   **A.**   This is under a section entitled "Transition Spool," yes.

03:55  2   **Q.**   It says:  "The transition spool is shown in Figure 13

03:56  3   below."

03:56  4          And there you have a spool with three elements,

03:56  5   correct, Mr. Smith?

03:56  6   **A.**   I believe that, yes.

03:56  7   **Q.**   Let's go back to the table.  So we were talking about

03:56  8   INTECSEA, the firm that designed the transition spool.  Are

03:56  9   they a well-regarded oil and gas engineering firm, Mr. Smith?

03:56  10  **A.**   I believe so, yes.

03:56  11  **Q.**   Let's turn to page 36 of this document.

03:56  12         **MR. MILLER:**  So that would be TREX-19575.36.2.TO.

03:56  13  It's page 36.  It's just the highlighting underneath.  Same

03:56  14  page, I'm sorry.

03:56  15  **BY MR. MILLER:**

03:57  16  **Q.**   There were manufacturing drawings from the transition

03:57  17  spool that were attached to the Technical Assurance Report,

03:57  18  correct?

03:57  19  **A.**   I cannot recall specifically what attachments were there.

03:57  20  **Q.**   I just want to show this to you, Mr. Smith.  If you can

03:57  21  see that, here it is again from the Technical Assurance Report.

03:57  22  It says:  "The manufacturing drawings from the transition spool

03:57  23  are attached as Appendix E."

03:57  24         Do you see that?

03:58  25  **A.**   I can read that.

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

03:58   1   **Q.**   This comes from the BP Technical Assurance Report,

03:58   2   correct, Mr. Smith?

03:58   3   **A.**   I believe so, yes.

03:58   4   **Q.**   Let's look at those manufacturing drawings.

03:58   5           **MR. MILLER:**   Let's go to TREX-9575.457.1TO.

03:58   6   **BY MR. MILLER:**

03:58   7   **Q.**   This would be the INTECSEA Transition Spool Design Report.

03:58   8   Do you see that, Mr. Smith?

03:58   9   **A.**   I do.

03:58   10  **Q.**   That would have been the one that was attached as

03:58   11  Exhibit E to the BP Technical Assurance Report on the 3-ram

03:58   12  capping stack, correct, Mr. Smith?

03:58   13  **A.**   Again, I don't recall specifically.

03:58   14  **Q.**   What's the date of this document, Mr. Smith?  It's May 7,

03:58   15  2010, correct?

03:58   16  **A.**   That appears to be the date, yes.

03:58   17  **Q.**   Let's look at some of these drawings.  Let's pull page --

03:59   18  TREX-9575.520.1.TO, and this is one of the pages from Appendix

03:59   19  E to the BP Technical Assurance Report.

03:59   20          Mr. Smith, what we have here is an engineering design

03:59   21  drawing of the transition spool.  Can you see that?

03:59   22  **A.**   Yes.

03:59   23  **Q.**   By INTECSEA, the design firm hired by BP to design it.  Do

03:59   24  you see that, Mr. Smith?

03:59   25  **A.**   I see the logo, yes.

TREVOR SMITH - CROSS

03:59    1   **Q.**   And the date of design drawing is May 4, 2010.  Do you see
03:59    2   that, Mr. Smith?
03:59    3   **A.**   I do.
03:59    4   **Q.**   This would be the same transition spool design with the
03:59    5   three elements that we saw in the BP Technical Assurance
03:59    6   Report, correct, Mr. Smith?
03:59    7   **A.**   Essentially, yes.
03:59    8   **Q.**   These design drawings, they were very detailed engineering
03:59    9   drawings, correct, Mr. Smith?
04:00   10   **A.**   I would call this a very high-level generic drawing, not a
04:00   11   detailed drawing.
04:00   12   **Q.**   Let's look at some of INTECSEA's drawings.
04:00   13          **MR. MILLER:**  Let's pull up 9575.512.1.TO.
04:00   14   **BY MR. MILLER:**
04:00   15   **Q.**   This is another INTECSEA drawing.  Do you see that,
04:00   16   Mr. Smith?  This was attached to the BP Technical Assurance
04:00   17   Report.
04:00   18   **A.**   Yes.  I see that.
04:00   19   **Q.**   Transition spool, Option 1, API 3/4-inch flange, and it's
04:00   20   dated May 1, 2010.  Do you see that, Mr. Smith?
04:00   21   **A.**   Yes, I do.
04:00   22   **Q.**   You mentioned, I think in your direct examination, that
04:00   23   part of the design of the transition spool dealt with the
04:00   24   alignment pins, correct, Mr. Smith?
04:00   25   **A.**   Yes.

TREVOR SMITH - CROSS

| | |
|---|---|
| 04:00 | 1 |
| 04:00 | 2 |
| 04:00 | 3 |
| 04:01 | 4 |
| 04:01 | 5 |
| 04:01 | 6 |
| 04:01 | 7 |
| 04:01 | 8 |
| 04:01 | 9 |
| 04:01 | 10 |
| 04:01 | 11 |
| 04:01 | 12 |
| 04:01 | 13 |
| 04:01 | 14 |
| 04:01 | 15 |
| 04:01 | 16 |
| 04:01 | 17 |
| 04:01 | 18 |
| 04:01 | 19 |
| 04:02 | 20 |
| 04:02 | 21 |
| 04:02 | 22 |
| 04:02 | 23 |
| 04:02 | 24 |
| 04:02 | 25 |

1          MR. MILLER:  So let's pull up TREX-9575.519.1.TO.

2   BY MR. MILLER:

3   Q.    Again, this is an INTECSEA engineering drawing of the

4   transition spool offshore G-flange alignment pin arrangement.

5   These are the alignment pins that you were talking about,

6   correct, Mr. Smith?

7   A.    Those were an early version we used after we did the

8   series of onshore tests.  With landing over drill pipe, we

9   modified the design of the guide pins.

10  Q.    The date of this engineering design drawing is May 5,

11  2010, correct?

12  A.    It seems so, based on the blowup, yes.

13         MR. MILLER:  Let's pull up TREX-9575.518.1.TO.

14  BY MR. MILLER:

15  Q.    And you talked about in your direct examination the mule

16  shoe.  This is an INTECSEA engineering design document of the

17  mule shoe, which is at the bottom of the transition spool,

18  dated May 4, 2010, correct?

19  A.    That's correct.

20  Q.    Let's go back to the first page of this, Exhibit E.  It's

21  TREX-9575.457.1.TO.  This would be the full set.  INTECSEA gave

22  BP a set of drawings and information from CAD on the transition

23  spool, correct?

24  A.    Yes, that was for the first version of the transition

25  spool and its guidance system.

OFFICIAL TRANSCRIPT

888

**TREVOR SMITH - CROSS**

04:02  1    Q.    These design drawings that came from INTECSEA, Mr. Smith,
04:02  2    are you aware that Exhibit E to the technical assurance report
04:02  3    is 87 pages of information from INTECSEA?
04:02  4    A.    I don't recall the specific number of pages.
04:02  5    Q.    Are you aware that the design drawings themselves of this
04:02  6    6-foot piece of steel of three elements consists of 22 pages
04:02  7    alone, Mr. Smith?
04:02  8    A.    Not -- I couldn't recall the number of pages.
04:02  9    Q.    Let's go back to the July 16, 2010 final BP Technical
04:02  10   Assurance Report, TREX-9575.
04:03  11          That was the last version -- there were three
04:03  12   versions, like we talked about earlier, correct, of the
04:03  13   Technical Assurance Report?
04:03  14   A.    That's correct.
04:03  15   Q.    The last version was dated July 16, 2010, correct?
04:03  16   A.    Yes, that was Revision 2.
04:03  17   Q.    That was one day after the well was capped, correct,
04:03  18   Mr. Smith?
04:03  19   A.    That is correct.
04:03  20   Q.    It was four days after the transition spool was landed,
04:03  21   correct, Mr. Smith?
04:03  22   A.    That's correct.
04:03  23   Q.    Now, the July 16, 2010 final BP Technical Assurance Report
04:03  24   does not state that BP rejected any of the INTECSEA drawings,
04:03  25   correct, Mr. Smith?  Any of the drawings of the transition

TREVOR SMITH - CROSS

04:03  1    spool, correct, Mr. Smith?

04:03  2    A.   I don't know if it did or did not.

04:03  3    Q.   Likewise, Mr. Smith -- I have looked at the whole

04:03  4    document -- the July 16 of 2010 final BP Technical Assurance

04:03  5    Report does not contain any engineering change notices that BP

04:04  6    would have issued to INTECSEA in connection with its design of

04:04  7    the transition spool; are you aware of that, Mr. Smith?

04:04  8    A.   I don't recall.

04:04  9    Q.   Let's go back to D-23231A, back where we started, because

04:04  10   we're not going back to these roles.

04:04  11          The work on the transition spool, as I understand

04:04  12   it -- and I want to make sure my understanding is correct,

04:04  13   Mr. Smith -- that would have been included within the bar here

04:04  14   for the capping stack; do you have that understanding as well,

04:04  15   Mr. Smith?

04:04  16   A.   No, I do not.  I do not recognize this slide or what it's

04:04  17   actually intended to represent.  So I don't know where the

04:04  18   transition spool would go in here.  It appears to be -- the

04:04  19   transition spool and the development of the connection system

04:04  20   does not appear to be included within the scope of this slide

04:04  21   for some reason.

04:04  22   Q.   Mr. Smith, the transition spool was ultimately used as a

04:05  23   connection device for the capping stack, though, correct?

04:05  24   A.   It was a connection device between the -- from the *Horizon*

04:05  25   BOP and the capping stack.  It was necessary for the capping

TREVOR SMITH - CROSS

04:05  1    stack to connect to the *Horizon* BOP.
04:05  2    **Q.**   The BP Technical Assurance Report that we just studied
04:05  3    covered both the 3-ram capping stack that was used to cap the
04:05  4    well and the transition spool designed by INTECSEA, correct?
04:05  5    **A.**   I'm sorry, could you repeat that question?
04:05  6    **Q.**   The BP Technical Assurance Report that you told
04:05  7    Mr. Collier you had read and reviewed and we have been covering
04:05  8    the last five or ten minutes or so covered both the 3-ram
04:05  9    capping stack that capped the well and the transition spool
04:05  10   that you worked on, correct?
04:05  11   **A.**   Yes, it covered both those items.
04:05  12        I'm sorry, I don't understand the source of this
04:05  13   slide and where the transition -- you asked me where the
04:05  14   transition spool scope is within this.  I don't see that
04:05  15   represented here.
04:05  16   **Q.**   Yeah, I just assumed it would call it the capping stack,
04:05  17   but if you don't know, you don't know.
04:05  18   **A.**   No, it did not fall within the capping stack, so it's not
04:06  19   included on this slide.
04:06  20        Well, in my interpretation of the events -- I showed
04:06  21   you my diagram that there was capping stack activities and
04:06  22   transition spool activities.  So I don't know the source of
04:06  23   this particular slide.  So maybe the intent was it was covered
04:06  24   within the capping stack, but it's not clear to me that the
04:06  25   transition spool is included in the capping stack activity.

TREVOR SMITH - CROSS

04:06   1   Q.   Good enough.  We may use it for a date reference later on,
04:06   2   but we can take that down.  And I want to ask you a question
04:06   3   about an e-mail you sent to Jim Wellings.
04:06   4          MR. MILLER:  Let's pull up TREX-140563.4.1.TO.
04:06   5   BY MR. MILLER:
04:06   6   Q.   You know who Jim Wellings is, correct, Mr. Smith?
04:06   7   A.   Yes, I do.
04:06   8   Q.   Who was he?
04:06   9   A.   He, at the time -- he is an engineer -- a drilling
04:06   10  engineering manager who works for BP.
04:07   11  Q.   We'll all get eye strain taking a look at this, but what
04:07   12  the heck.
04:07   13         This is an e-mail from Trevor Smith dated May 23,
04:07   14  2010.  Do you see that?
04:07   15  A.   Yes, I do.
04:07   16  Q.   It's to Jim Wellings, correct?
04:07   17  A.   Yes.
04:07   18  Q.   I know it's blurry, so I will have to duck down and read
04:07   19  it.  It states:  "We shipped this assembly to Berwick on May 9
04:07   20  for use with the double-ram stack when the plan was to land on
04:07   21  the flex joint top flange."
04:07   22         Do you see that, Mr. Smith?
04:07   23  A.   I do.
04:07   24  Q.   Are you able to make that out?  Thanks.
04:07   25  A.   Yes.

TREVOR SMITH - CROSS

04:07  1   Q.   Underneath, there's a little signal which indicates a jpeg

04:07  2   file, correct?  That would be here.

04:07  3   A.   I see that, yes.

04:07  4   Q.   The jpeg reference is to "trans" -- I think that means

04:07  5   transition spool -- and "hydro spool," and the date is May 9,

04:07  6   2010.  Do you see that?

04:07  7   A.   I do.

04:08  8   Q.   There would have been a picture attached to this e-mail

04:08  9   that you sent to Mr. Jim Wellings, correct?

04:08  10  A.   That should be the case, yes.

04:08  11  Q.   Let's take a look at the picture.

04:08  12       Mr. Smith, are you familiar with this photograph?

04:08  13  A.   I've probably seen it.  I can't recall it instantly, but,

04:08  14  yes, I know what it represents.

04:08  15  Q.   And let me ask you:  It appears to me to represent a photo

04:08  16  of the transition spool taken on May 9, 2010, at 9:00 a.m.  Do

04:08  17  you see that, Mr. Smith?

04:08  18  A.   I do.

04:08  19  Q.   That date is consistent with the reference on the cover

04:08  20  e-mail which said it was a jpeg from May 9, 2010, correct?

04:08  21  A.   That's correct.

04:08  22  Q.   What we see in this picture is the transition spool just

04:08  23  like it appears in the BP Technical Assurance Report with its

04:08  24  three elements and just like it appears in the INTECSEA design

04:08  25  drawings, correct, Mr. Smith?

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

04:09  1    A.    Yes, it has attachments at the bottom end and at the top

04:09  2    end.

04:09  3    Q.    Just quickly --

04:09  4          MR. MILLER:  I've got the split screen -- just so we

04:09  5    know what we're looking at, let's pull up the split screen

04:09  6    between Figure 12 and this.

04:09  7    BY MR. MILLER:

04:09  8    Q.    This is a split screen from the BP Technical Assurance

04:09  9    Report, correct, Mr. Smith?

04:09  10   A.    Yes.

04:09  11   Q.    Figure 12, this is a photograph that you took on May 9,

04:09  12   2010, correct?

04:09  13   A.    I didn't take the photograph, but it was --

04:09  14   Q.    It's a photograph you sent to Jim Wellings, correct?

04:09  15   A.    That is correct.

04:09  16   Q.    The orientation is basically, if this were to rotate

04:09  17   counterclockwise, that's how it would be laying on the ground.

04:09  18   correct?

04:09  19   A.    That's correct.

04:09  20   Q.    You have the 18 and 3/4-inch API flange right here,

04:09  21   correct, Mr. Smith?

04:09  22   A.    Correct.

04:09  23   Q.    You have the riser pipe right here, correct, Mr. Smith?

04:09  24   A.    That is correct.

04:09  25   Q.    And you have the male G-series flange right here, correct,

TREVOR SMITH - CROSS

04:09    1  Mr. Smith?

04:09    2  **A.**   That's correct.

04:10    3  **Q.**   It's painted yellow, isn't it, Mr. Smith?

04:10    4  **A.**   Yes.

04:10    5  **Q.**   And it's fully assembled, isn't it, Mr. Smith?

04:10    6  **A.**   It's assembled into its hydrotest device there, correct.

04:10    7  **Q.**   This was just a dummy test device, correct?

04:10    8  **A.**   Yes, to allow a hydrotest to be performed.

04:10    9  **Q.**   Mr. Smith, there is -- it was shown yesterday in court --

04:10   10  I know you weren't here -- ROV footage -- you have probably

04:10   11  seen it separately -- of the capping stack on July 12 being

04:10   12  landed down below, on top of the transition spool.  I'm going

04:10   13  to show you a split screen.

04:10   14         **MR. MILLER:**  Let's go to that split screen, please.

04:10   15  **BY MR. MILLER:**

04:10   16  **Q.**   Again, this is the photograph from May 9, 2010, you sent

04:10   17  to Jim Wellings on the left side of the screen, correct,

04:10   18  Mr. Smith?

04:10   19  **A.**   That's correct.

04:10   20  **Q.**   On the right side of the screen, this was what was shown

04:10   21  in court yesterday in terms of a video -- I just took a

04:10   22  screenshot.  I just want to make sure I understand what I'm

04:10   23  looking at.

04:10   24         This appears to me -- right here, Mr. Smith -- to be

04:11   25  the transition spool that you took a picture of on May 9, 2010,

TREVOR SMITH - CROSS

1   correct?

2   A.   Yes, that is correct.

3   Q.   Again, here it is painted yellow, as assembled, correct,

4   Mr. Smith?

5   A.   Uh-huh.

6   Q.   Here are the three components.  Here's the first component

7   we talked about, correct, 18 and 3/4-inch API flange, right?

8   A.   That is correct.

9   Q.   Here is the riser pipe that was welded to it, correct,

10  Mr. Smith?

11  A.   That is correct.

12  Q.   At the bottom is the male flange, correct?

13  A.   That is correct.

14  Q.   Right out of the screenshot would have been the flex

15  joint.  That would have been right here, correct, Mr. Smith?

16  A.   I believe right below where your red dot is would be the

17  guidance device, potentially -- it would be connected at that

18  point, wasn't it, to the flex joint.  At this point, it was

19  flanged into the flex joint.

20  Q.   You talked about the guidance device.  As I understand it,

21  that consists of three basic elements.  It consists of the mule

22  shoe that was sort of the male device that was stabbed inside

23  the flex joint, correct?

24  A.   Yes.

25  Q.   And then two guidance pins which were right here, on the

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

04:12   1    sides of the bolt, correct, Mr. Smith?

04:12   2    A.   A long and a short guide pin, and each pin, a guide wire,

04:12   3    a tether, attached to the tip of it for the ROV to pull it

04:12   4    together.

04:12   5         And also, I could point out that, on the top of your

04:12   6    photo that's on the screen, there is the -- if I point in green

04:12   7    here with that -- this was the connection hub that was flanged

04:12   8    to the top of the transition spool on to which the connector of

04:12   9    the capping stack is about to land and connect.

04:12   10   Q.   Correct.

04:12   11   A.   Plus, there is the guidance sling arrangement attached

04:12   12   underneath the flange at the top of the transition spool is how

04:12   13   we slung it -- how we installed it.  So there are additional

04:12   14   components making up that assembly that I referred to earlier

04:12   15   as the "transition spool assembly."

04:12   16   Q.   These additional components, these are not welded; these

04:12   17   are basically add-on tools that were used to put it into place

04:13   18   and for the ROVs to latch onto, correct, Mr. Smith?

04:13   19   A.   Yes.  They were bolted on, I believe, as was the hub.

04:13   20   Q.   Take a look at a PowerPoint presentation you created,

04:13   21   Mr. Smith, during your work in response for BP.  That's

04:13   22   TREX-144408.1.1.TO.  This is a PowerPoint dated May 11, 2010,

04:13   23   from Trevor Smith and Mark Nichols.  Do you see that,

04:13   24   Mr. Smith?

04:13   25   A.   I do, yes.

OFFICIAL TRANSCRIPT

897

TREVOR SMITH - CROSS

04:13    1   Q.   Let's go to page 4 of the PowerPoint.  I'm sorry, page 2.
04:13    2        The purpose of the PowerPoint, as I appreciate it, is
04:13    3   set forth on page 2 of the PowerPoint where you identify a
04:13    4   problem statement and it is:  "Capping of the well with the
04:13    5   dual-ram capping stack or isolation valve assembly."
04:13    6        Do you see that, Mr. Smith?
04:14    7   A.   Yes, I do.
04:14    8   Q.   That was the purpose of your PowerPoint was to address
04:14    9   these issues or present these issues to others at BP, correct,
04:14   10   Mr. Smith?
04:14   11   A.   It was presented in the overall context of the
04:14   12   installability of these devices.  We have two devices using a
04:14   13   G-flange transition spool-type of component.
04:14   14   Q.   Again, the date of this presentation, Mr. Smith, was
04:14   15   May 11, 2010, correct?
04:14   16   A.   That's what I recall from the previous slide.
04:14   17   Q.   Let's go to page 8 of this PowerPoint.  That would be
04:14   18   TREX-144408.8.1.TO.  You included in your PowerPoint
04:14   19   presentation to others at BP a schedule.  Do you see that,
04:14   20   Mr. Smith?
04:14   21   A.   Yes, that was a forecast of what we estimated it might
04:14   22   take to implement these activities.
04:14   23   Q.   It was a forecast you created for your colleagues at BP,
04:14   24   correct, Mr. Smith?
04:14   25   A.   That is correct.

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

04:15   1    **Q.**   This forecast covers one month and it's the month of
04:15   2    May 2010, correct, Mr. Smith?
04:15   3    **A.**   It's not clear, but I believe that would be the case, yes.
04:15   4    **Q.**   I have printouts of the calendar from 2010.  If you have
04:15   5    any doubts, I would be happy to show it to you, but do you
04:15   6    agree it's the month of May, Mr. Smith?
04:15   7    **A.**   I agree it's the month of May, yes.
04:15   8    **Q.**   Thank you, sir.
04:15   9            Your forecast culminates at the end with "Well
04:15   10   Capping," correct, Mr. Smith?
04:15   11   **A.**   Yes.
04:15   12   **Q.**   At the very end under the "Well Capping" section, it says:
04:15   13   "Cap well."
04:15   14           Correct, Mr. Smith?
04:15   15   **A.**   It does.
04:15   16   **Q.**   You forecasted that date would be May 25, 2010, correct,
04:15   17   Mr. Smith?
04:15   18   **A.**   That was the forecast, and it's a draft view of a draft
04:15   19   schedule, as it says at the top of the slide.
04:16   20   **Q.**   Just bear with me for a second, Mr. Smith.  I'm trying to
04:16   21   get through this.
04:16   22           Let's pull up another e-mail that you would have
04:16   23   received, Mr. Smith, from Charles Curtis.  It is TREX-143045.
04:16   24           Mr. Smith, this is an e-mail from Charles Curtis
04:16   25   dated the Sunday, May 30, 2010, to -- you actually were cc'd.

OFFICIAL TRANSCRIPT

TREVOR SMITH - CROSS

04:16   1   Do you see that, Mr. Smith?

04:16   2   A.   I do.

04:16   3   Q.   It was also to David Cameron at Transocean and John

04:16   4   Schwebel?  Am I pronouncing that right?

04:16   5   A.   Schwebel.

04:16   6   Q.   He was a colleague of yours at BP?

04:16   7   A.   That's correct.

04:16   8   Q.   It says:  "Dear John, Attached is a photo of the capping

04:16   9   stack this morning, May 30, around 11:00 a.m."

04:16   10          Do you see that, Mr. Smith?

04:16   11   A.   Yes.

04:16   12   Q.   This was a 3-ram capping stack that we are talking about;

04:16   13   this was the capping stack that we just saw on the screenshot

04:17   14   that was landed and capped the well on July 15, 2010, correct?

04:17   15   A.   This was -- it appears to be the 3-ram stack in the course

04:17   16   of its build from the date.

04:17   17   Q.   Mr. Curtis says to the recipients and carbon copies on

04:17   18   this e-mail that:  "Completion date ready to ship offshore

04:17   19   Friday, June 4, 2010."

04:17   20          Correct, Mr. Smith?  That's what it states, correct?

04:17   21   A.   I'm sorry, I was reading.  Where exactly is that?

04:17   22   Q.   Right here.

04:17   23   A.   Oh, sorry, yes.  Highlighted, sorry.

04:17   24   Q.   E-mail is from May 30?

04:17   25   A.   Yep.

TREVOR SMITH - CROSS

04:17   1   **Q.**   E-mail from Mr. Curtis is saying completion date -- we are

04:17   2   ready to ship offshore Friday, June 4, 2010?

04:17   3   **A.**   That's what I take it to be Mr. Curtis' estimate at that

04:17   4   time, yes.

04:17   5   **Q.**   Let's go ahead and look at the attached photo.

04:17   6           Mr. Smith, can you confirm that this is the 3-ram

04:18   7   capping stack that we saw in the ROV footage that was landed on

04:18   8   July 12, 2010, and capped the well on July 15, 2010?

04:18   9           **MR. COLLIER:**   Your Honor, I'm going to object to the

04:18   10  extent that counsel made an issue out of Mr. Smith not having a

04:18   11  foundation to identify the changes to the capping stack during

04:18   12  the time.  He shouldn't be able to now, on cross-examination,

04:18   13  to probe the witness on the same issue.

04:18   14          **MR. MILLER:**   This is a copy of a photograph that this

04:18   15  witness received, Your Honor.  I can rephrase my question and

04:18   16  ask him if this is a photo that he received.

04:18   17  **BY MR. MILLER:**

04:18   18  **Q.**   Was this a photo you received, Mr. Smith?

04:18   19  **A.**   It's a photo I received, and it's of components of the

04:18   20  capping stack but not the complete capping stack.

04:18   21  **Q.**   There are 3 rams to this device, correct, Mr. Smith?

04:18   22  **A.**   There are 3 rams to it.  I see ROV panels missing.  I see

04:18   23  the side outlet hubs are not the ones that were installed

04:18   24  subsea.  Of course, there didn't include the pressure sensor

04:19   25  that I arranged to be added.  It may have -- I think the

TREVOR SMITH - CROSS

04:19    1    guidance that was -- there was an additional guidance element
04:19    2    added to the capping stack -- I would have to check drawings --
04:19    3    at the bottom.
04:19    4           So it's not the complete capping stack.  It's a
04:19    5    number of the components, but it's not the complete, finalized
04:19    6    capping stack.  There's also a structural support member that
04:19    7    was installed under those side outlets later, on the drawings I
04:19    8    received.
04:19    9    Q.   Okay, but this was a picture of it in whatever condition
04:19   10    it was in dated May 30, 2010, correct?
04:19   11    A.   Yes, it was in the course of its development on that date
04:19   12    prior to Mr. Curtis' description.
04:19   13    Q.   Sorry for the interruption, Mr. Smith.
04:19   14           Let's go back to the cover e-mail that this picture
04:19   15    came with.  Again, Mr. Curtis wrote to you and to others that
04:19   16    completion date ready to ship offshore:  Friday, June 4, 2010?
04:19   17    A.   That was the forecast, evidently, he thought it would be
04:20   18    ready by, yes.
04:20   19    Q.   I looked for it, Mr. Smith, and I couldn't find it.  Did
04:20   20    you ever reply to this e-mail and say, "Mr. Curtis, you're
04:20   21    wrong.  It won't be ready by Friday, June 4, 2010"?
04:20   22           Did you ever send that e-mail, Mr. Smith?
04:20   23    A.   I was cc'd on that e-mail.  It was input information to
04:20   24    us.  It was -- I was receiving information; I didn't need to
04:20   25    respond to it.

TREVOR SMITH - CROSS

04:20   1    **Q.**   That wasn't my question, Mr. Smith.  My question was:  Did
04:20   2    you respond to this e-mail?
04:20   3    **A.**   I cannot recall.  I might have said, "Thank you for the
04:20   4    update."
04:20   5    **Q.**   Did you tell Mr. Curtis in person, by e-mail, or over the
04:20   6    phone -- or through sign language, any type of communication --
04:20   7    that he was wrong that the capping stack would be completed and
04:20   8    ready to ship offshore on June 4, 2010?
04:20   9    **A.**   I had no reason to send something back.  That was his
04:20   10   forecast at the time.  He was the one on-site progressing the
04:20   11   build.
04:20   12   **Q.**   Let's go back and take a look at -- from your PowerPoint
04:21   13   that we just looked at, your PowerPoint presentation --
04:21   14   TREX-144408.8.1.  This was the schedule you made up, Mr. Smith.
04:21   15           On here -- I know it's hard to read, but what you
04:21   16   have here, Mr. Smith, as I appreciate this document, is you set
04:21   17   forth a projected time of six days.  Do you see it says, "Ship
04:21   18   assembly to *DDII*," right here?
04:21   19   **A.**   Yes, I do see that activity.
04:21   20   **Q.**   You are shipping the other information offshore.  And you
04:21   21   knew the shipment, under your projection, on May 19, correct?
04:21   22   **A.**   On this schedule estimate, yes.
04:21   23   **Q.**   So the time between the capping stack -- at this time, it
04:22   24   was a 2-ram capping stack, but based on your projection at this
04:22   25   point in time, based on the presentation you gave to your

TREVOR SMITH - CROSS

04:22  1   colleagues at BP, you projected six days between shipment
04:22  2   offshore and capping of the well, correct?  From May 19 to
04:22  3   May 25.  Are you with me, Mr. Smith?  Six days from shipment to
04:22  4   cap?
04:22  5   A.   That was the estimate we created at the time, yes.
04:22  6   Q.   So let's go back to Mr. Curtis' e-mail -- just using that
04:22  7   methodology in connection with Mr. Curtis' e-mail.  Let's pull
04:22  8   that TREX up.
04:22  9        Mr. Curtis says:  "Completion date ready to ship
04:22 10   offshore on Friday, June 4, 2010."
04:22 11        That was Mr. Curtis' projected ship date, correct,
04:22 12   Mr. Smith?
04:22 13   A.   That is correct.
04:22 14   Q.   Under your projection you gave to your colleagues, you
04:22 15   projected six days between shipment offshore and capping of the
04:22 16   well, correct?  In terms of logistical time period, correct,
04:22 17   Mr. Smith?
04:22 18   A.   In that early stage of the response, that was the estimate
04:22 19   we created yes.
04:22 20        MR. MILLER:  Thank you, sir.  That's all I have.
04:23 21                 REDIRECT EXAMINATION
04:23 22   BY MR. COLLIER:
04:23 23   Q.   Mr. Smith, just a few follow-up questions.
04:23 24        Now, you were shown some drawings from INTEC, from --
04:23 25   I believe they were May 7 that was dated on those.  Do you

TREVOR SMITH - REDIRECT

04:23  1  recall that?

04:23  2  **A.**   I do.

04:23  3  **Q.**   Do you recall that that was a drawing and schematics

04:23  4  associated with the transition spool?  Do you recall that?

04:23  5  **A.**   Yes.  It was an early version of the transition spool

04:24  6  assembly.

04:24  7  **Q.**   Was there more to the transition spool that your team

04:24  8  created to connect the 3-ram capping stack to the flex joint

04:24  9  flange on July 12 than the drawings that were shown to you of

04:24  10  INTEC on May 7?

04:24  11  **A.**   Yes.  There was the perfecting of the guidance device,

04:24  12  making it more robust to be landed over the drill pipe.  There

04:24  13  was the addition of the hub on the top.  We took the mud boost

04:24  14  assembly off the valve, the block plug assembly off the side of

04:24  15  the spool, and made it a later addition.  And, of course, we

04:24  16  had to develop a lot of the tooling.  We realized we needed to

04:24  17  allow the flange connection to be made up and, of course, also

04:24  18  straighten and hold the flex joint in a vertical position to

04:24  19  allow the capping operation to proceed.

04:24  20  **Q.**   Now, you were also shown a schedule, or Gantt charts,

04:25  21  relating to the capping stack.  Do you recall that during

04:25  22  cross-examination?

04:25  23  **A.**   Are you referring to the one on the PowerPoint slide that

04:25  24  I created?

04:25  25  **Q.**   Correct.

OFFICIAL TRANSCRIPT

TREVOR SMITH - REDIRECT

04:25    1    **A.**    Yes.

04:25    2    **Q.**    How many rams did that capping stack have at that time, at

04:25    3    least the design that you were identifying with respect to that

04:25    4    schedule?

04:25    5    **A.**    I think that schedule referred to the 2-ram version and

04:25    6    potentially also referred to the single-valve capping device we

04:25    7    also were working on at that time.

04:25    8    **Q.**    Now, the capping stack that was installed on July 12, how

04:25    9    many rams did that have?

04:25   10    **A.**    It had 3 rams.

04:25   11    **Q.**    I don't think I'm going outside your personal knowledge.

04:25   12    That's a difference between the capping stack that you were

04:25   13    providing in the schedule in May and the one that was actually

04:25   14    installed on July 12, correct?

04:25   15    **A.**    It's one of the differences.

04:25   16    **Q.**    You identified during your direct examination that for a

04:25   17    period of time you were in control of the capping stack

04:26   18    development; is that right?

04:26   19    **A.**    The build of the stack, I was responsible for it in that

04:26   20    first week of June approximately.

04:26   21    **Q.**    What changes to the capping stack design were changed at

04:26   22    that point in time when you were leading that team?

04:26   23    **A.**    The only activity I changed at that point in time was to

04:26   24    get the side outlet valves converted from their fail-closed

04:26   25    condition to fail-open because of the need for the device to

TREVOR SMITH - REDIRECT

04:26  1    operate in a containment scenario.
04:26  2    **Q.**   I think you testified earlier that one of the other
04:26  3    additions was a pressure sensor.  Is that correct?
04:26  4    **A.**   That's correct.  That happened late in June.
04:26  5    **Q.**   One of the things that happened or occurred in June was
04:26  6    testing of the connection system to connect the capping stack
04:26  7    to the flex joint flange, correct?
04:27  8    **A.**   Yeah.  We brought the transition spool to Berwick to
04:27  9    connect with the capping stack, if that's what you are
04:27 10    referring to, and assembled both of those together and
04:27 11    pressure-tested them.
04:27 12            **MR. COLLIER:**  If we could bring up D-23934.
04:27 13    **BY MR. COLLIER:**
04:27 14    **Q.**   This is the timeline that you discussed during your direct
04:27 15    examination, correct, Mr. Smith?
04:27 16    **A.**   Correct.
04:27 17    **Q.**   If you can go to the bar that says "Transition Spool
04:27 18    Activity."  Can you identify some of the dates for the testing
04:27 19    that was conducted for testing the connection system between
04:27 20    the capping stack and the flex joint flange.
04:27 21    **A.**   Yes.  June 27 was the final test in Houston, and then we
04:27 22    shipped it to Berwick and tested it and connected it up to the
04:27 23    capping stack to make sure that it fit together correctly and
04:27 24    could form a leak-tight connection.
04:28 25    **Q.**   Was there testing performed before that point in time?

TREVOR SMITH - REDIRECT

1    **A.**    On the transition spool?

2    **Q.**    Or the guidance system.

3    **A.**    Yes.  The June 7 to 13 was when we were taking that

4    original version of the transition spool and its mule shoe

5    guidance device devised by INTECSEA.  And we tested that device

6    in a mock-up of the flex joint with a range of different drill

7    pipes to find out what the most appropriate guidance system

8    would be to land over this drill pipe.

9    **Q.**    Now, during the testing that was performed in June, were

10   there changes that were made to the guidance system based on

11   that testing?

12   **A.**    Yes.  We removed the -- we found that the original mule

13   shoe was not strong enough, and under the potential loads it

14   could see landing into the flex joint, it might crumple.  We

15   were concerned if it landed square onto the top of one of the

16   drill pipes.  So we made a thicker-walled guidance version of

17   that original mule shoe concept.  There were a couple of slots

18   in the original design.  We removed those.  We made the nose of

19   the mule shoe rounded so it would tend to glide over a drill

20   pipe, and we made that surface hard so that it wouldn't catch

21   on the drill pipe.

22           We also selected a short and a long guide pinned

23   version.  We also selected adding guide wires to allow the ROV

24   to pull the transition spool into proximity with the lower

25   flange.

OFFICIAL TRANSCRIPT

TREVOR SMITH - REDIRECT

04:29  1    Q.   Did the transition spool assembly design change during the
04:29  2    month of June?
04:29  3    A.   Yes, as a result of those -- learning from those trials.
04:29  4    Q.   During the cross-examination I didn't hear any discussion
04:29  5    about the installation tools that your team developed.  Did
04:30  6    your team develop installation tools for the connection with
04:30  7    the capping stack?
04:30  8              MR. MILLER:  Objection, Your Honor.  It's beyond the
04:30  9    scope of my cross.  Mr. Collier just said it.
04:30  10             THE COURT:  Sustained.
04:30  11   BY MR. COLLIER:
04:30  12   Q.   Now, you were asked some questions during
04:30  13   cross-examination about a Charles Curtis e-mail.  Mr. Smith, do
04:30  14   you recall that?
04:30  15   A.   Yes, I recall that.
04:30  16   Q.   The e-mail related to the capping stack at that particular
04:30  17   point in time.  Do you recall that?
04:30  18   A.   Yes, its condition and projected ship date.
04:30  19   Q.   Were there changes made to the capping stack design beyond
04:30  20   that point of time at the end of May?
04:30  21   A.   These were changes -- the change I'm aware of and had
04:30  22   influence over was adding the pressure sensor, but from the
04:31  23   condition of the float -- the capping stack, as in the photo.
04:31  24             I know the side outlets were changed.  I know that
04:31  25   structural members were added.  I know that ROV panels were

OFFICIAL TRANSCRIPT

04:31   1   added.  But the direction of those changes came from within
04:31   2   that Capping Stack Team, which I was not personally a member.
04:31   3            MR. COLLIER:  Thank you, Mr. Smith.  No further
04:31   4   questions.
04:31   5            THE COURT:  Thank you, sir.
04:31   6            THE WITNESS:  Thank you.
04:31   7            THE COURT:  Who is your next witness, Mr. Brock?
04:31   8            MR. BROCK:  Your Honor, our next witness is Adam
04:31   9   Ballard.  He is in the hall, and we will bring him right in.
04:31   10                      ADAM BALLARD,
04:31   11   having been duly sworn, testified as follows:
04:32   12            THE DEPUTY CLERK:  State your full name and correct
04:32   13   spelling for the record, please.
04:32   14            THE WITNESS:  Adam Ballard, B-A-L-L-A-R-D.
04:33   15            MS. KARIS:  On behalf of BP, I have Dr. Ballard on
04:33   16   direct examination.
04:33   17                       VOIR DIRE
04:33   18   BY MS. KARIS:
04:33   19   Q.   Good afternoon, Dr. Ballard.  Could you please introduce
04:33   20   yourself to the Court.
04:33   21   A.   Yes.  My name is Adam Ballard.
04:33   22   Q.   Mr. Ballard, what company do you currently work for?
04:33   23   A.   I currently work for BP.
04:33   24   Q.   How long have you worked for BP?
04:33   25   A.   I've worked for BP for over 11 years.

OFFICIAL TRANSCRIPT

ADAM BALLARD - VOIR DIRE

04:33  1   **Q.**   What's your current job title?
04:33  2   **A.**   I'm currently an executive assistant to our regional
04:33  3   president.
04:33  4   **Q.**   What is the job of an executive assistant to the regional
04:33  5   president?
04:33  6   **A.**   So in general it's to keep him informed of technical
04:33  7   issues and prepared for meetings.
04:33  8   **Q.**   Now, did you assist with BP's source control efforts
04:33  9   following the *Deepwater Horizon* incident?
04:33  10  **A.**   I did.
04:33  11  **Q.**   How long were you personally involved in the efforts to
04:33  12  stop the spill?
04:33  13  **A.**   I was involved about a week after the incident started and
04:34  14  was involved through mid-August.
04:34  15  **Q.**   In addition to personally assisting with BP source control
04:34  16  efforts, were you asked to provide certain expert opinions in
04:34  17  this case regarding hydraulic modeling?
04:34  18  **A.**   I was.
04:34  19  **Q.**   Before we discuss your involvement and your opinions, I
04:34  20  would like to give the Court a little bit of information about
04:34  21  your background.
04:34  22        **MS. KARIS:**  Actually, if we can pull up D-23212,
04:34  23  please.
04:34  24  **BY MS. KARIS:**
04:34  25  **Q.**   Mr. Ballard, does this slide accurately reflect your

ADAM BALLARD - VOIR DIRE

04:34  1    educational background and some of the activities you have done
04:34  2    in the industry in the past 11 years?
04:34  3    A.  Yes, it does.
04:34  4    Q.  Just give the Court an overview of your education and some
04:34  5    of your professional activities.
04:34  6    A.  Yes.  I worked my way through college and earned a
04:34  7    Bachelor of Science in mathematics, then went on to graduate
04:34  8    school and earned a Ph.D. in chemical engineering.  The focus
04:35  9    of my work there was in applied mathematics, hydrates, and
04:35  10   multiphase fluid equilibrium.
04:35  11         A summary of my professional activities:  I have
04:35  12   authored 29 publications in the area of flow assurance.  I'm a
04:35  13   member of two different societies or institutions and am
04:35  14   involved in other industry-related activities.
04:35  15         MS. KARIS:  Now, if we can pull up D-23213, please.
04:35  16   BY MS. KARIS:
04:35  17   Q.  Dr. Ballard, does D-23213 accurately summarize your
04:35  18   professional experience?
04:35  19   A.  It does.
04:35  20   Q.  Again, can you give the Court a little bit of an overview
04:35  21   with respect to your professional experience.
04:35  22   A.  Yes.  I started with BP right after graduate school.  For
04:35  23   the first eight or so years, I worked in the area of flow
04:35  24   assurance, both in the research and development side as well as
04:35  25   technology in the projects side, designing production systems

OFFICIAL TRANSCRIPT

ADAM BALLARD - VOIR DIRE

1   as well as operations.

2           I have also spent time as an offshore operations

3   engineer supporting on-site.  And the role I had right before

4   my current one, I was the engineering manager for *Thunder Horse*

5   production platform.

6   **Q.**   You mentioned that you have been a flow assurance

7   engineer.  What is a flow assurance engineer?

8   **A.**   At a high level, it's basically applying hydraulic theory

9   to production or oil and gas systems.

10  **Q.**   In addition to being a flow assurance engineer, have you

11  taught courses in the area of flow assurance?

12  **A.**   Yes, I have.  I have taught many.

13  **Q.**   As a result of your education as well as work experience,

14  are you familiar with hydraulic modeling that is used in the

15  gas and oil industry?

16  **A.**   Yes, I am.

17  **Q.**   Just describe for the Court, what is hydraulic modeling

18  that both you and Dr. Wilson spoke of?

19  **A.**   Hydraulic modeling is, again, just applying hydraulic

20  theory to a system.  And in the oil and gas system, it would be

21  wells, it would be subsea systems or topsides production

22  systems.

23  **Q.**   Are there a variety of different software packages that

24  could be used to perform hydraulic modeling?

25  **A.**   Yes, there are.

ADAM BALLARD - VOIR DIRE

1    **Q.**   What are some of those packages?

2    **A.**   Some of the packages would be PROSPER, GAP, PIPESIM, OLGA,

3    WellCAP, MBAL.  There are several available ones.

4    **Q.**   Are those the packages that were used in connection with

5    some of the hydraulic modeling that was performed in April and

6    May of 2010?

7    **A.**   Yes, several of those were.

8    **Q.**   Can you approximate for the Court on how many occasions

9    you have used those very packages that you have just described

10   or some version of them?

11   **A.**   I have used each of those packages to some extent in my

12   career.  Total sum, on the order of hundreds to thousands of

13   individual simulation runs.

14            **MS. KARIS:**  Your Honor, at this time I would like to

15   tender Dr. Ballard as an expert in hydraulic modeling and its

16   use in the oil and gas industry.

17            **THE COURT:**  Who is going to be cross-examining?

18            **MR. BRIAN:**  No objection.

19            **THE COURT:**  Okay.  Without objection.

20                       **DIRECT EXAMINATION**

21   BY MS. KARIS:

22   **Q.**   Before we discuss the expert work you've done in this

23   case, can you briefly tell the Court about your personal

24   involvement in BP source control efforts.

25   **A.**   Yes.  I was involved about a week after the incident,

ADAM BALLARD - DIRECT

04:38  1    consulting with different groups; and then in mid-May, I got
04:38  2    seconded to the containment and disposal project, or the CDP.
04:38  3    I was on there until mid-August.
04:38  4    Q.   Tell the Court, what is the containment disposal project
04:38  5    that you just described as CDP?
04:38  6    A.   The CDP was a collection system that was designed to hook
04:39  7    up to the BOP or somewhere in that area and basically collect
04:39  8    the oil before it hit the seawater, and transport that oil and
04:39  9    gas through a subsea system to a floating production and
04:39  10   storage and offloading vessel, which was the *Helix Producer*.
04:39  11   Q.   What was your role in connection with the CDP project?
04:39  12   A.   My role was as a flow assurance engineer to design and
04:39  13   operate the subsea system.
04:39  14   Q.   Did you perform any hydraulic modeling in support of the
04:39  15   CDP project?
04:39  16   A.   Yes, I did.
04:39  17   Q.   What was the purpose of the hydraulic modeling that you
04:39  18   performed?
04:39  19   A.   The purpose of the hydraulic modeling that I did in
04:39  20   regards to the CDP was to ensure that the subsea system was
04:39  21   designed properly so that it could actually the flow the oil
04:39  22   and gas safely to the surface.
04:39  23   Q.   Was the purpose of any of the hydraulic modeling you
04:40  24   performed aimed at estimating the flow rate or range of flow
04:40  25   rate from the Macondo well?

ADAM BALLARD - DIRECT

04:40   1   **A.**   No, it wasn't.

04:40   2   **Q.**   Now, in addition to performing some hydraulic modeling

04:40   3   yourself in connection with the CDP project, were you asked --

04:40   4   you were asked to tender some opinions in this case with

04:40   5   respect to hydraulic modeling done by other engineers, correct?

04:40   6   **A.**   Yes.

04:40   7   **Q.**   Just to orient ourselves, was your work done to respond to

04:40   8   Dr. John Wilson's opinions, who the Court heard from earlier

04:40   9   this week?

04:40   10  **A.**   Yes, it was.

04:40   11  **Q.**   Did you prepare a report stating your opinions?

04:40   12  **A.**   I did.

04:40   13         **MS. KARIS:**   If we can pull up 11905.1.1.

04:40   14  **BY MS. KARIS:**

04:40   15  **Q.**   Is this the report that you prepared, titled "Rebuttal

04:41   16  Expert Report of Adam L. Ballard, Ph.D."?

04:41   17         **MR. BRIAN:**   Your Honor, just for clarification, I

04:41   18  think there were some redactions in this report.  I think

04:41   19  there's an R version.  I don't know if counsel is intending to

04:41   20  use that or not.

04:41   21         **MS. KARIS:**   We will definitely use the redacted

04:41   22  version and submit into evidence the redacted version.

04:41   23         **MR. BRIAN:**   In terms of my cross-examination, I have

04:41   24  prepared questions based on the redacted version, so perhaps we

04:41   25  can work off the same version.

OFFICIAL TRANSCRIPT

ADAM BALLARD - DIRECT

04:41  1          THE COURT:  It sounds like that's what she intends to
04:41  2  do.
04:41  3          MS. KARIS:  Yes, Your Honor.
04:41  4  BY MS. KARIS:
04:41  5  Q.   Dr. Ballard, at a high level, can you describe for the
04:41  6  Court what work you did in order to reach the opinions that you
04:41  7  have reached in this case regarding hydraulic modeling.
04:41  8  A.   Yes.  So I drew upon my experience in the oil and gas
04:41  9  industry as a flow assurance engineer.  I also drew off my
04:41  10  personal experience working in the response.  And then about a
04:41  11  year ago I served as the corporate representative for BP in
04:41  12  regards to hydraulic modeling during the entire response.
04:42  13  Q.   Let me stop you there.  In order to serve as BP's
04:42  14  corporate representative on hydraulic modeling, which was one
04:42  15  of the issues that was requested, what work did you need to do
04:42  16  in connection with testifying there?
04:42  17  A.   So in preparation for that, I reviewed the totality of
04:42  18  hydraulic modeling that was done during the response and talked
04:42  19  to or had interviews with several of the people that were
04:42  20  conducting the modeling, read the testimony of several of the
04:42  21  people that were conducting the modeling, as well as reviewed
04:42  22  the outputs of the slide decks and e-mails and reports.
04:42  23          And then to ensure that I really understood what that
04:42  24  modeling was for, I actually took some of the models themselves
04:42  25  and looked at those in the native software, like the PIPESIM,

ADAM BALLARD - DIRECT

04:42  1    PROSPER, and OLGA models, to ensure that I understood the
04:42  2    assumptions that went into those models and how they were used.
04:43  3    Q.   Now, in connection with your expert opinions in this case,
04:43  4    is the hydraulic modeling that you're going to be speaking of
04:43  5    the modeling done in April through May 31, 2010, as Dr. Wilson
04:43  6    looked at?
04:43  7    A.   Yes.  So in preparation for this, I re-reviewed the
04:43  8    material primarily in the April-May time frame.
04:43  9    Q.   So you were telling us what you did to prepare the
04:43  10   opinions in this report.  You said you testified as a corporate
04:43  11   rep; as a result of that, spoke to the individuals involved,
04:43  12   did your own analysis of the modeling.
04:43  13          You reviewed Dr. Wilson's report and also heard his
04:43  14   testimony here on Monday.  Did Dr. Wilson do any analysis
04:43  15   similar to what you did to understand the purpose of the
04:43  16   hydraulic modeling?
04:43  17   A.   Not from my understanding.
04:43  18          MS. KARIS:  Now, I would like to pull up D-23214.
04:43  19   BY MS. KARIS:
04:44  20   Q.   Dr. Ballard, does this summarize the opinions that you
04:44  21   have reached in this case?
04:44  22   A.   Yes, it does.
04:44  23   Q.   I would like to start with your first opinion, which is
04:44  24   that "neither BP nor any other party had the 'tools' in April
04:44  25   and May 2010 necessary to reliably estimate the daily discharge

ADAM BALLARD - DIRECT

04:44  1    rates from the well using hydraulic models."
04:44  2            First, can you tell the Court, what does that mean?
04:44  3    **A.**   What does that mean?  From my analysis, there just wasn't
04:44  4    enough information available during that time frame to actually
04:44  5    do a hydraulic modeling analysis to determine the flow rate.
04:44  6    There were several uncertainties.
04:44  7    **Q.**   We have *tools* there in quotes.  What is the reference to
04:44  8    the tools?
04:44  9    **A.**   So the tools I'm referencing are the tools that Dr. Wilson
04:44  10   references in his report.  So that's PIPESIM, PROSPER, GAP,
04:44  11   OLGA, and some of the other tools as well.
04:45  12   **Q.**   Now, did you observe Dr. Wilson's testimony here on
04:45  13   Monday?
04:45  14   **A.**   Yes, I did.
04:45  15   **Q.**   Dr. Wilson testified that in the course of their daily
04:45  16   activities, BP's engineers modeled flow from wells.
04:45  17            Is hydraulic modeling frequently applied in the oil
04:45  18   and gas industry in order to estimate the flow in a production
04:45  19   system?
04:45  20   **A.**   Hydraulic modeling can be used and is used, but I would
04:45  21   not say it's frequent.  It's certainly not on a daily basis.
04:45  22   **Q.**   Is hydraulic modeling used in order to understand
04:45  23   production systems?
04:45  24   **A.**   Absolutely.
04:45  25   **Q.**   Now, how is hydraulic modeling used to understand

ADAM BALLARD - DIRECT

04:45  1    production systems?  And then we'll talk about how it was used
04:45  2    in connection with the Macondo, on the system.
04:46  3    A.    So in a production system hydraulic modeling is used to
04:46  4    primarily monitor the system and try to identify issues that
04:46  5    may be happening.  So you would -- in a production scenario you
04:46  6    would know the rate of your system and you would know what the
04:46  7    system looks like.  And you would use your model and you would
04:46  8    input the actual system -- what lengths of pipe and ID and all
04:46  9    the different parameters -- input the rate and look at what the
04:46  10   different pressures and temperatures look like in the system.
04:46  11   Q.    Where do you typically get the rate from that you are
04:46  12   inputting?
04:46  13   A.    You would get that from either a well test or just
04:46  14   basically your meters that you have on the production facility.
04:46  15   Q.    Now, in your typical use of hydraulic modeling, you said
04:46  16   you get the rate from a meter.  Was there such a meter at the
04:46  17   Macondo well that one could use in order to input into a
04:46  18   hydraulic model in order to understand flow?
04:47  19   A.    No, there wasn't.
04:47  20   Q.    You also mentioned a well test?
04:47  21   A.    Yes.
04:47  22   Q.    What's a well test?
04:47  23   A.    A well test can take several forms.  These are tests that
04:47  24   are required by regulatory on some frequency.  And what you do
04:47  25   is you produce a well to a separator and you meter the oil that

**ADAM BALLARD - DIRECT**

04:47   1   comes out.  And then you can also have an understanding of the

04:47   2   different pressures in the system during that well test as

04:47   3   well.

04:47   4        There's also well tests that can be conducted, such

04:47   5   as like a pressure buildup test, and with that type of test you

04:47   6   can understand different things.

04:47   7   **Q.**   Is a well test typically done as part of the production

04:47   8   process?

04:47   9   **A.**   Yes.  You need a production system to flow that to.

04:47  10   **Q.**   Had there been any well tests done in connection with the

04:47  11   Macondo well at the time of the incident, even though it was

04:47  12   still in exploration?

04:47  13   **A.**   Not from my understanding.

04:48  14   **Q.**   Now, you did review a bunch of hydraulic modeling that was

04:48  15   done in April and May of 2010 in connection with the Macondo

04:48  16   incident, correct?

04:48  17   **A.**   Yes, ma'am.

04:48  18   **Q.**   Can you tell us what, if anything, was different from the

04:48  19   typical industry situation where you are using hydraulic

04:48  20   modeling to understand a well condition -- what was different

04:48  21   at the Macondo incident?

04:48  22   **A.**   So the big difference in the Macondo incident was you

04:48  23   didn't have all the information that you would have in a normal

04:48  24   production system, and the information you did have wasn't

04:48  25   sufficient.  There were too many uncertainties in the well to

ADAM BALLARD - DIRECT

04:48  1   be able to model it.
04:48  2   Q.   Again, this is in connection with your opinion "and
04:48  3   neither BP nor any other party had the 'tools' in April and May
04:48  4   to reliably estimate the daily discharge rates from the well
04:48  5   using hydraulic modeling."
04:49  6        MS. KARIS:  If we can now pull up D-23207B, please.
04:49  7   BY MS. KARIS:
04:49  8   Q.   You reference that the significant difference between the
04:49  9   Macondo situation and your typical use of hydraulic modeling --
04:49 10   one of those differences, I should say, is the uncertainties
04:49 11   that existed.
04:49 12        Can you explain to the Court what you mean by that,
04:49 13   using this demonstrative?
04:49 14   A.   This is an illustration of the Macondo well.  What I mean
04:49 15   by uncertainties, I have listed a few here.
04:49 16   Q.   Do you have a pointer?
04:49 17   A.   I do.
04:49 18        So this is an illustration of the Macondo well.
04:49 19   There were several uncertain parameters in the system that were
04:49 20   just too uncertain, in my opinion, to actually be able to
04:49 21   conduct or create a hydraulic modeling estimate of flow rate.
04:49 22   Q.   Tell us what some of those uncertainties were.  The first
04:49 23   one you list is flow path?
04:49 24   A.   Yes.
04:49 25   Q.   What was the uncertainty regarding the flow path?

ADAM BALLARD - DIRECT

04:50  1    A.    There was a lot of uncertainty about the flow path.  There

04:50  2    were two general flow paths that were decided could be

04:50  3    potential.  One was the annulus flow path, which I have

04:50  4    depicted by this red line coming up through here.  That would

04:50  5    have been coming up around the casing annulus or around the

04:50  6    casing, and that would have been due to a casing hanger

04:50  7    failure.  Then the flow would have come into the main wellbore.

04:50  8          There was a question at the time around whether there

04:50  9    was drill pipe through the BOP or not, and there was thought to

04:50  10   be either no drill pipe, one piece of drill pipe, or even

04:50  11   potentially two.  If there was drill pipe in there and the flow

04:50  12   was going through that drill pipe, then one potential flow path

04:50  13   would be going down the well and back up the drill pipe.

04:50  14         There was also a question about whether flow was

04:50  15   going around the drill pipe through the BOP rams in this area,

04:51  16   and if there was, then that would be another potential flow

04:51  17   path.

04:51  18         Then, of course, there was a potential that you were

04:51  19   flowing up the hole.

04:51  20   Q.    What impact does not knowing the flow path have on the

04:51  21   ability to use hydraulic modeling to estimate a flow rate?

04:51  22   A.    So if you don't know the flow path, you don't know how to

04:51  23   build the model, or at least the model of what the well

04:51  24   actually looks like.  You could certainly build separate models

04:51  25   for each potential flow path.

OFFICIAL TRANSCRIPT

ADAM BALLARD - DIRECT

04:51   1   **Q.**   We are going to talk about that.

04:51   2         Restrictions to flow.  Again, explain to the Court

04:51   3   what you mean, that there were uncertainties regarding

04:51   4   restrictions to flow as they related to hydraulic modeling.

04:51   5   **A.**   So to talk about restrictions to flow, I guess the best

04:51   6   way to describe what I mean by that is to expand upon

04:51   7   Dr. Wilson's example that he gave to illustrate a simple

04:51   8   hydraulic system, and that's the hose, like a garden hose.

04:52   9         So with a garden hose, you can have it hooked up to

04:52   10  your city water through a spigot and have it open at the end.

04:52   11  You can certainly flow water through that if you turn it on

04:52   12  full blast.  But you can actually -- so if you go to the middle

04:52   13  of that hose, you could actually kink it.  That kink would be a

04:52   14  restriction to the flow through that hose.  And so that's what

04:52   15  I'm referring to when I'm talking about restrictions here or

04:52   16  obstructions to flow.

04:52   17        There were several potential ones in this system.  I

04:52   18  will name a few.

04:52   19  **Q.**   Go ahead.

04:52   20  **A.**   One of them was, due to the presence of the drill pipe, if

04:52   21  it was there and flow was going up that drill pipe, well, that

04:52   22  drill pipe going through the BOP, when those BOP rams were

04:52   23  activated, they would have potentially dented that pipe or

04:52   24  crimped that pipe.

04:52   25        There were five different rams, and so if flow was

ADAM BALLARD - DIRECT

04:52  1    going up that way, each of those crimps within that pipe would
04:53  2    actually be considered a restriction, a potential restriction.
04:53  3         As mentioned earlier, for casing flow, in order for
04:53  4    that to happen, there would have to be a casing hanger failure,
04:53  5    which wasn't designed to have flow through it.  So if flow were
04:53  6    going through it, it would be a restriction to flow.
04:53  7         As well, if flow was going around the BOP rams here,
04:53  8    each of those rams, which was in the closed position, would
04:53  9    create a potential restriction to the flow going through that.
04:53 10    It wouldn't be an open bore.  There were five different ones.
04:53 11         Of course, the one you could see, which was the kink
04:53 12    in the riser, was thought to be a potential restriction to flow
04:53 13    as well.
04:53 14    Q.   Was it known in April and May of 2010, when hydraulic
04:53 15    modeling was being conducted, which of those restrictions
04:53 16    existed?
04:53 17    A.   It wasn't known.
04:53 18    Q.   Other than the kink in the riser as you --
04:53 19    A.   You can see the kink in the riser, but it wasn't known to
04:54 20    what extent it was kinking or restricting flow.
04:54 21    Q.   Now, there's also reference to pay thickness,
04:54 22    permeability, and skin.  And just briefly summarize what impact
04:54 23    that uncertainty about each of those has on the ability to
04:54 24    conduct hydraulic modeling, to estimate a daily discharge rate
04:54 25    or even a range, a reasonably reliable range of discharge rate.

ADAM BALLARD - DIRECT

04:54   1    **A.**   So pay thickness, which is the sum of all the different

04:54   2    net pay, has a potential to be up to 88 feet total.  That's

04:54   3    what the drilling logs showed.  By design it was supposed to be

04:54   4    cemented, and so it should have been zero feet of net pay or

04:54   5    pay thickness that would be available to flow.

04:54   6            Due to the cement failure, it was unknown as to

04:54   7    whether you had just a little bit open to flow or the full

04:54   8    88 feet and without knowing how much is open, that would highly

04:54   9    affect the ability to model the rate coming out of that well to

04:55   10   even bound it.

04:55   11           Permeability had some uncertainty to it as well.  And

04:55   12   skin, which is a factor that quantifies the effect of near

04:55   13   wellbore damage or mechanical damage, wasn't known either.

04:55   14   **Q.**   Did the fact that there were so many unknowns, flow path

04:55   15   restrictions, multiple potential restrictions, pay thickness,

04:55   16   permeability, and skin, did that fact affect the ability to

04:55   17   accurately and reliably estimate flow in April and May of 2010

04:55   18   using hydraulic modeling?

04:55   19   **A.**   Absolutely.  And to illustrate that, I'll use the example

04:55   20   with the hose again.

04:55   21           If I've got a hose -- so with hydraulic theory, it

04:55   22   relies, as Dr. Wilson said, on knowing pressure to both ends

04:55   23   and with two pressures you should -- if you know what the

04:55   24   system looks like, you can determine the flow through it.  With

04:56   25   the Macondo system it was more like a hose with a constant

ADAM BALLARD - DIRECT

04:56  1    pressure on one end and a constant pressure on the other, but
04:56  2    you had a bunch of kinks in it.  Each restriction would
04:56  3    potentially be a kink in that.
04:56  4         From a hydraulic modeling perspective, if I don't
04:56  5    know anything about that kink, it could be kinked all the way
04:56  6    to where there's no flow, and my pressures at both ends are the
04:56  7    same, so hydraulic modeling can't tell, or it can be not kinked
04:56  8    at all and potentially be flowing as much as it can through
04:56  9    there as if there were no kink.
04:56  10   Q.   Dr. Wilson testified there was a great deal of information
04:56  11   known about the Macondo well and he cited reservoir fluids and
04:56  12   properties.  Was the information that was known about pressures
04:56  13   or the fluids, the reservoir fluids, is that sufficient
04:56  14   information in your opinion to allow you to use hydraulic
04:56  15   modeling in order to estimate even a range of flow rates?
04:56  16   A.   Not at all.  The system wasn't known to a sufficient
04:57  17   degree.
04:57  18   Q.   There's been some testimony that while you might not be
04:57  19   able to identify a daily discharge rate, you should at least be
04:57  20   able to get a range by running a number of discrete scenarios,
04:57  21   is what I believe they were referred to.  Do you agree with
04:57  22   that opinion?
04:57  23   A.   No.
04:57  24   Q.   Why not?
04:57  25   A.   Well, I believe there are a discrete number of scenarios

ADAM BALLARD - DIRECT

04:57  1   you could run on flow path, as has been suggested, and there
04:57  2   are many more than just the three.  For any one of those flow
04:57  3   paths, again, you don't understand -- or we didn't understand
04:58  4   how to quantity the different restrictions in that system.  So
04:58  5   the best you could do was assume they weren't there and come up
04:58  6   with a highest potential rate, but not bound it or range.
04:58  7   **Q.**   You testified in preparation for the 30(b)(6) deposition
04:58  8   you gave as well as for your recent testimony, you had spoken
04:58  9   to a number of the engineers who were involved in the hydraulic
04:58  10  modeling.  Did any of them indicate to you that they thought
04:58  11  their work would allow BP to estimate a range of flow rates
04:58  12  based on the conditions known to exist at the time?
04:58  13         **MR. BRIAN:**  Objection, hearsay, Your Honor.  He can
04:58  14  testify to his conclusions, but he can't relate specific
04:58  15  hearsay statements of those employees.  That's hearsay.
04:58  16         **MS. KARIS:**  Your Honor, he is an expert.  He can rely
04:58  17  on his conversations.  No different than him looking at
04:58  18  documents.
04:58  19         **MR. BRIAN:**  Experts can rely on reliable hearsay.
04:58  20  Simply talking to people outside of the normal reporting chain
04:58  21  is not the kind of hearsay that an expert can rely on.  They
04:59  22  can rely -- for example, if you do an audit pursuant to an
04:59  23  ordinary course of audit due to a regular course of conduct.
04:59  24  This is not what this is.
04:59  25         **THE COURT:**  I overrule the objection.

ADAM BALLARD - DIRECT

04:59   1   BY MS. KARIS:
04:59   2   Q.   You may answer.
04:59   3   A.   No one I talked to said they could reliably predict flow
04:59   4   rate during that time.
04:59   5   Q.   Now, you just said nobody could reliably predict flow rate
04:59   6   using the hydraulic modeling that was being performed in April
04:59   7   and May.  You don't dispute that there was, in fact, hydraulic
04:59   8   modeling being done, correct?
04:59   9   A.   No, I don't dispute that.
04:59  10   Q.   Did you attempt to understand for what purpose that
04:59  11   modeling was being done, since it wasn't for the purpose of
05:00  12   estimating flow rate?
05:00  13   A.   Yes, I did.
05:00  14        MS. KARIS:  If we can go back to D-23214.
05:00  15   BY MS. KARIS:
05:00  16   Q.   Your second opinion in this case -- tell the Court first
05:00  17   what is your second opinion in this case.
05:00  18   A.   So my second opinion is really the opinion as to what the
05:00  19   modeling was actually used for, and that was to test robustness
05:00  20   of different source control operations as well as to better
05:00  21   understand the impact of different source control actions or
05:00  22   the impact of changes in the conditions of the system.
05:00  23   Q.   I would like to unpack that a little bit.
05:00  24        MS. KARIS:  Let's use D23208.
       25

ADAM BALLARD - DIRECT

05:00  1    BY MS. KARIS:

05:00  2    Q.   When you say to test robustness of the operations and to

05:00  3    better understand the impact, have you prepared this slide to

05:01  4    assist you in explaining what that opinion is?

05:01  5    A.   Yes.

05:01  6    Q.   Tell us what this slide represents.

05:01  7    A.   So what this represents is basically the different types

05:01  8    of modeling or the purposes of the hydraulic modeling that was

05:01  9    done during that time frame.  It's grouped into two separate

05:01  10   methods or separate purposes.  One is what I have termed "what

05:01  11   if."  It was basically trying to answer a question of what if

05:01  12   we do this source control action, what's the potential from the

05:01  13   well.  As well there was some modeling done around what if,

05:01  14   what if there were changes in conditions, what would happen.

05:01  15           The second portion or the second purpose was really

05:01  16   around evaluating worst-case scenarios and, again, that was in

05:01  17   efforts to evaluate the robustness of the different operations.

05:01  18   Q.   Can you explain how hydraulic modeling allows an engineer

05:02  19   to assess a what-if scenario?

05:02  20   A.   So hydraulic modeling can be used to look at a what-if by

05:02  21   making certain assumptions in the model.  Typically they would

05:02  22   be biased toward the high end, and you would change the

05:02  23   conditions to what the question you were actually asking about

05:02  24   what if.  So if -- what if we took the BOP off the riser or off

05:02  25   the well, you could actually use the modeling to look, at least

OFFICIAL TRANSCRIPT

ADAM BALLARD - DIRECT

1    qualitatively, what would happen in terms of -- in terms of
2    what would happen.
3    Q.   You said that typically it would be biased towards the
4    high end.  What do you mean?
5    A.   What I mean is because you didn't know -- you couldn't
6    tell with hydraulic modeling what a likely flow rate is from
7    it, you could certainly with it use the upper end of all those
8    uncertain variables.  You could assume that you have a full
9    88 feet of net pay available to flow.  You could assume that no
10   restrictions were in this thing.  You could assume the upper
11   end of every variable that you don't understand and you would
12   run the model under one condition and then you would run it
13   under another condition to look at how the change potentially
14   affects -- or what actually happens.
15   Q.   Did much of the hydraulic modeling that you reviewed in
16   fact assume or -- strike that.
17           For the hydraulic modeling that you reviewed that was
18   performed in April and May, was it being run with this bias
19   towards the high end?
20   A.   I would say nearly all of it was, if not all of it.
21   Q.   Based on your experience as well as the work you have done
22   in this case, would that -- the fact it's run with a bias
23   towards a high end reflect what the actual conditions at the
24   well were?
25   A.   Well, no.  As I mentioned, hydraulic modeling couldn't

ADAM BALLARD - DIRECT

05:04  1  tell you what the actual was.  It couldn't even give you a
05:04  2  probabilistic understanding.  It could give you the high end.
05:04  3  It could answer the question, this is the most that could flow
05:04  4  from this well.  But there are restrictions in there or kinks
05:04  5  in my hose and I can't tell with hydraulic modeling whether
05:04  6  it's kinked all the way, I can't tell whether it's kinked
05:04  7  partially, or not kinked at all.
05:04  8  Q.   We will look at some of those models.
05:04  9        You also indicated here that some of the modeling was
05:04  10  for the purpose of evaluating worst case scenario for source
05:04  11  control operations.  Explain what that means.
05:04  12  A.   So what I mean by that is -- and this is really about --
05:04  13  around robustness of different operations -- is if I'm going to
05:04  14  design a piece of equipment for a source control operation, I
05:04  15  need to ensure that that equipment is going to be designed for
05:04  16  whatever it may expect or whatever it may see when I use it.
05:04  17        And so not knowing the rate from the well but knowing
05:05  18  what the most that can come from the well, there were quite a
05:05  19  few hydraulic modeling efforts to look at helping to design
05:05  20  systems and you would use the upper end because if you design
05:05  21  it for the upper end of the most that this well could be making
05:05  22  from a flow rate perspective, then whatever it does encounter
05:05  23  you can be sure that it is sufficiently designed.
05:05  24  Q.   Given the number of uncertainties you have identified for
05:05  25  us, consistent with your experience, would it be prudent, if

OFFICIAL TRANSCRIPT

ADAM BALLARD - DIRECT

05:05  1    you are going to run modeling for the purpose of source control

05:05  2    operations, to run that modeling looking on the high end?

05:05  3    A.   Yes.

05:05  4    Q.   Now, let's look at some of the specific examples I think

05:05  5    the Court has seen previously and talk about what that modeling

05:05  6    actually shows.

05:05  7              MS. KARIS:   If you can please pull up TREX-5063.1.2.

05:05  8    BY MS. KARIS:

05:05  9    Q.   Dr. Wilson referenced this modeling, and I would like to

05:06  10   discuss it with you.  First of all, who is Trevor Hill?

05:06  11   A.   Trevor Hill is the -- currently he's our segment

05:06  12   engineering technical authority for flow assurance.

05:06  13   Q.   On April 28, 2010 when he sends this communication with

05:06  14   these modeling results, were there a significant number of

05:06  15   unknown conditions at the Macondo well one week after the

05:06  16   incident had taken place?

05:06  17   A.   Yes.  This was very early on.  There was not much known at

05:06  18   all.

05:06  19   Q.   Was it known what the condition of the BOP was?

05:06  20   A.   Not from my understanding.

05:06  21   Q.   Was it known whether there were any downhole restrictions

05:06  22   that were going to affect flow?

05:06  23   A.   Not from my understanding.

05:06  24   Q.   Was it known what effect the kink in the riser was having

05:06  25   on flow?

OFFICIAL TRANSCRIPT

ADAM BALLARD - DIRECT

05:06  1   **A.**   No.
05:06  2   **Q.**   Mr. Hill says:  "We have modeled the whole system from
05:06  3   reservoir to sea in order to bound the answers on flow rate."
05:07  4        **MS. KARIS:**  If we can now look at 5063.4.5, please.
05:07  5   **BY MS. KARIS:**
05:07  6   **Q.**   Does Mr. Hill and Mr. Lockett, who was also involved in
05:07  7   this, their modeling, if you get into the substance of their
05:07  8   paper rather than the initial one-liner on the cover e-mail,
05:07  9   does it identify the fact that there were multiple unknowns at
05:07 10   the time they were generating this modeling?
05:07 11   **A.**   Yes.  In fact, it says that the only thing they really do
05:07 12   know is the pressure on the reservoir and the pressure of sea
05:07 13   as well as some fluid properties.  It's very similar to the
05:07 14   hose example of I know the pressure of the city water, I know
05:07 15   atmospheric pressure, and I know how to describe the water
05:07 16   going through it, but I don't understand anything else, is
05:07 17   basically what they say.
05:07 18   **Q.**   So they say:  "We are currently less certain of the
05:07 19   following aspects..."
05:07 20        Can you tell us what those aspects are that their
05:07 21   modeling recognizes they simply do not know when they're
05:07 22   running this?
05:08 23   **A.**   Yes.  So they list them out here.  The first one is around
05:08 24   inflow performance and the formation damage, which is really
05:08 25   the productivity of that well.  They don't understand the

OFFICIAL TRANSCRIPT

ADAM BALLARD - DIRECT

05:08   1    productivity.
05:08   2          Then the next three are around flow path.  They
05:08   3    didn't understand the flow path through the well itself,
05:08   4    through the BOP, or the -- and through the riser itself.
05:08   5    Q.   Are these some of the same uncertainties that you told us
05:08   6    prevent you from using hydraulic modeling to estimate reliably
05:08   7    a flow rate from the Macondo well at this time?
05:08   8    A.   Yes.
05:08   9    Q.   Now, in connection with Mr. Lockett and Mr. Hill's work,
05:08   10   Dr. Wilson testified that these are the type of uncertainties
05:08   11   that modeling is designed to deal with.  Do you agree with that
05:08   12   statement?
05:08   13   A.   Not at all.
05:08   14   Q.   Why not?
05:08   15   A.   Because, again, the models are designed maybe with one
05:09   16   unknown and if you knew everything else, you could determine
05:09   17   what that one unknown is.  And they were designed for modeling
05:09   18   actual systems that you knew or designing systems based on all
05:09   19   the other things that you do know.  But in this case we didn't
05:09   20   understand the system, so you didn't even understand how to
05:09   21   describe the system at which the oil and gas was flowing.  And
05:09   22   you didn't understand the inflow performance because that is a
05:09   23   high function of the net pay thickness that we were talking
05:09   24   about earlier.
05:09   25   Q.   Now, given the uncertainties that are identified here, do

ADAM BALLARD - DIRECT

05:09    1    you know what the purpose was then for doing this modeling
05:09    2    since there were all these uncertainties?
05:09    3    A.    Yes.
05:09    4    Q.    What was the purpose?
05:09    5    A.    After reviewing Mr. Hill's testimony, I said the purpose
05:09    6    of this was to understand -- kind of going back to the purpose
05:09    7    was what if.  They were asked what if the kink or the -- well,
05:10    8    what if the kink were to erode and it was not holding back
05:10    9    flow?  And so to answer that question, they did this modeling.
05:10   10    Q.    Was it known what, if any, restriction the kink may have
05:10   11    been presenting to the flow of the Macondo well?
05:10   12    A.    No.
05:10   13    Q.    Were they trying to understand what impact that may have
05:10   14    had on the overall system?
05:10   15    A.    Can you repeat the question?
05:10   16    Q.    Sorry.  Were Mr. Hill and Dr. Lockett attempting to
05:10   17    understand what might happen to the system if the kink erodes?
05:10   18    A.    Yes.
05:10   19    Q.    Given these uncertainties that you have just described and
05:10   20    the purpose for their modeling, how did Mr. Hill and
05:10   21    Dr. Lockett approach the modeling that they performed in order
05:10   22    to generate whatever figures we have?
05:10   23    A.    Again, reviewing Mr. Hill's testimony, he said because of
05:10   24    all the uncertainties, they had to use counterfactual
05:11   25    assumptions in their models to generate what he termed "extreme

ADAM BALLARD - DIRECT

05:11  1    conditions."
05:11  2            MS. KARIS:  If we can look at D-23922.
05:11  3    BY MS. KARIS:
05:11  4    Q.   Is this the testimony you relied on from Mr. Hill
05:11  5    discussing this precise modeling in which he was asked:
05:11  6            "QUESTION:  When you say it was focused on the
05:11  7        erosion work, what do you mean?
05:11  8            "ANSWER:  The potential that the restriction of the
05:11  9        kink would erode with time.
05:11  10           "QUESTION:  Did you understand the potential would
05:11  11       require you to have an understanding of what your best
05:11  12       estimate of flow rate was?
05:11  13           "ANSWER:  It required us to look at extreme values
05:11  14       across a range to see what could happen."
05:11  15   A.   Yes.
05:11  16   Q.   Can you tell the Court what were the extreme values that
05:11  17   Mr. Hill and Dr. Lockett's work used.
05:11  18   A.   Yes.  So even though they knew there were potential
05:11  19   restrictions throughout the system and didn't understand the
05:12  20   flow path, what they did here was assume that the kink was the
05:12  21   only thing restricting flow in the entire system.  They also
05:12  22   used different productivity indexes all the way up through what
05:12  23   is called an infinite productivity index, which is not
05:12  24   realistic, but it definitely looks at an extreme case.
05:12  25           MS. KARIS:  Now, if we can pull up 5063.4.6.

ADAM BALLARD - DIRECT

05:12   1   BY MS. KARIS:

05:12   2   Q.   Do Dr. Lockett and Mr. Hill state in their memo that was

05:12   3   attached to that cover e-mail precisely what you just told

05:12   4   us --

05:12   5   A.   Yes.

05:12   6   Q.   -- they are using these extreme conditions?

05:12   7        And then they go on to say:  "The last of these three

05:12   8   shows the maximum hydraulic capacity of the system from bottom

05:12   9   hole to sea and is a theoretical-only worst case."

05:12  10        Does that tell you anything about what a reliable

05:12  11   estimate of flow rate was as of the time this modeling was

05:13  12   being performed?

05:13  13   A.   No, not at all.

05:13  14        MS. KARIS:  If we can pull up 5063.4.3, please.

05:13  15   BY MS. KARIS:

05:13  16   Q.   You saw this on Monday as well.  It's attached to the same

05:13  17   memo:  "The data generated takes the form of the following

05:13  18   illustrative table."

05:13  19        There was a reference to orifice size and then flow

05:13  20   rate.  The orifice sizes range from .25 down to 5 inches and

05:13  21   then the corresponding flow rates using these theoretical

05:13  22   worst-case conditions generate from 2,523 down to 65,171.

05:13  23        First, can you tell the Court what this is showing?

05:13  24   A.   Well, as Mr. Hill and Dr. Lockett say in their report,

05:13  25   it's an illustrative table of the types of results they were

ADAM BALLARD - DIRECT

05:13   1   getting in that form.

05:13   2   Q.   There's a reference to orifice size.  An example was used

05:14   3   on Monday that the .25 inches would be the equivalent of saying

05:14   4   that the only flow coming out of the well is the size of a pen

05:14   5   cap.  Is that an accurate description of what orifice size and

05:14   6   hydraulic modeling represents?

05:14   7   A.   Not in the case that it was used here or during the

05:14   8   Macondo incident.

05:14   9   Q.   Tell us why.

05:14   10  A.   Orifice size is relating to an orifice plate, which is a

05:14   11  thin plate with a hole in the middle of it that you would

05:14   12  typically use in a topsides or at the surface to measure flow.

05:14   13  There's been a lot of data generated to put a correlation

05:14   14  together to be able to use that.  So we didn't have orifice

05:14   15  plates in the Macondo system.  We had restrictions that we

05:14   16  didn't understand.

05:14   17       So to -- in the models the only way to model a

05:14   18  restriction is to put in an orifice into the models.  And so

05:15   19  because it wasn't an orifice plate, because -- especially in

05:15   20  this model, they assumed all the restrictions were not

05:15   21  restricting and only the kink was.  Any orifice size you would

05:15   22  have to use in your model or that you would use in your model

05:15   23  is not related to reality.  So a .25, for instance, inch

05:15   24  diameter orifice in this model, especially with the extreme

05:15   25  conditions that were used, would not be even close to -- well,

OFFICIAL TRANSCRIPT

ADAM BALLARD - DIRECT

05:15   1   it cannot be related to what the actual size of restrictions

05:15   2   are in the Macondo well.  I believe I heard Dr. Wilson say

05:15   3   that, that it was an extraction and that's exactly what it is,

05:15   4   especially how it was used in these models.

05:16   5   Q.   Do these figures in any way -- these orifice sizes in any

05:16   6   way allow you to bound the real conditions that existed at

05:16   7   Macondo at this time?

05:16   8   A.   Again, not at all.  The model used to generate this used

05:16   9   an infinite productivity index and all they were doing -- you

05:16   10   can tell by how they discretized the orifice size.  They

05:16   11   basically just stepped it out to try to understand what the

05:16   12   curvature of that rate looked like over different restrictions.

05:16   13   Q.   If you recall in the cover e-mail to this work,

05:16   14   Dr. Lockett and Mr. Hill say:  "We have modeled the whole

05:16   15   system from reservoir to sea in order to bound the answers on

05:16   16   flow rate."

05:16   17        What's your understanding of what that bounding

05:16   18   refers to in light of what they say in the actual memo?

05:16   19   A.   So going back to the purpose of modeling, which was to

05:16   20   understand what would happen if the kink were to erode, they

05:16   21   used their modeling to understand what's the worst it could get

05:17   22   and that's really related to the orifice size of 5, which would

05:17   23   be no restriction at all at the kink.  So that would be -- at

05:17   24   least for the model that they created with an infinite

05:17   25   productivity index, it would be the equivalent of not having

ADAM BALLARD - DIRECT

05:17   1   any restriction in that system at all.

05:17   2   Q.   We also heard reference to some modeling done by Mr. Mason

05:17   3   and a suggestion that that work was used to help BP bound an

05:17   4   estimate of flow rate.

05:17   5           MS. KARIS:  Let's look at 9156.1.1.

05:17   6   BY MS. KARIS:

05:17   7   Q.   And to be clear, that was Dr. Wilson's review of

05:17   8   Mr. Mason's modeling.  Have you reviewed the modeling performed

05:17   9   by Mr. Mason on May 11?

05:17  10   A.   Yes.

05:17  11   Q.   Have you also reviewed Mr. Mason's testimony as to what

05:17  12   the purpose was for which he was actually doing the work?

05:17  13   A.   Yes.

05:18  14   Q.   Start with, was Mr. Mason doing this work in order to help

05:18  15   him understand or estimate what the flow rate was for Macondo

05:18  16   at this time?

05:18  17   A.   No.  His testimony and -- in his testimony he said the

05:18  18   purpose of this was to understand -- again, going back to the

05:18  19   categories, it was a what-if type of analysis and it was -- the

05:18  20   question was:  What if we took off the LMRP to expose the

05:18  21   flange so that they could maybe put a BOP or some other piece

05:18  22   of equipment on it, what would happen to the flow rate?

05:18  23           MS. KARIS:  If we can look at D-23923.

05:18  24   BY MS. KARIS:

05:18  25   Q.   Is this Mr. Mason's testimony when he is asked in his

ADAM BALLARD - DIRECT

05:18    1    deposition what the purpose was for his modeling?

05:18    2    **A.**    Yes.

05:18    3    **Q.**    Is this consistent with what you said, which is he is

05:18    4    looking at what would happen if we took off the LMRP?

05:18    5    **A.**    Yes.

05:18    6    **Q.**    Now, was the LMRP ever taken off at this time to your

05:19    7    knowledge?

05:19    8    **A.**    No, it wasn't.

05:19    9         **MS. KARIS:**  If we can now look at 9156.6.1, please.

05:19   10    **BY MS. KARIS:**

05:19   11    **Q.**    These are some of the tables that are attached to

05:19   12    Mr. Mason's May 11 work.

05:19   13         First, can you tell the Court, in light of what the

05:19   14    purpose was for Mr. Mason's modeling, what Mr. Mason modeled.

05:19   15    **A.**    So what they modeled here, because of the uncertainties

05:19   16    that they did, they basically did what's called a parametric

05:19   17    study, and that's a study in which you look at different values

05:19   18    of the uncertain things that you do have just to look it up,

05:19   19    what I would call a mapping of the system.

05:19   20         So to be specific in here, they chose what they call

05:19   21    a maximum reservoir exposed version or set of modeling runs and

05:20   22    they did a partial reservoir exposed conditions.  For those

05:20   23    conditions, of which one was 88 feet of reservoir exposed, you

05:20   24    can see in the scenario at the top left.  They looked at

05:20   25    several different values for skin and they looked at four

ADAM BALLARD - DIRECT

05:20  1    different flow paths to understand what the different -- and
05:20  2    then they calculated flow rate for those conditions.
05:20  3         They then did that same scenario -- or they did that
05:20  4    same set of simulations with 44 feet of reservoir exposed and a
05:20  5    smaller permeability to look at what the conditions were or the
05:20  6    calculated rates were there.
05:20  7         You can see the top tables were done at a pressure of
05:20  8    3800 psi.  That was the thought-to-be pressure underneath the
05:20  9    BOP at the time, which would simulate what it could look like
05:20  10   right now, 3800 psi.  And then to simulate the taking off of
05:21  11   the LMRP, that's the bottom set, which is where they are
05:21  12   running it at the seawater ambient pressure of 2270 psi.  So
05:21  13   they look at the change in rate for those different runs and
05:21  14   then they summarize it.  You can see at the bottom of the
05:21  15   slides in which they say for the maximum case, they see a
05:21  16   15 percent change in flow rate, increase in flow rate, when you
05:21  17   take the LMRP off or you change those pressures.
05:21  18        Likewise, they saw an average of 22 percent for the
05:21  19   partial reservoir exposed.
05:21  20   Q.   You called this a parametric study.  What is a parametric
05:21  21   study?
05:21  22   A.   Basically where you look at different sets of parameters
05:21  23   to create a mapping of the system; at least that's how I would
05:21  24   define it.
05:21  25   Q.   Is that commonly done with respect to hydraulic modeling

ADAM BALLARD - DIRECT

05:21  1   on a number of scenarios under a variety of conditions to

05:21  2   understand what the potential or what the possibilities are?

05:22  3   A.   Yes, quite often.

05:22  4   Q.   Is it your understanding that that's what Mr. Mason was

05:22  5   doing here in connection with looking at different skins,

05:22  6   different reservoirs, different permeabilities, different

05:22  7   wellhead pressures here?

05:22  8   A.   Yes.

05:22  9        MS. KARIS:   You can now pull up 9156.7.1, please.

05:22  10  BY MS. KARIS:

05:22  11  Q.   Is this some of the work that was generated -- what is

05:22  12  this, I'll ask you?

05:22  13  A.   So the one on the left is actually the first slide of the

05:22  14  deck, which summarizes their work, and it's titled Key

05:22  15  Messages.  They summarize it in the first bullet, which is that

05:22  16  when you take the wellhead pressure from 3800 pounds to 2270,

05:22  17  which is the effect of removing the LMRP, that you would see a

05:22  18  flow rate increase anywhere from 15 to 30 percent, which was

05:22  19  the range at which they saw that flow rate increase over their

05:23  20  parametric study.

05:23  21  Q.   Did Mr. Mason's key message reflect what he believed the

05:23  22  actual flow rate to be from the Macondo well or estimate or

05:23  23  bound that range?

05:23  24  A.   No.

05:23  25  Q.   Did Mr. Mason perform any work regarding the

OFFICIAL TRANSCRIPT

ADAM BALLARD - DIRECT

05:23   1   5,000-barrel-per-day figure at the time that he did this work

05:23   2   to understand the percentage change in wellhead pressure rates?

05:23   3   A.   He did.

05:23   4        MS. KARIS:   If we could now look at D-23209.

05:23   5   BY MS. KARIS:

05:23   6   Q.   I think we saw the slide -- first of all, is the slide on

05:24   7   the left from Mr. Mason's package, the parametric study

05:24   8   package?

05:24   9   A.   Yes.

05:24   10  Q.   The testimony on the right, is that Mr. Mason explaining

05:24   11  what he was actually doing in connection with this case for

05:24   12  5000 and 3800 psi analysis?

05:24   13  A.   Yes.  He basically says that what he was doing here was a

05:24   14  reasonableness check on the value that NOAA had come up with of

05:24   15  5,000 barrels a day.  He was looking to see if he could match

05:24   16  that using the unknown or uncertain input parameters and then

05:24   17  determine whether those were reasonable inputs based on what

05:24   18  they knew of the system.

05:24   19  Q.   Dr. Wilson testified that this is basically -- he obtained

05:24   20  this number by targeting or adjusting resistances to get this

05:24   21  rate.

05:24   22        Is that consistent with Mr. Mason's testimony where

05:25   23  he said he is doing a reasonableness check?

05:25   24  A.   Can you repeat that question.  I'm sorry.

05:25   25  Q.   I'm sorry.  That was a terrible question.

OFFICIAL TRANSCRIPT

ADAM BALLARD - DIRECT

1        Dr. Wilson testified, in connection with this:  "So
2   it was a target simulation.  Most of the 5,000 simulations here
3   are targeted to be 5,000 by adjusting the resistance in the
4   system."
5        Do you agree with that statement?
6   **A.**   For the most part, yeah.  I mean, that's exactly what he
7   was doing here.  Since hydraulic modeling could not inform you
8   of what the actual rate or even a lower bound of what the rate
9   was, what he is doing here is taking, through another
10  observation, what they believe the rate to be and seeing if
11  that fits within what you would expect using hydraulic
12  modeling.  Which he ends his testimony here, or at least on
13  here, saying it looked reasonable to him.
14  **Q.**   There's been a lot of testimony previously about the
15  5,000-barrel estimate.  Does Mr. Mason's work show here that he
16  was able, doing this reasonableness check, to generate
17  permeability reservoir thickness and skins that were consistent
18  with the 5,000 figure that was the then-stated Unified Command
19  figure?
20  **A.**   Yes.
21  **Q.**   Now, Dr. Lockett's work, Mr. Mason's work, and a number of
22  the other hydraulic models that you reviewed, were all those
23  studies being done in order to try to understand what would
24  happen if certain conditions existed?
25  **A.**   Well, Dr. Lockett and Mr. Hill and Mr. Mason's were, yes.

ADAM BALLARD - DIRECT

05:26  1   **Q.**   Now, you also testified that some modeling was done for
05:26  2   the purpose of understanding worst-case scenario?
05:26  3   **A.**   Yes.
05:26  4          **MS. KARIS:**   If we can now pull up D-23885, please.
05:27  5   **BY MS. KARIS:**
05:27  6   **Q.**   Are you familiar with the hydraulic modeling that Dr. Rygg
05:27  7   did that, again, we heard about earlier this week?
05:27  8   **A.**   Yes, I'm familiar with that modeling.
05:27  9   **Q.**   Dr. Rygg's work generated flow rate numbers in the range
05:27  10  of 43,000, 63,000, 87,000 barrels.
05:27  11         First of all, tell us for what purpose Dr. Rygg was
05:27  12  doing his modeling.
05:27  13  **A.**   So the purpose of this modeling here was to help design
05:27  14  the relief well, in which he was looking at -- well, basically
05:27  15  helping to design what would happen "if," when they intersected
05:27  16  it, and designing the equipment to be able to handle that as
05:27  17  well as the relief well operation.
05:27  18         So in this set of simulations -- and he says it here
05:27  19  in the highlighted portion.  He ran these for worst-case
05:28  20  Dynamic Kill requirements, which would be the upper end of all
05:28  21  those values that were uncertain.  And the three values here
05:28  22  are of the three different, in general, flow paths that were
05:28  23  available:  up the casing, up the annulus, and then one for up
05:28  24  both.
05:28  25         **MS. KARIS:**   If we can now look at 9266.2.1.

ADAM BALLARD - DIRECT

05:28    1    BY MS. KARIS:
05:28    2    Q.    Are these the figures that Dr. Rygg's modeling generated
05:28    3    when he was looking at worst-case scenario in connection with
05:28    4    designing the relief well?
05:28    5    A.    Yes.  This table has got three of those values on there.
05:28    6    So this table shows basically his models at ambient seawater
05:28    7    conditions, which is where he ran the ones for the relief well.
05:28    8           As well, as he ran cases with the thought-to-be-known
05:28    9    pressure under the BOP of 3800 pounds at that time.  So you can
05:29   10    see the numbers are slightly smaller.  But it's the same model
05:29   11    that he ran in which he says that he had no restrictions and
05:29   12    used the upper bound of everything with worst case down in the
05:29   13    well itself.
05:29   14    Q.    Now, this modeling is dated May 9.  Did there remain a
05:29   15    number of uncertainties about the conditions of the well,
05:29   16    including all of those that you told the Court about at the
05:29   17    beginning of your testimony?
05:29   18    A.    Yes, there were several uncertainties.
05:29   19    Q.    Did Dr. Rygg's modeling, in your opinion, in any way
05:29   20    inform BP as to what the flow rate was coming from the Macondo
05:29   21    well as of May 9?
05:29   22    A.    Well, as mentioned before, especially the ones where he is
05:29   23    using the 3800 pounds in this table here, that would be the
05:29   24    most for any given flow path that could be coming up the well
05:29   25    at that time based on his model, but it doesn't inform what a

ADAM BALLARD - DIRECT

05:29  1    "most likely" would be.

05:29  2    **Q.**   Are all of these numbers that are generated during this

05:30  3    time period less than the 162,000-barrel worst-case discharge

05:30  4    number that BP had provided in its MMS application?

05:30  5    **A.**   Yes.

05:30  6    **Q.**   So did this provide any new information in terms of

05:30  7    worst-case discharge from the Macondo well?

05:30  8    **A.**   No.

05:30  9    **Q.**   Dr. Ballard, in the interest of time and given the number

05:30  10   of models that were run, I'm going to wrap up by asking you

05:30  11   whether the hydraulic modeling that was performed in April and

05:30  12   May 2010 was performed for the same purposes that you have

05:30  13   already described to the Court.

05:30  14   **A.**   Yes.  In my review of all the modeling that was done

05:31  15   during the April-May time frame, they all fit within one of

05:31  16   those two buckets as to the purposes of that modeling that I

05:31  17   have reviewed.

05:31  18   **Q.**   Based on your experience, what would have been the

05:31  19   purpose -- strike that.

05:31  20         Based on your involvement as well as your background

05:31  21   and experience, was that a prudent practice, to run modeling to

05:31  22   try and understand the conditions at the Macondo well?

05:31  23   **A.**   It was prudent practice to use hydraulic modeling.  It

05:31  24   could certainly inform you as to -- tell you what would happen

05:31  25   "if," as I mentioned.  As well, it could help you design

ADAM BALLARD - DIRECT

05:31   1   different source control operations.
05:31   2   **Q.**   Sir, if we can go back to your last opinion quickly, and
05:31   3   we will wrap up.  D-23214.
05:32   4           Your last opinion -- first tell the Court, what is
05:32   5   your final opinion in this case?
05:32   6   **A.**   So based on the first two, that there was too much
05:32   7   uncertainty and the tools weren't capable of reliably
05:32   8   estimating the discharge rate or flow rate from the well or
05:32   9   even a range, as well as looking at the purposes of that
05:32   10  modeling itself, in my opinion, the hydraulic modeling didn't
05:32   11  inform BP that the daily rate from the well, the actual rate
05:32   12  was above 15,000 barrels of oil per day at the time of the
05:32   13  Top Kill.
05:32   14  **Q.**   Did it inform BP as to what a reasonably reliable estimate
05:32   15  was, even within a range, of what conditions actually existed
05:32   16  at Macondo?
05:32   17  **A.**   From a hydraulic-modeling-only perspective, it said it
05:32   18  could be zero up to that worst-case scenario.
05:32   19  **Q.**   Now, Dr. Wilson, using this board here that's to your
05:33   20  right, testified that since a majority of BP's hydraulic
05:33   21  modeling runs in April and May resulted in flow rate numbers
05:33   22  that were higher than 15,000, that should have informed BP that
05:33   23  the flow rate was higher than 15,000 barrels per day.
05:33   24          Do you agree with that?
05:33   25  **A.**   Not at all.

ADAM BALLARD - DIRECT

05:33    1    **Q.**    Explain to the Court why.

05:33    2    **A.**    As I mentioned, the purpose of the modeling was to do

05:33    3    robustness checks or to do worst-case scenarios to design

05:33    4    systems.  As well, it was to look at "what if," what could

05:33    5    happen.  And so I would expect that most of the runs or the

05:33    6    modeling was done on the high end or the upper end of what the

05:33    7    rate could be.  In fact, if you look at a few of these runs

05:33    8    here, they are actually the examples I gave earlier.

05:33    9            So Dr. Rygg's work, in which he was looking at worst

05:33   10    case -- in which he said in his report he was looking at worst

05:34   11    case for the relief well modeling or the relief well design --

05:34   12    and that's this line here, from 37,000 up to 87,000, I believe.

05:34   13            In fact, some of those cases there are using

05:34   14    counterfactual inputs.  If we saw that table, we knew that the

05:34   15    pressure was 3800 pounds, but he ran three of those simulations

05:34   16    at 2200, or seawater ambient.  So I would certainly not expect

05:34   17    those to be informing us of what the actual rate is.

05:34   18            Mr. Mason's work, which is this line here, I believe

05:34   19    we talked about that work.  And the work was to try to

05:34   20    understand what the change in flow rate would be if we removed

05:34   21    the LMRP.  So many of those runs were run at seafloor ambient

05:34   22    conditions simulating taking off the LMRP.  So I certainly

05:34   23    wouldn't expect those to inform us of anything in regards to

05:34   24    what the actual rate is.  We knew the pressure.  The LMRP was

05:35   25    on the stack.

ADAM BALLARD - DIRECT

05:35    1            As well, the purpose of those runs, as Mr. Mason
05:35    2    said, was to be able to land something on that flange; and in
05:35    3    order to land something on that flange, the biggest variable
05:35    4    you would be worried about is how big is that plume coming out,
05:35    5    because that would affect whether I would be able to drop a
05:35    6    piece of equipment on that.
05:35    7            So you would of course do that on the high end.
05:35    8    Because if it's a low rate, I don't care as much in regards --
05:35    9    it's not going to affect my operation as much.  I'm going to
05:35   10    design it for that high end.
05:35   11            The last set of work, I believe, is represented right
05:35   12    here by Dr. Lockett and Mr. Hill.  And that work, again, as I
05:35   13    mentioned, it was trying to simulate what would happen if the
05:35   14    kink had eroded and so, in other words, there were no
05:35   15    restrictions on the system.  In that model that we -- that's
05:35   16    listed here, or the numbers that are listed here, that's
05:36   17    actually using that infinite productivity index, which we knew
05:36   18    was theoretical maximum and couldn't actually exist.
05:36   19            So when I see this graph, that's what I would expect
05:36   20    based on the purpose of the modeling.  I don't look at that and
05:36   21    say, well, the likely is.  It would be unreasonable, I believe,
05:36   22    to assume that, based on the purpose of the modeling, on all
05:36   23    the modeling that was done during this time frame.
05:36   24            **MS. KARIS:**  I have no further questions.  Thank you.
        25

OFFICIAL TRANSCRIPT

1        **CROSS-EXAMINATION**

2    **BY MR. BRIAN:**

3    **Q.**   Brad Brian on behalf of Transocean and the aligned

4    parties.

5             Mr. Ballard, in April and May of 2010, BP set up at

6    least four teams to do hydraulic modeling, did it not?

7    **A.**   From what I have seen, yes.

8    **Q.**   And filled those four teams with a number of engineers who

9    were experienced doing hydraulic modeling; isn't that true?

10   **A.**   Yes.

11   **Q.**   You know some of those people, don't you, sir?

12   **A.**   Yes, I do.

13   **Q.**   Do you think highly of their competence or not?

14   **A.**   For the most part, yeah, I think everyone I saw who was

15   running models was certainly competent of running those models.

16   **Q.**   You believe that -- not only are they competent, you think

17   they are men and women of integrity, do you not?

18   **A.**   I believe so.

19   **Q.**   So if they write something down in one of their e-mails or

20   memos, you have no reason to believe they are not telling the

21   truth; isn't that right?

22   **A.**   Well, I would have to see what it is and look at the

23   context, but in general I would say I would believe that.

24   **Q.**   In fact, during the period of April and May, BP used

25   various computer software, like PIPESIM and PROSPER and OLGA,

ADAM BALLARD - CROSS

05:38  1   to run hydraulic models to calculate flow rates, right?
05:38  2   A.   Well, they used hydraulic models, as I mentioned, to do
05:38  3   what-if type of scenarios as well as to look at robustness of
05:38  4   different operations.
05:38  5   Q.   In doing that, on occasion -- in fact, more than on
05:38  6   occasion, they generated a number which was a flow rate,
05:39  7   correct?
05:39  8   A.   Yes.
05:39  9   Q.   We can quarrel about what it means, but it was a flow
05:39  10  rate?
05:39  11  A.   Yes, they calculated flow rates in some of that work.
05:39  12  Q.   You were a member of one of those groups, weren't you,
05:39  13  sir?
05:39  14  A.   Yes.
05:39  15  Q.   Now, it's your testimony, is it not, that hydraulic
05:39  16  modeling could not be used to provide an accurate or reliable
05:39  17  gauge of what the rate of flow actually was from the Macondo
05:39  18  well in April and May, correct?
05:39  19  A.   Yes.
05:39  20  Q.   So you agree that if someone from BP -- or anyone,
05:39  21  actually -- represented on May 28 that the best estimate of
05:39  22  flow rate was 2,500 barrels or 5,000 barrels, they couldn't
05:39  23  justify that with hydraulic modeling, correct?
05:39  24  A.   From hydraulic modeling, I don't believe so.
05:39  25  Q.   Nor could they justify with hydraulic modeling a

OFFICIAL TRANSCRIPT

ADAM BALLARD - CROSS

05:39     1    representation on May 10 of a most likely model of
05:39     2    5,000 barrels per day, could they, sir?
05:40     3    A.   From a hydraulic modeling, as I said, I don't think you
05:40     4    could come up with a likely estimate of what the flow rate was.
05:40     5    Q.   You're not an expert on sheen modeling or plume analysis,
05:40     6    are you, sir?
05:40     7    A.   No, I'm not.
05:40     8    Q.   You don't purport to be testifying as an expert in those
05:40     9    areas, do you, sir?
05:40    10    A.   No, I don't.
05:40    11    Q.   Now, you were -- in addition to being selected by BP as an
05:40    12    expert, you also were selected to testify as the company's
05:40    13    Rule 30(b)(6) witness on hydraulic modeling, were you not?
05:40    14    A.   Yes, I was.
05:40    15    Q.   So you had your deposition taken a few times, didn't you,
05:40    16    sir?
05:40    17    A.   Yes, I have.
05:40    18    Q.   Okay.  It's your opinion and you stated at your deposition
05:40    19    that you are not aware of any modeling estimate that was done
05:40    20    to estimate the flow rate during this period of April and
05:40    21    May 2010.
05:40    22            That's your testimony and that's your opinion, is it
05:40    23    not?
05:40    24    A.   That's right.
05:40    25    Q.   You still stand by that testimony, don't you, sir?

ADAM BALLARD - CROSS

05:41   1   A.   Yes, sir.

05:41   2            MR. BRIAN:   Let's pull up TREX-9155.1.1.TO.

05:41   3   BY MR. BRIAN:

05:41   4   Q.   Now, this is an e-mail from Doug Suttles to

05:41   5   Admiral Landry, dated May 10, 2010, is it not, sir?

05:41   6   A.   Yes.

05:41   7   Q.   You have seen this before, haven't you, sir?

05:41   8   A.   I believe I have.

05:41   9   Q.   You know who Mr. Suttles is, don't you, sir?

05:41   10  A.   I do.

05:41   11  Q.   He was one of the heads of the BP Response Team during

05:41   12  this critical period, was he not?

05:41   13  A.   He was the head of something.  I don't know his specific

05:41   14  role.

05:41   15  Q.   A senior guy?

05:41   16  A.   Yes.

05:41   17  Q.   This is an e-mail from Doug Suttles to Admiral Landry.

05:41   18  And you know that she was one of the senior admirals involved

05:41   19  in the response effort, correct?

05:41   20  A.   Yes.

05:41   21  Q.   You see where Mr. Suttles wrote "Attached is a short note

05:42   22  covering our view of the worst-case scenario"?  Do you see

05:42   23  that?

05:42   24  A.   Yes.

05:42   25            MR. BRIAN:   Now, let's put up TREX-9155.4.1.TO.

956

ADAM BALLARD - CROSS

05:42  1    BY MR. BRIAN:
05:42  2    Q.   Now, I will represent to you, sir, that this model was
05:42  3    attached to Mr. Suttles' May 10 e-mail to Admiral Landry.  You
05:42  4    have in fact seen this model, have you not, sir?
05:42  5    A.   I have.
05:42  6    Q.   This shows two flow rates, one starting at approximately
05:42  7    55,000 barrels and a constant one at 5,000 barrels per day,
05:42  8    does it not?
05:42  9    A.   Yes.
05:42  10   Q.   It shows at the top a worst-case model, which is depicting
05:42  11   the 55,000 barrels per day, right?
05:42  12   A.   Yes.
05:42  13   Q.   It states in the lower right-hand corner "most likely
05:42  14   model," which depicts the 5,000 barrels per day; isn't that
05:42  15   right?
05:42  16   A.   Yes, that's what it appears to have.
05:42  17   Q.   Now, isn't it the fact that both the worst-case model and
05:43  18   the most likely model on this chart came from hydraulic
05:43  19   modeling performed by BP engineers?
05:43  20   A.   So what this chart is showing is the depletion, which is a
05:43  21   hydraulic model, and so the change in those curves over time is
05:43  22   absolutely from hydraulic modeling.
05:43  23   Q.   So the answer to my question is yes, isn't it?
05:43  24   A.   Well, the way the depletion works, it was using -- from my
05:43  25   recollection, this is using the MBAL model.  And from my

OFFICIAL TRANSCRIPT

957

ADAM BALLARD - CROSS

05:43  1   understanding of the MBAL model, you assume a rate and then you
05:43  2   look at how it changes over time, because it's a mass balance
05:43  3   model.
05:43  4   **Q.**   I'm going to ask you about that.  You're testifying that
05:43  5   the engineers were told to assume a rate of 5,000 barrels per
05:43  6   day and essentially see what the other factors would be to get
05:43  7   to a rate of 5,000 barrels per day, correct?
05:44  8   **A.**   In this specific scenario?
05:44  9   **Q.**   When you just said an assumed rate, that's what you are
05:44  10  talking about, right?
05:44  11  **A.**   Yes.  From my understanding, in reviewing the documents in
05:44  12  preparation for this, I think it was Captain Little had asked
05:44  13  Mr. Suttles to look at what would happen to depletion of a
05:44  14  5,000-barrel-a-day rate.  So they would assume that rate and
05:44  15  then look at how it changes over time and how long it could
05:44  16  potentially flow based on the reservoir.
05:44  17  **Q.**   One of your first assignments, when you came on board in
05:44  18  the Macondo response effort, was to do hydraulic modeling with
05:44  19  an assumed rate of 1,000 barrels a day, right?
05:44  20  **A.**   I believe so, yes.
05:44  21  **Q.**   Let me go back to my question and see if I can get an
05:44  22  answer.  Very simply, both of these lines on this chart, 55,000
05:44  23  and 5,000, came from hydraulic modeling, correct?
05:44  24        **MS. KARIS:**  Your Honor, I think that's been asked and
05:44  25  answered three times now.

OFFICIAL TRANSCRIPT

958

ADAM BALLARD - CROSS

05:45   1          **MR. BRIAN:**  I don't think so, Your Honor.

05:45   2          **THE COURT:**  Overruled.

05:45   3   **BY MR. BRIAN:**

05:45   4   **Q.**   Isn't that right?

05:45   5   **A.**   So the change in curvature of those lines came from

05:45   6   hydraulic modeling.

05:45   7   **Q.**   Thank you.

05:45   8          So now I want to put up TREX-150110.1.1.TO.

05:45   9          Do you know who Jasper Peijs is?

05:45   10  **A.**   I don't know him personally, but I believe he was

05:45   11  assisting Andy Inglis.

05:45   12  **Q.**   He was the executive assistant to Andy Inglis, the CEO of

05:45   13  BP Production & Exploration, was he not?

05:45   14  **A.**   I believe so.

05:45   15  **Q.**   He sent an e-mail on May 10, the same day as the other one

05:45   16  we just saw, to Doug Suttles, didn't he?

05:45   17  **A.**   This is an e-mail on May 10, yes.

05:45   18  **Q.**   You see where he wrote in the e-mail:  "We have run two

05:45   19  reservoir models based on mass balance"?  Do you see that?

05:45   20  **A.**   Yes.

05:45   21  **Q.**   Mass balance refers to something called the M-B-A-L, which

05:46   22  is a software program to perform hydraulic modeling.  Isn't

05:46   23  that right, sir?

05:46   24  **A.**   It's a mass balance model looking at depletion in a

05:46   25  reservoir.

ADAM BALLARD - CROSS

05:46  1          **MR. BRIAN:**  Let's pull up Mr. Ballard's expert

05:46  2  deposition at page 237, lines 5 through 17.

05:46  3              Not what I was looking for.  We'll move on.

05:46  4              Let's go back to the one we had up before,

05:46  5  TREX-150110.1.1.TO.

05:46  6  **BY MR. BRIAN:**

05:46  7  **Q.**   Mr. Peijs also wrote in this e-mail to Mr. Suttles on

05:46  8  May 10 that Model 1 showed a worst-case model -- "worst-case

05:47  9  model: unconstrained flow, zero skin, no BOP, initial flow rate

05:47  10  of 55,000 barrels of oil per day."

05:47  11              He wrote that, did he not?

05:47  12  **A.**   Yes.

05:47  13  **Q.**   He wrote that model 2 was "our most likely case with

05:47  14  initial flow rate of 5,000 barrels of oil per day."

05:47  15              He wrote that as well, didn't he, sir?

05:47  16  **A.**   Yes.

05:47  17  **Q.**   Those numbers, the 55,000 and the 5,000, referred to by

05:47  18  Mr. Peijs, Mr. Inglis' executive assistant, on May 10, are the

05:47  19  same numbers that Mr. Suttles put in the chart that went to

05:47  20  Admiral Landry that same day, correct?

05:47  21  **A.**   It appears to be, yes.

05:47  22              **MR. BRIAN:**  Let's put up now TREX-11907.1.1.TO.

05:47  23  **BY MR. BRIAN:**

05:47  24  **Q.**   This is another e-mail, that Mr. Peijs sent to Suttles a

05:47  25  few minutes later that day, isn't it, sir?

ADAM BALLARD - CROSS

05:48  1    A.    Yes.

05:48  2    Q.    You see the subject line?  What does it say?

05:48  3    A.    It says "Updated model slide."

05:48  4          MR. BRIAN:  Let's put up TREX-11907.3.1.TO.

05:48  5    BY MR. BRIAN:

05:48  6    Q.    That's the chart that was attached to Mr. Peijs' e-mail to

05:48  7    Mr. Suttles.  That's the same chart Mr. Suttles then attached

05:48  8    to his e-mail to Admiral Landry that same day, is it not?

05:48  9    A.    It appears to be.  It looks like some of the text is

05:48  10   different, but it appears to be.

05:48  11   Q.    Let's go back now to TREX-9155.4.1.TO.

05:48  12         Do you see where both boxes, where it says

05:48  13   "worst-case model" and "most likely model," have the phrase

05:48  14   "actual reservoir conditions"?  Do you see that?

05:48  15   A.    Yes.

05:48  16   Q.    Are you aware, sir, that the chart Mr. Suttles sent to

05:49  17   Admiral Landry was an edited version of a slightly different

05:49  18   chart that was sent to Jasper Peijs by a modeler named Kelly --

05:49  19   McAughan is how you pronounce it?  Are you aware of that?

05:49  20   A.    Yes.  I have reviewed Ms. McAughan's work.

05:49  21   Q.    You know her, do you not?

05:49  22   A.    I may have met her in the past.

05:49  23   Q.    You understand that she was one of the BP engineers who

05:49  24   was doing some of the hydraulic modeling, correct?

05:49  25   A.    Yes.  She was doing MBAL type of modeling, from my

**ADAM BALLARD - CROSS**

| | |
|---|---|
| 05:49 | 1 |
| 05:49 | 2 |
| 05:49 | 3 |
| 05:49 | 4 |
| 05:49 | 5 |
| 05:49 | 6 |
| 05:49 | 7 |
| 05:49 | 8 |
| 05:49 | 9 |
| 05:49 | 10 |
| 05:49 | 11 |
| 05:50 | 12 |
| 05:50 | 13 |
| 05:50 | 14 |
| 05:50 | 15 |
| 05:50 | 16 |
| 05:50 | 17 |
| 05:50 | 18 |
| 05:50 | 19 |
| 05:50 | 20 |
| 05:50 | 21 |
| 05:50 | 22 |
| 05:50 | 23 |
| 05:50 | 24 |
| 05:50 | 25 |

1   understanding.

2          MR. BRIAN:  Let's put up TREX-9330.1.1.TO.

3   BY MR. BRIAN:

4   Q.   This is an e-mail from -- is it McAughan?  How do you

5   pronounce that?

6   A.   I believe it's McAughan.

7   Q.   This is an e-mail from Ms. McAughan, dated May 6, to

8   Jasper Peijs and some other people, correct?

9   A.   Yes.

10   Q.   She wrote to Jasper:  "Ran the new cases and put them in a

11   graph with the other six (total of eight cases now).  I

12   attached the Excel file as well so you can edit freely."

13          That's what she wrote to Jasper, didn't she, sir?

14   A.   Yes.

15          MR. BRIAN:  Let's look at TREX-9330.3.1.TO.

16   BY MR. BRIAN:

17   Q.   This is the chart that she attached to her e-mail to

18   Jasper Peijs, which she said he could edit freely, isn't it,

19   sir?

20   A.   Yes.

21   Q.   This has the eight different cases that she mentioned in

22   her cover e-mail, doesn't it?

23   A.   It appears to have eight cases on it, yes.

24   Q.   The lowest one is the 5,000 barrels of oil per day,

25   correct?

ADAM BALLARD - CROSS

05:50  1   A.   It appears that's around 5,000, yes.

05:50  2   Q.   The highest one starts at about 162,000, which you

05:50  3   understood was the pre-spill worst-case calculation, correct?

05:50  4   A.   Yeah.   That would be open hole conditions.

05:50  5   Q.   So if you discard that one for a second, the highest

05:50  6   number on the chart that Ms. McAughan sent was approximately

05:51  7   110,000 barrels per day, correct?

05:51  8   A.   It starts at 110.

05:51  9   Q.   Then goes down from there, correct?

05:51  10  A.   Yes, using the MBAL model.

05:51  11  Q.   This chart doesn't say anything about a worst-case or a

05:51  12  most likely model, does it, sir?  Those words don't appear

05:51  13  there, do they?

05:51  14  A.   No.   Some of the input assumptions are the upper end of

05:51  15  those uncertain variables that I was talking about, though.

05:51  16       MR. BRIAN:   Let's put up Demonstrative 25021.

05:51  17  BY MR. BRIAN:

05:51  18  Q.   Now, the chart on the right is the chart that I will

05:51  19  represent to you is the chart that Ms. McAughan sent on May 6,

05:51  20  and the one on the left is the one that Jasper Peijs sent back

05:51  21  on May 10.

05:52  22       Do you have any information, as the Rule 30(b)(6)

05:52  23  witness or BP's expert on hydraulic modeling, how the chart on

05:52  24  the right morphed into the chart on the left?

05:52  25  A.   Yeah.   Yeah.   As I mentioned, I reviewed a communication

ADAM BALLARD - CROSS

05:52   1   between Captain Little and Rear Admiral Landry and some other
05:52   2   U.S. government folks, in which he was telling her that he had
05:52   3   requested BP to do a -- to look at the reservoir depletion or
05:52   4   the rate and cumulative oil for the 5,000-barrel-a-day case.
05:52   5   And then he also -- I believe, from my recollection,
05:52   6   Admiral Landry had responded back, saying, "We have also asked
05:52   7   him to do the worst-case scenario and compare it to theirs,"
05:52   8   which was around 50.
05:52   9   Q.   You understand that Jasper Peijs took Kelly McAughan's
05:52  10   chart and changed it and then produced what is now
05:53  11   TREX-11907.3.1, right?
05:53  12   A.   I can infer that.
05:53  13   Q.   Have you looked at the electronic metadata?
05:53  14   A.   To see whether Jasper Peijs had edited it?
05:53  15   Q.   Yes.
05:53  16   A.   No.
05:53  17        MR. BRIAN:  Let's do that.  Let's put up
05:53  18   TREX-11906.7.1.TO.
05:53  19   BY MR. BRIAN:
05:53  20   Q.   This is a copy of the spreadsheet that Ms. McAughan sent
05:53  21   to Mr. Peijs, is it not?
05:53  22   A.   It seems to be an Excel spreadsheet.
05:53  23        MR. BRIAN:  Let's put up TREX-11906.6.1.TO.
05:53  24   BY MR. BRIAN:
05:53  25   Q.   This Excel tab is labeled -- actually, there's a typo.  Do

ADAM BALLARD - CROSS

05:53  1    you see in the lower left it says "Jasper WC"?  You would agree
05:53  2    with me that that was a typographical error?  It should have
05:53  3    been "Jasper"?
05:53  4    A.    Yes.
05:53  5    Q.    That means that Jasper Peijs has copied the chart over and
05:53  6    started making edits, doesn't it?
05:53  7    A.    I can infer that from -- based on that, I could agree with
05:53  8    that.
05:54  9    Q.    By the way, you say you interviewed some people.  Did you
05:54  10   ever interview Jasper Peijs?
05:54  11   A.    No, I didn't.
05:54  12   Q.    Did you ever interview Andy Inglis?
05:54  13   A.    No, I didn't.
05:54  14   Q.    Let's pull up TREX-11906.5.TO.  You see where this one is
05:54  15   labeled "Jasper WC (simple)" in the lower left-hand corner?
05:54  16   A.    Yes.
05:54  17   Q.    It's a lot more simple; it has just two lines on it,
05:54  18   doesn't it?
05:54  19   A.    It has two lines on it, yes.
05:54  20   Q.    Let's go to TREX-11906.4.1.TO.  Now, this is a PowerPoint,
05:54  21   not an Excel spreadsheet, right?
05:54  22   A.    Yes.
05:54  23   Q.    It looks like the chart we saw has been converted into a
05:54  24   PowerPoint slide entitled "Macondo Reservoir Model"; isn't that
05:54  25   true?

**ADAM BALLARD - CROSS**

05:54  1    **A.**    Yes.

05:54  2    **Q.**    You have these boxes that appear in the upper right-hand

05:54  3    and the lower right-hand corners, right?

05:55  4    **A.**    Yes.

05:55  5    **Q.**    Now, you were designated as BP's corporate representative

05:55  6    to testify about, quote, "the manner and/or methodology that BP

05:55  7    used to predict, estimate, characterize, and/or measure the

05:55  8    daily amount of hydrocarbons flowing from the Macondo well from

05:55  9    April 20, 2010, through July 15, 2010."

05:55  10           Right?

05:55  11   **A.**    Yes.

05:55  12   **Q.**    You reviewed -- as part of that work, you reviewed

05:55  13   TREX-9155, which is Mr. Suttle's e-mail to Admiral Landry and

05:55  14   the attachments, didn't you?

05:55  15   **A.**    I'm not sure.  I can't recall if I reviewed that one

05:55  16   before or after.

05:55  17   **Q.**    When it came time for you to testify as an expert, you

05:55  18   didn't identify TREX-9155 as one of the documents you

05:56  19   considered in forming your opinions, did you, sir?

05:56  20   **A.**    I don't believe so, but I can't be sure.

05:56  21   **Q.**    Now, when you testified as an expert, did you personally

05:56  22   select the documents you reviewed or did someone else select

05:56  23   the documents for you to review?

05:56  24   **A.**    In regards to my preparation for an expert?

05:56  25   **Q.**    Yeah.

ADAM BALLARD - CROSS

05:56    1    A.   Well, based on what I had reviewed in the 30(b)(6), I
05:56    2    asked for the documents to review.  I knew what the totality
05:56    3    looked like, so I knew what I wanted to review for that -- to
05:56    4    look at, from an expert opinion, the hydraulic modeling work
05:56    5    that was done.
05:56    6    Q.   Now -- and I take it you never interviewed Doug Suttles,
05:56    7    did you, sir?
05:56    8    A.   No, I didn't.
05:56    9    Q.   One of the things you did say in your report --
05:56   10         MR. BRIAN:  Let's pull up TREX-11905R.21.1.TO.
05:56   11    BY MR. BRIAN:
05:57   12    Q.   You said that one of the things that was done during this
05:57   13    time period in connection with the hydraulic modeling were
05:57   14    these -- what you called "assumed studies," right?
05:57   15    A.   Yes.
05:57   16    Q.   Very simply stated, if you were to determine a flow rate,
05:57   17    you would input various factors on pressure and size and
05:57   18    orifices and that kind of stuff to determine a flow rate.  But
05:57   19    if you do an assumed study, it's kind of the opposite:  You are
05:57   20    told to assume a flow rate and figure out what are the various
05:57   21    factors that would lead to that flow rate, right?
05:57   22    A.   Well, the intent of the assumed studies that I had here
05:57   23    was for things in which you would use different type of
05:57   24    modeling, such as finite element analysis.  You would assume a
05:57   25    flow rate and look at, for instance, what the plume looked like

ADAM BALLARD - CROSS

05:57  1  in order to model the BOP being landed on it or something of
05:57  2  that sort.  You aren't calculating a rate with the finite
05:58  3  element analysis; you would be assuming what rate you would
05:58  4  use.
05:58  5            MR. BRIAN:  Let's put up TREX-11905R.16.1.
05:58  6  BY MR. BRIAN:
05:58  7  Q.   You criticize Dr. Wilson's report for not acknowledging
05:58  8  BP's effort to provide the federal responders with the data
05:58  9  needed to perform hydraulic modeling.  That's one of the things
05:58  10 you say in your report; isn't that right, sir?
05:58  11 A.   Yes.  I say that he doesn't acknowledge BP's effort to
05:58  12 provide the data to the federal responders.
05:58  13 Q.   Is it your testimony under oath before Judge Barbier that
05:58  14 BP provided the Unified Command and the federal responders with
05:58  15 all the data they needed to do their jobs?  Is that your
05:58  16 testimony under oath?
05:58  17 A.   In regards to hydraulic modeling, I have reviewed all the
05:58  18 information or -- not everything under the sun, but I have
05:58  19 certainly seen that all the information needed to do hydraulic
05:59  20 modeling, I have seen that communicated and transferred to the
05:59  21 federal government.
05:59  22 Q.   Not my question.
05:59  23            Is it your testimony under oath in this courtroom
05:59  24 that BP provided the Unified Command and the federal responders
05:59  25 with all the information that BP had that those folks needed to

ADAM BALLARD - CROSS

05:59  1    do their jobs?

05:59  2    A.   I can't speak to what I didn't form my opinion around, and

05:59  3    my opinion was around information -- because I was responding

05:59  4    to Dr. Wilson, it was around information needed to do hydraulic

05:59  5    modeling.

05:59  6    Q.   Okay.  I'll reframe my question.

05:59  7         Is it your testimony under oath that BP, during this

05:59  8    time period, provided the Unified Command and the federal

05:59  9    responders with all the information relating to flow rate and

05:59  10   hydraulic modeling that the government needed to do its job?

05:59  11   Is that your testimony?

05:59  12   A.   So -- there's a lot in there.  I'm trying to understand

06:00  13   what you are asking.

06:00  14   Q.   I'll reframe it.

06:00  15        Is it your testimony that, in April and May, BP gave

06:00  16   these federal responders all of the information pertaining to

06:00  17   hydraulic modeling and flow rate that they needed to do their

06:00  18   jobs?

06:00  19   A.   So it's my testimony that, from what I have reviewed, they

06:00  20   provided the information to the federal government needed to

06:00  21   conduct hydraulic modeling.

06:00  22        I'm unclear what you mean by "flow rate."

06:00  23   Q.   The rate by which the oil was flowing from the well.

06:00  24   A.   So as I mentioned, from a hydraulic modeling basis, you

06:00  25   could not estimate what the rate flowing from the well was.

OFFICIAL TRANSCRIPT

06:00  1  **Q.**   I understand that's your testimony, sir.  I got that.  My

06:00  2  question is different.

06:00  3        My question is:  Is it your testimony -- is it your

06:00  4  opinion that BP, during this period, gave the government

06:01  5  responders all the information they needed pertaining to flow

06:01  6  rate and hydraulic modeling that they needed to do their jobs?

06:01  7        Those two subjects.  The subjects you were identified

06:01  8  as BP's corporate representative on, sir.

06:01  9        **MS. KARIS:**  I object.  That misstates the scope of

06:01  10  his expertise.  It misstates the scope of his corporate

06:01  11  representative testimony.  And I think, just to avoid any

06:01  12  confusion, he is talking about data there with respect to what

06:01  13  was provided to federal responders.  The issue of what they

06:01  14  needed to do their job, that's beyond the scope of

06:01  15  Mr. Ballard's expertise.  I don't know that he could opine to

06:01  16  what they needed to do their job.

06:01  17        **MR. BRIAN:**  He was --

06:01  18        **THE COURT:**  I overrule the objection.

06:01  19  BY MR. BRIAN:

06:01  20  **Q.**   Can you answer the question, sir?

06:01  21  **A.**   Can you repeat it one more time, please?

06:01  22  **Q.**   I will.

06:01  23        Is it your testimony under oath that, during this

06:02  24  time period, BP gave the federal responders all of the

06:02  25  information they needed to do their jobs pertaining to

ADAM BALLARD - CROSS

06:02  1   hydraulic modeling and flow rate?
06:02  2   **A.**   So I don't know all the information that they needed to do
06:02  3   their jobs, but I can tell you from my review, they have
06:02  4   certainly provided the modeling or the data needed for doing
06:02  5   hydraulic modeling.  In terms of flow rate, I've seen many
06:02  6   communications of what the "worst case" was, which is what the
06:02  7   hydraulic modeling could inform.  I can't speak to any other
06:02  8   methods for what the flow rate may be, but from a hydraulic
06:02  9   modeling perspective, I have seen where they have provided the
06:02  10  government -- as the example we just looked at -- where they
06:02  11  are providing to the government what the hydraulic modeling
06:02  12  could tell them about flow rate, which was the upper bound
06:02  13  could not flow more than this.
06:02  14  **Q.**   It's not your testimony, is it, sir, under oath that BP
06:02  15  gave the federal responders during this time period every piece
06:03  16  of information regarding flow rates, flow rate calculations
06:03  17  that BP performed.  That's not your testimony, is it, sir?
06:03  18  **A.**   I told you what I said I did see them communicate, the
06:03  19  upper bounds of flow rate based on the hydraulic modeling.  Did
06:03  20  they -- I don't know what else they may have actually
06:03  21  communicated, because I'm unclear what you mean by "Did they
06:03  22  provide them flow rates," what you're talking about.
06:03  23       **MR. BRIAN:**  Let's put up TREX-9313.1.1.TO.  If we
06:03  24  could expand the e-mail in the middle.
06:03  25  **BY MR. BRIAN:**

**ADAM BALLARD - CROSS**

06:03   1   Q.   This is an e-mail from Tony Liao to Mike Mason, is it not?

06:04   2   A.   Yes, it is.

06:04   3   Q.   Now, you testified earlier today about Mike Mason, right?

06:04   4   A.   Yes.

06:04   5   Q.   He was actually the head of one of the teams -- one of the

06:04   6   hydraulic modeling teams, was he not?

06:04   7   A.   Yes.

06:04   8   Q.   Tony Liao worked for him, didn't he?

06:04   9   A.   I believe so, yes.

06:04   10  Q.   In this e-mail, Tony Liao said to Mike Mason on Sunday

06:04   11  May 16, quote:  "To get a 700 psi depletion from April 20,

06:04   12  2010, to May 15, 2010, the rate required is 86,600 barrels per

06:05   13  day."

06:05   14        That's what he wrote, didn't he, sir?

06:05   15  A.   Yes, that's what he wrote.

06:05   16  Q.   This document was not given to the federal responders, was

06:05   17  it, sir?

06:05   18  A.   I didn't look at all the communications that went to the

06:05   19  government, so I don't know.

06:05   20  Q.   So you have no knowledge one way or the other whether this

06:05   21  document was given to the federal government, do you, sir?

06:05   22  A.   No, I don't have that knowledge.

06:05   23  Q.   Were you here when Mr. Dupree testified?

06:05   24  A.   No, I wasn't.

06:05   25  Q.   You have no reason to believe that he testified falsely

ADAM BALLARD - CROSS

06:05    1    when he said that this was not provided to the Unified Command,
06:05    2    do you, sir?
06:05    3    A.    I have no reason not to believe Mr. Dupree.
06:05    4          MR. BRIAN:   Let's pull up TREX-9446.1.1.
06:05    5    BY MR. BRIAN:
06:05    6    Q.    Now, you did testify about Mr. Tim Lockett earlier today,
06:06    7    did you not, sir?
06:06    8    A.    Yes.
06:06    9    Q.    He was another one of the modelers, wasn't he?
06:06   10    A.    Yes.
06:06   11    Q.    What's the subject line on this May 3, 2010 e-mail from
06:06   12    Mr. Lockett to Trevor Hill?
06:06   13    A.    "Best estimate."
06:06   14    Q.    "Best estimate."
06:06   15          And he states in this e-mail to Trevor Hill:  "Some
06:06   16    of the data from Ian's model has been updated (fluid model,
06:06   17    completion below the end of the drill string) so I reran the
06:06   18    cases to generate the attached xls which then uses that data to
06:06   19    give a flow rate estimate as a function of pressure at the BOP,
06:06   20    temperature, etc."
06:06   21          That's what he wrote, did he not?
06:06   22    A.    It is.
06:06   23          MR. BRIAN:   Let's put up TREX-9446.1.2, the same
06:06   24    page, next paragraph.
06:06   25    BY MR. BRIAN:

OFFICIAL TRANSCRIPT

ADAM BALLARD - CROSS

06:06  1   **Q.**   He wrote -- Mr. Lockett wrote, did he not, and I quote:

06:07  2   "The velocity is very dependent on the riser ID being correct

06:07  3   and the holdup, but is probably the best line of estimation if

06:07  4   we can measure the transport of a dispersion pulse and get

06:07  5   gamma to clarify the holdup."

06:07  6           He wrote that as well, did he not?

06:07  7   **A.**   Yes, he did.

06:07  8   **Q.**   Did you interview Mr. Lockett?

06:07  9   **A.**   I did.

06:07  10  **Q.**   Did you interview him about this document?

06:07  11  **A.**   I'm familiar with this document and talked to him about

06:07  12  it, yes.

06:07  13  **Q.**   So he just got it wrong when he used the word "best

06:07  14  estimate"?  He didn't mean that; is that your testimony?

06:07  15  **A.**   What he told me --

06:07  16  **Q.**   Sir, that's not my question.

06:07  17          **MS. KARIS:**  Your Honor --

06:07  18  **BY MR. BRIAN:**

06:07  19  **Q.**   My question is:  Did he tell you he didn't mean it?

06:07  20          **MS. KARIS:**  Your Honor, he asked him whether he told

06:07  21  him he didn't mean it.  The witness should be allowed to answer

06:07  22  what Mr. Lockett told him.

06:07  23          **MR. BRIAN:**  I never --

06:07  24          **MS. KARIS:**  The question specifically asked about

06:07  25  what Mr. Lockett told him.

ADAM BALLARD - CROSS

06:08   1              MR. BRIAN:  I never ask an open question on cross,

06:08   2    Your Honor.

06:08   3              THE COURT:  Overruled.  Overruled.

06:08   4              MR. BRIAN:  Go ahead, sir.

06:08   5              THE COURT:  Re-ask the question.

06:08   6    BY MR. BRIAN:

06:08   7    Q.   Sir, did Mr. Lockett tell you that, after he sent this

06:08   8    e-mail, he sent an e-mail correcting it saying, "I did not mean

06:08   9    this was probably the best line of estimation"?  Did he say

06:08   10   that to you?

06:08   11   A.   I don't think so.  To what question that I had for him?

06:08   12   Q.   Mr. Lockett's modeling showed flow estimates in excess of

06:08   13   20,000 barrels of oil per day, did they not?

06:08   14   A.   Can you repeat that?

06:08   15   Q.   No, I'll move on.

06:09   16              Isn't it a fact, sir, that at the time this number of

06:09   17   5000 barrels per day was being told to the Unified Command, the

06:09   18   public, various modelers at BP, engineers were expressing

06:09   19   concern that 5,000 barrels per day was not the best estimate?

06:09   20   Isn't that a fact?

06:09   21   A.   I've seen some correspondence from Mr. Mason to Andy

06:09   22   Inglis.

06:09   23              MR. BRIAN:  Let's pull up TREX-3220.1.1.TO.

06:09   24   BY MR. BRIAN:

06:09   25   Q.   This is one of the documents from Mr. Mason you just were

ADAM BALLARD - CROSS

06:09    1    alluding to, is it not?
06:09    2    A.    Yes, it is.
06:09    3    Q.    This is Mr. Mason's May 5, 2010 e-mail to Andy Inglis.  Do
06:09    4    you see that?
06:09    5    A.    Yes.
06:09    6    Q.    When you were a modeler, an engineer, in the April and May
06:09    7    of 2010 time period, did you ever send an e-mail directly to
06:10    8    the CEO?
06:10    9    A.    No.
06:10   10          I do want to correct that.  I think it's May 15,
06:10   11    actually.
06:10   12    Q.    You're right, actually.  I'm sorry, I misread that.
06:10   13          But you never sent an e-mail during that time period
06:10   14    to the CEO of BP production and exploration, did you, sir?
06:10   15    A.    No, I didn't.
06:10   16    Q.    Mr. Mason said in this e-mail --
06:10   17          **MR. BRIAN:**  Your Honor, I know it's a little bit
06:10   18    after 6:00.
06:10   19          **THE COURT:**  I'm just waiting for a convenient break
06:10   20    here unless you are just about finished.
06:10   21          **MR. BRIAN:**  No, I have probably 20, 30 minutes at
06:10   22    least.
06:10   23          **THE COURT:**  Is this a good time?  As good as any
06:10   24    other time?
06:10   25          **MR. BRIAN:**  It's as good as any other.

06:10   1          THE COURT:  It's about 10 minutes after 6:00.  We
06:10   2   will resume at 8:00 a.m. in the morning.
06:10   3              What witnesses do we have after this witness?
06:10   4          MR. BROCK:  Mr. Gibson and Mr. Adams.
06:10   5          THE COURT:  Have a good evening.
06:10   6          THE DEPUTY CLERK:  All rise.
06:10   7          (Proceedings adjourned.)
06:10   8                           *  *  *
        9                          <u>CERTIFICATE</u>
       10          I, Toni Doyle Tusa, CCR, FCRR, Official Court
       11   Reporter for the United States District Court, Eastern District
       12   of Louisiana, do hereby certify that the foregoing is a true
       13   and correct transcript, to the best of my ability and
       14   understanding, from the record of the proceedings in the
       15   above-entitled matter.
       16
       17
       18                            <u>*s/ Toni Doyle Tusa*</u>
                                    Toni Doyle Tusa, CCR, FCRR
       19                            Official Court Reporter
       20
       21
       22
       23
       24
       25

'90s [1]  836/23

'tools' [2]  917/24 921/3

.

....there [1]  824/15

.25 [3]  937/20 938/3 938/23

.25 inches [1]  938/3

**0**

02771 [1]  771/7

**1**

1,000 barrels [1]  957/19

1/4-inch [4]  821/23 822/8 822/16 823/2

10 [16]  792/22 792/24 793/25 796/25
802/16 803/25 876/12 880/20 954/1
955/5 956/3 958/15 958/17 959/8
959/18 962/21

10 minutes [1]  976/1

10-CV-02771 [1]  771/7

10-CV-4536 [1]  771/9

10-MD-2179 [1]  771/4

100 percent [1]  783/8

100008 [1]  818/22

10003 [1]  772/11

1001 [1]  774/16

100203 [1]  796/16

100231 [2]  780/9 824/1

105 [1]  818/22

10506 [3]  792/13 792/19 793/20

11 [8]  796/16 882/25 896/22 897/15
909/25 911/2 940/9 941/12

11-inch [1]  825/14

110 [1]  962/8

110,000 barrels [1]  962/7

1100 [1]  774/13

114 [1]  824/2

115 [2]  824/2 824/10

11905.1.1 [1]  915/13

11905R.16.1 [1]  967/5

11905R.21.1.TO [1]  966/10

11906.4.1.TO [1]  964/20

11906.5.TO [1]  964/14

11906.6.1.TO [1]  963/23

11906.7.1.TO [1]  963/18

11907.1.1.TO [1]  959/22

11907.3.1 [1]  963/11

11907.3.1.TO [1]  960/4

11:00 a.m [2]  788/8 899/9

12 [18]  796/16 796/16 818/23 842/4
843/20 855/14 858/7 858/12 862/1
864/25 865/3 893/6 893/11 894/11
900/8 904/9 905/8 905/14

12 minutes [1]  834/13

12-foot [1]  880/20

12-hour [1]  838/14

1201 [2]  774/10 775/5

120129.1.1.TO [1]  878/11

120129.7.1.TO [1]  878/20

120216 [1]  819/3

12308 [1]  772/4

127-page [1]  780/3

13 [3]  881/8 884/2 907/3

13 feet [1]  879/24

1300 [1]  775/12

1331 [1]  775/9

14 [6]  801/23 802/2 802/8 802/21
802/25 803/2

140342 [2]  791/13 791/22

140563.4.1.TO [1]  891/4

142346 [1]  783/11

14271 [1]  773/7

143045 [1]  898/23

144408.1.1.TO [1]  896/22

144408.8.1 [1]  902/14

144408.8.1.TO [1]  897/18

144745.28.1.TO [1]  880/23

15 [7]  802/8 899/14 900/8 943/18 965/9
971/12 975/10

15 percent [1]  942/16

15,000 [4]  806/10 826/19 827/10 949/22

15,000 barrels [7]  805/24 806/20 807/5
810/2 812/4 949/12 949/23

150110.1.1.TO [2]  958/8 959/5

15K [1]  881/25

16 [9]  802/8 806/12 812/3 883/1 888/9
888/15 888/23 889/4 971/11

1615 [1]  775/12

162,000 [1]  962/2

162,000-barrel [1]  948/3

163 [1]  780/11

164 [1]  780/18

1665 [1]  775/9

17 [1]  959/2

1700 [1]  775/5

18 [4]  796/16 824/4 893/20 895/7

18 3/4-inch [1]  881/24

188 [1]  772/16

1885 [1]  772/23

19 [2]  902/21 903/2

19575.36.2.TO [1]  884/12

1978 [1]  836/18

**2**

2 inch [2]  825/13 825/15

2,500 barrels [1]  953/22

2,523 [1]  937/22

2-ram [4]  855/12 856/24 902/24 905/5

20 [4]  771/5 965/9 971/11 975/21

20,000 barrels [1]  974/13

2000 [1]  837/3

20004 [1]  774/11

20005 [1]  774/8

20006 [1]  775/16

20044 [2]  773/8 773/16

2005 [1]  778/4

2010 [93]  771/5 778/2 778/18 779/15
782/16 783/12 784/5 786/1 787/12
791/18 791/18 791/25 792/3 795/2
795/10 795/22 797/25 798/8 799/17
800/4 800/14 800/24 801/23 802/2
802/21 802/25 803/2 805/18 806/12
808/15 810/10 812/3 815/16 815/25
819/7 822/7 826/4 826/17 826/25 827/9
862/1 864/25 867/22 885/15 886/1
886/20 887/11 887/18 888/9 888/15
888/23 889/4 891/14 892/6 892/16
892/20 893/12 894/16 894/25 896/22
897/15 898/2 898/4 898/16 898/25
899/14 899/19 900/2 900/8 900/8
901/10 901/16 901/21 902/8 903/10
913/6 917/5 917/25 920/15 924/14
925/17 932/13 948/12 952/5 954/21
955/5 965/9 965/9 971/12 971/12
972/11 975/3 975/7

2011 [2]  780/7 824/23

2013 [3]  771/7 777/2 825/4

2020 [1]  775/16

20K [1]  835/23

21 [4]  782/16 795/22 810/10 824/6

21 1/2 [1]  880/8

2179 [1]  771/4

22 [2]  808/15 888/6

22 percent [1]  942/18

2216 [1]  772/7

2270 [1]  943/16

2270 psi [1]  942/12

23 [5]  780/12 780/16 877/19 877/23
891/13

23207B [1]  921/6

23209 [1]  944/4

23212 [1]  910/22

23213 [2]  911/15 911/17

23214 [3]  917/18 928/14 949/3

23231A [2]  872/5 889/9

23272A [1]  840/4

23274A [1]  841/12

23275 [1]  846/16

23276 [1]  844/14

23277 [1]  843/1

237 [1]  959/2

23766 [1]  849/19

23774A [1]  855/3

2386 [6]  777/23 778/22 779/1 779/4
780/22 783/18

23885 [1]  946/4

23922 [1]  936/2

23923 [1]  940/23

23934 [2]  865/10 906/12

24 [1]  780/7

24355 [1]  853/21

25 [4]  780/16 879/24 898/16 903/3

25 feet [1]  880/1

25-1/2-inch [1]  881/20

25015C [1]  810/14

25021 [1]  962/16

252 [2]  785/25 791/24

26 [8]  798/8 800/24 815/16 815/25
821/20 822/6 823/8 880/1

27 [5]  826/25 827/9 838/4 877/24
906/21

27th [1]  826/17

28 [7]  778/16 819/7 819/22 880/14
880/24 932/13 953/21

28th [1]  826/17

29 [1]  911/12

**3**

3 inches [1]  868/10

3,000 pounds [1]  824/18

3-inch [2]  805/11 818/1

3-ram [25]  842/3 855/7 855/13 858/6
858/11 858/15 858/16 858/22 858/23
859/24 860/1 861/19 863/13 863/14
864/12 864/23 867/16 871/4 885/11
890/3 890/8 899/12 899/15 900/6 904/8
3.5 [1]  841/18

3/4-inch [3]  886/19 893/20 895/7

30 [17]  834/14 834/16 834/18 834/19
834/20 837/21 860/6 864/22 871/10
898/25 899/9 899/24 901/10 927/7
954/13 962/22 966/1

30 minutes [1]  975/21

30 percent [1]  943/18

300 [2]  773/23 809/16

300 golf [1]  825/16

31 [2]  810/10 917/5

316 [1]  772/4

31st [1]  826/3

3220.1.1.TO [1]  974/23

32591 [1]  772/5

333 [1]  774/3

337 [1]  876/12

355 [1]  774/21

35th [1]  774/21

**3**

36 [2] 884/11 884/13
36130 [1] 772/20
3668 [1] 771/23
37,000 [1] 950/12
3700 [2] 774/13 774/16
3800 pounds [4] 943/16 947/9 947/23
950/15
3800 psi [3] 942/8 942/10 944/12
3917 [6] 785/9 785/18 785/21 786/8
787/7 788/1
39201 [1] 772/17
3rd [1] 825/4

**4**

40 [1] 871/10
406 [1] 775/18
43,000 [1] 946/10
44 feet [1] 942/4
45 [1] 787/3
4536 [1] 771/9
48 [1] 779/18

**5**

5 inches [1] 937/20
5,000 [7] 944/15 945/2 945/3 945/18
957/23 959/17 962/1
5,000 barrels [9] 953/22 954/2 956/7
956/14 957/5 957/7 959/14 961/24
974/19
5,000 feet [1] 795/11
5,000-barrel [1] 945/15
5,000-barrel-a-day [2] 957/14 963/4
5,000-barrel-per-day [1] 944/1
5.1 [1] 779/6
50 [2] 806/10 963/8
50 barrels [3] 801/9 805/24 807/7
50-barrel-per-minute [1] 806/21
500 [4] 771/23 772/20 775/18 868/9
5000 [2] 773/18 944/12
5000 barrels [1] 974/17
5000 feet [2] 846/1 848/9
5000 pounds [1] 845/18
5000 psi [2] 867/8 868/7
501 [1] 772/13
504 [1] 775/19
5063.1.2 [1] 932/7
5063.4.3 [1] 937/14
5063.4.5 [1] 933/4
5063.4.6 [1] 936/25
53 [1] 879/23
5363 [3] 802/15 803/9 803/25
55,000 [2] 957/22 959/17
55,000 barrels [3] 956/7 956/11 959/10
556 [1] 771/23
589-7778 [1] 775/19
5:00 p.m [1] 788/9

**6**

6 feet [4] 879/19 880/4 880/7 880/18
6-foot [1] 888/6
60 [4] 794/16 815/3 815/6 832/18
600 [2] 772/4 868/9
60654 [1] 773/24
63,000 [1] 946/10
65,171 [1] 937/22
655 [1] 774/7
6:00 [2] 975/18 976/1
6:00 a.m [1] 795/22
6:00 in [2] 838/15 838/15

**7**

7/8 [1] 821/22

7/8 balls [1] 822/9
7/8-inch [2] 823/7 823/8
70 [1] 852/20
70 percent [4] 794/17 815/3 815/7
832/18
700 [1] 772/10
700 psi [1] 971/11
701 [2] 773/4 773/18
70112 [1] 775/13
70113 [1] 771/20
70130 [3] 772/8 773/4 775/19
70139 [1] 773/19
70163 [1] 774/14
70502 [1] 771/24
70601 [1] 772/14
70804 [1] 772/24
75270 [1] 775/6
7611 [1] 773/15
77002 [1] 774/17
77010 [1] 775/9
777 [1] 772/16
7778 [1] 775/19
78 barrels [1] 801/13
7th [1] 867/22

**8**

80 percent [1] 815/17
8000 pounds [1] 845/19
820 [1] 771/19
8537 [1] 806/6
86,600 barrels [1] 971/12
87 [1] 888/3
87,000 [1] 950/12
87,000 barrels [1] 946/10
88 feet [4] 925/2 925/8 930/9 941/23
8:00 a.m [1] 976/2

**9**

90 [1] 822/17
90-degree [1] 821/24
90071 [2] 774/4 774/22
91 [1] 879/22
91 feet [1] 879/16
9148 [4] 808/7 808/21 812/10 812/16
9155 [2] 965/13 965/18
9155.1.1.TO [1] 955/2
9155.4.1.TO [2] 955/25 960/11
9156.1.1 [1] 940/5
9156.6.1 [1] 941/9
9156.7.1 [1] 943/9
9266.2.1 [1] 946/25
9313.1.1.TO [1] 970/23
9330.1.1.TO [1] 961/2
9330.3.1.TO [1] 961/15
94005 [1] 772/23
9446.1.1 [1] 972/4
9446.1.2 [1] 972/23
9575 [1] 888/10
9575.1 [1] 867/13
9575.1.2 [1] 867/18
9575.11.1.TO [1] 882/25
9575.160.1 [1] 869/6
9575.175.1 [1] 869/23
9575.175.2 [1] 870/8
9575.457.1.TO [1] 887/21
9575.457.1TO [1] 885/5
9575.512.1.TO [1] 886/13
9575.518.1.TO [1] 887/13
9575.519.1.TO [1] 887/1
9575.520.1.TO [1] 885/18
9800.1.1 [1] 861/22
9800.4.1 [1] 862/11
9800.8.1 [1] 863/9

9:00 a.m [1] 892/16

**a.m** [5] 788/8 795/22 892/16 899/9
976/2
ability [9] 798/14 799/13 805/23 806/19
922/21 924/23 925/9 925/16 976/13
able [14] 863/23 870/20 874/24 891/24
900/12 921/1 921/20 926/19 926/20
938/14 945/16 946/16 951/2 951/5
about [140] 778/3 778/10 778/25 779/3
779/8 779/13 779/14 781/4 782/17
782/23 782/24 783/4 784/14 785/5
788/9 789/25 791/10 791/11 792/1
792/5 792/24 793/21 796/7 796/20
797/5 797/6 798/6 800/16 802/24
803/20 804/3 805/1 805/10 805/18
805/19 807/4 807/23 809/4 809/5 813/8
813/11 813/23 816/19 817/6 817/7
819/25 820/11 824/2 824/2 825/6 826/7
828/7 828/22 828/23 830/14 830/16
832/6 832/22 833/3 834/13 834/16
836/8 836/9 836/21 841/18 852/22
853/19 854/5 854/9 857/16 858/10
859/23 863/6 867/1 868/10 868/14
872/3 872/15 872/23 875/17 877/15
878/4 879/18 879/24 880/4 880/7 884/7
887/5 887/15 888/12 891/3 895/7
895/20 896/9 899/12 908/5 908/13
910/13 910/20 913/23 913/25 916/10
919/1 922/1 922/14 923/1 923/5 923/15
924/23 926/5 926/11 926/12 929/23
931/12 932/5 934/24 937/10 945/14
946/7 947/15 947/16 950/19 951/4
953/9 957/4 957/10 962/2 962/11
962/15 965/6 969/12 970/12 970/22
971/3 972/6 973/10 973/11 973/24
975/20 976/1
about 6 feet [1] 854/5
above [19] 784/21 810/2 838/3 839/20
839/24 840/18 841/5 843/18 844/9
844/18 845/20 845/22 848/6 865/21
867/7 868/6 879/11 949/12 976/15
above-entitled [1] 976/15
absolutely [7] 825/21 828/9 830/10
832/21 918/24 925/19 956/22
access [3] 847/11 847/19 847/21
accessible [1] 847/12
accomplished [1] 796/5
According [3] 793/14 812/24 877/18
accountable [2] 856/10 860/17
accurate [8] 780/5 854/20 854/20
864/17 864/19 871/5 938/5 953/16
accurately [3] 910/25 911/17 925/17
achieve [1] 849/9
achieved [1] 870/22
acknowledge [1] 967/11
acknowledging [1] 967/7
across [1] 936/14
action [6] 779/12 847/15 869/22 869/25
870/24 929/12
actioned [1] 869/5
actions [1] 928/21
activate [1] 781/16
activated [1] 923/23
activities [20] 837/19 838/8 839/12
856/16 865/2 865/7 865/19 865/22
865/24 866/3 872/25 874/2 890/21
890/22 897/22 911/1 911/5 911/11
911/14 918/16
activity [6] 846/5 864/19 865/16 865/16
865/17 890/25 902/19 905/23 906/18
actual [19] 780/2 783/3 788/13 791/10

actual... [15]  812/11 817/5 818/12 919/8
930/23 931/1 934/18 939/1 939/18
943/22 945/8 949/11 950/17 950/24
960/14
actually [53]  781/24 785/17 792/10
792/19 793/20 802/16 805/12 812/25
813/16 816/11 833/24 843/7 844/21
850/10 856/10 857/11 857/18 857/22
860/22 874/18 878/3 880/1 889/17
898/25 905/13 910/22 914/21 916/24
918/4 921/20 922/24 923/12 923/13
924/2 928/19 929/23 929/25 930/14
932/6 940/12 943/13 944/11 949/15
950/8 951/17 951/18 953/17 953/21
963/25 970/20 971/5 975/11 975/12
Adam [5]  909/8 909/10 909/14 909/21
915/16
Adam L [1]  915/16
adamant [1]  832/21
Adams [4]  825/3 825/5 825/8 976/4
adapted [1]  851/2
add [8]  794/22 804/24 820/2 834/16
856/9 862/23 863/3 896/17
Add Energy [1]  804/24
Add Energy's [1]  834/16
add-on [1]  896/17
added [10]  808/16 863/22 864/8 864/12
867/5 868/1 900/25 901/2 908/25 909/1
adding [5]  814/2 863/5 864/5 907/23
908/22
addition [6]  904/13 904/15 910/15
912/10 915/2 954/11
additional [12]  802/9 845/10 845/22
850/23 859/18 863/21 867/3 869/22
874/20 896/13 896/16 901/1
Additionally [1]  790/10
additions [1]  906/3
address [4]  845/9 849/5 849/16 897/8
addressed [2]  866/25 867/8
adjourned [1]  976/7
adjusting [2]  944/20 945/3
Admiral [10]  834/19 955/5 955/17 956/3
959/20 960/8 960/17 963/1 963/6
965/13
Admiral Landry [6]  955/5 955/17 959/20
960/8 960/17 963/6
admirals [1]  955/18
admitted [1]  777/10
advance [1]  797/8
advised [1]  802/9
adviser [1]  834/17
affect [5]  925/9 925/16 932/22 951/5
951/9
affects [1]  930/14
after [35]  778/10 796/23 827/24 828/21
841/17 841/21 843/9 843/24 845/1
847/14 847/22 850/3 853/14 854/1
854/2 854/15 856/14 856/25 859/7
862/25 864/10 868/25 887/7 888/17
888/20 910/13 911/22 913/25 932/15
935/5 965/16 974/7 975/18 976/1 976/3
afternoon [10]  771/14 777/11 835/13
835/14 839/10 871/11 871/18 871/25
872/1 909/19
again [36]  780/24 785/19 787/7 787/13
803/1 807/8 809/10 815/14 824/25
826/1 827/4 827/7 843/5 860/16 863/13
881/4 884/21 885/13 887/3 894/16
895/3 897/14 901/15 911/20 912/19
921/2 923/2 925/20 927/3 929/16
934/15 935/23 939/8 940/18 946/7
951/13
again... [5]  948/13 949/22 951/24 952/1
955/14
agenda [9]  785/18 785/19 785/21 786/3
786/8 788/3 788/12 790/20 804/9
ago [4]  788/21 789/16 819/8 916/11
agree [44]  779/14 779/20 779/22 779/23
780/2 784/19 787/10 789/19 792/23
796/2 799/23 801/7 804/10 804/22
805/21 807/11 807/15 807/22 809/1
809/6 812/9 813/8 814/4 815/15 815/24
821/7 821/11 821/14 821/20 822/20
823/14 826/11 826/25 829/3 871/5
898/6 898/7 926/21 934/11 945/5
949/24 953/20 964/1 964/7
agreed [3]  784/1 794/4 826/6
agreement [2]  800/8 827/16
ahead [11]  801/21 830/4 830/20 835/3
851/14 856/3 860/24 871/11 900/5
923/19 974/4
aided [1]  775/25
aimed [1]  914/24
air [2]  848/8 848/9
al [2]  771/8 771/11
Alabama [1]  772/20
ALAN [1]  775/8
alerted [1]  782/16
aligned [3]  777/5 871/25 952/3
alignment [3]  886/24 887/4 887/5
all [106]  777/8 780/21 782/6 783/22
785/13 786/16 786/25 788/18 788/20
789/15 789/18 790/20 794/24 799/3
800/7 800/9 809/1 809/13 809/16
809/17 809/22 810/6 811/11 813/17
814/14 814/15 814/16 814/17 819/19
821/23 822/7 823/8 823/23 829/20
833/6 833/11 833/25 833/25 833/25
834/8 835/1 842/21 844/6 848/24
849/10 850/16 851/4 852/3 852/3 852/8
855/19 865/21 865/24 865/25 868/9
870/24 871/14 883/12 883/20 891/11
903/20 919/8 920/23 925/1 926/5 926/8
926/16 930/7 930/20 930/20 931/6
931/7 932/10 932/18 934/13 934/18
935/2 935/24 936/22 937/13 938/20
939/8 939/9 939/23 940/1 944/6 945/22
946/11 946/20 947/16 948/2 948/14
948/15 949/25 951/22 967/15 967/17
967/19 967/25 968/9 968/16 969/5
969/24 970/2 971/18 976/6
ALLAN [1]  773/3
ALLEN [1]  774/21
allow [10]  812/22 837/23 870/17 894/8
904/17 904/19 907/23 926/14 927/11
939/6
allowable [1]  845/23
allowed [4]  812/12 813/25 863/23
973/21
allows [3]  840/17 840/18 929/18
alluding [1]  975/1
almost [2]  830/2 852/3
alone [1]  888/7
along [3]  793/1 809/13 809/22
already [4]  797/14 800/15 858/24
948/13
also [59]  783/17 794/21 795/4 795/9
804/15 813/3 819/3 839/1 839/5 841/5
841/22 845/1 845/5 845/9 847/16
848/14 848/16 849/1 850/13 850/18
850/20 856/19 858/20 861/2 862/5
863/25 864/5 866/18 866/22 867/5
873/2 874/17 896/5 899/3 901/6 904/17
904/20 905/6 905/7 907/22 907/23
912/2 916/9 917/13 919/20 920/1 920/4
922/14 924/21 931/9 933/6 936/21
963/6
alternative [3]  808/16 840/2 842/15
always [3]  817/7 823/23 825/11
am [3]  899/4 911/13 912/16
ambient [4]  942/12 947/6 950/16 950/21
AMERICA [8]  771/10 773/6 773/10
773/18 773/21 774/3 774/6 774/10
amongst [2]  838/9 868/7
amount [1]  965/8
Anadarko [4]  775/11 775/11 775/14
775/15
analysis [25]  801/23 802/1 802/13
802/22 802/23 803/2 803/5 803/7
827/23 828/21 828/24 838/9 867/25
868/2 868/15 869/17 917/12 917/14
918/3 918/5 940/19 944/12 954/5
966/24 967/3
and/or [2]  965/6 965/7
ANDREW [1]  773/21
Andy [6]  802/22 958/11 958/12 964/12
974/21 975/3
Angeles [2]  774/4 774/22
Angola [1]  837/2
ANNA [1]  773/13
annulus [3]  922/3 922/5 946/23
another [8]  861/11 886/15 898/22
922/16 930/13 945/9 959/24 972/9
answer [15]  827/6 830/22 852/12
855/19 876/19 876/21 877/1 928/2
929/11 931/3 935/9 956/23 957/22
969/20 973/21
answered [2]  877/9 957/25
answers [2]  933/3 939/15
ANTHONY [1]  772/7
anticipate [1]  831/8
anticipated [1]  867/4
any [71]  777/4 790/10 798/6 798/17
798/19 799/9 799/17 800/3 800/7
801/20 801/25 802/1 802/14 802/23
803/22 804/6 804/10 810/4 811/6
811/10 812/8 814/23 814/25 818/6
818/10 818/15 818/17 821/9 822/2
822/4 824/19 827/23 828/20 839/7
839/11 844/5 846/5 859/11 866/11
868/24 875/18 888/24 888/25 889/5
898/5 902/6 908/4 914/14 914/23
917/14 917/24 920/10 921/3 927/2
927/10 932/21 935/10 938/21 939/5
939/5 940/1 943/25 947/19 947/24
948/6 954/19 962/22 969/11 970/7
975/23 975/25
anybody [1]  876/7
anyone [3]  807/20 841/24 953/20
anything [11]  805/10 820/5 820/8
833/12 852/22 920/18 926/5 933/16
937/10 950/23 962/11
anywhere [2]  801/19 943/18
API [5]  881/25 882/22 886/19 893/20
895/7
API 15K [1]  881/25
APLC [1]  773/17
apologize [5]  777/19 793/21 809/19
821/2 824/14
apparent [1]  842/20
appear [3]  889/20 962/12 965/2
Appearances [5]  771/17 772/1 773/1
774/1 775/1
appears [15]  879/19 880/4 885/16
889/18 892/15 892/23 892/24 894/24
899/15 956/16 959/21 960/6 960/10
961/23 962/1

**A**

appendices [1]  868/9 869/8
Appendix [2]  884/23 885/18
Appendix E [1]  884/23
applicable [1]  779/9
application [1]  948/4
applied [3]  833/3 911/9 918/17
Applies [1]  771/6
apply [1]  848/12
applying [2]  912/8 912/19
appreciate [3]  828/2 897/2 902/16
approach [2]  810/11 935/21
appropriate [2]  847/23 907/7
approval [5]  784/1 784/5 784/6 796/23 865/23
approve [1]  784/9
approved [6]  797/24 808/24 809/6 812/10 813/22 814/7
approximate [1]  913/8
approximately [6]  838/4 852/10 880/12 905/20 956/6 962/6
APRIL [32]  771/5 782/16 795/22 810/10 837/21 838/4 864/22 877/19 877/23 877/24 913/5 917/5 917/24 920/15 921/3 924/14 925/17 928/6 930/18 932/13 948/11 948/15 949/21 952/5 952/24 953/18 954/20 965/9 968/15 971/11 975/6
April 20 [2]  965/9 971/11
April 21 [3]  782/16 795/22 810/10
April 23 [2]  877/19 877/23
April 27 [2]  838/4 877/24
April 28 [1]  932/13
April 30 [2]  837/21 864/22
April-May [2]  917/8 948/15
are [137]  777/8 777/10 779/24 780/4 780/18 781/1 782/4 782/11 785/8 785/13 790/1 790/20 791/19 793/5 794/1 794/4 794/7 794/19 795/3 795/8 797/1 805/1 805/14 806/3 806/4 806/4 810/23 811/7 811/11 811/16 812/23 813/3 813/6 813/7 816/3 816/22 817/9 817/9 822/2 830/1 830/6 831/15 832/1 834/12 835/19 841/22 845/9 850/16 857/10 857/15 864/1 867/10 865/1 865/15 867/11 869/25 871/9 875/20 880/3 881/10 883/3 884/8 884/23 887/5 888/2 888/5 889/7 891/24 892/12 895/6 896/13 896/16 896/17 899/12 900/1 900/21 900/22 900/23 902/20 903/3 904/23 906/9 912/14 912/23 912/25 913/1 913/3 913/4 918/9 919/11 919/23 919/24 920/19 923/1 926/6 926/25 927/2 931/4 932/1 933/18 933/20 934/2 934/5 934/10 934/15 934/25 937/6 939/2 941/11 941/11 942/11 943/2 945/3 946/6 946/22 947/2 947/10 948/2 948/2 950/8 950/13 951/16 952/16 952/17 952/20 954/6 954/19 957/9 959/18 960/16 960/19 962/14 966/19 966/20 968/13 970/11 975/20
area [7]  848/10 875/22 911/12 911/23 912/11 914/7 922/15
areas [5]  816/20 825/12 840/25 854/9 954/9
aren't [2]  812/23 967/2
argument [1]  797/8
arms [1]  846/7
around [31]  777/8 801/22 802/8 822/17 824/18 825/14 828/9 840/18 840/19 841/19 841/21 850/5 852/25 866/16 877/19 899/9 922/5 922/5 922/8 922/15

924/7 929/13 929/16 931/13 933/23 934/3 963/11 963/18 963/21 968/18
arrange [2]  857/20 864/8
arranged [6]  854/19 859/9 859/11 859/14 864/7 900/25
arrangement [2]  887/4 896/11
articulated [2]  840/17 840/20
as [201]  777/12 778/6 778/22 778/25 781/4 781/19 782/1 783/24 784/9 787/15 787/15 790/22 794/21 795/24 796/1 800/2 800/2 801/8 806/23 807/16 811/12 812/3 812/10 814/11 815/10 817/4 817/15 817/15 817/19 817/21 817/23 818/17 819/10 819/14 819/16 819/16 819/25 822/4 826/21 829/18 832/16 833/5 833/17 833/17 834/4 835/6 836/4 837/16 839/3 839/4 839/18 841/7 842/19 846/12 847/2 847/13 848/2 848/7 850/19 853/10 853/13 854/16 854/18 856/16 858/6 858/7 858/11 860/1 860/4 860/7 860/20 861/19 861/25 863/25 864/2 864/15 865/3 867/15 869/8 870/20 870/21 871/4 873/8 874/11 875/19 875/20 884/23 885/10 889/11 889/14 889/22 895/3 895/20 896/15 896/19 897/2 898/19 902/16 908/3 908/23 909/11 911/24 911/24 912/17 912/1 912/2 912/13 912/13 912/13 913/15 914/5 914/12 916/9 916/11 916/13 916/21 916/21 917/5 917/10 917/11 918/11 920/2 920/5 920/7 923/4 924/3 924/7 924/13 924/18 925/6 925/11 925/22 926/8 926/8 926/9 927/1 927/8 927/8 928/18 928/20 929/18 929/13 930/21 930/21 930/25 933/13 933/13 937/11 937/16 937/24 940/11 946/16 946/17 947/8 947/8 947/20 947/21 947/22 948/16 948/20 948/20 948/24 948/25 948/25 949/9 949/9 949/14 950/2 950/4 951/1 951/1 951/8 951/9 951/12 953/2 953/3 953/3 954/3 954/8 954/11 954/12 958/15 959/15 961/12 962/22 962/25 965/5 965/12 965/17 965/18 965/21 966/24 968/24 969/8 970/10 972/19 973/6 975/23 975/3 975/25 975/25
Asbill [1]  774/15
ask [23]  796/18 796/20 797/9 797/11 803/1 810/18 827/6 831/1 832/7 839/11 856/3 858/9 859/17 859/22 860/22 870/13 891/2 892/15 900/16 943/12 957/4 974/1 974/5
asked [32]  783/24 819/15 820/9 829/10 829/10 830/14 832/5 832/9 832/15 839/23 856/12 857/16 857/20 857/22 877/3 877/4 877/8 879/17 890/13 908/12 910/16 915/3 915/4 935/7 936/5 940/25 957/12 957/24 963/6 966/2 973/20 973/24
asking [7]  820/19 835/15 857/10 880/3 929/23 948/10 968/13
aspects [4]  854/11 854/14 933/19 933/20
assemble [2]  830/3 831/23
assembled [6]  790/18 850/20 894/5 894/6 895/3 906/10
assemblies [1]  855/10
assembly [19]  781/21 845/12 854/1 854/4 855/6 860/4 882/6 883/16 883/20 883/25 891/19 896/14 896/15 897/5 902/18 904/6 904/14 904/14 908/1
assess [1]  929/19
assessment [1]  844/1

ASSET [1]  771/8
assignments [1]  957/17
assist [46]  782/18 783/1 783/3 784/8 785/11 785/14 785/17 785/25 786/3 786/14 786/22 787/12 787/12 788/10 788/11 788/19 789/7 789/9 790/4 790/13 790/21 791/11 791/19 791/24 792/4 792/23 792/25 793/7 793/10 794/1 794/12 794/19 795/2 795/10 796/22 797/6 797/25 798/3 798/7 799/8 799/16 802/11 804/24 806/14 910/8 929/4
Assistance [1]  784/20
assistant [4]  910/2 910/4 958/12 959/18
assisting [2]  910/15 958/11
associated [5]  781/15 790/5 837/9 844/8 904/4
assume [14]  811/24 876/16 927/5 930/8 930/9 930/10 930/16 936/20 951/22 957/1 957/5 957/14 966/20 966/24
assumed [7]  890/16 938/20 957/9 957/19 966/14 966/19 966/22
assuming [1]  967/3
assumptions [4]  917/2 929/21 935/25 962/14
assurance [51]  803/17 839/17 865/23 866/23 866/24 867/9 867/11 867/16 867/20 867/23 868/6 868/8 868/12 868/13 868/17 869/2 869/9 869/19 878/4 878/7 878/13 878/22 880/14 880/24 881/4 883/1 884/17 884/21 885/1 885/11 885/19 885/6 886/16 888/2 888/10 888/13 888/23 889/4 890/2 890/6 892/23 893/8 911/12 911/24 912/6 912/7 912/10 912/11 914/12 916/9 932/12
assure [1]  845/21
at [276]
atmospheric [2]  848/9 933/15
attach [4]  840/8 840/25 843/20 866/12
attached [24]  783/25 841/25 855/8 856/23 857/5 884/17 884/23 885/10 886/16 892/8 896/3 896/11 899/8 900/5 937/3 937/16 941/11 955/21 956/3 960/6 960/7 961/12 961/17 972/18
attaching [8]  837/25 838/3 839/20 839/24 840/1 844/17 857/4 870/2
attachment [4]  791/18 792/8 857/19 862/8
attachments [4]  802/22 884/19 893/1 965/14
attained [1]  882/15
attempt [5]  781/16 809/10 813/24 821/21 928/10
attempted [3]  794/9 800/10 815/14
attempting [1]  935/16
attempts [1]  801/18
attend [6]  790/21 791/3 801/25 802/1 832/8 839/11
attendance [2]  797/19 800/3
attended [7]  780/7 786/14 794/12 795/2 801/24 806/14 876/8
attendees [1]  796/23
attention [4]  777/15 777/21 862/16 866/2
attested [1]  878/18
Attorney [3]  772/18 772/22
attribute [1]  824/7
attributed [1]  820/25
audible [1]  786/2
audit [2]  927/22 927/23
August [2]  910/14 914/3

# A

authored [1] 911/12
authority [2] 875/19 932/12
authorize [1] 814/9
authorized [3] 813/23 876/5 877/5
available [8] 814/23 842/16 850/24
913/3 918/4 925/5 930/9 946/23
Avenue [4] 771/19 772/20 774/10
774/21
average [2] 831/16 942/18
avoid [1] 969/11
aware [13] 804/8 810/23 811/7 811/11
842/1 865/2 888/2 888/5 889/7 908/21
954/19 960/16 960/19
away [9] 809/17 837/23 844/19 847/14
848/2 848/13 850/11 850/21 866/10

# B

B-A-L-L-A-R-D [1] 909/14
Bachelor [1] 911/7
back [46] 787/6 787/25 789/20 792/19
793/20 798/9 802/4 804/9 824/23 829/9
847/22 850/14 854/2 854/7 856/15
856/22 861/6 863/21 866/20 873/11
875/1 877/14 883/18 883/22 884/7
887/20 888/9 889/9 889/9 889/10
901/14 902/9 902/12 903/6 922/13
928/14 935/6 935/8 939/19 940/18
949/2 957/21 959/4 960/11 962/20
963/6
background [5] 836/8 836/10 910/21
911/1 948/20
backup [1] 862/6
bad [1] 793/21
balance [4] 957/2 958/19 958/21 958/24
ball [1] 813/4
Ballard [15] 909/9 909/10 909/14 909/15
909/19 909/21 909/22 910/25 911/17
913/15 915/16 916/5 917/20 948/9
952/5
Ballard's [2] 959/1 969/15
balls [19] 813/3 813/6 813/7 813/21
814/2 816/23 820/9 821/21 821/23
822/7 822/8 822/9 822/16 823/1 823/2
823/3 823/6 823/9 825/16
band [1] 866/2
bands [1] 865/15
bar [2] 889/13 906/17
BARBIER [1] 771/15 967/13
Barnett [16] 782/18 795/18 796/7
796/10 797/4 797/18 798/12 798/18
816/7 817/3 817/13 817/19 818/22
819/15 819/24 820/19
BARR [1] 772/3
barrel [6] 806/21 944/1 945/15 948/3
957/14 963/4
barrels [32] 794/22 801/9 801/13 805/24
805/24 806/20 807/5 807/7 810/2 812/4
944/15 946/10 949/12 949/23 953/22
953/22 954/2 956/7 956/7 956/11
956/14 957/5 957/7 957/19 959/10
959/14 961/24 962/7 971/12 974/13
974/17 974/19
BARRY [1] 773/23
base [3] 841/7 843/15 854/6
based [37] 818/4 820/23 830/5 831/24
838/13 839/2 850/5 851/2 852/21
852/23 855/19 858/11 858/13 858/17
865/1 866/11 879/19 887/12 902/24
902/25 907/10 915/24 927/12 930/21
934/18 944/17 947/25 948/18 948/20
949/6 951/20 951/22 957/16 958/19

964/7 966/1 970/19
basically [19] 843/9 846/3 846/4 869/19
893/16 896/17 912/8 914/7 919/14
929/7 929/11 933/17 939/11 941/16
942/22 944/13 944/19 946/14 947/6
basis [7] 815/2 815/15 815/20 815/25
859/25 918/21 968/24
Baton [1] 772/24
Baylen [1] 772/4
be [184] 777/3 782/4 784/22 788/12
788/20 790/11 794/25 796/20 799/1
802/9 804/5 804/15 806/1 807/13
807/17 809/10 812/21 818/25 821/1
821/12 821/22 823/2 824/7 825/21
829/20 829/23 829/25 835/15 840/1
842/14 843/14 843/17 844/2 844/4
845/5 846/6 847/1 848/21 848/25
850/21 853/10 853/14 854/20 855/19
856/12 856/23 858/10 858/11 858/13
859/9 859/9 859/10 859/15 859/25
861/19 862/25 863/23 864/8 864/14
867/5 867/9 870/10 870/18 871/6 871/9
871/16 874/25 875/20 879/1 879/4
879/10 879/19 880/4 881/16 881/19
881/21 881/24 881/25 882/4 883/21
884/12 885/7 885/16 886/4 887/21
889/18 889/20 892/2 892/10 893/17
894/8 894/24 895/16 895/17 897/17
898/3 898/5 898/16 899/15 900/3
900/12 900/25 901/17 901/21 902/7
904/12 904/17 907/8 912/20 912/21
912/24 913/2 913/17 917/4 918/20
919/5 920/4 921/1 921/20 922/2 922/10
922/13 922/16 923/13 924/2 924/4
924/6 924/10 924/12 925/2 925/3 925/5
926/3 926/5 926/7 926/8 926/18 926/19
929/20 929/22 930/3 931/15 931/21
931/23 931/25 938/3 938/14 938/25
939/1 939/23 939/23 939/25 940/7
941/20 942/8 943/22 945/3 945/10
946/16 946/20 947/8 947/23 947/24
948/1 949/18 950/7 950/17 950/20
951/2 951/4 951/5 951/21 953/16 954/8
957/6 959/21 960/9 960/10 962/4
963/22 965/20 967/3 970/8 973/21
Bea [1] 777/7
bear [1] 898/20
beat [1] 805/8
became [6] 778/8 778/10 823/12 836/4
837/16 842/20
because [33] 782/7 799/19 805/6
815/19 822/16 823/15 824/11 824/17
827/11 831/8 832/1 842/14 845/15
848/20 849/7 862/24 868/13 873/18
889/9 905/25 930/5 931/20 934/15
934/22 935/23 938/19 938/19 941/15
951/5 951/8 957/2 968/3 970/21
become [1] 866/19
been [52] 777/12 778/25 781/14 783/10
786/20 786/23 786/24 789/16 797/3
798/24 799/23 800/13 803/19 805/19
807/10 812/6 815/10 815/14 819/14
819/15 820/3 828/24 832/23 835/6
837/4 841/23 845/2 853/16 868/11
874/22 885/10 889/13 890/7 892/8
895/14 895/15 909/11 912/6 920/10
922/5 922/6 925/4 926/18 927/1 935/11
938/13 945/14 948/18 957/24 964/3
964/23 972/16
before [23] 771/14 784/7 798/25 802/25
803/3 806/11 815/14 819/19 836/7
850/24 852/5 865/25 867/12 906/25

910/19 912/3 913/22 914/8 947/22
913/4 959/4 965/21 967/241
began [1] 877/18
begin [4] 779/25 781/12 781/19 864/20
beginning [4] 798/8 800/24 872/4
947/17
behalf [11] 796/24 797/4 799/10 817/21
820/16 820/19 835/16 871/25 876/5
909/15 952/3
behind [1] 786/19
being [25] 803/18 812/7 824/17 828/8
841/8 857/16 863/16 863/19 864/2
869/1 869/20 877/8 894/11 912/10
924/15 928/6 928/8 928/11 930/18
937/12 945/23 954/11 967/1 973/2
974/17
believe [44] 783/3 789/8 791/4 804/14
820/13 824/16 838/4 853/18 871/2
877/22 877/22 877/23 882/16 883/4
884/6 884/10 885/3 885/16 896/19
898/3 903/25 926/21 926/25 939/2
945/10 950/12 950/18 951/11 951/21
952/16 952/18 952/20 952/23 953/24
955/8 957/20 958/10 958/14 961/6
963/5 965/20 971/9 971/25 972/3
believed [1] 943/21
below [8] 813/21 865/22 880/19 881/18
884/3 894/12 895/16 972/17
beneath [1] 847/25
BENSON [1] 773/11
Berwick [5] 857/25 859/9 891/19 906/8
906/22
besides [1] 804/7
best [15] 782/13 787/15 789/17 811/4
923/5 927/5 936/11 953/21 972/13
972/14 973/3 973/13 974/9 974/19
976/13
BETHANY [1] 773/13
better [4] 825/21 831/16 928/20 929/3
between [18] 785/1 786/23 819/15
848/8 855/12 859/13 865/2 879/25
880/17 889/24 893/6 902/23 903/1
903/15 905/12 906/19 921/8 963/1
beyond [6] 830/11 830/12 858/24 908/8
908/19 969/14
bias [2] 930/18 930/22
biased [2] 929/22 930/3
big [17] 817/15 817/15 819/10 819/10
819/16 823/16 824/21 824/24 825/10
825/25 826/1 826/10 833/24 847/16
854/5 920/22 951/4
biggest [2] 825/13 951/3
Bill [1] 791/17
binder [1] 868/10
Bingham [1] 775/14
bird [1] 828/10
bit [18] 782/22 783/4 784/14 785/6
789/25 791/10 792/24 807/23 831/19
836/8 836/21 872/3 873/18 910/20
911/20 925/7 928/23 975/17
bits [1] 852/19
BJ [4] 816/17 816/24 833/13 833/15
BJ Services [1] 816/17
blast [1] 923/12
blew [1] 810/24
block [1] 904/14
blocks [3] 850/5 850/7 851/10
blow [3] 779/5 802/19 803/9
blowing [1] 809/2
blown [1] 781/24
blown-out [1] 781/24
blowout [3] 781/9 782/17 783/15 808/25
811/9 828/14 828/18 829/25

**B**

blowouts [1] 834/15
blowup [1] 887/12
Blue [1] 833/13
Blue Dolphin [1] 833/13
blueprint [4] 781/13 781/16 781/19
782/3
blurry [1] 891/18
board [5] 833/24 833/25 844/23 949/19
957/17
Bob [5] 802/10 804/13 804/13 805/15
826/6
body [3] 841/3 841/4 862/3
BOLES [1] 774/3
bolt [5] 847/13 848/3 848/6 848/25
896/1
bolted [4] 847/2 849/4 882/5 896/19
bolts [8] 841/19 847/11 847/18 847/21
848/25 850/14 868/4 881/13
books [1] 804/18
boost [3] 849/6 853/12 904/13
Boots [4] 782/9 782/20 787/14 817/24
BOP [79] 781/16 805/11 809/11 812/21
824/12 825/14 829/19 831/21 834/19
834/19 834/20 834/20 836/4 837/16
837/20 838/5 838/11 838/18 838/23
839/7 839/19 839/23 840/1 840/7
840/19 840/25 842/4 842/9 842/17
842/24 843/4 844/17 846/11 846/22
847/5 849/10 849/15 849/21 850/16
851/16 852/2 852/10 864/2 864/2 870/1
870/5 870/14 870/25 872/8 873/15
873/15 873/17 873/19 873/19 873/20
873/22 873/23 873/23 874/3 874/3 874/24
879/4 879/23 889/25 890/1 914/7 922/9
922/15 923/22 923/22 924/7 929/24
932/19 934/4 940/21 942/9 947/9 959/9
967/1 972/19
BOP-on-BOP [7] 834/19 834/20 864/2
873/15 873/19 873/23 873/24
bopd [1] 806/10
bore [1] 924/10
both [19] 797/4 800/9 801/8 828/16
851/22 859/11 873/24 890/3 890/8
890/11 906/10 911/24 912/18 925/22
926/6 946/24 956/17 957/22 960/12
bottom [23] 781/3 787/7 808/12 808/13
813/15 813/17 814/19 819/7 843/10
843/15 850/6 855/8 866/14 879/1
881/16 883/19 887/17 893/1 895/12
901/3 937/8 942/11 942/14
bound [10] 925/10 927/6 933/3 939/6
939/15 940/3 943/23 945/8 947/12
970/12
boundary [4] 799/6 800/18 801/20 803/5
bounding [1] 939/17
bounds [1] 970/19
Bourgoyne [1] 791/7
BOWMAN [1] 775/4
box [17] 771/23 772/4 772/23 773/7
773/15 786/8 788/5 789/23 791/14
791/22 792/14 802/19 803/9 804/4
806/7 808/13 812/16
boxes [2] 960/12 965/2
BP [156] 771/10 773/17 773/18 773/19
773/20 773/21 773/22 774/2 774/3
774/4 774/5 774/6 774/7 774/9 774/10
774/11 778/2 778/4 778/17 779/9 781/4
781/19 782/18 783/15 785/14 786/12
786/21 786/25 787/12 787/18 787/19
788/16 788/18 788/24 790/17 793/1
793/1 794/3 794/3 795/1 795/2 796/11
796/24 797/5 798/2 799/9 799/10
800/24 801/9 802/2 802/11 802/24
804/7 804/24 810/6 810/9 810/23 811/7
811/19 812/1 812/2 812/12 814/6 815/2
815/15 815/25 817/21 820/16 827/21
828/16 835/16 835/20 835/21 836/18
837/2 860/6 872/3 872/13 872/16 873/6
873/24 875/3 875/18 876/5 876/7
876/18 877/5 877/18 878/4 878/7
880/24 881/4 882/15 882/25 883/22
885/1 885/11 885/19 885/23 886/5
886/16 887/22 888/9 888/23 888/24
889/4 889/5 890/2 890/6 891/10 892/23
893/8 896/21 897/9 897/19 897/23
899/6 903/1 909/15 909/23 909/24
909/25 910/15 911/22 913/24 916/11
917/24 921/3 927/11 940/3 947/20
948/4 949/11 949/14 949/22 952/5
952/24 953/20 954/11 955/11 956/19
958/13 960/23 963/3 965/6 967/14
967/24 967/25 968/7 968/15 969/4
969/24 970/14 970/17 974/18 975/14
BP's [17] 786/17 793/17 795/21 807/16
818/8 825/3 835/1 838/13 910/8 916/13
918/16 949/20 962/23 965/5 967/8
967/11 969/8
bpm [1] 806/10
BRAD [2] 774/19 952/3
Branch [1] 773/6
break [1] 975/19
Brennan [1] 774/15
BRIAN [3] 772/3 774/19 952/3
bridge [4] 800/1 809/10 812/21 824/19
bridged [1] 825/16
BRIDGET [1] 774/7
bridging [18] 801/21 806/25 808/2 808/5
812/11 812/14 812/21 812/23 813/1
813/4 813/23 816/19 821/12 821/15
822/2 826/22 826/23 827/4
brief [1] 797/9
briefings [5] 839/9 839/11 839/16 876/9
876/9
briefly [5] 784/20 836/2 838/11 913/23
924/22
bring [12] 785/9 843/1 844/14 846/16
848/23 853/21 855/3 857/23 865/10
870/8 906/12 909/9
bringing [1] 831/6
Brinker [1] 816/21
British [1] 861/6
broaching [1] 875/5
broad [2] 772/13 874/14
Broadway [1] 772/10
BROCK [21] 774/10 777/22 778/3 779/8
781/5 782/24 783/4 784/14 785/6
789/25 791/12 792/1 792/5 792/10
792/23 800/16 807/23 808/10 828/3
834/10 909/7
brought [12] 779/12 787/10 792/25
794/3 794/11 795/1 796/11 802/11
804/24 817/1 817/2 906/8
BRUCE [1] 775/4
buckets [1] 948/16
build [8] 856/10 865/16 865/17 899/16
902/11 905/19 922/23 922/24
building [3] 856/14 856/23 862/17
builds [1] 825/22
buildup [1] 920/5
built [3] 843/25 863/18 863/19
bulged [1] 847/17
bullet [6] 793/5 809/4 812/19 813/3
814/2 943/15
Bullhead [3] 784/22 790/7 793/3

bunch [4] 817/15 819/10 920/14 926/2
burst [2] 875/11 875/14
business [2] 779/10 816/12
busy [1] 865/13
but [93] 781/23 783/2 783/9 784/6
784/15 786/5 786/25 787/3 788/21
789/18 790/1 795/1 796/19 797/9 804/9
805/8 806/16 810/16 811/7 812/6 814/6
814/8 815/20 816/11 817/2 817/18
818/13 820/2 823/11 823/24 825/16
825/21 832/24 841/7 845/3 847/12
849/24 851/3 852/12 857/13 859/3
860/12 865/13 873/6 873/25 874/9
875/15 876/4 879/18 879/21 881/19
882/14 883/4 890/17 890/24 891/2
891/11 892/13 893/13 898/3 898/5
900/20 901/5 901/9 902/15 902/24
908/22 909/1 918/20 923/12 924/19
926/1 927/6 927/14 931/4 931/17
933/16 934/19 936/24 947/10 947/25
950/15 952/23 953/9 958/10 960/10
965/20 966/18 967/18 970/3 970/8
973/3 975/13
button [1] 831/20

**C**

CAD [1] 887/22
cake [1] 871/5
calculate [1] 953/1
calculated [4] 813/20 942/2 942/6
953/11
calculating [1] 967/2
calculation [1] 962/3
calculations [2] 802/14 970/16
CALDWELL [1] 772/22
calendar [1] 898/4
California [2] 774/4 774/22
call [13] 777/15 777/21 777/24 782/8
787/17 834/2 835/3 883/19 883/24
886/10 890/16 941/19 941/20
called [17] 782/17 782/20 786/17 795/15
812/25 842/8 842/11 873/8 873/20
875/21 883/23 883/23 936/23 941/16
942/20 958/21 966/14
came [15] 785/15 837/3 839/15 858/14
858/25 869/4 869/21 888/1 901/15
909/1 956/18 957/17 957/23 958/5
965/17
cameras [1] 833/10
Cameron [9] 822/6 822/11 822/12
822/13 822/14 822/18 822/19 839/1
899/3
Cameron's [1] 834/18
camp [2] 773/4 873/11
Campbell [15] 782/18 795/18 795/24
796/3 796/5 796/10 796/16 797/4
797/18 798/18 799/8 799/16 816/7
817/4 819/24
Campbell's [1] 797/13
can [181] 784/12 784/16 787/6 787/15
789/20 789/21 789/22 791/14 791/21
792/13 792/14 792/18 792/19 792/20
793/19 793/22 796/18 797/11 799/14
802/15 802/18 802/19 803/1 803/9
804/9 805/6 805/12 805/16 806/6 808/7
808/12 808/20 809/1 810/11 812/15
818/1 818/21 819/5 819/10 819/19
820/4 821/8 821/10 823/4 824/4 824/9
829/20 829/22 830/17 830/2 831/15
831/21 833/5 835/17 836/2 836/9
836/14 836/17 836/21 837/5 838/5

C

can... [115] 838/11 840/7 840/21 841/12
841/14 843/1 843/3 846/16 846/21
847/8 849/21 849/24 851/18 853/21
853/24 855/3 855/12 856/9 858/3 861/8
861/22 862/3 862/11 862/20 863/9
863/11 865/10 865/12 865/13 866/12
866/8 867/18 867/20 869/14 869/23
870/7 870/8 870/13 873/10 875/24
880/17 884/20 884/25 885/21 891/2
900/6 900/15 906/17 906/18 910/22
911/15 911/20 913/8 913/23 915/13
915/25 916/5 918/2 918/20 919/23
920/1 920/4 920/6 920/18 921/6 921/12
923/9 923/11 923/12 924/19 925/24
926/7 926/8 927/13 927/16 927/19
927/21 927/22 928/14 929/18 929/20
931/18 931/23 932/7 933/4 933/20
935/15 936/2 936/16 936/25 937/14
937/23 939/10 940/23 941/9 941/13
941/24 942/7 942/14 943/9 944/24
946/4 946/25 947/9 949/2 953/9 957/21
961/12 963/12 964/7 969/20 969/21
970/3 973/4 974/14
can't [24] 788/20 789/18 807/8 815/18
820/5 820/8 831/8 852/12 857/9 858/14
873/11 880/13 882/11 882/13 883/4
892/13 926/7 927/14 931/5 931/6
965/15 965/20 968/2 970/7
cannot [4] 806/10 884/19 902/3 939/1
cap [13] 842/12 843/11 843/16 843/23
844/5 854/16 878/8 878/13 878/24
890/3 898/13 903/4 938/5
capabilities [2] 846/8 846/9
capable [1] 949/7
capacity [3] 860/8 862/23 937/8
Capital [1] 772/16
capped [4] 888/17 890/9 899/14 900/8
capping [164] 837/25 838/3 838/20
838/25 839/20 839/24 840/8 840/14
841/1 841/25 842/3 843/20 844/9
844/18 845/4 845/11 847/7 850/4 851/8
851/15 851/18 853/10 854/9 854/11
854/11 854/13 854/14 854/17 854/21
854/22 855/1 855/5 855/7 855/13
855/13 855/16 855/18 855/22 855/25
856/7 856/8 856/11 856/15 856/16
856/17 856/20 856/20 857/1 857/2
857/3 857/22 858/6 858/11 858/15
858/16 858/20 858/22 858/24 859/10
859/24 860/2 860/13 860/17 860/19
861/3 861/4 861/9 861/16 861/19
861/19 862/22 863/1 863/2 863/7
863/14 863/19 863/22 863/25 864/6
864/9 864/13 864/20 864/23 865/3
865/8 865/16 865/18 865/19 865/20
865/23 866/1 866/13 867/16 868/1
868/4 868/11 868/22 869/12 870/2
871/4 872/23 873/3 873/6 873/8 873/12
873/25 874/25 875/14 877/19 877/23
877/25 882/3 882/6 885/12 889/14
889/23 889/25 889/25 890/3 890/9
890/16 890/18 890/21 890/24 890/25
894/11 896/9 897/4 897/5 898/10
898/12 899/8 899/12 899/13 900/7
900/11 900/20 900/20 901/2 901/4
901/6 902/7 902/23 902/24 903/2
903/15 904/8 904/19 904/21 905/2
905/6 905/8 905/12 905/17 905/21
906/6 906/9 906/20 906/23 908/7
908/16 908/19 908/23 909/2
Captain [2] 957/12 963/1

Captain Little [2] 957/12 963/1
Captain M [2] 957/25 957/4
car [1] 821/9
carbon [1] 899/17
care [3] 820/10 820/20 951/8
career [2] 815/23 913/12
careful [1] 845/20
CARL [50] 771/15 777/24 779/4 779/5
780/8 780/14 780/17 784/12 784/17
785/9 785/22 786/7 786/9 787/6 787/25
788/5 788/16 789/20 789/22 789/23
791/13 791/15 791/21 791/22 792/13
792/14 792/18 792/20 793/19 793/21
793/22 802/15 802/16 803/8 803/9
803/15 803/25 806/6 806/7 806/7
808/12 808/20 812/15 813/16 818/21
819/5 820/4 824/1 824/4 824/10 824/13
CARRIE [1] 773/21
case [51] 794/7 795/10 796/12 797/19
845/9 848/1 850/21 867/10 892/10
898/3 910/17 913/23 915/4 916/7 917/3
917/21 928/16 928/17 929/16 930/22
931/10 934/19 936/24 937/9 937/22
938/7 942/15 944/11 946/2 946/19
947/3 947/12 948/3 948/7 949/5 949/18
950/3 950/10 950/11 955/22 956/10
956/17 959/8 959/8 959/13 960/13
962/3 962/11 963/4 963/7 970/6
cases [7] 947/8 950/13 961/10 961/11
961/21 961/23 972/18
casing [8] 879/1 879/15 922/5 922/6
922/6 924/3 924/4 946/23
catch [1] 907/20
categories [1] 940/19
caused [1] 821/24
cavity [1] 848/8
cc'd [2] 898/25 901/23
CCR [3] 775/18 976/10 976/18
CDP [7] 914/2 914/5 914/6 914/11
914/15 914/20 915/3
cement [2] 809/8 925/6
cemented [1] 925/4
cementing [1] 812/22
center [2] 845/3 866/20
centralized [3] 850/1 851/13 866/19
centrally [1] 845/6
CEO [3] 958/12 975/8 975/14
CERNICH [1] 773/12
certain [10] 800/14 804/25 819/11
842/14 846/7 865/22 910/16 929/21
933/18 945/24
certainly [10] 918/21 922/24 923/11
930/7 948/24 950/16 950/22 952/15
967/19 970/4
CERTIFICATE [1] 976/9
certify [1] 976/12
chain [1] 927/20
CHAKERES [1] 773/12
challenge [1] 852/18
challenges [9] 844/8 844/12 844/16
846/11 846/14 846/22 847/9 849/10
849/16
chamber [2] 843/14 843/25
chance [2] 815/3 815/17
chances [2] 797/6 814/21
change [15] 852/22 854/23 870/19
889/5 908/1 908/21 929/22 930/13
942/13 942/16 942/17 944/2 950/20
956/21 958/5
changed [7] 853/7 854/24 855/1 905/21
905/23 908/24 963/10
changes [10] 900/11 905/21 907/10

908/19 908/21 909/1 928/22 929/14
931/4 957/6
characterize [1] 965/7
charge [1] 833/7
charged [1] 816/12
Charles [4] 772/14 898/23 898/24
908/13
chart [20] 810/9 956/18 956/20 957/22
959/19 960/6 960/7 960/16 960/18
961/17 962/6 962/11 962/18 962/18
962/19 962/23 962/24 963/10 964/5
964/23
chartered [1] 836/15
charts [1] 904/20
check [4] 901/2 944/14 944/23 945/16
checks [2] 803/17 950/3
chemical [1] 911/8
Chevron [1] 787/22
chewed [1] 813/10
chewed-up [1] 813/11
Chicago [1] 773/24
choke [5] 821/25 822/15 822/17 870/17
870/18
chose [1] 941/20
circular [1] 847/13
circumstances [1] 852/6
cited [1] 926/11
city [2] 923/10 933/14
Civil [1] 773/6
clamping [1] 848/11
clarification [1] 915/17
clarify [5] 856/9 858/3 872/12 880/17
973/5
clashing [1] 853/3
claw [1] 853/6
clear [11] 790/1 796/9 799/5 849/24
859/18 859/20 859/21 883/21 890/24
898/3 940/7
clearly [2] 789/9 860/12
clips [1] 834/24
clogging [2] 821/24 822/1
close [9] 800/1 800/2 831/22 847/18
856/13 862/25 864/19 881/6 938/25
close-in [1] 864/19
close-up [1] 881/6
closed [7] 854/18 859/5 864/18 870/18
870/21 905/24 924/8
closely [1] 845/14
closer [2] 846/18 873/10
closing [2] 870/18 870/21
closure [1] 864/16
Coast [10] 839/11 876/4 876/6 876/7
876/8 876/11 876/16 876/17 876/25
877/6
Coast Guard [10] 839/11 876/4 876/6
876/7 876/8 876/11 876/16 876/17
876/25 877/6
cofferdam [1] 872/21
collaborating [1] 817/7
collaborative [6] 783/9 786/23 801/5
817/2 817/23 831/17
collaboratively [1] 816/8
collapse [2] 828/13 828/17
colleague [1] 899/6
colleagues [3] 897/23 903/1 903/14
collect [1] 914/7
collecting [1] 862/22
collection [11] 829/4 829/5 861/20
862/23 863/4 863/7 863/17 863/21
863/23 864/3 914/6
collectively [1] 817/9
college [2] 836/12 911/6
COLLIER [8] 773/22 835/15 861/11

C

COLLIER... [5] 872/3 873/17 878/5 890/7 908/9
Collier's [1] 874/12
come [11] 801/19 829/24 839/13 846/3 848/5 864/15 922/7 927/5 931/18 944/14 954/4
comes [2] 885/1 920/1
coming [11] 835/4 849/2 854/2 872/6 922/4 922/5 925/9 938/4 947/20 947/24 951/4
command [14] 807/24 807/25 808/11 808/25 813/22 814/6 814/17 834/2 945/18 967/14 967/24 968/8 972/1 974/17
commence [2] 781/20 815/12
commenced [6] 798/8 802/25 803/3 808/1 810/25 811/9
commencement [4] 807/12 815/2 815/16 819/12
commencing [3] 799/9 815/24 816/14
comment [2] 807/8 815/18
common [2] 822/20 823/2
commonly [1] 942/25
communicate [2] 874/25 970/18
communicated [5] 797/5 827/20 827/22 967/20 970/21
communicating [1] 832/22 876/10
communication [4] 784/2 902/6 932/13 962/25
communications [2] 970/6 971/18
companies [2] 816/24 839/4
company [8] 773/19 773/22 774/4 774/7 774/11 775/12 775/15 909/22
company's [1] 954/12
compare [1] 963/7
competence [1] 952/13
competent [2] 952/15 952/16
COMPLAINT [1] 771/7
complete [8] 782/6 829/24 852/12 866/1 881/12 900/20 901/4 901/5
completed [3] 798/25 868/15 902/7
completely [2] 778/24 814/17
completing [1] 802/4
completion [6] 844/6 899/18 900/1 901/16 903/9 972/17
complexity [1] 842/20
component [6] 827/1 878/23 882/9 883/9 895/6 897/13
components [11] 825/14 826/21 828/10 833/8 859/13 883/20 895/6 896/14 896/16 900/19 901/5
comprehensive [1] 782/14
comprised [1] 881/9
computer [2] 775/25 952/25
computer-aided [1] 775/25
concept [3] 855/5 883/16 907/17
concern [6] 798/6 799/1 822/6 822/14 862/24 974/19
concerned [1] 907/15
concerns [1] 863/1
concise [1] 799/5
conclude [3] 815/2 815/15 815/25
concluded [1] 812/2
conclusion [1] 794/19
conclusions [1] 927/14
condition [10] 851/23 852/9 901/9 905/25 908/18 908/23 920/20 930/12 930/13 932/19
conditions [32] 782/5 799/6 800/18 801/20 803/5 808/25 845/24 852/7 927/12 928/22 929/14 929/23 930/23

932/15 936/1 937/6 937/22 938/25 938/25 941/12 947/7 948/14 941/14 945/24 947/7 947/15 948/22 949/15 950/22 960/14 962/14
conduct [5] 852/2 921/21 924/24 927/23 968/21
conducted [7] 846/6 851/17 851/19 868/5 906/19 920/4 924/15
conducting [4] 832/6 832/10 916/20 916/21
conduit [1] 805/5
confidence [3] 798/14 798/16 798/17
configuration [1] 829/19
confirm [3] 834/4 834/5 900/6
confusion [1] 969/12
connect [7] 874/20 877/25 890/1 896/9 904/8 906/6 906/9
connected [3] 859/10 895/17 906/22
connecting [4] 841/3 841/5 844/9 865/8
connection [56] 777/7 840/13 840/15 842/4 842/8 842/24 843/3 843/11 844/5 844/20 844/24 845/24 846/12 846/23 846/25 846/25 847/4 847/6 847/7 847/10 847/22 853/9 855/9 863/3 863/3 865/18 866/12 882/4 882/4 882/7 889/6 889/19 889/23 889/24 896/7 903/7 904/17 906/6 906/19 906/24 908/6 913/4 914/11 915/3 916/16 917/3 919/2 920/10 920/15 921/2 934/9 943/5 944/11 945/1 947/3 966/13
connections [35] 836/5 837/16 837/20 838/5 838/11 838/18 838/23 839/7 839/19 839/23 840/8 840/25 842/5 842/10 842/17 842/24 843/4 844/17 846/11 846/22 849/11 849/15 849/22 850/16 851/17 852/2 852/10 870/1 870/5 870/14 870/25 871/3 872/8 873/18 873/21
connector [3] 873/3 880/18 896/8
ConocoPhillips [1] 787/21
consensus [4] 793/14 826/8 827/19 828/22
conservative [1] 823/24
consider [2] 794/23 804/15
considerations [1] 790/11
considered [4] 807/13 828/13 924/2 965/19
consistent [7] 833/22 877/21 892/19 931/25 941/3 944/22 945/17
consists [3] 888/6 895/21 895/21
constant [3] 925/25 926/1 956/7
constraints [1] 846/9
constructed [1] 863/17
construction [1] 854/3
constructive [1] 790/17
consulting [1] 914/1
contain [3] 829/11 867/24 889/5
contained [1] 867/25
containment [16] 835/23 854/16 862/17 863/16 867/4 874/11 874/12 874/14 874/15 874/17 874/19 874/23 875/1 906/1 914/2 914/4
content [1] 861/5
context [6] 803/14 803/17 805/1 820/13 897/11 952/23
contingencies [1] 850/19
contingency [1] 813/3
contingent [2] 808/16 825/20
continue [2] 817/19 857/1
continued [1] 817/20
continuing [1] 828/7
continuously [1] 838/15
contract [1] 798/2

contractors [1] 787/1
contracts [1] 787/14
contrary [2] 798/1 800/6
contributor [1] 801/2
control [73] 778/6 778/9 778/10 778/12 778/14 778/18 779/11 779/11 779/15 779/18 779/24 780/2 780/22 781/7 781/8 781/10 781/13 781/14 782/8 782/9 782/12 782/18 782/20 783/14 783/19 786/12 787/12 787/16 788/24 790/18 795/15 795/24 796/2 796/4 798/2 802/10 804/16 807/16 814/14 815/5 815/21 816/7 816/14 816/20 817/9 818/7 818/10 819/9 826/3 826/6 829/13 829/18 830/16 831/14 831/18 831/21 834/21 837/9 856/14 856/25 872/14 875/20 905/17 910/8 910/15 913/24 928/20 928/21 929/12 931/11 931/14 932/1 949/1
control-type [1] 781/13
controlled [2] 846/7 864/16
controlling [1] 838/22
convenient [1] 975/19
conventional [3] 847/3 847/6 851/1
converging [1] 865/24
conversation [6] 807/9 817/18 818/18 819/15 825/5 825/7
conversations [10] 798/9 798/17 812/5 812/6 817/3 817/25 818/15 819/23 820/3 927/17
convert [2] 854/17 859/3
converted [3] 856/12 905/24 964/23
Cook [2] 834/19 834/25
coordinating [1] 865/22
Coots [4] 782/9 782/21 787/14 817/24
copied [2] 783/17 964/5
copies [1] 899/17
copy [2] 900/14 963/20
COREY [1] 772/19
corner [2] 956/13 964/15
corners [1] 965/3
corporate [7] 860/8 916/11 916/14 917/10 965/5 969/8 969/10
Corporation [2] 775/11 775/15
correct [293]
correcting [1] 974/8
correctly [6] 785/20 827/12 869/21 881/14 881/15 906/23
correlation [1] 938/13
correspondence [1] 974/21
corresponding [1] 937/21
could [132] 777/24 779/4 779/5 780/8 780/13 785/9 785/10 786/7 786/7 786/8 791/13 799/1 799/2 800/2 801/16 801/21 801/22 802/6 803/8 805/23 807/19 807/20 807/20 810/4 810/17 810/18 810/19 811/15 811/25 811/25 812/3 817/15 818/4 818/5 819/16 820/12 820/12 820/14 821/12 821/15 823/10 823/22 824/16 824/19 825/13 828/17 828/23 831/20 833/12 834/2 840/1 840/4 844/2 844/14 844/16 845/21 847/19 848/1 848/5 848/16 848/25 850/21 851/25 853/6 853/8 853/10 853/16 861/19 863/4 864/17 866/1 866/1 867/7 867/9 868/6 868/11 869/6 870/22 890/5 896/5 906/12 906/24 907/14 909/19 912/24 914/21 919/17 922/2 922/24 923/13 924/11 926/5 927/1 927/5 928/3 928/5 929/25 930/7 930/8 930/9 930/10 931/2 931/3 931/3 931/21 934/16 936/14 939/21 940/21 942/9 944/4 944/15 945/7

**C**

could... [19] 947/24 948/24 948/25
949/18 950/4 950/7 953/16 953/25
954/2 954/4 957/15 961/18 964/7
968/25 969/15 970/7 970/12 970/13
970/24
couldn't [14] 800/6 800/22 805/9 820/15
823/18 843/17 850/3 888/8 901/19
930/5 930/25 931/1 951/18 953/22
counsel [4] 832/25 856/1 900/10 915/19
counterclockwise [1] 893/17
counterfactual [2] 935/24 950/14
country [1] 787/11
couple [2] 859/17 907/17
course [14] 834/4 847/23 874/21 899/15
900/24 901/11 904/15 904/17 918/15
922/18 924/11 927/23 927/23 951/7
courses [1] 912/11
court [38] 771/1 775/18 829/16 832/14
833/2 835/17 840/7 843/3 863/11
865/12 865/13 894/9 894/21 909/20
910/20 911/4 911/20 912/17 913/8
913/23 914/4 915/8 916/6 918/2 921/12
923/2 928/16 932/5 936/16 937/23
941/13 947/16 948/13 949/4 950/1
976/10 976/11 976/19
courtroom [2] 821/1 967/23
cover [9] 779/18 792/6 867/15 892/19
901/14 933/8 937/3 939/13 961/22
covered [5] 878/5 890/3 890/8 890/11
890/23
covering [2] 890/7 955/22
covers [1] 898/1
Covington [1] 774/9
create [4] 783/2 921/21 924/9 942/23
created [10] 844/3 848/11 872/13
896/20 897/23 903/5 903/19 904/8
904/24 939/24
creating [2] 799/12 844/20
credentials [1] 836/14
crimped [1] 923/24
crimping [1] 847/15
crimps [1] 924/1
crisis [1] 838/14
critical [2] 851/12 955/12
criticize [1] 967/7
criticizing [1] 832/25
cross [18] 773/13 777/13 777/18 777/19
830/12 871/21 871/24 872/2 880/22
900/12 904/22 908/4 908/9 908/13
913/17 915/23 952/1 974/1
cross-examination [12] 777/13 777/18
777/19 871/21 872/2 880/22 900/12
904/22 908/8 908/13 915/23 952/1
cross-examine [1] 871/24
cross-examining [1] 913/17
crumple [1] 907/14
Cudd [4] 782/9 782/20 787/16 817/24
culminates [1] 898/9
culprit [1] 824/17
cumulative [1] 963/4
current [3] 835/21 910/1 912/4
currently [6] 835/19 909/22 909/23
910/2 932/11 933/18
curriculums [1] 790/25
Curtis [9] 898/23 898/24 899/17 900/1
901/15 901/20 902/5 903/9 908/13
Curtis' [5] 900/3 901/12 903/6 903/7
903/11
curvature [2] 939/12 958/5
curves [1] 956/21
cut [12] 837/23 841/17 841/23 844/19

844/22 845/1 850/21 866/6 866/9
866/10 866/16 874/12
cutting [2] 841/21 847/14
CV [2] 771/7 771/9

**D**

D-23207B [1] 921/6
D-23209 [1] 944/4
D-23212 [1] 910/22
D-23213 [2] 911/15 911/17
D-23214 [3] 917/18 928/14 949/3
D-23231A [2] 872/5 889/9
D-23272A [1] 840/4
D-23274A [1] 841/12
D-23275 [1] 846/16
D-23276 [1] 844/14
D-23766 [1] 849/19
D-23774A [1] 855/3
D-23885 [1] 946/4
D-23922 [1] 936/2
D-23923 [1] 940/23
D-23934 [2] 865/10 906/12
D-24355 [1] 853/21
D-25015C [1] 810/14
D.C [5] 773/8 773/16 774/8 774/11
775/16
D23208 [1] 928/24
daily [9] 839/9 917/25 918/15 918/21
921/4 924/24 926/19 949/11 965/8
Dallas [1] 775/6
damage [4] 844/20 925/13 925/13
933/24
damaged [3] 837/23 844/19 866/9
damaging [1] 849/1
dark [1] 846/2
data [17] 807/19 807/20 809/25 810/4
810/7 823/19 823/22 864/19 937/17
938/13 967/8 967/12 967/15 969/12
970/4 972/16 972/18
date [20] 808/13 867/20 877/15 885/14
885/16 886/1 887/10 891/1 892/5
892/19 897/14 898/16 899/16 899/18
900/1 901/1 901/16 903/9 903/1
908/18
dated [12] 883/1 886/20 887/18 888/15
891/13 896/22 898/25 901/10 903/25
947/14 955/5 961/7
dates [2] 827/13 906/18
Dave [4] 795/18 797/18 818/22 819/8
David [6] 782/18 796/7 796/10 834/18
834/25 899/3
DAVIS [1] 774/20
DAVIS-DENNY [1] 774/20
day [36] 771/14 788/10 801/12 805/24
806/20 807/5 810/2 812/4 831/15
839/13 888/17 944/1 944/15 949/12
949/23 954/2 956/7 956/11 956/14
957/6 957/7 957/14 957/19 958/15
959/10 959/14 959/20 959/25 960/8
961/24 962/7 963/4 971/13 974/13
974/17 974/19
days [9] 818/12 820/1 820/2 838/14
888/20 902/17 903/1 903/3 903/15
DDII [1] 902/18
dead [1] 816/3
deal [6] 818/7 818/8 818/8 853/2 926/10
934/11
dealt [1] 886/23
Dear [1] 899/8
DEBORAH [1] 775/12
debris [3] 844/25 866/14 866/16
decided [1] 922/2
decision [2] 829/5 875/19

decision-making [1] 875/19
decision [1] 944/14
decks [1] 916/22
deep [3] 800/10 800/13 846/2
deepwater [36] 771/4 774/13 774/14
774/16 774/17 774/19 774/20 778/2
779/10 779/15 781/9 781/24 782/17
783/15 783/19 794/16 795/11 798/24
815/9 815/11 815/13 832/7 832/19
832/23 835/25 836/25 837/10 837/24
841/24 846/1 850/25 863/15 867/2
868/1 879/23 910/9
Deepwater Horizon [13] 782/17 783/15
835/25 837/10 837/24 841/24 846/1
850/25 863/15 867/2 868/1 879/23
910/9
define [1] 942/24
defined [1] 812/11
definitely [3] 807/14 915/21 936/24
definitive [7] 807/19 807/20 809/24
810/4 812/8 823/19 823/22
definitively [1] 789/18
deformed [1] 850/22
degree [5] 821/24 822/17 836/11 869/17
926/17
deliver [1] 793/8
delivered [2] 793/6 793/9
delivering [1] 833/17
delivery [2] 872/10 872/10
demonstrate [4] 843/5 844/7 845/11
851/23
demonstrated [1] 868/13
demonstrative [8] 777/6 841/9 854/25
861/8 865/6 875/21 921/13 962/16
DENNY [1] 774/20
dented [1] 923/23
Department [2] 773/6 773/9
dependent [2] 826/24 973/2
depends [2] 806/3 822/24
depicted [1] 922/4
depicting [1] 956/10
depicts [1] 956/14
depletion [6] 956/20 956/24 957/13
958/24 963/3 971/11
deposition [16] 780/6 796/15 797/14
818/21 824/1 834/24 855/17 860/7
876/12 876/14 877/8 927/7 941/1
954/15 954/18 959/2
depositions [2] 834/12 834/13
depth [1] 869/3
describe [23] 784/20 836/2 836/14
836/17 837/5 838/5 838/11 841/14
843/3 846/21 847/8 849/21 851/18
851/25 853/24 855/12 869/14 871/3
912/17 916/5 923/6 933/15 934/21
described [11] 801/8 830/7 846/10
849/12 853/1 872/24 874/12 913/9
914/5 935/19 948/13
description [6] 789/22 789/23 831/6
871/5 901/12 938/5
design [39] 801/4 805/4 838/7 842/7
842/9 852/23 854/22 860/4 885/7
885/20 885/23 885/23 886/1 886/4
886/8 886/23 887/9 887/10 887/16
888/1 888/5 889/6 892/24 905/3 905/21
907/18 908/1 908/19 914/12 925/3
931/14 931/19 931/20 946/13 946/15
948/25 950/3 950/11 951/10
designated [1] 965/5
designed [17] 805/3 825/22 843/16
845/16 853/14 867/8 867/8 883/15 884/8
890/4 914/6 914/21 924/5 931/15
931/23 934/11 934/15 934/17

Case 2:10-md-02179-CJB-DPC Document 10477 Filed 04/29/13 Page 216 of 241

designing [6] 781/22 800/23 911/25
934/18 946/16 947/4
desired [1] 850/15
detail [5] 829/16 836/21 841/10 841/15
847/8
detailed [7] 811/10 829/11 830/15 867/6
868/5 886/8 886/11
details [3] 781/12 832/24 851/5
determine [8] 814/20 864/18 918/5
925/24 934/16 944/17 966/16 966/18
develop [9] 782/3 829/7 831/24 845/6
848/20 854/16 857/23 904/16 908/6
developed [14] 778/15 786/21 800/18
801/6 842/4 849/16 849/22 850/8
850/17 851/5 855/25 864/2 883/16
908/5
developing [2] 858/19 859/24
development [15] 780/1 835/23 836/24
837/3 838/8 854/10 854/11 856/7 857/1
857/2 861/16 889/19 901/11 905/18
911/24
device [27] 837/25 840/20 841/21 843/8
844/24 847/20 852/17 852/18 854/16
861/20 866/9 866/18 875/14 883/19
889/23 889/24 894/6 894/7 895/17
895/20 895/22 900/21 904/11 905/6
905/25 907/5 907/5
devices [5] 794/22 800/20 846/7 897/12
897/12
devise [4] 837/25 846/8 847/5 848/4
devised [2] 850/4 907/5
devises [1] 880/19
Dexter [1] 772/20
dextrous [1] 846/5
diagram [4] 841/16 847/17 848/15
890/21
diameter [6] 823/15 841/18 880/8
880/11 881/20 938/24
Diameters [1] 813/20
did [187] 778/6 778/8 779/13 783/8
783/23 786/15 788/3 788/9 790/12
791/3 795/3 796/11 796/14 798/18
799/8 799/16 800/2 800/3 801/4 801/4
803/2 803/7 803/13 803/22 806/18
806/22 807/3 809/14 809/15 810/7
810/7 814/12 815/4 815/20 816/19
817/13 817/17 817/19 818/6 818/10
818/11 821/18 822/6 822/14 823/7
824/7 825/7 826/17 827/9 828/12
828/16 829/3 829/10 832/8 832/19
833/24 836/1 837/17 838/2 838/18
838/20 838/23 839/7 840/14 840/25
842/3 842/6 842/13 842/17 844/1
844/21 846/11 848/19 849/9 849/10
852/2 852/10 852/22 854/22 855/22
856/6 856/19 857/1 857/13 858/5 860/6
860/14 861/2 861/14 861/17 861/18
861/21 863/6 864/8 864/20 867/23
868/24 870/14 873/19 875/13 876/15
876/16 879/18 879/20 881/14 883/8
887/7 889/2 889/2 890/18 901/19
901/22 902/1 902/5 905/2 905/9 908/1
908/5 910/8 910/10 914/14 914/16
914/19 915/11 915/12 916/6 916/15
917/9 917/12 917/14 917/15 918/12
918/14 920/14 920/24 925/14 925/16
927/10 928/10 928/13 930/15 935/9
935/20 936/10 936/20 941/16 941/16
941/22 942/3 942/3 943/21 943/25
944/1 944/3 946/7 947/14 947/19 948/6
949/14 952/6 959/11 964/9 964/12

965/19 965/21 965/22 966/7 966/9
970/20 971/19 972/2 972/6 972/12
972/21 973/1 973/6 973/7 973/8 973/9
973/10 973/19 974/7 974/8 974/9
974/13 975/7 975/14
didn't [64] 783/6 784/8 795/2 795/8
795/13 798/23 799/22 801/19 801/25
802/1 805/3 805/7 805/7 806/5 809/15
809/17 809/19 809/24 809/24 818/4
820/10 820/20 827/6 830/14 866/19
873/18 873/22 874/3 874/5 874/7
875/18 883/18 893/13 900/24 901/24
908/4 920/23 927/3 930/5 934/3 934/19
934/20 934/22 936/19 938/14 938/16
949/10 954/15 958/16 959/15 961/13
964/11 964/13 965/14 965/18 966/8
968/2 971/8 971/14 971/18 973/14
973/19 973/21 975/15
difference [3] 905/12 920/22 921/8
differences [3] 855/12 905/15 921/10
different [60] 778/24 781/8 805/2 805/4
811/3 811/13 817/1 829/20 829/20
829/21 830/1 831/3 831/19 850/8
855/10 857/7 860/3 870/14 877/7
882/24 907/6 911/13 912/23 914/1
919/9 919/10 920/2 920/6 920/18
920/20 923/25 924/10 925/1 927/4
927/17 928/20 928/21 929/7 929/17
931/13 936/22 939/12 941/17 941/25
942/1 942/1 942/13 942/22 943/5 943/6
943/6 943/6 946/22 949/1 953/4 960/10
960/17 961/21 966/23 969/2
difficult [4] 829/24 841/2 841/8 848/21
diligence [1] 783/22
dimension [1] 880/18
dimensions [3] 879/15 879/17 880/13
DIRE [1] 909/17
direct [18] 777/22 787/17 792/5 795/7
835/11 835/16 874/12 876/3 878/17
879/14 879/17 883/6 886/22 887/15
905/16 906/14 909/16 913/20
direction [5] 816/8 816/11 816/16
818/14 909/1
directions [1] 833/15
directly [4] 847/12 872/24 874/8 975/7
director [1] 834/14
discard [1] 962/5
discharge [8] 917/25 921/4 924/24
924/25 926/19 948/3 948/7 949/8
discipline [1] 796/6
discounted [1] 841/7
discounting [1] 825/6
discrete [2] 926/20 926/25
discretized [1] 939/10
discuss [5] 793/2 806/11 910/19 913/22
932/10
discussed [10] 777/22 778/22 783/20
791/25 798/7 812/9 826/21 829/18
864/5 906/14
discusses [1] 846/14
discussing [3] 788/13 836/7 936/5
discussion [1] 908/4
discussions [2] 807/3 828/15
disk [2] 875/11 875/14
disks [2] 828/13 828/17
dispersion [1] 973/4
disposal [4] 874/17 874/19 914/2 914/4
dispute [3] 786/3 928/7 928/9
distributing [1] 806/11
DISTRICT [5] 771/1 771/2 771/15
976/11 976/11
diverted [1] 800/21
Division [1] 773/6

divisions [2] 782/13 782/15
Dmitri [2] 781/19 786/13
795/5 802/6 802/14 803/11 805/9 807/1
807/20 809/6 814/4 814/9 814/25
818/16 825/16 828/15 829/12 830/1
830/2 830/22 831/13 831/14 831/16
831/20 831/23 831/25 839/13 841/9
841/11 844/23 845/20 852/18 860/14
861/25 862/2 862/18 862/19 866/3
866/5 867/15 869/8 869/16 876/19
876/20 877/1 877/19 879/16 880/15
881/2 883/25 884/24 885/8 885/9
885/23 886/1 886/3 886/15 886/20
886/21 889/14 889/16 889/16 891/7
891/14 891/15 891/22 891/23 892/6
892/7 892/16 892/18 896/23 896/25
897/6 897/7 897/19 898/5 899/1 899/2
899/10 902/17 902/19 903/25 904/2
904/3 904/4 904/21 908/13 908/17
909/22 916/2 916/15 917/14 918/5
919/11 919/24 921/16 921/17 926/21
927/5 927/22 929/12 930/4 933/11
933/21 934/11 934/19 934/25 936/7
937/2 939/5 941/18 945/5 949/24 950/2
950/3 951/7 952/6 952/12 952/13
952/17 953/2 954/9 955/10 955/22
957/18 958/9 958/19 960/12 960/14
960/21 961/4 962/13 962/22 963/3
963/7 963/17 963/25 966/19 967/15
967/19 968/1 968/4 968/10 968/17
969/6 969/14 969/16 969/25 970/2
971/21 972/2 975/3 975/10 976/3
976/12
Docket [3] 771/4 771/7 771/9
document [44] 777/16 778/19 778/21
778/22 778/23 778/25 779/20 780/3
780/3 780/22 781/3 781/10 781/18
781/21 781/23 782/7 783/11 784/19
788/14 788/15 789/5 791/20 792/5
792/12 792/16 792/24 793/8 803/13
803/14 866/25 869/15 878/16 878/19
882/24 883/6 884/11 885/14 887/16
889/4 902/16 971/16 971/21 973/10
973/11
documented [1] 869/2
documents [8] 858/18 927/18 957/11
965/18 965/22 965/23 966/2 974/25
does [26] 812/20 813/9 813/13 814/9
831/16 888/24 889/5 889/20 898/15
910/25 911/3 911/17 911/19 917/20
917/22 918/2 918/3 922/20 931/22
933/6 933/9 937/10 945/15 956/8 960/2
962/12
doesn't [16] 781/18 781/23 813/8 813/10
813/11 814/8 814/9 814/24 818/16
881/17 947/25 961/22 962/11 964/6
964/18 967/11
doing [37] 802/9 805/7 810/23 811/4
811/11 811/19 811/20 811/22 818/13
823/24 827/12 843/25 849/12 855/23
857/11 857/18 858/19 858/20 869/20
876/4 935/1 939/9 940/12 940/14 943/5
944/11 944/13 944/23 945/7 945/9
945/16 946/12 952/9 953/5 960/24
960/25 970/4
Dolphin [1] 833/13
Domengeaux [1] 771/21
DON [1] 773/18
don't [91] 783/8 785/15 786/3 786/5
788/25 789/15 792/6 792/10 792/16
797/21 798/17 799/22 803/14 803/20
804/9 806/1 806/16 806/22 807/9 811/5
811/10 811/20 812/5 812/8 812/13

don't... [66] 814/25 816/2 817/17 818/15
818/17 820/2 822/13 822/18 824/16
825/5 825/7 825/8 825/11 826/20
827/11 827/13 831/1 846/17 853/18
859/21 861/10 864/4 876/7 877/3
883/24 885/13 888/4 889/2 889/8
889/17 890/12 890/14 890/17 890/17
890/22 905/11 915/19 922/22 922/22
926/4 927/3 928/7 928/9 930/11 933/16
933/25 951/8 951/20 952/11 953/24
954/3 954/8 954/10 954/25 955/9
955/13 958/1 958/10 962/12 965/20
969/15 970/2 970/20 971/19 971/22
974/11
DONALD [1] 775/3
done [41] 800/13 803/5 804/5 814/19
815/7 815/22 831/7 832/16 833/21
836/22 853/20 854/2 867/10 869/1
869/18 869/20 911/1 913/22 915/5
915/7 916/18 917/5 920/7 920/10
920/15 928/8 928/11 929/9 929/13
930/21 940/2 942/7 942/25 945/23
946/1 948/14 950/6 951/23 954/19
966/5 966/12
dot [1] 895/16
double [1] 891/20
double-ram [1] 891/20
doubt [1] 842/17
doubts [1] 898/5
Doug [4] 955/4 955/17 958/16 966/6
DOUGLAS [1] 773/3
down [50] 785/22 786/8 788/3 795/11
805/5 805/6 805/16 808/12 813/9
813/12 813/15 813/16 813/17 813/24
818/1 820/4 820/25 821/12 821/16
822/9 822/9 823/1 823/3 823/9 824/13
834/6 841/16 843/11 846/2 846/3 846/4
848/9 848/23 849/2 853/9 857/5 857/20
857/25 861/8 863/20 875/24 891/2
891/18 894/12 922/13 937/20 937/22
947/12 952/19 962/9
downhole [5] 863/1 875/13 875/15
875/17 932/21
DOYEN [1] 774/19
Doyle [4] 775/18 976/10 976/18 976/18
Dr [1] 909/19
Dr. [52] 791/1 791/5 802/12 804/22
805/15 805/17 807/3 810/1 811/22
812/2 834/16 909/15 911/17 912/18
913/15 915/8 916/5 917/5 917/13
917/14 917/20 918/9 918/12 918/15
923/7 925/22 926/10 932/9 934/10
935/16 935/21 936/17 937/2 937/24
939/2 939/14 940/7 944/19 945/1
945/21 945/25 946/6 946/9 946/11
947/2 947/19 948/9 949/19 950/9
951/12 967/7 968/4
Dr. Ballard [6] 909/15 911/17 913/15
916/5 917/20 948/9
Dr. John [2] 791/5 915/8
Dr. Lockett [7] 935/16 935/21 937/2
937/24 939/14 945/25 951/12
Dr. Lockett's [2] 936/17 945/21
Dr. Ole [3] 802/12 804/22 805/17
Dr. Rygg [8] 805/15 807/3 810/1 811/22
812/2 834/16 946/6 946/9
Dr. Rygg's [4] 946/9 947/2 947/19 950/9
Dr. Tad [1] 791/1
Dr. Wilson [14] 912/18 917/5 917/14
918/9 918/15 925/22 926/10 932/9
934/10 939/2 944/19 945/1 949/19

968/4
Dr. Wisconell [1] 913/15
940/7 967/7
draft [2] 898/18 898/18
draw [2] 862/16 866/2
drawing [9] 880/5 885/21 886/1 886/10
886/11 886/15 887/3 887/10 904/3
drawings [17] 884/16 884/22 885/4
885/17 886/8 886/9 886/12 887/22
888/1 888/5 888/24 888/25 892/25
901/2 901/7 903/24 904/9
drew [3] 833/24 916/8 916/9
drill [29] 799/20 844/22 846/5 847/16
848/16 848/24 849/2 850/11 852/19
853/3 853/6 887/8 904/12 907/6 907/8
907/16 907/19 907/21 922/9 922/10
922/10 922/11 922/12 922/13 922/15
923/20 923/21 923/22 972/17
drilling [10] 774/13 774/16 774/19
781/20 847/14 847/15 847/24 882/19
891/9 925/3
drills [1] 827/12
drillship [3] 840/18 840/18 847/2
driving [1] 821/9
drop [2] 848/1 951/5
dropped [2] 821/22 821/23
dual [1] 897/5
dual-ram [1] 897/5
Dublin [1] 836/13
duck [1] 891/18
due [8] 798/20 798/21 863/1 874/21
922/6 923/20 925/6 927/23
duly [3] 777/12 835/6 909/11
dummy [2] 854/6 894/7
dunk [3] 816/1 816/2 816/3
Dupree [10] 783/11 783/24 784/4 784/8
786/12 788/23 796/24 797/24 971/23
972/3
duration [1] 788/11
during [64] 788/19 789/9 797/5 798/7
799/8 812/12 817/5 817/13 817/14
817/14 818/6 818/11 818/12 819/12
821/14 822/6 828/14 828/18 838/16
838/24 839/13 844/2 850/17 854/22
855/1 855/25 856/6 856/11 859/13
861/15 865/1 868/21 870/11 872/7
874/18 878/16 896/21 900/11 904/21
905/16 906/14 907/9 908/1 908/4
908/12 916/12 916/18 918/4 920/2
928/4 929/9 938/7 948/2 948/15 951/23
952/24 954/20 955/11 966/12 968/7
969/4 969/23 970/15 975/13
Dynamic [1] 946/20

# E

e-mail [60] 783/13 791/17 792/2 792/7
802/21 806/13 819/4 819/8 820/22
861/25 862/3 862/8 891/3 891/13 892/8
892/20 898/22 898/24 899/18 899/24
900/1 901/14 901/20 901/22 901/23
902/2 902/5 903/6 903/7 908/13 908/16
933/8 937/3 939/13 955/4 955/17 956/3
958/15 958/17 958/18 959/7 959/24
960/6 960/8 961/4 961/7 961/17 961/22
965/13 970/24 971/1 971/10 972/11
972/15 974/8 974/8 975/3 975/7 975/13
975/16
e-mails [2] 916/22 952/19
each [9] 833/7 870/19 896/2 913/11
922/25 924/1 924/8 924/23 926/2
earlier [22] 779/14 783/4 796/1 815/10
819/14 826/21 829/18 839/19 849/8
864/5 867/1 868/20 888/12 896/14

906/2 915/8 924/3 934/24 946/7 950/8
early [10] 829/10 839/6 854/15 856/10
856/22 865/25 887/7 903/18 904/5
932/17
earned [2] 911/6 911/8
easier [1] 792/11
East [1] 772/16
EASTERN [2] 771/2 976/11
edges [1] 813/6
edit [2] 961/12 961/18
edited [2] 960/17 963/14
edits [1] 964/6
educated [1] 836/11
education [2] 911/4 912/13
educational [2] 836/10 911/1
Edwards [1] 771/22
effect [7] 801/22 807/9 807/14 829/12
925/12 932/24 943/17
effectively [3] 779/17 870/16 872/9
efficiently [1] 779/12
effort [8] 788/24 831/17 835/24 836/3
955/19 957/18 967/8 967/11
efforts [9] 783/21 802/7 834/21 910/8
910/11 910/16 913/24 929/17 931/19
eight [4] 911/23 961/11 961/21 961/23
EISERT [1] 774/6
either [7] 813/10 814/9 826/9 860/8
919/13 922/10 925/13
electronic [1] 961/18
element [5] 881/21 881/24 901/1 966/24
967/3
elements [11] 844/1 845/16 849/1 881/9
883/13 883/23 884/4 886/5 888/6
892/24 895/21
Ellis [3] 773/20 774/2 774/5
Elm [1] 775/5
else [9] 790/23 807/18 823/25 857/13
859/21 933/16 934/16 965/22 970/20
embark [1] 868/14
employed [2] 835/19 835/20
employees [3] 793/1 794/4 927/15
enables [1] 807/1
enabling [1] 874/20
encounter [1] 931/22
encountering [1] 853/19
end [27] 819/20 839/10 854/6 893/1
893/2 898/9 898/12 908/20 923/10
926/1 929/22 930/4 930/7 930/11
930/19 930/23 931/2 931/20 931/21
932/2 946/20 950/6 950/6 951/7 951/10
962/14 972/17
ended [1] 843/8
ends [3] 925/22 926/6 945/12
energy [4] 775/2 775/7 785/1 804/24
Energy's [1] 834/16
Enforcement [1] 773/10
engaged [3] 790/17 839/2 857/24
ENGEL [1] 773/13
engineer [11] 787/11 836/15 891/9
912/3 912/7 912/7 912/10 914/12 916/9
929/18 975/6
engineered [1] 816/20
engineering [20] 789/13 790/25 814/13
836/12 836/19 838/9 839/3 858/18
867/23 884/9 885/20 886/8 887/3
887/10 887/16 889/5 891/10 911/8
912/4 932/12
engineers [14] 801/19 833/9 836/16
838/6 839/1 839/5 915/5 918/16 927/9
952/8 956/19 957/5 960/23 974/18
England [1] 857/12
enough [9] 804/12 804/12 824/18

**E**

enough... [6] 833/20 853/2 867/3 891/1 907/13 918/4
ensure [8] 779/10 845/21 857/21 867/1 914/20 916/23 917/1 931/15
Ensuring [1] 874/16
Enterprise [1] 862/21
entire [3] 855/25 916/12 936/21
entitled [3] 884/1 964/24 976/15
entry [1] 793/23
environment [2] 773/10 832/20
Environmental [1] 773/10
equilibrium [1] 911/10
equipment [13] 816/25 837/5 837/7 837/23 845/21 846/4 857/23 863/22 931/14 931/15 940/22 946/16 951/6
equivalent [2] 938/3 939/25
erode [3] 935/8 936/9 939/20
eroded [1] 951/14
erodes [1] 935/17
erosion [1] 936/7
error [6] 821/8 821/10 821/14 822/21 823/2 964/2
especially [4] 938/19 938/24 939/4 947/22
ESQ [50] 771/19 771/22 772/3 772/7 772/10 772/13 772/16 772/19 772/19 772/22 773/3 773/3 773/7 773/11 773/11 773/12 773/12 773/13 773/13 773/14 773/14 773/15 773/18 773/21 773/21 773/22 773/22 773/23 774/3 774/6 774/6 774/7 774/10 774/13 774/16 774/19 774/19 774/20 774/20 774/21 775/3 775/3 775/4 775/4 775/5 775/8 775/8 775/12 775/15 775/15
essentially [4] 837/18 840/2 886/7 957/6
establish [2] 837/22 860/5
established [1] 801/17
establishes [1] 781/11
establishing [1] 846/12
estimate [32] 900/3 902/22 903/5 903/18 917/25 918/18 921/4 921/21 922/21 924/24 925/17 926/15 927/11 934/6 936/12 937/11 940/4 940/15 943/22 945/15 949/14 953/21 954/4 954/19 954/20 965/7 968/25 972/13 972/14 972/19 973/14 974/19
estimated [1] 897/21
estimates [6] 802/10 804/5 805/1 805/2 810/5 974/12
estimating [3] 914/24 928/12 949/8
estimation [2] 973/3 974/9
et [2] 771/8 771/11
etc [1] 972/20
evaluate [5] 830/3 830/4 831/14 831/23 929/17
evaluating [3] 875/5 929/16 931/10
evaluations [3] 875/2 875/8 875/11
even [14] 787/21 804/18 920/11 922/10 924/25 925/10 926/15 931/1 934/20 936/18 938/25 945/8 949/9 949/15
evening [2] 838/15 976/5
event [9] 779/11 781/9 782/19 788/3 795/16 830/8 848/4 866/3 866/8
events [1] 890/20
eventually [1] 869/2
ever [19] 781/14 798/13 798/19 799/16 803/2 803/13 806/2 806/18 807/3 816/3 818/6 832/23 864/2 901/20 901/22 941/6 964/10 964/12 975/7
every [7] 781/13 829/18 829/19 829/25 831/15 930/11 970/15

everyone [7] 777/3 800/6 807/18 817/24 823/5 834/11 962/17
everything [7] 814/1 814/11 819/19 823/10 934/16 947/12 967/18
evidence [3] 777/9 797/14 915/22
evidently [1] 901/17
evolution [1] 860/20
exact [3] 792/10 880/12 883/4
exactly [5] 817/21 827/13 899/21 939/3 945/6
exam [1] 829/10
examination [21] 777/13 777/18 777/19 828/4 835/11 835/16 871/21 872/2 874/13 876/3 878/17 879/14 880/22 883/6 886/22 887/15 900/12 903/21 904/22 905/16 906/15 908/4 908/13 909/16 913/20 915/23 952/1
examine [1] 871/24
examining [1] 913/17
example [7] 852/13 923/7 925/19 927/22 933/14 938/2 970/10
examples [2] 932/4 950/8
exceed [1] 803/6
exceeded [1] 801/12
Excel [4] 961/12 963/22 963/25 964/21
excerpts [1] 834/12
excess [3] 806/20 807/5 974/12
excuse [1] 825/19
execute [3] 812/2 816/9 820/16
executed [3] 799/10 816/5 875/20
executing [3] 799/17 811/17 816/15
executive [5] 791/19 910/2 910/4 958/12 959/18
exhibit [22] 777/22 779/4 780/22 783/18 784/10 785/9 785/18 785/21 786/8 787/7 788/1 789/21 791/22 792/10 792/19 793/20 803/9 819/3 865/6 885/11 887/20 888/2
Exhibit 10506 [2] 792/19 793/20
Exhibit 120216 [1] 819/3
Exhibit 142916 [2] 784/10 789/21
Exhibit 2386 [3] 779/4 780/22 783/18
Exhibit 3917 [6] 785/9 785/18 785/21 786/8 787/7 788/1
Exhibit E [2] 885/11 887/20
Exhibit TREX-5363 [1] 803/9
exhibits [1] 777/6
exist [3] 814/24 927/12 951/18
existed [5] 921/11 924/16 939/6 945/24 949/15
existing [1] 882/12
exists [1] 778/23
expand [2] 923/6 970/24
expect [6] 931/16 945/11 950/5 950/16 950/23 951/19
expected [3] 845/17 845/19 848/18
experience [20] 794/7 794/12 794/15 796/3 815/5 815/21 832/15 836/17 837/2 837/6 838/7 911/18 911/21 912/13 916/8 916/10 930/21 931/25 948/18 948/21
experienced [4] 817/11 822/2 832/18 952/9
expert [20] 795/24 802/10 805/20 825/3 910/16 913/15 913/22 915/16 917/3 927/16 927/21 954/5 954/8 954/12 959/1 962/23 965/17 965/21 965/24 966/4
expertise [5] 785/1 785/5 838/6 969/10 969/15
experts [21] 782/8 785/13 786/16 787/1 787/21 790/18 793/1 794/3 795/1 795/9 796/4 796/11 796/25 797/18 798/19

explain [14] 844/11 844/16 861/18 862/20 863/11 865/12 865/13 866/8 870/13 921/12 923/2 929/18 931/11 950/1
explaining [2] 929/4 944/10
explanations [1] 810/16
exploration [9] 771/10 773/17 773/20 774/2 774/5 774/9 920/12 958/13 975/14
expose [1] 940/20
exposed [5] 941/21 941/22 941/23 942/4 942/19
express [2] 822/6 822/14
expressed [1] 798/5
expressing [1] 974/18
extent [4] 874/22 900/10 913/11 924/20
external [1] 848/10
extraction [1] 939/3
extreme [7] 845/2 935/25 936/13 936/16 936/24 937/6 938/24
Exxon [1] 839/6
ExxonMobil [1] 787/22
eye [1] 891/11

**F**

fabrication [1] 839/4
face [1] 846/11
faced [5] 844/17 846/22 847/9 849/11 851/6
facilitate [1] 833/12
facility [1] 919/14
fact [28] 782/12 786/16 787/18 796/1 800/23 801/12 814/12 814/21 822/5 835/2 846/25 860/12 873/17 925/14 925/16 928/7 930/16 930/22 933/9 933/11 950/7 950/13 952/24 953/5 956/4 956/17 974/16 974/20
factor [1] 925/12
factors [4] 825/21 957/6 966/17 966/21
fail [10] 854/17 854/18 856/12 856/13 859/3 859/4 859/4 859/5 905/24 905/25
fail-closed [1] 905/24
fail-open [1] 905/25
failed [11] 808/4 823/15 823/18 823/20 823/22 824/3 825/9 825/24 827/17 828/7 828/22
failing [1] 826/18
fails [1] 806/17
failure [4] 817/12 922/7 924/4 925/6
Fair [3] 804/12 804/12 833/20
fairly [1] 824/20
fall [1] 890/18
falsely [1] 971/25
familiar [10] 792/17 797/11 803/24 867/11 883/3 892/12 912/14 946/6 946/8 973/11
family [2] 809/17 838/17
Fannin [1] 774/16
fast [1] 805/16
faulty [1] 859/14
FCRR [3] 775/18 976/10 976/18
feathers [1] 828/10
features [5] 858/6 858/10 858/22 860/1 861/4
federal [24] 839/8 861/15 862/14 868/18 868/21 868/24 869/12 869/14 870/4 870/15 870/25 967/8 967/12 967/14 967/21 967/24 968/8 968/16 968/20 969/13 969/24 970/15 971/16 971/21
feedback [4] 790/17 796/25 818/6 868/24

**F**

feel [2] 832/24 854/8
feet [18] 795/11 841/18 846/1 848/9
854/5 879/16 879/19 879/24 880/1
880/4 880/7 880/18 925/2 925/4 925/8
930/9 941/23 942/4
fellow [1] 836/15
felt [1] 853/13
few [8] 819/8 903/23 921/15 923/18
931/19 950/7 954/15 959/25
field [3] 804/16 831/4 831/16
FIELDS [1] 773/23
Fifteenth [1] 774/7
figure [9] 813/21 881/8 884/2 893/6
893/11 944/1 945/18 945/19 966/20
Figure 13 [1] 881/8
figures [3] 935/22 939/5 947/2
file [3] 777/9 892/2 961/12
filled [1] 952/8
final [10] 803/17 832/5 843/16 855/6
882/25 888/9 888/23 889/4 906/21
949/5
finalize [2] 852/17 852/21
finalized [2] 867/12 901/5
finally [4] 849/4 852/14 879/12 881/24
find [4] 783/25 831/8 901/19 907/7
findings [11] 791/11 791/25 792/4
792/22 792/25 793/5 793/9 793/15
794/1 797/1 869/5
finished [2] 788/9 975/20
finishing [1] 836/11
finite [2] 966/24 967/2
firm [5] 772/6 814/13 884/8 884/9
885/23
first [39] 778/17 779/6 779/9 779/18
793/23 802/16 804/4 808/2 821/21
823/1 844/19 846/24 849/25 852/6
854/3 866/22 872/2 877/22 877/23
887/20 887/24 895/6 905/20 911/23
917/23 918/2 921/22 928/16 932/10
933/23 937/23 941/13 943/13 943/15
944/6 946/11 949/4 949/6 957/17
Firstly [1] 854/15
fit [4] 849/8 859/11 906/23 948/15
FITCH [1] 775/15
fits [1] 945/11
fitted [3] 864/20 857/21 859/15
five [7] 821/23 822/7 834/12 852/14
890/8 923/25 924/10
fix [3] 779/21 780/24 782/2
fixed [2] 824/12 840/19
flange [67] 840/12 840/21 840/23 841/3
841/7 841/10 841/15 841/18 841/23
841/25 842/15 843/9 843/18 845/15
845/16 846/12 846/23 846/24 847/22
847/25 848/1 848/2 848/7 848/12
848/18 848/22 848/25 849/2 849/4
850/9 850/10 850/11 851/3 851/4
851/21 852/13 854/6 865/8 866/13
867/7 868/3 880/18 881/12 881/18
881/25 882/3 882/5 882/9 882/14
882/21 886/19 887/4 891/21 893/20
893/25 895/7 895/12 896/12 897/13
904/9 904/17 906/7 906/20 907/25
940/21 951/2 951/13
flange-splitter [1] 850/9
flanged [2] 895/19 896/7
flanges [8] 841/6 843/10 843/17 848/9
848/11 848/13 848/17 850/9
flap [2] 847/14 848/14
flare [2] 785/22 788/6
flatbed [1] 854/7

FLEMING [1] 775/5
flex [5] 840/18 840/22 841/4 846/11
840/21 841/3 841/7 841/10 841/15
841/25 842/12 843/9 843/13 843/15
843/22 843/24 844/24 845/1 845/4
845/14 845/16 846/12 846/22 847/25
850/1 850/2 850/6 850/6 851/10 851/13
852/19 865/8 866/13 866/19 867/7
868/5 870/2 877/25 879/8 879/25
891/21 895/14 895/18 895/19 895/23
904/8 904/18 906/7 906/20 907/6
907/14
flexible [1] 863/20
float [1] 908/23
floating [9] 829/8 833/8 914/9
Floor [1] 774/21
Florida [1] 772/5
flow [168] 798/21 798/23 802/14 803/19
804/25 805/2 806/20 806/23 806/24
807/1 807/1 807/5 807/8 809/11 810/2
810/4 810/6 810/9 810/24 811/8 811/19
812/21 814/3 823/19 823/20 826/9
826/10 826/15 826/19 826/24 827/10
837/8 863/4 870/17 875/2 911/12
911/23 912/6 912/7 912/10 912/11
914/12 914/21 914/24 914/24 916/9
918/5 918/16 918/18 919/18 920/9
921/21 921/23 921/25 922/1 922/2
922/3 922/7 922/11 922/12 922/14
922/16 922/20 922/21 922/22 922/25
923/2 923/4 923/5 923/11 923/14
923/16 923/21 923/25 924/3 924/5
924/5 924/6 924/7 924/9 924/12 924/20
925/5 925/7 925/14 925/17 925/24
926/6 926/15 927/1 927/2 927/11 928/3
928/5 928/12 930/6 930/9 931/3 931/22
932/12 932/22 932/25 933/3 934/2
934/3 934/7 935/9 935/11 936/12
936/20 936/31 937/11 937/19 937/21
938/4 938/12 939/16 940/4 940/15
940/22 942/1 942/2 942/16 942/16
943/18 943/19 943/22 946/9 946/22
947/20 947/24 949/8 949/21 949/23
950/20 953/1 953/6 953/9 953/11
953/17 953/22 954/4 954/20 956/6
957/16 959/9 959/9 959/14 966/16
966/18 966/20 966/21 966/25 968/9
968/17 968/22 969/5 970/1 970/5 970/8
970/12 970/13 970/16 970/16 970/19
970/22 972/19 974/12
flowing [8] 805/4 812/4 922/19 926/8
934/21 965/8 968/23 968/25
fluid [3] 911/10 933/13 972/16
fluids [3] 926/11 926/13 926/13
FLYNN [1] 773/7
focus [5] 803/18 811/13 833/19 870/7
911/8
focused [2] 856/15 936/6
focuses [1] 880/15
folks [4] 873/11 874/1 963/2 967/25
follow [3] 833/15 834/21 903/23
follow-up [1] 903/23
followed [3] 809/8 823/1 836/20
following [8] 783/18 784/10 828/6 829/4
836/25 910/9 933/19 937/17
follows [3] 777/12 835/6 909/11
foot [2] 880/20 888/6
footage [2] 894/10 900/7
forbid [1] 814/8
force [3] 848/11 848/13 848/14
forecast [7] 897/21 897/23 898/1 898/9
898/18 901/17 902/10
forecasted [1] 898/16

foregoing [1] 976/12
form [4] 906/24 937/17 938/1 968/2
formal [1] 872/10
formally [1] 873/6
formation [1] 933/24
formats [1] 778/24
formed [1] 783/18
forming [2] 847/5 965/19
forms [1] 919/23
forth [9] 781/19 784/10 786/16 797/24
798/9 807/25 812/11 897/3 902/17
forward [19] 781/8 781/24 784/1 798/10
799/6 800/8 800/24 805/22 808/1
817/20 818/12 822/18 826/8 827/1
827/19 827/20 829/3 829/6 831/25
found [2] 859/13 907/12
foundation [11] 796/18 796/19 797/7
810/15 820/23 855/19 856/2 859/18
860/5 860/19 900/11
foundational [1] 856/3
four [8] 841/22 847/11 848/19 865/15
888/20 941/25 952/6 952/8
frac [11] 813/3 813/4 813/6 813/7
813/21 814/2 816/23 821/21 822/7
822/16 823/1
frame [5] 917/8 918/4 929/9 948/15
951/23
FRANK [1] 772/16
Frankly [1] 792/7
Frazelle [1] 802/22
freely [2] 961/12 961/18
freestanding [1] 863/18
frequency [1] 919/24
frequent [1] 918/21
frequently [1] 918/17
Friday [5] 899/19 900/2 901/16 901/21
903/10
Frilot [1] 774/12
front [1] 832/1
fronts [2] 811/3 811/13
fulfilling [1] 872/9
full [9] 835/7 837/7 845/17 855/24
887/21 909/12 923/12 925/7 930/8
fully [2] 845/4 894/5
function [3] 874/12 934/23 972/19
fundamentally [1] 846/24
further [9] 802/7 849/5 850/3 860/19
860/23 864/15 871/7 909/3 951/24

**G**

G Series [2] 882/9 882/14
G-flange [2] 887/4 897/13
G-Series [2] 881/12 893/25
gamma [1] 973/5
Gantt [1] 904/20
GAP [2] 913/2 918/10
garden [2] 923/8 923/9
Gary [1] 791/17
gas [10] 884/9 912/9 912/15 912/20
913/16 914/9 914/22 916/8 918/18
934/21
GASAWAY [1] 774/6
gashes [1] 853/6
gashing [1] 849/2
gauge [1] 953/17
gave [21] 784/5 789/1 839/15 839/17
839/17 862/9 867/9 868/20 873/17
876/21 878/16 887/21 902/25 903/14
923/7 927/8 950/8 968/15 969/4 969/24
970/15
GE [2] 881/12 882/10
GE/Vetco [1] 882/10

# G

GE/VetcoGray [1] 881/12
gears [1] 782/22
general [5] 852/4 910/6 922/2 946/22 952/23
General's [2] 772/18 772/22
generally [1] 865/1
generate [6] 935/22 935/25 937/22 939/8 945/16 972/18
generated [8] 870/22 937/17 938/13 943/11 946/9 947/2 948/2 953/6
generating [1] 933/10
generic [1] 886/10
geometries [1] 851/5
geometry [1] 826/11
get [50] 782/2 805/16 817/15 817/20 817/22 818/1 818/4 818/5 818/6 819/9 819/17 819/19 820/5 820/8 820/10 820/20 820/20 823/11 825/13 830/24 832/1 832/24 847/11 847/19 847/23 848/24 852/9 852/14 852/17 854/8 857/23 860/12 868/6 873/5 873/10 877/15 891/11 898/21 905/24 919/11 919/13 919/16 926/20 933/7 939/21 944/20 957/6 957/21 971/11 973/4
getting [7] 778/19 811/14 816/15 856/17 857/4 861/10 938/1
Gibson [1] 976/4
give [8] 801/15 852/12 910/20 911/4 911/20 931/1 931/2 972/19
given [11] 810/16 833/16 852/6 861/9 931/24 934/25 935/19 947/24 948/9 971/16 971/21
gives [3] 781/3 782/3 879/24
giving [2] 857/8 876/10
GLADSTEIN [1] 773/14
glide [1] 907/19
global [1] 834/17
GmbH [1] 771/8
go [78] 779/4 781/24 785/23 786/7 787/6 787/25 788/3 788/14 789/20 789/21 791/19 792/10 792/18 792/19 793/19 793/20 801/20 802/16 803/8 803/15 803/25 804/9 805/9 808/1 808/12 808/20 811/15 812/19 813/15 813/16 818/3 819/5 820/4 822/9 824/9 824/10 824/13 830/4 830/20 834/6 835/3 849/19 856/3 860/9 860/24 862/11 863/9 867/18 871/11 877/14 880/14 882/3 882/24 883/22 884/7 885/5 887/20 888/9 889/9 889/18 894/14 897/1 897/17 900/5 901/14 902/12 903/6 906/17 923/12 923/19 928/14 937/7 949/2 957/21 959/4 960/11 964/20 974/4
goal [1] 839/20
goals [2] 837/22 838/12
Godwin [3] 775/2 775/3 775/7
goes [5] 784/25 790/10 825/18 825/20 962/9
going [65] 779/23 780/18 780/25 782/4 788/10 791/19 796/17 798/9 799/5 805/5 805/21 809/13 809/15 809/18 809/23 812/1 812/14 817/5 822/16 827/15 829/3 829/9 829/23 829/25 831/15 831/25 832/24 834/12 845/22 845/25 846/4 846/6 862/25 865/16 867/5 871/9 871/24 889/10 894/12 900/9 905/11 913/17 917/4 922/12 922/13 922/15 923/1 923/21 923/22 924/1 924/6 924/7 924/9 931/13 931/15 932/1 932/22 933/16 935/6 939/19

golf [2] 909/25 912/12

940/18 948/10 951/9 951/9 957/4
good [15] 797/25 798/1 800/5 800/8 835/13 835/14 871/18 871/25 872/1 891/1 909/19 975/23 975/23 975/25 976/5
got [18] 800/21 802/4 818/2 822/16 825/16 830/3 831/23 847/21 854/16 857/7 857/21 882/12 893/4 914/1 925/21 947/5 969/1 973/13
gouged [1] 847/13
governance [1] 865/22
government [24] 828/17 839/15 849/11 849/13 854/19 861/2 861/18 862/5 862/9 863/6 864/11 868/18 869/4 869/20 870/1 963/2 967/21 968/10 968/20 969/4 970/10 970/11 971/19 971/21
Grace [2] 802/10 804/13 805/15 826/6
graduate [2] 911/7 911/22
Grand [1] 774/21
GRANT [1] 774/20
graph [2] 951/19 961/11
graphic [1] 842/23
great [1] 926/10
green [1] 896/6
GREENWALD [1] 772/10
grip [2] 843/15 843/17
gripping [2] 841/4 848/15
grips [1] 850/10
ground [1] 893/17
group [7] 787/2 792/25 793/14 794/2 816/8 827/21 833/18
grouped [1] 929/9
groups [5] 793/6 793/10 793/15 914/1 953/12
Guard [10] 839/11 876/4 876/6 876/7 876/8 876/11 876/16 876/17 876/25 877/6
guess [5] 795/7 797/11 874/16 880/20 923/5
guidance [25] 781/4 852/17 852/21 853/1 853/2 853/4 853/5 853/7 854/7 866/18 880/19 883/19 887/25 895/17 895/20 895/25 896/11 901/1 901/1 904/11 907/2 907/5 907/7 907/10 907/16
guide [14] 778/13 778/14 778/18 779/10 779/16 783/19 829/13 830/17 853/8 887/9 896/2 896/2 907/22 907/23
GULF [5] 771/5 778/2 779/9 781/9 846/2
guy [3] 831/16 831/21 955/15
guys [5] 789/16 801/2 815/22 831/3 831/4
GWENDOLYN [1] 775/8

# H

had [145] 778/19 783/2 786/24 787/14 790/25 794/7 794/12 794/16 795/11 796/12 797/19 798/11 798/13 798/15 798/20 798/24 799/3 799/5 799/19 800/10 800/12 800/12 800/20 801/17 801/19 802/13 805/4 805/5 805/7 805/9 805/11 807/18 807/20 810/4 812/2 812/17 813/25 814/15 815/2 815/3 815/5 815/6 815/15 815/17 815/19 815/20 815/25 816/20 816/21 819/19 820/3 823/7 823/17 823/21 823/24 825/14 825/15 828/13 828/17 829/18 832/16 832/22 833/6 833/11 833/13 833/14 833/18 833/25 833/3 834/1 834/4 836/2 838/6 839/2 839/5 841/23

841/24 843/24 844/19 845/2 845/12 847/11 847/16 848/20 848/21 848/8 848/23 850/18 850/19 850/20 850/20 850/21 853/12 854/2 855/18 855/24 856/25 858/25 860/2 860/17 861/4 862/21 863/17 864/15 864/16 865/25 868/16 869/18 872/4 872/16 872/19 872/21 879/11 890/7 902/9 904/16 905/10 908/21 912/3 916/19 917/24 920/10 921/3 925/7 925/11 926/2 927/8 932/16 935/14 935/24 938/15 944/14 947/11 948/4 951/14 954/15 957/12 959/4 963/2 963/6 963/14 966/1 966/22 967/25 974/11
hadn't [4] 800/13 853/19 853/20 868/15
hall [1] 909/9
Halliburton [4] 775/2 775/7 816/17 816/24
Halliburton's [1] 834/17
hand [4] 956/13 964/15 965/2 965/3
handed [1] 850/5
handle [2] 868/6 946/16
hanger [2] 922/6 924/4
happen [16] 821/18 924/4 929/14 930/1 930/2 935/17 936/14 939/20 940/22 941/4 945/24 946/15 948/24 950/5 951/13 957/13
happened [5] 823/4 843/22 848/4 906/4 906/5
happening [2] 873/10 919/5
happens [1] 930/14
happy [1] 898/5
hard [3] 801/15 902/15 907/20
harder [1] 853/5
HARIKLIA [1] 773/21
HARVEY [1] 773/14
has [26] 787/21 789/16 796/19 804/18 804/19 815/10 815/14 826/21 831/2 855/18 858/13 860/4 877/9 882/21 893/1 924/23 925/2 927/1 932/5 947/5 961/21 964/5 964/17 964/19 964/23 972/16
hasn't [2] 797/10 804/18
Hat [1] 874/5
have [229]
haven't [6] 792/2 792/3 792/7 792/8 871/23 955/7
having [9] 777/12 828/23 835/6 844/3 847/21 900/10 909/11 932/24 939/25
HAYCRAFT [1] 773/18
hazard [1] 844/1
HB [1] 775/18
HB-406 [1] 775/18
he [166] 783/14 788/24 789/1 789/3 789/3 789/6 789/7 789/14 791/1 791/3 791/4 791/8 796/18 796/22 796/24 797/11 797/17 797/19 799/22 804/16 804/18 804/19 804/23 804/24 806/16 806/16 806/22 811/24 811/24 820/9 820/9 820/10 820/19 826/23 828/20 828/23 830/14 831/2 832/15 835/4 855/16 855/17 855/17 855/23 857/7 857/7 857/8 857/10 858/10 858/15 858/16 858/18 858/21 860/6 860/6 860/13 860/14 877/5 877/9 891/8 891/9 891/9 899/6 900/12 900/16 901/17 902/7 902/10 909/9 923/7 926/11 927/13 927/14 927/16 927/16 932/13 935/23 935/25 936/5 940/12 940/17 940/25 941/3 943/21 944/1 944/3 944/11 944/13 944/13 944/15 944/15 944/19 944/23 944/23 945/6 945/9 945/12 945/15 946/14 946/18

# H

he... [64]  946/19 947/3 947/7 947/8
947/11 947/11 947/11 947/22 950/9
950/10 950/10 950/15 955/11 955/12
955/13 958/10 958/12 958/13 958/15
958/16 958/18 959/11 959/11 959/13
959/15 959/15 961/18 963/2 963/2
963/5 967/11 969/12 969/15 969/17
971/5 971/6 971/8 971/14 971/14
971/15 971/25 972/1 972/9 972/9
972/15 972/21 972/21 973/1 973/1
973/6 973/6 973/7 973/13 973/13
973/14 973/15 973/19 973/19 973/20
973/20 973/21 974/7 974/8 974/9
he's [2]  860/12 932/11
head [7]  783/14 786/12 788/23 847/13
847/18 955/13 971/5
headed [2]  783/17 816/4
heads [1]  955/11
hear [4]  809/19 873/11 876/9 908/4
heard [6]  834/16 915/8 917/13 939/2
940/2 946/7
hearsay [10]  828/25 855/20 857/6 857/8
857/14 927/13 927/15 927/15 927/19
927/21
heavily [1]  873/2
heck [1]  891/12
held [3]  784/8 841/18 851/13
Helix [2]  874/21 914/10
help [11]  793/11 793/12 794/24 818/19
831/14 839/6 844/11 940/3 940/14
946/13 948/25
helping [5]  802/5 811/24 833/15 931/19
946/15
helps [2]  817/11 840/10
her [6]  777/18 960/21 960/22 961/17
961/22 963/2
Herbst [2]  834/13 834/24
here [86]  785/10 788/23 791/14 791/22
793/23 803/23 806/7 808/11 810/9
810/14 813/13 818/17 821/18 840/9
840/23 841/5 841/16 843/11 849/24
852/7 854/6 855/4 863/15 873/11 877/8
879/15 879/16 880/8 881/16 884/21
885/20 889/13 889/18 890/15 892/2
893/20 893/23 893/25 894/10 894/24
895/3 895/6 895/9 895/15 895/25 896/7
899/22 902/15 902/16 902/18 917/14
918/12 921/15 922/4 923/15 924/7
931/9 933/23 934/25 936/20 938/7
941/15 941/20 943/5 943/7 944/13
945/2 945/7 945/9 945/12 945/13
945/15 946/13 946/18 946/21 947/23
949/19 950/8 950/12 950/18 951/12
951/16 951/16 966/22 971/23 975/20
here's [4]  841/18 881/5 881/5 895/6
hereby [1]  976/12
Herman [3]  771/18 771/18 771/19
high [14]  800/15 886/10 912/8 916/5
929/22 930/4 930/19 930/23 931/2
932/2 934/23 950/6 951/7 951/10
high-level [2]  800/15 886/10
higher [2]  949/22 949/23
highest [3]  927/6 962/2 962/5
highlight [18]  784/16 785/8 785/10
785/23 786/8 787/7 789/22 791/14
791/22 792/14 792/20 793/20 793/22
806/7 808/13 808/21 812/16 813/17
highlighted [3]  808/10 899/23 946/19
highlighting [1]  884/12
highly [2]  925/8 952/13
Hill [15]  932/10 932/11 933/2 933/6
935/16 935/20 936/4 936/17 937/2
937/16 939/16 943/25 957/1 975/12
972/15
Hill's [3]  934/9 935/5 935/23
him [35]  784/5 784/9 792/1 797/11
804/15 807/3 820/20 820/24 820/25
825/4 825/4 832/14 832/16 832/19
833/15 834/3 835/3 857/10 877/4
900/16 909/9 910/6 927/17 940/15
945/13 958/10 963/7 971/8 973/10
973/11 973/20 973/21 973/22 973/25
974/11
HIMMELHOCH [1]  773/15
himself [1]  858/16
hired [2]  814/13 885/23
his [34]  784/5 784/6 796/5 806/13 807/4
817/14 818/25 828/21 855/16 858/12
858/13 858/17 859/23 860/1 860/7
860/8 902/9 917/13 918/10 927/14
927/17 940/17 940/17 940/25 941/1
945/12 946/12 947/6 947/25 950/10
955/13 960/8 969/10 969/10
history [2]  832/9 832/22
hit [1]  914/8
hive [1]  838/22
hold [4]  845/5 850/7 851/10 904/18
holding [2]  848/11 935/8
Holdings [3]  774/12 774/15 774/18
holdup [2]  973/3 973/5
hole [18]  813/20 822/9 822/10 823/1
823/3 823/9 823/15 823/15 824/20
824/24 825/9 825/25 826/13 827/17
922/19 937/9 938/11 962/4
holes [3]  826/1 826/2 848/25
Holstein [1]  837/3
home [1]  816/4
Honor [44]  796/17 796/21 810/11
810/15 810/21 821/2 821/5 828/19
828/25 830/11 830/15 830/17 831/10
831/12 834/11 835/1 835/4 855/15
855/21 856/2 857/6 858/3 858/9 858/17
859/17 859/22 860/22 871/18 877/4
900/9 900/15 908/8 909/8 913/14
915/17 916/3 927/13 927/16 957/24
958/1 973/17 973/20 974/2 975/17
HONORABLE [1]  771/15
hook [2]  805/12 914/6
hooked [1]  923/9
Hope [1]  774/3
HORIZON [21]  771/4 782/17 783/15
805/11 835/25 837/10 837/24 841/24
845/10 846/1 850/25 851/22 863/15
867/2 868/1 879/4 879/6 879/23 889/24
890/1 910/9
Horse [1]  912/4
hose [10]  923/8 923/8 923/9 923/13
923/14 925/20 925/21 925/25 931/5
933/14
hour [1]  838/14
hours [3]  779/18 788/9 795/15
Houston [8]  774/17 775/9 835/20 837/3
837/4 838/13 839/10 906/21
how [59]  778/8 779/21 779/22 780/24
781/23 782/2 788/3 804/3 805/3 805/12
805/15 805/16 811/20 814/25 816/19
819/18 829/11 829/16 830/15 838/11
844/23 848/21 852/10 852/18 854/25
855/24 861/19 863/7 868/8 879/20
893/17 896/12 896/13 905/2 905/8
909/24 910/11 913/8 917/2 918/25
919/1 922/22 925/8 927/4 929/18
930/13 933/15 934/20 935/20 939/4
939/10 942/23 951/4 957/2 957/15
957/15 960/19 961/4 962/23
how-to-fix-it [2]  779/21 782/2
However [1]  829/6
hub [10]  843/11 853/9 880/18 882/4
882/4 882/7 883/18 896/7 896/19
904/13
hubs [1]  900/23
huh [4]  876/22 881/11 882/20 895/5
hundred [2]  788/20 823/9
hundreds [3]  794/8 832/16 913/12
hydrates [1]  911/9
hydraulic [110]  846/7 847/3 851/2
910/17 912/8 912/14 912/17 912/19
912/19 912/24 913/5 913/15 914/14
914/17 914/19 914/23 915/2 915/5
916/7 916/12 916/14 916/18 917/4
917/16 918/1 918/5 918/17 918/20
918/22 918/25 919/3 919/15 919/18
920/14 920/19 921/5 921/9 921/21
922/21 923/4 923/8 924/14 924/24
925/18 925/21 926/4 926/7 926/14
927/9 928/6 928/7 929/8 929/18 929/20
930/6 930/15 930/17 930/25 931/5
931/19 934/6 937/8 938/6 942/25 945/7
945/11 945/22 946/6 948/11 948/23
949/10 949/17 949/20 952/6 952/9
953/1 953/2 953/15 953/23 953/24
953/25 954/3 954/13 956/18 956/21
956/22 957/18 957/23 958/6 958/22
960/24 962/23 966/4 966/13 967/9
967/17 967/19 968/4 968/10 968/17
968/21 968/24 969/6 970/1 970/5 970/7
970/8 970/11 970/19 971/6
hydraulic-modeling-only [1]  949/17
hydro [1]  892/5
hydrocarbons [1]  965/8
hydrotest [2]  894/6 894/8

# I

I'll [11]  795/7 821/5 832/7 835/15 840/9
860/9 925/19 943/12 968/6 968/14
974/15
I'm [66]  785/20 788/11 789/3 789/5
792/8 792/9 792/19 793/22 796/9
796/17 799/14 799/22 803/24 804/8
811/3 815/6 818/16 820/9 821/13 825/6
827/15 830/15 830/21 832/24 835/20
835/22 836/15 840/23 841/4 842/1
871/23 871/24 877/14 880/10 880/12
884/14 890/5 890/12 894/12 894/22
897/1 898/20 899/21 900/9 905/11
908/21 910/2 911/12 918/9 923/15
923/15 931/13 944/24 944/25 946/8
948/10 951/9 954/7 957/4 965/15
968/12 968/22 970/21 973/11 975/12
975/19
I've [7]  780/21 892/13 893/4 909/25
925/21 970/5 974/21
Iain [2]  825/3 825/5
Ian's [1]  972/16
ID [2]  919/8 973/2
idea [6]  797/25 798/1 800/5 829/3 859/1
873/19
identification [1]  790/5
identified [8]  780/3 800/14 837/11
866/22 905/16 931/24 934/25 969/7
identifies [1]  781/7
identify [11]  790/10 840/7 840/21 867/20
897/3 900/11 906/18 919/4 926/19
933/9 965/18
identifying [1]  905/3
if [222]

Illinois [1] 773/24
illustrate [3] 865/15 923/7 925/19
illustrates [1] 863/13
illustration [2] 921/14 921/18
illustrative [2] 937/18 937/25
imagine [2] 796/2 833/6
impact [7] 823/7 922/20 924/22 928/21
928/22 929/3 935/13
impeachment [1] 877/2
implement [2] 870/14 897/22
implementation [3] 790/4 865/20 874/10
implemented [5] 801/2 870/16 871/1
875/20 878/3
implementing [2] 781/22 816/12
important [1] 868/16
importantly [1] 797/13
impossible [3] 782/6 830/2 832/2
improper [1] 877/2
in [590]
in-depth [1] 869/3
INC [14] 771/11 773/18 773/21 774/3
774/6 774/10 774/13 774/14 774/16
774/17 774/19 774/20 775/3 775/8
inch [20] 805/11 818/1 821/23 822/8
822/16 823/1 823/2 823/3 823/9 825/13
825/14 825/15 845/18 845/20 881/20
881/24 886/19 893/20 895/7 938/23
inches [4] 868/10 880/8 937/20 938/3
incident [13] 779/18 835/25 841/24
850/25 910/9 910/13 913/25 920/11
920/16 920/21 922/22 932/16 938/8
include [2] 883/18 900/24
included [9] 861/5 867/6 868/4 883/21
889/13 889/20 890/19 890/25 897/18
includes [1] 880/1
including [3] 798/12 867/4 947/16
increase [6] 814/21 822/16 870/20
942/16 943/18 943/19
increased [1] 826/15
increases [1] 826/12
index [4] 936/23 939/9 939/25 951/17
indexes [1] 936/22
indicate [3] 832/19 851/21 927/10
indicated [3] 787/17 864/16 931/9
indicates [1] 892/1
individual [4] 812/1 831/7 852/20 913/13
individually [1] 817/10
individuals [8] 788/18 790/13 790/20
794/7 794/11 795/18 800/9 917/11
industry [30] 785/5 786/16 787/1 787/21
790/13 790/18 790/23 793/1 794/3
795/1 795/9 796/25 797/18 798/19
800/3 800/9 814/24 828/16 830/8
830/10 831/13 833/22 838/24 911/2
911/14 912/15 913/16 916/9 918/18
920/19
industry-related [1] 911/14
infer [2] 963/12 964/7
infinite [4] 936/23 939/9 939/24 951/17
inflow [1] 933/24 934/22
influence [1] 908/22
influenced [1] 866/12
inform [8] 945/7 947/20 947/25 948/24
949/11 949/14 950/23 970/7
information [38] 790/3 803/22 803/24
812/7 813/13 813/22 817/21 836/9
862/4 866/11 873/5 876/8 887/22 888/3
901/23 901/24 902/20 910/20 918/4
920/23 920/24 926/10 926/12 926/14
948/6 962/22 967/18 967/19 967/25
968/3 968/4 968/9 968/16 968/20 969/5

969/25 970/2 970/16
informed [2] 910/1 947/22
informing [1] 950/17
infrastructure [4] 779/25 780/25 781/12
833/6
Inglis [5] 958/11 958/12 964/12 974/22
975/3
Inglis' [1] 959/18
initial [8] 779/17 828/14 828/18 839/15
878/10 933/8 959/9 959/14
initially [3] 836/18 837/15 840/13
initiate [2] 865/23 866/1
initiated [1] 842/20
inject [1] 800/1
injection [2] 799/11 799/20
input [11] 805/15 837/1 854/13 875/22
901/23 919/8 919/9 919/17 944/16
962/14 966/17
inputs [6] 806/3 806/4 806/5 811/5
944/17 950/14
inputting [1] 919/12
inquire [1] 817/19
inside [6] 843/8 843/10 844/22 848/16
854/7 895/22
inspection [1] 836/19
install [2] 851/7 875/14
installability [1] 897/12
installable [1] 853/14
installation [19] 838/7 838/8 838/21
844/2 849/22 850/24 851/7 854/11
859/23 860/2 860/3 860/5 860/7 860/15
860/18 860/20 866/3 908/5 908/6
installed [16] 842/3 850/4 851/9 851/11
851/12 853/17 857/24 858/7 864/23
864/25 868/11 896/13 900/23 901/7
905/8 905/14
installing [5] 844/8 851/17 851/24 865/7
871/4
instance [6] 805/11 806/5 831/20 833/13
938/23 966/25
instances [1] 831/18
instantly [1] 892/13
instead [2] 821/23 859/4
Institution [1] 836/15
institutions [1] 911/13
INTEC [2] 903/24 904/10
INTECSEA [17] 839/4 883/15 883/17
884/8 885/7 885/23 886/15 887/3
887/16 887/21 888/1 888/3 888/24
889/6 890/4 892/24 907/5
INTECSEA's [1] 886/12
integral [3] 853/12 855/5 855/23
integrity [11] 800/15 803/19 845/12
863/2 864/14 867/2 867/6 870/11 875/8
875/13 952/17
intend [1] 875/13
intended [3] 843/14 847/1 889/17
intending [1] 915/19
intends [1] 916/1
intent [4] 863/2 863/19 890/23 966/22
interact [6] 856/6 856/19 857/1 857/7
861/2 861/7
interacting [2] 805/17 856/22
interaction [3] 839/7 857/13 876/15
interactions [1] 855/22
interest [1] 948/9
interested [1] 839/12
Interesting [1] 806/9
Interests [1] 772/19
interfaces [1] 874/25
interfacing [2] 855/24 874/16
internal [2] 778/17 810/6
interpretation [1] 890/20

interruption [1] 901/13
intervention [3] 781/17 829/7 872/17
interview [4] 964/10 964/12 973/8
973/10
interviewed [2] 964/9 966/6
interviews [1] 916/19
into [31] 777/9 778/21 779/12 782/6
802/5 814/1 825/12 825/14 832/24
837/1 837/2 848/3 848/7 849/8 854/17
860/13 864/15 894/6 895/19 896/17
907/14 907/24 915/22 917/2 919/17
922/7 929/9 933/7 938/18 962/24
964/23
introduce [3] 777/9 835/17 909/19
Introductions [1] 786/11
introductory [1] 789/1
invited [7] 785/13 787/13 790/13 790/21
791/1 794/11 796/23
involved [28] 798/15 804/6 811/17
817/25 827/23 828/10 828/20 828/24
829/5 837/4 854/10 872/24 873/2
873/13 873/15 875/2 875/5 875/8
875/11 910/11 910/13 910/14 911/14
913/25 917/11 927/9 933/6 955/18
involvement [8] 855/18 858/23 859/6
859/23 872/16 910/19 913/24 948/20
Ireland [1] 836/11
Irpino [2] 772/6 772/7
irreversibly [1] 844/3
is [411]
isn't [16] 784/6 894/3 894/5 952/9
952/21 956/14 956/17 956/23 958/4
958/22 959/25 961/18 964/24 967/10
974/16 974/20
isolation [1] 897/5
issue [4] 859/19 900/10 900/13 969/13
issued [5] 866/23 867/21 867/22 878/18
889/6
issues [6] 860/7 897/9 897/9 910/7
916/15 919/4
it [529]
it's [99] 777/22 778/24 779/10 779/22
779/23 780/25 781/7 781/13 782/5
786/5 796/9 802/21 810/14 819/3 823/8
825/24 829/6 829/24 830/22 830/12
831/17 832/2 837/7 840/17 840/20
840/23 841/18 841/18 843/13 847/2
847/3 849/24 854/5 854/7 855/8 859/20
859/20 861/9 865/15 868/9 868/9 872/6
873/9 878/11 884/13 884/13 885/10
886/19 887/20 889/16 890/18 890/24
891/16 891/18 893/14 894/3 894/5
894/6 898/1 898/3 898/6 898/7 898/18
900/19 900/19 901/4 901/4 901/5
902/15 905/15 908/8 910/6 912/8
918/21 918/21 929/9 930/22 931/6
931/6 933/13 937/16 937/25 943/14
947/10 951/8 951/9 953/15 954/18
957/2 958/24 961/6 964/17 966/19
968/19 970/14 975/10 975/17 975/25
976/1
Item [1] 862/16
Item 3 [1] 862/16
items [5] 804/25 828/12 869/25 870/24
890/11
its [21] 778/17 778/23 805/23 845/2
847/1 851/10 854/2 859/8 868/6 882/13
887/25 889/6 892/23 894/6 899/16
901/11 907/4 908/18 913/15 948/4
968/10
itself [12] 807/13 825/22 845/15 847/7
853/15 854/5 859/10 865/17 934/3

**I**

itself... [3]  934/4 947/13 949/10

**J**

jacking [5]  849/25 850/4 851/3 851/20
852/13
Jackson [1]  772/17
JAMES [5]  771/22 772/22 783/11
788/23 788/25
January [3]  778/2 778/18 779/15
January 2010 [1]  779/15
Jasper [14]  958/9 960/18 961/8 961/10
961/13 961/18 962/20 963/9 963/14
964/1 964/3 964/5 964/10 964/15
Jefferson [1]  771/23
JENNY [1]  775/3
Jim [6]  891/3 891/6 891/16 892/9
893/14 894/17
job [6]  827/13 910/1 910/4 968/10
969/14 969/16
jobs [7]  816/18 967/15 968/1 968/18
969/6 969/25 970/3
John [5]  791/5 791/6 899/3 899/8 915/8
join [2]  778/6 785/13
joined [5]  778/4 778/11 837/21 864/22
865/2
joint [53]  838/1 840/11 840/12 840/16
840/17 840/21 841/4 841/7 841/10
841/15 841/25 842/12 843/9 843/13
843/15 843/22 843/24 844/25 845/1
845/5 845/14 845/16 846/12 846/23
847/25 850/1 850/2 850/6 850/7 851/10
851/13 852/19 865/8 866/13 866/19
867/7 868/6 870/2 877/25 879/8 879/25
882/12 891/21 895/15 895/18 895/19
895/23 904/8 904/18 906/7 906/20
907/6 907/14
joints [1]  868/2
Jonathan [1]  802/21
JOSEPH [1]  774/6
jpeg [3]  892/1 892/4 892/20
JR [1]  775/4
JUDGE [2]  771/15 967/13
Judge Barbier [1]  967/13
JUDY [1]  773/14
July [25]  842/4 843/20 851/12 855/14
858/7 858/11 864/25 865/3 865/25
866/22 867/22 878/18 883/1 888/9
888/15 888/23 889/4 894/11 899/14
900/8 900/8 904/9 905/8 905/14 965/9
July 12 [11]  842/4 843/20 855/14 858/11
864/25 865/3 894/11 900/8 904/9 905/8
905/14
July 15 [3]  899/14 900/8 965/9
July 16 [5]  883/1 888/9 888/15 888/23
889/4
July 2010 [1]  867/22
July 7 [3]  851/12 866/22 878/18
jumpers [1]  837/8
June [26]  854/15 856/10 856/19 856/25
857/8 858/25 860/16 862/1 864/10
866/3 869/3 872/24 874/18 899/19
900/2 901/16 901/21 902/8 903/10
905/20 906/4 906/5 906/21 907/3 907/9
908/2
June 12 [1]  862/1
June 27 [1]  906/21
June 3 [1]  866/3
June 4 [6]  899/19 900/2 901/16 901/21
902/8 903/10
June 7 [1]  907/3
junk [70]  782/23 783/1 784/22 785/14

785/17 785/25 786/14 786/17 788/19
790/5 790/11 791/22 792/4 792/6
793/2 794/1 794/1 794/4 794/8 794/19
794/23 795/3 795/8 795/10 796/12
796/22 797/1 797/19 798/6 798/14
798/20 798/25 799/8 799/9 799/17
800/4 800/10 800/13 800/14 800/23
801/9 801/24 802/1 802/24 803/3
803/11 803/18 804/6 805/18 805/20
806/14 808/18 811/23 814/20 814/24
815/11 815/13 817/15 817/22 818/11
819/10 821/21 822/7 822/8 822/15
825/11 825/19 827/1 833/19 834/1
Junk Shot [55]  782/23 783/1 784/22
785/14 785/17 785/25 786/14 786/17
788/19 790/6 791/11 791/24 792/4
792/25 793/2 794/1 794/23 795/10
796/12 796/22 797/1 797/19 798/6
798/14 798/20 799/8 799/9 799/17
800/4 800/10 800/13 800/14 800/23
801/9 801/24 802/1 802/24 803/3 804/6
805/18 805/20 806/14 808/18 811/23
814/20 815/11 815/13 817/22 818/11
821/21 822/7 822/8 822/15 825/19
827/1
Junk Shot-type [2]  798/25 814/24
Junk Shots [6]  794/1 794/4 794/8
794/19 795/3 825/11
just [86]  782/7 789/5 793/23 795/2
795/8 796/9 799/22 800/21 803/9
805/15 807/18 808/13 808/13 809/4
811/20 812/16 814/25 817/11 819/8
821/4 823/16 824/21 825/7 828/20
830/7 830/24 831/20 832/14 833/2
846/10 853/1 855/17 857/10 872/4
872/12 872/13 877/15 879/11 880/17
882/17 883/12 883/17 884/13 884/20
890/2 890/16 892/22 892/24 893/3
893/4 894/7 894/21 894/22 898/20
899/13 902/13 903/6 903/23 908/9
911/4 912/17 912/19 913/9 914/5 915/7
915/17 918/3 919/13 921/20 924/22
925/7 927/2 928/5 935/19 937/3 939/11
941/18 957/9 958/16 964/17 969/11
970/10 973/13 974/25 975/19 975/20
Justice [2]  773/14
justify [2]  953/23 953/25

**K**

Kanner [2]  773/2 773/3
KARIS [1]  773/21
Katz [2]  771/18 774/21
keep [1]  910/6
Kelly [2]  960/18 963/9
KERRY [2]  774/13 871/23
Kevin [2]  834/19 834/25
key [5]  792/24 793/5 793/9 943/14
943/21
kill [120]  782/23 783/18 783/23 784/23
789/6 790/7 793/3 796/24 798/6 799/10
799/18 799/18 801/8 801/8 801/16
801/22 801/23 802/1 802/4 802/10
802/22 802/23 802/25 803/2 803/4
804/5 804/7 805/1 805/19 805/21
805/22 806/10 806/19 806/19 806/23
806/24 806/25 806/25 807/2 807/4
807/4 807/6 807/12 807/13 807/16
807/17 808/1 808/2 808/4 808/15
808/18 809/7 809/7 809/22 809/23
809/25 810/3 811/1 811/9 811/15
811/17 811/23 812/2 812/3 812/10
812/20 812/22 812/22 813/5 814/22
815/3 815/3 815/16 815/17 815/25

816/1 816/5 816/9 816/15 817/5 817/6
817/8 817/10 817/11 817/13 819/20
821/7 821/9 821/14 823/15 823/18
824/3 824/8 825/9 825/24 826/18
826/20 826/21 826/23 827/1 827/2
827/3 827/5 827/17 827/23 828/6
828/21 828/22 829/4 832/6 832/10
832/23 833/1 833/3 834/18 873/13
874/7 874/10 946/20 949/13
kill/cementing [1]  812/22
killed [2]  809/9 825/17
kind [9]  815/19 817/10 819/18 822/5
880/15 927/21 935/6 966/18 966/19
kink [19]  923/13 923/13 924/11 924/18
924/19 926/3 926/5 926/9 932/24 935/7
935/8 935/10 935/17 936/9 936/20
938/21 939/20 939/23 951/14
kinked [5]  926/5 926/7 931/6 931/6
931/7
kinking [1]  924/20
kinks [2]  926/2 931/4
KIRBY [1]  775/15
Kirkland [3]  773/20 774/2 774/5
Kirton [1]  791/18
knew [14]  801/18 805/8 809/13 809/22
902/21 934/16 934/18 936/18 944/18
950/14 950/24 951/17 966/2 966/3
knots [1]  813/8
know [78]  779/8 784/14 785/15 786/5
789/17 792/6 798/10 798/23 798/24
800/6 803/14 804/23 805/3 805/7 805/7
806/1 806/5 806/17 807/22 809/24
811/2 811/12 811/20 811/22 814/25
817/8 823/24 826/20 828/23 830/3
831/14 831/21 832/22 864/4 876/3
876/7 880/6 889/2 889/17 890/17
890/17 890/22 891/6 891/18 892/14
893/5 894/10 902/15 908/24 908/24
908/25 915/19 919/6 919/6 922/22
922/22 925/23 926/5 930/5 933/12
933/14 933/14 933/15 933/21 934/19
935/1 952/11 955/9 955/13 955/18
958/9 958/10 960/21 969/15 970/2
970/20 971/19 975/17
knowing [6]  829/22 922/20 925/8 925/22
931/17 931/17
knowledge [17]  811/6 811/10 812/8
817/11 830/12 857/17 858/6 858/12
858/14 858/18 860/4 860/12 874/24
905/11 941/7 971/20 971/22
known [17]  836/4 837/16 868/15 924/14
924/17 924/19 925/13 926/11 926/12
926/16 927/12 932/17 932/19 932/21
932/24 935/10 947/8
KRAUS [1]  773/3
Kuchler [2]  775/11 775/12
Kurt [10]  789/11 789/11 789/12 806/9
806/13 806/14 806/18 826/17 826/20
827/9
KY [1]  775/15

**L**

labeled [3]  810/14 963/25 964/15
Labs [1]  869/19
lack [2]  798/13 798/16
lacking [1]  798/17
laed.uscourts.gov [1]  775/20
Lafayette [1]  771/24
laid [1]  796/20
Lake [1]  772/14
Lamar [1]  775/9
land [12]  844/23 845/4 848/22 848/23
852/18 852/21 865/18 891/20 896/9

land... [3]  907/8 951/2 951/3
land-based [1]  852/21
landed [17]  843/14 849/4 853/10 853/13
853/15 863/1 863/14 863/15 867/2
882/7 888/20 894/12 899/14 900/7
904/12 907/15 967/1
landing [7]  843/8 845/9 847/7 866/16
866/18 887/8 907/14
Landry [9]  955/5 955/17 956/3 959/20
960/8 960/17 963/1 963/6 965/13
LANGAN [1]  773/21
language [2]  831/3 902/6
lapel [1]  779/2
large [14]  824/20 825/12 826/19 827/10
827/17 828/8 841/20 843/14 848/10
848/11 850/10 850/20 866/9 871/6
largely [1]  837/4
larger [2]  825/15 826/11
largest [1]  852/16
Lars [2]  834/13 834/24
Lasalle [1]  773/23
laser [3]  840/9 840/24 843/5
last [15]  788/3 790/16 801/12 801/15
827/15 851/9 870/17 883/22 888/11
888/15 890/8 937/7 949/2 949/4 951/11
latch [5]  842/12 843/16 843/22 844/5
896/18
late [4]  836/23 864/10 869/3 906/4
later [10]  837/15 839/14 839/17 854/18
867/5 880/21 891/1 901/7 904/15
959/25
launch [1]  834/5
launched [1]  834/6
Law [1]  772/6
lawyer [1]  871/24
lay [1]  856/1
laying [1]  893/17
lays [1]  794/21
LCM [1]  808/16
lead [6]  789/6 800/23 801/1 801/5
872/10 966/21
leader [5]  833/14 833/14 833/18 834/2
836/24
leadership [2]  814/16 827/22
leading [6]  807/11 831/10 865/20
865/23 866/17 905/22
leak [3]  849/5 849/7 906/24
leak-tight [1]  906/24
leaking [2]  810/25 849/7
learned [4]  817/8 831/24 847/23 866/11
learning [2]  795/16 908/3
LEASING [1]  771/8
least [13]  789/1 790/21 801/11 825/4
905/3 922/23 926/19 929/25 939/24
942/23 945/12 952/6 975/22
leave [1]  864/18
led [3]  783/21 786/12 833/4
left [13]  823/12 841/17 849/25 855/4
863/16 894/17 941/24 943/13 944/7
962/20 962/24 964/1 964/15
left-hand [1]  964/15
length [2]  879/22 880/19
lengths [1]  919/8
less [3]  826/12 933/18 948/3
let [6]  779/3 860/9 870/13 892/15
916/13 957/21
let's [78]  778/25 784/16 785/23 788/14
788/23 791/10 802/16 803/15 803/25
804/3 806/11 809/4 810/20 812/19
813/15 813/17 824/1 833/19 871/11
872/5 876/12 878/4 878/10 878/19

880/14 880/23 882/24 883/22 883/22
884/6 884/11 885/13 885/15 885/16
885/17 886/12 886/13 887/1 887/13
887/20 888/9 889/9 891/4 892/11 893/5
894/14 897/1 897/17 898/22 900/5
901/14 902/12 903/6 903/7 928/24
932/4 940/5 955/2 955/25 959/1 959/4
959/22 960/4 960/11 961/2 961/15
962/16 963/17 963/17 963/23 964/14
964/20 966/10 967/5 970/23 972/4
972/23 974/23
level [5]  800/15 869/17 886/10 912/8
916/5
Levin [1]  772/2
Lewis [3]  773/17 775/2 775/7
LI [1]  774/20
Liao [3]  971/1 971/8 971/10
lift [3]  848/12 848/13 848/20
lifted [1]  850/11
light [3]  883/25 939/18 941/13
like [73]  777/9 777/15 777/21 779/5
780/6 780/11 782/22 782/23 785/8
785/19 787/13 788/4 788/8 788/9 789/3
789/15 796/15 798/24 804/25 806/10
806/13 807/18 811/5 812/5 814/13
815/1 815/22 816/2 816/23 816/24
818/18 819/3 819/23 823/11 823/17
823/25 827/6 827/13 828/9 828/19
830/9 832/24 833/10 836/8 847/4 854/9
862/16 869/22 888/12 892/23 892/24
910/20 913/14 916/1 916/25 917/18
917/23 919/7 919/10 920/5 922/24
923/8 925/24 925/25 928/23 932/9
939/12 942/9 952/25 960/9 964/23
966/3 966/25
likelihood [6]  795/11 796/13 797/20
798/20 799/19 826/12
likely [13]  807/13 807/17 868/14 930/6
948/1 951/21 954/1 954/4 956/13
956/18 959/13 960/13 962/12
Likewise [2]  889/3 942/18
limit [3]  824/15 845/2 870/10
limitation [2]  805/23 806/18
limitations [6]  798/21 799/12 799/24
805/13 805/14 815/12
limited [1]  870/23
limiting [1]  870/23
limits [3]  845/23 846/9 867/8
line [34]  780/12 780/16 780/18 781/3
796/16 796/16 805/6 814/19 818/1
818/3 821/25 822/1 822/15 822/17
824/4 824/6 824/10 824/13 825/13
825/19 825/21 834/6 837/8 843/12
849/6 849/6 880/1 922/4 950/12 950/18
960/2 972/11 973/3 974/9
line 18 [1]  824/4
lined [1]  848/25
liner [1]  933/8
lines [19]  805/11 805/16 817/16 818/22
819/10 819/17 822/2 823/13 824/12
825/23 841/22 848/19 863/20 867/5
957/22 958/5 959/2 964/17 964/19
Liskow [1]  773/17
list [5]  777/6 785/15 787/13 921/23
933/23
listed [5]  794/21 883/11 921/15 951/16
951/16
little [23]  782/22 783/4 784/14 785/6
789/25 791/10 792/24 795/6 807/23
823/7 831/19 836/8 836/21 846/18
872/3 892/1 910/20 911/20 925/7
928/23 957/12 963/1 975/17
LLC [8]  771/18 771/22 773/2 774/12

774/13 774/16 774/19 775/11
774/9 774/15 774/18 775/14
LMRP [20]  837/24 838/1 838/3 839/21
839/24 840/1 844/9 844/18 866/10
877/25 879/6 940/20 941/4 941/6
942/11 942/17 943/17 950/21 950/22
950/24
load [2]  833/25 868/1
loads [6]  845/13 867/4 867/4 868/3
868/4 907/13
location [2]  839/25 849/9
lock [3]  845/7 850/2 866/21
Lockett [16]  933/6 934/9 935/16 935/21
937/2 937/24 939/14 945/25 951/12
972/6 972/12 973/1 973/8 973/22
973/25 974/7
Lockett's [3]  936/17 945/21 974/12
lodged [1]  823/12
logistical [1]  903/16
logo [1]  885/25
logs [1]  925/3
long [13]  778/8 788/3 799/11 799/14
799/20 853/7 854/5 880/7 896/2 907/22
909/24 910/11 957/15
longer [2]  844/5 862/17
look [62]  785/19 788/5 804/9 805/5
805/5 806/9 807/18 810/17 811/4
823/17 831/6 839/23 840/25 841/17
845/14 862/3 878/10 879/14 880/21
885/4 885/17 886/12 891/11 892/11
896/20 900/5 902/12 919/9 919/10
929/20 929/25 930/13 931/8 931/19
932/4 933/4 936/2 936/13 940/5 940/23
941/9 941/17 941/18 942/5 942/9
942/13 942/22 944/4 946/25 950/4
950/7 951/20 952/22 953/3 957/2
957/13 957/15 961/15 963/3 966/4
966/25 971/18
looked [20]  798/24 799/3 811/5 841/3
841/6 848/7 883/18 889/3 901/19
902/13 916/25 917/6 939/12 941/24
941/25 945/13 963/13 966/3 966/25
970/10
looking [25]  822/5 831/25 838/2 840/2
840/8 840/11 840/12 840/13 841/5
863/25 883/12 893/5 894/23 927/17
932/2 941/4 943/5 944/15 946/14 947/3
949/9 950/9 950/10 958/24 959/3
looks [12]  787/13 788/4 788/8 788/8
806/10 806/13 919/7 922/24 925/24
936/24 960/9 964/23
loosen [1]  847/21
Los [2]  774/4 774/22
lot [16]  789/17 798/25 811/2 811/2
811/12 811/13 817/9 825/15 831/16
868/2 904/16 922/1 938/13 945/14
964/17 968/12
lots [3]  812/6 812/6 817/1
LOUISIANA [15]  771/2 771/6 771/20
771/24 772/8 772/14 772/22 772/24
773/3 773/4 773/19 774/14 775/13
775/19 976/12
low [6]  795/11 796/12 797/20 798/20
799/19 951/8
lower [7]  846/4 907/24 945/8 956/13
964/1 964/15 965/3
lowest [1]  961/24
LP [2]  775/12 775/15
LUIS [1]  774/20
Lundy [3]  772/12 772/12 772/13
Luxenberg [1]  772/9

Case 2:10-md-02179-CJB-DPC Document 13437 Filed 04/29/14 Page 225 of 241

ma'am [1] 920/17
machining [1] 843/25
Macondo [40] 810/24 811/8 813/24
815/11 824/11 829/11 830/9 833/4
846/1 864/23 871/4 914/25 919/2
919/17 920/11 920/15 920/21 920/22
921/9 921/14 921/18 925/25 926/11
932/15 934/7 935/11 938/8 938/15
939/2 939/7 940/15 943/22 947/20
948/7 948/22 949/16 953/17 957/18
964/24 965/8
made [20] 803/18 809/10 816/21 847/1
847/22 848/25 853/4 853/4 862/4 870/5
882/7 900/10 902/14 904/15 904/17
907/10 907/16 907/18 907/20 908/19
Magazine [1] 772/7
mail [60] 783/13 791/17 792/2 792/7
802/21 806/13 819/4 819/8 820/22
861/25 862/3 862/8 891/3 891/13 892/8
892/20 898/22 898/24 899/18 899/24
900/1 901/14 901/20 901/22 901/23
902/2 902/5 903/6 903/7 908/13 908/16
933/8 937/3 939/13 955/4 955/17 956/3
958/15 958/17 958/18 959/7 959/24
960/6 960/8 961/4 961/7 961/17 961/22
965/13 970/24 971/1 971/10 972/11
972/15 974/8 974/8 975/3 975/7 975/13
975/16
mails [2] 916/22 952/19
main [5] 837/21 841/4 843/25 865/15
922/7
maintenance [1] 836/19
majority [1] 788/21 798/11 949/20
make [7] 785/19 790/1 792/11 796/9
799/5 799/6 803/20 819/11 830/24
831/2 840/13 840/14 859/10 889/12
891/24 894/22 906/23
making [12] 843/10 844/4 846/22 847/9
848/2 861/3 875/19 896/14 904/12
929/21 931/21 964/6
male [7] 881/13 881/17 882/9 882/14
893/25 895/12 895/22
manage [1] 779/17
manager [7] 835/22 836/4 837/18 872/7
872/11 891/10 912/4
manifold [2] 799/25 863/18
manifolds [2] 837/8 863/20
manipulated [1] 833/10
manner [1] 965/6
manual [6] 779/9 779/14 779/16 779/21
781/7 829/17
manually [1] 831/22
manufacture [1] 860/4
manufacturer [1] 868/5
manufacturing [3] 884/16 884/22 885/4
many [15] 782/7 801/6 830/1 832/1
852/10 868/8 905/2 905/9 912/12 913/8
920/25 925/14 927/2 950/21 970/5
mapping [2] 941/19 942/23
March [1] 825/4
March 3rd [1] 825/4
marine [4] 782/13 782/14 796/4 841/20
MARK [12] 777/11 783/17 783/17
783/21 789/6 789/8 801/1 804/6 804/6
804/10 819/9 896/23
Mark M [1] 804/6
marked [1] 778/25
MARTIN [1] 774/3
MARTINEZ [1] 775/3
Mason [14] 940/2 940/9 940/14 941/14
943/4 943/25 944/10 951/1 971/1 971/3
971/10 974/21 974/25 975/16
Mass Production [1] 941/25
941/12 941/14 943/21 944/7 944/22
945/15 945/21 945/25 950/18 975/3
mass [4] 957/2 958/19 958/21 958/24
match [1] 944/15
mated [1] 859/10
material [27] 794/24 800/1 801/22
806/25 808/2 808/5 812/12 812/14
812/25 813/23 814/14 814/18 816/19
818/2 819/16 821/12 821/15 824/16
824/20 825/9 825/12 825/18 825/20
826/22 826/24 827/4 917/8
materials [2] 816/15 816/23
mathematics [3] 836/12 911/7 911/9
matter [3] 814/12 822/5 976/15
matters [3] 777/4 799/6 838/17
maximum [8] 805/6 811/25 870/10
870/23 937/8 941/21 942/15 951/18
may [141] 780/7 780/7 783/2 783/12
784/5 785/25 786/5 787/12 789/3
790/11 791/18 791/18 791/25 792/3
792/3 795/2 795/9 797/25 798/8 799/17
800/3 800/14 800/24 801/23 802/2
802/8 802/8 802/8 802/21 802/25 803/2
805/18 806/12 807/9 808/15 810/10
812/3 812/6 812/21 815/16 815/25
819/7 819/22 821/20 822/6 823/8
824/23 826/3 826/17 826/17 826/25
827/9 839/14 852/25 858/9 859/17
859/18 859/22 860/22 871/18 885/14
886/1 886/20 887/10 887/18 891/1
891/13 891/19 892/5 892/16 892/20
893/11 894/16 894/25 896/22 897/15
898/2 898/6 898/7 898/16 898/25 899/9
899/24 900/25 901/10 902/21 903/2
903/3 903/25 904/10 905/13 908/20
913/6 914/1 917/5 917/8 917/25 919/5
920/15 921/3 924/14 925/17 928/2
928/7 930/18 931/16 931/16 935/10
935/13 940/9 941/12 947/14 947/21
948/12 948/15 949/21 952/5 952/24
953/18 953/21 954/1 954/21 955/5
956/3 958/15 958/17 959/8 959/18
960/22 961/7 962/19 962/21 968/15
970/8 970/20 971/11 971/12 972/11
975/3 975/6 975/10
May 1 [1] 886/20
May 10 [6] 954/1 955/5 958/15 958/17
959/8 962/21
May 11 [4] 896/22 897/15 940/9 941/12
May 14 [6] 801/23 802/2 802/8 802/21
802/25 803/2
May 15 [3] 802/8 971/12 975/10
May 16 [1] 802/8 806/12 812/3 971/11
May 19 [2] 902/21 903/2
May 2010 [4] 898/2 917/25 948/12
954/21
May 22 [1] 808/15
May 23 [1] 891/13
May 24 [1] 780/7
May 25 [2] 898/16 903/3
May 26 [7] 798/8 800/24 815/16 815/25
821/20 822/6 823/8
May 27 [2] 826/25 827/9
May 27th [1] 826/17
May 28 [3] 819/7 819/22 953/21
May 28th [1] 826/17
May 3 [1] 972/11
May 30 [4] 898/25 899/9 899/24 901/10
May 31 [2] 810/10 917/5
May 31st [1] 826/3
May 4 [1] 886/1
May 5 [4] 783/2 783/12 783/17 975/3
May 6 [13] 783/2 785/25 787/12 791/18
791/25 792/3 795/2 795/9 797/25
799/17 800/3 800/14 961/7
May 7 [5] 791/18 792/3 885/14 903/25
904/10
May 9 [9] 891/19 892/5 892/16 892/20
893/11 894/16 894/25 947/14 947/21
May of [1] 824/23
maybe [8] 792/11 810/18 858/3 861/11
883/21 890/23 934/15 940/21
MAZE [1] 772/19
MAZZELLA [16] 777/11 777/15 777/21
779/8 788/18 796/19 796/21 797/5
797/17 819/9 819/24 820/8 820/23
828/6 828/20 834/8
MBAL [5] 913/3 956/25 957/1 960/25
962/10
MC [2] 785/25 791/24
MC 252 [2] 785/25 791/24
McAughan [7] 960/19 961/4 961/6 961/7
962/6 962/19 963/20
McAughan's [2] 960/20 963/9
McCutchen [1] 775/14
McWhorter [2] 834/18 834/25
MD [1] 771/4
me [35] 778/19 779/3 780/13 786/6
796/14 798/5 801/7 804/10 806/17
810/5 815/22 818/15 820/2 821/20
823/4 823/18 825/19 827/11 832/15
857/21 857/25 870/13 873/9 881/10
890/13 890/24 892/15 892/15 894/24
898/20 903/3 916/13 957/21 964/2
973/15
mean [22] 806/3 819/24 821/15 831/12
833/17 918/2 918/3 921/12 921/14
923/3 923/6 930/4 930/5 931/12 936/7
945/6 968/22 970/21 973/14 973/19
973/21 974/8
Meaning [1] 807/15
means [10] 781/17 810/17 837/25 857/7
857/13 862/20 892/4 931/11 953/9
964/5
measure [5] 780/3 799/2 938/12 965/7
973/4
Measures [1] 870/10
mechanical [5] 775/24 800/19 805/8
836/16 925/13
meet [1] 838/12
meeting [3] 832/8 862/14 877/23
meetings [2] 839/14 910/7
member [5] 837/11 901/6 909/2 911/13
953/12
members [13] 783/9 787/14 789/12
801/6 833/7 833/9 833/11 836/5 838/18
838/23 839/10 862/1 908/25
memo [3] 937/2 937/17 939/18
memory [2] 806/17 827/11
memos [1] 952/20
men [1] 952/17
mentioned [27] 782/1 782/9 783/1
811/12 815/19 817/23 840/21 843/19
849/15 851/16 855/17 868/20 873/9
876/4 886/22 912/6 919/20 924/3
930/25 947/22 948/25 950/2 951/13
953/2 961/21 962/25 968/24
message [1] 943/21
messages [4] 793/6 793/9 793/13
943/15
met [4] 825/3 842/8 871/23 960/22
metadata [1] 963/13
metal [2] 848/15 850/5

Case 2:10-md-02179-CJB-DPC Document 13173-8 Filed 04/29/14 Page 226 of 241

metalwork [1] 850/22
meter [3] 919/16 919/16 919/25
meters [1] 919/14
method [4] 842/4 843/7 844/5 866/12
methodology [5] 779/16 786/19 786/21 903/7 965/6
methods [5] 837/22 842/11 843/4 929/10 970/8
MEXICO [5] 771/5 778/2 779/10 781/9 846/2
mic [2] 779/2 873/10
MICHAEL [1] 774/19
microphone [1] 846/18
mid [6] 836/23 852/25 869/3 910/14 914/1 914/3
mid-August [2] 910/14 914/3
mid-May [2] 852/25 914/1
middle [8] 805/17 848/15 854/4 855/9 882/17 923/12 938/11 970/24
might [6] 872/11 897/21 902/3 907/14 926/18 935/17
MIKE [4] 774/10 971/1 971/3 971/10
MILLER [4] 774/13 871/9 871/17 871/23
mind [1] 823/23
minute [6] 801/9 801/13 805/24 806/21 807/7 873/5
minutes [8] 787/3 819/8 834/13 871/10 890/8 959/25 975/21 976/1
misnomer [1] 873/18
misread [1] 975/12
missing [1] 900/22
Mississippi [1] 772/17
misstated [1] 809/20
misstates [2] 969/9 969/10
Mitchell [1] 772/2
mitigation [1] 799/4
mitigations [4] 793/12 794/21 794/24 800/18
Mix [5] 789/11 789/11 806/14 826/17 827/9
MMS [4] 834/14 839/8 839/11 948/4
mock [1] 907/6
mock-up [1] 907/6
mocked [1] 851/21
mockup [1] 852/21
mode [1] 802/5
model [43] 919/7 919/18 921/1 922/23 922/23 925/9 929/21 930/12 938/17 938/20 938/22 938/22 938/24 939/8 939/24 947/10 947/25 951/15 954/1 956/2 956/4 956/10 956/14 956/17 956/18 956/21 956/25 957/1 957/3 958/24 959/8 959/8 959/9 959/13 960/3 960/13 960/13 962/10 962/12 964/24 967/1 972/16 972/16
Model 1 [1] 959/8
modeled [5] 918/16 933/2 939/14 941/14 941/15
modeler [2] 960/18 975/6
modelers [2] 972/9 974/18
modeling [165] 804/25 807/4 810/1 810/7 810/9 810/23 811/8 811/19 811/22 814/19 814/23 910/17 912/14 912/17 912/19 912/24 913/5 913/15 914/14 914/17 914/19 914/23 915/2 915/5 916/7 916/12 916/14 916/18 916/20 916/21 916/24 917/4 917/5 917/12 917/16 918/5 918/17 918/20 918/22 918/25 919/3 919/15 920/14 920/20 921/5 921/9 921/21 922/21 923/4 924/15 924/24 925/18 926/4

926/7 926/15 927/10 928/6 928/8
928/20 928/19 928/23 928/23 929/3
929/18 929/20 929/25 930/6 930/15
930/17 930/25 931/5 931/9 931/19
932/1 932/2 932/5 932/9 932/14 933/7
933/10 933/21 934/6 934/11 934/17
935/1 935/9 935/20 935/21 936/5
937/11 938/6 939/19 939/21 940/2
940/8 940/8 941/1 941/14 941/21
942/25 945/7 945/12 946/1 946/6 946/8
946/12 946/13 947/2 947/14 947/19
948/11 948/14 948/16 948/21 948/23
949/10 949/10 949/17 949/21 950/2
950/6 950/11 951/20 951/22 951/23
952/6 952/9 953/16 953/23 953/24
953/25 954/3 954/5 954/13 954/19
956/19 956/22 957/18 957/23 958/6
958/22 960/24 960/25 962/23 966/4
966/13 966/24 967/9 967/17 967/20
968/5 968/10 968/17 968/21 968/24
969/6 970/1 970/4 970/5 970/7 970/9
970/11 970/19 971/6 974/12
models [19] 916/24 917/1 917/2 918/1
922/24 931/8 934/15 935/25 938/17
938/18 939/4 945/22 947/6 948/10
952/15 952/15 953/1 953/2 958/19
modified [1] 887/9
moment [1] 854/10
Momentum [29] 782/23 784/22 790/7
793/3 799/10 799/18 801/8 805/21
806/19 806/24 807/2 807/4 807/6
807/12 807/17 808/2 808/4 808/15
809/7 809/22 809/25 810/3 811/23
812/3 812/20 814/22 826/23 827/1
827/5
Monday [4] 917/14 918/13 937/16 938/3
monitor [2] 870/20 919/4
monitored [1] 822/3
monitoring [3] 822/14 870/19 874/8
Montgomery [1] 772/20
month [5] 898/1 898/1 898/6 898/7
908/2
Moody [2] 819/8 819/24
more [13] 794/22 794/23 794/25 795/7
797/13 804/5 807/19 814/2 817/20
820/4 823/21 836/21 838/14 841/10
841/14 842/13 847/6 847/8 851/1
856/15 862/23 863/3 872/11 880/19
883/21 904/7 904/12 925/25 927/2
953/5 964/17 969/21 970/13
Morgan [2] 772/15 772/15
morning [6] 778/22 779/15 838/15 839/9
899/9 976/2
morphed [1] 962/24
most [20] 782/14 800/7 836/23 852/3
907/7 931/3 931/18 931/21 945/2 945/6
947/24 948/1 950/5 952/14 954/1
956/13 956/18 959/13 960/13 962/12
move [13] 781/8 791/21 801/21 821/3
821/4 821/5 840/18 846/17 851/14
859/21 861/11 959/3 974/15
moved [1] 848/18
Mr [9] 807/23 896/1 901/12 901/19
901/22 909/3 909/22 959/7 973/8
Mr. [281]
Mr. Adams [2] 825/8 976/4
Mr. Ballard [2] 910/25 952/5
Mr. Ballard's [2] 959/1 969/15
Mr. Barnett [9] 797/4 798/12 798/18
816/7 817/3 817/13 817/19 819/24
820/19
Mr. Brock [19] 777/22 778/3 779/8 781/5
782/24 783/4 784/14 785/6 789/25

791/12 792/1 792/5 792/10 792/23
793/24 794/11 796/1 796/4 909/7
Mr. Campbell [7] 797/4 798/18 799/8
799/16 816/7 817/4 819/24
Mr. Campbell's [1] 797/13
Mr. Collier [6] 861/11 872/3 873/17
878/5 890/7 908/9
Mr. Collier's [1] 874/12
Mr. Curtis [6] 899/17 900/1 901/15
901/20 902/5 903/9
Mr. Curtis' [4] 900/3 903/6 903/7 903/11
Mr. Dupree [8] 783/24 784/4 784/8
786/12 796/24 797/24 971/23 972/3
Mr. Gibson [1] 976/4
Mr. Hill [11] 933/2 933/6 935/16 935/20
936/4 936/17 937/2 937/24 939/14
945/25 951/12
Mr. Hill's [3] 934/9 935/5 935/23
Mr. Inglis' [1] 959/18
Mr. James [1] 783/11
Mr. Jim [1] 892/9
Mr. Lockett [7] 933/6 934/9 972/12
973/1 973/22 973/25 974/7
Mr. Lockett's [1] 974/12
Mr. Mason [11] 940/2 940/9 940/14
941/14 943/4 943/25 944/10 951/1
974/21 974/25 975/16
Mr. Mason's [13] 940/8 940/11 940/25
941/12 941/14 943/21 944/7 944/22
945/15 945/21 945/25 950/18 975/3
Mr. Mazzella [13] 777/15 777/21 779/8
788/18 796/19 796/21 797/5 797/17
819/24 820/23 828/6 828/20 834/8
Mr. Miller [2] 871/9 871/17
Mr. Moody [1] 819/24
Mr. Ole [1] 806/12
Mr. Patteson [2] 801/4 801/5
Mr. Peijs [4] 959/7 959/18 959/24
963/21
Mr. Peijs' [1] 960/6
Mr. Petosa [1] 779/2
Mr. Rygg [1] 805/20
Mr. Smith [127] 835/13 840/7 841/14
844/16 846/17 846/21 849/21 853/24
855/22 856/6 857/16 858/5 858/9
859/22 861/2 861/14 861/25 866/4
867/15 869/8 871/7 871/23 872/6
872/16 873/9 873/13 875/2 876/2 876/3
876/14 876/19 877/1 877/3 877/11
877/18 877/21 878/6 878/14 878/23
879/20 880/9 881/2 881/6 881/10
881/14 882/1 882/18 883/3 883/10
883/15 884/5 884/9 884/20 885/2 885/8
885/12 885/14 885/20 885/24 886/2
886/6 886/9 886/16 886/20 886/24
887/6 888/1 888/7 888/18 888/21
888/25 889/1 889/3 889/7 889/13
889/15 889/22 891/6 891/22 892/12
892/17 892/25 893/9 893/21 893/23
894/1 894/3 894/5 894/9 894/18 894/24
895/4 895/10 895/15 896/18 896/21
896/24 897/6 897/10 897/14 897/20
897/24 898/2 898/6 898/10 898/14
898/17 898/20 898/23 898/24 899/1
899/10 899/20 900/6 900/10 900/18
900/21 901/13 902/1 902/14 902/16
903/3 903/12 903/17 903/23 906/15
908/13
Mr. Suttle's [1] 965/13
Mr. Suttles [7] 955/9 955/21 957/13
959/19 960/7 960/7 960/16
Mr. Suttles' [1] 956/3
Mr. Tim [1] 972/6

## M

Mr. Trevor [1] 835/2
Ms. [5] 960/20 961/7 962/6 962/19 963/20
Ms. McAughan [4] 961/7 962/6 962/19 963/20
Ms. McAughan's [1] 960/20
much [16] 805/3 805/12 805/16 819/18 826/18 827/10 828/1 842/1 853/18 925/8 926/8 930/15 932/17 949/6 951/8 951/9
mud [9] 801/9 801/13 805/16 809/7 833/17 833/17 849/6 853/12 904/13
mule [8] 853/2 887/15 887/17 895/21 907/4 907/12 907/17 907/19
multiphase [1] 911/10
multiple [6] 823/20 826/2 826/9 852/14 925/15 933/9
Munger [1] 774/18
my [75] 793/21 795/6 795/6 797/7 797/17 809/17 809/19 810/18 811/7 811/13 824/25 826/1 827/6 829/6 832/15 835/9 835/15 835/18 857/24 860/18 863/13 864/14 871/23 872/9 874/9 879/17 880/5 889/12 890/20 890/21 900/15 902/1 902/1 908/9 909/21 911/6 911/9 911/11 912/4 913/11 914/12 915/23 916/8 916/9 917/17 918/3 920/13 921/20 926/6 928/18 931/5 932/20 932/23 948/14 949/10 951/9 956/23 956/24 956/25 957/11 957/21 960/25 963/5 965/24 967/22 968/2 968/3 968/6 968/19 969/1 969/3 970/3 973/16 973/19 976/13
myself [3] 783/8 815/6 858/1

## N

N.W [3] 774/7 774/10 775/16
name [9] 835/7 835/9 835/15 835/18 842/7 871/23 909/12 909/21 923/18
named [2] 837/15 960/18
NATHANIEL [1] 773/12
native [1] 916/25
Natural [1] 773/10
nature [2] 802/13 799/21
near [7] 799/11 799/20 800/21 801/19 850/2 851/14 925/12
near-vertical [2] 850/2 851/14
nearly [5] 793/6 793/9 793/13 793/25 930/20
necessarily [2] 799/25 822/22
necessary [2] 889/25 917/25
neck [3] 843/18 881/25 882/21
need [7] 777/17 848/12 901/24 905/25 916/15 920/9 931/15
needed [38] 833/12 834/3 844/23 845/5 845/6 845/9 845/11 845/14 845/20 846/3 846/5 846/8 847/5 847/21 848/20 849/25 852/8 854/16 866/15 866/20 874/25 878/1 904/16 967/9 967/15 967/19 967/25 968/4 968/10 968/17 968/20 969/5 969/6 969/14 969/16 969/25 970/2 970/4
needing [1] 867/1
needs [3] 796/19 856/1 860/5
neither [3] 874/2 917/24 921/3
net [4] 925/2 925/4 930/9 934/23
never [15] 798/5 798/24 800/10 802/23 815/10 815/14 822/2 823/3 858/16 966/6 973/23 974/1 975/13
new [22] 771/6 771/20 772/8 772/11 772/11 773/4 773/19 774/14 775/13

775/19 777/17 848/5 849/1 852/3 852/4 852/7 863/1 863/12 871/7 861/10 948/6 961/10
next [11] 804/3 813/3 824/9 834/10 835/1 843/13 876/23 909/7 909/8 934/2 972/24
Nichols [1] 896/23
no [117] 777/8 778/7 778/14 778/19 778/23 780/5 781/10 782/1 785/17 786/2 786/23 787/1 795/4 795/4 795/5 795/14 796/14 798/1 801/1 801/25 802/3 802/13 805/19 806/2 806/3 807/19 809/10 809/14 809/24 810/1 810/6 810/8 810/16 811/10 813/10 813/13 814/5 814/10 814/19 815/2 815/10 815/15 815/25 816/17 818/9 820/13 821/19 822/1 822/22 823/7 823/10 823/18 823/20 825/11 827/25 829/16 829/22 842/11 850/18 855/18 855/18 859/2 860/11 868/13 871/6 871/7 872/16 872/19 872/21 874/8 876/24 880/1 889/16 890/18 902/9 909/3 913/18 915/1 919/19 922/10 926/6 926/9 926/23 927/17 928/3 928/9 930/9 930/25 933/1 935/12 937/13 939/23 940/17 941/8 943/24 947/11 948/8 951/14 951/24 952/20 954/7 954/10 959/9 962/14 963/16 964/11 964/13 966/8 971/20 971/22 971/24 971/25 972/3 974/15 975/9 975/15 975/21
NOAA [1] 944/14
nobody [1] 810/4 812/1 928/5
none [2] 800/12 822/8
NONJURY [1] 842/1
nor [3] 917/24 921/3 953/25
normal [5] 845/23 846/25 872/11 920/23 927/20
normally [4] 779/18 787/17 831/20 838/14
North [1] 772/23
nose [3] 881/13 881/17 907/18
not [215]
notably [1] 977/9
note [1] 955/21
nothing [3] 802/13 816/3 848/3
notices [1] 889/5
now [90] 782/4 785/5 786/6 788/18 791/10 791/14 791/19 792/22 793/5 808/13 818/17 835/4 836/7 837/10 838/2 838/5 839/7 840/4 841/9 843/2 844/8 844/23 845/10 846/11 853/21 854/22 857/16 861/14 864/5 864/20 866/2 868/20 868/24 870/24 871/3 880/13 888/23 900/12 903/24 904/20 905/8 907/9 908/12 910/8 911/15 915/2 917/3 917/18 918/12 918/25 919/15 920/14 921/6 924/21 928/5 932/4 933/4 934/9 934/25 936/25 941/6 941/9 942/10 943/9 944/4 945/21 946/1 946/4 946/25 947/14 949/19 953/15 954/11 955/4 955/25 956/2 956/17 957/25 958/8 959/22 960/11 961/11 962/18 963/10 964/20 965/5 965/21 966/6 971/3 972/6
nowhere [1] 832/22
number [30] 786/9 793/22 793/23 808/21 819/25 837/18 849/15 850/23 852/16 869/21 870/7 881/12 888/4 888/8 901/5 926/20 926/25 927/9 931/24 932/14 943/1 944/20 945/21 947/15 948/9 952/6 953/6 962/6 974/16

Number 1 [1] 808/21
Number 1 [1] 808/21
numbers [7] 946/9 947/10 948/2 949/21 951/16 959/17 959/19
nut [2] 848/2 848/5
nuts [2] 847/25 848/1

## O

O'CONNOR [1] 774/7
O'Keefe [1] 771/19
O'ROURKE [1] 773/11
oath [6] 967/13 967/16 967/23 968/7 969/23 970/14
object [8] 796/17 810/15 820/23 828/19 830/11 831/10 900/9 969/9
objection [17] 777/10 797/7 797/7 818/24 820/22 829/1 830/18 855/15 857/6 858/2 859/16 908/8 913/18 913/19 927/13 927/25 969/18
objections [1] 777/8
objective [2] 863/2 870/23
objectives [3] 784/21 790/4 849/9
observation [1] 945/10
observe [1] 918/12
obstructions [2] 859/11 923/16
obtained [1] 944/19
obtaining [1] 816/19
obvious [1] 809/3
occasion [2] 953/5 953/6
occasionally [1] 838/16
occasions [1] 913/8
occur [3] 821/8 864/7 865/25
occurred [2] 783/2 811/9 822/20 842/2 865/2 906/5
occurring [1] 842/1
Oceaneering [1] 839/2
October [3] 771/7 777/2 777/7
October 1 [1] 777/7
off [21] 785/15 788/23 807/24 807/25 825/16 838/16 841/23 848/12 880/6 904/14 904/14 915/25 916/9 929/24 929/24 940/20 941/4 941/6 942/10 942/17 950/22
offer [1] 777/9
offered [1] 777/6
offering [1] 847/6
Office [7] 771/23 772/4 772/18 772/22 772/23 773/7 773/15
offices [2] 795/22 838/13
Official [3] 775/18 976/10 976/19
offloading [1] 914/10
offshore [23] 774/13 774/16 774/19 782/13 794/16 796/3 809/16 815/8 827/21 832/17 838/22 852/1 865/19 887/4 899/18 900/2 901/16 902/8 902/20 903/2 903/10 903/15 912/2 912/20 913/16 914/8 914/8 914/21 916/8 918/17 919/25 934/21 949/12 959/10 959/14 961/24 963/4 968/23 974/13
okay [16] 782/24 783/24 791/9 796/15 809/21 823/14 824/1 827/8 834/23 835/3 860/9 877/9 901/9 913/19 954/18 968/6
Ole [7] 802/12 804/20 804/22 804/23 805/17 806/12 834/24

## Q

OLGA [4] 913/2 917/1 918/11 952/25
Olson [1] 774/18
on [401]
on board [1] 844/23
on-site [2] 902/10 912/3
onboard [1] 839/15
once [2] 784/1 831/8
one [121] 777/5 778/23 782/12 782/14
783/19 786/20 787/3 789/12 790/12
792/9 792/17 793/25 796/3 796/25
799/23 801/2 801/15 804/15 806/2
810/1 810/6 815/6 817/8 818/3 825/12
826/21 827/4 828/12 829/9 832/5
832/21 833/7 834/3 834/5 842/13
842/17 842/21 843/13 843/16 847/12
847/18 849/5 849/5 850/9 856/9 857/4
857/8 858/25 862/8 862/13 869/8
869/11 870/7 872/24 873/25 876/24
878/2 878/3 881/21 885/10 885/18
888/17 898/1 902/10 904/23 905/13
905/15 906/2 906/5 907/15 912/4
916/14 919/17 921/10 921/23 922/3
922/10 922/12 923/20 924/11 926/1
927/2 928/3 929/10 930/12 932/15
933/8 933/23 934/15 934/17 941/23
943/13 946/23 948/15 952/19 953/12
955/11 955/18 956/6 956/7 957/17
958/15 959/4 960/23 961/24 962/2
962/5 962/20 962/20 964/14 965/15
965/18 966/9 966/12 967/9 969/21
971/5 971/5 971/20 972/9 974/25
one-liner [1] 933/8
one-week [1] 856/9
ones [7] 875/15 900/23 913/3 923/17
924/10 947/7 947/22
ongoing [2] 855/22 862/23
only [16] 780/2 780/22 799/2 804/23
808/4 809/7 842/9 905/23 933/11
936/21 937/9 938/4 938/17 938/21
949/17 952/16
onshore [6] 827/20 827/21 844/7 852/5
859/13 887/8
onto [4] 845/10 865/18 896/18 907/15
open [11] 854/18 856/13 859/3 859/4
905/25 923/10 924/10 925/7 925/8
962/4 974/1
opened [2] 828/14 828/18
operate [2] 906/1 914/13
operated [1] 850/21
operating [4] 798/2 820/16 838/21
845/18
operation [25] 781/14 796/12 798/22
798/25 802/25 807/12 812/20 821/7
821/9 821/10 832/23 833/1 833/4 833/5
833/14 842/20 851/15 853/11 865/20
865/24 866/1 904/19 931/14 946/17
951/9
operational [1] 785/1
operations [20] 799/3 803/18 812/22
813/7 819/12 822/3 832/7 832/10
838/22 870/12 912/1 912/2 928/20
929/2 929/17 931/11 931/13 932/2
949/1 953/4
operator [5] 821/8 821/10 821/14 822/21
823/2
operators [1] 778/15
opine [1] 969/15
opinion [34] 807/11 807/14 807/16
823/17 823/25 824/25 825/1 825/24
826/1 826/9 828/22 829/6 833/2 917/23
921/2 921/20 926/14 926/22 928/16

928/17 928/18 928/18 929/4 947/19
949/24 949/25 950/15 951/11 952/1
954/22 966/4 968/2 968/3 969/4
opinions [16] 807/18 807/19 823/17
823/21 828/7 828/9 910/16 910/19
915/4 915/8 915/11 916/6 917/3 917/10
917/20 965/19
opportunities [1] 829/8
opportunity [2] 801/11 817/12
opposed [2] 854/18 870/21
opposite [2] 847/17 966/19
option [10] 780/23 813/4 840/3 842/13
864/2 873/23 873/24 873/25 877/24
886/19
optional [1] 794/23
options [9] 781/8 802/6 842/16 842/17
842/21 842/24 872/12 872/14 875/20
or [158] 781/17 781/20 783/8 787/16
788/25 789/16 790/10 792/7 794/16
797/8 797/18 798/18 799/1 799/9
799/12 799/17 799/20 801/4 802/23
802/24 806/22 809/10 809/15 811/20
812/8 814/20 814/20 815/3 816/8
817/14 820/12 823/19 823/20 825/4
825/6 826/1 826/10 826/17 830/5 833/2
837/21 838/14 838/17 839/8 841/2
845/3 845/20 847/4 847/7 847/17 848/1
850/1 852/13 852/20 854/2 856/9
856/20 857/17 860/8 865/21 866/16
875/20 878/7 882/11 883/18 883/25
889/2 889/16 890/8 890/8 897/5 897/9
902/5 902/6 904/20 906/5 907/2 911/13
911/23 912/9 912/17 913/10 914/2
914/7 914/24 915/20 916/19 919/13
921/21 922/5 922/9 922/10 922/23
923/15 923/23 924/20 924/25 925/4
925/7 925/13 926/7 926/13 927/3 927/6
928/21 929/8 929/10 929/15 929/24
930/14 930/16 931/4 931/7 931/16
934/4 934/18 935/7 938/7 938/12
938/22 940/15 940/21 941/21 942/3
942/5 942/17 942/3 943/22 943/22
944/16 944/20 945/8 945/12 949/8
949/8 950/3 950/5 950/6 950/11 950/16
951/16 952/13 952/19 953/16 953/20
953/22 954/5 962/11 962/23 963/3
965/6 965/7 965/16 965/22 967/1
967/18 970/9 974/3
order [16] 913/12 916/6 916/13 918/18
918/22 919/17 919/18 924/3 926/15
933/3 935/21 939/15 940/14 945/23
951/3 967/1
ordinary [1] 927/23
organization [1] 875/18
organizational [4] 779/25 780/25 781/4
865/21
organized [1] 779/11
organizing [1] 836/5
orient [1] 915/7
orientation [2] 848/24 893/16
orifice [21] 823/16 823/19 824/19 825/6
826/19 827/10 828/7 937/19 937/20
938/2 938/5 938/10 938/10 938/14
938/18 938/19 938/21 938/24 939/5
939/10 939/22
orifices [1] 966/18
original [8] 852/24 852/25 855/4 859/12
907/4 907/12 907/17 907/18
originally [1] 853/12
Orleans [8] 771/6 771/20 772/8 773/4
773/19 774/14 775/13 775/19
other [56] 781/17 781/19 783/9 794/11
796/10 797/18 798/18 802/6 804/6

804/10 804/25 816/23 817/4 823/21
824/1 824/20 830/20 832/6 832/7
832/25 834/3 838/18 838/23 840/25
842/11 842/21 847/18 854/9 854/10
855/17 857/8 868/7 870/4 902/20 906/2
911/14 915/5 917/10 918/11 921/11
924/18 926/1 934/19 940/21 945/22
951/14 957/6 958/15 961/8 961/11
963/1 970/7 971/20 975/24 975/25
others [10] 790/22 823/17 832/8 838/10
839/25 857/11 858/15 897/9 897/19
901/15
ought [2] 820/24 820/25
our [30] 777/6 783/21 786/19 801/18
802/7 805/5 814/16 815/5 815/21
815/22 816/2 822/3 822/18 826/9
827/22 829/7 831/13 837/2 839/3 839/6
839/16 852/6 859/9 871/11 873/20
909/8 910/2 932/11 955/22 959/13
ourselves [4] 817/10 831/13 845/21
915/7
out [36] 780/16 781/24 792/23 794/21
809/2 810/24 811/15 814/12 814/14
818/2 820/5 820/8 823/5 823/11 824/4
828/17 832/1 833/8 848/20 850/18
852/20 862/22 869/4 870/17 891/24
895/14 896/5 900/10 907/7 920/1 925/9
933/23 938/4 939/11 951/4 966/20
outcome [1] 864/15
outer [1] 881/20
outlet [7] 849/6 854/17 856/12 863/25
875/15 900/23 905/24
outlets [6] 859/1 859/2 863/19 863/24
901/7 908/24
outputs [3] 806/4 811/5 916/22
outside [7] 785/13 796/10 798/18
841/22 850/11 905/11 927/20
over [33] 778/16 787/3 810/9 818/2
819/25 825/15 826/19 827/2 827/10
840/9 843/14 843/17 845/2 847/17
848/23 849/24 852/17 853/5 863/15
870/20 887/8 902/5 904/12 907/8
907/19 908/22 909/25 939/12 943/19
956/21 957/2 957/15 964/5
overall [7] 817/11 867/1 880/19 882/6
883/16 897/11 935/14
overcome [1] 866/16
overflow [1] 873/11
overlooked [2] 868/16 868/16
overpressurizations [1] 800/20
overrule [3] 830/18 927/25 969/18
Overruled [4] 831/11 958/2 974/3 974/3
overshot [6] 842/12 843/13 843/22
843/24 850/10 851/3
overview [14] 790/2 878/23 911/4 911/20
own [4] 778/17 794/3 858/5 917/12

## P

p.m [1] 788/9
PA [1] 772/3
package [2] 944/7 944/8
packages [6] 912/23 913/1 913/2 913/4
913/9 913/11
page [57] 776/2 779/4 780/3 780/11
780/18 784/11 784/11 784/12 785/10
786/7 787/6 787/25 788/14 788/14
789/21 791/14 791/19 791/21 792/18
792/19 793/19 796/16 796/16 802/16
802/16 803/8 803/15 803/25 808/20
812/16 813/16 813/16 818/22 819/5
820/6 824/2 824/2 824/9 824/10 867/15
878/19 878/22 880/14 880/24 882/24
882/25 884/11 884/13 884/14 885/17

P
page... [7] 887/20 897/1 897/1 897/3 897/17 992/9 972/24
page 10 [2] 802/16 803/25
page 12 [1] 796/16
page 2 [6] 784/11 784/12 786/7 787/25 788/14 791/19
page 3 [3] 784/11 788/14 803/15
page 8 [1] 897/17
page 9 [1] 779/4
pages [9] 784/10 868/8 868/9 876/12 885/18 888/3 888/4 888/6 888/8
painted [2] 894/3 895/3
pair [1] 843/17
panels [2] 900/22 908/25
Papantonio [1] 772/2
paper [1] 933/8
paragraph [2] 813/18 972/24
paragraphs [2] 779/6 820/5
parallel [1] 842/22
parameters [5] 801/17 919/9 921/19 942/22 944/16
parametric [5] 941/16 942/20 942/20 943/20 944/7
part [37] 778/14 779/13 781/10 782/11 783/10 790/8 790/15 790/16 799/18 802/13 806/24 806/24 808/19 813/4 813/25 822/18 826/20 839/3 855/7 855/8 855/23 864/14 872/2 873/6 873/12 873/22 874/9 874/17 874/19 881/16 881/19 882/5 886/23 920/7 945/6 952/14 965/12
partial [2] 941/22 942/19
partially [2] 845/3 931/7
participants [2] 784/2 787/8
participate [2] 790/2 839/14
participated [1] 794/8
participation [1] 790/17
particular [7] 853/24 859/25 863/11 867/10 869/1 890/23 908/16
parties [4] 777/5 777/8 871/25 952/4
parts [1] 827/3
partway [1] 844/2
party [2] 917/24 921/3
passing [1] 819/8
past [2] 911/2 960/22
Pat [8] 782/18 795/18 795/24 796/2 796/5 796/10 796/15 797/18
path [22] 798/21 798/23 823/19 826/10 849/7 851/12 870/17 921/23 921/25 922/1 922/3 922/12 922/17 922/20 922/22 922/25 925/14 927/1 934/2 934/3 936/20 947/24
paths [6] 823/20 826/9 922/2 927/3 942/1 946/22
Patteson [7] 783/17 783/17 783/21 789/6 801/1 801/4 801/5
Patzek [1] 791/1
PAUL [2] 773/22 835/15
paused [1] 843/24
pay [8] 924/21 925/1 925/2 925/4 925/5 925/15 930/9 934/23
PC [3] 772/9 775/2 775/7
peer [42] 783/1 783/3 784/8 784/20 785/11 785/14 785/17 785/25 786/3 786/14 786/21 787/12 788/10 788/11 788/19 789/7 789/9 790/8 790/13 790/21 791/11 791/18 791/24 792/4 792/23 792/25 793/7 793/10 793/11 794/1 794/12 794/19 794/19 795/2 795/10 796/22 797/6 797/25 798/7 799/8 799/16 800/4 806/14

Peijs [13] 958/9 959/7 959/18 959/24 960/8 960/16 961/12 962/20 962/21 963/14 963/21 964/5 964/10
Peijs' [1] 960/6
pen [1] 938/4
Pennsylvania [1] 774/10
Pensacola [1] 772/5
people [27] 785/8 787/2 787/13 789/15 798/11 798/11 809/16 810/16 811/2 811/3 811/13 811/14 814/13 817/11 823/21 831/14 831/19 833/11 833/18 857/18 873/24 916/19 916/21 927/20 952/11 961/8 964/9
per [30] 801/9 801/13 805/24 805/24 806/20 806/21 807/5 807/7 810/2 812/4 833/16 845/18 845/19 944/1 949/12 949/23 954/2 956/7 956/11 956/14 957/5 957/7 959/10 959/14 961/24 962/7 971/12 974/13 974/17 974/19
percent [10] 783/8 788/20 794/17 815/3 815/7 815/17 832/18 942/16 942/18 943/18
percentage [1] 944/2
percentages [1] 815/18
perfect [2] 851/24 866/17
perfected [1] 852/15
perfecting [1] 904/11
perform [5] 912/24 914/14 943/25 958/22 967/9
performance [2] 933/24 934/22
performed [19] 802/24 832/23 852/16 852/23 894/8 906/25 907/9 913/5 914/18 914/24 928/6 930/18 935/21 937/12 940/8 948/11 948/12 956/19 970/17
performing [4] 801/17 816/13 853/17 915/2
perhaps [3] 864/16 883/19 915/24
perimeter [2] 841/19 850/6
period [18] 837/1 856/9 856/14 856/25 860/16 903/16 905/17 948/3 952/24 954/20 955/12 966/13 968/8 969/4 969/24 970/15 975/7 975/13
permeabilities [1] 943/6
permeability [5] 924/22 925/11 925/16 942/5 945/17
permission [1] 831/2
person [2] 811/16 902/5
personal [11] 838/17 857/17 858/6 858/12 858/13 858/18 860/4 860/8 905/11 913/23 916/10
personally [8] 815/19 857/25 859/7 909/2 910/11 910/15 958/10 965/21
personnel [3] 839/1 847/2 852/1
perspective [4] 926/4 931/22 949/17 970/9
pertaining [3] 968/16 969/5 969/25
PETITION [1] 771/8
PETOSA [2] 772/16 779/2
petroleum [4] 775/11 775/14 787/11 790/25
Ph.D [2] 911/8 915/16
phone [1] 902/6
photo [9] 851/20 892/15 896/6 899/8 900/5 900/16 900/18 900/19 908/23
photograph [6] 892/12 893/11 893/13 893/14 894/16 900/14
phrase [1] 960/13
physical [5] 851/16 851/18 852/2 852/23 853/17
picture [9] 850/13 853/25 881/5 892/8 892/11 892/22 894/25 901/9 901/14
pictures [1] 880/21

piece [8] 820/24 871/5 888/6 922/10 924/11 937/11 953/24
pieces [2] 782/6 794/24
pills [1] 808/16
pin [3] 887/4 896/2 896/2
pinned [1] 907/22
pins [6] 853/7 853/8 886/24 887/5 887/9 895/25
pipe [42] 841/17 841/20 844/22 846/5 847/16 847/17 848/16 848/19 848/24 849/3 850/12 852/19 853/3 853/6 880/8 880/11 881/21 882/12 882/17 882/17 882/19 887/8 893/23 895/9 904/12 907/8 907/20 907/21 919/8 922/9 922/10 922/10 922/11 922/12 922/13 922/15 923/20 923/21 923/22 923/23 923/24 924/1
pipeline [2] 836/18 838/9
pipes [2] 907/7 907/16
PIPESIM [4] 913/2 916/25 918/10 952/25
place [9] 778/24 811/14 833/23 841/6 845/8 845/25 850/3 896/17 932/16
placed [1] 799/25
placement [3] 806/25 826/22 826/23
Plaintiffs [7] 771/18 771/21 772/2 772/6 772/9 772/12 772/15
plan [12] 786/17 793/2 796/24 799/4 799/5 801/7 809/7 809/8 829/24 830/4 831/24 891/20
planned [6] 798/15 805/24 806/21 807/6 807/22 807/24
planning [5] 783/22 817/5 839/13 849/12 869/16
plans [3] 781/23 811/14 839/16
plate [3] 938/10 938/11 938/19
platelets [5] 812/21 812/23 813/1 813/21 816/22
plates [1] 938/15
platform [1] 912/5
play [2] 834/12 864/15
played [1] 834/25
PLC [5] 773/19 773/22 774/4 774/7 774/11
please [67] 777/3 777/24 779/5 780/8 780/14 780/17 783/25 784/1 784/12 784/17 785/10 786/9 787/7 789/22 789/23 791/14 791/15 791/21 791/22 792/14 793/22 802/16 802/19 803/15 804/1 806/7 808/8 808/21 808/22 812/15 812/16 824/9 835/8 835/17 836/9 836/14 840/5 841/12 843/1 844/14 846/16 846/21 849/19 853/22 855/3 861/23 862/11 863/9 865/10 867/13 867/18 869/23 871/16 876/13 894/14 909/13 909/19 910/23 911/15 921/5 921/6 922/7 933/4 937/14 941/9 943/9 946/4 969/21
plots [1] 822/3
plotted [1] 801/19
plug [8] 814/15 823/16 824/21 826/10 827/18 849/8 853/12 904/14
plume [3] 951/4 954/5 966/25
Plus [3] 833/8 841/6 896/11
point [32] 809/4 812/19 813/3 814/2 834/11 840/19 842/21 844/20 847/4 847/6 847/7 847/17 847/19 849/5 851/13 856/11 856/20 862/24 865/18 870/19 879/11 880/16 895/18 895/18 896/5 896/6 902/25 905/22 905/23 906/25 908/17 908/20
pointed [1] 823/23
pointer [6] 840/9 840/24 843/6 863/13

P
pointer... [2] 879/11 921/16
pointing [1] 840/23
points [6] 790/19 863/3 863/3 866/25
869/22 874/20
Polk [1] 775/11
portion [6] 805/22 806/19 808/18 809/22
929/15 946/19
portions [1] 813/11
posed [1] 832/12
position [13] 845/3 845/5 845/6 850/1
850/2 850/8 851/11 851/14 854/18
854/18 866/20 904/18 924/8
possibilities [1] 943/2
possibility [3] 821/17 823/5 828/13
possible [2] 841/2 862/25
post [8] 771/23 772/4 772/23 773/7
773/15 797/9 827/23 828/21
post-trial [1] 797/9
potential [23] 849/7 853/3 853/6 864/1
864/15 907/13 922/3 922/12 922/16
922/18 922/25 923/17 924/2 924/9
924/12 925/2 925/15 927/6 929/12
936/8 936/10 936/18 943/2
potentially [16] 829/19 844/3 848/14
848/15 852/19 864/17 868/16 875/14
895/17 905/6 922/11 923/23 926/3
926/8 930/13 957/16
pounds [7] 824/18 845/18 845/19
943/16 947/9 947/23 950/15
PowerPoint [13] 896/20 896/22 897/1
897/2 897/3 897/8 897/17 897/18
902/12 902/13 904/23 964/20 964/24
Poydras [4] 773/18 774/13 775/12
775/18
practice [3] 880/7 948/21 948/23
pre [1] 962/3
pre-spill [1] 962/3
precise [1] 936/5
precisely [1] 937/3
predicated [1] 806/23
predict [5] 829/22 832/2 928/3 928/5
965/7
preeminent [2] 787/11 804/16
preliminary [1] 777/4
preparation [6] 868/12 916/17 917/7
927/7 957/12 965/24
preparations [1] 862/23
prepare [5] 793/12 830/4 861/14 915/11
917/9
prepared [11] 841/9 842/23 844/11
846/14 849/16 854/25 865/6 910/7
915/15 915/24 929/3
prepares [1] 781/21
preparing [2] 860/18 865/19
PRESCOTT [1] 775/4
prescribed [2] 790/5 790/6
presence [1] 923/20
present [13] 787/14 788/19 788/24
789/6 789/9 789/14 789/15 797/8
844/25 848/3 848/5 851/25 897/8
presentation [7] 806/9 862/4 896/20
897/14 897/19 902/13 902/25
presentations [11] 849/13 861/3 861/5
861/14 861/15 861/18 862/8 868/20
868/25 869/11 876/4
presented [14] 786/19 786/21 787/3
790/3 796/24 797/24 829/23 830/6
831/7 853/14 862/13 869/18 870/1
897/11
presenting [1] 935/11
president [2] 910/3 910/5

press [1] 819/18
pressure [53] 800/22 822/3 822/15
824/17 824/17 843/14 845/17 845/18
845/19 845/20 845/22 848/10 848/10
854/2 854/7 855/7 857/19 858/21
859/12 864/6 864/8 864/12 864/17
867/6 867/8 869/17 870/11 870/19
870/20 870/22 870/23 900/24 906/3
906/11 908/22 920/5 925/22 926/1
926/1 933/12 933/12 933/14 933/15
942/7 942/8 942/12 943/16 944/2 947/9
950/15 950/24 966/17 972/19
pressure-tested [1] 906/11
pressures [11] 800/21 801/18 803/6
868/6 919/10 920/2 925/23 926/6
926/12 942/17 943/7
pretty [3] 809/3 859/20 859/20
prevent [2] 800/19 934/6
previous [3] 778/16 801/18 897/16
previously [6] 782/1 811/12 812/17
817/23 932/5 945/14
primarily [3] 838/20 917/8 919/4
principle [1] 852/4
printouts [1] 898/4
prior [12] 778/19 783/2 799/9 799/17
805/21 807/15 815/2 815/16 815/24
841/24 856/19 901/12
probabilistic [1] 931/2
probably [8] 796/1 817/17 817/18
892/13 894/10 973/3 974/9 975/21
probe [1] 900/13
problem [3] 797/10 853/19 897/4
problems [1] 860/11
procedural [1] 800/19
procedure [40] 783/23 786/17 793/2
797/23 798/7 798/14 799/13 799/18
799/24 800/24 803/4 804/7 806/23
807/22 807/24 808/15 808/24 809/6
812/9 812/10 812/12 813/4 813/5 814/6
815/13 815/17 817/6 820/11 822/7
822/15 822/24 822/25 825/22 826/25
829/4 829/17 851/24 851/25 851/25
857/23
procedures [26] 782/4 782/4 783/22
801/3 801/6 802/5 807/24 811/14
813/25 814/1 816/13 823/4 829/7
829/10 829/21 833/16 833/23 834/4
834/7 837/22 859/24 859/25 860/18
860/20 860/20 866/18
proceed [4] 808/4 812/22 871/19 904/19
proceeded [3] 784/7 816/14 844/6
proceeding [3] 798/6 807/15 818/11
proceedings [3] 775/24 976/7 976/14
process [12] 799/10 799/18 817/8
817/15 817/19 818/6 818/12 819/20
819/25 821/11 844/3 920/8
processes [1] 865/23
Proctor [1] 772/3
procure [1] 819/16
procured [1] 816/25
produce [1] 919/25
produced [1] 963/10
producer [2] 874/21 914/10
production [28] 771/10 773/18 773/18
773/21 773/21 774/3 774/3 774/6 774/6
774/10 774/10 835/22 911/25 912/5
912/9 912/21 914/9 918/18 918/23
919/1 919/3 919/5 919/14 920/7 920/9
920/24 958/13 975/14
productivity [7] 933/25 934/1 936/22
936/23 939/9 939/25 951/17
professional [6] 836/14 836/17 911/5

911/11 911/18 911/21
program [8] 781/13 784/21 786/19 790/5
790/6 801/4 806/4 958/22
progress [1] 778/8
progressed [2] 839/18 860/21
progressing [3] 802/6 842/22 902/10
prohibit [1] 813/10
project [19] 789/22 789/23 790/2 835/22
835/23 835/23 836/4 836/25 837/1
837/2 837/18 872/7 874/17 874/19
914/2 914/4 914/11 914/15 915/3
Project 20K [1] 835/23
projected [5] 902/17 903/1 903/11
903/15 908/18
projection [3] 902/21 902/24 903/14
projects [3] 836/20 836/22 911/25
pronounce [2] 960/19 961/5
pronouncing [1] 899/4
proper [1] 818/24
properly [1] 914/21
properties [2] 926/12 933/13
proposed [1] 784/20
PROSPER [4] 913/2 917/1 918/10
952/25
protrude [2] 841/23 881/18
protruding [1] 848/24
prove [1] 807/21
proven [1] 841/2
provenance [1] 882/13
provide [23] 784/25 790/16 800/6 810/4
823/18 823/22 831/19 836/9 836/21
837/1 848/16 861/14 863/6 864/19
865/18 868/24 875/22 910/16 948/6
953/16 967/8 967/12
provided [20] 778/15 784/5 784/9
805/15 810/1 810/6 816/24 828/21
854/13 869/14 870/25 948/4 967/14
967/24 968/8 968/20 969/13 970/4
970/9 972/1
provides [3] 779/16 779/25 865/6
providing [5] 781/11 869/19 876/8
905/13 970/11
proximity [1] 907/24
prudent [4] 829/6 931/25 948/21 948/23
psi [7] 867/8 868/7 942/8 942/10 942/12
944/12 971/11
public [1] 974/18
publications [1] 911/12
published [1] 778/17
pull [48] 780/8 780/13 780/16 780/17
784/12 791/13 792/13 806/6 808/7
812/15 818/21 819/3 820/24 840/4
841/12 850/18 853/8 861/22 869/23
872/5 876/12 880/23 885/17 886/13
887/1 887/13 891/4 893/5 896/3 898/22
903/7 907/24 910/22 911/15 915/13
917/18 921/6 932/7 936/25 937/14
943/9 946/4 955/2 959/1 964/14 966/10
972/4 974/23
pulled [2] 813/13 845/2
pulling [3] 783/21 850/20 851/4
pulse [1] 973/4
pump [24] 801/9 801/11 805/25 806/21
807/6 809/7 811/25 811/25 814/1 814/8
814/11 814/15 817/16 818/2 818/4
819/10 820/10 820/12 820/15 820/21
825/12 825/15 825/15 834/3
pumped [13] 812/21 814/1 815/11
816/17 816/18 817/22 818/4 821/12
821/15 823/10 825/12 827/14 832/17
pumping [5] 800/21 816/14 821/9
825/11 833/14

**P**

pumps [2]  800/22 833/18
purchase [1]  817/1
purport [1]  954/8
purpose [37]  784/17 784/19 790/1 793/8
 793/11 837/20 847/1 863/24 897/2
 897/8 914/17 914/19 914/23 917/15
 928/10 928/11 929/15 931/10 932/1
 935/1 935/4 935/5 935/6 935/20 939/19
 940/12 940/18 941/1 941/14 946/2
 946/11 946/13 948/19 950/2 951/1
 951/20 951/22
purposes [5]  929/8 929/10 948/12
 948/16 949/9
pursuant [1]  927/22
pursued [2]  842/24 843/4
push [6]  824/19 831/20 845/7 850/1
 850/6 866/20
put [33]  779/3 782/6 783/6 796/21
 800/22 805/6 809/16 821/1 824/16
 829/24 833/19 833/21 845/22 852/5
 853/7 853/9 896/17 938/13 938/18
 940/21 955/25 958/8 959/19 959/22
 960/4 961/2 961/10 962/16 963/17
 963/23 969/5 970/23 972/23
putting [2]  813/8 813/11

**Q**

Q4000 [1]  862/22
QC [1]  806/11
qualitatively [1]  930/1
quantifies [1]  925/12
quantity [1]  927/4
quarrel [1]  931/9
question [51]  780/16 780/20 795/6
 795/6 797/15 797/17 799/14 809/19
 810/18 810/20 811/7 824/6 827/6
 830/23 832/5 832/12 855/19 867/7
 876/14 876/23 877/3 877/7 880/5 890/5
 891/2 900/15 902/1 902/1 922/8 922/14
 929/11 929/23 931/3 935/9 935/15
 940/20 944/24 944/25 956/23 957/21
 967/22 968/6 969/2 969/3 969/20
 973/16 973/19 973/24 974/1 974/5
 974/11
questions [17]  796/20 829/9 829/12
 832/5 835/15 839/12 856/4 858/10
 859/18 860/23 871/8 872/4 903/23
 908/12 909/4 915/24 951/24
quickly [3]  882/15 893/3 949/2
quite [4]  796/5 855/9 931/18 943/3
quote [3]  965/6 971/11 973/1
quotes [1]  918/7

**R**

Rafferty [1]  772/3
raised [1]  866/25
ram [37]  842/3 855/7 855/12 855/13
 856/24 858/6 858/11 858/15 858/16
 858/22 858/23 859/24 860/1 861/19
 863/13 863/14 864/12 864/23 867/16
 871/4 878/8 878/14 879/12 879/16
 879/24 880/2 885/11 890/3 890/8
 891/20 897/5 899/12 899/15 900/6
 902/24 904/8 905/5
ramp [1]  801/21
rams [11]  855/6 900/21 900/22 905/2
 905/9 905/10 922/15 923/22 923/25
 924/7 924/8
ran [8]  833/1 852/20 946/19 947/7 947/8
 947/11 950/15 961/10
range [19]  803/19 837/7 838/6 880/20
 907/6 914/24 924/25 924/25 926/15
 926/20 941/1 943/5 943/14 943/17
 943/19 943/23 946/9 949/9 949/15
ranges [3]  810/24 811/8 811/19
rate [116]  794/17 802/10 802/14 804/5
 805/1 805/23 805/25 806/21 806/24
 806/24 807/5 807/6 810/2 810/5 810/7
 810/9 811/15 811/17 815/20 826/19
 827/10 832/6 832/18 868/7 875/2
 914/24 914/25 918/5 919/6 919/9
 919/11 919/16 921/21 922/21 924/24
 924/25 925/9 926/19 927/6 928/4 928/5
 928/12 930/6 931/17 931/22 933/3
 934/7 936/12 937/11 937/20 939/12
 939/16 940/4 940/15 940/22 942/2
 942/13 942/16 942/16 943/18 943/19
 943/22 944/21 945/8 945/8 945/10
 946/9 947/20 949/8 949/8 949/11
 949/11 949/21 949/23 950/7 950/17
 950/20 950/24 951/8 953/6 953/10
 953/17 953/22 954/4 954/20 957/1
 957/5 957/7 957/9 957/14 957/14
 957/19 959/9 959/14 963/4 966/16
 966/18 966/20 966/21 966/25 967/2
 967/3 968/9 968/17 968/22 968/23
 968/25 969/6 970/1 970/5 970/8 970/12
 970/16 970/19 971/12 972/19
rated [1]  845/18
rates [16]  805/19 807/4 807/8 811/25
 918/1 921/4 926/15 927/11 937/21
 942/6 944/2 953/1 953/11 956/6 970/16
 970/22
rather [4]  847/16 865/13 883/17 933/8
re [5]  771/4 771/7 831/1 917/7 974/5
re-ask [2]  831/1 974/5
re-reviewed [1]  917/7
reach [1]  916/6
reached [2]  916/7 917/21
reactive [1]  785/2
read [10]  780/21 867/12 881/14 881/15
 883/7 884/25 890/7 891/18 902/15
 916/20
readiness [1]  865/25
reading [1]  899/21
readings [1]  864/17
reads [3]  862/3 862/17 870/10
ready [12]  848/22 851/7 851/14 852/25
 856/17 899/18 900/2 901/16 901/18
 901/21 902/8 903/9
real [1]  939/6
realistic [1]  936/24
reality [3]  798/10 823/6 938/23
realized [5]  844/1 848/7 853/1 866/20
 904/16
really [9]  799/14 830/12 916/23 928/18
 929/15 931/12 933/11 933/24 939/22
Rear [1]  963/1
Rear Admiral Landry [1]  963/1
reason [18]  795/5 798/19 801/20 823/14
 823/20 824/7 825/8 825/24 826/18
 827/16 830/7 864/12 866/19 889/21
 902/9 952/20 971/25 972/1
reasonable [2]  944/17 945/13
reasonableness [3]  944/14 944/23
 945/16
reasonably [2]  924/25 949/14
Rebuttal [1]  915/15
recall [40]  853/8 787/15 789/15 792/12
 792/16 797/21 799/22 802/3 804/9
 806/16 806/22 807/9 812/5 812/13
 822/18 823/10 823/11 825/5 825/11
 827/11 880/13 882/11 883/4 884/19
 885/13 888/4 888/8 889/8 892/13
 897/16 902/3 904/1 904/3 904/4 904/21
 907/22 908/16 928/17 935/43 965/15
receive [4]  796/25 803/2 803/13 803/22
received [10]  784/7 802/23 859/8
 869/11 898/23 900/15 900/16 900/18
 900/19 901/8
receiving [2]  796/23 901/24
recent [1]  927/8
recess [2]  871/12 871/15
recipients [1]  899/17
recognizable [1]  786/6
recognize [4]  795/24 867/15 869/8
 889/16
recognizes [1]  933/21
recollection [5]  789/17 818/19 818/25
 956/25 963/5
recommend [1]  818/11
recommendation [3]  870/7 870/13
 870/15
recommendations [5]  815/21 869/5
 869/25 870/4 870/24
record [3]  835/8 909/13 976/14
recorded [1]  775/24
recovered [1]  845/3
red [2]  895/16 922/4
redacted [3]  915/21 915/22 915/24
redactions [1]  915/18
REDIRECT [2]  828/4 903/21
reduce [2]  785/1 814/3
reducing [1]  817/12
refer [6]  780/6 780/11 796/15 802/15
 813/21 824/1
reference [16]  783/3 783/6 783/25 784/4
 784/9 784/17 796/22 891/1 892/4
 892/19 918/7 921/8 924/21 937/19
 938/2 940/2
referenced [1]  932/9
references [1]  918/10
referencing [1]  918/9
referred [5]  896/14 905/5 905/6 926/21
 959/17
referring [4]  875/16 904/23 906/10
 923/15
refers [2]  939/18 958/21
reflect [3]  910/25 930/23 943/21
reframe [2]  968/6 968/14
refreshed [1]  818/19
refreshing [1]  818/24
REGAN [1]  773/22
regarded [1]  884/9
regarding [7]  861/3 910/17 916/7 921/25
 923/3 943/25 970/16
regards [6]  914/20 916/12 950/23 951/8
 965/24 967/17
regional [3]  834/14 910/2 910/4
regular [1]  927/23
regulatory [1]  919/24
rejected [1]  888/24
relate [1]  927/14
related [7]  870/2 908/16 911/14 923/4
 938/23 939/1 939/22
relates [1]  865/3
relating [9]  835/24 854/14 865/7 868/21
 869/12 870/5 904/21 938/10 968/9
relatively [1]  847/12
relevant [1]  784/2
reliable [5]  924/25 927/19 937/10
 949/14 953/16
reliably [7]  917/25 921/4 925/17 928/3
 928/5 934/6 949/7
relied [1]  936/4
relief [11]  780/4 780/23 781/20 781/22
 872/19 946/14 946/17 947/4 947/7

Case 2:10-md-02179-CJB-DPC Document 11275 Filed 04/29/13 Page 232 of 241

relief... [2] 950/11 950/11
relies [1] 925/22
relinquished [1] 856/14
reloading [1] 794/22
rely [4] 927/16 927/19 927/21 927/22
relying [1] 789/5
remain [1] 947/14
remained [1] 844/21
remarks [2] 786/11 789/1
remediate [1] 830/5
remediation [3] 779/24 781/1 781/12
remember [16] 788/25 791/6 792/1
798/17 817/17 818/15 818/17 822/13
825/7 825/8 827/13 828/15 829/12
829/15 830/22 882/13
remotely [1] 846/6
remove [1] 841/2
removed [5] 840/2 843/9 907/12 907/18
950/20
removing [1] 943/17
rep [1] 917/11
repeat [7] 799/15 883/17 890/5 935/15
944/24 969/21 974/14
repeatedly [1] 852/8
rephrase [1] 900/15
replacement [1] 859/12
reply [1] 901/20
report [62] 791/11 791/25 792/3 792/4
792/7 792/8 793/14 793/17 866/23
866/24 867/11 867/16 867/21 867/24
868/8 868/12 868/13 868/17 869/3
869/9 876/5 876/16 877/5 878/4 878/8
878/13 878/22 880/14 880/24 881/4
883/1 883/2 883/5 884/17 884/21 885/1
885/7 885/11 885/19 886/6 886/17
888/2 888/10 888/13 888/23 889/5
890/2 890/6 892/23 893/9 915/11
915/15 915/16 915/18 917/10 917/13
918/10 937/24 950/10 966/9 967/7
967/10
reported [3] 876/7 876/18 876/25
reporter [4] 775/18 777/17 976/11
976/19
reporting [4] 822/19 857/21 857/25
927/20
reports [2] 859/8 916/22
represent [4] 889/17 892/15 956/2
962/19
representation [2] 851/22 954/1
representative [7] 784/6 788/12 916/11
916/14 965/5 969/8 969/11
representatives [3] 795/21 817/4 817/14
represented [3] 890/15 951/11 953/21
represents [4] 892/14 929/6 929/7 938/6
request [3] 819/9 839/18 854/19
requested [4] 783/24 864/10 916/15
963/3
requests [1] 819/11
require [2] 829/20 936/11
required [8] 790/3 790/11 799/11 799/19
834/7 919/24 936/13 971/12
requirements [1] 946/20
reran [1] 972/17
research [1] 911/24
reservoir [17] 926/11 926/13 933/3
933/12 939/15 941/21 941/22 941/23
942/4 942/19 945/17 957/16 958/19
958/25 960/14 963/3 964/24
reservoirs [1] 943/6
resistance [2] 848/16 945/3
resistances [1] 944/20

resources [2] 773/10 790/3
respect [23] 812/23 815/2 815/18 832/7
836/22 837/10 844/17 847/9 849/22
851/17 856/7 856/21 857/2 857/4
858/19 858/20 858/21 859/23 874/11
905/3 911/21 915/5 942/25 969/12
respond [4] 797/9 901/25 902/2 915/7
responded [1] 963/6
responders [11] 967/8 967/12 967/14
967/24 968/9 968/16 969/5 969/13
969/24 970/15 971/16
responding [4] 782/19 830/15 834/15
968/3
response [45] 778/13 778/14 778/18
779/11 779/15 779/17 786/2 798/3
802/11 829/13 831/9 835/24 836/3
836/7 837/10 838/2 838/16 838/19
838/24 839/3 839/6 847/24 849/8
850/17 854/22 855/1 855/25 856/6
856/21 860/21 862/1 862/21 865/1
865/3 868/21 872/3 872/7 896/21
903/18 916/10 916/12 916/18 955/11
955/19 957/18
responsible [2] 833/9 905/19
restraint [1] 851/10
restricted [1] 824/11
restricting [3] 924/20 936/21 938/21
restriction [12] 923/14 924/2 924/2
924/6 924/9 924/12 926/2 935/10 936/8
938/18 939/23 940/1
restrictions [20] 805/8 826/12 923/2
923/4 923/5 923/15 924/15 925/15
925/15 927/4 930/10 931/4 932/21
936/19 938/15 938/20 939/1 939/12
947/11 951/15
result [3] 908/3 912/13 917/11
resulted [1] 949/21
results [3] 806/9 932/14 937/25
resume [1] 976/2
resumed [1] 856/16
review [24] 784/21 790/8 793/11 800/4
801/24 801/25 802/1 802/24 803/3
803/3 803/11 814/16 822/4 845/20
867/6 868/5 869/3 920/14 940/7 948/14
965/23 966/2 966/3 970/3
reviewed [25] 784/4 787/18 802/23
862/5 883/7 890/7 916/17 916/21 917/7
917/13 930/15 930/17 940/8 940/11
945/22 948/17 960/20 962/25 965/12
965/12 965/15 965/22 966/1 967/17
968/19
reviewing [5] 792/12 858/18 935/5
935/23 957/11
reviews [1] 839/17 849/13
revised [1] 778/21
Revision [3] 867/22 878/18 888/16
Revision 2 [1] 888/16
revisions [1] 878/7
RICHARD [4] 773/14 775/8 834/17
834/24
Richeson [1] 775/11
ride [1] 853/5
rig [2] 771/4 847/24
right [71] 780/21 780/23 783/12 786/6
791/14 791/22 792/20 793/23 795/15
806/7 809/1 809/19 818/17 820/6
830/25 837/12 840/23 841/16 845/2
855/6 862/6 864/6 872/21 874/1 879/16
880/13 881/19 893/20 893/23 893/25
894/20 894/24 895/7 895/14 895/15
895/16 895/25 899/4 899/22 902/18
905/18 909/9 911/22 912/3 942/10
944/10 949/20 951/11 952/21 953/1

954/24 956/11 956/13 956/15 957/10
957/19 958/4 958/23 962/24
963/11 964/21 965/2 965/3 965/3
965/10 966/14 966/21 967/10 971/3
975/12
right-hand [3] 956/13 965/2 965/3
rigor [1] 833/3
ring [2] 881/13 881/17
rise [2] 871/14 976/6
riser [29] 837/8 837/23 840/17 841/17
841/20 844/19 844/23 845/1 847/2
847/14 847/16 850/22 863/18 866/6
866/10 866/11 866/15 882/12 882/17
882/19 893/23 895/9 924/12 924/18
924/19 929/24 932/24 934/4 973/2
riser-type [1] 882/19
risk [6] 844/1 853/3 853/14 853/18
875/5 875/11
risks [7] 785/2 790/5 793/12 798/10
799/4 799/4 800/15
RITT [1] 874/3
ROBERT [3] 774/6 774/10 777/7
ROBERTS [1] 774/16
ROBIN [1] 772/10
robust [1] 904/12
robustness [6] 928/19 929/2 929/17
931/13 950/3 953/3
role [17] 835/21 836/2 837/17 872/3
872/9 872/14 872/14 872/19 872/21
872/23 874/9 874/15 874/22 912/3
914/11 914/12 955/14
roles [2] 837/21 889/10
Room [1] 775/18
rope [1] 813/8
rotate [1] 893/16
Rouge [1] 772/24
roughly [2] 879/21 880/6
rounded [1] 907/19
ROV [14] 781/17 833/9 847/13 848/4
850/21 851/1 853/8 872/16 894/10
896/3 900/7 900/22 907/23 908/25
ROVs [4] 805/12 838/8 846/6 896/18
Roy [2] 771/21 771/22
rule [3] 828/17 954/13 962/22
run [15] 834/12 847/2 852/11 927/1
930/12 930/12 930/18 930/22 932/1
932/2 948/10 948/21 950/21 953/1
958/18
running [5] 926/20 933/22 942/12
952/15 952/15
runs [9] 852/20 913/13 941/21 942/13
949/21 950/5 950/7 950/21 951/1
Rygg [14] 802/12 804/22 805/15 805/17
805/20 806/12 807/3 810/1 811/22
812/2 834/16 834/24 946/6 946/11
Rygg's [4] 946/9 947/2 947/19 950/9

S

S-M-I-T-H [1] 835/10
safe [1] 864/18
safely [2] 779/17 914/22
said [46] 782/12 789/3 789/16 794/15
795/4 795/14 796/1 807/20 809/6
809/25 810/1 812/5 820/10 822/24
827/16 855/16 858/25 860/13 872/6
872/9 876/9 892/20 902/3 908/9 917/10
919/15 925/22 928/3 928/5 930/3 935/5
935/23 940/17 941/3 944/23 949/17
950/10 951/2 954/3 957/9 961/18
966/12 970/18 971/10 972/17 975/16
Salazar [2] 832/8 832/12
same [26] 792/4 792/14 794/12 796/7

S

same... [22] 800/14 813/15 826/3
833/16 882/24 884/13 886/4 900/13
915/25 926/7 934/5 937/16 942/3 942/4
947/10 948/12 958/15 959/19 959/20
960/7 960/8 972/23
SARAH [1] 773/15
saw [18] 790/20 824/17 833/8 844/21
847/13 866/14 866/18 886/5 899/13
900/7 937/16 942/18 943/19 944/6
950/14 952/14 958/16 964/23
saws [1] 850/20
say [28] 784/25 789/18 790/10 796/7
879/18 901/20 918/21 921/10 929/2
930/20 933/17 933/18 936/6 937/7
937/24 939/2 939/14 939/18 942/15
951/21 952/23 960/2 962/11 964/9
966/9 967/10 967/11 974/9
saying [9] 792/8 799/22 818/16 825/6
900/1 938/3 945/13 963/6 974/8
says [43] 779/19 781/2 783/13 790/2
790/16 791/18 792/22 794/6 802/22
803/11 803/12 803/17 803/21 804/3
804/20 808/25 809/12 813/20 819/7
819/22 819/22 820/8 829/25 831/21
866/2 866/6 884/2 884/22 898/12
898/19 899/8 899/17 902/17 903/9
906/17 933/2 933/11 944/13 946/18
947/11 960/3 960/12 964/1
scale [2] 854/8 880/6
scaling [1] 879/21
scenario [15] 797/3 830/5 863/14 906/1
919/5 929/19 931/10 941/24 942/3
946/2 947/3 949/18 955/22 957/8 963/7
scenarios [10] 814/24 829/20 832/1
867/9 926/20 926/25 929/16 943/1
950/3 953/3
schedule [8] 897/19 898/19 902/14
902/22 904/20 905/4 905/5 905/13
Schell [1] 775/11
schematic [1] 879/20
schematics [1] 904/3
Schiehallion [1] 836/24
school [2] 911/8 911/22
Schwebel [2] 899/4 899/5
science [20] 836/12 839/8 839/15
849/13 854/19 861/15 862/5 862/9
862/14 864/11 868/18 868/21 868/24
869/4 869/12 869/14 870/4 870/15
870/25 911/7
scientists [1] 863/6
scope [7] 830/12 889/20 890/14 908/9
969/9 969/10 969/14
SCOTT [1] 773/12
screen [11] 840/9 843/5 849/24 893/4
893/5 893/8 894/13 894/14 894/17
894/20 896/6
screenshot [3] 894/22 895/14 899/13
sea [5] 848/10 933/3 933/12 937/9
939/15
seabed [2] 799/25 840/20
seafloor [2] 879/2 950/21
seal [5] 809/10 825/14 843/15 843/18
844/4
sealing [3] 841/4 844/1 849/1
SEAN [1] 775/5
seated [2] 777/3 871/16
seawater [4] 914/8 942/12 947/6 950/16
second [12] 779/13 809/4 820/24
859/14 881/20 888/22 896/16 928/17
928/18 929/15 929/15 962/5
seconded [2] 837/1 914/2

secondly [1] 837/24
Section [9] 771/5 773/10 779/6 785/10
829/11 844/22 866/14 884/1 898/12
Section 5.1 [1] 779/6
Section C [1] 785/10
sections [1] 844/22
see [68] 780/23 785/25 786/11 791/17
791/24 792/22 793/5 793/25 801/15
801/21 802/18 803/11 803/17 804/3
808/24 810/9 810/20 813/20 814/2
819/7 819/18 824/6 848/18 848/19
849/24 861/25 862/18 866/4 876/19
877/1 877/19 879/16 881/2 883/22
884/21 884/24 885/8 885/21 885/24
885/25 886/1 886/15 886/18 886/20
890/14 891/14 891/22 892/3 892/6
892/17 892/22 896/23 897/6 897/19
899/1 899/10 900/22 900/22 902/17
902/19 907/14 924/11 924/19 931/16
936/14 941/24 942/7 942/14 942/15
943/17 944/15 947/10 951/19 952/22
955/21 955/22 957/6 957/21 958/18
958/19 960/2 960/12 960/14 963/14
964/1 964/14 970/18 975/4
seeing [5] 792/16 802/6 804/10 833/6
945/10
seem [1] 792/11
seems [3] 823/11 887/12 963/22
seen [18] 786/5 792/2 792/3 792/7
792/8 796/19 797/10 892/13 894/11
932/5 952/7 955/7 956/4 967/19 967/20
970/5 970/9 974/21
segment [1] 932/11
select [2] 965/22 965/22
selected [4] 907/22 907/23 954/11
954/12
send [5] 822/25 857/20 901/22 902/9
975/7
sends [1] 932/13
senior [3] 834/17 955/15 955/18
sense [2] 874/24 876/10
sensor [8] 857/5 859/12 864/6 864/8
864/12 900/24 964/18 975/13
sent [28] 777/7 783/11 802/21 806/12
814/6 819/8 820/23 820/24 823/3 823/9
857/5 859/9 861/25 891/3 892/9 893/14
894/16 958/15 959/24 960/16 960/18
962/6 962/19 962/20 963/20 974/7
974/8 975/13
sentence [1] 779/9
separate [6] 848/13 850/8 853/11
922/24 929/9 929/10
separately [1] 894/11
separating [1] 848/17
separator [1] 919/25
sequence [1] 823/5
sequenced [1] 823/6
sequencing [1] 834/20
sequentially [1] 834/6
series [9] 849/13 850/5 850/7 866/17
881/12 882/9 882/14 887/8 893/25
serve [1] 916/13
served [1] 916/11
serves [1] 827/11
service [3] 841/4 842/18 849/6
services [6] 775/3 775/8 816/17 816/17
839/3 839/4
SESSION [2] 771/14 777/1
set [18] 781/19 781/23 784/9 786/16
797/24 807/25 812/11 838/12 887/21
887/22 897/3 902/16 941/21 942/4
942/11 946/18 951/11 952/5

SETA [4] 778/6 778/9 778/10 807/16
setting [1] 781/11
several [16] 788/21 816/20 844/10
850/19 869/4 870/6 913/3 913/7 916/19
916/20 918/6 919/23 921/19 923/17
941/25 947/18
shaping [1] 798/15
share [1] 849/10
shared [2] 812/7 868/17
she [10] 916/1 955/18 960/23 960/25
961/10 961/13 961/13 961/17 961/18
961/21
sheared [3] 841/20 841/21 847/15
shearing [1] 866/9
shears [1] 847/16
sheen [1] 954/5
sheet [1] 792/6
Shell [1] 787/21
Shetland [1] 836/24
ship [8] 899/18 900/2 901/16 902/8
902/17 903/9 903/11 908/18
shipment [4] 902/21 903/1 903/3 903/15
shipped [4] 816/21 816/22 891/19
906/22
shipping [1] 902/20
shoe [8] 853/2 887/16 887/17 895/22
907/4 907/13 907/17 907/19
shoot [2] 794/23 813/24
short [4] 853/7 896/2 907/22 955/21
shot [63] 782/23 783/1 784/22 785/14
785/17 785/25 786/14 786/17 788/19
790/6 791/11 791/24 792/4 792/25
793/2 794/1 794/23 795/10 796/12
796/22 797/1 797/19 798/6 798/14
798/20 798/25 799/8 799/9 799/17
800/4 800/10 800/13 800/14 800/23
801/9 801/15 801/24 802/1 802/24
803/3 803/11 803/18 804/6 805/18
805/20 806/14 808/18 811/23 814/20
814/24 815/11 815/13 817/22 818/11
821/21 822/7 822/8 822/8 822/15
823/11 823/12 825/19 827/1
Shots [7] 794/1 794/4 794/8 794/19
795/3 795/8 825/11
should [10] 867/10 870/10 892/10
921/10 925/4 925/23 926/19 949/22
964/2 973/21
shouldn't [1] 900/12
show [7] 818/25 823/4 881/17 884/20
894/13 898/5 945/15
showed [4] 890/20 925/3 959/8 974/12
showing [4] 841/4 841/21 937/23 956/20
shown [8] 850/13 881/8 884/2 894/9
894/20 903/24 904/9 904/20
shows [12] 841/9 842/23 849/17 853/25
854/25 863/12 865/14 932/6 937/8
947/6 956/6 956/10
showstoppers [2] 795/5 800/7
shut [8] 781/24 829/11 829/17 829/21
831/21 845/17 845/19 870/11
shut-in [3] 845/17 845/19 870/11
side [19] 832/25 834/3 847/17 854/17
856/12 859/1 859/2 863/19 863/24
875/15 894/17 894/20 900/23 901/7
904/14 905/24 908/24 911/24 911/25
sides [1] 896/1
sign [1] 902/6
signal [1] 892/1
signatures [1] 808/10
signed [1] 807/25
significant [1] 921/8 932/14
significantly [2] 814/3 854/24

signing [1] 807/24
similar [3] 850/7 917/15 933/13
simple [4] 833/17 923/7 964/15 964/17
simplification [1] 871/6
simply [5] 811/7 927/20 933/21 957/22
966/16
simulate [3] 942/9 942/10 951/13
simulating [1] 950/22
simulation [2] 913/13 945/2
simulations [6] 814/12 818/5 942/4
945/2 946/18 950/15
since [8] 777/17 792/11 836/18 837/4
928/11 935/2 945/7 949/20
SINCLAIR [1] 772/19
single [1] 905/6
single-valve [1] 905/6
sir [285]
sit [2] 818/17 847/25
site [3] 857/23 902/10 912/3
sitting [1] 874/18
situation [8] 803/20 829/19 830/5 830/9
831/7 844/4 920/19 921/9
situations [1] 832/7
six [8] 788/9 841/19 848/24 902/17
903/1 903/3 903/15 961/11
size [16] 798/21 824/15 825/6 825/18
825/20 828/8 937/19 938/2 938/4 938/5
938/10 938/21 939/1 939/10 939/22
966/17
sizes [2] 937/20 939/5
skin [5] 924/22 925/12 925/16 941/25
959/9
skins [2] 943/5 945/17
slam [3] 816/1 816/2 816/3
slide [29] 803/22 841/14 844/11 846/14
849/17 862/17 863/11 865/13 872/13
877/14 877/18 883/22 889/16 889/20
890/13 890/19 890/23 897/16 898/19
904/23 910/25 916/22 929/3 929/6
943/13 944/6 944/6 960/3 964/24
slides [4] 862/6 862/13 863/6 942/15
slightly [3] 859/14 947/10 960/17
sling [1] 896/11
slots [1] 907/17
slowly [1] 870/20
slows [1] 807/1
slung [1] 896/13
small [3] 825/9 825/12 870/18
smaller [3] 825/23 942/5 947/10
smarter [1] 817/9
SMITH [140] 775/4 791/5 791/6 835/2
835/5 835/9 835/13 835/18 840/7
841/14 844/16 846/17 846/21 849/21
853/24 855/22 856/6 857/16 858/5
858/9 859/22 861/2 861/14 861/25
866/4 867/15 869/8 871/7 871/23 872/6
872/16 873/9 873/13 875/2 876/2 876/3
876/14 876/19 877/1 877/3 877/11
877/18 877/21 878/6 878/14 878/23
879/20 880/9 881/2 881/6 881/10
881/14 882/1 882/18 883/3 883/10
883/15 884/5 884/9 884/20 885/2 885/8
885/12 885/14 885/20 885/24 886/2
886/6 886/9 886/16 886/20 886/24
887/6 888/1 888/7 888/18 888/21
888/25 889/1 889/3 889/7 889/13
889/15 889/22 891/6 891/13 891/22
892/12 892/17 892/25 893/9 893/21
893/23 894/1 894/3 894/5 894/9 894/18
894/24 895/4 895/10 895/15 896/1
896/18 896/21 896/23 896/24 897/6

897/10 897/14 897/20 897/24 898/2
898/6 898/11 898/12 898/17 898/20
898/23 898/24 899/1 899/10 899/20
900/6 900/10 900/18 900/21 901/13
901/19 901/22 902/1 902/14 902/16
903/3 903/12 903/17 903/23 906/15
908/13 909/3
so [193] 777/8 778/12 781/3 782/5
782/17 785/19 788/9 789/3 801/20 805/4
805/14 805/17 808/15 818/3 818/13
823/8 823/23 824/20 825/18 828/1
829/20 830/1 832/1 840/2 842/15
842/21 843/7 844/19 844/23 845/6
845/20 846/3 846/8 846/24 847/5
847/11 847/18 848/2 848/3 848/4
848/12 848/25 849/9 849/25 850/3
850/4 850/22 851/24 852/6 852/20
853/4 853/5 853/8 853/10 853/14
853/18 854/4 854/8 855/4 855/9 857/22
857/24 863/2 863/13 863/17 863/19
866/15 866/19 871/2 874/9 874/15
874/19 876/10 876/16 880/4 880/15
880/19 880/23 882/16 883/9 883/19
884/7 884/10 884/12 885/3 887/1
887/12 889/17 890/8 890/18 890/22
890/23 891/18 893/4 896/13 901/4
902/23 903/6 907/16 907/19 907/20
910/6 911/23 914/21 915/24 916/8
916/17 917/7 917/9 918/9 918/10 919/3
919/5 920/22 921/18 922/22 923/5
923/9 923/12 923/14 923/25 924/5
928/18 929/7 929/20 929/24 931/12
931/17 933/18 933/23 934/20 935/9
936/18 938/14 938/17 938/18 938/23
939/19 939/23 940/21 941/15 941/20
942/12 943/13 945/1 946/18 946/18
947/6 947/9 948/6 949/6 950/5 950/9
950/16 950/21 950/22 951/7 951/14
951/19 952/18 952/19 953/20 953/24
954/15 956/20 956/21 956/23 957/14
957/20 958/1 958/5 958/8 958/14
961/12 962/5 965/20 966/3 968/12
968/19 968/24 970/2 971/9 971/19
971/20 972/17 973/13 974/11
societies [1] 911/13
software [5] 775/25 912/23 916/25
952/25 958/22
Soileau [1] 772/12
solution [6] 864/21 865/21 866/15
867/10 868/14 878/2
solutions [2] 846/8 878/2
some [90] 782/9 782/24 783/9 787/10
789/16 792/24 794/21 800/12 801/17
805/9 807/24 810/23 811/3 811/19
811/22 812/6 816/20 816/21 818/2
823/12 824/19 828/10 829/21 829/22
831/18 832/5 836/9 837/25 839/5 839/6
839/15 844/16 846/21 847/8 849/17
849/21 850/22 851/1 852/7 855/12
856/3 858/25 869/25 872/4 876/4 878/6
885/17 886/12 889/21 903/24 906/18
908/12 911/1 911/4 913/1 913/2 913/5
913/10 913/11 915/2 915/4 915/18
916/24 918/11 919/24 921/22 925/11
926/18 929/13 931/8 931/9 932/4
933/13 934/5 940/2 940/21 941/11
943/11 946/1 950/13 952/11 953/11
960/9 960/24 961/8 962/14 963/1 964/9
972/15 974/21
somebody [5] 857/13 857/20 857/21
857/24 860/17
someone [5] 810/17 871/3 873/9 953/20

965/22
something [29] 782/4 782/4 782/5 799/12
799/21 820/25 833/17 852/5 857/17
857/17 859/21 860/14 868/16 882/14
902/9 951/2 951/3 952/19 955/13
958/21 967/1
sometime [1] 869/3
sometimes [3] 818/1 847/24 852/8
somewhere [1] 914/7
sorry [22] 779/3 792/20 793/21 793/23
799/14 821/13 830/21 868/2 877/14
880/10 884/14 890/5 890/12 897/1
899/21 899/23 899/23 901/13 935/16
944/24 944/25 975/12
sort [4] 841/16 851/21 895/22 967/2
sounds [1] 916/1
source [29] 779/11 779/24 780/2 780/22
781/7 781/8 781/10 781/13 783/14
786/12 788/24 834/21 857/7 858/14
864/1 872/13 875/19 890/12 890/22
910/8 910/15 913/24 928/20 928/21
929/12 931/10 931/14 932/1 949/1
South [4] 772/4 772/12 774/3 825/13
South Texas [1] 825/13
spawned [1] 822/4
speak [3] 781/18 968/2 970/7
speaking [8] 785/20 803/7 812/13
816/22 826/20 826/23 829/13 917/4
special [1] 852/6
specialist [1] 826/6
specialists [6] 787/2 787/16 798/12
814/14 815/6 815/22
specific [12] 782/5 795/7 812/25 818/15
837/11 847/8 888/4 927/14 932/4
941/20 955/13 957/8
specifically [12] 812/13 817/17 825/5
832/9 832/15 851/5 855/16 860/13
874/15 884/19 885/13 973/24
specifications [1] 882/22
specified [2] 812/11 820/11
spelling [2] 835/8 909/13
spend [1] 788/9
spent [4] 782/24 788/13 809/17 912/2
spigot [1] 923/10
spikes [1] 822/5
spill [3] 771/4 910/12 962/3
split [6] 879/25 893/4 893/5 893/8
894/13 894/14
splitter [4] 850/9 851/4 851/21 852/13
spoke [5] 777/16 778/3 795/19 912/18
917/11
spoken [1] 927/8
spool [97] 842/8 842/9 842/19 843/7
843/19 844/24 845/11 845/15 848/23
848/23 849/23 851/8 852/17 852/22
852/24 853/9 853/10 853/13 853/15
853/16 854/1 854/5 855/6 855/9 856/15
856/23 859/9 860/11 861/16 865/17
866/17 868/3 878/1 879/10 879/18
879/25 880/2 880/11 880/15 880/17
881/5 881/8 882/6 883/9 883/12 883/17
883/20 883/24 883/24 883/25 884/1
884/2 884/4 884/8 884/17 884/22 885/7
885/21 886/4 886/19 886/23 887/4
887/17 887/23 887/25 888/20 889/1
889/7 889/11 889/18 889/19 889/22
890/4 890/9 890/14 890/22 890/25
892/5 892/5 892/16 892/22 894/12
894/25 896/8 896/12 896/15 897/13
904/4 904/5 904/7 904/15 906/8 906/17
907/1 907/4 907/24 908/1
spool-type [1] 897/13
spools [3] 872/15 873/3 877/16

**S**

Sprague [1]  802/21
spreadsheet [3]  963/20 963/22 964/21
SPU [2]  778/3 779/15
square [3]  845/18 845/19 907/15
stabbed [1]  895/22
stabbing [1]  843/10
stabs [1]  849/6
stack [158]  837/24 838/1 838/3 839/20
839/24 840/8 840/19 841/1 841/25
842/3 843/20 844/9 844/18 844/20
845/4 845/10 845/11 846/1 847/7 850/4
851/8 851/18 853/10 853/16 854/10
854/12 854/14 854/21 854/23 855/1
855/5 855/7 855/13 855/13 855/16
855/18 855/25 856/8 856/11 856/15
856/16 856/17 856/20 856/24 857/1
857/3 858/7 858/11 858/15 858/16
858/20 858/22 858/24 859/10 859/24
860/2 860/17 860/19 861/3 861/4
861/16 861/19 861/19 862/22 863/1
863/2 863/7 863/14 863/15 863/15
863/20 863/22 863/25 864/6 864/9
864/13 864/20 864/23 865/4 865/8
865/16 865/19 866/13 867/2 867/16
868/1 868/2 868/4 868/11 868/22
869/12 870/2 871/4 872/23 873/3 873/6
873/25 874/8 875/1 875/15 877/19
877/25 878/8 878/14 879/12 879/16
879/24 880/2 882/3 882/6 885/12
889/14 889/23 889/25 890/1 890/3
890/9 890/16 890/18 890/21 890/24
890/25 891/20 894/11 896/9 897/5
899/9 899/12 899/13 899/15 900/7
900/11 900/20 900/20 901/2 901/4
901/6 902/7 902/23 902/24 904/8
904/21 905/2 905/8 905/12 905/17
905/19 905/21 906/6 906/9 906/20
906/23 908/7 908/16 908/19 908/23
909/2 950/25
stacks [2]  860/13 861/9
stage [3]  856/22 862/21 903/18
stand [2]  830/8 954/25
standard [4]  821/22 830/8 830/10
833/22
standing [1]  778/19
start [8]  781/22 788/23 824/4 831/8
838/2 839/10 917/23 940/14
started [9]  788/8 810/25 838/4 842/19
843/25 889/9 910/13 911/22 964/6
starting [4]  780/11 824/13 848/5 956/6
starts [3]  820/5 962/2 962/8
state [7]  772/22 773/2 833/2 835/7
888/24 909/12 937/2
stated [3]  945/18 954/18 966/16
statement [3]  897/4 934/12 945/5
statements [1]  927/15
states [18]  771/1 771/10 771/15 773/6
773/9 834/15 839/5 876/16 876/17
876/24 877/5 881/5 881/8 891/19
899/20 956/13 972/15 976/11
States' [2]  772/18 834/20
Static [2]  874/7 874/10
Static Kill [2]  874/7 874/10
stating [1]  915/11
status [4]  808/21 808/24 812/17 859/8
steel [2]  847/14 888/6
stems [1]  807/1
stenography [1]  775/24
step [1]  800/8
STEPHEN [2]  771/19 773/7
stepped [1]  939/11

steps [2]  804/3 870/19
STEVEN [1]  771/17
sticking [1]  848/19 852/19
still [5]  778/23 825/1 841/6 920/12
954/25
stimulation [1]  813/7
stock [2]  882/9 882/11
stood [1]  786/24
stop [3]  830/1 910/12 916/13
storage [1]  914/10
straight [1]  802/5
straighten [2]  845/7 904/18
strain [1]  891/11
Street [16]  771/23 772/4 772/7 772/13
772/16 772/23 773/4 773/18 774/3
774/7 774/13 774/16 775/5 775/12
775/16 775/18
stress [6]  814/13 818/3 838/9 867/25
868/2 868/22
Stress Engineering [1]  814/13
strike [2]  930/16 948/19
string [4]  799/11 799/20 819/4 972/17
strong [3]  853/2 867/3 907/13
stronger [1]  853/4
structural [7]  843/14 845/12 867/1
867/25 869/17 901/6 908/25
structure [1]  782/2
stub [4]  841/17 850/20 850/22 851/4
stubs [3]  848/19 848/20 850/18
stuck [2]  822/16 844/2
studied [1]  890/2
studies [4]  839/6 945/23 966/14 966/22
study [7]  941/17 941/17 942/20 942/21
943/20 944/7 966/19
stuff [5]  814/12 814/16 831/15 846/4
966/18
subject [5]  783/25 804/18 861/11 960/2
972/11
subjects [2]  969/7 969/7
submit [1]  915/22
subsea [35]  833/9 834/15 835/22
836/19 836/20 836/22 836/23 836/24
836/25 837/5 837/7 837/7 837/8 838/7
838/7 838/8 838/11 846/12 846/23
846/25 846/25 847/4 847/9 851/3 851/6
851/9 851/22 852/4 852/8 882/4 900/24
912/21 914/9 914/13 914/20
substance [1]  933/7
substantive [1]  873/5
subtract [1]  879/23
succeed [10]  799/13 805/23 805/23
806/19 809/15 810/3 812/3 814/20
815/4 815/17
success [16]  794/17 795/12 796/13
797/6 797/20 798/20 799/3 799/19
814/21 815/7 815/20 815/20 825/19
825/21 832/6 832/18
successful [13]  790/3 794/2 794/5
794/20 794/25 795/3 795/9 797/2 799/1
807/13 807/17 842/14 844/6
successfully [3]  809/9 825/17 853/17
such [4]  839/4 919/16 920/4 966/24
suddenly [1]  870/21
sufficient [3]  920/25 926/13 926/16
sufficiently [1]  931/23
suggested [1]  927/1
suggestion [1]  940/3
Suite [9]  771/23 772/4 772/16 773/18
774/13 774/16 775/5 775/9 775/12
sum [2]  913/12 925/1
summarize [7]  872/5 872/13 911/17
917/20 924/22 942/14 943/15
summarizes [1]  943/14

summary [2]  791/19 911/11
Sunday [2]  898/25 971/10
support [8]  784/21 790/10 807/19 839/3
845/13 869/2 901/6 914/14
supporting [2]  839/2 912/3
supposed [6]  802/9 808/1 821/22 822/9
822/25 925/3
sure [24]  785/19 788/11 788/20 789/3
790/1 792/9 796/9 799/5 810/12 811/3
818/20 830/24 831/2 847/19 848/21
859/11 861/12 880/12 889/12 894/22
906/23 931/23 965/15 965/20
surface [11]  794/15 799/3 799/11
799/20 840/19 863/4 863/17 863/21
907/20 914/22 938/12
surge [1]  870/22
surround [1]  831/13
surrounding [1]  817/10
suspected [1]  849/7
sustain [4]  819/1 829/1 858/2 859/16
Sustained [1]  908/10
Sutherland [1]  774/15
Suttle's [1]  965/13
Suttles [13]  955/4 955/9 955/17 955/21
957/13 958/16 959/7 959/19 959/24
960/7 960/7 960/16 966/6
Suttles' [1]  956/3
swiftly [1]  779/12
Swing [1]  837/15
switch [1]  782/22
sworn [3]  777/12 835/6 909/11
synergy [1]  784/25
system [66]  803/18 838/7 849/25 850/4
851/3 851/20 852/13 852/21 853/2
853/4 853/5 854/7 862/18 863/7 863/16
863/23 864/3 867/3 887/25 889/19
906/6 906/19 907/2 907/7 907/10
912/20 912/20 914/6 914/9 914/13
914/20 918/19 919/2 919/3 919/4 919/6
919/7 919/8 919/10 920/2 920/9 920/24
921/19 923/8 923/17 925/24 925/25
926/16 927/4 928/22 933/2 934/20
934/21 935/14 935/17 936/19 936/21
937/8 938/15 939/15 940/1 941/19
942/23 944/18 945/4 951/15
systematically [1]  834/1
systems [14]  835/22 837/8 837/9 863/18
911/25 912/9 912/21 912/22 918/23
919/1 931/20 934/18 934/18 950/4

**T**

T-R-E-V-O-R [1]  835/9
tab [1]  963/25
table [12]  813/16 813/17 883/1 883/3
883/4 884/7 937/18 937/25 947/5 947/6
947/23 950/14
tables [2]  941/11 942/7
Tad [1]  791/1
take [25]  778/8 790/8 811/4 844/23
845/22 845/25 861/8 863/4 863/20
867/3 867/7 871/11 875/24 879/22
891/2 892/11 893/13 896/20 897/22
900/3 902/12 919/23 942/17 943/16
966/6
taken [6]  870/10 882/12 892/16 932/16
941/6 954/15
takes [1]  937/17
taking [5]  891/11 907/3 942/10 945/9
950/22
talk [19]  778/25 779/13 782/23 791/10
804/3 809/4 813/8 813/11 831/3 836/8
854/9 872/2 872/15 877/15 878/4 919/1

talk... [3] 923/1 923/5 932/5
talked [25] 779/8 779/14 781/4 783/4
784/14 785/5 789/25 791/11 792/5
792/23 800/16 807/23 809/4 825/4
826/7 839/19 872/23 887/15 888/12
895/7 895/20 916/18 928/3 950/19
973/11
talking [16] 782/24 792/1 803/19 805/1
830/16 875/17 884/7 887/5 899/12
923/15 927/20 934/23 957/10 962/15
969/12 970/22
target [1] 945/2
targeted [1] 945/3
targeting [1] 944/20
tasked [1] 839/20
tasks [1] 836/5
taught [2] 912/11 912/12
team [126] 778/11 782/11 783/9 783/18
784/2 784/20 785/11 789/12 789/13
793/7 793/10 798/11 801/6 822/18
826/8 827/16 827/19 827/21 828/21
830/3 830/8 831/23 833/7 833/9 833/11
833/11 833/13 833/14 833/15 833/18
834/2 836/5 836/6 836/23 837/11
837/14 837/15 837/16 837/17 837/20
837/22 838/2 838/5 838/11 838/18
838/21 838/21 838/23 838/25 839/7
839/8 839/15 839/19 839/23 840/8
840/25 842/5 842/10 842/13 842/17
842/24 843/4 844/17 846/11 846/22
849/11 849/14 849/16 849/22 850/16
851/17 851/19 852/2 852/10 852/22
854/13 854/17 854/19 855/16 855/23
856/7 856/16 856/20 856/20 857/2
857/22 857/24 860/18 861/15 862/1
862/5 862/9 862/14 864/11 865/3
868/18 868/21 868/24 869/4 869/12
869/14 870/1 870/5 870/5 870/14
870/15 870/25 870/25 872/8 872/10
873/6 873/8 873/12 873/15 873/20
873/21 874/9 874/19 875/1 877/24
904/7 905/22 908/5 908/6 909/2 955/11
teams [14] 781/11 781/21 782/3 783/19
785/1 786/24 786/25 787/16 802/5
828/16 952/6 952/8 971/5 971/6
technical [45] 795/4 798/21 799/12
799/24 800/7 801/1 815/12 866/23
866/24 867/11 867/16 867/20 867/23
868/8 868/12 868/17 869/1 869/2 869/9
878/4 878/7 878/13 878/22 880/14
880/24 881/4 882/25 884/17 884/21
885/1 885/11 885/19 886/5 886/16
888/2 888/9 888/13 888/23 889/4 890/2
890/6 892/23 893/8 910/6 932/12
techniques [1] 834/19
technology [2] 835/23 911/25
Ted [1] 791/7
tell [51] 777/18 779/23 780/25 795/2
795/8 795/13 796/11 796/14 798/19
799/8 799/16 800/4 806/18 807/3
810/17 817/13 818/10 826/17 827/9
829/16 832/14 834/3 857/13 879/20
902/5 913/23 914/4 918/2 920/18
921/22 926/7 928/16 929/6 930/6 931/1
931/5 931/6 933/20 936/16 937/10
937/23 938/9 939/10 941/13 946/11
948/24 949/4 970/3 970/12 973/19
974/7
telling [7] 798/5 818/15 822/13 825/8
917/9 952/20 963/2
temperature [1] 972/20

temperatures [1] 919/10
temporary [1] 921/22
ten [1] 890/8
ten minutes [1] 890/8
tend [1] 907/19
tender [2] 913/15 915/4
tension [1] 868/3
term [5] 816/2 862/17 872/11 873/20
874/14
termed [2] 929/10 935/25
terms [19] 783/3 783/6 783/25 784/4
784/9 784/17 796/22 832/6 832/10
833/21 872/12 875/17 894/21 903/16
915/23 930/1 930/1 948/6 970/5
terrible [1] 944/25
test [17] 852/4 852/8 854/2 859/13
864/15 894/7 906/21 919/13 919/20
919/22 919/23 920/2 920/5 920/5 920/7
928/19 929/2
tested [5] 818/2 851/23 906/11 906/22
907/5
testified [25] 777/12 815/10 819/14
824/2 824/23 828/20 835/6 858/16
879/14 883/6 906/2 909/11 917/10
918/15 926/10 927/7 934/10 944/19
945/1 946/1 949/20 965/21 971/3
971/23 971/25
testify [7] 857/9 860/7 927/14 954/12
965/6 965/17 972/6
testifying [3] 916/16 954/8 957/4
testimony [43] 796/10 797/3 797/10
818/25 823/8 857/8 877/11 877/12
878/16 916/20 917/14 918/12 926/18
927/8 935/5 935/23 936/4 940/11
940/17 940/17 940/25 944/10 944/22
945/12 945/14 947/17 953/15 954/22
954/25 967/13 967/16 967/23 968/7
968/11 968/15 968/19 969/1 969/3
969/11 969/23 970/14 970/17 973/14
testing [15] 794/23 844/7 851/16 851/18
852/2 852/23 853/17 853/20 870/11
906/6 906/18 906/19 906/25 907/9
907/11
tests [9] 851/21 852/10 852/14 852/16
866/17 887/8 919/23 920/4 920/10
tether [1] 896/3
Texas [4] 774/17 775/6 775/9 825/13
text [1] 960/9
than [24] 805/2 807/19 817/9 823/21
825/15 828/7 831/3 831/16 831/19
832/7 842/13 855/17 857/8 877/8 904/9
924/18 927/2 927/17 933/8 948/3
949/22 949/23 953/5 970/13
Thank [22] 786/13 810/21 828/1 829/9
832/4 834/8 834/9 834/23 846/18
846/19 871/7 876/2 877/13 882/8 898/8
902/3 903/20 909/3 909/5 909/6 951/24
958/7
Thanks [2] 871/13 891/24
that [1205]
that's [132] 778/17 778/25 779/19 780/5
781/2 782/16 783/12 783/13 784/3
784/24 786/3 787/23 790/8 790/12
792/4 793/21 794/6 795/14 795/17
795/20 795/23 798/4 800/1 800/17
801/14 803/7 803/12 803/21 804/22
805/14 806/12 808/3 808/6 808/18
809/3 809/12 811/21 812/25 816/6
816/10 820/25 822/20 824/18 825/1
825/3 825/23 826/24 831/12 831/22
834/8 835/1 837/13 839/22 840/12
840/14 843/21 855/21 866/9 868/23
873/14 874/4 874/6 874/14 875/7

875/10 875/15 875/22 877/7 878/3
877/9 877/15 878/10 879/20 880/11
882/17 882/21 883/11 883/14 887/19
888/14 888/22 892/21 893/17 893/19
894/2 894/19 896/6 896/21 897/16
899/7 899/20 900/3 903/20 905/12
906/4 906/9 916/1 918/10 923/8 923/14
925/2 927/15 939/3 939/22 941/17
942/11 942/23 943/4 945/6 949/19
950/12 951/15 951/16 951/19 954/22
954/22 954/24 956/16 957/9 957/24
960/6 960/7 961/13 962/1 967/9 969/1
969/14 970/17 971/14 971/15 972/21
973/16
their [32] 811/4 816/7 818/7 828/21
834/18 837/9 839/17 845/23 856/16
905/24 918/15 927/11 933/7 933/7
933/20 935/20 935/25 937/2 937/24
939/21 943/14 943/19 952/13 952/19
967/15 968/1 968/17 969/6 969/14
969/16 969/25 970/3
theirs [1] 963/7
them [39] 781/22 782/9 788/21 789/17
800/12 800/12 820/3 828/10 829/22
832/2 833/11 834/1 839/15 842/11
845/22 847/11 847/12 847/22 848/13
849/2 850/14 852/3 852/8 852/9 852/14
855/24 856/22 862/6 869/18 880/13
906/11 913/10 923/20 927/10 933/23
961/10 970/12 970/19 973/6
themselves [3] 859/2 888/5 916/24
then [63] 778/21 780/17 782/8 790/16
797/15 803/7 812/21 814/2 823/5 830/4
834/5 834/6 834/21 836/19 845/7
847/21 848/22 850/2 856/2 858/10
858/20 859/25 860/1 872/15 873/2
877/15 881/20 881/24 882/6 883/22
895/25 906/21 911/7 914/1 916/10
916/23 919/1 920/1 922/7 922/12
922/16 922/18 930/12 931/22 934/2
935/1 937/7 937/19 937/21 942/2 942/3
942/10 942/14 944/16 945/18 946/23
957/1 957/15 960/7 962/9 963/5 963/10
972/18
then-stated [1] 945/18
theoretical [3] 937/9 937/21 951/18
theoretical-only [1] 937/9
theory [3] 912/8 912/20 925/21
there [200] 777/8 778/20 781/14 788/20
788/22 788/25 789/3 789/17 789/18
790/22 790/23 790/24 791/8 792/20
792/24 795/4 795/5 798/9 798/24
798/25 800/6 800/12 801/11 801/20
801/23 803/5 804/6 805/8 805/12
805/22 806/16 806/18 807/8 807/9
807/14 811/2 811/3 811/12 811/15
812/5 812/6 814/19 815/10 816/23
816/25 817/1 818/16 820/6 820/11
822/1 822/2 822/4 822/15 823/11
824/16 826/1 826/9 826/18 827/3 827/9
827/17 828/7 828/9 829/16 830/1
831/22 832/1 832/1 832/23 833/8 833/8
833/18 837/19 838/6 839/12 839/25
841/4 841/22 844/8 844/10 844/21
846/3 848/3 848/14 849/4 850/13
850/23 851/2 851/20 851/20 852/20
853/18 854/4 854/8 857/24 859/3
861/10 862/24 863/22 865/15 865/16
865/17 865/19 866/11 866/14 866/21
870/4 870/6 873/24 878/6 880/1 880/18
882/4 883/11 883/18 884/4 884/16
884/19 888/11 890/21 892/8 894/6
894/9 896/6 896/11 896/13 900/21

there... [73] 900/22 900/24 901/1 904/7
904/11 904/12 906/25 907/10 907/17
908/19 911/9 912/23 912/25 913/3
914/3 915/18 916/13 916/16 918/3
918/6 918/7 919/16 919/19 920/10
920/25 921/19 922/1 922/1 922/8 922/8
922/9 922/11 922/11 922/14 922/16
922/18 923/3 923/17 923/21 923/25
924/4 924/10 925/14 926/9 926/9
926/10 926/25 927/1 927/5 928/7
929/13 929/14 931/4 931/4 931/18
932/14 932/17 932/21 933/9 935/2
936/18 937/19 942/6 947/5 947/14
947/18 949/6 950/13 951/14 962/9
962/13 968/12 969/12

there's [26] 782/7 797/3 810/16 812/25
814/23 814/25 821/17 823/5 824/6
829/25 840/12 852/4 855/9 866/3 892/1
901/6 915/19 920/4 924/21 926/6
926/18 938/2 938/13 945/14 963/25
968/12

these [67] 785/13 788/18 789/15 793/5
793/15 794/24 806/11 809/16 811/14
820/2 829/21 832/16 833/11 834/13
842/21 849/6 849/9 849/10 849/16
850/16 850/24 852/3 853/8 863/20
863/21 865/24 867/9 869/25 870/7
874/20 875/19 879/15 883/23 885/17
886/8 887/5 888/1 889/10 896/16
896/16 896/16 897/9 897/9 897/12
897/22 908/21 919/23 932/14 934/5
934/10 935/2 935/19 937/6 937/7
937/21 939/4 939/5 939/5 941/11
946/19 947/2 948/2 950/7 957/22 965/2
966/14 968/16

they [147] 778/19 782/11 782/14 787/1
788/20 789/18 793/13 795/3 795/4
795/8 795/13 795/14 796/14 797/1
797/8 798/13 798/15 800/4 810/7 810/7
811/11 812/23 815/4 815/5 817/15
818/10 818/13 818/13 828/22 830/14
831/15 833/12 834/4 834/4 834/5
839/12 839/13 845/17 851/11 851/11
851/12 851/23 853/5 857/12 859/5
859/14 869/21 869/22 875/20 876/8
876/9 883/23 883/24 883/25 884/9
886/8 896/19 903/25 917/2 923/4
923/23 926/21 927/5 927/10 927/21
928/3 929/21 933/10 933/11 933/17
933/18 933/21 933/23 933/25 934/2
934/17 935/7 935/9 935/13 935/21
935/24 936/18 936/20 936/21 937/6
937/7 937/25 938/20 939/9 939/10
939/10 939/18 939/20 939/24 940/21
941/15 941/16 941/16 941/20 941/20
941/22 941/24 941/25 942/2 942/3
942/3 942/11 942/13 942/14 942/15
942/15 942/18 943/15 943/19 944/18
945/10 946/15 948/15 950/8 952/16
952/17 952/19 952/20 953/2 953/6
953/11 953/22 953/25 954/2 957/14
962/13 967/15 968/17 968/19 969/5
969/6 969/13 969/16 969/25 970/2
970/3 970/9 970/10 970/20 970/20
970/21 974/13

they're [1] 933/21
thick [1] 868/10
thicker [1] 907/16
thicker-walled [1] 907/16
thickness [6] 924/21 925/1 925/5 925/15
934/23 945/17

thin [1] 938/11
thing [40] 799/2 805/23 817/25 826/9
827/15 830/2 833/16 830/10 933/11
936/21

things [20] 790/12 816/23 817/8 823/24
827/12 832/16 832/21 833/10 855/17
857/4 867/9 868/7 906/5 920/6 934/19
941/18 966/9 966/12 966/23 967/9

think [49] 788/21 789/25 796/19 806/16
808/10 809/1 809/15 809/18 820/24
824/20 837/11 843/19 856/1 857/13
858/24 859/18 859/20 859/25 861/10
871/6 872/6 873/9 873/10 877/2 877/3
877/4 877/7 877/9 879/14 886/22 892/4
900/25 905/5 905/11 906/2 915/18
915/18 932/4 944/6 952/13 952/14
952/16 954/3 957/12 957/24 958/1
969/11 974/11 975/10

thinking [1] 839/16
third [3] 772/23 812/19 881/24
this [396]
Thomas [2] 772/2 773/11
thoroughly [1] 869/21
those [109] 777/10 780/1 782/3 782/4
782/6 783/6 785/8 786/16 786/25
789/16 790/20 790/20 794/7 800/9
800/19 800/21 805/14 805/16 807/19
811/5 812/5 817/10 818/12 819/11
819/25 822/5 823/4 833/7 839/11
839/14 842/17 844/11 845/15 846/9
846/14 848/20 849/17 851/4 851/21
851/24 853/1 855/17 859/24 860/20
861/5 865/25 867/8 868/25 872/25
873/25 874/2 883/20 885/4 887/7
890/11 901/7 903/25 906/10 907/18
908/3 908/3 909/1 913/1 913/4 913/7
913/9 913/11 916/25 917/2 921/10
921/22 923/22 924/1 924/8 924/15
924/23 927/2 927/15 930/7 931/8
933/20 941/22 942/2 942/13 942/17
944/17 945/22 946/21 947/5 947/16
948/16 950/13 950/15 950/17 950/21
950/23 951/1 952/8 952/11 952/15
953/12 954/8 956/21 958/5 959/17
962/12 962/15 967/25 969/7

though [7] 814/19 815/9 819/23 889/23
920/11 936/18 962/15

thought [13] 798/1 800/4 819/16 824/24
828/22 853/19 877/22 901/17 922/9
924/12 927/10 942/8 947/8

thought-to-be [1] 942/8
thought-to-be-known [1] 947/8
thousands [1] 913/12
threading [1] 848/6
three [29] 778/10 793/6 793/10 793/15
842/21 842/23 843/3 850/8 852/14
878/7 878/7 881/9 883/12 883/23 884/4
886/5 888/6 888/11 892/24 895/6
895/21 927/2 934/2 937/7 946/21
946/22 947/5 950/15 957/25

throes [1] 827/12
through [51] 780/18 780/21 781/16
781/17 788/10 790/17 805/9 810/25
812/2 817/16 818/3 818/5 819/10
819/17 824/19 825/18 825/20 838/25
841/23 844/6 852/14 869/16 876/12
878/6 898/21 902/6 910/14 911/6 914/9
917/5 922/4 922/9 922/12 922/15
923/10 923/11 923/14 923/22 924/5
924/6 924/9 925/24 926/8 933/16 934/3
934/4 934/4 936/22 945/9 959/2 965/9

throughout [1] 936/19
Thunder [1] 912/4

Thursday [1] 862/5
tighten [3] 847/22 848/3 850/14
tilt [1] 850/3
Tim [1] 972/6
time [91] 778/17 782/24 786/20 786/25
788/13 789/16 798/23 799/9 799/17
802/8 809/17 810/24 810/25 818/10
822/25 823/6 828/1 829/25 834/12
837/4 838/16 842/18 842/21 852/6
856/11 856/19 856/21 856/24 856/25
860/2 870/20 871/8 874/9 881/20 891/9
900/4 900/12 902/10 902/17 902/23
902/23 902/25 903/5 903/16 905/2
905/7 905/17 905/22 905/23 906/25
908/17 908/20 912/2 913/14 917/8
918/4 920/11 922/8 927/12 928/4 929/9
933/10 934/7 936/9 937/11 939/7
940/16 941/6 942/9 944/1 947/9 947/25
948/3 948/9 948/15 949/12 951/23
956/21 957/2 957/15 965/17 966/13
968/8 969/21 969/24 970/15 974/16
975/7 975/13 975/23 975/24

timeline [4] 865/7 865/14 866/22 906/14
times [2] 954/15 957/25
tip [1] 896/3
tips [1] 853/8
tired [1] 820/9
tires [1] 813/11
title [4] 872/7 872/10 873/17 910/1
titled [4] 784/21 790/4 915/15 943/14
today [7] 782/24 803/20 812/11 825/1
835/16 971/3 972/6
together [14] 782/2 783/6 783/22 793/1
796/21 817/2 829/25 841/19 848/12
859/11 896/4 906/10 906/23 938/14
told [28] 795/9 797/18 797/23 798/13
806/2 812/1 816/5 818/7 820/20 825/3
826/3 832/14 832/16 857/10 857/18
858/24 890/6 934/5 937/3 947/16 957/5
966/20 970/18 973/15 973/20 973/22
973/25 974/17
Tolles [1] 774/18
Toni [5] 775/18 775/20 976/10 976/18
976/18
Tony [3] 971/1 971/8 971/10
too [20] 823/16 824/21 824/24 825/9
825/9 825/25 826/1 826/10 826/18
826/19 827/9 827/10 827/17 828/8
831/2 841/8 853/18 920/25 921/20
949/6
took [13] 778/12 778/21 778/23 814/14
893/11 894/21 894/25 904/13 916/24
929/24 940/20 941/4 963/9
tool [8] 814/25 848/4 850/9 850/13
851/2 851/2 851/9 852/13
tooling [7] 838/8 845/7 846/3 847/3
847/12 848/20 904/16
tools [33] 779/24 780/1 781/1 782/3
782/6 849/15 849/17 849/21 850/1
850/8 850/16 850/18 850/19 850/20
850/23 850/24 851/1 851/4 851/7
851/23 851/24 852/3 852/4 852/7
896/17 908/5 908/6 918/7 918/8 918/9
918/9 918/11 949/7
top [121] 780/18 783/18 783/23 784/17
785/23 788/5 788/16 789/6 789/21
792/22 793/25 796/24 796/25 798/6
799/18 801/8 801/23 802/1 802/4
802/19 802/22 802/23 802/25 803/2
803/4 804/7 805/22 806/19 806/23
806/25 806/25 807/12 807/16 808/1
808/18 809/7 809/23 811/1 811/9

**T**

top... [82] 811/17 812/2 812/10 813/5
815/3 815/3 815/16 815/17 815/25
816/1 816/5 816/9 816/15 817/5 817/6
817/13 817/20 819/13 819/20 820/17
821/7 821/9 821/14 823/15 823/18
824/3 824/8 825/9 825/24 826/18
826/20 826/21 827/2 827/3 827/17
827/23 828/6 828/21 828/22 829/4
832/6 832/10 832/23 833/1 833/3
834/18 837/24 838/1 840/1 840/12
841/16 843/8 843/11 844/24 847/5
852/18 853/9 863/25 866/10 873/13
874/5 879/12 879/15 880/18 881/25
882/3 882/5 882/21 883/18 891/21
893/1 894/12 896/5 896/8 896/12
898/19 904/13 907/15 941/24 942/7
949/13 956/10
top 10 [3] 792/22 793/25 796/25
Top Hat [1] 874/5
Top Kill [76] 783/18 783/23 789/6
796/24 798/6 799/18 801/8 801/23
802/1 802/4 802/22 802/23 802/25
803/2 803/4 804/7 805/22 806/19
806/23 806/25 806/25 807/12 807/16
808/1 808/18 809/7 809/23 811/1 811/9
811/17 812/2 812/10 813/5 815/3 815/3
815/16 815/17 815/25 816/1 816/5
816/9 816/15 817/5 817/6 817/13
817/20 819/13 819/20 820/17 821/7
821/9 821/14 823/15 823/18 824/3
824/8 825/9 825/24 826/18 826/20
826/21 827/2 827/3 827/17 827/23
828/6 828/21 828/22 829/4 832/6
832/10 833/1 833/3 834/18 873/13
949/13
Top Kill-type [1] 832/23
top-down [1] 841/16
topside [1] 851/2
topside-based [1] 851/2
topsides [2] 912/21 938/12
TOR [2] 783/25 785/16
torque [4] 847/23 850/13 850/15 851/2
torquing [1] 847/19
Torts [1] 773/6
total [7] 837/1 837/2 852/12 879/22
913/12 925/2 961/11
totality [1] 916/17 966/2
toward [3] 823/23 845/3 929/22
towards [3] 930/3 930/19 930/23
trademarked [1] 812/23
trans [1] 892/4
transcript [1] 771/14 976/13
transcription [1] 775/25
transducer [5] 854/20 857/20 857/21
858/21 859/15
transferred [1] 967/20
transition [99] 842/8 842/9 842/19 843/7
843/19 844/24 845/10 845/15 848/22
848/23 849/23 851/8 852/17 852/22
852/24 853/9 853/10 853/13 853/15
853/16 854/1 854/5 855/5 855/8 856/15
856/23 859/9 860/11 861/16 865/17
866/17 868/3 872/15 873/2 877/16
878/1 879/10 879/18 879/25 880/2
880/11 880/15 880/17 881/5 881/8
881/21 882/6 883/9 883/12 883/17
883/20 883/23 883/24 883/25 884/1
884/2 884/8 884/16 884/22 885/7
885/21 886/4 886/19 886/23 887/4
887/17 887/22 887/24 888/20 888/25
889/7 889/11 889/18 889/19 889/22

890/4 890/9 890/13 890/14 890/22
890/25 891/12 891/19 893/22 894/11
894/25 896/8 896/12 896/15 897/13
904/4 904/5 904/7 906/8 906/17 907/1
907/4 907/24 908/1
translated [1] 872/11
Transocean [14] 774/12 774/13 774/14
774/15 774/16 774/17 774/18 774/19
774/20 839/1 871/24 882/13 899/3
952/3
transparent [1] 814/17
transport [2] 914/8 973/4
trapped [2] 844/22 848/8
travel [1] 845/2
trees [1] 837/8
Trevor [10] 835/2 835/5 835/9 835/18
891/13 896/23 932/10 932/11 972/12
972/15
TREX [63] 777/23 778/22 779/1 780/9
783/5 791/13 792/13 796/16 802/15
803/9 803/25 806/6 808/7 808/21
812/10 812/16 818/22 824/1 861/22
863/9 867/13 867/18 869/6 878/11
878/20 880/23 882/25 884/12 885/5
885/18 887/1 887/13 887/21 888/10
891/4 896/22 897/18 898/23 902/14
903/8 932/7 955/2 955/25 958/8 959/5
959/22 960/4 960/11 961/2 961/15
963/11 963/18 963/23 964/14 964/20
965/13 965/18 966/10 967/5 970/23
972/4 972/23 974/23
TREX-100008 [1] 818/22
TREX-100203 [1] 796/16
TREX-100231 [2] 780/9 824/1
TREX-10506 [1] 792/13
TREX-11905R.16.1 [1] 967/5
TREX-11905R.21.1.TO [1] 966/10
TREX-11906.4.1.TO [1] 964/20
TREX-11906.5.TO [1] 964/14
TREX-11906.6.1.TO [1] 963/23
TREX-11906.7.1.TO [1] 963/18
TREX-11907.1.1.TO [1] 959/22
TREX-11907.3.1 [1] 963/11
TREX-11907.3.1.TO [1] 960/4
TREX-120129.1.1.TO [1] 878/11
TREX-120129.7.1.TO [1] 878/20
TREX-140342 [1] 791/13
TREX-140563.4.1.TO [1] 891/4
TREX-142916 [1] 783/5
TREX-143045 [1] 898/23
TREX-144408.1.1.TO [1] 896/22
TREX-144408.8.1 [1] 902/14
TREX-144408.8.1.TO [1] 897/18
TREX-144745.28.1.TO [1] 880/23
TREX-150110.1.1.TO [2] 958/8 959/5
TREX-19575.36.2.TO [1] 884/12
TREX-2386 [3] 777/23 778/22 779/1
TREX-3220.1.1.TO [1] 974/23
TREX-5063.1.2 [1] 932/7
TREX-5363 [2] 802/15 803/25
TREX-8537 [1] 806/6
TREX-9148 [4] 808/7 808/21 812/10
812/16
TREX-9155 [2] 965/13 965/18
TREX-9155.1.1.TO [1] 955/2
TREX-9155.4.1.TO [2] 955/25 960/11
TREX-9313.1.1.TO [1] 970/23
TREX-9330.1.1.TO [1] 961/2
TREX-9330.3.1.TO [1] 961/15
TREX-9446.1.1 [1] 972/4
TREX-9446.1.2 [1] 972/23
TREX-9575 [1] 888/10
TREX-9575.1 [1] 867/13

TREX-9575.1.2 [1] 867/18
TREX-9575.1.TO [1] 869/6
TREX-9575.160.1 [1] 869/6
TREX-9575.457.1.TO [1] 887/21
TREX-9575.457.1TO [1] 885/5
TREX-9575.518.1.TO [1] 887/13
TREX-9575.519.1.TO [1] 887/1
TREX-9575.520.1.TO [1] 885/18
TREX-9800.1.1 [1] 861/22
TREX-9800.8.1 [1] 863/9
Tri [1] 869/19
Tri-Labs [1] 869/19
trial [2] 771/14 797/9
trials [3] 852/20 853/1 908/3
tried [4] 799/4 814/15 814/15 819/18
Trinity [1] 836/12
triple [6] 878/8 878/14 879/12 879/16
879/24 880/2
triple-ram [6] 878/8 878/14 879/12
879/16 879/24 880/2
TRITON [1] 771/8
truck [1] 854/8
true [4] 806/1 952/9 964/25 976/12
truth [1] 952/21
try [16] 795/7 801/21 811/15 811/24
817/20 817/25 826/10 830/4 831/24
852/5 860/9 919/4 939/11 945/23
948/22 950/19
trying [14] 798/9 811/4 815/12 820/9
820/14 823/16 824/21 827/18 857/15
898/20 929/11 935/13 951/13 968/12
tubes [2] 823/11 833/25
turn [8] 793/2 821/24 822/17 826/15
869/6 878/19 884/11 923/11
Tusa [5] 775/18 775/20 976/10 976/18
976/18
two [38] 772/12 778/24 779/6 784/10
820/4 826/21 827/3 837/21 842/11
842/21 843/10 844/22 846/7 848/8
850/9 852/19 854/13 855/6 855/17
857/4 859/1 859/13 863/17 863/18
895/25 897/12 911/13 922/2 922/11
925/23 929/9 948/16 949/6 956/6
958/18 964/17 964/19 969/7
type [21] 781/13 798/25 813/23 814/24
821/11 821/15 832/23 833/22 837/5
850/14 851/18 867/23 882/19 897/13
902/6 920/5 934/10 940/19 953/3
960/25 966/23
types [3] 812/13 929/7 937/25
typical [3] 919/15 920/19 921/9
typically [7] 824/18 850/19 919/11 920/7
929/21 930/3 938/12
typo [1] 963/25
typographical [1] 964/2

**U**

U.S [5] 773/6 773/9 849/11 876/5 963/2
Uh [4] 876/22 881/11 882/20 895/5
Uh-huh [4] 876/22 881/11 882/20 895/5
UK [3] 816/22 836/15 836/25
ultimately [5] 798/8 840/14 855/13
878/23 889/22
unanimous [5] 793/6 793/9 793/13
793/16 793/25
unbelievable [1] 833/5
unbolted [1] 843/17
unbolting [2] 841/6 842/15
uncertain [7] 921/19 921/20 930/8
941/18 944/16 946/21 962/15
uncertainties [17] 852/7 918/6 920/25
921/10 921/15 921/22 923/3 931/24
934/5 934/10 934/25 935/2 935/19

**U**

uncertainties... [4]  935/24 941/15 947/15 947/18
uncertainty [5]  921/25 922/1 924/23 925/11 949/7
unclear [2]  968/22 970/21
unconstrained [1]  959/9
unconventional [1]  816/25
under [35]  779/6 784/17 785/11 786/9 788/16 789/21 798/2 808/21 808/24 808/25 812/17 814/16 816/8 816/11 816/15 833/11 833/15 868/4 884/1 898/12 901/7 902/21 903/14 907/13 930/12 930/13 943/1 947/9 967/13 967/16 967/18 967/23 968/7 969/23 970/14
underneath [5]  794/22 884/13 892/1 896/12 942/8
understand [58]  793/12 798/10 799/4 803/6 811/4 811/16 811/24 818/1 820/14 828/12 828/16 831/15 857/15 865/12 874/11 889/11 890/12 894/22 895/20 917/15 918/22 918/25 919/18 920/6 920/20 927/3 927/3 928/10 928/21 929/3 930/11 933/16 933/25 934/3 934/20 934/20 934/22 935/6 935/13 935/17 936/10 936/19 938/16 939/11 939/20 939/21 940/15 940/18 942/1 943/2 944/2 945/23 948/22 950/20 960/23 963/9 968/12 969/1
understanding [23]  805/14 855/24 858/5 858/14 860/1 864/14 877/21 889/12 889/14 917/17 920/1 920/13 931/2 932/20 932/23 936/11 939/17 943/4 946/2 957/1 957/11 961/1 976/14
understood [5]  858/10 858/21 916/23 917/1 962/3
underwater [1]  846/6
undo [1]  850/14
unfolding [1]  819/25
unfortunate [1]  830/9
unfortunately [1]  809/3
Unified [1]  807/23 807/25 808/11
808/25 813/22 814/6 814/17 945/18 967/14 967/24 968/8 972/1 974/17
unique [2]  782/5 829/19
unit [1]  779/10
UNITED [12]  771/1 771/10 771/15 773/6 773/9 834/15 834/20 876/16 876/17 876/24 877/5 976/11
United States [5]  834/15 876/16 876/17 876/24 877/5
universities [1]  790/25
unknown [5]  925/6 932/15 934/16 934/17 944/16
unknowns [2]  925/14 933/9
unless [1]  975/20
unpack [1]  928/23
unreasonable [1]  951/21
unsuccessful [1]  824/8
until [5]  778/8 811/9 815/11 816/3 914/3
up [140]  777/24 779/5 780/8 780/13 780/17 781/11 781/23 783/17 784/12 784/17 785/9 785/23 786/24 791/13 792/13 801/12 801/21 802/19 803/9 805/12 806/6 807/11 808/7 810/25 812/15 812/17 813/11 813/13 814/15 817/5 818/21 819/3 820/2 821/1 823/16 826/10 827/15 827/18 830/8 831/22 840/4 841/12 843/1 843/8 843/10 844/14 845/7 846/16 847/1 847/2 847/22 848/2 848/19 848/25 848/25

849/4 850/14 851/21 853/21 855/3 858/20 860/16 861/22 862/2 865/10 869/21 869/23 870/8 872/5 872/6 874/21 876/12 880/23 881/6 882/7 886/13 887/1 887/13 891/4 893/5 896/14 898/22 902/14 903/8 903/23 904/17 906/12 906/22 907/6 910/22 911/15 914/7 915/13 917/18 921/6 922/4 922/5 922/13 922/19 923/9 923/21 924/1 925/2 927/5 932/7 936/22 936/25 937/14 941/18 943/9 944/14 946/4 946/23 946/23 946/23 947/24 948/10 949/3 949/18 950/12 952/5 954/4 955/2 955/25 958/8 959/1 959/4 959/22 960/4 961/2 962/16 963/17 963/23 964/14 966/10 967/5 970/23 972/4 972/23 974/23
update [1]  902/4
updated [2]  960/3 972/16
updates [1]  839/17
upon [4]  784/1 879/19 916/8 923/6
upper [13]  850/11 855/7 930/7 930/10 931/20 931/21 946/20 947/12 950/6 962/14 965/2 970/12 970/19
upwards [1]  809/11
us [38]  781/21 793/11 793/12 794/24 805/15 811/24 813/25 816/5 816/18 816/21 816/21 817/11 822/4 822/13 822/19 823/23 831/4 831/14 837/23 839/2 839/5 858/24 869/22 869/22 901/24 917/9 920/18 921/22 929/6 931/25 933/20 934/5 936/13 937/4 938/9 946/11 950/17 950/23
use [36]  812/12 812/14 825/23 840/9 842/4 843/5 851/7 852/6 857/12 863/13 870/16 891/1 891/20 913/16 915/20 915/21 919/17 919/15 919/17 921/9 922/21 925/19 926/14 928/24 929/25 930/7 931/16 931/20 935/24 938/12 938/14 938/22 938/22 948/23 966/23 967/4
used [46]  777/6 792/11 813/7 839/9 843/20 850/10 850/14 852/25 855/14 861/19 866/12 878/24 887/7 889/22 890/3 896/17 912/14 912/24 913/4 913/9 913/11 917/2 918/20 918/20 918/22 918/25 919/1 919/3 928/19 929/20 936/17 936/22 938/2 938/7 938/25 939/4 939/8 939/8 939/21 940/3 947/12 952/24 953/2 953/16 965/7 973/11
uses [1]  972/18
using [25]  775/24 841/14 843/8 847/3 863/25 897/12 903/6 918/7 920/19 921/5 921/13 925/18 928/6 934/6 937/6 937/21 944/16 945/11 947/23 949/19 950/13 951/17 956/24 956/25 962/10

**V**

value [1]  944/14
values [7]  936/13 936/16 941/17 941/25 946/21 946/21 947/5
valve [5]  837/15 849/7 897/5 904/14 905/6
valves [6]  833/10 833/25 854/17 856/12 859/3 905/24
Vargo [2]  834/17 834/25
variable [2]  930/11 951/3
variables [4]  782/7 830/2 930/8 962/15
varieties [1]  850/19
variety [2]  912/23 943/1
various [10]  790/18 790/24 816/23 828/10 872/12 875/19 952/25 966/17

966/20 974/18
version [23]  852/24 852/25 853/7 856/24 866/23 878/10 887/7 887/24 888/11 888/15 904/5 905/5 907/4 907/16 907/23 913/10 915/19 915/22 915/22 915/24 915/25 941/21 960/17 versions [3]  850/9 878/7 888/12
vertical [8]  845/3 845/5 845/6 850/2 850/7 851/11 851/14 904/18
very [26]  782/4 795/11 796/12 797/20 798/20 799/5 799/11 799/19 800/1 829/24 842/1 845/14 846/2 848/11 854/20 871/6 874/14 886/8 886/10 898/12 913/9 932/17 933/13 957/22 966/16 973/2
vessel [2]  834/2 914/10
vessels [6]  809/17 833/6 847/24 863/4 863/17 863/21
Vetco [1]  882/10
VetcoGray [1]  881/12
via [2]  799/11 799/20
video [1]  894/21
view [5]  790/19 833/3 862/24 898/18 955/22
views [1]  854/15
VOIR [1]  909/17
volume [1]  848/8

**W**

waiting [1]  975/19
walk [1]  831/22
walked [1]  869/16
walled [1]  907/16
want [16]  785/22 790/1 796/9 797/8 811/16 818/16 830/24 872/2 872/12 877/15 884/20 889/12 891/2 894/22 958/8 975/10
wanted [13]  800/2 817/22 820/9 820/10 820/20 834/5 842/15 845/4 849/5 849/8 852/9 869/22 966/3
WARREN [1]  775/15
was [658]
Washington [5]  773/8 773/16 774/8 774/11 775/16
wasn't [33]  789/7 795/6 806/23 816/11 818/7 818/17 820/11 820/24 822/1 822/4 822/18 842/14 848/2 853/2 857/25 872/14 879/17 895/18 902/1 915/1 918/3 919/19 920/24 924/5 924/17 924/19 925/13 926/16 928/11 938/19 941/8 971/24 972/9
water [8]  800/10 800/13 846/2 852/5 923/10 923/11 933/14 933/15
way [30]  805/4 810/16 813/17 823/18 823/24 825/22 829/6 829/22 832/25 833/22 838/2 841/5 844/6 847/5 854/1 860/10 870/14 911/6 923/6 924/1 926/5 931/6 936/22 938/17 939/5 939/6 947/19 956/24 964/9 971/20
ways [1]  817/1
WC [2]  964/1 964/15
we [439]
we'll [5]  880/21 883/19 891/11 919/1 959/3
we're [2]  889/10 893/5
week [11]  856/9 857/8 872/24 874/17 874/18 905/20 910/13 913/25 915/9 932/15 946/7
weight [2]  845/10 850/3
Weiner [1]  775/11
Weitz [1]  772/9
welcome [2]  786/11 789/1

**W**

weld [1] 881/25
welded [2] 895/9 896/16
welding [1] 838/9
well [273]
well-regarded [1] 884/9
wellbore [3] 828/11 922/7 925/13
WellCAP [1] 913/3
wellhead [6] 847/4 879/1 879/15 943/7 943/16 944/2
Wellheads [1] 837/7
Wellings [6] 891/3 891/6 891/16 892/9 893/14 894/17
wells [11] 780/4 780/23 781/20 781/22 794/8 794/16 815/7 832/17 872/19 912/21 918/16
went [14] 800/24 801/12 802/5 814/12 814/14 818/2 818/12 822/9 827/1 852/13 911/7 917/2 959/19 971/18
were [287]
weren't [14] 847/18 848/21 873/6 873/13 873/15 873/25 875/2 875/5 875/8 875/11 894/10 927/5 949/7 953/12
west [1] 836/24
Westlake [5] 795/21 827/21 838/13 838/22 839/2
what [318]
what's [12] 797/15 805/6 877/8 883/11 885/14 910/1 919/22 929/12 939/17 939/21 941/16 972/11
what-if [4] 929/19 929/20 940/19 953/3
whatever [8] 820/10 820/20 866/19 901/9 931/16 931/16 931/22 935/22
when [52] 782/16 792/25 802/4 805/3 807/25 811/8 820/14 821/21 825/3 827/13 837/21 838/2 839/14 844/21 851/7 852/25 859/12 860/12 860/17 864/8 864/20 864/22 864/23 865/2 866/9 875/19 876/21 891/20 905/22 907/3 923/15 923/22 924/14 929/2 931/16 932/13 933/21 936/6 940/25 942/16 943/16 946/15 947/3 951/19 957/9 957/17 965/17 965/21 971/23 972/1 973/13 975/6
where [47] 785/15 794/8 799/6 800/20 801/22 803/6 805/15 811/14 818/2 819/15 823/4 825/13 831/21 834/1 835/19 840/7 840/13 840/14 840/21 840/23 845/24 856/23 856/25 863/14 879/11 889/9 889/17 890/13 890/13 895/16 897/3 899/21 919/11 920/19 926/6 942/11 942/22 944/22 947/7 947/22 955/21 958/18 960/12 960/12 964/14 970/9 970/10
whether [21] 783/8 789/16 799/1 807/8 812/8 814/20 857/16 882/11 882/11 922/8 922/14 925/7 931/5 931/6 932/21 944/17 948/11 951/5 963/14 971/20 973/20
which [93] 779/18 784/10 784/25 785/18 790/11 805/2 807/1 818/22 826/20 832/9 834/3 836/25 837/21 841/20 843/8 843/16 845/1 849/5 850/10 855/8 857/14 865/18 867/20 869/4 869/5 870/21 878/20 879/22 879/23 879/24 880/24 881/17 882/21 882/25 887/17 892/1 892/20 895/25 896/8 909/2 914/10 916/14 917/23 922/3 924/5 924/8 924/11 924/15 925/1 925/12 933/24 934/21 936/5 936/23 938/10 939/19 939/22 940/12 941/3 941/17 941/23 942/9 942/11 942/15 943/14
943/15 943/17 943/18 943/19 945/12 946/23 947/11 947/17 947/21 948/25 950/10 950/18 951/17 953/6 956/10 956/14 956/20 958/21 961/18 962/2 963/2 963/8 965/13 966/23 968/23 970/6 970/12 972/18
while [5] 829/6 848/5 871/9 872/6 926/18
Whiteley [1] 773/2
who [34] 785/8 787/3 788/23 789/11 790/23 797/10 811/20 816/19 834/14 834/16 834/16 834/17 834/18 834/19 838/5 838/6 857/11 857/18 858/15 873/24 891/6 891/8 891/10 909/7 913/17 915/8 927/9 932/10 933/6 952/8 952/14 955/9 958/9 960/23
whole [12] 815/22 817/7 817/15 819/10 826/8 827/16 833/15 845/12 867/3 889/3 933/2 939/14
why [22] 782/16 792/10 800/2 822/23 823/18 823/21 824/2 825/23 828/7 828/22 829/16 830/14 831/1 839/23 842/13 846/17 852/2 859/21 926/24 934/14 938/9 950/1
Wild [30] 782/9 782/12 782/17 782/20 787/16 795/15 795/21 796/1 797/4 798/2 798/5 798/11 798/12 798/13 816/7 816/14 816/20 817/4 817/14 817/12 817/24 818/7 818/10 818/16 819/9 819/12 819/16 820/16 820/19 826/3
Wild Well [30] 782/9 782/12 782/17 782/20 787/16 795/15 795/21 796/1 797/4 798/2 798/5 798/11 798/12 798/13 816/7 816/14 816/20 817/4 817/14 817/22 817/24 818/7 818/10 818/16 819/9 819/12 819/16 820/16 820/19 826/3
will [22] 784/25 792/11 797/9 809/10 814/3 821/3 831/8 834/21 872/15 873/5 877/15 880/15 891/18 909/9 915/21 923/18 931/8 949/3 956/2 962/18 969/22 976/2
Wilson [14] 912/18 917/5 917/14 918/9 918/15 925/22 926/10 932/9 934/10 939/2 944/19 945/1 949/19 968/4
Wilson's [6] 915/8 917/13 918/12 923/7 940/7 967/7
WINFIELD [1] 772/19
wire [1] 896/2
wires [3] 846/5 853/8 907/23
within [14] 795/15 846/9 875/17 876/18 889/13 889/20 890/14 890/18 890/24 909/1 924/1 945/11 948/15 949/15
without [12] 777/10 808/2 828/23 828/25 844/3 844/20 849/1 853/17 859/11 868/11 913/19 925/8
witness [19] 797/9 797/16 830/13 834/10 834/22 835/2 835/2 855/15 855/18 860/6 860/12 900/13 900/15 909/7 909/8 954/13 962/23 973/21  976/3
witnesses [1] 976/3
women [1] 976/3
won't [1] 901/21
word [4] 803/19 857/12 861/6 973/13
words [4] 794/15 801/15 951/14 962/12
work [86] 778/12 781/12 802/9 804/5 807/6 809/13 809/18 809/23 809/25 811/3 811/13 836/7 836/17 836/21 837/3 837/4 838/18 838/23 839/16 839/18 842/13 842/17 842/20 855/23 856/16 857/11 857/18 857/22 858/19
858/20 863/7 863/23 864/16 865/1 868/14 869/1 869/20 873/18 873/22 874/3 874/5 874/7 889/11 896/21 909/22 909/23 911/9 912/13 913/22 915/7 915/25 916/6 916/15 927/11 930/21 934/9 936/7 936/17 939/13 940/3 940/12 940/14 941/12 943/11 943/13 943/25 944/1 945/15 945/21 945/21 946/9 950/9 950/18 950/19 951/11 951/12 953/11 960/20 965/12 966/4
worked [22] 816/8 835/24 836/18 837/6 838/12 838/14 838/20 838/25 842/10 842/11 844/7 846/8 851/24 858/16 864/5 878/3 890/10 909/24 909/25 911/6 911/23 971/8
working [13] 779/16 789/12 811/2 811/13 840/1 843/24 858/15 864/20 875/23 877/18 877/24 905/7 916/10
works [2] 891/10 956/24
worried [1] 951/4
worse [2] 799/7 803/20
worst [25] 929/16 931/10 937/9 937/22 939/21 946/2 946/19 947/3 947/12 948/3 948/7 949/18 950/3 950/9 950/10 955/22 956/10 956/17 959/8 959/8 960/13 962/3 962/11 963/7 970/6
worst-case [18] 929/16 937/22 946/2 946/19 947/3 948/3 948/7 949/18 950/3 955/22 956/10 956/17 959/8 959/8 960/13 962/3 962/11 963/7
would [240]
wouldn't [11] 788/12 799/6 809/16 809/25 818/3 823/2 844/4 868/15 907/20 924/10 950/23
wrap [3] 827/15 948/10 949/3
Wright [1] 771/21
write [1] 952/19
written [2] 778/15 804/18
wrong [10] 806/4 806/4 821/11 821/15 822/7 823/5 823/6 901/21 902/7 973/13
wrote [15] 901/15 955/21 958/18 959/7 959/11 959/13 959/15 961/10 961/13 971/14 971/15 972/21 973/1 973/1 973/6
WT [1] 881/21
WT X80 [1] 881/21
Wulf [1] 791/17

**X**

X80 [1] 881/21
xls [1] 972/18

**Y**

yeah [11] 866/7 869/16 882/19 890/16 906/8 945/6 952/14 962/4 962/25 962/25 965/25
year [1] 916/11
years [7] 778/10 778/12 778/16 788/21 909/25 911/2 911/23
yellow [3] 854/4 894/3 895/3
Yep [2] 877/20 899/25
yes [309]
yesterday [3] 777/7 894/9 894/21
Yet [3] 794/19 800/9 812/1
York [3] 772/11 772/11 775/8
you [922]
you're [14] 778/7 798/5 803/7 829/13 829/23 831/7 857/16 875/16 901/20 917/4 945/5 957/4 970/22 975/12
you've [3] 803/19 831/23 913/22
your [205] 777/15 777/21 782/8 784/1

**Y**

your... [201]  794/3 794/7 794/15 794/15
796/3 796/9 796/17 796/21 797/15
801/15 806/3 806/4 806/4 807/3 807/11
807/16 810/11 810/15 810/21 816/8
816/11 816/16 818/8 818/13 818/19
821/2 821/5 823/8 824/1 825/1 825/21
825/24 827/16 827/20 828/1 828/19
828/25 829/10 830/11 830/15 830/17
831/6 831/9 831/10 831/12 832/6 832/9
833/2 833/3 834/11 835/1 835/4 835/7
835/21 836/7 836/8 836/9 836/14
836/17 837/16 851/19 855/15 855/21
856/2 857/6 858/3 858/5 858/9 858/17
858/23 859/6 859/17 859/22 860/22
861/18 862/16 865/1 866/2 871/18
872/2 872/3 872/7 872/14 872/14
872/23 874/12 874/15 874/22 876/3
876/12 876/14 877/4 877/21 878/16
886/22 887/15 895/16 896/5 896/21
897/8 897/18 897/23 898/9 900/9
900/15 902/12 902/13 902/21 902/24
902/25 903/14 903/14 904/7 905/11
905/16 906/14 908/5 908/6 908/8 909/7
909/8 909/12 910/1 910/19 910/19
910/21 910/25 911/4 911/5 911/17
911/21 912/13 913/14 913/23 914/11
915/7 915/11 915/17 916/3 917/3
917/12 917/23 919/6 919/7 919/14
919/15 921/2 921/9 923/10 926/14
927/8 927/13 927/16 928/16 928/17
930/21 931/25 936/11 938/22 938/22
939/17 941/6 943/4 947/17 947/19
948/18 948/20 948/20 949/2 949/4
949/5 949/19 953/15 954/15 954/18
954/18 954/22 954/22 957/17 957/24
958/1 965/19 966/9 967/10 967/13
967/15 967/23 968/7 968/11 968/15
969/1 969/3 969/3 969/23 970/14
970/17 973/14 973/17 973/20 974/2
975/17
Your Honor [35]  796/17 796/21 810/11
810/21 821/2 828/19 828/25 830/11
830/17 831/10 831/12 834/11 835/1
835/4 855/15 855/21 856/2 857/6
858/17 859/17 859/22 860/22 871/18
877/4 900/9 908/8 909/8 916/3 927/13
927/16 957/24 958/1 973/17 974/2
975/17
yours [1]  899/6
yourself [3]  835/17 909/20 915/3

**Z**

zero [3]  925/4 949/18 959/9