## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION:  J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS REFERS TO CASE NO. 2:13-CV-2791 | * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Undersigned counsel, Walter W. Christy, as a member in good standing of the bar of this Court, and pursuant to Rule 83.2.6E of the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, hereby moves for admission *pro hac vice* of Charles C. Conrad of Coats Rose as co-counsel for Danos & Curole Marine Contractors, LLC in the above captioned matter.  In support of this motion, movant states as follows:

1.     Charles C. Conrad is not a member of the Bar of the Eastern District of Louisiana or the State of Louisiana.

2.     Charles C. Conrad is a member in good standing of the State Bar of Texas. Attached hereto as Exhibit "A" is a Certificate of Good Standing issued by the Supreme Court of Texas for Charles C. Conrad.

3.     The requested admission is solely for the purpose of participating in the representation of Danos & Curole Marine Contractors, LLC in the above captioned matter.

4. Undersigned counsel is unaware of any reason why Charles C. Conrad might be deemed unfit or unqualified for *pro hac vice* admission to this bar.

5. The Affidavit of Charles C. Conrad required by Local Rule 83.2.6E is attached hereto as Exhibit "B."

6. WHEREFORE, undersigned counsel prays that this Court admit Charles C. Conrad *pro hac vice*, to appear and participate as co-counsel for Danos & Curole Marine Contractors, LLC. in the above captioned matter, subject to all conditions and obligations which this Court may deem proper and impose.

Respectfully submitted this 29th day of April, 2014.

/s/ Walter W. Christy
Walter W. Christy, La Bar No. 4134
Coats | Rose
365 Canal Street, Suite 800
New Orleans, LA 70130
Telephone: (504) 299-3073
Facsimile: (504) 299-3071
wchristy@coatsrose.com

**ATTORNEYS FOR DEFENDANT**
Danos & Curole Marine Contractors, LLC

CERTIFICATE OF SERVICE

I certify that the above and foregoing was electronically filed with the Court to be served on all counsel by operation of the Court's ECF notification system.

/s/ Walter W. Christy