# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

April 23, 2014

RE: **Mr. Charles Clayton Conrad**
State Bar Number - **24040721**

To Whom it May Concern:

This is to certify that Mr. Charles Clayton Conrad was licensed to practice law in Texas on November 06, 2003 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222