UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| THIS REFERS TO CASE NO. 2:13-CV-2791 | * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AFFIDAVIT OF CHARLES C. CONRAD

STATE OF LOUISIANA
PARISH OF ORLEANS

COMES NOW, Charles C. Conrad, who first being duly sworn, says as follows:

1. I am an attorney with Coats Rose in Houston, Texas.

2. I submit this Affidavit, which is based upon my personal knowledge, in support of my application for admission to this Court *pro hac vice*.

3. I have been a member in good standing of the Bar of the State of Texas since 2003. There have been no disciplinary proceedings or criminal charges pending or outstanding against me.

4. I have been requested by Danos & Curole Marine Contractors, LLC to represent it in the above captioned matter.

5. Attached hereto is a certificate certifying that I am a member in good standing of the Bar of the State of Texas.

011792.000002\4842-7183-5162.V1


EXHIBIT B

6. I am registered with the Electronic Case Filing System for the Eastern District of Louisiana.

_____
Charles C. Conrad

Sworn to and subscribed before me, Notary, this 29th day of April, 2014.

_____
Notary Public

Amanda Wingfield Goldman
Notary Public
State of Louisiana
Parish of Orleans
La. Bar Number 30800
Commission is for life.

011792.000002\4842-7183-5162.V1