UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER |
| THIS REFERS TO CASE NO. 2:13-CV-2791 | * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Admission *Pro Hac Vice,*

IT IS ORDERED that Charles C. Conrad is hereby admitted *pro hac vice* as co-counsel for Danos & Curole Marine Contractors, LLC in the above captioned matter.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

011792.000002\4842-7183-5162.V1