1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2

3    ******************************************************

4    IN RE: OIL SPILL BY THE          DOCKET NO. MDL-2179
     OIL RIG *DEEPWATER HORIZON*      SECTION "J"
5    IN THE GULF OF MEXICO ON         NEW ORLEANS, LA
     APRIL 20, 2010                   THURSDAY, OCTOBER 3, 2013
6

7    ******************************************************

8    IN RE: THE COMPLAINT AND         DOCKET NO. 10-CV-2771
     PETITION OF TRITON ASSET         SECTION "J"
     LEASING GMBH, ET AL
9

10   ******************************************************

11   UNITED STATES OF AMERICA         DOCKET NO. 10-CV-4536
          V.                          SECTION "J"
12   BP EXPLORATION & PRODUCTION,
     INC., ET AL

13   ******************************************************

14                 **DAY 4   MORNING SESSION**
              TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
15         HEARD BEFORE THE HONORABLE CARL J. BARBIER
                  UNITED STATES DISTRICT JUDGE
16

17   APPEARANCES:

18

19   FOR THE PLAINTIFFS:   HERMAN HERMAN & KATZ
                           BY:  STEPHEN J. HERMAN, ESQ.
20                         820 O'KEEFE AVENUE
                           NEW ORLEANS, LA   70113
21

22
                           DOMENGEAUX WRIGHT ROY & EDWARDS
23                         BY:  JAMES P. ROY, ESQ.
                           556 JEFFERSON STREET, SUITE 500
24                         POST OFFICE BOX 3668
                           LAFAYETTE, LA   70502
25

                         **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                              LEVIN PAPANTONIO THOMAS MITCHELL
                               RAFFERTY & PROCTOR
 4                             BY:   BRIAN H. BARR, ESQ.
                               316 SOUTH BAYLEN STREET, SUITE 600
 5                             PENSACOLA, FL  32502

 6

 7                              WEITZ & LUXENBERG
                               BY:   ROBIN L. GREENWALD, ESQ.
 8                             700 BROADWAY
                               NEW YORK CITY, NY  10003
 9

10                             IRPINO LAW FIRM
11                             BY:   ANTHONY IRPINO, ESQ.
                               2216 MAGAZINE STREET
12                             NEW ORLEANS, LA  70130

13

14                             LUNDY, LUNDY, SOILEAU & SOUTH
                               BY:   MATTHEW E. LUNDY, ESQ.
15                             501 BROAD STREET
                               LAKE CHARLES, LA  70601
16

17                             MORGAN & MORGAN
18                             BY:   FRANK M. PETOSA, ESQ.
                               188 EAST CAPITOL STREET, SUITE 777
19                             JACKSON, MS  39201

20

21    FOR THE STATES'
      INTERESTS:               ALABAMA ATTORNEY GENERAL'S OFFICE
22                             BY:   COREY L. MAZE, ESQ.
                                     WINFIELD J. SINCLAIR, ESQ.
23                             500 DEXTER AVENUE
                               MONTGOMERY, AL  36130
24

25
```

**OFFICIAL TRANSCRIPT**

1   APPEARANCES CONTINUED:

2

3   FOR THE STATE OF
    LOUISIANA:
4                           STATE OF LOUISIANA
                            BY:  JAMES D. CALDWELL,
5                           ATTORNEY GENERAL
                            1885 NORTH THIRD STREET
6                           POST OFFICE BOX 94005
                            BATON ROUGE, LA  70804
7

8
                            KANNER & WHITELEY
9                           BY:  ALLAN KANNER, ESQ.
                                 DOUGLAS R. KRAUS, ESQ.
10                          701 CAMP STREET
                            NEW ORLEANS, LA  70130
11

12

13  FOR THE UNITED STATES
    OF AMERICA:             U.S. DEPARTMENT OF JUSTICE
14                          TORTS BRANCH, CIVIL DIVISION
                            BY:  STEPHEN G. FLYNN, ESQ.
15                          POST OFFICE BOX 14271
                            WASHINGTON, DC  20044
16

17
                            U.S. DEPARTMENT OF JUSTICE
18                          ENVIRONMENT & NATURAL RESOURCES DIVISION
                            ENVIRONMENTAL ENFORCEMENT SECTION
19                          BY:  THOMAS BENSON, ESQ.
                                 STEVEN O'ROURKE, ESQ.
20                               SCOTT CERNICH, ESQ.
                                 A. NATHANIEL CHAKERES, ESQ.
21                               ANNA CROSS, ESQ.
                                 BETHANY ENGEL, ESQ.
22                               RICHARD GLADSTEIN, ESQ.
                                 JUDY HARVEY, ESQ.
23                               SARAH HIMMELHOCH, ESQ.
                            P.O. BOX 7611
24                          WASHINGTON, DC  20044

25

**OFFICIAL TRANSCRIPT**

1  APPEARANCES CONTINUED:

2

3  FOR BP EXPLORATION &
   PRODUCTION INC.,
4  BP AMERICA PRODUCTION
   COMPANY, BP PLC:        LISKOW & LEWIS
5                          BY:  DON K. HAYCRAFT, ESQ.
                           ONE SHELL SQUARE
6                          701 POYDRAS STREET
                           SUITE 5000
7                          NEW ORLEANS, LA 70139

8

9                          KIRKLAND & ELLIS
                           BY:  J. ANDREW LANGAN, ESQ.
10                              HARIKLIA KARIS, ESQ.
                               PAUL D. COLLIER, ESQ.
11                             MATTHEW T. REGAN, ESQ.
                               BARRY E. FIELDS, ESQ.
12                         300 N. LASALLE
                           CHICAGO, IL 60654
13

14

15                         KIRKLAND & ELLIS
                           BY:  MARTIN BOLES, ESQ.
16                         333 SOUTH HOPE STREET
                           LOS ANGELES, CA 90071

17

18                         KIRKLAND & ELLIS
                           BY:  ROBERT R. GASAWAY, ESQ.
19                              JOSEPH A. EISERT, ESQ.
                               BRIDGET K. O'CONNOR, ESQ.
20                         655 FIFTEENTH STREET, N.W.
                           WASHINGTON, DC  20005
21

22

23                         COVINGTON & BURLING
                           BY:  ROBERT C. "MIKE" BROCK, ESQ.
                           1201 PENNSYLVANIA AVENUE, NW
24                         WASHINGTON, DC  20004

25

                           **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
4    OFFSHORE DEEPWATER
     DRILLING INC., AND
5    TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
6                             BY:  KERRY J. MILLER, ESQ.
                              ENERGY CENTRE
7                             1100 POYDRAS STREET, SUITE 3700
                              NEW ORLEANS, LA  70163
8

9
                              SUTHERLAND ASBILL & BRENNAN
10                            BY:  STEVEN L. ROBERTS, ESQ.
                              1001 FANNIN STREET, SUITE 3700
11                            HOUSTON, TX  77002

12

13                           MUNGER TOLLES & OLSON
                             BY:  MICHAEL R. DOYEN, ESQ.
14                                BRAD D. BRIAN, ESQ.
                                  LUIS LI, ESQ.
15                                GRANT A. DAVIS-DENNY, ESQ.
                                  ALLEN M. KATZ, ESQ.
16                           335 SOUTH GRAND AVENUE, 35TH FLOOR
                             LOS ANGELES, CA  90071
17

18
     FOR HALLIBURTON
19   ENERGY SERVICES,
     INC.:                   GODWIN LEWIS
20                           BY:  DONALD E. GODWIN, ESQ.
                                  JENNY L. MARTINEZ, ESQ.
21                                BRUCE W. BOWMAN, JR., ESQ.
                                  PRESCOTT W. SMITH, ESQ.
22                                SEAN W. FLEMING, ESQ.
                             RENAISSANCE TOWER
23                           1201 ELM STREET, SUITE 1700
                             DALLAS, TX  75270.
24

25

                             **OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2

3                              GODWIN LEWIS
                               BY:  R. ALAN YORK, ESQ.
4                                   GWENDOLYN E. RICHARD, ESQ.
                               1331 LAMAR, SUITE 1665
5                              HOUSTON, TX  77010

6

7    FOR ANADARKO
     PETROLEUM CORPORATION,
8    ANADARKO E&P COMPANY LP:
                               KUCHLER POLK SCHELL
9                              WEINER & RICHESON
                               BY:  DEBORAH D. KUCHLER, ESQ.
10                             1615 POYDRAS STREET, SUITE 1300
                               NEW ORLEANS, LA  70112
11

12

13                             BINGHAM MCCUTCHEN
                               BY:  WARREN A. FITCH, ESQ.
14                                  KY E. KIRBY, ESQ.
                               2020 K STREET, NW
15                             WASHINGTON, DC  20006

16

17   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
18                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
19                              NEW ORLEANS, LA  70130
                                (504) 589-7779
20                              Cathy_Pepper@laed.uscourts.gov

21

22   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

23

24

25

                          OFFICIAL TRANSCRIPT
```

1                              **I N D E X**

2

3

4     EXAMINATIONS                                        PAGE

5

6     **ADAM BALLARD (CONTINUED)**............................. 987

7     CROSS-EXAMINATION BY MR. BRIAN....................... 987

8     REDIRECT EXAMINATION BY MS. KARIS....................1008

9     **IAIN ADAMS**..........................................1031

10    DIRECT EXAMINATION BY MS. KARIS......................1032

11    DIRECT EXAMINATION BY MS. KARIS......................1059

12    CROSS-EXAMINATION BY MR. DOYEN......................1091

13    LUNCHEON RECESS.....................................1109

14

15

16

17

18

19

20

21

22

23

24

25

                          **OFFICIAL TRANSCRIPT**

1                **P-R-O-C-E-E-D-I-N-G-S**

2                THURSDAY, OCTOBER 3, 2013

3           M O R N I N G   S E S S I O N

4              (COURT CALLED TO ORDER)

5

6

08:00:56  7        THE DEPUTY CLERK:  All rise.

08:00:58  8        THE COURT:  Good morning, everyone.

08:01:00  9        VOICES:  Good morning, Judge.

08:01:02 10        THE COURT:  Before we take up any other preliminary

08:01:05 11    matters, we'll give everybody a heads-up on the clock.

08:01:07 12             According to my timekeepers, the aligned parties

08:01:11 13    have used 9 hours and 54 minutes, meaning they have 5 hours and

08:01:17 14    6 minutes remaining.  BP has used 12 hours and 4 minutes,

08:01:21 15    meaning they have 2 hours and 56 minutes remaining.  That

08:01:27 16    should put us right about -- if everybody uses all of their

08:01:31 17    time, we should end right as expected, about six clock.

08:01:36 18    Regardless, we'll finish today.

08:01:39 19             You all can give back time, you know.  I think in

08:01:45 20    Washington they call it yielding, yielding back your time,

08:01:49 21    something like that.

08:01:50 22             Do you have preliminary matters?

08:01:52 23        MR. SMITH:  Good morning, Your Honor.  Prescott W.

08:01:56 24    Smith on behalf of Halliburton and the aligned parties.

08:01:58 25             I just wanted to give you a quick update on the

**OFFICIAL TRANSCRIPT**

08:02:01 1    status of the exhibits that we proposed to submit into evidence

08:02:03 2    in connection with the testimony of Edward Ziegler.

08:02:08 3             THE COURT:  Just tell me if you worked it out or not,

08:02:11 4    Mr. Smith.

08:02:11 5             MR. SMITH:  We are in the process of working it out.

08:02:14 6             THE COURT:  Then come back when you've worked it out.

08:02:14 7             MR. SMITH:  Okay.  Thank you.

08:02:16 8             THE COURT:  That's the update.

08:02:19 9             MS. KARIS:  Your Honor, at this time, I'd offer the

08:02:21 10   exhibits used with Trevor Smith, the exhibits used with

08:02:25 11   Mr. Mazzella, as well as the exhibits used with Mr. Dupree.

08:02:31 12            I'm happy to report that we've worked it out

08:02:34 13   because there are no objections to these.

08:02:35 14            THE COURT:  Very good.  Without objection, those are

08:02:37 15   admitted.

08:02:37 16            (WHEREUPON, the above referenced exhibits were

08:02:39 17   admitted.)

08:02:39 18            MR. BROCK:  Your Honor, good morning.  Mike Brock for

08:02:43 19   BP.

08:02:44 20            A couple of things on the housekeeping side.  I'm

08:02:47 21   going to hand up when I'm finished here the videotape and the

08:02:52 22   transcripts of testimony that we introduced on Wednesday, as

08:02:59 23   well as BP's source control opening, with the exhibits that go

08:03:04 24   with that.

08:03:05 25            Then I wanted to let the Court know, in terms of

**OFFICIAL TRANSCRIPT**

08:03:08  1   the schedule for today, that our plan is to finish Mr. Ballard

08:03:11  2   this morning.  We have about 17 minutes of videotape to play.

08:03:17  3   We're going to call Iain Adams as our next witness.  Then,

08:03:24  4   following Iain Adams, we will either call Dan Gibson or play

08:03:29  5   some additional videotape.

08:03:32  6        THE COURT:  Now, I've got to tell you, I read over

08:03:37  7   quickly last night Mr. Adams's report and Mr. -- you're not

08:03:48  8   going to use Mr. Gibson?

08:03:49  9        MR. BROCK:  Well, I'm changing the order of Adams and

08:03:52 10   Gibson.  I'm going to evaluate that in terms of time and what

08:03:55 11   we've put in the record after we --

08:03:57 12        THE COURT:  Because I've looked at it, and both of

08:03:59 13   those seem to be pretty cumulative, but it's your time.

08:04:05 14        MR. BROCK:  Well, Mr. Adams definitely has some

08:04:08 15   information that we need -- we feel like we need to bring to

08:04:11 16   the Court.

08:04:12 17        THE COURT:  I'm not saying there is not something

08:04:14 18   that's not cumulative, but a large part of each of those

08:04:19 19   reports, just reading them over, seemed to be cumulative,

08:04:24 20   anyway.

08:04:25 21        MR. BROCK:  Thank you, Your Honor.

08:04:27 22        MR. BRIAN:  I'm ready to resume my cross-examination of

08:04:40 23   Mr. Ballard.  You'll be happy to know, Your Honor, that by

08:04:45 24   breaking, I've actually cut two of the --

08:04:48 25        THE COURT:  Where is Mr. Ballard?

**OFFICIAL TRANSCRIPT**

08:04:48 1         MR. BRIAN:  -- so it will be a little shorter.

08:04:49 2         THE COURT:  Oh, there he is.  I don't think he wanted

08:04:52 3 to come back.

08:04:59 4         MR. BRIAN:  Just on a procedural point, Your Honor, we

08:05:02 5 offered the thumb drive, I guess, of the videotape clips.  I

08:05:05 6 don't think we actually offered in evidence the written

08:05:07 7 transcripts.  Did we?  We did.  Okay.  I take that back.  We

08:05:11 8 did.

9         THE COURT:  All right.

10         You're still under oath, sir.  Good morning.

11                **ADAM BALLARD**

12 was called as a witness and, after being previously duly

13 sworn by the Clerk, was examined and testified on his oath as

14 follows:

15 CROSS-EXAMINATION BY MR. BRIAN: (Continued)

08:05:17 16 Q.   Good morning, Mr. Ballard.  Brad Brian on behalf of

08:05:20 17 Transocean and the aligned parties.  I still have you on

08:05:23 18 cross-examination.

08:05:25 19         Mr. Ballard, you testified yesterday that you now

08:05:26 20 work as an assistant to one of BP's regional presidents.  Did I

08:05:32 21 hear that right?

08:05:32 22 A.   Yes, you did.

08:05:35 23 Q.   Can we put up TREX-11905R.31.1.TO.

08:05:46 24         This is your résumé that was attached to your

08:05:48 25 Expert Report, is it not?

                              **OFFICIAL TRANSCRIPT**

08:05:49  1   A.   Yes, it is.

08:05:49  2   Q.   You see you identify current position, BP, Gulf of Mexico

08:05:54  3   DWP Special Projects.  Is that the same position you now hold?

08:05:57  4   A.   No.

08:05:57  5   Q.   Neither of these positions was the one you held at the

08:06:02  6   time you had your Rule 30(b)(6) deposition taken in mid-October

08:06:07  7   of 2012, correct?

08:06:09  8   A.   No.  I was the engineering manager for *Thunder Horse* at

08:06:13  9   the time.

08:06:13 10   Q.   When were you promoted to the assistant to one of BP's

08:06:16 11   regional presidents?

08:06:19 12   A.   Well, I wouldn't call it a promotion, but I started that

08:06:22 13   role, I believe, April 1st or around the beginning of April of

08:06:26 14   this year.

08:06:27 15   Q.   Before or after you gave your expert deposition in this

08:06:30 16   case?

08:06:30 17   A.   I gave my expert deposition in October, I believe, of last

08:06:33 18   year, so it was after.

08:06:34 19   Q.   Now, I think you testified yesterday you've worked for BP

08:06:37 20   for more than 11 years; is that right?

08:06:39 21   A.   Yes.

08:06:40 22   Q.   In fact, it's the only company in the oil and gas industry

08:06:44 23   that you've worked for since you graduated from college and

08:06:47 24   began working in a full-time position, correct?

08:06:50 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

08:06:50 1    Q.    And you have no plans to leave BP any time soon, do you,

08:06:54 2    sir?

08:06:55 3    A.    No, I don't.

08:06:55 4    Q.    In fact, you hope to continue working at BP for the

08:06:58 5    indefinite future, don't you?

08:06:59 6    A.    I hope to keep my employment, yes.

08:07:01 7    Q.    Now, you also testified yesterday in response to BP

08:07:05 8    counsel's questions that it was NOAA who came up with the

08:07:10 9    estimate of 5,000 barrels a day.  Do you remember that?

08:07:13 10   A.    Yes.

08:07:13 11   Q.    You're not saying, are you, that the 5,000 barrels per day

08:07:18 12   estimate was just a NOAA estimate; that's not your testimony,

08:07:20 13   is it, sir?

08:07:22 14   A.    Well, my testimony is I've reviewed some information that

08:07:26 15   I believe it was the testimony of Mr. Henry, who recalls

08:07:31 16   telling Admiral Landry that NOAA had come up with an estimate

08:07:34 17   of about 5,000.

08:07:35 18   Q.    You understand that BP embraced and, in fact, represented

08:07:38 19   that estimate repeatedly; you're aware of that, are you not?

08:07:42 20   A.    I'm aware -- I'm aware that there were some communications

08:07:46 21   about 5,000 being an estimate.

08:07:50 22   Q.    Let's put up TREX-150106.1.1.TO.

08:07:58 23          This is an e-mail from Doug Suttles dated Friday,

08:08:03 24   May 21, 2010, correct?

08:08:04 25   A.    Yes.

**OFFICIAL TRANSCRIPT**

08:08:04 1    Q.    You see where he states in the last paragraph, "Also note
08:08:09 2    that the 5,000 BOPD with a wide uncertainty range was a rate
08:08:16 3    agreed by NOAA, Coast Guard and BP very early in the spill.  I
08:08:19 4    notice on the bottom of this note we are saying this was a NOAA
08:08:24 5    estimate.  That is not correct and continues to create an issue
08:08:27 6    with NOAA and the Coast Guard."
08:08:30 7          That's what Mr. Suttles wrote, did he not, sir?
08:08:32 8    A.    Yes, sir.
08:08:33 9    Q.    Did you ever ask Mr. Suttles about this note?
08:08:35 10   A.    No.
08:08:35 11   Q.    It is a fact, is it not, that NOAA never did any reservoir
08:08:44 12   modeling; that's a fact, is it not?
08:08:47 13   A.    I don't know.
08:08:48 14        MS. KARIS:  Foundation.
08:08:48 15   EXAMINATION BY MR. BRIAN:
08:08:50 16   Q.    You're not aware of NOAA doing any reservoir modeling, are
08:08:53 17   you, sir?
08:08:54 18   A.    No.  The modeling -- from reading Mr. Henry's testimony, I
08:08:58 19   believe the modeling encompassed more visual observation.
08:09:02 20   Q.    Flyovers and video kind of observations, right?
08:09:05 21   A.    I believe so, but I didn't fully look at all that
08:09:08 22   information to form an opinion as to what they did.
08:09:10 23   Q.    Did you read Admiral Landry's deposition?
08:09:12 24   A.    I read portions of it, yeah.
08:09:13 25   Q.    Let's put up Page 321, lines 10 through 15.

**OFFICIAL TRANSCRIPT**

08:09:24 1             Did you read this portion:

08:09:25 2             "QUESTION:  And do you know whether Unified Area

08:09:29 3    Command relied on some of the work that BP had conducted in

08:09:32 4    connection with making its announcement of 5,000 on April 28th?

08:09:37 5             "ANSWER:  I relied -- I relied on the work of BP

08:09:41 6    through Doug Suttles, as the lead person for BP."

08:09:44 7             Did you read that testimony?

08:09:45 8    A.   Yes, I did.

08:09:46 9    Q.   Let's put up demonstrative 25018A.

08:09:56 10            You were in court when Mr. Wilson testified, were you

08:10:00 11   not?

08:10:00 12   A.   Yes, I was.

08:10:00 13   Q.   You heard him testify about the many times that BP

08:10:05 14   represented publicly and in communications that 5,000 barrels a

08:10:10 15   day was the first estimate; you recall that estimate by

08:10:13 16   Mr. Wilson, do you not?

08:10:14 17   A.   I believe so, yes.

08:10:15 18   Q.   When we were here yesterday, we ended when I showed you an

08:10:19 19   e-mail from Mr. Mason.  Do you remember that?

08:10:21 20   A.   To Mr. Inglis?

08:10:21 21   Q.   Yes.

08:10:26 22            Let's put up TREX-3220.1.1.TO.

08:10:32 23            This is the e-mail from Mr. Mason to Mr. Inglis that

08:10:36 24   you were just alluding to, was it not?

08:10:38 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

08:10:39 1    Q.   You read this in connection with your testimony, didn't

08:10:42 2    you, sir?

08:10:42 3    A.   I did.

08:10:44 4    Q.   You read where Mr. Mason said to Mr. Inglis on May 15th,

08:10:48 5    quote, "We should be very cautious standing behind a 5,000 BOPD

08:10:53 6    figure, as our modeling shows that this well could be making

08:10:58 7    anything up to approximately 100,000 barrels of oil per day,

08:11:03 8    depending on a number of unknown variables."

08:11:05 9         You read that e-mail that Mr. Mason wrote to

08:11:08 10   Mr. Inglis, didn't you, sir?

08:11:10 11   A.   Yes, I did.  I also read Mr. Mason's testimony describing

08:11:14 12   why he had written that as well, if you'd like.

08:11:16 13   Q.   Let's put up TREX-9156.6.1.  Actually, I'm sorry,

08:11:33 14   9156.5.1.

08:11:34 15        This is one of the charts that Mr. Mason attached to

08:11:36 16   his May 15th e-mail to Mr. Inglis; is it not?

08:11:43 17   A.   I don't know if there was an attachment to that e-mail,

08:11:45 18   but I've seen this chart before, or this table.

08:11:47 19   Q.   I'll represent to you, sir, it's part of the same TREX

08:11:52 20   number.

08:11:52 21   A.   Okay.

08:11:52 22   Q.   In this chart, Mr. Mason, using hydraulic modeling, came

08:11:57 23   up with ranges, for example, from 21 barrels a day to

08:12:02 24   82 barrels a day, correct; with these assumptions, right?

08:12:05 25   A.   Well, with the assumptions he had came up with his range,

**OFFICIAL TRANSCRIPT**

08:12:10  1   at least, for this table -- or the top table, was 21,000 to

08:12:14  2   82,000 barrels a day.

08:12:16  3   Q.   21,000 to 82,000 barrels a day were the calculations under

08:12:19  4   the assumptions of this hydraulic modeling on the top of

08:12:23  5   TREX-9156.1 -- .5.1, correct?

08:12:29  6   A.   Yes, based on the maximum reservoir exposed and the high

08:12:34  7   end of permeability and for these four flow paths and no

08:12:39  8   restrictions downhole --

08:12:39  9   Q.   In the bottom --

08:12:41 10   A.   -- came up with that range.

08:12:41 11   Q.   I'm sorry.  In the bottom, he came up with a range of

08:12:46 12   24,000 barrels a day to 96,000 barrels a day, correct?

08:12:48 13   A.   Yes, so simulating those same conditions with the LMRP

08:12:51 14   removed, he came up with those --

08:12:51 15   Q.   Let me show you --

08:12:54 16   A.   -- ranges.

08:12:54 17   Q.   I'm sorry.  Let me show you TREX-9250.2.1.TO.

08:13:03 18        You know who Mr. Ole Rygg is, do you know, sir?

08:13:03 19   A.   Yes, I --

08:13:03 20   Q.   Does he pronounce it Rygg or Rygg, do you know?

08:13:08 21   A.   I believe it's Rygg.

08:13:09 22   Q.   Rygg, okay.

08:13:12 23        You see here that Mr. Rygg wrote on May 16th, at the

08:13:17 24   bottom, in an e-mail to Trevor Hill, "Be aware that we are

08:13:21 25   working on the 5,000 BOPD case.  That could be too optimistic."

**OFFICIAL TRANSCRIPT**

08:13:28 1   He wrote that on May 16th to Trevor Hill, copy to Kurt Mix and

08:13:33 2   Thomas Selbekk, did he not?

08:13:35 3   A.   Yes.

08:13:35 4   Q.   All three of those gentlemen, Mr. Rygg -- Dr. Rygg,

08:13:40 5   Mr. Hill, Mr. Mix, Mr. Selbekk, were all working as part of the

08:13:45 6   hydraulic modeling group, correct?

08:13:50 7   A.   Yes.  I'm not sure Mr. Mix was doing modeling, but I

08:13:53 8   believe Mr. Selbekk, Mr. Hill and Mr. Rygg --

08:13:58 9   Q.   Mr. Hill forwarded this e-mail to Dr. Tim Lockett, did he

08:14:02 10  not?

08:14:02 11  A.   I believe I've seen those communications.

08:14:04 12  Q.   Put up TREX-9250.1.1.TO.

08:14:11 13       Mr. Lockett, upon looking at this, wrote this e-mail

08:14:15 14  back to Mr. Hill on May 17th, in which he said, in part, "The

08:14:20 15  apparent reliance in Ole's e-mail on the 5,000 number, which

08:14:25 16  has little, if no, origin, is concerning."

08:14:29 17       He wrote that on May 17th, did he not, sir?

08:14:31 18  A.   Yes, he did.

08:14:32 19  Q.   He went on to say, "From all the different ways we have

08:14:36 20  looked at flow rate, 5,000 would appear to err on the low

08:14:41 21  side."  That's what he wrote, did he not?

08:14:43 22  A.   That's what he wrote.

08:14:43 23  Q.   Now, this e-mail was forwarded to Douglas Wood, wasn't it,

08:14:49 24  sir?

08:14:49 25  A.   I believe so.

**OFFICIAL TRANSCRIPT**

08:14:50  1    Q.    Let's put up TREX-9250.1.2.TO.

08:14:57  2            On May 18th, Mr. Wood wrote back to Mr. Hill, copy to

08:15:01  3    Mr. Lockett, saying, "Tim's points are both valid and have an

08:15:06  4    impact on the viability of the kill option working."  That's

08:15:09  5    what Mr. Wood wrote, did he not?

08:15:11  6    A.    Yes.

08:15:17  7            MR. BRIAN:  May I approach, Your Honor?

08:15:18  8            THE COURT:  Yes.

08:15:18  9    EXAMINATION BY MR. BRIAN:

08:15:20 10    Q.    Let's put up on the screen, as I do this, demonstrative

08:15:24 11    D25013B.  I have a blow-up here.

08:15:35 12            So, in the middle of May, we've just seen e-mails

08:15:40 13    where Dr. Rygg, Thomas Selbekk, Mike Mason, Trevor Hill,

08:15:48 14    Douglas Wood, Tim Lockett, all these folks wrote e-mails

08:15:55 15    questioning the reliance on the 5,000 barrel per day estimate,

08:15:55 16    correct?

08:16:03 17    A.    I think we saw Dr. Rygg and Dr. Lockett had made some

08:16:09 18    comments around the reliance on it.

08:16:10 19    Q.    Doug Wood said that he agreed that Mr. Lockett's points

08:16:14 20    were valid, correct?

08:16:16 21    A.    I believe -- put in context, reading through that e-mail

08:16:19 22    string -- from my recollection of that communication string and

08:16:22 23    talking to Mr. Wood, I believe what he agreed with is that they

08:16:26 24    should be running the Top Kill modeling at different scenarios.

08:16:30 25    Q.    Despite the e-mails in the May 16, 17 period, BP continued

08:16:36 1   to represent to the government that 5,000 barrels per day was

08:16:41 2   the best estimate, did it not?

08:16:44 3           MS. KARIS:  I object to form and foundation,

08:16:46 4   Your Honor.

08:16:46 5           THE COURT:  Overruled.

08:16:50 6           THE WITNESS:  Can you repeat it?

08:16:50 7   EXAMINATION BY MR. BRIAN:

08:16:52 8   Q.    Despite the e-mails I've shown you in the mid-May period

08:16:56 9   from Mr. Mason, Dr. Rygg, Mr. Lockett and Mr. Wood, BP

08:17:02 10  continued to represent that 5,000 barrels per day was the best

08:17:07 11  estimate of flow, didn't it?

08:17:12 12  A.    So the timeline is the timeline.  The hydraulic modelers

08:17:18 13  had made some comments, as you suggested; but, from my

08:17:21 14  understanding, the timeline that you showed earlier, those were

08:17:24 15  the different communications from BP.

08:17:26 16  Q.    Let's put up TREX-1651.1.1.TO.

08:17:34 17          This is the May 24, 2010, letter that BP wrote to

08:17:38 18  Congressman Markey, is it not, sir?

08:17:41 19  A.    Yes, it is.

08:17:41 20  Q.    This was sent, you would agree, after those e-mails that I

08:17:46 21  just showed you from Mr. Mason, Mr. Lockett, Mr. Wood, correct?

08:17:53 22  A.    Yes.

08:17:53 23  Q.    Let's put up TREX-1651.1.2.TO.

08:18:01 24          In that letter, which was written after these

08:18:04 25  cautionary e-mails, BP represented that the range varies from

**OFFICIAL TRANSCRIPT**

08:18:08  1    about 1,000 barrels per day to roughly 15,000 barrels per day,

08:18:13  2    with a best scientific guess of roughly 5,000 barrels per day;

08:18:18  3    BP wrote that, did it not?

08:18:21  4    A.    Yes.   That's in the letter.

08:18:22  5    Q.    Let's put up TREX-1651.2.1.TO.

08:18:29  6          Also in the letter, BP was asked a -- was responding

08:18:35  7    to the question of what is the BP method and scientific basis

08:18:40  8    for the estimate of 5,000 barrels per day.   BP responded,

08:18:45  9    "Subsequent estimates of flow rate have been carried out within

08:18:49 10    Unified Command and have yielded consistent results."   BP wrote

08:18:54 11    that, did it not?

08:18:56 12    A.    Yes.

08:18:56 13    Q.    Now, you agree, don't you, that none of the hydraulic

08:19:01 14    modeling that you reviewed gave BP a basis for asserting that

08:19:08 15    there were consistent results, right?   You would agree with

08:19:12 16    that?

08:19:13 17    A.    I can only speak to the hydraulic modeling in which, as

08:19:17 18    discussed yesterday, due to the uncertainties, you could only

08:19:21 19    determine the most at which that well is flowing, anywhere from

08:19:24 20    zero to that amount.

08:19:24 21    Q.    So let me reframe my question so you understand it.   So

08:19:27 22    you would agree that hydraulic modeling did not allow -- did

08:19:31 23    not support a statement that "estimates yielded consistent

08:19:39 24    results"; you would agree with that, correct?

08:19:41 25    A.    No.

**OFFICIAL TRANSCRIPT**

08:19:41  1    Q.    You think hydraulic modeling did yield consistent results?

08:19:46  2    A.    I don't think hydraulic modeling could inform it.  If a

08:19:48  3    rate given by another method were above what the hydraulic

08:19:53  4    modeling was saying was the most, then, yes, it would say that

08:19:56  5    that's not consistent.

08:19:56  6    Q.    Okay.

08:19:58  7    A.    But anything less, it can't say.  All it can say is it's

08:20:01  8    within the hydraulic modeling.

08:20:03  9    Q.    So hydraulic modeling would not, for example, support a

08:20:07 10    representation that 5,000 barrels per day was the most

08:20:10 11    scientifically informed judgment, would it, sir?

08:20:13 12    A.    Hydraulic modeling alone could not inform the most likely

08:20:16 13    estimate.

08:20:16 14    Q.    Thank you.

08:20:18 15          By the way, the e-mail I showed you from Mr. Mason

08:20:20 16    saying, "We should be very cautious standing behind the

08:20:24 17    5,000 barrels per day," you've seen no evidence that that

08:20:26 18    e-mail was provided by BP to the Unified Command, have you,

08:20:31 19    sir?

08:20:32 20    A.    No, I didn't look to see if it was.

08:20:34 21    Q.    You've seen no evidence that Mr. Lockett's e-mail saying

08:20:38 22    that the "5,000 barrels per day has little, if no, origin" was

08:20:42 23    provided by BP to the Unified Command; you've seen no evidence

08:20:46 24    of that either, have you, sir?

08:20:47 25    A.    No.  In speaking to Tim Lockett about that, I mean, I can

OFFICIAL TRANSCRIPT

08:20:51  1   give you the details of it, if you would like --

08:20:51  2   Q.    That's not my question.

08:20:53  3   A.    -- but he didn't mention if he had sent it.

08:20:56  4   Q.    So the fact is, and the evidence shows, that BP tried to

08:21:02  5   keep much of its hydraulic flow rate modeling confidential,

08:21:09  6   both externally and internally; that's what the evidence shows,

08:21:13  7   doesn't it, sir?

08:21:15  8            MS. KARIS:  Object to form and foundation.

08:21:20  9            THE COURT:  I'm going to overrule the objection.  It

08:21:23 10   seems to me BP brought this witness to testify as to what

08:21:34 11   information BP gathered and provided to the government, and I

08:21:40 12   think this is a fair question.  So I overrule the objection.

08:21:46 13            THE WITNESS:  Can you repeat the question?

08:21:47 14   EXAMINATION BY MR. BRIAN:

08:21:48 15   Q.    The fact is that BP tried to keep much of its hydraulic

08:21:52 16   flow rate modeling confidential, both outside and inside BP;

08:21:56 17   isn't that the fact?

08:21:58 18   A.    Can you just explain what you mean by "both outside and

08:22:01 19   inside"?

08:22:01 20   Q.    Within the company and to the Unified Command.

08:22:07 21   A.    Like I said, I have seen communications of the upper

08:22:12 22   bounds, which is what the hydraulic modeling could actually do,

08:22:15 23   tell you the most that under any given scenario or flow path,

08:22:19 24   how much could be flowing.  I've seen several communications to

08:22:22 25   the government on that.

**OFFICIAL TRANSCRIPT**

08:22:23 1    Q.    You were personally told, were you not, that BP was not

08:22:31 2    releasing any information that can be related to rate; you

08:22:35 3    personally were told that, weren't you, sir?

08:22:37 4    A.    I was told that, but not in relation to hydraulic

08:22:43 5    modeling.  That was in regards to, I believe, the first days of

08:22:47 6    the RITT collection.

08:22:48 7    Q.    Let's look at TREX-9475.5.1.TO.   9475.5.1.TO.

08:23:07 8             This is an e-mail that you wrote, not in the first

08:23:11 9    days after the spill, but on May 17th, did you not?

08:23:13 10   A.    Yes.

08:23:14 11   Q.    You asked, did you not, for some sort of daily status

08:23:19 12   report that "highlights key learnings and whatnot.  If so,

08:23:22 13   could Bill and I get a copy of that"?  You wrote that, did you

08:23:26 14   not?

08:23:26 15   A.    Yes, I did.

08:23:26 16   Q.    Let's put up TREX-9475.3.1.TO.

08:23:34 17             Your e-mail -- you didn't address your e-mail to

08:23:36 18   Mr. Lynch, but Mr. Lynch was the one who responded to you, was

08:23:41 19   he not?

08:23:41 20   A.    Yes.

08:23:42 21   Q.    Mr. Lynch is the vice-president above these modelers, is

08:23:49 22   he not, sir?

08:23:51 23   A.    On the picture, he's definitely above the modelers, and at

08:23:55 24   the time before the incident, not during the incident, he was

08:23:58 25   the Vice-President of Drilling and Completions.

**OFFICIAL TRANSCRIPT**

08:23:59  1    Q.    He wrote you, "Alan, you need to be more specific what you

08:24:04  2    are looking for, for at this point we are not are releasing any

08:24:08  3    information that can be related to rate."  That's what he

08:24:11  4    wrote, did he not?

08:24:12  5    A.    Yes, he did.

08:24:13  6    Q.    Let's put up TREX-9475.3.2.TO.

08:24:22  7          You wrote back to Mr. Lynch saying, "In particular,

08:24:25  8    information such as," and you listed various information you

08:24:29  9    needed, correct?

08:24:30  10   A.    Yes.

08:24:30  11   Q.    Let's put up TREX-9475.2.1.TO.

08:24:39  12         Mr. Lynch responded to you that day saying, quote,

08:24:42  13   "We remain in a position where no flow related information can

08:24:47  14   be released internally or externally."  That's what he wrote,

08:24:50  15   did he not?

08:24:51  16   A.    Yes.

08:24:52  17   Q.    Let's go to TREX-9475.1.1.TO.

08:24:59  18         Who is Philip Maule?

08:25:02  19   A.    Maule.

08:25:03  20   Q.    Who is Philip Maule?

08:25:07  21   A.    Philip Maule, at the time, was the engineering manager for

08:25:10  22   the collection -- or containment disposal project, which was

08:25:14  23   the project that I was working at this time.

08:25:15  24   Q.    He e-mailed you and Mike Brown on May 18th, did he not?

08:25:19  25   A.    Yes.

**OFFICIAL TRANSCRIPT**

08:25:20  1    Q.   He said, "Mike," meaning Mike Brown, "Any update on oil

08:25:26  2    rate?  Tony H. announcement said around 2,000 BPD being

08:25:32  3    captured, but presumably plenty still going into sea."  That's

08:25:36  4    what he wrote to you and Mr. Brown on May 18th, did he not?

08:25:38  5    A.   That is.  I think he was referring to, again, the RITT

08:25:43  6    collection, which had just started up around this time.

08:25:44  7    Q.   Then let's put up TREX-9475.1.2.TO.

08:25:50  8         Then he supplemented that by saying, "Very tight

08:25:55  9    information.  And we're still getting stabilized, good deal

08:25:58 10    still going to sea."  That's what he wrote, "very tight

08:26:01 11    information," right?

08:26:01 12    A.   Yes.

08:26:01 13    Q.   Let's put up TREX-8656.1.1.TO.  856.1.1.TO.  I'm sorry,

08:26:27 14    this is right.  It's 8656.1.1.TO.  Sorry.

08:26:33 15         This is an e-mail dated April 22nd from a

08:26:37 16    Rob Marshall.  Do you see that?

08:26:38 17    A.   Yes.

08:26:38 18    Q.   In that e-mail, he says that, "Alistair Johnston altered

08:26:45 19    his Macondo Well model to approximate open hole flowing

08:26:49 20    conditions and calculated a rate of 82,000 barrels per day."

08:26:54 21    Do you see that?

08:26:54 22    A.   Yes.

08:26:54 23    Q.   Have you seen the response to that?

08:26:56 24    A.   I believe so, yes.

08:26:57 25    Q.   Let's put that up, TREX-8656.1.2.TO.

**OFFICIAL TRANSCRIPT**

08:27:08 1          Then Gary Imm responded the same day and said, at the

08:27:11 2  bottom, "Please tell Alistair not to communicate to anyone on

08:27:15 3  this."  That's what he wrote, did he not?

08:27:16 4  A.    At the bottom, yes.

08:27:17 5  Q.    Above that, he explained why, which was, "A number of

08:27:20 6  people have been looking at this, and we already have had

08:27:27 7  difficult discussions with the U.S.C.G. on the numbers."  He

08:27:29 8  wrote that as well, did he not?

08:27:30 9  A.    Yes.

08:27:31 10 Q.    You understand that U.S.C.G. refers to United States

08:27:35 11 Coast Guard, do you not?

08:27:36 12 A.    I would believe that's what it is, yes.

08:27:37 13 Q.    Let's put up TREX-8656.1.3.TO.

08:27:45 14          Mr. Marshall writes back and says, "Yes, he knows

08:27:48 15 about confidentiality."  That's what he wrote in response on

08:27:52 16 April 22nd, correct?

08:27:53 17 A.    Yes.

08:27:54 18 Q.    Let's go back to Mr. Mason's e-mail, TREX-3220.1.1.TO,

08:28:04 19 where he said, "We should be very cautious standing behind the

08:28:09 20 5,000 barrels a day figure."

08:28:10 21          I think you testified that you read Mr. Mason's

08:28:13 22 deposition; is that right?

08:28:14 23 A.    Yes, I did.

08:28:15 24 Q.    He testified that he was called on the carpet for sending

08:28:18 25 this e-mail, didn't he, sir?

08:28:20 1 A. Well, I don't know if those were his words.

08:28:21 2 Q. Let's put up pages 320, Line 16 to 321, line 17 of

08:28:31 3 Mr. Mason's deposition:

08:28:36 4   "QUESTION:  Okay.  And then you had a meeting with

08:28:38 5 Mr. Peijs on the morning of Saturday, May 15th?

08:28:41 6   "ANSWER:  Yes.

08:28:41 7   "QUESTION:  Is that correct?

08:28:44 8   "ANSWER:  Yes, it is.

08:28:46 9   "QUESTION:  What do you recall being discussed during

08:28:48 10 that meeting with Mr. Peijs on the morning of Saturday,

08:28:52 11 May 15th?

08:28:53 12   "ANSWER:  Two things.  One, he said, quote, 'We've

08:28:57 13 got some new pressure data that we'd like for you to review,

08:29:02 14 the 3100 psi.'  And he also said, 'Next time you have an idea

08:29:08 15 or a thought like this e-mail note, we would appreciate it if

08:29:12 16 you would walk over and discuss it with us.'

08:29:16 17   "QUESTION:  Did he describe to you what he meant by,

08:29:19 18 quote, an idea or a thought like this, unquote?

08:29:22 19   "ANSWER:  Well, I asked him what the problem with --

08:29:27 20 was with this note a number of times, and he said, quote, it's

08:29:31 21 the big number, unquote.

08:29:34 22   "QUESTION:  And by the, quote, big number, unquote,

08:29:37 23 you're referring to the 100,000 barrels per day number?

08:29:40 24   "ANSWER:  Yes.

08:29:43 25   "QUESTION:  And did he tell you why writing about a

**OFFICIAL TRANSCRIPT**

08:29:45  1   100,000 barrel per day number was problematic?

08:29:49  2        "ANSWER:  No."

08:29:50  3        You read that testimony as part of your work in this

08:29:51  4   case, did you not?

08:29:53  5   A.   Yes, I read that, as well as the description of what he

08:29:56  6   meant for why he sent the e-mail.

08:29:58  7   Q.   This instruction to -- by Mr. Peijs to Mr. Mason not to

08:30:04  8   put numbers like this in writing was not the only time that BP

08:30:08  9   employees were told not to discuss big flow rate numbers; isn't

08:30:14 10   that true?

08:30:17 11   A.   I don't know.  If you have another example, we can look at

08:30:19 12   that.

08:30:19 13   Q.   Let's put up TREX-9157.1.1.TO.

08:30:28 14        This is a May 5th, 2010, e-mail from Mr. Jasper Peijs

08:30:32 15   to Kelly McAughan, is it not?

08:30:36 16   A.   Yes.

08:30:36 17   Q.   And again, Mr. Peijs is at the top of that chart over

08:30:41 18   there, the executive assistant to the CEO; is he not?

08:30:43 19   A.   Yes.

08:30:43 20   Q.   And he says, "Both Tony and Andy have seen it and are

08:30:46 21   impressed with the fast turnaround.  This is exactly what they

08:30:48 22   asked for.  This information is sensitive, so please do not

08:30:52 23   forward."

08:30:53 24        That's what he wrote, did he not?

08:30:55 25   A.   Yes.  He wrote that.

**OFFICIAL TRANSCRIPT**

08:30:56  1    Q.    Who was the BP CEO at that time?  Tony Hayward, was it

08:31:01  2    not?

08:31:01  3    A.    Yes.

08:31:02  4    Q.    And Mr. Inglis' first name is Andy, correct?

08:31:09  5    A.    Yes.

08:31:09  6    Q.    Do you see the subject line:  "WCD plots"?

08:31:12  7    A.    Yes.

08:31:12  8    Q.    That refers to worst-case discharge plots, doesn't it,

08:31:17  9    sir?

08:31:17 10    A.    That's my understanding of WCD, worst-case discharge.

08:31:21 11    Q.    Information about the Top Kill project was kept within a

08:31:28 12    small circle of people, was it not, sir?

08:31:34 13    A.    Can you be more specific?

08:31:35 14    Q.    Let's put up TREX-9164.2.1.TO.

08:31:45 15                Did you read this document?

08:31:47 16                "We will continue to load into PI and provide no data

08:31:50 17    access to anyone, and will wait for Paul Tooms to give approval

08:31:55 18    for each user's access."

08:31:57 19                Did you read that as part of your work in this case?

08:32:02 20    A.    I believe I've seen this before.

08:32:03 21    Q.    And at the bottom you saw where they wrote, "Just want to

08:32:06 22    make it clear that no one," in all caps, "is to get the data

08:32:10 23    files from the Top Kill method that is being pumped from

08:32:13 24    yesterday or today except for Paul Tooms' group."

08:32:17 25                You saw that as well, did you not?

**OFFICIAL TRANSCRIPT**

08:32:20  1    A.    Yes, I saw that as well.

08:32:21  2    Q.    Did you read the deposition of Marcia McNutt?

08:32:26  3    A.    I may have read portions of it.

08:32:27  4    Q.    Let's put up page 464, lines 18 to 23.

08:32:33  5         MS. KARIS:  Your Honor, I'm going to make an objection.

08:32:36  6    Just to be clear, Dr. Ballard was offered as an expert to speak

08:32:43  7    to what information hydraulic modeling can give you with

08:32:48  8    respect to estimating flow.  He was not put up to offer

08:32:52  9    opinions about what information BP communicated to the

08:32:55 10    government.

08:32:56 11         THE COURT:  Okay.  I overrule the objection.

08:32:58 12    EXAMINATION BY MR. BRIAN:

08:33:00 13    Q.    Put that back on the screen, please.

08:33:12 14         You read where she was asked on line 18:

08:33:15 15         "QUESTION:  And do you see the second line of his

08:33:19 16    e-mail where he says, 'The purpose of the note was meant to put

08:33:22 17    a limit on the people outside the circle of trust getting the

08:33:25 18    data'?

08:33:25 19         "Do you see that, Dr. McNutt?

08:33:27 20         "ANSWER:  I guess I'm not in the circle of trust."

08:33:34 21         Did you read the deposition of Admiral Landry?

08:33:37 22    A.    I believe I've read portions of that as well.

08:33:40 23    Q.    Let's put up page 642, lines 6 through 23.

08:33:52 24         "QUESTION, line 6:  But we have gone through a number

08:33:56 25    of documents today that BP did not share with you, correct?

**OFFICIAL TRANSCRIPT**

08:33:58  1              "ANSWER:  That's correct.

08:33:59  2              QUESTION:  And that they did not share, you know, and

08:34:03  3      through you, did not share it to the Chain of Command,

08:34:06  4      correct?"

08:34:08  5              There is an objection.

08:34:09  6              "ANSWER:  You've provided a number of documents that

08:34:11  7      the Chain of Command or I did not see.

08:34:13  8              QUESTION:  And BP was not being transparent in that

08:34:17  9      regard, correct?"

08:34:18 10              Then there is an objection.

08:34:19 11              "ANSWER:  And -- and -- with regard to those

08:34:22 12      documents that you've shown me today, they were not being

08:34:25 13      transparent."

08:34:26 14              Does the testimony of Admiral Landry or Dr. McNutt

08:34:35 15      change any of the opinions you've given in this courtroom, sir?

08:34:37 16      A.   No.

08:34:39 17              MR. BRIAN:  Nothing further, Your Honor.

08:34:40 18              THE COURT:  Redirect?

08:34:42 19              MS. KARIS:  Yes, Your Honor.

08:34:42 20                  Hariklia Karis on redirect examination of

08:34:48 21      Dr. Ballard.

08:34:48 22      REDIRECT EXAMINATION BY MS. KARIS:

08:35:11 23      Q.   Dr. Ballard, I want to step back.  What were your opinions

08:35:23 24      intended to do in this case?  What subjects were you opining

08:35:26 25      about?

08:35:26  1    A.    Well, I was asked to review Mr. -- or Dr. Wilson's report,

08:35:32  2    and respond to his opinions accordingly, or if needed, and I

08:35:38  3    did.

08:35:38  4    Q.    And were his opinions with respect to whether hydraulic

08:35:42  5    modeling can inform a best estimate?

08:35:45  6    A.    Yes.

08:35:45  7    Q.    In connection with reviewing -- in connection with

08:35:52  8    rendering your opinions as to whether hydraulic modeling can

08:35:55  9    inform the question of a reliable flow rate estimate, did you

08:36:02 10    look at the work that the Flow Rate Technical Group was doing

08:36:08 11    with respect to estimating and informing the question of

08:36:12 12    flow rate?

08:36:12 13    A.    Yes.  I did look at that work.

08:36:14 14    Q.    And who was the head of the Flow Rate Technical Group?

08:36:21 15    A.    I believe it was Ms. McNutt.

08:36:23 16    Q.    Dr. McNutt?

08:36:25 17    A.    Dr. McNutt.

08:36:26 18    Q.    And did the Flow Rate Technical Group, at the end of May,

08:36:36 19    issue an estimate as to what they believed, on behalf of the

08:36:42 20    United States Government, the flow rate was?

08:36:43 21    A.    Yes.  I had reviewed a press release from Dr. McNutt that

08:36:49 22    had described their methodologies and given an estimate.

08:36:52 23    Q.    Did any of the methodologies that the Flow Rate Technical

08:36:59 24    Group used rely on hydraulic modeling in order to come up with

08:37:03 25    an estimate?

**OFFICIAL TRANSCRIPT**

08:37:04  1    A.    No.   They used three different methodologies, and all of

08:37:08  2    them were visual observation.   In fact, she, in the press

08:37:12  3    release, actually had to say that they came up with new

08:37:15  4    methodologies because of the complexity and challenge that they

08:37:20  5    had.

08:37:20  6    Q.    Does the Flow Rate Technical Group's work and opinion and

08:37:25  7    statement, publicly issued statement, support your opinion that

08:37:28  8    you could not use hydraulic modeling to estimate flow based on

08:37:33  9    data available through May 31st of 2001?

08:37:36  10   A.    Yes.

08:37:37  11   Q.    Let's look at D-23888.

08:37:52  12          Is this the press release that the government's

08:37:55  13   Flow Rate Technical Group issued on May 27th, when they issued

08:38:00  14   their preliminary best estimate of oil flowing from the

08:38:04  15   Gulf of Mexico -- I'm sorry, from the *Deepwater Horizon*

08:38:08  16   Macondo well?

08:38:08  17   A.    Yes.   This is the release.

08:38:10  18   Q.    And read to us what the Flow Rate Technical Group says

08:38:17  19   with respect to the ability to estimate flow based on data and

08:38:22  20   information available at that time.   First paragraph, please.

08:38:25  21   A.    So the --

08:38:26  22          MR. BRIAN:   Your Honor, I object to this as going

08:38:28  23   beyond the four corners of his report.   It was not one of the

08:38:32  24   documents that he relied upon.

08:38:34  25          MS. KARIS:   Your Honor, if I may respond.   Mr. Brian

OFFICIAL TRANSCRIPT

08:38:37 1   asked him about information communicated to the Flow Rate

08:38:40 2   Technical Group.  I made an objection that that was beyond the

08:38:43 3   scope of what he was asked to look at.

08:38:45 4          This is directly in response to Mr. Brian's

08:38:48 5   questions about what information BP provided Admiral Landry and

08:38:53 6   to Dr. McNutt.  He asked specifically about Dr. McNutt.  This

08:38:57 7   is Dr. McNutt's statement about what information was available

08:39:01 8   and what you could actually do with that information.  It's

08:39:04 9   directly responsive to the cross.

08:39:08 10         THE COURT:  I overrule the objection.

08:39:10 11         Go ahead.

08:39:10 12         MS. KARIS:  Thank you.

08:39:11 13  EXAMINATION BY MS. KARIS:

08:39:12 14  Q.   What does Dr. McNutt, on behalf of the United States

08:39:15 15  Government, say in attempting to estimate flow?  The first

08:39:19 16  paragraph, please.

08:39:19 17  A.   She says:  "The FRTG used three separate methodologies to

08:39:24 18  calculate their initial estimate, which they deemed the most

08:39:27 19  scientifically-sound approach, because measurement of the flow

08:39:29 20  of oil is extremely challenging, given the environment, unique

08:39:34 21  nature of the flow, limited visibility, and lack of human

08:39:37 22  access to BP's leaking oil well."

08:39:38 23  Q.   And do you agree that based on the data and information

08:39:41 24  available through the end of May, which is the period we looked

08:39:44 25  at, measurement of the flow of oil was extremely challenging?

**OFFICIAL TRANSCRIPT**

08:39:48  1     A.    Absolutely.

08:39:48  2     Q.    And Dr. McNutt goes on to say the various ways in which

08:39:55  3     they attempted to estimate flow.

08:39:59  4           Did any of this support your view that you could not

08:40:03  5     use hydraulic modeling for this purpose at that time?

08:40:07  6     A.    Well, in my opinion, this directly supports it.  As I

08:40:11  7     said, hydraulic modeling could not generate a likely estimate

08:40:14  8     or even a range of what it may be as Dr. Wilson says.  And the

08:40:19  9     fact that you bring in the FRTG and all the scientists and

08:40:23 10     academics, they used three methodologies, hydraulic modeling

08:40:27 11     was not one of them.

08:40:28 12     Q.    Now, if we can pull up 144757.1 -- I'm sorry.  Let's start

08:40:36 13     first with 8868.1.1.

08:40:46 14           We have here an e-mail from Dr. McNutt dated May 23rd

08:40:51 15     to Peter Cornillon at me.gov [verbatim] copying Bill Lehr at

08:40:59 16     NOAA.

08:40:59 17           Is Mr. Lehr the gentleman from NOAA that you were

08:41:02 18     referring to earlier?

08:41:02 19     A.    Yes.

08:41:03 20     Q.    Dr. McNutt writes:  "Thanks so much for sharing your

08:41:07 21     thoughts.  Truly the scientific approach would be to begin with

08:41:11 22     an upper bound and lower bound and refine the lower limit up

08:41:17 23     and the upper limit down.  But, indeed, if we said, for

08:41:20 24     example, that the upper limit was 80,000 barrels, the headline

08:41:25 25     tomorrow would be, 'New pollution oil rate 16 times faster.'

OFFICIAL TRANSCRIPT

08:41:31 1    Remember when BP testified to Congress about a rate as high as

08:41:33 2    160,000 barrels?  That rate was based on a calculation of an

08:41:38 3    idealized formation with zero skin, example, the impossible

08:41:44 4    well.  And yet, that is the number the press picked up.  They

08:41:48 5    were just giving a theoretical upper bound, but, of course,

08:41:51 6    that is what the press gravitated to."

08:41:56 7            Did Dr. McNutt, at this time, have information from

08:42:01 8    the Flow Rate Technical Group with respect to trying to

08:42:07 9    determine an upper and lower bound?

08:42:09 10       MR. BRIAN:  Your Honor, I'm going to object to this.

08:42:11 11   He testified yesterday that he's only an expert on hydraulic

08:42:14 12   modeling.  These last two exhibits go to other method of

08:42:17 13   observation.  They are not in his report and he expressly said

08:42:21 14   yesterday he's not an expert on plume analysis, sheen analysis

08:42:25 15   or any of these methods being testified to by Dr. McNutt.

08:42:28 16       MS. KARIS:  If I may respond, Your Honor.  Mr. Brian

08:42:31 17   asked Dr. Ballard, over my objection, about information that BP

08:42:37 18   communicated.  And to the question of what information had BP

08:42:41 19   provided and what information did the government have at that

08:42:44 20   time.  It's directly responsive to Mr. Brian's line of

08:42:49 21   cross-examination.

08:42:51 22       MR. BRIAN:  It's expressly not about hydraulic

08:42:54 23   modeling.

08:42:55 24       THE COURT:  I think the line of questioning was what

08:42:56 25   information BP provided.  I think you're now asking him what

08:43:00 1   other information the government might have had from other

08:43:03 2   sources, it seems like.  I sustain the objection.

08:43:06 3   EXAMINATION BY MS. KARIS:

08:43:08 4   Q.   Dr. Ballard, at the time Dr. McNutt was attempting to

08:43:12 5   understand the flow rate, had BP provided data with respect to

08:43:18 6   the Macondo well to be used for the purpose of trying to

08:43:23 7   understand how to estimate the flow?

08:43:24 8   A.   Yes.  For hydraulic modeling purposes, yes.

08:43:30 9   Q.   And did you list the data that BP provided in your report

08:43:36 10  with respect to what was available from the Macondo well and

08:43:39 11  given to the United States government?

08:43:41 12  A.   Yes.  I list several pieces of data that would be needed

08:43:47 13  to use hydraulic modeling.

08:43:50 14  Q.   If we can look at 11905.17.1, please.

08:43:59 15       Mr. Brian asked you on examination about -- I'm

08:44:04 16  sorry.  Let's go back one.  11905.15.1.

08:44:19 17       Do you recognize this excerpt from your report?

08:44:22 18  A.   Yes.

08:44:22 19  Q.   You state in your report:  "Dr. Wilson's report suggests

08:44:27 20  an imbalance in access to data useful in hydraulic modeling.

08:44:33 21  Dr. Wilson's report states that BP engineers had access to

08:44:37 22  proprietary data regarding the reservoir and the engineered

08:44:40 23  infrastructure at the well."

08:44:41 24       Did you look at what information BP's engineers

08:44:45 25  provided to the government that was proprietary data regarding

OFFICIAL TRANSCRIPT

08:44:49 1    the reservoir?

08:44:50 2    A.    Yes.

08:44:51 3    Q.    Now let's go to 11905.17.1.

08:45:00 4          Is this the list of data that BP provided to the

08:45:04 5    government with respect to information known about the well?

08:45:09 6    A.    Yes.

08:45:09 7    Q.    And does this data include fluid properties, temperatures,

08:45:16 8    pressures, all of the information BP had in order to perform

08:45:21 9    hydraulic modeling?

08:45:23 10         MR. BRIAN:  Objection, form.

08:45:25 11         MS. KARIS:  Let me rephrase, Your Honor.

08:45:28 12   EXAMINATION BY MS. KARIS:

08:45:29 13   Q.    What does this information identify with respect to the

08:45:32 14   ability to perform hydraulic modeling?

08:45:37 15   A.    So it identifies the inputs needed to do hydraulic

08:45:44 16   modeling.  So you have got reservoir properties.  You've got

08:45:47 17   fluid analysis, several fluid analyses.  You've got pressures,

08:45:52 18   both pressures that they were taking, the initial pressure of

08:45:55 19   the reservoir.  You've got the -- I believe they even

08:46:00 20   transmitted the drilling logs showing the potential net pay, as

08:46:05 21   well as the APD, or the Application for Permit to Drill, would

08:46:09 22   have had the Casing Program, so they would know what the

08:46:11 23   structure -- the casing -- by *Casing Program*, I mean what the

08:46:17 24   engineered structure of the well would have looked like before

08:46:20 25   the blowout.

08:46:22 1        So they would have had the information that BP had

08:46:25 2   since this was transmitted.

08:46:26 3   Q.    And what is your opinion as to whether, based on the known

08:46:31 4   conditions and unknown conditions, whether you could rely on

08:46:35 5   hydraulic modeling, based on this information, all of the

08:46:38 6   information available to BP, for purposes of estimating flow?

08:46:42 7        MR. BRIAN:  Objection, asked and answered.  Cumulative.

08:46:45 8        THE COURT:  I'll let him answer.

08:46:47 9          Go ahead.

08:46:47 10       THE WITNESS:  So as I mentioned yesterday, there was

08:46:49 11  definitely some information known to some extent, but due to

08:46:54 12  the uncertainties and the things that you didn't know,

08:46:58 13  hydraulic modeling could not tell you the likely estimate of

08:47:01 14  the flow.  It could tell you the most that it could flow, but

08:47:05 15  couldn't inform you anywhere from zero to that range using

08:47:10 16  hydraulic modeling alone.

08:47:11 17  EXAMINATION BY MS. KARIS:

08:47:12 18  Q.    And had BP communicated to the government, including

08:47:19 19  Admiral Landry, what it believed could be the most, that is,

08:47:24 20  the upper bound, for what could be flowing from the

08:47:27 21  Macondo well?

08:47:27 22  A.    Yes.  There were several communications about what the

08:47:31 23  most was.  In fact, I've seen -- I've seen communication from

08:47:37 24  the government about what their estimates for the most that

08:47:41 25  could be flowing from the well was also.

**OFFICIAL TRANSCRIPT**

08:47:44  1   Q.   And is that consistent with the data and information BP

08:47:47  2   provided to the government about what the most is that could be

08:47:50  3   flowing?

08:47:51  4        MR. BRIAN:  Objection, Your Honor, this goes beyond the

08:47:53  5   scope of his report.  All he says in his report, in that

08:47:56  6   footnote, is they provided data.

08:48:00  7        THE COURT:  I sustain the objection.

08:48:02  8   EXAMINATION BY MS. KARIS:

08:48:02  9   Q.   Now, Mr. Brian asked you about Mr. Mason's work in

08:48:07 10   mid-May.

08:48:08 11   A.   Yes.

08:48:08 12   Q.   Let me get the TREX, one second.  If we can pull up

08:48:35 13   TREX-9156.6.1.

08:48:45 14        These are some of the charts Mr. Brian asked you

08:48:47 15   about on cross-examination, correct?

08:48:49 16   A.   Yes.

08:48:49 17   Q.   Are there any figures in these estimates that are higher

08:48:55 18   than the worst-case discharge that BP had provided to the

08:48:59 19   government?

08:49:00 20        MR. BRIAN:  I object, Your Honor, goes beyond the scope

08:49:03 21   of his report.  He only talked about the government providing

08:49:06 22   data.  That's all he said in the footnote that counsel showed

08:49:10 23   him.

08:49:11 24        THE COURT:  I sustain.  I don't need an expert to tell

08:49:13 25   me.  I can look at the numbers and see that's less than 162,000

**OFFICIAL TRANSCRIPT**

08:49:17  1    barrels, if that's your point, okay.

08:49:21  2    EXAMINATION BY MS. KARIS:

08:49:21  3    Q.    Now, Dr. Ballard, Mr. Brian asked you about

08:49:26  4    Admiral Landry's testimony in which she said she had not

08:49:30  5    received some of the models that were performed by BP.  Do you

08:49:36  6    recall that line of questioning?

08:49:36  7    A.    Yes.

08:49:37  8    Q.    If we can pull up D-23238.

08:49:50  9          Did Admiral Landry receive -- did BP provide to

08:49:56 10    Admiral Landry the key messages from Mr. Mason's work?

08:50:02 11    A.    From my understanding, she didn't.

08:50:03 12    Q.    And just so we're clear, if we can pull up 9156.7.1.

08:50:20 13    9156.7.1.

08:50:22 14          On the left-hand side, just this messages side.  Was

08:50:29 15    that slide the result of Mr. Mason's work in mid-May?

08:50:32 16    A.    Yes.  As mentioned, that was the purpose of the slide --

08:50:34 17    or the purpose of the work was to generate that, to look at the

08:50:37 18    increase in flow, and then he also states what the upper --

08:50:42 19    those upper limits from the modeling that was -- that was

08:50:47 20    calculated.

08:50:47 21    Q.    And what does Mr. Mason's slide say with respect to those

08:50:55 22    upper limits?

08:50:55 23    A.    It's down in the note section.  And it's actually, "If the

08:50:59 24    BOP were removed, it could be as high as 100,000 barrels per

08:51:04 25    day up the casing or as high as 55,000 barrels per day up the

**OFFICIAL TRANSCRIPT**

08:51:07 1    annulus."

08:51:08 2    Q.    Now if we can go back to D-23238, please.

08:51:11 3         Did you see Admiral Landry's testimony in which she

08:51:18 4    received that slide plus additional estimate information, and

08:51:22 5    then I asked her:  "At the time you received this e-mail from

08:51:25 6    Mr. Suttles, with the MC252 note plus the attachments, did you

08:51:31 7    review both the document and the attachments, given you were

08:51:35 8    asked -- you had asked Mr. Suttles for information?"

08:51:40 9         She responded:  "I would have, in order of my

08:51:43 10   business, looked at these."

08:51:44 11        Then I asked:  "Did you personally rely on these for

08:51:47 12   any purpose?"

08:51:47 13        And what was her answer?

08:51:49 14   A.    She said, "No."  Because they were getting ready to stand

08:51:52 15   up to the FRTG, "and I was deferring to that group to be the

08:51:56 16   expertise for estimating what the flow rate is."

08:51:58 17   Q.    And is the FRTG, the Flow Rate Technical Group,

08:52:04 18   Dr. McNutt's group that was working on the flow rate at this

08:52:07 19   time?

08:52:07 20   A.    Yes.

08:52:07 21   Q.    Let's change topics.  You were asked about an e-mail from

08:52:13 22   Mr. Lynch, Mr. Mall, and Mr. Mason regarding *tight hold*, I

08:52:23 23   think is how Mr. Brian referred to it, on data from the RITT

08:52:28 24   collection.  Do you recall that generally?

08:52:30 25   A.    Yes.

**OFFICIAL TRANSCRIPT**

08:52:30 1   Q.   I don't have all the exhibit numbers here as Mr. Brian was

08:52:38 2   going through them.  But, first of all, the data that was

08:52:42 3   referenced in each and every one of those documents, the RITT

08:52:48 4   data, did BP, realtime, provide that data to the United States

08:52:53 5   government?

08:52:55 6         MR. BRIAN:  I object, Your Honor.  That goes beyond the

08:52:57 7   four corners of his report.  It's not what he said.

08:53:00 8         MS. KARIS:  Your Honor, he was asked about Mr. Lynch

08:53:02 9   saying "tight hold," Mr. Mall saying "tight hold."

08:53:05 10        THE COURT:  All right.  I overrule the objection.

08:53:09 11        MS. KARIS:  Thank you.

08:53:09 12        THE WITNESS:  So from my view -- or from my

08:53:11 13   understanding, the government got it realtime.  I personally

08:53:14 14   spent time in the data collection room in the incident command,

08:53:19 15   and it was a very open room.  And I talked to the engineers

08:53:22 16   that were collecting that data, and they said government

08:53:24 17   officials came in routinely.

08:53:26 18   EXAMINATION BY MS. KARIS:

08:53:27 19   Q.   And did you personally participate in providing the

08:53:30 20   United States government with the RITT data that is referenced

08:53:34 21   in Mr. Lynch's e-mail, Mr. Mall's e-mail and Mr. Wood's e-mail?

08:53:41 22   A.   Did I?

08:53:42 23   Q.   Yes.

08:53:43 24   A.   I didn't personally communicate that data, no.

08:53:45 25   Q.   Were you aware of individuals who did provide that data?

OFFICIAL TRANSCRIPT

08:53:48 1  A.   Yes.

08:53:48 2  Q.   You were asked about Mr. Tooms' e-mail regarding a circle

08:54:00 3  of trust.  Do you recall that e-mail?

08:54:01 4  A.   Yes.

08:54:02 5  Q.   And did that e-mail refer to realtime Top Kill data, data

08:54:08 6  that was generated at the time of Top Kill?

08:54:11 7  A.   From my understanding, that was.

08:54:13 8  Q.   And are you aware of whether the government received

08:54:18 9  realtime the Top Kill data that was referenced in Mr. Tooms'

08:54:23 10 e-mail under the circle of trust?

08:54:26 11      MR. BRIAN:  I object to foundation, Your Honor.

08:54:29 12      THE COURT:  I sustain the objection.

08:54:30 13 EXAMINATION BY MS. KARIS:

08:54:32 14 Q.   Dr. Ballard, do you know whether -- what information the

08:54:34 15 data -- the government received realtime regarding Top Kill?

08:54:38 16 A.   Yes.  I believe they received all the data.

08:54:42 17      MR. BRIAN:  Objection, Your Honor, foundation.  That

08:54:44 18 was a yes or no.

08:54:45 19      THE COURT:  What's the basis of the -- how do you know

08:54:48 20 this?

08:54:49 21      THE WITNESS:  I've talked to Mr. Tooms and read his

08:54:52 22 testimony.

08:54:52 23      THE COURT:  I sustain the objection.

08:54:54 24 EXAMINATION BY MS. KARIS:

08:55:12 25 Q.   Yesterday you were asked whether you spoke to Mr. Suttles,

**OFFICIAL TRANSCRIPT**

08:55:17 1    Mr. Inglis and Mr. Peijs in connection with all of the work

08:55:22 2    that you've done in the case.

08:55:23 3            Did you speak to those individuals?

08:55:26 4    A.   No, I didn't.

08:55:26 5    Q.   Why not?

08:55:27 6    A.   Well, because the intent of my -- forming my opinion was

08:55:30 7    around the hydraulic modeling and what it was and was not

08:55:34 8    capable of during the April and May timeframe.  Those folks

08:55:38 9    didn't do any hydraulic modeling, so there would be no need for

08:55:41 10   me to talk with them.

08:55:42 11   Q.   Did you speak to Mr. Lockett in connection with work that

08:55:50 12   he was doing?

08:55:51 13   A.   Yes.

08:55:52 14   Q.   If we can pull up 9446.1.1.

08:56:10 15           Mr. Brian asked you about this e-mail yesterday from

08:56:12 16   Mr. Lockett on May 3rd titled "Best Estimate."

08:56:17 17           Do you recall, first, the general questions?

08:56:19 18   A.   Yes, I do.

08:56:21 19   Q.   And you were asked whether Mr. Lockett said to you, this

08:56:25 20   was not a best estimate.  Do you recall that question?

08:56:27 21   A.   Yes.

08:56:28 22   Q.   And you began to tell him what Mr. Lockett told you.  And

08:56:33 23   Mr. Brian said he didn't want to hear what he told you, just

08:56:35 24   whether he answered the question of whether this was a best

08:56:39 25   estimate.

**OFFICIAL TRANSCRIPT**

08:56:40 1          Tell the Court what Mr. Lockett told you in

08:56:41 2  connection with this work stream.

08:56:43 3          MR. BRIAN:  Objection, hearsay.

08:56:45 4          MS. KARIS:  Your Honor, he's an expert.  And he was

08:56:47 5  specifically asked by Mr. Brian about what Mr. Lockett told

08:56:51 6  him.

08:56:52 7          MR. BRIAN:  Not an expert in this area.  This is

08:56:54 8  hearsay, Your Honor.  That's all he's being asked to do.

08:56:58 9          THE COURT:  I sustain the objection.

08:56:59 10 EXAMINATION BY MS. KARIS:

08:56:59 11 Q.   In connection with rendering your opinions in this case,

08:57:02 12 are you familiar with Mr. Lockett's work?

08:57:04 13 A.   Yes.

08:57:04 14 Q.   And what did you do -- did you rely on this work in

08:57:09 15 rendering your opinions in this case?

08:57:11 16 A.   Yes, I did.

08:57:11 17 Q.   And can you tell us what you did in order to understand

08:57:14 18 Mr. Lockett's work to support your opinions in this case.

08:57:18 19 A.   So I read the e-mail.  I read Mr. Lockett's transcript or

08:57:22 20 his testimony.  I've also reviewed the Excel spreadsheet that

08:57:26 21 he put all of his results in, and reviewed the models, the OLGA

08:57:33 22 models that he actually used to generate these.

08:57:35 23 Q.   And based on your review of the information, does

08:57:37 24 Mr. Lockett's work provide a best estimate of flow rate using

08:57:44 25 hydraulic modeling?

OFFICIAL TRANSCRIPT

08:57:45  1    A.    No.

08:57:45  2    Q.    Why not?

08:57:46  3    A.    Well, he says it right in the beginning in his bullet

08:57:50  4    points.  He's got three different methodologies for actually --

08:57:55  5    if you had data and you knew more information about the well,

08:57:58  6    he's proposing three methodologies for, if you had all of that,

08:58:02  7    you could come up with a best estimate.

08:58:06  8          And he's -- like I said, he states in there, we don't

08:58:09  9    know what the end of the pipe looks like, but if we did and we

08:58:14 10    actually could calculate the velocity, then that would give us

08:58:20 11    a point to be able to estimate.

08:58:24 12          The same thing with the temperature.  If we had a

08:58:27 13    reliable temperature and we knew the U value assumed for the

08:58:31 14    tubing, which is a heat transfer thing, which would be

08:58:33 15    dependent on what restrictions were in the well and what flow

08:58:37 16    path it is, then you would be able to come up with another

08:58:39 17    estimate.

08:58:39 18          Likewise with pressure, if you understood the

08:58:42 19    productivity of the formation, which goes back to if you knew

08:58:45 20    the net pay that was exposed, the skin, and other reservoir

08:58:49 21    properties, you could run the model, and if you had a pressure,

08:58:53 22    come up with an estimate.

08:58:54 23          And then the best estimate would be, if all those

08:58:58 24    line up to be around the same, then you would say it's somewhat

08:59:03 25    conclusive.

**OFFICIAL TRANSCRIPT**

08:59:04 1   Q.   Did Mr. Lockett have either the productivity, the net pay,

08:59:10 2   or any of those other variables that you identified would be

08:59:12 3   necessary in order to come up with the best estimate?

08:59:14 4   A.   No.   Those are the uncertainties that I was discussing

08:59:20 5   yesterday.

08:59:20 6   Q.   And how does Mr. Lockett's work then support your opinion

08:59:25 7   that BP did not have the tools using hydraulic modeling to

08:59:30 8   estimate flow at this time.

08:59:31 9        MR. BRIAN:  I object.  Asked and answered.  Cumulative.

08:59:34 10        THE COURT:  I think it is.

08:59:36 11        MS. KARIS:  I'll move on, Your Honor.

08:59:38 12   EXAMINATION BY MS. KARIS:

08:59:39 13   Q.   You were also asked on cross-examination about 9313.1.1.

08:59:50 14   If we can pull out the bottom e-mail there.

08:59:53 15        Mr. Brian told you yesterday that he had asked

09:00:03 16   Mr. Dupree about this e-mail, and then asked you whether, to

09:00:08 17   get 700 psi depletion from 4/20 to 20 -- 4/20/2010 to 15 May

09:00:17 18   2010, the rate required is 86,000 barrels per day.  Does this

09:00:23 19   information from Mr. Liao inform you as to what the best

09:00:28 20   estimate of flow rate is?

09:00:29 21   A.   No, not at all.

09:00:30 22   Q.   Why not?

09:00:32 23   A.   Well, from my understanding at this time, the PTB had

09:00:38 24   dropped from 3800 psi to 3100 psi, which is the 700 psi.  There

09:00:45 25   were three potential reasons for that:  One was the gauge may

09:00:50  1   be acting up; two, it could have been maybe reservoir

09:00:54  2   depletion; and, three, it could have been erosion in the BOP

09:00:59  3   stack.

09:00:59  4        So this is one of those, what I would call -- similar

09:01:05  5   to the buckets I had yesterday, this was a what-if, what if the

09:01:10  6   reason that pressure gauge dropped by 700 psi was due to

09:01:14  7   reservoir depletion, what would the rate have to have been for

09:01:17  8   that to happen?

09:01:19  9        So they came up with a rate of 86,000.  Then you

09:01:23 10   would compare that against your worst cases that you could

09:01:26 11   actually calculate with hydraulic modeling to determine is that

09:01:29 12   within reason.

09:01:31 13        In fact, I believe it was a couple days later, they

09:01:33 14   wound up finding out that it was not due to depletion, it was

09:01:37 15   due to the pressure gauge acting up.

09:01:39 16   Q.   So you were asked whether BP provided this specific

09:01:43 17   document to the government.  What information did BP acquire to

09:01:47 18   disprove what Mr. Liao was proposing here?

09:01:53 19        I'm sorry, let me ask this.  I'll withdraw the

09:01:56 20   question.

09:01:56 21        With respect to the question of whether BP provided

09:01:59 22   Mr. Liao's work to the government -- do you recall Mr. Brian

09:02:03 23   asked you that?

09:02:03 24   A.   Yes.

09:02:03 25   Q.   -- did information become known within days that proved

**OFFICIAL TRANSCRIPT**

09:02:08  1    that Mr. Liao's 86,000-barrel calculation was not based on

09:02:16  2    depletion?

09:02:16  3    A.   Yes.  Let me make sure I'm clear.  The 86,000 would have

09:02:23  4    been -- was the number that, if it were to due to depletion,

09:02:26  5    that's what the rate would have had to have been, but they

09:02:30  6    realized it wasn't depletion that caused that.

09:02:33  7    Q.   So does this estimate in any way support what a reasonable

09:02:39  8    bound range would be at that time?

09:02:40  9    A.   Well, it's not an estimate.  If I remember right, at this

09:02:44 10    time the upper end of what the hydraulic modeling suggested,

09:02:48 11    that this was above some of those scenarios for potential flow

09:02:52 12    paths.

09:02:52 13    Q.   Can we pull up 98 -- I'm sorry 8899.2.1.  8899.2.1.

09:03:42 14         MR. BRIAN:  I'm going to object to this.  It's not one

09:03:45 15    of the documents identified by his having relied on it.

09:03:52 16         MS. KARIS:  If I may respond, this is attached to the

09:03:55 17    deposition -- depositions that Mr. -- Dr. Ballard has reviewed.

09:04:01 18    Mr. Brian.

09:04:02 19         THE COURT:  So what is this?

09:04:04 20         MS. KARIS:  He was asked this morning about --

09:04:06 21         THE COURT:  No, what is this?

09:04:08 22         MS. KARIS:  It's the video of Admiral Landry announcing

09:04:11 23    what the basis was for the 5,000 barrel estimate.

09:04:14 24         Mr. Brian began this morning by questioning

09:04:18 25    Dr. Ballard and saying, you told us yesterday that the 5,000

OFFICIAL TRANSCRIPT

09:04:21  1    was NOAH's estimate.  What was your basis for saying it was

09:04:24  2    NOAA's estimate?

09:04:26  3                    I'll move on.

09:04:29  4    EXAMINATION BY MS. KARIS:

09:04:37  5    Q.   Dr. Ballard, final question, based on all of the data that

09:04:40  6    you've reviewed, including the information that Mr. Brian asked

09:04:45  7    you about, in your opinion and your expertise, did any of that

09:04:51  8    inform BP as to a best estimate at that time?

09:04:54  9    A.   No.

09:04:56 10              MS. KARIS:  I have nothing further, Your Honor.

09:04:59 11              THE COURT:  Thank you, Dr. Ballard.

09:05:02 12                    Call your next witness.

09:05:03 13              MR. BROCK:  Your Honor, at this time BP would like to

09:05:12 14    play six short videotapes.  They total around 17 minutes.

09:05:21 15    We'll have David Barnett from Wild Well Control, Vice-President

09:05:25 16    of Engineering; Admiral Thad Allen, 30(b)(6) for the Unified

09:05:33 17    Area Command; Admiral Mary Landry, the Federal On-Scene

09:05:38 18    Commander -- Coordinator, excuse me, and she's testifying about

09:05:39 19    flow rates; Patrick Campbell, from Wild Well Control,

09:05:43 20    testifying about Top Kill and the capping effort -- Commander

09:05:49 21    Richard Brannon, the Federal Incident Commander from Houston,

09:05:54 22    testifying about attendance at meetings in Houston with BP and

09:05:58 23    government officials; and, Steven Chu, Secretary of Energy,

09:06:05 24    talking about his involvement in the source control.

09:06:08 25              THE COURT:  You said a total of about 17 minutes?

                              **OFFICIAL TRANSCRIPT**

09:06:11  1        MR. BROCK:  17 minutes, yes, sir.

09:06:12  2        THE COURT:  Okay.

09:06:16  3        (WHEREUPON, the above referenced videotapes were

09:06:16  4    played.)

09:06:16  5        (WHEREUPON, the videotape is stopped.)

09:12:41  6        MR. BRIAN:  Your Honor, we don't believe this part of

09:12:45  7    the video was disclosed and is properly played.  I'm not the

09:12:50  8    video clip expert.  Maybe Ms. Godley can address that with the

09:12:55  9    Court.  We think this is improper, the interview of Mr. --

09:12:58  10       THE COURT:  Well, I assumed you all had worked out any

09:13:00  11   objections to video clips.

09:13:00  12       MR. BRIAN:  I'm told we haven't on that piece.

09:13:06  13       MS. GODLEY:  This is Tammy Godley for Transocean on

09:13:09  14   behalf of the aligned parties.

09:13:10  15            We exchanged what would be shown, actual videos.

09:13:13  16   This was not exchanged.  What was exchanged was Admiral Allen

09:13:17  17   listening to this being played, just as he listened to

09:13:20  18   Mr. Brock read from his prior statements, and then he responded

09:13:26  19   to that.  We were not shown that they would cut into the video

09:13:30  20   the actual part of the interview.

09:13:33  21       MR. BROCK:  Your Honor, in response for BP, at the

09:13:36  22   deposition, I asked -- I said to the witness, roll the

09:13:40  23   videotape.  The tape that is being played is an exhibit to the

09:13:47  24   deposition.  It was played for Admiral Allen.  He was watching

09:13:52  25   it play.  It's the exhibit that's in evidence.  Then I asked

                         **OFFICIAL TRANSCRIPT**

09:13:55  1    him if that's -- if that is him, and is that what he said.

09:13:58  2             So that's what we are playing.  We're playing the

09:14:01  3    videotape that was played at the deposition in response to

09:14:05  4    questions to Admiral Allen.

09:14:07  5             I think the complaint is that they want us roll

09:14:12  6    his voice as he's looking at the screen.  I'm showing you what

09:14:15  7    he was looking at in the deposition.

09:14:18  8         THE COURT:  Well, I think the complaint is that they

09:14:21  9    said it wasn't disclosed that you were going to play that video

09:14:24 10    clip.

09:14:24 11         MR. BROCK:  I did disclose that I was playing this.  I

09:14:27 12    disclosed that I was playing this exhibit, which is

09:14:30 13    Admiral Allen watching the tape.

09:14:32 14         THE COURT:  Is that the extent of it?  Is it over?

09:14:35 15         MR. BROCK:  I think it's over.  Close to it.

09:14:37 16         MS. KARIS:  Just a little more.

09:14:40 17         MR. BROCK:  Just a little more.

09:14:42 18             Admiral Allen is sitting in the deposition.  He

09:14:44 19    is watching this tape.  Then he's asked a question, is that

09:14:46 20    what you observed.

09:14:46 21             I think what they are saying is they would prefer

09:14:49 22    me to have Admiral Allen look at the screen, where you can only

09:14:53 23    hear the audio.

09:14:54 24         THE COURT:  Well, I guess, first, it wasn't clear to me

09:14:55 25    that's what was going on.  In other words, I know this is an

OFFICIAL TRANSCRIPT

09:14:59  1    edited deposition, but it looked like just something that you

09:15:02  2    all tagged onto this deposition testimony.

09:15:04  3              MR. BROCK:  No, no.  This was played at the deposition

09:15:06  4    for Admiral Allen in the courtroom on the screen about that

09:15:09  5    big.

09:15:09  6              THE COURT:  All right.  I'll overrule the objection.

09:15:11  7                   Go ahead.  So you're going to follow up with a

09:15:14  8    question to him at the end.

09:15:15  9              MR. BROCK:  I hope I do.

09:15:18  10             (WHEREUPON, the videotape resumes.)

09:25:01  11             (WHEREUPON, the videotape concluded.)

09:25:01  12             MR. BROCK:  Your Honor, our next witness is

09:25:07  13   Mr. Iain Adams, and he is here ready to go.

09:25:11  14             THE COURT:  Okay, good.

09:25:45  15             THE DEPUTY CLERK:  Raise your right hand.  Do you

          16   solemnly swear that the testimony you are about to give is the

          17   truth, the whole truth and nothing but the truth, so help you

          18   God?

          19             THE WITNESS:  I do.

          20                              **IAIN ADAMS**

          21    was called as a witness and, after being first duly sworn by

          22    the Clerk, was examined and testified on his oath as follows:

          23             THE DEPUTY CLERK:  Please take a seat.  State and spell

09:25:46  24   your name for the record.

09:25:46  25             THE WITNESS:  My name is Iain Adams.  That's I-A-I-N

                              **OFFICIAL TRANSCRIPT**

09:25:58  1    Adams.

09:26:04  2         MS. KARIS:  Your Honor, may I proceed?

09:26:06  3         THE COURT:  Yes.

09:26:06  4    DIRECT EXAMINATION BY MS. KARIS:

09:26:06  5    Q.    Good morning, Mr. Adams.  Hariklia Karis for BP.  For the

09:26:12  6    record, I have you on direct examination.

09:26:14  7              Could you tell the Court, what is your occupation?

09:26:17  8    A.    I'm managing direct of a company called Norwell.

09:26:21  9    Q.    What is Norwell?

09:26:21 10    A.    Norwell is a well engineering and project management,

09:26:27 11    drilling project management company based in Aberdeen.

09:26:28 12    Q.    Where does Norwell operate?

09:26:30 13    A.    We operate internationally.  We've worked in

09:26:33 14    over 30 different -- we've managed drilling projects in over

09:26:36 15    30 different countries worldwide.

09:26:37 16    Q.    If you'll look at D23784.1, please.

09:26:45 17              Mr. Adams, does this demonstrative that you've

09:26:47 18    prepared accurately summarize your training and experience?

09:26:51 19    A.    Yes, it does.

09:26:52 20    Q.    Okay.  Can you give the Court an overview of that training

09:26:56 21    and experience that you've had?

09:26:58 22    A.    I graduated from Aberdeen University in 1979, with a

09:27:05 23    mechanical engineering degree.  Joined Chevron, at that time as

09:27:09 24    a trainee drilling supervisor, posted here in Louisiana for a

09:27:13 25    year.  Moved on up to drilling supervisor with Chevron, worked

**OFFICIAL TRANSCRIPT**

09:27:17  1    for them for nine years.  Was in California for a couple of

09:27:21  2    years, Alaska, Holland, Denmark, Spain, the North Sea, all with

09:27:25  3    Chevron.

09:27:26  4            Then left there, went consulting for a few years as

09:27:31  5    drilling manager, drilling superintendent.

09:27:34  6            Joined Norwell at that point in 1995, and worked in a

09:27:38  7    management position with them, and then became managing

09:27:41  8    director with them.

09:27:42  9            So since that time, we've drilled over 200 wells

09:27:46 10    worldwide, managed the entire projects in different countries.

09:27:52 11    We've -- I say "we" in terms of myself and my role with

09:27:57 12    Norwell, but we've managed technical projects in about

09:28:02 13    46 different.  So we extensively work internationally.

09:28:06 14    Q.    On behalf of the court reporter, I'm going to ask you to

09:28:09 15    speak a little louder and a little slower.

09:28:11 16    A.    I'm sorry.

09:28:11 17    Q.    No problem.  If you could just speak into the mic.

09:28:15 18            You said you're Managing Director of Norwell

09:28:18 19    currently?

09:28:18 20    A.    That's correct.  Yes.

09:28:19 21    Q.    What are some of the projects that you are currently

09:28:22 22    working on as managing director?

09:28:26 23    A.    Operationally, we've got two rigs operating in India right

09:28:31 24    now, both offshore.  We've got an offshore unit working in

09:28:36 25    Congo, an onshore unit working in Kenya.  We're engaging in

**OFFICIAL TRANSCRIPT**

09:28:43  1    quite a lot of ongoing well engineering and technical

09:28:48  2    assistance projects.

09:28:48  3    Q.   Go ahead.

09:28:51  4    A.   Okay, sorry.

09:28:53  5              In terms of the deepwater specific applications, we

09:28:59  6    have been in the drilling management role for over 50 what you

09:29:03  7    would call ultra-deepwater wells, so that's in over 5,000 feet

09:29:07  8    of water.  That's been an ongoing project.  We've currently

09:29:13  9    still got one 6th-generation drillship working in 8,000 feet of

09:29:17 10    water at the moment.

09:29:18 11    Q.   Does Transocean own any of the facilities that you are

09:29:20 12    currently managing?

09:29:22 13    A.   Up until recently, three.  Two at the moment, yeah.  One

09:29:26 14    in India, and one in West Africa.

09:29:29 15    Q.   Does Norwell conduct what are called well control risk

09:29:35 16    reviews?

09:29:37 17    A.   Yes, we do.

09:29:38 18    Q.   What is a well control risk review?

09:29:40 19    A.   It's a guidance document for a setting up how we would

09:29:49 20    manage a well control incident on a project.  So we conduct

09:29:53 21    them on behalf of our own projects.  We've done several hundred

09:29:57 22    of those.  We also assist other operators set up their own.

09:30:02 23    Q.   Okay.  Does Norwell also prepare well control contingency

09:30:02 24    plans?

09:30:10 25    A.   Yes, we do.  Again, to a similar format.  We do them for

**OFFICIAL TRANSCRIPT**

09:30:14 1  ourselves, and we assist other operators either update theirs

09:30:17 2  or put them in place if they don't have them.

09:30:19 3  Q.   To be clear, what is a well control contingency plan?

09:30:23 4  A.   It's a contingency plan.  It's a way of a setting up a

09:30:28 5  structure so that a company can be prepared in the event

09:30:32 6  there's a well control incident.  So it identifies potential

09:30:36 7  equipment and services available.

09:30:38 8  Q.   As a result of your function as the managing director of

09:30:43 9  Norwell, do you have familiarity with what equipment exists in

09:30:47 10  the industry for well control events?

09:30:50 11  A.   Yes, I do.  I mean, that's pretty much all I've done for

09:30:52 12  the last 35 years.  The majority of my -- in fact, all my

09:30:57 13  career has been drilling, in the management side, and the

09:31:00 14  majority of the work that we do is offshore.

09:31:02 15  Q.   Can you tell the Court a little bit about your experience

09:31:07 16  in evaluating offshore blowouts and blowout responses?

09:31:15 17  A.   In recent years, I've been involved in a review of the

09:31:25 18  *Montara* blowout down in Australia.  Also, the *KS Endeavor* in

09:31:32 19  West Africa.  It's a blowout and rig sinking.

09:31:36 20       Then, more recently, we assisted in the -- from the

09:31:39 21  drilling contractor side for the *Elgin/Franklin* incidents in

09:31:42 22  the North Sea.

09:31:42 23  Q.   Do you have any experience doing well troubleshooting?

09:31:49 24  A.   We do a lot of well troubleshooting actually.  It's a --

09:31:54 25  because of the number of wells that we manage, we've got a lot

09:31:56  1    of experience in that side of it.  Also, incident assistance.

09:32:01  2          So we've pretty much got a continuous stream of work

09:32:06  3    ongoing.  That's one of my main remits is if companies have

09:32:10  4    wells that are having difficulties -- it's not necessarily just

09:32:13  5    well control, it could be operational problems -- we get -- I

09:32:18  6    get called in to assist, try and get the well back on track,

09:32:22  7    trying to get operations back on track.

09:32:24  8          So that can be just general massive cost overruns,

09:32:28  9    operational difficulties.  I think this year, to date, I've

09:32:32 10    personally been involved in five well control incidents.  So

09:32:35 11    that's kind of an ongoing scope.  So, yes, we do quite a lot of

09:32:39 12    that.

09:32:41 13         MS. KARIS:  At this time, Your Honor, I would like to

09:32:43 14    tender Mr. Adams as an expert in deepwater drilling --

09:32:48 15    deepwater drilling and troubleshooting for complex well control

09:32:52 16    incidents.

09:32:57 17         THE COURT:  Anyone interested on this side?

09:33:00 18         MR. DOYEN:  Your Honor, Mike Doyen for Transocean and

09:33:03 19    the aligned parties.

09:33:05 20              We'll take up some challenges on cross.

09:33:06 21         THE COURT:  So you don't challenge his qualification?

09:33:09 22         MR. DOYEN:  Not in the way she described it, as I

09:33:13 23    understand it.  We'll be talking about his qualifications on

09:33:15 24    cross.

09:33:15 25         THE COURT:  I'll accept him as an expert.  Go ahead.

**OFFICIAL TRANSCRIPT**

09:33:18  1          MS. KARIS:  Thank you, Your Honor.

09:33:18  2   EXAMINATION BY MS. KARIS:

09:33:20  3   Q.    If you'll look at D23785.1, please.

09:33:33  4          Dr. Adams, have you done some work in order to render

09:33:37  5   some expert opinions in this case?

09:33:39  6   A.    Yes, I have.

09:33:39  7   Q.    Can you tell the Court what work you did in order to

09:33:44  8   render the opinions you've reached in this case?

09:33:47  9   A.    The primary initially was to conduct an independent review

09:33:52 10   of BP's participation in source control.  So that was the

09:34:00 11   first, the principal piece of work.

09:34:01 12          Then, in addition to that, and subsequent to that,

09:34:05 13   with the rebuttal report was also responding to some of the

09:34:08 14   aligned party reports.  Specifically, it was a -- the Top Kill

09:34:18 15   operation was properly investigated, the BOP-on-BOP option,

09:34:23 16   whether or not that could have preceded Top Kill or should have

09:34:27 17   preceded Top Kill, and then also specifically if BP had had

09:34:32 18   access to a prebuilt capping stack could the well have been

09:34:38 19   secured in a week or a few weeks of the incident.  Those were

09:34:41 20   the key initial aspects.

09:34:42 21   Q.    Why did you limit your opinion with regard to a prebuilt

09:34:47 22   capping stack to whether it could have been secured within a

09:34:49 23   week or a few weeks?

09:34:50 24   A.    That was an assertion -- not an assertion -- a statement

09:34:55 25   in the expert -- the aligned party expert statements or

                          **OFFICIAL TRANSCRIPT**

09:35:01 1   reports.

09:35:01 2   Q.   I'm sorry, we'll get into each of those, but just as an

09:35:05 3   overview, your opinions pertain to Top Kill, BOP-on-BOP.  They

09:35:09 4   also include consideration of the capping stack.

09:35:12 5   A.   That's correct.

09:35:12 6   Q.   Then the issue of whether the well could have been shut in

09:35:18 7   within a couple weeks, as the aligned parties contend?

09:35:21 8   A.   That's correct.

09:35:21 9   Q.   All right.  We can look at D23831.1, please.

09:35:37 10        Mr. Adams, can you tell the Court how you went about

09:35:40 11  reaching the opinions that you've reached in this case.

09:35:43 12  A.   Yes, I can.  I applied kind of the same approach as we

09:35:50 13  would have -- or I would have had I been called in to assist in

09:35:54 14  a troubleshooting incident.  So it's -- I kind of came in as an

09:36:02 15  independent reviewer and conducted a realtime on-the-ground

09:36:09 16  approach to it.

09:36:11 17        So the intention was that to review it with the eyes

09:36:15 18  of the team on the ground at the time, look at the data they

09:36:24 19  had available to them, the unknowns that were -- existed at the

09:36:30 20  time, and evaluate the decision that the team made based on

09:36:33 21  those unknowns and the data they had.  That was the primary

09:36:39 22  focus.

09:36:39 23  Q.   In your review of the information that was available, did

09:36:43 24  you identify various unknowns that BP confronted in attempting

09:36:49 25  to respond to the *Deepwater Horizon* --

**OFFICIAL TRANSCRIPT**

09:36:52 1  A.    Yes, I did.

09:36:53 2  Q.    Can you just give the Court an overview of what some of

09:36:56 3  those unknowns were that presented challenges to responding to

09:37:00 4  the incident.

09:37:02 5  A.    In any -- in any operation, you are always juggling knowns

09:37:08 6  and vary degrees of unknowns, particularly when you have an

09:37:14 7  incident of this type.  Sometimes you end up having to make key

09:37:17 8  decisions more on what you don't know than what you do know.

09:37:23 9        So one of the big ongoing concerns on this one, I

09:37:28 10 guess, was flow rate certainly was a key one.  That's been a

09:37:32 11 big discussion point since as well.  But that was -- it was

09:37:36 12 apparent that they were working in an environment where

09:37:38 13 flow rate was -- was an unknown, and decisions were made based

09:37:44 14 on that.

09:37:44 15 Q.    Was the condition of the BOP one of those unknowns?

09:37:48 16 A.    The condition of the BOP, the condition of the flow path

09:37:53 17 down the well, which are key things, obviously, because the

09:38:00 18 very fact the BOP hadn't sealed, you're then into an ongoing

09:38:07 19 evaluation and consideration of all the scenarios that might

09:38:12 20 have occurred.  So yes, that was a key unknown.

09:38:17 21       Also, a large part of the decision process you make

09:38:22 22 at these times is trying to evaluate the various scenarios that

09:38:27 23 people present to you.  So there were different scenarios and

09:38:32 24 different options for where the flow was coming up the well, as

09:38:34 25 you say where the -- what the flow path through the BOP was,

**OFFICIAL TRANSCRIPT**

09:38:39  1    and how those unknowns impacted the potential scenarios they
09:38:46  2    were trying to develop to solve it.
09:38:49  3    Q.    So now does the fact that there were a variety of unknowns
09:38:54  4    affect the time that it takes in order to respond to an
09:38:56  5    incident such as the one at Macondo?
09:38:57  6    A.    Very much so.  Because the data evolves over a period of
09:39:06  7    time, so you quite often start with some basic assumptions.
09:39:13  8    You start making decisions based on the best information, the
09:39:17  9    best data, the best assumptions you have at that time.  As more
09:39:23 10    information comes in, your response, your scenario and even
09:39:27 11    your chosen option might evolve -- not might evolve, almost
09:39:31 12    certainly will evolve.  So, yes, your response to that will
09:39:37 13    change and evolve.
09:39:39 14          The other key thing, also, because of the unknown
09:39:42 15    aspects, mitigating the risks that they pose is critical.  So
09:39:51 16    you quite often have to make a decision or should make a
09:39:55 17    decision based on ensuring that you don't make -- well,
09:40:00 18    actually, you don't make it worse has been a commonly used
09:40:04 19    statement.  So yes, the unknowns evolve with the process.
09:40:13 20    Q.    Based on your review of the information in this case, were
09:40:16 21    there -- did those unknowns, such as the flow path, the
09:40:20 22    condition of the BOP, the condition of the reservoir, were
09:40:24 23    those some of the considerations that BP had to take into
09:40:28 24    account in responding to this incident?
09:40:31 25    A.    Absolutely, yes, definitely.

**OFFICIAL TRANSCRIPT**

09:40:33 1    Q.    Did you evaluate the prudence and the care and diligence

09:40:39 2    within which BP proceeded in light of those unknowns?

09:40:43 3    A.    That was a large portion of what I did do in my review,

09:40:48 4    yes.

09:40:48 5    Q.    So if we can go back to D23785.1.

09:41:02 6          Now, in a prior slide, your last bullet was "took

09:41:06 7    account of what was known and unknown at the time when critical

09:41:09 8    decisions had to be made."

09:41:10 9          In light of your testimony about having to take that

09:41:13 10   information into account, what opinions do you have with

09:41:18 11   respect to Top Kill, just as an overview right now?

09:41:21 12   A.    I'm sorry, could you repeat?

09:41:23 13   Q.    Sure.  In light of the fact that there were these knowns

09:41:25 14   and unknowns that BP had to account for in its going forward

09:41:29 15   strategy, can you tell the Court what your opinion is with

09:41:33 16   respect to Top Kill.

09:41:36 17   A.    The Top Kill procedure had identified risks and rewards.

09:41:49 18   The obvious very, very positive upside was if Top Kill had been

09:41:56 19   successful, it would have killed the well.  So the reward

09:42:03 20   aspect of it, regardless of what people's opinions on the

09:42:07 21   chance of success, the reward aspect was pretty darn clear.  It

09:42:12 22   could have killed the well.

09:42:13 23         The risk side of it, the potential downside, there

09:42:21 24   were risks identified.  One of the key concerns throughout the

09:42:25 25   process was would a procedure -- would an option eliminate

OFFICIAL TRANSCRIPT

1042

09:42:32  1    another option.

09:42:33  2         So one of the positives about the Top Kill procedure

09:42:36  3    that they had implemented, it didn't jeopardize the BOP-on-BOP

09:42:42  4    option.  So that was a positive step or was a reason the

09:42:49  5    sequence event was.

09:42:51  6         The other key one was there were multiple risks

09:42:54  7    identified.  As you go through a risk process, you identify

09:42:59  8    many risks.  That's why you do it.  There were several key

09:43:01  9    ones.  There are a few big risks associated with it, and they

09:43:05 10    were identified, and mitigation steps were put in place before

09:43:08 11    they started.

09:43:08 12    Q.   Given the number of knowns and unknowns, did that affect

09:43:13 13    the amount of time it took in order to properly assess and risk

09:43:17 14    mitigate a source control decision such as Top Kill?

09:43:22 15    A.   It always takes time to put those steps in place, if you

09:43:26 16    can do it properly.  I think one of the -- I think the concerns

09:43:31 17    or one of the natural instincts in these incidents is to try

09:43:35 18    and implement it as rapidly as possible, which is

09:43:40 19    understandable, but that doesn't necessarily mean that you've

09:43:44 20    addressed it on the downside.

09:43:46 21         So any procedure like this, if you're going to risk

09:43:51 22    mitigate it, it wouldn't necessarily be -- appear to be as fast

09:43:55 23    as it could be done.  So it's a yes.

09:43:57 24    Q.   In your opinion, did BP's approach to Top Kill properly

09:44:02 25    mitigate risks prior to being implemented?

**OFFICIAL TRANSCRIPT**

09:44:08 1  A.   Yes, it did.

09:44:10 2  Q.   Did the knowns and unknowns and the need for proper risk

09:44:13 3  mitigation establish that BP, in your opinion, proceeded in a

09:44:21 4  careful and prudent fashion?

09:44:23 5  A.   I certainly think that.  If you look at the procedure and

09:44:26 6  look at the implementation of that, I think that can be said.

09:44:29 7  Q.   New, let's talk about, again, overview, because we'll get

09:44:31 8  into the details.

09:44:33 9       The second opinion here, BOP-on-BOP option could not

09:44:36 10 have proceeded prior to Top Kill.  Again, in light of the

09:44:42 11 knowns and unknowns, can you tell the Court why your opinion is

09:44:46 12 that BOP-on-BOP could not have proceeded prior to Top Kill?

09:44:51 13 A.   I think -- and, again, part of the way they did the review

09:44:57 14 was first to establish when equipment was available, what the

09:45:00 15 actual timelines were based on firm reports as possible, so

09:45:05 16 daily reports, operational reports.

09:45:07 17      In the course of that review, it was apparent that

09:45:11 18 the BOP-on-BOP wasn't physically ready for Top Kill.  That's --

09:45:15 19 I think that's -- it's certainly -- in the course of my review,

09:45:21 20 I'm comfortable with that.

09:45:24 21 Q.   We'll get into the details, as I said, shortly, but to

09:45:29 22 summarize, in your opinion, was BP's recommendation to proceed

09:45:33 23 with Top Kill prior to BOP-on-BOP consistent with prudent and

09:45:39 24 careful practice?

09:45:40 25 A.   I think it was.  That's a yes.

**OFFICIAL TRANSCRIPT**

09:45:42  1    Q.   Your last opinion there, if BP had access to a prebuilt

09:45:48  2    capping stack in April of 2010, the Macondo Well could not have

09:45:51  3    been closed within a week or a few weeks.  Can you give us a

09:45:56  4    summary for why you reached that opinion.

09:45:59  5    A.   I think the main point there is that there were risks

09:46:04  6    associated -- well, there is always risks, but the risks

09:46:08  7    associated with the well, if a prebuilt capping stack had been

09:46:13  8    installed the way the aligned parties suggested, in a week or a

09:46:17  9    couple of weeks, you had to basically ignore the key risks of

09:46:23 10    the well integrity and the installation vessels.

09:46:27 11    Q.   So leaving aside the issue of whatever equipment existed,

09:46:30 12    was it necessary to assess the risks presented by those knowns

09:46:34 13    and unknowns, mitigate those risks, before you take any such

09:46:39 14    action?

09:46:39 15    A.   I think that's not just in Macondo, that's in any prudent

09:46:45 16    drilling operation or well operation.  So it's a yes, very much

09:46:48 17    so.

09:46:48 18    Q.   Did BP take effort or put in efforts to carefully assess

09:46:54 19    those risks prior to putting forth any option for closing in a

09:46:58 20    well?

09:46:59 21    A.   Certainly.  Again, from reviewing the peer review data,

09:47:03 22    the assessment data and the operational procedures that were in

09:47:06 23    place to do the implementation, yes, I would say so.

09:47:09 24    Q.   Now, after --

09:47:18 25             I'm sorry, if we can pull up 11738.1.2.

**OFFICIAL TRANSCRIPT**

09:47:30 1          Mr. Ballard [verbatim], are these the reports, both

09:47:32 2    the opening report and the rebuttal report, that you prepared

09:47:34 3    that set forth your opinions and the basis for those opinions?

09:47:38 4    A.    Yes, it is.  Yes, they are.

09:47:44 5    Q.    If we could now go to D23788.1.

09:48:01 6          I think you already covered some of these principles,

09:48:03 7    but I want to ask you briefly about them as an overview of your

09:48:06 8    opinions.

09:48:08 9          The don't make it worse principle, what was your

09:48:11 10   understanding of what that principle was and how it affected

09:48:15 11   source control decisions?

09:48:17 12   A.    It's -- it came up -- I've heard it quite a lot this week,

09:48:23 13   actually, as well, but it came up in the interviews I had with

09:48:27 14   personnel.  I saw it in a lot of the documentation and -- both

09:48:30 15   in the planning and procedural side.

09:48:35 16         What it did was it kind of -- it gave a -- it gave

09:48:40 17   any thoughts -- a guiding, guiding principle to the way they

09:48:43 18   should operate.  It's -- it's only a couple of words, but it

09:48:49 19   was apparent that they did follow that very much.

09:48:54 20         What it was is a philosophy that -- make sure before

09:48:59 21   you proceed that the steps you've put in place, the mitigation

09:49:04 22   that you've put in place and the risks you've identified have

09:49:09 23   been, where practical, mitigated, minimized.  If you're going

09:49:14 24   to take a step, do consider the -- it could still get worse.

09:49:21 25   So horrendous as the situation is, it's always possible to make

09:49:25 1   it even worse.

09:49:26 2          So that was a guiding principle throughout.  It

09:49:31 3   certainly seemed to be apparent that it was followed, and it

09:49:33 4   was -- it drove the whole risk mitigated approach.

09:49:37 5   Q.   Did the principle of don't make it worse affect the

09:49:42 6   sequencing of source control events, as well as the amount of

09:49:45 7   time it took in order to implement various source control

09:49:49 8   options?

09:49:51 9   A.   I think inevitably it did because it's a case in point, I

09:49:59 10  guess, back to the previous slide on could you install

09:50:01 11  something in a week?  If risks were totally ignored, if you

09:50:07 12  just could rush headlong into it, obviously your timeline would

09:50:12 13  vary.

09:50:13 14         So a case in point to follow would be the BOP-on-BOP

09:50:21 15  installation.  If you identify that there's a significant risk

09:50:28 16  has been identified that makes that a less favorable option or

09:50:32 17  a less wise approach, you're faced with a judgment call.  Do

09:50:36 18  you just go ahead and do it anyway, keep your fingers crossed

09:50:40 19  and hope that it works, or do you take a step back and

09:50:43 20  potentially go a slightly different route that might take

09:50:47 21  longer.  So yes, I think it does affect it.

09:50:50 22  Q.   Based on your review of the material in this case, which

09:50:52 23  approach did BP take?

09:50:54 24  A.   They did very much, and I guess publicly and openly, took

09:50:57 25  the risk mitigated approach.

**OFFICIAL TRANSCRIPT**

09:51:02  1          You have to be able to justify that.  If you make

09:51:04  2  that judgment call, you know there will be times where you have

09:51:09  3  to justify decisions that you made, why did you take the slower

09:51:12  4  option when you could have taken the faster one.  If the faster

09:51:15  5  one is identified to be significantly high risk, there is a

09:51:22  6  justification that you need to the different route.

09:51:26  7  Q.    Now, you referenced interviews of personnel who

09:51:30  8  consistently told you this don't make it worse principle.  I

09:51:33  9  failed to ask you whether, in reaching your opinions, you spoke

09:51:35 10  to folks who were involved in the source control response?

09:51:39 11  A.    Yes, I did.

09:51:39 12  Q.    For what purpose did you speak to them?

09:51:42 13  A.    It was mainly for clarification.  There was obviously a

09:51:49 14  vast wealth of data to review, information to review, and you

09:51:52 15  whittle down through it to make decisions and decide where

09:51:57 16  there are potentially gaps.

09:51:58 17          So it was useful for me to talk to individuals,

09:52:04 18  partly to get clarification of some points, and also to get a

09:52:07 19  little bit of a steer for possible areas that I had missed or

09:52:10 20  other things to look at.  So it was a useful process.

09:52:13 21  Q.    In those interviews that you identified, did the guiding

09:52:17 22  principle of don't make it worse, was that one of the

09:52:21 23  principles that those individuals told you they followed?

09:52:25 24  A.    That was -- that was one of the things that struck me,

09:52:27 25  actually, when I was talking to them all, was -- I think that

1048

09:52:31  1    came out in probably every conversation.  So, yes, it was very

09:52:35  2    apparent.

09:52:36  3    Q.    Now, the second opinion here, overview of your opinions,

09:52:40  4    is the scale of BP's source control engineering activities were

09:52:47  5    unparalleled.  Tell us what you mean in connection with that

09:52:51  6    opinion.

09:52:51  7    A.    I think, obviously, the financial side of it is not for a

09:52:55  8    second saying spending $1.6 billion is a good thing.  But what,

09:53:01  9    again, was apparent was -- and this came out both in interviews

09:53:04 10    and in the course of reviewing the documentation -- was that

09:53:09 11    funding and resourcing was never an obstacle.  It was -- it was

09:53:15 12    very much apparent that whatever it took, that was available,

09:53:22 13    and not to consider the cost aspect of it, which then obviously

09:53:28 14    opened up the resource for the external service company input,

09:53:40 15    the industry input, the ability to source and resource vessels

09:53:44 16    for the intervention.  So it was just the sheer scale of it.

09:53:51 17    Q.    As a result of those efforts, BP's efforts being

09:53:58 18    unparalleled, did that result in the industry being involved in

09:54:05 19    these source control responses?

09:54:06 20    A.    I think they were very much involved in it from a service

09:54:11 21    sector and also from other oil companies.  So there was

09:54:15 22    participation from across the field.

09:54:18 23    Q.    Did that also result in a request for any and all

09:54:22 24    equipment, materials, engineering knowledge that existed at the

09:54:27 25    time to respond to this incident?

**OFFICIAL TRANSCRIPT**

09:54:30 1    A.    Again, from -- certainly from information I reviewed, it
09:54:34 2    was apparent that there was an open request for support,
09:54:40 3    equipment, and assistance that could be provided from the
09:54:44 4    industry.
09:54:46 5    Q.    Your third overview opinion I think we've covered, but the
09:54:54 6    aligned parties claim the well could have been shut in in a
09:54:58 7    matter of weeks is incorrect.  Then you state under there, the
09:55:02 8    aligned parties' timeline completely ignores risks of
09:55:05 9    environment and safety of the intervention vessels and
09:55:08 10   personnel.  What are you talking about there?
09:55:10 11   A.    Again, it's a -- you have to consider the risk of the
09:55:17 12   operations that were conducted, especially in the backdrop of
09:55:20 13   what's just occurred.
09:55:21 14         So, to say that you could have closed the well -- to
09:55:26 15   say that one could have closed the well in in a week of the
09:55:32 16   initial incident is just not correct.  It doesn't take into
09:55:36 17   account all the unknowns that occurred as a result of the
09:55:41 18   incident.  It doesn't take into account the unknowns of the
09:55:46 19   installation of the kit, it doesn't take into account the
09:55:49 20   unknowns of the well integrity.
09:55:52 21         There is a list of things that that didn't account
09:55:55 22   for.  So, no, I don't agree with that.
09:55:59 23   Q.    Let's talk about some of the decisions that were made in
09:56:03 24   connection with the source control efforts on which you have
09:56:06 25   reviewed and opined.

09:56:07  1        You told us earlier as an overview that it was your

09:56:10  2   opinion that Top Kill was properly risk mitigated.

09:56:15  3        We can now look to D23791.1.

09:56:27  4        Why in your opinion was it appropriate and prudent

09:56:29  5   for BP to recommend the Top Kill operation?

09:56:36  6   A.   I think partly, as I've said, the balance of risk and

09:56:42  7   reward was appropriate.  The whole point was to be able to kill

09:56:49  8   the well and stop the flow.

09:56:51  9        The Top Kill process, in its entirety, had that

09:56:57 10   potential.  Obviously, it wasn't a guaranteed thing, but it had

09:57:02 11   a significant -- a significant potential to kill the well.

09:57:07 12        The key things that were important were would trying

09:57:16 13   it, would attempting it jeopardize subsequent operations?

09:57:21 14   Would the attempt jeopardize Top Kill or make the situation

09:57:26 15   significantly worse?

09:57:27 16        In that process, they identified areas that it could

09:57:31 17   do that, it could make it worse.  Mitigations were put in place

09:57:36 18   for that.  So that procedure was a robust one, and it was

09:57:43 19   implemented.

09:57:44 20   Q.   You mentioned that BP did identify and mitigate risks for

09:57:48 21   Top Kill.

09:57:49 22        If we can look at D23793A.1, please.

09:57:58 23        Can you explain to the Court what is on this

09:58:00 24   demonstrative that you prepared.

09:58:01 25   A.   Yes.  And, again, obviously there was a lot more risks

**OFFICIAL TRANSCRIPT**

09:58:05 1    than that were identified, all the day-to-day implementation

09:58:10 2    risks.  There were a lot of those, and they are ranging from

09:58:13 3    routine to nonroutine.

09:58:15 4         But the key ones this here, the damage to well

09:58:18 5    integrity was a very significant one, and the potential

09:58:23 6    downsides were significant.  So --

09:58:24 7    Q.    Let me stop you there.  When you say the damage to well

09:58:27 8    integrity, what are you referring to?

09:58:30 9    A.    The potential -- if you're -- the Top Kill operation

09:58:34 10   involves pumping at high pressure.  So when you're pumping at

09:58:38 11   high pressure, obviously there is a risk that you will exceed

09:58:42 12   the working envelope, the working design of some equipment,

09:58:48 13   so -- from pumping lines, injection lines, the BOP stack

09:58:53 14   itself, and the downhole infrastructure, so the casing, and in

09:58:59 15   the case particularly the burst disks were a key issue.

09:59:03 16        So keeping the pressures -- or mitigating the risks

09:59:08 17   that the pressures could exceed that and cause a subsea --

09:59:13 18   well, burst the disks and potentially cause a subsea broach,

09:59:20 19   those were significant risks, and they did require mitigation.

09:59:22 20   Q.    To be clear, is that the concern over causing the rupture

09:59:27 21   disks to fail during the execution of Top Kill?

09:59:31 22   A.    That would have been a concern at the time, yes.  The --

09:59:35 23   the actual physical pumping would have induced a pressure.

09:59:40 24   Because, again, those pumps are -- they are high pressure

09:59:43 25   pumps.  They can put out a lot of pressure.  So it was ensuring

09:59:46 1   that the Top Kill process didn't exceed the burst disk rating.

09:59:54 2   Q.   How did BP mitigate that risk of causing -- well integrity

10:00:01 3   during pumping?

10:00:02 4   A.   It's several ways.  The physical lineup configuration of

10:00:06 5   the equipment used.  There is relief valves in place, and the

10:00:12 6   pipe work that were set -- basically, the relief valve just

10:00:16 7   ensures that if you accidentally -- or, I guess, if you reach a

10:00:22 8   pressure, a preset pressure, the relief valve will open, and it

10:00:26 9   will stop you exceeding that pressure.

10:00:27 10          So it's a -- it's an implementation.  Obviously, the

10:00:32 11  pumping personnel had a working process, a working procedure.

10:00:37 12  The modeling had been done to come up with a Top Kill

10:00:44 13  procedure, which identified a working pressure envelope, a safe

10:00:51 14  pressure envelope.  So the intention was, by design, it would

10:00:55 15  stay within that safe envelope.

10:00:57 16  Q.   Now, were you here when Mr. Dupree testified?

10:01:02 17  A.   Yes, I was.

10:01:03 18  Q.   Do you recall Mr. Dupree showing the Court a chart that

10:01:07 19  had the red zone and the green zone?

10:01:10 20  A.   Yes.

10:01:11 21  Q.   So we don't repeat the same testimony, the question I have

10:01:14 22  for you is, was it a prudent and sound practice for BP to

10:01:20 23  recommend Top Kill after it had mitigated that risk of causing

10:01:25 24  well integrity by identifying what the maximum pump rates could

10:01:29 25  be?

**OFFICIAL TRANSCRIPT**

10:01:30 1    A.    Certainly, in my opinion it was, yes.

10:01:32 2    Q.    The second risk that you've identified there is the

10:01:36 3    bridging materials could completely block the flow path through

10:01:39 4    the BOP.  What is the risk that you're talking about?

10:01:43 5    A.    Again, by design, the junk shot aspect of the Top Kill

10:01:51 6    involved deliberately pumping a material down the lines that

10:01:55 7    could -- that could cause a blockage or could restrict the

10:01:59 8    flow.  That was the whole intent.

10:02:01 9          So to pump material down lines and through an unknown

10:02:06 10   flow path, there is several outcomes:  One, it will have little

10:02:13 11   or no effect; two, it will give you the desired effect, which

10:02:19 12   will restrict flow and allow you to do the kill; or, three, it

10:02:24 13   will have too great an effect, and you'll actually physically

10:02:29 14   plug everything up solid, which is not what we wanted to do.

10:02:31 15         So those risks were identified, and an injection --

10:02:37 16   the bridging material was injected in limited sizes.

10:02:43 17   Q.    Let me stop you there.  You said those risks were

10:02:46 18   identified.  How were those risks mitigated prior to the

10:02:50 19   execution of Top Kill?

10:02:53 20   A.    Good question.  The Top Kill procedure was staged.  So the

10:03:03 21   initial phase of it, which I guess you would call the

10:03:07 22   momentum kill phase of it, the early phase was a diagnostic

10:03:11 23   phase.  So the first day of it was largely pumping through

10:03:17 24   different flow paths to measure responses, to get the pressure

10:03:22 25   readings, to get an indication of what the baseline was, so

**OFFICIAL TRANSCRIPT**

1054

10:03:26 1  that when you started pumping a bridging material, if you need

10:03:30 2  to pump bridging material, you would able to see differences in

10:03:35 3  pressure as the bridging material pumped through.  So there was

10:03:38 4  a diagnostic phase of it.

10:03:40 5          Then there was a staged approach on the different

10:03:42 6  types of plugging material that were pumped.  Because it is a

10:03:48 7  bit -- it's a bit of an art more than a science, as you

10:03:51 8  probably heard from Mark.  So there is quite a lot of -- the

10:03:56 9  more data you've got, the more information you've got, the more

10:04:00 10 you can gauge how that bridging material is or isn't acting.

10:04:05 11 Q.   Was the pressure that was created from pumping the

10:04:11 12 bridging material one of the pieces of data that was

10:04:13 13 continuously monitored throughout the operation?

10:04:15 14 A.   Very much so.  That's what you're looking for is -- or one

10:04:19 15 of the key things you're looking for is a difference in

10:04:22 16 pressure to indicate that your orifice is getting slightly

10:04:26 17 restricted, which is one of your target points.

10:04:30 18 Q.   Was the ability to monitor that pressure one of the risk

10:04:33 19 mitigations that were put in place in order to be able to

10:04:37 20 safely execute Top Kill?

10:04:40 21 A.   Well, very much so.  As much as the ability to monitor it

10:04:44 22 is also knowing which pressure -- which pressure envelope you

10:04:49 23 want to stay within.

10:04:50 24         So, yes, you need to monitor it, and you also need to

10:04:54 25 know when your pressure is getting too high and when it's

OFFICIAL TRANSCRIPT

10:04:57 1    potentially dangerous, so yeah.

10:04:58 2    Q.   The third risk that you've identified here in connection

10:05:03 3    with Top Kill is compromising the relief wells by pressurizing

10:05:08 4    the shallow sands?  Can you tell the Court what that risk is?

10:05:10 5    A.   Again, a concern that was identified -- the first phase

10:05:16 6    of -- or the first step was initiated under the relief well --

10:05:22 7    in the effort was starting to drill a relief well.  That was

10:05:27 8    going on in the background, if you want, throughout the rest of

10:05:30 9    the source control efforts.

10:05:31 10         It was critical to minimize any potential operation

10:05:39 11   that would jeopardize that relief well.  It was identified --

10:05:43 12   there were a couple of shallow sand intervals that the relief

10:05:47 13   well had to drill through.  If we had compromised well

10:05:52 14   integrity, if we had caused a crack in the rock that would link

10:05:59 15   the Macondo Well to those shallow sands, there was a

10:06:02 16   significant risk or an identified risk that oil would flow up,

10:06:06 17   and it would overpressure that sand -- flow into shallow sand,

10:06:10 18   pressurize it, and the relief well would have to drill through

10:06:13 19   that sand.

10:06:13 20         So it was -- one of the key things identified there

10:06:16 21   was before we implement -- before a procedure was implemented

10:06:23 22   that could potentially cause that risk, you would have to

10:06:26 23   isolate those sands.  So they wanted to run casing, cement and

10:06:30 24   seal off the sand before proceeding with this.

10:06:33 25   Q.   All right.  Let me stop you there.  You said they wanted

**OFFICIAL TRANSCRIPT**

10:06:36 1   to run casing.  Was there a certain level or depth at which
10:06:41 2   they needed to cement off the casing in order to able to safely
10:06:46 3   proceed with the Top Kill operation?
10:06:48 4   A.    Yeah, that would have been, obviously, you had to drill
10:06:51 5   through -- through that sand, past that sand, and then run a
10:06:55 6   steel pipe below it, so that you could then cement up the
10:07:00 7   outside and isolate it.
10:07:02 8   Q.    Did BP, in fact, wait to drill through that sand -- I'm
10:07:06 9   sorry, to drill through level, cement that level of casing at
10:07:09 10  the 18-inch shoe, before it proceeded with Top Kill?
10:07:14 11  A.    Yes, that was the -- by design.  That's correct.
10:07:17 12  Q.    Again, is that demonstrating -- in your opinion, does that
10:07:22 13  demonstrate sound judgment in design and execution of Top Kill?
10:07:26 14  A.    I think certainly, given -- given the potentially
10:07:33 15  significant negative impact you could have had in the relief
10:07:34 16  well, it makes a lot of sense to make sure that sand was
10:07:40 17  isolated before commencing a procedure that could -- you could
10:07:43 18  charge it up.  So, yes, it makes perfect sense.
10:07:47 19  Q.    Mr. Adams, in light of the risks identified and the
10:07:51 20  mitigations in place, were those mitigations appropriate to
10:07:57 21  deal with the risks associated with executing Top Kill?
10:08:01 22  A.    Yes, I think they were.  I'd say yeah.
10:08:03 23  Q.    Now, Mr. Perkin testified that he thought that the risks
10:08:09 24  were inappropriate.
10:08:10 25  A.    I think it's like -- misunderstanding isn't the right

**OFFICIAL TRANSCRIPT**

10:08:19 1    word, but identifying a risk -- a risk process is all about

10:08:23 2    identifying risks.  That's why you do it.  You identify the

10:08:27 3    risks so that you can mitigate them.  That's the reason for the

10:08:31 4    process.

10:08:31 5            So identifying a risk, in itself, is not a reason not

10:08:36 6    to do an operation.  I think he would have had a fair point if

10:08:41 7    the risks had been identified and no mitigations were put in

10:08:45 8    place, but that very much wasn't the case.  The risks were

10:08:48 9    identified and were mitigated.  So, no, I don't agree with

10:08:57 10   that.

10:08:58 11           MS. KARIS:  Your Honor, I'm not sure what your

10:09:00 12   preference is for morning break.  I'm happy to continue.

10:09:04 13           THE COURT:  How much longer do you have on direct?

10:09:07 14           MS. KARIS:  A while.  Maybe 45 minutes.

10:09:09 15           THE COURT:  You better save Mr. Brock some time for the

10:09:12 16   rest of your case.

10:09:12 17           MR. BROCK:  I have not done a very good job for my team

10:09:16 18   of managing my time.  I can say that.

10:09:18 19           THE COURT:  You talked about filibustering.  Your own

10:09:24 20   team may be filibustering you here.

10:09:24 21           MR. BROCK:  No, I don't think so.

10:09:27 22           THE COURT:  Well, you all can work that out, I'm sure.

10:09:31 23           Okay, let's go ahead and take a 15-minute recess.

10:09:38 24           (WHEREUPON, at 10:09 a.m., the Court took a recess.)

10:35:56 25           THE DEPUTY CLERK:  All rise.

**OFFICIAL TRANSCRIPT**

10:35:57  1          THE COURT:  Please be seated, everyone.

10:36:07  2          MR. MILLER:  Your Honor, Kerry Miller for Transocean

10:36:10  3   and the aligned parties.  Just some housekeeping matters before

10:36:13  4   Ms. Karis resumes her direct examination of the witness.

10:36:15  5              I would like at this point in time to file, offer

10:36:19  6   and move into evidence the exhibits I used yesterday during my

10:36:22  7   cross-examination of Mr. Trevor Smith.  These have been shared

10:36:26  8   with the opposition, and they have no opposition to these

10:36:28  9   exhibits, Your Honor.

10:36:29 10          THE COURT:  All right.  Without objection those are

10:36:31 11   admitted.

10:36:31 12              (WHEREUPON, the above-mentioned exhibits were

10:36:32 13   admitted.)

10:36:32 14          MR. IRPINO:  Good morning, Your Honor, Anthony Irpino

10:36:35 15   for the aligned parties.  We also have the deposition bundle of

10:36:41 16   James Wellings, who was a will-call witness for BP, pulled down

10:36:46 17   and so his bundle is now going in evidence.

10:36:49 18              Indata has been handling that.  They have just

10:36:52 19   handed me the labeled thumb drive with the bundle as well as a

10:36:56 20   list of the exhibits that are within the bundle.  Those were

10:36:59 21   sent around the parties.  A few comments are made.  Indata has

10:37:03 22   made all of the changes and have given these directly to go to

10:37:05 23   the Court for filing.

10:37:07 24          THE COURT: All right.  Any objection?  Without

10:37:09 25   objection, that's admitted.

**OFFICIAL TRANSCRIPT**

10:37:09  1          (WHEREUPON, the above-mentioned exhibit was

10:37:09  2   admitted.)

10:37:13  3          THE COURT:  All right.  Ms. Karis.

10:37:17  4   DIRECT EXAMINATION BY MS. KARIS:

10:37:22  5   Q.   Mr. Adams, we were talking about the mitigations of

10:37:25  6   Top Kill just before the break.  And my reminder that we have

10:37:28  7   limited time left, so we're going to move through a couple of

10:37:33  8   these topics with some brevity, if you will.

10:37:37  9          With respect to the Top Kill operation, did you look

10:37:43 10   at the modeling that had been performed by Dr. Rygg in

10:37:47 11   connection with dynamic kill?

10:37:51 12   A.   I didn't look at the detailed modeling, but I looked at

10:37:55 13   the output, correct.

10:37:56 14   Q.   And did Dr. Rygg's modeling, or at least the output from

10:38:05 15   that modeling, indicate that with dynamic kill alone, over a

10:38:10 16   15,000 barrel per day rate, that decreased essentially the

10:38:14 17   likelihood of success of Top Kill -- I'm sorry, dynamic kill?

10:38:18 18   A.   I think that's a reasonable statement, yes.

10:38:20 19   Q.   And there has been reference to a text message that was

10:38:28 20   received during the execution of Top Kill and how that related

10:38:33 21   to the Top Kill operation.  I would like to talk to you a

10:38:36 22   little bit about that text message.

10:38:38 23          First of all, did you review that message in

10:38:40 24   connection with the work that you've done in this case?

10:38:43 25   A.   Yes, I did.

10:38:43 1    Q.    And if we can look at 9160.1.1.

10:38:53 2          Is this the text message that, sitting here in the

10:38:58 3    courtroom listening to testimony, has been previously

10:39:02 4    referenced in which one of the engineers onsite reaches -- or

10:39:07 5    sends a text on May 27th of 2010, at 3:25 a.m., and says, "Too

10:39:17 6    much flow rate, over 15,000, and too large an orifice.  Pumped

10:39:20 7    over 12,800 barrels of mud plus five separate bridging pills.

10:39:26 8    Tired, going home, and getting ready for round three tomorrow."

10:39:31 9          Is this one of the messages you reviewed in forming

10:39:33 10   your opinions in this case?

10:39:35 11   A.    Yes, I did.

10:39:35 12   Q.    3:25 a.m. on May 27th would have been referring to the

10:39:46 13   operations on which day of Top Kill?

10:39:49 14   A.    That would have been -- the operations were conducted the

10:39:53 15   late evening on the 26th --

10:39:58 16   Q.    So would that be the first day of the Top Kill operations?

10:40:01 17   A.    That's correct.

10:40:02 18   Q.    Now, is there anything in this text message that causes

10:40:13 19   you to doubt the conclusion reached in this text?

10:40:19 20   A.    I think, firstly, you treat a text message as a text

10:40:23 21   message.  If you're looking at an evaluation of an operation,

10:40:29 22   especially an important one, you wouldn't base it on a text

10:40:29 23   message.

10:40:32 24         But subsequent to that, I looked at the well log

10:40:38 25   control, the operational summary, which is a review of the

OFFICIAL TRANSCRIPT

10:40:41 1    actual job that was conducted.  And on the first day, they were

10:40:49 2    planning on pumping the bridging pills.  It turned out they

10:40:57 3    hadn't actually left the launcher.

10:40:58 4         So the text message, obviously, is an update he sent

10:41:05 5    at the time, but it's not strictly accurate.  So -- but I think

10:41:10 6    the key thing on that is that you wouldn't normally rely on a

10:41:14 7    text message anyway, regardless.

10:41:17 8    Q.   The questions asked in connection with this text message

10:41:20 9    is, whether BP should have known that the flow rate was over

10:41:25 10   15,000 barrels, because at 3 o'clock in the morning one

10:41:29 11   engineer in a text message reports that, in his opinion, over

10:41:36 12   15,000 barrels and too large an orifice?

10:41:39 13   A.   No.  There was a -- obviously, there's key data coming

10:41:43 14   back in and being evaluated by the teams, so that was one text

10:41:46 15   message sent by one tired engineer.

10:41:47 16   Q.   And does it -- it references five separate bridging pills

10:41:54 17   as part of the reason why he concludes that it must be over

10:41:58 18   15,000 barrels.  Is that even based on accurate information?

10:42:02 19   A.   It's not -- it's not accurate, certainly based on my

10:42:07 20   review of the Wild Well Control summary, which is a formal

10:42:10 21   document, so no.

10:42:11 22   Q.   Now, based on your background and experience and 34 years

10:42:18 23   in your capacity -- in various capacities in engineering, would

10:42:22 24   you make decisions to not go forward with Top Kill because one

10:42:26 25   engineer in a text sent at 3:25 a.m., that has incorrect

10:42:32 1   information, reaches a preliminary opinion as to what the

10:42:35 2   reason was that Top Kill didn't work?

10:42:39 3   A.   Absolutely not.  It's a lot more that has to be taken into

10:42:43 4   account than a text message.  So no, assuming -- I actually

10:42:49 5   don't even know why he sent it out.  I'm assume it was an

10:42:52 6   update he was trying to send at the time.  But no, you rely on

10:42:55 7   the data that's come in from the vessels.

10:42:57 8   Q.   Did you review some of the work that the Federal Science

10:43:16 9   Team did in connection with Top Kill?

10:43:17 10  A.   Yes.

10:43:18 11  Q.   And did you review some of the information that they had

10:43:23 12  going prior to the Unified Command approving Top Kill?

10:43:28 13  A.   I reviewed a -- communications confirming they're

10:43:33 14  conducting independent work, that's correct.

10:43:35 15  Q.   Look at 9245.2.2.4, please.

10:43:43 16       Tell the Court what this e-mail dated May 18th of

10:43:47 17  2010, eight days before Top Kill is executed, titled "Summary

10:43:56 18  Points from the Kill the Well on Paper Discussion" is about?

10:43:58 19  A.   This is a summary note sent out from a "Kill the Well on

10:44:04 20  Paper" meeting that was held on May 18th.

10:44:07 21       Highlighted in yellow, both in the e-mail

10:44:10 22  distribution list and also at the bottom, the attendee list,

10:44:15 23  are the government science participants.

10:44:19 24  Q.   So did the government participate in this meeting on

10:44:23 25  May 19th regarding "Kill the Well on Paper"?

**OFFICIAL TRANSCRIPT**

10:44:25  1    A.    On May 18th, yes.  Certainly that's the indication they

10:44:28  2    participated, yes.

10:44:28  3    Q.    And folks like Mr. Curtt Ammerman as well as

10:44:34  4    Charles Morrow and others participated?

10:44:37  5    A.    Yes.  The highlighted yellow list, they were attendees,

10:44:40  6    correct.

10:44:40  7    Q.    Now, if we can look at 9245.2.5, please.

10:44:50  8          As part of the memo that was generated for the "Kill

10:44:54  9    the Well on Paper" meeting in which government scientists

10:44:57 10    participated, there is a third bullet.

10:45:00 11          "Modeling indicates that a dynamic kill cannot be

10:45:02 12    successfully executed if the oil flow rate is 15,000 barrels,

10:45:08 13    stock tank barrels per day."

10:45:10 14          Is this information that was shared with the

10:45:13 15    United States government, including members of the

10:45:14 16    Science Team, prior to the execution of Top Kill?

10:45:16 17    A.    Yes.  That's a summary point that was highlighted at the

10:45:20 18    "Kill the Well on Paper" meeting, so yes.

10:45:22 19    Q.    And did you see evidence that after this information was

10:45:28 20    communicated, the government Science Team did some of its own

10:45:31 21    work and independent analysis to understand Top Kill?

10:45:39 22    A.    Yes, I did.

10:45:40 23    Q.    Now, if you can look at D-23798.1.

10:45:48 24          This is an e-mail from Donald Sullivan to a number of

10:45:55 25    individuals, all with e-mails ending in .gov, and it's titled

10:46:03 1   "End of Day Update," Wednesday, May 26th of 2010.

10:46:07 2          Do you recognize this document?

10:46:07 3   A.   Yes, I do.

10:46:08 4   Q.   Is this one of the documents you considered in reaching

10:46:11 5   your opinions in this case?

10:46:12 6   A.   Yes.

10:46:13 7   Q.   Do you know who Mr. Sullivan works for?

10:46:17 8   A.   He's down there as one of the labs, federal science labs.

10:46:22 9   Q.   And is May 26, 2010, the first day of the Top Kill

10:46:31 10  operations?

10:46:31 11  A.   That's correct.

10:46:31 12  Q.   Mr. Sullivan reports to a number of individuals within the

10:46:37 13  various labs, and members of the Science Team, he says, "A

10:46:42 14  joint meeting amongst the labs and DOE leadership was held to

10:46:47 15  discuss conclusions of the diagnostics.  In general, it was

10:46:52 16  agreed that the kill shot should be executed, and to have

10:46:55 17  higher assurance that the flow will primarily go down the

10:47:00 18  annulus, the test ram should be opened and pressure should be

10:47:03 19  placed on the upper ram."

10:47:05 20          And he goes on to say, "This independent analysis

10:47:09 21  agreed with the conclusions drawn by BP, noting that they had

10:47:14 22  not thought of closing the upper pipe ram and they then

10:47:19 23  included it in their procedure."

10:47:21 24          Does this support your opinion that the government

10:47:24 25  was conducting an independent analysis of Top Kill?

**OFFICIAL TRANSCRIPT**

10:47:28  1          MR. DOYEN:  Your Honor, I'll object to that.  He does

10:47:31  2     not express an opinion and has no foundation or expertise to be

10:47:34  3     expressing opinions on what the government does on an

10:47:40  4     independently adequate basis, independent of whatever BP was

10:47:44  5     telling them.  That's not the subject of his report.

10:47:47  6          THE COURT:  I sustain the objection.

10:47:48  7          MS. KARIS:  Your Honor, if I may respond.  Mr. Adams

10:47:51  8     does have this in his report, and in his opinions.  I'm happy

10:47:54  9     to move on, if you would like me to, but he has --

10:47:56 10          THE COURT:  Let's move on.

10:47:59 11          MS. KARIS:  Okay.

10:47:59 12     EXAMINATION BY MS. KARIS:

10:48:08 13     Q.   Mr. Adams, did you also -- did you render opinions in this

10:48:15 14     case in connection with the analysis that was done coming out

10:48:19 15     of Top Kill?

10:48:20 16     A.   Yes, I did.

10:48:21 17     Q.   And does your report contain opinions about BP's analysis

10:48:28 18     as well as the government's analysis following Top Kill?

10:48:31 19     A.   Yes, it does.

10:48:32 20     Q.   And did you render opinions in this case about BP's

10:48:37 21     analysis as well as the government's analysis coming out of

10:48:41 22     Top Kill?

10:48:42 23     A.   I rendered opinions on the government having conducted

10:48:46 24     independent analysis.

10:48:47 25     Q.   We can look at D-23799.1.  I'm sorry.  If we can first

                              **OFFICIAL TRANSCRIPT**

10:49:04  1    look at Mr. Adams' report.  I'm not sure what -- I'm sorry.

10:49:10  2    I'll give you the number.

10:49:12  3            That would be 11738.1.  There you go.  We can turn to

10:49:27  4    page 15, and call out the first paragraph under "Top Kill data

10:49:36  5    increased concerns about integrity of the well."

10:49:41  6            Is this part of the report -- I'm sorry -- is this a

10:49:44  7    page from the expert report you've rendered in this case?

10:49:46  8    A.    Yes, it is.

10:49:47  9    Q.    And if you'll look, starting with the:  "Once the Top Kill

10:49:52 10    data was collected, BP and the U.S. scientists examined it."

10:49:58 11    You go on to say, "The interpretation of the data caused the

10:50:01 12    well integrity concerns to be evaluated, specifically if the

10:50:05 13    well was shut-in, it could cause the oil to exit the wellbore,

10:50:09 14    fracture the formations and ultimately exit the sea floor."

10:50:13 15            Is that an opinion you rendered in this case?

10:50:15 16    A.    Yes, it was.

10:50:20 17    Q.    And did you review the government science team's

10:50:23 18    independent analysis that you're referencing here when you say

10:50:26 19    "the U.S. scientists examined it"?

10:50:28 20    A.    I reviewed the documentation that said that they had

10:50:34 21    conducted independent analysis.

10:50:35 22    Q.    If we can look quickly at D-23799.1.

10:50:43 23            This is an e-mail dated May 30th from Secretary Chu

10:50:47 24    to Dan Leistikow with a cc to Dr. Hunter, Dr. O'Connor and a

10:50:54 25    number of others.

**OFFICIAL TRANSCRIPT**

10:51:00 1          Describe for us generally what this e-mail reflected

10:51:02 2     to you in connection with your opinions in this case?

10:51:04 3          MR. DOYEN:  Your Honor, I'm going to renew my

10:51:07 4     objection, if I take the thrust of this line, which is to

10:51:10 5     suggest that the witness is opining on independent analyses

10:51:13 6     conducted by the government.

10:51:14 7               His opinions, he's expressed earlier in the case

10:51:19 8     and to the Court, relate to the reasonableness of BP's actions.

10:51:24 9     He does not purport to be any kind of expert on government

10:51:27 10    decision-making.  Doesn't have a foundation for saying he's

10:51:31 11    looked at enough of the materials, talked to enough government

10:51:33 12    officials, read enough government depositions to possibly be

10:51:37 13    opining on whether or not the government did an independent

10:51:39 14    analysis, and merely referring to a couple of documents that he

10:51:43 15    thinks might say that doesn't render him an expert.

10:51:47 16         MS. KARIS:  Your Honor, if you look at Footnote 56 of

10:51:49 17    Mr. Adams' report, he specifically cites this document as part

10:51:54 18    of the basis for his opinions, that once Top Kill data was

10:51:59 19    collected, BP and the U.S. scientists examined it, and it goes

10:52:02 20    on to talk about their interpretation of that data.  This

10:52:05 21    specific document is in Footnote 56, along with other

10:52:08 22    documents.

10:52:09 23         THE COURT:  Where is his opinion that you're about to

10:52:11 24    ask him about?

10:52:12 25         MS. KARIS:  His opinion is at the top, Your Honor, 3.6.

**OFFICIAL TRANSCRIPT**

10:52:16  1          "Once the Top Kill data was collected, BP and the

10:52:19  2  U.S. scientists examined it.

10:52:20  3          THE COURT:  Wait, wait.  I don't want you to read it.

10:52:22  4          MS. KARIS:  I'm sorry.  Yes.

10:52:24  5          THE COURT:  In 3.6?

10:52:26  6          MS. KARIS:  Correct.

10:52:39  7          THE COURT:  Well, it's not an opinion.  He says they

10:52:41  8  examined it.  I guess that could be an opinion, but that's kind

10:52:44  9  of a statement of fact, I guess.

10:52:44 10          MS. KARIS:  If I may respond.

10:52:49 11          THE COURT:  I don't know where you're going with this.

10:52:52 12  So much of this sounds repetitive to what I've already heard in

10:52:56 13  this case, but you're eating up Mr. Brock's time, so --

10:53:01 14          MS. KARIS:  Understood.  And if I may respond.

10:53:04 15          MR. BROCK:  I've ceded a bit.

10:53:05 16          MS. KARIS:  An assertion has been made in the case that

10:53:07 17  BP's conclusion was unreasonable.

10:53:09 18          THE COURT:  I know.  But we've heard this stuff -- I've

10:53:13 19  heard this stuff several times now in the last four days, so --

10:53:19 20          Go ahead.  What do you want to ask him?  But I

10:53:21 21  think you're wasting your time, but that's up to you.

10:53:24 22          MS. KARIS:  I'll move quickly through this.

10:53:24 23  EXAMINATION BY MS. KARIS:

10:53:27 24  Q.   Does Secretary Chu indicate in this e-mail that the

10:53:29 25  government is conducting -- under Bullet Number 2, you're

                          **OFFICIAL TRANSCRIPT**

10:53:34 1  getting the data at the same time as BP engineers and

10:53:38 2  conducting our own independent analysis of the data so we can

10:53:43 3  verify the conclusions that BP is making at every step.

10:53:45 4  A.    Yes.   That was a conclusion I drew from that, yes.

10:53:48 5  Q.    Can you summarize, what was BP's conclusion coming out of

10:53:52 6  Top Kill with respect to well integrity?

10:53:54 7  A.    Coming out of Top Kill, the concern was that a new, well,

10:53:59 8  a new concern was identified, and as a result BOP-on-BOP was

10:54:10 9  removed from the table.

10:54:10 10  Q.    And did you review documents that reflected what the

10:54:16 11  government's conclusion was from its independent analysis?

10:54:19 12  A.    Yes, I did.

10:54:20 13  Q.    What did those documents indicate about the government's

10:54:23 14  conclusion following your independent analysis?

10:54:27 15        MR. DOYEN:   Your Honor, I object again.   The witness

10:54:28 16  doesn't have -- it's not been established he has a foundation

10:54:32 17  adequate to be talking about government processes in the case.

10:54:35 18        THE COURT:   I think -- I think we're getting beyond

10:54:38 19  this witness's expertise.

10:54:39 20        MS. KARIS:   I'll move on, Your Honor.

10:54:44 21  EXAMINATION BY MS. KARIS:

10:55:07 22  Q.    Mr. Adams, following Top Kill, was a recommendation made

10:55:10 23  to remove BOP-on-BOP from the -- as the next step in the source

10:55:18 24  control strategy?

10:55:19 25  A.    Yes, it was.

**OFFICIAL TRANSCRIPT**

10:55:19 1    Q.   And can you give the Court an overview of, from your

10:55:24 2    perspective, first, what was the reason that that decision was

10:55:27 3    made?

10:55:29 4    A.   It was primarily due to a concern that was identified or

10:55:34 5    the risk was identified that the collapse disks in the casing

10:55:40 6    had actually already failed.  So up until that point, the

10:55:43 7    concern was that operations would initiate a failure of the --

10:55:51 8    or a rupture of the burst disks.

10:55:55 9         The data analysis from the Top Kill highlighted a

10:56:01 10   concern that the disks had already failed, and as a result,

10:56:02 11   there was an open communication path to the formation, which

10:56:09 12   radically reduced the -- pressure in the well.

10:56:11 13   Q.   In your professional opinion, given that that concern

10:56:14 14   could not be ruled out, was it prudent for BP to recommend not

10:56:20 15   proceeding with BOP-on-BOP?

10:56:22 16   A.   I think at that stage, given that that risk couldn't be

10:56:28 17   eliminated, I think, yes, it was.

10:56:30 18   Q.   Now, there has been a suggestion -- strike that.

10:56:34 19        There has been an assertion that the BOP-on-BOP was

10:56:38 20   ready to go before Top Kill was executed.  Did you review the

10:56:43 21   information in this case to determine whether, in fact, the

10:56:47 22   BOP-on-BOP was properly risk mitigated, properly engineered and

10:56:50 23   ready to go prior to Top Kill?

10:56:52 24   A.   Reviewed that in quite extensive detail actually because

10:56:57 25   of that -- of the confusion and the data.

**OFFICIAL TRANSCRIPT**

10:56:59  1   Q.    Tell us, what conclusion did you reach?

10:57:02  2   A.    The BOP-on-BOP was still undergoing a repair inspection

10:57:07  3   and maintenance at the time the Top Kill effort was conducted,

10:57:10  4   so it definitely wasn't ready to go.

10:57:13  5   Q.    Okay.  Was BOP-on-BOP ready to go following Top Kill, on

10:57:21  6   May 28th of 2010?

10:57:23  7   A.    No.  At that point, it was still undergoing maintenance.

10:57:26  8   Q.    Did the *DD II*, the *Development Driller II*, Transocean's

10:57:33  9   rig BOP, did it have outstanding maintenance issues prior to

10:57:39 10   the execution of Top Kill?

10:57:41 11   A.    Yes, it did.  It was an ongoing scope of work at that

10:57:43 12   point.

10:57:44 13   Q.    If we can look at TREX-11743.1.1.

10:57:52 14           Is this a West Engineering report prepared on the

10:57:58 15   *Development Driller II*'s outstanding maintenance issues for the

10:58:04 16   BOP following the Top Kill operation?

10:58:06 17   A.    It's not specifically just the outstanding issues.  It's a

10:58:11 18   summary of all of the work that was conducted, but, yes, it

10:58:14 19   includes that.

10:58:14 20   Q.    Fair point.  Does it include outstanding maintenance items

10:58:18 21   at the time the Top Kill was ready to go?

10:58:20 22   A.    Yes, it does.

10:58:21 23   Q.    And then if we can look at the *Enterprise* BOP, a

10:58:32 24   West Engineering report for *Enterprise*, which is 11677N.1.2.

10:58:39 25           Are you familiar with the -- are you aware that there

**OFFICIAL TRANSCRIPT**

10:58:43 1   was an early consideration to use the discovery *Enterprise* and

10:58:49 2   its BOP as part of the intervention BOP-on-BOP efforts?

10:58:52 3   A.   Yes, I was aware of that.

10:58:52 4   Q.   And do you have an understanding as to why that BOP was no

10:59:01 5   longer progressed for the BOP-on-BOP intervention efforts?

10:59:09 6   A.   My understanding is, it was removed -- the *Enterprise* was

10:59:12 7   moved on to a collection effort on May 11th, I believe.

10:59:16 8   Q.   So it was moved over to collection efforts.  At the time

10:59:18 9   that it was moved over to collection efforts, were there

10:59:22 10  outstanding maintenance issues with, again, Transocean's BOP on

10:59:27 11  the *Discoverer Enterprise*?

10:59:28 12  A.   Yeah.  Again, that BOP had ongoing work at that time,

10:59:32 13  that's correct.

10:59:32 14  Q.   If we can look at D-23933.1 -- I'm sorry, first,

10:59:41 15  D-23808.1.

10:59:49 16       Does this reflect some of the outstanding issues that

10:59:53 17  the *Discoverer Enterprise* had in this document dated May 26th

10:59:59 18  of 2010?

11:00:00 19  A.   Yes.  It's a summary of some of the key points during that

11:00:03 20  entire maintenance program, but the outstanding issues are

11:00:06 21  highlighted in there as well, yes.

11:00:07 22  Q.   And there is one under the moonpool Coflexip hoses.

11:00:12 23       "All hoses in the moonpool were observed to have

11:00:14 24  damage to the outer protective sheath and will need to be

11:00:17 25  replaced."  In capital letters, "No certification was produced

**OFFICIAL TRANSCRIPT**

11:00:22  1    on the rig."

11:00:23  2         That would be Transocean's rig, correct?

11:00:27  3    A.   That's correct.  It relates to high pressure hoses that

11:00:31  4    connect the pipe work in the moonpool area.

11:00:34  5    Q.   If we can look at D-23933.1.

11:00:38  6         Can you tell the Court what this photograph is from?

11:00:43  7    First of all, where does it come from?

11:00:44  8    A.   It's a photograph out of the West report.  And what

11:00:48  9    they've done basically is just highlighted with arrows where

11:00:52 10    the damage was.  And then on the right-hand side --

11:00:56 11    Q.   Do you have a pointer up there?

11:00:58 12    A.   Sure.

11:01:02 13    Q.   I'm sorry.  If you could point to us what damage

11:01:04 14    West Engineering identified in connection with the *Enterprise's*

11:01:07 15    BOP that is being alleged as ready to go prior to Top Kill?

11:01:09 16    A.   Yeah.  This is just a couple of photographs from West's

11:01:12 17    report.  The one --

11:01:20 18         MS. KARIS:  Your Honor, if I can approach?

11:01:20 19         THE COURT:  Yes.

11:01:22 20         THE WITNESS:  The picture on the left -- and this is

11:01:23 21    from West Engineering's own report.  The picture on the left

11:01:26 22    and the arrows that they've highlighted are just showing areas

11:01:29 23    where they identified damage in the hoses.

11:01:32 24         And then -- and again, this is their report, not

11:01:34 25    mine.  And enlarged it to show an area of damage on there.

**OFFICIAL TRANSCRIPT**

11:01:39 1  Just primarily -- it was just them highlighting the fact that

11:01:43 2  the hoses needed replacement.

11:01:45 3  EXAMINATION BY MS. KARIS:

11:01:45 4  Q.    In your professional opinion, given your use of well

11:01:49 5  control equipment, would you have recommended using this BOP at

11:01:55 6  this time as part of the intervention efforts?

11:01:56 7  A.    I don't think you could have, no.

11:02:04 8  Q.    Were you here when Mr. Turlak testified?

11:02:10 9  A.    Yes, I was.

11:02:11 10 Q.    Were there issues with the casing shear rams on the

11:02:19 11 *Enterprise*?

11:02:23 12 A.    There was a repair done to the casing shear rams on the

11:02:26 13 *Enterprise*, that's correct, and there were also issues on the

11:02:30 14 *DD II*, casing shear rams.

11:02:31 15 Q.    Now, were you here when Mr. Turlak said that those casing

11:02:38 16 shear rams -- I'm sorry, the *DD II*.   I misspoke.

11:02:41 17 A.    *DD II*, correct.

11:02:43 18 Q.    With respect to the *DD II*'s casing shear rams, he did not

11:02:49 19 believe to be -- that to be a problem because you, quote,

11:02:53 20 wouldn't need your casing shear rams.

11:02:56 21 A.    Yeah, what -- when the *DD II* subsequently ran the BOP

11:03:01 22 stack, after inspection testing, there was a problem with the

11:03:07 23 casing shear rams control, so that the BOP had to be recovered

11:03:10 24 and repaired.

11:03:11 25            Now, the comment, I think, relating to the fact that

**OFFICIAL TRANSCRIPT**

11:03:16  1    the casing shear rams weren't required for the intervention,

11:03:20  2    but if you look at the BOP-on-BOP procedure, the very first --

11:03:26  3    the operational step is to close the casing shear rams, so they

11:03:32  4    very much were required on the BOP-on-BOP procedure.

11:03:36  5    Q.   And if you can pull up D-23 -- I'm sorry, D-24365.1.

11:03:46  6         Is this Mr. Turlak's testimony where he says, "My

11:03:49  7    point was that if we're running BOP-on-BOP, this problem really

11:03:52  8    wouldn't be a problem because you wouldn't really need your

11:03:55  9    casing shear rams"?

11:03:56 10    A.   Yes.

11:03:58 11    Q.   And if we can now look at TREX-140700.12.1.

11:04:04 12         Is this the procedure that you were referencing that

11:04:07 13    talks about closing the casing shear rams?

11:04:09 14    A.   Yes.  That's just the BOP-on-BOP procedure.  And the very

11:04:13 15    first step, once the stack has landed, is to close the casing

11:04:20 16    shear rams as part of securing the well.  So you very much did

11:04:25 17    need the casing shear rams as part of the BOP-on-BOP procedure.

11:04:28 18    Q.   In your professional opinion, would you have

11:04:30 19    recommended -- would it have been prudent for BP to proceed

11:04:34 20    with using the *DD II*'s BOP when it had outstanding issues with

11:04:41 21    the casing shear rams?

11:04:43 22    A.   I think it would have been an extremely hard judgment call

11:04:46 23    to -- especially in the background of what's just happened, to

11:04:50 24    be using a defective BOP to do an intervention.

11:04:54 25    Q.   Would you have recommended using a BOP that had problems

**OFFICIAL TRANSCRIPT**

11:04:57  1   with the casing shear ram as an intervention BOP?

11:05:01  2   A.    No.

11:05:06  3   Q.    Let's move on now to the -- were there modifications

11:05:11  4   required in order to proceed -- strike that.

11:05:17  5          Were there modifications required to both the

11:05:20  6   *Enterprise*'s as well as the *DD II*'s BOP in order to use it as

11:05:25  7   an intervention BOP?

11:05:26  8   A.    There was a -- again, back to mitigating risks.  Because

11:05:31  9   of the risk of a -- the well integrity concern, a venting

11:05:37  10  option had been identified as a way to mitigate that risk, so

11:05:41  11  yes, both BOPs -- or either BOP would have required

11:05:46  12  installation of the subsea venting capability.

11:05:49  13  Q.    If we can look at D-23811.1.1.

11:05:58  14          And just briefly, does this describe the reasons why

11:06:01  15  the BOP needed modifications as part of a risk mitigation

11:06:05  16  approach?

11:06:07  17  A.    Yes, it does.

11:06:07  18  Q.    Have the modifications that were necessary as part of a

11:06:18  19  risk mitigation approach been completed prior to Top Kill?

11:06:22  20  A.    No.  They were still a -- sourcing the parts.

11:06:28  21  Q.    And did you review internal documents from Transocean that

11:06:31  22  recognized that as of May 18th, their own prediction was you

11:06:35  23  needed 10 to 14 more days in order to accomplish this risk

11:06:40  24  mitigation procedure?

11:06:41  25  A.    That was the time estimate for the modification, that's

**OFFICIAL TRANSCRIPT**

1077

11:06:43  1   correct.

11:06:43  2   Q.   And so what does that indicate to you as to whether the

11:06:49  3   BOP-on-BOP was ready to go prior to the Top Kill?

11:06:51  4   A.   Well, working on the time estimate window, that even at

11:06:54  5   the low end of the range, you add 10 days to 18 you're at 28.

11:06:59  6   And subsequent estimates were showing it to be early June.

11:07:05  7   Q.   Now, were you here when Mr. Perkin testified on behalf of

11:07:10  8   the aligned parties?

11:07:11  9   A.   Yes, I was.

11:07:12 10   Q.   He asserted that the subsea choke wasn't necessary for the

11:07:17 11   second BOP because you could -- venting could be achieved

11:07:22 12   through the existing choke and kill lines.

11:07:24 13        Are you aware of that opinion?

11:07:25 14   A.   I've seen that opinion and heard it, correct.

11:07:28 15   Q.   Do you agree with that opinion?

11:07:29 16   A.   No, I don't.

11:07:30 17   Q.   Why not?

11:07:31 18   A.   The concern about a -- venting through the rig's choke and

11:07:38 19   kill system is -- point of fact, what they are doing there is

11:07:41 20   taking a -- hydrocarbons at potentially a high rate up through

11:07:49 21   the rig's choke and kill lines up to the vessel.

11:07:55 22        And the big issue is, you don't know how long you

11:07:58 23   might have to do that for.  So potentially, once you initiated

11:08:01 24   that, you might be connected to the well, venting at an unknown

11:08:07 25   rate, potentially for the duration of the relief wells, so you

**OFFICIAL TRANSCRIPT**

11:08:11 1    could potentially be in that situation for several months.

11:08:14 2    Q.    If we can pull up D-23771A, please.

11:08:19 3            This is titled "Venting with the Choke and Kill Lines

11:08:23 4    on the Intervention BOP."

11:08:25 5            Does this animation depict your views -- or your

11:08:29 6    opinion with respect to why it would not have been prudent to

11:08:32 7    use a procedure that had venting taking place through the BOP's

11:08:39 8    choke and kill lines?

11:08:40 9    A.    I think it's a simplified animation, but yes, it will

11:08:44 10   demonstrate that.

11:08:46 11           One starting point, I guess, on that is that the

11:08:49 12   mitigation that had been identified and was being put in place

11:08:54 13   was to have a venting capability off the BOP with a subsea

11:09:00 14   vent, so any pressure buildup, any concern would be vented

11:09:06 15   subsea away from the rig, away from the vessel.  And that was

11:09:11 16   the method that was being -- had been risk mitigated and was

11:09:16 17   being progressed.

11:09:16 18   Q.    So just to -- I'm sorry.  Just to summarize, the option

11:09:20 19   being progressed at the time was to put a subsea choke in as a

11:09:26 20   mitigation effort -- as a mitigation step, correct?

11:09:28 21   A.    That's correct.

11:09:28 22           So in the event that a pressure was too high, a

11:09:32 23   pressure had to be vented or the rig had to depart or there

11:09:37 24   any sort of surface shutdown, the pressure could be vented

11:09:42 25   subsea away from the vessel.  If you're going to produce up the

**OFFICIAL TRANSCRIPT**

11:09:47  1   choke and kill lines, that, obviously, couldn't happen.

11:09:50  2   Q.    Now, if you did it the way Mr. Perkin said -- can we run

11:09:56  3   the animation, and tell us what your concern is with

11:09:59  4   Mr. Perkin's opinion that you don't need that subsea choke.

11:10:02  5   You can just use the choke lines of the intervention BOP.

11:10:09  6   A.    Well, if you play it, I'll maybe stop it in a minute,

11:10:12  7   but --

11:10:12  8         So this is basically showing the BOP at the bottom.

11:10:17  9   We've got a drilling riser all the way to an intervention

11:10:20 10   vessel at the top.  We've got choke and kill lines coming up

11:10:24 11   with the riser here at the top of the vessel.

11:10:30 12         Stop it one second.

11:10:31 13         So what we've got here is we got the choke and kill

11:10:33 14   lines coming up off the intervention BOP, maybe 5,000 feet of

11:10:38 15   drilling riser here with the intervention rig up at the top.

11:10:41 16         Now, as I said, the green line was to vent away from

11:10:47 17   the vessel subsea, so in the event of any hydrocarbon venting

11:10:51 18   required, it would be away from the vessel.  It wouldn't

11:10:55 19   jeopardize the intervention vessel.

11:10:56 20         In the event we opted to go with what Mr. Perkin was

11:11:02 21   proposing, it would be flowing up to 5,000 feet of drilling

11:11:08 22   riser through these Coflexip choke and kill lines -- and again,

11:11:13 23   these are similar to the ones identified in the West report --

11:11:16 24   to the surface vessel.

11:11:17 25         Play it again, please.

**OFFICIAL TRANSCRIPT**

11:11:18 1   Q.   Looks like we got stuck.

11:11:33 2   A.   Here we go.

11:11:34 3         So it's shooting on through.  The concern would be

11:11:37 4   that if we started -- once we started venting, if that was

11:11:41 5   required, the venting capability is then up under the vessel,

11:11:47 6   so in the event you get any damage to your lines or erosion in

11:11:50 7   the lines, a surface release, you expose people on this vessel

11:11:56 8   to potential explosion risk, just like in the original

11:12:00 9   incident.

11:12:00 10        So given the mitigation had already been progressed

11:12:02 11  to take hydrocarbons away from the stack, away from the vessel,

11:12:10 12  this scenario here is just so high risk, so --

11:12:16 13  Q.   So given that there were modifications required for a

11:12:22 14  choke and those modifications were not ready as of Top Kill,

11:12:28 15  plus this alternative option that's been proposed, in your

11:12:32 16  opinion, was not the prudent way to proceed, did you see

11:12:38 17  evidence -- any evidence to support that BOP-on-BOP was ready

11:12:43 18  to go before Top Kill?

11:12:46 19  A.   Well, to the contrary, I saw quite a lot of evidence to

11:12:52 20  show that it wasn't available before Top Kill.  So no, I didn't

11:12:55 21  see any evidence to say it was ready prior.

11:12:57 22  Q.   Let's move forward now.  After the strategy is made to

11:13:03 23  move to containment, which Mr. Dupree told us about, so we

11:13:06 24  won't talk about that, was there a need to cut the riser to

11:13:11 25  proceed with containment efforts?

**OFFICIAL TRANSCRIPT**

11:13:13 1    A.    Yes.

11:13:16 2    Q.    And we started by talking about all of the uncertainties

11:13:20 3    and data and information becoming known.

11:13:23 4    A.    That's correct.

11:13:23 5    Q.    What information became known as a result of cutting the

11:13:27 6    riser?

11:13:28 7    A.    When the riser was cut above the LMRP, it was apparent

11:13:34 8    there were two joints of drill pipe in the riser -- or two

11:13:37 9    pieces of drill pipe in the riser where the expectation -- the

11:13:41 10   understandable expectation, there was only going to be one.

11:13:46 11   Q.    If we can look at D-23822.1, please.

11:13:51 12         What are we looking at here in this photograph?

11:13:53 13   A.    What we're looking at here -- it's kind of hard to see,

11:13:58 14   but that's the riser after it's been cut.  The understandable

11:14:04 15   expectation is that there's one piece of drill pipe through

11:14:07 16   there, because there's only one piece of drill pipe in the

11:14:10 17   well, but when they cut the riser and looked at it with the

11:14:13 18   ROV, they saw two pieces of pipe side by side.

11:14:16 19         So I highlighted a couple of things.  One, just the

11:14:20 20   unknowns that people are dealing with, because until the cut,

11:14:25 21   it wasn't expected or anticipated, and justifiably so, that

11:14:29 22   there would be two pieces of pipe.  So that's the first thing.

11:14:31 23         And then, again, in how these things evolve, it

11:14:38 24   highlighted additional risks associated with removing the LMRP

11:14:45 25   that had previously been considered.

**OFFICIAL TRANSCRIPT**

11:14:46 1   Q.   Mr. Dupree told us about what his concerns were about the

11:14:50 2   ability to remove the LMRP.  Did the data that was collected

11:14:53 3   after -- I'm sorry, as a result of trying to cut the riser and

11:15:01 4   discovering two pieces of drill pipe, support Mr. Dupree's

11:15:04 5   concerns about his ability to effectively remove the LMRP?

11:15:07 6   A.   I think the concerns he had were valid ones.  The

11:15:10 7   additional one that -- or one of the additional ones that came

11:15:15 8   in as a result of having two was whether or not the two would

11:15:19 9   interfere and make that worse, or whether one of those pieces

11:15:21 10  could fall out.  Because drill pipe is quite heavy stuff, so if

11:15:25 11  it dropped out and hit the sealing phase on top of the BOP,

11:15:28 12  that would definitely cause issues subsequently trying to line

11:15:32 13  up another BOP or even a capping stack on it.

11:15:34 14  Q.   All right.  Let's move to the capping stack.

11:15:37 15       THE COURT:  Ms. Karis, I feel like I need to warn your

11:15:42 16  side that you are rapidly running out of time.  I don't know

11:15:46 17  what Mr. Brock has planned left.

11:15:49 18            I'm not keeping 100 percent accurate time, but I

11:15:54 19  added up roughly that you all have used 131 minutes this

11:16:01 20  morning, which is 2 hours and 11, and you only had 2 hours and

11:16:05 21  56 to start.  So you're down to 45 minutes left.  Just a

11:16:09 22  warning.

11:16:10 23       MR. BROCK:  Yes, sir.  Thank you.  We understand where

11:16:11 24  we are.

11:16:13 25       THE COURT:  All right.  Go ahead, Ms. Karis.

**OFFICIAL TRANSCRIPT**

11:16:18  1          MS. KARIS:  Thank you, Your Honor.

11:16:20  2   EXAMINATION BY MS. KARIS:

11:16:20  3   Q.   I would like to now move to the three-ram capping stack.

11:16:25  4   Could you tell the Court, how did the three-ram capping stack

11:16:28  5   fit into the collection strategy.

11:16:32  6   A.   The three-ram capping stack was installed following the

11:16:36  7   Top Kill effort.  It was introduced in a total containment

11:16:41  8   strategy.

11:16:41  9   Q.   Now, in his report, Mr. Perkin describes the capping stack

11:16:45 10   as, quote, essentially a smaller version of the BOP stack.  Do

11:16:51 11   you agree with that description?

11:16:53 12   A.   No, I don't.

11:16:53 13   Q.   If we can look up D-23823.1.

11:17:04 14          Can you tell us what demonstrative 2382 -- I'm sorry,

11:17:10 15   23823.1 reflects.

11:17:16 16   A.   It's just highlighting the key differences between the

11:17:19 17   capping stack and the BOP.  The capping stack, the three-ram

11:17:23 18   capping stack was installed.  It was optimized for containment,

11:17:27 19   so it could potentially be a total containment device.

11:17:32 20          So subject to surface collection, it would collect

11:17:38 21   everything coming out of the well.  It had multiple off-take

11:17:41 22   points to assist that happening.  It had pressure -- more

11:17:47 23   sophisticated pressure monitoring on it, to ultimately allow

11:17:50 24   that well integrity test that was conducted later on, so you

11:17:53 25   could actually gather data from the well capping -- the

                          **OFFICIAL TRANSCRIPT**

11:17:56  1    capping stack.

11:17:59  2         The venting system on it was specifically designed so

11:18:02  3    that, in the event of a surface vessel having to depart,

11:18:06  4    hurricane being the obvious one, so if you have to -- if the

11:18:10  5    surface vessels have to leave, the well would automatically

11:18:15  6    vent subsea rather than running the risk of the pressure now

11:18:20  7    causing a subsea broach, so the -- is specifically designed to

11:18:23  8    allow that.

11:18:23  9         A drilling BOP -- I mean, there are commonality

11:18:26 10    between some of the components, but a drilling BOP is not

11:18:29 11    designed to do that and doesn't have any of these features.

11:18:32 12    Q.   Does D-23823.1 list some of the differences between a

11:18:40 13    drilling BOP and the three-ram capping stack that was

11:18:44 14    ultimately used?

11:18:46 15    A.   Yes, it does.  Those are some of the key ones, correct.

11:18:49 16    Q.   In your opinion, were each of these features that the

11:18:52 17    three-ram capping stack had essential in order to execute safe

11:18:59 18    and reliable intervention operations?

11:19:01 19    A.   Certainly, as a containment capability and for subsea

11:19:07 20    venting, definitely, yes.

11:19:08 21    Q.   All right.  Now, I would like to talk about the -- how we

11:19:11 22    got to the three-ram capping stack, the development of that

11:19:15 23    stack.

11:19:16 24         D-23774A.1, please.

11:19:31 25         Can you remind us, again, of the progression, if you

11:19:33  1    will, between the two-ram capping stack and then ultimately the

11:19:35  2    decision to use a three-ram capping stack, very briefly?

11:19:39  3    A.    Very briefly, the two-ram capping stack was designed to

11:19:43  4    line and seal, so just to run and close in the well, with no

11:19:49  5    other capabilities.  So it was purely to instantly cap.

11:19:55  6          The issues with it was it didn't have -- well,

11:19:58  7    several issues, but primarily it didn't have a venting

11:20:01  8    capability in the event of overpressure.

11:20:03  9          The three-ram capping stack -- well, in addition to

11:20:06  10   the obvious one of having an additional ram, which would give

11:20:09  11   it redundancy, but it had multiple off-take points which

11:20:12  12   allowed for collection.

11:20:13  13         So in the event -- and in actual fact, the primary

11:20:19  14   installation reason for the three-ram capping stack was

11:20:22  15   ultimately as a containment device; but, had it been run as a

11:20:26  16   capping device, it also had the fall-back option to go to

11:20:31  17   containment.

11:20:31  18         The fail open capability was also important because

11:20:34  19   if you lose a control system, a control capability of your

11:20:40  20   stack, an event of the vessel departing or hurricanes or

11:20:44  21   shutdowns --

11:20:44  22   Q.    Let me stop you for a second.

11:20:46  23   A.    I'm sorry.

11:20:46  24   Q.    The two-ram capping stack, did it have a fail open

11:20:50  25   feature?

**OFFICIAL TRANSCRIPT**

11:20:50 1    A.    No, it didn't, no.

11:20:51 2    Q.    Why was -- first of all, what is a fail open feature?

11:20:55 3    A.    Simplistically, if the valves -- it's pushed open with

11:21:01 4    pressure against a spring.  So if you release the pressure --

11:21:05 5    this is simplified, but the spring would just pull the valve

11:21:10 6    shut or push the valve shut, so you actually require pressure

11:21:13 7    to hold it open.  So removing the pressure, if it's fail safe

11:21:17 8    close, it automatically closes.

11:21:21 9         That's by design.  These are like that for a good

11:21:23 10   reason, so that in the event you lose your surface capability,

11:21:26 11   the well will be secure.

11:21:28 12        The three-ram stack, there was an opposite

11:21:32 13   requirement.  The concern there was that if the vessel had to

11:21:36 14   leave or if you lost pressure -- lost control system pressure,

11:21:39 15   we didn't physically want the well to shut in because the

11:21:43 16   concern was that the pressure would build up so much, you could

11:21:45 17   cause a broach.

11:21:47 18        So the three-ram capping stack, the outlet modified

11:21:51 19   such that those valves worked in an opposite way, so the spring

11:21:56 20   wanted to hold it open, and you physically had to apply

11:22:00 21   pressure to close it.  So it worked in an opposite function.

11:22:03 22        So in the event you lost pressure, the valve would

11:22:07 23   open automatically or stay open, and it would vent subsea.

11:22:11 24   That was the reason for that.

11:22:12 25   Q.    Mr. Adams, in light of the information that was unknown,

**OFFICIAL TRANSCRIPT**

1087

11:22:16  1   the uncertainties that existed, as well as the data and

11:22:22  2   information continuing to be collected, was it prudent to move

11:22:25  3   from the two-ram capping stack to the three-ram capping stack?

11:22:28  4   A.   Yes, it was.

11:22:33  5   Q.   Let's move to what I believe is your final opinion.   In

11:22:39  6   your summary of opinions, you said you did not agree with the

11:22:43  7   assertion that the well could have been shut in in one week or

11:22:47  8   just a couple weeks.

11:22:50  9        Have you formed an opinion about the amount of time

11:22:52 10   it took to develop and deploy the capping stack?

11:22:56 11   A.   Yes, I have.

11:22:57 12   Q.   What is your opinion?

11:23:00 13   A.   I don't see any way we could have deployed that stack

11:23:04 14   within a week or weeks, if risks were being taken into account.

11:23:08 15   Q.   Mr. Perkin testified on Monday to the Court that the

11:23:15 16   BOP-on-BOP procedure could have been attempted by landing the

11:23:19 17   intervention BOP on the flex joint, thereby eliminating a bunch

11:23:24 18   of the time that it took to design, engineer and test all of

11:23:30 19   the work that was ultimately performed.  Do you agree with

11:23:36 20   Mr. Perkin's opinion?

11:23:37 21   A.   I definitely don't, no, absolutely not.

11:23:39 22   Q.   Why not?

11:23:41 23   A.   The capping stack -- I mean, simplistically, again, the

11:23:43 24   capping stack was about 18 feet high and weighed about 75 tons.

11:23:48 25   Still big, but it's -- the intervention BOP-on-BOP is about

**OFFICIAL TRANSCRIPT**

50-odd feet high and weighs in the order of 360 tons,
significantly higher.

The flex joint on the top of the LMRP and the
equipment there -- we were demonstrating that that equipment
wasn't anything close to strong enough to hold that weight.  So
that was one of the big issues on the capping stack design,
even at the 75-ton weight, was whether or not that would be
capable of doing it.

Q.   Why would the significant weight issue between the
capping stack -- or weight between the capping stack and the
BOP-on-BOP option present a challenge or an impossibility for
landing on the flex joint, as Dr. -- or Mr. Perkin suggested?

A.   Probably landing on the flex joint could probably have
been engineered, but the issue wasn't so much physically
getting it over the flex joint.  It would have been if you had
to disconnect for any reason again, if the rig had to depart,
you have to engineer it such that the infrastructure on the
seabed can support that weight.

So to have a 360-ton, a 50-foot-high weight sitting
on top of the flex joint, it wouldn't be capable of supporting
that.  So the potential significant than risk, and I think high
likelihood risk, would have been if the rig had to depart due
to failure in that flex joint, which would then have left the
intervention BOP potentially lying on the seabed.

Q.   Was the *Deepwater Horizon* BOP listing as well?

**OFFICIAL TRANSCRIPT**

11:25:30  1    A.    There was an ongoing, that's correct.   That was one of the

11:25:34  2    things that was taken into account when we were doing the

11:25:35  3    capping stack design -- or I'm saying the capping stack design.

11:25:39  4    The capping stack installation design, I should say.

11:25:42  5    Q.    Now, Mr. Ziegler, who testified on behalf of the aligned

11:25:47  6    parties, suggested that the capping stack could have shut in

11:25:53  7    the well in as little as seven or eight days.   Were you here

11:25:58  8    for that testimony?

11:25:59  9    A.    Yes, I heard that.

11:25:59 10    Q.    Do you agree with that opinion?

11:26:01 11    A.    No, I don't.

11:26:02 12    Q.    Why not?

11:26:04 13    A.    Well, firstly, what would that capping stack have looked

11:26:10 14    like?   The indications are -- well, also, there wasn't a

11:26:15 15    capping stack in existence at the time.   But there is no reason

11:26:18 16    to suggest that a capping stack, if it existed, wouldn't have

11:26:24 17    been designed to go onto the LMRP.

11:26:27 18         The lower marine riser package is designed to come

11:26:29 19    off the top of the stack, and that's where that intervention

11:26:33 20    mandrel is.   So the logical -- the expectation is that that's

11:26:37 21    the way a capping stack would have been designed.

11:26:40 22         Looking at the evolution of what happened on Macondo,

11:26:49 23    a capping stack designed with a connector on it would have

11:26:52 24    required modification in the same way the design was on the

11:26:58 25    three-arm capping stack, and that took several months to

**OFFICIAL TRANSCRIPT**

11:27:01 1    achieve.

11:27:01 2            So the well engineer which conducted the testing of

11:27:07 3    equipment, the design of the equipment, that definitely

11:27:11 4    couldn't be done in that time period.

11:27:12 5    Q.    If we can pull up D-23837.1.

11:27:17 6            It says, "Closing the Well with a Capping Stack,

11:27:25 7    Factors the Aligned Parties Have Missed."  Does this slide

11:27:28 8    summarize some of the factors that you believe Mr. Ziegler, as

11:27:35 9    well as Mr. Perkin, have missed in suggesting that the well

11:27:38 10   could have been shut in in a couple of weeks using the flex

11:27:42 11   joint or whatever another equipment?

11:27:44 12   A.    Yes, that just really summarizes what we just said.

11:27:48 13   That's correct.

11:27:48 14   Q.    In rendering your opinions and hearing the testimony, that

11:28:10 15   is, that of Dr. Ziegler -- I'm sorry, Mr. Ziegler, Mr. Perkin,

11:28:14 16   and Dr. Bea, in your opinion was there any support for the view

11:28:22 17   that you could have shut this well in in two to three weeks, in

11:28:26 18   light of all of the uncertainties that existed?

11:28:31 19   A.    With the equipment that was available and the unknowns

11:28:35 20   that they were faced with, I really struggle to see where that

11:28:40 21   opinion comes from.  So, no, I definitely don't agree with that

11:28:44 22   opinion.

11:28:44 23   Q.    In your opinion, is it possible to predict how long it

11:28:47 24   would have taken to shut the Macondo Well in, given all of the

11:28:50 25   unknowns and all of the uncertainties that had to be addressed

11:28:53  1   at that time?

11:28:54  2   A.   No.

11:28:56  3            MS. KARIS:  I have no further questions.

11:28:56  4            MR. DOYEN:  Just a moment, Your Honor?

11:28:56  5            THE COURT:  Yes.

11:30:01  6            MR. DOYEN:  Is this on?  Am I live?

11:30:04  7            THE COURT:  I think so.

11:30:05  8            MR. DOYEN:  Thank you, Your Honor.

11:30:05  9                 Good morning, Your Honor.

11:30:05 10            THE COURT:  Good morning.

11:30:05 11   CROSS-EXAMINATION BY MR. DOYEN:

11:30:05 12   Q.   Mr. Adams --

11:30:07 13   A.   Good morning.

11:30:07 14   Q.   -- I'm Mike Doyen.  I'm representing Transocean, here on

11:30:13 15   behalf of Transocean and the aligned parties.  I have you on

11:30:15 16   cross-examination.

11:30:16 17            Mr. Adams, it would be fair to say, wouldn't it, that

11:30:25 18   prior to Macondo, you had never been involved in any blowouts?

11:30:31 19   A.   You're talking operationally?  No, that wouldn't be

11:30:34 20   correct to say.

11:30:35 21   Q.   All right.  Let's pull up Adams number 1, Adams

11:30:39 22   deposition 64, line 17, 65, Line 18.

11:30:46 23            It's a question you gave a fairly long answer to,

11:30:50 24   characteristically, at the deposition.

11:30:52 25            "QUESTION:  Okay.  How many times have you or Norwell

**OFFICIAL TRANSCRIPT**

11:30:55  1    successfully stopped the flow of oil from a blown-out well?"

11:31:01  2              I'm going to come all the way down here to line 10 on

11:31:02  3    the next page.

11:31:03  4              "So, to date, we have always been successful, and

11:31:06  5    none of our wells I've been involved with have blown out.  So

11:31:10  6    you could argue that because we've been good at that, we

11:31:12  7    haven't been involved in any blowouts."

11:31:16  8              Were you asked that question, did you give that

11:31:19  9    answer at your deposition?

11:31:19 10    A.    I guess I did.

11:31:21 11    Q.    Thank you.

11:31:25 12              You, prior to Macondo, had never capped a flowing

11:31:28 13    well, had you?

11:31:28 14    A.    Never capped a flowing well, that's correct.  I've been

11:31:31 15    involved in -- you asked the question, have I been involved in

11:31:34 16    it.  That's different, but, no.

11:31:36 17    Q.    I didn't -- we'll go a lot shorter if you'll answer my

11:31:42 18    questions.

11:31:43 19              Before Macondo, you had never killed a well using a

11:31:46 20    momentum kill; isn't that true?

11:31:47 21    A.    That's true.

11:31:47 22    Q.    Before Macondo, you had never killed a well using a junk

11:31:52 23    shot; isn't that true?

11:31:53 24    A.    That's true.

11:32:00 25    Q.    Now, Counsel asked you an interestingly precise question,

**OFFICIAL TRANSCRIPT**

11:32:05 1  I think.  You were giving some testimony on a number of reasons

11:32:10 2  you thought there were things being done to the BOP-on-BOP

11:32:16 3  during May.  Do you recall that general line of testimony?

11:32:19 4  A.   Generally, yes.

11:32:19 5  Q.   Things that occurred before Top Kill, correct?

11:32:21 6  A.   Correct.

11:32:22 7  Q.   Then she asked you if it was your opinion on May 28th, the

11:32:26 8  day that the Top Kill exercise ended, whether there were still

11:32:32 9  maintenance items on the *DD II* BOP that hadn't been completed.

11:32:35 10  Do you recall that?

11:32:35 11  A.   I recall, that's correct.

11:32:37 12  Q.   In fact, you say in your report, don't you, that those

11:32:41 13  maintenance items were done on May 29th, correct?

11:32:47 14  A.   Say again.

11:32:47 15  Q.   The outstanding maintenance items on the *DD II* were

11:32:52 16  completed, according to what you say in your report, on

11:32:56 17  May 29th, correct?

11:32:57 18  A.   If you're referring to the West report, which is the

11:33:00 19  actual specifics of what was ongoing --

11:33:03 20  Q.   Yes, sir.

11:33:04 21  A.   -- they weren't complete at that time, no.

11:33:06 22  Q.   All right.  Let's look at call-out TREX-11738.5.2.

11:33:29 23       You state in your report, "However, during

11:33:32 24  testing" -- this is of the *DD II* BOP, correct?

11:33:37 25  A.   Yes.

**OFFICIAL TRANSCRIPT**

11:33:37 1    Q.    "During testing in May 2010, several leaks and other

11:33:41 2    maintenance issues were found that required Transocean

11:33:45 3    personnel to undertake repairs to the Transocean-owned and

11:33:49 4    maintained *DD II* BOP.  This work took until May 29th to be

11:33:56 5    completed."

11:33:58 6         That is what you state in your report, isn't it?

11:33:59 7    A.    That's what's stated in the report, that's correct.

11:34:02 8    Q.    You were here earlier when various witnesses testified to

11:34:10 9    those Gantt chart schedules that showed when various pieces of

11:34:14 10   work would be done, correct?

11:34:16 11   A.    That's correct.

11:34:16 12   Q.    You were here when witnesses had up schedules dated

11:34:20 13   May 29th that showed commencing immediately after the Top Kill

11:34:24 14   was over, the BOP could be splashed, and the well vent closed

11:34:29 15   and vented as necessary by June 6th, correct?

11:34:34 16   A.    Those were predicted in forward projection Gantt charts,

11:34:37 17   that's correct.

11:34:37 18   Q.    You saw those, correct?

11:34:38 19   A.    I saw those.

11:34:39 20   Q.    You reviewed some of those before you prepared your

11:34:42 21   report, correct?

11:34:43 22   A.    Yes.

11:34:43 23   Q.    There was nothing in your report stating that that

11:34:46 24   schedule could not be met; isn't that true?

11:34:48 25   A.    It doesn't affect the operations on the ground.  If you

**OFFICIAL TRANSCRIPT**

11:34:53  1   look at the actual physical --

11:34:54  2   Q.   My question is different, sir.  There is nothing in your

11:34:56  3   report -- this is my question, there was nothing in your report

11:35:00  4   that states that schedule showing BOP being splashed and

11:35:06  5   capping the well on June 6th could not be met; isn't that true?

11:35:10  6          MS. KARIS:  Your Honor, Mr. Adams was answering that

11:35:13  7   very question.  I think he was cut off.

11:35:15  8          THE COURT:  Well, he's got the question now.  So go

11:35:18  9   ahead.

11:35:20 10          THE WITNESS:  Okay, thank you.

11:35:21 11          What I was saying, no, there was nothing in my

11:35:23 12   report that stated that, but there is documentary evidence

11:35:29 13   showing that the reality is that wasn't the case.  So we know

11:35:32 14   from the West reports and maintenance reports that the BOP

11:35:36 15   didn't go in the water until a few days after that.

11:35:40 16   EXAMINATION BY MR. DOYEN:

11:35:41 17   Q.   Well, you understand, don't you, sir, that on May 29th,

11:35:43 18   the decision was made not to deploy the BOP-on-BOP -- I'm

11:35:49 19   saying that badly, I apologize.

11:35:51 20          You understand that on May 29th, the decision was

11:35:54 21   made not to move forward with the BOP-on-BOP option; you do

11:36:00 22   understand that, don't you?

11:36:02 23   A.   On May 29th, May 30th, that's correct.

11:36:03 24   Q.   You state in your report that the reason for that was the

11:36:09 25   diagnosis that came out of the Top Kill operation, correct?

**OFFICIAL TRANSCRIPT**

11:36:12 1    A.    That's correct.

11:36:12 2    Q.    In your report, you don't contribute any other reason to

11:36:17 3    that decision other than the diagnosis of the Top Kill

11:36:21 4    operation; isn't that correct?

11:36:23 5    A.    I'm not a hundred percent sure where you're going, but

11:36:26 6    yes, I didn't indicate, but the fact that it wasn't ready

11:36:30 7    surely indicates something.

11:36:33 8    Q.    Sir, you don't have to figure out where I'm going.  Just

11:36:36 9    answer the questions that I give to you.

11:36:38 10   A.    Okay, sorry.  That's a fair point.

11:36:40 11   Q.    In your report, you nowhere state that this BOP could not

11:36:46 12   be deployed on top of the *Horizon* BOP at any time in June;

11:36:50 13   isn't that true?  You just don't say that in your report?

11:36:53 14   A.    It's not stated in the report, that's correct.

11:36:54 15   Q.    All right.  I want to come back now to explore some of the

11:37:08 16   analysis that was done on May 29th that led to the decision not

11:37:13 17   to deploy the BOP-on-BOP option.  Are you with me?

11:37:18 18   A.    Yes.

11:37:18 19   Q.    All right.  You know Robert Grace, don't you?

11:37:30 20   A.    I've heard of him, yes.

11:37:32 21   Q.    You know he's an expert on dealing with blowouts; isn't

11:37:35 22   that true?

11:37:35 23   A.    Yes.

11:37:35 24   Q.    You understand he spent his career, it's his passion

11:37:39 25   dealing with blowouts?

**OFFICIAL TRANSCRIPT**

11:37:39  1    A.    That's my understanding, that's correct.

11:37:42  2    Q.    You also understand, and I think there has already been

11:37:46  3    testimony on it in this case, that he's written books on the

11:37:48  4    subject?

11:37:48  5    A.    Yes.

11:37:49  6    Q.    This one's a TREX, but I ordered a copy from Amazon

11:38:00  7    anyway, for two hundred dollars.  Mr. Gibson is also a pretty

11:38:05  8    good -- Mr. Grace is also a pretty good businessman, I guess.

11:38:11  9          Let's look at TREX-116 -- I'm sorry, let's look at

11:38:35 10    call-out TREX-21176.268.6.

11:38:44 11          This is the beginning of Mr. Grace's discussion of

11:38:47 12    the momentum kill.  Let me just read you a couple sentences,

11:38:52 13    see if you agree with them, all right?

11:38:53 14          "The momentum kill is a procedure where two fluids

11:38:57 15    collide, and the one with the greater momentum wins."  You

11:39:00 16    agree with that, don't you?

11:39:01 17    A.    Yes.

11:39:01 18    Q.    "If the greater momentum belongs to the fluid from the

11:39:04 19    blowout, the blowout continues."  You agree with that too,

11:39:08 20    don't you?

11:39:08 21    A.    It seems reasonable.  Yes.

11:39:13 22    Q.    "If the greater momentum belongs to the kill fluid, the

11:39:19 23    well is controlled."  You agree with that, don't you?

11:39:21 24    A.    Yes, I would.

11:39:21 25    Q.    Then Mr. Grace goes on to say, "Momentum kill concepts are

**OFFICIAL TRANSCRIPT**

11:39:25  1   best illustrated by Figures 5.12 and 5.13." So let me bring up

11:39:30  2   those figures.

11:39:31  3           Let's call out TREX-21176.268.5.  Mr. Grace is

11:39:48  4   apparently also quite an artist.

11:39:51  5           So it looks like in the top of this figure we've got

11:39:54  6   an 18-wheeler barreling along the highway heading toward a

11:39:59  7   small car.  Mr. Grace says, "The most fundamental reasoning

11:40:04  8   would suggest the occupant of the car is in greater peril than

11:40:08  9   the occupant of the truck."  Correct?

11:40:10 10   A.    I'd say that's a reasonable assertion.

11:40:14 11   Q.    The truck is going faster and it weighs a lot more, it's

11:40:17 12   got a lot more momentum than the little car, correct?

11:40:21 13   A.    Correct.

11:40:21 14   Q.    "Most likely," Mr. Grace says, "that the momentum of the

11:40:28 15   truck will prevail and that the direction of the car will be

11:40:32 16   reversed."  You agree with that too, don't you?

11:40:35 17   A.    I probably agree with that.

11:40:36 18   Q.    Mr. Grace also says that, "The fluid dynamics are

11:40:41 19   complicated, but they are well represented by the second

11:40:44 20   figure."

11:40:46 21           Let's go ahead and call out TREX-21176.269.6.

11:40:57 22           "The dynamics of a blowout are very much the same as

11:41:00 23   those illustrated in Figure 5.13."  Now, we look at the lower

11:41:04 24   illustration.  Do you see that?

11:41:05 25   A.    Yes, I do.

**OFFICIAL TRANSCRIPT**

11:41:06  1    Q.    "So the fluid flowing from a blowout exhibits a definable

11:41:13  2    quantum of momentum.   Therefore, if the kill fluid is

11:41:16  3    introduced at a greater momentum, the flow from the blowout is

11:41:18  4    reversed when the fluids collide."   You agree with that, don't

11:41:22  5    you?

11:41:25  6    A.    For the example he's quoting, yes.

11:41:29  7    Q.    He says, "The governing physical principles are not

11:41:34  8    significantly different from those governing the collision of

11:41:36  9    two trains, two cars, or two men.   The mass with the greatest

11:41:42 10    momentum will win the encounter."   You agree with that, don't

11:41:46 11    you?

11:41:46 12    A.    He's using amplification of it, but yes.

11:41:49 13    Q.    Now, in the case of the truck, we would define the

11:41:52 14    momentum pretty easily as mass and velocity, correct?   When

11:41:56 15    we're talking about the momentum of fluids coming up the well

11:41:59 16    or fluids going down the well, talking about the density of the

11:42:03 17    fluid and the flow rate, correct?

11:42:05 18    A.    Okay, yeah.

11:42:06 19    Q.    What we need for this operation to be successful is the

11:42:14 20    momentum, defined as the density times the flow rate, of the

11:42:20 21    kill fluid to be greater than the momentum of the fluid coming

11:42:24 22    up, defined as the density of those fluids and that flow rate;

11:42:28 23    isn't that true?

11:42:28 24    A.    In principle, yes.

11:42:29 25    Q.    Let's call out TREX-11737.8.5.   I'm sorry if I misspoke.

**OFFICIAL TRANSCRIPT**

11:42:50  1    Do you need that again?  11737.8.5.

11:42:59  2           Now, you understand, don't you -- we're looking, by

11:43:02  3    the way, at an excerpt from your report -- you understand that

11:43:05  4    "modeling was undertaken during the response that indicated if

11:43:09  5    the responders could pump 50 barrels per minute of mud into the

11:43:14  6    *Deepwater Horizon*'s BOP, such a momentum kill could

11:43:16  7    successfully kill the well if it was flowing at 5,000 barrels

11:43:21  8    per day, but not if it was flowing at 15,000 barrels per day."

11:43:26  9           Did I read that correctly?

11:43:28  10   A.    You did.

11:43:28  11   Q.    You looked at the actual document in which Dr. Rygg

11:43:31  12   reports those results, didn't you?

11:43:32  13   A.    I looked at the output, yes, sir.

11:43:34  14   Q.    I'm sorry, I couldn't --

11:43:36  15   A.    Correct.

11:43:37  16   Q.    You don't challenge that conclusion that Dr. Rygg made in

11:43:40  17   your report, do you?

11:43:41  18   A.    I didn't analyze the data.  I looked at the output, so no.

11:43:44  19   Q.    You don't do any modeling of your own to show that

11:43:49  20   momentum kill could succeed when the well was flowing at

11:43:52  21   15,000 or more, do you?

11:43:54  22   A.    No.

11:43:54  23   Q.    I think you state in your report that it was shortly

11:43:58  24   indicated in June through collection methods that the well was

11:44:01  25   flowing above a rate of 23,000 barrels per day in June,

11:44:01  1   correct?

11:44:08  2   A.    That was subsequent to the Top Kill attempt, but yes,

11:44:11  3   that's correct.

11:44:11  4   Q.    Your report doesn't claim that a momentum kill could work

11:44:15  5   if the well is flowing above 23,000 barrels a day, does it?

11:44:18  6   A.    No, it doesn't.

11:44:19  7   Q.    Now, I think you indicated earlier that that Top Kill

11:44:25  8   included two parts, correct?  One part -- and those parts are

11:44:29  9   interwoven, but one part is this momentum kill pumping mud

11:44:29 10   down, correct?

11:44:34 11   A.    Uh-huh (affirmative response).

11:44:34 12   Q.    The second part is the junk shot, right?

11:44:37 13   A.    That's correct.

11:44:37 14   Q.    You agree that the purpose of the junk shot is to reduce

11:44:40 15   the flow of the fluids coming up the well, correct?

11:44:44 16   A.    The purpose of the junk shot is to reduce the orifice

11:44:47 17   size, which in turn will reduce the flow.  That's correct.

11:44:50 18   Q.    Reducing the flow down to a rate where the momentum kill

11:44:55 19   will work is what gives me some prospect of success with the

11:45:01 20   junk shot, correct?

11:45:01 21   A.    That's reasonable, yes.

11:45:02 22   Q.    If I don't actually get the reduction of the orifice size

11:45:10 23   down enough and get the flow rate down enough, then my Top Kill

11:45:14 24   is still not going to work if the flow is too high; you agree

11:45:17 25   with me, don't you?

**OFFICIAL TRANSCRIPT**

11:45:18  1   A.    I would agree that if the flow rate cannot be reduced to a

11:45:23  2   level at which the modeling indicates it would work, yes, it

11:45:26  3   wouldn't succeed, so yes.

11:45:27  4   Q.    You understand that BP planned this Top Kill effort based

11:45:32  5   on a flow rate estimate of 5,000 barrels per day, don't you?

11:45:37  6   A.    They initiated it based on a model that indicated up to

11:45:41  7   15,000 barrels a day it may work, or it wouldn't work beyond

11:45:45  8   15,000 barrels a day.

11:45:47  9   Q.    I think we just had this a moment ago from your report,

11:45:49 10   that the modeling showed that it would not work at

11:45:52 11   15,000 barrels per day.  You would agree with what you stated

11:45:54 12   in your report on that?

11:45:55 13   A.    That's correct.  What the modeling showed was that at

11:45:58 14   15,000 barrels a day or more, it wouldn't work.

11:46:01 15   Q.    But that wasn't, in any case, my question.  You

11:46:04 16   understand, don't you, that BP prepared the Top Kill operation

11:46:08 17   based on modeling at 5,000 barrels per day, correct?

11:46:18 18   A.    The -- are you talking Top Kill or momentum kill at this

11:46:20 19   point?

11:46:22 20   Q.    Were you here earlier in the day -- I shouldn't say in the

11:46:22 21   day -- earlier in the week when Mr. Holt's deposition testimony

11:46:26 22   clips were played?

11:46:28 23   A.    I think I was, yes.

11:46:28 24   Q.    You saw Mr. Holt say, didn't you, that the estimate BP was

11:46:33 25   relying on for Top Kill was 5,000 barrels per day; you saw

**OFFICIAL TRANSCRIPT**

11:46:38  1   that, didn't you?

11:46:38  2   A.   I think he said dynamic kill, didn't he?

11:46:40  3   Q.   Yes, sir.  Dynamic kill.

11:46:42  4   A.   Yes.  Slightly different, but yes.

11:46:45  5   Q.   Fine, I'll accept that qualification.

11:46:47  6        You understood that, correct?

11:46:48  7   A.   I understood that.

11:46:49  8   Q.   You don't disagree with Mr. Holt, do you?

11:46:50  9   A.   I don't disagree that he said that dynamic kill -- I think

11:46:52 10   he was quite specific not to mix the two -- so yes.

11:46:55 11   Q.   I'm not asking if you disagree that he said it.  You don't

11:46:59 12   disagree with Mr. Holt's testimony, do you, that the

11:47:01 13   momentum kill was based on modeling at 5,000 barrels per day?

11:47:04 14   A.   I have no reason to disagree with Mr. Holt's testimony,

11:47:08 15   but the momentum kill -- or the modeling indicated -- and the

11:47:13 16   modeling that was reviewed indicated that -- more than 15,000

11:47:19 17   barrels a day, the momentum kill aspect -- or the momentum kill

11:47:21 18   option was unlikely to succeed.

11:47:23 19        So that was the governing factor on that, that if the

11:47:29 20   flow rate could be reduced below 15,000 barrels per day,

11:47:33 21   momentum kill stood a -- Top Kill stood a chance of success.

11:47:38 22   Q.   Let me call out -- you earlier indicated -- sorry.  Let's

11:47:49 23   just pull up TREX -- call out TREX-140914.2.3.

11:48:05 24        What's the slide number that has both of them, is it

11:48:08 25   .1?

**OFFICIAL TRANSCRIPT**

11:48:15 1          MR. DOYEN:  One moment, Your Honor.

11:48:53 2     EXAMINATION BY MR. DOYEN:

11:48:53 3     Q.   Do you recall earlier -- while they are trying to get that

11:48:56 4     up, trying to understand what I'm saying -- do you recall

11:48:59 5     earlier in the day you saw the KWOP notes, Kill the Well on

11:49:06 6     Paper notes --

11:49:06 7     A.   Yes, I did.

11:49:07 8     Q.   -- in which it indicated, "Modeling indicates that a

11:49:11 9     dynamic kill cannot be successfully executed if the oil flow is

11:49:13 10    15,000 barrels per day," do you recall that?

11:49:16 11    A.   I think that was agreed that the dynamic momentum kill

11:49:21 12    would struggle at 15,000 barrels per day or more.

11:49:24 13    Q.   This is just another -- these are the meeting notes that

11:49:28 14    were introduced during in Mr. Dupree's testimony.  You were

11:49:31 15    here for that, weren't you?

11:49:32 16    A.   Yes, I was.

11:49:32 17    Q.   He indicated these are notes from the morning meeting that

11:49:35 18    same day that the Kill the Well on Paper report came out.

11:49:40 19    Those notes indicate on the 18th -- let me step back for just a

11:49:44 20    second.

11:49:45 21          You understand that's a meeting between BP and

11:49:46 22    government people, correct?

11:49:47 23    A.   Yes.

11:49:47 24    Q.   It indicates, "The Red Team Kill Well on Paper," KWOP,

11:49:53 25    "review note should be out today.  One of the outcomes from the

                         **OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 11:49:56 | 1 |
| 11:50:01 | 2 |
| 11:50:03 | 3 |
| 11:50:05 | 4 |
| 11:50:10 | 5 |
| 11:50:12 | 6 |
| 11:50:12 | 7 |
| 11:50:12 | 8 |
| 11:50:15 | 9 |
| 11:50:18 | 10 |
| 11:50:22 | 11 |
| 11:50:27 | 12 |
| 11:50:28 | 13 |
| 11:50:35 | 14 |
| 11:50:42 | 15 |
| 11:50:47 | 16 |
| 11:50:52 | 17 |
| 11:50:56 | 18 |
| 11:50:57 | 19 |
| 11:50:59 | 20 |
| 11:51:05 | 21 |
| 11:51:09 | 22 |
| 11:51:13 | 23 |
| 11:51:16 | 24 |
| 11:51:16 | 25 |

review was the verification of the fact that the kill could struggle if rates are significantly higher than the current estimates."  Do you see that?

A.    Yes, I see that.  That related to the momentum dynamic kill aspect, but, yes, I see that.

Q.    Understood.

A.    Yeah.

Q.    That's just a reference to the same thing that we saw in the Kill the Well on Paper report, right, where it says, "Modeling indicates that a dynamic kill cannot be successfully executed if the oil flow rate is 15,000 barrels per day"?

A.    I believe that's the same reference.

Q.    Okay.  So you also understand this to mean that the current estimates are significantly less than 15,000, right?  BP is telling the government here that the Top Kill will struggle if the rates are, you know, 15,000, significantly above current estimates?  You understand that that's what this means, isn't it?

A.    That's not my interpretation of it.  My interpretation of it is that the rates presented at the Kill the Well on Paper meeting said that over 15,000 barrels per day, it would struggle.  That statement didn't say that over 5,000 barrels per day, the Kill the Well on Paper -- the momentum kill would struggle.

Q.    I may not be making myself clear.

**OFFICIAL TRANSCRIPT**

11:51:16 1    A.   Okay.

11:51:19 2    Q.   This report is saying that 15,000 -- this and the Kill the

11:51:24 3    Well on Paper report say, at 15,000, we could struggle with the

11:51:28 4    dynamic kill, correct?

11:51:29 5    A.   That is correct.

11:51:29 6    Q.   This report is saying, we'll be struggling if the rates

11:51:34 7    are significantly higher than the current rates, i.e., 15,000

11:51:38 8    or more; that's what this says, right?

11:51:43 9    A.   Well, that's what it could be interpreted.  I think that's

11:51:44 10   a fair point.

11:51:46 11        My reading of that is that the dynamic momentum kill

11:51:53 12   could struggle if the rate is significantly above

11:51:56 13   15,000 barrels per day.  I think that's -- if that's what

11:51:58 14   you're saying, I would agree with that.

11:51:59 15   Q.   BP told the government the rates didn't need to be

11:52:02 16   significantly higher than 15,000, BP told the government that

11:52:05 17   there would be a problem if the rates were 15,000 barrels per

11:52:07 18   day; isn't that true?

11:52:08 19   A.   Well, that was how it was presented at the Kill the Well

11:52:12 20   on Paper exercise, and the government were at that meeting.

11:52:14 21   Q.   The very same day as these notes, correct?

11:52:16 22   A.   I don't know the distribution on this list, but the

11:52:20 23   government scientists, they were at the Kill the Well on Paper

11:52:26 24   exercise, and they were notified at that meeting that

11:52:28 25   15,000 barrels per day was a potential limitation.

**OFFICIAL TRANSCRIPT**

11:52:31  1    Q.    You also understand, don't you, that the junk shot

11:52:32  2    procedure assumed a 5,000 barrel per day flow rate; isn't that

11:52:32  3    true?

11:52:38  4    A.    The junk shot procedure was a -- flow rate independent,

11:52:44  5    but -- yeah, so I don't know what aspect that relates to.

11:52:49  6    Q.    Let's pull up TREX-9148.1.

11:53:07  7          You understand this is the procedure for the junk

11:53:09  8    shot, don't you?

11:53:10  9    A.    Yes, I do.

11:53:11 10    Q.    All right.  So let's turn to a page inside.

11:53:14 11          Call out TREX-9148.5.3.

11:53:24 12          Do you see where it says here, "Current BOP analysis,

11:53:27 13    pressure and ram location suggests that blind shear rams and/or

11:53:32 14    the casing shear rams are closed, but passing with a leak area

11:53:35 15    of .4 inches to .64 inches equivalent throat diameter based on

11:53:42 16    5,000 barrels per day total flow."  Do you see that?

11:53:46 17    A.    I read that.  I also note it's from the introduction.

11:53:50 18    It's not the procedure.  They are setting the scene there for

11:53:53 19    what the anticipated situation is.

11:53:55 20          The same issue in there, as well, is they don't know

11:53:58 21    what the leak area is either.  So the key point in there,

11:54:01 22    they're saying passing of the leak area at .4 to .64, that's an

11:54:17 23    estimate --

11:54:17 24          MR. BRIAN:  Well, the chairs don't lean back,

11:54:19 25    Your Honor.

**OFFICIAL TRANSCRIPT**

11:54:19  1            THE COURT:  Did you break it, or did you just lean back

11:54:23  2    in it?

11:54:23  3            MR. BRIAN:  I just leaned back.

11:54:24  4            THE COURT:  Are you okay?

11:54:25  5            MR. BRIAN:  I'm fine, Your Honor.  Sorry.

11:54:29  6            THE COURT:  All right.  The government doesn't have any

11:54:30  7    money, you know, so.

11:54:35  8            MR. BROCK:  Get some duct tape.

11:54:37  9            MS. KARIS:  I thought it was the answer knocked him off

11:54:40 10    his chair.

11:54:46 11            MR. GODWIN:  Got some good plaintiffs' lawyers in here,

11:54:50 12    Judge.

11:54:50 13            THE COURT:  He could probably get a card or two.

11:54:53 14    EXAMINATION BY MR. DOYEN:

11:54:53 15    Q.   You see where in here it says, "Current analysis suggests

11:54:57 16    a leak area .4 inches to .64 inches based on 5,000 barrels per

11:55:03 17    day total flow."  Do you see that?

11:55:04 18    A.   I do see that.  But, again --

11:55:08 19    Q.   All I've asked, sir, so far is do you see that.

11:55:08 20    A.   Yes, I see it.

11:55:12 21    Q.   Let me frame the questions.  That's how this works.

11:55:12 22    A.   Sorry.

11:55:13 23    Q.   You're not saying that because it says that in the

11:55:15 24    introduction, it's not true, are you?  It's a yes or no

11:55:20 25    question.  Is that your testimony that because it's just in the

                        **OFFICIAL TRANSCRIPT**

11:55:22 1  introduction, it's not really true?

11:55:24 2  A.    No.  I'm not saying that.

11:55:25 3  Q.    How big is -- .4 inches about -- about that big, isn't it?

11:55:36 4  Half an inch, PVC pipe, internal diameter?

11:55:40 5  A.    Pretty small.

11:55:41 6  Q.    So if a hole through the blind shear rams is no bigger

11:55:46 7  than that, and the well's only flowing at 5,000 barrels per

11:55:50 8  day, then the junk shot might work; you agree with that, don't

11:55:55 9  you?

11:55:58 10  A.    The junk shot might work depending on the size of the junk

11:56:01 11  and a whole variation of hole sizes and junk sizes; but, yes,

11:56:07 12  it could work in a small hole or a big hole.

11:56:10 13          MR. DOYEN:  Your Honor, this the probably as good a

11:56:12 14  place as any to break for lunch.

11:56:14 15          THE COURT:  How much more do you have left?

11:56:16 16          MR. DOYEN:  You know, my friends over here told me that

11:56:18 17  I cannot spend the entire four and a half hours that they have

11:56:22 18  so diligently provided me.  An hour, maybe.

11:56:26 19          THE COURT:  All right.  Let's break for lunch.  We'll

11:56:28 20  come back at 1:15, okay.

11:56:34 21          (WHEREUPON, at 11:56 a.m., the Court was in luncheon

22  recess.)

23                          *    *    *

24

25

**OFFICIAL TRANSCRIPT**

1                    REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                         *s/Cathy Pepper*

13                         Cathy Pepper, CRR, RMR, CCR
                           Certified Realtime Reporter
14                         Registered Merit Reporter
                           Official Court Reporter
15                         United States District Court
                           Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                         **OFFICIAL TRANSCRIPT**

'

**'New** [1] - 1012:25
**'Next** [1] - 1004:14
**'The** [1] - 1007:16
**'We've** [1] - 1004:12

**1**

**1** [2] - 1091:21, 1103:25
**1,000** [1] - 997:1
**1.6** [1] - 1048:8
**10** [4] - 990:25, 1076:23, 1077:5, 1092:2
**10-CV-2771** [1] - 977:7
**10-CV-4536** [1] - 977:10
**100** [1] - 1082:18
**100,000** [4] - 992:7, 1004:23, 1005:1, 1018:24
**10003** [1] - 978:8
**1001** [1] - 981:10
**1008** [1] - 983:8
**1031** [1] - 983:9
**1032** [1] - 983:10
**1059** [1] - 983:11
**1091** [1] - 983:12
**10:09** [1] - 1057:24
**11** [2] - 988:20, 1082:20
**1100** [1] - 981:7
**1109** [1] - 983:13
**11677N.1.2** [1] - 1071:24
**11737.8.5** [1] - 1100:1
**11738.1** [1] - 1066:3
**11738.1.2** [1] - 1044:25
**11905.15.1** [1] - 1014:16
**11905.17.1** [2] - 1014:14, 1015:3
**11:56** [1] - 1109:21
**11th** [1] - 1072:7
**12** [1] - 984:14
**12,800** [1] - 1060:7
**1201** [2] - 980:23, 981:23
**1300** [1] - 982:10
**131** [1] - 1082:19
**1331** [1] - 982:4
**14** [1] - 1076:23
**14271** [1] - 979:15
**144757.1** [1] - 1012:12
**15** [3] - 990:25,

1025:17, 1066:4
**15,000** [28] - 997:1, 1059:16, 1060:6, 1061:10, 1061:12, 1061:18, 1063:12, 1100:8, 1100:21, 1102:7, 1102:8, 1102:11, 1102:14, 1103:16, 1103:20, 1104:10, 1104:12, 1105:11, 1105:14, 1105:16, 1105:21, 1106:2, 1106:3, 1106:7, 1106:13, 1106:16, 1106:17, 1106:25
**15-minute** [1] - 1057:23
**15th** [4] - 992:4, 992:16, 1004:5, 1004:11
**16** [3] - 995:25, 1004:2, 1012:25
**160,000** [1] - 1013:2
**1615** [1] - 982:10
**162,000** [1] - 1017:25
**1665** [1] - 982:4
**16th** [2] - 993:23, 994:1
**17** [7] - 986:2, 995:25, 1004:2, 1028:14, 1028:25, 1029:1, 1091:22
**1700** [1] - 981:23
**17th** [3] - 994:14, 994:17, 1000:9
**18** [5] - 1007:4, 1007:14, 1077:5, 1087:24, 1091:22
**18-inch** [1] - 1056:10
**18-wheeler** [1] - 1098:6
**188** [1] - 978:18
**1885** [1] - 979:5
**18th** [8] - 995:2, 1001:24, 1002:4, 1062:16, 1062:20, 1063:1, 1076:22, 1104:19
**1979** [1] - 1032:22
**1995** [1] - 1033:6
**19th** [1] - 1062:25
**1:15** [1] - 1109:20
**1st** [1] - 988:13

**2**

**2** [4] - 984:15, 1068:25, 1082:20

**2,000** [1] - 1002:2
**20** [2] - 977:5, 1025:17
**200** [1] - 1033:9
**20004** [1] - 980:24
**20005** [1] - 980:20
**20006** [1] - 982:14
**2001** [1] - 1010:9
**20044** [2] - 979:15, 979:24
**2010** [13] - 977:5, 989:24, 996:17, 1005:14, 1025:18, 1044:2, 1060:5, 1062:17, 1064:1, 1064:9, 1071:6, 1072:18, 1094:1
**2012** [1] - 988:7
**2013** [2] - 977:5, 984:2
**2020** [1] - 982:14
**21** [2] - 989:24, 992:23
**21,000** [2] - 993:1, 993:3
**2216** [1] - 978:11
**22nd** [2] - 1002:15, 1003:16
**23** [2] - 1007:4, 1007:23
**23,000** [2] - 1100:25, 1101:5
**2382** [1] - 1083:14
**23823.1** [1] - 1083:15
**23rd** [1] - 1012:14
**24** [1] - 996:17
**24,000** [1] - 993:12
**25018A** [1] - 991:9
**26** [1] - 1064:9
**26th** [2] - 1060:15, 1064:1, 1072:17
**27th** [3] - 1010:13, 1060:5, 1060:12
**28** [1] - 1077:5
**28th** [3] - 991:4, 1071:6, 1093:7
**29th** [8] - 1093:13, 1093:17, 1094:4, 1094:13, 1095:17, 1095:20, 1095:23, 1096:16

**3**

**3** [3] - 977:5, 984:2, 1061:10
**3.6** [2] - 1067:25, 1068:5
**30** [2] - 1032:14, 1032:15
**30(b)(6** [2] - 988:6, 1028:16

**300** [1] - 980:12
**30th** [2] - 1066:23, 1095:23
**3100** [2] - 1004:14, 1025:24
**316** [1] - 978:4
**31st** [1] - 1010:9
**320** [1] - 1004:2
**321** [2] - 990:25, 1004:2
**32502** [1] - 978:5
**333** [1] - 980:15
**335** [1] - 981:16
**34** [1] - 1061:22
**35** [1] - 1035:12
**35TH** [1] - 981:16
**360** [1] - 1088:1
**360-ton** [1] - 1088:19
**36130** [1] - 978:23
**3668** [1] - 977:24
**3700** [2] - 981:7, 981:10
**3800** [1] - 1025:24
**39201** [1] - 978:19
**3:25** [3] - 1060:5, 1060:12, 1061:25
**3rd** [1] - 1022:16

**4**

**4** [6] - 977:14, 984:14, 1107:15, 1107:22, 1108:16, 1109:3
**4/20** [1] - 1025:17
**4/20/2010** [1] - 1025:17
**45** [2] - 1057:14, 1082:21
**46** [1] - 1033:13
**464** [1] - 1007:4

**5**

**5** [1] - 984:13
**5,000** [35] - 989:9, 989:11, 989:17, 989:21, 990:2, 991:4, 991:14, 992:5, 993:25, 994:15, 994:20, 995:15, 996:1, 996:10, 997:2, 997:8, 998:10, 998:17, 998:22, 1003:20, 1027:23, 1027:25, 1034:7, 1079:14, 1079:21, 1100:7, 1102:5,

1102:17, 1102:25, 1103:13, 1105:22, 1107:2, 1107:16, 1108:16, 1109:7
**5.1** [1] - 993:5
**5.12** [1] - 1098:1
**5.13** [2] - 1098:1, 1098:23
**50** [2] - 1034:6, 1100:5
**50-foot-high** [1] - 1088:19
**50-odd** [1] - 1088:1
**500** [3] - 977:23, 978:23, 982:18
**5000** [1] - 980:6
**501** [1] - 978:15
**504** [1] - 982:19
**54** [1] - 984:13
**55,000** [1] - 1018:25
**556 JEFFERSON STREET** [1] - 977:23
**56** [4] - 984:15, 1067:16, 1067:21, 1082:21
**589-7779** [1] - 982:19
**5th** [1] - 1005:14

**6**

**6** [3] - 984:14, 1007:23, 1007:24
**600** [1] - 978:4
**60654** [1] - 980:12
**64** [4] - 1091:22, 1107:15, 1107:22, 1108:16
**642** [1] - 1007:23
**65** [1] - 1091:22
**655** [1] - 980:19
**6th** [3] - 1034:9, 1094:15, 1095:5
**6th-generation** [1] - 1034:9

**7**

**700** [4] - 978:8, 1025:17, 1025:24, 1026:6
**701** [2] - 979:10, 980:6
**70112** [1] - 982:10
**70113** [1] - 977:20
**70130** [3] - 978:12, 979:10, 982:19
**70139** [1] - 980:7
**70163** [1] - 981:7
**70502** [1] - 977:24
**70601** [1] - 978:15

**70804** [1] - 979:6
**75** [1] - 1087:24
**75-ton** [1] - 1088:7
**75270** [1] - 981:23
**7611** [1] - 979:23
**77002** [1] - 981:11
**77010** [1] - 982:5
**777** [1] - 978:18

## 8

**8,000** [1] - 1034:9
**80,000** [1] - 1012:24
**82** [1] - 992:24
**82,000** [3] - 993:2,
993:3, 1002:20
**820** [1] - 977:20
**856.1.1.TO** [1] -
1002:13
**86,000** [3] - 1025:18,
1026:9, 1027:3
**86,000-barrel** [1] -
1027:1
**8656.1.1.TO** [1] -
1002:14
**8868.1.1** [1] - 1012:13
**8899.2.1** [2] - 1027:13

## 9

**9** [1] - 984:13
**90071** [2] - 980:16,
981:16
**9156.5.1** [1] - 992:14
**9156.7.1** [2] - 1018:12,
1018:13
**9160.1.1** [1] - 1060:1
**9245.2.2.4** [1] -
1062:15
**9245.2.5** [1] - 1063:7
**9313.1.1** [1] - 1025:13
**94005** [1] - 979:6
**9446.1.1** [1] - 1022:14
**9475.5.1.TO** [1] -
1000:7
**96,000** [1] - 993:12
**98** [1] - 1027:13
**987** [2] - 983:6, 983:7

## A

**a.m** [5] - 1057:24,
1060:5, 1060:12,
1061:25, 1109:21
**Aberdeen** [2] -
1032:11, 1032:22
**ability** [8] - 1010:19,
1015:14, 1048:15,

1054:18, 1054:21,
1082:2, 1082:5,
1110:8
**able** [7] - 1024:11,
1024:16, 1047:1,
1050:7, 1054:2,
1054:19, 1056:2
**above-entitled** [1] -
1110:9
**above-mentioned** [2]
- 1058:12, 1059:1
**absolutely** [4] -
1012:1, 1040:25,
1062:3, 1087:21
**academics** [1] -
1012:10
**accept** [2] - 1036:25,
1103:5
**access** [7] - 1006:17,
1006:18, 1011:22,
1014:20, 1014:21,
1037:18, 1044:1
**accidentally** [1] -
1052:7
**accomplish** [1] -
1076:23
**according** [2] -
984:12, 1093:16
**accordingly** [1] -
1009:2
**account** [11] -
1040:24, 1041:7,
1041:10, 1041:14,
1049:17, 1049:18,
1049:19, 1049:21,
1062:4, 1087:14,
1089:2
**accurate** [4] - 1061:5,
1061:18, 1061:19,
1082:18
**accurately** [1] -
1032:18
**achieve** [1] - 1090:1
**achieved** [1] - 1077:11
**acquire** [1] - 1026:17
**acting** [3] - 1026:1,
1026:15, 1054:10
**action** [1] - 1044:14
**actions** [1] - 1067:8
**activities** [1] - 1048:4
**actual** [9] - 1029:15,
1029:20, 1043:15,
1051:23, 1061:1,
1085:13, 1093:19,
1095:1, 1100:11
**ADAM** [2] - 983:6,
987:11
**Adams** [23] - 986:3,
986:4, 986:9,
986:14, 1031:13,

1031:25, 1032:1,
1032:5, 1032:17,
1036:14, 1037:4,
1038:10, 1056:19,
1059:5, 1065:7,
1065:13, 1069:22,
1086:25, 1091:12,
1091:17, 1091:21,
1095:6
**ADAMS** [1] - 1031:20
**Adams'** [2] - 1066:1,
1067:17
**Adams's** [1] - 986:7
**ADAMS.....................
.................... [1] -
983:9
**add** [1] - 1077:5
**added** [1] - 1082:19
**addition** [2] - 1037:12,
1085:9
**additional** [6] - 986:5,
1019:4, 1081:24,
1082:7, 1085:10
**address** [2] - 1000:17,
1029:8
**addressed** [2] -
1042:20, 1090:25
**adequate** [2] - 1065:4,
1069:17
**Admiral** [20] - 989:16,
990:23, 1007:21,
1008:14, 1011:5,
1016:19, 1018:4,
1018:9, 1018:10,
1019:3, 1027:22,
1028:16, 1028:17,
1029:16, 1029:24,
1030:4, 1030:13,
1030:18, 1030:22,
1031:4
**admitted** [6] - 985:15,
985:17, 1058:11,
1058:13, 1058:25,
1059:2
**affect** [5] - 1040:4,
1042:12, 1046:5,
1046:21, 1094:25
**affected** [1] - 1045:10
**Africa** [2] - 1034:14,
1035:19
**ago** [1] - 1102:9
**agree** [28] - 996:20,
997:13, 997:15,
997:22, 997:24,
1011:23, 1049:22,
1057:9, 1077:15,
1083:11, 1087:6,
1087:19, 1089:10,
1090:21, 1097:13,
1097:16, 1097:19,

1097:23, 1098:16,
1098:17, 1099:4,
1099:10, 1101:14,
1101:24, 1102:1,
1102:11, 1106:14,
1109:8
**agreed** [6] - 990:3,
995:19, 995:23,
1064:16, 1064:21,
1104:11
**ahead** [11] - 1011:11,
1016:9, 1031:7,
1034:3, 1036:25,
1046:18, 1057:23,
1068:20, 1082:25,
1095:9, 1098:21
**AL** [3] - 977:8, 977:12,
978:23
**ALABAMA** [1] -
978:21
**ALAN** [2] - 982:3
**Alan** [1] - 1001:1
**Alaska** [1] - 1033:2
**aligned** [16] - 984:12,
984:24, 987:17,
1029:14, 1036:19,
1037:14, 1037:25,
1038:7, 1044:8,
1049:6, 1049:8,
1058:3, 1058:15,
1077:8, 1089:5,
1091:15
**Aligned** [1] - 1090:7
**Alistair** [2] - 1002:18,
1003:2
**ALLAN** [1] - 979:9
**alleged** [1] - 1073:15
**Allen** [8] - 1028:16,
1029:16, 1029:24,
1030:4, 1030:13,
1030:18, 1030:22,
1031:4
**ALLEN** [1] - 981:15
**allow** [4] - 997:22,
1053:12, 1083:23,
1084:8
**allowed** [1] - 1085:12
**alluding** [1] - 991:24
**almost** [1] - 1040:11
**alone** [3] - 998:12,
1016:16, 1059:15
**altered** [1] - 1002:18
**alternative** [1] -
1080:15
**Amazon** [1] - 1097:6
**AMERICA** [3] - 977:10,
979:13, 980:4
**Ammerman** [1] -
1063:3
**amount** [4] - 997:20,

1097:23, 1098:16,
1087:9
**amplification** [1] -
1099:12
**ANADARKO** [2] -
982:7, 982:8
**analyses** [2] -
1015:17, 1067:5
**analysis** [22] -
1013:14, 1015:17,
1063:21, 1064:20,
1064:25, 1065:14,
1065:17, 1065:18,
1065:21, 1065:24,
1066:18, 1066:21,
1067:14, 1069:2,
1069:11, 1069:14,
1070:9, 1096:16,
1107:12, 1108:15
**analyze** [1] - 1100:18
**AND** [2] - 977:7, 981:4
**ANDREW** [1] - 980:9
**Andy** [2] - 1005:20,
1006:4
**ANGELES** [2] -
980:16, 981:16
**animation** [3] -
1078:5, 1078:9,
1079:3
**ANNA** [1] - 979:21
**announcement** [2] -
991:4, 1002:2
**announcing** [1] -
1027:22
**annulus** [2] - 1019:1,
1064:18
**answer** [7] - 1016:8,
1019:13, 1091:23,
1092:9, 1092:17,
1096:9, 1108:9
**ANSWER** [11] - 991:5,
1004:6, 1004:8,
1004:12, 1004:19,
1004:24, 1005:2,
1007:20, 1008:1,
1008:6, 1008:11
**answered** [3] -
1016:7, 1022:24,
1025:9
**answering** [1] -
1095:6
**Anthony** [1] - 1058:14
**ANTHONY** [1] -
978:11
**anticipated** [2] -
1081:21, 1107:19
**anyway** [4] - 986:20,
1046:18, 1061:7,
1097:7
**APD** [1] - 1015:21

**apologize** [1] - 1095:19
**apparent** [10] - 994:15, 1039:12, 1043:17, 1045:19, 1046:3, 1048:2, 1048:9, 1048:12, 1049:2, 1081:7
**appear** [2] - 994:20, 1042:22
**APPEARANCES** [6] - 977:17, 978:1, 979:1, 980:1, 981:1, 982:1
**Application** [1] - 1015:21
**applications** [1] - 1034:5
**applied** [1] - 1038:12
**apply** [1] - 1086:20
**appreciate** [1] - 1004:15
**approach** [14] - 995:7, 1011:19, 1012:21, 1038:12, 1038:16, 1042:24, 1046:4, 1046:17, 1046:23, 1046:25, 1054:5, 1073:18, 1076:16, 1076:19
**appropriate** [3] - 1050:4, 1050:7, 1056:20
**approval** [1] - 1006:17
**approving** [1] - 1062:12
**approximate** [1] - 1002:19
**April** [7] - 988:13, 991:4, 1002:15, 1003:16, 1022:8, 1044:2
**APRIL** [1] - 977:5
**area** [7] - 1023:7, 1073:4, 1073:25, 1107:14, 1107:21, 1107:22, 1108:16
**Area** [2] - 991:2, 1028:17
**areas** [3] - 1047:19, 1050:16, 1073:22
**argue** [1] - 1092:6
**arm** [1] - 1089:25
**arrows** [2] - 1073:9, 1073:22
**art** [1] - 1054:7
**artist** [1] - 1098:4
**ASBILL** [1] - 981:9
**aside** [1] - 1044:11
**aspect** [7] - 1041:20,

1041:21, 1048:13, 1053:5, 1103:17, 1105:5, 1107:5
**aspects** [2] - 1037:20, 1040:15
**asserted** [1] - 1077:10
**asserting** [1] - 997:14
**assertion** [6] - 1037:24, 1068:16, 1070:19, 1087:7, 1098:10
**assess** [3] - 1042:13, 1044:12, 1044:18
**assessment** [1] - 1044:22
**ASSET** [1] - 977:8
**assist** [5] - 1034:22, 1035:1, 1036:6, 1038:13, 1083:22
**assistance** [3] - 1034:2, 1036:1, 1049:3
**assistant** [3] - 987:20, 988:10, 1005:18
**assisted** [1] - 1035:20
**associated** [5] - 1042:9, 1044:6, 1044:7, 1056:21, 1081:24
**assume** [1] - 1062:5
**assumed** [3] - 1024:13, 1029:10, 1107:2
**assuming** [1] - 1062:4
**assumptions** [5] - 992:24, 992:25, 993:4, 1040:7, 1040:9
**assurance** [1] - 1064:17
**attached** [3] - 987:24, 992:15, 1027:16
**attachment** [1] - 992:17
**attachments** [2] - 1019:6, 1019:7
**attempt** [2] - 1050:14, 1101:2
**attempted** [2] - 1012:3, 1087:16
**attempting** [4] - 1011:15, 1014:4, 1038:24, 1050:13
**attendance** [1] - 1028:22
**attendee** [1] - 1062:22
**attendees** [1] - 1063:5
**ATTORNEY** [2] - 978:21, 979:5
**audio** [1] - 1030:23

**Australia** [1] - 1035:18
**automatically** [3] - 1084:5, 1086:8, 1086:23
**available** [13] - 1010:9, 1010:20, 1011:7, 1011:24, 1014:10, 1016:6, 1035:7, 1038:19, 1038:23, 1043:14, 1048:12, 1080:20, 1090:19
**AVENUE** [4] - 977:20, 978:23, 980:23, 981:16
**aware** [10] - 989:19, 989:20, 990:16, 993:24, 1020:25, 1021:8, 1071:25, 1072:3, 1077:13

## B

**backdrop** [1] - 1049:12
**background** [3] - 1055:8, 1061:22, 1075:23
**badly** [1] - 1095:19
**balance** [1] - 1050:6
**Ballard** [17] - 986:1, 986:23, 986:25, 987:16, 987:19, 1007:6, 1008:21, 1008:23, 1013:17, 1014:4, 1018:3, 1021:14, 1027:17, 1027:25, 1028:5, 1028:11, 1045:1
**BALLARD** [2] - 983:6, 987:11
**BARBIER** [1] - 977:15
**Barnett** [1] - 1028:15
**BARR** [1] - 978:4
**barrel** [5] - 995:15, 1005:1, 1027:23, 1059:16, 1107:2
**barreling** [1] - 1098:6
**barrels** [60] - 989:9, 989:11, 991:14, 992:7, 992:23, 992:24, 993:2, 993:3, 993:12, 996:1, 996:10, 997:1, 997:2, 997:8, 998:10, 998:17, 998:22, 1002:20, 1003:20, 1004:23, 1012:24, 1013:2,

1018:1, 1018:24, 1018:25, 1025:18, 1060:7, 1061:10, 1061:12, 1061:18, 1063:12, 1063:13, 1100:5, 1100:7, 1100:8, 1100:25, 1101:5, 1102:5, 1102:7, 1102:8, 1102:11, 1102:14, 1102:17, 1102:25, 1103:13, 1103:17, 1103:20, 1104:10, 1104:12, 1105:11, 1105:21, 1105:22, 1106:13, 1106:17, 1106:25, 1107:16, 1106:16, 1109:7
**BARRY** [1] - 980:11
**base** [1] - 1060:22
**based** [27] - 993:6, 1010:8, 1010:19, 1011:23, 1013:2, 1016:3, 1016:5, 1023:23, 1027:1, 1028:5, 1032:11, 1038:20, 1039:13, 1040:8, 1040:17, 1040:20, 1043:15, 1046:22, 1061:18, 1061:19, 1061:22, 1102:4, 1102:6, 1102:17, 1103:13, 1107:15, 1108:16
**baseline** [1] - 1053:25
**basic** [1] - 1040:7
**basis** [8] - 997:7, 997:14, 1021:19, 1027:23, 1028:1, 1045:3, 1065:4, 1067:18
**BATON** [1] - 979:6
**BAYLEN** [1] - 978:4
**Bea** [1] - 1090:16
**became** [2] - 1033:7, 1081:5
**become** [1] - 1026:25
**becoming** [1] - 1081:3
**BEFORE** [1] - 977:15
**began** [3] - 988:24, 1022:22, 1027:24
**begin** [1] - 1012:21
**beginning** [3] - 988:13, 1024:3, 1097:11
**behalf** [10] - 984:24, 987:16, 1009:19, 1011:14, 1029:14, 1033:14, 1034:21, 1077:7, 1089:5,

1091:15
**behind** [3] - 992:5, 998:16, 1003:19
**belongs** [1] - 1097:18, 1097:22
**below** [2] - 1056:6, 1103:20
**BENSON** [1] - 979:19
**Best** [1] - 1022:16
**best** [18] - 996:2, 996:10, 997:2, 1009:5, 1010:14, 1022:20, 1022:24, 1023:24, 1024:7, 1024:23, 1025:3, 1025:19, 1028:8, 1040:8, 1040:9, 1098:1, 1110:8
**BETHANY** [1] - 979:21
**better** [1] - 1057:15
**between** [7] - 1083:16, 1084:10, 1084:12, 1085:1, 1088:9, 1088:10, 1104:21
**beyond** [7] - 1010:23, 1011:2, 1017:4, 1017:20, 1020:6, 1069:18, 1102:7
**big** [13] - 1004:21, 1004:22, 1005:9, 1031:5, 1039:9, 1039:11, 1042:9, 1077:22, 1087:25, 1088:6, 1109:3, 1109:12
**bigger** [1] - 1109:6
**Bill** [2] - 1000:13, 1012:15
**billion** [1] - 1048:8
**BINGHAM** [1] - 982:12
**bit** [6] - 1035:15, 1047:19, 1054:7, 1059:22, 1068:15
**blind** [2] - 1107:13, 1109:6
**block** [1] - 1053:3
**blockage** [1] - 1053:7
**blow** [1] - 995:11
**blow-up** [1] - 995:11
**blown** [2] - 1092:1, 1092:5
**blown-out** [1] - 1092:1
**blowout** [9] - 1015:25, 1035:16, 1035:18, 1035:19, 1097:19, 1098:22, 1099:1, 1099:3
**blowouts** [5] - 1035:16, 1091:18, 1092:7, 1096:21,

1096:25
**BOLES** [1] - 980:15
**books** [1] - 1097:3
**BOP** [116] - 1018:24,
1026:2, 1037:15,
1038:3, 1039:15,
1039:16, 1039:18,
1039:25, 1040:22,
1042:3, 1043:9,
1043:12, 1043:18,
1043:23, 1046:14,
1051:13, 1053:4,
1069:8, 1069:23,
1070:15, 1070:19,
1070:22, 1071:2,
1071:5, 1071:9,
1071:16, 1071:23,
1072:2, 1072:4,
1072:5, 1072:10,
1072:12, 1073:15,
1074:5, 1074:21,
1074:23, 1075:2,
1075:4, 1075:7,
1075:14, 1075:17,
1075:20, 1075:24,
1075:25, 1076:1,
1076:6, 1076:7,
1076:11, 1076:15,
1077:3, 1077:11,
1078:4, 1078:13,
1079:5, 1079:8,
1079:14, 1080:17,
1082:11, 1082:13,
1083:10, 1083:17,
1084:9, 1084:10,
1084:13, 1087:16,
1087:17, 1087:25,
1088:11, 1088:24,
1088:25, 1093:2,
1093:9, 1093:24,
1094:4, 1094:14,
1095:4, 1095:14,
1095:18, 1095:21,
1096:11, 1096:12,
1096:17, 1100:6,
1107:12
**BOP's** [1] - 1078:7
**BOP-on-BOP** [31] -
1037:15, 1038:3,
1042:3, 1043:9,
1043:12, 1043:18,
1043:23, 1046:14,
1069:8, 1069:23,
1070:15, 1070:19,
1070:22, 1071:2,
1071:5, 1072:2,
1072:5, 1075:2,
1075:4, 1075:7,
1075:14, 1075:17,
1077:3, 1080:17,

1087:16, 1087:25,
1088:11, 1093:2,
1095:18, 1095:21,
1096:17
**BOPD** [3] - 990:2,
992:5, 993:25
**BOPs** [1] - 1076:11
**bottom** [10] - 990:4,
993:9, 993:11,
993:24, 1003:2,
1003:4, 1006:21,
1025:14, 1062:22,
1079:8
**bound** [6] - 1012:22,
1013:5, 1013:9,
1016:20, 1027:8
**bounds** [1] - 999:22
**BOWMAN** [1] - 981:21
**BOX** [4] - 977:24,
979:6, 979:15,
979:23
**BP** [100] - 977:11,
980:3, 980:4, 980:4,
984:14, 985:19,
988:2, 988:19,
989:1, 989:4, 989:7,
989:18, 990:3,
991:3, 991:5, 991:6,
991:13, 995:25,
996:9, 996:15,
996:17, 996:25,
997:3, 997:6, 997:7,
997:8, 997:10,
997:14, 998:18,
998:23, 999:4,
999:10, 999:11,
999:15, 999:16,
1000:1, 1005:8,
1006:1, 1007:9,
1007:25, 1008:8,
1011:5, 1013:1,
1013:17, 1013:18,
1013:25, 1014:5,
1014:9, 1014:21,
1015:4, 1015:8,
1016:1, 1016:6,
1016:18, 1017:1,
1017:18, 1018:5,
1018:9, 1020:4,
1025:7, 1026:16,
1026:17, 1026:21,
1028:8, 1028:13,
1028:22, 1029:21,
1032:5, 1037:17,
1038:24, 1040:23,
1041:2, 1041:14,
1043:3, 1044:1,
1044:18, 1046:23,
1050:5, 1050:20,
1052:2, 1052:22,

1056:8, 1058:16,
1061:9, 1064:21,
1065:4, 1066:10,
1067:19, 1068:1,
1069:1, 1069:3,
1070:14, 1075:19,
1102:4, 1102:16,
1102:24, 1104:21,
1105:15, 1106:15,
1106:16
**BP's** [15] - 985:23,
987:20, 988:10,
1011:22, 1014:24,
1037:10, 1042:24,
1043:22, 1048:4,
1048:17, 1065:17,
1065:20, 1067:8,
1068:17, 1069:5
**BPD** [1] - 1002:2
**BRAD** [1] - 981:14
**Brad** [1] - 987:16
**BRANCH** [1] - 979:14
**Brannon** [1] - 1028:21
**break** [5] - 1057:12,
1059:6, 1108:1,
1109:14, 1109:19
**breaking** [1] - 986:24
**BRENNAN** [1] - 981:9
**brevity** [1] - 1059:8
**BRIAN** [32] - 978:4,
981:14, 986:22,
987:1, 987:4,
987:15, 990:15,
995:7, 995:9, 996:7,
999:14, 1007:12,
1008:17, 1010:22,
1013:10, 1013:22,
1015:10, 1016:7,
1017:4, 1017:20,
1020:6, 1021:11,
1021:17, 1023:3,
1023:7, 1025:9,
1027:14, 1029:6,
1029:12, 1107:24,
1108:3, 1108:5
**Brian** [17] - 987:16,
1010:25, 1013:16,
1014:15, 1017:9,
1017:14, 1018:3,
1019:23, 1020:1,
1022:15, 1022:23,
1023:5, 1025:15,
1026:22, 1027:18,
1027:24, 1028:6
**Brian's** [2] - 1011:4,
1013:20
**BRIAN......................**
[1] - 983:7
**BRIDGET** [1] - 980:23
**bridging** [10] - 1053:3,

1053:16, 1054:1,
1054:2, 1054:3,
1054:10, 1054:12,
1060:7, 1061:2,
1061:16
**briefly** [4] - 1045:7,
1076:14, 1085:2,
1085:3
**bring** [3] - 986:15,
1012:9, 1098:1
**broach** [3] - 1051:18,
1084:7, 1086:17
**BROAD** [1] - 978:13
**BROADWAY** [1] -
978:8
**Brock** [4] - 985:18,
1029:18, 1057:15,
1082:17
**BROCK** [19] - 980:22,
985:18, 986:9,
986:14, 986:21,
1028:13, 1029:1,
1029:21, 1030:11,
1030:15, 1030:17,
1031:3, 1031:9,
1031:12, 1057:17,
1057:21, 1068:15,
1082:23, 1108:8
**Brock's** [1] - 1068:13
**brought** [1] - 999:10
**Brown** [3] - 1001:24,
1002:1, 1002:4
**BRUCE** [1] - 981:21
**buckets** [1] - 1026:5
**build** [1] - 1086:16
**buildup** [1] - 1078:14
**bullet** [3] - 1024:3,
1041:6, 1063:10
**Bullet** [1] - 1068:25
**bunch** [1] - 1087:17
**bundle** [4] - 1058:15,
1058:17, 1058:19,
1058:20
**BURLING** [1] - 980:22
**burst** [4] - 1051:15,
1051:18, 1052:1,
1070:8
**business** [1] -
1019:10
**businessman** [1] -
1097:8
**BY** [63] - 977:4,
977:19, 977:23,
978:4, 978:7,
978:11, 978:14,
978:18, 978:22,
979:4, 979:9,
979:14, 979:19,
980:5, 980:9,
980:15, 980:18,

980:22, 981:6,
981:10, 981:13,
981:20, 982:3,
982:9, 982:13,
982:21, 982:22,
983:7, 983:8,
983:10, 983:11,
983:12, 987:15,
990:15, 995:9,
996:7, 999:14,
1007:12, 1008:22,
1011:13, 1014:3,
1015:12, 1016:17,
1017:8, 1018:2,
1020:18, 1021:13,
1021:24, 1023:10,
1025:12, 1028:4,
1032:4, 1037:2,
1059:4, 1065:12,
1068:23, 1069:21,
1074:3, 1083:2,
1091:11, 1095:16,
1104:2, 1108:14

# C

**CA** [2] - 980:16,
981:16
**calculate** [3] -
1011:18, 1024:10,
1026:11
**calculated** [2] -
1002:20, 1018:20
**calculation** [2] -
1013:2, 1027:1
**calculations** [1] -
993:3
**CALDWELL** [1] -
979:4
**California** [1] - 1033:1
**call-out** [2] - 1093:22,
1097:10
**CALLED** [1] - 984:4
**CAMP** [1] - 979:10
**Campbell** [1] -
1028:19
**cannot** [5] - 1063:11,
1102:1, 1104:9,
1105:10, 1109:17
**cap** [1] - 1085:5
**capabilities** [1] -
1085:5
**capability** [8] -
1076:12, 1078:13,
1080:5, 1084:19,
1085:8, 1085:18,
1085:19, 1086:10
**capable** [3] - 1022:8,
1088:8, 1088:20

**capacities** [1] - 1061:23
**capacity** [1] - 1061:23
**capital** [1] - 1072:25
**CAPITOL** [1] - 978:18
**capped** [2] - 1092:12, 1092:14
**capping** [47] - 1028:20, 1037:18, 1037:22, 1038:4, 1044:2, 1044:7, 1082:13, 1082:14, 1083:3, 1083:4, 1083:6, 1083:9, 1083:17, 1083:18, 1083:25, 1084:1, 1084:13, 1084:17, 1084:22, 1085:1, 1085:2, 1085:3, 1085:9, 1085:14, 1085:16, 1085:24, 1086:18, 1087:3, 1087:10, 1087:23, 1087:24, 1088:6, 1088:10, 1089:3, 1089:4, 1089:6, 1089:13, 1089:15, 1089:16, 1089:21, 1089:23, 1089:25, 1095:5
**Capping** [1] - 1090:6
**caps** [1] - 1006:22
**captured** [1] - 1002:3
**car** [4] - 1098:7, 1098:8, 1098:12, 1098:15
**card** [1] - 1108:13
**care** [1] - 1041:1
**career** [2] - 1035:13, 1096:24
**careful** [2] - 1043:4, 1043:24
**carefully** [1] - 1044:18
**CARL** [1] - 977:15
**carpet** [1] - 1003:24
**carried** [1] - 997:9
**cars** [1] - 1099:9
**case** [39] - 988:16, 993:25, 1005:4, 1006:8, 1006:10, 1006:19, 1008:24, 1017:18, 1022:2, 1023:11, 1023:15, 1023:18, 1037:5, 1037:8, 1038:11, 1040:20, 1046:9, 1046:14, 1046:22, 1051:15, 1057:8, 1057:16, 1059:24, 1060:10, 1064:5,

1065:14, 1065:20, 1066:7, 1066:15, 1067:2, 1067:7, 1068:13, 1068:16, 1069:17, 1070:21, 1095:13, 1097:3, 1099:13, 1102:15
**cases** [1] - 1026:10
**Casing** [2] - 1015:22, 1015:23
**casing** [24] - 1015:23, 1018:25, 1051:14, 1055:23, 1056:1, 1056:2, 1056:9, 1070:5, 1074:10, 1074:12, 1074:14, 1074:15, 1074:18, 1074:20, 1074:23, 1075:1, 1075:3, 1075:9, 1075:13, 1075:15, 1075:17, 1075:21, 1076:1, 1107:14
**Cathy** [2] - 1110:3, 1110:13
**CATHY** [1] - 982:17
**Cathy_Pepper@laed .uscourts.gov** [1] - 1110:13
**cathy_Pepper@laed. uscourts.gov** [1] - 982:20
**caused** [3] - 1027:6, 1055:14, 1066:11
**causes** [1] - 1060:18
**causing** [4] - 1051:20, 1052:2, 1052:23, 1084:7
**cautionary** [1] - 996:25
**cautious** [3] - 992:5, 998:16, 1003:19
**cc** [1] - 1066:24
**CCR** [2] - 982:17, 1110:13
**ceded** [1] - 1068:15
**cement** [4] - 1055:23, 1056:2, 1056:6, 1056:9
**CENTRE** [1] - 981:6
**CEO** [2] - 1005:18, 1006:1
**CERNICH** [1] - 979:20
**certain** [1] - 1056:1
**certainly** [12] - 1039:10, 1040:12, 1043:5, 1043:19, 1044:21, 1046:3, 1049:1, 1053:1, 1056:14, 1061:19,

1063:1, 1084:19
**CERTIFICATE** [1] - 1110:1
**certification** [1] - 1072:25
**CERTIFIED** [1] - 982:17
**Certified** [3] - 1110:3, 1110:4, 1110:13
**certify** [1] - 1110:7
**Chain** [2] - 1008:3, 1008:7
**chair** [1] - 1108:10
**chairs** [1] - 1107:24
**CHAKERES** [1] - 979:20
**challenge** [4] - 1010:4, 1036:21, 1088:11, 1100:16
**challenges** [2] - 1036:20, 1039:3
**challenging** [2] - 1011:20, 1011:25
**chance** [2] - 1041:21, 1103:21
**change** [3] - 1008:15, 1019:21, 1040:13
**changes** [1] - 1058:22
**changing** [1] - 986:9
**characteristically** [1] - 1091:24
**charge** [1] - 1056:18
**Charles** [1] - 1063:4
**CHARLES** [1] - 978:15
**chart** [5] - 992:18, 992:22, 1005:17, 1052:18, 1094:9
**charts** [3] - 992:15, 1017:14, 1094:16
**Chevron** [3] - 1032:23, 1032:25, 1033:3
**CHICAGO** [1] - 980:12
**choke** [13] - 1077:10, 1077:12, 1077:18, 1077:21, 1078:8, 1078:19, 1079:1, 1079:4, 1079:5, 1079:10, 1079:13, 1079:22, 1080:14
**Choke** [1] - 1078:3
**chosen** [1] - 1040:11
**Chu** [3] - 1028:23, 1066:23, 1068:24
**circle** [5] - 1006:12, 1007:17, 1007:20, 1021:2, 1021:10
**cites** [1] - 1067:17
**CITY** [1] - 978:8
**CIVIL** [1] - 979:14

**claim** [2] - 1049:6, 1101:4
**clarification** [2] - 1047:13, 1047:18
**clear** [9] - 1006:22, 1007:6, 1018:12, 1027:3, 1030:24, 1035:3, 1041:21, 1051:20, 1105:25
**CLERK** [4] - 984:7, 1031:15, 1031:23, 1057:25
**Clerk** [2] - 987:13, 1031:22
**clip** [2] - 1029:8, 1030:10
**clips** [3] - 987:5, 1029:11, 1102:22
**clock** [2] - 984:11, 984:17
**close** [7] - 1030:15, 1075:3, 1075:15, 1085:4, 1086:8, 1086:21, 1088:5
**closed** [5] - 1044:3, 1049:14, 1049:15, 1094:14, 1107:14
**closes** [1] - 1086:8
**closing** [3] - 1044:19, 1064:22, 1075:13
**Closing** [1] - 1090:6
**Coast** [3] - 990:3, 990:6, 1003:11
**Coflexip** [2] - 1072:22, 1079:22
**collapse** [1] - 1070:5
**collect** [1] - 1083:20
**collected** [5] - 1066:10, 1067:19, 1068:1, 1082:2, 1087:2
**collecting** [1] - 1020:16
**collection** [12] - 1000:6, 1001:22, 1002:6, 1019:24, 1020:14, 1072:7, 1072:8, 1072:9, 1083:5, 1083:20, 1085:12, 1100:24
**college** [1] - 988:23
**collide** [2] - 1097:15, 1099:4
**COLLIER** [1] - 980:10
**collision** [1] - 1099:8
**comfortable** [1] - 1043:20
**coming** [12] - 1039:24, 1061:13, 1065:14, 1065:21, 1069:5,

1069:7, 1079:10, 1079:14, 1083:21, 1099:15, 1099:21, 1101:15
**Command** [9] - 991:3, 997:10, 998:18, 998:23, 999:20, 1008:3, 1008:7, 1028:17, 1062:12
**command** [1] - 1020:14
**Commander** [3] - 1028:18, 1028:20, 1028:21
**commencing** [2] - 1056:17, 1094:13
**comment** [1] - 1074:25
**comments** [3] - 995:18, 996:13, 1058:21
**commonality** [1] - 1084:9
**commonly** [1] - 1040:18
**communicate** [2] - 1003:2, 1020:24
**communicated** [5] - 1007:9, 1011:1, 1013:18, 1016:18, 1063:20
**communication** [3] - 995:22, 1016:23, 1070:11
**communications** [8] - 989:20, 991:14, 994:11, 996:15, 999:21, 999:24, 1016:22, 1062:13
**companies** [2] - 1036:3, 1048:21
**COMPANY** [2] - 980:4, 982:8
**company** [6] - 988:22, 999:20, 1032:8, 1032:11, 1035:5, 1048:14
**compare** [1] - 1026:10
**COMPLAINT** [1] - 977:7
**complaint** [2] - 1030:5, 1030:8
**complete** [1] - 1093:21
**completed** [4] - 1076:19, 1093:9, 1093:16, 1094:5
**completely** [2] - 1049:8, 1053:3
**Completions** [1] -

1000:25
**complex** [1] - 1036:15
**complexity** [1] - 1010:4
**complicated** [1] - 1098:19
**components** [1] - 1084:10
**compromised** [1] - 1055:13
**compromising** [1] - 1055:3
**COMPUTER** [1] - 982:22
**concepts** [1] - 1097:25
**concern** [16] - 1051:20, 1051:22, 1055:5, 1069:7, 1069:8, 1070:4, 1070:7, 1070:10, 1070:13, 1076:9, 1077:18, 1078:14, 1079:3, 1080:3, 1086:13, 1086:16
**concerning** [1] - 994:16
**concerns** [8] - 1039:9, 1041:24, 1042:16, 1066:5, 1066:12, 1082:1, 1082:5, 1082:6
**concluded** [1] - 1031:11
**concludes** [1] - 1061:17
**conclusion** [8] - 1060:19, 1068:17, 1069:4, 1069:5, 1069:11, 1069:14, 1071:1, 1100:16
**conclusions** [3] - 1064:15, 1064:21, 1069:3
**conclusive** [1] - 1024:25
**condition** [5] - 1039:15, 1039:16, 1040:22
**conditions** [4] - 993:13, 1002:20, 1016:4
**conduct** [3] - 1034:15, 1034:20, 1037:9
**conducted** [12] - 991:3, 1038:15, 1049:12, 1060:14, 1061:1, 1065:23, 1066:21, 1067:6, 1071:3, 1071:18,

1083:24, 1090:2
**conducting** [4] - 1062:14, 1064:25, 1068:25, 1069:2
**confidential** [2] - 999:5, 999:16
**confidentiality** [1] - 1003:15
**configuration** [1] - 1052:4
**confirming** [1] - 1062:13
**confronted** [1] - 1038:24
**confusion** [1] - 1070:25
**Congo** [1] - 1033:25
**Congress** [1] - 1013:1
**Congressman** [1] - 996:18
**connect** [1] - 1073:4
**connected** [1] - 1077:24
**connection** [19] - 985:2, 991:4, 992:1, 1009:7, 1022:1, 1022:11, 1023:2, 1023:11, 1048:5, 1049:24, 1055:2, 1059:11, 1059:24, 1061:8, 1062:9, 1065:14, 1067:2, 1073:14
**connector** [1] - 1089:23
**consider** [3] - 1045:24, 1048:13, 1049:11
**consideration** [3] - 1038:4, 1039:19, 1072:1
**considerations** [1] - 1040:23
**considered** [2] - 1064:4, 1081:25
**consistent** [7] - 997:10, 997:15, 997:23, 998:1, 998:5, 1017:1, 1043:23
**consistently** [1] - 1047:8
**consulting** [1] - 1033:4
**contain** [1] - 1065:17
**containment** [9] - 1001:22, 1080:23, 1080:25, 1083:7, 1083:18, 1083:19, 1084:19, 1085:15,

1085:17
**contend** [1] - 1038:7
**context** [1] - 995:21
**contingency** [3] - 1034:23, 1035:3, 1035:4
**continue** [3] - 989:4, 1006:16, 1057:12
**CONTINUED** [5] - 978:1, 979:1, 980:1, 981:1, 982:1
**Continued** [1] - 987:15
**continued** [2] - 995:25, 996:10
**CONTINUED)....................** [1] - 983:6
**continues** [2] - 990:5, 1097:19
**continuing** [1] - 1087:2
**continuous** [1] - 1036:2
**continuously** [1] - 1054:13
**contractor** [1] - 1035:21
**contrary** [1] - 1080:19
**contribute** [1] - 1096:2
**control** [29] - 985:23, 1028:24, 1034:15, 1034:18, 1034:20, 1034:23, 1035:3, 1035:6, 1035:10, 1036:5, 1036:10, 1036:15, 1037:10, 1042:14, 1045:11, 1046:6, 1046:7, 1047:10, 1048:4, 1048:19, 1049:24, 1055:9, 1060:25, 1069:24, 1074:5, 1074:23, 1085:19, 1086:14
**Control** [3] - 1028:15, 1028:19, 1061:20
**controlled** [1] - 1097:23
**conversation** [1] - 1048:1
**Coordinator** [1] - 1028:18
**copy** [4] - 994:1, 995:2, 1000:13, 1097:6
**copying** [1] - 1012:15
**COREY** [1] - 978:22
**corners** [2] - 1010:23, 1020:7

**Cornillon** [1] - 1012:15
**CORPORATION** [1] - 982:7
**correct** [88] - 988:7, 988:24, 989:24, 990:5, 992:24, 993:5, 993:12, 994:6, 995:16, 995:20, 996:21, 997:24, 1001:9, 1003:16, 1004:7, 1006:4, 1007:25, 1008:1, 1008:4, 1008:9, 1017:15, 1033:20, 1038:5, 1038:8, 1049:16, 1056:11, 1059:13, 1060:17, 1062:14, 1063:6, 1064:11, 1068:6, 1072:13, 1073:2, 1073:3, 1074:13, 1074:17, 1077:1, 1077:14, 1078:20, 1078:21, 1081:4, 1084:15, 1089:1, 1090:13, 1091:20, 1092:14, 1093:5, 1093:6, 1093:11, 1093:13, 1093:17, 1093:24, 1094:7, 1094:10, 1094:11, 1094:15, 1094:17, 1094:18, 1094:21, 1095:23, 1095:25, 1096:1, 1096:4, 1096:14, 1097:1, 1098:9, 1098:12, 1098:13, 1099:14, 1099:17, 1100:15, 1101:1, 1101:3, 1101:8, 1101:10, 1101:13, 1101:15, 1101:17, 1101:20, 1102:13, 1102:17, 1103:6, 1104:22, 1106:4, 1106:5, 1106:21, 1110:7
**correctly** [1] - 1100:9
**cost** [2] - 1036:8, 1048:13
**counsel** [1] - 1017:22
**Counsel** [1] - 1092:25
**counsel's** [1] - 989:8
**countries** [2] - 1032:15, 1033:10
**couple** [14] - 985:20, 1026:13, 1033:1, 1038:7, 1044:9,

1045:18, 1055:12, 1059:7, 1067:14, 1073:16, 1081:19, 1087:8, 1090:10, 1097:12
**course** [4] - 1013:5, 1043:17, 1043:19, 1048:10
**court** [2] - 991:10, 1033:14
**COURT** [76] - 977:1, 982:17, 984:4, 984:8, 984:10, 985:3, 985:6, 985:8, 985:14, 986:6, 986:12, 986:17, 986:25, 987:2, 987:9, 995:8, 996:5, 999:9, 1007:11, 1008:18, 1011:10, 1013:24, 1016:8, 1017:7, 1017:24, 1020:10, 1021:12, 1021:19, 1021:23, 1023:9, 1025:10, 1027:19, 1027:21, 1028:11, 1028:25, 1029:2, 1029:10, 1030:8, 1030:14, 1030:24, 1031:6, 1031:14, 1032:3, 1036:17, 1036:21, 1036:25, 1057:15, 1057:19, 1057:22, 1058:1, 1058:10, 1058:24, 1059:3, 1065:6, 1065:10, 1067:23, 1068:3, 1068:5, 1068:7, 1068:11, 1068:18, 1069:18, 1073:19, 1082:15, 1082:25, 1091:5, 1091:7, 1091:10, 1095:8, 1108:1, 1108:4, 1108:6, 1108:13, 1109:15, 1109:19
**Court** [29] - 985:25, 986:16, 1023:1, 1029:9, 1032:7, 1032:20, 1035:15, 1037:7, 1038:10, 1039:2, 1041:15, 1043:11, 1050:23, 1052:18, 1055:4, 1057:24, 1058:23, 1062:16, 1067:8, 1070:1, 1073:6, 1083:4, 1087:15, 1109:21, 1110:4,

1110:5, 1110:6, 1110:14, 1110:15
**courtroom** [3] - 1008:15, 1031:4, 1060:3
**covered** [2] - 1045:6, 1049:5
**COVINGTON** [1] - 980:22
**crack** [1] - 1055:14
**create** [1] - 990:5
**created** [1] - 1054:11
**critical** [3] - 1040:15, 1041:7, 1055:10
**cross** [10] - 986:22, 987:18, 1011:9, 1013:21, 1017:15, 1025:13, 1036:20, 1036:24, 1058:7, 1091:16
**CROSS** [5] - 979:21, 983:7, 983:12, 987:15, 1091:11
**CROSS-EXAMINATION** [4] - 983:7, 983:12, 987:15, 1091:11
**cross-examination** [7] - 986:22, 987:18, 1013:21, 1017:15, 1025:13, 1058:7, 1091:16
**crossed** [1] - 1046:18
**CRR** [2] - 982:17, 1110:13
**cumulative** [5] - 986:13, 986:18, 986:19, 1016:7, 1025:9
**Current** [2] - 1107:12, 1108:15
**current** [5] - 988:2, 1105:2, 1105:14, 1105:17, 1106:7
**Curtt** [1] - 1063:3
**cut** [9] - 986:24, 1029:19, 1080:24, 1081:7, 1081:14, 1081:17, 1081:20, 1082:3, 1095:7
**cutting** [1] - 1081:5

---

# D

**D-23** [1] - 1075:5
**D-23238** [2] - 1018:8, 1019:2
**D-2377 1A** [1] - 1078:2
**D-23774A.1** [1] -

1084:24
**D-23798.1** [1] - 1063:23
**D-23799.1** [2] - 1065:25, 1066:22
**D-23808.1** [1] - 1072:15
**D-23811.1.1** [1] - 1076:13
**D-23822.1** [1] - 1081:11
**D-23823.1** [2] - 1083:13, 1084:12
**D-23837.1** [1] - 1090:5
**D-23888** [1] - 1010:11
**D-23933.1** [2] - 1072:14, 1073:5
**D-24365.1** [1] - 1075:5
**D23784.1** [1] - 1032:16
**D23785.1** [2] - 1037:3, 1041:5
**D23788.1** [1] - 1045:5
**D23791.1** [1] - 1050:3
**D23793A.1** [1] - 1050:22
**D23831.1** [1] - 1038:9
**D25013B** [1] - 995:11
**daily** [2] - 1000:11, 1043:16
**DALLAS** [1] - 981:23
**damage** [8] - 1051:4, 1051:7, 1072:24, 1073:10, 1073:13, 1073:23, 1073:25, 1080:6
**Dan** [2] - 986:4, 1066:24
**dangerous** [1] - 1055:1
**darn** [1] - 1041:21
**data** [59] - 1004:13, 1006:16, 1006:22, 1010:9, 1010:19, 1011:23, 1014:5, 1014:9, 1014:12, 1014:20, 1014:22, 1014:25, 1015:4, 1015:7, 1017:1, 1017:6, 1017:22, 1019:23, 1020:2, 1020:4, 1020:14, 1020:16, 1020:20, 1020:24, 1020:25, 1021:5, 1021:9, 1021:15, 1021:16, 1024:5, 1028:5, 1038:18, 1038:21, 1040:6, 1040:9, 1044:21, 1044:22,

1047:14, 1054:9, 1054:12, 1061:13, 1062:7, 1066:4, 1066:10, 1066:11, 1067:18, 1067:20, 1068:1, 1069:1, 1069:2, 1070:9, 1070:25, 1081:3, 1082:2, 1083:25, 1087:1, 1100:18
**data'** [1] - 1007:18
**date** [2] - 1036:9, 1092:4
**dated** [7] - 989:23, 1002:15, 1012:14, 1062:16, 1066:23, 1072:17, 1094:12
**David** [1] - 1028:15
**DAVIS** [1] - 981:15
**DAVIS-DENNY** [1] - 981:15
**DAY** [1] - 977:14
**day-to-day** [1] - 1051:1
**days** [10] - 1000:5, 1000:9, 1026:13, 1026:25, 1062:17, 1068:19, 1076:23, 1077:5, 1089:7, 1095:15
**DC** [5] - 979:15, 979:24, 980:20, 980:24, 982:14
**DD** [12] - 1071:8, 1074:14, 1074:16, 1074:17, 1074:18, 1074:21, 1075:20, 1076:6, 1093:9, 1093:15, 1093:24, 1094:4
**deal** [2] - 1002:9, 1056:21
**dealing** [3] - 1081:20, 1096:21, 1096:25
**DEBORAH** [1] - 982:9
**decide** [1] - 1047:15
**decision** [12] - 1038:20, 1039:21, 1040:16, 1040:17, 1042:14, 1067:10, 1070:2, 1085:2, 1095:18, 1095:20, 1096:3, 1096:16
**decision-making** [1] - 1067:10
**decisions** [9] - 1039:8, 1039:13, 1040:8, 1041:8, 1045:11, 1047:3, 1047:15, 1049:23,

1061:24
**decreased** [1] - 1059:16
**deemed** [1] - 1011:18
**deepwater** [4] - 1034:5, 1034:7, 1036:14, 1036:15
**Deepwater** [4] - 1010:15, 1038:25, 1088:25, 1100:6
**DEEPWATER** [3] - 977:4, 981:4, 981:5
**defective** [1] - 1075:24
**deferring** [1] - 1019:15
**definable** [1] - 1099:1
**define** [1] - 1099:13
**defined** [2] - 1099:20, 1099:22
**definitely** [10] - 986:14, 1000:23, 1016:11, 1040:25, 1071:4, 1082:12, 1084:20, 1087:21, 1090:3, 1090:21
**degree** [1] - 1032:23
**degrees** [1] - 1039:6
**deliberately** [1] - 1053:6
**demonstrate** [2] - 1056:13, 1078:10
**demonstrating** [2] - 1056:12, 1088:4
**demonstrative** [5] - 991:9, 995:10, 1032:17, 1050:24, 1083:14
**Denmark** [1] - 1033:2
**DENNY** [1] - 981:15
**density** [3] - 1099:16, 1099:20, 1099:22
**depart** [4] - 1078:23, 1084:3, 1088:16, 1088:22
**departing** [1] - 1085:20
**DEPARTMENT** [2] - 979:13, 979:17
**dependent** [1] - 1024:15
**depict** [1] - 1078:5
**depletion** [7] - 1025:17, 1026:2, 1026:7, 1026:14, 1027:2, 1027:4, 1027:6
**deploy** [3] - 1087:10, 1095:18, 1096:17
**deployed** [2] -

1087:13, 1096:12
**deposition** [22] - 988:6, 988:15, 988:17, 990:23, 1003:22, 1004:3, 1007:2, 1007:21, 1027:17, 1029:22, 1029:24, 1030:3, 1030:7, 1030:18, 1031:1, 1031:2, 1031:3, 1058:15, 1091:22, 1091:24, 1092:9, 1102:21
**depositions** [2] - 1027:17, 1067:12
**depth** [1] - 1056:1
**DEPUTY** [4] - 984:7, 1031:15, 1031:23, 1057:25
**describe** [3] - 1004:17, 1067:1, 1076:14
**described** [2] - 1009:22, 1036:22
**describes** [1] - 1083:9
**describing** [1] - 992:11
**description** [2] - 1005:5, 1083:11
**design** [13] - 1051:12, 1052:14, 1053:5, 1056:11, 1056:13, 1086:9, 1087:18, 1088:6, 1089:3, 1089:4, 1089:24, 1090:3
**designed** [8] - 1084:2, 1084:7, 1084:11, 1085:3, 1089:17, 1089:18, 1089:21, 1089:23
**desired** [1] - 1053:11
**despite** [2] - 995:25, 996:8
**detail** [1] - 1070:24
**detailed** [1] - 1059:12
**details** [3] - 999:1, 1043:8, 1043:21
**determine** [4] - 997:19, 1013:9, 1026:11, 1070:21
**develop** [2] - 1040:2, 1087:10
**development** [1] - 1084:22
**Development** [2] - 1071:8, 1071:15
**device** [3] - 1083:19, 1085:15, 1085:16
**DEXTER** [1] - 978:23

diagnosis [2] - 1095:25, 1096:3
diagnostic [2] - 1053:22, 1054:4
diagnostics [1] - 1064:15
diameter [2] - 1107:15, 1109:4
difference [1] - 1054:15
differences [3] - 1054:2, 1083:16, 1084:12
different [19] - 994:19, 995:24, 996:15, 1010:1, 1024:4, 1032:14, 1032:15, 1033:10, 1033:13, 1039:23, 1039:24, 1046:20, 1047:6, 1053:24, 1054:5, 1092:16, 1095:2, 1099:8, 1103:4
difficult [1] - 1003:7
difficulties [2] - 1036:4, 1036:9
diligence [1] - 1041:1
diligently [1] - 1109:18
direct [4] - 1032:6, 1032:8, 1057:13, 1058:4
DIRECT [4] - 983:10, 983:11, 1032:4, 1059:4
direction [1] - 1098:15
directly [5] - 1011:4, 1011:9, 1012:6, 1013:20, 1058:22
Director [1] - 1033:18
director [3] - 1033:8, 1033:22, 1035:8
disagree [5] - 1103:8, 1103:9, 1103:11, 1103:12, 1103:14
discharge [3] - 1006:8, 1006:10, 1017:18
disclose [1] - 1030:11
disclosed [3] - 1029:7, 1030:9, 1030:12
disconnect [1] - 1088:16
Discoverer [2] - 1072:11, 1072:17
discovering [1] - 1082:4
discovery [1] - 1072:1
discuss [3] - 1004:16,

1005:9, 1064:15
discussed [2] - 997:18, 1004:9
discussing [1] - 1025:4
discussion [2] - 1039:11, 1097:11
Discussion [1] - 1062:18
discussions [1] - 1003:7
disk [1] - 1052:1
disks [6] - 1051:15, 1051:18, 1051:21, 1070:5, 1070:8, 1070:10
disposal [1] - 1001:22
disprove [1] - 1026:18
distribution [2] - 1062:22, 1106:22
District [3] - 1110:6, 1110:15
DISTRICT [3] - 977:1, 977:1, 977:15
DIVISION [2] - 979:14, 979:18
DOCKET [3] - 977:4, 977:7, 977:10
document [10] - 1006:15, 1019:7, 1026:17, 1034:19, 1061:21, 1064:2, 1067:17, 1067:21, 1072:17, 1100:11
documentary [1] - 1095:12
documentation [3] - 1045:14, 1048:10, 1066:20
documents [12] - 1007:25, 1008:6, 1008:12, 1010:24, 1020:3, 1027:15, 1064:4, 1067:14, 1067:22, 1069:10, 1069:13, 1076:21
DOE [1] - 1064:14
dollars [1] - 1097:7
DOMENGEAUX [1] - 977:22
DON [1] - 980:5
DONALD [1] - 981:20
Donald [1] - 1063:24
done [16] - 1022:2, 1034:21, 1035:11, 1037:4, 1042:23, 1052:12, 1057:17, 1059:24, 1065:14, 1073:9, 1074:12, 1090:4, 1093:2,

1093:13, 1094:10, 1096:16
doubt [1] - 1060:19
Doug [3] - 989:23, 991:6, 995:19
DOUGLAS [1] - 979:9
Douglas [2] - 994:23, 995:14
down [17] - 1012:23, 1018:23, 1035:18, 1039:17, 1047:15, 1053:6, 1053:9, 1058:16, 1064:8, 1064:17, 1082:21, 1092:2, 1099:16, 1101:10, 1101:18, 1101:23
downhole [2] - 993:8, 1051:14
downside [2] - 1041:23, 1042:20
downsides [1] - 1051:6
Doyen [2] - 1036:18, 1091:14
DOYEN [16] - 981:13, 1036:18, 1036:22, 1065:1, 1067:3, 1069:15, 1091:4, 1091:6, 1091:8, 1091:11, 1095:16, 1104:1, 1104:2, 1108:14, 1109:13, 1109:16
DOYEN.......................
.......... - 983:12
Dr [47] - 994:4, 994:9, 995:13, 995:17, 996:9, 1007:6, 1007:19, 1008:14, 1008:21, 1008:23, 1009:1, 1009:16, 1009:17, 1009:21, 1011:6, 1011:7, 1011:14, 1012:2, 1012:8, 1012:14, 1012:20, 1013:7, 1013:15, 1013:17, 1014:4, 1014:19, 1014:21, 1018:3, 1019:18, 1021:14, 1027:17, 1027:25, 1028:5, 1028:11, 1037:4, 1059:10, 1059:14, 1066:24, 1088:12, 1090:15, 1090:16, 1100:11, 1100:16
drawn [1] - 1064:21
drew [1] - 1069:4

drill [12] - 1055:7, 1055:13, 1055:18, 1056:4, 1056:8, 1056:9, 1081:8, 1081:9, 1081:15, 1081:16, 1082:4, 1082:10
Drill [1] - 1015:21
drilled [1] - 1033:9
Driller [2] - 1071:8, 1071:15
drilling [19] - 1015:20, 1032:11, 1032:14, 1032:24, 1032:25, 1033:5, 1034:6, 1035:13, 1035:21, 1036:14, 1036:15, 1044:16, 1079:9, 1079:15, 1079:21, 1084:9, 1084:10, 1084:13
Drilling [1] - 1000:25
DRILLING [1] - 981:4
drillship [1] - 1034:9
drive [2] - 987:5, 1058:19
dropped [1] - 1025:24, 1026:6, 1082:11
drove [1] - 1046:4
duct [1] - 1108:8
due [8] - 997:18, 1016:11, 1026:6, 1026:14, 1026:15, 1027:4, 1070:4, 1088:22
duly [2] - 987:12, 1031:21
Dupree [6] - 985:11, 1025:16, 1052:16, 1052:18, 1080:23, 1082:1
Dupree's [2] - 1082:4, 1104:14
duration [1] - 1077:25
during [13] - 1000:24, 1004:9, 1022:8, 1051:21, 1052:3, 1058:6, 1059:20, 1072:19, 1093:3, 1093:23, 1094:1, 1100:4, 1104:14
DWP [1] - 988:3
dynamic [13] - 1059:11, 1059:15, 1059:17, 1063:11, 1103:2, 1103:3, 1103:9, 1104:9, 1104:11, 1105:5, 1105:10, 1106:4, 1106:11

dynamics [2] - 1098:18, 1098:22

# E

E&P [1] - 982:8
e-mail [46] - 989:23, 991:19, 991:23, 992:9, 992:16, 992:17, 993:24, 994:9, 994:13, 994:15, 994:23, 995:21, 998:15, 998:18, 998:21, 1000:8, 1000:17, 1002:15, 1002:18, 1003:18, 1003:25, 1004:15, 1005:6, 1005:14, 1007:16, 1012:14, 1019:5, 1019:21, 1020:21, 1021:2, 1021:3, 1021:5, 1021:10, 1022:15, 1023:19, 1025:14, 1025:16, 1062:16, 1062:21, 1063:24, 1066:23, 1067:1, 1068:24
e-mailed [1] - 1001:24
e-mails [7] - 995:12, 995:14, 995:25, 996:8, 996:20, 996:25, 1063:25
early [4] - 990:3, 1053:22, 1072:1, 1077:6
easily [1] - 1099:14
EAST [1] - 978:18
Eastern [1] - 1110:6
EASTERN [1] - 977:1
eating [1] - 1068:13
edited [1] - 1031:1
Edward [1] - 985:2
EDWARDS [1] - 977:22
effect [3] - 1053:11, 1053:13
effectively [1] - 1082:5
effort [8] - 1028:20, 1044:18, 1055:7, 1071:3, 1072:7, 1078:20, 1083:7, 1102:4
efforts [11] - 1044:18, 1048:17, 1049:24, 1055:9, 1072:2, 1072:5, 1072:8, 1072:9, 1074:6, 1080:25

**eight** [2] - 1062:17, 1089:7
**EISERT** [1] - 980:19
**either** [6] - 986:4, 998:24, 1025:1, 1035:1, 1076:11, 1107:21
**Elgin/Franklin** [1] - 1035:21
**eliminate** [1] - 1041:25
**eliminated** [1] - 1070:17
**eliminating** [1] - 1087:17
**ELLIS** [3] - 980:9, 980:14, 980:18
**ELM** [1] - 981:23
**embraced** [1] - 989:18
**employees** [1] - 1005:9
**employment** [1] - 989:6
**encompassed** [1] - 990:19
**encounter** [1] - 1099:10
**End** [1] - 1064:1
**end** [9] - 984:17, 993:7, 1009:18, 1011:24, 1024:9, 1027:10, 1031:8, 1039:7, 1077:5
**Endeavor** [1] - 1035:18
**ended** [2] - 991:18, 1093:8
**ending** [1] - 1063:25
**Energy** [1] - 1028:23
**ENERGY** [2] - 981:6, 981:19
**ENFORCEMENT** [1] - 979:18
**engaging** [1] - 1033:25
**ENGEL** [1] - 979:21
**engineer** [6] - 1061:11, 1061:15, 1061:25, 1087:18, 1088:17, 1090:2
**engineered** [4] - 1014:22, 1015:24, 1070:22, 1088:14
**engineering** [8] - 988:8, 1001:21, 1032:10, 1032:23, 1034:1, 1048:4, 1048:24, 1061:23
**Engineering** [4] - 1028:16, 1071:14,

1071:24, 1073:14
**Engineering's** [1] - 1073:21
**engineers** [5] - 1014:21, 1014:24, 1020:15, 1060:4, 1069:1
**enlarged** [1] - 1073:25
**ensures** [1] - 1052:7
**ensuring** [2] - 1040:17, 1051:25
**Enterprise** [8] - 1071:23, 1071:24, 1072:1, 1072:6, 1072:11, 1072:17, 1074:11, 1074:13
**Enterprise's** [2] - 1073:14, 1076:6
**entire** [3] - 1033:10, 1072:20, 1109:17
**entirety** [1] - 1050:9
**entitled** [1] - 1110:9
**envelope** [5] - 1051:12, 1052:13, 1052:14, 1052:15, 1054:22
**environment** [3] - 1011:20, 1039:12, 1049:9
**ENVIRONMENT** [1] - 979:18
**ENVIRONMENTAL** [1] - 979:18
**equipment** [15] - 1035:7, 1035:9, 1043:14, 1044:11, 1048:24, 1049:3, 1051:12, 1052:5, 1074:5, 1088:4, 1090:3, 1090:11, 1090:12
**equivalent** [1] - 1107:15
**erosion** [2] - 1026:2, 1028:6
**err** [1] - 994:20
**especially** [3] - 1049:12, 1060:22, 1075:23
**ESQ** [49] - 977:19, 977:23, 978:4, 978:7, 978:11, 978:14, 978:18, 978:22, 978:22, 979:9, 979:9, 979:14, 979:19, 979:19, 979:20, 979:21, 979:22, 979:22, 979:23,

980:5, 980:9, 980:10, 980:10, 980:11, 980:11, 980:15, 980:18, 980:19, 980:22, 980:23, 981:6, 981:10, 981:13, 981:14, 981:14, 981:15, 981:15, 981:20, 981:20, 981:21, 981:21, 981:22, 982:3, 982:4, 982:9, 982:13, 982:13
**essential** [1] - 1084:17
**essentially** [2] - 1059:16, 1083:10
**establish** [2] - 1043:3, 1043:14
**established** [1] - 1069:16
**Estimate** [1] - 1022:16
**estimate** [51] - 989:9, 989:12, 989:16, 989:19, 989:21, 990:5, 991:15, 995:15, 996:2, 996:11, 997:8, 998:13, 1009:5, 1009:9, 1009:19, 1009:22, 1009:25, 1010:8, 1010:14, 1010:19, 1011:15, 1011:18, 1012:3, 1012:7, 1014:7, 1016:13, 1019:4, 1022:20, 1022:25, 1023:24, 1024:7, 1024:11, 1024:17, 1024:22, 1024:23, 1025:3, 1025:8, 1025:20, 1027:7, 1027:9, 1027:23, 1028:1, 1028:2, 1028:8, 1076:25, 1077:4, 1102:5, 1102:24, 1107:23
**estimates** [8] - 997:9, 997:23, 1016:24, 1017:17, 1077:6, 1105:3, 1105:14, 1105:17
**estimating** [4] - 1007:8, 1009:11, 1016:6, 1019:16
**ET** [2] - 977:8, 977:12
**evaluate** [4] - 986:10, 1038:20, 1039:22, 1041:1
**evaluated** [2] -

1061:14, 1066:12
**evaluating** [1] - 1035:16
**evaluation** [2] - 1039:19, 1060:21
**evening** [1] - 1060:15
**event** [12] - 1035:5, 1042:5, 1078:22, 1079:17, 1079:20, 1080:6, 1084:3, 1085:8, 1085:13, 1085:20, 1086:10, 1086:22
**events** [2] - 1035:10, 1046:6
**evidence** [16] - 985:1, 987:6, 998:17, 998:21, 998:23, 999:4, 999:6, 1029:25, 1058:6, 1058:17, 1063:19, 1080:17, 1080:19, 1080:21, 1095:12
**evolution** [1] - 1089:22
**evolve** [6] - 1040:11, 1040:12, 1040:13, 1040:19, 1081:23
**evolves** [1] - 1040:6
**exactly** [1] - 1005:21
**EXAMINATION** [36] - 983:7, 983:8, 983:10, 983:11, 983:12, 987:15, 990:15, 995:9, 996:7, 999:14, 1007:12, 1008:22, 1011:13, 1014:3, 1015:12, 1016:17, 1017:8, 1018:2, 1020:18, 1021:13, 1021:24, 1023:10, 1025:12, 1028:4, 1032:4, 1037:2, 1059:4, 1065:12, 1068:23, 1069:21, 1074:3, 1083:2, 1091:11, 1095:16, 1104:2, 1108:14
**examination** [11] - 986:22, 987:18, 1008:20, 1013:21, 1014:15, 1017:15, 1025:13, 1032:6, 1054:4, 1058:7, 1091:16
**EXAMINATIONS** [1] - 983:4
**examined** [7] - 987:13, 1031:22,

1061:14, 1066:12
**example** [6] - 992:23, 998:9, 1005:11, 1012:24, 1013:3, 1099:6
**exceed** [3] - 1051:11, 1051:17, 1052:1
**exceeding** [1] - 1052:9
**Excel** [1] - 1023:20
**except** [1] - 1006:24
**excerpt** [2] - 1014:17, 1100:3
**exchanged** [3] - 1029:15, 1029:16
**excuse** [1] - 1028:18
**execute** [2] - 1054:20, 1084:17
**executed** [6] - 1062:17, 1063:12, 1064:16, 1070:20, 1104:9, 1105:11
**executing** [1] - 1056:21
**execution** [6] - 1051:21, 1053:19, 1056:13, 1059:20, 1063:16, 1071:10
**executive** [1] - 1005:18
**exercise** [3] - 1093:8, 1106:20, 1106:24
**exhibit** [5] - 1020:1, 1029:23, 1029:25, 1030:12, 1059:1
**exhibits** [12] - 985:1, 985:10, 985:11, 985:16, 985:23, 1013:12, 1058:6, 1058:9, 1058:12, 1058:20, 1099:1
**existed** [6] - 1038:19, 1044:11, 1048:24, 1087:1, 1089:16, 1090:18
**existence** [1] - 1089:15
**existing** [1] - 1077:12
**exists** [1] - 1035:9
**exit** [2] - 1066:13, 1066:14
**expectation** [4] - 1081:9, 1081:10, 1081:15, 1089:20
**expected** [2] - 984:17, 1081:21
**experience** [6] - 1032:18, 1032:21,

1035:15, 1035:23, 1036:1, 1061:22
**expert** [18] - 988:15, 988:17, 1007:6, 1013:11, 1013:14, 1017:24, 1023:4, 1023:7, 1029:8, 1036:14, 1036:25, 1037:5, 1037:25, 1066:7, 1067:9, 1067:15, 1096:21
**Expert** [1] - 987:25
**expertise** [4] - 1019:16, 1028:7, 1065:2, 1069:19
**explain** [2] - 999:18, 1050:23
**explained** [1] - 1003:5
**EXPLORATION** [2] - 977:11, 980:3
**explore** [1] - 1096:15
**explosion** [1] - 1080:8
**expose** [1] - 1080:7
**exposed** [2] - 993:6, 1024:20
**express** [1] - 1065:2
**expressed** [1] - 1067:7
**expressing** [1] - 1065:3
**expressly** [2] - 1013:13, 1013:22
**extensive** [1] - 1070:24
**extensively** [1] - 1033:13
**extent** [2] - 1016:11, 1030:14
**external** [1] - 1048:14
**externally** [2] - 999:6, 1001:14
**extremely** [3] - 1011:20, 1011:25, 1075:22
**eyes** [1] - 1038:17

## F

**faced** [2] - 1046:17, 1090:20
**facilities** [1] - 1034:11
**fact** [26] - 988:22, 989:4, 989:18, 990:11, 990:12, 999:4, 999:15, 999:17, 1010:2, 1012:9, 1016:23, 1026:13, 1035:12, 1039:18, 1040:3,

1041:13, 1056:8, 1068:9, 1070:21, 1074:1, 1074:25, 1077:19, 1085:13, 1093:12, 1096:6, 1105:1
**factor** [1] - 1103:19
**factors** [1] - 1090:8
**Factors** [1] - 1090:7
**fail** [5] - 1051:21, 1085:18, 1085:24, 1086:2, 1086:7
**failed** [3] - 1047:9, 1070:6, 1070:10
**failure** [2] - 1070:7, 1088:23
**fair** [6] - 999:12, 1057:6, 1071:20, 1091:17, 1096:10, 1106:10
**fairly** [1] - 1091:23
**fall** [2] - 1082:10, 1085:16
**fall-back** [1] - 1085:16
**familiar** [2] - 1023:12, 1071:25
**familiarity** [1] - 1035:9
**FANNIN** [1] - 981:10
**far** [1] - 1108:19
**fashion** [1] - 1043:4
**fast** [2] - 1005:21, 1042:22
**faster** [4] - 1012:25, 1047:4, 1098:11
**favorable** [1] - 1046:16
**feature** [2] - 1085:25, 1086:2
**features** [2] - 1084:11, 1084:16
**Federal** [3] - 1028:17, 1028:21, 1062:8
**federal** [1] - 1064:8
**feet** [6] - 1034:7, 1034:9, 1079:14, 1079:21, 1087:24, 1088:1
**few** [7] - 1033:4, 1037:19, 1037:23, 1042:9, 1044:3, 1058:21, 1095:15
**field** [1] - 1048:22
**FIELDS** [1] - 980:11
**FIFTEENTH** [1] - 980:19
**Figure** [1] - 1098:23
**figure** [5] - 992:6, 1003:20, 1096:8, 1098:5, 1098:20
**figures** [2] - 1017:17,

1098:2
**Figures** [1] - 1098:1
**file** [1] - 1058:5
**files** [1] - 1006:23
**filibustering** [2] - 1057:19, 1057:20
**filing** [1] - 1058:23
**final** [2] - 1028:5, 1087:5
**financial** [1] - 1048:7
**fine** [2] - 1103:5, 1108:5
**fingers** [1] - 1046:18
**finish** [2] - 984:18, 986:1
**finished** [1] - 985:21
**FIRM** [1] - 978:10
**firm** [1] - 1043:15
**first** [29] - 991:15, 1000:5, 1000:8, 1006:4, 1010:20, 1011:15, 1012:13, 1020:2, 1022:17, 1030:24, 1031:21, 1037:11, 1043:14, 1053:23, 1055:5, 1055:6, 1059:23, 1060:16, 1061:1, 1064:9, 1065:25, 1066:4, 1070:2, 1072:14, 1073:7, 1075:2, 1075:15, 1081:22, 1086:2
**firstly** [2] - 1060:20, 1089:13
**fit** [1] - 1083:5
**FITCH** [1] - 982:13
**five** [3] - 1036:10, 1060:7, 1061:16
**FL** [1] - 978:5
**FLEMING** [1] - 981:22
**flex** [8] - 1087:17, 1088:3, 1088:12, 1088:13, 1088:15, 1088:20, 1088:23, 1090:10
**floor** [1] - 1066:14
**FLOOR** [1] - 981:16
**Flow** [10] - 1009:10, 1009:14, 1009:18, 1009:23, 1010:6, 1010:13, 1010:18, 1011:1, 1013:8, 1019:17
**flow** [71] - 993:7, 994:20, 996:11, 997:9, 999:5, 999:16, 999:23, 1001:13, 1005:9, 1007:8, 1009:9,

1009:12, 1009:20, 1010:8, 1010:19, 1011:15, 1011:19, 1011:21, 1011:25, 1012:3, 1014:5, 1014:7, 1016:6, 1016:14, 1018:18, 1019:16, 1019:18, 1023:24, 1024:15, 1025:8, 1025:20, 1027:11, 1028:19, 1039:10, 1039:13, 1039:16, 1039:24, 1039:25, 1040:21, 1050:8, 1053:3, 1053:8, 1053:10, 1053:12, 1053:24, 1055:16, 1055:17, 1060:6, 1061:9, 1063:12, 1064:17, 1092:1, 1099:3, 1099:17, 1099:20, 1099:22, 1101:15, 1101:17, 1101:18, 1101:23, 1101:24, 1102:1, 1102:5, 1103:20, 1104:9, 1105:11, 1107:2, 1107:4, 1107:16, 1108:17
**flowing** [17] - 997:19, 999:24, 1002:19, 1010:14, 1016:20, 1016:25, 1017:3, 1079:21, 1092:12, 1092:14, 1099:1, 1100:7, 1100:8, 1100:20, 1100:25, 1101:5, 1109:7
**fluid** [11] - 1015:7, 1015:17, 1097:18, 1097:22, 1098:18, 1099:1, 1099:2, 1099:17, 1099:21
**fluids** [6] - 1097:14, 1099:4, 1099:15, 1099:16, 1099:22, 1101:15
**FLYNN** [1] - 979:14
**flyovers** [1] - 990:20
**focus** [1] - 1038:22
**folks** [4] - 995:14, 1022:8, 1047:10, 1063:3
**follow** [3] - 1031:7, 1045:19, 1046:14
**followed** [2] - 1046:3, 1047:23
**following** [7] - 986:4, 1065:18, 1069:14,

1069:22, 1071:5, 1071:16, 1083:6
**follows** [2] - 987:14, 1031:22
**Footnote** [2] - 1067:16, 1067:21
**footnote** [2] - 1017:6, 1017:22
**FOR** [8] - 977:19, 978:21, 979:3, 979:13, 980:3, 981:3, 981:18, 982:7
**foregoing** [1] - 1110:7
**form** [4] - 990:22, 996:3, 999:8, 1015:10
**formal** [1] - 1061:20
**format** [1] - 1034:25
**formation** [3] - 1013:3, 1024:19, 1070:11
**formations** [1] - 1066:14
**formed** [1] - 1087:9
**forming** [2] - 1022:6, 1060:9
**forth** [2] - 1044:19, 1045:3
**forward** [6] - 1005:23, 1041:14, 1061:24, 1080:22, 1094:16, 1095:21
**forwarded** [2] - 994:9, 994:23
**foundation** [8] - 990:14, 996:3, 999:8, 1021:11, 1021:17, 1065:2, 1067:10, 1069:16
**four** [5] - 993:7, 1010:23, 1020:7, 1068:19, 1109:17
**fracture** [1] - 1066:14
**frame** [1] - 1108:21
**FRANK** [1] - 978:18
**Friday** [1] - 989:23
**friends** [1] - 1109:16
**FRILOT** [1] - 981:5
**FRTG** [4] - 1011:17, 1012:9, 1019:15, 1019:17
**full** [1] - 988:24
**full-time** [1] - 988:24
**fully** [1] - 990:21
**function** [2] - 1035:8, 1086:21
**fundamental** [1] - 1098:7
**funding** [1] - 1048:11
**future** [1] - 989:5

# G

**Gantt** [2] - 1094:9, 1094:16
**gaps** [1] - 1047:16
**Gary** [1] - 1003:1
**gas** [1] - 988:22
**GASAWAY** [1] - 980:18
**gather** [1] - 1083:25
**gathered** [1] - 999:11
**gauge** [4] - 1025:25, 1026:6, 1026:15, 1054:10
**GENERAL** [1] - 979:5
**general** [4] - 1022:17, 1036:8, 1064:15, 1093:3
**GENERAL'S** [1] - 978:21
**generally** [3] - 1019:24, 1067:1, 1093:4
**generate** [3] - 1012:7, 1018:17, 1023:22
**generated** [2] - 1021:6, 1063:8
**generation** [1] - 1034:9
**gentleman** [1] - 1012:17
**gentlemen** [1] - 994:4
**Gibson** [4] - 986:4, 986:8, 986:10, 1097:7
**given** [17] - 998:3, 999:23, 1008:15, 1009:22, 1011:20, 1014:11, 1019:7, 1042:12, 1056:14, 1058:22, 1070:13, 1070:16, 1074:4, 1080:10, 1080:13, 1090:24
**GLADSTEIN** [1] - 979:22
**GMBH** [1] - 977:8
**God** [1] - 1031:18
**Godley** [2] - 1029:8, 1029:13
**GODLEY** [1] - 1029:13
**GODWIN** [4] - 981:19, 981:20, 982:3, 1108:11
**gov** [1] - 1063:25
**governing** [3] - 1099:7, 1099:8, 1103:19
**Government** [2] -

1009:20, 1011:15
**government** [46] - 996:1, 999:11, 999:25, 1007:10, 1013:19, 1014:1, 1014:11, 1014:25, 1015:5, 1016:18, 1016:24, 1017:2, 1017:19, 1017:21, 1020:5, 1020:13, 1020:16, 1020:20, 1021:8, 1021:15, 1026:17, 1026:22, 1028:23, 1062:23, 1062:24, 1063:9, 1063:15, 1063:20, 1064:24, 1065:3, 1065:23, 1066:17, 1067:6, 1067:9, 1067:11, 1067:12, 1067:13, 1068:25, 1069:17, 1104:22, 1105:15, 1106:15, 1106:16, 1106:20, 1106:23, 1108:6
**government's** [5] - 1010:12, 1065:18, 1065:21, 1069:11, 1069:13
**Grace** [6] - 1096:19, 1097:8, 1097:25, 1098:7, 1098:14, 1098:18
**grace** [1] - 1098:3
**Grace's** [1] - 1097:11
**graduated** [2] - 988:23, 1032:22
**GRAND** [1] - 981:16
**GRANT** [1] - 981:15
**gravitated** [1] - 1013:6
**great** [1] - 1053:13
**greater** [6] - 1097:15, 1097:18, 1097:22, 1098:8, 1099:3, 1099:21
**greatest** [1] - 1099:9
**green** [2] - 1052:19, 1079:16
**GREENWALD** [1] - 978:7
**ground** [3] - 1038:15, 1038:18, 1094:25
**group** [4] - 994:6, 1006:24, 1019:15, 1019:18
**Group** [9] - 1009:10, 1009:14, 1009:18, 1009:24, 1010:13, 1010:18, 1011:2, 1013:8, 1019:17

**Group's** [1] - 1010:6
**guaranteed** [1] - 1050:10
**Guard** [3] - 990:3, 990:6, 1003:11
**guess** [14] - 987:5, 997:2, 1007:20, 1030:24, 1039:10, 1046:10, 1046:24, 1052:7, 1053:21, 1068:8, 1068:9, 1078:11, 1092:10, 1097:8
**guidance** [1] - 1034:19
**guiding** [4] - 1045:17, 1046:2, 1047:21
**GULF** [1] - 977:5
**Gulf** [2] - 988:2, 1010:15
**GWENDOLYN** [1] - 982:4

# H

**half** [2] - 1109:4, 1109:17
**Halliburton** [1] - 984:24
**HALLIBURTON** [1] - 981:18
**hand** [4] - 985:21, 1018:14, 1031:15, 1073:10
**handed** [1] - 1058:19
**handling** [1] - 1058:18
**happy** [4] - 985:12, 986:23, 1057:12, 1065:8
**hard** [2] - 1075:22, 1081:13
**HARIKLIA** [1] - 980:10
**Hariklia** [2] - 1008:20, 1032:5
**HARVEY** [1] - 979:22
**HAYCRAFT** [1] - 980:5
**Hayward** [1] - 1006:1
**HB406** [1] - 982:18
**head** [1] - 1009:14
**heading** [1] - 1098:6
**headline** [1] - 1012:24
**headlong** [1] - 1046:12
**heads** [1] - 984:11
**heads-up** [1] - 984:11
**hear** [3] - 987:21, 1022:23, 1030:23
**heard** [9] - 991:13, 1045:12, 1054:8,

1068:12, 1068:18, 1068:19, 1077:14, 1089:9, 1096:20
**HEARD** [1] - 977:15
**hearing** [1] - 1090:14
**hearsay** [2] - 1023:3, 1023:8
**heat** [1] - 1024:14
**heavy** [1] - 1082:10
**held** [3] - 988:5, 1062:20, 1064:14
**help** [1] - 1031:17
**Henry** [1] - 989:15
**Henry's** [1] - 990:18
**hereby** [1] - 1110:6
**HERMAN** [3] - 977:19, 977:19
**high** [17] - 993:6, 1013:1, 1018:24, 1018:25, 1047:5, 1051:10, 1051:11, 1051:24, 1054:25, 1073:3, 1077:20, 1078:22, 1080:12, 1087:24, 1088:1, 1088:21, 1101:24
**higher** [6] - 1017:17, 1064:17, 1088:2, 1105:2, 1106:7, 1106:16
**highlighted** [9] - 1062:21, 1063:5, 1063:17, 1070:9, 1072:21, 1073:9, 1073:22, 1081:19, 1081:24
**highlighting** [2] - 1074:1, 1083:16
**highlights** [1] - 1000:12
**highway** [1] - 1098:6
**Hill** [8] - 993:24, 994:1, 994:5, 994:8, 994:9, 994:14, 995:2, 995:13
**HIMMELHOCH** [1] - 979:23
**hit** [1] - 1082:11
**hold** [7] - 988:3, 1019:22, 1020:9, 1086:7, 1086:20, 1088:5
**HOLDINGS** [1] - 981:3
**hole** [5] - 1002:19, 1109:6, 1109:11, 1109:12
**Holland** [1] - 1033:2
**Holt** [2] - 1102:24, 1103:8
**Holt's** [2] - 1102:21,

1103:14
**holt's** [1] - 1103:12
**home** [1] - 1060:8
**Honor** [55] - 984:23, 985:9, 985:18, 986:21, 986:23, 987:4, 995:7, 996:4, 1007:5, 1008:17, 1008:19, 1010:22, 1010:25, 1013:10, 1013:16, 1015:11, 1017:4, 1017:20, 1020:6, 1020:8, 1021:11, 1021:17, 1023:4, 1023:8, 1025:11, 1028:10, 1028:13, 1029:6, 1029:21, 1031:12, 1032:2, 1036:13, 1036:18, 1037:1, 1057:11, 1058:2, 1058:9, 1058:14, 1065:1, 1065:7, 1067:3, 1067:16, 1067:25, 1069:15, 1069:20, 1073:18, 1083:1, 1091:4, 1091:8, 1091:9, 1095:6, 1104:1, 1107:25, 1108:5, 1109:13
**HONORABLE** [1] - 977:15
**HOPE** [1] - 980:15
**hope** [4] - 989:4, 989:6, 1031:9, 1046:19
**Horizon** [4] - 1010:15, 1038:25, 1088:25, 1096:12
**HORIZON** [1] - 977:4
**Horizon's** [1] - 1100:6
**horrendous** [1] - 1045:25
**Horse** [1] - 988:8
**hoses** [5] - 1072:22, 1072:23, 1073:3, 1073:23, 1074:2
**hour** [1] - 1109:18
**hours** [7] - 984:13, 984:14, 984:15, 1082:20, 1109:17
**housekeeping** [2] - 985:20, 1058:3
**HOUSTON** [2] - 981:11, 982:5
**Houston** [2] - 1028:21, 1028:22
**human** [1] - 1011:21
**hundred** [3] - 1034:21,

1096:5, 1097:7
**Hunter** [1] - 1066:24
**hurricane** [1] - 1084:4
**hurricanes** [1] -
1085:20
**hydraulic** [42] -
992:22, 993:4,
994:6, 996:12,
997:13, 997:17,
997:22, 998:1,
998:2, 998:3, 998:8,
998:9, 998:12,
999:5, 999:15,
999:22, 1000:4,
1007:7, 1009:4,
1009:8, 1009:24,
1010:8, 1012:5,
1012:7, 1012:10,
1013:11, 1013:22,
1014:8, 1014:13,
1014:20, 1015:9,
1015:14, 1015:15,
1016:5, 1016:13,
1016:16, 1022:7,
1022:9, 1023:25,
1025:7, 1026:11,
1027:10
**hydrocarbon** [1] -
1079:17
**hydrocarbons** [2] -
1077:20, 1080:11


I

**i.e** [1] - 1106:7
**IAIN** [3] - 983:9,
1031:20, 1031:25
**Iain** [4] - 986:3, 986:4,
1031:13, 1031:25
**idea** [2] - 1004:14,
1004:18
**idealized** [1] - 1013:3
**identified** [32] -
1025:2, 1027:15,
1041:17, 1041:24,
1042:7, 1042:10,
1045:22, 1046:16,
1047:5, 1047:21,
1050:16, 1051:1,
1052:13, 1053:2,
1053:15, 1053:18,
1055:2, 1055:5,
1055:11, 1055:16,
1055:20, 1056:19,
1057:7, 1057:9,
1069:8, 1070:4,
1070:5, 1073:14,
1073:23, 1076:19,
1078:12, 1079:23
**identifies** [2] -

1015:15, 1035:6
**identify** [7] - 988:2,
1015:13, 1038:24,
1042:7, 1046:15,
1050:20, 1057:2
**identifying** [4] -
1052:24, 1057:1,
1057:2, 1057:5
**ignore** [1] - 1044:9
**ignored** [1] - 1046:11
**ignores** [1] - 1049:8
**II** [10] - 1071:8,
1074:14, 1074:16,
1074:17, 1074:21,
1093:9, 1093:15,
1093:24, 1094:4
**II's** [4] - 1071:15,
1074:18, 1075:20,
1076:6
**IL** [1] - 980:12
**illustrated** [2] -
1098:1, 1098:23
**illustration** [1] -
1098:24
**imbalance** [1] -
1014:20
**Imm** [1] - 1003:1
**immediately** [1] -
1094:13
**impact** [2] - 995:4,
1056:15
**impacted** [1] - 1040:1
**implement** [3] -
1042:18, 1046:7,
1055:21
**implementation** [4] -
1043:6, 1044:23,
1051:1, 1052:10
**implemented** [4] -
1042:3, 1042:25,
1050:19, 1055:21
**important** [3] -
1050:12, 1060:22,
1085:18
**impossibility** [1] -
1088:11
**impossible** [1] -
1013:3
**impressed** [1] -
1005:21
**improper** [1] - 1029:9
**IN** [3] - 977:4, 977:5,
977:7
**inappropriate** [1] -
1056:24
**INC** [5] - 977:12,
980:3, 981:4, 981:5,
981:19
**inch** [1] - 1109:4
**inches** [5] - 1107:15,

1108:16, 1109:3
**incident** [16] -
1000:24, 1020:14,
1034:20, 1035:6,
1036:1, 1037:19,
1038:14, 1039:4,
1039:7, 1040:5,
1040:24, 1048:25,
1049:16, 1049:18,
1080:9
**Incident** [1] - 1028:21
**incidents** [4] -
1035:21, 1036:10,
1036:16, 1042:17
**include** [3] - 1015:7,
1038:4, 1071:20
**included** [2] -
1064:23, 1101:8
**includes** [1] - 1071:19
**including** [3] -
1016:18, 1028:6,
1063:15
**incorrect** [2] - 1049:7,
1061:25
**increase** [1] - 1018:18
**increased** [1] - 1066:5
**Indata** [2] - 1058:18,
1058:21
**indeed** [1] - 1012:23
**indefinite** [1] - 989:5
**independent** [16] -
1037:9, 1038:15,
1062:14, 1063:21,
1064:20, 1064:25,
1065:4, 1065:24,
1066:18, 1066:21,
1067:5, 1067:13,
1069:2, 1069:11,
1069:14, 1107:4
**independently** [1] -
1065:4
**India** [1] - 1033:23,
1034:14
**indicate** [7] - 1054:16,
1059:15, 1068:24,
1069:13, 1077:2,
1096:6, 1104:19
**indicated** [9] - 1100:4,
1100:24, 1101:7,
1102:6, 1103:15,
1103:16, 1103:22,
1104:8, 1104:17
**indicates** [6] -
1063:11, 1096:7,
1102:2, 1104:8,
1104:24, 1105:10
**indication** [2] -
1053:25, 1063:1
**indications** [1] -
1089:14

**individuals** [6] -
1020:25, 1022:3,
1047:17, 1047:23,
1063:25, 1064:12
**induced** [1] - 1051:23
**industry** [5] - 988:22,
1035:10, 1048:15,
1048:18, 1049:4
**inevitably** [1] - 1046:9
**inform** [7] - 998:2,
998:12, 1009:5,
1009:9, 1016:15,
1025:19, 1028:8
**information** [63] -
986:15, 989:14,
990:22, 999:11,
1000:2, 1001:3,
1001:8, 1001:13,
1002:9, 1002:11,
1005:22, 1006:11,
1007:7, 1007:9,
1010:20, 1011:1,
1011:5, 1011:7,
1011:8, 1011:23,
1013:7, 1013:17,
1013:18, 1013:19,
1013:25, 1014:1,
1014:24, 1015:5,
1015:8, 1015:13,
1016:1, 1016:5,
1016:6, 1016:11,
1017:1, 1019:4,
1019:8, 1021:14,
1023:23, 1024:5,
1025:19, 1026:17,
1026:25, 1028:6,
1038:23, 1040:8,
1040:10, 1040:20,
1041:10, 1047:14,
1049:1, 1054:9,
1061:18, 1062:1,
1062:11, 1063:14,
1063:19, 1070:21,
1081:3, 1081:5,
1086:25, 1087:2
**informed** [1] - 998:11
**informing** [1] -
1009:11
**infrastructure** [3] -
1014:23, 1051:14,
1088:17
**Inglis** [6] - 991:20,
991:23, 992:4,
992:10, 992:16,
1022:1
**Inglis'** [1] - 1006:4
**initial** [5] - 1011:18,
1015:18, 1037:20,
1049:16, 1053:21
**initiate** [1] - 1070:7

**initiated** [3] - 1055:6,
1077:23, 1102:6
**injected** [1] - 1053:16
**injection** [2] -
1051:13, 1053:15
**input** [2] - 1048:14,
1048:15
**inputs** [1] - 1015:15
**inside** [3] - 999:16,
999:19, 1107:10
**inspection** [2] -
1071:2, 1074:22
**install** [1] - 1046:10
**installation** [6] -
1044:10, 1046:15,
1049:19, 1076:12,
1085:14, 1089:4
**installed** [3] - 1044:8,
1083:6, 1083:18
**instantly** [1] - 1085:5
**instincts** [1] - 1042:17
**instruction** [1] -
1005:7
**integrity** [12] -
1044:10, 1049:20,
1051:5, 1051:8,
1052:2, 1052:24,
1055:14, 1066:5,
1066:12, 1069:6,
1076:9, 1083:24
**intended** [1] - 1008:24
**intent** [2] - 1022:6,
1053:8
**intention** [2] -
1038:17, 1052:14
**interested** [1] -
1036:17
**interestingly** [1] -
1092:25
**INTERESTS** [1] -
978:21
**interfere** [1] - 1082:9
**internal** [2] - 1076:21,
1109:4
**internally** [2] - 999:6,
1001:14
**internationally** [2] -
1032:13, 1033:13
**interpretation** [4] -
1066:11, 1067:20,
1105:19
**interpreted** [1] -
1106:9
**intervals** [1] - 1055:12
**Intervention** [1] -
1078:4
**intervention** [19] -
1048:16, 1049:9,
1072:2, 1072:5,
1074:6, 1075:1,

1075:24, 1076:1,
1076:7, 1079:5,
1079:9, 1079:14,
1079:15, 1079:19,
1084:18, 1087:17,
1087:25, 1088:24,
1089:19
**interview** [2] - 1029:9,
1029:20
**interviews** [4] -
1045:13, 1047:7,
1047:21, 1048:9
**interwoven** [1] -
1101:9
**introduced** [4] -
985:22, 1083:7,
1099:3, 1104:14
**introduction** [3] -
1107:17, 1108:24,
1109:1
**investigated** [1] -
1037:15
**involved** [11] -
1035:17, 1036:10,
1047:10, 1048:18,
1048:20, 1053:6,
1091:18, 1092:5,
1092:7, 1092:15
**involvement** [1] -
1028:24
**involves** [1] - 1051:10
**Irpino** [1] - 1058:14
**IRPINO** [3] - 978:10,
978:11, 1058:14
**isolate** [2] - 1055:23,
1056:7
**isolated** [1] - 1056:17
**issue** [9] - 990:5,
1009:19, 1038:6,
1044:11, 1051:15,
1077:22, 1088:9,
1088:14, 1107:20
**issued** [3] - 1010:7,
1010:13
**issues** [14] - 1071:9,
1071:15, 1071:17,
1072:10, 1072:16,
1072:20, 1074:10,
1074:13, 1075:20,
1082:12, 1085:6,
1085:7, 1088:6,
1094:2
**items** [4] - 1071:20,
1093:9, 1093:13,
1093:15
**itself** [2] - 1051:14,
1057:5

**J**

**JACKSON** [1] - 978:19
**James** [1] - 1058:16
**JAMES** [2] - 977:23,
979:4
**Jasper** [1] - 1005:14
**JENNY** [1] - 981:20
**jeopardize** [5] -
1042:3, 1050:13,
1050:14, 1055:11,
1079:19
**job** [2] - 1057:17,
1061:1
**Johnston** [1] -
1002:18
**joined** [2] - 1032:23,
1033:6
**joint** [9] - 1064:14,
1087:17, 1088:3,
1088:12, 1088:13,
1088:15, 1088:20,
1088:23, 1090:11
**joints** [1] - 1081:8
**JOSEPH** [1] - 980:19
**JR** [1] - 981:21
**JUDGE** [1] - 978:15
**Judge** [2] - 984:9,
1108:12
**judgment** [5] - 998:11,
1046:17, 1047:2,
1056:13, 1075:22
**JUDY** [1] - 979:22
**juggling** [1] - 1039:5
**June** [6] - 1077:6,
1094:15, 1095:5,
1096:12, 1100:24,
1100:25
**junk** [13] - 1053:5,
1092:22, 1101:12,
1101:14, 1101:16,
1101:20, 1107:1,
1107:4, 1107:7,
1109:8, 1109:10,
1109:11
**JUSTICE** [2] - 979:13,
979:17
**justifiably** [1] -
1081:21
**justification** [1] -
1047:6
**justify** [2] - 1047:1,
1047:3

**K**

**KANNER** [2] - 979:8,
979:9

**Karis** [6] - 1008:20,
1032:5, 1058:4,
1059:3, 1082:15,
1082:25
**KARIS** [62] - 980:10,
985:9, 990:14,
996:3, 999:8,
1007:5, 1008:19,
1008:22, 1010:25,
1011:12, 1011:13,
1013:16, 1014:3,
1015:11, 1015:12,
1016:17, 1017:8,
1018:2, 1020:8,
1020:11, 1020:18,
1021:13, 1021:24,
1023:4, 1023:10,
1025:11, 1025:12,
1027:16, 1027:20,
1027:22, 1028:4,
1028:10, 1030:16,
1032:2, 1032:4,
1036:13, 1037:1,
1037:2, 1057:11,
1057:14, 1059:4,
1065:7, 1065:11,
1065:12, 1067:16,
1067:25, 1068:4,
1068:6, 1068:10,
1068:14, 1068:16,
1068:22, 1068:23,
1069:20, 1069:21,
1073:18, 1074:3,
1083:1, 1083:2,
1091:3, 1095:6,
1108:9
**KARIS**.................... [1]
- 983:8
**KARIS**....................
[2] - 983:10, 983:11
**KATZ** [2] - 977:19,
981:15
**keep** [4] - 989:6,
999:5, 999:15,
1046:18
**keeping** [2] - 1051:16,
1082:18
**Kelly** [1] - 1005:15
**Kenya** [1] - 1033:25
**kept** [1] - 1006:11
**KERRY** [1] - 981:6
**Kerry** [1] - 1058:2
**key** [23] - 1000:12,
1018:10, 1037:20,
1039:7, 1039:10,
1039:17, 1039:20,
1040:14, 1041:24,
1042:6, 1042:8,
1044:9, 1050:12,
1051:4, 1051:15,

1054:15, 1055:20,
1061:6, 1061:13,
1072:19, 1083:16,
1084:15, 1107:21
**kill** [48] - 995:4,
1050:7, 1050:11,
1053:12, 1053:22,
1059:11, 1059:15,
1059:17, 1063:11,
1064:16, 1077:12,
1077:19, 1077:21,
1078:8, 1079:1,
1079:10, 1079:13,
1079:22, 1092:20,
1097:12, 1097:14,
1097:22, 1097:25,
1099:2, 1099:21,
1100:6, 1100:7,
1100:20, 1101:4,
1101:9, 1101:18,
1102:18, 1103:2,
1103:3, 1103:9,
1103:13, 1103:15,
1103:17, 1103:21,
1104:9, 1104:11,
1105:1, 1105:5,
1105:10, 1105:23,
1106:4, 1106:11
**Kill** [112] - 995:24,
1006:11, 1006:23,
1021:5, 1021:6,
1021:9, 1021:15,
1028:20, 1037:14,
1037:16, 1037:17,
1038:3, 1041:11,
1041:16, 1041:17,
1041:18, 1042:2,
1042:14, 1042:24,
1043:10, 1043:12,
1043:18, 1043:23,
1050:2, 1050:5,
1050:9, 1050:14,
1050:21, 1051:9,
1051:21, 1052:1,
1052:12, 1052:23,
1053:5, 1053:19,
1053:20, 1054:20,
1055:3, 1056:3,
1056:10, 1056:13,
1056:21, 1059:6,
1059:9, 1059:17,
1059:20, 1059:21,
1060:13, 1060:16,
1061:24, 1062:2,
1062:9, 1062:12,
1062:17, 1062:18,
1062:19, 1062:25,
1063:8, 1063:16,
1063:18, 1063:21,
1064:9, 1064:25,
1065:15, 1065:18,

1065:22, 1066:4,
1066:9, 1067:18,
1068:1, 1069:6,
1069:7, 1069:22,
1070:9, 1070:20,
1070:23, 1071:3,
1071:5, 1071:10,
1071:16, 1071:21,
1073:15, 1076:19,
1077:3, 1078:3,
1080:14, 1080:18,
1080:20, 1083:7,
1093:5, 1093:8,
1094:13, 1095:25,
1096:3, 1101:2,
1101:7, 1101:23,
1102:4, 1102:16,
1102:18, 1102:25,
1103:21, 1104:5,
1104:18, 1104:24,
1105:9, 1105:15,
1105:20, 1105:23,
1106:2, 1106:19,
1106:23
**killed** [4] - 1041:19,
1041:22, 1092:19,
1092:22
**kind** [8] - 990:20,
1036:11, 1038:12,
1038:14, 1045:16,
1067:9, 1068:8,
1081:13
**KIRBY** [1] - 982:13
**KIRKLAND** [3] -
980:9, 980:14,
980:18
**kit** [1] - 1049:19
**knocked** [1] - 1108:9
**knowing** [1] - 1054:22
**knowledge** [1] -
1048:24
**known** [8] - 1015:5,
1016:3, 1016:11,
1026:25, 1041:7,
1061:9, 1081:3,
1081:5
**knowns** [6] - 1039:5,
1041:13, 1042:12,
1043:2, 1043:11,
1044:12
**knows** [1] - 1003:14
**KRAUS** [1] - 979:9
**KS** [1] - 1035:18
**KUCHLER** [2] - 982:8,
982:9
**Kurt** [1] - 994:1
**KWOP** [2] - 1104:5,
1104:24
**KY** [1] - 982:13

# L

**LA** [11] - 977:5, 977:20, 977:24, 978:12, 978:15, 979:6, 979:10, 980:7, 981:7, 982:10, 982:19
**labeled** [1] - 1058:19
**labs** [4] - 1064:8, 1064:13, 1064:14
**lack** [1] - 1011:21
**LAFAYETTE** [1] - 977:24
**LAKE** [1] - 978:15
**LAMAR** [1] - 982:4
**landed** [1] - 1075:15
**landing** [3] - 1087:16, 1088:12, 1088:13
**Landry** [9] - 989:16, 1007:21, 1008:14, 1011:5, 1016:19, 1018:9, 1018:10, 1027:22, 1028:17
**Landry's** [3] - 990:23, 1018:4, 1019:3
**LANGAN** [1] - 980:9
**large** [5] - 986:18, 1039:21, 1041:3, 1060:6, 1061:12
**largely** [1] - 1053:23
**LASALLE** [1] - 980:12
**last** [8] - 986:7, 988:17, 990:1, 1013:12, 1035:12, 1041:6, 1044:1, 1068:19
**late** [1] - 1060:15
**launcher** [1] - 1061:3
**LAW** [1] - 978:10
**lawyers** [1] - 1108:11
**lead** [1] - 991:6
**leadership** [1] - 1064:14
**leak** [4] - 1107:14, 1107:21, 1107:22, 1108:16
**leaking** [1] - 1011:22
**leaks** [1] - 1094:1
**lean** [2] - 1107:24, 1108:1
**leaned** [1] - 1108:3
**learnings** [1] - 1000:12
**LEASING** [1] - 977:8
**least** [2] - 993:1, 1059:14
**leave** [3] - 989:1, 1084:5, 1086:14

**leaving** [1] - 1044:11
**led** [1] - 1096:16
**left** [10] - 1018:14, 1033:4, 1059:7, 1061:3, 1073:20, 1073:21, 1082:17, 1082:21, 1088:23, 1109:15
**left-hand** [1] - 1018:14
**Lehr** [2] - 1012:15, 1012:17
**Leistikow** [1] - 1066:24
**less** [5] - 998:7, 1017:25, 1046:16, 1046:17, 1105:14
**letter** [4] - 996:17, 996:24, 997:4, 997:6
**letters** [1] - 1072:25
**level** [4] - 1056:1, 1056:9, 1102:2
**LEVIN** [1] - 978:3
**LEWIS** [3] - 980:4, 981:19, 982:3
**LI** [1] - 981:14
**Liao** [2] - 1025:19, 1026:18
**Liao's** [2] - 1026:22, 1027:1
**light** [7] - 1041:2, 1041:9, 1041:13, 1043:10, 1056:19, 1086:25, 1090:18
**likelihood** [2] - 1059:17, 1088:22
**likely** [4] - 998:12, 1012:7, 1016:13, 1098:14
**likewise** [1] - 1024:18
**limit** [5] - 1007:17, 1012:22, 1012:23, 1012:24, 1037:21
**limitation** [1] - 1106:25
**limited** [3] - 1011:21, 1053:16, 1059:7
**limits** [2] - 1018:19, 1018:22
**Line** [2] - 1004:2, 1091:22
**line** [16] - 1004:2, 1006:6, 1007:14, 1007:15, 1007:24, 1013:20, 1013:24, 1018:6, 1024:24, 1067:4, 1079:16, 1082:12, 1085:4, 1091:22, 1092:2, 1093:3
**lines** [17] - 990:25,

1007:4, 1007:23, 1051:13, 1053:6, 1053:9, 1077:12, 1077:21, 1078:8, 1079:1, 1079:5, 1079:10, 1079:14, 1079:22, 1080:6, 1080:7
**Lines** [1] - 1078:3
**lineup** [1] - 1052:4
**link** [1] - 1055:14
**LISKOW** [1] - 980:4
**list** [10] - 1014:9, 1014:12, 1015:4, 1049:21, 1058:20, 1062:22, 1063:5, 1084:12, 1106:22
**listed** [1] - 1001:8
**listened** [1] - 1029:17
**listening** [2] - 1029:17, 1060:3
**listing** [1] - 1088:25
**live** [1] - 1011:3
**LLC** [1] - 981:3
**LMRP** [7] - 993:13, 1081:7, 1081:24, 1082:2, 1082:5, 1088:3, 1089:17
**load** [1] - 1006:16
**location** [1] - 1107:13
**Lockett** [15] - 994:9, 994:13, 995:3, 995:14, 995:17, 996:9, 996:21, 998:25, 1022:11, 1022:16, 1022:19, 1022:22, 1023:1, 1023:5, 1025:1
**Lockett's** [7] - 995:19, 998:21, 1023:12, 1023:18, 1023:19, 1023:24, 1025:6
**log** [1] - 1060:24
**logical** [1] - 1089:20
**logs** [1] - 1015:20
**look** [47] - 990:21, 998:20, 1000:7, 1005:11, 1009:10, 1009:13, 1010:11, 1011:3, 1014:14, 1014:24, 1017:25, 1018:17, 1030:22, 1032:16, 1037:3, 1038:9, 1038:18, 1043:5, 1043:6, 1047:20, 1050:3, 1050:22, 1059:9, 1059:12, 1060:1, 1062:15, 1063:7, 1063:23, 1065:25,

1066:1, 1066:9, 1066:22, 1067:16, 1071:13, 1071:23, 1072:14, 1073:5, 1075:2, 1075:11, 1076:13, 1081:11, 1083:13, 1093:22, 1095:1, 1097:9, 1098:23
**looked** [14] - 986:12, 994:20, 1011:24, 1015:24, 1019:10, 1031:1, 1059:12, 1060:24, 1067:11, 1081:17, 1089:13, 1100:11, 1100:13, 1100:18
**looking** [12] - 994:13, 1001:2, 1003:6, 1030:6, 1030:7, 1054:14, 1054:15, 1060:21, 1081:12, 1081:13, 1089:22, 1100:2
**looks** [3] - 1024:9, 1080:1, 1098:5
**LOS** [2] - 980:16, 981:16
**lose** [2] - 1085:19, 1086:10
**lost** [3] - 1086:14, 1086:22
**louder** [1] - 1033:15
**LOUISIANA** [3] - 977:1, 979:3, 979:4
**Louisiana** [3] - 1032:24, 1110:5, 1110:6
**low** [2] - 994:20, 1077:5
**lower** [5] - 1012:22, 1013:9, 1089:18, 1098:23
**LP** [1] - 982:8
**LUIS** [1] - 981:14
**lunch** [2] - 1109:14, 1109:19
**luncheon** [1] - 1109:21
**LUNCHEON** [1] - 983:13
**LUNDY** [3] - 978:14, 978:14
**LUXENBERG** [1] - 978:7
**lying** [1] - 1088:24
**Lynch** [7] - 1000:18, 1000:21, 1001:7, 1001:12, 1019:22, 1020:8

**Lynch's** [1] - 1020:21

# M

**Macondo** [15] - 1002:19, 1010:16, 1014:6, 1014:10, 1016:21, 1040:5, 1044:2, 1044:15, 1055:15, 1089:22, 1090:24, 1091:18, 1092:12, 1092:19, 1092:22
**MAGAZINE** [1] - 978:11
**mail** [46] - 989:23, 991:19, 991:23, 992:9, 992:16, 992:17, 993:24, 994:9, 994:13, 994:15, 994:23, 995:21, 998:15, 998:18, 998:21, 1000:8, 1000:17, 1002:15, 1002:18, 1003:18, 1003:25, 1004:15, 1005:6, 1005:14, 1007:16, 1012:14, 1019:5, 1019:21, 1020:21, 1021:2, 1021:3, 1021:5, 1021:10, 1022:15, 1023:19, 1025:14, 1025:16, 1062:16, 1062:21, 1063:24, 1066:23, 1067:1, 1068:24
**mailed** [1] - 1001:24
**mails** [7] - 995:12, 995:14, 995:25, 996:8, 996:20, 996:25, 1063:25
**main** [2] - 1036:3, 1044:5
**maintained** [1] - 1094:4
**maintenance** [12] - 1071:3, 1071:7, 1071:9, 1071:15, 1071:20, 1072:10, 1072:20, 1093:9, 1093:13, 1093:15, 1094:2, 1095:14
**majority** [2] - 1035:12, 1035:14
**mall** [2] - 1019:22, 1020:9
**mall's** [1] - 1020:21
**manage** [2] - 1034:20, 1035:25

managed [3] - 1032:14, 1033:10, 1033:12
management [5] - 1032:10, 1032:11, 1033:7, 1034:6, 1035:13
manager [3] - 988:8, 1001:21, 1033:5
Managing [1] - 1033:18
managing [6] - 1032:8, 1033:7, 1033:22, 1034:12, 1035:8, 1057:18
mandrel [1] - 1089:20
Marcia [1] - 1007:2
marine [1] - 1089:18
Mark [1] - 1054:8
Markey [1] - 996:18
Marshall [2] - 1002:16, 1003:14
MARTIN [1] - 980:15
MARTINEZ [1] - 981:20
Mary [1] - 1028:17
Mason [12] - 991:19, 991:23, 992:4, 992:9, 992:15, 992:22, 995:13, 996:9, 996:21, 998:15, 1005:7, 1019:22
Mason's [8] - 992:11, 1003:18, 1003:21, 1004:3, 1017:9, 1018:10, 1018:15, 1018:21
mass [2] - 1099:9, 1099:14
massive [1] - 1036:8
material [10] - 1046:22, 1053:6, 1053:9, 1053:16, 1054:1, 1054:2, 1054:3, 1054:6, 1054:10, 1054:12
materials [3] - 1048:24, 1053:3, 1067:11
matter [2] - 1049:7, 1110:9
matters [3] - 984:11, 984:22, 1058:3
MATTHEW [2] - 978:14, 980:11
Maule [4] - 1001:18, 1001:19, 1001:20, 1001:21
maximum [2] - 993:6,

1052:24
MAZE [1] - 978:22
Mazzella [1] - 985:11
MC252 [1] - 1019:6
McAughan [1] - 1005:15
MCCUTCHEN [1] - 982:12
McNutt [16] - 1007:2, 1007:19, 1008:14, 1009:15, 1009:16, 1009:17, 1009:21, 1011:6, 1011:14, 1012:2, 1012:14, 1012:20, 1013:7, 1013:15, 1014:4
McNutt's [2] - 1011:7, 1019:18
MDL-2179 [1] - 977:4
me.gov [1] - 1012:15
mean [9] - 998:25, 999:18, 1015:23, 1035:11, 1042:19, 1048:5, 1084:9, 1087:23, 1105:13
meaning [3] - 984:13, 984:15, 1002:1
means [1] - 1105:18
meant [3] - 1004:17, 1005:6, 1007:16
measure [1] - 1053:24
measurement [2] - 1011:19, 1011:25
mechanical [1] - 1032:23
MECHANICAL [1] - 982:21
meeting [13] - 1004:4, 1004:10, 1062:20, 1062:24, 1063:9, 1063:18, 1064:14, 1104:13, 1104:17, 1104:21, 1105:21, 1106:20, 1106:24
meetings [1] - 1028:22
members [2] - 1063:15, 1064:13
memo [1] - 1063:8
men [1] - 1099:9
mention [1] - 999:3
mentioned [5] - 1016:10, 1018:16, 1050:20, 1058:12, 1059:1
merely [1] - 1067:14
Merit [2] - 1110:4, 1110:14
MERIT [1] - 982:18
message [14] -

1059:19, 1059:22, 1059:23, 1060:2, 1060:18, 1060:20, 1060:21, 1060:23, 1061:4, 1061:7, 1061:8, 1061:11, 1061:15, 1062:4
messages [3] - 1018:10, 1018:14, 1060:9
met [2] - 1094:24, 1095:5
method [5] - 997:7, 998:3, 1006:23, 1013:12, 1078:16
methodologies [8] - 1009:22, 1009:23, 1010:1, 1010:4, 1011:17, 1012:10, 1024:4, 1024:6
methods [2] - 1013:15, 1100:24
Mexico [2] - 988:2, 1010:15
MEXICO [1] - 977:5
mic [1] - 1033:17
MICHAEL [1] - 981:13
mid [4] - 988:6, 996:8, 1017:10, 1018:15
mid-May [3] - 996:8, 1017:10, 1018:15
mid-October [1] - 988:6
middle [1] - 995:12
might [10] - 1014:1, 1039:19, 1040:11, 1046:20, 1067:15, 1077:23, 1077:24, 1109:8, 1109:10
Mike [1] - 985:18, 995:13, 1001:24, 1002:1, 1036:18, 1091:14
Miller [1] - 1058:2
MILLER [2] - 981:6, 1058:2
mine [1] - 1073:25
minimize [1] - 1055:10
minimized [1] - 1045:23
minute [1] - 1079:6, 1100:5
minutes [11] - 984:13, 984:14, 984:15, 986:2, 1028:14, 1028:25, 1029:1, 1057:14, 1082:19, 1082:21
Missed [1] - 1090:7
missed [2] - 1047:19,

1090:9
misspoke [2] - 1074:16, 1099:25
misunderstanding [1] - 1056:25
MITCHELL [1] - 978:3
mitigate [8] - 1042:14, 1042:22, 1042:25, 1044:13, 1050:20, 1052:2, 1057:3, 1076:10
mitigated [9] - 1045:23, 1046:4, 1046:25, 1050:2, 1052:23, 1053:18, 1057:9, 1070:22, 1078:16
mitigating [3] - 1040:15, 1051:16, 1076:8
mitigation [11] - 1042:10, 1043:3, 1045:21, 1051:19, 1076:15, 1076:19, 1076:24, 1078:12, 1078:20, 1080:10
mitigations [6] - 1050:17, 1054:19, 1056:20, 1057:7, 1059:5
mix [3] - 994:5, 994:7, 1103:10
Mix [1] - 994:1
model [3] - 1002:19, 1024:21, 1102:6
modelers [3] - 996:12, 1000:21, 1000:23
modeling [64] - 990:12, 990:16, 990:18, 990:19, 992:6, 992:22, 993:4, 994:6, 994:7, 995:24, 997:14, 997:17, 997:22, 998:1, 998:2, 998:4, 998:8, 998:9, 998:12, 999:5, 999:16, 999:22, 1000:5, 1007:7, 1009:5, 1009:8, 1009:24, 1010:8, 1012:5, 1012:7, 1012:10, 1013:12, 1013:23, 1014:8, 1014:13, 1014:20, 1015:9, 1015:14, 1015:16, 1016:5, 1016:13, 1016:16, 1018:19, 1022:7, 1022:9, 1023:25,

1025:7, 1026:11, 1027:10, 1052:12, 1059:10, 1059:12, 1059:14, 1059:15, 1063:11, 1100:4, 1100:9, 1100:2, 1102:10, 1102:13, 1102:17, 1103:13, 1103:15, 1103:16
Modeling [2] - 1104:8, 1105:10
models [3] - 1018:5, 1023:21, 1023:22
modification [2] - 1076:25, 1089:24
modifications [6] - 1076:3, 1076:5, 1076:15, 1076:18, 1080:13, 1080:14
modified [1] - 1086:18
moment [3] - 1034:10, 1034:13, 1091:4, 1102:9, 1104:1
momentum [31] - 1053:22, 1092:20, 1097:12, 1097:14, 1097:15, 1097:18, 1097:22, 1098:12, 1098:14, 1099:2, 1099:3, 1099:10, 1099:14, 1099:15, 1099:20, 1099:21, 1100:6, 1100:20, 1101:4, 1101:9, 1101:18, 1102:18, 1103:13, 1103:15, 1103:17, 1103:21, 1104:11, 1105:4, 1105:23, 1106:11
Momentum [1] - 1097:25
Monday [1] - 1087:15
money [1] - 1108:7
monitor [3] - 1054:18, 1054:21, 1054:24
monitored [1] - 1054:13
monitoring [1] - 1083:23
Montara [1] - 1035:18
MONTGOMERY [1] - 978:23
months [2] - 1078:1, 1089:25
moonpool [3] - 1072:22, 1072:23, 1073:4
MORGAN [2] - 978:17
morning [20] - 984:8, 984:9, 984:23,

985:18, 986:2,
987:10, 987:16,
1004:5, 1004:10,
1027:20, 1027:24,
1032:5, 1057:12,
1058:14, 1061:10,
1082:20, 1091:9,
1091:10, 1091:13,
1104:17
**MORNING** [1] - 977:14
**Morrow** [1] - 1063:4
**most** [13] - 997:19,
998:4, 998:10,
998:12, 999:23,
1011:18, 1016:14,
1016:19, 1016:23,
1016:24, 1017:2,
1098:7, 1098:14
**move** [16] - 1025:11,
1028:3, 1058:6,
1059:7, 1065:9,
1065:10, 1068:22,
1069:20, 1076:3,
1080:22, 1080:23,
1082:14, 1083:3,
1087:2, 1087:5,
1095:21
**moved** [4] - 1032:25,
1072:7, 1072:8,
1072:9
**MR** [70] - 983:7,
983:12, 984:23,
985:5, 985:7,
985:18, 986:9,
986:14, 986:21,
986:22, 987:1,
987:4, 987:15,
990:15, 995:7,
995:9, 996:7,
999:14, 1007:12,
1008:17, 1010:22,
1013:10, 1013:22,
1015:10, 1016:7,
1017:4, 1017:20,
1020:6, 1021:11,
1021:17, 1023:3,
1023:7, 1025:9,
1027:14, 1028:13,
1029:1, 1029:6,
1029:12, 1029:21,
1030:11, 1030:15,
1030:17, 1031:3,
1031:9, 1031:12,
1036:18, 1036:22,
1057:17, 1057:21,
1058:2, 1058:14,
1065:1, 1067:3,
1068:15, 1069:15,
1082:23, 1091:6,
1091:8, 1091:11,

1095:16, 1104:1,
1104:2, 1107:24,
1108:3, 1108:5,
1108:8, 1108:11,
1108:14, 1109:13,
1109:16
**MS** [66] - 978:19,
983:8, 983:10,
983:11, 985:9,
990:14, 996:3,
999:8, 1007:5,
1008:19, 1008:22,
1010:25, 1011:12,
1011:13, 1013:16,
1014:3, 1015:11,
1015:12, 1016:17,
1017:8, 1018:2,
1020:8, 1020:11,
1020:18, 1021:13,
1021:24, 1023:4,
1023:10, 1025:11,
1025:12, 1027:16,
1027:20, 1027:22,
1028:4, 1028:10,
1029:13, 1030:16,
1032:2, 1032:4,
1036:13, 1037:1,
1037:2, 1057:11,
1057:14, 1059:4,
1065:7, 1065:11,
1065:12, 1067:16,
1067:25, 1068:4,
1068:6, 1068:10,
1068:14, 1068:16,
1068:22, 1068:23,
1069:20, 1069:21,
1073:18, 1074:3,
1083:1, 1083:2,
1091:3, 1095:6,
1108:9
**mud** [3] - 1060:7,
1100:5, 1101:9
**multiple** [3] - 1042:6,
1083:21, 1085:11
**MUNGER** [1] - 981:13
**must** [1] - 1061:17

# N

**N.W** [1] - 980:19
**name** [3] - 1006:4,
1031:24, 1031:25
**NATHANIEL** [1] -
979:20
**natural** [1] - 1042:17
**NATURAL** [1] - 979:18
**nature** [1] - 1011:21
**necessarily** [3] -
1036:4, 1042:19,
1042:22

**necessary** [5] -
1025:3, 1044:12,
1076:18, 1077:10,
1094:15
**need** [20] - 986:15,
1001:1, 1017:24,
1022:9, 1043:2,
1047:6, 1054:1,
1054:24, 1072:24,
1074:20, 1075:8,
1075:17, 1079:4,
1080:24, 1082:15,
1099:19, 1100:1,
1106:15
**needed** [8] - 1001:9,
1009:2, 1014:12,
1015:15, 1056:2,
1074:2, 1076:15,
1076:23
**negative** [1] - 1056:15
**net** [3] - 1015:20,
1024:20, 1025:1
**never** [7] - 990:11,
1048:11, 1091:18,
1092:12, 1092:14,
1092:19, 1092:22
**new** [5] - 1004:13,
1010:3, 1043:7,
1069:7, 1069:8
**NEW** [9] - 977:5,
977:20, 978:8,
978:12, 979:10,
980:7, 981:7,
982:10, 982:19
**next** [5] - 986:3,
1028:12, 1031:12,
1069:23, 1092:3
**night** [1] - 986:7
**nine** [1] - 1033:1
**NO** [3] - 977:4, 977:7,
977:10
**NOAA** [10] - 989:8,
989:12, 989:16,
990:3, 990:4, 990:6,
990:11, 990:16,
1012:16, 1012:17
**NOAA's** [1] - 1028:2
**NOAH's** [1] - 1028:1
**none** [2] - 997:13,
1092:5
**NONJURY** [1] -
977:14
**nonroutine** [1] -
1051:3
**normally** [1] - 1061:6
**NORTH** [1] - 979:5
**North** [2] - 1033:2,
1035:22
**Norwell** [11] - 1032:8,
1032:9, 1032:10,

1032:12, 1033:6,
1033:12, 1033:18,
1034:15, 1034:23,
1035:9, 1091:25
**note** [11] - 990:1,
990:4, 990:9,
1004:15, 1004:20,
1007:16, 1018:23,
1019:6, 1062:19,
1104:25, 1107:17
**notes** [6] - 1104:5,
1104:6, 1104:13,
1104:17, 1104:19,
1106:21
**nothing** [7] - 1008:17,
1028:10, 1031:17,
1094:23, 1095:2,
1095:3, 1095:11
**notice** [1] - 990:4
**notified** [1] - 1106:24
**noting** [1] - 1064:21
**nowhere** [1] - 1096:11
**Number** [1] - 1068:25
**number** [22] - 992:8,
992:20, 994:15,
1003:5, 1004:20,
1004:21, 1004:22,
1004:23, 1005:1,
1007:24, 1008:6,
1013:4, 1027:4,
1035:25, 1042:12,
1063:24, 1064:12,
1066:2, 1066:25,
1091:21, 1093:1,
1103:24
**numbered** [1] - 1110:9
**numbers** [5] - 1003:7,
1005:8, 1005:9,
1017:25, 1020:1
**NW** [2] - 980:23,
982:14
**NY** [1] - 978:8

# O

**o'clock** [1] - 1061:10
**O'CONNOR** [1] -
980:23
**O'Connor** [1] -
1066:24
**O'KEEFE** [1] - 977:20
**O'ROURKE** [1] -
979:19
**oath** [3] - 987:10,
987:13, 1031:22
**object** [9] - 996:3,
999:8, 1010:22,
1013:10, 1017:20,
1020:6, 1021:11,

1025:9, 1027:14,
1065:1, 1069:15
**objection** [27] -
985:14, 999:9,
999:12, 1007:5,
1007:11, 1008:5,
1008:10, 1011:2,
1011:10, 1013:17,
1014:2, 1015:10,
1016:7, 1017:4,
1017:7, 1020:10,
1021:12, 1021:17,
1021:23, 1023:3,
1023:9, 1031:6,
1058:10, 1058:24,
1058:25, 1065:6,
1067:4
**objections** [2] -
985:13, 1029:11
**observation** [3] -
990:19, 1010:2,
1013:13
**observations** [1] -
990:20
**observed** [2] -
1030:20, 1072:23
**obstacle** [1] - 1048:11
**obvious** [3] - 1041:18,
1084:4, 1085:10
**obviously** [13] -
1039:17, 1046:12,
1047:13, 1048:7,
1048:13, 1050:10,
1050:25, 1051:11,
1056:3, 1056:4,
1061:4, 1061:13,
1079:1
**occupant** [2] - 1098:8,
1098:9
**occupation** [1] -
1032:7
**occurred** [4] -
1039:20, 1049:13,
1049:17, 1093:5
**OCTOBER** [2] - 977:5,
984:2
**October** [2] - 988:6,
988:17
**OF** [10] - 977:1, 977:5,
977:8, 977:10,
977:14, 979:3,
979:4, 979:13,
979:17
**off-take** [2] - 1083:21,
1085:11
**offer** [3] - 985:9,
1007:8, 1058:5
**offered** [3] - 987:5,
987:6, 1007:6
**OFFICE** [4] - 977:24,

978:21, 979:6, 979:15
**Official** [2] - 1110:5, 1110:14
**OFFICIAL** [1] - 982:17
**officials** [3] - 1020:17, 1028:23, 1067:12
**OFFSHORE** [1] - 981:4
**offshore** [4] - 1033:24, 1035:14, 1035:16
**often** [2] - 1040:7, 1040:16
**oil** [15] - 988:22, 992:7, 1002:1, 1010:14, 1011:20, 1011:22, 1011:25, 1012:25, 1048:21, 1055:16, 1063:12, 1066:13, 1092:1, 1104:9, 1105:11
**OIL** [2] - 977:4, 977:4
**Ole** [1] - 993:18
**Ole's** [1] - 994:15
**OLGA** [1] - 1023:21
**OLSON** [1] - 981:13
**ON** [1] - 977:5
**On-Scene** [1] - 1028:17
**on-the-ground** [1] - 1038:15
**once** [5] - 1067:18, 1068:1, 1075:15, 1077:23, 1080:4
**Once** [1] - 1066:9
**one** [72] - 987:20, 988:5, 988:10, 992:15, 1000:18, 1004:12, 1006:22, 1010:23, 1012:11, 1014:16, 1017:12, 1020:3, 1025:25, 1026:4, 1027:14, 1034:9, 1034:13, 1034:14, 1036:3, 1039:9, 1039:10, 1039:15, 1040:5, 1041:24, 1042:2, 1042:6, 1042:16, 1042:17, 1047:4, 1047:5, 1047:22, 1047:24, 1049:15, 1050:18, 1051:5, 1053:10, 1054:12, 1054:14, 1054:17, 1054:18, 1055:20, 1060:4, 1060:9, 1060:22, 1061:10, 1061:14, 1061:15, 1061:24, 1064:4,

1064:8, 1072:22, 1073:17, 1078:11, 1079:12, 1081:10, 1081:15, 1081:16, 1081:19, 1082:7, 1082:9, 1084:4, 1085:10, 1087:7, 1088:6, 1089:1, 1097:15, 1101:8, 1101:9, 1104:1, 1104:25
**ONE** [1] - 980:5
**one's** [1] - 1097:6
**ones** [6] - 1042:9, 1051:4, 1079:23, 1082:6, 1082:7, 1084:15
**ongoing** [10] - 1034:1, 1034:8, 1036:3, 1036:11, 1039:9, 1039:18, 1071:11, 1072:12, 1089:1, 1093:19
**onshore** [1] - 1033:25
**onsite** [1] - 1060:4
**open** [13] - 1002:19, 1020:15, 1049:2, 1052:8, 1070:11, 1085:18, 1085:24, 1086:2, 1086:3, 1086:7, 1086:20, 1086:23
**opened** [2] - 1048:14, 1064:18
**opening** [2] - 985:23, 1045:2
**openly** [1] - 1046:24
**operate** [3] - 1032:12, 1032:13, 1045:18
**operating** [1] - 1033:23
**operation** [18] - 1037:15, 1039:5, 1044:16, 1050:5, 1051:9, 1054:13, 1055:10, 1056:3, 1057:6, 1059:9, 1059:21, 1060:21, 1071:16, 1095:25, 1096:4, 1099:19, 1102:16
**operational** [6] - 1036:5, 1036:9, 1043:16, 1044:22, 1060:25, 1075:23
**operationally** [2] - 1033:23, 1091:19
**operations** [10] - 1036:7, 1049:12, 1050:13, 1060:13,

1060:14, 1060:16, 1064:10, 1070:7, 1084:18, 1094:25
**operators** [2] - 1034:22, 1035:1
**opined** [1] - 1049:25
**opining** [3] - 1008:24, 1067:5, 1067:13
**opinion** [53] - 990:22, 1010:6, 1010:7, 1012:6, 1016:3, 1022:6, 1025:6, 1028:7, 1037:21, 1041:15, 1042:24, 1043:3, 1043:9, 1043:11, 1043:22, 1044:1, 1044:4, 1048:3, 1048:6, 1049:5, 1050:2, 1050:4, 1053:1, 1056:12, 1061:11, 1062:1, 1064:24, 1065:2, 1066:15, 1067:23, 1067:25, 1068:7, 1068:8, 1070:13, 1074:4, 1075:18, 1077:13, 1077:14, 1077:15, 1078:6, 1079:4, 1080:16, 1084:16, 1087:5, 1087:9, 1087:12, 1087:20, 1089:10, 1090:16, 1090:21, 1090:22, 1090:23, 1093:7
**opinions** [33] - 1007:9, 1008:15, 1008:23, 1009:2, 1009:4, 1009:8, 1023:11, 1023:15, 1023:18, 1037:5, 1037:8, 1038:3, 1038:11, 1041:10, 1041:20, 1045:3, 1045:8, 1047:9, 1048:3, 1060:10, 1064:5, 1065:3, 1065:8, 1065:13, 1065:17, 1065:20, 1065:23, 1067:2, 1067:7, 1067:18, 1087:6, 1090:14
**opposite** [3] - 1086:12, 1086:19, 1086:21
**opposition** [2] - 1058:8
**opted** [1] - 1079:20
**optimistic** [1] - 993:25
**optimized** [1] -

1083:18
**option** [18] - 995:4, 1037:15, 1040:11, 1041:25, 1042:1, 1042:4, 1043:9, 1044:19, 1046:16, 1047:4, 1076:10, 1078:18, 1080:15, 1085:16, 1088:11, 1095:21, 1096:17, 1103:18
**options** [2] - 1039:24, 1046:8
**order** [18] - 986:9, 1009:24, 1015:8, 1019:9, 1023:17, 1025:3, 1037:4, 1037:7, 1040:4, 1042:13, 1046:7, 1054:19, 1056:2, 1076:4, 1076:6, 1076:23, 1084:17, 1088:1
**ORDER** [1] - 984:4
**ordered** [1] - 1097:6
**orifice** [5] - 1054:16, 1060:6, 1061:12, 1101:16, 1101:22
**origin** [2] - 994:16, 998:22
**original** [1] - 1080:8
**ORLEANS** [8] - 977:5, 977:20, 978:12, 979:10, 980:7, 981:7, 982:10, 982:19
**ourselves** [1] - 1035:1
**outcomes** [2] - 1053:10, 1104:25
**outer** [1] - 1072:24
**outlet** [1] - 1086:18
**output** [4] - 1059:13, 1059:14, 1100:13, 1100:18
**outside** [4] - 999:16, 999:18, 1007:17, 1056:7
**outstanding** [9] - 1071:9, 1071:15, 1071:17, 1071:20, 1072:10, 1072:16, 1072:20, 1075:20, 1093:15
**overpressure** [2] - 1055:17, 1085:8
**overrule** [6] - 999:9, 999:12, 1007:11, 1011:10, 1020:10, 1031:6
**overruled** [1] - 996:5

**overruns** [1] - 1036:8
**overview** [10] - 1032:20, 1038:3, 1039:2, 1041:11, 1043:7, 1045:7, 1048:3, 1049:5, 1050:1, 1070:1
**own** [9] - 1034:11, 1034:21, 1034:22, 1057:19, 1063:20, 1069:2, 1073:21, 1076:22, 1100:19
**owned** [1] - 1094:3

**P**

**P.O** [1] - 979:23
**package** [1] - 1089:18
**page** [6] - 1007:4, 1007:23, 1066:4, 1066:7, 1092:3, 1107:10
**PAGE** [1] - 983:4
**Page** [1] - 990:25
**pages** [1] - 1004:2
**PAPANTONIO** [1] - 978:3
**Paper** [14] - 1062:18, 1062:20, 1062:25, 1063:9, 1063:18, 1104:6, 1104:18, 1104:24, 1105:9, 1105:20, 1105:23, 1106:3, 1106:20, 1106:23
**paragraph** [4] - 990:1, 1010:20, 1011:16, 1066:4
**part** [23] - 986:18, 992:19, 994:5, 994:14, 1005:3, 1006:19, 1029:6, 1029:20, 1039:21, 1043:13, 1061:17, 1063:8, 1066:6, 1067:17, 1072:2, 1074:6, 1075:16, 1075:17, 1076:15, 1076:18, 1101:8, 1101:9, 1101:12
**participants** [1] - 1062:23
**participate** [2] - 1020:19, 1062:24
**participated** [3] - 1063:2, 1063:4, 1063:10
**participation** [2] - 1037:10, 1048:22

**particular** [1] - 1001:7
**particularly** [2] - 1039:6, 1051:15
**Parties** [1] - 1090:7
**parties** [14] - 984:12, 984:24, 987:17, 1029:14, 1036:19, 1038:7, 1044:8, 1049:6, 1058:3, 1058:15, 1058:21, 1077:8, 1089:6, 1091:15
**parties'** [1] - 1049:8
**partly** [2] - 1047:18, 1050:6
**parts** [3] - 1076:20, 1101:8
**party** [2] - 1037:14, 1037:25
**passing** [2] - 1107:14, 1107:22
**passion** [1] - 1096:24
**past** [1] - 1056:5
**path** [8] - 999:23, 1024:16, 1039:16, 1039:25, 1040:21, 1053:3, 1053:10, 1070:11
**paths** [3] - 993:7, 1027:12, 1053:24
**Patrick** [1] - 1028:19
**PAUL** [1] - 980:10
**Paul** [2] - 1006:17, 1006:24
**pay** [3] - 1015:20, 1024:20, 1025:1
**peer** [1] - 1044:21
**peijs** [2] - 1004:5, 1004:10
**Peijs** [4] - 1005:7, 1005:14, 1005:17, 1022:1
**PENNSYLVANIA** [1] - 980:23
**PENSACOLA** [1] - 978:5
**people** [7] - 1003:6, 1006:12, 1007:17, 1039:23, 1080:17, 1081:20, 1104:22
**people's** [1] - 1041:20
**PEPPER** [1] - 982:17
**Pepper** [3] - 1110:3, 1110:12, 1110:13
**per** [42] - 989:11, 992:7, 995:15, 996:1, 996:10, 997:1, 997:2, 997:8, 998:10, 998:17, 998:22, 1002:20,

1004:23, 1005:1, 1018:24, 1018:25, 1025:18, 1059:16, 1063:13, 1100:5, 1100:8, 1100:25, 1102:5, 1102:11, 1102:17, 1102:25, 1103:13, 1103:20, 1104:10, 1104:12, 1105:11, 1105:21, 1105:23, 1106:13, 1106:17, 1106:25, 1107:2, 1107:16, 1108:16, 1109:7
**percent** [2] - 1082:18, 1096:5
**perfect** [1] - 1056:18
**perform** [2] - 1015:8, 1015:14
**performed** [3] - 1018:5, 1059:10, 1087:19
**peril** [1] - 1098:8
**period** [5] - 995:25, 996:8, 1011:24, 1040:6, 1090:4
**Perkin** [9] - 1056:23, 1077:7, 1079:2, 1079:20, 1083:9, 1087:15, 1088:12, 1090:9, 1090:15
**Perkin's** [2] - 1079:4, 1087:20
**permeability** [1] - 993:7
**Permit** [1] - 1015:21
**person** [1] - 991:6
**personally** [7] - 1000:1, 1000:3, 1019:11, 1020:13, 1020:19, 1020:24, 1036:10
**personnel** [5] - 1045:14, 1047:7, 1049:10, 1052:11, 1094:3
**perspective** [1] - 1070:2
**pertain** [1] - 1038:3
**Peter** [1] - 1012:15
**PETITION** [1] - 977:8
**PETOSA** [1] - 978:18
**PETROLEUM** [1] - 982:7
**phase** [7] - 1053:21, 1053:22, 1053:23, 1054:4, 1055:5, 1082:11
**Philip** [3] - 1001:18, 1001:20, 1001:21

**philosophy** [1] - 1045:20
**photograph** [3] - 1073:6, 1073:8, 1081:12
**photographs** [1] - 1073:16
**physical** [4] - 1051:23, 1052:4, 1095:1, 1099:7
**physically** [5] - 1043:18, 1053:13, 1086:15, 1086:20, 1088:14
**PI** [1] - 1006:16
**picked** [1] - 1013:4
**picture** [3] - 1000:23, 1073:20, 1073:21
**piece** [4] - 1029:12, 1037:11, 1081:15, 1081:16
**pieces** [8] - 1014:12, 1054:12, 1081:9, 1081:18, 1081:22, 1082:4, 1082:9, 1094:9
**pills** [3] - 1060:7, 1061:2, 1061:16
**pipe** [14] - 1024:9, 1052:6, 1056:6, 1064:22, 1073:4, 1081:8, 1081:9, 1081:15, 1081:16, 1081:18, 1081:22, 1082:4, 1082:10, 1109:4
**place** [14] - 1035:2, 1042:10, 1042:15, 1044:23, 1045:21, 1045:22, 1050:17, 1052:5, 1054:19, 1056:20, 1057:8, 1078:7, 1078:12, 1109:14
**placed** [1] - 1064:19
**PLAINTIFFS** [1] - 977:19
**plaintiffs'** [1] - 1108:11
**plan** [3] - 986:1, 1035:3, 1035:4
**planned** [2] - 1082:17, 1102:4
**planning** [2] - 1045:15, 1061:2
**plans** [2] - 989:1, 1034:24
**play** [7] - 986:2, 986:4, 1028:14, 1029:25, 1030:9, 1079:6,

1079:25
**played** [8] - 1029:4, 1029:7, 1029:17, 1029:23, 1029:24, 1030:3, 1031:3, 1102:22
**playing** [4] - 1030:2, 1030:11, 1030:12
**PLC** [1] - 980:4
**plenty** [1] - 1002:3
**plots** [2] - 1006:6, 1006:8
**plug** [1] - 1053:14
**plugging** [1] - 1054:6
**plume** [1] - 1013:14
**plus** [4] - 1019:4, 1019:6, 1060:7, 1080:15
**point** [25] - 987:4, 1001:2, 1018:1, 1024:11, 1033:6, 1039:11, 1044:5, 1046:9, 1046:14, 1050:7, 1057:6, 1058:5, 1063:17, 1070:6, 1071:7, 1071:12, 1071:20, 1073:13, 1075:7, 1077:19, 1078:11, 1096:10, 1102:19, 1106:10, 1107:21
**pointer** [1] - 1073:11
**points** [8] - 995:3, 995:19, 1024:4, 1047:18, 1054:17, 1072:19, 1083:22, 1085:11
**Points** [1] - 1062:18
**POLK** [1] - 982:8
**pollution** [1] - 1012:25
**portion** [2] - 991:1, 1041:3
**portions** [3] - 990:24, 1007:3, 1007:22
**pose** [1] - 1040:15
**position** [5] - 988:2, 988:3, 988:24, 1001:13, 1033:7
**positions** [1] - 988:5
**positive** [2] - 1041:18, 1042:4
**positives** [1] - 1042:2
**possible** [5] - 1042:18, 1043:15, 1045:25, 1047:19, 1090:23
**possibly** [1] - 1067:12
**POST** [2] - 977:24, 979:6, 979:15
**posted** [1] - 1032:24

**potential** [14] - 1015:20, 1025:25, 1027:11, 1035:6, 1040:1, 1041:23, 1050:10, 1050:11, 1051:5, 1051:9, 1055:10, 1080:8, 1088:21, 1106:25
**potentially** [12] - 1046:20, 1047:16, 1051:18, 1055:1, 1055:22, 1056:14, 1077:20, 1077:23, 1077:25, 1078:1, 1083:19, 1088:24
**POYDRAS** [4] - 980:6, 981:7, 982:10, 982:18
**practical** [1] - 1045:23
**practice** [2] - 1043:24, 1052:22
**prebuilt** [4] - 1037:18, 1037:21, 1044:1, 1044:7
**preceded** [2] - 1037:16, 1037:17
**precise** [1] - 1092:25
**predict** [1] - 1090:23
**predicted** [1] - 1094:16
**prediction** [1] - 1076:22
**prefer** [1] - 1030:21
**preference** [1] - 1057:12
**preliminary** [4] - 984:10, 984:22, 1010:14, 1062:1
**prepare** [1] - 1034:23
**prepared** [7] - 1032:18, 1035:5, 1045:2, 1050:24, 1071:14, 1094:20, 1102:16
**PRESCOTT** [1] - 981:21
**Prescott** [1] - 984:23
**present** [2] - 1039:23, 1088:11
**presented** [4] - 1039:3, 1044:12, 1105:20, 1106:19
**preset** [1] - 1052:8
**president** [1] - 1000:21
**President** [2] - 1000:25, 1028:15
**presidents** [2] - 987:20, 988:11
**press** [5] - 1009:21,

1010:2, 1010:12, 1013:4, 1013:6
**pressure** [44] - 1004:13, 1015:18, 1024:18, 1024:21, 1026:6, 1026:15, 1051:10, 1051:11, 1051:23, 1051:24, 1051:25, 1052:8, 1052:9, 1052:13, 1052:14, 1053:24, 1054:3, 1054:11, 1054:16, 1054:18, 1054:22, 1054:25, 1064:18, 1070:12, 1073:3, 1078:14, 1078:22, 1078:23, 1078:24, 1083:22, 1083:23, 1084:6, 1086:4, 1086:6, 1086:7, 1086:14, 1086:16, 1086:21, 1086:22, 1107:17
**pressures** [5] - 1015:8, 1015:17, 1015:18, 1051:16, 1051:17
**pressurize** [1] - 1055:18
**pressurizing** [1] - 1055:3
**presumably** [1] - 1002:3
**pretty** [8] - 986:13, 1035:11, 1036:2, 1041:21, 1097:7, 1097:8, 1099:14, 1109:5
**prevail** [1] - 1098:15
**previous** [1] - 1046:10
**previously** [3] - 987:12, 1060:3, 1081:25
**primarily** [4] - 1064:17, 1070:4, 1074:1, 1085:7
**primary** [3] - 1037:9, 1038:21, 1085:13
**principal** [1] - 1037:11
**principle** [8] - 1045:9, 1045:10, 1045:17, 1046:2, 1046:5, 1047:8, 1047:22, 1099:24
**principles** [3] - 1045:6, 1047:23, 1099:7
**problem** [7] - 1004:19, 1033:17, 1074:19, 1074:22, 1075:7,

1075:8, 1106:17
**problematic** [1] - 1005:1
**problems** [2] - 1036:5, 1075:25
**procedural** [2] - 987:4, 1045:15
**procedure** [25] - 1041:17, 1041:25, 1042:2, 1042:21, 1043:5, 1050:18, 1052:11, 1052:13, 1053:20, 1055:21, 1056:17, 1064:23, 1075:2, 1075:4, 1075:12, 1075:14, 1075:17, 1076:24, 1078:7, 1087:16, 1097:14, 1107:2, 1107:4, 1107:7, 1107:18
**procedures** [1] - 1044:22
**proceed** [8] - 1032:2, 1043:22, 1045:21, 1056:3, 1075:19, 1076:4, 1080:16, 1080:25
**proceeded** [5] - 1041:2, 1043:3, 1043:10, 1043:12, 1056:10
**proceeding** [2] - 1055:24, 1070:15
**PROCEEDINGS** [3] - 977:14, 982:21, 984:1
**proceedings** [1] - 1110:9
**process** [12] - 985:5, 1039:21, 1040:19, 1041:25, 1042:7, 1047:20, 1050:9, 1050:16, 1052:1, 1052:11, 1057:1, 1057:4
**processes** [1] - 1069:17
**PROCTOR** [1] - 978:3
**produce** [1] - 1078:25
**produced** [1] - 1072:25
**PRODUCED** [1] - 982:22
**PRODUCTION** [3] - 977:11, 980:3, 980:4
**productivity** [2] - 1024:19, 1025:1
**professional** [2] - 1070:13, 1074:4,

1075:18
**Program** [2] - 1015:22, 1015:23
**program** [1] - 1072:20
**progressed** [4] - 1072:5, 1078:17, 1078:19, 1080:10
**progression** [1] - 1084:25
**project** [7] - 1001:22, 1001:23, 1006:11, 1032:10, 1032:11, 1034:8, 1034:20
**projection** [1] - 1094:16
**Projects** [1] - 988:3
**projects** [6] - 1032:14, 1033:10, 1033:12, 1033:21, 1034:2, 1034:21
**promoted** [1] - 988:10
**promotion** [1] - 988:12
**pronounce** [1] - 993:20
**proper** [1] - 1043:2
**properly** [8] - 1029:7, 1037:15, 1042:13, 1042:16, 1042:24, 1050:2, 1070:22
**properties** [3] - 1015:7, 1015:16, 1024:21
**proposed** [2] - 985:1, 1080:15
**proposing** [3] - 1024:6, 1026:18, 1079:21
**proprietary** [2] - 1014:22, 1014:25
**prospect** [1] - 1101:19
**protective** [1] - 1072:24
**proved** [1] - 1026:25
**provide** [5] - 1006:16, 1018:9, 1020:4, 1020:25, 1023:24
**provided** [18] - 998:18, 998:23, 999:11, 1008:6, 1011:5, 1013:19, 1013:25, 1014:5, 1014:9, 1014:25, 1015:4, 1017:2, 1017:6, 1017:18, 1026:16, 1026:21, 1049:3, 1109:18
**providing** [2] - 1017:21, 1020:19
**prudence** [1] - 1041:1

**prudent** [10] - 1043:4, 1043:23, 1044:15, 1050:4, 1052:22, 1070:14, 1075:19, 1078:6, 1080:16, 1087:2
**psi** [6] - 1004:14, 1025:17, 1025:24, 1026:6
**PTB** [1] - 1025:23
**publicly** [3] - 991:14, 1010:7, 1046:24
**pull** [15] - 1012:12, 1017:12, 1018:8, 1018:12, 1022:14, 1025:14, 1027:13, 1044:25, 1075:5, 1078:2, 1086:5, 1090:5, 1091:21, 1103:23, 1107:6
**pulled** [1] - 1058:16
**pump** [4] - 1052:24, 1053:9, 1054:2, 1100:5
**pumped** [4] - 1006:23, 1054:3, 1054:6, 1060:6
**pumping** [12] - 1051:10, 1051:13, 1051:23, 1052:3, 1052:11, 1053:6, 1053:23, 1054:1, 1054:11, 1061:2, 1101:9
**pumps** [2] - 1051:24, 1051:25
**purely** [1] - 1085:5
**purport** [1] - 1067:9
**purpose** [9] - 1007:16, 1012:5, 1014:6, 1018:16, 1018:17, 1019:12, 1047:12, 1101:14, 1101:16
**purposes** [2] - 1014:8, 1016:6
**push** [1] - 1086:6
**pushed** [1] - 1086:3
**put** [44] - 984:16, 986:11, 987:23, 989:22, 990:25, 991:9, 991:22, 992:13, 994:12, 995:1, 995:10, 995:21, 996:16, 996:23, 997:5, 1000:16, 1001:6, 1001:11, 1002:7, 1002:13, 1002:25, 1003:13, 1004:2, 1005:8, 1005:13,

1006:14, 1007:4, 1007:8, 1007:13, 1007:16, 1007:23, 1023:21, 1035:2, 1042:10, 1042:15, 1044:18, 1045:21, 1045:22, 1050:17, 1051:25, 1054:19, 1057:7, 1078:12, 1078:19
**putting** [1] - 1044:19
**PVC** [1] - 1109:4

## Q

**qualification** [2] - 1036:21, 1103:5
**qualifications** [1] - 1036:23
**quantum** [1] - 1099:2
**QUESTION** [12] - 991:2, 1004:4, 1004:7, 1004:9, 1004:17, 1004:22, 1004:25, 1007:15, 1007:24, 1008:2, 1008:8, 1091:25
**questioning** [4] - 995:15, 1013:24, 1018:6, 1027:24
**questions** [9] - 989:8, 1011:5, 1022:17, 1030:4, 1061:8, 1091:3, 1092:18, 1096:9, 1108:21
**quick** [1] - 984:25
**quickly** [3] - 986:7, 1066:22, 1068:22
**quite** [11] - 1034:1, 1036:11, 1040:7, 1040:16, 1045:12, 1054:8, 1070:24, 1080:19, 1082:10, 1098:4, 1103:10
**quote** [8] - 992:5, 1001:12, 1004:12, 1004:18, 1004:20, 1004:22, 1074:19, 1083:10
**quoting** [1] - 1099:6

## R

**radically** [1] - 1070:12
**RAFFERTY** [1] - 978:3
**raise** [1] - 1031:15
**ram** [23] - 1064:18, 1064:19, 1064:22, 1076:1, 1083:3,

1083:4, 1083:6, 1083:17, 1084:13, 1084:17, 1084:22, 1085:1, 1085:2, 1085:3, 1085:9, 1085:10, 1085:14, 1085:24, 1086:12, 1086:18, 1087:3, 1107:13

**rams** [17] - 1074:10, 1074:12, 1074:14, 1074:16, 1074:18, 1074:20, 1074:23, 1075:1, 1075:3, 1075:9, 1075:13, 1075:16, 1075:17, 1075:21, 1107:13, 1107:14, 1109:6

**ran** [1] - 1074:21

**range** [9] - 990:2, 992:25, 993:10, 993:11, 996:25, 1012:8, 1016:15, 1027:8, 1077:5

**ranges** [2] - 992:23, 993:16

**ranging** [1] - 1051:2

**rapidly** [2] - 1042:18, 1082:16

**Rate** [10] - 1009:10, 1009:14, 1009:18, 1009:23, 1010:6, 1010:13, 1010:18, 1011:1, 1013:8, 1019:17

**rate** [47] - 990:2, 994:20, 997:9, 998:3, 999:5, 999:16, 1000:2, 1001:3, 1002:2, 1002:20, 1005:9, 1009:9, 1009:12, 1009:20, 1012:25, 1013:1, 1013:2, 1014:5, 1019:16, 1019:18, 1023:24, 1025:18, 1025:20, 1026:7, 1026:9, 1027:5, 1039:10, 1039:13, 1059:16, 1060:6, 1061:9, 1063:12, 1077:20, 1077:25, 1099:17, 1099:20, 1099:22, 1100:25, 1101:18, 1101:23, 1102:1, 1102:5, 1103:20, 1105:11, 1106:12, 1107:2, 1107:4

**rates** [9] - 1028:19,

1052:24, 1105:2, 1105:16, 1105:20, 1106:6, 1106:7, 1106:15, 1106:17

**rather** [1] - 1084:6

**rating** [1] - 1052:1

**RE** [2] - 977:4, 977:7

**reach** [2] - 1052:7, 1071:1

**reached** [4] - 1037:8, 1038:11, 1044:4, 1060:19

**reaches** [2] - 1060:4, 1062:1

**reaching** [3] - 1038:11, 1047:9, 1064:4

**read** [29] - 986:6, 990:23, 990:24, 991:1, 991:7, 992:1, 992:4, 992:9, 992:11, 1003:21, 1005:3, 1005:5, 1006:15, 1006:19, 1007:2, 1007:3, 1007:14, 1007:21, 1007:22, 1010:18, 1021:21, 1023:19, 1029:18, 1067:12, 1068:3, 1097:12, 1100:9, 1107:17

**reading** [4] - 986:19, 990:18, 995:21, 1106:11

**readings** [1] - 1053:25

**ready** [16] - 986:22, 1019:14, 1031:13, 1043:18, 1060:8, 1070:20, 1070:23, 1071:4, 1071:5, 1071:21, 1073:15, 1077:3, 1080:14, 1080:17, 1080:21, 1096:6

**reality** [1] - 1095:13

**realized** [1] - 1027:6

**really** [5] - 1075:7, 1075:8, 1090:12, 1090:20, 1109:1

**Realtime** [2] - 1110:3, 1110:13

**realtime** [6] - 1020:4, 1020:13, 1021:5, 1021:9, 1021:15, 1038:15

**REALTIME** [1] - 982:17

**reason** [16] - 1026:6, 1026:12, 1042:4, 1057:3, 1057:5,

1061:17, 1062:2, 1070:2, 1085:14, 1086:10, 1086:24, 1088:16, 1089:15, 1095:24, 1096:2, 1103:14

**reasonable** [5] - 1027:7, 1059:18, 1097:21, 1098:10, 1101:21

**reasonableness** [1] - 1067:8

**reasoning** [1] - 1098:7

**reasons** [3] - 1025:25, 1076:14, 1093:1

**rebuttal** [2] - 1037:13, 1045:2

**receive** [1] - 1018:9

**received** [7] - 1018:5, 1019:4, 1019:5, 1021:8, 1021:15, 1021:16, 1059:20

**recent** [1] - 1035:17

**recently** [2] - 1034:13, 1035:20

**recess** [3] - 1057:23, 1057:24, 1109:22

**RECESS.....................
..................** [1] - 983:13

**recognize** [2] - 1014:17, 1064:2

**recognized** [1] - 1076:22

**recollection** [1] - 995:22

**recommend** [3] - 1050:5, 1052:23, 1070:14

**recommendation** [2] - 1043:22, 1069:22

**recommended** [3] - 1074:5, 1075:19, 1075:25

**record** [4] - 986:11, 1031:24, 1032:6, 1110:8

**RECORDED** [1] - 982:21

**recovered** [1] - 1074:23

**Red** [1] - 1104:24

**red** [1] - 1052:19

**REDIRECT** [2] - 983:8, 1008:22

**redirect** [2] - 1008:18, 1008:20

**reduce** [3] - 1101:14, 1101:16, 1101:17

**reduced** [3] - 1070:12,

1102:1, 1103:20

**reducing** [1] - 1101:18

**reduction** [1] - 1101:22

**redundancy** [1] - 1085:11

**refer** [1] - 1021:5

**reference** [3] - 1059:19, 1105:8, 1105:12

**referenced** [7] - 985:16, 1020:3, 1020:20, 1021:9, 1029:3, 1047:7, 1060:4

**references** [1] - 1061:16

**referencing** [2] - 1066:18, 1075:12

**referred** [1] - 1019:23

**referring** [7] - 1002:5, 1004:23, 1012:18, 1051:8, 1060:12, 1067:14, 1093:18

**refers** [2] - 1003:10, 1006:8

**refine** [1] - 1012:22

**reflect** [1] - 1072:16

**reflected** [1] - 1067:1, 1069:10

**reflects** [1] - 1083:15

**reframe** [1] - 997:21

**REGAN** [1] - 980:11

**regard** [3] - 1008:9, 1008:11, 1037:21

**regarding** [6] - 1014:22, 1014:25, 1019:22, 1021:2, 1021:15, 1062:25

**regardless** [3] - 984:18, 1041:20, 1061:7

**regards** [1] - 1000:5

**regional** [2] - 987:20, 988:11

**Registered** [1] - 1110:3

**REGISTERED** [1] - 982:18

**registered** [1] - 1110:14

**relate** [1] - 1067:8

**related** [5] - 1000:2, 1001:3, 1001:13, 1059:20, 1105:4

**relates** [2] - 1073:3, 1107:5

**relating** [1] - 1074:25

**relation** [1] - 1000:4

**release** [6] - 1009:21,

1010:3, 1010:12, 1010:17, 1080:7, 1086:4

**released** [1] - 1001:14

**releasing** [2] - 1000:2, 1001:2

**reliable** [3] - 1009:9, 1024:13, 1084:18

**reliance** [3] - 994:15, 995:15, 995:18

**relied** [5] - 991:3, 991:5, 1010:24, 1027:15

**relief** [11] - 1052:5, 1052:6, 1052:8, 1055:3, 1055:6, 1055:7, 1055:11, 1055:12, 1055:18, 1056:15, 1077:25

**rely** [6] - 1009:24, 1016:4, 1019:11, 1023:14, 1061:6, 1062:6

**relying** [1] - 1102:25

**remain** [1] - 1001:13

**remaining** [2] - 984:14, 984:15

**remember** [4] - 989:9, 991:19, 1013:1, 1027:9

**remind** [1] - 1084:25

**reminder** [1] - 1059:6

**remits** [1] - 1036:3

**remove** [3] - 1069:23, 1082:2, 1082:5

**removed** [4] - 993:14, 1018:24, 1069:9, 1072:6

**removing** [2] - 1081:24, 1086:7

**RENAISSANCE** [1] - 981:22

**render** [5] - 1037:4, 1037:8, 1065:13, 1065:20, 1067:15

**rendered** [3] - 1065:23, 1066:7, 1066:15

**rendering** [4] - 1009:8, 1023:11, 1023:15, 1090:14

**renew** [1] - 1067:3

**repair** [2] - 1071:2, 1074:12

**repaired** [1] - 1074:24

**repairs** [1] - 1094:3

**repeat** [4] - 996:6, 999:13, 1041:12, 1052:21

**repeatedly** [1] -

989:19
**repetitive** [1] -
1068:12
**rephrase** [1] - 1015:11
**replaced** [1] - 1072:25
**replacement** [1] -
1074:2
**Report** [1] - 987:25
**report** [60] - 985:12,
986:7, 1000:12,
1009:1, 1010:23,
1013:13, 1014:9,
1014:17, 1014:19,
1014:21, 1017:5,
1017:21, 1020:7,
1037:13, 1045:2,
1065:5, 1065:8,
1065:17, 1066:1,
1066:6, 1066:7,
1067:17, 1071:14,
1071:24, 1073:8,
1073:17, 1073:21,
1073:24, 1079:23,
1083:9, 1093:12,
1093:16, 1093:18,
1093:23, 1094:6,
1094:7, 1094:21,
1094:23, 1095:3,
1095:12, 1095:24,
1096:2, 1096:11,
1096:13, 1096:14,
1100:3, 1100:17,
1100:23, 1101:4,
1102:9, 1102:12,
1104:18, 1105:9,
1106:2, 1106:3,
1106:6
**Reporter** [7] - 1110:3,
1110:4, 1110:5,
1110:13, 1110:14,
1110:14
**reporter** [1] - 1033:14
**REPORTER** [3] -
982:17, 982:17,
982:18
**REPORTER'S** [1] -
1110:1
**reports** [12] - 986:19,
1037:14, 1038:1,
1043:15, 1043:16,
1045:1, 1061:11,
1064:12, 1095:14,
1100:12
**represent** [3] - 992:19,
996:1, 996:10
**representation** [1] -
998:10
**represented** [4] -
989:18, 991:14,
996:25, 1098:19

**representing** [1] -
1091:14
**request** [2] - 1048:23,
1049:2
**require** [2] - 1051:19,
1086:6
**required** [11] -
1025:18, 1075:1,
1075:4, 1076:4,
1076:5, 1076:11,
1079:18, 1080:5,
1080:13, 1089:24,
1094:2
**requirement** [1] -
1086:13
**reservoir** [11] -
990:11, 990:16,
993:6, 1014:22,
1015:1, 1015:16,
1015:19, 1024:20,
1026:1, 1026:7,
1040:22
**resource** [2] -
1048:14, 1048:15
**RESOURCES** [1] -
979:18
**resourcing** [1] -
1048:11
**respect** [17] - 1007:8,
1009:4, 1009:11,
1010:19, 1013:8,
1014:5, 1014:10,
1015:5, 1015:13,
1018:21, 1026:21,
1041:11, 1041:16,
1059:9, 1069:6,
1074:18, 1078:6
**respond** [10] - 1009:2,
1010:25, 1013:16,
1027:16, 1038:25,
1040:4, 1048:25,
1065:7, 1068:10,
1068:14
**responded** [6] - 997:8,
1000:18, 1001:12,
1003:1, 1019:9,
1029:18
**responders** [1] -
1100:5
**responding** [4] -
997:6, 1037:13,
1039:3, 1040:24
**response** [10] - 989:7,
1002:23, 1003:15,
1011:4, 1029:21,
1030:3, 1040:10,
1040:12, 1047:10,
1100:4
**response)** [1] -
1101:11

**responses** [3] -
1035:16, 1048:19,
1053:24
**responsive** [2] -
1011:9, 1013:20
**rest** [2] - 1055:8,
1057:16
**restrict** [2] - 1053:7,
1053:12
**restricted** [1] -
1054:17
**restrictions** [2] -
993:8, 1024:15
**result** [11] - 1018:15,
1035:8, 1048:17,
1048:18, 1048:23,
1049:17, 1069:8,
1070:10, 1081:5,
1082:3, 1082:8
**results** [6] - 997:10,
997:15, 997:24,
998:1, 1023:21,
1100:12
**resume** [1] - 986:22
**resumes** [2] -
1031:10, 1058:4
**reversed** [2] -
1098:16, 1099:4
**review** [29] - 1004:13,
1009:1, 1019:7,
1023:23, 1034:18,
1035:17, 1037:9,
1038:17, 1038:23,
1040:20, 1041:3,
1043:13, 1043:17,
1043:19, 1044:21,
1046:22, 1047:14,
1059:23, 1060:25,
1061:20, 1062:8,
1062:11, 1066:17,
1069:10, 1070:20,
1076:21, 1104:25,
1105:1
**reviewed** [15] -
989:14, 997:14,
1009:21, 1023:20,
1023:21, 1027:17,
1028:6, 1049:1,
1049:25, 1060:9,
1062:13, 1066:20,
1070:24, 1094:20,
1103:16
**reviewer** [1] - 1038:15
**reviewing** [3] -
1009:7, 1044:21,
1048:10
**reviews** [1] - 1034:16
**reward** [3] - 1041:19,
1041:21, 1050:7
**rewards** [1] - 1041:17

**Richard** [1] - 1028:21
**RICHARD** [2] -
979:22, 982:4
**RICHESON** [1] - 982:9
**rig** [9] - 1035:19,
1071:9, 1073:1,
1073:2, 1078:15,
1078:23, 1079:15,
1088:16, 1088:22
**RIG** [1] - 977:4
**rig's** [2] - 1077:18,
1077:21
**right-hand** [1] -
1073:10
**rigs** [1] - 1033:23
**rise** [2] - 984:7,
1057:25
**riser** [13] - 1079:9,
1079:11, 1079:15,
1079:22, 1080:24,
1081:6, 1081:7,
1081:8, 1081:9,
1081:14, 1081:17,
1082:3, 1089:18
**risk** [42] - 1034:15,
1034:18, 1041:23,
1042:7, 1042:13,
1042:21, 1043:2,
1046:4, 1046:15,
1046:25, 1047:5,
1049:11, 1050:2,
1050:6, 1051:11,
1052:2, 1052:23,
1053:2, 1053:4,
1054:18, 1055:2,
1055:4, 1055:16,
1055:22, 1057:1,
1057:5, 1070:5,
1070:16, 1070:22,
1076:9, 1076:10,
1076:15, 1076:19,
1076:23, 1078:16,
1080:8, 1080:12,
1084:6, 1088:21,
1088:22
**risks** [35] - 1040:15,
1041:17, 1041:24,
1042:6, 1042:8,
1042:9, 1042:25,
1044:5, 1044:6,
1044:9, 1044:12,
1044:13, 1044:19,
1045:22, 1046:11,
1049:8, 1050:20,
1050:25, 1051:2,
1051:16, 1051:19,
1053:15, 1053:17,
1053:18, 1056:19,
1056:21, 1056:23,
1057:2, 1057:3,

1057:7, 1057:8,
1076:8, 1081:24,
1087:14
**RITT** [5] - 1000:6,
1002:5, 1019:23,
1020:3, 1020:20
**RMR** [2] - 982:17,
1110:13
**Rob** [1] - 1002:16
**Robert** [1] - 1096:19
**ROBERT** [2] - 980:18,
980:22
**ROBERTS** [1] -
981:10
**ROBIN** [1] - 978:7
**robust** [1] - 1050:18
**rock** [1] - 1055:14
**role** [3] - 988:13,
1033:11, 1034:6
**roll** [2] - 1029:22,
1030:5
**room** [2] - 1020:14,
1020:15
**ROOM** [1] - 982:18
**ROUGE** [1] - 979:6
**roughly** [3] - 997:1,
997:2, 1082:19
**round** [1] - 1060:8
**route** [2] - 1046:20,
1047:6
**routine** [1] - 1051:3
**routinely** [1] - 1020:17
**ROV** [1] - 1081:18
**ROY** [2] - 977:22,
977:23
**Rule** [1] - 988:6
**ruled** [1] - 1070:14
**run** [7] - 1024:21,
1055:23, 1056:1,
1056:5, 1079:2,
1085:4, 1085:15
**running** [4] - 995:24,
1075:7, 1082:16,
1084:6
**rupture** [2] - 1051:20,
1070:8
**rush** [1] - 1046:12
**Rygg** [15] - 993:18,
993:20, 993:21,
993:22, 993:23,
994:4, 994:8,
995:13, 995:17,
996:9, 1059:10,
1100:11, 1100:16
**Rygg's** [1] - 1059:14
**résumé** [1] - 987:24

# S

**s/Cathy** [1] - 1110:12
**safe** [4] - 1052:13, 1052:15, 1084:17, 1086:7
**safely** [2] - 1054:20, 1056:2
**safety** [1] - 1049:9
**sand** [9] - 1055:12, 1055:17, 1055:19, 1055:24, 1056:5, 1056:8, 1056:16
**sands** [3] - 1055:4, 1055:15, 1055:23
**SARAH** [1] - 979:23
**Saturday** [2] - 1004:5, 1004:10
**save** [1] - 1057:15
**saw** [13] - 995:17, 1006:21, 1006:25, 1007:1, 1045:14, 1080:19, 1081:18, 1094:18, 1094:19, 1102:24, 1102:25, 1104:5, 1105:8
**scale** [2] - 1048:4, 1048:16
**scenario** [3] - 999:23, 1040:10, 1080:12
**scenarios** [6] - 995:24, 1027:11, 1039:19, 1039:22, 1039:23, 1040:1
**Scene** [1] - 1028:17
**scene** [1] - 1107:18
**schedule** [3] - 986:1, 1094:24, 1095:4
**schedules** [2] - 1094:9, 1094:12
**SCHELL** [1] - 982:8
**Science** [4] - 1062:8, 1063:16, 1063:20, 1064:13
**science** [4] - 1054:7, 1062:23, 1064:8, 1066:17
**scientific** [3] - 997:2, 997:7, 1012:21
**scientifically** [2] - 998:11, 1011:19
**scientifically-sound** [1] - 1011:19
**scientists** [7] - 1012:9, 1063:9, 1066:10, 1066:19, 1067:19, 1068:2, 1106:23
**scope** [5] - 1011:3,

1017:5, 1017:20, 1036:11, 1071:11
**SCOTT** [1] - 979:20
**screen** [5] - 995:10, 1007:13, 1030:6, 1030:22, 1031:4
**sea** [3] - 1002:3, 1002:10, 1066:14
**Sea** [1] - 1033:2, 1035:22
**seabed** [2] - 1088:18, 1088:24
**seal** [2] - 1055:24, 1085:4
**sealed** [1] - 1039:18
**sealing** [1] - 1042:5
**SEAN** [1] - 981:22
**seat** [1] - 1031:23
**seated** [1] - 1058:1
**second** [12] - 1007:15, 1017:12, 1043:9, 1048:3, 1048:8, 1053:2, 1077:11, 1079:12, 1085:22, 1098:19, 1101:12, 1104:20
**Secretary** [3] - 1028:23, 1066:23, 1068:24
**section** [1] - 1018:23
**SECTION** [4] - 977:4, 977:8, 977:11, 979:18
**sector** [1] - 1048:21
**secure** [1] - 1086:11
**secured** [2] - 1037:19, 1037:22
**securing** [1] - 1075:16
**see** [31] - 988:2, 990:1, 993:23, 998:20, 1002:16, 1002:21, 1006:6, 1007:15, 1007:19, 1008:7, 1017:25, 1019:3, 1054:2, 1063:19, 1080:16, 1080:21, 1081:13, 1087:13, 1090:20, 1097:13, 1098:24, 1105:3, 1105:4, 1105:5, 1107:12, 1107:16, 1108:15, 1108:17, 1108:18, 1108:19, 1108:20
**seem** [1] - 986:13
**Selbekk** [4] - 994:2, 994:5, 994:8, 995:13
**send** [1] - 1062:6
**sending** [1] - 1003:24
**sends** [1] - 1060:5

**sense** [2] - 1056:16, 1056:18
**sensitive** [1] - 1005:22
**sent** [9] - 996:20, 999:3, 1005:6, 1058:21, 1061:4, 1061:15, 1061:25, 1062:5, 1062:19
**sentences** [1] - 1097:12
**separate** [3] - 1011:17, 1060:7, 1061:16
**sequence** [1] - 1042:5
**sequencing** [1] - 1046:6
**service** [2] - 1048:14, 1048:20
**services** [1] - 1035:7
**SERVICES** [1] - 981:19
**SESSION** [1] - 977:14
**set** [3] - 1034:22, 1045:3, 1052:6
**setting** [3] - 1034:19, 1035:4, 1107:18
**seven** [1] - 1089:7
**several** [13] - 999:24, 1014:12, 1015:17, 1016:22, 1034:21, 1042:8, 1052:4, 1053:10, 1068:19, 1078:1, 1085:7, 1089:25, 1094:1
**shallow** [4] - 1055:4, 1055:12, 1055:15, 1055:17
**share** [3] - 1007:25, 1008:2, 1008:3
**shared** [2] - 1058:7, 1063:14
**sharing** [1] - 1012:20
**shear** [18] - 1074:10, 1074:12, 1074:14, 1074:16, 1074:18, 1074:20, 1074:23, 1075:1, 1075:3, 1075:9, 1075:13, 1075:16, 1075:17, 1075:21, 1076:1, 1107:13, 1107:14, 1109:6
**sheath** [1] - 1072:24
**sheen** [1] - 1013:14
**sheer** [1] - 1048:16
**SHELL** [1] - 980:5
**shoe** [1] - 1056:10
**shooting** [1] - 1080:3
**short** [1] - 1028:14
**shorter** [2] - 987:1,

1092:17
**shortly** [2] - 1043:21, 1100:23
**shot** [12] - 1053:5, 1064:16, 1092:23, 1101:12, 1101:14, 1101:16, 1101:20, 1107:1, 1107:4, 1107:8, 1109:8, 1109:10
**show** [5] - 993:15, 993:17, 1073:25, 1080:20, 1100:19
**showed** [9] - 991:18, 996:14, 996:21, 998:15, 1017:22, 1094:9, 1094:13, 1102:10, 1102:13
**showing** [8] - 1015:20, 1030:6, 1052:18, 1073:22, 1077:6, 1079:8, 1095:4, 1095:13
**shown** [4] - 996:8, 1008:12, 1029:15, 1029:19
**shows** [3] - 992:6, 999:4, 999:6
**shut** [11] - 1038:6, 1049:6, 1066:13, 1086:6, 1086:15, 1087:7, 1089:6, 1090:10, 1090:17, 1090:24
**shut-in** [1] - 1066:13
**shutdown** [1] - 1078:24
**shutdowns** [1] - 1085:21
**side** [15] - 985:20, 994:21, 1018:14, 1035:13, 1035:21, 1036:1, 1036:17, 1041:23, 1045:15, 1048:7, 1073:10, 1081:18, 1082:16
**significant** [10] - 1046:15, 1050:11, 1051:5, 1051:6, 1051:19, 1055:16, 1056:15, 1088:9, 1088:21
**significantly** [10] - 1047:5, 1050:15, 1088:2, 1099:8, 1105:2, 1105:14, 1105:16, 1106:7, 1106:12, 1106:16
**similar** [3] - 1026:4, 1034:25, 1079:23

**simplified** [2] - 1078:9, 1086:5
**simplistically** [2] - 1086:3, 1087:23
**simulating** [1] - 993:13
**SINCLAIR** [1] - 978:22
**sinking** [1] - 1035:19
**sitting** [3] - 1030:18, 1060:2, 1088:19
**situation** [4] - 1045:25, 1050:14, 1078:1, 1107:19
**six** [2] - 984:17, 1028:14
**size** [3] - 1101:17, 1101:22, 1109:10
**sizes** [3] - 1053:16, 1109:11
**skin** [2] - 1013:3, 1024:20
**slide** [8] - 1018:15, 1018:16, 1018:21, 1019:4, 1041:6, 1046:10, 1090:7, 1103:24
**slightly** [3] - 1046:20, 1054:16, 1103:4
**slower** [2] - 1033:15, 1047:3
**small** [4] - 1006:12, 1098:7, 1109:5, 1109:12
**smaller** [1] - 1083:10
**SMITH** [4] - 981:21, 984:23, 985:5, 985:7
**Smith** [4] - 984:24, 985:4, 985:10, 1058:7
**SOILEAU** [1] - 978:14
**solemnly** [1] - 1031:16
**solid** [1] - 1053:14
**solve** [1] - 1040:2
**sometimes** [1] - 1039:7
**somewhat** [1] - 1024:24
**soon** [1] - 989:1
**sophisticated** [1] - 1083:23
**sorry** [37] - 992:13, 993:11, 993:17, 1002:13, 1002:14, 1010:15, 1012:12, 1014:16, 1026:19, 1027:13, 1033:16, 1034:4, 1038:2, 1041:12, 1044:25, 1056:9, 1059:17,

1065:25, 1066:1, 1066:6, 1068:4, 1072:14, 1073:13, 1074:16, 1075:5, 1078:18, 1082:3, 1083:14, 1085:23, 1090:15, 1096:10, 1097:9, 1099:25, 1100:14, 1103:22, 1108:5, 1108:22

**sort** [2] - 1000:11, 1078:24

**sound** [3] - 1011:19, 1052:22, 1056:13

**sounds** [1] - 1068:12

**source** [14] - 985:23, 1028:24, 1037:10, 1042:14, 1045:11, 1046:6, 1046:7, 1047:10, 1048:4, 1048:15, 1048:19, 1049:24, 1055:9, 1069:23

**sources** [1] - 1014:2

**sourcing** [1] - 1076:20

**SOUTH** [4] - 978:4, 978:14, 980:15, 981:16

**Spain** [1] - 1033:2

**speaking** [1] - 998:25

**Special** [1] - 988:3

**specific** [6] - 1001:1, 1006:13, 1026:16, 1034:5, 1067:21, 1103:10

**specifically** [9] - 1011:6, 1023:5, 1037:14, 1037:17, 1066:12, 1067:17, 1071:17, 1084:2, 1084:7

**specifics** [1] - 1093:19

**spell** [1] - 1031:23

**spend** [1] - 1109:17

**spending** [1] - 1048:8

**spent** [2] - 1020:14, 1096:24

**spill** [2] - 990:3, 1000:9

**SPILL** [1] - 977:4

**splashed** [2] - 1094:14, 1095:4

**spreadsheet** [1] - 1023:20

**spring** [3] - 1086:4, 1086:5, 1086:19

**SQUARE** [1] - 980:5

**stabilized** [1] - 1002:9

**Stack** [1] - 1090:6

**stack** [54] - 1026:3,

---

1037:18, 1037:22, 1038:4, 1044:2, 1044:7, 1051:13, 1074:22, 1075:15, 1080:11, 1082:13, 1082:14, 1083:3, 1083:4, 1083:6, 1083:9, 1083:10, 1083:17, 1083:18, 1084:1, 1084:13, 1084:17, 1084:22, 1084:23, 1085:1, 1085:2, 1085:3, 1085:9, 1085:14, 1085:20, 1085:24, 1086:12, 1086:18, 1087:3, 1087:10, 1087:13, 1087:23, 1087:24, 1088:6, 1088:10, 1089:3, 1089:4, 1089:6, 1089:13, 1089:15, 1089:16, 1089:19, 1089:21, 1089:23, 1089:25

**stage** [1] - 1070:16

**staged** [2] - 1053:20, 1054:5

**stand** [1] - 1019:14

**standing** [3] - 992:5, 998:16, 1003:19

**start** [4] - 1012:12, 1040:7, 1040:8, 1082:21

**started** [7] - 988:12, 1002:6, 1042:11, 1054:1, 1080:4, 1081:2

**starting** [3] - 1055:7, 1066:9, 1078:11

**STATE** [2] - 979:3, 979:4

**State** [1] - 1110:4

**state** [8] - 1014:19, 1031:23, 1049:7, 1093:23, 1094:6, 1095:24, 1096:11, 1100:23

**statement** [9] - 997:23, 1010:7, 1011:7, 1037:24, 1040:19, 1059:18, 1068:9, 1105:22

**statements** [2] - 1029:18, 1037:25

**states** [5] - 990:1, 1014:21, 1018:18, 1024:8, 1095:4

**States** [9] - 1003:10, 1009:20, 1011:14,

---

1014:11, 1020:4, 1020:20, 1063:15, 1110:5, 1110:15

**STATES** [4] - 977:1, 977:10, 977:15, 979:13

**STATES'** [1] - 978:21

**stating** [1] - 1094:23

**status** [2] - 985:1, 1000:11

**stay** [3] - 1052:15, 1054:23, 1086:23

**steel** [1] - 1056:6

**steer** [1] - 1047:19

**STENOGRAPHY** [1] - 982:21

**step** [11] - 1008:23, 1042:4, 1045:24, 1046:19, 1055:6, 1069:3, 1069:23, 1075:3, 1075:15, 1078:20, 1104:19

**STEPHEN** [2] - 977:19, 979:14

**steps** [3] - 1042:10, 1042:15, 1045:21

**STEVEN** [2] - 979:19, 981:10

**Steven** [1] - 1028:23

**still** [13] - 987:10, 987:17, 1002:3, 1002:9, 1002:10, 1034:9, 1045:24, 1071:2, 1071:7, 1076:20, 1087:25, 1093:8, 1101:24

**stock** [1] - 1063:13

**stood** [2] - 1103:21

**stop** [8] - 1050:8, 1051:7, 1052:9, 1053:17, 1055:25, 1079:6, 1079:12, 1105:22

**stopped** [2] - 1029:5, 1092:1

**strategy** [5] - 1041:15, 1069:24, 1080:22, 1083:5, 1083:8

**stream** [2] - 1023:2, 1036:2

**STREET** [15] - 978:4, 978:11, 978:15, 978:18, 979:5, 979:10, 980:6, 980:15, 980:19, 981:7, 981:10, 981:23, 982:10, 982:14, 982:18

**strictly** [1] - 1061:5

**strike** [2] - 1070:18,

---

1076:4

**string** [2] - 995:22

**strong** [1] - 1088:5

**struck** [1] - 1047:24

**structure** [3] - 1015:23, 1015:24, 1035:5

**struggle** [8] - 1090:20, 1104:12, 1105:2, 1105:16, 1105:22, 1105:24, 1106:3, 1106:12

**struggling** [1] - 1106:6

**stuck** [1] - 1080:1

**stuff** [3] - 1068:18, 1068:19, 1082:10

**subject** [4] - 1006:6, 1065:5, 1083:20, 1097:4

**subjects** [1] - 1008:24

**submit** [1] - 985:1

**subsea** [14] - 1051:17, 1051:18, 1076:12, 1077:10, 1078:13, 1078:15, 1078:19, 1078:25, 1079:4, 1079:17, 1084:6, 1084:7, 1084:19, 1086:23

**subsequent** [5] - 1037:12, 1050:13, 1060:24, 1077:6, 1101:2

**Subsequent** [1] - 997:9

**subsequently** [2] - 1074:21, 1082:12

**succeed** [3] - 1100:20, 1102:3, 1103:18

**success** [4] - 1041:21, 1059:17, 1101:19, 1103:21

**successful** [3] - 1041:19, 1092:4, 1099:19

**successfully** [5] - 1063:12, 1092:1, 1100:7, 1104:9, 1105:10

**suggest** [3] - 1067:5, 1089:16, 1098:8

**suggested** [5] - 996:13, 1027:10, 1044:8, 1088:12, 1089:6

**suggesting** [1] - 1090:9

**suggestion** [1] - 1070:18

---

**suggests** [3] - 1014:19, 1107:13, 1108:15

**SUITE** [9] - 977:23, 978:4, 978:18, 980:6, 981:7, 981:10, 981:23, 982:4, 982:10

**Sullivan** [3] - 1063:24, 1064:7, 1064:12

**summarize** [5] - 1032:18, 1043:22, 1069:5, 1078:18, 1090:8

**summarizes** [1] - 1090:12

**summary** [8] - 1044:4, 1060:25, 1061:20, 1062:19, 1063:17, 1071:18, 1072:19, 1087:6

**Summary** [1] - 1062:17

**superintendent** [1] - 1033:5

**supervisor** [2] - 1032:24, 1032:25

**supplemented** [1] - 1002:8

**support** [13] - 997:23, 998:9, 1010:7, 1012:4, 1023:18, 1025:6, 1027:7, 1049:2, 1064:24, 1080:17, 1082:4, 1088:18, 1090:16

**supporting** [1] - 1088:20

**supports** [1] - 1012:6

**surely** [1] - 1096:7

**surface** [7] - 1078:24, 1079:24, 1080:7, 1083:20, 1084:3, 1084:5, 1086:10

**sustain** [7] - 1014:2, 1017:7, 1017:24, 1021:12, 1021:23, 1023:9, 1065:6

**SUTHERLAND** [1] - 981:9

**Suttles** [7] - 989:23, 990:7, 990:9, 991:6, 1019:6, 1019:8, 1021:25

**swear** [1] - 1031:16

**sworn** [2] - 987:13, 1031:21

**system** [4] - 1077:19, 1084:2, 1085:19, 1086:14

---

# T

**table** [4] - 992:18, 993:1, 1069:9
**tagged** [1] - 1031:2
**talks** [1] - 1075:13
**Tammy** [1] - 1029:13
**tank** [1] - 1063:13
**tape** [4] - 1029:23, 1030:13, 1030:19, 1108:8
**target** [1] - 1054:17
**team** [4] - 1038:18, 1038:20, 1057:17, 1057:20
**Team** [5] - 1062:9, 1063:16, 1063:20, 1064:13, 1104:24
**team's** [1] - 1066:17
**teams** [1] - 1061:14
**Technical** [10] - 1009:10, 1009:14, 1009:18, 1009:23, 1010:6, 1010:13, 1010:18, 1011:2, 1013:8, 1019:17
**technical** [2] - 1033:12, 1034:1
**temperature** [2] - 1024:12, 1024:13
**temperatures** [1] - 1015:7
**tender** [1] - 1036:14
**terms** [4] - 985:25, 986:10, 1033:11, 1034:5
**test** [3] - 1064:18, 1083:24, 1087:18
**testified** [18] - 987:13, 987:19, 988:19, 989:7, 991:10, 1003:21, 1003:24, 1013:1, 1013:11, 1013:15, 1031:22, 1052:16, 1056:23, 1074:8, 1077:7, 1087:15, 1089:5, 1094:8
**testify** [2] - 991:13, 999:10
**testifying** [3] - 1028:18, 1028:20, 1028:22
**testimony** [31] - 985:2, 985:22, 989:12, 989:14, 989:15, 990:18, 991:7, 992:1, 992:11, 1005:3, 1008:14,

1018:4, 1019:3, 1021:22, 1023:20, 1031:2, 1031:16, 1041:9, 1052:21, 1060:3, 1075:6, 1089:8, 1090:14, 1093:1, 1093:3, 1097:3, 1102:21, 1103:12, 1103:14, 1104:14, 1108:25
**testing** [4] - 1074:22, 1090:2, 1093:24, 1094:1
**text** [16] - 1059:19, 1059:22, 1060:2, 1060:5, 1060:18, 1060:19, 1060:20, 1060:22, 1061:4, 1061:7, 1061:8, 1061:11, 1061:14, 1061:25, 1062:4
**Thad** [1] - 1028:16
**THE** [94] - 977:4, 977:5, 977:7, 977:15, 977:19, 978:21, 979:3, 979:13, 984:7, 984:8, 984:10, 985:3, 985:6, 985:8, 985:14, 986:6, 986:12, 986:17, 986:25, 987:2, 987:9, 995:8, 996:5, 996:6, 999:9, 999:13, 1007:11, 1008:18, 1011:10, 1013:24, 1016:8, 1016:10, 1017:7, 1017:24, 1020:10, 1020:12, 1021:12, 1021:19, 1021:21, 1021:23, 1023:9, 1025:10, 1027:19, 1027:21, 1028:11, 1028:25, 1029:2, 1029:10, 1030:8, 1030:14, 1030:24, 1031:6, 1031:14, 1031:15, 1031:19, 1031:23, 1031:25, 1032:3, 1036:17, 1036:21, 1036:25, 1057:13, 1057:15, 1057:19, 1057:22, 1057:25, 1058:1, 1058:10, 1058:24, 1059:3, 1065:6, 1065:10, 1067:23, 1068:3, 1068:5, 1068:7, 1068:11, 1068:18, 1069:18,

1073:19, 1073:20, 1082:15, 1082:25, 1091:5, 1091:7, 1091:10, 1095:8, 1095:10, 1108:1, 1108:4, 1108:6, 1108:13, 1109:15, 1109:19
**theirs** [1] - 1035:1
**theoretical** [1] - 1013:5
**thereby** [1] - 1087:17
**therefore** [1] - 1099:2
**they've** [2] - 1073:9, 1073:22
**thinks** [1] - 1067:15
**THIRD** [1] - 979:5
**third** [3] - 1049:5, 1055:2, 1063:10
**Thomas** [2] - 994:2, 995:13
**THOMAS** [2] - 978:3, 979:19
**thoughts** [2] - 1012:21, 1045:17
**three** [26] - 994:4, 1010:1, 1011:17, 1012:10, 1024:4, 1024:6, 1025:25, 1026:2, 1034:13, 1053:12, 1060:8, 1083:3, 1083:4, 1083:6, 1083:17, 1084:13, 1084:17, 1084:22, 1085:2, 1085:9, 1085:14, 1086:12, 1086:18, 1087:3, 1089:25, 1090:17
**three-arm** [1] - 1089:25
**three-ram** [13] - 1083:3, 1083:4, 1083:6, 1083:17, 1084:13, 1084:17, 1084:22, 1085:2, 1085:9, 1085:14, 1086:12, 1086:18, 1087:3
**throat** [1] - 1107:15
**throughout** [4] - 1041:24, 1046:2, 1054:13, 1055:8
**thrust** [1] - 1067:4
**thumb** [2] - 987:5, 1058:19
**Thunder** [1] - 988:8
**THURSDAY** [2] - 977:5, 984:2
**tight** [5] - 1002:8,

1002:10, 1019:22, 1020:9
**Tim** [3] - 994:9, 995:14, 998:25
**Tim's** [1] - 995:3
**timeframe** [1] - 1022:8
**timekeepers** [1] - 984:12
**timeline** [5] - 996:12, 996:14, 1046:12, 1049:8
**timelines** [1] - 1043:15
**tired** [2] - 1060:8, 1061:15
**titled** [4] - 1022:16, 1062:17, 1063:25, 1078:3
**TO** [1] - 984:4
**today** [6] - 984:18, 986:1, 1006:24, 1007:25, 1008:12, 1104:25
**TOLLES** [1] - 981:13
**tomorrow** [2] - 1012:25, 1060:8
**tons** [2] - 1087:24, 1088:1
**Tony** [3] - 1002:2, 1005:20, 1006:1
**took** [10] - 1041:6, 1042:13, 1046:7, 1046:24, 1048:12, 1057:24, 1087:10, 1087:18, 1089:25, 1094:4
**tools** [1] - 1025:7
**Tooms** [2] - 1006:17, 1021:21
**Tooms'** [2] - 1006:24, 1021:2, 1021:9
**top** [13] - 993:1, 993:4, 1005:17, 1067:25, 1079:10, 1079:11, 1079:15, 1082:11, 1088:3, 1088:20, 1089:19, 1096:12, 1098:5
**Top** [97] - 995:24, 1006:11, 1006:23, 1021:5, 1021:6, 1021:9, 1021:15, 1028:20, 1037:14, 1037:16, 1037:17, 1038:3, 1041:11, 1041:16, 1041:17, 1041:18, 1042:2, 1042:14, 1042:24, 1043:10, 1043:12, 1043:18, 1043:23,

1050:2, 1050:5, 1050:9, 1050:14, 1050:21, 1051:9, 1051:21, 1052:1, 1052:12, 1052:23, 1053:5, 1053:19, 1053:20, 1054:20, 1055:3, 1056:3, 1056:10, 1056:13, 1056:21, 1059:6, 1059:9, 1059:17, 1059:20, 1059:21, 1060:13, 1060:16, 1061:24, 1062:2, 1062:9, 1062:12, 1062:17, 1063:16, 1063:21, 1064:9, 1064:25, 1065:15, 1065:18, 1065:22, 1066:4, 1066:9, 1067:18, 1068:1, 1069:6, 1069:7, 1069:22, 1070:9, 1070:20, 1070:23, 1071:3, 1071:5, 1071:10, 1071:16, 1071:21, 1073:15, 1076:19, 1077:3, 1080:14, 1080:18, 1080:20, 1083:7, 1093:5, 1093:8, 1094:13, 1095:25, 1096:3, 1101:2, 1101:7, 1101:23, 1102:4, 1102:16, 1102:18, 1102:25, 1103:21, 1105:15
**topics** [2] - 1019:21, 1059:8
**TORTS** [1] - 979:14
**total** [6] - 1028:14, 1028:25, 1083:7, 1083:19, 1107:16, 1108:17
**totally** [1] - 1046:11
**toward** [1] - 1098:6
**TOWER** [1] - 981:22
**track** [2] - 1036:6, 1036:7
**trainee** [1] - 1032:24
**training** [2] - 1032:18, 1032:20
**trains** [1] - 1099:9
**TRANSCRIPT** [2] - 977:14, 982:21
**transcript** [2] - 1023:19, 1110:7
**transcripts** [2] - 985:22, 987:7
**transfer** [1] - 1024:14

transmitted [2] - 1015:20, 1016:2
Transocean [10] - 987:17, 1029:13, 1034:11, 1036:18, 1058:2, 1076:21, 1091:14, 1091:15, 1094:2, 1094:3
TRANSOCEAN [3] - 981:3, 981:3, 981:5
Transocean's [3] - 1071:8, 1072:10, 1073:2
Transocean-owned [1] - 1094:3
transparent [2] - 1008:8, 1008:13
treat [1] - 1060:20
Trevor [5] - 985:10, 993:24, 994:1, 995:13, 1058:7
TREX [4] - 992:19, 1017:12, 1097:6, 1103:23
TREX-116 [1] - 1097:9
TREX-11737.8.5 [1] - 1099:25
TREX-11738.5.2 [1] - 1093:22
TREX-11743.1.1 [1] - 1071:13
TREX-11905R.31.1. TO [1] - 987:23
TREX-140700.12.1 [1] - 1075:11
TREX-140914.2.3 [1] - 1103:23
TREX-150106.1.1.TO [1] - 989:22
TREX-1651.1.1.TO [1] - 996:16
TREX-1651.1.2.TO [1] - 996:23
TREX-1651.2.1.TO [1] - 997:5
TREX-21176.268.5 [1] - 1098:3
TREX-21176.268.6 [1] - 1097:10
TREX-21176.269.6 [1] - 1098:21
TREX-3220.1.1.TO [2] - 991:22, 1003:18
TREX-8656.1.1.TO [1] - 1002:13
TREX-8656.1.2.TO [1] - 1002:25
TREX-8656.1.3.TO [1] - 1003:13
TREX-9148.1 [1] -

1107:6
TREX-9148.5.3 [1] - 1107:11
TREX-9156.1 [1] - 993:5
TREX-9156.6.1 [2] - 992:13, 1017:13
TREX-9157.1.1.TO [1] - 1005:13
TREX-9164.2.1.TO [1] - 1006:14
TREX-9250.1.1.TO [1] - 994:12
TREX-9250.1.2.TO [1] - 995:1
TREX-9250.2.1.TO [1] - 993:17
TREX-9475.1.1.TO [1] - 1001:17
TREX-9475.1.2.TO [1] - 1002:7
TREX-9475.2.1.TO [1] - 1001:11
TREX-9475.3.1.TO [1] - 1000:16
TREX-9475.3.2.TO [1] - 1001:6
TREX-9475.5.1.TO [1] - 1000:7
TRIAL [1] - 977:14
tried [2] - 999:4, 999:15
TRITON [1] - 977:8
troubleshooting [4] - 1035:23, 1035:24, 1036:15, 1038:14
truck [4] - 1098:9, 1098:11, 1098:15, 1099:13
true [15] - 1005:10, 1092:20, 1092:21, 1092:23, 1092:24, 1094:24, 1095:5, 1096:13, 1096:22, 1099:23, 1106:18, 1107:3, 1108:24, 1109:1, 1110:7
truly [1] - 1012:21
trust [4] - 1007:17, 1007:20, 1021:3, 1021:10
truth [3] - 1031:17
try [2] - 1036:6, 1042:17
trying [11] - 1013:8, 1014:6, 1036:7, 1039:22, 1040:2, 1050:12, 1062:6, 1082:3, 1082:12, 1104:3, 1104:4

tubing [1] - 1024:14
Turlak [2] - 1074:8, 1074:15
Turlak's [1] - 1075:6
turn [3] - 1066:3, 1101:17, 1107:10
turnaround [1] - 1005:21
turned [1] - 1061:2
two [27] - 986:24, 1004:12, 1013:12, 1026:1, 1033:23, 1034:13, 1053:11, 1081:8, 1081:18, 1081:22, 1082:4, 1082:8, 1085:1, 1085:3, 1085:24, 1087:3, 1090:17, 1097:7, 1097:14, 1099:9, 1101:8, 1103:10, 1108:13
two-ram [4] - 1085:1, 1085:3, 1085:24, 1087:3
TX [3] - 981:11, 981:23, 982:5
type [1] - 1039:7
types [1] - 1054:6

# U

U.S [6] - 979:13, 979:17, 1066:10, 1066:19, 1067:19, 1068:2
U.S.C.G [2] - 1003:7, 1003:10
ultimately [6] - 1066:14, 1083:23, 1084:14, 1085:1, 1085:15, 1087:19
ultra [1] - 1034:7
ultra-deepwater [1] - 1034:7
uncertainties [7] - 997:18, 1016:12, 1025:4, 1081:2, 1087:1, 1090:18, 1090:25
uncertainty [1] - 990:2
under [10] - 987:10, 993:3, 999:23, 1021:10, 1049:7, 1055:6, 1066:4, 1068:25, 1072:22, 1080:5
undergoing [2] - 1071:2, 1071:7
understandable [3] -

1042:19, 1081:10, 1081:14
understood [5] - 1024:18, 1068:14, 1103:6, 1103:7, 1105:6
undertake [1] - 1094:3
undertaken [1] - 1100:4
Unified [7] - 991:2, 997:10, 998:18, 998:23, 999:20, 1028:16, 1062:12
unique [1] - 1011:20
unit [2] - 1033:24, 1033:25
United [9] - 1003:10, 1009:20, 1011:14, 1014:11, 1020:4, 1020:20, 1063:15, 1110:5, 1110:15
UNITED [4] - 977:1, 977:10, 977:15, 979:13
University [1] - 1032:22
unknown [9] - 992:8, 1016:4, 1039:13, 1039:20, 1040:14, 1041:7, 1053:9, 1077:24, 1086:25
unknowns [22] - 1038:19, 1038:21, 1038:24, 1039:3, 1039:6, 1039:15, 1040:1, 1040:3, 1040:19, 1040:21, 1041:2, 1041:14, 1042:12, 1043:2, 1043:11, 1044:13, 1049:17, 1049:18, 1049:20, 1081:20, 1090:19, 1090:25
unlikely [1] - 1103:18
unparalleled [2] - 1048:5, 1048:18
unquote [3] - 1004:18, 1004:21, 1004:22
unreasonable [1] - 1068:17
up [107] - 984:10, 984:11, 985:21, 987:23, 989:8, 989:16, 989:22, 990:25, 991:9, 991:22, 992:7, 992:13, 992:23, 992:25, 993:10, 993:11, 993:14, 994:12, 995:1,

995:10, 995:11, 996:16, 996:23, 997:5, 1000:16, 1001:6, 1001:11, 1002:6, 1002:7, 1002:13, 1002:25, 1003:13, 1004:2, 1005:13, 1006:14, 1007:4, 1007:8, 1007:23, 1009:24, 1010:3, 1012:12, 1012:22, 1013:4, 1017:12, 1018:8, 1018:12, 1018:25, 1019:15, 1022:14, 1024:7, 1024:16, 1024:22, 1024:24, 1025:3, 1026:1, 1026:9, 1026:14, 1026:15, 1027:13, 1031:7, 1032:25, 1034:13, 1034:19, 1034:22, 1035:4, 1036:20, 1039:7, 1039:24, 1044:25, 1045:12, 1045:13, 1048:14, 1052:12, 1053:14, 1055:16, 1056:6, 1056:18, 1068:13, 1068:21, 1070:6, 1073:11, 1075:5, 1077:20, 1077:21, 1078:2, 1078:25, 1079:10, 1079:14, 1079:15, 1079:21, 1080:5, 1082:13, 1082:19, 1083:13, 1086:16, 1090:5, 1091:21, 1094:12, 1098:1, 1099:15, 1099:22, 1101:15, 1102:6, 1103:23, 1104:4, 1107:6
Update [1] - 1064:1
update [6] - 984:25, 985:8, 1002:1, 1035:1, 1061:4, 1062:6
upper [13] - 999:21, 1012:22, 1012:23, 1012:24, 1013:5, 1013:9, 1016:20, 1018:18, 1018:19, 1018:22, 1027:10, 1064:19, 1064:22
upside [1] - 1041:18
useful [3] - 1014:20, 1047:17, 1047:20
user's [1] - 1006:18

**uses** [1] - 984:16

## V

**valid** [3] - 995:3, 995:20, 1082:6
**value** [1] - 1024:13
**valve** [5] - 1052:6, 1052:8, 1086:5, 1086:6, 1086:22
**valves** [3] - 1052:5, 1086:3, 1086:19
**variables** [2] - 992:8, 1025:2
**variation** [1] - 1109:11
**varies** [1] - 996:25
**variety** [1] - 1040:3
**various** [9] - 1001:8, 1012:2, 1038:24, 1039:22, 1046:7, 1061:23, 1064:13, 1094:8, 1094:9
**vary** [2] - 1039:6, 1046:13
**vast** [1] - 1047:14
**velocity** [2] - 1024:10, 1099:14
**vent** [5] - 1078:14, 1079:16, 1084:6, 1086:23, 1094:14
**vented** [4] - 1078:14, 1078:23, 1078:24, 1094:15
**venting** [13] - 1076:9, 1076:12, 1077:11, 1077:18, 1077:24, 1078:7, 1078:13, 1079:17, 1080:4, 1080:5, 1084:2, 1084:20, 1085:7
**Venting** [1] - 1078:3
**verbatim** [2] - 1012:15, 1045:1
**verification** [1] - 1105:1
**verify** [1] - 1069:3
**version** [1] - 1083:10
**vessel** [15] - 1077:21, 1078:15, 1078:25, 1079:10, 1079:11, 1079:17, 1079:18, 1079:19, 1079:24, 1080:5, 1080:7, 1080:11, 1084:3, 1085:20, 1086:13
**vessels** [5] - 1044:10, 1048:15, 1049:9, 1062:7, 1084:5
**viability** [1] - 995:4

**vice** [1] - 1000:21
**Vice** [2] - 1000:25, 1028:15
**vice-president** [1] - 1000:21
**Vice-President** [2] - 1000:25, 1028:15
**video** [7] - 990:20, 1027:22, 1029:7, 1029:8, 1029:11, 1029:19, 1030:9
**videos** [1] - 1029:15
**videotape** [9] - 985:21, 986:2, 986:5, 987:5, 1029:5, 1029:23, 1030:3, 1031:10, 1031:11
**videotapes** [2] - 1028:14, 1029:3
**view** [3] - 1012:4, 1020:12, 1090:16
**views** [1] - 1078:5
**visibility** [1] - 1011:21
**visual** [2] - 990:19, 1010:2
**voice** [1] - 1030:6
**VOICES** [1] - 984:9

## W

**wait** [4] - 1006:17, 1056:8, 1068:3
**walk** [1] - 1004:16
**warn** [1] - 1082:15
**warning** [1] - 1082:22
**WARREN** [1] - 982:13
**Washington** [1] - 984:20
**WASHINGTON** [5] - 979:15, 979:24, 980:20, 980:24, 982:14
**wasting** [1] - 1068:21
**watching** [3] - 1029:24, 1030:13, 1030:19
**water** [3] - 1034:8, 1034:10, 1095:15
**ways** [3] - 994:19, 1012:2, 1052:4
**WCD** [2] - 1006:6, 1006:10
**wealth** [1] - 1047:14
**Wednesday** [2] - 985:22, 1064:1
**week** [10] - 1037:19, 1037:23, 1044:3, 1044:8, 1045:12,

1046:11, 1049:15, 1087:7, 1087:14, 1102:21
**weeks** [10] - 1037:19, 1037:23, 1038:7, 1044:3, 1044:9, 1049:7, 1087:8, 1087:14, 1090:10, 1090:17
**weighed** [1] - 1087:24
**weighs** [2] - 1088:1, 1098:11
**weight** [6] - 1088:5, 1088:7, 1088:9, 1088:10, 1088:18, 1088:19
**WEINER** [1] - 982:9
**WEITZ** [1] - 978:7
**well's** [1] - 1109:7
**wellbore** [1] - 1066:13
**Wellings** [1] - 1066:22
**wells** [7] - 1033:9, 1034:7, 1035:25, 1036:4, 1055:3, 1077:25, 1092:5
**West** [10] - 1034:14, 1035:19, 1071:14, 1071:24, 1073:8, 1073:14, 1073:21, 1079:23, 1093:18, 1095:14
**West's** [1] - 1073:16
**what-if** [1] - 1026:5
**whatnot** [1] - 1000:12
**WHEREUPON** [9] - 985:16, 1029:3, 1029:5, 1031:10, 1031:11, 1057:24, 1058:12, 1059:1, 1109:21
**WHITELEY** [1] - 979:8
**whittle** [1] - 1047:15
**whole** [5] - 1031:17, 1046:4, 1050:7, 1053:8, 1109:11
**wide** [1] - 990:2
**Wild** [3] - 1028:15, 1028:19, 1061:20
**will-call** [1] - 1058:16
**Wilson** [3] - 991:10, 991:16, 1012:8
**Wilson's** [3] - 1009:1, 1014:19, 1014:21
**win** [1] - 1099:10
**window** [1] - 1077:4
**WINFIELD** [1] - 978:22
**wins** [1] - 1097:15
**wise** [1] - 1046:17
**withdraw** [1] - 1026:19

**WITNESS** [9] - 996:6, 999:13, 1016:10, 1020:12, 1021:21, 1031:19, 1031:25, 1073:20, 1095:10
**witness** [11] - 986:3, 987:12, 999:10, 1028:12, 1029:22, 1031:12, 1031:21, 1058:4, 1058:16, 1067:5, 1069:15
**witness's** [1] - 1069:19
**witnesses** [2] - 1094:8, 1094:12
**Wood** [8] - 994:23, 995:2, 995:5, 995:14, 995:19, 995:23, 996:9, 996:21
**Wood's** [1] - 1020:21
**word** [1] - 1057:1
**words** [3] - 1004:1, 1030:25, 1045:18
**works** [3] - 1046:19, 1064:7, 1108:21
**worldwide** [2] - 1032:15, 1033:10
**worse** [10] - 1040:18, 1045:9, 1045:24, 1046:1, 1046:5, 1047:8, 1047:22, 1050:15, 1050:17, 1082:9
**worst** [4] - 1006:8, 1006:10, 1017:18, 1026:10
**worst-case** [3] - 1006:8, 1006:10, 1017:18
**wound** [1] - 1026:14
**WRIGHT** [1] - 977:22
**writes** [2] - 1003:14, 1012:20
**writing** [2] - 1004:25, 1005:8
**written** [4] - 987:6, 992:12, 996:24, 1097:3
**wrote** [28] - 990:7, 992:9, 993:23, 994:1, 994:13, 994:17, 994:21, 994:22, 995:2, 995:5, 995:14, 996:17, 997:3, 997:10, 1000:8, 1000:13, 1001:1, 1001:4, 1001:7, 1001:14, 1002:4,

1002:10, 1003:3, 1003:8, 1003:15, 1005:24, 1005:25, 1006:21

## Y

**year** [4] - 988:14, 988:18, 1032:25, 1036:9
**years** [7] - 988:20, 1033:1, 1033:2, 1033:4, 1035:12, 1035:17, 1061:22
**yellow** [2] - 1062:21, 1063:5
**yesterday** [16] - 987:19, 988:19, 989:7, 991:18, 997:18, 1006:24, 1013:11, 1013:14, 1016:10, 1021:25, 1022:15, 1025:5, 1025:15, 1026:5, 1027:25, 1058:6
**yield** [1] - 998:1
**yielded** [2] - 997:10, 997:23
**yielding** [2] - 984:20
**YORK** [2] - 978:8, 982:3

## Z

**zero** [3] - 997:20, 1013:3, 1016:15
**Ziegler** [3] - 985:2, 989:5, 1090:8, 1090:15
**zone** [2] - 1052:19

---

" 

---

**"MIKE"** [1] - 980:22