```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
      DEEPWATER HORIZON IN THE           *
 5    GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                         *
 6    Applies to:                        *   New Orleans, Louisiana
                                         *
 7    Docket 10-CV-02771,                *   October 3, 2013
      IN RE:  THE COMPLAINT AND          *
 8    PETITION OF TRITON ASSET           *
      LEASING GmbH, et al.               *
 9                                       *
      Docket 10-CV-4536,                 *
10    UNITED STATES OF AMERICA v.        *
      BP EXPLORATION & PRODUCTION,       *
11    INC., et al.                       *
                                         *
12    * * * * * * * * * * * * * * * * * *

13

14                  DAY 4, AFTERNOON SESSION
               TRANSCRIPT OF NONJURY TRIAL BEFORE
15              THE HONORABLE CARL J. BARBIER
                  UNITED STATES DISTRICT JUDGE

16

17    Appearances:

18
      For the Plaintiffs:           Herman Herman & Katz, LLC
19                                   BY:  STEPHEN J. HERMAN, ESQ.
                                     820 O'Keefe Avenue
20                                   New Orleans, Louisiana 70113

21
      For the Plaintiffs:           Domengeaux Wright Roy
22                                     & Edwards, LLC
                                     BY:  JAMES P. ROY, ESQ.
23                                   556 Jefferson Street, Suite 500
                                     Post Office Box 3668
24                                   Lafayette, Louisiana 70502

25
```

1    <u>Appearances</u>:

2

3    For the Plaintiffs:          Levin Papantonio Thomas Mitchell
                                     Rafferty & Proctor, PA
                                  BY:  BRIAN H. BARR, ESQ.
4                                 316 South Baylen Street, Suite 600
                                  Post Office Box 12308
5                                 Pensacola, Florida 32591

6
     For the Plaintiffs:          Irpino Law Firm
7                                 BY:  ANTHONY IRPINO, ESQ.
                                  2216 Magazine Street
8                                 New Orleans, Louisiana 70130

9
     For the Plaintiffs:          Weitz & Luxenberg, PC
10                                BY:  ROBIN L. GREENWALD, ESQ.
                                  700 Broadway
11                                New York, New York 10003

12
     For the Plaintiffs:          Lundy Lundy Soileau & South, LLP
13                                BY:  MATTHEW E. LUNDY, ESQ.
                                  501 Broad Street
14                                Lake Charles, Louisiana 70601

15
     For the Plaintiffs:          Morgan & Morgan
16                                BY:  FRANK M. PETOSA, ESQ.
                                  188 East Capital Street, Suite 777
17                                Jackson, Mississippi 39201

18
     For the States'             Attorney General's Office
19   Interests:                  BY:  COREY L. MAZE, ESQ.
                                       WINFIELD J. SINCLAIR, ESQ.
20                                500 Dexter Avenue
                                  Montgomery, Alabama 36130
21

22   For the State of            Attorney General's Office
     Louisiana:                  BY:  JAMES D. CALDWELL, ESQ.
23                                1885 North Third Street
                                  Post Office Box 94005
24                                Baton Rouge, Louisiana 70804

25

OFFICIAL TRANSCRIPT

```
1   Appearances:

2

3   For the State of          Kanner & Whiteley, LLC
    Louisiana:                BY:  ALLAN KANNER, ESQ.
4                                  DOUGLAS R. KRAUS, ESQ.
                              701 Camp Street
5                             New Orleans, Louisiana 70130

6   For the United States     U.S. Department of Justice
    of America:               Torts Branch, Civil Division
7                             BY:  STEPHEN G. FLYNN, ESQ.
                              Post Office Box 14271
8                             Washington, D.C. 20044

9
    For the United States     U.S. Department of Justice
10  of America:               Environment & Natural Resources
                              Environmental Enforcement Section
11                            BY:  THOMAS BENSON, ESQ.
                                   STEVEN O'ROURKE, ESQ.
12                                 SCOTT CERNICH, ESQ.
                                   A. NATHANIEL CHAKERES, ESQ.
13                                 ANNA CROSS, ESQ.
                                   BETHANY ENGEL, ESQ.
14                                 RICHARD GLADSTEIN, ESQ.
                                   JUDY HARVEY, ESQ.
15                                 SARAH HIMMELHOCH, ESQ.
                              Post Office Box 7611
16                            Washington, D.C. 20044

17
    For BP Exploration &      Liskow & Lewis, APLC
18  Production Inc.,          BY:  DON K. HAYCRAFT, ESQ.
    BP America Production     701 Poydras Street, Suite 5000
19  Company, BP PLC:          New Orleans, Louisiana 70139

20
    For BP Exploration &      Kirkland & Ellis, LLP
21  Production Inc.,          BY:  J. ANDREW LANGAN, ESQ.
    BP America Production          HARIKLIA "CARRIE" KARIS, ESQ.
22  Company, BP PLC:               MATTHEW T. REGAN, ESQ.
                                   PAUL D. COLLIER, ESQ.
23                                 BARRY E. FIELDS, ESQ.
                              300 N. Lasalle
24                            Chicago, Illinois 60654

25
```

OFFICIAL TRANSCRIPT

1  <u>Appearances</u>:

2

3  For BP Exploration &             Kirkland & Ellis, LLP
   Production Inc.,                 BY:  MARTIN BOLES, ESQ.
   BP America Production            333 South Hope Street
4  Company, BP PLC:                 Los Angeles, California 90071

5

6  For BP Exploration &             Kirkland & Ellis, LLP
   Production Inc.,                 BY:  ROBERT R. GASAWAY, ESQ.
   BP America Production                 JOSEPH A. EISERT, ESQ.
7  Company, BP PLC:                      BRIDGET K. O'CONNOR, ESQ.
                                    655 Fifteenth Street, N.W.
8                                   Washington, D.C. 20005

9

10 For BP Exploration &             Covington & Burling, LLP
   Production Inc.,                 BY:  ROBERT C. "MIKE" BROCK, ESQ.
   BP America Production            1201 Pennsylvania Avenue, N.W.
11 Company, BP PLC:                 Washington, D.C. 20004

12

13 For Transocean Holdings          Frilot, LLC
   LLC, Transocean Offshore         BY:  KERRY J. MILLER, ESQ.
   Deepwater Drilling Inc.,         1100 Poydras Street, Suite 3700
14 Transocean Deepwater Inc.:       New Orleans, Louisiana 70163

15

16 For Transocean Holdings          Sutherland Asbill & Brennan, LLP
   LLC, Transocean Offshore         BY:  STEVEN L. ROBERTS, ESQ.
   Deepwater Drilling Inc.,         1001 Fannin Street, Suite 3700
17 Transocean Deepwater Inc.:       Houston, Texas 77002

18

19 For Transocean Holdings          Munger Tolles & Olson, LLP
   LLC, Transocean Offshore         BY:  MICHAEL R. DOYEN, ESQ.
   Deepwater Drilling Inc.,              BRAD D. BRIAN, ESQ.
20 Transocean Deepwater Inc.:            LUIS LI, ESQ.
                                         GRANT A. DAVIS-DENNY, ESQ.
21                                       ALLEN M. KATZ, ESQ.
                                    355 S. Grand Avenue, 35th Floor
22                                  Los Angeles, California 90071

23

24

25

OFFICIAL TRANSCRIPT

1   Appearances:

2

3   For Halliburton Energy          Godwin Lewis, PC
    Services, Inc.:                  BY:   DONALD E. GODWIN, ESQ.
                                           JENNY L. MARTINEZ, ESQ.
4                                          BRUCE W. BOWMAN JR., ESQ.
                                           PRESCOTT W. SMITH, ESQ.
5                                          SEAN W. FLEMING, ESQ.
                                    1201 Elm Street, Suite 1700
6                                   Dallas, Texas 75270

7

8   For Halliburton Energy:         Godwin Lewis, PC
    Services, Inc.:                  BY:  R. ALAN YORK, ESQ.
                                          GWENDOLYN E. RICHARD, ESQ.
9                                   1331 Lamar, Suite 1665
                                    Houston, Texas 77010
10

11  For Anadarko Petroleum          Kuchler Polk Schell Weiner
    Corporation, Anadarko             & Richeson, LLC
12  E&P Company LP:                 BY:   DEBORAH D. KUCHLER, ESQ.
                                    1615 Poydras Street, Suite 1300
13                                  New Orleans, Louisiana 70112

14

15  For Anadarko Petroleum          Bingham McCutchen, LLP
    Corporation, Anadarko           BY:   WARREN A. FITCH, ESQ.
    E&P Company LP:                        KY E. KIRBY, ESQ.
16                                  2020 K Street, N.W.
                                    Washington, D.C. 20006
17

18  Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                    500 Poydras Street, Room HB-406
19                                  New Orleans, Louisiana 70130
                                    (504) 589-7778
20                                  Toni_Tusa@laed.uscourts.gov

21

22

23

24
    Proceedings recorded by mechanical stenography using
25  computer-aided transcription software.

1          **I N D E X**

2                                                    <u>PAGE</u>

3    Iain Adams
         Cross-Examination By Mr. Doyen          1119
4        Redirect Examination By Ms. Karis       1158

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 01:09 | 1 | **AFTERNOON SESSION** |
| 01:11 | 2 | **(October 3, 2013)** |
| 01:16 | 3 | THE COURT:  Please be seated, everyone. |
| 01:16 | 4 | MR. IRPINO:  Good afternoon, Judge.  Anthony Irpino |
| 01:16 | 5 | for the PSC aligned parties. |
| 01:16 | 6 | We have a couple of exhibit lists we want to |
| 01:16 | 7 | have introduced.  First is our aligned parties list of exhibits |
| 01:16 | 8 | and demonstratives used and offered in connection with the |
| 01:16 | 9 | examination of Mark Mazzella yesterday, on October 2, 2013. |
| 01:16 | 10 | The lists were sent around, all comments were incorporated, and |
| 01:16 | 11 | there are currently no objections to the lists. |
| 01:17 | 12 | THE COURT:  All right.  Without objection, those are |
| 01:17 | 13 | admitted. |
| 01:17 | 14 | MR. IRPINO:  Our second list, I'll deal with James |
| 01:17 | 15 | Dupree's testimony -- of the aligned parties list of exhibits, |
| 01:17 | 16 | demonstratives, call-outs offered and used in connection with |
| 01:17 | 17 | the examination of James Dupree on October 2, 2013. |
| 01:17 | 18 | There is one exception.  There is still an |
| 01:17 | 19 | objection on one of the documents on the list.  We have marked |
| 01:17 | 20 | that in red and stated that it requires a ruling by the Court, |
| 01:17 | 21 | but we wanted to get the list in so that you had them.  That is |
| 01:17 | 22 | Exhibit 150307-N.  We have stated that it requires a ruling by |
| 01:17 | 23 | the Court.  All others are not objected to. |
| 01:17 | 24 | THE COURT:  Did you want to speak to that? |
| 01:17 | 25 | MS. KARIS:  Yes, Your Honor. |

01:17  1          THE COURT:  Go ahead.

01:17  2          MS. KARIS:  Your Honor, Exhibit 150307 is the video

01:17  3   clip that Mr. Barr put up from CNN of Mr. Hayward.  I stood up

01:17  4   immediately, as is reflected on page 722, line 21, and objected

01:18  5   to the use of that video clip.  It pertained to the issue of

01:18  6   what Tony Hayward said about the chance of success of Top Kill.

01:18  7          THE COURT:  Is there anybody in the world who doesn't

01:18  8   know what he said?  What is this all about?  Why are we arguing

01:18  9   about it?

01:18  10         MR. DOYEN:  Party admission.

01:18  11         MR. BRIAN:  It's a party admission, Your Honor.

01:18  12  That's what the objection is.

01:18  13         MS. KARIS:  Your Honor, the objection is that that is

01:18  14  not an -- the process we have been undertaking thus far is to

01:18  15  list the exhibits that were admitted with the particular

01:18  16  witness.  If it's otherwise identified as an exhibit in a

01:18  17  bundle or is part of the rest of the process, we had this

01:18  18  elaborate category --

01:18  19         THE COURT:  We can deal with this later.  Let's try

01:18  20  to finish the testimony.

01:18  21         MR. IRPINO:  Your Honor, I would like to submit the

01:18  22  list, which does indicate there's still an objection.

01:18  23         THE COURT:  Subject to that objection, that's

01:18  24  admitted.

01:18  25         MR. IRPINO:  Thank you, Your Honor.

OFFICIAL TRANSCRIPT

01:18  1      **THE COURT:**  We had a slight discrepancy between
01:18  2  myself and Cathy's timekeeping this morning.  According to
01:19  3  Cathy's calculations, BP has 30 minutes left.  According to
01:19  4  mine, you have 32 minutes.  So I'll give you the benefit of the
01:19  5  doubt; I'll give you the 32 minutes.
01:19  6           I didn't calculate how much the aligned parties
01:19  7  have left, but they used 56 minutes this morning apparently.
01:19  8  Okay.
01:19  9      **MR. DOYEN:**  Good afternoon, Your Honor.
01:19 10                    **IAIN ADAMS,**
01:19 11  having been duly sworn, testified as follows:
01:19 12                  **CROSS-EXAMINATION**
01:19 13  **BY MR. DOYEN:**
01:19 14  **Q.**   Good afternoon Mr. Adams.
01:19 15      **MR. DOYEN:**  Let's call out TREX-1448.  Let me say
01:19 16  that again.  144843.1.1.  This, just for context, is a May 16,
01:19 17  2010 e-mail, I believe -- can you drag that a little further
01:19 18  down the page, the bottom of that.
01:20 19           So we have an e-mail from BP to several people
01:20 20  in the government, and that's being redistributed within the
01:20 21  government.  And then there's an attachment to that.
01:20 22           Let's call out what I think is 144843.10.2.
01:20 23  **BY MR. DOYEN:**
01:20 24  **Q.**   You're aware, sir, that at some point right around this
01:20 25  time, middle of May, there was a 700 psi drop in pressure there

1120

**IAIN ADAMS - CROSS**

| | | |
|---|---|---|
| 01:20 | 1 | at the bottom of the BOP, correct? |
| 01:20 | 2 | **A.**   I was aware of that, yes. |
| 01:20 | 3 | **Q.**   There's a statement here that this pressure drop indicates |
| 01:20 | 4 | "the likelihood of a successful Dynamic or Momentum Kill |
| 01:20 | 5 | increased significantly."  Do you see that? |
| 01:20 | 6 | **A.**   I see that. |
| 01:20 | 7 | **Q.**   Now, that is not the only possible interpretation of the |
| 01:20 | 8 | 700 psi drop in pressure, is it? |
| 01:20 | 9 | **A.**   I think there could be several interpretations; that's |
| 01:21 | 10 | correct. |
| 01:21 | 11 | **MR. DOYEN:**  Let's call out TREX-130491.1.  I'm sorry, |
| 01:21 | 12 | I'm doing that wrong.  Let me do that again. |
| 01:21 | 13 | Let's call out TREX-9250.1.1. |
| 01:21 | 14 | **BY MR. DOYEN:** |
| 01:21 | 15 | **Q.**   So this is an e-mail from Mr. Lockett.  And you recognize |
| 01:21 | 16 | him as one of the people working on the Flow Assurance Team, |
| 01:21 | 17 | don't you? |
| 01:21 | 18 | **A.**   Yes, I do. |
| 01:21 | 19 | **Q.**   Mr. Lockett, responding to the same pressure drop:  "Maybe |
| 01:21 | 20 | I am being pessimistic but my first thought when I heard of the |
| 01:21 | 21 | fall in pressure upstream of the BOP is that this is bad news |
| 01:21 | 22 | rather than good, my thought would go to a reduced restriction |
| 01:21 | 23 | within the BOP." |
| 01:21 | 24 | Do you see that? |
| 01:21 | 25 | **A.**   Yes, I do. |

IAIN ADAMS - CROSS

01:21    1   **Q.**   Let me put up one other, similar e-mail, and then I'm
01:21    2   going to put a question to you, sir.
01:22    3   **A.**   Okay.
01:22    4           **MR. DOYEN:**  Let's look at call-out TREX-130491.1.
01:22    5           I may be doing this wrong.
01:22    6           Let's call out TREX-130491.1.2.
01:22    7   **BY MR. DOYEN:**
01:22    8   **Q.**   This is another e-mail from Dr. Rygg.  You recognize him,
01:22    9   right?
01:22   10   **A.**   Yes, I do.
01:22   11   **Q.**   You saw his report and you recognize he is on the
01:22   12   Hydraulic Kill Team with Mr. Mix over here, correct?
01:22   13   **A.**   Yes.
01:22   14   **Q.**   Dr. Rygg is saying about the same pressure drop:  "Please
01:22   15   note that if the reduction in the wellhead pressure is due to
01:22   16   an increased flow rate since the restrictions at the wellhead
01:22   17   is giving away, we have a different scenario.  This means a
01:22   18   large hole in the BOP stack and less chance of ever being able
01:23   19   to do a dynamic Top Kill."
01:23   20           Do you see that?
01:23   21   **A.**   I see that, yes.
01:23   22   **Q.**   Dr. Rygg is saying, as you understand it, that one
01:23   23   possible reason for a pressure drop is that the restriction in
01:23   24   the BOP has -- there's now a bigger hole in the BOP than
01:23   25   before, correct?

IAIN ADAMS - CROSS

01:23    1    **A.**    I think that's a reasonable -- one of the interpretations,

01:23    2    yes.  So yes.

01:23    3    **Q.**    And, in fact, if the hole -- if there was increased

01:23    4    erosion within the BOP, flow would increase and the pressure

01:23    5    would drop at the bottom of the BOP, correct?

01:23    6    **A.**    In that scenario, yes.

01:23    7    **Q.**    And that would in fact decrease the likelihood of being

01:23    8    able to do a successful Momentum Kill, correct?

01:23    9    **A.**    For the scenario we are discussing, yes.

01:23    10    **Q.**    And likewise, increasing the hole in the BOP stack would

01:23    11    decrease the chances of a successful Junk Shot, correct?

01:23    12    **A.**    That would depend on the Junk Shot procedure.

01:23    13    **Q.**    Well, in general you would agree, wouldn't you, that the

01:24    14    larger the hole, the more trouble you will have plugging it

01:24    15    with the Junk Shot?  Just in general.

01:24    16    **A.**    Again, it depends on the size of the junk.  So it's

01:24    17    difficult to respond to that.

01:24    18    **Q.**    You were limited at Macondo, in terms of the size of the

01:24    19    junk that could be pumped down, by the radius of the lines,

01:24    20    correct?

01:24    21    **A.**    Yes.

01:24    22    **Q.**    That placed limitations on how big a hole could be plugged

01:24    23    in the BOP, correct?

01:24    24    **A.**    What I would say is, if the hole eroded to the extent it

01:24    25    was so large that you couldn't bridge that with the junk you

IAIN ADAMS - CROSS

01:24   1    could pump down the line, yes, I would agree with that.
01:24   2            MR. DOYEN:  Call out TREX-9160.1.2.
01:24   3    BY MR. DOYEN:
01:24   4    Q.   Now, this was the text message from Kurt Mix that you were
01:25   5    talking about earlier on your direct examination.  You recall
01:25   6    that, don't you?
01:25   7    A.   Yes, I do.
01:25   8    Q.   I think you indicated you wouldn't rely on a text message
01:25   9    at this particular hour of the morning.  Do you recall that?
01:25  10    A.   I definitely recall that, yes.
01:25  11    Q.   You do see here where Mr. Mix is apparently watching the
01:25  12    Top Kill and says "too large an orifice."  You see that, don't
01:25  13    you?
01:25  14    A.   Yes, I do.
01:25  15    Q.   You are not saying, are you, that Mr. Mix was the only
01:25  16    person to reach that conclusion about why the Top Kill failed,
01:25  17    are you?
01:25  18    A.   Are you linking that to the previous two demos I just saw?
01:25  19    Or are we linking that to the previous note about Ole Rygg's
01:25  20    comment that that could be a reason for --
01:25  21    Q.   We have moved forward in time here.  We are now on the
01:25  22    27th of May.
01:25  23            I'm just asking you, sir, if it's your suggestion or
01:25  24    your testimony that as far as you know, Mr. Rygg is the only
01:25  25    person who suggested the reason the Top Kill wasn't working and

IAIN ADAMS - CROSS

01:25   1   didn't finally work was the orifice was too large.
01:25   2   A.   I think that's potentially misleading, because the
01:26   3   previous e-mail from Dr. Rygg was --
01:26   4   Q.   Just focus on my question.  I'm not talking about Dr. Rygg
01:26   5   and May 16.  I'm talking about the Top Kill.  Got the context?
01:26   6   May 27, May 28, Top Kill fails.  Have you got that?
01:26   7          You agree with that, don't you?
01:26   8   A.   I agree with that.
01:26   9   Q.   You understand Mr. Mix is watching the Top Kill procedure,
01:26   10  correct?
01:26   11  A.   Yes, I do.
01:26   12  Q.   He is sending an e-mail over to Mr. Sprague here, correct?
01:26   13  A.   Yes.
01:26   14  Q.   He is saying:  "Too much flow rate -- over 15,000, too
01:26   15  large an orifice."  Got that context?
01:26   16  A.   If you take this in isolation, yes.
01:26   17  Q.   I'm not sure what that means, but let me frame a question
01:26   18  for you.
01:26   19          Are you saying that Kurt Mix was the only person that
01:26   20  thought Top Kill failed because the orifice was too large?
01:26   21  A.   I'm sure several people had that opinion.
01:26   22  Q.   In fact, you know other people had that opinion, don't
01:26   23  you, sir?
01:26   24  A.   In what respect?  The e-mail -- the correspondence you
01:26   25  just showed me related to the 16th when they are analyzing why

IAIN ADAMS - CROSS

| | | |
|---|---|---|
| 01:26 | 1 | the pressure dropped. |
| 01:26 | 2 | **Q.**   I'm not talking about Dr. Rygg. |
| 01:27 | 3 | **A.**   The pressure subsequently went back up again. |
| 01:27 | 4 | **Q.**   I'm talking about the Top Kill procedure, sir. |
| 01:27 | 5 | **A.**   Okay, sir. |
| 01:27 | 6 | **Q.**   You understand it failed, right? |
| 01:27 | 7 | **A.**   Yes, sir. |
| 01:27 | 8 | **Q.**   May 28, we are over.  It's failed.  You got the context? |
| 01:27 | 9 | **A.**   Okay.  Got it. |
| 01:27 | 10 | **Q.**   Several people concluded that it failed because the |
| 01:27 | 11 | orifice was too large, correct? |
| 01:27 | 12 | **A.**   I get that, yes. |
| 01:27 | 13 | **Q.**   You agree with that, don't you? |
| 01:27 | 14 | **A.**   It was one of several theories. |
| 01:27 | 15 | **Q.**   Well, in fact, this was Wild Well Control's theory, wasn't |
| 01:27 | 16 | it? |
| 01:27 | 17 | **A.**   It was proposed by members of Wild Well Control. |
| 01:27 | 18 | **Q.**   In fact, it's stated in Wild Well Control's report on the |
| 01:27 | 19 | procedure, isn't it, sir? |
| 01:27 | 20 | **A.**   Yes, it was. |
| 01:27 | 21 | **Q.**   You heard Mr. Mazzella's testimony that his whole team, |
| 01:27 | 22 | which included Wild Well and Robert Grace and Mr. Mix, all |
| 01:27 | 23 | agreed that the cause of the Top Kill failure was the hole was |
| 01:27 | 24 | too large.  You heard that, didn't you? |
| 01:27 | 25 | **A.**   Yes, I did. |

01:28  1          MR. DOYEN:  Let's call out TREX-11737.15.3.
01:28  2     BY MR. DOYEN:
01:28  3     Q.   This is an excerpt from your report.  You say you "have
01:28  4     reviewed the expert report of Mr. Dan Gibson."  That's correct,
01:28  5     isn't it?
01:28  6     A.   That's correct.
01:28  7     Q.   You "believe his analysis used sound and accepted
01:28  8     principles."  Do you see that?
01:28  9     A.   Yes.
01:28  10    Q.   And you say you accepted his conclusion concerning the
01:28  11    analysis of why Top Kill failed and what deductions could be
01:28  12    drawn from that, correct?
01:28  13    A.   Yes, I do.
01:28  14    Q.   You did not independently analyze the data that Mr. Gibson
01:28  15    used for his analysis, did you?
01:28  16    A.   No.  The rationale was that Mr. Gibson conducted an
01:28  17    independent analysis of other people's data.  So I reviewed his
01:28  18    conclusions.  I didn't conduct an independent analysis.
01:28  19    Q.   Okay.
01:29  20         MR. DOYEN:  Let's pull up TREX-11614.1.
01:29  21    BY MR. DOYEN:
01:29  22    Q.   You understand that BP presented the government with an
01:29  23    analysis of Top Kill on the 29th of May, correct?
01:29  24    A.   Yes.
01:29  25    Q.   And you understand later that day the decision not to

IAIN ADAMS - CROSS

01:29   1   proceed with the BOP was reached, correct?

01:29   2   A.   Yes, I do.

01:29   3   Q.   So we have heard a little bit of testimony about these

01:29   4   scenarios, and I want to try and make certain we are clear on

01:29   5   this.

01:29   6        MR. DOYEN:   Your Honor, if I can approach?

01:29   7        THE COURT:   Yes.

01:29   8   BY MR. DOYEN:

01:29   9   Q.   We had three scenarios:  Scenario 1, Scenario 2,

01:30   10  Scenario 3.

01:30   11       You understand -- you agree with Mr. Gibson's

01:30   12  analysis that Scenario 1 requires massive flow through the BOP

01:30   13  rams, correct?

01:30   14  A.   That would indicate the mud was going upwards, that's

01:30   15  correct.

01:30   16  Q.   Scenario 2, you agree, involved the flow of hydrocarbons

01:30   17  up the annulus, correct?

01:30   18  A.   At the annulus.  Yeah, that's correct.

01:30   19  Q.   I should say it that way.  Thank you, sir.  Annulus flow.

01:30   20       Scenario 3 involved a rupture of the collapse disk,

01:30   21  correct?

01:30   22  A.   That's correct.

01:30   23  Q.   Rupture disks.  You understand that in the report that we

01:31   24  have up on the screen over here, BP identified these as three

01:31   25  possible scenarios, correct?

IAIN ADAMS - CROSS

| | | |
|---|---|---|
| 01:31 | 1 | **A.**   There were three possible scenarios, that's correct. |
| 01:31 | 2 | **Q.**   They said Scenario 1 was not plausible, correct? |
| 01:31 | 3 | **A.**   Possible but not plausible.  I think it's key to say it |
| 01:31 | 4 | was possible but not plausible. |
| 01:31 | 5 | **Q.**   I already said possible.  They are all three possible. |
| 01:31 | 6 | Got that? |
| 01:31 | 7 | **A.**   Yes. |
| 01:31 | 8 | **Q.**   Not plausible for Scenario 1. |
| 01:31 | 9 |          They said Scenario 2, while possible, was also not |
| 01:31 | 10 | plausible, correct? |
| 01:31 | 11 | **A.**   Yes. |
| 01:31 | 12 | **Q.**   And for Scenario 3 they said possible and plausible, |
| 01:31 | 13 | correct? |
| 01:31 | 14 | **A.**   That's correct. |
| 01:31 | 15 | **Q.**   And the significance of the rupture disks is that mud |
| 01:32 | 16 | and/or hydrocarbons can flow in the annular region, through the |
| 01:32 | 17 | disks, and out into the formation, correct? |
| 01:32 | 18 | **A.**   That would be correct, yes. |
| 01:32 | 19 | **Q.**   Leading to a broach of the seabed potentially. |
| 01:32 | 20 | **A.**   That was a concern, highly likely to occur. |
| 01:32 | 21 | **Q.**   As a result of Scenario 3, the decision was made not to |
| 01:32 | 22 | shut in the well but to move toward containing, catching the |
| 01:32 | 23 | oil, correct? |
| 01:32 | 24 | **A.**   That's correct, due to the concern raised from that, yes. |
| 01:32 | 25 | **Q.**   So we have not shut in and no BOP-on-BOP. |

IAIN ADAMS - CROSS

01:32    1          And again, just to get the date there, that decision
01:32    2    is made on the same day, May 29, correct?
01:32    3    A.   I believe that's correct.
01:33    4    Q.   You also agree with Mr. Adams, don't you, that if we focus
01:33    5    now not on what we thought and knew back at the time, but what
01:33    6    we know today -- are you with me so far -- based on everything
01:33    7    we know today --
01:33    8    A.   So with the benefit of hindsight, yes.
01:33    9    Q.   Yes, sir, with the benefit of all we know today,
01:33   10    Mr. Gibson says Scenario 1 turns out to be the truth, correct?
01:33   11    You agree with that characterization by Mr. Gibson, don't you?
01:33   12    A.   I think the indication is -- I think he actually
01:33   13    highlighted most likely, but yes.
01:33   14    Q.   Do you want me to show his testimony that he says it's the
01:33   15    truth?
01:33   16    A.   If you could, if you don't mind.  Thank you.
01:33   17    Q.   No problem.
01:34   18          MR. DOYEN:  So let me see -- Gibson 1, Gibson
01:34   19    deposition, page 29, line 9, through page 30, line 7.
01:34   20          "QUESTION:  Do you think, as a person who has
01:34   21       reviewed this information, that Scenario 1 was possible
01:34   22       and plausible?
01:34   23          "ANSWER:  So I think Scenario 1 is possible.  I
01:34   24       struggle with the 'plausible' word because you said --
01:34   25       I've said here it's a realistic case.  So it's what we

IAIN ADAMS - CROSS

01:34   1           actually found out to be the truth."

01:34   2                    Do you see that?

01:34   3   A.   Yes, in the deposition statement.  I thought you said

01:34   4   report, sir.

01:34   5   Q.   You don't disagree with Mr. Gibson on that, do you?

01:34   6   A.   Well, that's what he testified to.

01:34   7   Q.   You also agree with Mr. Gibson, don't you, that if the

01:34   8   Unified Command had been able to confirm Scenario 1, it might

01:35   9   have been able to close the well in earlier?

01:35  10   A.   I think that's probably one of the key issues to the whole

01:35  11   response, is the unknowns they were dealing with.

01:35  12   Q.   I'm asking you, sir, whether you agree with Mr. Gibson's

01:35  13   conclusion that if scenario -- if the Unified Command could

01:35  14   confirm Scenario 1, they might have shut in the well earlier.

01:35  15   A.   Again, sir, could you show me where he actually concluded

01:35  16   that?

01:35  17   Q.   Sure can.

01:35  18           MR. DOYEN:  Let's call out TREX-11613.40.5.

01:36  19   BY MR. DOYEN:

01:36  20   Q.   This is from Mr. Gibson's report, his Scenario 1

01:36  21   assessment.  Do you see the passage I've highlighted there that

01:36  22   says, "If BP and the Unified Command had been able to confirm

01:36  23   this case with certainty, the production casing hanger was

01:36  24   still in place and sealing, preventing flow from the well to

01:36  25   the collapse disks, and this may have enabled the Unified

IAIN ADAMS - CROSS

| | |
|---|---|
| 01:36 | 1 | Command to shut in the well earlier"? |
| 01:36 | 2 | That's in Mr. Gibson's report.  You read his report, |
| 01:36 | 3 | didn't you? |
| 01:36 | 4 | A.   Yes, I did. |
| 01:36 | 5 | Q.   You had read that report when you said in your report that |
| 01:36 | 6 | you accepted his conclusions, didn't you? |
| 01:36 | 7 | A.   For sure.  But what he is testifying, obviously, is if |
| 01:36 | 8 | they had known with certainty.  And they didn't. |
| 01:36 | 9 | Q.   I had a simple question.  Do you agree with the language |
| 01:36 | 10 | written there? |
| 01:36 | 11 | A.   I think the language is reasonable, yes. |
| 01:36 | 12 | Q.   Okay.  Thank you.  Shut in. |
| 01:36 | 13 | You also agree with Mr. Gibson, don't you, that |
| 01:37 | 14 | Scenario 3 -- again, sticking to what we know today.  Okay? |
| 01:37 | 15 | A.   Okay. |
| 01:37 | 16 | Q.   Scenario 3 turns out not to be an accurate representation |
| 01:37 | 17 | of what happened, correct? |
| 01:37 | 18 | A.   I wouldn't necessarily agree with your wording, but, yes, |
| 01:37 | 19 | the expectation is that looking back on it that probably that |
| 01:37 | 20 | wasn't the case. |
| 01:37 | 21 | Q.   Looking back on it, it's not what happened, is it, sir? |
| 01:37 | 22 | A.   Well, with the data that's become available |
| 01:37 | 23 | subsequently -- |
| 01:37 | 24 | Q.   Yes, sir, looking back. |
| 01:37 | 25 | A.   Okay.  With the benefit of hindsight and the knowledge we |

IAIN ADAMS - CROSS

01:37  1   now have --
01:37  2   Q.   It's not what happened?
01:37  3   A.   -- it doesn't appear to be what happened, that's correct.
01:37  4   Q.   I'll pull up Mr. Gibson saying not an accurate
01:37  5   representation in a moment.  Not accurate.
01:38  6   A.   I think it might possibly be more accurate to say
01:38  7   "accurate" and "not accurate" rather than the truth and not
01:38  8   accurate.
01:38  9   Q.   I'm sorry, I couldn't hear you.
01:38  10  A.   I say it might be more applicable to put "accurate" and
01:38  11  "not accurate" to keep it consistent.
01:38  12  Q.   I put down Mr. Gibson's words there in his testimony.
01:38  13  This is what they found to be the truth, sir.
01:38  14  A.   Okay.
01:38  15  Q.   So let's call up now -- now having gotten this broad
01:38  16  context here, and our broad context here is that we had three
01:38  17  possible scenarios as to which BP said only one was plausible
01:38  18  and that scenario led to the decision not to shut in the well.
01:38  19  That scenario turns out to be not accurate, correct, as we know
01:38  20  today?
01:38  21  A.   With the knowledge we now have.
01:38  22  Q.   Okay.  And Scenario 1, which BP said was not plausible,
01:38  23  turns out to be the correct scenario, right?
01:39  24  A.   The expectation is that Scenario 1 was the --
01:39  25  Q.   We have agreed with Mr. Gibson that if that could be

IAIN ADAMS - CROSS

01:39   1   confirmed, you could shut in the well earlier?

01:39   2   A.   I think it's reasonable to say if the risks associated

01:39   3   with Scenario 3 could be eliminated and the Scenario 1 could be

01:39   4   conclusively confirmed, which is what he said, that, yes, I

01:39   5   would agree with that.

01:39   6   Q.   Good.  Thank you.

01:39   7        MR. DOYEN:  Let's pull up TREX-11614.5.

01:39   8   BY MR. DOYEN:

01:39   9   Q.   Because I want to understand these scenarios a little bit

01:39  10   better.

01:39  11        So this is Scenario 1.  You recognize that, don't

01:39  12   you?

01:39  13   A.   Yes, I do.

01:39  14   Q.   It shows the flow of hydrocarbons up the casing, correct?

01:39  15   A.   That's correct.

01:39  16   Q.   That is what we now know today to be correct, right?

01:40  17   A.   That's what we now know to be correct; that's correct.

01:40  18   Q.   This also involves, as a result of the flow being up the

01:40  19   casing, that as mud flows down, is pumped into the BOP, it goes

01:40  20   predominantly straight back up out of the well past the rams

01:40  21   and into the ocean, correct?

01:40  22   A.   That would be correct in that scenario.

01:40  23   Q.   Okay.  Mr. Gibson says in his report this requires massive

01:40  24   flow through the BOP rams.

01:40  25        MR. DOYEN:  Let's pull up TREX-11614.6.4.

IAIN ADAMS - CROSS

01:40  1   BY MR. DOYEN:

01:40  2   Q.   I want to understand what "massive flow" means here

01:40  3   through the rams.  We are talking about 50 barrels per minute

01:40  4   bypass at the rams, correct?

01:40  5   A.   That would be -- again, it's a model, but the total of

01:40  6   78-barrels per minute would have to pass up between the rams

01:41  7   and the pipe, but in principle, that's what the models

01:41  8   indicate.

01:41  9   Q.   The models indicate in this scenario, 25 barrels per

01:41  10  minute go up the drill pipe, correct?

01:41  11  A.   Correct.

01:41  12  Q.   50 barrels per minute go up through the rams, correct?

01:41  13  A.   That would be correct in that model.

01:41  14  Q.   50 barrels per minute is about 72,000 barrels per day,

01:41  15  correct?

01:41  16  A.   That would work out to that, that's correct.

01:41  17          MR. DOYEN:  Let's pull up TREX-11614.9.2.

01:41  18  BY MR. DOYEN:

01:41  19  Q.   So in this scenario, we have the disks here in the annulus

01:41  20  region open, correct?

01:41  21  A.   That's correct.

01:41  22  Q.   You agree with Mr. Gibson, don't you, that the rupture

01:41  23  disks could be open only if there was at some point hydrocarbon

01:41  24  flow up the annulus?

01:41  25  A.   There would have to be an annular communication for that

IAIN ADAMS - CROSS

01:42   1   scenario, that's correct.
01:42   2   **Q.**   To put it into different words, it would have to be
01:42   3   hydrocarbon flowing up the annulus for those to breach,
01:42   4   correct?
01:42   5   **A.**   There would have to be a call on the hydrocarbons in the
01:42   6   annulus, that's correct.
01:42   7   **Q.**   We know today that did not happen, correct?
01:42   8   **A.**   That's the understanding, that's correct.
01:42   9   **Q.**   So you agree with Mr. Gibson that we also know today that
01:42   10   the rupture disks were not, in fact, open, correct?
01:42   11   **A.**   We don't have evidence the rupture disks were open, that's
01:42   12   correct.
01:42   13   **Q.**   Well, we know, in fact, that there was no annular flow
01:42   14   and, therefore, no cause for them to be open, correct?
01:42   15   **A.**   That's correct.  At the current time looking back, yes.
01:42   16         **MR. DOYEN:**  Let's call up Gibson 2, Gibson deposition
01:42   17   page 11, line 18 through page 12, line 2.
01:42   18   BY MR. DOYEN:
01:42   19   **Q.**   This is Mr. Gibson's testimony.
01:42   20         "**QUESTION:**  Okay.  We know today that the disks did
01:42   21       not collapse, correct?
01:42   22         "**ANSWER:**  We know today that the disks were not open,
01:42   23       yes."
01:43   24         You agree with Mr. Gibson on this, don't you?
01:43   25   **A.**   I would agree with that based on the fact -- yes, I would

IAIN ADAMS - CROSS

01:43   1   agree with that.

01:43   2          MR. DOYEN:  Let's pull up Gibson 3, Gibson

01:43   3   deposition, page 156, lines 10 to 25.

01:43   4   BY MR. DOYEN:

01:43   5   Q.   You see here Mr. Gibson says in response to the following

01:43   6   question:

01:43   7          "QUESTION:  Okay.  And I think we talked about this

01:43   8      before, but you will agree that as of today, the data

01:43   9      shows, proves that one or more collapse disks were closed,

01:43  10      correct?

01:43  11          "ANSWER:  So the data at the time didn't show.  We

01:43  12      have got additional data, new data that is from the well

01:43  13      abandonment that has shown that Scenario 3 and loose

01:43  14      casing hanger and collapse disk or rupture disk open is

01:43  15      not an accurate representation."

01:43  16          Do you see that?

01:43  17   A.   I see that.

01:43  18   Q.   I promised to show you that earlier, so I'm showing it to

01:43  19   you now.

01:43  20   A.   Thank you.

01:43  21   Q.   You agree with Mr. Gibson on that, don't you?

01:43  22   A.   With the proviso that goes with his entire answer, yes.

01:43  23   Q.   I understand.  You also agree with Mr. Gibson, don't you,

01:44  24   that Scenario 1, based on the data that was available at the

01:44  25   time to BP, is realistic?

1137

IAIN ADAMS - CROSS

01:44    1   **A.**    I think it's possible.

01:44    2   **Q.**    You agree with Mr. Gibson's conclusion that based on the

01:44    3   data that was available to BP at the time, Scenario 3 was

01:44    4   realistic, don't you?

01:44    5   **A.**    I think -- well, yes, I can see that.  I think all three

01:44    6   scenarios are realistic, which is why they proposed them, so

01:44    7   yes.

01:44    8   **Q.**    Realistic.  You also agree with Mr. Gibson that Scenario 1

01:44    9   accounts for all the evidence that was available at the time,

01:44   10   don't you?

01:44   11   **A.**    When they did the analysis on that, I think they struggled

01:45   12   to make the case for the flowing up through the ram cavity at

01:45   13   the time.

01:45   14          **MR. DOYEN:**  Let's look at call-out TREX-11613.40.7.

01:45   15   **BY MR. DOYEN:**

01:45   16   **Q.**    This is what Mr. Gibson has to say about Scenario Number 1

01:45   17   assessment:  "Looking at the data and BP's interpretation,

01:45   18   Scenario 1 reflects a realistic case that accounts for all the

01:45   19   evidence."

01:45   20          Do you see that?

01:45   21   **A.**    Yes, I do.

01:45   22   **Q.**    You agree with Mr. Gibson on that, don't you?

01:45   23   **A.**    I think all three cases are realistic, so yes.

01:45   24   **Q.**    You also agree that Scenario 1 accounts for all the

01:45   25   evidence, don't you?

1138

IAIN ADAMS - CROSS

| | |
|---|---|
| 01:45 | 1 |
| 01:45 | 2 |
| 01:45 | 3 |
| 01:46 | 4 |
| 01:46 | 5 |
| 01:46 | 6 |
| 01:46 | 7 |
| 01:46 | 8 |
| 01:46 | 9 |
| 01:46 | 10 |
| 01:46 | 11 |
| 01:46 | 12 |
| 01:46 | 13 |
| 01:46 | 14 |
| 01:46 | 15 |
| 01:46 | 16 |
| 01:46 | 17 |
| 01:46 | 18 |
| 01:46 | 19 |
| 01:46 | 20 |
| 01:47 | 21 |
| 01:47 | 22 |
| 01:47 | 23 |
| 01:47 | 24 |
| 01:47 | 25 |

1   A.   I probably disagree slightly with that in terms of the
2   data available at the time, but, yes, I agree with the
3   statement looking back.
4   Q.   So let's look at Gibson 4, Gibson deposition at lines --
5   I'm sorry, page 47, line 24 through page 48, line 3.
6        "QUESTION:  Okay.  Now, your opinion that Scenario 1
7        was realistic is based on what BP knew as of May 29, 2010,
8        correct?
9        "ANSWER:  Is based on my interpretation of what BP
10       knew at the time."
11              Do you see that?
12  A.   I see that.
13  Q.   You did not do your own analysis of the data that
14  Mr. Gibson used, did you, sir?
15  A.   No, I didn't.
16  Q.   You stated in your report that you accept Mr. Gibson's
17  analysis; isn't that correct?
18  A.   That's correct.
19  Q.   Let's look at Gibson deposition at -- I'm sorry, Gibson 4,
20  Gibson deposition at 47, lines 24 through page 48, line 3.
21        I'm sorry, that's what I just called up.  Let me see
22  Gibson 5, Gibson deposition, at page 50, lines 3 through 19.
23        "QUESTION:  Okay.  Now, back on page 38 of your
24        report, you write in this first sentence that Scenario
25        Number 1 not only reflects a realistic case, but it also,

OFFICIAL TRANSCRIPT

IAIN ADAMS - CROSS

01:47  1      quote, accounts for all the evidence, correct?
01:47  2          "ANSWER:  Correct.  With more in that sentence.
01:47  3          "QUESTION:  What do you mean by all the evidence
01:47  4      there?
01:47  5          "ANSWER:  I think as they discuss, they had their
01:47  6      five pieces of supporting evidence, which are detailed on
01:47  7      page 36" -- of Mr. Gibson's report -- "and the scenario
01:47  8      appears to me to account for all five of the -- what they
01:47  9      call the defining observations or actually observation
01:47 10      measurable evidence."
01:47 11              Do you see that?
01:47 12 A.   Yes, I do.
01:47 13 Q.   You have seen in the PowerPoint presentation provided to
01:47 14 the government, they set forth five defining observations,
01:48 15 didn't they?
01:48 16 A.   That's correct.
01:48 17          MR. DOYEN:  Let's look at TREX-11614.4.
01:48 18 BY MR. DOYEN:
01:48 19 Q.   This is back to the May 29 presentation.  These are the
01:48 20 five defining observations that BP lists, correct?
01:48 21 A.   That's correct.
01:48 22 Q.   You understand Mr. Gibson to have concluded, based on his
01:48 23 analysis of data available at the time, that Scenario 1 is
01:48 24 consistent with all five of these defining observations, don't
01:48 25 you?

IAIN ADAMS - CROSS

01:48  1    A.    That's correct.
01:48  2    Q.    You agree with that, don't you?
01:48  3    A.    I agree with this finding.  But the one thing I would
01:48  4    clarify in there is the analysis, if you look further down this
01:48  5    PowerPoint presentation, they split out which observations that
01:48  6    they felt applied at the time.
01:48  7    Q.    Understand.  I'm just focusing at the moment on
01:48  8    Mr. Gibson's conclusion based on the information available at
01:49  9    the time.  You with me?
01:49  10   A.    Yes, sir, I understand.
01:49  11   Q.    He said Scenario 1 is consistent with all five
01:49  12   observations, correct?
01:49  13   A.    Yes.
01:49  14   Q.    You agree with that?
01:49  15   A.    Yes.
01:49  16   Q.    This is not what BP told the government at the time, is
01:49  17   it?
01:49  18   A.    They presented those two inconsistencies in the findings
01:49  19   at the time.
01:49  20   Q.    So Mr. Gibson said Scenario 1, based on evidence available
01:49  21   at the time, is possible and realistic, correct?
01:49  22   A.    Correct.
01:49  23   Q.    He also said it is consistent with the defining
01:49  24   observations, correct?
01:49  25   A.    Correct.

IAIN ADAMS - CROSS

01:49    1    **Q.**   And BP said it's not consistent with the defining

01:50    2    observations 2 and 3, correct?

01:50    3    **A.**   That indicated there's two different interpretations, but,

01:50    4    yes, that's correct.

01:50    5    **Q.**   You didn't find anywhere -- strike that.

01:50    6              **MR. DOYEN:**  Do you have the number back there for the

01:50    7    Mix text message?

01:50    8              Blow up that top part.

01:51    9    **BY MR. DOYEN:**

01:51   10    **Q.**   You didn't find anywhere in this May 29 presentation, did

01:51   11    you, where the government -- where BP tells the government

01:51   12    Top Kill might have failed because of too much flow rate?

01:51   13    **A.**   I think that's implicit in Point Number 2.  Isn't it?

01:51   14    **Q.**   Over 15,000.  You didn't find any statement anywhere in

01:51   15    this report of May 29 where BP says, Scenario 1, Top Kill may

01:51   16    have failed, too much flow rate over 15,000, did you?

01:52   17    **A.**   It doesn't specify 15,000.  The Point Number 2 is

01:52   18    hydrocarbon flow is predominantly through the drill pipe --

01:52   19              (Discussion off the record.)

01:52   20              **THE WITNESS:**  Point 2 says hydrocarbon flow is

01:52   21    predominantly through the drill pipe and may also be bypassing

01:52   22    the rams.  That indicates that the flow is all heading upwards.

01:52   23    **BY MR. DOYEN:**

01:52   24    **Q.**   It indicates the flow is all heading upwards, is that what

01:52   25    you said?

**IAIN ADAMS - CROSS**

01:52   1   **A.**   Correct.

01:52   2   **Q.**   That was pretty clear all along, wasn't it?  When we got

01:52   3   near the BOP, all the flow is coming upward, right?

01:52   4   **A.**   That's what's presented in this scenario, yes.

01:52   5   **Q.**   The oil wasn't flowing back down into the formation ever,

01:52   6   was it?

01:52   7   **A.**   Well, in the hindsight analysis, it looks that that wasn't

01:52   8   the case.

01:52   9   **Q.**   You don't see any indication here that the reason the

01:52   10  hydrocarbon flows are flowing out the BOP is because the

01:52   11  hydrocarbon flow is too high, do you?

01:52   12  **A.**   It doesn't specify 15,000.  I think the indication --

01:52   13  well --

01:52   14  **Q.**   So it doesn't say anywhere the flow is too high at any

01:52   15  rate, does it?

01:53   16  **A.**   It doesn't say too high, no.

01:53   17  **Q.**   You also didn't see anywhere in here where it said

01:53   18  Top Kill may have failed because too large an orifice, did you?

01:53   19  **A.**   Again, I think that's implicit in Point 2.

01:53   20  **Q.**   Hydrocarbon flow is predominantly through the drill pipe

01:53   21  and may also be bypassing the rams?

01:53   22  **A.**   Says all flowing up through the top.

01:53   23  **Q.**   So your position is implicit in Number 2, in spite of not

01:53   24  having these words, is the idea that there's too much flow rate

01:53   25  and too large an orifice, correct?

1143

**IAIN ADAMS - CROSS**

01:53   1    **A.**    I think certainly too large an orifice.  I think that
01:53   2    would be an implicit statement.
01:53   3    **Q.**    BP said that was not plausible, correct?
01:53   4    **A.**    It was possible but not plausible, that's correct.
01:54   5    **Q.**    I think you indicated on your direct examination that the
01:54   6    Top Kill had significant potential to kill the well.  That's
01:54   7    what you had said, isn't it?
01:54   8    **A.**    I think I said a significant reward to kill the well, but
01:54   9    yes.  If I said differently, you can remind me.  Sorry.
01:54   10   **Q.**    It is your opinion the Top Kill had the potential to kill
01:54   11   the well?
01:54   12   **A.**    I certainly think it had the potential to kill the well,
01:54   13   that's correct.
01:54   14   **Q.**    You understand that in Scenario 3 -- that BP put forward
01:54   15   for the first time here in May 29, correct?
01:55   16   **A.**    That's correct.
01:55   17   **Q.**    -- that involves the rupture disk being open since the
01:55   18   time of the explosion, correct?
01:55   19   **A.**    It was a different scenario, that's correct.  It was also
01:55   20   a different rupture disk.  It was a collapse scenario --
01:55   21   **Q.**    I just want to focus on the timing here.
01:55   22          Scenario 3 posits that the rupture disks are open,
01:55   23   correct?
01:55   24   **A.**    Scenario 3 implies the rupture disks are open.
01:55   25   **Q.**    To be open, they had to open back at the time of the

IAIN ADAMS - CROSS

01:55  1   explosion, correct?

01:55  2   **A.**   That was the model scenario, that's correct.

01:55  3   **Q.**   If they were open at the time of the explosion, then they

01:55  4   were open at the time of Top Kill, correct?

01:55  5   **A.**   That would be incorrect.

01:55  6   **Q.**   If the broach -- if the rupture disks were open at the

01:55  7   time of Top Kill and Top Kill succeeded in killing the well, we

01:55  8   could have a broach out those disks and up to the seabed,

01:55  9   correct?

01:55  10  **A.**   In that scenario that's a possibility, that's correct.

01:55  11  **Q.**   But it is, nevertheless, your view that in spite of what

01:55  12  you call a reasonable risk of broaching the seabed, it was

01:56  13  reasonable to do the Top Kill; isn't that correct?

01:56  14  **A.**   I think when you're conducting these operations, you

01:56  15  assess the risks that you anticipate at the time, and that was

01:56  16  not an anticipated scenario.

01:56  17  **Q.**   I have a different question.

01:56  18  **A.**   I'll answer the question "yes."

01:56  19  **Q.**   Is it your opinion that it was reasonable to conduct

01:56  20  Top Kill?

01:56  21  **A.**   Yes, it is.

01:56  22  **Q.**   Now, we talked earlier about the statement in your report

01:56  23  that the maintenance issues that had been identified for the

01:56  24  *DDII* BOP were completed by May 29.  Do you recall that just

01:56  25  generally?

IAIN ADAMS - CROSS

01:56    1    A.    Generally, yes.
01:56    2    Q.    You mentioned some other things that you indicated needed
01:56    3    to be done for the BOP-on-BOP option to go forward in your
01:56    4    report?
01:56    5    A.    That's correct.
01:56    6    Q.    You said, for example, that we needed a procedure for
01:56    7    removing the riser, correct?
01:56    8    A.    Correct.
01:57    9           MR. DOYEN:  And let's call out TREX-11737.13.6.
01:57   10    BY MR. DOYEN:
01:57   11    Q.    You say in your report:  "A procedure for riser removal
01:57   12    was not approved until May 17."
01:57   13           Do you see that?
01:57   14    A.    That's correct.
01:57   15    Q.    You also indicated that we needed an LMRP removal
01:57   16    procedure, didn't you?
01:57   17    A.    Yes, I did.
01:57   18           MR. DOYEN:  Let's call out TREX-11737.13.7.
01:57   19    BY MR. DOYEN:
01:57   20    Q.    You state in your report that "The procedure for LMRP
01:57   21    removal was not finalized and approved by the Unified Command
01:57   22    until May 25."
01:57   23           Correct?
01:57   24    A.    That's correct.
01:57   25    Q.    So it was approved prior to the Top Kill, correct?

1146

IAIN ADAMS - CROSS

01:57   1    **A.**   That's correct.

01:57   2    **Q.**   The riser cutting procedure was also approved prior to

01:57   3    Top Kill, correct?

01:57   4    **A.**   That's correct.

01:58   5    **Q.**   You also mentioned in your report that we needed to

01:58   6    construct a guide frame for installing the BOP, correct?

01:58   7    **A.**   That's correct.

01:58   8              **MR. DOYEN:**  Let's call out TREX-4319.1.1.

01:58   9    **BY MR. DOYEN:**

01:58   10   **Q.**   You do understand, don't you, that as of May 26, the guide

01:58   11   frame had been designed, built, and shipped to the *DDII* for

01:58   12   installation?

01:58   13   **A.**   Yes, I'm reading that, that's correct.  It doesn't mean

01:58   14   installed at that point, I don't think, but yeah.

01:58   15   **Q.**   You also agree -- you are not suggesting that it took a

01:58   16   month and a half to install it, are you?

01:58   17   **A.**   No, I'm not.

01:58   18   **Q.**   You are not trying to suggest the reason that we didn't go

01:58   19   forward with the BOP-on-BOP was because there was some issue

01:59   20   with the guide frame, are you?

01:59   21   **A.**   No.

01:59   22   **Q.**   You also agree with me, don't you, that the three days

01:59   23   during which Top Kill was being executed offered no reason for

01:59   24   slowing down work on the BOP option?

01:59   25   **A.**   That's correct.

OFFICIAL TRANSCRIPT

1147

IAIN ADAMS - CROSS

01:59    1    **Q.**   In fact, you have seen no evidence of such a slowdown,
01:59    2    have you?
01:59    3    **A.**   No.
01:59    4         **MR. DOYEN:**  Let's call out TREX-11738.6.2.
01:59    5    **BY MR. DOYEN:**
01:59    6    **Q.**   You indicated in your direct testimony that sometime in
01:59    7    the middle of May, the need to have a venting option on the BOP
02:00    8    was identified, correct?
02:00    9    **A.**   Yes, I did.
02:00   10    **Q.**   You agree -- in fact, you state in your report that a
02:00   11    Transocean engineer estimated at that point that it would take
02:00   12    10 to 14 days to complete that work, right?
02:00   13    **A.**   That's correct.
02:00   14    **Q.**   You agreed that was a reasonable, if optimistic, estimate,
02:00   15    correct?
02:00   16    **A.**   Yes, I would agree with that.
02:00   17    **Q.**   In fact, you checked to see what the status of that was
02:00   18    just before the BOP-on-BOP plan was canceled, didn't you?
02:00   19    **A.**   That's correct.
02:00   20         **MR. DOYEN:**  Let's look at call-out TREX-11738.8.2.
02:00   21    **BY MR. DOYEN:**
02:00   22    **Q.**   You agree that earlier schedule by a Transocean engineer
02:00   23    that this should take 10 to 14 days is consistent with the
02:00   24    status of the work in May 28 where Transocean planning charts,
02:00   25    as of that date, show continuing work on the choke system and

IAIN ADAMS - CROSS

02:00    1    the BOP estimated to be ready on June 2?

02:00    2    A.    That was their forward projection at the time, that's

02:00    3    correct.

02:00    4    Q.    There is no statement in your report that that was an

02:01    5    unrealistic or impossible date, is there?

02:01    6    A.    I don't think it was an unrealistic date, but it tied in

02:01    7    with the schedule, but it was a forward projection of when they

02:01    8    thought it would be done.

02:01    9          MR. DOYEN:  Let's pull up TREX-8542.1.1.

02:01   10    BY MR. DOYEN:

02:01   11    Q.    You understand Mr. Wellings was the head of the BOP-on-BOP

02:01   12    Team, correct?

02:01   13    A.    Yes.

02:01   14    Q.    You have seen this e-mail before, haven't you?

02:01   15    A.    Yes, I have.

02:01   16    Q.    You have seen Mr. Wellings' statement:  "I was in charge

02:01   17    of the team that built and installed the capping stack on the

02:01   18    blowout.  We were in a position early on to install a cap and

02:01   19    the decision was made to do the Top Kill first.  After the

02:01   20    Top Kill failed we were again going to install the cap and then

02:01   21    the decision was made to use the Top Hat and containment."

02:01   22          Do you see that?

02:01   23    A.    Yes, I do.

02:02   24    Q.    You understand, don't you, that having the BOP ready to

02:02   25    get down to the bottom of the ocean and be installed was a

IAIN ADAMS - CROSS

02:02    1   prerequisite to conducting the Top Kill exercise?

02:02    2   **A.**   In what respect?

02:02    3   **Q.**   In the respect that it was required that BP be ready with

02:02    4   a BOP-on-BOP in order to proceed with Top Kill.  You understand

02:02    5   that, don't you?

02:02    6   **A.**   I don't see -- I don't follow that the BOP-on-BOP would

02:02    7   have to be on the seabed before conducting Top Kill.

02:02    8           MR. DOYEN:  Let's see call-out TREX-142700.2.1.

02:02    9   BY MR. DOYEN:

02:02   10   **Q.**   This is a letter from Doug Suttles -- you know who he is,

02:02   11   don't you?

02:02   12   **A.**   Yes, I do.

02:02   13   **Q.**   To Admiral Landry.  And you know who she is, don't you?

02:02   14   **A.**   Yes, I do.

02:02   15           MR. DOYEN:  Let's go to call-out TREX-142700.2.3.

02:02   16   BY MR. DOYEN:

02:02   17   **Q.**   The date of that letter was May 23, 2010.

02:03   18           Do you see here where Mr. Suttles says, "The

02:03   19   prerequisites for the Top Kill operation are" -- a couple of

02:03   20   steps and then he says "procedures and equipment in place,

02:03   21   ready to remove the riser from the top of the *Deepwater Horizon*

02:03   22   BOP"?

02:03   23           Do you see that?

02:03   24   **A.**   Yes, I do.

02:03   25   **Q.**   And then he says, "Transocean *Development Driller II*" --

IAIN ADAMS - CROSS

| | | |
|---|---|---|
| 02:03 | 1 | the *DDII*, right? |
| 02:03 | 2 | A.   Yes. |
| 02:03 | 3 | Q.   -- "ready to run their BOP on top of the *Deepwater Horizon* |
| 02:03 | 4 | BOP." |
| 02:03 | 5 | Do you see that? |
| 02:03 | 6 | A.   Yes, I do. |
| 02:03 | 7 | MR. DOYEN:  Let's call out TREX-142700.3.1. |
| 02:03 | 8 | BY MR. DOYEN: |
| 02:03 | 9 | Q.   Then Mr. Suttles goes on to list the series of steps, the |
| 02:03 | 10 | operation execution order.  Do you see that? |
| 02:03 | 11 | A.   Yes, I do. |
| 02:03 | 12 | Q.   Step 6 in this procedure, which includes the Top Kill, is: |
| 02:03 | 13 | "Removal of the riser and LMRP from the top of the |
| 02:03 | 14 | *Deepwater Horizon* BOP." |
| 02:03 | 15 | And Number 7:  "Installation of the |
| 02:04 | 16 | *Development Driller II* BOP on to the *Deepwater Horizon* BOP |
| 02:04 | 17 | (these last two steps are expected to take one week)." |
| 02:04 | 18 | Do you see that? |
| 02:04 | 19 | A.   I see what it says on the page, yes. |
| 02:04 | 20 | Q.   That is consistent with the scheduling we saw earlier in |
| 02:04 | 21 | which it's projected that the BOP-on-BOP can be installed and |
| 02:04 | 22 | the well capped by June 6, isn't it? |
| 02:04 | 23 | A.   I think that would be reasonable because he would |
| 02:04 | 24 | obviously be using the forward projection schedule to come up |
| 02:04 | 25 | with this time estimate.  So I think that's reasonable, yes. |

IAIN ADAMS - CROSS

02:04  1   **Q.**   You're aware that there was a peer assist reviewing the

02:04  2   BOP-on-BOP in mid-May 2010, correct?

02:04  3   **A.**   Yes, I am.

02:04  4   **Q.**   One of the purposes of that peer assist was to assess the

02:04  5   feasibility and risks associated with the BOP-on-BOP, correct?

02:04  6   **A.**   Yes.

02:04  7   **Q.**   The Peer Assist Team had source control expertise on it,

02:04  8   didn't it?

02:04  9   **A.**   Yes, it did.

02:04  10  **Q.**   That was the purpose of that exercise, wasn't it, to bring

02:05  11  in expertise in source control from around the industry and

02:05  12  have them look at this process and see if this is feasible and

02:05  13  safe; isn't that correct?

02:05  14  **A.**   That's how the peer assist process works.

02:05  15         **MR. DOYEN:**  Let's look at call-out TREX-10505.25.1.

02:05  16  BY MR. DOYEN:

02:05  17  **Q.**   So this is the list of people we have attending peer

02:05  18  assist, correct?

02:05  19  **A.**   Yes.

02:05  20  **Q.**   We have people from BP, people from Wild Well Control,

02:05  21  right?

02:05  22  **A.**   Yes.

02:05  23  **Q.**   People from ExxonMobil?

02:05  24  **A.**   Yes.

02:05  25  **Q.**   People from Transocean?

IAIN ADAMS - CROSS

02:05    1    A.    Yes.
02:05    2    Q.    The MMS?
02:05    3    A.    Yes.
02:05    4    Q.    Oceaneering?
02:05    5    A.    Yes.
02:05    6    Q.    Cameron?
02:05    7    A.    Yes.
02:05    8          MR. DOYEN:  Let's call out TREX-10505.5.2.
02:05    9    BY MR. DOYEN:
02:06   10    Q.    You agree with me in general, don't you, that one of the
02:06   11    things that's important to do in a drilling exercise or a
02:06   12    blowout control exercise is to identify the risks and
02:06   13    appropriately mitigate them, correct?
02:06   14    A.    Yes, sir, I definitely agree with that.
02:06   15    Q.    This peer assist process is part of that process itself,
02:06   16    isn't it?
02:06   17    A.    It is part of that process, that's correct.
02:06   18    Q.    This peer assist identifies some key operational risks,
02:06   19    correct?
02:06   20    A.    Yes, it does.
02:06   21    Q.    One of them is removal of the LMRP, correct?
02:06   22    A.    Yes.
02:06   23    Q.    Another is subsea visibility, which I think you mentioned,
02:06   24    correct?
02:06   25    A.    That's correct.

IAIN ADAMS - CROSS

| | |
|---|---|
| 02:06 | 1 |
| 02:06 | 2 |
| 02:06 | 3 |
| 02:06 | 4 |
| 02:06 | 5 |
| 02:06 | 6 |
| 02:06 | 7 |
| 02:06 | 8 |
| 02:06 | 9 |
| 02:06 | 10 |
| 02:06 | 11 |
| 02:07 | 12 |
| 02:07 | 13 |
| 02:07 | 14 |
| 02:07 | 15 |
| 02:07 | 16 |
| 02:07 | 17 |
| 02:07 | 18 |
| 02:07 | 19 |
| 02:07 | 20 |
| 02:07 | 21 |
| 02:07 | 22 |
| 02:07 | 23 |
| 02:07 | 24 |
| | 25 |

1   **Q.**   Another is hydrate management.  You see that, don't you?

2   **A.**   Yes.

3          **MR. DOYEN:**  And let me see also TREX-10505.15.1.

4   **BY MR. DOYEN:**

5   **Q.**   They also identify the potential need to manage pressure

6   buildup, right, bleeding pressure?

7   **A.**   That is correct.

8   **Q.**   Venting issues?

9   **A.**   Yes.

10  **Q.**   You understand --

11         **MR. DOYEN:**  Well, let's pull up a document.  Let's

12  call out TREX-10505.5.1.

13  **BY MR. DOYEN:**

14  **Q.**   You understand, sir, don't you, that this group of source

15  control experts from around the industry, who have identified

16  the risks you have talked about -- venting, hydrates,

17  visibility, LMRP -- conclude that the BOP-on-BOP operation is

18  feasible and can be managed safely?

19  **A.**   Yes, and I think that was a reasonable statement for the

20  team to come up with at the time.

21         **THE COURT:**  What kind of statement?

22         **THE WITNESS:**  Reasonable.

23         **THE COURT:**  Oh, "reasonable."

24         **MR. DOYEN:**  Can we pull up again TREX-141123.1.1.

25

IAIN ADAMS - CROSS

02:07   1   BY MR. DOYEN:
02:07   2   Q.   Coming back here to the lower marine riser package removal
02:08   3   procedures that I think we had up earlier in this examination,
02:08   4   do you recognize that?
02:08   5   A.   Yes, I do.
02:08   6   Q.   You understand this procedure was approved by the Unified
02:08   7   Command, correct?
02:08   8   A.   Yes, I do.
02:08   9   Q.   I think you indicated in your direct examination that
02:08  10   there was some risk that, when you tried to remove the LMRP, it
02:08  11   would get struck.  Correct?
02:08  12   A.   There were several identified risks with the LMRP removal.
02:08  13   That's correct.
02:08  14   Q.   That was one of them that you mentioned?
02:08  15   A.   That was one.  That's correct.
02:08  16   Q.   And in fact, this procedure contains contingencies in the
02:08  17   event that the LMRP failed to release when they tried to pull
02:08  18   it off, correct?
02:08  19   A.   Failed to release, that's correct.
02:08  20         MR. DOYEN:  Let's put up TREX-141123.12.1.
02:08  21   BY MR. DOYEN:
02:08  22   Q.   This is the LMRP pulling contingencies for indicating what
02:09  23   to happen if it fails to release?
02:09  24   A.   That's correct.
02:09  25         MR. DOYEN:  Let me clear away some of the stuff I put

IAIN ADAMS - CROSS

02:09   1   up, Your Honor, so I can get back to our lovely models.
02:09   2   BY MR. DOYEN:
02:09   3   Q.   Were you here when Mr. Turlak was testifying about the
02:09   4   models?
02:09   5   A.   I was here.  I was in the back of the courtroom.
02:09   6   Unfortunately, my eyesight isn't that good.
02:09   7   Q.   You recognize Demonstrative 25026 that I am pointing to
02:09   8   here as a model of the capping stack, correct, 3-ram capping
02:09   9   stack?
02:09  10   A.   Yes, I do.
02:09  11   Q.   You testified on direct examination that, in your view,
02:09  12   casing shear was essential to the -- important or essential, I
02:09  13   can't remember the exact word -- for the BOP -- to use the BOP
02:10  14   to cap the well, correct?
02:10  15   A.   Well, what I stated was the casing shear rams were an
02:10  16   integral part of the approved BOP-on-BOP installation
02:10  17   procedure.
02:10  18   Q.   I think, sir, what you actually said was that, in your
02:10  19   view, it was important and essential that there be casing rams
02:10  20   in that procedure, not merely that it was mentioned.
02:10  21        Wasn't that your testimony?
02:10  22   A.   In the direct?
02:10  23   Q.   Yes, sir.
02:10  24   A.   I don't recall that.
02:10  25   Q.   You don't recall that?

IAIN ADAMS - CROSS

02:10  1    A.    Not that specific wording.
02:10  2    Q.    Just in the procedure, you recall it being referenced,
02:10  3    right?
02:10  4    A.    I definitely recall it in the procedure, and it was the
02:10  5    first item on the well closure.  Yes, sir.
02:10  6    Q.    It's not actually a critical part of the procedure, is it,
02:10  7    sir?
02:10  8    A.    Well, I think it's highlighted as the -- it's a first step
02:10  9    in the well closure mechanism.
02:10  10   Q.    Are you saying:  In every procedure we can imagine, the
02:10  11   first step is always critical, sir?
02:10  12           I asked you whether it's critical, not whether it's
02:10  13   the first step.  Can you distinguish between those two things?
02:10  14   A.    Well, I think one of the points that was highlighted in
02:10  15   the concerns that they had during the closure mechanism was, if
02:10  16   you close the blind shear rams without closing the blind
02:11  17   shears, you can erode the elastomers in the blinds.  So the
02:11  18   mitigation for that was to close the casing shears first and
02:11  19   then close the blind shears.
02:11  20   Q.    Is it your opinion, sir, that it was essential to have a
02:11  21   working casing ram to have a good plan for using the
02:11  22   BOP-on-BOP?
02:11  23   A.    I think, yes --
02:11  24   Q.    Okay.  It's fine.
02:11  25           Sir, could you identify -- we have three rams on a

IAIN ADAMS - CROSS

02:11   1   capping stack, correct?

02:11   2   A.   That's correct.

02:11   3   Q.   Could you tell us which one of those is a casing shear

02:11   4   ram?

02:11   5   A.   Well, the capping stack was designed as a containment

02:11   6   option.  So it has three sets of blind shear rams on it.

02:11   7   Q.   It doesn't have casing shears, correct?

02:11   8   A.   That's correct.

02:11   9   Q.   This device was used to shut in the well; isn't that

02:11   10  correct?

02:11   11  A.   Ultimately, yes.

02:11   12  Q.   And the well was shut in with Hydril blind shear rams;

02:11   13  isn't that correct?

02:11   14  A.   It was also shut in with a large venting capability off to

02:11   15  the side so that --

02:11   16  Q.   It was shut in with a Hydril blind shear ram, correct?

02:11   17  A.   Well, if you ask that specific question, yes, that's what

02:12   18  it was shut in with.

02:12   19  Q.   It also had venting capability, correct?

02:12   20  A.   I think it's potentially misleading, but, yes, it had

02:12   21  venting capability.

02:12   22  Q.   I'm picking that point up so we are not being misleading.

02:12   23       You also understand that the *DDII* BOP had Hydril

02:12   24  blind shear rams, correct?

02:12   25  A.   It did.

IAIN ADAMS - CROSS

02:12  1   **Q.**   And by June 2, was scheduled to have venting capability,
02:12  2   correct?
02:12  3   **A.**   By June 2, it was scheduled to have venting capability.
02:12  4   **Q.**   And the decision was made on June 9 not to install that
02:12  5   BOP-on-BOP, correct?
02:12  6   **A.**   No, the decision was made May 29 not to install
02:12  7   BOP-on-BOP.
02:12  8   **Q.**   I didn't hear that at all.  I think I perceived it.  Did I
02:12  9   get the date wrong?
02:12 10        I got the date wrong.  I'm sorry.  On May 29, the
02:12 11   decision -- I'm sorry for confusion.
02:12 12   **A.**   That's okay.
02:12 13   **Q.**   On May 29, the decision was made not to proceed with the
02:12 14   BOP-on-BOP, correct?
02:12 15   **A.**   That's correct.
02:12 16        **MR. DOYEN:**  I have no further questions, Your Honor.
02:12 17        **THE COURT:**  Redirect?
02:12 18        **MS. KARIS:**  I do, Your Honor.  Thank you.
02:13 19        **THE COURT:**  You are down to the two-minute drill.
02:13 20   It's a 30-hour football game you are on.
02:14 21        **MS. KARIS:**  I just need to make sure I'm finished
02:14 22   running the ball by the time the clock runs out.
02:14 23                    **REDIRECT EXAMINATION**
02:14 24   BY MS. KARIS:
02:14 25   **Q.**   Hariklia Karis on behalf of BP, conducting your redirect

**IAIN ADAMS - REDIRECT**

02:14  1   examination, for the record.

02:14  2              I want to start with where Mr. Doyen began about

02:14  3   Mr. Mazzella's testimony and opinions about what could have

02:14  4   caused Top Kill to fail.

02:14  5              Were you here when Mr. Mazzella was testifying?

02:14  6   **A.**   Yes, I was.

02:14  7   **Q.**   Counsel represented that Mr. Mazzella testified that his

02:15  8   team concluded that it was because the orifice was too large;

02:15  9   do you recall that?

02:15  10  **A.**   I recall that line.  That's correct.

02:15  11  **Q.**   Then he indicated that that was not stated in one of the

02:15  12  scenarios that BP presented to the government -- after working

02:15  13  all night -- preliminary results on May 29.  Do you recall that

02:15  14  line of testimony?

02:15  15  **A.**   Yes, I do.

02:15  16             **MS. KARIS:**   If we can pull up Mr. Mazzella's

02:15  17  testimony, page 828, line 6 through line 11.

02:15  18             Apparently, we don't have it on the system.  Let me

02:15  19  see if I can get it on the Elmo.

02:15  20  **BY MS. KARIS:**

02:16  21  **Q.**   Do you recall, when he was asked whether it was his

02:16  22  opinion that Top Kill failed because of orifice size and he

02:16  23  said it was, and then Mr. Brock stood up on redirect and asked

02:16  24  him whether it was correct that "following the Top Kill that

02:16  25  there were opinions about why it failed other than orifice size

IAIN ADAMS - REDIRECT

02:16    1    being too large"?
02:16    2          What did Mr. Mazzella say as to whether there were
02:16    3    various opinions as to what caused Top Kill to fail?
02:16    4    A.    He said, "Absolutely.  There were opinions floating around
02:16    5    like feathers on a bird.  Some of them involved various
02:16    6    components in the wellbore."
02:16    7    Q.    Was it the case that, coming out of Top Kill, there were a
02:16    8    variety of different opinions as to why it could have failed?
02:16    9    A.    Yes, there was.  Definitely.
02:16   10    Q.    Now, you were asked about, with the benefit of hindsight,
02:16   11    whether you could rule out some of these scenarios.
02:16   12    A.    That's correct.
02:16   13    Q.    What impact did the unknowns and uncertainties have in
02:17   14    connection with ruling out any of those scenarios at the time
02:17   15    of the incident?
02:17   16    A.    Well, very often, it's the unknowns that drive your
02:17   17    project forward rather than the knowns.  So the very fact that
02:17   18    this scenario was presented where the collapse disks could have
02:17   19    failed and that that data was reviewed with the federal safety
02:17   20    man by BP participants, it was a possible -- I guess using the
02:17   21    terminology, a possible and plausible scenario.  So it's more
02:17   22    the fact that that was one that couldn't be discounted that
02:17   23    drives things forward.  So the unknowns have to be accounted
02:17   24    for in risk assessment and risk mitigation and that was a key
02:17   25    one.

IAIN ADAMS - REDIRECT

02:17  1  **Q.**   Was it known in April and May, as BP was deciding what the
02:17  2  path forward would be, what the flow path was at that time?
02:18  3  **A.**   No, it wasn't.  And again, that's the whole point of it
02:18  4  looking at things realtime rather than necessarily trying to
02:18  5  second-guess the day-to-day decisions in hindsight.  So, no, it
02:18  6  wasn't known at that particular point in time and the
02:18  7  information flow was evolving.
02:18  8  **Q.**   So if I have Mr. Doyen's chart here, where he wrote under
02:18  9  Scenario 3, "Not accurate," was that known in April or May of
02:18 10  2010?
02:18 11  **A.**   No.  It definitely wasn't.
02:18 12  **Q.**   When was the first opportunity to conclude that the
02:18 13  riskiest scenario, Scenario 3, was actually not accurate?
02:18 14  **A.**   That was after the well was killed and the BOP stack was
02:18 15  recovered, so they could see that the wellhead -- the hanger
02:18 16  was actually still in the wellhead.
02:18 17  **Q.**   Would it have been prudent practice, in your opinion, for
02:19 18  BP to proceed with BOP-on-BOP without the ability to rule out
02:19 19  Scenario 3?
02:19 20  **A.**   I think it's a very hard call to make.  But absolutely?
02:19 21  No, it had potential catastrophic sequences, so no.
02:19 22  **Q.**   If it turned out to be that the rupture disks had failed,
02:19 23  what would those possible consequences have been?
02:19 24  **A.**   The big different scenario on failing the burst disks
02:19 25  versus a collapse disk actually being failed would have meant

1162

IAIN ADAMS - REDIRECT

02:19   1  that, if the well had been shut in in that scenario,
02:19   2  indications are that the well would have broached.  So it was
02:19   3  almost a certainty in the event the well was shut in
02:19   4  completely.
02:19   5  Q.   So was it only with the benefit of hindsight that you
02:19   6  could rule out Scenario 3?
02:19   7  A.   I think the only way you could view it as a certainty and
02:20   8  rule it out, you had to know that that hanger was in place and
02:20   9  the collapse disk in actual fact had not failed.  So yes.
02:20  10  Q.   Now, you were asked some questions about whether BP
02:20  11  represented to the government that only Scenario 3 was possible
02:20  12  and plausible.  Do you recall that line of questioning?
02:20  13  A.   Yes, I do.
02:20  14        MS. KARIS:  If we can now pull up TREX-141245.2.1.
02:20  15  BY MS. KARIS:
02:20  16  Q.   Is this a communication from Secretary Chu to Mr. Inglis
02:20  17  of BP on May 31 following Top Kill?
02:20  18  A.   Yes, it is.
02:20  19  Q.   Secretary Chu writes to Mr. Inglis on May 31 and carbon
02:21  20  copies several members of the United States government,
02:21  21  including Tom Hunter, Dr. McNutt, as well as Deputy Secretary
02:21  22  Hayes.  And he says:  "We should let BP, as soon as
02:21  23  possible" -- I guess he missed the word "know," but -- "let BP
02:21  24  as soon as possible that the is a modified Scenario 2 (mud
02:21  25  going down the well to the reservoir with counterflow of oil

IAIN ADAMS - REDIRECT

1  and gas upward) that is equally plausible without more

2  calculations."

3        Do you see that?

4  A.   That's correct.

5  Q.   Do you have an understanding as to whether Secretary Chu

6  communicated to Mr. Inglis that, based on the government's own

7  investigation, they were suggesting it was Scenario 2 that was

8  also plausible?

9  A.   Well, it was certainly -- based on that correspondence,

10  they are highlighting another plausible option.

11  Q.   Then let's see what Mr. Inglis writes back.  June 1, 2010.

12  Again, this is as to the question of whether BP represented

13  only that Scenario 3 was possible and plausible.  This is just

14  a couple days after Top Kill.  This is an e-mail from Christina

15  Verchere on behalf of Andy Inglis, June 1, sent to

16  Secretary Chu and carbon copying those same individuals,

17  replying, essentially, to Secretary Chu's e-mail, correct?

18  A.   That's correct.

19  Q.   Mr. Inglis says:  "Mr. Secretary, I agree.  There are two

20  scenarios that could explain the observations from the

21  Top Kill.  Collapse disk failure during the initial event" --

22        That would be Scenario 3 that we spoke of, correct?

23  A.   Correct.

24  Q.   And also:  "Mud down the well to the reservoir with

25  counterflow of oil/gas upwards."

**IAIN ADAMS - REDIRECT**

02:23    1          Correct?

02:23    2    **A.**    That's correct.

02:23    3    **Q.**    So does Mr. Inglis on behalf of BP acknowledge, just a

02:23    4    couple days after the Top Kill operation, that there certainly

02:23    5    could be two plausible explanations for why Top Kill failed?

02:23    6    **A.**    Yes, he does.

02:23    7    **Q.**    Then he goes on to say:  "In line with our approach not to

02:23    8    make the situation worse, our forward actions are being

02:23    9    governed by Scenario A.  We will ensure communications capture

02:23   10    this."

02:23   11    **A.**    That's correct.

02:23   12    **Q.**    So was it the case that BP represented and stood by the

02:23   13    view that's been advanced throughout this case that only

02:23   14    Scenario 3 was a plausible explanation for what was observed?

02:23   15    **A.**    Well, as indicated there, no.

02:24   16    **Q.**    Now, you were asked several questions about Mr. Gibson's

02:24   17    opinions and report.  I believe it was represented to you that

02:24   18    Mr. Gibson concluded that Scenario 3 was the most likely, or I

02:24   19    think he called it the -- I'm sorry, Scenario 1 was "the

02:24   20    truth."  Correct?

02:24   21    **A.**    That's what was represented, yes.

02:24   22    **Q.**    You were shown parts of Mr. Gibson's report and parts of

02:24   23    his testimony.  I want to now show the rest of the opinion that

02:24   24    Mr. Gibson expressed in his report that you weren't asked

02:24   25    about.

IAIN ADAMS - REDIRECT

02:24  1        Let's go to page 11, please, of TREX-011613.0013.  Do
02:24  2  you recognize this as the first opinion stated in Mr. Gibson's
02:25  3  report?
02:25  4  A.   Yes, I do.
02:25  5  Q.   Mr. Gibson -- what is his Number 1 opinion in this case?
02:25  6  A.   That "BP's concern was that one or more collapse disks
02:25  7  could be open was reasonable."
02:25  8  Q.   He begins by saying:  "BP's concern that one or more of
02:25  9  the collapse disks in the 16-inch liner might be open had
02:25  10  significant implications for the future direction of the
02:25  11  response.  This concern was reasonable."
02:25  12        Correct?
02:25  13  A.   That's correct.
02:25  14  Q.   Did Mr. Gibson perform calculations to allow him to reach
02:25  15  the conclusion that those concerns, based on the data available
02:25  16  at that time, were reasonable?
02:25  17  A.   Yes, he did.
02:25  18  Q.   If we can now turn to page 41 of his report.
02:25  19        MS. KARIS:  Call out the first paragraph on the
02:26  20  Scenario 3 assessment.
02:26  21  BY MS. KARIS:
02:26  22  Q.   Again, relying on the data that existed at the time, not
02:26  23  with the benefit of hindsight, under Scenario 3, it says:
02:26  24  "Looking at the data, this scenario appears to be consistent
02:26  25  with all of the data and especially the low wellhead pressure."

**IAIN ADAMS - REDIRECT**

02:26  1       Can you explain to the Court what your understanding
02:26  2  was that Mr. Gibson was saying there?
02:26  3  A.   He is indicating there that the Scenario 3 is a
02:26  4  possibility based on the data -- the pressure data.
02:26  5  Q.   Did he do calculations in his report to explain why
02:26  6  Scenario 3 was a reasonable conclusion for BP to reach at the
02:26  7  time?
02:26  8  A.   Yes, he did.
02:26  9  Q.   If we can now look at page 42 and 43.  Are these the
02:26  10  calculations that Dr. Gibson did which support the conclusion
02:27  11  that, based on the data and information at the time, it was
02:27  12  reasonable for BP to conclude that Scenario 1 was possible and
02:27  13  plausible?
02:27  14  A.   Yes, he is remarking on the pressures in the hydrostatic
02:27  15  heads.  So that's correct.
02:27  16  Q.   Let's call out under "Summary of Conclusions" that you
02:27  17  were asked about by Mr. Doyen.
02:27  18       To the suggestion that Mr. Gibson concluded that
02:27  19  Scenario 1 was realistic, could you tell the Court what
02:27  20  Mr. Gibson concludes there with respect to Scenario 3?
02:27  21  A.   "Therefore, Scenario 3, with the fracture and surface
02:27  22  broaching potential had to be considered a real possibility if
02:27  23  the well was shut in."
02:27  24       So he is stating Scenario 3 has to be considered a
02:27  25  real possibility.

Case 2:10-md-02179-CJB-DPC   Document 12781   Filed 04/29/14   Page 57 of 84
1167

IAIN ADAMS - REDIRECT

1  Q.   Did he reach that conclusion after calculating whether the
2  data supported the view that there was a broach of the rupture
3  disks?
4  A.   Yes, he did.
5  Q.   So looking at the data himself, independently, after the
6  fact, has he reached the same conclusion that BP reached at
7  that time based on data known then?
8  A.   That's what he reported.  That's correct.
9  Q.   Let's move to a different topic.
10         (Brief cell phone interruption.)
11         MS. KARIS:  My phone is turned off, Your Honor.
12         MR. BROCK:  Keep going.
13         MS. KARIS:  Can I get a minute back?
14         THE COURT:  I can't tell you how many times I've
15  talked to my wife about this.  Women seem to put their cell
16  phones, drop them somewhere in their purses, and then it takes
17  minutes to find them.
18         MS. KARIS:  If we are lucky, minutes.
19         THE COURT:  If you're lucky.
20         MS. KARIS:  Thank you, Your Honor.  Having been
21  there, I completely can sympathize and empathize.
22  BY MS. KARIS:
23  Q.   You were asked about some correspondence that was sent to
24  Admiral Landry about prerequisites to the Top Kill procedure.
25  Do you recall that?  I don't have the exhibit number.

**IAIN ADAMS - REDIRECT**

02:29  1              **MS. KARIS:**  Mr. Doyen, do you know what

02:29  2    exhibit number that was, the letter to Admiral Landry that

02:29  3    Mr. Dupree was asked about yesterday?

02:29  4                 That Mr. Doyen just used with this witness to

02:29  5    respond to your facial expression, Mr. Brian.

02:29  6    **BY MS. KARIS:**

02:29  7    **Q.**    Let me ask you:  Were you here when Mr. Dupree was asked

02:29  8    about the letter that he sent to Admiral Landry with respect to

02:29  9    whether the BOP-on-BOP had to be ready as was just represented

02:30  10   to you?

02:30  11   **A.**    Yes, I was.

02:30  12   **Q.**    Is it accurate -- I'm sorry, Exhibit 142700.2.1.  This is

02:30  13   the letter?

02:30  14   **A.**    That's correct.

02:30  15   **Q.**    And were you here when Mr. Dupree said he was the one

02:30  16   making the representation:  That did not mean that the

02:30  17   BOP-on-BOP had to be ready, but that they were engineering the

02:30  18   BOP-on-BOP to be ready?

02:30  19   **A.**    Yes, I heard that.  That's correct.

02:30  20   **Q.**    Is there anything inconsistent about BP's practices in

02:30  21   engineering the BOP-on-BOP to be ready after Top Kill?  Is

02:30  22   there anything inconsistent with that with what is stated in

02:30  23   this letter?

02:30  24   **A.**    No, there's not.

02:30  25   **Q.**    I think I might be on my very last question.

IAIN ADAMS - REDIRECT

02:31  1    You were asked about the casing shear ram?
02:31  2  **A.**   Yes, I was.
02:31  3  **Q.**   It was suggested that the casing shear ram was not
02:31  4  critical because it was Number 1 in a procedure and somehow
02:31  5  that made it not critical.  Do you agree with that?
02:31  6  **A.**   No, I don't.
02:31  7  **Q.**   Why not?
02:31  8  **A.**   Well, for several reasons.  Firstly, again, given the
02:31  9  context of running the BOP in -- to be run in a BOP stack where
02:31  10  there's identified defects, particularly in the casing rams --
02:31  11  or the rams, is not a situation I would logically want to be
02:31  12  in.  Also, the identified procedure for closing those shear
02:31  13  rams first had been discussed quite extensively in the lead-up
02:31  14  to that.  And the reason for closing the casing shear rams was
02:31  15  to reduce the flow and minimize potential risk of damage on the
02:31  16  other rams.  So that was why.
02:32  17  **Q.**   Now, after conducting your review, hearing the criticisms
02:32  18  of BP's source control engineering efforts, including those
02:32  19  raised by Mr. Doyen in the cross-examination, what is your
02:32  20  impression of BP's source control efforts?
02:32  21  **A.**   I think, having followed and reviewing the information,
02:32  22  data, and talking to people, the "don't make it worse" ethos
02:32  23  that runs through the source control response, it drove the
02:32  24  process.  When you are conducting operations like this, when
02:32  25  operations go wrong, when they deviate badly from the plan,

IAIN ADAMS - REDIRECT

02:32   1    there's an awful lot of drives trying to get things back on
02:32   2    track.  Understandably, there's a lot of pressure on people to
02:32   3    get -- to make it right, sorted.  An operation -- an incident
02:33   4    like Macondo, that's escalated magnitudes.  There's corporate
02:33   5    pressure.  There's departmental pressure.  There's individual
02:33   6    pressure on the personnel that are doing it to try and fix it
02:33   7    as quickly as possible, and that's understandable.
02:33   8           When we are called in to assist in these kinds of
02:33   9    jobs, one of the first points we are going to try and do is
02:33   10   make sure that we keep our reality check, that they are looking
02:33   11   at the risks, they are identifying and mitigating them and not
02:33   12   going for the quick fix.  Because that's the instinctive thing
02:33   13   to try and do to get it back on track, to fix it.  Again, it's
02:33   14   understandable, but it's got to be done with the risks in mind
02:33   15   and keeping options open, options available so that you don't
02:33   16   end up taking a situation like this and making it significantly
02:33   17   worse.  That's got to be uppermost in people's minds.
02:33   18          So looking at the scheduling, looking at the risk
02:34   19   process, the peer reviews, the process that went in, the
02:34   20   assistance of industry, I personally think they did everything
02:34   21   they could possibly have done.  So it's -- was their approach
02:34   22   robust and rigorous, and did they do it with the aim of safely
02:34   23   securing it as quickly as possible?  I think absolutely.  So
02:34   24   that's my independent opinion.
02:34   25          **MS. KARIS:**  Thank you.  No further questions.

02:34  1      **THE COURT:**  All right, sir.  Thank you very much.

02:34  2      **MR. BROCK:**  Judge Barbier, we have two videotapes to

02:34  3  play.  The first of Marcia McNutt, who was the director of the

02:35  4  United States Geological Survey, testifying about Top Kill and

02:35  5  BOP-on-BOP.  And Tom Hunter, the director and president of the

02:35  6  Sandia National Labs -- former president of the Sandia National

02:35  7  Labs and was the 30(b)(6) for the Federal Science Team.

02:35  8      **MR. DOYEN:**  Your Honor, I meant to take care of one

02:35  9  bit of business before Mr. Brock stood up.  I would like to

02:35 10  mark the two charts over there as demonstratives.  We'll make

02:35 11  what counsel called Mr. Doyen's chart here D -- this is the one

02:35 12  that has the three scenarios across it, D-25029.  I will find a

02:35 13  marker and do that.  25029.

02:35 14      This chart over here that's Scenario 1 that

02:35 15  is -- there are copies of TREX-011614, pages 5 and 6, will be

02:36 16  Demonstrative D-25030.

02:36 17      Thank you, Your Honor.  That's all I have.

02:36 18      **THE COURT:**  Okay.  Without objection, those are

02:36 19  admitted.

02:36 20      Are you ready to play the two individuals?

02:36 21      **MR. BROCK:**  Yes, sir.

02:36 22      (The video deposition clips of Marcia McNutt and Tom

02:36 23  Hunter were played.)

02:42 24      **MR. BROCK:**  I barely avoided Mr. Brian's fate trying

02:42 25  to get up here, Your Honor.

02:43  1    Your Honor, that concludes BP's evidence, I

02:43  2  think with about four minutes to spare.

02:43  3    THE COURT:  Two minutes.  You really are down to the

02:43  4  two-minute drill.

02:43  5    MR. BRIAN:  That's with the extra two minutes you

02:43  6  gave them, Your Honor.

02:43  7    THE COURT:  That's right.

02:43  8    MR. BROCK:  At this point BP will rest its case

02:43  9  subject to the following matters that I just need to put on the

02:43  10  record.

02:43  11    As Your Honor is aware, we have pending a motion

02:43  12  for partial judgment and findings pursuant to Rule 52(c), and

02:43  13  that will progress next week, as I understand it.  For the

02:43  14  record we will just renew our motion for partial judgment at

02:43  15  this point based on the evidence to date.  In addition to

02:43  16  that --

02:43  17    THE COURT:  For the record -- I think we said this on

02:43  18  the record -- the aligned parties are going to file their

02:44  19  opposition by Monday?

02:44  20    MR. BRIAN:  5:00 Monday, Your Honor.

02:44  21    THE COURT:  Okay.  Good.

02:44  22    MR. BROCK:  We are preparing our usual list of

02:44  23  exhibits, call-outs, demonstratives used with our last few

02:44  24  witnesses.  We'll have those ready for the Court early next

02:44  25  week.  I assume that those will come in through the discussion

OFFICIAL TRANSCRIPT

02:44  1    at the final marshaling conference.  I believe that's set for

02:44  2    November 7.

02:44  3           We also at this time would like to submit and

02:44  4    have admitted our Category 2 and Category 4 list of exhibits,

02:44  5    so we will offer those now.  Those also will be addressed at

02:44  6    the final marshaling conference.

02:44  7           At this time we also offer into evidence a thumb

02:44  8    drive of the video clips that we played at trial today and as

02:45  9    well as the excerpted transcripts of the testimony contained in

02:45  10   those video clips, and I will pass those up in just a second.

02:45  11          We offer into evidence at this point also a list

02:45  12   of our Phase Two deposition bundles that we designated for the

02:45  13   Phase Two trial, and we have a thumb drive for Stephanie

02:45  14   labeled deposition bundles offered, admitted by BP.

02:45  15          THE COURT:  How many depositions?

02:45  16          MR. BROCK:  We have, Your Honor, 13.

02:45  17          THE COURT:  Okay.  Without objection, those are

02:45  18   admitted.  The exhibits and the deposition bundles are

02:45  19   admitted.  I assume there are no objections, correct?

02:45  20          MR. BROCK:  I just need to state for the record, just

02:45  21   so that we're clear, on offering the bundles into evidence, we

02:45  22   are not waiving, but we maintain our general and specific

02:46  23   objections to designated testimony.

02:46  24          And then I do need to state also that we have

02:46  25   offered into evidence our designations contained in the

OFFICIAL TRANSCRIPT

02:46  1  deposition bundles that were offered by the aligned parties and
02:46  2  I just want to say again in offering our portions, we are not
02:46  3  waiving but maintain our objections to the portions of
02:46  4  depositions designated by other parties.
02:46  5         I guess the only other thing I was going to
02:46  6  mention is that we did-- Ms. Karis is pointing out I may have
02:46  7  misspoken.  Our Category 2 and 4 lists will be offered later.
02:46  8  We are not putting those in now.  I thought I had said that,
02:46  9  but if I didn't, I correct that.
02:46  10        The only other thing I was going to mention,
02:46  11 Judge Barbier, is that we did propose to the United States and
02:46  12 the aligned parties this morning a briefing schedule that would
02:46  13 relate to both segments of the trial.  We have not had a chance
02:47  14 to work that out, but that process is started and I would
02:47  15 assume that probably sometime next week maybe we could come
02:47  16 back with that proposal.
02:47  17        THE COURT:  In other words, to do it all at once?
02:47  18        MR. BROCK:  Yes, sir.
02:47  19        THE COURT:  Probably makes sense.
02:47  20        MR. BROCK:  It's a coordinated schedule where we
02:47  21 would be filing our briefs, as I appreciate it, on both
02:47  22 segments at the same time.  The aligned parties and the
02:47  23 United States would be doing the same.  It's a similar schedule
02:47  24 to what we had in Phase One where we will have simultaneous
02:47  25 filings and simultaneous reply briefs.  It's what we proposed,

OFFICIAL TRANSCRIPT

02:47  1    but we need to talk a little bit more on that.

02:47  2              THE COURT:  We can talk about that next week or

02:47  3    whenever.

02:47  4              MR. BROCK:  Sure.

02:47  5              THE COURT:  I would like you-all to see if you can

02:47  6    make a joint proposal to the Court, and if you-all agree and if

02:47  7    it sounds reasonable, I will likely adopt what you-all suggest.

02:47  8              MR. BRIAN:  Brad Brian for Transocean and the aligned

02:48  9    parties, Your Honor.  Let me start where Mr. Brock ended.  We

02:48  10   have had discussions already about it and we will be talking

02:48  11   again next week.  I agree with Mr. Brock that we should be able

02:48  12   to propose something hopefully jointly next week.

02:48  13             THE COURT:  Okay.

02:48  14             MR. BRIAN:  We had circulated our exhibits for

02:48  15   Mr. Ballard, my cross-examination, to BP.  They wanted more

02:48  16   time to review it, understandably.  So we will be proposing

02:48  17   those next week, so we reserve those and I want to leave that

02:48  18   open.

02:48  19             THE COURT:  Okay.

02:48  20             MR. BRIAN:  We obviously have not had a chance yet to

02:48  21   circulate our exhibits for Mr. Adams.  We will do that.  One or

02:48  22   more of us will be here next week for the purpose of offering

02:48  23   that, so we will take care of that.

02:48  24             Then I will turn over to Mr. Irpino, who will

02:48  25   tell you everything else we are reserving.

| | |
|---|---|
| 02:48 | 1 |
| 02:48 | 2 |
| 02:48 | 3 |
| 02:48 | 4 |
| 02:49 | 5 |
| 02:49 | 6 |
| 02:49 | 7 |
| 02:49 | 8 |
| 02:49 | 9 |
| 02:49 | 10 |
| 02:49 | 11 |
| 02:49 | 12 |
| 02:49 | 13 |
| 02:49 | 14 |
| 02:49 | 15 |
| 02:49 | 16 |
| 02:49 | 17 |
| 02:49 | 18 |
| 02:49 | 19 |
| 02:49 | 20 |
| 02:49 | 21 |
| 02:49 | 22 |
| 02:49 | 23 |
| 02:49 | 24 |
| 02:49 | 25 |

1   **MR. IRPINO:**  We are reserving a table at Ruth's Chris

2   later.

3              Your Honor, we have just a couple things.  There

4   were a couple of exhibits that were objected to that haven't

5   been resolved.  We can handle that now if you want.  We can

6   handle it on Monday if everybody just wants to get out of here.

7        **THE COURT:**  It doesn't matter to me.  Why don't we

8   handle it today, if you are ready to handle it.  That way we

9   don't have to waste trial time Monday morning.

10       **MR. IRPINO:**  Sure, we can do that now.  The only

11   other main issue of the depo bundles from BP, I just want to

12   make sure that the parties have an opportunity to kind of QA/QC

13   those that are going in.  We have no objection that the 20 that

14   they have presented should go in.

15       **THE COURT:**  13.  He said 13.

16       **MR. IRPINO:**  I'm sorry, whichever they are, however

17   many they are that they had listed them before.  The procedure

18   that we have been following is to send it around to the parties

19   to QA/QC and make sure everything is right.  There were a

20   couple issues with ours and they got caught.  We would just

21   like to do the same.

22       **THE COURT:**  Sure.

23       **MR. IRPINO:**  I think all parties' Category 2 exhibits

24   and Category 4 exhibits will go in at the final marshaling

25   conference and everybody reserves that.

OFFICIAL TRANSCRIPT

02:49  1          With that said, Your Honor, Exhibit 150307,

02:49  2   which was that Tony Hayward CNN video clip, I want to be clear

02:50  3   on one thing right off the bat is that the procedure was

02:50  4   followed for it.  It was properly listed on our exhibit list

02:50  5   pursuant to the pretrial orders and, in fact, there was a whole

02:50  6   realm of --

02:50  7          **MR. BROCK:**  We don't object to that.

02:50  8          **MR. IRPINO:**  That's the best argument --

02:50  9          **THE COURT:**  You just won that argument, Mr. Irpino.

02:50  10         **MR. BROCK:**  I want to get to Ruth's Chris ahead of

02:50  11  him.

02:50  12         **THE COURT:**  You should have headed out the door and

02:50  13  not told him you didn't object.

02:50  14         I guess I should have asked, do the aligned

02:50  15  parties have any rebuttal evidence?

02:50  16         **MR. SMITH:**  Prescott B. Smith for Halliburton.  Out

02:50  17  of an abundance of caution, if I wasn't clear this morning, I

02:50  18  want to make sure that it's noted on the record that we are

02:51  19  finalizing the final exhibits for Mr. Ziegler.

02:51  20         **THE COURT:**  You're talking about working out the

02:51  21  redactions?

02:51  22         **MR. SMITH:**  Right.

02:51  23         **THE COURT:**  That's already on the record.

02:51  24         Anything else?  Okay.  So let's see.  The

02:51  25  aligned parties left time on the clock.

1178

02:51    1          **MR. DOYEN:**  Do we get something for that?

02:51    2          **THE COURT:**  You get a gold star.

02:51    3               Let's see.  You don't get to add it to the --

02:51    4     well, most of you won't be part of the next trial anyway.

02:51    5               So Monday morning we will resume at 8:00 with

02:51    6     Segment 2, quantification, and as I recall, the scheduling

02:51    7     order says that each side has an hour and a half, 90 minutes

02:51    8     for openings.  Is that correct?

02:51    9               Have you-all already exchanged -- that would be

02:51   10     the United States, I guess --

02:51   11          **MR. BROCK:**  With the United States --

02:51   12          **THE COURT:**  -- the witness list?

02:52   13          **MR. BRIAN:**  The exhibit lists have been exchanged,

02:52   14     the demonstratives have been exchanged.  We are still working

02:52   15     through a few issues and meet and conferring about

02:52   16     demonstratives --

02:52   17          **THE COURT:**  You know who their witnesses are going to

02:52   18     be and what order for next week?

02:52   19          **MR. BROCK:**  Yes, sir.

02:52   20          **MR. O'ROURKE:**  They owe us theirs next Monday.

02:52   21          **THE COURT:**  Next Monday, correct.

02:52   22               Anybody have anything else?  Everybody wants to

02:52   23     get out of town before the hurricane comes.  I can't believe we

02:52   24     are having a hurricane -- we may have a hurricane in the Gulf

02:52   25     in almost mid-October.  I mean, it's rather crazy.  But I don't

OFFICIAL TRANSCRIPT

02:52   1    think it's going to come anywhere near here.  Now, you people

02:52   2    in Florida may have a problem.  Mr. Barr maybe needs to head in

02:52   3    the other direction.

02:52   4              All right.  Everyone have a good weekend and

02:52   5    we'll see some of you, I guess, on Monday.

02:52   6              THE DEPUTY CLERK:  All rise.

02:52   7              (Proceedings adjourned.)

02:52   8                            * * *

9                        <u>CERTIFICATE</u>

10             I, Toni Doyle Tusa, CCR, FCRR, Official Court

11   Reporter for the United States District Court, Eastern District

12   of Louisiana, do hereby certify that the foregoing is a true

13   and correct transcript, to the best of my ability and

14   understanding, from the record of the proceedings in the

15   above-entitled matter.

16

17

18                                  <u>*s/ Toni Doyle Tusa*</u>
                                     Toni Doyle Tusa, CCR, FCRR
19                                   Official Court Reporter

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

'plausible' [1] 1129/24

**0**

011613.0013 [1] 1165/1
011614 [1] 1171/15
02771 [1] 1111/7

**1**

10 [3] 1136/3 1147/12 1147/23
10-CV-02771 [1] 1111/7
10-CV-4536 [1] 1111/9
10-MD-2179 [1] 1111/4
10003 [1] 1112/11
1001 [1] 1114/16
10505.15.1 [1] 1153/3
10505.25.1 [1] 1151/15
10505.5.1 [1] 1153/12
10505.5.2 [1] 1152/8
11 [3] 1135/17 1159/17 1165/1
1100 [1] 1114/13
11613.40.5 [1] 1130/18
11613.40.7 [1] 1137/14
11614.1 [1] 1126/20
11614.4 [1] 1139/17
11614.5 [1] 1133/7
11614.6.4 [1] 1133/25
11614.9.2 [1] 1134/17
11737.13.6 [1] 1145/9
11737.13.7 [1] 1145/18
11737.15.3 [1] 1126/1
11738.6.2 [1] 1147/4
11738.8.2 [1] 1147/20
12 [1] 1135/17
1201 [2] 1114/10 1115/5
12308 [1] 1112/4
13 [3] 1173/16 1176/15 1176/15
1300 [1] 1115/12
130491.1 [2] 1120/11 1121/4
130491.1.2 [1] 1121/6
1331 [1] 1115/9
14 [2] 1147/12 1147/23
141123.1.1 [1] 1153/24
141123.12.1 [1] 1154/20
141245.2.1 [1] 1162/14
142700.2.1 [2] 1149/8 1168/12
142700.2.3 [1] 1149/15
142700.3.1 [1] 1150/7
14271 [1] 1113/7
1448 [1] 1119/15
144843.1.1 [1] 1119/16
144843.10.2 [1] 1119/22
15,000 [5] 1124/14 1141/14 1141/16
1141/17 1142/12
150307 [2] 1118/2 1177/1
156 [1] 1136/3
16 [2] 1119/16 1124/5
16-inch [1] 1165/9
1615 [1] 1115/12
1665 [1] 1115/9
16th [1] 1124/25
17 [1] 1145/12
1700 [1] 1115/5
18 [1] 1135/17
188 [1] 1112/16
1885 [1] 1112/23
19 [1] 1138/22

**2**

20 [2] 1111/5 1176/13
20004 [1] 1114/11
20005 [1] 1114/8

20006 [1] 1115/16
20041 [1] 1112/16
2010 [7] 1111/5 1119/17 1138/7
1149/17 1151/2 1161/10 1163/11
2013 [4] 1111/7 1117/2 1117/9 1117/17
2020 [1] 1115/16
21 [1] 1118/4
2179 [1] 1111/4
2216 [1] 1112/7
23 [1] 1149/17
24 [2] 1138/5 1138/20
25 [2] 1136/3 1145/22
25 barrels [1] 1134/9
25026 [1] 1155/7
25029 [2] 1171/12 1171/13
25030 [1] 1171/16
26 [1] 1146/10
27 [1] 1124/6
27th [1] 1123/22
28 [3] 1124/6 1125/8 1147/24
29 [12] 1129/2 1129/19 1138/7 1139/19
1141/10 1141/15 1143/15 1144/24
1158/6 1158/10 1158/13 1159/13
29th [1] 1126/23

**3**

3-ram [1] 1155/8
30 [2] 1129/19 1171/7
30 minutes [1] 1119/3
30-hour [1] 1158/20
300 [1] 1113/23
31 [2] 1162/17 1162/19
316 [1] 1112/4
32 [2] 1119/4 1119/5
32591 [1] 1112/3
333 [1] 1114/3
355 [1] 1114/21
35th [1] 1114/21
36 [1] 1139/7
36130 [1] 1112/20
3668 [1] 1111/23
3700 [2] 1114/13 1114/16
38 [1] 1138/23
39201 [1] 1112/17

**4**

406 [1] 1115/18
41 [1] 1165/18
42 [1] 1166/9
43 [1] 1166/9
4319.1.1 [1] 1146/8
4536 [1] 1111/9
47 [2] 1138/5 1138/20
48 [2] 1138/5 1138/20

**5**

50 [1] 1138/22
50 barrels [3] 1134/3 1134/12 1134/14
500 [3] 1111/23 1112/20 1115/18
5000 [1] 1113/18
501 [1] 1112/13
504 [1] 1115/19
52 [1] 1172/12
556 [1] 1111/23
56 [1] 1119/7
589-7778 [1] 1115/19
5:00 [1] 1172/20

**6**

600 [1] 1112/4
60654 [1] 1113/24
655 [1] 1114/7

700 [1] 1112/10
700 psi [2] 1119/25 1120/8
701 [2] 1113/4 1113/18
70112 [1] 1115/13
70113 [1] 1111/20
70130 [3] 1112/8 1113/4 1115/19
70139 [1] 1113/19
70163 [1] 1114/14
70502 [1] 1111/24
70601 [1] 1112/14
70804 [1] 1112/24
72,000 barrels [1] 1134/14
722 [1] 1118/4
75270 [1] 1115/6
7611 [1] 1113/15
77002 [1] 1114/17
77010 [1] 1115/9
777 [1] 1112/16
7778 [1] 1115/19
78-barrels [1] 1134/6

**8**

820 [1] 1111/19
828 [1] 1159/17
8542.1.1 [1] 1148/9
8:00 with [1] 1178/5

**9**

90 [1] 1178/7
90071 [2] 1114/4 1114/22
9160.1.2 [1] 1123/2
9250.1.1 [1] 1120/13
94005 [1] 1112/23

**A**

abandonment [1] 1136/13
ability [2] 1161/18 1179/13
able [6] 1121/18 1122/8 1130/8 1130/9
1130/22 1175/11
about [40] 1118/6 1118/8 1118/9
1121/14 1123/5 1123/16 1123/19
1124/4 1124/5 1125/2 1125/4 1127/3
1134/3 1134/14 1136/7 1137/16
1144/22 1153/16 1155/3 1159/2 1159/3
1159/25 1160/10 1162/10 1164/16
1164/25 1166/17 1167/15 1167/23
1167/24 1168/3 1168/8 1168/20 1169/1
1171/4 1172/2 1175/2 1175/10 1177/20
1178/15
above [1] 1179/15
above-entitled [1] 1179/15
absolutely [3] 1160/4 1161/20 1170/23
abundance [1] 1177/17
accept [1] 1138/16
accepted [3] 1126/7 1126/10 1131/6
According [2] 1119/2 1119/3
account [1] 1139/8
accounted [1] 1160/23
accounts [4] 1137/9 1137/18 1137/24
1139/1
accurate [14] 1131/16 1132/4 1132/5
1132/6 1132/7 1132/7 1132/8 1132/10
1132/11 1132/19 1136/15 1161/9
1161/13 1168/12
acknowledge [1] 1164/3
across [1] 1171/12
actions [1] 1164/8
actual [1] 1162/9
actually [9] 1129/12 1130/1 1130/15
1139/9 1155/18 1156/6 1161/13
1161/16 1161/25

**A**

ADAMS [4]  1119/10 1119/14 1129/4 1175/21
add [1]  1178/3
addition [1]  1172/15
additional [1]  1136/12
addressed [1]  1173/5
adjourned [1]  1179/7
Admiral [4]  1149/13 1167/24 1168/2 1168/8
Admiral Landry [4]  1149/13 1167/24 1168/2 1168/8
admission [2]  1118/10 1118/11
admitted [8]  1117/13 1118/18 1118/24 1171/19 1173/4 1173/14 1173/18 1173/19
adopt [1]  1175/7
advanced [1]  1164/13
after [9]  1148/19 1159/12 1161/14 1163/14 1164/4 1167/1 1167/5 1168/21 1169/17
afternoon [5]  1111/14 1117/1 1117/4 1119/9 1119/14
again [18]  1119/16 1120/12 1122/16 1125/3 1129/1 1130/15 1131/14 1134/5 1142/19 1148/20 1153/24 1161/3 1163/12 1165/22 1169/8 1170/13 1174/2 1175/11
agree [42]  1122/13 1123/1 1124/7 1124/8 1125/13 1127/11 1127/16 1129/4 1129/11 1130/7 1130/12 1131/9 1131/13 1131/18 1133/5 1134/22 1135/9 1135/24 1135/25 1136/1 1136/8 1136/21 1136/23 1137/2 1137/8 1137/22 1137/24 1138/2 1140/2 1140/3 1140/14 1146/15 1146/22 1147/10 1147/16 1147/22 1152/10 1152/14 1163/19 1169/5 1175/6 1175/11
agreed [3]  1125/23 1132/25 1147/14
ahead [2]  1118/1 1177/10
aided [1]  1115/25
aim [1]  1170/22
al [2]  1111/8 1111/11
Alabama [1]  1112/20
ALAN [1]  1115/8
aligned [11]  1117/5 1117/7 1117/15 1119/6 1172/18 1174/1 1174/12 1174/22 1175/8 1177/14 1177/25
all [35]  1117/10 1117/12 1117/23 1118/8 1125/22 1128/5 1129/9 1137/5 1137/9 1137/18 1137/23 1137/24 1139/1 1139/3 1139/8 1139/24 1140/11 1141/22 1141/24 1142/2 1142/3 1142/22 1158/8 1159/13 1165/25 1171/1 1171/17 1174/17 1175/5 1175/6 1175/7 1176/23 1178/9 1179/4 1179/6
ALLAN [1]  1113/3
ALLEN [1]  1114/21
allow [1]  1165/14
almost [2]  1162/3 1178/25
along [1]  1142/2
already [4]  1128/5 1175/10 1177/23 1178/9
also [33]  1128/9 1129/4 1130/7 1131/13 1133/18 1135/9 1136/23 1137/8 1137/24 1138/25 1140/23 1141/21 1142/17 1142/21 1143/19 1145/15 1146/2 1146/5 1146/15 1146/22 1153/3 1153/5 1157/14 1157/19 1157/23 1163/8 1163/24 1169/12 1173/3 1173/5 1173/7 1173/11 1173/24
always [1]  1156/11

am [3]  1120/20 1151/3 1155/7
AMERICA [1]  1111/11
Anadarko [4]  1113/6 1113/14 1113/18 1113/21 1114/3 1114/6 1114/10
Anadarko [4]  1115/11 1115/11 1115/14 1115/15
analysis [13]  1126/7 1126/11 1126/15 1126/17 1126/18 1126/23 1127/12 1137/11 1138/13 1138/17 1139/23 1140/4 1142/7
analyze [1]  1126/14
analyzing [1]  1124/25
and/or [1]  1128/16
ANDREW [1]  1113/21
Andy [1]  1163/15
Angeles [2]  1114/4 1114/22
ANNA [1]  1113/13
annular [3]  1128/16 1134/25 1135/13
annulus [7]  1127/17 1127/18 1127/19 1134/19 1134/24 1135/3 1135/6
another [1]  1121/8 1152/23 1153/1 1163/10
answer [2]  1136/22 1144/18
ANTHONY [2]  1112/7 1117/4
anticipate [1]  1144/15
anticipated [1]  1144/16
any [5]  1141/14 1142/9 1142/14 1160/14 1177/15
anybody [2]  1118/7 1178/22
anything [4]  1168/20 1168/22 1177/24 1178/22
anyway [1]  1178/4
anywhere [6]  1141/5 1141/10 1141/14 1142/14 1142/17 1179/1
APLC [1]  1113/17
apparently [3]  1119/7 1123/11 1159/18
appear [1]  1132/3
Appearances [5]  1111/17 1112/1 1113/1 1114/1 1115/1
appears [2]  1139/8 1165/24
applicable [1]  1132/10
applied [1]  1140/6
Applies [1]  1111/6
appreciate [1]  1174/21
approach [3]  1127/6 1164/7 1170/21
appropriately [1]  1152/13
approved [6]  1145/12 1145/21 1145/25 1146/2 1154/6 1155/16
APRIL [3]  1111/5 1161/1 1161/9
are [69]  1117/11 1117/12 1117/23 1118/8 1122/9 1123/15 1123/15 1123/17 1123/18 1123/19 1123/21 1124/19 1124/25 1125/8 1127/4 1128/5 1129/6 1134/3 1137/6 1137/23 1139/6 1139/19 1142/10 1143/22 1143/24 1146/15 1146/16 1146/18 1146/20 1149/19 1150/17 1156/10 1157/22 1158/19 1158/20 1162/2 1163/10 1163/19 1164/8 1166/9 1167/18 1169/11 1170/6 1170/8 1170/9 1170/10 1170/11 1171/15 1171/18 1171/20 1172/3 1172/18 1172/22 1173/17 1173/19 1173/19 1173/22 1174/2 1174/8 1175/25 1176/1 1176/8 1176/13 1176/16 1176/17 1177/18 1178/14 1178/17
arguing [1]  1118/8
argument [2]  1177/8 1177/9
around [6]  1117/10 1119/24 1151/11 1153/15 1160/4 1176/18
as [49]  1118/4 1118/16 1119/11 1120/16 1121/22 1123/24 1123/24 1127/24 1128/21 1129/20 1132/17

1132/19 1133/18 1133/19 1136/8 1156/8 1157/5 1160/2 1160/3 1160/8 1161/1 1162/7 1162/21 1162/21 1162/22 1162/22 1162/24 1162/24 1163/5 1163/12 1164/15 1165/2 1168/9 1170/7 1170/7 1170/23 1170/23 1171/10 1172/11 1172/12 1173/8 1173/9 1174/21 1178/6
Asbill [1]  1114/15
ask [2]  1157/17 1168/7
asked [13]  1156/12 1159/21 1159/23 1160/10 1162/10 1164/16 1164/24 1166/17 1167/23 1168/3 1168/7 1169/1 1177/14
asking [2]  1123/23 1130/12
assess [2]  1144/15 1151/4
assessment [4]  1130/21 1137/17 1160/24 1165/20
ASSET [1]  1111/8
assist [8]  1151/1 1151/4 1151/7 1151/14 1151/18 1152/15 1152/18 1170/8
assistance [1]  1170/20
associated [2]  1133/2 1151/5
assume [3]  1172/25 1173/19 1174/15
Assurance [1]  1120/16
at [77]
attachment [1]  1119/21
attending [1]  1151/17
Attorney [2]  1112/18 1112/22
available [10]  1131/22 1136/24 1137/3 1137/9 1138/2 1139/23 1140/8 1140/20 1165/15 1170/15
Avenue [4]  1111/19 1112/20 1114/10 1114/21
avoided [1]  1171/24
aware [4]  1119/24 1120/2 1151/1 1172/11
away [2]  1121/17 1154/25
awful [1]  1170/1

**B**

back [21]  1125/3 1129/5 1131/19 1131/21 1131/24 1133/20 1135/15 1138/3 1138/23 1139/19 1141/6 1142/5 1143/25 1154/2 1155/1 1155/5 1163/11 1167/13 1170/1 1170/13 1174/16
bad [1]  1120/21
badly [1]  1169/25
ball [1]  1158/22
Ballard [1]  1175/15
BARBIER [3]  1111/15 1171/2 1174/11
barely [1]  1171/24
BARR [3]  1112/3 1118/3 1179/2
barrels [6]  1134/3 1134/6 1134/9 1134/12 1134/14 1134/14
BARRY [1]  1113/23
based [16]  1129/6 1135/25 1136/24 1137/2 1138/7 1138/9 1139/22 1140/8 1140/20 1163/6 1163/9 1165/15 1166/4 1166/11 1167/7 1172/15
bat [1]  1177/3
Baton [1]  1112/24
Baylen [1]  1112/4
be [79]
because [14]  1124/2 1124/20 1125/10 1129/24 1133/9 1141/12 1142/10 1142/18 1146/19 1150/23 1159/8 1159/22 1169/4 1170/12
become [1]  1131/22
been [17]  1118/14 1119/11 1130/8 1130/9 1130/22 1144/23 1146/11 1161/17 1161/23 1162/1 1164/13

**B**

been... [6] 1167/20 1169/13 1176/5
1176/18 1178/13 1178/14
before [9] 1111/14 1121/25 1136/8
1147/18 1148/14 1149/7 1171/9
1176/17 1178/23
began [1] 1159/2
begins [1] 1165/8
behalf [3] 1158/25 1163/15 1164/3
being [12] 1119/20 1120/20 1121/18
1122/7 1133/18 1143/17 1146/23
1156/2 1157/22 1160/1 1161/25 1164/8
believe [6] 1119/17 1126/7 1129/3
1164/17 1173/1 1178/23
benefit [7] 1119/4 1129/8 1129/9
1131/25 1160/10 1162/5 1165/23
BENSON [1] 1113/11
best [2] 1177/8 1179/13
BETHANY [1] 1113/13
better [1] 1133/10
between [3] 1119/1 1134/6 1156/13
big [2] 1122/22 1161/24
bigger [1] 1121/24
Bingham [1] 1115/14
bird [1] 1160/5
bit [4] 1127/3 1133/9 1171/9 1175/1
bleeding [1] 1153/6
blind [7] 1156/16 1156/16 1156/19
1157/6 1157/12 1157/16 1157/24
blinds [1] 1156/17
Blow [1] 1141/8
blowout [2] 1148/18 1152/12
BOLES [1] 1114/3
BOP [78]
BOP-on-BOP [22] 1128/25 1145/3
1146/19 1147/18 1148/11 1149/4
1149/6 1150/21 1151/2 1151/5 1153/17
1155/16 1156/22 1158/5 1158/7
1158/14 1161/18 1168/9 1168/17
1168/18 1168/21 1171/5
both [2] 1174/13 1174/21
bottom [4] 1119/18 1120/1 1122/5
1148/25
BOWMAN [1] 1115/4
Box [5] 1111/23 1112/4 1112/23 1113/7
1113/15
BP [55] 1111/10 1113/17 1113/18
1113/19 1113/20 1113/21 1113/22
1114/2 1114/3 1114/4 1114/5 1114/6
1114/7 1114/9 1114/10 1114/11 1119/3
1119/19 1126/22 1127/24 1130/22
1132/17 1132/22 1136/25 1137/3
1138/7 1138/9 1139/20 1140/16 1141/1
1141/11 1141/15 1143/2 1143/14
1149/3 1151/20 1158/25 1159/12
1160/20 1161/1 1161/18 1162/10
1162/17 1162/22 1162/23 1163/12
1164/3 1164/12 1166/6 1166/12 1167/6
1172/8 1173/14 1175/15 1176/11
BP's [7] 1137/17 1165/6 1165/8 1168/20
1169/18 1169/20 1172/1
BRAD [2] 1114/19 1175/8
Branch [1] 1113/6
breach [1] 1135/3
Brennan [1] 1114/15
BRIAN [4] 1112/3 1114/19 1168/5
1175/8
Brian's [1] 1171/24
bridge [1] 1122/25
BRIDGET [1] 1114/7
Brief [1] 1167/10
briefing [1] 1174/12
briefs [2] 1174/21 1174/25
bring [1] 1151/6
broach [4] 1128/19 1144/6 1144/8
1167/2
broached [1] 1162/2
broaching [2] 1144/12 1166/22
broad [3] 1112/13 1132/15 1132/16
Broadway [1] 1172/10
BROCK [5] 1114/10 1159/23 1171/9
1175/9 1175/11
BRUCE [1] 1115/4
buildup [1] 1153/6
built [2] 1146/11 1148/17
bundle [1] 1118/17
bundles [6] 1173/12 1173/14 1173/18
1173/21 1174/1 1176/11
Burling [1] 1113/6
burst [1] 1161/24
business [1] 1171/9
but [35] 1117/21 1119/7 1120/20
1124/17 1128/3 1128/4 1128/22 1129/5
1129/13 1131/7 1131/18 1134/5 1134/7
1136/8 1138/2 1138/25 1140/3 1141/3
1143/4 1143/8 1144/11 1146/14 1148/6
1148/7 1157/20 1161/20 1162/23
1168/17 1170/14 1173/22 1174/3
1174/9 1174/14 1175/11 1178/25
bypass [1] 1134/4
bypassing [2] 1141/21 1142/21

**C**

calculate [1] 1119/6
calculating [1] 1167/1
calculations [5] 1119/3 1163/2 1165/14
1166/5 1166/10
CALDWELL [1] 1112/22
California [2] 1114/4 1114/22
call [31] 1117/16 1119/15 1119/22
1120/11 1120/13 1121/4 1121/6 1123/2
1126/1 1130/18 1132/15 1135/5
1135/16 1137/14 1139/9 1144/12
1145/9 1145/18 1146/8 1147/4 1147/20
1149/8 1149/15 1150/7 1151/15 1152/8
1153/12 1161/20 1165/19 1166/16
1172/23
call-out [6] 1121/4 1137/14 1147/20
1149/8 1149/15 1151/15
call-outs [2] 1117/16 1172/23
called [4] 1138/21 1164/19 1170/8
1171/11
Cameron [1] 1152/6
Camp [1] 1113/4
can [27] 1118/19 1119/17 1127/6
1128/16 1130/17 1137/5 1143/9
1150/21 1153/18 1153/24 1155/1
1156/10 1156/13 1156/17 1159/16
1159/19 1162/14 1165/18 1166/1
1166/9 1167/13 1167/21 1175/2 1175/5
1176/5 1176/6 1176/10
can't [3] 1155/13 1167/14 1178/23
canceled [1] 1147/18
cap [3] 1148/18 1148/20 1155/14
capability [5] 1157/14 1157/19 1157/21
1158/1 1158/3
Capital [1] 1112/16
capped [1] 1150/22
capping [5] 1148/17 1155/8 1155/8
1157/1 1157/5
capture [1] 1164/9
carbon [2] 1162/19 1163/16
care [2] 1171/8 1175/23
CARL [1] 1111/15
CARRIE [1] 1113/21
case [12] 1129/25 1130/23 1131/20
1160/7 1164/12 1164/13 1165/5 1172/8
cases [1] 1137/23
casing [15] 1130/23 1133/14 1133/19
1136/14 1155/12 1155/15 1155/19
1156/18 1156/21 1157/3 1157/7 1159/1
1169/3 1169/10 1169/14
catastrophic [1] 1161/21
catching [1] 1128/22
category [6] 1118/18 1173/4 1173/4
1174/7 1176/23 1176/24
Category 2 [3] 1173/4 1174/7 1176/23
Category 4 [2] 1173/4 1176/24
Cathy's [2] 1119/2 1119/3
caught [1] 1176/20
cause [2] 1125/23 1135/14
caused [2] 1159/4 1160/3
caution [1] 1177/17
cavity [1] 1137/12
CCR [3] 1115/18 1179/10 1179/18
cell [1] 1167/10 1167/15
CERNICH [1] 1113/12
certain [1] 1127/4
certainly [4] 1143/1 1143/12 1163/9
1164/4
certainty [4] 1130/23 1131/8 1162/3
1162/7
CERTIFICATE [1] 1179/9
certify [1] 1179/12
CHAKERES [1] 1113/12
chance [4] 1118/6 1121/18 1174/13
1175/20
chances [1] 1122/11
characterization [1] 1129/11
charge [1] 1148/16
Charles [1] 1112/14
chart [3] 1161/8 1171/11 1171/14
charts [2] 1147/24 1171/10
check [1] 1170/10
checked [1] 1147/17
Chicago [1] 1113/24
choke [1] 1147/25
Chris [2] 1176/1 1177/10
Christina [1] 1163/14
Chu [4] 1162/16 1162/19 1163/5
1163/16
Chu's [1] 1163/17
circulate [1] 1175/21
circulated [1] 1175/14
Civil [1] 1113/6
clarify [1] 1140/4
clear [6] 1127/4 1142/2 1154/25
1173/21 1177/2 1177/17
clip [3] 1118/3 1118/5 1177/2
clips [3] 1171/22 1173/8 1173/10
clock [2] 1158/22 1177/25
close [4] 1130/9 1156/16 1156/18
1156/19
closed [1] 1136/9
closing [3] 1156/16 1169/12 1169/14
closure [3] 1156/5 1156/9 1156/15
CNN [2] 1118/3 1177/2
collapse [12] 1127/20 1130/25 1135/21
1136/9 1136/14 1143/20 1160/18
1161/25 1162/9 1163/21 1165/6 1165/9
COLLIER [1] 1113/22
come [5] 1150/24 1153/20 1172/25
1174/15 1179/1
comes [1] 1178/23
coming [3] 1142/3 1154/2 1160/7
Command [6] 1130/8 1130/13 1130/22
1131/1 1145/21 1154/7

**C**

comment [1]  1123/20
comments [1]  1117/10
communicated [1]  1163/6
communication [2]  1134/25 1162/16
communications [1]  1164/9
Company [7]  1113/19 1113/22 1114/4
1114/7 1114/11 1115/12 1115/15
COMPLAINT [1]  1111/7
complete [1]  1147/12
completed [1]  1144/24
completely [2]  1162/4 1167/21
components [1]  1160/6
computer [1]  1115/25
computer-aided [1]  1115/25
concern [5]  1128/20 1128/24 1165/6
1165/8 1165/11
concerning [1]  1126/10
concerns [2]  1156/15 1165/15
conclude [3]  1153/17 1161/12 1166/12
concluded [6]  1125/10 1130/15 1139/22
1159/8 1164/18 1166/18
concludes [2]  1166/20 1172/1
conclusion [10]  1123/16 1126/10
1130/13 1137/2 1140/8 1165/15 1166/6
1166/10 1167/1 1167/6
conclusions [3]  1126/18 1131/6 1166/16
conclusively [1]  1133/4
conduct [2]  1126/18 1144/19
conducted [1]  1126/16
conducting [6]  1144/14 1149/1 1149/7
1158/25 1169/17 1169/24
conference [3]  1173/1 1173/6 1176/25
conferring [1]  1178/15
confirm [3]  1130/8 1130/14 1130/22
confirmed [2]  1133/1 1133/4
confusion [1]  1158/11
connection [3]  1117/8 1117/16 1160/14
consequences [1]  1161/23
considered [2]  1166/22 1166/24
consistent [8]  1132/11 1139/24 1140/11
1140/23 1141/1 1147/23 1150/20
1165/24
construct [1]  1146/6
contained [2]  1173/9 1173/25
containing [1]  1128/22
containment [2]  1148/21 1157/5
contains [1]  1154/16
context [7]  1119/16 1124/5 1124/15
1125/8 1132/16 1132/16 1169/9
contingencies [2]  1154/16 1154/22
continuing [1]  1147/25
control [9]  1125/17 1151/7 1151/11
1151/20 1152/12 1153/15 1169/18
1169/20 1169/23
Control's [2]  1125/15 1125/18
coordinated [1]  1174/20
copies [2]  1162/20 1171/15
copying [1]  1163/16
COREY [1]  1112/19
corporate [1]  1170/4
Corporation [2]  1115/11 1115/15
correct [175]
correspondence [3]  1124/24 1163/9
1167/23
could [30]  1120/9 1122/19 1122/22
1123/1 1123/20 1126/11 1129/16
1130/13 1130/15 1132/25 1133/1
1133/3 1133/3 1134/23 1144/8 1156/25
1157/3 1159/3 1160/8 1160/11 1160/18
1161/15 1162/6 1162/7 1163/20 1164/5
1165/7 1166/19 1170/21 1174/15

couldn't [3]  1122/25 1132/9 1160/22
Counsel [1]  1111/11
counterflow [2]  1162/25 1163/25
couple [6]  1117/6 1149/19 1163/14
1164/4 1176/3 1176/4 1176/20
COURT [11]  1111/1 1115/18 1117/20
1117/23 1166/1 1166/19 1172/24
1175/6 1179/10 1179/11 1179/19
courtroom [1]  1155/5
Covington [1]  1114/9
crazy [1]  1178/25
critical [5]  1156/6 1156/11 1156/12
1169/4 1169/5
criticisms [1]  1169/17
cross [4]  1113/13 1119/12 1169/19
1175/15
cross-examination [3]  1119/12 1169/19
1175/15
current [1]  1135/15
currently [1]  1117/11
cutting [1]  1146/2
CV [2]  1111/7 1111/9

**D**

D-25029 [1]  1171/12
D-25030 [1]  1171/16
D.C [5]  1113/8 1113/16 1114/8 1114/11
1115/16
Dallas [1]  1115/6
damage [1]  1169/15
Dan [1]  1126/4
data [25]  1126/14 1126/17 1131/22
1136/8 1136/11 1136/12 1136/12
1136/24 1137/3 1137/17 1138/2
1138/13 1139/23 1160/19 1165/15
1165/22 1165/24 1165/25 1166/4
1166/4 1166/11 1167/2 1167/5 1167/7
1169/22
date [8]  1129/1 1147/25 1148/5 1148/6
1149/17 1158/9 1158/10 1172/15
DAVIS [1]  1114/20
DAVIS-DENNY [1]  1114/20
day [6]  1111/14 1126/25 1129/2
1134/14 1161/5 1161/5
day-to-day [1]  1161/5
days [5]  1146/22 1147/12 1147/23
1163/14 1164/4
DDII [4]  1144/24 1146/11 1150/1
1157/23
deal [2]  1117/14 1118/19
dealing [1]  1130/11
DEBORAH [1]  1115/12
deciding [1]  1161/1
decision [10]  1126/25 1128/21 1129/1
1132/18 1148/19 1148/21 1158/4
1158/6 1158/11 1158/13
decisions [1]  1161/5
decrease [2]  1122/7 1122/11
deductions [1]  1126/11
DEEPWATER [11]  1111/4 1114/13
1114/14 1114/16 1114/17 1114/19
1114/20 1149/21 1150/3 1150/14
1150/16
Deepwater Horizon [4]  1149/21 1150/3
1150/14 1150/16
defects [1]  1169/10
defining [6]  1139/9 1139/14 1139/20
1139/24 1140/23 1141/1
definitely [5]  1123/10 1152/14 1156/4
1160/9 1161/11
Demonstrative [2]  1155/7 1171/16
demonstratives [6]  1117/8 1117/16
1171/10 1172/23 1178/14 1178/16

demos [1]  1123/18
DENNY [1]  1114/20
Department [2]  1113/6 1113/9
departmental [1]  1170/5
depend [1]  1122/12
depends [1]  1122/16
depo [1]  1176/11
deposition [13]  1129/19 1130/3 1135/16
1136/3 1138/4 1138/19 1138/20
1138/22 1171/22 1173/12 1173/14
1173/18 1174/1
depositions [2]  1173/15 1174/4
Deputy [1]  1162/21
designated [3]  1173/12 1173/23 1174/4
designations [1]  1173/25
designed [2]  1146/11 1157/5
detailed [1]  1139/6
Development [2]  1149/25 1150/16
Development Driller II [1]  1150/16
deviate [1]  1169/25
device [1]  1157/9
Dexter [1]  1112/20
did [32]  1117/24 1125/25 1126/14
1126/15 1131/4 1135/7 1135/20
1137/11 1138/13 1138/14 1141/10
1141/16 1142/18 1147/18 1147/9
1151/9 1157/25 1158/8 1160/2 1160/13
1165/14 1165/17 1166/5 1166/8
1166/10 1167/1 1167/4 1168/16
1170/20 1170/22 1174/6 1174/11
didn't [21]  1119/6 1124/1 1125/24
1126/18 1131/3 1131/6 1131/8 1136/11
1138/15 1139/15 1141/5 1141/10
1141/14 1142/17 1145/16 1146/18
1147/18 1151/8 1158/8 1174/9 1177/13
different [9]  1121/17 1135/2 1141/3
1143/19 1143/20 1144/17 1160/8
1161/24 1167/9
differently [1]  1143/9
difficult [1]  1122/17
direct [6]  1123/5 1143/5 1147/6 1154/9
1155/11 1155/22
direction [1]  1165/10 1179/3
director [2]  1171/3 1171/5
disagree [2]  1130/5 1138/1
discounted [1]  1160/22
discrepancy [1]  1119/1
discuss [1]  1139/5
discussed [1]  1169/13
discussing [1]  1122/9
discussion [2]  1141/19 1172/25
discussions [1]  1175/10
disk [8]  1127/20 1136/14 1136/14
1143/17 1143/20 1161/25 1162/9
1163/21
disks [21]  1127/23 1128/15 1128/17
1130/25 1134/19 1134/23 1135/10
1135/11 1135/20 1135/22 1136/9
1143/22 1143/24 1144/6 1144/8
1160/18 1161/22 1161/24 1165/2
1165/9 1167/3
distinguish [1]  1156/13
DISTRICT [5]  1111/1 1111/2 1111/15
1179/11 1179/11
Division [1]  1113/6
do [83]
Docket [2]  1111/4 1111/7 1111/9
document [1]  1153/11
documents [1]  1117/19
does [5]  1118/22 1142/15 1152/20
1164/3 1164/6
doesn't [9]  1118/7 1132/3 1141/17
1142/12 1142/14 1142/16 1146/13


## D

doesn't... [2] 1157/7 1176/7
doing [4] 1120/12 1121/5 1170/6 1174/23
Domengeaux [1] 1111/21
DON [1] 1113/18
don't [50] 1120/17 1123/6 1123/12 1124/7 1124/22 1125/13 1129/4 1129/11 1129/16 1130/5 1130/7 1131/13 1133/11 1134/22 1135/11 1135/24 1136/21 1136/23 1137/4 1137/10 1137/22 1137/25 1139/24 1140/2 1142/9 1146/10 1146/14 1146/22 1148/6 1148/24 1149/5 1149/6 1149/6 1149/11 1149/13 1152/10 1153/1 1153/14 1155/24 1155/25 1159/18 1167/25 1169/6 1169/22 1170/15 1176/7 1176/9 1177/7 1178/3 1178/25
DONALD [1] 1115/3
done [4] 1145/3 1148/8 1170/14 1170/21
door [1] 1177/12
doubt [1] 1119/5
Doug [1] 1149/10
DOUGLAS [1] 1113/3
down [13] 1119/18 1122/19 1123/1 1132/12 1133/19 1140/4 1142/5 1146/24 1148/25 1158/19 1162/25 1163/24 1172/3
DOYEN [6] 1114/19 1159/2 1166/17 1168/1 1168/4 1169/19
Doyen's [2] 1161/8 1171/11
Doyle [4] 1115/18 1179/10 1179/18 1179/18
Dr. [8] 1121/8 1121/14 1121/22 1124/3 1124/4 1125/2 1162/21 1166/10
Dr. Gibson [1] 1166/10
Dr. McNutt [1] 1162/21
Dr. Rygg [6] 1121/8 1121/14 1121/22 1124/3 1124/4 1125/2
drag [1] 1119/17
drawn [1] 1126/12
drill [6] 1134/10 1141/18 1141/21 1142/20 1158/19 1172/4
Driller [2] 1149/25 1150/16
drilling [4] 1114/13 1114/16 1114/19 1152/11
drive [3] 1160/16 1173/8 1173/13
drives [2] 1160/23 1170/1
drop [8] 1119/25 1120/3 1120/8 1120/19 1121/14 1121/23 1122/5 1167/16
dropped [1] 1125/1
drove [1] 1169/23
due [2] 1121/15 1128/24
duly [1] 1119/11
Dupree [4] 1117/17 1168/3 1168/7 1168/15
Dupree's [1] 1117/15
during [3] 1146/23 1156/15 1163/21
dynamic [2] 1120/4 1121/19

## E

e-mail [11] 1119/17 1119/19 1120/15 1121/1 1121/8 1124/3 1124/12 1124/24 1148/14 1163/14 1163/17
each [1] 1178/7
earlier [10] 1123/5 1130/9 1130/14 1131/1 1133/1 1136/18 1144/22 1147/22 1150/20 1154/3
early [2] 1148/18 1172/24
East [1] 1112/16
EASTERN [2] 1111/2 1179/11
Edwards [1] 1111/22
efforts [2] 1169/18 1169/20
EISERT [1] 1114/6
elaborate [1] 1118/18
elastomers [1] 1156/17
eliminated [1] 1133/3
Ellis [3] 1113/20 1114/2 1114/5
Elm [1] 1115/5
Elmo [1] 1159/19
else [3] 1175/25 1177/24 1178/22
empathize [1] 1167/21
enabled [1] 1130/25
end [1] 1170/16
ended [1] 1175/9
Energy [2] 1115/2 1115/7
Enforcement [1] 1113/10
ENGEL [1] 1113/13
engineer [2] 1147/11 1147/22
engineering [3] 1168/17 1168/21 1169/18
ensure [1] 1164/9
entire [1] 1136/22
entitled [1] 1179/15
Environment [1] 1113/10
Environmental [1] 1113/10
equally [1] 1163/1
equipment [1] 1149/20
erode [1] 1156/17
eroded [1] 1122/24
erosion [1] 1122/4
escalated [1] 1170/4
especially [1] 1165/25
ESQ [50] 1111/19 1111/22 1112/3 1112/7 1112/10 1112/13 1112/16 1112/19 1112/19 1112/22 1113/3 1113/3 1113/7 1113/11 1113/11 1113/12 1113/12 1113/13 1113/13 1113/14 1113/14 1113/15 1113/18 1113/21 1113/21 1113/22 1113/22 1113/23 1114/3 1114/6 1114/6 1114/7 1114/10 1114/13 1114/16 1114/19 1114/19 1114/20 1114/20 1114/21 1115/3 1115/3 1115/4 1115/4 1115/5 1115/8 1115/8 1115/12 1115/15 1115/15
essential [4] 1155/12 1155/12 1155/19 1156/20
essentially [1] 1163/17
estimate [2] 1147/14 1150/25
estimated [2] 1147/11 1148/1
et [2] 1111/8 1111/11
ethos [1] 1169/22
event [3] 1154/17 1162/3 1163/21
ever [2] 1121/18 1142/5
every [1] 1156/10
everybody [3] 1176/6 1176/25 1178/22
everyone [2] 1117/3 1179/4
everything [4] 1129/6 1170/20 1175/25 1176/19
evidence [17] 1135/11 1137/9 1137/19 1137/25 1139/1 1139/3 1139/6 1139/10 1140/20 1147/1 1172/1 1172/15 1173/7 1173/11 1173/21 1173/25 1177/15
evolving [1] 1161/7
exact [1] 1155/13
examination [12] 1117/9 1117/17 1119/12 1123/5 1143/5 1154/3 1154/9 1155/11 1158/23 1159/1 1169/19 1175/15
example [1] 1145/6
exception [1] 1117/18
excerpt [1] 1126/3
excerpted [1] 1173/9
exchanged [3] 1178/9 1178/13 1178/14
executed [1] 1146/23
execution [1] 1150/10
exercise [4] 1149/1 1151/10 1152/11 1152/12
exhibit [10] 1117/6 1117/22 1118/2 1118/16 1167/25 1168/2 1168/12 1177/1 1177/4 1178/13
Exhibit 142700.2.1 [1] 1168/12
Exhibit 150307 [1] 1118/2
Exhibit 150307-N [1] 1117/22
exhibit number [1] 1168/2
exhibits [12] 1117/7 1117/15 1118/15 1172/23 1173/4 1173/18 1175/14 1175/21 1176/4 1176/23 1176/24 1177/19
existed [1] 1165/22
expectation [2] 1131/19 1132/24
expected [1] 1150/17
expert [1] 1126/4
expertise [2] 1151/7 1151/11
experts [1] 1153/15
explain [3] 1163/20 1166/1 1166/5
explanation [1] 1164/14
explanations [1] 1164/5
EXPLORATION [6] 1111/10 1113/17 1113/20 1114/2 1114/5 1114/9
explosion [3] 1143/18 1144/1 1144/3
expressed [1] 1164/24
expression [1] 1168/5
extensively [1] 1169/13
extent [1] 1122/24
extra [1] 1172/5
ExxonMobil [1] 1151/23
eyesight [1] 1155/6

## F

facial [1] 1168/5
fact [17] 1122/3 1122/7 1124/22 1125/15 1125/18 1135/10 1135/13 1135/25 1147/1 1147/10 1147/17 1154/16 1160/17 1160/22 1162/9 1167/6 1177/5
fail [2] 1159/4 1160/3
failed [20] 1123/16 1124/20 1125/6 1125/8 1125/10 1126/11 1141/12 1141/16 1142/18 1148/20 1154/17 1154/19 1159/22 1159/25 1160/8 1160/19 1161/22 1161/25 1162/9 1164/5
failing [1] 1161/24
fails [2] 1124/6 1154/23
failure [2] 1125/23 1163/21
fall [1] 1120/21
Fannin [1] 1114/16
far [3] 1118/14 1123/24 1129/6
fate [1] 1171/24
FCRR [3] 1115/18 1179/10 1179/18
feasibility [1] 1151/5
feasible [2] 1151/12 1153/18
feathers [1] 1160/5
federal [2] 1160/19 1171/7
felt [1] 1140/6
few [2] 1172/23 1178/15
FIELDS [1] 1113/23
Fifteenth [1] 1114/7
file [1] 1172/18
filing [1] 1174/21
filings [1] 1174/25
final [4] 1173/1 1173/6 1176/24 1177/19
finalized [1] 1145/21
finalizing [1] 1177/19

## F

finally [1]  1124/1
find [5]  1141/5 1141/10 1141/14
 1167/17 1171/12
finding [1]  1140/3
findings [2]  1140/18 1172/12
fine [1]  1156/24
finish [1]  1118/20
finished [1]  1158/21
Firm [1]  1112/6
first [16]  1117/7 1120/20 1138/24
 1143/15 1148/19 1156/5 1156/8
 1156/11 1156/13 1156/18 1161/12
 1165/2 1165/19 1169/13 1170/9 1171/3
Firstly [1]  1169/8
FITCH [1]  1115/15
five [6]  1139/6 1139/8 1139/14 1139/20
 1139/24 1140/11
fix [3]  1170/6 1170/12 1170/13
FLEMING [1]  1115/5
floating [1]  1160/4
Floor [1]  1114/21
Florida [2]  1112/5 1179/2
flow [29]  1120/16 1121/16 1122/4
 1124/14 1127/12 1127/16 1127/19
 1128/16 1130/24 1133/14 1133/18
 1133/24 1134/2 1134/24 1135/13
 1141/12 1141/16 1141/18 1141/20
 1141/22 1141/24 1142/3 1142/11
 1142/14 1142/20 1142/24 1161/2
 1161/7 1169/15
flowing [5]  1135/3 1137/12 1142/5
 1142/10 1142/22
flows [2]  1133/19 1142/10
FLYNN [1]  1113/7
focus [3]  1124/4 1129/4 1143/21
focusing [1]  1140/7
follow [1]  1149/6
followed [2]  1169/21 1177/4
following [5]  1136/5 1159/24 1162/17
 1172/9 1176/18
follows [1]  1119/11
football [1]  1158/20
foregoing [1]  1179/12
formation [2]  1128/17 1142/5
former [1]  1171/6
forth [1]  1139/14
forward [11]  1123/21 1143/14 1145/3
 1146/19 1148/2 1148/7 1150/24
 1160/17 1160/23 1161/2 1164/8
found [2]  1130/1 1132/13
four [1]  1172/2
fracture [1]  1166/21
frame [4]  1124/17 1146/6 1146/11
 1146/20
FRANK [1]  1112/16
Frilot [1]  1114/12
further [4]  1119/17 1140/4 1158/16
 1170/25
future [1]  1165/10

## G

game [1]  1158/20
gas [2]  1163/1 1163/25
GASAWAY [1]  1114/6
gave [1]  1172/6
general [6]  1122/13 1122/15 1152/10
 1173/22
General's [2]  1112/18 1112/22
generally [2]  1144/25 1145/1
Geological [1]  1171/4
get [19]  1117/21 1125/12 1129/1

1148/25 1154/11 1155/1 1158/9
 1159/16 1161/21 1170/6
 1170/13 1171/25 1176/6 1177/10
 1178/1 1178/2 1178/3 1178/23
Gibson [44]  1126/4 1126/14 1126/16
 1129/10 1129/11 1129/18 1129/18
 1130/5 1130/7 1131/13 1132/4 1132/25
 1133/23 1134/22 1135/9 1135/16
 1135/16 1135/24 1136/2 1136/2 1136/5
 1136/21 1136/23 1137/8 1137/16
 1137/22 1138/4 1138/4 1138/14
 1138/19 1138/19 1138/20 1138/22
 1138/22 1139/22 1140/20 1164/18
 1164/24 1165/5 1165/14 1166/2
 1166/10 1166/18 1166/20
Gibson 1 [1]  1129/18
Gibson's [13]  1127/11 1130/12 1130/20
 1131/2 1132/12 1135/19 1137/2
 1138/16 1139/7 1140/8 1164/16
 1164/22 1165/2
give [2]  1119/4 1119/5
given [1]  1169/8
giving [1]  1121/17
GLADSTEIN [1]  1113/14
GmbH [1]  1111/8
go [11]  1118/1 1120/22 1134/10
 1134/12 1145/3 1146/18 1149/15
 1165/1 1169/25 1176/14 1176/24
Godwin [3]  1115/2 1115/3 1115/7
goes [4]  1133/19 1136/22 1150/9
 1164/7
going [13]  1121/2 1127/14 1148/20
 1162/25 1167/12 1170/9 1170/12
 1172/18 1174/5 1174/10 1176/13
 1178/17 1179/1
gold [1]  1178/2
good [9]  1117/4 1119/9 1119/14
 1120/22 1133/6 1155/6 1156/21
 1172/21 1179/4
got [12]  1124/5 1124/6 1124/15 1125/8
 1125/9 1128/6 1136/12 1142/2 1158/10
 1170/14 1176/17 1176/20
gotten [1]  1132/15
governed [1]  1164/9
government [10]  1119/20 1119/21
 1126/22 1139/14 1140/16 1141/11
 1141/11 1159/12 1162/11 1162/20
government's [1]  1163/6
Grace [1]  1125/22
Grand [1]  1114/21
GRANT [1]  1114/20
GREENWALD [1]  1112/10
group [1]  1153/14
guess [7]  1160/20 1161/5 1162/23
 1174/5 1177/14 1178/10 1179/5
guide [3]  1146/6 1146/10 1146/20
GULF [2]  1115/5 1178/24
GWENDOLYN [1]  1115/8

## H

had [43]  1117/21 1118/17 1119/1
 1124/21 1124/22 1127/9 1130/8
 1130/22 1131/5 1131/8 1131/9 1132/16
 1139/5 1143/6 1143/7 1143/10 1143/12
 1143/25 1144/23 1146/11 1151/7
 1154/3 1156/15 1157/19 1157/20
 1157/23 1161/21 1161/22 1162/1
 1162/8 1162/9 1165/9 1166/22 1168/9
 1168/17 1169/13 1174/8 1174/13
 1174/24 1175/10 1175/14 1175/20
 1176/17
half [2]  1146/16 1178/7
Halliburton [3]  1115/2 1115/7 1177/16

handle [4]  1176/5 1176/6 1176/8 1176/8
 1176/21 1176/23 1161/15
 1162/8
happen [2]  1135/7 1154/23
happened [4]  1131/17 1131/21 1132/2
 1132/3
hard [1]  1161/20
HARIKLIA [2]  1113/21 1158/25
HARVEY [1]  1113/14
has [10]  1119/3 1121/24 1129/20
 1136/13 1137/16 1157/6 1166/24
 1167/6 1171/12 1178/7
Hat [1]  1148/21
have [99]
haven't [2]  1148/14 1176/4
having [7]  1119/11 1132/15 1142/24
 1148/24 1167/20 1169/21 1178/24
HAYCRAFT [1]  1113/18
Hayes [1]  1162/22
Hayward [3]  1118/3 1118/6 1177/2
HB [1]  1115/18
HB-406 [1]  1115/18
he [40]  1118/8 1121/11 1124/12
 1124/14 1129/12 1129/14 1130/6
 1130/15 1131/7 1133/4 1140/11
 1140/23 1149/10 1149/20 1149/25
 1150/23 1159/11 1159/21 1159/22
 1160/4 1161/8 1162/22 1162/23 1164/6
 1164/7 1164/19 1165/8 1165/17 1166/3
 1166/5 1166/8 1166/14 1166/24 1167/1
 1167/4 1167/6 1167/8 1168/8 1168/15
 1176/15
head [2]  1148/11 1179/2
headed [1]  1177/12
heading [2]  1141/22 1141/24
heads [1]  1166/15
hear [2]  1132/9 1158/8
heard [5]  1120/20 1125/21 1125/24
 1127/3 1168/19
hearing [1]  1169/17
here [31]  1120/3 1121/12 1123/11
 1123/21 1124/12 1127/24 1129/25
 1132/16 1132/16 1134/2 1134/19
 1136/5 1142/9 1142/17 1143/15
 1143/21 1149/18 1154/2 1155/3 1155/5
 1155/8 1159/5 1161/8 1168/7 1168/15
 1171/11 1171/14 1171/25 1175/22
 1176/6 1179/1
hereby [1]  1179/12
Herman [3]  1111/18 1111/18 1111/19
high [3]  1142/11 1142/14 1142/16
highlighted [4]  1129/13 1130/21 1156/8
 1156/14
highlighting [1]  1163/10
highly [1]  1128/20
him [6]  1120/16 1121/8 1159/24
 1165/14 1177/11 1177/12
HIMMELHOCH [1]  1113/15
himself [1]  1167/5
hindsight [7]  1129/8 1131/25 1142/7
 1160/10 1161/5 1162/5 1165/23
his [21]  1121/11 1125/21 1126/7
 1126/10 1126/15 1126/17 1129/14
 1130/20 1131/2 1131/6 1132/12
 1133/23 1136/22 1139/22 1159/7
 1159/21 1164/23 1164/24 1165/5
 1165/18 1166/5
Holdings [3]  1114/12 1114/15 1114/18
hole [8]  1121/18 1121/24 1122/3
 1122/10 1122/14 1122/22 1122/24
 1125/23
Honor [24]  1117/25 1118/2 1118/11
 1118/13 1118/21 1118/25 1119/9

**H**

Honor... [17]  1127/6 1155/1 1158/16
1158/18 1167/11 1167/20 1171/8
1171/17 1171/25 1172/1 1172/6
1172/11 1172/20 1173/16 1175/9
1176/3 1177/1
HONORABLE [1]  1111/15
Hope [1]  1114/3
hopefully [1]  1175/12
HORIZON [5]  1111/4 1149/21 1150/3
1150/14 1150/16
hour [3]  1123/9 1158/20 1178/7
Houston [2]  1114/17 1115/9
how [5]  1119/6 1122/22 1151/14
1167/14 1173/15
however [1]  1176/16
Hunter [3]  1162/21 1171/5 1171/23
hurricane [3]  1178/23 1178/24 1178/24
hydrate [1]  1153/1
hydrates [1]  1153/16
Hydraulic [1]  1121/12
Hydril [3]  1157/12 1157/16 1157/23
hydrocarbon [7]  1134/23 1135/3
1141/18 1141/20 1142/10 1142/11
1142/20
hydrocarbons [4]  1127/16 1128/16
1133/14 1135/5
hydrostatic [1]  1166/14

**I**

I'll [5]  1117/14 1119/4 1119/5 1132/4
1144/18
I'm [26]  1120/11 1120/12 1121/1
1123/23 1124/4 1124/5 1124/17
1124/21 1125/2 1125/4 1130/12 1132/9
1136/18 1138/5 1138/19 1138/21
1140/7 1146/13 1146/17 1157/22
1158/10 1158/11 1158/21 1164/19
1168/12 1176/16
I've [3]  1129/25 1130/21 1167/14
IAIN [1]  1119/10
idea [1]  1142/24
identified [8]  1118/16 1127/24 1144/23
1147/8 1153/15 1154/12 1169/10
1169/12
identifies [1]  1152/18
identify [3]  1152/12 1153/5 1156/25
identifying [1]  1170/11
if [48]  1118/16 1121/15 1122/3 1122/3
1122/24 1123/23 1124/16 1127/6
1129/4 1129/16 1129/16 1130/7
1130/13 1130/13 1130/22 1131/7
1132/25 1133/2 1134/23 1140/4 1143/9
1144/3 1144/6 1144/6 1147/14 1151/12
1154/23 1156/15 1157/17 1159/16
1159/19 1161/8 1161/22 1162/1
1162/14 1165/18 1166/9 1166/22
1167/18 1167/19 1174/9 1175/5 1175/6
1175/6 1176/5 1176/6 1177/17
II [2]  1149/25 1150/16
Illinois [1]  1113/24
imagine [1]  1156/10
immediately [1]  1118/4
impact [1]  1160/13
implications [1]  1165/10
implicit [4]  1141/13 1142/19 1142/23
1143/2
implies [1]  1143/24
important [3]  1152/11 1155/12 1155/19
impossible [1]  1148/5
impression [1]  1169/20
in [184]

INC [14]  1111/11 1113/18 1113/21
1114/16 1114/11 1114/11 1114/11
1114/14 1114/16 1114/17 1114/19
1114/20 1115/3 1115/8
inch [1]  1165/9
incident [2]  1160/15 1170/3
included [1]  1125/22
includes [1]  1150/12
including [2]  1162/21 1169/18
inconsistencies [1]  1140/18
inconsistent [2]  1168/20 1168/22
incorporated [1]  1117/10
incorrect [1]  1144/5
increase [1]  1122/4
increased [3]  1120/5 1121/16 1122/3
increasing [1]  1122/10
independent [3]  1126/17 1126/18
1170/24
independently [2]  1126/14 1167/5
indicate [4]  1118/22 1127/14 1134/8
1134/9
indicated [9]  1123/8 1141/3 1143/5
1145/2 1145/15 1147/6 1154/9 1159/11
1164/15
indicates [1]  1120/3 1141/22 1141/24
indicating [2]  1154/22 1166/3
indication [1]  1129/12 1142/9 1142/12
indications [1]  1162/2
individual [1]  1170/5
individuals [2]  1163/16 1171/20
industry [3]  1151/11 1153/15 1170/20
information [5]  1129/21 1140/8 1161/7
1166/11 1169/21
Inglis [7]  1162/16 1162/19 1163/6
1163/11 1163/15 1163/19 1164/3
initial [1]  1163/21
install [5]  1146/16 1148/18 1148/20
1158/4 1158/6
installation [3]  1146/12 1150/15 1155/16
installed [4]  1146/14 1148/17 1148/25
1150/21
installing [1]  1146/6
instinctive [1]  1170/12
integral [1]  1155/16
Interests [1]  1112/19
interpretation [3]  1120/7 1137/17 1138/9
interpretations [3]  1120/9 1122/1 1141/3
interruption [1]  1167/10
into [9]  1128/17 1133/19 1133/21
1135/2 1142/5 1173/7 1173/11 1173/21
1173/25
introduced [1]  1117/7
investigation [1]  1163/7
involved [3]  1127/16 1127/20 1160/5
involves [2]  1133/18 1143/17
Irpino [5]  1112/6 1112/7 1117/4 1175/24
1177/9
is [142]
isn't [12]  1125/19 1126/5 1138/17
1141/13 1143/7 1144/13 1150/22
1151/13 1152/16 1155/6 1157/9
1157/13
isolation [1]  1124/16
issue [3]  1114/6 1146/19 1176/11
issues [5]  1130/10 1144/23 1153/8
1176/20 1178/15
it [160]
it's [37]  1111/8 1118/16 1122/16
1123/23 1125/8 1125/18 1128/3
1129/14 1129/25 1129/25 1131/21
1132/2 1133/2 1134/5 1137/1 1141/1
1150/21 1156/6 1156/8 1156/8 1156/12
1156/12 1156/24 1157/20 1158/20

1160/16 1160/21 1161/20 1170/13
1170/14 1172/8 1173/9 1174/22 1174/23
1174/25 1177/18 1178/25 1179/1
item [1]  1156/5
its [1]  1172/8
itself [1]  1152/15

**J**

Jackson [1]  1112/17
JAMES [4]  1111/22 1112/22 1117/14
1117/17
Jefferson [1]  1111/23
JENNY [1]  1115/3
jobs [1]  1170/9
joint [1]  1175/6
jointly [1]  1175/12
JOSEPH [1]  1114/6
JR [1]  1115/4
JUDGE [4]  1111/15 1117/4 1171/2
1174/11
Judge Barbier [2]  1171/2 1174/11
judgment [2]  1172/12 1172/14
JUDY [1]  1113/14
June [2]  1148/1 1150/22 1158/1 1158/3
1158/4 1163/11 1163/15
June 1 [2]  1163/11 1163/15
June 2 [3]  1148/1 1158/1 1158/3
June 6 [1]  1150/22
June 9 [1]  1158/4
junk [6]  1122/11 1122/12 1122/15
1122/16 1122/19 1122/25
Junk Shot [3]  1122/11 1122/12 1122/15
just [29]  1119/16 1122/15 1123/18
1123/23 1124/4 1124/25 1129/1
1138/21 1140/7 1143/21 1144/24
1147/18 1156/2 1158/21 1163/13
1164/3 1168/4 1168/9 1172/9 1172/14
1173/10 1173/20 1173/20 1174/2
1176/3 1176/6 1176/11 1176/20 1177/9
Justice [2]  1113/6 1113/9

**K**

Kanner [2]  1113/2 1113/3
KARIS [3]  1113/21 1158/25 1174/6
Katz [2]  1111/18 1114/21
keep [3]  1132/11 1167/12 1170/10
keeping [1]  1170/15
KERRY [1]  1114/13
key [4]  1128/3 1130/10 1152/18
1160/24
kill [53]  1118/6 1120/4 1121/12 1121/19
1122/8 1123/12 1123/16 1123/25
1124/5 1124/6 1124/9 1124/20 1125/4
1125/23 1126/11 1126/23 1141/12
1141/15 1142/18 1143/6 1143/6 1143/8
1143/10 1143/10 1143/12 1144/4
1144/7 1144/7 1144/13 1144/20
1145/25 1146/3 1146/23 1148/19
1148/20 1149/1 1149/4 1149/7 1149/19
1150/12 1159/4 1159/22 1159/24
1160/3 1160/7 1162/17 1163/14
1163/21 1164/4 1164/5 1167/24
1168/21 1171/4
killed [1]  1161/14
killing [1]  1144/7
kind [2]  1153/21 1176/12
kinds [1]  1170/8
KIRBY [1]  1115/15
Kirkland [3]  1113/20 1114/2 1114/5
knew [3]  1129/5 1138/7 1138/10
know [21]  1118/8 1123/24 1124/22
1129/6 1129/7 1129/9 1131/14 1132/19
1133/16 1133/17 1135/7 1135/9

know... [9]  1135/13 1135/20 1135/22
 1149/10 1149/13 1162/8 1162/23
 1168/1 1178/17
knowledge [2]  1131/25 1132/21
known [5]  1131/8 1161/1 1161/6 1161/9
 1167/7
knows [1]  1160/17
KRAUS [1]  1113/3
Kuchler [2]  1115/11 1115/12
Kurt [2]  1123/4 1124/19
KY [1]  1115/15

## L

labeled [1]  1173/14
Labs [2]  1171/6 1171/7
laed.uscourts.gov [1]  1115/20
Lafayette [1]  1111/24
Lake [1]  1112/14
Lamar [1]  1115/9
Landry [4]  1149/13 1167/24 1168/2
 1168/8
LANGAN [1]  1113/21
language [2]  1131/9 1131/11
large [14]  1121/18 1122/25 1123/12
 1124/1 1124/15 1124/20 1125/11
 1125/24 1142/18 1142/25 1143/1
 1157/14 1159/8 1160/1
larger [1]  1122/14
Lasalle [1]  1113/23
last [3]  1150/17 1168/25 1172/23
later [4]  1118/19 1126/25 1174/7 1176/2
Law [1]  1112/6
lead [1]  1169/13
lead-up [1]  1169/13
Leading [1]  1128/19
LEASING [1]  1111/8
leave [1]  1175/17
led [1]  1132/18
left [3]  1119/3 1119/7 1177/25
less [1]  1121/18
let [13]  1119/15 1120/12 1121/1
 1124/17 1129/18 1138/21 1153/3
 1154/25 1159/18 1162/22 1162/23
 1168/7 1175/9
let's [40]  1118/19 1119/15 1119/22
 1120/11 1120/13 1121/4 1121/6 1126/1
 1126/20 1130/18 1132/15 1133/7
 1133/25 1134/17 1135/16 1136/2
 1137/14 1138/4 1138/19 1139/17
 1145/9 1145/18 1146/8 1147/4 1147/20
 1148/9 1149/8 1149/15 1150/7 1151/15
 1152/8 1153/11 1153/11 1154/20
 1163/11 1165/1 1166/16 1167/9
 1177/24 1178/3
letter [6]  1149/10 1149/17 1168/2
 1168/8 1168/13 1168/23
Levin [1]  1112/2
Lewis [3]  1113/17 1115/2 1115/7
LI [1]  1114/20
like [9]  1118/21 1160/5 1169/24 1170/4
 1170/16 1171/9 1173/3 1175/5 1176/21
likelihood [2]  1120/4 1122/7
likely [4]  1128/20 1129/13 1164/18
 1175/7
likewise [1]  1122/10
limitations [1]  1122/22
limited [1]  1122/18
line [15]  1118/4 1123/1 1129/19
 1129/19 1135/17 1135/17 1138/5
 1138/5 1138/20 1159/10 1159/14
 1159/17 1159/17 1162/12 1164/7

liner [1]  1165/9
lines [2]  1131/20 1138/3
 1138/22
linking [1]  1123/18 1123/19
Liskow [1]  1113/17
list [14]  1117/7 1117/14 1117/15
 1117/19 1117/21 1118/15 1118/22
 1150/9 1151/17 1172/22 1173/4
 1173/11 1177/4 1178/12
listed [2]  1176/17 1177/4
lists [6]  1117/6 1117/10 1117/11
 1139/20 1174/7 1178/13
little [4]  1119/17 1127/3 1133/9 1175/1
LLC [8]  1111/18 1111/22 1113/2
 1114/12 1114/13 1114/16 1114/19
 1115/11
LLP [8]  1112/12 1113/20 1114/2 1114/5
 1114/9 1114/15 1114/18 1115/14
LMRP [9]  1145/15 1145/20 1150/13
 1152/21 1153/17 1154/10 1154/12
 1154/17 1154/22
Lockett [2]  1120/15 1120/19
logically [1]  1169/11
look [10]  1121/4 1137/14 1138/4
 1138/19 1139/17 1140/4 1147/20
 1151/12 1151/15 1166/9
looking [12]  1131/19 1131/21 1131/24
 1135/15 1137/17 1138/3 1161/4
 1165/24 1167/5 1170/10 1170/18
 1170/18
looks [1]  1142/7
loose [1]  1136/13
Los [2]  1114/4 1114/22
lot [2]  1170/1 1170/2
LOUISIANA [15]  1111/2 1111/6 1111/20
 1111/24 1112/8 1112/14 1112/22
 1112/24 1113/3 1113/4 1113/19
 1114/14 1115/13 1115/19 1179/12
lovely [1]  1155/1
low [1]  1165/25
lower [1]  1154/2
LP [2]  1115/12 1115/15
lucky [2]  1167/18 1167/19
LUIS [1]  1114/20
Lundy [3]  1112/12 1112/12 1112/13
Luxenberg [1]  1112/9

## M

Macondo [2]  1122/18 1170/4
made [8]  1128/21 1129/2 1148/19
 1148/21 1158/4 1158/6 1158/13 1169/5
Magazine [1]  1112/7
magnitudes [1]  1170/4
mail [11]  1119/17 1119/19 1120/15
 1121/1 1121/8 1124/3 1124/12 1124/24
 1148/14 1163/14 1163/17
main [1]  1176/11
maintain [2]  1173/22 1174/3
maintenance [1]  1144/23
make [13]  1127/4 1137/12 1158/21
 1161/20 1164/8 1169/22 1170/3
 1170/10 1171/10 1175/6 1176/12
 1176/19 1177/18
makes [1]  1174/10
making [2]  1168/16 1170/16
man [1]  1160/20
manage [1]  1153/5
managed [1]  1153/18
management [1]  1153/1
many [3]  1167/14 1173/15 1176/17
Marcia [2]  1171/3 1171/22
marine [1]  1154/2
mark [2]  1117/9 1171/10

marked [1]  1117/19
marking [2]  1121/19 1121/21
marshaling [3]  1173/1 1173/6 1176/24
MARTIN [1]  1114/3
MARTINEZ [1]  1115/3
massive [3]  1127/12 1133/23 1134/2
matter [2]  1176/7 1179/15
matters [1]  1172/9
MATTHEW [2]  1112/13 1113/22
may [39]  1119/16 1119/25 1121/5
 1123/22 1124/5 1124/6 1124/6 1125/8
 1126/23 1129/2 1130/25 1138/7
 1139/19 1141/10 1141/15 1141/15
 1141/21 1142/18 1142/21 1143/15
 1144/24 1145/12 1145/22 1146/10
 1147/7 1147/24 1149/17 1151/2 1158/6
 1158/10 1158/13 1159/13 1161/1
 1161/9 1162/17 1162/19 1174/6
 1178/24 1179/2
May 16 [2]  1119/16 1124/5
May 17 [1]  1145/12
May 23 [1]  1149/17
May 25 [1]  1145/22
May 26 [1]  1146/10
May 27 [1]  1124/6
May 28 [3]  1124/6 1125/8 1147/24
May 29 [11]  1129/2 1138/7 1139/19
 1141/10 1141/15 1143/15 1144/24
 1158/6 1158/10 1158/13 1159/13
May 31 [2]  1162/17 1162/19
maybe [3]  1120/19 1174/15 1179/2
MAZE [1]  1112/19
Mazzella [4]  1117/9 1159/5 1159/7
 1160/2
Mazzella's [3]  1125/21 1159/3 1159/16
McCutchen [1]  1115/14
McNutt [3]  1162/21 1171/3 1171/22
MD [1]  1111/4
me [21]  1119/15 1120/12 1121/1
 1124/17 1124/25 1129/6 1129/14
 1129/18 1130/15 1138/21 1139/8
 1140/9 1143/9 1146/22 1152/10 1153/3
 1154/25 1159/18 1168/7 1175/9 1176/7
mean [4]  1139/3 1146/13 1168/16
 1178/25
means [3]  1121/17 1124/17 1134/2
meant [2]  1161/25 1171/8
measurable [1]  1139/10
mechanical [1]  1115/24
mechanism [2]  1156/9 1156/15
meet [1]  1178/15
members [2]  1125/17 1162/20
mention [2]  1174/6 1174/10
mentioned [5]  1145/2 1146/5 1152/23
 1154/14 1155/20
merely [1]  1155/20
message [3]  1123/4 1123/8 1141/7
MEXICO [1]  1111/5
MICHAEL [1]  1114/19
mid [2]  1151/2 1178/25
mid-May 2010 [1]  1151/2
mid-October [1]  1178/25
middle [2]  1119/25 1147/7
might [7]  1130/8 1130/14 1132/6
 1132/10 1141/12 1165/9 1168/25
MIKE [1]  1114/10
MILLER [1]  1114/13
mind [2]  1129/16 1170/14
minds [1]  1170/17
mine [1]  1119/4
minimize [1]  1169/15
minute [8]  1134/3 1134/6 1134/10
 1134/12 1134/14 1158/19 1167/13

**M**

minute... [1] 1172/4
minutes [10] 1172/4 1119/3 1119/4 1119/5
1119/7 1167/17 1167/18 1172/2 1172/3
1172/5 1178/7
misleading [3] 1124/2 1157/20 1157/22
missed [1] 1162/23
Mississippi [1] 1112/17
misspoken [1] 1174/7
Mitchell [1] 1112/2
mitigate [1] 1152/13
mitigating [1] 1170/11
mitigation [2] 1156/18 1160/24
Mix [8] 1121/12 1123/4 1123/11 1123/15
1124/9 1124/19 1125/22 1141/7
MMS [1] 1152/2
model [4] 1134/5 1134/13 1144/2
1155/8
models [4] 1134/7 1134/9 1155/1
1155/4
modified [1] 1162/24
moment [2] 1132/5 1140/7
Momentum [2] 1120/4 1122/8
Monday [8] 1172/19 1172/20 1176/6
1176/9 1178/5 1178/20 1178/21 1179/5
Montgomery [1] 1112/20
month [1] 1146/16
more [12] 1122/14 1132/6 1132/10
1136/9 1139/22 1160/21 1163/1 1165/6
1165/8 1175/1 1175/15 1175/22
Morgan [2] 1112/15 1112/15
morning [7] 1119/2 1119/7 1123/9
1174/12 1176/9 1177/17 1178/5
most [3] 1129/13 1164/18 1178/4
motion [2] 1172/11 1172/14
move [2] 1128/22 1167/9
moved [1] 1123/21
Mr [1] 1171/9
Mr. [95]
Mr. Adams [3] 1119/14 1129/4 1175/21
Mr. Ballard [1] 1175/15
Mr. Barr [2] 1118/3 1179/2
Mr. Brian [1] 1168/5
Mr. Brian's [1] 1171/24
Mr. Brock [3] 1159/23 1175/9 1175/11
Mr. Dan [1] 1126/4
Mr. Doyen [5] 1159/2 1166/17 1168/1
1168/4 1169/19
Mr. Doyen's [2] 1161/8 1171/11
Mr. Dupree [3] 1168/3 1168/7 1168/15
Mr. Gibson [29] 1126/14 1126/16
1129/10 1129/11 1130/5 1130/7
1131/13 1132/4 1132/25 1133/23
1134/22 1135/9 1135/24 1136/5
1136/21 1136/23 1137/8 1137/16
1137/22 1138/14 1139/22 1140/20
1164/18 1164/24 1165/5 1165/14
1166/2 1166/18 1166/20
Mr. Gibson's [13] 1127/11 1130/12
1130/20 1131/2 1132/12 1135/19
1137/2 1138/16 1139/7 1140/8 1164/16
1164/22 1165/2
Mr. Hayward [1] 1118/3
Mr. Inglis [6] 1162/16 1162/19 1163/6
1163/11 1163/19 1164/3
Mr. Irpino [2] 1175/24 1177/9
Mr. Lockett [2] 1120/15 1120/19
Mr. Mazzella [3] 1159/5 1159/7 1160/2
Mr. Mazzella's [3] 1125/21 1159/3
1159/16
Mr. Mix [5] 1121/12 1123/11 1123/15
1124/9 1125/22

Mr. Rygg [1] 1123/24
Mr. Seemann [1] 1127/3
Mr. Sprague [1] 1124/12
Mr. Suttles [2] 1149/18 1150/9
Mr. Turlak [1] 1155/3
Mr. Wellings [1] 1148/11
Mr. Wellings' [1] 1148/16
Mr. Ziegler [1] 1177/19
Ms. [1] 1174/6
Ms. Karis [1] 1174/6
much [6] 1119/6 1124/14 1141/12
1141/16 1142/24 1171/1
mud [5] 1127/14 1128/15 1133/19
1162/24 1163/24
Munger [1] 1114/18
my [11] 1120/20 1120/22 1124/4 1138/9
1155/6 1167/11 1167/15 1168/25
1170/24 1175/15 1179/13
myself [1] 1119/2

**N**

N.W [3] 1114/7 1114/10 1115/16
NATHANIEL [1] 1113/12
National [2] 1116/6 1171/6
Natural [1] 1113/10
near [2] 1142/3 1179/1
necessarily [2] 1131/18 1161/4
need [7] 1147/7 1153/5 1158/21 1172/9
1173/20 1173/24 1175/1
needed [4] 1145/2 1145/6 1145/15
1146/5
needs [1] 1179/2
nevertheless [1] 1144/11
new [11] 1111/6 1111/20 1112/8
1112/11 1112/11 1113/4 1113/19
1114/14 1115/13 1115/19 1136/12
news [1] 1120/21
next [12] 1172/13 1172/24 1174/15
1175/2 1175/11 1175/12 1175/17
1175/22 1178/4 1178/18 1178/20
1178/21
night [1] 1159/13
no [27] 1117/11 1126/16 1128/25
1129/17 1135/13 1135/14 1138/15
1142/16 1146/17 1146/21 1146/23
1147/1 1147/3 1148/4 1158/6 1158/16
1161/3 1161/5 1161/11 1161/21
1161/21 1164/15 1168/24 1169/6
1170/25 1173/19 1176/13
NONJURY [1] 1111/14
North [1] 1112/23
not [73]
note [2] 1121/15 1123/19
noted [1] 1177/18
November [1] 1173/2
November 7 [1] 1173/2
now [28] 1120/7 1121/24 1123/4
1123/21 1129/5 1132/1 1132/15
1132/15 1132/21 1133/16 1133/17
1136/19 1138/6 1138/23 1144/22
1160/10 1162/10 1162/14 1164/16
1164/23 1165/18 1166/9 1169/17
1173/5 1174/8 1176/5 1176/10 1179/1
number [11] 1137/16 1138/25 1141/6
1141/13 1141/17 1142/23 1150/15
1165/5 1167/25 1168/7 1168/7
Number 1 [4] 1137/16 1138/25 1165/5
1169/4
Number 2 is [1] 1141/17

**O**

O'CONNOR [1] 1114/7
O'Keefe [1] 1111/19

O'ROURKE [1] 1113/11
O'clock [2] 1119/4 1172/7
objected [3] 1117/23 1118/4 1176/4
objection [9] 1117/12 1117/19 1118/12
1118/13 1118/22 1118/23 1171/18
1173/17 1176/13
objections [4] 1117/11 1173/19 1173/23
1174/3
observation [1] 1139/9
observations [9] 1139/9 1139/14
1139/20 1139/24 1140/5 1140/12
1140/24 1141/2 1163/20
observed [1] 1164/14
obviously [3] 1131/7 1150/24 1175/20
occur [1] 1128/20
ocean [2] 1133/21 1148/25
Oceaneering [1] 1152/4
October [5] 1111/7 1117/2 1117/9
1117/17 1178/25
October 2 [2] 1117/9 1117/17
off [5] 1141/19 1154/18 1157/14
1167/11 1177/3
offer [3] 1173/5 1173/7 1173/11
offered [7] 1117/8 1117/16 1146/23
1173/14 1173/25 1174/1 1174/7
offering [3] 1173/21 1174/2 1175/22
Office [7] 1111/23 1112/4 1112/18
1112/22 1112/23 1113/7 1113/15
Official [3] 1115/18 1179/10 1179/19
Offshore [3] 1114/13 1114/16 1114/19
often [1] 1160/16
Oh [1] 1153/23
oil [6] 1111/4 1111/4 1128/23 1142/5
1162/25 1163/25
oil/gas [1] 1163/25
okay [24] 1119/8 1121/3 1125/5 1125/9
1126/19 1131/12 1131/14 1131/15
1131/25 1132/14 1132/22 1133/23
1135/20 1136/7 1138/6 1138/23
1156/24 1158/12 1171/18 1172/21
1173/17 1175/13 1175/19 1177/24
Ole [1] 1123/19
Olson [1] 1114/18
on [125]
once [1] 1174/17
one [31] 1117/18 1117/19 1120/16
1121/1 1121/22 1122/1 1125/14
1130/10 1132/17 1136/9 1140/3
1150/17 1151/4 1152/10 1152/21
1154/14 1154/15 1156/14 1157/3
1159/11 1160/22 1160/25 1165/6
1165/8 1168/15 1170/9 1171/8 1171/11
1174/24 1175/21 1177/3
only [15] 1120/7 1123/15 1123/24
1124/19 1132/17 1134/23 1138/25
1162/5 1162/7 1162/11 1163/13
1164/13 1174/5 1174/10 1176/10
open [19] 1134/20 1134/23 1135/10
1135/11 1135/14 1135/22 1136/14
1143/17 1143/22 1143/24 1143/25
1143/25 1144/3 1144/4 1144/6 1165/7
1165/9 1170/15 1175/18
openings [1] 1178/8
operation [5] 1149/19 1150/10 1153/17
1164/4 1170/3
operational [1] 1152/18
operations [3] 1144/14 1169/24 1169/25
opinion [12] 1124/21 1124/22 1138/6
1143/10 1144/19 1156/20 1159/22
1161/17 1164/23 1165/2 1165/5
1170/24
opinions [6] 1159/3 1159/25 1160/3
1160/4 1160/8 1164/17

## O

opportunity [2]  1161/12 1176/12
opposition [1]  1172/19
optimistic [1]  1147/14
option [5]  1145/3 1146/24 1147/7
  1157/6 1163/10
options [2]  1170/15 1170/15
or [18]  1118/17 1120/4 1123/19 1123/23
  1128/16 1136/9 1136/14 1139/9 1148/5
  1152/11 1155/12 1161/9 1164/18
  1165/6 1165/8 1169/11 1175/2 1175/21
order [4]  1149/4 1150/10 1178/7
  1178/18
orders [1]  1177/5
orifice [11]  1123/12 1124/1 1124/15
  1124/20 1125/11 1142/18 1142/25
  1143/1 1159/8 1159/22 1159/25
Orleans [8]  1111/6 1111/20 1112/8
  1113/4 1113/19 1114/14 1115/13
  1115/19
other [12]  1121/1 1124/22 1126/17
  1145/2 1159/25 1169/16 1174/4 1174/5
  1174/10 1174/17 1176/11 1179/3
others [1]  1117/23
otherwise [1]  1118/16
our [21]  1117/7 1117/14 1132/16 1155/1
  1164/7 1164/8 1170/10 1172/14
  1172/22 1172/23 1173/4 1173/12
  1173/22 1173/25 1174/2 1174/3 1174/7
  1174/21 1175/14 1175/21 1177/4
ours [1]  1176/20
out [49]  1119/15 1119/22 1120/11
  1120/13 1121/4 1121/6 1123/2 1126/1
  1128/17 1129/10 1130/1 1130/18
  1131/16 1132/19 1132/23 1133/20
  1134/16 1137/14 1140/5 1142/10
  1144/8 1145/9 1145/18 1146/8 1147/4
  1147/20 1149/8 1149/15 1150/7
  1151/15 1152/8 1153/12 1158/22
  1160/7 1160/11 1160/14 1161/18
  1161/22 1162/6 1162/8 1165/19
  1166/16 1174/6 1174/14 1176/6
  1177/12 1177/16 1177/20 1178/23
outs [2]  1117/16 1172/23
over [10]  1121/12 1124/12 1124/14
  1125/8 1127/24 1141/14 1141/16
  1171/10 1171/14 1175/24
owe [1]  1178/20
own [2]  1138/13 1163/6

## P

PA [1]  1112/3
package [1]  1154/2
page [19]  1116/2 1118/4 1119/18
  1129/19 1129/19 1135/17 1135/17
  1136/3 1138/5 1138/5 1138/20 1138/22
  1138/23 1139/7 1150/19 1159/17
  1165/1 1165/18 1166/9
page 12 [1]  1135/17
page 38 [1]  1138/23
page 828 [1]  1159/17
pages [1]  1171/15
Papantonio [1]  1112/2
paragraph [1]  1165/19
part [7]  1118/17 1141/8 1152/15
  1152/17 1155/16 1156/6 1178/4
partial [2]  1172/12 1172/14
participants [1]  1160/20
particular [3]  1118/15 1123/9 1161/6
particularly [1]  1169/10
parties [14]  1117/5 1117/7 1117/15
  1119/6 1172/18 1174/1 1174/4 1174/12

1174/22 1175/9 1176/12 1176/18
  1177/10 1177/16
parties' [1]  1176/23
parts [2]  1164/22 1164/22
party [2]  1118/10 1118/11
pass [2]  1134/6 1173/10
passage [1]  1130/21
past [1]  1133/20
path [2]  1161/2 1161/2
PAUL [1]  1113/22
PC [3]  1112/9 1115/2 1115/7
peer [8]  1151/1 1151/4 1151/7 1151/14
  1151/17 1152/15 1152/18 1170/19
pending [1]  1172/11
Pennsylvania [1]  1114/10
Pensacola [1]  1112/5
people [13]  1119/19 1120/16 1124/21
  1124/22 1125/10 1151/17 1151/20
  1151/20 1151/23 1151/25 1169/22
  1170/2 1179/1
people's [2]  1126/17 1170/17
per [6]  1134/3 1134/6 1134/9 1134/12
  1134/14 1134/14
perceived [1]  1158/8
perform [1]  1165/14
person [4]  1123/16 1123/25 1124/19
  1129/20
personally [1]  1170/20
personnel [1]  1170/6
pertained [1]  1118/5
pessimistic [1]  1120/20
PETITION [1]  1111/8
PETOSA [1]  1112/16
Petroleum [2]  1115/11 1115/14
Phase [3]  1173/12 1173/13 1174/24
Phase One [1]  1174/24
Phase Two [2]  1173/12 1173/13
phone [2]  1167/10 1167/11
phones [1]  1167/16
picking [1]  1157/22
pieces [1]  1139/6
pipe [5]  1134/7 1134/10 1141/18
  1141/21 1142/20
place [3]  1130/24 1149/20 1162/8
placed [1]  1122/22
Plaintiffs [7]  1111/18 1111/21 1112/2
  1112/6 1112/9 1112/12 1112/15
plan [3]  1147/18 1156/21 1169/25
planning [1]  1147/24
plausible [20]  1128/2 1128/3 1128/4
  1128/8 1128/10 1128/12 1129/22
  1132/17 1132/22 1143/3 1143/4
  1160/21 1162/12 1163/1 1163/8
  1163/10 1163/13 1164/5 1164/14
  1166/13
play [2]  1171/3 1171/20
played [2]  1171/23 1173/8
PLC [5]  1113/19 1113/22 1114/4 1114/7
  1114/11
please [3]  1117/3 1121/14 1165/1
plugged [1]  1122/22
plugging [1]  1122/22
point [14]  1119/24 1134/23 1141/13
  1141/17 1141/20 1142/19 1146/14
  1147/11 1157/22 1161/3 1161/6 1172/8
  1172/15 1173/11
pointing [2]  1155/7 1174/6
points [2]  1156/14 1170/9
Polk [1]  1115/11
portions [2]  1174/2 1174/3
position [2]  1142/23 1148/18
posits [1]  1143/22
possibility [4]  1144/10 1166/4 1166/22

1166/25
possible [2]  1127/9 1127/25
  1128/1 1128/3 1128/4 1128/5 1128/5
  1128/9 1128/12 1129/21 1129/23
  1132/17 1137/1 1140/21 1143/4
  1160/20 1160/21 1161/23 1162/11
  1162/23 1162/24 1163/13 1166/12
  1170/7 1170/23
possibly [2]  1132/6 1170/21
Post [5]  1111/23 1112/4 1112/23 1113/7
  1113/15
potential [7]  1143/6 1143/10 1143/12
  1153/5 1161/21 1166/22 1169/15
potentially [3]  1124/2 1128/19 1157/20
PowerPoint [2]  1139/13 1140/5
Poydras [4]  1113/18 1114/13 1115/12
  1115/18
practice [1]  1161/17
practices [1]  1168/20
predominantly [4]  1133/20 1141/18
  1141/21 1142/20
preliminary [1]  1159/13
preparing [1]  1172/22
prerequisite [1]  1149/1
prerequisites [2]  1149/19 1167/24
PRESCOTT [2]  1115/4 1177/16
presentation [4]  1139/13 1139/19
  1140/5 1141/10
presented [6]  1126/22 1140/18 1142/4
  1159/12 1160/18 1176/14
president [2]  1171/5 1171/6
pressure [19]  1119/25 1120/3 1120/8
  1120/19 1120/21 1121/14 1121/15
  1121/23 1122/4 1125/1 1125/3 1153/5
  1153/6 1165/25 1166/4 1170/2 1170/5
  1170/5 1170/6
pressures [1]  1166/14
pretrial [1]  1177/5
pretty [1]  1142/2
preventing [1]  1130/24
previous [3]  1123/18 1123/19 1124/3
principle [1]  1134/7
principles [1]  1126/8
prior [2]  1145/25 1146/2
probably [5]  1130/10 1131/19 1138/1
  1174/15 1174/19
problem [2]  1129/17 1179/2
procedure [23]  1122/12 1124/9 1125/4
  1125/19 1145/6 1145/11 1145/16
  1145/20 1146/2 1150/12 1154/6
  1154/16 1155/17 1155/20 1156/2
  1156/4 1156/6 1156/10 1167/24 1169/4
  1169/12 1176/17 1177/3
procedures [2]  1149/20 1154/3
proceed [4]  1127/1 1149/4 1158/13
  1161/18
proceedings [3]  1115/24 1179/7
  1179/14
process [11]  1118/14 1118/17 1151/12
  1151/14 1152/15 1152/15 1152/17
  1169/24 1170/19 1170/19 1174/14
Proctor [1]  1112/3
production [12]  1111/10 1113/18
  1113/18 1113/21 1113/21 1114/3
  1114/3 1114/6 1114/6 1114/10 1114/10
  1130/23
progress [1]  1172/13
project [1]  1160/17
projected [1]  1150/21
projection [3]  1148/2 1148/7 1150/24
promised [1]  1136/18
properly [1]  1177/4
proposal [2]  1174/16 1175/6

**P**

propose [2] 1174/11 1175/12
proposed [3] 1125/17 1137/6 1174/25
proposing [1] 1175/16
proves [1] 1136/9
provided [1] 1139/13
proviso [1] 1136/22
prudent [1] 1161/17
PSC [1] 1117/5
psi [2] 1119/25 1120/8
pull [12] 1126/20 1132/4 1133/7
1133/25 1134/17 1136/2 1148/9
1153/11 1153/24 1154/17 1159/16
1162/14
pulling [1] 1154/22
pump [1] 1123/1
pumped [2] 1122/19 1133/19
purpose [2] 1151/10 1175/22
purposes [1] 1151/4
purses [1] 1167/16
pursuant [1] 1172/12 1177/5
put [11] 1118/3 1121/1 1121/2 1132/10
1132/12 1135/2 1143/14 1154/20
1154/25 1167/15 1172/9
putting [1] 1174/8

**Q**

QA [2] 1176/12 1176/19
QA/QC [2] 1176/12 1176/19
QC [1] 1176/12 1176/19
quantification [1] 1178/6
question [10] 1121/2 1124/4 1124/17
1131/9 1136/6 1144/17 1144/18
1157/17 1163/12 1168/25
questioning [1] 1162/12
questions [4] 1158/16 1162/10 1164/16
1170/25
quick [1] 1170/12
quickly [2] 1170/7 1170/23
quite [1] 1169/13
quote [1] 1139/1

**R**

radius [1] 1122/19
Rafferty [1] 1112/3
raised [2] 1128/24 1169/19
ram [7] 1137/12 1155/8 1156/21 1157/4
1157/16 1169/1 1169/3
rams [24] 1127/13 1133/20 1133/24
1134/3 1134/4 1134/6 1134/12 1141/22
1142/21 1155/15 1155/19 1156/16
1156/25 1157/6 1157/12 1157/24
1169/10 1169/11 1169/13 1169/14
1169/16
rate [6] 1121/16 1124/14 1141/12
1141/16 1142/15 1142/24
rather [5] 1120/22 1132/7 1160/17
1161/4 1178/25
rationale [1] 1126/16
RE [2] 1111/4 1111/7
reach [4] 1123/16 1165/14 1166/6
1167/1
reached [3] 1127/1 1167/6 1167/6
read [2] 1131/2 1131/5
reading [1] 1146/13
ready [12] 1148/1 1148/24 1149/3
1149/21 1150/3 1168/9 1168/17
1168/18 1168/21 1171/20 1172/24
1176/8
real [2] 1166/22 1166/25
realistic [11] 1129/25 1136/25 1137/4
1137/6 1137/8 1137/18 1137/23 1138/7

1138/25 1140/21 1166/19
reality [1] 1146/10
really [1] 1172/3
realm [1] 1177/6
realtime [1] 1161/4
reason [7] 1121/23 1123/20 1123/25
1142/9 1146/18 1146/23 1169/14
reasonable [18] 1122/1 1131/11 1133/2
1144/12 1144/13 1144/19 1147/14
1150/23 1150/25 1153/19 1153/22
1153/23 1165/7 1165/11 1165/16
1166/6 1166/12 1175/7
reasons [1] 1169/8
rebuttal [1] 1177/15
recall [15] 1123/5 1123/9 1123/10
1144/24 1155/24 1155/25 1156/2
1156/4 1159/9 1159/10 1159/13
1159/21 1162/12 1167/25 1178/6
recognize [7] 1120/15 1121/8 1121/11
1133/11 1154/4 1155/7 1165/2
record [10] 1141/19 1159/1 1172/10
1172/14 1172/17 1172/18 1173/20
1177/18 1177/23 1179/14
recorded [1] 1115/24
recovered [1] 1161/15
red [1] 1117/20
redactions [1] 1177/21
redirect [4] 1158/17 1158/23 1158/25
1159/23
redistributed [1] 1119/20
reduce [1] 1169/15
reduced [1] 1120/22
reduction [1] 1121/15
referenced [1] 1156/2
reflected [1] 1118/4
reflects [2] 1137/18 1138/25
REGAN [1] 1113/22
region [2] 1128/16 1134/20
relate [1] 1114/11
related [1] 1124/25
release [3] 1154/17 1154/19 1154/23
rely [1] 1123/8
relying [1] 1165/22
remarking [1] 1166/14
remember [1] 1155/13
remind [1] 1143/9
removal [7] 1145/11 1145/15 1145/21
1150/13 1152/21 1154/2 1154/12
remove [2] 1149/21 1154/10
removing [1] 1145/7
renew [1] 1172/14
reply [1] 1174/25
replying [1] 1163/17
report [29] 1121/11 1125/18 1126/3
1126/4 1127/23 1130/4 1130/20 1131/2
1131/2 1131/5 1131/5 1133/23 1138/16
1138/24 1139/7 1141/15 1144/22
1145/4 1145/11 1145/20 1146/5
1147/10 1148/4 1164/17 1164/22
1164/24 1165/3 1165/18 1167/8
reported [1] 1167/8
Reporter [3] 1115/18 1179/11 1179/19
representation [4] 1131/16 1132/5
1136/15 1168/16
represented [7] 1159/7 1162/11 1163/12
1164/12 1164/17 1164/21 1168/9
required [1] 1149/3
requires [4] 1117/20 1117/22 1127/12
1133/23
reserve [1] 1175/17
reserves [1] 1176/25
reserving [2] 1175/25 1176/1
reservoir [2] 1162/25 1163/24

resolved [1] 1176/5
respect [5] 1124/24 1149/2 1149/3
1166/20 1168/8
respond [2] 1122/17 1168/5
responding [1] 1120/19
response [4] 1130/11 1136/5 1165/11
1169/23
rest [3] 1118/17 1164/23 1172/8
restriction [2] 1120/22 1121/23
restrictions [1] 1121/16
result [2] 1128/21 1133/18
results [1] 1159/13
resume [1] 1178/5
review [2] 1169/17 1175/16
reviewed [4] 1126/4 1126/17 1129/21
1160/19
reviewing [2] 1151/1 1169/21
reviews [1] 1170/19
reward [1] 1143/8
RICHARD [2] 1113/14 1115/8
Richeson [1] 1115/11
RIG [1] 1111/4
right [19] 1117/12 1119/24 1121/9
1125/6 1132/23 1133/16 1142/3
1147/12 1150/1 1151/21 1153/6 1156/3
1170/3 1171/1 1172/7 1176/19 1177/3
1177/22 1179/4
rigorous [1] 1170/22
rise [1] 1179/6
riser [6] 1145/7 1145/11 1146/2 1149/21
1150/13 1154/2
risk [6] 1144/12 1154/10 1160/24
1160/24 1169/15 1170/18
riskiest [1] 1161/13
risks [9] 1133/2 1144/15 1151/5 1152/12
1152/18 1153/16 1154/12 1170/11
1170/14
ROBERT [3] 1114/6 1114/10 1125/22
ROBERTS [1] 1114/16
ROBIN [1] 1112/10
robust [1] 1170/22
Room [1] 1115/18
Rouge [1] 1112/24
Roy [2] 1111/21 1111/22
rule [5] 1160/11 1161/18 1162/6 1162/8
1172/12
Rule 52 [1] 1172/12
ruling [3] 1117/20 1117/22 1160/14
run [2] 1150/3 1169/9
running [2] 1158/22 1169/9
runs [2] 1158/22 1169/23
rupture [14] 1127/20 1127/23 1128/15
1134/22 1135/10 1135/11 1136/14
1143/17 1143/20 1143/22 1143/24
1144/6 1161/22 1167/2
Ruth's [2] 1176/1 1177/10
Rygg [7] 1121/8 1121/14 1121/22
1123/24 1124/3 1124/4 1125/2
Rygg's [1] 1123/19

**S**

safe [1] 1151/13
safely [2] 1153/18 1170/22
safety [1] 1160/19
said [32] 1118/6 1118/8 1128/2 1128/5
1128/9 1128/12 1129/24 1129/25
1130/3 1131/5 1132/17 1132/22 1133/4
1140/11 1140/20 1140/23 1141/1
1141/25 1142/17 1143/3 1143/7 1143/8
1143/9 1145/6 1155/18 1159/23 1160/4
1168/15 1172/17 1174/8 1176/15
1177/1

same [8]  1120/19 1121/14 1129/2
1163/16 1167/6 1174/24 1174/23
1176/21
Sandia [2]  1171/6 1171/6
SARAH [1]  1113/15
saw [3]  1121/11 1123/18 1150/20
say [16]  1119/15 1122/24 1126/3
1126/10 1127/19 1128/3 1132/6
1132/10 1133/2 1137/16 1142/14
1142/16 1145/11 1160/2 1164/7 1174/2
saying [9]  1121/14 1121/22 1123/15
1124/14 1124/19 1132/4 1156/10
1165/8 1166/2
says [17]  1123/12 1129/10 1129/14
1130/22 1133/23 1136/5 1141/15
1141/20 1142/22 1149/18 1149/20
1149/25 1150/19 1162/22 1163/19
1165/23 1178/7
scenario [87]
Scenario 1 [22]  1127/9 1127/12 1128/2
1128/8 1129/10 1130/8 1130/14
1130/20 1133/3 1133/11 1136/24
1137/8 1137/18 1137/24 1138/6
1139/23 1140/20 1141/15 1164/19
1166/12 1166/19 1171/14
Scenario 2 [5]  1127/9 1127/16 1128/9
1162/24 1163/7
Scenario 3 [27]  1127/10 1127/20
1128/12 1128/21 1131/16 1133/3
1136/13 1137/3 1143/14 1143/22
1143/24 1161/9 1161/13 1161/19
1162/6 1162/11 1163/13 1163/22
1164/14 1164/18 1165/20 1165/23
1166/3 1166/6 1166/20 1166/21
1166/24
scenarios [12]  1127/4 1127/9 1127/25
1128/1 1132/17 1133/9 1137/6 1159/12
1160/11 1160/14 1163/20 1171/12
schedule [6]  1147/22 1148/7 1150/24
1174/12 1174/20 1174/23
scheduled [2]  1158/1 1158/3
scheduling [3]  1150/20 1170/18 1178/6
Schell [1]  1115/11
Science [1]  1171/7
SCOTT [1]  1113/12
screen [1]  1127/24
seabed [4]  1128/19 1144/8 1144/12
1149/7
sealing [1]  1130/24
SEAN [1]  1115/5
seated [1]  1117/3
second [3]  1117/14 1161/5 1173/10
second-guess [1]  1161/5
Secretary [7]  1162/16 1162/19 1162/21
1163/5 1163/16 1163/17 1163/19
Secretary Chu [4]  1162/16 1162/19
1163/5 1163/16
Secretary Chu's [1]  1163/17
Section [2]  1111/5 1113/10
securing [1]  1170/23
see [44]  1120/5 1120/6 1120/24
1121/20 1121/21 1123/11 1123/12
1126/8 1129/18 1130/2 1130/21 1136/5
1136/16 1136/17 1137/5 1137/20
1138/11 1138/12 1138/21 1139/11
1142/9 1142/17 1145/13 1147/17
1148/22 1149/6 1149/8 1149/18
1149/23 1150/5 1150/10 1150/18
1150/19 1151/12 1153/1 1153/3
1159/19 1161/15 1163/3 1163/11
1175/5 1177/24 1178/3 1179/5

seem [1]  1167/15
seen [3]  1131/12 1172/8 1177/4
1148/16
Segment [1]  1178/6
segments [2]  1174/13 1174/22
send [1]  1176/18
sending [1]  1124/12
sense [1]  1174/19
sent [4]  1117/10 1163/15 1167/23
1168/8
sentence [2]  1138/24 1139/2
sequences [1]  1161/21
series [1]  1150/9
Services [2]  1115/3 1115/8
SESSION [2]  1111/14 1117/1
set [2]  1139/14 1173/1
sets [1]  1157/6
several [9]  1119/19 1120/9 1124/21
1125/10 1125/14 1154/12 1162/20
1164/16 1169/8
she [1]  1149/13
shear [12]  1155/12 1155/15 1156/16
1157/3 1157/6 1157/12 1157/16
1157/24 1169/1 1169/3 1169/12
1169/14
shears [4]  1156/17 1156/18 1156/19
1157/7
shipped [1]  1146/11
Shot [3]  1122/11 1122/12 1122/15
should [7]  1127/19 1147/23 1162/22
1175/11 1176/14 1177/12 1177/14
show [6]  1129/14 1130/15 1136/11
1136/18 1147/25 1164/23
showed [1]  1124/25
showing [1]  1136/18
shown [1]  1136/13 1164/22
shows [2]  1133/14 1136/9
shut [15]  1128/22 1128/25 1130/14
1131/1 1131/12 1132/18 1133/1 1157/9
1157/12 1157/14 1157/16 1157/18
1162/1 1162/3 1166/23
side [2]  1157/15 1178/7
significance [1]  1128/15
significant [3]  1143/6 1143/8 1165/10
significantly [2]  1120/5 1170/16
similar [2]  1121/1 1174/23
simple [1]  1131/9
simultaneous [2]  1174/24 1174/25
since [2]  1121/16 1143/17
SINCLAIR [1]  1112/19
sir [31]  1119/24 1121/2 1123/23
1124/23 1125/4 1125/5 1125/7 1125/19
1127/19 1129/9 1130/4 1130/12
1130/15 1131/21 1131/24 1132/13
1138/14 1140/10 1152/14 1153/14
1155/18 1155/23 1156/5 1156/7
1156/11 1156/20 1156/25 1171/1
1171/21 1174/18 1178/19
situation [3]  1164/8 1169/11 1170/16
size [4]  1122/16 1122/18 1159/22
1159/25
slight [1]  1119/1
slightly [1]  1138/1
slowdown [1]  1147/1
slowing [1]  1146/24
SMITH [2]  1115/4 1177/16
so [62]  1117/21 1119/4 1119/19
1120/15 1122/2 1122/16 1122/25
1126/17 1127/3 1128/25 1129/6 1129/8
1129/18 1129/23 1129/25 1132/15
1133/11 1134/19 1135/9 1136/11
1136/18 1137/6 1137/23 1138/4
1140/20 1142/14 1142/23 1145/25

1150/25 1151/17 1155/1 1156/17
1156/20 1159/13 1159/15 1160/17
1160/21 1160/23 1161/5 1161/8
1161/15 1161/21 1162/2 1162/5 1162/9
1164/3 1164/12 1166/15 1166/24
1167/5 1169/16 1170/15 1170/18
1170/21 1170/23 1173/5 1173/21
1175/16 1175/17 1175/23 1177/24
1178/5
software [1]  1115/25
Soileau [1]  1112/12
some [12]  1119/24 1134/23 1145/2
1146/19 1152/18 1154/10 1154/25
1160/5 1160/11 1162/10 1167/23
1179/5
somehow [1]  1169/4
something [2]  1175/12 1178/1
sometime [2]  1147/6 1174/15
somewhere [1]  1167/16
soon [2]  1162/22 1162/24
sorry [11]  1120/11 1132/9 1138/5
1138/19 1138/21 1143/9 1158/10
1158/11 1164/19 1168/12 1176/16
sorted [1]  1170/3
sound [1]  1126/7
sounds [1]  1175/7
source [6]  1151/7 1151/11 1153/14
1169/18 1169/20 1169/23
South [3]  1112/4 1112/12 1114/3
spare [1]  1172/2
speak [1]  1117/24
specific [3]  1156/1 1157/17 1173/22
specify [2]  1141/17 1142/12
SPILL [1]  1111/4
spite [2]  1142/23 1144/11
split [1]  1140/5
spoke [1]  1163/22
Sprague [1]  1124/12
stack [9]  1121/18 1122/10 1148/17
1155/8 1155/9 1157/1 1157/5 1161/14
1169/9
star [1]  1178/2
start [2]  1159/2 1175/9
started [1]  1174/14
state [6]  1112/22 1113/2 1145/20
1147/10 1173/20 1173/24
stated [8]  1117/20 1117/22 1125/18
1138/16 1155/15 1159/11 1165/2
1168/22
statement [10]  1120/3 1130/3 1138/3
1141/14 1143/2 1144/22 1148/4
1148/16 1153/19 1153/21
STATES [12]  1111/1 1111/10 1111/15
1113/6 1113/9 1162/20 1171/4 1174/11
1174/23 1178/10 1178/11 1179/11
States' [1]  1112/18
stating [1]  1166/24
status [2]  1147/17 1147/24
stenography [1]  1115/24
step [4]  1150/12 1156/8 1156/11
1156/13
Stephanie [1]  1173/13
STEPHEN [2]  1111/19 1113/7
steps [3]  1149/20 1150/9 1150/17
STEVEN [2]  1113/11 1114/16
sticking [1]  1131/14
still [5]  1117/18 1118/22 1130/24
1161/16 1178/14
stood [4]  1118/3 1159/23 1164/12
1171/9
straight [1]  1133/20
Street [16]  1111/23 1112/4 1112/7
1112/13 1112/16 1112/23 1113/4

S

Street... [9]  1113/18  1114/3  1114/7
  1114/13  1114/16  1115/5  1115/12
  1115/16  1115/18
strike [1]  1141/5
struck [1]  1154/11
struggle [1]  1129/24
struggled [1]  1137/11
stuff [1]  1154/25
subject [2]  1118/23  1172/9
submit [2]  1118/21  1173/3
subsea [1]  1152/23
subsequently [2]  1125/3  1131/23
succeeded [1]  1144/7
success [1]  1118/6
successful [3]  1120/4  1122/8  1122/11
such [1]  1147/1
suggest [2]  1146/18  1175/7
suggested [2]  1123/25  1169/3
suggesting [2]  1146/15  1163/7
suggestion [2]  1123/23  1166/18
Suite [9]  1111/23  1112/4  1112/16
  1113/18  1114/13  1114/16  1115/5
  1115/9  1115/12
Summary [1]  1166/16
support [1]  1166/10
supported [1]  1167/2
supporting [1]  1139/6
sure [12]  1124/17  1124/21  1130/17
  1131/7  1158/21  1170/10  1175/4
  1176/10  1176/12  1176/19  1176/22
  1177/18
surface [1]  1166/21
Survey [1]  1171/4
Sutherland [1]  1114/15
Suttles [3]  1149/10  1149/18  1150/9
sworn [1]  1119/11
sympathize [1]  1167/21
system [2]  1147/25  1159/18

T

table [1]  1176/1
take [6]  1124/16  1147/11  1147/23
  1150/17  1171/8  1175/23
takes [1]  1167/16
taking [1]  1170/16
talk [2]  1175/1  1175/2
talked [4]  1136/7  1144/22  1153/16
  1167/15
talking [9]  1123/5  1124/4  1124/5  1125/2
  1125/4  1134/3  1169/22  1175/10
  1177/20
team [9]  1120/16  1121/12  1125/21
  1148/12  1148/17  1151/7  1153/20
  1159/8  1171/7
tell [4]  1157/3  1166/19  1167/14  1175/25
tells [1]  1141/11
terminology [1]  1160/21
terms [2]  1122/18  1138/1
testified [4]  1119/11  1130/6  1155/11
  1159/7
testifying [4]  1131/7  1155/3  1159/5
  1171/4
testimony [16]  1117/15  1118/20  1123/24
  1125/21  1127/3  1129/14  1132/12
  1135/19  1147/6  1155/21  1159/3
  1159/14  1159/17  1164/23  1173/9
  1173/23
Texas [3]  1114/17  1115/6  1115/9
text [3]  1123/4  1123/8  1141/7
than [6]  1120/22  1121/24  1132/7
  1159/25  1160/17  1161/4

Thank [11]  1118/25  1127/19  1129/16
  1131/21  1131/25  1132/1  1167/3
  1167/20  1170/25  1171/1  1171/17
that [428]
that's [101]
their [8]  1139/5  1148/2  1150/3  1167/15
  1167/16  1170/21  1172/18  1178/17
theirs [1]  1178/20
them [13]  1117/21  1135/14  1137/6
  1151/12  1152/13  1152/21  1154/14
  1160/5  1167/16  1167/17  1170/11
  1172/6  1176/17
then [16]  1119/21  1121/1  1144/3
  1148/20  1149/20  1149/25  1150/9
  1156/19  1159/11  1159/23  1163/11
  1164/7  1167/7  1167/16  1173/24
  1175/24
theories [1]  1125/14
theory [1]  1125/15
there [48]  1117/11  1117/18  1117/18
  1118/7  1119/25  1119/25  1120/9  1122/3
  1128/1  1129/1  1130/21  1131/10
  1132/12  1134/23  1134/25  1135/5
  1135/13  1139/4  1140/4  1141/6  1146/19
  1148/4  1148/5  1151/1  1154/10  1154/12
  1155/19  1159/25  1160/2  1160/4  1160/7
  1160/9  1163/19  1164/4  1164/15  1166/2
  1166/3  1166/20  1167/2  1167/21
  1168/20  1168/22  1171/10  1171/15
  1173/19  1176/9  1176/19  1177/5
there's [13]  1118/22  1119/21  1120/3
  1121/24  1141/3  1142/24  1168/24
  1169/10  1170/1  1170/2  1170/4  1170/5
  1170/5
therefore [2]  1135/14  1166/21
these [11]  1127/3  1127/24  1133/9
  1139/19  1139/24  1142/24  1144/14
  1150/17  1160/11  1166/9  1170/8
they [46]  1119/7  1124/25  1128/2  1128/5
  1128/9  1128/12  1130/11  1130/14
  1131/8  1131/8  1132/13  1137/6  1137/11
  1137/11  1139/5  1139/5  1139/8  1139/14
  1139/15  1140/5  1140/6  1140/18
  1143/25  1144/3  1144/3  1148/7  1153/5
  1154/17  1156/15  1161/15  1163/7
  1163/10  1168/17  1169/25  1170/10
  1170/11  1170/20  1170/21  1170/22
  1176/14  1176/16  1176/16  1176/17
  1176/17  1176/20  1178/20
thing [5]  1140/3  1170/12  1174/5
  1174/10  1177/3
things [7]  1145/2  1152/11  1156/13
  1160/23  1161/4  1170/1  1176/3
think [55]  1119/22  1120/9  1122/1
  1123/8  1124/2  1128/3  1129/12  1129/12
  1129/20  1129/23  1130/10  1131/11
  1132/6  1133/2  1136/7  1137/1  1137/5
  1137/5  1137/11  1137/23  1139/5
  1141/13  1142/12  1142/19  1143/1
  1143/1  1143/5  1143/8  1143/12  1144/14
  1146/14  1148/6  1150/23  1150/25
  1152/23  1153/19  1154/3  1154/9
  1155/18  1156/8  1156/14  1156/23
  1157/20  1158/8  1161/20  1162/7
  1164/19  1168/25  1169/21  1170/20
  1170/23  1172/2  1172/17  1176/23
  1179/1
Third [1]  1112/23
this [85]
Thomas [2]  1112/2  1113/11
those [24]  1117/3  1135/3  1140/18
  1144/8  1156/13  1157/3  1160/14
  1161/23  1163/16  1165/15  1169/12

1169/18  1171/18  1172/24  1172/25
  1173/1  1173/12  1173/15  1173/18  1173/10
  1173/17  1174/8  1175/17  1175/17
  1176/13
thought [7]  1120/20  1120/22  1124/20
  1129/5  1130/3  1148/8  1174/8
three [11]  1127/9  1127/24  1128/1
  1128/5  1132/16  1137/5  1137/23
  1146/22  1156/25  1157/6  1171/12
through [19]  1127/12  1128/16  1129/19
  1133/24  1134/3  1134/12  1135/17
  1137/12  1138/5  1138/20  1138/22
  1141/18  1141/21  1142/20  1142/22
  1159/17  1169/23  1172/25  1178/15
throughout [1]  1164/13
thumb [2]  1173/7  1173/13
thus [1]  1118/14
tied [1]  1148/6
time [42]  1119/25  1123/21  1129/5
  1135/15  1136/11  1136/25  1137/3
  1137/9  1137/13  1138/2  1138/10
  1139/23  1140/6  1140/9  1140/16
  1140/19  1140/21  1143/15  1143/18
  1143/25  1144/3  1144/4  1144/7  1144/15
  1148/2  1150/25  1153/20  1158/22
  1160/14  1161/2  1161/6  1165/16
  1165/22  1166/7  1166/11  1167/7  1173/3
  1173/7  1174/22  1175/16  1176/9
  1177/25
timekeeping [1]  1119/2
times [1]  1167/14
timing [1]  1143/21
today [13]  1129/6  1129/7  1129/9
  1131/14  1132/20  1133/16  1135/7
  1135/9  1135/20  1135/22  1136/8  1173/8
  1176/8
told [2]  1140/16  1177/13
Tolles [1]  1114/18
Tom [3]  1162/21  1171/5  1171/22
Toni [5]  1115/18  1115/20  1179/10
  1179/18  1179/18
Tony [2]  1118/6  1177/2
too [18]  1123/12  1124/1  1124/14
  1124/14  1124/20  1125/11  1125/24
  1141/12  1141/16  1142/11  1142/14
  1142/16  1142/18  1142/24  1142/25
  1143/1  1159/8  1160/1
took [1]  1146/15
top [52]  1118/6  1121/19  1123/12
  1123/16  1123/25  1124/5  1124/6  1124/9
  1124/20  1125/4  1125/23  1126/11
  1126/23  1141/8  1141/12  1141/15
  1142/18  1142/22  1143/6  1143/10
  1144/4  1144/7  1144/7  1144/13  1144/20
  1145/25  1146/3  1146/23  1148/19
  1148/20  1148/21  1149/1  1149/4  1149/7
  1149/19  1149/21  1150/3  1150/12
  1150/13  1159/4  1159/22  1159/24
  1160/3  1160/7  1162/17  1163/14
  1163/21  1164/4  1164/5  1167/24
  1168/21  1171/4
Top Hat [1]  1148/21
Top Kill [46]  1118/6  1121/19  1123/12
  1123/16  1123/25  1124/5  1124/6  1124/9
  1124/20  1125/4  1125/23  1126/11
  1126/23  1141/12  1141/15  1142/18
  1143/6  1143/10  1144/4  1144/7  1144/7
  1144/13  1144/20  1145/25  1146/3
  1146/23  1148/19  1148/20  1149/1
  1149/4  1149/7  1149/19  1150/12  1159/4
  1159/22  1159/24  1160/3  1160/7
  1162/17  1163/14  1163/21  1164/4
  1164/5  1167/24  1168/21  1171/4

**T**

topic [1]  1167/9
Torts [1]  1113/6
total [1]  1134/5
toward [1]  1128/22
town [1]  1178/23
track [2]  1170/2 1170/13
transcript [2]  1111/14 1179/13
transcription [1]  1115/25
transcripts [1]  1173/9
Transocean [15]  1114/12 1114/13
1114/14 1114/15 1114/16 1114/17
1114/18 1114/19 1114/20 1147/11
1147/22 1147/24 1149/25 1151/25
1175/8
TREX [32]  1119/15 1120/11 1120/13
1121/4 1121/6 1123/2 1126/1 1126/20
1130/18 1133/7 1133/25 1134/17
1137/14 1139/17 1145/9 1145/18
1146/8 1147/4 1147/20 1148/9 1149/8
1149/15 1150/7 1151/15 1152/8 1153/3
1153/12 1153/24 1154/20 1162/14
1165/1 1171/15
TREX-011613.0013 [1]  1165/1
TREX-011614 [1]  1171/15
TREX-10505.15.1 [1]  1153/3
TREX-10505.25.1 [1]  1151/15
TREX-10505.5.1 [1]  1153/12
TREX-10505.5.2 [1]  1152/8
TREX-11613.40.5 [1]  1130/18
TREX-11613.40.7 [1]  1137/14
TREX-11614.1 [1]  1126/20
TREX-11614.4 [1]  1139/17
TREX-11614.5 [1]  1133/7
TREX-11614.6.4 [1]  1133/25
TREX-11614.9.2 [1]  1134/17
TREX-11737.13.6 [1]  1145/9
TREX-11737.13.7 [1]  1145/18
TREX-11737.15.3 [1]  1126/1
TREX-11738.6.2 [1]  1147/4
TREX-11738.8.2 [1]  1147/20
TREX-130491.1 [2]  1120/11 1121/4
TREX-130491.1.2 [1]  1121/6
TREX-141123.1.1 [1]  1153/24
TREX-141123.12.1 [1]  1154/20
TREX-141245.2.1 [1]  1162/14
TREX-142700.2.1 [1]  1149/8
TREX-142700.2.3 [1]  1149/15
TREX-142700.3.1 [1]  1150/7
TREX-1448 [1]  1119/15
TREX-4319.1.1 [1]  1146/8
TREX-8542.1.1 [1]  1148/9
TREX-9160.1.2 [1]  1123/2
TREX-9250.1.1 [1]  1120/13
trial [6]  1111/14 1173/8 1173/13
1174/13 1176/9 1178/4
tried [2]  1154/10 1154/17
TRITON [1]  1111/8
trouble [1]  1122/14
true [1]  1179/12
truth [6]  1129/10 1129/15 1130/1 1132/7
1132/13 1164/20
try [5]  1118/19 1127/4 1170/6 1170/9
1170/13
trying [4]  1146/18 1161/4 1170/1
1171/24
Turlak [1]  1155/3
turn [2]  1165/18 1175/24
turned [2]  1161/22 1167/11
turns [4]  1129/10 1131/16 1132/19
1132/23
Tusa [5]  1115/18 1115/20 1179/10

1179/18 1179/18
two [10]  1123/11 1127/8 1147/1
1150/17 1156/13 1158/19 1163/19
1164/5 1171/2 1171/10 1171/20 1172/3
1172/4 1172/5 1173/12 1173/13
two-minute [2]  1158/19 1172/4

**U**

U.S [2]  1113/6 1113/9
Ultimately [1]  1157/11
uncertainties [1]  1160/13
under [3]  1161/8 1165/23 1166/16
understand [23]  1121/22 1124/9 1125/6
1126/22 1126/25 1127/11 1127/23
1133/9 1134/2 1136/23 1139/22 1140/7
1140/10 1143/14 1146/10 1148/11
1148/24 1149/4 1153/10 1153/14
1154/6 1157/23 1172/13
understandable [2]  1170/7 1170/14
understandably [1]  1170/2 1175/16
understanding [4]  1135/8 1163/5 1166/1
1179/14
undertaking [1]  1118/14
Unfortunately [1]  1155/6
Unified [6]  1130/8 1130/13 1130/22
1130/25 1145/21 1154/6
UNITED [12]  1111/1 1111/10 1111/15
1113/6 1113/9 1162/20 1171/4 1174/11
1174/23 1178/10 1178/11 1179/11
United States [5]  1162/20 1171/4
1174/11 1174/23 1178/11
unknowns [4]  1130/11 1160/13 1160/16
1160/23
unrealistic [2]  1148/5 1148/6
until [2]  1145/12 1145/22
up [44]  1118/3 1118/3 1121/1 1125/3
1126/20 1127/17 1127/24 1132/4
1132/15 1133/7 1133/14 1133/18
1133/20 1133/25 1134/6 1134/10
1134/12 1134/17 1134/24 1135/3
1135/16 1136/2 1137/12 1138/21
1141/8 1142/22 1144/8 1148/9 1150/24
1153/11 1153/20 1153/24 1154/3
1154/20 1155/1 1157/22 1159/16
1159/23 1162/14 1169/13 1170/16
1171/9 1171/25 1173/10
uppermost [1]  1170/17
upstream [1]  1120/21
upward [2]  1142/3 1163/1
upwards [4]  1127/14 1141/22 1141/24
1163/25
us [3]  1157/3 1175/22 1178/20
use [3]  1118/5 1148/21 1155/13
used [9]  1117/8 1117/16 1119/7 1126/7
1126/15 1138/14 1157/9 1168/4
1172/23
using [4]  1115/24 1150/24 1156/21
1160/20
usual [1]  1172/22

**V**

variety [1]  1160/8
various [2]  1160/3 1160/5
venting [8]  1147/7 1153/8 1153/16
1157/14 1157/19 1157/21 1158/1
1158/3
Verchere [1]  1163/15
versus [1]  1161/25
very [5]  1160/16 1160/17 1161/20
1168/25 1171/1
video [6]  1118/2 1118/5 1171/22 1173/8
1173/10 1177/2
videotapes [1]  1171/2

view [6]  1144/11 1155/11 1155/19
1161/2 1162/4 1170/24
visibility [2]  1152/23 1153/17

**W**

waiving [2]  1173/22 1174/3
want [17]  1117/6 1117/24 1127/4
1129/14 1133/9 1134/2 1143/21 1159/2
1164/23 1169/11 1174/2 1175/17
1176/5 1176/11 1177/2 1177/10
1177/18
wanted [2]  1117/21 1175/15
wants [2]  1176/6 1178/22
WARREN [1]  1115/15
was [179]
Washington [5]  1113/8 1113/16 1114/8
1114/11 1115/16
wasn't [12]  1123/25 1125/15 1131/20
1142/2 1142/5 1142/7 1151/10 1155/21
1161/3 1161/6 1161/11 1177/17
waste [1]  1176/9
watching [2]  1123/11 1124/9
way [3]  1127/19 1162/7 1176/8
we [130]
we'll [3]  1171/10 1172/24 1179/5
we're [1]  1173/21
week [10]  1150/17 1172/13 1172/25
1174/15 1175/2 1175/11 1175/12
1175/17 1175/22 1178/18
weekend [1]  1179/4
Weiner [1]  1115/11
Weitz [1]  1112/9
well [53]  1122/13 1125/15 1125/15
1125/17 1125/18 1125/22 1128/22
1130/6 1130/9 1130/14 1130/24 1131/1
1131/22 1132/18 1133/1 1133/20
1135/13 1136/12 1137/5 1142/7
1142/13 1143/6 1143/8 1143/11
1143/12 1144/7 1150/22 1151/20
1153/11 1155/14 1155/15 1156/5
1156/8 1156/9 1156/14 1157/5 1157/9
1157/12 1157/17 1160/16 1161/14
1162/1 1162/2 1162/3 1162/21 1162/25
1163/9 1163/24 1164/15 1166/23
1169/8 1173/9 1178/4
wellbore [1]  1160/6
wellhead [5]  1121/15 1121/16 1161/15
1161/16 1165/25
Wellings [1]  1148/11
Wellings' [1]  1148/16
went [2]  1125/3 1170/19
were [42]  1117/10 1117/10 1118/15
1122/18 1123/4 1128/1 1130/11
1135/10 1135/11 1135/22 1136/9
1144/3 1144/4 1144/6 1144/24 1148/18
1148/20 1154/12 1155/3 1155/15
1159/5 1159/25 1160/2 1160/4 1160/7
1160/10 1162/10 1163/7 1164/16
1164/22 1165/16 1166/17 1167/23
1168/7 1168/15 1168/17 1169/1
1171/23 1174/1 1176/4 1176/4 1176/19
weren't [1]  1164/24
what [65]  1118/6 1118/8 1118/8
1118/12 1119/22 1122/24 1124/17
1124/24 1126/11 1129/5 1129/5
1129/25 1130/6 1131/7 1131/14
1131/17 1131/21 1132/2 1132/3
1132/13 1133/4 1133/16 1133/17
1134/2 1134/7 1137/16 1138/7 1138/9
1138/21 1139/3 1139/8 1140/16
1141/24 1143/7 1144/11 1147/17
1149/2 1150/19 1153/21 1154/22
1155/15 1155/18 1157/17 1159/3

## W

what... [21]  1160/2 1160/3 1160/13
1161/1 1160/2 1161/23 1163/11
1164/14 1164/21 1165/5 1166/1
1166/19 1167/8 1168/1 1168/22
1169/19 1171/11 1174/24 1174/25
1175/7 1178/18
what's [1]  1142/4
when [19]  1120/20 1124/25 1131/5
1137/11 1142/2 1144/14 1148/7
1154/10 1154/17 1155/3 1159/5
1159/21 1161/12 1168/7 1168/15
1169/24 1169/24 1169/25 1170/8
whenever [1]  1175/3
where [15]  1123/11 1130/15 1141/11
1141/11 1141/15 1142/17 1147/24
1149/18 1159/2 1160/18 1161/8 1169/9
1174/20 1174/24 1175/9
whether [12]  1130/12 1156/12 1156/12
1159/21 1159/24 1160/2 1160/11
1162/10 1163/5 1163/12 1167/1 1168/9
which [15]  1118/22 1125/22 1132/17
1132/22 1133/4 1137/6 1139/6 1140/5
1146/23 1150/12 1150/21 1152/23
1157/3 1166/10 1177/2
whichever [1]  1176/16
while [1]  1128/9
Whiteley [1]  1113/2
who [9]  1118/7 1123/25 1129/20
1149/10 1149/13 1153/15 1171/3
1175/24 1178/17
whole [4]  1125/21 1130/10 1161/3
1177/5
why [12]  1118/8 1123/16 1124/25
1126/11 1137/6 1159/25 1160/8 1164/5
1166/5 1169/7 1169/16 1176/7
wife [1]  1167/15
Wild [5]  1125/15 1125/17 1125/18
1125/22 1151/20
Wild Well [4]  1125/15 1125/18 1125/22
1151/20
will [24]  1122/14 1136/8 1164/9 1171/12
1171/15 1172/8 1172/13 1172/14
1172/25 1173/5 1173/5 1173/10 1174/7
1174/24 1175/7 1175/10 1175/16
1175/21 1175/22 1175/23 1175/24
1175/24 1176/24 1178/5
WINFIELD [1]  1112/19
within [3]  1119/20 1120/23 1122/4
without [6]  1117/12 1156/16 1161/18
1163/1 1171/18 1173/17
witness [3]  1118/16 1168/4 1178/12
witnesses [2]  1172/24 1178/17
Women [1]  1167/15
won [1]  1177/9
won't [1]  1178/4
word [3]  1129/24 1155/13 1162/23
wording [2]  1131/18 1156/1
words [4]  1132/12 1135/2 1142/24
1174/17
work [7]  1124/1 1134/16 1146/24
1147/12 1147/24 1147/25 1174/14
working [6]  1120/16 1123/25 1156/21
1159/12 1177/20 1178/14
works [1]  1151/14
world [1]  1118/7
worse [3]  1164/8 1169/22 1170/17
would [49]  1118/21 1120/22 1122/4
1122/5 1122/7 1122/10 1122/12
1122/13 1122/24 1123/1 1127/14
1128/18 1133/5 1133/22 1134/5 1134/6
1134/13 1134/16 1134/25 1135/2

1135/5 1135/25 1135/25 1140/3 1143/2
1144/6 1144/11 1145/7 1148/16 1150/1
1150/23 1150/23 1154/11 1161/2
1161/17 1161/23 1161/25 1162/9
1163/22 1169/11 1171/9 1173/3
1174/12 1174/14 1174/21 1174/23
1175/5 1176/20 1178/9
wouldn't [3]  1122/13 1123/8 1131/18
Wright [1]  1111/21
write [1]  1138/24
writes [2]  1162/19 1163/11
written [1]  1131/10
wrong [5]  1120/12 1121/5 1158/9
1158/10 1169/25
wrote [1]  1161/8

## Y

yeah [2]  1127/18 1146/14
yes [120]
yesterday [2]  1117/9 1168/3
yet [1]  1175/20
York [3]  1112/11 1112/11 1115/8
you [299]
you're [5]  1119/24 1144/14 1151/1
1167/19 1177/20
you-all [4]  1175/5 1175/6 1175/7 1178/9
your [59]  1117/25 1118/2 1118/11
1118/13 1118/21 1118/25 1119/9
1123/5 1123/23 1123/24 1126/3 1127/6
1131/5 1131/18 1138/6 1138/13
1138/16 1138/23 1142/23 1143/5
1143/10 1144/11 1144/19 1144/22
1145/3 1145/11 1145/20 1146/5 1147/6
1147/10 1148/4 1154/9 1155/1 1155/11
1155/18 1155/21 1156/20 1158/16
1158/18 1158/25 1160/16 1161/17
1166/1 1167/11 1167/20 1168/5
1169/17 1169/19 1171/8 1171/17
1171/25 1172/1 1172/6 1172/11
1172/20 1173/16 1175/9 1176/3 1177/1
Your Honor [15]  1117/25 1118/2
1118/25 1127/6 1158/16 1158/18
1171/17 1171/25 1172/1 1172/6
1171/11 1172/20 1173/16 1175/9
1176/3

## Z

Ziegler [1]  1177/19