```
09:31:22
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

    ***************************************************************

    IN RE:  OIL SPILL BY THE            Docket No. MDL-2179
    OIL RIG *DEEPWATER HORIZON*         Section "J"
    IN THE GULF OF MEXICO ON            New Orleans, LA
    APRIL 20, 2010                      Monday, October 7, 2013
    CIVIL

    ***************************************************************
    IN RE:  THE COMPLAINT AND           Docket No. 10-CV-2771
    PETITION OF TRITON ASSET            Section "J"
    LEASING GmbH, ET AL
    ***************************************************************
    UNITED STATES OF AMERICA            Docket No. 10-CV-4536
    V.                                  Section "J"
    BP EXPLORATION & PRODUCTION,
    INC., ET AL
    ***************************************************************
                    DAY 5, MORNING SESSION
              TRANSCRIPT OF NON-JURY TRIAL PROCEEDINGS
            HEARD BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE


    APPEARANCES:

    FOR THE PLAINTIFFS:         HERMAN HERMAN & KATZ
                                BY:  STEPHEN J. HERMAN, ESQ.
                                820 O'Keefe Ave.
                                New Orleans, LA 70113

                                DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQ.
                                P. O. Box 3668
                                556 Jefferson St.
                                Lafayette, LA 70502-3668

                                LEVIN PAPANTONIO THOMAS MITCHELL
                                RAFFERTY & PROCTOR
                                BY:  BRIAN H. BARR, ESQ.
                                316 South Baylen Street, Suite 600
                                Pensacola, FL 32502

                                WEITZ & LUXENBERG
                                BY:  ROBIN L. GREENWALD, ESQ.
                                700 Broadway
                                New York, NY 10003

```
 1                               IRPINO LAW FIRM
                                 BY:  ANTHONY IRPINO, ESQ.
 2                               2216 Magazine Street
                                 New Orleans, LA 70130
 3
                                 LUNDY LUNDY SOILEAU & SOUTH
 4                               BY:  MATTHEW E. LUNDY, ESQ.
                                 501 Broad Street
 5                               Lake Charles, LA 70601

 6                               MORGAN & MORGAN
                                 BY:  FRANK M. PETOSA, ESQ.
 7                               600 N. Pine Island Rd., Suite 400
                                 Plantation, FL 33324
 8

 9   FOR THE STATE OF LOUISIANA:  KANNER & WHITELEY
                                 BY:  ALLAN KANNER, ESQ.
10                                    DOUGLAS R. KRAUS, ESQ.
                                 701 Camp St.
11                               New Orleans, LA 70130

12
                                 ATTORNEY GENERAL OF ALABAMA
13   FOR THE STATE INTERESTS:    BY:  COREY L. MAZE, ESQ.
                                      WINFIELD J. SINCLAIR, ESQ.
14                               500 Dexter Ave.
                                 Montgomery, AB 36130
15

16   FOR THE UNITED STATES
     DEPARTMENT OF JUSTICE:      U.S. DEPARTMENT OF JUSTICE
17                               ENVIRONMENTAL ENFORCEMENT SECTION
                                 BY:  SARAH HIMMELHOCH, ESQ.
18                                    A. NATHANIEL CHAKERES, ESQ.
                                      STEVEN O'ROURKE, ESQ.
19                                    SCOTT CERNICH, ESQ.
                                      THOMAS BENSON, ESQ.
20                                    ANNA CROSS, ESQ.
                                      BETHANY ENGEL, ESQ.
21                                    RICHARD GLADSTEIN, ESQ.
                                      JUDY HARVEY, ESQ.
22                               P.O. Box 7611
                                 Washington, DC 20044
23
                                 U.S. DEPARTMENT OF JUSTICE
24                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  STEPHEN G. FLYNN, ESQ.
25                               P.O. Box 14271
                                 Washington, DC 20044-4271
```

```
 1   FOR BP AMERICA INC., BP
     AMERICA PRODUCTION COMPANY,
 2   BP COMPANY NORTH AMERICA,
     INC., BP CORPORATION NORTH
 3   AMERICA, INC., BP EXPLORATION &
     PRODUCTION INC., BP HOLDINGS
 4   NORTH AMERICA LIMITED, BP
     PRODUCTS NORTH AMERICA INC.:    LISKOW & LEWIS
 5                                   BY:  DON K. HAYCRAFT, ESQ.
                                     One Shell Square, Suite 5000
 6                                   701 Poydras St.
                                     New Orleans, LA 70139
 7
                                     COVINGTON & BURLING
 8                                   BY:  ROBERT C. "MIKE" BROCK, ESQ.
                                     1201 Pennsylvania Ave., NW
 9                                   Washington, DC 20004

10                                   KIRKLAND & ELLIS
                                     BY:  J. ANDREW LANGAN, ESQ.
11                                        HARIKLIA KARIS, ESQ.
                                          MATTHEW T. REGAN, ESQ.
12                                        BARRY E. FIELDS, ESQ.
                                          PAUL D. COLLIER, ESQ.
13                                   300 N. LaSalle
                                     Chicago, IL 60654
14
                                     KIRKLAND & ELLIS
15                                   BY:  ROBERT R. GASAWAY, ESQ.
                                          JOSEPH A. EISERT, ESQ.
16                                        BRIDGET K. O'CONNOR, ESQ.
                                     655 Fifteenth St., N.W.
17                                   Washington, D.C. 20005

18                                   KIRKLAND & ELLIS, LLP
                                     BY:  MARTIN BOLES, ESQ.
19                                   333 South Hope St.
                                     Los Angeles, CA 90071
20
     FOR HALLIBURTON
21   ENERGY SERVICES, INC.:          GODWIN LEWIS
                                     BY:  DONALD E. GODWIN, ESQ.
22                                        SEAN W. FLEMING, ESQ.
                                          JENNY L. MARTINEZ, ESQ.
23                                        BRUCE W. BOWMAN, JR., ESQ.
                                          PRESCOTT W. SMITH, ESQ.
24                                   Renaissance Tower
                                     1201 Elm St., Suite 1700
25                                   Dallas, TX 75270
```

```
 1
 2                                    GODWIN LEWIS
                                     BY:  R. ALAN YORK, ESQ.
 3                                        GWEN E. RICHARD, ESQ.
                                     4 Houston Center
 4                                   1331 Lamar, Suite 1665
                                     Houston, TX 77010
 5
     FOR ANADARKO PETROLEUM
 6   CORPORATION, ANADARKO E&P
     COMPANY, LP:                    KUCHLER POLK SCHELL WEINER &
 7                                   RICHESON
                                     BY:  DEBORAH D. KUCHLER, ESQ.
 8                                   1615 Poydras St., Suite 1300
                                     New Orleans, LA 70112
 9
                                     BINGHAM McCUTCHEN
10                                   BY:  WARREN A. FITCH, ESQ.
                                         KY E. KIRBY, ESQ.
11                                   2020 K Street, N.W.
                                     Washington, D.C. 20006
12
13   FOR TRANSOCEAN HOLDINGS, LLC,
     TRANSOCEAN OFFSHORE DEEPWATER
14   DRILLING INC., AND TRANSOCEAN
     DEEPWATER
15   INC.:                           FRILOT
                                     BY:  KERRY J. MILLER, ESQ.
16                                   Energy Centre, 36th Floor
                                     1100 Poydras St.
17                                   New Orleans, LA 70163
18                                   SUTHERLAND ASBILL & BRENNAN
                                     BY:  STEVEN L. ROBERTS, ESQ.
19                                   1001 Fannin St., Suite 3700
                                     Houston, TX 77002
20
                                     MUNGER TOLLES & OLSON
21                                   BY:  MICHAEL R. DOYEN, ESQ.
                                         BRAD D. BRIAN, ESQ.
22                                       LUIS LI, ESQ.
                                         GRANT A. DAVIS-DENNY, ESQ.
23                                       TAMERLIN J. GODLEY, ESQ.
                                     355 South Grand Ave., 35th Floor
24                                   Los Angeles, CA 90071-1560
25
```

```
 1                                    ALLEN J. KATZ, ESQ.
                                      316 East Diamond Avenue
 2                                    Gaithersburg, MD 20877

 3
     FOR THE STATE OF TEXAS:         OFFICE OF THE ATTORNEY GENERAL
 4                                   BY:  CRAIG PRITZLAFF, ESQ.
                                          THOMAS H. EDWARDS, ESQ.
 5                                   ASSISTANT ATTORNEY GENERAL
                                     P.O. Box 12548
 6                                   Austin, TX 78711-2548

 7
     FOR THE STATE OF FLORIDA:       NIX PATTERSON & ROACH
 8                                   BY:  S. DRAKE MARTIN, ESQ.
                                     1701 E. Count Highway 30-A
 9                                   Suite 201-B
                                     Santa Rosa Beach, FL 32459
10
                                     OFFICE OF THE ATTORNEY GENERAL
11                                   STATE OF FLORIDA
                                     BY:  RUSSELL S. KENT, ESQ.
12                                   The Capitol, PL-01
                                     Tallahassee, FL 32399
13
14   FOR THE STATE OF MISSISSIPPI:   MIKE MOORE LAW FIRM
                                     BY:  DAVID LEE MARTIN, ESQ.
15                                   10 Canebrake Blvd., Suite 150
                                     Flowood, MS 39232
16
                                     McCRANEY MONTAGNET QUIN NOBLE
17                                   BY:  WILLIAM M. QUIN, II, ESQ.
                                     602 Steed Rd., Suite 200
18                                   Ridgeland, MS 39157
19
     OFFICIAL COURT REPORTER:        Karen A. Ibos, CCR, RPR, CRR, RMR
20                                   500 Poydras Street, Room HB-406
                                     New Orleans, LA 70130
21                                   (504) 589-7776

22
          Proceedings recorded by mechanical stenography, transcript
23   produced by computer.

24

25
```

1                              I N D E X

2

3

4    OPENING STATEMENTS:                           PAGE/LINE:

5      By Mr. O'Rourke                            1187/2

6      By Mr. Brock                               1228/18

7

8

9

10   WITNESSES FOR THE GOVERNMENT:

11   THOMAS O. HUNTER

12     Direct Examination by Mr. Chakeres         1273/14

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

(MONDAY, OCTOBER 7, 2013)

(MORNING SESSION)


(OPEN COURT.)

08:06:18       THE COURT:  Good morning, everyone.  Please be seated.

08:06:24 Well, condolences to you folks from Chicago.  Luckily, Karen turned

08:06:38 out to be a fizzle; a shoo-shoo, as we call it down here.  So

08:06:44 luckily it wasn't much.  In fact, there was nothing to it.  It was

08:06:47 a beautiful weekend.

08:06:48       Okay.  Any preliminary matters before we proceed to

08:06:52 opening statements?  I think we have 90 minutes per side?

08:06:56       MR. BROCK:  Yes, sir.

08:06:57       THE COURT:  I remind each side again, you do not have to

08:07:00 use all of your allotted time.  You're welcome to yield some of it

08:07:05 back.

08:07:05       Okay.  We will hear -- who is going to make the opening

08:07:08 for the government?

08:07:10       MR. O'ROURKE:  Steve O'Rourke for the government.

08:07:12       THE COURT:  All right.  Mr. O'Rourke.

08:07:32       One second, Mr. O'Rourke.  All right.

08:07:53       MR. O'ROURKE:  Good morning, your Honor.  Am I miked up

08:07:55 correctly here?

08:07:56       THE COURT:  I think so.

08:07:57       MR. O'ROURKE:  Can you hear me okay?

08:07:59  1              THE COURT:  Yes.

08:08:00  2              MR. O'ROURKE:  Your Honor, Steve O'Rourke for the United

08:08:02  3   States for the quantification segment, opening statement.

08:08:12  4              Your Honor, how much oil came out of the Macondo well?

08:08:15  5   The answer is 5 million barrels.  We will present experts using

08:08:21  6   four different methodologies.  Each of these comes to a similar

08:08:25  7   conclusion.  They used data and information that were provided by

08:08:29  8   BP during the response action, and they each conclude that the rate

08:08:33  9   at the beginning was about 62,000 barrels of oil per day.  By the

08:08:38 10   last day, July 15th, it was about 53,000 barrels of oil per day.

08:08:44 11   Added those days up, it was 5 million barrels.

08:08:47 12              Could we have the first demonstrative, please.

08:08:51 13   Demonstrative 21007.  What will the defendants say, your Honor?

08:08:55 14   This is just a chart showing our experts at the top.  They are just

08:08:59 15   listed in alphabetical order.  The Y axis is the number of millions

08:09:04 16   of barrels of oil in total.  You can see our experts all match up

08:09:09 17   at around 5 million barrels, but the defendant's experts are

08:09:12 18   substantially lower.

08:09:12 19              And the question for you, Judge, is why is there such a

08:09:15 20   difference.  The answer has two parts.  First, the defendant's

08:09:18 21   experts are disavowing data and information that BP provided to the

08:09:23 22   government during the response action.  Second, they hypothesized a

08:09:28 23   period of weeks at the beginning, when only a little bit of oil was

08:09:32 24   coming out, that it couldn't get out of the wellbore and had to

08:09:35 25   slowly erode its way out over the course of weeks.  The evidence

08:09:38  1    will show that those theories are not valid.

08:09:40  2            So I'll try to use less than 90 minutes, as you

08:09:46  3    suggested, I'll go for 89 minutes.  But the outline of what I'm

08:09:50  4    going to say is, first, I'll talk about the relationship between

08:09:53  5    last week, the source control track, and how some of the source

08:09:57  6    control efforts provided data and information that could be used to

08:10:00  7    inform the question of quantity and flow rate.  Second, we will go

08:10:03  8    to the four experts for the US and, where appropriate, compare them

08:10:06  9    to the defendant's experts, and at the very end just a little bit

08:10:09 10    about the defendant's case.

08:10:10 11            And, Judge, I'll be talking about the difference between

08:10:14 12    flow rates and flow quantities, and obviously there is a

08:10:16 13    difference.  It's like if you jump in your car and take a ride for

08:10:19 14    an hour, even if your odometer is broken, if you've been looking at

08:10:23 15    the speedometer, if you've been driving 60 miles an hour for an

08:10:26 16    hour, you have a sense you've covered about 60 miles.  So at the

08:10:29 17    beginning we will be looking at flow rates; later, total flow

08:10:32 18    quantities.

08:10:33 19            Can we have the next demonstrative, please.  This is just

08:10:35 20    a timeline of the source control events, some of them you already

08:10:39 21    know about.  At the beginning, explosion of the rig.  You heard a

08:10:43 22    lot about the top kill last week at the end of May.  Of course, you

08:10:47 23    heard about the capping stack last week of July 15th.

08:10:50 24            Some of the other data points on here, your Honor,

08:10:52 25    May 8th is when the BOP pressure gauge came online.  It had been --

the data had been unavailable after the MUX cables blew out in the

explosion, but by May 8th, parties were able to get that

information and data from May 8th to the end.  The Top Hat is also

on there starting on June 3rd, another device that provides us

information about flow rates.

Can we have the next demonstrative, please.  This is just

some film footage from ROVs, remote operated vehicles, submarines

that were down there filming the flow April 23rd, the day after the

rig sank; about a week later on April 29th.  Here we have mid-May

after the BOP pressure gauge is online.  We should have June 3rd, I

believe, next; that's the day the riser was completely cut off.

Here is the Top Hat, not in place, but being moved around.  And

July 14th, that's the top of the capping stack on the lower right.

That's the oil coming out the top of the capping stack before

shut-in.

Now, as you know, your Honor, some of the oil was

collected.  So if we could have the next demonstrative, please.

This is the same timeline, but underneath we're superimposing

events where oil was collected.  And this is just a stylized

diagram to show you which devices were collected, and you can see

the reds are insertion tube tools.  The riser -- sorry, the Top

Hat, the Q4000 and the capping stack itself collected about

812,000 barrels of oil during the course of the spill.

And you may recall that BP moved for summary judgment off

of that number of barrels, and we stipulated that that was the

08:12:48  1   correct number of barrels as oil that was collected directly from

08:12:50  2   the well to the vessels.  So those data and information about

08:12:54  3   collection rates are reliable.

08:12:57  4          And the question for you, your Honor, therefore, is not

08:12:59  5   how much was collected, but how much was not.

08:13:01  6          And if we could have the next demonstrative, please.

08:13:03  7   Again, just a stylized impression of how the flow started at around

08:13:09  8   62,000 barrels of oil per day and weighing down over time to

08:13:14  9   53,000 barrels at the end.  Take out those parts that were

08:13:16  10  collected, that leaves 4.2 million barrels released out of the

08:13:21  11  five point million [verbatim] barrels that came out of the well.

08:13:24  12         So let's start by talking about the capping stack.  As

08:13:27  13  you know, it stopped the flow.  We won't talk about whether BP

08:13:30  14  should have had one, that was last week's topic.  We're going to

08:13:33  15  talk about the data that came from it this week.  It was installed

08:13:35  16  on July 12th, approved to be shut in on the 14th and then shut in

08:13:41  17  on the 15th of July.

08:13:42  18         But that wasn't the end of the story, your Honor, because

08:13:44  19  shutting in the well posed a risk of well broach; could there be a

08:13:49  20  hole in the well with an underground blowout.

08:13:53  21         If we could have the next demonstrative, please.  This is

08:13:53  22  BP's demonstrative from their opening statement from the source

08:13:57  23  control track where they explained to you that a fear of shutting

08:13:59  24  in the well would be that burst disks or otherwise oil would come

08:14:04  25  out of the outside of the well through the underground, through the

08:14:06 1    reservoir and become an uncontrollable underground blowout.  So

08:14:12 2    when the capping stack was installed, it had the same potential

08:14:15 3    problem for an underground blowout.  And how do we deal with this

08:14:20 4    question?  I think I just adjusted the mic better.

08:14:23 5          Could we go to the next slide, please.  The way we dealt

08:14:26 6    with this question was that the science advisors, the U.S.

08:14:32 7    Geological Survey, they were all working on models to determine

08:14:34 8    what the shut-in pressure should be.  When you close the capping

08:14:38 9    stack, you expect it to pressure up.  A little bit like a garden

08:14:41 10   hose; if you are watering the lawn and you close the valve in your

08:14:44 11   hose, you hear the pressure building up, the hose tightens up when

08:14:47 12   you shut it, you have a pressure buildup in the nozzle.  If you

08:14:50 13   don't get that pressure buildup, you know the hose has a leak or

08:14:54 14   isn't connected to the house correctly or something.

08:14:57 15         Same with the capping stack of the well.  When the

08:14:59 16   capping stack was shut, it better pressure up.  If it doesn't

08:15:02 17   pressure up, you might have an underground blowout because the

08:15:05 18   pressure is going out the side.  So this test was developed.  A

08:15:09 19   simple green, yellow, red test.  Green would be a high enough

08:15:14 20   pressure to show well integrity, we can leave the well closed.  Red

08:15:18 21   meant reopen the well and restart the spill.

08:15:20 22         So this was a very significant time in the response

08:15:23 23   action.  The well was shut-in, and the question was whether we were

08:15:26 24   going to reopen it or leave it closed.  So we got data -- the

08:15:30 25   government got data and information from BP during that crucial

08:15:34  1    time and relied on that data to run models.

08:15:37  2         When the well was shut-in, of course it pressured up into

08:15:40  3    the yellow zone, the questionable zone.  So Dr. Paul Hsieh, one of

08:15:45  4    the witnesses who will come testify, ran a model overnight to see

08:15:49  5    whether the capping stack could remain closed.  He was able to

08:15:51  6    model a case for well integrity using the data and the information

08:15:54  7    on the assumptions that BP had given them.

08:15:57  8         Dr. Hsieh was not the only one involved.  You heard last

08:16:02  9    week some clips from the depositions of Dr. Hunter.  Dr. Hunter

08:16:06  10   will also come testify.  He is our first witness.  He led the

08:16:10  11   science team.  This was three laboratories, three of the national

08:16:14  12   laboratories associated with DOE, Sandia, Lawrence Livermore, and

08:16:20  13   this science team came to work on the response action.  Why were

08:16:24  14   they there?  Because they run nuclear power plants which are full

08:16:26  15   of pipes carrying fluids at high pressures, so they're experts in

08:16:29  16   this field.

08:16:32  17        This Tri-Labs team was assembled to offer any assistance

08:16:35  18   they could, and they were involved in the same pressure-up

08:16:37  19   question, should we leave the -- can we leave the capping stack

08:16:41  20   closed or must we reopen it.

08:16:42  21        The defendants might present a case to you that these

08:16:46  22   Tri-Labs people were just political hacks, put there by the

08:16:50  23   administration to generate a high flow rate.  But Dr. Hunter will

08:16:53  24   come and testify to you that there was no conspiracy, no

08:16:55  25   administration agenda, they were there to try to get right answers

08:16:59  1    and to help.

08:16:59  2            What did BP think about these Tri-Labs people?  BP's

08:17:03  3    vice-president, Mike Mason, he said, "These were a terrific group

08:17:07  4    of people who were," quote, "trying to support us in the efforts to

08:17:11  5    stop the well."  He said by e-mail that he enjoyed meeting with

08:17:15  6    the, "nation's top scientists."

08:17:18  7            One of these Tri-Lab people took a look at the capping

08:17:21  8    stack and tried to run a calculation to see how much flow was

08:17:24  9    coming through it at the time, Dr. Dykhuizen.  He is our second

08:17:29 10    expert.  You will hear from him today.

08:17:31 11            Could I have the next demonstrative, please.  This is

08:17:35 12    just a model of the capping stack.

08:17:38 13            Next slide, please.  We thought this was a good model

08:17:42 14    before we saw Mr. Lee with the Lego model last week.  But this is

08:17:46 15    what we have.

08:17:47 16            Can we have the next slide -- before the next slide --

08:17:50 17    that's fine.  The next slide.  So what we have here, Judge, is just

08:17:53 18    a flow meter.  A flow meter is nothing more than a pipe with a

08:17:57 19    restriction in it with the pressure gauge below and a pressure

08:18:01 20    gauge above.  As the fluids flow through, they encounter the

08:18:05 21    restriction and you just measure the drop in pressure.  The

08:18:09 22    pressure changed, it might be called delta P, delta P, pressure

08:18:15 23    drop, but this is a simple fluid calculation, change in pressure

08:18:20 24    times a K factor, K to represent the restriction, gives you the

08:18:24 25    flow rate.

08:18:24 1          So next slide, please.  Applying that simple equation to

08:18:29 2     the capping stack, you can see that the purpose of the capping

08:18:32 3     stack was to have the flow come out the choke line and eventually

08:18:35 4     have it shut.

08:18:36 5          Next slide, please.  Shows that you have a pretty

08:18:39 6     uncomplicated pipe ladder that comes up, takes a right, takes a

08:18:43 7     left, takes a right.  And you have the pressure differences because

08:18:47 8     there's a pressure gauge at the bottom of the BOP and it's a known

08:18:51 9     pressure in the ocean.  Subtract those pressures, multiply by a K

08:18:56 10    factor, you get the flow rate.

08:18:57 11         And the next slide shows if you're Dr. Dykhuizen, which

08:19:00 12    is what the capping stack looks like, it's nothing more than a

08:19:03 13    bunch of K factors.  He did the math to get 53,000 barrels of oil

08:19:08 14    per day.  He will come and testify to you that this is an

08:19:11 15    undergraduate level problem.

08:19:12 16         Other experts for the United States are coming.  They did

08:19:16 17    similar calculations, came up with similar rates for the last day.

08:19:19 18    And so did BP's in-house engineers at the time.

08:19:22 19         Can we have the next demonstrative, please.  This is just

08:19:28 20    on the Y axis data flow rate in thousands of barrels per day.  You

08:19:33 21    can see back in July of 2010, the green lines are BP's in-house

08:19:37 22    people coming up with numbers, give or take around 53,000 barrels

08:19:41 23    of oil per day.  Our experts are coming to trial, still about

08:19:47 24    53,000 barrels of oil per day.

08:19:49 25         I won't show you every one of these exhibits, but a

08:19:51  1   couple of them.  Next exhibit, please, which is TREX 2420.  A

08:19:56  2   letter from BP's chief operating officer Doug Suttles to Admiral

08:20:00  3   Watson, the federal on-scene coordinator.  Call out, please.  BP is

08:20:05  4   telling the Admiral to rely on an assumption of 53,000 barrels of

08:20:11  5   oil per day in order to calculate flow rate and to figure out how

08:20:15  6   much dispersant to apply.

08:20:17  7           Next exhibit, please, which is 9491.  These are

08:20:22  8   calculations performed by Adam Ballard.  He came and testified last

08:20:26  9   week on the source control track.  Back in July, using capping

08:20:30 10   stack data, he calculated 59- to 62,000 barrels of oil per day.

08:20:34 11           The next slide, please, which is TREX 11191.  This is

08:20:40 12   Farah Saidi, in-house BP flow assurance engineer reporting to her

08:20:44 13   boss, Trevor Hill, the single point of accountability for well

08:20:47 14   integrity testing.  Government prediction verified 51- to 54,000;

08:20:52 15   and Ms. Saidi also performed her own independent calculations,

08:20:56 16   getting 51,500 barrels of oil per day.  I won't show you the

08:21:01 17   exhibit.  It was on the demonstrative.

08:21:02 18           And the last one, the deposition of Richard Lynch.

08:21:06 19   Richard Lynch, BP's vice president in charge of containment,

08:21:10 20   including the capping stack.  He testifies that once you had it

08:21:14 21   down to a single line and single choke and corresponding value and

08:21:19 22   the pressure, it's a direct calculation to flow rate.  It's the

08:21:23 23   same as K factor times pressure change.

08:21:26 24           "Do you remember the results?

08:21:26 25           "Yes, about 56,000 barrels of oil per day.

08:21:29  1            "And do you have any reason to doubt that calculation?

08:21:32  2            "That's a pretty straight calculation, no, I don't."

08:21:36  3        So to summarize those with the next demonstrative,

08:21:40  4    D-21010, back in 2010, the Tri-Labs team, BP all coming up with

08:21:48  5    numbers around 53,000 barrels of oil per day.  Today all of our

08:21:53  6    experts have the same number.

08:21:54  7        The defendants will not present you a final day flow

08:21:58  8    rate.  They will nitpick at our experts, for sure, but they will

08:22:01  9    not tell you what the actual flow rate was.  They don't have any

08:22:04 10    evidence on that.

08:22:08 11        So when BP wanted to shut in the well it relied on the

08:22:12 12    National Labs' calculation, now they will tell you the National

08:22:13 13    Labs were just there for political purposes and you shouldn't trust

08:22:16 14    their results.

08:22:21 15        Let's talk about two other events in the source control

08:22:24 16    timeline.  The top kill, you heard enough about it last week.  All

08:22:27 17    I'll say is that pressure data from the top kill allowed a similar

08:22:31 18    calculation, pressure drop times K factor.  Dr. Dykhuizen will

08:22:36 19    opine that the flow rate then was about 60,000 barrels of oil per

08:22:40 20    day.

08:22:40 21        Turning to the Top Hat for another one of these flow

08:22:44 22    meter-type calculations.  Can we have the next demonstrative,

08:22:47 23    please.  A cartoon of the Top Hat.  Next slices it open so we can

08:22:52 24    see the inside.  The point of this was to collect oil.  You can see

08:22:55 25    the oil comes up and goes up the top pipe, goes up to ships.  About

08:23:00 1  20,000 barrels per day being collected.  To keep the pressure

08:23:03 2  positive, they also have vents out the top and a skirt out the

08:23:06 3  bottom.  And there's a pressure gauge inside.  So, again, a

08:23:09 4  pressure inside, a pressure outside, pressure drop, K factor.

08:23:15 5  Dr. Dykhuizen will testify that about 60,000 barrels of oil per day

08:23:19 6  coming out of the Top Hat, and the Top Hat was installed on

08:23:23 7  June 3rd.

08:23:24 8        Can we have the next video, please.  Here is video of the

08:23:29 9  Top Hat just so you can get a sense of it.  You can see the oil

08:23:34 10 coming out of the skirt.  You can barely see the Top Hat itself.

08:23:39 11 And the reason I show you this is because on days when

08:23:42 12 20,000 barrels of oil per day were being collected to vessels, it

08:23:45 13 looked like this; and on days when zero barrels were being

08:23:48 14 collected to vessels, it looked like this.  No difference with a

08:23:52 15 20,000-barrel change.  And that's part of the reason that

08:23:56 16 Dr. Dykhuizen was able to calculate his number.

08:23:58 17       The defendants got a call back to sort of the timeline of

08:24:01 18 point estimates of flow.  The defendants will call Dr. Zaldivar to

08:24:06 19 offer one point estimate, flow out of the riser around May 13th to

08:24:10 20 16th.  He comes with a lower number, about 30,000 barrels per day

08:24:14 21 or so.  Now, that might seem odd because last week BP's witnesses

08:24:19 22 all testified that in early May it was impossible to come up with a

08:24:22 23 flow rate, but he is going to come up with a flow rate now.  More

08:24:24 24 to the point, Dr. Zaldivar's model uses a model pipe that's half

08:24:29 25 the size of the real pipe.  So, short, his numbers are off by a

08:24:33  1    fact of two.  If you correct for that, he is getting about

08:24:36  2    60,000 barrels of oil per day, similar to the calculations of

08:24:41  3    Dr. Dykhuizen.

08:24:41  4         So could we have the next demonstrative, please, which is

08:24:45  5    back to the source control timeline.  So we've talked about three

08:24:50  6    measurements of rate, sort of like the speedometer, if you will,

08:24:54  7    capping stack, Top Hat, Top Kill.  And on this sort of flow meter

08:25:07  8    speedometer rates, the defendants are going to tell you that you

08:25:11  9    need to know what's going on inside the wellbore to test those flow

08:25:13 10    rate calculations, that there's restrictions in the wellbore and

08:25:15 11    what have you.  But when the cop pulls you over for speeding with

08:25:19 12    the radar gun, he knows you're speeding.  He doesn't need to know

08:25:22 13    whether you're driving a V8 or a Slant-6, doesn't need to know if

08:25:26 14    it's a standard or automatic, he's measured your speed.

08:25:29 15         We also have from here pressure data, collection rate

08:25:33 16    data, and all of the information that BP provided to the government

08:25:35 17    at the time of the capping stack shut-in, the crucial time of the

08:25:38 18    response.  With that information, we go on to the main question,

08:25:43 19    part two of the opening:  What is the total quantity released over

08:25:48 20    the total period?

08:25:49 21         Can we have the next slide, please.  Again, we have four

08:25:53 22    different methods.  Why four different methods?  Because this is an

08:25:57 23    unusual problem, so you use different lines of evidence to see if

08:26:02 24    you can come to a rough agreement between the different lines of

08:26:05 25    evidence.  An unusual problem, luckily, because we don't always

08:26:09  1   have big oil spills where we have to calculate the flow rate.

08:26:11  2         So the four different methods, we have four different

08:26:14  3   experts, and just -- this is sort of -- actually, I'm supposed to

08:26:18  4   do this.  May I approach?

08:26:26  5         Sorry about that.

08:26:29  6         This is just the same slide.  I'll just leave it here

08:26:37  7   sort of to show you where we are in the presentation.  And you can

08:26:40  8   see that when we talk about our expert, Dr. Griffiths, we will

08:26:43  9   compare him to one the defendant's expert; the same with

08:26:46  10  Dr. Kelkar, we will compare him to one of the defendant's experts.

08:26:56  11        And that's the order they're going to appear at the trial

08:26:58  12  as well, and that's the order I will discuss them in this opening

08:27:01  13  statement.

08:27:04  14        Can we have the next exhibit, please.  This is the same

08:27:08  15  slide I showed at the beginning with just experts in alphabetical

08:27:11  16  order, but what we've added here is a line at 4.5 million barrels.

08:27:17  17  And what does that represent?  That's just taking the last day of

08:27:20  18  flow, 53,000 barrels of oil per day on the last day, multiplying by

08:27:26  19  85 days, a little less than the total flow period.  So that's there

08:27:31  20  just as a gut check, what happens if you just take the last day,

08:27:35  21  extrapolate back at the same rate for the entire time.

08:27:38  22        You can see that the experts for the United States are

08:27:40  23  just slightly above, maybe 10 percent above a flat rate assumption

08:27:44  24  of 53,000 barrels per day for the entire time.  The defendant's

08:27:48  25  experts are substantially below.

08:27:50 1    Now, why are ours a little bit higher than constant

08:27:53 2  discharge rate from beginning to end?  Because of the concept of

08:27:57 3  reservoir depletion.  Oil comes out of a reservoir faster at the

08:28:00 4  beginning, and as the pressure drops, the oil slows down.  It's

08:28:04 5  like a balloon.  If you have a balloon full of air and you let it

08:28:07 6  go, flies around all crazy and fast at first, but then lands on the

08:28:11 7  table and sputters when the pressure falls off and flow rate falls

08:28:15 8  off.

08:28:15 9    Can we have the next exhibit, please.  This is, again,

08:28:18 10  about the concept of reservoirs depleting over time.  You saw this

08:28:22 11  exhibit last week.  BP writing to Admiral Landry.

08:28:27 12    Next page, please.  And last week this was presented to

08:28:29 13  talk about whether BP was being accurate about its flow rate.  But

08:28:32 14  I am presenting it just to show you this line.  Declining flow over

08:28:37 15  time, reservoir depletion.  The line on the bottom is just the blue

08:28:40 16  5,000 per day line.  You can ignore that.  We know that was a false

08:28:44 17  number.  But the reservoirs deplete over time.  You can expect the

08:28:49 18  flow rates to be higher at the beginning and to wane down over

08:28:54 19  time.

08:28:56 20    Now, the defendant's numbers are going to be

08:28:58 21  substantially lower than just the flat assumption of 53,000 barrels

08:29:02 22  per day.  Ours are a little bit higher because of the reservoir

08:29:06 23  depletion.

08:29:06 24    Now, let's look at next exhibit, please.  For our first

08:29:09 25  expert of total flow, Dr. Dykhuizen, this is his estimation of the

08:29:16 1    total flow, about 5 million barrels.  And you can see the same

08:29:20 2    characteristic reservoir depletion over time.  He ends on

08:29:24 3    53,000 barrels of oil per day, the measured flow rate from that

08:29:27 4    day, and he goes -- starts at 62,000 barrels of oil per day with

08:29:32 5    the decline of the reservoir depletion over time.

08:29:34 6        This bump in the middle is just the day the riser was cut

08:29:38 7    off.  Removal of that entire restriction allowed the flow to jump

08:29:41 8    up about 3 to 4 percent.  The little bump fall down at the end on

08:29:46 9    the right side of the chart is when they installed the capping

08:29:48 10   stack but hadn't closed it yet.  The stack itself was a restriction

08:29:52 11   to slow down flow a little bit.  And on the 15th, it closed.

08:29:56 12       One final thing before we move off of Dr. Dykhuizen.  The

08:29:59 13   first two days, we have zero flow.  That's how he addressed the

08:30:02 14   question the defendants will present about impediments to flow

08:30:07 15   inside the wellbore, the BOP and how they erode over time.  He

08:30:11 16   assumes that the first two days had zero flow, no flow whatsoever.

08:30:16 17       And if we can have the next slide, please.  So this is

08:30:20 18   April 22nd, this is one of the days when Dr. Dykhuizen assumed zero

08:30:24 19   barrels of oil coming out, zero flow dealing with the erosion over

08:30:29 20   time issue.  As you can tell, there is oil coming out of this well.

08:30:32 21   So his assumption of zero barrels per day for the first two days is

08:30:35 22   a conservative one.

08:30:37 23       Can we go to the next slide, please.  So we've talked

08:30:41 24   about Dr. Dykhuizen, and now we will talk about Dr. Griffiths, who

08:30:45 25   develops his own model calibrated to the capping stack, but using

08:30:50   1   the blowout preventer pressure gauge that came online on May 8th.

08:30:53   2   As appropriate, we're going to compare him with Dr. Gringarten and

08:30:56   3   some of the other experts for the defendants.

08:30:59   4          Dr. Griffiths is a senior scientist from Sandia.  He's

08:31:03   5   using the same principle of pressure drops, but calibrated to the

08:31:06   6   BOP pressure gauge.  During the response action, some people

08:31:11   7   questioned whether the BOP pressure gauge was reliable because it

08:31:15   8   had some vacillations.  Dr. Gringarten for the defendants says it's

08:31:20   9   reliable.  BP during the response action relied on it, and

08:31:24  10   Dr. Griffiths relies on it, too.

08:31:26  11          Two points about his work before we get into the details.

08:31:29  12   First, he developed his model specifically for this well, so unlike

08:31:33  13   some experts who pulled off-the-shelf software like OLGA or

08:31:37  14   MAXIMUS, he built his own model.  And, second, he had that model

08:31:40  15   published in a peer-review journal.  He did that outside of the

08:31:44  16   context of this lawsuit.  Justice Department didn't hire him until

08:31:48  17   after he had sent his article in for publication.

08:31:51  18          If we could have the next slide, please.  So last week

08:31:55  19   you heard Dr. Willson talk about modeling.  You start with

08:31:57  20   conceptual of a model, then you turn it into a mathematical

08:32:01  21   equation.  Here is the conceptual model Dr. Griffiths uses.

08:32:04  22   Reservoir pressure, BOP pressure.  As the pressure drops, that's

08:32:09  23   how he calculates his flows.

08:32:11  24          If we can go to the next slide, please.

08:32:15  25          I'm going to use the laser pointer here and point to the

08:32:17  1  black dots in the middle.  These are the BOP pressure gauge data;

08:32:21  2  94,000 data points.  And you can see the pressure is up on the last

08:32:25  3  day, the capping stack closes in.  Using this model, he gets this

08:32:28  4  reservoir depletion.  Characteristic reservoir depleting over time.

08:32:32  5          Next slide, please.  Shows converted into number of

08:32:36  6  barrels of oil per day.  Starts around 62,000, declines over time

08:32:41  7  with characteristic reservoir depletion, lands at 53,000 barrels of

08:32:46  8  oil per day.

08:32:47  9          And you can see his model is sensitive to events like

08:32:52  10  when the riser was cut and when the capping stack was installed.

08:32:59  11  And his result is about 5 million barrels of oil total.

08:33:03  12          Can we go back one second, please, to the previous slide.

08:33:11  13          And May 8th is the first data point, so you have to

08:33:15  14  figure out what to do from April 20th to May 8th.  What

08:33:19  15  Dr. Griffiths did was continue the trend back based on the

08:33:23  16  reservoir depletion.

08:33:24  17          Now, we can go to the next slide, please.  Thank you.

08:33:27  18  One other thing about Dr. Griffiths' work, he did three

08:33:31  19  alternatives to his main analysis.  His main analysis was a

08:33:34  20  pressure drop from the reservoir to the BOP, but he also compared

08:33:39  21  the pressure drop from the reservoir to the sea and from the BOP

08:33:42  22  gauge to the sea.  This gives an analysis of different pathways,

08:33:47  23  and lets him analyze whether the wellbore and the BOP were changing

08:33:52  24  over time in any way that would lead him to believe there was

08:33:56  25  impediments to flow that were eroding.  But because he gets a

08:34:00  1   constant steady flow and constant steady pressure over time in the

08:34:04  2   wellbore and in the BOP and in the whole complex, it shows him that

08:34:09  3   neither part of it is eroding in some rate other than the other

08:34:13  4   part leading him to conclude that erosion was not a huge factor, at

08:34:17  5   least after May 8th

08:34:19  6        Now, I am going to start talking about Dr. Gringarten,

08:34:23  7   under Griffiths with Dr. Gringarten.  We are going talk about him

08:34:26  8   because he matches to the BOP pressure data as well.  His

08:34:30  9   cumulative flow is 2.4 up to 3 million barrels.  And how does he

08:34:34 10   get that low number?  Three ways.

08:34:38 11        First, he starts by assuming a flow rate in order to

08:34:41 12   calculate a flow rate.  He assumes a flow rate of 45,000 barrels of

08:34:47 13   oil per day on the last day, July 15th.  He does not assume

08:34:55 14   53,000 barrels of oil per day, the measured flow rate on the last

08:34:59 15   day.  He uses two different assumptions:  One, he uses

08:35:03 16   45,000 barrels of oil per day the entire time from Day 1 to the

08:35:06 17   end, and that gives him 3 million barrels.  Next, he assumes it

08:35:09 18   starts at 30, about half the period, jumps up to 45 for the rest.

08:35:14 19   That gives him a totally different number, 2.4 million barrels.  So

08:35:18 20   the starting assumption controls the output of his model.

08:35:21 21        And perhaps this is just by chance, but if you take the

08:35:24 22   assumption of 30,000 barrels of oil per day, jumping to 45,000, and

08:35:28 23   just add that starting assumption up, it's 3.26 million barrels.

08:35:32 24   The exact same number that their own expert, Dr. Blunt, concluded.

08:35:36 25   So his starting assumption is the other expert's conclusion.  He

08:35:41  1    never runs a case assuming 53,000 barrels of oil per day.  His

08:35:45  2    model is not calibrated to that data point.

08:35:48  3            The second thing about Dr. Gringarten's model -- if we

08:35:51  4    can have the next slide, please -- is that he assumes that pressure

08:35:56  5    drops slowly at a linear rate per week.  So what we have here is

08:36:01  6    the blue line is Dr. Griffiths' work for the United States, it's

08:36:04  7    the same line we just showed you in Dr. Griffiths' exhibit.  The

08:36:08  8    three red lines are Dr. Gringarten's analysis.  You can see

08:36:12  9    Dr. Griffiths ends at 53,000 barrels of oil per day, the measured

08:36:16 10    rate; while Dr. Gringarten for the defendants ends in the mid 30s.

08:36:21 11    Because of the assumptions, he ends at the wrong place.

08:36:24 12            You can see there's great agreement between the two

08:36:26 13    experts that for the BOP data period from May 8th to the end, we

08:36:31 14    have slow decline or a steady state of flow over that entire

08:36:36 15    period.  No vast increases or decreases.  And so we'll get the same

08:36:44 16    kind of flow trends, similar models, except the difference is they

08:36:48 17    end at the wrong place and Dr. Griffiths ends at the right place.

08:36:51 18            Before May 8th is the other big difference.

08:36:55 19    Dr. Griffiths takes the flow rate trend and brings it back, just

08:37:00 20    tabulates the same trend.  Dr. Gringarten comes along here on the

08:37:03 21    same trend, which is the first data point so he just takes a left

08:37:07 22    and bangs down to zero right there.

08:37:10 23            I'll show you the same information, but instead of being

08:37:12 24    flow rate it will be pressure.

08:37:13 25            If we could have the next demonstrative, please.  Again,

08:37:18  1   the gray data points are the BOP pressure.  You can see right here

08:37:22  2   this complication is top kill so the pressures were jumping up and

08:37:26  3   down that day.  But Dr. Griffiths takes the steady stay of

08:37:29  4   pressures, pressure inside the BOP, carries it back to the

08:37:33  5   beginning.  Dr. Gringarten takes the same steady trend back to

08:37:36  6   May 8th, bangs a right, and jumps up to this number up here.  And

08:37:42  7   what the number up here is, is between 8,000 and 9,000 psi inside

08:37:47  8   the BOP.  That's the pressure one minute before the explosion.  The

08:37:52  9   BOP is locked in, the well is pressured up so high pressure it's

08:37:56 10   about to blowout.  And Dr. Gringarten assumes that the pressure

08:37:59 11   must have bled off slowly, (sound effect), over time for weeks

08:38:05 12   until it landed at the pressure inside the BOP on May 8th.

08:38:09 13   Dr. Gringarten -- Dr. Griffiths for the United States assumes that

08:38:12 14   the pressure blew off in a blowout, fell quickly, and then stays

08:38:18 15   steady for the time.

08:38:19 16           And if we can have the animation, please.  So what we're

08:38:28 17   going to have here is just two tires:  One has a blowout and one

08:38:32 18   has a slow leak.  Which one seems more like this case?  Do we have

08:38:36 19   the slow leak of pressure just waning off over weeks?  Or do we

08:38:40 20   have the pressure inside the well one minute before the explosion,

08:38:43 21   locked in the BOP, then we had a giant blowout that destroyed the

08:38:47 22   rig, and the pressure fell quickly.

08:38:56 23           Dr. Gringarten doesn't really provide a reason for why

08:39:00 24   these pressures decline at a perfectly linear rate or why his flows

08:39:04 25   increase at a perfectly linear rate from the beginning of the

08:39:07  1   explosion up to May 8th.  But the defendants provide two other

08:39:09  2   experts to try to come up with a reason for that.  This is the

08:39:13  3   erosion takes a long time theory.

08:39:17  4          And there is no doubt that materials inside the wellbore,

08:39:20  5   inside the BOP did erode.  You saw the ram blocks in Phase 1, they

08:39:24  6   were eroded.  Neither of the experts of the defendants have come to

08:39:29  7   testify to you as to a rate of how fast this erosion occurred.

08:39:32  8   They don't have a rate, they just say it takes a long time.

08:39:36  9          But the slow erosion theory is contradicted by the

08:39:39 10   evidence from Phase 1 of this trial.  Dr. Momber will come for the

08:39:43 11   defendants and tell you the cement in the wellbore was set up, was

08:39:46 12   an impediment of flow, eroded slowly over time.  No specific rate,

08:39:50 13   just slowly over time.

08:39:52 14          If we could have the next slide, please.  Dr. Momber is

08:39:55 15   an expert in construction concrete.  He's never done any oil field

08:39:59 16   cementing.  With those qualifications, he will tell you that the

08:40:03 17   cement was set up; but in Phase 1, John Guide for BP said, "the

08:40:08 18   cement obviously didn't set up."  And BP's Phase 1 cement expert,

08:40:13 19   Dr. Calvert, said, "The negative pressure test was conducted before

08:40:16 20   the cement reached compressive strength, i.e. was not set up."  The

08:40:22 21   expert for the US, Mr. Benge, also said cement was not set up.

08:40:27 22          You can take that down, please.

08:40:28 23          The other expert on erosion, Dr. Nesic for the

08:40:32 24   defendants, he will talk about erosion inside the blowout preventer

08:40:35 25   saying that erosion of the metals took a long time.  Weeks and

08:40:40  1    weeks.

08:40:42  2         Again, if we can have the next slide.  The evidence in

08:40:45  3    Phase 1 doesn't agree with him.  On the right, TREX No. 1, the Bly

08:40:50  4    Report tell us that the fluid velocity through the leaking annular

08:40:54  5    was reaching ordinance of magnitude greater than the velocity of

08:40:59  6    the steel.  And BP's blowout preventer expert Mr. Shanks told us,

08:41:04  7    "Erosion of the drill pipes occurred in less than a second.  Is

08:41:08  8    that true?  Yeah, it would be something of that timeframe."  So we

08:41:14  9    have metals eroding in less than a second in Phase 1.  Now, in

08:41:16  10   Phase 2 we're going to have an expert tell you that metals in the

08:41:21  11   BOP eroded slowly over the course of weeks.

08:41:24  12        You can take that down.

08:41:25  13        And remember from Phase 1 the BOP rams did not close the

08:41:29  14   whole way, they squished on the drill pipe leaving a path for flow

08:41:33  15   to go through to erode.  And you also remember from Phase 1 that

08:41:37  16   when you saw the ram blocks, it's not like the big ram blocks

08:41:41  17   eroded into this -- some big ole circle, like, a fire hose that

08:41:45  18   allowed the flow to come through.  All it look was a little

08:41:48  19   erosion, the little erosion that you saw around the bend and the

08:41:51  20   corners and the little holes in the BOP, that was allowing

08:41:54  21   53,000 barrels of oil per day on the last day.  Once you have a

08:41:58  22   pathway sufficient for flow, it doesn't matter if the pathway gets

08:42:02  23   any bigger, it only has to be enough to allow that flow.  If it

08:42:06  24   eroded bigger, it wouldn't contribute to bigger flow.

08:42:10  25        Dr. Nesic tries to back up his erosion-takes-a-long-time

08:42:15  1   theory with a model.  He tries to model 35 days of erosion.  He is

08:42:19  2   going to admit that his model after 12 days exploded.  That's his

08:42:24  3   words, not ours, that the model exploded and was not able to model

08:42:28  4   out any of the rest of the period.  So instead of realizing that

08:42:32  5   his model didn't work, he decided to rely on the ten days that it

08:42:35  6   did work and extrapolate a linear trend after all of the parts

08:42:39  7   where his model didn't work after it exploded.

08:42:46  8          The third and final thing about Dr. Gringarten -- again,

08:42:49  9   we're comparing him to Dr. Griffiths because they used the BOP

08:42:52  10  pressure data.  Dr. Gringarten will admit that his cumulative flow

08:42:56  11  estimate is entirely dependent on the number called permeability.

08:43:00  12  And permeability is a measure of how easily the oil can move

08:43:04  13  through the rocks inside the reservoir.

08:43:07  14         If we can have the next demonstrative, please, 21003.

08:43:12  15  This shows you on the Y axis permeability to millidarcies, mD -

08:43:18  16  millidarcies.  BP's estimate's in green.  Dr. Gringarten's estimate

08:43:23  17  down here at 238 millidarcies in red on the right.  US experts in

08:43:29  18  blue.  You can see the US experts are between four and 500

08:43:32  19  millidarcies.  Going back to the beginning before the well was

08:43:36  20  drilled at predrill estimate, BP had that big range, but their

08:43:39  21  estimate was 500 millidarcies.  After drilling, the post drilling

08:43:44  22  technical memorandum, you see that range there with a center around

08:43:49  23  400.  You can see Levitan's assumptions.  You can see how their

08:43:53  24  data putting the permeability up into the four, 500 million -- four

08:43:57  25  to 500 millidarcy range and Dr. Gringarten's number way down at

08:44:02  1   238.

08:44:03  2        And at the line of 300 is other evidence that's been

08:44:06  3   provided by BP.  They're at 300.  That's their 30(b)(6) deposition.

08:44:12  4   They have Dr. Emilsen who came in Phase 1, testified about the OLGA

08:44:17  5   modeling.  He was using 300 millidarcies.

08:44:21  6        If we can have the next slide, please.  So between BP's

08:44:25  7   own experts, there's a 25 percent difference.

08:44:29  8        If we can have the next slide, please.  And this is the

08:44:34  9   comparison of the results between Dr. Larsen for the US,

08:44:38 10   Dr. Gringarten for the defendants.  The dots on this, the red dots

08:44:43 11   are measured data.  They were measured with a wireline tool inside

08:44:48 12   Macondo before the explosion.  The lines on this are the models.

08:44:53 13   You can see the green line labeled 116 millidarcies.  That's

08:44:57 14   Dr. Gringarten's, the defendant's expert's opinion about the

08:45:01 15   permeability of the M56D layer, and you can see that he matches a

08:45:06 16   data point or two on the far right.

08:45:09 17        The red line is Dr. Larsen's opinion that 500 millidarcy

08:45:13 18   is the right number for the M56 layer, M56D layer.  You can see

08:45:17 19   that his red line matches virtually every data point.  That's the

08:45:21 20   reason why he believes the 500 millidarcies is the best estimate of

08:45:26 21   permeability.

08:45:27 22        Again, permeability matters because Dr. Gringarten admits

08:45:31 23   his permeability controls his flow.  If you double this

08:45:33 24   permeability, you double his total flow estimates.

08:45:40 25        Next slide, please.  To summarize Dr. Gringarten and move

08:45:45  1    on, he assumes the flow rate of 45,000 barrels of oil per day,

08:45:50  2    ignores the actual measured rate of 53,000 barrels of oil per day.

08:45:54  3    He assumes that from April 20th to May 8th the pressure bled off at

08:45:58  4    a slow leak instead of a blowout.  His total quantities is directly

08:46:03  5    proportional to the permeability and his permeability is too low.

08:46:09  6           Next slide, please.  So we've been through two of the

08:46:11  7    experts.  I am going to go to on Dr. Kelkar and the third method.

08:46:15  8    The methodology is called material balance.  The defendant's

08:46:19  9    expert, Dr. Blunt, also uses material balance, so we will compare

08:46:23 10    the two to each other.

08:46:25 11           Material balance is the tool commonly used in the

08:46:28 12    industry, and it is used when you have drilled a well and you flow

08:46:33 13    the flow rate for awhile and measure the flow rate, and then you're

08:46:36 14    trying to determine how much oil is in the reservoir so you can

08:46:39 15    know how long this well is going to produce for planning purposes.

08:46:42 16           And the next slide is -- on the top of the next slide is

08:46:46 17    the traditional material balance equation.  The unknown is the

08:46:50 18    original oil in place, how much oil is in that reservoir.  The top

08:46:53 19    of the equation of oil production is the produced oil out of the

08:46:57 20    well, measured it, measured the flow rate, you know how fast it's

08:47:00 21    going.  Then you take the pressure drop and compressibility.  We

08:47:04 22    have it in yellow because compressibility is based on estimations,

08:47:08 23    assumptions, so it's got some uncertainty in it.

08:47:13 24           In this case, Dr. Blunt for the defense and Dr. Kelkar

08:47:17 25    for the United States, rearranged the equation, ninth grade

08:47:20  1   algebra, just solving a different variable.  Solving the oil

08:47:24  2   production of flow rate.  And you can see the compressibility is

08:47:26  3   still uncertain, and the original oil in place is still -- is now

08:47:31  4   one of the inputs rather than the outputs.  Of course, it has

08:47:35  5   uncertainty.

08:47:38  6        Dr. Kelkar admits that there are uncertainties and he

08:47:41  7   gets the large range, bounding between four-and-a-half and

08:47:45  8   five-and-a-half million barrels.  Million barrel range.  Dr. Kelkar

08:47:49  9   for the US would agree that if you wanted a pinpoint estimate, you

08:47:52 10   would look to some of the other estimates that have more precision.

08:47:56 11        Dr. Blunt gets narrow range 3.26 million barrels, very

08:48:02 12   precise.  And how does he do that?  He does it by making

08:48:04 13   assumptions about the inputs, original oil in place,

08:48:07 14   compressibility, and pressure drop.  I'll start with

08:48:10 15   compressibility, move on to original oil in place.

08:48:14 16        Dr. Blunt's cumulative number is dependent on

08:48:18 17   compressibility.  If you increase the compressibility, you increase

08:48:21 18   the total number.  And a component of compressibility is how

08:48:24 19   compressible the rock in the reservoir is.  So compressibility, as

08:48:28 20   it sounds, is how much the rocks can be compressed.  And the rocks

08:48:32 21   have spaces in them, pores, P-O-R-E-S, and the pores have oil in

08:48:37 22   them.  So reservoir rocks are kind of like a teenage boy's face

08:48:42 23   that have oily pores.  And a measure of this compressibility is how

08:48:46 24   much these can be squished down.

08:48:49 25        Dr. Blunt is going to rely on Dr. Zimmerman to tell you

08:48:53  1   that you should measure the compressibility with six microsips as

08:48:56  2   the measurement.  This is a post dock analysis and it's based on

08:49:00  3   what's called rotary sidewall cores.

08:49:03  4          If we can have the next animation, please.  This is just

08:49:10  5   a schematic of a well being drilled.  Can we press once, please.

08:49:16  6   And when you're sampling rock you can take a -- can you animate it

08:49:21  7   one time, please -- you can take a conventional core or a whole

08:49:25  8   W-H-O-L-E, entire core and you get a sample that goes down.  It's

08:49:30  9   got a big diameter, long length, and in addition, it takes up the

08:49:35  10  stratification of the rock.

08:49:36  11         The alternative is a sidewall core, rotary sidewall core.

08:49:40  12  If we can animate it, please.  That's a little plug going sideways.

08:49:43  13  I'm holding out my thumb because these plugs are about an inch in

08:49:48  14  diameter and inch or two thick.  If you can animate again.  You can

08:49:52  15  see the orientation changes.  The sidewall core doesn't pick up as

08:49:57  16  much of the stratifications and some of the properties won't be the

08:50:00  17  same.

08:50:02  18         So for Macondo, we only have sidewall cores, the small

08:50:06  19  samples that go sideways instead of a whole core.  BP didn't take

08:50:10  20  the whole core for this well, saved them $7 million.  May be a

08:50:14  21  reasonable decision, but that doesn't mean this Court has to limit

08:50:17  22  itself to slavishly following the sidewall cores.

08:50:21  23         So let's see what BP told themselves and the government

08:50:23  24  about rock compressibility at the time the capping stack was

08:50:27  25  installed at that crucial time of well integrity testing.

08:50:31  1          Can we have the next demonstrative, please, which we'll

08:50:34  2   call it the compressibility timeline.  I won't go through each of

08:50:38  3   these exhibits, but you can see on July 6th, nine days before the

08:50:44  4   capping stack shut-in, BP's reservoir engineers talking with BP's

08:50:48  5   in-house rock compressibility experts about these rotary sidewall

08:50:53  6   cores and whether six microsips was a good number.  Six was a

08:50:56  7   number that came out of the Weatherford testing, same data that BP

08:51:00  8   is relying on today.

08:51:01  9          The reservoir engineers questioned six microsips is too

08:51:04 10   low and discussed the inherent bias of these sidewall cores.  They

08:51:08 11   decided that they should talk about upgrading the number based on

08:51:11 12   data from analog wells in the Gulf of Mexico.  Because their

08:51:15 13   experience in the Gulf of Mexico shows them that the rotary

08:51:18 14   sidewall cores, the little plugs, don't represent the rock as well

08:51:22 15   as the conventional cores, the large cylinders, and you need to

08:51:26 16   double the estimates in the sidewall cores to get a more accurate

08:51:29 17   representation of the compressibility of the rock.

08:51:32 18          By July 8th -- by July 7th they reached an internal

08:51:38 19   consensus that 12 is a good number.  And by July 8th they are

08:51:41 20   recommending it as the most likely case.  I will show this exhibit

08:51:44 21   on July 8th, and one on the 9th, and one on the 16th.

08:51:47 22          Can we have the next exhibit, please.  This is BP

08:51:49 23   internally deciding that 12 microsips is the most likely number.

08:51:53 24   That little "U" shaped thing, that's the Greek letter means micro.

08:51:58 25          Next exhibit, please.  Here is Bob Merrill, Dr. Bob

08:52:04  1    Merrill of BP presenting to the government on July 9th -- next

08:52:07  2    slide, please -- this case.

08:52:09  3         Assumptions:  CR, rock compressibility, is 12 microsips.

08:52:15  4    He is running sensitivities, you can see in the other yellow line,

08:52:18  5    as low as six and as high as 18 microsips.

08:52:24  6         The defendants will bring Dr. Robert Merrill to this

08:52:27  7    trial, and he may try to tell you that the 12 microsips was some

08:52:31  8    sort of worst case scenario number.  But you can see on this slide

08:52:34  9    that he presented to the government, he was using 12 as the

08:52:37 10    assumption with sensitivities running from 6 to 18.  So if he tells

08:52:41 11    you that 12 is the worst case scenario, what was that 18 there for?

08:52:45 12         You will also hear from Dr. Hsieh.  He's the U.S.

08:52:48 13    Geological Survey expert who is here to testify about the capping

08:52:51 14    stack shut-in and the green and yellow and red pressure up numbers

08:52:55 15    that he came up with.  He attended this meeting.  And he will tell

08:52:59 16    you that neither Dr. Merrill nor anybody else from BP said that 12

08:53:04 17    microsips was a worst-case scenario number, that you should go with

08:53:07 18    6 microsips.

08:53:08 19         The last one of these exhibits on compressibility from

08:53:12 20    the time of the capping stack shut-in.

08:53:13 21         Next exhibit, please, 8639.

08:53:17 22         Here, again, a presentation -- next slide, please -- from

08:53:20 23    BP to the government, continuing to use 12 microsips as the base

08:53:24 24    case.  Base case, not worst case.

08:53:29 25         As I mentioned, the six microsips number was based on

08:53:33  1   Weatherford data from the three plugs taken from the well before

08:53:36  2   the explosion.  Our experts in rebuttal will tell you that those

08:53:40  3   cores are not representative because it's just the three plugs to

08:53:43  4   cover a 90 feet well and that there's questions about how the

08:53:46  5   testing was performed; and that they agree, you should double the

08:53:50  6   sidewall to match the whole core and get a better number.

08:53:54  7         So this is Dr. Roegiers and Dr. Huffman in rebuttal.

08:53:58  8   Dr. Huffman, who you met in Phase One, was talking about pore

08:54:03  9   pressure.  Here we will be talking about pore compressibility.  And

08:54:06 10   we are calling him in rebuttal because we didn't know that BP was

08:54:09 11   going to renege on the information that they provided to the

08:54:11 12   government at the time of the capping stack.

08:54:13 13         In fact, when they wrote to the Oil Spill Commission to

08:54:16 14   state their case about why the official government estimate of

08:54:19 15   4.9 million barrels was not reliable, the complaint about the

08:54:23 16   reservoir properties but didn't tell us anything about the

08:54:27 17   compressibility of the oil.

08:54:29 18         So back to orient ourselves on our list of four experts,

08:54:33 19   we're on the third one, material balance with Dr. Kelkar.  We are

08:54:36 20   comparing him to Dr. Blunt for his material balance.  We've talked

08:54:39 21   about compressibility.  I'll talk now about original oil in place,

08:54:42 22   and then we will be done with Dr. Kelkar and Dr. Blunt.

08:54:46 23         To calculate an original oil in place, you need a

08:54:50 24   shrinkage factor or formation volume factor.  And what are we

08:54:54 25   talking about here?  A barrel of oil down in the reservoir miles

08:54:57  1   under water under earth is under enormous pressure, and down there

08:55:02  2   everything is liquid.  Methane, the gas that comes out of your

08:55:05  3   stove when you turn it on, a gas up here is dissolving the liquid

08:55:10  4   down there.

08:55:11  5          And in the Clean Water Act, the penalty only applies to

08:55:15  6   barrels.  Barrels are defined as 42 gallons at 60 degrees

08:55:19  7   Fahrenheit.  It doesn't state what pressure.  But in the industry

08:55:23  8   there is a term called "stock-tank barrel."  And this is 42 gallons

08:55:28  9   at 60 degrees Fahrenheit at one atmosphere pressure or sea level

08:55:32 10   pressure.  And so we're using that industry definition here, even

08:55:35 11   though it's not specifically required by the statute.

08:55:38 12          So both sides needed a way to convert from barrel in the

08:55:41 13   reservoir, liquid, entirely liquid to barrel at the surface.  And

08:55:46 14   what happens is as these barrels come up and the pressure abates,

08:55:49 15   the gas comes out, comes out a solution, off gases, so by the time

08:55:54 16   they get to the surface of the water, a barrel down in the

08:55:56 17   reservoir might be only half a barrel of liquid left.

08:56:00 18          In the industry, when you're producing oil from the

08:56:03 19   reservoir, they do it in a controlled mechanically engineered

08:56:06 20   fashion where they separate the gas out in multiple stages because

08:56:10 21   they try to save the liquid and prevent it from off gassing.  If

08:56:13 22   you do it slowly and carefully, you can keep more liquid.  If you

08:56:16 23   do it quickly in one stage, you lose more liquid.

08:56:19 24          An analogy is a bottle of champagne.  Where if you pop

08:56:23 25   the champagne with a flourish and the cork flies out and everybody

08:56:27  1   cheers, but your champagne falls out on the floor.  If you hold the

08:56:32  2   bottle carefully and ease the cork out and it makes a little

08:56:36  3   hissing sound, maybe it's not as dramatic, but you keep all of your

08:56:39  4   champagne.  So controlled separation is what they do in the

08:56:41  5   industry.

08:56:42  6           In fact, if we can have the next exhibit, please.  This

08:56:45  7   is Dr. Blunt's expert report, TREX 11553, as redacted, and

08:56:53  8   Dr. Blunt tells you that in the industry we use multistage

08:56:57  9   separation.  It's used by oil companies to maximize volume during

08:57:03 10   normal production.  They separate the oil and the gas through a

08:57:07 11   deliberately engineered series of separators.  Multistage

08:57:11 12   separation is designed to produce as much oil as possible.

08:57:14 13           Having said that, Dr. Blunt is going to ask you to go

08:57:17 14   with one stage separation, wants you to open the champagne bottle

08:57:22 15   and have the champagne spray all over the place instead of multiple

08:57:25 16   control stages of separation.  And the reason for that is because

08:57:27 17   it gives less oil.  So since the defendants want less oil,

08:57:32 18   Dr. Blunt is going to ask you to do the one-stage separation.

08:57:37 19           Now, the problems with that are if we're going to use the

08:57:40 20   industry standard definition of a stock-tank barrel, we should use

08:57:44 21   the industry practice of multiple separations.  And second, in this

08:57:48 22   case, when the oil was collected by the Top Hat and the other

08:57:51 23   collection devices, it was brought to ships, and it was put through

08:57:54 24   more than one stage of separation.  And BP moved for summary

08:57:58 25   judgment that those collection amounts were collected and that they

08:58:01  1   were accurate and they shouldn't count to penalty.  So when they

08:58:04  2   wanted credit for the collection, they used multistage separation,

08:58:08  3   and we stipulated to that.  But now that it's detrimental to them,

08:58:12  4   they want you to use one-stage separation to keep the liquid

08:58:16  5   fraction smaller.

08:58:17  6          One final twist on this separation issue and we will be

08:58:20  7   done with it.  Of course, in this case, the spilled oil wasn't

08:58:24  8   separated mechanically, it was separated in the ocean.  The off

08:58:27  9   gassing occurred as the hydrocarbons flowed up through the sea.  So

08:58:32 10   both sides developed an oceanic separation model.  And there's

08:58:36 11   differences, and Dr. Zick for the US can testify about that,

08:58:42 12   Dr. Whitson for the defendant.

08:58:43 13          But the biggest difference between them is Dr. Whitson

08:58:45 14   decides to take ten percent off the top.  He says that liquid

08:58:48 15   fractions of the oil -- this is not off gassing, this is liquid

08:58:51 16   factions of the oil -- if they dissolve into the sea, they don't

08:58:55 17   count.  What we're talking about here is something like benzene, a

08:58:58 18   hazardous substance that can dissolve into the ocean.  Butane, and

08:59:02 19   you know butane is a liquid because if you've ever seen a cigarette

08:59:06 20   lighter, it has liquid in it, that's butane.  Dr. Whitson says that

08:59:10 21   if butane and benzene dissolve into the ocean, they shouldn't count

08:59:13 22   because they don't reach the surface.  That pollution is still in

08:59:17 23   the ocean.  Of course it should still count.

08:59:18 24          We are talking about a legal issue, and that's why we

08:59:20 25   moved for summary judgment on that issue, the ten percent that's

1220

08:59:23   1   dissolved does count.  And that's why we filed a motion that

08:59:27   2   Dr. Whitson shouldn't be allowed to testify to legal conclusions

08:59:30   3   about the ten percent and whether it counts under the statute.

08:59:32   4   Since this is opening statement, I won't be arguing that, other

08:59:35   5   than to note it.

08:59:37   6        So to try to summarize the oil in place, if we could have

08:59:41   7   the next slide, please.

08:59:46   8        This is supposed to be helpful.  It shows the reservoir

08:59:49   9   barrels below being brought to the surface in the different ways.

08:59:53  10   Single stage flash, the one the defendants want you to use, it's

08:59:57  11   the one that gets the least oil, it's the one that's not consistent

09:00:00  12   with industry practice.  Multistage separation gets you 11 percent

09:00:05  13   more barrels.  It's consistent with industry practice.  It's what

09:00:09  14   was done in this case when BP wanted credit for the oil they

09:00:12  15   collected.

09:00:13  16        On the right is the oceanic separations.  There are two.

09:00:17  17   It's not really relevant to our opening here today.  But you can

09:00:20  18   see that's about 13 percent more in single stage flashing.  And the

09:00:24  19   difference between Dr. Whitson and Zick is Dr. Whitson takes ten

09:00:28  20   percent off of the oceanic to get himself back down to single flash

09:00:31  21   just by saying:  If it's dissolved, it doesn't count.

09:00:35  22        Next slide, please.  To summarize Dr. Blunt's use of

09:00:42  23   material balance, his original oil in place is too low because he

09:00:45  24   used one-stage separation.  Like Dr. Gringarten, his permeability

09:00:49  25   is too low.

09:00:53   1          I won't talk about the pressure drops, but the third

09:00:56   2   bullet point, compressibility, his compressibility number is too

09:01:01   3   low based on rotary sidewall cores, it should be doubled and that

09:01:05   4   would cause a significant increase in his calculations, about a

09:01:08   5   million barrels.

09:01:11   6          And one final note on material balance, your Honor,

09:01:15   7   before we move on, is that you don't have to decide all of these

09:01:20   8   issues to decide this phase of the case.  The defendants are going

09:01:24   9   to try to make rock compressibility the issue in this phase.  And

09:01:30  10   it is an issue in this phase, but if you just decide that issue has

09:01:33  11   too much uncertainty, you don't have to use the material balance

09:01:36  12   methodology at all.  Dr. Kelkar and Dr. Blunt both use material

09:01:43  13   balance; different inputs, different results.  If you choose -- if

09:01:46  14   you find that there's too much uncertainty, then just don't use

09:01:50  15   material balance.  Go to one of the other methods out there.

09:01:54  16          Speaking of the other methods, I will turn to the final

09:01:56  17   of our experts, Dr. Pooladi-Darvish.  He is doing reservoir

09:01:59  18   simulation.  Reservoir simulation is another common tool in the

09:02:04  19   industry, it's used to plan production.  And in this case,

09:02:11  20   Dr. Pooladi-Darvish used it to try to determine total flow

09:02:14  21   quantity.  So what he does is build his reservoir model -- again, a

09:02:17  22   mathematical model -- trying to stimulate what might be the real

09:02:21  23   reservoir conditions.  And he has to calibrate his model, he

09:02:24  24   calibrates it to a real world measure data points, the capping

09:02:28  25   stack pressures, and the collection rates of the devices that were

09:02:32  1   collecting oil up to the sea level.

09:02:34  2          He creates a simulation, and if he can match those data

09:02:37  3   points, those calibration points, then he feels he has a good

09:02:40  4   match.  So he comes up with a base case, runs it, matches the

09:02:44  5   pressures, matches the collection rates.  He's satisfied his base

09:02:49  6   case shows a potential or real world reservoir condition, and it

09:02:53  7   produces about five million barrels of oil over the total flow

09:02:56  8   period.  Again, about 800,000 of it collected.

09:03:01  9          But that's not where he stops, that's just his base case.

09:03:05 10   He, then, tries to vary other parameters, reservoir parameters, to

09:03:08 11   see if there's other sets of conditions that could match the

09:03:11 12   pressure data, that match the collection data.

09:03:14 13          So if we can have the next slide, please.  Here we have

09:03:18 14   Dr. Pooladi-Darvish's methodology.  On the column on the left, just

09:03:22 15   the various parameters that he varies to try to see if there are

09:03:27 16   other sets of reservoir conditions that can match the real world

09:03:30 17   data.  If you take a look at the third line down, permeability of

09:03:35 18   170 millidarcies, go to the next column, matching data "X," it did

09:03:40 19   not match the data, so that's not a real world condition.

09:03:43 20          His base case is around the middle, but you can see that

09:03:48 21   as he varies it, he has to match the pressure first, the third

09:03:51 22   column he has to match the collection rates.  And if he cannot

09:03:54 23   match both the collection and the pressure rates, he calls it a bad

09:03:57 24   match.  If he can, it's a good match.

09:04:00 25          So he varies all of these 25 parameters to try to come up

09:04:04 1   with ways to match the real world measured calibration points, and

09:04:07 2   he comes up with many that do.  So then he runs all of those good

09:04:12 3   case scenarios, acceptable ones, and each of them produces between

09:04:17 4   5 to 5.3 million barrels of total cumulative flow estimate.

09:04:24 5          So if we can have the next slide, please.  Can we have

09:04:32 6   demonstrative D-21041, please.  So we've been through each of our

09:04:39 7   four experts, your Honor, with the four different methods, four

09:04:42 8   different lines of evidence.  Dr. Dykhuizen matched the capping

09:04:47 9   stack data; Dr. Griffiths using the BOP data; Dr. Kelkar using

09:04:50 10  material balance; Dr. Pooladi-Darvish using reservoir simulation.

09:04:54 11  They all match up at around 5 million barrels of oil total.

09:04:59 12         But it's not just our litigation experts who come to

09:05:05 13  numbers like that.  You may remember the Flow Rate Technical Group,

09:05:10 14  Admiral Allen had that group put together when BP wasn't providing

09:05:14 15  information about flow rate, Dr. McNutt of the U.S. Geological

09:05:18 16  Survey, you saw their deposition testimony last week.

09:05:21 17         In the end, the Flow Rate Technical Group and the

09:05:24 18  Tri-Labs teams all came to consensus about 4.9 million barrels of

09:05:30 19  oil came out of the reservoir; the flow rate on the final day about

09:05:33 20  53,000 barrels of oil per day.

09:05:36 21         Dr. Hsieh, the witness who will testify here about the

09:05:39 22  capping stack shut-in, and the red, yellow, green pressure-up data

09:05:42 23  that he developed, he ran a model at 4.9 million barrels.  That's

09:05:48 24  part of the Flow Rate Technical Group estimate.

09:05:50 25         But it wasn't, again, just -- not just our litigation

09:05:53  1    experts and other experts in the government.

09:05:56  2         Next exhibit, please.  Here we have the Oil Spill

09:06:01  3    Commission, the Presidential Commission, in October of 2010,

09:06:05  4    reporting about the amount of the oil, callout please, and what

09:06:10  5    they say there is an emerging consensus of government and

09:06:14  6    independent scientists that roughly 5 million barrels of oil were

09:06:17  7    released using different methods, these different groups of

09:06:21  8    scientists arrived at the same approximate figure.

09:06:28  9         So we have an emerging consensus among government and

09:06:31 10    academics, multiple lines of evidence coming out around 5 million

09:06:35 11    barrels.

09:06:35 12         And just for comparison, if we can run the animation,

09:06:38 13    please.  How much oil is 5 million barrels?  Just to compare it to

09:06:41 14    the Valdez, it was 262,000 barrels.  Animate, please.  So what we

09:06:46 15    have here is a Valdez worth of oil spilling out every four and a

09:06:51 16    half days.  And if you animate again, three of those were collected

09:06:55 17    to the collection vessels, leaving you about 16 Exxon Valdezes

09:07:00 18    spilled into the ocean in this case.

09:07:02 19         What are the defendants going to say about flow?  We know

09:07:05 20    what they said in the past.

09:07:07 21         Next demonstrative, please.  BP repeatedly said -- this

09:07:12 22    would be 21008.  Thank you -- repeatedly said that it was important

09:07:16 23    to know a flow rate and to know it right.  That it was crucial, the

09:07:20 24    heart of understanding.  Source control efforts, that it was

09:07:24 25    essential to know about source control efforts.  I won't go through

09:07:27  1    these exhibits.  There's the Oil Spill Response Plan which you saw
09:07:31  2    last week, saying the first step was to -- priority issue was to
09:07:34  3    know about the flow rates.
09:07:36  4         On the far right is BP's response for that Oil Spill
09:07:41  5    Commission report, the one that said that there was an emerging
09:07:43  6    consensus of 5 million barrels.
09:07:47  7         If we could have the next exhibit, please, which is 6192,
09:07:50  8    BP's response to the Oil Spill Commission.  BP says flow rate
09:07:54  9    information is, "crucial to understanding the environmental impact
09:07:58 10    shaping appropriate remediation plans."
09:08:01 11         And that's exactly the point, your Honor, this trial is
09:08:03 12    not merely about the maximum penalty amount.  Scientists are going
09:08:08 13    to study this spill for decades.  They've been studying the Valdez
09:08:11 14    for decades.  There's a natural resource damage assessment going
09:08:15 15    on, and the total flow input is a very important input to the
09:08:20 16    scientific studies to these assessments.  Scientists from academic
09:08:24 17    communities, BP's own scientists, people are using these published
09:08:28 18    numbers as their inputs, about 5 million barrels, from
09:08:32 19    Dr. Griffiths's work, from the flow rate work, from Dr. Crone's
09:08:36 20    published work.  So it is indeed important to get this information
09:08:39 21    right, your Honor.
09:08:42 22         Now, despite saying about the importance of flow, we know
09:08:44 23    that BP then lied to Congress about the flow, that's a given.  Then
09:08:49 24    they later told their shareholders in their SEC filings that the
09:08:53 25    flow was 4 million barrels, 3.2 was collected.  That's how they

09:08:58 1   told their shareholders what their penalty supposedly was.  With

09:09:01 2   those statements, they are going to come here and tell you that it

09:09:03 3   wasn't 4 million, it was 3.26 million; or maybe if they go to

09:09:09 4   Dr. Gringarten, it was 2.4 million.

09:09:12 5         And how do they get those numbers?  Again, by abandoning

09:09:15 6   the information from the response action and cherry-picking the

09:09:17 7   data.

09:09:17 8         Could we have the almost last demonstrative, please.  This

09:09:21 9   is a vaguely titled demonstrative, "Inputs and Estimates, Then

09:09:24 10  Versus Now."  Let's see what some of these are.  Rock

09:09:28 11  compressibility.  Then at the time of the capping stack shut-in,

09:09:31 12  the time when it was being decided whether we could leave it shut

09:09:34 13  in or reopen that valve and restart the spill, 12 microsips was the

09:09:38 14  most likely estimate, it was the base case, the sensitivities were

09:09:42 15  6 to 18 microsips; now it's 6 is the base case and 12 is an

09:09:47 16  outlier.

09:09:47 17        Permeability, before they drilled the well, after they

09:09:50 18  drilled the well, their experts in Phase 1, 300 to 600; now

09:09:56 19  Dr. Gringarten's going to say 238.  The flow rate on July 15th,

09:10:01 20  then internally BP's people coming up with 51- to 59,000, close

09:10:07 21  agreement with the 53,000 barrel-per-day estimate of the

09:10:10 22  government.  Now they don't have everybody telling you the final

09:10:12 23  day flow rate.

09:10:17 24        And, again, they were happy to rely on the Tri-Labs

09:10:21 25  estimates when they were -- Tri-Lab's work when they were trying to

09:10:24  1   keep the capping stack closed, but now they're just going to

09:10:26  2   nitpick at that same work and say it was political -- politically

09:10:29  3   motivated.

09:10:32  4          How about the number of stages for separating the

09:10:33  5   reservoir barrels of oil into surface water barrels of oil?  When

09:10:37  6   they wanted credit for the oil they collected, multiple stages of

09:10:40  7   gas separation.  When they wanted to minimize the amount of liquid

09:10:44  8   for penalty purposes, single-stage separation.

09:10:48  9          Status of cement in the wellbore, Phase 1, not set; in

09:10:51  10  Phase 2, set.  Erosion of the BOP in Phase 1, less than a second to

09:10:55  11  erode steel; now it takes weeks or more.  Back then, they had

09:11:01  12  reservoir engineers and rock mechanics experts working on this,

09:11:04  13  they had people working on the response, their top people.  And

09:11:09  14  those people were working closely with the government responders

09:11:13  15  that were the science team.  With the exception of Dr. Merrill.

09:11:17  16  That was then.  Now none of them are here except for Dr. Merrill.

09:11:20  17  We're bringing the people who were there at the time, Dr. Hsieh,

09:11:23  18  Dykhuizen, Dr. Hunter.

09:11:27  19          And now they want you to rely on -- back to the top line,

09:11:30  20  rock compressibility.  They are going to try to make that the whole

09:11:33  21  case.  But again, if you decide you don't want to deal with the

09:11:36  22  rock compressibility issue, just decline to go with material

09:11:39  23  balance, decline to go with Dr. Blunt's method.  And by fairness,

09:11:42  24  you would have to decline to go with Dr. Kelkar for the U.S. if you

09:11:46  25  decide not to use that method.

09:11:47  1        And the final slide, just showing you again, this is sort

09:11:51  2   of the summary that you've already seen.  Flow rate estimates over

09:11:55  3   time gave us point ranges, the collections were exact, a little

09:12:01  4   period at the time of the beginning to account for erosion, and we

09:12:05  5   have the four different lines of evidence converging at about 5

09:12:08  6   million barrels of oil; again, using four different methods because

09:12:12  7   this is a unique problem, it's not and off-the-shelf problem, and

09:12:18  8   the results of the various lines of evidence is that 5 million

09:12:20  9   barrels came out of the well, 4.2 million barrels were spilled,

09:12:24 10   that's about 16 Exxon Valdez's worth spilled.

09:12:28 11        So at the close of the evidence, your Honor, we will ask

09:12:30 12   you to find as a fact that the beginning of the flow period, about

09:12:33 13   62,000 barrels of oil per day were coming out; that by the end,

09:12:37 14   about 53,000 barrels of oil per day were coming out.  If you add

09:12:42 15   those days together, it was 5 million barrels.

09:12:44 16        Thank you, your Honor.

09:12:46 17        THE COURT:  All right.  Thank you.  Mr. Brock.

09:12:53 18        MR. BROCK:  Yes, your Honor.  Your Honor, good morning.

09:13:40 19   Mike Brock presenting the opening statement on behalf of BP and

09:13:45 20   Anadarko.

09:13:47 21        One of the issues that we will be dealing with in this

09:13:49 22   case is the issue of uncertainty.  Mr. O'Rourke indicated in his

09:13:56 23   opening that if there's too much uncertainty, that the Court may

09:14:00 24   use its discretion to disregard the opinions of experts to bring

09:14:07 25   you forward experts with such views.  And we think that's an

09:14:12  1   important statement, because in the context of this case, BP will

09:14:18  2   present information that was -- and opinions based on known data;

09:14:26  3   known data before the spill and known data after the spill.

09:14:32  4         And as we will see in the development of the evidence,

09:14:34  5   the United States is going to present evidence that relates to a

09:14:38  6   day-by-day calculation over 86 days when we are in a position where

09:14:46  7   the wellbore is changing daily.  Their methodology and their model

09:14:52  8   requires that they do that day-by-day calculation.  The methodology

09:14:58  9   of Dr. Blunt and the methodology that Dr. Kelkar uses does not

09:15:05 10   require the precision that's needed to do a day-by-day calculation.

09:15:11 11         Their methodology looks at the oil in place before the

09:15:15 12   event, it looks at the oil in place after the event, and just

09:15:19 13   through the basic principle of conservation of mass allows us to

09:15:23 14   share with you the amount of oil that left the well.  It's an

09:15:28 15   industry standard approach to resolving or solving a problem like

09:15:35 16   this.

09:15:36 17         So in this case and in this presentation today and

09:15:40 18   through the week, next couple of weeks, I think your Honor will be

09:15:44 19   faced with some choices about what is the right methodology, where

09:15:49 20   are the right and correct inputs being made based on data.

09:15:55 21         As your Honor is aware, it's BP's position that using the

09:15:59 22   material balance equation, that is the industry standard material

09:16:04 23   balance equation, that the amount of oil that left the well was

09:16:09 24   3.26 million stock-tank barrels.

09:16:15 25         This is a graphic, your Honor, that describes much of the

09:16:21  1    activity that we talked about last week during the source control
09:16:25  2    trial.  There are changes in the Macondo well that are occurring
09:16:31  3    daily.  We've characterized here some of the important events.
09:16:36  4    April 22nd, the riser falls.  April 28th, we'll talk about that
09:16:40  5    later, two holes appear in the riser.  That means that erosion is
09:16:45  6    still occurring at that point.  We will talk about slug flow,
09:16:50  7    because through expert testimony, your Honor -- and some video that
09:16:53  8    we will show you, your Honor will be able to see that during this
09:16:56  9    period of time, there are periods of gas flow followed by oil flow,
09:17:04 10    and this pattern can be characterized to bound the flow rate during
09:17:09 11    that period of time.
09:17:11 12         On May the 19th, a third hole appears in the riser.  The
09:17:16 13    government's position and the way they're dealing with this case is
09:17:19 14    that they want to say to the Court all of the erosion that took
09:17:23 15    place in the well happened within nine hours.  Then when we talked
09:17:28 16    to them a little later, well, maybe it was 12 hours or 16 hours or
09:17:31 17    a day.  But essentially, in order for the government models to
09:17:35 18    work, they have to explain away erosion in the well as having all
09:17:40 19    occurred in the first few hours.  And the evidence is going to be
09:17:45 20    contrary to that.
09:17:48 21         You see some of the important events, other important
09:17:50 22    events like Top Kill, the riser cut, and Top Hat.
09:17:56 23         Now, you heard a little bit about the methodology that
09:17:59 24    the government used to arrive at its flow rate number.  Essentially
09:18:04 25    what occurred is that a calculation was made based on a very

09:18:10  1   complex geometry in the capping stack that allowed the scientists

09:18:16  2   from BP and from the government to know that for the first time in

09:18:21  3   the life of the flowing well three important issues:  They were

09:18:27  4   able to know at that point two pressures and then a known geometry

09:18:32  5   between those pressures.  And if you know that with precision, you

09:18:37  6   can make an estimate of flow.  And that's a pretty much an

09:18:42  7   undisputed fact.

09:18:43  8          But Mr. O'Rourke showed you that very complex model of

09:18:48  9   all of the turns and all of the K factors.  Well, that's a

09:18:51 10   calculation that you can make when you know all of those things

09:18:54 11   with precision.  And even when you do this calculation, it has an

09:19:00 12   error bar or an error factor according to the government scientists

09:19:03 13   of about 20 percent.

09:19:06 14          So the range that's being described here, even according

09:19:10 15   to the testimony from the government experts, is something in the

09:19:14 16   48- to 58,000 barrels on the last day.

09:19:20 17          Now, how did the government get from this number,

09:19:26 18   53,000 barrels a day, to a total flow rate number?  Well, basically

09:19:31 19   what they did is they just drew a line back.  They assumed

09:19:36 20   depletion and they assumed that there were no changes in the well

09:19:42 21   during this entire period of time.  A fact that we're going to show

09:19:47 22   you was not true.  It was an assumption that they had to make in

09:19:53 23   order to get a number.

09:19:55 24          This number here, this 63,000-barrel number that they've

09:20:01 25   been referring to today, this is not a calculated number that's

09:20:05  1   based on anything other than the assumptions that are made here

09:20:09  2   (INDICATING).  This entire 86 days when changes in the wellbore are

09:20:15  3   occurring that affect the ability of the well to flow, the

09:20:20  4   government has pushed those to a side and assumed them away.  It's

09:20:24  5   one of the primary reasons that this hydraulics methodology is not

09:20:29  6   the best approach to solving this problem.

09:20:33  7          And they recognize that.  The government, your Honor,

09:20:37  8   first came out with their flow rate estimate of around 5 million

09:20:42  9   barrels on August the 2nd, 2010, after a few hours of work.  This

09:20:55 10   is the statement of Mr. -- of Dr. Dykhuizen, who you will hear from

09:20:59 11   in this case.  He is writing the next day a portion of the document

09:21:05 12   that will eventually be the government's support for the 5 million

09:21:11 13   barrel number, and he's acknowledging then -- this is in one of his

09:21:16 14   drafts and we will see this later, this describes a fictional state

09:21:21 15   since the model implicitly assumed that the well geometry does not

09:21:26 16   change during the 85 days of the flowing well.  In fact, many

09:21:31 17   geometry changes occurred, including the riser, the kink, junk

09:21:37 18   shots and erosion.

09:21:41 19          They knew when they issued the statement about total flow

09:21:45 20   of 5 million barrels total on August the 2nd that they had not

09:21:51 21   accounted for these factors.  And you will hear that from

09:21:56 22   Dr. Dykhuizen when he testifies.

09:21:58 23          So why is it that the material balance approach is better

09:22:05 24   than trying to characterize flow on a day-by-day basis in an

09:22:10 25   unknown system?  It's a better approach, your Honor, we believe,

1233

09:22:16 1   because in the material balance approach, Dr. Blunt is able to use

09:22:23 2   information that is available before the event on April the 20th,

09:22:29 3   2010 and information that is collected after the event.  And when

09:22:36 4   you look at material balance, you don't have to say what the flow

09:22:39 5   is on a day-by-day basis.

09:22:43 6            What is that information that is available to Dr. Blunt

09:22:46 7   and to Dr. Kelkar?  On April the 12th, there was a tool that went

09:22:54 8   down into the well and it collected pressure data and fluid

09:23:00 9   samples.  That's going to be the pressure data that Dr. Blunt will

09:23:03 10  use in his equation when he solves for the amount of oil that came

09:23:09 11  out of the well.

09:23:12 12           There are also core samples that are taken on April the

09:23:17 13  14th, 2010.  These core samples are industry standard core samples.

09:23:23 14  They were collected by Schlumberger before the event, they were

09:23:30 15  interpreted by Weatherford in an industry standard kind of way.

09:23:34 16  This information is relied on in industry to help make predictions

09:23:39 17  about the well, assuming that it's successfully drilled, and this

09:23:45 18  information tells us that the compressibility of the rock -- we'll

09:23:50 19  talk about that a lot in this case -- was in the range of 6 to 7,

09:23:55 20  not 12.

09:23:56 21           These are not figures that BP has come up with after the

09:24:00 22  fact.  These are core samples that were taken before the event by

09:24:06 23  Schlumberger and interpreted by Weatherford in an industry standard

09:24:10 24  kind of way.

09:24:11 25           Then you've heard the information that's available for

09:24:16  1   after the event; that is, the final measured pressures that take

09:24:21  2   place over in early August after the well is shut in.  And

09:24:26  3   Dr. Blunt is able to use these inputs along with what is known

09:24:32  4   about the reservoir properties to identify the size of the

09:24:36  5   reservoir, to identify the compressibility of the rock and the

09:24:43  6   pressure change.

09:24:44  7           Now, Mr. O'Rourke made reference to this was a blowout,

09:24:49  8   and so we know all of the air was out of the tire instantly.  If

09:24:55  9   your Honor thinks about this, you will see that's not really

09:24:57 10   correct.  Under any sort of scenario that you want to look at in

09:25:02 11   this case, whether the flow is 5 million or 3 million, the ranges

09:25:07 12   of oil in place for this well were something between, you know,

09:25:12 13   maybe 2 and a half and 4 percent of the well flowed out during the

09:25:16 14   86 days.  This is not an event where all of the oil was gone from

09:25:21 15   the well instantly within nine hours.  It flowed for a long time,

09:25:27 16   but it's a fairly low percentage of the total volume of the well

09:25:32 17   that has flowed.

09:25:33 18           So why is material balance something helpful to

09:25:37 19   understanding this case?  And I asked our experts to try to help us

09:25:43 20   understand what's a good analogy to think about when we think about

09:25:48 21   the material balance equation.  The example that I think is useful

09:25:53 22   to think about is that if you had a truck and it ran over a piece

09:25:58 23   of glass and it had a slow leak, if you wanted to know how much

09:26:10 24   air, compared to oil, but air left the tire over an 86-day period

09:26:16 25   of time, what you would need to know is you would need to know how

much air was there before the event, you would need to know what
the pressure was, and you would need to know how much air was there
when you got to the end.  And that is essentially what the material
balance equation allows us to do.

Conversely, if you were trying to solve that problem with
a hydraulics methodology, you would have to figure out everything
that truck did over 86 days and you would have to make a
calculation how much air left the truck on day 1, on day 5, on day
20, on day 36; and in a circumstance where there are changing
conditions, is the hole getting better bigger, is it not getting
bigger.  These are the types of issues that are challenging if
you're using this hydraulics methodology.  And we are going to talk
about that in a little more detail as we go through this.

I promise that this is the only formula that I will show
you today.  There are a lot of formulas in this case, but this is
the essential of the material balance equation that's employed by
Dr. Blunt and Dr. Kelkar.

And what do we need to know to solve the problem of how
much oil was released?  We need to know the oil volume connected to
the well.  We know that by virtue of seismic studies that were
conducted before the blowout.  And those seismic studies can be
utilized to formulate the oil connected to the well.

There's a difference between our position and the
government's position.  Dr. Blunt has looked at these images in
detail, and he understands that not all of the oil that is in the

09:28:11  1   reservoir is actually connected to the area where the well was

09:28:16  2   drilled.  There are areas of this reservoir that are not connected

09:28:20  3   and cannot flow.  He's used some very conservative assumptions on

09:28:24  4   this, but the government assumes that it's a hundred percent.  So

09:28:27  5   that's one big difference that we have with the government.

09:28:29  6         On the compressibility of rock and fluids, we are using

09:28:33  7   the measured data from rock samples that were taken in an industry

09:28:38  8   standard kind of way before the event.  And I'll get to this issue

09:28:43  9   about the period of time when they were using 12.  But if you

09:28:47 10   remember Admiral Allen's testimony about first doing no harm, about

09:28:52 11   being careful, about building in safety factors, during the period

09:28:56 12   of time when they were talking about the shut-in of the well, they

09:28:59 13   were building in a safety factor for that and they were making some

09:29:02 14   assumptions to account for that safety factor that were larger or

09:29:09 15   higher than the measured data.

09:29:11 16         As soon as the well was shut-in, when they were going to

09:29:15 17   talk about the relief well, you'll see that BP went back to using

09:29:19 18   the measured data of six, just as they had for the whole time

09:29:24 19   before that.

09:29:24 20         And then there's pressure drop.  We didn't hear anything

09:29:28 21   about that in the plaintiff's opening, but it's a very important

09:29:32 22   factor and one you will see where the government ignored one of the

09:29:38 23   basic principles of science, and that is that hot things cool down.

09:29:43 24   And when they're cool, they're heavier.  And Dr. Blunt has made the

09:29:47 25   appropriate adjustment for that.  The government now admits that

09:29:51  1    they should have done that.  Dr. Blunt has done it.

09:29:55  2         If we look at his opinions -- and we are going to look at

09:29:58  3    them in a little more detail when we circle back -- but it's

09:30:01  4    important to know that, of course, Dr. Kelkar agrees that this is

09:30:05  5    an appropriate approach, and at least one of the government's

09:30:10  6    experts agreed with Dr. Blunt on each of the values that he is

09:30:17  7    inputting into this case.

09:30:19  8         Dr. Kelkar agrees on pressure drop, and his range

09:30:25  9    includes Dr. Blunt's oil volume.  Dr. Hsieh agrees on oil volume,

09:30:32 10    and Dr. Pooladi-Darvish agrees on the value of compressibility that

09:30:38 11    Dr. Blunt is using.  In fact, Dr. Pooladi-Darvish's best case of

09:30:43 12    the ones that you saw uses a compressibility of six.

09:30:50 13         So we talked about uncertainty, and I want to address now

09:30:54 14    the issue of the uncertainty and the limitations that go with the

09:30:58 15    hydraulics analysis that the government is using here.

09:31:01 16         As we've talked about a good bit in this case, there are

09:31:05 17    a number of things that are going on in the well that need to be

09:31:10 18    known in order to be able to do this hydraulics calculation.  If

09:31:15 19    you think about this particular case, we know that we have oil

09:31:21 20    entering the well here out of the reservoir, it's traveling up

09:31:26 21    through cement, a float collar, casing.  We'll hear about drill

09:31:33 22    pipe that is in the path of flow that affects the flow.  We have

09:31:39 23    the BOP components, and we will talk about the erosion of those

09:31:42 24    components and how that occurred over time, and the riser.

09:31:47 25         In order to do an appropriate hydraulics calculation,

09:31:51  1   your Honor, you would have to know these changes as they're

09:31:55  2   occurring on a day-by-day basis.  And the government, you will see,

09:32:01  3   acknowledges that they cannot account for these many changes that

09:32:06  4   are occurring.

09:32:08  5          Here is Dr. Dykhuizen talking about the uncertainties,

09:32:13  6   even as late as June.  And I'll just reference this statement

09:32:17  7   again.  "Without two pressures and a known geometry in between, it

09:32:22  8   was impossible to calculate a flow rate."  And he is talking here

09:32:27  9   about a note that he sent to Tom Hunter and others trying to

09:32:35 10   explain why he can't solve the problem in late June.

09:32:43 11          Here is a little more detail to that statement.  "Any

09:32:47 12   model has to not only assume various flow paths and resistances; it

09:32:51 13   has to account for potential erosion during the long flowing time.

09:32:58 14   Some of these are to approximate a complex process.  The

09:33:03 15   calculation of two-phase flow, the difference between gas and

09:33:07 16   liquid.  Some of these are to approximate unknown geometry."  And

09:33:13 17   he is saying, this is late June, "cannot use an inaccurate model to

09:33:18 18   determine if the well is sound."

09:33:28 19          This is another statement that is made in one of the

09:33:33 20   papers that was published by DOE talking about the period of time

09:33:38 21   before there was the capping stack information.  "DOE-NNSA

09:33:45 22   Flow Team and other researchers directed by DOI were generally

09:33:52 23   stymied in these attempts prior to the well shut-in."  In other

09:33:57 24   words, an accurate, helpful estimate of flow could not be done

09:34:03 25   before the capping stack information was available.

09:34:08 1          You heard some information, your Honor, about some of

09:34:11 2   approaches that the government took that talked about the capping

09:34:14 3   stack and the Top Hat and how some of that data verifies what they

09:34:18 4   say now.  In July of 2010, late July of 2010, after the capping

09:34:26 5   stack information was available, this is on a Monday, a meeting was

09:34:30 6   convened to look at the various methodologies that were underway by

09:34:35 7   the government to look at the issue of flow.  They looked at four

09:34:41 8   well scenarios:  They looked at video of the riser cut, they looked

09:34:44 9   at the Top Hat data and others, the acoustics and the well

09:34:49 10  integrity.  And their conclusion was on this day, July the 26th,

09:34:54 11  none of these methods provide believable mass flow results.  Too

09:35:00 12  many model uncertainties and/or data for quantitative analysis.

09:35:05 13  This is the same information, your Honor, that we presented to you

09:35:08 14  last week about the uncertainty of the information that was

09:35:12 15  available.

09:35:13 16          Now, this is July the 26th, 2010.  As I referenced

09:35:20 17  earlier, the government came out with its number of approximately 5

09:35:24 18  million barrels on August the 2nd, 2010.  How did they get from

09:35:31 19  July the 26th, saying none of the above methods provide a

09:35:36 20  believable mass flow result, to a number of 5 million barrels in

09:35:41 21  less than a week's time?  I want to look at that timeline with you.

09:35:44 22          A meeting had been scheduled for Friday, August the --

09:35:52 23  July the 30th, to discuss the issue of flow rate.  On Wednesday,

09:36:01 24  Marcia McNutt is writing to David Hayes saying, "I just got off a

09:36:05 25  call with Tom Hunter.  We have to have a new flow rate by Friday.

09:36:09  1    He said that is coming from Secretary Chu and above."  This is

09:36:15  2    Wednesday, the 28th, after saying on the 26th, looking at those

09:36:20  3    methodologies, we didn't have reliable information.

09:36:23  4            A couple of hours later, Secretary Chu to Marcia McNutt

09:36:28  5    and Tom Hunter.  "Just got off the phone from the daily 5:00 P.M.

09:36:33  6    tag-ups with Secretary Napolitano.  What we really need, hopefully

09:36:39  7    by Friday, is the total amount that has leaked out since the

09:36:42  8    beginning of the accident."

09:36:48  9            Just a little bit later.  "This is becoming a very

09:36:53 10    important meeting, as leadership in the government are expecting to

09:36:58 11    be able to announce refined flow rates following the meeting."

09:37:02 12    Still on the 28th.

09:37:06 13            On the evening of the 28th, Dr. Hunter, who we will hear

09:37:11 14    from I think later today, says to Secretary Chu about this concept

09:37:17 15    of coming up with a number by Friday, "This is on track, but it is

09:37:23 16    unlikely we can get the full time frame analyzed from the beginning

09:37:27 17    of the incident by Friday.  We need to be sure that the logic and

09:37:32 18    all of the events have been carefully reviewed.  We can probably

09:37:35 19    get the recent cap flow and correction.  We will then need," what,

09:37:40 20    "an event-by-event description to look at adjustment and overlay

09:37:44 21    that by a depletion assumption."

09:37:49 22            That is, we need to look at all of these things that were

09:37:52 23    going on in the well and on a day-by-day basis and account for

09:37:56 24    those and see how they relate to what's being said now, this

09:38:01 25    depletion assumption.  "We need to assure that the pace for getting

these results is consistent with the subsequent need for accuracy."

Now, on July the 30th, this meeting was convened and these notes, your Honor, describe the process that the government went through to arrive at this number initially of something in the 5 million range. As I appreciate it, they're getting to the end of the meeting, they're saying, Let's convene on Tuesday or Wednesday of next week and focus on these questions that we've been talking about. And at that point Secretary Chu's Chief of Staff entered the room and said, "The cabinet wants to see the Oil Budget release this weekend and wants to get a new number tomorrow." They don't have a number yet. "So it can be in the papers tomorrow. There are wild rumors flying around about unaccounted for oil. The better we bound this, the better."

Marcia McNutt, "If that's our goal, we can do it tomorrow." Bill -- this is Bill Lehr who was working one of the work streams, "If you go with 50,000 you can have it done." Then Dr. Chu chimes in, "And then if we come down just a little bit right here, we can get the flow over time in time by backtracking from the current estimate." And that's basically, your Honor, what they did, and that is the flaw in the methodology that they've employed here. And I will show you just a little bit more on that in a second.

The Chief of Staff says, "Something is going out tomorrow, probably around 60. Even if we don't come up with something. Why is the White House pushing this? Not sure it's the

White House.  There is a public discussion going on."  Chu, "Does it have to come out in the Sunday paper?  Let's see where we are on this tomorrow."  Tom, "Let's use a 53 to 63 range."  Bill Lehr, "That would work."  Tom Hunter, "Why not just go with 60?"  Secretary Chu, "Let's meet at one tomorrow and decide where we are."

And Marcia McNutt here comes out with what really is -- becomes that first number.  "We can also say it has changed over time from a number near 60 to a number near 50 due to depletion."  This number right here, your Honor, 60,000 barrels a day, which is what they're saying essentially where this well started, is not based on a calculation or data that includes what happened during the life of the well.  It's picked by using what they know happened at the end and then just translating that over to the beginning.

Now, on the evening of the 30th, Art Ratzel, who is the author of the Ratzel Report says that "Tom," Tom Hunter, "had us do a thought experiment last night of what the total oil release might look like."  It's a PowerPoint of four or five pages.  And based on that, they have this meeting on Saturday, and we have some notes from that meeting, your Honor.  This issue that we're talking about on uncertainty they say that's still being worked out.

Now, this is not a calculation here.  "Ten percent feels better.  Five percent too tight."  That's the kind of precision that they're using here to bound this with uncertainty which is going to be really important in just a second.

09:41:55  1          And this statement right here is telling also.  "As far

09:41:59  2     as U.S. government negotiations with BP, this is good enough."

09:42:06  3     This five million figure that they're using in this case now is one

09:42:11  4     that was designed to be a quick and dirty number for negotiation

09:42:16  5     purposes, but not good science.

09:42:20  6          Here again, they're talking about the reasons for this,

09:42:24  7     "The Oil Budget, we need to account for what's missing and damages.

09:42:29  8     They'll settle, so it doesn't matter."

09:42:34  9          Now, we're not saying that the scientists that were

09:42:39 10     working on this over this weekend were doing it with a bad purpose.

09:42:45 11     Indeed, they acknowledge in their subsequent reports and in their

09:42:50 12     depositions that they never thought that this number of 5 million

09:42:55 13     barrels was going to be something where it could be bound, you

09:43:02 14     know, with the uncertainties that were appropriate.  This is what

09:43:04 15     the government came out with the next day.  "Uncertainty plus or

09:43:09 16     minus ten percent, 4.9 million barrels have been released,

09:43:12 17     government scientists will continue to analyze the data and may be

09:43:16 18     able to further refine the estimate."  They have never changed

09:43:19 19     their position from this right here (INDICATING).

09:43:21 20          And what's the flaw in it?  The government has not

09:43:24 21     accounted for the events within the well on a day-by-day basis.

09:43:29 22          This is Dr. Dykhuizen's testimony.  He was involved in

09:43:34 23     this process and in these meetings.  And, your Honor, he did not

09:43:38 24     agree with this, the 5 million barrel calculation is

09:43:42 25     straightforward, presented in the report -- represented in the

09:43:45 1    report as being plus or minus ten percent.  "I strongly disagreed

09:43:49 2    with that part of the report.  I wasn't the lead author.  I

09:43:54 3    disagreed with plus or minus ten percent.  I said we could not

09:43:57 4    apply any error bar on the five million, although it was a useful

09:44:01 5    exercise to present, but I am not willing to stand behind my error

09:44:05 6    bar."

09:44:05 7             Now, your Honor, he serves as an expert witness in this

09:44:09 8    case.  He has written what we've seen earlier.  On August the 3rd,

09:44:15 9    that this note -- note that this describes a fictional state

09:44:20 10   because we're assuming that the geometry didn't change during the

09:44:23 11   85 days.  This is the flow rates that they were coming up with in

09:44:28 12   the Summer of 2010, acknowledging that geometric changes and

09:44:33 13   corresponding effects occurred.  We were assuming no erosion in the

09:44:37 14   BOP.  We have uncertainties about flow path.  Is it up the annulus

09:44:41 15   or the wellbore or both?  All of these things that we've been

09:44:44 16   talking about in this, the previous phase of this trial and this

09:44:47 17   one are still relevant and pertinent to this discussion here.

09:44:50 18            We know though, your Honor, that significant changes did

09:44:55 19   occur in the well.  We know that there was cement testing that was

09:44:58 20   begun in August of 2010.  The relief well was intercepted and we

09:45:05 21   did not find hydrocarbons in the annulus and that helped us

09:45:08 22   understand the path of flow.  The BOP was recovered in September of

09:45:12 23   2010.  As I recall, the press release, the FBI had announced it had

09:45:19 24   taken the BOP into custody.  But the government has never used the

09:45:24 25   erosion that was found within the BOP as part of its analysis.

09:45:29  1          A lead impression tool was sent down into the well in

09:45:34  2    September of 2010 to identify the location of the drill pipe that

09:45:38  3    had fallen down into the well, and that has a significant affect on

09:45:42  4    flow and that was not accounted for.  And then we had further

09:45:45  5    evidence about the casing hanger seal being in pristine condition,

09:45:50  6    and that helping to support that the flow was not up the annulus.

09:45:53  7          But all of these things have been available since

09:45:58  8    September -- August of 2010, they're still not accounted for in the

09:46:01  9    government's work.

09:46:04 10          In January of 2011, Dr. McNutt recognizes this.  The

09:46:12 11    information has come back from the BOP, BOP forensics.  "I have new

09:46:17 12    information that I just learned about today that will have a

09:46:19 13    bearing on the flow rate."  She is writing to Tom Hunter and

09:46:25 14    others, as I recall.  "In looking at our final curve for flow rate

09:46:30 15    as a function of time, we do need to carefully consider the

09:46:33 16    competing processes of depletion of the reservoir, which cause flow

09:46:38 17    rates to decrease and possible widening of the flow path, which

09:46:41 18    causes it to increase."

09:46:43 19          And what does she say here, your Honor?  This is January

09:46:46 20    of 2011.  "The final curve may be peaked in the middle for all I

09:46:52 21    know."  What she is saying there is we have not accounted for the

09:46:56 22    uncertainty.  This is as late as January.

09:47:03 23          Hunter writes back, "Your comments have merit, but I

09:47:07 24    don't know what should be discussed via e-mail since there's no

09:47:10 25    such thing as confidential as I understand it.  Let's be cautious

09:47:14  1    with another prediction, especially one with such great
09:47:17  2    uncertainty.  The whole effort needs a systematic correlation of
09:47:20  3    data and forensics."
09:47:24  4          And she writes back, "I am assuming that in the end all
09:47:28  5    we want is a scientifically best defensible flow rate given all of
09:47:32  6    the various inputs we now have.  Clearly, we would be remiss to
09:47:36  7    ignore this new evidence."
09:47:39  8          May of 2013 when the United States produces its reports,
09:47:45  9    "The cumulative estimate is more uncertain than the 53,000.  I
09:47:49 10    represent that number to be --" we are going to look at his
09:47:53 11    testimony in just a second -- "plus or minus 30 percent.  Biggest
09:47:58 12    factor that increases uncertainty is knowing when the erosional
09:48:02 13    process stopped.  State of the BOP remained relatively constant."
09:48:07 14    That's an assumption, still assuming that.  "Did not use forensic
09:48:11 15    evidence recovered from the BOP.  Error of plus or minus
09:48:16 16    20 percent."  That's referring to the 53,000 on the last day.
09:48:21 17          The point here is, the government and the way that it has
09:48:25 18    developed the evidence and the only way that it will work for them,
09:48:28 19    is to do something like this; that is, to assume that there weren't
09:48:35 20    significant restrictions to flow from the reservoir after a very
09:48:38 21    short period of time.
09:48:40 22          Now, we looked at Dr. Dykhuizen's testimony just a few
09:48:45 23    minutes ago, and you remember that Dr. Dykhuizen said that I was
09:48:50 24    not willing to stand behind the ten percent.  In fact, at that
09:48:54 25    time, I wasn't willing to stand behind any number on the

09:48:57  1   uncertainty of the 5 million.

09:49:01  2         Now, he's had the opportunity to see Dr. Griffiths' work,

09:49:05  3   he's seen Dr. Pooladi-Darvish's work, he's heard all of the things

09:49:12  4   you have heard from the government, and based on that, he is

09:49:14  5   acknowledging that based on information that we know now, lead

09:49:25  6   impression tool, BOP cement testing, relief well, casing hanger,

09:49:30  7   and assembly, things that could be uncertainties within the well,

09:49:37  8   his number is still 5 million, acknowledging that these things

09:49:44  9   could have occurred; but he's got a very, very different point of

09:49:47 10   view now, your Honor, on what should we do about this important

09:49:51 11   issue of uncertainty.  And I want to play for you what we expect he

09:49:55 12   will testify to here in court.

09:49:58 13         (WHEREUPON, THE VIDEO CLIP WAS PLAYED.)

09:50:02 14         "Q.  Do you intend to provide an opinion about what the proper

09:50:06 15         lower bound is for your estimate of 53,000 barrels per day on

09:50:12 16         July 15th, 2010?

09:50:14 17         A.  I've represented that number as being -- have a error of

09:50:18 18         plus or minus 20 percent.

09:50:20 19         Q.  And would you accept, then, a plus or minus 20 percent as

09:50:24 20         being the -- representing the upper and lower -- proper upper

09:50:28 21         and lower bounds for that estimate of 53,000 barrels per day?

09:50:33 22         A.  That would be a reasonable assumption, yes.

09:50:36 23         Q.  Similarly, with respect to the cumulative estimate of 5

09:50:39 24         million barrels, do you intend to express an expert opinion on

09:50:44 25         the proper lower bound for that number?

09:50:47 1      A.  That number is more uncertain than the 53,000.  I

09:50:54 2      represent that number as being approximately plus or minus

09:50:58 3      30 percent of the integral, so that would be from

09:51:04 4      three-and-a-half to six-and-a-half million barrels.

09:51:08 5      Q.  So is it your expert opinion, Dr. Dykhuizen, that the

09:51:11 6      range of cumulative flow is approximately three-and-a-half

09:51:16 7      million barrels to six-and-a-half million barrels with your

09:51:19 8      best estimate at 5 million barrels, correct?

09:51:24 9      A.  Yes.

09:51:26 10     Q.  And the reason -- what is the reason that you have a

09:51:28 11     higher error bound ratio of 30 percent for the cumulative flow

09:51:30 12     number than for your July 15th, 53,000-barrel number?

09:51:38 13     A.  Biggest factor that increases my uncertainty is knowing

09:51:41 14     when the erosional processes stopped."

09:51:46 15          Dr. Dykhuizen now has said -- let me play this one last

09:51:52 16  clip here.

09:51:52 17     (WHEREUPON, THE VIDEO CLIP WAS PLAYED.)

09:51:55 18     "Q.  Dr. Dykhuizen, have you seen any basis from the empirical

09:51:59 19     evidence that you looked at that there was an absence of

09:52:01 20     restrictions that would support a flow rate of 6.5 million

09:52:03 21     barrels out at Macondo in 87 days?

09:52:08 22     A.  I see that -- previously you asked me my error bar on the

09:52:13 23     5 million barrels a day, and I said the error bar was as much

09:52:17 24     as 30 percent.  I will admit that they're much more likely to

09:52:27 25     be a lower volume than a higher value.  I think 6.5 million

barrels a day is much -- very unlikely 3.5 million barrels a
day, the 30 percent lower has more likelihood than the
30 percent higher."

Just to summarize, Dr. Dykhuizen has looked at all of the
work -- my clicker is not working, so I may just have to tell you
to go to the next slide.

Dr. Dykhuizen has looked at all of the work that has been
performed to date.  He takes this 53,000 and he tells us that
because he can't account for the erosional processes that he knows
occurred, that his error bar on his five million barrel figure is
30 percent, plus or minus 30 percent.  So that if you take
30 percent off of his number, which he says it's much more likely
to be 30 percent less than it is 30 percent more, you get into the
range that BP is talking about in this case.

And, importantly, there's only one way for this curve to
work to get the 53,000 if he has significant error due to erosional
processes in this range, and that is for the curve to be increasing
as opposed to decreasing.  And one of the important issues here,
your Honor, is one of the things that we will be talking about when
we look at the hydraulics methods, the area of dispute is largely
going to be over here in the first four or five weeks after the
blowout.  We'll talk about that in a little more detail.

But one of the things that the experts for the United
States acknowledge is, the further you look back, the less certain
they are about the data and the information that they have back

1250

09:54:29  1    here.  They feel like -- they feel pretty good about this number,

09:54:33  2    but the further they get back, the less certain they are about

09:54:37  3    their estimate (INDICATING).

09:54:39  4         Now, we've talked about there being significant erosion

09:54:44  5    over time.  This is the government's report as it actually was

09:54:48  6    published, and they're still saying in September of 2011 that our

09:54:54  7    number implies that the well geometry did not change during the

09:54:57  8    86 days, when, in fact, we know that many geometry changes did

09:55:02  9    occur.

09:55:03  10        And this is what we've heard from Dr. Dykhuizen.  The

09:55:08  11   reason for his high error bound of 30 percent for the cumulative

09:55:13  12   flow number is that he doesn't know when the erosional processes

09:55:18  13   stopped.  Keep in mind that his bound -- his range now is 3.5 to

09:55:25  14   6.5, three million barrel difference in his range, but he

09:55:31  15   acknowledges it's much more likely to be down at the bottom end of

09:55:36  16   the range.

09:55:37  17        So we're going to bring to your Honor Dr. Srdjan Nesic,

09:55:44  18   who is the one of the world's leading experts in metal erosion.  I

09:55:47  19   want to talk to you about him just briefly here.

09:55:51  20        He has looked at the geometries of four areas of the

09:55:59  21   system in the BOP and in the kinked riser.  What he's done is he

09:56:04  22   has taken each of these systems and he has created models with the

09:56:14  23   laser technology of what they were before and what they were after,

09:56:18  24   and then he has modelled the changes that took place over time

09:56:23  25   based on what is known about the sands production that was taking

1251

09:56:28  1   place in the well.  And I am going to talk about that in a little

09:56:32  2   more detail here.

09:56:33  3          Let me have the next slide, please.  So this just shows

09:56:36  4   some things you've seen in the Phase 1 of the trial, your Honor.

09:56:39  5   The upper annular preventer and the drill pipe were closed in on

09:56:45  6   the day of the event.  This shows you the significant erosion that

09:56:51  7   takes place at that point in time.

09:56:54  8          Go to the next slide, please.  This shows the erosion to

09:57:03  9   the blind shear rams that occurred -- began to occur after the

09:57:10 10   blind shear rams were shut-in.  I believe the date for that is

09:57:14 11   April the 2nd, if I recall.

09:57:20 12          All right.  I think I'm back in business now.

09:57:25 13          Then the casing shear rams are the next issue that he

09:57:31 14   looked at.  These rams, your Honor, were shut-in on April the 29th.

09:57:38 15   The government takes the position that all of the erosion had taken

09:57:41 16   place, significant erosion that matters had taken place within nine

09:57:45 17   hours, or a day, or 16 hours.  I am not sure what they're going to

09:57:48 18   say during the trial.  This erosion cannot take place unless the

09:57:53 19   well is still producing sand.  That's what causes the erosion in

09:57:56 20   the system.  That's undisputed.  You can see that erosion is still

09:58:00 21   taking place in the system as late as the 29th.

09:58:08 22          And then we have significant information available to us

09:58:12 23   from the riser.  As your Honor will recall, there was a kink in the

09:58:17 24   riser just after the riser comes out of the BOP.  And the

09:58:25 25   witnesses -- this was known at the time, it's known now.  On April

09:58:28  1    the 22nd, there are no holes in the riser.  Over on April the 28th,

09:58:33  2    there are two holes, and you can see here that they're identified

09:58:37  3    right here (INDICATING).

09:58:39  4         On May the 19th, on third hole appears in the kinked

09:58:46  5    riser.  It's undisputed.  The only way this can occur is that the

09:58:50  6    well is still producing sands.  It is those sands that cause this

09:58:55  7    erosion.  And so this is definitive evidence.  Whatever is going on

09:59:01  8    here in terms of causing erosion to this BOP is also eroding the

09:59:05  9    elements and the components -- what's going on here with the riser

09:59:10 10    is also going on in the BOP.

09:59:11 11         So to say that there was no erosion after nine hours or a

09:59:16 12    day that matters, I think is different from the physical evidence

09:59:20 13    that we see here.

09:59:21 14         The government acknowledges this in an e-mail of the 19th

09:59:25 15    when that third hole appeared.  The government said the appearance

09:59:29 16    of a third hole at the kink implies that the well is producing

09:59:34 17    sand.

09:59:34 18         So as I mentioned, Dr. Nesic has taken the components and

09:59:40 19    he's modelled them to show what happens as the sands erode and

09:59:48 20    cause holes in the various components.  And this is just showing

09:59:52 21    how it lines up, his model does, with precisely the holes that we

09:59:59 22    see when we look at what happened in the riser.  He will do this

10:00:03 23    with the other components that he measured and analyzed for

10:00:09 24    purposes of seeing how much change occurred to these components

10:00:14 25    over time.

10:00:15 1           And then the other thing he does, your Honor, that is
10:00:18 2   very helpful, I think, to understanding the process, is that he
10:00:22 3   also looks at what's the period of time that this erosion is taking
10:00:29 4   place.  If you just work backward in time, his view is there was
10:00:34 5   significant erosion occurring to these components up through around
10:00:38 6   May the 27th.  There's some evidence of sands production after
10:00:43 7   that, but he's conservatively chosen May the 27th.  So over time,
10:00:49 8   you can see by percentages, the significant erosion that's
10:00:54 9   occurring from that period of time of April the 22nd to May the
10:01:00 10  27th.
10:01:02 11          And, your Honor, this is not something that the
10:01:05 12  government accounts for.  They don't have an expert on erosion to
10:01:09 13  look at the physical components, the changes that occurred, and how
10:01:15 14  those changes occurred over time.  So I think that's going to be
10:01:18 15  information I hope will be helpful to the Court in understanding
10:01:22 16  this issue.
10:01:24 17          Now, there is a very important data point that we have in
10:01:28 18  the case, based on what I mentioned earlier, a phenomenon called
10:01:34 19  slug flow.  And just to characterize this briefly.  If we were
10:01:41 20  looking at a straight pipe, there are various regimes of flow that
10:01:46 21  can occur through a pipe when you have oil and gas mixed together.
10:01:50 22  One is a stratified smooth where your gas is on top moving at a
10:01:54 23  fairly slow speed, the gas is, and the oil, which is heavier, will
10:01:59 24  be on the bottom of the pipe.
10:02:00 25          As the speed of the gas increases, you can see that

10:02:06  1   almost like the wind on a lake it will kick up waves like this, and

10:02:10  2   that's called stratified waving.

10:02:13  3          As it continues to pick up speed, if the gas does, it

10:02:18  4   will actually lift the oil and form what is referred to in the

10:02:21  5   industry as a slug.  And these are well understood hydraulics

10:02:26  6   issues that engineers use in order to understand the production of

10:02:32  7   oil and that type of thing.

10:02:34  8          So we're going to bring to your Honor Dr. Michael

10:02:40  9   Zaldivar, who is an expert in this area, to describe how this

10:02:46 10   occurs and what conditions must be present in order for this

10:02:51 11   condition of slug flow to be present in a system.  And what you'll

10:02:57 12   hear is that there are only certain ranges of flow that are

10:03:03 13   permitted -- that would permit the formation of slug flow.

10:03:09 14          This is the government's analysis of this issue back in

10:03:13 15   July when this was seen, "Analysis of the short movies of the riser

10:03:20 16   shows the existence of periods when the flow oscillates from pure

10:03:24 17   gas to seemingly pure oil.  This could be an indication of a slug

10:03:29 18   flow regime.  These periods of gas/oil fluctuation are in the range

10:03:33 19   of minutes."

10:03:37 20          Now, this is just a brief video.  This is actually

10:03:41 21   accelerated to double speed, but I just wanted to show your Honor

10:03:46 22   for today what slug flow looks like, and then how it's used to

10:03:51 23   bound the amount of flow that's occurring during a period of time.

10:03:54 24   So if you look at it right now, this is mostly oil and you can see

10:03:58 25   now gas coming in, and this extends out a bit because the gas is

10:04:07 1   just driving it up this way (INDICATING).  You're in a period of

10:04:11 2   gas production now.  Then, if you look here, we're going to move

10:04:14 3   into a period of oil flow, and this angle is going to come down a

10:04:20 4   bit.  And you're now in a period of primarily oil flow.  And then

10:04:27 5   it will go back to a sequence of primarily the flow of gas.  As you

10:04:34 6   can see here, it will go, the angle of this will be up a little

10:04:39 7   higher, now you're in a gas regime.

10:04:42 8          Now, this condition was observed during the period of

10:04:48 9   May 13th to May the 20th.  Dr. Zaldivar has developed a computer

10:04:55 10  model or uses a detailed computer model of the riser system in

10:05:01 11  order to calculate the range of flow that would be required for

10:05:07 12  this slugging to be present.  He's run over 1,000 simulations to

10:05:13 13  look at those ranges.  And for this period of time, slug flow is

10:05:18 14  possible only between about 25 or 26, 25,000 and 36,000 barrels a

10:05:25 15  day.  This cannot occur if you have very high flow rates.  Slug

10:05:32 16  flow cannot be present under the conditions of this well.

10:05:37 17         Why is this important?  This is important because this

10:05:40 18  demonstrates that at least during this period of time, the flow

10:05:46 19  rate is significantly less than the 53 or 63,000 barrels a day that

10:05:53 20  the government is advancing.  Dr. Zaldivar is right.  That line

10:05:59 21  that goes up, that we say goes up going back that we say should go

10:06:05 22  down going back, they can't make their line work if slug flow is

10:06:11 23  present and the rate is bounded around 30,000 barrels per day.

10:06:18 24         Issues with Dr. Griffiths.  You heard a lot about

10:06:23 25  Dr. Griffiths today.  One of the issues with him is that he assumes

10:06:27  1   something called a productivity index for the Macondo reservoir

10:06:32  2   increases from less than nine stock-tank barrels a day to 43

10:06:37  3   stock-tank barrels a day in less than nine hours, and then never

10:06:41  4   changes.

10:06:42  5          Now, this is an issue that we talked about a little bit,

10:06:46  6   I think, in Phase One.  Productivity index, just in short form, is

10:06:51  7   the ability of the well or the reservoir to flow into the well.

10:06:56  8   It's basically a calculation based on how many barrels will flow

10:07:02  9   based on a one psi change in pressure.  That's the calculation

10:07:05 10   that's made.

10:07:07 11          For this particular well, calculations have been made

10:07:13 12   that demonstrate that it's very high at the time of the event.  In

10:07:21 13   order for Dr. Griffiths' model to work, he's got to get that down

10:07:25 14   instantly, within hours, to something in the range of nine.

10:07:31 15          And this is consistent with what we've looked at before

10:07:34 16   in terms of not incorporating and not including all of the data.

10:07:40 17          Now, a second issue with Dr. Griffiths is that his

10:07:46 18   reliance is on the PT-B -- something we call PT-B data.  There is

10:07:52 19   no PT-B data from April the 20th to May the 8th.  And from our

10:07:58 20   perspective, this is something that introduces significant

10:08:03 21   uncertainty.

10:08:04 22          And this is the point I was making to your Honor earlier.

10:08:07 23   The largest amount of the highest flows you calculate of your

10:08:11 24   cumulative flow occur between April the 20th and May the 8th.

10:08:18 25   That's the period of time for which Dr. Griffiths has no data.

10:08:22  1    There is no PT-B data during that time.  None were measured between

10:08:27  2    April the 20th and May the 8th.

10:08:32  3            Now, a version of this chart was demonstrated to your

10:08:36  4    Honor earlier, and basically I think the implication was

10:08:39  5    Dr. Griffiths did the right thing because he just drew a straight

10:08:42  6    line back.  Well, this is one of these areas, your Honor, we'll

10:08:45  7    talk about this in a little more detail in the case, but there is

10:08:49  8    measured data that can be converted to give the pressure that

10:08:55  9    existed during the initial hours right here.  And what

10:09:02 10    Dr. Griffiths does is he chooses not to use the measured data.  I

10:09:06 11    would think around 8600 psi.

10:09:08 12            Why does this matter?  If this number, this measured

10:09:14 13    number is the appropriate number to use here, this pressure decline

10:09:19 14    right here can represent erosion in the BOP during that period of

10:09:27 15    time.  And his flow rate number, then, would be one that should be

10:09:34 16    increasing instead of running across steady state or potentially

10:09:40 17    even going down due to depletion during that time.

10:09:43 18            So this measured data right here is something that we

10:09:47 19    will be talking about in the case in addition to some of other

10:09:50 20    measurements that are appropriate.

10:09:52 21            But this line right here, he just picked a spot and said,

10:09:57 22    "Well, that's basically the trend."  Well, maybe that's a trend,

10:10:01 23    but this is the way he does it instead of using the measured data.

10:10:06 24            And one other issue with him is that he has to keep

10:10:11 25    something constant in order for his model to work.  And what he's

10:10:15  1   told us is that if the PI index changes and the BOP varies; that

10:10:23  2   is, things both above -- let me take a half a step back.

10:10:27  3        The PT-B gauge was one that started giving the teams data

10:10:31  4   around May the 8th.  It's at bottom of the BOP.  So if the PI

10:10:38  5   index, which are the events that would be occurring below the BOP,

10:10:44  6   that's called upstream even though it's down, and the BOP vary, if

10:10:49  7   they both change, then he can't get a true cumulative discharge.

10:10:56  8   We will talk about those issues as we progress the case.

10:11:00  9        Now, you've heard a fair amount about Dr. Gringarten.  I

10:11:06  10  just want to mention him briefly.  These are the lines that you saw

10:11:10  11  from Dr. Gringarten in terms of his cases.  This is a Dykhuizen

10:11:18  12  number based on an error bar.  The important thing here to note,

10:11:24  13  and we will show you some other places where this is relevant, is

10:11:29  14  that the flow rate numbers that Dr. Gringarten uses using his

10:11:34  15  industry standard package, pass through the flow regime that

10:11:40  16  existed during slug flow.  It's also the case that if you use the

10:11:46  17  30 percent number of Dr. Dykhuizen, I'll show you this later, it

10:11:52  18  also passes through there.  So in terms of a consistency check on

10:11:56  19  what works with what we know, this, works pretty well.

10:12:00  20       Now, that brings us to Dr. Blunt, your Honor.  It is

10:12:06  21  without question that Dr. Blunt is one of the foremost reservoir

10:12:10  22  engineers in the world.  He is presently professor and chairman

10:12:16  23  emeritus at the Petroleum Engineering School at the Imperial

10:12:21  24  College of London.  I didn't know this before this case, but

10:12:25  25  Imperial College of London is the MIT of the UK.  This college has

1259

10:12:33  1    been in the petroleum reservoir business for roughly 100 years.

10:12:39  2            Dr. Blunt, as you can see, has been acknowledged as a

10:12:44  3    Leader in this field, he has 200 plus scientific papers, and over

10:12:48  4    8,000 citations to his papers.  He is well regarded in this field

10:12:54  5    and in this industry.

10:12:55  6            He has a good bit of experience and knowledge about how

10:13:01  7    the industry works.  In fact, recently when Kuwait, when a Kuwaiti

10:13:08  8    national oil company wanted to understand some of the details of

10:13:11  9    its reservoir -- which they have actually the largest sandstone

10:13:16 10    reservoir in the world, same thing we're looking at here --

10:13:19 11    Dr. Blunt is the person they reached out to to help them understand

10:13:23 12    some of the details of their assets.  This is the regard in which

10:13:28 13    he is held in the industry.

10:13:30 14            So I want to talk in a little detail about some of the

10:13:34 15    things that have been shared with you so far on the issues of

10:13:38 16    Dr. Blunt's opinion.  The first issue here in terms of solving this

10:13:43 17    fairly simple equation is, how much oil is connected to the well?

10:13:48 18    We need to know the volume in order to be able to do that.

10:13:52 19            This is a picture of the seismic data that is utilized to

10:13:58 20    make that evaluation.  In this area right here, the lighter colors

10:14:04 21    here, this is referred to as the fairway of the reservoir, right in

10:14:09 22    here.  In this circle right here, your Honor, is where the Macondo

10:14:14 23    well was drilled.  The lighter the material here, the thicker the

10:14:19 24    reservoir.  So that's one of the principles that's followed here.

10:14:25 25            But this data is used with the understanding of the

10:14:29  1    geology along with pressure to understand what we have here.

10:14:34  2            This is a clay model that I just hope will help the Court

10:14:38  3    understand the issue of connectivity.  Dr. Blunt is conservatively

10:14:43  4    using 112 million barrels that are connected.  And what this

10:14:50  5    demonstrates, these would be channels, fairways of oil that are not

10:14:56  6    connected to the main reservoir, these purplish looking ones here

10:15:03  7    (INDICATING).  The Macondo well is right down it in here so you can

10:15:06  8    see that it's connected the yellow, it's connected to the orange,

10:15:09  9    it's connected to the red; so it's connected to a lot of the volume

10:15:12  10   of the well but not all.

10:15:15  11           The government in their assumption says all of this is

10:15:18  12   connected.  All of it.  And Dr. Blunt says, I do this for a living,

10:15:23  13   that's not right.  It's probably the case that a lot more than ten

10:15:28  14   percent is not connected to the well, but he very conservatively

10:15:33  15   uses a ten percent figure.

10:15:34  16           And this is just sort of a cutaway of what I was showing

10:15:37  17   here, this is just an exemplar.  But you can see here that if these

10:15:41  18   are the channels, that the well would be connected to three, it

10:15:46  19   would be another piece of the well that would not be.  And that's

10:15:48  20   how Dr. Blunt is looking at the connectivity issue.

10:15:52  21           One issue that sort of supports this idea is that in the

10:15:58  22   beginning before the drilling was ever undertaken, is that BP

10:16:05  23   planned to have three wells to, in order to recover the asset of

10:16:13  24   oil at this Macondo reservoir.  Some of the reason for that is it

10:16:19  25   allows for faster production, but there's also the issue there of

10:16:22 1   connectivity.

10:16:24 2          Now, Dr. Blunt engaged also as part of his analysis in a

10:16:30 3   pressure analysis.  To help him understand the boundaries of the

10:16:37 4   reservoir.  And this just basically shows the fairway where most of

10:16:42 5   the connected oil exists in terms of its thickness and the rock

10:16:48 6   that they're looking at in this area.

10:16:50 7          Now, there was discussion about converting reservoir

10:16:56 8   volume to surface oil.  We agree that the analysis that the Court

10:17:00 9   should undertake is to make a calculation about stock-tank barrels.

10:17:04 10  There is going to be a dispute about how that should be done.  The

10:17:09 11  government would like for us to pay for barrels of oil based on the

10:17:14 12  way in which they would have been produced commercially if the well

10:17:20 13  had been successful and they were able to install all of the

10:17:24 14  collection devices and the separators that they used to maximize

10:17:27 15  the amount of oil that would come to surface.  Our position is we

10:17:33 16  should pay for what happened realistically in terms of the outcome.

10:17:39 17         And so what Dr. Blunt has done is he has said, here is

10:17:43 18  fluid in the reservoir, you've got oil and gas that are coming up,

10:17:47 19  you have oil at surface and gas at the surface, how do you go about

10:17:51 20  making the calculation as to take the fluid in the reservoir, how

10:17:57 21  much oil is that at the surface, what would the stock-tank barrel

10:18:01 22  conversion be?  And Dr. Blunt has used an industry standard

10:18:06 23  methodology for this, he will share with your Honor that it's not

10:18:10 24  ambiguous, you don't have to know the conditions day-by-day.  It's

10:18:15 25  realistic because what actually happens here is the gas actually

10:18:20  1    breaks out at the surface or close to the surface, and he believes

10:18:25  2    that this is a conservative and appropriate approach.  But there

10:18:30  3    will certainly be evidence and dispute about that in this case.

10:18:33  4           So if we take just this first variable, oil volume

10:18:37  5    connected to the well, you can see here that Dr. Blunt's number

10:18:42  6    based on his conservative view that ten percent is not connected is

10:18:51  7    112.  Pooladi-Darvish and Kelkar have higher numbers; Dr. Kelkar

10:18:56  8    actually has used 137, then he said, well, I'll meet you in the

10:19:01  9    middle or something to that effect, he came up with 124 in his

10:19:05 10    deposition.  I probably overstated that, I am not sure how he got

10:19:11 11    the 124, but, anyway, that's where he is.

10:19:13 12           And if we look at what changes that makes to the overall

10:19:17 13    for Pooladi-Darvish, it takes him from five down to four.  If we're

10:19:22 14    right about this that the connected value of the oil is 112, it

10:19:27 15    takes Pooladi-Darvish down to that number; and it would take Kelkar

10:19:31 16    less because he is starting a little less connected oil to 4.52.

10:19:36 17           Compressibility.  We talked that about a little bit,

10:19:40 18    you've heard about it.

10:19:41 19           Where is my piece of sandstone?

10:19:50 20           So one of the things that we've talked about in this

10:19:53 21    case, your Honor, is the idea of production sands or trying to find

10:19:59 22    the sands.  And one of the fascinating things about this case is

10:20:03 23    that the areas where production can be derived, these sandstones,

10:20:10 24    it's actually not a sand box down there, it's a very solid

10:20:15 25    sandstone.  It's been compared for me, like think of the base of

10:20:24 1  the Statue of Liberty, that is the quality of the rock or sandstone

10:20:32 2  from which the oil is being produced.

10:20:34 3      But it's occurring at massively high pressures such that

10:20:38 4  you've got 13,000 feet of rock pressing on this sandstone

10:20:43 5  production area, and there are things that occur when you drill

10:20:49 6  into the well that affect how much the well will flow.  And what we

10:20:55 7  need to know about this issue of compressibility is, what's the

10:21:00 8  compressibility of the fluid and what's the compressibility of the

10:21:04 9  grains of this sandstone.

10:21:09 10      And that's the issue that we're trying to understand in

10:21:12 11  terms of how the well will flow.  It turns out it makes a very big

10:21:17 12  difference in the amount of oil that will be produced over time

10:21:22 13  given a specific change in pressure.

10:21:26 14      So if we drill a well into the sandstone, we have this

10:21:31 15  pressure that is coming down on the sandstone, the production area,

10:21:37 16  and what we see is that that rock is compressed because fluid has

10:21:44 17  expanded and escaped and there's more room.  And the general

10:21:49 18  principle is the more compressible the rock, the higher the flow.

10:21:54 19  The more compressible, the higher the flow; or the less

10:21:57 20  compressible, the less the flow.  And so the issue here is what is

10:22:01 21  the compressibility value of that rock.

10:22:06 22      Now, we are going to bring to you as referenced by the

10:22:11 23  United States Professor Robert Zimmerman, who is one of the

10:22:15 24  foremost experts in the world.  He has written some of the

10:22:20 25  important text on the issue of rock compressibility.  He has

1264

10:22:28   1   written the book *Fundamentals of Rock Mechanics*.  He knows rocks.

10:22:36   2   And he has looked at the samples that were taken by Weatherford in

10:22:44   3   an industry standard kind of way, measured in an industry standard

10:22:50   4   kind of way.  These samples are taken for commercial purposes,

10:22:53   5   before the event, they are measured by Weatherford, and they come

10:22:59   6   out, Weatherford's tests do, in the range of around 6.35.

10:23:08   7           Now, what are the things that are important to

10:23:11   8   understand?  I will say this also.  The testimony will be that

10:23:15   9   these are not the kind of rocks that have less strength if they're

10:23:23  10   taken in the horizontal axis versus the vertical axis.  There will

10:23:29  11   be some very technical terms that we will use for these rocks, but

10:23:33  12   the bottom line is there's not an issue with this being a rotary

10:23:38  13   sidewall core because they're not, I think the word is, isotropic,

10:23:41  14   they're not different in this dimension than they would be in the

10:23:46  15   vertical dimension.  But that will be an issue that we will talk

10:23:49  16   about and it will be for the experts to explain.

10:23:51  17           The data confirms six microsips.  This is an area which

10:23:58  18   is largely quartz, you can see on the right this is the kind of

10:24:03  19   quartz rock that exists at Macondo.  On this side is a non-Macondo

10:24:08  20   type rock.  These the ductile materials here (INDICATING).  And as

10:24:11  21   you can see, if it's like Macondo here and you have compression,

10:24:17  22   there's less space for these very solid, hard particles of quartz

10:24:23  23   to move as opposed to what you see on the right.

10:24:27  24           Before the well was drilled, BP predicted that the

10:24:35  25   microsips, the compressibility of the rock would be around six.

10:24:45  1          Dr. Pooladi-Darvish in his report uses microsips of
10:24:50  2   around six for his best case, as I referred to you in the
10:24:54  3   introduction.
10:24:55  4          Dr. Kelkar has written on the issue of the
10:24:59  5   compressibility of rock in the Gulf of Mexico.  You can see here
10:25:03  6   that he is an author and he looks here at the ranges of
10:25:08  7   compressibility in the Gulf of Mexico.  High and low extreme,
10:25:15  8   ranging from one to ten, with a medium of about three.  And my
10:25:20  9   recollection is the study that is undertaken here is for rock that
10:25:26 10   is of about the same age as Macondo at a depth that is a little
10:25:31 11   less.
10:25:35 12          When Dr. Kelkar first filed his FRTG report, he is using
10:25:41 13   rock compressibility of 12 now.  When he first wrote about this
10:25:46 14   issue in June of 2010, he wrote based on the known industry
10:25:53 15   standard data that it was a base case of about 5.61.  That was his
10:25:59 16   conclusion prelitigation.
10:26:01 17          Now, you've heard some discussion about the use of 12
10:26:06 18   microsips during the response.  I'll just remind the Court of what
10:26:10 19   you heard many times last week.  The first "Do No Harm Principle"
10:26:14 20   to the approach to the interventions.  First "Do No Harm".
10:26:21 21          During the period of time when they were looking a the
10:26:24 22   capping, using the capping stack to shut in the well, they were
10:26:27 23   running various models to look at whether or not it could be safely
10:26:33 24   done.  And while they were in that exercise, they did use different
10:26:39 25   values in order to understand the risk that's being taken.  No one

10:26:47  1   at BP that I know of said we believe that compressibility is

10:26:52  2   different than the known data in terms of what we got from

10:26:58  3   Weatherford, but we're going to build in a safety factor for this

10:27:03  4   test so that we can make sure that we don't do any harm.  And that

10:27:09  5   safety test was important.

10:27:10  6        We will talk about some of these documents during the

10:27:13  7   case, these are some that you haven't seen.  This is where BP is

10:27:17  8   taking, is showing that it's six microsips before the event; after

10:27:21  9   the well is shut-in on the 12th, BP goes back to using six again

10:27:27 10   for the drilling of the relief well.

10:27:30 11        And for the relief well, it's not about having a safety

10:27:32 12   factor, you have to be not too much, not too little, you have to

10:27:37 13   use the right number.  And for the drilling of the relief well,

10:27:40 14   that's precisely what they're doing, they're using the known data.

10:27:45 15   There's no high jinx here on what BP is doing with 12 microsips.

10:27:50 16        This is just additional evidence that we will talk about.

10:27:52 17        BP's Steve Willson has said on July the sixth you can't

10:27:59 18   go much above six microsips and still honor the data.  Honoring the

10:28:04 19   data, the test results that were done by Weatherford is what we're

10:28:08 20   doing here in terms of the company and it's what we'll do during

10:28:12 21   the trial, your Honor.

10:28:15 22        This is Bob Merrill to Paul Hsieh on July the 16th, the

10:28:18 23   measured compressibility is six based on the sidewall cores.

10:28:22 24        Planning the relief well, as I just mentioned, reservoir

10:28:26 25   parameters for simulation.  This is a fancy way of saying six

10:28:31  1    microsips.  Paul Hsieh notes, "BP preferring 10 to the minus six,

10:28:38  2    six microsips."  This is BP's 30(b)(6) witness on the issue, Pinky

10:28:45  3    Vinson, "We were not using 18 to model the Macondo reservoir, six,

10:28:50  4    five to six is the compressibility of the Macondo reservoir.  12

10:28:55  5    and 18 are modeling assumptions looking at risks to shut in."

10:29:05  6         This is not inconsistent with what some of the government

10:29:07  7    experts who were present during the time were doing.  This is from

10:29:10  8    Dr. Kelkar to Don Maclay, "It's true that we don't have any skin

10:29:14  9    factor in the model.  Why?  We are interested in predicting the

10:29:18  10   worst case scenarios."  These scientists are factoring in for

10:29:23  11   safety for this shut-in.

10:29:27  12        Now, Dr. Kelkar wants to say now that he believes the

10:29:34  13   compressibility is 12.  We showed you or showed you just a minute

10:29:41  14   ago the footnote in his report where he cites to a document and

10:29:44  15   says it's 12.  This is Dr. Kelkar explaining his basis for 12.

10:29:44  16        (WHEREUPON, THE VIDEO CLIP WAS PLAYED.)

10:29:52  17        "Q. Do you have an opinion that the formation compressibility

10:29:55  18        for Macondo reservoir was 12 microsips?

10:29:59  19        A. That's my best guess.

10:30:00  20        Q. Is it just a guess?

10:30:03  21        A. Best educated guess."

10:30:06  22        The idea that microsips for compressibility is 12 is not

10:30:13  23   based on science, it's not based on data, Dr. Blunt's approach to

10:30:19  24   the issue of compressibility is.

10:30:22  25        It makes a big difference.  This was cited to you earlier

10:30:28  1   in the United States' opening.  If you use the right data it takes

10:30:37  2   Dr. Kelkar down to around 3.48 million stock-tank barrels; doesn't

10:30:43  3   change Pooladi-Darvish because he uses six in his best case.

10:30:48  4        Now, the third variable to this equation, your Honor, is

10:30:52  5   the issue of pressure drop.  And what we're trying to solve for

10:30:58  6   here is what is the change in pressure at the reservoir from the

10:31:04  7   beginning of the event or before the event and then at the end of

10:31:08  8   the event.

10:31:09  9        And here that MDT tool that we talked about earlier that

10:31:14 10   went down into the well, took information about pressure before the

10:31:18 11   event.  After the event we have a capping stack pressure and it's

10:31:23 12   around 6500 or a little more in this period of time July the 15th

10:31:30 13   to August the 3rd.

10:31:32 14        One of the things that's important is that this well,

10:31:37 15   it's well known that once the well is shut-in, pressure will

10:31:41 16   continue to increase for a period of time after the shut-in.  The

10:31:45 17   well's been flowing, there is oil moving toward the reservoir at

10:31:51 18   the time of the shut-in.  That will continue to build pressure.

10:31:55 19        What Dr. Blunt has done is he has in an industry standard

10:32:01 20   way modelled what that pressure would be once it had reached

10:32:06 21   equilibrium.  It makes a small change in the calculation, not a big

10:32:10 22   one, but he's done it in the right kind of way.

10:32:13 23        So what we have is we have a reserve pressure that we

10:32:16 24   start with, we have a capping stack pressure that we know at the

10:32:20 25   end.  Now what we have to do is say, using this pressure, we got to

10:32:24  1    make a conversion to here.  And that's the challenge here.  So that

10:32:29  2    we have the ending pressure, we've got to get to this pressure, not

10:32:32  3    this pressure (INDICATING).  So you've got a column of fluid that's

10:32:35  4    in this well and it has a weight and it influences this final

10:32:40  5    pressure.

10:32:41  6             Now, what's the issue here?  This fluid that is in the

10:32:46  7    well at shut-in is very, very hot, very hot.  And as you know, hot

10:32:54  8    things are lighter than cool things, but it will cool down over

10:33:00  9    time after shut-in.  It's just a second law of thermodynamics.  Hot

10:33:07 10    things cool down.  Colder fluids are denser so the pressure between

10:33:12 11    the capping stack and the reservoir is going to increase.

10:33:15 12             Now, Dr. Blunt has made this adjustment in the proper

10:33:21 13    kind of way.  The United States acknowledged that this is a

10:33:24 14    phenomenon, but have not attempted to analyze it in an industry

10:33:29 15    standard kind of way like Dr. Blunt does.  And so when you look at

10:33:34 16    his outcome, he's used the technique of reservoir engineering

10:33:39 17    appropriately to account for this cooling that takes place in the

10:33:44 18    wellbore, the fluid becoming heavier and then the pressure at the

10:33:50 19    reservoir is going to be higher at the end than the government

10:33:56 20    accounts for.  And we're looking for pressure difference, so

10:34:01 21    Dr. Blunt's pressure difference is going to be less than the

10:34:05 22    pressure difference that is stated by the government experts.

10:34:09 23             And as you can see here, when you make this change, if

10:34:17 24    Dr. Pooladi-Darvish would have done it in the right way, it takes

10:34:21 25    him down to 3.26; for Dr. Kelkar, he makes the right change, it

1270

10:34:27   1    takes him to 3.26.

10:34:31   2          The point here is this is the right methodology, we just

10:34:35   3    got to get the inputs right.  It's not that we have uncertainty

10:34:39   4    about any of this, we have measured data on the compressibility of

10:34:43   5    rock, we have measured data on pressure, we have industry standard

10:34:48   6    kind of ways of looking at the reservoir before the event to

10:34:52   7    determine the original oil in place.  All of these things are

10:34:56   8    standard procedures and there's not uncertainty with these.  And

10:35:00   9    you will hear from Dr. Blunt when he testifies, he's been

10:35:03  10    conservative in his approach to figures.

10:35:06  11          Now, one of the other things that he's done is just to

10:35:09  12    say, is there a way, a possible way that my work would result in a

10:35:20  13    flow curve that passes through the slug flow band.  And, in fact,

10:35:27  14    he ran a model using known pressures and his total flow rate, and,

10:35:33  15    in fact, this is something that is feasible, it is something that

10:35:37  16    could work using his approach to the case.

10:35:42  17          Now, this is the slide that I showed you earlier, which

10:35:46  18    reflects the government's methodology of basically starting with a

10:35:50  19    number here, picking a number out here at the end, while ignoring

10:35:56  20    all of this.  And this is Dr. Zaldivar's slug flow range here

10:36:03  21    (INDICATING).  And I just want to show you this to hopefully this

10:36:07  22    will make sense.

10:36:08  23          This is the approach that Dr. Gringarten takes in an

10:36:13  24    industry standard kind of way.  I want to mention to you that the

10:36:16  25    model that Dr. Gringarten uses, he is one of the foremost experts

10:36:19  1    in the world on this topic, is one that is used frequently by

10:36:24  2    people in this business.  It's a recognized model.  The government

10:36:29  3    believes that it's a benefit that Dr. Griffiths has put together a

10:36:33  4    model just for this case.  Our view of that is the opposite, our

10:36:38  5    view of that is doing something just for this case does not

10:36:44  6    demonstrate reliability in the same way that Dr. Gringarten's

10:36:47  7    approach to this does.

10:36:48  8          The other issue here, especially with Dr. Griffiths is

10:36:51  9    that it's important in reservoir engineering that you look at all

10:36:55 10    of the factors and you see do they match, do they work together, or

10:37:02 11    is there something that's inconsistent.  And on the critical issue

10:37:05 12    of permeability that you heard about, that is derived from

10:37:09 13    information that was analyzed by Dr. Gringarten before the blowout

10:37:15 14    occurred, there was pressure and rate data from that MDT tool that

10:37:20 15    allows him to make this calculation and it also allows him to say,

10:37:25 16    is my permeability consistent with my outcome.  I'll just give one

10:37:30 17    example there.

10:37:31 18          One of the issues with the government's expert approach

10:37:35 19    is that their permeability is way up in the sky, five, six, 700.

10:37:41 20    The problem is they haven't done a consistency check, because if

10:37:45 21    the permeability is 600, it affects the oil in place.  It drives it

10:37:52 22    down.  Because the faster the well would be, the well would have

10:37:58 23    the ability to flow based on the pressure data would mean that the

10:38:02 24    oil in place would be lower.  So one of the things to look for

10:38:06 25    during the trial, your Honor, is is there consistency in the

10:38:10 1    numbers and what does this big number mean to another number.  And

10:38:14 2    that's the kind of consistency check that's been done by

10:38:20 3    Dr. Gringarten and Dr. Blunt.

10:38:21 4          And our last point here is this is Dr. Dykhuizen

10:38:25 5    recognizing that significant erosion has to be accounted for up to

10:38:32 6    30 percent, he says, much more likely in this direction than in

10:38:38 7    this direction (INDICATING).  This is the model, your Honor, that

10:38:42 8    makes sense for this case.  Increasing flow over time due to

10:38:48 9    erosion, a significant factor that the government did not account

10:38:51 10   for.

10:38:52 11         Thank you very much.

10:38:59 12         THE COURT:  All right.  Let's take a 15-minute recess.

10:39:03 13   It's 10:40 now.

10:39:06 14         THE DEPUTY CLERK:  All rise.

10:39:08 15      (WHEREUPON, A RECESS WAS TAKEN.)

11:01:11 16      (OPEN COURT.)

11:01:13 17         THE COURT:  Okay.  Mr. O'Rourke, where is he?  There he

11:01:18 18   is.

11:01:18 19         MR. O'ROURKE:  Sorry, your Honor, I was late from my

11:01:21 20   meeting with Judge Shushan.

11:01:23 21         THE COURT:  Okay.  I figured if I sent her into that room

11:01:26 22   you all would work it out before she got there if you knew she was

11:01:30 23   coming.

11:01:31 24         MR. O'ROURKE:  Exactly what happened.

11:01:32 25         THE COURT:  So you can call your first witness,

11:01:34  1   Mr. O'Rourke.

11:01:36  2            MR. CHAKERES:  Good morning, your Honor, Nat Chakeres for

11:01:47  3   the United States.  For our first witness we would like to call

11:01:51  4   Dr. Thomas Hunter.

11:01:53  5            THE DEPUTY CLERK:  If you could stand up, please.  Raise

11:01:55  6   your right hand.

11:01:56  7       (WHEREUPON, THOMAS O. HUNTER, WAS SWORN IN AND TESTIFIED AS

11:02:00  8       FOLLOWS:)

11:02:00  9            THE DEPUTY CLERK:  Take a seat.  If you'll state and

11:02:02 10   spell your name for the record.

11:02:06 11            THE WITNESS:  My name is Thomas O. Hunter, T-H-O-M-A-S,

11:02:10 12   middle initial O, Hunter, H-U-N-T-E-R.

11:02:17 13                         DIRECT EXAMINATION

11:02:18 14   BY MR. CHAKERES:

11:02:18 15   Q.  May it please the Court, Dr. Hunter, what is your current

11:02:22 16   position?

11:02:23 17   A.  I am currently retired.

11:02:26 18   Q.  What was your position in April of 2010?

11:02:28 19   A.  In April 2010 I was director of Sandia National Laboratories

11:02:32 20   and president of Sandia Corporation.

11:02:35 21   Q.  And did that job status change during the Summer of 2010?

11:02:39 22   A.  It did.  In July, approximately July the 9th I retired from

11:02:43 23   that position.

11:02:45 24   Q.  And we'll talk a little bit more about what was going on at

11:02:48 25   that time.  But first, could you just briefly describe for the

11:02:51 1    court, what is Sandia National Laboratories?

11:02:52 2    A.  Sandia National Laboratories is a Department of Energy

11:02:55 3    laboratory, one of the largest, and it's one of 17 laboratories

11:03:01 4    that provide science and engineering support for the nation.

11:03:05 5    Sandia National Laboratories is what's known as a national security

11:03:08 6    laboratory, which means its work revolves around central issues

11:03:12 7    important to the nation's security.

11:03:14 8    Q.  Do the National Security Laboratories just work on nuclear

11:03:18 9    weapons?

11:03:19 10   A.  The original formation of the National Security Laboratories

11:03:23 11   was around nuclear weapons, and at Sandia today that's about

11:03:27 12   40 percent of the work.  The rest of the work is in other areas

11:03:32 13   beyond, very diverse set of multi-Program areas beyond nuclear

11:03:36 14   weapons.

11:03:36 15   Q.  Could you name just a few examples of the other areas that the

11:03:40 16   laboratories have expertise in?

11:03:42 17   A.  Sure.  For example, we work heavily in nuclear

11:03:46 18   non-proliferation, we work in energy, we work in areas of critical

11:03:50 19   and national infrastructure and other areas that are deemed vital

11:03:55 20   to the nation's security interest.

11:03:57 21   Q.  You just mentioned energy, does that include fossil energy?

11:03:59 22   A.  Yes.  Sandia and other laboratories have some vital programs in

11:04:04 23   fossil energy working with the Department of Energy.  And we have

11:04:08 24   made significant contributions in drilling and seismic detection in

11:04:11 25   areas like that.

1275

11:04:13   1    Q.  Does Sandia have a history of responding to national

11:04:16   2    emergencies?

11:04:17   3    A.  Sandia is one of the laboratories that is typically called.  In

11:04:21   4    fact, the value statement for the laboratory talks about being the

11:04:24   5    lab called first to aid the nation when the nation needs scientific

11:04:29   6    and engineer support.

11:04:30   7    Q.  Can you provide some examples of when that's happened in the

11:04:33   8    past?

11:04:33   9    A.  Sure.  There are numerous examples.  The space shuttle disaster

11:04:37  10    in 2003 the *Challenger*, there was a question whether the

11:04:41  11    lightweight foam could perhaps damage the front leading surface of

11:04:45  12    the wing, and we did the analysis to show that's possible.  We did

11:04:49  13    the investigation, I've forgotten the year, but we did the

11:04:52  14    investigation into the explosion of the *US IOWA*; and we were the,

11:04:56  15    one of our staff was, were the explosive experts disarmed the

11:05:00  16    Unabomber cabin in the 1990s.

11:05:04  17    Q.  And thank you for that.  Could you give your own technical

11:05:08  18    background?

11:05:08  19    A.  Yes.  I have a bachelors and masters degree -- by education I

11:05:14  20    have a bachelors and masters degree in mechanical engineer, Masters

11:05:17  21    in thermal and fluid sciences; subsequently returned to graduate

11:05:22  22    school and got a masters and Ph.D. in nuclear engineering.  And

11:05:26  23    then I worked at the laboratory in various technical fields over

11:05:30  24    four decades.

11:05:30  25    Q.  Can you give some examples of the technical fields you worked

11:05:34  1    in?

11:05:34  2    A.  Sure.  I began my career at Sandia Laboratories in underground

11:05:37  3    nuclear testing which, of course, no longer happens in this

11:05:40  4    country.  And I worked in their basically the design and

11:05:44  5    containment of large scale field tests, in this case in Nevada.  I

11:05:49  6    went on to work in various manners of energy, started a number of

11:05:53  7    the energy programs at Sandia.  Worked in environmental technology

11:05:58  8    areas and then the nuclear non-proliferation.  And then I headed

11:06:02  9    the nuclear weapons program at Sandia Laboratories, and then in

11:06:07  10   2005 I became the laboratory and president of the corporation --

11:06:11  11   laboratory director and president of the corporation.

11:06:13  12   Q.  How much technical preparation went into the underground

11:06:17  13   nuclear tests that you were involved in?

11:06:19  14   A.  Well, underground nuclear testing were large what we call field

11:06:24  15   test events, they had hundreds of engineers and technicians and

11:06:30  16   over a year in preparation, then on the order of four to six months

11:06:34  17   of fielding, which time then the tests was conducted.

11:06:38  18   Q.  So you're familiar with large complex engineering projects?

11:06:41  19   A.  Yes, I am.  My career was largely around decisions related to

11:06:45  20   large scale engineering problems.

11:06:47  21   Q.  And then you mentioned something about the nation's nuclear

11:06:51  22   stockpile.  Could you just give a little bit more detail about your

11:06:55  23   involvement with safeguarding the nation's nuclear stockpile?

11:06:57  24   A.  Sure.  As I mentioned, I had two roles at Sandia which revolved

11:07:01  25   around that question.  Sandia builds what are called the

11:07:03  1   non-nuclear components, which are all of the electronics and

11:07:06  2   mechanical systems that go with nuclear weapons.  And I had to

11:07:09  3   manage those programs for five or six years.

11:07:13  4           But then as laboratory director, it is a statutory

11:07:16  5   requirement to issue a letter, a personal letter which says this is

11:07:23  6   to our best knowledge the true state of health of the nuclear

11:07:26  7   weapon stockpile that we are responsible for.  So that letter goes

11:07:30  8   forward to the Secretary of Defense and Secretary of Energy.  And

11:07:34  9   ultimately to the President.  And statutorily it can't be altered;

11:07:41 10   in other words, the letter that I wrote, it basically goes

11:07:43 11   unchanged.

11:07:45 12   Q.  How is that independence manifested in the Sandia National

11:07:50 13   Laboratories?

11:07:50 14   A.  Well, the reason that the government chose in our case in 1949

11:07:54 15   to have these laboratories, was so they could get an independent

11:07:58 16   objective technical opinion and support for critical national

11:08:03 17   security areas.  And so we try to foster a culture of always being

11:08:09 18   objective and always supporting the nation by putting the nation

11:08:13 19   first and doing every analysis in the most objective technical way

11:08:17 20   that we can, and that means you have to arrive at your conclusions

11:08:19 21   independently without influence.

11:08:21 22   Q.  Do you yourself have experience in the oil and gas industry?

11:08:25 23   A.  Yes, I have some.  I am -- when I was a college student, which

11:08:33 24   is sometime ago, I worked in Lake Charles, Louisiana as roustabout

11:08:37 25   for a company called Pan American Petroleum, which I don't think

11:08:40  1   exists any longer.  And so I lived in Lake Charles and worked in

11:08:45  2   the oil fields around southern -- around Lake Charles.

11:08:49  3          And then I have maintained contact with the industry in

11:08:53  4   different areas, we worked in drilling, we worked in seismic

11:08:57  5   analysis, and I served as an advisor to the University of Texas

11:09:01  6   petroleum engineering department in geotechnical matters in around

11:09:06  7   1990.  And then of course I've been involved significant lately.

11:09:10  8   Q.  Since the Gulf of Mexico disaster, have you done more work

11:09:15  9   related to offshore oil and gas exploration?

11:09:18  10  A.  Yes, I have.  I was asked by the Secretary of Interior to chair

11:09:22  11  a committee called the Ocean Energy Safety Advisory Committee, and

11:09:26  12  offshore energy safety advisory committee.  And I chaired that

11:09:30  13  committee on the Secretary's behalf, and it was a committee of

11:09:35  14  industry individuals, government individuals and non-government

11:09:38  15  agencies; and our job was to look at the spectrum of activities

11:09:44  16  going on in offshore production and exploration and make

11:09:49  17  recommendations about ways to improve safety and operational

11:09:52  18  effectiveness.  And that was a two-year assignment, which is

11:09:55  19  finished recently.

11:09:58  20         And in addition, I've been supporting other parts of the

11:10:01  21  Department of Interior by providing expertise on the new

11:10:05  22  containment technologies which are being provided for the Gulf, and

11:10:08  23  I actually was a reviewer of a recent containment exercise that

11:10:14  24  took place in the Gulf.

11:10:15  25  Q.  I would like to move now to your involvement with the *Deepwater*

11:10:19  1    *Horizon* incident.  And we'll get into the flurry of issues in a

11:10:24  2    minute, but we're going to start with just providing some context

11:10:27  3    for how flurry came out of the source control.  How did you become

11:10:32  4    involved in the response to the oil spill?

11:10:33  5    A.  I became involved because as laboratory president I was

11:10:38  6    observing things that are happening across the country.  And some

11:10:42  7    of our management individuals had sent in to the government at the

11:10:46  8    request of the Undersecretary for National Security of Department

11:10:51  9    of Energy some ideas that might be used to help stop the flow of

11:10:54 10    oil from the well.

11:10:56 11          These ideas sparked some interest by different places

11:11:00 12    back in Washington, and on one Friday -- and they knew me, so on

11:11:05 13    one Friday evening late they called me and asked if I could explain

11:11:08 14    some of the ideas, which I did; but they also asked me if I could

11:11:12 15    start to assemble people to better understand the situation.  And

11:11:15 16    from that day I, basically, got involved and ultimately went to

11:11:21 17    Houston and spent about 140 consecutive days on the effort.

11:11:27 18    Q.  And what was the timeframe when you first arrived in Houston?

11:11:32 19    A.  That call was on a Friday evening, I know that very well

11:11:36 20    because I had to get a few people who were gathering pizzas and get

11:11:40 21    them to their phones so we could have a meeting that evening.

11:11:43 22          But I went the following Tuesday, as I recall, and that

11:11:46 23    would have been about May 3rd, 2nd or 3rd, something like that.

11:11:51 24    And we had sent, we sent people to Houston to understand the

11:11:54 25    situation on Saturday and then I went down to join them on Tuesday,

11:11:59  1    immediately following Tuesday.

11:12:01  2    Q.  Did you make the lab's resources available to BP?

11:12:06  3    A.  Yes.  We made the lab's resources -- there were three labs that

11:12:13  4    we formed a team from and that gave us a very important diversity,

11:12:18  5    scientific diversity; and then we helped them in two ways, we sent

11:12:22  6    people to Houston.  We typically had half a dozen, sometimes a

11:12:25  7    dozen people in the BP building in Houston working with the BP

11:12:30  8    folks.  And then we had reach back back to the laboratory so they

11:12:35  9    could access experts on whatever topic they needed to get a better

11:12:38 10    understanding of.

11:12:39 11    Q.  What were the first things that your group was working on in

11:12:43 12    Houston?

11:12:43 13    A.  When we first went down, we, like everybody, was trying to

11:12:47 14    understand what was happening with the well.  And so the question

11:12:50 15    was, how do we diagnosis what's going on in the well?  So we spent

11:12:54 16    our first few days trying to help and better refine methods to look

11:12:59 17    inside the wellhead, look inside the riser pipe and see if one

11:13:03 18    could determine what's happening.

11:13:05 19            We were keenly interested in, as was BP, in what was

11:13:08 20    going on inside.  And so our main effort in the first week or so

11:13:12 21    was around diagnostics.

11:13:13 22    Q.  Subsequent to that, did BP request any expertise from the labs?

11:13:17 23    A.  Sure.  BP viewed us, I believe, as a resource to help

11:13:24 24    corroborate or even review some of their work about technical

11:13:31 25    analyses they were doing, so they would ask us to do analyses on

11:13:35  1   occasion and they typically asked us, for example, for technologies

11:13:39  2   that they might not have or that industry might not have.  Examples

11:13:43  3   would be high-powered, high better imaging gamma-ray diagnostics

11:13:48  4   that could be used to image what's inside the pipe.

11:13:52  5          And so we looked at those in great detail.  We even sent

11:13:56  6   people out on the rigs with better gamma imaging plates to help try

11:14:01  7   to get better pictures of the well.

11:14:02  8          So, yes, they asked us for different kinds of assistance

11:14:06  9   including analyses.

11:14:07 10   Q.  Can we bring up Exhibit 9916.3.1.US.  Can you explain for the

11:14:19 11   Court what this is?

11:14:20 12   A.  Sure.  This is an e-mail record, yes, and it's from Paul Tooms.

11:14:27 13   Paul Tooms was a very close associate, he was with BP, very capable

11:14:31 14   person who spent a lot of time with us.  And he seemed to be

11:14:34 15   involved in virtually all of the questions that -- significant

11:14:38 16   technical questions.  And Paul had spent some time with me one

11:14:43 17   evening and we discussed analyses that we could do that might be

11:14:46 18   helpful to them.

11:14:48 19          And he subsequently then wrote me, summarized those in an

11:14:52 20   e-mail and sent them to me and they were then distributed to other

11:14:56 21   people on our team.  The person that you see the Margie Tatro was

11:15:00 22   one of our team leads who was actually down in Houston a lot.

11:15:04 23   Q.  And what kind of projects is Paul Tooms requesting with this

11:15:08 24   e-mail?

11:15:08 25   A.  This e-mail, I believe this e-mail was referring to a set of

1282

11:15:11 1  calculations of the flow paths within the well.  And basically it

11:15:17 2  was trying to understand what could be going on inside the well

11:15:20 3  with respect to flows that might be circulating around.

11:15:23 4  Q.  Could we pull up Exhibit 9916.4.1.US.  And are these the

11:15:33 5  questions that were sent?

11:15:34 6  A.  Yeah, these are the summary of the questions, right, yes.

11:15:38 7  Q.  And I think the Court's already seen a version of this exhibit,

11:15:41 8  and I think heard a lot of testimony about number four last week so

11:15:45 9  we won't repeat that.

11:15:47 10       Could we -- I just want to ask you about question No. 2.

11:15:50 11  Can you elaborate on what that request was to the labs?

11:15:53 12  A.  Sure.  There was a request, I believe there's a supporting

11:15:56 13  paragraph that went beyond this, but this request was that the well

11:16:02 14  is actually made up of different possible internal flow paths, the

11:16:06 15  well had concentric pipes inside, starting with the drill pipe and

11:16:10 16  then the production casing and then surrounding casings.  And it's

11:16:12 17  conceivable the flow was going around in different paths within

11:16:15 18  there, as it ultimately came out through the wellbore.  So the

11:16:19 19  question is what it might be doing inside.

11:16:21 20       So for a given rate of flow, which they provided us, they

11:16:23 21  asked us what could be the possible internal flow mechanisms?  It

11:16:27 22  was definitely not a calculation of what the flow was out of the

11:16:29 23  well, it was a calculation of what's going on within the well that

11:16:32 24  might have to do with the flow paths.

11:16:34 25  Q.  What kind of expertise would be needed to answer this question?

11:16:37  1    A.  Well, I typically look at a problem like this in a couple of

11:16:42  2    ways:  First is to provide some generalist who can look at it and

11:16:46  3    ask what are the real important parameters and what are the

11:16:48  4    important questions involved.  And then some specialist, in this

11:16:52  5    case a specialist would be what I would called flow analyst or

11:16:57  6    people who understand fluid dynamics and fluid characteristics and

11:17:01  7    can do modeling.  And so we brought both on board to deal with

11:17:07  8    these questions.

11:17:07  9    Q.  So BP requested analyst expertise from the labs?

11:17:09  10   A.  Yes, they did.

11:17:10  11   Q.  Was Ron Dykhuizen one of the engineers you sent to work on this

11:17:14  12   project?

11:17:14  13   A.  Dr. Ron Dykhuizen was I believe the first person we called in

11:17:18  14   response to these questions and other things related in

11:17:21  15   understanding flow.

11:17:21  16   Q.  And why was that?

11:17:22  17   A.  Well, Ron was known by many people there as an individual who

11:17:30  18   was a very good on fundamentals, he knew basically fluid flow, he

11:17:34  19   understands the concepts of flow, the theory of flow; but he also

11:17:38  20   could generate information in practical terms so that a working

11:17:43  21   team could get it in usable units in ways in which they could use

11:17:47  22   it to make decisions.

11:17:48  23           So we knew Ron to be both theoretically sound and

11:17:51  24   engineeringly practical.

11:17:52  25   Q.  We can take down the exhibit.

11:18:01  1           Is Dr. Stewart Griffiths another Sandia Labs engineer?

11:18:02  2    A.  He is.

11:18:02  3    Q.  And do you know Dr. Griffiths?

11:18:04  4    A.  I do.

11:18:04  5    Q.  Did he become involved in the response later on?

11:18:07  6    A.  He did.  Stewart Griffiths, Dr. Stewart Griffiths was

11:18:11  7    involved -- I believe he was mostly involved in some of the teams

11:18:15  8    that looked at flow and looked at flow characteristics, and he was

11:18:20  9    brought in by other members of the team.

11:18:22 10    Q.  Could you describe what Dr. Griffiths' position at Sandia is --

11:18:29 11    was at the time?

11:18:30 12    A.  I guess he's currently retired, but at the time, he was what's

11:18:35 13    called a senior scientist.  We have a technical ladder which

11:18:39 14    includes -- parallel to management, we have a technical ladder from

11:18:44 15    scientists to not being influenced by management work, but being

11:18:49 16    able to focus on their scientific work.  And he was a senior

11:18:53 17    scientist, which except for a few fellows, which we had maybe three

11:18:58 18    or four, he would be -- that would be the highest-ranking technical

11:19:02 19    scientist level.  They're called senior scientists.

11:19:06 20    Q.  I would like to move now into how your role evolved during the

11:19:14 21    course of the incident.  First, did your role evolve over time?

11:19:17 22    A.  Certainly.  Our team's role and my personal role certainly

11:19:21 23    evolved significantly from the time we started until the time we

11:19:24 24    finished.

11:19:25 25    Q.  If we could pull up demonstrative D-21500.  Can you describe

11:19:33 1    what the government-led science team was?

11:19:37 2    A.  Sure.  The government-led science team was a team that was

11:19:39 3    pulled together by -- I would credit pulling it together by

11:19:45 4    Secretary Steve Chu and Secretary Ken Salazar.  They pulled

11:19:50 5    together a team of various individuals.  Secretary Chu, of course,

11:19:54 6    brought in the National Laboratories, you see three of those here.

11:19:57 7    But then there were people from the U.S. Geological Survey and even

11:20:01 8    one time someone from NASA, of which formed a team to try to sort

11:20:05 9    out and help with the source control efforts.  And Steve Chu asked

11:20:10 10   if I would co-lead it with him, and I did.

11:20:13 11   Q.  What did you do as the co-lead of the government-led science

11:20:18 12   team?

11:20:18 13   A.  Well, in the beginning, my personal role was to try to make

11:20:23 14   sure we had the right expertise to deal with the questions we were

11:20:27 15   faced with and to get the team assembled and support the team.

11:20:31 16   As -- very quickly as time went on, I became the interface with BP

11:20:36 17   on all pivotal questions that had to be faced.  And I then became,

11:20:43 18   and I believe in the eyes of the government I became the person

11:20:49 19   that was to synthesize the work of the team, pull that together in

11:20:52 20   a way that would provide a basis for decisions which the government

11:20:56 21   would ultimately have to make, and then transmit it to BP through

11:20:59 22   the instant Commander, incident commander Thad Allen.

11:21:03 23   Q.  We can bring up the demonstrative.  What were the types of

11:21:07 24   problems and decisions that you were involved in solving?

11:21:09 25   A.  Well, there were a wide number, but the best way to look at it

1286

11:21:14  1   is I think to look at the major phases of the incident, and ask

11:21:20  2   what decisions had to be made.  We -- of course, we were involved

11:21:25  3   in the decision about the termination of the Top Kill.  We were

11:21:28  4   involved in the decision about the need for containment capacity.

11:21:33  5   We were involved in the decision for whether or not to put on the

11:21:38  6   capping stack.  We were involved in the decision whether or not to

11:21:40  7   inject mud into the well, whether or not to put cement in the well,

11:21:44  8   how to do the plugging and abandonment.  Every major decision,

11:21:48  9   essentially after about the first of June, required us rendering a

11:21:54 10   technical judgment and passing that on to Thad Allen through the

11:21:59 11   Secretary.

11:21:59 12   Q.  And what were you specifically doing to help get that technical

11:22:02 13   judgment to the decision-makers?

11:22:04 14   A.  Well, I found that I had to do a lot of work directly with BP.

11:22:08 15   BP chose to call me on many occasions and ask -- first of all, they

11:22:14 16   would say what they're thinking and they would then get my response

11:22:18 17   on what they were thinking, and we would talk about it and ask how

11:22:21 18   to proceed.  And we would then -- then we would work with the rest

11:22:27 19   of the government and, in fact, with the rest of the BP in many

11:22:30 20   cases to sort out what would be the course of action.  Typically

11:22:35 21   they went -- you know, a phone call, a conversation, then a -- made

11:22:40 22   the phone meeting with BP and our team, including the Secretaries

11:22:43 23   in many cases, and then discussion back and forth.  And then,

11:22:47 24   finally, we would end up making our determination, sending it back

11:22:52 25   up to incident command.

11:22:54  1    Q.  I would like to look at one example of that decision-making

11:22:58  2    process.  Were you involved in the decision to go forward with the

11:23:02  3    well integrity test?

11:23:03  4    A.  Yes.  Certainly the well integrity test was, in my mind, the

11:23:07  5    pivotal event of controlling the well.  And as I think you've all

11:23:13  6    heard, there was a period of containment that was happening where

11:23:17  7    the oil was being collected by different mechanisms with the ships

11:23:20  8    at the surface.  But doing something different was clear because,

11:23:25  9    for example, we had no way to deal with hurricanes, should they

11:23:29 10    come, with the collection mechanisms.  So it became clear something

11:23:33 11    else should be done.

11:23:34 12          So I got a call, I'm pretty sure it was Paul Tooms, I'm

11:23:38 13    quite sure it was Paul Tooms, we discussed -- before anybody else

11:23:41 14    had really put it on the table, we discussed the idea of going

11:23:45 15    ahead with the option to put the capping stack on.  That, of

11:23:48 16    course, was a serious option -- serious decision, because we did

11:23:52 17    not know the well had integrity.  And putting a cap on the well

11:23:56 18    that does not have integrity makes the situation worse.

11:23:58 19          So we -- he and I discussed the fact that it could be put

11:24:02 20    on -- possibly be put on, and the fact that it could then be either

11:24:08 21    open or closed.  And we talked about what could be learned from the

11:24:11 22    test.  And basically we then went around to design what became

11:24:15 23    known as the well integrity test.  But the pivotal thing was

11:24:19 24    installation of the capping stack.

11:24:21 25    Q.  If we can pull up Exhibit 141394.  Dr. Hunter, do you recognize

11:24:34 1    this document?

11:24:35 2    A.  Yes.  This document is a cover letter, cover page for a test

11:24:40 3    procedure which were done before every major activity, and this

11:24:45 4    happens to be the one for the well integrity test by BP and signed

11:24:49 5    off by -- I believe several of those signatures are government

11:24:53 6    signatures.

11:24:53 7    Q.  Was there engineering analysis that was done prior to the

11:24:58 8    issuance of this procedure?

11:24:59 9    A.  Sure.  There was an enormous amount of engineering analysis.

11:25:03 10   One of the questions was, you have this blowout preventer series on

11:25:09 11   top of the well and you're going to add yet another one on top of

11:25:12 12   it, and if you did that, is it stable, is it going to fall over.

11:25:17 13   There was a tilt in the -- at the flex joint, and the question was

11:25:21 14   is it all going to hang together.  So we did a lot of analysis on

11:25:24 15   that.  Then if you shut the well in, it'll pressurize, and the

11:25:28 16   question is will everything at the top of well hold the pressure.

11:25:31 17           And then one has to decide the key question, the absolute

11:25:36 18   key question of the whole control of the well was if I shut it off,

11:25:41 19   will it leak somewhere else.  If it leaks somewhere else, you may

11:25:44 20   lose control forever.  So that was the pivotal question, so we

11:25:49 21   devised a way to understand whether it was leaking somewhere else.

11:25:53 22   Basically just like a garden hose; you put your finger at the top,

11:25:57 23   the pressure would be high.  But if it's leaking somewhere, the

11:26:01 24   pressure is lower.  So we were really worried about it leaking

11:26:04 25   somewhere else.

11:26:04 1   Q.  Were there criteria developed to assess whether you could

11:26:08 2   detect a leak somewhere else?

11:26:10 3   A.  Absolutely.  Our team developed criteria that would enable us

11:26:15 4   to make a decision on whether the test was working properly or not.

11:26:19 5   Q.  And did BP agree to be bound by this criteria?

11:26:22 6   A.  BP did agree.  They were aware of the calculations we did and

11:26:28 7   the formation, and they agreed and put them into their test

11:26:32 8   procedure.

11:26:32 9   Q.  If we could look at that.  Go to -- call out 141394.4.1.US.  Is

11:26:42 10  this what you were describing?

11:26:43 11  A.  Yes, this is a curve.  It's kind of become kind of a famous

11:26:46 12  curve around well integrity, and basically it says that if you

11:26:49 13  measure the pressure at the top of the well with the new cap, if

11:26:54 14  the pressure is really high, that's good news because the well is

11:26:58 15  not leaking down below.  If you measure that pressure and the

11:27:01 16  pressure is very low, that's bad news because that means it's

11:27:05 17  leaking somewhere and you may be in trouble.

11:27:07 18          So what -- we devised this -- we calculated those points

11:27:14 19  that you see there based on estimates of flow through what are

11:27:18 20  known as the rupture disks, and it basically said if you had

11:27:25 21  5,000 psi reading of the gauge at the top, you only have six hours

11:27:30 22  to leave it shut in and then you have to do something else.

11:27:32 23  Whereas, if it was 8,000 psi, you have at least 48 hours, and it

11:27:37 24  was all based on how long it would take to flow 20,000 barrels out

11:27:41 25  into the rock.

11:27:42   1    Q.  Who performed the calculations behind those red dots?

11:27:45   2    A.  Combination.  Ron Dykhuizen had done calculations of, for a

11:27:53   3    given pressure, how much flow would go through the rupture disks

11:27:58   4    and, hence, out into the rock.  And then I and Marjorie Tatro did

11:28:03   5    the points that you see there, and then we went over them with Paul

11:28:08   6    Tooms of BP, and Paul Tooms liked the idea of making it simpler, so

11:28:13   7    he -- he suggested putting the color blocks.

11:28:16   8         So the dots are laboratory calculations, including my

11:28:20   9    role in leading the calculations and doing some of the

11:28:23  10    calculations, and then BP's acceptance of them.

11:28:26  11    Q.  And does the document reflect that those calculations were

11:28:30  12    performed by National Laboratories?

11:28:32  13    A.  At the bottom of the visual you see there, it basically says --

11:28:37  14    this would be BP writing saying the duration was calculated by the

11:28:40  15    National Lab flow analysts.

11:28:42  16    Q.  Did BP ever ask to redo these calculations themselves?

11:28:45  17    A.  No, these were unaltered.  We did the dots.  The change only

11:28:48  18    was to add the colors and put the blocks in.

11:28:51  19    Q.  Thank you.  We can pull that exhibit down.  Now let's talk

11:28:56  20    about flow rate.  Did your engineers work side by side with BP on

11:29:02  21    source control efforts?

11:29:03  22    A.  On source control efforts, we worked virtually every day.  The

11:29:06  23    task was really about source control.

11:29:09  24    Q.  Did you work side by side with BP on flow rate modeling?

11:29:12  25    A.  No, we didn't work with BP on flow.  That wasn't one in which

11:29:15 1    we did collaboration with BP at all.  They didn't ask us to do that

11:29:21 2    and we didn't get engaged with them on flow calculations.

11:29:24 3    Q.  Had they asked, would you have engaged?

11:29:26 4    A.  Sure, if they had asked.  We liked working with them and we

11:29:32 5    liked their people, and we would have gladly sat down and worked

11:29:35 6    with them, but we were never asked to do so.

11:29:37 7    Q.  Were would you interested in flow rate from a source control

11:29:40 8    perspective?

11:29:41 9    A.  Oh, certainly.  Flow rate -- when you face something like a

11:29:46 10   *Deepwater Horizon* or Macondo well that's blowing out, you want to

11:29:51 11   understand all you possibly can about it.  There were all kinds of

11:29:53 12   questions, pressures, temperatures, condition inside the wellhead,

11:29:57 13   all of those things were unknown.  But the flow is the dominant

11:30:00 14   characteristic of what is really happening, both to the wellhead

11:30:03 15   and the reservoir.  So flow rate was actually a critical matter.

11:30:07 16        It's also critical in response efforts; that is, taking

11:30:10 17   oil back of the out of the water, critical in containment effort,

11:30:14 18   and it turns out to be a critical parameter in understanding well

11:30:17 19   integrity and, of course, reservoir performance.  So we were keenly

11:30:20 20   interested in what the flow was.  And I do think the public was

11:30:27 21   very interested in what was the flow.

11:30:28 22   Q.  Were there any attempts made by National Labs' engineers during

11:30:34 23   the response to attempt to calculate flow rate?

11:30:36 24   A.  By our team, the team that I led, there were two attempts; one

11:30:40 25   during the time of the Top Hat and one during the time of the

11:30:46  1    insulation and shutting of the capping stack.

11:30:48  2    Q.  I would like if you could just walk through the facts of what

11:30:52  3    happened back then with each of those.  First, could you describe

11:30:55  4    what happened with the Top Hat flow rate estimate?

11:30:57  5    A.  Sure.  The Top Hat was basically like a funnel upside down on

11:31:03  6    top of the well, and that funnel was collecting as much oil as it

11:31:07  7    could and sending it to the ship.  It occurred to us, if you knew

11:31:11  8    how much oil was going to the ship, which was measured at the ship,

11:31:14  9    and you could estimate how much oil was coming out of the capping

11:31:18 10    stack in the other places where it was clearly leaking, because the

11:31:21 11    ship would not accept all of the oil that was coming through the

11:31:25 12    riser -- or the riser was taking all of the oil it could take, if

11:31:28 13    you could do that, you could make an estimate of the total amount

11:31:30 14    of flow by adding up those different features.  So we undertook an

11:31:35 15    effort to try to estimate what the flow was out of the Top Hat.

11:31:41 16    Q.  And what did you do with that estimate?

11:31:43 17    A.  Well, that estimate was done in several different ways, and it

11:31:50 18    basically gave a range of results.  And those -- that information

11:31:56 19    was put together into a package that was compared with a team

11:32:01 20    called the flow rate technical group that had been assembled under

11:32:05 21    Dr. Marcia McNutt.  And we compared all of their methods and that

11:32:09 22    method and had a -- an engaged discussion, again, what would be

11:32:14 23    called a webinar or over the telephone, and we decided then to put

11:32:18 24    out -- I think it was the third government estimate that came out

11:32:24 25    in mid-June.  So that heavily influenced particularly the high side

11:32:29 1   of the government estimate in June, mid-June.

11:32:31 2   Q.  And what was that announced figure, do you recall?

11:32:35 3   A.  As I recall and the way I remember pretty vividly was it was 35

11:32:40 4   to 60 plus, and there was a note that we wanted to be sure that we

11:32:44 5   thought there was more room on the high side than the low side.

11:32:48 6   Q.  How was that flow calculation used in source control efforts

11:32:52 7   going forward?

11:32:53 8   A.  Well, the biggest use of the estimate of the flow at that time

11:32:56 9   was to provide for containment.  BP had committed themselves to

11:33:02 10  putting in place this enormous containment system, which means they

11:33:06 11  need better ways to collect the oil; that is, to gather the oil at

11:33:10 12  the wellhead, and they need better ways to pipe it around and get

11:33:14 13  it up to the ships.  So they were in the process of putting a

11:33:17 14  massive containment system in place, and the capacity of which was

11:33:21 15  influenced by that calculation.

11:33:22 16  Q.  When the Top Hat was installed, were you able to look at ROV

11:33:27 17  video footage of the Top Hat?

11:33:29 18  A.  Sure, we looked at ROV videos of everything, every day.

11:33:33 19  Q.  Could you see flow coming out of the skirt?

11:33:37 20  A.  Oh, sure.  The skirt, if you use those words, so that's around

11:33:43 21  the bottom of the funnel basically.  And there was flow coming out

11:33:47 22  of the top going to the ship, flow coming out some ports that were

11:33:51 23  on the side of the funnel aiming up, and then there was flow

11:33:54 24  boiling out around the skirt, which couldn't make a seal, and the

11:33:59 25  ship couldn't accept it if it couldn't.

11:34:02 1    Q.  Could you see any changes in that flow in the skirt changing

11:34:04 2    when the collection rates changed?

11:34:06 3    A.  I didn't recall any significant change depending on collection

11:34:11 4    rate.  There was a lot of flow coming out.  And what was really

11:34:14 5    clear was lots of flow to the ship, lots of flow out the three open

11:34:18 6    ports that were on top.  There were three -- I think there were

11:34:21 7    two- or three-inch valves on top, lots of flow coming out of those,

11:34:26 8    and then lots of flow coming out of the skirt.  And that happened

11:34:28 9    all the time the Top Hat was on there.

11:34:30 10   Q.  And if we could just look at Demonstrative D-21006.2.  Is this

11:34:41 11   a visual depiction of what you just described?

11:34:44 12   A.  This is the Top Hat.  This is one of many Top Hats, but

11:34:47 13   basically what I was describing.  And I have a laser pointer.  So

11:34:51 14   this upside down funnel is over the top of the well.  This is a big

11:34:55 15   flange on the well.  And the idea was to -- this oil would normally

11:35:01 16   be coming out right there and going into the ocean, into the Gulf.

11:35:05 17   So when the Top Hat was on, oil was going up here.  And then these

11:35:09 18   were ports that had to be put in the top, because if you closed it

11:35:13 19   off, it would pop off.  The pressure would be too great, it would

11:35:16 20   just pop right off.  So there were four ports, three of which were

11:35:20 21   open, and oil was coming out here.

11:35:22 22           But then since it didn't make a seal there and because

11:35:25 23   the pressures were still fairly inside, then the oil was coming out

11:35:28 24   and around.  You had three places of oil exiting here, here at

11:35:32 25   three different holes, and here.  And this is called the skirt.

11:35:37  1   And the skirt was always boiling oil, oil and gas.

11:35:42  2   Q.  You can pull down that demonstrative, thank you.

11:35:46  3        What was the next effort to estimate flow by the flow

11:35:52  4   lab -- excuse me, the National Lab engineers under your direction?

11:35:55  5   A.  The ones under my direction, we knew that the capping stack was

11:35:59  6   going to be installed after significant effort because we had, you

11:36:04  7   know, worked with BP to agree that the capping stack was the course

11:36:08  8   of action.  In fact, James Dupree and I made a joint presentation

11:36:13  9   to the cabinet members of the government about desirability of

11:36:18 10   putting on the capping stack, and everyone accepted it.  So it

11:36:21 11   became the course of action to put on the capping stack.

11:36:23 12        So we knew when the capping stack went off and during

11:36:26 13   those periods when the flow was controlled, you could make an

11:36:28 14   estimate of flow.  And so basically the best way -- the best way to

11:36:34 15   determine flow is to have a known geometry and pressure readings on

11:36:38 16   both sides of it.  And since we knew the pressure at the bottom of

11:36:42 17   the Gulf, we insisted and BP easily agreed to put pressure gauges

11:36:48 18   on the capping stack.  So we knew that geometry would allow us to

11:36:52 19   make another and much better estimate of flow.

11:36:55 20   Q.  Let's pull up Demonstrative D-21001.2.  Can you describe --

11:37:05 21   A.  Sure.  This is the capping stack.  It's hooked onto the well at

11:37:12 22   that flange I showed earlier down here.  I am not sure it's exactly

11:37:16 23   right in the graphic.  It's hooked to the well down here and bolted

11:37:20 24   on the big flange.  Took this down and bolted it back on.  That was

11:37:24 25   a heroic engineering effort that worked quite well.

11:37:27  1          Then the flow then could go up, except up here there is a

11:37:31  2      couple of blowout preventers, and they were shut, so nothing could

11:37:34  3      flow this way.  And that means the flow, as in all blowout

11:37:39  4      preventer systems, the flow could go out here through what's called

11:37:43  5      a kill line.  It's called kill because if you want to inject mud in

11:37:47  6      that, you kill a well by pumping mud in here.

11:37:49  7          It could either go out the kill line into the ocean or it

11:37:54  8      could go out through the choke valve into the ocean.  The choke

11:37:57  9      valve was designed to be turned slowly round and around and around

11:38:02 10      by and ROV, and as it turned slowly, it closed and you could

11:38:06 11      measure the pressure then, which is being measured right in here.

11:38:08 12      You can measure the pressure as you close the valve.  So the whole

11:38:12 13      plan of the well integrity test was to shut this line completely,

11:38:14 14      leave this shut, and then shut this valve methodically, a turn, a

11:38:20 15      turn, a turn, a quarter of turn, a turn, and then shut off the flow

11:38:25 16      and observe these pressure gauges.

11:38:27 17          And this is back to that curve that we showed earlier.  If

11:38:31 18      this pressure gauge read really high, that's great.  If it read

11:38:34 19      really low, you would open this back up because that's not great.

11:38:40 20      Q.  Prior to the installation of the capping stack, did you ask the

11:38:45 21      engineers to prepare to calculate the flow rate?

11:38:47 22      A.  I did, because it was clear since we had this idea that flow

11:38:51 23      was really important and we had this idea that with good data, we

11:38:56 24      could make a really good estimate of it, we knew the pressure

11:38:59 25      gauges were going to be good, or should be good, and we knew the

11:39:03  1    geometry was going to be pretty well defined.  So I asked people to

11:39:06  2    get ready to do a calculation, because here comes some good data.

11:39:11  3    And that's what happened.

11:39:12  4    Q.  And if we can look at call out 11280.1.1.US.  Is this an e-mail

11:39:28  5    describing your instructions?

11:39:29  6    A.  Yes.  This is an e-mail to Dr. Ratzel, and I knew Art well, and

11:39:37  7    Art had been a director of engineering sciences, and I asked him --

11:39:41  8    I think this is on July 11 -- that, you know, this -- the capping

11:39:46  9    test is going to go on and it's going to give us this good data.

11:39:50 10    Would you get ready and have people stand up and get their models

11:39:53 11    in place and be prepared for the analyses.  And so Art then turned

11:39:58 12    to the three different teams and instructed each team to get ready

11:40:03 13    and start setting up their computer models.

11:40:06 14    Q.  We can pull that down.  Thank you.  Now, is that calculation

11:40:10 15    intended to be through the choke line as you described previously?

11:40:14 16    A.  The calculation would be through both the choke and the kill

11:40:19 17    line.  There would be basically the pressure -- it depends on which

11:40:23 18    one was open, but whichever one was open and knowing the pressures,

11:40:27 19    one can take and make a calculation based on the pressure reading.

11:40:30 20    Q.  Aside from the calculation you instructed the engineers to

11:40:35 21    perform, did you yourself perform a separate calculation?

11:40:38 22    A.  I did.  I did a calculation myself.  Immediately when the

11:40:44 23    pressure results were obtained from the kill line, there was an

11:40:49 24    interval of time in which the choke line had to be fixed, so it was

11:40:54 25    closed.  So all of the flow went out the kill line.  And there was

11:40:58  1    a time during that that the ship collected and then didn't collect,

11:41:03  2    and then I used that and my understanding of fluid flow to do a

11:41:08  3    calculation, which I documented and sent out.

11:41:11  4    Q.  Did you share that calculation with BP?

11:41:13  5    A.  I did.  I sent -- the calculation was done on the 14th, I

11:41:19  6    think, of July, and I sent the calculation to the team, to the

11:41:24  7    people in the government, and I sent -- and I discussed the

11:41:28  8    calculation with BP, with Kent Wells from BP.

11:41:32  9    Q.  Who is Kent Wells, to your understanding?

11:41:34 10    A.  Kent Wells was the BP person that was assigned to both deal

11:41:38 11    with the public and the public statements and coordinate those

11:41:43 12    activities, and he was assigned to coordinate with us, the science

11:41:48 13    team.  And so he was virtually a daily contact for us and he

11:41:52 14    provided a lot of my keen insight into what was going on to BP and

11:41:58 15    vice versa.

11:41:59 16    Q.  Did he tell you anything in response to what you told him?

11:42:02 17    A.  Well, I told Kent what I had calculated.  And we had become, as

11:42:07 18    with many BP people, become quite close, and I told him what I

11:42:12 19    calculated.  And his response, as I recall it, was to the effect

11:42:16 20    that he was -- he had hoped it would not be so high.  But if I had

11:42:21 21    done it, he gave it some credibility.

11:42:24 22    Q.  Did BP ever share any capping stack calculations with you?

11:42:27 23    A.  Capping stack calculations of flow?

11:42:29 24    Q.  Yes, sir.

11:42:29 25    A.  No calculations of flow.

11:42:31  1   Q.  These capping stack calculations that were performed in the

11:42:36  2   middle of July, is that what you testified?

11:42:38  3   A.  Let's see.  Our capping stack calculations were done -- the

11:42:43  4   first one was done by me on about the 14th.  They were done through

11:42:48  5   the balance of July and culminated in the end of July.

11:42:52  6   Q.  I would like you to walk through the process from the middle of

11:42:56  7   July to when those calculations were completed.

11:43:00  8   A.  Sure.  I gave everyone a heads-up back on the 11th, and the

11:43:06  9   heads-up was to get ready and get organized and get your models set

11:43:10 10   up.  The data started coming in on the 14th, and I did the first

11:43:15 11   one and passed that on to the team.  And then the team took the

11:43:22 12   data that came in strictly from the choke closure and started a

11:43:28 13   serious of calculations.  There were three teams, and each team did

11:43:32 14   three different calculations.  And then within that, they actually

11:43:36 15   go to different times.

11:43:37 16         So they did their calculations through that period, data

11:43:42 17   coming in about the 15th of July.  But we knew we had to work with

11:43:47 18   a flow and technical group and look at their data, and they had

11:43:51 19   been working for months; in fact, since the end of May, they had

11:43:55 20   been working on their techniques to look at flow.

11:43:58 21         So basically what happened was our team pulled together

11:44:00 22   its assessments and got together its results.  And then on about

11:44:06 23   the 26th of July, I had our team meet with me to go over the

11:44:11 24   results and we discussed it, and at or about that time, we decided

11:44:16 25   to issue a standard format for everyone to present their data.

11:44:21 1    That would be all of the teams that we had plus all of the other

11:44:25 2    teams that were working on flow outside of our group.  And we then

11:44:28 3    got everyone together on a mega webinar, phone call with video, and

11:44:35 4    we let each participant go through and present their flow

11:44:40 5    methodology and their flow results.

11:44:42 6              And ours, which were done in that period of the last two

11:44:46 7    weeks of July, were -- we were the last presenters.  And then it

11:44:50 8    was my job to moderate the meeting, coordinate the meeting.  And we

11:44:55 9    met on the 30th of July and then we met in final form on the 31st

11:45:00 10   of July.

11:45:01 11   Q.  Was the uncertainty related to those estimates discussed that

11:45:04 12   meeting you just described?

11:45:06 13   A.  And there were two meetings, on the 30th and the 31st of July,

11:45:11 14   and, yes, uncertainty was discussed.  Everyone had different views

11:45:15 15   on uncertainty.  And the team had a recommendation on uncertainty,

11:45:18 16   and we then chose a position on uncertainty and sent that forward

11:45:23 17   on about August 1st.

11:45:24 18   Q.  Did the team members who disagreed express their views?

11:45:28 19   A.  Oh, certainly.  This was -- there was never an occasion which

11:45:32 20   people didn't express different views.  In fact, my career

11:45:37 21   basically was about reconciling different views of complex topics.

11:45:42 22   And this was a complex topic and there were a lot of different

11:45:45 23   views, and there were different views about approaches and

11:45:48 24   different views about the uncertainty.  And they were expressed by

11:45:51 25   people.

11:45:52  1   Q.  Did Secretary Chu express his views in that -- in those

11:45:58  2   meetings?

11:45:58  3   A.  Secretary Chu was working with us as both a Secretary, which

11:46:03  4   means he had a formal role in the government, but he was also

11:46:05  5   working with us as a practicing scientist.  And he was -- he had a

11:46:10  6   view about uncertainty from looking at the data.  But he also had a

11:46:14  7   view of the need for certainty and he expressed basically his

11:46:18  8   concern about what is good enough; and, that is, how good does it

11:46:23  9   have to be.

11:46:24 10   Q.  Did his comments alter the results that ultimately came out of

11:46:28 11   those meetings?

11:46:29 12   A.  No.  The team -- the team came in with a recommendation for a

11:46:34 13   flow rate -- an integral flow rate over 87 days and for an

11:46:41 14   uncertainty, and that was the one that stood and became the federal

11:46:44 15   government estimate.  It's a little hard to say exactly.  I know

11:46:48 16   that was a recommendation that came on the 30th of July, and Steve

11:46:54 17   Chu was involved in the discussions, he was one of many with a view

11:46:58 18   about uncertainty and the approach to getting flow.

11:47:01 19   Q.  And how was the final decision arrived at?

11:47:04 20   A.  Well, again, my job, which was in almost all of the major

11:47:09 21   decision was to be the synthesizer of information both from BP and

11:47:12 22   from all of the government scientists.

11:47:17 23           And so basically I listened to all of the conversations,

11:47:24 24   pulled together what I thought was all of the data that surrounded

11:47:29 25   the leading estimate and then decided and offered to the group that

11:47:33  1   we go forward with this one estimate which came in from our team,

11:47:40  2   from the DOE national laboratory team, and then we had a discussion

11:47:45  3   of that, of those results and what it might mean, and I then

11:47:50  4   moderated and had lots of discussion with all of the people.

11:47:55  5        There was an enormous amount of people on these phone

11:47:57  6   calls, and everyone agreed that that could go forward as the

11:48:01  7   government approach.  Then we wrote it up probably on the 1st of

11:48:06  8   August and got it through the system overnight and all of that, and

11:48:10  9   it came out on August the 2nd.

11:48:12 10   Q.  Your role in moderating that debate, did you ever do anything

11:48:17 11   like that at Sandia?

11:48:19 12   A.  Certainly.  I actually think that was the element that I spent

11:48:26 13   a lot of time working on all through my career, because there are

11:48:30 14   always difficult topics, complex topics which you have to reconcile

11:48:36 15   and approach.  And I believe it's the view of the government,

11:48:38 16   because they relied on me in many matters, I believe it was the

11:48:42 17   view of the government that I was a resource to be used to try to

11:48:47 18   get out of a diverse set of discussion a view that could be gone

11:48:52 19   forward and so that decisions could be made.  So it was not

11:48:54 20   uncommon.  We certainly saw that in my annual assessment of the

11:48:59 21   nuclear weapons stockpile.  Very often, you had different opinions.

11:49:03 22   Q.  Now, you testified at the beginning of your testimony that you

11:49:06 23   had retired July 9th, 2010.

11:49:09 24   A.  That's correct.

11:49:09 25   Q.  So who were you working for at that time?

11:49:12  1   A.  After July 9th?

11:49:14  2   Q.  Yes, sir.

11:49:15  3   A.  I didn't work for anybody.

11:49:16  4   Q.  What was your role in the response?

11:49:19  5           THE COURT:  July 9th of 2010?

11:49:20  6           THE WITNESS:  Ten, please.  July 9, 2010, yes.

11:49:25  7   BY MR. CHAKERES:

11:49:26  8   Q.  Can you describe how you fit into the response after your

11:49:29  9   retirement?

11:49:29 10   A.  I don't know whether it was coincidence or not, but I didn't

11:49:32 11   plan to do this.  Of course, I had planned a whole succession and

11:49:38 12   requirement.  I had worked for 140 consecutive days, and on about

11:49:41 13   the 70th day, I retired.

11:49:44 14           After retirement, I -- I recall vividly that I got home

11:49:50 15   late from work because I left the office about ten, and I was able

11:49:55 16   to catch the six o'clock flight to Houston, so my retirement was a

11:49:59 17   really short night.  So I was able to, then, devote full-time to

11:50:03 18   the effort and -- whether I was in Houston or not.  And I was asked

11:50:08 19   to lead, in a stronger fashion, this science team and to get more

11:50:15 20   involved with BP and to get more involved with the government

11:50:18 21   members.

11:50:20 22           And so I spent virtually the next 70 days deeply

11:50:24 23   involved, leading the team, but deeply involved with what I would

11:50:27 24   call the key players, Commander Thad Allen and Ken Salazar and

11:50:33 25   Steve Chu.  So my role intensified after I retired.

11:50:37 1   Q.  And you testified about your role in moderating the debates.

11:50:40 2   Did BP ever ask you to moderate debates?

11:50:43 3   A.  Oh, sure.  It wasn't -- it was not -- BP was a talented group,

11:50:49 4   so they had -- I don't know about their internal disagreement, but

11:50:53 5   they would have disagreements with us and with the team in general.

11:50:56 6   Maybe they would have disagreements with the people on the ground,

11:50:59 7   disagreements with Secretary Chu, and they would have disagreements

11:51:02 8   with me.  But there were occasions when you had to take the

11:51:05 9   disagreements and reach a decision.

11:51:07 10        So I recall, I think it was the occasion of what was

11:51:12 11  called the static diagnostic test which was a dead well injecting

11:51:17 12  mud in it.  They asked me to come down to Houston to see if I could

11:51:20 13  moderate a meeting to bring things to a conclusion, which I did,

11:51:24 14  and we reached a conclusion and moved forward.

11:51:26 15        BP relied on me for that role of bringing people

11:51:29 16  together.  And we also had external industry people that were in

11:51:34 17  the discussions as well.

11:51:35 18  Q.  I want to go back real briefly to the July 30, 31st meetings.

11:51:44 19  Do you recall in your deposition being asked about a comment

11:51:47 20  Secretary Chu made about the estimate being good enough for

11:51:51 21  damages?

11:51:51 22  A.  I do.

11:51:52 23  Q.  Could you provide to the best of your recollection your

11:51:57 24  understanding of what Secretary Chu meant with that comment?

11:52:01 25  A.  Well, I think Secretary Chu was -- and only he knows exactly

11:52:06  1   what he meant, but I believe he was talking about what is good

11:52:08  2   enough.  And he was saying basically that for purpose -- I can't

11:52:14  3   remember the wording, whether the word was damages or the wording

11:52:17  4   was negotiating with BP or whatever the wording was, he's saying

11:52:23  5   that for that, plus or minus ten percent is good enough.

11:52:26  6   Q.  I want to ask you a few more questions.  So you've been

11:52:32  7   involved in large scale complex engineering projects previously?

11:52:35  8   A.  I have.

11:52:35  9   Q.  How would you describe the pace at which engineer work was

11:52:38 10   being done during the response?

11:52:40 11   A.  Well, this was both exciting and intense.  It was a significant

11:52:46 12   amount of work had to be done.  It was well organized work I

11:52:51 13   thought, and our team, and working with BP, was a team that came

11:52:57 14   together from three different institutions and they worked together

11:53:00 15   seamlessly.  No one really cared who they actually reported to

11:53:04 16   because they were working long days, seven by 24.

11:53:08 17           And so it was intense but exciting.  And a lot could get

11:53:14 18   done in a reasonably short period of time.  And people could stand

11:53:17 19   up and be proud of what they did, and they did that on many, many

11:53:20 20   occasions.

11:53:21 21   Q.  Did you see the lines of communication between the team

11:53:26 22   members, were those open?

11:53:27 23   A.  Oh, the team members were in Houston sitting at same large

11:53:33 24   conference tables, so those lines were certainly open all the time.

11:53:37 25   They talked with me whether they were in Houston or not.  The lines

11:53:41 1   with BP were certainly open.  I don't know at what date it started,

11:53:47 2   but somewhere around June, and somewhere in June I was on the phone

11:53:51 3   call with leadership of BP every morning, seven o'clock Albuquerque

11:53:57 4   time every morning.

11:53:58 5   Q.  And how was the pace of the work reflected in the tone of

11:54:01 6   conversations?

11:54:01 7   A.  Well, if you've ever been in one of these environments, there

11:54:06 8   are always people who talk about it and it becomes kind of folklore

11:54:10 9   of things to talk about.  "Boy, we're really under -- have a lot to

11:54:13 10  do here."  But I think they're really saying, "We have a lot to do.

11:54:17 11  It's very important.  We're glad we get the opportunity to do it.

11:54:21 12  It's not going to be easy, but we're up to it."

11:54:23 13  Q.  Did you ever ask their engineers to sacrifice accuracy for

11:54:29 14  speed?

11:54:29 15  A.  It's very unusual to sacrifice accuracy in this environment.

11:54:31 16  This is a culture of people who have probably one of the most

11:54:35 17  critical responsibilities in the country, that is the assurance of

11:54:38 18  the safety of nuclear weapons.  And you have to build a culture,

11:54:42 19  you know, do it the best you can, don't cut corners where it might

11:54:47 20  make a difference.

11:54:48 21        So we didn't ask that to be the case.  In fact, I -- you

11:54:54 22  know, we had requests to provide the data that we didn't meet

11:54:57 23  because my instruction was we can't quite get it done if we have to

11:55:02 24  sacrifice accuracy.

11:55:03 25  Q.  One final question.  You testified you're a retiree now, no

11:55:08  1   longer working for the national laboratories.  Why did you decide
11:55:11  2   to come testify to the Court today?
11:55:13  3   A.  Well, I didn't anticipate being in this role.  I didn't
11:55:16  4   anticipate getting reengaged with the oil industry.  It just
11:55:20  5   happened by circumstance.
11:55:22  6          But since -- particularly my last job, which is about
11:55:26  7   service to the nation, I just decided that three things were really
11:55:30  8   important to me:  One was that I do everything I can to stop it
11:55:34  9   because it didn't seem like a good thing, it seemed like a very bad
11:55:37 10   thing that was happening, we need to stop it.  So I was willing to
11:55:40 11   donate my time and go to Houston and do all that I did to help stop
11:55:44 12   it.
11:55:45 13          I also decided it was very important that the facts of
11:55:48 14   the matter and what really happened get brought out both in the
11:55:51 15   record and for posterity.  And then thirdly, I decided that I would
11:55:57 16   do any reasonable thing I could to try to be sure that it didn't
11:56:01 17   happen again.
11:56:01 18          And the third of those reasons is why I worked with the
11:56:06 19   Department of Interior to work on the Oceanic Safety Committee and
11:56:11 20   the things that I do for them.  But it was the second reason really
11:56:14 21   that I decided to get engaged in this process, because I think it's
11:56:17 22   critical that the facts, as we best know them, get out and become a
11:56:22 23   matter of public record.
11:56:25 24          MR. CHAKERES:  Thank you, sir.  And, your Honor, no
11:56:28 25   further questions.

11:56:28   1          THE COURT:  All right.  Why don't we go ahead and break

11:56:34   2     for lunch.  It's about noon time.  Let's come back at 1:15.

11:56:39   3          THE DEPUTY CLERK:  All rise.

11:56:40   4       (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

           5

           6                      *  *  *  *  *  *

           7

           8                    REPORTER'S CERTIFICATE

           9

          10       I, Karen A. Ibos, CCR, Official Court Reporter, United

          11   States District Court, Eastern District of Louisiana, do hereby

          12   certify that the foregoing is a true and correct transcript, to the

          13   best of my ability and understanding, from the record of the

          14   proceedings in the above-entitled and numbered matter.

          15

          16

          17                    _____

          18                    Karen A. Ibos, CCR, RPR, CRR, RMR

          19                    Official Court Reporter

          20

          21

          22

          23

          24

          25

## 1

**1** [16] - 1204:16, 1207:5, 1207:10, 1207:17, 1207:18, 1208:3, 1208:9, 1208:13, 1208:15, 1210:4, 1226:18, 1227:9, 1227:10, 1235:8, 1251:4
**1,000** [1] - 1255:12
**10** [3] - 1184:15, 1199:23, 1267:1
**10-CV-2771** [1] - 1180:7
**10-CV-4536** [1] - 1180:9
**100** [1] - 1259:1
**10003** [1] - 1180:25
**1001** [1] - 1183:19
**10:40** [1] - 1272:13
**11** [2] - 1220:12, 1297:8
**1100** [1] - 1183:16
**11191** [1] - 1195:11
**112** [3] - 1260:4, 1262:7, 1262:14
**11280.1.1.US** [1] - 1297:4
**11553** [1] - 1218:7
**116** [1] - 1210:13
**1187/2** [1] - 1185:8
**11th** [1] - 1299:8
**12** [23] - 1209:2, 1214:19, 1214:22, 1215:3, 1215:7, 1215:9, 1215:11, 1215:16, 1215:23, 1226:13, 1226:15, 1230:16, 1233:20, 1236:9, 1265:13, 1265:17, 1266:15, 1267:4, 1267:13, 1267:15, 1267:18, 1267:22
**1201** [1] - 1182:9, 1182:25
**1228/18** [1] - 1185:6
**124** [2] - 1262:9, 1262:11
**12548** [1] - 1184:5
**1273/14** [1] - 1185:12
**12th** [3] - 1190:16, 1233:7, 1266:9
**13** [1] - 1220:18
**13,000** [1] - 1263:4
**1300** [1] - 1183:8
**1331** [1] - 1183:3
**137** [1] - 1262:8

## 13

**13th** [2] - 1197:19, 1255:9
**140** [2] - 1279:17, 1303:12
**141394** [1] - 1287:25
**141394.4.1.US** [1] - 1289:9
**14271** [1] - 1181:25
**14th** [6] - 1189:13, 1190:16, 1233:13, 1298:5, 1299:4, 1299:10
**15-minute** [1] - 1272:12
**150** [1] - 1184:15
**15th** [10] - 1187:10, 1188:23, 1190:17, 1201:11, 1204:13, 1226:19, 1247:16, 1248:12, 1268:12, 1299:17
**16** [4] - 1224:17, 1228:10, 1230:16, 1251:17
**1615** [1] - 1183:8
**1665** [1] - 1183:3
**16th** [3] - 1197:20, 1214:21, 1266:22
**17** [1] - 1274:3
**170** [1] - 1222:18
**1700** [1] - 1182:25
**1701** [1] - 1184:8
**18** [6] - 1215:5, 1215:10, 1215:11, 1226:15, 1267:3, 1267:5
**1949** [1] - 1277:14
**1990** [1] - 1278:7
**1990s** [1] - 1275:16
**19th** [3] - 1230:12, 1252:4, 1252:14
**1:15** [1] - 1308:2
**1st** [2] - 1300:17, 1302:7

## 2

**2** [4] - 1208:10, 1227:10, 1234:13, 1282:10
**2.4** [3] - 1204:9, 1204:19, 1226:4
**20** [6] - 1180:5, 1231:13, 1235:9, 1246:16, 1247:18, 1247:19
**20,000** [3] - 1197:1, 1197:12, 1289:24
**20,000-barrel** [1] -

1197:15
**200** [2] - 1184:17, 1259:3
**20004** [1] - 1182:9
**20005** [1] - 1182:17
**20006** [1] - 1183:11
**2003** [1] - 1275:10
**20044** [1] - 1181:22
**20044-4271** [1] - 1181:25
**2005** [1] - 1276:10
**201-B** [1] - 1184:9
**2010** [24] - 1180:5, 1194:21, 1196:4, 1224:3, 1232:9, 1233:3, 1233:13, 1239:4, 1239:16, 1239:18, 1244:12, 1244:20, 1244:23, 1245:2, 1245:8, 1247:16, 1265:14, 1273:18, 1273:19, 1273:21, 1302:23, 1303:5, 1303:6
**2011** [3] - 1245:10, 1245:20, 1250:6
**2013** [3] - 1180:5, 1186:2, 1246:8
**2020** [1] - 1183:11
**20877** [1] - 1184:2
**20th** [7] - 1203:14, 1211:3, 1233:2, 1255:9, 1256:19, 1256:24, 1257:2
**21003** [1] - 1209:14
**21007** [1] - 1187:13
**21008** [1] - 1224:22
**2216** [1] - 1181:2
**22nd** [4] - 1201:18, 1230:4, 1252:1, 1253:9
**238** [1] - 1209:17, 1210:1, 1226:19
**23rd** [1] - 1189:8
**24** [1] - 1305:16
**2420** [1] - 1195:1
**25** [3] - 1210:7, 1222:25, 1255:14
**25,000** [1] - 1255:14
**26** [1] - 1255:14
**262,000** [1] - 1224:14
**26th** [5] - 1239:10, 1239:16, 1239:19, 1240:2, 1299:23
**27th** [3] - 1253:6, 1253:7, 1253:10
**28th** [5] - 1230:4, 1240:2, 1240:12, 1240:13, 1252:1
**29th** [3] - 1189:9,

1251:14, 1251:21
**2nd** [6] - 1232:9, 1232:20, 1239:18, 1251:11, 1279:23, 1302:9

## 3

**3** [4] - 1201:8, 1204:9, 1204:17, 1234:11
**3.2** [1] - 1225:25
**3.26** [6] - 1204:23, 1212:11, 1226:3, 1229:24, 1269:25, 1270:1
**3.48** [1] - 1268:2
**3.5** [2] - 1249:1, 1250:13
**30** [16] - 1204:18, 1246:11, 1248:3, 1248:11, 1248:24, 1249:2, 1249:3, 1249:11, 1249:12, 1249:13, 1250:11, 1258:17, 1272:6, 1304:18
**30(b)(6** [2] - 1210:3, 1267:2
**30,000** [1] - 1197:20, 1204:22, 1255:23
**30-A** [1] - 1184:8
**300** [5] - 1182:13, 1210:2, 1210:3, 1210:5, 1226:18
**30s** [1] - 1205:10
**30th** [6] - 1239:23, 1241:2, 1242:15, 1300:9, 1300:13, 1301:16
**316** [2] - 1180:22, 1184:1
**31st** [3] - 1300:9, 1300:13, 1304:18
**32399** [1] - 1184:12
**32459** [1] - 1184:9
**32502** [1] - 1180:23
**333** [1] - 1182:19
**33324** [1] - 1181:7
**35** [2] - 1209:1, 1293:3
**355** [1] - 1183:23
**35th** [1] - 1183:23
**36** [1] - 1193:22
**36,000** [1] - 1255:14
**36130** [1] - 1181:14
**3668** [1] - 1180:19
**36th** [1] - 1183:16
**3700** [1] - 1183:19

## 39

**39157** [1] - 1184:18
**39232** [1] - 1184:15
**3rd** [7] - 1189:4, 1189:10, 1197:7, 1244:8, 1268:13, 1279:23

## 4

**4** [5] - 1183:3, 1201:8, 1225:25, 1226:3, 1234:13
**4.2** [2] - 1190:10, 1228:9
**4.5** [1] - 1199:16
**4.52** [1] - 1262:16
**4.9** [4] - 1216:15, 1223:18, 1223:23, 1243:16
**40** [1] - 1274:12
**400** [2] - 1181:7, 1209:23
**42** [2] - 1217:6, 1217:8
**43** [1] - 1256:2
**45** [1] - 1204:18
**45,000** [4] - 1204:12, 1204:16, 1204:22, 1211:1
**48** [2] - 1231:16, 1289:23

## 5

**5** [31] - 1180:11, 1187:5, 1187:11, 1187:17, 1201:1, 1203:11, 1223:4, 1223:11, 1224:6, 1224:10, 1224:13, 1225:6, 1225:18, 1228:5, 1228:8, 1228:15, 1232:8, 1232:12, 1232:20, 1234:11, 1235:8, 1239:17, 1239:20, 1241:5, 1243:12, 1243:24, 1247:1, 1247:8, 1247:23, 1248:8, 1248:23
**5,000** [2] - 1200:16, 1289:21
**5.3** [1] - 1223:4
**5.61** [1] - 1265:15
**50** [1] - 1242:9
**50,000** [1] - 1241:16
**500** [8] - 1181:14, 1184:20, 1209:18, 1209:21, 1209:24,

1209:25, 1210:17, 1210:20

**5000** [1] - 1182:6
**501** [1] - 1181:4
**504** [1] - 1184:21
**51** [2] - 1195:14, 1226:20
**51,500** [1] - 1195:16
**53** [2] - 1242:3, 1255:19
**53,000** [28] - 1187:10, 1190:9, 1194:13, 1194:22, 1194:24, 1195:4, 1196:5, 1199:18, 1199:24, 1200:21, 1201:3, 1203:7, 1204:14, 1205:1, 1205:9, 1208:21, 1211:2, 1223:20, 1226:21, 1228:14, 1231:18, 1246:9, 1246:16, 1247:15, 1247:21, 1248:1, 1249:8, 1249:16
**53,000-barrel** [1] - 1248:12
**54,000** [1] - 1195:14
**556** [1] - 1180:19
**56,000** [1] - 1195:25
**58,000** [1] - 1231:16
**589-7776** [1] - 1184:21
**59** [1] - 1195:10
**59,000** [1] - 1226:20
**5:00** [1] - 1240:5

**6**

**6** [5] - 1215:10, 1215:18, 1226:15, 1233:19
**6.35** [1] - 1264:6
**6.5** [3] - 1248:20, 1248:25, 1250:14
**60** [8] - 1188:15, 1188:16, 1217:6, 1217:9, 1241:24, 1242:4, 1242:9, 1293:4
**60,000** [4] - 1196:19, 1197:5, 1198:2, 1242:10
**600** [4] - 1180:22, 1181:7, 1226:18, 1271:21
**602** [1] - 1184:17
**60654** [1] - 1182:14
**6192** [1] - 1225:7

**62,000** [6] - 1187:9, 1190:8, 1195:10, 1201:4, 1203:6, 1228:13
**63** [1] - 1242:3
**63,000** [1] - 1255:19
**63,000-barrel** [1] - 1231:24
**6500** [1] - 1268:12
**655** [1] - 1182:17
**6th** [1] - 1214:3

**7**

**7** [4] - 1180:5, 1186:2, 1213:20, 1233:19
**70** [1] - 1303:22
**700** [2] - 1180:25, 1271:19
**701** [2] - 1181:10, 1182:6
**70112** [1] - 1183:8
**70113** [1] - 1180:17
**70130** [3] - 1181:2, 1181:11, 1184:20
**70139** [1] - 1182:7
**70163** [1] - 1183:17
**70502-3668** [1] - 1180:20
**70601** [1] - 1181:5
**70th** [1] - 1303:13
**75270** [1] - 1182:25
**7611** [1] - 1181:22
**77002** [1] - 1183:19
**77010** [1] - 1183:4
**78711-2548** [1] - 1184:6
**7th** [1] - 1214:18

**8**

**8,000** [3] - 1206:7, 1259:4, 1289:23
**800,000** [1] - 1222:8
**812,000** [1] - 1189:23
**820** [1] - 1180:16
**85** [3] - 1199:19, 1232:16, 1244:11
**86** [5] - 1229:6, 1232:2, 1234:14, 1235:7, 1250:8
**86-day** [1] - 1234:24
**8600** [1] - 1257:11
**8639** [1] - 1215:21
**87** [2] - 1248:21, 1301:13
**89** [1] - 1188:3

**8th** [20] - 1188:25, 1189:2, 1189:3, 1202:1, 1203:13, 1203:14, 1204:5, 1205:13, 1205:18, 1206:6, 1206:12, 1207:1, 1211:3, 1214:18, 1214:19, 1214:21, 1256:19, 1256:24, 1257:2, 1258:4

**9**

**9** [1] - 1303:6
**9,000** [1] - 1206:7
**90** [3] - 1186:12, 1188:2, 1216:4
**90071** [1] - 1182:20
**90071-1560** [1] - 1183:24
**94,000** [1] - 1203:2
**9491** [1] - 1195:7
**9916.3.1.US** [1] - 1281:10
**9916.4.1.US** [1] - 1281:10
**9th** [6] - 1214:21, 1215:1, 1273:22, 1302:23, 1303:1, 1303:5

**A**

**AB** [1] - 1181:14
**abandoning** [1] - 1226:5
**abandonment** [1] - 1286:8
**abates** [1] - 1217:14
**ability** [4] - 1232:3, 1256:7, 1271:23, 1308:13
**able** [17] - 1189:2, 1192:5, 1197:16, 1209:3, 1230:8, 1231:4, 1233:1, 1234:3, 1237:18, 1240:11, 1243:18, 1259:18, 1261:13, 1284:16, 1293:16, 1303:15, 1303:17
**above** [8] - 1193:20, 1199:23, 1239:19, 1240:1, 1258:2, 1266:18, 1308:14
**above-entitled** [1] - 1308:14
**absence** [1] -

1248:19
**absolute** [1] - 1288:17
**absolutely** [1] - 1289:3
**academic** [1] - 1225:16
**academics** [1] - 1224:10
**accelerated** [1] - 1254:21
**accept** [3] - 1247:19, 1292:11, 1293:25
**acceptable** [1] - 1223:3
**acceptance** [1] - 1290:10
**accepted** [1] - 1295:10
**access** [1] - 1280:9
**accident** [1] - 1240:8
**according** [2] - 1231:12, 1231:14
**account** [9] - 1228:4, 1236:14, 1238:3, 1238:13, 1240:23, 1243:7, 1249:9, 1269:17, 1272:9
**accountability** [1] - 1195:13
**accounted** [6] - 1232:21, 1243:21, 1245:4, 1245:8, 1245:21, 1272:5
**accounts** [2] - 1253:12, 1269:20
**accuracy** [4] - 1241:1, 1306:13, 1306:15, 1306:24
**accurate** [4] - 1200:13, 1214:16, 1219:1, 1238:24
**acknowledge** [2] - 1243:11, 1249:24
**acknowledged** [2] - 1259:2, 1269:13
**acknowledges** [3] - 1238:3, 1250:15, 1252:14
**acknowledging** [4] - 1232:13, 1244:12, 1247:5, 1247:8
**acoustics** [1] - 1239:9
**across** [2] - 1257:16, 1279:6
**Act** [1] - 1217:5
**action** [10] - 1187:8, 1187:22, 1191:23, 1192:13, 1202:6,

1202:9, 1226:6, 1286:20, 1295:8, 1295:11
**activities** [2] - 1278:15, 1298:12
**activity** [2] - 1230:1, 1288:3
**actual** [1] - 1196:9, 1211:2
**actually** [17] - 1199:3, 1236:1, 1250:5, 1254:4, 1254:20, 1259:9, 1261:25, 1262:8, 1262:24, 1278:23, 1281:22, 1282:14, 1291:15, 1299:14, 1302:12, 1305:15
**Adam** [1] - 1195:8
**add** [4] - 1204:23, 1228:14, 1288:11, 1290:18
**added** [2] - 1187:11, 1199:16
**adding** [1] - 1292:14
**addition** [3] - 1213:9, 1257:19, 1278:20
**additional** [1] - 1266:16
**address** [1] - 1237:13
**addressed** [1] - 1201:13
**adjusted** [1] - 1191:4
**adjustment** [3] - 1236:25, 1240:20, 1269:12
**administration** [2] - 1192:23, 1192:25
**Admiral** [5] - 1195:2, 1195:4, 1200:11, 1223:14, 1236:10
**admit** [2] - 1209:2, 1209:10, 1248:24
**admits** [2] - 1210:22, 1212:6, 1236:25
**advancing** [1] - 1255:20
**advisor** [1] - 1278:5
**advisors** [1] - 1191:6
**Advisory** [1] - 1278:11
**advisory** [1] - 1278:12
**affect** [3] - 1232:3, 1245:3, 1263:6
**affects** [2] - 1237:22, 1271:21
**after** [36] - 1189:1, 1189:8, 1189:10,

1202:17, 1204:5, 1209:2, 1209:6, 1209:7, 1209:21, 1226:17, 1229:3, 1229:12, 1232:9, 1233:3, 1233:21, 1234:1, 1234:2, 1239:4, 1240:2, 1246:20, 1249:21, 1250:23, 1251:9, 1251:24, 1252:11, 1253:6, 1266:8, 1268:11, 1268:16, 1269:9, 1286:9, 1295:6, 1303:1, 1303:8, 1303:14, 1303:25

**again** [25] - 1186:14, 1190:7, 1197:3, 1198:21, 1200:9, 1205:25, 1209:8, 1210:22, 1213:14, 1215:22, 1221:21, 1222:8, 1223:25, 1224:16, 1226:5, 1226:24, 1227:21, 1228:1, 1228:6, 1238:7, 1243:6, 1266:9, 1292:22, 1301:20, 1307:17

**Again** [1] - 1208:2

**age** [1] - 1265:10

**agencies** [1] - 1278:15

**agenda** [1] - 1192:25

**ago** [3] - 1246:23, 1267:14, 1277:24

**agree** [8] - 1208:3, 1212:9, 1216:5, 1243:24, 1261:8, 1289:5, 1289:6, 1295:7

**agreed** [4] - 1237:6, 1289:7, 1295:17, 1302:6

**agreement** [3] - 1198:24, 1205:12, 1226:21

**agrees** [4] - 1237:4, 1237:8, 1237:9, 1237:10

**ahead** [2] - 1287:15, 1308:1

**aid** [1] - 1275:5

**aiming** [1] - 1293:23

**air** [7] - 1200:5, 1234:8, 1234:24, 1235:1, 1235:2, 1235:8

**AL** [2] - 1180:8,

1180:10

**ALABAMA** [1] - 1181:12

**ALAN** [1] - 1183:2

**Albuquerque** [1] - 1306:3

**algebra** [1] - 1212:1

**all** [83] - 1186:15, 1186:20, 1186:21, 1187:16, 1191:7, 1196:4, 1196:5, 1196:16, 1197:22, 1198:16, 1200:6, 1208:18, 1209:6, 1218:3, 1218:15, 1221:7, 1221:12, 1222:25, 1223:2, 1223:11, 1223:18, 1228:17, 1230:14, 1230:18, 1231:9, 1231:10, 1234:8, 1234:14, 1235:25, 1240:18, 1240:22, 1244:15, 1245:7, 1245:20, 1246:4, 1246:5, 1247:3, 1249:4, 1249:7, 1251:12, 1251:15, 1256:16, 1260:10, 1260:11, 1260:12, 1261:13, 1270:7, 1270:20, 1271:9, 1272:12, 1272:14, 1272:22, 1277:1, 1281:15, 1285:17, 1286:15, 1287:5, 1288:14, 1289:24, 1291:1, 1291:11, 1291:13, 1292:11, 1292:12, 1292:21, 1294:9, 1296:3, 1297:25, 1300:1, 1301:20, 1301:22, 1301:23, 1301:24, 1302:4, 1302:8, 1302:13, 1305:24, 1307:11, 1308:1, 1308:3

**ALLAN** [1] - 1181:9

**ALLEN** [1] - 1184:1

**Allen** [4] - 1223:14, 1285:22, 1286:10, 1303:24

**Allen's** [1] - 1236:10

**allotted** [1] - 1186:15

**allow** [2] - 1208:23, 1295:18

**allowed** [5] - 1196:17, 1201:7, 1208:18, 1220:2,

1231:1

**allowing** [1] - 1208:20

**allows** [5] - 1229:13, 1235:4, 1260:25, 1271:15

**almost** [3] - 1226:8, 1254:1, 1301:20

**along** [3] - 1205:20, 1234:3, 1260:1

**alphabetical** [2] - 1187:15, 1199:15

**already** [3] - 1188:20, 1228:2, 1282:7

**also** [29] - 1189:3, 1192:10, 1195:15, 1197:2, 1198:15, 1203:20, 1207:21, 1208:15, 1211:9, 1215:12, 1233:12, 1242:8, 1243:1, 1252:8, 1252:10, 1253:3, 1258:16, 1258:18, 1260:25, 1261:2, 1264:8, 1271:15, 1279:14, 1283:19, 1291:16, 1301:4, 1301:6, 1304:16, 1307:13

**alter** [1] - 1301:10

**altered** [1] - 1277:9

**alternative** [1] - 1213:11

**alternatives** [1] - 1203:19

**although** [1] - 1244:4

**always** [6] - 1198:25, 1277:17, 1277:18, 1295:1, 1302:14, 1306:8

**ambiguous** [1] - 1261:24

**AMERICA** [7] - 1180:9, 1182:1, 1182:2, 1182:2, 1182:3, 1182:4, 1182:5

**American** [1] - 1277:25

**among** [1] - 1224:9

**amount** [16] - 1224:4, 1225:12, 1227:7, 1229:14, 1229:23, 1233:10, 1240:7, 1254:23, 1256:23, 1258:9, 1261:15, 1263:12, 1288:9, 1292:13, 1302:5, 1305:12

**amounts** [1] - 1218:25

**ANADARKO** [2] - 1183:5, 1183:6

**Anadarko** [1] - 1228:20

**analog** [1] - 1214:12

**analogy** [2] - 1217:24, 1234:20

**analyses** [5] - 1280:25, 1281:9, 1281:17, 1297:11

**Analysis** [1] - 1254:15

**analysis** [18] - 1203:19, 1203:22, 1205:8, 1213:2, 1237:15, 1239:12, 1244:25, 1254:14, 1261:2, 1261:3, 1261:8, 1275:12, 1277:19, 1278:5, 1288:7, 1288:9, 1288:14

**analyst** [2] - 1283:5, 1283:9

**analysts** [1] - 1290:15

**analyze** [3] - 1203:23, 1243:17, 1269:14

**analyzed** [3] - 1240:16, 1252:23, 1271:13

**AND** [3] - 1180:7, 1183:14, 1273:7

**and/or** [1] - 1239:12

**ANDREW** [1] - 1182:11

**Angeles** [2] - 1182:20, 1183:24

**angle** [2] - 1255:3, 1255:6

**animate** [5] - 1213:6, 1213:12, 1213:14, 1224:14, 1224:16

**animation** [3] - 1206:16, 1213:4, 1224:12

**ANNA** [1] - 1181:20

**announce** [1] - 1240:11

**announced** [2] - 1244:23, 1293:2

**annual** [1] - 1302:20

**annular** [2] - 1208:4, 1251:5

**annulus** [3] - 1244:14, 1244:21, 1245:6

**another** [10] - 1189:4, 1196:21, 1221:18, 1238:19, 1246:1, 1260:19, 1272:1, 1284:1, 1288:11, 1295:19

**answer** [3] - 1187:5, 1187:20, 1282:25

**answers** [1] - 1192:25

**ANTHONY** [1] - 1181:1

**anticipate** [2] - 1307:3, 1307:4

**any** [23] - 1186:11, 1192:17, 1196:1, 1196:9, 1203:24, 1207:15, 1208:23, 1209:4, 1234:10, 1238:11, 1244:4, 1246:25, 1248:18, 1266:4, 1267:8, 1270:4, 1278:1, 1280:22, 1291:22, 1294:1, 1294:3, 1298:22, 1307:16

**anybody** [3] - 1215:16, 1287:13, 1303:3

**anything** [5] - 1216:16, 1232:1, 1236:20, 1298:16, 1302:10

**anyway** [1] - 1262:11

**appear** [2] - 1199:11, 1230:5

**appearance** [1] - 1252:15

**APPEARANCES** [1] - 1180:14

**appeared** [1] - 1252:15

**appears** [2] - 1230:12, 1252:4

**applies** [1] - 1217:5

**apply** [2] - 1195:6, 1244:4

**applying** [1] - 1194:1

**appreciate** [1] - 1241:5

**approach** [18] - 1199:4, 1229:15, 1232:6, 1232:23, 1232:25, 1233:1, 1237:5, 1262:2, 1265:20, 1267:23, 1270:10, 1270:16, 1270:23, 1271:7, 1271:18, 1301:18, 1302:7, 1302:15

**approaches** [2] - 1239:2, 1300:23

**appropriate** [10] - 1188:8, 1202:2, 1225:10, 1236:25, 1237:5, 1237:25, 1243:14, 1257:13, 1257:20, 1262:2

**appropriately** [1] - 1269:17

**approved** [1] - 1190:16

**approximate** [1] - 1224:8, 1238:14, 1238:16

**approximately** [4] - 1239:17, 1248:2, 1248:6, 1273:22

**APRIL** [1] - 1180:5

**April** [20] - 1189:8, 1189:9, 1201:18, 1203:14, 1211:3, 1230:4, 1233:2, 1233:7, 1233:12, 1251:11, 1251:14, 1251:25, 1252:1, 1253:9, 1256:19, 1256:24, 1257:2, 1273:18, 1273:19

**are** [127] - 1187:14, 1187:17, 1187:21, 1188:1, 1189:21, 1190:3, 1191:10, 1192:14, 1194:16, 1194:21, 1194:23, 1195:7, 1197:25, 1198:8, 1199:7, 1199:22, 1199:25, 1200:1, 1200:20, 1200:22, 1203:1, 1204:7, 1205:8, 1206:1, 1209:18, 1210:11, 1210:12, 1212:6, 1212:22, 1213:13, 1214:19, 1216:3, 1216:10, 1216:19, 1216:24, 1217:6, 1218:19, 1219:24, 1220:16, 1221:8, 1222:15, 1224:19, 1225:12, 1225:17, 1226:2, 1226:10, 1227:16, 1227:20, 1229:6, 1229:20, 1230:2, 1230:9, 1232:1, 1232:2, 1233:12, 1233:13, 1233:21, 1233:22, 1235:9, 1235:11, 1235:12,

1235:15, 1236:2, 1236:6, 1237:2, 1237:16, 1237:17, 1238:4, 1238:14, 1238:16, 1240:10, 1241:12, 1242:2, 1242:6, 1244:17, 1246:10, 1249:25, 1250:2, 1251:13, 1252:1, 1252:2, 1253:20, 1254:5, 1254:12, 1254:18, 1257:20, 1258:5, 1258:10, 1260:4, 1260:5, 1260:18, 1261:18, 1263:5, 1263:22, 1264:4, 1264:7, 1264:9, 1266:7, 1267:5, 1267:9, 1267:10, 1269:8, 1269:10, 1270:7, 1274:19, 1275:9, 1276:25, 1277:1, 1277:7, 1278:22, 1279:6, 1282:4, 1282:6, 1283:3, 1288:5, 1289:19, 1290:8, 1302:13, 1306:8

**area** [8] - 1236:1, 1249:20, 1254:9, 1259:20, 1261:6, 1263:5, 1263:15, 1264:17

**areas** [13] - 1236:2, 1250:20, 1257:6, 1262:23, 1274:12, 1274:13, 1274:15, 1274:18, 1274:19, 1274:25, 1276:8, 1277:17, 1278:4

**arguing** [1] - 1220:4

**around** [44] - 1187:17, 1189:12, 1190:7, 1194:22, 1196:5, 1197:19, 1200:6, 1203:6, 1208:19, 1209:22, 1222:20, 1223:11, 1224:10, 1232:8, 1241:12, 1241:24, 1253:5, 1255:23, 1257:11, 1258:4, 1264:6, 1264:25, 1265:2, 1268:2, 1268:12, 1274:6, 1274:11, 1276:19, 1276:25, 1278:2, 1278:6, 1280:21, 1282:3, 1282:17,

1287:22, 1289:12, 1293:12, 1293:20, 1293:24, 1294:24, 1296:9, 1306:2

**arrive** [3] - 1230:24, 1241:4, 1277:20

**arrived** [3] - 1224:8, 1279:18, 1301:19

**Art** [4] - 1242:15, 1297:6, 1297:7, 1297:11

**article** [1] - 1202:17

**AS** [1] - 1273:7

**ASBILL** [1] - 1183:18

**aside** [1] - 1297:20

**ask** [16] - 1218:13, 1218:18, 1228:11, 1280:25, 1282:10, 1283:3, 1286:1, 1286:15, 1286:17, 1290:16, 1291:1, 1296:20, 1304:2, 1305:6, 1306:13, 1306:21

**asked** [17] - 1234:19, 1248:22, 1278:10, 1279:13, 1279:14, 1281:1, 1281:8, 1282:21, 1285:9, 1291:3, 1291:4, 1291:6, 1297:1, 1297:7, 1303:18, 1304:12, 1304:19

**assemble** [1] - 1279:15

**assembled** [3] - 1192:17, 1285:15, 1292:20

**assembly** [1] - 1247:7

**assess** [1] - 1289:1

**assessment** [2] - 1225:14, 1302:20

**assessments** [2] - 1225:16, 1299:22

**asset** [1] - 1260:23

**ASSET** [1] - 1180:7

**assets** [1] - 1259:12

**assigned** [2] - 1298:10, 1298:12

**assignment** [1] - 1278:18

**assistance** [2] - 1192:17, 1281:8

**ASSISTANT** [1] - 1184:5

**associate** [1] - 1281:13

**associated** [1] - 1192:12

**assume** [3] - 1204:13, 1238:12, 1246:19

**assumed** [5] - 1201:18, 1231:19, 1231:20, 1232:4, 1232:15

**assumes** [10] - 1201:16, 1204:12, 1204:17, 1205:4, 1206:10, 1206:13, 1211:1, 1211:3, 1236:4, 1255:25

**assuming** [7] - 1204:11, 1205:1, 1233:17, 1244:10, 1244:13, 1246:4, 1246:14

**assumption** [15] - 1195:4, 1199:23, 1200:21, 1201:21, 1204:20, 1204:22, 1204:23, 1204:25, 1215:10, 1231:22, 1240:21, 1240:25, 1246:14, 1247:22, 1260:11

**assumptions** [11] - 1192:7, 1204:15, 1205:11, 1209:23, 1211:23, 1212:13, 1215:3, 1232:1, 1236:3, 1236:14, 1267:5

**assurance** [2] - 1195:12, 1306:17

**assure** [1] - 1240:25

**at** [198] - 1187:9, 1187:14, 1187:17, 1187:23, 1188:9, 1188:14, 1188:16, 1188:17, 1188:21, 1188:22, 1190:7, 1190:9, 1192:15, 1193:7, 1193:9, 1194:8, 1194:18, 1196:8, 1198:17, 1199:11, 1199:15, 1199:16, 1199:21, 1200:3, 1200:6, 1200:18, 1200:24, 1201:4, 1201:8, 1203:7, 1204:4, 1204:18, 1205:5, 1205:9, 1205:11, 1205:17, 1206:12, 1206:24, 1206:25, 1209:17, 1209:20, 1209:25, 1210:2, 1210:3, 1211:3,

1213:24, 1213:25, 1216:12, 1217:6, 1217:9, 1217:13, 1221:12, 1222:17, 1223:11, 1223:23, 1224:8, 1226:11, 1227:2, 1227:17, 1228:4, 1228:5, 1228:11, 1229:11, 1229:12, 1230:6, 1230:24, 1231:4, 1233:4, 1234:10, 1235:24, 1237:2, 1237:5, 1239:6, 1239:7, 1239:8, 1239:9, 1239:21, 1240:2, 1240:20, 1240:22, 1241:4, 1241:8, 1242:5, 1242:14, 1245:14, 1246:10, 1246:22, 1246:24, 1248:8, 1248:19, 1248:21, 1249:4, 1249:7, 1249:20, 1250:15, 1250:20, 1251:7, 1251:14, 1251:25, 1252:16, 1252:22, 1253:3, 1253:13, 1253:20, 1253:22, 1254:24, 1255:13, 1255:18, 1256:12, 1256:15, 1258:4, 1258:23, 1259:10, 1260:20, 1260:24, 1261:6, 1261:19, 1261:21, 1262:1, 1262:12, 1263:3, 1264:2, 1264:19, 1265:6, 1265:10, 1265:23, 1266:1, 1267:5, 1268:6, 1268:7, 1268:17, 1268:24, 1269:7, 1269:15, 1269:18, 1269:19, 1270:6, 1270:19, 1271:9, 1273:24, 1274:11, 1275:23, 1276:2, 1276:7, 1276:9, 1276:24, 1277:20, 1278:15, 1279:7, 1281:5, 1283:1, 1283:2, 1284:8, 1284:10, 1284:11, 1284:12, 1285:25, 1286:1, 1287:1, 1287:8, 1288:13, 1288:16, 1288:22, 1289:9, 1289:13, 1289:21, 1289:23,

1290:13, 1291:1, 1292:8, 1293:8, 1293:11, 1293:16, 1293:18, 1294:10, 1294:24, 1295:16, 1295:21, 1297:4, 1299:18, 1299:20, 1299:24, 1301:6, 1301:19, 1302:11, 1302:22, 1302:25, 1305:9, 1305:23, 1306:1, 1308:2

**atmosphere** [1] - 1217:9

**attempt** [1] - 1291:23

**attempted** [1] - 1269:14

**attempts** [3] - 1238:23, 1291:22, 1291:24

**attended** [1] - 1215:15

**ATTORNEY** [4] - 1181:12, 1184:3, 1184:5, 1184:10

**August** [12] - 1232:9, 1232:20, 1234:2, 1239:18, 1239:22, 1244:8, 1244:20, 1245:8, 1268:13, 1300:17, 1302:8, 1302:9

**Austin** [1] - 1184:6

**author** [3] - 1242:16, 1244:2, 1265:6

**automatic** [1] - 1198:14

**available** [9] - 1233:2, 1233:6, 1233:25, 1238:23, 1239:5, 1239:15, 1245:7, 1251:22, 1280:2

**Ave** [4] - 1180:16, 1181:14, 1182:9, 1183:23

**Avenue** [1] - 1184:1

**aware** [2] - 1229:21, 1289:6

**away** [1] - 1230:18, 1232:4

**awhile** [1] - 1211:13

**axis** [5] - 1187:15, 1194:20, 1209:14, 1264:10

### B

**B** [5] - 1256:18,

---

1256:19, 1257:1, 1258:3

**bachelors** [2] - 1275:19, 1275:20

**back** [48] - 1186:16, 1194:21, 1195:9, 1196:4, 1197:17, 1198:5, 1199:21, 1203:12, 1203:15, 1205:19, 1206:4, 1206:5, 1208:25, 1209:19, 1216:18, 1220:20, 1227:11, 1227:19, 1231:19, 1236:17, 1237:3, 1245:11, 1245:23, 1246:4, 1249:24, 1249:25, 1250:2, 1251:12, 1254:14, 1255:5, 1255:21, 1255:22, 1257:6, 1258:2, 1266:9, 1279:12, 1280:8, 1286:23, 1286:24, 1291:17, 1292:3, 1295:24, 1296:17, 1296:19, 1299:8, 1304:18, 1308:2

**background** [1] - 1275:18

**backtracking** [1] - 1241:18

**backward** [1] - 1253:4

**bad** [4] - 1222:23, 1243:10, 1289:16, 1307:9

**balance** [23] - 1211:8, 1211:9, 1211:11, 1211:17, 1216:19, 1216:20, 1220:23, 1221:6, 1221:11, 1221:13, 1221:15, 1223:10, 1227:23, 1229:22, 1229:23, 1232:23, 1233:1, 1233:4, 1234:18, 1234:21, 1235:4, 1235:16, 1299:5

**Ballard** [1] - 1195:8

**balloon** [2] - 1200:5

**band** [1] - 1270:13

**bangs** [2] - 1205:22, 1206:6

**bar** [7] - 1231:12, 1244:4, 1244:6, 1248:22, 1248:23, 1249:10, 1258:12

**BARBIER** [1] -

---

1180:12

**barely** [1] - 1197:10

**BARR** [1] - 1180:22

**barrel** [14] - 1212:8, 1216:25, 1217:8, 1217:12, 1217:13, 1217:16, 1217:17, 1218:20, 1226:21, 1232:13, 1243:24, 1249:10, 1250:14, 1261:21

**barrel-per-day** [1] - 1226:21

**barrels** [116] - 1187:5, 1187:9, 1187:10, 1187:11, 1187:16, 1187:17, 1189:23, 1189:25, 1190:1, 1190:8, 1190:9, 1190:10, 1190:11, 1194:13, 1194:20, 1194:22, 1194:24, 1195:4, 1195:10, 1195:16, 1195:25, 1196:5, 1196:19, 1197:1, 1197:5, 1197:12, 1197:13, 1197:20, 1198:2, 1199:16, 1199:18, 1199:24, 1200:21, 1201:1, 1201:3, 1201:4, 1201:19, 1201:21, 1203:6, 1203:7, 1203:11, 1204:9, 1204:12, 1204:14, 1204:16, 1204:17, 1204:19, 1204:22, 1204:23, 1205:1, 1205:9, 1208:21, 1211:1, 1211:2, 1212:8, 1212:11, 1216:15, 1217:6, 1217:14, 1220:9, 1220:13, 1221:5, 1222:7, 1223:4, 1223:11, 1223:18, 1223:20, 1223:23, 1224:6, 1224:11, 1224:13, 1224:14, 1225:6, 1225:18, 1225:25, 1227:5, 1228:6, 1228:9, 1228:13, 1228:14, 1228:15, 1229:24, 1231:16, 1231:18, 1232:9, 1232:20, 1239:18, 1239:20, 1242:10, 1243:13, 1243:16, 1247:15,

---

1247:21, 1247:24, 1248:4, 1248:7, 1248:8, 1248:21, 1248:23, 1249:1, 1255:14, 1255:19, 1255:23, 1256:2, 1256:3, 1256:8, 1260:4, 1261:9, 1261:11, 1268:2, 1289:24

**BARRY** [1] - 1182:12

**base** [10] - 1215:23, 1215:24, 1222:4, 1222:5, 1222:9, 1222:20, 1226:14, 1226:15, 1262:25, 1265:15

**based** [29] - 1203:15, 1211:22, 1213:2, 1214:11, 1215:25, 1221:3, 1229:2, 1229:20, 1230:25, 1232:1, 1242:12, 1242:18, 1247:4, 1247:5, 1250:25, 1253:18, 1256:8, 1256:9, 1258:12, 1261:11, 1262:6, 1265:14, 1266:23, 1267:23, 1271:23, 1289:19, 1289:24, 1297:19

**basic** [2] - 1229:13, 1236:23

**basically** [28] - 1231:18, 1241:19, 1256:8, 1257:4, 1257:22, 1261:4, 1270:18, 1276:4, 1277:10, 1279:16, 1282:1, 1283:18, 1287:22, 1288:22, 1289:12, 1289:20, 1290:13, 1292:5, 1292:18, 1293:21, 1294:13, 1295:14, 1297:17, 1299:21, 1300:21, 1301:7, 1301:23, 1305:2

**basis** [8] - 1232:24, 1233:5, 1238:2, 1240:23, 1243:21, 1248:18, 1267:15, 1285:20

**Baylen** [1] - 1180:22

**be** [159] - 1186:6, 1186:8, 1188:6, 1188:11, 1188:17, 1190:16, 1190:19, 1190:24, 1191:8,

---

1191:19, 1193:22, 1200:18, 1200:20, 1205:24, 1208:8, 1208:23, 1212:20, 1212:24, 1213:16, 1213:20, 1216:9, 1216:22, 1217:17, 1219:6, 1220:2, 1220:4, 1220:8, 1221:3, 1221:22, 1224:22, 1228:21, 1229:18, 1230:8, 1230:10, 1230:19, 1232:12, 1233:9, 1235:21, 1237:17, 1237:18, 1238:24, 1240:11, 1240:17, 1241:11, 1242:25, 1243:4, 1243:13, 1243:17, 1245:20, 1245:24, 1245:25, 1246:6, 1246:10, 1247:7, 1247:22, 1248:3, 1248:25, 1249:13, 1249:17, 1249:19, 1249:21, 1250:15, 1253:14, 1253:15, 1253:24, 1254:10, 1254:11, 1254:17, 1255:6, 1255:11, 1255:12, 1255:16, 1257:8, 1257:15, 1257:19, 1258:5, 1259:18, 1260:5, 1260:18, 1260:19, 1261:10, 1261:22, 1262:3, 1262:23, 1263:12, 1264:8, 1264:11, 1264:14, 1264:15, 1264:16, 1264:25, 1265:23, 1266:12, 1268:20, 1269:19, 1269:21, 1271:22, 1271:24, 1272:5, 1277:9, 1279:9, 1281:3, 1281:4, 1281:14, 1281:17, 1282:2, 1282:3, 1282:19, 1282:21, 1282:25, 1283:5, 1283:23, 1284:18, 1285:17, 1286:2, 1286:20, 1287:11, 1287:19, 1287:20, 1287:21, 1288:4, 1288:23, 1289:5, 1289:17, 1290:14, 1291:18, 1292:22, 1293:4, 1294:16, 1294:18, 1294:19,

1295:6, 1296:9, 1296:25, 1297:1, 1297:11, 1297:15, 1297:16, 1297:17, 1297:24, 1298:20, 1300:1, 1301:9, 1301:21, 1302:17, 1302:18, 1302:19, 1305:12, 1305:19, 1306:12, 1306:21, 1307:16

**Beach** [1] - 1184:9
**bearing** [1] - 1245:13
**beautiful** [1] - 1186:10
**became** [9] - 1276:10, 1279:5, 1285:16, 1285:17, 1285:18, 1287:10, 1287:22, 1295:11, 1301:14
**because** [63] - 1190:18, 1191:17, 1192:14, 1194:7, 1197:11, 1197:21, 1198:22, 1198:25, 1200:2, 1200:22, 1202:7, 1203:25, 1204:8, 1205:11, 1209:9, 1210:22, 1211:22, 1213:13, 1214:12, 1216:3, 1216:10, 1217:20, 1218:16, 1219:19, 1219:22, 1220:23, 1228:6, 1229:1, 1230:7, 1233:1, 1244:10, 1249:9, 1254:25, 1255:17, 1257:5, 1261:25, 1262:16, 1263:16, 1264:13, 1268:3, 1271:20, 1271:22, 1279:5, 1279:20, 1287:8, 1287:16, 1289:14, 1289:16, 1292:10, 1294:18, 1294:22, 1295:6, 1296:5, 1296:19, 1296:22, 1297:2, 1302:13, 1302:16, 1303:15, 1305:16, 1306:23, 1307:9, 1307:21
**become** [7] - 1191:1, 1279:3, 1284:5, 1289:11, 1298:17, 1298:18, 1307:22
**becomes** [2] - 1242:8, 1306:8

**becoming** [2] - 1240:9, 1269:18
**been** [35] - 1188:14, 1188:15, 1188:25, 1189:1, 1210:2, 1211:6, 1223:6, 1225:13, 1231:25, 1239:22, 1240:18, 1241:7, 1243:16, 1244:15, 1245:7, 1244:21, 1244:1, 1245:5, 1247:17, 1247:20, 1248:2, 1250:4, 1263:2, 1264:12, 1265:25, 1275:4, 1277:17, 1278:22, 1284:15, 1287:7, 1296:11, 1304:19, 1304:20, 1305:10, 1307:3
**believable** [2] - 1239:11, 1239:20
**believe** [15] - 1189:11, 1203:24, 1232:25, 1251:10, 1266:1, 1280:23, 1281:25, 1282:12, 1283:13, 1284:7, 1285:18, 1288:5, 1302:15, 1302:16, 1305:1
**believes** [4] - 1210:20, 1262:1, 1267:12, 1271:3
**below** [5] - 1193:19, 1199:25, 1220:9, 1258:5, 1289:15
**bend** [1] - 1208:19
**benefit** [1] - 1271:3
**benge** [1] - 1207:21
**BENSON** [1] - 1181:19
**benzene** [2] - 1219:17, 1219:21
**best** [17] - 1210:20, 1232:6, 1237:11, 1246:5, 1248:8, 1265:2, 1267:19, 1267:21, 1268:3, 1277:6, 1285:25, 1295:14, 1304:23, 1306:19, 1307:22, 1308:13
**BETHANY** [1] - 1181:20
**better** [18] - 1191:4, 1191:16, 1216:6, 1232:23, 1232:25, 1235:10, 1241:13, 1242:23, 1279:15,

**behind** [4] - 1244:5, 1246:24, 1246:25, 1290:1
**being** [34] - 1189:12, 1197:1, 1197:12, 1197:13, 1200:13, 1205:23, 1213:5, 1220:9, 1226:12, 1229:20, 1231:14, 1236:11, 1240:24, 1242:21, 1244:1, 1245:5, 1247:17, 1247:20, 1248:2, 1250:4, 1263:2, 1264:12, 1265:25, 1275:4, 1277:17, 1278:22, 1284:15, 1287:7, 1296:11, 1304:19, 1304:20, 1305:10, 1307:3

**before** [41] - 1186:11, 1189:14, 1193:14, 1193:16, 1201:12, 1202:11, 1205:18, 1206:8, 1206:20, 1207:19, 1209:19, 1210:12, 1214:3, 1216:1, 1221:7, 1226:17, 1229:3, 1229:11, 1233:2, 1233:14, 1233:22, 1235:1, 1235:21, 1236:8, 1236:19, 1238:21, 1238:25, 1250:23, 1256:15, 1258:24, 1260:22, 1264:5, 1264:24, 1266:8, 1268:7, 1268:10, 1270:6, 1271:13, 1272:22, 1287:13, 1288:3
**BEFORE** [1] - 1180:12
**began** [2] - 1251:9, 1276:2
**beginning** [20] - 1187:9, 1187:23, 1188:17, 1188:21, 1199:15, 1200:2, 1200:4, 1200:18, 1206:5, 1206:25, 1209:19, 1228:4, 1228:12, 1240:8, 1240:16, 1242:14, 1260:22, 1268:7, 1285:13, 1302:22
**begun** [1] - 1244:20
**behalf** [2] - 1228:19, 1278:13

1280:9, 1280:16, 1281:3, 1281:6, 1281:7, 1293:11, 1293:12, 1295:19
**between** [22] - 1188:4, 1188:11, 1198:24, 1205:12, 1206:7, 1209:18, 1210:6, 1210:9, 1212:7, 1219:13, 1220:19, 1223:3, 1231:5, 1234:12, 1235:23, 1238:7, 1238:15, 1255:14, 1256:24, 1257:1, 1269:10, 1305:21
**beyond** [3] - 1274:13, 1282:13
**bias** [1] - 1214:10
**big** [13] - 1199:1, 1205:18, 1208:16, 1208:17, 1209:20, 1213:9, 1236:5, 1263:11, 1267:25, 1268:21, 1272:1, 1294:14, 1295:24
**bigger** [5] - 1208:23, 1208:24, 1235:10, 1235:11
**biggest** [4] - 1219:13, 1246:11, 1248:13, 1293:8
**Bill** [2] - 1241:15
**bill** [1] - 1242:3
**BINGHAM** [1] - 1183:9
**bit** [18] - 1187:23, 1188:9, 1191:9, 1200:1, 1200:22, 1201:11, 1230:23, 1237:16, 1240:9, 1241:17, 1241:21, 1254:25, 1255:4, 1256:5, 1259:6, 1262:17, 1273:24, 1276:22
**black** [1] - 1203:1
**bled** [2] - 1206:11, 1211:3
**blew** [2] - 1189:1, 1206:14
**blind** [2] - 1251:9, 1251:10
**blocks** [5] - 1207:5, 1208:16, 1290:7, 1290:18
**blowing** [1] - 1291:10
**blowout** [19] - 1190:20, 1191:1,

1191:3, 1191:17, 1202:1, 1206:10, 1206:14, 1206:17, 1206:21, 1207:24, 1208:6, 1211:4, 1234:7, 1235:21, 1249:22, 1271:13, 1288:10, 1296:2, 1296:3
**blue** [3] - 1200:15, 1205:6, 1209:18
**Blunt** [1] - 1212:11
**blunt** [36] - 1204:24, 1211:9, 1211:24, 1212:25, 1216:20, 1216:22, 1218:8, 1218:13, 1218:18, 1221:12, 1229:9, 1233:1, 1233:6, 1233:9, 1234:3, 1235:17, 1235:24, 1236:24, 1237:1, 1237:6, 1237:11, 1258:20, 1258:21, 1259:2, 1259:11, 1260:3, 1260:12, 1260:20, 1261:2, 1261:17, 1261:22, 1268:19, 1269:12, 1269:15, 1270:9, 1272:3
**blunt's** [8] - 1212:16, 1218:7, 1220:22, 1227:23, 1237:9, 1259:16, 1262:5, 1267:23
**Blunt's** [1] - 1269:21
**Blvd** [1] - 1184:15
**Bly** [1] - 1208:3
**board** [1] - 1283:7
**Bob** [3] - 1214:25, 1266:22
**boiling** [2] - 1293:24, 1295:1
**BOLES** [1] - 1182:19
**bolted** [2] - 1295:23, 1295:24
**book** [1] - 1264:1
**BOP** [46] - 1188:25, 1189:10, 1194:8, 1201:15, 1202:6, 1202:7, 1202:22, 1203:1, 1203:20, 1203:21, 1203:23, 1204:2, 1204:8, 1205:13, 1206:1, 1206:4, 1206:8, 1206:9, 1206:12, 1206:21, 1207:5, 1208:11, 1208:13,

1208:20, 1209:9, 1223:9, 1227:10, 1237:23, 1244:14, 1244:22, 1244:24, 1244:25, 1245:11, 1246:13, 1246:15, 1247:6, 1250:21, 1251:24, 1252:8, 1252:10, 1257:14, 1258:1, 1258:4, 1258:5, 1258:6

**boss** [1] - 1195:13

**both** [17] - 1217:12, 1219:10, 1221:12, 1222:23, 1244:15, 1258:2, 1258:7, 1283:7, 1283:23, 1291:14, 1295:16, 1297:16, 1298:10, 1301:3, 1301:21, 1305:11, 1307:14

**bottle** [3] - 1217:24, 1218:2, 1218:14

**bottom** [10] - 1194:8, 1197:3, 1200:15, 1250:15, 1253:24, 1258:4, 1264:12, 1290:13, 1293:21, 1295:16

**bound** [11] - 1230:10, 1241:13, 1242:24, 1243:13, 1247:15, 1247:25, 1248:11, 1250:11, 1250:13, 1254:23, 1289:5

**boundaries** [1] - 1261:3

**bounded** [1] - 1255:23

**bounding** [1] - 1212:7

**bounds** [1] - 1247:21
**BOWMAN** [1] - 1182:23

**Box** [3] - 1181:22, 1181:25, 1184:5

**box** [2] - 1180:19, 1262:24

**boy** [1] - 1306:9
**boy's** [1] - 1212:22
**BP** [97] - 1180:10, 1182:1, 1182:2, 1182:3, 1182:3, 1182:4, 1182:4, 1187:8, 1187:21, 1189:24, 1190:13, 1191:25, 1192:7, 1193:2, 1195:3, 1195:12, 1196:4,

1196:11, 1198:16, 1200:11, 1200:13, 1202:9, 1207:17, 1209:20, 1210:3, 1213:19, 1213:23, 1214:7, 1214:22, 1215:1, 1215:16, 1215:23, 1216:10, 1218:24, 1220:14, 1223:14, 1224:21, 1225:8, 1225:23, 1228:19, 1229:1, 1231:2, 1233:21, 1236:17, 1243:2, 1249:14, 1260:22, 1264:24, 1266:1, 1266:7, 1266:9, 1266:15, 1267:1, 1280:2, 1280:7, 1280:19, 1280:22, 1280:23, 1281:13, 1283:9, 1285:16, 1285:21, 1286:14, 1286:15, 1286:19, 1286:22, 1288:4, 1289:5, 1289:6, 1290:6, 1290:14, 1290:16, 1290:20, 1290:24, 1290:25, 1291:1, 1293:9, 1295:7, 1295:17, 1298:4, 1298:8, 1298:10, 1298:14, 1298:18, 1298:22, 1301:21, 1303:20, 1304:2, 1304:3, 1304:15, 1305:4, 1305:13, 1306:1, 1306:3

**BP's** [21] - 1190:22, 1193:2, 1194:18, 1194:21, 1195:2, 1195:19, 1197:21, 1207:18, 1208:6, 1209:16, 1210:6, 1214:4, 1225:4, 1225:8, 1225:17, 1226:20, 1229:21, 1266:17, 1267:2, 1290:10

**BRAD** [1] - 1183:21
**BRANCH** [1] - 1181:24

**break** [1] - 1308:1
**breaks** [1] - 1262:1
**BRENNAN** [1] - 1183:18

**BRIAN** [2] - 1180:22, 1183:21

**BRIDGET** [1] -

1182:16

**brief** [1] - 1254:20
**briefly** [5] - 1250:19, 1253:19, 1258:10, 1273:25, 1304:18

**bring** [8] - 1215:6, 1228:24, 1250:17, 1254:8, 1263:22, 1281:10, 1285:23, 1304:13

**bringing** [2] - 1227:17, 1304:15
**brings** [2] - 1205:19, 1258:20

**broach** [1] - 1190:19
**Broad** [1] - 1181:4
**Broadway** [1] - 1180:25

**Brock** [3] - 1185:6, 1228:17, 1228:19
**BROCK** [3] - 1182:8, 1186:13, 1228:18

**broken** [1] - 1188:14
**brought** [6] - 1218:23, 1220:9, 1283:7, 1284:9, 1285:6, 1307:14

**BRUCE** [1] - 1182:23
**Budget** [2] - 1241:9, 1243:7

**build** [4] - 1221:21, 1266:3, 1268:18, 1306:18

**building** [4] - 1191:11, 1236:11, 1236:13, 1280:7
**builds** [1] - 1276:25
**buildup** [2] - 1191:12, 1191:13
**built** [1] - 1202:14
**bullet** [1] - 1221:2
**bump** [2] - 1201:6, 1201:8

**bunch** [1] - 1194:13
**BURLING** [1] - 1182:8

**burst** [1] - 1190:24
**business** [3] - 1251:12, 1259:1, 1271:2

**but** [122] - 1187:17, 1188:3, 1189:2, 1189:12, 1189:18, 1190:5, 1190:18, 1192:23, 1193:14, 1193:23, 1194:25, 1196:8, 1197:23, 1198:11, 1199:16, 1200:6, 1200:13, 1200:17, 1201:10,

1201:25, 1202:5, 1203:20, 1203:25, 1204:21, 1205:23, 1206:3, 1207:1, 1207:9, 1207:17, 1209:20, 1213:21, 1214:3, 1215:8, 1216:16, 1217:7, 1218:1, 1218:3, 1219:3, 1219:13, 1220:17, 1221:1, 1221:10, 1222:9, 1222:20, 1223:12, 1223:25, 1227:1, 1227:21, 1230:17, 1231:8, 1234:16, 1234:24, 1235:15, 1236:4, 1236:9, 1236:21, 1237:3, 1240:15, 1243:5, 1244:5, 1244:24, 1245:7, 1245:23, 1247:9, 1249:23, 1250:2, 1250:14, 1253:7, 1254:21, 1257:7, 1257:21, 1257:23, 1258:24, 1259:25, 1260:10, 1260:14, 1260:17, 1260:25, 1262:2, 1262:11, 1263:3, 1264:11, 1264:15, 1266:3, 1268:22, 1269:8, 1269:14, 1273:25, 1275:13, 1277:4, 1279:2, 1279:14, 1279:22, 1282:13, 1283:19, 1284:12, 1284:15, 1285:7, 1285:25, 1287:8, 1287:23, 1288:23, 1291:6, 1291:13, 1294:12, 1294:22, 1297:18, 1298:20, 1299:17, 1301:4, 1301:6, 1303:10, 1303:23, 1304:4, 1304:8, 1305:1, 1305:17, 1306:2, 1306:10, 1306:12, 1307:6, 1307:20

**butane** [4] - 1219:18, 1219:19, 1219:20, 1219:21

**by** [95] - 1181:9, 1184:22, 1184:23, 1185:12, 1187:7, 1187:9, 1189:2, 1190:12, 1192:22, 1193:5, 1194:9,

1195:8, 1197:25, 1199:18, 1204:11, 1204:21, 1207:9, 1210:3, 1212:12, 1214:18, 1214:19, 1217:11, 1217:15, 1218:9, 1218:22, 1220:21, 1226:5, 1227:23, 1228:13, 1229:6, 1229:8, 1229:10, 1230:9, 1232:24, 1233:5, 1233:14, 1233:15, 1233:22, 1233:23, 1235:16, 1235:20, 1238:2, 1238:20, 1238:22, 1239:6, 1239:25, 1240:7, 1240:15, 1240:17, 1240:20, 1240:21, 1240:23, 1241:18, 1242:13, 1243:21, 1253:8, 1261:24, 1263:22, 1264:2, 1264:5, 1266:19, 1269:22, 1271:1, 1271:13, 1272:2, 1275:19, 1277:18, 1278:10, 1278:21, 1279:11, 1283:17, 1284:9, 1284:15, 1285:3, 1287:7, 1288:4, 1288:5, 1289:5, 1290:12, 1290:14, 1290:20, 1290:24, 1291:22, 1291:24, 1292:14, 1293:15, 1295:3, 1296:6, 1296:10, 1299:4, 1300:24, 1305:16, 1307:5

**BY** [30] - 1180:3, 1180:16, 1180:18, 1180:22, 1180:24, 1181:1, 1181:4, 1181:6, 1181:13, 1181:17, 1181:24, 1182:5, 1182:8, 1182:11, 1182:15, 1182:19, 1182:22, 1183:2, 1183:7, 1183:10, 1183:15, 1183:18, 1183:21, 1184:4, 1184:8, 1184:11, 1184:14, 1184:17, 1273:14, 1303:7

**By** [2] - 1185:5, 1185:6

# C

**C** [2] - 1182:8, 1186:1
**CA** [2] - 1182:20, 1183:24
**cabin** [1] - 1275:16
**cabinet** [2] - 1241:9, 1295:9
**cables** [1] - 1189:1
**calculate** [10] - 1195:5, 1197:16, 1199:1, 1204:12, 1216:23, 1238:8, 1255:11, 1256:23, 1291:23, 1296:21
**calculated** [6] - 1195:10, 1231:25, 1289:18, 1290:14, 1298:17, 1298:19
**calculates** [1] - 1202:23
**calculation** [42] - 1193:8, 1193:23, 1195:22, 1196:1, 1196:2, 1196:12, 1196:18, 1229:6, 1229:8, 1229:10, 1230:25, 1231:10, 1231:11, 1235:8, 1237:18, 1237:25, 1238:15, 1242:12, 1242:22, 1243:24, 1256:8, 1256:9, 1261:9, 1261:20, 1268:21, 1271:15, 1282:22, 1282:23, 1293:6, 1293:15, 1297:2, 1297:14, 1297:16, 1297:19, 1297:20, 1297:21, 1297:22, 1298:3, 1298:4, 1298:5, 1298:6, 1298:8
**calculations** [27] - 1194:17, 1195:8, 1195:15, 1196:22, 1198:2, 1198:10, 1221:4, 1256:11, 1282:1, 1289:6, 1290:1, 1290:2, 1290:8, 1290:9, 1290:10, 1290:11, 1290:16, 1291:2, 1298:22, 1298:23, 1298:25, 1299:1, 1299:3, 1299:7, 1299:13, 1299:14, 1299:16

**calibrate** [1] - 1221:23
**calibrated** [3] - 1201:25, 1202:5, 1205:2
**calibrates** [1] - 1221:24
**calibration** [2] - 1222:3, 1223:1
**call** [19] - 1186:8, 1195:3, 1197:17, 1197:18, 1214:2, 1239:25, 1256:18, 1272:25, 1273:3, 1276:14, 1279:19, 1286:15, 1286:21, 1287:12, 1289:9, 1297:4, 1300:3, 1303:24, 1306:3
**called** [25] - 1193:22, 1209:11, 1211:8, 1213:3, 1217:8, 1253:18, 1254:2, 1256:1, 1258:6, 1275:3, 1275:5, 1276:25, 1277:25, 1278:11, 1279:13, 1283:5, 1283:13, 1284:13, 1284:19, 1292:20, 1292:23, 1294:25, 1296:4, 1296:5, 1304:11
**calling** [1] - 1216:10
**callout** [1] - 1224:4
**calls** [2] - 1222:23, 1302:6
**Calvert** [1] - 1207:19
**came** [29] - 1187:4, 1188:25, 1190:11, 1190:15, 1192:13, 1194:17, 1195:8, 1202:1, 1210:4, 1214:7, 1215:15, 1223:18, 1223:19, 1228:9, 1232:8, 1233:10, 1239:17, 1243:15, 1262:9, 1279:3, 1282:18, 1292:24, 1299:12, 1301:10, 1301:12, 1301:16, 1302:1, 1302:9, 1305:13
**Camp** [1] - 1181:10
**can** [138] - 1186:25, 1187:16, 1188:19, 1189:6, 1189:20, 1191:20, 1192:19, 1193:16, 1194:2, 1194:19, 1194:21, 1196:22, 1196:23,

1196:24, 1197:8, 1197:9, 1197:10, 1198:21, 1198:24, 1199:7, 1199:14, 1199:22, 1200:9, 1200:16, 1200:17, 1201:1, 1201:17, 1201:20, 1201:23, 1202:24, 1203:2, 1203:9, 1203:12, 1203:17, 1205:4, 1205:8, 1205:12, 1206:1, 1206:16, 1207:22, 1208:2, 1208:12, 1209:12, 1209:14, 1209:18, 1209:23, 1210:6, 1210:8, 1210:13, 1210:15, 1210:18, 1211:14, 1212:2, 1212:20, 1212:24, 1213:4, 1213:5, 1213:6, 1213:7, 1213:12, 1213:14, 1214:1, 1214:3, 1214:22, 1215:4, 1215:8, 1217:22, 1218:6, 1219:11, 1219:18, 1220:17, 1222:2, 1222:13, 1222:16, 1222:20, 1222:24, 1223:5, 1224:12, 1230:10, 1231:6, 1231:10, 1235:21, 1240:16, 1240:18, 1241:11, 1241:14, 1241:16, 1241:18, 1242:8, 1251:20, 1252:2, 1252:5, 1253:8, 1253:21, 1253:25, 1254:24, 1255:6, 1257:8, 1257:14, 1259:2, 1260:7, 1260:17, 1262:5, 1262:23, 1264:18, 1264:21, 1265:5, 1266:4, 1269:23, 1272:25, 1275:7, 1275:25, 1277:20, 1281:10, 1282:11, 1283:2, 1283:7, 1283:25, 1284:25, 1285:23, 1287:25, 1290:19, 1291:11, 1295:2, 1295:20, 1296:12, 1297:4, 1297:14, 1297:19, 1303:8, 1306:19, 1307:8
**can't** [8] - 1238:10,

1249:9, 1255:22, 1258:7, 1266:17, 1277:9, 1305:2, 1306:23
**Canebrake** [1] - 1184:15
**cannot** [7] - 1222:22, 1236:3, 1238:3, 1238:17, 1251:18, 1255:15, 1255:16
**cap** [3] - 1240:19, 1287:17, 1289:13
**capable** [1] - 1281:13
**capacity** [2] - 1286:4, 1293:14
**Capitol** [1] - 1184:12
**capping** [62] - 1188:23, 1189:13, 1189:14, 1189:22, 1190:12, 1191:2, 1191:8, 1191:15, 1191:16, 1192:5, 1192:19, 1193:7, 1193:12, 1194:2, 1194:12, 1195:9, 1195:20, 1198:7, 1198:17, 1201:9, 1201:25, 1203:3, 1203:10, 1213:24, 1214:4, 1215:13, 1215:20, 1216:12, 1221:24, 1223:8, 1223:22, 1226:11, 1227:1, 1231:1, 1238:21, 1238:25, 1239:2, 1239:4, 1265:22, 1268:11, 1268:24, 1269:11, 1286:6, 1287:15, 1287:24, 1292:1, 1292:9, 1295:5, 1295:7, 1295:10, 1295:11, 1295:12, 1295:18, 1295:21, 1296:20, 1297:8, 1298:22, 1298:23, 1299:1, 1299:3
**car** [1] - 1188:13
**cared** [1] - 1305:15
**career** [4] - 1276:2, 1276:19, 1300:20, 1302:13
**careful** [1] - 1236:11
**carefully** [4] - 1217:22, 1218:2, 1240:18, 1245:15
**CARL** [1] - 1180:12
**carries** [1] - 1206:4
**carrying** [1] -

1192:15
**cartoon** [1] - 1196:23
**case** [68] - 1188:10, 1192:6, 1192:21, 1205:1, 1206:18, 1211:24, 1214:20, 1215:2, 1215:8, 1215:11, 1215:17, 1215:24, 1216:14, 1218:22, 1219:7, 1220:14, 1221:8, 1221:19, 1222:4, 1222:6, 1222:9, 1222:20, 1223:3, 1224:18, 1226:14, 1226:15, 1227:21, 1228:22, 1229:1, 1229:17, 1230:13, 1232:11, 1233:19, 1234:11, 1234:19, 1235:15, 1237:7, 1237:11, 1237:16, 1237:19, 1243:3, 1244:8, 1249:14, 1253:18, 1257:7, 1257:19, 1258:8, 1258:16, 1258:24, 1260:13, 1262:3, 1262:21, 1262:22, 1265:2, 1265:15, 1266:7, 1267:10, 1268:3, 1270:16, 1271:4, 1271:5, 1272:8, 1276:5, 1277:14, 1283:5, 1306:21
**cases** [3] - 1258:11, 1286:20, 1286:23
**casing** [5] - 1237:21, 1245:5, 1247:6, 1251:13, 1282:16
**casings** [1] - 1282:16
**catch** [1] - 1303:16
**cause** [4] - 1221:4, 1245:16, 1252:6, 1252:20
**causes** [2] - 1245:18, 1251:19
**causing** [1] - 1252:8
**cautious** [1] - 1245:25
**CCR** [3] - 1184:19, 1308:10, 1308:18
**cement** [11] - 1207:11, 1207:17, 1207:18, 1207:20, 1207:21, 1227:9, 1237:21, 1244:19, 1247:6, 1286:7

cementing [1] - 1207:16
center [1] - 1209:22
Center [1] - 1183:3
central [1] - 1274:6
Centre [1] - 1183:16
CERNICH [1] - 1181:19
certain [3] - 1249:24, 1250:2, 1254:12
certainly [10] - 1262:3, 1284:22, 1287:4, 1291:9, 1300:19, 1302:12, 1302:20, 1305:24, 1306:1
certainty [1] - 1301:7
CERTIFICATE [1] - 1308:8
certify [1] - 1308:12
chair [1] - 1278:10
chaired [1] - 1278:12
chairman [1] - 1258:22
CHAKERES [5] - 1181:18, 1273:2, 1273:14, 1303:7, 1307:24
Chakeres [2] - 1185:12, 1273:2
challenge [1] - 1269:1
Challenger [1] - 1275:10
challenging [1] - 1235:11
champagne [6] - 1217:24, 1217:25, 1218:1, 1218:4, 1218:14, 1218:15
chance [1] - 1204:21
change [19] - 1193:23, 1195:23, 1197:15, 1232:16, 1234:6, 1244:10, 1250:7, 1252:24, 1256:9, 1258:7, 1263:13, 1268:3, 1268:6, 1268:21, 1269:23, 1269:25, 1273:21, 1290:17, 1294:3
changed [4] - 1193:22, 1242:8, 1243:18, 1294:2
changes [17] - 1213:15, 1230:2, 1231:20, 1232:2, 1232:17, 1238:1, 1238:3, 1244:12,

1244:18, 1250:8, 1250:24, 1253:13, 1253:14, 1256:4, 1258:1, 1262:12, 1294:1
changing [4] - 1203:23, 1229:7, 1235:9, 1294:1
channels [2] - 1260:5, 1260:18
characteristic [4] - 1201:2, 1203:4, 1203:7, 1291:14
characteristics [2] - 1283:6, 1284:8
characterize [2] - 1232:24, 1253:19
characterized [2] - 1230:3, 1230:10
charge [1] - 1195:19
Charles [4] - 1181:5, 1277:24, 1278:1, 1278:2
chart [3] - 1187:14, 1201:9, 1257:3
check [4] - 1199:20, 1258:18, 1271:20, 1272:2
cheers [1] - 1218:1
cherry [1] - 1226:6
cherry-picking [1] - 1226:6
Chicago [2] - 1182:14, 1186:7
Chief [2] - 1241:8, 1241:23
chief [1] - 1195:2
chimes [1] - 1241:17
choices [1] - 1229:19
choke [8] - 1194:3, 1195:21, 1296:8, 1297:15, 1297:16, 1297:24, 1299:12
choose [1] - 1221:13
chooses [1] - 1257:10
chose [3] - 1277:14, 1286:15, 1300:16
chosen [1] - 1253:7
Chu [17] - 1240:1, 1240:4, 1240:14, 1241:17, 1242:1, 1242:5, 1285:4, 1285:5, 1285:9, 1301:1, 1301:3, 1301:17, 1303:25, 1304:7, 1304:20, 1304:24, 1304:25
Chu's [1] - 1241:8

cigarette [1] - 1219:19
circle [3] - 1208:17, 1237:3, 1259:22
circulating [1] - 1282:3
circumstance [2] - 1235:9, 1307:5
citations [1] - 1259:4
cited [1] - 1267:25
cites [1] - 1267:14
CIVIL [2] - 1180:5, 1181:24
clay [1] - 1260:2
Clean [1] - 1217:5
clear [4] - 1287:8, 1287:10, 1294:5, 1296:22
clearly [1] - 1246:6, 1292:10
CLERK [4] - 1272:14, 1273:5, 1273:9, 1308:3
clicker [1] - 1249:5
CLIP [3] - 1247:13, 1248:17, 1267:16
clip [1] - 1248:16
clips [1] - 1192:9
close [9] - 1191:8, 1191:10, 1208:13, 1226:20, 1228:11, 1262:1, 1281:13, 1296:12, 1298:18
closed [12] - 1191:20, 1191:24, 1192:5, 1192:20, 1201:10, 1201:11, 1227:1, 1251:5, 1287:21, 1294:18, 1296:10, 1297:25
closely [1] - 1227:14
closes [1] - 1203:3
closure [1] - 1299:12
co [2] - 1285:10, 1285:11
co-lead [2] - 1285:10, 1285:11
coincidence [1] - 1303:10
colder [1] - 1269:10
collaboration [1] - 1291:1
collar [1] - 1237:21
collect [3] - 1196:24, 1293:11, 1298:1
collected [22] - 1189:17, 1189:19, 1189:20, 1189:22, 1190:1, 1190:5, 1190:10, 1197:1,

1197:12, 1197:14, 1218:22, 1218:25, 1220:15, 1222:8, 1224:16, 1225:25, 1227:6, 1233:3, 1233:8, 1233:14, 1287:7, 1298:1
collecting [2] - 1222:1, 1292:6
collection [15] - 1190:3, 1198:15, 1218:23, 1218:25, 1219:2, 1221:25, 1222:5, 1222:12, 1222:22, 1222:23, 1224:17, 1261:14, 1287:10, 1294:2, 1294:3
collections [1] - 1228:3
College [2] - 1258:24, 1258:25
college [2] - 1258:25, 1277:23
COLLIER [1] - 1182:13
color [1] - 1290:7
colors [2] - 1259:20, 1290:18
column [4] - 1222:14, 1222:18, 1222:22, 1269:3
combination [1] - 1290:2
come [29] - 1190:24, 1192:4, 1192:10, 1192:24, 1194:3, 1194:14, 1197:22, 1197:23, 1198:24, 1207:2, 1207:6, 1207:10, 1208:18, 1217:14, 1222:25, 1223:12, 1226:2, 1233:21, 1241:17, 1241:24, 1242:2, 1245:11, 1255:3, 1261:15, 1264:5, 1287:10, 1304:12, 1307:2, 1308:2
comes [14] - 1187:6, 1194:6, 1196:25, 1197:20, 1200:3, 1205:20, 1217:2, 1217:15, 1222:4, 1223:2, 1242:7, 1251:24, 1297:2
coming [35] - 1187:24, 1189:14, 1193:9, 1194:16, 1194:22, 1194:23,

1196:4, 1197:6, 1197:10, 1201:19, 1201:20, 1224:10, 1226:20, 1228:13, 1228:14, 1240:1, 1240:15, 1244:11, 1254:25, 1261:18, 1263:15, 1272:23, 1292:9, 1292:11, 1293:19, 1293:21, 1293:22, 1294:4, 1294:7, 1294:8, 1294:16, 1294:21, 1294:23, 1299:10, 1299:17
command [1] - 1286:25
Commander [2] - 1285:22, 1303:24
commander [1] - 1285:22
comment [2] - 1304:19, 1304:24
comments [2] - 1245:23, 1301:10
commercial [1] - 1264:4
commercially [1] - 1261:12
Commission [5] - 1216:13, 1224:3, 1225:5, 1225:8
committed [1] - 1293:9
committee [4] - 1278:11, 1278:12, 1278:13
Committee [2] - 1278:11, 1307:19
common [1] - 1221:18
commonly [1] - 1211:11
communication [1] - 1305:21
communities [1] - 1225:17
companies [1] - 1218:9
COMPANY [3] - 1182:2, 1182:2, 1183:6
company [3] - 1259:8, 1266:20, 1277:25
compare [6] - 1188:8, 1199:9, 1199:10, 1202:2, 1211:9, 1224:13
compared [5] -

1203:20, 1234:24, 1262:25, 1292:19, 1292:21

**comparing** [2] - 1209:9, 1216:20

**comparison** [2] - 1210:9, 1224:12

**competing** [1] - 1245:16

**complaint** [1] - 1216:15

**COMPLAINT** [1] - 1180:7

**completed** [1] - 1299:7

**completely** [2] - 1189:11, 1296:13

**complex** [9] - 1204:2, 1231:1, 1231:8, 1238:14, 1276:18, 1300:21, 1300:22, 1302:14, 1305:7

**complication** [1] - 1206:2

**component** [1] - 1212:18

**components** [10] - 1237:23, 1237:24, 1252:9, 1252:18, 1252:20, 1252:23, 1252:24, 1253:5, 1253:13, 1277:1

**compressed** [2] - 1212:20, 1263:16

**compressibility** [49] - 1211:21, 1211:22, 1212:2, 1212:14, 1212:15, 1212:17, 1212:18, 1212:19, 1212:23, 1213:1, 1213:24, 1214:2, 1214:5, 1214:17, 1215:3, 1215:19, 1216:9, 1216:17, 1216:21, 1221:2, 1221:9, 1226:11, 1227:20, 1227:22, 1233:18, 1234:5, 1236:6, 1237:10, 1237:12, 1262:17, 1263:7, 1263:8, 1263:21, 1263:25, 1264:25, 1265:5, 1265:7, 1265:13, 1266:1, 1266:23, 1267:4, 1267:13, 1267:17, 1267:22, 1267:24, 1270:4

**compressible** [4] -

1212:19, 1263:18, 1263:19, 1263:20

**compression** [1] - 1264:21

**compressive** [1] - 1207:20

**computer** [4] - 1184:23, 1255:9, 1255:10, 1297:13

**conceivable** [1] - 1282:17

**concentric** [1] - 1282:15

**concept** [3] - 1200:2, 1200:10, 1240:14

**concepts** [1] - 1283:19

**conceptual** [2] - 1202:20, 1202:21

**concern** [1] - 1301:8

**conclude** [2] - 1187:8, 1204:4

**concluded** [1] - 1204:24

**conclusion** [6] - 1187:7, 1204:25, 1239:10, 1265:16, 1304:13, 1304:14

**conclusions** [2] - 1220:2, 1277:20

**concrete** [1] - 1207:15

**condition** [6] - 1222:6, 1222:19, 1245:5, 1254:11, 1255:8, 1291:12

**conditions** [7] - 1221:23, 1222:11, 1222:16, 1235:10, 1254:10, 1255:16, 1261:24

**condolences** [1] - 1186:7

**conducted** [3] - 1207:19, 1235:21, 1276:17

**conference** [1] - 1305:24

**confidential** [1] - 1245:25

**confirms** [1] - 1264:17

**Congress** [1] - 1225:23

**connected** [20] - 1191:14, 1235:19, 1235:22, 1236:1, 1236:2, 1259:17, 1260:4, 1260:6, 1260:8, 1260:9,

1260:12, 1260:14, 1260:18, 1261:5, 1262:5, 1262:6, 1262:14, 1262:16

**connectivity** [3] - 1260:3, 1260:20, 1261:1

**consecutive** [2] - 1279:17, 1303:12

**consensus** [5] - 1214:19, 1223:18, 1224:5, 1224:9, 1225:6

**conservation** [1] - 1229:13

**conservative** [5] - 1201:22, 1236:3, 1262:2, 1262:6, 1270:10

**conservatively** [3] - 1253:7, 1260:3, 1260:14

**consider** [1] - 1245:15

**consistency** [4] - 1258:18, 1271:20, 1271:25, 1272:2

**consistent** [5] - 1220:11, 1220:13, 1241:1, 1256:15, 1271:16

**conspiracy** [1] - 1192:24

**constant** [5] - 1200:1, 1204:1, 1246:13, 1257:25

**construction** [1] - 1207:15

**contact** [2] - 1278:3, 1298:13

**containment** [10] - 1195:19, 1276:5, 1278:22, 1278:23, 1286:4, 1287:6, 1291:17, 1293:9, 1293:10, 1293:14

**context** [3] - 1202:16, 1229:1, 1279:2

**continue** [4] - 1203:15, 1243:17, 1268:16, 1268:18

**continues** [1] - 1254:3

**continuing** [1] - 1215:23

**contradicted** [1] - 1207:9

**contrary** [1] - 1230:20

**contribute** [1] - 1208:24

**contributions** [1] - 1274:24

**control** [20] - 1188:5, 1188:6, 1188:20, 1190:23, 1195:9, 1196:15, 1198:5, 1218:16, 1224:24, 1224:25, 1230:1, 1279:3, 1285:9, 1288:18, 1288:20, 1290:21, 1290:22, 1290:23, 1291:7, 1293:6

**controlled** [3] - 1217:19, 1218:4, 1295:13

**controlling** [1] - 1287:5

**controls** [2] - 1204:20, 1210:23

**convene** [1] - 1241:6

**convened** [2] - 1239:6, 1241:2

**conventional** [2] - 1213:7, 1214:15

**converging** [1] - 1228:5

**conversation** [1] - 1286:21

**conversations** [2] - 1301:23, 1306:6

**conversely** [1] - 1235:5

**conversion** [2] - 1261:22, 1269:1

**convert** [1] - 1217:12

**converted** [2] - 1203:5, 1257:8

**converting** [1] - 1261:7

**cool** [5] - 1236:23, 1236:24, 1269:8, 1269:10

**cooling** [1] - 1269:17

**coordinate** [3] - 1298:11, 1298:12, 1300:8

**coordinator** [1] - 1195:3

**cop** [1] - 1198:11

**core** [13] - 1213:7, 1213:8, 1213:11, 1213:15, 1213:19, 1213:20, 1216:6, 1233:12, 1233:13, 1233:22, 1264:13

**cores** [11] - 1213:3, 1213:18, 1213:22,

1214:6, 1214:10, 1214:14, 1214:15, 1214:16, 1216:3, 1221:3, 1266:23

**COREY** [1] - 1181:13

**cork** [2] - 1217:25, 1218:2

**corners** [2] - 1208:20, 1306:19

**corporation** [2] - 1276:10, 1276:11

**CORPORATION** [2] - 1182:3, 1183:6

**Corporation** [1] - 1273:20

**correct** [7] - 1190:1, 1198:1, 1229:20, 1234:10, 1248:8, 1302:24, 1308:12

**correction** [1] - 1240:19

**correctly** [2] - 1186:23, 1191:14

**correlation** [1] - 1246:2

**corresponding** [2] - 1195:21, 1244:13

**corroborate** [1] - 1280:24

**could** [81] - 1187:12, 1188:6, 1189:17, 1190:6, 1190:19, 1190:21, 1191:5, 1192:5, 1192:18, 1193:11, 1198:4, 1202:18, 1205:25, 1207:14, 1220:6, 1222:11, 1225:7, 1226:8, 1226:12, 1238:24, 1243:13, 1244:3, 1247:7, 1247:9, 1254:17, 1265:23, 1270:16, 1273:5, 1273:25, 1274:15, 1275:11, 1275:17, 1276:22, 1277:15, 1279:13, 1279:14, 1279:21, 1280:9, 1280:18, 1281:4, 1281:17, 1282:2, 1282:4, 1282:10, 1282:21, 1283:20, 1283:21, 1284:10, 1284:25, 1287:19, 1287:20, 1287:21, 1289:1, 1289:9, 1292:2, 1292:3, 1292:7, 1292:9, 1292:12, 1292:13, 1293:19,

1294:1, 1294:10, 1295:13, 1296:1, 1296:2, 1296:4, 1296:7, 1296:8, 1296:10, 1296:24, 1302:6, 1302:18, 1302:19, 1304:12, 1304:23, 1305:17, 1305:18, 1307:16
**couldn't** [4] - 1187:24, 1293:24, 1293:25
**count** [6] - 1219:1, 1219:17, 1219:21, 1219:23, 1220:1, 1220:21
**Count** [1] - 1184:8
**country** [3] - 1276:4, 1279:6, 1306:17
**counts** [1] - 1220:3
**couple** [5] - 1195:1, 1229:18, 1240:4, 1283:1, 1296:2
**course** [20] - 1187:25, 1188:22, 1189:23, 1192:2, 1208:11, 1212:4, 1219:7, 1219:23, 1237:4, 1276:3, 1278:7, 1284:21, 1285:5, 1286:2, 1286:20, 1287:16, 1291:19, 1295:7, 1295:11, 1303:11
**Court** [13] - 1213:21, 1228:23, 1230:14, 1253:15, 1260:2, 1261:8, 1265:18, 1273:15, 1281:11, 1307:2, 1308:10, 1308:11, 1308:19
**COURT** [16] - 1180:1, 1184:19, 1186:5, 1186:6, 1186:14, 1186:20, 1186:24, 1187:1, 1228:17, 1272:12, 1272:16, 1272:17, 1272:21, 1272:25, 1303:5, 1308:1
**court** [2] - 1247:12, 1274:1
**Court's** [1] - 1282:7
**cover** [3] - 1216:4, 1288:2
**covered** [1] - 1188:16
**COVINGTON** [1] - 1182:8
**CR** [1] - 1215:3

**CRAIG** [1] - 1184:4
**crazy** [1] - 1200:6
**created** [1] - 1250:22
**creates** [1] - 1222:2
**credibility** [1] - 1298:21
**credit** [4] - 1219:2, 1220:14, 1227:6, 1285:3
**criteria** [3] - 1289:1, 1289:3, 1289:5
**critical** [9] - 1271:11, 1274:18, 1277:16, 1291:15, 1291:16, 1291:17, 1291:18, 1306:17, 1307:22
**Crone's** [1] - 1225:19
**CROSS** [1] - 1181:20
**CRR** [2] - 1184:19, 1308:18
**crucial** [5] - 1191:25, 1198:17, 1213:25, 1224:23, 1225:9
**culminated** [1] - 1299:5
**culture** [3] - 1277:17, 1306:16, 1306:18
**cumulative** [11] - 1204:9, 1209:10, 1212:16, 1223:4, 1246:9, 1247:23, 1248:6, 1248:11, 1250:11, 1256:24, 1258:7
**current** [2] - 1241:19, 1273:15
**currently** [2] - 1273:17, 1284:12
**curve** [8] - 1245:14, 1245:20, 1249:15, 1249:17, 1270:13, 1289:11, 1289:12, 1296:17
**custody** [1] - 1244:24
**cut** [6] - 1189:11, 1201:6, 1203:10, 1230:22, 1239:8, 1306:19
**cutaway** [1] - 1260:16
**cylinders** [1] - 1214:15

**D**

**D** [5] - 1182:13, 1183:7, 1183:21, 1185:1, 1186:1

**D-21001.2** [1] - 1295:20
**D-21006.2** [1] - 1294:10
**D-21010** [1] - 1196:4
**D-21041** [1] - 1223:6
**D-21500** [1] - 1284:25
**D.C** [2] - 1182:17, 1183:11
**daily** [4] - 1229:7, 1230:3, 1240:5, 1298:13
**Dallas** [1] - 1182:25
**damage** [2] - 1225:14, 1275:11
**damages** [3] - 1243:7, 1304:21, 1305:3
**Darvish** [10] - 1221:17, 1221:20, 1223:10, 1237:10, 1262:7, 1262:13, 1262:15, 1265:1, 1268:3, 1269:24
**Darvish's** [3] - 1222:14, 1237:11, 1247:3
**data** [96] - 1187:7, 1187:21, 1188:6, 1188:24, 1189:1, 1189:3, 1190:2, 1190:15, 1191:24, 1191:25, 1192:1, 1192:6, 1194:20, 1195:10, 1196:17, 1198:15, 1198:16, 1203:1, 1203:2, 1203:13, 1204:8, 1205:2, 1205:13, 1205:21, 1206:1, 1209:10, 1209:24, 1210:11, 1210:16, 1210:19, 1214:7, 1214:12, 1216:1, 1221:24, 1222:2, 1222:12, 1222:17, 1222:18, 1222:19, 1223:9, 1223:22, 1226:7, 1229:2, 1229:3, 1229:20, 1233:8, 1233:9, 1236:7, 1236:15, 1236:18, 1239:3, 1239:9, 1239:12, 1242:12, 1243:17, 1246:3, 1249:25, 1253:17, 1256:16, 1256:18, 1256:19, 1256:25, 1257:1,

1257:8, 1257:10, 1257:18, 1257:23, 1258:3, 1259:19, 1259:25, 1264:17, 1265:15, 1266:2, 1266:14, 1266:18, 1266:19, 1267:23, 1268:1, 1270:4, 1270:5, 1271:14, 1271:23, 1296:23, 1297:2, 1297:9, 1299:10, 1299:12, 1299:16, 1299:18, 1299:25, 1301:6, 1301:24, 1306:22
**date** [3] - 1249:8, 1251:10, 1306:1
**DAVID** [1] - 1184:14
**David** [1] - 1239:24
**DAVIS** [1] - 1183:22
**DAVIS-DENNY** [1] - 1183:22
**day** [104] - 1187:9, 1187:10, 1189:8, 1189:11, 1190:8, 1194:14, 1194:17, 1194:20, 1194:23, 1194:24, 1195:5, 1195:10, 1195:16, 1195:25, 1196:5, 1196:7, 1196:20, 1197:1, 1197:5, 1197:12, 1197:20, 1198:2, 1199:17, 1199:18, 1199:20, 1199:24, 1200:16, 1200:22, 1201:3, 1201:4, 1201:6, 1201:21, 1201:3, 1203:6, 1203:8, 1204:13, 1204:14, 1204:15, 1204:16, 1204:22, 1205:1, 1205:9, 1206:3, 1208:21, 1211:1, 1211:2, 1223:19, 1223:20, 1226:21, 1226:23, 1228:13, 1228:14, 1229:6, 1229:8, 1229:10, 1230:17, 1231:16, 1231:18, 1232:11, 1232:24, 1233:5, 1235:8, 1235:9, 1238:2, 1239:10, 1240:23, 1242:10, 1243:15, 1243:21, 1246:16, 1247:15, 1247:21, 1248:23, 1249:1, 1249:2,

1251:6, 1251:17, 1252:12, 1255:15, 1255:19, 1255:23, 1256:2, 1256:3, 1261:24, 1279:16, 1290:22, 1293:18, 1303:13
**Day** [1] - 1204:16
**DAY** [1] - 1180:11
**day-by-day** [9] - 1229:6, 1229:8, 1229:10, 1232:24, 1233:5, 1238:2, 1240:23, 1243:21, 1261:24
**days** [28] - 1187:11, 1197:11, 1197:13, 1199:19, 1201:13, 1201:16, 1201:18, 1201:21, 1209:1, 1209:2, 1209:5, 1214:3, 1224:16, 1228:15, 1229:6, 1232:2, 1232:16, 1234:14, 1235:7, 1244:11, 1248:21, 1250:8, 1279:17, 1280:16, 1301:13, 1303:12, 1303:22, 1305:16
**DC** [3] - 1181:22, 1181:25, 1182:9
**dead** [1] - 1304:11
**deal** [6] - 1191:3, 1227:21, 1283:7, 1285:14, 1287:9, 1298:10
**dealing** [3] - 1201:19, 1228:21, 1230:13
**dealt** [1] - 1191:5
**debate** [1] - 1302:10
**debates** [2] - 1304:1, 1304:2
**DEBORAH** [1] - 1183:7
**decades** [3] - 1225:13, 1225:14, 1275:24
**decide** [8] - 1221:7, 1221:8, 1221:10, 1227:21, 1227:25, 1242:5, 1288:17, 1307:1
**decided** [10] - 1209:5, 1214:11, 1226:12, 1292:23, 1299:24, 1301:25, 1307:7, 1307:13, 1307:15, 1307:21

**decides** [1] - 1219:14

**deciding** [1] - 1214:23

**decision** [14] - 1213:21, 1286:3, 1286:4, 1286:5, 1286:6, 1286:8, 1286:13, 1287:1, 1287:2, 1287:16, 1289:4, 1301:19, 1301:21, 1304:9

**decision-makers** [1] - 1286:13

**decision-making** [1] - 1287:1

**decisions** [6] - 1276:19, 1283:22, 1285:20, 1285:24, 1286:2, 1302:19

**decline** [7] - 1201:5, 1205:14, 1206:24, 1227:22, 1227:23, 1227:24, 1257:13

**declines** [1] - 1203:6

**declining** [1] - 1200:14

**decrease** [1] - 1245:17

**decreases** [1] - 1205:15

**decreasing** [1] - 1249:18

**deemed** [1] - 1274:19

**deeply** [2] - 1303:22, 1303:23

**DEEPWATER** [3] - 1180:4, 1183:13, 1183:14

**Deepwater** [2] - 1278:25, 1291:10

**defendant** [1] - 1219:12

**defendant's** [10] - 1187:17, 1187:20, 1188:9, 1188:10, 1199:9, 1199:10, 1199:24, 1200:20, 1210:14, 1211:8

**defendants** [20] - 1187:13, 1192:21, 1196:7, 1197:17, 1197:18, 1198:8, 1201:14, 1202:3, 1202:8, 1205:10, 1207:1, 1207:6, 1207:11, 1207:24, 1210:10, 1215:6, 1218:17, 1220:10,

1221:8, 1224:19

**defense** [1] - 1211:24

**Defense** [1] - 1277:8

**defensible** [1] - 1246:5

**defined** [2] - 1217:6, 1297:1

**definitely** [1] - 1282:22

**definition** [2] - 1217:10, 1218:20

**definitive** [1] - 1252:7

**degree** [2] - 1275:19, 1275:20

**degrees** [2] - 1217:6, 1217:9

**deliberately** [1] - 1218:11

**delta** [2] - 1193:22

**demonstrate** [2] - 1256:12, 1271:6

**demonstrated** [1] - 1257:3

**demonstrates** [2] - 1255:18, 1260:5

**Demonstrative** [2] - 1294:10, 1295:20

**demonstrative** [24] - 1187:12, 1187:13, 1188:19, 1189:6, 1189:17, 1190:6, 1190:21, 1190:22, 1193:11, 1194:19, 1195:17, 1196:3, 1196:22, 1198:4, 1205:25, 1209:14, 1214:1, 1223:6, 1224:21, 1226:8, 1226:9, 1284:25, 1285:23, 1295:2

**DENNY** [1] - 1183:22

**denser** [1] - 1269:10

**department** [1] - 1278:6

**Department** [6] - 1202:16, 1274:2, 1274:23, 1278:21, 1279:8, 1307:19

**DEPARTMENT** [3] - 1181:16, 1181:23

**dependent** [2] - 1209:11, 1212:16

**depending** [1] - 1294:3

**depends** [1] - 1297:17

**depiction** [1] - 1294:11

**deplete** - 1200:17

**depleting** [2] - 1200:10, 1203:4

**depletion** [14] - 1200:3, 1200:15, 1200:23, 1201:2, 1201:5, 1203:4, 1203:7, 1203:16, 1231:20, 1240:21, 1240:25, 1242:9, 1245:16, 1257:17

**deposition** [5] - 1195:18, 1210:3, 1223:16, 1262:10, 1304:19

**depositions** [2] - 1192:9, 1243:12

**depth** [1] - 1265:10

**DEPUTY** [4] - 1272:14, 1273:5, 1273:9, 1308:3

**derived** [2] - 1262:23, 1271:12

**describe** [9] - 1241:3, 1254:9, 1273:25, 1284:10, 1284:25, 1292:3, 1295:20, 1303:8, 1305:9

**described** [4] - 1231:14, 1294:11, 1297:15, 1300:12

**describes** [3] - 1229:25, 1232:14, 1244:9

**describing** [3] - 1289:10, 1294:13, 1297:5

**description** [1] - 1240:20

**design** [2] - 1276:4, 1287:22

**designed** [3] - 1218:12, 1243:4, 1296:9

**desirability** [1] - 1295:9

**despite** [1] - 1225:22

**destroyed** [1] - 1206:21

**detail** [10] - 1235:13, 1235:25, 1237:3, 1238:11, 1249:22, 1251:2, 1257:7, 1259:14, 1276:22, 1281:5

**detailed** [1] - 1255:10

**details** [3] - 1202:11, 1259:8, 1259:12

**detect** [1] - 1289:2

**detection** [1] - 1274:24

**determination** [1] - 1286:24

**determine** [7] - 1191:7, 1211:14, 1221:20, 1238:18, 1270:7, 1280:18, 1295:15

**detrimental** [1] - 1219:3

**developed** [8] - 1191:18, 1202:12, 1219:10, 1223:23, 1246:18, 1255:9, 1289:1, 1289:3

**development** [1] - 1229:4

**develops** [1] - 1201:25

**device** [1] - 1189:4

**devices** [4] - 1189:20, 1218:23, 1221:25, 1261:14

**devised** [2] - 1288:21, 1289:18

**devote** [1] - 1303:17

**Dexter** [1] - 1181:14

**diagnosis** [1] - 1280:15

**diagnostic** [1] - 1304:11

**diagnostics** [2] - 1280:21, 1281:3

**diagram** [1] - 1189:20

**diameter** [2] - 1213:9, 1213:14

**Diamond** [1] - 1184:1

**did** [77] - 1193:2, 1194:13, 1194:16, 1194:18, 1202:15, 1203:15, 1203:18, 1207:5, 1208:13, 1209:6, 1222:18, 1231:17, 1231:19, 1235:7, 1239:18, 1241:20, 1243:23, 1244:18, 1244:21, 1246:14, 1250:7, 1250:8, 1257:5, 1265:24, 1272:9, 1273:21, 1273:22, 1275:12, 1275:13, 1279:3, 1279:14, 1280:2, 1280:22, 1283:10, 1284:5, 1284:6, 1284:21,

1285:10, 1285:11, 1287:16, 1288:12, 1288:14, 1289:5, 1289:6, 1290:4, 1290:16, 1290:17, 1290:20, 1290:24, 1291:1, 1292:16, 1296:20, 1296:22, 1297:21, 1297:22, 1298:4, 1298:5, 1298:16, 1298:22, 1299:10, 1299:13, 1299:16, 1300:18, 1301:1, 1301:10, 1302:10, 1304:2, 1304:13, 1305:19, 1305:21, 1306:13, 1307:1, 1307:11

**didn't** [26] - 1202:16, 1207:18, 1209:5, 1209:7, 1213:19, 1216:10, 1216:16, 1236:20, 1240:3, 1244:10, 1258:24, 1290:25, 1291:1, 1291:2, 1294:3, 1294:22, 1298:1, 1300:20, 1303:3, 1303:10, 1306:21, 1306:22, 1307:3, 1307:9, 1307:16

**difference** [19] - 1187:20, 1188:11, 1188:13, 1197:14, 1205:16, 1205:18, 1210:7, 1219:13, 1220:19, 1235:23, 1236:5, 1238:15, 1250:14, 1263:12, 1267:25, 1269:20, 1269:21, 1269:22, 1306:20

**differences** [2] - 1194:7, 1219:11

**different** [46] - 1187:6, 1198:22, 1198:23, 1198:24, 1199:2, 1203:22, 1204:15, 1204:19, 1212:1, 1220:9, 1221:13, 1223:7, 1223:8, 1224:7, 1228:5, 1228:6, 1247:9, 1252:12, 1264:14, 1265:24, 1266:2, 1278:4, 1279:11, 1281:8, 1282:14, 1282:17, 1287:7, 1287:8, 1292:14, 1292:17, 1294:25, 1297:12,

1299:14, 1299:15, 1300:14, 1300:20, 1300:21, 1300:22, 1300:23, 1300:24, 1302:21, 1305:14

**difficult** [1] - 1302:14

**dimension** [2] - 1264:14, 1264:15

**Direct** [1] - 1185:12

**DIRECT** [1] - 1273:13

**direct** [1] - 1195:22

**directed** [1] - 1238:22

**direction** [4] - 1272:6, 1272:7, 1295:4, 1295:5

**directly** [3] - 1190:1, 1211:4, 1286:14

**director** [4] - 1273:19, 1276:11, 1277:4, 1297:7

**dirty** [1] - 1243:4

**disagreed** [3] - 1244:1, 1244:3, 1300:18

**disagreement** [1] - 1304:4

**disagreements** [5] - 1304:5, 1304:6, 1304:7, 1304:9

**disarmed** [1] - 1275:15

**disaster** [2] - 1275:9, 1278:8

**disavowing** [1] - 1187:21

**discharge** [2] - 1200:2, 1258:7

**discretion** [1] - 1228:24

**discuss** [2] - 1199:12, 1239:23

**discussed** [10] - 1214:10, 1245:24, 1281:17, 1287:13, 1287:14, 1287:19, 1298:7, 1299:24, 1300:11, 1300:14

**discussion** [9] - 1242:1, 1244:17, 1261:7, 1265:17, 1286:23, 1292:22, 1302:2, 1302:4, 1302:18

**discussions** [2] - 1301:17, 1304:17

**disks** [3] - 1190:24, 1289:20, 1290:3

**dispersant** [1] -

1195:6

**dispute** [3] - 1249:20, 1261:10, 1262:3

**disregard** [1] - 1228:24

**dissolve** [3] - 1219:16, 1219:18, 1219:21

**dissolved** [2] - 1220:1, 1220:21

**dissolving** [1] - 1217:3

**distributed** [1] - 1281:20

**District** [2] - 1308:11

**DISTRICT** [3] - 1180:1, 1180:1, 1180:13

**diverse** [2] - 1274:13, 1302:18

**diversity** [2] - 1280:4, 1280:5

**DIVISION** [1] - 1181:24

**dock** [1] - 1213:2

**Docket** [3] - 1180:3, 1180:7, 1180:9

**document** [5] - 1232:11, 1267:14, 1288:1, 1288:2, 1290:11

**documented** [1] - 1298:3

**documents** [1] - 1266:6

**DOE** [4] - 1192:12, 1238:20, 1238:21, 1302:2

**DOE-NNSA** [1] - 1238:21

**Does** [1] - 1242:1

**does** [25] - 1199:17, 1204:9, 1204:13, 1212:12, 1220:1, 1221:21, 1229:9, 1232:15, 1245:19, 1252:21, 1253:1, 1254:3, 1257:10, 1257:12, 1257:23, 1269:15, 1271:5, 1271:7, 1272:1, 1274:21, 1275:1, 1287:18, 1290:11, 1301:8

**doesn't** [13] - 1191:16, 1198:12, 1198:13, 1206:23, 1208:3, 1208:22, 1213:15, 1213:21,

1217:7, 1220:21, 1243:8, 1250:12, 1268:2

**DOI** [1] - 1238:22

**doing** [14] - 1221:17, 1236:10, 1243:10, 1266:14, 1266:15, 1266:20, 1267:7, 1271:5, 1277:19, 1280:25, 1282:19, 1286:12, 1287:8, 1290:9

**DOMENGEAUX** [1] - 1180:18

**dominant** [1] - 1291:13

**Don** [1] - 1267:8

**DON** [1] - 1182:5

**don't** [27] - 1191:13, 1196:2, 1196:9, 1198:25, 1207:8, 1214:14, 1219:16, 1219:22, 1221:7, 1221:11, 1221:14, 1226:22, 1227:21, 1233:4, 1241:10, 1241:24, 1245:24, 1253:12, 1261:24, 1266:4, 1267:8, 1277:25, 1303:10, 1304:4, 1306:1, 1306:19, 1308:1

**DONALD** [1] - 1182:22

**donate** [1] - 1307:11

**done** [35] - 1207:15, 1216:22, 1219:7, 1220:14, 1237:1, 1238:24, 1241:16, 1250:21, 1261:10, 1261:17, 1265:24, 1266:19, 1268:19, 1268:22, 1269:24, 1270:11, 1271:20, 1272:2, 1278:8, 1287:11, 1288:3, 1288:7, 1290:2, 1292:17, 1298:5, 1298:21, 1299:3, 1299:4, 1300:6, 1305:10, 1305:12, 1305:18, 1306:23

**dots** [6] - 1203:1, 1210:10, 1290:1, 1290:8, 1290:17

**double** [5] - 1210:23, 1210:24, 1214:16, 1216:5, 1254:21

**doubled** [1] - 1221:3

**doubt** [2] - 1196:1,

1207:4

**Doug** [1] - 1195:2

**DOUGLAS** [1] - 1181:10

**down** [59] - 1186:8, 1189:8, 1190:8, 1195:21, 1200:4, 1200:18, 1201:8, 1201:11, 1205:22, 1206:3, 1207:22, 1208:12, 1209:17, 1209:25, 1212:24, 1213:8, 1216:25, 1217:1, 1217:4, 1217:16, 1220:20, 1222:17, 1233:8, 1236:23, 1241:17, 1245:1, 1245:3, 1250:15, 1255:3, 1255:22, 1256:13, 1257:17, 1258:6, 1260:7, 1262:13, 1262:15, 1262:24, 1263:15, 1268:2, 1268:10, 1269:8, 1269:10, 1269:25, 1271:22, 1279:25, 1280:13, 1281:22, 1283:25, 1289:15, 1290:19, 1291:5, 1292:5, 1294:14, 1295:2, 1295:22, 1295:23, 1295:24, 1297:14, 1304:12

**DOYEN** [1] - 1183:21

**dozen** [1] - 1280:6, 1280:7

**Dr** [219] - 1192:3, 1192:8, 1192:9, 1192:23, 1193:9, 1194:11, 1196:18, 1197:5, 1197:16, 1197:18, 1197:24, 1198:3, 1199:8, 1199:10, 1200:25, 1201:12, 1201:18, 1201:24, 1202:2, 1202:4, 1202:8, 1202:10, 1202:19, 1202:21, 1203:15, 1203:18, 1204:6, 1204:7, 1204:24, 1205:3, 1205:6, 1205:7, 1205:8, 1205:9, 1205:10, 1205:17, 1205:19, 1205:20, 1206:3, 1206:5, 1206:10, 1206:13, 1206:23, 1207:10, 1207:14,

1207:19, 1207:23, 1208:25, 1209:8, 1209:9, 1209:10, 1209:16, 1209:25, 1210:4, 1210:9, 1210:10, 1210:14, 1210:17, 1210:22, 1210:25, 1211:7, 1211:9, 1211:24, 1212:6, 1212:8, 1212:11, 1212:16, 1212:25, 1214:25, 1215:6, 1215:12, 1215:16, 1216:7, 1216:8, 1216:19, 1216:20, 1216:22, 1218:7, 1218:8, 1218:13, 1218:18, 1219:11, 1219:12, 1219:13, 1219:20, 1220:2, 1220:19, 1220:22, 1220:24, 1221:12, 1221:17, 1221:20, 1222:14, 1223:8, 1223:9, 1223:10, 1223:15, 1223:21, 1225:19, 1226:4, 1226:19, 1227:15, 1227:16, 1227:17, 1227:18, 1227:23, 1227:24, 1229:9, 1232:10, 1232:22, 1233:1, 1233:6, 1233:7, 1233:9, 1234:3, 1235:17, 1235:24, 1236:24, 1237:1, 1237:4, 1237:6, 1237:8, 1237:9, 1237:10, 1237:11, 1238:5, 1240:13, 1241:17, 1243:22, 1245:10, 1246:22, 1246:23, 1247:2, 1247:3, 1248:5, 1248:15, 1248:18, 1249:4, 1249:7, 1250:10, 1250:17, 1252:18, 1254:8, 1255:9, 1255:20, 1255:24, 1255:25, 1256:13, 1256:17, 1256:25, 1257:5, 1257:10, 1258:9, 1258:11, 1258:14, 1258:17, 1258:20, 1258:21, 1259:2, 1259:11, 1259:16, 1260:3, 1260:12, 1260:20, 1261:2, 1261:17, 1261:22,

1262:5, 1262:7, 1265:1, 1265:4, 1265:12, 1267:8, 1267:12, 1267:15, 1267:23, 1268:2, 1268:19, 1269:12, 1269:15, 1269:21, 1269:24, 1269:25, 1270:9, 1270:20, 1270:23, 1270:25, 1271:3, 1271:6, 1271:8, 1271:13, 1272:3, 1272:4, 1273:4, 1273:15, 1283:13, 1284:1, 1284:3, 1284:6, 1284:10, 1287:25, 1292:21, 1297:6

**drafts** [1] - 1232:14

**DRAKE** [1] - 1184:8

**dramatic** [1] - 1218:3

**drew** [2] - 1231:19, 1257:5

**drill** [8] - 1208:7, 1208:14, 1237:21, 1245:2, 1251:5, 1263:5, 1263:14, 1282:15

**drilled** [9] - 1209:20, 1211:12, 1213:5, 1226:17, 1226:18, 1233:17, 1236:2, 1259:23, 1264:24

**DRILLING** [1] - 1183:14

**drilling** [7] - 1209:21, 1260:22, 1266:10, 1266:13, 1274:24, 1278:4

**drives** [1] - 1271:21

**driving** [3] - 1188:15, 1198:13, 1255:1

**drop** [11] - 1193:21, 1193:23, 1196:18, 1197:4, 1203:20, 1203:21, 1211:21, 1212:14, 1236:20, 1237:8, 1268:5

**drops** [5] - 1200:4, 1202:5, 1202:22, 1205:5, 1221:1

**ductile** [1] - 1264:20

**due** [4] - 1242:9, 1249:16, 1257:17, 1272:8

**Dupree** [1] - 1295:8

**duration** [1] - 1290:14

**during** [41] - 1187:8, 1187:22, 1189:23,

1191:25, 1202:6, 1202:9, 1218:9, 1230:1, 1230:8, 1230:10, 1231:21, 1232:16, 1234:13, 1236:11, 1238:13, 1242:12, 1244:10, 1250:7, 1251:18, 1254:23, 1255:8, 1255:18, 1257:1, 1257:9, 1257:14, 1257:17, 1258:16, 1265:18, 1265:21, 1266:6, 1266:20, 1267:7, 1271:25, 1273:21, 1284:20, 1291:22, 1291:25, 1295:12, 1298:1, 1305:10

**Dykhuizen** [28] - 1193:9, 1194:11, 1196:18, 1197:5, 1197:16, 1198:3, 1200:25, 1201:12, 1201:18, 1201:24, 1223:8, 1227:18, 1232:10, 1232:22, 1238:5, 1246:23, 1248:5, 1248:15, 1248:18, 1249:4, 1249:7, 1250:10, 1258:11, 1258:17, 1272:4, 1283:11, 1283:13, 1290:2

**Dykhuizen's** [2] - 1243:22, 1246:22

**dynamics** [1] - 1283:6

---

**E**

**E** [10] - 1181:4, 1182:12, 1182:22, 1183:2, 1183:10, 1184:8, 1185:1, 1186:1, 1273:12

**e** [10] - 1193:5, 1245:24, 1252:14, 1281:12, 1281:20, 1281:24, 1281:25, 1297:4, 1297:6

**E&P** [1] - 1183:6

**e-mail** [10] - 1193:5, 1245:24, 1252:14, 1281:12, 1281:20, 1281:24, 1281:25, 1297:4, 1297:6

**each** [13] - 1186:14, 1187:6, 1187:8, 1211:10, 1214:2,

1223:3, 1223:6, 1237:6, 1250:22, 1292:3, 1297:12, 1299:13, 1300:4

**earlier** [10] - 1239:17, 1244:8, 1253:18, 1256:22, 1257:4, 1267:25, 1268:9, 1270:17, 1295:22, 1296:17

**early** [2] - 1197:22, 1234:2

**earth** [1] - 1217:1

**ease** [1] - 1218:2

**easily** [2] - 1209:12, 1295:17

**East** [1] - 1184:1

**EASTERN** [1] - 1180:1

**Eastern** [1] - 1308:11

**easy** [1] - 1306:12

**educated** [1] - 1267:21

**education** [1] - 1275:19

**EDWARDS** [2] - 1180:18, 1184:4

**effect** [3] - 1206:11, 1262:9, 1298:19

**effectiveness** [1] - 1278:18

**effects** [1] - 1244:13

**effort** [9] - 1246:2, 1279:17, 1280:20, 1291:17, 1292:15, 1295:3, 1295:6, 1295:25, 1303:18

**efforts** [9] - 1188:6, 1193:4, 1224:24, 1224:25, 1285:9, 1290:21, 1290:22, 1291:16, 1293:6

**EISERT** [1] - 1182:16

**either** [2] - 1287:20, 1296:7

**elaborate** [1] - 1282:11

**electronics** [1] - 1277:1

**element** [1] - 1302:12

**elements** [1] - 1252:9

**ELLIS** [3] - 1182:10, 1182:15, 1182:18

**Elm** [1] - 1182:25

**else** [9] - 1215:16, 1287:11, 1287:13, 1288:19, 1288:21, 1288:25, 1289:2,

1289:22

**emergencies** [1] - 1275:2

**emerging** [3] - 1224:5, 1224:9, 1225:5

**emeritus** [1] - 1258:23

**Emilsen** [1] - 1210:4

**empirical** [1] - 1248:18

**employed** [2] - 1235:16, 1241:21

**enable** [1] - 1289:3

**encounter** [1] - 1193:20

**end** [24] - 1188:9, 1188:22, 1189:3, 1190:9, 1190:18, 1200:2, 1201:8, 1204:17, 1205:13, 1205:17, 1223:17, 1228:13, 1235:3, 1241:5, 1242:14, 1246:4, 1250:15, 1268:7, 1268:25, 1269:19, 1270:19, 1286:24, 1299:5, 1299:19

**ending** [1] - 1269:2

**ends** [5] - 1201:2, 1205:9, 1205:10, 1205:11, 1205:17

**Energy** [6] - 1183:16, 1274:2, 1274:23, 1277:8, 1278:11, 1279:9

**ENERGY** [1] - 1182:21

**energy** [7] - 1274:18, 1274:21, 1274:23, 1276:6, 1276:7, 1278:12

**ENFORCEMENT** [1] - 1181:17

**engaged** [5] - 1261:2, 1291:2, 1291:3, 1292:22, 1307:21

**ENGEL** [2] - 1181:20

**engineer** [5] - 1195:12, 1275:6, 1275:20, 1284:1, 1305:9

**engineered** [2] - 1217:19, 1218:11

**Engineering** [1] - 1258:23

**engineering** [12] - 1269:16, 1271:9,

1274:4, 1275:22, 1276:18, 1276:20, 1278:6, 1288:7, 1288:9, 1295:25, 1297:7, 1305:7

**engineeringly** [1] - 1283:24

**engineers** [14] - 1194:18, 1214:4, 1214:9, 1227:12, 1254:6, 1258:22, 1276:15, 1283:11, 1290:20, 1291:22, 1295:4, 1296:21, 1297:20, 1306:13

**enjoyed** [1] - 1193:5

**enormous** [4] - 1217:1, 1288:9, 1293:10, 1302:5

**enough** [8] - 1191:19, 1196:16, 1208:23, 1243:2, 1301:8, 1304:20, 1305:2, 1305:5

**entered** [1] - 1241:8

**entering** [1] - 1237:20

**entire** [8] - 1199:21, 1199:24, 1201:7, 1204:16, 1205:14, 1213:8, 1231:21, 1232:2

**entirely** [2] - 1209:11, 1217:13

**entitled** [1] - 1308:14

**environment** [1] - 1306:15

**environmental** [2] - 1225:9, 1276:7

**ENVIRONMENTAL** [1] - 1181:17

**environments** [1] - 1306:7

**equation** [13] - 1194:1, 1202:21, 1211:17, 1211:19, 1211:25, 1229:22, 1229:23, 1233:10, 1234:21, 1235:4, 1235:16, 1259:17, 1268:4

**equilibrium** [1] - 1268:21

**erode** [6] - 1187:25, 1201:15, 1207:5, 1208:15, 1227:11, 1252:19

**eroded** [5] - 1207:6, 1207:12, 1208:11, 1208:17, 1208:24

**eroding** [4] - 1203:25, 1204:3, 1208:9, 1252:8

**erosion** [41] - 1201:19, 1204:4, 1207:3, 1207:7, 1207:9, 1207:23, 1207:24, 1207:25, 1208:19, 1208:25, 1209:1, 1227:10, 1228:4, 1230:5, 1230:14, 1230:18, 1232:18, 1237:23, 1238:13, 1244:13, 1244:25, 1250:4, 1250:18, 1251:6, 1251:8, 1251:15, 1251:16, 1251:18, 1251:19, 1251:20, 1252:7, 1252:8, 1252:11, 1253:3, 1253:5, 1253:8, 1253:12, 1257:14, 1272:5, 1272:9

**Erosion** [1] - 1208:7

**erosion-takes-a-long-time** [1] - 1208:25

**erosional** [5] - 1246:12, 1248:14, 1249:9, 1249:16, 1250:12

**error** [13] - 1231:12, 1244:4, 1244:5, 1246:15, 1247:17, 1248:11, 1248:22, 1248:23, 1249:10, 1249:16, 1250:11, 1258:12

**escaped** [1] - 1263:17

**especially** [2] - 1246:1, 1271:8

**ESQ** [56] - 1180:16, 1180:18, 1180:22, 1180:24, 1181:1, 1181:4, 1181:6, 1181:9, 1181:10, 1181:13, 1181:13, 1181:17, 1181:18, 1181:18, 1181:19, 1181:19, 1181:20, 1181:20, 1181:21, 1181:24, 1182:5, 1182:8, 1182:11, 1182:11, 1182:12, 1182:12, 1182:13, 1182:15, 1182:16, 1182:16, 1182:19, 1182:22,

1182:22, 1182:23, 1182:23, 1182:24, 1183:2, 1183:2, 1183:7, 1183:10, 1183:10, 1183:15, 1183:18, 1183:21, 1183:21, 1183:22, 1183:22, 1183:23, 1184:1, 1184:4, 1184:4, 1184:8, 1184:11, 1184:14, 1184:17

**essential** [2] - 1224:25, 1235:16

**essentially** [5] - 1230:17, 1230:24, 1235:3, 1242:11, 1286:9

**estimate** [40] - 1197:19, 1209:11, 1209:16, 1209:20, 1209:21, 1210:20, 1212:9, 1216:14, 1223:4, 1223:24, 1226:14, 1226:21, 1231:6, 1232:8, 1238:24, 1241:19, 1243:18, 1246:9, 1247:15, 1247:21, 1247:23, 1248:8, 1250:3, 1292:4, 1292:9, 1292:13, 1292:15, 1292:16, 1292:17, 1292:24, 1293:1, 1293:8, 1295:3, 1295:14, 1295:19, 1296:24, 1301:15, 1301:25, 1302:1, 1304:20

**estimate's** [1] - 1209:16

**estimates** [8] - 1197:18, 1210:24, 1212:10, 1214:16, 1226:25, 1228:2, 1289:19, 1300:11

**Estimates** [1] - 1226:9

**estimation** [1] - 1200:25

**estimations** [1] - 1211:22

**ET** [2] - 1180:8, 1180:10

**evaluation** [1] - 1259:20

**even** [11] - 1188:14, 1217:10, 1231:11, 1231:14, 1238:6, 1241:24, 1257:17,

1258:6, 1280:24, 1281:5, 1285:7

**evening** [6] - 1240:13, 1242:15, 1279:13, 1279:19, 1279:21, 1281:17

**event** [23] - 1229:12, 1233:2, 1233:3, 1233:14, 1233:22, 1234:1, 1234:14, 1235:1, 1236:8, 1240:20, 1251:6, 1256:12, 1264:5, 1266:8, 1268:7, 1268:8, 1268:11, 1270:6, 1287:5

**event-by-event** [1] - 1240:20

**events** [11] - 1188:20, 1189:19, 1196:15, 1203:9, 1230:3, 1230:21, 1230:22, 1240:18, 1243:21, 1258:5, 1276:15

**eventually** [2] - 1194:3, 1232:12

**ever** [8] - 1219:19, 1260:22, 1290:16, 1298:22, 1302:10, 1304:2, 1306:7, 1306:13

**every** [10] - 1194:25, 1210:19, 1224:15, 1277:19, 1286:8, 1288:3, 1290:22, 1293:18, 1306:3, 1306:4

**everybody** [3] - 1217:25, 1226:22, 1280:13

**everyone** [7] - 1186:6, 1295:10, 1299:8, 1299:25, 1300:3, 1300:14, 1302:6

**everything** [5] - 1217:2, 1235:6, 1288:16, 1293:18, 1307:8

**evidence** [25] - 1187:25, 1196:10, 1198:23, 1198:25, 1207:10, 1208:2, 1210:2, 1223:8, 1224:10, 1228:5, 1228:8, 1228:11, 1229:4, 1229:5, 1230:19, 1245:5, 1246:7, 1246:15,

1246:18, 1248:19, 1252:7, 1252:12, 1253:6, 1262:3, 1266:16

**evolve** [1] - 1284:21

**evolved** [2] - 1284:20, 1284:23

**exact** [2] - 1204:24, 1228:3

**exactly** [5] - 1225:11, 1272:24, 1295:22, 1301:15, 1304:25

**EXAMINATION** [1] - 1273:13

**Examination** [1] - 1185:12

**example** [6] - 1234:21, 1271:17, 1274:17, 1281:1, 1287:1, 1287:9

**examples** [5] - 1274:15, 1275:7, 1275:9, 1275:25, 1281:2

**except** [4] - 1205:16, 1227:16, 1284:17, 1296:1

**exception** [1] - 1227:15

**exciting** [2] - 1305:11, 1305:17

**excuse** [1] - 1295:4

**exemplar** [1] - 1260:17

**exercise** [3] - 1244:5, 1265:24, 1278:23

**exhibit** [18] - 1195:1, 1195:7, 1195:17, 1199:14, 1200:9, 1200:11, 1200:24, 1205:7, 1214:20, 1214:22, 1214:25, 1215:21, 1218:6, 1224:2, 1225:7, 1282:7, 1283:25, 1290:19

**Exhibit** [3] - 1281:10, 1282:4, 1287:25

**exhibits** [4] - 1194:25, 1214:3, 1215:19, 1225:1

**existed** [2] - 1257:9, 1258:16

**existence** [1] - 1254:16

**exists** [3] - 1261:5, 1264:19, 1278:1

**exiting** [1] - 1294:24

**expanded** [1] -

1263:17

**expect** [3] - 1191:9, 1200:17, 1247:11

**expecting** [1] - 1240:10

**experience** [3] - 1214:13, 1259:6, 1277:22

**experiment** [1] - 1242:17

**expert** [21] - 1193:10, 1199:8, 1199:9, 1200:25, 1204:24, 1207:15, 1207:18, 1207:21, 1207:23, 1208:6, 1208:10, 1211:9, 1215:13, 1218:7, 1230:7, 1244:7, 1247:24, 1248:5, 1253:12, 1254:9, 1271:18

**expert's** [2] - 1204:25, 1210:14

**expertise** [6] - 1274:16, 1278:21, 1280:22, 1282:25, 1283:9, 1285:14

**experts** [50] - 1187:5, 1187:14, 1187:16, 1187:17, 1187:21, 1188:8, 1188:9, 1192:15, 1194:16, 1194:23, 1196:6, 1196:8, 1199:3, 1199:10, 1199:15, 1199:22, 1199:25, 1202:3, 1202:13, 1205:13, 1207:2, 1207:6, 1209:17, 1209:18, 1210:7, 1211:7, 1214:5, 1216:2, 1216:18, 1221:17, 1223:7, 1223:12, 1224:1, 1226:18, 1227:12, 1228:24, 1228:25, 1231:15, 1234:19, 1237:6, 1249:23, 1250:18, 1263:24, 1264:16, 1267:7, 1269:22, 1270:25, 1275:15, 1280:9

**explain** [5] - 1230:18, 1238:10, 1264:16, 1279:13, 1281:10

**explained** [1] - 1190:23

**explaining** [1] - 1267:15

**exploded** [3] - 1209:2, 1209:3, 1209:7

**exploration** [2] - 1278:9, 1278:16

**EXPLORATION** [2] - 1180:10, 1182:3

**explosion** [8] - 1188:21, 1189:2, 1206:8, 1206:20, 1207:1, 1210:12, 1216:2, 1275:14

**explosive** [1] - 1275:15

**express** [4] - 1247:24, 1300:18, 1300:20, 1301:1

**expressed** [2] - 1300:24, 1301:7

**extends** [1] - 1254:25

**external** [1] - 1304:16

**extrapolate** [2] - 1199:21, 1209:6

**extreme** [1] - 1265:7

**Exxon** [2] - 1224:17, 1228:10

**eyes** [1] - 1285:18

**F**

**face** [2] - 1212:22, 1291:9

**faced** [3] - 1229:19, 1285:15, 1285:17

**fact** [23] - 1186:9, 1198:1, 1216:13, 1218:6, 1228:12, 1231:7, 1231:21, 1232:16, 1233:22, 1237:11, 1246:24, 1250:8, 1259:7, 1270:13, 1270:15, 1275:4, 1286:19, 1287:19, 1287:20, 1295:8, 1299:19, 1300:20, 1306:21

**factions** [1] - 1219:16

**factor** [18] - 1193:24, 1194:10, 1195:23, 1196:18, 1197:4, 1204:4, 1216:24, 1231:12, 1236:13, 1236:14, 1236:22, 1246:12, 1248:13, 1266:3, 1266:12, 1267:9, 1272:9

**factoring** [1] - 1267:10

**factors** [5] - 1194:13, 1231:9, 1232:21, 1236:11, 1271:10

**facts** [3] - 1292:2, 1307:13, 1307:22

**Fahrenheit** [2] - 1217:7, 1217:9

**fair** [1] - 1258:9

**fairly** [4] - 1234:16, 1253:23, 1259:17, 1294:23

**fairness** [1] - 1227:23

**fairway** [2] - 1259:21, 1261:4

**fairways** [1] - 1260:5

**fall** [2] - 1201:8, 1288:12

**fallen** [1] - 1245:3

**falls** [4] - 1200:7, 1218:1, 1230:4

**false** [1] - 1200:16

**familiar** [1] - 1276:18

**famous** [1] - 1289:11

**fancy** [1] - 1266:25

**Fannin** [1] - 1183:19

**far** [4] - 1210:16, 1225:4, 1243:1, 1259:15

**Farah** [1] - 1195:12

**fascinating** [1] - 1262:22

**fashion** [2] - 1217:20, 1303:19

**fast** [3] - 1200:6, 1207:7, 1211:20

**faster** [3] - 1200:3, 1260:25, 1271:22

**FBI** [1] - 1244:23

**fear** [1] - 1190:23

**feasible** [1] - 1270:15

**features** [1] - 1292:14

**federal** [2] - 1195:3, 1301:14

**feel** [1] - 1250:1

**feels** [2] - 1222:3, 1242:22

**feet** [2] - 1216:4, 1263:4

**fell** [2] - 1206:14, 1206:22

**fellows** [1] - 1284:17

**few** [8] - 1230:19, 1232:9, 1246:22, 1274:15, 1279:20, 1280:16, 1284:17,

1305:6

**fictional** [2] - 1232:14, 1244:9

**field** [6] - 1192:16, 1207:15, 1259:3, 1259:4, 1276:5, 1276:14

**fielding** [1] - 1276:17

**FIELDS** [1] - 1182:12

**fields** [3] - 1275:23, 1275:25, 1278:2

**Fifteenth** [1] - 1182:17

**figure** [8] - 1195:5, 1203:14, 1224:8, 1235:6, 1243:3, 1249:10, 1260:15, 1293:2

**figured** [1] - 1272:21

**figures** [2] - 1233:21, 1270:10

**filed** [1] - 1220:1, 1265:12

**filings** [1] - 1225:24

**film** [1] - 1189:7

**filming** [1] - 1189:8

**final** [16] - 1196:7, 1201:12, 1209:8, 1219:6, 1221:6, 1221:16, 1223:19, 1226:22, 1228:1, 1234:1, 1245:14, 1245:20, 1269:4, 1300:9, 1301:19, 1306:25

**finally** [1] - 1286:24

**find** [4] - 1221:14, 1228:12, 1244:21, 1262:21

**fine** [1] - 1193:17

**finger** [1] - 1288:22

**finished** [2] - 1278:19, 1284:24

**fire** [1] - 1208:17

**FIRM** [2] - 1181:1, 1184:14

**first** [45] - 1187:12, 1187:20, 1188:4, 1192:10, 1200:6, 1200:24, 1201:13, 1201:16, 1201:21, 1202:12, 1203:13, 1204:11, 1205:21, 1222:21, 1225:2, 1230:19, 1231:2, 1232:8, 1236:10, 1242:8, 1249:21, 1259:16, 1262:4, 1265:12, 1265:13, 1265:19, 1265:20,

1272:25, 1273:3, 1273:25, 1275:5, 1277:19, 1279:18, 1280:11, 1280:13, 1280:16, 1280:20, 1283:2, 1283:13, 1284:21, 1286:9, 1286:15, 1292:3, 1299:4, 1299:10

**fit** [1] - 1303:8

**FITCH** [1] - 1183:10

**five** [13] - 1190:11, 1212:8, 1222:7, 1242:18, 1242:23, 1243:3, 1244:4, 1249:10, 1249:21, 1262:13, 1267:4, 1271:19, 1277:3

**five-and-a-half** [1] - 1212:8

**fixed** [1] - 1297:24

**fizzle** [1] - 1186:8

**FL** [4] - 1180:23, 1181:7, 1184:9, 1184:12

**flange** [3] - 1294:15, 1295:22, 1295:24

**flash** [2] - 1220:10, 1220:20

**flashing** [1] - 1220:18

**flat** [2] - 1199:23, 1200:21

**flaw** [1] - 1241:20, 1243:20

**FLEMING** [1] - 1182:22

**flex** [1] - 1288:13

**flies** [2] - 1200:6, 1217:25

**flight** [1] - 1303:16

**float** [1] - 1237:21

**floor** [1] - 1218:1

**Floor** [2] - 1183:16, 1183:23

**FLORIDA** [2] - 1184:7, 1184:11

**flourish** [1] - 1217:25

**Flow** [4] - 1223:13, 1223:17, 1223:24, 1238:22

**flow** [242] - 1188:7, 1188:12, 1188:17, 1189:5, 1189:8, 1190:7, 1190:13, 1192:23, 1193:8, 1193:18, 1193:20, 1193:25, 1194:3, 1194:10, 1194:20, 1195:5, 1195:12,

1195:22, 1196:7, 1196:9, 1196:19, 1196:21, 1197:18, 1197:19, 1197:23, 1198:7, 1198:9, 1199:1, 1199:18, 1199:19, 1200:7, 1200:13, 1200:14, 1200:18, 1200:25, 1201:1, 1201:3, 1201:7, 1201:11, 1201:13, 1201:14, 1201:16, 1201:19, 1203:25, 1204:1, 1204:9, 1204:11, 1204:12, 1204:14, 1205:14, 1205:16, 1205:20, 1205:24, 1207:12, 1208:14, 1208:18, 1208:22, 1208:23, 1208:24, 1209:10, 1210:23, 1210:24, 1211:1, 1211:12, 1211:13, 1211:20, 1212:2, 1221:20, 1222:7, 1223:4, 1223:15, 1223:19, 1224:19, 1224:23, 1225:3, 1225:8, 1225:15, 1225:19, 1225:22, 1225:23, 1225:25, 1226:19, 1226:23, 1228:2, 1228:12, 1230:6, 1230:9, 1230:10, 1230:24, 1231:6, 1231:18, 1232:3, 1232:8, 1232:19, 1232:24, 1233:4, 1234:11, 1236:3, 1237:22, 1238:8, 1238:12, 1238:15, 1238:24, 1239:7, 1239:11, 1239:20, 1239:23, 1239:25, 1240:11, 1240:19, 1241:18, 1244:11, 1244:14, 1244:22, 1245:4, 1245:6, 1245:13, 1245:14, 1245:16, 1247:17, 1246:5, 1246:20, 1248:6, 1248:11, 1248:20, 1250:12, 1253:19, 1253:20, 1254:11, 1254:12, 1254:13, 1254:16, 1254:18, 1254:22, 1254:23, 1255:3, 1255:4, 1255:5, 1255:11,

1255:13, 1255:15, 1255:16, 1255:18, 1255:22, 1256:7, 1256:8, 1256:24, 1257:15, 1258:14, 1258:15, 1258:16, 1263:6, 1263:11, 1263:18, 1263:19, 1263:20, 1270:13, 1270:14, 1270:20, 1271:23, 1272:8, 1279:9, 1282:1, 1282:14, 1282:17, 1282:20, 1282:21, 1282:22, 1282:24, 1283:5, 1283:15, 1283:18, 1283:19, 1284:8, 1289:19, 1289:24, 1290:3, 1290:15, 1290:20, 1290:24, 1290:25, 1291:2, 1291:7, 1291:9, 1291:13, 1291:15, 1291:20, 1291:21, 1291:23, 1292:4, 1292:14, 1292:15, 1292:20, 1293:6, 1293:8, 1293:19, 1293:21, 1293:22, 1293:23, 1294:1, 1294:4, 1294:5, 1294:7, 1294:8, 1295:3, 1295:13, 1295:14, 1295:15, 1295:19, 1296:1, 1296:3, 1296:4, 1296:15, 1296:21, 1296:22, 1297:25, 1298:2, 1298:23, 1298:25, 1299:18, 1299:20, 1300:2, 1300:4, 1300:5, 1301:13, 1301:18

**flowed** [4] - 1219:9, 1234:13, 1234:15, 1234:17

**flowing** [4] - 1231:3, 1232:16, 1238:13, 1268:17

**Flowood** [1] - 1184:15

**flows** [4] - 1202:23, 1206:24, 1256:23, 1282:3

**fluctuation** [1] - 1254:18

**fluid** [15] - 1193:23, 1208:4, 1233:8, 1261:18, 1261:20,

1263:8, 1263:16, 1269:3, 1269:6, 1269:18, 1275:21, 1283:6, 1283:18, 1298:2

**fluids** [4] - 1192:15, 1193:20, 1236:6, 1269:10

**flurry** [2] - 1279:1, 1279:3

**flying** [1] - 1241:12

**FLYNN** [1] - 1181:24

**foam** [1] - 1275:11

**focus** [2] - 1241:7, 1284:16

**folklore** [1] - 1306:8

**folks** [2] - 1186:7, 1280:8

**followed** [2] - 1230:9, 1259:24

**following** [4] - 1213:22, 1240:11, 1279:22, 1280:17

**FOLLOWS** [1] - 1273:8

**footage** [2] - 1189:7, 1293:17

**footnote** [1] - 1267:14

**FOR** [12] - 1180:15, 1181:9, 1181:12, 1181:16, 1182:1, 1182:21, 1183:5, 1183:13, 1184:3, 1184:7, 1184:14, 1185:10

**for** [214] - 1186:18, 1186:19, 1187:2, 1187:3, 1187:19, 1188:3, 1188:8, 1188:13, 1188:15, 1189:24, 1190:4, 1191:3, 1192:6, 1194:16, 1194:17, 1195:13, 1196:8, 1196:13, 1196:21, 1198:1, 1198:11, 1199:21, 1199:22, 1199:24, 1200:24, 1201:21, 1202:3, 1202:8, 1202:12, 1202:17, 1204:18, 1205:6, 1205:10, 1205:13, 1206:11, 1206:13, 1206:15, 1206:23, 1207:2, 1207:10, 1207:17, 1207:21, 1207:23, 1208:14, 1208:22, 1210:9, 1210:10,

1210:18, 1211:13, 1211:15, 1211:24, 1211:25, 1212:9, 1213:18, 1213:20, 1215:11, 1216:20, 1218:16, 1218:24, 1219:2, 1219:11, 1219:12, 1219:25, 1220:14, 1224:12, 1225:4, 1225:13, 1225:14, 1227:4, 1227:6, 1227:8, 1227:16, 1227:24, 1228:4, 1230:17, 1231:2, 1232:12, 1232:21, 1233:10, 1233:25, 1234:12, 1234:15, 1236:13, 1236:14, 1236:18, 1236:25, 1238:3, 1238:13, 1239:12, 1239:22, 1240:23, 1240:25, 1241:1, 1241:12, 1243:4, 1243:6, 1243:7, 1243:21, 1245:4, 1245:8, 1245:14, 1245:20, 1245:21, 1246:18, 1247:11, 1247:15, 1247:21, 1247:25, 1248:11, 1248:12, 1249:9, 1249:15, 1249:17, 1249:23, 1250:11, 1251:10, 1252:23, 1253:12, 1254:10, 1254:22, 1255:11, 1255:13, 1256:1, 1256:11, 1256:13, 1256:25, 1257:25, 1259:1, 1260:12, 1260:24, 1260:25, 1261:11, 1261:16, 1261:23, 1262:13, 1262:25, 1264:4, 1264:11, 1264:16, 1264:22, 1265:2, 1265:9, 1266:3, 1266:10, 1266:11, 1266:13, 1266:25, 1267:10, 1267:11, 1267:15, 1267:18, 1267:22, 1268:5, 1268:16, 1269:17, 1269:20, 1269:25, 1271:4, 1271:5, 1271:24, 1272:5, 1272:8, 1272:10, 1273:2, 1273:3, 1273:10, 1273:25, 1274:4, 1274:17,

1275:4, 1275:17, 1277:3, 1277:7, 1277:16, 1277:25, 1278:22, 1279:3, 1279:8, 1281:1, 1281:8, 1281:10, 1282:20, 1284:17, 1285:20, 1286:4, 1286:5, 1287:9, 1288:2, 1288:4, 1290:2, 1293:9, 1297:11, 1298:13, 1299:19, 1299:25, 1301:7, 1301:12, 1301:13, 1302:25, 1303:3, 1303:12, 1304:15, 1304:20, 1305:2, 1305:5, 1306:13, 1307:1, 1307:15, 1307:20, 1308:2

**foregoing** [1] - 1308:12

**foremost** [3] - 1258:21, 1263:24, 1270:25

**forensic** [1] - 1246:14

**forensics** [2] - 1245:11, 1246:3

**forever** [1] - 1288:20

**forgotten** [1] - 1275:13

**form** [3] - 1254:4, 1256:6, 1300:9

**formal** - 1301:4

**format** [1] - 1299:25

**formation** [5] - 1216:24, 1254:13, 1267:17, 1274:10, 1289:7

**formed** [2] - 1280:4, 1285:8

**formula** [1] - 1235:14

**formulas** [1] - 1235:15

**formulate** [1] - 1235:22

**forth** [1] - 1286:23

**forward** [9] - 1228:25, 1277:8, 1287:2, 1293:7, 1300:16, 1302:1, 1302:6, 1302:19, 1304:14

**fossil** [2] - 1274:21, 1274:23

**foster** [1] - 1277:17

**found** [2] - 1244:25, 1286:14

**four** [27] - 1187:6, 1188:8, 1198:21, 1198:22, 1199:2, 1209:18, 1209:24, 1212:7, 1216:18, 1223:7, 1224:15, 1228:5, 1228:6, 1239:7, 1242:18, 1249:21, 1250:20, 1262:13, 1275:24, 1276:16, 1282:8, 1284:18, 1294:20

**four-and-a-half** [1] - 1212:7

**fraction** [1] - 1219:5

**fractions** [1] - 1219:15

**frame** [1] - 1240:16

**FRANK** [1] - 1181:6

**frequently** [1] - 1271:1

**Friday** [8] - 1239:22, 1239:25, 1240:7, 1240:15, 1240:17, 1279:12, 1279:13, 1279:19

**FRILOT** [1] - 1183:15

**from** [111] - 1186:7, 1189:3, 1189:7, 1190:1, 1190:15, 1190:22, 1191:15, 1192:9, 1193:10, 1195:2, 1196:17, 1198:15, 1200:2, 1201:3, 1202:4, 1203:14, 1203:20, 1203:21, 1204:16, 1205:13, 1206:25, 1207:10, 1208:13, 1208:15, 1211:3, 1214:12, 1215:10, 1215:12, 1215:16, 1215:19, 1215:22, 1216:1, 1217:12, 1217:18, 1217:21, 1225:16, 1225:18, 1225:19, 1226:6, 1231:2, 1231:15, 1231:17, 1232:10, 1232:21, 1234:14, 1236:7, 1239:18, 1240:1, 1240:5, 1240:14, 1240:16, 1241:19, 1242:9, 1242:20, 1243:19, 1245:11, 1246:15, 1246:20, 1247:4, 1248:3, 1248:18, 1250:10, 1251:23, 1252:12, 1253:9,

1254:16, 1256:2, 1256:19, 1258:11, 1262:13, 1263:2, 1265:8, 1266:2, 1267:7, 1268:6, 1270:9, 1271:12, 1271:14, 1272:19, 1273:22, 1279:10, 1279:16, 1280:4, 1280:22, 1281:12, 1283:9, 1284:14, 1284:23, 1285:7, 1285:8, 1287:21, 1291:7, 1297:20, 1297:23, 1298:8, 1299:6, 1299:12, 1301:6, 1301:21, 1301:22, 1302:1, 1302:2, 1303:15, 1305:14, 1308:13

**front** [1] - 1275:11

**FRTG** [1] - 1265:12

**full** [4] - 1192:14, 1200:5, 1240:16, 1303:17

**full-time** [1] - 1303:17

**function** [1] - 1245:15

**fundamentals** [1] - 1283:18

**Fundamentals** [1] - 1264:1

**funnel** [5] - 1292:5, 1292:6, 1293:21, 1293:23, 1294:14

**further** [5] - 1243:18, 1245:4, 1249:24, 1250:2, 1307:25

# G

**G** [2] - 1181:24, 1186:1

**Gaithersburg** [1] - 1184:2

**gallons** [2] - 1217:6, 1217:8

**gamma** [2] - 1281:3, 1281:6

**gamma-ray** [1] - 1281:3

**garden** [2] - 1191:9, 1288:22

**gas** [25] - 1217:2, 1217:3, 1217:15, 1217:20, 1218:10, 1227:7, 1230:9, 1238:15, 1253:21, 1253:22, 1253:23,

1253:25, 1254:3, 1254:17, 1254:25, 1255:2, 1255:5, 1255:7, 1261:18, 1261:19, 1261:25, 1277:22, 1278:9, 1295:1

**gas/oil** [1] - 1254:18

**GASAWAY** [1] - 1182:15

**gases** [1] - 1217:15

**gassing** [3] - 1217:21, 1219:9, 1219:15

**gather** [1] - 1293:11

**gathering** [1] - 1279:20

**gauge** [14] - 1188:25, 1189:10, 1193:19, 1193:20, 1194:8, 1197:3, 1202:1, 1202:6, 1202:7, 1203:1, 1203:22, 1258:3, 1289:21, 1296:18

**gauges** [3] - 1295:17, 1296:16, 1296:25

**gave** [5] - 1228:3, 1280:4, 1292:18, 1298:21, 1299:8

**general** [2] - 1263:17, 1304:5

**GENERAL** [4] - 1181:12, 1184:3, 1184:5, 1184:10

**generalist** [1] - 1283:2

**generally** [1] - 1238:22

**generate** [2] - 1192:23, 1283:20

**Geological** [4] - 1191:7, 1215:13, 1223:15, 1285:7

**geology** [1] - 1260:1

**geometric** [1] - 1244:12

**geometries** [1] - 1250:20

**geometry** [12] - 1231:1, 1231:4, 1232:15, 1232:17, 1238:7, 1238:16, 1244:10, 1250:7, 1250:8, 1295:15, 1295:18, 1297:1

**geotechnical** [1] - 1278:6

**get** [60] - 1187:24,

1189:2, 1191:13, 1192:25, 1194:10, 1194:13, 1197:9, 1202:11, 1204:10, 1205:15, 1213:8, 1214:16, 1216:6, 1217:16, 1220:20, 1225:20, 1226:5, 1231:17, 1231:23, 1236:8, 1239:18, 1240:16, 1240:19, 1241:10, 1241:18, 1249:13, 1249:16, 1250:2, 1256:13, 1258:7, 1269:2, 1270:3, 1277:15, 1279:1, 1279:20, 1280:9, 1281:7, 1283:21, 1285:15, 1286:12, 1286:16, 1291:2, 1293:12, 1297:2, 1297:10, 1297:12, 1299:9, 1302:18, 1303:19, 1303:20, 1305:17, 1306:11, 1306:23, 1307:14, 1307:21, 1307:22

**gets** [7] - 1203:3, 1203:25, 1208:22, 1212:7, 1212:11, 1220:11, 1220:12

**getting** [8] - 1195:16, 1198:1, 1235:10, 1240:25, 1241:5, 1301:18, 1307:4

**giant** [1] - 1206:21

**give** [7] - 1194:22, 1257:8, 1271:16, 1275:17, 1275:25, 1276:22, 1297:9

**given** [6] - 1192:7, 1225:23, 1246:5, 1263:13, 1282:20, 1290:3

**gives** [5] - 1193:24, 1203:22, 1204:17, 1204:19, 1218:17

**giving** [1] - 1258:3

**glad** [1] - 1306:11

**gladly** [1] - 1291:5

**GLADSTEIN** [1] - 1181:21

**glass** [1] - 1234:23

**GmbH** [1] - 1180:8

**go** [50] - 1188:3, 1188:7, 1191:5, 1198:18, 1200:6, 1201:23, 1202:24, 1203:12, 1203:17,

1208:15, 1211:7, 1213:19, 1214:2, 1215:17, 1218:13, 1221:15, 1222:18, 1224:25, 1226:3, 1227:22, 1227:23, 1227:24, 1235:13, 1237:14, 1241:16, 1242:4, 1249:6, 1251:8, 1255:5, 1255:6, 1255:21, 1261:19, 1266:18, 1277:2, 1287:2, 1289:9, 1290:3, 1296:1, 1296:4, 1296:7, 1296:8, 1297:9, 1299:15, 1299:23, 1300:4, 1302:1, 1302:6, 1304:18, 1307:11, 1308:1

**goal** [1] - 1241:14

**GODLEY** [1] - 1183:23

**GODWIN** [3] - 1182:21, 1182:22, 1183:1

**goes** [9] - 1196:25, 1201:4, 1213:8, 1255:21, 1266:9, 1277:7, 1277:10

**going** [93] - 1186:17, 1188:4, 1190:14, 1191:18, 1191:24, 1197:23, 1198:8, 1198:9, 1199:11, 1200:20, 1202:2, 1202:25, 1204:6, 1204:7, 1206:17, 1208:10, 1209:2, 1209:19, 1211:7, 1211:15, 1211:21, 1212:25, 1213:12, 1216:11, 1218:13, 1218:18, 1218:19, 1221:8, 1224:19, 1225:12, 1225:14, 1226:2, 1226:19, 1227:1, 1227:20, 1229:5, 1230:19, 1231:21, 1233:9, 1235:12, 1236:16, 1237:2, 1237:17, 1240:23, 1241:23, 1242:1, 1242:25, 1243:13, 1246:10, 1249:21, 1250:17, 1251:1, 1251:17, 1252:7, 1252:9, 1252:10, 1253:14,

1254:8, 1255:2, 1255:3, 1255:21, 1255:22, 1257:17, 1261:10, 1263:22, 1266:3, 1269:11, 1269:19, 1269:21, 1273:24, 1278:16, 1279:2, 1280:15, 1280:20, 1282:2, 1282:17, 1282:23, 1287:14, 1288:11, 1288:12, 1288:14, 1292:8, 1293:7, 1293:22, 1294:16, 1294:17, 1295:6, 1296:25, 1297:1, 1297:9, 1298:14, 1306:12

**gone** [2] - 1234:14, 1302:18

**good** [30] - 1186:6, 1186:22, 1193:13, 1214:6, 1214:19, 1222:3, 1222:24, 1223:2, 1228:18, 1234:20, 1237:16, 1243:2, 1243:5, 1250:1, 1259:6, 1273:2, 1283:18, 1289:14, 1296:23, 1296:24, 1296:25, 1297:2, 1297:9, 1301:8, 1304:20, 1305:1, 1305:5, 1307:9

**got** [28] - 1191:24, 1191:25, 1197:17, 1211:23, 1213:9, 1235:3, 1239:24, 1240:5, 1247:9, 1256:13, 1261:18, 1262:10, 1263:4, 1266:2, 1268:25, 1269:2, 1269:3, 1270:3, 1272:22, 1275:22, 1279:16, 1287:12, 1299:22, 1300:3, 1302:8, 1303:14

**GOVERNMENT** [1] - 1185:10

**government** [77] - 1186:18, 1186:19, 1187:22, 1191:25, 1195:14, 1198:16, 1213:23, 1215:1, 1215:9, 1215:23, 1216:12, 1216:14, 1224:1, 1224:5, 1224:9, 1226:22,

1227:14, 1230:17,
1230:24, 1231:2,
1231:12, 1231:15,
1231:17, 1232:4,
1232:7, 1236:4,
1236:5, 1236:22,
1236:25, 1237:15,
1238:2, 1239:2,
1239:7, 1239:17,
1240:10, 1241:3,
1243:2, 1243:15,
1243:17, 1243:20,
1244:24, 1246:17,
1247:4, 1251:15,
1252:14, 1252:15,
1253:12, 1255:20,
1260:11, 1261:11,
1267:6, 1269:19,
1269:22, 1271:2,
1272:9, 1277:14,
1278:14, 1279:7,
1285:1, 1285:2,
1285:11, 1285:18,
1285:20, 1286:19,
1288:5, 1292:24,
1293:1, 1295:9,
1298:7, 1301:4,
1301:15, 1301:22,
1302:7, 1302:15,
1302:17, 1303:20
    **government's** [9] -
1230:13, 1232:12,
1235:24, 1237:5,
1245:9, 1250:5,
1254:14, 1270:18,
1271:18
    **government-led** [3] -
1285:1, 1285:2,
1285:11
    **grade** [1] - 1211:25
    **graduate** [1] -
1275:21
    **grains** [1] - 1263:9
    **Grand** [1] - 1183:23
    **GRANT** [1] - 1183:22
    **graphic** [2] -
1229:25, 1295:23
    **gray** [1] - 1206:1
    **great** [6] - 1205:12,
1246:1, 1281:5,
1294:19, 1296:18,
1296:19
    **greater** [1] - 1208:5
    **Greek** [1] - 1214:24
    **green** [7] - 1191:19,
1194:21, 1209:16,
1210:13, 1215:14,
1223:22
    **GREENWALD** [1] -
1180:24

    **Griffiths** [26] -
1199:8, 1201:24,
1202:4, 1202:10,
1202:21, 1203:15,
1204:7, 1205:9,
1205:17, 1205:19,
1206:3, 1206:13,
1209:9, 1223:9,
1255:24, 1255:25,
1256:17, 1256:25,
1257:5, 1257:10,
1271:3, 1271:8,
1284:1, 1284:3,
1284:6
    **Griffiths'** [6] -
1203:18, 1205:6,
1205:7, 1247:2,
1256:13, 1284:10
    **Griffiths's** [1] -
1225:19
    **Gringarten** [24] -
1202:2, 1202:8,
1204:6, 1204:7,
1205:10, 1205:20,
1206:5, 1206:10,
1206:13, 1206:23,
1209:8, 1209:10,
1210:10, 1210:22,
1210:25, 1220:24,
1224:4, 1258:9,
1258:11, 1258:14,
1270:23, 1270:25,
1271:13, 1272:3
    **Gringarten's** [7] -
1205:3, 1205:8,
1209:16, 1209:25,
1210:14, 1226:19,
1271:6
    **ground** [1] - 1304:6
    **group** [8] - 1193:3,
1223:14, 1280:11,
1292:20, 1299:18,
1300:2, 1301:25,
1304:3
    **Group** [3] - 1223:13,
1223:17, 1223:24
    **groups** [1] - 1224:7
    **guess** [4] - 1247:19,
1267:20, 1267:21,
1284:12
    **Guide** [1] - 1207:17
    **Gulf** [9] - 1214:12,
1214:13, 1265:5,
1265:7, 1278:8,
1278:22, 1278:24,
1294:16, 1295:17
    **GULF** [1] - 1180:4
    **gun** [1] - 1198:12
    **gut** [1] - 1199:20
    **GWEN** [1] - 1183:2

# H

    **H** [3] - 1180:22,
1184:4, 1273:12
    **H-U-N-T-E-R** [1] -
1273:12
    **hacks** [1] - 1192:22
    **had** [89] - 1187:24,
1188:25, 1189:1,
1190:14, 1191:2,
1192:7, 1195:20,
1201:16, 1202:8,
1202:14, 1202:17,
1206:21, 1209:20,
1223:14, 1227:11,
1227:13, 1231:22,
1232:20, 1234:22,
1234:23, 1236:18,
1239:22, 1242:16,
1244:23, 1245:3,
1245:4, 1247:2,
1251:15, 1251:16,
1261:13, 1268:20,
1276:15, 1276:24,
1277:2, 1279:7,
1279:20, 1279:24,
1280:6, 1280:8,
1281:16, 1282:15,
1284:17, 1285:14,
1285:17, 1286:2,
1286:14, 1287:9,
1287:14, 1287:17,
1289:20, 1290:2,
1291:3, 1291:4,
1292:20, 1292:22,
1293:9, 1294:18,
1294:24, 1295:6,
1296:22, 1296:23,
1297:7, 1297:24,
1298:17, 1298:20,
1299:17, 1299:18,
1299:19, 1299:23,
1300:1, 1300:14,
1300:15, 1301:4,
1301:5, 1301:6,
1302:2, 1302:4,
1302:21, 1302:23,
1303:11, 1303:12,
1304:4, 1304:8,
1304:16, 1305:12,
1306:22
    **hadn't** [1] - 1201:10
    **half** [13] - 1197:24,
1204:18, 1212:7,
1212:8, 1217:17,
1224:16, 1234:13,
1248:4, 1248:6,
1248:7, 1258:2,
1280:6
    **HALLIBURTON** [1] -

1182:21
    **hand** [1] - 1273:6
    **hang** [1] - 1288:14
    **hanger** [2] - 1245:5,
1247:6
    **happen** [1] - 1307:17
    **happened** [14] -
1230:15, 1242:12,
1242:13, 1252:22,
1261:16, 1272:24,
1275:7, 1292:3,
1292:4, 1294:8,
1297:3, 1299:21,
1307:5, 1307:14
    **happening** [6] -
1279:6, 1280:14,
1280:18, 1287:6,
1291:14, 1307:10
    **happens** [6] -
1199:20, 1217:14,
1252:19, 1261:25,
1276:3, 1288:4
    **happy** [1] - 1226:24
    **hard** [2] - 1264:22,
1301:15
    **HARIKLIA** [1] -
1182:11
    **harm** [2] - 1236:10,
1266:4
    **Harm** [1] - 1265:19
    **Harm"** [1] - 1265:20
    **HARVEY** [1] -
1181:21
    **has** [65] - 1187:20,
1191:13, 1206:17,
1206:18, 1208:23,
1212:4, 1213:21,
1219:20, 1221:10,
1221:23, 1222:3,
1222:21, 1222:22,
1231:11, 1232:4,
1233:21, 1234:17,
1235:24, 1236:24,
1237:1, 1238:12,
1238:13, 1240:7,
1242:8, 1243:20,
1244:8, 1244:24,
1245:3, 1245:11,
1246:17, 1248:15,
1249:2, 1249:4,
1249:7, 1249:16,
1250:20, 1250:22,
1250:24, 1252:18,
1255:9, 1256:25,
1257:24, 1258:25,
1259:2, 1259:3,
1259:6, 1261:17,
1261:22, 1262:8,
1263:16, 1263:24,
1263:25, 1264:2,

1265:4, 1266:17,
1268:19, 1269:4,
1269:12, 1271:3,
1272:5, 1288:17
    **Hat** [23] - 1189:3,
1189:12, 1189:22,
1196:21, 1196:23,
1197:6, 1197:9,
1197:10, 1198:7,
1218:22, 1230:22,
1239:3, 1239:9,
1291:25, 1292:4,
1292:5, 1292:15,
1293:16, 1293:17,
1294:9, 1294:12,
1294:17
    **Hats** [1] - 1294:12
    **have** [202] - 1186:12,
1186:14, 1187:12,
1188:16, 1188:19,
1189:6, 1189:9,
1189:10, 1189:17,
1190:6, 1190:14,
1190:21, 1191:12,
1191:17, 1193:11,
1193:15, 1193:16,
1193:17, 1194:3,
1194:4, 1194:5,
1194:7, 1194:19,
1196:1, 1196:6,
1196:9, 1196:22,
1197:2, 1197:8,
1198:4, 1198:11,
1198:15, 1198:21,
1199:1, 1199:2,
1199:14, 1200:5,
1200:9, 1201:13,
1201:17, 1202:18,
1203:13, 1205:4,
1205:5, 1205:14,
1205:25, 1206:11,
1206:16, 1206:17,
1206:18, 1206:20,
1207:6, 1207:8,
1207:14, 1208:2,
1208:9, 1208:10,
1208:21, 1209:14,
1210:4, 1210:6,
1210:8, 1211:12,
1211:22, 1212:10,
1212:21, 1212:23,
1213:4, 1213:18,
1214:1, 1214:22,
1218:6, 1218:15,
1220:6, 1221:7,
1221:11, 1222:13,
1223:5, 1224:2,
1224:9, 1224:15,
1225:7, 1226:8,
1226:22, 1227:24,
1228:5, 1230:18,

1233:4, 1235:6,
1235:7, 1236:5,
1237:1, 1237:19,
1237:22, 1238:1,
1239:25, 1240:3,
1240:18, 1241:11,
1241:16, 1242:2,
1242:19, 1243:16,
1243:18, 1244:14,
1245:7, 1245:11,
1245:12, 1245:21,
1245:23, 1246:6,
1247:4, 1247:9,
1247:17, 1248:10,
1248:18, 1249:5,
1249:25, 1251:3,
1251:22, 1253:12,
1253:17, 1253:21,
1255:15, 1256:11,
1259:9, 1259:15,
1260:1, 1260:23,
1261:12, 1261:19,
1261:24, 1262:7,
1263:14, 1264:9,
1264:21, 1266:12,
1267:8, 1267:17,
1268:11, 1268:23,
1268:24, 1268:25,
1269:2, 1269:14,
1269:24, 1270:3,
1270:4, 1270:5,
1271:22, 1274:16,
1274:22, 1274:23,
1275:1, 1275:19,
1275:20, 1277:15,
1277:20, 1277:22,
1277:23, 1278:3,
1278:8, 1278:10,
1279:21, 1279:23,
1281:2, 1282:24,
1284:13, 1284:14,
1285:21, 1287:18,
1288:10, 1289:21,
1289:22, 1289:23,
1291:3, 1291:5,
1294:13, 1295:15,
1297:10, 1301:9,
1302:14, 1304:5,
1304:6, 1304:7,
1305:8, 1306:9,
1306:10, 1306:16,
1306:18, 1306:23

**haven't** [2] - 1266:7,
1271:20
**having** [3] - 1218:13,
1230:18, 1266:11
**HAYCRAFT** [1] -
1182:5
**Hayes** [1] - 1239:24
**hazardous** [1] -

1219:18
**HB-406** [1] - 1184:20
**he's** [23] - 1198:14,
1202:4, 1207:15,
1215:12, 1222:5,
1232:13, 1236:3,
1247:2, 1247:3,
1247:9, 1250:21,
1252:19, 1253:7,
1255:12, 1256:13,
1257:25, 1268:22,
1269:16, 1270:9,
1270:11, 1284:12,
1305:4
**headed** [1] - 1276:8
**heads** [2] - 1299:8,
1299:9
**heads-up** [2] -
1299:8, 1299:9
**health** [1] - 1277:6
**hear** [12] - 1186:17,
1186:25, 1191:11,
1193:10, 1215:12,
1232:10, 1232:21,
1236:20, 1237:21,
1240:13, 1254:12,
1270:9
**HEARD** [1] - 1180:12
**heard** [19] - 1188:21,
1188:23, 1192:8,
1196:16, 1202:19,
1230:23, 1233:25,
1239:1, 1247:3,
1247:4, 1250:10,
1255:24, 1258:9,
1262:18, 1265:17,
1265:19, 1271:12,
1282:8, 1287:6
**heart** [1] - 1224:24
**heavier** [3] -
1236:24, 1253:23,
1269:18
**heavily** [2] - 1274:17,
1292:25
**held** [1] - 1259:13
**help** [13] - 1193:1,
1233:16, 1234:19,
1259:11, 1260:2,
1261:3, 1279:9,
1280:16, 1280:23,
1281:6, 1285:9,
1286:12, 1307:11
**helped** [2] - 1244:21,
1280:5
**helpful** [6] - 1220:8,
1234:18, 1238:24,
1253:2, 1253:15,
1281:18
**helping** [1] - 1245:6
**hence** [1] - 1290:4

**her** [3] - 1195:12,
1195:15, 1272:21
**here** [125] - 1186:8,
1186:23, 1188:24,
1189:9, 1189:12,
1193:17, 1197:8,
1198:15, 1199:6,
1199:16, 1202:21,
1202:25, 1205:5,
1205:20, 1206:1,
1206:6, 1206:7,
1206:17, 1209:17,
1214:25, 1215:13,
1215:22, 1216:9,
1216:25, 1217:3,
1217:10, 1219:17,
1220:17, 1222:13,
1223:21, 1224:2,
1224:15, 1226:2,
1227:16, 1230:3,
1231:14, 1231:24,
1232:1, 1237:15,
1237:20, 1238:5,
1238:8, 1238:11,
1241:18, 1241:21,
1242:7, 1242:10,
1242:22, 1242:24,
1243:1, 1243:6,
1243:19, 1244:17,
1245:19, 1246:17,
1247:12, 1248:16,
1249:18, 1249:21,
1250:1, 1250:19,
1251:2, 1252:2,
1252:3, 1252:8,
1252:9, 1252:13,
1255:2, 1255:6,
1257:9, 1257:13,
1257:14, 1257:18,
1257:21, 1258:12,
1259:10, 1259:16,
1259:20, 1259:21,
1259:22, 1259:23,
1259:24, 1260:1,
1260:6, 1260:7,
1260:17, 1261:17,
1261:25, 1262:5,
1263:20, 1264:20,
1264:21, 1265:5,
1265:6, 1265:9,
1266:15, 1266:20,
1268:6, 1268:9,
1269:1, 1269:6,
1269:23, 1270:2,
1270:19, 1270:20,
1271:8, 1272:4,
1285:6, 1294:17,
1294:21, 1294:24,
1294:25, 1295:22,
1295:23, 1296:1,
1296:4, 1296:6,

1296:11, 1297:2,
1306:10
**hereby** [1] - 1308:11
**HERMAN** [3] -
1180:15, 1180:16
**heroic** [1] - 1295:25
**high** [19] - 1191:19,
1192:15, 1192:23,
1206:9, 1215:5,
1250:11, 1255:15,
1256:12, 1263:3,
1265:7, 1266:15,
1281:3, 1288:23,
1289:14, 1292:25,
1293:5, 1296:18,
1298:20
**high-powered** [1] -
1281:3
**higher** [12] - 1200:1,
1200:18, 1200:22,
1236:15, 1248:11,
1248:25, 1249:3,
1255:7, 1262:7,
1263:18, 1263:19,
1269:19
**highest** [2] -
1256:23, 1284:18
**highest-ranking** [1] -
1284:18
**Highway** [1] - 1184:8
**Hill** [1] - 1195:13
**him** [30] - 1193:10,
1199:9, 1199:10,
1202:2, 1202:16,
1203:23, 1203:24,
1204:2, 1204:4,
1204:7, 1204:17,
1204:19, 1208:3,
1209:9, 1216:10,
1216:20, 1250:19,
1255:25, 1257:24,
1258:10, 1261:3,
1262:13, 1269:25,
1270:1, 1271:15,
1285:10, 1297:7,
1298:16, 1298:18
**HIMMELHOCH** [1] -
1181:17
**himself** [1] - 1220:20
**hire** [1] - 1202:16
**his** [81] - 1197:16,
1197:25, 1200:25,
1201:21, 1201:25,
1202:11, 1202:12,
1202:14, 1202:17,
1202:23, 1203:9,
1203:11, 1203:19,
1204:8, 1204:20,
1204:25, 1205:1,
1206:24, 1208:25,

1209:2, 1209:5,
1209:7, 1209:10,
1210:19, 1210:23,
1210:24, 1211:4,
1211:5, 1216:20,
1220:23, 1220:24,
1221:2, 1221:4,
1221:21, 1221:23,
1222:5, 1222:9,
1222:20, 1228:22,
1232:13, 1233:10,
1237:2, 1237:8,
1246:10, 1247:8,
1249:10, 1249:12,
1250:11, 1250:13,
1250:14, 1252:21,
1253:4, 1256:17,
1257:15, 1257:25,
1258:11, 1258:14,
1259:4, 1261:2,
1262:6, 1262:9,
1265:1, 1265:2,
1265:12, 1265:15,
1267:14, 1267:15,
1268:3, 1269:16,
1270:10, 1270:14,
1270:16, 1298:19,
1301:1, 1301:7,
1301:10
**hissing** [1] - 1218:3
**history** [1] - 1275:1
**hold** [2] - 1218:1,
1288:16
**holding** [1] - 1213:13
**HOLDINGS** [2] -
1182:4, 1183:13
**hole** [6] - 1190:20,
1230:12, 1235:10,
1252:4, 1252:15,
1252:16
**holes** [7] - 1208:20,
1230:5, 1252:1,
1252:2, 1252:20,
1252:21, 1294:25
**home** [1] - 1303:14
**Honor** [59] - 1186:22,
1187:2, 1187:4,
1187:13, 1188:24,
1189:16, 1190:4,
1190:18, 1221:6,
1223:7, 1225:11,
1225:21, 1228:11,
1228:16, 1228:18,
1229:18, 1229:21,
1229:25, 1230:7,
1230:8, 1232:7,
1232:25, 1234:9,
1238:1, 1239:1,
1239:13, 1241:3,
1241:19, 1242:10,

1242:20, 1243:23, 1244:7, 1244:18, 1245:19, 1247:10, 1249:19, 1250:17, 1251:4, 1251:14, 1251:23, 1253:1, 1253:11, 1254:8, 1254:21, 1256:22, 1257:4, 1257:6, 1258:20, 1259:22, 1261:23, 1262:21, 1266:21, 1268:4, 1271:25, 1272:7, 1272:19, 1273:2, 1307:24

**honor** [1] - 1266:18

**HONORABLE** [1] - 1180:12

**honoring** [1] - 1266:18

**hooked** [2] - 1295:21, 1295:23

**hope** [2] - 1253:16, 1260:2

**Hope** [1] - 1182:19

**hoped** [1] - 1298:20

**hopefully** [2] - 1240:6, 1270:21

**HORIZON** [1] - 1180:4

**Horizon** [2] - 1279:1, 1291:10

**horizontal** [1] - 1264:10

**hose** [6] - 1191:10, 1191:11, 1191:13, 1208:17, 1288:22

**hot** [5] - 1236:23, 1269:7, 1269:9

**hour** [3] - 1188:14, 1188:15, 1188:16

**hours** [15] - 1230:15, 1230:16, 1230:19, 1232:9, 1234:15, 1240:4, 1251:17, 1252:11, 1256:3, 1256:14, 1257:9, 1289:21, 1289:23

**House** [2] - 1241:25, 1242:1

**house** [5] - 1191:14, 1194:18, 1194:21, 1195:12, 1214:5

**Houston** [16] - 1183:3, 1183:4, 1183:19, 1279:17, 1279:18, 1279:24, 1280:6, 1280:7, 1280:12, 1281:22, 1303:16, 1303:18,

1304:12, 1305:23, 1305:25, 1307:11

**Hsieh** [8] - 1192:3, 1192:8, 1215:12, 1223:21, 1227:17, 1237:9, 1266:22, 1267:1

**Huffman** [2] - 1216:7, 1216:8

**huge** [1] - 1204:4

**hundred** [1] - 1236:4

**hundreds** [1] - 1276:15

**HUNTER** [2] - 1185:11, 1273:7

**Hunter** [17] - 1192:9, 1192:23, 1227:18, 1238:9, 1239:25, 1240:5, 1240:13, 1242:4, 1242:16, 1245:13, 1245:23, 1273:4, 1273:11, 1273:12, 1273:15, 1287:25

**hurricanes** [1] - 1287:9

**hydraulics** [8] - 1232:5, 1235:6, 1235:12, 1237:15, 1237:18, 1237:25, 1249:20, 1254:5

**hydrocarbons** [2] - 1219:9, 1244:21

**hypothesized** [1] - 1187:22

## I

**I** [265] - 1185:1, 1186:1, 1186:12, 1186:14, 1186:22, 1186:24, 1189:10, 1191:4, 1193:11, 1194:25, 1195:16, 1196:2, 1197:11, 1199:4, 1199:12, 1199:15, 1200:14, 1204:6, 1211:7, 1214:2, 1214:20, 1215:25, 1220:4, 1221:1, 1221:16, 1224:25, 1229:18, 1234:19, 1234:21, 1235:14, 1237:13, 1239:16, 1239:21, 1239:24, 1240:14, 1241:5, 1241:21, 1244:1, 1244:2, 1244:3, 1244:5, 1244:23, 1245:11,

1245:12, 1245:14, 1245:20, 1245:23, 1245:25, 1246:4, 1246:9, 1246:23, 1246:25, 1247:11, 1248:1, 1248:22, 1248:23, 1248:24, 1248:25, 1249:5, 1250:18, 1251:1, 1251:10, 1251:11, 1251:12, 1251:17, 1252:12, 1252:18, 1253:2, 1253:14, 1253:15, 1253:18, 1254:21, 1256:6, 1256:22, 1257:4, 1257:10, 1258:9, 1258:24, 1259:14, 1260:2, 1260:12, 1260:16, 1262:10, 1264:8, 1264:13, 1265:2, 1266:1, 1266:24, 1270:17, 1270:21, 1270:24, 1272:19, 1272:21, 1273:17, 1273:19, 1273:22, 1275:19, 1275:23, 1276:2, 1276:4, 1276:5, 1276:8, 1276:10, 1276:19, 1276:24, 1277:2, 1277:10, 1277:23, 1277:24, 1277:25, 1278:1, 1278:3, 1278:5, 1278:10, 1278:12, 1278:23, 1278:25, 1279:5, 1279:13, 1279:14, 1279:16, 1279:19, 1279:20, 1279:22, 1279:25, 1280:23, 1281:25, 1282:7, 1282:8, 1282:10, 1282:12, 1283:1, 1283:5, 1283:13, 1284:4, 1284:7, 1284:12, 1284:20, 1285:3, 1285:10, 1285:16, 1285:17, 1285:18, 1286:1, 1286:14, 1287:1, 1287:5, 1287:12, 1287:19, 1288:5, 1288:18, 1290:4, 1291:20, 1291:24, 1292:2, 1292:24, 1293:3, 1294:3, 1294:6, 1294:13, 1295:8, 1295:22, 1296:22, 1297:1, 1297:6,

1297:7, 1297:8, 1297:22, 1298:2, 1298:3, 1298:5, 1298:6, 1298:7, 1298:17, 1298:18, 1298:19, 1298:20, 1299:6, 1299:8, 1299:10, 1299:23, 1301:15, 1301:23, 1301:24, 1302:3, 1302:12, 1302:15, 1302:16, 1302:17, 1303:3, 1303:10, 1303:11, 1303:12, 1303:13, 1303:14, 1303:15, 1303:17, 1303:18, 1303:22, 1303:23, 1303:25, 1304:4, 1304:10, 1304:12, 1304:13, 1304:18, 1304:22, 1304:25, 1305:1, 1305:2, 1305:6, 1305:8, 1305:12, 1306:1, 1306:2, 1306:10, 1306:21, 1307:3, 1307:7, 1307:8, 1307:10, 1307:11, 1307:13, 1307:15, 1307:16, 1307:18, 1307:20, 1307:21, 1308:10

**I'll** [15] - 1188:2, 1188:3, 1188:4, 1188:11, 1196:17, 1199:6, 1205:23, 1212:14, 1216:21, 1236:8, 1238:6, 1258:17, 1262:8, 1265:18, 1271:16

**I'm** [7] - 1188:3, 1199:3, 1202:25, 1213:13, 1251:12, 1287:12

**I've** [4] - 1247:17, 1275:13, 1278:7, 1278:20

**i.e** [1] - 1207:20

**Ibos** [3] - 1184:19, 1308:10, 1308:18

**idea** [8] - 1260:21, 1262:21, 1267:22, 1287:14, 1290:6, 1294:15, 1296:22, 1296:23

**ideas** [3] - 1279:9, 1279:11, 1279:14

**identified** [1] - 1252:2

**identify** [3] - 1234:4,

1234:5, 1245:2

**If** [3] - 1210:6, 1241:14, 1241:16

**if** [142] - 1188:13, 1188:14, 1188:15, 1189:17, 1190:6, 1190:21, 1191:10, 1191:12, 1191:16, 1194:11, 1198:1, 1198:6, 1198:13, 1198:23, 1199:20, 1200:5, 1201:17, 1202:18, 1202:24, 1204:21, 1205:3, 1205:25, 1206:16, 1207:14, 1208:2, 1208:22, 1208:23, 1209:14, 1210:8, 1210:23, 1212:9, 1212:17, 1213:4, 1213:12, 1213:14, 1215:10, 1217:21, 1217:22, 1217:24, 1218:1, 1218:6, 1218:19, 1219:16, 1219:19, 1219:21, 1220:6, 1220:21, 1221:10, 1221:13, 1222:2, 1222:11, 1222:13, 1222:15, 1222:17, 1222:22, 1222:24, 1223:5, 1224:12, 1224:16, 1225:7, 1226:3, 1227:21, 1227:24, 1228:14, 1228:23, 1231:5, 1234:8, 1234:22, 1234:23, 1235:5, 1235:11, 1236:9, 1237:2, 1237:18, 1238:18, 1241:17, 1241:24, 1249:11, 1249:16, 1251:11, 1253:4, 1253:19, 1254:3, 1254:24, 1255:2, 1255:15, 1255:22, 1257:12, 1258:1, 1258:4, 1258:6, 1258:16, 1260:17, 1261:12, 1262:4, 1262:12, 1262:13, 1263:14, 1264:9, 1264:21, 1268:1, 1269:23, 1271:20, 1272:21, 1272:22, 1273:5, 1273:9, 1279:13, 1279:14, 1280:17, 1284:25, 1285:10, 1287:25, 1288:12, 1288:15,

1288:18, 1288:19,
1288:23, 1289:9,
1289:12, 1289:13,
1289:15, 1289:20,
1289:23, 1291:4,
1292:2, 1292:7,
1292:12, 1293:20,
1293:25, 1294:10,
1294:18, 1296:5,
1296:17, 1296:18,
1297:4, 1298:20,
1304:12, 1306:7,
1306:23
    **ignore** [2] - 1200:16,
1246:7
    **ignored** [1] - 1236:22
    **ignores** [1] - 1211:2
    **ignoring** [1] -
1270:19
    **II** [1] - 1184:17
    **IL** [1] - 1182:14
    **image** [1] - 1281:4
    **images** [1] - 1235:24
    **imaging** [2] - 1281:3,
1281:6
    **immediately** [2] -
1280:1, 1297:22
    **impact** [1] - 1225:9
    **impediment** [1] -
1207:12
    **impediments** [2] -
1201:14, 1203:25
    **Imperial** [2] -
1258:23, 1258:25
    **implication** [1] -
1257:4
    **implicitly** [1] -
1232:15
    **implies** [2] - 1250:7,
1252:16
    **importance** [1] -
1225:22
    **important** [31] -
1224:22, 1225:15,
1225:20, 1229:1,
1230:3, 1230:21,
1231:3, 1236:21,
1237:4, 1240:10,
1242:25, 1247:10,
1249:18, 1253:17,
1255:17, 1258:12,
1263:25, 1264:7,
1266:5, 1268:14,
1271:9, 1274:7,
1280:4, 1283:3,
1283:4, 1296:23,
1306:11, 1307:8,
1307:13
    **importantly** [1] -
1249:15

    **impossible** [2] -
1197:22, 1238:8
    **impression** [3] -
1190:7, 1245:1,
1247:6
    **improve** [1] -
1278:17
    **in** [560] - 1186:9,
1187:15, 1187:16,
1188:13, 1189:1,
1189:12, 1189:15,
1190:16, 1190:19,
1190:20, 1190:24,
1191:8, 1191:10,
1191:12, 1191:22,
1191:23, 1192:2,
1192:15, 1192:18,
1193:4, 1193:19,
1193:21, 1193:23,
1194:9, 1194:18,
1194:20, 1194:21,
1195:5, 1195:9,
1195:12, 1195:19,
1196:4, 1196:11,
1196:15, 1197:22,
1198:10, 1198:17,
1199:7, 1199:12,
1199:15, 1201:6,
1202:15, 1202:17,
1203:1, 1203:3,
1203:24, 1204:1,
1204:2, 1204:3,
1204:11, 1205:7,
1205:10, 1206:9,
1206:14, 1206:21,
1207:5, 1207:11,
1207:15, 1207:17,
1208:2, 1208:7,
1208:9, 1208:10,
1208:20, 1209:16,
1209:17, 1210:4,
1211:11, 1211:14,
1211:18, 1211:22,
1211:23, 1211:24,
1212:3, 1212:13,
1212:15, 1212:19,
1212:21, 1213:9,
1213:13, 1214:4,
1214:5, 1214:12,
1214:13, 1214:16,
1215:4, 1215:14,
1215:20, 1216:2,
1216:7, 1216:8,
1216:10, 1216:13,
1216:21, 1216:23,
1216:25, 1217:5,
1217:7, 1217:12,
1217:16, 1217:18,
1217:19, 1217:20,
1217:23, 1218:4,
1218:6, 1218:8,

1218:21, 1219:7,
1219:8, 1219:20,
1219:22, 1220:6,
1220:9, 1220:14,
1220:18, 1220:23,
1221:4, 1221:9,
1221:10, 1221:18,
1221:19, 1223:17,
1223:22, 1224:1,
1224:3, 1224:18,
1224:20, 1225:24,
1226:11, 1226:13,
1226:18, 1227:9,
1227:10, 1228:21,
1228:22, 1229:1,
1229:4, 1229:6,
1229:11, 1229:12,
1229:17, 1230:2,
1230:5, 1230:12,
1230:15, 1230:17,
1230:18, 1230:19,
1231:1, 1231:2,
1231:15, 1231:20,
1231:22, 1232:2,
1232:11, 1232:13,
1232:16, 1232:24,
1233:1, 1233:10,
1233:15, 1233:16,
1233:19, 1233:23,
1234:2, 1234:10,
1234:12, 1235:9,
1235:13, 1235:15,
1235:24, 1235:25,
1236:7, 1236:11,
1236:12, 1236:13,
1236:16, 1236:21,
1237:3, 1237:11,
1237:16, 1237:17,
1237:18, 1237:22,
1237:25, 1238:7,
1238:10, 1238:19,
1238:23, 1239:4,
1239:20, 1240:10,
1240:23, 1241:4,
1241:11, 1241:17,
1241:18, 1241:20,
1241:22, 1242:2,
1242:25, 1243:3,
1243:11, 1243:20,
1243:22, 1243:23,
1243:25, 1244:7,
1244:11, 1244:13,
1244:16, 1244:19,
1244:20, 1244:21,
1244:22, 1245:1,
1245:5, 1245:8,
1245:10, 1245:14,
1245:20, 1246:4,
1246:11, 1246:24,
1247:12, 1248:21,
1249:14, 1249:17,

1249:21, 1249:22,
1250:6, 1250:8,
1250:13, 1250:14,
1250:18, 1250:21,
1251:1, 1251:4,
1251:5, 1251:7,
1251:10, 1251:12,
1251:14, 1251:19,
1251:21, 1251:23,
1252:1, 1252:4,
1252:8, 1252:10,
1252:14, 1252:20,
1252:22, 1253:4,
1253:15, 1253:17,
1254:4, 1254:6,
1254:9, 1254:10,
1254:11, 1254:14,
1254:18, 1254:25,
1255:1, 1255:4,
1255:7, 1255:10,
1256:3, 1256:6,
1256:9, 1256:12,
1256:14, 1256:16,
1257:7, 1257:14,
1257:19, 1257:25,
1258:11, 1258:18,
1258:22, 1259:1,
1259:3, 1259:4,
1259:5, 1259:7,
1259:10, 1259:12,
1259:13, 1259:14,
1259:16, 1259:18,
1259:20, 1259:21,
1259:22, 1260:7,
1260:11, 1260:21,
1260:23, 1261:2,
1261:5, 1261:6,
1261:12, 1261:16,
1261:18, 1261:20,
1262:3, 1262:8,
1262:9, 1262:20,
1263:10, 1263:12,
1263:13, 1263:24,
1264:2, 1264:3,
1264:6, 1264:10,
1264:14, 1265:1,
1265:2, 1265:5,
1265:7, 1265:14,
1265:22, 1265:24,
1265:25, 1266:2,
1266:3, 1266:9,
1266:20, 1267:5,
1267:9, 1267:10,
1267:11, 1267:14,
1268:1, 1268:3,
1268:6, 1268:12,
1268:15, 1268:16,
1268:18, 1268:19,
1268:21, 1268:22,
1269:4, 1269:6,
1269:7, 1269:9,

1269:12, 1269:14,
1269:17, 1269:24,
1270:7, 1270:10,
1270:12, 1270:13,
1270:15, 1270:23,
1271:1, 1271:2,
1271:6, 1271:9,
1271:19, 1271:21,
1271:24, 1271:25,
1272:6, 1273:18,
1273:19, 1273:22,
1274:12, 1274:16,
1274:17, 1274:18,
1274:22, 1274:24,
1275:3, 1275:7,
1275:10, 1275:16,
1275:20, 1275:21,
1275:22, 1275:23,
1276:1, 1276:2,
1276:3, 1276:4,
1276:5, 1276:6,
1276:7, 1276:9,
1276:13, 1276:16,
1277:10, 1277:12,
1277:14, 1277:19,
1277:22, 1277:24,
1278:1, 1278:3,
1278:4, 1278:6,
1278:16, 1278:20,
1278:24, 1279:1,
1279:4, 1279:7,
1279:12, 1279:18,
1280:5, 1280:7,
1280:11, 1280:15,
1280:19, 1280:20,
1281:5, 1281:15,
1281:19, 1281:22,
1282:17, 1283:1,
1283:4, 1283:13,
1283:14, 1283:20,
1283:21, 1284:5,
1284:7, 1284:9,
1285:6, 1285:13,
1285:18, 1285:19,
1285:24, 1286:3,
1286:4, 1286:5,
1286:6, 1286:7,
1286:19, 1286:23,
1287:2, 1287:4,
1288:13, 1288:15,
1289:17, 1289:22,
1290:9, 1290:18,
1290:25, 1291:7,
1291:16, 1291:17,
1291:18, 1291:20,
1291:21, 1292:10,
1292:17, 1292:25,
1293:1, 1293:6,
1293:10, 1293:13,
1293:14, 1294:1,
1294:18, 1295:8,

1295:23, 1296:3, 1296:5, 1296:6, 1296:11, 1297:11, 1297:24, 1298:7, 1298:16, 1299:1, 1299:5, 1299:10, 1299:12, 1299:17, 1299:19, 1300:6, 1300:9, 1300:20, 1301:1, 1301:4, 1301:12, 1301:17, 1301:20, 1302:1, 1302:10, 1302:16, 1302:20, 1303:4, 1303:18, 1303:19, 1304:1, 1304:5, 1304:12, 1304:16, 1304:19, 1305:7, 1305:18, 1305:23, 1305:25, 1306:2, 1306:5, 1306:7, 1306:15, 1306:17, 1306:21, 1307:3, 1307:14, 1307:21, 1308:14

**IN** [4] - 1180:3, 1180:4, 1180:7, 1273:7

**in-house** [4] - 1194:18, 1194:21, 1195:12, 1214:5

**inaccurate** [1] - 1238:17

**INC** [9] - 1180:10, 1182:1, 1182:3, 1182:3, 1182:4, 1182:5, 1182:21, 1183:14, 1183:15

**inch** [3] - 1213:13, 1213:14, 1294:7

**incident** [6] - 1240:17, 1279:1, 1284:21, 1285:22, 1286:1, 1286:25

**include** [1] - 1274:21

**includes** [3] - 1237:9, 1242:12, 1284:14

**including** [6] - 1195:20, 1232:17, 1256:16, 1281:9, 1286:22, 1290:8

**inconsistent** [2] - 1267:6, 1271:11

**incorporating** [1] - 1256:16

**increase** [7] - 1206:25, 1212:17, 1221:4, 1245:18, 1268:16, 1269:11

**increases** [5] - 1205:15, 1246:12, 1248:13, 1253:25, 1256:2

**increasing** [3] - 1249:17, 1257:16, 1272:8

**indeed** [2] - 1225:20, 1243:11

**independence** [1] - 1277:12

**independent** [3] - 1195:15, 1224:6, 1277:15

**independently** [1] - 1277:21

**index** [4] - 1256:1, 1256:6, 1258:1, 1258:5

**indicated** [1] - 1228:22

**INDICATING)** [10] - 1232:2, 1243:19, 1250:3, 1252:3, 1255:1, 1260:7, 1264:20, 1269:3, 1270:21, 1272:7

**indication** [1] - 1254:17

**individual** [1] - 1283:17

**individuals** [4] - 1278:14, 1279:7, 1285:5

**industry** [37] - 1211:12, 1217:7, 1217:10, 1217:18, 1218:5, 1218:8, 1218:20, 1218:21, 1220:12, 1220:13, 1221:19, 1229:15, 1229:22, 1233:13, 1233:15, 1233:16, 1233:23, 1236:7, 1254:5, 1258:15, 1259:5, 1259:7, 1259:13, 1261:22, 1264:3, 1265:14, 1268:19, 1269:14, 1270:5, 1270:24, 1277:22, 1278:3, 1278:14, 1281:2, 1304:16, 1307:4

**influence** [1] - 1277:21

**influenced** [3] - 1284:15, 1292:25, 1293:15

**influences** [1] - 1269:4

**inform** [1] - 1188:7

**information** [41] - 1187:7, 1187:21, 1188:6, 1189:3, 1189:5, 1190:2, 1191:25, 1192:6, 1198:16, 1198:18, 1205:23, 1216:11, 1223:15, 1225:9, 1225:20, 1226:6, 1229:2, 1233:2, 1233:3, 1233:6, 1233:16, 1233:18, 1233:25, 1238:21, 1238:25, 1239:1, 1239:5, 1239:13, 1239:14, 1240:3, 1245:11, 1245:12, 1247:5, 1249:25, 1251:22, 1253:15, 1268:10, 1271:13, 1283:20, 1292:18, 1301:21

**infrastructure** [1] - 1274:19

**inherent** [1] - 1214:10

**initial** [2] - 1257:9, 1273:12

**initially** [1] - 1241:4

**inject** [2] - 1286:7, 1296:5

**injecting** [1] - 1304:11

**input** [2] - 1225:15

**inputs** [8] - 1212:4, 1212:13, 1221:13, 1225:23, 1229:20, 1234:3, 1246:6, 1270:3

**Inputs** [1] - 1226:9

**inputting** [1] - 1237:7

**insertion** [1] - 1189:21

**inside** [23] - 1196:24, 1197:3, 1197:4, 1199:9, 1201:15, 1206:4, 1206:7, 1206:12, 1206:20, 1207:4, 1207:5, 1207:24, 1209:13, 1210:11, 1280:17, 1280:20, 1281:4, 1282:2, 1282:15, 1282:19, 1291:12, 1294:23

**insight** [1] - 1298:14

**insisted** [1] - 1295:17

**install** [1] - 1261:13

**installation** [2] - 1287:24, 1296:20

**installed** [8] - 1190:15, 1191:2, 1197:6, 1201:9, 1203:10, 1213:25, 1293:16, 1295:6

**instant** [1] - 1285:22

**instantly** [3] - 1234:8, 1234:15, 1256:14

**instead** [7] - 1205:23, 1209:4, 1211:4, 1213:19, 1218:15, 1257:16, 1257:23

**institutions** [1] - 1305:14

**instructed** [2] - 1297:12, 1297:20

**instruction** [1] - 1306:23

**instructions** [1] - 1297:5

**insulation** [1] - 1292:1

**integral** [2] - 1248:3, 1301:13

**integrity** [14] - 1191:20, 1192:6, 1195:14, 1213:25, 1239:10, 1287:3, 1287:4, 1287:17, 1287:18, 1287:23, 1288:4, 1289:12, 1291:19, 1296:13

**intend** [2] - 1247:14, 1247:24

**intended** [1] - 1297:15

**intense** [2] - 1305:11, 1305:17

**intensified** [1] - 1303:25

**intercepted** [1] - 1244:20

**interest** [2] - 1274:20, 1279:11

**interested** [5] - 1267:9, 1280:19, 1291:7, 1291:20, 1291:21

**INTERESTS** [1] - 1181:12

**interface** [1] - 1285:16

**Interior** [3] - 1278:10, 1278:21, 1307:19

**internal** [4] - 1214:18, 1282:14, 1282:21, 1304:4

**internally** [2] - 1214:23, 1226:20

**interpreted** [2] - 1233:15, 1233:23

**interval** [1] - 1297:24

**interventions** [1] - 1265:20

**into** [38] - 1192:2, 1202:11, 1202:20, 1203:5, 1208:17, 1209:24, 1219:16, 1219:18, 1219:21, 1224:18, 1227:5, 1233:8, 1237:7, 1244:24, 1245:1, 1245:3, 1249:13, 1255:3, 1256:7, 1263:6, 1263:14, 1268:10, 1272:21, 1275:14, 1276:12, 1279:1, 1284:20, 1286:7, 1289:7, 1289:25, 1290:4, 1292:19, 1294:16, 1296:7, 1296:8, 1298:14, 1303:8

**introduces** [1] - 1256:20

**introduction** [1] - 1265:3

**investigation** [2] - 1275:13, 1275:14

**involved** [25] - 1192:8, 1192:18, 1243:22, 1276:13, 1278:7, 1279:4, 1279:5, 1279:16, 1281:15, 1283:4, 1284:5, 1284:7, 1285:24, 1286:2, 1286:4, 1286:5, 1286:6, 1287:2, 1301:17, 1303:20, 1303:23, 1305:7

**involvement** [2] - 1276:23, 1278:25

**IOWA** [1] - 1275:14

**IRPINO** [2] - 1181:1, 1181:1

**Island** [1] - 1181:7

**isn't** [1] - 1191:14

**isotropic** [1] - 1264:13

**issuance** [1] - 1288:8

**issue** [43] - 1201:20, 1219:6, 1219:24,

1219:25, 1221:9, 1221:10, 1225:2, 1227:22, 1228:22, 1236:8, 1237:14, 1239:7, 1239:23, 1242:20, 1247:11, 1251:13, 1253:16, 1254:14, 1256:5, 1256:17, 1257:24, 1259:16, 1260:3, 1260:20, 1260:21, 1260:25, 1263:7, 1263:10, 1263:20, 1263:25, 1264:12, 1264:15, 1265:4, 1265:14, 1267:2, 1267:24, 1268:5, 1269:6, 1271:8, 1271:11, 1277:5, 1299:25

**issued** [1] - 1232:19
**issues** [13] - 1221:8, 1228:21, 1231:3, 1235:11, 1249:18, 1254:6, 1255:24, 1255:25, 1258:8, 1259:15, 1271:18, 1274:6, 1279:1
**it** [307] - 1186:8, 1186:9, 1186:15, 1187:10, 1187:11, 1187:24, 1188:25, 1190:13, 1190:15, 1191:2, 1191:9, 1191:12, 1191:16, 1191:24, 1192:2, 1192:20, 1193:9, 1193:19, 1193:22, 1194:4, 1195:17, 1195:20, 1196:11, 1196:16, 1196:23, 1197:9, 1197:12, 1197:14, 1197:22, 1199:6, 1200:5, 1200:14, 1201:10, 1201:11, 1202:7, 1202:9, 1202:10, 1202:20, 1204:2, 1204:3, 1204:17, 1205:19, 1205:24, 1206:4, 1206:12, 1207:8, 1208:8, 1208:18, 1208:22, 1208:23, 1208:24, 1209:5, 1209:7, 1211:12, 1211:20, 1211:22, 1211:23, 1212:4, 1212:12, 1212:20, 1213:6, 1213:9, 1213:12, 1214:2, 1214:20,

1217:3, 1217:7, 1217:19, 1217:21, 1217:22, 1217:23, 1218:2, 1218:17, 1218:23, 1219:7, 1219:8, 1219:20, 1219:23, 1220:3, 1220:5, 1220:8, 1220:21, 1221:3, 1221:10, 1221:20, 1221:24, 1222:4, 1222:6, 1222:8, 1222:18, 1222:21, 1222:23, 1223:25, 1224:13, 1224:14, 1224:22, 1224:23, 1224:24, 1225:20, 1226:2, 1226:3, 1226:4, 1226:12, 1226:14, 1227:2, 1227:11, 1228:15, 1229:12, 1230:16, 1231:11, 1231:22, 1232:23, 1233:8, 1234:15, 1234:22, 1234:23, 1235:10, 1237:1, 1238:7, 1238:12, 1240:15, 1241:5, 1241:11, 1241:14, 1241:16, 1242:2, 1242:8, 1243:8, 1243:10, 1243:13, 1243:20, 1244:4, 1244:14, 1244:23, 1245:18, 1245:25, 1246:17, 1246:18, 1248:5, 1249:13, 1250:5, 1252:6, 1252:21, 1254:1, 1254:3, 1254:24, 1255:1, 1255:5, 1255:6, 1257:23, 1258:17, 1258:20, 1260:7, 1260:12, 1260:18, 1260:24, 1262:13, 1262:14, 1262:15, 1262:18, 1263:11, 1264:16, 1265:15, 1265:23, 1267:20, 1267:25, 1268:1, 1268:20, 1268:21, 1268:22, 1269:4, 1269:8, 1269:14, 1269:24, 1269:25, 1270:15, 1271:15, 1271:21, 1272:22, 1273:15, 1273:22, 1277:4, 1277:9, 1277:10, 1278:13, 1282:1, 1282:18,

1282:19, 1282:21, 1282:23, 1283:2, 1283:21, 1283:22, 1285:3, 1285:10, 1285:21, 1285:25, 1286:17, 1286:24, 1287:10, 1287:12, 1287:13, 1287:14, 1287:19, 1287:20, 1288:12, 1288:14, 1288:18, 1288:19, 1288:21, 1288:24, 1289:12, 1289:20, 1289:22, 1289:23, 1289:24, 1290:6, 1290:13, 1291:11, 1291:18, 1292:6, 1292:7, 1292:10, 1292:12, 1292:17, 1292:24, 1293:3, 1293:12, 1293:13, 1293:25, 1294:18, 1294:19, 1294:22, 1295:10, 1295:16, 1295:24, 1296:7, 1296:10, 1296:18, 1296:22, 1296:24, 1297:17, 1297:24, 1298:19, 1298:20, 1298:21, 1299:24, 1300:7, 1301:8, 1302:3, 1302:7, 1302:8, 1302:9, 1302:16, 1302:19, 1303:10, 1304:3, 1304:10, 1304:12, 1305:11, 1305:12, 1305:17, 1306:1, 1306:8, 1306:11, 1306:12, 1306:19, 1306:23, 1307:4, 1307:8, 1307:9, 1307:10, 1307:12, 1307:13, 1307:16, 1307:20

**it'll** [1] - 1288:15
**It's** [1] - 1267:8
**it's** [99] - 1188:13, 1194:8, 1194:12, 1195:22, 1198:14, 1200:4, 1202:8, 1204:23, 1205:6, 1206:9, 1208:16, 1211:20, 1211:23, 1213:2, 1213:8, 1216:3, 1217:11, 1218:3, 1218:9, 1219:3, 1220:10, 1220:11, 1220:13, 1220:17, 1220:21, 1221:19, 1222:24,

1223:12, 1226:15, 1228:7, 1229:14, 1229:21, 1232:4, 1232:25, 1233:17, 1234:16, 1236:4, 1236:21, 1237:3, 1237:20, 1241:25, 1242:13, 1242:18, 1249:12, 1250:15, 1251:25, 1252:5, 1254:22, 1256:8, 1256:12, 1258:4, 1258:6, 1258:16, 1260:8, 1260:9, 1260:13, 1261:23, 1261:24, 1262:24, 1262:25, 1263:3, 1264:21, 1266:8, 1266:11, 1266:20, 1267:15, 1267:23, 1268:11, 1268:15, 1269:9, 1270:3, 1271:2, 1271:3, 1271:9, 1272:13, 1274:3, 1281:12, 1282:16, 1288:23, 1289:11, 1289:16, 1291:16, 1295:21, 1295:22, 1295:23, 1296:5, 1297:9, 1301:15, 1302:15, 1306:11, 1306:12, 1306:15, 1307:21, 1308:2
**its** [12] - 1187:25, 1200:13, 1228:24, 1230:24, 1239:17, 1244:25, 1246:8, 1259:9, 1261:5, 1274:6, 1299:22
**itself** [4] - 1189:22, 1197:10, 1201:10, 1213:22

## J

**J** [10] - 1180:4, 1180:7, 1180:9, 1180:12, 1180:16, 1181:13, 1182:11, 1183:15, 1183:23, 1184:1
**James** [1] - 1295:8
**JAMES** [1] - 1180:18
**January** [3] - 1245:10, 1245:19, 1245:22
**Jefferson** [1] - 1180:19
**JENNY** [1] - 1182:23

**jinx** [1] - 1266:15
**job** [5] - 1273:21, 1278:15, 1300:8, 1301:20, 1307:6
**John** [1] - 1207:17
**join** [1] - 1279:25
**joint** [2] - 1288:13, 1295:8
**JOSEPH** [1] - 1182:16
**journal** [1] - 1202:15
**JR** [1] - 1182:23
**JUDGE** [1] - 1180:13
**Judge** [4] - 1187:19, 1188:11, 1193:17, 1272:20
**judgment** [5] - 1189:24, 1218:25, 1219:25, 1286:10, 1286:13
**JUDY** [1] - 1181:21
**July** [48] - 1187:10, 1188:23, 1189:13, 1190:16, 1190:17, 1194:21, 1195:9, 1204:13, 1214:3, 1214:18, 1214:19, 1214:21, 1215:1, 1226:19, 1239:4, 1239:10, 1239:16, 1239:19, 1239:23, 1241:2, 1247:16, 1248:12, 1254:15, 1266:17, 1266:22, 1268:12, 1273:22, 1297:8, 1298:6, 1299:2, 1299:5, 1299:7, 1299:17, 1299:23, 1300:7, 1300:9, 1300:10, 1300:13, 1301:16, 1302:23, 1303:1, 1303:5, 1303:6, 1304:18
**jump** [2] - 1188:13, 1201:7
**jumping** [2] - 1204:22, 1206:2
**jumps** [2] - 1204:18, 1206:6
**June** [13] - 1189:4, 1189:10, 1197:7, 1238:6, 1238:10, 1238:17, 1265:14, 1286:9, 1292:25, 1293:1, 1306:2
**junk** [1] - 1232:17
**JURY** [1] - 1180:12
**just** [114] - 1187:14, 1188:9, 1188:19,

1189:6, 1189:19, 1190:7, 1191:4, 1192:22, 1193:12, 1193:17, 1193:21, 1194:19, 1196:13, 1197:9, 1199:3, 1199:6, 1199:15, 1199:17, 1199:20, 1199:23, 1200:14, 1200:15, 1200:21, 1201:6, 1204:21, 1204:23, 1205:7, 1205:19, 1205:21, 1206:17, 1206:19, 1207:8, 1207:13, 1212:1, 1213:4, 1216:3, 1220:21, 1221:10, 1221:14, 1222:9, 1222:14, 1223:12, 1223:25, 1224:12, 1224:13, 1227:1, 1227:22, 1228:1, 1229:12, 1231:19, 1236:18, 1238:6, 1239:24, 1240:5, 1240:9, 1241:17, 1241:21, 1242:4, 1242:14, 1242:25, 1245:12, 1246:11, 1246:22, 1249:4, 1249:5, 1250:19, 1251:3, 1251:24, 1252:20, 1253:4, 1253:19, 1254:20, 1254:21, 1255:1, 1256:6, 1257:5, 1257:21, 1258:10, 1260:2, 1260:16, 1260:17, 1261:4, 1262:4, 1265:18, 1266:16, 1266:24, 1267:13, 1267:20, 1269:9, 1270:2, 1270:11, 1270:21, 1271:4, 1271:5, 1271:16, 1273:25, 1274:8, 1274:15, 1274:21, 1276:22, 1279:2, 1282:10, 1288:22, 1292:2, 1294:10, 1294:11, 1294:20, 1300:12, 1307:4, 1307:7

**JUSTICE** [3] - 1181:16, 1181:23

**justice** [1] - 1202:16

## K

**K** [11] - 1182:5, 1182:16, 1183:11, 1193:24, 1194:9, 1194:13, 1195:23, 1196:18, 1197:4, 1231:9

**KANNER** [2] - 1181:9, 1181:9

**Karen** [4] - 1184:19, 1186:7, 1308:10, 1308:18

**KARIS** [1] - 1182:11

**KATZ** [2] - 1180:15, 1184:1

**keen** [1] - 1298:14

**keenly** [2] - 1280:19, 1291:19

**keep** [7] - 1197:1, 1217:22, 1218:3, 1219:4, 1227:1, 1250:13, 1257:24

**Kelkar** [25] - 1199:10, 1211:7, 1211:24, 1212:6, 1212:8, 1216:19, 1216:22, 1221:12, 1223:9, 1227:24, 1229:9, 1233:7, 1235:17, 1237:4, 1237:8, 1262:7, 1262:15, 1265:4, 1265:12, 1267:8, 1267:12, 1267:15, 1268:2, 1269:25

**Ken** [2] - 1285:4, 1303:24

**Kent** [4] - 1298:8, 1298:9, 1298:10, 1298:17

**KENT** [1] - 1184:11

**KERRY** [1] - 1183:15

**key** [3] - 1288:17, 1288:18, 1303:24

**kick** [1] - 1254:1

**Kill** [3] - 1198:7, 1230:22, 1286:3

**kill** [11] - 1188:22, 1196:16, 1196:17, 1206:2, 1296:5, 1296:6, 1296:7, 1297:16, 1297:23, 1297:25

**kind** [21] - 1205:16, 1212:22, 1233:15, 1233:24, 1236:8, 1242:23, 1264:3, 1264:4, 1264:9,

1264:18, 1268:22, 1269:13, 1269:15, 1270:6, 1270:24, 1272:2, 1281:23, 1282:25, 1289:11, 1306:8

**kinds** [2] - 1281:8, 1291:11

**kink** [3] - 1232:17, 1251:23, 1252:16

**kinked** [2] - 1250:21, 1252:4

**KIRBY** [1] - 1183:10

**KIRKLAND** [3] - 1182:10, 1182:15, 1182:18

**knew** [14] - 1232:19, 1272:22, 1279:12, 1283:18, 1283:23, 1292:7, 1295:5, 1295:12, 1295:16, 1295:18, 1296:24, 1296:25, 1297:6, 1299:17

**know** [65] - 1188:21, 1189:16, 1190:13, 1191:13, 1198:9, 1198:12, 1198:13, 1200:16, 1211:15, 1211:20, 1216:10, 1219:19, 1224:19, 1224:23, 1224:25, 1225:3, 1225:22, 1231:2, 1231:4, 1231:5, 1231:10, 1234:8, 1234:12, 1234:23, 1234:25, 1235:1, 1235:2, 1235:18, 1235:19, 1235:20, 1237:4, 1237:19, 1238:1, 1242:13, 1243:14, 1244:18, 1244:19, 1245:21, 1245:24, 1247:5, 1250:8, 1250:12, 1258:19, 1258:24, 1259:18, 1261:24, 1263:7, 1266:1, 1268:24, 1269:7, 1279:19, 1284:3, 1286:21, 1287:17, 1295:7, 1297:8, 1301:15, 1303:10, 1304:4, 1306:1, 1306:19, 1306:22, 1307:22

**knowing** [3] - 1246:12, 1248:13, 1297:18

**knowledge** [2] -

1259:6, 1277:6

**known** [21] - 1194:8, 1229:2, 1229:3, 1231:4, 1234:3, 1237:18, 1238:7, 1250:25, 1251:25, 1265:14, 1266:2, 1266:14, 1268:15, 1270:14, 1274:5, 1283:17, 1287:23, 1289:20, 1295:15

**knows** [4] - 1198:12, 1249:9, 1264:1, 1304:25

**KRAUS** [1] - 1181:10

**KUCHLER** [2] - 1183:6, 1183:7

**Kuwait** [1] - 1259:7

**Kuwaiti** [1] - 1259:7

**KY** [1] - 1183:10

## L

**L** [4] - 1180:24, 1181:13, 1182:23, 1183:18

**LA** [10] - 1180:4, 1180:17, 1180:20, 1181:2, 1181:5, 1181:11, 1182:7, 1183:8, 1183:17, 1184:20

**lab** [2] - 1275:5, 1295:4

**Lab** [3] - 1193:7, 1290:15, 1295:4

**Lab's** [1] - 1226:25

**lab's** [2] - 1280:2, 1280:3

**labeled** [1] - 1210:13

**Laboratories** [11] - 1273:19, 1274:1, 1274:2, 1274:5, 1274:8, 1274:10, 1276:2, 1276:9, 1277:13, 1285:6, 1290:12

**laboratories** [8] - 1192:11, 1192:12, 1274:3, 1274:16, 1274:22, 1275:3, 1277:15, 1307:1

**laboratory** [11] - 1274:3, 1274:6, 1275:4, 1275:23, 1276:10, 1276:11, 1277:4, 1279:5, 1280:8, 1290:8, 1302:2

**labs** [4] - 1280:3, 1280:22, 1282:11, 1283:9

**Labs** [8] - 1192:17, 1192:22, 1193:2, 1196:4, 1196:13, 1223:18, 1226:24, 1284:1

**Labs'** [2] - 1196:12, 1291:22

**ladder** [3] - 1194:6, 1284:13, 1284:14

**Lafayette** [1] - 1180:20

**lake** [1] - 1254:1

**Lake** [4] - 1181:5, 1277:24, 1278:1, 1278:2

**Lamar** [1] - 1183:3

**landed** [1] - 1206:12

**Landry** [1] - 1200:11

**lands** [2] - 1200:6, 1203:7

**LANGAN** [1] - 1182:11

**large** [8] - 1212:7, 1214:15, 1276:5, 1276:14, 1276:18, 1276:20, 1305:7, 1305:23

**largely** [3] - 1249:20, 1264:18, 1276:19

**larger** [1] - 1236:14

**largest** [3] - 1256:23, 1259:9, 1274:3

**Larsen** [1] - 1210:9

**Larsen's** [1] - 1210:17

**LaSalle** [1] - 1182:13

**laser** [3] - 1202:25, 1250:23, 1294:13

**last** [38] - 1187:10, 1188:5, 1188:22, 1188:23, 1190:14, 1192:8, 1193:14, 1194:17, 1195:8, 1195:18, 1196:16, 1197:21, 1199:17, 1199:18, 1199:20, 1200:11, 1200:12, 1202:18, 1203:2, 1204:13, 1204:14, 1208:21, 1215:19, 1223:16, 1225:2, 1226:8, 1230:1, 1231:16, 1239:14, 1242:17, 1246:16, 1248:15, 1265:19, 1272:4, 1282:8, 1300:6, 1300:7,

1307:6
late [9] - 1238:6, 1238:10, 1238:17, 1239:4, 1245:22, 1251:21, 1272:19, 1279:13, 1303:15
lately [1] - 1278:7
later [11] - 1188:17, 1189:9, 1225:24, 1230:5, 1230:16, 1232:14, 1240:4, 1240:9, 1240:14, 1258:17, 1284:5
law [1] - 1269:9
LAW [2] - 1181:1, 1184:14
lawn [1] - 1191:10
Lawrence [1] - 1192:12
lawsuit [1] - 1202:16
layer [3] - 1210:15, 1210:18
lead [7] - 1203:24, 1244:2, 1245:1, 1247:5, 1285:10, 1285:11, 1303:19
Leader [1] - 1259:3
leadership [2] - 1240:10, 1306:3
leading [6] - 1204:4, 1250:18, 1275:11, 1290:9, 1301:25, 1303:23
leads [1] - 1281:22
leak [7] - 1191:13, 1206:18, 1206:19, 1211:4, 1234:23, 1288:19, 1289:2
leaked [1] - 1240:7
leaking [7] - 1208:4, 1288:21, 1288:23, 1288:24, 1289:15, 1289:17, 1292:10
leaks [1] - 1288:19
learned [2] - 1245:12, 1287:21
LEASING [1] - 1180:8
least [5] - 1204:5, 1220:11, 1237:5, 1255:18, 1289:23
leave [8] - 1191:20, 1191:24, 1192:19, 1199:6, 1226:12, 1289:22, 1296:14
leaves [1] - 1190:10
leaving [2] - 1208:14, 1224:17
led [5] - 1192:10, 1285:1, 1285:2,

1285:11, 1291:24
LEE [1] - 1184:14
Lee [1] - 1193:14
left [9] - 1194:7, 1205:21, 1217:17, 1222:14, 1229:14, 1229:23, 1234:24, 1235:8, 1303:15
legal [2] - 1219:24, 1220:2
Lego [1] - 1193:14
Lehr [2] - 1241:15, 1242:3
length [1] - 1213:9
less [22] - 1188:2, 1199:19, 1208:7, 1208:9, 1218:17, 1227:10, 1239:21, 1249:13, 1249:24, 1250:2, 1255:19, 1256:2, 1256:3, 1262:16, 1263:19, 1263:20, 1264:9, 1264:22, 1265:11, 1269:21
let [5] - 1200:5, 1248:15, 1251:3, 1258:2, 1300:4
let's [12] - 1190:12, 1196:15, 1200:24, 1213:23, 1226:10, 1242:2, 1245:25, 1272:12, 1290:19, 1295:20, 1299:3, 1308:2
Let's [3] - 1241:6, 1242:3, 1242:5
lets [1] - 1203:23
letter [7] - 1195:2, 1214:24, 1277:5, 1277:7, 1277:10, 1288:2
level [4] - 1194:15, 1217:9, 1222:1, 1284:19
LEVIN [1] - 1180:21
Levitan's [1] - 1209:23
LEWIS [3] - 1182:5, 1182:21, 1183:1
LI [1] - 1183:22
Liberty [1] - 1263:1
lied [1] - 1225:23
life [2] - 1231:3, 1242:13
lift [1] - 1254:4
lighter [4] - 1219:20, 1259:20, 1259:23, 1269:8
lightweight [1] -

1275:11
like [44] - 1188:13, 1191:9, 1194:12, 1197:13, 1197:14, 1198:6, 1200:5, 1202:13, 1203:9, 1206:18, 1208:16, 1208:17, 1212:22, 1219:17, 1220:24, 1223:13, 1229:15, 1230:22, 1242:18, 1246:19, 1250:1, 1254:1, 1254:22, 1261:11, 1262:25, 1264:21, 1269:15, 1273:3, 1274:25, 1278:25, 1279:23, 1280:13, 1283:1, 1284:20, 1287:1, 1288:22, 1291:9, 1292:2, 1292:5, 1299:6, 1302:11, 1307:9
liked [3] - 1290:6, 1291:4, 1291:5
likelihood [1] - 1249:2
likely [7] - 1214:20, 1214:23, 1226:14, 1248:24, 1249:12, 1250:15, 1272:6
limit [1] - 1213:21
limitations [1] - 1237:14
LIMITED [1] - 1182:4
line [29] - 1194:3, 1195:21, 1199:16, 1200:14, 1200:15, 1200:16, 1205:6, 1205:7, 1210:12, 1210:13, 1210:17, 1210:19, 1215:4, 1222:17, 1227:19, 1231:19, 1255:20, 1255:22, 1257:6, 1257:21, 1264:12, 1296:5, 1296:7, 1296:13, 1297:15, 1297:17, 1297:23, 1297:24, 1297:25
linear [4] - 1205:5, 1206:24, 1206:25, 1209:6
lines [14] - 1194:21, 1198:23, 1198:24, 1205:8, 1210:12, 1223:8, 1224:10, 1228:5, 1228:8, 1252:21, 1258:10, 1305:21, 1305:24,

1305:25
liquid [15] - 1217:2, 1217:3, 1217:13, 1217:17, 1217:21, 1217:22, 1217:23, 1219:4, 1219:14, 1219:15, 1219:19, 1219:20, 1227:7, 1238:16
LISKOW [1] - 1182:5
list [1] - 1216:18
listed [1] - 1187:15
listened [1] - 1301:23
litigation [2] - 1223:12, 1223:19
little [38] - 1187:23, 1188:9, 1191:9, 1199:19, 1200:1, 1200:22, 1201:8, 1201:11, 1208:18, 1208:19, 1208:20, 1213:12, 1214:14, 1214:24, 1218:2, 1228:3, 1230:16, 1230:23, 1235:13, 1237:3, 1238:11, 1240:9, 1241:17, 1241:21, 1249:22, 1251:1, 1255:6, 1256:5, 1257:7, 1259:14, 1262:16, 1262:17, 1265:10, 1266:12, 1268:12, 1273:24, 1276:22, 1301:15
lived [1] - 1278:1
Livermore [1] - 1192:12
living [1] - 1260:12
LLC [1] - 1183:13
LLP [1] - 1182:18
location [1] - 1245:2
locked [2] - 1206:9, 1206:21
logic [1] - 1240:17
London [2] - 1258:24, 1258:25
long [10] - 1207:3, 1207:8, 1207:25, 1208:25, 1211:15, 1213:9, 1234:15, 1238:13, 1289:24, 1305:16
longer [3] - 1276:3, 1278:1, 1307:1
look [42] - 1193:7, 1200:24, 1208:18, 1212:10, 1222:17, 1233:4, 1234:10,

1237:2, 1239:6, 1239:7, 1239:21, 1240:20, 1240:22, 1242:18, 1246:10, 1249:20, 1249:24, 1252:22, 1253:13, 1254:24, 1255:2, 1255:13, 1262:12, 1265:23, 1269:15, 1271:9, 1271:24, 1278:15, 1280:16, 1280:17, 1283:1, 1283:2, 1285:25, 1286:1, 1287:1, 1289:9, 1293:16, 1294:10, 1297:4, 1299:18, 1299:20
looked [18] - 1197:13, 1197:14, 1235:24, 1239:7, 1239:8, 1246:22, 1248:19, 1249:4, 1249:7, 1250:20, 1251:14, 1256:15, 1264:2, 1281:5, 1284:8, 1293:18
looking [14] - 1188:14, 1188:17, 1240:2, 1245:14, 1253:20, 1259:10, 1260:6, 1260:20, 1261:6, 1265:21, 1267:5, 1269:20, 1270:6, 1301:6
looks [6] - 1194:12, 1229:11, 1229:12, 1253:3, 1254:22, 1265:6
Los [2] - 1182:20, 1183:24
lose [2] - 1217:23, 1288:20
lot [18] - 1188:22, 1233:19, 1235:15, 1255:24, 1260:9, 1260:13, 1281:14, 1281:22, 1282:8, 1286:14, 1288:14, 1294:4, 1298:14, 1300:22, 1302:13, 1305:17, 1306:9, 1306:10
lots [5] - 1294:5, 1294:7, 1294:8, 1302:4
Louisiana [2] - 1277:24, 1308:11
LOUISIANA [2] - 1180:1, 1181:9
low [12] - 1204:10,

1211:5, 1214:10, 1215:5, 1220:23, 1220:25, 1221:3, 1234:16, 1265:7, 1289:16, 1293:5, 1296:19

**lower** [12] - 1187:18, 1189:13, 1197:20, 1200:21, 1247:15, 1247:20, 1247:21, 1247:25, 1248:25, 1249:2, 1271:24, 1288:24

**LP** [1] - 1183:6

**luckily** [3] - 1186:7, 1186:9, 1198:25

**LUIS** [1] - 1183:22

**lunch** [1] - 1308:2

**LUNCH** [1] - 1308:4

**LUNDY** [3] - 1181:3, 1181:4

**LUXENBERG** [1] - 1180:24

**Lynch** [2] - 1195:18, 1195:19

## M

**M** [2] - 1181:6, 1184:17

**M56** [1] - 1210:18

**M56D** [2] - 1210:15, 1210:18

**Maclay** [1] - 1267:8

**Macondo** [17] - 1187:4, 1210:12, 1213:18, 1230:2, 1248:21, 1256:1, 1259:22, 1260:7, 1260:24, 1264:19, 1264:21, 1265:10, 1267:3, 1267:4, 1267:18, 1291:10

**made** [18] - 1229:20, 1230:25, 1232:1, 1234:7, 1236:24, 1238:19, 1256:10, 1256:11, 1269:12, 1274:24, 1280:3, 1282:14, 1286:2, 1286:21, 1291:22, 1295:8, 1302:19, 1304:20

**Magazine** [1] - 1181:2

**magnitude** [1] - 1208:5

**mail** [10] - 1193:5, 1245:24, 1252:14,

1281:12, 1281:20, 1281:24, 1281:25, 1297:4, 1297:6

**main** [5] - 1198:18, 1203:19, 1260:6, 1280:20

**maintained** [1] - 1278:3

**major** [4] - 1286:1, 1286:8, 1288:3, 1301:20

**make** [30] - 1186:17, 1221:9, 1227:20, 1231:6, 1231:10, 1231:22, 1233:16, 1235:7, 1255:22, 1259:20, 1261:9, 1266:4, 1269:1, 1269:23, 1270:22, 1271:15, 1278:16, 1280:2, 1283:22, 1285:13, 1285:21, 1289:4, 1292:13, 1293:24, 1294:22, 1295:13, 1295:19, 1296:24, 1297:19, 1306:20

**makers** [1] - 1286:13

**makes** [8] - 1218:2, 1262:12, 1263:11, 1267:25, 1268:21, 1269:25, 1272:8, 1287:18

**making** [7] - 1212:12, 1236:13, 1256:22, 1261:20, 1286:24, 1287:1, 1290:6

**manage** [1] - 1277:3

**management** [3] - 1279:7, 1284:14, 1284:15

**manifested** [1] - 1277:12

**manners** [1] - 1276:6

**many** [17] - 1223:2, 1232:16, 1238:3, 1239:12, 1250:8, 1256:8, 1265:19, 1283:17, 1286:15, 1286:19, 1286:23, 1294:12, 1298:18, 1301:17, 1302:16, 1305:19

**Marcia** [5] - 1239:24, 1240:4, 1241:14, 1242:7, 1292:21

**Margie** [1] - 1281:21

**Marjorie** [1] - 1290:4

**MARTIN** [3] -

1182:19, 1184:8, 1184:14

**MARTINEZ** [1] - 1182:23

**Mason** [1] - 1193:3

**mass** [3] - 1229:13, 1239:11, 1239:20

**massive** [1] - 1293:14

**massively** [1] - 1263:3

**masters** [3] - 1275:19, 1275:20, 1275:22

**Masters** [1] - 1275:20

**match** [16] - 1187:16, 1216:6, 1222:2, 1222:4, 1222:11, 1222:12, 1222:16, 1222:19, 1222:21, 1222:22, 1222:23, 1222:24, 1223:1, 1223:11, 1271:10

**matched** [1] - 1223:8

**matches** [5] - 1204:8, 1210:15, 1210:19, 1222:4, 1222:5

**matching** [1] - 1222:18

**material** [23] - 1211:8, 1211:9, 1211:11, 1211:17, 1216:19, 1216:20, 1220:23, 1221:6, 1221:11, 1221:12, 1221:15, 1223:10, 1227:22, 1229:22, 1232:23, 1233:1, 1233:4, 1234:18, 1234:21, 1235:3, 1235:16, 1259:23

**materials** [2] - 1207:4, 1264:20

**math** [1] - 1194:13

**mathematical** [2] - 1202:20, 1221:22

**matter** [7] - 1208:22, 1243:8, 1257:12, 1291:15, 1307:14, 1307:23, 1308:14

**matters** [6] - 1186:11, 1210:22, 1251:16, 1252:12, 1278:6, 1302:16

**MATTHEW** [2] - 1181:4, 1182:12

**maximize** [2] - 1218:9, 1261:14

**maximum** [1] - 1225:12

**MAXIMUS** [1] - 1202:14

**may** [12] - 1189:24, 1199:4, 1213:20, 1215:7, 1223:13, 1228:23, 1243:17, 1245:20, 1249:5, 1273:15, 1288:19, 1289:17

**May** [31] - 1188:22, 1188:25, 1189:2, 1189:3, 1189:9, 1197:19, 1197:22, 1202:1, 1203:13, 1203:14, 1204:5, 1205:13, 1205:18, 1206:6, 1206:12, 1207:1, 1211:3, 1230:12, 1246:8, 1252:4, 1253:6, 1253:7, 1253:9, 1255:9, 1256:19, 1256:24, 1257:2, 1258:4, 1279:23, 1299:19

**maybe** [8] - 1199:23, 1218:3, 1226:3, 1230:16, 1234:13, 1257:22, 1284:17, 1304:6

**MAZE** [1] - 1181:13

**McCRANEY** [1] - 1184:16

**McCUTCHEN** [1] - 1183:9

**McNutt** [7] - 1223:15, 1239:24, 1240:4, 1241:14, 1242:7, 1245:10, 1292:21

**mD** [1] - 1209:15

**MD** [1] - 1184:2

**MDL-2179** [1] - 1180:3

**MDT** [2] - 1268:9, 1271:14

**me** [22] - 1186:25, 1248:15, 1248:22, 1251:3, 1258:2, 1262:25, 1279:12, 1279:13, 1279:14, 1281:16, 1281:19, 1281:20, 1286:15, 1295:4, 1299:4, 1299:23, 1302:16, 1304:8, 1304:12, 1304:15, 1305:25, 1307:8

**mean** [4] - 1213:21,

1271:23, 1272:1, 1302:3

**means** [8] - 1214:24, 1230:5, 1274:6, 1277:20, 1289:16, 1293:10, 1296:3, 1301:4

**meant** [3] - 1191:21, 1304:24, 1305:1

**measure** [10] - 1193:21, 1209:12, 1211:13, 1212:23, 1213:1, 1221:24, 1289:13, 1289:15, 1296:11, 1296:12

**measured** [28] - 1198:14, 1201:3, 1204:14, 1205:9, 1210:11, 1211:2, 1211:20, 1223:1, 1234:1, 1236:7, 1236:15, 1236:18, 1252:23, 1257:1, 1257:8, 1257:10, 1257:12, 1257:18, 1257:23, 1264:3, 1264:5, 1266:23, 1270:4, 1270:5, 1292:8, 1296:11

**measurement** [1] - 1213:2

**measurements** [2] - 1198:6, 1257:20

**mechanical** [3] - 1184:22, 1275:20, 1277:2

**mechanically** [2] - 1217:19, 1219:8

**mechanics** [1] - 1227:12

**Mechanics** [1] - 1264:1

**mechanisms** [3] - 1282:21, 1287:7, 1287:10

**medium** [1] - 1265:8

**meet** [4] - 1242:5, 1262:8, 1299:23, 1306:22

**meeting** [17] - 1193:5, 1215:15, 1239:5, 1239:22, 1240:10, 1240:11, 1241:2, 1241:6, 1242:19, 1242:20, 1272:20, 1279:21, 1286:22, 1300:8, 1300:12, 1304:13

**meetings** [5] - 1243:23, 1300:13,

1301:2, 1301:11,
1304:18
 **mega** [1] - 1300:3
 **members** [6] -
1284:9, 1295:9,
1300:18, 1303:21,
1305:22, 1305:23
 **memorandum** [1] -
1209:22
 **mention** [2] -
1258:10, 1270:24
 **mentioned** [7] -
1215:25, 1252:18,
1253:18, 1266:24,
1274:21, 1276:21,
1276:24
 **merely** [1] - 1225:12
 **merit** [1] - 1245:23
 **Merrill** [7] - 1214:25,
1215:1, 1215:6,
1215:16, 1227:15,
1227:16, 1266:22
 **met** [3] - 1216:8,
1300:9
 **metal** [1] - 1250:18
 **metals** [3] - 1207:25,
1208:9, 1208:10
 **meter** [4] - 1193:18,
1196:22, 1198:7
 **meter-type** [1] -
1196:22
 **methane** [1] - 1217:2
 **method** [4] - 1211:7,
1227:23, 1227:25,
1292:22
 **methodically** [1] -
1296:14
 **methodologies** [3] -
1187:6, 1239:6,
1240:3
 **methodology** [17] -
1211:8, 1221:12,
1222:14, 1229:7,
1229:8, 1229:9,
1229:11, 1229:19,
1230:23, 1232:5,
1235:6, 1235:12,
1241:20, 1261:23,
1270:2, 1270:18,
1300:5
 **methods** [13] -
1198:22, 1199:2,
1221:15, 1221:16,
1223:7, 1224:7,
1228:6, 1239:11,
1239:19, 1249:20,
1280:16, 1292:21
 **Mexico** [5] - 1214:12,
1214:13, 1265:5,
1265:7, 1278:8

**MEXICO** [1] - 1180:4
 **mic** [1] - 1191:4
**MICHAEL** [1] -
1183:21
 **Michael** [1] - 1254:8
 **micro** [1] - 1214:24
 **microsips** [24] -
1213:1, 1214:6,
1214:9, 1214:23,
1215:3, 1215:5,
1215:7, 1215:17,
1215:18, 1215:23,
1215:25, 1226:13,
1226:15, 1264:17,
1264:25, 1265:1,
1265:18, 1266:8,
1266:15, 1266:18,
1267:1, 1267:2,
1267:18, 1267:22
 **mid** [4] - 1189:9,
1205:10, 1292:25,
1293:1
 **mid-June** [2] -
1292:25, 1293:1
 **mid-May** [1] - 1189:9
 **middle** [8] - 1201:6,
1203:1, 1222:20,
1245:20, 1262:9,
1273:12, 1299:2,
1299:6
 **might** [16] - 1191:17,
1192:21, 1193:22,
1197:21, 1217:17,
1221:22, 1242:17,
1279:9, 1281:2,
1281:17, 1282:3,
1282:19, 1282:24,
1302:3, 1306:19
 **MIKE** [1] - 1184:14
 **Mike** [2] - 1193:3,
1228:19
 **miked** [1] - 1186:22
 **miles** [3] - 1188:15,
1188:16, 1216:25
 **MILLER** [1] -
1183:15
 **millidarcies** [9] -
1209:15, 1209:16,
1209:17, 1209:19,
1209:21, 1210:5,
1210:13, 1210:20,
1222:18
 **millidarcy** [2] -
1209:25, 1210:17
 **million** [66] - 1187:5,
1187:11, 1187:17,
1190:10, 1190:11,
1199:16, 1201:1,
1203:11, 1204:9,
1204:17, 1204:19,

1204:23, 1209:24,
1212:8, 1212:11,
1213:20, 1216:15,
1221:5, 1222:7,
1223:4, 1223:11,
1223:18, 1223:23,
1224:6, 1224:10,
1224:13, 1225:6,
1225:18, 1225:25,
1226:3, 1226:4,
1228:6, 1228:8,
1228:9, 1228:15,
1229:24, 1232:8,
1232:12, 1232:20,
1234:11, 1239:18,
1239:20, 1241:5,
1243:3, 1243:12,
1243:16, 1243:24,
1244:4, 1247:1,
1247:8, 1247:24,
1248:4, 1248:7,
1248:8, 1248:20,
1248:23, 1248:25,
1249:1, 1249:10,
1250:14, 1260:4,
1268:2
 **millions** [1] -
1187:15
 **mind** [2] - 1250:13,
1287:4
 **minimize** [1] -
1227:7
 **minus** [11] - 1243:16,
1244:1, 1244:3,
1246:11, 1246:15,
1247:18, 1247:19,
1248:2, 1249:11,
1267:1, 1305:5
 **minute** [4] - 1206:8,
1206:20, 1267:13,
1279:2
 **minutes** [5] -
1186:12, 1188:2,
1188:3, 1246:23,
1254:19
 **missing** [1] - 1243:7
**MISSISSIPPI** [1] -
1184:14
**MIT** [1] - 1258:25
**MITCHELL** [1] -
1180:21
 **mixed** [1] - 1253:21
 **model** [49] - 1192:4,
1192:6, 1193:12,
1193:13, 1193:14,
1197:24, 1201:25,
1202:12, 1202:14,
1202:20, 1202:21,
1203:3, 1203:9,
1204:20, 1205:2,

1205:3, 1209:1,
1209:2, 1209:3,
1209:5, 1209:7,
1219:10, 1221:21,
1221:22, 1221:23,
1223:23, 1229:7,
1231:8, 1232:15,
1238:12, 1238:17,
1239:12, 1252:21,
1255:10, 1256:13,
1257:25, 1260:2,
1267:3, 1267:9,
1270:14, 1270:25,
1271:2, 1271:4,
1272:7
 **modeling** [5] -
1202:19, 1210:5,
1267:5, 1283:7,
1290:24
 **modelled** [3] -
1250:24, 1252:19,
1268:20
 **models** [10] - 1191:7,
1192:1, 1205:16,
1210:12, 1230:17,
1250:22, 1265:23,
1297:10, 1297:13,
1299:9
 **moderate** [3] -
1300:8, 1304:2,
1304:13
 **moderated** [1] -
1302:4
 **moderating** [2] -
1302:10, 1304:1
 **Member** [2] -
1207:10, 1207:14
 **Monday** [2] - 1180:5,
1239:5
 **MONDAY** [1] -
1186:2
**MONTAGNET** [1] -
1184:16
 **Montgomery** [1] -
1181:14
 **months** [2] -
1276:16, 1299:19
**MOORE** [1] -
1184:14
 **more** [39] - 1193:18,
1194:12, 1197:23,
1206:18, 1212:10,
1214:16, 1217:22,
1217:23, 1218:24,
1220:13, 1220:18,
1227:11, 1235:13,
1237:3, 1238:11,
1241:21, 1246:9,
1248:1, 1248:24,
1249:2, 1249:12,

1249:13, 1249:22,
1250:15, 1251:2,
1257:7, 1260:13,
1263:17, 1263:18,
1263:19, 1268:12,
1272:6, 1273:24,
1276:22, 1278:8,
1293:5, 1303:19,
1303:20, 1305:6
**MORGAN** [2] -
1181:6
 **morning** [6] -
1186:6, 1186:22,
1228:18, 1273:2,
1306:3, 1306:4
**MORNING** [2] -
1180:11, 1186:3
 **most** [6] - 1214:20,
1214:23, 1226:14,
1261:4, 1277:19,
1306:16
 **mostly** [2] - 1254:24,
1284:7
 **motion** [1] - 1220:1
 **motivated** [1] -
1227:3
 **move** [9] - 1201:12,
1209:12, 1210:25,
1212:15, 1221:7,
1255:2, 1264:23,
1278:25, 1284:20
 **moved** [5] - 1189:12,
1189:24, 1218:24,
1219:25, 1304:14
 **movies** [1] - 1254:15
 **moving** [2] -
1253:22, 1268:17
 **Mr** [15] - 1185:5,
1185:6, 1185:12,
1186:20, 1186:21,
1193:14, 1207:21,
1208:6, 1228:17,
1228:22, 1231:8,
1232:10, 1234:7,
1272:17, 1273:1
 **MR** [12] - 1186:13,
1186:19, 1186:22,
1186:25, 1187:2,
1228:18, 1272:19,
1272:24, 1273:2,
1273:14, 1303:7,
1307:24
 **MS** [2] - 1184:15,
1184:18
 **Ms** [1] - 1195:15
 **much** [42] - 1186:9,
1187:4, 1190:5,
1193:8, 1195:6,
1211:14, 1211:18,
1212:20, 1212:24,

1213:16, 1218:12, 1221:11, 1221:14, 1224:13, 1228:23, 1229:25, 1231:6, 1234:23, 1235:1, 1235:2, 1235:8, 1235:19, 1248:23, 1248:24, 1249:1, 1249:12, 1250:15, 1252:24, 1259:17, 1261:21, 1263:6, 1266:12, 1266:18, 1272:6, 1272:11, 1276:12, 1290:3, 1292:6, 1292:8, 1292:9, 1295:19

**mud** [4] - 1286:7, 1296:5, 1296:6, 1304:12

**multi** [1] - 1274:13

**multi-Program** [1] - 1274:13

**multiple** [1] - 1217:20, 1218:15, 1218:21, 1224:10, 1227:6

**multiply** [1] - 1194:9

**multiplying** [1] - 1199:18

**multistage** [4] - 1218:8, 1218:11, 1219:2, 1220:12

**MUNGER** [1] - 1183:20

**must** [3] - 1192:20, 1206:11, 1254:10

**MUX** [1] - 1189:1

**my** [34] - 1213:13, 1244:5, 1248:13, 1248:22, 1249:5, 1262:19, 1265:8, 1267:19, 1270:12, 1271:16, 1272:19, 1273:11, 1276:2, 1276:19, 1284:22, 1285:13, 1286:16, 1287:4, 1290:8, 1295:5, 1298:2, 1298:14, 1300:8, 1300:20, 1301:20, 1302:13, 1302:20, 1303:16, 1303:25, 1306:23, 1307:6, 1307:11, 1308:13

**myself** [1] - 1297:22


# N


**N** [5] - 1181:7, 1182:13, 1185:1,

1186:1, 1273:12

**N.W** [2] - 1182:17, 1183:11

**name** [3] - 1273:10, 1273:11, 1274:15

**Napolitano** [1] - 1240:6

**narrow** [1] - 1212:11

**NASA** [1] - 1285:8

**Nat** [1] - 1273:2

**NATHANIEL** [1] - 1181:18

**nation** [6] - 1274:4, 1275:5, 1277:18, 1307:7

**nation's** [5] - 1193:6, 1274:7, 1274:20, 1276:21, 1276:23

**National** [15] - 1196:12, 1273:19, 1274:1, 1274:2, 1274:5, 1274:8, 1274:10, 1277:12, 1279:8, 1285:6, 1290:12, 1290:15, 1291:22, 1295:4

**national** [8] - 1192:11, 1259:8, 1274:5, 1274:19, 1275:1, 1277:16, 1302:2, 1307:1

**natural** [1] - 1225:14

**near** [2] - 1242:9

**need** [27] - 1198:9, 1198:12, 1198:13, 1214:15, 1216:23, 1234:25, 1235:1, 1235:2, 1235:18, 1235:19, 1237:17, 1240:6, 1240:17, 1240:19, 1240:22, 1240:25, 1241:1, 1243:7, 1245:15, 1259:18, 1263:7, 1286:4, 1293:11, 1293:12, 1301:7, 1307:10

**needed** [4] - 1217:12, 1229:10, 1280:9, 1282:25

**needs** [2] - 1246:2, 1275:5

**negative** [1] - 1207:19

**negotiating** [1] - 1305:4

**negotiation** [1] - 1243:4

**negotiations** [1] - 1243:2

**neither** [3] - 1204:3, 1207:6, 1215:16

**Nesic** [4] - 1207:23, 1208:25, 1250:17, 1252:18

**Nevada** [1] - 1276:5

**never** [8] - 1205:1, 1207:15, 1243:12, 1243:18, 1244:24, 1256:3, 1291:6, 1300:19

**new** [6] - 1239:25, 1241:10, 1245:11, 1246:7, 1278:21, 1289:13

**New** [9] - 1180:4, 1180:17, 1180:25, 1181:2, 1181:11, 1182:7, 1183:8, 1183:17, 1184:20

**news** [2] - 1289:14, 1289:16

**next** [73] - 1188:19, 1189:6, 1189:11, 1189:17, 1190:6, 1190:21, 1191:5, 1193:11, 1193:13, 1193:16, 1193:17, 1194:1, 1194:5, 1194:11, 1194:19, 1195:1, 1195:7, 1195:11, 1196:3, 1196:22, 1196:23, 1197:8, 1198:4, 1198:21, 1199:14, 1200:9, 1200:12, 1200:24, 1201:17, 1201:23, 1202:18, 1202:24, 1203:5, 1203:17, 1204:17, 1205:4, 1205:25, 1207:14, 1208:2, 1209:14, 1210:6, 1210:8, 1210:25, 1211:6, 1211:16, 1213:4, 1214:1, 1214:22, 1214:25, 1215:1, 1215:21, 1215:22, 1218:6, 1220:7, 1220:22, 1222:13, 1222:18, 1223:5, 1224:2, 1224:21, 1225:7, 1229:18, 1232:11, 1241:7, 1243:15, 1249:6, 1251:3, 1251:8, 1251:13, 1295:3, 1303:22

**night** [2] - 1242:17, 1303:17

**nine** [8] - 1214:3, 1230:15, 1234:15, 1251:16, 1252:11, 1256:2, 1256:3, 1256:14

**ninth** [1] - 1211:25

**nitpick** [2] - 1196:8, 1227:2

**NIX** [1] - 1184:7

**NNSA** [1] - 1238:21

**No** [7] - 1180:3, 1180:7, 1180:9, 1208:3, 1265:19, 1265:20, 1282:10

**no** [28] - 1192:24, 1196:2, 1197:14, 1201:16, 1205:15, 1207:4, 1207:12, 1231:20, 1236:10, 1244:13, 1245:24, 1252:1, 1252:11, 1256:19, 1256:25, 1257:1, 1265:25, 1266:15, 1276:3, 1287:9, 1290:17, 1290:25, 1298:25, 1301:12, 1305:15, 1306:25, 1307:24

**NOBLE** [1] - 1184:16

**non** [5] - 1264:19, 1274:18, 1276:8, 1277:1, 1278:14

**NON** [1] - 1180:12

**non-government** [1] - 1278:14

**NON-JURY** [1] - 1180:12

**non-Macondo** [1] - 1264:19

**non-nuclear** [1] - 1277:1

**non-proliferation** [2] - 1274:18, 1276:8

**none** [4] - 1227:16, 1239:11, 1239:19, 1257:1

**noon** [1] - 1308:2

**nor** [1] - 1215:16

**normal** [1] - 1218:10

**normally** [1] - 1294:15

**NORTH** [4] - 1182:2, 1182:3, 1182:4, 1182:5

**not** [122] - 1186:14, 1188:1, 1189:12, 1190:4, 1190:5, 1192:8, 1196:7, 1196:9, 1204:4, 1204:13, 1205:2,

1207:20, 1207:21, 1208:13, 1208:16, 1209:3, 1215:24, 1216:3, 1216:15, 1217:11, 1218:3, 1219:15, 1220:11, 1220:17, 1222:9, 1222:19, 1223:12, 1223:25, 1225:12, 1227:9, 1227:25, 1228:7, 1229:9, 1231:22, 1231:25, 1232:5, 1232:15, 1232:20, 1233:20, 1233:21, 1234:9, 1234:14, 1235:10, 1235:25, 1236:2, 1238:12, 1238:24, 1241:25, 1242:4, 1242:11, 1242:22, 1243:5, 1243:9, 1243:20, 1243:23, 1244:3, 1244:5, 1244:21, 1245:4, 1245:6, 1245:8, 1245:21, 1246:14, 1246:24, 1249:5, 1250:7, 1251:17, 1253:11, 1256:16, 1257:10, 1260:5, 1260:10, 1260:13, 1260:14, 1260:19, 1261:6, 1262:6, 1262:10, 1262:24, 1264:9, 1264:12, 1264:13, 1264:14, 1265:23, 1266:11, 1266:12, 1267:3, 1267:6, 1267:22, 1267:23, 1268:21, 1269:2, 1269:14, 1270:3, 1270:8, 1271:5, 1272:9, 1281:2, 1282:22, 1284:15, 1286:5, 1286:6, 1286:7, 1287:17, 1287:18, 1289:4, 1289:15, 1292:11, 1295:22, 1296:19, 1298:20, 1302:19, 1303:10, 1303:18, 1304:3, 1305:25, 1306:12

**note** [7] - 1220:5, 1221:6, 1238:9, 1244:9, 1258:12, 1293:4

**notes** [3] - 1241:3, 1242:19, 1267:1

**nothing** [4] - 1186:9, 1193:18, 1194:12,

1296:2
**now** [81] - 1189:16,
1196:12, 1197:21,
1197:23, 1200:1,
1200:20, 1200:24,
1201:24, 1203:17,
1204:6, 1208:9,
1212:3, 1216:21,
1218:19, 1219:3,
1225:22, 1226:15,
1226:18, 1226:22,
1227:1, 1227:11,
1227:16, 1227:19,
1230:23, 1231:17,
1234:7, 1236:25,
1237:13, 1239:4,
1239:16, 1240:24,
1241:2, 1242:15,
1242:22, 1243:3,
1243:9, 1244:7,
1246:6, 1246:22,
1247:2, 1247:5,
1247:10, 1248:15,
1250:4, 1250:13,
1251:12, 1251:25,
1253:17, 1254:20,
1254:24, 1254:25,
1255:2, 1255:4,
1255:7, 1255:8,
1256:5, 1256:17,
1257:3, 1258:9,
1258:20, 1261:2,
1261:7, 1263:22,
1264:7, 1265:13,
1265:17, 1267:12,
1268:4, 1268:25,
1269:6, 1269:12,
1270:11, 1270:17,
1272:13, 1278:25,
1284:20, 1290:19,
1297:14, 1302:22,
1306:25
**Now** [1] - 1226:10
**nozzle** [1] - 1191:12
**nuclear** [18] -
1192:14, 1274:8,
1274:11, 1274:13,
1274:17, 1275:22,
1276:3, 1276:8,
1276:9, 1276:13,
1276:14, 1276:21,
1276:23, 1277:1,
1277:2, 1277:6,
1302:21, 1306:18
**number** [79] -
1187:15, 1189:25,
1190:1, 1196:6,
1197:16, 1197:20,
1200:17, 1203:5,
1204:10, 1204:19,

1204:24, 1206:6,
1206:7, 1209:11,
1209:25, 1210:18,
1212:16, 1212:18,
1214:6, 1214:7,
1214:11, 1214:19,
1214:23, 1215:8,
1215:17, 1215:25,
1216:6, 1221:2,
1227:4, 1230:24,
1231:17, 1231:18,
1231:23, 1231:24,
1231:25, 1232:13,
1237:17, 1239:17,
1239:20, 1240:15,
1241:4, 1241:10,
1241:11, 1242:8,
1242:9, 1242:10,
1243:4, 1243:12,
1246:10, 1246:25,
1247:8, 1247:17,
1247:25, 1248:1,
1248:2, 1248:12,
1249:12, 1250:1,
1250:7, 1250:12,
1257:12, 1257:13,
1257:15, 1258:12,
1258:17, 1262:5,
1262:15, 1266:13,
1270:19, 1272:1,
1276:6, 1282:8,
1285:25
**numbered** [1] -
1308:14
**numbers** [11] -
1194:22, 1196:5,
1197:25, 1200:20,
1215:14, 1223:13,
1225:18, 1226:5,
1258:14, 1262:7,
1272:1
**numerous** [1] -
1275:9
**NW** [1] - 1182:9
**NY** [1] - 1180:25

# O

**O** [6] - 1180:19,
1185:11, 1186:1,
1273:7, 1273:11,
1273:12
**o'clock** [2] - 1303:16,
1306:3
**O'CONNOR** [1] -
1182:16
**O'Keefe** [1] -
1180:16
**O'ROURKE** [7] -
1181:18, 1186:19,

1186:22, 1186:25,
1187:2, 1272:19,
1272:24
**O'Rourke** [10] -
1185:5, 1186:19,
1186:20, 1186:21,
1187:2, 1228:22,
1231:8, 1234:7,
1272:17, 1273:1
**objective** [3] -
1277:16, 1277:18,
1277:19
**observe** [1] -
1296:16
**observed** [1] -
1255:8
**observing** [1] -
1279:6
**obtained** [1] -
1297:23
**obviously** [2] -
1188:12, 1207:18
**occasion** [3] -
1281:1, 1300:19,
1304:10
**occasions** [3] -
1286:15, 1304:8,
1305:20
**occur** [8] - 1244:19,
1250:9, 1251:9,
1252:5, 1253:21,
1255:15, 1256:24,
1263:5
**occurred** [16] -
1207:7, 1208:7,
1219:9, 1230:19,
1230:25, 1232:17,
1237:24, 1244:13,
1247:9, 1249:10,
1251:9, 1252:24,
1253:13, 1253:14,
1271:14, 1292:7
**occurring** [10] -
1230:2, 1230:6,
1232:3, 1238:2,
1238:4, 1253:5,
1253:9, 1254:23,
1258:5, 1263:3
**occurs** [1] - 1254:10
**Ocean** [1] - 1278:11
**ocean** [9] - 1194:9,
1219:8, 1219:18,
1219:21, 1219:23,
1224:18, 1294:16,
1296:7, 1296:8
**Oceanic** [1] -
1307:19
**oceanic** [3] -
1219:10, 1220:16,
1220:20

**October** [2] - 1180:5,
1224:3
**OCTOBER** [1] -
1186:2
**odd** [1] - 1197:21
**odometer** [1] -
1188:14
**of** [891] - 1186:15,
1187:4, 1187:6,
1187:9, 1187:10,
1187:15, 1187:16,
1187:23, 1187:24,
1187:25, 1188:3,
1188:5, 1188:7,
1188:20, 1188:21,
1188:22, 1188:23,
1188:24, 1189:13,
1189:14, 1189:16,
1189:23, 1189:25,
1190:1, 1190:7,
1190:8, 1190:10,
1190:11, 1190:17,
1190:18, 1190:19,
1190:23, 1190:25,
1191:15, 1192:2,
1192:3, 1192:9,
1192:11, 1192:15,
1193:4, 1193:7,
1193:12, 1194:2,
1194:8, 1194:13,
1194:20, 1194:21,
1194:23, 1194:24,
1194:25, 1195:1,
1195:4, 1195:10,
1195:13, 1195:16,
1195:18, 1195:19,
1195:25, 1196:5,
1196:19, 1196:21,
1196:23, 1196:24,
1197:5, 1197:6,
1197:8, 1197:9,
1197:10, 1197:12,
1197:15, 1197:17,
1197:18, 1197:19,
1197:25, 1198:1,
1198:2, 1198:6,
1198:7, 1198:16,
1198:17, 1198:19,
1198:23, 1198:24,
1199:3, 1199:7,
1199:10, 1199:17,
1199:18, 1199:24,
1200:2, 1200:3,
1200:5, 1200:10,
1200:21, 1200:22,
1200:25, 1201:3,
1201:4, 1201:5,
1201:7, 1201:9,
1201:12, 1201:18,
1201:19, 1201:20,

1201:21, 1202:3,
1202:5, 1202:15,
1202:16, 1202:20,
1203:5, 1203:6,
1203:7, 1203:11,
1203:22, 1204:3,
1204:12, 1204:14,
1204:16, 1204:20,
1204:22, 1205:1,
1205:9, 1205:11,
1205:14, 1205:16,
1205:23, 1206:3,
1206:19, 1206:25,
1207:6, 1207:7,
1207:10, 1207:12,
1207:25, 1208:5,
1208:7, 1208:8,
1208:11, 1208:21,
1209:1, 1209:4,
1209:6, 1209:12,
1210:2, 1210:9,
1210:15, 1210:20,
1211:1, 1211:2,
1211:4, 1211:6,
1211:16, 1211:19,
1212:2, 1212:4,
1212:10, 1212:18,
1212:22, 1212:23,
1213:5, 1213:10,
1213:16, 1213:19,
1213:25, 1214:2,
1214:7, 1214:10,
1214:12, 1214:13,
1214:17, 1215:1,
1215:8, 1215:19,
1215:20, 1216:12,
1216:14, 1216:17,
1216:18, 1216:25,
1217:2, 1217:16,
1217:17, 1217:24,
1218:3, 1218:11,
1218:15, 1218:16,
1218:20, 1218:21,
1218:24, 1219:7,
1219:15, 1219:16,
1219:23, 1220:20,
1220:22, 1221:7,
1221:8, 1221:15,
1221:16, 1221:17,
1221:25, 1222:7,
1222:8, 1222:11,
1222:16, 1222:17,
1222:25, 1223:2,
1223:3, 1223:4,
1223:6, 1223:8,
1223:11, 1223:15,
1223:18, 1223:19,
1223:20, 1223:24,
1224:1, 1224:4,
1224:5, 1224:6,
1224:7, 1224:10,

1224:15, 1224:16, 1224:24, 1225:6, 1225:22, 1226:10, 1226:11, 1226:21, 1227:4, 1227:5, 1227:6, 1227:7, 1227:9, 1227:10, 1227:15, 1227:16, 1228:2, 1228:4, 1228:5, 1228:6, 1228:8, 1228:9, 1228:11, 1228:12, 1228:13, 1228:14, 1228:19, 1228:21, 1228:22, 1228:24, 1229:1, 1229:4, 1229:9, 1229:13, 1229:14, 1229:18, 1229:23, 1229:25, 1230:3, 1230:9, 1230:11, 1230:14, 1230:21, 1231:3, 1231:6, 1231:8, 1231:9, 1231:10, 1231:13, 1231:21, 1232:3, 1232:5, 1232:8, 1232:9, 1232:10, 1232:11, 1232:13, 1232:16, 1232:20, 1233:10, 1233:11, 1233:15, 1233:18, 1233:19, 1233:24, 1234:4, 1234:5, 1234:8, 1234:10, 1234:12, 1234:13, 1234:14, 1234:16, 1234:23, 1234:25, 1235:11, 1235:15, 1235:16, 1235:18, 1235:20, 1235:25, 1236:2, 1236:6, 1236:8, 1236:9, 1236:12, 1236:18, 1236:22, 1236:23, 1237:4, 1237:5, 1237:6, 1237:10, 1237:11, 1237:12, 1237:14, 1237:17, 1237:20, 1237:22, 1237:23, 1238:14, 1238:15, 1238:16, 1238:19, 1238:20, 1238:24, 1239:1, 1239:3, 1239:4, 1239:7, 1239:8, 1239:11, 1239:14, 1239:17, 1239:19, 1239:20, 1239:23, 1240:4, 1240:8, 1240:13, 1240:15, 1240:17,

1240:18, 1240:22, 1241:4, 1241:5, 1241:7, 1241:8, 1241:15, 1241:23, 1242:13, 1242:15, 1242:16, 1242:17, 1242:18, 1242:23, 1243:12, 1244:2, 1244:12, 1244:15, 1244:16, 1244:20, 1244:22, 1244:25, 1245:2, 1245:7, 1245:8, 1245:10, 1245:15, 1245:16, 1245:17, 1245:20, 1246:2, 1246:5, 1246:8, 1246:13, 1246:15, 1246:21, 1247:1, 1247:3, 1247:9, 1247:11, 1247:15, 1247:17, 1247:21, 1247:23, 1248:3, 1248:6, 1248:11, 1248:19, 1248:20, 1249:4, 1249:7, 1249:12, 1249:18, 1249:19, 1249:20, 1249:23, 1250:6, 1250:11, 1250:15, 1250:18, 1250:20, 1250:22, 1250:23, 1251:4, 1251:6, 1251:15, 1251:24, 1252:8, 1252:14, 1252:16, 1252:24, 1253:3, 1253:6, 1253:9, 1253:20, 1253:24, 1253:25, 1254:6, 1254:7, 1254:11, 1254:12, 1254:13, 1254:14, 1254:15, 1254:16, 1254:17, 1254:18, 1254:19, 1254:23, 1255:1, 1255:3, 1255:4, 1255:5, 1255:6, 1255:8, 1255:10, 1255:11, 1255:13, 1255:16, 1255:18, 1255:25, 1256:7, 1256:12, 1256:14, 1256:16, 1256:23, 1256:25, 1257:3, 1257:6, 1257:14, 1257:16, 1257:19, 1257:23, 1258:4, 1258:11, 1258:17, 1258:18, 1258:21, 1258:24, 1258:25, 1259:6, 1259:8,

1259:12, 1259:14, 1259:15, 1259:16, 1259:19, 1259:21, 1259:24, 1259:25, 1260:3, 1260:5, 1260:9, 1260:10, 1260:11, 1260:12, 1260:16, 1260:19, 1260:21, 1260:23, 1260:24, 1260:25, 1261:2, 1261:3, 1261:4, 1261:5, 1261:11, 1261:13, 1261:15, 1261:16, 1262:14, 1262:19, 1262:20, 1262:21, 1262:22, 1262:25, 1263:1, 1263:4, 1263:7, 1263:8, 1263:9, 1263:11, 1263:12, 1263:21, 1263:23, 1263:24, 1263:25, 1264:1, 1264:3, 1264:4, 1264:6, 1264:9, 1264:18, 1264:22, 1264:25, 1265:1, 1265:4, 1265:5, 1265:6, 1265:7, 1265:8, 1265:10, 1265:13, 1265:14, 1265:15, 1265:17, 1265:18, 1265:21, 1266:1, 1266:2, 1266:6, 1266:10, 1266:13, 1266:20, 1266:25, 1267:4, 1267:6, 1267:24, 1268:5, 1268:7, 1268:12, 1268:14, 1268:16, 1268:18, 1268:22, 1269:3, 1269:9, 1269:13, 1269:15, 1269:16, 1270:4, 1270:6, 1270:7, 1270:11, 1270:18, 1270:20, 1270:24, 1270:25, 1271:4, 1271:5, 1271:10, 1271:12, 1271:18, 1271:24, 1272:2, 1273:18, 1273:19, 1273:20, 1273:21, 1274:2, 1274:3, 1274:10, 1274:12, 1274:13, 1274:15, 1274:18, 1274:23, 1275:1, 1275:3, 1275:7, 1275:11, 1275:14, 1275:15, 1275:25,

1276:3, 1276:5, 1276:6, 1276:10, 1276:11, 1276:15, 1276:16, 1276:17, 1277:1, 1277:6, 1277:8, 1277:17, 1278:5, 1278:7, 1278:8, 1278:10, 1278:13, 1278:15, 1278:20, 1278:21, 1278:23, 1279:1, 1279:3, 1279:7, 1279:8, 1279:9, 1279:14, 1280:10, 1280:24, 1281:7, 1281:8, 1281:14, 1281:15, 1281:22, 1281:23, 1281:25, 1282:1, 1282:6, 1282:7, 1282:8, 1282:14, 1282:20, 1282:22, 1282:23, 1282:25, 1283:1, 1283:11, 1283:19, 1284:7, 1284:9, 1284:21, 1285:5, 1285:6, 1285:8, 1285:11, 1285:18, 1285:19, 1285:23, 1286:1, 1286:2, 1286:3, 1286:9, 1286:14, 1286:15, 1286:19, 1286:20, 1287:1, 1287:5, 1287:6, 1287:14, 1287:15, 1287:24, 1288:5, 1288:8, 1288:9, 1288:10, 1288:11, 1288:14, 1288:16, 1288:18, 1289:6, 1289:11, 1289:13, 1289:19, 1289:21, 1290:2, 1290:6, 1290:9, 1290:10, 1290:13, 1291:11, 1291:13, 1291:14, 1291:17, 1291:19, 1291:25, 1292:1, 1292:2, 1292:3, 1292:6, 1292:9, 1292:11, 1292:12, 1292:13, 1292:14, 1292:15, 1292:18, 1292:21, 1293:1, 1293:8, 1293:13, 1293:14, 1293:17, 1293:18, 1293:19, 1293:21, 1293:22, 1293:23, 1294:4, 1294:5, 1294:7, 1294:8,

1294:11, 1294:12, 1294:14, 1294:20, 1294:24, 1295:8, 1295:9, 1295:11, 1295:14, 1295:16, 1295:19, 1296:2, 1296:13, 1296:15, 1296:20, 1296:24, 1297:7, 1297:24, 1297:25, 1298:2, 1298:6, 1298:14, 1298:23, 1298:25, 1299:2, 1299:5, 1299:6, 1299:13, 1299:17, 1299:19, 1299:23, 1300:1, 1300:2, 1300:6, 1300:7, 1300:9, 1300:10, 1300:13, 1300:21, 1300:22, 1301:7, 1301:10, 1301:16, 1301:17, 1301:20, 1301:21, 1301:22, 1301:23, 1301:24, 1302:3, 1302:4, 1302:5, 1302:7, 1302:8, 1302:13, 1302:15, 1302:17, 1302:18, 1302:20, 1302:22, 1303:5, 1303:11, 1304:10, 1304:15, 1304:23, 1304:24, 1305:12, 1305:18, 1305:19, 1305:21, 1306:3, 1306:5, 1306:7, 1306:8, 1306:9, 1306:16, 1306:17, 1306:18, 1307:13, 1307:18, 1307:19, 1307:23, 1308:11, 1308:13

**OF** [16] - 1180:1, 1180:4, 1180:7, 1180:9, 1180:12, 1181:9, 1181:12, 1181:16, 1181:23, 1184:3, 1184:7, 1184:10, 1184:11, 1184:14

**off** [29] - 1189:11, 1189:24, 1197:25, 1200:7, 1200:8, 1201:7, 1201:12, 1202:13, 1206:11, 1206:14, 1206:19, 1211:3, 1217:15, 1217:21, 1219:8, 1219:14, 1219:15, 1220:20, 1228:7, 1239:24, 1240:5,

1249:12, 1288:5, 1288:18, 1294:19, 1294:20, 1295:12, 1296:15

**off-the-shelf** [2] - 1202:13, 1228:7

**offer** [2] - 1192:17, 1197:19

**offered** [1] - 1301:25

**OFFICE** [2] - 1184:3, 1184:10

**office** [1] - 1303:15

**officer** [1] - 1195:2

**OFFICIAL** [1] - 1184:19

**official** [1] - 1216:14

**Official** [2] - 1308:10, 1308:19

**offshore** [3] - 1278:9, 1278:12, 1278:16

**OFFSHORE** [1] - 1183:13

**often** [1] - 1302:21

**oh** [5] - 1291:9, 1293:20, 1300:19, 1304:3, 1305:23

**Oil** [7] - 1216:13, 1224:2, 1225:1, 1225:4, 1225:8, 1241:9, 1243:7

**oil** [160] - 1187:4, 1187:9, 1187:10, 1187:16, 1187:23, 1189:19, 1189:23, 1190:1, 1190:8, 1190:24, 1194:13, 1194:23, 1194:24, 1195:5, 1195:10, 1195:16, 1195:25, 1196:5, 1196:19, 1196:24, 1196:25, 1197:5, 1197:9, 1197:12, 1198:2, 1199:1, 1199:18, 1200:3, 1200:4, 1201:3, 1201:4, 1201:19, 1201:20, 1203:6, 1203:8, 1203:11, 1204:13, 1204:14, 1204:16, 1204:22, 1205:1, 1205:9, 1207:15, 1208:21, 1209:12, 1211:1, 1211:2, 1211:14, 1211:18, 1211:19, 1212:1, 1212:3, 1212:13, 1212:15, 1212:21,

1216:17, 1216:21, 1216:23, 1216:25, 1217:18, 1218:9, 1218:10, 1218:12, 1218:17, 1218:22, 1219:7, 1219:15, 1219:16, 1220:6, 1220:11, 1220:14, 1220:23, 1222:1, 1222:7, 1223:11, 1223:19, 1223:20, 1224:4, 1224:6, 1224:13, 1224:15, 1227:5, 1227:6, 1228:6, 1228:13, 1228:14, 1229:11, 1229:12, 1229:14, 1229:23, 1230:9, 1233:10, 1234:12, 1234:14, 1234:24, 1235:19, 1235:22, 1235:25, 1237:9, 1237:19, 1241:12, 1242:17, 1253:21, 1253:23, 1254:4, 1254:7, 1254:17, 1254:24, 1255:3, 1255:4, 1259:8, 1259:17, 1260:5, 1260:24, 1261:5, 1261:8, 1261:11, 1261:15, 1261:18, 1261:19, 1261:21, 1262:4, 1262:14, 1262:16, 1263:2, 1263:12, 1268:17, 1270:7, 1271:21, 1271:24, 1277:22, 1278:2, 1278:9, 1279:4, 1279:10, 1287:7, 1291:17, 1292:6, 1292:8, 1292:9, 1292:11, 1292:12, 1293:11, 1294:15, 1294:17, 1294:21, 1294:23, 1294:24, 1295:1, 1307:4

**OIL** [2] - 1180:3, 1180:4

**oily** [1] - 1212:23

**okay** [5] - 1186:11, 1186:17, 1186:25, 1272:17, 1272:21

**ole** [1] - 1208:17

**OLGA** [2] - 1202:13, 1210:4

**OLSON** [1] - 1183:20

**on** [295] - 1188:24, 1189:4, 1189:9,

1189:13, 1190:16, 1190:17, 1191:7, 1192:1, 1192:7, 1192:13, 1194:20, 1195:3, 1195:4, 1195:9, 1195:17, 1196:10, 1196:11, 1197:6, 1197:11, 1197:13, 1198:7, 1198:9, 1198:18, 1199:18, 1200:6, 1200:15, 1201:2, 1201:8, 1201:11, 1202:1, 1202:9, 1202:10, 1203:2, 1203:15, 1204:13, 1204:14, 1205:20, 1206:12, 1207:23, 1208:3, 1208:14, 1208:21, 1209:5, 1209:11, 1209:15, 1209:17, 1210:10, 1210:12, 1210:16, 1211:1, 1211:7, 1211:16, 1211:22, 1212:15, 1212:16, 1212:25, 1213:2, 1214:3, 1214:8, 1214:11, 1214:21, 1215:1, 1215:8, 1215:19, 1215:25, 1216:11, 1216:18, 1216:19, 1217:3, 1218:1, 1219:6, 1219:25, 1220:16, 1221:3, 1221:6, 1221:7, 1222:14, 1223:19, 1225:4, 1225:15, 1226:19, 1226:24, 1227:12, 1227:13, 1227:19, 1228:19, 1229:2, 1229:20, 1230:12, 1230:25, 1231:16, 1232:1, 1232:9, 1232:20, 1232:24, 1233:2, 1233:5, 1233:7, 1233:12, 1233:16, 1235:8, 1235:9, 1236:3, 1236:6, 1237:6, 1237:8, 1237:9, 1237:10, 1237:17, 1238:2, 1239:5, 1239:10, 1239:18, 1239:23, 1240:2, 1240:12, 1240:13, 1240:15, 1240:23, 1241:2, 1241:6, 1241:7, 1241:21, 1242:1, 1242:2,

1242:12, 1242:15, 1242:18, 1242:19, 1242:21, 1243:10, 1243:21, 1244:4, 1244:8, 1245:3, 1245:13, 1246:16, 1246:25, 1247:4, 1247:5, 1247:10, 1247:15, 1247:24, 1248:22, 1249:10, 1250:25, 1251:5, 1251:14, 1251:25, 1252:1, 1252:4, 1252:7, 1252:9, 1252:10, 1253:12, 1253:18, 1253:22, 1253:24, 1254:1, 1256:8, 1256:9, 1256:18, 1258:12, 1258:18, 1259:15, 1261:11, 1262:6, 1263:4, 1263:15, 1263:25, 1264:18, 1264:19, 1264:23, 1265:4, 1265:14, 1266:9, 1266:15, 1266:17, 1266:22, 1266:23, 1267:2, 1267:23, 1270:4, 1270:5, 1271:1, 1271:11, 1271:23, 1273:24, 1274:8, 1276:6, 1276:16, 1278:13, 1278:16, 1278:21, 1279:12, 1279:17, 1279:19, 1279:25, 1280:9, 1280:11, 1280:15, 1280:20, 1280:25, 1281:6, 1281:21, 1282:2, 1282:11, 1282:23, 1283:7, 1283:11, 1283:18, 1284:5, 1284:16, 1285:16, 1285:17, 1286:5, 1286:10, 1286:15, 1286:17, 1287:14, 1287:15, 1287:17, 1287:20, 1288:10, 1288:11, 1288:14, 1289:4, 1289:19, 1289:24, 1290:20, 1290:22, 1290:24, 1290:25, 1291:2, 1292:5, 1293:5, 1293:23, 1294:3, 1294:6, 1294:7, 1294:9, 1294:15, 1294:17, 1295:10, 1295:11, 1295:15, 1295:18,

1295:24, 1297:8, 1297:9, 1297:17, 1297:19, 1298:5, 1298:14, 1299:4, 1299:8, 1299:10, 1299:11, 1299:20, 1299:22, 1300:2, 1300:3, 1300:9, 1300:13, 1300:15, 1300:16, 1300:17, 1301:16, 1302:5, 1302:7, 1302:9, 1302:13, 1302:16, 1303:12, 1304:6, 1304:15, 1305:19, 1306:2, 1307:19

**ON** [1] - 1180:4

**on-scene** [1] - 1195:3

**once** [5] - 1195:20, 1208:21, 1213:5, 1268:15, 1268:20

**One** [3] - 1182:6, 1216:8, 1256:6

**one** [117] - 1186:21, 1190:14, 1192:3, 1192:8, 1193:7, 1194:25, 1195:18, 1196:21, 1197:19, 1199:9, 1199:10, 1201:12, 1201:18, 1201:22, 1203:12, 1203:18, 1204:15, 1206:8, 1206:17, 1206:18, 1206:20, 1212:4, 1213:7, 1214:21, 1215:19, 1216:19, 1217:9, 1217:23, 1218:14, 1218:18, 1218:24, 1219:4, 1219:6, 1220:10, 1220:11, 1220:24, 1221:6, 1221:15, 1225:5, 1228:21, 1232:5, 1232:13, 1236:5, 1236:22, 1237:5, 1238:19, 1241:15, 1242:5, 1243:3, 1244:17, 1246:1, 1248:15, 1249:15, 1249:18, 1249:19, 1249:23, 1250:18, 1253:22, 1255:25, 1256:9, 1257:6, 1257:15, 1257:24, 1258:3, 1258:21, 1259:24, 1260:21, 1262:20, 1262:22, 1263:23, 1265:8,

1265:25, 1268:14, 1268:22, 1270:11, 1270:25, 1271:1, 1271:16, 1271:18, 1271:24, 1274:3, 1275:3, 1275:15, 1279:12, 1279:13, 1280:17, 1281:16, 1281:22, 1283:11, 1285:8, 1287:1, 1288:4, 1288:10, 1288:11, 1288:17, 1290:25, 1291:24, 1291:25, 1294:12, 1297:18, 1297:19, 1299:4, 1299:11, 1301:14, 1301:17, 1302:1, 1305:15, 1306:7, 1306:16, 1306:25, 1307:8

**one-stage** [3] - 1218:18, 1219:4, 1220:24

**ones** [4] - 1223:3, 1237:12, 1260:6, 1295:5

**online** [3] - 1188:25, 1189:10, 1202:1

**only** [16] - 1187:23, 1192:8, 1208:23, 1213:18, 1217:5, 1217:17, 1235:14, 1238:12, 1246:18, 1249:15, 1252:5, 1254:12, 1255:14, 1289:21, 1290:17, 1304:25

**onto** [1] - 1295:21

**open** [11] - 1196:23, 1218:14, 1287:21, 1294:5, 1294:21, 1296:19, 1297:18, 1305:22, 1305:24, 1306:1

**OPEN** [2] - 1186:5, 1272:16

**OPENING** [1] - 1185:4

**opening** [12] - 1186:12, 1186:17, 1187:3, 1190:22, 1198:19, 1199:12, 1220:4, 1220:17, 1228:19, 1228:23, 1236:21, 1268:1

**operated** [1] - 1189:7

**operating** [1] - 1195:2

**operational** [1] - 1278:17

**opine** [1] - 1196:19

**opinion** [8] - 1210:14, 1210:17, 1247:14, 1247:24, 1248:5, 1259:16, 1267:17, 1277:16

**opinions** [4] - 1228:24, 1229:2, 1237:2, 1302:21

**opportunity** [2] - 1247:2, 1306:11

**opposed** [2] - 1249:18, 1264:23

**opposite** [1] - 1271:4

**option** [2] - 1287:15, 1287:16

**or** [87] - 1190:24, 1191:13, 1191:14, 1191:24, 1192:20, 1194:22, 1197:21, 1198:13, 1198:14, 1202:13, 1205:14, 1205:15, 1206:19, 1206:24, 1210:16, 1213:7, 1213:14, 1216:24, 1217:9, 1222:6, 1226:3, 1226:13, 1227:11, 1229:15, 1230:16, 1231:12, 1234:11, 1236:14, 1241:6, 1242:12, 1242:18, 1243:15, 1244:1, 1244:3, 1244:15, 1246:11, 1246:15, 1247:18, 1247:19, 1248:2, 1249:11, 1249:21, 1251:17, 1252:11, 1255:10, 1255:14, 1255:19, 1256:7, 1257:16, 1262:1, 1262:9, 1262:21, 1263:1, 1263:19, 1265:23, 1267:13, 1268:7, 1268:12, 1271:10, 1277:3, 1279:23, 1280:20, 1280:24, 1281:2, 1283:5, 1284:18, 1286:5, 1286:6, 1286:7, 1287:21, 1289:4, 1291:10, 1292:12, 1292:23, 1294:7, 1296:7, 1296:25, 1299:24, 1303:10, 1303:18, 1305:3, 1305:4, 1305:5, 1305:25

**orange** [1] - 1260:8

**order** [19] - 1187:15, 1195:5, 1199:11, 1199:12, 1199:16, 1204:11, 1230:17, 1231:23, 1237:18, 1237:25, 1254:6, 1254:10, 1255:11, 1256:13, 1257:25, 1259:18, 1260:23, 1265:25, 1276:16

**ordinance** [1] - 1208:5

**organized** [2] - 1299:9, 1305:12

**orient** [1] - 1216:18

**orientation** [1] - 1213:15

**original** [9] - 1211:18, 1212:3, 1212:13, 1212:15, 1216:21, 1216:23, 1220:23, 1270:7, 1274:10

**Orleans** [8] - 1180:4, 1180:17, 1181:2, 1181:11, 1182:7, 1183:8, 1183:17, 1184:20

**oscillates** [1] - 1254:16

**other** [45] - 1188:24, 1194:16, 1196:15, 1202:3, 1203:18, 1204:3, 1204:25, 1205:18, 1207:1, 1207:23, 1210:2, 1211:10, 1212:10, 1215:4, 1218:22, 1220:4, 1221:15, 1221:16, 1222:10, 1222:11, 1222:16, 1224:1, 1230:21, 1232:1, 1238:22, 1238:23, 1252:23, 1253:1, 1257:19, 1257:24, 1258:13, 1270:11, 1271:8, 1274:12, 1274:15, 1274:19, 1274:22, 1277:10, 1278:20, 1281:20, 1283:14, 1284:9, 1292:10, 1300:1

**others** [3] - 1238:9, 1239:9, 1245:14

**otherwise** [1] - 1190:24

**our** [47] - 1187:14, 1187:16, 1192:10, 1193:9, 1194:23,

1196:5, 1196:8, 1199:8, 1200:24, 1216:2, 1216:18, 1220:17, 1221:17, 1223:6, 1223:12, 1223:25, 1234:19, 1235:23, 1241:14, 1245:14, 1250:6, 1256:19, 1261:15, 1271:4, 1272:4, 1273:3, 1275:15, 1277:6, 1277:14, 1278:15, 1279:7, 1280:16, 1280:20, 1281:21, 1281:22, 1284:22, 1286:22, 1286:24, 1289:3, 1291:24, 1299:3, 1299:21, 1299:23, 1300:2, 1302:1, 1305:13

**ours** [4] - 1200:1, 1200:22, 1209:3, 1300:6

**ourselves** [1] - 1216:18

**out** [102] - 1186:8, 1187:4, 1187:24, 1187:25, 1189:1, 1189:14, 1190:9, 1190:10, 1190:11, 1190:25, 1191:18, 1194:3, 1195:3, 1195:5, 1197:2, 1197:6, 1197:10, 1197:19, 1200:3, 1201:19, 1201:20, 1203:14, 1209:4, 1211:19, 1213:13, 1214:7, 1217:2, 1217:15, 1217:20, 1217:25, 1218:1, 1218:2, 1221:15, 1223:19, 1224:10, 1224:15, 1228:9, 1228:13, 1228:14, 1232:8, 1233:11, 1234:8, 1234:13, 1235:6, 1237:20, 1239:17, 1240:7, 1241:23, 1242:2, 1242:7, 1242:21, 1243:15, 1248:21, 1251:24, 1254:25, 1259:11, 1262:1, 1263:11, 1264:6, 1270:19, 1272:22, 1279:3, 1281:6, 1282:18, 1282:22, 1285:9, 1286:20, 1289:9, 1289:24,

1290:4, 1291:10, 1291:17, 1291:18, 1292:9, 1292:15, 1292:24, 1293:19, 1293:21, 1293:22, 1293:24, 1294:4, 1294:5, 1294:7, 1294:8, 1294:16, 1294:21, 1294:23, 1296:4, 1296:7, 1296:8, 1297:4, 1297:25, 1298:3, 1301:10, 1302:9, 1302:18, 1307:14, 1307:22

**outcome** [3] - 1261:16, 1269:16, 1271:16

**outlier** [1] - 1226:16

**outline** [1] - 1188:3

**output** [1] - 1204:20

**outputs** [1] - 1212:4

**outside** [4] - 1190:25, 1197:4, 1202:15, 1300:2

**over** [56] - 1187:25, 1190:8, 1198:11, 1198:19, 1200:10, 1200:14, 1200:17, 1200:18, 1201:2, 1201:5, 1201:15, 1201:19, 1203:4, 1203:6, 1203:24, 1204:1, 1205:14, 1206:11, 1206:19, 1207:12, 1207:13, 1208:11, 1218:15, 1222:7, 1228:2, 1229:6, 1234:2, 1234:22, 1234:24, 1235:7, 1237:24, 1241:18, 1242:8, 1242:14, 1243:10, 1249:21, 1250:5, 1250:24, 1252:1, 1252:25, 1253:7, 1253:14, 1255:12, 1259:3, 1263:12, 1269:8, 1272:8, 1275:23, 1276:16, 1284:21, 1288:12, 1290:5, 1292:23, 1294:14, 1299:23, 1301:13

**overall** [1] - 1262:12

**overlay** [1] - 1240:20

**overnight** [2] - 1192:4, 1302:8

**overstated** [1] - 1262:10

**own** [7] - 1195:15, 1201:25, 1202:14, 1204:24, 1210:7, 1225:17, 1275:17

# P

**P** [5] - 1180:18, 1180:19, 1186:1, 1193:22
**P.M** [1] - 1240:5
**P.O** [3] - 1181:22, 1181:25, 1184:5
**pace** [3] - 1240:25, 1305:9, 1306:5
**package** [2] - 1258:15, 1292:19
**page** [2] - 1200:12, 1288:2
**PAGE/LINE** [1] - 1185:4
**pages** [1] - 1242:18
**Pan** [1] - 1277:25
**PAPANTONIO** [1] - 1180:21
**paper** [1] - 1242:2
**papers** [4] - 1238:20, 1241:11, 1259:3, 1259:4
**paragraph** [1] - 1282:13
**parallel** [1] - 1284:14
**parameter** [1] - 1291:18
**parameters** [6] - 1222:10, 1222:15, 1222:25, 1266:25, 1283:3
**part** [8] - 1197:15, 1198:19, 1204:3, 1204:4, 1223:24, 1244:2, 1244:25, 1261:2
**participant** [1] - 1300:4
**particles** [1] - 1264:22
**particular** [2] - 1237:19, 1256:11
**particularly** [2] - 1292:25, 1307:6
**parties** [1] - 1189:2
**parts** [4] - 1187:20, 1190:9, 1209:6, 1278:20
**pass** [1] - 1258:15
**passed** [1] - 1299:11
**passes** [2] - 1258:18, 1270:13

**passing** [1] - 1286:10
**past** [2] - 1224:20, 1275:8
**path** [5] - 1208:14, 1237:22, 1244:14, 1244:22, 1245:17
**paths** [5] - 1238:12, 1282:1, 1282:14, 1282:17, 1282:24
**pathway** [2] - 1208:22
**pathways** [1] - 1203:22
**pattern** [1] - 1230:10
**PATTERSON** [1] - 1184:7
**Paul** [11] - 1192:3, 1266:22, 1267:1, 1281:12, 1281:13, 1281:16, 1281:23, 1287:12, 1287:13, 1290:5, 1290:6
**PAUL** [1] - 1182:13
**pay** [2] - 1261:11, 1261:16
**peaked** [1] - 1245:20
**peer** [1] - 1202:15
**peer-review** [1] - 1202:15
**penalty** [5] - 1217:5, 1219:1, 1225:12, 1225:17, 1227:8
**Pennsylvania** [1] - 1182:9
**Pensacola** [1] - 1180:23
**people** [38] - 1192:22, 1193:2, 1193:4, 1193:7, 1194:22, 1202:6, 1225:17, 1226:20, 1227:13, 1227:14, 1227:17, 1271:2, 1279:15, 1279:20, 1279:24, 1280:6, 1280:7, 1281:6, 1281:21, 1283:6, 1283:17, 1285:7, 1291:5, 1297:1, 1297:10, 1298:7, 1298:18, 1300:20, 1300:25, 1302:4, 1302:5, 1304:6, 1304:15, 1304:16, 1305:18, 1306:8, 1306:16
**per** [45] - 1186:12, 1187:9, 1187:10, 1190:8, 1194:14,

1194:20, 1194:23, 1194:24, 1195:5, 1195:10, 1195:16, 1195:25, 1196:5, 1196:19, 1197:1, 1197:5, 1197:12, 1197:20, 1198:2, 1199:18, 1199:24, 1200:16, 1200:22, 1201:3, 1201:4, 1201:21, 1203:6, 1203:8, 1204:13, 1204:14, 1204:16, 1204:22, 1205:1, 1205:5, 1205:9, 1208:21, 1211:1, 1211:2, 1223:20, 1226:21, 1228:13, 1228:14, 1247:15, 1247:21, 1255:23
**percent** [40] - 1199:23, 1201:8, 1210:7, 1219:14, 1219:25, 1220:3, 1220:12, 1220:18, 1220:20, 1231:13, 1234:13, 1236:4, 1242:22, 1242:23, 1243:16, 1244:1, 1244:3, 1246:11, 1246:16, 1246:24, 1247:18, 1247:19, 1248:3, 1248:11, 1248:24, 1249:2, 1249:3, 1249:11, 1249:12, 1249:13, 1250:11, 1258:17, 1260:14, 1260:15, 1262:6, 1272:6, 1274:12, 1305:5
**percentage** [1] - 1234:16
**percentages** [1] - 1253:8
**perfectly** [2] - 1206:24, 1206:25
**perform** [2] - 1297:21
**performance** [1] - 1291:19
**performed** [7] - 1195:8, 1195:15, 1216:5, 1249:8, 1290:1, 1290:12, 1299:1
**perhaps** [2] - 1204:21, 1275:11
**period** [36] - 1187:23, 1198:20, 1199:19, 1204:18,

1205:13, 1205:15, 1209:4, 1222:8, 1228:4, 1228:12, 1230:9, 1230:11, 1231:21, 1234:24, 1236:9, 1236:11, 1238:20, 1246:21, 1253:3, 1253:9, 1254:23, 1255:1, 1255:3, 1255:4, 1255:8, 1255:13, 1255:18, 1256:25, 1257:14, 1265:21, 1268:12, 1268:16, 1287:6, 1299:16, 1300:6, 1305:18
**periods** [4] - 1230:9, 1254:16, 1254:18, 1295:13
**permeability** [18] - 1209:11, 1209:12, 1209:15, 1209:24, 1210:15, 1210:21, 1210:22, 1210:23, 1210:24, 1211:5, 1220:24, 1222:17, 1226:17, 1271:12, 1271:16, 1271:19, 1271:21
**permit** [1] - 1254:13
**permitted** [1] - 1254:13
**person** [6] - 1259:11, 1281:14, 1281:21, 1283:13, 1285:18, 1298:10
**personal** [3] - 1277:5, 1284:22, 1285:13
**perspective** [2] - 1256:20, 1291:8
**pertinent** [1] - 1244:17
**PETITION** [1] - 1180:7
**PETOSA** [1] - 1181:6
**PETROLEUM** [1] - 1183:5
**Petroleum** [2] - 1258:23, 1277:25
**petroleum** [2] - 1259:1, 1278:6
**Ph.D** [1] - 1275:22
**Phase** [17] - 1207:5, 1207:10, 1207:17, 1207:18, 1208:3, 1208:9, 1208:10, 1208:13, 1208:15, 1210:4, 1216:8, 1226:18, 1227:9,

1227:10, 1251:4, 1256:6
**phase** [5] - 1221:8, 1221:9, 1221:10, 1238:15, 1244:16
**phases** [1] - 1286:1
**phenomenon** [2] - 1253:18, 1269:14
**phone** [6] - 1240:5, 1286:21, 1286:22, 1300:3, 1302:5, 1306:2
**phones** [1] - 1279:21
**physical** [2] - 1252:12, 1253:13
**PI** [2] - 1258:1, 1258:4
**pick** [1] - 1213:15, 1254:3
**picked** [2] - 1242:13, 1257:21
**picking** [2] - 1226:6, 1270:19
**picture** [1] - 1259:19
**pictures** [1] - 1281:7
**piece** [3] - 1234:22, 1260:19, 1262:19
**Pine** [1] - 1181:7
**Pinky** [1] - 1267:2
**pinpoint** [1] - 1212:9
**pipe** [16] - 1193:18, 1194:6, 1196:25, 1197:24, 1197:25, 1208:14, 1237:22, 1245:2, 1251:5, 1253:20, 1253:21, 1253:24, 1280:17, 1281:4, 1282:15, 1293:12
**pipes** [3] - 1192:15, 1208:7, 1282:15
**pivotal** [4] - 1285:17, 1287:5, 1287:23, 1288:20
**pizzas** [1] - 1279:20
**PL-01** [1] - 1184:12
**place** [34] - 1189:12, 1205:11, 1205:17, 1211:18, 1212:3, 1212:13, 1212:15, 1216:21, 1216:23, 1218:15, 1220:6, 1220:23, 1229:11, 1229:12, 1230:15, 1234:2, 1234:12, 1250:24, 1251:1, 1251:7, 1251:16, 1251:18, 1251:21, 1253:4, 1269:17, 1270:7, 1271:21,

1271:24, 1278:24,
1293:10, 1293:14,
1297:11
 **places** [4] - 1258:13,
1279:11, 1292:10,
1294:24
 **plaintiff's** [1] -
1236:21
 **PLAINTIFFS** [1] -
1180:15
 **Plan** [1] - 1225:1
 **plan** [3] - 1221:19,
1296:13, 1303:11
 **planned** [2] -
1260:23, 1303:11
 **planning** [2] -
1211:15, 1266:24
 **plans** [1] - 1225:10
 **Plantation** [1] -
1181:7
 **plants** [1] - 1192:14
 **plates** [1] - 1281:6
 **play** [2] - 1247:11,
1248:15
 **PLAYED** [3] -
1247:13, 1248:17,
1267:16
 **players** [1] - 1303:24
 **please** [70] - 1186:6,
1187:12, 1188:19,
1189:6, 1189:17,
1190:6, 1190:21,
1191:5, 1193:11,
1193:13, 1194:1,
1194:5, 1194:19,
1195:1, 1195:3,
1195:7, 1195:11,
1196:23, 1197:8,
1198:4, 1198:21,
1199:14, 1200:9,
1200:12, 1200:24,
1201:17, 1201:23,
1202:18, 1202:24,
1203:5, 1203:12,
1203:17, 1205:4,
1205:25, 1206:16,
1207:14, 1207:22,
1209:14, 1210:6,
1210:8, 1210:25,
1211:6, 1213:4,
1213:5, 1213:7,
1213:12, 1214:1,
1214:22, 1214:25,
1215:2, 1215:21,
1215:22, 1218:6,
1220:7, 1220:22,
1222:13, 1223:5,
1223:6, 1224:2,
1224:4, 1224:13,
1224:14, 1224:21,

1225:7, 1226:8,
1251:3, 1251:8,
1273:5, 1273:15,
1303:6
 **plug** [1] - 1213:12
 **plugging** [1] - 1286:8
 **plugs** [4] - 1213:13,
1214:14, 1216:1,
1216:3
 **plus** [13] - 1243:15,
1244:1, 1244:3,
1246:11, 1246:15,
1247:18, 1247:19,
1248:2, 1249:11,
1259:3, 1293:4,
1300:1, 1305:5
 **point** [25] - 1190:11,
1195:13, 1196:24,
1197:18, 1197:19,
1197:24, 1202:25,
1203:13, 1205:2,
1205:21, 1210:16,
1210:19, 1221:2,
1225:11, 1228:3,
1230:6, 1231:4,
1241:8, 1246:17,
1247:9, 1251:7,
1253:17, 1256:22,
1270:2, 1272:4
 **pointer** [2] - 1202:25,
1294:13
 **points** [10] -
1188:24, 1202:11,
1203:2, 1206:1,
1221:24, 1222:3,
1223:1, 1289:18,
1290:5
 **political** [3] -
1192:22, 1196:13,
1227:2
 **politically** [1] -
1227:2
 **POLK** [1] - 1183:6
 **pollution** [1] -
1219:22
 **Pooladi** [13] -
1221:17, 1221:20,
1222:14, 1223:10,
1237:10, 1237:11,
1247:3, 1262:7,
1262:13, 1262:15,
1265:1, 1268:3,
1269:24
 **Pooladi-Darvish** [10]
 - 1221:17, 1221:20,
1223:10, 1237:10,
1262:7, 1262:13,
1262:15, 1265:1,
1268:3, 1269:24
 **Pooladi-Darvish's**

[3] - 1222:14, 1237:11,
1247:3
 **pop** [3] - 1217:24,
1294:19, 1294:20
 **pore** [2] - 1216:8,
1216:9
 **pores** [3] - 1212:21,
1212:23
 **PORES** [1] - 1212:21
 **portion** [1] - 1232:11
 **ports** [4] - 1293:22,
1294:6, 1294:18,
1294:20
 **posed** [1] - 1190:19
 **position** [13] -
1229:6, 1229:21,
1230:13, 1235:23,
1235:24, 1243:19,
1251:15, 1261:15,
1273:16, 1273:18,
1273:23, 1284:10,
1300:16
 **positive** [1] - 1197:2
 **possible** [7] -
1218:12, 1245:17,
1255:14, 1270:12,
1275:12, 1282:14,
1282:21
 **possibly** [2] -
1287:20, 1291:11
 **post** [2] - 1209:21,
1213:2
 **posterity** [1] -
1307:15
 **potential** [3] -
1191:2, 1222:6,
1238:13
 **potentially** [1] -
1257:16
 **power** [1] - 1192:14
 **powered** [1] - 1281:3
 **PowerPoint** [1] -
1242:18
 **Poydras** [4] - 1182:6,
1183:8, 1183:16,
1184:20
 **practical** [2] -
1283:20, 1283:24
 **practice** [3] -
1218:21, 1220:12,
1220:13
 **practicing** [1] -
1301:5
 **precise** [1] - 1212:12
 **precisely** [2] -
1252:21, 1266:14
 **precision** [5] -
1212:10, 1229:10,
1231:5, 1231:11,
1242:23

 **predicted** [1] -
1264:24
 **predicting** [1] -
1267:9
 **prediction** [2] -
1195:14, 1246:1
 **predictions** [1] -
1233:16
 **predrill** [1] - 1209:20
 **preferring** [1] -
1267:1
 **preliminary** [1] -
1186:11
 **prelitigation** [1] -
1265:16
 **preparation** [2] -
1276:12, 1276:16
 **prepare** [1] - 1296:21
 **prepared** [1] -
1297:11
 **PRESCOTT** [1] -
1182:24
 **present** [5] -
1187:5, 1192:21,
1196:7, 1201:14,
1229:2, 1229:5,
1244:5, 1254:10,
1254:11, 1255:12,
1255:16, 1255:23,
1267:7, 1299:25,
1300:4
 **presentation** [4] -
1199:7, 1215:22,
1229:17, 1295:8
 **presented** [4] -
1200:12, 1215:9,
1239:13, 1243:25
 **presenters** [1] -
1300:7
 **presenting** [3] -
1200:14, 1215:1,
1228:19
 **presently** [1] -
1258:22
 **president** [6] -
1193:3, 1195:19,
1273:20, 1276:10,
1276:11, 1279:5
 **President** [1] -
1277:9
 **Presidential** [1] -
1224:3
 **press** [2] - 1213:5,
1244:23
 **pressing** [1] - 1263:4
 **pressure** [130] -
1188:25, 1189:10,
1191:8, 1191:9,
1191:11, 1191:12,
1191:13, 1191:16,

1191:17, 1191:18,
1191:20, 1192:18,
1193:19, 1193:21,
1193:22, 1193:23,
1194:7, 1194:8,
1194:9, 1195:22,
1195:23, 1196:17,
1196:18, 1197:1,
1197:3, 1197:4,
1198:15, 1200:4,
1200:7, 1202:1,
1202:5, 1202:6,
1202:7, 1202:22,
1203:1, 1203:2,
1203:20, 1203:21,
1204:1, 1204:8,
1205:4, 1205:24,
1206:1, 1206:4,
1206:8, 1206:9,
1206:10, 1206:12,
1206:14, 1206:19,
1206:20, 1206:22,
1207:19, 1209:10,
1211:3, 1211:21,
1212:14, 1215:14,
1216:9, 1217:1,
1217:7, 1217:9,
1217:10, 1217:14,
1221:1, 1222:12,
1222:21, 1222:23,
1223:22, 1233:8,
1233:9, 1234:6,
1235:2, 1236:20,
1237:8, 1256:9,
1257:8, 1257:13,
1260:1, 1261:3,
1263:13, 1263:15,
1268:5, 1268:6,
1268:10, 1268:11,
1268:15, 1268:18,
1268:20, 1268:23,
1268:24, 1268:25,
1269:2, 1269:3,
1269:5, 1269:10,
1269:18, 1269:20,
1269:21, 1269:22,
1270:5, 1271:14,
1271:23, 1288:16,
1288:23, 1288:24,
1289:13, 1289:14,
1289:15, 1289:16,
1290:3, 1294:19,
1295:15, 1295:16,
1295:17, 1296:11,
1296:12, 1296:16,
1296:18, 1296:24,
1297:17, 1297:19,
1297:23
 **pressure-up** [2] -
1192:18, 1223:22
 **pressured** [2] -

1192:2, 1206:9

**pressures** [16] - 1192:15, 1194:9, 1206:2, 1206:4, 1206:24, 1221:25, 1222:5, 1231:4, 1231:5, 1234:1, 1238:7, 1263:3, 1270:14, 1291:12, 1294:23, 1297:18

**pressurize** [1] - 1288:15

**pretty** [8] - 1194:5, 1196:2, 1231:6, 1250:1, 1258:19, 1287:12, 1293:3, 1297:1

**prevent** [1] - 1217:21

**preventer** [6] - 1202:1, 1207:24, 1208:6, 1251:5, 1288:10, 1296:4

**preventers** [1] - 1296:2

**previous** [2] - 1203:12, 1244:16

**previously** [3] - 1248:22, 1297:15, 1305:7

**primarily** [2] - 1255:4, 1255:5

**primary** [1] - 1232:5

**principle** [3] - 1202:5, 1229:13, 1263:18

**Principle** [1] - 1265:19

**principles** [2] - 1236:23, 1259:24

**prior** [2] - 1238:23, 1288:7, 1296:20

**priority** [1] - 1225:2

**pristine** [1] - 1245:5

**PRITZLAFF** [1] - 1184:4

**probably** [6] - 1240:18, 1241:24, 1260:13, 1262:10, 1302:7, 1306:16

**problem** [13] - 1191:3, 1194:15, 1198:23, 1198:25, 1228:7, 1229:15, 1232:6, 1235:5, 1235:18, 1238:10, 1271:20, 1283:1

**problems** [3] - 1218:19, 1276:20, 1285:24

**procedure** [3] -

1288:3, 1288:8, 1289:8

**procedures** [1] - 1270:8

**proceed** [2] - 1186:11, 1286:18

**proceedings** [1] - 1308:14

**Proceedings** [1] - 1184:22

**PROCEEDINGS** [1] - 1180:12

**process** [9] - 1238:14, 1241:3, 1243:23, 1246:13, 1253:2, 1287:2, 1293:13, 1299:6, 1307:21

**processes** [5] - 1245:16, 1248:14, 1249:9, 1249:17, 1250:12

**PROCTOR** [1] - 1180:21

**produce** [2] - 1211:15, 1218:12

**produced** [5] - 1184:23, 1211:19, 1261:12, 1263:2, 1263:12

**produces** [3] - 1222:7, 1223:3, 1246:8

**producing** [4] - 1217:18, 1251:19, 1252:6, 1252:16

**PRODUCTION** [3] - 1180:10, 1182:2, 1182:4

**production** [15] - 1211:19, 1212:2, 1218:10, 1221:19, 1250:25, 1253:6, 1254:6, 1255:2, 1260:25, 1262:21, 1262:23, 1263:5, 1263:15, 1278:16, 1282:16

**productivity** [2] - 1256:1, 1256:6

**PRODUCTS** [1] - 1182:5

**Professor** [1] - 1263:23

**professor** [1] - 1258:22

**Program** [1] - 1274:13

**program** [1] - 1276:9

**programs** [3] -

1274:22, 1276:7, 1277:3

**progress** [1] - 1258:8

**project** [1] - 1283:12

**projects** [3] - 1276:18, 1281:23, 1305:7

**proliferation** [2] - 1274:18, 1276:8

**promise** [1] - 1235:14

**proper** [4] - 1247:14, 1247:20, 1247:25, 1269:12

**properly** [1] - 1289:4

**properties** [3] - 1213:16, 1216:16, 1234:4

**proportional** [1] - 1211:5

**proud** [1] - 1305:19

**provide** [12] - 1206:23, 1207:1, 1239:11, 1239:19, 1247:14, 1274:4, 1275:7, 1283:2, 1285:20, 1293:9, 1304:23, 1306:22

**provided** [9] - 1187:7, 1187:21, 1188:6, 1198:16, 1210:3, 1216:11, 1278:22, 1282:20, 1298:14

**provides** [1] - 1189:4

**providing** [3] - 1223:14, 1278:21, 1279:2

**psi** [5] - 1206:7, 1256:9, 1257:11, 1289:21, 1289:23

**PT** [5] - 1256:18, 1256:19, 1257:1, 1258:3

**PT-B** [5] - 1256:18, 1256:19, 1257:1, 1258:3

**public** [5] - 1242:1, 1291:20, 1298:11, 1307:23

**publication** [1] - 1202:17

**published** [5] - 1202:15, 1225:17, 1225:20, 1238:20, 1250:6

**pull** [8] - 1282:4, 1284:25, 1285:19, 1287:25, 1290:19,

1295:2, 1295:20, 1297:14

**pulled** [5] - 1202:13, 1285:3, 1285:4, 1299:21, 1301:24

**pulling** [1] - 1285:3

**pulls** [1] - 1198:11

**pumping** [1] - 1296:6

**pure** [2] - 1254:16, 1254:17

**purplish** [1] - 1260:6

**purpose** [3] - 1194:2, 1243:10, 1305:2

**purposes** [6] - 1196:13, 1211:15, 1227:8, 1243:5, 1252:24, 1264:4

**pushed** [1] - 1232:4

**pushing** [1] - 1241:25

**put** [18] - 1192:22, 1218:23, 1223:14, 1271:3, 1286:5, 1286:7, 1287:14, 1287:15, 1287:19, 1287:20, 1288:22, 1289:7, 1290:18, 1292:19, 1292:23, 1294:18, 1295:11, 1295:17

**putting** [7] - 1209:24, 1277:18, 1287:17, 1290:7, 1293:10, 1293:13, 1295:10

# Q

**q** [1] - 1267:17

**Q** [7] - 1247:14, 1247:19, 1247:23, 1248:5, 1248:10, 1248:18, 1267:20

**Q4000** [1] - 1189:22

**qualifications** [1] - 1207:16

**quality** [1] - 1263:1

**quantification** [1] - 1187:3

**quantitative** [1] - 1239:12

**quantities** [3] - 1188:12, 1188:18, 1211:4

**quantity** [3] - 1188:7, 1198:19, 1221:21

**quarter** [1] - 1296:15

**quartz** [3] - 1264:18, 1264:19, 1264:22

**question** [22] -

1187:19, 1188:7, 1190:4, 1191:4, 1191:6, 1191:23, 1192:19, 1198:18, 1201:14, 1258:21, 1275:10, 1276:25, 1280:14, 1282:10, 1282:19, 1282:25, 1288:13, 1288:16, 1288:17, 1288:18, 1288:20, 1306:25

**questionable** [1] - 1192:3

**questioned** [2] - 1202:7, 1214:9

**questions** [15] - 1216:4, 1241:7, 1281:15, 1281:16, 1282:5, 1282:6, 1283:4, 1283:8, 1283:14, 1285:14, 1285:17, 1288:10, 1291:12, 1305:6, 1307:25

**quick** [1] - 1243:4

**quickly** [4] - 1206:14, 1206:22, 1217:23, 1285:16

**QUIN** [2] - 1184:16, 1184:17

**quite** [4] - 1287:13, 1295:25, 1298:18, 1306:23

**quote** [1] - 1193:4

# R

**R** [6] - 1181:10, 1182:15, 1183:2, 1183:21, 1186:1, 1273:12

**radar** [1] - 1198:12

**RAFFERTY** [1] - 1180:21

**raise** [1] - 1273:5

**ram** [3] - 1207:5, 1208:16

**rams** [5] - 1208:13, 1251:9, 1251:10, 1251:13, 1251:14

**ran** [4] - 1192:4, 1223:23, 1234:22, 1270:14

**range** [23] - 1209:20, 1209:22, 1209:25, 1212:7, 1212:8, 1212:11, 1231:14, 1233:19, 1237:8, 1241:5, 1242:3, 1248:6, 1249:14,

1249:17, 1250:13, 1250:14, 1250:16, 1254:18, 1255:11, 1256:14, 1264:6, 1270:20, 1292:18
**ranges** [5] - 1228:3, 1234:11, 1254:12, 1255:13, 1265:6
**ranging** [1] - 1265:8
**ranking** [1] - 1284:18
**Rate** [3] - 1220:13, 1223:17, 1223:24
**rate** [81] - 1187:8, 1188:7, 1192:23, 1193:25, 1194:10, 1194:20, 1195:5, 1195:22, 1196:8, 1196:9, 1196:19, 1197:23, 1198:6, 1198:10, 1198:15, 1199:1, 1199:21, 1199:23, 1200:2, 1200:7, 1200:13, 1201:3, 1204:3, 1204:11, 1204:12, 1204:14, 1205:5, 1205:10, 1205:19, 1205:24, 1206:24, 1206:25, 1207:7, 1207:8, 1207:12, 1211:1, 1211:2, 1211:13, 1211:20, 1212:2, 1223:15, 1223:19, 1224:23, 1225:8, 1225:19, 1226:19, 1226:23, 1228:2, 1230:10, 1230:24, 1231:18, 1232:8, 1238:8, 1239:23, 1239:25, 1245:13, 1245:14, 1246:5, 1248:20, 1255:19, 1255:23, 1257:15, 1258:14, 1270:14, 1271:14, 1282:20, 1290:20, 1290:24, 1291:7, 1291:9, 1291:15, 1291:23, 1292:4, 1292:20, 1294:4, 1296:21, 1301:13
**rates** [17] - 1188:12, 1188:17, 1189:5, 1190:3, 1194:17, 1198:8, 1200:18, 1221:25, 1222:5, 1222:22, 1222:23, 1225:3, 1240:11, 1244:11, 1245:17, 1255:15, 1294:2

**rather** [1] - 1212:4
**ratio** [1] - 1248:11
**Ratzel** [3] - 1242:15, 1242:16, 1297:6
**ray** [1] - 1281:3
**Rd** [2] - 1181:7, 1184:17
**RE** [2] - 1180:3, 1180:7
**reach** [3] - 1219:22, 1280:8, 1304:9
**reached** [5] - 1207:20, 1214:18, 1259:11, 1268:20, 1304:14
**reaching** [1] - 1208:5
**read** [2] - 1296:18
**reading** [2] - 1289:21, 1297:19
**readings** [1] - 1295:15
**ready** [4] - 1297:2, 1297:10, 1297:12, 1299:9
**real** [9] - 1197:25, 1221:22, 1221:24, 1222:6, 1222:16, 1222:19, 1223:1, 1283:3, 1304:18
**realistic** [1] - 1261:25
**realistically** [1] - 1261:16
**realizing** [1] - 1209:4
**really** [23] - 1206:23, 1220:17, 1234:9, 1240:6, 1242:7, 1242:25, 1287:14, 1288:24, 1289:14, 1290:23, 1291:14, 1294:4, 1296:18, 1296:19, 1296:23, 1296:24, 1303:17, 1305:15, 1306:9, 1306:10, 1307:7, 1307:14, 1307:20
**rearranged** [1] - 1211:25
**reason** [13] - 1196:1, 1197:11, 1197:15, 1206:23, 1207:2, 1210:20, 1218:16, 1248:10, 1250:11, 1260:24, 1277:14, 1307:20
**reasonable** [3] - 1213:21, 1247:22, 1307:16
**reasonably** [1] - 1305:18

**reasons** [3] - 1232:5, 1243:6, 1307:18
**rebuttal** [3] - 1216:2, 1216:7, 1216:10
**recall** [13] - 1189:24, 1244:23, 1245:14, 1251:11, 1251:23, 1279:22, 1293:2, 1293:3, 1294:3, 1298:19, 1303:14, 1304:10, 1304:19
**recent** [2] - 1240:19, 1278:23
**recently** [2] - 1259:7, 1278:19
**recess** [1] - 1272:12
**RECESS** [2] - 1272:15, 1308:4
**recognize** [2] - 1232:7, 1287:25
**recognized** [1] - 1271:2
**recognizes** [1] - 1245:10
**recognizing** [1] - 1272:5
**recollection** [2] - 1265:9, 1304:23
**recommendation** [1] - 1300:15, 1301:12, 1301:16
**recommendations** [1] - 1278:17
**recommending** [1] - 1214:20
**reconcile** [1] - 1302:14
**reconciling** [1] - 1300:21
**record** [5] - 1273:10, 1281:12, 1307:15, 1307:23, 1308:13
**recorded** [1] - 1184:22
**recover** [1] - 1260:23
**recovered** [2] - 1244:22, 1246:15
**red** [11] - 1191:19, 1191:20, 1205:8, 1209:17, 1210:10, 1210:17, 1210:19, 1215:14, 1223:22, 1260:9, 1290:1
**redacted** [1] - 1218:7
**redo** [1] - 1290:16
**reds** [1] - 1189:21
**reengaged** [1] - 1307:4
**reference** [2] - 1234:7, 1238:6

**referenced** [2] - 1239:16, 1263:22
**referred** [2] - 1254:4, 1259:21, 1265:2
**referring** [3] - 1231:25, 1246:16, 1281:25
**refine** [2] - 1243:18, 1280:16
**refined** [1] - 1240:11
**reflect** [1] - 1290:11
**reflected** [1] - 1306:5
**reflects** [1] - 1270:18
**REGAN** [1] - 1182:12
**regard** [1] - 1259:12
**regarded** [1] - 1259:4
**regime** [3] - 1254:18, 1255:7, 1258:15
**regimes** [1] - 1253:20
**relate** [1] - 1240:24
**related** [4] - 1276:19, 1278:9, 1283:14, 1300:11
**relates** [1] - 1229:5
**relationship** [1] - 1188:4
**relatively** [1] - 1246:13
**release** [3] - 1241:9, 1242:17, 1244:23
**released** [5] - 1190:10, 1198:19, 1224:7, 1235:19, 1243:16
**relevant** [3] - 1220:17, 1244:17, 1258:13
**reliability** [1] - 1271:6
**reliable** [5] - 1190:3, 1202:7, 1202:9, 1216:15, 1240:3
**reliance** [1] - 1256:18
**relied** [6] - 1192:1, 1196:11, 1202:9, 1233:16, 1302:16, 1304:15
**relief** [7] - 1236:17, 1244:20, 1247:6, 1266:10, 1266:11, 1266:13, 1266:24
**relies** [1] - 1202:10
**rely** [5] - 1195:4, 1209:5, 1212:25, 1226:24, 1227:19
**relying** [1] - 1214:8
**remain** [1] - 1192:5

**remained** [1] - 1246:13
**remediation** [1] - 1225:10
**remember** [8] - 1195:24, 1208:13, 1208:15, 1223:13, 1236:10, 1246:23, 1293:3, 1305:3
**remind** [2] - 1186:14, 1265:18
**remiss** [1] - 1246:6
**remote** [1] - 1189:7
**removal** [1] - 1201:7
**Renaissance** [1] - 1182:24
**rendering** [1] - 1286:9
**renege** [1] - 1216:11
**reopen** [4] - 1191:21, 1191:24, 1192:20, 1226:13
**repeat** [1] - 1282:9
**repeatedly** [2] - 1224:21, 1224:22
**Report** [2] - 1208:4, 1242:16
**report** [9] - 1218:7, 1225:5, 1243:25, 1244:1, 1244:2, 1250:5, 1265:1, 1265:12, 1267:14
**reported** [1] - 1305:15
**REPORTER** [1] - 1184:19
**Reporter** [2] - 1308:10, 1308:19
**REPORTER'S** [1] - 1308:8
**reporting** [2] - 1195:12, 1224:4
**reports** [2] - 1243:11, 1246:8
**represent** [6] - 1193:24, 1199:17, 1214:14, 1246:10, 1248:2, 1257:14
**representation** [1] - 1214:17
**representative** [1] - 1216:3
**represented** [2] - 1243:25, 1247:17
**representing** [1] - 1247:20
**request** [5] - 1279:8, 1280:22, 1282:11, 1282:12, 1282:13
**requested** [1] -

1283:9
**requesting** [1] - 1281:23
**requests** [1] - 1306:22
**require** [1] - 1229:10
**required** [3] - 1217:11, 1255:11, 1286:9
**requirement** [2] - 1277:5, 1303:12
**requires** [1] - 1229:8
**researchers** [1] - 1238:22
**reserve** [1] - 1268:23
**reservoir** [72] - 1191:1, 1200:3, 1200:15, 1200:22, 1201:2, 1201:5, 1202:22, 1203:4, 1203:7, 1203:16, 1203:20, 1203:21, 1209:13, 1211:14, 1211:18, 1212:19, 1212:22, 1214:4, 1214:9, 1216:16, 1216:25, 1217:13, 1217:17, 1217:19, 1220:8, 1221:17, 1221:18, 1221:21, 1221:23, 1222:6, 1222:10, 1222:16, 1223:10, 1223:19, 1227:5, 1227:12, 1234:4, 1234:5, 1236:1, 1236:2, 1237:20, 1245:16, 1246:20, 1256:1, 1256:7, 1258:21, 1259:1, 1259:9, 1259:10, 1259:21, 1259:24, 1260:6, 1260:24, 1261:4, 1261:7, 1261:18, 1261:20, 1266:24, 1267:3, 1267:4, 1267:18, 1268:6, 1268:17, 1269:11, 1269:16, 1269:19, 1270:6, 1271:9, 1291:15, 1291:19
**reservoirs** [2] - 1200:10, 1200:17
**resistances** [1] - 1238:12
**resolving** [1] - 1229:15
**resource** [3] - 1225:14, 1280:23, 1302:17

**resources** [2] - 1280:2, 1280:3
**respect** [2] - 1247:23, 1282:3
**responders** [1] - 1227:14
**responding** [1] - 1275:1
**Response** [1] - 1225:1
**response** [23] - 1187:8, 1187:22, 1191:22, 1192:13, 1198:18, 1202:6, 1202:9, 1225:4, 1225:8, 1226:6, 1227:13, 1265:18, 1279:4, 1283:14, 1284:5, 1286:16, 1291:16, 1291:23, 1298:16, 1298:19, 1303:4, 1303:8, 1305:10
**responsibilities** [1] - 1306:17
**responsible** [1] - 1277:7
**rest** [2] - 1204:18, 1209:4, 1274:12, 1286:18, 1286:19
**restart** [2] - 1191:21, 1226:13
**restriction** [5] - 1193:19, 1193:21, 1193:24, 1201:7, 1201:10
**restrictions** [3] - 1198:10, 1246:20, 1248:20
**result** [3] - 1203:11, 1239:20, 1270:12
**results** [15] - 1195:24, 1196:14, 1210:9, 1221:13, 1228:8, 1239:11, 1241:1, 1266:19, 1292:18, 1297:23, 1299:22, 1299:24, 1300:5, 1301:10, 1302:3
**retired** [6] - 1273:17, 1273:22, 1284:12, 1302:23, 1303:13, 1303:25
**retiree** [1] - 1306:25
**retirement** [3] - 1303:9, 1303:14, 1303:16
**returned** [1] - 1275:21

**review** [2] - 1202:15, 1280:24
**reviewed** [1] - 1240:18
**reviewer** [1] - 1278:23
**revolved** [1] - 1276:24
**revolves** [1] - 1274:6
**RICHARD** [2] - 1181:21, 1183:2
**Richard** [2] - 1195:18, 1195:19
**RICHESON** [1] - 1183:7
**ride** [1] - 1188:13
**Ridgeland** [1] - 1184:18
**rig** [3] - 1188:21, 1189:9, 1206:22
**RIG** [1] - 1180:4
**right** [59] - 1186:20, 1186:21, 1189:13, 1192:25, 1194:6, 1194:7, 1201:9, 1205:17, 1205:22, 1206:1, 1206:6, 1208:3, 1209:17, 1210:16, 1210:18, 1220:16, 1224:23, 1225:4, 1225:21, 1228:17, 1229:19, 1229:20, 1241:18, 1242:10, 1243:1, 1243:19, 1251:12, 1252:3, 1254:24, 1255:20, 1257:5, 1257:9, 1257:14, 1257:18, 1257:21, 1259:20, 1259:21, 1259:22, 1260:7, 1260:13, 1262:14, 1264:18, 1264:23, 1266:13, 1268:1, 1268:22, 1269:24, 1269:25, 1270:2, 1270:3, 1272:12, 1273:6, 1282:6, 1285:14, 1294:16, 1294:20, 1295:23, 1296:11, 1308:1
**rigs** [1] - 1281:6
**rise** [2] - 1272:14, 1308:3
**riser** [25] - 1189:11, 1189:21, 1197:19, 1201:6, 1203:10, 1230:4, 1230:5, 1230:12, 1230:22, 1232:17, 1237:24,

1239:8, 1250:21, 1251:23, 1251:24, 1252:1, 1252:5, 1252:9, 1252:22, 1254:15, 1255:10, 1280:17, 1292:12
**risk** [2] - 1190:19, 1265:25
**risks** [1] - 1267:5
**RMR** [2] - 1184:19, 1308:18
**ROACH** [1] - 1184:7
**Robert** [2] - 1215:6, 1263:23
**ROBERT** [2] - 1182:8, 1182:15
**ROBERTS** [1] - 1183:18
**ROBIN** [1] - 1180:24
**rock** [33] - 1212:19, 1213:6, 1213:10, 1213:24, 1214:5, 1214:14, 1214:17, 1215:3, 1221:9, 1226:10, 1227:12, 1227:20, 1227:22, 1233:18, 1234:5, 1236:6, 1236:7, 1261:5, 1263:1, 1263:4, 1263:16, 1263:18, 1263:21, 1263:25, 1264:19, 1264:20, 1264:25, 1265:5, 1265:9, 1265:13, 1270:5, 1289:25, 1290:4
**Rock** [1] - 1264:1
**rocks** [7] - 1209:13, 1212:20, 1212:22, 1264:1, 1264:9, 1264:11
**Roegiers** [1] - 1216:7
**role** [13] - 1284:20, 1284:21, 1284:22, 1285:13, 1290:9, 1301:4, 1302:10, 1303:4, 1303:25, 1304:1, 1304:15, 1307:3
**roles** [1] - 1276:24
**Ron** [5] - 1283:11, 1283:13, 1283:17, 1283:23, 1290:2
**Room** [1] - 1184:20
**room** [4] - 1241:9, 1263:17, 1272:21, 1293:5
**Rosa** [1] - 1184:9
**rotary** [6] - 1213:3,

1213:11, 1214:5, 1214:13, 1221:3, 1264:12
**rough** [1] - 1198:24
**roughly** [2] - 1224:6, 1259:1
**round** [1] - 1296:9
**roustabout** [1] - 1277:24
**ROV** [3] - 1293:16, 1293:18, 1296:10
**ROVs** [1] - 1189:7
**ROY** [2] - 1180:18, 1180:18
**RPR** [2] - 1184:19, 1308:18
**rumors** [1] - 1241:12
**run** [5] - 1192:1, 1192:14, 1193:8, 1224:12, 1255:12
**running** [4] - 1215:4, 1215:10, 1257:16, 1265:23
**runs** [3] - 1205:1, 1222:4, 1223:2
**rupture** [2] - 1289:20, 1290:3
**RUSSELL** [1] - 1184:11

## S

**S** [3] - 1184:8, 1184:11, 1186:1
**sacrifice** [3] - 1306:13, 1306:15, 1306:24
**safeguarding** [1] - 1276:23
**safely** [1] - 1265:23
**Safety** [2] - 1278:11, 1307:19
**safety** [10] - 1236:11, 1236:13, 1236:14, 1266:3, 1266:5, 1266:11, 1267:11, 1278:12, 1278:17, 1306:18
**said** [25] - 1193:3, 1193:5, 1207:17, 1207:19, 1207:21, 1215:16, 1218:13, 1224:20, 1224:21, 1224:22, 1225:5, 1240:1, 1240:24, 1241:9, 1244:3, 1246:23, 1248:15, 1248:23, 1252:15, 1257:21, 1261:17,

1262:8, 1266:1,
1266:17, 1289:20
**Saidi** [2] - 1195:12,
1195:15
**Salazar** [2] - 1285:4,
1303:24
**same** [28] - 1189:18,
1191:2, 1191:15,
1192:18, 1195:23,
1196:6, 1199:6,
1199:9, 1199:14,
1199:21, 1201:1,
1202:5, 1204:24,
1205:7, 1205:15,
1205:20, 1205:21,
1205:23, 1206:5,
1213:17, 1214:7,
1224:8, 1227:2,
1239:13, 1259:10,
1265:10, 1271:6,
1305:23
**sample** [1] - 1213:8
**samples** [9] -
1213:19, 1233:9,
1233:12, 1233:13,
1233:22, 1236:7,
1264:2, 1264:4
**sampling** [1] -
1213:6
**sand** [3] - 1251:19,
1252:17, 1262:24
**Sandia** [20] -
1192:12, 1202:4,
1273:19, 1273:20,
1274:1, 1274:2,
1274:5, 1274:11,
1274:22, 1275:1,
1275:3, 1276:2,
1276:7, 1276:9,
1276:24, 1276:25,
1277:12, 1284:1,
1284:10, 1302:11
**sands** [7] - 1250:25,
1252:6, 1252:19,
1253:6, 1262:21,
1262:22
**sandstone** [8] -
1259:9, 1262:19,
1262:25, 1263:1,
1263:4, 1263:9,
1263:14, 1263:15
**sandstones** [1] -
1262:23
**sank** [1] - 1189:9
**Santa** [1] - 1184:9
**SARAH** [1] - 1181:17
**sat** [1] - 1291:5
**satisfied** [1] - 1222:5
**Saturday** [2] -
1242:19, 1279:25

**save** [1] - 1217:21
**saved** [1] - 1213:20
**saw** [10] - 1193:14,
1200:10, 1207:5,
1208:16, 1208:19,
1223:16, 1225:1,
1237:12, 1258:10,
1302:20
**say** [25] - 1187:13,
1188:4, 1196:17,
1207:8, 1224:5,
1224:19, 1226:19,
1227:2, 1230:14,
1233:4, 1239:4,
1242:8, 1242:21,
1245:19, 1251:18,
1252:11, 1255:21,
1264:8, 1267:12,
1268:25, 1270:12,
1271:15, 1286:16,
1305:23
**saying** [18] -
1207:25, 1220:21,
1225:2, 1225:22,
1238:17, 1239:19,
1239:24, 1240:2,
1241:6, 1242:11,
1243:9, 1245:21,
1250:6, 1266:25,
1290:14, 1305:2,
1305:4, 1306:10
**says** [15] - 1202:8,
1219:14, 1219:20,
1225:8, 1240:14,
1241:23, 1242:16,
1249:12, 1260:11,
1260:12, 1267:15,
1272:6, 1277:5,
1289:12, 1290:13
**scale** [3] - 1276:5,
1276:20, 1305:7
**scenario** [4] -
1215:8, 1215:11,
1215:17, 1234:10
**scenarios** [3] -
1223:3, 1239:8,
1267:10
**scene** [1] - 1195:3
**scheduled** [1] -
1239:22
**SCHELL** [1] - 1183:6
**schematic** [1] -
1213:5
**Schlumberger** [2] -
1233:14, 1233:23
**school** [1] - 1275:22
**School** [1] - 1258:23
**science** [13] -
1191:6, 1192:11,
1192:13, 1227:15,

1236:23, 1243:5,
1267:23, 1274:4,
1285:1, 1285:2,
1285:11, 1298:12,
1303:19
**sciences** [2] -
1275:21, 1297:7
**scientific** [5] -
1225:16, 1259:3,
1275:5, 1280:5,
1284:16
**scientifically** [1] -
1246:5
**scientist** [5] -
1202:4, 1284:13,
1284:17, 1284:19,
1301:5
**scientists** [14] -
1193:6, 1224:6,
1224:8, 1225:12,
1225:16, 1225:17,
1231:1, 1231:12,
1243:9, 1243:17,
1267:10, 1284:15,
1284:19, 1301:22
**SCOTT** [1] - 1181:19
**sea** [6] - 1203:21,
1203:22, 1217:9,
1219:9, 1219:16,
1222:1
**seal** [3] - 1245:5,
1293:24, 1294:22
**seamlessly** [1] -
1305:15
**SEAN** [1] - 1182:22
**seat** [1] - 1273:9
**seated** [1] - 1186:6
**SEC** [1] - 1225:24
**second** [17] -
1186:21, 1187:22,
1188:7, 1193:9,
1202:14, 1203:12,
1205:3, 1208:7,
1208:9, 1218:21,
1227:10, 1241:22,
1242:25, 1246:11,
1256:17, 1269:9,
1307:20
**Secretaries** [1] -
1286:22
**Secretary** [20] -
1240:1, 1240:4,
1240:6, 1240:14,
1241:8, 1242:5,
1277:8, 1278:10,
1285:4, 1285:5,
1286:11, 1301:1,
1301:3, 1304:7,
1304:20, 1304:24,
1304:25

**Secretary's** [1] -
1278:13
**Section** [3] - 1180:4,
1180:7, 1180:9
**SECTION** [1] -
1181:17
**security** [4] - 1274:5,
1274:7, 1274:20,
1277:17
**Security** [3] - 1274:8,
1274:10, 1279:8
**see** [80] - 1187:16,
1189:20, 1192:4,
1193:8, 1194:2,
1194:21, 1196:24,
1197:9, 1197:10,
1198:23, 1199:8,
1199:22, 1201:1,
1203:2, 1203:9,
1205:8, 1205:12,
1206:1, 1209:18,
1209:22, 1209:23,
1210:13, 1210:15,
1210:18, 1212:2,
1213:15, 1213:23,
1214:3, 1215:4,
1215:8, 1220:18,
1222:11, 1222:15,
1222:20, 1226:10,
1229:4, 1230:8,
1230:21, 1232:14,
1234:9, 1236:17,
1236:22, 1238:2,
1240:24, 1241:9,
1242:2, 1247:2,
1248:22, 1251:20,
1252:2, 1252:13,
1252:22, 1253:8,
1253:25, 1254:24,
1255:6, 1259:2,
1260:8, 1260:17,
1262:5, 1263:16,
1264:18, 1264:21,
1264:23, 1265:5,
1269:23, 1271:10,
1280:17, 1281:21,
1285:6, 1289:19,
1290:5, 1290:13,
1293:19, 1294:1,
1299:3, 1304:12,
1305:21
**seeing** [1] - 1252:24
**seem** [2] - 1197:21,
1307:9
**seemed** [2] -
1281:14, 1307:9
**seemingly** [1] -
1254:17
**seems** [1] - 1206:18
**seen** [9] - 1219:19,

1228:2, 1244:8,
1247:3, 1248:18,
1251:4, 1254:15,
1266:7, 1282:7
**segment** [1] - 1187:3
**seismic** [5] -
1235:20, 1235:21,
1259:19, 1274:24,
1278:4
**sending** [2] -
1286:24, 1292:7
**senior** [4] - 1202:4,
1284:13, 1284:16,
1284:19
**sense** [4] - 1188:16,
1197:9, 1270:22,
1272:8
**sensitive** [1] -
1203:9
**sensitivities** [3] -
1215:4, 1215:10,
1226:14
**sent** [17] - 1202:17,
1238:9, 1245:1,
1272:21, 1279:7,
1279:24, 1280:5,
1281:5, 1281:20,
1282:5, 1283:11,
1298:3, 1298:5,
1298:6, 1298:7,
1300:16
**separate** [3] -
1217:20, 1218:10,
1297:21
**separated** [2] -
1219:8
**separating** [1] -
1227:4
**separation** [15] -
1218:4, 1218:9,
1218:12, 1218:14,
1218:16, 1218:18,
1218:24, 1219:2,
1219:4, 1219:6,
1219:10, 1220:12,
1220:24, 1227:7,
1227:8
**separations** [2] -
1218:21, 1220:16
**separators** [2] -
1218:11, 1261:14
**September** [4] -
1244:22, 1245:2,
1245:8, 1250:6
**sequence** [1] -
1255:5
**series** [2] - 1218:11,
1288:10
**serious** [3] -
1287:16, 1299:13

**served** [1] - 1278:5
**serves** [1] - 1244:7
**service** [1] - 1307:7
**SERVICES** [1] - 1182:21
**SESSION** [2] - 1180:11, 1186:3
**set** [11] - 1207:11, 1207:17, 1207:18, 1207:20, 1207:21, 1227:9, 1227:10, 1274:13, 1281:25, 1299:9, 1302:18
**sets** [2] - 1222:11, 1222:16
**setting** [1] - 1297:13
**settle** [1] - 1243:8
**seven** [2] - 1305:16, 1306:3
**several** [2] - 1288:5, 1292:17
**Shanks** [1] - 1208:6
**shaped** [1] - 1214:24
**shaping** [1] - 1225:10
**share** [4] - 1229:14, 1261:23, 1298:4, 1298:22
**shared** [1] - 1259:15
**shareholders** [2] - 1225:24, 1226:1
**shear** [3] - 1251:9, 1251:10, 1251:13
**shelf** [2] - 1202:13, 1228:7
**Shell** [1] - 1182:6
**ship** [8] - 1292:7, 1292:8, 1292:11, 1293:22, 1293:25, 1294:5, 1298:1
**ships** [4] - 1196:25, 1218:23, 1287:7, 1293:13
**shoo** [2] - 1186:8
**shoo-shoo** [1] - 1186:8
**short** [6] - 1197:25, 1246:21, 1254:15, 1256:6, 1303:17, 1305:18
**shots** [1] - 1232:18
**should** [22] - 1189:10, 1190:14, 1191:8, 1192:19, 1213:1, 1214:11, 1215:17, 1216:5, 1218:20, 1219:23, 1221:3, 1237:1, 1245:24, 1247:10, 1255:21, 1257:15,

1261:9, 1261:10, 1261:16, 1287:9, 1287:11, 1296:25
**shouldn't** [4] - 1196:13, 1219:1, 1219:21, 1220:2
**show** [20] - 1188:1, 1189:20, 1191:20, 1194:25, 1195:16, 1197:11, 1199:7, 1200:14, 1205:23, 1214:20, 1230:8, 1231:21, 1235:14, 1241:21, 1252:19, 1254:21, 1258:13, 1258:17, 1270:21, 1275:12
**showed** [8] - 1199:15, 1205:7, 1231:8, 1267:13, 1270:17, 1295:22, 1296:17
**showing** [5] - 1187:14, 1228:1, 1252:20, 1260:16, 1266:8
**shows** [13] - 1194:5, 1194:11, 1203:5, 1204:2, 1209:15, 1214:13, 1220:8, 1222:6, 1251:3, 1251:6, 1251:8, 1254:16, 1261:4
**shrinkage** [1] - 1216:24
**Shushan** [1] - 1272:20
**shut** [40] - 1189:15, 1190:16, 1191:8, 1191:12, 1191:16, 1191:23, 1192:2, 1194:4, 1196:11, 1198:17, 1214:4, 1215:14, 1215:20, 1223:22, 1226:11, 1226:12, 1234:2, 1236:12, 1236:16, 1238:23, 1251:10, 1251:14, 1265:22, 1266:9, 1267:5, 1267:11, 1268:15, 1268:16, 1268:18, 1269:7, 1269:9, 1288:15, 1288:18, 1289:22, 1296:2, 1296:13, 1296:14, 1296:15
**shut-in** [22] - 1189:15, 1191:8, 1191:23, 1192:2,

1198:17, 1214:4, 1215:14, 1215:20, 1223:22, 1226:11, 1236:12, 1236:16, 1238:23, 1251:10, 1251:14, 1266:9, 1267:11, 1268:15, 1268:16, 1268:18, 1269:7, 1269:9
**shutting** [3] - 1190:19, 1190:23, 1292:1
**shuttle** [1] - 1275:9
**side** [14] - 1186:12, 1186:14, 1191:18, 1201:9, 1232:4, 1264:19, 1290:20, 1290:24, 1292:25, 1293:5, 1293:23
**sides** [3] - 1217:12, 1219:10, 1295:16
**sidewall** [14] - 1213:3, 1213:11, 1213:15, 1213:18, 1213:22, 1214:5, 1214:10, 1214:14, 1214:16, 1216:6, 1221:3, 1264:13, 1266:23
**sideways** [2] - 1213:12, 1213:19
**signatures** [2] - 1288:5, 1288:6
**signed** [1] - 1288:4
**significant** [21] - 1191:22, 1221:4, 1244:18, 1245:3, 1246:20, 1249:16, 1250:4, 1251:6, 1251:16, 1251:22, 1253:5, 1253:8, 1256:20, 1272:5, 1272:9, 1274:24, 1278:7, 1281:15, 1294:3, 1295:6, 1305:11
**significantly** [2] - 1255:19, 1284:23
**similar** [6] - 1187:6, 1194:17, 1196:17, 1198:2, 1205:16
**similarly** [1] - 1247:23
**simple** [4] - 1191:19, 1193:23, 1194:1, 1259:17
**simpler** [1] - 1290:6
**simulation** [5] - 1221:18, 1222:2, 1223:10, 1266:25

**simulations** [1] - 1255:12
**since** [12] - 1218:17, 1220:4, 1232:15, 1240:7, 1245:7, 1245:24, 1278:8, 1294:22, 1295:16, 1296:22, 1299:19, 1307:6
**SINCLAIR** [1] - 1181:13
**single** [7] - 1195:13, 1195:21, 1220:10, 1220:18, 1220:20, 1227:8
**single-stage** [1] - 1227:8
**sir** [4] - 1186:13, 1298:24, 1303:2, 1307:24
**sitting** [1] - 1305:23
**situation** [3] - 1279:15, 1279:25, 1287:18
**six** [28] - 1213:1, 1214:6, 1214:9, 1215:5, 1215:25, 1236:18, 1237:12, 1248:4, 1248:7, 1264:17, 1264:25, 1265:2, 1266:8, 1266:9, 1266:18, 1266:23, 1266:25, 1267:1, 1267:2, 1267:3, 1267:4, 1268:3, 1271:19, 1276:16, 1277:3, 1289:21, 1303:16
**six-and-a-half** [2] - 1248:4, 1248:7
**sixth** [1] - 1266:17
**size** [2] - 1197:25, 1234:4
**skin** [1] - 1267:8
**skirt** [9] - 1197:2, 1197:10, 1293:19, 1293:20, 1293:24, 1294:1, 1294:8, 1294:25, 1295:1
**sky** [1] - 1271:19
**Slant-6** [1] - 1198:13
**slavishly** [1] - 1213:22
**slices** [1] - 1196:23
**slide** [40] - 1191:5, 1193:13, 1193:16, 1193:17, 1194:1, 1194:5, 1194:14, 1195:11, 1198:21, 1199:6, 1199:15,

1201:17, 1201:23, 1202:18, 1202:24, 1203:5, 1203:12, 1203:17, 1205:4, 1207:14, 1208:2, 1210:6, 1210:8, 1210:25, 1211:6, 1211:16, 1215:2, 1215:8, 1215:22, 1220:7, 1220:22, 1222:13, 1223:5, 1228:1, 1249:6, 1251:3, 1251:8, 1270:17
**slightly** [1] - 1199:23
**slow** [8] - 1201:11, 1205:14, 1206:18, 1206:19, 1207:9, 1211:4, 1234:23, 1253:23
**slowly** [9] - 1187:25, 1205:5, 1206:11, 1207:12, 1207:13, 1208:11, 1217:22, 1296:9, 1296:10
**slows** [1] - 1200:4
**slug** [13] - 1230:6, 1253:19, 1254:5, 1254:11, 1254:13, 1254:17, 1254:22, 1255:13, 1255:15, 1255:22, 1258:16, 1270:13, 1270:20
**slugging** [1] - 1255:12
**small** [2] - 1213:18, 1268:21
**smaller** [1] - 1219:5
**SMITH** [1] - 1182:24
**smooth** [1] - 1253:22
**software** [1] - 1202:13
**SOILEAU** [1] - 1181:3
**solid** [2] - 1262:24, 1264:22
**solution** [1] - 1217:15
**solve** [4] - 1235:5, 1235:18, 1238:10, 1268:5
**solves** [1] - 1233:10
**solving** [6] - 1212:1, 1229:15, 1232:6, 1259:16, 1285:24
**some** [62] - 1186:15, 1188:5, 1188:20, 1188:24, 1189:7, 1189:16, 1192:9, 1202:3, 1202:6,

1202:8, 1202:13, 1204:3, 1208:17, 1211:23, 1212:10, 1213:16, 1215:7, 1226:10, 1229:19, 1230:3, 1230:7, 1230:21, 1236:3, 1236:13, 1238:14, 1238:16, 1239:1, 1239:3, 1242:19, 1251:4, 1253:6, 1257:19, 1258:13, 1259:8, 1259:12, 1259:14, 1260:24, 1263:24, 1264:11, 1265:17, 1266:6, 1266:7, 1267:6, 1274:22, 1275:7, 1275:25, 1277:23, 1279:2, 1279:6, 1279:9, 1279:11, 1279:14, 1280:24, 1281:16, 1283:2, 1283:4, 1284:7, 1290:9, 1293:22, 1297:2, 1298:21

**someone** [1] - 1285:8

**Something** [1] - 1241:23

**something** [28] - 1191:14, 1208:8, 1219:17, 1231:15, 1234:12, 1234:18, 1241:4, 1241:25, 1243:13, 1246:19, 1253:11, 1256:1, 1256:14, 1256:18, 1256:20, 1257:18, 1257:25, 1262:9, 1270:15, 1271:5, 1271:11, 1276:21, 1279:23, 1287:8, 1287:10, 1289:22, 1291:9

**sometime** [1] - 1277:24

**sometimes** [1] - 1280:6

**somewhere** [9] - 1288:19, 1288:21, 1288:23, 1288:25, 1289:2, 1289:17, 1306:2

**soon** [1] - 1236:16

**sorry** [3] - 1189:21, 1199:5, 1272:19

**sort** [12] - 1197:17, 1198:6, 1198:7, 1199:3, 1199:7,

1215:8, 1228:1, 1234:10, 1260:16, 1260:21, 1285:8, 1286:20

**sound** [4] - 1206:11, 1218:3, 1238:18, 1283:23

**sounds** [1] - 1212:20

**source** [17] - 1188:5, 1188:20, 1190:22, 1195:9, 1196:15, 1198:5, 1224:24, 1224:25, 1230:1, 1279:3, 1285:9, 1290:21, 1290:22, 1290:23, 1291:7, 1293:6

**South** [3] - 1180:22, 1182:19, 1183:23

**SOUTH** [1] - 1181:3

**southern** [1] - 1278:2

**space** [2] - 1264:22, 1275:9

**spaces** [1] - 1212:21

**sparked** [1] - 1279:11

**speaking** [1] - 1221:16

**specialist** [2] - 1283:4, 1283:5

**specific** [2] - 1207:12, 1263:13

**specifically** [3] - 1202:12, 1217:11, 1286:12

**spectrum** [1] - 1278:15

**speed** [6] - 1198:14, 1253:23, 1253:25, 1254:3, 1254:21, 1306:14

**speeding** [2] - 1198:11, 1198:12

**speedometer** [3] - 1188:15, 1198:6, 1198:8

**spell** [1] - 1273:10

**spent** [6] - 1279:17, 1280:15, 1281:14, 1281:16, 1302:12, 1303:22

**SPILL** [1] - 1180:3

**Spill** [5] - 1216:13, 1224:2, 1225:1, 1225:4, 1225:8

**spill** [7] - 1189:23, 1191:21, 1225:13, 1226:13, 1229:3, 1279:4

**spilled** [4] - 1219:7, 1224:18, 1228:9, 1228:10

**spilling** [1] - 1224:15

**spills** [1] - 1199:1

**spot** [1] - 1257:21

**spray** [1] - 1218:15

**sputters** [1] - 1200:7

**Square** [1] - 1182:6

**squished** [2] - 1208:14, 1212:24

**Srdjan** [1] - 1250:17

**St** [9] - 1180:19, 1181:10, 1182:6, 1182:17, 1182:19, 1182:25, 1183:8, 1183:16, 1183:19

**stable** [1] - 1288:12

**stack** [61] - 1188:23, 1189:13, 1189:14, 1189:22, 1190:12, 1191:2, 1191:9, 1191:15, 1191:16, 1192:5, 1192:19, 1193:8, 1193:12, 1194:2, 1194:3, 1194:12, 1195:10, 1195:20, 1198:7, 1198:17, 1201:10, 1201:25, 1203:3, 1203:10, 1213:24, 1214:4, 1215:14, 1215:20, 1216:12, 1221:25, 1223:9, 1223:22, 1226:11, 1227:1, 1231:1, 1238:21, 1238:25, 1239:3, 1239:5, 1265:22, 1268:11, 1268:24, 1269:11, 1286:6, 1287:15, 1287:24, 1292:1, 1292:10, 1295:5, 1295:7, 1295:10, 1295:11, 1295:12, 1295:18, 1295:21, 1296:20, 1298:22, 1298:23, 1299:1, 1299:3

**Staff** [2] - 1241:8, 1241:23

**staff** [1] - 1275:15

**stage** [9] - 1217:23, 1218:14, 1218:18, 1218:24, 1219:4, 1220:10, 1220:18, 1220:24, 1227:8

**stages** [4] - 1217:20, 1218:16, 1227:4, 1227:6

**stand** [6] - 1244:5, 1246:24, 1246:25, 1273:5, 1297:10, 1305:18

**standard** [19] - 1198:14, 1218:20, 1229:15, 1229:22, 1233:13, 1233:15, 1233:23, 1236:8, 1258:15, 1261:22, 1264:3, 1265:15, 1268:19, 1269:15, 1270:5, 1270:8, 1270:24, 1299:25

**start** [8] - 1190:12, 1202:19, 1204:6, 1212:14, 1268:24, 1279:2, 1279:15, 1297:13

**started** [8] - 1190:7, 1242:11, 1258:3, 1276:6, 1284:23, 1299:10, 1299:12, 1306:1

**starting** [7] - 1189:4, 1204:20, 1204:23, 1204:25, 1262:16, 1270:18, 1282:15

**starts** [4] - 1201:4, 1203:6, 1204:11, 1204:18

**state** [9] - 1205:14, 1216:14, 1217:7, 1232:14, 1244:9, 1246:13, 1257:16, 1273:9, 1277:6

**STATE** [6] - 1181:9, 1181:12, 1184:3, 1184:7, 1184:11, 1184:14

**stated** [1] - 1269:22

**statement** [13] - 1187:3, 1190:22, 1199:13, 1220:4, 1228:19, 1229:1, 1232:10, 1232:19, 1238:6, 1238:11, 1239:18, 1243:1, 1275:4

**statements** [3] - 1186:12, 1226:2, 1298:11

**STATEMENTS** [1] - 1185:4

**States** [13] - 1187:3, 1194:16, 1199:22, 1205:6, 1206:13, 1211:25, 1229:5, 1246:8, 1249:24, 1263:23, 1269:13,

1273:3, 1308:11

**STATES** [4] - 1180:1, 1180:9, 1180:13, 1181:16

**States'** [1] - 1268:1

**static** [1] - 1304:11

**Statue** [1] - 1263:1

**status** [2] - 1227:9, 1273:21

**statute** [2] - 1217:11, 1220:3

**statutorily** [1] - 1277:9

**statutory** [1] - 1277:4

**stay** [1] - 1206:3

**stays** [1] - 1206:14

**steady** [7] - 1204:1, 1205:14, 1206:3, 1206:5, 1206:15, 1257:16

**Steed** [1] - 1184:17

**steel** [2] - 1208:6, 1227:11

**stenography** [1] - 1184:22

**step** [2] - 1225:2, 1258:2

**STEPHEN** [2] - 1180:16, 1181:24

**Steve** [7] - 1186:19, 1187:2, 1266:17, 1285:4, 1285:9, 1301:16, 1303:25

**STEVEN** [2] - 1181:18, 1183:18

**Stewart** [3] - 1284:1, 1284:6

**still** [18] - 1194:23, 1212:3, 1219:22, 1219:23, 1230:6, 1240:12, 1242:21, 1244:17, 1245:8, 1246:14, 1247:8, 1250:6, 1251:19, 1251:20, 1252:6, 1266:18, 1294:23

**stimulate** [1] - 1221:22

**stipulated** [2] - 1189:25, 1219:3

**stock** [8] - 1217:8, 1218:20, 1229:24, 1256:2, 1256:3, 1261:9, 1261:21, 1268:2

**stock-tank** [8] - 1217:8, 1218:20, 1229:24, 1256:2, 1256:3, 1261:9, 1261:21, 1268:2

**stockpile** [4] - 1276:22, 1276:23, 1277:7, 1302:21

**stood** [1] - 1301:14

**stop** [5] - 1193:5, 1279:9, 1307:8, 1307:10, 1307:11

**stopped** [4] - 1190:13, 1246:13, 1248:14, 1250:13

**stops** [1] - 1222:9

**story** [1] - 1190:18

**stove** [1] - 1217:3

**straight** [3] - 1196:2, 1253:20, 1257:5

**straightforward** [1] - 1243:25

**stratification** [1] - 1213:10

**stratifications** [1] - 1213:16

**stratified** [2] - 1253:22, 1254:2

**streams** [1] - 1241:16

**Street** [5] - 1180:22, 1181:2, 1181:4, 1183:11, 1184:20

**strength** [2] - 1207:20, 1264:9

**strictly** [1] - 1299:12

**stronger** [1] - 1303:19

**strongly** [1] - 1244:1

**student** [1] - 1277:23

**studies** [3] - 1225:16, 1235:20, 1235:21

**study** [2] - 1225:13, 1265:9

**studying** [1] - 1225:13

**stylized** [2] - 1189:19, 1190:7

**stymied** [1] - 1238:23

**submarines** [1] - 1189:7

**subsequent** [3] - 1241:1, 1243:11, 1280:22

**subsequently** [2] - 1275:21, 1281:19

**substance** [1] - 1219:18

**substantially** [3] - 1187:18, 1199:25, 1200:21

**subtract** [1] - 1194:9

**successful** [1] -

1261:13

**successfully** [1] - 1233:17

**succession** [1] - 1303:11

**such** [5] - 1187:19, 1228:25, 1245:25, 1246:1, 1263:3

**sufficient** [1] - 1208:22

**suggested** [2] - 1188:3, 1290:7

**Suite** [10] - 1180:22, 1181:7, 1182:6, 1182:25, 1183:3, 1183:8, 1183:19, 1184:9, 1184:15, 1184:17

**summarize** [5] - 1196:3, 1210:25, 1220:6, 1220:22, 1249:4

**summarized** [1] - 1281:19

**summary** [5] - 1189:24, 1218:24, 1219:25, 1228:2, 1282:6

**Summer** [2] - 1244:12, 1273:21

**Sunday** [1] - 1242:2

**superimposing** [1] - 1189:18

**support** [8] - 1193:4, 1232:12, 1245:6, 1248:20, 1274:4, 1275:6, 1277:16, 1285:15

**supporting** [3] - 1277:18, 1278:20, 1282:12

**supports** [1] - 1260:21

**supposed** [2] - 1199:3, 1220:8

**supposedly** [1] - 1226:1

**sure** [28] - 1196:8, 1240:17, 1241:25, 1251:17, 1262:10, 1266:4, 1274:17, 1275:9, 1276:2, 1276:24, 1280:23, 1281:12, 1282:12, 1285:2, 1285:14, 1287:12, 1287:13, 1288:9, 1291:4, 1292:5, 1293:4, 1293:18, 1293:20, 1295:21, 1295:22,

1299:8, 1304:3, 1307:16

**surface** [14] - 1217:13, 1217:16, 1219:22, 1220:9, 1227:5, 1261:8, 1261:15, 1261:19, 1261:21, 1262:1, 1275:11, 1287:8

**surrounded** [1] - 1301:24

**surrounding** [1] - 1282:16

**Survey** [4] - 1191:7, 1215:13, 1223:16, 1285:7

**SUTHERLAND** [1] - 1183:18

**Suttles** [1] - 1195:2

**SWORN** [1] - 1273:7

**synthesize** [1] - 1285:19

**synthesizer** [1] - 1301:21

**system** [9] - 1232:25, 1250:21, 1251:20, 1251:21, 1254:11, 1255:10, 1293:10, 1293:14, 1302:8

**systematic** [1] - 1246:2

**systems** [3] - 1250:22, 1277:2, 1296:4

# T

**T** [2] - 1182:12, 1273:12

**table** [2] - 1200:7, 1287:14

**tables** [1] - 1305:24

**tabulates** [1] - 1205:20

**tag** [1] - 1240:6

**tag-ups** [1] - 1240:6

**take** [27] - 1188:13, 1190:9, 1194:22, 1199:20, 1204:21, 1207:22, 1208:12, 1211:21, 1213:6, 1213:7, 1213:19, 1219:14, 1222:17, 1234:1, 1249:11, 1251:18, 1258:2, 1261:20, 1262:4, 1262:15, 1272:12, 1273:9, 1283:25, 1289:24, 1292:12,

1297:19, 1304:8

**taken** [13] - 1216:1, 1233:12, 1233:22, 1236:7, 1244:24, 1250:22, 1251:15, 1251:16, 1252:18, 1264:2, 1264:4, 1264:10, 1265:25

**TAKEN** [2] - 1272:15, 1308:4

**takes** [23] - 1194:6, 1194:7, 1205:19, 1205:21, 1206:3, 1206:5, 1207:3, 1207:8, 1208:25, 1213:9, 1220:19, 1227:11, 1249:8, 1251:7, 1251:15, 1262:13, 1262:15, 1268:1, 1269:17, 1269:24, 1270:1, 1270:23

**taking** [7] - 1199:17, 1250:25, 1251:21, 1253:3, 1266:8, 1291:16, 1292:12

**talented** [1] - 1304:3

**talk** [33] - 1188:4, 1190:13, 1190:15, 1196:15, 1199:8, 1200:13, 1201:24, 1202:19, 1204:7, 1207:24, 1214:11, 1216:21, 1221:1, 1230:4, 1230:6, 1233:19, 1235:12, 1236:17, 1237:23, 1249:22, 1250:19, 1251:1, 1257:7, 1258:8, 1259:14, 1264:15, 1266:6, 1266:16, 1273:24, 1286:17, 1290:19, 1306:8, 1306:9

**talked** [15] - 1198:5, 1201:23, 1216:20, 1230:1, 1230:15, 1237:13, 1237:16, 1239:2, 1250:4, 1256:5, 1262:17, 1262:20, 1268:9, 1287:21, 1305:25

**talking** [21] - 1188:11, 1190:12, 1204:6, 1214:4, 1216:8, 1216:9, 1216:25, 1219:17, 1219:24, 1236:12, 1238:5, 1238:8, 1238:20, 1241:7,

1242:20, 1243:6, 1244:16, 1249:14, 1249:19, 1257:19, 1305:1

**talks** [1] - 1275:4

**Tallahassee** [1] - 1184:12

**TAMERLIN** [1] - 1183:23

**tank** [8] - 1217:8, 1218:20, 1229:24, 1256:2, 1256:3, 1261:9, 1261:21, 1268:2

**task** [1] - 1290:23

**Tatro** [2] - 1281:21, 1290:4

**Team** [1] - 1238:22

**team** [45] - 1192:11, 1192:13, 1192:17, 1196:4, 1227:15, 1280:4, 1281:21, 1281:22, 1283:21, 1284:9, 1285:1, 1285:2, 1285:5, 1285:12, 1285:15, 1285:19, 1286:22, 1289:3, 1291:24, 1292:19, 1297:12, 1298:6, 1298:13, 1299:11, 1299:13, 1299:21, 1299:23, 1300:15, 1300:18, 1301:12, 1302:1, 1302:2, 1303:19, 1303:23, 1304:5, 1305:13, 1305:21, 1305:23

**team's** [1] - 1284:22

**teams** [7] - 1223:18, 1258:3, 1284:7, 1297:12, 1299:13, 1300:1, 1300:2

**technical** [17] - 1209:22, 1264:11, 1275:17, 1275:23, 1275:25, 1276:12, 1277:16, 1277:19, 1280:24, 1281:16, 1284:13, 1284:14, 1284:18, 1286:10, 1286:12, 1292:20, 1299:18

**Technical** [3] - 1223:13, 1223:17, 1223:24

**technicians** [1] - 1276:15

**technique** [1] - 1269:16

**techniques** [1] - 1299:20

**technologies** [2] - 1278:22, 1281:1

**technology** [2] - 1250:23, 1276:7

**teenage** [1] - 1212:22

**telephone** [1] - 1292:23

**tell** [16] - 1196:9, 1196:12, 1198:8, 1201:20, 1207:11, 1207:16, 1208:4, 1208:10, 1212:25, 1215:7, 1215:15, 1216:2, 1216:16, 1226:2, 1249:5, 1298:16

**telling** [3] - 1195:4, 1226:22, 1243:1

**tells** [4] - 1215:10, 1218:8, 1233:18, 1249:8

**temperatures** [1] - 1291:12

**ten** [17] - 1209:5, 1219:14, 1219:25, 1220:3, 1220:19, 1242:22, 1243:16, 1244:1, 1244:3, 1246:24, 1260:13, 1260:15, 1262:6, 1265:8, 1303:6, 1303:15, 1305:5

**term** [1] - 1217:8

**termination** [1] - 1286:3

**terms** [12] - 1252:8, 1256:16, 1258:11, 1258:18, 1259:16, 1261:5, 1261:16, 1263:11, 1264:11, 1266:2, 1266:20, 1283:20

**terrific** [1] - 1193:3

**test** [19] - 1191:18, 1191:19, 1198:9, 1207:19, 1266:4, 1266:5, 1266:19, 1276:15, 1287:3, 1287:4, 1287:22, 1287:23, 1288:2, 1288:4, 1289:4, 1289:7, 1296:13, 1297:9, 1304:11

**testified** [7] - 1195:8, 1197:22, 1210:4, 1299:2, 1302:22, 1304:1, 1306:25

**TESTIFIED** [1] - 1273:7

**testifies** [3] - 1195:20, 1232:22, 1270:9

**testify** [12] - 1192:4, 1192:10, 1192:24, 1194:14, 1197:5, 1207:7, 1215:13, 1219:11, 1220:2, 1223:21, 1247:12, 1307:2

**testimony** [10] - 1223:16, 1230:7, 1231:15, 1236:10, 1243:22, 1246:11, 1246:22, 1264:8, 1282:8, 1302:22

**testing** [8] - 1195:14, 1213:25, 1214:7, 1216:5, 1244:19, 1247:6, 1276:3, 1276:14

**tests** [4] - 1264:6, 1276:5, 1276:13, 1276:17

**TEXAS** [1] - 1184:3

**Texas** [12] - 1184:12

**text** [1] - 1263:25

**Thad** [3] - 1285:22, 1286:10, 1303:24

**than** [35] - 1188:2, 1193:18, 1194:12, 1199:19, 1200:1, 1200:21, 1204:3, 1208:5, 1208:7, 1208:9, 1212:4, 1218:24, 1220:5, 1227:10, 1232:1, 1232:24, 1236:15, 1239:21, 1246:9, 1248:1, 1248:12, 1248:25, 1249:2, 1249:13, 1255:19, 1256:2, 1256:3, 1260:13, 1264:14, 1266:2, 1269:8, 1269:19, 1269:21, 1272:6, 1293:5

**thank** [10] - 1203:17, 1224:22, 1228:16, 1228:17, 1272:11, 1275:17, 1290:19, 1295:2, 1297:14, 1307:24

**That** [1] - 1242:4

**that** [779] - 1187:7, 1187:8, 1187:21, 1187:24, 1188:1, 1188:6, 1189:2,

1189:4, 1189:8, 1189:24, 1189:25, 1190:1, 1190:9, 1190:10, 1190:11, 1190:14, 1190:15, 1190:18, 1190:23, 1190:24, 1191:6, 1191:13, 1191:25, 1192:1, 1192:7, 1192:21, 1192:24, 1193:5, 1194:1, 1194:2, 1194:5, 1194:6, 1194:14, 1195:20, 1196:1, 1196:10, 1196:17, 1196:19, 1197:5, 1197:15, 1197:21, 1197:22, 1198:1, 1198:8, 1198:10, 1198:16, 1198:18, 1199:5, 1199:8, 1199:17, 1199:22, 1200:16, 1201:3, 1201:7, 1201:16, 1202:1, 1202:14, 1202:15, 1203:24, 1203:25, 1204:2, 1204:4, 1204:10, 1204:17, 1204:19, 1204:23, 1204:24, 1205:2, 1205:4, 1205:13, 1205:14, 1206:3, 1206:10, 1206:13, 1206:21, 1207:2, 1207:4, 1207:16, 1207:22, 1207:25, 1208:4, 1208:8, 1208:10, 1208:12, 1208:15, 1208:17, 1208:19, 1208:20, 1208:23, 1209:2, 1209:3, 1209:4, 1209:5, 1209:10, 1209:20, 1209:22, 1210:15, 1210:17, 1210:19, 1211:3, 1211:18, 1212:6, 1212:9, 1212:10, 1212:12, 1212:23, 1213:1, 1213:8, 1213:19, 1213:21, 1213:25, 1214:7, 1214:11, 1214:13, 1214:19, 1214:23, 1214:24, 1215:7, 1215:9, 1215:11, 1215:15, 1215:16, 1215:17, 1216:2, 1216:4, 1216:5, 1216:10, 1216:11, 1217:2,

1217:10, 1218:8, 1218:13, 1218:16, 1218:19, 1218:25, 1219:3, 1219:11, 1219:14, 1219:18, 1219:20, 1219:22, 1219:25, 1220:1, 1220:4, 1220:11, 1221:3, 1221:7, 1221:10, 1221:14, 1221:25, 1222:11, 1222:12, 1222:15, 1222:16, 1222:20, 1223:2, 1223:13, 1223:14, 1223:23, 1224:6, 1224:22, 1224:23, 1224:24, 1225:4, 1225:5, 1225:23, 1225:24, 1226:2, 1226:13, 1227:2, 1227:15, 1227:16, 1227:20, 1227:25, 1228:2, 1228:8, 1228:12, 1228:13, 1228:21, 1228:23, 1229:2, 1229:5, 1229:8, 1229:9, 1229:14, 1229:21, 1229:22, 1229:23, 1229:25, 1230:1, 1230:2, 1230:4, 1230:5, 1230:6, 1230:7, 1230:8, 1230:11, 1230:14, 1230:20, 1230:23, 1230:25, 1231:1, 1231:2, 1231:4, 1231:5, 1231:8, 1231:10, 1231:20, 1231:21, 1231:22, 1231:24, 1232:1, 1232:3, 1232:5, 1232:7, 1232:12, 1232:15, 1232:20, 1232:21, 1232:23, 1233:2, 1233:3, 1233:6, 1233:7, 1233:9, 1233:10, 1233:12, 1233:17, 1233:18, 1233:19, 1233:21, 1233:22, 1234:1, 1234:10, 1234:17, 1234:21, 1234:22, 1235:3, 1235:5, 1235:7, 1235:11, 1235:13, 1235:14, 1235:20, 1235:25, 1236:2, 1236:4, 1236:5, 1236:7, 1236:13, 1236:14,

1236:17, 1236:19, 1236:21, 1236:23, 1236:25, 1237:1, 1237:4, 1237:6, 1237:10, 1237:12, 1237:14, 1237:15, 1237:17, 1237:19, 1237:22, 1237:24, 1238:3, 1238:9, 1238:11, 1238:19, 1238:20, 1239:2, 1239:3, 1239:6, 1239:13, 1239:14, 1239:21, 1240:1, 1240:7, 1240:17, 1240:21, 1240:22, 1240:25, 1241:3, 1241:7, 1241:8, 1241:20, 1241:21, 1242:8, 1242:12, 1242:14, 1242:16, 1242:19, 1242:20, 1242:24, 1243:3, 1243:4, 1243:9, 1243:12, 1243:14, 1244:2, 1244:9, 1244:10, 1244:11, 1244:12, 1244:15, 1244:18, 1244:19, 1244:21, 1244:25, 1245:2, 1245:3, 1245:4, 1245:6, 1245:12, 1246:4, 1246:10, 1246:12, 1246:14, 1246:17, 1246:18, 1246:19, 1246:23, 1246:24, 1247:4, 1247:5, 1247:7, 1247:8, 1247:17, 1247:21, 1247:22, 1247:25, 1248:1, 1248:2, 1248:3, 1248:5, 1248:10, 1248:13, 1248:19, 1248:20, 1248:22, 1248:24, 1249:7, 1249:8, 1249:9, 1249:10, 1249:11, 1249:14, 1249:17, 1249:19, 1249:22, 1249:23, 1249:25, 1250:6, 1250:7, 1250:8, 1250:12, 1250:13, 1250:24, 1250:25, 1251:1, 1251:6, 1251:7, 1251:9, 1251:10, 1251:13, 1251:15, 1251:16, 1251:20, 1252:2, 1252:5, 1252:6,

1252:11, 1252:12, 1252:13, 1252:15, 1252:16, 1252:21, 1252:23, 1253:1, 1253:2, 1253:3, 1253:7, 1253:9, 1253:11, 1253:13, 1253:17, 1253:20, 1253:25, 1254:6, 1254:7, 1254:12, 1254:13, 1255:11, 1255:18, 1255:19, 1255:20, 1255:21, 1255:25, 1256:5, 1256:12, 1256:13, 1256:17, 1256:20, 1257:1, 1257:8, 1257:14, 1257:15, 1257:17, 1257:18, 1257:20, 1257:24, 1258:1, 1258:3, 1258:5, 1258:10, 1258:14, 1258:15, 1258:16, 1258:20, 1258:21, 1259:15, 1259:18, 1259:19, 1259:20, 1260:2, 1260:4, 1260:5, 1260:8, 1260:13, 1260:17, 1260:18, 1260:19, 1260:21, 1260:22, 1260:24, 1261:6, 1261:8, 1261:10, 1261:14, 1261:15, 1261:18, 1261:21, 1261:23, 1262:2, 1262:3, 1262:5, 1262:6, 1262:9, 1262:10, 1262:12, 1262:14, 1262:15, 1262:17, 1262:20, 1262:23, 1263:1, 1263:3, 1263:5, 1263:6, 1263:10, 1263:12, 1263:15, 1263:16, 1263:21, 1264:2, 1264:7, 1264:8, 1264:9, 1264:11, 1264:15, 1264:19, 1264:24, 1265:6, 1265:9, 1265:10, 1265:15, 1265:24, 1266:1, 1266:4, 1266:7, 1266:8, 1266:16, 1266:19, 1267:8, 1267:12, 1267:17, 1267:22, 1268:9, 1268:14, 1268:15, 1268:18, 1268:20, 1268:23,

1268:24, 1269:1, 1269:6, 1269:13, 1269:17, 1269:22, 1270:3, 1270:11, 1270:12, 1270:13, 1270:15, 1270:17, 1270:23, 1270:24, 1270:25, 1271:1, 1271:3, 1271:4, 1271:5, 1271:6, 1271:9, 1271:12, 1271:13, 1271:14, 1271:19, 1271:23, 1272:5, 1272:7, 1272:9, 1272:21, 1273:21, 1273:23, 1273:25, 1274:4, 1274:15, 1274:19, 1274:21, 1274:25, 1275:3, 1275:17, 1276:13, 1276:25, 1277:2, 1277:7, 1277:10, 1277:12, 1277:14, 1277:20, 1278:12, 1278:18, 1278:23, 1279:6, 1279:9, 1279:16, 1279:19, 1279:21, 1279:22, 1279:23, 1280:3, 1280:4, 1280:11, 1280:22, 1281:2, 1281:4, 1281:15, 1281:17, 1281:21, 1282:3, 1282:5, 1282:9, 1282:11, 1282:13, 1282:23, 1283:16, 1283:20, 1284:8, 1284:18, 1285:2, 1285:17, 1285:19, 1285:20, 1285:24, 1286:10, 1286:12, 1286:14, 1287:1, 1287:6, 1287:15, 1287:18, 1287:19, 1287:20, 1288:7, 1288:12, 1288:15, 1288:20, 1289:3, 1289:9, 1289:12, 1289:15, 1289:16, 1289:19, 1290:5, 1290:11, 1290:19, 1290:25, 1291:1, 1291:16, 1291:24, 1292:6, 1292:11, 1292:13, 1292:16, 1292:17, 1292:18, 1292:19, 1292:20, 1292:21, 1292:24, 1292:25, 1293:2, 1293:4, 1293:6,

1293:8, 1293:11, 1293:15, 1293:22, 1294:1, 1294:6, 1294:8, 1294:18, 1295:2, 1295:5, 1295:7, 1295:18, 1295:22, 1295:24, 1295:25, 1296:3, 1296:6, 1296:17, 1296:22, 1296:23, 1297:8, 1297:14, 1298:1, 1298:2, 1298:4, 1298:10, 1298:20, 1299:1, 1299:2, 1299:11, 1299:12, 1299:14, 1299:16, 1299:24, 1300:1, 1300:2, 1300:6, 1300:11, 1300:16, 1301:1, 1301:8, 1301:10, 1301:14, 1301:16, 1301:24, 1301:25, 1302:3, 1302:6, 1302:8, 1302:10, 1302:11, 1302:12, 1302:17, 1302:18, 1302:19, 1302:20, 1302:22, 1302:25, 1303:14, 1304:15, 1304:16, 1304:24, 1305:2, 1305:5, 1305:13, 1305:19, 1306:17, 1306:21, 1306:22, 1307:7, 1307:8, 1307:10, 1307:11, 1307:13, 1307:15, 1307:16, 1307:20, 1307:21, 1307:22, 1308:12

**that's** [90] - 1189:11, 1189:13, 1189:14, 1193:17, 1196:2, 1197:15, 1197:24, 1199:11, 1199:12, 1199:17, 1199:19, 1201:13, 1202:22, 1206:8, 1209:2, 1210:2, 1210:3, 1210:13, 1210:19, 1213:12, 1214:24, 1219:20, 1219:24, 1219:25, 1220:1, 1220:11, 1220:18, 1222:9, 1222:19, 1223:23, 1225:11, 1225:23, 1225:25, 1228:10, 1228:25, 1229:10, 1231:6, 1231:9, 1231:14, 1231:25, 1233:9,

1233:25, 1234:9, 1235:16, 1236:5, 1241:14, 1241:19, 1242:21, 1242:23, 1246:14, 1246:16, 1251:19, 1251:20, 1253:8, 1253:14, 1254:2, 1254:23, 1256:9, 1256:10, 1256:25, 1257:22, 1258:6, 1259:24, 1260:13, 1260:19, 1262:11, 1263:10, 1265:25, 1266:14, 1267:19, 1268:14, 1269:1, 1269:3, 1271:11, 1272:2, 1274:11, 1275:7, 1275:12, 1289:14, 1289:16, 1291:10, 1293:20, 1296:18, 1296:19, 1297:3, 1302:24

**THE** [35] - 1180:3, 1180:4, 1180:7, 1180:12, 1180:15, 1181:9, 1181:12, 1181:16, 1184:3, 1184:7, 1184:10, 1184:14, 1185:10, 1186:6, 1186:14, 1186:20, 1186:24, 1187:1, 1228:17, 1247:13, 1248:17, 1267:16, 1272:12, 1272:14, 1272:17, 1272:21, 1272:25, 1273:5, 1273:9, 1273:11, 1303:5, 1303:6, 1308:1, 1308:3

**their** [47] - 1190:22, 1196:14, 1204:24, 1209:20, 1209:23, 1210:3, 1214:12, 1216:14, 1223:16, 1225:18, 1225:24, 1226:1, 1226:18, 1227:13, 1229:7, 1229:11, 1232:8, 1239:10, 1243:11, 1243:19, 1250:3, 1255:22, 1259:12, 1260:11, 1271:19, 1276:4, 1279:21, 1280:24, 1284:16, 1289:7, 1291:5, 1292:21, 1297:10, 1297:13, 1299:16, 1299:18, 1299:20, 1299:25, 1300:4,

1300:5, 1300:18, 1304:4, 1306:13

**themselves** [3] - 1213:23, 1290:16, 1293:9

**theoretically** [1] - 1283:23

**theories** [1] - 1188:1

**theory** [4] - 1207:3, 1207:9, 1209:1, 1283:19

**there's** [24] - 1194:8, 1197:3, 1198:10, 1205:12, 1210:7, 1216:4, 1219:10, 1221:14, 1222:11, 1225:1, 1225:14, 1228:23, 1235:23, 1236:20, 1245:24, 1249:15, 1253:6, 1260:25, 1263:17, 1264:12, 1264:22, 1266:15, 1270:8, 1282:12

**therefore** [1] - 1190:4

**thermal** [1] - 1275:21

**thermodynamics** [1] - 1269:9

**these** [79] - 1187:6, 1192:21, 1193:2, 1193:7, 1194:25, 1195:7, 1196:21, 1203:1, 1206:24, 1212:24, 1213:13, 1214:3, 1214:5, 1214:10, 1215:19, 1217:14, 1221:7, 1222:25, 1224:7, 1225:1, 1225:16, 1225:17, 1226:10, 1232:21, 1233:13, 1233:21, 1233:22, 1234:3, 1235:11, 1235:24, 1238:1, 1238:3, 1238:14, 1238:16, 1238:23, 1239:11, 1240:22, 1241:1, 1241:3, 1241:7, 1243:23, 1244:15, 1245:7, 1247:8, 1250:22, 1251:14, 1252:24, 1253:5, 1254:5, 1254:18, 1257:6, 1258:10, 1260:5, 1260:6, 1260:17, 1262:23, 1264:4, 1264:9, 1264:11, 1264:20, 1264:22,

1266:6, 1266:7, 1267:10, 1270:7, 1270:8, 1277:15, 1279:11, 1282:4, 1282:6, 1283:8, 1283:14, 1290:16, 1290:17, 1294:17, 1296:16, 1299:1, 1302:5, 1306:7

**These** [1] - 1193:3

**they'll** [1] - 1243:8

**they're** [28] - 1192:15, 1199:11, 1210:3, 1227:1, 1230:13, 1236:24, 1238:1, 1241:5, 1241:6, 1242:11, 1242:24, 1243:3, 1243:6, 1245:8, 1248:24, 1250:6, 1251:17, 1252:2, 1261:6, 1264:9, 1264:13, 1264:14, 1266:14, 1284:19, 1286:16, 1306:10

**they've** [3] - 1225:13, 1231:24, 1241:20

**thick** [1] - 1213:14

**thicker** [1] - 1259:23

**thickness** [1] - 1261:5

**thing** [15] - 1201:12, 1203:18, 1205:3, 1209:8, 1214:24, 1245:25, 1253:1, 1254:7, 1257:5, 1258:12, 1259:10, 1287:23, 1307:9, 1307:10, 1307:16

**things** [33] - 1231:10, 1236:23, 1237:17, 1240:22, 1244:15, 1245:7, 1247:3, 1247:7, 1247:8, 1249:19, 1249:23, 1251:4, 1258:2, 1259:15, 1262:20, 1262:22, 1263:5, 1264:7, 1268:14, 1269:8, 1269:10, 1270:7, 1270:11, 1271:24, 1279:6, 1280:11, 1283:14, 1291:13, 1304:13, 1306:9, 1307:7, 1307:20

**think** [37] - 1186:12, 1186:24, 1191:4, 1193:2, 1228:25, 1229:18, 1234:20,

1234:21, 1234:22, 1237:19, 1240:14, 1248:25, 1251:12, 1252:12, 1253:2, 1253:14, 1256:6, 1257:4, 1257:11, 1262:25, 1264:13, 1277:25, 1282:7, 1282:8, 1286:1, 1287:5, 1291:20, 1292:24, 1294:6, 1297:8, 1298:6, 1302:12, 1304:10, 1304:25, 1306:10, 1307:21

**thinking** [2] - 1286:16, 1286:17

**thinks** [1] - 1234:9

**third** [13] - 1209:8, 1211:7, 1216:19, 1221:1, 1222:17, 1222:21, 1230:12, 1252:4, 1252:15, 1252:16, 1268:4, 1292:24, 1307:18

**thirdly** [1] - 1307:15

**this** [405] - 1187:14, 1188:19, 1189:6, 1189:18, 1189:19, 1190:15, 1190:21, 1191:3, 1191:6, 1191:18, 1191:22, 1192:11, 1192:13, 1192:16, 1192:17, 1193:11, 1193:13, 1193:14, 1193:23, 1194:14, 1194:19, 1195:11, 1196:24, 1197:11, 1197:13, 1197:14, 1198:7, 1198:22, 1199:3, 1199:4, 1199:6, 1199:12, 1199:14, 1200:9, 1200:10, 1200:12, 1200:14, 1200:25, 1201:6, 1201:17, 1201:18, 1201:20, 1202:12, 1202:16, 1203:3, 1203:22, 1204:21, 1206:2, 1206:6, 1206:18, 1207:2, 1207:7, 1207:10, 1208:17, 1209:15, 1210:8, 1210:10, 1210:12, 1210:23, 1211:15, 1211:24, 1212:23, 1213:2, 1213:4, 1213:20, 1213:21, 1214:20,

1214:22, 1215:2, 1215:6, 1215:8, 1215:15, 1216:7, 1217:8, 1218:6, 1218:21, 1219:6, 1219:7, 1219:15, 1220:4, 1220:8, 1220:14, 1221:8, 1221:9, 1221:10, 1221:19, 1224:18, 1224:21, 1225:11, 1225:13, 1225:20, 1226:8, 1227:12, 1228:1, 1228:7, 1228:21, 1229:1, 1229:16, 1229:17, 1229:25, 1230:8, 1230:10, 1230:13, 1231:11, 1231:17, 1231:21, 1231:24, 1231:25, 1232:2, 1232:5, 1232:6, 1232:9, 1232:11, 1232:13, 1232:14, 1233:16, 1233:17, 1233:19, 1234:7, 1234:9, 1234:11, 1234:12, 1234:14, 1234:19, 1235:12, 1235:13, 1235:14, 1235:15, 1236:2, 1236:4, 1236:8, 1237:4, 1237:7, 1237:16, 1237:18, 1237:19, 1238:6, 1238:17, 1238:19, 1239:5, 1239:10, 1239:13, 1239:16, 1240:1, 1240:9, 1240:14, 1240:24, 1241:2, 1241:4, 1241:10, 1241:13, 1241:15, 1241:25, 1242:3, 1242:10, 1242:11, 1242:19, 1242:20, 1242:22, 1242:24, 1243:1, 1243:2, 1243:3, 1243:6, 1243:10, 1243:12, 1243:14, 1243:19, 1243:22, 1243:23, 1243:24, 1244:7, 1244:9, 1244:11, 1244:16, 1244:17, 1245:10, 1245:19, 1245:22, 1246:7, 1246:19, 1247:10, 1248:15, 1249:8, 1249:14, 1249:15, 1249:17, 1250:1, 1250:5,

1250:10, 1251:3, 1251:6, 1251:8, 1251:18, 1251:25, 1252:5, 1252:6, 1252:7, 1252:8, 1252:14, 1252:20, 1252:22, 1253:3, 1253:11, 1253:16, 1253:19, 1254:1, 1254:9, 1254:10, 1254:14, 1254:15, 1254:17, 1254:20, 1254:24, 1254:25, 1255:1, 1255:3, 1255:6, 1255:8, 1255:12, 1255:13, 1255:15, 1255:16, 1255:17, 1255:18, 1256:5, 1256:11, 1256:15, 1256:20, 1256:22, 1257:3, 1257:6, 1257:7, 1257:12, 1257:13, 1257:18, 1257:21, 1257:23, 1258:11, 1258:13, 1258:17, 1258:19, 1258:24, 1258:25, 1259:3, 1259:4, 1259:5, 1259:12, 1259:16, 1259:19, 1259:20, 1259:21, 1259:22, 1259:25, 1260:2, 1260:4, 1260:11, 1260:12, 1260:16, 1260:17, 1260:21, 1260:24, 1261:4, 1261:6, 1261:23, 1262:2, 1262:3, 1262:4, 1262:14, 1262:20, 1262:22, 1263:4, 1263:7, 1263:9, 1263:14, 1264:8, 1264:12, 1264:14, 1264:17, 1264:18, 1264:19, 1265:13, 1266:3, 1266:7, 1266:16, 1266:22, 1266:25, 1267:2, 1267:6, 1267:7, 1267:11, 1267:15, 1267:25, 1268:4, 1268:12, 1268:14, 1268:25, 1269:2, 1269:3, 1269:4, 1269:6, 1269:12, 1269:13, 1269:17, 1269:23, 1270:2, 1270:4, 1270:15, 1270:17, 1270:20, 1270:21,

1270:23, 1271:1, 1271:2, 1271:4, 1271:5, 1271:7, 1271:15, 1272:1, 1272:4, 1272:6, 1272:7, 1272:8, 1276:3, 1276:5, 1277:5, 1281:11, 1281:12, 1281:23, 1281:25, 1282:7, 1282:13, 1282:25, 1283:1, 1283:4, 1283:11, 1288:1, 1288:2, 1288:3, 1288:8, 1288:10, 1289:5, 1289:10, 1289:11, 1289:18, 1290:14, 1293:10, 1294:10, 1294:12, 1294:14, 1294:15, 1294:25, 1295:21, 1295:24, 1296:3, 1296:13, 1296:14, 1296:17, 1296:18, 1296:19, 1296:22, 1296:23, 1297:4, 1297:6, 1297:8, 1297:9, 1300:19, 1300:22, 1302:1, 1303:11, 1303:19, 1305:11, 1306:15, 1306:16, 1307:3, 1307:21

**This** [1] - 1240:15

**THOMAS** [6] - 1180:21, 1181:19, 1184:4, 1185:11, 1273:7, 1273:11

**Thomas** [2] - 1273:4, 1273:11

**those** [53] - 1187:11, 1188:1, 1190:2, 1190:9, 1194:9, 1196:3, 1198:9, 1207:16, 1216:2, 1218:25, 1222:2, 1222:3, 1223:2, 1224:16, 1226:2, 1226:5, 1227:14, 1228:15, 1231:5, 1231:10, 1232:4, 1235:21, 1237:23, 1240:2, 1240:24, 1252:6, 1253:14, 1255:13, 1258:8, 1277:3, 1281:5, 1281:19, 1285:6, 1288:5, 1289:18, 1290:1, 1290:11, 1291:13, 1292:3, 1292:14, 1292:18,

1293:20, 1294:7,
1295:13, 1298:11,
1299:7, 1300:11,
1301:1, 1301:11,
1302:3, 1305:22,
1305:24, 1307:18
  **though** [3] - 1217:11,
1244:18, 1258:6
  **thought** [6] -
1193:13, 1242:17,
1243:12, 1293:5,
1301:24, 1305:13
  **thousands** [1] -
1194:20
  **three** [30] - 1192:11,
1198:5, 1203:18,
1204:10, 1205:8,
1216:1, 1216:3,
1224:16, 1231:3,
1248:4, 1248:6,
1250:14, 1260:18,
1260:23, 1265:8,
1280:3, 1284:17,
1285:6, 1294:5,
1294:6, 1294:7,
1294:20, 1294:24,
1294:25, 1297:12,
1299:13, 1299:14,
1305:14, 1307:7
  **three-and-a-half** [2] -
1248:4, 1248:6
  **three-inch** [1] -
1294:7
  **through** [43] -
1190:25, 1193:9,
1193:20, 1208:4,
1208:15, 1208:18,
1209:13, 1211:6,
1214:2, 1218:10,
1218:23, 1219:9,
1223:6, 1224:25,
1229:13, 1229:18,
1230:7, 1235:13,
1237:21, 1241:4,
1253:5, 1253:21,
1258:15, 1258:18,
1270:13, 1282:18,
1285:21, 1286:10,
1289:19, 1290:3,
1292:2, 1292:11,
1296:4, 1296:8,
1297:15, 1297:16,
1299:4, 1299:6,
1299:16, 1300:4,
1302:8, 1302:13
  **thumb** [1] - 1213:13
  **tight** [1] - 1242:23
  **tightens** [1] -
1191:11
  **tilt** [1] - 1288:13

**time** [114] - 1186:15,
1190:8, 1191:22,
1192:1, 1193:9,
1194:18, 1198:17,
1199:21, 1199:24,
1200:10, 1200:15,
1200:17, 1200:19,
1201:2, 1201:5,
1201:15, 1201:20,
1203:4, 1203:6,
1203:24, 1204:1,
1204:16, 1206:11,
1206:15, 1207:3,
1207:8, 1207:12,
1207:13, 1207:25,
1208:25, 1213:7,
1213:24, 1213:25,
1215:20, 1216:12,
1217:15, 1226:11,
1226:12, 1227:17,
1228:3, 1228:4,
1230:9, 1230:11,
1231:2, 1231:21,
1234:15, 1234:25,
1236:9, 1236:12,
1236:18, 1237:24,
1238:13, 1238:20,
1239:21, 1240:16,
1241:18, 1242:9,
1245:15, 1246:21,
1246:25, 1250:5,
1250:24, 1251:7,
1251:25, 1252:25,
1253:3, 1253:4,
1253:7, 1253:9,
1253:14, 1254:23,
1255:13, 1255:18,
1256:12, 1256:25,
1257:1, 1257:15,
1257:17, 1263:12,
1265:21, 1267:7,
1268:12, 1268:16,
1268:18, 1269:9,
1272:8, 1273:25,
1276:17, 1281:14,
1281:16, 1284:11,
1284:12, 1284:21,
1284:23, 1285:8,
1285:16, 1291:25,
1293:8, 1294:9,
1297:24, 1298:1,
1299:24, 1302:13,
1302:25, 1303:17,
1305:18, 1305:24,
1306:4, 1307:11,
1308:2
  **timeframe** [2] -
1208:8, 1279:18
  **timeline** [7] -
1188:20, 1189:18,
1196:16, 1197:17,

1198:5, 1214:2,
1239:21
  **times** [5] - 1193:24,
1195:23, 1196:18,
1265:19, 1299:15
  **tire** [2] - 1234:8,
1234:24
  **tires** [1] - 1206:17
  **titled** [1] - 1226:9
  **today** [13] - 1193:10,
1196:5, 1214:8,
1220:17, 1229:17,
1231:25, 1235:15,
1240:14, 1245:12,
1254:22, 1255:25,
1274:11, 1307:2
  **together** [18] -
1223:14, 1228:15,
1253:21, 1271:3,
1271:10, 1285:3,
1285:5, 1285:19,
1288:14, 1292:19,
1299:21, 1299:22,
1300:3, 1301:24,
1304:16, 1305:14
  **told** [8] - 1208:6,
1213:23, 1225:24,
1226:1, 1258:1,
1298:16, 1298:17,
1298:18
  **TOLLES** [1] -
1183:20
  **Tom** [8] - 1238:9,
1239:25, 1240:5,
1242:3, 1242:4,
1242:16, 1245:13
  **tomorrow** [6] -
1241:10, 1241:11,
1241:15, 1241:24,
1242:3, 1242:5
  **tone** [1] - 1306:5
  **too** [14] - 1202:10,
1211:5, 1214:9,
1220:23, 1220:25,
1221:2, 1221:11,
1221:14, 1228:23,
1239:11, 1242:23,
1266:12, 1294:19
  **took** [9] - 1193:7,
1207:25, 1230:14,
1239:2, 1250:24,
1268:10, 1278:24,
1295:24, 1299:11
  **tool** [8] - 1210:11,
1211:11, 1221:18,
1233:7, 1245:1,
1247:6, 1268:9,
1271:14
  **tools** [1] - 1189:21
  **Tooms** [7] - 1281:12,

1281:13, 1281:23,
1287:12, 1287:13,
1290:6
  **top** [28] - 1187:14,
1188:22, 1189:13,
1189:14, 1193:6,
1196:16, 1196:17,
1196:25, 1197:2,
1206:2, 1211:16,
1211:18, 1219:14,
1227:13, 1227:19,
1253:22, 1288:11,
1288:16, 1288:22,
1289:13, 1289:21,
1292:6, 1293:22,
1294:6, 1294:7,
1294:14, 1294:18
  **Top** [27] - 1189:3,
1189:12, 1189:21,
1196:21, 1196:23,
1197:6, 1197:9,
1197:10, 1198:7,
1218:22, 1230:22,
1239:3, 1239:9,
1286:3, 1291:25,
1292:4, 1292:5,
1292:15, 1293:16,
1293:17, 1294:9,
1294:12, 1294:17
  **topic** [4] - 1190:14,
1271:1, 1280:9,
1300:22
  **topics** [3] - 1300:21,
1302:14
  **TORTS** [1] - 1181:24
  **total** [24] - 1187:16,
1188:17, 1198:19,
1198:20, 1199:19,
1200:25, 1201:1,
1203:11, 1210:24,
1211:4, 1212:18,
1221:20, 1222:7,
1223:4, 1223:11,
1225:15, 1231:18,
1232:19, 1232:20,
1234:16, 1240:7,
1242:17, 1270:14,
1292:13
  **totally** [1] - 1204:19
  **toward** [1] - 1268:17
  **Tower** [1] - 1182:24
  **track** [4] - 1188:5,
1190:23, 1195:9,
1240:15
  **traditional** [1] -
1211:17
  **TRANSCRIPT** [1] -
1180:12
  **transcript** [2] -
1184:22, 1308:12

**translating** [1] -
1242:14
  **transmit** [1] -
1285:21
  **TRANSOCEAN** [3] -
1183:13, 1183:13,
1183:14
  **traveling** [1] -
1237:20
  **trend** [8] - 1203:15,
1205:19, 1205:20,
1205:21, 1206:5,
1209:6, 1257:22
  **trends** [1] - 1205:16
  **Trevor** [1] - 1195:13
  **TREX** [4] - 1195:1,
1195:11, 1208:3,
1218:7
  **Tri** [8] - 1192:17,
1192:22, 1193:2,
1193:7, 1196:4,
1223:18, 1226:24,
1226:25
  **Tri-Lab** [1] - 1193:7
  **Tri-Lab's** [1] -
1226:25
  **Tri-Labs** [6] -
1192:17, 1192:22,
1193:2, 1196:4,
1223:18, 1226:24
  **TRIAL** [1] - 1180:12
  **trial** [11] - 1194:23,
1199:11, 1207:10,
1215:7, 1225:11,
1230:2, 1244:16,
1251:4, 1251:18,
1266:21, 1271:25
  **tried** [1] - 1193:8
  **tries** [3] - 1208:25,
1209:1, 1222:10
  **TRITON** [1] - 1180:7
  **trouble** [1] - 1289:17
  **truck** [3] - 1234:22,
1235:7, 1235:8
  **true** [6] - 1208:8,
1231:22, 1258:7,
1267:8, 1277:6,
1308:12
  **trust** [1] - 1196:13
  **try** [19] - 1188:2,
1192:25, 1207:2,
1215:7, 1217:21,
1220:6, 1221:9,
1221:20, 1222:15,
1222:25, 1227:20,
1234:19, 1277:17,
1281:6, 1285:8,
1285:13, 1292:15,
1302:17, 1307:16
  **trying** [13] - 1193:4,

1211:14, 1221:22, 1226:25, 1232:24, 1235:5, 1238:9, 1262:21, 1263:10, 1268:5, 1280:13, 1280:16, 1282:2
**tube** [1] - 1189:21
**Tuesday** [4] - 1241:6, 1279:22, 1279:25, 1280:1
**turn** [8] - 1202:20, 1217:3, 1221:16, 1296:14, 1296:15
**turned** [4] - 1186:7, 1296:9, 1296:10, 1297:11
**turning** [1] - 1196:21
**turns** [3] - 1231:9, 1263:11, 1291:18
**twist** [1] - 1219:6
**two** [29] - 1187:20, 1196:15, 1198:1, 1198:19, 1201:13, 1201:16, 1201:21, 1202:11, 1204:15, 1205:12, 1206:17, 1207:1, 1210:16, 1211:6, 1211:10, 1213:14, 1220:16, 1230:5, 1231:4, 1238:7, 1238:15, 1252:2, 1276:24, 1278:18, 1280:5, 1291:24, 1294:7, 1300:6, 1300:13
**two-phase** [1] - 1238:15
**two-year** [1] - 1278:18
**TX** [4] - 1182:25, 1183:4, 1183:19, 1184:6
**type** [3] - 1196:22, 1254:7, 1264:20
**types** [2] - 1235:11, 1285:23
**typically** [5] - 1275:3, 1280:6, 1281:1, 1283:1, 1286:20

# U

**U** [2] - 1214:24, 1273:12
**U.S** [8] - 1181:16, 1181:23, 1191:6, 1215:12, 1223:15, 1227:24, 1243:2, 1285:7

**UK** [1] - 1258:25
**ultimately** [5] - 1277:9, 1279:16, 1282:18, 1285:21, 1301:10
**Unabomber** [1] - 1275:16
**unaccounted** [1] - 1241:12
**unaltered** [1] - 1290:17
**unavailable** [1] - 1189:1
**uncertain** [3] - 1212:3, 1246:9, 1248:1
**uncertainties** [6] - 1212:6, 1238:5, 1239:12, 1243:14, 1244:14, 1247:7
**uncertainty** [30] - 1211:23, 1212:5, 1221:11, 1221:14, 1228:22, 1228:23, 1237:13, 1237:14, 1239:14, 1242:21, 1242:24, 1243:15, 1245:22, 1246:2, 1246:12, 1247:1, 1247:11, 1248:13, 1256:21, 1270:3, 1270:8, 1300:11, 1300:14, 1300:15, 1300:16, 1300:24, 1301:6, 1301:14, 1301:18
**unchanged** [1] - 1277:11
**uncommon** [1] - 1302:20
**uncomplicated** [1] - 1194:6
**uncontrollable** [1] - 1191:1
**under** [11] - 1204:7, 1217:1, 1220:3, 1234:10, 1255:16, 1292:20, 1295:4, 1295:5, 1306:9
**undergraduate** [1] - 1194:15
**underground** [8] - 1190:20, 1190:25, 1191:1, 1191:3, 1191:17, 1276:2, 1276:12, 1276:14
**underneath** [1] - 1189:18
**Undersecretary** [1] - 1279:8

**understand** [19] - 1234:20, 1244:22, 1245:25, 1254:6, 1259:8, 1259:11, 1260:1, 1260:3, 1261:3, 1263:10, 1264:8, 1265:25, 1279:15, 1279:24, 1280:14, 1282:2, 1283:6, 1288:21, 1291:11
**understanding** [13] - 1224:24, 1225:9, 1234:19, 1253:2, 1253:15, 1259:25, 1280:10, 1283:15, 1291:18, 1298:2, 1298:9, 1304:24, 1308:13
**understands** [2] - 1235:25, 1283:19
**understood** [1] - 1254:5
**undertake** [1] - 1261:9
**undertaken** [2] - 1260:22, 1265:9
**undertook** [1] - 1292:14
**underway** [1] - 1239:6
**undisputed** [3] - 1231:7, 1251:20, 1252:5
**unique** [1] - 1228:7
**UNITED** [4] - 1180:1, 1180:9, 1180:13, 1181:16
**United** [14] - 1187:2, 1194:16, 1199:22, 1205:6, 1206:13, 1211:25, 1229:5, 1246:8, 1249:23, 1263:23, 1268:1, 1269:13, 1273:3, 1308:10
**units** [1] - 1283:21
**University** [1] - 1278:5
**unknown** [4] - 1211:17, 1232:25, 1238:16, 1291:13
**unless** [1] - 1251:18
**unlike** [1] - 1202:12
**unlikely** [2] - 1240:16, 1249:1
**until** [3] - 1202:16, 1206:12, 1284:23
**unusual** [3] - 1198:23, 1198:25,

1306:15
**up** [96] - 1186:22, 1187:11, 1187:16, 1191:9, 1191:11, 1191:16, 1191:17, 1192:2, 1192:18, 1194:6, 1194:17, 1194:22, 1196:4, 1196:25, 1197:22, 1197:23, 1201:8, 1203:2, 1204:9, 1204:18, 1204:23, 1206:2, 1206:6, 1206:7, 1206:9, 1207:1, 1207:2, 1207:11, 1207:17, 1207:18, 1207:20, 1207:21, 1208:25, 1209:24, 1213:9, 1213:15, 1215:14, 1215:15, 1217:3, 1217:14, 1219:9, 1222:1, 1222:4, 1222:25, 1223:2, 1223:11, 1223:22, 1226:20, 1233:21, 1237:20, 1240:15, 1241:24, 1244:11, 1244:14, 1245:6, 1252:21, 1253:5, 1254:1, 1254:3, 1255:1, 1255:6, 1255:21, 1261:18, 1262:9, 1271:19, 1272:5, 1273:5, 1281:10, 1282:4, 1282:14, 1284:25, 1285:23, 1286:24, 1286:25, 1287:25, 1292:14, 1293:13, 1293:23, 1294:17, 1295:20, 1296:1, 1296:19, 1297:10, 1297:13, 1299:8, 1299:9, 1299:10, 1302:7, 1305:19, 1306:12
**upgrading** [1] - 1214:11
**upper** [3] - 1247:20, 1251:5
**ups** [1] - 1240:6
**upside** [2] - 1292:5, 1294:14
**upstream** [1] - 1258:6
**US** [8] - 1188:8, 1207:21, 1209:17, 1209:18, 1210:9, 1212:9, 1219:11,

1275:14
**us** [36] - 1189:4, 1193:4, 1208:4, 1208:6, 1216:16, 1228:3, 1229:13, 1233:18, 1234:19, 1235:4, 1242:16, 1244:21, 1249:8, 1251:22, 1258:1, 1258:20, 1261:11, 1280:4, 1280:23, 1280:25, 1281:1, 1281:8, 1281:14, 1282:20, 1282:21, 1286:9, 1289:3, 1291:1, 1292:7, 1295:18, 1297:9, 1298:12, 1298:13, 1301:3, 1301:5, 1304:5
**usable** [1] - 1283:21
**use** [34] - 1186:15, 1188:2, 1198:23, 1202:25, 1215:23, 1218:8, 1218:19, 1218:20, 1219:4, 1220:10, 1220:22, 1221:11, 1221:12, 1221:14, 1227:25, 1228:24, 1233:1, 1233:10, 1234:3, 1238:17, 1242:3, 1246:14, 1254:6, 1257:10, 1257:13, 1258:16, 1264:11, 1265:17, 1265:24, 1266:13, 1268:1, 1283:21, 1293:8, 1293:20
**used** [25] - 1187:7, 1188:6, 1209:9, 1211:11, 1211:12, 1218:9, 1219:2, 1220:24, 1221:19, 1221:20, 1230:24, 1236:3, 1244:24, 1254:22, 1259:25, 1261:14, 1261:22, 1262:8, 1269:16, 1271:1, 1279:9, 1281:4, 1293:6, 1298:2, 1302:17
**useful** [2] - 1234:21, 1244:4
**uses** [13] - 1197:24, 1202:21, 1204:15, 1211:9, 1229:9, 1237:12, 1255:10, 1258:14, 1260:15, 1265:1, 1268:3,

1270:25
   **using** [36] - 1187:5, 1192:6, 1195:9, 1201:25, 1202:5, 1203:3, 1210:5, 1215:9, 1217:10, 1223:9, 1223:10, 1224:7, 1225:17, 1228:6, 1229:21, 1235:12, 1236:6, 1236:9, 1236:17, 1237:11, 1237:15, 1242:13, 1242:24, 1243:3, 1257:23, 1258:14, 1260:4, 1265:12, 1265:22, 1266:9, 1266:14, 1267:3, 1268:25, 1270:14, 1270:16
   **utilized** [2] - 1235:22, 1259:19

---

**V**

   **v** [1] - 1180:9
   **V8** [1] - 1198:13
   **vacillations** [1] - 1202:8
   **vaguely** [1] - 1226:9
   **Valdez** [3] - 1224:14, 1224:15, 1225:13
   **Valdez's** [1] - 1228:10
   **Valdezes** [1] - 1224:17
   **valid** [1] - 1188:1
   **value** [6] - 1195:21, 1237:10, 1248:25, 1262:14, 1263:21, 1275:4
   **values** [2] - 1237:6, 1265:25
   **valve** [6] - 1191:10, 1226:13, 1296:8, 1296:9, 1296:12, 1296:14
   **valves** [1] - 1294:7
   **variable** [3] - 1212:1, 1262:4, 1268:4
   **varies** [4] - 1222:15, 1222:21, 1222:25, 1258:1
   **various** [11] - 1222:15, 1228:8, 1238:12, 1239:6, 1246:6, 1252:20, 1253:20, 1265:23, 1275:23, 1276:6, 1285:5

   **vary** [2] - 1222:10, 1258:6
   **vast** [1] - 1205:15
   **vehicles** [1] - 1189:7
   **velocity** [2] - 1208:4, 1208:5
   **vents** [1] - 1197:2
   **verbatim** [1] - 1190:11
   **verified** [1] - 1195:14
   **verifies** [1] - 1239:3
   **versa** [1] - 1298:15
   **version** [2] - 1257:3, 1282:7
   **Versus** [1] - 1226:10
   **versus** [1] - 1264:10
   **vertical** [2] - 1264:10, 1264:15
   **very** [40] - 1188:9, 1191:22, 1212:11, 1225:15, 1230:25, 1231:8, 1236:3, 1236:21, 1240:9, 1246:20, 1247:9, 1249:1, 1253:2, 1253:17, 1255:15, 1256:12, 1260:14, 1262:24, 1263:11, 1264:11, 1264:22, 1269:7, 1272:11, 1274:13, 1279:19, 1280:4, 1281:13, 1283:18, 1285:16, 1289:16, 1291:21, 1302:21, 1306:11, 1306:15, 1307:9, 1307:13
   **vessels** [4] - 1190:2, 1197:12, 1197:14, 1224:17
   **via** [1] - 1245:24
   **vice** [3] - 1193:3, 1195:19, 1298:15
   **vice-president** [1] - 1193:3
   **video** [7] - 1197:8, 1230:7, 1239:8, 1254:20, 1293:17, 1300:3
   **VIDEO** [3] - 1247:13, 1248:17, 1267:16
   **videos** [1] - 1293:18
   **view** [11] - 1247:10, 1253:4, 1262:6, 1271:4, 1271:5, 1301:6, 1301:7, 1301:17, 1302:15, 1302:17, 1302:18
   **viewed** [1] - 1280:23
   **views** [9] - 1228:25,

   1300:14, 1300:18, 1300:20, 1300:21, 1300:23, 1300:24, 1301:1
   **Vinson** [1] - 1267:3
   **virtually** [5] - 1210:19, 1281:15, 1290:22, 1298:13, 1303:22
   **virtue** [1] - 1235:20
   **visual** [2] - 1290:13, 1294:11
   **vital** [2] - 1274:19, 1274:22
   **vividly** [2] - 1293:3, 1303:14
   **volume** [11] - 1216:24, 1218:9, 1234:16, 1235:19, 1237:9, 1248:25, 1259:18, 1260:9, 1261:8, 1262:4

---

**W**

   **W** [3] - 1182:22, 1182:23, 1182:24
   **walk** [2] - 1292:2, 1299:6
   **wane** [1] - 1200:18
   **waning** [1] - 1206:19
   **want** [21] - 1218:17, 1219:4, 1220:10, 1227:19, 1227:21, 1230:14, 1234:10, 1237:13, 1239:21, 1246:5, 1247:11, 1250:19, 1258:10, 1259:14, 1270:21, 1270:24, 1282:10, 1291:10, 1296:5, 1304:18, 1305:6
   **wanted** [10] - 1196:11, 1212:9, 1219:2, 1220:14, 1227:6, 1227:7, 1234:23, 1254:21, 1259:8, 1293:4
   **wants** [4] - 1218:14, 1241:9, 1241:10, 1267:12
   **WARREN** [1] - 1183:10
   **WAS** [6] - 1247:13, 1248:17, 1267:16, 1272:15, 1273:7, 1308:4
   **Washington** [6] - 1181:22, 1181:25,

   1182:9, 1182:17, 1183:11, 1279:12
   **wasn't** [10] - 1186:9, 1190:18, 1219:7, 1223:14, 1223:25, 1226:3, 1244:2, 1246:25, 1290:25, 1304:3
   **water** [4] - 1217:1, 1217:16, 1227:5, 1291:17
   **Water** [1] - 1217:5
   **watering** [1] - 1191:10
   **Watson** [1] - 1195:3
   **waves** [1] - 1254:1
   **waving** [1] - 1254:2
   **way** [39] - 1187:25, 1191:5, 1203:24, 1208:14, 1209:25, 1217:12, 1230:13, 1233:15, 1233:24, 1236:8, 1246:17, 1246:18, 1249:15, 1252:5, 1255:1, 1257:23, 1261:12, 1264:3, 1264:4, 1266:25, 1268:20, 1268:22, 1269:13, 1269:15, 1269:24, 1270:12, 1270:24, 1271:6, 1271:19, 1277:19, 1285:20, 1285:25, 1287:9, 1288:21, 1293:3, 1295:14, 1296:3
   **ways** [11] - 1204:10, 1220:9, 1223:1, 1270:6, 1278:17, 1280:5, 1283:2, 1283:21, 1292:17, 1293:11, 1293:12
   **We** [2] - 1267:3, 1306:10
   **we** [371] - 1186:8, 1186:11, 1186:12, 1186:17, 1187:5, 1187:12, 1188:7, 1188:17, 1188:19, 1189:6, 1189:9, 1189:10, 1189:17, 1189:25, 1190:6, 1190:13, 1190:21, 1191:3, 1191:5, 1191:20, 1191:23, 1191:24, 1192:19, 1192:20, 1193:13, 1193:14, 1193:15, 1193:16, 1193:17, 1194:19, 1196:22,

   1196:23, 1197:8, 1198:4, 1198:15, 1198:18, 1198:21, 1198:25, 1199:1, 1199:2, 1199:7, 1199:8, 1199:10, 1199:14, 1200:9, 1200:16, 1201:12, 1201:13, 1201:17, 1201:23, 1201:24, 1202:11, 1202:18, 1202:24, 1203:12, 1203:17, 1204:7, 1205:3, 1205:5, 1205:7, 1205:13, 1205:25, 1206:16, 1206:18, 1206:19, 1206:21, 1207:14, 1208:2, 1208:8, 1209:14, 1210:6, 1210:8, 1211:9, 1211:21, 1213:4, 1213:5, 1213:12, 1213:18, 1214:1, 1214:22, 1216:9, 1216:10, 1216:19, 1216:22, 1216:24, 1218:6, 1218:8, 1218:20, 1219:3, 1219:6, 1219:24, 1220:1, 1220:6, 1221:7, 1222:13, 1223:5, 1224:2, 1224:9, 1224:12, 1224:14, 1224:19, 1225:7, 1225:22, 1226:8, 1226:12, 1228:4, 1228:11, 1228:21, 1228:25, 1229:4, 1229:6, 1230:1, 1230:6, 1230:8, 1230:15, 1232:14, 1232:25, 1234:8, 1234:20, 1235:12, 1235:13, 1235:18, 1235:19, 1235:20, 1236:5, 1236:6, 1236:20, 1237:2, 1237:3, 1237:13, 1237:19, 1237:22, 1237:23, 1239:13, 1239:25, 1240:3, 1240:6, 1240:16, 1240:17, 1240:18, 1240:19, 1240:22, 1240:25, 1241:13, 1241:14, 1241:17, 1241:18, 1241:24, 1242:2, 1242:5, 1242:8, 1242:19,

1243:7, 1244:3,
1244:13, 1244:14,
1244:18, 1244:19,
1244:20, 1245:4,
1245:15, 1245:21,
1246:5, 1246:6,
1246:10, 1246:22,
1247:5, 1247:10,
1247:11, 1249:19,
1249:20, 1250:8,
1251:22, 1252:13,
1252:21, 1252:22,
1253:17, 1253:19,
1255:21, 1256:5,
1256:18, 1257:18,
1258:8, 1258:13,
1258:19, 1259:18,
1260:1, 1261:8,
1261:15, 1262:4,
1262:12, 1262:17,
1263:6, 1263:14,
1263:16, 1263:22,
1264:11, 1264:15,
1266:1, 1266:2,
1266:4, 1266:6,
1266:16, 1267:8,
1267:9, 1267:13,
1268:9, 1268:11,
1268:23, 1268:24,
1268:25, 1269:2,
1270:2, 1270:3,
1270:4, 1270:5,
1273:3, 1274:17,
1274:18, 1274:23,
1275:12, 1275:13,
1275:14, 1276:14,
1277:7, 1277:17,
1277:20, 1278:4,
1279:21, 1279:24,
1280:3, 1280:4,
1280:5, 1280:6,
1280:8, 1280:13,
1280:15, 1280:19,
1281:5, 1281:10,
1281:17, 1282:4,
1282:9, 1282:10,
1283:7, 1283:13,
1283:23, 1283:25,
1284:13, 1284:14,
1284:17, 1284:23,
1284:25, 1285:14,
1285:23, 1286:2,
1286:3, 1286:5,
1286:6, 1286:17,
1286:18, 1286:24,
1287:9, 1287:13,
1287:14, 1287:16,
1287:19, 1287:21,
1287:22, 1287:25,
1288:14, 1288:20,
1288:24, 1289:6,

1289:9, 1289:18,
1290:5, 1290:17,
1290:19, 1290:22,
1290:25, 1291:1,
1291:2, 1291:4,
1291:5, 1291:6,
1291:19, 1292:14,
1292:21, 1292:23,
1293:4, 1293:18,
1294:10, 1295:5,
1295:6, 1295:12,
1295:16, 1295:17,
1295:18, 1296:17,
1296:22, 1296:23,
1296:24, 1296:25,
1297:4, 1297:14,
1298:17, 1299:17,
1299:24, 1300:1,
1300:2, 1300:4,
1300:7, 1300:8,
1300:9, 1300:16,
1302:1, 1302:2,
1302:7, 1302:20,
1304:14, 1304:16,
1306:11, 1306:21,
1306:22, 1306:23,
1307:10, 1307:22,
1308:1

**we'll** [10] - 1205:15,
1214:1, 1230:4,
1233:18, 1237:21,
1249:22, 1257:6,
1266:20, 1273:24,
1279:1

**we're** [29] - 1189:18,
1190:14, 1202:2,
1206:16, 1208:10,
1209:9, 1216:19,
1217:10, 1218:19,
1219:17, 1227:17,
1231:21, 1242:20,
1243:9, 1244:10,
1250:17, 1254:8,
1255:2, 1259:10,
1262:13, 1263:10,
1266:3, 1266:19,
1268:5, 1269:20,
1279:2, 1306:9,
1306:11, 1306:12

**we've** [16] - 1198:5,
1199:16, 1201:23,
1211:6, 1216:20,
1223:6, 1230:3,
1237:16, 1241:7,
1244:8, 1244:15,
1250:4, 1250:10,
1256:15, 1262:20,
1269:2

**weapon** [1] - 1277:7
**weapons** [7] -

1274:9, 1274:11,
1274:14, 1276:9,
1277:2, 1302:21,
1306:18
**Weatherford** [8] -
1214:7, 1216:1,
1233:15, 1233:23,
1264:2, 1264:5,
1266:3, 1266:19
**Weatherford's** [1] -
1264:6
**webinar** [2] -
1292:23, 1300:3
**Wednesday** [3] -
1239:23, 1240:2,
1241:6
**week** [23] - 1188:5,
1188:22, 1188:23,
1189:9, 1190:15,
1192:9, 1193:14,
1195:9, 1196:16,
1197:21, 1200:11,
1200:12, 1202:18,
1205:5, 1223:16,
1225:2, 1229:18,
1230:1, 1239:14,
1241:7, 1265:19,
1280:20, 1282:8
**week's** [2] - 1190:14,
1239:21
**weekend** [3] -
1186:10, 1241:10,
1243:10
**weeks** [11] - 1187:23,
1187:25, 1206:11,
1206:19, 1207:25,
1208:1, 1208:11,
1227:11, 1229:18,
1249:21, 1300:7
**weighing** [1] -
1190:8
**weight** [1] - 1269:4
**WEINER** [1] - 1183:6
**WEITZ** [1] - 1180:24
**welcome** [1] -
1186:15
**Well** [1] - 1257:22
**well** [181] - 1186:7,
1187:4, 1190:2,
1190:11, 1190:19,
1190:20, 1190:24,
1190:25, 1191:15,
1191:20, 1191:21,
1191:23, 1192:2,
1192:6, 1193:5,
1195:13, 1196:11,
1199:12, 1201:20,
1202:12, 1204:8,
1206:9, 1206:20,
1209:19, 1211:12,

1211:15, 1211:20,
1213:5, 1213:20,
1213:25, 1214:14,
1216:1, 1216:4,
1226:17, 1226:18,
1228:9, 1229:14,
1229:23, 1230:2,
1230:15, 1230:16,
1230:18, 1231:3,
1231:9, 1231:18,
1231:20, 1232:3,
1232:15, 1232:16,
1233:8, 1233:11,
1233:17, 1234:2,
1234:12, 1234:13,
1234:15, 1234:16,
1235:20, 1235:22,
1236:1, 1236:12,
1236:16, 1236:17,
1237:17, 1237:20,
1238:18, 1238:23,
1239:8, 1239:9,
1240:23, 1242:11,
1242:13, 1243:21,
1244:19, 1244:20,
1245:1, 1245:3,
1247:6, 1247:7,
1250:7, 1251:1,
1251:19, 1252:6,
1252:16, 1254:5,
1255:16, 1256:7,
1256:11, 1257:6,
1257:22, 1258:19,
1259:4, 1259:17,
1259:23, 1260:7,
1260:10, 1260:14,
1260:18, 1260:19,
1261:12, 1262:5,
1262:8, 1263:6,
1263:11, 1263:14,
1264:24, 1265:22,
1266:9, 1266:10,
1266:11, 1266:13,
1266:24, 1268:10,
1268:14, 1268:15,
1269:4, 1269:7,
1271:22, 1276:14,
1277:14, 1279:10,
1279:19, 1280:14,
1280:15, 1281:7,
1282:1, 1282:2,
1282:13, 1282:15,
1282:23, 1283:1,
1283:17, 1285:13,
1285:25, 1286:7,
1286:14, 1287:3,
1287:4, 1287:5,
1287:17, 1287:23,
1288:4, 1288:11,
1288:15, 1288:16,
1288:18, 1289:12,

1289:13, 1289:14,
1291:10, 1291:18,
1292:6, 1292:17,
1293:8, 1294:14,
1294:15, 1295:21,
1295:23, 1295:25,
1296:6, 1296:13,
1297:1, 1297:6,
1298:17, 1301:20,
1304:11, 1304:17,
1304:25, 1305:11,
1305:12, 1306:7,
1307:3
**well's** [1] - 1268:17
**wellbore** [14] -
1187:24, 1198:9,
1198:10, 1201:15,
1203:23, 1204:2,
1207:4, 1207:11,
1227:9, 1229:7,
1232:2, 1244:15,
1269:18, 1282:18
**wellhead** [4] -
1280:17, 1291:12,
1291:14, 1293:12
**wells** [2] - 1214:12,
1260:23
**Wells** [3] - 1298:8,
1298:9, 1298:10
**went** [17] - 1233:7,
1236:17, 1241:4,
1268:10, 1276:6,
1276:12, 1279:16,
1279:22, 1279:25,
1280:13, 1282:13,
1285:16, 1286:21,
1287:22, 1290:5,
1295:12, 1297:25
**weren't** [1] - 1246:19
**what's** [18] - 1198:9,
1213:3, 1234:20,
1240:24, 1243:7,
1243:20, 1252:9,
1253:3, 1263:7,
1263:8, 1269:6,
1274:5, 1280:15,
1280:18, 1281:4,
1282:23, 1284:12,
1296:4
**whatever** [3] -
1252:7, 1280:9,
1305:4
**whatsoever** [1] -
1201:16
**whereas** [1] -
1289:23
**WHEREUPON** [6] -
1247:13, 1248:17,
1267:16, 1272:15,
1273:7, 1308:4

**whether** [23] - 1190:13, 1191:23, 1192:5, 1198:13, 1200:13, 1202:7, 1203:23, 1214:6, 1220:3, 1226:12, 1234:11, 1265:23, 1275:10, 1286:5, 1286:6, 1286:7, 1288:21, 1289:1, 1289:4, 1303:10, 1303:18, 1305:3, 1305:25

**which** [65] - 1189:20, 1192:14, 1194:11, 1195:1, 1195:7, 1195:11, 1198:4, 1205:21, 1206:18, 1214:1, 1225:1, 1225:7, 1242:10, 1242:24, 1245:16, 1245:17, 1249:12, 1253:23, 1256:25, 1258:5, 1259:9, 1259:12, 1261:12, 1263:2, 1264:17, 1270:17, 1274:6, 1276:3, 1276:17, 1276:24, 1277:1, 1277:5, 1277:23, 1277:25, 1278:18, 1278:22, 1279:14, 1282:20, 1283:21, 1284:13, 1284:17, 1285:8, 1285:20, 1288:3, 1290:25, 1292:8, 1293:10, 1293:14, 1293:24, 1294:20, 1296:11, 1297:17, 1297:24, 1298:3, 1300:6, 1300:19, 1301:3, 1301:20, 1302:1, 1302:14, 1304:11, 1304:13, 1305:9, 1307:6

**whichever** [1] - 1297:18

**while** [3] - 1205:10, 1265:24, 1270:19

**White** [2] - 1241:25, 1242:1

**WHITELEY** [1] - 1181:9

**Whitson** [6] - 1219:12, 1219:13, 1219:20, 1220:2, 1220:19

**whole** [12] - 1204:2, 1208:14, 1213:7,

1213:19, 1213:20, 1216:6, 1227:20, 1236:18, 1246:2, 1288:18, 1296:12, 1303:11

**WHOLE** [1] - 1213:8
**wide** [1] - 1285:25
**widening** [1] - 1245:17
**wild** [1] - 1241:12
**will** [102] - 1186:17, 1187:5, 1187:13, 1188:1, 1188:7, 1188:17, 1192:4, 1192:10, 1192:23, 1193:10, 1194:14, 1196:7, 1196:8, 1196:12, 1196:18, 1197:5, 1197:18, 1198:6, 1199:8, 1199:10, 1199:12, 1201:14, 1201:24, 1205:24, 1207:10, 1207:16, 1207:24, 1209:10, 1211:9, 1214:20, 1215:6, 1215:12, 1215:15, 1216:2, 1216:9, 1216:22, 1219:6, 1221:16, 1223:21, 1228:11, 1228:21, 1229:1, 1229:4, 1229:18, 1230:6, 1230:8, 1232:10, 1232:12, 1232:14, 1232:21, 1233:9, 1234:9, 1235:14, 1236:22, 1237:23, 1238:2, 1240:13, 1240:19, 1241:21, 1243:17, 1245:12, 1246:18, 1247:12, 1248:24, 1249:19, 1251:23, 1252:22, 1253:15, 1253:23, 1254:1, 1254:4, 1255:5, 1255:6, 1256:8, 1257:19, 1258:8, 1258:13, 1260:2, 1261:23, 1262:3, 1263:6, 1263:11, 1263:12, 1264:8, 1264:10, 1264:11, 1264:15, 1264:16, 1266:6, 1266:16, 1268:15, 1268:18, 1269:8, 1270:9, 1270:22, 1288:16, 1288:19
**WILLIAM** [1] -

1184:17
**willing** [4] - 1244:5, 1246:24, 1246:25, 1307:10
**Willson** [2] - 1202:19, 1266:17
**wind** [1] - 1254:1
**WINFIELD** [1] - 1181:13
**wing** [1] - 1275:12
**wireline** [1] - 1210:11
**with** [202] - 1190:20, 1191:3, 1191:6, 1191:15, 1192:12, 1192:5, 1193:14, 1193:18, 1193:19, 1194:17, 1194:22, 1196:3, 1196:4, 1197:14, 1197:20, 1197:22, 1197:23, 1198:11, 1198:18, 1199:9, 1199:15, 1201:4, 1201:19, 1202:2, 1202:19, 1203:7, 1204:7, 1207:2, 1207:16, 1208:3, 1209:1, 1209:22, 1210:11, 1212:14, 1213:1, 1214:4, 1215:10, 1215:15, 1215:17, 1216:19, 1216:22, 1217:25, 1218:14, 1218:19, 1219:7, 1220:12, 1220:13, 1222:4, 1223:1, 1223:2, 1223:7, 1226:1, 1226:20, 1226:21, 1227:14, 1227:15, 1227:21, 1227:22, 1227:23, 1227:24, 1228:21, 1228:25, 1229:14, 1229:19, 1230:13, 1231:5, 1231:11, 1232:8, 1233:21, 1234:3, 1235:5, 1236:5, 1237:6, 1237:14, 1239:17, 1239:21, 1239:25, 1240:6, 1240:15, 1241:1, 1241:16, 1241:24, 1242:4, 1242:7, 1242:24, 1243:2, 1243:10, 1243:14, 1243:15, 1243:24, 1244:2, 1244:3, 1244:11, 1246:1, 1247:23,

1248:7, 1250:22, 1252:9, 1252:21, 1252:23, 1255:24, 1255:25, 1256:15, 1256:17, 1257:24, 1258:19, 1259:15, 1259:25, 1260:1, 1261:23, 1262:9, 1264:12, 1265:8, 1266:15, 1267:6, 1268:24, 1270:8, 1270:18, 1271:8, 1271:16, 1271:18, 1272:20, 1274:23, 1276:18, 1276:23, 1277:2, 1278:3, 1278:25, 1279:2, 1280:7, 1280:14, 1281:6, 1281:13, 1281:14, 1281:16, 1281:23, 1282:3, 1282:15, 1282:24, 1283:7, 1285:9, 1285:10, 1285:14, 1285:15, 1285:16, 1286:14, 1286:18, 1286:19, 1286:22, 1287:2, 1287:7, 1287:9, 1287:10, 1287:15, 1289:13, 1290:5, 1290:20, 1290:24, 1290:25, 1291:1, 1291:2, 1291:4, 1291:6, 1292:3, 1292:4, 1292:16, 1292:19, 1295:7, 1296:23, 1298:4, 1298:8, 1298:11, 1298:12, 1298:18, 1298:22, 1299:17, 1299:23, 1300:3, 1301:3, 1301:5, 1301:12, 1301:17, 1302:1, 1302:4, 1303:20, 1303:23, 1304:5, 1304:6, 1304:7, 1304:8, 1304:24, 1305:4, 1305:13, 1305:25, 1306:1, 1306:3, 1307:4, 1307:18
**within** [11] - 1230:15, 1234:15, 1243:21, 1244:25, 1247:7, 1251:16, 1256:14, 1282:1, 1282:17, 1282:23, 1299:14
**without** [3] - 1238:7, 1258:21, 1277:21
**witness** [6] -

1192:10, 1223:21, 1244:7, 1267:2, 1272:25, 1273:3
**WITNESS** [2] - 1273:11, 1303:6
**WITNESSES** [1] - 1185:10
**witnesses** [3] - 1192:4, 1197:21, 1251:25
**won't** [9] - 1190:13, 1194:25, 1195:16, 1213:16, 1214:2, 1220:4, 1221:1, 1224:25, 1282:9
**word** [2] - 1264:13, 1305:3
**wording** [3] - 1305:3, 1305:4
**words** [4] - 1209:3, 1238:24, 1277:10, 1293:20
**work** [58] - 1192:13, 1202:11, 1203:18, 1205:6, 1209:5, 1209:6, 1209:7, 1225:19, 1225:20, 1226:25, 1227:2, 1230:18, 1232:9, 1241:16, 1242:4, 1245:9, 1246:18, 1247:2, 1247:3, 1249:5, 1249:7, 1249:16, 1253:4, 1255:22, 1256:13, 1257:25, 1270:12, 1270:16, 1271:10, 1272:22, 1274:6, 1274:8, 1274:12, 1274:17, 1274:18, 1276:6, 1278:8, 1280:24, 1283:11, 1284:15, 1284:16, 1285:19, 1286:14, 1286:18, 1290:20, 1290:24, 1290:25, 1299:17, 1303:3, 1303:15, 1305:9, 1305:12, 1306:5, 1307:19
**worked** [16] - 1242:21, 1275:23, 1275:25, 1276:4, 1276:7, 1277:24, 1278:1, 1278:4, 1290:22, 1291:5, 1295:7, 1295:25, 1303:12, 1305:14, 1307:18
**working** [23] -

1191:7, 1227:12,
1227:13, 1227:14,
1241:15, 1243:10,
1249:5, 1274:23,
1280:7, 1280:11,
1283:20, 1289:4,
1291:4, 1299:19,
1299:20, 1300:2,
1301:3, 1301:5,
1302:13, 1302:25,
1305:13, 1305:16,
1307:1
  **works** [3] - 1258:19,
1259:7
  **world** [9] - 1221:24,
1222:6, 1222:16,
1222:19, 1223:1,
1258:22, 1259:10,
1263:24, 1271:1
  **world's** [1] - 1250:18
  **worried** [1] - 1288:24
  **worse** [1] - 1287:18
  **worst** [5] - 1215:8,
1215:11, 1215:17,
1215:24, 1267:10
  **worst-case** [1] -
1215:17
  **worth** [2] - 1224:15,
1228:10
  **would** [99] - 1190:24,
1191:19, 1203:24,
1208:8, 1212:9,
1212:10, 1221:4,
1224:22, 1227:24,
1234:25, 1235:1,
1235:2, 1235:6,
1235:7, 1238:1,
1242:4, 1246:6,
1247:19, 1247:22,
1248:3, 1248:20,
1254:13, 1255:11,
1257:11, 1257:15,
1258:5, 1260:5,
1260:18, 1260:19,
1261:11, 1261:12,
1261:15, 1261:21,
1262:15, 1264:14,
1264:25, 1268:20,
1269:24, 1270:12,
1271:22, 1271:23,
1271:24, 1272:22,
1273:3, 1278:25,
1279:23, 1280:25,
1281:3, 1282:25,
1283:5, 1284:18,
1284:20, 1285:3,
1285:10, 1285:20,
1285:21, 1286:16,
1286:17, 1286:18,
1286:20, 1286:24,

1287:1, 1288:23,
1289:3, 1289:24,
1290:3, 1290:14,
1291:3, 1291:5,
1291:7, 1292:2,
1292:11, 1292:22,
1294:15, 1294:19,
1295:18, 1296:19,
1297:10, 1297:16,
1297:17, 1298:20,
1299:6, 1300:1,
1303:23, 1304:5,
1304:6, 1304:7,
1305:9, 1307:15
  **wouldn't** [1] -
1208:24
  **WRIGHT** [1] -
1180:18
  **writes** [2] - 1245:23,
1246:4
  **writing** [5] - 1200:11,
1232:11, 1239:24,
1245:13, 1290:14
  **written** [4] - 1244:8,
1263:24, 1264:1,
1265:4
  **wrong** [2] - 1205:11,
1205:17
  **wrote** [6] - 1216:13,
1265:13, 1265:14,
1277:10, 1281:19,
1302:7

**X**

  **X** [2] - 1185:1,
1222:18

**Y**

  **Y** [3] - 1187:15,
1194:20, 1209:15
  **yeah** [2] - 1208:8,
1282:6
  **year** [3] - 1275:13,
1276:16, 1278:18
  **years** [2] - 1259:1,
1277:3
  **yellow** [7] - 1191:19,
1192:3, 1211:22,
1215:4, 1215:14,
1223:22, 1260:8
  **yes** [24] - 1186:13,
1187:1, 1195:25,
1228:18, 1247:22,
1248:9, 1274:22,
1275:19, 1276:19,
1277:23, 1278:10,
1280:3, 1281:8,

1281:12, 1282:6,
1283:10, 1287:4,
1288:2, 1289:11,
1297:6, 1298:24,
1300:14, 1303:2,
1303:6
  **yet** [3] - 1201:10,
1241:11, 1288:11
  **yield** [1] - 1186:15
  **YORK** [1] - 1183:2
  **York** [1] - 1180:25
  **you** [421] - 1186:7,
1186:14, 1186:25,
1187:16, 1187:19,
1188:2, 1188:13,
1188:16, 1188:20,
1188:21, 1188:22,
1189:16, 1189:20,
1189:24, 1190:4,
1190:13, 1190:23,
1191:8, 1191:9,
1191:10, 1191:11,
1191:12, 1191:13,
1191:17, 1192:8,
1192:21, 1192:24,
1193:10, 1193:21,
1193:24, 1194:2,
1194:5, 1194:7,
1194:10, 1194:14,
1194:20, 1194:25,
1195:16, 1195:20,
1195:24, 1196:1,
1196:7, 1196:9,
1196:12, 1196:13,
1196:16, 1196:24,
1197:9, 1197:10,
1197:11, 1198:1,
1198:6, 1198:8,
1198:11, 1198:23,
1198:24, 1199:7,
1199:20, 1199:22,
1200:5, 1200:10,
1200:14, 1200:16,
1200:17, 1201:1,
1201:20, 1202:19,
1202:20, 1203:2,
1203:9, 1203:13,
1203:17, 1204:21,
1205:7, 1205:8,
1205:12, 1205:23,
1206:1, 1207:5,
1207:7, 1207:11,
1207:16, 1207:22,
1208:10, 1208:12,
1208:15, 1208:16,
1208:19, 1208:21,
1209:15, 1209:18,
1209:22, 1209:23,
1210:13, 1210:15,
1210:18, 1210:23,

1210:24, 1211:12,
1211:14, 1211:20,
1211:21, 1212:2,
1212:9, 1212:17,
1212:25, 1213:1,
1213:6, 1213:7,
1213:8, 1213:14,
1214:3, 1214:15,
1215:4, 1215:7,
1215:8, 1215:11,
1215:12, 1215:16,
1215:17, 1216:2,
1216:5, 1216:8,
1216:23, 1217:3,
1217:22, 1217:23,
1217:24, 1218:1,
1218:3, 1218:8,
1218:13, 1218:14,
1218:18, 1219:4,
1219:19, 1220:10,
1220:12, 1220:17,
1221:7, 1221:10,
1221:11, 1221:13,
1221:14, 1222:17,
1222:20, 1223:13,
1223:16, 1224:16,
1224:17, 1224:22,
1225:1, 1226:2,
1226:22, 1227:19,
1227:21, 1227:24,
1228:1, 1228:12,
1228:14, 1228:16,
1228:17, 1228:25,
1229:14, 1230:8,
1230:21, 1230:23,
1231:5, 1231:8,
1231:10, 1231:11,
1231:22, 1232:10,
1232:21, 1233:4,
1234:9, 1234:10,
1234:12, 1234:22,
1234:23, 1234:25,
1235:1, 1235:2,
1235:3, 1235:5,
1235:6, 1235:7,
1235:15, 1236:9,
1236:22, 1237:12,
1237:19, 1238:1,
1238:2, 1239:1,
1239:13, 1239:21,
1241:16, 1241:21,
1243:13, 1246:23,
1247:4, 1247:11,
1247:14, 1247:19,
1247:24, 1248:10,
1248:18, 1248:19,
1248:22, 1249:5,
1249:11, 1249:13,
1249:24, 1250:19,
1251:6, 1251:20,
1252:2, 1253:4,

1253:8, 1253:21,
1253:25, 1254:24,
1255:2, 1255:5,
1255:15, 1255:24,
1256:23, 1258:10,
1258:13, 1258:16,
1258:17, 1259:2,
1259:15, 1260:7,
1260:17, 1261:19,
1261:24, 1262:5,
1262:8, 1263:5,
1263:22, 1264:18,
1264:21, 1264:23,
1265:2, 1265:5,
1265:19, 1266:7,
1266:12, 1266:17,
1267:13, 1267:17,
1267:25, 1268:1,
1269:7, 1269:15,
1269:23, 1270:9,
1270:17, 1270:21,
1270:24, 1271:9,
1271:10, 1271:12,
1272:11, 1272:22,
1272:25, 1273:5,
1273:25, 1274:15,
1274:21, 1275:7,
1275:17, 1275:25,
1276:13, 1276:21,
1276:22, 1277:20,
1277:22, 1278:8,
1279:3, 1279:18,
1280:2, 1281:10,
1281:21, 1282:10,
1282:11, 1283:11,
1284:3, 1284:10,
1284:25, 1285:6,
1285:11, 1285:24,
1286:12, 1286:21,
1287:2, 1287:25,
1288:10, 1288:12,
1288:15, 1288:19,
1288:22, 1289:1,
1289:10, 1289:12,
1289:15, 1289:17,
1289:19, 1289:20,
1289:21, 1289:22,
1289:23, 1290:5,
1290:13, 1290:19,
1290:24, 1291:3,
1291:7, 1291:9,
1291:10, 1291:11,
1292:2, 1292:3,
1292:7, 1292:9,
1292:13, 1292:16,
1293:2, 1293:16,
1293:19, 1293:20,
1294:1, 1294:11,
1294:18, 1294:24,
1295:2, 1295:6,
1295:13, 1295:20,

1296:5, 1296:6,
1296:10, 1296:12,
1296:19, 1296:20,
1297:8, 1297:10,
1297:14, 1297:15,
1297:20, 1297:21,
1298:4, 1298:16,
1298:22, 1299:2,
1299:6, 1300:12,
1302:10, 1302:14,
1302:21, 1302:22,
1302:25, 1303:8,
1304:1, 1304:2,
1304:8, 1304:19,
1304:23, 1305:6,
1305:9, 1305:21,
1306:13, 1306:18,
1306:19, 1306:21,
1306:25, 1307:1,
1307:24
 **you'll** [3] - 1236:17,
1254:11, 1273:9
 **you're** [14] - 1186:15,
1194:11, 1198:12,
1198:13, 1211:13,
1213:6, 1217:18,
1235:12, 1255:1,
1255:4, 1255:7,
1276:18, 1288:11,
1306:25
 **you've** [16] -
1188:14, 1188:15,
1188:16, 1219:19,
1228:2, 1233:25,
1251:4, 1258:9,
1261:18, 1262:18,
1263:4, 1265:17,
1269:3, 1287:5,
1305:6, 1306:7
 **Your** [1] - 1245:23
 **your** [99] - 1186:15,
1186:22, 1187:2,
1187:4, 1187:13,
1188:13, 1188:14,
1188:24, 1189:16,
1190:4, 1190:18,
1191:10, 1198:14,
1217:2, 1218:1,
1218:3, 1221:6,
1223:7, 1225:11,
1225:21, 1228:11,
1228:16, 1228:18,
1229:18, 1229:21,
1229:25, 1230:7,
1230:8, 1232:7,
1232:25, 1234:9,
1238:1, 1239:1,
1239:13, 1241:3,
1241:19, 1242:10,
1242:20, 1243:23,

1244:7, 1244:18,
1245:19, 1247:10,
1247:15, 1248:5,
1248:7, 1248:12,
1249:19, 1250:17,
1251:4, 1251:14,
1251:23, 1253:1,
1253:11, 1253:22,
1254:8, 1254:21,
1256:22, 1256:23,
1257:3, 1257:6,
1258:20, 1259:22,
1261:23, 1262:21,
1266:21, 1268:4,
1271:25, 1272:7,
1272:19, 1272:25,
1273:2, 1273:6,
1273:10, 1273:15,
1273:18, 1275:17,
1276:22, 1277:20,
1278:25, 1280:11,
1284:20, 1284:21,
1288:22, 1290:20,
1295:4, 1297:5,
1298:9, 1299:9,
1302:10, 1302:22,
1303:4, 1303:8,
1304:1, 1304:19,
1304:23, 1307:24
 **yourself** [2] -
1277:22, 1297:21

## Z

 **Zaldivar** [4] -
1197:18, 1254:9,
1255:9, 1255:20
 **Zaldivar's** [2] -
1197:24, 1270:20
 **zero** [7] - 1197:13,
1201:13, 1201:16,
1201:18, 1201:19,
1201:21, 1205:22
 **Zick** [2] - 1219:11,
1220:19
 **Zimmerman** [2] -
1212:25, 1263:23
 **zone** [2] - 1192:3

 "

 **"MIKE"** [1] - 1182:8