1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG    *    Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE           *
5    GULF OF MEXICO ON APRIL 20, 2010    *    Section J
                                         *
6    Applies to:                         *    New Orleans, Louisiana
                                         *
7    Docket 10-CV-02771,                 *    October 7, 2013
     *IN RE:  THE COMPLAINT AND*          *
8    *PETITION OF TRITON ASSET*           *
     *LEASING GmbH, et al.*               *
9                                        *
     Docket 10-CV-4536,                  *
10   *UNITED STATES OF AMERICA v.*        *
     *BP EXPLORATION & PRODUCTION,*       *
11   *INC., et al.*                       *
                                         *
12   * * * * * * * * * * * * * * * * * * *

13

14              DAY 5, AFTERNOON SESSION
          TRANSCRIPT OF NONJURY TRIAL BEFORE
15         THE HONORABLE CARL J. BARBIER
             UNITED STATES DISTRICT JUDGE

16

17   Appearances:

18

19   For the Plaintiffs:          Herman Herman & Katz, LLC
                                  BY:  STEPHEN J. HERMAN, ESQ.
20                                820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113

21

22   For the Plaintiffs:          Domengeaux Wright Roy
                                    & Edwards, LLC
23                                BY:  JAMES P. ROY, ESQ.
                                  556 Jefferson Street, Suite 500
24                                Post Office Box 3668
                                  Lafayette, Louisiana 70502

25

OFFICIAL TRANSCRIPT

1   Appearances:

2

3   For the Plaintiffs:              Levin Papantonio Thomas Mitchell
                                       Rafferty & Proctor, PA
                                     BY:  BRIAN H. BARR, ESQ.
4                                    316 South Baylen Street, Suite 600
                                     Post Office Box 12308
5                                    Pensacola, Florida 32591

6

7   For the Plaintiffs:              Irpino Law Firm
                                     BY: ANTHONY IRPINO, ESQ.
                                     2216 Magazine Street
8                                    New Orleans, Louisiana 70130

9

10  For the Plaintiffs:              Weitz & Luxenberg, PC
                                     BY:  ROBIN L. GREENWALD, ESQ.
                                     700 Broadway
11                                   New York, New York 10003

12

13  For the Plaintiffs:              Lundy Lundy Soileau & South, LLP
                                     BY:  MATTHEW E. LUNDY, ESQ.
                                     501 Broad Street
14                                   Lake Charles, Louisiana 70601

15

16  For the Plaintiffs:              Morgan & Morgan
                                     BY:  FRANK M. PETOSA, ESQ.
                                     188 East Capital Street, Suite 777
17                                   Jackson, Mississippi 39201

18

19  For the States'                 Attorney General's Office
    Interests:                      BY:  COREY L. MAZE, ESQ.
                                          WINFIELD J. SINCLAIR, ESQ.
20                                   500 Dexter Avenue
                                     Montgomery, Alabama 36130

21

22  For the State of                Attorney General's Office
    Louisiana:                      BY:  JAMES D. CALDWELL, ESQ.
23                                   1885 North Third Street
                                     Post Office Box 94005
24                                   Baton Rouge, Louisiana 70804

25

OFFICIAL TRANSCRIPT

```
 1    Appearances:

 2
      For the State of          Kanner & Whiteley, LLC
 3    Louisiana:               BY:  ALLAN KANNER, ESQ.
                                    DOUGLAS R. KRAUS, ESQ.
 4                             701 Camp Street
                               New Orleans, Louisiana 70130
 5

 6    For the United States    U.S. Department of Justice
      of America:              Torts Branch, Civil Division
 7                             BY:  STEPHEN G. FLYNN, ESQ.
                               Post Office Box 14271
 8                             Washington, D.C. 20044

 9
      For the United States    U.S. Department of Justice
10    of America:              Environment & Natural Resources
                               Environmental Enforcement Section
11                             BY:   THOMAS BENSON, ESQ.
                                     STEVEN O'ROURKE, ESQ.
12                                   SCOTT CERNICH, ESQ.
                                     A. NATHANIEL CHAKERES, ESQ.
13                                   ANNA CROSS, ESQ.
                                     BETHANY ENGEL, ESQ.
14                                   RICHARD GLADSTEIN, ESQ.
                                     JUDY HARVEY, ESQ.
15                                   SARAH HIMMELHOCH, ESQ.
                               Post Office Box 7611
16                             Washington, D.C. 20044

17
      For BP Exploration &     Liskow & Lewis, APLC
18    Production Inc.,         BY:  DON K. HAYCRAFT, ESQ.
      BP America Production    701 Poydras Street, Suite 5000
19    Company, BP PLC:         New Orleans, Louisiana 70139

20
      For BP Exploration &     Kirkland & Ellis, LLP
21    Production Inc.,         BY:   J. ANDREW LANGAN, ESQ.
      BP America Production          HARIKLIA "CARRIE" KARIS, ESQ.
22    Company, BP PLC:               MATTHEW T. REGAN, ESQ.
                                     PAUL D. COLLIER, ESQ.
23                                   BARRY E. FIELDS, ESQ.
                               300 N. Lasalle
24                             Chicago, Illinois 60654

25
```

OFFICIAL TRANSCRIPT

```
 1    Appearances:

 2

 3    For BP Exploration &              Kirkland & Ellis, LLP
      Production Inc.,                  BY:  MARTIN BOLES, ESQ.
      BP America Production             333 South Hope Street
 4    Company, BP PLC:                  Los Angeles, California 90071

 5

 6    For BP Exploration &              Kirkland & Ellis, LLP
      Production Inc.,                  BY:  ROBERT R. GASAWAY, ESQ.
      BP America Production                  JOSEPH A. EISERT, ESQ.
 7    Company, BP PLC:                  655 Fifteenth Street, N.W.
                                        Washington, D.C. 20005

 8

 9    For BP Exploration &              Covington & Burling, LLP
      Production Inc.,                  BY:  ROBERT C. "MIKE" BROCK, ESQ.
10    BP America Production                  BRIDGET K. O'CONNOR, ESQ.
      Company, BP PLC:                  1201 Pennsylvania Avenue, N.W.
11                                      Washington, D.C. 20004

12

13    For Transocean Holdings           Frilot, LLC
      LLC, Transocean Offshore          BY:  KERRY J. MILLER, ESQ.
      Deepwater Drilling Inc.,          1100 Poydras Street, Suite 3700
14    Transocean Deepwater Inc.:        New Orleans, Louisiana 70163

15

16    For Transocean Holdings           Sutherland Asbill & Brennan, LLP
      LLC, Transocean Offshore          BY:  STEVEN L. ROBERTS, ESQ.
      Deepwater Drilling Inc.,          1001 Fannin Street, Suite 3700
17    Transocean Deepwater Inc.:        Houston, Texas 77002

18

19    For Transocean Holdings           Munger Tolles & Olson, LLP
      LLC, Transocean Offshore          BY:  MICHAEL R. DOYEN, ESQ.
      Deepwater Drilling Inc.,               BRAD D. BRIAN, ESQ.
20    Transocean Deepwater Inc.:             LUIS LI, ESQ.
                                             GRANT A. DAVIS-DENNY, ESQ.
21                                           ALLEN M. KATZ, ESQ.
                                        355 S. Grand Avenue, 35th Floor
22                                      Los Angeles, California 90071

23

24

25
```

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2

3    For Halliburton Energy          Godwin Lewis, PC
     Services, Inc.:                 BY:   DONALD E. GODWIN, ESQ.
                                           JENNY L. MARTINEZ, ESQ.
4                                          BRUCE W. BOWMAN JR., ESQ.
                                           PRESCOTT W. SMITH, ESQ.
5                                          SEAN W. FLEMING, ESQ.
                                     1201 Elm Street, Suite 1700
6                                    Dallas, Texas 75270

7

8    For Halliburton Energy:         Godwin Lewis, PC
     Services, Inc.:                 BY:  R. ALAN YORK, ESQ.
                                          GWENDOLYN E. RICHARD, ESQ.
9                                    1331 Lamar, Suite 1665
                                     Houston, Texas 77010

10

11   For Anadarko Petroleum          Kuchler Polk Schell Weiner
     Corporation, Anadarko             & Richeson, LLC
12   E&P Company LP:                 BY:   DEBORAH D. KUCHLER, ESQ.
                                     1615 Poydras Street, Suite 1300
13                                   New Orleans, Louisiana 70112

14

15   For Anadarko Petroleum          Bingham McCutchen, LLP
     Corporation, Anadarko          BY:   WARREN A. FITCH, ESQ.
16   E&P Company LP:                      KY E. KIRBY, ESQ.
                                     2020 K Street, N.W.
17                                   Washington, D.C. 20006

18   Official Court Reporter:        Jodi Simcox, RMR, FCRR
                                     500 Poydras Street, Room HB-406
19                                   New Orleans, Louisiana 70130
                                     (504) 589-7780
20                                   Jodi_Simcox@laed.uscourts.gov

21

22

23

24   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.

25

OFFICIAL TRANSCRIPT

1

<u>I N D E X</u>

2

<u>Page</u>

3

4

Thomas Hunter, Ph.D.
        Cross-Examination By Mr. Regan:              1315

Mike Mason
        Videotaped deposition                        1354

Ronald Dykhuizen, Ph.D.
        Voir Dire Examination By Mr. Cernich:        1355
        Direct Examination By Mr. Cernich:           1364
        Cross-Examination Mr. Regan                  1433
        Redirect Examination The Witness             1494

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 12:52PM | 1 | **AFTERNOON SESSION** |
| 12:52PM | 2 | **(October 7, 2013)** |
| 12:52PM | 3 | * * * * * |
| 1:21PM | 4 | THE DEPUTY CLERK:  All rise. |
| 1:21PM | 5 | THE COURT:  All right.  Please be seated. |
| 1:21PM | 6 | (WHEREUPON, **THOMAS HUNTER, PH.D.**, having been |
| 1:21PM | 7 | previously duly sworn, testified as follows**:)** |
| 1:21PM | 8 | THE DEPUTY CLERK:  Please state your full name and |
| 1:21PM | 9 | correct spelling for the record. |
| 1:21PM | 10 | THE WITNESS:  Thomas Hunter, T-H-O-M-A-S, |
| 1:21PM | 11 | H-U-N-T-E-R. |
| 1:21PM | 12 | MR. REGAN:  May I proceed, Your Honor? |
| 1:21PM | 13 | THE COURT:  Yes. |
| 1:21PM | 14 | **CROSS-EXAMINATION** |
| 1:21PM | 15 | BY MR. REGAN: |
| 1:21PM | 16 | Q.   I'm Matt Regan on behalf of BP and, Doctor, I have you on |
| 1:21PM | 17 | cross-examination.  Good afternoon, Dr. Hunter. |
| 1:22PM | 18 | A.   Good afternoon. |
| 1:22PM | 19 | Q.   I want to pick up with something you said on your direct |
| 1:22PM | 20 | examination that the best way to determine flow was having a |
| 1:22PM | 21 | known geometry and pressure readings on both sides of it; do |
| 1:22PM | 22 | you recall that? |
| 1:22PM | 23 | A.   That's correct. |
| 1:22PM | 24 | Q.   And so what you really need is two reliable pressures and |
| 1:22PM | 25 | a known geometry in between.  Is that another way of saying the |

OFFICIAL TRANSCRIPT

1316

THOMAS HUNTER, PH.D. - CROSS

1:22PM    1    same thing?

1:22PM    2    A.    I should have clarified that it's not better than

1:22PM    3    collecting it in the shift.

1:22PM    4    Q.    Fair enough.  So two of the things that you were looking

1:22PM    5    at in your independent assessment of flow at Macondo was

1:22PM    6    related to the geometry of the situation and then the pressure

1:22PM    7    information that you had available; correct?

1:22PM    8    A.    That's correct.

1:22PM    9    Q.    With respect to the geometry, it was not just learning the

1:22PM   10    geometry as it was as of the time of the accident but also any

1:22PM   11    changes or restrictions that might have happened during the

1:22PM   12    course of the flow period; correct?

1:22PM   13    A.    I can't really answer that because it depends on whether

1:22PM   14    you're referring to the estimate that was made on day 87 or the

1:22PM   15    day -- or the estimates that were made at earlier times.

1:22PM   16    Q.    Let's talk about the estimates prior to the capping stack.

1:23PM   17    The capping stack was the first time that you felt that you had

1:23PM   18    a known geometry for purposes of pressure; correct?

1:23PM   19    A.    That's correct.  And accurate pressure measurements.

1:23PM   20          MR. REGAN:  So if we pull up TREX-9692.3.2.

1:23PM   21    BY MR. REGAN:

1:23PM   22    Q.    Just on the topic of looking at restrictions for the

1:23PM   23    Court's benefit, the types of restrictions that could exist --

1:23PM   24    this is from a presentation that Dr. Dykhuizen and Dr. Morrow

1:23PM   25    had put together in mid-May of 2010.  And there's a chart here

1317

THOMAS HUNTER, PH.D. - CROSS

1:23PM  1  talking about restrictions here on the right side.  Do you see

1:23PM  2  that?

1:23PM  3  A.    I do.  And I believe this is actually a BP chart that was

1:23PM  4  borrowed by them.

1:23PM  5  Q.    Okay.  It was borrowed by them and put into their

1:23PM  6  presentation?

1:23PM  7  A.    I think that's right.  And they may have added some of the

1:23PM  8  wording on the sides.

1:23PM  9  Q.    If you're looking at the question of what are the

1:23PM  10 restrictions to take into account at Macondo during the flow

1:24PM  11 period, they would include mechanical restrictions such as in

1:24PM  12 the riser when it was kinked over; correct?

1:24PM  13 A.    That's correct.

1:24PM  14 Q.    It would include restrictions in the BOP such as the

1:24PM  15 restrictions caused by rams or the annulars or other mechanical

1:24PM  16 restrictions; correct?

1:24PM  17 A.    That's correct.

1:24PM  18 Q.    And then within the wellbore itself -- that is, below the

1:24PM  19 mud line, which is represented right here -- you could have

1:24PM  20 restrictions that could include cement, skin, mechanical

1:24PM  21 restrictions, friction restrictions, and also sanding; correct?

1:24PM  22 A.    That's correct.

1:24PM  23 Q.    And if you wanted to do a flow rate estimate using

1:24PM  24 hydraulics -- that is, two pressures and a known geometry in

1:24PM  25 between -- you'd have to come to some assessment or assumption

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:24PM  1    about what those restrictions were doing in that flow area;
1:24PM  2    correct?
1:24PM  3    A.   It depends on which calculation we're doing.  If you're
1:24PM  4    trying to do what I call a complete nodal analysis from top to
1:24PM  5    bottom, you would do that.  If you had some way to measure
1:24PM  6    solely at the top and understood the impact, you could do that
1:24PM  7    as well.
1:24PM  8    Q.   But the uncertainty about these restrictions was one of
1:25PM  9    the challenges that you appreciated in May and in June of 2010
1:25PM  10   in looking at the problem; correct?
1:25PM  11   A.   Sure.  If one were doing a complete system assessment,
1:25PM  12   that's correct.
1:25PM  13   Q.   Now we'll talk a little bit about pressures.  With respect
1:25PM  14   to the capping stack, you said one of the real benefits of it
1:25PM  15   is that you had known pressure instrumentation; correct?
1:25PM  16   A.   That's correct.
1:25PM  17   Q.   So those gauges were put on the capping stack before it
1:25PM  18   was installed and you had great confidence in them; correct?
1:25PM  19   A.   That's correct.
1:25PM  20   Q.   Prior to that time period, there was much more limited
1:25PM  21   pressure information available?
1:25PM  22   A.   That's also correct.
1:25PM  23   Q.   And again, just -- just to get us oriented here as we walk
1:25PM  24   through these pressure information over the next several weeks,
1:25PM  25   really.

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:25PM 1          **MR. REGAN:**  Can we put up D-24368.

1:25PM 2    **BY MR. REGAN:**

1:25PM 3    **Q.**   And, Dr. Hunter, this is just a schematic, very generic,

1:25PM 4    of the well.  I have listed here ambient pressure, the PT-B

1:25PM 5    pressure gauge, and then reservoir pressure.  Do you see that?

1:26PM 6    **A.**   I do.

1:26PM 7    **Q.**   Okay.  Reservoir pressure was something that was measured

1:26PM 8    before the blowout, basically initial reservoir pressure;

1:26PM 9    correct?

1:26PM 10   **A.**   Before the blowout, that's correct, at the -- what I would

1:26PM 11   call day zero, yes.

1:26PM 12   **Q.**   Right.  Ambient pressure is the pressure of the sea right

1:26PM 13   around the point of the BOP or the point of exit of flow;

1:26PM 14   correct?

1:26PM 15   **A.**   That's correct.

1:26PM 16   **Q.**   And the PT-B pressure gauge was at the bottom of the BOP;

1:26PM 17   correct?

1:26PM 18   **A.**   That is correct.

1:26PM 19   **Q.**   All right.  The PT-B pressure gauge means a pressure that

1:26PM 20   is a combination of things that are happening below it -- that

1:26PM 21   is, upstream -- and things that are happening above it,

1:26PM 22   downstream level; correct?  It reflects the combination of

1:26PM 23   those two areas; right?

1:26PM 24   **A.**   The pressure that it reads is influenced by what is below

1:26PM 25   and what's above.  It reads whatever the pressure is at that

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:26PM   1  point or what it thinks the pressure is, yes.

1:26PM   2  Q.   And that was really one of the challenges of the PT-B

1:26PM   3  pressure gauge is trying to understand you had one gauge, one

1:26PM   4  pressure, and two unknown geometries on either side; correct?

1:26PM   5  A.   As far as a complete well, that would be correct.

1:26PM   6  Q.   Okay.  You personally did not rely, in making judgments

1:27PM   7  about flow rate, on the pressure readings from the PT-B gauge;

1:27PM   8  correct?

1:27PM   9  A.   That's not entirely correct.  And by the way, there is a

1:27PM  10  missing -- the mud boost line also had a pressure gauge for a

1:27PM  11  period of time at the top.

1:27PM  12       Now, when one looked at the differential from such

1:27PM  13  things as the riser cut, one did look at the PT-B and I did

1:27PM  14  that myself, actually, but that was about differential flow,

1:27PM  15  not about total flow.

1:27PM  16  Q.   Right.  For purpose -- for purposes of arriving at a

1:27PM  17  calculation of flow, it was your view, and you told your team

1:27PM  18  that it was your view, that you did not think the PT-B gauge

1:27PM  19  was something that should be viewed as accurate or precise for

1:27PM  20  a flow rate determination; right?

1:27PM  21  A.   I believe my statement to the team was that the pressure

1:27PM  22  gauge didn't read totally true pressure, but it -- it was used

1:27PM  23  for differential pressures, meaning from one time to another.

1:27PM  24  Q.   You didn't -- you testified there was two flow rate

1:27PM  25  estimates that you and your team put together, one in mid-June,

THOMAS HUNTER, PH.D. - CROSS

1:28PM   1   probably the 15th of June, and then one being based on the

1:28PM   2   capping stack; correct?

1:28PM   3   A.   That -- that's correct.

1:28PM   4   Q.   You did not calculate a flow rate during the time period

1:28PM   5   of May; correct?

1:28PM   6   A.   That's correct.

1:28PM   7   Q.   And from your perspective, there was not enough data

1:28PM   8   available from the well to calculate a defensible flow rate in

1:28PM   9   May of 2010; correct?

1:28PM   10  A.   I would not say it that way.  I would say there was a team

1:28PM   11  of people looking at the techniques to do visualization of

1:28PM   12  other methods to determine flow.  We -- I was perfectly happy

1:28PM   13  to let them proceed.  I didn't spend any resources of our team

1:28PM   14  looking at that during that period.

1:28PM   15  Q.   Well, it was your view that there was not sufficient data

1:28PM   16  from the well to make a flow rate estimate in May of 2010;

1:28PM   17  correct?

1:28PM   18  A.   There was not sufficient data from -- that we had compared

1:28PM   19  to, for example, the capping stack pressure data that we chose

1:28PM   20  not to make a pressure estimate during that time.

1:28PM   21  Q.   Okay.  All right.  You did not make any flow rate estimate

1:28PM   22  coming out of the Top Kill events; correct?

1:29PM   23  A.   That's correct.  And if I could clarify it, "you" means

1:29PM   24  both myself, personally, and the team?

1:29PM   25  Q.   Yes.

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:29PM   1   A.   And the answer is neither made an estimate.

1:29PM   2   Q.   So I'll talk briefly about the Top Hat measurement that

1:29PM   3   you testified about on direct.

1:29PM   4          MR. REGAN:   If we could put up 21006.1.

1:29PM   5   BY MR. REGAN:

1:29PM   6   Q.   This was the demonstrative that you were shown and you

1:29PM   7   explained the device to the Court and you explained basically

1:29PM   8   the three things about it:   It had a -- in essence, a riser for

1:29PM   9   collection, you had ports on the top of it, and you had what

1:29PM  10   was called the skirt; correct?

1:29PM  11   A.   Not exactly.   This one's not leaking oil.

1:29PM  12   Q.   Okay.

1:29PM  13   A.   The other one portrayed where the oil was coming from.

1:29PM  14   Q.   Right.   But in terms of the -- understanding the piece --

1:29PM  15   the pieces of the device --

1:29PM  16   A.   That's correct.   There were three areas where oil was

1:29PM  17   exiting into the gulf and you pointed them out and I agree with

1:29PM  18   what you said.

1:29PM  19   Q.   The other thing that's not accurate about this is that

1:29PM  20   actually when it was installed, it was -- it ended up being on

1:30PM  21   an angle; correct?

1:30PM  22   A.   Many times it was on an angle.

1:30PM  23          MR. REGAN:   So if we can pull up D-24388-2.

1:30PM  24   BY MR. REGAN:

1:30PM  25   Q.   This is from -- actually from Dr. Dykhuizen's expert

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:30PM   1   report, but this is a representation of the Top Hat being on an

1:30PM   2   angle in June of 2010.  And you saw that?

1:30PM   3   A.   Yes.  Yes.  It is accurate to say it did tilt when it was

1:30PM   4   on there at various times and various cants.

1:30PM   5   Q.   And because of it, this skirt area that is at the bottom

1:30PM   6   of the Top Hat, that had great uncertainty when it came to

1:30PM   7   trying to get a flow rate estimate using the Top Hat; correct?

1:30PM   8   A.   It had great uncertainty because of the tilt, but also

1:30PM   9   because of the -- the differences in diameter and the skirt

1:30PM  10   material which was actually present.

1:30PM  11   Q.   And so in terms of the flow rate estimate that was -- that

1:30PM  12   were done by your team, the DOE teams, they had three

1:31PM  13   components; that is, flow from the bottom of the Top Hat, the

1:31PM  14   skirt, flow from the ports there on the top, and flow -- and

1:31PM  15   collection; correct?

1:31PM  16   A.   That's correct.  In this case the ports aren't shown --

1:31PM  17   only one port is shown.

1:31PM  18   Q.   It's sliced in half so you can see the inside; right?

1:31PM  19   A.   Right.

1:31PM  20   Q.   Okay.  And as to the flow from the skirt, it's your view

1:31PM  21   that that flow is largely unquantifiable; correct?

1:31PM  22   A.   I don't know if I said unquantifiable.  Anything is

1:31PM  23   quantifiable.  It was certainly greater than zero.  It was

1:31PM  24   significantly -- you could visually observe it was significant.

1:31PM  25   To get a completely accurate estimate was much more difficult.

THOMAS HUNTER, PH.D. - CROSS

1:31PM  1   Q.   Right.  Because using visual observation made it difficult
1:31PM  2   to quantitatively assess the flow from the Top Hat; correct?
1:31PM  3   A.   To precisely estimate the flow.  You could quantify it,
1:31PM  4   but it would have a significant --
1:31PM  5   Q.   The most imprecise part of this estimate was the flow
1:31PM  6   coming out of the skirt; correct?
1:31PM  7   A.   That's correct.
1:31PM  8   Q.   And it was the largest part of this estimate; correct?
1:31PM  9   A.   I believe in our calculations, it was bigger than the
1:32PM  10  other two components.  I don't recall exactly the numbers, but
1:32PM  11  I believe that is correct.
1:32PM  12  Q.   So the least quantifiable part also was the largest
1:32PM  13  component of the flow rate estimate?
1:32PM  14  A.   I think that's right.
1:32PM  15  Q.   If we then go to talking about the capping stack period
1:32PM  16  you testified about on your direct examination, on Monday, the
1:32PM  17  26th of July, your team, the DOE team or Tri-Lab team, you had
1:32PM  18  a presentation that was given to you; correct?
1:32PM  19  A.   Yes.  I believe that's the date, the 26th.
1:32PM  20       MR. REGAN:  If we pull up TREX-9706.1.
1:32PM  21  BY MR. REGAN:
1:32PM  22  Q.   There was a PowerPoint presentation that we'll show here
1:32PM  23  in a second, Dr. Hunter.  This was what was presented to you on
1:32PM  24  that Monday; correct?
1:32PM  25  A.   That's correct.

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

| | | |
|---|---|---|
| 1:32PM | 1 | **Q.**   All right. |
| 1:32PM | 2 | **A.**   It appears to be. |
| 1:32PM | 3 | **Q.**   And if we go to 9706.4, the DOE team or the Tri-Lab team, |
| 1:33PM | 4 | which for reference purposes is the three national labs, walked |
| 1:33PM | 5 | through what they called a history of flow-based estimates from |
| 1:33PM | 6 | well flow rate prior to shutting with the capping stack.  Do |
| 1:33PM | 7 | you see that? |
| 1:33PM | 8 | **A.**   I do now, yes. |
| 1:33PM | 9 | **Q.**   Okay.  And it has the attempts that were made prior to it |
| 1:33PM | 10 | and it includes the Top Hat there on July -- on June 15th, |
| 1:33PM | 11 | correct? |
| 1:33PM | 12 | **A.**   June 15 would include the Top Hat, yeah. |
| 1:33PM | 13 | **Q.**   Right.  And it includes the range of estimates, 72,000 to |
| 1:33PM | 14 | 83,000, with a range of 51,000 to 104,000.  Is that right? |
| 1:33PM | 15 | **A.**   That's correct.  And that would be as of the date |
| 1:33PM | 16 | June 15th, whenever the observation was made. |
| 1:33PM | 17 | **Q.**   Right.  And it notes there was great uncertainty in the |
| 1:33PM | 18 | skirt flow resistance; correct? |
| 1:33PM | 19 | **A.**   That's correct. |
| 1:33PM | 20 | **Q.**   And if we turn to the next page, which is 9706.5, the team |
| 1:33PM | 21 | provides some additional notes about the efforts to calculate |
| 1:33PM | 22 | flow prior to capping stack and provides them on this page to |
| 1:33PM | 23 | you; correct? |
| 1:33PM | 24 | **A.**   That's correct. |
| 1:33PM | 25 | **Q.**   And with respect again to the Top Hat flow, the Tri-Lab |

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:34PM  1   effort to calculate total flow based on Top Hat 4 leak paths

1:34PM  2   and known surface collection, they told you there was great

1:34PM  3   uncertainty in the leak -- skirt leak path and some uncertainty

1:34PM  4   in pressure measurement inside the Top Hat; correct?

1:34PM  5   A.   They told me, but I had my own view and I agreed with that

1:34PM  6   view, that there was more uncertainty with the skirt because it

1:34PM  7   had this, as you -- as you pointed out, different geometry.

1:34PM  8   Q.   And in terms of the uncertainty from the pressure

1:34PM  9   measurements of the Top Hat, you could have a pressure

1:34PM  10  difference of just 1 psi, just 1 psi, and it could have major,

1:34PM  11  major differences in terms of the flow rate calculations for

1:34PM  12  Top Hat because of the nature of that device; correct?

1:34PM  13  A.   The Top Hat flow, we had -- I had guessed at the pressure.

1:34PM  14  I said it was between 1 and 3 psi and that was used as the

1:34PM  15  parameter range.  I thought that's about what it was.  Because

1:34PM  16  if it gets too high, it will blow the Top Hat off of the top of

1:34PM  17  the well.  So the -- and within that range, there was quite a

1:35PM  18  variation between 1 and 3, that's correct.  So the pressure

1:35PM  19  made a difference.

1:35PM  20  Q.   So you've had some additional uncertainty because you were

1:35PM  21  reading such small pressure gauges with instrumentation that

1:35PM  22  was 5,000 feet deep?

1:35PM  23  A.   You would -- you would have uncertainty in the skirt.

1:35PM  24  You'd have virtually no uncertainty in what was collected at

1:35PM  25  the ship.

1327

THOMAS HUNTER, PH.D. - CROSS

1:35PM   1   **Q.**   Okay.  But in terms of the pressure readings in the Top
1:35PM   2   Hat, you had uncertainty there, too?
1:35PM   3   **A.**   There would be uncertainty in the pressure readings,
1:35PM   4   that's correct.
1:35PM   5   **Q.**   As reflected in the presentation?
1:35PM   6   **A.**   That's correct.
1:35PM   7   **Q.**   And the conclusion of the Tri-Labs, the three national
1:35PM   8   labs, was that none of the methods listed above provide
1:35PM   9   believable mass flow results.  That was the conclusion they
1:35PM  10   expressed to you on July 26th; correct?
1:35PM  11   **A.**   That's what they said, yes.
1:35PM  12   **Q.**   With respect, then, to the capping stack calculations,
1:35PM  13   once the capping stack was installed with its instrumentation
1:35PM  14   and with its geometry, you now finally had the data you were
1:35PM  15   looking for, two known pressures and a known geometry in
1:36PM  16   between; correct?
1:36PM  17   **A.**   That's correct.
1:36PM  18   **Q.**   And you did a variety -- your team, you and your team did
1:36PM  19   a variety of estimates of flow from looking into the kill line
1:36PM  20   or looking at the kill line and collection periods or looking
1:36PM  21   at the choke line; right?
1:36PM  22   **A.**   That's correct, as we pointed out in direct.
1:36PM  23   **Q.**   Okay.  Well, if we look at that same Monday presentation,
1:36PM  24   9706, if we look at the page 26, 9706.26.1, as of Monday of --
1:36PM  25   the 26th of July, the actual flow rates were still to be

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:36PM    1    determined; right?

1:36PM    2    A.    What day did you have for that?

1:36PM    3    Q.    July 26th, Dr. Hunter.

1:36PM    4    A.    I don't know if the flow rates had been calculated.  They

1:36PM    5    had not been assembled and put into the common viewgraph format

1:36PM    6    that we had.  I can't say what the status of the calculation

1:36PM    7    was.

1:36PM    8    Q.    Fair enough.  Two days later on the Wednesday of that

1:36PM    9    week, you were informed that Secretary Chu wanted to have a new

1:37PM   10    flow rate by Friday; correct?

1:37PM   11    A.    That's correct.  I believe there's an e-mail to that

1:37PM   12    effect as well.

1:37PM   13    Q.    And so that Wednesday would have been the first that you

1:37PM   14    had heard for you, yourself and your team that Secretary Chu

1:37PM   15    and others in the administration wanted to have a flow rate and

1:37PM   16    they wanted to have it done in the next 48 hours; correct?

1:37PM   17    A.    No, I can't say that I -- I can't say that's the first I

1:37PM   18    heard.  Because I had conversations with Steve Chu virtually

1:37PM   19    every day in that period and we could have discussed it, you

1:37PM   20    know, a week earlier and we certainly didn't do a calculation

1:37PM   21    in the 48-hour period.

1:37PM   22            MR. REGAN:  Go to Exhibit 9718.1.1.

1:37PM   23    BY MR. REGAN:

1:37PM   24    Q.    This is an e-mail that you received, and we've blacked out

1:37PM   25    some of the e-mail information there.  But just -- that's your

THOMAS HUNTER, PH.D. - CROSS

1:37PM  1  personal e-mail address, at least part of it.  Do you see that?

1:37PM  2  A.   Yes.

1:37PM  3  Q.   Okay.  We tried to cover that as much as we could.

1:37PM  4  Because at this point in time, you were no longer at Sandia

1:37PM  5  National Labs; right?

1:38PM  6  A.   That is certainly correct.

1:38PM  7  Q.   Okay.  So as of Wednesday, the 28th of July, 4:00 p.m.,

1:38PM  8  Marcia McNutt told you that she had just gotten off the phone,

1:38PM  9  "What we really need, hopefully by Friday, is the total amount

1:38PM  10  that had leaked out since the beginning of the accident";

1:38PM  11  correct?

1:38PM  12  A.   That's correct.

1:38PM  13  Q.   You did not have that number calculated by Wednesday,

1:38PM  14  July 28th; correct?

1:38PM  15  A.   I don't know when we had that number calculated.  I had

1:38PM  16  begun the calculations, you know, way back on the 11th of July

1:38PM  17  telling people to get ready, and I discussed the methodology

1:38PM  18  with the team about how to do both the last day and -- and the

1:38PM  19  interval over time had been discussed as a matter of doing the

1:38PM  20  work and those discussions -- this e-mail did not initiate

1:38PM  21  those discussions.

1:38PM  22  Q.   Okay.  Well, you responded to this e-mail, if we look at

1:38PM  23  9718.1.2.  This is your response to that e-mail on the same

1:38PM  24  date.  Do you recognize it?

1:38PM  25  A.   I do.

1330

THOMAS HUNTER, PH.D. - CROSS

1:38PM    1    **Q.**   And you responded saying:  "This is the track we are on,
1:38PM    2    but it is unlikely we can get the full time frame analyzed from
1:39PM    3    the beginning of the incident by Friday."
1:39PM    4           Correct?
1:39PM    5    **A.**   That's correct.
1:39PM    6    **Q.**   And you said:  "We need to be sure the logic and all the
1:39PM    7    events have been carefully reviewed.  We can probably get the
1:39PM    8    recent cap flow and the correction for cap installation.  We
1:39PM    9    will then need an event by event description to look at
1:39PM   10    adjustments and overlay of that by a depletion assumption."
1:39PM   11           You wrote that; correct?
1:39PM   12    **A.**   That's correct.
1:39PM   13    **Q.**   And then your last sentence says:  "We need to assure that
1:39PM   14    the pace for getting these results is consistent with the
1:39PM   15    subsequent need for accuracy."
1:39PM   16           Correct?
1:39PM   17    **A.**   That's also correct.
1:39PM   18    **Q.**   And that's something you believed as a scientist?
1:39PM   19    **A.**   I absolutely thank you for protecting my e-mail.  Other
1:39PM   20    people haven't.
1:39PM   21    **Q.**   I hope to be uniform in that, but if we see one up there,
1:39PM   22    we can try to fix it.
1:39PM   23           Now, with respect to the pace, the pace for getting
1:39PM   24    these results, you didn't set that pace; correct?
1:39PM   25    **A.**   Well, sir, I'd say I'm probably the principal setter of

THOMAS HUNTER, PH.D. - CROSS

1:39PM 1   the pace, because I initiated the work.  I asked people to get

1:39PM 2   prepared and to do it.  And I knew that we should start as soon

1:40PM 3   as the data came in from the capping stack, and people were

1:40PM 4   geared up to do it.  I recall numerous conversations with the

1:40PM 5   analysts about, Let's get it as soon as we can.  And as you

1:40PM 6   pointed out, Steve Chu then added to that, "It would be nice if

1:40PM 7   we could get it by Friday of that week."

1:40PM 8   Q.   So you believe that you were already working on the

1:40PM 9   information as of the time that you wrote this e-mail and said:

1:40PM 10  "This is the track we are on, but it is unlikely we can get it

1:40PM 11  analyzed by Friday"?

1:40PM 12  A.   As of July 28th, I know we were working on it.  And I

1:40PM 13  didn't know how much we would get done by the 30th, but it was

1:40PM 14  clear we were able to.

1:40PM 15  Q.   The request for having the thing -- the estimate done by

1:40PM 16  Friday, though, was one that came from Secretary Chu and other

1:40PM 17  members of the cabinet?

1:40PM 18  A.   Yes, and I had to tell the secretary that we might not get

1:40PM 19  there and we're going to do it accurately.

1:40PM 20  Q.   Consistent with what you testified in your direct exam;

1:40PM 21  correct?

1:40PM 22  A.   Uh-huh.  Correct.

1:40PM 23  Q.   Now, with respect to the work that was done, though, it

1:41PM 24  was primarily done over a critical weekend; correct?

1:41PM 25  A.   Oh, no, I don't think that's correct at all.  The Flow

THOMAS HUNTER, PH.D. - CROSS

| | | |
|---|---|---|
| 1:41PM | 1 | Rate Technical Group had begun back at the end of May doing |
| 1:41PM | 2 | their calculations and their observations.  I initiated the |
| 1:41PM | 3 | work on the 11th of July and it was reported out on the 30th of |
| 1:41PM | 4 | July.  So I don't think it was critically done over -- are we |
| 1:41PM | 5 | speaking of the weekend of the 28th? |
| 1:41PM | 6 | **Q.**   Let me show you a document and see if it might refresh |
| 1:41PM | 7 | your recollection. |
| 1:41PM | 8 | **A.**   Okay. |
| 1:41PM | 9 | **MR. REGAN:**  If we can pull up TREX-9908. |
| 1:41PM | 10 | **BY MR. REGAN:** |
| 1:41PM | 11 | **Q.**   This is an e-mail that was sent to -- |
| 1:41PM | 12 | **MR. REGAN:**  Just go down.  Take off the top.  That |
| 1:41PM | 13 | one's not redacted. |
| 1:41PM | 14 | **BY MR. REGAN:** |
| 1:41PM | 15 | **Q.**   This is an e-mail to you in response to the oil spill |
| 1:41PM | 16 | commission.  Do you recall responding to them in December of |
| 1:41PM | 17 | 2010 about their presentation about the flow rate estimate? |
| 1:41PM | 18 | **A.**   I recall talking to the commission and -- because I |
| 1:42PM | 19 | thought they didn't accurately reflect the flow rate |
| 1:42PM | 20 | calculation and I had a conversation with them.  But I may have |
| 1:42PM | 21 | written them something, but I don't recall. |
| 1:42PM | 22 | **Q.**   Let's go to the second page, 9908.2.2, and the middle |
| 1:42PM | 23 | paragraph there.  This is from your e-mail.  Do you recall |
| 1:42PM | 24 | telling them with respect to this calculation of the |
| 1:42PM | 25 | government's official estimate, starting there in the middle of |

THOMAS HUNTER, PH.D. - CROSS

1:42PM 1  the page:  "The pressure measurements taken in the capping

1:42PM 2  stack allowed a fairly straightforward engineering calculation

1:42PM 3  to be done and the flow to the sea was only out of the new kill

1:42PM 4  valve, and part of the flow was still going to the surface from

1:42PM 5  the lower lines.  This changed everything and the understanding

1:42PM 6  of the flow will be the basis for all future deliberations on

1:42PM 7  the flow, including interaction between the U.S. Government and

1:42PM 8  parties held liable for the accident.  These critical

1:42PM 9  measurements allowed a quantitative basis to evaluate the flow

1:42PM 10  which was done by DOE scientists over a critical weekend and

1:43PM 11  culminated in bringing together all the flow rate teams that

1:43PM 12  ultimately agreed that the DOE estimate was the one to claim as

1:43PM 13  the official government estimate."

1:43PM 14          Does that refresh your recollection, Dr. Hunter?

1:43PM 15  A.   Yeah.  In fact, I think it reinforces what I said.  The

1:43PM 16  calculations had been ongoing for some time.  They were asked

1:43PM 17  to be put into a standard format for that weekend.  The

1:43PM 18  standard format required summarizing -- getting final results,

1:43PM 19  putting them together, and then ultimately looking at them with

1:43PM 20  other scientists over that weekend.  So the "critical weekend"

1:43PM 21  was referring to the fact that we had all the information put

1:43PM 22  together in a standard format and we worked the best we could

1:43PM 23  to bring everybody together, including this other team of --

1:43PM 24  other five teams' information over the weekend.

1:43PM 25  Q.   So you presided over a meeting then on Friday, July 30th,

THOMAS HUNTER, PH.D. - CROSS

1:43PM    1    with a variety of teams estimating flow; correct?

1:43PM    2    A.    That's correct.

1:43PM    3    Q.    And you had a Flow Visualization Team; correct --

1:43PM    4    A.    At the meeting, there was a Flow Visualization Team, yes.

1:43PM    5    Q.    You had multiple Reservoir Teams; correct?

1:44PM    6    A.    Two, I believe.

1:44PM    7    Q.    You had a Nodal Analysis Team?

1:44PM    8    A.    That's correct.

1:44PM    9    Q.    You had a team from Woods Hole doing Doppler velocity

1:44PM   10    issues?

1:44PM   11    A.    Yes.

1:44PM   12    Q.    And then you had your DOE Team or the Tri-Lab Team as is

1:44PM   13    reflected in these documents?

1:44PM   14    A.    It should be a total of six.

1:44PM   15    Q.    And you have some notes that you took as the moderator of

1:44PM   16    that meeting.  I'd like to put those up.

1:44PM   17            MR. REGAN:  Exhibit 9929.95.

1:44PM   18    BY MR. REGAN:

1:44PM   19    Q.    And you recognize Exhibit 9929 as your handwriting,

1:44PM   20    Dr. Hunter?

1:44PM   21    A.    I do.  My handwriting is not the best, and I think in my

1:44PM   22    deposition, I said, yes, I can tell by the sloppiness of the

1:44PM   23    numbers that it's mine.

1:44PM   24    Q.    You might have some competition there.

1:44PM   25            With respect to then what you've listed here on this

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:44PM   1   page, these are the six flow rate estimates that were presented
1:44PM   2   by the multiple teams to you in that meeting; correct?
1:45PM   3   A.   That's correct.  That is my note from them.  They actually
1:45PM   4   had on their viewgraph materials more specific information.
1:45PM   5   Q.   And you wrote down numbers that you were hearing from
1:45PM   6   these different teams on July 30th, 2010, as to their flow rate
1:45PM   7   estimates; correct?
1:45PM   8   A.   I did, yes.
1:45PM   9   Q.   And those numbers range from 24 to 40, 42 to 49.  We see
1:45PM  10   33 to 63.  We see a range here from 52 to 115.  We see one at
1:45PM  11   59,200, and we see 53-64, 51-60.
1:45PM  12            And then No. 6, is that the DOE Team?
1:45PM  13   A.   That's the DOE Team.  That's correct.
1:45PM  14   Q.   53 and you wrote "plus or minus 5"; correct?
1:45PM  15   A.   I did, yes.
1:45PM  16   Q.   So at this meeting, you were presented with this range of
1:45PM  17   flow rate estimates from the various teams who had been looking
1:45PM  18   at the question of flow; correct?
1:45PM  19   A.   Correct.  And I believe the individual presentations are
1:45PM  20   basically consistent with this.  I would point out they're not
1:45PM  21   at the same times, but they're at different times in the flow.
1:46PM  22   Q.   So some of these teams were looking at flow at different
1:46PM  23   periods of time, and some of them were looking at the capping
1:46PM  24   stack?
1:46PM  25   A.   That's correct.

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:46PM      1          I think it's clear, when the capping stack was shut,

1:46PM      2    there was no flow to observe.

1:46PM      3    Q.   With respect to choosing the DOE number, that was really a

1:46PM      4    recommendation that you made; correct?

1:46PM      5    A.   After discussion, I think I said earlier, it was my job to

1:46PM      6    synthesize what I thought was the best representation of all of

1:46PM      7    the information and I recommended that number go forward.

1:46PM      8    That's correct.

1:46PM      9          MR. REGAN:   If I could pull up some notes that were

1:46PM     10    taken then at the meeting, 9906.3.3.

1:46PM     11    BY MR. REGAN:

1:46PM     12    Q.   As these are coming up, Dr. Hunter, there was a

1:46PM     13    Dr. Ratzell who was a member of the Tri-Lab Team; correct?

1:46PM     14    A.   That's correct.

1:46PM     15    Q.   And he worked with Dr. Dykhuizen?

1:46PM     16    A.   Yes.  He was the assigned team lead during much of the

1:46PM     17    period there.

1:46PM     18    Q.   There was also a Dr. Charlie Morrow; is that correct?

1:46PM     19    A.   That's correct.

1:46PM     20    Q.   And he also worked with Dr. Dykhuizen; correct?

1:47PM     21    A.   That's correct.

1:47PM     22    Q.   Dr. Ratzell made the presentation on July 30th; correct?

1:47PM     23    A.   Yes, he did.

1:47PM     24    Q.   And with respect to the capping stack that he said to you

1:47PM     25    and others, including Secretary Chu, "it is 3-ram capping

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:47PM   1    stack; all above the BOP so don't have to deal with its

1:47PM   2    complexity"; correct?

1:47PM   3    A.    Yes.   Which I think should be read as "don't have to deal

1:47PM   4    with the complexity of the BOP."

1:47PM   5    Q.    With respect to uncertainties, he presented that some of

1:47PM   6    the uncertainties, though, in the DOE's numbers were

1:47PM   7    "multiphase flow models and EOS; K-factors are uncertain."

1:47PM   8          Correct?

1:47PM   9    A.    That's correct.   EOS means equations of state.

1:47PM  10    Q.    So Dr. Ratzell represented that the DOE numbers that he

1:47PM  11    gave to you and others at that meeting had uncertainties

1:47PM  12    because of the multiphase flow model.   You had differences in

1:47PM  13    the equations of state, or EOS, and K-factor uncertainties;

1:47PM  14    correct?

1:47PM  15    A.    That's what he -- that's what -- I'm not sure who took

1:47PM  16    these notes, but whoever took the notes said that.

1:48PM  17    Q.    Do you recall Dr. Ratzell saying those things?

1:48PM  18    A.    Oh, sure, sure.

1:48PM  19    Q.    K-factors refers to resistance in a given area that you're

1:48PM  20    trying to examine or flow.   It's a resistance coefficient?

1:48PM  21    A.    It's sort of the same, but it's a relationship between

1:48PM  22    pressure drop and whatever geometric feature is there.

1:48PM  23    Q.    "Equation of state" is talking about the fluid that you're

1:48PM  24    analyzing and it's a way that you can then try to figure out

1:48PM  25    its density?

THOMAS HUNTER, PH.D. - CROSS

1:48PM 1  A.   Equation of state generally talks about all the properties

1:48PM 2  and the relationship between them of any substance.  For

1:48PM 3  example, for fluid, it would be temperature, pressure, density,

1:48PM 4  all the different variables that describe it.

1:48PM 5  Q.   If we turn then to one of Dr. Ratzell's slides, 8635.97.1.

1:48PM 6  This slide summarizes again the DOE Tri-Labs calculations from

1:48PM 7  capping stack; correct?

1:49PM 8  A.   That's correct.

1:49PM 9  Q.   It said:  "There was good to excellent comparison of their

1:49PM 10  results."

1:49PM 11       Correct?

1:49PM 12  A.   That's correct.

1:49PM 13  Q.   And they told you 53,000 barrels per day, plus or minus

1:49PM 14  5,000 barrels per day; right?

1:49PM 15  A.   That's correct.

1:49PM 16  Q.   So that's plus or minus 10 to 20 percent error; right?

1:49PM 17  A.   I believe it would be interpreted that way.  Five would

1:49PM 18  be -- if it's plus or minus 5, it's 10 percent; plus or minus

1:49PM 19  10 would be 20 percent.

1:49PM 20  Q.   Dr. Ratzell told you the Analysis Team -- that is,

1:49PM 21  Dr. Dykhuizen, Dr. Morrow, and the other scientists -- had

1:49PM 22  significant concerns that the uncertainty remained large;

1:49PM 23  correct?

1:49PM 24  A.   That's correct.

1:49PM 25  Q.   And they told you that their greater uncertainty was

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:49PM   1   multiphase correlation; correct?

1:49PM   2   A.   Yes, that's what they say.

1:49PM   3   Q.   And they say:  Especially for choke line flow analyses --

1:49PM   4   because when they modeled the choke closure, the models that

1:49PM   5   these scientists put together predicted that the flow was going

1:49PM   6   up as the valve was being closed; correct?

1:50PM   7   A.   That's because -- right.  There was what they call an

1:50PM   8   anomaly; because as you closed the choke, in fact, it does get

1:50PM   9   smaller; it should restrict the flow.  The transition happens,

1:50PM   10  but in general, that's right.

1:50PM   11  Q.   Turn to the next, 8635.96.1.  The scientists also told you

1:50PM   12  on June -- July 30th, 2010, that they had insufficient

1:50PM   13  information to perform an uncertainty analysis on a flow rate

1:50PM   14  and total flow at the time of the meeting; correct?

1:50PM   15  A.   That's correct.  You got two images up there.  I think

1:50PM   16  they are -- are they both the same?

1:50PM   17  Q.   They are.  One is just probably unnecessary.

1:50PM   18  A.   Yes.  I believe this is an exact copy of the viewgraphs

1:50PM   19  that I was presented.  And I can't recall if I was presented

1:50PM   20  these also on the 26th, four days prior.  But certainly on the

1:50PM   21  30th, they were presented.

1:50PM   22  Q.   Now, at the conclusion of Dr. Ratzell's presentation on

1:50PM   23  the 30th, there then was a discussion amongst you and Secretary

1:50PM   24  Chu and Director McNutt and others; correct?

1:51PM   25  A.   To be honest with you, I don't recall Marcia -- excuse me,

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:51PM  1   Dr. McNutt's role, but certainly Secretary Chu and myself and
1:51PM  2   the rest of the team.
1:51PM  3   Q.   And it's true that, at that point in time, what you
1:51PM  4   discussed was the purpose of arriving at this flow rate number
1:51PM  5   on that day, and one of the purposes was the oil budget;
1:51PM  6   correct?
1:51PM  7   A.   That's correct.
1:51PM  8   Q.   A second purpose that you discussed as the reason for
1:51PM  9   arriving at a flow rate number that day was damages charged to
1:51PM  10  BP; correct?
1:51PM  11  A.   See, I don't know how to refer to you, but the
1:51PM  12  conversation people brought -- Steve Chu, for example, brought
1:51PM  13  that into the conversation.  That's correct.
1:51PM  14  Q.   And Secretary Chu's perspective was with respect to
1:51PM  15  arriving at a number for damages charged to BP, high accuracy
1:51PM  16  was not needed there; correct?
1:51PM  17  A.   That was the gist of what he said.  I don't recall what he
1:51PM  18  actually said, but that's correct.
1:51PM  19  Q.   He also made it clear that there was not time to wait,
1:51PM  20  that the number needed to be done by -- in the next day, rather
1:51PM  21  than waiting for the next week; correct?
1:52PM  22  A.   If you're speaking of the 30th, he stated -- you are
1:52PM  23  speaking of the 30th?
1:52PM  24  Q.   Yes.
1:52PM  25  A.   His statement was we need to get a number as quick as we

OFFICIAL TRANSCRIPT

Case 2:10-md-02179-CJB-DPC   Document 12783   Filed 04/29/14   Page 33 of 234
1341

THOMAS HUNTER, PH.D. - CROSS

1:52PM  1  can.  His hope was that it could be done that weekend.  It

1:52PM  2  wasn't done that weekend, but that was his hope.

1:52PM  3  Q.   Well, the press release that went out with the 53,000

1:52PM  4  estimate for July 15th was issued on Monday, August 2nd;

1:52PM  5  correct?

1:52PM  6  A.   That's correct.

1:52PM  7  Q.   And the meetings about -- where the teams said they had

1:52PM  8  insufficient information to perform an uncertainty analysis on

1:52PM  9  flow rate was on Friday, July 30th; correct?

1:52PM  10  A.   That's correct.

1:52PM  11  Q.   And then you had another meeting on Saturday, July 31st;

1:52PM  12  correct?

1:52PM  13  A.   That is correct.

1:52PM  14  Q.   Okay.  And if we could turn to TREX-9725.2.1, which are

1:52PM  15  additional notes that were taken at this meeting on July 30th.

1:53PM  16       You heard, Dr. Hunter, Secretary Chu also say, as you

1:53PM  17  just testified to:  "With respect to damages, 10 to 20 percent

1:53PM  18  uncertainty is all that was needed because they'll settle, so

1:53PM  19  it doesn't matter."

1:53PM  20       Correct?

1:53PM  21  A.   Did I hear that?  I don't recall.  It's certainly written

1:53PM  22  here.  I don't know whose notes these are.  But I thought the

1:53PM  23  statement was 10 percent, but I don't have a recollection of

1:53PM  24  that.  It wasn't a strong factor in my mind.

1:53PM  25  Q.   Right.  Let me turn now then to the meeting on Saturday,

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:53PM   1    the 31st.  If we could go to 8628.58.1, your notes from that

1:53PM   2    meeting.  And you attended that meeting; correct?

1:53PM   3    A.   I actually conducted both meetings.

1:53PM   4    Q.   Understood.

1:53PM   5         Secretary Chu was at a meeting on Saturday, the 31st;

1:53PM   6    correct?

1:53PM   7    A.   I believe that's correct.  Certainly on the 30th; I

1:53PM   8    believe also on the 31st.

1:53PM   9    Q.   And these notes indicate:  "Tom Hunter still pushing for

1:53PM  10    10 percent integral or daily."

1:53PM  11         Do you see that?

1:53PM  12    A.   I see that now.  I may have seen this in depositions, too.

1:54PM  13    Q.   I think you did.

1:54PM  14         With respect to the word "integral," what does that

1:54PM  15    mean?

1:54PM  16    A.   Well, "integral" in this case, I believe, refers to the

1:54PM  17    flow from Day Zero to Day 87, adding it all up.

1:54PM  18         MR. CHAKERES:  Your Honor, I'm going to object,

1:54PM  19    Dr. Hunter just testified that he does not know the provenance

1:54PM  20    of these notes and, you know, he's just using them to flash

1:54PM  21    notes on the screen without establishing a foundation.

1:54PM  22         MR. REGAN:  Dr. Hunter was not only at these

1:54PM  23    meetings, but he was designated as the United States' witness

1:54PM  24    about these discussions, as a 30(b)(6) witness.  And he's

1:54PM  25    testified about them at his deposition already as that

1343

THOMAS HUNTER, PH.D. - CROSS

| | | |
|---|---|---|
| 1:54PM | 1 | representative. |
| 1:54PM | 2 | THE COURT:  All right.  I'll overrule that objection. |
| 1:54PM | 3 | BY MR. REGAN: |
| 1:54PM | 4 | Q.   So you -- on the 31st of July, you were pushing for |
| 1:54PM | 5 | 10 percent for both the cumulative flow -- that's what's |
| 1:54PM | 6 | referred to as "integral" -- and also for the last day of flow; |
| 1:54PM | 7 | is that right? |
| 1:54PM | 8 | A.   It was my belief that that was an accurate assessment of |
| 1:54PM | 9 | the uncertainty, given the data and the fact that I performed |
| 1:54PM | 10 | some of the calculations myself.  And if this person said I was |
| 1:55PM | 11 | "pushing for them," I probably stated that that was my view. |
| 1:55PM | 12 | Q.   And were you told in that meeting that the cabinet wants a |
| 1:55PM | 13 | nice, clean number, as reflected here in the -- |
| 1:55PM | 14 | A.   I really don't recall that at all.  I was more concerned |
| 1:55PM | 15 | about what -- what we could do to get an accurate number than |
| 1:55PM | 16 | what the cabinet wanted. |
| 1:55PM | 17 | Q.   Dr. Dykhuizen, you recall him expressing a different view |
| 1:55PM | 18 | at the meeting about what the appropriate percentage for |
| 1:55PM | 19 | uncertainty was on the -- |
| 1:55PM | 20 | THE COURT:  Just -- are these actually your notes? |
| 1:55PM | 21 | THE WITNESS:  No. |
| 1:55PM | 22 | THE COURT:  Who took these notes, do you know? |
| 1:55PM | 23 | THE WITNESS:  I don't know.  I don't know, sir. |
| 1:55PM | 24 | THE COURT:  Do we know who took these notes? |
| 1:55PM | 25 | MR. REGAN:  I think these are notes taken by a |

OFFICIAL TRANSCRIPT

1344

THOMAS HUNTER, PH.D. - CROSS

| | | |
|---|---|---|
| 1:55PM | 1 | gentleman named Curt Ammerman. |
| 1:55PM | 2 | THE WITNESS:  Curt Ammerman? |
| 1:55PM | 3 | MR. REGAN:  Curt Oldenburg; he was one of the FRTG |
| 1:55PM | 4 | members. |
| 1:55PM | 5 | THE COURT:  Do you know who that is? |
| 1:55PM | 6 | THE WITNESS:  I probably saw the name, but I do not |
| 1:56PM | 7 | know the individual. |
| 1:56PM | 8 | MR. REGAN:  I can get that in a second. |
| 1:56PM | 9 | THE COURT:  Okay. |
| 1:56PM | 10 | BY MR. REGAN: |
| 1:56PM | 11 | Q.   So with respect to the press release that went out, it |
| 1:56PM | 12 | went out with a 53,000 July 15th final number; correct? |
| 1:56PM | 13 | A.   For the Day 87 flow, it said 53,000, yes. |
| 1:56PM | 14 | Q.   And it had an integral, that is an extrapolation from that |
| 1:56PM | 15 | number back to April 20th, to calculate a 4.9 million-barrel |
| 1:56PM | 16 | cumulative flow number; correct? |
| 1:56PM | 17 | A.   I wouldn't call it an extrapolation back from that number. |
| 1:56PM | 18 | It had another day upon it, Day Zero, which was derived from |
| 1:56PM | 19 | understanding something about well depletion and starting at 53 |
| 1:56PM | 20 | at Day 87. |
| 1:56PM | 21 | Q.   The understanding about well depletion was just that you |
| 1:56PM | 22 | could have a linear relationship between flow and depletion; |
| 1:56PM | 23 | correct? |
| 1:56PM | 24 | A.   And reservoir pressure; correct.  That is correct. |
| 1:56PM | 25 | Q.   But the way that the line was developed, the integral was |

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:56PM 1  to start at 53 and work backwards; correct?

1:57PM 2  A.   That's probably a nuance of the arithmetic.  But,

1:57PM 3  basically, if you knew there was a 10 percent change in

1:57PM 4  reservoir pressure -- that is, the pressure at the bottom of

1:57PM 5  the well -- you would increase the Day Zero amount by

1:57PM 6  10 percent and draw that point, then draw a line between them.

1:57PM 7  Q.   The 4.9 million number in the August 2nd press release did

1:57PM 8  not account for any changes in restrictions in the well during

1:57PM 9  that time period other than putting the capping stack on and

1:57PM 10 cutting the riser; correct?

1:57PM 11 A.   And that is correct, yes.

1:57PM 12 Q.   The 4.9 million cumulative flow, 10 percent uncertainty

1:57PM 13 figure did not account for any geometry changes either;

1:57PM 14 correct?

1:57PM 15 A.   Well, there was certainly a sense there could be geometry

1:57PM 16 changes and everyone had a view of uncertainty.  So it was what

1:57PM 17 I call "engineering judgment" about the uncertainty.  And I

1:58PM 18 know, in people's mind, it had to be some context of geometry

1:58PM 19 changes, unquantifiable.  But, basically, the judgment was

1:58PM 20 10 percent with people being aware that, yes, there might have

1:58PM 21 been geometry changes.

1:58PM 22 Q.   Your judgment was 10 percent uncertainty on the 53,000

1:58PM 23 single-day estimate; correct?

1:58PM 24 A.   My judgment or the team's judgment?

1:58PM 25 Q.   Well, you, as the leader of the team.

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:58PM  1   A.   My judgment was it was an estimate that was good for the
1:58PM  2   Day 87, 53, and it was also good for the integral amount.
1:58PM  3   Q.   So you had the same uncertainty for both the single-day
1:58PM  4   and for the entire time period; correct?
1:58PM  5   A.   I actually had less uncertainty on the 53.  I thought it
1:58PM  6   was tighter than that.  I think you could find somewhere that I
1:58PM  7   actually expressed that I thought Day 87 was better than
1:58PM  8   10 percent.  And, of course, that would allow more leeway at
1:58PM  9   the other end, which it could be greater than 10 percent and
1:59PM 10   still average out to 10 percent.
1:59PM 11   Q.   Let me ask you this, Dr. Hunter:  The final day is a
1:59PM 12   component of the cumulative estimate; correct?
1:59PM 13   A.   The final day is one of the numbers -- one of 87 numbers
1:59PM 14   that went into it.
1:59PM 15   Q.   And when you use that final day number to calculate a
1:59PM 16   cumulative number, you bring with it its uncertainty; correct?
1:59PM 17   A.   That's correct.
1:59PM 18   Q.   And you had the same uncertainty for 53,000 as you did for
1:59PM 19   cumulative flow, as you recommended on July 31st to the
1:59PM 20   administration; correct?  10 percent for each?
1:59PM 21   A.   Yes.  The statement is that 10 percent uncertainty covered
1:59PM 22   it all.  What I just said was I thought the 53 number was
1:59PM 23   tighter, and there was probably more uncertainty as one moved
1:59PM 24   to the left.  Hence, 10 percent would cover it all.
1:59PM 25   Q.   The 10 percent uncertainty for the cumulative flow, for

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

1:59PM  1   the 4.9 million number, that does not include the fact that BOP

1:59PM  2   resistances may have been changed over the 86-day time period;

1:59PM  3   correct?

1:59PM  4   A.   Correct.  No matter which way they changed.

1:59PM  5   Q.   The 10 percent uncertainty for cumulative flow does not

2:00PM  6   include any potential multiphase effects that may have occurred

2:00PM  7   over the 86 days that could impact flow; correct?

2:00PM  8   A.   No, I don't think that's correct.  I think the calculation

2:00PM  9   certainly included multiphase flow; that means oil and gas.

2:00PM 10   What it did not account for was any significant changes in the

2:00PM 11   two-phase flow.

2:00PM 12   Q.   So changes in multiphase flow were not included in the

2:00PM 13   10 percent for the cumulative number; correct?

2:00PM 14   A.   That's correct.

2:00PM 15   Q.   The potential for different flow paths over 86 days, that

2:00PM 16   was not included in the 10 percent uncertainty; correct?

2:00PM 17   A.   If you mean by different flow paths down within the well,

2:00PM 18   they were not included.

2:00PM 19   Q.   And you never saw any calculation where someone actually

2:00PM 20   tried to determine the uncertainty for that 4.9 million

2:00PM 21   cumulative flow where they did include the effect of potential

2:00PM 22   geometry changes, BOP changes, wellbore changes, or flow path

2:00PM 23   changes, have you?

2:00PM 24   A.   I believe that's correct.  No one did the composite, in

2:00PM 25   fact, of those effects you just mentioned.  They did, however,

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

2:01PM 1   have them in their mind as we talked about what overall

2:01PM 2   uncertainty to assign.

2:01PM 3   Q.   If we go to TREX-9361.46, at the top of the page, this is

2:01PM 4   the DOE NNSA report that was summarizing the outcome of those

2:01PM 5   meetings in late July.  Do you recognize this chart that's

2:01PM 6   found on page 46?

2:01PM 7   A.   Is that two questions?  Yes, it is that; and I do

2:01PM 8   recognize it, yes.

2:01PM 9   Q.   Thank you, Dr. Hunter.

2:01PM 10          This is the line that was drawn from 53,000 on

2:01PM 11  July 15th, extrapolating back to approximately 63,000 as of the

2:01PM 12  third day of the spill?

2:01PM 13  A.   I still don't quite -- would not use the language of "line

2:01PM 14  that was drawn."

2:01PM 15          The point at the right was determined from those

2:01PM 16  measurements we described in the capping stack.  The point at

2:02PM 17  the left, the far left, was determined by knowing the reservoir

2:02PM 18  pressure was different and making the assumption that it was

2:02PM 19  linearly different.  That gives you that point.  Then you would

2:02PM 20  have a line between the two, and then you have those two

2:02PM 21  adjustments that have to be made for cutting the riser and

2:02PM 22  placing the capping stack.

2:02PM 23  Q.   You agree, Dr. Hunter, that the further you get away from

2:02PM 24  the capping stack, July 15th, the further you move backwards

2:02PM 25  towards April 20th, the less certainty you have in the validity

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

2:02PM  1  of the daily flow rates that are represented by this line?

2:02PM  2  A.   I wouldn't doubt the validity of the measure.  I think

2:02PM  3  there's more uncertainty in specifically what the number is.  I

2:02PM  4  believe there are other factors which could contribute, but I

2:02PM  5  have no way of knowing and don't judge that they were

2:02PM  6  significant.

2:02PM  7  Q.   But factually true:  The further you get back away from

2:02PM  8  July 15th, the more uncertainty you have?

2:02PM  9  A.   The more phenomena you would have that could have an

2:02PM  10  impact on uncertainty.

2:03PM  11  Q.   And with respect to factors such as erosion, if there was

2:03PM  12  erosion that took place past Day 2, would that have the affect

2:03PM  13  of increasing this cumulative estimate or decreasing it?

2:03PM  14  A.   Well, I think you're taking the case, for example, of

2:03PM  15  which there would be something blocking the flow, and that

2:03PM  16  eroded away and the flow would go up.  So for those days in

2:03PM  17  which it was blocking, it would reduce the flow, but it would

2:03PM  18  be critical that erosion occurred at a place that was actually

2:03PM  19  blocking the flow, and that's not known.

2:03PM  20  Q.   With respect to the time that the August 2nd press release

2:03PM  21  went out, the BOP was still down in the seabed; correct?

2:03PM  22  A.   That's correct.

2:03PM  23  Q.   It was not recovered until September of 2010; correct?

2:03PM  24  A.   I don't remember the date, but I think the month is

2:03PM  25  definitely September.

THOMAS HUNTER, PH.D. - CROSS

| | | |
|---|---|---|
| 2:03PM | 1 | Q.   And after it was recovered, your work with respect to this |
| 2:03PM | 2 | team was largely done? |
| 2:03PM | 3 | A.   That's -- my work with this team was basically done on |
| 2:04PM | 4 | September 20th, and I believe it was recovered prior to that. |
| 2:04PM | 5 | MR. REGAN:  If you could pull up TREX-9671.2.1. |
| 2:04PM | 6 | BY MR. REGAN: |
| 2:04PM | 7 | Q.   Do you recall receiving an e-mail from Marcia McNutt in |
| 2:04PM | 8 | early January 2011, titled with respect to issue of BOP |
| 2:04PM | 9 | forensics? |
| 2:04PM | 10 | A.   Yes.  Do I recall getting the e-mail?  No, but this is an |
| 2:04PM | 11 | e-mail that I got and it makes sense that I would get it.  And |
| 2:04PM | 12 | I may have seen it in deposition, too. |
| 2:04PM | 13 | Q.   And Director McNutt is referring to new information that |
| 2:04PM | 14 | had been recovered from DNV analyses of the BOP in December of |
| 2:04PM | 15 | 2010 that she had been alerted to; correct? |
| 2:04PM | 16 | A.   Yes. |
| 2:04PM | 17 | Q.   And she's giving you the heads-up on that. |
| 2:04PM | 18 | If we could go to 9710.3.1. |
| 2:05PM | 19 | In the body of the e-mail, just focusing, we can just |
| 2:05PM | 20 | focus on the top and then what she has on Number 4.  She says: |
| 2:05PM | 21 | "DNV is conducting an exact laser scan to get the |
| 2:05PM | 22 | cross-sectional area of the region through which flow could |
| 2:05PM | 23 | have occurred.  It seems to me on first blush that this new |
| 2:05PM | 24 | evidence affects our work in the following manner." |
| 2:05PM | 25 | Do you see that? |

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

2:05PM  1   **A.**   I do.

2:05PM  2   **Q.**   She asks:  "Does anyone have any ideas for how to model

2:05PM  3   the erosion from the opening with time?"

2:05PM  4          Correct?

2:05PM  5   **A.**   Yes.

2:05PM  6   **Q.**   And then she says:  "In looking at our final curve for

2:05PM  7   flow rate as a function of time, we do need to consider

2:05PM  8   carefully the competing processes of depletion of the

2:05PM  9   reservoir, which causes the flow rate to decrease, and possible

2:05PM  10  widening of the flow path, which causes the flow to increase.

2:05PM  11  The final curve may be peaked in the middle, for all I know."

2:05PM  12         That's what she wrote to you in January 2011?

2:05PM  13  **A.**   That's correct.

2:05PM  14  **Q.**   And you responded to this e-mail; correct?

2:05PM  15  **A.**   I probably did.  I wasn't working on this problem at all,

2:05PM  16  but I probably responded to the e-mail.

2:06PM  17  **Q.**   Go to TREX-9671.1.1.  You responded to Director McNutt

2:06PM  18  that this is indeed interesting.  You said you wanted to inject

2:06PM  19  a word of caution and you referred to "Ron D."

2:06PM  20         Is that Ron Dykhuizen?

2:06PM  21  **A.**   That would be Ron Dykhuizen?

2:06PM  22  **Q.**   And "Art" is Art Ratzell?

2:06PM  23  **A.**   Yes.

2:06PM  24  **Q.**   You said:  "Your comment about the trend had merit, but I

2:06PM  25  don't know what should be discussed via e-mail" and continue;

THOMAS HUNTER, PH.D. - CROSS

2:06PM   1   correct?

2:06PM   2   A.   Right.   Because my assumption was none of this should be

2:06PM   3   discussed in e-mail, but I didn't know that at all, wasn't

2:06PM   4   something I was engaged in, the legal process.   I just

2:06PM   5   cautioned what we shouldn't use that mechanism.

2:06PM   6   Q.   You wrote to Director McNutt:  "I would be cautious with

2:06PM   7   another prediction, especially one with such great

2:07PM   8   uncertainty."

2:07PM   9        Correct?

2:07PM   10  A.   Yes.

2:07PM   11  Q.   And at the very bottom, you say:  "This whole effort needs

2:07PM   12  a systemic correlation of data and forensics."

2:07PM   13       Correct?

2:07PM   14  A.   Yes.   I believe that's one of my statements.

2:07PM   15  Q.   And that was your view as of January of 2011; correct?

2:07PM   16  A.   That's correct.

2:07PM   17  Q.   With respect to the impact of the BOP on the August 2nd,

2:07PM   18  2010 4.9 million flow rate estimate, there was no -- nothing in

2:07PM   19  that estimate that accounted for any changes in the BOP;

2:07PM   20  correct?

2:07PM   21  A.   That's correct.

2:07PM   22       By the way, can I point out that 4.9 was an estimate

2:07PM   23  of what came out of the well, not an estimate of what went into

2:07PM   24  the ocean.   We -- in our estimate, it says that 800,000 barrels

2:07PM   25  went into -- immediately into the collection system.

OFFICIAL TRANSCRIPT

1353

THOMAS HUNTER, PH.D. - CROSS

| | | |
|---|---|---|
| 2:07PM | 1 | Q.   So you would -- the 4.9 would be a gross number and you |
| 2:07PM | 2 | would subtract the 810,000? |
| 2:07PM | 3 | A.   We -- and we did.  Whenever this topic comes up, I always |
| 2:07PM | 4 | point out that the estimate into the ocean was 4.1. |
| 2:08PM | 5 | MR. REGAN:  Okay.  Thank you, Dr. Hunter. |
| 2:08PM | 6 | THE COURT:  Redirect? |
| 2:08PM | 7 | MR. CHAKERES:  Your Honor, we have no redirect. |
| 2:08PM | 8 | THE COURT:  Okay.  Thank you very much, Dr. Hunter. |
| 2:08PM | 9 | THE WITNESS:  Thank you, sir.  Does that mean I'm |
| 2:08PM | 10 | done? |
| 2:08PM | 11 | THE COURT:  You're done. |
| 2:08PM | 12 | Okay.  The government can call its next witness. |
| 2:08PM | 13 | MR. O'ROURKE:  Your Honor, Steve O'Rourke for the |
| 2:08PM | 14 | United States. |
| 2:08PM | 15 | We are going to call the next witness by video |
| 2:08PM | 16 | deposition.  It's Mike Mason, former vice president of BP.  It |
| 2:08PM | 17 | runs for less than six minutes.  Just for planning purposes, |
| 2:08PM | 18 | we're going to have a total of three videos during our case in |
| 2:08PM | 19 | chief, just one right now. |
| 2:08PM | 20 | THE COURT:  Okay. |
| 2:08PM | 21 | MR. O'ROURKE:  We've also provided courtesy copies of |
| 2:08PM | 22 | the transcripts, too. |
| 2:08PM | 23 | (WHEREUPON, the videotaped deposition of Mike |
| 2:08PM | 24 | Mason was played.) |
| | 25 | |

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

| | | |
|---|---|---|
| 12:27PM | 1 | (WHEREUPON, **RONALD DYKHUIZEN, PH.D.**, having been duly |
| 12:27PM | 2 | sworn, testified as follows**:)** |
| 2:14PM | 3 | **THE DEPUTY CLERK:**  Please state your full name and |
| 2:14PM | 4 | correct spelling for the record. |
| 2:15PM | 5 | **THE WITNESS:**  My name is Dr. Ronald Dykhuizen. |
| 2:15PM | 6 | That's spelled D-Y-K-H-U-I-Z-E-N. |
| 2:15PM | 7 | **THE COURT:**  You've got to -- you can pull the whole |
| 2:15PM | 8 | thing a little closer to you. |
| 2:15PM | 9 | **THE WITNESS:**  Is this better? |
| 2:15PM | 10 | **THE COURT:**  Yes, that's better. |
| 2:15PM | 11 | **THE WITNESS:**  Thank you. |
| 2:15PM | 12 | **MR. REGAN:**  Your Honor, Matt Regan on behalf of BP. |
| 2:15PM | 13 | We have a *Daubert* motion that's pending with respect to |
| 2:15PM | 14 | Dr. Dykhuizen.  It's in combination with a motion that's -- |
| 2:16PM | 15 | **THE COURT:**  Yes.  I've read the motion and the |
| 2:16PM | 16 | opposition.  I'm going to overrule the motion and let him |
| 2:16PM | 17 | testify.  Again, if there are -- if there's any particular |
| 2:16PM | 18 | question that you have a problem with, you can object, and I'll |
| 2:16PM | 19 | rule on it at the time.  Okay? |
| 2:16PM | 20 | **MR. REGAN:**  Very well.  Thank you. |
| 2:16PM | 21 | **THE COURT:**  All right. |
| 2:16PM | 22 | Go ahead.  I'm sorry. |
| 2:16PM | 23 | **MR. CERNICH:**  May it please the Court, Scott Cernich |
| 2:16PM | 24 | on behalf of the United States. |
| 2:16PM | 25 | Could I please have demonstrative D-21145, |

OFFICIAL TRANSCRIPT

THOMAS HUNTER, PH.D. - CROSS

| | | |
|---|---|---|
| 2:16PM | 1 | please. |
| 2:16PM | 2 | Your Honor, this is just a road map of what |
| 2:16PM | 3 | we'll be covering today with Dr. Dykhuizen. |
| 2:16PM | 4 | THE COURT:  Okay. |
| 2:16PM | 5 | **VOIR DIRE EXAMINATION** |
| 2:16PM | 6 | BY MR. CERNICH: |
| 2:16PM | 7 | Q.   Dr. Dykhuizen, what is your expertise as it relates to |
| 2:16PM | 8 | this case? |
| 2:17PM | 9 | A.   I have a Ph.D. in mechanical engineering.  I have done |
| 2:17PM | 10 | lots of work in multiphase flow, analyzing flow systems.  I've |
| 2:17PM | 11 | also been on a number of accident investigation teams. |
| 2:17PM | 12 | Q.   How long have you done that work for? |
| 2:17PM | 13 | A.   I've worked in this field for about 35 years. |
| 2:17PM | 14 | Q.   And you mentioned multiphase flow.  Can you tell |
| 2:17PM | 15 | Judge Barbier what multiphase flow is. |
| 2:17PM | 16 | A.   Multiphase flow is a flow typically through a piping |
| 2:17PM | 17 | system -- but it doesn't have to be -- where we have a mixture |
| 2:17PM | 18 | of phases.  It could be a mixture of gas and liquid or liquids |
| 2:17PM | 19 | and solid or a gas, liquid, and solids.  So a boiling flow is a |
| 2:17PM | 20 | condition of multiphase flow, where you'd have liquid and steam |
| 2:17PM | 21 | traveling in a pipe. |
| 2:17PM | 22 | Q.   Is multiphase flow something you've worked in throughout |
| 2:17PM | 23 | your career? |
| 2:17PM | 24 | A.   Yes, it is. |
| 2:17PM | 25 | MR. CERNICH:  Could I have demonstrative D-21140, |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - VOIR DIRE

2:17PM 1    please.

2:17PM 2    **BY MR. CERNICH:**

2:17PM 3    **Q.**   Is this a summary of your educational background,

2:17PM 4    Dr. Dykhuizen?

2:17PM 5    **A.**   Yes, it is.

2:17PM 6    **Q.**   How does your educational background relate to your work

2:17PM 7    in this case?

2:18PM 8    **A.**   I have a B.S. and an M.S. degree in nuclear engineering,

2:18PM 9    specializing in flow systems.  I have a Ph.D. in mechanical

2:18PM 10   engineering.  I did my thesis topic on the stability of

2:18PM 11   multiphase flows.

2:18PM 12   **Q.**   And how does a background in nuclear engineering relate to

2:18PM 13   your work in this case?

2:18PM 14   **A.**   My specialty in nuclear engineering was analyzing flow

2:18PM 15   and, therefore, I've done a lot of calculations of flow in

2:18PM 16   nuclear engineering.

2:18PM 17   **Q.**   Where are you currently employed?

2:18PM 18   **A.**   Sandia Laboratories.

2:18PM 19   **Q.**   What do you do there?

2:18PM 20   **A.**   I'm an engineer.  Principal member of the technical staff

2:18PM 21   is my title.

2:18PM 22   **Q.**   How long have you been employed at Sandia?

2:18PM 23   **A.**   For approximately 30 years.

2:18PM 24   **Q.**   What position do you hold there?

2:18PM 25   **A.**   Principal member of the technical staff.  I direct other

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - VOIR DIRE

2:18PM  1  engineers and programs.  I have no line responsibility as a

2:18PM  2  staff member, as you might expect.

2:18PM  3  Q.  But do you supervise other engineers?

2:19PM  4  A.  On programs, yes.  On their raises and salaries, no.

2:19PM  5      MR. CERNICH:  Could I have D-21141, please.

2:19PM  6  BY MR. CERNICH:

2:19PM  7  Q.  Is this a summary of your relevant work experience?

2:19PM  8  A.  Yes, it is.

2:19PM  9  Q.  Does your professional experience in mechanical

2:19PM  10  engineering and fluid mechanics experience relate to your work

2:19PM  11  on this case?

2:19PM  12  A.  Yes, it does.

2:19PM  13      MR. CERNICH:  Could I have D-21142.

2:19PM  14  BY MR. CERNICH:

2:19PM  15  Q.  Dr. Dykhuizen, does this demonstrative summarize some of

2:19PM  16  your relevant experience in multiphase flow and fluid

2:19PM  17  mechanics?

2:19PM  18  A.  Yes, it does.  I've worked in geothermal wells.  That is a

2:19PM  19  well geometry very similar to the well at Macondo.  We have

2:19PM  20  single-phase water at the bottom of a geothermal well,

2:19PM  21  typically.  And as the water rises, the pressure changes, the

2:19PM  22  water boils.  This is hot water in a geothermal well.  So we

2:19PM  23  would have two-phase flow through most of the well.

2:19PM  24      CO2 fire suppression systems.

2:20PM  25      Something also I studied, that would be three-phase

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - VOIR DIRE

2:20PM 1    flow.  Because $CO_2$ can have a liquid, gas, and solid phase all

2:20PM 2    at the same time, and did in my analysis.

2:20PM 3            I've been involved in a number of investigative

2:20PM 4    teams, most notably the Three Mile Island nuclear reactor

2:20PM 5    incident that happened in 1979.  In that particular case I was

2:20PM 6    involved in calculating the flow that was released from the

2:20PM 7    nuclear reactor.

2:20PM 8            We were very concerned with maintaining an inventory

2:20PM 9    of water.  We were pumping water into the reactor at the time

2:20PM 10   while water and steam was escaping, and therefore I have to

2:20PM 11   perform an interval of that flow to find out how much water is

2:20PM 12   left compared to how much water we're putting in.

2:20PM 13   Q.   Why was it important to keep track of the amount of water

2:20PM 14   that was going into the reactor?

2:20PM 15   A.   Well, on Three Mile Island, the reactor was generating a

2:21PM 16   significant amount of heat, and we're trying to keep the

2:21PM 17   reactor cool to keep it from melting down.  Unfortunately, we

2:21PM 18   weren't completely successful with that and we did have a

2:21PM 19   certain amount of meltdown.

2:21PM 20   Q.   Did you apply standard fluid mechanics engineering methods

2:21PM 21   and principles to your work there?

2:21PM 22   A.   Yes, I did.

2:21PM 23   Q.   Are those the same types of fluid mechanics engineering

2:21PM 24   methods and principles you applied in this case?

2:21PM 25   A.   Yes, it is.

RONALD DYKHUIZEN, PH.D. - VOIR DIRE

2:21PM  1   **Q.**   Were your calculations submitted to the Nuclear Regulatory

2:21PM  2   Commission?

2:21PM  3   **A.**   Yes.  That work was done while the accident was

2:21PM  4   proceeding.  We submitted all of our work to the Nuclear

2:21PM  5   Regulatory Commission, and they passed that on to the owners of

2:21PM  6   the reactor.

2:21PM  7   **Q.**   The calculations you performed in this case, did you

2:21PM  8   perform those by hand?

2:21PM  9   **A.**   Most of those were considered hand calculations.  What I

2:21PM 10   tried to do was put most of those into a spreadsheet.  I have a

2:21PM 11   couple spreadsheet programs, and that way they could be

2:21PM 12   repeated, whereas the inputs might change or our guesses of the

2:21PM 13   conditions changed.

2:22PM 14          So in a sense they were hand calculations but most

2:22PM 15   often performed on a spreadsheet application.

2:22PM 16   **Q.**   And are the equations you used the types that can be found

2:22PM 17   in fluid mechanics textbooks?

2:22PM 18   **A.**   Yes.

2:22PM 19   **Q.**   Do you have experience calculating multiphase flows of

2:22PM 20   hydrocarbons?

2:22PM 21   **A.**   Hydrocarbons is also -- often used in geothermal power

2:22PM 22   systems.  So we have multiphase flow of hydrocarbons in a

2:22PM 23   geothermal power system.  It's also used as a surrogate model

2:22PM 24   for water because it's much cheaper to run experiments used

2:22PM 25   with hydrocarbons than it is with using water.  And so I've

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - VOIR DIRE

2:22PM 1   done it there in that case also.

2:22PM 2   Q.   Did you have any experience in the oil field prior to your

2:22PM 3   work on this case?

2:22PM 4   A.   No, none at all.

2:22PM 5   Q.   Did that pose any challenges for you?

2:22PM 6   A.   The only real challenge it posed to me was the fact that

2:22PM 7   the names of concepts were quite often different, although the

2:23PM 8   concepts were identical.  And so I quickly helped -- had

2:23PM 9   Charles Morrow help me.  He was a person at Sandia Laboratories

2:23PM 10  I knew that had extensive experience in the petroleum field,

2:23PM 11  and he helped translate the terms that the petroleum engineers

2:23PM 12  used into terms that I would better understand.  But that was

2:23PM 13  my only difficulty.

2:23PM 14  Q.   Is there a significant difference between calculating

2:23PM 15  hydrocarbons multiphase flows and multiphase flows of other

2:23PM 16  fluids?

2:23PM 17  A.   No, there isn't.  It's just that you use a different

2:23PM 18  equation of state to find out what the density of the gas is,

2:23PM 19  what the densities of the liquid are, and what the properties

2:23PM 20  of viscosity and a number of different properties that you

2:23PM 21  would need.  But the equations governing the flow were

2:23PM 22  identical.

2:23PM 23  Q.   Did you have an adequate equation of state?

2:23PM 24  A.   Yes.  Charles Morrow generated an equation of state for me

2:23PM 25  based on the information that BP gave us.  We compared that

RONALD DYKHUIZEN, PH.D. - VOIR DIRE

2:24PM 1    equation of state with BP results and found we matched very

2:24PM 2    closely.  In fact, BP kept modifying their results, and they

2:24PM 3    seemed to get closer and closer to the values that Charlie

2:24PM 4    calculated originally.  So I was very pleased with Charlie's

2:24PM 5    work in that area.

2:24PM 6    Q.   Thank you, Dr. Dykhuizen.

2:24PM 7         Now, you were involved in the response to the Macondo

2:24PM 8    well?

2:24PM 9    A.   Yes, I was.  I received a call from Dr. Tom Hunter and Tom

2:24PM 10   Bickel -- they were both on the line -- and asked me in the

2:24PM 11   first week of May to contribute to the government helping BP.

2:24PM 12   Q.   Did you spend time in Houston during the response?

2:24PM 13   A.   Yes.  Usually Charles Morrow or myself were alternating

2:24PM 14   back and forth in Houston.  There were some time periods where

2:24PM 15   neither of us were there, but, yes, we were there quite often.

2:24PM 16   Q.   And were you also working on the response when you were

2:24PM 17   back at Sandia?

2:25PM 18   A.   Yes.  Typically, it was difficult to get much work done

2:25PM 19   while you were at Houston, so the person -- whether it was

2:25PM 20   Charles Morrow or myself -- would be doing the calculations

2:25PM 21   back at Sandia while the person in Houston was interacting with

2:25PM 22   BP engineers and listening to presentations.

2:25PM 23   Q.   Did Tom Hunter ask you to perform modeling during the

2:25PM 24   response?

2:25PM 25   A.   Yes.  He asked me to perform a number of different

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - VOIR DIRE

| | | |
|---|---|---|
| 2:25PM | 1 | modeling tasks. |
| 2:25PM | 2 | **Q.**   Did you work on diagnosing well conditions? |
| 2:25PM | 3 | **A.**   Yes. |
| 2:25PM | 4 | **Q.**   Did you review BP's source control plans? |
| 2:25PM | 5 | **A.**   Yes. |
| 2:25PM | 6 | **Q.**   Did you participate in the well integrity analysis in July |
| 2:25PM | 7 | of 2010? |
| 2:25PM | 8 | **A.**   Yes.  I was there for that. |
| 2:25PM | 9 | **Q.**   Did you perform flow rate estimates? |
| 2:25PM | 10 | **A.**   Yes. |
| 2:25PM | 11 | **Q.**   And did you work with BP engineers during the response? |
| 2:25PM | 12 | **A.**   Yes.  We worked with BP engineers, trading thoughts of |
| 2:25PM | 13 | what might be going on and trying to interpret data. |
| 2:25PM | 14 | **Q.**   Did you perform some calculations in mid-May of 2010 at |
| 2:26PM | 15 | BP's request? |
| 2:26PM | 16 | **A.**   Yes. |
| 2:26PM | 17 | **Q.**   And did you ever meet a BP engineer named Mike Mason |
| 2:26PM | 18 | during the response? |
| 2:26PM | 19 | **A.**   Yes.  I met him a couple of times. |
| 2:26PM | 20 | **Q.**   And who is Mr. Mason? |
| 2:26PM | 21 | **A.**   Mr. Mason was presented to me as a supervisor of a |
| 2:26PM | 22 | calculational group at BP. |
| 2:26PM | 23 | **Q.**   Could you very briefly describe that work that you did in |
| 2:26PM | 24 | mid-May at BP's request. |
| 2:26PM | 25 | **A.**   BP was concerned.  They were using one of their standard |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - VOIR DIRE

2:26PM  1    codes to calculate the flowing conditions in the well.  They

2:26PM  2    were concerned that this code may not be used properly in the

2:26PM  3    odd geometries that they were proposing.

2:26PM  4             The geometry that they were most interested in --

2:26PM  5    they had the flow going up one flow path, turning 180 degrees,

2:26PM  6    going back down, and then turning 180 degrees going back up

2:26PM  7    again.

2:26PM  8             And they were concerned that their results may not be

2:26PM  9    correct.  So they asked myself and other national laboratory

2:27PM  10   scientists to reproduce that calculation, given the same

2:27PM  11   boundary conditions they were using, and try to calculate a

2:27PM  12   pressure at the bottom of the well that you would get with

2:27PM  13   these flow paths.  I did that for four different geometries and

2:27PM  14   presented that to BP blindly, without knowing what their

2:27PM  15   results were.

2:27PM  16            It turned out that 3 and 4, I agreed very well with

2:27PM  17   BP, and the fourth was slightly different.  And I was able to

2:27PM  18   convince BP that they were indeed using their code incorrectly

2:27PM  19   in the fourth case and showed them that my calculations were

2:27PM  20   better than theirs.

2:27PM  21   Q.   And did BP agree with you that your calculations for that

2:27PM  22   case were better?

2:27PM  23   A.   Yes, they did.

2:27PM  24   Q.   For that modeling did BP ask you to assume a flow rate of

2:27PM  25   the 5,000 barrels per day?

RONALD DYKHUIZEN, PH.D. - VOIR DIRE

2:27PM  1   **A.**   Yes.  That was one of the boundary conditions we were

2:27PM  2   given to use.

2:27PM  3   **Q.**   Did you share other flow modeling with BP during the

2:27PM  4   response?

2:27PM  5   **A.**   All during the response, any calculation I did was shared

2:28PM  6   with BP, yes.

2:28PM  7   **Q.**   Did that include flow rate calculations?

2:28PM  8   **A.**   Yes.

2:28PM  9   **Q.**   Did anyone from BP ever complain to you about your

2:28PM  10  calculations or the support the national labs were providing

2:28PM  11  during the response?

2:28PM  12  **A.**   No.  They seemed pleased with the support, and nobody ever

2:28PM  13  told me that my calculations were incorrect.

2:28PM  14          **MR. CERNICH:**  Your Honor, the United States tenders

2:28PM  15  Dr. Dykhuizen as an expert in mechanical engineering, fluid

2:28PM  16  mechanics, and multiphase flow.

2:28PM  17          **THE COURT:**  All right.  Do you have any other

2:28PM  18  questions other than what was in your Daubert motion?

2:28PM  19          **MR. REGAN:**  Other than Daubert motion, I'll take it

2:28PM  20  up on the cross-examination, Your Honor.

2:28PM  21          **THE COURT:**  Very well.

2:28PM  22          I'll accept him.  Go ahead.

2:28PM  23          **MR. CERNICH:**  Thank you, Your Honor.

2:28PM  24                        **DIRECT EXAMINATION**

        25

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 2:28PM | 1 | BY MR. CERNICH: |
| 2:28PM | 2 | Q.   Dr. Dykhuizen, did you write an expert report and a |
| 2:28PM | 3 | rebuttal report in this case? |
| 2:28PM | 4 | A.   Yes, I did. |
| 2:28PM | 5 |       MR. CERNICH:  Could we please have TREX-11452, |
| 2:28PM | 6 | please. |
| 2:28PM | 7 | BY MR. CERNICH: |
| 2:28PM | 8 | Q.   Dr. Dykhuizen, is this your expert report in this case? |
| 2:28PM | 9 | A.   Yes.  This is the title page of my expert report. |
| 2:28PM | 10 | Q.   Could we have TREX 11463-R, please. |
| 2:29PM | 11 |       Is this your rebuttal report? |
| 2:29PM | 12 | A.   Yes.  This is the title page of my rebuttal report. |
| 2:29PM | 13 | Q.   Do you adopt these reports as your expert testimony in |
| 2:29PM | 14 | this case? |
| 2:29PM | 15 | A.   Yes, I do. |
| 2:29PM | 16 |       MR. CERNICH:  In addition, Your Honor, the United |
| 2:29PM | 17 | States would like to offer into evidence these reports, which |
| 2:29PM | 18 | are marked as Exhibits 11452 and 11463-R.  Dr. Dykhuizen's CV |
| 2:29PM | 19 | is included with his initial report.  Each report lists the |
| 2:29PM | 20 | materials he considered in forming his opinions. |
| 2:29PM | 21 |       THE COURT:  All right.  Those will be admitted. |
| 2:29PM | 22 |       MR. CERNICH:  Thank you. |
| 2:29PM | 23 | BY MR. CERNICH: |
| 2:29PM | 24 | Q.   Turning to your expert opinions in this case, |
| 2:29PM | 25 | Dr. Dykhuizen, what were you asked to do? |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

2:29PM  1   A.   I was asked to calculate the flow from the Macondo well at
2:29PM  2   any period of time I thought I had enough data to perform an
2:29PM  3   estimate.  And I was also asked to integrate that flow to find
2:29PM  4   the integrated cumulative amount released from the reservoir.
2:29PM  5   Q.   Did you calculate a flow rate through the capping stack?
2:29PM  6   A.   Yes.  That was one of the time periods I used.  I
2:29PM  7   calculated 53,000 barrels of oil per day through the capping
2:30PM  8   stack.
2:30PM  9   Q.   And did you calculate a flow rate at the time of Top Kill?
2:30PM  10  A.   Yes.  At the time of Top Kill, I estimated over
2:30PM  11  60,000 barrels of oil per day.
2:30PM  12  Q.   And did you calculate a flow rate for the Top Hat period?
2:30PM  13  A.   Yes.  For the Top Hat period, I estimated approximately
2:30PM  14  60,000 barrels of oil per day.
2:30PM  15  Q.   And did you calculate a cumulative, or integrated, flow?
2:30PM  16  A.   Yes.  I estimated 5 million barrels of oil was released
2:30PM  17  from the Macondo reservoir.
2:30PM  18  Q.   Is that your best estimate?
2:30PM  19  A.   Yes, it is.
2:30PM  20        MR. CERNICH:  Could I have D-21143, please.
2:30PM  21  BY MR. CERNICH:
2:30PM  22  Q.   Is this a summary of your expert opinions in this case?
2:30PM  23  A.   Yes, it is.
2:30PM  24  Q.   Could I go to D-21122, please.
2:30PM  25        And is this a demonstrative summarizing your three

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 2:30PM | 1 | individual flow rate calculations on that time line? |
| 2:30PM | 2 | A.   Yes, it is. |
| 2:30PM | 3 | Q.   Dr. Dykhuizen, are you being compensated for your work in |
| 2:30PM | 4 | this case? |
| 2:30PM | 5 | A.   I received my regular salary.  Department of Justice has |
| 2:31PM | 6 | negotiated with my employer to pay for the time that I'm not |
| 2:31PM | 7 | working directly for my employer. |
| 2:31PM | 8 | Q.   And did you have any involvement in those negotiations? |
| 2:31PM | 9 | A.   No, I did not. |
| 2:31PM | 10 | Q.   Now, I'd like to walk through each of your calculations. |
| 2:31PM | 11 | Let's start with the capping stack. |
| 2:31PM | 12 | And you said you calculated a flow rate of |
| 2:31PM | 13 | 53,000 barrels per day out of the capping stack? |
| 2:31PM | 14 | A.   Yes, that is correct. |
| 2:31PM | 15 | Q.   Did you prepare any demonstratives to assist you in |
| 2:31PM | 16 | explaining your calculations? |
| 2:31PM | 17 | A.   Yes, I have. |
| 2:31PM | 18 | MR. CERNICH:  Could we go to 21100.1. |
| 2:31PM | 19 | BY MR. CERNICH: |
| 2:31PM | 20 | Q.   Is this the capping stack, Dr. Dykhuizen? |
| 2:31PM | 21 | A.   Yes.  That's a representation of the capping stack with |
| 2:31PM | 22 | the kill line on the left and the choke line on the right. |
| 2:31PM | 23 | Q.   And how did the capping stack allow you to calculate flow |
| 2:31PM | 24 | rates? |
| 2:31PM | 25 | A.   The capping stack allowed me to calculate flow rates |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

2:31PM    1   because I had a well-defined geometry that the flow was going

2:32PM    2   through.  I have a pressure gauge in the bottom of the capping

2:32PM    3   stack that allows me to measure an upstream pressure.  We're

2:32PM    4   dumping to the sea at either one of the two points, with the

2:32PM    5   middle ram closed.  I can see if I can do that.  The middle ram

2:32PM    6   is right here.

2:32PM    7        So I have a pressure, let's say, at the exit of the

2:32PM    8   kill line, a pressure gauge here, a known pressure difference.

2:32PM    9   And then I would try to estimate the flow through that path

2:32PM   10   when this path was blocked and this path was blocked based on

2:32PM   11   those two pressures.

2:32PM   12        MR. CERNICH:  Could we go to D-21101, please.

2:32PM   13   BY MR. CERNICH:

2:32PM   14   Q.   Does this demonstrative assist in explaining how you

2:32PM   15   calculated those flow rates?

2:32PM   16   A.   Yes.  What I've tried to show here is just a standard flow

2:32PM   17   meter.  This could be used in single-phase flow or multiphase

2:32PM   18   flow.  We put an obstruction in the middle of the device here

2:32PM   19   that is represented by this green orifice.  We measure the

2:33PM   20   pressure upstream and the pressure downstream.

2:33PM   21        By knowing the change in pressure, or the difference

2:33PM   22   in pressure; by knowing the resistance -- I could look it up

2:33PM   23   because of the known geometry of the orifice; by knowing the

2:33PM   24   equation of state, I know the density; and I only have one

2:33PM   25   equation to determine the velocity.  The change in the pressure

1369

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 2:33PM | 1 | helps me to determine the velocity. |
| 2:33PM | 2 | Then with the velocity I can multiply it by the |
| 2:33PM | 3 | density, multiply it by the appropriate area; and the density |
| 2:33PM | 4 | times the velocity times the area is the mass flow rate.  And I |
| 2:33PM | 5 | can express that in standard barrels of oil per day. |
| 2:33PM | 6 | Q.   Are these standard fluid mechanics equations? |
| 2:33PM | 7 | A.   Yes.  These are standard equations you'd find in a |
| 2:33PM | 8 | first-year undergraduate course. |
| 2:33PM | 9 | Q.   When did you first perform your capping stack |
| 2:33PM | 10 | calculations? |
| 2:33PM | 11 | A.   We knew the capping stack was going to be installed days |
| 2:33PM | 12 | before.  We knew the geometry of the capping stack.  So we had |
| 2:33PM | 13 | generated spreadsheets to do this calculation, and we did them |
| 2:34PM | 14 | within hours of getting the pressure data. |
| 2:34PM | 15 | Q.   And why did you first perform those calculations? |
| 2:34PM | 16 | A.   Knowing the flow from the well is very important for well |
| 2:34PM | 17 | integrity.  There was a potential that the well had holes below |
| 2:34PM | 18 | grade that we didn't know about; and if we closed the well and |
| 2:34PM | 19 | now the oil was forced to go out the holes underground, that |
| 2:34PM | 20 | oil could percolate to the surface and create an even worse |
| 2:34PM | 21 | disaster than we had with the oil coming up the top, because |
| 2:34PM | 22 | now there would be no way to plug the system. |
| 2:34PM | 23 | Q.   Dr. Dykhuizen, did you use three methods to calculate flow |
| 2:34PM | 24 | rates through the capping stack? |
| 2:34PM | 25 | A.   Yes, I divided it into three methods. |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 2:34PM | 1 | **Q.**   And was Method 1 flow rates through the kill line of the |
| 2:34PM | 2 | capping stack? |
| 2:34PM | 3 | **A.**   Yes. |
| 2:34PM | 4 |          **MR. CERNICH:**  Could we go to D-21102, please. |
| 2:34PM | 5 | **BY MR. CERNICH:** |
| 2:34PM | 6 | **Q.**   Would you please explain to the judge your Method 1 |
| 2:34PM | 7 | calculations. |
| 2:34PM | 8 | **A.**   Sure.  We have the pressure here upstream.  We have |
| 2:35PM | 9 | identified in red a number of resistances.  Even the valves |
| 2:35PM | 10 | that are open provide a certain amount of resistance.  We have |
| 2:35PM | 11 | an exit pressure.  So with the known pressures and the known |
| 2:35PM | 12 | resistances in between, I calculate a flow rate. |
| 2:35PM | 13 |          And we had two types of calculations, subtypes here. |
| 2:35PM | 14 | I could have all the flow being forced through the kill line, |
| 2:35PM | 15 | like it was in some time periods, and that would be the total |
| 2:35PM | 16 | flow coming out of the Macondo well.  And there were other |
| 2:35PM | 17 | times where we had -- below the system we were collecting some |
| 2:35PM | 18 | flow to send up to a ship and, therefore, I would just add the |
| 2:35PM | 19 | measured collection rate to the amount of flow that was going |
| 2:35PM | 20 | through the kill line.  If I had a reduced flow going through |
| 2:35PM | 21 | the kill line, I ended up measuring a reduced pressure with a |
| 2:35PM | 22 | pressure gauge. |
| 2:35PM | 23 | **Q.**   Did you use something called K-factors to account for the |
| 2:35PM | 24 | pipe bends and contractions? |
| 2:36PM | 25 | **A.**   Yes.  We used Ks to calculate for all the resistances.  We |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

2:36PM   1   looked up Ks from standard textbook references.

2:36PM   2   **Q.**    What are K-factors?

2:36PM   3   **A.**    K-factors are a measure of resistance.  The higher the

2:36PM   4   K-value, the tougher it is to push the flow through the system.

2:36PM   5   **Q.**    And what sort of standard engineering text did you use?

2:36PM   6   **A.**    My preferred text was the Crane manual, which is used in

2:36PM   7   the U.S.; but I also looked in a text called Miller and another

2:36PM   8   by a Dillchek (phonetic) that are used in other countries,

2:36PM   9   trying to find as many representations of K-factors and

2:36PM   10  geometries as close as possible to the geometries that we have

2:36PM   11  here.

2:36PM   12  **Q.**    Did you also calculate flow rates through the capping

2:36PM   13  stack choke line?

2:36PM   14  **A.**    Yes, I did.  I called that Method 2.

2:36PM   15          MR. CERNICH:  Can we go to D-21103.

2:36PM   16  BY MR. CERNICH:

2:36PM   17  **Q.**    Would you please explain to the judge your Method 2

2:36PM   18  calculation.

2:36PM   19  **A.**    Method 2 is essentially the same.  We have the same

2:36PM   20  upstream pressure.  We have a slightly different downstream

2:37PM   21  pressure because this exit is a different elevation.  So as I

2:37PM   22  get higher up, the pressure is reduced a little.  We have many

2:37PM   23  more resistances.  But it allows us an independent way of

2:37PM   24  calculating the flow, another flow estimate for essentially the

2:37PM   25  same time period.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

2:37PM   1            And none of the time periods that I chose to do this
2:37PM   2   analysis did we have any collection, so all the flow that I
2:37PM   3   chose to do the analysis was what I calculate the flow through
2:37PM   4   the system here.
2:37PM   5   Q.   Was this the choke valve that ultimately shut in the
2:37PM   6   Macondo well?
2:37PM   7   A.   Yes.  This choke valve here was what we used to turn off
2:37PM   8   the well.  All the flow was forced through this system.  We
2:37PM   9   closed this valve in a number of small increments, in case we
2:37PM  10   saw the pressures going someplace that we were concerned about.
2:37PM  11   We didn't want the pressures to be so large that it would blow
2:37PM  12   apart the capping stack, so we did this slowly.
2:37PM  13            And we -- this is what was used to turn off the well.
2:38PM  14   Once this valve was closed, the well stopped flowing.
2:38PM  15   Q.   Did you also calculate flow rates as the choke valve was
2:38PM  16   being closed?
2:38PM  17   A.   Yes.  This method could be used during the process of
2:38PM  18   closing the choke valve.
2:38PM  19            And we saw some interesting, unexpected results.  As
2:38PM  20   we first closed the choke valve, the model indicated that the
2:38PM  21   flow was increasing.  This didn't seem logical to us, and I
2:38PM  22   still don't think it's logical.
2:38PM  23            But eventually, as we continued to close the choke
2:38PM  24   valve, the flow predicted from the model showed that the flow
2:38PM  25   was decreasing, and eventually it showed that the flow was

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 2:38PM | 1 | zero. |
| 2:38PM | 2 | We had some concerns and that led us to have less |
| 2:38PM | 3 | confidence in our calculated flows than we would have otherwise |
| 2:38PM | 4 | because we had this anomalous calculation. |
| 2:38PM | 5 | **Q.** Does that make your calculations unreliable? |
| 2:38PM | 6 | **A.** No. That just forces me to use a larger estimate of the |
| 2:39PM | 7 | uncertainty than I might have used otherwise. |
| 2:39PM | 8 | **Q.** Now, did you also use a third method, something you called |
| 2:39PM | 9 | the "alternate method," to calculate flow through the capping |
| 2:39PM | 10 | stack? |
| 2:39PM | 11 | **A.** Yes. A third method was also used. |
| 2:39PM | 12 | **MR. CERNICH:** Could we go to D-21105. |
| 2:39PM | 13 | BY MR. CERNICH: |
| 2:39PM | 14 | **Q.** Does this demonstrative illustrate the time periods you |
| 2:39PM | 15 | used for your alternate method of calculation? |
| 2:39PM | 16 | **A.** Yes. In the alternate method, we had some time period |
| 2:39PM | 17 | where the flow through the capping stack was reduced because we |
| 2:39PM | 18 | were collecting oil below in the BOP and, therefore, only part |
| 2:39PM | 19 | of the flow went up through the capping stack. Other time |
| 2:39PM | 20 | periods, these valves were closed and all the flow went through |
| 2:39PM | 21 | the capping stack. |
| 2:39PM | 22 | I can formulate equations for both of those |
| 2:39PM | 23 | conditions and by manipulating the equations, I can predict not |
| 2:40PM | 24 | only the flow for these two conditions, but I can also predict |
| 2:40PM | 25 | the resistances. So this takes away my requirement of looking |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

2:40PM   1   up resistances and trying to justify their value.  This allows
2:40PM   2   me to calculate the resistances.
2:40PM   3           MR. CERNICH:  Could we go to D-21104, please.
2:40PM   4   BY MR. CERNICH:
2:40PM   5   Q.   How does the alternate method differ -- differ from
2:40PM   6   Methods 1 and 2?
2:40PM   7   A.   Well, the Method 1 and 2 are simple.  You have two
2:40PM   8   pressures and their resistance.  Here I have two pressures, but
2:40PM   9   I need two flowing conditions with at least a portion of the
2:40PM  10   flow measured, and that portion that I have measured is the
2:40PM  11   portion collected.
2:40PM  12           So knowing the portion collected and knowing these
2:40PM  13   two conditions and the two different pressures I get, I can
2:40PM  14   combine these equations and predict not only the flow rate at
2:40PM  15   both of those two times, but predict what the resistance is,
2:40PM  16   and I get resistances very similar to what I calculate in a
2:40PM  17   normal, straightforward method.
2:41PM  18   Q.   Did you compare the results of your three methods?
2:41PM  19   A.   Yes, I did.
2:41PM  20           MR. CERNICH:  Could we go to D-21106.
2:41PM  21   BY MR. CERNICH:
2:41PM  22   Q.   Does this demonstrative show your comparison of your three
2:41PM  23   methods?
2:41PM  24   A.   Yes.  I attempted Method 1, or at least I presented
2:41PM  25   Method 1 three different times.  I've actually attempted it

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

2:41PM  1    more times, but it got redundant.  All the results were very

2:41PM  2    similar.

2:41PM  3            Method 2, we're presenting the fully open case.

2:41PM  4            And the alternate method is combining the -- this

2:41PM  5    case and that case together to get one alternate method.

2:41PM  6            And the other alternate method, I combine the third

2:41PM  7    case and the first case and I get these six cases with all

2:41PM  8    approximately the same flow rate.

2:41PM  9            I averaged the six cases and I get 53,000 barrels of

2:41PM 10    oil per day, which constitutes my best estimate of what the

2:41PM 11    flow is from the well.

2:42PM 12    Q.   Dr. Dykhuizen, since July of 2010, have you done anything

2:42PM 13    to improve or refine your calculations?

2:42PM 14    A.   I've redone the calculations many times with different

2:42PM 15    assumptions to try to find out what -- how sensitive they were

2:42PM 16    to different assumptions and changing geometries.

2:42PM 17    Q.   Did you explore multiphase effects?

2:42PM 18    A.   Yes.  One of the criticisms that was identified in the

2:42PM 19    original DOE-NNSA report was we were using single-phase

2:42PM 20    K-factors and were they applicable to this multiphase flow.

2:42PM 21            So I went into the literature, picked out a classic

2:42PM 22    paper that is in use all -- all -- in many different fields and

2:42PM 23    Chisholm correlation provides correlations for K-factors for

2:42PM 24    multiphase flow.

2:42PM 25            I recalculated the flow with multiphase flow factors,

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 2:42PM | 1 | found out that the flow increased, my estimate increased by |
| 2:42PM | 2 | approximately 4 percent.  I considered that 4 percent small |
| 2:43PM | 3 | compared to my original 20 percent error bar that I applied to |
| 2:43PM | 4 | my flows, and so I considered that the effect of multiphase |
| 2:43PM | 5 | flow was not a significant effect. |
| 2:43PM | 6 | **Q.**   Did you also consider the spacing of the flow elements, |
| 2:43PM | 7 | the elbows and contractions in the capping stack? |
| 2:43PM | 8 | **A.**   Yes.  That concern was also identified in the original |
| 2:43PM | 9 | report.  We were concerned that the tabulated values of |
| 2:43PM | 10 | K-factors were generated from experiments.  And the experiments |
| 2:43PM | 11 | would, say, place an elbow preceded by a long, straight pipe |
| 2:43PM | 12 | and followed by a long, straight pipe. |
| 2:43PM | 13 | In this example, we did not have that geometry.  The |
| 2:43PM | 14 | elbow was followed closely by some valves, followed closely by |
| 2:43PM | 15 | another elbow.  This is very standard.  That effect is |
| 2:43PM | 16 | typically ignored.  We can attack that approximation a number |
| 2:43PM | 17 | of different ways. |
| 2:44PM | 18 | One way is the alternate method makes no assumption |
| 2:44PM | 19 | about what the K-values are and calculates the proper K-values |
| 2:44PM | 20 | with these elements placed where they are.  Also -- |
| 2:44PM | 21 | **Q.**   Dr. Dykhuizen, can I stop you there? |
| 2:44PM | 22 | **MR. CERNICH:**  Your Honor, there's a pending motion |
| 2:44PM | 23 | that you have on appeal regarding Dr. Dykhuizen's reliance on |
| 2:44PM | 24 | one of our relied-upon experts that is permitted under the |
| 2:44PM | 25 | Court's order, rec doc 11087.  And before Dr. Dykhuizen goes |

RONALD DYKHUIZEN, PH.D. - DIRECT

2:44PM   1    into this part of his testimony, I just wanted to alert you to

2:44PM   2    that pending motion.

2:44PM   3            Judge -- Magistrate Judge Shushan issued an

2:44PM   4    order excluding Dr. Dykhuizen and other U.S. experts' reliance

2:44PM   5    on Dr. Bushnell.  We opposed -- and we appealed that motion to

2:44PM   6    you.

2:44PM   7        **THE COURT:**  Okay.  I did look at this.  I didn't

2:44PM   8    realize this was coming up with this witness.  Tell me what the

2:44PM   9    issue is again, Mr. Regan.

2:45PM  10        **MR. REGAN:**  Yes, Your Honor.  The issue is that

2:45PM  11    Dr. Bushnell is an expert that the United States is not calling

2:45PM  12    and has not been designated as one who they're relying upon

2:45PM  13    either as a testifying expert or as a non-testifying

2:45PM  14    relied-upon expert.  He didn't fit into either category.

2:45PM  15          Because of that, it is not proper for their --

2:45PM  16    their testifying experts to rely upon him.  That issue was

2:45PM  17    briefed before Judge Shushan in Record Document 11352 --

2:45PM  18        **THE COURT:**  So as I recall, the protocol was going to

2:45PM  19    be that if one expert was going to rely on a non-testifying

2:45PM  20    expert's opinion on anything, the non-testifying expert's

2:45PM  21    opinion would have to be disclosed in the testifying expert's

2:45PM  22    report and then that non-testifying expert's deposition

2:46PM  23    testimony -- the relevant portions of that non-testifying

2:46PM  24    expert's deposition testimony would be admitted.

2:46PM  25          Is that -- am I recalling that right?

RONALD DYKHUIZEN, PH.D. - DIRECT

2:46PM  1      **MR. CERNICH:**  Right.  And that's the procedure we
2:46PM  2   followed here, Your Honor.  Dr. Dykhuizen specifically relies
2:46PM  3   upon Dr. Bushnell in his expert report.  BP argued in its
2:46PM  4   original motion that Dr. Dykhuizen was simply using
2:46PM  5   Dr. Bushnell to corroborate his results.  Magistrate Judge
2:46PM  6   Shushan agreed with the United States that he was not, but then
2:46PM  7   added another layer to the analysis that he had to somehow
2:46PM  8   describe an analysis of Dr. Bushnell's work in his report.
2:46PM  9          That requirement to describe an analysis is not
2:46PM 10   in Rule 703 and it's not in the Court's order.  Had we known
2:46PM 11   that, we would have included such analysis.  That order was
2:46PM 12   actually issued after expert reports were done, after expert
2:47PM 13   depositions are done.
2:47PM 14          Mr. Regan questioned Dr. Dykhuizen during his
2:47PM 15   deposition and asked him specifically about his reliance on
2:47PM 16   Dr. Bushnell in this case.
2:47PM 17          **THE COURT:**  Let me ask the witness:  What is it
2:47PM 18   that -- without describing what the result was, but what is it
2:47PM 19   that Dr. Bushnell did that's different than what you did?
2:47PM 20          **THE WITNESS:**  Dr. Bushnell was able to perform a
2:47PM 21   calculation to show that the effect of the -- he did a number
2:47PM 22   of things, but in this particular case was to show that the
2:47PM 23   effect of closely placed flow elements did not impact the --
2:47PM 24   resulted in a flow rate very similar to mine and, therefore, by
2:47PM 25   implication, since he had all the flow elements in their proper

RONALD DYKHUIZEN, PH.D. - DIRECT

2:48PM  1   location, that I should not be concerned with the fact that the

2:48PM  2   flow elements were close together.

2:48PM  3        MR. REGAN:  Yes, Your Honor.  As Judge Shushan ruled,

2:48PM  4   she first read Dr. Dykhuizen's report where he just references

2:48PM  5   Dr. Bushnell's opinions as providing confidence that his

2:48PM  6   approach was correct.  And as Judge Shushan wrote in her

2:48PM  7   report -- this is Record No. 11352 in her opinion -- "The

2:48PM  8   report by Dr. Dykhuizen does not demonstrate any independent

2:48PM  9   analysis of the computational fluid dynamics models constructed

2:48PM 10   and used by Dr. Bushnell, nor does he rely on Dr. Bushnell's

2:48PM 11   analysis in forming any of his opinions."

2:48PM 12        And that's the key, he's not relying upon it,

2:48PM 13   he's just bringing in another expert by saying, Well, I see

2:48PM 14   what he's done over there and it gives me confidence --

2:48PM 15        THE COURT:  It seems like he's relying on it in a

2:48PM 16   sense.  He's relying on it -- he didn't do -- you didn't do a

2:48PM 17   separate analysis of what Dr. Bushnell did; that's what

2:48PM 18   Mr. Regan says?

2:49PM 19        THE WITNESS:  I did not repeat his analysis, no.

2:49PM 20        THE COURT:  But you relied on it in what sense?  To

2:49PM 21   corroborate or confirm support which you came up with?  Tell me

2:49PM 22   how you relied on it.

2:49PM 23        THE WITNESS:  I tried to demonstrate -- one criticism

2:49PM 24   that was given to me was that the resistances I used were based

2:49PM 25   on experiments where the flow elements were far apart.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 2:49PM | 1 | Dr. Bushnell received a very similar result as I got by placing |
| 2:49PM | 2 | the flow elements close together, which justifies me assuming |
| 2:49PM | 3 | that they were sufficiently far apart that I could use the |
| 2:49PM | 4 | K-factors that I used in my report. |
| 2:49PM | 5 | THE COURT:  Okay.  I'm going to let him make |
| 2:49PM | 6 | reference to that.  Go ahead and move on. |
| 2:49PM | 7 | MR. CERNICH:  Thank you, Your Honor. |
| 2:49PM | 8 | THE COURT:  So I don't know if you had actually posed |
| 2:50PM | 9 | a question or not. |
| 2:50PM | 10 | MR. CERNICH:  Well, I had posed a question and I |
| 2:50PM | 11 | stopped Dr. Dykhuizen before I -- |
| 2:50PM | 12 | THE COURT:  Okay.  So get back to where you were. |
| 2:50PM | 13 | MR. CERNICH:  Yes, Your Honor. |
| 2:50PM | 14 | BY MR. CERNICH: |
| 2:50PM | 15 | Q.   You were about to -- I believe you were about to talk |
| 2:50PM | 16 | about Dr. Bushnell. |
| 2:50PM | 17 | A.   Dr. Bushnell performed a CFD analysis, which is |
| 2:50PM | 18 | essentially a three-dimensional analysis of the flow by -- and |
| 2:50PM | 19 | he showed -- he placed every flow element in their exact |
| 2:50PM | 20 | position, or at least as exact as we know.  He was able to come |
| 2:50PM | 21 | up with a flow rate that was very similar to my flow rate; |
| 2:50PM | 22 | therefore, it implies that my assumption to use K-factors based |
| 2:50PM | 23 | on widely separated flow elements was justified because he came |
| 2:50PM | 24 | up with a very similar result that I do solving the same |
| 2:50PM | 25 | problem. |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 2:50PM | 1 | **Q.**   And did Dr. Bushnell use something called "computational |
| 2:50PM | 2 | fluid dynamics"? |
| 2:51PM | 3 | **A.**   Yes, he did. |
| 2:51PM | 4 | **Q.**   And are you familiar with computational fluid dynamics? |
| 2:51PM | 5 | **A.**   Yes.  I've done computational fluid dynamics myself.  In |
| 2:51PM | 6 | my position now, I direct a number of people doing |
| 2:51PM | 7 | computational fluid dynamics and they report their results to |
| 2:51PM | 8 | me.  I try to make sure that that analysis is done correctly. |
| 2:51PM | 9 | I check their results, I check their work, similar to me |
| 2:51PM | 10 | reviewing Dr. Bushnell's work. |
| 2:51PM | 11 | **Q.**   Just in a nutshell, can you tell Judge Barbier what |
| 2:51PM | 12 | computational fluid dynamics is? |
| 2:51PM | 13 | **A.**   Yes.  If you have a piping system with elbows and Ts and |
| 2:51PM | 14 | crosses, you would represent that with a bunch of little sugar |
| 2:51PM | 15 | cubes representing small volumes, much smaller than the |
| 2:51PM | 16 | diameter of the pipe.  Then you would watch the flow in three |
| 2:51PM | 17 | dimensions as it would go around corners and what sort of |
| 2:51PM | 18 | eddies you would get and so on. |
| 2:51PM | 19 |         In my calculations, I just get an average velocity in |
| 2:52PM | 20 | the pipe.  And so his calculations are much more accurate than |
| 2:52PM | 21 | mine. |
| 2:52PM | 22 | **Q.**   Did you consider -- and what do you mean by "more |
| 2:52PM | 23 | accurate"? |
| 2:52PM | 24 | **A.**   More -- |
| 2:52PM | 25 |         **MR. REGAN:**   Your Honor -- |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

2:52PM  1        **THE WITNESS:**  More accurate is more detailed.

2:52PM  2        **MR. CERNICH:**  I'm not presenting --

2:52PM  3        **MR. REGAN:**  At a certain point we now have

2:52PM  4   Dr. Dykhuizen testifying as Dr. Bushnell as to the work that he

2:52PM  5   did.  All he did was look at the results and say they were the

2:52PM  6   same as his.

2:52PM  7        **MR. CERNICH:**  I'm not going any further, Your Honor.

2:52PM  8   I just wanted to establish that Dr. Dykhuizen had a basis to

2:52PM  9   rely on this work.

2:52PM 10        **THE COURT:**  All right.

2:52PM 11        **MR. CERNICH:**  I'll move on.

2:52PM 12   BY MR. CERNICH:

2:52PM 13   **Q.**   Did you consider temperature sensitivities in your

2:52PM 14   calculations?

2:52PM 15   **A.**   That was also a concern that was raised in the original

2:52PM 16   report.  In the original report, we had a base case of

2:52PM 17   180 degrees F.  We repeated the calculation with 200 degrees F

2:52PM 18   and got 2 percent reduction in flow, and that was presented.

2:52PM 19        If you -- I was given criticism that I should use

2:52PM 20   220 degrees F.  That would also give another 2 percent

2:52PM 21   reduction, although I do not agree with using 220 degrees F.

2:52PM 22   **Q.**   Okay.  Why did you use 180 F in your original

2:53PM 23   calculations?

2:53PM 24   **A.**   The temperature of the flow was always unknown.  I had

2:53PM 25   asked BP engineers for a measurement or a calculation.  Their

OFFICIAL TRANSCRIPT

1383

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 2:53PM | 1 | measurements and calculations were changing with time as |
| 2:53PM | 2 | different people would model it and they would use different |
| 2:53PM | 3 | assumptions.  The current assumption at the time when I |
| 2:53PM | 4 | originally did those calculations was provided to Dr. Ratzell |
| 2:53PM | 5 | by BP and then provided to me as 180 degrees F. |
| 2:53PM | 6 | And so that was what we used as a base case.  We also |
| 2:53PM | 7 | determined that the 200 degrees F knowing that BP had |
| 2:53PM | 8 | previously given us numbers of 200 degrees F.  And so we wanted |
| 2:53PM | 9 | to cover a range and demonstrate the sensitivity of our result |
| 2:53PM | 10 | to a range in temperatures. |
| 2:53PM | 11 | Q.   In performing your calculations to the capping stack, did |
| 2:53PM | 12 | you rely on pressure data from BP? |
| 2:53PM | 13 | A.   Yes.  BP provided me with the pressure data that I needed. |
| 2:54PM | 14 | Q.   Did you rely on collection rates from BP? |
| 2:54PM | 15 | A.   Yes.  I needed collection rates for the alternate methods |
| 2:54PM | 16 | and even for the Methods 1 and 2, BP provided those also. |
| 2:54PM | 17 | Q.   And the capping stack geometry? |
| 2:54PM | 18 | A.   BP provided the capping stack geometry to us. |
| 2:54PM | 19 | Q.   Did you expect BP to provide you with accurate data? |
| 2:54PM | 20 | A.   Yes, I did. |
| 2:54PM | 21 | Q.   Did you examine the geometry of the capping stack after it |
| 2:54PM | 22 | was recovered to shore? |
| 2:54PM | 23 | A.   Yes.  I went to Michoud and saw the capping stack, and I |
| 2:54PM | 24 | witnessed the measurements of the capping stack. |
| 2:54PM | 25 | Q.   And how did those measurements compare with the geometry |

RONALD DYKHUIZEN, PH.D. - DIRECT

2:54PM  1   you used in your initial calculations?

2:54PM  2   A.   They were very close, within a few thousandths, except for

2:54PM  3   one exception.  I redid the calculations using the exact

2:54PM  4   measurements that were provided from that session and got less

2:54PM  5   than a 1 percent change.

2:54PM  6   Q.   Did you consider any potential uncertainty in your capping

2:54PM  7   stack calculations?

2:54PM  8   A.   Yes.  I assigned an uncertainty based on my expert

2:54PM  9   judgment.  Essentially, this is an uncalibrated flow meter.  We

2:55PM  10  have some resistance down there that we can estimate and it's

2:55PM  11  used in multiphase flow.

2:55PM  12       If I have an uncalibrated multiphase flow meter in my

2:55PM  13  work at Sandia, I would not assign an uncertainty -- I would --

2:55PM  14  I would assign an uncertainty of approximately 20 percent.

2:55PM  15  Q.   Do you recall saying at your deposition something like,

2:55PM  16  all my estimates are inaccurate?

2:55PM  17  A.   Yes.  That was an accurate statement of what I said.

2:55PM  18  Q.   Did you mean that your estimates are wrong or unreliable?

2:55PM  19  A.   No.  I like to think that my estimates are reliable, but

2:55PM  20  in any model of any system, estimates have a certain

2:55PM  21  uncertainty to it and I tried to express my uncertainty.  And

2:55PM  22  that makes all my models and all anybody's models inaccurate.

2:55PM  23  Q.   To some degree?

2:56PM  24  A.   To some degree.  Some models are more accurate than

2:56PM  25  others.

RONALD DYKHUIZEN, PH.D. - DIRECT

2:56PM  1    **Q.**    Is 53,000 barrels a day your best estimate?

2:56PM  2    **A.**    That is my estimate.

2:56PM  3    **Q.**    And the -- what was the uncertainty range that you

2:56PM  4    ascribed to your estimate?

2:56PM  5    **A.**    Plus or minus 20 percent, so nominally that's 43,000 to

2:56PM  6    63,000.  We would expect 53,000 to be the best guess.  You

2:56PM  7    would have a bell curve centered at 53,000.  Once you got to 43

2:56PM  8    or 63, the probabilities would be small.  Like if you flipped a

2:56PM  9    coin ten times, you would expect to get five heads and five

2:56PM  10   tails, maybe four and six.  There's a chance of getting all

2:56PM  11   10 heads, but that probability is very small.

2:56PM  12   **Q.**    And is the flow rate through the capping stack, in your

2:56PM  13   opinion, just as likely to be 20 percent higher than

2:56PM  14   53,000 barrels per day as it is to be lower?

2:56PM  15   **A.**    Yes.

2:56PM  16   **Q.**    Do you consider yourself conservative when it comes to

2:57PM  17   uncertainty?

2:57PM  18   **A.**    I have that reputation.  I would hate to have somebody

2:57PM  19   show up with a calculation that is definitive and shows that

2:57PM  20   the answer is not within the range I specify, so I quite often

2:57PM  21   have larger uncertainty ranges than other engineers put

2:57PM  22   forward.

2:57PM  23   **Q.**    Dr. Dykhuizen, do you know a BP employee named Trevor

2:57PM  24   Hill?

2:57PM  25   **A.**    Yes.  I met him on a number of occasions.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

2:57PM  1  **Q.**   And who is Mr. Hill?

2:57PM  2  **A.**   Mr. Hill is obviously a senior engineer at BP.  He came

2:57PM  3  from England to help in the response, and I interacted with him

2:57PM  4  in Houston a number of times.

2:57PM  5  **Q.**   And what did you discuss with him?

2:57PM  6  **A.**   Any of my calculations I would discuss with him.  He was

2:57PM  7  interested in all my calculations.  He seemed particularly

2:57PM  8  interested in the calculations that involved my estimate of the

2:57PM  9  flow.

2:57PM  10         **MR. CERNICH:**  Could we go to TREX-6196.

2:57PM  11  **BY MR. CERNICH:**

2:58PM  12  **Q.**   Have you seen this document before, Dr. Dykhuizen?

2:58PM  13  **A.**   Yes.  I've reviewed this document.

2:58PM  14  **Q.**   Is this a PowerPoint presentation prepared by Mr. Hill

2:58PM  15  dated August 17th, 2010?

2:58PM  16  **A.**   Yes, it is.

2:58PM  17         **MR. CERNICH:**  Could we go to call-out

2:58PM  18  TREX-6196.4.1.US.

2:58PM  19  **BY MR. CERNICH:**

2:58PM  20  **Q.**   And here in the presentation, Mr. Hill writes that -- it's

2:58PM  21  titled "Estimate of Flow Rate on July 14/15."  And the first

2:58PM  22  bullet, "Information from preparation and execution of well

2:58PM  23  integrity test may be used to estimate flow rate from MC 252 to

2:58PM  24  GoM on July 14/15."

2:58PM  25         Do you use information from the preparation and

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

2:58PM  1   execution of the well integrity test to estimate the flow rate?

2:58PM  2   A.   Yes.  That's exactly what I did in Method 1, 2, and 3.

2:59PM  3   Q.   And he writes:  "The flow rate estimate may be made by

2:59PM  4   prorating against different vessel collection rates and direct

2:59PM  5   calculation by modeling of 3-ram stack piping."

2:59PM  6        Is that what you did, Dr. Dykhuizen?

2:59PM  7   A.   Yes.  The first one is the alternate method, and the

2:59PM  8   bottom line is Methods 1 and 2.

2:59PM  9   Q.   Did you ever ask Trevor Hill whether BP had calculated

2:59PM  10  flow rates through the capping stack?

2:59PM  11  A.   I assume that he had done that since it's a fairly simple

2:59PM  12  calculation.  He told me -- and I asked.  He told me that that

2:59PM  13  information was proprietary and he would not share it with me.

2:59PM  14  Q.   At any point during the response or otherwise, did BP

2:59PM  15  share any of its capping stack flow rate estimates with you?

2:59PM  16  A.   No, I did not see any during the response.

2:59PM  17  Q.   Did you later have the opportunity to review any of BP's

2:59PM  18  capping stack calculations?

2:59PM  19  A.   Yes.  Since I've been contacted by Department of Justice,

2:59PM  20  I've reviewed some.

2:59PM  21  Q.   Did you review capping stack calculations by BP engineers

2:59PM  22  Farah Saidi and Adam Ballard?

3:00PM  23  A.   Yes, I reviewed those too.

3:00PM  24  Q.   Do you know Richard Lynch?

3:00PM  25  A.   He was a vice president of BP.  I met him during the

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:00PM  1    response.

3:00PM  2    **Q.**   Did you read his deposition testimony regarding BP's

3:00PM  3    capping stack flow rate calculations?

3:00PM  4    **A.**   Yes, I did.

3:00PM  5         **MR. CERNICH:**  Could we go to D-21123, please.

3:00PM  6    **BY MR. CERNICH:**

3:00PM  7    **Q.**   Does this demonstrative summarize the documents you

3:00PM  8    reviewed?

3:00PM  9    **A.**   Yes, it summarizes these three documents.

3:00PM  10   **Q.**   And Mr. Lynch testified:  "All I know is after the fact, I

3:00PM  11   believe" -- I'm sorry, let me start over.

3:00PM  12        "Answer:  All I know is after the fact now, I would

3:00PM  13   know that we -- somebody in the team -- team, I believe,

3:00PM  14   calculated 56,000 barrels per day.

3:00PM  15        "Question:  Do you have any reason to doubt that

3:00PM  16   calculation?

3:00PM  17        "Answer:  That's a pretty straight calculation.  No,

3:00PM  18   I don't."

3:00PM  19        Did you review that testimony?

3:00PM  20   **A.**   Yes, I did.

3:00PM  21   **Q.**   And is the next -- the next estimate the one prepared by

3:00PM  22   Ms. Saidi?

3:01PM  23   **A.**   Yes.

3:01PM  24   **Q.**   What did she calculate?

3:01PM  25   **A.**   She calculated 51,500 standard barrels a day.

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:01PM | 1 | **Q.**   What did Dr. Ballard calculate? |
| 3:01PM | 2 | **A.**   He had two attempts at the alternate method, and they both |
| 3:01PM | 3 | field numbers around 60,000 barrels of oil per day. |
| 3:01PM | 4 | **Q.**   All right.  Did you read the depositions of these |
| 3:01PM | 5 | individuals? |
| 3:01PM | 6 | **A.**   Yes, I did. |
| 3:01PM | 7 | **Q.**   Did BP ever inform you that they had verified the |
| 3:01PM | 8 | Government capping stack flow rate predictions of 51 to |
| 3:01PM | 9 | 54,000 barrels per day? |
| 3:01PM | 10 | **A.**   No, BP did not inform me of that. |
| 3:01PM | 11 | MR. CERNICH:  Could I have TREX-11191, please. |
| 3:01PM | 12 | And could I have the call-out 11191.1.US. |
| 3:01PM | 13 | **BY MR. CERNICH:** |
| 3:01PM | 14 | **Q.**   Have you seen this document before? |
| 3:01PM | 15 | **A.**   Yes, I have. |
| 3:01PM | 16 | **Q.**   Is this a note reporting a calculation prepared by |
| 3:01PM | 17 | Ms. Saidi? |
| 3:01PM | 18 | MR. REGAN:  Objection, Your Honor.  I don't think the |
| 3:01PM | 19 | witness has the foundation to say that. |
| 3:01PM | 20 | **BY MR. CERNICH:** |
| 3:01PM | 21 | **Q.**   Dr. Dykhuizen, did you read the deposition of Trevor Hill? |
| 3:01PM | 22 | **A.**   Yes, I did. |
| 3:01PM | 23 | **Q.**   Was Mr. Hill questioned about this document in his |
| 3:02PM | 24 | deposition? |
| 3:02PM | 25 | **A.**   Yes. |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:02PM  1  **Q.**   And what did he testify?

3:02PM  2  **A.**   He testified that this was a note from Farah Saidi saying

3:02PM  3  that she had confirmed the government prediction which she

3:02PM  4  represented as being 51 to 54,000 barrels of oil per day.

3:02PM  5  **Q.**   This says:  "K-factor calculated based on 3-K method."

3:02PM  6          Do you know what the 3-K method is?

3:02PM  7  **A.**   3-K method is attempt to be a little more accurate than

3:02PM  8  simply looking up values of K from tables.  In this particular

3:02PM  9  flow regime, the 3-K method would yield identical K-factors to

3:02PM  10  what I used.  The correction factors are nil for the conditions

3:02PM  11  that we are looking at here.

3:02PM  12  **Q.**   And does the bottom of this note say, "Government

3:02PM  13  prediction verified, 51 to 54 K"?

3:02PM  14  **A.**   Yes, it does.

3:02PM  15  **Q.**   Does any BP expert in this case propose an opposing

3:02PM  16  capping stack flow rate calculation to yours?

3:02PM  17  **A.**   I have not seen an opposing capping stack calculation, no.

3:03PM  18  **Q.**   Dr. Dykhuizen, I'd like to move on to your Top Kill flow

3:03PM  19  rate calculation.  What was your Top Kill flow rate

3:03PM  20  calculation?

3:03PM  21  **A.**   This calculation tried to estimate the flow coming from

3:03PM  22  the well representative of the time period during Top Kill.

3:03PM  23  **Q.**   And what was that number?

3:03PM  24  **A.**   I obtained a number of over 60,000 barrels of oil per day.

3:03PM  25  **Q.**   Did you also calculate a lower bound estimate?

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:03PM   1    A.    Yes.   I had to make a number of assumptions to get the

3:03PM   2    over 60,000 barrels of oil per day, but I found that I could

3:03PM   3    reformulate the equations in a conservative manner that would

3:03PM   4    allow me not to make a number of assumptions and I calculate a

3:03PM   5    hard lower bound of 43,000 barrels of oil per day as a lower

3:03PM   6    bound.

3:03PM   7    Q.    Did you use pressure pumping data from Top Kill --

3:03PM   8    pressure and pumping data from Top Kill to prepare that

3:03PM   9    calculation?

3:03PM   10   A.    Yes, I did.   That was provided to me from BP.

3:03PM   11   Q.    Did you prepare any demonstratives to assist in explaining

3:04PM   12   your Top Kill calculation?

3:04PM   13   A.    Yes, I have.

3:04PM   14          MR. CERNICH:   Can we go to D-21117, please.

3:04PM   15   BY MR. CERNICH:

3:04PM   16   Q.    Can you explain to Judge Barbier how you calculated a

3:04PM   17   lower bound flow rate for the time of Top Kill?

3:04PM   18   A.    Yes, I can.   This is a depiction of the BOP.   We're

3:04PM   19   injecting mud at the bottom, right on top of the test ram.   The

3:04PM   20   test ram is open during the process.   And the mud was supposed

3:04PM   21   to travel down the well and stop the well from flowing.   The

3:04PM   22   mud did not travel down the well.   Top Kill was unsuccessful.

3:04PM   23          During the time period of the accident, it was

3:04PM   24   thought that maybe the mud traveled down the well a little bit

3:04PM   25   and went out one of the burst disks.   That was later discounted

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:04PM | 1 | on inspection of the well, that mud did not flow in that path. |
| 3:04PM | 2 | And so I assumed all the mud, instead of going down |
| 3:05PM | 3 | the well, went up the well.  That's a reasonable assumption |
| 3:05PM | 4 | because maybe initially some of the mud went down the well, but |
| 3:05PM | 5 | eventually everything steadied out and the BOP pressure gauge |
| 3:05PM | 6 | was giving a relatively constant reading.  That implied the |
| 3:05PM | 7 | amount of mud in the well was either zero and nonchanging or a |
| 3:05PM | 8 | constant value and unchanging. |
| 3:05PM | 9 | So if the mud in the well is unchanging, all the mud |
| 3:05PM | 10 | has to be moving up.  So with a known pump rate of the mud, I |
| 3:05PM | 11 | know how much mud is flowing up.  I formulate some equations. |
| 3:05PM | 12 | I now know the resistance I can calculate of the BOP and the |
| 3:05PM | 13 | LMRP above because I know the pressure below or an estimate of |
| 3:05PM | 14 | the pressure based on the BOP pressure reading.  I know the |
| 3:05PM | 15 | pressure at the top because I have -- I'm releasing to the sea. |
| 3:06PM | 16 | I can back out a resistance. |
| 3:06PM | 17 | I back out a very conservative resistance because I'm |
| 3:06PM | 18 | assuming the oil flow is zero.  We did not achieve pressure |
| 3:06PM | 19 | significant enough to stop the well from flowing oil.  That was |
| 3:06PM | 20 | determined because we didn't achieve pressures that were |
| 3:06PM | 21 | required to shut in the well.  Those pressures were determined |
| 3:06PM | 22 | on the well integrity test, what pressures did we get when we |
| 3:06PM | 23 | shut in the well?  So by assuming the oil flow is zero, I get a |
| 3:06PM | 24 | very conservative value for the resistance.  Really, the flow |
| 3:06PM | 25 | was more than just mud.  It had some oil flow also. |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:06PM   1        So with this conservative value of the resistence, I
3:06PM   2   then go to a time period when I'm not injecting mud, predict
3:06PM   3   how much oil flow I have through the system, and then correct
3:06PM   4   for closing the test ram, because the test ram was closed most
3:07PM   5   of the time.
3:07PM   6        And I can predict a conservative lower bound of
3:07PM   7   43,000 standard barrels of oil per day.
3:07PM   8   Q.   Now, you used the PT-B pressure gauge that was down at the
3:07PM   9   bottom of the BOP for this?
3:07PM  10   A.   Yes.
3:07PM  11   Q.   And you used the ambient seabed pressure in your
3:07PM  12   calculations?
3:07PM  13   A.   Yes, I did.
3:07PM  14   Q.   And is what -- in your opinion, what is the likelihood
3:07PM  15   that the flow rate was less than 43,000 barrels per day during
3:07PM  16   the time of Top Kill?
3:07PM  17   A.   I don't think that the -- the probability it was less than
3:07PM  18   43,000 is very small.  This is a very hard lower bound that I
3:07PM  19   have calculated based on a very conservative assumption.
3:07PM  20        MR. CERNICH:  Could we go to D-21118, please.
3:07PM  21   BY MR. CERNICH:
3:07PM  22   Q.   And now could you explain to Judge Barbier your best
3:07PM  23   estimate of the Top Kill flow rate?
3:07PM  24   A.   The best estimate is much more uncertain because now I
3:08PM  25   have three things flowing in the well:  I've got mud flowing, I

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:08PM | 1 | have oil flowing, and I have gas flowing.  I have to come up |
| 3:08PM | 2 | with properties, effective properties for a mixture of all |
| 3:08PM | 3 | three of those phases.  I did that and documented it into my |
| 3:08PM | 4 | report. |
| 3:08PM | 5 | I came up with 60,000 standard barrels of oil per |
| 3:08PM | 6 | day -- actually, more than 60,000 standard barrels of oil per |
| 3:08PM | 7 | day.  To get the solution with an iterative method, I guessed |
| 3:08PM | 8 | 60, went around the loop and got 70, said, Well, that's close |
| 3:08PM | 9 | to my initial guess; I will quit.  This procedure is not very |
| 3:08PM | 10 | accurate.  Ideally, I guess 60, go around the loop, I would get |
| 3:08PM | 11 | 60 back. |
| 3:08PM | 12 | So I probably could have -- maybe should have now |
| 3:08PM | 13 | guessed 65, gone around the loop and got 64, guessed 64 1/2, |
| 3:08PM | 14 | gone around the loop and got 64 1/2, and eventually converged. |
| 3:08PM | 15 | But since I knew this method was approximate, I didn't think |
| 3:09PM | 16 | that it justified that effort.  So I just left it as more than |
| 3:09PM | 17 | 60,000 barrels of oil per day. |
| 3:09PM | 18 | Q.   Is your best estimate for the Top Kill period greater than |
| 3:09PM | 19 | 60,000 barrels per day? |
| 3:09PM | 20 | A.   Yes. |
| 3:09PM | 21 | Q.   And was this similar to your alternate method that you |
| 3:09PM | 22 | used in the capping stack? |
| 3:09PM | 23 | A.   Yes.  The equations that I used here are very similar, if |
| 3:09PM | 24 | not identical, to the alternate method, yes. |
| 3:09PM | 25 | Q.   And are they similar to the equations and formulas that |

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:09PM | 1 | Dr. Ballard used in his capping stack calculations? |
| 3:09PM | 2 | A.   Yes.  He used the same set of equations, except he was |
| 3:09PM | 3 | only applying it to the capping stack.  He didn't apply it to |
| 3:09PM | 4 | the BOP during the Top Kill period. |
| 3:09PM | 5 | Q.   Were flow rates before and after Top Kill approximately |
| 3:09PM | 6 | the same as your Top Kill best estimate? |
| 3:09PM | 7 | A.   Yes, it was. |
| 3:09PM | 8 | Q.   And what is the basis for that opinion? |
| 3:09PM | 9 | A.   You can look at the BOP pressure gauge at the bottom of |
| 3:09PM | 10 | the BOP and see that that pressure gauge yielded a consistent |
| 3:10PM | 11 | value for time periods before and after the Top Kill event. |
| 3:10PM | 12 | MR. CERNICH:  Could we go to TREX-5066, please. |
| 3:10PM | 13 | BY MR. CERNICH: |
| 3:10PM | 14 | Q.   Have you seen this document before, Dr. Dykhuizen? |
| 3:10PM | 15 | A.   Yes, I have. |
| 3:10PM | 16 | MR. CERNICH:  Could we go to TREX-5066.1.1.US. |
| 3:10PM | 17 | BY MR. CERNICH: |
| 3:10PM | 18 | Q.   This is an e-mail from Paul Tooms, dated June 11, 2010. |
| 3:10PM | 19 | Do you know Mr. Tooms? |
| 3:10PM | 20 | A.   Yes, I met Mr. Tooms a number of times.  He seemed to be |
| 3:10PM | 21 | leading all the engineers at Houston and in the response. |
| 3:10PM | 22 | MR. CERNICH:  And it's to a number of BP employees, |
| 3:10PM | 23 | including James Dupree, Your Honor, who testified last week |
| 3:10PM | 24 | during the source control part of this case. |
| 3:10PM | 25 | BY MR. CERNICH: |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:10PM | 1 | Q.   The subject is "Historical BOP Pressure," and there's an |
| 3:10PM | 2 | attachment, "BOP Pressure History." |
| 3:10PM | 3 | Did I read that correctly? |
| 3:10PM | 4 | A.   Yes. |
| 3:10PM | 5 | Q.   Did you review the attachments to this document as well? |
| 3:10PM | 6 | A.   Yes, I did. |
| 3:10PM | 7 | MR. CERNICH:  Could we go to 5066.1.2.US. |
| 3:11PM | 8 | BY MR. CERNICH: |
| 3:11PM | 9 | Q.   And Mr. Tooms writes here:  "Attached is a chart showing |
| 3:11PM | 10 | BOP pressure over time." |
| 3:11PM | 11 | He says:  "A number of points can be taken from the |
| 3:11PM | 12 | graphs, including, No. 1, pressures above and across the BOP |
| 3:11PM | 13 | with test rams closed are broadly the same now as they were |
| 3:11PM | 14 | prior to Top Kill.  This suggests that overall flow rates have |
| 3:11PM | 15 | not changed much, unless there is some unexplained mechanism in |
| 3:11PM | 16 | the well." |
| 3:11PM | 17 | Did I read that correctly? |
| 3:11PM | 18 | A.   Yes, you did. |
| 3:11PM | 19 | Q.   Are you and Mr. Tooms in agreement that the pressure |
| 3:11PM | 20 | suggests that overall flow rates have not changed much before |
| 3:11PM | 21 | and after Top Kill? |
| 3:11PM | 22 | A.   Yes. |
| 3:11PM | 23 | MR. CERNICH:  Can we go to 5066.3.1.US. |
| 3:11PM | 24 | BY MR. CERNICH: |
| 3:11PM | 25 | Q.   What is this chart, Dr. Dykhuizen? |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:11PM 1    A.    This is from the attachment.  This is a chart.  If we just
3:11PM 2    look at the top, it's showing BOP pressure with changes on a
3:11PM 3    number of days.  These three low values are obtained with the
3:12PM 4    test ram open because we needed the test ram open when we were
3:12PM 5    performing the three different phases of Top Kill.  So that
3:12PM 6    represents a reduction in the resistance of the BOP because we
3:12PM 7    opened one of the valves.
3:12PM 8             But if we ignore those and just look at the rest of
3:12PM 9    them, we see a generally decreasing pressure with time that's
3:12PM 10   consistent with the conditions aren't changing much and also
3:12PM 11   consistent with the general observation that the reservoir is
3:12PM 12   depleting and the flow is slowly reducing with time over this
3:12PM 13   time period.
3:12PM 14            But, in general, the flow rate after and the flow
3:12PM 15   rate before are the same.
3:12PM 16   Q.    Did BP engineer Tim Lockett perform modeling of the Top
3:12PM 17   Kill after the Top Kill?
3:12PM 18   A.    Yes.  He performed modeling based on different modeling
3:13PM 19   than mine, but, yes.
3:13PM 20   Q.    Did he use OLGA to do that modeling?
3:13PM 21   A.    Yes, he used OLGA to do that modeling.
3:13PM 22   Q.    What's OLGA?
3:13PM 23   A.    OLGA is an industry standard code for calculating pressure
3:13PM 24   drop for oil flow through piping systems, and they simulated
3:13PM 25   the well as a piping system, which is a logical use of OLGA.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:13PM   1   **Q.**   Did you read Dr. Lockett's deposition?

3:13PM   2   **A.**   Yes, I did.

3:13PM   3          **MR. CERNICH:**  Can we go to TREX-9452.

3:13PM   4   **BY MR. CERNICH:**

3:13PM   5   **Q.**   Have you seen this document, Dr. Dykhuizen?

3:13PM   6   **A.**   Yes, I have.

3:13PM   7          **MR. CERNICH:**  Go to 94512.1.1.US.

3:13PM   8   **BY MR. CERNICH:**

3:13PM   9   **Q.**   Is this Dr. Lockett's modeling?

3:13PM  10   **A.**   Yes.  This is an e-mail discussing Dr. Lockett's modeling

3:13PM  11   of Top Kill.

3:13PM  12   **Q.**   This is dated June 29th, 2010, from Tim Lockett to Trevor

3:13PM  13   Hill, who we already discussed.

3:13PM  14          "Trevor, I've now looked at Top Kill No. 1 and 2

3:14PM  15   using the same resistance and well PI as are needed to get a

3:14PM  16   first pass 'reasonable' match to Top Kill No. 3...  Attached is

3:14PM  17   my previous write-up extended with these latest results."

3:14PM  18          Did I read that correctory?

3:14PM  19   **A.**   Yes.

3:14PM  20          **MR. CERNICH:**  Can we go to TREX-9452.2.1.US.

3:14PM  21   **BY MR. CERNICH:**

3:14PM  22   **Q.**   And this lists data.

3:14PM  23          Dr. Dykhuizen, did you also use some of this data for

3:14PM  24   your Top Kill calculation?

3:14PM  25   **A.**   I just used Top Kill 3 data, which was the third attempt

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:14PM | 1 | at Top Kill, yes. |
| 3:14PM | 2 | **Q.**   Do you recall what Dr. Lockett concluded was the flow rate |
| 3:14PM | 3 | range during the Top Kill? |
| 3:14PM | 4 | **A.**   He concluded between 44,000 and 77,000 barrels of oil per |
| 3:14PM | 5 | day. |
| 3:14PM | 6 | **Q.**   Do you know whether the rates he calculated were with the |
| 3:14PM | 7 | test rams opened or closed? |
| 3:14PM | 8 | **A.**   I understood his were based with the test ram open. |
| 3:15PM | 9 | Therefore, they aren't completely consistent with mine.  We |
| 3:15PM | 10 | should reduce his numbers by approximately 10 percent to be |
| 3:15PM | 11 | consistent with mine. |
| 3:15PM | 12 | **MR. CERNICH:**  Could we go to 9452.9.1.US. |
| 3:15PM | 13 | **BY MR. CERNICH:** |
| 3:15PM | 14 | **Q.**   Did Dr. Lockett write, "The implication is that the flow |
| 3:15PM | 15 | rate from the well is now probably in the range of 44,000 to |
| 3:15PM | 16 | 77,000 stbl per day"? |
| 3:15PM | 17 | **A.**   Yes, he wrote that. |
| 3:15PM | 18 | **Q.**   Does BP's expert, Dr. Johnson, criticize your Top Kill |
| 3:15PM | 19 | flow rate calculations? |
| 3:15PM | 20 | **A.**   Yes.  He has a number of criticisms of my Top Kill |
| 3:15PM | 21 | calculations. |
| 3:15PM | 22 | **Q.**   Now, Dr. Johnson contends that you didn't account for |
| 3:15PM | 23 | erosion.  How do you respond to that? |
| 3:15PM | 24 | **A.**   I assumed erosion was small during the Top Kill event, and |
| 3:15PM | 25 | if any erosion occurred, it was counterbalanced by extra |

RONALD DYKHUIZEN, PH.D. - DIRECT

3:16PM  1   resistance added by the junk.
3:16PM  2   Q.   He also said that you didn't consider the density of the
3:16PM  3   Junk Shot.  How do you respond to that?
3:16PM  4   A.   That didn't seem to be a reasonable concern.  The junk was
3:16PM  5   injected very early in the Top Kill, not during the time
3:16PM  6   periods that I chose to analyze.  Therefore, the junk was not
3:16PM  7   flowing during the time period that I analyzed, so it shouldn't
3:16PM  8   impact the flowing density that I used.
3:16PM  9   Q.   Now, he also argues that you should have analyzed other
3:16PM  10  Top Kill periods.  How do you respond to that?
3:16PM  11  A.   I could analyze other Top Kill periods.  He chose to do
3:16PM  12  that using my model, which I assume it means he accepts my
3:16PM  13  model.  And he did it for Top Kill 1, I think.  And he followed
3:16PM  14  my procedure and logically got a lower lower bound.  I have no
3:16PM  15  problem with that.  A lower lower bound is not of interest.
3:17PM  16       To say that my age is -- has a lower bound of 50
3:17PM  17  gives people some information.  To say that my age has a lower
3:17PM  18  bound of 10 is equally correct but doesn't give anybody enough
3:17PM  19  information -- or as much information as a lower bound of my
3:17PM  20  age is 50.
3:17PM  21  Q.   So does a higher lower bound give you more information?
3:17PM  22  A.   Yes.  A higher lower bound is something that an engineer
3:17PM  23  would desire to get.
3:17PM  24  Q.   Now, Dr. Dykhuizen, I'd like to move on to your Top Hat
3:17PM  25  calculations.  Could -- what flow rates did you calculate using

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:17PM   1   Top Hat 4?

3:17PM   2   A.   I calculated, when Top Hat 4 was installed on the well, a

3:17PM   3   flow rate of approximately 60,000 barrels of oil per day.

3:17PM   4   Q.   The Court has already seen some images of Top Hat 4, so

3:17PM   5   we'll skip the additional images right now.

3:18PM   6           How long was the Top Hat installed on the well?

3:18PM   7   A.   A month and 10 days or a month and a half, somewhere along

3:18PM   8   that line.

3:18PM   9   Q.   And did you calculate flow rates using Top Hat 4 during

3:18PM  10   the response?

3:18PM  11   A.   Yes.  During the response, this was really our first

3:18PM  12   indication, based on our own calculations, that the well was

3:18PM  13   flowing a significant amount.

3:18PM  14   Q.   And when did you do those calculations?

3:18PM  15   A.   We did it as soon as the pressure gauge was installed on

3:18PM  16   the Top Hat 4.  Top Hat 4 was initially installed without a

3:18PM  17   pressure gauge.  So we needed pressure measurements to do that

3:18PM  18   calculation.

3:18PM  19   Q.   Did you share those calculations with BP in June of 2010?

3:18PM  20   A.   Yes, I did.

3:18PM  21   Q.   Did anyone from BP express disagreement with your

3:18PM  22   calculations at that time?

3:18PM  23   A.   No, not to me; and none was relayed to me if they

3:18PM  24   expressed it to other people.

3:18PM  25   Q.   And did you perform additional Top Hat 4 flow rate

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:18PM  1    calculations as part of your expert work in this case?

3:18PM  2    A.   Yes.  I tried to reproduce the calculations in a more

3:19PM  3    conservative manner, so that they would be more defendable.

3:19PM  4    Q.   And how did you do it in a more conservative manner?

3:19PM  5    A.   Well, the original calculations were based on a visual

3:19PM  6    reading of a pressure gauge.  The pressure gauge was known to

3:19PM  7    be inaccurate, and we had to read it based on putting a camera

3:19PM  8    on it and reading the gauge.

3:19PM  9         Now, whether the camera was looking straight on to

3:19PM  10   the gauge or with an angle, that would always give people

3:19PM  11   uncertainty.

3:19PM  12        So I was able to find a lower limit of the pressure

3:19PM  13   based on the procedures that were used when Top Hat 4 was

3:19PM  14   installed.

3:19PM  15   Q.   What do you mean by "the procedures"?

3:19PM  16   A.   Well, it was -- Top Hat was installed with a rubber skirt

3:19PM  17   around the bottom and it was supposed to seal against the well.

3:20PM  18   The skirt did not seal against the well.  It was damaged while

3:20PM  19   it was installed.  So we were very concerned that we didn't

3:20PM  20   want to suck water into the Top Hat.  Because if we sucked

3:20PM  21   water in, we might form hydrates and the hydrates might clog

3:20PM  22   the system and make the Top Hat useless.

3:20PM  23        So to keep water from sucking in, the BP engineers

3:20PM  24   were required to make sure that the pressure underneath the

3:20PM  25   Top Hat was sufficient; not water, oil, and gas was always

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:20PM   1    flowing out.  And so they had the ability to adjust the
3:20PM   2    pressure in the Top Hat by closing valves on the top to make
3:20PM   3    sure that oil and gas was always flowing out.
3:20PM   4           Well, I calculated what pressure that had to be to
3:20PM   5    make sure that oil and gas was always flowing out.  I think
3:20PM   6    that pressure ended up to be about 1.1 psi.  Not very large,
3:21PM   7    but just enough pressure to make sure that oil was always
3:21PM   8    flowing out.
3:21PM   9           As a matter of fact, at that pressure, zero oil would
3:21PM  10    be flowing out, but at least we wouldn't have water flowing in.
3:21PM  11    So that gave me a minimum value of the pressure in the Top Hat
3:21PM  12    that I could use to calculate flow out the vents in the top of
3:21PM  13    the Top Hat.
3:21PM  14    Q.   And is that pressure lower than the pressure you used for
3:21PM  15    your Top Hat 4 calculations in 2010?
3:21PM  16    A.   Yes.  I used the measured value, which is approximately
3:21PM  17    2 psi, and now I'm using 1.1 psi to force the oil out the
3:21PM  18    vents, which gives me a lower estimate and a more defendable
3:21PM  19    estimate.  I don't have to make assumptions about how accurate
3:21PM  20    the gauge is.
3:21PM  21           MR. CERNICH:  Could we go to D-21109.
3:21PM  22    BY MR. CERNICH:
3:21PM  23    Q.   Can you explain your lower bound estimate in light of the
3:21PM  24    discussion you've already given to the judge about the pressure
3:22PM  25    gauge -- could you explain this?

RONALD DYKHUIZEN, PH.D. - DIRECT

A.   Okay.  Here is a depiction of the Top Hat.  It didn't fit on very well, so it was cocked.  This rubber seal was supposed to go around this flange and it didn't fit very well and it broke upon installation.

We're collecting oil up the top.  I have a measurement of that given to me from BP.  So I know that fairly certainly.  Certain with -- with low uncertainty.  We have flow going out three of these vents.  The fourth one was closed.  They closed this many to make sure that we had oil leaking out the bottom.  So with my internal pressure, the flow is driven by this internal pressure of 1.1 psi and also driven by the fact that the oil is lighter and wants to escape.  So we have a buoyancy force.  I calculate a lower bound of 18,000 barrels of oil per day coming out the three vents.

Then I also know that, on the last day, they collected approximately 25,000 barrels of oil per day.  Or at least for a period of a few hours, they were collecting that much.

So they're collecting that much.  We have 18,000 going out the three vents.  I add those two together, I get 43,000, which assigns zero flow out the skirt, which leads me to believe this is a very good lower limit that I can use.

Now, since this 25,000 was on the last day, in my view, the flow of oil is decreasing with time, due to depletion of reservoir.  Any lower bound I can establish on the last day

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:23PM | 1 | must be a lower bound on previous days.  And so I can use this |
| 3:24PM | 2 | lower bound on any day, and 43,000 seems -- is my lower bound. |
| 3:24PM | 3 | Q.   Is your -- in your opinion, is there any likelihood that |
| 3:24PM | 4 | the flow rate was below 43,000 barrels per day through the |
| 3:24PM | 5 | Top Hat? |
| 3:24PM | 6 | A.   No, I think there was a very small probability of below |
| 3:24PM | 7 | 43,000 barrels per day.  This is a reasonable hard lower bound. |
| 3:24PM | 8 | MR. CERNICH:  Could we go to D-21110? |
| 3:24PM | 9 | BY MR. CERNICH: |
| 3:24PM | 10 | Q.   How did you arrive at your best estimate? |
| 3:24PM | 11 | A.   The best estimate, I needed to add some to the skirt.  I |
| 3:24PM | 12 | can also add some because my flow is -- out the vents is a |
| 3:24PM | 13 | lower bound.  I could increase that some.  We know we are |
| 3:24PM | 14 | collecting what we're collecting.  But I did the flow of the |
| 3:25PM | 15 | skirt in a different method. |
| 3:25PM | 16 | We know that the collection changed suddenly by 10- |
| 3:25PM | 17 | or 15,000 barrels of oil per day at different time periods, and |
| 3:25PM | 18 | we're observing that.  As a matter of fact, we had video that |
| 3:25PM | 19 | we looked at.  So we've looked at the skirt flow coming out |
| 3:25PM | 20 | when we had a significant amount of collection, and then we |
| 3:25PM | 21 | looked at the skirt flow an hour later or a few minutes later |
| 3:25PM | 22 | after the collection stopped. |
| 3:25PM | 23 | And we said, gee, we can't tell the difference |
| 3:25PM | 24 | between when the collection is going and when the collection |
| 3:25PM | 25 | stops.  It seems to be about the same.  That tells me that the |

RONALD DYKHUIZEN, PH.D. - DIRECT

3:25PM  1   flow coming out the skirt must be at least in the order of

3:25PM  2   20,000 or 10- or 15,000 barrels per day, because if we can't

3:25PM  3   see a change, then the change must be small compared to the

3:26PM  4   flow coming out.

3:26PM  5           So I assigned 20,000 as a round number for the flow

3:26PM  6   out the skirt.  We add the 20,000 to the 43,000, and we get

3:26PM  7   60,000.  Since 20,000's a round number, I can round the 43,000

3:26PM  8   to 40.

3:26PM  9   Q.   Thank you, Dr. Dykhuizen.

3:26PM  10          BP expert Dr. Johnson criticized your calculations;

3:26PM  11  is that correct?

3:26PM  12  A.   Yes.  He criticized these calculations, also.

3:26PM  13  Q.   And he criticized the K-factor for the skirt and he

3:26PM  14  contended that the vent and skirt flows could not be treated

3:26PM  15  independently.  How do you respond?

3:26PM  16  A.   He didn't like the K-factor that I assigned in my original

3:26PM  17  calculation of the skirt, and he said, due to the fact that I

3:26PM  18  was using the wrong K-factor, I was off by two or three orders

3:27PM  19  of magnitude in flow.  In other words, the flow should have

3:27PM  20  been a factor of 100 or 1,000 less than I predicted.

3:27PM  21          I thought that was ridiculous.  It didn't make any

3:27PM  22  sense whatsoever.  I responded in my rebuttal four or five

3:27PM  23  different ways why I was right and he was wrong.

3:27PM  24          He since came back in his deposition and conceded

3:27PM  25  that I was right and calculated flows and presented in a

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:27PM   1   produced document that were very similar to mine.  He also

3:27PM   2   calculated the flows independently out the skirt and the vent,

3:27PM   3   which was the same way that I calculated it.  So I assume he

3:27PM   4   took back his criticism that I could calculate those

3:27PM   5   independently.

3:27PM   6   Q.   Dr. Dykhuizen, now I'd like to move on to your cumulative

3:27PM   7   or integrated estimate.  What is that estimate?

3:27PM   8   A.   I estimate that there's 5 million barrels of oil that came

3:28PM   9   out of the reservoir.

3:28PM   10   Q.   When did you first prepare an integrated flow estimate?

3:28PM   11   A.   That was first prepared with Dr. Ratzell for the NNSA

3:28PM   12   report.

3:28PM   13   Q.   And what was your estimate then?

3:28PM   14   A.   The estimate then was presented as 4.9 million barrels of

3:28PM   15   oil.

3:28PM   16   Q.   Since then, did you consider the effects of temperature

3:28PM   17   and the final reservoir pressure on your calculation?

3:28PM   18   A.   Yes.  The temperature has the same effect on the

3:28PM   19   integrated calculation as it does on the flow of the last day,

3:28PM   20   a 2 percent change in temperature for every 20 degrees rise --

3:28PM   21   2 percent change in the flow rate for every 20 degrees rise in

3:28PM   22   temperature.

3:28PM   23   Q.   And what about the final average reservoir pressure?

3:28PM   24   A.   I looked at that also.  There was some concern that the

3:28PM   25   final reservoir pressure was used incorrectly.  This was

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:29PM   1   identified in the NNSA report, that a change from 10,050 to

3:29PM   2   10,600 resulted in approximately 3 percent change or a

3:29PM   3   3 percent reduction in the flow from the reservoir.

3:29PM   4          MR. CERNICH:  Can we go to D-21119, please.

3:29PM   5   BY MR. CERNICH:

3:29PM   6   Q.   Dr. Dykhuizen, does this demonstrative summarize the

3:29PM   7   components of your cumulative estimate?

3:29PM   8   A.   Yes, it does.  We're showing here how the flow changes due

3:29PM   9   to the decreasing reservoir pressure.  We have decreasing flow

3:29PM  10   versus time.  To account for erosion, which I think was very

3:29PM  11   rapid initially and tails off, I assigned the first two days of

3:29PM  12   zero flow.  We have a time period from the end of July where

3:30PM  13   the flow is reduced, because when we put the capping stack on,

3:30PM  14   that adds extra resistance and reduces the flow.

3:30PM  15          And we have a time period in June where the flow

3:30PM  16   increases, because when we cut off the riser, we have less

3:30PM  17   restriction and the flow increases.

3:30PM  18   Q.   Did you do a calculation for the riser cut-off?

3:30PM  19   A.   Yes.  I did that at the time of the response and redid

3:30PM  20   that later on and said that the riser cutoff would be, at most,

3:30PM  21   a 4 percent change in flow.

3:30PM  22   Q.   Did you share that calculation with BP?

3:30PM  23   A.   Yes, I did.

3:30PM  24   Q.   And did BP agree with you?

3:30PM  25   A.   They didn't disagree with me, but I did not see their

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:30PM   1   calculations either.  They seemed to accept it.

3:30PM   2   **Q.**   How did you account for erosion in your calculation?

3:30PM   3   **A.**   Erosion is difficult to estimate.  I think Dr. Stewart

3:31PM   4   Griffiths has a very interesting model that he shows that

3:31PM   5   erosion is negligible based on BOP pressure measurements.

3:31PM   6   However, the BOP pressure measurements started May 8th, so it's

3:31PM   7   difficult for me to extract before May 8th.  So I assigned zero

3:31PM   8   flow for the first two days.  You could potentially assign

3:31PM   9   half flow for four days or a third flow for six days.  That's

3:31PM   10  essentially the same.  But that's my -- a proxy for erosion.

3:31PM   11  We know we didn't have zero flow for the first two days.

3:31PM   12  **Q.**   Do you believe that erosion happened quickly?

3:31PM   13  **A.**   Yes, I think erosion happens quickly.  We have the

3:31PM   14  smallest channels in the BOP the first few days.  We,

3:31PM   15  therefore, have the highest velocities and, most importantly,

3:31PM   16  the highest change in velocities in the BOP in the first few

3:32PM   17  days.

3:32PM   18          I've been told by reservoir engineers that the sand

3:32PM   19  production of the well is very high, especially if the well

3:32PM   20  starts flowing rapidly, as this well seemed to do.

3:32PM   21  **Q.**   Were those BP reservoir engineers?

3:32PM   22  **A.**   Yes.  BP reservoir engineers told me that, and we were

3:32PM   23  discussing that because, when we put on the capping stack and

3:32PM   24  we closed it for a number of days, there was a possibility that

3:32PM   25  we would have to open the well.  And they wanted to make sure

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

3:32PM   1   that we were -- the government agreed with opening the well
3:32PM   2   very gradually to limit sand production.  So they wanted to
3:32PM   3   open the well gradually if we ever had to.
3:32PM   4   Q.   Were they concerned that opening the well quickly would
3:32PM   5   result in more sand production?
3:32PM   6   A.   That was what --
3:32PM   7            MR. REGAN:  Objection.
3:32PM   8            Pardon me, Dr. Dykhuizen.
3:32PM   9            Your Honor, the question now is asking
3:32PM  10   Dr. Dykhuizen to articulate the concerns of unnamed people
3:32PM  11   about some conversation at an unnamed time.  I think we're
3:33PM  12   getting a little far from being able to even tell if it's
3:33PM  13   relevant.
3:33PM  14            THE COURT:  Are you referring to your conversations
3:33PM  15   with BP -- I see a reference to "BP reservoir engineers."
3:33PM  16            THE WITNESS:  Yes.
3:33PM  17            THE COURT:  That's who you're talking about?
3:33PM  18            THE WITNESS:  Yes.
3:33PM  19            THE COURT:  These are the conversations?
3:33PM  20            THE WITNESS:  Yes.  These were done during the well
3:33PM  21   integrity where we had meetings with the government and BP.
3:33PM  22            THE COURT:  When you said, "They wanted to open the
3:33PM  23   well," were they concerned that opening the well quickly would
3:33PM  24   result in more sand production -- you're talking about the BP
3:33PM  25   reservoir engineers?

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:33PM | 1 | **THE WITNESS:**  Yes. |
| 3:33PM | 2 | **THE COURT:**  Okay.  Overrule the objection. |
| 3:33PM | 3 | **MR. CERNICH:**  Thank you, Your Honor.  I'll try to ask |
| 3:33PM | 4 | better questions. |
| 3:33PM | 5 | **THE COURT:**  Okay. |
| 3:33PM | 6 | BY MR. CERNICH: |
| 3:33PM | 7 | **Q.**   Now, did you testify at your deposition that you ascribed |
| 3:33PM | 8 | a 30 percent uncertainty to your integrated estimate? |
| 3:33PM | 9 | **A.**   Yes, I did. |
| 3:33PM | 10 | **Q.**   Is the cumulative oil discharge as likely to be 30 percent |
| 3:33PM | 11 | greater as it is to be 30 percent less than 5 million barrels? |
| 3:34PM | 12 | **A.**   This one, I don't think is symmetric.  I think the |
| 3:34PM | 13 | 20 percent greater is probably as far as we can go. |
| 3:34PM | 14 | There are some -- the flow at the last day, I |
| 3:34PM | 15 | assigned a 20 percent -- could be 20 percent greater or |
| 3:34PM | 16 | 20 percent less.  If I make the flow on the last day 20 percent |
| 3:34PM | 17 | greater, the integral gets to be 20 percent greater. |
| 3:34PM | 18 | But here, we have to worry about a number of things, |
| 3:34PM | 19 | some big and some small.  But the biggest one is erosion.  And |
| 3:34PM | 20 | erosion only happens in one direction.  And so if we account |
| 3:34PM | 21 | for erosion, it's only going to decrease my integral.  And |
| 3:34PM | 22 | that's why I have an unsymmetric error bar. |
| 3:34PM | 23 | **Q.**   Does that uncertainty range you described encompass all of |
| 3:34PM | 24 | your uncertainty? |
| 3:34PM | 25 | **A.**   Yes, it does. |

OFFICIAL TRANSCRIPT

1412

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:34PM | 1 | **Q.**   And you mentioned if your flow rate is 20 percent higher. |
| 3:35PM | 2 | If the capping stack flow rate is 20 percent higher, does that |
| 3:35PM | 3 | mean the cumulative estimate is also 20 percent higher? |
| 3:35PM | 4 | **A.**   Yes. |
| 3:35PM | 5 | **Q.**   Do you believe your 5-million-barrel estimate is reliable? |
| 3:35PM | 6 | **A.**   Yes, I do. |
| 3:35PM | 7 | **Q.**   Now, we've talked about your uncertainty.  Do you apply |
| 3:35PM | 8 | the same uncertainty to other U.S. experts in this case? |
| 3:35PM | 9 | **A.**   I think the other experts know their own models better |
| 3:35PM | 10 | than I do and can apply their own uncertainties to their own |
| 3:35PM | 11 | models.  That seems to be a fair way. |
| 3:35PM | 12 | **Q.**   Now, do you know Dr. Griffiths, who's another U.S. expert |
| 3:35PM | 13 | in this case? |
| 3:35PM | 14 | **A.**   Yes.  I met Dr. Griffiths 30 years ago and have very -- |
| 3:35PM | 15 | fairly infrequent contact him.  But recently, he started |
| 3:35PM | 16 | helping in the response on the last few days and I had more |
| 3:35PM | 17 | regular contact with him at the end of July -- June -- end of |
| 3:36PM | 18 | June and through July and August. |
| 3:36PM | 19 | **Q.**   Of 2010? |
| 3:36PM | 20 | **A.**   Of 2010, yes. |
| 3:36PM | 21 | **Q.**   And Dr. Griffiths was also employed at Sandia? |
| 3:36PM | 22 | **A.**   Dr. Griffiths was employed at Sandia originally at the |
| 3:36PM | 23 | site where I was.  But before I arrived at Sandia, he moved to |
| 3:36PM | 24 | a separate site a thousand miles away.  That's why I don't |
| 3:36PM | 25 | interact with him very often. |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:36PM | 1 | **Q.**   Did you review any of Dr. Griffiths' flow estimates in |
| 3:36PM | 2 | 2010? |
| 3:36PM | 3 | **A.**   Yes. |
| 3:36PM | 4 | **Q.**   Did you have criticisms of those estimates? |
| 3:36PM | 5 | **A.**   I had a lot of criticisms of his report.  I did not think |
| 3:36PM | 6 | his report was very clear, and I tried to get him to explain to |
| 3:36PM | 7 | me his model in greater detail so I could have greater |
| 3:36PM | 8 | confidence in his result. |
| 3:36PM | 9 | **Q.**   Have you since read Dr. Griffiths' peer-reviewed article |
| 3:36PM | 10 | in his expert report? |
| 3:36PM | 11 | **A.**   Yes, I have. |
| 3:37PM | 12 | **Q.**   Do you still have those criticisms? |
| 3:37PM | 13 | **A.**   No.  He addressed my criticisms very well.  Some of those |
| 3:37PM | 14 | were due to the fact that I didn't understand his model, and |
| 3:37PM | 15 | some of those may have been justified and he expanded his work |
| 3:37PM | 16 | to include my criticisms. |
| 3:37PM | 17 | **Q.**   And what do you think of his work now? |
| 3:37PM | 18 | **A.**   I think his work is an excellent piece of work. |
| 3:37PM | 19 | **MR. CERNICH:**  Thank you, Dr. Dykhuizen. |
| 3:37PM | 20 | Your Honor, we're getting close to wrapping up |
| 3:37PM | 21 | here.  We're moving on to the rebuttal portion of |
| 3:37PM | 22 | Dr. Dykhuizen's testimony. |
| 3:37PM | 23 | **BY MR. CERNICH:** |
| 3:37PM | 24 | **Q.**   I would like to cover your responses to the BP experts. |
| 3:37PM | 25 | **THE COURT:**  How much longer are you going to be? |

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 3:37PM | 1 | **MR. CERNICH:**  I would probably say 30 minutes, Your |
| 3:37PM | 2 | Honor. |
| 3:37PM | 3 | **THE COURT:**  Let's go ahead and take a 15-minute |
| 3:37PM | 4 | recess.  It's about 3:35, 37, something like that. |
| 3:37PM | 5 | **THE DEPUTY CLERK:**  All rise. |
| 3:45PM | 6 | (WHEREUPON, the Court took a recess.) |
| 3:59PM | 7 | **THE DEPUTY CLERK:**  All rise. |
| 3:59PM | 8 | **THE COURT:**  All right.  Please be seated, everyone. |
| 3:59PM | 9 | Mr. Cernich, you may resume. |
| 3:59PM | 10 | **MR. CERNICH:**  Thank you, Your Honor. |
| 3:59PM | 11 | **BY MR. CERNICH:** |
| 3:59PM | 12 | **Q.**   One more question to finish up your cumulative estimate, |
| 3:59PM | 13 | Dr. Dykhuizen.  You talked about -- you testified to the |
| 3:59PM | 14 | concept of a bell curve regarding your capping stack |
| 3:59PM | 15 | calculations. |
| 3:59PM | 16 | Does the same concept apply to your cumulative |
| 3:59PM | 17 | estimate? |
| 3:59PM | 18 | **A.**   Yes, it does.  I expect that the 5 million barrels of oil |
| 3:59PM | 19 | total is the best estimate.  Now, I just have a skewed bell |
| 3:59PM | 20 | because it only goes 20 percent up and 30 percent down.  The |
| 4:00PM | 21 | probability of being 20 percent up is small, and the |
| 4:00PM | 22 | probability of being 30 percent down is small. |
| 4:00PM | 23 | **Q.**   Now, moving on to your rebuttal of BP's experts.  You |
| 4:00PM | 24 | write in your report that BP experts Johnson, Member, and Nesic |
| 4:00PM | 25 | are incorrect when they contend that flow rate was increasing |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

4:00PM  1    over the course of the blowout.

4:00PM  2            Do you recall writing that in your report?

4:00PM  3    A.   Yes, I do.

4:00PM  4    Q.   Dr. Nesic proposes that the BOP eroded slowly over the

4:00PM  5    course of more than a month.  Do you disagree with Dr. Nesic?

4:00PM  6    A.   No, I don't think that it could erode slowly over a period

4:00PM  7    of a month.  It had to erode fast initially and then slow down.

4:00PM  8    Q.   Why is that?

4:00PM  9    A.   As we stated before, erosion is dependent on the

4:00PM  10   velocities.  We expect to have high velocities when we have

4:00PM  11   small anaerobic passages.  Unless the passages widen out and

4:00PM  12   the velocity is reduced, we expect erosion to reduce.

4:00PM  13   Q.   Now, Dr. Johnson proposes a different model for flow over

4:01PM  14   time than you; is that right?

4:01PM  15   A.   Yes, he does.

4:01PM  16   Q.   What is Dr. Johnson's model?

4:01PM  17   A.   Dr. Johnson also assumes that the flow is increasing over

4:01PM  18   time, and he justifies that by discounting Dr. Stewart

4:01PM  19   Griffiths' work.  He says that if the erosion in the BOP

4:01PM  20   happens at a coordinated rate with PI increase at the bottom of

4:01PM  21   the well, they could happen at such a way that you would not

4:01PM  22   notice it in the BOP pressure measurement.

4:01PM  23           I think that's not very likely, to have things happen

4:01PM  24   at two different points in well-coordinated rates, that we

4:01PM  25   would not see evidence of it.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

4:01PM 1   Q.   And what two points are moving at well-coordinated rates?
4:01PM 2   A.   The BOP -- the erosion of the BOP is causing less
4:02PM 3   resistance in the BOP.  And he claims that the PI is changing
4:02PM 4   at the bottom of the well, that's changing in such a way that
4:02PM 5   it masks the pressure gauge and does not allow it to respond,
4:02PM 6   and it stays steady.
4:02PM 7   Q.   Is that believable?
4:02PM 8   A.   I don't think it's believable, no.  Stewart Griffiths
4:02PM 9   gives a much more believable model in his report.
4:02PM 10   Q.   I'd like to move on to your rebuttal of Dr. Zaldivar.  The
4:02PM 11   judge heard a lot about Dr. Zaldivar in the opening.
4:02PM 12        Did you respond to BP's expert, Zaldivar, in your
4:02PM 13   report?
4:02PM 14   A.   Yes, I did.
4:02PM 15   Q.   What did Dr. Zaldivar purport to do?
4:02PM 16   A.   He had a very interesting report, because it was very
4:02PM 17   similar to my Ph.D. thesis.  So I took a lot of interest in his
4:03PM 18   report.
4:03PM 19        He noticed from observations that the flow coming out
4:03PM 20   of the end of the riser while it was still attached to the BOP
4:03PM 21   alternated between a light fluid and a dark fluid, back to a
4:03PM 22   light fluid, back to a dark fluid, in a very regular pattern.
4:03PM 23        And he correctly proposes that that is -- means that
4:03PM 24   part of the flow is mostly gas for a while, and then the change
4:03PM 25   in color means the flow is mostly liquid, and then mostly gas,

RONALD DYKHUIZEN, PH.D. - DIRECT

4:03PM   1   and mostly liquid.

4:03PM   2            He also noticed that the riser, which was laying

4:03PM   3   along the bottom of the Gulf, was rising up due to a bouyant

4:03PM   4   force and then going back down again, rising up and going back

4:03PM   5   down again, at the same frequency that the colors were changing

4:03PM   6   at the end of the riser.  And so he correctly concluded that

4:03PM   7   those two were related.

4:04PM   8            And he said that as the liquid goes through the

4:04PM   9   riser, it's a little heavier than the gas and forces the riser

4:04PM  10   down; and as the gas goes through -- up the riser -- of course,

4:04PM  11   it's not really a riser when it's laying on the bottom, but

4:04PM  12   it's called the riser -- but when the gas goes through, it's

4:04PM  13   more bouyant and the riser goes up.  And so it goes up and down

4:04PM  14   when the change in phase goes through that portion of the

4:04PM  15   riser.

4:04PM  16            And so he generated a numerical model to try to

4:04PM  17   predict what flow rates through the system would generate this

4:04PM  18   oscillation.  So based on his numerical model, he game up with

4:04PM  19   a range of flow rates that would generate this oscillation.

4:04PM  20            This is very similar to my Ph.D. work where I tried

4:04PM  21   to generate a range of flow rates that would result in a

4:05PM  22   oscillation in a vertical channel.  Lots of the same physics

4:05PM  23   but different because it was a vertical channel.

4:05PM  24   Q.   In your opinion, can Dr. Zaldivar's model quantitatively

4:05PM  25   predict the flow rate?

OFFICIAL TRANSCRIPT

1418

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 4:05PM | 1 | **A.**   No, I don't think he can quantitatively predict the flow |
| 4:05PM | 2 | rate, mainly because of my first trial in trying to match |
| 4:05PM | 3 | experimental data was very poor. |
| 4:05PM | 4 | **Q.**   Did you prepare any demonstratives to explain your |
| 4:05PM | 5 | opinions on that? |
| 4:05PM | 6 | **A.**   Yes, I do. |
| 4:05PM | 7 | **MR. CERNICH:**  Could we go to D-21124. |
| 4:05PM | 8 | **BY MR. CERNICH:** |
| 4:05PM | 9 | **Q.**   Does this help you explain your opinions, Dr. Dykhuizen? |
| 4:05PM | 10 | **A.**   Yes. |
| 4:05PM | 11 | **MR. REGAN:**  Your Honor, I would just object to this |
| 4:05PM | 12 | demonstrative.  This is outside the scope of the two and a half |
| 4:05PM | 13 | pages of Dr. Dykhuizen's report that respond to Dr. Zaldivar. |
| 4:05PM | 14 | There were some specific statements made as to his complaints, |
| 4:05PM | 15 | but I don't believe this is within the scope of those two |
| 4:05PM | 16 | pages. |
| 4:05PM | 17 | **MR. CERNICH:**  Your Honor, Dr. Dykhuizen spends, as |
| 4:06PM | 18 | Mr. Regan points out, two and a half pages of his report |
| 4:06PM | 19 | explaining his criticisms of Dr. Zaldivar.  We can show you the |
| 4:06PM | 20 | pages in the report, and I can have Dr. Dykhuizen explain how |
| 4:06PM | 21 | he responds to Dr. Zaldivar in his report.  He's using a |
| 4:06PM | 22 | demonstrative to explain a concept that is addressed in his |
| 4:06PM | 23 | expert report. |
| 4:06PM | 24 | **THE COURT:**  All right.  Overrule the objection. |
| 4:06PM | 25 | **THE WITNESS:**  Dr. Zaldivar, just like what I did, |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

4:06PM   1   represented the riser by a number of short sections of pipe.

4:06PM   2   This is a numerical model.  So at every dot I would calculate

4:06PM   3   things like pressure, temperature, how much gas is in that

4:06PM   4   section, how much liquid is in that section, velocity of the

4:06PM   5   gas, and the velocity of the liquid.  This is a very --

4:06PM   6   simplification of a numerical method.

4:06PM   7              And so Dr. Zaldivar has to make some choices.

4:06PM   8   Some of these choices are obvious:  How many dots do I use?

4:07PM   9   How many cells do I use?

4:07PM  10              He also does the same thing with time:  How many

4:07PM  11   time steps do I use to represent this oscillation?

4:07PM  12              So he has to pick sizes of the time steps.  And

4:07PM  13   when we go on in there, we determine type of time steps.  There

4:07PM  14   are different types of time steps that you can take.  All of

4:07PM  15   these will affect the accuracy of his computer model.

4:07PM  16              But what I would like to say, in my experience

4:07PM  17   when I did this for my Ph.D. thesis, one thing that's very

4:07PM  18   subtle, that is not clear, is, I need to find the density as a

4:07PM  19   function all the way, not only at those points but in between

4:07PM  20   those points.

4:07PM  21              And there are some simple ways of doing that.  I

4:07PM  22   could assign the density in this section of pipe equal to the

4:07PM  23   density at the center of the pipe.  That would be a logical

4:08PM  24   choice.  Or I could define the density between this dot and

4:08PM  25   that dot to be equal to the average density of those -- each of

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

4:08PM  1   those two points.

4:08PM  2          Both of those sound like reasonable choices.

4:08PM  3   But I found that my calculation of when the flow turns stable

4:08PM  4   or unstable depended on simple choices like that, that the

4:08PM  5   numerical method that you use, the way you average properties

4:08PM  6   resulted in different ranges of when the flow would be

4:08PM  7   unstable.

4:08PM  8          So Dr. Zaldivar did not have experimental data

4:08PM  9   on at what flow rate does it turn unstable.  I had in my

4:08PM  10  calculations, I had some experiments.  When did the flow rate

4:08PM  11  turn unstable?  I run my model and I say, does my model match

4:09PM  12  the change from stable behavior to unstable behavior?

4:09PM  13         And the first time through it didn't, and it

4:09PM  14  didn't match at all.  So I changed some of my averaging, and I

4:09PM  15  changed some of my numerical methods until it did match and

4:09PM  16  this validates my code.  He never validated his code, because

4:09PM  17  he doesn't have any data to validate his code.  He doesn't know

4:09PM  18  at what flow rate it turns unstable.  He just has his first

4:09PM  19  prediction of when it turns unstable.

4:09PM  20         So that is one of my concerns is that Dr. Zaldivar

4:09PM  21  hasn't validated his model.

4:09PM  22  BY MR. CERNICH:

4:09PM  23  Q.   Did Dr. --

4:09PM  24         MR. REGAN:  Your Honor, I move to strike.  There's

4:09PM  25  one sentence in the report that says Dr. Zaldivar did not

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 4:09PM | 1 | validate his model, then criticizes -- Dr. Dykhuizen criticizes |
| 4:09PM | 2 | oscillary [verbatim] motion, fluid temperatures, and |
| 4:09PM | 3 | sensitivity of certain parameters -- parameters on local |
| 4:09PM | 4 | changes.  Running a different model, talking about densities is |
| 4:09PM | 5 | not in the report.  It may be in his Ph.D., but it's not |
| 4:10PM | 6 | something that's been disclosed here as an opinion from |
| 4:10PM | 7 | Dr. Dykhuizen. |
| 4:10PM | 8 | MR. CERNICH:  Your Honor, as an expert, Dr. Dykhuizen |
| 4:10PM | 9 | is bringing his experience to this case.  When we look at |
| 4:10PM | 10 | Dr. -- his experience includes his Ph.D. thesis. |
| 4:10PM | 11 | When we look at his report, Dr. Dykhuizen |
| 4:10PM | 12 | writes:  "BP retained expert Dr. Zaldivar offers a unique |
| 4:10PM | 13 | method to estimate flow.  While it's impressive for |
| 4:10PM | 14 | Dr. Zaldivar to demonstrate chaotic behavior... I do not think |
| 4:10PM | 15 | that the model of this instability can quantitatively predict |
| 4:10PM | 16 | flow rates.  The method has never been validated to show that |
| 4:10PM | 17 | it can be used to estimate flow.  There are numerous |
| 4:10PM | 18 | approximations that have been made in this study." |
| 4:10PM | 19 | This is what Dr. Dykhuizen is testifying -- |
| 4:10PM | 20 | THE COURT:  All right.  I'll overrule the objection. |
| 4:10PM | 21 | I think he's expounding or explaining what he said in his |
| 4:10PM | 22 | report.  I think it's fair game.  Okay. |
| 4:10PM | 23 | MR. CERNICH:  Thank you, Your Honor. |
| 4:10PM | 24 | BY MR. CERNICH: |
| 4:10PM | 25 | Q.   Are there other problems -- well, before we move on, |

OFFICIAL TRANSCRIPT

1422

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 4:10PM | 1 | Dr. Dykhuizen, Dr. Zaldivar, did he compare his work to the |
| 4:11PM | 2 | OLGA computer program? |
| 4:11PM | 3 | **A.**   Yes, he did, and he presented that as a validation of his |
| 4:11PM | 4 | computer code.  But all that validates is that a steady state |
| 4:11PM | 5 | flow without a moving riser, because OLGA couldn't have a |
| 4:11PM | 6 | moving riser, gave results similar to his code. |
| 4:11PM | 7 | **MR. REGAN:**  Same objection, Your Honor.  No |
| 4:11PM | 8 | discussion of OLGA in his report.  This is not in the report. |
| 4:11PM | 9 | **MR. CERNICH:**  Your Honor, I'll go back to the section |
| 4:11PM | 10 | of the report. |
| 4:11PM | 11 | Again, "There are numerous approximations...." |
| 4:11PM | 12 | "(The sensitivity of the result to the details of the |
| 4:11PM | 13 | imposed motion is not investigated.)  Dr. Zaldivar admits that |
| 4:11PM | 14 | there is not good data for the oscillatory motion of May 13th, |
| 4:11PM | 15 | so he uses the same functional form..." |
| 4:11PM | 16 | The sensitivity of various parameters and models of |
| 4:11PM | 17 | the predicted -- "He tries to address the sensitivity of |
| 4:12PM | 18 | various parameters and models on the predicted flow rates.  He |
| 4:12PM | 19 | shows" change -- "that the changes in many global parameters |
| 4:12PM | 20 | have little impact on the final results he obtains.  Some |
| 4:12PM | 21 | sensitivity studies regarding heat transfer are presented...." |
| 4:12PM | 22 | "It is most interesting to note that he claims that |
| 4:12PM | 23 | 'the effect of the riser imposition on the estimated flow rates |
| 4:12PM | 24 | is insignificant.'" |
| 4:12PM | 25 | Dr. Dykhuizen goes on ad nauseam in his report with |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 4:12PM | 1 | his critiques of Dr. Zaldivar's works.  The idea that he has to |
| 4:12PM | 2 | say "OLGA" in his report... |
| 4:12PM | 3 | THE COURT:  Well, your question to him here was, did |
| 4:12PM | 4 | he compare his work to the OLGA computer model. |
| 4:12PM | 5 | MR. CERNICH:  Oh, I'm sorry.  I wasn't asking if |
| 4:12PM | 6 | Dr. Dykhuizen did; I was asking if Dr. Zaldivar did. |
| 4:12PM | 7 | THE COURT:  I understand.  You said, did he, |
| 4:12PM | 8 | Dr. Zaldivar, compare his work to the OLGA computer model, and |
| 4:12PM | 9 | that was the question he was answering. |
| 4:12PM | 10 | MR. CERNICH:  Yes, Your Honor.  And he said -- |
| 4:12PM | 11 | THE COURT:  It sounds like he wasn't -- didn't talk |
| 4:13PM | 12 | about that in his report, did he? |
| 4:13PM | 13 | MR. CERNICH:  Well, Dr. Dykhuizen said Dr. Zaldivar |
| 4:13PM | 14 | has not validated his model, and I was asking whether |
| 4:13PM | 15 | Dr. Zaldivar's comparison to OLGA validated his model. |
| 4:13PM | 16 | THE COURT:  I'm not going to strike the answer, but |
| 4:13PM | 17 | let's move on.  I think you beat that horse to death. |
| 4:13PM | 18 | MR. CERNICH:  Okay. |
| 4:13PM | 19 | BY MR. CERNICH: |
| 4:13PM | 20 | Q.   So do you also have opinions about the oscillatory motion |
| 4:13PM | 21 | that Dr. Zaldivar uses for his model? |
| 4:13PM | 22 | A.   Yes.  I prepared a demonstrative for that also. |
| 4:13PM | 23 | MR. CERNICH:  Can we go to D-21125, please. |
| 4:13PM | 24 | BY MR. CERNICH: |
| 4:13PM | 25 | Q.   Are these images from Dr. Zaldivar's report? |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

4:13PM  1   **A.**   Yes, they are.

4:13PM  2   **Q.**   And is the image at the top there, did you reproduce that

4:13PM  3   into your report, Dr. Dykhuizen?

4:13PM  4   **A.**   Yes, I did.

4:14PM  5   **Q.**   Can you explain to the Judge your opinions regarding

4:14PM  6   Dr. Zaldivar's instability modes?

4:14PM  7   **A.**   Okay.  Dr. Zaldivar observed, as I said, the motion of the

4:14PM  8   riser up and down.  And that observation is presented as the

4:14PM  9   blue line in the upper plot.  He presents the orange line is

4:14PM  10  labeled "predicted," which is not a proper label.  This is

4:14PM  11  his -- not -- his code does not predict this motion.  He is

4:14PM  12  imposing this motion on the code.  This is what he inputs into

4:14PM  13  the code.  This is how the riser moves up and down.

4:14PM  14          If you will notice that there are small

4:14PM  15  inconsistencies between what he imposes and what actually

4:14PM  16  happened and nowhere in his report does he say, how was my

4:14PM  17  result sensitive to this approximation?  Maybe these

4:15PM  18  differences change the boundaries of where it is.

4:15PM  19          We would like to have him predict -- have the code be

4:15PM  20  able to calculate the motion of the riser, but that was not a

4:15PM  21  capability of this code, so he couldn't do that.  And so I

4:15PM  22  understand why he imposed the motion, because his code did not

4:15PM  23  have the capability of predicting the motion.

4:15PM  24          But he imposed a motion that's obviously inaccurate

4:15PM  25  in places, and maybe this has an effect.  But moreover, he --

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

4:15 PM  1    these are -- the bottom are the plots of his code results.  He

4:15 PM  2    shows he has two modes of oscillation.  During one time period,

4:15 PM  3    he has a large bump of oil coming through, followed by a small

4:15 PM  4    bump of oil, then a large bump of oil, and followed by a small

4:15 PM  5    bump of oil.

4:15 PM  6         And he tries to correlate this to how light or how

4:16 PM  7    dark and what frequencies he has in his video.  He doesn't have

4:16 PM  8    data for how large the oil slugs are.  So he just correlates

4:16 PM  9    it, says, This looks like a reasonable representation of my

4:16 PM  10   2-peak time period.

4:16 PM  11        He also has a 1-peak time period.  At a different

4:16 PM  12   time period, the oil has a large slug, followed by another

4:16 PM  13   large slug, followed by another large slug.

4:16 PM  14        Since the densities of these slugs are what's causing

4:16 PM  15   the riser to go up and down, we have a problem in accepting

4:16 PM  16   Dr. Zaldivar's analysis.  Because Dr. Zaldivar only has data

4:16 PM  17   for one of these two time periods.  And he shows he has an

4:16 PM  18   imperfect fit of that data.  And then he uses that same

4:17 PM  19   imperfect fit for the other time period where we expect the

4:17 PM  20   oscillation to be different.  And so he never addresses how

4:17 PM  21   this impacts the stability boundaries.

4:17 PM  22   Q.   Dr. Dykhuizen, so did Dr. Zaldivar calculate flow rates on

4:17 PM  23   two different dates?

4:17 PM  24   A.   Yes.  He predicted flow rates on May 13th and 16th.  One

4:17 PM  25   of the time periods had single peaks, which was May 16th.  And

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

4:17PM   1   then the other time had double peaks, where he saw a different

4:17PM   2   mode of oscillation.  So I would expect a different mode of

4:17PM   3   riser motion, and yet he used the same riser motion for both

4:17PM   4   days.

4:17PM   5   Q.   And did he only have data for riser motion on one of those

4:17PM   6   days?

4:17PM   7   A.   He had data for both days, but he discounted his data for

4:17PM   8   the other day because it was very noisy and he couldn't use it.

4:18PM   9   Q.   Do Dr. Zaldivar's flow rate calculations conflict with

4:18PM  10   your calculations for the period between May 13th and May 16th?

4:18PM  11   A.   Yes, they do.

4:18PM  12   Q.   Now, Dr. Zaldivar also performed some flow rate

4:18PM  13   calculations from the kink leaks; is that right?

4:18PM  14   A.   That is correct.

4:18PM  15   Q.   What were wrong with -- what was wrong with Dr. Zaldivar's

4:18PM  16   kink calculations?

4:18PM  17   A.   That's a fairly simple calculation that I could reproduce

4:18PM  18   without writing a computer code, and I got approximately a

4:18PM  19   factor of 2 higher.

4:18PM  20   Q.   And did BP perform any similar calculations during the

4:18PM  21   response?

4:18PM  22   A.   BP performed similar calculations, not exactly the same

4:18PM  23   area and pressures, but they got numbers that were much closer

4:18PM  24   to mine.  As a matter of fact, higher than mine.

4:18PM  25   Q.   And did you review kink leak calculations by Dr. Tim

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 4:18PM | 1 | Lockett? |
| 4:18PM | 2 | **A.**   Yes, I did. |
| 4:18PM | 3 |        **MR. CERNICH:**  Can we go to 10650, TREX-10650, please. |
| 4:18PM | 4 | **BY MR. CERNICH:** |
| 4:19PM | 5 | **Q.**   Are these Dr. Lockett's calculations? |
| 4:19PM | 6 | **A.**   Yes, they are. |
| 4:19PM | 7 |        **MR. CERNICH:**  Can we go to TREX-10650.1.1.US. |
| 4:19PM | 8 | **BY MR. CERNICH:** |
| 4:19PM | 9 | **Q.**   And are these flow -- are these flow rates from only the |
| 4:19PM | 10 | kink? |
| 4:19PM | 11 | **A.**   Yes.  These are flow rates from only the kink.  He gets |
| 4:19PM | 12 | the total flow rate of approximately 11,000 standard barrels a |
| 4:19PM | 13 | day.  But what's most interesting is to look at his equation up |
| 4:19PM | 14 | here where he calculates the equivalent diameter.  So he's |
| 4:19PM | 15 | representing this odd-shaped hole in the pipe by a round hole |
| 4:19PM | 16 | of an equivalent diameter, which is much different than |
| 4:19PM | 17 | Dr. Zaldivar did. |
| 4:19PM | 18 | **Q.**   And what Dr. Zaldivar do? |
| 4:19PM | 19 | **A.**   Dr. Zaldivar represented the hole with a hydraulic |
| 4:19PM | 20 | diameter, which is a different concept than what Dr. Lockett |
| 4:19PM | 21 | did.  Dr. Lockett did it correctly.  Dr. Lockett did it the way |
| 4:20PM | 22 | I did it; Dr. Zaldivar did it differently. |
| 4:20PM | 23 | **Q.**   And what did you calculate for the kink leaks? |
| 4:20PM | 24 | **A.**   I calculated for the kink leaks 82,000 -- excuse me, |
| 4:20PM | 25 | 8,200 barrels of oil per day. |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 4:20PM | 1 | **Q.**   And approximately what did Dr. Zaldivar calculate? |
| 4:20PM | 2 | **A.**   4,200 -- or 4,900, sorry, approximately half my value. |
| 4:20PM | 3 | **Q.**   Now, what did you mean by "hydraulic diameter"? |
| 4:20PM | 4 | **A.**   That's difficult to explain.  If I may, I would like to |
| 4:20PM | 5 | use the easel. |
| 4:20PM | 6 |         **MR. CERNICH:**  Your Honor, may the witness use the |
| 4:20PM | 7 | easel? |
| 4:20PM | 8 |         **THE COURT:**  We'll have to give him a microphone so |
| 4:20PM | 9 | you can hear him. |
| 4:20PM | 10 |         (Discussion off the record.) |
| 4:21PM | 11 | **BY MR. CERNICH:** |
| 4:21PM | 12 | **Q.**   Dr. Dykhuizen, let's use the pad that's over there. |
| 4:21PM | 13 | **A.**   Okay.  Should I move the pad, or is it fine where it is? |
| 4:21PM | 14 |         **THE COURT:**  Why don't you help him move it wherever |
| 4:21PM | 15 | it's -- |
| 4:21PM | 16 |         **MR. CERNICH:**  Certainly. |
| 4:21PM | 17 |         **THE WITNESS:**  Okay.  In the kink of the riser, there |
| 4:21PM | 18 | were some irregular-shaped holes.  And I will just represent |
| 4:21PM | 19 | the hole as a rectangle.  And we have high-pressure fluid |
| 4:22PM | 20 | inside and it's pushing oil out the hole. |
| 4:22PM | 21 |         Dr. Zaldivar represented this as a hole with the |
| 4:22PM | 22 | same hydraulic diameter as the actual hole.  The hydraulic |
| 4:22PM | 23 | diameter as a concept used in piping is 4 times the area of |
| 4:22PM | 24 | this O divided by the perimeter of this hole.  And the only |
| 4:22PM | 25 | reason the 4 is in this equation is if we have a round hole to |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

4:22PM  1   start with, we'll back out the same diameter as the round hole.

4:22PM  2           But what's important to notice is this hydraulic

4:22PM  3   diameter model has a different area than the original model.

4:22PM  4   So Dr. Zaldivar correctly uses his equations to calculate the

4:22PM  5   velocity coming through that hole.  But he incorrectly applies

4:23PM  6   the area of his model instead of the area of the actual hole,

4:23PM  7   and he gets approximately a factor of 2 wrong in the flow

4:23PM  8   coming out the kink leak.

4:23PM  9           And so I reproduced his calculations, getting

4:23PM  10  the same number he did by simulating the error that he did it

4:23PM  11  at.  Now, I didn't get exactly the same number he did, because

4:23PM  12  he probably converts the standard barrels differently than I

4:23PM  13  did, but I was within 10 percent.  I was off by a factor of 2,

4:23PM  14  if I use the proper area.

4:23PM  15          So I suspected that he is using the hydraulic

4:23PM  16  diameter concept.  He represents his holes in his reports with

4:23PM  17  a hydraulic diameter.

4:23PM  18  BY MR. CERNICH:

4:23PM  19  Q.   Dr. Dykhuizen, do Dr. Zaldivar's riser flow calculations

4:24PM  20  suffer from the same problem?

4:24PM  21          MR. REGAN:  Your Honor, I'm going to object to this,

4:24PM  22  too.  "Hydraulic diameter" is not in the report.  He talks

4:24PM  23  about a K-factor issue.  There's one paragraph on this topic.

4:24PM  24  They did have an expert on this, and they're not calling him,

4:24PM  25  Martinez, and I think what -- they're now using Dr. Dykhuizen

RONALD DYKHUIZEN, PH.D. - DIRECT

4:24PM  1    to try to bring that testimony in.  And we have a report here
4:24PM  2    that tells us what the witness is supposed to testify about,
4:24PM  3    and "hydraulic diameter" is not set forth in this report.
4:24PM  4    **BY MR. CERNICH:**
4:24PM  5    **Q.**   Dr. Dykhuizen, did you opine in your report that you
4:24PM  6    believe Dr. Zaldivar's riser flow rates were also off by a
4:24PM  7    factor of 2?
4:24PM  8    **A.**   Yes, I did.
4:24PM  9    **Q.**   Okay.  And did you learn at some point why Dr. Zaldivar's
4:24PM 10    riser flow rates were, in fact, off by a factor of 2?
4:24PM 11    **A.**   Yes.  I listened to Dr. Zaldivar's deposition, and he
4:24PM 12    described -- in his calculations, he described it with an error
4:24PM 13    in it.
4:24PM 14          **MR. REGAN:**  Your Honor, that's after the report,
4:24PM 15    after the rebuttal report.  This is not a witness who was on
4:25PM 16    this topic.  I have no doubt of his capability to understand
4:25PM 17    the topic, but an issue of disclosure here is one where now
4:25PM 18    we're having Dr. Dykhuizen testify about something that one of
4:25PM 19    the other United States experts, who they're not calling, was
4:25PM 20    actually used to cover.
4:25PM 21          **MR. CERNICH:**  Your Honor, the parties were limited in
4:25PM 22    the number of experts that it could bring to trial.
4:25PM 23    Dr. Dykhuizen included an opinion in his report that he thought
4:25PM 24    Dr. Zaldivar's calculations were off by a factor of 2.  In the
4:25PM 25    normal course of discovery, Dr. Dykhuizen would have written a

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 4:25PM | 1 | report; Dr. Zaldivar would have rebutted -- and would have been |
| 4:25PM | 2 | deposed; Dr. Zaldivar would have written a report and been |
| 4:25PM | 3 | deposed.  And before -- |
| 4:25PM | 4 | **THE COURT:**  Is this talked about in his deposition? |
| 4:25PM | 5 | Was this witness deposed? |
| 4:25PM | 6 | **MR. REGAN:**  I deposed him, Your Honor.  He references |
| 4:25PM | 7 | K-factors being too large.  I think what they're doing is |
| 4:25PM | 8 | they're now trying to use one sentence in his report to bring |
| 4:25PM | 9 | in an expert that they're not calling to talk about a topic |
| 4:25PM | 10 | that is not set forth in his report. |
| 4:26PM | 11 | **MR. CERNICH:**  Dr. Zaldivar -- I'm sorry, Your Honor. |
| 4:26PM | 12 | BP had the opportunity to ask -- explore Dr. Dykhuizen's |
| 4:26PM | 13 | calculations or his criticisms of Dr. Zaldivar during his |
| 4:26PM | 14 | deposition.  They asked no questions regarding his opinions on |
| 4:26PM | 15 | the -- on his kink leak estimates or Dr. Dykhuizen's opinions |
| 4:26PM | 16 | regarding the flow rates on the riser. |
| 4:26PM | 17 | Dr. Dykhuizen, as he testified, listened to |
| 4:26PM | 18 | Dr. Zaldivar -- |
| 4:26PM | 19 | **THE COURT:**  Was he asked what he based his opinion on |
| 4:26PM | 20 | that Dr. Zaldivar was off by a factor of 2? |
| 4:26PM | 21 | **MR. CERNICH:**  No, Your Honor. |
| 4:26PM | 22 | **MR. REGAN:**  He says it in his report, Your Honor.  He |
| 4:26PM | 23 | says why.  He says he uses a K value of 4.  He's talking about |
| 4:26PM | 24 | K values, resistance factors.  He doesn't talk about this topic |
| 4:26PM | 25 | of hydraulic diameter.  There was a different witness who was |

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 4:26PM | 1 | covering that issue -- |
| 4:26PM | 2 | THE COURT:  Okay. |
| 4:26PM | 3 | MR. REGAN:  -- for the United States. |
| 4:26PM | 4 | THE COURT:  Okay.  All right.  It sounds like this is |
| 4:26PM | 5 | getting beyond his reports.  I'll sustain the objection. |
| 4:27PM | 6 | MR. CERNICH:  Thank you, Dr. Dykhuizen. |
| 4:27PM | 7 | BY MR. CERNICH: |
| 4:27PM | 8 | Q.   Now, just to -- just to wrap up here, you calculated flow |
| 4:27PM | 9 | rates for three time periods? |
| 4:27PM | 10 | A.   Yes, I did. |
| 4:27PM | 11 | MR. CERNICH:  Okay.  Could we go to D-21122. |
| 4:27PM | 12 | BY MR. CERNICH: |
| 4:27PM | 13 | Q.   And does this demonstrative show a timeline with your |
| 4:27PM | 14 | calculations? |
| 4:27PM | 15 | A.   Yes, it does. |
| 4:27PM | 16 | Q.   And so is this your Top Kill period flow rate calculation? |
| 4:27PM | 17 | A.   Yes, it is. |
| 4:27PM | 18 | Q.   And what is that? |
| 4:27PM | 19 | A.   Over 60,000 barrels a day. |
| 4:27PM | 20 | Q.   And is this your Top Hat 4 period estimate? |
| 4:27PM | 21 | A.   Yes, it is. |
| 4:27PM | 22 | Q.   And what is that estimate? |
| 4:27PM | 23 | A.   Approximately 60,000 barrels of oil per day. |
| 4:27PM | 24 | Q.   And what is this estimate here? |
| 4:27PM | 25 | A.   Oh, that is the capping stack estimate and that is |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - DIRECT

| | | |
|---|---|---|
| 4:28PM | 1 | approximately 53,000 barrels of oil per day. |
| 4:28PM | 2 | MR. CERNICH:  Can we go to D-21143, please. |
| 4:28PM | 3 | BY MR. CERNICH: |
| 4:28PM | 4 | Q.   And, Dr. Dykhuizen, does this demonstrative summarize your |
| 4:28PM | 5 | opinions in this case? |
| 4:28PM | 6 | A.   Yes, it does. |
| 4:28PM | 7 | Q.   And in your opinion, are these reliable best estimates? |
| 4:28PM | 8 | A.   Yes, they are. |
| 4:28PM | 9 | MR. CERNICH:  Thank you, Dr. Dykhuizen. |
| 4:28PM | 10 | Your Honor, we're finished.  We'll pass the |
| 4:28PM | 11 | witness. |
| 4:28PM | 12 | THE COURT:  Okay. |
| 4:28PM | 13 | CROSS-EXAMINATION |
| 4:29PM | 14 | MR. REGAN:  May I proceed, Your Honor? |
| 4:29PM | 15 | THE COURT:  Yes. |
| 4:29PM | 16 | BY MR. REGAN: |
| 4:29PM | 17 | Q.   Matt Regan on behalf of BP.  And this is the |
| 4:29PM | 18 | cross-examination of Dr. Dykhuizen. |
| 4:29PM | 19 | Hello, Dr. Dykhuizen.  How are you? |
| 4:29PM | 20 | A.   I'm fine.  Thank you. |
| 4:29PM | 21 | Q.   I'd like to start where you finished.  Your |
| 4:29PM | 22 | July 15th estimate of 53,000 barrels per day is based on your |
| 4:29PM | 23 | capping stack work; correct? |
| 4:29PM | 24 | A.   That is correct. |
| 4:29PM | 25 | Q.   And you have a plus or minus 20 percent error bar on that |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:29PM  1  number; correct?

4:29PM  2  A.   Yes, I do.

4:29PM  3  Q.   So that would be a range from 42,400 to 63,600 for that

4:29PM  4  single day of flow; correct?

4:29PM  5  A.   That sounds approximately correct, yes.

4:29PM  6  Q.   Your 20 percent uncertainty on that number is based on

4:29PM  7  your personal experience in measuring and calculating

4:29PM  8  multiphase flow; correct?

4:29PM  9  A.   That is correct.

4:29PM  10  Q.   I think as you said on direct, even if you had a flow

4:29PM  11  meter, you wouldn't expect it to read better than plus or minus

4:30PM  12  20 percent?

4:30PM  13  A.   That's not exactly what I said.  I said if I had an

4:30PM  14  uncalibrated flow meter, which this is what this is, I wouldn't

4:30PM  15  expect it to read any better than that.

4:30PM  16  Q.   It's your opinion that 5 million barrels of oil were

4:30PM  17  released from April 20th to July 15th; correct?

4:30PM  18  A.   Yes.

4:30PM  19  Q.   And you base this cumulative estimate by taking your

4:30PM  20  53,000 estimate of July 15th and then using a backwards

4:30PM  21  extrapolation in time to April 20th and then adding up the area

4:30PM  22  for the interval; correct?

4:30PM  23  A.   That is correct.

4:30PM  24  Q.   When that estimate was first released, that 5 million

4:30PM  25  estimate of 4.9 in August of 2010, you did not believe that any

RONALD DYKHUIZEN, PH.D. - CROSS

4:30PM  1    error bar could be applied to that number; correct?

4:30PM  2    A.    That is correct, that's what I stated.  Obviously, the

4:30PM  3    error bar is not more than 100 percent.

4:30PM  4    Q.    And when that number -- that 4.9 million cumulative number

4:30PM  5    was released in the DOE report, you weren't willing to stand

4:31PM  6    behind an error bar on that 4.9 million cumulative number then

4:31PM  7    either; correct?

4:31PM  8    A.    That is correct.

4:31PM  9    Q.    For your expert report in this case now three years later,

4:31PM  10   you have a plus or minus 30 percent error bar on your own

4:31PM  11   5 million cumulative flow estimate; correct?

4:31PM  12   A.    That is correct.

4:31PM  13   Q.    The primary reason for your large 30 percent error

4:31PM  14   compared to your 20 percent error on the one-day estimate is

4:31PM  15   the impact of erosional processes and knowing when erosion

4:31PM  16   stopped; correct?

4:31PM  17   A.    That is correct.

4:31PM  18   Q.    And as you said, erosion only happens in one direction;

4:31PM  19   correct?

4:31PM  20   A.    That is correct.

4:31PM  21   Q.    So not understanding when the erosional processes stopped,

4:31PM  22   the impact of that uncertainty is to bring your calculation

4:31PM  23   down; correct?

4:31PM  24   A.    That is correct.

4:31PM  25   Q.    Now, it depends on where you start, but if you start at

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 4:31PM | 1 | 53,000 on the last day and you do the integration to get |
| 4:32PM | 2 | 5 million and there is erosional effects or erosional processes |
| 4:32PM | 3 | not accounted for in your estimate, it's going to bring your |
| 4:32PM | 4 | number, the 5 million number, down; correct? |
| 4:32PM | 5 | A.    That is correct. |
| 4:32PM | 6 | Q.    But looking solely at your own work, even today, looking |
| 4:32PM | 7 | at your own work, your error on that 5 million would be |
| 4:32PM | 8 | significantly larger than 30 percent; correct? |
| 4:32PM | 9 | A.    I don't understand your question, so I have a hard time |
| 4:32PM | 10 | agreeing with it. |
| 4:32PM | 11 | Q.    If you look solely at your own work, Dr. Dykhuizen, the |
| 4:32PM | 12 | error that you have for your 5 million cumulative estimate -- |
| 4:32PM | 13 | that is, if you don't look at Dr. Griffiths and you don't look |
| 4:32PM | 14 | at Dr. Pooladi-Darvish, just look at your own work, your error |
| 4:32PM | 15 | would be greater than 30 percent; correct? |
| 4:32PM | 16 | A.    I think that's a fair statement, yes. |
| 4:32PM | 17 | Q.    So it's after looking at Dr. Griffiths' work and after |
| 4:32PM | 18 | looking at Dr. Pooladi-Darvish's work and after reviewing the |
| 4:32PM | 19 | record and after testifying about the things you just testified |
| 4:32PM | 20 | to on direct, it's at that point you then can arrive at a plus |
| 4:33PM | 21 | or minus 30 percent error on your 5 million number; correct? |
| 4:33PM | 22 | A.    That is correct, although not exactly correct.  I -- on |
| 4:33PM | 23 | testimony here today, I put that at plus 20 and minus 30, so |
| 4:33PM | 24 | I'll give you a little bit there. |
| 4:33PM | 25 | Q.    Okay.  So at the time of your deposition, it was plus or |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 4:33PM | 1 | minus 30 percent on 5 million; correct? |
| 4:33PM | 2 | A.   I might have said that.  I thought I said it was a |
| 4:33PM | 3 | 30 percent error, and if I did say plus or minus 30, I |
| 4:33PM | 4 | apologize. |
| 4:33PM | 5 | Q.   No apology necessary.  I just want clarity. |
| 4:33PM | 6 |         Today, what is your error estimate on your 5 million |
| 4:33PM | 7 | cumulative estimate? |
| 4:33PM | 8 | A.   Plus 20 and minus 30. |
| 4:33PM | 9 | Q.   So that would be 6 million barrels on the high side and |
| 4:33PM | 10 | 3.5 million barrels on the low side? |
| 4:33PM | 11 | A.   That is correct. |
| 4:33PM | 12 | Q.   And you agree that it is much more likely to be a lower |
| 4:33PM | 13 | value than a higher value between that range? |
| 4:34PM | 14 | A.   No, that's not true. |
| 4:34PM | 15 | Q.   With respect to your 3.5 to 6.5 range that you testified |
| 4:34PM | 16 | about in your deposition, you agreed it was much more likely to |
| 4:34PM | 17 | be a lower value than a higher value; correct? |
| 4:34PM | 18 | A.   That is correct, and that's why my opinion is plus 20 and |
| 4:34PM | 19 | minus 30.  It is much more likely to be a lower value than a |
| 4:34PM | 20 | higher value.  If you take an integral average underneath the |
| 4:34PM | 21 | bell curve, you're going to come up with more probabilities of |
| 4:34PM | 22 | a lower value. |
| 4:34PM | 23 | Q.   I'm going to stay with uncertainties, although we could |
| 4:34PM | 24 | get into probabilities. |
| 4:34PM | 25 | A.   Sure. |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:34PM  1   **Q.**   But with respect to uncertainty, when we hear your

4:34PM  2   5 million number, we should think that Dykhuizen's range is 3.5

4:34PM  3   to 6.0; correct?

4:34PM  4   **A.**   Yes, I think that's fair.

4:34PM  5   **Q.**   The range -- the greatest uncertainty for you is erosional

4:34PM  6   processes; correct?

4:34PM  7   **A.**   That is correct.

4:35PM  8   **Q.**   And erosional processes work in one direction; correct?

4:35PM  9   **A.**   That is correct.

4:35PM  10  **Q.**   And that direction is to pull that number down, not move

4:35PM  11  it up; correct?

4:35PM  12  **A.**   That one effect will pull it down.  There are other

4:35PM  13  effects that will pull it up.  That's why we go up to 6.

4:35PM  14          **MR. REGAN:**   If we can put up D-23996-A,

4:35PM  15  Demonstrative 23996-A.

4:35PM  16  **BY MR. REGAN:**

4:35PM  17  **Q.**   Dr. Dykhuizen, I have on the screen a chart that has first

4:35PM  18  a blue line.  Does that appear to be the 53,000 final day rate

4:35PM  19  that you testified to as your July 15th capping stack flow

4:35PM  20  estimate?

4:35PM  21  **A.**   Yes.

4:35PM  22  **Q.**   And does this line that's then drawn back to Day 3,

4:35PM  23  April 22nd through 23rd, is that how you calculated your

4:35PM  24  5-million-barrel estimate?

4:35PM  25  **A.**   Yes, it is.  That's approximately the integral.  I don't

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:36PM    1    know if it's 040 or whatever, but it's somewhere between 4.9
4:36PM    2    and 5.
4:36PM    3    Q.    And again, it's the area under the curve, everything
4:36PM    4    underneath the blue line, that adds up, day by day, to
4:36PM    5    approximately 5 million?
4:36PM    6    A.    That is correct.
4:36PM    7    Q.    To reach 3.5 million, if you're -- to get to a cumulative
4:36PM    8    estimate of 3.5 million, your 30 percent low, do you agree that
4:36PM    9    you cannot have a flow rate that starts high and ends low?
4:36PM   10    A.    No, I don't agree with that.  I have point estimates at
4:36PM   11    the time of Top Hat that's about 60,000, which is above 53,000.
4:36PM   12    I also have a Point X estimate at the time of the Top Kill
4:36PM   13    which is approximately 60,000.  So I would expect, at least in
4:36PM   14    that time period, it to be decreasing.
4:36PM   15          But once we get farther to the left and where it's
4:37PM   16    starting running out of PT-B pressure gauge data to support
4:37PM   17    Dr. Griffiths' solution, then the flow has to turn around.  So
4:37PM   18    I think that it is decreasing at the end period, but it's
4:37PM   19    possible that it's increasing at the beginning.  And I have it
4:37PM   20    increasing at the beginning; I have it going from zero to
4:37PM   21    63,000.
4:37PM   22          Now, this is just a proxy for erosion.  This is not
4:37PM   23    my calculation of erosion.  I'm saying that for the first few
4:37PM   24    days, we will assign zero.  I could assign for the first four
4:37PM   25    days half flow.  And so I go from half flow to full flow after

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:37PM  1   Day 4.  Yes, we have a period of increasing flow due to
4:37PM  2   erosion, but that does not have to increase over the entire
4:37PM  3   time period of the accident.
4:37PM  4   Q.   If you use 53,000 as your July 15th number and you use the
4:37PM  5   same linear approach that you did for your 5 million number,
4:38PM  6   you agree you must start with a lower number as of Day 3 to get
4:38PM  7   3.5 million barrels?
4:38PM  8   A.   I don't think there's anything wrong with that statement.
4:38PM  9   That is a true statement.
4:38PM  10  Q.   That is a true statement.
4:38PM  11       If this number is 53,000 as of July 15th and we
4:38PM  12  accept your 30 percent error bar, take it to 3.5 million, flow
4:38PM  13  would start low and end high, using the linear approach that
4:38PM  14  you used for your 5 million estimate; correct?
4:38PM  15  A.   No.  It could start low, it could have a peak in the
4:38PM  16  middle, and then end higher.  I don't expect that this solution
4:38PM  17  makes a lot of physical sense.
4:38PM  18       It comes up with an integral that isn't out of my
4:38PM  19  bounds, but I don't think the graph that you give seems
4:38PM  20  defendable.
4:38PM  21  Q.   You could have a line that starts low, peaks in the
4:39PM  22  middle, and comes back down to 53,000 and still reach
4:39PM  23  35 million -- or 3.5 million?
4:39PM  24  A.   Would you mind if I used my own pointer?
4:39PM  25  Q.   Sure.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:39PM  1  A.   I think the flow could start low and then go up and then
4:39PM  2  follow along the line, and you could come up with an integral
4:39PM  3  that is approximately 30 -- 3.5 million barrels a day.  I do
4:39PM  4  not think that this is a plausible solution that you have.  So
4:39PM  5  I can come up with a solution that starts low, maybe goes for
4:39PM  6  13 days -- starts at 10,000, goes for 13 days, then somewhere
4:39PM  7  up here, attaches to my line and then continues down.
4:39PM  8          Now, these numbers, I'm making up out of my head.
4:39PM  9  I'm just trying to give you an example.  This sort of line does
4:39PM  10  not seem reasonable to me.
4:40PM  11  Q.   Okay.  So you could have a line that starts low and goes
4:40PM  12  up faster, subject to the math actually working, about how high
4:40PM  13  you could get, given that you end at 53,000; correct?
4:40PM  14  A.   That is correct.  I think it's pretty clear:  At the end,
4:40PM  15  we have flow decreasing with time.
4:40PM  16          At the beginning, I have a lack of data, and so I
4:40PM  17  could start at 10,000 or 20,000, work my way up.  And then I
4:40PM  18  could work up higher than this because 53,000 could be enough
4:40PM  19  of an estimate, and I could end up lower than this because
4:40PM  20  53,000 is just an estimate.
4:40PM  21          I don't expect 43,000 to be very probable or 63,000
4:40PM  22  to be very probable.  I expect to end up near 53,000.
4:40PM  23  Q.   This line that we have here and the one you just testified
4:40PM  24  to, both of those flow rate paths or trends are consistent with
4:40PM  25  your expert opinion about what the cumulative flow could be?

RONALD DYKHUIZEN, PH.D. - CROSS

4:41PM   1    A.   It's consistent with the cumulative flow, yes.  It is not
4:41PM   2    consistent of what I think a believable flow versus time is.
4:41PM   3    Q.   But it's consistent with the error bar that you attached
4:41PM   4    to your opinion; correct?
4:41PM   5    A.   Yes.
4:41PM   6    Q.   When you arrived at the Macondo, you testified that there
4:41PM   7    was a variety of things that you worked on.  I'd like you to
4:41PM   8    just pull up a document that you drafted in late June of 2010,
4:41PM   9    TREX-9388.1.1.
4:41PM  10         So by June 29th, 2010, you had been at Macondo for --
4:41PM  11    at Houston or working on the problem, either in Houston or
4:41PM  12    Albuquerque, for about a month and a half?
4:41PM  13    A.   That is correct.
4:41PM  14    Q.   And on June 29th, you drafted this document you call a
4:41PM  15    "Flow Uncertainty Position," we've marked as TREX-9388;
4:42PM  16    correct?
4:42PM  17    A.   That is correct.
4:42PM  18    Q.   And you drafted this for Tom Hunter; correct?
4:42PM  19    A.   That is -- I drafted that and sent it to a number of
4:42PM  20    people for review, and it's indicated here that it's going to
4:42PM  21    eventually go to Tom Hunter, yes.
4:42PM  22    Q.   So if we could turn to the first page of your "Flow
4:42PM  23    Uncertainty Position," TREX-9389.2.1.
4:42PM  24         What you were drafting in this document was all of
4:42PM  25    the challenges that you had -- and your team had -- in terms of

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:42PM   1   trying to determine a flow rate, given the circumstances at

4:42PM   2   Macondo; correct?

4:42PM   3   A.    That is correct.

4:42PM   4   Q.    So the first thing you talk about, I think -- actually,

4:42PM   5   I'd call it the second page, 9389.1.1, there's two pages.

4:42PM   6         The first thing you say:  "There are many parameters

4:42PM   7   that determine the pressure and temperature distribution within

4:43PM   8   the well."

4:43PM   9         Correct?

4:43PM   10  A.    That's correct.

4:43PM   11  Q.    And doing hydraulic analysis, you need to take into

4:43PM   12  account pressure and temperature because it can affect density,

4:43PM   13  which can then affect -- as we walk through the formulas -- the

4:43PM   14  way you ultimately can calculate flow using pressure

4:43PM   15  differences; correct?

4:43PM   16  A.    That is correct.

4:43PM   17  Q.    You also point out in the second paragraph:  "We have a

4:43PM   18  single pressure measurement, so a variety of resistance pairs

4:43PM   19  can yield the correct BOP pressure."

4:43PM   20        Did I read that correctly?

4:43PM   21  A.    That is correct.

4:43PM   22  Q.    What you're referring to there is the PT-B gauge; correct?

4:43PM   23  A.    Yes.  That is your single pressure measurement at that

4:43PM   24  one.

4:43PM   25  Q.    Right.

RONALD DYKHUIZEN, PH.D. - CROSS

4:43 PM 1        And by a variety of resistance pairs, you're saying
4:43 PM 2    that:  Depending on what you assume about resistance below --
4:43 PM 3    that is upstream of the PT-B -- and resistance above -- that is
4:43 PM 4    below the PT-B -- you could have a variety of pairs that patch
4:43 PM 5    the PT-B pressure?
4:43 PM 6    A.    That is correct.
4:43 PM 7    Q.    And you say in the fourth paragraph:  "The geometry of
4:43 PM 8    flow is also unknown."
4:43 PM 9        Correct?
4:43 PM 10   A.    That is correct.  We didn't know the path and we didn't
4:43 PM 11   know what obstructions might be there.
4:44 PM 12   Q.    You mention in the fifth paragraph that:  "Current
4:44 PM 13   observations have revealed that the drill pipe that was known
4:44 PM 14   to exist in the well has slipped from its last known position."
4:44 PM 15       Correct?
4:44 PM 16   A.    Yes, that is what I wrote.
4:44 PM 17   Q.    If you're doing a hydraulic analysis, the location of the
4:44 PM 18   drill pipe can impact the nature of your calculation; correct?
4:44 PM 19   A.    That is correct, especially if you're including the drill
4:44 PM 20   pipe and the flow is going through the center of the pipe.
4:44 PM 21   Q.    It was another unknown?
4:44 PM 22   A.    That is correct.
4:44 PM 23   Q.    And the sixth paragraph, you said:  "The current
4:44 PM 24   observations of the plume out of the cut-off riser reveal two
4:44 PM 25   distinct colors.  This is consistent with the distinct colors

1445

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 4:44PM | 1 | out of the kink holes previously.  This implies that there are |
| 4:44PM | 2 | two distinct flow paths through the BOP." |
| 4:44PM | 3 | Correct? |
| 4:44PM | 4 | **A.**   That was a hypothesis I was putting in there, and that was |
| 4:44PM | 5 | exactly what I wrote. |
| 4:44PM | 6 | **Q.**   The question of what the flow path, even in the BOP, was |
| 4:44PM | 7 | uncertain even as of June 29th, 2010; correct? |
| 4:44PM | 8 | **A.**   That is correct. |
| 4:44PM | 9 | **Q.**   And you say in the last paragraph:  "A split in flow |
| 4:45PM | 10 | requires a model." |
| 4:45PM | 11 | You're again referring to two paths in the BOP; |
| 4:45PM | 12 | right? |
| 4:45PM | 13 | **A.**   Yes.  We think we had two paths in the BOP, and how much |
| 4:45PM | 14 | goes through each path is of interest. |
| 4:45PM | 15 | **Q.**   If we turn the page then to 9389.2.1.  The next |
| 4:45PM | 16 | uncertainty you raise is:  "Reservoir depletion is another |
| 4:45PM | 17 | important factor." |
| 4:45PM | 18 | Correct? |
| 4:45PM | 19 | **A.**   That is correct. |
| 4:45PM | 20 | **Q.**   So to do a hydraulics analysis, you need to come to an |
| 4:45PM | 21 | assumption about depletion of the reservoir; correct? |
| 4:45PM | 22 | **A.**   That is correct. |
| 4:45PM | 23 | **Q.**   There was only one measured reservoir pressure, |
| 4:45PM | 24 | 11,850 psi, that was measured before the accident; correct? |
| 4:45PM | 25 | **A.**   That is correct. |

RONALD DYKHUIZEN, PH.D. - CROSS

4:45PM  1    Q.   You say in the second paragraph here:  "Any model has to

4:45PM  2    not only assume various flow paths and resistances; it has to

4:45PM  3    account for potential erosion during the long flowing time.  It

4:45PM  4    is assumed that the kill operation where mud was forced through

4:45PM  5    the various paths could have eroded the BOP."

4:46PM  6            This, again, is a reference to the impact of erosion,

4:46PM  7    if you're trying to do a hydraulics calculation; correct?

4:46PM  8    A.   That's correct.

4:46PM  9    Q.   So it's not only that you have to understand the

4:46PM 10    resistances, but you need to understand how they might change

4:46PM 11    over time; correct?

4:46PM 12    A.   That is correct.

4:46PM 13    Q.   And if you are going to do a flow rate that you're adding

4:46PM 14    successive days, you need it make sure that whatever the

4:46PM 15    resistances were on one day, have they changed or are they the

4:46PM 16    same on the next?

4:46PM 17    A.   That is correct.

4:46PM 18    Q.   "The model of the system," you write, "will have a lot of

4:46PM 19    parameters."

4:46PM 20            Correct?

4:46PM 21    A.   Yes.

4:46PM 22    Q.   And parameters, we're going to hear a lot about -- at

4:46PM 23    least this week -- that's talking about the way you're

4:46PM 24    designing the parameter.  How would you describe "parameters"

4:46PM 25    in your own words?

OFFICIAL TRANSCRIPT

1447

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 4:46PM | 1 | **A.**   We have a number of parameters.  We obviously have |
| 4:46PM | 2 | effective resistances of a parameter that we always use. |
| 4:46PM | 3 | Discharge coefficients and leaks, heat transfer coefficients, |
| 4:47PM | 4 | friction factors, there are many factors that go into a |
| 4:47PM | 5 | calculation. |
| 4:47PM | 6 | **Q.**   And broadly speaking, these are the types of parameters |
| 4:47PM | 7 | that people that do what you do, multiphase flow analyses, have |
| 4:47PM | 8 | to take into account to calculate flow? |
| 4:47PM | 9 | **A.**   Depending on your model, you need to take into account |
| 4:47PM | 10 | more or less of those, but, yes, we have to take into account |
| 4:47PM | 11 | parameters. |
| 4:47PM | 12 | **Q.**   And you say at the bottom -- I'll skip here -- you |
| 4:47PM | 13 | describe an analogy here, what you say:  "This is why one |
| 4:47PM | 14 | cannot use an inaccurate model to determine if the well is |
| 4:47PM | 15 | sound.  It is not that the sensitivity is low; it is that our |
| 4:47PM | 16 | uncertainties are high." |
| 4:47PM | 17 | Correct? |
| 4:47PM | 18 | **A.**   I think that's correct. |
| 4:47PM | 19 | **Q.**   The number of parameters or the number of things that you |
| 4:47PM | 20 | would have to either know or then assume was a very large |
| 4:47PM | 21 | number; correct? |
| 4:47PM | 22 | **A.**   Depending on your models.  Some models have more |
| 4:47PM | 23 | parameters than others.  My capping stack model did not have a |
| 4:47PM | 24 | large number of parameters, but the integrated flow, if you |
| 4:48PM | 25 | wanted to do that from first principles, would have lots of |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:48PM  1   parameters.

4:48PM  2   **Q.**   So the challenges to developing a hydraulic estimate of

4:48PM  3   flow, as we've seen here in your flow uncertainty document,

4:48PM  4   include understanding the fluid properties; correct?

4:48PM  5   **A.**   Yes.

4:48PM  6   **Q.**   Understanding the equation of state, which is, in essence,

4:48PM  7   also included on these; correct?

4:48PM  8   **A.**   Yes.

4:48PM  9   **Q.**   That includes issues of density, viscosity, impact of

4:48PM  10  crude oil; correct?

4:48PM  11  **A.**   That's correct.

4:48PM  12  **Q.**   You have to understand the temperature distribution;

4:48PM  13  correct?

4:48PM  14  **A.**   Yes.

4:48PM  15  **Q.**   You have to understand the pressure distribution; correct?

4:48PM  16  **A.**   Yes.

4:48PM  17  **Q.**   You have to understand the geometry, including any changes

4:48PM  18  in that geometry; correct?

4:48PM  19  **A.**   Yes.

4:48PM  20  **Q.**   You have to come to an assessment of flow path; correct?

4:48PM  21  **A.**   In some cases, you do not; but in some cases, you do, yes.

4:48PM  22  **Q.**   You're dealing, in Macondo, in a multiphase fluid

4:48PM  23  environment; correct?

4:48PM  24  **A.**   Yes.

4:48PM  25  **Q.**   So then you have to determine what's the effect of

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:48PM   1   multiphase flow in this geometry, in this pressure

4:49PM   2   distribution, in this temperature distribution; correct?

4:49PM   3   A.   That is correct.

4:49PM   4   Q.   You have to make an assumption about reservoir depletion;

4:49PM   5   correct?

4:49PM   6   A.   Yes.

4:49PM   7   Q.   You have to make an assumption about erosion; correct?

4:49PM   8   A.   Yes.

4:49PM   9   Q.   And given the number of assumptions, you then -- as to the

4:49PM  10   inputs, you then also have to say, Does my model have potential

4:49PM  11   model error; correct?

4:49PM  12   A.   Yes.

4:49PM  13   Q.   And the more parameters you put into the model, the higher

4:49PM  14   your potential model error; correct?

4:49PM  15   A.   As long as you use "potential" in that sentence, I think

4:49PM  16   we can agree with it, yes.

4:49PM  17   Q.   So you would agree that, as of -- leading up to the

4:49PM  18   capping stack, your team and your personal efforts to try and

4:49PM  19   arrive at a definitive flow rate had been stymied, given the

4:49PM  20   number of uncertainties that existed?

4:49PM  21   A.   I think that's correct.  The Top Hat was a very -- was a

4:49PM  22   calculation, was -- in the sand that we stuck a stick in the

4:50PM  23   stand and said, Gee, this looks significant compared to

4:50PM  24   5,000 barrels of oil per day that was reported in the press.

4:50PM  25        So we had some calculations before capping stack that

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:50PM   1    were very informative of the flow.

4:50PM   2               MR. REGAN:  If we could pull TREX-9361.49.1.

4:50PM   3    BY MR. REGAN:

4:50PM   4    Q.   This is out of the DOE-NNSA report.

4:50PM   5               Before I read the quote there, Dr. Dykhuizen, you

4:50PM   6    were involved in the first drafting of this report; correct?

4:50PM   7    A.   I wrote the first draft and I reviewed all the drafts

4:50PM   8    afterwards.

4:50PM   9    Q.   The purpose of this was to summarize the arrival --

4:50PM  10    summarize the activities that resulted in the flow rate

4:50PM  11    estimate that was issued on August 23rd, 2010, at least in

4:50PM  12    terms of DOE-NNSA team; correct?

4:50PM  13    A.   That is correct.

4:50PM  14    Q.   And here on page 49, it says in the "Summary Conclusions":

4:51PM  15    "While there had been attempts throughout post-accident times

4:51PM  16    to quantify the instantaneous flow rate, the DOE-NNSA flow team

4:51PM  17    and other researchers directed by the DOI were generally

4:51PM  18    stymied in these attempts prior to well shut-in, largely

4:51PM  19    because of uncertainties in the well geometry, the BOP, and

4:51PM  20    reservoir depletion."

4:51PM  21               Correct?

4:51PM  22    A.   That's a correct reading of that statement.

4:51PM  23    Q.   And that was your experience as a member of that team at

4:51PM  24    Macondo; correct?

4:51PM  25    A.   Yes.

1451

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 4:51PM | 1 | **Q.**   And now the capping stack was installed on July 12th; it |
| 4:51PM | 2 | started to be activated July 14th; the well was shut in |
| 4:51PM | 3 | July 15th; correct? |
| 4:51PM | 4 | **A.**   That is correct. |
| 4:51PM | 5 | **Q.**   I'm going to turn to some of the calculations that you did |
| 4:51PM | 6 | with respect to the capping stack. |
| 4:51PM | 7 |       Before we get there, on July 26th, you had a meeting |
| 4:51PM | 8 | with Tom Hunter where you reviewed the efforts that had been |
| 4:51PM | 9 | made to calculate flow prior to the capping stack; do you |
| 4:51PM | 10 | recall that? |
| 4:51PM | 11 | **A.**   Yes, I do. |
| 4:51PM | 12 | **Q.**   Now, if we turn to TREX-9706, this is a copy of that |
| 4:52PM | 13 | PowerPoint.  And if we go to 9706.4, this is a summary of those |
| 4:52PM | 14 | efforts; do you see that? |
| 4:52PM | 15 | **A.**   Yes, it is. |
| 4:52PM | 16 | **Q.**   And it includes a number of things including a Top Hat |
| 4:52PM | 17 | calculation; correct? |
| 4:52PM | 18 | **A.**   Yes, it is. |
| 4:52PM | 19 | **Q.**   On June 15th, 2010; is that right? |
| 4:52PM | 20 | **A.**   That is correct. |
| 4:52PM | 21 | **Q.**   And the range of estimates there from the DOE team was |
| 4:52PM | 22 | 72,700 to 83,000 with a 51,900 to 104,900 max range; correct? |
| 4:52PM | 23 | **A.**   That's what it states.  That's not my memory of this.  I |
| 4:52PM | 24 | thought we had 45 to 80.  I think I've reviewed documents that |
| 4:52PM | 25 | has that.  Obviously, Dr. Ratzell, when writing this report, |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:52PM  1   has a slightly different range.

4:52PM  2   Q.   You don't recall that, in fact, the three labs' estimates

4:52PM  3   of Top Hat on July 15th, the lowest one was 72,700?  You don't

4:53PM  4   recall that?  And the high range was 83,000?

4:53PM  5   A.   Those numbers don't ring clear in my mind.  It might be

4:53PM  6   that they stated that.  He's labeling these "Baseline."  I

4:53PM  7   think what he means by "baseline," since he coordinated these

4:53PM  8   calculations, was we were told how much area to assume in the

4:53PM  9   skirt and we were told how to proceed with the skirt

4:53PM  10  calculation.  None of the team really supported those values,

4:53PM  11  but we went ahead and did those calculations for him, and

4:53PM  12  that's probably what this top number is.

4:53PM  13          He gave very small ranges for what to assume in the

4:53PM  14  skirt and, therefore, we get a very small range, 73,000 to

4:53PM  15  83,000.  That was not supported.  People redid their

4:54PM  16  calculations based on what we felt were accurate at the time.

4:54PM  17  I seem to recall 45 to 80.  This reports here 52 to 104 -- or

4:54PM  18  105.  I would have discounted 105 because the well cannot flow

4:54PM  19  105,000 barrels a day.  But possibly the mathematics of the Top

4:54PM  20  Hat did yield 105,000 barrels per day.

4:54PM  21  Q.   Okay.  TREX-11534.1, this is a presentation that was made

4:54PM  22  on June 15th with the Top Hat estimates.  Do you recognize this

4:54PM  23  document?

4:54PM  24  A.   Yes, I do.

4:54PM  25  Q.   I think you attached it to your expert report?

RONALD DYKHUIZEN, PH.D. - CROSS

| | |
|---|---|
| 4:54PM | 1 | **A.**   Yes, I did. |
| 4:54PM | 2 |            **MR. REGAN:**  Go to TREX-11534.16. |
| 4:54PM | 3 | **BY MR. REGAN:** |
| 4:54PM | 4 | **Q.**   Do you see on there, Dr. Dykhuizen, the total oil flow |
| 4:55PM | 5 | estimates of the three national labs ranging from 72,700 to |
| 4:55PM | 6 | 83,000? |
| 4:55PM | 7 | **A.**   Yes, that's, again, labeled the baseline case. |
| 4:55PM | 8 | **Q.**   And the largest component of that flow is out of the |
| 4:55PM | 9 | skirt; correct? |
| 4:55PM | 10 | **A.**   That is correct. |
| 4:55PM | 11 | **Q.**   About 50 percent of those numbers; right? |
| 4:55PM | 12 | **A.**   That is correct. |
| 4:55PM | 13 |            **MR. REGAN:**  Go back to TREX-9706.5. |
| 4:55PM | 14 | **BY MR. REGAN:** |
| 4:55PM | 15 | **Q.**   So on July 26th, in reviewing these issues with |
| 4:55PM | 16 | Dr. Hunter, it was the Tri-Lab assessment, of which you were a |
| 4:55PM | 17 | member, that none of the methods listed above provided |
| 4:55PM | 18 | believable max flow results, including the Top Hat estimates; |
| 4:55PM | 19 | correct? |
| 4:55PM | 20 | **A.**   "Believable" is a relative term.  If the Top Hat |
| 4:55PM | 21 | calculates 100,000 barrels of oil per day, that is not |
| 4:55PM | 22 | believable because the well geometry can't support that. |
| 4:55PM | 23 | **Q.**   The word "believable" was used by one of the members of |
| 4:55PM | 24 | the team that did the calculations; correct? |
| 4:55PM | 25 | **A.**   Used -- it was written by Dr. Ratzell and he led the |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:56PM   1    calculations; correct.

4:56PM   2    **Q.**   And he found there were too many model uncertainties

4:56PM   3    and/or data for quantitative analysis included in the Top Hat

4:56PM   4    calculations; correct?

4:56PM   5    **A.**   That is correct.

4:56PM   6    **Q.**   There's no -- I'm sorry?

4:56PM   7    **A.**   That is the reason I tried to put in a lower bound than

4:56PM   8    the Top Hat calculation, because the estimates from the Top Hat

4:56PM   9    calculation had quite a large error bar to it.

4:56PM   10   **Q.**   Later that same week, Dr. Dykhuizen, the week of

4:56PM   11   July 26th, you were then told that you needed to have a meeting

4:56PM   12   on July 30th to provide a new flow rate for the government to

4:56PM   13   announce; correct?

4:56PM   14   **A.**   Yes, I think that's true.

4:56PM   15   **Q.**   And that deadline, Friday, forced your team to rush to

4:56PM   16   complete its calculations; correct?

4:56PM   17   **A.**   I'm not going to agree with the word "rushed."  I'm also

4:56PM   18   not going to agree with the fact that we started those

4:56PM   19   calculations those days.  We started the calculations the first

4:56PM   20   day the capping stack was installed, as I testified.

4:56PM   21   **Q.**   There was a spreadsheet model that was used that week to

4:57PM   22   calculate the flow rate that was then discussed on Friday;

4:57PM   23   correct?

4:57PM   24   **A.**   That is correct.

4:57PM   25            **MR. REGAN:**   TREX 11456.1.1.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

4:57PM  1   BY MR. REGAN:
4:57PM  2   Q.   The name of the spreadsheet was "Wednesdaynightrush.XLS";
4:57PM  3   right?
4:57PM  4   A.   That is correct.  Charlie named this, I think, in an
4:57PM  5   attempt at humor.
4:57PM  6   Q.   Now, Charlie Morrow, he was a person that you worked very
4:57PM  7   closely with?
4:57PM  8   A.   Yes.
4:57PM  9   Q.   And he had oil and gas experience; is that right?
4:57PM 10   A.   Yes.
4:57PM 11   Q.   You found him to be a very reliable and credible asset to
4:57PM 12   you as you looked at these problems in 2010?
4:57PM 13   A.   Yes, he was.
4:57PM 14   Q.   Is he still at Sandia?
4:57PM 15   A.   Yes.
4:57PM 16   Q.   If we can then talk a little bit about the capping stack
4:57PM 17   calculations.
4:57PM 18        MR. REGAN:  Can you put up D-21100.1, which I believe
4:57PM 19   we saw on your direct.
4:57PM 20   BY MR. REGAN:
4:58PM 21   Q.   While that's coming up, with the capping stack, you now
4:58PM 22   had a well-defined geometry; correct?
4:58PM 23   A.   Yes, I think that's a quote out of the report.
4:58PM 24   Q.   You had calibrated pressure gauge information that you
4:58PM 25   trusted; correct?

OFFICIAL TRANSCRIPT

1456

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 4:58PM | 1 | **A.**   Yes. |
| 4:58PM | 2 | **Q.**   And this is where you described the capping stack being |
| 4:58PM | 3 | equivalent to an uncalibrated flow meter? |
| 4:58PM | 4 | **A.**   That is correct. |
| 4:58PM | 5 | **Q.**   You said the calculations that are set forth on |
| 4:58PM | 6 | D-21101.1 -- we'll come to it later. |
| 4:58PM | 7 | "The calculations are standard, first-year |
| 4:58PM | 8 | undergraduate course-type calculations"; is that right? |
| 4:58PM | 9 | **A.**   That's correct. |
| 4:58PM | 10 | **Q.**   But you had three national labs doing the calculations; |
| 4:58PM | 11 | correct? |
| 4:58PM | 12 | **A.**   That is correct? |
| 4:58PM | 13 | **Q.**   Ph.D.'s all around. |
| 4:58PM | 14 | **A.**   I'm not sure if that's correct, but most of them had |
| 4:58PM | 15 | Ph.D.'s.  Charlie Morrow did not have a Ph.D. |
| 4:58PM | 16 | **Q.**   Smart guys? |
| 4:58PM | 17 | **A.**   Yes. |
| 4:58PM | 18 | **Q.**   All three labs were looking at the same known geometry; |
| 4:59PM | 19 | correct? |
| 4:59PM | 20 | **A.**   That is correct. |
| 4:59PM | 21 | **Q.**   But the three labs used different K-factors or different |
| 4:59PM | 22 | resistance factors for the same known geometry; right? |
| 4:59PM | 23 | **A.**   That is correct. |
| 4:59PM | 24 | **MR. REGAN:**   TREX-9361.24.1. |
| | 25 | |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

| | |
|---|---|
| 4:59PM | 1 | **BY MR. REGAN:** |
| 4:59PM | 2 | **Q.**   As summarized in the Ratzell report -- again, for a common |
| 4:59PM | 3 | geometry -- the three national labs used different resistance |
| 4:59PM | 4 | factors for the exact same pipes; right? |
| 4:59PM | 5 | **A.**   That is correct.  Your laser pointer tends to highlight |
| 4:59PM | 6 | one in particular, which is mine up here.  The reason this one |
| 4:59PM | 7 | seems to be different is it's based on a different diameter. |
| 4:59PM | 8 | It is actually very close to, I think, one of the other two.  I |
| 4:59PM | 9 | can't do it off the top of my head, but I think it's very close |
| 5:00PM | 10 | to .5. |
| 5:00PM | 11 | **Q.**   The national labs -- the three national labs looking at |
| 5:00PM | 12 | the same geometry had different values for the resistances of |
| 5:00PM | 13 | the flow inside those pipes; correct? |
| 5:00PM | 14 | **A.**   That is correct. |
| 5:00PM | 15 | **Q.**   And that's an uncertainty that is part of the capping |
| 5:00PM | 16 | stack calculations; correct? |
| 5:00PM | 17 | **A.**   You could say that, but we also had the alternate method |
| 5:00PM | 18 | where we didn't use any of these and we let the data determine |
| 5:00PM | 19 | what the resistances were.  And the data showed that the |
| 5:00PM | 20 | resistances were approximately the same and we got |
| 5:00PM | 21 | approximately the same flow rate.  So we performed the flow |
| 5:00PM | 22 | calculations without using these tables. |
| 5:00PM | 23 |         I also only support the column that says "Sandia |
| 5:00PM | 24 | National Laboratory."  That's my work.  And the other two, I'm |
| 5:00PM | 25 | not supporting in my expert report. |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:00PM   1    **Q.**   Have I read correctly that the three national labs,

5:00PM   2    looking at the exact same geometry to do hydraulics

5:01PM   3    calculations, came up with different K-factors for that

5:01PM   4    geometry.  Did I read that chart correctly?

5:01PM   5    **A.**   That is correct.

5:01PM   6    **Q.**   Those three labs were also looking at the same flowing

5:01PM   7    fluid through the wellbore; correct?

5:01PM   8    **A.**   That is correct.

5:01PM   9    **Q.**   But each of the three national labs treated it

5:01PM  10    differently; correct?

5:01PM  11    **A.**   Treated the fluid differently is what I mean by it?

5:01PM  12    **Q.**   Yes.

5:01PM  13    **A.**   Yes.

5:01PM  14    **Q.**   They had different equations of state; right?

5:01PM  15    **A.**   That is correct.

5:01PM  16    **Q.**   So all three labs were attempting to model multiphase flow

5:01PM  17    out of the capping stack, but they all handled it a little

5:01PM  18    differently; correct?

5:01PM  19    **A.**   That is correct.

5:01PM  20    **Q.**   In your calculations, you did not model or try to

5:01PM  21    determine the type of flow regime or the way the multiphase

5:01PM  22    flow would actually progress through the capping stack;

5:01PM  23    correct?

5:01PM  24    **A.**   That is correct.  I did not determine a flow regime.  I

5:01PM  25    used K-factors, which implicitly assume that you have

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:02PM   1   homogenous flow, that the liquid and the gas are flowing at the

5:02PM   2   same velocities through the capping stack.

5:02PM   3   Q.   So homogenous flow is an assumption about how the

5:02PM   4   multiphase fluid is going to behave in this geometry?

5:02PM   5   A.   That is correct, but the alternate method supports that

5:02PM   6   assumption.

5:02PM   7   Q.   Method 3 that you talked about on direct, that one flows

5:02PM   8   when the choke line was closed; correct?

5:02PM   9   A.   I think we got Method 2 but, yes, I did one with the choke

5:02PM   10  line closing.

5:02PM   11  Q.   The choke line geometry was much more complex than the

5:02PM   12  kill line geometry in the capping stack?

5:02PM   13  A.   Yes, it was.

5:02PM   14  Q.   And all three national labs predicted that the flow would

5:02PM   15  increase when the valve was closed rather than decrease with

5:02PM   16  the choke valve; correct?

5:02PM   17  A.   Not only did three national labs predict that, but a

5:02PM   18  number of other people had similar predictions, given the data,

5:03PM   19  yes.

5:03PM   20  Q.   That was a non-physical result?

5:03PM   21  A.   That is correct.

5:03PM   22  Q.   And that outcome led you to have further uncertainty about

5:03PM   23  the capping stack flow rate calculation; correct?

5:03PM   24  A.   That is correct.  I think that is a very good

5:03PM   25  representation of my position.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:03PM    1    **Q.**   At the meeting on July 30th, 2010, with Dr. Hunter and

5:03PM    2    Secretary Chu -- you attended that meeting by phone; correct?

5:03PM    3    **A.**   That is correct.

5:03PM    4    **Q.**   And your team represented through Dr. Ratzell that there

5:03PM    5    was insufficient information to perform an uncertainty analysis

5:03PM    6    on flow rate and total flow at the time of that meeting;

5:03PM    7    correct?

5:03PM    8    **A.**   I don't recall that statement at the time of the meeting,

5:03PM    9    but that represents probably Dr. Ratzell's position, yes.

5:03PM   10         **MR. REGAN:**   TREX-8635.96.3.

5:04PM   11    **BY MR. REGAN:**

5:04PM   12    **Q.**   Do you recognize this as one of the slides that was shown

5:04PM   13    at the July 30th meeting, Dr. Dykhuizen?

5:04PM   14    **A.**   My memory isn't that good, but I will take your word for

5:04PM   15    it that it's one of the slides, yes.

5:04PM   16    **Q.**   It's consistent with your memory that your team told the

5:04PM   17    assembled group that, as of July 30th, 2010, you had

5:04PM   18    insufficient information to perform an uncertainty analysis on

5:04PM   19    flow rate and total flow at the time of meeting?

5:04PM   20    **A.**   Yes.  I did not disagree with your concept of the

5:04PM   21    statement; I just don't recall that statement being made.  It

5:04PM   22    probably was since you present this viewgraph to me.

5:04PM   23    **Q.**   And it lists some of the uncertainty sources there on the

5:04PM   24    tenth line, including model form, boundary and initial

5:04PM   25    conditions, and other model parameters; correct?

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 5:04PM | 1 | **A.** Yes. |
| 5:04PM | 2 | **Q.** During that meeting, you voiced your permanent view of |
| 5:04PM | 3 | what the appropriate uncertainty was for the capping stack |
| 5:04PM | 4 | calculation; correct? |
| 5:04PM | 5 | **A.** Which meeting are we at, please? I forgot. |
| 5:05PM | 6 | **Q.** July 30th, 2010. |
| 5:05PM | 7 | **A.** And the next meeting was the 31st? |
| 5:05PM | 8 | **Q.** Yes, sir. One was a Friday and one was a Saturday. |
| 5:05PM | 9 | **A.** I'm not on certain which one of those two meetings I |
| 5:05PM | 10 | expressed my concern. But, yes, at one of those two meetings, |
| 5:05PM | 11 | I expressed a concern about uncertainty values. |
| 5:05PM | 12 | **Q.** At that meeting, you expressed that you believed that the |
| 5:05PM | 13 | minimum uncertainty on the capping stack number should be plus |
| 5:05PM | 14 | or minus 20 percent; correct? |
| 5:05PM | 15 | **A.** Yes. At one of those two meetings. I can't recall right |
| 5:05PM | 16 | now which one it was, but I recall we had a discussion. There |
| 5:05PM | 17 | were some values presented for uncertainty and my vote was for |
| 5:05PM | 18 | 20 percent. |
| 5:05PM | 19 | **Q.** At some point after you articulated your uncertainty, you |
| 5:05PM | 20 | heard Secretary Chu say that he believed the uncertainty should |
| 5:05PM | 21 | be 10 percent; correct? |
| 5:05PM | 22 | **A.** That is correct. I think the first voice I heard said it |
| 5:05PM | 23 | was plus or minus 5 percent. I said that it was plus or minus |
| 5:06PM | 24 | 20 percent, because I thought 5 percent was ridiculous. And it |
| 5:06PM | 25 | seemed that Dr. Chu, attending by phone, but he has a unique |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:06PM   1   voice, I think that he said plus or minus 10 percent as a

5:06PM   2   compromise.

5:06PM   3   Q.   Now, your coworker we spoke of a minute ago, Charlie

5:06PM   4   Morrow, he also disagreed with 10 percent uncertainty on that

5:06PM   5   53,000 estimate; correct?

5:06PM   6   A.   That is correct.  He voiced an opinion of 30 percent.

5:06PM   7   Q.   So Charlie Morrow, the Sandia employee who had oil and gas

5:06PM   8   experience, believed that the appropriate uncertainty for the

5:06PM   9   July 15th estimate of 53,000 was plus or minus 30 percent;

5:06PM  10   correct?

5:06PM  11   A.   That is correct.

5:06PM  12   Q.   And that was based on his oil and gas experience; correct?

5:06PM  13   A.   I would assume so, yes, that he based it on his

5:06PM  14   experience.  I don't recall that he did any formal analysis.

5:06PM  15   Q.   And just as you have a higher uncertainty for your

5:06PM  16   cumulative, as opposed to your July 15th number, Charlie Morrow

5:07PM  17   also had a higher uncertainty on the cumulative number than

5:07PM  18   30 percent for July 15th; correct?

5:07PM  19   A.   I have no idea what his uncertainty was, but if he's a

5:07PM  20   bright guy and he has 30 percent uncertainty on the final day,

5:07PM  21   he should have higher than 30 percent uncertainty for the

5:07PM  22   integral.

5:07PM  23   Q.   That's what make sense; correct?

5:07PM  24   A.   That's the only thing that makes sense, correct.

5:07PM  25        **MR. REGAN:**  TREX-8809.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 5:07PM | 1 | BY MR. REGAN: |
| 5:07PM | 2 | Q.   This is the August 2nd press release that was issued with |
| 5:07PM | 3 | the 4.9 million cumulative flow estimate.  In the first |
| 5:07PM | 4 | paragraph with the highlight that starts with "Washington." |
| 5:07PM | 5 | Do you see in the last sentence there, Dr. Dykhuizen, |
| 5:07PM | 6 | that the official estimate said that the uncertainty would be |
| 5:07PM | 7 | plus or minus approximately 10 percent? |
| 5:07PM | 8 | A.   I see that statement.  I haven't read the whole paragraph |
| 5:07PM | 9 | because I'm trying to listen to you and read at the same time |
| 5:08PM | 10 | and I'm not that quick.  I assume this means for the -- let me |
| 5:08PM | 11 | read the paragraph, please. |
| 5:08PM | 12 | Q.   If we need to highlight a portion of it for you, just let |
| 5:08PM | 13 | us know. |
| 5:08PM | 14 | A.   This says the uncertainty is plus or minus 10 percent. |
| 5:08PM | 15 | I'm not sure that it applies to the total or to the flow on the |
| 5:08PM | 16 | final day or for all of it.  If it applies for all it or if it |
| 5:08PM | 17 | just applies to either one, I disagree with that statement |
| 5:08PM | 18 | either way. |
| 5:08PM | 19 | MR. REGAN:   TREX-8809.1.1. |
| 5:09PM | 20 | BY MR. REGAN: |
| 5:09PM | 21 | Q.   You know that the Ratzel report that was issued, that we |
| 5:09PM | 22 | looked at a minute ago, also had a 10 percent uncertainty on |
| 5:09PM | 23 | the final flow rate date -- flow rate and a 10 percent |
| 5:09PM | 24 | uncertainty on the cumulative flow rate; correct? |
| 5:09PM | 25 | A.   That is correct.  I disagreed with it then; I disagree |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:09PM    1    with it now.  I was not the author of that report.  I voiced my

5:09PM    2    disagreement at the time.

5:09PM    3    Q.   And if the estimate released on August 2nd, 2010, which

5:09PM    4    the Ratzel report or the DOE report was supposed to be

5:09PM    5    documenting -- if it also had 10 percent for the final flow

5:09PM    6    rate and 10 percent for the cumulative, you disagree with that?

5:09PM    7    A.   Yes, I would disagree with that.  But the excerpt you

5:09PM    8    showed me just said a 10 percent error, and I'm not certain

5:09PM    9    what it applied to because the quote you showed me was vague.

5:09PM   10    Q.   Fair enough.

5:09PM   11         If we go back, then, to the DOE report, 9361.1.

5:09PM   12    This, again, is the report that documents the activities that

5:10PM   13    happened on July 30th and 31st to arrive at that August 2nd

5:10PM   14    flow rate estimate; correct?

5:10PM   15    A.   That is correct.

5:10PM   16    Q.   Now, amongst the three national labs, there were a number

5:10PM   17    of different flow rate predictions for just the capping stack;

5:10PM   18    correct?

5:10PM   19    A.   That is correct.

5:10PM   20         MR. REGAN:  If we could go to Demonstrative 24406.

5:10PM   21    BY MR. REGAN:

5:10PM   22    Q.   This is a demonstrative, Dr. Dykhuizen, that pulls the

5:10PM   23    14 flow rate estimates that are found in Exhibit 9361 from the

5:10PM   24    three national labs from the four different ways that capping

5:10PM   25    stack flows were estimated.

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 5:10PM | 1 | Are you with me? |
| 5:10PM | 2 | A.   That is correct. |
| 5:10PM | 3 | Q.   Okay.  The number that you are testifying to is 53,000; |
| 5:10PM | 4 | correct? |
| 5:10PM | 5 | A.   Which is the average of the bottom six numbers.  Those are |
| 5:10PM | 6 | the numbers that I calculated, yes. |
| 5:10PM | 7 | Q.   It's not the average of the combined three national labs' |
| 5:10PM | 8 | calculations of capping stack flows; correct? |
| 5:11PM | 9 | A.   I'm here to represent my opinions, not the opinions of the |
| 5:11PM | 10 | combined three national labs, yes. |
| 5:11PM | 11 | Q.   But the other national labs had qualified engineers doing |
| 5:11PM | 12 | those calculations; correct? |
| 5:11PM | 13 | A.   Yes, they had qualified engineers.  I'm not sure that |
| 5:11PM | 14 | their teams were as good as mine.  I had Charlie Morrow and |
| 5:11PM | 15 | they did not have Charles Morrow. |
| 5:11PM | 16 | Q.   But you would agree with me that the number 53,000 is the |
| 5:11PM | 17 | second-highest estimate of the 14 that were made from the |
| 5:11PM | 18 | capping stack; correct? |
| 5:11PM | 19 | A.   I demonstrated in my testimony today that 53,000 is the |
| 5:11PM | 20 | average of the bottom six numbers on your chart. |
| 5:11PM | 21 | MR. REGAN:  D-24407. |
| 5:11PM | 22 | BY MR. REGAN: |
| 5:11PM | 23 | Q.   If I take those 14 numbers and I just put them highest to |
| 5:11PM | 24 | lowest, you would agree with me that the 53,000 estimate, which |
| 5:11PM | 25 | is one of your Sandia estimates, is the second-highest estimate |

RONALD DYKHUIZEN, PH.D. - CROSS

5:12PM  1   that was made for capping stack; correct?

5:12PM  2   **A.**   That is correct.  And also, the 55,300 is also a Sandia

5:12PM  3   estimate.

5:12PM  4   **Q.**   The 55,300, the highest number on the chart that we have

5:12PM  5   on the board, 24407, that was made on the choke line closure;

5:12PM  6   correct?

5:12PM  7   **A.**   That is correct.

5:12PM  8   **Q.**   That was the one where you had the anomaly of predicting

5:12PM  9   flow increasing when the valve was closing; correct?

5:12PM 10   **A.**   We didn't have the anomaly on the other ones because we

5:12PM 11   didn't have the opportunity to take any data on the other ones.

5:12PM 12         55,300 may be the most accurate.  As a matter of

5:12PM 13   fact, increasing the flow as the valve was changing, was

5:12PM 14   closing, maybe should indicate to us that there was more flow

5:12PM 15   coming out than we thought.

5:12PM 16         I only weighted that number by one-sixth, and I come

5:12PM 17   up with my average of 53,000.

5:12PM 18   **Q.**   The fact is, Dr. Dykhuizen, that 53,000 number that we see

5:12PM 19   in the report and that we heard you testify to today is an

5:12PM 20   upper bound estimate on the flow out of the capping stack;

5:12PM 21   correct?

5:13PM 22   **A.**   No, it's not, because there are many variables that go

5:13PM 23   into that calculation.  We have temperature uncertainty.  We

5:13PM 24   have a model uncertainty.  We have a number of uncertainties.

5:13PM 25   We have an uncalibrated flow meter.  It could be 20 percent

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:13PM  1  higher or it could be 20 percent lower.

5:13PM  2  **Q.**   Dr. Ratzel described that 53,000 number to you as being an

5:13PM  3  upper bound, did he not?

5:13PM  4  **A.**   Yes, he did.  In one of my reviews of the report, I said,

5:13PM  5  "I do not understand what you mean by 'upper bound,' and I

5:13PM  6  suggest you delete that from the report."

5:13PM  7          It made no sense to me.  That was not my position.

5:13PM  8          **MR. REGAN:**   TREX-9379.1.2.

5:13PM  9  **BY MR. REGAN:**

5:13PM  10  **Q.**   This is the e-mail from Dr. Ratzel to you with a draft of

5:13PM  11  the report that we were just looking at previously.

5:13PM  12          And he writes to you in the second paragraph:  "I

5:14PM  13  need you to also redo some of your analyses in the report,

5:14PM  14  working with an upper bound of 53K-bopd rather than 51K.  Why -

5:14PM  15  everyone else is quoting our 53K as the shut-in flow rate based

5:14PM  16  on the July 30-31 meetings and government press release, and I

5:14PM  17  think, to be consistent, we should stay there as well.  I

5:14PM  18  thought hard on working to 51K and decided we should use 53K,

5:14PM  19  calling it our upper bound estimate (which is true if I believe

5:14PM  20  the pipe flow results for choke line).  I frankly do not want

5:14PM  21  any backpedaling on numbers, and as you and I are both aware,

5:14PM  22  53 or 51 are equally suspect - if we were to continually refine

5:14PM  23  our work, as example, we would be using 1600 psi, not 1800 psi

5:14PM  24  based on the continuing refinements by Hsieh right around

5:14PM  25  July 30-31."

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:14PM   1          Did I read his e-mail to you correctly?

5:14PM   2   A.   Yes, you did.

5:15PM   3   Q.   Did Dr. Ratzel represent in his e-mail to you that 53,000

5:15PM   4   was an upper bound estimate?

5:15PM   5   A.   He used that in his second draft of the report.  I do

5:15PM   6   not -- I could not figure out what he meant by upper bound.  It

5:15PM   7   seemed vague.  It did not represent my opinion of the flow.  I

5:15PM   8   asked him to change that wording in the report that he added to

5:15PM   9   my first draft.  I do not see 53,000 was an upper bound.

5:15PM  10   Q.   The 53,000 flow rate for July 15th represents the

5:15PM  11   conditions that existed in the well, in the BOP, and the

5:15PM  12   capping stack as of that date; correct?

5:15PM  13   A.   Could you repeat the question.

5:15PM  14   Q.   Sure.  The 53,000 estimate for July 15th represents or

5:15PM  15   reflects the conditions that existed on that day, July 15th, in

5:15PM  16   the well, in the BOP, and the capping stack?

5:16PM  17   A.   That is correct.  I can't disagree with that statement.

5:16PM  18   Q.   There's nothing about the work on your capping stack flow

5:16PM  19   rate that would give you a conclusion that the well was in the

5:16PM  20   exact same condition for the preceding 85 days?

5:16PM  21   A.   No.  There was no data from the capping stack that

5:16PM  22   would -- that would allow me to find flow from the previous

5:16PM  23   days.  I was just using pressures reported from the capping

5:16PM  24   stack on the last day.

5:16PM  25   Q.   You mentioned, I think, a couple times on direct, this

1469

RONALD DYKHUIZEN, PH.D. - CROSS

| 5:16PM | 1 | notion of conversion to stock tank barrels.  Do you recall |
| 5:16PM | 2 | talking about that just as a generality? |
| 5:16PM | 3 | A.   Yes. |
| 5:16PM | 4 | Q.   Now, go to 9361.71.  This, again, is the DOE report that |
| 5:16PM | 5 | you drafted and reviewed.  At the very top -- |
| 5:17PM | 6 | You can highlight the very top. |
| 5:17PM | 7 | Do you see there it's describing the equation of |
| 5:17PM | 8 | state that was used by Sandia?  We can go to the preceding page |
| 5:17PM | 9 | if it would be helpful for you, but that's the section of the |
| 5:17PM | 10 | report. |
| 5:17PM | 11 | What I'd like to direct your attention to is the |
| 5:17PM | 12 | second bullet.  It says:  "SNL created computer routines to do |
| 5:17PM | 13 | the following." |
| 5:17PM | 14 | And then it says:  "Flash crude oil into liquid and |
| 5:17PM | 15 | gas phases as required and based on the pressure drops |
| 5:17PM | 16 | calculated above." |
| 5:17PM | 17 | Do you see that? |
| 5:17PM | 18 | A.   Yes. |
| 5:17PM | 19 | Q.   Okay.  Did you use a particular type of flash process to |
| 5:17PM | 20 | convert your mass flow rates into a stock tank barrel flow |
| 5:17PM | 21 | rate? |
| 5:17PM | 22 | A.   Yes, we did. |
| 5:17PM | 23 | Q.   What did you use? |
| 5:17PM | 24 | A.   We used a single-stage flash. |
| 5:17PM | 25 | Q.   Did you in any way in your expert reports in this case, |

OFFICIAL TRANSCRIPT

1470

RONALD DYKHUIZEN, PH.D. - CROSS

5:17PM  1   Dr. Dykhuizen, rely upon the work of Dr. Zick?

5:17PM  2   **A.**   In my expert report, when I wrote that, I saw some results

5:17PM  3   of Dr. Zick.  And it -- they were close to what I had, but, no,

5:18PM  4   I did not need to use his report.

5:18PM  5   **Q.**   But for purposes of the calculation of the number in the

5:18PM  6   end of July, as reflected in the DOE-NNSA report, you used a

5:18PM  7   single-stage flash process?

5:18PM  8   **A.**   Yes.  Dr. Morrow's code -- Mr. Morrow's code was set up to

5:18PM  9   do it that way.  It's a much more long and involved process to

5:18PM  10  use his code for a multiphase flash process.

5:18PM  11  **Q.**   Do you recall, Dr. Dykhuizen, when you were drafting the

5:18PM  12  first draft of this report, that you described the model as --

5:18PM  13  using a fictional initial state?

5:18PM  14  **A.**   Yes.  I used that and ever regretted using that phrase.

5:19PM  15  **Q.**   Let me show it to you, Exhibit 9924.1.1, which is an

5:19PM  16  e-mail that attaches a draft dated August 3rd, 2010.  So

5:19PM  17  9924.1.1.  Then I'll go to the attachment, 9924.3.2.

5:19PM  18         In your first draft of the report, did you describe

5:19PM  19  as follows, when talking about extrapolating back, "Note, this

5:19PM  20  describes a fictional initial state since the model implicitly

5:19PM  21  assumed that the well geometry does not change during the

5:19PM  22  85 days of flowing this well.  In fact, many geometry changes

5:19PM  23  occurred.  These include, but are not limited to, the riser and

5:19PM  24  kink being cut off, junk shots and erosion"?

5:19PM  25         Did you write those words, Dr. Dykhuizen?

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:19PM  1   **A.**   Yes, I wrote those words.

5:19PM  2   **Q.**   And you wrote them in the context of describing the

5:20PM  3   extrapolation back from capping stack to the beginning of the

5:20PM  4   flow period; correct?

5:20PM  5   **A.**   That's not complete.  What I did was extrapolate back to a

5:20PM  6   fictional state, which was true, and said that if nothing

5:20PM  7   changed, we would have this value.

5:20PM  8          But then I said, "We need to account for the

5:20PM  9   changes," and so I have to have a 4 percent increase when I go

5:20PM  10  backwards.  Instead of putting the capping stack on, I have to

5:20PM  11  take the capping stack off.

5:20PM  12          And then I have to have a 4 percent decrease when

5:20PM  13  I -- instead of cutting the riser off, I have to cut the riser

5:20PM  14  back on.  So my final calculations included those, and this

5:20PM  15  intermediate step was never used to perform the integral.

5:20PM  16  **Q.**   In your draft of this part of the report, and as reflected

5:21PM  17  in the final, the model used to extrapolate back does not

5:21PM  18  account for erosion; correct?

5:21PM  19  **A.**   That is correct.  The model does not have an erosion term

5:21PM  20  in it.  The only way I account for erosion is my proxy of

5:21PM  21  assigning zero flow for the first two days.

5:21PM  22          **MR. REGAN:**  If we could go back to D-23996-A.

5:21PM  23  **BY MR. REGAN:**

5:21PM  24  **Q.**   You would also agree, Dr. Dykhuizen, that the further away

5:21PM  25  that we get from July 15th, the further we move backwards in

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 5:21PM | 1 | time away from that capping stack calculation with its known |
| 5:21PM | 2 | geometry and pressures, the less confidence you have in the |
| 5:21PM | 3 | actual calculation of a given flow rate on a given day? |
| 5:21PM | 4 | A.   Yes, and that's mainly due to erosion. |
| 5:21PM | 5 | Q.   If this 53,000 is adjusted to your 20 percent low number |
| 5:22PM | 6 | of 42,400, it brings your whole curve down; correct? |
| 5:22PM | 7 | A.   That is correct.  And if I adjust it up, it brings the |
| 5:22PM | 8 | whole curve up. |
| 5:22PM | 9 | Q.   I think you testified about that part on your direct, so I |
| 5:22PM | 10 | just want to balance it out. |
| 5:22PM | 11 | A.   I'm sorry.  I didn't mean to be unfair.  I should say it |
| 5:22PM | 12 | both ways, both times. |
| 5:22PM | 13 | Q.   So if the 53,000 number moves up, your total cumulative |
| 5:22PM | 14 | moves up; correct? |
| 5:22PM | 15 | A.   That is correct. |
| 5:22PM | 16 | Q.   And if the 53,000 moves down, your cumulative moves down; |
| 5:22PM | 17 | correct? |
| 5:22PM | 18 | A.   That is correct. |
| 5:22PM | 19 | Q.   Do you agree, Dr. Dykhuizen, that it's very unlikely that |
| 5:22PM | 20 | you understated the -- overstated the amount of depletion in |
| 5:22PM | 21 | the reservoir, that is, from the initial 11,850 to the final |
| 5:22PM | 22 | number that you have for 53,000? |
| 5:22PM | 23 | A.   This original calculation might have an error due to the |
| 5:22PM | 24 | reservoir pressure, and correcting for that error might give |
| 5:23PM | 25 | you 3 percent less flow, as I indicate in the -- as indicated |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:23PM   1   in the NNSA report.

5:23PM   2   Q.   But by holding resistances constant -- that is, assuming

5:23PM   3   that the geometry did not change, other than riser cut and

5:23PM   4   capping stack -- but having a model that allows the reservoir

5:23PM   5   depletion to be part of the model, this model is preordained to

5:23PM   6   predict a flow rate that goes from high to low?

5:23PM   7   A.   That is correct.

5:23PM   8   Q.   Now, are you an expert in erosion, Dr. Dykhuizen?

5:23PM   9   A.   No, I'm not an expert in erosion.  But I've been in

5:23PM  10   programs where erosion has been important, yes.

5:23PM  11   Q.   In your initial expert report you stated that you believed

5:23PM  12   all significant erosion was complete by the end of the second

5:23PM  13   day of the blowout; correct?

5:23PM  14   A.   No.  Excuse me.  Could you repeat the question.

5:24PM  15   Q.   Sure.  In your expert report you stated that you believed

5:24PM  16   all significant erosion was complete by the end of the second

5:24PM  17   day after the blowout?

5:24PM  18   A.   I might have said that.  That sounds like a logical

5:24PM  19   number.  I think that's reasonable.

5:24PM  20        But that's a proxy for erosion, to put that in my

5:24PM  21   model.  It could go on for four days at half flow or six days

5:24PM  22   at a third flow.  To say that it's complete after two days --

5:24PM  23   obviously, there was erosion on the last day, but it's not

5:24PM  24   significant erosion on the last day.

5:24PM  25   Q.   So you believe erosion could be taking place throughout

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:24PM 1    the 86-day time period?

5:24PM 2    A.   Yes.  But what we need to concern ourselves with is the

5:24PM 3    rate of erosion, and just because there's erosion on the last

5:24PM 4    day doesn't mean that it's significant to the integral.

5:24PM 5    Q.   Is it correct, Dr. Dykhuizen, that in between your expert

5:24PM 6    report and your rebuttal report -- by the time you got your

5:25PM 7    rebuttal report, you say erosion now could have been going on

5:25PM 8    through May 14th?

5:25PM 9    A.   That is correct.  It was correct in my expert report, but

5:25PM 10   maybe I failed to mention that.

5:25PM 11   Q.   Okay.  So in the chart, when it was developed -- when the

5:25PM 12   model was developed in the summer of 2010, two days were left

5:25PM 13   off as an accommodation or, I think, as you said, a hand wave

5:25PM 14   to erosion; correct?

5:25PM 15   A.   That misquotes me.  I think I said "a wave to erosion,"

5:25PM 16   but a hand wave is a similar concept.

5:25PM 17         MR. REGAN:  If we pull up TREX-11453.12.1, which is

5:25PM 18   your rebuttal report.

5:25PM 19   BY MR. REGAN:

5:25PM 20   Q.   In your rebuttal report you say in the last sentence here:

5:25PM 21   "The agreement of the Griffiths model with the PT-B data" --

5:25PM 22   let me start with the first sentence, not in the middle of the

5:25PM 23   sentence.

5:25PM 24         "Due to the lack of PT-B data in early May, it is

5:25PM 25   possible the erosion processes continued past day two, as I

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 5:26PM | 1 | assumed.  This is a source of uncertainty in my modeling. |
| 5:26PM | 2 | However, the agreement of the Griffiths model with the PT-B |
| 5:26PM | 3 | data and the lack of significant sand observed in oil |
| 5:26PM | 4 | collection prove to me that erosion did not occur past |
| 5:26PM | 5 | May 14th"; correct? |
| 5:26PM | 6 | A.    That's correct. |
| 5:26PM | 7 | Q.    Is that the day you want to stand on in terms of your |
| 5:26PM | 8 | opinion as to when you believe the erosional processes that |
| 5:26PM | 9 | mattered ended? |
| 5:26PM | 10 | A.    That seems like a reasonable statement.  The erosional |
| 5:26PM | 11 | processes that mattered ended at some time before May 14th.  It |
| 5:26PM | 12 | could possibly extend all the way to May 14th, or it could have |
| 5:26PM | 13 | ended sooner than May 14th. |
| 5:26PM | 14 | I have no expertise in erosion, as you say.  I can |
| 5:26PM | 15 | define where the end is.  But I can look at the data, read |
| 5:26PM | 16 | Dr. Griffiths' report, and make an independent conclusion that |
| 5:26PM | 17 | it must have stopped before May 14th. |
| 5:27PM | 18 | I can't say that it stopped on May 14th.  I can't say |
| 5:27PM | 19 | that it stopped on May 12th.  But it must have stopped before |
| 5:27PM | 20 | May 14th.  Six days of erosion is stopping before May 14th. |
| 5:27PM | 21 | Q.    Well, May 14th was 24 days into the accident; correct? |
| 5:27PM | 22 | A.    I understand that.  But six days -- the erosion could have |
| 5:27PM | 23 | stopped at six days, and that would have been well before |
| 5:27PM | 24 | May 14th. |
| 5:27PM | 25 | Q.    You're aware that as of May 19th, a new hole appeared in |

RONALD DYKHUIZEN, PH.D. - CROSS

5:27PM 1  the riser; correct?

5:27PM 2  A.   I'm not aware of the exact date, but that sounds

5:27PM 3  approximately right.  Yes.

5:27PM 4  Q.   You would agree that the appearance of these holes in the

5:27PM 5  riser kink is evidence of a continuing erosion process?

5:27PM 6  A.   It's a continuing erosion process at that location, yes, I

5:27PM 7  will agree with that.  It doesn't indicate that there was

5:27PM 8  significant erosion in flow paths that mattered.  I'm relying

5:28PM 9  on Dr. Stewart Griffiths' analysis for that.

5:28PM 10 Q.   I'm going to turn to PT-B for a little bit.

5:28PM 11        I'd like to bring up D-24369.

5:28PM 12        Dr. Dykhuizen, we talked -- maybe it was with

5:28PM 13 Dr. Hunter.  But the PT-B gauge was at the bottom of the BOP;

5:28PM 14 correct?

5:28PM 15 A.   Yes.

5:28PM 16 Q.   And if I use the term "upstream of PT-B," do you

5:28PM 17 understand that to mean things that are below, that is, the

5:28PM 18 reservoir and the well and the drill pipe below the PT-B gauge?

5:28PM 19 A.   Correct.

5:28PM 20 Q.   If I go to 24370, if I use the term "downstream of PT-B,"

5:28PM 21 do you appreciate that or do you agree with me that would

5:28PM 22 reflect the BOP, the riser, or anything that's above the BOP?

5:28PM 23 A.   That is correct.

5:28PM 24 Q.   Now, we talked earlier about the fact that the PT-B

5:28PM 25 pressure gauges are in between those upstream and downstream

OFFICIAL TRANSCRIPT

1477

RONALD DYKHUIZEN, PH.D. - CROSS

5:28PM 1   environments; correct?

5:28PM 2   A.   That is correct.

5:28PM 3   Q.   And the PT-B pressure gauge, what it reads is the

5:28PM 4   collective impact of what's going on below it and what's going

5:29PM 5   on above it; correct?

5:29PM 6   A.   Essentially, it is an average of the sea pressure and the

5:29PM 7   reservoir pressure, and while you weight that average, it

5:29PM 8   depends on the resistance upstream and the resistance

5:29PM 9   downstream.

5:29PM 10  Q.   Exhibit D-24401.

5:29PM 11         See if we have this right, Dr. Dykhuizen.  If we see

5:29PM 12  PT-B pressure decrease, that could be caused by two phenomena.

5:29PM 13  Relative to the wellbore, if the BOP resistance decreases, you

5:29PM 14  would expect to see PT-B pressure decrease; correct?

5:29PM 15  A.   That is correct.

5:29PM 16  Q.   Conversely, if the reservoir or wellbore resistance

5:29PM 17  increased, you, again, would see PT-B pressure decrease?

5:29PM 18  A.   Yes.

5:29PM 19  Q.   Let's talk now about PT-B going up.  If PT-B pressure

5:29PM 20  increases, that could be caused by either the reservoir or the

5:29PM 21  wellbore resistance decreasing; correct?

5:29PM 22  A.   Yeah.  It took me a while to figure out that I'm supposed

5:30PM 23  to look diagonally through your graph instead of vertically,

5:30PM 24  but, yes.

5:30PM 25  Q.   Yes?

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:30PM  1          And similarly, PT-B pressure will increase if the BOP
5:30PM  2   resistance increases; correct?
5:30PM  3   A.   That is correct.
5:30PM  4   Q.   Finally, if you had a situation where BOP resistance
5:30PM  5   decreased or wellbore resistance decreased, you would expect
5:30PM  6   flow to increase; correct?
5:30PM  7   A.   Yes.
5:30PM  8   Q.   If you had a situation where the reservoir wellbore became
5:30PM  9   more resistant or the BOP became more resistant, you would
5:30PM  10  expect flow to decrease; correct?
5:30PM  11  A.   That is also correct.
5:30PM  12  Q.   And as of the time of the DOE-NNSA report, there was
5:30PM  13  skepticism about the PT-B gauge; correct?
5:30PM  14  A.   Yes.
5:30PM  15  Q.   There was questions about its accuracy because of
5:30PM  16  variations in the readings that you would get off that gauge
5:30PM  17  during the course of the 86 days of flow; correct?
5:30PM  18  A.   Yes.  There was great concern during the response about
5:31PM  19  the PT-B gauge.
5:31PM  20  Q.   You were skeptical of the validity of the PT-B pressure
5:31PM  21  gauge readings in 2010; correct?
5:31PM  22  A.   Everybody was skeptical.  I might have been least
5:31PM  23  skeptical of all, but, yes, I was still skeptical.
5:31PM  24  Q.   Dr. Hunter was skeptical about that gauge; correct?
5:31PM  25  A.   And he was on the other extreme.  He was the most

RONALD DYKHUIZEN, PH.D. - CROSS

5:31PM   1   skeptical about that gauge.

5:31PM   2   **Q.**   And you say -- you understand that Dr. Griffiths' work

5:31PM   3   relies extremely heavily on the PT-B pressure gauge; correct?

5:31PM   4   **A.**   Yes.  He has performed an analysis to show that you can

5:31PM   5   get some very interesting results out of that gauge.

5:31PM   6   **Q.**   But in 2010, you were not only skeptical of PT-B, you were

5:31PM   7   also skeptical of Dr. Griffiths' work; correct?

5:31PM   8   **A.**   Well, at one point in 2010 I was, but as the year

5:31PM   9   proceeded, I got less skeptical of his work.  He started

5:31PM   10  addressing my concerns.

5:31PM   11          But, yes, there was one point in 2010, I was

5:32PM   12  significantly concerned about Dr. Griffiths' work.

5:32PM   13          **MR. REGAN:**  Pull up TREX 11435.1.1.

5:32PM   14  **BY MR. REGAN:**

5:32PM   15  **Q.**   This is an e-mail that you sent to Dr. Griffiths in August

5:32PM   16  of 2010.  And you wrote Dr. Griffiths and you told him that you

5:32PM   17  liked his approach.

5:32PM   18          But in the middle -- "however, if the parameter that

5:32PM   19  I find is non-physical (i.e., heat transfer problem where a

5:32PM   20  negative emissivity provides the best fit of the data) then one

5:32PM   21  might question the model.  The model at that point becomes a

5:32PM   22  curve-fitting exercise, and if one has enough free parameters,

5:32PM   23  then you can fit any data set (even if the model is bad).

5:32PM   24  Extrapolation of such a model beyond the range of the data is

5:32PM   25  then very suspect."

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:32PM  1        That's what you wrote to him in August of 2010;
5:32PM  2  correct?
5:32PM  3  A.   Yes.  That was my opinion on that day.
5:32PM  4  Q.   You also challenged his very small error rates, plus or
5:32PM  5  minus 80, on flow rates; correct?
5:32PM  6  A.   That is correct.
5:32PM  7        MR. REGAN:  Go to TREX-11436.2.1.
5:32PM  8  BY MR. REGAN:
5:32PM  9  Q.   This is another e-mail you sent to Dr. Griffiths in
5:33PM 10  September of 2010 about his work.  And did you write to
5:33PM 11  Dr. Griffiths in this e-mail, Dr. Dykhuizen:  "I do not think
5:33PM 12  your analysis provides an independent calculation of the flow
5:33PM 13  rate at any time in the accident response due to errors in the
5:33PM 14  model"?
5:33PM 15  A.   Yes, I wrote that.
5:33PM 16        MR. REGAN:  And in the middle paragraph, Donnie, if
5:33PM 17  we could -- Number 3, yes.  Can you just make that a little
5:33PM 18  bigger, that paragraph.
5:33PM 19  BY MR. REGAN:
5:33PM 20  Q.   You talk about his treatment of PI.
5:33PM 21  A.   Yes.
5:33PM 22  Q.   And in the middle of that paragraph -- it's about the
5:33PM 23  fourth line -- I can point at it on the screen if that helps --
5:33PM 24  you say:  "The PI, or productivity index, is unknown, and this
5:33PM 25  has prevented anybody from using the part from the reservoir

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:33PM 1    pressure to any pressure to calculate a flow rate.  At best,
5:33PM 2    one can use an infinite PI and calculate a maximum flow.  Or
5:33PM 3    one can model the flow within the reservoir to estimate the
5:34PM 4    upper limit on PI and calculate a more realistic maximum flow.
5:34PM 5    But the resistance across the damaged concrete plug is unknown
5:34PM 6    and potentially important."
5:34PM 7              Did you write that to Dr. Griffiths about his model
5:34PM 8    and analysis in 2010?
5:34PM 9    A.    There's two points in -- I did write that, but there's two
5:34PM 10   points I'd like to make.  First, when I wrote this, I assumed
5:34PM 11   he was arbitrarily imposing a PI of 50; and later, when I
5:34PM 12   rewrote his model in greater detail so I could see, I could see
5:34PM 13   that he was determining from the data a PI of 50.  So that is
5:34PM 14   one concept.
5:34PM 15             Also, I've tried to read the expert reports of other
5:34PM 16   people, and I've learned since then that there is a lot more
5:34PM 17   known about the concrete plug at the bottom of the well than I
5:34PM 18   knew at the time when I wrote this report.
5:34PM 19   Q.    With respect to your Top Kill estimate, in 2010, during
5:35PM 20   the accident, you did not come to an estimate of flow rate
5:35PM 21   during Top Kill; correct?
5:35PM 22   A.    Could you repeat the question.  I'm sorry.
5:35PM 23   Q.    Yes.  Top Kill, you have a best estimate of 60,000 barrels
5:35PM 24   per day; correct?
5:35PM 25   A.    Yes.  I characterized that as greater than 60,000 barrels

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:35PM 1    a day.

5:35PM 2    **Q.**   You would also characterize that estimate as having a lot

5:35PM 3    of concerns; correct?

5:35PM 4    **A.**   Yes.  It is a calculation with a significant error bar to

5:35PM 5    it.  And so I tried to bound that error by coming up with a

5:35PM 6    lower bound of 43,000.  I can come up with some bound of that

5:35PM 7    error.

5:35PM 8    **Q.**   You agree that your Top Kill estimate of 60,000 is not

5:35PM 9    very accurate; correct?

5:35PM 10   **A.**   That is correct.  Except I said greater than 60,000 in my

5:35PM 11   estimate.  But that's correct.

5:35PM 12   **Q.**   You don't know the properties of the mud that you're

5:35PM 13   modeling; correct?

5:35PM 14   **A.**   That is correct.  And I especially don't know the

5:35PM 15   properties of the mud after I mix it with the oil and the gas.

5:35PM 16   **Q.**   You make an assumption that the BOP internally has exactly

5:36PM 17   the same resistance during Top Kill as when it's idle; correct?

5:36PM 18   T-kill versus K-idle.

5:36PM 19   **A.**   That's correct, that's one of the assumptions I make in my

5:36PM 20   model.

5:36PM 21   **Q.**   You're trying to model three phases of flow; correct?

5:36PM 22   **A.**   For my best estimate, yes, I am.

5:36PM 23   **Q.**   Again, your best estimate is the 60,000-barrels-a-day

5:36PM 24   number; right?

5:36PM 25   **A.**   Greater than 60,000 barrels a day, yes.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:36PM 1   Q.   You assumed that all of the mud that was pumped in
5:36PM 2   immediately exited the BOP; correct?
5:36PM 3   A.   I assumed that for the time periods that I was examining,
5:36PM 4   not for the entire time period of the Top Kill.
5:36PM 5   Q.   And if that's not true, your calculation is in error;
5:36PM 6   correct?
5:36PM 7   A.   That is correct.
5:36PM 8   Q.   You assume that the PT-B pressure, from a time period when
5:36PM 9   the top ram -- when the test rams were closed -- that's before
5:36PM 10  any Top Kill and after all Top Kill -- the fact that it's the
5:36PM 11  same, you conclude that means the resistance did not change;
5:36PM 12  correct?
5:36PM 13  A.   That is correct.
5:36PM 14  Q.   But, in fact, during Top Kill 3, when the test rams were
5:36PM 15  open, there was a pressure change from the beginning of Top
5:37PM 16  Kill 3 to the last -- to the end of Top Kill 3; correct?
5:37PM 17  A.   I don't think that's completely correct.  There was a lot
5:37PM 18  of variations in the pressure and during Top Kill 3, but it
5:37PM 19  returned to approximately the same value.
5:37PM 20  Q.   Your lower bound depends on what data set from Top Kill
5:37PM 21  you analyze; correct?
5:37PM 22  A.   That is correct.  We discussed that in my trial testimony
5:37PM 23  here.
5:37PM 24  Q.   Three Top Kill events; correct?
5:37PM 25  A.   Yes.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 5:37PM | 1 | **Q.**   You analyzed the third one; right? |
| 5:37PM | 2 | **A.**   That is correct. |
| 5:37PM | 3 | **Q.**   And if you apply your exact methodology to the first one, |
| 5:37PM | 4 | you get a lower lower bound? |
| 5:37PM | 5 | **A.**   That is definitely true. |
| 5:37PM | 6 | **Q.**   Neither calculation is certain? |
| 5:37PM | 7 | **A.**   There are lower bounds.  Obviously, the flow is not at the |
| 5:37PM | 8 | lower bound.  The lower bound is something higher than that |
| 5:37PM | 9 | calculation. |
| 5:37PM | 10 | **Q.**   Is it your testimony you have zero percent uncertainty on |
| 5:37PM | 11 | your lower bound? |
| 5:38PM | 12 | **A.**   My testimony that the lower bound is a hard lower bound. |
| 5:38PM | 13 | But, yes, there is a small probability that the flow could be |
| 5:38PM | 14 | less than my lower bound. |
| 5:38PM | 15 | **Q.**   And you agree that if we use your exact methodology for |
| 5:38PM | 16 | Top Kill 1, we get a lower lower bound? |
| 5:38PM | 17 | **A.**   That is a correct statement. |
| 5:38PM | 18 | **Q.**   Your Top Hat estimate, also, 60,000 barrels per day; |
| 5:38PM | 19 | correct? |
| 5:38PM | 20 | **A.**   That is correct. |
| 5:38PM | 21 | **Q.**   Your Top Hat estimate is especially inaccurate; correct? |
| 5:38PM | 22 | **A.**   That's correct.  It's probably equally as inaccurate as |
| 5:38PM | 23 | the Top Kill calculation. |
| 5:38PM | 24 | **Q.**   Your most accurate is the capping stack, July 15th; right? |
| 5:38PM | 25 | **A.**   That is correct. |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 5:38PM | 1 | **Q.**   Plus or minus 20 percent? |
| 5:38PM | 2 | **A.**   That is correct. |
| 5:38PM | 3 | **Q.**   Top Kill is less accurate? |
| 5:38PM | 4 | **A.**   Oh, that's definitely correct. |
| 5:38PM | 5 | **Q.**   No doubt about it? |
| 5:38PM | 6 | **A.**   Yes. |
| 5:38PM | 7 | **Q.**   Top Hat is even less inaccurate -- less accurate? |
| 5:38PM | 8 | **A.**   Well, that's less accurate than the capping stack, but |
| 5:39PM | 9 | it's difficult to say whether it's less accurate than Top Kill. |
| 5:39PM | 10 | They're both inaccurate estimates. |
| 5:39PM | 11 | **Q.**   For your best estimate of 60,000 barrels per day for |
| 5:39PM | 12 | Top Hat, you rely on analyzing the visual evidence from |
| 5:39PM | 13 | videotaped ROV footage; correct? |
| 5:39PM | 14 | **A.**   That's correct. |
| 5:39PM | 15 | **Q.**   After doing that, you arrive at a round number of |
| 5:39PM | 16 | 20,000 barrels per day coming out of the skirt; correct? |
| 5:39PM | 17 | **A.**   Yes, a very round number. |
| 5:39PM | 18 | **Q.**   You agree that that is the most inaccurate -- or that is a |
| 5:39PM | 19 | very inaccurate method? |
| 5:39PM | 20 | **A.**   It is an inaccurate method.  I think that the logic in |
| 5:39PM | 21 | that 20,000 is pretty reasonable.  I have a certain amount |
| 5:39PM | 22 | flowing out to the skirt that I cannot quantify by visual |
| 5:40PM | 23 | observation.  And then that changes by 10 or 15,000 because the |
| 5:40PM | 24 | collection rate changes, and I don't see any change in the |
| 5:40PM | 25 | flow, which leads me to believe that the original flow before |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:40PM   1    it changed was on the order of 20,000, because I have to add

5:40PM   2    20,000 and add 10 or 15 to get 30,000 and I don't see any

5:40PM   3    change.

5:40PM   4              I think I can see a change between flowing at 20 and

5:40PM   5    flowing at 30 to 35.

5:40PM   6    Q.   With respect to what was coming out of the bottom of the

5:40PM   7    Top Hat floor, which is called the skirt, you agree that you

5:40PM   8    had a very inaccurate method because you didn't know the

5:40PM   9    geometry and you had another inaccurate method because you were

5:40PM  10    just basing it on visual observation; correct?

5:40PM  11    A.   Yes.  Those are both inaccurate methods, yes.

5:40PM  12    Q.   And using both of those inaccurate methods, you arrive at

5:40PM  13    60,000 barrels per day?

5:40PM  14    A.   Sure.  That sounds reasonable.

5:41PM  15    Q.   And using an inaccurate method for Top Kill, you arrive at

5:41PM  16    60,000 barrels per day?

5:41PM  17    A.   Greater than 60,000.  I keep correcting, but that's fine.

5:41PM  18    Q.   But those 60,000 barrels per day line up exactly on your

5:41PM  19    line for your 5 million cumulative estimate; correct?

5:41PM  20    A.   Yes, they lie very close to the line.  Exactly is -- I

5:41PM  21    think for these purposes, they line up very close to the line.

5:41PM  22    Q.   If we're to see the line of 5 million cumulative flow and

5:41PM  23    someone were to put a dot on there for Top Hat and a dot on

5:41PM  24    there for Top Kill and say, Dykhuizen has calculated

5:41PM  25    60,000 barrels per day for those two numbers, it should be

RONALD DYKHUIZEN, PH.D. - CROSS

5:41PM  1   represented as both of those are very inaccurate?

5:41PM  2   A.   I give an accuracy of plus or minus 20,000 for both, yes.

5:41PM  3   Q.   You testified about slug flow.  You don't dispute that

5:41PM  4   slug flow was observed in May of 2010, do you?

5:41PM  5   A.   No, I do not.

5:41PM  6   Q.   Slug flow is a phenomenon of multiphase fluid flow;

5:42PM  7   correct?

5:42PM  8   A.   Yes, it is.

5:42PM  9   Q.   And slug flow can only occur in certain boundary

5:42PM  10  conditions; right?

5:42PM  11  A.   That is correct.

5:42PM  12  Q.   And if you can see slug flow, it can possibly inform you

5:42PM  13  as to what the boundary conditions are?

5:42PM  14  A.   I have no problem with Dr. Zaldivar's procedure.  I think

5:42PM  15  he did something very interesting.  I was quite interested in

5:42PM  16  his calculations.

5:42PM  17  Q.   You claimed that -- you criticized Dr. Zaldivar because

5:42PM  18  you say his method had never been validated to use -- to show

5:42PM  19  that it can be used to estimate flow; correct?

5:42PM  20  A.   That is correct.

5:42PM  21  Q.   But, Dr. Dykhuizen, your method for calculating cumulative

5:42PM  22  flow here has never been compared to experimental data in order

5:42PM  23  to determine whether there was confidence in it; correct?

5:42PM  24  A.   That's incorrect.  My method has been used many times to

5:42PM  25  calculate flow, and the method is a standard procedure that

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:43PM   1    you'll find in any textbook.

5:43PM   2    Q.    Dr. Dykhuizen, did you ever compare the model you used to

5:43PM   3    calculate cumulative flow with experimental data in order to

5:43PM   4    determine whether there was confidence?

5:43PM   5    A.    I'm not sure what you're getting at.  I'm using a standard

5:43PM   6    procedure.  You do not hold a standard procedure to the same

5:43PM   7    rigor as you do a computational method.

5:43PM   8    Q.    You did not perform any independent analysis or modeling

5:43PM   9    of how regular in the double-peak or single-peak behavior the

5:43PM   10   slug flow was in May of 2010; correct?

5:43PM   11   A.    No, I took Dr. Zaldivar's word that it was regular.

5:43PM   12   Q.    You did not perform or disclose any independent analysis

5:43PM   13   or modeling of the oscillating motion of the riser's bouyant

5:43PM   14   loop; correct?

5:43PM   15   A.    No, I did not do any independent analysis of the

5:43PM   16   oscillation of the bouyant loop.

5:44PM   17   Q.    You did not express any opinion on Dr. Zaldivar's

5:44PM   18   calculation of the riser elevation profile; correct?

5:44PM   19   A.    I think I had some concerns with that in my report.

5:44PM   20   Dr. Zaldivar has quite a bit of his riser buried; therefore, he

5:44PM   21   had no idea how deep it was buried, how much oscillation in the

5:44PM   22   flow path of the buried riser, and I thought that would be a

5:44PM   23   concern.

5:44PM   24          Because this sort of oscillation is very sensitive to

5:44PM   25   horizontal motions up and down of the riser.  If we have

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:44PM  1   horizontal motions up and down, we can impact the stability
5:44PM  2   margins.  He has no idea how much it oscillates up and down as
5:44PM  3   it's buried.
5:44PM  4   Q.   You cite a BP document from Julian Austin and Trevor Hill
5:44PM  5   to -- with respect to the size of the kink holes.  You did that
5:44PM  6   on your direct exam.  Do you recall doing that?
5:45PM  7   A.   From --
5:45PM  8   Q.   Do you want me to show it to you?
5:45PM  9   A.   I did have something about kink holes.  I thought -- but
5:45PM  10  that Julian Austin name does not --
5:45PM  11  Q.   I'm happy to show it to you.  I'll just show it to you and
5:45PM  12  we'll finish up here.
5:45PM  13          MR. REGAN:   TREX-10650.2.1.
5:45PM  14  BY MR. REGAN:
5:45PM  15  Q.   I think part of the confusion, Dr. Dykhuizen, is that in
5:45PM  16  this exhibit, you were not shown the top part of the document.
5:45PM  17  And in the top part of the document, does it not say that the
5:45PM  18  estimate of the leaks by Julian were done from interpreting
5:45PM  19  photos?  Do you see that?
5:45PM  20  A.   Yes, that's correct.
5:45PM  21  Q.   So you're relying on this document to support your opinion
5:45PM  22  on the size of the kink holes and this document is relying on
5:45PM  23  photo interpretation?
5:45PM  24  A.   No, that's not correct.  Let me please explain.
5:45PM  25          I tried to reproduce Dr. Zaldivar's kink leak.  I

RONALD DYKHUIZEN, PH.D. - CROSS

| | | |
|---|---|---|
| 5:46PM | 1 | used his areas, not the areas of -- from this document.  And I |
| 5:46PM | 2 | could not reproduce his calculations unless I imposed an error. |
| 5:46PM | 3 | I also looked at this e-mail, at least the copied one |
| 5:46PM | 4 | below from Dr. Lockett.  I noticed that he used different |
| 5:46PM | 5 | areas.  I noticed that he used different pressures.  I could |
| 5:46PM | 6 | reproduce his numbers using the correct equations and I could |
| 5:46PM | 7 | also change his -- I could scale his results to the values that |
| 5:46PM | 8 | Dr. Zaldivar did. |
| 5:46PM | 9 | His results do not reproduce Dr. Zaldivar's and they |
| 5:46PM | 10 | do not reproduce mine either, but they're on the right-hand |
| 5:47PM | 11 | side of mine and -- which leads me further to suspect that |
| 5:47PM | 12 | Dr. Zaldivar's calculations were wrong. |
| 5:47PM | 13 | I'm not stating that these were right.  I'm stating |
| 5:47PM | 14 | that these used the right equations that should be used.  I |
| 5:47PM | 15 | think this gentleman here used different Ks than Dr. Zaldivar |
| 5:47PM | 16 | used and I do not know what K values this person used, so I |
| 5:47PM | 17 | could not reproduce his flows. |
| 5:47PM | 18 | I'm just stating that these flows are greater than |
| 5:47PM | 19 | mine.  They are an indication that Dr. Zaldivar is in error. |
| 5:47PM | 20 | And when I try to show what diameter holes that were used by |
| 5:47PM | 21 | Dr. Lockett, they are using the same diameter hole that matches |
| 5:47PM | 22 | the area. |
| 5:48PM | 23 | Dr. Zaldivar uses a hole of his model that does not |
| 5:48PM | 24 | match the area. |
| 5:48PM | 25 | Q.   Dr. Dykhuizen, my question was:  This is a document that |

RONALD DYKHUIZEN, PH.D. - CROSS

5:48PM  1   you relied upon for your calculation?  That's correct?  That

5:48PM  2   was my question.

5:48PM  3   A.    It's unclear from looking at this.  I looked at -- I

5:48PM  4   recall an e-mail from Dr. Lockett.  You may be correct, that he

5:48PM  5   is copying Dr. Lockett's e-mail at the bottom.  I do not recall

5:48PM  6   the Julian Austin name, no.

5:48PM  7   Q.    Okay.

5:48PM  8               MR. REGAN:  If I could go to the ELMO then, please.

5:48PM  9               This is just a copy of the same demonstrative

5:48PM  10  that we've been using before, D-23996-A.  A little more washed

5:48PM  11  out, but I have it here on this ELMO.

5:49PM  12  BY MR. REGAN:

5:49PM  13  Q.    But as we just discussed, you have an estimate for

5:49PM  14  Top Kill here?

5:49PM  15  A.    Correct.

5:49PM  16  Q.    At 60,000?

5:49PM  17  A.    And you're applying that 59, but that's fine.

5:49PM  18  Q.    And it's very inaccurate; correct?

5:49PM  19  A.    That's correct.  I apply the inaccuracy as plus or minus

5:49PM  20  17,000.

5:49PM  21  Q.    You have an estimate for Top Hat at the tail end of that

5:49PM  22  time period, which would be around Day 70, the end of June, and

5:49PM  23  your estimate for that is 60,000 barrels per day.  Is that

5:49PM  24  right?

5:49PM  25  A.    That's correct.  You're now drawing it in a better

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:49PM 1    location there.

5:49PM 2    Q.   Also very inaccurate; correct?

5:49PM 3    A.   That is correct.

5:49PM 4    Q.   You extrapolate in your chart that you ended your direct

5:49PM 5    exam, you said, Well, I can apply that Top Hat estimate

5:49PM 6    backwards because I know flow is decreasing.  So whatever I

5:50PM 7    calculated for July -- June 25th, it must be -- it must be

5:50PM 8    lower.  You actually did that for your lower bound; correct?

5:50PM 9         Let me ask you a new question.

5:50PM 10   A.   Yes, thank you.

5:50PM 11   Q.   You have a lower bound of 43,000 barrels per day for

5:50PM 12   Top Hat; correct?

5:50PM 13   A.   Yes.

5:50PM 14   Q.   And you say that's the lower bound because you assume that

5:50PM 15   flow is decreasing over time; right?

5:50PM 16   A.   No.  I say that's a lower bound because I'm ignoring skirt

5:50PM 17   flow and have a lower calculation of the vents, but I say that

5:50PM 18   I can extrapolate that backwards in time because, in my view,

5:50PM 19   the flow is decreasing with time.

5:50PM 20   Q.   Right.  So your lower bound for Top Hat is what,

5:50PM 21   approximately 43,000?

5:50PM 22   A.   That is correct.

5:50PM 23   Q.   Somewhere around there; is that right?

5:50PM 24   A.   That looks like a good number.

5:50PM 25   Q.   And if, in fact, flow rate is increasing over time rather

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:50PM  1  than decreasing over that time, your lower bound can't be

5:51PM  2  pushed backwards, that is, towards zero; correct?

5:51PM  3  A.   If I take your assumption that the flow is increasing with

5:51PM  4  time, I cannot extrapolate that backwards.

5:51PM  5  Q.   You have a lower bound for Top Kill; correct?

5:51PM  6  A.   Yes.

5:51PM  7  Q.   Approximately 43,000 barrels per day; correct?

5:51PM  8  A.   That's correct.

5:51PM  9  Q.   Right about there; right?

5:51PM  10  A.   That's correct.

5:51PM  11  Q.   And from reviewing Dr. Zaldivar's report, you're aware

5:51PM  12  that he postulates flow rates from May 13th to May 20th;

5:51PM  13  correct?

5:51PM  14  A.   Yes, he does.

5:51PM  15  Q.   So that's right around here, Day 23 to about Day 27.  And

5:51PM  16  do you recall what his flow rates were?

5:51PM  17  A.   I can guess.  35, I think, was the top; 24 was the low.

5:51PM  18  I'm --

5:51PM  19  Q.   Pretty close.  Do you recall that his range was 24,900 to

5:51PM  20  35 -- 35,000 -- it was 36,000.  Does that sound consistent with

5:51PM  21  your review of his report?

5:52PM  22  A.   Yes.

5:52PM  23  Q.   So would you agree, Dr. Dykhuizen, that if we use your

5:52PM  24  uncertainty range for your cumulative flow of 30 -- of minus

5:52PM  25  30 percent off of 5 million, that we would cross through the

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - CROSS

5:52PM  1    range of flow rates that are predicted by Dr. Zaldivar,

5:52PM  2    understanding you disagree with me?

5:52PM  3    **A.**   I think Dr. Zaldivar's estimate should be increased by a

5:52PM  4    factor of 2.  I don't think they're validated.  I think that

5:52PM  5    these lower bounds are unlikely because I have a bell curve

5:52PM  6    and, therefore, I do not like picking my lower bound and

5:52PM  7    saying, this is what we need to do.

5:52PM  8           But with those assumptions that you've made, yes, we

5:52PM  9    can get a curve that looks very much like your red line.

5:52PM  10   **Q.**   I'm going to mark this as D-24496.

5:52PM  11          **MR. REGAN:**  And those are the questions that I have,

5:52PM  12   Dr. Dykhuizen.  Thank you.

5:53PM  13          **THE WITNESS:**  Thank you for your time.

5:53PM  14          **THE COURT:**  Redirect?

5:53PM  15                    **REDIRECT EXAMINATION**

5:53PM  16          **THE WITNESS:**  I changed mics.  Is mine on?  For some

5:53PM  17   reason I don't like talking into the lapel mic.

5:54PM  18   **BY MR. CERNICH:**

5:54PM  19   **Q.**   Dr. Dykhuizen, Scott Cernich for the United States.  I

5:54PM  20   have you on redirect.

5:54PM  21          Dr. Dykhuizen, you were asked a number of questions

5:54PM  22   about the DOE flow analysis report.  Do you recall that?

5:54PM  23   **A.**   Yes, I do.

5:54PM  24   **Q.**   Okay.  And do you rely upon that report for your expert

5:54PM  25   opinions?

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - REDIRECT

5:54PM   1   A.    No, I do not.  I reference that report to demonstrate my

5:54PM   2   equations that I use.

5:54PM   3   Q.    And do you have more confidence in your calculations than

5:54PM   4   the calculations that were prepared by the other national labs?

5:54PM   5   A.    Yes, I do.

5:54PM   6   Q.    And do you recall the purpose of the DOA -- DOE-NNSA flow

5:54PM   7   analysis report?

5:54PM   8   A.    The purpose, as clearly stated in the introduction, was to

5:54PM   9   provide a basis for how the 53,000 estimate from the press

5:55PM  10   release was obtained.

5:55PM  11   Q.    Was it -- was that report also intended to document the

5:55PM  12   work of the Tri-Lab's team during the response with regard to

5:55PM  13   flow rate?

5:55PM  14   A.    Yes, it was.

5:55PM  15   Q.    Did anyone from the United States ever ask you to change

5:55PM  16   or adjust your calculations in any way you thought was

5:55PM  17   improper?

5:55PM  18   A.    No.

5:55PM  19   Q.    And do engineers ever disagree regarding -- I'm sorry.  Do

5:55PM  20   engineers ever disagree as to the certainty of calculations?

5:55PM  21   A.    That's a common area of disagreement.  People seem to

5:55PM  22   calculate the same things but quite disagree on the

5:55PM  23   uncertainty.

5:55PM  24   Q.    And is it fair for other engineers to have more confidence

5:55PM  25   in your -- more confidence in your calculations than you do

RONALD DYKHUIZEN, PH.D. - REDIRECT

| | | |
|---|---|---|
| 5:55PM | 1 | personally? |
| 5:55PM | 2 | **A.**   I guess that's fair. |
| 5:56PM | 3 | **Q.**   And you were asked about various things that cause |
| 5:56PM | 4 | uncertainty during your cross-exam.  Do you remember that? |
| 5:56PM | 5 | **A.**   Yes. |
| 5:56PM | 6 | **Q.**   Things like erosion, the geometry, et cetera? |
| 5:56PM | 7 | **A.**   Yes. |
| 5:56PM | 8 | **Q.**   Are all of those things addressed in your error bars that |
| 5:56PM | 9 | you place on your calculations, all of those uncertainties? |
| 5:56PM | 10 | **A.**   Yes, they are. |
| 5:56PM | 11 | **Q.**   Now, you were asked a question about the separation method |
| 5:56PM | 12 | that you used for the fluid in your calculations.  Do you |
| 5:56PM | 13 | recall that? |
| 5:56PM | 14 | **A.**   Yes. |
| 5:56PM | 15 | **Q.**   And does -- and you said that you used -- that the EOS |
| 5:56PM | 16 | that you used, the equation of state, was based on a |
| 5:56PM | 17 | single-stage flash? |
| 5:56PM | 18 | **A.**   Yes, it was. |
| 5:56PM | 19 | **Q.**   And does that result in lower flow rates? |
| 5:56PM | 20 | **A.**   That results in the same mass flow rate.  The mass flow |
| 5:56PM | 21 | rate is independent.  If you use a single-phase flash, you end |
| 5:56PM | 22 | up with lower standard barrels when you convert it to that. |
| 5:57PM | 23 | **Q.**   That was my question, Dr. Dykhuizen.  So if you had used a |
| 5:57PM | 24 | multistage EOS characterization of the fluid, you would have |
| 5:57PM | 25 | calculated higher volumes of standard barrels of oil? |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - REDIRECT

| | | |
|---|---|---|
| 5:57PM | 1 | **A.**   That is correct. |
| 5:57PM | 2 | **Q.**   Do you have any opinions regarding the proper method to |
| 5:57PM | 3 | use for separation of oil for the purposes of these |
| 5:57PM | 4 | calculations? |
| 5:57PM | 5 | **A.**   Well, I used single stage because it was easier, so that's |
| 5:57PM | 6 | my opinion.  But what the Court should use to convert from mass |
| 5:57PM | 7 | to standard barrels is not of my concern. |
| 5:57PM | 8 | **Q.**   You were asked a variety of questions regarding |
| 5:57PM | 9 | uncertainties in performing hydraulic modeling and the |
| 5:57PM | 10 | information you would need to come up with an estimate.  Do you |
| 5:57PM | 11 | recall that? |
| 5:57PM | 12 | **A.**   Yes. |
| 5:57PM | 13 | **Q.**   It was related to a paper, I believe, you wrote back in |
| 5:58PM | 14 | June of 2010? |
| 5:58PM | 15 | **A.**   Yes. |
| 5:58PM | 16 | **Q.**   And were you talking about the work that the NNSA labs |
| 5:58PM | 17 | were doing during the response? |
| 5:58PM | 18 | **A.**   Yes, I was. |
| 5:58PM | 19 | **Q.**   And you were asked some questions regarding Dr. Griffiths' |
| 5:58PM | 20 | work.  Do you recall that? |
| 5:58PM | 21 | **A.**   Yes. |
| 5:58PM | 22 | **Q.**   And I know we spoke a bit about this during your direct |
| 5:58PM | 23 | examination, but can you explain to the Court -- well, I |
| 5:58PM | 24 | believe you testified on direct that you did not hold the same |
| 5:58PM | 25 | opinions regarding Dr. Griffiths' work as you expressed in your |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - REDIRECT

5:58PM 1    e-mail critique?

5:58PM 2    **A.**   When I gave a series of phone and e-mail critiques, I only

5:58PM 3    had available some initial drafts of Dr. Griffiths' work and I

5:58PM 4    did not understand the full nature of his work and so these

5:59PM 5    comments were based on his draft, not his work.

5:59PM 6            Later on, he expanded his draft, and he also expanded

5:59PM 7    his work and addressed all of my concerns satisfactorily.

5:59PM 8    **Q.**   And so does he satisfy all of your concerns regarding his

5:59PM 9    work that you expressed in 2010?

5:59PM 10   **A.**   Yes.

5:59PM 11   **Q.**   And what do you think of his work now?

5:59PM 12   **A.**   I think it's an excellent piece of work.  He's

5:59PM 13   conclusively shown that you can get some very interesting data

5:59PM 14   out of PT-B, which originally was treated as not reliable.

5:59PM 15   **Q.**   During your cross-examination, Mr. Regan was asking you

5:59PM 16   about calculations being accurate.  I lost count of the number

5:59PM 17   of times he said "accurate."  But can you explain what you mean

5:59PM 18   by "not very accurate"?

6:00PM 19   **A.**   Sure.  People tend to believe that scientists can

6:00PM 20   calculate things to plus or minus 1 percent, and that seems to

6:00PM 21   be the standard being used.  My calculations, unfortunately,

6:00PM 22   are not to plus or minus 1 percent.  My calculations are, in

6:00PM 23   some cases, plus or minus 20 percent, in some cases, plus or

6:00PM 24   minus 25 percent, and for the integral, plus or minus

6:00PM 25   30 percent.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - REDIRECT

6:00PM 1              I think this is still an informative calculation.  It
6:00PM 2     should help the Court determine how much was flowing on a
6:00PM 3     particular day or what the cumulative rate was.  That was the
6:00PM 4     best I could do with the data that I had.
6:00PM 5     Q.   Mr. Regan also asked you -- I'm sorry, Dr. Dykhuizen.
6:00PM 6     Does the concept of the bell curve apply to all of your
6:01PM 7     calculations?
6:01PM 8     A.   Yes, it does.  You would consider a bell curve to be a
6:01PM 9     nice, symmetric Liberty Bell.  The only time where it gets
6:01PM 10    different is where we have the cumulative flow where I say it
6:01PM 11    could be plus 20 percent or minus 30 percent.  So you would
6:01PM 12    have to imagine a bell curve that's still the most likely
6:01PM 13    value.
6:01PM 14             The top of the bell curve is at 5 million barrels of
6:01PM 15    oil.  And then once you get to 43 and 63, which are
6:01PM 16    approximately my extremes, the probability is very small to get
6:01PM 17    near those extremes.
6:01PM 18    Q.   Now, Mr. Regan asked you about a spreadsheet called
6:01PM 19    "Wednesday night rush."  Do you recall that?
6:01PM 20    A.   Yes.
6:01PM 21    Q.   Were those calculations performed in a rush?
6:01PM 22    A.   No, they weren't.  Those -- those calculations had been
6:01PM 23    performed for a couple weeks by the time the request made was
6:02PM 24    made to do it for a Friday meeting.  So all we had to do was
6:02PM 25    clean up the spreadsheet, put it into a form that it could be

RONALD DYKHUIZEN, PH.D. - REDIRECT

6:02PM   1   submitted for Dr. Ratzell to use, and that involves commenting

6:02PM   2   a spreadsheet.

6:02PM   3         Spreadsheets don't typically have comments.  So we

6:02PM   4   would comment cells, this input is for the capping -- the

6:02PM   5   capping stack pressure, this input is for the K value that you

6:02PM   6   assume for this item.  This was not done in a rush.  This was

6:02PM   7   Mr. Morrow's joke that he probably should not have done.

6:02PM   8   Q.   And with regard to the capping stack calculations, all of

6:02PM   9   the BP internal calculations of the flow through the capping

6:03PM   10  stack that you reviewed, were all of those calculations over

6:03PM   11  50,000 barrels per day?

6:03PM   12  A.   Yes, they were.

6:03PM   13        MR. CERNICH:  Could we go to the ELMO, please?

6:03PM   14  BY MR. CERNICH:

6:03PM   15  Q.   Dr. Dykhuizen, this is the demonstrative that Mr. Regan

6:03PM   16  used with you a few moments ago during your cross-examination.

6:03PM   17  Do you recall that?

6:03PM   18  A.   Yes.

6:03PM   19  Q.   And I'd like to look at the estimates again that were

6:03PM   20  plotted out.

6:03PM   21        Can you point to me where I should put your -- and

6:03PM   22  this is BP's demonstrative, D-23996-A.  Can you point to me

6:03PM   23  where I should put your Top Kill calculation?

6:03PM   24  A.   The Top Kill was right before the riser was cut off, so a

6:03PM   25  couple days before.  We have 60,000.  That's above the line.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - REDIRECT

| | | |
|---|---|---|
| 6:04PM | 1 | It's on the 60. |
| 6:04PM | 2 | **Q.** So is that about the right place? |
| 6:04PM | 3 | **A.** Yes, that looks about right. |
| 6:04PM | 4 | **Q.** Okay.  And your -- |
| 6:04PM | 5 | **A.** And it was greater than 60,000, so maybe you should put an |
| 6:04PM | 6 | arrow going up from that point to demonstrate that my best |
| 6:04PM | 7 | estimate I only quantify to be 60,000 or above. |
| 6:04PM | 8 | **Q.** Can I label that "best estimate"? |
| 6:04PM | 9 | **A.** Sure. |
| 6:04PM | 10 | **Q.** And what about your Top Hat calculation? |
| 6:04PM | 11 | **A.** The Top Hat calculation was also approximately 60,000.  It |
| 6:04PM | 12 | was done on the last day, so that's a few days before we put in |
| 6:04PM | 13 | the -- put on the riser.  It was also about 60,000 from there. |
| 6:04PM | 14 | **Q.** Do I have the right spot? |
| 6:05PM | 15 | **A.** Yes, I think so.  Close enough for government work. |
| 6:05PM | 16 | **Q.** And can I call that a best estimate? |
| 6:05PM | 17 | **A.** Correct. |
| 6:05PM | 18 | **Q.** And can you tell me -- I believe you testified that you |
| 6:05PM | 19 | thought Dr. Zaldivar's calculations were off by a factor of 2. |
| 6:05PM | 20 | Is that right? |
| 6:05PM | 21 | **A.** Yes. |
| 6:05PM | 22 | **Q.** And if they were increased by a factor of 2, in what range |
| 6:05PM | 23 | would those be? |
| 6:05PM | 24 | **A.** Between 50,000 and 70,000, approximately in this range. |
| 6:05PM | 25 | Because you take 25 and double and get 50, and you take 35 and |

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - REDIRECT

6:05PM  1   double and get 70.

6:05PM  2   **Q.**   So is that about in this range?

6:05PM  3   **A.**   I think that's correct.  That looks close.  It's hard to

6:05PM  4   find May 13th and May 16th on there.  But we can slide that

6:05PM  5   left to right and it still wouldn't make that much difference

6:06PM  6   for your point.

6:06PM  7   **Q.**   Would it be fair to call that "Dr. Zaldivar corrected"?

6:06PM  8   **A.**   Sure.

6:06PM  9   **Q.**   And your best estimate for the Top Kill calculation, that

6:06PM  10  has a range of plus or minus 20 percent and that goes in both

6:06PM  11  directions; is that right?

6:06PM  12  **A.**   The Top Kill we put a minimum, a lower bound, at 43, and

6:06PM  13  it could -- I use that to estimate an upper bound also.  It's

6:06PM  14  just an approximation of how far up this could go, yes.  So we

6:07PM  15  could put 17,000 down and 17,000 up to represent my Top Kill

6:07PM  16  calculation, but you need a bell curve where the most probable

6:07PM  17  is somewhere near 60,000.

6:07PM  18  **Q.**   And despite the inaccuracies you were asked about, is

6:07PM  19  greater than 60,000 still your best estimate?

6:07PM  20  **A.**   Yes.

6:07PM  21  **Q.**   And does the same apply to the Top Hat calculation?

6:07PM  22  **A.**   Using the data of the Top Hat, my best estimate is

6:07PM  23  approximately 60,000 on that day.  Using the data of the

6:07PM  24  capping stack, I get a different estimate for the flow on that

6:07PM  25  day, a little lower.

OFFICIAL TRANSCRIPT

RONALD DYKHUIZEN, PH.D. - REDIRECT

6:07PM  1    Q.   And the curve that's on this demonstrative, Dr. Dykhuizen,
6:07PM  2    the red curve there, is that a fair representation of your
6:07PM  3    work?
6:07PM  4    A.   No, it's not.  I think that that flow linearly increasing
6:08PM  5    over the entire time period is not a possible solution.  We
6:08PM  6    could have the flow starting at some low value and as we erode,
6:08PM  7    we either go up above my line or we go up below my line, but we
6:08PM  8    probably stay close to my line after May 14th, because that's
6:08PM  9    where I have -- that's where Dr. Stewart Griffiths has his last
6:08PM  10   firm data point.
6:08PM  11           He also has some points in May 8th that he may want
6:08PM  12   you to believe the data back to May 8th.  But I think
6:08PM  13   May 14th is a pretty -- pretty good estimate that this blue
6:08PM  14   line is probably decreasing all the way back to May 14th and
6:08PM  15   probably all the way back to May 8th.
6:09PM  16   Q.   I'm going to mark this as demonstrative D-21160.
6:09PM  17           MR. CERNICH:  Thank you, Dr. Dykhuizen.  That's all I
6:09PM  18   have.
6:09PM  19           THE COURT:  All right.  Thank you, sir.
6:09PM  20           THE WITNESS:  Thank you.
6:09PM  21           THE COURT:  You're done.  Are you on furlough?
6:09PM  22           THE WITNESS:  I get my salary whether I'm here or
6:09PM  23   there, so it doesn't really...
6:09PM  24           THE COURT:  That's good.  I can't say that for
6:09PM  25   everyone.

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 6:09PM | 1 | Okay.  It's about almost 10 after 6:00. |
| 6:09PM | 2 | Obviously, we'll recess for the evening.  We'll come back -- |
| 6:09PM | 3 | well, before we do that, the witnesses tomorrow.  Let's see, |
| 6:10PM | 4 | you're going to have Mr.-- is it Mr. Hsieh? |
| 6:10PM | 5 | MS. HIMMELHOCH:  Hsieh, Your Honor. |
| 6:10PM | 6 | THE COURT:  He's testifying as a fact witness, Your |
| 6:10PM | 7 | Honor. |
| 6:10PM | 8 | MS. HIMMELHOCH:  That is correct, Your Honor. |
| 6:10PM | 9 | THE COURT:  And then Dr. Griffiths? |
| 6:10PM | 10 | THE WITNESS:  Yes, Your Honor. |
| 6:10PM | 11 | THE COURT:  Will those two likely take up most of the |
| 6:10PM | 12 | day tomorrow, or will we get to Mr. Zick? |
| 6:10PM | 13 | MS. HIMMELHOCH:  We hope to squeeze in at least a |
| 6:10PM | 14 | little bit of Dr. Zick tomorrow, Your Honor.  Of course, it |
| 6:10PM | 15 | depends on how long the cross takes. |
| 6:10PM | 16 | THE COURT:  All right.  Anything else? |
| 6:10PM | 17 | MS. HIMMELHOCH:  Your Honor, we have not yet received |
| 6:10PM | 18 | the order of witnesses from BP, which was due today. |
| 6:10PM | 19 | Can you gives us a guesstimate as to when we'll |
| 6:10PM | 20 | get it? |
| 6:10PM | 21 | MR. BROCK:  Yes.  There was an inquiry made earlier |
| 6:10PM | 22 | today.  I said you would get it around 5:30 or 6:00.  So I |
| 6:11PM | 23 | don't know why you're bringing that up. |
| 6:11PM | 24 | I promised to give it to them as soon as we get |
| 6:11PM | 25 | back. |

OFFICIAL TRANSCRIPT

6:11PM 1       **MS. HIMMELHOCH:**  I apologize.

6:11PM 2       **MR. CERNICH:**  Mike, it wasn't intended --

6:11PM 3       **MR. BROCK:**  We had a conversation about it.  I've

6:11PM 4  indicated the time we would get it --

6:11PM 5       **THE COURT:**  All right.  Anything else?

6:11PM 6       **MS. KARIS:**  Your Honor, two quick carryover issues

6:11PM 7  from last week's trial.  The outstanding exhibit lists for both

6:11PM 8  Dr. Ballard as well as Mr. Adams were circulated over the

6:11PM 9  weekend.

6:11PM 10      **THE COURT:**  Did you say witness lists?

6:11PM 11      **MS. KARIS:**  I'm sorry.  Exhibit lists.

6:11PM 12      **THE COURT:**  Exhibit lists.

6:11PM 13      **MS. KARIS:**  I'm sorry.  I probably misspoke.  It's

6:11PM 14  been a long day.

6:11PM 15           We have circulated those.  Transocean -- or the

6:11PM 16  aligned parties have asked me for additional time to review

6:11PM 17  those.  That is an open item from last week's case.  I just

6:11PM 18  don't want the Court to think that --

6:11PM 19      **THE COURT:**  Okay.

6:11PM 20      **MS. KARIS:**  And we are also working with the aligned

6:11PM 21  parties with respect to redacting Mr. Ziegler's report, and we

6:11PM 22  will have that resolved in short order.

6:11PM 23      **THE COURT:**  Okay.  Very well.  Everyone have a good

6:11PM 24  evening.  See you in the morning.

6:11PM 25      **THE DEPUTY CLERK:**  All rise.

OFFICIAL TRANSCRIPT

1    (WHEREUPON, the proceedings were concluded.)

2    *****

3    **<u>CERTIFICATE</u>**

4    I, Jodi Simcox, RMR, FCRR, Official Court Reporter

5    for the United States District Court, Eastern District of

6    Louisiana, do hereby certify that the foregoing is a true and

7    correct transcript, to the best of my ability and

8    understanding, from the record of the proceedings in the

9    above-entitled and numbered matter.

10

11

12                    *s/Jodi Simcox, RMR, FCRR*
                      Jodi Simcox, RMR, FCRR
13                    Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

'reasonable' [1] 1398/16
'the [2] 1422/23
'upper [1] 1467/5

.

.5 [1] 1457/10

**0**

02771 [1] 1309/7
040 [1] 1439/1

**1**

1 percent [3] 1384/5 1498/20 1498/22
1 psi [2] 1326/10 1326/10
1,000 [1] 1406/20
1-peak [1] 1425/11
1.1 psi [3] 1403/6 1403/17 1404/11
10 [15] 1338/16 1338/19 1341/17
1346/20 1400/18 1401/7 1405/16
1406/2 1462/1 1463/23 1464/5 1464/6
1485/23 1486/2 1504/1
10 heads [1] 1385/11
10 percent [26] 1338/18 1341/23
1342/10 1343/5 1345/3 1345/6 1345/12
1345/20 1345/22 1346/8 1346/9
1346/10 1346/21 1346/24 1346/25
1347/5 1347/13 1347/16 1399/10
1429/13 1461/21 1462/4 1463/7
1463/14 1463/22 1464/8
10,000 [2] 1441/6 1441/17
10,050 [1] 1408/1
10,600 [1] 1408/2
10-CV-02771 [1] 1309/7
10-CV-4536 [1] 1309/9
10-MD-2179 [1] 1309/4
100 [1] 1406/20
100 percent [1] 1435/3
100,000 barrels [1] 1453/21
10003 [1] 1310/11
1001 [1] 1312/16
104 [1] 1452/17
104,000 [1] 1325/14
104,900 [1] 1451/22
105 [2] 1452/18 1452/18
105,000 barrels [2] 1452/19 1452/20
10650 [2] 1427/3 1427/3
10650.1.1.US [1] 1427/7
10650.2.1 [1] 1489/13
11 [1] 1395/18
11,000 [1] 1427/12
11,850 psi [1] 1445/24
11,850 to [1] 1472/21
1100 [1] 1312/13
11087 [1] 1376/25
11191 [1] 1389/11
11191.1.US [1] 1389/12
11352 [2] 1377/17 1379/7
11435.1.1 [1] 1479/13
11436.2.1 [1] 1480/7
11452 [2] 1365/5 1365/18
11453.12.1 [1] 1474/17
11456.1.1 [1] 1454/25
11463-R [2] 1365/10 1365/18
115 [1] 1335/10
11534.1 [1] 1452/21
11534.16 [1] 1453/2
11th of [2] 1329/16 1332/3
1201 [2] 1312/10 1313/5
12308 [1] 1310/4
12th [2] 1451/1 1475/19
13 [2] 1441/6 1441/6

1300 [1] 1313/12
1301 [1] 1311/6
13th [1] 1422/14
14 [2] 1465/17 1465/23
14 flow [1] 1464/23
14271 [1] 1311/7
14th [12] 1451/2 1474/8 1475/5 1475/11
1475/12 1475/13 1475/17 1475/18
1475/20 1475/20 1475/24 1503/8
15 [4] 1325/12 1386/21 1386/24 1486/2
15,000 [1] 1485/23
15,000 barrels [2] 1405/17 1406/2
15-minute [1] 1414/3
15th [15] 1325/10 1325/16 1344/12
1348/11 1348/24 1349/8 1434/17
1451/3 1451/19 1452/3 1462/18
1468/10 1468/15 1471/25 1484/24
15th of [1] 1321/1
1600 psi [1] 1467/23
1615 [1] 1313/12
1665 [1] 1313/9
16th [3] 1425/24 1425/25 1426/10
17,000 [3] 1491/20 1502/15 1502/15
1700 [1] 1313/5
17th [1] 1386/15
18,000 [1] 1404/19
18,000 barrels [1] 1404/13
180 [1] 1382/22
180 degrees [4] 1363/5 1363/6 1382/17
1383/5
1800 psi [1] 1467/23
188 [1] 1310/16
1885 [1] 1310/23
1979 [1] 1358/5
19th [1] 1475/25

**2**

2 percent [4] 1382/18 1382/20 1407/20
1407/21
2 psi [1] 1403/17
2-peak [1] 1425/10
20 [6] 1309/5 1436/23 1437/8 1437/18
1485/1 1486/4
20 degrees [2] 1407/20 1407/21
20 percent [31] 1338/16 1338/19
1341/17 1376/3 1384/14 1385/5
1385/13 1411/13 1411/15 1411/15
1411/16 1411/16 1411/17 1412/1
1412/2 1412/3 1414/20 1414/21
1433/25 1434/6 1434/12 1435/14
1461/14 1461/18 1461/24 1466/25
1467/1 1472/5 1498/23 1499/11
1502/10
20,000 [8] 1406/2 1406/5 1406/6
1441/17 1485/21 1486/1 1486/2 1487/2
20,000 barrels [1] 1485/16
20,000's [1] 1406/7
200 degrees [3] 1382/17 1383/7 1383/8
20004 [1] 1312/11
20005 [1] 1312/7
20006 [1] 1313/16
20044 [2] 1311/8 1311/16
2010 [49] 1309/5 1316/25 1318/9
1321/9 1321/16 1323/2 1332/17 1335/6
1339/12 1349/23 1350/15 1352/18
1362/7 1362/14 1375/12 1386/15
1395/18 1398/12 1401/19 1403/15
1412/19 1412/20 1413/2 1434/25
1442/8 1442/10 1445/7 1450/11
1451/19 1455/12 1460/1 1460/17
1461/6 1464/3 1470/16 1474/12
1478/21 1479/6 1479/8 1479/11
1479/16 1480/1 1480/10 1481/8

1481/19 1487/4 1488/10 1497/14
1498/18
2011 [3] 1350/8 1351/12 1352/15
2013 [2] 1309/7 1315/2
2020 [1] 1313/16
20th [4] 1344/15 1348/25 1434/17
1493/12
21006.1 [1] 1322/4
21100.1 [2] 1367/18 1455/18
21101 [1] 1368/12
21101.1 [1] 1456/6
21102 [1] 1370/4
21103 [1] 1371/15
21104 [1] 1374/3
21105 [1] 1373/12
21106 [1] 1374/20
21109 [1] 1403/21
21110 [1] 1405/8
21117 [1] 1391/14
21118 [1] 1393/20
21119 [1] 1408/4
21122 [2] 1366/24 1432/11
21123 [1] 1388/5
21124 [1] 1418/7
21125 [1] 1423/23
21140 [1] 1355/25
21141 [1] 1357/5
21142 [1] 1357/13
21143 [2] 1366/20 1433/2
21145 [1] 1354/25
21160 [1] 1503/16
2179 [1] 1309/4
220 [1] 1382/21
220 degrees [1] 1382/20
2216 [1] 1310/7
22nd [1] 1438/23
23 [1] 1493/15
23rd [2] 1438/23 1450/11
24 [3] 1335/9 1475/21 1493/17
24,900 [1] 1493/19
24368 [1] 1319/1
24369 [1] 1476/11
24370 [1] 1476/20
24401 [1] 1477/10
24406 [1] 1464/20
24407 [2] 1465/21 1466/5
24496 [1] 1494/10
25 [1] 1501/25
25 percent [1] 1498/24
25,000 [1] 1404/23
25,000 barrels [1] 1404/16
252 [1] 1386/23
25th [1] 1492/7
26 [1] 1327/24
26th [8] 1324/19 1327/10 1327/25
1328/3 1339/20 1451/7 1453/15
1454/11
26th of [1] 1324/17
27 [1] 1493/15
28th [3] 1329/14 1331/12 1332/5
28th of [1] 1329/7
29th [4] 1398/12 1442/10 1442/14
1445/7
2nd [6] 1341/4 1345/7 1349/20 1352/17
1464/3 1464/13

**3**

3 percent [3] 1408/2 1408/3 1472/25
3 psi [1] 1326/14
3-K [4] 1390/5 1390/6 1390/7 1390/9
3-ram [2] 1336/25 1387/5
3.5 [2] 1437/15 1438/2
3.5 million [4] 1439/7 1439/8 1440/12

## 3

3.5 million... [1]  1440/23
3.5 million barrels [3]  1437/10 1440/7
1441/3
30 [11]  1342/24 1356/23 1412/14
1414/1 1436/23 1437/3 1437/8 1437/19
1441/3 1486/5 1493/24
30 percent [22]  1411/8 1411/10 1411/11
1414/20 1414/22 1435/10 1435/13
1436/8 1436/15 1436/21 1437/1 1437/3
1439/8 1440/12 1462/6 1462/9 1462/18
1462/20 1462/21 1493/25 1498/25
1499/11
30,000 [1]  1486/2
300 [1]  1311/23
30th [16]  1331/13 1333/25 1335/6
1336/22 1339/12 1339/23 1340/22
1340/23 1341/9 1341/15 1342/7
1454/12 1460/1 1460/17 1461/6
1464/13
30th of [1]  1332/3
30th, they [1]  1339/21
31 [2]  1467/16 1467/25
316 [1]  1310/4
31st [6]  1341/11 1342/1 1342/8
1346/19 1461/7
31st of [1]  1343/4
31st to [1]  1464/13
32591 [1]  1310/5
33 [1]  1335/10
333 [1]  1312/3
35 [5]  1355/13 1486/5 1493/17 1493/20
1501/25
35 million [1]  1440/23
35,000 [1]  1493/20
355 [1]  1312/21
35th [1]  1312/21
36,000 [1]  1493/20
36130 [1]  1310/20
3668 [1]  1309/23
37 [1]  1414/4
3700 [2]  1312/13 1312/16
39201 [1]  1310/17
3:35 [1]  1414/4
3rd [1]  1470/16

## 4

4 percent [5]  1376/2 1376/2 1408/21
1471/9 1471/12
4,200 [1]  1428/2
4,900 [1]  1428/2
4.1 [1]  1353/4
4.9 [4]  1352/22 1353/1 1434/25 1439/1
4.9 million [9]  1345/7 1345/12 1347/1
1347/20 1352/18 1407/14 1435/4
1435/6 1463/3
4.9 million-barrel [1]  1344/15
40 [2]  1335/9 1406/8
406 [1]  1313/18
42 [1]  1335/9
42,400 [2]  1434/3 1472/6
43 [3]  1385/7 1499/15 1502/12
43,000 [12]  1385/5 1393/7 1393/18
1404/21 1405/2 1405/4 1406/6 1406/7
1441/21 1482/6 1492/21 1493/7
43,000 barrels [4]  1391/5 1393/15
1405/7 1492/11
44,000 [2]  1399/4 1399/15
45 [2]  1451/24 1452/17
4536 [1]  1309/9
46 [1]  1348/6
48 hours [1]  1328/16

48-hour [1]  1328/21
49 [1]  1335/10 1442/4
4:00 p.m [1]  1329/7

## 5

5 million [18]  1366/16 1434/16 1434/24
1435/11 1436/2 1436/4 1436/7 1436/12
1436/21 1437/1 1437/6 1438/2 1439/5
1440/5 1440/14 1486/19 1486/22
1493/25
5 million barrels [4]  1407/8 1411/11
1414/18 1499/14
5 percent [2]  1461/23 1461/24
5,000 barrels [3]  1338/14 1363/25
1449/24
5,000 feet [1]  1326/22
5-million-barrel [2]  1412/5 1438/24
50 [5]  1400/16 1400/20 1481/11
1481/13 1501/25
50 percent [1]  1453/11
50,000 [1]  1501/24
50,000 barrels [1]  1500/11
500 [3]  1309/23 1310/20 1313/18
5000 [1]  1311/18
501 [1]  1310/13
504 [1]  1313/19
5066 [1]  1395/12
5066.1.1.US [1]  1395/16
5066.1.2.US [1]  1396/7
5066.3.1.US [1]  1396/23
51 [4]  1389/8 1390/4 1390/13 1467/22
51,000 [1]  1325/14
51,500 [1]  1388/25
51,900 [1]  1451/22
51-60 [1]  1335/11
51K [2]  1467/14 1467/18
52 [2]  1335/10 1452/17
53 [7]  1335/14 1344/19 1345/1 1346/2
1346/5 1346/22 1467/22
53,000 [37]  1341/3 1344/12 1344/13
1345/22 1346/18 1348/10 1385/6
1385/7 1434/20 1436/1 1438/18
1439/11 1440/4 1440/11 1440/22
1441/13 1441/18 1441/20 1441/22
1462/5 1462/9 1465/3 1465/16 1465/19
1465/24 1466/17 1466/18 1467/2
1468/3 1468/9 1468/10 1468/14 1472/5
1472/13 1472/16 1472/22 1495/9
53,000 barrels [8]  1338/13 1366/7
1367/13 1375/9 1385/1 1385/14 1433/1
1433/22
53-64 [1]  1335/11
53K [2]  1467/15 1467/18
53K-bopd [1]  1467/14
54 [1]  1390/13
54,000 barrels [2]  1389/9 1390/4
55,300 [3]  1466/2 1466/4 1466/12
556 [1]  1309/23
56,000 barrels [1]  1388/14
589-7780 [1]  1313/19
59 [1]  1491/17
59,200 [1]  1335/11
5:30 [1]  1504/22

## 6

6 million barrels [1]  1437/9
6.0 [1]  1438/3
6.5 [1]  1437/13
60 [5]  1335/11 1394/8 1394/10 1394/11
1501/1
60,000 [20]  1391/2 1394/5 1394/6
1406/7 1432/19 1432/23 1439/11
1439/13 1482/8 1482/10 1486/17

1491/16 1500/25 1501/5 1501/7
1501/11 1501/16 1502/1 1502/19
1502/23
60,000 barrels [17]  1366/11 1366/14
1389/3 1390/24 1394/17 1394/19
1401/3 1481/23 1481/25 1482/25
1484/18 1485/11 1486/13 1486/16
1486/18 1486/25 1491/23
60,000-barrels-a-day [1]  1482/23
600 [1]  1310/4
60654 [1]  1311/24
6196 [1]  1386/10
6196.4.1.US [1]  1386/18
63 [3]  1335/10 1385/8 1499/15
63,000 [4]  1348/11 1385/6 1439/21
1441/21
63,600 [1]  1434/3
64 [2]  1335/11 1394/13
64 1/2 [2]  1394/13 1394/14
65 [1]  1394/13
655 [1]  1312/7
6:00 [2]  1504/1 1504/22

## 7

70 [3]  1394/8 1491/22 1502/1
70,000 [1]  1501/24
700 [1]  1310/10
701 [2]  1311/4 1311/18
70112 [1]  1313/13
70113 [1]  1309/20
70130 [3]  1310/8 1311/4 1313/19
70139 [1]  1311/19
70163 [1]  1312/14
703 [1]  1378/10
70502 [1]  1309/24
70601 [1]  1310/14
70804 [1]  1310/24
72,000 [1]  1325/13
72,700 [3]  1451/22 1452/3 1453/5
73,000 [1]  1452/14
75270 [1]  1313/6
7611 [1]  1311/15
77,000 [1]  1399/16
77,000 barrels [1]  1399/4
77002 [1]  1312/17
77010 [1]  1313/9
777 [1]  1310/16
7780 [1]  1313/19

## 8

8,200 barrels [1]  1427/25
80 [3]  1451/24 1452/17 1480/5
800,000 barrels [1]  1352/24
810,000 [1]  1353/2
82,000 [1]  1427/24
820 [1]  1309/19
83,000 [5]  1325/14 1451/22 1452/4
1452/15 1453/6
85 [1]  1468/20
85 days [1]  1470/22
86 [3]  1347/7 1347/15 1478/17
86-day [2]  1347/2 1474/1
8628.58.1 [1]  1342/1
8635.96.1 [1]  1339/11
8635.96.3 [1]  1460/10
8635.97.1 [1]  1338/5
87 [7]  1316/14 1342/17 1344/13
1344/20 1346/2 1346/7 1346/13
8809 [1]  1462/25
8809.1.1 [1]  1463/19
8th [4]  1409/6 1409/7 1503/12 1503/15

## 9

90071 [2]  1312/4 1312/22

9

9361 [1] 1464/23
9361.1 [1] 1464/11
9361.24.1 [1] 1456/24
9361.46 [1] 1348/3
9361.49.1 [1] 1450/2
9361.71 [1] 1469/4
9379.1.2 [1] 1467/8
9388 [1] 1442/15
9388.1.1 [1] 1442/9
9389.1.1 [1] 1443/5
9389.2.1 [2] 1442/23 1445/15
94005 [1] 1310/23
94512.1.1.US [1] 1398/7
9452 [1] 1398/3
9452.2.1.US [1] 1398/20
9452.9.1.US [1] 1399/12
9671.1.1 [1] 1351/17
9671.2.1 [1] 1350/5
9692.3.2 [1] 1316/20
9706 [2] 1327/24 1451/12
9706.1 [1] 1324/20
9706.26.1 [1] 1327/24
9706.4 [2] 1325/3 1451/13
9706.5 [2] 1325/20 1453/13
9710.3.1 [1] 1350/18
9718.1.1 [1] 1328/22
9718.1.2 [1] 1329/23
9725.2.1 [1] 1341/14
9906.3.3 [1] 1336/10
9908 [1] 1332/9
9908.2.2 [1] 1332/22
9924.1.1 [2] 1470/15 1470/17
9924.3.2 [1] 1470/17
9929 [1] 1334/19
9929.95 [1] 1334/17

A

ability [2] 1403/7 1506/7
able [7] 1331/14 1363/17 1378/20
1380/20 1402/12 1410/12 1424/20
about [121] 1316/16 1317/1 1318/1
1318/8 1318/13 1320/7 1320/14
1320/15 1322/2 1322/3 1322/8 1322/19
1324/15 1324/16 1325/21 1326/15
1329/18 1331/5 1332/17 1332/17
1337/23 1338/1 1341/7 1342/24
1342/25 1343/15 1343/18 1344/19
1344/21 1345/17 1348/1 1351/24
1355/13 1364/9 1369/18 1372/10
1376/19 1378/15 1380/15 1380/15
1380/16 1389/23 1403/6 1403/19
1403/24 1405/25 1407/23 1410/11
1410/17 1410/24 1411/18 1412/7
1414/4 1414/13 1416/11 1421/4
1423/12 1423/20 1429/23 1430/2
1430/18 1431/4 1431/9 1431/23
1431/24 1436/19 1437/16 1439/11
1441/12 1441/25 1442/12 1443/4
1444/2 1445/21 1446/22 1446/23
1449/4 1449/7 1453/11 1455/16 1459/3
1459/7 1459/22 1461/11 1468/18
1469/2 1470/19 1472/9 1476/24
1477/19 1478/13 1478/15 1478/18
1478/24 1479/11 1479/12 1480/10
1480/20 1480/22 1481/7 1481/17
1485/5 1487/3 1489/9 1493/9 1493/15
1494/22 1496/3 1496/11 1497/16
1497/22 1498/16 1499/18 1501/2
1501/3 1501/10 1501/13 1502/2
1502/18 1504/1 1505/3
above [16] 1319/21 1319/25 1327/8

1337/1 1392/13 1396/12 1439/11
1440/24 1451/22 1477/3 1477/8
1477/5 1500/25 1501/7 1503/7 1506/9
above-entitled [1] 1506/9
absolutely [1] 1330/19
accept [3] 1364/22 1409/1 1440/12
accepting [1] 1425/15
accepts [1] 1400/12
accident [12] 1316/10 1329/10 1333/8
1355/11 1359/3 1391/23 1440/3
1445/24 1450/15 1475/21 1480/13
1481/20
accommodation [1] 1474/13
account [17] 1317/10 1345/8 1345/13
1347/10 1370/23 1399/22 1408/10
1409/2 1411/20 1443/12 1446/3 1447/8
1447/9 1447/10 1471/8 1471/18
1471/20
accounted [2] 1352/19 1436/3
accuracy [5] 1330/15 1340/15 1419/15
1478/15 1487/2
accurate [27] 1316/19 1320/19 1322/19
1323/3 1323/25 1343/8 1343/15
1381/20 1381/23 1382/1 1383/19
1384/17 1384/24 1390/7 1394/10
1403/19 1452/16 1466/12 1482/9
1484/24 1485/3 1485/7 1485/8 1485/9
1498/16 1498/17 1498/18
accurately [2] 1331/19 1332/19
achieve [2] 1392/18 1392/20
across [2] 1396/12 1481/5
activated [1] 1451/2
activities [2] 1410/10 1464/12
actual [4] 1327/25 1428/22 1429/6
1472/3
actually [24] 1317/3 1320/14 1322/20
1322/25 1323/10 1335/3 1340/18
1342/3 1343/20 1346/5 1346/7 1347/19
1349/18 1374/25 1378/12 1380/8
1394/6 1424/15 1430/20 1441/12
1443/4 1457/8 1458/22 1492/8
ad [1] 1422/25
Adam [1] 1387/22
Adams [1] 1505/8
add [7] 1370/18 1404/20 1405/11
1405/12 1406/6 1486/1 1486/2
added [5] 1317/7 1331/6 1378/7 1400/1
1468/8
adding [3] 1342/17 1434/21 1446/13
addition [1] 1365/16
additional [6] 1325/21 1326/20 1341/15
1401/5 1401/25 1505/16
address [2] 1329/1 1422/17
addressed [4] 1413/13 1418/22 1496/8
1498/7
addresses [1] 1425/20
addressing [1] 1479/10
adds [2] 1408/14 1439/4
adequate [1] 1360/23
adjust [3] 1403/1 1472/7 1495/16
adjusted [1] 1472/5
adjustments [2] 1330/10 1348/21
administration [2] 1328/15 1346/20
admits [1] 1422/13
admitted [2] 1365/21 1377/24
adopt [1] 1365/13
affect [4] 1349/12 1419/15 1443/12
1443/13
affects [1] 1350/24
after [28] 1336/5 1350/1 1378/12
1378/12 1383/21 1388/10 1388/12
1395/5 1395/11 1396/21 1397/14
1397/17 1405/22 1430/14 1430/15

1436/17 1436/17 1436/18 1436/19
1442/11 1448/25 1461/24 1473/22
1482/15 1483/10 1485/15 1503/8
1504/1
afternoon [4] 1309/14 1315/1 1315/17
1315/18
afterwards [1] 1450/8
again [19] 1318/23 1325/25 1338/6
1354/17 1363/7 1377/9 1417/4 1417/5
1422/11 1439/3 1445/11 1446/6 1453/7
1457/2 1464/12 1469/4 1477/17
1482/23 1500/19
against [3] 1387/4 1402/17 1402/18
age [3] 1400/16 1400/17 1400/20
ago [4] 1412/14 1462/3 1463/22
1500/16
agree [25] 1322/17 1348/23 1363/21
1382/21 1408/24 1437/12 1439/8
1439/10 1440/6 1449/16 1449/17
1454/17 1454/18 1465/16 1465/24
1471/24 1472/19 1476/4 1476/7
1476/21 1482/8 1484/15 1485/18
1486/7 1493/23
agreed [6] 1326/5 1333/12 1363/16
1378/6 1410/7 1437/16
agreeing [1] 1436/10
agreement [3] 1396/19 1474/21 1475/2
ahead [5] 1354/22 1364/22 1380/6
1414/3 1452/11
aided [1] 1313/24
al [2] 1309/8 1309/11
Alabama [1] 1310/20
ALAN [1] 1313/8
Albuquerque [1] 1442/12
alert [1] 1377/1
alerted [1] 1350/15
aligned [2] 1505/16 1505/20
all [95] 1315/4 1315/5 1319/19 1321/21
1325/1 1330/6 1331/25 1333/6 1333/11
1333/21 1336/6 1337/1 1338/1 1338/4
1341/18 1342/17 1343/2 1343/14
1346/22 1346/24 1351/11 1351/15
1352/3 1354/21 1358/1 1359/4 1360/4
1364/5 1364/17 1365/21 1370/14
1370/25 1372/2 1372/8 1373/20 1375/1
1375/7 1375/22 1375/22 1378/25
1382/5 1382/10 1384/16 1384/22
1384/22 1385/10 1386/7 1388/10
1388/12 1389/4 1392/2 1392/9 1394/2
1395/21 1411/23 1414/5 1414/7 1414/8
1418/24 1419/14 1419/19 1420/14
1421/20 1422/4 1432/4 1442/24 1450/7
1456/13 1456/18 1458/16 1458/17
1459/14 1463/16 1463/16 1473/12
1473/16 1475/12 1478/23 1483/1
1483/10 1496/8 1496/9 1496/9 1497/8
1499/6 1499/24 1500/8 1500/10
1503/14 1503/15 1503/17 1503/19
1504/16 1505/5 1505/25
ALLAN [1] 1311/3
ALLEN [1] 1312/21
allow [5] 1346/8 1367/23 1391/4 1416/5
1468/22
allowed [3] 1333/2 1333/9 1367/25
allows [4] 1368/3 1371/23 1374/1
1473/4
almost [1] 1504/1
along [3] 1401/7 1417/3 1441/2
already [5] 1331/8 1342/25 1398/13
1401/4 1403/24
also [93] 1316/10 1317/21 1318/22
1320/10 1323/8 1324/12 1330/17
1336/18 1336/20 1339/11 1339/20

A

also... [82] 1340/19 1341/16 1342/8
1343/6 1346/2 1353/21 1355/11
1357/25 1359/21 1359/23 1360/1
1361/16 1366/3 1371/7 1371/12
1372/15 1373/8 1373/11 1373/24
1376/6 1376/8 1376/20 1382/15
1382/20 1383/6 1383/16 1390/25
1392/25 1397/10 1398/23 1400/2
1400/9 1404/11 1404/15 1405/12
1406/12 1407/1 1407/24 1412/3
1412/21 1415/17 1417/2 1419/10
1423/20 1423/22 1425/11 1426/12
1430/6 1439/12 1443/17 1444/8 1448/7
1449/10 1454/17 1457/17 1457/23
1458/6 1462/4 1462/17 1463/22 1464/5
1466/2 1466/2 1467/13 1471/24
1478/11 1479/7 1480/4 1481/15 1482/2
1484/18 1490/3 1490/7 1492/2 1495/11
1498/6 1499/5 1501/11 1501/13
1502/13 1503/11 1505/20
alternate [15] 1373/9 1373/15 1373/16
1374/5 1375/4 1375/5 1375/6 1376/18
1383/15 1387/7 1389/2 1394/21
1394/24 1457/17 1459/5
alternated [1] 1416/21
alternating [1] 1361/13
although [4] 1360/7 1382/21 1436/22
1437/23
always [8] 1353/3 1382/24 1402/10
1402/25 1403/3 1403/5 1403/7 1447/2
am [2] 1377/25 1482/22
ambient [1] 1319/4 1319/12 1393/11
AMERICA [8] 1309/10 1311/6 1311/10
1311/18 1311/21 1312/3 1312/6
1312/10
Ammerman [2] 1344/1 1344/2
amongst [2] 1339/23 1464/16
amount [14] 1329/9 1345/5 1346/2
1358/13 1358/16 1358/19 1366/4
1370/10 1370/19 1392/7 1401/13
1405/20 1472/20 1485/21
Anadarko [4] 1313/11 1313/11 1313/14
1313/15
anaerobic [1] 1415/11
analogy [1] 1447/13
analyses [4] 1339/3 1350/14 1447/7
1467/13
analysis [37] 1318/4 1334/7 1338/20
1339/13 1341/8 1358/2 1362/6 1372/2
1372/3 1378/7 1378/8 1378/9 1378/11
1379/9 1379/11 1379/17 1379/19
1380/17 1380/18 1381/8 1425/16
1443/11 1444/17 1445/20 1454/3
1460/5 1460/18 1462/14 1476/9 1479/4
1480/12 1481/8 1488/8 1488/12
1488/15 1494/22 1495/7
analysts [1] 1331/5
analyze [3] 1400/6 1400/11 1483/21
analyzed [5] 1330/2 1331/11 1400/7
1400/9 1484/1
analyzing [4] 1337/24 1355/10 1356/14
1485/12
and/or [1] 1454/3
ANDREW [1] 1311/21
Angeles [2] 1312/4 1312/22
angle [4] 1322/21 1322/22 1323/2
1402/10
ANNA [1] 1311/13
announce [1] 1454/13
annulars [1] 1317/15
anomalous [1] 1373/4

anomaly [3] 1339/8 1466/8 1466/10
another [6] 1315/19 1320/2 1341/4
1344/18 1352/7 1371/7 1371/24
1376/15 1378/7 1379/13 1382/20
1412/12 1425/12 1425/13 1444/21
1445/16 1480/9 1486/9
answer [6] 1316/13 1322/1 1385/20
1388/12 1388/17 1423/16
answering [1] 1423/9
ANTHONY [1] 1310/7
any [65] 1316/10 1321/13 1321/21
1338/2 1345/8 1345/13 1347/6 1347/10
1347/19 1351/2 1352/19 1354/17
1360/2 1360/5 1364/5 1364/17 1366/2
1367/8 1367/15 1372/2 1379/8 1379/11
1382/7 1384/6 1384/20 1384/20 1386/6
1387/14 1387/15 1387/16 1387/17
1388/15 1390/15 1391/11 1399/25
1404/25 1405/2 1405/3 1406/21 1413/1
1418/4 1420/17 1426/20 1434/15
1434/25 1446/1 1448/17 1457/18
1462/14 1466/11 1467/21 1469/25
1479/23 1480/13 1481/1 1483/10
1485/24 1486/2 1488/1 1488/8 1488/12
1488/15 1488/17 1495/16 1497/2
anybody [2] 1400/18 1480/25
anybody's [1] 1384/22
anyone [4] 1351/2 1364/9 1401/21
1495/15
anything [7] 1323/22 1375/12 1377/20
1440/8 1476/22 1504/16 1505/5
apart [3] 1372/12 1379/25 1380/3
APLC [1] 1311/17
apologize [1] 1437/4 1505/1
apology [1] 1437/5
appeal [1] 1376/23
appealed [1] 1377/5
appear [1] 1438/18
appearance [1] 1476/4
Appearances [5] 1309/17 1310/1 1311/1
1312/1 1313/1
appeared [1] 1475/25
appears [1] 1325/2
applicable [1] 1375/20
application [1] 1359/15
applied [1] 1358/24 1376/3 1435/1
1464/9
applies [5] 1309/6 1429/5 1463/15
1463/16 1463/17
apply [10] 1358/20 1395/3 1412/7
1412/10 1414/16 1484/3 1491/19
1492/5 1499/6 1502/21
applying [1] 1395/3 1491/17
appreciate [1] 1476/21
appreciated [1] 1318/9
approach [4] 1379/6 1440/5 1440/13
1477/17
appropriate [4] 1343/18 1369/3 1461/3
1462/8
approximate [1] 1394/15
approximately [35] 1348/11 1356/23
1366/13 1375/8 1376/2 1384/14 1395/5
1399/10 1401/3 1403/16 1404/16
1408/2 1426/18 1427/12 1428/1 1428/2
1429/7 1432/23 1433/1 1434/5 1438/25
1439/5 1439/13 1441/3 1457/20
1457/21 1463/7 1476/3 1483/19
1492/21 1493/7 1499/16 1501/11
1501/24 1502/23
approximation [3] 1376/16 1424/17
1502/14
approximations [2] 1421/18 1422/11
APRIL [6] 1309/5 1344/15 1348/25

1434/17 1434/21 1438/23
April 20th and [1] 1434/21
April 22nd [1] 1438/23
arbitrarily [1] 1481/11
are [123] 1317/9 1319/20 1319/21
1330/1 1331/10 1332/4 1335/1 1335/19
1336/12 1337/7 1339/16 1339/16
1339/17 1340/22 1341/14 1341/22
1343/20 1343/25 1349/1 1349/4
1353/15 1354/17 1356/17 1358/23
1359/16 1360/19 1365/18 1367/3
1369/6 1369/7 1370/10 1371/2 1371/3
1371/8 1374/7 1376/19 1376/20
1378/13 1381/4 1381/20 1384/16
1384/18 1384/19 1384/24 1390/10
1390/11 1394/23 1394/25 1396/13
1396/19 1397/3 1397/15 1398/15
1405/13 1410/14 1410/19 1411/14
1413/25 1414/25 1416/1 1419/8
1419/14 1419/21 1421/17 1421/25
1422/11 1422/21 1423/25 1424/1
1424/14 1425/1 1425/1 1425/8 1425/14
1427/5 1427/6 1427/9 1427/9 1427/11
1433/7 1433/8 1433/19 1438/12
1441/24 1443/6 1445/1 1446/13
1446/15 1447/4 1447/6 1447/16 1456/5
1456/7 1459/1 1461/5 1464/23 1465/1
1465/3 1465/5 1466/22 1467/21
1467/22 1470/23 1473/8 1476/17
1476/25 1484/7 1486/11 1487/1
1487/13 1490/18 1490/19 1490/21
1494/1 1494/5 1494/11 1496/8 1496/10
1498/22 1498/22 1499/15 1503/21
1505/20
area [19] 1318/1 1323/5 1337/19
1350/22 1361/5 1369/3 1369/4 1426/23
1428/23 1429/3 1429/6 1429/6 1429/14
1434/21 1439/3 1452/8 1490/22
1490/24 1495/21
areas [5] 1319/23 1322/16 1490/1
1490/1 1490/5
aren't [3] 1323/16 1397/10 1399/9
argued [1] 1378/3
argues [1] 1400/9
arithmetic [1] 1345/2
around [16] 1319/13 1381/17 1389/3
1394/8 1394/10 1394/13 1394/14
1402/17 1404/3 1439/17 1456/13
1467/24 1491/22 1492/23 1493/15
1504/22
arrival [1] 1450/9
arrive [7] 1405/10 1436/20 1449/19
1464/13 1485/15 1486/12 1486/15
arrived [2] 1412/23 1442/6
arriving [4] 1320/16 1340/4 1340/9
1340/15
arrow [1] 1501/6
Art [2] 1351/22 1351/22
article [1] 1413/9
articulate [1] 1410/10
articulated [1] 1461/19
as [209]
Asbill [1] 1312/15
ascribed [2] 1385/4 1411/7
ask [9] 1346/11 1361/23 1363/24
1378/17 1387/9 1411/3 1431/12 1492/9
1495/15
asked [23] 1331/1 1333/16 1361/10
1361/25 1363/9 1365/25 1366/1 1366/3
1378/15 1382/25 1387/12 1431/14
1431/19 1468/8 1494/21 1496/3
1496/11 1497/8 1497/19 1497/19 1499/5

## A

asked... [3]  1499/18 1502/18 1505/16
asking [5]  1410/9 1423/5 1423/6
1423/14 1498/15
asks [1]  1351/2
assembled [2]  1328/5 1460/17
assess [1]  1324/2
assessment [6]  1316/5 1317/25 1318/11
1343/8 1448/20 1453/16
asset [2]  1309/8 1455/11
assign [7]  1348/2 1384/13 1384/14
1409/8 1419/22 1439/24 1439/24
assigned [7]  1336/16 1384/8 1406/5
1406/16 1408/11 1409/7 1411/15
assigning [1]  1471/21
assigns [1]  1404/21
assist [3]  1367/15 1368/14 1391/11
assume [15]  1363/24 1387/11 1400/12
1407/3 1444/2 1446/2 1447/20 1452/8
1452/13 1458/25 1462/13 1463/10
1483/8 1492/14 1500/6
assumed [8]  1392/2 1399/24 1446/4
1470/21 1475/1 1481/10 1483/1 1483/3
assumes [1]  1415/17
assuming [4]  1380/2 1392/18 1392/23
1473/2
assumption [16]  1317/25 1330/10
1348/18 1352/2 1376/18 1380/22
1383/3 1392/3 1393/19 1445/21 1449/4
1449/7 1459/3 1459/6 1482/16 1493/3
assumptions [9]  1375/15 1375/16
1383/3 1391/1 1391/4 1403/19 1449/9
1482/19 1494/8
assure [1]  1330/13
attached [5]  1396/9 1398/16 1416/20
1442/3 1452/25
attaches [1]  1441/7 1470/16
attachment [3]  1396/2 1397/1 1470/17
attachments [1]  1396/5
attack [1]  1376/16
attempt [3]  1390/7 1398/25 1455/5
attempted [2]  1374/24 1374/25
attempting [1]  1458/16
attempts [4]  1325/9 1389/2 1450/15
1450/18
attended [2]  1342/2 1460/2
attending [1]  1461/25
attention [1]  1469/11
Attorney [2]  1310/18 1310/22
August [14]  1341/4 1345/7 1349/20
1352/17 1386/15 1412/18 1434/25
1450/11 1463/2 1464/3 1464/13
1470/16 1479/15 1480/1
August 17th [1]  1386/15
August 23rd [1]  1450/11
August 2nd [6]  1341/4 1345/7 1349/20
1352/17 1464/3 1464/13
August 2nd press [1]  1463/2
August 3rd [1]  1470/16
Austin [3]  1489/4 1489/10 1491/6
author [1]  1464/1
available [4]  1316/7 1318/21 1321/8
1498/3
Avenue [4]  1309/19 1310/20 1312/10
1312/21
average [12]  1346/10 1381/19 1407/23
1419/25 1420/5 1437/20 1465/5 1465/7
1465/20 1466/17 1477/6 1477/7
averaged [1]  1375/9
averaging [1]  1420/14
aware [5]  1345/20 1467/21 1475/25
1476/2 1493/11
away [7]  1348/23 1349/7 1349/16
1373/25 1449/24 1477/23 1497/2

## B

B.S [1]  1356/8
back [39]  1329/16 1332/1 1344/15
1344/17 1348/11 1349/7 1361/14
1361/17 1361/21 1363/6 1363/6
1380/12 1392/16 1392/17 1394/11
1406/24 1407/4 1416/21 1416/22
1417/4 1417/4 1422/9 1429/1 1438/22
1440/22 1453/13 1464/11 1470/19
1471/3 1471/5 1471/14 1471/17
1471/22 1497/13 1503/12 1503/14
1503/15 1504/2 1504/25
background [3]  1356/3 1356/6 1356/12
backpedaling [1]  1467/21
backwards [9]  1345/1 1348/24 1434/20
1471/10 1471/25 1492/6 1492/18
1493/2 1493/4
bad [1]  1479/23
balance [1]  1472/10
Ballard [4]  1387/22 1389/1 1395/1
1505/8
bar [11]  1376/3 1411/22 1433/25 1435/1
1435/3 1435/6 1435/10 1440/12 1442/3
1454/9 1482/4
BARBIER [5]  1309/15 1355/15 1381/11
1391/16 1393/22
BARR [1]  1310/3
barrel [4]  1344/15 1412/5 1438/24
1469/20
barrels [75]  1338/13 1338/14 1352/24
1363/25 1366/7 1366/11 1366/14
1366/16 1367/13 1369/5 1375/9 1385/1
1385/14 1388/14 1388/25 1389/3
1389/9 1390/4 1390/24 1391/2 1391/5
1393/7 1393/15 1394/5 1394/6 1394/17
1394/19 1399/4 1401/3 1404/13
1404/16 1405/4 1405/7 1405/17 1406/2
1407/8 1407/14 1411/11 1414/18
1427/12 1427/25 1429/12 1432/19
1432/23 1433/1 1433/22 1434/16
1437/9 1437/10 1440/7 1441/3 1449/24
1452/19 1452/20 1453/21 1469/1
1481/23 1481/25 1482/23 1482/25
1484/18 1485/11 1485/16 1486/13
1486/16 1486/18 1486/25 1491/23
1492/11 1493/7 1496/22 1496/25
1497/7 1499/14 1500/11
BARRY [1]  1311/23
bars [1]  1496/8
base [3]  1382/16 1383/6 1434/19
based [31]  1321/1 1325/5 1326/1
1360/25 1368/10 1379/24 1380/22
1384/8 1390/5 1392/14 1393/19
1397/18 1399/8 1401/12 1402/5 1402/7
1402/13 1409/5 1417/18 1431/19
1433/22 1434/6 1452/16 1457/7
1462/12 1462/13 1467/15 1467/24
1469/15 1496/16 1498/5
baseline [3]  1452/6 1452/7 1453/7
basically [6]  1319/8 1322/7 1335/20
1345/3 1345/19 1350/3
basing [1]  1486/10
basis [5]  1333/6 1333/9 1382/8 1395/8
1495/9
Baton [1]  1310/24
Baylen [1]  1310/4
be [144]  1315/5 1320/5 1320/19 1325/2
1325/15 1327/3 1327/25 1330/6
1330/21 1331/6 1333/3 1333/6 1333/17
1334/14 1337/3 1338/3 1338/17
1338/18 1338/19 1339/25 1340/20
1341/25 1342/4 1347/3 1347/8 1347/9
1348/21 1349/15 1349/18 1351/11
1351/21 1351/25 1352/2 1352/6 1353/1
1355/3 1355/17 1355/18 1357/25
1359/11 1359/16 1361/20 1362/13
1363/2 1363/8 1365/21 1368/17
1369/11 1369/22 1370/15 1372/11
1372/17 1377/19 1377/21 1377/24
1379/1 1385/6 1385/8 1385/13 1385/14
1386/23 1387/3 1390/7 1392/10
1395/20 1396/11 1399/10 1400/4
1402/3 1402/7 1403/4 1403/6 1403/10
1405/1 1405/25 1406/1 1406/3 1406/14
1408/20 1411/10 1411/11 1411/15
1411/17 1412/11 1413/25 1414/8
1419/23 1419/25 1420/6 1421/5
1421/17 1424/19 1425/20 1434/3
1435/1 1436/7 1436/15 1437/9 1437/12
1437/17 1437/19 1438/18 1439/14
1441/18 1441/21 1441/22 1441/25
1444/11 1451/2 1452/5 1455/11 1457/7
1461/13 1461/21 1463/6 1464/4
1466/12 1466/25 1467/1 1467/17
1467/23 1469/9 1472/11 1473/5
1473/25 1477/12 1477/20 1484/13
1486/25 1487/19 1488/22 1490/14
1491/4 1491/22 1492/7 1492/7 1493/1
1494/3 1498/21 1499/8 1499/11
1499/25 1501/7 1501/23 1502/7
beat [1]  1423/17
became [2]  1478/8 1478/9
because [82]  1316/13 1323/5 1323/8
1323/9 1324/1 1326/6 1326/12 1326/15
1326/20 1328/18 1329/4 1331/1
1332/18 1337/12 1339/4 1339/7 1339/8
1341/18 1352/2 1358/1 1359/24 1368/1
1368/23 1369/21 1371/21 1373/4
1373/17 1377/15 1380/23 1392/4
1392/13 1392/15 1392/17 1392/20
1393/4 1393/24 1397/4 1397/6 1402/20
1405/12 1406/2 1408/13 1408/16
1409/23 1414/20 1416/16 1417/23
1418/2 1420/16 1422/5 1424/22
1425/16 1426/8 1429/11 1441/18
1441/19 1443/12 1450/19 1452/18
1453/22 1454/8 1461/24 1463/9 1464/9
1466/10 1466/22 1474/3 1478/15
1485/23 1486/1 1486/8 1486/9 1487/17
1488/24 1492/6 1492/14 1492/16
1492/18 1494/5 1497/5 1501/25 1503/8
becomes [1]  1479/21
been [41]  1315/6 1328/4 1328/5
1328/13 1329/19 1330/7 1333/16
1335/17 1345/21 1347/2 1350/14
1350/15 1354/1 1355/11 1356/22
1358/3 1377/12 1387/19 1406/20
1409/18 1413/15 1421/6 1421/16
1421/18 1431/1 1431/2 1442/10
1449/19 1450/15 1451/8 1473/9
1473/10 1474/7 1475/23 1478/22
1487/18 1487/22 1487/24 1491/10
1499/22 1505/14
before [36]  1309/14 1318/17 1319/8
1319/10 1369/12 1376/25 1377/17
1380/11 1386/12 1389/14 1395/5
1395/11 1395/14 1396/20 1397/15
1409/7 1412/23 1415/9 1421/25 1431/3
1445/24 1449/25 1450/5 1451/7
1475/11 1475/17 1475/19 1475/20
1475/23 1483/9 1485/25 1491/10
1500/24 1500/25 1501/12 1504/3
beginning [7]  1329/10 1330/3 1439/19

**B**

beginning... [4]  1439/20 1441/16 1471/3 1483/15
begun [1]  1329/16 1332/1
behalf [4]  1315/16 1354/12 1354/24 1433/17
behave [1]  1459/4
behavior [4]  1420/12 1420/12 1421/14 1488/9
behind [1]  1435/6
being [19]  1321/1 1322/20 1323/1 1339/6 1345/20 1367/3 1370/14 1372/16 1390/4 1410/12 1414/21 1414/22 1431/7 1456/2 1460/21 1467/2 1470/24 1498/16 1498/21
belief [1]  1343/8
believable [9]  1327/9 1416/7 1416/8 1416/9 1442/2 1453/18 1453/20 1453/22 1453/23
believe [37]  1317/3 1320/21 1324/9 1324/11 1324/19 1328/11 1331/8 1334/6 1335/19 1338/17 1339/18 1342/7 1342/8 1342/16 1347/24 1349/4 1350/4 1352/14 1380/15 1388/11 1388/13 1404/22 1409/12 1412/5 1418/15 1430/6 1434/25 1455/18 1467/19 1473/25 1475/8 1485/25 1497/13 1497/24 1498/19 1501/18 1503/12
believed [6]  1330/18 1461/12 1461/20 1462/8 1473/11 1473/15
bell [11]  1385/7 1414/14 1414/19 1437/21 1494/5 1499/6 1499/8 1499/9 1499/12 1499/14 1502/16
below [16]  1317/18 1319/20 1319/24 1369/17 1370/17 1373/18 1392/13 1405/4 1405/6 1444/2 1444/4 1476/17 1476/18 1477/4 1490/4 1503/7
bends [1]  1370/24
benefit [1]  1316/23
benefits [1]  1318/14
BENSON [1]  1311/11
best [30]  1315/20 1333/22 1334/21 1336/6 1366/18 1375/10 1385/1 1385/6 1393/22 1393/24 1394/18 1395/6 1405/10 1405/11 1414/19 1433/7 1479/20 1481/1 1481/23 1482/22 1482/23 1485/11 1499/4 1501/6 1501/8 1501/16 1502/9 1502/19 1502/22 1506/7
BETHANY [1]  1311/13
better [2]  1316/2 1346/7 1354/9 1354/10 1360/12 1363/20 1363/22 1411/4 1412/9 1434/11 1434/15 1491/25
between [26]  1315/25 1317/25 1326/14 1326/18 1327/16 1333/7 1337/21 1338/2 1344/22 1345/6 1348/20 1360/14 1370/12 1399/4 1405/24 1416/21 1419/19 1419/24 1424/15 1426/10 1437/13 1439/1 1474/5 1476/25 1486/4 1501/24
beyond [2]  1432/5 1479/24
Bickel [1]  1361/10
big [1]  1411/19
bigger [2]  1324/9 1480/18
biggest [1]  1411/19
Bingham [1]  1313/14
bit [8]  1318/13 1391/24 1436/24 1455/16 1476/10 1488/20 1497/22 1504/14
blacked [1]  1328/24

blindly [1]  1363/14
block [2]  1360/1 1412/8
blocking [3]  1349/15 1349/17 1349/19
blow [2]  1326/16 1372/11
blowout [5]  1319/8 1319/10 1415/1 1473/13 1473/17
blue [4]  1424/9 1438/18 1439/4 1503/13
blush [1]  1350/23
board [1]  1466/5
body [1]  1350/19
boiling [1]  1355/19
boils [1]  1357/22
BOLES [1]  1312/3
boost [1]  1320/10
BOP [56]  1315/21 1321/24 1329/18 1337/1 1337/4 1347/1 1347/22 1349/21 1350/8 1350/14 1352/17 1352/19 1373/18 1391/18 1392/5 1392/12 1392/14 1393/9 1395/4 1395/9 1395/10 1396/1 1396/2 1396/10 1396/12 1397/2 1397/6 1409/5 1409/6 1409/14 1409/16 1415/4 1415/19 1415/22 1416/2 1416/2 1416/3 1416/20 1443/19 1445/2 1445/6 1445/11 1445/13 1446/5 1450/19 1468/11 1468/16 1476/13 1476/22 1476/22 1477/13 1478/1 1478/4 1478/9 1482/16 1483/2
bopd [1]  1467/14
borrowed [2]  1317/4 1317/5
both [25]  1315/21 1321/24 1329/18 1339/16 1342/3 1343/5 1346/3 1361/10 1373/22 1374/15 1389/2 1420/2 1426/3 1426/7 1441/24 1467/21 1472/12 1472/12 1485/10 1486/11 1486/12 1487/1 1487/2 1502/10 1505/7
bottom [28]  1318/5 1319/16 1323/5 1323/13 1345/4 1352/11 1357/20 1363/12 1368/2 1387/8 1390/12 1391/19 1393/9 1395/9 1402/17 1404/10 1415/20 1416/4 1417/3 1417/11 1425/1 1447/12 1465/5 1465/20 1476/13 1481/17 1486/6 1491/5
bound [51]  1390/25 1391/5 1391/6 1391/17 1393/6 1393/18 1400/14 1400/15 1400/16 1400/18 1400/19 1400/21 1400/22 1403/23 1404/13 1404/25 1405/1 1405/2 1405/2 1405/7 1405/13 1454/7 1466/20 1467/3 1467/14 1467/19 1468/4 1468/6 1468/9 1482/5 1482/6 1482/6 1483/20 1484/4 1484/8 1484/11 1484/12 1484/12 1484/14 1484/16 1492/8 1492/11 1492/14 1492/16 1492/20 1493/1 1493/5 1494/6 1502/12 1502/13
bound,' [1]  1467/5
boundaries [2]  1424/18 1425/21
boundary [5]  1363/11 1364/1 1460/24 1487/9 1487/13
bounds [3]  1440/19 1484/7 1494/5
bouyant [4]  1417/3 1417/13 1488/13 1488/16
BOWMAN [1]  1313/4
Box [5]  1309/23 1310/4 1310/23 1311/7 1311/15
BP [85]  1309/10 1311/17 1311/18 1311/19 1311/20 1311/21 1311/22 1312/2 1312/3 1312/4 1312/5 1312/6 1312/7 1312/9 1312/10 1312/10 1315/16 1317/3 1340/10 1340/15 1353/16 1354/12 1360/25 1361/1 1361/2 1361/11 1361/22 1362/11 1362/12 1362/17 1362/22 1362/25

1363/14 1363/17 1363/18 1363/21 1363/24 1363/24 1364/5 1378/3 1382/25 1383/5 1383/7 1383/12 1383/13 1383/14 1383/16 1383/18 1383/19 1385/23 1386/2 1387/9 1387/14 1387/21 1387/25 1389/7 1389/10 1390/15 1391/10 1395/22 1397/16 1401/19 1401/21 1402/23 1404/6 1406/10 1408/22 1408/24 1409/21 1409/22 1410/15 1410/15 1410/21 1410/24 1413/24 1414/24 1421/12 1426/20 1426/22 1431/12 1433/17 1489/4 1500/9 1504/18
BP's [9]  1362/4 1362/15 1362/24 1387/17 1388/2 1399/18 1414/23 1416/12 1500/22
BRAD [1]  1312/19
Branch [1]  1311/6
Brennan [1]  1312/15
BRIAN [2]  1310/3 1312/19
BRIDGET [1]  1312/10
briefed [1]  1377/17
briefly [2]  1322/2 1362/23
bright [1]  1462/20
bring [8]  1333/23 1346/16 1430/1 1430/22 1431/8 1435/22 1436/3 1476/11
bringing [4]  1333/11 1379/13 1421/9 1504/23
brings [2]  1472/6 1472/7
Broad [1]  1310/13
broadly [2]  1396/13 1447/6
Broadway [1]  1310/10
BROCK [1]  1312/9
broke [1]  1404/4
brought [2]  1340/12 1340/12
BRUCE [1]  1313/4
budget [1]  1340/5
bullet [2]  1386/22 1469/12
bump [4]  1425/3 1425/4 1425/4 1425/5
bunch [1]  1381/14
buoyancy [1]  1404/13
buried [4]  1488/20 1488/21 1488/22 1489/3
Burling [1]  1312/9
burst [1]  1391/25
Bushnell [14]  1377/5 1377/11 1378/3 1378/5 1378/16 1378/19 1378/20 1379/10 1379/17 1380/1 1380/16 1380/17 1381/1 1382/4
Bushnell's [4]  1378/8 1379/5 1379/10 1381/10

**C**

cabinet [3]  1331/17 1343/12 1343/16
calculate [51]  1321/4 1321/8 1325/21 1326/1 1344/15 1346/15 1363/1 1363/11 1366/1 1366/5 1366/9 1366/12 1366/15 1367/23 1367/25 1369/23 1370/12 1370/25 1371/12 1372/3 1372/15 1373/9 1374/2 1374/16 1388/24 1389/1 1390/25 1391/4 1392/12 1400/25 1401/9 1403/12 1404/13 1407/4 1419/2 1424/20 1425/22 1427/23 1428/1 1429/4 1443/14 1447/8 1451/9 1454/22 1481/1 1481/2 1481/4 1487/25 1488/3 1495/22 1498/20
calculated [28]  1328/4 1329/13 1329/15 1361/4 1366/7 1367/12 1368/15 1373/3 1387/9 1388/14 1388/25 1390/5 1391/16 1393/19 1399/6 1401/2 1403/4 1406/25 1407/2 1407/3 1427/24 1432/8

C

calculated... [6]  1438/23 1465/6 1469/16
1486/24 1492/7 1496/25
calculates [3]  1376/19 1427/14 1453/21
calculating [7]  1358/6 1359/19 1360/14
1371/24 1397/23 1434/7 1487/21
calculation [75]  1318/3 1320/17 1328/6
1328/20 1332/20 1332/24 1333/2
1347/8 1347/19 1363/10 1364/5
1369/13 1371/18 1373/4 1373/15
1378/21 1382/17 1382/25 1385/19
1387/5 1387/12 1388/16 1388/17
1389/16 1390/16 1390/17 1390/19
1390/20 1390/21 1391/9 1391/12
1398/24 1401/18 1406/17 1407/17
1407/19 1408/18 1408/22 1409/2
1420/3 1426/17 1432/16 1435/22
1439/23 1444/18 1446/7 1447/5
1449/22 1451/17 1452/10 1454/8
1454/9 1459/23 1461/4 1466/23 1470/5
1472/1 1472/3 1472/23 1480/12 1482/4
1483/5 1484/6 1484/9 1484/23 1488/18
1491/1 1492/17 1499/1 1500/23
1501/10 1501/11 1502/9 1502/16
1502/21
calculational [1]  1362/22
calculations [122]  1324/9 1326/11
1327/12 1329/16 1332/2 1333/16
1338/6 1343/10 1356/15 1359/1 1359/7
1359/9 1359/14 1361/20 1362/14
1363/19 1363/21 1364/7 1364/10
1364/13 1367/1 1367/10 1367/16
1369/10 1369/15 1370/7 1370/13
1373/5 1375/13 1375/14 1381/19
1381/20 1382/14 1382/23 1383/1
1383/4 1383/11 1384/1 1384/3 1384/7
1386/6 1386/7 1386/8 1387/18 1387/21
1388/3 1393/12 1395/1 1399/19
1399/21 1400/25 1401/12 1401/14
1401/19 1401/22 1402/1 1402/2 1402/5
1403/15 1406/10 1406/12 1409/1
1414/15 1420/10 1426/9 1426/10
1426/13 1426/16 1426/20 1426/22
1426/25 1427/5 1429/9 1429/19
1430/12 1430/24 1431/13 1432/14
1449/25 1451/5 1452/8 1452/11
1452/16 1453/24 1454/1 1454/4
1454/16 1454/19 1454/19 1455/17
1456/5 1456/7 1456/8 1456/10 1457/16
1457/22 1458/3 1458/20 1465/8
1465/12 1471/14 1487/16 1490/2
1490/12 1495/3 1495/4 1495/16
1495/20 1495/25 1496/9 1496/12
1497/4 1498/16 1498/21 1498/22
1499/7 1499/21 1499/22 1500/8 1500/9
1500/10 1501/19
CALDWELL [1]  1310/22
calibrated [1]  1455/24
California [2]  1312/4 1312/22
call [14]  1318/4 1319/11 1339/7 1344/17
1345/17 1353/12 1353/15 1361/9
1386/17 1389/12 1442/14 1443/5
1501/16 1502/7
call-out [1]  1386/17 1389/12
called [10]  1322/10 1325/5 1370/23
1371/7 1371/14 1373/8 1381/1 1417/12
1486/7 1499/18
calling [5]  1377/11 1429/24 1430/19
1431/9 1467/19
came [11]  1323/6 1331/3 1331/16
1352/23 1379/21 1380/23 1386/2
1394/5 1406/24 1407/8 1458/3

camera [2]  1402/7 1402/9
Cameron [37]  1311/1 1311/2 1311/3
can [110]  1319/1 1322/23 1323/18
1330/2 1330/7 1330/22 1331/5 1331/10
1332/9 1334/22 1337/24 1341/1 1344/8
1350/19 1352/22 1353/12 1354/7
1354/18 1355/14 1358/1 1359/16
1368/5 1368/5 1369/2 1369/5 1371/15
1373/22 1373/23 1373/24 1374/13
1376/16 1376/21 1381/11 1384/10
1391/14 1391/16 1391/18 1392/12
1392/16 1393/6 1395/9 1396/11
1396/23 1398/3 1398/20 1403/23
1404/22 1404/25 1405/1 1405/12
1406/7 1408/4 1411/13 1412/10
1417/24 1418/1 1418/19 1418/20
1419/14 1421/15 1421/17 1423/23
1424/5 1427/3 1427/7 1428/9 1433/2
1436/20 1438/14 1441/5 1443/12
1443/13 1443/14 1443/19 1444/18
1449/16 1455/16 1455/18 1469/6
1469/8 1475/14 1475/15 1479/4
1479/23 1480/17 1480/23 1481/2
1481/3 1482/6 1486/4 1487/9 1487/12
1487/12 1487/19 1489/1 1492/5
1492/18 1493/17 1494/9 1497/23
1498/13 1498/17 1498/19 1500/21
1500/22 1501/8 1501/16 1501/18
1502/4 1504/19
can't [15]  1316/13 1328/6 1328/17
1328/17 1339/19 1405/23 1406/2
1453/22 1457/9 1461/15 1468/17
1475/18 1475/18 1493/1 1503/24
cannot [5]  1439/9 1447/14 1452/18
1485/22 1493/4
cants [1]  1323/4
cap [2]  1330/8 1330/8
capability [3]  1424/21 1424/23 1430/16
Capital [1]  1310/16
capping [110]  1316/16 1316/17 1318/14
1318/17 1321/2 1321/19 1324/15
1325/6 1325/22 1327/12 1327/13
1331/3 1333/1 1335/23 1336/1 1336/24
1336/25 1338/7 1345/9 1348/16
1348/22 1348/24 1366/5 1366/7
1367/11 1367/12 1367/20 1367/21
1367/23 1367/25 1368/2 1369/9
1369/11 1369/12 1369/24 1370/2
1371/12 1372/12 1373/9 1373/17
1373/19 1373/21 1376/7 1383/11
1383/17 1383/18 1383/21 1383/23
1383/24 1384/6 1385/12 1387/10
1387/15 1387/18 1387/21 1388/3
1389/8 1390/16 1390/17 1394/22
1395/1 1395/3 1408/13 1409/23 1412/2
1414/14 1432/25 1433/23 1438/19
1447/23 1449/18 1449/25 1451/1
1451/6 1451/9 1454/20 1455/16
1455/21 1456/2 1457/15 1458/17
1458/22 1459/12 1459/12 1459/23
1461/3 1461/13 1464/17 1464/24
1465/8 1465/18 1466/1 1466/20
1468/12 1468/16 1468/18 1468/21
1468/23 1471/3 1471/10 1471/11
1472/1 1473/4 1484/24 1485/8 1500/4
1500/5 1500/8 1500/9 1502/24
career [1]  1355/23
carefully [2]  1330/7 1351/8
CARL [1]  1309/15
CARRIE [1]  1311/21
carryover [1]  1505/6
case [42]  1323/16 1342/16 1349/14
1353/18 1355/8 1356/7 1356/13

1357/11 1358/5 1358/24 1359/7 1360/1
1360/13 1361/9 1364/3 1365/8
1365/14 1365/24 1366/22 1367/4
1372/9 1375/3 1375/5 1375/5 1375/7
1375/7 1378/16 1378/22 1382/16
1383/6 1390/15 1395/24 1402/1 1412/8
1412/13 1421/9 1433/5 1435/9 1453/7
1469/25 1505/17
cases [6]  1375/7 1375/9 1448/21
1448/21 1498/23 1498/23
category [1]  1377/14
cause [1]  1496/3
caused [3]  1317/15 1477/12 1477/20
causes [2]  1351/9 1351/10
causing [2]  1416/2 1425/14
caution [1]  1351/19
cautioned [1]  1352/5
cautious [1]  1352/6
cells [2]  1419/9 1500/4
cement [1]  1317/20
center [2]  1419/23 1444/20
centered [1]  1385/7
CERNICH [4]  1311/12 1354/23 1414/9
1494/19
certain [11]  1358/19 1370/10 1382/3
1384/20 1404/7 1421/3 1461/9 1464/8
1484/6 1485/21 1487/9
certainly [11]  1323/23 1328/20 1329/6
1339/20 1340/1 1341/21 1342/7
1345/15 1347/9 1404/7 1428/16
certainty [2]  1348/25 1495/20
CERTIFICATE [1]  1506/3
certify [1]  1506/6
cetera [1]  1496/6
CFD [1]  1380/17
CHAKERES [1]  1311/12
challenge [1]  1360/6
challenged [1]  1480/4
challenges [5]  1318/9 1320/2 1360/5
1442/25 1448/2
chance [1]  1385/10
change [29]  1345/3 1359/12 1368/21
1368/25 1384/5 1406/3 1406/3 1407/20
1407/21 1408/1 1408/2 1408/21
1409/16 1416/24 1417/14 1420/12
1422/19 1424/18 1446/10 1468/8
1470/21 1473/3 1483/11 1483/15
1485/24 1486/3 1486/4 1490/7 1495/15
changed [13]  1333/5 1347/2 1347/4
1359/13 1396/15 1396/20 1405/16
1420/14 1420/15 1446/15 1471/7
1486/1 1494/16
changes [23]  1316/11 1345/8 1345/13
1345/16 1345/19 1345/21 1347/10
1347/12 1347/22 1347/22 1347/22
1347/23 1352/19 1357/21 1397/2
1408/8 1421/4 1422/19 1448/17
1470/22 1471/9 1485/23 1485/24
changing [7]  1375/16 1383/1 1397/10
1416/3 1416/4 1417/5 1466/13
channel [2]  1417/22 1417/23
channels [1]  1409/14
chaotic [1]  1421/14
characterization [1]  1496/24
characterize [1]  1482/2
characterized [1]  1481/25
charged [2]  1340/9 1340/15
Charles [6]  1310/14 1360/9 1360/24
1361/13 1361/20 1465/15
Charlie [9]  1336/18 1361/3 1455/4
1455/6 1456/15 1462/3 1462/7 1462/16
1465/14
Charlie's [1]  1361/4

C

chart [12]  1316/25 1317/3 1348/5
1396/9 1396/25 1397/1 1438/17 1458/4
1465/20 1466/4 1474/11 1492/4
cheaper [1]  1359/24
check [2]  1381/9 1381/9
Chicago [1]  1311/24
chief [1]  1353/19
Chisholm [1]  1375/23
choice [1]  1419/24
choices [4]  1419/7 1419/8 1420/2
1420/4
choke [18]  1327/21 1339/3 1339/4
1339/8 1367/22 1371/13 1372/5 1372/7
1372/15 1372/18 1372/20 1372/23
1459/8 1459/9 1459/11 1459/16 1466/5
1467/20
choosing [1]  1336/3
chose [5]  1321/19 1372/1 1372/3
1400/6 1400/11
Chu [14]  1328/9 1328/14 1328/18
1331/6 1331/16 1336/25 1339/24
1340/1 1340/12 1341/16 1342/5 1460/2
1461/20 1461/25
Chu's [1]  1340/14
circulated [2]  1505/8 1505/15
circumstances [1]  1443/1
cite [1]  1489/4
Civil [1]  1311/6
claim [1]  1333/12
claimed [1]  1487/17
claims [2]  1416/3 1422/22
clarified [1]  1316/2
clarify [1]  1321/23
clarity [1]  1437/5
classic [1]  1375/21
clean [2]  1343/13 1499/25
clear [7]  1331/14 1336/1 1340/19
1413/6 1419/18 1441/14 1452/5
clearly [1]  1495/8
clog [1]  1402/21
close [16]  1371/10 1372/23 1379/2
1380/2 1384/2 1394/8 1413/20 1457/8
1457/9 1470/3 1486/20 1486/21
1493/19 1501/15 1502/3 1503/8
closed [18]  1339/6 1339/8 1368/5
1369/18 1372/9 1372/14 1372/16
1372/20 1373/20 1393/4 1396/13
1399/7 1404/8 1404/9 1409/24 1459/8
1459/15 1483/9
closely [5]  1361/2 1376/14 1376/14
1378/23 1455/7
closer [4]  1354/8 1361/3 1361/3
1426/23
closing [6]  1372/18 1393/4 1403/2
1459/10 1466/9 1466/14
closure [2]  1339/4 1466/5
CO2 [2]  1357/24 1358/1
cocked [1]  1404/2
code [19]  1363/2 1363/18 1397/23
1420/16 1420/16 1420/17 1422/4
1422/6 1424/11 1424/12 1424/13
1424/19 1424/21 1424/22 1425/1
1426/18 1470/8 1470/8 1470/10
codes [1]  1363/1
coefficient [1]  1337/20
coefficients [2]  1447/3 1447/3
coin [1]  1385/9
collected [4]  1326/24 1374/11 1374/12
1404/16
collecting [8]  1316/3 1370/17 1373/18
1404/5 1404/17 1404/19 1405/14

1405/14
collection [12]  1322/23 1326/4 1326/6
1327/20 1352/25 1370/19 1372/2
1383/14 1383/15 1387/4 1405/16
1405/20 1405/22 1405/24 1405/24
1475/4 1485/24
collective [1]  1477/4
COLLIER [1]  1311/22
color [1]  1416/25
colors [3]  1417/5 1444/25 1444/25
column [1]  1457/23
combination [3]  1319/20 1319/22
1354/14
combine [2]  1374/14 1375/6
combined [2]  1465/7 1465/10
combining [1]  1375/4
come [14]  1317/25 1380/20 1394/1
1437/21 1441/2 1441/5 1445/20
1448/20 1456/6 1466/16 1481/20
1482/6 1497/10 1504/2
comes [4]  1353/3 1385/16 1440/18
1440/22
coming [21]  1321/22 1322/13 1324/6
1336/12 1369/21 1370/16 1377/8
1390/21 1404/14 1405/19 1406/1
1406/4 1416/19 1425/3 1429/5 1429/8
1455/21 1466/15 1482/5 1485/16
1486/6
comment [2]  1351/24 1500/4
commenting [1]  1500/1
comments [2]  1498/5 1500/3
commission [4]  1332/16 1332/18 1359/2
1359/5
common [3]  1328/5 1457/2 1495/21
Company [7]  1311/19 1311/22 1312/4
1312/7 1312/10 1313/12 1313/15
compare [6]  1374/18 1383/25 1422/1
1423/4 1423/8 1488/2
compared [8]  1321/18 1358/12 1360/25
1376/3 1406/3 1435/14 1449/23
1487/22
comparison [3]  1338/9 1374/22 1423/15
compensated [1]  1367/3
competing [1]  1351/8
competition [1]  1334/24
complain [1]  1364/9
COMPLAINT [1]  1309/7
complaints [1]  1418/14
complete [8]  1318/4 1318/11 1320/5
1454/16 1471/5 1473/12 1473/16
1473/22
completely [4]  1323/25 1358/18 1399/9
1483/17
complex [1]  1459/11
complexity [2]  1337/2 1337/4
component [3]  1324/13 1346/12 1453/8
components [3]  1323/13 1324/10
1408/7
composite [1]  1347/24
compromise [1]  1462/2
computational [7]  1379/9 1381/1 1381/4
1381/5 1381/7 1381/12 1488/7
computer [8]  1313/24 1419/15 1422/2
1422/4 1423/4 1423/6 1426/18 1469/12
computer-aided [1]  1313/24
conceded [1]  1406/24
concept [10]  1414/14 1414/16 1418/22
1427/20 1428/23 1429/16 1460/20
1474/16 1481/14 1499/6
concepts [2]  1360/7 1360/8
concern [10]  1376/8 1382/15 1400/4
1407/24 1461/10 1461/11 1474/2
1478/18 1488/23 1497/7

concerned [12]  1343/14 1358/8 1362/25
1363/11 1402/19 1410/4 1410/23 1479/12
concerns [9]  1338/22 1373/2 1410/10
1420/20 1479/10 1482/3 1488/19
1498/7 1498/8
conclude [1]  1483/11
concluded [4]  1399/2 1399/4 1417/6
1506/1
conclusion [5]  1327/7 1327/9 1339/22
1468/19 1475/16
Conclusions [1]  1450/14
conclusively [1]  1498/13
concrete [2]  1481/5 1481/17
condition [2]  1355/20 1468/20
conditions [16]  1359/13 1362/2 1363/1
1363/11 1364/1 1373/23 1373/24
1374/9 1374/13 1390/10 1397/10
1460/25 1468/11 1468/15 1487/10
1487/13
conducted [1]  1342/3
conducting [1]  1350/21
confidence [11]  1318/18 1373/3 1379/5
1379/14 1413/8 1472/2 1487/23 1488/4
1495/3 1495/24 1495/25
confirm [1]  1379/21
confirmed [1]  1390/3
conflict [1]  1426/9
confusion [1]  1489/15
conservative [9]  1385/16 1391/3
1392/17 1392/24 1393/1 1393/6
1393/19 1402/3 1402/4
consider [9]  1351/7 1376/6 1381/22
1382/13 1384/6 1385/16 1400/2
1407/16 1499/8
considered [4]  1359/9 1365/20 1376/2
1376/4
consistent [16]  1330/14 1331/20
1335/20 1395/10 1397/10 1397/11
1399/9 1399/11 1441/24 1442/1 1442/2
1442/3 1444/25 1460/16 1467/17
1493/20
constant [3]  1392/6 1392/8 1473/2
constitutes [1]  1375/10
constructed [1]  1379/9
contact [2]  1412/15 1412/17
contacted [1]  1387/19
contend [1]  1414/25
contended [1]  1406/14
contends [1]  1399/22
context [2]  1345/18 1471/2
continually [1]  1467/22
continue [1]  1351/25
continued [2]  1372/23 1474/25
continues [1]  1441/7
continuing [3]  1467/24 1476/5 1476/6
contractions [2]  1370/24 1376/7
contribute [1]  1349/4 1361/11
control [2]  1362/4 1395/24
converged [1]  1394/14
conversation [5]  1332/20 1340/12
1340/13 1410/11 1505/3
conversation people [1]  1340/12
conversations [4]  1328/18 1331/4
1410/14 1410/19
Conversely [1]  1477/16
conversion [1]  1469/1
convert [3]  1469/20 1496/22 1497/6
converts [1]  1429/12
convince [1]  1363/18
cool [1]  1358/17
coordinated [7]  1415/20 1415/24 1416/1
1452/7

**C**

copied [1]  1490/3
copies [1]  1353/21
copy [3]  1339/18 1451/12 1491/9
copying [1]  1491/5
COREY [1]  1310/19
corners [1]  1381/17
Corporation [2]  1313/11 1313/15
correct [484]
corrected [1]  1502/7
correcting [2]  1472/24 1486/17
correction [2]  1330/8 1390/10
correctly [11]  1381/8 1396/3 1396/17
 1416/23 1417/6 1427/21 1429/4
 1443/20 1458/1 1458/4 1468/1
correctory [1]  1398/18
correlate [1]  1425/6
correlates [1]  1425/8
correlation [3]  1339/1 1352/12 1375/23
correlations [1]  1375/23
corroborate [2]  1378/5 1379/21
could [139]  1316/23 1317/19 1317/20
 1318/6 1321/23 1322/4 1323/24 1324/3
 1326/9 1326/10 1328/19 1329/3 1331/7
 1333/22 1336/9 1341/1 1341/14 1342/1
 1343/15 1344/22 1345/15 1346/6
 1346/9 1347/7 1349/4 1349/9 1350/5
 1350/18 1350/22 1354/25 1355/18
 1355/25 1357/5 1357/13 1359/11
 1362/23 1365/5 1365/10 1366/20
 1366/24 1367/18 1368/12 1368/17
 1368/22 1369/20 1370/4 1370/14
 1372/17 1373/12 1374/3 1374/20
 1380/3 1386/10 1386/17 1388/5
 1389/11 1389/12 1391/2 1393/20
 1393/22 1394/12 1395/12 1395/16
 1396/7 1399/12 1400/11 1400/25
 1403/12 1403/21 1403/25 1405/8
 1405/13 1406/14 1407/4 1409/8
 1411/15 1413/7 1415/6 1415/21 1418/7
 1419/22 1419/24 1426/17 1430/22
 1432/11 1435/1 1437/23 1439/24
 1440/15 1440/15 1440/21 1441/1
 1441/2 1441/11 1441/13 1441/17
 1441/18 1441/14 1441/19 1441/25
 1442/22 1444/4 1446/5 1450/2 1457/17
 1464/20 1466/25 1467/1 1468/6
 1468/13 1471/22 1473/14 1473/21
 1473/25 1474/7 1475/12 1475/12
 1475/22 1477/12 1477/20 1480/17
 1481/12 1481/12 1481/22 1484/13
 1490/2 1490/5 1490/6 1490/7 1490/17
 1491/8 1499/4 1499/11 1499/25
 1500/13 1502/13 1502/14 1502/15
 1503/6
couldn't [3]  1422/5 1424/21 1426/8
count [1]  1498/16
counterbalanced [1]  1399/25
countries [1]  1371/8
couple [5]  1359/11 1362/19 1468/25
 1499/23 1500/25
course [10]  1316/12 1346/8 1369/8
 1415/1 1415/5 1417/10 1430/25 1456/8
 1478/17 1504/14
course-type [1]  1456/8
COURT [13]  1309/1 1313/18 1322/7
 1354/23 1401/4 1414/6 1497/6 1497/23
 1499/2 1505/18 1506/4 1506/5 1506/13
Court's [3]  1316/23 1376/25 1378/10
courtesy [1]  1353/21
cover [5]  1329/3 1346/24 1383/9
 1413/24 1430/20

covered [1]  1346/21
covering [1]  1355/23
Covington [1]  1312/9
coworker [1]  1462/3
Crane [1]  1371/6
create [1]  1369/20
created [1]  1469/12
credible [1]  1455/11
critical [5]  1331/24 1333/8 1333/10
 1333/20 1349/18
critically [1]  1332/4
criticism [3]  1379/23 1382/19 1407/4
criticisms [9]  1375/18 1399/20 1413/4
 1413/5 1413/12 1413/13 1413/16
 1418/19 1431/13
criticize [1]  1399/18
criticized [4]  1406/10 1406/12 1406/13
 1487/17
criticizes [2]  1421/1 1421/1
critique [1]  1498/1
critiques [2]  1423/1 1498/2
cross [12]  1311/13 1315/14 1315/17
 1350/22 1364/20 1433/13 1433/18
 1493/25 1496/4 1498/15 1500/16
 1504/15
cross-exam [1]  1496/4
cross-examination [7]  1315/14 1315/17
 1364/20 1433/13 1433/18 1498/15
 1500/16
cross-sectional [1]  1350/22
crosses [1]  1381/14
crude [2]  1448/10 1469/14
cubes [1]  1381/15
culminated [1]  1333/11
cumulative [42]  1343/5 1344/16 1345/12
 1346/12 1346/16 1346/19 1346/25
 1347/5 1347/13 1347/21 1349/13
 1366/4 1366/15 1407/6 1408/7 1411/10
 1412/3 1414/12 1414/16 1434/19
 1435/4 1435/6 1435/11 1436/12 1437/7
 1439/7 1441/25 1442/1 1462/16
 1462/17 1463/3 1463/24 1464/6
 1472/13 1472/16 1486/19 1486/22
 1487/21 1488/3 1493/24 1499/3
 1499/10
current [3]  1383/3 1444/12 1444/23
currently [1]  1356/17
Curt [3]  1344/1 1344/2 1344/3
curve [18]  1351/6 1351/11 1385/7
 1414/14 1437/21 1439/3 1472/6 1472/8
 1479/22 1494/5 1494/9 1499/6 1499/8
 1499/12 1499/14 1502/16 1503/1
 1503/2
curve-fitting [1]  1479/22
cut [8]  1320/13 1408/16 1408/18
 1444/24 1470/24 1471/13 1473/3
 1500/24
cut-off [2]  1408/18 1444/24
cutoff [1]  1408/20
cutting [1]  1345/10 1348/21 1471/13
CV [3]  1309/7 1309/9 1365/18

**D**

D-21100.1 [1]  1455/18
D-21101 [1]  1368/12
D-21101.1 [1]  1456/6
D-21102 [1]  1370/4
D-21103 [1]  1371/15
D-21104 [1]  1374/3
D-21105 [1]  1373/12
D-21106 [1]  1374/20
D-21109 [1]  1403/21
D-21110 [1]  1405/8

D-21117 [1]  1391/14
D-21118 [1]  1389/20
D-21119 [1]  1408/4
D-21122 [2]  1366/24 1432/11
D-21123 [1]  1388/5
D-21124 [1]  1418/7
D-21125 [1]  1423/23
D-21140 [1]  1355/25
D-21141 [1]  1357/5
D-21142 [1]  1357/13
D-21143 [2]  1366/20 1433/2
D-21145 [1]  1354/25
D-21160 [1]  1503/16
D-23996-A [4]  1438/14 1471/22 1491/10
 1500/22
D-24368 [1]  1319/1
D-24369 [1]  1476/11
D-24388-2 [1]  1322/23
D-24401 [1]  1477/10
D-24407 [1]  1465/21
D-24496 [1]  1494/10
D-Y-K-H-U-I-Z-E-N [1]  1354/6
D.C [5]  1311/8 1311/16 1312/7 1312/11
 1313/16
daily [2]  1342/10 1349/1
Dallas [1]  1313/6
damaged [2]  1402/18 1481/5
damages [3]  1340/9 1340/15 1341/17
dark [3]  1416/21 1416/22 1425/7
Darvish [1]  1436/18
Darvish's [1]  1436/18
data [54]  1321/7 1321/15 1321/18
 1321/19 1327/14 1331/3 1343/9
 1352/12 1362/13 1366/2 1369/14
 1383/12 1383/13 1383/19 1391/7
 1391/8 1398/22 1398/23 1398/25
 1418/3 1420/8 1420/17 1422/14 1425/8
 1425/16 1425/18 1426/5 1426/7 1426/7
 1439/16 1441/16 1454/3 1457/18
 1457/19 1459/18 1466/11 1468/21
 1474/21 1474/24 1475/3 1475/15
 1479/20 1479/23 1479/24 1481/13
 1483/20 1487/22 1488/3 1498/13
 1499/4 1502/22 1502/23 1503/10
 1503/12
date [7]  1324/19 1325/15 1329/24
 1349/24 1463/23 1468/12 1476/2
dated [4]  1386/15 1395/18 1398/12
 1470/16
dates [1]  1425/23
Daubert [3]  1354/13 1364/18 1364/19
DAVIS [1]  1312/20
DAVIS-DENNY [1]  1312/20
day [130]  1309/14 1316/14 1316/15
 1319/11 1328/2 1328/19 1329/18
 1338/13 1338/14 1340/5 1340/9
 1340/20 1342/17 1342/17 1343/6
 1344/13 1344/18 1344/18 1344/20
 1345/5 1345/23 1346/2 1346/3 1346/7
 1346/11 1346/13 1346/15 1347/2
 1348/12 1349/12 1363/25 1366/7
 1366/11 1366/14 1367/13 1369/5
 1375/10 1385/1 1385/14 1388/14
 1388/25 1389/3 1389/9 1390/4 1390/24
 1391/2 1391/5 1393/7 1393/15 1394/6
 1394/7 1394/17 1394/19 1399/5
 1399/16 1401/3 1404/14 1404/15
 1404/16 1404/23 1404/25 1405/2
 1405/4 1405/7 1405/17 1406/2 1407/19
 1411/14 1411/16 1426/8 1427/13
 1427/25 1432/19 1432/23 1433/1
 1433/22 1434/4 1435/14 1436/1
 1438/18 1438/22 1439/4 1439/4 1440/1

Case 2:10-md-02179-CJB-DPC Document 12783 Filed 04/29/14 Page 208 of 234

day... [46]  1440/6 1441/3 1446/15
1449/24 1452/19 1452/20 1453/21
1454/20 1462/20 1463/16 1468/15
1468/24 1472/3 1473/13 1473/17
1473/23 1473/24 1474/1 1474/4
1474/25 1475/7 1480/3 1481/24 1482/1
1482/23 1482/25 1484/18 1485/11
1485/16 1486/13 1486/16 1486/18
1486/25 1491/22 1491/23 1492/11
1493/7 1493/15 1493/15 1499/3
1500/11 1501/12 1502/23 1502/25
1504/12 1505/14
Day 2 [1]  1349/12
Day 3 [2]  1438/22 1440/6
Day 87 [5]  1342/17 1344/13 1344/20
1346/2 1346/7
Day Zero [1]  1345/5
days [42]  1328/8 1339/20 1347/7
1347/15 1349/16 1369/11 1397/3
1401/7 1405/1 1408/11 1409/8 1409/9
1409/9 1409/11 1409/14 1409/17
1409/24 1412/16 1426/4 1426/6 1426/7
1439/24 1439/25 1441/6 1441/6
1446/14 1454/19 1468/20 1468/23
1470/22 1471/21 1473/21 1473/21
1473/22 1474/12 1475/20 1475/21
1475/22 1475/23 1478/17 1500/25
1501/12
deadline [1]  1454/15
deal [2]  1337/1 1337/3
dealing [1]  1448/22
death [1]  1423/17
DEBORAH [1]  1313/12
December [2]  1332/16 1350/14
decided [1]  1467/18
decrease [8]  1351/9 1411/21 1459/15
1471/12 1477/12 1477/14 1477/17
1478/10
decreased [2]  1478/5 1478/5
decreases [1]  1477/13
decreasing [15]  1349/13 1372/25
1397/9 1404/24 1408/9 1409/9 1439/14
1439/18 1441/15 1477/21 1492/6
1492/15 1492/19 1493/1 1503/14
deep [2]  1326/22 1488/21
DEEPWATER [7]  1309/4 1312/13
1312/14 1312/16 1312/17 1312/19
1312/20
defendable [3]  1402/3 1403/18 1440/20
defensible [1]  1321/8
define [2]  1419/24 1475/15
defined [2]  1368/1 1455/22
definitely [3]  1349/25 1484/5 1485/4
definitive [2]  1385/19 1449/19
degree [3]  1356/8 1384/23 1384/24
degrees [11]  1363/5 1363/6 1382/17
1382/17 1382/20 1382/21 1383/5
1383/7 1383/8 1407/20 1407/21
delete [1]  1467/6
deliberations [1]  1333/6
demonstrate [6]  1379/8 1379/23 1383/9
1421/14 1495/1 1501/6
demonstrated [1]  1465/19
demonstrative [23]  1322/6 1354/25
1355/25 1357/15 1366/25 1368/14
1373/14 1373/22 1388/7 1408/6
1418/12 1418/22 1423/22 1432/13
1433/4 1438/15 1464/20 1464/22
1491/9 1500/15 1500/22 1503/1
1503/16
Demonstrative 23996-A [1]  1438/15

demonstratives [3]  1367/15 1391/11
1410/6
DENNY [1]  1312/20
densities [3]  1360/19 1421/4 1425/14
density [15]  1337/25 1338/3 1360/18
1368/24 1369/3 1369/3 1400/2 1400/8
1419/18 1419/22 1419/23 1419/24
1419/25 1443/12 1448/9
Department [4]  1311/6 1311/9 1367/5
1387/19
depended [1]  1420/4
dependent [1]  1415/9
Depending [3]  1444/2 1447/9 1447/22
depends [6]  1316/13 1318/3 1435/25
1477/8 1483/20 1504/15
depiction [2]  1391/18 1404/1
depleting [1]  1397/12
depletion [12]  1330/10 1344/19 1344/21
1344/22 1351/8 1404/24 1445/16
1445/21 1449/4 1450/20 1472/20
1473/5
deposed [4]  1431/2 1431/3 1431/5
1431/6
deposition [20]  1334/22 1342/25
1350/12 1353/16 1353/23 1377/22
1377/24 1378/15 1384/15 1388/2
1389/21 1389/24 1398/1 1406/24
1411/7 1430/11 1431/4 1431/14
1436/25 1437/16
depositions [3]  1342/12 1378/13 1389/4
derived [1]  1344/18
describe [7]  1338/4 1362/23 1378/8
1378/9 1446/24 1447/13 1461/10
described [7]  1348/16 1411/23 1430/12
1430/12 1456/2 1467/2 1470/12
describes [1]  1470/20
describing [3]  1378/18 1469/7 1471/2
description [1]  1330/9
designated [2]  1342/23 1377/12
designing [1]  1446/24
desire [1]  1400/23
despite [1]  1502/18
detail [2]  1413/7 1481/12
detailed [1]  1382/1
details [1]  1422/12
determination [1]  1320/20
determine [16]  1315/20 1321/12
1347/20 1368/25 1369/1 1419/13
1443/1 1443/7 1447/14 1448/25
1457/18 1458/21 1458/24 1487/23
1488/4 1499/2
determined [6]  1328/1 1348/15 1348/17
1383/7 1392/20 1392/21
determining [1]  1481/13
developed [3]  1344/25 1474/11 1474/12
developing [1]  1448/2
device [4]  1322/7 1322/15 1326/12
1368/18
Dexter [1]  1310/20
diagnosing [1]  1362/2
diagonally [1]  1477/23
diameter [18]  1323/9 1381/16 1427/14
1427/16 1427/20 1428/3 1428/22
1428/23 1429/1 1429/3 1429/16
1429/17 1429/22 1430/3 1431/25
1457/7 1490/20 1490/21
did [271]
didn't [40]  1320/22 1320/24 1321/13
1328/20 1330/24 1331/13 1332/19
1352/3 1369/18 1372/11 1372/21
1377/7 1377/14 1379/16 1379/16
1392/20 1394/15 1395/3 1399/22
1400/2 1400/4 1402/19 1404/1 1404/3

1406/16 1406/21 1408/25 1409/11
1411/4 1412/20 1428/25 1429/11
1429/11 1444/10 1444/10 1457/18
1466/10 1466/11 1472/11 1486/8
differ [2]  1374/5 1374/5
difference [7]  1326/10 1326/19 1360/14
1368/8 1368/21 1405/23 1502/5
differences [5]  1323/9 1326/11 1337/12
1424/18 1443/15
different [64]  1326/7 1335/6 1335/21
1335/22 1338/4 1343/17 1347/15
1347/17 1348/18 1348/19 1360/7
1360/17 1360/20 1361/25 1363/13
1363/17 1371/20 1371/21 1374/13
1374/25 1375/14 1375/16 1375/22
1376/17 1378/19 1383/2 1383/2 1387/4
1397/5 1397/18 1405/15 1405/17
1406/23 1415/13 1415/24 1417/23
1419/14 1420/6 1421/4 1425/11
1425/20 1425/23 1426/1 1426/2
1427/16 1427/20 1429/3 1431/25
1452/1 1456/21 1456/21 1457/3 1457/7
1457/7 1457/12 1458/3 1458/14
1464/7 1464/24 1490/4 1490/5
1490/15 1499/10 1502/24
differential [3]  1320/12 1320/14 1320/22
differently [5]  1427/22 1429/12 1458/10
1458/11 1458/18
difficult [7]  1323/25 1324/1 1361/18
1409/3 1409/7 1428/4 1485/9
difficulty [1]  1360/13
Dillchek [1]  1371/8
dimensional [1]  1380/18
dimensions [1]  1381/17
DIRE [1]  1355/5
direct [20]  1315/19 1322/3 1324/16
1327/22 1331/20 1356/25 1364/24
1381/6 1387/4 1434/10 1436/20
1455/19 1459/7 1468/25 1469/11
1472/9 1489/6 1492/4 1497/22 1497/24
directed [1]  1450/17
direction [4]  1411/20 1435/18 1438/8
1438/10
directions [1]  1502/11
directly [1]  1367/7
Director [4]  1339/24 1350/13 1351/17
1352/6
Director McNutt [4]  1339/24 1350/13
1351/17 1352/6
disagree [12]  1408/25 1415/5 1460/20
1463/17 1463/25 1464/6 1464/7
1468/17 1494/2 1495/19 1495/20
1495/22
disagreed [2]  1462/4 1463/25
disagreement [3]  1401/21 1464/2
1495/21
disaster [1]  1369/21
discharge [2]  1411/10 1447/3
disclose [1]  1488/12
disclosed [2]  1377/21 1421/6
disclosure [1]  1430/17
discounted [3]  1391/25 1426/7 1452/18
discounting [1]  1415/18
discovery [1]  1430/25
discuss [2]  1386/5 1386/6
discussed [11]  1328/19 1329/17
1329/19 1340/4 1340/8 1351/25 1352/3
1398/13 1454/22 1483/22 1491/13
discussing [2]  1398/10 1409/23
discussion [6]  1336/5 1339/23 1403/24
1422/8 1428/10 1461/16
discussions [3]  1329/20 1329/21
1342/24

D

disks [1] 1391/25
dispute [1] 1487/3
distinct [3] 1444/25 1444/25 1445/2
distribution [5] 1443/7 1448/12 1448/15 1449/2 1449/2
DISTRICT [5] 1309/1 1309/2 1309/15 1506/5 1506/5
divided [2] 1369/25 1428/24
Division [1] 1311/6
DNV [2] 1350/14 1350/21
do [179] 1315/21 1317/1 1317/3 1317/23 1318/4 1318/5 1318/6 1319/5 1319/6 1321/11 1325/6 1325/8 1328/20 1329/1 1329/18 1329/24 1329/25 1331/2 1331/4 1331/19 1332/16 1332/23 1334/21 1337/17 1342/11 1343/15 1343/22 1343/24 1344/5 1344/6 1348/5 1348/7 1350/7 1350/10 1350/25 1351/1 1351/7 1356/19 1356/19 1356/24 1357/3 1359/10 1359/19 1364/17 1365/13 1365/15 1365/25 1368/5 1369/13 1372/1 1372/3 1379/16 1379/16 1380/24 1381/22 1382/21 1384/15 1385/16 1385/23 1386/25 1387/24 1388/15 1390/6 1395/19 1397/20 1397/21 1399/2 1399/6 1399/23 1400/3 1400/10 1400/11 1401/14 1401/17 1402/4 1402/15 1406/15 1408/18 1409/12 1409/20 1412/5 1412/6 1412/7 1412/10 1412/12 1413/12 1413/17 1415/2 1415/3 1415/5 1416/15 1418/6 1419/8 1419/9 1419/11 1421/14 1423/20 1424/21 1426/9 1426/11 1427/18 1429/19 1434/2 1436/1 1439/8 1441/3 1445/20 1446/7 1446/13 1447/7 1447/7 1447/25 1448/21 1448/21 1451/9 1451/11 1451/14 1452/22 1452/24 1453/4 1457/9 1458/2 1460/12 1463/5 1467/5 1467/20 1468/5 1468/9 1469/1 1469/7 1469/12 1469/17 1470/9 1470/11 1472/19 1476/16 1476/21 1476/21 1480/11 1487/4 1487/5 1488/6 1488/7 1488/15 1489/6 1489/8 1489/19 1490/9 1490/10 1490/16 1491/5 1493/16 1493/19 1494/6 1494/7 1494/22 1494/23 1494/24 1495/1 1495/3 1495/5 1495/6 1495/19 1495/25 1496/4 1496/12 1497/2 1497/10 1497/20 1498/11 1499/4 1499/19 1499/24 1499/24 1500/17 1501/14 1504/3 1506/6
DOA [1] 1495/6
doc [1] 1376/25
Docket [3] 1309/4 1309/7 1309/9
Doctor [1] 1315/16
document [23] 1332/6 1377/17 1386/12 1386/13 1389/14 1389/23 1395/14 1396/5 1398/5 1407/1 1442/8 1442/14 1442/24 1448/3 1452/23 1489/4 1489/16 1489/17 1489/21 1489/22 1490/1 1490/25 1495/11
documented [1] 1394/3
documenting [1] 1464/5
documents [5] 1334/13 1388/7 1388/9 1451/24 1464/12
DOE [25] 1323/12 1324/17 1325/3 1333/10 1333/12 1334/12 1335/12 1335/13 1336/3 1337/10 1338/6 1348/4 1375/19 1435/5 1450/4 1450/12 1450/16 1451/21 1464/4 1464/11

1469/4 1470/6 1478/12 1494/22 1495/6
DOE-NNSA [7] 1375/19 1450/4 1450/12 1450/16 1470/6 1478/12 1495/6
does [66] 1333/14 1339/8 1342/14 1342/19 1347/1 1347/5 1351/2 1353/9 1356/6 1356/12 1357/9 1357/12 1357/15 1357/18 1368/14 1373/5 1373/14 1374/5 1374/22 1379/8 1379/10 1388/7 1390/12 1390/14 1390/15 1399/18 1400/21 1407/19 1408/6 1408/8 1411/23 1411/25 1412/2 1414/16 1414/18 1415/15 1416/5 1418/9 1419/10 1420/9 1420/11 1424/11 1424/16 1432/13 1432/15 1433/4 1433/6 1438/18 1438/22 1440/2 1441/9 1449/10 1470/21 1471/17 1471/19 1489/10 1489/17 1490/23 1493/14 1493/20 1496/15 1496/19 1498/8 1499/6 1499/8 1502/21
doesn't [10] 1341/19 1355/17 1400/18 1420/17 1420/17 1425/7 1431/24 1474/4 1476/7 1503/23
DOI [1] 1450/17
doing [17] 1318/1 1318/3 1318/11 1329/19 1332/1 1334/9 1361/20 1381/6 1419/21 1431/7 1443/11 1444/17 1456/10 1465/11 1485/15 1489/6 1497/17
Domengeaux [1] 1309/21
DON [1] 1311/18
don't [62] 1323/22 1324/10 1328/4 1329/15 1331/25 1332/4 1332/21 1337/1 1337/3 1339/25 1340/11 1340/17 1341/21 1341/22 1341/23 1343/14 1343/23 1343/23 1347/8 1348/13 1349/5 1349/24 1351/25 1372/22 1380/8 1388/18 1389/18 1393/17 1403/19 1411/12 1412/24 1415/6 1416/8 1418/1 1418/15 1428/14 1436/9 1436/13 1436/13 1438/25 1439/10 1440/8 1440/16 1440/19 1441/21 1452/2 1452/3 1452/5 1460/8 1460/21 1462/14 1482/12 1482/14 1483/17 1485/24 1486/2 1487/3 1494/4 1494/17 1500/3 1504/23 1505/18
DONALD [1] 1313/3
done [35] 1323/12 1328/16 1331/13 1331/15 1331/23 1331/24 1332/4 1333/3 1333/10 1340/20 1341/1 1341/2 1350/2 1350/3 1353/10 1353/11 1355/9 1355/12 1356/15 1359/3 1360/1 1361/18 1375/12 1378/12 1378/13 1379/14 1381/5 1381/8 1387/11 1410/20 1489/18 1500/6 1500/7 1501/12 1503/21
Donnie [1] 1480/16
Doppler [1] 1334/9
dot [5] 1419/2 1419/24 1419/25 1486/23 1486/23
dots [1] 1419/8
double [4] 1426/1 1488/9 1501/25 1502/1
double-peak [1] 1488/9
doubt [4] 1349/2 1388/15 1430/16 1485/5
DOUGLAS [1] 1311/3
down [36] 1332/12 1335/5 1347/17 1349/21 1358/17 1363/6 1384/10 1391/21 1391/22 1391/24 1392/2 1392/4 1393/8 1414/20 1414/22 1415/7 1417/4 1417/5 1417/10 1417/13 1424/8 1424/13 1425/15 1435/23 1436/4

1438/10 1438/12 1440/22 1441/7 1486/7 1488/24 1502/8 1504/25
1489/1 1489/2 1502/15
downstream [6] 1319/22 1368/20 1371/20 1476/20 1476/25 1477/9
DOYEN [1] 1312/19
Dr [11] 1353/5 1379/10 1399/22 1413/1 1415/17 1417/24 1420/23 1421/10 1427/21 1470/8 1480/11
Dr. [288]
Dr. Ballard [3] 1389/1 1395/1 1505/8
Dr. Bushnell [13] 1377/5 1377/11 1378/3 1378/5 1378/16 1378/19 1378/20 1379/17 1380/1 1380/16 1380/17 1381/1 1382/4
Dr. Bushnell's [4] 1378/8 1379/5 1379/10 1381/10
Dr. Charlie [1] 1336/18
Dr. Chu [1] 1461/25
Dr. Dykhuizen [104] 1316/24 1336/15 1336/20 1338/21 1343/17 1354/14 1355/3 1355/7 1356/4 1357/15 1361/6 1364/15 1365/2 1365/8 1365/25 1367/3 1367/20 1369/23 1375/12 1376/21 1376/25 1377/4 1378/2 1378/4 1378/14 1379/8 1380/11 1382/4 1382/8 1385/23 1386/12 1387/6 1389/21 1390/18 1395/14 1396/25 1398/5 1398/23 1400/24 1406/9 1407/6 1408/6 1410/8 1410/10 1413/19 1414/13 1418/9 1418/17 1418/20 1421/1 1421/7 1421/8 1421/11 1421/19 1422/1 1422/25 1423/6 1423/13 1424/3 1425/22 1428/12 1429/19 1429/25 1430/5 1430/18 1430/23 1430/25 1431/17 1432/6 1433/4 1433/9 1433/18 1433/19 1436/11 1438/17 1450/5 1453/4 1454/10 1460/13 1463/5 1464/22 1466/18 1470/1 1470/11 1470/25 1471/24 1472/19 1473/8 1474/5 1476/12 1477/11 1487/21 1488/2 1489/15 1490/25 1493/23 1494/12 1494/19 1494/21 1496/23 1499/5 1500/15 1503/1 1503/17
Dr. Dykhuizen's [8] 1322/25 1365/18 1376/23 1379/4 1413/22 1418/13 1431/12 1431/15
Dr. Griffiths [11] 1412/12 1412/14 1412/21 1412/22 1436/13 1479/15 1479/16 1480/9 1480/11 1481/7 1504/9
Dr. Griffiths' [10] 1413/9 1436/17 1439/17 1475/16 1479/2 1479/7 1479/12 1497/19 1497/25 1498/3
Dr. Hunter [18] 1315/17 1319/3 1324/23 1328/3 1333/14 1334/20 1336/12 1341/16 1342/19 1342/22 1346/11 1348/9 1348/23 1353/8 1453/16 1460/1 1476/13 1478/24
Dr. Johnson [3] 1399/18 1406/10 1415/13
Dr. Johnson's [1] 1415/16
Dr. Lockett [7] 1399/2 1399/14 1427/20 1427/21 1490/4 1490/21 1491/4
Dr. Lockett's [5] 1398/1 1398/9 1398/10 1427/5 1491/5
Dr. McNutt's [1] 1340/1
Dr. Morrow [2] 1316/24 1338/21
Dr. Nesic [2] 1415/4 1415/5
Dr. Pooladi-Darvish [1] 1436/14
Dr. Pooladi-Darvish's [1] 1436/18
Dr. Ratzel [3] 1467/2 1467/10 1468/3
Dr. Ratzell [11] 1336/13 1336/22 1337/10 1337/17 1338/20 1383/4

**D**

Dr. Ratzell... [5]  1407/11 1451/25
1453/25 1460/4 1500/1
Dr. Ratzell's [3]  1338/5 1339/22 1460/9
Dr. Ronald [1]  1354/5
Dr. Stewart [4]  1409/3 1415/18 1476/9
1503/9
Dr. Tim [1]  1426/25
Dr. Tom [1]  1361/9
Dr. Zaldivar [44]  1416/10 1416/11
1416/15 1418/10 1418/19 1418/21
1418/25 1419/7 1420/8 1420/20
1420/25 1421/12 1421/14 1422/1
1422/13 1423/6 1423/8 1423/13
1423/21 1424/7 1425/16 1425/22
1426/12 1427/17 1427/18 1427/19
1427/22 1428/1 1428/21 1429/4 1431/1
1431/2 1431/11 1431/13 1431/18
1431/20 1487/17 1488/20 1490/8
1490/15 1490/19 1490/23 1494/1
1502/7
Dr. Zaldivar's [21]  1423/1 1423/15
1423/25 1424/6 1425/16 1426/9
1426/15 1429/19 1430/6 1430/9
1430/11 1430/24 1487/14 1488/11
1488/17 1489/25 1490/9 1490/12
1493/11 1494/3 1501/19
Dr. Zick [3]  1470/1 1470/3 1504/14
draft [10]  1450/7 1467/10 1468/5 1468/9
1470/12 1470/17 1470/18 1471/16
1498/5 1498/6
drafted [5]  1442/8 1442/14 1442/18
1442/19 1469/5
drafting [3]  1442/24 1450/6 1470/11
drafts [2]  1450/7 1498/3
draw [2]  1345/6 1345/6
drawing [1]  1491/25
drawn [3]  1348/10 1348/14 1438/22
drill [4]  1444/13 1444/18 1444/19
1476/18
Drilling [3]  1312/13 1312/16 1312/19
driven [2]  1404/10 1404/11
drop [2]  1337/22 1397/24
drops [1]  1469/15
due [11]  1404/24 1406/17 1408/8
1413/14 1417/3 1440/1 1472/4 1472/23
1474/24 1480/13 1504/18
duly [2]  1315/7 1354/1
dumping [1]  1368/4
Dupree [1]  1395/23
during [52]  1316/11 1317/10 1321/4
1321/14 1321/20 1336/16 1345/8
1353/18 1361/12 1361/23 1362/11
1362/18 1364/3 1364/5 1364/11
1372/17 1378/14 1387/14 1387/16
1387/25 1390/22 1391/20 1391/23
1393/15 1395/4 1395/24 1399/3
1399/24 1400/5 1400/7 1401/9 1401/11
1410/20 1425/2 1426/20 1431/13
1446/3 1461/2 1470/21 1478/17
1478/18 1481/19 1481/21 1482/17
1483/14 1483/18 1495/12 1496/4
1497/17 1497/22 1498/15 1500/16
Dykhuizen [110]  1316/24 1336/15
1336/20 1338/21 1343/17 1351/20
1351/21 1354/1 1354/5 1354/14 1355/3
1355/7 1356/4 1357/15 1361/6 1364/15
1365/2 1365/8 1365/25 1367/3 1367/20
1369/23 1375/12 1376/21 1376/25
1377/4 1378/2 1378/4 1378/14 1379/8
1380/11 1382/4 1382/8 1385/23
1386/12 1387/6 1389/21 1390/18

1395/14 1396/25 1398/5 1398/23
1400/21 1408/7 1408/10 1408/12
1410/10 1413/19 1414/13 1418/9
1418/17 1418/20 1421/1 1421/7 1421/8
1421/11 1421/19 1422/1 1422/25
1423/6 1423/13 1424/3 1425/22
1428/12 1429/19 1429/25 1430/5
1430/18 1430/23 1430/25 1431/17
1432/6 1433/4 1433/9 1433/18 1433/19
1436/11 1438/17 1450/5 1453/4
1454/10 1460/13 1463/5 1464/22
1466/18 1470/1 1470/11 1470/25
1471/24 1472/19 1473/8 1474/5
1476/12 1477/11 1480/11 1486/24
1487/21 1488/2 1489/15 1490/25
1493/23 1494/12 1494/19 1494/21
1496/23 1499/5 1500/15 1503/1
1503/17
Dykhuizen's [9]  1322/25 1365/18
1376/23 1379/4 1413/22 1418/13
1431/12 1431/15 1438/2
dynamics [6]  1379/9 1381/2 1381/4
1381/5 1381/7 1381/12

**E**

e-mail [34]  1328/11 1328/24 1328/25
1329/1 1329/20 1329/22 1329/23
1330/19 1331/9 1332/11 1332/15
1332/23 1350/7 1350/10 1350/11
1350/19 1351/14 1351/16 1351/25
1352/3 1395/18 1398/10 1467/10
1468/1 1468/3 1470/16 1479/15 1480/9
1480/11 1490/3 1491/4 1491/5 1498/1
1498/2
each [6]  1346/20 1365/19 1367/10
1419/25 1445/14 1458/9
earlier [5]  1316/15 1328/20 1336/5
1476/24 1504/21
early [3]  1350/8 1400/5 1474/24
easel [2]  1428/5 1428/7
easier [1]  1497/5
East [1]  1310/16
EASTERN [2]  1309/2 1506/5
eddies [1]  1381/18
educational [1]  1356/3 1356/6
Edwards [1]  1309/22
effect [12]  1328/12 1347/21 1376/4
1376/5 1376/15 1378/21 1378/23
1407/18 1422/23 1424/25 1438/12
1448/25
effective [1]  1394/2 1447/2
effects [6]  1347/6 1347/25 1375/17
1407/16 1436/2 1438/13
effort [3]  1326/1 1352/11 1394/16
efforts [4]  1325/21 1449/18 1451/8
1451/14
EISERT [1]  1312/6
either [15]  1320/4 1345/13 1368/4
1377/13 1377/14 1392/7 1409/1 1435/7
1442/11 1447/20 1463/17 1463/18
1477/20 1490/10 1503/7
elbow [3]  1376/11 1376/14 1376/15
elbows [2]  1376/7 1381/13
element [1]  1380/19
elements [8]  1376/6 1376/20 1378/23
1378/25 1379/2 1379/25 1380/2
1380/23
elevation [2]  1371/21 1488/18
Ellis [3]  1311/20 1312/2 1312/5
Elm [1]  1313/5
ELMO [3]  1491/8 1491/11 1500/13
else [5]  1467/15 1504/16 1505/5
emissivity [1]  1479/20

employed [4]  1356/17 1356/22 1412/21
1462/18
employee [2]  1385/23 1462/7
employees [1]  1395/22
employer [2]  1367/6 1367/7
encompass [1]  1411/23
end [22]  1332/1 1346/9 1408/12
1412/17 1412/17 1416/20 1417/6
1439/18 1440/13 1440/16 1441/13
1441/14 1441/19 1447/22 1470/6
1473/12 1473/16 1475/15 1483/16
1491/21 1491/22 1496/21
ended [7]  1322/20 1370/21 1403/6
1475/9 1475/11 1475/13 1492/4
ends [1]  1439/9
Energy [2]  1313/2 1313/7
Enforcement [1]  1311/10
engaged [1]  1352/4
ENGEL [1]  1311/13
engineer [5]  1356/20 1362/17 1386/2
1397/16 1400/22
engineering [13]  1333/2 1345/17 1355/9
1356/8 1356/10 1356/12 1356/14
1356/16 1357/10 1358/20 1358/23
1364/15 1371/5
engineers [21]  1357/1 1357/3 1360/11
1361/22 1362/11 1362/12 1382/25
1385/21 1387/21 1395/21 1402/23
1409/18 1409/21 1409/22 1410/15
1410/25 1465/11 1465/13 1495/19
1495/20 1495/24
England [1]  1386/3
enough [11]  1316/4 1321/7 1328/8
1366/2 1392/19 1400/18 1403/7
1441/18 1464/10 1479/22 1501/15
entire [4]  1346/4 1440/2 1483/4 1503/5
entirely [1]  1320/9
entitled [1]  1506/9
environment [2]  1311/10 1448/23
Environmental [1]  1311/10
environments [1]  1477/1
EOS [5]  1337/7 1337/9 1337/13
1496/15 1496/24
equal [2]  1419/22 1419/25
equally [3]  1400/18 1467/22 1484/22
equation [13]  1337/23 1338/1 1360/18
1360/23 1360/24 1361/1 1368/24
1368/25 1427/13 1428/25 1448/6
1469/7 1496/16
equations [19]  1337/9 1337/13 1359/16
1360/21 1369/6 1369/7 1373/22
1373/23 1374/14 1391/3 1392/11
1394/23 1394/25 1395/2 1429/4
1458/14 1490/6 1490/14 1495/2
equivalent [3]  1427/14 1427/16 1456/3
erode [3]  1415/6 1415/7 1503/6
eroded [3]  1349/16 1415/4 1446/5
erosion [57]  1349/11 1349/12 1349/18
1351/3 1399/23 1399/24 1399/25
1408/10 1409/2 1409/3 1409/5 1409/10
1409/12 1409/13 1411/19 1411/20
1411/21 1415/9 1415/12 1415/19
1416/2 1435/15 1435/18 1439/22
1439/23 1440/2 1446/3 1446/6 1449/7
1470/24 1471/18 1471/19 1471/20
1472/4 1473/8 1473/9 1473/10 1473/12
1473/16 1473/20 1473/23 1473/24
1473/25 1474/3 1474/3 1474/7 1474/14
1474/15 1474/25 1475/4 1475/14
1475/20 1475/22 1476/5 1476/6 1476/8
1496/6
erosional [8]  1435/15 1435/21 1436/2
1436/2 1438/5 1438/8 1475/8 1475/10

**E**

error [34]  1338/16 1376/3 1411/22
1429/10 1430/12 1433/25 1435/1
1435/3 1435/6 1435/10 1435/13
1435/14 1436/7 1436/12 1436/14
1436/21 1437/3 1437/6 1440/12 1442/3
1449/11 1449/14 1454/9 1464/8
1472/23 1472/24 1480/4 1482/4 1482/5
1482/7 1483/5 1490/2 1490/19 1496/8
errors [1]  1480/13
escape [2]  1404/12
escaping [1]  1358/10
especially [6]  1339/3 1352/7 1409/19
1444/19 1482/14 1484/21
ESQ [50]  1309/19 1309/22 1310/3
1310/7 1310/10 1310/13 1310/16
1310/19 1310/19 1310/22 1311/3
1311/3 1311/7 1311/11 1311/11
1311/12 1311/12 1311/13 1311/13
1311/14 1311/14 1311/15 1311/18
1311/21 1311/21 1311/22 1311/22
1311/23 1312/3 1312/6 1312/6 1312/9
1312/10 1312/13 1312/16 1312/19
1312/19 1312/20 1312/20 1312/21
1313/3 1313/3 1313/4 1313/4 1313/5
1313/8 1313/8 1313/12 1313/15
1313/15
essence [2]  1322/8 1448/6
essentially [6]  1371/19 1371/24 1380/18
1384/9 1409/10 1477/6
establish [2]  1382/8 1404/25
establishing [1]  1342/21
estimate [143]  1316/14 1317/23
1321/16 1321/20 1321/21 1322/1
1323/7 1323/11 1323/25 1324/3 1324/5
1324/8 1324/13 1331/15 1332/17
1332/25 1333/12 1333/13 1341/4
1345/23 1346/1 1346/12 1349/13
1352/18 1352/19 1352/22 1352/23
1352/24 1353/4 1366/3 1366/18 1368/9
1371/24 1373/6 1375/10 1376/1
1384/10 1385/1 1385/2 1385/4 1386/8
1386/21 1386/23 1387/1 1387/3
1388/21 1390/21 1390/25 1392/13
1393/23 1393/24 1394/18 1395/6
1403/18 1403/19 1403/23 1405/10
1405/11 1407/7 1407/7 1407/8 1407/10
1407/13 1407/14 1408/7 1409/3 1411/8
1412/3 1412/5 1414/12 1414/17
1414/19 1421/13 1421/17 1432/20
1432/22 1432/24 1432/25 1433/22
1434/19 1434/20 1434/24 1434/25
1435/11 1435/14 1436/3 1436/12
1437/6 1437/7 1438/20 1438/24 1439/8
1439/12 1440/14 1441/19 1441/20
1448/2 1450/11 1462/5 1462/9 1463/3
1463/6 1464/3 1464/14 1465/17
1465/24 1465/25 1466/3 1466/20
1467/19 1468/4 1468/14 1481/3
1481/19 1481/20 1481/23 1482/2
1482/8 1482/11 1482/22 1482/23
1484/18 1484/21 1485/11 1486/19
1487/19 1489/18 1491/13 1491/21
1491/23 1492/5 1494/3 1495/9 1497/10
1501/7 1501/8 1501/16 1502/9 1502/13
1502/19 1502/22 1502/24 1503/13
estimated [5]  1366/10 1366/13 1366/16
1422/23 1464/25
estimates [30]  1316/15 1316/16 1320/25
1325/5 1325/13 1327/19 1335/1 1335/7
1335/17 1362/9 1384/16 1384/18
1384/19 1384/20 1387/15 1413/1

1413/4 1431/15 1433/7 1439/10
1452/14 1452/15 1452/22 1453/6
1453/18 1454/8 1464/23 1465/25
1485/10 1500/19
estimating [1]  1334/1
et [3]  1309/8 1309/11 1496/6
et cetera [1]  1496/6
evaluate [1]  1333/9
even [10]  1369/20 1370/9 1383/16
1410/12 1434/10 1436/6 1445/6 1445/7
1479/23 1485/7
evening [2]  1504/2 1505/24
event [4]  1330/9 1330/9 1395/11
1399/24
events [3]  1321/22 1330/7 1483/24
eventually [5]  1372/23 1372/25 1392/5
1394/14 1442/21
ever [11]  1362/17 1364/9 1364/12
1387/9 1389/7 1410/3 1470/14 1488/2
1495/15 1495/19 1495/20
every [5]  1328/19 1380/19 1407/20
1407/21 1419/2
everybody [2]  1333/23 1478/22
everyone [5]  1345/16 1414/8 1467/15
1503/25 1505/23
everything [1]  1333/5 1392/5 1439/3
evidence [5]  1350/24 1365/17 1415/25
1476/5 1485/12
exact [11]  1339/18 1350/21 1380/19
1380/20 1384/3 1457/4 1458/2 1468/20
1476/2 1484/3 1484/15
exactly [11]  1322/11 1324/10 1387/2
1426/22 1429/11 1434/13 1436/22
1445/5 1482/16 1486/18 1486/20
exam [4]  1321/20 1489/6 1492/5 1496/4
examination [13]  1315/14 1315/17
1315/20 1324/16 1355/5 1364/20
1364/24 1433/13 1433/18 1494/15
1497/23 1498/15 1500/16
examine [2]  1337/20 1383/21
examining [1]  1483/3
example [7]  1321/19 1338/3 1340/12
1349/14 1376/13 1441/9 1467/23
excellent [3]  1338/9 1413/18 1498/12
except [3]  1384/2 1395/2 1482/10
exception [1]  1384/3
excerpt [1]  1464/7
excluding [1]  1377/4
excuse [3]  1339/25 1427/24 1473/14
execution [2]  1386/22 1387/1
exercise [1]  1479/22
exhibit [10]  1328/22 1334/17 1334/19
1464/23 1467/15 1477/10 1489/16
1505/7 1505/11 1505/12
Exhibits [1]  1365/18
exist [2]  1316/23 1444/14
existed [3]  1449/20 1468/11 1468/15
exit [4]  1319/13 1368/7 1370/11
1371/21
exited [1]  1483/2
exiting [1]  1322/17
expanded [1]  1413/15 1498/6 1498/6
expect [18]  1357/2 1383/19 1385/6
1385/9 1414/18 1415/10 1415/12
1425/19 1426/2 1434/11 1434/15
1439/13 1440/16 1441/21 1441/22
1477/14 1478/5 1478/10
experience [16]  1357/7 1357/9 1357/10
1357/16 1359/19 1360/2 1360/10
1419/16 1421/9 1421/10 1434/7
1450/23 1455/9 1462/8 1462/12
1462/14
experimental [4]  1418/3 1420/8 1487/22

1488/3
expert [43]  1322/25 1364/15 1365/2
1365/8 1365/9 1365/13 1365/24
1366/22 1377/11 1377/13 1377/14
1377/19 1378/3 1378/12 1378/12
1379/13 1384/8 1390/15 1399/18
1402/1 1406/10 1412/12 1413/10
1416/12 1418/23 1421/8 1421/12
1429/24 1431/9 1435/9 1441/25
1452/25 1457/25 1469/25 1470/2
1473/8 1473/9 1473/11 1473/15 1474/5
1474/9 1481/15 1494/24
expert's [5]  1377/20 1377/20 1377/21
1377/22 1377/24
expertise [2]  1355/7 1475/14
experts [9]  1376/24 1377/16 1412/8
1412/9 1413/24 1414/23 1414/24
1430/19 1430/22
experts' [1]  1377/4
explain [16]  1370/6 1371/17 1391/16
1393/22 1403/23 1403/25 1413/6
1418/4 1418/9 1418/20 1418/22 1424/5
1428/4 1489/24 1497/23 1498/17
explained [2]  1322/7 1322/7
explaining [5]  1367/16 1368/14 1391/11
1418/19 1421/21
EXPLORATION [6]  1309/10 1311/17
1311/20 1312/2 1312/5 1312/9
explore [2]  1375/17 1431/12
expounding [1]  1421/21
express [4]  1369/5 1384/21 1401/21
1488/17
expressed [8]  1327/10 1346/7 1401/24
1461/10 1461/11 1461/12 1497/25
1498/9
expressing [1]  1343/17
extend [1]  1475/12
extended [1]  1398/17
extensive [1]  1360/10
extra [2]  1399/25 1408/14
extract [1]  1409/7
extrapolate [5]  1471/5 1471/17 1492/4
1492/18 1493/4
extrapolating [2]  1348/11 1470/19
extrapolation [5]  1344/14 1344/17
1434/21 1471/3 1479/24
extreme [1]  1478/25
extremely [1]  1479/3
extremes [2]  1499/16 1499/17

**F**

fact [28]  1333/15 1333/21 1339/8
1343/9 1347/1 1347/25 1360/6 1361/2
1379/1 1388/10 1388/12 1403/9
1404/12 1405/18 1406/17 1413/14
1426/24 1430/10 1452/2 1454/18
1466/13 1466/18 1470/22 1476/24
1483/10 1483/14 1492/25 1504/6
factor [19]  1337/13 1341/24 1390/5
1406/13 1406/16 1406/18 1406/20
1426/19 1429/7 1429/13 1429/23
1430/7 1430/10 1430/24 1431/20
1445/17 1494/4 1501/19 1501/22
factors [25]  1337/7 1337/19 1349/4
1349/11 1370/23 1371/2 1371/3 1371/9
1375/20 1375/23 1375/25 1376/10
1380/4 1380/22 1390/9 1390/10 1431/7
1431/24 1447/4 1447/4 1456/21
1456/22 1457/4 1458/3 1458/25
factually [1]  1349/7
failed [1]  1474/10

## F

fair [11] 1316/4 1328/8 1412/11 1421/22
  1436/16 1438/4 1464/10 1495/24
  1496/2 1502/7 1503/2
fairly [5] 1333/2 1387/11 1404/6
  1412/15 1426/17
familiar [1] 1381/4
Fannin [1] 1312/16
far [7] 1320/5 1348/17 1379/25 1380/3
  1410/12 1411/13 1502/14
Farah [2] 1387/22 1390/2
farther [1] 1439/15
fast [1] 1415/7
faster [1] 1441/12
FCRR [4] 1313/18 1506/4 1506/12
  1506/12
feature [1] 1337/22
feet [1] 1326/22
felt [2] 1316/17 1452/16
few [9] 1384/2 1404/17 1405/21
  1409/14 1409/16 1412/16 1439/23
  1500/16 1501/12
fictional [3] 1470/13 1470/20 1471/6
field [4] 1355/13 1360/2 1360/10 1389/3
fields [2] 1311/23 1375/22
Fifteenth [1] 1312/7
fifth [1] 1444/12
figure [4] 1337/24 1345/13 1468/6
  1477/22
final [19] 1333/18 1344/12 1346/11
  1346/13 1346/15 1351/6 1351/11
  1407/17 1407/23 1407/25 1422/20
  1438/18 1462/20 1463/16 1463/23
  1464/5 1471/14 1471/17 1472/21
finally [2] 1327/14 1478/4
find [13] 1346/6 1358/11 1360/18
  1366/3 1369/7 1371/9 1375/15 1402/12
  1419/18 1468/22 1479/19 1488/1
  1502/4
fine [4] 1428/13 1433/20 1486/17
  1491/17
finish [2] 1414/12 1489/12
finished [2] 1433/10 1433/21
fire [1] 1357/24
firm [2] 1310/6 1503/10
first [46] 1316/17 1328/13 1328/17
  1350/23 1361/11 1369/8 1369/9
  1369/15 1372/20 1375/7 1379/4
  1386/21 1387/7 1398/16 1401/11
  1407/10 1407/11 1408/11 1409/8
  1409/11 1409/14 1409/16 1418/2
  1420/13 1420/18 1434/24 1438/17
  1439/23 1439/24 1442/22 1443/4
  1443/6 1447/25 1450/6 1450/7 1454/19
  1456/7 1461/22 1463/3 1468/9 1470/12
  1470/18 1471/21 1474/22 1481/10
  1484/3
first-year [2] 1369/8 1456/7
fit [7] 1377/14 1404/1 1404/3 1425/18
  1425/19 1479/20 1479/23
FITCH [1] 1313/15
fitting [1] 1479/22
five [5] 1333/24 1338/17 1385/9 1385/9
  1406/22
fix [1] 1330/22
flange [1] 1404/3
flash [8] 1342/20 1469/14 1469/19
  1469/24 1470/7 1470/10 1496/17
  1496/21
FLEMING [1] 1313/5
flipped [1] 1385/8
floor [2] 1312/21 1486/7

Florida [1] 1310/5
flow [56] 1325/5
flow-based [1] 1325/5
flowing [28] 1363/1 1372/14 1374/9
  1391/21 1392/11 1392/19 1393/25
  1393/25 1394/1 1394/1 1400/7 1400/8
  1401/13 1403/1 1403/3 1403/5 1403/8
  1403/10 1403/10 1409/20 1446/3
  1458/6 1459/1 1470/22 1485/22 1486/4
  1495/9 1499/2
flows [14] 1356/11 1359/19 1360/15
  1360/15 1373/3 1376/4 1406/14
  1406/25 1407/2 1459/7 1464/25 1465/8
  1490/17 1490/18
fluid [29] 1337/23 1338/3 1357/10
  1357/16 1358/20 1358/23 1359/17
  1364/15 1369/6 1379/9 1381/2 1381/4
  1381/5 1381/7 1381/12 1416/21
  1416/21 1416/22 1416/22 1421/2
  1428/19 1448/4 1448/22 1458/7
  1458/11 1459/4 1487/6 1496/12
  1496/24
fluids [1] 1360/16
FLYNN [1] 1311/7
focus [1] 1350/20
focusing [1] 1350/19
follow [1] 1441/2
followed [9] 1376/12 1376/14 1376/14
  1378/2 1400/13 1425/3 1425/4 1425/12
  1425/13
following [1] 1350/24 1469/13
follows [3] 1315/7 1354/2 1470/19
footage [1] 1485/13
force [3] 1403/17 1404/13 1417/4
forced [5] 1359/19 1370/14 1372/8
  1446/4 1454/15
forces [2] 1373/6 1417/9
foregoing [1] 1506/6
forensics [2] 1350/9 1352/12
forgot [1] 1461/5
form [4] 1402/21 1422/15 1460/24
  1499/25
formal [1] 1462/14
format [4] 1328/5 1333/17 1333/18
  1333/22
former [1] 1353/16
forming [2] 1365/20 1379/11
formulas [2] 1394/25 1443/13
formulate [2] 1373/22 1392/11
forth [4] 1361/14 1430/3 1431/10 1456/5
forward [2] 1336/7 1385/22
found [9] 1348/6 1359/16 1361/1 1376/1
  1391/2 1420/3 1454/2 1455/11 1464/23
foundation [2] 1342/21 1389/19
four [8] 1339/20 1363/13 1385/10
  1406/22 1409/9 1439/24 1464/24
  1472/11
fourth [5] 1363/17 1363/19 1404/8
  1444/7 1480/23
frame [1] 1330/2
FRANK [1] 1310/16
frankly [1] 1467/20
free [1] 1477/22
frequencies [1] 1425/7
frequency [1] 1417/5
friction [2] 1317/21 1447/4
Friday [12] 1328/10 1329/9 1330/3
  1331/7 1331/11 1331/16 1333/25
  1341/9 1454/15 1454/22 1461/8
  1499/24
Frilot [1] 1312/12
FRTG [1] 1344/3
full [5] 1315/8 1330/2 1354/3 1439/25

1498/4
function [2] 1351/7 1419/19
functional [1] 1422/15
furlough [1] 1503/21
further [8] 1348/23 1348/24 1349/7
  1382/7 1459/22 1471/24 1471/25
  1490/11
future [1] 1333/6

## G

game [2] 1417/18 1421/22
gas [22] 1347/9 1355/18 1355/19
  1358/1 1360/18 1394/1 1402/25 1403/3
  1403/5 1416/24 1416/25 1417/9
  1417/10 1417/12 1419/3 1419/5 1455/9
  1459/1 1462/7 1462/12 1469/15
  1482/15
GASAWAY [1] 1312/6
gauge [39] 1319/5 1319/16 1319/19
  1320/3 1320/3 1320/7 1320/10 1320/18
  1320/22 1368/2 1368/8 1370/22 1392/5
  1393/8 1395/9 1395/10 1401/15
  1401/17 1402/6 1402/6 1402/8 1402/10
  1403/20 1403/25 1416/5 1439/16
  1443/22 1455/24 1476/13 1476/18
  1477/3 1478/13 1478/16 1478/19
  1478/21 1478/24 1479/1 1479/3 1479/5
gauges [3] 1318/17 1326/21 1476/25
gave [6] 1337/11 1360/25 1403/11
  1422/6 1452/13 1498/2
geared [1] 1331/4
gee [2] 1405/23 1449/23
general [3] 1339/10 1397/11 1397/14
General's [2] 1310/18 1310/22
generality [1] 1469/2
generally [3] 1338/1 1397/9 1450/17
generate [3] 1417/17 1417/19 1417/21
generated [4] 1360/24 1369/13 1376/10
  1417/16
generating [1] 1358/15
generic [1] 1319/3
gentleman [2] 1344/1 1490/15
geometric [1] 1337/22
geometries [6] 1320/4 1363/3 1363/13
  1371/10 1371/10 1375/16
geometry [47] 1315/21 1315/25 1316/6
  1316/9 1316/10 1316/18 1317/24
  1326/7 1327/14 1327/15 1345/13
  1345/15 1345/18 1345/21 1347/22
  1357/19 1363/4 1368/1 1368/23
  1369/12 1376/13 1383/17 1383/18
  1383/21 1383/25 1444/7 1448/17
  1448/18 1449/1 1450/19 1453/22
  1455/22 1456/18 1456/22 1457/3
  1457/12 1458/2 1458/4 1459/4 1459/11
  1459/12 1470/21 1470/22 1472/2
  1473/3 1486/9 1496/6
geothermal [5] 1357/18 1357/20
  1357/22 1359/21 1359/23
get [71] 1318/23 1323/7 1323/25
  1329/17 1330/2 1330/7 1331/1 1331/5
  1331/7 1331/10 1331/13 1331/18
  1339/8 1340/25 1343/15 1344/8
  1348/23 1349/7 1350/11 1350/21
  1361/3 1361/18 1363/12 1371/22
  1374/13 1374/16 1375/5 1375/7 1375/9
  1380/12 1381/18 1381/19 1385/9
  1391/1 1392/22 1392/23 1394/7
  1394/10 1398/15 1400/23 1404/20
  1406/6 1413/6 1429/11 1436/1 1437/24
  1439/7 1439/15 1440/6 1441/13 1451/7
  1452/14 1471/25 1478/16 1479/5

**G**

get... [16]  1484/4 1484/16 1486/2
1494/9 1498/13 1499/15 1499/16
1501/25 1502/1 1502/24 1503/22
1504/12 1504/20 1504/22 1504/24
1505/4
gets [5]  1326/16 1411/17 1427/11
1429/7 1499/9
getting [11]  1330/14 1330/23 1333/18
1350/10 1369/14 1385/10 1410/12
1413/20 1429/9 1432/5 1488/5
gist [1]  1340/17
give [12]  1382/20 1400/18 1400/21
1402/10 1428/8 1436/24 1440/19
1441/9 1468/19 1472/24 1487/2
1504/24
given [17]  1324/18 1337/19 1343/9
1363/10 1364/2 1379/24 1382/19
1383/8 1403/24 1404/6 1441/13 1443/1
1449/9 1449/19 1459/18 1472/3 1472/3
gives [6]  1348/19 1379/14 1400/17
1403/18 1416/9 1504/19
giving [2]  1350/17 1392/6
GLADSTEIN [1]  1311/14
global [1]  1422/19
GmbH [1]  1309/8
go [78]  1324/15 1325/3 1328/22
1332/12 1332/22 1336/7 1342/1 1348/3
1349/16 1350/18 1351/17 1354/22
1364/22 1366/24 1367/18 1368/12
1369/19 1370/4 1371/15 1373/12
1374/3 1374/20 1380/6 1381/17
1386/10 1386/17 1388/5 1391/14
1393/2 1393/20 1394/10 1395/12
1395/16 1396/7 1396/23 1398/3 1398/7
1398/20 1399/12 1403/21 1404/3
1405/8 1408/4 1411/13 1414/3 1418/7
1419/13 1422/9 1423/23 1425/15
1427/3 1427/7 1432/11 1433/2 1438/13
1439/25 1441/1 1442/21 1447/4
1451/13 1453/2 1453/13 1464/11
1464/20 1466/22 1469/4 1469/8
1470/17 1471/9 1471/22 1473/21
1476/20 1480/7 1491/8 1500/13
1502/14 1503/7 1503/7
Godwin [3]  1313/2 1313/3 1313/7
goes [15]  1376/25 1414/20 1417/8
1417/10 1417/12 1417/13 1417/13
1417/14 1422/25 1441/5 1441/6
1441/11 1445/14 1473/6 1502/10
going [52]  1331/19 1333/4 1339/5
1342/18 1353/15 1353/18 1354/16
1358/14 1362/13 1363/5 1363/6 1363/6
1368/1 1369/11 1370/19 1370/20
1372/10 1377/18 1377/19 1380/5
1382/7 1392/2 1404/8 1404/20 1405/24
1411/21 1413/25 1417/4 1417/4
1423/16 1429/21 1436/3 1437/21
1437/23 1439/20 1442/20 1444/20
1446/13 1446/22 1451/5 1454/17
1454/18 1459/4 1474/7 1476/10 1477/4
1477/4 1477/19 1494/10 1501/6
1503/16 1504/4
GoM [1]  1386/24
gone [2]  1394/13 1394/14
good [14]  1315/17 1315/18 1338/9
1346/1 1346/2 1400/22 1422/14
1459/24 1460/14 1465/14 1492/24
1503/13 1503/24 1505/23
got [19]  1339/15 1350/11 1354/7 1375/1
1380/1 1382/18 1384/4 1385/7 1393/25
1394/8 1394/13 1394/14 1400/14

1426/18 1426/23 1457/20 1459/9
1476/6 1501/16
gotten [1]  1329/8
governing [1]  1360/21
government [12]  1333/7 1333/13
1353/12 1361/11 1389/8 1390/3
1390/12 1410/1 1410/21 1454/12
1467/16 1501/15
government's [1]  1332/25
grade [1]  1369/18
gradually [2]  1410/2 1410/3
Grand [1]  1312/21
GRANT [1]  1312/20
graph [2]  1440/19 1477/23
graphs [1]  1396/12
great [7]  1318/18 1323/6 1323/8
1325/17 1326/2 1352/7 1478/18
greater [20]  1323/23 1338/25 1346/9
1394/18 1411/11 1411/13 1411/15
1411/17 1411/17 1413/7 1413/7
1436/15 1481/12 1481/25 1482/10
1482/25 1486/17 1490/18 1501/5
1502/19
greatest [1]  1438/5
green [1]  1368/19
GREENWALD [1]  1310/10
Griffiths [16]  1409/4 1412/12 1412/14
1412/21 1412/22 1416/8 1436/13
1474/21 1475/2 1479/15 1479/16
1480/9 1480/11 1481/7 1503/9 1504/9
Griffiths' [13]  1413/1 1413/9 1415/19
1436/17 1439/17 1475/16 1476/9
1479/2 1479/7 1479/12 1497/19
1497/25 1498/3
gross [1]  1353/1
group [3]  1332/1 1362/22 1460/17
guess [5]  1385/6 1394/9 1394/10
1493/17 1496/2
guessed [4]  1326/13 1394/7 1394/13
1394/13
guesses [1]  1359/12
guesstimate [1]  1504/19
gulf [3]  1309/5 1322/17 1417/3
guy [1]  1462/20
guys [1]  1456/16
GWENDOLYN [1]  1313/8

**H**

H-U-N-T-E-R [1]  1315/11
had [155]  1316/7 1316/17 1316/25
1318/5 1318/15 1318/18 1320/3
1320/10 1321/18 1322/8 1322/9 1322/9
1323/6 1323/8 1323/12 1324/17 1326/5
1326/7 1326/13 1326/13 1326/20
1327/2 1327/14 1328/4 1328/5 1328/6
1328/14 1328/18 1329/8 1329/10
1329/15 1329/15 1329/19 1331/18
1332/1 1332/20 1333/16 1333/21
1334/3 1334/5 1334/7 1334/9 1334/12
1335/4 1335/17 1337/11 1337/12
1338/21 1339/12 1341/7 1341/11
1344/14 1344/18 1345/16 1345/16
1346/3 1346/5 1346/18 1350/14
1350/15 1351/24 1360/8 1360/10
1363/5 1366/2 1368/1 1369/12 1369/17
1369/21 1370/13 1370/17 1370/20
1373/2 1373/4 1373/16 1378/7 1378/10
1378/25 1380/8 1380/10 1382/8
1382/16 1382/24 1383/7 1387/9
1387/11 1389/2 1389/7 1390/3 1391/1
1392/25 1402/7 1403/1 1403/4 1404/9
1405/18 1405/20 1410/3 1410/21
1412/16 1413/5 1415/7 1416/16 1420/9

1420/10 1425/25 1426/1 1426/7
1431/12 1442/6 1442/10
1442/25 1442/25 1445/13 1449/19
1449/25 1450/15 1451/7 1451/8
1451/24 1454/9 1455/9 1455/22
1455/24 1456/10 1456/14 1457/12
1457/17 1458/14 1459/18 1460/17
1461/16 1462/7 1462/17 1463/22
1464/5 1465/11 1465/13 1465/14
1466/8 1470/3 1478/4 1478/8 1486/8
1486/9 1487/18 1488/19 1488/21
1496/23 1498/3 1499/4 1499/22
1499/24 1505/3
half [10]  1323/18 1401/7 1409/9
1418/12 1418/18 1422/8 1439/25
1439/25 1442/12 1473/21
half flow [1]  1409/9
Halliburton [2]  1313/2 1313/7
hand [6]  1359/8 1359/9 1359/14
1474/13 1474/16 1490/10
handled [1]  1458/17
handwriting [2]  1334/19 1334/21
happen [2]  1415/21 1415/23
happened [5]  1316/11 1358/5 1409/12
1424/16 1464/13
happening [2]  1319/20 1319/21
happens [5]  1339/9 1409/13 1411/20
1415/20 1435/18
happy [2]  1321/12 1489/11
hard [7]  1391/5 1393/18 1405/7 1436/9
1467/18 1484/12 1502/3
HARIKLIA [1]  1311/21
HARVEY [1]  1311/14
has [49]  1325/9 1350/20 1367/5
1377/12 1389/19 1392/10 1399/20
1400/16 1400/17 1401/4 1407/18
1409/4 1419/7 1419/12 1420/18
1421/16 1423/1 1423/14 1424/25
1425/2 1425/3 1425/7 1425/11 1425/12
1425/16 1425/17 1429/3 1438/17
1439/17 1444/14 1446/1 1446/2
1451/25 1452/1 1461/25 1462/20
1473/10 1479/4 1479/22 1480/25
1482/16 1486/24 1487/22 1487/24
1488/20 1489/2 1502/10 1503/9
1503/11
hasn't [1]  1420/21
Hat [64]  1322/2 1323/1 1323/6 1323/7
1323/13 1324/2 1325/10 1325/12
1325/25 1326/1 1326/4 1326/9 1326/12
1326/13 1326/16 1327/2 1366/12
1366/13 1400/24 1401/1 1401/2 1401/4
1401/6 1401/9 1401/16 1401/16
1401/25 1402/13 1402/16 1402/20
1402/22 1402/25 1403/2 1403/11
1403/13 1403/15 1404/1 1405/5
1432/20 1439/11 1449/21 1451/16
1452/3 1452/20 1452/22 1453/18
1453/20 1454/3 1454/8 1454/8 1484/18
1484/21 1485/7 1485/12 1486/7
1486/23 1491/21 1492/5 1492/12
1492/20 1501/10 1501/11 1502/21
1502/22
Hat [4]  1326/1
hate [1]  1385/18
have [305]
haven't [2]  1330/20 1463/8
having [7]  1315/6 1315/20 1331/15
1354/1 1430/18 1473/4 1482/2
HAYCRAFT [1]  1311/18
HB [1]  1313/18
HB-406 [1]  1313/18
he [211]

**H**

he's [15]  1342/20 1342/24 1379/12
1379/13 1379/14 1379/15 1379/16
1418/21 1421/21 1427/14 1431/23
1452/6 1462/19 1498/12 1504/6
head [2]  1441/8 1457/9
heads [3]  1350/17 1385/9 1385/11
heads-up [1]  1350/17
hear [4]  1341/21 1428/9 1438/1 1446/22
heard [7]  1328/14 1328/18 1341/16
1416/11 1461/20 1461/22 1466/19
hearing [1]  1335/5
heat [4]  1358/16 1422/21 1447/3
1479/19
heavier [1]  1417/9
heavily [1]  1479/3
held [1]  1333/8
Hello [1]  1433/19
help [5]  1360/9 1386/3 1418/9 1428/14
1499/2
helped [2]  1360/8 1360/11
helpful [1]  1469/9
helping [2]  1361/11 1412/16
helps [2]  1369/1 1480/23
Hence [1]  1346/24
her [2]  1379/6 1379/7
here [57]  1316/25 1317/1 1317/19
1318/23 1319/4 1324/22 1334/25
1335/10 1341/22 1343/13 1368/6
1368/8 1368/16 1368/18 1370/8
1370/13 1371/11 1372/4 1372/7 1374/8
1378/2 1386/20 1390/11 1394/23
1396/9 1404/1 1408/8 1411/18 1413/21
1421/6 1423/3 1427/14 1430/1 1430/17
1432/8 1432/24 1436/23 1441/7
1441/23 1442/20 1446/1 1447/12
1447/13 1448/3 1450/14 1452/17
1457/6 1465/9 1474/20 1483/23
1487/22 1489/12 1490/15 1491/11
1491/14 1493/15 1503/22
hereby [1]  1506/6
Herman [3]  1309/18 1309/18 1309/19
high [12]  1326/16 1340/15 1409/19
1415/10 1428/19 1437/9 1439/9
1440/13 1441/12 1447/16 1452/4
1473/6
high-pressure [1]  1428/19
higher [22]  1371/3 1371/22 1385/13
1400/21 1400/22 1412/1 1412/2 1412/3
1426/19 1426/24 1437/13 1437/17
1437/20 1440/16 1441/18 1449/13
1462/15 1462/17 1462/21 1467/1
1484/8 1496/25
highest [6]  1409/15 1409/16 1465/17
1465/23 1465/25 1466/4
highlight [4]  1457/5 1463/4 1463/12
1469/6
Hill [10]  1385/24 1386/1 1386/2 1386/14
1386/20 1387/9 1389/21 1389/23
1398/13 1489/4
him [28]  1343/17 1354/16 1362/19
1364/22 1377/16 1378/15 1380/5
1385/25 1386/3 1386/6 1386/6 1387/25
1412/15 1412/17 1412/25 1413/6
1423/3 1424/19 1428/8 1428/9 1428/14
1429/24 1431/6 1452/11 1455/11
1468/8 1479/16 1480/1
HIMMELHOCH [1]  1311/15
his [129]  1340/25 1341/1 1341/2
1342/25 1365/19 1365/20 1377/1
1378/3 1378/5 1378/8 1378/14 1378/15
1379/5 1379/11 1379/19 1381/20
1382/6 1388/2 1389/23 1395/1 1399/8
1399/9 1399/10 1402/14 1413/6
1413/7 1413/8 1413/10 1413/14
1413/15 1413/17 1413/18 1416/9
1416/17 1417/18 1418/14 1418/18
1420/16 1420/17 1420/18 1420/21
1421/1 1421/5 1421/9 1421/10 1421/10
1421/11 1421/21 1422/1 1422/3 1422/6
1422/8 1422/25 1423/1 1423/2 1423/4
1423/8 1423/12 1423/14 1423/15
1423/21 1424/11 1424/11 1424/16
1424/22 1425/1 1425/7 1426/7 1427/13
1429/4 1429/6 1429/9 1429/16 1429/16
1430/12 1430/16 1430/23 1431/4
1431/8 1431/10 1431/13 1431/13
1431/14 1431/15 1431/19 1431/22
1432/5 1462/12 1462/13 1462/19
1468/1 1468/3 1468/5 1470/4 1470/10
1479/9 1479/17 1480/4 1480/10
1480/20 1481/7 1481/12 1487/16
1487/18 1488/20 1490/1 1490/2 1490/6
1490/7 1490/7 1490/9 1490/17 1490/23
1493/16 1493/19 1493/21 1498/4
1498/5 1498/5 1498/6 1498/7 1498/8
1498/11 1503/9
Historical [1]  1396/1
history [2]  1325/5 1396/2
hold [3]  1356/24 1488/6 1497/24
holding [1]  1473/2
Holdings [3]  1312/12 1312/15 1312/18
hole [16]  1334/9 1427/15 1427/15
1427/19 1428/19 1428/20 1428/21
1428/22 1428/24 1428/25 1429/1
1429/5 1429/6 1475/25 1490/21
1490/23
holes [10]  1369/17 1369/19 1428/18
1429/16 1445/1 1476/4 1489/5 1489/9
1489/22 1490/20
homogenous [2]  1459/1 1459/3
honest [1]  1339/25
Honor [50]  1315/12 1342/18 1353/7
1353/13 1354/12 1355/2 1364/14
1364/20 1364/23 1365/16 1376/22
1377/10 1378/2 1379/3 1380/7 1380/13
1381/25 1382/7 1389/18 1395/23
1410/9 1411/3 1413/20 1414/2 1414/10
1418/11 1418/17 1420/24 1421/8
1421/23 1422/7 1422/9 1423/10 1428/6
1429/21 1430/14 1430/21 1431/6
1431/11 1431/21 1431/22 1433/10
1433/14 1504/5 1504/7 1504/8 1504/10
1504/14 1504/17 1505/6
HONORABLE [1]  1309/15
hope [5]  1312/3 1330/21 1341/1 1341/2
1504/13
hopefully [1]  1329/9
HORIZON [1]  1309/4
horizontal [2]  1488/25 1489/1
horse [1]  1423/17
hot [1]  1357/22
hour [2]  1328/21 1405/21
hours [3]  1328/16 1369/14 1404/17
Houston [10]  1312/17 1313/9 1361/12
1361/14 1361/19 1361/21 1386/4
1395/21 1442/11 1442/11
how [59]  1329/18 1331/13 1340/11
1351/2 1355/13 1356/6 1356/12
1356/22 1358/11 1358/12 1367/23
1368/14 1374/5 1375/15 1379/22
1383/25 1391/16 1392/11 1393/3
1399/23 1400/3 1400/10 1401/6 1402/4
1403/19 1405/10 1406/15 1408/8
1382/6 1388/2 1389/23 1395/1 1399/8

1409/2 1413/25 1418/20 1419/3 1419/4
1424/8  Page 1419/10 1424/13
1424/16 1425/6 1425/6 1425/8 1425/20
1433/19 1438/23 1441/12 1445/13
1446/10 1446/24 1452/8 1452/9 1459/3
1488/9 1488/21 1488/21 1489/2 1495/9
1499/2 1502/14 1504/15
however [4]  1347/25 1409/6 1475/2
1479/18
Hsieh [3]  1467/24 1504/4 1504/5
huh [1]  1331/22
humor [1]  1455/5
HUNTER [27]  1315/6 1315/10 1315/17
1319/3 1324/23 1328/3 1333/14
1334/20 1336/12 1341/16 1342/9
1342/19 1342/22 1346/11 1348/9
1348/23 1353/5 1353/8 1361/9 1361/23
1442/18 1442/21 1451/8 1453/16
1460/1 1476/13 1478/24
hydrates [2]  1402/21 1402/21
hydraulic [14]  1427/19 1428/3 1428/22
1428/22 1429/2 1429/15 1429/17
1429/22 1430/3 1431/25 1443/11
1444/17 1448/2 1497/9
hydraulics [4]  1317/24 1445/20 1446/7
1458/2
hydrocarbons [5]  1359/20 1359/21
1359/22 1359/25 1360/15
hypothesis [1]  1445/4

**I**

I'd [14]  1330/25 1334/16 1367/10
1390/18 1400/24 1407/6 1416/10
1433/21 1442/7 1443/5 1469/11
1476/11 1481/10 1500/19
I'll [14]  1322/2 1343/2 1354/18 1364/19
1364/22 1382/11 1411/3 1421/20
1422/9 1432/5 1436/24 1447/12
1470/17 1489/11
I'm [61]  1315/16 1330/25 1337/15
1342/18 1353/9 1354/16 1354/22
1356/20 1367/6 1380/5 1382/2 1382/7
1388/11 1392/15 1392/17 1393/2
1403/17 1423/5 1423/16 1429/21
1431/11 1433/20 1437/23 1439/23
1441/8 1441/9 1451/5 1454/6 1454/17
1454/17 1456/14 1457/24 1461/9
1463/9 1463/10 1463/15 1464/8 1465/9
1465/13 1472/11 1473/9 1476/2 1476/8
1476/10 1477/22 1481/22 1488/5
1488/5 1489/11 1490/13 1490/13
1490/18 1492/16 1493/18 1494/10
1495/19 1499/5 1503/16 1503/22
1505/11 1505/13
I've [22]  1354/15 1355/10 1355/13
1356/15 1357/18 1358/3 1359/25
1368/16 1374/25 1375/14 1381/15
1386/13 1387/19 1387/20 1393/25
1398/14 1409/19 1451/24 1473/9
1481/15 1481/16 1505/3
i.e [1]  1479/19
idea [4]  1423/1 1462/19 1488/21 1489/2
Ideally [1]  1394/10
ideas [1]  1351/2
identical [4]  1360/8 1360/22 1390/9
1394/24
identified [4]  1370/9 1375/18 1376/8
1408/1
idle [2]  1482/17 1482/18
ignore [1]  1397/8
ignored [1]  1376/16
ignoring [1]  1492/16
Illinois [1]  1311/24

**I**

illustrate [1] 1373/14
image [1] 1424/2
images [4] 1339/15 1401/4 1401/5 1423/25
imagine [1] 1499/12
immediately [2] 1352/25 1483/2
impact [14] 1318/6 1347/7 1349/10 1352/17 1378/23 1400/8 1422/20 1435/15 1435/22 1444/18 1446/6 1448/9 1477/4 1489/1
impacts [1] 1425/21
imperfect [2] 1425/18 1425/19
implication [2] 1378/25 1399/14
implicitly [2] 1458/25 1470/20
implied [1] 1392/6
implies [2] 1380/22 1445/1
important [6] 1358/13 1369/16 1429/2 1445/17 1473/10 1481/6
importantly [1] 1409/15
imposed [4] 1422/13 1424/22 1424/24 1490/2
imposes [1] 1424/15
imposing [2] 1424/12 1481/11
imposition [1] 1422/23
imprecise [1] 1324/5
impressive [1] 1421/13
improper [1] 1495/17
improve [1] 1375/13
inaccuracies [1] 1502/18
inaccuracy [1] 1491/19
inaccurate [20] 1384/16 1384/22 1402/7 1424/24 1447/14 1484/21 1484/22 1485/7 1485/10 1485/18 1485/19 1485/20 1486/8 1486/9 1486/11 1486/12 1486/15 1487/1 1491/18 1492/2
INC [14] 1309/11 1311/18 1311/21 1312/3 1312/6 1312/9 1312/13 1312/14 1312/16 1312/17 1312/19 1312/20 1313/3 1313/8
incident [2] 1330/3 1358/5
include [11] 1317/11 1317/14 1317/20 1325/12 1347/1 1347/6 1347/6 1364/7 1413/16 1448/4 1470/23
included [10] 1347/9 1347/12 1347/16 1347/18 1365/19 1378/11 1430/23 1448/7 1454/3 1471/14
includes [1] 1325/10 1325/13 1421/10 1448/9 1451/16
including [10] 1333/7 1333/23 1336/25 1395/23 1396/12 1444/19 1448/17 1451/16 1453/18 1460/24
inconsistencies [1] 1424/15
incorrect [3] 1364/13 1414/25 1487/24
incorrectly [1] 1363/18 1407/25 1429/5
increase [9] 1345/5 1351/10 1405/13 1415/20 1440/2 1459/15 1471/9 1478/1 1478/6
increased [5] 1376/1 1376/1 1477/17 1494/3 1501/22
increases [1] 1408/16 1408/17 1477/20 1478/2
increasing [12] 1349/13 1372/21 1414/25 1415/17 1439/19 1439/20 1440/1 1466/9 1466/13 1492/25 1493/3 1503/4
increments [1] 1372/9
indeed [2] 1351/18 1363/18
independent [9] 1316/5 1371/23 1379/8 1475/16 1480/12 1488/8 1488/12 1488/15 1496/21

independently [3] 1406/15 1407/2 1400/4
index [1] 1480/24
indicate [4] 1342/9 1466/14 1472/25 1476/7
indicated [4] 1372/20 1442/20 1472/25 1505/4
indication [2] 1401/12 1490/19
individual [3] 1335/19 1344/7 1367/1
individuals [1] 1389/5
industry [1] 1397/23
infinite [1] 1481/2
influenced [1] 1319/24
inform [3] 1389/7 1389/10 1487/12
information [24] 1316/7 1318/21 1318/24 1328/25 1331/9 1333/21 1333/24 1335/4 1336/7 1339/13 1341/8 1350/13 1360/25 1386/22 1386/25 1387/13 1400/17 1400/19 1400/19 1400/21 1455/24 1460/5 1460/18 1497/10
informative [2] 1450/1 1499/1
informed [1] 1328/9
infrequent [1] 1412/15
initial [10] 1319/8 1365/19 1384/1 1394/9 1460/24 1470/13 1470/20 1472/21 1473/11 1498/3
initially [1] 1392/4 1401/16 1408/11 1415/7
initiate [1] 1329/20
initiated [2] 1331/1 1332/2
inject [1] 1351/18
injected [1] 1400/5
injecting [2] 1391/19 1393/2
input [2] 1500/4 1500/5
inputs [3] 1359/12 1424/12 1449/10
inquiry [1] 1504/21
inside [4] 1323/18 1326/4 1428/20 1457/13
insignificant.' [1] 1422/24
inspection [1] 1392/1
instability [2] 1421/15 1424/6
installation [2] 1330/8 1404/4
installed [13] 1318/18 1322/20 1327/13 1369/11 1401/2 1401/6 1401/15 1401/16 1402/14 1402/16 1402/19 1451/1 1454/20
instantaneous [1] 1450/16
instead [5] 1392/2 1429/6 1471/10 1471/13 1477/23
instrumentation [3] 1318/15 1326/21 1327/13
insufficient [4] 1339/12 1341/8 1460/5 1460/18
integral [17] 1342/10 1342/14 1342/16 1343/6 1344/14 1344/25 1346/2 1411/17 1411/21 1437/20 1438/25 1440/18 1441/2 1462/22 1471/15 1474/4 1498/24
integrate [1] 1366/3
integrated [7] 1366/4 1366/15 1407/7 1407/10 1407/19 1411/8 1447/24
integration [1] 1436/1
integrity [6] 1362/6 1369/17 1386/23 1387/1 1392/22 1410/21
intended [2] 1495/11 1505/2
interact [1] 1412/25
interacted [1] 1386/3
interacting [1] 1361/21
interaction [1] 1333/7
interest [3] 1400/15 1416/17 1445/14
interested [3] 1363/4 1386/7 1386/8 1487/15

interesting [9] 1351/18 1372/19 1409/4 1469/22 1470/6 1477/22 1482/21 1483/9/5 1487/15 1498/13
Interests [1] 1310/19
intermediate [1] 1471/15
internal [3] 1404/10 1404/11 1500/9
internally [1] 1482/16
interpret [1] 1362/13
interpretation [1] 1489/23
interpreted [1] 1338/17
interpreting [1] 1489/18
interval [3] 1329/19 1358/11 1434/22
introduction [1] 1495/8
inventory [1] 1358/8
investigated [1] 1422/13
investigation [1] 1355/11
investigative [1] 1358/3
involved [6] 1358/3 1358/6 1361/7 1386/8 1450/6 1470/9
involvement [1] 1367/8
involves [1] 1500/1
Irpino [2] 1310/6 1310/7
irregular [1] 1428/18
irregular-shaped [1] 1428/18
is [598]
Island [2] 1358/4 1358/15
isn't [3] 1360/17 1440/18 1460/14
issue [7] 1350/8 1377/9 1377/10 1377/16 1429/23 1430/17 1432/1
issued [6] 1341/4 1377/3 1378/12 1450/11 1463/2 1463/21
issues [4] 1334/10 1448/9 1453/15 1505/6
it [422]
it's [85] 1316/2 1323/18 1323/20 1334/23 1336/1 1337/20 1337/21 1337/21 1337/24 1338/18 1338/18 1340/3 1341/21 1353/16 1354/14 1359/23 1359/24 1360/17 1372/22 1378/10 1384/10 1386/20 1387/11 1395/22 1397/2 1409/6 1410/12 1411/21 1414/4 1416/8 1417/9 1417/11 1417/11 1417/12 1417/12 1421/5 1421/13 1421/22 1428/15 1428/20 1434/16 1436/3 1436/17 1436/20 1439/1 1439/1 1439/3 1439/15 1439/18 1439/19 1441/14 1442/1 1442/3 1442/20 1442/20 1446/9 1457/7 1457/9 1460/15 1460/16 1465/7 1466/22 1469/7 1470/9 1472/19 1473/22 1473/23 1474/4 1476/6 1480/22 1482/17 1483/10 1484/22 1485/9 1485/9 1489/3 1491/3 1491/18 1498/12 1501/1 1502/3 1502/13 1503/4 1504/1 1505/13
item [2] 1500/6 1505/17
iterative [1] 1394/7
its [12] 1327/13 1327/14 1337/1 1337/25 1346/16 1353/12 1378/3 1387/15 1444/14 1454/16 1472/1 1478/15
itself [1] 1317/18

**J**

Jackson [1] 1310/17
JAMES [3] 1309/22 1310/22 1395/23
January [3] 1350/8 1351/12 1352/15
January 2011 [1] 1350/8
Jefferson [1] 1309/23
JENNY [1] 1313/3
job [1] 1336/5
Jodi [5] 1313/18 1313/20 1506/4 1506/12 1506/12

# J

Johnson [6]  1399/18 1399/22 1406/10
1414/24 1415/13 1415/17
Johnson's [1]  1415/16
joke [1]  1500/7
JOSEPH [1]  1312/6
JR [1]  1313/4
judge [17]  1309/15 1349/5 1355/15
1370/6 1371/17 1377/3 1377/3 1377/17
1378/5 1379/3 1379/6 1381/11 1391/16
1393/22 1403/24 1416/11 1424/5
Judge Barbier [4]  1355/15 1381/11
1391/16 1393/22
Judge Shushan [2]  1379/3 1379/6
judgment [7]  1345/17 1345/19 1345/22
1345/24 1345/24 1346/1 1384/9
judgments [1]  1320/6
JUDY [1]  1311/14
Julian [4]  1489/4 1489/10 1489/18
1491/6
July [64]  1324/17 1325/10 1327/10
1327/25 1328/3 1329/7 1329/14
1329/16 1331/12 1332/3 1332/4
1333/25 1335/6 1336/22 1339/12
1341/4 1341/9 1341/11 1341/15 1343/4
1344/12 1346/19 1348/5 1348/11
1348/24 1349/8 1362/6 1375/12
1386/21 1386/24 1408/12 1412/17
1412/18 1433/22 1434/17 1434/20
1438/19 1440/4 1440/11 1451/1 1451/2
1451/3 1451/7 1452/3 1453/15 1454/11
1454/12 1460/1 1460/13 1461/17
1461/6 1462/9 1462/16 1462/18
1464/13 1467/16 1467/25 1468/17
1468/14 1468/15 1470/6 1471/25
1484/24 1492/7
July 12th [1]  1451/1
July 14/15 [2]  1386/21 1386/24
July 14th [1]  1451/2
July 15th [9]  1344/12 1348/11 1348/24
1434/17 1451/3 1452/3 1462/18
1468/15 1471/25
July 15th and [2]  1434/20 1440/11
July 15th capping [1]  1438/19
July 15th estimate [2]  1433/22 1462/9
July 15th number [2]  1440/4 1462/16
July 15th represents [1]  1468/14
July 15th was [1]  1341/4
July 26th [5]  1327/10 1328/3 1451/7
1453/15 1454/11
July 28th [2]  1329/14 1331/12
July 30-31 [2]  1467/16 1467/25
July 30th [10]  1333/25 1335/6 1336/22
1339/12 1341/9 1341/15 1454/12
1460/1 1460/17 1461/6
July 30th meeting [1]  1460/13
July 31st [2]  1341/11 1346/19
June [23]  1318/9 1320/25 1321/1
1323/2 1325/10 1325/12 1325/16
1339/12 1395/18 1398/12 1401/19
1408/15 1412/17 1412/18 1442/8
1442/10 1442/14 1445/7 1451/19
1452/22 1491/22 1492/7 1497/14
June 11 [1]  1395/18
June 15 [1]  1325/12
June 15th [3]  1325/10 1325/16 1451/19
June 15th with [1]  1452/22
June 25th [1]  1492/7
June 29th [4]  1398/12 1442/10 1442/14
1445/7
junk [5]  1400/1 1400/3 1400/4 1400/6
1470/24

just [77]  1316/9 1316/22 1318/23
1327/3 1327/19 1327/22 1327/23
1328/25 1329/8 1332/12 1339/17
1341/17 1342/19 1342/20 1344/20
1344/21 1346/22 1347/25 1350/19
1350/19 1352/4 1353/17 1353/19
1355/2 1360/17 1368/16 1370/18
1373/6 1377/1 1379/4 1379/13 1381/11
1381/19 1382/8 1385/13 1392/25
1394/16 1397/1 1397/8 1398/25 1403/7
1414/19 1418/11 1418/25 1420/18
1425/8 1428/18 1432/8 1432/8 1436/14
1436/19 1437/5 1439/22 1441/9
1441/20 1441/23 1442/8 1460/21
1462/15 1463/12 1463/17 1464/8
1464/17 1465/23 1467/11 1468/23
1469/2 1472/10 1474/3 1480/17
1486/10 1489/11 1490/18 1491/9
1491/13 1502/14 1505/17
Justice [4]  1311/6 1311/9 1367/5
1387/19
justified [3]  1380/23 1394/16 1413/15
justifies [2]  1380/2 1415/18
justify [1]  1374/1

# K

K-factor [6]  1337/13 1390/5 1406/13
1406/16 1406/18 1429/23
K-factors [16]  1337/7 1337/19 1370/23
1371/2 1371/3 1371/9 1375/20 1375/23
1376/10 1380/4 1380/22 1390/9 1431/7
1456/21 1458/3 1458/25
K-idle [1]  1482/18
K-value [1]  1371/4
K-values [2]  1376/19 1376/19
Kanner [2]  1311/2 1311/3
KARIS [1]  1312/21
Katz [2]  1309/18 1312/21
keep [5]  1358/13 1358/16 1358/17
1402/23 1486/17
kept [1]  1361/2
KERRY [1]  1312/13
key [1]  1379/12
kill [78]  1316/9 1327/19 1327/20
1333/3 1366/9 1366/10 1367/22 1368/8
1370/1 1370/14 1370/20 1370/21
1390/18 1390/19 1390/22 1391/7
1391/8 1391/12 1391/17 1391/22
1393/16 1393/23 1394/18 1395/4
1395/5 1395/6 1395/11 1396/14
1396/21 1397/5 1397/17 1397/17
1398/11 1398/14 1398/16 1398/24
1398/25 1399/1 1399/3 1399/18
1399/20 1399/24 1400/5 1400/10
1400/11 1400/13 1432/16 1439/12
1446/4 1469/12 1481/19 1481/21
1481/23 1482/8 1482/17 1482/18
1483/4 1483/10 1483/10 1483/14
1483/16 1483/18 1483/18 1483/20
1483/24 1484/16 1484/23 1485/3
1485/9 1486/15 1486/24 1491/14
1493/5 1500/20 1500/24 1502/9
1502/12 1502/15
kink [17]  1426/13 1426/16 1426/25
1427/10 1427/11 1427/23 1427/24
1428/17 1429/8 1431/15 1445/1
1470/24 1476/5 1489/5 1489/9 1489/22
1489/25
kinked [1]  1317/12
KIRBY [1]  1313/15
Kirkland [3]  1311/20 1312/2 1312/5
knew [7]  1331/2 1345/3 1360/10
1369/11 1369/12 1394/15 1481/18

know [58]  1323/22 1328/4 1328/20
1329/12 1338/7 1338/15 1338/23 1331/13
1340/11 1341/22 1342/19 1342/20
1343/22 1343/23 1343/23 1343/24
1344/5 1344/7 1345/18 1351/11
1351/25 1352/3 1368/24 1369/18
1380/8 1380/20 1385/23 1387/24
1388/10 1388/12 1388/13 1390/6
1392/11 1392/12 1392/13 1392/14
1395/19 1399/6 1404/6 1404/15
1405/13 1405/16 1409/11 1412/9
1412/12 1420/17 1439/1 1444/10
1444/11 1447/20 1463/13 1463/21
1482/12 1482/14 1486/8 1490/16
1492/6 1497/22 1504/23
knowing [11]  1348/17 1349/5 1363/14
1368/21 1368/22 1368/23 1369/16
1374/12 1374/12 1383/7 1435/15
known [22]  1315/21 1315/25 1316/18
1317/24 1318/15 1326/2 1327/15
1327/15 1349/19 1368/8 1368/23
1370/11 1370/11 1378/10 1392/10
1402/6 1444/13 1444/14 1456/18
1456/22 1472/1 1481/17
KRAUS [1]  1311/3
Ks [3]  1370/25 1371/1 1490/15
Kuchler [2]  1313/11 1313/12
KY [1]  1313/15

# L

Lab [6]  1324/17 1325/3 1325/25
1334/12 1336/13 1453/16
Lab's [1]  1495/12
label [2]  1424/10 1501/8
labeled [1]  1424/10 1453/7
labeling [1]  1452/6
Laboratories [2]  1356/18 1360/9
laboratory [1]  1363/9 1457/24
labs [25]  1325/4 1327/7 1327/8 1329/5
1338/6 1364/10 1453/5 1456/10
1456/18 1456/21 1457/3 1457/11
1457/11 1458/1 1458/6 1458/9 1458/16
1459/14 1459/17 1464/16 1464/24
1465/10 1465/11 1495/4 1497/16
labs' [2]  1452/2 1465/7
lack [3]  1411/16 1474/24 1475/3
laed.uscourts.gov [1]  1313/20
Lafayette [1]  1309/24
Lake [1]  1310/14
Lamar [1]  1313/9
LANGAN [1]  1311/21
language [1]  1348/13
lapel [1]  1494/17
large [14]  1338/22 1372/11 1403/6
1425/3 1425/4 1425/8 1425/12 1425/13
1425/13 1431/7 1435/13 1447/20
1447/24 1454/9
largely [3]  1323/21 1350/2 1450/18
larger [3]  1373/6 1385/21 1436/8
largest [3]  1324/8 1324/12 1453/8
Lasalle [1]  1311/23
laser [2]  1350/21 1457/5
last [25]  1329/18 1330/13 1343/6
1395/23 1404/15 1404/23 1404/25
1407/19 1411/14 1411/16 1412/16
1436/1 1444/14 1445/9 1463/5 1468/24
1473/23 1473/24 1474/3 1474/20
1483/16 1501/12 1503/9 1505/7
1505/17
late [2]  1348/5 1442/8
later [11]  1328/8 1387/17 1391/25
1405/21 1405/21 1408/20 1435/9
1454/10 1456/6 1481/11 1498/6

# L

latest [1]  1398/17
Law [1]  1310/6
layer [1]  1378/7
laying [2]  1417/2 1417/11
lead [1]  1336/16
leader [1]  1345/25
leading [2]  1395/21 1449/17
leads [3]  1404/21 1485/25 1490/11
leak [7]  1326/1 1326/3 1326/3 1426/25
  1429/8 1431/15 1489/25
leaked [1]  1329/10
leaking [2]  1322/11 1404/9
leaks [5]  1426/13 1427/23 1427/24
  1447/3 1489/18
learn [1]  1430/9
learned [1]  1481/16
learning [1]  1316/9
LEASING [1]  1309/8
least [14]  1324/12 1329/1 1374/9
  1374/24 1380/20 1403/10 1404/17
  1406/1 1439/13 1446/23 1450/11
  1478/22 1490/3 1504/13
led [3]  1373/2 1453/25 1459/22
leeway [1]  1346/8
left [9]  1346/24 1348/17 1348/17
  1358/12 1367/22 1394/16 1439/15
  1474/12 1502/5
legal [1]  1352/4
less [22]  1346/5 1348/25 1353/17
  1373/2 1384/4 1393/15 1393/17
  1406/20 1408/16 1411/11 1411/16
  1416/2 1447/10 1472/2 1472/25 1479/9
  1484/14 1485/3 1485/7 1485/7 1485/8
  1485/9
let [15]  1321/13 1332/6 1341/25
  1346/11 1354/16 1378/17 1380/5
  1388/11 1457/18 1463/10 1463/12
  1470/15 1474/22 1489/24 1492/9
let's [10]  1316/16 1331/5 1332/22
  1367/11 1368/7 1414/3 1423/17
  1428/12 1477/19 1504/3
level [1]  1319/22
Levin [1]  1310/2
Lewis [3]  1311/17 1313/2 1313/7
LI [1]  1312/20
liable [1]  1333/8
Liberty [1]  1499/9
lie [1]  1486/20
light [4]  1403/23 1416/21 1416/22
  1425/6
lighter [2]  1329/4 1413/25
like [38]  1334/16 1365/17 1367/10
  1370/15 1379/15 1384/15 1384/19
  1385/8 1390/18 1400/24 1406/16
  1407/6 1413/24 1414/4 1416/10
  1418/25 1419/3 1419/16 1420/2 1420/4
  1423/11 1424/19 1425/9 1428/4 1432/4
  1433/21 1442/7 1469/11 1473/18
  1475/10 1476/11 1481/10 1492/24
  1494/6 1494/9 1494/17 1496/6 1500/19
liked [1]  1479/17
likelihood [2]  1393/14 1405/3
likely [8]  1385/13 1411/10 1415/23
  1437/12 1437/16 1437/19 1499/12
  1504/11
limit [4]  1402/12 1404/22 1410/2 1481/4
limited [1]  1318/20 1430/21 1470/23
line [56]  1317/19 1320/10 1327/19
  1327/20 1327/21 1339/3 1344/25
  1345/6 1348/10 1348/13 1348/20
  1349/1 1357/1 1361/10 1367/1 1367/22

1367/22 1368/8 1370/1 1370/14
1370/17 1398/15 1398/17 1398/24
1401/8 1424/9 1424/9 1438/18 1438/22
1439/4 1440/1 1441/2 1441/7 1441/9
1441/11 1441/23 1459/8 1459/10
1459/11 1459/12 1460/24 1466/5
1467/20 1480/23 1486/18 1486/19
1486/20 1486/21 1486/21 1486/22
1494/9 1500/25 1503/7 1503/7 1503/8
1503/14
linear [3]  1344/22 1440/5 1440/13
linearly [2]  1348/19 1503/4
lines [1]  1333/5
liquid [12]  1355/18 1355/19 1355/20
  1358/1 1360/19 1416/25 1417/1 1417/8
  1419/4 1419/5 1459/1 1469/14
liquids [1]  1355/18
Liskow [1]  1311/17
listed [4]  1319/4 1327/8 1334/25
  1453/17
listen [1]  1463/9
listened [2]  1430/11 1431/17
listening [1]  1361/22
lists [7]  1365/19 1398/22 1460/23
  1505/7 1505/10 1505/11 1505/12
literature [1]  1375/21
little [17]  1318/13 1354/8 1371/22
  1381/14 1390/7 1391/24 1410/12
  1417/9 1422/20 1436/24 1455/16
  1458/17 1476/10 1480/17 1491/10
  1502/25 1504/14
LLC [8]  1309/18 1309/22 1311/2
  1312/12 1312/13 1312/16 1312/19
  1313/11
LLP [8]  1310/12 1311/20 1312/2 1312/5
  1312/9 1312/15 1312/18 1313/14
LMRP [1]  1392/13
local [1]  1421/3
location [4]  1379/1 1444/17 1476/6
  1492/1
Lockett [11]  1397/16 1398/12 1399/2
  1399/14 1427/1 1427/20 1427/21
  1427/21 1490/4 1490/21 1491/4
Lockett's [5]  1398/1 1398/9 1398/10
  1427/5 1491/5
logic [2]  1330/6 1485/20
logical [5]  1372/21 1372/22 1397/25
  1419/23 1473/18
logically [1]  1400/14
long [10]  1355/12 1356/22 1376/11
  1376/12 1401/6 1446/3 1449/15 1470/9
  1504/15 1505/14
longer [2]  1329/4 1413/25
look [21]  1320/13 1327/23 1327/24
  1329/22 1330/9 1368/22 1377/7 1382/5
  1395/9 1397/2 1397/8 1421/9 1421/11
  1427/13 1436/11 1436/13 1436/13
  1436/14 1475/15 1477/23 1500/19
looked [12]  1320/12 1371/1 1371/7
  1398/14 1405/19 1405/19 1405/21
  1407/24 1455/12 1463/22 1490/3
  1491/3
looking [29]  1316/4 1316/22 1317/9
  1318/10 1321/11 1321/14 1327/15
  1327/19 1327/20 1327/20 1333/19
  1335/17 1335/22 1335/23 1351/6
  1373/25 1390/8 1390/11 1402/9 1436/6
  1436/6 1436/17 1436/18 1456/18
  1457/11 1458/2 1458/6 1467/11 1491/3
looks [6]  1425/9 1449/23 1492/24
  1494/9 1501/3 1502/3
loop [6]  1394/8 1394/10 1394/13
  1394/14 1488/14 1488/16

Los [2]  1312/4 1312/22
lose [2]  1391/11 1391/15
lot [10]  1356/15 1413/5 1416/11
  1416/17 1440/17 1446/18 1446/22
  1481/16 1482/2 1483/17
lots [3]  1355/10 1417/22 1447/25
LOUISIANA [15]  1309/2 1309/6 1309/20
  1309/24 1310/8 1310/14 1310/22
  1310/24 1311/3 1311/4 1311/19
  1312/14 1313/13 1313/19 1506/6
low [16]  1397/3 1404/7 1437/10 1439/8
  1439/9 1440/13 1440/15 1440/21
  1441/1 1441/5 1441/11 1447/15 1472/5
  1473/6 1493/17 1503/6
lower [65]  1333/5 1385/14 1390/25
  1391/5 1391/5 1391/17 1393/6 1393/18
  1400/14 1400/14 1400/15 1400/15
  1400/16 1400/17 1400/19 1400/21
  1400/22 1402/12 1403/14 1403/18
  1403/23 1404/13 1404/22 1404/25
  1405/1 1405/2 1405/2 1405/7 1405/13
  1437/12 1437/17 1437/19 1437/22
  1440/6 1441/19 1454/7 1467/1 1482/6
  1483/20 1484/4 1484/4 1484/7 1484/8
  1484/8 1484/11 1484/12 1484/12
  1484/14 1484/16 1484/16 1492/8
  1492/8 1492/11 1492/14 1492/16
  1492/17 1492/20 1493/1 1493/5 1494/5
  1494/6 1496/19 1496/22 1502/12
  1502/25
lowest [2]  1452/3 1465/24
LP [2]  1313/12 1313/15
LUIS [1]  1312/20
Lundy [3]  1310/12 1310/12 1310/13
Luxenberg [1]  1310/9
Lynch [2]  1387/24 1388/10

# M

M.S [1]  1356/8
Macondo [13]  1316/5 1317/10 1357/19
  1361/7 1366/1 1366/17 1370/16 1372/6
  1442/6 1442/10 1443/2 1448/22
  1450/24
made [25]  1316/14 1316/15 1322/1
  1324/1 1325/9 1325/16 1326/19 1336/4
  1336/22 1340/19 1348/21 1387/3
  1418/14 1421/18 1451/9 1452/21
  1460/21 1465/17 1466/1 1466/5 1467/7
  1494/8 1499/23 1499/24 1504/21
Magazine [1]  1310/7
Magistrate [2]  1377/3 1378/5
Magistrate Judge [2]  1377/3 1378/5
magnitude [1]  1406/19
mail [34]  1328/11 1328/24 1328/25
  1329/1 1329/20 1329/22 1329/23
  1330/19 1331/9 1332/11 1332/15
  1332/23 1350/7 1350/10 1350/11
  1350/19 1351/14 1351/16 1351/25
  1352/3 1395/18 1398/10 1467/10
  1468/1 1468/3 1470/16 1479/15 1480/9
  1480/11 1490/3 1491/4 1491/5 1498/1
  1498/2
mainly [2]  1418/2 1472/4
maintaining [1]  1358/8
major [1]  1326/10 1326/11
make [29]  1321/16 1321/20 1321/21
  1373/5 1380/5 1381/8 1391/1 1391/4
  1402/22 1402/24 1403/2 1403/5 1403/7
  1403/19 1404/9 1406/21 1409/25
  1411/16 1419/7 1446/14 1449/4 1449/7
  1462/23 1475/16 1480/17 1481/10
  1482/16 1482/19 1502/5
makes [5]  1350/11 1376/18 1384/22

M

makes... [2] 1440/17 1462/24
making [3] 1320/6 1348/18 1441/8
manipulating [1] 1373/23
manner [4] 1350/24 1391/3 1402/3
1402/4
manual [1] 1371/6
many [16] 1322/22 1371/9 1371/22
1375/14 1375/22 1404/9 1419/8 1419/9
1419/10 1422/19 1443/6 1447/4 1454/2
1466/22 1470/22 1487/24
map [1] 1355/2
Marcia [3] 1329/8 1339/25 1350/7
margins [1] 1489/2
mark [2] 1494/10 1503/16
marked [2] 1365/18 1442/15
MARTIN [1] 1312/3
MARTINEZ [2] 1313/3 1429/25
masks [1] 1416/5
Mason [5] 1353/16 1353/24 1362/17
1362/20 1362/21
mass [6] 1327/9 1369/4 1469/20
1496/20 1496/20 1497/6
match [6] 1398/16 1418/2 1420/11
1420/14 1420/15 1490/24
matched [1] 1361/1
matches [1] 1490/21
material [1] 1323/10
materials [2] 1335/4 1365/20
math [1] 1441/12
mathematics [1] 1452/19
Matt [3] 1315/16 1354/12 1433/17
matter [8] 1329/19 1341/19 1347/4
1403/9 1405/18 1426/24 1466/12
1506/9
mattered [3] 1475/9 1475/11 1476/8
MATTHEW [2] 1310/13 1311/22
max [2] 1451/22 1453/18
maximum [2] 1481/2 1481/4
may [64] 1315/12 1316/25 1317/7
1318/9 1321/5 1321/9 1321/16 1332/1
1332/20 1342/12 1347/2 1347/6
1350/12 1351/11 1354/23 1361/11
1362/14 1362/24 1363/2 1363/8
1386/23 1387/3 1409/6 1409/7 1413/15
1414/9 1421/5 1422/14 1425/24
1425/25 1426/10 1426/10 1428/4
1428/6 1433/14 1466/12 1474/8
1474/24 1475/5 1475/11 1475/12
1475/13 1475/14 1475/18 1475/19
1475/20 1475/20 1475/21 1475/24
1475/25 1487/4 1488/10 1491/4
1493/12 1493/12 1502/4 1502/4 1503/8
1503/11 1503/11 1503/12 1503/13
1503/14 1503/15
May 12th [1] 1475/19
May 13th [1] 1422/14
May 13th and [3] 1425/24 1426/10
1502/4
May 13th to [1] 1493/12
May 14th [10] 1474/8 1475/5 1475/12
1475/13 1475/17 1475/18 1475/20
1475/20 1475/24 1503/8
May 14th and [1] 1503/14
May 14th is [1] 1503/13
May 14th was [1] 1475/21
May 16th [2] 1425/25 1426/10
May 16th on [1] 1502/4
May 19th [1] 1475/25
May 20th [1] 1493/12
May 8th [4] 1409/6 1409/7 1503/12
1503/15

May 8th that [1] 1503/11
may [1] 1393/11 1394/10
1394/12 1424/17 1424/25 1441/5
1466/14 1474/10 1476/12 1501/5
MAZE [1] 1310/19
MC [1] 1386/23
McCutchen [1] 1313/14
McNutt [6] 1329/8 1339/24 1350/7
1350/13 1351/17 1352/6
McNutt's [1] 1340/1
MD [1] 1309/4
me [75] 1326/5 1332/6 1339/25 1341/25
1346/11 1350/23 1360/6 1360/9
1360/24 1361/10 1361/25 1362/21
1364/13 1367/25 1368/3 1369/1 1373/6
1374/2 1377/8 1378/17 1379/14
1379/21 1379/24 1380/2 1381/8 1381/9
1383/5 1383/13 1387/12 1387/12
1387/13 1388/11 1389/10 1391/4
1391/10 1401/23 1401/23 1403/11
1403/18 1404/6 1404/21 1405/25
1408/25 1409/7 1409/22 1410/8 1413/7
1427/24 1441/10 1460/22 1463/10
1464/8 1464/9 1465/1 1465/16 1465/24
1467/7 1468/22 1470/15 1473/14
1474/15 1474/22 1475/4 1476/21
1477/22 1485/25 1489/8 1489/24
1490/11 1492/9 1494/2 1500/21
1500/22 1501/18 1505/16
mean [14] 1342/15 1347/17 1353/9
1381/22 1384/18 1402/15 1412/3
1428/3 1458/11 1467/5 1472/11 1474/4
1476/17 1498/17
meaning [1] 1320/23
means [10] 1319/19 1321/23 1337/9
1347/9 1400/12 1416/23 1416/25
1452/7 1463/10 1483/11
meant [1] 1468/6
measure [5] 1318/5 1349/2 1368/3
1368/19 1371/3
measured [7] 1319/7 1370/19 1374/10
1374/10 1403/16 1445/23 1445/24
measurement [1] 1322/2 1326/4
1382/25 1404/6 1415/22 1443/18
1443/23
measurements [12] 1316/19 1326/9
1333/1 1333/9 1348/16 1383/1 1383/24
1383/25 1384/4 1401/17 1409/5 1409/6
measuring [2] 1370/21 1434/7
mechanical [8] 1313/23 1317/11
1317/15 1317/20 1355/9 1356/9 1357/9
1364/15
mechanics [7] 1357/10 1357/17 1358/20
1358/23 1359/17 1364/16 1369/6
mechanism [2] 1352/5 1396/15
meet [1] 1362/17
meeting [29] 1333/25 1334/4 1334/16
1335/2 1335/16 1336/10 1337/11
1339/14 1341/11 1341/15 1341/25
1342/2 1342/2 1342/5 1343/12 1343/18
1451/7 1454/11 1460/1 1460/2 1460/6
1460/8 1460/13 1460/19 1461/2 1461/5
1461/7 1461/12 1499/24
meetings [9] 1341/7 1342/3 1342/23
1348/5 1410/21 1461/9 1461/10
1461/15 1467/16 1467/25
meltdown [1] 1358/19
melting [1] 1358/17
member [6] 1336/13 1356/20 1356/25
1357/2 1450/23 1453/17
members [3] 1331/17 1344/4 1453/23
memory [3] 1451/23 1460/14 1460/16
mention [1] 1444/12 1474/10

mentioned [4] 1347/25 1355/14 1412/1
merit [1] 1351/24
met [5] 1362/19 1385/25 1387/25
1395/20 1412/14
meter [7] 1368/17 1384/9 1384/12
1434/11 1434/14 1456/3 1466/25
method [53] 1370/1 1370/6 1371/14
1371/17 1371/19 1372/17 1373/8
1373/9 1373/11 1373/15 1373/16
1374/5 1374/7 1374/17 1374/24
1374/25 1375/3 1375/4 1375/5 1375/6
1376/18 1387/2 1387/7 1389/2 1390/5
1390/6 1390/7 1390/9 1394/7 1394/15
1394/21 1394/24 1405/15 1419/6
1420/5 1421/13 1421/16 1457/17
1459/5 1459/7 1459/9 1485/19 1485/20
1486/8 1486/9 1486/15 1487/18
1487/21 1487/24 1487/25 1488/7
1496/11 1497/2
Method 1 [4] 1370/1 1370/6 1374/25
1387/2
Method 2 [3] 1371/17 1371/19 1375/3
methodology [3] 1329/17 1484/3
1484/15
methods [16] 1321/12 1327/8 1358/20
1358/24 1369/23 1369/25 1374/6
1374/18 1374/23 1383/15 1383/16
1387/8 1420/15 1453/17 1486/11
1486/12
Methods 1 [2] 1374/6 1387/8
MEXICO [1] 1309/5
mic [1] 1494/17
MICHAEL [1] 1312/19
Michoud [1] 1383/23
microphone [1] 1428/8
mics [1] 1494/16
mid [4] 1316/25 1320/25 1362/14
1362/24
mid-June [1] 1320/25
mid-May [3] 1316/25 1362/14 1362/24
middle [12] 1332/22 1332/25 1351/11
1368/5 1368/5 1368/18 1440/16
1440/22 1474/22 1479/18 1480/16
1480/22
might [20] 1316/11 1331/18 1332/6
1334/24 1345/20 1357/2 1359/12
1362/13 1373/7 1402/21 1402/21
1437/2 1444/11 1446/10 1452/5
1472/23 1472/24 1473/18 1478/22
1479/21
MIKE [5] 1312/9 1353/16 1353/23
1362/17 1505/2
Mile [2] 1358/4 1358/15
miles [1] 1412/24
MILLER [2] 1312/13 1371/7
million [43] 1344/15 1345/7 1345/12
1347/1 1347/20 1352/18 1366/16
1407/8 1407/14 1411/11 1412/5
1414/18 1434/16 1434/24 1435/4
1435/6 1435/11 1436/2 1436/4 1436/7
1436/12 1436/21 1437/1 1437/6 1437/9
1437/10 1438/2 1438/24 1439/5 1439/7
1439/8 1440/5 1440/7 1440/12 1440/14
1440/23 1440/23 1441/3 1463/3
1486/19 1486/22 1493/25 1499/14
mind [5] 1341/24 1345/18 1348/1
1440/24 1452/5
mine [15] 1334/23 1378/24 1381/21
1397/19 1399/9 1399/11 1407/1
1426/24 1426/24 1457/6 1465/14
1490/10 1490/11 1490/19 1494/16
minimum [3] 1403/11 1461/13 1502/12

# M

minus [34]   1335/14  1338/13  1338/16
1338/18  1338/18  1385/5  1433/25
1434/11  1435/10  1436/21  1436/23
1437/1  1437/3  1437/8  1437/19  1461/14
1461/23  1461/23  1462/1  1462/9  1463/7
1463/14  1480/5  1485/1  1487/2  1491/19
1493/24  1498/20  1498/22  1498/23
1498/24  1498/24  1499/11  1502/10
minute [3]   1414/3  1462/3  1463/22
minutes [3]   1353/17  1405/21  1414/1
misquotes [1]   1474/15
missing [1]   1320/10
Mississippi [1]   1310/17
misspoke [1]   1505/13
Mitchell [1]   1310/2
mix [1]   1482/15
mixture [3]   1355/17  1355/18  1394/2
mode [2]   1426/2  1426/2
model [74]   1337/12  1351/2  1359/23
1372/20  1372/24  1383/2  1384/20
1400/12  1400/13  1409/4  1413/7
1413/14  1415/3  1415/16  1416/9
1417/16  1417/18  1417/24  1419/2
1419/15  1420/11  1420/11  1420/21
1421/1  1421/4  1421/15  1423/4  1423/8
1423/14  1423/15  1423/21  1429/3
1429/3  1429/6  1445/10  1446/1  1446/18
1447/9  1447/14  1447/23  1449/10
1449/11  1449/13  1449/14  1454/2
1454/21  1458/16  1458/20  1460/24
1460/25  1466/24  1470/12  1470/20
1471/17  1471/19  1473/4  1473/5  1473/5
1473/21  1474/12  1474/21  1475/2
1479/21  1479/21  1479/23  1479/24
1480/14  1481/3  1481/7  1481/12
1482/20  1482/21  1488/2  1490/23
modeled [1]   1339/4
modeling [17]   1361/23  1362/1  1363/24
1364/3  1387/5  1397/16  1397/18
1397/18  1397/20  1397/21  1398/9
1398/10  1475/1  1482/13  1488/8
1488/13  1497/9
models [12]   1337/7  1339/4  1379/9
1384/22  1384/24  1384/24  1412/9
1412/11  1422/16  1422/18  1447/22
1447/22
moderator [1]   1334/15
modes [2]   1424/6  1425/2
modifying [1]   1361/2
Momber [1]   1414/24
moments [1]   1500/16
Monday [5]   1324/16  1324/24  1327/23
1327/24  1341/4
Montgomery [1]   1310/20
month [6]   1349/24  1401/7  1401/7
1415/5  1415/7  1442/12
more [54]   1318/20  1323/25  1326/6
1335/4  1343/14  1346/8  1346/23  1349/3
1349/8  1349/9  1371/23  1375/1  1381/20
1381/22  1381/24  1382/1  1382/1
1384/24  1390/7  1392/25  1393/24
1394/6  1394/16  1400/21  1402/2  1402/3
1402/4  1403/18  1410/5  1410/24
1412/16  1414/12  1415/5  1416/9
1417/13  1435/3  1437/12  1437/16
1437/19  1437/21  1447/10  1447/22
1449/13  1459/11  1466/14  1470/9
1478/9  1478/9  1481/4  1481/16  1491/10
1495/3  1495/24  1495/25
moreover [1]   1424/25
Morgan [2]   1310/15  1310/15

morning [1]   1505/24
Morrow [16]   1316/22  1355/18  1360/3
1360/9  1360/24  1361/13  1361/20
1455/6  1456/15  1462/4  1462/7  1462/16
1465/14  1465/15
Morrow's [3]   1470/8  1470/8  1500/7
most [20]   1324/5  1357/23  1358/4
1359/9  1359/10  1359/14  1363/4  1393/4
1408/20  1409/15  1422/22  1427/13
1456/14  1466/12  1478/25  1484/24
1485/18  1499/12  1502/16  1504/11
mostly [4]   1416/24  1416/25  1416/25
1417/1
motion [25]   1354/13  1354/14  1354/15
1354/16  1364/18  1364/19  1376/22
1377/2  1377/5  1378/4  1421/2  1422/13
1422/14  1423/20  1424/7  1424/11
1424/12  1424/20  1424/22  1424/23
1424/24  1426/3  1426/3  1426/5  1488/13
motions [2]   1488/25  1489/1
move [14]   1348/24  1380/6  1382/11
1390/18  1400/24  1407/6  1416/10
1420/24  1421/25  1423/17  1428/13
1428/14  1438/10  1471/25
moved [2]   1346/23  1412/23
moves [5]   1424/13  1472/13  1472/14
1472/16  1472/16
moving [6]   1392/10  1413/21  1414/23
1416/1  1422/5  1422/6
Mr [1]   1504/4
Mr. [27]   1362/20  1362/21  1377/9
1378/14  1379/18  1386/1  1386/2
1386/14  1386/20  1388/10  1389/23
1395/19  1395/20  1396/9  1396/19
1414/9  1418/18  1470/8  1498/15  1499/5
1499/18  1500/7  1500/15  1504/4
1504/12  1505/8  1505/21
Mr. Adams [1]   1505/8
Mr. Cernich [1]   1414/9
Mr. Hill [5]   1386/1  1386/2  1386/14
1386/20  1389/23
Mr. Hsieh [1]   1504/4
Mr. Lynch [1]   1388/10
Mr. Mason [2]   1362/20  1362/21
Mr. Morrow's [1]   1470/8  1500/7
Mr. Regan [8]   1377/9  1378/14  1379/18
1418/18  1498/15  1499/5  1499/18
1500/15
Mr. Tooms [4]   1395/19  1395/20  1396/9
1396/19
Mr. Zick [1]   1504/12
Mr. Ziegler's [1]   1505/21
Ms. [2]   1388/22  1389/17
Ms. Saidi [2]   1388/22  1389/17
much [39]   1318/20  1323/25  1329/3
1331/13  1336/16  1353/8  1358/11
1358/12  1359/24  1361/18  1381/15
1381/20  1392/11  1393/3  1393/24
1396/15  1396/20  1397/10  1400/19
1404/18  1404/19  1413/25  1416/9
1419/3  1419/4  1426/23  1427/16
1437/12  1437/16  1437/19  1445/13
1452/8  1459/11  1470/9  1488/21  1489/2
1498/22  1499/22  1502/5
mud [21]   1317/19  1320/10  1391/19
1391/20  1391/22  1391/24  1392/1
1392/2  1392/4  1392/7  1392/9  1392/9
1392/10  1392/11  1392/25  1393/2
1393/25  1446/4  1482/12  1482/15
1483/1
multiphase [36]   1337/7  1337/12  1339/1
1347/6  1347/9  1347/12  1355/10
1355/14  1355/15  1355/16  1355/20

1355/22  1356/11  1357/16  1359/19
1359/22  1360/4  1360/19  1360/22
1360/24  1362/6  1363/18  1363/18
1368/17  1375/17  1375/20  1375/24
1375/25  1376/4  1384/11  1384/12
1434/8  1447/7  1448/22  1449/1  1458/16
1458/21  1459/4  1470/10  1487/6
multiple [2]   1334/5  1335/2
multiply [2]   1369/2  1369/3
multistage [1]   1496/24
Munger [1]   1312/18
must [8]   1405/1  1406/1  1406/3  1440/6
1475/17  1475/19  1492/7  1492/7
my [147]   1320/21  1326/5  1330/19
1334/21  1334/21  1335/3  1336/5
1341/24  1343/8  1343/11  1345/24
1346/1  1350/3  1352/2  1352/14  1354/5
1356/10  1356/14  1356/23  1358/2
1360/13  1363/19  1364/13  1365/9
1365/12  1367/5  1367/6  1367/7  1371/6
1373/25  1375/10  1376/1  1376/3  1376/4
1380/4  1380/21  1380/22  1381/6
1381/19  1384/8  1384/12  1384/16
1384/19  1384/21  1384/22  1385/2
1386/6  1386/7  1386/8  1394/3  1394/9
1398/17  1399/20  1400/12  1400/12
1400/14  1400/16  1400/17  1400/19
1404/10  1404/23  1405/2  1405/12
1406/16  1406/22  1409/10  1411/21
1413/13  1413/16  1416/17  1417/20
1418/2  1419/16  1419/17  1420/3  1420/9
1420/11  1420/11  1420/14  1420/15
1420/16  1420/20  1424/16  1425/9
1428/2  1437/18  1439/23  1440/18
1440/24  1441/7  1441/8  1441/17
1447/23  1449/10  1451/23  1452/5
1457/9  1457/24  1457/25  1459/25
1460/14  1461/10  1461/17  1464/1
1465/9  1465/19  1466/17  1467/4  1467/7
1468/7  1468/9  1470/2  1471/14  1471/20
1473/20  1474/9  1475/1  1479/10  1480/3
1482/10  1482/19  1482/22  1483/22
1484/12  1484/14  1487/24  1488/19
1490/25  1491/2  1492/18  1494/6  1495/1
1496/23  1497/6  1497/7  1498/7  1498/21
1498/22  1499/16  1501/6  1502/15
1502/22  1503/7  1503/7  1503/8  1503/22
1506/7
myself [8]   1320/14  1321/24  1340/1
1343/10  1361/13  1361/20  1363/9
1381/5

# N

N.W [3]   1312/7  1312/10  1313/16
name [7]   1315/8  1344/6  1354/3  1354/5
1455/2  1489/10  1491/6
named [4]   1344/1  1362/17  1385/23
1455/4
names [1]   1360/7
NATHANIEL [1]   1311/12
national [21]   1325/4  1327/7  1329/5
1363/9  1364/10  1453/5  1456/10  1457/3
1457/11  1457/11  1457/24  1458/1
1458/9  1459/14  1459/17  1464/16
1464/24  1465/7  1465/10  1465/11
1495/4
Natural [1]   1311/10
nature [3]   1326/12  1444/18  1498/4
nauseam [1]   1422/25
near [3]   1441/22  1499/17  1502/17
necessary [1]   1437/5
need [24]   1315/24  1329/9  1330/6
1330/9  1330/13  1330/15  1340/25
1351/7  1360/21  1374/9  1419/18

**N**

need... [13]  1443/11 1445/20 1446/10
 1446/14 1447/9 1463/12 1467/13
 1470/4 1471/8 1474/2 1494/7 1497/10
 1502/16
needed [10]  1340/16 1340/20 1341/18
 1383/13 1383/15 1397/4 1398/15
 1401/17 1405/11 1454/11
needs [1]  1352/11
negative [1]  1479/20
negligible [1]  1409/5
negotiated [1]  1367/6
negotiations [1]  1367/8
neither [3]  1322/1 1361/15 1484/6
Nesic [3]  1414/24 1415/4 1415/5
never [7]  1347/19 1420/16 1421/16
 1425/20 1471/15 1487/18 1487/22
new [17]  1309/6 1309/20 1310/8
 1310/11 1310/11 1311/4 1311/19
 1312/14 1313/13 1313/19 1328/9
 1333/3 1350/13 1350/23 1454/12
 1475/25 1492/9
next [13]  1318/24 1325/20 1328/16
 1339/11 1340/20 1340/21 1353/12
 1353/15 1388/21 1388/21 1445/15
 1446/16 1461/7
nice [3]  1331/6 1343/13 1499/9
night [1]  1499/19
nil [1]  1390/10
NNSA [12]  1348/4 1375/19 1407/11
 1408/1 1450/4 1450/12 1450/16 1470/6
 1473/1 1478/12 1495/6 1497/16
no [72]  1326/24 1328/17 1329/4
 1331/25 1335/12 1336/2 1343/21
 1347/4 1347/8 1347/24 1349/5 1350/10
 1352/18 1353/7 1357/1 1357/4 1360/4
 1360/17 1364/12 1367/9 1369/22
 1373/6 1376/18 1379/7 1379/19
 1384/19 1387/16 1388/17 1389/10
 1390/17 1396/12 1398/14 1398/16
 1400/14 1401/23 1405/6 1413/13
 1415/6 1416/8 1418/1 1422/7 1430/16
 1431/14 1431/21 1437/5 1437/14
 1439/10 1440/15 1454/6 1462/19
 1466/22 1467/7 1468/21 1468/21
 1470/3 1473/9 1473/14 1475/14 1485/5
 1487/5 1487/14 1488/11 1488/15
 1488/21 1489/2 1489/24 1491/6
 1492/16 1495/1 1495/18 1499/22
 1503/4
nobody [1]  1364/12
nodal [2]  1318/4 1334/7
noisy [1]  1426/8
nominally [1]  1385/5
non [7]  1377/13 1377/19 1377/20
 1377/22 1377/23 1459/20 1479/19
non-physical [2]  1459/20 1479/19
non-testifying [5]  1377/13 1377/19
 1377/20 1377/22 1377/23
nonchanging [1]  1392/7
none [7]  1327/8 1352/2 1360/4 1372/1
 1401/23 1452/10 1453/17
NONJURY [1]  1309/14
normal [2]  1374/17 1430/25
North [1]  1310/23
not [222]
notably [1]  1358/4
note [6]  1335/3 1389/16 1390/2 1390/12
 1422/22 1470/19
notes [15]  1325/17 1325/21 1334/15
 1336/9 1337/16 1337/16 1341/15
 1341/22 1342/1 1342/9 1342/20

 1342/21 1343/20 1343/22 1343/24
 1349/6
nothing [3]  1352/18 1468/18 1471/6
notice [1]  1415/22 1424/14 1429/2
noticed [4]  1416/19 1417/2 1490/4
 1490/5
notion [1]  1469/1
now [70]  1318/13 1320/12 1325/8
 1327/14 1330/23 1331/23 1339/22
 1341/25 1342/12 1353/19 1361/7
 1367/10 1369/19 1369/22 1373/8
 1381/6 1382/3 1388/12 1392/12 1393/8
 1393/22 1393/24 1394/12 1396/13
 1398/14 1399/15 1399/22 1400/9
 1400/24 1401/5 1402/9 1403/17
 1404/23 1407/6 1410/9 1411/7 1412/7
 1412/12 1413/17 1414/19 1414/23
 1415/13 1426/12 1428/3 1429/11
 1429/25 1430/17 1431/8 1432/8 1435/9
 1435/25 1439/22 1441/8 1451/1
 1451/12 1455/6 1455/21 1461/16
 1462/3 1464/1 1464/16 1469/4 1473/8
 1474/7 1476/24 1477/19 1491/25
 1496/11 1498/11 1499/18
nowhere [1]  1424/16
nuance [1]  1345/2
nuclear [8]  1356/8 1356/12 1356/14
 1356/16 1358/4 1358/7 1359/1 1359/4
number [101]  1329/13 1329/15 1336/3
 1336/7 1340/4 1340/9 1340/15 1340/20
 1340/25 1343/13 1343/15 1344/12
 1344/15 1344/16 1344/17 1345/7
 1346/15 1346/16 1346/22 1347/1
 1347/13 1349/3 1350/20 1353/1
 1355/11 1358/3 1360/20 1361/25
 1370/9 1372/9 1376/16 1378/21 1381/6
 1385/25 1386/4 1390/23 1390/24
 1391/1 1391/4 1395/20 1395/22
 1396/11 1397/3 1399/20 1406/5 1406/7
 1409/24 1411/18 1419/1 1429/10
 1429/11 1430/22 1434/1 1434/6 1435/1
 1435/4 1435/4 1435/6 1436/4 1436/4
 1436/21 1438/2 1438/10 1440/4 1440/5
 1440/6 1440/11 1442/19 1447/1
 1447/19 1447/19 1447/21 1447/24
 1449/9 1449/20 1451/16 1452/12
 1459/18 1461/13 1462/16 1462/17
 1464/16 1465/3 1465/16 1466/4
 1466/16 1466/18 1466/24 1467/2
 1470/5 1472/5 1472/13 1472/22
 1473/19 1480/17 1482/24 1485/15
 1485/17 1492/24 1494/21 1498/16
numbered [1]  1506/9
numbers [22]  1324/10 1334/23 1335/5
 1335/9 1337/6 1337/10 1346/12
 1346/13 1383/8 1389/3 1399/10
 1426/23 1441/8 1452/5 1453/11 1465/5
 1465/6 1465/20 1465/23 1467/21
 1486/25 1490/6
numerical [6]  1417/16 1417/18 1419/2
 1419/6 1420/5 1420/15
numerous [3]  1331/4 1421/17 1422/11
nutshell [1]  1381/11

**O**

O'CONNOR [1]  1312/10
O'Keefe [1]  1309/19
O'ROURKE [2]  1311/11 1353/13
object [4]  1342/18 1354/18 1418/11
 1429/21
objection [8]  1343/2 1389/18 1410/7
 1411/2 1418/24 1421/20 1422/7 1432/5
observation [6]  1324/1 1325/16 1397/11

 1424/8 1485/23 1486/10
 1492/4 1492/6 1494/23 1497/19
 1444/13 1444/24
observe [2]  1323/24 1336/2
observed [3]  1424/7 1475/3 1487/4
observing [1]  1405/18
obstruction [1]  1368/18
obstructions [1]  1444/11
obtained [3]  1390/24 1397/3 1495/10
obtains [1]  1422/20
obvious [1]  1419/8
obviously [6]  1386/2 1424/24 1435/2
 1447/1 1451/25 1473/23 1484/7 1504/2
occasions [1]  1385/25
occur [2]  1475/4 1487/9
occurred [5]  1347/6 1349/18 1350/23
 1399/25 1470/23
ocean [2]  1352/24 1353/4
October [2]  1309/7 1315/2
odd [2]  1363/3 1427/15
odd-shaped [1]  1427/15
off [25]  1326/16 1329/8 1332/12 1372/7
 1372/13 1406/18 1408/11 1408/16
 1408/18 1428/10 1429/13 1430/6
 1430/10 1430/24 1431/20 1444/24
 1457/9 1470/24 1471/11 1471/13
 1474/13 1478/16 1493/25 1500/24
 1501/19
offer [1]  1365/17
offers [1]  1421/12
Office [7]  1309/23 1310/4 1310/18
 1310/22 1310/23 1311/7 1311/15
official [6]  1313/18 1332/25 1333/13
 1463/6 1506/4 1506/13
Offshore [3]  1312/13 1312/16 1312/19
often [6]  1359/15 1359/21 1360/7
 1361/15 1385/20 1412/25
Oh [5]  1331/25 1337/18 1423/5 1432/25
 1485/4
oil [78]  1309/4 1309/4 1322/11 1322/13
 1322/16 1332/15 1340/5 1347/9 1360/2
 1366/7 1366/11 1366/14 1366/16
 1369/5 1369/19 1369/20 1369/21
 1373/18 1375/10 1389/3 1390/4
 1390/24 1391/2 1391/5 1392/18
 1392/19 1392/23 1392/25 1393/3
 1393/7 1394/1 1394/5 1394/6 1394/17
 1397/24 1399/4 1401/3 1402/25 1403/3
 1403/5 1403/7 1403/9 1403/17 1404/5
 1404/9 1404/12 1404/14 1404/16
 1404/24 1405/17 1407/8 1407/15
 1411/10 1414/18 1425/3 1425/4 1425/4
 1425/5 1425/8 1425/12 1427/25
 1428/20 1432/23 1433/1 1434/16
 1448/10 1449/24 1453/4 1453/21
 1455/9 1462/7 1462/12 1469/14 1475/3
 1482/15 1496/25 1497/3 1499/15
Okay [50]  1317/5 1319/7 1320/6
 1321/21 1322/12 1323/20 1325/9
 1327/1 1327/23 1329/3 1329/7 1329/22
 1332/8 1341/14 1344/9 1353/5 1353/8
 1353/12 1353/20 1354/19 1355/4
 1377/7 1380/5 1380/12 1382/22 1404/1
 1411/2 1411/5 1421/22 1423/18 1424/7
 1428/13 1428/17 1430/9 1432/2 1432/4
 1432/11 1433/12 1436/25 1441/11
 1452/21 1465/3 1469/19 1474/11
 1491/7 1494/24 1501/4 1504/1 1505/19
 1505/23
Oldenburg [1]  1344/3
OLGA [12]  1397/20 1397/21 1397/22
 1397/23 1397/25 1422/2 1422/5 1422/8
 1423/2 1423/4 1423/8 1423/15

Olson [1]  1312/18
once [5]  1327/13 1372/14 1385/7
1439/15 1499/15
one [102]  1318/8 1318/11 1318/14
1320/2 1320/3 1320/3 1320/12 1320/13
1320/23 1320/25 1321/1 1322/13
1323/17 1330/21 1331/16 1333/12
1335/10 1338/5 1339/17 1340/5 1344/3
1346/13 1346/13 1346/23 1347/24
1352/7 1352/14 1353/19 1362/25
1363/5 1364/1 1366/6 1368/4 1368/24
1375/5 1375/18 1376/18 1376/24
1377/12 1377/19 1379/23 1384/3
1387/7 1388/21 1391/25 1397/7 1404/8
1411/12 1411/19 1411/20 1414/12
1419/17 1420/20 1420/25 1425/2
1425/17 1425/24 1426/5 1429/23
1430/17 1430/18 1431/8 1435/14
1435/18 1438/8 1438/12 1441/23
1443/24 1445/23 1446/15 1447/13
1452/3 1453/23 1457/6 1457/6 1457/8
1459/7 1459/9 1460/12 1460/15 1461/8
1461/8 1461/9 1461/10 1461/15
1461/16 1463/17 1465/25 1466/8
1466/16 1467/4 1479/8 1479/11
1479/20 1479/22 1481/2 1481/3
1481/14 1482/19 1484/1 1484/3 1490/3
one's [2]  1322/11 1332/13
one-day [1]  1435/14
one-sixth [1]  1466/16
ones [2]  1466/10 1466/11
ongoing [1]  1333/16
only [33]  1323/17 1333/3 1342/22
1360/6 1360/13 1368/24 1373/18
1373/24 1374/14 1395/3 1411/20
1411/21 1414/20 1419/19 1425/16
1426/5 1427/9 1427/11 1428/24
1435/18 1445/23 1446/2 1446/9
1457/23 1459/17 1462/24 1466/16
1471/20 1479/6 1487/9 1498/2 1499/9
1501/7
open [11]  1370/10 1375/3 1391/20
1397/4 1397/4 1399/8 1409/25 1410/3
1410/22 1483/15 1505/17
opened [2]  1397/7 1399/7
opening [5]  1351/3 1410/1 1410/4
1410/23 1416/11
operation [1]  1446/4
opine [1]  1430/5
opinion [23]  1377/20 1377/21 1379/7
1385/13 1393/14 1395/8 1405/3
1417/24 1421/6 1430/23 1431/19
1433/7 1434/16 1437/18 1441/25
1442/4 1462/6 1468/7 1475/8 1480/3
1488/17 1489/21 1497/6
opinions [17]  1365/20 1365/24 1366/22
1379/5 1379/11 1418/5 1418/9 1423/20
1424/5 1431/14 1431/15 1433/5 1465/9
1465/9 1494/25 1497/2 1497/25
opportunity [3]  1387/17 1431/12
1466/11
opposed [2]  1377/5 1462/16
opposing [2]  1390/15 1390/17
opposition [1]  1354/16
orange [1]  1424/9
order [10]  1376/25 1377/4 1378/10
1378/11 1406/1 1486/1 1487/22 1488/3
1504/18 1505/22
orders [1]  1406/18
oriented [1]  1318/23
orifice [2]  1368/19 1368/23

original [12]  1375/19 1376/3 1376/8
1379/20 1387/6 1392/4 1402/7 1402/14
1402/5 1406/16 1429/3 1472/23
1485/25
originally [4]  1361/4 1383/4 1412/22
1498/14
Orleans [8]  1309/6 1309/20 1310/8
1311/4 1311/19 1312/14 1313/13
1313/19
oscillary [1]  1421/2
oscillates [1]  1489/2
oscillating [1]  1488/13
oscillation [10]  1417/18 1417/19
1417/22 1419/11 1425/2 1425/20
1426/2 1488/16 1488/21 1488/24
oscillatory [2]  1422/14 1423/20
other [53]  1317/15 1321/12 1322/13
1322/19 1324/10 1330/19 1331/16
1333/20 1333/23 1333/24 1338/21
1345/9 1346/9 1349/4 1356/25 1357/3
1360/15 1363/9 1364/3 1364/17
1364/18 1364/19 1370/16 1371/8
1373/19 1375/6 1377/4 1385/21 1400/9
1400/11 1401/24 1406/19 1412/8
1412/9 1421/25 1425/19 1426/1 1426/8
1430/19 1438/12 1450/17 1457/8
1457/24 1459/18 1460/25 1465/11
1466/10 1466/11 1473/3 1478/25
1481/15 1495/4 1495/24
others [6]  1328/15 1336/25 1337/11
1339/24 1384/25 1447/23
otherwise [3]  1373/3 1373/7 1387/14
our [17]  1321/13 1324/9 1350/24 1351/6
1352/24 1353/18 1359/4 1359/12
1373/3 1376/24 1383/9 1401/11
1401/12 1447/15 1467/15 1467/19
1467/23
ourselves [1]  1474/2
out [82]  1321/22 1322/17 1324/6 1326/7
1327/22 1328/24 1329/10 1331/6
1332/3 1333/3 1335/20 1337/24 1341/3
1344/11 1344/12 1346/10 1349/21
1352/22 1352/23 1353/4 1358/11
1360/18 1363/16 1367/13 1369/19
1370/16 1375/15 1375/21 1376/1
1386/17 1389/12 1391/25 1392/5
1392/16 1392/17 1403/1 1403/3 1403/5
1403/8 1403/10 1403/12 1403/17
1404/8 1404/9 1404/14 1404/20
1404/21 1405/12 1405/19 1406/1
1406/4 1406/6 1407/2 1407/9 1415/11
1416/19 1418/18 1428/20 1429/1
1429/8 1439/16 1440/18 1441/8
1443/17 1444/24 1445/1 1450/4 1453/8
1455/23 1458/17 1466/15 1466/20
1468/6 1472/10 1477/22 1479/5
1485/16 1485/22 1486/6 1491/11
1498/14 1500/20
outcome [2]  1348/4 1459/22
outside [1]  1418/12
outstanding [1]  1505/7
over [34]  1317/12 1318/24 1329/19
1331/24 1332/4 1333/10 1333/20
1333/24 1333/25 1347/2 1347/7
1347/15 1366/10 1379/14 1388/11
1390/24 1391/2 1396/10 1397/12
1415/1 1415/4 1415/6 1415/13 1415/17
1428/12 1432/19 1440/2 1446/11
1492/15 1492/25 1493/1 1500/10
1503/5 1505/8
overall [3]  1348/1 1396/14 1396/20
overlay [1]  1330/10
overrule [5]  1343/2 1354/16 1411/2

1418/24 1421/20
1447/20
own [12]  1326/5 1401/12 1412/9
1412/10 1412/10 1435/10 1436/6
1436/7 1436/11 1436/14 1440/24
1446/25
owners [1]  1359/5

## P

p.m [1]  1329/7
PA [1]  1310/3
pace [5]  1330/14 1330/23 1330/23
1330/24 1331/1
pad [2]  1428/12 1428/13
page [16]  1314/2 1325/20 1325/22
1327/24 1332/22 1333/1 1335/1 1348/3
1348/6 1365/9 1365/12 1442/22 1443/5
1445/15 1450/14 1469/8
pages [5]  1418/13 1418/16 1418/18
1418/20 1443/5
pairs [3]  1443/18 1444/1 1444/4
Papantonio [1]  1310/2
paper [2]  1375/22 1497/13
paragraph [15]  1332/23 1429/23
1443/17 1444/7 1444/12 1444/23
1445/9 1446/1 1463/4 1463/8 1463/11
1467/12 1480/16 1480/18 1480/22
parameter [4]  1326/15 1446/24 1447/2
1479/18
parameters [19]  1421/3 1421/3 1422/16
1422/18 1422/19 1443/6 1446/19
1446/22 1446/24 1447/1 1447/6
1447/11 1447/19 1447/23 1447/24
1448/1 1449/13 1460/25 1479/22
Pardon [1]  1410/8
part [18]  1324/5 1324/8 1324/12 1329/1
1333/4 1373/18 1377/1 1395/24 1402/1
1416/24 1457/15 1471/16 1472/9
1473/5 1480/25 1489/15 1489/16
1489/17
participate [1]  1362/6
particular [7]  1354/17 1358/5 1378/22
1390/8 1457/6 1469/19 1499/3
particularly [1]  1386/7
parties [4]  1333/8 1430/21 1505/16
1505/21
pass [2]  1398/16 1433/10
passages [2]  1415/11 1415/11
passed [1]  1359/5
past [3]  1349/12 1474/25 1475/4
patch [1]  1444/4
path [13]  1326/3 1347/22 1351/10
1363/5 1368/9 1368/10 1368/10 1392/1
1444/10 1445/6 1445/14 1448/20
1488/22
paths [11]  1326/1 1347/15 1347/17
1363/13 1441/24 1445/2 1445/11
1445/13 1446/2 1446/5 1476/8
pattern [1]  1416/22
PAUL [2]  1311/22 1395/18
pay [1]  1367/6
PC [3]  1310/9 1313/2 1313/7
peak [5]  1425/10 1425/11 1440/15
1488/9 1488/9
peaked [1]  1351/11
peaks [3]  1425/25 1426/1 1440/21
peer [1]  1413/9
peer-reviewed [1]  1413/9
pending [3]  1354/13 1376/22 1377/2
Pennsylvania [1]  1312/10
Pensacola [1]  1310/5
people [20]  1321/11 1329/17 1330/20
1331/1 1331/3 1340/12 1345/20 1381/6

P

people... [12]  1383/2 1400/17 1401/24
1402/10 1410/10 1442/20 1447/7
1452/15 1459/18 1481/16 1495/21
1498/19
people's [1]  1345/18
per [51]  1338/13 1338/14 1363/25
1366/7 1366/11 1366/14 1367/13
1369/5 1375/10 1385/14 1388/14
1389/3 1389/9 1390/4 1390/24 1391/2
1391/5 1393/7 1393/15 1394/5 1394/6
1394/17 1394/19 1399/4 1399/16
1401/3 1404/14 1404/16 1405/4 1405/7
1405/17 1406/2 1427/25 1432/23
1433/1 1433/22 1449/24 1452/20
1453/21 1481/24 1484/18 1485/11
1485/16 1486/13 1486/16 1486/18
1486/25 1491/23 1492/11 1493/7
1500/11
percent [106]  1338/16 1338/18 1338/19
1341/17 1341/23 1342/10 1343/5
1345/3 1345/6 1345/12 1345/20
1345/22 1346/8 1346/9 1346/10
1346/20 1346/21 1346/24 1346/25
1347/5 1347/13 1347/16 1376/2 1376/2
1376/3 1382/18 1382/20 1384/5
1384/14 1385/5 1385/13 1399/10
1407/20 1407/21 1408/2 1408/3
1408/21 1411/8 1411/10 1411/11
1411/13 1411/15 1411/15 1411/16
1411/16 1411/17 1412/1 1412/2 1412/3
1414/20 1414/20 1414/21 1414/22
1429/13 1433/25 1434/6 1434/12
1435/3 1435/10 1435/13 1435/14
1436/8 1436/15 1436/21 1437/1 1437/3
1439/8 1440/12 1453/11 1461/14
1461/18 1461/21 1461/23 1461/24
1461/24 1462/1 1462/4 1462/6 1462/9
1462/18 1462/20 1462/21 1463/7
1463/14 1463/22 1463/23 1464/5
1464/6 1464/8 1466/25 1467/1 1471/9
1471/12 1472/5 1472/25 1484/10
1485/1 1493/25 1498/20 1498/22
1498/23 1498/24 1498/25 1499/11
1499/11 1502/10
percentage [1]  1343/18
percolate [1]  1369/20
perfectly [1]  1321/12
perform [20]  1339/13 1341/8 1358/11
1359/8 1361/23 1361/25 1362/9
1362/14 1366/2 1369/9 1369/15
1378/20 1397/16 1401/25 1426/20
1460/5 1460/18 1471/15 1488/8
1488/12
performed [11]  1343/9 1359/7 1359/15
1380/17 1397/18 1426/12 1426/22
1457/21 1479/4 1499/21 1499/23
performing [3]  1383/11 1397/5 1497/9
perimeter [1]  1428/24
period [47]  1316/12 1317/11 1318/20
1320/11 1321/4 1321/14 1324/15
1328/19 1328/21 1336/17 1345/9
1346/4 1347/2 1366/2 1366/12 1366/13
1371/25 1373/16 1390/22 1391/23
1393/2 1394/18 1395/4 1397/13 1400/7
1404/17 1408/12 1408/15 1415/6
1425/2 1425/10 1425/11 1425/12
1425/19 1426/10 1432/16 1432/20
1439/14 1439/18 1440/1 1440/3 1471/4
1474/1 1483/4 1483/8 1491/22 1503/5
periods [17]  1327/20 1335/23 1361/14
1366/6 1370/15 1372/1 1373/14

1373/20 1395/11 1400/6 1400/10
1400/16 1417/23 1429/16 1432/5
1432/9 1483/3
permanent [1]  1461/2
permitted [1]  1376/24
person [6]  1343/10 1360/9 1361/19
1361/21 1455/6 1490/16
personal [3]  1329/1 1434/7 1449/18
personally [3]  1320/6 1321/24 1496/1
perspective [2]  1321/7 1340/14
PETITION [1]  1309/8
PETOSA [1]  1310/16
petroleum [1]  1313/11 1313/14 1360/10
1360/11
PH.D [10]  1315/6 1354/1 1355/9 1356/9
1416/17 1417/20 1419/17 1421/5
1421/10 1456/15
Ph.D.'s [2]  1456/13 1456/15
phase [9]  1347/11 1357/20 1357/23
1357/25 1358/1 1368/17 1375/19
1417/14 1496/20
phases [5]  1355/18 1394/3 1397/5
1469/15 1482/21
phenomena [2]  1349/9 1477/12
phenomenon [1]  1487/6
phone [4]  1329/8 1460/2 1461/25
1498/2
phonetic [1]  1371/8
photo [1]  1489/23
photos [1]  1489/19
phrase [1]  1470/14
physical [3]  1440/17 1459/20 1479/19
physics [1]  1417/22
PI [9]  1398/15 1415/20 1416/3 1480/20
1480/24 1481/2 1481/4 1481/11
1481/13
pick [2]  1315/19 1419/12
picked [1]  1375/21
picking [1]  1494/6
piece [3]  1322/14 1413/18 1498/12
pieces [1]  1322/15
pipe [16]  1355/21 1370/24 1376/11
1376/12 1381/16 1381/20 1419/1
1419/22 1419/23 1427/15 1444/13
1444/18 1444/20 1444/20 1467/20
1476/18
pipes [2]  1457/4 1457/13
piping [6]  1355/16 1381/13 1387/5
1397/24 1397/25 1428/23
place [6]  1349/12 1349/18 1376/11
1473/25 1496/9 1501/2
placed [3]  1376/20 1378/23 1380/19
places [1]  1424/25
placing [2]  1348/22 1380/1
Plaintiffs [7]  1309/18 1309/21 1310/2
1310/6 1310/9 1310/12 1310/15
planning [1]  1353/17
plans [1]  1362/4
plausible [1]  1441/4
played [1]  1353/24
PLC [5]  1311/19 1311/22 1312/4 1312/7
1312/10
please [33]  1315/5 1315/8 1354/3
1354/23 1354/25 1355/1 1356/1 1357/5
1365/5 1365/6 1365/10 1366/20
1366/24 1368/12 1370/4 1370/6
1371/17 1374/3 1388/5 1389/11
1391/14 1393/20 1395/12 1408/4
1414/8 1423/23 1427/3 1433/2 1461/5
1463/11 1489/24 1491/8 1500/13
pleased [2]  1361/4 1364/12
plot [1]  1424/9
plots [1]  1425/1

plotted [1]  1500/20
plus [33]  1335/14 1338/13 1338/16
1338/18 1338/18 1385/5 1433/25
1434/11 1435/10 1436/20 1436/23
1436/25 1437/3 1437/8 1437/18
1461/13 1461/23 1461/23 1462/1
1462/9 1463/7 1463/14 1480/4 1485/1
1487/2 1491/19 1498/20 1498/22
1498/23 1498/23 1498/24 1499/11
1502/10
point [29]  1319/13 1319/13 1320/1
1329/4 1335/20 1340/3 1345/6 1348/15
1348/16 1348/19 1352/22 1353/4
1382/3 1387/14 1430/9 1436/20
1439/10 1439/12 1443/17 1461/19
1479/8 1479/11 1479/21 1480/23
1500/21 1500/22 1501/6 1502/6
1503/10
pointed [4]  1322/17 1326/7 1327/22
1331/6
pointer [2]  1440/24 1457/5
points [11]  1368/4 1396/11 1415/24
1416/1 1418/18 1419/19 1419/20
1420/1 1481/9 1481/10 1503/11
Polk [1]  1313/11
Pooladi [2]  1436/14 1436/18
poor [1]  1418/3
port [1]  1323/17
portion [7]  1374/9 1374/10 1374/11
1374/12 1413/21 1417/14 1463/12
portions [1]  1377/23
portrayed [1]  1322/13
ports [3]  1322/9 1323/14 1323/16
pose [1]  1360/5
posed [3]  1360/6 1380/8 1380/10
position [9]  1356/24 1380/20 1381/6
1442/15 1442/23 1444/14 1459/25
1460/9 1467/7
possibility [1]  1409/24
possible [5]  1351/9 1371/10 1439/19
1474/25 1503/5
possibly [3]  1452/19 1475/12 1487/12
post [6]  1309/2 1310/4 1310/23 1311/7
1311/15 1450/15
post-accident [1]  1450/15
postulates [1]  1493/12
potential [9]  1347/6 1347/15 1347/21
1369/17 1384/6 1446/3 1449/10
1449/14 1449/15
potentially [2]  1409/8 1481/6
power [2]  1359/21 1359/23
PowerPoint [3]  1324/22 1386/14
1451/13
Poydras [4]  1311/18 1312/13 1313/12
1313/18
preceded [1]  1376/11
preceding [2]  1468/20 1469/8
precise [1]  1320/19
precisely [1]  1324/3
predict [14]  1373/23 1373/24 1374/14
1374/15 1393/2 1393/6 1417/17
1417/25 1418/1 1421/15 1424/11
1424/19 1459/17 1473/6
predicted [9]  1339/5 1372/24 1406/20
1422/17 1422/18 1424/10 1425/24
1459/14 1494/1
predicting [1]  1424/23 1466/8
prediction [4]  1352/7 1390/3 1390/13
1420/19
predictions [3]  1389/8 1459/18 1464/17
preferred [1]  1371/6

**P**

preordained [1] 1473/5
preparation [2] 1386/22 1386/25
prepare [5] 1367/15 1391/8 1391/11 1407/10 1418/4
prepared [7] 1331/2 1386/14 1388/21 1389/16 1407/11 1423/22 1495/4
PRESCOTT [1] 1313/4
present [2] 1323/10 1460/22
presentation [12] 1316/24 1317/6 1324/18 1324/22 1327/5 1327/23 1332/17 1336/22 1339/22 1386/14 1386/20 1452/21
presentations [2] 1335/19 1361/22
presented [17] 1324/23 1335/1 1335/16 1337/5 1339/19 1339/19 1339/21 1362/21 1363/14 1374/24 1382/18 1406/25 1407/14 1422/3 1422/21 1424/8 1461/17
presenting [2] 1375/3 1382/2
presents [1] 1424/9
presided [1] 1333/25
president [2] 1353/16 1387/25
press [8] 1341/3 1344/11 1345/7 1349/20 1449/24 1463/2 1467/16 1495/9
pressure [143] 1315/21 1316/6 1316/18 1316/19 1318/15 1318/21 1318/24 1319/4 1319/5 1319/5 1319/7 1319/8 1319/12 1319/12 1319/16 1319/19 1319/19 1319/24 1319/25 1320/1 1320/3 1320/4 1320/7 1320/10 1320/21 1320/22 1321/19 1321/20 1326/4 1326/8 1326/9 1326/13 1326/18 1326/21 1327/1 1327/3 1333/1 1337/22 1338/3 1344/24 1345/4 1345/4 1348/18 1357/21 1363/12 1368/2 1368/3 1368/7 1368/8 1368/8 1368/20 1368/20 1368/21 1368/22 1368/25 1369/14 1370/8 1370/11 1370/21 1370/22 1371/20 1371/21 1371/22 1383/12 1383/13 1391/7 1391/8 1392/5 1392/13 1392/14 1392/14 1392/15 1392/18 1393/8 1393/11 1395/9 1395/10 1396/1 1396/2 1396/10 1396/19 1397/2 1397/9 1397/23 1401/15 1401/17 1401/17 1402/6 1402/6 1402/12 1402/24 1403/2 1403/4 1403/6 1403/7 1403/9 1403/11 1403/14 1403/14 1403/24 1404/10 1404/11 1407/17 1407/23 1407/25 1408/9 1409/5 1409/6 1415/22 1416/5 1419/3 1428/19 1439/16 1443/7 1443/12 1443/14 1443/18 1443/19 1443/23 1444/5 1445/23 1448/15 1449/1 1455/24 1469/15 1472/24 1476/25 1477/3 1477/6 1477/7 1477/12 1477/14 1477/17 1477/19 1478/1 1478/20 1479/3 1481/1 1481/1 1483/8 1483/15 1483/18 1500/5
pressures [20] 1315/24 1317/24 1318/13 1320/23 1327/15 1368/11 1370/11 1372/10 1372/11 1374/8 1374/8 1374/13 1392/20 1392/21 1392/22 1396/12 1426/23 1468/23 1472/2 1490/5
pretty [6] 1388/17 1441/14 1485/21 1493/19 1503/13 1503/13
prevented [1] 1480/25
previous [3] 1398/17 1405/1 1468/22
previously [4] 1315/7 1383/8 1445/1 1467/11
primarily [1] 1331/24
primary [1] 1435/13
principal [3] 1350/21 1350/20 1350/24
principles [3] 1358/21 1358/24 1447/25
prior [11] 1316/16 1318/20 1325/6 1325/9 1325/22 1339/20 1350/4 1360/2 1396/14 1450/18 1451/9
probabilities [3] 1385/8 1437/21 1437/24
probability [7] 1385/11 1393/17 1405/6 1414/21 1414/22 1484/13 1499/16
probable [3] 1441/21 1441/22 1502/16
probably [24] 1321/1 1330/7 1330/25 1339/17 1343/11 1344/6 1345/2 1346/23 1351/15 1351/16 1394/12 1399/15 1411/13 1414/1 1429/12 1452/12 1460/9 1460/22 1484/22 1500/7 1503/8 1503/14 1503/15 1505/13
problem [10] 1318/10 1351/15 1354/18 1380/25 1400/15 1425/15 1429/20 1442/11 1479/19 1487/14
problems [2] 1421/25 1455/12
procedure [7] 1378/1 1394/9 1400/14 1487/14 1487/25 1488/6 1488/6
procedures [2] 1402/13 1402/15
proceed [4] 1315/12 1321/13 1433/14 1452/9
proceeded [1] 1479/9
proceeding [1] 1359/4
proceedings [3] 1313/23 1506/1 1506/8
process [9] 1352/4 1372/17 1391/20 1469/19 1470/7 1470/9 1470/10 1476/5 1476/6
processes [9] 1351/8 1435/15 1435/21 1436/2 1438/6 1438/8 1474/25 1475/8 1475/11
Proctor [1] 1310/3
produced [1] 1407/1
production [15] 1309/10 1311/18 1311/18 1311/21 1311/21 1312/3 1312/3 1312/6 1312/6 1312/9 1312/10 1409/19 1410/2 1410/5 1410/24
productivity [1] 1457/9
professional [1] 1357/9
profile [1] 1488/18
program [1] 1422/2
programs [4] 1357/1 1357/4 1359/11 1473/10
progress [1] 1458/22
promised [1] 1504/24
proper [6] 1376/19 1377/15 1378/25 1424/10 1429/14 1497/2
properly [1] 1363/2
properties [9] 1338/1 1360/19 1360/20 1394/2 1394/2 1420/5 1448/4 1482/12 1482/15
propose [1] 1390/15
proposes [3] 1415/4 1415/13 1416/23
proposing [1] 1363/3
proprietary [1] 1387/13
prorating [1] 1387/4
protecting [1] 1330/19
protocol [1] 1377/18
prove [1] 1475/4
provenance [1] 1342/19
provide [5] 1327/8 1370/10 1383/19 1454/12 1495/9
provided [9] 1353/21 1383/4 1383/5 1383/13 1383/16 1383/18 1384/4 1391/10 1453/17
provides [5] 1325/21 1325/22 1375/23 1479/20 1480/12
providing [2] 1364/10 1379/5
proxy [4] 1409/10 1439/22 1471/20
1473/20
punch [1] 1226/10 1236
1403/6 1403/17 1403/17 1404/11 1445/24 1467/23 1467/23
PT [36] 1319/4 1319/16 1319/19 1320/2 1320/7 1320/13 1320/18 1393/8 1439/16 1443/22 1444/3 1444/4 1444/5 1474/21 1474/24 1475/2 1476/10 1476/13 1476/16 1476/18 1476/20 1476/24 1477/3 1477/12 1477/14 1477/17 1477/19 1477/19 1478/1 1478/13 1478/19 1478/20 1479/3 1479/6 1483/8 1498/14
PT-B [36] 1319/4 1319/16 1319/19 1320/2 1320/7 1320/13 1320/18 1393/8 1439/16 1443/22 1444/3 1444/4 1444/5 1474/21 1474/24 1475/2 1476/10 1476/13 1476/16 1476/18 1476/20 1476/24 1477/3 1477/12 1477/14 1477/17 1477/19 1477/19 1478/1 1478/13 1478/19 1478/20 1479/3 1479/6 1483/8 1498/14
pull [14] 1316/20 1322/23 1324/20 1332/9 1336/9 1350/5 1354/7 1438/10 1438/12 1438/13 1442/8 1450/2 1474/17 1479/13
pulls [1] 1464/22
pump [1] 1392/10
pumped [1] 1483/1
pumping [3] 1358/9 1391/7 1391/8
purport [1] 1416/15
purpose [6] 1320/16 1340/4 1340/8 1450/9 1495/6 1495/8
purposes [8] 1316/18 1320/16 1325/4 1340/5 1353/17 1470/5 1486/21 1497/3
push [1] 1371/4
pushed [1] 1493/2
pushing [4] 1342/9 1343/4 1343/11 1428/20
put [32] 1316/25 1317/5 1318/17 1319/1 1320/25 1322/4 1328/5 1333/17 1333/21 1334/16 1339/5 1359/10 1368/18 1385/21 1408/13 1409/23 1436/23 1438/14 1449/13 1454/7 1455/18 1465/23 1473/20 1486/23 1499/25 1500/21 1500/23 1501/5 1501/12 1501/13 1502/12 1502/15
putting [6] 1333/19 1345/9 1358/12 1402/7 1445/4 1471/10

**Q**

qualified [2] 1465/11 1465/13
quantifiable [2] 1323/23 1324/12
quantify [4] 1324/3 1450/16 1485/22 1501/7
quantitative [2] 1333/9 1454/3
quantitatively [4] 1324/2 1417/24 1418/1 1421/15
question [21] 1317/9 1335/18 1354/18 1380/9 1380/10 1388/15 1410/9 1414/12 1423/3 1423/9 1436/9 1445/6 1468/13 1473/14 1479/21 1481/22 1490/25 1491/2 1492/9 1496/11 1496/23
questioned [2] 1378/14 1389/23
questions [9] 1348/7 1364/18 1411/4 1431/14 1478/15 1494/11 1494/21 1497/8 1497/19
quick [3] 1340/25 1463/10 1505/6
quickly [5] 1360/8 1409/12 1409/13 1410/4 1410/23
quit [1] 1394/9
quite [9] 1326/17 1348/13 1360/7

**Q**

quite... [6]  1361/15 1385/20 1454/9
1487/15 1488/20 1495/22
quote [3]  1450/5 1455/23 1464/9
quoting [1]  1467/15

**R**

Rafferty [1]  1310/3
raise [1]  1445/16
raised [1]  1382/15
raises [1]  1357/4
ram [12]  1336/25 1368/5 1368/5 1387/5
1391/19 1391/20 1393/4 1393/4 1397/4
1397/4 1399/8 1483/9
rams [5]  1317/15 1396/13 1399/7
1483/9 1483/14
range [34]  1325/13 1325/14 1326/15
1326/17 1335/9 1335/10 1335/16
1383/9 1383/10 1385/3 1385/20 1399/3
1399/15 1411/23 1417/19 1417/21
1434/3 1437/13 1437/15 1438/2 1438/5
1451/21 1451/22 1452/1 1452/4
1452/14 1492/14 1493/19 1493/24
1494/1 1501/22 1501/24 1502/2
1502/10
ranges [3]  1385/21 1420/6 1452/13
ranging [1]  1453/5
rapid [1]  1408/11
rapidly [1]  1409/20
rate [119]  1317/23 1320/7 1320/20
1320/24 1321/4 1321/8 1321/16
1321/21 1323/7 1323/11 1324/13
1325/6 1326/11 1328/10 1328/15
1332/1 1332/17 1332/19 1333/11
1335/1 1335/6 1335/17 1339/13 1340/4
1340/9 1341/9 1351/7 1351/9 1352/18
1362/9 1363/24 1364/7 1366/5 1366/9
1366/12 1367/1 1367/12 1369/4
1370/12 1370/19 1374/14 1375/8
1378/24 1380/21 1380/21 1385/12
1386/21 1386/23 1387/1 1387/3
1387/15 1388/3 1389/8 1390/16
1390/19 1390/19 1391/17 1392/10
1393/15 1393/23 1397/14 1397/15
1399/2 1399/15 1399/19 1401/3
1401/25 1405/4 1407/21 1412/1 1412/2
1414/25 1415/20 1417/25 1418/2
1420/9 1420/10 1420/18 1426/9
1426/12 1427/12 1432/16 1438/18
1439/9 1441/24 1443/1 1446/13
1449/19 1450/10 1450/16 1454/12
1454/22 1457/21 1459/23 1460/6
1460/19 1463/23 1463/23 1463/24
1464/6 1464/14 1464/17 1464/23
1467/15 1468/10 1468/19 1469/21
1472/3 1473/6 1474/3 1480/13 1481/1
1481/20 1485/24 1492/25 1495/13
1496/20 1496/21 1499/3
rates [43]  1327/25 1328/4 1349/1
1367/24 1367/25 1368/15 1369/24
1370/1 1371/12 1372/15 1383/14
1383/15 1387/4 1387/10 1395/5
1396/14 1396/20 1399/6 1400/25
1401/9 1415/24 1416/1 1417/7
1417/19 1417/21 1421/16 1422/18
1422/23 1425/22 1425/24 1427/9
1427/11 1430/6 1430/10 1431/16
1432/9 1469/20 1480/4 1480/5 1493/12
1493/16 1494/1 1496/19
rather [4]  1340/20 1459/15 1467/14
1492/25
Ratzel [5]  1463/21 1464/4 1467/2

1467/10 1468/3
Ratzel's... [18]  1327/23 1337/13
1337/17 1338/20 1351/22 1383/4
1407/11 1451/25 1453/25 1457/2
1460/4 1500/1
Ratzell's [3]  1338/5 1339/22 1460/9
RE [2]  1309/4 1309/7
reach [2]  1439/7 1440/22
reactor [7]  1358/4 1358/7 1358/9
1358/14 1358/15 1358/17 1359/6
read [25]  1320/22 1337/3 1354/15
1379/4 1388/2 1389/4 1389/21 1396/3
1396/17 1398/1 1398/18 1402/7 1413/9
1434/11 1434/15 1443/20 1450/5
1458/1 1458/4 1463/8 1463/9 1463/11
1468/1 1475/15 1481/15
reading [6]  1326/21 1392/6 1392/14
1402/6 1402/8 1450/22
readings [6]  1315/21 1320/7 1327/1
1327/3 1478/16 1478/21
reads [3]  1319/24 1319/25 1477/3
ready [1]  1329/17
real [2]  1318/14 1360/6
realistic [1]  1481/4
realize [1]  1377/8
really [12]  1315/24 1316/13 1318/25
1320/2 1329/9 1336/3 1343/14 1392/24
1401/11 1417/11 1452/10 1503/23
reason [7]  1340/8 1388/15 1428/25
1435/13 1454/7 1457/6 1494/17
reasonable [10]  1392/3 1400/4 1405/7
1420/2 1425/9 1441/10 1473/19
1475/10 1485/21 1486/14
rebuttal [12]  1365/3 1365/11 1365/12
1406/22 1413/21 1414/23 1416/10
1430/15 1474/6 1474/7 1474/18
1474/20
rebutted [1]  1431/1
rec [1]  1376/25
recalculated [1]  1375/25
recall [43]  1315/22 1324/10 1331/4
1332/16 1332/18 1332/21 1332/23
1337/17 1339/19 1339/25 1340/17
1341/21 1343/14 1343/17 1350/7
1350/10 1377/18 1384/15 1399/2
1415/2 1451/10 1452/2 1452/4 1452/17
1460/8 1460/21 1461/15 1461/16
1462/14 1469/1 1470/11 1489/6 1491/4
1491/5 1493/16 1493/19 1494/22
1495/6 1496/13 1497/11 1497/20
1499/19 1500/17
recalling [1]  1377/25
received [5]  1328/24 1361/9 1367/5
1380/1 1504/17
receiving [1]  1350/7
recent [1]  1330/8
recently [1]  1412/15
recess [3]  1414/4 1414/6 1504/2
recognize [6]  1329/24 1334/19 1348/5
1348/8 1452/22 1460/12
recollection [3]  1332/7 1333/14 1341/23
recommendation [1]  1336/4
recommended [1]  1336/7 1346/19
record [7]  1315/9 1354/4 1377/17
1379/7 1428/10 1436/19 1506/8
recorded [1]  1313/23
recovered [5]  1349/23 1350/1 1350/4
1350/14 1383/22
rectangle [1]  1428/19
red [3]  1370/9 1494/9 1503/2
redacted [1]  1332/13
redacting [1]  1505/21
redid [3]  1384/3 1408/19 1452/15

redirect [5]  1353/6 1353/7 1494/14
1494/16 1506/6
redo [1]  1467/13
redone [1]  1375/14
reduce [3]  1349/17 1399/10 1415/12
reduced [5]  1370/20 1370/21 1371/22
1373/17 1408/13 1415/12
reduces [1]  1408/14
reducing [1]  1397/12
reduction [4]  1382/18 1382/21 1397/6
1408/3
redundant [1]  1375/1
refer [1]  1340/11
reference [5]  1325/4 1380/6 1410/15
1446/6 1495/1
references [3]  1371/1 1379/4 1431/6
referred [2]  1343/6 1351/19
referring [6]  1316/14 1333/21 1350/13
1410/14 1443/22 1445/11
refers [2]  1337/19 1342/16
refine [2]  1375/13 1467/22
refinements [1]  1467/24
reflect [2]  1332/19 1476/22
reflected [5]  1327/5 1334/13 1343/13
1470/6 1471/16
reflects [2]  1319/22 1468/15
reformulate [1]  1391/3
refresh [2]  1332/6 1333/14
REGAN [12]  1311/22 1315/16 1354/12
1377/9 1378/14 1379/18 1418/18
1433/17 1498/15 1499/5 1499/18
1500/15
regard [2]  1495/12 1500/8
regarding [13]  1376/23 1388/2 1414/14
1422/21 1424/5 1431/14 1431/16
1495/19 1497/2 1497/8 1497/19
1497/25 1498/8
regime [3]  1390/9 1458/21 1458/24
region [1]  1350/22
regretted [1]  1470/14
regular [5]  1367/5 1412/17 1416/22
1488/9 1488/11
Regulatory [2]  1359/1 1359/5
reinforces [1]  1333/15
relate [3]  1356/6 1356/12 1357/10
related [3]  1316/6 1417/7 1497/13
relates [1]  1355/7
relationship [3]  1337/21 1338/2 1344/22
relative [2]  1453/20 1477/13
relatively [1]  1392/6
relayed [1]  1401/23
release [7]  1341/3 1344/11 1345/7
1349/20 1463/2 1467/16 1495/10
released [7]  1358/6 1366/4 1366/16
1434/17 1434/24 1435/5 1464/3
releasing [1]  1392/15
relevant [4]  1357/7 1357/16 1377/23
1410/13
reliable [6]  1315/24 1384/19 1412/5
1433/7 1455/11 1498/14
reliance [1]  1376/23 1377/4 1378/15
relied [5]  1376/24 1377/14 1379/20
1379/22 1491/1
relied-upon [2]  1376/24 1377/14
relies [1]  1378/2 1479/3
rely [10]  1320/6 1377/16 1377/19
1379/10 1382/9 1383/12 1383/14
1470/1 1485/12 1494/24
relying [7]  1377/12 1379/12 1379/15
1379/16 1476/8 1489/21 1489/22
remained [1]  1338/22
remember [2]  1349/24 1496/4
repeat [4]  1379/19 1468/13 1473/14

**R**

repeat... [1]  1481/22
repeated [2]  1359/12 1382/17
report [115]  1323/1 1348/4 1365/2
1365/3 1365/8 1365/9 1365/11 1365/12
1365/19 1365/19 1375/19 1376/9
1377/22 1378/3 1378/8 1379/4 1379/7
1379/8 1380/4 1381/7 1382/16 1382/16
1394/4 1407/12 1408/1 1413/5 1413/6
1413/10 1414/24 1415/2 1416/9
1416/13 1416/16 1416/18 1418/13
1418/18 1418/20 1418/21 1418/23
1420/25 1421/5 1421/11 1421/22
1422/8 1422/8 1422/10 1422/25 1423/2
1423/12 1423/25 1424/3 1424/16
1429/22 1430/1 1430/3 1430/5 1430/14
1430/15 1430/23 1431/1 1431/2 1431/8
1431/10 1431/22 1435/5 1435/9 1450/4
1450/6 1451/25 1452/25 1455/23
1457/2 1457/25 1463/21 1464/1 1464/4
1464/4 1464/11 1464/12 1466/19
1467/4 1467/6 1467/11 1467/13 1468/5
1468/8 1469/4 1469/10 1470/2 1470/4
1470/6 1470/12 1470/18 1471/16
1473/1 1473/11 1473/15 1474/6 1474/6
1474/7 1474/9 1474/18 1474/20
1475/16 1478/12 1481/18 1488/19
1493/11 1493/21 1494/22 1494/24
1495/1 1495/7 1495/11 1505/21
report you [1]  1473/11
reported [3]  1332/3 1449/24 1468/23
Reporter [3]  1313/18 1506/4 1506/13
reporting [1]  1389/16
reports [8]  1365/13 1365/17 1378/12
1429/16 1432/5 1452/17 1469/25
1481/15
represent [7]  1381/14 1419/11 1428/18
1465/9 1468/3 1468/7 1502/15
representation [6]  1323/1 1336/6
1367/21 1425/9 1459/25 1503/2
representations [1]  1371/9
representative [2]  1343/1 1390/22
represented [10]  1317/19 1337/10
1349/1 1368/19 1390/4 1419/1 1427/19
1428/21 1460/4 1487/1
representing [2]  1381/15 1427/15
represents [5]  1376/9 1429/16 1460/9
1468/10 1468/14
reproduce [10]  1363/10 1402/2 1424/2
1426/17 1489/25 1490/2 1490/6 1490/9
1490/10 1490/17
reproduced [1]  1429/9
reputation [1]  1385/18
request [4]  1331/15 1362/15 1362/24
1499/23
required [4]  1333/18 1392/21 1402/24
1469/15
requirement [2]  1373/25 1378/9
requires [1]  1445/10
researchers [1]  1450/17
reservoir [38]  1319/5 1319/7 1319/8
1334/5 1344/24 1345/4 1348/17 1351/9
1366/4 1366/17 1397/11 1404/25
1407/9 1407/17 1407/23 1407/25
1408/3 1408/9 1409/18 1409/21
1409/22 1410/15 1410/25 1445/16
1445/21 1445/23 1449/4 1450/20
1472/21 1472/24 1473/4 1476/18
1477/7 1477/16 1477/20 1478/8
1480/25 1481/3
resistance [36]  1325/18 1337/19
1337/20 1368/22 1370/10 1371/3

1374/8 1374/15 1384/10 1392/12
1393/3 1394/17 1397/23 1397/24
1398/15 1400/1 1408/14 1416/3
1431/24 1443/18 1444/1 1444/2 1444/3
1456/22 1457/3 1477/8 1477/8 1477/13
1477/16 1477/21 1478/2 1478/4 1478/5
1481/5 1482/17 1483/11
resistances [18]  1347/2 1370/9 1370/12
1370/25 1371/23 1373/25 1374/1
1374/2 1374/16 1379/24 1446/2
1446/10 1446/15 1447/2 1457/12
1457/19 1457/20 1473/2
resistant [2]  1478/9 1478/9
resistence [1]  1393/1
resolved [1]  1505/22
resources [2]  1311/10 1321/13
respect [28]  1316/9 1318/13 1325/25
1327/12 1330/23 1331/23 1332/24
1334/25 1336/3 1336/24 1337/5
1340/14 1341/17 1342/14 1344/11
1349/11 1349/20 1350/1 1350/8
1352/17 1354/13 1437/15 1438/1
1451/6 1481/19 1486/6 1489/5 1505/21
respond [7]  1399/23 1400/3 1400/10
1406/15 1416/5 1416/12 1418/13
responded [6]  1329/22 1330/1 1351/14
1351/16 1351/17 1406/22
responding [1]  1332/16
responds [1]  1418/21
response [25]  1329/23 1332/15 1361/7
1361/12 1361/16 1361/24 1362/11
1362/18 1364/4 1364/5 1364/11 1386/3
1387/14 1387/16 1388/1 1395/21
1401/10 1401/11 1408/19 1412/16
1426/21 1478/18 1480/13 1495/12
1497/17
responses [1]  1413/24
responsibility [1]  1357/1
rest [2]  1340/2 1397/8
restrict [1]  1339/9
restriction [1]  1408/17
restrictions [15]  1316/11 1316/22
1316/23 1317/1 1317/10 1317/11
1317/14 1317/15 1317/16 1317/20
1317/21 1317/21 1318/1 1318/8 1345/8
result [12]  1378/18 1380/1 1380/24
1383/9 1410/5 1410/24 1413/8 1417/21
1422/12 1424/17 1459/20 1496/19
resulted [4]  1378/24 1408/2 1420/6
1450/10
results [27]  1327/9 1330/14 1330/24
1333/18 1338/10 1361/1 1361/2 1363/8
1363/15 1372/19 1374/18 1375/1
1378/5 1381/7 1381/9 1382/5 1398/17
1422/6 1422/20 1425/1 1453/18
1467/20 1470/2 1479/5 1490/7 1490/9
1496/20
resume [1]  1414/9
retained [1]  1421/12
returned [1]  1483/19
reveal [1]  1444/24
revealed [1]  1444/13
review [10]  1362/4 1387/17 1387/21
1388/19 1396/5 1413/1 1426/25
1442/20 1493/21 1505/16
reviewed [11]  1330/7 1386/13 1387/20
1387/23 1388/8 1413/9 1450/7 1451/8
1451/24 1469/5 1500/10
reviewing [4]  1381/10 1436/18 1453/15
1493/11
reviews [1]  1467/4
rewrote [1]  1481/12
RICHARD [3]  1311/14 1313/8 1387/24

Richeson [1]  1313/11
ridiculous [1]  1505/4
RIG [1]  1309/4
right [90]  1315/5 1317/1 1317/7 1317/19
1319/12 1319/12 1319/19 1319/23
1320/16 1320/20 1321/21 1322/14
1323/18 1323/19 1324/1 1324/14
1325/1 1325/13 1325/14 1325/17
1327/21 1328/1 1329/5 1338/14
1338/16 1339/7 1339/10 1341/25
1343/2 1343/7 1348/15 1352/2 1353/19
1354/21 1364/17 1365/21 1367/22
1368/6 1377/25 1378/1 1382/10 1389/4
1391/19 1401/5 1406/23 1406/25
1414/8 1415/14 1418/24 1421/20
1426/13 1432/4 1443/25 1445/12
1451/19 1453/11 1455/3 1455/9 1456/8
1456/22 1457/4 1458/14 1461/15
1467/24 1476/3 1477/11 1482/24
1484/1 1484/24 1487/10 1490/10
1490/13 1490/14 1491/24 1492/15
1492/20 1492/23 1493/9 1493/9
1493/15 1500/24 1501/2 1501/3
1501/14 1501/20 1502/5 1502/11
1503/19 1504/16 1505/5
right-hand [1]  1490/10
rigor [1]  1488/7
ring [1]  1452/5
rise [6]  1315/4 1407/20 1407/21 1414/5
1414/7 1505/25
riser [48]  1317/12 1320/13 1322/8
1345/10 1348/21 1408/16 1408/18
1408/20 1416/20 1417/2 1417/6 1417/9
1417/9 1417/10 1417/11 1417/12
1417/13 1417/15 1419/1 1422/5 1422/6
1422/23 1424/8 1424/13 1424/20
1425/15 1426/3 1426/3 1426/5 1428/17
1429/19 1430/6 1430/10 1431/16
1444/24 1470/23 1471/13 1471/13
1473/3 1476/1 1476/5 1476/22 1488/18
1488/20 1488/22 1488/25 1500/24
1501/13
riser's [1]  1488/13
rises [1]  1357/21
rising [2]  1417/3 1417/4
RMR [4]  1313/18 1506/4 1506/12
1506/12
road [1]  1355/2
ROBERT [2]  1312/6 1312/9
ROBERTS [1]  1312/16
ROBIN [1]  1310/10
role [1]  1340/1
Ron [3]  1351/19 1351/20 1351/21
RONALD [2]  1354/1 1354/5
Room [1]  1313/18
Rouge [1]  1310/24
round [8]  1406/5 1406/7 1406/7 1427/15
1428/25 1429/1 1485/15 1485/17
routines [1]  1469/12
ROV [1]  1485/13
Roy [2]  1309/21 1309/22
rubber [2]  1402/16 1404/2
rule [2]  1354/19 1378/10
Rule 703 [1]  1378/10
ruled [1]  1379/3
run [2]  1359/24 1420/11
running [2]  1421/4 1439/16
runs [1]  1353/17
rush [4]  1454/15 1499/19 1499/21
1500/6
rushed [1]  1454/17

**S**

s/Jodi [1]  1506/12

said [61] 1315/19 1318/14 1322/18
1323/22 1326/14 1327/11 1330/6
1331/9 1333/15 1334/22 1336/5
1336/24 1337/16 1338/9 1340/17
1340/18 1341/7 1343/10 1344/13
1346/22 1351/18 1351/24 1367/12
1384/17 1394/8 1400/2 1405/23
1406/17 1408/20 1410/22 1417/8
1421/21 1423/7 1423/10 1423/13
1424/7 1434/10 1434/13 1434/13
1435/18 1437/2 1437/2 1444/23
1449/23 1456/5 1461/22 1461/23
1462/1 1463/6 1464/8 1467/4 1471/6
1471/8 1473/18 1474/13 1474/15
1482/10 1492/5 1496/15 1498/17
1504/22
Saidi [4] 1387/22 1388/22 1389/17
1390/2
salaries [1] 1357/4
salary [2] 1367/5 1503/22
same [65] 1316/1 1327/23 1329/23
1335/21 1337/21 1339/16 1346/3
1346/18 1358/2 1358/23 1363/10
1371/19 1371/19 1371/25 1375/8
1380/24 1382/6 1395/2 1395/6 1396/13
1397/15 1398/15 1405/25 1407/3
1407/18 1409/10 1412/8 1414/16
1417/5 1417/22 1419/10 1422/7
1422/15 1425/18 1426/3 1426/22
1428/22 1429/1 1429/10 1429/11
1429/20 1440/5 1446/16 1454/10
1456/18 1456/22 1457/4 1457/12
1457/20 1457/21 1458/2 1458/6 1459/2
1463/9 1468/20 1482/17 1483/11
1483/19 1488/6 1490/21 1491/9
1495/22 1496/20 1497/24 1502/21
sand [6] 1409/18 1410/2 1410/5
1410/24 1449/22 1475/3
Sandia [16] 1329/4 1356/18 1356/22
1360/9 1361/17 1361/21 1384/13
1412/21 1412/22 1412/23 1455/14
1457/23 1462/7 1465/25 1466/2 1469/8
sanding [1] 1317/21
SARAH [1] 1311/15
satisfactorily [1] 1498/7
satisfy [1] 1498/8
Saturday [4] 1341/11 1341/25 1342/5
1461/8
saw [9] 1323/2 1344/6 1347/19 1372/10
1372/19 1383/23 1426/1 1455/19
1470/2
say [52] 1321/10 1321/10 1323/3
1328/6 1328/17 1328/17 1330/25
1339/2 1339/3 1341/16 1352/11 1368/7
1376/11 1382/5 1389/19 1390/12
1400/16 1400/17 1414/1 1419/16
1420/11 1423/2 1424/16 1437/3 1443/6
1444/7 1445/9 1446/1 1447/12 1447/13
1449/10 1457/17 1461/20 1472/11
1473/22 1474/7 1474/20 1475/14
1475/18 1475/18 1479/12 1480/24
1485/9 1486/24 1487/18 1489/17
1492/14 1492/16 1492/17 1499/10
1503/24 1505/10
saying [9] 1315/25 1330/1 1337/17
1379/13 1384/15 1390/2 1439/23
1444/1 1494/7
says [18] 1330/13 1350/20 1351/6
1352/24 1379/18 1390/5 1396/11
1415/19 1420/25 1425/9 1431/22
1431/23 1431/23 1450/14 1457/23

1463/14 1469/12 1469/14
scalp [1] 1469/10
scan [1] 1350/21
Schell [1] 1313/11
schematic [1] 1319/3
scientist [1] 1319/3
scientists [7] 1333/10 1333/20 1338/21
1339/5 1339/11 1363/10 1498/19
scope [2] 1418/12 1418/15
SCOTT [3] 1311/12 1354/23 1494/19
screen [3] 1342/21 1438/17 1480/23
sea [5] 1319/12 1333/3 1368/4 1392/15
1477/6
seabed [2] 1349/21 1393/11
seal [3] 1402/17 1402/18 1404/2
SEAN [1] 1313/5
seated [2] 1315/5 1414/8
second [14] 1324/23 1332/22 1340/8
1344/8 1443/5 1443/17 1446/1 1465/17
1465/25 1467/12 1468/5 1469/12
1473/12 1473/16
second-highest [2] 1465/17 1465/25
secretary [12] 1328/9 1328/14 1331/16
1331/18 1336/25 1339/23 1340/1
1340/14 1341/16 1342/5 1460/2
1461/20
Secretary Chu [2] 1328/9 1328/14
section [7] 1309/5 1311/10 1419/4
1419/14 1419/22 1422/9 1469/9
sectional [1] 1350/22
sections [1] 1419/1
see [46] 1317/1 1319/5 1323/18 1325/7
1329/1 1330/21 1332/6 1335/9 1335/10
1335/10 1335/11 1340/11 1342/11
1342/12 1350/25 1368/5 1379/13
1387/16 1395/10 1397/9 1406/3
1408/25 1410/15 1415/25 1451/14
1453/4 1463/5 1463/8 1466/18 1468/9
1469/7 1469/17 1477/11 1477/11
1477/14 1477/17 1481/12 1481/12
1485/24 1486/2 1486/4 1486/22
1487/12 1489/19 1504/3 1505/24
seem [5] 1372/21 1400/4 1441/10
1452/17 1495/21
seemed [8] 1361/3 1364/12 1386/7
1395/20 1409/1 1409/20 1461/25
1468/7
seems [9] 1350/23 1379/15 1405/2
1405/25 1412/11 1440/19 1457/7
1475/10 1498/20
seen [9] 1342/12 1350/12 1386/12
1389/14 1390/17 1395/14 1398/5
1401/4 1448/3
send [1] 1370/18
senior [1] 1386/12
sense [10] 1345/15 1350/11 1359/14
1379/16 1379/20 1406/22 1440/17
1462/23 1462/24 1467/7
sensitive [3] 1375/15 1424/17 1488/24
sensitivities [1] 1382/13
sensitivity [7] 1383/9 1421/3 1422/12
1422/16 1422/17 1422/21 1447/15
sent [4] 1332/11 1442/19 1479/15
1480/9
sentence [8] 1330/13 1420/25 1431/8
1449/15 1463/5 1474/20 1474/22
1474/23
separate [2] 1379/17 1412/24
separated [1] 1380/23
separation [2] 1496/11 1497/3
September [4] 1349/23 1349/25 1350/4
1480/10
September 20th, and [1] 1350/4

series [1] 1498/2
session [3] 1309/14 1315/1 1384/4
set [8] 1330/24 1395/2 1430/3 1431/10
1456/5 1470/8 1479/23 1483/20
setter [1] 1330/25
settle [1] 1341/18
several [1] 1318/24
shaped [1] 1427/15 1428/18
share [5] 1364/3 1387/13 1387/15
1401/19 1408/22
shared [1] 1364/5
she [12] 1329/8 1350/15 1350/20
1350/20 1351/2 1351/6 1351/12 1379/4
1388/24 1388/25 1390/3 1390/3
she's [1] 1350/17
shift [1] 1316/3
ship [2] 1326/25 1370/18
shore [1] 1383/22
short [2] 1419/1 1505/22
Shot [1] 1400/3
shots [1] 1470/24
should [32] 1316/2 1320/19 1331/2
1334/14 1337/3 1339/9 1351/25 1352/2
1379/1 1382/19 1394/12 1399/10
1400/9 1406/19 1428/13 1438/2
1461/13 1461/20 1462/21 1466/14
1467/17 1467/18 1472/11 1486/25
1490/14 1494/3 1497/6 1499/2 1500/7
1500/21 1500/23 1501/5
shouldn't [2] 1352/5 1400/7
show [17] 1324/22 1332/6 1368/16
1374/22 1378/21 1378/22 1385/19
1418/19 1421/16 1432/13 1470/15
1479/4 1487/18 1489/8 1489/11
1489/11 1490/20
showed [7] 1363/19 1372/24 1372/25
1380/19 1457/19 1464/8 1464/9
showing [3] 1396/9 1397/2 1408/8
shown [6] 1322/6 1323/16 1323/17
1460/12 1489/16 1498/13
shows [5] 1385/19 1409/4 1422/19
1425/2 1425/17
Shushan [5] 1377/3 1377/17 1378/6
1379/3 1379/6
shut [7] 1336/1 1372/5 1392/21 1392/23
1450/18 1451/2 1467/15
shut-in [2] 1450/18 1467/15
shutting [1] 1325/6
side [5] 1317/1 1320/4 1437/9 1437/10
1490/11
sides [2] 1315/21 1317/8
significant [19] 1323/24 1324/4 1338/22
1347/10 1349/6 1358/16 1360/14
1376/5 1392/19 1401/13 1405/20
1449/23 1473/12 1473/16 1473/24
1474/4 1475/3 1476/8 1482/4
significantly [3] 1323/24 1436/8 1479/12
Simcox [5] 1313/18 1313/20 1506/4
1506/12 1506/12
similar [19] 1357/19 1374/16 1375/2
1378/24 1380/1 1380/21 1380/24
1381/9 1394/21 1394/23 1394/25
1407/1 1416/17 1417/20 1422/6
1426/20 1426/22 1459/18 1474/16
similarly [1] 1478/1
simple [5] 1374/7 1387/11 1419/21
1420/4 1426/17
simplification [1] 1419/6
simply [2] 1378/4 1390/8
simulated [1] 1397/24
simulating [1] 1429/10
since [16] 1329/10 1375/12 1378/25

S

since... [13] 1387/11 1387/19 1394/15
1404/23 1406/7 1406/24 1407/16
1413/9 1425/14 1452/7 1460/22
1470/20 1481/16
SINCLAIR [1] 1310/19
single [15] 1345/23 1346/3 1357/20
1368/17 1375/19 1425/25 1434/4
1443/18 1443/23 1469/24 1470/7
1488/9 1496/17 1496/21 1497/5
single-day [2] 1345/23 1346/3
single-peak [1] 1488/9
single-phase [4] 1357/20 1368/17
1375/19 1496/21
single-stage [3] 1469/24 1470/7 1496/17
sir [5] 1330/25 1343/23 1353/9 1461/8
1503/19
site [2] 1412/23 1412/24
situation [3] 1316/6 1478/4 1478/8
six [13] 1334/14 1335/1 1353/17 1375/7
1375/9 1385/10 1409/9 1465/5 1465/20
1473/21 1475/20 1475/22 1475/23
sixth [2] 1444/23 1466/16
size [2] 1489/5 1489/22
sizes [1] 1419/12
skeptical [9] 1478/20 1478/22 1478/23
1478/23 1478/24 1479/1 1479/6 1479/7
1479/9
skepticism [1] 1478/13
skewed [1] 1414/19
skin [1] 1317/20
skip [2] 1401/5 1447/12
skirt [31] 1322/10 1323/5 1323/9
1323/14 1323/20 1324/6 1325/18
1326/3 1326/6 1326/23 1402/16
1402/18 1404/21 1405/11 1405/15
1405/19 1405/21 1406/4 1406/6
1406/13 1406/14 1406/17 1407/2
1452/9 1452/9 1452/14 1453/9 1485/16
1485/22 1486/7 1492/16
sliced [1] 1323/18
slide [2] 1338/6 1502/4
slides [3] 1338/5 1460/12 1460/15
slightly [3] 1363/17 1371/20 1452/1
slipped [1] 1444/14
sloppiness [1] 1334/22
slow [1] 1415/7
slowly [4] 1372/12 1397/12 1415/4
1415/6
slug [9] 1425/12 1425/13 1425/13
1487/3 1487/4 1487/6 1487/9 1487/12
1488/10
slugs [2] 1425/8 1425/14
small [22] 1326/21 1372/9 1376/2
1381/15 1385/8 1385/11 1393/18
1399/24 1405/6 1406/3 1411/19
1414/21 1414/22 1415/11 1424/14
1425/3 1425/4 1452/13 1452/14 1480/4
1484/13 1499/16
smaller [2] 1339/9 1381/15
smallest [1] 1409/14
Smart [1] 1456/16
SMITH [1] 1313/4
SNL [1] 1469/12
so [178] 1315/24 1316/4 1316/20
1318/17 1322/2 1322/23 1323/11
1323/18 1324/12 1326/17 1326/18
1326/20 1328/13 1329/7 1331/8 1332/4
1333/20 1333/25 1335/16 1335/22
1337/1 1337/10 1338/16 1341/18
1343/4 1344/11 1345/16 1346/3
1347/12 1349/16 1353/1 1355/19

1357/22 1359/14 1359/22 1359/25
1360/6 1361/16 1368/21 1368/24
1369/12 1370/11 1371/21 1372/2
1372/11 1372/12 1373/25 1374/12
1375/21 1376/4 1377/18 1380/8
1380/12 1381/18 1381/20 1383/6
1383/8 1385/5 1385/20 1392/2 1392/9
1392/10 1392/23 1393/1 1394/12
1394/16 1397/5 1400/7 1400/21 1401/4
1401/17 1402/3 1402/12 1402/19
1402/23 1403/1 1403/11 1404/2 1404/6
1404/10 1404/12 1404/19 1405/1
1405/19 1406/5 1407/3 1409/6 1409/7
1410/2 1411/20 1413/7 1416/17 1417/6
1417/13 1417/16 1417/18 1419/2
1419/7 1419/12 1420/8 1420/14
1420/20 1422/15 1423/20 1424/21
1424/21 1425/8 1425/20 1425/22
1426/2 1427/14 1428/8 1429/4 1429/9
1429/15 1432/16 1434/3 1435/21
1436/9 1436/17 1436/23 1436/25
1437/9 1439/13 1439/17 1439/25
1441/4 1441/11 1441/16 1442/10
1442/22 1443/4 1443/22 1445/20
1446/9 1448/2 1448/25 1449/17
1449/25 1453/15 1457/21 1458/16
1459/3 1462/7 1462/13 1470/16 1471/9
1471/14 1472/9 1472/13 1473/25
1474/11 1481/12 1481/13 1482/5
1489/21 1490/16 1492/6 1492/20
1493/15 1493/23 1496/23 1497/5
1498/4 1498/8 1499/11 1499/24 1500/3
1500/24 1501/2 1501/5 1501/12
1501/15 1502/2 1502/14 1503/23
1504/22
software [1] 1313/24
Soileau [1] 1310/12
solely [3] 1318/6 1436/6 1436/11
solid [2] 1355/19 1358/1
solids [1] 1355/19
solution [6] 1394/7 1439/17 1440/16
1441/4 1441/5 1503/5
solving [1] 1380/24
some [80] 1317/7 1317/25 1318/5
1325/21 1326/3 1326/20 1328/25
1333/16 1334/15 1334/24 1335/22
1335/23 1336/9 1337/5 1343/10
1345/18 1357/15 1361/14 1362/14
1370/15 1370/17 1372/19 1373/2
1373/16 1376/14 1384/10 1384/23
1384/24 1384/24 1387/20 1392/4
1392/11 1392/25 1396/15 1398/23
1400/17 1401/4 1405/11 1405/12
1411/19 1411/19 1413/13 1413/15
1418/14 1419/7 1419/8 1419/21
1420/10 1420/14 1420/15 1422/20
1426/12 1428/18 1430/9 1447/22
1448/21 1448/21 1449/25 1451/5
1460/23 1461/17 1461/19 1467/13
1470/2 1475/11 1479/5 1482/6 1488/19
1494/16 1497/19 1498/3 1503/6 1503/11
1498/23 1498/23 1503/6 1503/11
somebody [2] 1385/18 1388/13
somehow [1] 1378/7
someone [2] 1347/19 1486/23
someplace [1] 1372/10
something [21] 1315/19 1319/7 1320/19
1330/18 1332/21 1344/19 1349/15
1352/4 1355/22 1357/25 1370/23
1373/8 1381/1 1384/15 1400/22 1414/4
1421/6 1430/18 1484/8 1487/15 1489/9
somewhere [6] 1346/6 1401/7 1439/1

1441/6 1492/23 1502/17
sooner [1] 1475/13
sorry [12] 1354/22 1388/11 1423/5
1428/2 1431/11 1454/6 1472/11
1481/22 1495/19 1499/5 1505/11
1505/13
sort [5] 1337/21 1371/5 1381/17 1441/9
1488/24
sound [3] 1420/2 1447/15 1493/20
sounds [6] 1423/11 1432/4 1434/5
1473/18 1476/2 1486/14
source [3] 1362/4 1395/24 1475/1
sources [1] 1460/23
South [3] 1310/4 1310/12 1312/3
spacing [1] 1376/6
speaking [4] 1332/5 1340/22 1340/23
1447/6
specializing [1] 1356/9
specialty [1] 1356/14
specific [2] 1335/4 1418/14
specifically [3] 1349/3 1378/2 1378/15
specify [1] 1385/20
spelled [1] 1354/6
spelling [2] 1315/9 1354/4
spend [2] 1321/13 1361/22
spends [1] 1418/17
spill [3] 1309/4 1332/15 1348/12
split [1] 1445/9
spoke [2] 1462/3 1497/22
spot [1] 1501/14
spreadsheet [8] 1359/10 1359/11
1359/15 1454/21 1455/2 1499/18
1499/25 1500/2
spreadsheets [2] 1369/13 1500/3
squeeze [1] 1504/13
stability [3] 1356/10 1425/21 1489/1
stable [2] 1420/3 1420/12
stack [110] 1316/16 1316/17 1318/14
1318/17 1321/2 1321/19 1324/15
1325/6 1325/22 1327/12 1327/13
1331/3 1333/2 1335/24 1336/1 1336/24
1337/1 1338/7 1345/9 1348/16 1348/22
1348/24 1366/5 1366/8 1367/11
1367/13 1367/20 1367/21 1367/23
1367/25 1368/3 1369/9 1369/11
1369/12 1369/24 1370/2 1371/13
1372/12 1373/10 1373/17 1373/19
1373/21 1376/7 1383/11 1383/17
1383/18 1383/21 1383/23 1383/24
1384/7 1385/12 1387/5 1387/10
1387/15 1387/18 1387/21 1388/3
1389/8 1390/16 1390/17 1394/22
1395/1 1395/3 1408/13 1409/23 1412/2
1414/14 1432/25 1433/23 1438/19
1447/23 1449/18 1449/25 1451/1
1451/6 1451/9 1454/20 1455/16
1455/21 1456/2 1457/16 1458/17
1458/22 1459/2 1459/12 1459/23
1461/3 1461/13 1464/17 1464/25
1465/8 1465/18 1466/1 1466/20
1468/12 1468/16 1468/18 1468/21
1468/24 1471/3 1471/10 1471/11
1472/1 1473/4 1484/24 1485/8 1500/5
1500/8 1500/10 1502/24
staff [3] 1356/20 1356/25 1357/2
stage [4] 1469/24 1470/7 1496/17
1497/5
stand [3] 1435/5 1449/23 1475/7
standard [27] 1333/17 1333/18 1333/22
1358/20 1362/25 1368/16 1369/5
1369/6 1369/7 1371/1 1371/5 1376/15

S

standard... [15] 1388/25 1393/7 1394/5
1394/6 1397/23 1427/12 1429/12
1456/7 1487/25 1488/5 1488/6 1496/22
1496/25 1497/7 1498/21
start [14] 1331/2 1345/1 1367/11
1388/11 1429/1 1433/21 1435/25
1435/25 1440/6 1440/13 1440/15
1441/1 1441/17 1474/22
started [6] 1409/6 1412/15 1451/2
1454/18 1454/19 1479/9
starting [4] 1332/25 1344/19 1439/16
1503/6
starts [7] 1409/20 1439/9 1440/21
1441/5 1441/6 1441/11 1463/4
state [21] 1310/22 1311/2 1315/8
1337/9 1337/13 1337/23 1338/1 1354/3
1360/18 1360/23 1360/24 1361/1
1368/24 1422/4 1448/6 1458/14 1469/8
1470/13 1470/20 1471/6 1496/16
stated [8] 1340/22 1343/11 1415/9
1435/2 1452/6 1473/11 1473/15 1495/8
statement [18] 1320/21 1340/25
1341/23 1346/21 1384/17 1436/16
1440/8 1440/9 1440/10 1460/22 1460/8
1460/21 1460/21 1463/8 1463/17
1468/17 1475/10 1484/17
statements [2] 1352/14 1418/14
states [17] 1309/1 1309/10 1309/15
1311/6 1311/9 1353/14 1354/24
1364/14 1365/17 1377/11 1378/6
1430/19 1432/3 1451/23 1494/19
1495/15 1506/5
States' [2] 1310/18 1342/23
stating [3] 1490/13 1490/13 1490/18
status [1] 1328/6
stay [3] 1437/23 1467/17 1503/8
stays [1] 1416/6
stbl [1] 1399/16
steadied [1] 1392/5
steady [2] 1416/6 1422/4
steam [2] 1355/20 1358/10
stenography [1] 1313/23
step [1] 1471/15
STEPHEN [2] 1309/19 1311/7
steps [4] 1419/11 1419/12 1419/13
1419/14
Steve [4] 1328/18 1331/6 1340/12
1353/13
STEVEN [2] 1311/11 1312/16
Stewart [5] 1409/3 1415/18 1416/8
1476/9 1503/9
stick [1] 1449/22
still [16] 1327/25 1333/4 1342/9 1346/10
1348/13 1349/21 1372/22 1413/12
1416/20 1440/22 1455/14 1478/23
1499/1 1499/12 1502/5 1502/19
stock [2] 1469/1 1469/20
stop [3] 1376/21 1391/21 1392/19
stopped [10] 1372/14 1380/11 1405/22
1435/16 1435/21 1475/17 1475/18
1475/19 1475/19 1475/23
stopping [1] 1475/20
stops [1] 1405/25
straight [4] 1376/11 1376/12 1388/17
1402/9
straightforward [2] 1333/2 1374/17
Street [16] 1309/23 1310/4 1310/7
1310/13 1310/16 1310/23 1311/4
1311/18 1312/3 1312/7 1312/13
1312/16 1313/5 1313/12 1313/16
1313/18

strike [2] 1420/24 1423/16
strong [1] 1361/3
stuck [1] 1449/22
studied [1] 1357/25
studies [1] 1422/21
study [1] 1421/18
stymied [2] 1449/19 1450/18
subject [2] 1396/1 1441/12
submitted [3] 1359/1 1359/4 1500/1
subsequent [1] 1330/15
substance [1] 1338/2
subtle [1] 1419/18
subtract [1] 1353/2
subtypes [1] 1370/13
successful [1] 1358/18
successive [1] 1446/14
such [10] 1317/11 1317/14 1320/12
1326/21 1349/11 1352/7 1378/11
1415/21 1416/4 1479/24
suck [1] 1402/20
sucked [1] 1402/20
sucking [1] 1402/23
suddenly [1] 1405/16
suffer [1] 1429/20
sufficient [3] 1321/15 1321/18 1402/25
sufficiently [1] 1380/3
sugar [1] 1381/14
suggest [1] 1467/6
suggests [2] 1396/14 1396/20
Suite [9] 1309/23 1310/4 1310/16
1311/18 1312/13 1312/16 1313/5
1313/9 1313/12
summarize [5] 1357/15 1388/7 1408/6
1433/4 1450/9 1450/10
summarized [1] 1457/2
summarizes [2] 1338/6 1388/9
summarizing [3] 1333/18 1348/4
1366/25
summary [5] 1356/3 1357/7 1366/22
1450/14 1451/13
summer [1] 1474/12
supervise [1] 1357/3
supervisor [1] 1362/21
support [7] 1364/10 1364/12 1379/21
1439/16 1453/22 1457/23 1489/21
supported [2] 1452/10 1452/15
supporting [1] 1457/25
supports [1] 1459/5
supposed [6] 1391/20 1402/17 1404/2
1430/2 1464/4 1477/22
suppression [1] 1357/24
sure [26] 1318/11 1330/6 1337/15
1337/18 1337/18 1370/8 1381/8
1402/24 1403/3 1403/5 1403/7 1404/9
1409/25 1437/25 1440/25 1446/14
1456/14 1463/15 1465/13 1468/14
1473/15 1486/14 1488/5 1498/19
1501/9 1502/8
surface [3] 1326/2 1333/4 1369/20
surrogate [1] 1359/23
suspect [3] 1467/22 1479/25 1490/11
suspected [1] 1429/15
sustain [1] 1432/5
Sutherland [1] 1312/15
sworn [2] 1315/7 1354/2
symmetric [2] 1411/12 1499/9
synthesize [1] 1336/6
system [16] 1318/11 1352/25 1355/17
1359/23 1369/22 1370/17 1371/4
1372/4 1372/8 1381/13 1384/20 1393/3
1397/25 1402/22 1417/17 1446/18
systemic [1] 1352/12
systems [5] 1355/10 1356/9 1357/24

1359/22 1397/24

T-H-O-M-A-S [1] 1315/10
T-kill [1] 1482/18
tables [2] 1390/8 1457/22
tabulated [1] 1376/9
tail [1] 1491/21
tails [2] 1385/10 1408/11
take [19] 1317/10 1332/12 1364/19
1414/3 1419/14 1437/20 1440/12
1443/11 1447/8 1447/9 1447/10
1460/14 1465/23 1466/11 1471/11
1493/3 1501/25 1501/25 1504/11
taken [5] 1333/1 1336/10 1341/15
1343/25 1396/11
takes [2] 1373/25 1504/15
taking [3] 1349/14 1434/19 1473/25
talk [11] 1316/16 1318/13 1322/2
1380/15 1423/11 1431/9 1431/24
1443/4 1455/16 1477/19 1480/20
talked [7] 1348/1 1412/7 1414/13
1431/4 1459/7 1476/12 1476/24
talking [13] 1317/1 1324/15 1332/18
1337/23 1410/17 1410/24 1421/4
1431/23 1446/23 1469/2 1470/19
1494/17 1497/16
talks [2] 1338/1 1429/22
tank [2] 1469/1 1469/20
tasks [1] 1362/1
team [47] 1320/17 1320/21 1320/25
1321/10 1321/13 1321/24 1323/12
1324/17 1324/17 1324/17 1325/3
1325/3 1325/20 1327/18 1327/18
1328/14 1329/18 1333/23 1334/3
1334/4 1334/7 1334/9 1334/12 1334/12
1335/12 1335/13 1336/13 1336/16
1338/20 1340/2 1345/25 1350/2 1350/3
1388/13 1388/13 1442/25 1449/18
1450/12 1450/16 1450/23 1451/21
1452/10 1453/24 1454/15 1460/4
1460/16 1495/12
team's [1] 1345/24
teams [12] 1323/12 1333/11 1334/1
1334/5 1335/2 1335/6 1335/17 1335/22
1341/7 1355/11 1358/4 1465/14
teams' [1] 1333/24
technical [3] 1332/1 1356/20 1356/25
techniques [1] 1321/11
tell [9] 1331/18 1334/22 1355/14 1377/8
1379/21 1381/11 1405/23 1410/12
1501/18
telling [2] 1329/17 1332/24
tells [2] 1405/25 1430/2
temperature [13] 1338/3 1382/13
1382/24 1407/16 1407/18 1407/20
1407/22 1419/3 1443/7 1443/12
1448/12 1449/2 1466/23
temperatures [2] 1383/10 1421/2
ten [1] 1385/9
tend [1] 1498/19
tenders [1] 1364/14
tends [1] 1457/5
tenth [1] 1460/24
term [4] 1453/20 1471/19 1476/16
1476/20
terms [10] 1322/14 1323/11 1326/8
1326/11 1327/1 1360/11 1360/12
1442/25 1450/12 1475/7
test [14] 1386/23 1387/1 1391/19
1391/20 1392/22 1393/4 1393/4
1396/13 1397/4 1397/4 1399/7 1399/8
1483/9 1483/14

testified [24]  1315/7 1320/24 1322/3
1324/16 1331/20 1341/17 1342/19
1342/25 1354/2 1388/10 1390/2
1395/23 1414/13 1431/17 1436/19
1437/15 1438/19 1441/23 1442/6
1454/20 1472/9 1487/3 1497/24
1501/10
testify [6]  1354/17 1390/1 1411/7 1430/2
1430/18 1466/19
testifying [13]  1377/13 1377/13 1377/16
1377/19 1377/20 1377/21 1377/22
1377/23 1382/4 1421/19 1436/19
1465/3 1504/6
testimony [13]  1365/13 1377/1 1377/23
1377/24 1388/2 1388/19 1413/22
1430/1 1436/23 1465/19 1483/22
1484/10 1484/12
Texas [3]  1312/17 1313/6 1313/9
text [3]  1371/5 1371/6 1371/7
textbook [2]  1371/1 1488/1
textbooks [1]  1359/17
than [80]  1316/2 1323/23 1324/9
1340/21 1343/15 1345/9 1346/6 1346/7
1346/9 1353/17 1359/25 1363/20
1364/18 1364/19 1369/21 1373/3
1373/7 1378/19 1381/15 1381/20
1384/5 1384/24 1385/13 1385/21
1390/7 1392/25 1393/15 1393/17
1394/6 1394/16 1394/18 1397/19
1403/14 1406/20 1411/11 1412/10
1415/5 1415/14 1417/9 1426/24
1427/16 1427/20 1429/3 1429/12
1434/11 1434/15 1435/3 1436/8
1436/15 1437/13 1437/17 1437/19
1441/18 1441/19 1447/23 1454/7
1459/11 1459/15 1462/17 1462/21
1466/15 1467/14 1473/3 1475/13
1481/17 1481/25 1482/10 1482/25
1490/15 1490/18 1493/1 1495/3
1495/25 1501/5 1502/19
thank [25]  1330/19 1348/9 1353/5
1353/8 1353/9 1354/11 1354/20 1361/6
1364/23 1365/22 1380/7 1406/9 1411/3
1413/19 1414/10 1421/23 1432/6
1433/9 1433/20 1492/10 1494/12
1494/13 1503/17 1503/19 1503/20
that [1207]
that's [188]  1315/23 1316/8 1316/19
1317/7 1317/13 1317/17 1317/22
1318/12 1318/16 1318/19 1318/22
1319/10 1319/15 1320/9 1321/3 1321/6
1321/23 1322/16 1322/19 1323/16
1324/7 1324/14 1324/19 1324/25
1325/15 1325/19 1325/24 1326/15
1326/18 1327/4 1327/6 1327/11
1327/17 1327/22 1328/11 1328/17
1328/25 1329/12 1330/5 1330/12
1330/17 1330/18 1331/25 1334/2
1334/8 1335/3 1335/13 1335/13
1335/25 1336/8 1336/14 1336/19
1336/21 1337/9 1337/15 1337/15
1338/8 1338/12 1338/15 1338/16
1338/24 1339/2 1339/7 1339/10
1339/15 1340/7 1340/13 1340/18
1341/6 1341/10 1342/7 1343/5 1345/2
1346/17 1347/8 1347/14 1347/24
1348/5 1349/19 1349/22 1350/3
1351/12 1351/13 1352/14 1352/16
1352/21 1354/6 1354/10 1354/13
1354/14 1367/21 1378/1 1378/19

1379/12 1379/17 1385/5 1387/2
1389/23 1399/21 1403/13 1409/10
1409/10 1410/17 1411/22 1412/24
1415/23 1416/4 1419/17 1421/6
1424/24 1426/17 1428/4 1428/12
1430/14 1434/13 1435/2 1436/16
1437/14 1437/18 1438/4 1438/13
1438/22 1438/25 1439/11 1443/10
1446/8 1446/23 1447/18 1448/11
1449/21 1450/22 1451/23 1451/23
1452/12 1453/7 1454/14 1455/21
1455/23 1456/9 1456/14 1457/15
1457/24 1462/23 1462/24 1469/9
1471/5 1472/4 1473/19 1473/20 1475/6
1476/22 1480/1 1482/11 1482/19
1482/19 1483/5 1483/9 1483/17
1484/22 1485/4 1485/8 1485/14
1486/17 1487/24 1489/20 1489/24
1491/1 1491/17 1491/19 1491/25
1492/14 1492/16 1493/8 1493/10
1493/15 1495/21 1496/2 1497/5
1499/12 1500/25 1501/12 1502/3
1503/1 1503/8 1503/9 1503/17 1503/24
their [31]  1317/5 1332/2 1332/2 1332/17
1335/4 1335/6 1338/9 1338/25 1348/1
1357/4 1361/2 1362/25 1363/8 1363/14
1363/18 1374/1 1374/8 1377/15
1377/16 1378/25 1380/19 1381/7
1381/9 1381/9 1382/25 1408/25 1412/9
1412/10 1412/10 1452/15 1465/14
theirs [1]  1363/20
them [27]  1317/4 1317/5 1318/18
1321/13 1322/17 1325/22 1332/16
1332/20 1332/21 1332/24 1333/19
1333/19 1335/3 1335/23 1338/2
1342/20 1342/25 1343/11 1345/6
1348/1 1363/19 1369/13 1397/9
1456/14 1465/23 1471/2 1504/24
then [83]  1316/6 1317/18 1319/5 1321/1
1324/15 1327/12 1330/9 1330/13
1331/6 1333/19 1333/25 1334/12
1334/25 1335/12 1336/10 1337/24
1338/5 1339/23 1341/11 1341/25
1345/6 1348/19 1348/20 1350/20
1351/6 1363/6 1368/9 1369/2 1377/22
1378/6 1381/16 1383/5 1393/2 1393/3
1404/15 1405/20 1406/3 1407/13
1407/14 1407/16 1415/7 1416/24
1416/25 1417/4 1421/1 1425/4 1425/18
1426/1 1434/20 1434/21 1435/6
1436/20 1438/22 1439/17 1440/16
1441/1 1441/1 1441/6 1441/7 1441/17
1443/13 1445/15 1447/20 1448/25
1449/9 1449/10 1454/11 1454/22
1455/16 1463/25 1464/11 1469/14
1470/17 1471/8 1471/12 1479/20
1479/23 1479/25 1481/16 1485/23
1491/8 1499/15 1504/9
there [132]  1318/20 1320/9 1320/24
1321/7 1321/10 1321/15 1321/18
1322/16 1323/4 1323/14 1324/22
1325/10 1325/17 1326/2 1326/6
1326/17 1327/2 1327/3 1328/25
1330/21 1331/19 1332/23 1332/25
1334/4 1334/24 1336/2 1336/12
1336/17 1336/18 1337/22 1338/9
1339/7 1339/15 1339/23 1340/16
1340/19 1345/3 1345/15 1345/15
1345/20 1346/23 1349/4 1349/11
1349/15 1352/18 1354/17 1356/19
1356/24 1358/21 1360/1 1360/14
1360/17 1361/14 1361/15 1361/15
1362/8 1369/17 1369/22 1370/16

1376/21 1379/14 1384/10 1396/15
1397/1 1398/24 1404/9 1404/24
1411/14 1418/14 1419/13 1419/13
1419/21 1421/17 1421/25 1422/11
1422/14 1424/2 1424/14 1428/12
1428/17 1431/25 1436/2 1436/24
1438/12 1442/6 1443/6 1443/22
1444/11 1445/1 1445/4 1445/23 1447/4
1450/5 1450/15 1451/7 1451/21 1453/4
1454/2 1454/21 1460/4 1460/23
1461/16 1463/5 1464/16 1466/14
1466/22 1467/17 1468/21 1469/7
1473/23 1476/7 1478/12 1478/15
1478/18 1479/11 1481/16 1483/15
1483/17 1484/7 1484/13 1486/23
1486/24 1487/23 1488/4 1492/1
1492/23 1493/9 1501/13 1502/4 1503/2
1503/23 1504/21
there's [17]  1316/25 1328/11 1349/3
1354/17 1376/22 1385/10 1396/1
1407/8 1420/24 1429/3 1440/8 1443/5
1454/6 1468/18 1474/3 1481/9 1481/9
therefore [12]  1356/15 1358/10 1370/18
1373/18 1378/24 1380/22 1399/9
1400/6 1409/15 1452/14 1488/20
1494/6
these [72]  1318/8 1318/24 1330/14
1330/24 1333/8 1334/13 1335/1 1335/6
1335/22 1336/12 1337/16 1339/5
1339/20 1341/22 1342/9 1342/20
1342/22 1342/24 1343/20 1343/22
1343/24 1343/25 1363/13 1365/13
1365/17 1369/6 1369/7 1373/20
1373/24 1374/12 1374/14 1375/7
1376/20 1388/9 1389/4 1397/3 1398/17
1404/8 1406/12 1410/19 1410/20
1419/8 1419/15 1423/25 1424/17
1425/1 1425/14 1425/17 1427/5 1427/9
1427/9 1427/11 1433/7 1441/8 1447/6
1448/7 1450/18 1452/6 1452/7 1453/15
1455/12 1457/18 1457/22 1470/23
1476/4 1486/21 1490/13 1490/14
1490/18 1494/5 1497/3 1498/4
thesis [4]  1356/10 1416/17 1419/17
1421/10
they [100]  1317/7 1317/11 1323/12
1325/5 1326/2 1326/5 1327/9 1327/11
1328/4 1328/16 1332/19 1333/16
1335/3 1338/13 1338/25 1339/2 1339/3
1339/16 1339/17 1339/21 1341/7
1347/4 1347/18 1347/21 1347/25
1349/5 1359/5 1359/11 1359/14 1361/2
1361/10 1362/25 1363/1 1363/3 1363/4
1363/5 1363/8 1363/9 1363/11 1363/18
1363/23 1364/12 1375/15 1375/20
1376/20 1380/3 1381/7 1382/5 1383/2
1384/2 1389/2 1389/7 1394/25 1396/13
1397/24 1399/9 1401/23 1402/3 1403/1
1404/9 1404/15 1404/17 1408/25
1409/1 1409/25 1410/2 1410/4 1410/22
1410/23 1414/25 1415/21 1424/1
1426/11 1426/23 1427/6 1429/24
1431/14 1433/8 1446/10 1446/15
1446/15 1452/6 1458/14 1458/17
1465/13 1465/15 1470/3 1486/20
1486/21 1490/9 1490/19 1490/21
1496/10 1499/22 1500/12 1501/22
they'll [1]  1341/18
they're [13]  1335/20 1335/21 1377/12
1404/19 1429/24 1429/25 1430/19
1431/7 1431/8 1431/9 1465/10 1490/10
1494/4

thing [9]  1316/1 1322/19 1331/15
1354/8 1419/10 1419/17 1443/4 1443/6
1462/24
things [21]  1316/4 1319/20 1319/21
1320/13 1322/8 1337/17 1378/22
1393/25 1411/18 1415/23 1419/3
1436/19 1442/7 1447/19 1451/16
1476/17 1495/22 1496/3 1496/6 1496/8
1498/20
think [102]  1317/7 1320/18 1324/14
1331/25 1332/4 1333/15 1334/21
1336/1 1336/5 1337/3 1339/15 1342/13
1343/25 1346/6 1347/8 1347/8 1349/2
1349/14 1349/24 1372/22 1384/19
1389/18 1393/17 1394/15 1400/13
1403/5 1405/6 1408/10 1409/3 1409/13
1410/11 1411/12 1411/12 1412/9
1413/5 1413/17 1413/18 1415/6
1415/23 1416/8 1418/1 1421/14
1421/21 1421/22 1423/17 1429/25
1431/7 1434/10 1436/16 1438/2 1438/4
1439/18 1440/8 1440/19 1441/1 1441/4
1441/14 1442/2 1443/4 1445/13
1447/18 1449/15 1449/21 1451/24
1452/7 1452/25 1454/14 1455/4
1455/23 1457/8 1457/9 1459/9 1459/24
1461/22 1462/1 1467/17 1468/25
1472/9 1473/19 1474/13 1474/15
1480/11 1483/17 1485/20 1486/4
1486/21 1487/14 1488/19 1489/15
1490/15 1493/17 1494/3 1494/4 1494/4
1498/11 1498/12 1499/1 1501/15
1502/3 1503/4 1503/12 1505/18
thinks [1]  1320/1
third [9]  1310/23 1348/12 1373/8
1373/11 1375/6 1398/25 1409/9
1473/22 1484/1
this [322]
Thomas [4]  1310/2 1311/11 1315/6
1315/10
those [87]  1318/1 1318/17 1319/23
1329/20 1329/21 1334/16 1335/9
1337/17 1347/25 1348/4 1348/15
1348/20 1349/16 1358/23 1359/8
1359/9 1359/10 1365/21 1367/8
1368/11 1368/15 1369/15 1373/22
1374/15 1383/4 1383/16 1383/25
1387/23 1392/21 1394/3 1397/8
1401/14 1401/19 1404/20 1407/4
1409/21 1413/4 1413/12 1413/13
1413/15 1417/7 1418/15 1419/19
1419/20 1419/25 1420/1 1420/2 1426/5
1441/24 1447/10 1451/13 1452/5
1452/10 1452/11 1453/11 1454/18
1454/19 1457/13 1458/6 1461/9
1461/10 1461/15 1465/5 1465/12
1465/23 1470/25 1471/1 1471/14
1476/25 1486/11 1486/12 1486/18
1486/25 1487/1 1494/8 1494/11 1496/8
1496/9 1499/17 1499/21 1499/22
1499/22 1500/10 1501/23 1504/11
1505/15 1505/17
though [3]  1331/16 1331/23 1337/6
thought [20]  1326/15 1332/19 1336/6
1341/22 1346/5 1346/7 1346/22 1366/2
1391/24 1406/21 1430/23 1437/2
1451/24 1461/24 1466/15 1467/18
1488/22 1489/9 1495/16 1501/19
thoughts [1]  1362/12
thousand [1]  1412/24
thousandths [1]  1384/2

three [47]  1322/8 1322/16 1323/12
1325/25 1341/24 1357/14 1357/16
1358/15 1366/25 1369/23 1369/25
1374/18 1374/22 1374/25 1380/18
1381/16 1388/9 1393/25 1394/3 1397/3
1397/5 1404/8 1404/14 1404/20
1406/18 1432/9 1435/9 1452/2 1453/5
1456/10 1456/18 1456/21 1457/3
1457/11 1458/1 1458/6 1458/9 1458/16
1459/14 1459/17 1464/16 1464/24
1465/7 1465/10 1482/21 1483/24
three-dimensional [1]  1380/18
three-phase [1]  1357/25
through [51]  1318/24 1325/5 1350/22
1355/16 1357/23 1366/5 1366/7
1367/10 1368/2 1368/9 1369/24 1370/1
1370/14 1370/20 1370/20 1371/4
1371/12 1372/3 1372/8 1373/9 1373/17
1373/19 1373/20 1385/12 1387/10
1393/3 1397/24 1405/4 1412/18 1417/8
1417/10 1417/12 1417/14 1417/17
1420/13 1425/3 1429/5 1438/23
1443/13 1444/20 1445/2 1445/14
1446/4 1458/7 1458/22 1459/2 1460/4
1474/8 1477/23 1493/25 1500/9
throughout [3]  1355/22 1450/15 1473/25
tighter [2]  1346/6 1346/23
tilt [2]  1323/3 1323/8
Tim [3]  1397/16 1398/12 1426/25
time [119]  1316/10 1316/17 1318/20
1320/11 1320/23 1321/4 1321/20
1329/4 1329/19 1330/2 1331/9 1333/16
1335/23 1339/14 1340/3 1340/19
1345/9 1346/4 1347/2 1349/20 1351/3
1351/7 1354/19 1358/2 1358/9 1361/12
1361/14 1366/2 1366/6 1366/9 1366/10
1367/1 1367/6 1370/15 1371/25 1372/1
1373/14 1373/16 1373/19 1383/1
1383/3 1390/22 1391/17 1391/23
1393/2 1393/5 1393/16 1395/11
1396/10 1397/9 1397/12 1397/13
1400/5 1400/7 1401/22 1404/24
1405/17 1408/10 1408/12 1408/15
1408/19 1410/11 1415/14 1415/18
1419/10 1419/11 1419/12 1419/13
1425/11 1425/12 1425/17 1425/19
1425/25 1426/1 1432/9 1434/21 1436/9
1436/25 1439/11 1439/12 1439/14
1440/3 1441/15 1442/2 1446/3 1446/11
1452/16 1460/6 1460/8 1460/19 1463/9
1464/2 1472/1 1474/1 1474/6 1475/11
1478/12 1480/13 1481/18 1483/3
1483/4 1483/8 1491/22 1492/15
1492/18 1492/19 1492/25 1493/1
1493/4 1494/13 1499/9 1499/23 1503/5
1505/4 1505/16
timeline [1]  1432/13
times [22]  1316/15 1322/22 1323/4
1335/21 1335/21 1362/19 1369/4
1369/4 1370/17 1374/15 1374/25
1375/1 1375/14 1385/9 1386/4 1395/20
1428/23 1450/15 1468/25 1472/12
1487/24 1498/17
title [3]  1356/21 1365/9 1365/12
titled [3]  1350/8 1386/21
today [8]  1355/3 1436/6 1436/23 1437/6
1465/19 1466/19 1504/18 1504/22
together [11]  1316/25 1320/25 1333/11
1333/19 1333/22 1333/23 1339/5
1375/5 1379/2 1380/2 1404/20
told [19]  1320/17 1326/2 1326/5 1329/8
1338/13 1338/20 1338/25 1339/11

1343/12 1364/13 1387/12 1387/12
1454/11 1460/16 1479/16
Tolles [1]  1312/18
Tom [7]  1342/9 1361/9 1361/9 1361/23
1442/18 1442/21 1451/8
tomorrow [3]  1504/3 1504/12 1504/14
too [9]  1326/16 1327/2 1342/12 1350/12
1353/22 1387/23 1429/22 1431/7
1454/2
took [11]  1334/15 1337/15 1337/16
1343/22 1343/24 1349/12 1407/4
1414/6 1416/17 1477/22 1488/11
Tooms [5]  1395/18 1395/19 1395/20
1396/9 1396/19
top [156]  1318/4 1318/6 1320/11
1321/22 1322/2 1322/9 1323/1 1323/6
1323/7 1323/13 1323/14 1324/2
1325/10 1325/12 1325/25 1326/1
1326/4 1326/9 1326/12 1326/13
1326/16 1326/16 1327/1 1332/12
1348/3 1350/20 1366/9 1366/10
1366/12 1366/13 1369/21 1390/18
1390/19 1390/22 1391/7 1391/8
1391/12 1391/17 1391/19 1391/22
1392/15 1393/16 1393/23 1394/18
1395/4 1395/5 1395/6 1395/11 1396/14
1396/21 1397/2 1397/5 1397/16
1397/17 1398/11 1398/14 1398/16
1398/24 1398/25 1399/1 1399/3
1399/18 1399/20 1399/24 1400/5
1400/10 1400/11 1400/13 1400/24
1401/1 1401/2 1401/4 1401/6 1401/9
1401/16 1401/16 1401/25 1402/13
1402/16 1402/20 1402/22 1402/25
1403/2 1403/2 1403/11 1403/12
1403/13 1403/15 1404/1 1404/5 1405/5
1424/2 1432/16 1432/20 1439/11
1439/12 1449/21 1451/16 1452/3
1452/12 1452/19 1452/22 1453/18
1453/20 1454/3 1454/8 1454/8 1457/9
1469/5 1469/6 1481/19 1481/21
1481/23 1482/8 1482/17 1483/4 1483/9
1483/10 1483/10 1483/14 1483/15
1483/16 1483/18 1483/20 1483/24
1484/6 1484/18 1484/21 1484/23
1485/3 1485/7 1485/9 1485/12 1486/7
1486/15 1486/23 1486/24 1489/16
1489/17 1491/14 1491/21 1492/5
1492/12 1492/20 1493/5 1493/17
1499/14 1500/23 1500/24 1501/10
1501/11 1502/9 1502/12 1502/15
1502/21 1502/22
Top Hat [29]  1400/24 1401/1 1401/2
1401/4 1401/6 1401/9 1401/16 1401/16
1401/25 1402/16 1402/20 1402/22
1402/25 1403/2 1403/15 1404/1 1405/5
1432/20 1485/12 1486/7 1486/23
1491/21 1492/5 1492/12 1492/20
1501/10 1501/11 1502/21 1502/22
Top Kill [22]  1321/22 1390/18 1390/19
1390/22 1391/7 1391/8 1391/12
1391/17 1391/22 1393/16 1393/23
1432/16 1439/12 1485/9 1486/15
1486/24 1491/14 1500/23 1500/24
1502/9 1502/12 1502/15
topic [8]  1316/22 1353/3 1356/10
1429/23 1430/16 1430/17 1431/9
1431/24
Torts [1]  1311/6
total [14]  1320/15 1326/1 1329/9
1334/14 1339/14 1353/18 1370/15
1414/19 1427/12 1453/4 1460/6

**T**

total... [1] 1460/19 1463/15 1472/13
totally [1] 1320/22
tougher [1] 1371/4
towards [2] 1348/25 1493/2
track [3] 1330/1 1331/10 1358/13
trading [1] 1362/12
transcript [2] 1309/14 1506/7
transcription [1] 1313/24
transcripts [1] 1353/22
transfer [3] 1422/21 1447/3 1479/19
transition [1] 1339/9
translate [1] 1360/11
Transocean [10] 1312/12 1312/13
1312/14 1312/15 1312/16 1312/17
1312/18 1375/19 1312/20 1505/15
travel [2] 1391/21 1391/22
traveled [1] 1391/24
traveling [1] 1355/21
treated [4] 1406/14 1458/9 1458/11
1498/14
treatment [1] 1480/20
trend [1] 1351/24
trends [1] 1441/24
Trevor [6] 1385/23 1387/9 1389/21
1398/12 1398/14 1489/4
TREX [36] 1316/20 1324/20 1332/9
1341/14 1348/3 1350/5 1351/17 1365/5
1365/10 1386/10 1386/18 1389/11
1395/12 1395/16 1398/3 1398/20
1427/3 1427/7 1442/9 1442/15 1442/23
1450/2 1451/12 1452/21 1453/2
1453/13 1454/25 1456/24 1460/10
1462/25 1463/19 1467/8 1474/17
1479/13 1480/7 1489/13
TREX-10650 [1] 1427/3
TREX-10650.1.1.US [1] 1427/7
TREX-10650.2.1 [1] 1489/13
TREX-11191 [1] 1389/11
TREX-11436.2.1 [1] 1480/7
TREX-11452 [1] 1365/5
TREX-11453.12.1 [1] 1474/17
TREX-11534.1 [1] 1452/21
TREX-11534.16 [1] 1453/2
TREX-5066 [1] 1395/12
TREX-5066.1.1.US [1] 1395/16
TREX-6196 [1] 1386/10
TREX-6196.4.1.US [1] 1386/18
TREX-8635.96.3 [1] 1460/10
TREX-8809 [1] 1462/25
TREX-8809.1.1 [1] 1463/19
TREX-9361.24.1 [1] 1456/24
TREX-9361.46 [1] 1348/3
TREX-9361.49.1 [1] 1450/2
TREX-9379.1.2 [1] 1467/8
TREX-9388 [1] 1442/15
TREX-9388.1.1 [1] 1442/9
TREX-9389.2.1 [1] 1442/23
TREX-9452 [1] 1398/3
TREX-9452.2.1.US [1] 1398/20
TREX-9671.1.1 [1] 1351/17
TREX-9671.2.1 [1] 1350/5
TREX-9692.3.2 [1] 1316/20
TREX-9706 [1] 1451/12
TREX-9706.1 [1] 1324/20
TREX-9706.5 [1] 1453/13
TREX-9725.2.1 [1] 1341/14
TREX-9908 [1] 1332/9
Tri [9] 1324/17 1325/3 1325/25 1327/7
1334/12 1336/13 1338/6 1453/16
1495/12
Tri-Lab [6] 1324/17 1325/3 1325/25

1334/12 1336/13 1453/16
Tri-Labs [1] 1495/12
Tri-Labs [2] 1327/7 1338/6
trial [5] 1309/14 1418/2 1430/22
1483/22 1505/7
tried [14] 1329/3 1347/20 1359/10
1368/16 1379/23 1384/21 1390/21
1402/2 1413/6 1417/20 1454/7 1481/15
1482/5 1489/25
tries [2] 1422/17 1425/6
TRITON [1] 1309/8
true [12] 1320/22 1340/3 1349/7
1437/14 1440/9 1440/10 1454/14
1467/19 1471/6 1483/5 1484/5 1506/6
trusted [1] 1455/25
try [12] 1330/22 1337/24 1363/11
1368/9 1375/15 1381/8 1411/3 1417/16
1430/1 1449/18 1458/20 1490/20
trying [15] 1318/4 1320/3 1323/7
1337/20 1358/16 1362/13 1371/9
1374/1 1418/2 1431/8 1441/9 1443/1
1446/7 1463/9 1482/21
Ts [1] 1381/13
turn [15] 1325/20 1338/5 1339/11
1341/14 1341/25 1372/7 1372/13
1420/9 1420/11 1439/17 1442/22
1445/15 1451/5 1451/12 1476/10
turned [1] 1363/16
turning [3] 1363/5 1363/6 1365/24
turns [3] 1420/3 1420/18 1420/19
two [62] 1315/24 1316/4 1317/24
1319/23 1320/4 1320/24 1324/10
1327/15 1328/8 1334/6 1339/15
1347/11 1348/7 1348/20 1348/20
1357/23 1368/4 1368/11 1370/13
1373/24 1374/7 1374/8 1374/9 1374/13
1374/13 1374/15 1389/2 1404/20
1406/18 1408/11 1409/8 1409/11
1415/24 1416/1 1417/7 1418/12
1418/15 1418/18 1420/1 1425/2
1425/17 1425/23 1443/5 1444/24
1445/2 1445/11 1445/13 1457/8
1457/24 1461/9 1461/10 1461/15
1471/21 1473/22 1474/12 1474/25
1477/12 1481/9 1481/9 1486/25
1504/11 1505/6
two-phase [2] 1347/11 1357/23
type [4] 1419/13 1456/8 1458/21
1469/19
types [6] 1316/23 1358/23 1359/16
1370/13 1419/14 1447/6
typically [5] 1355/16 1357/21 1361/18
1376/16 1500/3

**U**

U.S [7] 1311/6 1311/9 1333/7 1371/7
1377/4 1412/8 1412/12
Uh [1] 1331/22
Uh-huh [1] 1331/22
ultimately [4] 1333/12 1333/19 1372/5
1443/14
uncalibrated [5] 1384/9 1384/12
1434/14 1456/3 1466/25
uncertain [3] 1337/7 1393/24 1445/7
uncertainties [13] 1337/5 1337/6
1337/11 1337/13 1412/10 1437/23
1447/16 1449/20 1450/19 1454/2
1466/24 1496/9 1497/9
uncertainty [93] 1318/8 1323/6 1323/8
1325/17 1326/3 1326/3 1326/6 1326/8
1326/20 1326/23 1326/24 1327/2
1327/3 1338/22 1338/25 1339/13
1341/8 1341/18 1343/9 1343/19

1345/12 1345/16 1345/17 1345/22
1345/23 1346/13 1346/16 1346/18
1346/21 1346/23 1346/25 1347/5
1347/16 1347/20 1348/2 1349/3 1349/8
1349/10 1352/8 1373/7 1384/6 1384/8
1384/13 1384/14 1384/21 1384/21
1385/3 1385/17 1385/21 1402/11
1404/7 1411/8 1411/23 1411/24 1412/7
1412/8 1434/6 1435/22 1438/1 1438/5
1442/15 1442/23 1445/16 1448/3
1457/15 1459/22 1460/5 1460/18
1460/23 1461/3 1461/11 1461/13
1461/17 1461/19 1461/20 1462/4
1462/8 1462/15 1462/17 1462/19
1462/20 1462/21 1463/6 1463/14
1463/22 1463/24 1466/23 1466/24
1475/1 1484/10 1493/24 1495/23
1496/4
unchanging [2] 1392/8 1392/9
unclear [1] 1491/3
under [2] 1376/24 1439/3
undergraduate [2] 1369/8 1456/8
underground [1] 1369/19
underneath [3] 1402/24 1437/20 1439/4
understand [17] 1320/3 1360/12
1413/14 1423/7 1424/22 1430/16
1436/9 1446/9 1446/10 1448/12
1448/15 1448/17 1467/5 1475/22
1476/17 1479/2 1498/4
understanding [9] 1322/14 1333/5
1344/19 1344/21 1435/21 1448/4
1448/6 1494/2 1506/8
understated [1] 1472/20
understood [3] 1318/6 1342/4 1399/8
unexpected [1] 1372/19
unexplained [1] 1396/15
unfair [1] 1472/11
unfortunately [2] 1358/17 1498/21
uniform [1] 1330/21
unique [2] 1421/12 1461/25
UNITED [17] 1309/1 1309/10 1309/15
1311/6 1311/9 1342/23 1353/14
1354/24 1364/14 1365/16 1377/11
1378/6 1430/19 1432/3 1494/19
1495/15 1506/5
unknown [4] 1320/4 1382/24 1444/8
1444/21 1480/24 1481/5
unless [3] 1396/15 1415/11 1490/2
unlikely [4] 1330/2 1331/10 1472/19
1494/5
unnamed [2] 1410/10 1410/11
unnecessary [1] 1339/17
unquantifiable [3] 1323/21 1323/22
1345/19
unreliable [2] 1373/5 1384/18
unstable [7] 1420/4 1420/7 1420/9
1420/11 1420/12 1420/18 1420/19
unsuccessful [1] 1391/22
unsymmetric [1] 1411/22
until [2] 1349/23 1420/15
up [112] 1315/19 1316/20 1319/1
1322/4 1322/20 1322/23 1324/20
1330/21 1331/4 1332/9 1334/16 1336/9
1336/12 1339/6 1339/15 1342/17
1349/16 1350/5 1350/17 1353/3 1363/5
1363/6 1364/20 1368/22 1369/21
1370/18 1370/21 1371/1 1371/22
1373/19 1374/1 1377/8 1379/21
1380/21 1380/24 1385/19 1390/8
1392/3 1392/10 1392/11 1394/1 1394/5
1398/17 1403/6 1404/5 1413/20
1414/12 1414/20 1414/21 1417/3
1417/4 1417/10 1417/13 1417/13

U

up... [58]  1417/18 1424/8 1424/13
1425/15 1427/13 1432/8 1434/21
1437/21 1438/11 1438/13 1438/13
1438/14 1439/4 1440/18 1441/1 1441/2
1441/5 1441/7 1441/8 1441/12 1441/17
1441/18 1441/19 1441/22 1442/8
1449/17 1455/18 1455/21 1457/6
1458/3 1466/17 1470/8 1472/7 1472/8
1472/13 1472/14 1474/17 1476/11
1477/19 1479/13 1482/5 1482/6
1486/18 1486/21 1488/25 1489/1
1489/2 1489/12 1496/22 1497/10
1499/25 1501/6 1502/14 1502/15
1503/7 1503/7 1504/11 1504/23
upon [11]  1344/18 1376/24 1377/12
1377/14 1377/16 1378/3 1379/12
1404/4 1470/1 1491/1 1494/24
upper [10]  1424/9 1466/20 1467/3
1467/14 1467/19 1468/4 1468/6 1468/9
1481/4 1502/13
upstream [9]  1319/21 1368/3 1368/20
1370/8 1371/20 1444/3 1476/16
1476/25 1477/8
us [12]  1318/23 1360/25 1361/15
1371/23 1372/21 1373/2 1383/8
1383/18 1430/2 1463/13 1466/14
1504/19
use [58]  1346/15 1348/13 1352/5
1360/17 1364/2 1369/23 1370/23
1371/5 1373/6 1373/8 1375/22 1380/3
1380/22 1381/1 1382/19 1382/22
1383/2 1386/25 1391/7 1397/20
1397/25 1398/23 1403/12 1404/22
1405/1 1419/8 1419/9 1419/11 1420/5
1426/8 1428/5 1428/6 1428/12 1429/14
1431/8 1440/4 1440/4 1447/2 1447/14
1449/15 1457/18 1467/18 1469/19
1469/23 1470/4 1470/10 1476/16
1476/20 1481/2 1484/15 1487/18
1493/23 1495/2 1496/21 1497/3 1497/6
1500/1 1502/13
used [78]  1320/22 1326/14 1359/16
1359/21 1359/23 1359/24 1360/12
1363/2 1366/6 1368/17 1370/25 1371/6
1371/8 1372/7 1372/13 1372/17 1373/7
1373/11 1373/15 1379/10 1379/24
1380/4 1383/6 1384/1 1384/11 1386/23
1390/10 1393/8 1393/11 1394/22
1394/23 1395/1 1395/2 1397/21
1398/25 1400/8 1402/13 1403/14
1403/16 1407/25 1421/17 1426/3
1428/23 1430/20 1440/14 1440/24
1453/23 1453/25 1454/21 1456/21
1457/3 1458/25 1468/5 1469/8 1469/24
1470/6 1470/14 1471/15 1471/17
1487/19 1487/24 1488/2 1490/1 1490/4
1490/5 1490/14 1490/14 1490/15
1490/16 1490/16 1490/20 1496/12
1496/15 1496/16 1496/23 1497/5
1498/21 1500/16
useless [1]  1402/22
uses [6]  1422/15 1423/21 1425/18
1429/4 1431/23 1490/23
using [39]  1313/23 1317/23 1323/7
1324/1 1342/20 1359/25 1362/25
1363/11 1363/18 1375/19 1378/4
1382/21 1384/3 1398/15 1400/12
1400/25 1401/9 1403/17 1406/18
1418/21 1429/15 1429/25 1434/20
1440/13 1443/14 1457/22 1467/23
1468/23 1470/13 1470/14 1480/25

1486/12 1486/15 1488/5 1490/6
1490/8 1499/11 1502/23 1503/21
Usually [1]  1361/13

V

vague [2]  1464/9 1468/7
validate [2]  1420/17 1421/1
validated [7]  1420/16 1420/21 1421/16
1423/14 1423/15 1487/18 1494/4
validates [2]  1420/16 1422/4
validation [1]  1422/3
validity [3]  1348/25 1349/2 1478/20
value [22]  1371/4 1374/1 1392/8
1392/24 1393/1 1395/11 1403/11
1403/16 1428/2 1431/23 1437/13
1437/13 1437/17 1437/17 1437/19
1437/20 1437/22 1471/7 1483/19
1499/13 1500/5 1503/6
values [13]  1361/3 1376/9 1376/19
1376/19 1390/8 1397/3 1431/24
1452/10 1457/12 1461/11 1461/17
1490/7 1490/16
valve [14]  1333/4 1339/6 1372/5 1372/7
1372/9 1372/12 1372/15 1372/18
1372/20 1372/24 1459/15 1459/16
1466/9 1466/13
valves [5]  1370/9 1373/20 1376/14
1397/7 1403/2
variables [2]  1338/4 1466/22
variation [1]  1326/18
variations [2]  1478/16 1483/18
variety [8]  1327/18 1327/19 1334/1
1442/7 1443/18 1444/1 1444/4 1497/8
various [8]  1323/4 1323/4 1335/17
1422/16 1422/18 1446/2 1446/5 1496/3
velocities [5]  1409/15 1409/16 1415/10
1415/10 1459/2
velocity [10]  1334/9 1368/25 1369/1
1369/2 1369/4 1381/19 1415/12 1419/4
1419/5 1429/5
vent [2]  1406/14 1407/2
vents [7]  1403/12 1403/18 1404/8
1404/14 1404/20 1405/12 1492/17
verbatim [1]  1421/2
verified [1]  1389/7 1390/13
versus [3]  1408/10 1442/2 1482/18
vertical [2]  1417/22 1417/23
vertically [1]  1477/23
very [87]  1319/3 1352/11 1353/8
1354/20 1357/19 1358/8 1361/1 1361/4
1362/23 1363/16 1364/21 1369/16
1374/16 1375/1 1376/15 1378/24
1380/1 1380/21 1380/24 1384/2
1385/11 1392/17 1392/24 1393/18
1393/18 1393/19 1394/9 1394/23
1400/5 1402/19 1403/6 1404/2 1404/3
1404/22 1405/6 1407/1 1408/10 1409/4
1409/19 1410/2 1412/14 1412/25
1413/6 1413/13 1415/23 1416/16
1416/16 1416/22 1417/20 1418/3
1419/5 1419/17 1426/8 1441/21
1441/22 1447/20 1449/21 1450/1
1452/13 1452/14 1455/6 1455/11
1457/8 1457/9 1459/24 1469/5 1469/6
1472/19 1479/5 1479/25 1480/4 1482/9
1485/17 1485/19 1486/8 1486/20
1486/21 1487/1 1487/15 1488/24
1491/18 1492/2 1494/9 1498/13
1498/18 1499/16 1505/23
vessel [1]  1387/4
via [1]  1351/25
vice [2]  1353/16 1387/25
video [3]  1353/15 1405/18 1425/7

videos [1]  1353/18
view [13]  1320/17 1320/18 1321/15
1323/20 1326/5 1326/6 1343/11
1343/17 1345/16 1352/15 1404/24
1461/2 1492/18
viewed [1]  1320/19
viewgraph [3]  1328/5 1335/4 1460/22
viewgraphs [1]  1339/18
virtually [2]  1326/24 1328/18
viscosity [2]  1360/20 1448/9
visual [5]  1324/1 1402/5 1485/12
1485/22 1486/10
visualization [3]  1321/11 1334/3 1334/4
visually [1]  1323/24
voice [2]  1461/22 1462/1
voiced [3]  1461/2 1462/6 1464/1
VOIR [1]  1355/5
volumes [2]  1381/15 1496/25
vote [1]  1461/17

W

wait [1]  1340/19
waiting [1]  1340/21
walk [3]  1318/23 1367/10 1443/13
walked [1]  1325/4
want [10]  1315/19 1372/11 1402/20
1437/5 1467/20 1472/10 1475/7 1489/8
1503/11 1505/18
wanted [13]  1317/23 1328/9 1328/15
1328/16 1343/16 1351/18 1377/1
1382/8 1383/8 1409/25 1410/2 1410/22
1447/25
wants [1]  1343/12 1404/12
WARREN [1]  1313/15
was [506]
washed [1]  1491/10
Washington [6]  1311/8 1311/16 1312/7
1312/11 1313/16 1463/4
wasn't [7]  1341/2 1341/24 1351/15
1352/3 1423/5 1423/11 1505/2
watch [1]  1381/16
water [17]  1357/20 1357/21 1357/22
1357/22 1358/9 1358/9 1358/10
1358/11 1358/12 1358/13 1359/24
1359/25 1402/20 1402/21 1402/23
1402/25 1403/10
wave [3]  1474/13 1474/15 1474/16
way [35]  1315/20 1315/25 1318/5
1320/9 1321/10 1329/16 1337/24
1338/17 1344/25 1347/4 1349/5
1352/22 1359/11 1369/22 1371/23
1376/18 1407/3 1412/11 1415/21
1416/4 1419/19 1420/5 1427/21
1441/17 1443/14 1446/23 1458/21
1463/18 1469/25 1470/9 1471/20
1475/12 1495/16 1503/14 1503/15
ways [5]  1376/17 1406/23 1419/21
1464/24 1472/12
we [363]
we'll [12]  1318/13 1324/22 1355/3
1401/5 1428/8 1429/1 1433/10 1456/6
1489/12 1504/2 1504/2 1504/19
we're [19]  1318/3 1331/19 1353/18
1358/12 1358/16 1368/3 1375/3
1391/18 1404/5 1405/14 1405/18
1408/8 1410/11 1413/20 1413/21
1430/18 1433/10 1446/22 1486/22
we've [7]  1328/24 1353/21 1405/19
1412/7 1442/15 1448/3 1491/10
Wednesday [5]  1328/8 1328/13 1329/7
1329/13 1499/19
Wednesdaynightrush.XLS [1]  1455/2

week [10]  1328/9 1328/20 1331/7
1340/21 1361/11 1395/23 1446/23
1454/10 1454/10 1454/21
week's [2]  1505/7 1505/17
weekend [10]  1331/24 1332/5 1333/10
1333/17 1333/20 1333/20 1333/24
1341/1 1341/2 1505/9
weeks [2]  1318/24 1499/23
weight [1]  1477/7
weighted [1]  1466/16
Weiner [1]  1313/11
Weitz [1]  1310/9
well [131]  1318/7 1319/4 1320/5 1321/8
1321/15 1321/16 1325/6 1326/17
1327/23 1328/12 1329/22 1330/25
1341/3 1342/16 1344/19 1344/21
1345/5 1345/8 1345/15 1345/25
1347/17 1349/14 1352/23 1354/20
1357/19 1357/19 1357/20 1357/22
1357/23 1358/15 1361/8 1362/2 1362/6
1363/1 1363/12 1363/16 1364/21
1366/1 1368/1 1369/16 1369/16
1369/17 1369/18 1370/16 1372/6
1372/8 1372/13 1372/14 1374/7
1375/11 1379/13 1380/10 1386/22
1387/1 1390/22 1391/21 1391/21
1391/22 1391/24 1392/1 1392/3 1392/3
1392/4 1392/7 1392/9 1392/19 1392/21
1392/22 1392/23 1393/25 1394/8
1396/5 1396/16 1397/25 1398/15
1399/15 1401/2 1401/6 1401/12 1402/5
1402/16 1402/17 1402/18 1403/4
1404/2 1404/3 1409/19 1409/19
1409/20 1409/25 1410/1 1410/3 1410/4
1410/20 1410/23 1410/23 1413/13
1415/21 1415/24 1416/1 1416/4
1421/25 1423/3 1423/13 1443/8
1444/14 1447/14 1450/18 1450/19
1451/2 1452/18 1453/22 1455/22
1467/17 1468/11 1468/16 1468/19
1470/21 1470/22 1475/21 1475/23
1476/18 1479/8 1481/17 1485/8 1492/5
1497/5 1497/23 1504/3 1505/8 1505/23
well-coordinated [2]  1415/24 1416/1
well-defined [2]  1368/1 1455/22
wellbore [8]  1317/18 1347/22 1458/7
1477/13 1477/16 1477/21 1478/5
1478/8
wells [1]  1357/18
went [16]  1341/3 1344/11 1344/12
1346/14 1349/21 1352/23 1352/25
1373/19 1373/20 1375/21 1383/23
1391/25 1392/3 1392/4 1394/8 1452/11
were [175]  1316/4 1316/15 1318/1
1318/11 1318/17 1322/6 1322/16
1323/12 1325/9 1326/20 1327/14
1327/25 1328/9 1329/4 1331/3 1331/8
1331/12 1331/14 1333/16 1335/1
1335/5 1335/16 1335/22 1335/23
1336/9 1337/6 1339/21 1341/15 1343/4
1343/12 1347/12 1347/18 1349/5
1358/8 1358/9 1359/1 1359/9 1359/14
1360/7 1360/8 1360/21 1361/7 1361/10
1361/13 1361/14 1361/15 1361/15
1361/16 1361/16 1361/19 1362/25
1363/2 1363/3 1363/4 1363/8 1363/11
1363/15 1363/18 1363/19 1363/22
1364/1 1364/10 1364/13 1365/25
1370/16 1370/17 1372/10 1373/18
1373/20 1375/1 1375/15 1375/19
1375/20 1376/9 1376/10 1378/12

1379/2 1379/24 1379/25 1380/3
1380/6 1382/11 1382/21 1383/6
1383/1 1384/2 1384/4 1392/20 1392/21
1395/5 1396/13 1397/4 1399/6 1399/8
1402/5 1402/13 1402/19 1402/24
1404/17 1407/1 1409/21 1409/22
1410/1 1410/4 1410/20 1410/23
1413/14 1417/5 1417/7 1418/14
1426/15 1426/23 1428/18 1430/6
1430/10 1430/21 1430/24 1434/16
1442/24 1446/15 1450/1 1450/6
1450/17 1452/8 1452/9 1452/16
1453/16 1454/2 1454/11 1456/18
1457/19 1457/20 1458/6 1458/10
1461/17 1464/16 1464/25 1465/14
1465/17 1467/11 1467/22 1470/3
1470/11 1474/12 1478/20 1479/6
1479/6 1483/9 1483/14 1486/9 1486/23
1489/16 1489/18 1490/12 1490/13
1490/20 1493/16 1494/21 1495/4
1496/3 1496/11 1497/8 1497/16
1497/17 1497/19 1498/5 1499/21
1500/10 1500/12 1500/19 1501/19
1501/22 1502/18 1505/8 1506/1
weren't [3]  1358/18 1435/5 1499/22
what [186]  1315/24 1317/9 1318/1
1318/4 1319/10 1319/24 1320/1 1322/9
1322/18 1324/23 1325/5 1326/15
1326/24 1327/11 1328/2 1328/6 1329/9
1331/20 1333/15 1334/25 1336/6
1337/15 1337/15 1339/2 1339/7 1340/3
1340/17 1340/17 1342/14 1343/15
1343/15 1343/16 1343/18 1345/16
1346/22 1347/10 1348/1 1349/3
1350/20 1351/12 1351/25 1352/5
1352/23 1352/23 1355/2 1355/7
1355/15 1356/19 1356/24 1359/9
1360/18 1360/19 1360/19 1362/13
1363/14 1364/18 1365/25 1368/16
1371/2 1371/5 1372/3 1372/7 1372/13
1374/15 1374/16 1375/10 1375/15
1376/19 1377/8 1378/17 1378/18
1378/18 1378/19 1379/14 1379/17
1379/17 1379/20 1381/11 1381/17
1381/22 1383/6 1384/17 1385/3 1386/5
1387/2 1387/6 1388/24 1389/1 1390/1
1390/6 1390/10 1390/19 1390/23
1392/22 1393/14 1393/14 1395/8
1396/25 1399/2 1400/25 1402/15
1403/4 1405/14 1407/7 1407/13
1407/23 1410/6 1413/17 1415/16
1416/1 1416/15 1417/17 1418/25
1419/16 1420/9 1420/18 1421/19
1421/21 1424/12 1424/15 1424/15
1425/7 1426/15 1426/15 1427/18
1427/20 1427/23 1428/1 1428/3
1429/25 1430/2 1431/7 1431/19
1432/18 1432/22 1432/24 1434/13
1434/14 1435/2 1437/6 1441/25 1442/2
1442/24 1443/22 1444/2 1444/11
1444/16 1445/5 1445/6 1447/7 1447/13
1451/23 1452/7 1452/12 1452/13
1452/16 1457/19 1458/11 1461/3
1462/19 1462/23 1464/9 1467/5 1468/6
1469/11 1469/23 1470/3 1471/5 1474/2
1477/3 1480/1 1483/20 1486/6 1487/13
1488/5 1490/16 1490/20 1492/20
1493/16 1494/7 1497/6 1498/11
1498/17 1499/3 1501/10 1501/22
what's [9]  1319/25 1343/5 1397/22
1425/14 1427/13 1429/2 1448/25
1477/4 1477/4
whatever [5]  1319/25 1337/22 1439/1

1446/14 1492/6
1501/14 1505/5
when [70]  1317/12 1320/12 1322/20
1323/3 1323/6 1329/15 1336/1 1339/4
1346/15 1361/16 1368/10 1369/9
1383/3 1385/16 1392/22 1393/2 1397/4
1401/2 1401/14 1402/13 1405/20
1405/24 1405/24 1407/10 1408/13
1408/16 1409/23 1410/22 1414/25
1415/10 1417/11 1417/12 1417/14
1419/13 1419/17 1420/3 1420/6
1420/10 1420/19 1421/9 1421/11
1434/24 1435/4 1435/15 1435/21
1438/1 1442/6 1451/25 1459/8 1459/15
1466/9 1470/2 1470/11 1470/19 1471/9
1471/12 1474/11 1474/11 1475/8
1481/10 1481/11 1481/18 1482/17
1483/8 1483/9 1483/14 1490/20
1496/22 1498/2 1504/19
whenever [2]  1325/16 1353/3
where [47]  1322/13 1322/16 1341/7
1347/19 1347/21 1355/17 1355/20
1356/17 1361/14 1370/17 1373/17
1376/20 1379/4 1379/25 1380/12
1408/12 1408/15 1410/21 1412/23
1417/20 1424/18 1425/19 1426/1
1427/14 1428/13 1430/17 1433/21
1435/25 1439/15 1446/4 1451/8 1456/2
1457/18 1466/8 1473/10 1475/15
1478/4 1478/8 1479/19 1499/9 1499/10
1499/10 1500/21 1500/23 1502/16
1503/9 1503/9
whereas [1]  1359/12
WHEREUPON [5]  1315/6 1353/23
1354/1 1414/6 1506/1
wherever [1]  1428/14
whether [10]  1316/13 1361/19 1387/9
1399/6 1402/9 1423/14 1485/9 1487/23
1488/4 1503/22
which [64]  1317/19 1318/3 1323/10
1325/4 1325/20 1333/10 1337/3
1341/14 1344/18 1346/9 1347/4 1349/4
1349/15 1349/17 1350/22 1351/9
1351/10 1365/17 1371/6 1375/10
1379/21 1380/2 1380/17 1390/3
1397/25 1398/25 1400/12 1403/16
1403/18 1404/21 1404/21 1407/3
1408/10 1417/2 1424/10 1425/25
1427/16 1427/20 1434/14 1439/11
1439/13 1443/13 1448/6 1453/16
1455/18 1457/6 1458/25 1461/5 1461/9
1461/16 1464/3 1465/5 1465/24
1467/19 1470/15 1471/6 1474/17
1485/25 1486/7 1490/11 1491/22
1498/14 1499/15 1504/18
while [12]  1358/10 1359/3 1361/19
1361/21 1402/18 1416/20 1416/24
1421/13 1450/15 1455/21 1477/7
1477/22
Whiteley [1]  1311/2
who [16]  1335/17 1336/13 1337/15
1343/22 1343/24 1344/5 1362/20
1377/12 1386/1 1395/23 1398/13
1410/17 1430/15 1430/19 1431/25
1462/7
who's [1]  1412/12
whoever [1]  1337/16
whole [5]  1352/11 1354/7 1463/8 1472/6
1472/8
whose [1]  1341/22
why [16]  1358/13 1369/15 1382/22
1406/23 1411/22 1412/24 1415/8
1424/22 1428/14 1430/9 1431/23

Case 2:10-md-02179-CJB-DPC Document 13527-35 Filed 10/19/14 Page 234 of 234

why... [5]  1437/18 1438/13 1447/13
1467/14 1504/23
widely [1]  1380/23
widen [1]  1415/11
widening [1]  1351/10
will [18]  1326/16 1330/9 1333/6 1365/21
1394/9 1419/15 1424/14 1428/18
1438/12 1438/13 1439/24 1446/18
1460/14 1476/7 1478/1 1504/11
1504/12 1505/22
willing [1]  1435/5
WINFIELD [1]  1310/19
within [10]  1317/18 1326/17 1347/17
1369/14 1384/2 1385/20 1418/15
1429/13 1443/7 1481/3
without [7]  1342/21 1363/14 1378/18
1401/16 1422/5 1426/18 1457/22
witness [15]  1342/23 1342/24 1353/12
1353/15 1377/8 1378/17 1389/19
1428/6 1430/2 1430/15 1431/5 1431/25
1433/11 1504/6 1505/10
witnessed [1]  1383/24
witnesses [2]  1504/3 1504/18
Woods [1]  1334/9
word [6]  1342/14 1351/19 1453/23
1454/17 1460/14 1488/11
wording [2]  1317/8 1468/8
words [4]  1406/19 1446/25 1470/25
1471/1
work [72]  1329/20 1331/1 1331/23
1332/3 1345/1 1350/1 1350/3 1350/24
1355/10 1355/12 1356/6 1356/13
1357/7 1357/10 1358/21 1359/3 1359/4
1360/3 1361/5 1361/18 1362/2 1362/11
1362/23 1367/3 1378/8 1381/9 1381/10
1382/4 1382/9 1384/13 1402/1 1413/15
1413/17 1413/18 1413/18 1415/19
1417/20 1422/1 1423/4 1423/8 1433/23
1436/6 1436/7 1436/11 1436/14
1436/17 1436/18 1438/8 1441/17
1441/18 1457/24 1467/23 1468/18
1470/1 1479/2 1479/7 1479/9 1479/12
1480/10 1495/12 1497/16 1497/20
1497/25 1498/3 1498/4 1498/6 1498/7
1498/9 1498/11 1498/12 1501/15
1503/3
worked [9]  1333/22 1336/15 1336/20
1355/13 1355/22 1357/18 1362/12
1442/7 1455/6
working [10]  1331/8 1331/12 1351/15
1361/16 1367/7 1441/12 1442/11
1467/14 1467/18 1505/20
works [1]  1423/1
worry [1]  1411/18
worse [1]  1369/20
would [153]  1317/11 1317/14 1318/5
1319/10 1320/5 1321/10 1321/10
1324/4 1325/12 1325/15 1326/23
1326/23 1327/3 1328/13 1331/6
1331/13 1335/20 1338/3 1338/17
1338/17 1338/19 1345/5 1346/8
1346/24 1348/13 1348/19 1349/9
1349/12 1349/15 1349/16 1349/17
1349/17 1350/11 1351/21 1352/6
1353/1 1353/1 1353/2 1357/23 1357/25
1360/12 1360/21 1361/20 1363/12
1365/17 1368/9 1369/22 1370/6
1370/15 1370/18 1371/17 1372/11
1373/3 1376/11 1377/21 1377/24
1378/11 1381/14 1381/16 1381/17
1381/18 1382/20 1383/2 1383/2

1384/13 1384/13 1384/14 1385/6
1385/6 1386/18 1386/23 1386/24
1387/13 1388/12 1390/9 1391/3
1394/10 1400/23 1402/3 1402/10
1403/9 1408/20 1409/25 1410/4
1410/23 1413/24 1414/1 1415/21
1415/25 1417/17 1417/19 1417/21
1418/11 1419/2 1419/16 1419/23
1420/6 1424/19 1426/2 1428/4 1430/25
1431/1 1431/1 1431/2 1434/3 1436/7
1436/15 1437/9 1439/13 1440/13
1440/24 1446/24 1447/20 1447/25
1449/17 1452/18 1458/22 1459/14
1462/13 1463/6 1464/7 1465/16
1465/24 1467/23 1468/19 1468/22
1468/22 1469/9 1471/7 1471/24
1475/23 1476/4 1476/21 1477/14
1477/17 1478/5 1478/9 1478/16 1482/2
1488/22 1491/22 1493/23 1493/25
1496/24 1497/10 1499/8 1499/11
1500/4 1501/23 1502/7 1504/22 1505/4
wouldn't [6]  1344/17 1349/2 1403/10
1434/11 1434/14 1502/5
wrap [1]  1432/8
wrapping [1]  1413/20
Wright [1]  1309/21
write [9]  1365/2 1398/17 1399/14
1414/24 1446/18 1470/25 1480/10
1481/7 1481/9
write-up [1]  1398/17
writes [5]  1386/20 1387/3 1396/9
1421/12 1467/12
writing [3]  1415/2 1426/18 1451/25
written [5]  1332/21 1341/21 1430/25
1431/2 1453/25
wrong [8]  1384/18 1406/18 1406/23
1426/15 1426/15 1429/7 1440/8
1490/12
wrote [20]  1330/11 1331/9 1335/5
1335/14 1351/12 1352/6 1379/6
1399/17 1444/16 1445/5 1450/7 1470/2
1471/1 1471/2 1479/16 1480/1 1480/15
1481/10 1481/18 1497/13

Y

yeah [3]  1325/12 1333/15 1477/22
year [3]  1369/8 1456/7 1479/8
years [4]  1355/13 1356/23 1412/14
1435/9
yes [327]
yet [2]  1426/3 1504/17
yield [3]  1390/9 1443/19 1452/20
yielded [1]  1395/10
York [3]  1310/11 1310/11 1313/8
you [795]
you'd [4]  1317/25 1326/24 1355/20
1369/7
you'll [1]  1488/1
you're [32]  1316/14 1317/9 1318/3
1337/19 1337/23 1340/22 1349/14
1353/11 1410/17 1410/24 1437/21
1439/7 1443/22 1444/1 1444/17
1444/19 1445/11 1446/7 1446/13
1446/23 1448/22 1475/25 1482/12
1482/21 1488/5 1489/21 1491/17
1491/25 1493/11 1503/21 1504/4
1504/23
you've [6]  1326/20 1334/25 1354/7
1355/22 1403/24 1494/8
your [323]
Your Honor [2]  1315/12 1380/7
yours [1]  1390/16
yourself [2]  1328/14 1385/16

Z

Zaldivar [45]  1416/10 1416/11 1416/12
1416/15 1418/13 1418/19 1418/21
1418/25 1419/7 1420/8 1420/20
1420/25 1421/12 1421/14 1422/1
1422/13 1423/6 1423/8 1423/13
1423/21 1424/7 1425/16 1425/22
1426/12 1427/17 1427/18 1427/19
1427/22 1428/1 1428/21 1429/4 1431/1
1431/2 1431/11 1431/13 1431/18
1431/20 1487/17 1488/20 1490/8
1490/15 1490/19 1490/23 1494/1
1502/7
Zaldivar's [22]  1417/24 1423/1 1423/15
1423/25 1424/6 1425/16 1426/9
1426/15 1429/19 1430/6 1430/9
1430/11 1430/24 1487/14 1488/11
1488/17 1489/25 1490/9 1490/12
1493/11 1494/3 1501/19
zero [19]  1319/11 1323/23 1342/17
1344/18 1345/5 1373/1 1392/7 1392/18
1392/23 1403/9 1404/21 1408/12
1409/7 1409/11 1439/20 1439/24
1471/21 1484/10 1493/2
Zick [4]  1470/1 1470/3 1504/12 1504/14
Ziegler's [1]  1505/21