09:31:22

```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3     ************************************************************

       IN RE:  OIL SPILL BY THE          Docket No. MDL-2179
 4     OIL RIG DEEPWATER HORIZON          Section "J"
       IN THE GULF OF MEXICO ON          New Orleans, LA
 5     APRIL 20, 2010                     Tuesday, October 8, 2013
       CIVIL
 6
       ************************************************************
 7     IN RE:  THE COMPLAINT AND          Docket No. 10-CV-2771
       PETITION OF TRITON ASSET          Section "J"
 8     LEASING GmbH, ET AL
       ************************************************************
 9     UNITED STATES OF AMERICA           Docket No. 10-CV-4536
       V.                                 Section "J"
10     BP EXPLORATION & PRODUCTION,
       INC., ET AL
11     ************************************************************
                          DAY 6, MORNING SESSION
12               TRANSCRIPT OF NON-JURY TRIAL PROCEEDINGS
                 HEARD BEFORE THE HONORABLE CARL J. BARBIER
13                    UNITED STATES DISTRICT JUDGE

14
       APPEARANCES:
15
       FOR THE PLAINTIFFS:                HERMAN HERMAN & KATZ
16                                        BY:  STEPHEN J. HERMAN, ESQ.
                                          820 O'Keefe Ave.
17                                        New Orleans, LA 70113

18                                        DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                          BY:  JAMES P. ROY, ESQ.
19                                        P. O. Box 3668
                                          556 Jefferson St.
20                                        Lafayette, LA 70502-3668

21                                        LEVIN PAPANTONIO THOMAS MITCHELL
                                          RAFFERTY & PROCTOR
22                                        BY:  BRIAN H. BARR, ESQ.
                                          316 South Baylen Street, Suite 600
23                                        Pensacola, FL 32502

24                                        WEITZ & LUXENBERG
                                          BY:  ROBIN L. GREENWALD, ESQ.
25                                        700 Broadway
                                          New York, NY 10003
```

```
 1                                    IRPINO LAW FIRM
                                      BY:  ANTHONY IRPINO, ESQ.
 2                                    2216 Magazine Street
                                      New Orleans, LA 70130
 3
                                      LUNDY LUNDY SOILEAU & SOUTH
 4                                    BY:  MATTHEW E. LUNDY, ESQ.
                                      501 Broad Street
 5                                    Lake Charles, LA 70601

 6                                    MORGAN & MORGAN
                                      BY:  FRANK M. PETOSA, ESQ.
 7                                    600 N. Pine Island Rd., Suite 400
                                      Plantation, FL 33324
 8

 9  FOR THE STATE OF LOUISIANA:       KANNER & WHITELEY
                                      BY:  ALLAN KANNER, ESQ.
10                                         DOUGLAS R. KRAUS, ESQ.
                                      701 Camp St.
11                                    New Orleans, LA 70130

12

13  FOR THE STATE INTERESTS:          ATTORNEY GENERAL OF ALABAMA
                                      BY:  COREY L. MAZE, ESQ.
14                                         WINFIELD J. SINCLAIR, ESQ.
                                      500 Dexter Ave.
15                                    Montgomery, AB 36130

16  FOR THE UNITED STATES
    DEPARTMENT OF JUSTICE:            U.S. DEPARTMENT OF JUSTICE
17                                    ENVIRONMENTAL ENFORCEMENT SECTION
                                      BY:  SARAH HIMMELHOCH, ESQ.
18                                         A. NATHANIEL CHAKERES, ESQ.
                                           STEVEN O'ROURKE, ESQ.
19                                         SCOTT CERNICH, ESQ.
                                           THOMAS BENSON, ESQ.
20                                         ANNA CROSS, ESQ.
                                           BETHANY ENGEL, ESQ.
21                                         RICHARD GLADSTEIN, ESQ.
                                           JUDY HARVEY, ESQ.
22                                    P.O. Box 7611
                                      Washington, DC 20044
23
                                      U.S. DEPARTMENT OF JUSTICE
24                                    TORTS BRANCH, CIVIL DIVISION
                                      BY:  STEPHEN G. FLYNN, ESQ.
25                                    P.O. Box 14271
                                      Washington, DC 20044-4271
```

```
 1
     FOR BP AMERICA INC., BP
 2   AMERICA PRODUCTION COMPANY,
     BP COMPANY NORTH AMERICA,
 3   INC., BP CORPORATION NORTH
     AMERICA, INC., BP EXPLORATION &
 4   PRODUCTION INC., BP HOLDINGS
     NORTH AMERICA LIMITED, BP
 5   PRODUCTS NORTH AMERICA INC.:      LISKOW & LEWIS
                                       BY:  DON K. HAYCRAFT, ESQ.
 6                                     One Shell Square, Suite 5000
                                       701 Poydras St.
 7                                     New Orleans, LA 70139

 8                                     COVINGTON & BURLING
                                       BY:  ROBERT C. "MIKE" BROCK, ESQ.
 9                                     1201 Pennsylvania Ave., NW
                                       Washington, DC 20004
10
                                       KIRKLAND & ELLIS
11                                     BY:  J. ANDREW LANGAN, ESQ.
                                            HARIKLIA KARIS, ESQ.
12                                          MATTHEW T. REGAN, ESQ.
                                            BARRY E. FIELDS, ESQ.
13                                          PAUL D. COLLIER, ESQ.
                                       300 N. LaSalle
14                                     Chicago, IL 60654

15                                     KIRKLAND & ELLIS
                                       BY:  ROBERT R. GASAWAY, ESQ.
16                                          JOSEPH A. EISERT, ESQ.
                                            BRIDGET K. O'CONNOR, ESQ.
17                                     655 Fifteenth St., N.W.
                                       Washington, D.C. 20005
18
                                       KIRKLAND & ELLIS, LLP
19                                     BY:  MARTIN BOLES, ESQ.
                                       333 South Hope St.
20                                     Los Angeles, CA 90071

21   FOR HALLIBURTON
     ENERGY SERVICES, INC.:            GODWIN LEWIS
22                                     BY:  DONALD E. GODWIN, ESQ.
                                            SEAN W. FLEMING, ESQ.
23                                          JENNY L. MARTINEZ, ESQ.
                                            BRUCE W. BOWMAN, JR., ESQ.
24                                          PRESCOTT W. SMITH, ESQ.
                                       Renaissance Tower
25                                     1201 Elm St., Suite 1700
                                       Dallas, TX 75270
```

```
 1
                                       GODWIN LEWIS
 2                                     BY:  R. ALAN YORK, ESQ.
                                            GWEN E. RICHARD, ESQ.
 3                                     4 Houston Center
                                       1331 Lamar, Suite 1665
 4                                     Houston, TX 77010

 5
          FOR ANADARKO PETROLEUM
 6        CORPORATION, ANADARKO E&P
          COMPANY, LP:                 KUCHLER POLK SCHELL WEINER &
 7                                     RICHESON
                                       BY:  DEBORAH D. KUCHLER, ESQ.
 8                                     1615 Poydras St., Suite 1300
                                       New Orleans, LA 70112
 9
                                       BINGHAM McCUTCHEN
10                                     BY:  WARREN A. FITCH, ESQ.
                                            KY E. KIRBY, ESQ.
11                                     2020 K Street, N.W.
                                       Washington, D.C. 20006
12

13        FOR TRANSOCEAN HOLDINGS, LLC,
          TRANSOCEAN OFFSHORE DEEPWATER
14        DRILLING INC., AND TRANSOCEAN
          DEEPWATER
15        INC.:                        FRILOT
                                       BY:  KERRY J. MILLER, ESQ.
16                                     Energy Centre, 36th Floor
                                       1100 Poydras St.
17                                     New Orleans, LA 70163

18                                     SUTHERLAND ASBILL & BRENNAN
                                       BY:  STEVEN L. ROBERTS, ESQ.
19                                     1001 Fannin St., Suite 3700
                                       Houston, TX 77002
20
                                       MUNGER TOLLES & OLSON
21                                     BY:  MICHAEL R. DOYEN, ESQ.
                                            BRAD D. BRIAN, ESQ.
22                                          LUIS LI, ESQ.
                                            GRANT A. DAVIS-DENNY, ESQ.
23                                          TAMERLIN J. GODLEY, ESQ.
                                       355 South Grand Ave., 35th Floor
24                                     Los Angeles, CA 90071-1560

25
```

```
 1                                         ALLEN J. KATZ, ESQ.
                                           316 East Diamond Avenue
 2                                         Gaithersburg, MD 20877

 3
     FOR THE STATE OF TEXAS:              OFFICE OF THE ATTORNEY GENERAL
 4                                         BY:  CRAIG PRITZLAFF, ESQ.
                                               THOMAS H. EDWARDS, ESQ.
 5                                         ASSISTANT ATTORNEY GENERAL
                                           P.O. Box 12548
 6                                         Austin, TX 78711-2548

 7
     FOR THE STATE OF FLORIDA:            NIX PATTERSON & ROACH
 8                                         BY:  S. DRAKE MARTIN, ESQ.
                                           1701 E. Count Highway 30-A
 9                                         Suite 201-B
                                           Santa Rosa Beach, FL 32459
10
                                           OFFICE OF THE ATTORNEY GENERAL
11                                         STATE OF FLORIDA
                                           BY:  RUSSELL S. KENT, ESQ.
12                                         The Capitol, PL-01
                                           Tallahassee, FL 32399
13
14   FOR THE STATE OF MISSISSIPPI:        MIKE MOORE LAW FIRM
                                           BY:  DAVID LEE MARTIN, ESQ.
15                                         10 Canebrake Blvd., Suite 150
                                           Flowood, MS 39232
16
                                           McCRANEY MONTAGNET QUIN NOBLE
17                                         BY:  WILLIAM M. QUIN, II, ESQ.
                                           602 Steed Rd., Suite 200
18                                         Ridgeland, MS 39157
19
     OFFICIAL COURT REPORTER:             Karen A. Ibos, CCR, RPR, CRR, RMR
20                                         500 Poydras Street, Room HB-406
                                           New Orleans, LA 70130
21                                         (504) 589-7776
22
             Proceedings recorded by mechanical stenography, transcript
23   produced by computer.
24
25
```

1512

1                          I N D E X

2

3

4   WITNESSES FOR THE GOVERNMENT:                PAGE/LINE:

5   PAUL HSIEH

6     Direct Examination by Ms. Harvey          1516/23

7     Cross-Examination by Mr. Boles            1537/2

8     Redirect Examination by Ms. Harvey        1591/21

9

10  VIDEO DEPOSITION CLIP OF DAVID BARNETT       1594/18

11

12  STEWART GRIFFITHS

13    Voir Dire Examination by Mr. Benson        1595/19

14    Direct Examination by Mr. Benson           1602/8

15

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

(TUESDAY, OCTOBER 8, 2013)

(MORNING SESSION)

08:06:43  (OPEN COURT.)

08:06:43       THE COURT:  Good morning, everyone.  Before we resume,

08:06:56  let me announce the chess clock results from yesterday.  According

08:07:02  to our calculations, the United States used four hours and

08:07:06  12 minutes, has 40 hours and 48 minutes remaining; BP used three

08:07:12  hours and 36 minutes, has 41:24 remaining.

08:07:18       MS. SARGENT:  Your Honor, good morning, Amelia Sargent

08:07:22  for Transocean, and on behalf of the Aligned Parties.  I would like

08:07:24  to file, offer and ask to have introduced the exhibits that were

08:07:26  used in the cross-examination of Adam Ballard and Iain Adams.  The

08:07:30  exhibits have been circulated and we've received no objections.

08:07:34       THE COURT:  All right.  Any remaining objections?

08:07:36  Hearing none, those are admitted.

08:07:39       MS. SARGENT:  Thank you.

08:07:40       MR. REGAN:  Good morning, your Honor.  Matt Regan on

08:07:43  behalf of BP.  I am here to offer the exhibits we used in the

08:07:46  cross-examination of Dr. Tom Hunter.

08:07:49       THE COURT:  Any objections?  Without objection, those are

08:07:53  admitted.

08:07:54       MR. REGAN:  Thank you, your Honor.

08:07:55       THE COURT:  Sure.

08:07:57 1      MR. O'ROURKE:  Good morning, your Honor, Steve O'Rourke.

08:08:00 2  I wanted to talk about the order of witnesses for today and

08:08:02 3  tomorrow.

08:08:02 4      THE COURT:  Okay.

08:08:03 5      MR. O'ROURKE:  We have three live witnesses planned for

08:08:06 6  today plus one ten-minute video, that's Dr. Hsieh, a video,

08:08:10 7  Dr. Griffiths, Dr. Zick.

08:08:11 8      THE COURT:  Okay.

08:08:12 9      MR. O'ROURKE:  So there is a chance that we could end a

08:08:14 10 little early if they don't run to six o'clock, maybe four or five.

08:08:18 11 We have got two witnesses left, we would call Kelkar first,

08:08:21 12 Pooladi-Darvish last, and that would be the end of our case, plus

08:08:24 13 one video tomorrow.

08:08:25 14     THE COURT:  Okay.

08:08:25 15     MR. O'ROURKE:  What I want to ask permission for is,

08:08:27 16 Kelkar has just got here and we don't really have him ready to go

08:08:31 17 today, so we would like to ask permission to break early today if

08:08:34 18 we end after the three, tomorrow call Kelkar in the morning,

08:08:38 19 Pooladi-Darvish in the afternoon.

08:08:39 20     THE COURT:  In other words, if we finish with Hsieh,

08:08:41 21 Griffiths and Zick, we would just -- whatever time that is, we

08:08:45 22 would recess until the morning.

08:08:47 23     MR. O'ROURKE:  Yes, sir.

08:08:48 24     THE COURT:  That sounds reasonable to me.

08:08:50 25     MR. O'ROURKE:  Thank you very much.

08:08:51   1          THE COURT:  Looks like there's s good likelihood you will

08:08:53   2   actually finish your case this week, right?

08:08:55   3          MR. O'ROURKE:  It's quite possible we will be finished

08:08:57   4   tomorrow by six.  We can't control the cross, of course, but that

08:09:02   5   would be my guess.

08:09:03   6          THE COURT:  All right.

08:09:05   7          MR. BROCK:  And Mr. O'Rourke and I have discussed this

08:09:07   8   this morning.  And I have witnesses in transit, and I've advised

08:09:11   9   him that I will be ready with either Dr. Johnson or Dr. Blunt on

08:09:15  10   Thursday morning.  Dr. Johnson is here, Dr. Blunt is en route.

08:09:21  11          So the one thing I would like to do is that if the

08:09:24  12   testimony, for whatever reason, spills over into Thursday, I would

08:09:29  13   prefer not to start Dr. Blunt in the afternoon because that would

08:09:33  14   put him here for four additional days, so I'll -- I can make it

08:09:38  15   work with Dr. Johnson, I'll try to squeeze him in in the time that

08:09:42  16   would allow for that.  And assuming I can get Dr. Blunt here, he is

08:09:47  17   in transit, we'll try to go with him Thursday morning.  But I'll

08:09:50  18   keep them apprised and the Court as it develops.

08:09:53  19          THE COURT:  Okay.  Thank you.  Any other preliminary

08:09:56  20   matters?

08:09:57  21          MR. BROCK:  I was just going to, while I am here, your

08:10:00  22   Honor, let you know that I would like to offer the exhibits that

08:10:02  23   were used in the Dr. Chu deposition.  These have been circulated

08:10:06  24   and there are no objections.

08:10:07  25          And then with regard to Adam Ballard, I'll also offer his

08:10:11 1    exhibits.  There were some objections to these.  They have been

08:10:15 2    resolved.  And the list that I am presenting now is the list that

08:10:21 3    was worked out between the parties.

08:10:23 4              THE COURT:  Any remaining objections?  Hearing none,

08:10:25 5    those are all admitted.

08:10:31 6              MR. BROCK:  The Chu video clip, yes.

08:10:33 7              THE COURT:  Okay.  Yes.

08:10:36 8              MS. HARVEY:  Your Honor, Judy Harvey for the U.S.  We are

08:10:39 9    just going to go get Dr. Hsieh.

08:10:41 10             THE COURT:  Okay.  Do we have anyone here from Georgia?

08:11:12 11   No lawyers from Georgia.  Okay.  I was going to offer my

08:11:16 12   condolences to you, too, after last night.

08:11:20 13        (WHEREUPON, PAUL HSIEH, WAS SWORN IN AND TESTIFIED AS

08:11:25 14        FOLLOWS:)

08:11:25 15             THE DEPUTY CLERK:  Take a seat.  If you'll state and

08:11:27 16   spell your name for the record.

08:11:31 17             THE WITNESS:  Paul Hsieh, my last name is spelled

08:11:35 18   H-S-I-E-H.

08:12:03 19             THE COURT:  All right, Ms. Harvey.

08:12:05 20             MS. HARVEY:  Your Honor, may it please the Court, Judy

08:12:07 21   Harvey on behalf of the United States.

08:11:39 22                      DIRECT EXAMINATION

08:11:39 23   BY MS. HARVEY:

08:12:08 24   Q.  Dr. Hsieh, can you please introduce yourself to the Court.

08:12:11 25   A.  Yes.  My name is Paul Hsieh.  I work as a research hydrologist

08:12:15  1  for the U.S. Geological Survey.  My office is Menlo Park,

08:12:19  2  California.

08:12:20  3  Q.  And can you briefly describe your educational background.

08:12:23  4  A.  I received my undergraduate degree, my bachelor's degree in

08:12:27  5  civil engineering from Princeton University, and I received my

08:12:31  6  master's and Ph.D. degrees in hydrology and water resources from

08:12:37  7  the University of Arizona.

08:12:38  8  Q.  And how long have you been with the U.S. Geological Survey, or

08:12:42  9  USGS?

08:12:43 10  A.  For about 35 years.

08:12:44 11  Q.  And what are your job responsibilities at the USGS?

08:12:48 12  A.  I carry out research on fluid flow in the subsurface.  I

08:12:54 13  develop computer simulation models to simulate fluid flow and I

08:12:59 14  develop field methods to make these measurements in the field.

08:13:02 15  Q.  Let's turn to Demonstrative D1301, please, and turn to your

08:13:11 16  involvement in the *Deepwater Horizon* oil spill.  Dr. Hsieh, can you

08:13:16 17  please describe the nature of your involvement with the *Deepwater*

08:13:18 18  *Horizon* Oil Spill Response.

08:13:20 19  A.  Yes.  My involvement with the Oil Spill Response is summarized

08:13:24 20  in three -- these three bullets, which describe three types of work

08:13:29 21  that I did.  The first type of work was from late June to

08:13:35 22  July 15th, so this was before the well was capped, and this work

08:13:40 23  was to develop criteria, or we call it the shut-in criteria, to

08:13:44 24  determine whether the well was -- or had integrity or not and,

08:13:51 25  therefore, whether the well should stay shut in or not after the

08:13:55 1    well was closed.

08:13:57 2           The second part of my work went from July 15th when the

08:14:01 3    well was shut in to early August, and this work was to develop a

08:14:07 4    model to simulate oil flow in the reservoir.  And this model known

08:14:13 5    as the leak detection model was used to determine whether there was

08:14:19 6    leak coming from the well.

08:14:20 7           And the third part of my work was done from late July

08:14:26 8    into early August, and that was to estimate the flow rate from the

08:14:31 9    Macondo well and the total quantity of oil that was discharged from

08:14:36 10   the reservoir.  And this was done by modifying the leak detection

08:14:39 11   model so that it can be actually used for calculating oil flow

08:14:45 12   rates and total quantity, and that is called the flow rate

08:14:50 13   estimation model.

08:14:51 14   Q.  And when did your involvement in the response activities begin?

08:14:55 15   A.  My involvement began in late June, around June 20th, and that's

08:15:01 16   when I was involved.

08:15:03 17   Q.  And who asked you to become involved?

08:15:06 18   A.  At that time, the director of the U.S. Geological Survey,

08:15:11 19   Marcia McNutt, asked me to be involved.

08:15:14 20   Q.  And do you know why you were asked to become involved in the

08:15:17 21   response?

08:15:17 22   A.  Yes.  The government science team needed somebody with

08:15:20 23   expertise in modeling fluid flow in the subsurface, and I have that

08:15:25 24   expertise.

08:15:25 25   Q.  And let's turn specifically to the first phase of your work in

08:15:29  1   developing criteria to determine whether the capping stack could

08:15:34  2   stay closed.  Could you please explain what you were asked to do

08:15:37  3   with respect to that task?

08:15:39  4   A.  Yes.  So stopping the oil flow was, of course, the primary

08:15:43  5   objective, but stopping the oil flow by capping the well at the top

08:15:49  6   ran a certain risk.  The thinking at that time was that the initial

08:15:55  7   explosion on April 20th could have damaged the well, this damage

08:15:59  8   would be ruptured disks in the casing could have been blown open,

08:16:04  9   and if that were the case, then shutting in the well from the top

08:16:07 10   would cause oil to leak out of the casing into the sediments.

08:16:13 11          This could hydrofrac the sediment and break into the

08:16:17 12   seafloor, that's called broaching, and that could lead to an

08:16:21 13   underground blowout.

08:16:23 14          So to evaluate the integrity of the well, it was decided

08:16:28 15   to shut it in for a brief period, measure the pressure and

08:16:33 16   determine whether the well had integrity.  It was called a well

08:16:37 17   integrity test.  And our job was to develop criteria to make the

08:16:42 18   determination for whether the well had integrity or not.

08:16:45 19   Q.  And did you work with anyone else on this task?

08:16:49 20   A.  Yes.  I worked in the team of government scientists, which was

08:16:54 21   composed of my colleagues from the USGS, as well as scientists from

08:17:01 22   the DOE, Department of Energy National Labs.  And this team was

08:17:05 23   called the Well Integrity Team.

08:17:07 24   Q.  And where did you conduct this work?

08:17:09 25   A.  This work was conducted both in Houston in the Westlake offices

08:17:15  1    of BP, and also in my office in Menlo Park.

08:17:20  2    Q.  And what kind of information did you receive in developing the

08:17:25  3    well shut-in criteria?

08:17:26  4    A.  We received information from BP on a number of subjects, so

08:17:35  5    this would include well information, the well construction, the

08:17:41  6    logs that were obtained from well drilling; also geologic

08:17:46  7    interpretation from 3D seismic and computer simulations of

08:17:53  8    broaching an underground blowout from oil leaking out of the well.

08:17:57  9    And also simulations of reservoir, the oil reservoir itself.

08:18:00 10    Q.  And you mentioned you received information from BP.  Do you

08:18:06 11    recall who you worked with from BP on this matter?

08:18:09 12    A.  We attended many meetings in which BP personnel were present.

08:18:15 13    But the people that I remember the most in terms of working with

08:18:20 14    them would include Kelly McAughan and Mike -- Bob Merrill.  They

08:18:28 15    are both BP employees who did reservoir simulation.  Mike Levitan,

08:18:34 16    who did well test analysis.  Steve Willson is the BP expert on rock

08:18:42 17    mechanics, and he did the simulations on broaching and subsurface

08:18:48 18    blowout.  And Mike Mason, who did modeling of flow in the well.

08:18:53 19    Q.  And --

08:18:55 20    A.  I'm sorry, there are many other people, but those are the names

08:18:59 21    that I recall the best.

08:19:00 22    Q.  And did your team eventually recommend pressure criteria for

08:19:06 23    the shut-in test?

08:19:07 24    A.  Yes.  The Well Integrity Team made recommendations on how to

08:19:14 25    evaluate the pressure to determine whether the well was -- had

08:19:19  1    integrity or not.

08:19:20  2    Q.  And can we, please, pull up TREX 141394, titled "Well Integrity

08:19:26  3    Test."  And let's turn to callout 141394.12.2.US.  Dr. Hsieh, are

08:19:38  4    these the final well shut-in criteria?

08:19:40  5    A.  Yes, these are the final criteria that were adopted to

08:19:43  6    determine whether the well had integrity or not.  And the criteria

08:19:48  7    consisted of evaluating the pressure in the capping stack after the

08:19:52  8    well was shut-in, and this pressure was divided into three ranges.

08:19:57  9    We call those low pressure range, medium pressure range or high

08:20:02 10    pressure range.

08:20:03 11         So the low pressure range in this chart is described by

08:20:07 12    the area in red, and low meaning anything less than 6000 psi; the

08:20:14 13    medium pressure range is from 6000 psi to 7500 psi, and that's

08:20:21 14    indicated by the yellow zone; and anything higher than the 7500 psi

08:20:27 15    would be considered high pressure, and that's described by the

08:20:32 16    green zone.

08:20:33 17         So if after the well was shut in, the pressure rose into

08:20:36 18    the low zone, the conclusion would be that the well did not have

08:20:41 19    integrity and oil would be leaking out of the well.  If the

08:20:45 20    pressure rose into the middle, into medium zone, then it's not

08:20:51 21    clear whether the well had integrity or not.  And if the pressure

08:20:54 22    rose into the high zone, that would be interpreted that the well

08:20:59 23    had integrity and a shut-in would not cause oil to leak out of the

08:21:03 24    well.

08:21:04 25    Q.  And can you explain what you mean by loss of well integrity?

08:21:08  1   A.  Loss of well integrity refers to the thinking that the initial

08:21:15  2   explosion could have blown open the ruptured disks installed in the

08:21:20  3   well casing, and if those ruptured disks were open, then closing

08:21:26  4   the well would allow oil to leak out into the surrounding

08:21:31  5   formation, and in that case, the well would have lost its

08:21:35  6   integrity.  Conversely, if the ruptured disks were not open and the

08:21:41  7   well is able to contain the oil, then the well is said to have

08:21:45  8   integrity.

08:21:45  9   Q.  In the period of time that you and the science team worked on

08:21:50 10   developing the pressure criteria, did anyone from BP express to you

08:21:54 11   a concern that high pressures on shutting in the well could cause

08:21:57 12   the ruptured disks to burst?

08:21:59 13   A.  No.  That was not a concern; and, in fact, the opposite

08:22:04 14   assessment was made that closing the well -- closing the well that

08:22:12 15   had integrity would not cause the well to lose its integrity.

08:22:14 16   Q.  And do you recall whether you had any discussions with Bob

08:22:19 17   Merrill, who indicated that high pressure wasn't a concern upon

08:22:24 18   causing the ruptured disks to burst?

08:22:26 19   A.  No.  I don't have a clear recollection of Bob Merrill making a

08:22:34 20   point about well -- about the ruptured disks, but in preparing for

08:22:39 21   this trial, I did review my notebook where I kept my notes, and in

08:22:44 22   my notebook, I did write down at a meeting on June 28th Bob Merrill

08:22:52 23   made a presentation, and in that presentation, he pointed out that

08:22:56 24   if the well had integrity, keeping the well -- or capping the well

08:23:02 25   would not cause it to lose its integrity.

08:23:03  1    Q.  And can we pull up TREX 008659.13.1.US, please.  Dr. Hsieh, are

08:23:15  2    these your notes from the June 28th conversation that you had with

08:23:19  3    Dr. Merrill?

08:23:20  4    A.  Yes, these were my notes.  But it was not a conversation, it

08:23:24  5    was a meeting that -- I, at that time, was in Menlo Park, so I

08:23:29  6    attended this meeting through conference call and WebEx, and so

08:23:36  7    these were the notes that I kept during -- while the meeting was

08:23:39  8    going on.

08:23:39  9    Q.  And can you please point us to the portion of your notes

08:23:46 10    discussing Bob Merrill's comments.

08:23:49 11    A.  Yes.  The portion that -- of the note that I am referring to is

08:23:53 12    the third yellow highlighted section that says, "shut-in will not

08:24:00 13    further damage the well integrity if ruptured disk is intact."

08:24:05 14    Q.  And during the period in which you were developing the pressure

08:24:08 15    criteria, did you have any one-on-one meetings with individuals

08:24:13 16    from BP?

08:24:13 17    A.  Yes.  I had a one-on-one meeting with Kelly McAughan, who is a

08:24:18 18    BP employee who did reservoir modeling.

08:24:21 19    Q.  And why did you have this meeting?

08:24:23 20    A.  I had asked for additional -- okay.  So first of all, Kelly

08:24:29 21    McAughan made some presentations of reservoir modeling results

08:24:34 22    during meetings that I attended.  I had asked for additional

08:24:38 23    information on those reservoir modeling, and either Bob Merrill or

08:24:43 24    Cindy Yeilding -- Cindy Yeilding is a BP employee who was a liaison

08:24:50 25    between BP and the government science team.  Either Bob Merrill or

08:24:55 1    Cindy Yeilding arranged for me to talk to Kelly McAughan to get

08:24:59 2    additional information on reservoir modeling.

08:25:01 3    Q.  And do you recall the date of this meeting with Kelly McAughan?

08:25:05 4    A.  Yes.  The date was July 8th, 2010.

08:25:09 5    Q.  And what was discussed at this meeting on July 8th?

08:25:12 6    A.  I asked Kelly McGowan to provide me with more detailed

08:25:16 7    information on input parameters that she was using for her

08:25:22 8    modeling.  And she provided me with these parameters, which

08:25:26 9    included reservoir parameters and fluid parameters.  So reservoir

08:25:32 10   parameters would include porosity, permeability, rock

08:25:38 11   compressibility.  Fluid parameters would include the oil density,

08:25:43 12   viscosity, formation volume factor.  So those are the -- that's the

08:25:47 13   information that Kelly McAughan provided to me.

08:25:50 14   Q.  And did Kelly McAughan provide you with a value that BP was

08:25:53 15   using in its reservoir modeling for rock compressibility?

08:25:56 16   A.  Yes, she did provide me with a value for rock compressibility.

08:26:01 17   She said that initially she was using 6 microsips for rock

08:26:08 18   compressibility, and I understood that that 6 microsips came from a

08:26:13 19   sidewall core.  However, their later evaluation was that 6

08:26:19 20   microsips was an underestimate, and 12 microsips was more

08:26:24 21   representative of oil reservoirs in the Gulf of Mexico region.  So

08:26:29 22   they revised their model and changed the 6 microsips to 12

08:26:34 23   microsips for rock compressibility in their model.

08:26:38 24   Q.  And after this meeting, did you present your pressure criteria

08:26:44 25   recommendations?

08:26:46 1    A.  Yes.  The Well Integrity Team presented its analysis and

08:26:51 2    conclusions and recommendation at a meeting on July 9th.  The

08:26:56 3    meeting was attended by both government scientists and BP

08:27:02 4    personnel.

08:27:02 5    Q.  And what was the purpose of the July 9th meeting?

08:27:05 6    A.  The purpose of the July 9th meeting was to review all of the

08:27:12 7    analysis and data that was done up to that point.  The meeting was

08:27:17 8    focused on shut-in, so the purpose of the meeting was to make a --

08:27:23 9    after reviewing all of that information, make a decision on whether

08:27:27 10   the well should be shut in to test its integrity or not.

08:27:32 11   Q.  And where was this meeting?

08:27:34 12   A.  This meeting was held in Houston in the BP Westlake offices.

08:27:41 13   Q.  And you were physically present at the meeting?

08:27:44 14   A.  Yes, I was physically present.

08:27:45 15   Q.  And were PowerPoint slides distributed at the meeting?

08:27:49 16   A.  Yes.  PowerPoint slides were shown and paper copies were

08:27:55 17   distributed.

08:27:55 18   Q.  And I would like to pull up TREX 008660N, please.  Dr. Hsieh,

08:28:06 19   do you recognize these slides?

08:28:08 20   A.  Yes.  This is the power -- the slide pack of the presentations

08:28:17 21   that were being -- that were given during this meeting.

08:28:22 22   Q.  And does this document include the slides that your team

08:28:24 23   presented?

08:28:25 24   A.  Yes, I believe this -- the entire -- all of the presentations

08:28:32 25   were contained in this document.

08:28:35  1    Q.  And you mentioned that BP gave presentations.  Do you recall
08:28:40  2    whether Dr. Merrill gave a presentation on July 9th?
08:28:43  3    A.  Yes, Dr. Merrill gave a presentation.
08:28:45  4    Q.  And let's pull up TREX 008660N.8.1.US, please -- sorry, back
08:28:57  5    one to seven.  Dr. Hsieh, can you describe what this slide is?
08:29:07  6    A.  Yes.  This is the slide, a set of slides that Dr. -- that was
08:29:14  7    shown during Dr. Merrill's presentation.
08:29:16  8    Q.  And can we go forward one slide, please, to page 8.  And the
08:29:24  9    slide is entitled "Characteristics of Reservoir Depletion/Build
08:29:28 10    Up," correct?
08:29:29 11    A.  Yes.  These are the slides that show the reservoir simulation
08:29:35 12    results presented by Dr. Merrill.
08:29:39 13    Q.  And did Dr. Merrill indicate his assumptions for reservoir
08:29:44 14    parameters in BP's modeling?
08:29:45 15    A.  Yes.  The assumptions are shown -- well, Dr. Merrill presented
08:29:49 16    them and they're shown on this slide under the section
08:29:54 17    "Assumptions."  The assumptions consist of $C_R$, which is rock
08:29:58 18    compressibility; aquifer, which is aquifer size, that is the amount
08:30:02 19    of volume of water connected to the volume of oil; and also Q sub
08:30:10 20    zero, which was the flow rate.  So the quantities in red are the
08:30:16 21    assumptions used by Dr. Merrill.
08:30:18 22    Q.  And did Dr. Merrill indicate why these are in red?
08:30:22 23    A.  Yes.  These are in red, these values are used to simulate the
08:30:28 24    pressure in the reservoir and the simulations using these
08:30:35 25    parameters he called the base case.

1527

08:30:39  1    Q.  And did BP -- or Dr. Merrill also present other reservoir runs

08:30:45  2    with different parameters?

08:30:46  3    A.  Yes.  So in the base case run, it was used to simulate the

08:30:53  4    reservoir pressure, and then Dr. Merrill did what are called

08:30:59  5    sensitivity runs which are bracketing runs, so these runs would

08:31:04  6    vary the parameters to higher or lower values.  So, for example,

08:31:09  7    under sensitivity for $c_r$, rock compressibility, the rock

08:31:14  8    compressibility was reduced to 6 microsips and also increased to 18

08:31:19  9    microsips, and similar procedures were done for the other

08:31:24 10    parameters.

08:31:25 11         And these were bracketing calculation that gave a higher

08:31:30 12    and lower pressures to bracket the base case.  Here is 11,350 psi.

08:31:41 13    That was the simulated pressure in the reservoir after the well was

08:31:46 14    closed and after the reservoir has come to equilibrium.  And using

08:31:51 15    the bracketing values, then a lower pressure was computed and a

08:31:56 16    higher pressure was computed to bracket the base case value.

08:31:59 17    Q.  And with respect to Dr. Merrill's base case of rock

08:32:05 18    compressibility, what value did he provide?

08:32:07 19    A.  He used 12 microsips.

08:32:09 20    Q.  Did Dr. Merrill indicate that 12 microsips was a worst case

08:32:14 21    number?

08:32:14 22    A.  No.  Dr. Merrill did not indicate that 12 microsips was a worst

08:32:18 23    case number.

08:32:19 24    Q.  And did your team rely on Dr. Merrill's base case modeling in

08:32:23 25    developing your pressure criteria?

08:32:25  1   A.  Yes.  We relied on his model reservoir -- reservoir modeling

08:32:32  2   results to develop our pressure ranges, low, medium, and high.

08:32:36  3   Q.  And what happened after the July 9th meeting?

08:32:39  4   A.  After the July 9th meeting the decision was made to shut in the

08:32:47  5   well to do this test; to test whether the well had integrity or

08:32:51  6   not.  The shut-in criteria were finalized, and then the capping

08:32:57  7   stack was installed on the BOP and the well was shut-in on

08:33:03  8   July 15th to start the well integrity test.

08:33:07  9   Q.  Now, I would like to discuss the second phase of your work,

08:33:10 10   your model to detect a possible leak after shut-in.  So let's call

08:33:15 11   out 141394.12.2.US, the final pressure criteria developed.  Can you

08:33:25 12   tell me what happened after the well was shut-in on July 15th?

08:33:29 13   A.  Yes.  The well was shut-in by gradually choking back the flow.

08:33:35 14   And as the flow was being choked back, the pressure in the capping

08:33:39 15   stack rose through the low range, and when the choke was fully

08:33:47 16   closed, the pressure was in the bottom range of the middle range,

08:33:53 17   and that was about 2:30 in the afternoon on July 15th.

08:33:58 18         The pressure rose a little bit more but stopped in the

08:34:02 19   middle of the middle range.  So by about six o'clock the pressure

08:34:07 20   was at about 6600 psi, almost smack in the middle of the middle

08:34:12 21   range; so this indicated that there was uncertainty in whether the

08:34:17 22   well had integrity or not.

08:34:20 23   Q.  And was any further analysis done to investigate what to do

08:34:24 24   next?

08:34:25 25   A.  Yes.  The leaders of the government science team wanted some

08:34:30  1    additional analysis to be done.  This was possible because there

08:34:35  2    was an extra piece of information which is how the pressure rose as

08:34:40  3    the shut-in -- as the well was shut-in.  And I was given the

08:34:46  4    assignment to analyze this shut-in pressure to see if an additional

08:34:53  5    determination can be made on well integrity.

08:34:54  6    Q.  And did you develop that model?

08:34:58  7    A.  Yes.  I had very little time to develop that model because

08:35:04  8    according to the shut-in criteria, when the well -- when the

08:35:08  9    pressure rose into the middle zone, the well integrity test should

08:35:13 10    only last for 24 hours.  So basically, I had overnight to do this

08:35:18 11    analysis, but I put together an oil reservoir simulation model to

08:35:24 12    simulate the oil pressure.  And although I couldn't make a

08:35:29 13    definitive conclusion, the results of my analysis supported the

08:35:34 14    interpretation that the well was -- the well had integrity and that

08:35:40 15    was what I reported the next day.

08:35:42 16    Q.  And let's turn to TREX 8639.  And, Dr. Hsieh, do you recognize

08:35:54 17    this document?

08:35:55 18    A.  Yes, this document is the compendium of all of the PowerPoint

08:36:02 19    slide presentation on July 16th, the day after shut-in.

08:36:05 20    Q.  And this is where you presented your modeling?

08:36:08 21    A.  Yes.  These slides included the slides from my overnight

08:36:13 22    analysis.

08:36:13 23    Q.  And did BP also provide a presentation at this meeting?

08:36:18 24    A.  Yes.  BP also presented analysis or simulations, oil reservoir

08:36:27 25    simulations.

08:36:28  1   Q.  What was the purpose of the meeting that you had on July 16th?

08:36:31  2   A.  The purpose of the meeting was to come to a decision on whether

08:36:36  3   the well should be kept closed or whether it should be reopened,

08:36:41  4   because the pressure rose into this intermediate zone where it was

08:36:47  5   difficult to determine its integrity, and so there was still a risk

08:36:52  6   of an underground blowout.

08:36:54  7   Q.  And let's turn to TREX 008639.0015.  And, Dr. Hsieh, can you

08:37:08  8   tell me what this slide is?

08:37:10  9   A.  This slide is the slide containing the input parameters that I

08:37:20 10   used in my model that I developed overnight to evaluate the capping

08:37:26 11   stack pressure.

08:37:26 12   Q.  And where did you -- what is the source of the inputs to your

08:37:30 13   model?

08:37:31 14   A.  The source of the input were data that were provided to me by

08:37:36 15   BP personnel.

08:37:37 16   Q.  And what was your input for rock compressibility?

08:37:41 17   A.  The input for rock compressibility was 12 microsips.

08:37:45 18   Q.  And when you presented this model on July 16th, did anyone from

08:37:50 19   BP indicate that that was the wrong rock compressibility to use?

08:37:53 20   A.  No, nobody from BP commented it was the wrong compressibility.

08:38:02 21   This value was provided to me in my meeting with Kelly McAughan and

08:38:09 22   also was the same value used in Bob Merrill's presentation on

08:38:13 23   July 9th.

08:38:14 24   Q.  And did Dr. Merrill do a presentation at the July 16th meeting?

08:38:19 25   A.  Yes.  Dr. Merrill also presented reservoir simulations results

08:38:24  1  on this meeting of July 16th, yeah.

08:38:28  2  Q.  And let's turn to TREX 8639.0010, just the page, not the

08:38:36  3  callout.  And, Dr. Hsieh, is this part of Dr. Merrill's

08:38:44  4  presentation?

08:38:44  5  A.  Yes, this slide is from Dr. Merrill's presentation.

08:38:46  6  Q.  And did Dr. Merrill indicate the reservoir inputs that he was

08:38:50  7  using in the base case?

08:38:52  8  A.  The -- yes, the inputs for these results are indicated on the

08:39:01  9  slide, and these were the same inputs that he presented on the

08:39:07 10  meeting of July 9th.

08:39:10 11  Q.  And what was the base case for rock compressibility?

08:39:13 12  A.  The base case for rock compressibilities were 12 microsips.

08:39:19 13  Q.  As a result of the meeting on July 16th, were any decisions

08:39:25 14  made as to whether to keep the capping stack on?

08:39:27 15  A.  Yes.  After the meeting on July 16th after I presented my

08:39:33 16  results and Dr. Merrill also presented his results, both suggesting

08:39:38 17  that the interpretation is that the well had integrity.  The

08:39:43 18  decision was to keep the well closed for another six hours.  During

08:39:50 19  the six hours, there would be monitoring to monitor for leaks from

08:39:54 20  the well.  And if no leaks were detected, then the well would be

08:40:00 21  extended, the closure would be extended for another six hours,

08:40:04 22  additional monitoring, and this would be repeated as we go forward

08:40:09 23  in time.

08:40:10 24  Q.  And after the meeting on July 16th, did you continue to work on

08:40:15 25  your leak detection model?

08:40:17  1   A.  Yes.  As additional data from the capping stack was available,

08:40:22  2   I used these data to update my leak detection model.

08:40:28  3   Q.  And did you subsequently make any presentations of your leak

08:40:32  4   detection model?

08:40:32  5   A.  Yes.  I made three presentations of the updates that I made to

08:40:39  6   the model.  These presentations were made on July 26, July 29th or

08:40:45  7   30th, and then the final one in early August.

08:40:48  8   Q.  And did you ever publish the results of your leak detection

08:40:54  9   model?

08:40:55 10   A.  Yes.  I published the results of the leak detection model were

08:41:01 11   in a professional journal, *Groundwater*, and that paper was

08:41:08 12   published in 2011.

08:41:11 13   Q.  And let's pull up TREX 8618.  And, Dr. Hsieh, is this the

08:41:18 14   publication you just referred to?

08:41:20 15   A.  Yes.  This is -- the title of this publication is "Application

08:41:25 16   of MODFLOW for Oil Reservoir Simulation During the *Deepwater*

08:41:29 17   *Horizon* Crisis."  MODFLOW is a fluid flow simulation model

08:41:36 18   developed by the USGS.  MODFLOW was primarily developed for

08:41:42 19   simulating water flow in aquifers, but in this paper I show that

08:41:48 20   the equations for simulating water flow in aquifers is the same as

08:41:54 21   the equation used to simulate oil flow in the Macondo reservoir.

08:41:58 22   So by a process of conversion, one can convert MODFLOW and apply it

08:42:08 23   to reservoir simulation.

08:42:09 24   Q.  And now, I would like to turn to a discussion regarding the

08:42:13 25   facts surrounding your work on the flow rate model.  When did you

08:42:18  1    start work on the flow rate model?

08:42:19  2    A.  I started work on the flow rate model on July 28th.

08:42:25  3    Q.  And who asked you to work on an estimation of flow rate?

08:42:29  4    A.  Art Ratzel of Sandia Lab asked me to do that.

08:42:32  5    Q.  And were you able to create a model to estimate flow rate and

08:42:36  6    cumulative flow?

08:42:37  7    A.  Yes.  I revised the leak detection model so that the model

08:42:42  8    could actually be used to estimate flow rate.  And I used this

08:42:47  9    revised model, which I would call the flow estimation model, to

08:42:52 10    estimate the flow rate from the Macondo well.  And by summing up

08:42:56 11    the flow, we can get the cumulative volume discharged from the

08:43:01 12    reservoir also.

08:43:01 13    Q.  And what is the source of the inputs for your flow rate model?

08:43:06 14    A.  The source of inputs from the flow rate model is also

08:43:11 15    information that I obtained from BP while I was in Houston.

08:43:14 16    Q.  And that includes the input for rock compressibility?

08:43:17 17    A.  Yes.

08:43:18 18    Q.  And did you present the results of your flow rate model at any

08:43:22 19    point?

08:43:23 20    A.  Yes.  I presented the results of the flow rate model on

08:43:29 21    July 30th in a meeting that was attended by government scientists

08:43:35 22    and including Secretary Chu.

08:43:37 23    Q.  And what was the purpose of the July 30th meeting?

08:43:40 24    A.  The purpose of that meeting was to review all of the flow rates

08:43:47 25    that had been estimated from earlier periods all the way up to

08:43:54 1   July 30th, and come up with a revised flow rate.  And that was the

08:44:00 2   purpose of the meeting.

08:44:01 3   Q.  Do you recall at that meeting any pressure, political pressure

08:44:06 4   to come up with a flow rate?

08:44:08 5   A.  It was apparent to me that there was an urgency in coming up

08:44:16 6   with a consensus value for the flow rate.  However, there was no

08:44:23 7   pressure to come up with a particular value.

08:44:26 8   Q.  And do you recall any discussion regarding uncertainty bounds

08:44:32 9   for the flow rate?

08:44:33 10  A.  Yes.  During the second day of the meeting, July 31st, there

08:44:40 11  was a discussion on the uncertainty of the flow rate.  And after

08:44:47 12  the discussion, there was a consensus reached on the uncertainty.

08:44:50 13  Q.  After the meeting in July did you eventually publish the

08:44:56 14  findings of your flow rate model?

08:44:59 15  A.  Yes.  After -- well, after that meeting, I did no more work on

08:45:05 16  the flow rate estimation model until October of 2010.  I was asked

08:45:11 17  to write a report on the flow rate estimation model.  And at that

08:45:18 18  time, I -- in the early -- in the meeting of July 30th, the flow

08:45:24 19  rate model used pressure data only up to July 28th, and there were

08:45:32 20  six additional days of pressure data up to July -- up to August the

08:45:37 21  3rd.

08:45:37 22       So in October, I took all of the data and did a revision

08:45:41 23  of the model; and also refined -- made some refinements on the time

08:45:47 24  stepping.  And I published that model as an -- as a standalone USGS

08:45:54 25  report, but that report was also combined as an appendix to the

08:46:02  1    report by the Flow Rate Technical Group.

08:46:04  2    Q.  And can we, please, pull up TREX 008804.  And, Dr. Hsieh, does

08:46:14  3    this -- can you tell me what this report is?

08:46:16  4    A.  Yes, this is the report from the Flow Rate Technical Group.

08:46:22  5    Q.  And does this report contain the results of your flow rate

08:46:25  6    model?

08:46:26  7    A.  Yes.  There was -- my report on the flow rate was incorporated

08:46:35  8    as Appendix, either A or 1, into this report.

08:46:40  9    Q.  Dr. Hsieh, we've talked this morning about various reservoir

08:46:44 10    models that you did in support of the response efforts.  In each of

08:46:47 11    the models that you were doing, were you using input data provided

08:46:50 12    by BP?

08:46:51 13    A.  Yes.  All of the input data for all of my modeling work came

08:46:57 14    from BP.

08:46:58 15    Q.  And at any point during the presentations or meeting that you

08:47:02 16    had with BP or afterwards, did BP indicate that you were using the

08:47:06 17    wrong numbers for any of your inputs?

08:47:09 18    A.  No, BP did not say that I was using the wrong numbers or any of

08:47:15 19    the numbers were wrong in my input.

08:47:17 20    Q.  Dr. Hsieh, at the conclusion of your work on the *Deepwater*

08:47:22 21    *Horizon* Oil Spill Response, did you receive any recognitions?

08:47:25 22    A.  Yes, I received three awards in 2010.  I received an award from

08:47:32 23    the USGS, it was called the Director's Award for Exemplary Service

08:47:39 24    to the Nation.  In 2011, I received the Service to America Medal

08:47:45 25    from the Partnership for Public Service, which is an independent

08:47:49  1    organization; and I received this medal as the 2011 Federal

08:47:55  2    Employee of the Year.  And in 2012, I received an award from the

08:48:01  3    National Ground Water Association.  That award was for Excellence

08:48:06  4    in Engineering and Science.

08:48:10  5             MS. HARVEY:  Thank you, Dr. Hsieh.  No further questions

08:48:12  6    at this time.

08:48:14  7             THE WITNESS:  Excuse me, your Honor, may I have a glass

08:48:21  8    of water?

08:48:22  9             THE COURT:  Should be right to your left.

08:48:28 10             THE WITNESS:  Thank you.

08:48:28 11             MR. BROCK:  Your Honor, I meant to do this this morning,

08:48:33 12    at the taking care of issues session.  My colleague Martin Blunt is

08:48:38 13    going to conduct this examination, I just wanted to -- Martin Boles

08:48:41 14    is going to conduct this examination.  He is as smart as Martin

08:48:46 15    Blunt, but Martin Boles is going to conduct this examination.

08:48:49 16             THE COURT:  I thought we had two Mr. Martin Blunts in

08:48:55 17    this case.

08:48:55 18             MR. BROCK:  I brought my expert in to do the cross.

08:48:58 19             THE COURT:  Okay.

08:48:58 20             MR. BROCK:  I've done this to him before, so.  Sorry

08:48:58 21    about that.

08:48:59 22             THE COURT:  All right.  Mr. Boles, right, B-O-L-E-S?

08:49:01 23             MR. BOLES:  Yes, your Honor.

08:49:02 24             THE COURT:  All right.  Thank you.  Good.

08:49:04 25             MR. BOLES:  I only wish I was as smart as Martin Blunt.

CROSS-EXAMINATION

08:49:28  1

08:49:44  2    BY MR. BOLES:

08:49:45  3    Q.  Good morning, your Honor.  Martin Boles for BP and Anadarko.

08:49:49  4    Good morning, Dr. Hsieh.

08:49:50  5    A.  Good morning, Mr. Boles.

08:49:51  6    Q.  Good to see you again.

08:49:53  7    A.  Likewise.

08:49:54  8    Q.  I am going to be, as you might imagine, talking to you a little

08:50:01  9    bit about rock compressibility.  And I just want to start with, for

08:50:06 10    Judge Barbier's benefit, getting to sort of the bottom line effect

08:50:12 11    of these microsips that we keep hearing about.

08:50:17 12            In that final report that we just saw that you published,

08:50:21 13    you had a bottom line cumulative flow number of 4.9 million barrels

08:50:28 14    from the Macondo well; is that right?

08:50:30 15    A.  Yes.  I am not sure what the description "bottom line" is, but

08:50:37 16    that is the number that I came up with and reported in that report.

08:50:44 17    Q.  That's what I was getting at.

08:50:47 18    A.  Okay, yeah.

08:50:48 19    Q.  And in that analysis, to come up with that number, your input

08:50:52 20    for rock compressibility was 12 microsips, right?

08:50:57 21    A.  That is correct.

08:50:58 22    Q.  Now, in the modeling that lies behind that report, you also

08:51:03 23    looked at what would be the effect of if you input 6 microsips,

08:51:09 24    correct?

08:51:11 25    A.  No, I did not.  In that modeling, I did not look at the effects

08:51:16  1    of 6 microsips.  Okay.  Let me back up.  In that report, there was

08:51:24  2    no report on what is the effect of using 6 microsips.  In the

08:51:30  3    meeting of August 30th, I did report on what would happen if you

08:51:36  4    use 6 microsips.

08:51:38  5    Q.  And what was the total cumulative flow that you came up with

08:51:42  6    when you used 6 microsips?

08:51:44  7    A.  The total cumulative flow reported on July 30th in that meeting

08:51:52  8    was 2.9 million barrels with a starting flow rate at 3.8 or

08:52:04  9    38,000 barrels per day dropping down to 32,000 barrels per day.

08:52:07  10   Q.  So the effect of going from 12 microsips, which you used, down

08:52:12  11   to 6 microsips is almost 2 million barrels of estimated cumulative

08:52:18  12   flow?

08:52:21  13   A.  That's correct.  If 6 microsips were used -- I did use 6

08:52:29  14   microsips as a bounding calculation, and using 6 microsips I would

08:52:33  15   get 2.9 million stock-tank barrel.

08:52:38  16   Q.  Let's rewind and go back over.  You talked a lot on direct

08:52:42  17   examination about information you had gotten from BP.

08:52:47  18   A.  Yes.

08:52:47  19   Q.  So let's start at the beginning.  Initially, BP told you that

08:52:53  20   the data from measurements on rock cores from the Macondo sandstone

08:53:02  21   showed rock compressibility to be 6 microsips?

08:53:06  22   A.  Yes.  The sidewall core data gave a value of 6 microsips.

08:53:13  23   Q.  And let's just take a quick look at TREX 8627.2.  You received

08:53:25  24   this BP Macondo technical note in early July 2010 getting this

08:53:34  25   information about BP's modeling of the Macondo reservoir?

08:53:36  1    A.  That's correct.

08:53:37  2    Q.  And on page 2, 8627.3.2, it reported that BP was using

08:53:48  3    6 microsips.  That's the last bullet point there, correct?

08:53:53  4    A.  That's correct.  And that's consistent with what Kelly McAughan

08:53:57  5    told you that initially they used 6 microsips.

08:54:00  6    Q.  Now, there was somebody else whose studies you had seen at this

08:54:07  7    point who -- outside of BP who used 6 microsips as well for the

08:54:12  8    Macondo well; isn't that right?

08:54:13  9    A.  Could you tell me who somebody else is?

08:54:17 10    Q.  Yes, we talked about this in your deposition.  This was a

08:54:21 11    person who is going to testify tomorrow as an expert for the United

08:54:24 12    States, Dr. Mohan Kelkar, he had done a study of the Macondo well

08:54:29 13    before he became a litigation expert, correct?

08:54:33 14    A.  Yes.  I believe Mr. Kelkar -- Professor Kelkar had a report

08:54:40 15    that was submitted to the Mineral Management Service.

08:54:44 16    Q.  He was retained by the United States as part of a Flow Rate

08:54:49 17    Technical Group study, correct?

08:54:53 18    A.  That I am not exactly sure, but he did work for the Mineral

08:54:57 19    Management Service, which is in the federal government, yes.

08:55:01 20    Q.  And you received a copy of his report to the federal government

08:55:06 21    during your work on the Macondo reservoir?

08:55:09 22    A.  Yes, I did.

08:55:09 23    Q.  And when he looked at the rock core data measurements, he, too,

08:55:17 24    deduced a rock compressibility of around 6 microsips, didn't he?

08:55:22 25    A.  I did not read that report in detail, so I don't remember that

08:55:29  1    aspect of it.

08:55:30  2    Q.  Let's take a look at 9859.19.2.  You have a copy of

08:55:45  3    Dr. Kelkar's report in your files, don't you, sir?

08:55:47  4    A.  Yes, I do.

08:55:48  5    Q.  And in it he reports an average rock compressibility of 5.61

08:55:57  6    microsips; is that correct?

08:56:00  7    A.  Well, that's what it says.  I mean, I won't argue with you

08:56:03  8    that -- okay, so this work was done probably in May of 2010, and I

08:56:09  9    won't argue with you that at the time, prior to July 7th or

08:56:15 10    July 8th, when I talked to Kelly McAughan, she had indicated to me

08:56:19 11    that the initial reservoir simulations used a rock compressibility

08:56:25 12    of 6 microsips.

08:56:27 13    Q.  Let's talk a little bit about your conversation with Kelly

08:56:31 14    McAughan that you mentioned.  And that's what led -- that's one of

08:56:36 15    the things that led to you using 12 microsips in your modeling just

08:56:41 16    prior to the shut-in, correct?

08:56:47 17    A.  That is the reason that I used 12 microsips for my modeling.  I

08:56:51 18    don't quite know what you mean by "just prior to shut-in."  My

08:56:55 19    modeling modelled the entire period from the initial blowout to

08:57:01 20    shut in to -- until the well was killed by the static kill

08:57:06 21    operation on August 3rd.

08:57:08 22    Q.  We'll look at some of the modeling you did and what rock

08:57:11 23    compressibility number you used after the shut-in.  But let's just

08:57:16 24    first focus on the early July time period.  Now, Kelly McAughan is

08:57:22 25    not a rock mechanics specialist, is she?

1541

08:57:26  1   A.  I don't believe she is a rock mechanic specialist.

08:57:29  2   Q.  The rock mechanic specialist at BP working with her was someone

08:57:34  3   named Steve Willson?

08:57:35  4   A.  He is one of the experts in rock mechanics, yes.

08:57:38  5   Q.  You mentioned him on your direct examination?

08:57:41  6   A.  Yes.

08:57:41  7   Q.  You never talked to him about his assessment of what the right

08:57:45  8   rock compressibility number would be for the Macondo reservoir?

08:57:49  9   A.  No, I never talked to him.  The main information we obtained

08:57:54 10   from him was his simulations of underground blowout.

08:57:58 11   Q.  And the Senior BP Reservoir Engineer overseeing the work that

08:58:03 12   included Kelly McAughan was another person you mentioned on direct

08:58:07 13   examination, Dr. Robert Merrill?

08:58:12 14   A.  He also did work on reservoir simulation.  I don't know if

08:58:22 15   senior was in his title or not.  I don't know the work titles of

08:58:28 16   the BP personnel that I interacted with.

08:58:31 17   Q.  Well, he is come here to testify, so we will get that straight

08:58:34 18   with him.

08:58:35 19   A.  Okay.

08:58:35 20   Q.  You never talked to Dr. Merrill about why he was including a

08:58:42 21   higher rock compressibility case of 12 microsips, along with 6 and

08:58:47 22   18, in that presentation that we will look at again that we saw and

08:58:52 23   talked about in your direct examination?

08:58:54 24   A.  Could you ask that question again?

08:58:56 25   Q.  Sure.  Did you ever talk to Dr. Merrill and ask him, "What do

1542

08:59:01 1  you think the rock compressibility of Macondo reservoir really is"?

08:59:04 2  A.  No, I didn't talk to him about that.  I mean, it was clear in

08:59:08 3  his presentation that 12 was the number that was representative of

08:59:14 4  the reservoir.

08:59:15 5  Q.  Well, we'll look at that.  But, in fact, let's take a look at

08:59:18 6  that presentation now.  This is the Bob Merrill July 9

08:59:27 7  presentation.  And before we go on, the cover slide for the total

08:59:42 8  group of BP presentations that were made on that day, says,

08:59:47 9  "Shut-in the well on paper; benefits and risks."  Doesn't it,

08:59:52 10  Dr. Hsieh?

08:59:52 11  A.  Yes, that was Paul Tooms presentation, yes.

08:59:56 12  Q.  But part of Dr. Merrill's presentation was also to evaluate the

09:00:02 13  risks or the potential risks from shutting in the capping stack?

09:00:05 14  A.  Not -- that was not my understanding.  His presentation was his

09:00:12 15  presentation on his reservoir simulations.

09:00:14 16  Q.  Well, you understood that there were some people of importance

09:00:20 17  in terms of this analysis of Macondo well shut-in who were worried

09:00:25 18  about possible effects of shutting in the well?

09:00:29 19  A.  Oh, yes, there was definitely a risk of shutting in the well

09:00:32 20  and the risk was the underground blowout.

09:00:35 21  Q.  And you talked on your direct examination of the risk that

09:00:41 22  there might have been an underground blowout caused by the initial

09:00:45 23  Macondo blowout, right?

09:00:47 24  A.  The initial Macondo blowout could have blown out the rupture

09:00:55 25  disks that would later allow -- upon well shut-in, allow oil to

09:01:02  1   leak out of the well, and that would cause an underground blowout.

09:01:06  2   So the initial blowout does not cause the underground blowout or

09:01:10  3   would not lead to an underground blowout on its own.

09:01:13  4   Q.  And the concern was that when you shut in the well, pressure is

09:01:18  5   going to start building up?

09:01:19  6   A.  Yes.

09:01:19  7   Q.  And that increasing pressure could force reservoir fluids into

09:01:26  8   other formations and cause what's sometimes known as a subsea

09:01:31  9   blowout?

09:01:31  10  A.  That's right.

09:01:32  11  Q.  Now, there were some people concerned that even if there was

09:01:40  12  not a leak already in the well, that just by putting on the capping

09:01:46  13  stack and shutting it in, that could cause pressures to build up

09:01:50  14  and cause a subsea blowout, weren't there?

09:01:52  15  A.  No.  That was not my understanding.  There were a number of

09:01:57  16  meetings that I attended between July -- June 28th and July 1st.

09:02:05  17  These meetings were chaired by Mike Mason, and it was stated a

09:02:10  18  number of times where -- that the initial -- the rupturing of the

09:02:18  19  rupture disk could only cause by the initial blowout and no other

09:02:23  20  scenario envisioned could cause that.

09:02:27  21        Also in July, early July I received a BP technical memo,

09:02:33  22  a copy of it from Steve Willson.  And Steve Willson in this memo

09:02:37  23  expressly stated that capping the Macondo well, if the well had

09:02:44  24  integrity, would not in on its own cause blowout of the rupture

09:02:50  25  disk and a leak into the surrounding formation.

09:02:55  1            So I would say the opposite.  The thinking, BP's

09:03:00  2    assessment was that capping the well will not cause a well with

09:03:04  3    integrity to lose its integrity.

09:03:06  4    Q.  Well, there was a concern, wasn't there, sir, that the pressure

09:03:10  5    could build up high enough that it could rupture the capping stack

09:03:14  6    itself?

09:03:16  7    A.  That I don't know.  The only information that I dealt with was

09:03:24  8    whether the rise in pressure would cause rupture disks that had not

09:03:28  9    ruptured to rupture during shut-in.

09:03:31 10    Q.  Do you know Dr. Dykhuizen from the Department of Energy

09:03:37 11    National Laboratories?

09:03:38 12    A.  Yes, I know -- I mean, I don't know him personally, but I

09:03:46 13    interacted with him during the Macondo oil spill response.

09:03:48 14    Q.  Did you interact with him prior to the shut-in decisions?

09:03:53 15    A.  Prior to the shut-in decision --

09:03:56 16    Q.  In early July or June of 2010?

09:03:59 17    A.  Yes.

09:04:01 18    Q.  Now, he testified yesterday, "We didn't want the pressures to

09:04:07 19    be so large that it would blow apart the capping stack."  Did he

09:04:12 20    ever express that concern to you, or did you hear anybody from the

09:04:16 21    government express that concern in the time period of installing

09:04:19 22    the capping stack and deciding whether or not to shut it in?

09:04:22 23    A.  No.  I have not heard any of those concerns.  The only concern

09:04:27 24    that I dealt with was whether the rupture disks in the casing were

09:04:35 25    blown by the initial explosion and, therefore, risking a leak from

1545

09:04:41 1  the well if the well were shut in.

09:04:43 2  Q.  Let's look at the document we looked at in your direct

09:04:53 3  examination about that risk, which is TREX 141394.12.  This is the

09:05:16 4  red, yellow, green.  Should be on page 12.  There it is.

09:05:32 5        Now, if I understood your testimony this morning

09:05:34 6  correctly, sir, this was a way you looked at possible danger of a

09:05:42 7  subsea leak from shutting in the Macondo well?

09:05:46 8  A.  That's correct.  If the rupture disks were open.

09:05:51 9  Q.  So if the rupture disks were open at the time the well was shut

09:05:57 10  in and the pressures then didn't build up high enough, that could

09:06:02 11  indicate there was a leak down there, right?

09:06:04 12  A.  Let me just start that over again.  This was to make a

09:06:10 13  determination of whether the rupture disks were open.  So if the

09:06:15 14  pressure rose into the low zone, the interpretation would be that

09:06:20 15  the rupture disks were open; if the pressure rose into the green

09:06:24 16  zone, it would be an indication that the rupture disks weren't

09:06:28 17  open; and if the pressure rose into the middle zone, it was not

09:06:32 18  clear whether they were open or not.

09:06:33 19  Q.  And the reason that a low zone pressure could indicate the

09:06:38 20  rupture disks were blown and there could be a possible leak was

09:06:42 21  that the pressure wouldn't build up as high because the fluids

09:06:46 22  would be leaking out the rupture disks into surrounding formations?

09:06:50 23  A.  That's correct.  The well wouldn't hold pressure.

09:06:52 24  Q.  Now, if somebody was concerned before shut-in that maybe the

09:07:01 25  rupture disks aren't blown yet but if the pressure builds up too

09:07:07  1  high they could blow, then they would be concerned about pressure
09:07:10  2  rising too high; isn't that correct?
09:07:15  3  A.  Yes.  But that was never a concern in developing this criteria.
09:07:19  4  So, for example, there is no super high-pressure range that says
09:07:25  5  this is actually a danger range.  So high pressure was interpreted
09:07:30  6  as a desirable feature.  High pressure would mean that the well was
09:07:36  7  not leaking and had integrity.  And there was no discussion that
09:07:42  8  high pressure would actually cause the well to lose its integrity.
09:07:48  9          So if that were the case, that would be another region at
09:07:52 10  a high pressure that would be a danger region, but that is not what
09:07:57 11  is shown in this graphics.
09:07:58 12  Q.  Yes, I realize that's not shown here.  And apparently you
09:08:02 13  didn't have that concern.  But let me just ask you to bear with
09:08:05 14  me --
09:08:06 15  A.  I don't believe that I didn't have that concern.  As I stated,
09:08:09 16  in several meetings BP's assessment was that it was not a concern
09:08:13 17  either.
09:08:14 18  Q.  Let's -- let me have you take your mind back to this time
09:08:19 19  period of early June -- July 2010, and let's look at the concern
09:08:26 20  that Dr. Dykhuizen had, that we didn't want the pressures to be so
09:08:31 21  large that they could blow apart the capping stack.
09:08:35 22          You understand that concern, even if you didn't have it
09:08:39 23  at the time?
09:08:39 24  A.  Yes.  I mean, I understand that concern as you stated it.
09:08:43 25  Q.  Now, if someone had that concern, that might affect what

09:08:48  1   numbers they put in to try to look at the potential high side of

09:08:52  2   pressure as a worst-case scenario, wouldn't it?

09:08:57  3            MS. HARVEY:  Objection, that's calling for speculation.

09:08:59  4            THE COURT:  Overruled.

09:09:02  5            THE WITNESS:  Could you restate that again?

09:09:04  6   BY MR. BOLES:

09:09:05  7   Q.  Sure.  If you put in a higher number of microsips for rock

09:09:11  8   compressibility, that will cause the model to predict a higher

09:09:16  9   pressure?

09:09:18 10   A.  Yes, that's correct.

09:09:19 11   Q.  So if someone doing a modeling of the potential effects of the

09:09:25 12   shut-in of the Macondo well wanted to know the potential high side

09:09:31 13   of pressure buildup, they would increase the number that they put

09:09:35 14   in for rock compressibility from what the measured number in the

09:09:38 15   data was?

09:09:39 16   A.  I mean, if you want to simulate a higher pressure by increasing

09:09:51 17   the rock compressibility, that is what you get.  But I don't see a

09:09:58 18   clear line of thinking from that to the shut-in criteria that we

09:10:07 19   developed.

09:10:07 20   Q.  Let's look at the presentation Dr. Merrill did from BP on

09:10:18 21   July 9, the risk -- let's start with back at the cover page of the

09:10:24 22   series of presentations, TREX 9324.3.  This is Tooms lead-in

09:10:34 23   presentation on Shut the Well in on Paper, Benefits and Risks,

09:10:39 24   correct?

09:10:39 25   A.  Yes.

09:10:39  1    Q.  You saw this presented at the same meeting where you saw

09:10:42  2    Dr. Merrill's presentation?

09:10:43  3    A.  Yes.

09:10:44  4    Q.  And now let's look at a page from Dr. Merrill's presentation

09:10:47  5    that we looked at on your direct examination, TREX 9324.17.  This

09:10:58  6    is where you saw, and it's highlighted in red, the rock

09:11:02  7    compressibility -- that's what $C_R$ stands for?

09:11:05  8    A.  That's correct.

09:11:05  9    Q.  -- of 12 microsips?

09:11:08  10   A.  Yes.

09:11:08  11   Q.  And it says to the left of it "Assumptions" --

09:11:11  12   A.  Yes.

09:11:12  13   Q.  -- doesn't it?  And two lines down, it also says $Q_O$ or Q sub

09:11:21  14   zero, correct?

09:11:21  15   A.  Yes.

09:11:21  16   Q.  And it says 35 -- what looks to me like 35 -- is that thousand

09:11:28  17   barrels per day?

09:11:29  18   A.  That's correct.

09:11:29  19   Q.  So that was an assumption about a possible flow rate to look at

09:11:36  20   what might happen if the well is shut in?

09:11:38  21   A.  Those are the numbers that Dr. Merrill used to calculate the

09:11:49  22   final pressure in the reservoir after the well is shut in, yes.

09:11:57  23   Q.  Sure.  But when you saw that on the slide and you saw that he

09:12:00  24   is assuming a flow rate of 35,000 barrels per day, you didn't think

09:12:04  25   to yourself, that's it, that's the flow rate, I am going to take

1549

09:12:08  1  that and use that from now on in all of my modeling in Macondo, did

09:12:13  2  you?

09:12:13  3  A.  No.  In fact, he used two flow rates, 35- and 60,000 barrels

09:12:20  4  per day, in his calculations.

09:12:23  5  Q.  And he also used different values for rock compressibility,

09:12:27  6  didn't he?

09:12:27  7  A.  Yes.

09:12:28  8  Q.  Including 6 microsips?

09:12:30  9  A.  Yes.  As a bounding calculation, yes.

09:12:33 10  Q.  Did he say at that presentation don't believe the six, that's

09:12:38 11  not a possible value for the actual rock compressibility of the

09:12:43 12  Macondo reservoir?

09:12:44 13  A.  No, he didn't say that.

09:12:45 14  Q.  And you would understand from looking at this that that was a

09:12:48 15  possible correct value for rock compressibility of the Macondo

09:12:53 16  reservoir?

09:12:53 17  A.  I would say that six was his bracketing -- used in his

09:13:01 18  bracketing calculations.

09:13:02 19  Q.  It's used in bracketing calculations because it brackets the

09:13:06 20  range of possible truth in nature as to what the Macondo reservoir

09:13:11 21  actually is, isn't it?

09:13:13 22  A.  I agree.  So six is possible, yes.

09:13:17 23  Q.  And this wasn't the last that you heard from BP that they

09:13:24 24  thought 6 microsips was indeed a possible value for rock

09:13:30 25  compressibility of the Macondo reservoir, was it?

09:13:35  1   A.  No.  I mean, 6 microsips were used in various other

09:13:39  2   presentations as well as other numbers.

09:13:42  3   Q.  So -- and you didn't take the fact that BP used 6 microsips in

09:13:47  4   subsequent presentations or in subsequent meetings with you or in

09:13:50  5   subsequent transmittals to you and say, that's it, I am going to

09:13:54  6   rely on that and I'm going to use that forever more, that must be

09:13:57  7   the truth?

09:13:58  8   A.  No.  That was -- BP or Dr. Merrill never indicated to me that

09:14:04  9   6 microsips was the number to use for calculate -- for reservoir

09:14:10 10   calculations.

09:14:11 11   Q.  Let's see what he said to you seven days after this

09:14:14 12   presentation.  Let's look at TREX 142325.1.3.  This is an e-mail he

09:14:23 13   sent you on July 16th.  Do you remember getting that e-mail?

09:14:28 14   A.  Yes.  I had asked him where the 6 microsips that Kelly McAughan

09:14:35 15   referred to came from, and he told me that it came from sidewall

09:14:41 16   cores.

09:14:41 17   Q.  And he told you it came from measurements on those sidewall

09:14:46 18   cores, correct?

09:14:47 19   A.  Yes.

09:14:48 20   Q.  This is what the data indicated was the value of rock

09:14:53 21   compressibility for the Macondo reservoir?

09:14:56 22   A.  This is a measurement from a sidewall core of the

09:15:01 23   compressibility, yes.

09:15:02 24   Q.  You never saw any other measurements or data that would lead

09:15:12 25   to -- that analyzed and concluded that there would be 12 microsips.

09:15:17  1   You never saw any analysis or measurements of core data that
09:15:22  2   would -- that any geomechanic ever said the average value here is
09:15:26  3   12 microsips?
09:15:28  4   A.  I didn't see any data.  As I said, Kelly McAughan told me that
09:15:34  5   12 microsips was more representative of the reservoir than
09:15:40  6   6 microsips.
09:15:40  7   Q.  More representative of reservoirs in the Gulf of Mexico
09:15:45  8   generally?
09:15:45  9   A.  Yes.
09:15:46 10   Q.  And you knew prior to publishing your article on Macondo flow,
09:15:52 11   you knew that the range of rock compressibilities in the Gulf of
09:15:59 12   Mexico extends into the low single digits, correct?
09:16:06 13   A.  I considered that a reasonable statement.  I mean, I don't know
09:16:10 14   what you mean by "knew," but I would agree that compressibilities
09:16:18 15   of reservoirs in the Gulf of Mexico area could be in the low single
09:16:22 16   digits.
09:16:23 17   Q.  What I meant was, you knew that at the time you were doing your
09:16:28 18   work in the Summer and fall of 2010 on the Macondo reservoir?
09:16:32 19   A.  Yes, I do.
09:16:33 20   Q.  Now, around about within one a week of Dr. Merrill calling you
09:16:45 21   and telling you that the measurements were 6 microsips and then
09:16:48 22   sending you that e-mail you just looked at --
09:16:51 23   A.  He didn't call me, he just sent me the e-mail.
09:16:55 24   Q.  Let's look at that exhibit again.  142325.1.3, said in the
09:17:02 25   beginning of the e-mail, "to confirm our call," and then he tells

09:17:05  1   you what the measured compressibility is?

09:17:08  2   A.  I think the call was my question to him of what the 6 microsips

09:17:12  3   value that Kelly McAughan had referred to that she used in the

09:17:18  4   initial reservoir modeling came from, so this was his reply.

09:17:22  5   Q.  Well, BP's use of 6 microsips wasn't just in the initial

09:17:26  6   modeling, was it?  It continued on after this statement?

09:17:30  7   A.  Well, I was referring to Kelly McAughan's presentation where --

09:17:39  8   or my conversation with her where she said that initially they used

09:17:44  9   6 microsips.  Upon reevaluation, they used 12 microsips.

09:17:50  10          Now, there are reservoir modeling results after July 15th

09:17:57  11   that use a range of compress -- of rock compressibility values,

09:18:02  12   yes.

09:18:02  13   Q.  In fact, the one that we looked at from July 16th, for example,

09:18:09  14   Bob -- Dr. Merrill's presentation -- let's go back to TREX 8639,

09:18:18  15   just the cover page of that.  Let's go to 8639.9.  Now, on direct

09:18:39  16   examination, you talked about this presentation, didn't you?

09:18:42  17   A.  Yes.

09:18:43  18   Q.  Dr. Hsieh --

09:18:45  19   A.  Not this particular graph, but I did refer to his presentation,

09:18:50  20   yes.

09:18:50  21   Q.  And when you talked about it on direct examination, you were

09:18:52  22   talking about the modeling showing 12 microsips for

09:18:57  23   compressibility?

09:18:58  24   A.  Yes, in those slides that were shown in the direct, 12

09:19:03  25   microsips were used.

09:19:04  1   Q.  And in this slide, which is from the same presentation, we can

09:19:09  2   see that the modelling also had as an alternative input

09:19:15  3   6 microsips, right?

09:19:19  4   A.  Yes, that's correct.  Could I point out the slide itself?  Can

09:19:27  5   I look at the slide itself?

09:19:29  6   Q.  Sure.

09:19:30  7   A.  Let me try to --

09:19:38  8           THE COURT:  Can you blow that up a little bit for him.

09:19:44  9           THE WITNESS:  Okay.  So in this slide, it shows the

09:19:50  10  pressure that was modelled by various compressibilities.  So this

09:19:56  11  set of points, which is the third slide from these four, the second

09:20:05  12  from the bottom, is from a compressibility of 12 microsips, no

09:20:12  13  aquifer, no leak.  And this set of simulation was closest to the

09:20:20  14  observed pressure of 6600 psi at the time of shut-in.

09:20:26  15          So I was claim that this illustration showed that 12

09:20:33  16  microsips actually gave the best result compared to what was

09:20:37  17  observed during shut-in.  During the first tens of hours, the

09:20:43  18  pressure rose up to 6600 psi.

09:20:43  19  BY MR. BOLES:

09:20:46  20  Q.  And in those two lines you've just highlighted for us, the one

09:20:49  21  that you say is closer with 12 microsips assumed a flow rate of

09:20:56  22  50,000 barrels per day?

09:20:57  23  A.  That's correct.

09:20:57  24  Q.  And the one that you said was a little bit farther away with

09:21:01  25  6 microsips assumed a flow rate of 45,000 barrels per day?

1554

09:21:08  1    A.  Yes, that's correct.

09:21:09  2    Q.  Do you have any ideas as you sit here now, sir, which of those

09:21:14  3    two flow rate assumptions is more accurate?

09:21:18  4         MS. HARVEY:  Objection, he is a fact witness, and I think

09:21:20  5    this is asking him to opine.

09:21:23  6         MR. BOLES:  That's true, but he volunteered to opine on

09:21:26  7    the slide and I let him do that.

09:21:29  8         THE COURT:  Overrule the objection.

09:21:31  9         THE WITNESS:  My estimates was that the flow rate varied

09:21:39  10   from 63,600 barrels per day initially dropping down to 53.6 -- or

09:21:48  11   52,600 barrels per day on the last day.  So I would say that is

09:21:53  12   closest to the 50,000 barrels per day value in this slide

09:21:59  13   (INDICATING).

09:21:59  14   BY MR. O'ROURKE:

09:22:00  15   Q.  Now, if we -- within a few days of this presentation, you had a

09:22:06  16   meeting with one of those BP scientists you referred to on your

09:22:13  17   direct examination, Mr. Michael Levitan, correct?

09:22:16  18   A.  That's correct.

09:22:17  19   Q.  And you went over with him -- let's look at TREX 8643.1.  You

09:22:25  20   went over with him the results of his reservoir modeling that he

09:22:29  21   was doing at that time?

09:22:30  22   A.  Yes.  He did a number of reservoir modeling runs and he showed

09:22:35  23   me one of the ones that he did.

09:22:37  24   Q.  And you took notes on some of the inputs that he was using at

09:22:45  25   this time.  And this was July 20th, wasn't it?

1555

09:22:47  1    A.  Yes, this was July 20th.

09:22:48  2    Q.  So this was after the July 9th presentation that we saw from

09:22:52  3    Dr. Merrill?

09:22:52  4    A.  Yes.

09:22:53  5    Q.  And in your notes, 8643.1.1, you noted that for rock

09:23:03  6    compressibility -- which here is abbreviated R with a subscript C,

09:23:09  7    correct?

09:23:09  8    A.  Yes.

09:23:09  9    Q.  -- was 6 microsips?

09:23:11  10   A.  Yes.

09:23:12  11   Q.  Did you say to him when you saw that he was using that input,

09:23:17  12   Why are you using that, that's not the right number?

09:23:19  13   A.  No.  In fact, I didn't even take note of that number.  The

09:23:25  14   purpose of that meeting was Secretary Chu or the science team was

09:23:32  15   concerned that after two days of the pressure following a straight

09:23:38  16   line trend, it started to deviate from the straight line trend, and

09:23:44  17   I was asked to meet with Dr. Levitan to provide an explanation for

09:23:49  18   that.  And we agreed that the explanation was that the reservoir

09:23:54  19   was a long, skinny channel, and that was the focus of the

09:23:59  20   discussion.

09:24:01  21          So the exact value of rock compressibility was something

09:24:06  22   that I didn't even take note of.  And our agreement was that using

09:24:15  23   a range of values, we came to the conclusion that a long, narrow

09:24:22  24   reservoir shape would explain the reason why the pressure didn't

09:24:27  25   follow a straight line trend, and that was the concern of the

1556

09:24:32  1   science team.

09:24:33  2            So the particular values used in this particular run was

09:24:39  3   not of concern to me.

09:24:41  4   Q.  You did make a note of it?

09:24:43  5   A.  Yes.  I copied down everything, but the focus of that work was

09:24:49  6   that long, skinny rectangle drawn in that sheet of paper where I

09:24:57  7   kept the notes.  That was the central focus of the meeting, and in

09:25:04  8   fact, that aspect was reported back -- this meeting took place at

09:25:09  9   about nine o'clock, and that long, skinny channel-shaped reservoir

09:25:14 10   was reported back in the science team meeting at 11 o'clock.

09:25:19 11   Q.  Now, Secretary Chu, who you just mentioned, did within a few

09:25:24 12   days take a specific and personal interest in what number you were

09:25:29 13   using for rock compressibility, didn't he?

09:25:32 14   A.  He asked me about rock compressibility in early August, so that

09:25:41 15   was, you know, more than a few days after July 20th when this was

09:25:47 16   discussed.

09:25:48 17   Q.  But it was just a couple of days after that July 30 and July 31

09:25:54 18   meeting of all of the government scientists that you spoke about on

09:25:58 19   your direct examination and which we heard about in yesterday's

09:26:01 20   testimony?

09:26:01 21   A.  Yes.  There was a meeting over two days on July 30th and 31st

09:26:08 22   where all of the scientists came together to discuss flow rates and

09:26:12 23   come up with a final value, updated value.  And several days after

09:26:18 24   that, Secretary Chu asked me about rock compressibilities.

09:26:22 25   Q.  And before we get to his question, this July 30, July 31,

1557

09:26:29 1   August 1 timeframe, that was your final presentation, at least that

09:26:33 2   I know of, of your leak detection model of the Macondo reservoir

09:26:38 3   and Macondo spill?

09:26:39 4   A.  No.  The leak detection model was presented in meetings

09:26:46 5   where -- in regular daily meetings where regular BP personnel and

09:26:53 6   government personnel met.  And the concern was the well was leaking

09:26:57 7   or not.

09:26:58 8   Q.  And that went on through July, didn't it?

09:27:01 9   A.  Yes.  That went on through beginning of August until the well

09:27:05 10  was killed by the static kill operation.

09:27:08 11  Q.  So that concern about whether or not the well was leaking and

09:27:14 12  your need to model it accurately was going on at the time you met

09:27:17 13  with Mr. Levitan and went over his modeling with him, correct?

09:27:23 14  A.  Yes, that's correct.

09:27:24 15  Q.  And you saw he was using 6 microsips for rock compressibility?

09:27:28 16  A.  Yes.  At that meeting he showed me one simulation where he was

09:27:35 17  using six.  And as I testified, the purpose of that meeting was to

09:27:43 18  establish the shape of the reservoir and not to discuss whether six

09:27:49 19  or some other number was the right rock compressibility.

09:27:53 20  Q.  But in this time period of July 30 when we're still very

09:27:58 21  concerned about modeling the right pressure to know if the well was

09:28:01 22  leaking, you wrote down, without noting much about it, that rock

09:28:04 23  compressibility was six as being modelled by Mike Levitan at that

09:28:09 24  time?

09:28:09 25  A.  Yes, that was July 20th, not 30th.

09:28:11  1    Q.  And the next day, July 21st, you sent that number of

09:28:19  2    6 microsips to another scientist working on the Macondo reservoir

09:28:23  3    on behalf of the government, didn't you?

09:28:25  4    A.  No, I did not.

09:28:27  5    Q.  Well, is there someone named Professor Flemings from the

09:28:30  6    University of Texas that worked with you and others to bring

09:28:35  7    expertise on the geology of the Macondo reservoir?

09:28:39  8    A.  Yes, Dr. Flemings was somebody who came to Houston to work with

09:28:45  9    the government scientists.

09:28:46 10    Q.  And let's look at TREX 8642.1.1.  On July 21, this is the day

09:28:56 11    after you met with Mr. Levitan and saw he was using 6 microsips for

09:29:02 12    rock compressibility, you sent some data to Professor Flemings as

09:29:06 13    his background for his analysis that he was doing for the

09:29:10 14    government, correct?

09:29:11 15    A.  Yes.  Actually, Professor Flemings was in Houston and we were

09:29:17 16    working in the same room, so we were right there together.  And

09:29:25 17    Professor Flemings asked me for the size -- information of the size

09:29:30 18    of the reservoir.  And that was the information.  Rather than

09:29:35 19    reading it to him so that he can write it down, I put it in a

09:29:41 20    spreadsheet and e-mailed to him because we were busy doing things,

09:29:47 21    so it would just be easier.

09:29:49 22    Q.  And let's look at that spreadsheet, it's TREX 8642.2.  And

09:29:55 23    let's blow up, first of all, 8642.2.2.  You said that the data in

09:30:04 24    this spreadsheet that you were providing to Professor Flemings for

09:30:07 25    his analysis for the government was based on discussions with BP

09:30:11  1   reservoir modelers and well test analysts, correct?

09:30:15  2   A.  Yes.  I was referring to data on reservoir size, so those are

09:30:23  3   the data under the bold line Estimation of Reservoir Area.

09:30:33  4   Q.  Well, it also had -- and let's look at 8642.2.1 -- data on

09:30:40  5   reservoir properties, correct?

09:30:43  6   A.  Yes.  But those -- okay.  Let me -- there are -- I used these

09:30:51  7   spreadsheets for calculations and it happened to be in a convenient

09:30:58  8   format, so rather than starting over and typing each label,

09:31:06  9   reservoir porosity, reservoir length, I used an existing

09:31:11  10  spreadsheet, I put in the reservoir size information in the upper

09:31:15  11  part of the spreadsheet, which is under the bold heading

09:31:20  12  "Estimation of Reservoir Area."

09:31:22  13          And everything else below were left over from a --

09:31:26  14  previous numerous other spreadsheets.  I used these spreadsheets

09:31:33  15  because embedded in these spreadsheets are formulas for conversion.

09:31:38  16  I would use these spreadsheets as a convenient method for

09:31:43  17  converting from oil field units to units that I use, which are

09:31:49  18  in -- you know, instead of barrels, cubic meters, and so those

09:31:54  19  numbers in the lower half of the spreadsheets were numbers left

09:32:00  20  over from previous conversion calculations.

09:32:07  21          And these were not numbers meant to send to Peter

09:32:14  22  Flemings, only the upper numbers are.  And, in fact, the file name

09:32:19  23  for this spreadsheet was reservoirvolume.xls, which made it

09:32:27  24  clear -- and also Dr. Flemings was right there next to me.  So I

09:32:31  25  sent him the spreadsheet and said that the reservoir volume data

09:32:36  1    that he wanted are in this spreadsheet.

09:32:39  2           So the rest of the data are not meant to be described by

09:32:49  3    the first line based on the discussions with BP -- I can't quite

09:32:59  4    see the line.

09:32:59  5    Q.  Well, the line we're looking at is the one that says formation

09:33:03  6    rock or pore compressibility, 6 microsips.  Do you see that?

09:33:08  7    A.  Yes.  I mean, I did convert 6 microsips into the units that I

09:33:14  8    need to work with.  But that -- as I said, the values in the lower

09:33:21  9    half of those spreadsheets were often changed.  There are also

09:33:27  10   numerous spreadsheets that have 12 on there.  So these were just a

09:33:33  11   spreadsheet -- a number of spreadsheets that I had used to do

09:33:38  12   conversions from an original spreadsheet that has been changed

09:33:43  13   numerous times.  And so, you know, that's my description of that

09:33:51  14   particular callout.

09:33:53  15   Q.  Well, if you had a spreadsheet that said 12 at the time of the

09:33:57  16   meeting with Professor Flemings on July 21, maybe United States

09:34:01  17   counsel can show that to us on your redirect.

09:34:03  18          But in any event, when you met with Professor Flemings,

09:34:06  19   the spreadsheet you sent him said rock compressibility of

09:34:10  20   6 microsips?

09:34:12  21   A.  That is correct, literally.  But what he asked me was data

09:34:18  22   about the size of the reservoir.  And what I sent him -- the

09:34:26  23   information that I meant to send to him were the size of the

09:34:30  24   reservoir.  And there was some extraneous information from previous

09:34:38  25   calculations.  And I can definitely provide you with a spreadsheet

09:34:43  1    with the metadata of sometime prior to July 20th that had 12

09:34:53  2    microsips in the rock compressibility.

09:34:55  3    Q.  Now, actually, in your modeling at this time, you were not

09:34:59  4    using exclusively 12 microsips for rock compressibility, were you?

09:35:03  5    A.  That is correct.  For the leak detection model, when I

09:35:13  6    implemented history matching, I actually used the history matching

09:35:19  7    to estimate compressibility.

09:35:20  8    Q.  Let's take a look at a summary chart from one of those modeling

09:35:27  9    set of runs, TREX 8640.5.2.  This is output from your leak

09:35:39 10    detection model?

09:35:39 11    A.  Yes.  I believe this is output for the leak detection model,

09:35:46 12    probably the first revision, which would be around July 25th, or

09:35:52 13    the second revision, I am not exactly sure.

09:35:55 14    Q.  And the input for rock compressibility is that yellow

09:35:59 15    highlighted line third from the bottom that says $C_R$ ($10^{-10}$ $psi^{-1}$)?

09:36:09 16    A.  That was not an input.  As you had indicated and I also said,

09:36:12 17    these were numbers estimated from history matching and this would

09:36:20 18    probably be history matching of data from July 15th up to maybe

09:36:28 19    July 23rd or something like that.

09:36:30 20    Q.  And when you refer to history matching of data, you're talking

09:36:33 21    about the pressure data that's coming from the capping stack

09:36:37 22    measurement following the shut-in?

09:36:39 23    A.  Yes.  Those pressure data was used or the model was adjusted so

09:36:47 24    that the model simulated pressure would match the capping stack

09:36:51 25    pressure.

09:36:51  1   Q.  So you matched the capping stack pressure with rock

09:36:56  2   compressibilities of 15.5 microsips, 9.4 microsips and 7.6

09:37:02  3   microsips?

09:37:04  4   A.  Yes.  At this time, the shape of the well was specified in the

09:37:11  5   model and using different shapes and the location of the well

09:37:16  6   within these shapes, those were the matches.  And this was, as I

09:37:20  7   said, data from around July, from July 15th to probably around

09:37:27  8   July 23rd or 24.

09:37:28  9   Q.  And you presented this as a part of this ongoing assessment of

09:37:32 10   whether or not it was safe to keep the well shut-in?

09:37:35 11   A.  That's right.  So with these various combinations of

09:37:41 12   parameters, the conclusion was still -- regardless of which one you

09:37:48 13   use, the well was safe to shut in because it indicated that -- of

09:37:53 14   these results, indicated that the well was not leaking.

09:37:56 15   Q.  You didn't --

09:37:57 16        THE COURT:  Let me clarify one thing.  I believe you

09:38:01 17   referred to the shape of the -- the different shapes of the well.

09:38:07 18   Is this the shape of the well or the shape of the reservoir?  The

09:38:14 19   length and width dimensions.

09:38:18 20        THE WITNESS:  Those are the dimensions of the reservoir.

09:38:21 21   So in the left --

09:38:23 22        THE COURT:  That's fine.  That answered my question.

09:38:27 23        MR. BOLES:  Thanks for clarifying that.

09:38:29 24   BY MR. BOLES:

09:38:29 25   Q.  You didn't throw out these results and decline to present them

09:38:32  1   to that group making the decision about leaving the well shut-in

09:38:36  2   because they indicated rock compressibilities that varied across

09:38:40  3   that range we're seeing there, did you?

09:38:43  4   A.  I didn't -- could you ask that question again?

09:38:47  5   Q.  Yes.  You presented -- there are three cases shown on this

09:38:50  6   slide, which indicate three different rock compressibilities could

09:38:55  7   match the pressure you were seeing from the capping stack.

09:38:57  8   A.  That's right.  Up to July 20 -- whatever the date was prior to

09:39:06  9   my doing this analysis, yes.

09:39:09 10   Q.  And it was your conclusion at this time, based on your study,

09:39:12 11   that the rock compressibility could vary even more than is being

09:39:16 12   shown here in those three cells of the chart?

09:39:20 13   A.  I don't think I made that -- I don't think I said that the rock

09:39:27 14   compressibility could vary even more.  Those were the rock

09:39:30 15   compressibilities that were obtained using these analysis.

09:39:37 16          And, I mean, you asked me, I didn't throw them out.

09:39:42 17   Obviously, I didn't throw them out because I presented them.  But

09:39:44 18   the conclusion was not what the rock compressibility is, the

09:39:48 19   conclusion was whether the well was leaking.  And regardless of

09:39:52 20   which one I used, the conclusion was the well was not leaking.

09:39:56 21   Q.  But in the bottom of this slide, below the chart, you indicated

09:40:01 22   for a different flow rate, the same match can be obtained by

09:40:06 23   proportionally scaling K and $C_r$, correct?

09:40:12 24   A.  That's correct.  That in this the leak detection model, if you

09:40:20 25   chose a different flow rate like 60,000 barrels, stock-tank barrels

1564

09:40:25  1    per day or 40,000 stock-tank barrels per day, you would come to the

09:40:30  2    same conclusion, yes.

09:40:32  3    Q.  You would also match the pressure?

09:40:33  4    A.  Yes, you would also match the pressure.

09:40:36  5    Q.  And $C_R$ refers to rock compressibility?

09:40:39  6    A.  That's correct.

09:40:39  7    Q.  And as you indicated, and I think you discussed this on direct

09:40:44  8    examination, you did a couple more of these presentations at least.

09:40:47  9    Let's look at TREX 8634.3.1.  This is another presentation of your

09:40:56 10    leak detection model?

09:40:58 11    A.  Yes, that's correct.

09:41:00 12    Q.  Showing, again, three different numbers for rock

09:41:03 13    compressibility that you found matched the pressure?

09:41:07 14    A.  Yes.  The way this are shown are always the -- as I noted, at

09:41:17 15    the time that I did this, I assumed different reservoir dimensions,

09:41:26 16    and the bottom row of this table shows the degree of mismatch.  So

09:41:33 17    the lower the value, the lower -- the better the match.  And the

09:41:41 18    way this is presented, the center panel usually gave the best

09:41:49 19    match.  I don't know what was blocking the number.

09:41:53 20          But anyway, those three all acceptable matches and the

09:42:01 21    values shown here are for rock compressibility were the match rock

09:42:06 22    compressibilities, yes.

09:42:07 23    Q.  And that's given the assumptions you made about the size of the

09:42:10 24    reservoir and the flow rate, correct?

09:42:11 25    A.  Yes.

1565

09:42:11  1   Q.  And let's look at a third presentation.  Let's just skip to

09:42:16  2   your summary slide, which is 8644.15.1.  I think this is

09:42:29  3   August 1st, so I believe this is at the end of this leak detection

09:42:33  4   modeling that you did that we've seen a series of presentations on.

09:42:37  5   A.  Yes.

09:42:37  6   Q.  And your conclusion, your summary conclusion with respect to

09:42:41  7   rock compressibility was that permeability and rock compressibility

09:42:45  8   within expected range.

09:42:47  9   A.  Yes.

09:42:47 10   Q.  And you knew that the range of possible rock compressibilities

09:42:52 11   in the Gulf of Mexico reservoirs could be down to the single digits

09:42:59 12   of microsips?

09:42:59 13   A.  Yes, that is reasonable.

09:43:00 14   Q.  Around this time you -- as you indicated, you switched to a

09:43:09 15   different kind of model from the leak detection model to the --

09:43:12 16   what, I think, you called the flow rate model?

09:43:14 17   A.  That's right -- well, the leak detection model was presented in

09:43:22 18   discussions on whether the well was leaking or not; and, yes, I --

09:43:29 19          I am just not sure what you mean by "switch."  I had a

09:43:32 20   different assignment on July -- in late July, and that assignment

09:43:38 21   was to estimate the flow rate.  So I modified the leak detection

09:43:44 22   model so it can be used to estimate the flow rate.

09:43:46 23   Q.  And we're going to talk a little bit later about how you did

09:43:51 24   that modification.  But first, I just want to keep a continuity and

09:43:55 25   wrap up our discussion of rock compressibility.

09:43:57  1           Let's see.  And again, the setting here is the July 30
09:44:01  2   meeting of all of the government scientists to discuss the Macondo
09:44:06  3   incident flow rates, correct?  You attended that meeting?
09:44:11  4   A.  Okay, yeah.  But I just want to make sure -- in the beginning
09:44:16  5   part of your question, you said you wanted to wrap up the leak
09:44:20  6   detection model and then you said -- and then you went into the
09:44:24  7   July 30th meeting which has to do with the flow rate estimation
09:44:28  8   model, so those are different things.
09:44:29  9   Q.  Right.  So I was trying to make a transition.
09:44:33 10   A.  Oh, okay.
09:44:34 11   Q.  Sorry if I was unclear.
09:44:35 12           So on July 30 you met with all of the government
09:44:38 13   scientists; is that right?
09:44:41 14   A.  Yes.  On July 30th I met with -- I had a meeting where all of
09:44:49 15   the government scientists involved previously in flow rate
09:44:52 16   estimation presented their results, yes.
09:44:56 17   Q.  And you presented your results?
09:44:58 18   A.  That's correct.
09:44:58 19   Q.  Let's take a look at TREX 8635.74.1.  Is this a summary of your
09:45:12 20   analysis of the cumulative flow of the Macondo spill that you
09:45:15 21   presented on July 30?
09:45:17 22   A.  Yes, this is what I presented, yes.
09:45:21 23   Q.  And it shows that we've got, in the bottom row, the bottom
09:45:26 24   yellow row is your total volume of estimated spill?
09:45:29 25   A.  Yes.  These are based on pressure data from July 15th to

09:45:34  1    July 28th, and this presentation was given in July 30th.

09:45:42  2    Q.  And the top row, which we've also highlighted in yellow, is the

09:45:46  3    input for rock compressibility?

09:45:48  4    A.  Yes.  So I used 12 to do my estimation, and I used 6 and 15 for

09:45:56  5    bracketing calculations.

09:45:56  6    Q.  That's the row that begins with the symbol $C_R$?

09:46:01  7    A.  That's correct.

09:46:01  8    Q.  Now, did you tell anybody at the meeting that six was not a

09:46:09  9    possible value for rock compressibility?

09:46:11 10    A.  No, I did not tell anybody that six was an impossible value for

09:46:17 11    rock compressibility.

09:46:17 12    Q.  And, in fact, you told all of the government scientists

09:46:22 13    gathered on July 30 that BP thought the number was 6 microsips,

09:46:27 14    didn't you?

09:46:28 15    A.  No, I did not say that.

09:46:30 16    Q.  Well, let's look at TREX 8628.7.1.  This is an excerpt from

09:46:40 17    some notes that we looked at yesterday from someone from -- if you

09:46:44 18    look at the upper right-hand corner, let's blow that up

09:46:49 19    temporarily.

09:46:52 20         MS. HARVEY:  Counsel has not identified who these notes

09:46:54 21    are from, and I think it lacks foundation.

09:46:57 22         MR. BOLES:  These were used yesterday in response to the

09:46:59 23    same objection.  It was noted that there's no dispute you were at a

09:47:03 24    meeting on July 30 with the government scientists.

09:47:05 25         MS. HARVEY:  In response to that objection, Dr. Hunter

09:47:08  1    was a 30(b)(6) witness, Dr. Hsieh is not.

09:47:12  2            MR. BOLES:  Dr. Hsieh was a 30(b)(6) witness as well.

09:47:16  3            MS. HARVEY:  But not for the July 30th meeting.

09:47:18  4            MR. BOLES:  Actually, they've been admitted, I guess.

09:47:21  5            THE COURT:  Whose notes were these?  Are these the ones

09:47:25  6    we never established who wrote them?

09:47:27  7            MR. REGAN:  They were produced by PNNL, which is one of

09:47:30  8    the --

09:47:30  9            MR. BOLES:  Pacific Northwest National Laboratories.

09:47:33 10            MR. REGAN:  And they were admitted this morning.

09:47:36 11            MS. HARVEY:  But they still lack foundation, and

09:47:38 12    Dr. Hsieh can't identify them.

09:47:40 13            THE COURT:  Let's see if he can either -- he can answer

09:47:47 14    and deny whatever he can comment on.  Go ahead.

09:47:50 15            MR. BOLES:  Sure, and that's all I'm going to be

09:47:53 16    exploring.

09:47:54 17            THE COURT:  So these are notes from a meeting on

09:47:55 18    July 30th?  You were at that meeting?

09:47:59 19            THE WITNESS:  I was at that meeting.  These were not my

09:48:01 20    notes.

09:48:02 21            THE COURT:  He is going to ask you about somebody else's

09:48:05 22    notes from that meeting that apparently references you, and you can

09:48:08 23    respond to the questions, okay?

09:48:10 24            THE WITNESS:  All right.

09:48:11 25    BY MR. BOLES:

1569

09:48:11  1   Q.  Did you tell the government scientists gathered on July 30th
09:48:14  2   when you were discussing your analysis that BP was preferring
09:48:19  3   6 microsips for rock compressibility?
09:48:20  4   A.  No, I did not say that.  If you want me to try to explain why
09:48:27  5   this person wrote it down.  I might have said when I was doing the
09:48:33  6   bracketing calculation that when 6 microsips were used, we get a
09:48:39  7   spill volume of 2.9 million barrels.  And I am not sure, but I
09:48:46  8   could have made the comment that this would be something that BP
09:48:51  9   would prefer in the sense that, if you had a spill, you would
09:48:55 10   prefer a lower volume than a higher volume.
09:48:59 11        But I did not say that BP preferred 6 microsips as the
09:49:06 12   compressibility, because my understanding was BP felt that 12
09:49:11 13   microsips was representative of reservoirs in the Gulf of Mexico
09:49:17 14   region.
09:49:17 15   Q.  And you clearly communicated, and we saw it on the summary
09:49:24 16   slide a couple of slides ago, that the amount of cumulative flow
09:49:28 17   that you were estimating depended on the number you put in for rock
09:49:32 18   compressibility?
09:49:34 19   A.  That's correct.
09:49:34 20   Q.  And there was concern at the highest levels of the government's
09:49:42 21   science team and the United States government, about whether or not
09:49:45 22   your use of 12 microsips was correct?
09:49:51 23   A.  I don't know of those concerns.
09:49:52 24   Q.  Well, let's look at TREX 141784.1.1.  And this is a National
09:50:03 25   Oceanic and Aeronautics Administration person named Bill Lehr

09:50:09   1    writing to Marcia McNutt.  She's the director of the United States
09:50:12   2    Geological Survey, right?
09:50:14   3    A.  Yes.
09:50:14   4    Q.  So she is your boss's boss or up the chain of command?
09:50:19   5    A.  Yes.
09:50:19   6    Q.  And she is writing just a day after, or two days after these
09:50:22   7    presentations.  I am referring to the second highlighted part.  "I
09:50:28   8    would like to see," skipping a bit here, "justification for the use
09:50:32   9    of a different compressibility than the reported value of 6."
09:50:40  10    Correct?
09:50:42  11    A.  That's what the memo says, yes.
09:50:44  12    Q.  So he is not believing that they're relying on BP and just
09:50:50  13    accepting 12 microsips, right?
09:50:52  14            MS. HARVEY:  Objection, this is speculation.  Somebody
09:50:54  15    else's e-mail.  He is not on it.
09:50:58  16            MR. BOLES:  If I may respond, your Honor.
09:50:59  17            THE COURT:  I'll sustain the objection to the form of the
09:51:02  18    question.
09:51:02  19    BY MR. BOLES:
09:51:03  20    Q.  All right.  Let me ask you this:  Were you aware that the
09:51:08  21    director of your organization, Marcia McNutt, was receiving
09:51:15  22    expressions of concern within the United States science team about
09:51:21  23    your use of 12 microsips?
09:51:23  24    A.  No, I was not aware of this e-mail or -- nor of her concern.
09:51:29  25    Q.  Let's take a look at another one, TREX 8662.1.1.  Now, Director

09:51:39  1   McNutt is hearing from someone from another national laboratory or

09:51:43  2   the Lawrence Livermore National Laboratory who e-mails, "As I

09:51:47  3   recall, the reservoir rock compressibility of 6 microsips was the

09:51:51  4   original estimate from BP.  Paul Hsieh of USGS used this value, and

09:51:56  5   also 12 and 18 in his reservoir studies.  Higher values resulted in

09:52:01  6   higher flow rates all else equal."  Skipping a bit.  "I recall Paul

09:52:06  7   liked 12 the best."

09:52:07  8           Did director McNutt pass along this concern to you?

09:52:11  9   A.  No.  Director McNutt did not pass on this concern to me.

09:52:16 10   However, we had explored this in my deposition, and I said to you

09:52:23 11   that this is not an accurate description of what I presented.  And,

09:52:30 12   in fact, I don't like any number in particular.  I use 12 because

09:52:36 13   12 was the number that was indicated to me as the most

09:52:41 14   representative number.

09:52:44 15           And also, the person who wrote this e-mail, Mr. Miller,

09:52:50 16   was not present when Kelly McAughan told me that 12 was the

09:52:56 17   representative number.  I don't know if he was present when Bob

09:53:02 18   Merrill presented information using 12 in his analysis.  And if I

09:53:12 19   were somebody who only knew that there was a measurement of

09:53:16 20   6 microsips from a sidewall core and I looked at some presentation

09:53:22 21   that had 12 and 18, I would be confused, too.

09:53:26 22           So I would imagine, I would explain this e-mail as from

09:53:33 23   somebody who didn't have full range of information, and so it's

09:53:41 24   reasonable that he would raise these questions.

09:53:43 25   Q.  Well, the part of the information he didn't have, apparently,

1572

09:53:45  1    is that you and Mike Levitan of BP, the well test analysis person,

09:53:52  2    and that he was using 6 microsips and that you had written that

09:53:54  3    down in your notes.  Did you tell him that or any other government

09:53:58  4    scientist that?

09:53:59  5    A.  Well, I don't know Mr. Miller, and, no, I did not tell -- I did

09:54:04  6    not report it, what Mr. Levitan used; because, as I said, the main

09:54:10  7    purpose of the meeting was to establish the size of the reservoir.

09:54:16  8    I wrote down all of the numbers.  For example, Mike Levitan used a

09:54:21  9    permeability of 500 millidarcies.  I did not report that either.

09:54:25 10           The main thing that had to be reported was the shape of

09:54:30 11    the reservoir and having that shape explain why the pressure

09:54:35 12    followed a straight line trend for two days and then deviated from

09:54:41 13    the straight line trend.

09:54:43 14    Q.  The bottom line, Dr. Hsieh, is that at this time, at the end of

09:54:47 15    July 2010 and early August 2010, the United States government

09:54:53 16    wasn't relying on a BP number for rock compressibility as being the

09:55:01 17    final word or as a definite thing that they didn't have to look at

09:55:06 18    further; isn't that correct?

09:55:11 19    A.  Well, I used 12 microsips because that was indicated to me that

09:55:15 20    12 was the most representative value for reservoirs in the Gulf of

09:55:21 21    Mexico region.  That was what I relied on.

09:55:23 22    Q.  Right.  And you also presented alternative cases of 6 and 18 on

09:55:29 23    July 30?

09:55:29 24    A.  Yes.  Those were bracketing calculations, yes.

09:55:32 25    Q.  And we've seen that people were writing to the director of

1 United States Geological Survey questioning your use -- your going

2 from the measured value of 6 up to 12 after you did that July 30

3 presentation, correct?

4 A. Well, you showed me those concerns. I was not aware of those

5 concerns. And again, I would say that those concerns came from

6 lack of information of what values were being used in reservoir

7 modeling by BP.

8 Q. Those concerns also came from Secretary of Energy Chu, didn't

9 they?

10 A. Secretary of Energy Chu did ask me about rock

11 compressibilities, yes.

12 Q. Let's look at his e-mail to you from August 2. Let's look at

13 TREX 8644.4.1. You got this e-mail from Dr. Chu on August 2nd,

14 2010?

15 A. Yes, I did.

16 Q. And he wrote to you, "Are the uncertainties in the rock

17 compressibility being narrowed as we continue forward in Horner

18 time?"

19 A. Yes, that's what he asked.

20 Q. And you responded to this e-mail, didn't you?

21 A. Yes, I did.

22 Q. Let's take a look at TREX 8645.1.2. It's a long e-mail back,

23 but I want to focus on what you said bottom line to him was, to

24 Secretary Chu, "I will continue to research on ways to better

25 define the rock compressibility and report my findings to the

09:57:13  1    science team.  Please e-mail me if you have additional questions."

09:57:18  2    Did you send that response to Secretary Chu?

09:57:20  3    A.  Yes, I had sent this e-mail back to Secretary Chu, yes.

09:57:25  4    Q.  And did you ever, in fact, continue your research on ways to

09:57:28  5    better define rock compressibility?

09:57:30  6    A.  No.  There was no additional information on rock

09:57:34  7    compressibilities.

09:57:35  8    Q.  Actually, you did have some additional information, didn't you,

09:57:45  9    sir?  You had -- just before the Macondo incident you had read the

09:57:50 10    leading treatise on the field that includes rock compressibility,

09:57:56 11    which is geomechanics, right?

09:57:57 12    A.  Could you be more specific?

09:58:03 13    Q.  Yes.  Is rock compressibility part of a field known as rock

09:58:09 14    mechanics or geomechanics?

09:58:12 15    A.  Well, yes, rock compressibility is something that is part of

09:58:20 16    geomechanics, but it's also part of oil reservoir engineering.

09:58:27 17    It's part of ground water hydrology.  I am just not sure what

09:58:32 18    question you're trying to ask in terms of the leading treatise.

09:58:36 19    Q.  Sure.  Let's put up TREX 144580.1.  This is *Fundamentals Of*

09:58:47 20    *Rock Mechanics, Fourth Edition* by Jaeger, Cook and Zimmerman.  And

09:58:53 21    you've seen this book before?

09:58:55 22    A.  Yes, definitely.  I mean, this is a well-known book.

09:58:57 23    Q.  And, in fact, you've read the book?

09:58:59 24    A.  Yes, I've read the book.

09:59:00 25    Q.  And you read the book before the Macondo incident?

09:59:03  1    A.   Yes, I read the book when I was in grad school.  I mean an

09:59:07  2    early edition.

09:59:08  3    Q.   This is a classic text in the field of rock mechanics?

09:59:11  4    A.   That's correct.

09:59:11  5    Q.   And the fourth edition had come out a year before the Macondo

09:59:15  6    incident revised and expanded by the new coauthor Professor Robert

09:59:21  7    Zimmerman?

09:59:21  8    A.   That's correct.

09:59:22  9    Q.   He is going to be testifying as an expert in this case about

09:59:26 10    rock compressibility.

09:59:32 11    A.   Is there a question there?

09:59:34 12    Q.   No.

09:59:35 13    A.   Oh, I'm sorry.

09:59:36 14    Q.   I can't get away with anything with you, Dr. Hsieh.

09:59:45 15              But you told the world in a book review you wrote about

09:59:48 16    this book that because of Dr. Zimmerman's labor of love, as you put

09:59:53 17    it, this classic text will, again, take its place as the premium

09:59:58 18    text in rock mechanics?

09:59:59 19    A.   That's correct.  I mean, this text was out of print for a

10:00:03 20    number of years, and Dr. Zimmerman, through his labor of love, and

10:00:09 21    I believe it is, indeed, a labor of love, brought this book back,

10:00:13 22    updated it, and it was published again, yes.

10:00:16 23    Q.   Well, you would be glad to hear that I am about to leave the

10:00:20 24    subject of rock compressibility and microsips to go into the macro

10:00:25 25    results of your calculations of cumulative flow that you talked

10:00:29 1    about --

10:00:29 2    A.  All right.

10:00:29 3    Q.  -- on your direct examination.

10:00:31 4          Let's look at the demonstrative that we put together,

10:00:33 5    D24389.  So the left-hand side of this timeline takes us back to

10:00:41 6    where we left off.  This was your -- the time of your presentation

10:00:45 7    to the other government scientists -- I'm sorry.

10:00:50 8          On the far left in red, in the meeting of the assembled

10:00:56 9    government scientists they came up with a consensus cumulative flow

10:01:00 10   estimate that they would tell the world of 4.9 million barrels from

10:01:06 11   the Macondo incident, correct?

10:01:09 12   A.  Yes.

10:01:09 13   Q.  And so that was on -- and it was also with a plus or minus ten

10:01:15 14   percent uncertainty?

10:01:16 15   A.  That's correct.

10:01:16 16   Q.  Now, we just saw that at this point in time your cumulative

10:01:22 17   estimate was 4.6 million barrels cumulative spill?

10:01:26 18   A.  Yes.  That was based on data from July 15th to July 28th.

10:01:32 19   Q.  And then you got a little bit of additional data until the well

10:01:36 20   was killed on August 3rd?

10:01:38 21   A.  Well, not a little bit.  I mean, from July 15th to July 28th is

10:01:46 22   13 days.  The well was killed on August 3rd, so there was six more

10:01:50 23   days bringing it to 19 days, so I would not call that a little bit

10:01:55 24   more data.

10:01:55 25   Q.  And then on August 3rd, that was the cut off of data from the

10:01:59  1    capping stack because the well was killed, right?

10:02:01  2    A.  That's correct.

10:02:02  3    Q.  And so as you testified on direct, a couple of months later you

10:02:06  4    started working on the publication of your analysis of the Macondo

10:02:11  5    spill?

10:02:12  6    A.  Yes.  I wrote a report in August -- in October of 2010.

10:02:19  7    Q.  And at that point your estimated cumulative flow was still

10:02:27  8    4.6 million barrels, correct?

10:02:31  9    A.  If you're referring to the first draft, yes, the first draft

10:02:37 10    had the number that I presented on July 30th.

10:02:42 11    Q.  And then the second draft, which is -- you're anticipating me

10:02:45 12    here -- on October 13th the number had gone up from 4.6 to 4.76?

10:02:52 13    A.  That's correct.  So the sequence of event was that in early

10:02:58 14    October Mark Sogge asked me to write a report, he wanted a draft

10:03:04 15    within a week.  And in order to get that draft to him, I put the

10:03:10 16    value of 4.6 that was estimated on July 30th that I reported into

10:03:17 17    that draft.  And that was an estimate based on data from July 15th

10:03:26 18    to July 28th.

10:03:28 19         The second draft, which is October 13th, I used data from

10:03:33 20    July 15th all the way through August 3rd, so that's 19 days of

10:03:38 21    data.  And using those extra six days, the estimate went from 4.6

10:03:45 22    to 4.76.

10:03:47 23    Q.  Now, you didn't have anymore data between that estimate and

10:03:51 24    your final estimate of 4.9 million stock-tank barrels that you came

10:03:56 25    to on October 22nd, did you?

1578

10:03:59 1   A.  No.  The change from 4.76 to 4.92 was not based on additional

10:04:06 2   data.  That change was based on refining the time steps used in the

10:04:15 3   simulation.  Refining a time step is a way to check that the time

10:04:19 4   step has appropriate resolution, so it would be like a higher

10:04:24 5   resolution picture versus a lower resolution picture.

10:04:28 6          And when the time steps were refined, the estimated flow

10:04:32 7   rate went from 4.76 to 4.92, which is about a three percent

10:04:40 8   difference.  And in practical applications, if you refine the time

10:04:45 9   steps, you get a few percent change that indicates to you that the

10:04:51 10  resolution is appropriate and that refinement of time steps

10:04:57 11  explains the difference between 4.76 and 4.92.

10:05:05 12         So effectively, those two numbers are very close

10:05:07 13  together.  I used 4.92 because it was the result from the more

10:05:11 14  refined time step simulation.

10:05:13 15  Q.  And the time step, as I understand it, you were using a

10:05:18 16  simulator to stimulate flow through the reservoir?

10:05:22 17  A.  Yes.

10:05:23 18  Q.  And it does the simulation in steps of time?

10:05:26 19  A.  That's correct.

10:05:27 20  Q.  And they're measured in fractions of a day?

10:05:30 21  A.  Whatever units you want to use.

10:05:32 22  Q.  Let's take a look at that.  Let's look at the time steps that

10:05:37 23  you used for your October 11 estimate, which is 4.6 million

10:05:43 24  barrels.  That's TREX 8647.10.1, time step there was 0.2 days,

10:05:54 25  correct?

10:05:59  1   A.  That is a -- the time step actually is finer in the beginning
10:06:03  2   and then coarser towards the end and then when shutdown happens is
10:06:12  3   finer again.  But this was most of the time step that most -- most
10:06:18  4   of the time step was .2 days, that's correct.
10:06:22  5   Q.  And it was the same time steps for the higher number that you
10:06:25  6   had in October 13th.  Let's look at 8648.11.1.  Same time steps
10:06:36  7   reported in the reports that you provided to us in the litigation,
10:06:39  8   correct?
10:06:39  9   A.  Again, in order to keep the report short, this was just a
10:06:46 10   general characterization.  As I said, the actual time steps were
10:06:50 11   not always .2 days.  The way you determine time step is when the
10:06:57 12   pressure is changing rapidly through time, you make smaller time
10:07:02 13   steps; and when the pressure is not changing as much, you can use
10:07:07 14   larger time steps.
10:07:10 15          So after -- let's say, after the initial explosion, the
10:07:16 16   time steps would be finer, and then gradually it would become
10:07:21 17   .2 days.  When the shut-in occurs, there's a big change in time --
10:07:25 18   in pressure, and the time steps would be much finer.  And then, as
10:07:33 19   the equilibration occurs, the time steps would be coarser again.
10:07:37 20          But to describe all of that would involve several more
10:07:40 21   paragraphs.  Dr. Sogge wanted a report, a ten-page report.  So I
10:07:49 22   just eliminated all of those details and described the general time
10:07:55 23   step that was applied in most of the simulation.  But the
10:07:59 24   refinement was really in periods when the pressure changes the
10:08:05 25   most, and that is during the initial blowout and the shut-in

10:08:10  1    period.  So those changes were not reflected in various drafts of

10:08:15  2    the report.

10:08:16  3    Q.  And I think that's right.  In the October 22nd draft where you

10:08:20  4    finally reached the 4.9 million barrel cumulative flow number, the

10:08:25  5    time step as 8615.11.1.  It's still showing as --

10:08:32  6    A.  That's correct.  Because for most of the time the flow -- the

10:08:38  7    pressure was changing gradually.  So for most of the simulation,

10:08:42  8    the time step is .2 days.  But the accuracy that is achieved is --

10:08:49  9    better accuracy is achieved is by refining time steps only during

10:08:53 10    those periods when the pressure is changing rapidly.  And those

10:08:58 11    changes occur only in the beginning of the blowout and during

10:09:03 12    shut-in, and those were the places where time steps were refined.

10:09:07 13    Q.  Thank you, Dr. Hsieh.  Now, I would like to switch to a

10:09:12 14    different rock property called permeability.

10:09:15 15    A.  Okay.

10:09:16 16    Q.  And permeability is an important property in terms of

10:09:22 17    determining flow rate through a porous rock like the Macondo

10:09:27 18    reservoir; is that right?

10:09:28 19    A.  Yes, that is right.

10:09:30 20    Q.  In fact, under the defining equation, Darcy's Law, the flow

10:09:36 21    rate, all other things being equal, is directly proportional to

10:09:39 22    permeability?

10:09:40 23    A.  Everything -- well, Darcy's Law says, yes, everything being

10:09:45 24    equal, the flow rate is proportional to permeability.  Could you

10:09:49 25    excuse me for a second?

10:09:51  1   Q.  Of course, I'll do the same.  In fact, I am going to replenish

10:09:55  2   my bottle.  Are you ready?

10:10:01  3   A.  Yes.

10:10:02  4   Q.  All right.  So you doubled the permeability, all other things

10:10:06  5   being equal, you'll double the flow rate?

10:10:08  6   A.  In Darcy's Law, that's correct.  Darcy's Law saying that the

10:10:14  7   flow rate is equal to -- is proportional to the pressure grading

10:10:20  8   actually multiplied by the permeability, yes.

10:10:22  9   Q.  But Darcy's Law, that's the fundamental law or equation of flow

10:10:28 10   of fluids through porous media like a sandstone reservoir, isn't

10:10:32 11   it?

10:10:33 12   A.  That is one of the fundamental equations.  There's also an

10:10:40 13   equation of mass conservation, and the flow equation that we use is

10:10:46 14   a combination of Darcy's Law and an equation that we call the mass

10:10:54 15   conservative equation.

10:10:55 16   Q.  Is that called the material balance equation, the equation of

10:10:58 17   conservation of mass that you just referred to?

10:11:01 18          MS. HARVEY:  Objection.  This is really going into expert

10:11:04 19   testimony here.

10:11:04 20          THE COURT:  It does seem like we're getting way beyond

10:11:08 21   what this witness was here to testify about, and he has not been

10:11:12 22   qualified as an expert.  I know he has some expertise, obviously.

10:11:16 23   But he is not here as an expert, so we seem to be going far afield

10:11:21 24   here.

10:11:22 25          MR. BOLES:  I will get back on track, your Honor.

10:11:24  1           THE COURT:  Okay.

10:11:24  2  BY MR. BOLES:

10:11:25  3  Q.  What I want to talk to you about, Dr. Hsieh, is what you used,

10:11:31  4  because the United States has said that they relied on certain

10:11:36  5  numbers from BP in doing their assessment of the Macondo well, so I

10:11:41  6  want to talk about the numbers you used for permeability that you

10:11:45  7  based on BP's data.

10:11:48  8           Now --

10:11:52  9  A.  Could I make a correction?  I did not use a number for

10:11:55 10  permeability.  The permeability numbers from my report are results

10:12:01 11  from history matching.  So whatever history matching results

10:12:06 12  provided me with the permeability, that was the permeability that

10:12:12 13  were used in determining the flow rate.

10:12:14 14  Q.  Okay.  And I apologize for making my timeline unclear, but I am

10:12:19 15  now on this new property permeability.  I am going back now to the

10:12:23 16  beginning of your work prior to shut-in.  And you -- let's look at

10:12:28 17  TREX 8627.2.  This is the technical note that you got from BP that

10:12:40 18  provided some numbers used in modeling, correct?

10:12:46 19  A.  Yes.

10:12:46 20  Q.  And there was a chart there, and I want to zoom in on that,

10:12:54 21  it's D-24495.  And there were numbers in that technical note for

10:13:06 22  permeability, correct?

10:13:08 23  A.  Yes, that's correct.

10:13:09 24  Q.  And you looked at those numbers?

10:13:11 25  A.  Yes, I did look at those numbers.

10:13:13  1   Q.  And after that, you came up with a permeability number of 220

10:13:20  2   millidarcies?

10:13:22  3   A.  Yes.  In the first -- in my overnight model that I developed,

10:13:29  4   why based my numbers on these numbers and I used something like 220

10:13:35  5   millidarcies in that calculation, yes.

10:13:37  6   Q.  And not the 500 millidarcies that you later used for your

10:13:43  7   calculation of total flow in the Macondo well?

10:13:46  8   A.  That's correct.  The overnight calculation, I didn't have any

10:13:51  9   pressure data, or I only had a few hours of pressure data.  Those

10:13:56  10  numbers were not sufficient to estimate permeability, so I used

10:14:01  11  whatever number was available, which was from this report.

10:14:06  12          In my final model, there was a -- there were 19 days of

10:14:13  13  pressure data, and the permeability was based on analyzing those

10:14:18  14  19 days of pressure data.

10:14:19  15  Q.  But going back to this early period before the shut-in, and I

10:14:24  16  want to focus on these numbers.  Because the United States told the

10:14:29  17  Court yesterday that the numbers in the first two columns -- let's

10:14:35  18  take it from the left, the left-hand side in the blown-up chart is

10:14:40  19  the name of the different layers in and above the Macondo

10:14:46  20  reservoir, correct?

10:14:48  21  A.  Yes.

10:14:48  22  Q.  So the last three rows.  M56D, M56E, M56F, that's the Macondo

10:14:56  23  reservoir?

10:14:56  24  A.  That's right.

10:14:57  25  Q.  And then the first column says "arithmetic air perm," do you

10:14:57  1    see that?

10:14:57  2    A.  Yes.

10:15:04  3    Q.  That's air permeability?

10:15:05  4    A.  Well, that's permeability measured by injecting air through the

10:15:12  5    samples is my interpretation.

10:15:13  6    Q.  That's right.  And that was done at the Weatherford laboratory

10:15:16  7    from rock samples, correct?

10:15:18  8    A.  I don't know.

10:15:19  9    Q.  But in any event, you got those numbers?

10:15:22 10    A.  I did get those numbers, yes.

10:15:23 11    Q.  And those numbers we will see again and again in this case, so

10:15:26 12    I want to focus on them.

10:15:29 13           In the second column is geometric air perm.  Do you see

10:15:33 14    that?

10:15:33 15    A.  Yes.

10:15:33 16    Q.  That's also measurement of permeability by putting air through

10:15:37 17    the cores and then averaging it using a geometric average rather

10:15:42 18    than an arithmetic average, correct?

10:15:46 19    A.  I'm not sure if that's the definition.

10:15:48 20    Q.  The next column converts those air permeabilities to oil

10:15:53 21    permeabilities, doesn't it?

10:15:56 22    A.  My understanding is permeability is permeability.  However,

10:16:07 23    when you use air, you have -- you don't exactly -- you don't

10:16:19 24    exactly proximate oil so, yes, there is a conversion to the

10:16:23 25    permeability that would be used when you're simulating oil, yes.

10:16:29  1          THE COURT:  Mr. Boles, I am trying to understand where

10:16:32  2   you're headed with all of this, because it seems like Dr. Hsieh has

10:16:36  3   said that he didn't do any calculations on permeability, he got the

10:16:40  4   numbers where he got the numbers.  Whether that was valid or not, I

10:16:47  5   assume other people are going to talk about it, so I am not sure

10:16:51  6   why we're going through all of this exercise.

10:16:54  7          MR. BOLES:  Where I am going with it, your Honor, is that

10:16:57  8   Dr. Hsieh took a number from this, this data, and came up with 220

10:17:01  9   millidarcies.  Yesterday you were presented with a demonstrative

10:17:05 10   that said that the same two left-hand columns of air permeability

10:17:10 11   showed that BP was telling the world or telling the government that

10:17:13 12   permeability was 400 millidarcies or higher.  So Dr. Hsieh is

10:17:17 13   someone who, in fact, used those two columns of air permeability

10:17:21 14   and came out of it with a much lower number.

10:17:24 15          THE COURT:  Well, I think he said he came up with 220.

10:17:28 16          MR. BOLES:  All right, then I will move on, your Honor,

10:17:30 17   that's clear.

10:17:30 18   BY MR. BOLES:

10:17:34 19   Q.  Okay.  Now let's fast forward again in time, Dr. Hsieh, to the

10:17:40 20   time in August or late July where you're starting to -- you're

10:17:46 21   coming up with a second model you did, which is your flow rate

10:17:50 22   model.

10:17:50 23   A.  Yes.

10:17:51 24   Q.  And you mentioned on direct examination that you added a new

10:17:58 25   feature to your leak detection model so you could now model flow

10:18:01  1    rate.

10:18:01  2    A.  Yes.

10:18:02  3    Q.  And that was an equation -- let me start over.  In your leak

10:18:05  4    detection model, you're focusing on the reservoir and its behavior,

10:18:08  5    correct?

10:18:10  6    A.  Well, in all models, you have the reservoir, so, yes.

10:18:16  7    Q.  In the flow rate model, you added a new equation to

10:18:22  8    characterize flow from the reservoir up through the wellbore and up

10:18:25  9    to the ocean?

10:18:26  10   A.  That's correct.

10:18:27  11   Q.  And you had a coefficient in there that you called C to

10:18:32  12   represent all of the pressure losses from obstacles and

10:18:36  13   restrictions up the wellbore, whatever they might be?

10:18:40  14   A.  That's correct.

10:18:40  15   Q.  Whether it was the cement, the BOP or anything?

10:18:46  16   A.  It was meant to characterize pressure loss from flowing up the

10:18:53  17   reservoir -- from the -- flowing up the oil well itself.

10:18:58  18   Q.  But if there were pressure losses caused by eroding cement,

10:19:03  19   that would have been taken into account in your coefficient C?

10:19:07  20   A.  That was not how I envisioned it, but -- so I don't know the

10:19:13  21   answer to that question.  That equation is used in describing

10:19:22  22   pressure loss in pipes.

10:19:24  23   Q.  But you didn't have anything else in your model, your flow rate

10:19:29  24   model to account for the pressure losses from the oil having to get

10:19:34  25   through any eroding obstacles between the reservoir and the ocean,

10:19:39  1    other than C, that coefficient?

10:19:44  2    A.  I am not sure what you mean by "eroding obstacles."  In my

10:19:51  3    model, nothing was eroding.

10:19:52  4    Q.  In your model, everything was kept constant in the outflow

10:19:56  5    path, correct?

10:19:58  6    A.  That's right.

10:19:58  7    Q.  Your C was constant throughout the incident?

10:20:01  8    A.  That's correct.

10:20:03  9    Q.  And in real life, what C is representing would vary or would

10:20:12 10    have varied if restrictions to flow in the well had changed over

10:20:16 11    the life of the incident?

10:20:18 12    A.  If restrictions had changed, yes, then C would change.

10:20:23 13    Q.  Now, we talked earlier about Dr. -- or Professor Flemings from

10:20:30 14    the University of Texas, the one that you sent that BP data to that

10:20:33 15    included the 6 microsips.  Do you remember that discussion we had a

10:20:37 16    half hour ago?

10:20:38 17    A.  No, I did not send him the 6 microsips as BP data.  I sent him

10:20:43 18    the volume of the oil reservoir, and the 6 microsips happened to be

10:20:50 19    a leftover feature in a spreadsheet that I was using.  So I did not

10:20:56 20    send him the 6 microsips as data from BP.

10:21:00 21    Q.  Now, Professor Flemings was brought on board as a consultant

10:21:04 22    for the United States science team, or your group, to give you

10:21:08 23    expertise about the geology of the Macondo reservoir?

10:21:13 24    A.  That's correct.

10:21:14 25    Q.  And he talked to you about how it's not just one monolithic

1588

10:21:19 1   sandstone; it's actually made up of lots of individual prehistoric

10:21:24 2   channels of sand?

10:21:26 3   A.  I don't know what "lots" means, but, yes, I mean, he did -- and

10:21:32 4   it was understood that the reservoir was made up of channels of

10:21:37 5   sand.

10:21:38 6   Q.  And he specifically advised your team that some of those

10:21:43 7   channels might not be connected to the Macondo well?

10:21:47 8   A.  No, he was brought -- the primary discussion was whether the

10:21:58 9   reservoir was connected to an aquifer.  An aquifer is a body of

10:22:05 10  water, and his assessment was that the reservoir was not connected

10:22:11 11  to an aquifer, but it was not his assessment that within the oil

10:22:18 12  reserve, the reserve was disconnected.

10:22:22 13  Q.  So he was, in your view, talking about connectivity of the

10:22:26 14  channels in their longitudinal direction where they would

10:22:29 15  eventually get to a possible aquifer?

10:22:31 16  A.  That's right.  That was the main concern of the science team of

10:22:39 17  the -- yes, the government science team and of the leaders of the

10:22:44 18  science team, whether there was aquifer support.

10:22:49 19        And, you know, Professor Flemings was right there, I was

10:22:53 20  in the room with him, and that was the main thing that we

10:22:56 21  discussed.  We also consulted other sediment scientists to discuss

10:23:02 22  whether the oil reservoir was connected to a water aquifer.  And

10:23:09 23  the topic of whether the reservoir within itself was connected or

10:23:14 24  disconnected was never a topic of discussion.

10:23:17 25  Q.  In any event, he indicated there is a significant possibility

10:23:21  1   of pore connectivity of those sand channels longitudinally as they

10:23:28  2   might connect to a possible reservoir?

10:23:29  3   A.  Yes.  He said there is a significant possibility that the

10:23:35  4   reservoir -- the oil reservoir was not connected to a water

10:23:41  5   aquifer.

10:23:42  6   Q.  And the reason you were looking at water aquifers is because if

10:23:48  7   there is an aquifer and if it's connected to the Macondo reservoir,

10:23:53  8   it could provide more pressure support for more oil production, is

10:23:57  9   that right?

10:23:58 10   A.  Yes -- well, the assumption made for the initial red, yellow,

10:24:07 11   green zones was that there was an aquifer, and so if there was an

10:24:14 12   aquifer, we would expect a higher pressure.  So when we saw a lower

10:24:20 13   pressure, we wanted to determine whether that indicated that there

10:24:26 14   was an aquifer support or not.

10:24:28 15   Q.  And in addition to -- and those are two different issues,

10:24:32 16   aren't they?  Whether there was an aquifer is one issue -- I guess

10:24:35 17   there is three issues -- whether it's connected, which is what

10:24:38 18   Professor Flemings said is a significant pore probability; and then

10:24:43 19   the third issue is whether the aquifer actually -- if it exists and

10:24:48 20   is connected, can provide pressure support in the short time period

10:24:52 21   like in the Macondo incident, correct?

10:24:54 22   A.  Well, if the aquifer was not connected, then it's a moot issue

10:25:00 23   anyway.

10:25:00 24   Q.  Right.

10:25:01 25   A.  If the aquifer was connected, then it would provide aquifer

10:25:11  1    support.  And the time of the aquifer support would be from the

10:25:15  2    moment the well was shut in.

10:25:17  3    Q.  And in your analysis that you've talked about today, you came

10:25:21  4    to the conclusion that there is no aquifer support or flow at the

10:25:25  5    Macondo well, correct?

10:25:27  6    A.  Yes.

10:25:27  7    Q.  Now, we've been talking about the flow from the reservoir.

10:25:36  8    That is reported by you and others in what's called stock-tank

10:25:39  9    barrels?

10:25:40  10   A.  That's correct.

10:25:41  11   Q.  So that's a conversion from the volume in the reservoir to the

10:25:47  12   volume at the surface?

10:25:48  13   A.  That's correct.

10:25:49  14   Q.  And that's because in the reservoir, there's lots of -- oil is

10:25:53  15   under pressure, there's lots of dissolved gases.  As the oil goes

10:25:57  16   up, a lot of that gas dissolves and the volume shrinks.

10:26:01  17        MS. HARVEY:  Objection.  This is getting into expert

10:26:03  18   testimony again.

10:26:04  19        MR. BOLES:  This is just by background, I'll go straight

10:26:07  20   to --

10:26:08  21        THE COURT:  Yes, we are.  Mr. Boles, you've been going on

10:26:11  22   an hour and 40 minutes.  This witness is a fact witness.  We took

10:26:15  23   37 minutes on direct, I'm wondering how long you plan to go on

10:26:18  24   here.

10:26:19  25        MR. BOLES:  I'm almost done, your Honor, and I'll

10:26:22  1   restrict myself to what he was told by BP.  I'll cut the

10:26:25  2   background.

10:26:25  3               THE COURT:  All right.  Good.

10:26:26  4   BY MR. BOLES:

10:26:27  5   Q.  The conversion from -- the number used for conversion from

10:26:30  6   reservoir barrels to stock-tank barrels is called a formation

10:26:34  7   volume factor?

10:26:34  8   A.  Yes.

10:26:35  9   Q.  And you got a formation volume factor from BP of 2.35?

10:26:41  10  A.  Yes.  That was the -- as best as I can recollect, that was the

10:26:47  11  formation volume factor that I used, that I got from BP.

10:26:51  12  Q.  So if someone else comes into this courtroom and testifies that

10:26:54  13  BP's formation volume factor was 2.1, that's not what you think you

10:26:58  14  got from BP in any event, correct?

10:27:01  15  A.  Yes -- I mean, I would agree with that statement.

10:27:07  16              MR. BOLES:  Your Honor, I think that's all I have.  Thank

10:27:09  17  you, Dr. Hsieh.

10:27:10  18              THE WITNESS:  You're welcome.

10:27:11  19              THE COURT:  Do you have any redirect?

10:27:22  20                        REDIRECT EXAMINATION

10:27:22  21  BY MS. HARVEY:

10:27:49  22  Q.  Hello, Dr. Hsieh.  Can you please pull up Exhibit 8645, please.

10:28:11  23  And, Dr. Hsieh, this is the exhibit that counsel for BP showed you

10:28:15  24  on cross-examination, your exchange with Secretary Chu; is that

10:28:19  25  right?

1592

10:28:19  1    A.  Yes.

10:28:20  2    Q.  And can you -- counsel went over the last paragraph, but can

10:28:25  3    you please blow up the three paragraphs before that.  And what

10:28:37  4    was the first exchange that you had with Secretary Chu, what was he

10:28:43  5    asking you?

10:28:44  6    A.  He was asking me in the e-mail that was shown was there any

10:28:52  7    additional update to rock compressibility values.

10:28:56  8    Q.  And what was your response?

10:28:58  9    A.  This e-mail was my response, I pointed it out to him that the

10:29:07 10    rock compressibility of 12 microsips was based on BP's estimate.  I

10:29:14 11    don't know if you want me to read the whole thing or --

10:29:17 12    Q.  No, just specifically the second paragraph, what was your

10:29:21 13    response and why you were -- what BP had told you about the use of

10:29:26 14    6 versus 12 microsips?

10:29:28 15    A.  So BP told me that 6 microsips was from a sidewall core.  They

10:29:38 16    considered that this value was too low and that 12 microsips was

10:29:45 17    more representative of reservoirs in the Gulf of Mexico region and

10:29:51 18    that was what I conveyed to Secretary Chu.

10:29:54 19            And also that -- in the presentation given by Bob Merrill

10:29:59 20    on July 9th, that 12 microsips was used to calculate the reservoir

10:30:06 21    pressures.  Those were the reservoir pressures that we used to

10:30:11 22    calculate the red, yellow, and green zones for the shut-in

10:30:18 23    criteria, and that Dr. Merrill also used 6 as a low value and 18 as

10:30:23 24    a high value to bracket the rock compressibilities.

10:30:30 25    Q.  And turning back to that presentation with Dr. Merrill, you had

10:30:34  1  talked before about the assumptions that were listed on the chart

10:30:40  2  for Dr. Merrill's modeling.  Did he indicate at that meeting what

10:30:44  3  number he was using for permeability?

10:30:46  4  A.  No.  He did not indicate a permeability value.  Not that I

10:30:52  5  recall.

10:30:54  6         MS. HARVEY:  Thank you.  No further questions.

10:30:56  7         THE COURT:  All right.  Thank you, Dr. Hsieh.  You're

10:30:58  8  done.

10:30:59  9         THE WITNESS:  Thank you, your Honor.

10:31:00 10         THE COURT:  We are going to take a 15-minute recess.

10:31:02 11         THE DEPUTY CLERK:  All rise.

10:31:03 12     (WHEREUPON, A RECESS WAS TAKEN.)

10:32:40 13     (OPEN COURT.)

10:55:48 14         THE COURT:  All right.  Please be seated, everyone.

10:55:54 15         MR. REGAN:  Your Honor, Matt Regan on behalf of BP.  One

10:55:57 16  preliminary matter with respect to the Hunter exhibits that were

10:56:00 17  admitted this morning.  There are additional Hunter exhibits from

10:56:04 18  last week's trial from his video deposition that also need to be

10:56:07 19  offered, so I'll offer those now.

10:56:10 20         THE COURT:  Okay.  Any objection?

10:56:15 21         MR. DOYEN:  What was being offered?  I missed it.  I

10:56:17 22  couldn't hear.

10:56:18 23         MR. REGAN:  Dr. Hunter's video that was played, I believe

10:56:21 24  on Thursday of last week, these are the exhibits from that video.

10:56:25 25         THE COURT:  All right.  Without objection, those are

10:56:27 1    admitted.

10:56:28 2              MR. REGAN:  And then with respect to the upcoming

10:56:30 3    witness, we have a *Daubert* motion that's also pending as to

10:56:35 4    Dr. Griffiths.  Do you want to address that later?

10:56:38 5              MR. O'ROURKE:  We are going to play a short video

10:56:41 6    deposition before Dr. Griffiths, your Honor.

10:56:42 7              THE COURT:  Okay.  Let's go ahead and play the video.

10:56:44 8              MR. REGAN:  My apologies.

10:56:47 9              MR. O'ROURKE:  And it will be Mr. Benson doing the

10:56:50 10   examination of Griffiths, so he will handle that motion.

10:56:51 11             THE COURT:  Who is the video of?

10:56:53 12             MR. O'ROURKE:  The video is David Barnett, he is the

10:56:56 13   Chief Operating Officer of Wild Well Control, a contractor to BP.

10:57:01 14   This video runs a little under ten minutes.  It's the second of our

10:57:05 15   three video depositions.  And we will bring the transcripts and

10:57:08 16   submit them.

10:57:09 17             THE COURT:  Okay.

10:57:09 18        (WHEREUPON, THE VIDEO DEPOSITION CLIP OF DAVID BARNETT WAS

11:07:10 19        PLAYED.)

11:07:10 20             THE COURT:  All right.  Next witness is?

11:07:12 21             MR. BENSON:  Good morning, your Honor.  Tom Benson for

11:07:15 22   the United States.  Our next witness is Stewart Griffiths.

11:07:18 23             THE COURT:  All right.  And I've looked at the *Daubert*

11:07:24 24   motion.  It's very similar to the issue with Dr. Dykhuizen, and I

11:07:30 25   am going to deny the motion to exclude Dr. Griffiths.  He obviously

11:07:40  1   has sufficient expertise as a -- long-standing expertise,

11:07:48  2   education, and experience in this field.

11:07:51  3            And, as I understand, part of the objection was based on

11:07:55  4   the fact that he used custom modeling analysis, and my

11:08:07  5   understanding is that's been published.  And again, to the extent

11:08:12  6   BP raises criticisms of his approach, that can be raised by

11:08:19  7   cross-examination.  Okay?

11:08:20  8            MR. REGAN:  Very well, your Honor.  Thank you.

11:08:22  9            MR. BENSON:  Thank you, your Honor.  Dr. Griffiths, can

11:08:25 10   you approach, please.

11:08:41 11            THE DEPUTY CLERK:  If you'll raise your right hand.

11:08:41 12        (WHEREUPON, STEWART GRIFFITHS, WAS SWORN IN AND TESTIFIED AS

11:08:51 13          FOLLOWS:)

11:08:51 14            THE DEPUTY CLERK:  If you would take a seat.  If you'll

11:08:53 15   state and spell your name for the record, please.

11:08:56 16            THE WITNESS:  My name is Stewart Griffiths, S-T-E-W-A-R-T

11:09:01 17   G-R-I-F-F-I-T-H-S.

11:09:06 18                           VOIR DIRE EXAMINATION

11:09:06 19   BY MR. BENSON:

11:09:06 20   Q.  Good morning, Dr. Griffiths.

11:09:09 21   A.  Good morning.

11:09:09 22   Q.  Can you introduce yourself to the Court?

11:09:11 23   A.  Yes.  Good morning, your Honor, my name is Stewart Griffiths.

11:09:14 24   Q.  And are you retired, Dr. Griffiths?

11:09:17 25   A.  I am.

1596

11:09:17   1    Q.  Where did you work before your retirement?

11:09:19   2    A.  Sandia National Laboratories.

11:09:21   3    Q.  Are you prepared to offer an expert opinion today?

11:09:25   4    A.  Yes, I am.  I'm getting a great deal of feedback.

11:09:37   5            THE COURT:  Pull that microphone toward you.

11:09:39   6            THE WITNESS:  Okay.

11:09:39   7    BY MR. BENSON:

11:09:40   8    Q.  Dr. Griffiths, are you prepared to offer an expert opinion

11:09:43   9    today?

11:09:43  10    A.  Yes, I am.

11:09:43  11    Q.  In real broad terms, what topics are you providing an opinion

11:09:48  12    about?

11:09:48  13    A.  Flow rates and cumulative discharge from the Macondo well.

11:09:51  14    Q.  And have you prepared demonstratives to help explain your

11:09:55  15    testimony today?

11:09:55  16    A.  Yes, I have.

11:09:56  17    Q.  If we could have Demonstrative 21205.  Dr. Griffiths, can you

11:10:04  18    just give us an overview of what you did in this case and what

11:10:09  19    you'll be testifying about today?

11:10:10  20    A.  Yes.  I developed a model based on measured pressures and flow

11:10:15  21    rates of collected oil, and as well as some principles of fluid

11:10:20  22    dynamics.  That model was also used to calculate flow rates over

11:10:24  23    the 86 days using pressures measured periodically during that

11:10:28  24    period.

11:10:30  25            I validated that model a number of different ways.  I

11:10:33 1   calculated uncertainties associated with that model and documented

11:10:38 2   all of that in my expert report.  I, then, read numerous defense

11:10:44 3   expert reports and wrote a rebuttal to those.

11:10:48 4   Q.  And, Dr. Griffiths, what did you conclude was the total

11:10:51 5   discharge for the Macondo well?

11:10:53 6   A.  Five million barrels, 5.0 million barrels.

11:10:57 7   Q.  And we'll talk about that in detail later on.  First, let's

11:11:01 8   turn to your educational background.  What university degrees have

11:11:05 9   you earned?

11:11:06 10  A.  I have bachelor, masters, and Ph.D. in mechanical engineering,

11:11:10 11  all from the University of Illinois.

11:11:12 12  Q.  What was your area of specialization in your studies?

11:11:16 13  A.  Fluid dynamics, thermal sciences, so fluid dynamics, heat

11:11:21 14  transfer, thermal dynamics.

11:11:23 15  Q.  And just in broad terms, what is fluid dynamics?

11:11:27 16  A.  The study of the motion of fluids.

11:11:29 17  Q.  Where did you go to work after earning your Ph.D.?

11:11:33 18  A.  I went directly to work for Sandia.

11:11:35 19  Q.  Sandia National Laboratories?

11:11:36 20  A.  Yes, correct.

11:11:37 21  Q.  And why did you choose to work at Sandia?

11:11:41 22  A.  Well, I felt at the time, I think I still feel today, it's the

11:11:45 23  premier multi-disciplinary engineering laboratory in the world.  It

11:11:53 24  has roughly 5,000 technical people, very, very smart people to

11:11:58 25  learn from.  And then, because of the nature of the work, there's

11:12:02 1   also an almost unlimited supply of interesting technical

11:12:08 2   challenges.  And that's something I really enjoy.

11:12:11 3   Q.  And how long did you work at Sandia?

11:12:14 4   A.  Thirty-one years.

11:12:16 5   Q.  If we could have Demonstrative 21207, please.  And,

11:12:22 6   Dr. Griffiths, can you give us a few examples of work that you did

11:12:26 7   at Sandia that you believe are relevant to your Macondo work?

11:12:29 8   A.  Sure.  I mean, I did a great number of things relative to --

11:12:35 9   relevant to this.  I think there are three that sort of stand out

11:12:38 10  as most relevant.  I worked for quite a number of years in

11:12:43 11  containment of underground nuclear tests.  These are tests of

11:12:48 12  nuclear explosive devices.  I worked on nuclear weapons components

11:12:52 13  for a number of years, and I think the one area most relevant to

11:12:58 14  this is gas transfer systems.

11:13:00 15          And then I also was a response team member of a counter

11:13:05 16  terrorist organization, this is U.S. government counter terrorist

11:13:11 17  organization known at that time as NEST responsible for countering

11:13:15 18  terrorist threats involving nuclear weapons.

11:13:19 19          And so through those three things, I guess, I learned --

11:13:24 20  well, I learned in school most of this, but I certainly gained

11:13:28 21  experience in flow in pipes, flow in porous media, both man-made

11:13:34 22  materials, geological materials, multiphase flows, erosion, and I

11:13:41 23  think especially in my work in containment of underground nuclear

11:13:45 24  tests that I learned field tests, instrumentation systems, and how

11:13:52 25  to examine and interpret data in order to learn things from it.

1599

11:13:57  1   Q.  What are some of the particular skills that you employed in

11:14:04  2   your work in the Macondo case?

11:14:07  3   A.  Well, I think the ones most relevant are, of course, fluid

11:14:11  4   dynamics, parameter estimation, which is closely related to

11:14:16  5   optimization, writing specialized software and using that to sort

11:14:22  6   of learn from data about your system, and I think those are maybe

11:14:31  7   the biggest ones.

11:14:34  8   Q.  In your time at Sandia, have you ever been involved in

11:14:37  9   investigations after a system fails like you did here?

11:14:40  10  A.  Multiple times.

11:14:41  11  Q.  And have you ever done work relating to erosion at your time at

11:14:47  12  Sandia?

11:14:47  13  A.  Yes, in fact -- well, I've worked on erosion a couple of

11:14:52  14  different times.  The one most relevant here I think is actually a

11:14:56  15  response to sort of an urgent problem that involved flow of a gas

11:15:02  16  in a tube.  There were particles in the gas stream that should not

11:15:07  17  have been there.  There was a valve downstream in this flow that at

11:15:13  18  a certain point in time would have to close and seal that tube.

11:15:18  19  And so I worked on understanding how much erosion would occur in

11:15:23  20  the body of that valve.  And then, as a result of that erosion,

11:15:28  21  what sort of leak rate the valve might exhibit.

11:15:31  22  Q.  Dr. Griffiths, when you retired from Sandia, what position did

11:15:37  23  you hold?

11:15:37  24  A.  I was a Senior Scientist.

11:15:38  25  Q.  And what did you do as a Senior Scientist at Sandia?

11:15:43  1    A.  Well, let's see.  I continued my own research activities.  I

11:15:49  2    led Sandia's Laboratory Directed Research and Development Program

11:15:54  3    in nuclear weapons.  I was on the Science Advisory Board's

11:15:59  4    collection of about a dozen people that sort of collectively were

11:16:03  5    responsible for all sort of science research at Sandia.  And again,

11:16:10  6    I got pulled off all of that every once in awhile to do something

11:16:14  7    that Sandia felt was urgent and important.

11:16:17  8    Q.  We'll be talking today about a model that you built to measure

11:16:22  9    the flow rate from the Macondo well after the blowout.  Have you

11:16:27 10    ever built special purpose models like that in your time at Sandia?

11:16:30 11    A.  I would say models of that sort were my stock and trade at

11:16:34 12    Sandia.  I did that over and over again where you had data, you put

11:16:38 13    together a model to interpret and understand the data.  So, yes.

11:16:43 14    Q.  And have you ever developed your own model related to

11:16:47 15    multiphase flow in your prior career?

11:16:49 16    A.  Yes, I have.

11:16:50 17    Q.  Of the models you've developed at Sandia, have you sold any of

11:16:54 18    those to the public?

11:16:55 19    A.  I hold two software copyrights and have licensed software to

11:17:00 20    the public for both of those.

11:17:01 21    Q.  Let's turn to publications for a moment.  We'll talk later

11:17:09 22    about a peer-reviewed paper that you published with your cumulative

11:17:09 23    flow rate numbers from Macondo.  Other than that paper, have you

11:17:12 24    ever published any peer-reviewed papers before?

11:17:14 25    A.  Yes.  I -- over the course of my career, I've published on the

11:17:19  1    order of 50, I think it's actually over 50, but roughly 50 journal

11:17:27  2    papers, dozens more conference papers, and then hundred -- more

11:17:32  3    than 100 internal corporate-titled reports.

11:17:37  4    Q.  Have you ever published papers in the field of fluid dynamics?

11:17:40  5    A.  Virtually all of my publications in some way involve fluid

11:17:47  6    dynamics, not every one, but the vast majority of them do.

11:17:50  7    Q.  And have you ever served as a peer reviewer for journals

11:17:55  8    reviewing other people's papers?

11:17:56  9    A.  Yes, I have.

11:17:57  10   Q.  And would that include reviewing in the field of fluid

11:18:01  11   dynamics?

11:18:02  12   A.  Again, almost exclusively.

11:18:04  13   Q.  If we could have Demonstrative 21255, please.  And,

11:18:12  14   Dr. Griffiths, are these the cover pages of your expert report and

11:18:16  15   expert rebuttal report in this case?  And its' TREX 11485R and

11:18:22  16   11486R.

11:18:24  17   A.  They are.

11:18:25  18   Q.  And do you adopt those two expert reports as part of your

11:18:30  19   testimony in this case?

11:18:30  20   A.  Yes, I do.

11:18:33  21        MR. BENSON:  Your Honor, at this time, the United States

11:18:35  22   offers Stewart Griffiths as an expert in fluid dynamics, applied

11:18:39  23   mathematics and data analysis and computer modeling.  We would also

11:18:44  24   offer into evidence his expert report and rebuttal report,

11:18:48  25   TREX 11485R and 11486R.

11:18:51  1          THE COURT:  All right.  Other than what was in your

11:18:53  2   *Daubert* motion, do you have anything else?

11:18:56  3          MR. REGAN:  Not other than the *Daubert* motion.

11:18:57  4          THE COURT:  Okay.  So I will accept him as an expert as

11:19:00  5   tendered, and admit those reports.

11:19:03  6          MR. BENSON:  Thank you, your Honor.

11:19:05  7                    DIRECT EXAMINATION

11:19:05  8   BY MR. BENSON:

11:19:06  9   Q.  Dr. Griffiths, let's turn for a moment to the work you did

11:19:08 10   during the response.  Were you part of the federal Tri-Lab Team?

11:19:12 11   A.  Well, in a small way.  I was never in Houston.  I did

11:19:18 12   participate in calls late in the thing, you know, over several

11:19:23 13   weeks before it was shut in.

11:19:25 14   Q.  And at a high level, what type of analysis were you working on

11:19:30 15   or what subject area were you working on during the response?

11:19:33 16   A.  During the response, I was working almost entirely on issues

11:19:38 17   associated with well integrity.  That was the big concern at that

11:19:46 18   time, and most of what I was doing was associated with that.

11:19:49 19   Q.  Did you start looking at flow rate during your time during the

11:19:54 20   response?

11:19:54 21   A.  I think because of well integrity, I looked at flow rates a

11:19:58 22   little bit, and it was certainly in July timeframe that I started

11:20:04 23   thinking about how I would construct a model to use available data

11:20:09 24   for flow rates.

11:20:10 25   Q.  Is that something you continued to work on after the well was

11:20:14 1   shut in?

11:20:15 2   A.  I did.

11:20:15 3   Q.  And why is that?  Why did you keep working on it?

11:20:19 4   A.  It was just a very interesting problem, I thought.

11:20:22 5   Q.  So it was something that you wanted to pursue?

11:20:25 6   A.  It was.

11:20:25 7   Q.  Did anyone ask you to come up with a flow rate estimate after

11:20:28 8   the well was shut in?

11:20:30 9   A.  No.

11:20:30 10   Q.  And we'll get to the mechanics of what you did in a minute, but

11:20:36 11   did you end up publishing your work anywhere?

11:20:38 12   A.  I did.

11:20:39 13   Q.  And if we could have TREX 10031, please.  Is this the

11:20:47 14   publication of your results, Dr. Griffiths?

11:20:49 15   A.  Yes, it is.

11:20:51 16   Q.  And was this article peer-reviewed?

11:20:54 17   A.  Yes, it was.

11:20:55 18   Q.  And when did you submit this article for publication?

11:20:57 19   A.  I believe it was in December of 2011.  It was just before I

11:21:04 20   retired.

11:21:05 21   Q.  And was that before or after you were hired by the United

11:21:09 22   States to work in this litigation?

11:21:11 23   A.  That was several months before that time.

11:21:15 24   Q.  And in putting this paper together, did you use the same method

11:21:20 25   that you used in your expert reports in this litigation?

11:21:23  1    A.  Method -- basic methodology is exactly the same.  Since I

11:21:28  2    started work with the Department of Justice, I got additional data

11:21:36  3    both over the 86 days and then also additional data associated with

11:21:41  4    the period following shut-in.  And so those have been incorporated

11:21:47  5    into my methodology.  But the basic methodology is exactly the

11:21:51  6    same.

11:21:51  7    Q.  And let's turn now to what that methodology is and how it

11:21:57  8    works.  If we could have Demonstrative 21210, please.  And at a

11:22:05  9    high level, Dr. Griffiths, can you describe your methodology for

11:22:08  10   us?

11:22:08  11   A.  I will try.  It really consists of just three pieces.  One is

11:22:15  12   the mathematical model based on a couple of principles of fluid

11:22:21  13   dynamics.  One is conservation of mass.  Conservation mass has

11:22:26  14   nothing other than anything that goes in one end of a pipe has to

11:22:29  15   come out the other end.  And some very well-established

11:22:34  16   relationships that describe the relationship between flow rate and

11:22:39  17   pressure differences.

11:22:40  18         So that's step one.  That is not really a model of

11:22:47  19   anything at that point, because it contains a number of constants

11:22:50  20   that relate flow rate to pressure drop.  Those constants in my

11:22:56  21   report, which is described as parameter estimation, those constants

11:22:59  22   are determined empirically, so I think in my report I refer to this

11:23:04  23   as a physically based empirical model.  So the physically based is

11:23:09  24   the principles of fluid dynamics.  That's the first bullet.

11:23:13  25         The empirical is the second part where I determine those

11:23:18  1   constants from measured pressures and measured flow rates of

11:23:21  2   collected oil.

11:23:23  3         At that point I had a model that described the flow as a

11:23:28  4   function of pressure difference for every point in the Macondo

11:23:32  5   well, so from the reservoir to the bottom of the well, up the

11:23:37  6   wellbore, through the BOP, up the capping stack, including the

11:23:41  7   split for the choke and kill lines, and then I used a portion of

11:23:45  8   that model along with the pressure difference between reservoir

11:23:50  9   pressure and pressures measured at the bottom of the BOP

11:23:55 10   periodically over the 86 days.

11:23:57 11         And so with part of that model relating flow rate to

11:24:02 12   pressure drop and the measured BOP pressures, I was able to

11:24:06 13   calculate then flow rates when there are measured pressures over

11:24:12 14   the 86 days.

11:24:14 15   Q.  Let's go to Demonstrative 21211 and talk about that

11:24:19 16   relationship between flow rate and pressure that you mentioned a

11:24:23 17   moment ago.  Now, Dr. Griffiths, can you describe the relationship

11:24:28 18   between pressure drop and flow rate?

11:24:30 19   A.  Well, there are two basic categories of flow, laminar flow,

11:24:35 20   turbulent flow.  In laminar flow, flow rates are proportional,

11:24:40 21   linearly proportional to a pressure drop.  In turbulent flows,

11:24:47 22   which have a different character, flow rates are proportional to

11:24:51 23   the square root of a pressure difference.  If I have a pipe, that

11:24:56 24   pressure difference is the difference in pressures between the two

11:24:59 25   ends of the pipe.

11:25:00 1    Q.  And so those are the two equations that we see here on this

11:25:03 2    demonstrative?

11:25:04 3    A.  Yes, those are the two equations.

11:25:06 4    Q.  And so Q equals flow rate; is that right?

11:25:09 5    A.  Well, in my model Q is specifically flow rate of that portion

11:25:15 6    of the mixture that is stock-tank oil.  Kappa in my model -- so the

11:25:23 7    only place there is laminar flow is in the reservoir.  So kappa in

11:25:28 8    this describes laminar flow.  Kappa is the same as productivity

11:25:32 9    index.  That's actually an industry standard term for what I am

11:25:38 10   doing here.  Relates flow rate of stock-tank oil to pressure

11:25:42 11   difference between far field reservoir and the bottom of the well.

11:25:48 12   Q.  And after the kappa term, you have a delta P term in those

11:25:52 13   equations.

11:25:53 14   A.  Delta meaning difference or change in mathematics.

11:25:56 15   Q.  So that's just the change in pressure from one place in a

11:25:59 16   system to another?

11:26:00 17   A.  Correct.

11:26:01 18   Q.  Are there any real-world examples of using differential

11:26:05 19   pressure to calculate or measure flow rate?

11:26:08 20   A.  Sure.  There's a device you can buy, a number of people make

11:26:13 21   them, it's called to a differential pressure flow meter.  It's a

11:26:17 22   little box, it will have an orifice or nozzle in it.  You measure

11:26:23 23   the pressure across that nozzle or orifice, and when you have the

11:26:29 24   thing calibrated, that difference in pressure is used to determine

11:26:34 25   flow rate.

11:26:36  1   Q.  And so to figure out a flow rate, you need -- with this method,

11:26:39  2   you need your constant term and your delta pressure, is that how it

11:26:42  3   works?

11:26:43  4   A.  That's correct.

11:26:43  5   Q.  And so let's turn to figuring out how you found your constants.

11:26:48  6   And you used the term "discharge coefficient" in your report.

11:26:51  7   What's a discharge coefficient?

11:26:52  8   A.  Well, discharge coefficient is just the turbulent analog of a

11:27:01  9   productivity index.  So discharge coefficient just describes

11:27:04 10   turbulent flow, it relates, in my case, flow rate of stock-tank oil

11:27:10 11   to square root of a pressure difference.

11:27:12 12   Q.  And so for a given change in pressure, your discharge

11:27:17 13   coefficient will tell you what the flow rate is for that part of

11:27:20 14   the system?

11:27:20 15   A.  Yes, that part.  Yes.

11:27:24 16   Q.  Let's turn to Demonstrative 21212.  Dr. Griffiths, can you

11:27:29 17   describe for us what the diagram you see on the right is?

11:27:32 18   A.  The diagram is a diagram of the well.  Obviously, it's not to

11:27:38 19   scale.  The lower pinkish sort of section down there represents the

11:27:45 20   production casing.  The dark blue is the BOP.  The lighter blue

11:27:52 21   above that, the LMRP.  In my analysis, I treat those as combined.

11:27:57 22   And then on top of that is the capping stack with a kill line off

11:28:01 23   to the left, the yellow line; and off to the right, the choke line

11:28:07 24   and variable choke that was actually used to shut in the well.

11:28:10 25   Q.  And then you have another diagram next to that.  Can you

11:28:13  1    describe what that is?

11:28:14  2    A.  Yes.  So that's a diagram just showing flow paths.  So those

11:28:20  3    aren't pipes or anything, it was just flow paths.  And this is the

11:28:26  4    sort of description of geometry that my model needs.  I need to

11:28:30  5    know when the flow goes from here to here and then here to here,

11:28:33  6    that those are connected.  So this is just starting in the bottom

11:28:39  7    right of that diagram, you see the reservoir pressure, P res.

11:28:44  8    Kappa relates -- this is productivity index, relates flow rate from

11:28:50  9    the reservoir to the bottom of the well.

11:28:53 10            Based on that pressure difference, then going up, you see

11:28:57 11    a K well, that's discharge coefficient for the wellbore, that

11:29:02 12    describes flow rate between the pressure at the bottom of the well

11:29:07 13    and the BOP and so on up through the thing.  And then you get to

11:29:11 14    the split in the capping stack where you have, you know, both the

11:29:15 15    kill and choke lines.

11:29:16 16    Q.  For your model, how did you figure out what values to use for

11:29:21 17    your discharge coefficients and your productivity index?

11:29:24 18    A.  Those were all determined through a sort of formal process

11:29:29 19    known as parameter estimation.  What I did was I used measured flow

11:29:35 20    rates of collected oil, along with the pressure differences through

11:29:39 21    the system that accompanied that flow rate.  I used two conditions

11:29:45 22    there, one which oil was being collected, and the same condition

11:29:50 23    except without oil collection.

11:29:53 24            And in addition, I used the measured pressures at the

11:29:58 25    bottom of the BOP, and there on the diagram there you see PT-B with

11:30:04  1  a green circle.  That green dot sort of represents the pressure

11:30:08  2  gauge.  So I used pressures measured at the PT-B location, the

11:30:13  3  bottom of the BOP, and pressures measured at the capping stack,

11:30:20  4  that's PT-3K-2, at each of 15 steps as the variable choke was

11:30:26  5  closed.  So I was using these pressures during the shut-in process

11:30:29  6  as well.  So that collection of information along with formal

11:30:35  7  parameter estimation is how I obtained those discharge

11:30:39  8  coefficients.

11:30:39  9  Q.  And the details of all of that are in your expert report.  Let

11:30:43  10  me just ask you now, has any BP expert challenged how you did your

11:30:47  11  parameter estimation?

11:30:48  12  A.  Not that I am aware of.

11:30:50  13  Q.  Can you describe the information -- maybe just looking at this

11:30:54  14  diagram will help -- the information that you used in your best

11:30:58  15  estimate calculation that gets you your 5.0 million total?

11:31:02  16  A.  Sure.  As I said earlier, I only used part of the model.  The

11:31:06  17  stick figure on the left is kind of the full model.  For my best

11:31:10  18  estimate, I used simply the productivity index and the discharge

11:31:15  19  coefficient for the wellbore, K well, and then used the difference

11:31:20  20  in pressure between reservoir and BOP to calculate flow rates.

11:31:25  21  Q.  And let's turn to Demonstrative 21213.  The Court has heard a

11:31:33  22  little bit about PT-B already in this case, but can you just

11:31:37  23  describe where PT-B was located and see if these diagrams will

11:31:41  24  help?

11:31:42  25  A.  So the drawing at the left is just sort of the subsea

11:31:47  1   environment.  The long vertical thing is the wellbore.  You can see

11:31:52  2   a small image of the BOP sitting atop the casing.  At the right is

11:31:59  3   a photograph of the recovered BOP, and the arrow there is pointing

11:32:04  4   at the PT-B gauge, which sets in a port just below the test rams.

11:32:13  5   Q.  Why did you choose to use PT-B data as part of your best

11:32:18  6   estimate in this case?

11:32:18  7   A.  Well, if you use -- well, two reasons.  One, PT-B pressure data

11:32:24  8   is the only historical record of what was going on in the well over

11:32:29  9   this 86 days.  So that's important.

11:32:32  10       The other important thing is that when you use this

11:32:35  11  difference between the pressure at the bottom of the BOP and the

11:32:40  12  reservoir to calculate those flow rates, that any changes that had

11:32:45  13  occurred or might have occurred in the BOP are automatically

11:32:50  14  accounted for through their influence on the BOP pressures.

11:32:58  15  Q.  You say they're automatically accounted for, why is that?

11:33:01  16  A.  Well, I mean, essentially I have a flow meter with no leaks in

11:33:05  17  it, upstream of a valve.  You know, if you close that valve, the

11:33:11  18  variable choke, or if anything else happens, when the riser was

11:33:15  19  removed and other things like that, anything that changes the

11:33:18  20  resistance downstream of PT-B, then flow rate changes because PT-B

11:33:24  21  has to -- this is conservation mass, PT-B has to go up so that the

11:33:31  22  pressure difference between the reservoir and BOP goes down so that

11:33:37  23  any changes, erosion, anything that happened downstream of PT-B

11:33:44  24  shows up in the pressures of PT-B and, therefore, they are

11:33:48  25  automatically accounted for.

11:33:50 1   Q.  Let's turn to Demonstrative 21214, please.  And what does this

11:33:58 2   reflect, Dr. Griffiths?

11:33:59 3   A.  These are the reservoir and BOP pressures that I use in my best

11:34:03 4   estimate calculation.

11:34:04 5   Q.  And so the reservoir pressures are the red line --

11:34:07 6   A.  Yes.

11:34:08 7   Q.  -- at the top of the graph?

11:34:09 8   A.  Yes.

11:34:09 9   Q.  And the BOP pressures are those individual data points in black

11:34:14 10  below?

11:34:14 11  A.  Yeah.  You'd never tell from this plot, but there are actually

11:34:20 12  on the order of 90,000 measured pressures shown by those black

11:34:25 13  dots.  They all overlap a lot, so you can't see them all, but there

11:34:29 14  are, in fact, a huge number of values represented there.

11:34:32 15  Q.  Now, is everything in the black line measured BOP data?

11:34:37 16  A.  No.  All of the points, all of the BOP pressures there were

11:34:41 17  measured; these are also corrected pressures, but they were all

11:34:46 18  measured values except the one at time zero.  So this is a plot of

11:34:52 19  pressure as a function of time over the 86 days, so there's one dot

11:34:57 20  at zero time that's a little over 4000 psi, that is not a measured

11:35:03 21  pressure.

11:35:04 22  Q.  And how did you decide what value to use for the time zero?

11:35:09 23  A.  If you look carefully at that plot you'll see a line -- so what

11:35:14 24  I did was just fit a line to the later data and then -- so over

11:35:21 25  60 days or so, and then extrapolate that backwards to time zero,

11:35:28 1   this 17-day gap, and so just extrapolated that back to time zero,

11:35:35 2   and that's sort of what's depicted with the gray line.

11:35:38 3   Q.  Because there's no PT-B data before May 8th, right?

11:35:42 4   A.  There were no pressures reported for PT-B before May 8th.

11:35:47 5   Q.  And so for the period before May 8th, you drew the line that

11:35:52 6   you just talked about extrapolating that data after May 8th?

11:35:55 7   A.  That's correct.

11:35:55 8   Q.  Why isn't there data before May 8th from PT-B?

11:36:01 9   A.  Because somewhere in the explosion and the rig sinking,

11:36:07 10  communications were lost with PT-B; so there was no longer a

11:36:10 11  connection to the PT-B, and it took 17 days before that was

11:36:15 12  restored.

11:36:16 13  Q.  Who was responsible for the pressure measurement system at

11:36:20 14  Macondo?

11:36:21 15  A.  I believe BP was.

11:36:22 16  Q.  And you talked about fitting the trend of the later data.  Why

11:36:29 17  would there be a trend in the BOP pressure data?

11:36:31 18  A.  Because the reservoir pressure is decaying and as the reservoir

11:36:36 19  pressure decays, the pressures at the BOP also have to decay.

11:36:41 20  Q.  So we've talked about how you calculated your discharge

11:36:46 21  coefficients.  We've talked about the pressure data that you used.

11:36:50 22  Once you had that information, were you able to calculate flow

11:36:53 23  rates?

11:36:53 24  A.  Yes, I was.

11:36:54 25  Q.  If we could have Demonstrative 21215, please.  And,

11:37:03  1   Dr. Griffiths, can you describe for us what this is?

11:37:05  2   A.  This is a plot of flow rate in stock-tank barrels per day --

11:37:15  3   well, actually, it's thousands of stock-tank barrels per day as a

11:37:20  4   function of the elapsed time from roughly the time of the

11:37:24  5   explosion.  So over the 86 days.

11:37:26  6            And so what this is is a plot showing every point on this

11:37:33  7   plot, so there's again the 90-something thousand points on here.

11:37:37  8   Every point where I have a measured BOP pressure, I can calculate a

11:37:42  9   flow rate; so I just go through all of those times, for each PT-B

11:37:47 10   pressure, calculate a flow rate.  So this is a plot of those flow

11:37:51 11   rates.

11:37:51 12   Q.  And what's the total that you came up with?

11:37:53 13   A.  Well, so these are just flow rates.  You integrate or sum these

11:37:58 14   flow rates in time to get the total discharge, and that is

11:38:04 15   5.0 million stock-tank barrels.

11:38:06 16   Q.  And you've noted on this plot a few of the source control

11:38:11 17   events that the Court has already heard about.  We won't go through

11:38:16 18   all of those.  I just want to ask you, Dr. Griffiths, there's a

11:38:16 19   note that says "Top Kill omitted," what's that mean?

11:38:19 20   A.  Well, during the Top Kill period because there was pumping, the

11:38:22 21   test rams were opened, there were a lot of different things

11:38:27 22   influencing those pressures, and I just didn't think they would be

11:38:32 23   necessary or useful in trying to estimate flow rates.

11:38:37 24            So that four-day period or so, there was a little gap,

11:38:40 25   and I just neglect all of those pressures; and you see that nothing

1614

| | |
|---|---|
| 11:38:46 | 1 |

really changes across that time, but because of the other
activities I didn't want to include them in flow rate calculations.
Q.  How would it affect your results if you had included the Top
Kill data?
A.  Well, I've actually done those calculations.  If you include
that period, the cumulative discharge goes up very slightly.
Q.  Now if we could have Demonstrative 21216, please.  And,
Dr. Griffiths, can you explain for us what you believe are the
strengths of your methodology?
A.  Well, certainly that it's built on data from the ground up.  I
mean, if you believe that a picture is worth a thousand words, as a
modeler, I believe that one measurement is worth 1,000
calculations.  So it's tied to reality because it's tied to the
measured flow rates of collected oil.  So that's the biggest one,
in my mind.

        Beyond that, because I use data, it greatly simplifies
what I have to have in the form of a model.  So I don't need
detailed description of the geometry, I don't need equation of
state temperatures, I don't need two-phase factors and all of the
other things that when you use sort of general purpose codes are
required.  And those are all sources of uncertainties, so I feel
that by use of data instead of all of those things, I can reduce
uncertainties.

        I've already mentioned that the methodology automatically
accounts for any erosion in the BOP or riser.  That was sort of one

11:40:22  1  of the main reasons I selected this methodology.  And collectively,

11:40:27  2  I think that makes it a more accurate methodology than purely

11:40:32  3  computational approach.

11:40:33  4  Q.  You mentioned a minute ago, Dr. Griffiths, that your

11:40:37  5  methodology doesn't require certain parameters such as temperature,

11:40:41  6  two-phase factors, stuff like that.  Why is that?  How does that

11:40:45  7  work?

11:40:45  8  A.  Well, the best way to try to describe that is by an example.

11:40:50  9  So suppose you come to me and you say, I have got a pipe and I want

11:40:53 10  to know what the flow rate is through my pipe over some range of

11:40:57 11  conditions.  And so my general purpose -- if I had a general

11:41:05 12  purpose tool, first thing I would be asking is how long is your

11:41:08 13  pipe, what's the diameter of the pipe, are there any elbows.  I

11:41:12 14  need a description of the geometry.

11:41:14 15      And then I need to know what the fluid is.  So I ask you

11:41:18 16  for an equation of state.  That sort of goes on and on through a

11:41:21 17  series of questions, and then I can go calculate what the flow

11:41:25 18  rates are over your range of conditions.

11:41:29 19      What I did is very different.  You come to me, same

11:41:31 20  problem, I have a pipe.  I don't need to know any of that.  Go take

11:41:37 21  your pipe, measure the flow rate through your pipe, tell me that

11:41:43 22  flow rate.  And I might ask you two conditions.  Measure either in

11:41:48 23  your range of interest or close to your range of interest, tell me

11:41:52 24  the flow rate you got and tell me the delta P, the pressure

11:41:57 25  difference that accompanied that.

11:41:59  1       From that information, I construct a model just like this

11:42:03  2  sort of model I did here, and I can use that then to calculate flow

11:42:09  3  rates over your whole range of condition.  And I can do it, I

11:42:14  4  believe, more accurately than I could do with a purely

11:42:18  5  computational approach.

11:42:21  6       Equation of state, temperatures, all of that sort of

11:42:23  7  stuff that you're using in general purpose models, I mean, all

11:42:27  8  you're really doing there -- it doesn't really do this, but

11:42:30  9  effectively what's going on is you have to calculate what the

11:42:34 10  discharge coefficient is.  In my methodology, I get it from the

11:42:39 11  measured flow rates and pressure that you provide.

11:42:45 12  Q.  Now, Dr. Griffiths, once you built your model, did you do

11:42:48 13  anything to validate it?

11:42:52 14  A.  Yes.

11:42:52 15  Q.  Why do you think it's important to do validation in a situation

11:42:55 16  like this?

11:42:56 17  A.  Well, I think modeling as an activity should never be viewed as

11:43:04 18  a process where you take numbers, input -- put them in a black box,

11:43:09 19  you know, your model, you get answers out and say, yes, I'm done.

11:43:14 20       When you get numbers out of a model, you have to ask

11:43:16 21  yourself do these numbers make sense, is there anything in my model

11:43:24 22  that gives results that contradict something I know or believe.

11:43:28 23  You have to ask is there any data that I can compare with, and you

11:43:33 24  have to ask are there other ways I might calculate the same thing

11:43:37 25  that would confirm my results.

11:43:40 1        So from my perspective, it's simple.  You don't trust the

11:43:45 2   output of models until you have an affirmative basis for having

11:43:50 3   confidence in them.

11:43:51 4   Q.  Is the type of validation you did here something you would

11:43:55 5   typically do in your work at Sandia?

11:43:57 6   A.  Yes, always.

11:43:58 7   Q.  If we could have Demonstrative 21217, please.  And your expert

11:44:07 8   report goes through the validation that you did, so I want to go

11:44:09 9   through these quickly.  If you could sort of walk us through the

11:44:12 10  first three bullets and then we will look at the others separately.

11:44:15 11  A.  The first thing, because of my methodology, I am estimating

11:44:19 12  parameters.  Most of those aren't known, but I get a value of the

11:44:25 13  productivity index.  My value is about 44.  The first thing I want

11:44:29 14  to know is, is that consistent with what other people think it

11:44:33 15  ought to be.  And if it's not, then I have to go back and rethink

11:44:38 16  things.

11:44:39 17       But I have a value of 44, roughly.  I think BP during the

11:44:44 18  response had values between 37 and 50, something like that.  So

11:44:51 19  this is a sanity check, okay.  You know, I didn't get 400 for a PI.

11:44:57 20       I also then looked at flow rates of collected oil.  So

11:45:01 21  there are four periods prior to the shut-in when oil was collected

11:45:05 22  that I feel were suitable for comparison.  I used only one of those

11:45:12 23  in my methodology, so I have three others, and so I then used the

11:45:17 24  model to calculate what -- from a calculational point of view, what

11:45:22 25  I thought those others should be.  And all three of those agreed

11:45:27  1   with the measured values within better than 2 percent.  So very

11:45:31  2   good agreement on that.

11:45:32  3          The third bullet here is about this issue of whether

11:45:37  4   changes in BOP pressure can properly represent changes in flow

11:45:46  5   rate.  I used those pressure differences and I've claimed that

11:45:50  6   anything downstream of that would be automatically accounted for.

11:45:53  7          So here what I did was calculate using reservoir and BOP

11:45:57  8   pressures during the shut-in process, one method.  Then also

11:46:02  9   calculated using the reservoir pressure and the ambient pressure;

11:46:06 10   and in that case, the only thing the model knows about is that I'm

11:46:10 11   closing the choke.

11:46:12 12          So the BOP pressure is not involved in that at all.  And

11:46:15 13   in that case, I got agreement within again a couple of percent, and

11:46:20 14   that shows conclusively that -- that flow rates are properly --

11:46:29 15   changes in resistance downstream of PT-B are properly accounted for

11:46:35 16   in my best estimate methodology.

11:46:38 17   Q.  Once you started doing this validation process and getting some

11:46:41 18   of the results, what did you do next?

11:46:43 19   A.  Oh, well, let's see.  So one of the things -- a lot of that was

11:46:50 20   going on very early.  I mean, even while I was still at Sandia, I

11:46:54 21   became aware of that.  And there was a little bit -- I was a little

11:46:57 22   bit concerned that these have very small numbers, you know,

11:47:01 23   1.7 percent, 3 percent, very good agreement.  And I was a little

11:47:05 24   bit concerned about that in light of my assumptions.  I mean, I

11:47:10 25   knew what assumptions I had made to put the model together, and I

1619

11:47:13  1    thought that this was maybe a little bit too good to be true.

11:47:18  2            So what I did then -- and this appears at Appendix C in

11:47:21  3    my report -- rather than take assumptions and work my way towards

11:47:26  4    this model based on discharge coefficients, I started with

11:47:31  5    classical two-phase flow correlations, and using those classical

11:47:37  6    correlations, derived what a discharge coefficient would be.  And

11:47:42  7    then I examined how those discharge coefficients would vary as

11:47:47  8    pressures and temperatures varied.

11:47:49  9            And what I found was that, in fact, they varied much less

11:47:53 10    than what I had thought they would.  And so this was just another

11:47:58 11    part of validation, looking at the problem from another

11:48:01 12    perspective.

11:48:02 13    Q.  Let's turn to another couple of acts of validation that you

11:48:07 14    did.  And if we could have Demonstrative 21218, please.

11:48:26 15    Dr. Griffiths, can you describe what we have here?

11:48:30 16    A.  Yes.  This is a plot of pressures, measured and calculated

11:48:38 17    pressures at the BOP and at the capping stack, so this is PT-B and

11:48:45 18    PT-3K-2 pressures.  The measured pressures are symbols here and the

11:48:50 19    curves are my calculated values, and so these are pressures as a

11:48:55 20    function of choke position as the well is being shut in.  And what

11:49:00 21    you see is that the calculations reproduced the measured values

11:49:05 22    within, you know, roughly 100 psi over that entire range, and

11:49:10 23    that's just extremely good agreement, from my perspective.

11:49:14 24    Q.  Now, we'll talk a little bit later that one of the criticisms

11:49:19 25    that BP has raised is that you should have used a commercial code

11:49:22  1   for your work rather than sort of your specially built model.  Did

11:49:27  2   you do anything to compare your model to the commercial codes that

11:49:32  3   BP has talked about?

11:49:32  4   A.  Yes, I did.

11:49:33  5   Q.  Can we have demonstrative 21219, please.  And what does this

11:49:39  6   show, Dr. Griffiths?

11:49:40  7   A.  So this is a figure from my original report.  It's calculations

11:49:48  8   done by Tony Liao of BP during the response and it's flow rate --

11:49:54  9   this is, again, thousands of stock-tank barrels per day -- as a

11:49:59 10   function of frictional pressure drop along the wellbore.  So the

11:50:03 11   calculation Tony did was for the wellbore.  So those are the red

11:50:10 12   symbols.

11:50:11 13        They were all done using, I think, a code favored by BP

11:50:16 14   called PROSPER, so it's a one-dimensional multiphase flow code that

11:50:21 15   he was using.  And that's the red symbols.

11:50:24 16        The black curve is a replication of those results using a

11:50:31 17   constant discharge coefficient.  And that is the flow rate is going

11:50:36 18   to be proportional to the square root of the delta P, so the black

11:50:40 19   line is that.  And you see that a constant discharge coefficient

11:50:43 20   reproduces Tony Liao's results within, you know, a percent,

11:50:48 21   percent-and-a-half over all flow rates between 0 and 50,000 barrels

11:50:54 22   a day.

11:50:58 23        MR. BENSON:  At this time, your Honor, I would like to

11:50:59 24   turn to some modeling by Dr. Bushnell that Dr. Griffiths used as

11:51:03 25   part of his validation process.  This issue was raised yesterday.

11:51:07  1   I don't know if BP still has an objection, if you want to take that

11:51:10  2   up first.

11:51:12  3           MR. REGAN:  Matt Regan, your Honor.  We do have a

11:51:15  4   objection to this on numerous bases.  The first of which is that

11:51:16  5   Dr. Griffiths testified in his deposition that he did not rely on

11:51:19  6   any other experts to reach his opinions, so that would be Objection

11:51:21  7   No. 1.

11:51:22  8           Objection No. 2 is that the order for this litigation is

11:51:27  9   limited to number of experts that can testify, and that was the

11:51:31 10   subject of Judge Shushan's order that was brought up yesterday.

11:51:34 11   The continual reference to Dr. Bushnell is just an attempt to try

11:51:40 12   to add another expert to this case.  The choices had to be made

11:51:43 13   about which experts were going to be brought to this case, and

11:51:47 14   Judge Shushan has ruled that none of the U.S. experts relied on

11:51:50 15   Dr. Bushnell.

11:51:51 16           Dr. Griffiths testified that he did not rely on any other

11:51:54 17   experts.  So we do object to this continual attempt to bring in

11:51:57 18   Expert No. 9 or Expert No. 10 through the guise of other experts.

11:52:02 19           MR. BENSON:  If I could respond, your Honor.  This is the

11:52:04 20   same issue you dealt with yesterday.  Dr. Griffiths can explain

11:52:07 21   how he used Dr. Bushnell's modeling.  The U.S. is -- I mean,

11:52:13 22   Mr. Regan is right that there was a limit placed on the number of

11:52:15 23   experts in this case.  As part of that limit, there was a process

11:52:19 24   by which parties could rely on the expert reports of witnesses who

11:52:23 25   are not going to testify live.

11:52:24  1          THE COURT:  Okay.  I don't see any difference in this

11:52:27  2   issue and my ruling yesterday, so to be consistent I will allow it.

11:52:32  3   Go ahead.

11:52:34  4          MR. BENSON:  Okay.  Thank you, your Honor.

11:52:36  5   BY MR. BENSON:

11:52:36  6   Q.  Now, if we could have Demonstrative 21235, please.

11:52:42  7   Dr. Griffiths, did you rely on the work of Dr. Bushnell in helping

11:52:45  8   to validate your model in this case?

11:52:48  9   A.  Yes, I did.

11:52:49 10   Q.  And can you describe what we see here in 21235?

11:52:53 11   A.  Well, this is the same sort of plot that we looked at just a

11:52:58 12   moment ago.  This is actually a full out 3D CFD calculation done by

11:53:05 13   Dr. Bushnell, not for the wellbore but for the kill line.  And

11:53:09 14   again, you see the Q equals K root delta P, so this is, again,

11:53:16 15   demonstrating that a constant discharge coefficient very accurately

11:53:22 16   captures all of the complexities, all of the issues associated with

11:53:27 17   multiphase flow in the kill line.  And in this case, it spans from

11:53:34 18   somewhere close to 0 up to 70,000 barrels a day, which is just a

11:53:40 19   tremendously large range.

11:53:43 20          And then, in this case, the agreement's even better.

11:53:47 21   These all agree within, I think, better than one percent over that

11:53:51 22   entire range.

11:53:52 23   Q.  When you said, "The span for flow rate is from 0 to

11:53:56 24   70,000 barrels," does that cover what you call the conditions of

11:54:00 25   interest?

11:54:00 1  A.  Certainly.

11:54:01 2  Q.  And what do you mean when you say, "conditions of interest"?

11:54:05 3  A.  Well, conditions of interest, when I talk about it usually

11:54:08 4  means range of pressures.  So we know, for example, that the

11:54:13 5  reservoir pressure is only varied from some value to some value

11:54:17 6  over the 86 days.  PT-B pressure is only varied from some value to

11:54:22 7  some other value.  So that's the range of interest usually when I

11:54:28 8  talk about it.

11:54:28 9          For flow rates, you know, up to 60, 65,000 barrels a day

11:54:34 10 all the way down to zero as the well was shut-in are range of

11:54:39 11 interest.

11:54:39 12 Q.  Let's turn to one final source of validation that you did and

11:54:44 13 that's what you call your alternate calculations.

11:54:46 14 A.  Uh-huh.

11:54:46 15 Q.  If we could have Demonstrative 21221, please.  This reflects

11:54:53 16 your best estimate calculation which we've been talking about a

11:54:56 17 little bit already today.  Can you walk through your best estimate

11:54:59 18 and how it relates to your alternate calculations?

11:55:01 19 A.  Sure.  So as I already described, the best estimate uses just

11:55:06 20 productivity index and wellbore discharge coefficient, along with

11:55:10 21 the pressure difference between the reservoir and measured BOP

11:55:15 22 pressures.  So there are attributes associated with this and the

11:55:21 23 alternate methods, and there's a couple that need to be pointed

11:55:24 24 out.

11:55:24 25         So clearly, this one relies on the data from PT-B.  There

11:55:28  1   is no data before May 8th, so, you know, constrains a little bit

11:55:32  2   what you can conclude.  Does not account for erosion in the

11:55:37  3   reservoir and wellbore, but does automatically account for any

11:55:42  4   possible erosion in the BOP and that's the important issue for the

11:55:47  5   moment.

11:55:47  6          So -- and as I've already said, the result from that best

11:55:51  7   estimate calculation is 5 million barrels.

11:55:55  8   Q.  Let's go to Demonstrative 21222, and talk about your Alternate

11:56:00  9   1 calculation.  What's that?

11:56:02 10   A.  Okay.  So Alternate 1 is sort of the same calculation, but now

11:56:08 11   add the BOP to it.  So now I have productivity index, wellbore

11:56:12 12   discharge, and BOP discharge coefficient, and I am using just the

11:56:17 13   reservoir pressure and ambient sea pressure, so that pressure

11:56:21 14   difference is the pressure difference on which I base the

11:56:24 15   calculations.

11:56:25 16   Q.  And that's reflected in the diagram on the very right there?

11:56:27 17   A.  Exactly.  So attributes of this, while it's used in the sea

11:56:34 18   pressure, so always was the same through this.  So that issues

11:56:39 19   associated with PT-B there's no data before May 8th.  Offsets in

11:56:44 20   PT-B and corrections, those issues go away.

11:56:47 21          And the problem with this one, if it's a problem -- well,

11:56:51 22   it does not automatically account for possible erosion in the BOP.

11:56:55 23   So if erosion in the BOP were significant and significantly

11:57:02 24   affected flow rates over the 86 days, that would not be accounted

11:57:07 25   for in this Alternate 1 methodology.

11:57:13   1          Nevertheless, you get this discharge of 5.1 which, for

11:57:20   2    all practical purposes, is identical to 5.0 for my best estimate.

11:57:26   3          The important thing here is my best estimate does account

11:57:30   4    for potential erosion in the BOP.  This alternate does not account

11:57:35   5    for it, and yet we get nominally the same answer.  And from that

11:57:42   6    you conclude that erosion in the BOP did not significantly affect

11:57:48   7    the cumulative discharge over the 86 days.

11:57:54   8    Q.  Let's turn to your second alternate calculation.  We have

11:57:57   9    demonstrative for that, which is D 2122 --

11:58:01   10          THE COURT:  Is this a good point to stop?  I'm assuming

11:58:06   11   you have a ways to go, right?

11:58:07   12          MR. BENSON:  We do have a ways to go.  We can wrap up the

11:58:10   13   alternate calculations in about three more minutes I think.

11:58:12   14          THE COURT:  All right.  Because I do have a meeting,

11:58:15   15   someone to meet with in a couple of minutes.

11:58:15   16          MR. BENSON:  Or we can certainly stop.

11:58:17   17          THE COURT:  Why don't we just stop now and come back at

11:58:19   18   1:15.

11:58:21   19          THE DEPUTY CLERK:  All rise.

11:58:22   20       (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

           21

           22                    * * * * * *

           23

           24

           25

1
2                   REPORTER'S CERTIFICATE
3
4        I, Karen A. Ibos, CCR, Official Court Reporter, United
5   States District Court, Eastern District of Louisiana, do hereby
6   certify that the foregoing is a true and correct transcript, to the
7   best of my ability and understanding, from the record of the
8   proceedings in the above-entitled and numbered matter.
9
10
11   _____
12                   Karen A. Ibos, CCR, RPR, CRR, RMR
13                   Official Court Reporter
14
15
16
17
18
19
20
21
22
23
24
25

## 0

**0** [3] - 1620:21, 1622:18, 1622:23
**0.2** [1] - 1578:24
**008639.0015** [1] - 1530:7
**008659.13.1.US** [1] - 1523:1
**008660N** [1] - 1525:18
**008660N.8.1.US** [1] - 1526:4
**008804** [1] - 1535:2

## 1

**1** [6] - 1535:8, 1557:1, 1621:7, 1624:9, 1624:10, 1624:25
**1,000** [1] - 1614:12
**1.7** [1] - 1618:23
**10** [2] - 1511:15, 1621:18
**10-10** [1] - 1561:15
**10-CV-2771** [1] - 1507:7
**10-CV-4536** [1] - 1507:9
**100** [2] - 1601:3, 1619:22
**10003** [1] - 1507:25
**1001** [1] - 1510:19
**10031** [1] - 1603:13
**11** [2] - 1556:10, 1578:23
**11,350** [1] - 1527:12
**1100** [1] - 1510:16
**11485R** [2] - 1601:15, 1601:25
**11486R** [2] - 1601:16, 1601:25
**12** [48] - 1513:9, 1524:20, 1524:22, 1527:19, 1527:20, 1527:22, 1530:17, 1531:12, 1537:20, 1538:10, 1540:15, 1540:17, 1541:21, 1542:3, 1545:4, 1548:9, 1550:25, 1551:3, 1551:5, 1552:9, 1552:22, 1552:24, 1553:12, 1553:15, 1553:21, 1560:10, 1560:15, 1561:1, 1561:4,

1567:4, 1569:12, 1569:22, 1570:13, 1570:23, 1571:5, 1571:7, 1571:12, 1571:13, 1571:16, 1571:18, 1571:21, 1572:19, 1572:20, 1573:2, 1592:10, 1592:14, 1592:16, 1592:20
**1201** [2] - 1509:9, 1509:25
**12548** [1] - 1511:5
**13** [1] - 1576:22
**1300** [1] - 1510:8
**1331** [1] - 1510:3
**13th** [3] - 1577:12, 1577:19, 1579:6
**141394** [1] - 1521:2
**141394.12** [1] - 1545:3
**141394.12.2.US** [2] - 1521:3, 1528:11
**141784.1.1** [1] - 1569:24
**142325.1.3** [2] - 1550:12, 1551:24
**14271** [1] - 1508:25
**144580.1** [1] - 1574:19
**15** [2] - 1567:4, 1609:4
**15-minute** [1] - 1593:10
**15.5** [1] - 1562:2
**150** [1] - 1511:15
**1516/23** [1] - 1512:6
**1537/2** [1] - 1512:7
**1591/21** [1] - 1512:8
**1594/18** [1] - 1512:10
**1595/19** [1] - 1512:13
**15th** [13] - 1517:22, 1518:2, 1528:8, 1528:12, 1528:17, 1552:10, 1561:18, 1562:7, 1566:25, 1576:18, 1576:21, 1577:17, 1577:20
**1602/8** [1] - 1512:14
**1615** [1] - 1510:8
**1665** [1] - 1510:3
**16th** [10] - 1529:19, 1530:1, 1530:18, 1530:24, 1531:1, 1531:13, 1531:15, 1531:24, 1550:13, 1552:13
**17** [1] - 1612:11
**17-day** [1] - 1612:1
**1700** [1] - 1509:25

**1701** [1] - 1511:8
**18** [6] - 1527:8, 1541:22, 1571:5, 1571:21, 1572:22, 1592:23
**19** [4] - 1576:23, 1577:20, 1583:12, 1583:14
**1:15** [1] - 1625:18
**1st** [2] - 1543:16, 1565:3

## 2

**2** [9] - 1538:11, 1539:2, 1573:12, 1579:4, 1579:11, 1579:17, 1580:8, 1618:1, 1621:8
**2.1** [1] - 1591:13
**2.35** [1] - 1591:9
**2.9** [3] - 1538:8, 1538:15, 1569:7
**20** [2] - 1507:5, 1563:8
**200** [1] - 1511:17
**20004** [1] - 1509:10
**20005** [1] - 1509:17
**20006** [1] - 1510:11
**20044** [1] - 1508:22
**20044-4271** [1] - 1508:25
**201-B** [1] - 1511:9
**2010** [13] - 1507:5, 1524:4, 1534:16, 1535:22, 1538:24, 1540:8, 1544:16, 1546:19, 1551:18, 1572:15, 1573:14, 1577:6
**2011** [4] - 1532:12, 1535:24, 1536:1, 1603:19
**2012** [1] - 1536:2
**2013** [2] - 1507:5, 1513:2
**2020** [1] - 1510:11
**20877** [1] - 1511:2
**20th** [7] - 1518:15, 1519:7, 1554:25, 1555:1, 1556:15, 1557:25, 1561:1
**21** [2] - 1558:10, 1560:16
**21205** [1] - 1596:17
**21207** [1] - 1598:5
**21210** [1] - 1604:8
**21211** [1] - 1605:15
**21212** [1] - 1607:16

**21213** [1] - 1609:21
**21214** [1] - 1611:1
**21215** [1] - 1612:25
**21216** [1] - 1614:7
**21217** [1] - 1617:7
**21218** [1] - 1619:14
**21219** [1] - 1620:5
**2122** [1] - 1625:9
**21221** [1] - 1623:15
**21222** [1] - 1624:8
**21235** [2] - 1622:6, 1622:10
**21255** [1] - 1601:13
**21st** [1] - 1558:1
**220** [4] - 1583:1, 1583:4, 1585:9, 1585:15
**2216** [1] - 1508:2
**22nd** [2] - 1577:25, 1580:3
**23rd** [2] - 1561:19, 1562:8
**24** [2] - 1529:10, 1562:8
**25th** [1] - 1561:12
**26** [1] - 1532:6
**28th** [9] - 1522:22, 1523:2, 1533:2, 1534:19, 1543:16, 1567:1, 1576:18, 1576:21, 1577:18
**29th** [1] - 1532:6
**2:30** [1] - 1528:17
**2nd** [1] - 1573:13

## 3

**3** [1] - 1618:23
**3.8** [1] - 1538:8
**30** [10] - 1556:17, 1556:25, 1557:20, 1566:1, 1566:12, 1566:21, 1567:13, 1567:24, 1572:23, 1573:2
**30(b)(6** [2] - 1568:1, 1568:2
**30-A** [1] - 1511:8
**300** [1] - 1509:14
**30th** [17] - 1532:7, 1533:21, 1533:23, 1534:1, 1534:18, 1538:3, 1538:7, 1556:21, 1557:25, 1566:7, 1566:14, 1567:1, 1568:3, 1568:18, 1569:1, 1577:10, 1577:16
**31** [2] - 1556:17,

1556:25
**316** [2] - 1507:22, 1511:1
**31st** [2] - 1534:10, 1556:21
**32,000** [1] - 1538:9
**32399** [1] - 1511:12
**32459** [1] - 1511:9
**32502** [1] - 1507:23
**333** [1] - 1509:19
**33324** [1] - 1508:7
**35** [4] - 1517:10, 1548:16, 1549:3
**35,000** [1] - 1548:24
**355** [1] - 1510:23
**35th** [1] - 1510:23
**36** [1] - 1513:10
**36130** [1] - 1508:14
**3668** [1] - 1507:19
**36th** [1] - 1510:16
**37** [2] - 1590:23, 1617:18
**3700** [1] - 1510:19
**38,000** [1] - 1538:9
**39157** [1] - 1511:18
**39232** [1] - 1511:15
**3D** [2] - 1520:7, 1622:12
**3rd** [6] - 1534:21, 1540:21, 1576:20, 1576:22, 1576:25, 1577:20

## 4

**4** [1] - 1510:3
**4.6** [6] - 1576:17, 1577:8, 1577:12, 1577:16, 1577:21, 1578:23
**4.76** [5] - 1577:12, 1577:22, 1578:1, 1578:7, 1578:11
**4.9** [4] - 1537:13, 1576:10, 1577:24, 1580:4
**4.92** [4] - 1578:1, 1578:7, 1578:11, 1578:13
**40** [2] - 1513:9, 1590:22
**40,000** [1] - 1564:1
**400** [3] - 1508:7, 1585:12, 1617:19
**4000** [1] - 1611:20
**41:24** [1] - 1513:10
**44** [2] - 1617:13, 1617:17
**45,000** [1] - 1553:25

**48** [1] - 1513:9

**5**

**5** [2] - 1507:11, 1624:7
**5,000** [1] - 1597:24
**5.0** [4] - 1597:6, 1609:15, 1613:15, 1625:2
**5.1** [1] - 1625:1
**5.61** [1] - 1540:5
**50** [4] - 1601:1, 1617:18
**50,000** [3] - 1553:22, 1554:12, 1620:21
**500** [4] - 1508:14, 1511:20, 1572:9, 1583:6
**5000** [1] - 1509:6
**501** [1] - 1508:4
**504** [1] - 1511:21
**52,600** [1] - 1554:11
**53.6** [1] - 1554:10
**556** [1] - 1507:19
**589-7776** [1] - 1511:21

**6**

**6** [60] - 1524:17, 1524:18, 1524:19, 1524:22, 1527:8, 1537:23, 1538:1, 1538:2, 1538:4, 1538:6, 1538:11, 1538:13, 1538:14, 1538:21, 1538:22, 1539:3, 1539:5, 1539:7, 1539:24, 1540:12, 1541:21, 1549:8, 1549:24, 1550:1, 1550:3, 1550:9, 1550:14, 1551:6, 1551:21, 1552:2, 1552:5, 1552:9, 1553:3, 1553:25, 1555:9, 1557:15, 1558:2, 1558:11, 1560:6, 1560:7, 1560:20, 1567:4, 1567:13, 1569:3, 1569:6, 1569:11, 1570:9, 1571:3, 1571:20, 1572:2, 1572:22, 1573:2, 1587:15, 1587:17, 1587:18, 1587:20, 1592:14,

1592:15, 1592:23
**60** [2] - 1611:25, 1623:9
**60,000** [2] - 1549:3, 1563:25
**600** [2] - 1507:22, 1508:7
**6000** [2] - 1521:12, 1521:13
**602** [1] - 1511:17
**60654** [1] - 1509:14
**63,600** [1] - 1554:10
**65,000** [1] - 1623:9
**655** [1] - 1509:17
**6600** [3] - 1528:20, 1553:14, 1553:18

**7**

**7.6** [1] - 1562:2
**70,000** [2] - 1622:18, 1622:24
**700** [1] - 1507:25
**701** [2] - 1508:10, 1509:6
**70112** [1] - 1510:8
**70113** [1] - 1507:24
**70130** [3] - 1508:2, 1508:11, 1511:20
**70139** [1] - 1509:7
**70163** [1] - 1510:17
**70502-3668** [1] - 1507:20
**70601** [1] - 1508:5
**7500** [2] - 1521:13, 1521:14
**75270** [1] - 1509:25
**7611** [1] - 1508:22
**77002** [1] - 1510:19
**77010** [1] - 1510:4
**78711-2548** [1] - 1511:6
**7th** [1] - 1540:9

**8**

**8** [3] - 1507:5, 1513:2, 1526:8
**820** [1] - 1507:16
**86** [10] - 1596:23, 1604:3, 1605:10, 1605:14, 1610:9, 1611:19, 1613:5, 1623:6, 1624:24, 1625:7
**8615.11.1** [1] - 1580:5
**8618** [1] - 1532:13

**8627.2** [2] - 1538:23, 1582:17
**8627.3.2** [1] - 1539:2
**8628.7.1** [1] - 1567:16
**8634.3.1** [1] - 1564:9
**8635.74.1** [1] - 1566:19
**8639** [2] - 1529:16, 1552:14
**8639.0010** [1] - 1531:2
**8639.9** [1] - 1552:15
**8640.5.2** [1] - 1561:9
**8642.1.1** [1] - 1558:10
**8642.2** [1] - 1558:22
**8642.2.1** [1] - 1559:4
**8642.2.2** [1] - 1558:23
**8643.1** [1] - 1554:19
**8643.1.1** [1] - 1555:5
**8644.15.1** [1] - 1565:2
**8644.4.1** [1] - 1573:13
**8645** [1] - 1591:22
**8645.1.2** [1] - 1573:22
**8647.10.1** [1] - 1578:24
**8648.11.1** [1] - 1579:6
**8662.1.1** [1] - 1570:25
**8th** [10] - 1524:4, 1524:5, 1540:10, 1612:3, 1612:4, 1612:5, 1612:6, 1612:8, 1624:1, 1624:19

**9**

**9** [3] - 1542:6, 1547:21, 1621:18
**9.4** [1] - 1562:2
**90,000** [1] - 1611:12
**90-something** [1] - 1613:7
**90071** [1] - 1509:20
**90071-1560** [1] - 1510:24
**9324.17** [1] - 1548:5
**9324.3** [1] - 1547:22
**9859.19.2** [1] - 1540:2
**9th** [10] - 1525:2, 1525:5, 1525:6,

1526:2, 1528:3, 1528:4, 1530:23, 1531:10, 1555:2, 1592:20

**A**

**AB** [1] - 1508:14
**abbreviated** [1] - 1555:6
**ability** [1] - 1626:7
**able** [4] - 1522:7, 1533:5, 1605:12, 1612:22
**above** [3] - 1583:19, 1607:21, 1626:8
**above-entitled** [1] - 1626:8
**accept** [1] - 1602:4
**acceptable** [1] - 1564:20
**accepting** [1] - 1570:13
**accompanied** [2] - 1608:21, 1615:25
**according** [2] - 1513:7, 1529:8
**account** [7] - 1586:19, 1586:24, 1624:2, 1624:3, 1624:22, 1625:3, 1625:4
**accounted** [6] - 1610:14, 1610:15, 1610:25, 1618:6, 1618:15, 1624:24
**accounts** [1] - 1614:25
**accuracy** [2] - 1580:8, 1580:9
**accurate** [3] - 1554:3, 1571:11, 1615:2
**accurately** [3] - 1557:12, 1616:4, 1622:15
**achieved** [2] - 1580:8, 1580:9
**across** [3] - 1563:2, 1606:23, 1614:1
**activities** [3] - 1518:14, 1600:1, 1614:2
**activity** [1] - 1616:17
**acts** [1] - 1619:13
**actual** [2] - 1549:11, 1579:10
**actually** [24] - 1515:2, 1518:11,

1533:8, 1546:5, 1546:8, 1549:21, 1553:16, 1558:15, 1561:3, 1561:6, 1568:4, 1574:8, 1579:1, 1581:8, 1588:1, 1589:19, 1599:14, 1601:1, 1606:9, 1607:24, 1611:11, 1613:3, 1614:5, 1622:12
**Adam** [2] - 1513:14, 1515:25
**Adams** [1] - 1513:14
**add** [2] - 1621:12, 1624:11
**added** - 1585:24, 1586:7
**addition** [2] - 1589:15, 1608:24
**additional** [18] - 1515:14, 1523:20, 1523:22, 1524:2, 1529:1, 1529:4, 1531:22, 1532:1, 1534:20, 1574:1, 1574:6, 1574:8, 1576:19, 1578:1, 1592:7, 1593:17, 1604:2, 1604:3
**address** [1] - 1594:4
**adjusted** [1] - 1561:23
**Administration** [1] - 1569:25
**admit** [1] - 1602:5
**admitted** [7] - 1513:17, 1513:23, 1516:5, 1568:4, 1568:10, 1593:17, 1594:1
**adopt** [1] - 1601:18
**adopted** [1] - 1521:5
**advised** [2] - 1515:8, 1588:6
**Advisory** [1] - 1600:3
**Aeronautics** [1] - 1569:25
**affect** [3] - 1546:25, 1614:3, 1625:6
**affected** [1] - 1624:24
**affirmative** [1] - 1617:2
**afield** [1] - 1581:23
**after** [46] - 1514:18, 1516:12, 1517:25, 1521:7, 1521:17, 1524:24, 1525:9, 1527:13, 1527:14,

1528:3, 1528:4,
1528:10, 1528:12,
1529:19, 1531:15,
1531:24, 1534:11,
1534:13, 1534:15,
1540:23, 1548:22,
1550:11, 1552:6,
1552:10, 1555:2,
1555:15, 1556:15,
1556:17, 1556:23,
1558:11, 1570:6,
1573:2, 1579:15,
1583:1, 1597:17,
1599:9, 1600:9,
1602:25, 1603:7,
1603:21, 1606:12,
1612:6

**afternoon** [3] -
1514:19, 1515:13,
1528:17

**afterwards** [1] -
1535:16

**again** [28] - 1537:6,
1541:22, 1541:24,
1545:12, 1547:5,
1551:24, 1563:4,
1564:12, 1566:1,
1573:5, 1575:17,
1575:22, 1579:3,
1579:9, 1579:19,
1584:11, 1585:19,
1590:18, 1595:5,
1600:5, 1600:12,
1601:12, 1613:7,
1618:13, 1620:9,
1622:14

**ago** [5] - 1569:16,
1587:16, 1605:17,
1615:4, 1622:12

**agree** [4] - 1549:22,
1551:14, 1591:15,
1622:21

**agreed** [2] - 1555:18,
1617:25

**agreement** [5] -
1555:22, 1618:2,
1618:13, 1618:23,
1619:23

**agreement's** [1] -
1622:20

**ahead** [3] - 1568:14,
1594:7, 1622:3

**air** [9] - 1583:25,
1584:3, 1584:4,
1584:13, 1584:16,
1584:20, 1584:23,
1585:10, 1585:13

**AL** [2] - 1507:8,
1507:10

**ALABAMA** [1] -

1508:12

**ALAN** [1] - 1510:2

**Aligned** [1] - 1513:12

**all** [82] - 1513:16,
1515:6, 1516:5,
1516:19, 1523:20,
1525:6, 1525:9,
1525:24, 1529:18,
1533:24, 1533:25,
1534:22, 1535:13,
1536:22, 1536:24,
1549:1, 1556:18,
1556:22, 1558:23,
1564:20, 1566:2,
1566:12, 1566:14,
1567:12, 1568:15,
1568:24, 1570:20,
1571:6, 1572:8,
1576:2, 1577:20,
1579:20, 1579:22,
1580:21, 1581:4,
1585:2, 1585:6,
1585:16, 1586:6,
1586:12, 1591:3,
1591:16, 1593:7,
1593:11, 1593:14,
1593:25, 1594:20,
1594:23, 1597:2,
1597:11, 1600:5,
1600:6, 1601:5,
1602:1, 1608:18,
1609:9, 1611:13,
1611:16, 1611:17,
1613:9, 1613:18,
1613:25, 1614:19,
1614:21, 1614:22,
1616:6, 1616:7,
1617:25, 1618:12,
1620:13, 1620:21,
1622:16, 1622:21,
1623:10, 1625:2,
1625:14, 1625:19

**ALLAN** [1] - 1508:9

**ALLEN** [1] - 1511:1

**allow** [5] - 1515:16,
1522:4, 1542:25,
1622:2

**almost** [6] - 1528:20,
1538:11, 1590:25,
1598:1, 1601:12,
1602:16

**along** [7] - 1541:21,
1571:8, 1605:8,
1608:20, 1609:6,
1620:10, 1623:20

**already** [7] -
1543:12, 1609:22,
1613:17, 1614:24,
1623:17, 1623:19,
1624:6

**also** [52] - 1515:25,
1520:1, 1520:6,
1520:9, 1526:19,
1527:1, 1527:8,
1529:23, 1529:24,
1530:22, 1530:25,
1531:16, 1533:12,
1533:14, 1534:23,
1534:25, 1537:22,
1541:14, 1542:12,
1543:21, 1548:13,
1549:5, 1553:2,
1559:4, 1559:24,
1560:9, 1561:16,
1564:3, 1564:4,
1567:2, 1571:5,
1571:15, 1572:22,
1573:8, 1574:16,
1576:13, 1581:12,
1584:16, 1588:21,
1592:19, 1592:23,
1593:18, 1594:3,
1596:22, 1598:1,
1598:15, 1601:23,
1604:3, 1611:17,
1612:19, 1617:20,
1618:8

**alternate** [6] -
1623:13, 1623:18,
1623:23, 1625:4,
1625:8, 1625:13

**Alternate** [3] -
1624:8, 1624:10,
1624:25

**alternative** [1] -
1553:2, 1572:22

**although** [1] -
1529:12

**always** [4] - 1564:14,
1579:11, 1617:6,
1624:18

**ambient** [2] - 1618:9,
1624:13

**Amelia** [1] - 1513:11

**AMERICA** [7] -
1507:9, 1509:1,
1509:2, 1509:2,
1509:3, 1509:4,
1509:5

**America** [1] -
1535:24

**amount** [2] -
1526:18, 1569:16

**ANADARKO** [2] -
1510:5, 1510:6

**Anadarko** [1] -
1537:3

**analog** [1] - 1607:8

**analysis** [26] -
1520:16, 1525:1,

1525:7, 1528:23,
1529:1, 1529:11,
1529:13, 1529:22,
1529:24, 1537:19,
1542:17, 1551:1,
1558:13, 1558:25,
1563:9, 1563:15,
1566:20, 1569:2,
1571:18, 1572:1,
1577:4, 1590:3,
1595:4, 1601:23,
1602:14, 1607:21

**analysts** [1] - 1559:1

**analyze** [1] - 1529:4

**analyzed** [1] -
1550:25

**analyzing** [1] -
1583:13

**AND** [4] - 1507:7,
1510:14, 1516:13,
1595:12

**ANDREW** [1] -
1509:11

**Angeles** [2] -
1509:20, 1510:24

**ANNA** [1] - 1508:20

**announce** [1] -
1513:7

**another** [14] -
1531:18, 1531:21,
1541:12, 1546:9,
1558:2, 1564:9,
1570:25, 1571:1,
1606:16, 1607:25,
1619:10, 1619:11,
1619:13, 1621:12

**answer** [3] -
1568:13, 1586:21,
1625:5

**answered** [1] -
1562:22

**answers** [1] -
1616:19

**ANTHONY** [1] -
1508:1

**anticipating** [1] -
1577:11

**any** [48] - 1513:16,
1513:22, 1515:19,
1516:4, 1522:16,
1523:15, 1528:23,
1531:13, 1532:3,
1533:18, 1534:3,
1534:8, 1535:15,
1535:17, 1535:18,
1535:21, 1544:23,
1550:24, 1551:1,
1551:2, 1551:4,
1554:2, 1560:18,
1571:12, 1572:3,

1583:8, 1584:9,
1585:3, 1586:25,
1588:25, 1591:14,
1591:19, 1592:6,
1593:20, 1600:17,
1600:24, 1606:18,
1609:10, 1610:12,
1610:23, 1614:25,
1615:13, 1615:20,
1616:23, 1621:6,
1621:16, 1622:1,
1624:3

**anybody** [3] -
1544:20, 1567:8,
1567:10

**anymore** [1] -
1577:23

**anyone** [5] -
1516:10, 1519:19,
1522:10, 1530:18,
1603:7

**anything** [16] -
1521:12, 1521:14,
1575:14, 1586:15,
1602:2, 1602:2,
1604:14, 1604:19,
1608:3, 1610:18,
1610:19, 1610:23,
1616:13, 1616:21,
1618:6, 1620:2

**anyway** [2] -
1564:20, 1589:23

**anywhere** [1] -
1603:11

**apart** [2] - 1544:19,
1546:21

**apologies** [1] -
1594:8

**apologize** [1] -
1582:14

**apparent** [1] - 1534:5

**apparently** [3] -
1546:12, 1568:22,
1571:25

**APPEARANCES** [1] -
1507:14

**appears** [1] - 1619:2

**Appendix** [2] -
1535:8, 1619:2

**appendix** [1] -
1534:25

**Application** [1] -
1532:15

**applications** [1] -
1578:8

**applied** [2] -
1579:23, 1601:22

**apply** [1] - 1532:22

**apprised** [1] -
1515:18

4

**approach** [4] - 1595:6, 1595:10, 1615:3, 1616:5
**appropriate** [2] - 1578:4, 1578:10
**APRIL** [1] - 1507:5
**April** [1] - 1519:7
**aquifer** [21] - 1526:18, 1553:13, 1588:9, 1588:11, 1588:15, 1588:18, 1588:22, 1589:5, 1589:7, 1589:11, 1589:12, 1589:14, 1589:16, 1589:19, 1589:22, 1589:25, 1590:1, 1590:4
**aquifers** [3] - 1532:19, 1532:20, 1589:6
**are** [101] - 1513:17, 1513:22, 1515:24, 1516:5, 1516:8, 1517:11, 1520:15, 1520:20, 1521:3, 1521:5, 1523:1, 1524:12, 1526:11, 1526:15, 1526:20, 1526:22, 1526:23, 1527:4, 1527:5, 1531:8, 1548:21, 1552:10, 1555:12, 1559:2, 1559:6, 1559:15, 1559:17, 1559:22, 1560:1, 1560:2, 1560:9, 1562:20, 1563:5, 1564:14, 1564:21, 1566:8, 1566:25, 1567:21, 1568:5, 1568:17, 1578:12, 1581:2, 1582:10, 1585:5, 1589:15, 1590:21, 1593:10, 1593:17, 1593:24, 1593:25, 1594:5, 1595:24, 1596:3, 1596:8, 1596:11, 1598:7, 1598:9, 1598:11, 1599:1, 1599:3, 1599:6, 1601:14, 1601:17, 1604:22, 1605:13, 1605:19, 1605:20, 1605:22, 1606:1, 1606:3, 1606:18, 1608:6, 1609:9, 1610:13, 1610:24, 1611:3, 1611:5, 1611:9, 1611:11,

1611:14, 1611:17, 1613:13, 1614:8, 1614:20, 1614:21, 1615:13, 1615:18, 1616:24, 1617:21, 1618:14, 1618:15, 1619:18, 1619:19, 1620:11, 1621:25, 1623:10, 1623:22
**Are** [1] - 1573:16
**Area** [2] - 1559:3, 1559:12
**area** [5] - 1521:12, 1551:15, 1597:12, 1598:13, 1602:15
**aren't** [4] - 1545:25, 1589:16, 1608:3, 1617:12
**argue** [2] - 1540:7, 1540:9
**arithmetic** [2] - 1583:25, 1584:18
**Arizona** [1] - 1517:7
**around** [7] - 1518:15, 1539:24, 1551:20, 1561:12, 1562:7, 1565:14
**arranged** [1] - 1524:1
**arrow** [1] - 1610:3
**Art** [1] - 1533:4
**article** [3] - 1551:10, 1603:16, 1603:18
**AS** [2] - 1516:13, 1595:12
**ASBILL** [1] - 1510:18
**ask** [19] - 1513:13, 1514:15, 1514:17, 1541:24, 1541:25, 1546:13, 1563:4, 1568:21, 1570:20, 1573:10, 1574:18, 1603:7, 1609:10, 1613:18, 1615:15, 1615:22, 1616:20, 1616:23, 1616:24
**asked** [19] - 1518:17, 1518:19, 1518:20, 1519:2, 1523:20, 1523:22, 1524:6, 1533:3, 1533:4, 1534:16, 1550:14, 1555:17, 1556:14, 1556:24, 1558:17, 1560:21, 1563:16, 1573:19, 1577:14
**asking** [4] - 1554:5, 1592:5, 1592:6, 1615:12
**aspect** [2] - 1540:1,

1556:8
**assembled** [1] - 1576:8
**assessment** [8] - 1522:14, 1541:7, 1544:2, 1546:16, 1562:9, 1582:5, 1588:10, 1588:11
**ASSET** [1] - 1507:7
**assignment** [3] - 1529:4, 1565:20
**ASSISTANT** [1] - 1511:5
**associated** [7] - 1597:1, 1602:17, 1602:18, 1604:3, 1622:16, 1623:22, 1624:19
**Association** [1] - 1536:3
**assume** [1] - 1585:5
**assumed** [3] - 1553:21, 1553:25, 1564:15
**assuming** [3] - 1515:16, 1548:24, 1625:10
**assumption** [2] - 1548:19, 1589:10
**assumptions** [10] - 1526:13, 1526:15, 1526:17, 1526:21, 1554:3, 1564:23, 1593:1, 1618:24, 1618:25, 1619:3
**Assumptions** [2] - 1526:17, 1548:11
**at** [165] - 1517:11, 1518:18, 1519:5, 1519:6, 1522:22, 1523:5, 1524:5, 1525:2, 1525:13, 1525:15, 1528:20, 1529:23, 1530:24, 1533:18, 1534:3, 1534:17, 1535:15, 1535:20, 1536:6, 1536:12, 1537:17, 1537:23, 1537:25, 1538:8, 1538:19, 1538:23, 1539:6, 1539:23, 1540:2, 1541:2, 1541:22, 1542:5, 1545:2, 1545:6, 1545:9, 1546:9, 1546:19, 1546:23, 1547:1, 1547:20, 1547:21, 1548:1, 1548:4,

1548:5, 1548:19, 1549:10, 1549:14, 1550:12, 1551:17, 1551:22, 1551:24, 1552:13, 1553:5, 1553:14, 1554:19, 1554:21, 1554:24, 1556:8, 1556:10, 1557:1, 1557:12, 1557:16, 1557:23, 1558:10, 1558:22, 1559:4, 1560:5, 1560:15, 1561:3, 1561:8, 1562:4, 1563:10, 1564:8, 1564:9, 1564:14, 1565:1, 1565:3, 1566:19, 1567:8, 1567:16, 1567:17, 1567:18, 1567:23, 1568:18, 1568:19, 1569:20, 1569:24, 1570:25, 1571:20, 1572:14, 1572:17, 1573:12, 1573:22, 1576:4, 1576:16, 1577:7, 1578:22, 1579:6, 1582:16, 1582:24, 1582:25, 1584:6, 1589:6, 1590:4, 1590:12, 1593:2, 1594:23, 1597:21, 1597:22, 1598:3, 1598:7, 1598:17, 1599:8, 1599:11, 1599:17, 1599:25, 1600:5, 1600:10, 1600:11, 1600:17, 1601:21, 1602:14, 1602:17, 1602:19, 1602:21, 1604:8, 1604:19, 1605:3, 1605:9, 1608:12, 1608:24, 1609:2, 1609:3, 1609:4, 1609:13, 1609:25, 1610:2, 1610:4, 1610:11, 1611:7, 1611:18, 1611:20, 1611:23, 1612:13, 1612:19, 1617:5, 1617:10, 1617:20, 1618:12, 1618:20, 1619:2, 1619:11, 1619:17, 1620:23, 1622:11, 1625:17
**atop** [1] - 1610:2
**attempt** [2] - 1621:11, 1621:17
**attended** [7] -

1520:12, 1523:6, 1523:22, 1525:3, 1533:21, 1543:16, 1566:3
**ATTORNEY** [4] - 1508:12, 1511:3, 1511:5, 1511:10
**attributes** [2] - 1623:22, 1624:17
**August** [19] - 1518:3, 1518:8, 1532:7, 1534:20, 1538:3, 1540:21, 1556:14, 1557:1, 1557:9, 1565:3, 1572:15, 1573:12, 1573:13, 1576:20, 1576:22, 1576:25, 1577:6, 1577:20, 1585:20
**Austin** [1] - 1511:6
**automatically** [7] - 1610:13, 1610:15, 1610:25, 1614:24, 1618:6, 1624:3, 1624:22
**available** [3] - 1532:1, 1583:11, 1602:23
**Ave** [4] - 1507:16, 1508:14, 1509:9, 1510:23
**Avenue** [1] - 1511:1
**average** [4] - 1540:5, 1551:2, 1584:17, 1584:18
**averaging** [1] - 1584:17
**award** [3] - 1535:22, 1536:2, 1536:3
**Award** [1] - 1535:23
**awards** [1] - 1535:22
**aware** [5] - 1570:20, 1570:24, 1573:4, 1609:12, 1618:21
**away** [3] - 1553:24, 1575:14, 1624:20
**awhile** [1] - 1600:6

## B

**B** [24] - 1608:25, 1609:2, 1609:22, 1609:23, 1610:4, 1610:5, 1610:7, 1610:20, 1610:21, 1610:23, 1610:24, 1612:3, 1612:4, 1612:8, 1612:10, 1612:11, 1613:9,

1618:15, 1619:17,
1623:6, 1623:25,
1624:19, 1624:20
   **bachelor** [1] -
1597:10
   **bachelor's** [1] -
1517:4
   **back** [21] - 1526:4,
1528:13, 1528:14,
1538:1, 1538:16,
1546:18, 1547:21,
1552:14, 1556:8,
1556:10, 1573:22,
1574:3, 1575:21,
1576:5, 1581:25,
1582:15, 1583:15,
1592:25, 1612:1,
1617:15, 1625:17
   **background** [5] -
1517:3, 1558:13,
1590:19, 1591:2,
1597:8
   **backwards** [1] -
1611:25
   **balance** [1] -
1581:16
   **Ballard** [2] - 1513:14,
1515:25
   **BARBIER** [1] -
1507:12
   **Barbier's** [1] -
1537:10
   **Barnett** [1] - 1594:12
   **BARNETT** [2] -
1512:10, 1594:18
   **BARR** [1] - 1507:22
   **barrel** [2] - 1538:15,
1580:4
   **barrels** [37] -
1537:13, 1538:8,
1538:9, 1538:11,
1548:17, 1548:24,
1549:3, 1553:22,
1553:25, 1554:10,
1554:11, 1554:12,
1559:18, 1563:25,
1564:1, 1569:7,
1576:10, 1576:17,
1577:8, 1577:24,
1578:24, 1590:9,
1591:6, 1597:6,
1613:2, 1613:3,
1613:15, 1620:9,
1620:21, 1622:18,
1622:24, 1623:9,
1624:7
   **BARRY** [1] - 1509:13
   **base** [10] - 1526:25,
1527:3, 1527:12,
1527:16, 1527:17,

1527:24, 1531:7,
1531:11, 1531:12,
1624:14
   **based** [19] - 1558:25,
1560:3, 1563:10,
1566:25, 1576:18,
1577:17, 1578:1,
1578:2, 1582:7,
1583:4, 1583:13,
1592:10, 1595:3,
1596:20, 1604:12,
1604:23, 1608:10,
1619:4
   **bases** [1] - 1621:4
   **basic** [3] - 1604:1,
1604:5, 1605:19
   **basically** [1] -
1529:10
   **basis** [1] - 1617:2
   **Baylen** [1] - 1507:22
   **be** [86] - 1514:12,
1515:3, 1515:5,
1515:9, 1518:11,
1518:19, 1519:8,
1521:15, 1521:18,
1521:19, 1521:22,
1525:10, 1529:1,
1529:5, 1530:3,
1531:19, 1531:20,
1531:21, 1531:22,
1533:8, 1536:9,
1537:8, 1537:23,
1538:21, 1541:8,
1544:19, 1545:4,
1545:14, 1545:16,
1545:20, 1545:22,
1546:1, 1546:9,
1546:10, 1546:20,
1550:6, 1550:25,
1551:15, 1558:21,
1559:7, 1560:2,
1561:12, 1561:18,
1563:22, 1565:11,
1565:22, 1568:15,
1569:8, 1571:21,
1572:10, 1574:12,
1575:9, 1575:23,
1578:4, 1579:16,
1579:18, 1579:19,
1581:23, 1584:25,
1586:13, 1587:18,
1588:7, 1590:1,
1593:14, 1593:18,
1594:9, 1595:6,
1596:19, 1600:8,
1612:17, 1613:22,
1615:12, 1616:17,
1617:15, 1617:25,
1618:6, 1619:1,
1619:6, 1620:18,

1621:6, 1621:12,
1621:13, 1622:2,
1623:23, 1624:24
   **Beach** [1] - 1511:9
   **bear** [1] - 1546:13
   **became** [2] -
1539:13, 1618:21
   **because** [37] -
1515:13, 1529:1,
1529:7, 1530:4,
1545:21, 1549:19,
1558:20, 1559:15,
1562:13, 1563:2,
1563:17, 1569:12,
1571:12, 1572:6,
1572:19, 1575:16,
1577:1, 1578:13,
1580:6, 1582:4,
1583:16, 1585:2,
1589:6, 1590:14,
1597:25, 1602:21,
1604:19, 1610:20,
1612:3, 1612:9,
1612:18, 1613:20,
1614:1, 1614:13,
1614:16, 1617:11,
1625:14
   **become** [3] -
1518:17, 1518:20,
1579:16
   **been** [18] - 1513:15,
1515:23, 1516:1,
1517:8, 1519:8,
1533:25, 1542:22,
1560:12, 1568:4,
1581:21, 1586:19,
1590:7, 1590:21,
1595:5, 1599:8,
1599:17, 1604:4,
1623:16
   **before** [28] - 1513:6,
1517:22, 1536:20,
1539:13, 1542:7,
1545:24, 1556:25,
1574:9, 1574:21,
1574:25, 1575:5,
1583:15, 1592:3,
1593:1, 1594:6,
1596:1, 1600:24,
1602:13, 1603:19,
1603:21, 1603:23,
1612:3, 1612:4,
1612:5, 1612:8,
1612:11, 1624:1,
1624:19
   **BEFORE** [1] -
1507:12
   **began** [1] - 1518:15
   **begin** [1] - 1518:14
   **beginning** [7] -

1538:19, 1551:25,
1557:9, 1566:4,
1579:1, 1580:11,
1582:16
   **begins** [1] - 1567:6
   **behalf** [5] - 1513:12,
1513:20, 1516:21,
1558:3, 1593:15
   **behavior** [1] - 1586:4
   **behind** [1] - 1537:22
   **being** [3] - 1525:21,
1528:14, 1557:23,
1563:11, 1572:16,
1573:6, 1573:17,
1580:21, 1580:23,
1581:5, 1593:21,
1608:22, 1619:20
   **believe** [18] -
1525:24, 1539:14,
1541:1, 1546:15,
1549:10, 1561:11,
1562:16, 1565:3,
1575:21, 1593:23,
1598:7, 1603:19,
1612:15, 1614:8,
1614:11, 1614:12,
1616:4, 1616:22
   **believing** [1] -
1570:12
   **below** [4] - 1559:13,
1563:21, 1610:4,
1611:10
   **benefit** [1] - 1537:10
   **benefits** [1] - 1542:9
   **Benefits** [1] -
1547:23
   **Benson** [4] -
1512:13, 1512:14,
1594:9, 1594:21
   **BENSON** [14] -
1508:19, 1594:21,
1595:9, 1595:19,
1596:7, 1601:21,
1602:6, 1602:8,
1620:23, 1621:19,
1622:4, 1622:5,
1625:12, 1625:16
   **best** [18] - 1520:21,
1553:16, 1564:18,
1571:7, 1591:10,
1609:14, 1609:17,
1610:5, 1611:3,
1615:8, 1618:16,
1623:16, 1623:17,
1623:19, 1624:6,
1625:2, 1625:3,
1626:7
   **BETHANY** [1] -
1508:20
   **better** [7] - 1564:17,

1573:24, 1574:5,
1580:9, 1618:1,
1622:20, 1622:21
   **between** [19] -
1516:3, 1523:25,
1543:16, 1577:23,
1578:11, 1586:25,
1604:16, 1605:8,
1605:16, 1605:18,
1605:24, 1606:11,
1608:12, 1609:20,
1610:11, 1610:22,
1617:18, 1620:21,
1623:21
   **beyond** [2] -
1581:20, 1614:16
   **big** [2] - 1579:17,
1602:17
   **biggest** [2] - 1599:7,
1614:14
   **Bill** [1] - 1569:25
   **BINGHAM** [1] -
1510:9
   **bit** [20] - 1528:18,
1537:9, 1540:13,
1553:8, 1553:24,
1565:23, 1570:8,
1571:6, 1576:19,
1576:21, 1576:23,
1602:22, 1609:22,
1618:21, 1618:22,
1618:24, 1619:1,
1619:24, 1623:17,
1624:1
   **black** [6] - 1611:9,
1611:12, 1611:15,
1616:18, 1620:16,
1620:18
   **blocking** [1] -
1564:19
   **blow** [7] - 1544:19,
1546:1, 1546:21,
1553:8, 1558:23,
1567:18, 1592:3
   **blown** [7] - 1519:8,
1522:2, 1542:24,
1544:25, 1545:20,
1545:25, 1583:18
   **blown-up** [1] -
1583:18
   **blowout** [21] -
1519:13, 1520:8,
1520:18, 1530:6,
1540:19, 1541:10,
1542:20, 1542:22,
1542:23, 1542:24,
1543:1, 1543:2,
1543:3, 1543:9,
1543:14, 1543:19,
1543:24, 1579:25,

1580:11, 1600:9
**blue** [2] - 1607:20
**Blunt** [3] - 1536:12, 1536:15, 1536:25
**blunt** [4] - 1515:9, 1515:10, 1515:13, 1515:16
**Blunts** [1] - 1536:16
**Blvd** [1] - 1511:15
**board** [1] - 1587:21
**Board's** [1] - 1600:3
**Bob** [12] - 1520:14, 1522:16, 1522:19, 1522:22, 1523:10, 1523:23, 1523:25, 1530:22, 1542:6, 1552:14, 1571:17, 1592:19
**body** [2] - 1588:9, 1599:20
**bold** [2] - 1559:3, 1559:11
**BOLES** [23] - 1509:19, 1536:22, 1536:23, 1536:25, 1537:2, 1547:6, 1554:6, 1562:23, 1562:24, 1567:22, 1568:2, 1568:4, 1568:9, 1568:15, 1568:25, 1570:16, 1570:19, 1581:25, 1582:2, 1590:19, 1590:25, 1591:4, 1591:16
**Boles** [8] - 1512:7, 1536:13, 1536:15, 1536:22, 1537:3, 1537:5, 1585:1, 1590:21
**book** [9] - 1574:21, 1574:22, 1574:23, 1574:24, 1574:25, 1575:1, 1575:15, 1575:16, 1575:21
**BOP** [36] - 1528:7, 1586:15, 1605:6, 1605:9, 1605:12, 1607:20, 1608:13, 1608:25, 1609:3, 1609:20, 1610:2, 1610:3, 1610:11, 1610:13, 1610:14, 1610:22, 1611:3, 1611:9, 1611:15, 1611:16, 1612:17, 1612:19, 1613:8, 1614:25, 1618:4, 1618:7, 1618:12, 1619:17, 1623:21,

1624:4, 1624:11, 1624:12, 1624:22, 1624:23, 1625:4, 1625:6
**boss** [1] - 1570:4
**boss's** [1] - 1570:4
**both** [8] - 1519:25, 1520:15, 1525:3, 1531:16, 1598:21, 1600:20, 1604:3, 1608:14
**bottle** [1] - 1581:2
**bottom** [21] - 1528:16, 1537:10, 1537:13, 1537:15, 1553:12, 1561:15, 1563:21, 1564:16, 1566:23, 1572:14, 1573:23, 1605:5, 1605:9, 1606:11, 1608:6, 1608:9, 1608:12, 1608:25, 1609:3, 1610:11
**bounding** [2] - 1538:14, 1549:9
**bounds** [1] - 1534:8
**BOWMAN** [1] - 1509:23
**box** [3] - 1507:19, 1606:22, 1616:18
**Box** [3] - 1508:22, 1508:25, 1511:5
**BP** [91] - 1507:10, 1509:1, 1509:2, 1509:3, 1509:3, 1509:4, 1509:4, 1513:9, 1513:20, 1520:1, 1520:4, 1520:10, 1520:11, 1520:12, 1520:15, 1520:16, 1522:10, 1523:16, 1523:18, 1523:24, 1523:25, 1524:14, 1525:3, 1525:12, 1526:1, 1527:1, 1529:23, 1529:24, 1530:15, 1530:19, 1530:20, 1533:15, 1535:12, 1535:14, 1535:16, 1535:18, 1537:3, 1538:17, 1538:19, 1538:24, 1539:2, 1539:7, 1541:2, 1541:11, 1541:16, 1542:8, 1543:21, 1547:20, 1549:23, 1550:3, 1550:8, 1554:16, 1557:5, 1558:25, 1560:3,

1567:13, 1569:2, 1569:8, 1569:11, 1569:12, 1570:12, 1571:4, 1572:1, 1572:16, 1573:7, 1582:5, 1582:17, 1585:11, 1587:14, 1587:17, 1587:20, 1591:1, 1591:9, 1591:11, 1591:14, 1591:23, 1592:13, 1592:15, 1593:15, 1594:13, 1595:6, 1609:10, 1612:15, 1617:17, 1619:25, 1620:3, 1620:8, 1620:13, 1621:1
**BP's** [8] - 1526:14, 1538:25, 1544:1, 1546:16, 1552:5, 1582:7, 1591:13, 1592:10
**bracket** [3] - 1527:12, 1527:16, 1592:24
**bracketing** [9] - 1527:5, 1527:11, 1527:15, 1549:17, 1549:18, 1549:19, 1567:5, 1569:6, 1572:24
**brackets** [1] - 1549:19
**BRAD** [1] - 1510:21
**BRANCH** [1] - 1508:24
**break** [2] - 1514:17, 1519:11
**BRENNAN** [1] - 1510:18
**BRIAN** [2] - 1507:22, 1510:21
**BRIDGET** [1] - 1509:9
**brief** [1] - 1519:15
**briefly** [1] - 1517:3
**bring** [3] - 1558:6, 1594:15, 1621:17
**bringing** [1] - 1576:23
**broaching** [3] - 1519:12, 1520:8, 1520:17
**Broad** [1] - 1508:4
**broad** [2] - 1596:11, 1597:15
**Broadway** [1] - 1507:25
**BROCK** [7] - 1509:8, 1515:7, 1515:21,

1516:6, 1536:11, 1536:18, 1536:20
**brought** [6] - 1536:18, 1575:21, 1587:21, 1588:8, 1621:10, 1621:13
**BRUCE** [1] - 1509:23
**build** [4] - 1543:13, 1544:5, 1545:10, 1545:21
**building** [1] - 1543:5
**builds** [1] - 1545:25
**buildup** [1] - 1547:13
**built** [5] - 1600:8, 1600:10, 1614:10, 1616:12, 1620:1
**bullet** [3] - 1539:3, 1604:24, 1618:3
**bullets** [2] - 1517:20, 1617:10
**BURLING** [1] - 1509:8
**burst** [2] - 1522:12, 1522:18
**Bushnell** [5] - 1620:24, 1621:11, 1621:15, 1622:7, 1622:13
**Bushnell's** [1] - 1621:21
**busy** [1] - 1558:20
**but** [77] - 1515:4, 1515:17, 1519:5, 1520:13, 1520:20, 1522:20, 1523:4, 1528:18, 1529:11, 1532:19, 1534:25, 1536:15, 1537:15, 1539:18, 1540:23, 1542:5, 1542:12, 1544:12, 1545:25, 1546:3, 1546:10, 1546:13, 1547:17, 1548:23, 1551:14, 1552:19, 1554:6, 1556:5, 1556:17, 1557:20, 1559:6, 1560:8, 1560:18, 1560:21, 1563:17, 1563:21, 1564:20, 1565:24, 1566:4, 1568:3, 1568:11, 1569:7, 1569:11, 1573:23, 1574:16, 1575:15, 1579:3, 1579:20, 1579:23, 1580:8, 1581:9, 1581:23, 1582:14, 1583:15, 1584:9, 1586:18, 1586:20,

1586:23, 1588:3, 1588:11, 1592:2, 1598:20, 1601:1, 1601:6, 1603:10, 1604:5, 1609:22, 1611:11, 1611:13, 1611:17, 1614:1, 1616:8, 1617:12, 1617:17, 1622:13, 1624:3, 1624:10
**buy** [1] - 1606:20
**BY** [44] - 1507:3, 1507:16, 1507:18, 1507:22, 1507:24, 1508:1, 1508:4, 1508:6, 1508:13, 1508:17, 1508:24, 1509:5, 1509:8, 1509:11, 1509:16, 1509:19, 1509:22, 1510:2, 1510:7, 1510:10, 1510:15, 1510:18, 1510:21, 1511:4, 1511:8, 1511:11, 1511:14, 1511:17, 1516:23, 1537:2, 1547:6, 1553:19, 1554:14, 1562:24, 1568:25, 1570:19, 1582:2, 1585:18, 1591:4, 1591:21, 1595:19, 1596:7, 1602:8, 1622:5
**by** [67] - 1508:9, 1511:22, 1511:23, 1512:6, 1512:7, 1512:8, 1512:13, 1512:14, 1515:4, 1518:10, 1519:5, 1521:11, 1521:14, 1521:15, 1521:25, 1525:3, 1526:12, 1526:21, 1528:13, 1528:19, 1530:14, 1532:18, 1532:22, 1533:10, 1533:21, 1535:1, 1535:12, 1539:16, 1540:18, 1540:20, 1542:22, 1543:12, 1543:17, 1543:19, 1544:25, 1547:16, 1551:14, 1553:10, 1557:10, 1557:23, 1560:2, 1563:22, 1565:19, 1568:7, 1573:7, 1574:20, 1575:6, 1580:9, 1581:8, 1584:4, 1584:16, 1586:18, 1587:2,

1590:8, 1590:19,
1591:1, 1592:19,
1595:6, 1603:21,
1611:12, 1614:22,
1615:8, 1620:8,
1620:13, 1620:24,
1621:24, 1622:12

# C

**C** [10] - 1509:8,
1513:1, 1555:6,
1586:11, 1586:19,
1587:1, 1587:7,
1587:9, 1587:12,
1619:2
**CA** [2] - 1509:20,
1510:24
**calculate** [18] -
1548:21, 1550:9,
1592:20, 1592:22,
1596:22, 1605:13,
1606:19, 1609:20,
1610:12, 1612:22,
1613:8, 1613:10,
1615:17, 1616:2,
1616:9, 1616:24,
1617:24, 1618:7
**calculated** [5] -
1597:1, 1612:20,
1618:9, 1619:16,
1619:19
**calculating** [1] -
1518:11
**calculation** [16] -
1527:11, 1538:14,
1549:9, 1569:6,
1583:5, 1583:7,
1583:8, 1609:15,
1611:4, 1620:11,
1622:12, 1623:16,
1624:7, 1624:9,
1624:10, 1625:8
**calculational** [1] -
1617:24
**calculations** [21] -
1513:8, 1549:4,
1549:18, 1549:19,
1550:10, 1559:7,
1559:20, 1560:25,
1567:5, 1572:24,
1575:25, 1585:3,
1614:2, 1614:5,
1614:13, 1619:21,
1620:7, 1623:13,
1623:18, 1624:15,
1625:13
**calibrated** [1] -
1606:24
**California** [1] -

1517:2
**call** [14] - 1514:11,
1514:18, 1517:23,
1521:9, 1523:6,
1528:10, 1533:9,
1551:23, 1551:25,
1552:2, 1576:23,
1581:14, 1622:24,
1623:13
**called** [15] - 1518:12,
1519:12, 1519:16,
1519:23, 1526:25,
1527:4, 1535:23,
1565:16, 1580:14,
1581:16, 1586:11,
1590:8, 1591:6,
1606:21, 1620:14
**calling** [1] - 1547:3,
1551:20
**callout** [3] - 1521:3,
1531:3, 1560:14
**calls** [1] - 1602:12
**came** [21] - 1524:18,
1535:13, 1537:16,
1538:5, 1550:15,
1550:17, 1552:4,
1555:23, 1556:22,
1558:8, 1573:5,
1573:8, 1576:9,
1577:24, 1583:1,
1585:8, 1585:14,
1585:15, 1590:3,
1613:12
**Camp** [1] - 1508:10
**Can** [1] - 1620:5
**can** [67] - 1515:14,
1515:16, 1516:24,
1517:3, 1517:16,
1518:11, 1521:2,
1521:25, 1523:1,
1523:9, 1526:5,
1526:8, 1528:11,
1529:5, 1530:7,
1532:22, 1533:11,
1535:2, 1535:3,
1553:1, 1553:4,
1553:8, 1558:19,
1560:17, 1560:25,
1563:22, 1565:22,
1568:13, 1568:14,
1568:22, 1579:13,
1589:20, 1591:10,
1591:22, 1592:2,
1595:6, 1595:9,
1595:22, 1596:17,
1598:6, 1604:9,
1605:17, 1606:20,
1607:16, 1607:25,
1609:13, 1609:22,
1610:1, 1613:1,

1613:8, 1614:8,
1614:22, 1615:17,
1616:2, 1616:3,
1616:23, 1618:4,
1619:15, 1621:9,
1621:20, 1622:10,
1623:17, 1624:2,
1625:12, 1625:19
**can't** [5] - 1515:4,
1560:3, 1568:12,
1575:14, 1611:13
**Canebrake** [1] -
1511:15
**Capitol** [1] - 1511:12
**capped** [1] - 1517:22
**capping** [27] -
1519:1, 1519:5,
1521:7, 1522:24,
1528:6, 1528:14,
1530:10, 1531:14,
1532:1, 1542:13,
1543:12, 1543:23,
1544:2, 1544:5,
1544:19, 1544:22,
1546:21, 1561:21,
1561:24, 1562:1,
1563:7, 1577:1,
1605:6, 1607:22,
1608:14, 1609:3,
1619:17
**captures** [1] -
1622:16
**care** [1] - 1536:12
**career** [2] - 1600:15,
1600:25
**carefully** [1] -
1611:23
**CARL** [1] - 1507:12
**carry** [1] - 1517:12
**case** [36] - 1514:12,
1515:2, 1519:9,
1522:5, 1526:25,
1527:3, 1527:12,
1527:16, 1527:17,
1527:20, 1527:23,
1527:24, 1531:7,
1531:11, 1531:12,
1536:17, 1541:21,
1546:9, 1547:2,
1575:9, 1584:11,
1596:18, 1599:2,
1601:15, 1601:19,
1607:10, 1609:22,
1610:6, 1618:10,
1618:13, 1621:12,
1621:13, 1621:23,
1622:8, 1622:17,
1622:20
**cases** [2] - 1563:5,
1572:22

**casing** [6] - 1519:8,
1519:10, 1522:3,
1544:24, 1607:20,
1610:2
**categories** [1] -
1605:19
**cause** [17] - 1519:10,
1521:23, 1522:11,
1522:15, 1522:25,
1543:1, 1543:2,
1543:8, 1543:13,
1543:14, 1543:19,
1543:20, 1543:24,
1544:2, 1544:8,
1546:8, 1547:8
**caused** [2] -
1542:22, 1586:18
**causing** [1] -
1522:18
**CCR** [3] - 1511:19,
1626:4, 1626:12
**cells** [1] - 1563:12
**cement** [2] -
1586:15, 1586:18
**Center** [1] - 1510:3
**center** [1] - 1564:18
**central** [1] - 1556:7
**Centre** [1] - 1510:16
**CERNICH** [1] -
1508:19
**certain** [4] - 1519:6,
1582:4, 1599:18,
1615:5
**certainly** [5] -
1598:20, 1602:22,
1614:10, 1623:1,
1625:16
**CERTIFICATE** [1] -
1626:2
**certify** [1] - 1626:6
**CFD** [1] - 1622:12
**chain** [1] - 1570:4
**chaired** [1] - 1543:17
**CHAKERES** [1] -
1508:18
**challenged** [1] -
1609:10
**challenges** [1] -
1598:2
**chance** [1] - 1514:9
**change** [8] - 1578:1,
1578:2, 1578:9,
1579:17, 1587:12,
1606:14, 1606:15,
1607:12
**changed** [5] -
1524:22, 1560:9,
1560:12, 1587:10,
1587:12
**changes** [11] -

1579:24, 1580:1,
1580:11, 1610:12,
1610:19, 1610:20,
1610:23, 1614:1,
1618:4, 1618:15
**changing** [4] -
1579:12, 1579:13,
1580:7, 1580:10
**channel** [2] -
1555:19, 1556:9
**channel-shaped** [1]
- 1556:9
**channels** [5] -
1588:2, 1588:4,
1588:7, 1588:14,
1589:1
**character** [1] -
1605:22
**Characteristics** [1] -
1526:9
**characterization** [1]
- 1579:10
**characterize** [2] -
1586:8, 1586:16
**Charles** [1] - 1508:5
**chart** [7] - 1521:11,
1561:8, 1563:12,
1563:21, 1582:20,
1583:18, 1593:1
**check** [2] - 1578:3,
1617:19
**chess** [1] - 1513:7
**Chicago** [1] -
1509:14
**Chief** [1] - 1594:13
**choices** [1] -
1621:12
**choke** [9] - 1528:15,
1605:7, 1607:23,
1607:24, 1608:15,
1609:4, 1610:18,
1618:11, 1619:20
**choked** [1] - 1528:14
**choking** [1] -
1528:13
**choose** [2] -
1597:21, 1610:5
**chose** [1] - 1563:25
**Chu** [15] - 1515:23,
1516:6, 1533:22,
1555:14, 1556:11,
1556:24, 1573:8,
1573:10, 1573:13,
1573:24, 1574:2,
1574:3, 1591:24,
1592:4, 1592:18
**Cindy** [3] - 1523:24,
1524:1
**circle** [1] - 1609:1
**circulated** [2] -

1513:15, 1515:23
**civil** [1] - 1517:5
**CIVIL** [2] - 1507:5, 1508:24
**claim** [1] - 1553:15
**claimed** [1] - 1618:5
**clarify** [1] - 1562:16
**clarifying** [1] - 1562:23
**classic** [2] - 1575:3, 1575:17
**classical** [2] - 1619:5
**clear** [7] - 1521:21, 1522:19, 1542:2, 1545:18, 1547:18, 1559:24, 1585:17
**clearly** [2] - 1569:15, 1623:25
**CLERK** [5] - 1516:15, 1593:11, 1595:11, 1595:14, 1625:19
**CLIP** [2] - 1512:10, 1594:18
**clip** [1] - 1516:6
**clock** [1] - 1513:7
**close** [5] - 1578:12, 1599:18, 1610:17, 1615:23, 1622:18
**closed** [7] - 1518:1, 1519:2, 1527:14, 1528:16, 1530:3, 1531:18, 1609:5
**closely** [1] - 1599:4
**closer** [1] - 1553:21
**closest** [2] - 1553:13, 1554:12
**closing** [4] - 1522:3, 1522:14, 1618:11
**closure** [1] - 1531:21
**coarser** [2] - 1579:2, 1579:19
**coauthor** [1] - 1575:6
**code** [3] - 1619:25, 1620:13, 1620:14
**codes** [2] - 1614:20, 1620:2
**coefficient** [17] - 1586:11, 1586:19, 1587:1, 1607:6, 1607:7, 1607:8, 1607:9, 1607:13, 1608:11, 1609:19, 1616:10, 1619:6, 1620:17, 1620:19, 1622:15, 1623:20, 1624:12
**coefficients** [5] - 1608:17, 1609:8,

1612:21, 1619:4, 1619:7
**colleague** [1] - 1536:12
**colleagues** [1] - 1519:21
**collected** [7] - 1596:21, 1605:2, 1608:20, 1608:22, 1614:14, 1617:20, 1617:21
**collection** [3] - 1600:4, 1608:23, 1609:6
**collectively** [2] - 1600:4, 1615:1
**COLLIER** [1] - 1509:13
**column** [3] - 1583:25, 1584:13, 1584:20
**columns** [3] - 1583:17, 1585:10, 1585:13
**combination** [1] - 1581:14
**combinations** [1] - 1562:11
**combined** [2] - 1534:25, 1607:21
**come** [15] - 1527:14, 1530:2, 1534:1, 1534:4, 1534:7, 1537:19, 1541:17, 1556:23, 1564:1, 1575:5, 1603:7, 1604:15, 1615:9, 1615:19, 1625:17
**comes** [1] - 1591:12
**coming** [4] - 1518:6, 1534:5, 1561:21, 1585:21
**command** [1] - 1570:4
**comment** [2] - 1568:14, 1569:8
**commented** [1] - 1530:20
**comments** [1] - 1523:10
**commercial** [2] - 1619:25, 1620:2
**communicated** [1] - 1569:15
**communications** [1] - 1612:10
**COMPANY** [3] - 1509:2, 1509:2, 1510:6
**compare** [2] -

1616:23, 1620:2
**compared** [1] - 1553:16
**comparison** [1] - 1617:22
**compendium** [1] - 1529:18
**COMPLAINT** [1] - 1507:7
**complexities** [1] - 1622:16
**components** [1] - 1598:12
**composed** [1] - 1519:21
**compress** [1] - 1552:11
**compressibilities** [14] - 1531:12, 1551:11, 1551:14, 1553:10, 1556:24, 1562:2, 1563:2, 1563:6, 1563:15, 1564:22, 1565:10, 1573:11, 1574:7, 1592:24
**compressibility** [81] - 1524:11, 1524:15, 1524:16, 1524:18, 1524:23, 1526:18, 1527:7, 1527:8, 1527:18, 1530:16, 1530:17, 1530:19, 1530:20, 1531:11, 1533:16, 1537:9, 1537:20, 1538:21, 1539:24, 1540:5, 1540:11, 1540:23, 1541:8, 1541:21, 1542:1, 1547:8, 1547:14, 1547:17, 1548:7, 1549:5, 1549:11, 1549:15, 1549:25, 1550:21, 1550:23, 1552:1, 1552:11, 1552:23, 1553:12, 1555:6, 1555:21, 1556:13, 1556:14, 1557:15, 1557:19, 1557:23, 1558:12, 1560:6, 1560:19, 1561:2, 1561:4, 1561:7, 1561:14, 1563:11, 1563:14, 1563:18, 1564:5, 1564:13, 1564:21, 1565:7, 1565:25, 1567:3, 1567:9, 1567:11, 1569:3, 1569:12,

1569:18, 1570:9, 1571:3, 1572:16, 1573:17, 1573:25, 1574:5, 1574:10, 1574:13, 1574:15, 1575:10, 1575:24, 1592:7, 1592:10
**computational** [2] - 1615:3, 1616:5
**computed** [2] - 1527:15, 1527:16
**computer** [4] - 1511:23, 1517:13, 1520:7, 1601:23
**concern** [27] - 1522:11, 1522:13, 1522:17, 1543:4, 1544:4, 1544:20, 1544:21, 1544:23, 1546:3, 1546:13, 1546:15, 1546:16, 1546:19, 1546:22, 1546:24, 1546:25, 1555:25, 1556:3, 1557:6, 1557:11, 1569:20, 1570:22, 1570:24, 1571:8, 1571:9, 1588:16, 1602:17
**concerned** [7] - 1543:11, 1545:24, 1546:1, 1555:15, 1557:21, 1618:22, 1618:24
**concerns** [6] - 1544:23, 1569:23, 1573:4, 1573:5, 1573:8
**conclude** [3] - 1597:4, 1624:2, 1625:6
**concluded** [1] - 1550:25
**conclusion** [13] - 1521:18, 1529:13, 1535:20, 1555:23, 1562:12, 1563:10, 1563:18, 1563:19, 1563:20, 1564:2, 1565:6, 1590:4
**conclusions** [1] - 1525:2
**conclusively** [1] - 1618:14
**condition** [2] - 1608:22, 1616:3
**conditions** [7] - 1608:21, 1615:11, 1615:18, 1615:22, 1622:24, 1623:2,

1623:3
**condolences** [1] - 1516:12
**conduct** [4] - 1519:24, 1536:13, 1536:14, 1536:15
**conducted** [1] - 1519:25
**conference** [2] - 1523:6, 1601:2
**confidence** [1] - 1617:3
**confirm** [2] - 1551:25, 1616:25
**confused** [1] - 1571:21
**connect** [1] - 1589:2
**connected** [13] - 1526:19, 1588:7, 1588:9, 1588:10, 1588:22, 1588:23, 1589:4, 1589:7, 1589:17, 1589:20, 1589:22, 1589:25, 1608:6
**connection** [1] - 1612:11
**connectivity** [2] - 1588:13, 1589:1
**consensus** [3] - 1534:6, 1534:12, 1576:9
**conservation** [5] - 1581:13, 1581:17, 1604:13, 1610:21
**conservative** [1] - 1581:15
**considered** [3] - 1521:15, 1551:13, 1592:16
**consist** [1] - 1526:17
**consisted** [1] - 1521:7
**consistent** [3] - 1539:4, 1617:14, 1622:2
**consists** [1] - 1604:11
**constant** [6] - 1587:4, 1587:7, 1607:2, 1620:17, 1620:19, 1622:15
**constants** [5] - 1604:19, 1604:20, 1604:21, 1605:1, 1607:5
**constrains** [1] - 1624:1
**construct** [2] - 1602:23, 1616:1

construction [1] - 1520:5
consultant [1] - 1587:21
consulted [1] - 1588:21
contain [2] - 1522:7, 1535:5
contained [1] - 1525:25
containing [1] - 1530:9
containment [2] - 1598:11, 1598:23
contains [1] - 1604:19
continual [2] - 1621:11, 1621:17
continue [4] - 1531:24, 1573:17, 1573:24, 1574:4
continued [3] - 1552:6, 1600:1, 1602:25
continuity [1] - 1565:24
contractor [1] - 1594:13
contradict [1] - 1616:22
control [2] - 1515:4, 1613:16
Control [1] - 1594:13
convenient [2] - 1559:7, 1559:16
conversation [4] - 1523:2, 1523:4, 1540:13, 1552:8
conversely [1] - 1522:6
conversion [7] - 1532:22, 1559:15, 1559:20, 1584:24, 1590:11, 1591:5
conversions [1] - 1560:12
convert [2] - 1532:22, 1560:7
converting [1] - 1559:17
converts [1] - 1584:20
conveyed [1] - 1592:18
Cook [1] - 1574:20
copied [1] - 1556:5
copies [1] - 1525:16
copy [3] - 1539:20, 1540:2, 1543:22
copyrights [1] -

1600:19
core [7] - 1524:19, 1538:22, 1539:23, 1550:22, 1551:1, 1571:20, 1592:15
cores [4] - 1538:20, 1550:16, 1550:18, 1584:17
COREY [1] - 1508:13
corner [1] - 1567:18
corporate [1] - 1601:3
corporate-titled [1] - 1601:3
CORPORATION [2] - 1509:3, 1510:6
correct [85] - 1526:10, 1537:21, 1537:24, 1538:13, 1539:1, 1539:3, 1539:4, 1539:13, 1539:17, 1540:6, 1540:16, 1545:8, 1545:23, 1546:2, 1547:10, 1547:24, 1548:8, 1548:14, 1548:18, 1549:15, 1550:18, 1551:12, 1553:4, 1553:23, 1554:1, 1554:17, 1554:18, 1555:7, 1557:13, 1557:14, 1558:14, 1559:1, 1559:5, 1560:21, 1561:5, 1563:23, 1563:24, 1564:6, 1564:11, 1564:24, 1566:3, 1566:18, 1567:7, 1569:19, 1569:22, 1570:10, 1572:18, 1573:3, 1575:4, 1575:8, 1575:19, 1576:11, 1576:15, 1577:2, 1577:8, 1577:13, 1578:19, 1578:25, 1579:4, 1579:8, 1580:6, 1581:6, 1582:18, 1582:22, 1582:23, 1583:8, 1583:20, 1584:7, 1584:18, 1586:5, 1586:10, 1586:14, 1587:5, 1587:8, 1587:24, 1589:21, 1590:5, 1590:10, 1590:13, 1591:14, 1597:20, 1606:17, 1607:4, 1612:7, 1626:6

corrected [1] - 1611:17
correction [1] - 1582:9
corrections [1] - 1624:20
correctly [1] - 1545:6
correlations [2] - 1619:5, 1619:6
could [53] - 1514:9, 1519:1, 1519:2, 1519:7, 1519:8, 1519:11, 1519:12, 1522:2, 1522:11, 1533:8, 1539:9, 1541:24, 1542:24, 1543:7, 1543:13, 1543:19, 1543:20, 1544:5, 1545:10, 1545:19, 1545:20, 1546:1, 1546:21, 1547:5, 1551:15, 1553:4, 1563:4, 1563:6, 1563:11, 1563:14, 1565:11, 1569:8, 1574:12, 1580:24, 1582:9, 1585:25, 1589:8, 1596:17, 1598:5, 1601:13, 1603:13, 1604:8, 1612:25, 1614:7, 1616:4, 1617:7, 1617:9, 1619:14, 1621:19, 1621:24, 1622:6, 1623:15
couldn't [2] - 1529:12, 1593:22
counsel [4] - 1560:17, 1567:20, 1591:23, 1592:2
Count [1] - 1511:8
counter [2] - 1598:15, 1598:16
countering [1] - 1598:17
couple [10] - 1556:17, 1564:8, 1569:16, 1577:3, 1599:13, 1604:12, 1618:13, 1619:13, 1623:23, 1625:15
course [5] - 1515:4, 1519:4, 1581:1, 1599:3, 1600:25
COURT [59] - 1507:1, 1511:19, 1513:5, 1513:6, 1513:16, 1513:22, 1513:25, 1514:4, 1514:8,

1514:14, 1514:20, 1514:24, 1515:1, 1515:6, 1515:19, 1516:4, 1516:7, 1516:10, 1516:19, 1536:9, 1536:16, 1536:19, 1536:22, 1536:24, 1547:4, 1553:8, 1554:8, 1562:16, 1562:22, 1568:5, 1568:13, 1568:17, 1568:21, 1570:17, 1581:20, 1582:1, 1585:1, 1585:15, 1590:21, 1591:3, 1591:19, 1593:7, 1593:10, 1593:13, 1594:11, 1594:17, 1594:20, 1594:23, 1596:5, 1602:1, 1602:4, 1622:1, 1625:10, 1625:14, 1625:17
Court [10] - 1515:18, 1516:20, 1516:24, 1583:17, 1595:22, 1609:21, 1613:17, 1626:4, 1626:5, 1626:13
courtroom [1] - 1591:12
cover [5] - 1542:7, 1547:21, 1552:15, 1601:14, 1622:24
COVINGTON [1] - 1509:8
Cr [1] - 1563:23
CR [5] - 1526:17, 1548:7, 1561:15, 1564:5, 1567:6
cr [1] - 1527:7
CRAIG [1] - 1511:4
create [1] - 1533:5
Crisis [1] - 1532:17
criteria [19] - 1517:23, 1519:1, 1519:17, 1520:3, 1520:22, 1521:4, 1521:5, 1521:6, 1522:10, 1523:15, 1524:24, 1527:25, 1528:6, 1528:11, 1529:8, 1546:3, 1547:18, 1592:23
criticisms [2] - 1595:6, 1619:24
CROSS [2] - 1508:20, 1537:1

Cross [1] - 1512:7
cross [6] - 1513:14, 1513:21, 1515:4, 1536:18, 1591:24, 1595:7
Cross-Examination [1] - 1512:7
cross-examination [4] - 1513:14, 1513:21, 1591:24, 1595:7
CROSS-EXAMINATION [1] - 1537:1
CRR [2] - 1511:19, 1626:12
cubic [1] - 1559:18
cumulative [18] - 1533:6, 1533:11, 1537:13, 1538:5, 1538:7, 1538:11, 1566:20, 1569:16, 1575:25, 1576:9, 1576:16, 1576:17, 1577:7, 1580:4, 1596:13, 1600:22, 1614:6, 1625:7
curve [1] - 1620:16
curves [1] - 1619:19
custom [1] - 1595:4
cut [2] - 1576:25, 1591:1

## D

D [6] - 1509:13, 1510:7, 1510:21, 1512:1, 1513:1, 1625:9
D-24495 [1] - 1582:21
D.C [2] - 1509:17, 1510:11
D1301 [1] - 1517:15
D24389 [1] - 1576:5
daily [1] - 1557:5
Dallas [1] - 1509:25
damage [2] - 1519:7, 1523:13
damaged [1] - 1519:7
danger [3] - 1545:6, 1546:5, 1546:10
Darcy's [6] - 1580:20, 1580:23, 1581:6, 1581:9, 1581:14
dark [1] - 1607:20
Darvish [2] - 1514:12, 1514:19

**data** [76] - 1525:7, 1530:14, 1532:1, 1532:2, 1534:19, 1534:20, 1534:22, 1535:11, 1535:13, 1538:20, 1538:22, 1539:23, 1547:15, 1550:20, 1550:24, 1551:1, 1551:4, 1558:12, 1558:23, 1559:2, 1559:3, 1559:4, 1559:25, 1560:2, 1560:21, 1561:18, 1561:20, 1561:21, 1561:23, 1562:7, 1566:25, 1576:18, 1576:19, 1576:24, 1576:25, 1577:17, 1577:19, 1577:21, 1577:23, 1578:2, 1582:7, 1583:9, 1583:13, 1583:14, 1585:8, 1587:14, 1587:17, 1587:20, 1598:25, 1599:6, 1600:12, 1600:13, 1601:23, 1602:23, 1604:2, 1604:3, 1610:5, 1610:7, 1611:9, 1611:15, 1611:24, 1612:3, 1612:6, 1612:8, 1612:16, 1612:17, 1612:21, 1614:4, 1614:10, 1614:16, 1614:22, 1616:23, 1623:25, 1624:1, 1624:19
**date** [3] - 1524:3, 1524:4, 1563:8
**Daubert** [4] - 1594:3, 1594:23, 1602:2, 1602:3
**DAVID** [3] - 1511:14, 1512:10, 1594:18
**David** [1] - 1594:12
**DAVIS** [1] - 1510:22
**DAVIS-DENNY** [1] - 1510:22
**day** [28] - 1529:15, 1529:19, 1534:10, 1538:9, 1542:8, 1548:17, 1548:24, 1549:4, 1553:22, 1553:25, 1554:10, 1554:11, 1554:12, 1558:1, 1558:10, 1564:1, 1570:6, 1578:20, 1613:2, 1613:3, 1613:24,

1620:9, 1620:22, 1622:18, 1623:9
**DAY** [1] - 1507:11
**days** [36] - 1515:14, 1534:20, 1550:11, 1554:15, 1555:15, 1556:12, 1556:15, 1556:17, 1556:21, 1556:23, 1570:6, 1572:12, 1576:22, 1576:23, 1577:20, 1577:21, 1578:24, 1579:4, 1579:11, 1579:17, 1580:8, 1583:12, 1583:14, 1596:23, 1604:3, 1605:10, 1605:14, 1610:9, 1611:19, 1611:25, 1612:11, 1613:5, 1623:6, 1624:24, 1625:7
**DC** [3] - 1508:22, 1508:25, 1509:10
**deal** [1] - 1596:4
**dealt** [3] - 1544:7, 1544:24, 1621:20
**DEBORAH** [1] - 1510:7
**decay** [1] - 1612:19
**decaying** [1] - 1612:18
**decays** [1] - 1612:19
**December** [1] - 1603:19
**decide** [1] - 1611:22
**decided** [1] - 1519:14
**deciding** [1] - 1544:22
**decision** [6] - 1525:9, 1528:4, 1530:2, 1531:18, 1544:15, 1563:1
**decisions** [2] - 1531:13, 1544:14
**decline** [1] - 1562:25
**deduced** [1] - 1539:24
**DEEPWATER** [3] - 1507:4, 1510:13, 1510:14
**Deepwater** [4] - 1517:16, 1517:17, 1532:16, 1535:20
**defense** [2] - 1597:2
**define** [2] - 1573:25, 1574:5
**defining** [1] - 1580:20
**definite** [1] - 1572:17

**definitely** [3] - 1542:19, 1560:25, 1574:22
**definition** [1] - 1584:19
**definitive** [1] - 1529:13
**degree** [3] - 1517:4, 1564:16
**degrees** [2] - 1517:6, 1597:8
**delta** [5] - 1606:12, 1607:2, 1615:24, 1620:18, 1622:14
**Delta** [1] - 1606:14
**demonstrating** [1] - 1622:15
**Demonstrative** [16] - 1517:15, 1596:17, 1598:5, 1601:13, 1604:8, 1605:15, 1607:16, 1609:21, 1611:1, 1612:25, 1614:7, 1617:7, 1619:14, 1622:6, 1623:15, 1624:8
**demonstrative** [5] - 1576:4, 1585:10, 1606:2, 1620:5, 1625:9
**demonstratives** [1] - 1596:14
**DENNY** [1] - 1510:22
**density** [1] - 1524:11
**deny** [2] - 1568:14, 1594:25
**DEPARTMENT** [3] - 1508:16, 1508:23
**Department** [3] - 1519:22, 1544:10, 1604:2
**depended** [1] - 1569:17
**depicted** [1] - 1612:2
**Depletion/Build** [1] - 1526:9
**DEPOSITION** [2] - 1512:10, 1594:18
**deposition** [6] - 1515:23, 1539:10, 1571:10, 1593:18, 1594:6, 1621:5
**depositions** [1] - 1594:15
**DEPUTY** [5] - 1516:15, 1593:11, 1595:11, 1595:14, 1625:19
**derived** [1] - 1619:6
**describe** [16]

1517:3, 1517:17, 1517:20, 1526:5, 1579:20, 1604:9, 1604:16, 1605:17, 1607:17, 1608:1, 1609:13, 1609:23, 1613:1, 1615:8, 1619:15, 1622:10
**described** [7] - 1521:11, 1521:15, 1560:2, 1579:22, 1604:21, 1605:3, 1623:19
**describes** [3] - 1606:8, 1607:9, 1608:12
**describing** [1] - 1586:21
**description** [6] - 1537:15, 1560:13, 1571:11, 1608:4, 1614:18, 1615:14
**desirable** [1] - 1546:6
**detail** [2] - 1539:25, 1597:7
**detailed** [2] - 1524:6, 1614:18
**details** [2] - 1579:22, 1609:9
**detect** [1] - 1528:10
**detected** [1] - 1531:20
**detection** [22] - 1518:5, 1518:10, 1531:25, 1532:2, 1532:4, 1532:8, 1532:10, 1533:7, 1557:2, 1557:4, 1561:5, 1561:10, 1561:11, 1563:24, 1564:10, 1565:3, 1565:15, 1566:17, 1565:21, 1566:6, 1585:25, 1586:4
**determination** [3] - 1519:18, 1529:5, 1545:13
**determine** [11] - 1517:24, 1518:5, 1519:1, 1519:16, 1520:25, 1521:6, 1530:5, 1579:11, 1589:13, 1604:25, 1606:24
**determined** [2] - 1604:22, 1608:18
**determining** [2] - 1580:17, 1582:13
**develop** [8] -

1517:13, 1517:14, 1517:23, 1518:3, 1519:17, 1528:2, 1529:6, 1529:7
**developed** [9] - 1528:11, 1530:10, 1532:18, 1547:19, 1583:3, 1596:20, 1600:14, 1600:17
**developing** [6] - 1519:1, 1520:2, 1522:10, 1523:14, 1527:25, 1546:3
**Development** [1] - 1600:2
**develops** [1] - 1515:18
**deviate** [1] - 1555:16
**deviated** [1] - 1572:12
**device** [1] - 1606:20
**devices** [1] - 1598:12
**Dexter** [1] - 1508:14
**diagram** [9] - 1607:17, 1607:18, 1605:25, 1608:2, 1608:7, 1608:25, 1609:14, 1624:16
**diagrams** [1] - 1609:23
**diameter** [1] - 1615:13
**Diamond** [1] - 1511:1
**did** [151] - 1517:21, 1518:14, 1519:19, 1519:24, 1520:2, 1520:15, 1520:16, 1520:17, 1520:18, 1520:22, 1521:18, 1522:10, 1522:21, 1522:22, 1523:15, 1523:18, 1523:19, 1524:14, 1524:16, 1524:24, 1526:13, 1526:22, 1527:1, 1527:4, 1527:18, 1527:20, 1527:22, 1527:24, 1529:6, 1529:23, 1530:12, 1530:18, 1530:24, 1531:6, 1531:24, 1532:3, 1532:8, 1532:25, 1533:18, 1534:13, 1534:15, 1534:22, 1535:10, 1535:16, 1535:18, 1535:21, 1537:25, 1538:3, 1538:13, 1539:18, 1539:22,

1539:25, 1540:22, 1541:14, 1541:25, 1544:14, 1544:19, 1544:20, 1547:20, 1549:1, 1549:10, 1552:19, 1554:22, 1554:23, 1555:11, 1556:4, 1556:11, 1558:4, 1560:7, 1563:3, 1564:8, 1564:15, 1565:4, 1565:23, 1567:8, 1567:10, 1567:15, 1569:1, 1569:4, 1569:11, 1571:8, 1571:9, 1572:3, 1572:5, 1572:9, 1573:2, 1573:10, 1573:15, 1573:21, 1574:2, 1574:4, 1574:8, 1577:25, 1582:9, 1582:25, 1584:10, 1585:21, 1587:17, 1587:19, 1588:3, 1593:2, 1593:4, 1596:1, 1596:18, 1597:4, 1597:17, 1597:21, 1598:3, 1598:6, 1598:8, 1599:9, 1599:22, 1599:25, 1600:12, 1602:9, 1602:11, 1602:19, 1603:2, 1603:3, 1603:7, 1603:10, 1603:11, 1603:12, 1603:18, 1603:24, 1608:16, 1608:19, 1609:10, 1610:5, 1611:22, 1611:24, 1615:19, 1616:2, 1616:12, 1617:4, 1617:8, 1618:7, 1618:18, 1619:2, 1619:14, 1620:1, 1620:4, 1620:11, 1621:5, 1621:16, 1622:7, 1622:9, 1623:12, 1625:6

**didn't** [40] - 1539:24, 1542:2, 1544:18, 1545:10, 1546:13, 1546:15, 1546:20, 1546:22, 1548:24, 1549:6, 1549:13, 1550:3, 1551:4, 1551:23, 1552:16, 1555:13, 1555:22, 1555:24, 1556:13, 1557:8, 1558:3, 1562:15, 1562:25,

1563:4, 1563:16, 1563:17, 1567:14, 1571:23, 1571:25, 1572:17, 1573:8, 1573:20, 1574:8, 1577:23, 1583:8, 1585:3, 1586:23, 1613:22, 1614:2, 1617:19

**difference** [20] - 1578:8, 1578:11, 1605:4, 1605:8, 1605:23, 1605:24, 1606:11, 1606:14, 1606:24, 1607:11, 1608:10, 1609:19, 1610:11, 1610:22, 1615:25, 1622:1, 1623:21, 1624:14

**differences** [3] - 1604:17, 1608:20, 1618:5

**different** [21] - 1527:2, 1549:5, 1562:5, 1562:17, 1563:6, 1563:22, 1563:25, 1564:12, 1564:15, 1565:15, 1565:20, 1566:8, 1570:9, 1580:14, 1583:19, 1589:15, 1596:25, 1599:14, 1605:22, 1613:21, 1615:19

**differential** [2] - 1606:18, 1606:21

**difficult** [1] - 1530:5

**digits** [3] - 1551:12, 1551:16, 1565:11

**dimensional** [1] - 1620:14

**dimensions** [3] - 1562:19, 1562:20, 1564:15

**Dire** [1] - 1512:13

**DIRE** [1] - 1595:18

**DIRECT** [2] - 1516:22, 1602:7

**Direct** [2] - 1512:6, 1512:14

**direct** [17] - 1538:16, 1541:5, 1541:12, 1541:23, 1542:21, 1545:2, 1548:5, 1552:15, 1552:21, 1552:24, 1554:17, 1556:19, 1564:7, 1576:3, 1577:3, 1585:24, 1590:23

**Directed** [1] - 1600:2

**direction** [1] - 1588:14

**directly** [2] - 1580:21, 1597:18

**director** [6] - 1518:18, 1570:1, 1570:21, 1571:8, 1571:9, 1572:25

**Director** [1] - 1570:25

**Director's** [1] - 1535:23

**discharge** [26] - 1596:13, 1597:5, 1607:6, 1607:7, 1607:8, 1607:9, 1607:12, 1608:11, 1608:17, 1609:7, 1609:18, 1612:20, 1613:14, 1614:6, 1616:10, 1619:4, 1619:6, 1619:7, 1620:17, 1620:19, 1622:15, 1623:20, 1624:12, 1625:1, 1625:7

**discharged** [2] - 1518:9, 1533:11

**disciplinary** [1] - 1597:23

**disconnected** [2] - 1588:12, 1588:24

**discuss** [3] - 1528:9, 1556:22, 1557:18, 1566:2, 1588:21

**discussed** [5] - 1515:7, 1524:5, 1556:16, 1564:7, 1588:21

**discussing** [2] - 1523:10, 1569:2

**discussion** [10] - 1532:24, 1534:8, 1534:11, 1534:12, 1546:7, 1555:20, 1565:25, 1587:15, 1588:8, 1588:24

**discussions** [4] - 1522:16, 1558:25, 1560:3, 1565:18

**disk** [3] - 1523:13, 1543:19, 1543:25

**disks** [18] - 1519:8, 1522:2, 1522:3, 1522:6, 1522:12, 1522:18, 1522:20, 1542:25, 1544:8, 1544:24, 1545:8, 1545:9, 1545:13, 1545:15, 1545:16,

1545:20, 1545:22, 1545:25

**dispute** [1] - 1567:23

**dissolved** [1] - 1590:15

**dissolves** [1] - 1590:16

**distributed** [2] - 1525:15, 1525:17

**District** [2] - 1626:5

**DISTRICT** [3] - 1507:1, 1507:1, 1507:13

**divided** [1] - 1521:8

**DIVISION** [1] - 1508:24

**Docket** [3] - 1507:3, 1507:7, 1507:9

**document** [5] - 1525:22, 1525:25, 1529:17, 1529:18, 1545:2

**documented** [1] - 1597:1

**DOE** [1] - 1519:22

**does** [15] - 1525:22, 1535:2, 1535:5, 1543:2, 1578:18, 1581:20, 1611:1, 1615:6, 1620:5, 1622:24, 1624:2, 1624:3, 1624:22, 1625:3, 1625:4

**doesn't** [5] - 1542:9, 1548:13, 1584:21, 1615:5, 1616:8

**doing** [14] - 1535:11, 1547:11, 1551:17, 1554:21, 1558:13, 1558:20, 1563:9, 1569:5, 1582:5, 1594:9, 1602:18, 1606:10, 1616:8, 1618:17

**DOMENGEAUX** [1] - 1507:18

**DON** [1] - 1509:5

**don't** [36] - 1514:10, 1514:16, 1522:19, 1539:25, 1540:3, 1540:18, 1541:1, 1541:14, 1541:15, 1544:7, 1544:12, 1546:15, 1547:17, 1549:10, 1551:13, 1563:13, 1564:19, 1569:23, 1571:12, 1571:17, 1572:5, 1584:8, 1584:23, 1586:20, 1588:3,

1592:11, 1614:17, 1614:18, 1614:19, 1616:17, 1617:1, 1621:1, 1622:1, 1625:17

**DONALD** [1] - 1509:22

**done** [18] - 1518:7, 1518:10, 1525:7, 1527:9, 1528:23, 1529:1, 1536:20, 1539:12, 1540:8, 1584:6, 1590:25, 1593:8, 1599:11, 1614:5, 1616:19, 1620:8, 1620:13, 1622:12

**dot** [2] - 1609:1, 1611:19

**dots** [1] - 1611:13

**double** [1] - 1581:5

**doubled** [1] - 1581:4

**DOUGLAS** [1] - 1508:10

**down** [16] - 1522:22, 1538:9, 1538:10, 1545:11, 1548:13, 1554:10, 1556:5, 1557:22, 1558:19, 1565:11, 1569:5, 1572:3, 1572:8, 1607:19, 1610:22, 1623:10

**downstream** [5] - 1599:17, 1610:20, 1610:23, 1618:6, 1618:15

**DOYEN** [2] - 1510:21, 1593:21

**dozen** [1] - 1600:4

**dozens** [1] - 1601:2

**dr** [1] - 1621:20

**Dr** [132] - 1513:21, 1514:6, 1514:7, 1515:9, 1515:10, 1515:13, 1515:15, 1515:16, 1515:23, 1516:9, 1516:24, 1517:16, 1521:3, 1523:1, 1523:3, 1525:18, 1526:2, 1526:3, 1526:5, 1526:6, 1526:7, 1526:12, 1526:13, 1526:15, 1526:21, 1526:22, 1527:1, 1527:4, 1527:17, 1527:20, 1527:22, 1527:24, 1529:16, 1530:7, 1530:24,

1530:25, 1531:3, 1531:5, 1531:6, 1531:16, 1532:13, 1535:2, 1535:9, 1535:20, 1536:5, 1537:4, 1539:12, 1540:3, 1541:13, 1541:20, 1541:25, 1542:10, 1542:12, 1544:10, 1546:20, 1547:20, 1548:2, 1548:4, 1548:21, 1550:8, 1551:20, 1552:14, 1552:18, 1555:3, 1555:17, 1558:8, 1559:24, 1567:25, 1568:1, 1568:2, 1568:12, 1572:14, 1573:13, 1575:14, 1575:16, 1575:20, 1579:21, 1580:13, 1582:3, 1585:2, 1585:8, 1585:13, 1585:19, 1587:13, 1591:17, 1591:22, 1591:23, 1592:23, 1592:25, 1593:2, 1593:7, 1593:23, 1594:4, 1594:6, 1594:24, 1594:25, 1595:9, 1595:20, 1595:24, 1596:8, 1596:17, 1597:4, 1598:6, 1599:22, 1601:14, 1602:9, 1603:14, 1604:9, 1605:17, 1607:16, 1611:2, 1613:1, 1613:18, 1614:8, 1615:4, 1616:12, 1619:15, 1620:6, 1620:24, 1621:5, 1621:11, 1621:15, 1621:16, 1621:21, 1622:7, 1622:13

**draft** [8] - 1577:9, 1577:11, 1577:14, 1577:15, 1577:17, 1577:19, 1580:3

**drafts** [1] - 1580:1

**DRAKE** [1] - 1511:8

**drawing** [1] - 1609:25

**drawn** [1] - 1556:6

**drew** [1] - 1612:5

**DRILLING** [1] - 1510:14

**drilling** [1] - 1520:6

**drop** [5] - 1604:20,

1605:12, 1605:18, 1605:21, 1620:10

**dropping** [2] - 1538:9, 1554:10

**During** [1] - 1532:16

**during** [27] - 1523:7, 1523:14, 1523:22, 1525:21, 1526:7, 1531:18, 1534:10, 1535:15, 1539:21, 1544:9, 1544:13, 1553:17, 1579:25, 1580:9, 1580:11, 1596:23, 1602:10, 1602:15, 1602:16, 1602:19, 1609:5, 1613:20, 1617:17, 1618:8, 1620:8

**Dykhuizen** [3] - 1544:10, 1546:20, 1594:24

**dynamics** [12] - 1596:22, 1597:13, 1597:14, 1597:15, 1599:4, 1601:4, 1601:6, 1601:11, 1601:22, 1604:13, 1604:24

# E

**E** [10] - 1508:4, 1509:13, 1509:22, 1510:2, 1510:10, 1511:8, 1512:1, 1513:1, 1516:18

**e** [19] - 1550:12, 1550:13, 1551:22, 1551:23, 1551:25, 1558:20, 1570:15, 1570:24, 1571:2, 1571:15, 1571:22, 1573:12, 1573:13, 1573:20, 1573:22, 1574:1, 1574:3, 1592:6, 1592:9

**E&P** [1] - 1510:6

**e-mail** [17] - 1550:12, 1550:13, 1551:22, 1551:23, 1551:25, 1570:15, 1570:24, 1571:15, 1571:22, 1573:12, 1573:13, 1573:20, 1573:22, 1574:1, 1574:3, 1592:6, 1592:9

**e-mailed** [1] - 1558:20

**e-mails** [1] - 1571:2

**each** [4] - 1535:10,

1559:8, 1609:4, 1613:9

**earlier** [3] - 1533:25, 1587:13, 1609:16

**early** [17] - 1514:10, 1514:17, 1518:3, 1518:8, 1532:7, 1534:18, 1538:24, 1540:24, 1543:21, 1544:16, 1546:19, 1556:14, 1572:15, 1575:2, 1577:13, 1583:15, 1618:20

**earned** [1] - 1597:9

**earning** [1] - 1597:17

**easier** [1] - 1558:21

**East** [1] - 1511:1

**EASTERN** [1] - 1507:1

**Eastern** [1] - 1626:5

**Edition** [1] - 1574:20

**edition** [2] - 1575:2, 1575:5

**education** [1] - 1595:2

**educational** [2] - 1517:3, 1597:8

**EDWARDS** [2] - 1507:18, 1511:4

**effect** [4] - 1537:10, 1537:23, 1538:2, 1538:10

**effectively** [2] - 1578:12, 1616:9

**effects** [3] - 1537:25, 1542:18, 1547:11

**efforts** [1] - 1535:10

**EISERT** [1] - 1509:16

**either** [8] - 1515:9, 1523:23, 1523:25, 1535:8, 1546:17, 1568:13, 1572:9, 1615:22

**elapsed** [1] - 1613:4

**elbows** [1] - 1615:13

**eliminated** [1] - 1579:22

**ELLIS** [3] - 1509:11, 1509:15, 1509:18

**Elm** [1] - 1509:25

**else** [9] - 1519:19, 1539:6, 1539:9, 1559:13, 1571:6, 1586:23, 1591:12, 1602:2, 1610:18

**else's** [2] - 1568:21, 1570:15

**embedded** [1] - 1559:15

**empirical** [2] -

1604:23, 1604:25

**empirically** [1] - 1604:22

**employed** [1] - 1599:1

**Employee** [1] - 1536:2

**employee** [2] - 1523:18, 1523:24

**employees** [1] - 1520:15

**en** [1] - 1515:10

**end** [9] - 1514:9, 1514:12, 1514:18, 1565:3, 1572:14, 1579:2, 1603:11, 1604:14, 1604:15

**ends** [1] - 1605:25

**Energy** [5] - 1510:16, 1519:22, 1544:10, 1573:8, 1573:10

**ENERGY** [1] - 1509:21

**ENFORCEMENT** [1] - 1508:17

**ENGEL** [1] - 1508:20

**Engineer** [1] - 1541:11

**Engineering** [1] - 1536:4

**engineering** [4] - 1517:5, 1574:16, 1597:10, 1597:23

**enjoy** [1] - 1598:2

**enough** [2] - 1544:5, 1545:10

**entire** [4] - 1525:24, 1540:19, 1619:22, 1622:22

**entirely** [1] - 1602:16

**entitled** [2] - 1526:9, 1626:8

**environment** [1] - 1610:1

**ENVIRONMENTAL** [1] - 1508:17

**envisioned** [2] - 1543:20, 1586:20

**equal** [5] - 1571:6, 1580:21, 1580:24, 1581:5, 1581:7

**equals** [2] - 1606:4, 1622:14

**equation** [15] - 1532:21, 1580:20, 1581:9, 1581:13, 1581:14, 1581:15, 1581:16, 1586:3, 1586:7, 1586:21, 1614:18, 1615:16,

1616:6

**equations** [5] - 1532:20, 1581:12, 1606:1, 1606:3, 1606:13

**equilibration** [1] - 1579:19

**equilibrium** [1] - 1527:14

**eroding** [4] - 1586:18, 1586:25, 1587:2, 1587:3

**erosion** [13] - 1598:22, 1599:11, 1599:13, 1599:19, 1599:20, 1610:23, 1614:25, 1624:2, 1624:4, 1624:22, 1624:23, 1625:4, 1625:6

**especially** [1] - 1598:23

**ESQ** [56] - 1507:16, 1507:18, 1507:22, 1507:24, 1508:1, 1508:4, 1508:6, 1508:9, 1508:10, 1508:13, 1508:13, 1508:17, 1508:18, 1508:18, 1508:19, 1508:19, 1508:20, 1508:20, 1508:21, 1508:21, 1508:24, 1509:5, 1509:8, 1509:9, 1509:11, 1509:12, 1509:12, 1509:13, 1509:13, 1509:16, 1509:16, 1509:19, 1509:22, 1509:23, 1509:23, 1509:24, 1510:2, 1510:2, 1510:7, 1510:10, 1510:10, 1510:15, 1510:21, 1510:21, 1510:22, 1510:22, 1510:23, 1511:1, 1511:4, 1511:4, 1511:8, 1511:11, 1511:14, 1511:17

**essentially** [1] - 1610:16

**establish** [2] - 1557:18, 1572:7

**established** [2] - 1568:6, 1604:15

**estimate** [30] - 1518:8, 1533:5, 1533:8, 1533:10,

1561:7, 1565:21,
1565:22, 1571:4,
1576:10, 1576:17,
1577:17, 1577:21,
1577:23, 1577:24,
1578:23, 1583:10,
1592:10, 1603:7,
1609:15, 1609:18,
1610:6, 1611:4,
1613:23, 1618:16,
1623:16, 1623:17,
1623:19, 1624:7,
1625:2, 1625:3
**estimated** [7] -
1533:25, 1538:11,
1561:17, 1566:24,
1577:7, 1577:16,
1578:6
**estimates** [1] -
1554:9
**estimating** [2] -
1569:17, 1617:11
**Estimation** [2] -
1559:3, 1559:12
**estimation** [13] -
1518:13, 1533:3,
1533:9, 1534:16,
1534:17, 1566:7,
1566:16, 1567:4,
1599:4, 1604:21,
1608:19, 1609:7,
1609:11
**ET** [2] - 1507:8,
1507:10
**evaluate** [4] -
1519:14, 1520:25,
1530:10, 1542:12
**evaluating** [1] -
1521:7
**evaluation** [1] -
1524:19
**even** [8] - 1543:11,
1546:22, 1555:13,
1555:22, 1563:11,
1563:14, 1618:20,
1622:20
**event** [5] - 1560:18,
1577:13, 1584:9,
1588:25, 1591:14
**events** [1] - 1613:17
**eventually** [3] -
1520:22, 1534:13,
1588:15
**ever** [12] - 1532:8,
1541:25, 1544:20,
1551:2, 1574:4,
1599:8, 1599:11,
1600:10, 1600:14,
1600:24, 1601:4,
1601:7

**every** [5] - 1600:6,
1601:6, 1605:4,
1613:6, 1613:8
**everyone** [2] -
1513:6, 1593:14
**everything** [6] -
1556:5, 1559:13,
1580:23, 1587:4,
1611:15
**evidence** [1] -
1601:24
**exact** [1] - 1555:21
**exactly** [7] - 1539:18,
1561:13, 1584:23,
1584:24, 1604:1,
1604:5, 1624:17
**examination** [22] -
1513:14, 1513:21,
1536:13, 1536:14,
1536:15, 1538:17,
1541:5, 1541:13,
1541:23, 1542:21,
1545:3, 1548:5,
1552:16, 1552:21,
1554:17, 1556:19,
1564:8, 1576:3,
1585:24, 1591:24,
1594:10, 1595:7
**EXAMINATION** [5] -
1516:22, 1537:1,
1591:20, 1595:18,
1602:7
**Examination** [5] -
1512:6, 1512:7,
1512:8, 1512:13,
1512:14
**examine** [1] -
1598:25
**examined** [1] -
1619:7
**example** [6] -
1527:6, 1546:4,
1552:13, 1572:8,
1615:8, 1623:4
**examples** [2] -
1598:6, 1606:18
**Excellence** [1] -
1536:3
**except** [2] - 1608:23,
1611:18
**excerpt** [1] - 1567:16
**exchange** [2] -
1591:24, 1592:4
**exclude** [1] -
1594:25
**exclusively** [2] -
1561:4, 1601:12
**excuse** [2] - 1536:7,
1580:25
**Exemplary** [1] -

1535:23
**exercise** [1] - 1585:6
**exhibit** [3] - 1551:24,
1591:23, 1599:21
**Exhibit** [1] - 1591:22
**exhibits** [8] -
1513:13, 1513:15,
1513:20, 1515:22,
1516:1, 1593:16,
1593:17, 1593:24
**existing** [1] - 1559:9
**exists** [1] - 1589:19
**expanded** [1] -
1575:6
**expect** [1] - 1589:12
**expected** [1] -
1565:8
**experience** [2] -
1595:2, 1598:21
**expert** [25] - 1520:16,
1536:18, 1539:11,
1539:13, 1575:9,
1581:18, 1581:22,
1581:23, 1590:17,
1596:3, 1596:8,
1597:2, 1597:3,
1601:14, 1601:15,
1601:18, 1601:22,
1601:24, 1602:4,
1603:25, 1609:9,
1609:10, 1617:7,
1621:12, 1621:24
**Expert** [2] - 1621:18
**expertise** [7] -
1518:23, 1518:24,
1558:7, 1581:22,
1587:23, 1595:1
**experts** [8] - 1541:4,
1621:6, 1621:9,
1621:13, 1621:14,
1621:17, 1621:18,
1621:23
**explain** [9] - 1519:2,
1521:25, 1555:24,
1569:4, 1571:22,
1572:11, 1596:14,
1614:8, 1621:20
**explains** [1] -
1578:11
**explanation** [2] -
1555:17, 1555:18
**EXPLORATION** [2] -
1507:10, 1509:3
**explored** [1] -
1571:10
**exploring** [1] -
1568:16
**exploration** [6] -
1519:7, 1522:2,
1544:25, 1579:15,

1612:9, 1613:5
**explosive** [1] -
1598:12
**express** [3] -
1522:10, 1544:20,
1544:21
**expressions** [1] -
1570:22
**expressly** [1] -
1543:23
**extended** [2] -
1531:21
**extends** [1] -
1551:12
**extent** [1] - 1595:5
**extra** [2] - 1529:2,
1577:21
**extraneous** [1] -
1560:24
**extrapolate** [1] -
1611:25
**extrapolated** [1] -
1612:1
**extrapolating** [1] -
1612:6
**extremely** [1] -
1619:23

## F

**F** [2] - 1595:17
**fact** [21] - 1522:13,
1542:5, 1549:3,
1550:3, 1552:13,
1554:4, 1555:13,
1556:8, 1559:22,
1567:12, 1571:12,
1574:4, 1574:23,
1580:20, 1581:1,
1585:13, 1590:22,
1595:4, 1599:13,
1611:14, 1619:9
**factor** [5] - 1524:12,
1591:7, 1591:9,
1591:11, 1591:13
**factors** [2] - 1614:19,
1615:6
**facts** [1] - 1532:25
**fails** [1] - 1599:9
**fall** [1] - 1551:18
**Fannin** [1] - 1510:19
**far** [3] - 1576:8,
1581:23, 1606:11
**farther** [1] - 1553:24
**fast** [1] - 1585:19
**favored** [1] - 1620:13
**feature** [3] - 1546:6,
1585:25, 1587:19
**Federal** [1] - 1536:1

**federal** [3] - 1539:19,
1539:20, 1602:10
**feedback** [1] -
1596:4
**feel** [1] - 1597:22,
1614:21, 1617:22
**felt** [3] - 1569:12,
1597:22, 1600:7
**few** [7] - 1554:15,
1556:11, 1556:15,
1578:9, 1583:9,
1598:6, 1613:16
**field** [11] - 1517:14,
1559:17, 1574:10,
1574:13, 1575:3,
1595:2, 1598:24,
1601:4, 1601:10,
1606:11
**FIELDS** [1] - 1509:13
**Fifteenth** [1] -
1509:17
**figure** [4] - 1607:1,
1608:16, 1609:17,
1620:7
**figuring** [1] - 1607:5
**file** [2] - 1513:13,
1559:22
**files** [1] - 1540:3
**final** [12] - 1521:4,
1521:5, 1528:11,
1532:7, 1537:12,
1548:22, 1556:23,
1557:1, 1572:17,
1577:24, 1583:12,
1623:12
**finalized** [1] - 1528:6
**finally** [1] - 1580:4
**findings** [2] -
1534:14, 1573:25
**fine** [1] - 1562:22
**finer** [4] - 1579:1,
1579:3, 1579:16,
1579:18
**finish** [2] - 1514:20,
1515:2
**finished** [1] - 1515:3
**FIRM** [2] - 1508:1,
1511:14
**first** [24] - 1514:11,
1517:21, 1518:25,
1523:20, 1540:24,
1553:17, 1558:23,
1560:3, 1561:12,
1565:24, 1577:9,
1583:3, 1583:17,
1583:25, 1592:4,
1597:7, 1604:24,
1615:12, 1617:10,
1617:11, 1617:13,
1621:2, 1621:4

fit [1] - 1611:24
FITCH [1] - 1510:10
fitting [1] - 1612:16
five [2] - 1514:10,
1597:6
FL [4] - 1507:23,
1508:7, 1511:9,
1511:12
FLEMING [1] -
1509:22
Flemings [14] -
1558:5, 1558:8,
1558:12, 1558:15,
1558:17, 1558:24,
1559:22, 1559:24,
1560:16, 1560:18,
1587:13, 1587:21,
1588:19, 1589:18
Floor [2] - 1510:16,
1510:23
FLORIDA [2] -
1511:7, 1511:11
Flow [3] - 1535:1,
1535:4, 1539:16
flow [174] - 1517:12,
1517:13, 1518:4,
1518:8, 1518:11,
1518:12, 1518:23,
1519:4, 1519:5,
1520:18, 1526:20,
1528:13, 1528:14,
1532:17, 1532:19,
1532:20, 1532:21,
1532:25, 1533:1,
1533:2, 1533:3,
1533:5, 1533:6,
1533:8, 1533:9,
1533:10, 1533:11,
1533:13, 1533:14,
1533:18, 1533:20,
1533:24, 1534:1,
1534:4, 1534:6,
1534:9, 1534:11,
1534:14, 1534:16,
1534:17, 1534:18,
1535:5, 1535:7,
1537:13, 1538:5,
1538:7, 1538:8,
1538:12, 1548:19,
1548:24, 1548:25,
1549:3, 1551:10,
1553:21, 1553:25,
1554:3, 1554:9,
1556:22, 1563:22,
1563:25, 1564:24,
1565:16, 1565:21,
1565:22, 1566:3,
1566:7, 1566:15,
1566:20, 1569:16,
1571:6, 1575:25,

1576:9, 1577:7,
1578:6, 1578:16,
1580:4, 1580:6,
1580:17, 1580:20,
1580:24, 1581:5,
1581:7, 1581:9,
1581:13, 1582:13,
1583:7, 1585:21,
1585:25, 1586:7,
1586:8, 1586:23,
1587:10, 1590:4,
1590:7, 1596:13,
1596:20, 1596:22,
1598:21, 1599:15,
1599:17, 1600:9,
1600:15, 1600:23,
1602:19, 1602:21,
1602:24, 1603:7,
1604:16, 1604:20,
1605:1, 1605:3,
1605:11, 1605:13,
1605:16, 1605:18,
1605:19, 1605:20,
1605:22, 1606:4,
1606:5, 1606:7,
1606:8, 1606:10,
1606:19, 1606:21,
1606:25, 1607:1,
1607:10, 1607:13,
1608:2, 1608:3,
1608:5, 1608:8,
1608:12, 1608:19,
1608:21, 1609:20,
1610:12, 1610:16,
1610:20, 1612:22,
1613:2, 1613:9,
1613:10, 1613:13,
1613:14, 1613:23,
1614:2, 1614:14,
1615:10, 1615:17,
1615:21, 1615:22,
1615:24, 1616:2,
1616:11, 1617:20,
1618:4, 1618:14,
1619:5, 1620:8,
1620:14, 1620:17,
1620:21, 1622:17,
1622:23, 1623:9,
1624:24
flowing [2] -
1586:16, 1586:17
Flowood [1] -
1511:15
flows [2] - 1598:22,
1605:21
fluid [18] - 1517:12,
1517:13, 1518:23,
1524:9, 1524:11,
1532:17, 1596:21,
1597:13, 1597:15,
1599:3, 1601:4,

1601:5, 1601:10,
1601:22, 1604:12,
1604:24, 1615:15
fluids [4] - 1543:7,
1545:21, 1581:10,
1597:16
FLYNN [1] - 1508:24
focus [7] - 1540:24,
1555:19, 1556:5,
1556:7, 1573:23,
1583:16, 1584:12
focused [1] - 1525:8
focusing [1] - 1586:4
follow [1] - 1555:25
followed [1] -
1572:12
following [3] -
1555:15, 1561:22,
1604:4
FOLLOWS [2] -
1516:14, 1595:13
for [189] - 1513:12,
1514:2, 1514:5,
1514:15, 1515:12,
1515:14, 1515:16,
1516:8, 1516:16,
1517:1, 1517:10,
1518:11, 1519:15,
1519:18, 1520:22,
1522:20, 1523:20,
1523:22, 1524:1,
1524:7, 1524:15,
1524:16, 1524:17,
1524:23, 1526:13,
1527:6, 1527:7,
1527:9, 1529:10,
1530:16, 1530:17,
1531:8, 1531:11,
1531:12, 1531:18,
1531:19, 1531:21,
1532:16, 1532:18,
1532:20, 1533:13,
1533:16, 1534:6,
1534:9, 1535:13,
1535:17, 1535:23,
1535:25, 1536:3,
1537:3, 1537:9,
1537:20, 1539:7,
1539:11, 1539:18,
1540:17, 1541:8,
1542:7, 1546:4,
1547:3, 1547:7,
1547:14, 1548:7,
1549:5, 1549:11,
1549:15, 1549:24,
1550:9, 1550:21,
1552:13, 1552:22,
1553:8, 1553:20,
1555:5, 1555:17,
1556:13, 1557:15,

1558:11, 1558:13,
1558:17, 1558:24,
1558:25, 1559:7,
1559:15, 1559:16,
1559:23, 1561:4,
1561:5, 1561:11,
1561:14, 1562:23,
1563:22, 1564:12,
1564:21, 1567:3,
1567:4, 1567:9,
1567:10, 1568:3,
1569:3, 1569:17,
1570:8, 1572:8,
1572:12, 1572:16,
1572:20, 1575:19,
1578:23, 1579:5,
1580:6, 1580:7,
1580:25, 1582:6,
1582:9, 1582:14,
1582:21, 1583:6,
1586:24, 1587:22,
1589:8, 1589:10,
1591:5, 1591:23,
1592:22, 1593:2,
1593:3, 1594:21,
1595:15, 1597:5,
1597:18, 1598:10,
1598:13, 1598:17,
1600:5, 1600:20,
1600:21, 1601:7,
1602:9, 1602:24,
1603:18, 1604:9,
1605:4, 1605:7,
1606:9, 1607:12,
1607:13, 1607:17,
1608:11, 1608:16,
1609:17, 1609:19,
1610:14, 1610:15,
1610:25, 1611:22,
1612:4, 1612:5,
1612:13, 1613:1,
1613:9, 1614:8,
1614:25, 1615:16,
1617:2, 1617:19,
1617:22, 1618:6,
1618:15, 1620:1,
1620:11, 1621:8,
1622:13, 1622:23,
1623:4, 1623:9,
1624:2, 1624:3,
1624:4, 1624:22,
1624:25, 1625:1,
1625:2, 1625:4,
1625:5, 1625:9
FOR [12] - 1507:15,
1508:9, 1508:12,
1508:16, 1509:1,
1509:21, 1510:5,
1510:13, 1511:3,
1511:7, 1511:14,
1512:4

force [1] - 1543:7
foregoing [1] -
1626:6
forever [1] - 1550:6
form [2] - 1570:17,
1614:17
formal [1] - 1608:18,
1609:6
format [1] - 1559:8
formation [8] -
1522:5, 1524:12,
1543:25, 1560:5,
1591:6, 1591:9,
1591:11, 1591:13
formations [2] -
1543:8, 1545:22
formulas [1] -
1559:15
forward [4] - 1526:8,
1531:22, 1573:17,
1585:19
found [3] - 1564:13,
1607:5, 1619:9
foundation [2] -
1567:21, 1568:11
four [6] - 1513:8,
1514:10, 1515:14,
1553:11, 1613:24,
1617:21
four-day [1] -
1613:24
Fourth [1] - 1574:20
fourth [1] - 1575:5
fractions [1] -
1578:20
FRANK [1] - 1508:6
frictional [1] -
1620:10
FRILOT [1] - 1510:15
from [178] - 1513:7,
1516:10, 1516:11,
1517:5, 1517:6,
1517:21, 1518:2,
1518:6, 1518:7,
1518:8, 1518:9,
1519:9, 1519:21,
1520:4, 1520:6,
1520:7, 1520:8,
1520:10, 1520:11,
1521:13, 1522:10,
1523:2, 1523:16,
1524:18, 1529:21,
1530:18, 1530:20,
1531:5, 1531:19,
1532:1, 1533:10,
1533:11, 1533:14,
1533:15, 1533:25,
1535:4, 1535:14,
1535:22, 1535:25,
1536:2, 1537:14,

1538:10, 1538:17, 1538:20, 1540:19, 1541:10, 1542:13, 1543:22, 1544:10, 1544:20, 1544:25, 1545:7, 1547:14, 1547:18, 1547:20, 1548:4, 1549:1, 1549:14, 1549:23, 1550:15, 1550:17, 1550:22, 1552:4, 1552:13, 1553:1, 1553:11, 1553:12, 1554:10, 1555:2, 1555:16, 1558:5, 1559:13, 1559:17, 1559:20, 1560:12, 1560:24, 1561:8, 1561:9, 1561:15, 1561:17, 1561:18, 1561:21, 1562:7, 1563:7, 1565:15, 1566:25, 1567:16, 1567:17, 1567:21, 1568:17, 1568:22, 1571:1, 1571:4, 1571:20, 1571:22, 1572:12, 1573:2, 1573:5, 1573:8, 1573:12, 1573:13, 1576:10, 1576:18, 1576:21, 1576:25, 1577:12, 1577:17, 1577:19, 1577:21, 1578:1, 1578:7, 1578:13, 1582:5, 1582:10, 1582:11, 1582:17, 1583:11, 1583:18, 1584:7, 1585:8, 1586:8, 1586:12, 1586:16, 1586:17, 1586:24, 1587:13, 1587:20, 1590:1, 1590:7, 1590:11, 1591:5, 1591:9, 1591:11, 1591:14, 1592:15, 1593:17, 1593:18, 1593:24, 1596:13, 1597:11, 1597:25, 1598:25, 1599:6, 1599:22, 1600:9, 1600:23, 1605:1, 1605:5, 1606:15, 1608:5, 1608:8, 1611:11, 1612:8, 1613:4, 1614:10, 1616:1, 1616:10, 1617:1, 1617:24, 1619:11, 1619:23, 1620:7, 1622:17,

1622:23, 1623:5, 1623:6, 1623:25, 1624:6, 1625:5, 1626:7
**full** [3] - 1571:23, 1609:17, 1622:12
**fully** [1] - 1528:15
**function** [5] - 1605:4, 1611:19, 1613:4, 1619:20, 1620:10
**fundamental** [2] - 1581:9, 1581:12
**Fundamentals** [1] - 1574:19
**further** [5] - 1523:13, 1528:23, 1536:5, 1572:18, 1593:6

## G

**G** [3] - 1508:24, 1513:1, 1595:17
**G-R-I-F-F-I-T-H-S** [1] - 1595:17
**gained** [1] - 1598:20
**Gaithersburg** [1] - 1511:2
**gap** [2] - 1612:1, 1613:24
**gas** [4] - 1590:16, 1598:14, 1599:15, 1599:16
**GASAWAY** [1] - 1509:16
**gases** [1] - 1590:15
**gathered** [2] - 1567:13, 1569:1
**gauge** [2] - 1609:2, 1610:4
**gave** [7] - 1526:1, 1526:2, 1526:3, 1527:11, 1538:22, 1553:16, 1564:18
**general** [6] - 1579:10, 1579:22, 1614:20, 1615:11, 1616:7
**GENERAL** [4] - 1508:12, 1511:3, 1511:5, 1511:10
**generally** [1] - 1551:8
**geologic** [1] - 1520:6
**geological** [1] - 1598:22
**Geological** [5] - 1517:1, 1517:8, 1518:18, 1570:2, 1573:1

**geology** [2] - 1558:7, 1587:23
**geomechanic** [1] - 1551:2
**geomechanics** [3] - 1574:11, 1574:14, 1574:16
**geometric** [2] - 1584:13, 1584:17
**geometry** [3] - 1608:4, 1614:18, 1615:14
**Georgia** [2] - 1516:10, 1516:11
**get** [26] - 1515:16, 1516:9, 1524:1, 1533:11, 1538:15, 1541:17, 1547:17, 1556:25, 1569:6, 1575:14, 1577:15, 1578:9, 1581:25, 1584:10, 1586:24, 1588:15, 1603:10, 1608:13, 1613:14, 1616:10, 1616:19, 1616:20, 1617:12, 1617:19, 1625:1, 1625:5
**gets** [1] - 1609:15
**getting** [8] - 1537:10, 1537:17, 1538:24, 1550:13, 1581:20, 1590:17, 1596:4, 1618:17
**give** [3] - 1587:22, 1596:18, 1598:6
**given** [6] - 1525:21, 1529:3, 1564:23, 1567:1, 1592:19, 1607:12
**gives** [1] - 1616:22
**glad** [1] - 1575:23
**GLADSTEIN** [1] - 1508:21
**glass** [1] - 1536:7
**GmbH** [1] - 1507:8
**go** [28] - 1514:16, 1515:17, 1516:9, 1526:8, 1531:22, 1538:16, 1542:7, 1552:14, 1552:15, 1568:14, 1575:24, 1590:19, 1590:23, 1594:7, 1597:17, 1605:15, 1610:21, 1613:9, 1613:17, 1615:17, 1615:20, 1617:8, 1617:15, 1622:3, 1624:8, 1624:20, 1625:11,

1625:12
**GODLEY** [1] - 1510:23
**GODWIN** [3] - 1509:21, 1509:22, 1510:1
**goes** [7] - 1590:15, 1604:14, 1608:5, 1610:22, 1614:6, 1615:16, 1617:8
**going** [39] - 1515:21, 1516:9, 1516:11, 1523:8, 1536:13, 1536:14, 1536:15, 1537:8, 1538:10, 1539:11, 1543:5, 1548:25, 1550:5, 1550:6, 1557:12, 1565:23, 1568:15, 1568:21, 1573:1, 1575:9, 1581:1, 1581:18, 1581:23, 1582:15, 1583:15, 1585:5, 1585:6, 1585:7, 1590:21, 1593:10, 1594:5, 1594:25, 1608:10, 1610:8, 1616:9, 1618:20, 1620:17, 1621:13, 1621:25
**gone** [1] - 1577:12
**good** [20] - 1513:6, 1513:11, 1513:19, 1514:1, 1515:1, 1536:24, 1537:3, 1537:4, 1537:5, 1537:6, 1591:3, 1594:21, 1595:20, 1595:21, 1595:23, 1618:2, 1618:23, 1619:1, 1619:23, 1625:10
**got** [17] - 1514:11, 1514:16, 1566:23, 1573:13, 1576:19, 1582:17, 1584:9, 1585:3, 1585:4, 1591:9, 1591:11, 1591:14, 1600:6, 1604:2, 1615:9, 1615:24, 1618:13
**gotten** [1] - 1538:17
**GOVERNMENT** [1] - 1512:4
**government** [29] - 1518:22, 1519:20, 1523:25, 1525:3, 1528:25, 1533:21, 1539:19, 1539:20, 1544:21, 1556:18,

1557:6, 1558:3, 1558:9, 1558:14, 1558:25, 1566:2, 1566:12, 1566:15, 1567:12, 1567:24, 1569:1, 1569:21, 1572:3, 1572:15, 1576:7, 1576:9, 1585:12, 1588:17, 1598:16
**government's** [1] - 1569:20
**grad** [1] - 1575:1
**grading** [1] - 1581:7
**gradually** [3] - 1528:13, 1579:16, 1580:7
**Grand** [1] - 1510:23
**GRANT** [1] - 1510:22
**graph** [2] - 1552:19, 1611:7
**graphics** [1] - 1546:11
**gray** [1] - 1612:2
**great** [2] - 1596:4, 1598:8
**greatly** [1] - 1614:16
**green** [7] - 1521:16, 1545:4, 1545:15, 1589:11, 1592:22, 1609:1
**GREENWALD** [1] - 1507:24
**Griffiths** [37] - 1514:7, 1514:21, 1594:4, 1594:6, 1594:10, 1594:22, 1594:25, 1595:9, 1595:16, 1595:20, 1595:23, 1595:24, 1596:8, 1596:17, 1597:4, 1598:6, 1599:22, 1601:14, 1601:22, 1602:9, 1603:14, 1604:9, 1605:17, 1607:16, 1611:2, 1613:1, 1613:18, 1614:8, 1615:4, 1616:12, 1619:15, 1620:6, 1620:24, 1621:5, 1621:16, 1621:20, 1622:7
**GRIFFITHS** [2] - 1512:12, 1595:12
**Ground** [1] - 1536:3
**ground** [2] - 1574:17, 1614:10
**Groundwater** [1] - 1532:11

**group** [3] - 1542:8, 1563:1, 1587:22
**Group** [3] - 1535:1, 1535:4, 1539:17
**guess** [4] - 1515:5, 1568:4, 1589:16, 1598:19
**guise** [1] - 1621:18
**Gulf** [8] - 1524:21, 1551:7, 1551:11, 1551:15, 1565:11, 1569:13, 1572:20, 1592:17
**GULF** [1] - 1507:4
**GWEN** [1] - 1510:2

**H**

**H** [5] - 1507:22, 1511:4, 1516:18, 1595:17
**H-S-I-E-H** [1] - 1516:18
**had** [76] - 1517:24, 1519:16, 1519:18, 1520:25, 1521:6, 1521:21, 1521:23, 1522:15, 1522:16, 1522:24, 1523:2, 1523:17, 1523:20, 1523:22, 1528:5, 1528:22, 1529:7, 1529:10, 1529:14, 1530:1, 1531:17, 1533:25, 1535:16, 1536:16, 1537:13, 1538:17, 1539:6, 1539:12, 1539:14, 1540:10, 1543:23, 1544:8, 1546:7, 1546:20, 1546:25, 1550:14, 1552:3, 1553:2, 1554:15, 1559:4, 1560:11, 1560:15, 1561:1, 1561:16, 1565:19, 1566:14, 1569:9, 1571:10, 1571:21, 1572:2, 1572:10, 1574:3, 1574:9, 1575:5, 1577:10, 1577:12, 1579:6, 1583:9, 1586:11, 1587:10, 1587:12, 1587:15, 1592:4, 1592:13, 1592:25, 1600:12, 1605:3, 1610:12, 1612:22, 1614:3, 1615:11, 1617:18, 1618:25,

1619:10, 1621:12
**half** [4] - 1559:19, 1560:9, 1587:16, 1620:21
**HALLIBURTON** [1] - 1509:21
**hand** [5] - 1567:18, 1576:5, 1583:18, 1585:10, 1595:11
**handle** [1] - 1594:10
**happen** [2] - 1538:3, 1548:20
**happened** [5] - 1528:3, 1528:12, 1559:7, 1587:18, 1610:23
**happens** [2] - 1579:2, 1610:18
**HARIKLIA** [1] - 1509:12
**Harvey** [5] - 1512:6, 1512:8, 1516:8, 1516:19, 1516:24
**HARVEY** [16] - 1508:21, 1516:8, 1516:20, 1516:23, 1536:5, 1547:3, 1554:4, 1567:20, 1567:25, 1568:3, 1568:11, 1570:14, 1581:18, 1590:17, 1591:21, 1593:6
**has** [25] - 1513:9, 1513:10, 1514:16, 1527:14, 1560:12, 1566:7, 1567:20, 1578:4, 1581:21, 1581:22, 1582:4, 1585:2, 1595:1, 1597:24, 1604:13, 1604:14, 1609:10, 1609:21, 1610:21, 1613:17, 1619:25, 1620:3, 1621:1, 1621:14
**have** [112] - 1513:13, 1513:15, 1514:5, 1514:11, 1514:16, 1515:7, 1515:8, 1515:23, 1516:1, 1516:10, 1517:8, 1518:23, 1519:7, 1519:8, 1521:18, 1522:2, 1522:5, 1522:7, 1522:19, 1523:15, 1523:19, 1536:7, 1540:2, 1542:22, 1542:24, 1544:23, 1546:13, 1546:15, 1546:18,

1546:22, 1554:2, 1560:10, 1569:5, 1569:8, 1571:23, 1571:25, 1572:17, 1574:1, 1574:8, 1577:23, 1583:8, 1584:23, 1586:6, 1586:19, 1586:23, 1587:10, 1591:16, 1591:19, 1594:3, 1596:14, 1596:16, 1596:17, 1597:8, 1597:10, 1598:5, 1599:8, 1599:11, 1599:17, 1599:18, 1600:9, 1600:14, 1600:16, 1600:17, 1600:19, 1600:23, 1601:4, 1601:7, 1601:9, 1601:13, 1602:2, 1603:13, 1604:4, 1604:8, 1605:22, 1605:23, 1606:12, 1606:22, 1606:23, 1607:25, 1608:14, 1610:13, 1610:16, 1612:19, 1612:25, 1613:8, 1614:7, 1614:17, 1615:9, 1615:20, 1616:9, 1616:20, 1616:23, 1616:24, 1617:2, 1617:7, 1617:15, 1617:17, 1617:23, 1618:22, 1619:14, 1619:15, 1619:25, 1620:5, 1621:3, 1622:6, 1623:15, 1624:11, 1625:8, 1625:11, 1625:12, 1625:14
**having** [3] - 1572:11, 1586:24, 1617:2
**HAYCRAFT** [1] - 1509:5
**HB-406** [1] - 1511:20
**headed** [1] - 1585:2
**heading** [1] - 1559:11
**hear** [3] - 1544:20, 1575:23, 1593:22
**HEARD** [1] - 1507:12
**heard** [5] - 1544:23, 1549:23, 1556:19, 1609:21, 1613:17
**hearing** [4] - 1513:17, 1516:4, 1537:11, 1571:1
**heat** [1] - 1597:13
**held** [1] - 1525:12

**hello** [1] - 1591:22
**help** [3] - 1596:14, 1609:14, 1609:24
**helping** [1] - 1622:7
**her** [4] - 1524:7, 1541:2, 1552:8, 1570:24
**here** [40] - 1513:20, 1514:16, 1515:10, 1515:14, 1515:16, 1515:21, 1516:10, 1527:12, 1541:17, 1546:12, 1551:2, 1554:2, 1555:6, 1563:12, 1564:21, 1566:1, 1570:8, 1577:12, 1581:19, 1581:21, 1581:23, 1581:24, 1590:24, 1599:9, 1599:14, 1606:1, 1606:10, 1608:5, 1613:7, 1616:2, 1617:4, 1618:3, 1618:7, 1619:15, 1619:18, 1622:10, 1625:3
**hereby** [1] - 1626:5
**HERMAN** [3] - 1507:15, 1507:16
**high** [21] - 1521:9, 1521:15, 1521:22, 1522:11, 1522:17, 1528:2, 1544:5, 1545:10, 1545:21, 1546:1, 1546:2, 1546:4, 1546:5, 1546:6, 1546:8, 1546:10, 1547:1, 1547:12, 1592:24, 1602:14, 1604:9
**high-pressure** [1] - 1546:4
**higher** [15] - 1521:14, 1527:6, 1527:11, 1527:16, 1541:21, 1547:7, 1547:8, 1547:16, 1569:10, 1571:5, 1571:6, 1578:4, 1579:5, 1585:12, 1589:12
**highest** [1] - 1569:20
**highlighted** [6] - 1523:12, 1548:6, 1553:20, 1561:15, 1567:2, 1570:7
**Highway** [1] - 1511:8
**him** [40] - 1514:16, 1515:9, 1515:14, 1515:15, 1515:17,

1536:20, 1541:5, 1541:7, 1541:9, 1541:10, 1541:18, 1541:25, 1542:2, 1544:12, 1544:13, 1544:14, 1550:14, 1552:2, 1553:8, 1554:5, 1554:7, 1554:19, 1554:20, 1555:11, 1557:13, 1558:19, 1558:20, 1559:25, 1560:19, 1560:22, 1560:23, 1572:3, 1573:23, 1577:15, 1587:17, 1587:20, 1588:20, 1592:9, 1602:4
**HIMMELHOCH** [1] - 1508:17
**hired** [1] - 1603:21
**his** [35] - 1515:25, 1526:13, 1528:1, 1531:16, 1539:20, 1541:7, 1541:10, 1541:15, 1542:3, 1542:14, 1542:15, 1549:4, 1549:17, 1552:4, 1552:19, 1554:20, 1556:25, 1557:13, 1558:13, 1558:25, 1571:5, 1571:18, 1573:12, 1575:20, 1588:10, 1588:11, 1593:18, 1595:6, 1601:24, 1620:25, 1621:5, 1621:6
**historical** [1] - 1610:8
**history** [7] - 1561:6, 1561:17, 1561:18, 1561:20, 1582:11
**hold** [3] - 1545:23, 1599:23, 1600:19
**HOLDINGS** [2] - 1509:4, 1510:13
**Honor** [30] - 1513:11, 1513:19, 1513:24, 1514:1, 1515:22, 1516:8, 1516:20, 1536:7, 1536:11, 1537:3, 1570:16, 1581:25, 1585:7, 1585:17, 1590:25, 1591:16, 1593:9, 1593:15, 1594:6, 1594:21, 1595:8, 1595:9, 1595:23, 1601:21, 1602:6, 1620:23,

1621:3, 1621:19, 1622:4

**HONORABLE** [1] - 1507:12

**Hope** [1] - 1509:19

**Horizon** [4] - 1517:16, 1517:18, 1532:17, 1535:21

**HORIZON** [1] - 1507:4

**Horner** [1] - 1573:17

**hour** [2] - 1587:16, 1590:22

**hours** [9] - 1513:8, 1513:9, 1513:10, 1529:10, 1531:18, 1531:19, 1531:21, 1553:17, 1583:9

**Houston** [9] - 1510:3, 1510:4, 1510:19, 1519:25, 1525:12, 1533:15, 1558:8, 1558:15, 1602:11

**however** [4] - 1524:19, 1534:6, 1571:10, 1584:22

**Hsieh** [38] - 1514:6, 1514:20, 1516:9, 1516:17, 1516:24, 1516:25, 1517:16, 1521:3, 1523:1, 1525:18, 1526:5, 1529:16, 1530:7, 1531:3, 1532:13, 1535:2, 1535:9, 1535:20, 1536:5, 1537:4, 1542:10, 1552:18, 1568:1, 1568:2, 1568:12, 1571:4, 1572:14, 1575:14, 1580:13, 1582:3, 1585:2, 1585:8, 1585:13, 1585:19, 1591:17, 1591:22, 1591:23, 1593:7

**HSIEH** [2] - 1512:5, 1516:13

**huge** [1] - 1611:14

**huh** [1] - 1623:14

**hundred** [1] - 1601:2

**hunter** [1] - 1567:25

**Hunter** [3] - 1513:21, 1593:16, 1593:17

**Hunter's** [1] - 1593:23

**hydrofrac** [1] - 1519:11

**hydrologist** [1] -

---

1516:25

**hydrology** [2] - 1517:6, 1574:17

---

**I**

---

**I** [526] - 1512:1, 1513:1, 1513:12, 1513:20, 1514:2, 1514:15, 1515:7, 1515:8, 1515:9, 1515:11, 1515:12, 1515:14, 1515:16, 1515:21, 1515:22, 1516:2, 1516:11, 1516:18, 1516:25, 1517:4, 1517:5, 1517:12, 1517:13, 1517:21, 1518:16, 1518:23, 1519:20, 1520:13, 1520:21, 1522:19, 1522:21, 1522:22, 1523:5, 1523:7, 1523:11, 1523:17, 1523:20, 1523:22, 1524:6, 1524:18, 1525:14, 1525:18, 1529:3, 1528:9, 1529:3, 1529:7, 1529:10, 1529:11, 1529:12, 1529:15, 1530:9, 1530:10, 1531:15, 1532:2, 1532:5, 1532:10, 1532:19, 1532:24, 1533:2, 1533:7, 1533:8, 1533:9, 1533:15, 1533:20, 1534:15, 1534:16, 1534:18, 1534:22, 1534:24, 1535:18, 1535:22, 1535:24, 1536:1, 1536:2, 1536:7, 1536:11, 1536:13, 1536:16, 1536:18, 1536:25, 1537:8, 1537:9, 1537:15, 1537:16, 1537:17, 1537:25, 1538:3, 1538:13, 1538:14, 1539:14, 1539:18, 1539:22, 1539:25, 1540:4, 1540:7, 1540:8, 1540:10, 1540:17, 1541:1, 1541:9, 1541:14, 1541:15, 1541:16, 1542:2, 1543:16, 1543:21, 1544:1,

---

1544:7, 1544:12, 1544:23, 1544:24, 1545:5, 1546:12, 1546:15, 1546:24, 1547:16, 1547:17, 1548:25, 1549:17, 1549:22, 1550:1, 1550:5, 1550:14, 1551:4, 1551:13, 1551:14, 1551:17, 1551:19, 1552:2, 1552:7, 1552:19, 1553:4, 1553:5, 1553:15, 1554:4, 1554:7, 1554:11, 1555:13, 1555:17, 1555:22, 1556:5, 1556:6, 1557:2, 1557:17, 1558:4, 1558:19, 1559:2, 1559:6, 1559:9, 1559:10, 1559:14, 1559:16, 1559:17, 1559:24, 1560:3, 1560:7, 1560:8, 1560:11, 1560:22, 1560:23, 1560:25, 1561:5, 1561:6, 1561:11, 1561:13, 1561:16, 1562:6, 1562:16, 1563:4, 1563:13, 1563:16, 1563:17, 1563:20, 1564:7, 1564:14, 1564:15, 1564:19, 1565:2, 1565:3, 1565:16, 1565:18, 1565:19, 1565:21, 1565:24, 1566:4, 1566:9, 1566:11, 1566:14, 1566:22, 1567:4, 1567:10, 1567:15, 1567:21, 1568:4, 1568:19, 1569:4, 1569:5, 1569:7, 1569:11, 1569:23, 1570:7, 1570:16, 1570:24, 1571:2, 1571:6, 1571:10, 1571:11, 1571:12, 1571:17, 1571:18, 1571:20, 1571:21, 1571:22, 1572:5, 1572:6, 1572:8, 1572:9, 1572:19, 1572:21, 1573:4, 1573:5, 1573:15, 1573:21, 1573:23, 1573:24, 1574:3, 1574:17, 1574:22, 1575:1,

---

1575:14, 1575:19, 1575:21, 1575:23, 1576:21, 1576:23, 1577:6, 1577:10, 1577:15, 1577:16, 1577:19, 1578:13, 1578:15, 1579:10, 1579:21, 1580:3, 1580:13, 1581:1, 1581:22, 1581:25, 1582:3, 1582:5, 1582:9, 1582:14, 1582:15, 1582:20, 1582:25, 1583:3, 1583:4, 1583:8, 1583:9, 1583:10, 1583:15, 1584:8, 1584:10, 1584:12, 1585:1, 1585:4, 1585:5, 1585:7, 1585:15, 1585:16, 1586:20, 1587:2, 1587:17, 1587:19, 1588:3, 1588:19, 1589:16, 1591:10, 1591:11, 1591:15, 1591:16, 1592:9, 1592:10, 1592:18, 1593:4, 1593:21, 1593:23, 1594:24, 1595:3, 1595:17, 1595:25, 1596:4, 1596:10, 1596:16, 1596:20, 1596:25, 1597:2, 1597:10, 1597:18, 1597:22, 1598:2, 1598:8, 1598:9, 1598:10, 1598:12, 1598:13, 1598:15, 1598:19, 1598:20, 1598:22, 1598:24, 1599:3, 1599:6, 1599:14, 1599:19, 1599:24, 1600:1, 1600:3, 1600:6, 1600:11, 1600:12, 1600:16, 1600:19, 1600:25, 1601:1, 1601:9, 1601:20, 1602:4, 1602:11, 1602:16, 1602:18, 1602:21, 1602:22, 1602:23, 1603:2, 1603:4, 1603:12, 1603:19, 1604:1, 1604:2, 1604:11, 1604:22, 1604:25, 1605:3, 1605:7, 1605:12, 1605:23, 1606:9, 1607:21, 1608:4,

---

1608:19, 1608:21, 1608:24, 1609:2, 1609:5, 1609:7, 1609:12, 1609:16, 1609:18, 1610:16, 1611:3, 1611:24, 1612:15, 1612:24, 1613:8, 1613:9, 1613:18, 1613:22, 1613:25, 1614:2, 1614:10, 1614:12, 1614:16, 1614:17, 1614:18, 1614:19, 1614:21, 1614:22, 1615:1, 1615:2, 1615:9, 1615:11, 1615:12, 1615:13, 1615:15, 1615:17, 1615:19, 1615:20, 1615:22, 1616:1, 1616:2, 1616:3, 1616:4, 1616:7, 1616:10, 1616:17, 1616:22, 1616:23, 1616:24, 1617:8, 1617:11, 1617:12, 1617:13, 1617:15, 1617:17, 1617:19, 1617:20, 1617:22, 1617:23, 1617:25, 1618:5, 1618:7, 1618:13, 1618:20, 1618:21, 1618:23, 1618:24, 1618:25, 1619:2, 1619:4, 1619:7, 1619:9, 1619:10, 1620:4, 1620:13, 1620:23, 1621:1, 1621:19, 1621:21, 1622:1, 1622:2, 1622:9, 1622:21, 1623:3, 1623:7, 1623:19, 1624:11, 1624:12, 1624:14, 1625:13, 1625:14, 1626:4

**I'll** [10] - 1515:14, 1515:15, 1515:17, 1515:25, 1570:17, 1581:1, 1590:19, 1590:25, 1591:1, 1593:19

**I'm** [12] - 1520:20, 1550:6, 1568:15, 1575:13, 1576:7, 1584:19, 1590:23, 1590:25, 1596:4, 1616:19, 1618:10, 1625:10

**I've** [10] - 1515:8, 1536:20, 1574:24,

1594:23, 1599:13, 1600:25, 1614:5, 1614:24, 1618:5, 1624:6

**Iain** [1] - 1513:14
**Ibos** [3] - 1511:19, 1626:4, 1626:12
**ideas** [1] - 1554:2
**identical** [1] - 1625:2
**identified** [1] - 1567:20
**identify** [1] - 1568:12
**if** [95] - 1514:10, 1514:17, 1514:20, 1515:11, 1516:15, 1519:9, 1521:17, 1521:19, 1521:21, 1522:3, 1522:6, 1522:24, 1523:13, 1529:4, 1531:20, 1537:23, 1538:3, 1538:13, 1541:14, 1543:11, 1543:23, 1545:1, 1545:5, 1545:8, 1545:9, 1545:13, 1545:15, 1545:17, 1545:24, 1545:25, 1546:9, 1546:22, 1546:25, 1547:7, 1547:11, 1547:16, 1548:20, 1554:15, 1557:21, 1560:15, 1563:24, 1566:11, 1567:17, 1568:13, 1569:4, 1569:9, 1570:16, 1571:17, 1571:18, 1574:1, 1577:9, 1578:8, 1584:19, 1586:18, 1587:10, 1587:12, 1589:6, 1589:7, 1589:11, 1589:19, 1589:22, 1589:25, 1591:12, 1592:11, 1595:11, 1595:14, 1596:17, 1598:5, 1601:13, 1603:13, 1604:8, 1605:23, 1609:23, 1610:7, 1610:17, 1610:18, 1611:23, 1612:25, 1614:3, 1614:5, 1614:7, 1614:11, 1615:11, 1617:7, 1617:9, 1617:15, 1619:14, 1621:1, 1621:19, 1622:6, 1623:15, 1624:21, 1624:23
**II** [1] - 1511:17

**IL** [1] - 1509:14
**Illinois** [1] - 1597:11
**illustration** [1] - 1553:15
**image** [1] - 1610:2
**imagine** [2] - 1537:8, 1571:22
**implemented** [1] - 1561:6
**importance** [1] - 1542:16
**important** [7] - 1580:16, 1600:7, 1610:9, 1610:10, 1616:15, 1624:4, 1625:3
**impossible** [1] - 1567:10
**IN** [5] - 1507:3, 1507:4, 1507:7, 1516:13, 1595:12
**in** [515] - 1513:14, 1513:20, 1514:18, 1514:19, 1514:20, 1515:8, 1515:13, 1515:15, 1515:17, 1515:23, 1517:4, 1517:6, 1517:12, 1517:14, 1517:16, 1517:20, 1517:23, 1517:25, 1518:3, 1518:4, 1518:14, 1518:15, 1518:20, 1518:23, 1518:25, 1519:8, 1519:9, 1519:15, 1519:20, 1519:25, 1520:1, 1520:2, 1520:3, 1520:12, 1520:13, 1520:18, 1520:23, 1521:4, 1521:7, 1521:8, 1521:11, 1521:12, 1521:17, 1521:23, 1522:2, 1522:5, 1522:9, 1522:11, 1522:13, 1522:20, 1522:21, 1522:23, 1523:5, 1523:12, 1523:14, 1524:15, 1524:21, 1524:23, 1525:8, 1525:10, 1525:12, 1525:25, 1526:14, 1526:20, 1526:22, 1526:23, 1526:24, 1527:3, 1527:13, 1527:24, 1528:4, 1528:6, 1528:7, 1528:10, 1528:12, 1528:13, 1528:14,

1528:16, 1528:17, 1528:18, 1528:20, 1528:21, 1529:3, 1529:4, 1529:8, 1529:19, 1530:10, 1530:21, 1530:22, 1531:7, 1531:23, 1532:7, 1532:11, 1532:12, 1532:19, 1532:20, 1532:21, 1533:15, 1533:21, 1534:5, 1534:13, 1534:18, 1534:22, 1535:10, 1535:19, 1535:22, 1535:24, 1536:2, 1536:4, 1536:16, 1536:18, 1537:12, 1537:16, 1537:19, 1537:22, 1537:25, 1538:1, 1538:2, 1538:7, 1538:24, 1539:10, 1539:19, 1539:25, 1540:3, 1540:5, 1540:8, 1540:15, 1540:16, 1540:18, 1540:20, 1540:23, 1541:4, 1541:15, 1541:22, 1541:23, 1542:2, 1542:5, 1542:9, 1542:13, 1542:17, 1542:18, 1542:19, 1542:25, 1543:4, 1543:12, 1543:13, 1543:21, 1543:22, 1543:24, 1544:8, 1544:9, 1544:14, 1544:15, 1544:16, 1544:21, 1544:22, 1544:24, 1545:1, 1545:2, 1545:7, 1545:10, 1545:24, 1546:3, 1546:11, 1546:16, 1547:1, 1547:7, 1547:12, 1547:14, 1547:18, 1547:22, 1547:23, 1548:6, 1548:20, 1548:22, 1549:1, 1549:3, 1549:4, 1549:17, 1549:19, 1549:20, 1550:1, 1550:3, 1550:4, 1551:7, 1551:11, 1551:15, 1551:18, 1551:24, 1552:3, 1552:5, 1552:13, 1552:24, 1553:1, 1553:9, 1553:14, 1553:17, 1553:20, 1554:12,

1555:5, 1555:13, 1556:2, 1556:6, 1556:7, 1556:10, 1556:12, 1556:14, 1556:19, 1557:4, 1557:5, 1557:20, 1558:15, 1558:16, 1558:19, 1558:23, 1559:7, 1559:10, 1559:15, 1559:18, 1559:19, 1559:22, 1560:1, 1560:8, 1560:18, 1561:2, 1561:3, 1561:22, 1562:4, 1562:10, 1562:13, 1562:21, 1563:1, 1563:12, 1563:21, 1563:24, 1565:11, 1565:17, 1565:20, 1566:4, 1566:15, 1566:23, 1567:1, 1567:2, 1567:12, 1567:22, 1567:25, 1569:9, 1569:13, 1569:17, 1571:5, 1571:10, 1571:12, 1571:18, 1572:3, 1572:20, 1573:6, 1573:16, 1573:17, 1574:4, 1574:18, 1574:23, 1575:1, 1575:3, 1575:9, 1575:15, 1575:18, 1576:8, 1576:16, 1577:6, 1577:13, 1577:15, 1578:2, 1578:8, 1578:18, 1578:20, 1579:1, 1579:6, 1579:7, 1579:9, 1579:17, 1579:18, 1579:23, 1579:24, 1579:25, 1580:1, 1580:3, 1580:11, 1580:12, 1580:16, 1580:20, 1581:1, 1581:6, 1582:5, 1582:13, 1582:16, 1582:18, 1582:20, 1582:21, 1583:3, 1583:5, 1583:7, 1583:12, 1583:15, 1583:17, 1583:18, 1583:19, 1584:9, 1584:11, 1584:13, 1585:13, 1585:19, 1585:20, 1586:3, 1586:6, 1586:7, 1586:11, 1586:19, 1586:21, 1586:22, 1586:23, 1587:2,

1587:4, 1587:9, 1587:10, 1587:19, 1588:13, 1588:14, 1588:20, 1588:25, 1589:15, 1589:20, 1589:21, 1590:2, 1590:3, 1590:8, 1590:11, 1590:14, 1591:14, 1592:6, 1592:17, 1592:19, 1592:22, 1595:2, 1596:11, 1596:18, 1597:2, 1597:7, 1597:10, 1597:12, 1597:15, 1597:23, 1598:10, 1598:20, 1598:21, 1598:23, 1598:25, 1599:1, 1599:2, 1599:8, 1599:13, 1599:16, 1599:17, 1599:18, 1599:19, 1600:3, 1600:6, 1600:10, 1600:15, 1601:4, 1601:5, 1601:10, 1601:15, 1601:19, 1601:22, 1602:1, 1602:11, 1602:12, 1602:13, 1602:22, 1603:1, 1603:8, 1603:10, 1603:19, 1603:22, 1603:24, 1603:25, 1604:4, 1604:14, 1604:20, 1604:22, 1605:4, 1605:20, 1605:21, 1605:24, 1606:5, 1606:6, 1606:7, 1606:12, 1606:14, 1606:15, 1606:22, 1606:24, 1607:6, 1607:10, 1607:12, 1607:21, 1607:24, 1608:6, 1608:14, 1608:24, 1609:5, 1609:9, 1609:14, 1609:20, 1609:22, 1610:4, 1610:6, 1610:8, 1610:13, 1610:16, 1610:24, 1611:3, 1611:9, 1611:14, 1611:15, 1612:9, 1612:17, 1613:2, 1613:14, 1613:23, 1614:2, 1614:15, 1614:17, 1614:25, 1615:22, 1616:7, 1616:10, 1616:15, 1616:18, 1616:21, 1617:3, 1617:5, 1617:21,

1617:23, 1618:4,
1618:8, 1618:10,
1618:12, 1618:13,
1618:15, 1618:16,
1618:24, 1619:2,
1619:9, 1619:20,
1621:5, 1621:17,
1621:23, 1622:1,
1622:7, 1622:8,
1622:10, 1622:17,
1622:20, 1623:10,
1624:2, 1624:4,
1624:16, 1624:17,
1624:19, 1624:22,
1624:23, 1624:25,
1625:4, 1625:6,
1625:13, 1625:15,
1626:8

**INC** [9] - 1507:10,
1509:1, 1509:3,
1509:3, 1509:4,
1509:5, 1509:21,
1510:14, 1510:15

**incident** [8] - 1566:3,
1574:9, 1574:25,
1575:6, 1576:11,
1587:7, 1587:11,
1589:21

**include** [8] - 1520:5,
1520:14, 1524:10,
1524:11, 1525:22,
1601:10, 1614:2,
1614:5

**included** [5] -
1524:9, 1529:21,
1541:12, 1587:15,
1614:3

**includes** [2] -
1533:16, 1574:10

**including** [4] -
1533:22, 1541:20,
1549:8, 1605:6

**incorporated** [2] -
1535:7, 1604:4

**increase** [1] -
1547:13

**increased** [1] -
1527:8

**increasing** [2] -
1543:7, 1547:16

**indeed** [2] - 1549:24,
1575:21

**independent** [1] -
1535:25

**index** [8] - 1606:9,
1607:9, 1608:8,
1608:17, 1609:18,
1617:13, 1623:20,
1624:11

**indicate** [12] -

1526:13, 1526:22,
1527:20, 1527:22,
1530:19, 1531:6,
1535:16, 1545:11,
1545:19, 1563:6,
1593:2, 1593:4

**indicated** [18] -
1521:14, 1522:17,
1528:21, 1531:8,
1540:10, 1550:8,
1550:20, 1561:16,
1562:13, 1562:14,
1563:2, 1563:21,
1564:7, 1565:14,
1571:13, 1572:19,
1588:25, 1589:13

**indicates** [1] -
1578:9

**INDICATING)** [1] -
1554:13

**indication** [1] -
1545:16

**individual** [2] -
1588:1, 1611:9

**individuals** [1] -
1523:15

**industry** [1] - 1606:9

**influence** [1] -
1610:14

**influencing** [1] -
1613:22

**information** [31] -
1520:2, 1520:4,
1520:5, 1520:10,
1523:23, 1524:2,
1524:7, 1524:13,
1525:9, 1529:2,
1533:15, 1538:17,
1538:25, 1541:9,
1544:7, 1558:17,
1558:18, 1559:10,
1560:23, 1560:24,
1571:18, 1571:23,
1571:25, 1573:6,
1574:6, 1574:8,
1609:6, 1609:13,
1609:14, 1612:22,
1616:1

**initial** [15] - 1519:6,
1522:1, 1540:11,
1540:19, 1542:22,
1542:24, 1543:2,
1543:18, 1543:19,
1544:25, 1552:4,
1552:5, 1579:15,
1579:25, 1589:10

**initially** [5] -
1524:17, 1538:19,
1539:5, 1552:8,
1554:10

**injecting** [1] - 1584:4
**input** [17] - 1524:7,
1530:9, 1530:14,
1530:16, 1530:17,
1533:16, 1535:11,
1535:13, 1535:19,
1537:19, 1537:23,
1553:2, 1555:11,
1561:14, 1561:16,
1567:3, 1616:18

**inputs** [8] - 1530:12,
1531:6, 1531:8,
1531:9, 1533:13,
1533:14, 1535:17,
1554:24

**installed** [2] -
1522:2, 1528:7

**installing** [1] -
1544:21

**instead** [2] -
1559:18, 1614:22

**instrumentation** [1] -
1598:24

**intact** [1] - 1523:13

**integrate** [1] -
1613:13

**Integrity** [4] -
1519:23, 1520:24,
1521:2, 1525:1

**integrity** [35] -
1517:24, 1519:14,
1519:16, 1519:17,
1519:18, 1521:1,
1521:6, 1521:19,
1521:21, 1521:23,
1521:25, 1522:1,
1522:6, 1522:8,
1522:15, 1522:24,
1522:25, 1523:13,
1525:10, 1528:5,
1528:8, 1528:22,
1529:5, 1529:9,
1529:14, 1530:5,
1531:17, 1543:24,
1544:3, 1546:7,
1546:8, 1602:17,
1602:21

**interact** [1] - 1544:14

**interacted** [2] -
1541:16, 1544:13

**interest** [8] -
1556:12, 1615:23,
1622:25, 1623:2,
1623:3, 1623:7,
1623:11

**interesting** [2] -
1598:1, 1603:4

**INTERESTS** [1] -
1508:12

**intermediate** [1] -

1530:4
**internal** [1] - 1601:3
**interpret** [2] -
1598:25, 1600:13
**interpretation** [5] -
1520:7, 1529:14,
1531:17, 1545:14,
1584:5
**interpreted** [2] -
1521:22, 1546:5
**into** [30] - 1515:12,
1518:8, 1519:10,
1519:11, 1521:8,
1521:17, 1521:20,
1521:22, 1522:4,
1529:9, 1530:4,
1535:8, 1543:7,
1543:25, 1544:14,
1545:15, 1545:17,
1545:22, 1551:12,
1560:7, 1566:6,
1575:24, 1577:16,
1581:18, 1586:19,
1590:17, 1591:12,
1601:24, 1604:5
**introduce** [2] -
1516:24, 1595:22
**introduced** [1] -
1513:13
**investigate** [1] -
1528:23
**investigations** [1] -
1599:9
**involve** [2] -
1579:20, 1601:5
**involved** [8] -
1518:16, 1518:17,
1518:19, 1518:20,
1566:15, 1599:8,
1599:15, 1618:12
**involvement** [5] -
1517:16, 1517:17,
1517:19, 1518:14,
1518:15
**involving** [1] -
1598:18
**IRPINO** [2] - 1508:1,
1508:1
**Island** [1] - 1508:7
**isn't** [6] - 1539:8,
1546:2, 1549:21,
1572:18, 1581:10,
1612:8
**issue** [9] - 1589:16,
1589:19, 1589:22,
1594:24, 1618:3,
1620:25, 1621:20,
1622:2, 1624:4
**issues** [7] - 1536:12,
1589:15, 1589:17,

1602:16, 1622:16,
1624:18, 1624:20
**it** [148] - 1515:14,
1515:18, 1516:20,
1517:23, 1518:11,
1519:14, 1519:15,
1519:16, 1522:25,
1523:4, 1527:3,
1530:3, 1530:4,
1530:20, 1532:22,
1534:5, 1535:23,
1539:2, 1540:1,
1540:5, 1540:7,
1542:2, 1542:9,
1543:13, 1543:17,
1543:22, 1544:5,
1544:19, 1544:22,
1545:4, 1545:16,
1545:17, 1546:16,
1546:22, 1546:24,
1547:2, 1548:11,
1548:13, 1548:16,
1548:25, 1549:19,
1549:21, 1549:25,
1550:5, 1550:15,
1550:17, 1552:6,
1552:21, 1553:9,
1554:25, 1555:16,
1556:4, 1556:17,
1557:8, 1557:12,
1557:22, 1558:19,
1558:21, 1559:4,
1559:7, 1559:23,
1562:10, 1562:13,
1563:10, 1565:22,
1566:23, 1567:21,
1567:23, 1569:5,
1569:15, 1570:15,
1572:6, 1575:17,
1575:21, 1575:22,
1576:13, 1576:23,
1578:4, 1578:13,
1578:15, 1578:18,
1579:5, 1579:16,
1581:11, 1581:20,
1583:18, 1584:17,
1584:21, 1585:2,
1585:5, 1585:7,
1585:14, 1586:15,
1586:16, 1586:20,
1588:4, 1588:11,
1589:8, 1589:19,
1589:25, 1592:9,
1593:21, 1594:9,
1597:23, 1598:25,
1602:13, 1602:22,
1603:3, 1603:4,
1603:5, 1603:6,
1603:15, 1603:17,
1603:19, 1604:7,
1604:11, 1604:19,

1606:22, 1607:2, 1607:10, 1608:3, 1610:17, 1612:11, 1614:3, 1614:16, 1615:2, 1616:3, 1616:8, 1616:10, 1616:13, 1617:14, 1622:2, 1622:17, 1623:3, 1623:8, 1623:18, 1624:11, 1624:22, 1625:5

**it's** [35] - 1515:3, 1521:20, 1548:6, 1549:19, 1558:22, 1571:23, 1573:22, 1574:16, 1574:17, 1580:5, 1582:21, 1587:25, 1588:1, 1589:7, 1589:17, 1589:22, 1594:14, 1594:24, 1597:22, 1601:1, 1606:21, 1607:18, 1613:3, 1614:10, 1614:13, 1616:15, 1617:1, 1617:15, 1620:7, 1620:8, 1620:14, 1624:17, 1624:21

**its** [13] - 1522:5, 1522:15, 1522:25, 1524:15, 1525:1, 1525:10, 1530:5, 1543:3, 1543:24, 1544:3, 1546:8, 1575:17, 1586:4

**its'** [1] - 1601:15

**itself** [6] - 1520:9, 1544:6, 1553:4, 1553:5, 1586:17, 1588:23

# J

**J** [10] - 1507:4, 1507:7, 1507:9, 1507:12, 1507:16, 1508:13, 1509:11, 1510:15, 1510:23, 1511:1

**Jaeger** [1] - 1574:20

**JAMES** [1] - 1507:18

**Jefferson** [1] - 1507:19

**JENNY** [1] - 1509:23

**job** [2] - 1517:11, 1519:17

**Johnson** [3] - 1515:9, 1515:10, 1515:15

**JOSEPH** [1] -

1509:16

**journal** [2] - 1532:11, 1601:1

**journals** [1] - 1601:7

**JR** [1] - 1509:23

**Judge** [3] - 1537:10, 1621:10, 1621:14

**JUDGE** [1] - 1507:13

**JUDY** [1] - 1508:21

**Judy** [2] - 1516:8, 1516:20

**July** [104] - 1517:22, 1518:2, 1518:7, 1524:4, 1524:5, 1525:2, 1525:5, 1525:6, 1526:2, 1528:3, 1528:4, 1528:8, 1528:12, 1528:17, 1529:19, 1530:1, 1530:18, 1530:23, 1530:24, 1531:1, 1531:10, 1531:13, 1531:15, 1531:24, 1532:6, 1533:2, 1533:21, 1533:23, 1534:1, 1534:10, 1534:13, 1534:18, 1534:19, 1534:20, 1538:7, 1538:24, 1540:9, 1540:10, 1540:24, 1542:6, 1543:16, 1543:21, 1544:16, 1546:19, 1547:21, 1550:13, 1552:10, 1552:13, 1554:25, 1555:1, 1555:2, 1556:15, 1556:17, 1556:21, 1556:25, 1557:8, 1557:20, 1557:25, 1558:1, 1558:10, 1560:16, 1561:1, 1561:12, 1561:18, 1561:19, 1562:7, 1562:8, 1563:8, 1565:20, 1566:1, 1566:7, 1566:12, 1566:14, 1566:21, 1566:25, 1567:1, 1567:13, 1567:24, 1568:3, 1568:18, 1569:1, 1572:15, 1572:22, 1573:2, 1576:18, 1576:21, 1577:10, 1577:16, 1577:17, 1577:18, 1577:20, 1585:20, 1592:20, 1602:22

**June** [8] - 1517:21,

1518:15, 1522:22, 1523:2, 1543:16, 1544:16, 1546:19

**JURY** [1] - 1507:12

**just** [73] - 1514:16, 1514:21, 1515:21, 1516:9, 1531:2, 1532:14, 1536:13, 1537:9, 1537:12, 1538:23, 1540:15, 1540:18, 1540:23, 1543:12, 1545:12, 1546:13, 1551:12, 1551:23, 1552:5, 1552:15, 1553:20, 1556:11, 1556:17, 1558:21, 1560:10, 1565:1, 1565:19, 1565:24, 1566:4, 1570:6, 1570:12, 1574:9, 1574:17, 1576:16, 1579:9, 1579:22, 1581:17, 1587:25, 1590:19, 1592:12, 1596:18, 1597:15, 1603:4, 1603:19, 1604:11, 1606:15, 1607:8, 1607:9, 1608:2, 1608:3, 1608:6, 1609:10, 1609:13, 1609:22, 1609:25, 1610:4, 1611:24, 1612:1, 1612:6, 1613:9, 1613:13, 1613:18, 1613:22, 1613:25, 1616:1, 1619:10, 1619:23, 1621:11, 1622:11, 1622:18, 1623:19, 1624:12, 1625:17

**Justice** [1] - 1604:2

**JUSTICE** [3] - 1508:16, 1508:23

**justification** [1] - 1570:8

# K

**K** [7] - 1509:5, 1509:9, 1510:11, 1563:23, 1608:11, 1609:19, 1622:14

**KANNER** [2] - 1508:9, 1508:9

**kappa** [5] - 1606:6, 1606:7, 1606:8, 1606:12, 1608:8

**Karen** [3] - 1511:19, 1626:4, 1626:12

**KARIS** [1] - 1509:12

**KATZ** [2] - 1507:15, 1511:1

**keep** [8] - 1515:18, 1531:14, 1531:18, 1537:11, 1562:10, 1565:24, 1579:9, 1603:3

**keeping** [1] - 1522:24

**Kelkar** [6] - 1514:11, 1514:16, 1514:18, 1539:12, 1539:14

**Kelkar's** [1] - 1540:3

**Kelly** [19] - 1520:14, 1523:17, 1523:20, 1524:1, 1524:3, 1524:6, 1524:13, 1524:14, 1530:21, 1539:4, 1540:10, 1540:13, 1540:24, 1541:12, 1550:14, 1551:4, 1552:3, 1552:7, 1571:16

**KENT** [1] - 1511:11

**kept** [5] - 1522:21, 1523:7, 1530:3, 1556:7, 1587:4

**KERRY** [1] - 1510:15

**Kill** [3] - 1613:19, 1613:20, 1614:4

**kill** [7] - 1540:20, 1557:10, 1605:7, 1607:22, 1608:15, 1622:13, 1622:17

**killed** [5] - 1540:20, 1557:10, 1576:20, 1576:22, 1577:1

**kind** [3] - 1520:2, 1565:15, 1609:17

**KIRBY** [1] - 1510:10

**KIRKLAND** [3] - 1509:11, 1509:15, 1509:18

**knew** [7] - 1551:10, 1551:11, 1551:14, 1551:17, 1565:10, 1571:19, 1618:25

**know** [44] - 1515:22, 1518:20, 1540:18, 1541:14, 1541:15, 1544:7, 1544:10, 1544:12, 1547:12, 1551:13, 1556:15, 1557:2, 1557:21, 1559:18, 1560:13, 1564:19, 1569:23, 1571:17, 1572:5, 1581:22, 1584:8, 1586:20, 1588:3,

1588:19, 1592:11, 1602:12, 1608:5, 1608:14, 1610:17, 1615:10, 1615:15, 1615:20, 1616:19, 1616:22, 1617:14, 1617:19, 1618:22, 1619:22, 1620:20, 1621:1, 1623:4, 1623:9, 1624:1

**known** [7] - 1518:4, 1543:8, 1574:13, 1574:22, 1598:17, 1608:19, 1617:12

**knows** [1] - 1618:10

**KRAUS** [1] - 1508:10

**KUCHLER** [2] - 1510:6, 1510:7

**KY** [1] - 1510:10

# L

**L** [4] - 1507:24, 1508:13, 1509:23, 1510:18

**LA** [10] - 1507:4, 1507:17, 1507:20, 1508:2, 1508:5, 1508:11, 1509:7, 1510:8, 1510:17, 1511:20

**Lab** [2] - 1533:4, 1602:10

**label** [1] - 1559:8

**labor** [3] - 1575:16, 1575:20, 1575:21

**Laboratories** [4] - 1544:11, 1568:9, 1596:2, 1597:19

**laboratory** [3] - 1571:1, 1584:6, 1597:23

**Laboratory** [2] - 1571:2, 1600:2

**Labs** [1] - 1519:22

**lack** [2] - 1568:11, 1573:6

**lacks** [1] - 1567:21

**Lafayette** [1] - 1507:20

**Lake** [1] - 1508:5

**Lamar** [1] - 1510:3

**laminar** [4] - 1605:19, 1605:20, 1606:7, 1606:8

**LANGAN** [1] - 1509:11

**large** [3] - 1544:19, 1546:21, 1622:19

**larger** [1] - 1579:14
**LaSalle** [1] - 1509:14
**last** [11] - 1514:12, 1516:12, 1516:17, 1529:10, 1539:3, 1549:23, 1554:11, 1583:22, 1592:2, 1593:18, 1593:24
**late** [6] - 1517:21, 1518:7, 1518:15, 1565:20, 1585:20, 1602:12
**later** [11] - 1524:19, 1542:25, 1565:23, 1577:3, 1583:6, 1594:4, 1597:7, 1600:21, 1611:24, 1612:16, 1619:24
**LAW** [2] - 1508:1, 1511:14
**Law** [6] - 1580:20, 1580:23, 1581:6, 1581:9, 1581:14
**law** [1] - 1581:9
**Lawrence** [1] - 1571:2
**lawyers** [1] - 1516:11
**layers** [1] - 1583:19
**lead** [4] - 1519:12, 1543:3, 1547:22, 1550:24
**lead-in** [1] - 1547:22
**leaders** [2] - 1528:25, 1588:17
**leading** [2] - 1574:10, 1574:18
**leak** [36] - 1518:5, 1518:6, 1518:10, 1519:10, 1521:23, 1522:4, 1528:10, 1531:25, 1532:2, 1532:3, 1532:8, 1532:10, 1533:7, 1543:1, 1543:12, 1543:25, 1544:25, 1545:7, 1545:11, 1545:20, 1553:13, 1557:2, 1557:4, 1561:5, 1561:9, 1561:11, 1563:24, 1564:10, 1565:3, 1565:15, 1565:17, 1565:21, 1566:5, 1585:25, 1586:3, 1599:21
**leaking** [11] - 1520:8, 1521:19, 1545:22, 1546:7, 1557:6, 1557:11, 1557:22, 1562:14, 1563:19,

1563:20, 1565:18
**leaks** [3] - 1531:19, 1531:20, 1610:16
**learn** [3] - 1597:25, 1598:25, 1599:6
**learned** [3] - 1598:19, 1598:20, 1598:24
**LEASING** [1] - 1507:8
**least** [2] - 1557:1, 1564:8
**leave** [1] - 1575:23
**leaving** [1] - 1563:1
**led** [3] - 1540:14, 1540:15, 1600:22
**LEE** [1] - 1511:14
**left** [15] - 1514:11, 1536:9, 1548:11, 1559:13, 1559:19, 1562:21, 1576:5, 1576:6, 1576:8, 1583:18, 1585:10, 1607:23, 1609:17, 1609:25
**left-hand** [3] - 1576:5, 1583:18, 1585:10
**leftover** [1] - 1587:19
**Lehr** [1] - 1569:25
**length** [2] - 1559:9, 1562:19
**less** [2] - 1521:12, 1619:9
**let** [13] - 1513:7, 1515:22, 1538:1, 1545:12, 1546:13, 1546:18, 1553:7, 1554:7, 1559:6, 1562:16, 1570:20, 1586:3, 1609:9
**let's** [71] - 1517:15, 1518:25, 1521:3, 1526:4, 1528:10, 1529:16, 1530:7, 1531:2, 1532:13, 1538:16, 1538:19, 1538:23, 1540:2, 1540:13, 1540:23, 1542:5, 1545:2, 1546:18, 1546:19, 1547:20, 1547:21, 1548:4, 1550:11, 1550:12, 1551:24, 1552:14, 1552:15, 1554:19, 1558:10, 1558:22, 1558:23, 1559:4, 1561:8, 1564:9, 1565:1, 1566:1, 1566:19,

1567:16, 1567:18, 1568:13, 1569:24, 1570:25, 1573:12, 1573:22, 1574:19, 1576:4, 1578:22, 1579:6, 1579:15, 1582:16, 1583:17, 1585:19, 1594:7, 1597:7, 1600:1, 1600:21, 1602:9, 1604:7, 1605:15, 1607:5, 1607:16, 1609:21, 1611:1, 1618:19, 1619:13, 1623:12, 1624:8, 1625:8
**level** [2] - 1602:14, 1604:9
**levels** [1] - 1569:20
**LEVIN** [1] - 1507:21
**Levitan** [9] - 1520:15, 1554:17, 1555:17, 1557:13, 1557:23, 1558:11, 1572:1, 1572:6, 1572:8
**LEWIS** [3] - 1509:5, 1509:21, 1510:1
**LI** [1] - 1510:22
**liaison** [1] - 1523:24
**Liao** [1] - 1620:8
**Liao's** [1] - 1620:20
**licensed** [1] - 1600:19
**lies** [1] - 1537:22
**life** [2] - 1587:9, 1587:11
**light** [1] - 1618:24
**lighter** [1] - 1607:20
**like** [29] - 1513:12, 1514:17, 1515:1, 1515:11, 1515:22, 1525:18, 1528:9, 1532:24, 1548:16, 1561:19, 1563:25, 1570:8, 1571:12, 1578:4, 1580:13, 1580:17, 1581:10, 1581:20, 1583:4, 1585:2, 1589:21, 1599:9, 1600:10, 1610:19, 1615:6, 1616:16, 1617:18, 1620:23
**liked** [1] - 1571:7
**likelihood** [1] - 1515:1
**likewise** [1] - 1537:7
**limit** [2] - 1621:22, 1621:23

**LIMITED** [1] - 1509:4
**limited** [1] - 1621:9
**line** [28] - 1537:13, 1537:15, 1547:18, 1555:16, 1555:25, 1559:3, 1560:3, 1560:4, 1560:5, 1561:15, 1572:12, 1572:13, 1572:14, 1573:23, 1607:22, 1607:23, 1611:5, 1611:15, 1611:23, 1611:24, 1612:2, 1612:5, 1620:19, 1622:13, 1622:17
**linearly** [1] - 1605:21
**lines** [4] - 1548:13, 1553:20, 1605:7, 1608:15
**LISKOW** [1] - 1509:5
**list** [2] - 1516:2
**listed** [1] - 1593:1
**literally** [1] - 1560:21
**litigation** [5] - 1539:13, 1579:7, 1603:22, 1603:25, 1621:8
**little** [24] - 1514:10, 1528:18, 1529:7, 1537:8, 1540:13, 1553:8, 1553:24, 1565:23, 1576:19, 1576:21, 1576:23, 1594:14, 1602:22, 1606:22, 1609:22, 1611:20, 1613:24, 1618:21, 1618:23, 1619:1, 1619:24, 1623:17, 1624:1
**live** [2] - 1514:5, 1621:25
**Livermore** [1] - 1571:2
**LLC** [1] - 1510:13
**LLP** [1] - 1509:18
**LMRP** [1] - 1607:21
**located** [1] - 1609:23
**location** [2] - 1562:5, 1609:2
**logs** [1] - 1520:6
**long** [11] - 1517:8, 1555:19, 1555:23, 1556:6, 1556:9, 1573:22, 1590:23, 1595:1, 1598:3, 1610:1, 1615:12
**long-standing** [1] - 1595:1
**longer** [1] - 1612:10

**longitudinal** [1] - 1588:14
**longitudinally** [1] - 1589:1
**look** [40] - 1537:25, 1538:23, 1540:2, 1540:22, 1541:22, 1542:5, 1545:2, 1546:19, 1547:1, 1547:20, 1548:4, 1548:19, 1550:12, 1551:24, 1553:5, 1554:19, 1558:10, 1558:22, 1559:4, 1561:8, 1564:9, 1565:1, 1566:19, 1567:16, 1567:18, 1569:24, 1570:25, 1572:17, 1573:12, 1573:22, 1576:4, 1578:22, 1579:6, 1582:16, 1582:25, 1611:23, 1617:10
**looked** [14] - 1537:23, 1539:23, 1545:2, 1545:6, 1548:5, 1551:22, 1552:13, 1567:17, 1571:20, 1582:24, 1594:23, 1602:21, 1617:20, 1622:11
**looking** [6] - 1549:14, 1560:5, 1589:6, 1602:19, 1609:13, 1619:11
**looks** [2] - 1515:1, 1548:16
**Los** [2] - 1509:20, 1510:24
**lose** [4] - 1522:15, 1522:25, 1544:3, 1546:8
**loss** [4] - 1521:25, 1522:1, 1586:16, 1586:22
**losses** [3] - 1586:12, 1586:18, 1586:24
**lost** [2] - 1522:5, 1612:10
**lot** [5] - 1538:16, 1590:16, 1611:13, 1613:21, 1618:19
**lots** [4] - 1588:1, 1588:3, 1590:14, 1590:15
**Louisiana** [1] - 1626:5
**LOUISIANA** [2] - 1507:1, 1508:9
**love** [3] - 1575:16,

1575:20, 1575:21
**low** [12] - 1521:9,
1521:11, 1521:12,
1521:18, 1528:2,
1528:15, 1545:14,
1545:19, 1551:12,
1551:15, 1592:16,
1592:23
**lower** [12] - 1527:6,
1527:12, 1527:15,
1559:19, 1560:8,
1564:17, 1569:10,
1578:5, 1585:14,
1589:12, 1607:19
**LP** [1] - 1510:6
**LUIS** [1] - 1510:22
**LUNCH** [1] - 1625:20
**LUNDY** [3] - 1508:3,
1508:4
**LUXENBERG** [1] -
1507:24

## M

**M** [2] - 1508:6,
1511:17
**M56D** [1] - 1583:22
**M56E** [1] - 1583:22
**M56F** [1] - 1583:22
**Macondo** [56] -
1518:9, 1532:21,
1533:10, 1537:14,
1538:20, 1538:24,
1538:25, 1539:8,
1539:12, 1539:21,
1541:8, 1542:1,
1542:17, 1542:23,
1542:24, 1543:23,
1544:13, 1545:7,
1547:12, 1549:1,
1549:12, 1549:15,
1549:20, 1549:25,
1550:21, 1551:10,
1551:18, 1557:2,
1557:3, 1558:2,
1558:7, 1566:2,
1566:20, 1574:9,
1574:25, 1575:5,
1576:11, 1577:4,
1580:17, 1582:5,
1583:7, 1583:19,
1583:22, 1587:23,
1588:7, 1589:7,
1589:21, 1590:5,
1596:13, 1597:5,
1598:7, 1599:2,
1600:9, 1600:23,
1605:4, 1612:14
**macro** [1] - 1575:24
**made** [22] - 1520:24,

1522:14, 1522:23,
1523:21, 1528:4,
1529:5, 1531:14,
1532:5, 1532:6,
1534:23, 1542:8,
1559:23, 1563:13,
1564:23, 1569:8,
1588:1, 1588:4,
1589:10, 1598:21,
1618:25, 1621:12
**Magazine** [1] -
1508:2
**mail** [17] - 1550:12,
1550:13, 1551:22,
1551:23, 1551:25,
1570:15, 1570:24,
1571:15, 1571:22,
1573:12, 1573:13,
1573:20, 1573:22,
1574:1, 1574:3,
1592:6, 1592:9
**mailed** [1] - 1558:20
**mails** [1] - 1571:2
**main** [6] - 1541:9,
1572:6, 1572:10,
1588:16, 1588:20,
1615:1
**majority** [1] - 1601:6
**make** [15] - 1515:14,
1517:14, 1519:17,
1525:8, 1525:9,
1529:12, 1532:3,
1545:12, 1556:4,
1566:4, 1566:9,
1579:12, 1582:9,
1606:20, 1616:21
**makes** [1] - 1615:2
**making** [3] -
1522:19, 1563:1,
1582:14
**man** [1] - 1598:21
**man-made** [1] -
1598:21
**Management** [2] -
1539:15, 1539:19
**many** [2] - 1520:12,
1520:20
**Marcia** [3] - 1518:19,
1570:1, 1570:21
**Mark** [1] - 1577:14
**Martin** [6] - 1536:12,
1536:13, 1536:14,
1536:15, 1536:25,
1537:3
**MARTIN** [3] -
1509:19, 1511:8,
1511:14
**martin** [1] - 1536:16
**MARTINEZ** [1] -
1509:23

**Mason** [2] - 1520:18,
1543:17
**mass** [6] - 1581:13,
1581:14, 1581:17,
1604:13, 1610:21
**master's** [1] - 1517:6
**masters** [1] -
1597:10
**match** [8] - 1561:24,
1563:7, 1563:22,
1564:3, 1564:4,
1564:17, 1564:19,
1564:21
**matched** [2] -
1562:1, 1564:13
**matches** [2] -
1562:6, 1564:20
**matching** [7] -
1561:6, 1561:17,
1561:18, 1561:20,
1582:11
**material** [1] -
1581:16
**materials** [2] -
1598:22
**mathematical** [1] -
1604:12
**mathematics** [2] -
1601:23, 1606:14
**Matt** [3] - 1513:19,
1593:15, 1621:3
**matter** [3] - 1520:11,
1593:16, 1626:8
**matters** [1] - 1515:20
**MATTHEW** [2] -
1508:4, 1509:12
**May** [8] - 1540:8,
1612:3, 1612:4,
1612:5, 1612:6,
1612:8, 1624:1,
1624:19
**may** [3] - 1516:20,
1536:7, 1570:16
**maybe** [7] - 1514:10,
1545:24, 1560:16,
1561:18, 1599:6,
1609:13, 1619:1
**MAZE** [1] - 1508:13
**McAughan** [17] -
1520:14, 1523:17,
1523:21, 1524:1,
1524:3, 1524:13,
1524:14, 1530:21,
1539:4, 1540:10,
1540:14, 1540:24,
1541:12, 1550:14,
1551:4, 1552:3,
1571:16
**McAughan's** [1] -
1552:7

**McCRANEY** [1] -
1511:16
**McCUTCHEN** [1] -
1510:9
**McGowan** [1] -
1524:6
**McNutt** [6] - 1518:19,
1570:1, 1570:21,
1571:1, 1571:8,
1571:9
**MD** [1] - 1511:2
**MDL-2179** [1] -
1507:3
**me** [64] - 1513:7,
1514:24, 1518:19,
1524:1, 1524:6,
1524:8, 1524:13,
1524:16, 1528:12,
1530:8, 1530:14,
1530:21, 1533:4,
1534:5, 1535:3,
1536:7, 1538:1,
1539:9, 1540:10,
1545:12, 1546:13,
1546:14, 1546:18,
1548:16, 1550:8,
1550:15, 1551:4,
1551:23, 1553:7,
1554:23, 1556:3,
1556:14, 1556:24,
1557:16, 1558:17,
1559:6, 1559:24,
1560:21, 1562:16,
1563:16, 1569:4,
1570:20, 1571:9,
1571:13, 1571:16,
1572:19, 1573:4,
1573:10, 1574:1,
1577:11, 1577:14,
1580:25, 1582:12,
1586:3, 1592:6,
1592:11, 1592:15,
1609:10, 1615:9,
1615:19, 1615:21,
1615:23, 1615:24
**mean** [30] - 1521:25,
1540:7, 1540:18,
1542:2, 1544:12,
1546:6, 1546:24,
1547:16, 1550:1,
1551:13, 1551:14,
1560:7, 1563:16,
1565:19, 1574:22,
1575:1, 1575:19,
1576:21, 1587:2,
1588:3, 1591:15,
1598:8, 1610:16,
1613:19, 1614:11,
1616:7, 1618:20,
1618:24, 1621:21,

1623:2
**meaning** [2] -
1521:12, 1606:14
**means** [2] - 1588:3,
1623:4
**meant** [6] - 1536:11,
1551:17, 1559:21,
1560:2, 1560:23,
1586:16
**measure** [6] -
1519:15, 1600:8,
1606:19, 1606:22,
1615:21, 1615:22
**measured** [29] -
1547:14, 1552:1,
1573:2, 1578:20,
1584:4, 1596:20,
1596:23, 1605:1,
1605:9, 1605:12,
1605:13, 1608:19,
1608:24, 1609:2,
1609:3, 1611:12,
1611:15, 1611:17,
1611:18, 1611:20,
1613:8, 1614:14,
1616:11, 1618:1,
1619:16, 1619:18,
1619:21, 1623:21
**measurement** [6] -
1550:22, 1561:22,
1571:19, 1584:16,
1612:13, 1614:12
**measurements** [7] -
1517:14, 1538:20,
1539:23, 1550:17,
1550:24, 1551:1,
1551:21
**mechanic** [2] -
1541:1, 1541:2
**mechanical** [2] -
1511:22, 1597:10
**Mechanics** [1] -
1574:20
**mechanics** [7] -
1520:17, 1540:25,
1541:4, 1574:14,
1575:3, 1575:18,
1603:10
**Medal** [1] - 1535:24
**medal** [1] - 1536:1
**media** [2] - 1581:10,
1598:21
**medium** [4] - 1521:9,
1521:13, 1521:20,
1528:2
**meet** [2] - 1555:17,
1625:15
**meeting** [70] -
1522:22, 1523:5,
1523:6, 1523:7,

1523:17, 1523:19, 1524:3, 1524:5, 1524:24, 1525:2, 1525:3, 1525:5, 1525:6, 1525:7, 1525:8, 1525:11, 1525:12, 1525:13, 1525:15, 1525:21, 1528:3, 1528:4, 1529:23, 1530:1, 1530:2, 1530:21, 1530:24, 1531:1, 1531:10, 1531:13, 1531:15, 1531:24, 1533:21, 1533:23, 1533:24, 1534:2, 1534:3, 1534:10, 1534:13, 1534:15, 1534:18, 1535:15, 1538:3, 1538:7, 1548:1, 1554:16, 1555:14, 1556:7, 1556:8, 1556:10, 1556:18, 1556:21, 1557:16, 1557:17, 1560:16, 1566:2, 1566:3, 1566:7, 1566:14, 1567:8, 1567:24, 1568:3, 1568:17, 1568:18, 1568:19, 1568:22, 1572:7, 1576:8, 1593:2, 1625:14

**meetings** [9] - 1520:12, 1523:15, 1523:22, 1543:16, 1543:17, 1546:16, 1550:4, 1557:4, 1557:5

**member** [1] - 1598:15

**memo** [3] - 1543:21, 1543:22, 1570:11

**Menlo** [3] - 1517:1, 1520:1, 1523:5

**mentioned** [10] - 1520:10, 1526:1, 1540:14, 1541:5, 1541:12, 1556:11, 1585:24, 1605:16, 1614:24, 1615:4

**Merrill** [35] - 1520:14, 1522:17, 1522:19, 1522:22, 1523:3, 1523:23, 1523:25, 1526:2, 1526:3, 1526:12, 1526:13, 1526:15, 1526:21, 1526:22, 1527:1, 1527:4, 1527:20,

1527:22, 1530:24, 1530:25, 1531:6, 1531:16, 1541:13, 1541:20, 1541:25, 1542:6, 1547:20, 1548:21, 1550:8, 1551:20, 1555:3, 1571:18, 1592:19, 1592:23, 1592:25

**Merrill's** [12] - 1523:10, 1526:7, 1527:17, 1527:24, 1530:22, 1531:3, 1531:5, 1542:12, 1548:2, 1548:4, 1552:14, 1593:2

**met** [6] - 1557:6, 1557:12, 1558:11, 1560:18, 1566:12, 1566:14

**metadata** [1] - 1561:1

**meter** [2] - 1606:21, 1610:16

**meters** [1] - 1559:18

**method** [5] - 1559:16, 1603:24, 1604:1, 1607:1, 1618:8

**methodology** [15] - 1604:1, 1604:5, 1604:7, 1604:9, 1614:9, 1614:24, 1615:1, 1615:2, 1615:5, 1616:10, 1617:11, 1617:23, 1618:16, 1624:25

**methods** [2] - 1517:14, 1623:23

**Mexico** [3] - 1524:21, 1551:7, 1551:12, 1551:15, 1565:11, 1569:13, 1572:21, 1592:17

**MEXICO** [1] - 1507:4

**MICHAEL** [1] - 1510:21

**Michael** [1] - 1554:17

**microphone** [1] - 1596:5

**microsips** [95] - 1524:17, 1524:18, 1524:20, 1524:22, 1524:23, 1527:8, 1527:9, 1527:19, 1527:20, 1527:22, 1530:17, 1531:12, 1537:11, 1537:20, 1537:23, 1538:1, 1538:2, 1538:4,

1538:6, 1538:10, 1538:11, 1538:13, 1538:14, 1538:21, 1538:22, 1539:3, 1539:5, 1539:7, 1539:24, 1540:6, 1540:12, 1540:15, 1540:17, 1541:21, 1547:7, 1548:9, 1549:8, 1549:24, 1550:1, 1550:3, 1550:9, 1550:14, 1550:25, 1551:3, 1551:5, 1551:6, 1551:21, 1552:2, 1552:5, 1552:9, 1552:22, 1552:25, 1553:3, 1553:12, 1553:16, 1553:21, 1553:25, 1555:9, 1557:15, 1558:2, 1558:11, 1560:6, 1560:7, 1560:20, 1561:2, 1561:4, 1562:2, 1562:3, 1565:12, 1567:13, 1569:3, 1569:6, 1569:11, 1569:13, 1569:22, 1570:13, 1570:23, 1571:3, 1571:20, 1572:2, 1572:19, 1575:24, 1587:15, 1587:17, 1587:18, 1587:20, 1592:10, 1592:14, 1592:15, 1592:16, 1592:20

**middle** [8] - 1521:20, 1528:16, 1528:19, 1528:20, 1529:9, 1545:17

**might** [12] - 1537:8, 1542:22, 1546:25, 1548:20, 1569:5, 1586:13, 1588:7, 1589:2, 1599:21, 1610:13, 1615:22, 1616:24

**MIKE** [1] - 1511:14

**Mike** [7] - 1520:14, 1520:15, 1520:18, 1543:17, 1557:23, 1572:1, 1572:8

**Miller** [2] - 1571:15, 1572:5

**MILLER** [1] - 1510:15

**millidarcies** [6] - 1572:9, 1583:2, 1583:5, 1583:6,

1585:9, 1585:12

**million** [16] - 1537:13, 1538:8, 1538:11, 1538:15, 1569:7, 1576:10, 1576:17, 1577:8, 1577:24, 1578:23, 1580:4, 1597:6, 1609:15, 1613:15, 1624:7

**mind** [2] - 1546:18, 1614:15

**Mineral** [2] - 1539:15, 1539:18

**minus** [1] - 1576:13

**minute** [3] - 1514:6, 1603:10, 1615:4

**minutes** [8] - 1513:9, 1513:10, 1590:22, 1590:23, 1594:14, 1625:13, 1625:15

**mismatch** [1] - 1564:16

**missed** [1] - 1593:21

**MISSISSIPPI** [1] - 1511:14

**MITCHELL** [1] - 1507:21

**mixture** [1] - 1606:6

**model** [106] - 1518:4, 1518:5, 1518:11, 1518:13, 1524:22, 1524:23, 1528:1, 1528:10, 1529:6, 1529:7, 1529:11, 1530:10, 1530:13, 1530:18, 1531:25, 1532:2, 1532:4, 1532:6, 1532:9, 1532:10, 1532:17, 1532:25, 1533:1, 1533:2, 1533:5, 1533:7, 1533:9, 1533:13, 1533:14, 1533:18, 1533:20, 1534:14, 1534:16, 1534:17, 1534:19, 1534:23, 1534:24, 1535:6, 1547:8, 1557:2, 1557:4, 1557:12, 1561:5, 1561:10, 1561:11, 1561:23, 1561:24, 1562:5, 1563:24, 1564:10, 1565:15, 1565:16, 1565:17, 1565:22, 1566:6, 1566:8, 1583:3, 1583:12, 1585:21, 1585:22, 1585:25,

1586:4, 1586:7, 1586:23, 1586:24, 1587:3, 1587:4, 1596:20, 1596:22, 1596:25, 1597:1, 1600:8, 1600:13, 1600:14, 1602:23, 1604:12, 1604:18, 1604:23, 1605:3, 1605:8, 1605:11, 1606:5, 1606:6, 1608:4, 1608:16, 1609:16, 1609:17, 1614:17, 1616:1, 1616:2, 1616:12, 1616:19, 1616:20, 1616:21, 1617:24, 1618:10, 1618:25, 1619:4, 1620:1, 1620:2, 1622:8

**modeler** [1] - 1614:12

**modelers** [1] - 1559:1

**modeling** [41] - 1518:23, 1520:18, 1523:18, 1523:21, 1523:23, 1524:2, 1524:8, 1524:15, 1526:14, 1527:24, 1528:1, 1529:20, 1535:13, 1537:22, 1537:25, 1538:25, 1540:15, 1540:17, 1540:19, 1540:22, 1547:11, 1549:1, 1552:4, 1552:6, 1552:10, 1552:22, 1554:20, 1554:22, 1557:13, 1557:21, 1561:3, 1561:8, 1565:4, 1573:7, 1582:18, 1593:2, 1595:4, 1601:23, 1616:17, 1620:24, 1621:21

**modelled** [3] - 1540:19, 1553:10, 1557:23

**modelling** [1] - 1553:2

**models** [9] - 1517:13, 1535:10, 1535:11, 1586:6, 1600:10, 1600:11, 1600:17, 1616:7, 1617:2

**MODFLOW** [4] - 1532:16, 1532:17, 1532:18, 1532:22

**modification** [1] - 1565:24
**modified** [1] - 1565:21
**modifying** [1] - 1518:10
**Mohan** [1] - 1539:12
**moment** [6] - 1590:2, 1600:21, 1602:9, 1605:17, 1622:12, 1624:5
**monitor** [1] - 1531:19
**monitoring** [2] - 1531:19, 1531:22
**monolithic** [1] - 1587:25
**MONTAGNET** [1] - 1511:16
**Montgomery** [1] - 1508:14
**months** [2] - 1577:3, 1603:23
**MOORE** [1] - 1511:14
**moot** [1] - 1589:22
**more** [25] - 1524:6, 1524:20, 1528:18, 1534:15, 1550:6, 1551:5, 1551:7, 1554:3, 1556:15, 1563:11, 1563:14, 1564:8, 1574:12, 1576:22, 1576:24, 1578:13, 1579:20, 1589:8, 1592:17, 1601:2, 1615:2, 1616:4, 1625:13
**MORGAN** [2] - 1508:6
**MORNING** [2] - 1507:11, 1513:3
**morning** [21] - 1513:6, 1513:11, 1513:19, 1514:1, 1514:18, 1514:22, 1515:8, 1515:10, 1515:17, 1535:9, 1536:11, 1537:3, 1537:4, 1537:5, 1545:5, 1568:10, 1593:17, 1594:21, 1595:20, 1595:21, 1595:23
**most** [17] - 1520:13, 1571:13, 1572:20, 1579:3, 1579:23, 1579:25, 1580:6, 1580:7, 1598:10, 1598:13, 1598:20,

1599:3, 1599:14, 1602:18, 1617:12
**motion** [7] - 1594:3, 1594:10, 1594:24, 1594:25, 1597:16, 1602:2, 1602:3
**move** [1] - 1585:16
**Mr** [18] - 1512:7, 1512:13, 1512:14, 1515:7, 1536:16, 1536:22, 1537:5, 1539:14, 1554:17, 1557:13, 1558:11, 1571:15, 1572:5, 1572:6, 1585:1, 1590:21, 1594:9, 1621:22
**MR** [67] - 1513:19, 1513:24, 1514:1, 1514:5, 1514:9, 1514:15, 1514:23, 1514:25, 1515:3, 1515:7, 1515:21, 1516:6, 1536:11, 1536:18, 1536:20, 1536:23, 1536:25, 1537:2, 1547:6, 1553:19, 1554:6, 1554:14, 1562:23, 1562:24, 1567:22, 1568:2, 1568:4, 1568:7, 1568:9, 1568:10, 1568:15, 1568:25, 1570:16, 1570:19, 1581:25, 1582:2, 1585:7, 1585:16, 1585:18, 1590:19, 1590:25, 1591:4, 1591:16, 1593:15, 1593:21, 1593:23, 1594:2, 1594:5, 1594:8, 1594:9, 1594:12, 1594:21, 1595:8, 1595:9, 1595:19, 1596:7, 1601:21, 1602:3, 1602:6, 1602:8, 1620:23, 1621:3, 1621:19, 1622:4, 1622:5, 1625:12, 1625:16
**MS** [19] - 1511:15, 1511:18, 1513:11, 1513:18, 1516:8, 1516:20, 1516:23, 1536:5, 1547:3, 1554:4, 1567:20, 1567:25, 1568:3, 1568:11, 1570:14, 1581:18, 1590:17,

1591:21, 1593:6
**Ms** [3] - 1512:6, 1512:8, 1516:19
**much** [7] - 1514:25, 1557:22, 1579:13, 1579:18, 1585:14, 1599:19, 1619:9
**multi** [1] - 1597:23
**multi-disciplinary** [1] - 1597:23
**multiphase** [4] - 1598:22, 1600:15, 1620:14, 1622:17
**multiple** [1] - 1599:10
**multiplied** [1] - 1581:8
**MUNGER** [1] - 1510:20
**must** [1] - 1550:6
**my** [96] - 1515:5, 1516:11, 1516:17, 1516:25, 1517:1, 1517:4, 1517:5, 1517:19, 1518:2, 1518:7, 1518:15, 1519:21, 1520:1, 1522:21, 1522:22, 1523:4, 1529:13, 1529:21, 1530:10, 1530:21, 1531:15, 1532:2, 1535:7, 1535:13, 1535:19, 1536:12, 1536:18, 1540:17, 1540:18, 1542:14, 1543:15, 1549:1, 1552:2, 1552:8, 1554:9, 1560:13, 1562:22, 1563:9, 1567:4, 1568:19, 1569:12, 1571:10, 1573:25, 1581:2, 1582:10, 1582:14, 1583:3, 1583:4, 1583:12, 1584:5, 1584:22, 1587:2, 1592:9, 1594:8, 1595:4, 1595:16, 1595:23, 1597:2, 1598:23, 1600:1, 1600:11, 1600:25, 1601:5, 1604:5, 1604:20, 1604:22, 1606:5, 1606:6, 1607:10, 1607:21, 1608:4, 1609:17, 1611:3, 1614:15, 1615:10, 1615:11, 1616:10, 1616:21, 1616:25,

1591:21, 1593:6
1617:1, 1617:11, 1617:13, 1617:23, 1618:16, 1618:24, 1619:3, 1619:19, 1619:23, 1620:7, 1622:2, 1625:2, 1625:3, 1626:7
**myself** [1] - 1591:1

## N

**N** [4] - 1508:7, 1509:14, 1512:1, 1513:1
**N.W** [2] - 1509:17, 1510:11
**name** [8] - 1516:16, 1516:17, 1516:25, 1559:22, 1583:19, 1595:15, 1595:16, 1595:23
**named** [3] - 1541:3, 1558:5, 1569:25
**names** [1] - 1520:20
**narrow** [1] - 1555:23
**narrowed** [1] - 1573:17
**NATHANIEL** [1] - 1508:18
**Nation** [1] - 1535:24
**national** [1] - 1571:1
**National** [8] - 1519:22, 1536:3, 1544:11, 1568:9, 1569:24, 1571:2, 1596:2, 1597:19
**nature** [1] - 1517:17, 1549:20, 1597:25
**necessary** [1] - 1613:23
**need** [13] - 1557:12, 1560:8, 1593:18, 1607:1, 1607:2, 1608:4, 1614:17, 1614:18, 1614:19, 1615:14, 1615:15, 1615:20, 1623:23
**needed** [1] - 1518:22
**needs** [1] - 1608:4
**neglect** [1] - 1613:25
**NEST** [1] - 1598:17
**never** [12] - 1541:7, 1541:9, 1541:20, 1546:3, 1550:8, 1550:24, 1551:1, 1568:6, 1588:24, 1602:11, 1611:11, 1616:17
**nevertheless** [1] -

1625:1
**new** [4] - 1575:6, 1582:15, 1585:24, 1586:7
**New** [9] - 1507:4, 1507:17, 1507:25, 1508:2, 1508:11, 1509:7, 1510:8, 1510:17, 1511:20
**next** [9] - 1528:24, 1529:15, 1558:1, 1559:24, 1584:20, 1594:20, 1594:22, 1607:25, 1618:18
**night** [1] - 1516:12
**nine** [1] - 1556:9
**NIX** [1] - 1511:7
**no** [55] - 1513:15, 1515:24, 1516:11, 1522:13, 1522:19, 1527:22, 1530:20, 1531:20, 1534:6, 1534:15, 1535:18, 1536:5, 1537:25, 1538:2, 1541:9, 1542:2, 1543:15, 1543:19, 1544:23, 1546:4, 1546:7, 1549:3, 1549:13, 1550:1, 1550:8, 1553:12, 1553:13, 1555:13, 1557:4, 1558:4, 1567:10, 1567:15, 1567:23, 1569:4, 1570:24, 1571:9, 1572:5, 1574:6, 1575:12, 1578:1, 1587:17, 1588:8, 1590:4, 1592:12, 1593:4, 1593:6, 1603:9, 1610:16, 1611:16, 1612:3, 1612:4, 1612:10, 1624:1, 1624:19
**No** [7] - 1507:3, 1507:7, 1507:9, 1621:7, 1621:8, 1621:18
**NOBLE** [1] - 1511:16
**nobody** [1] - 1530:20
**nominally** [1] - 1625:5
**NON** [1] - 1507:12
**NON-JURY** [1] - 1507:12
**none** [3] - 1513:17, 1516:4, 1621:14
**nor** [1] - 1570:24
**NORTH** [4] - 1509:2,

1509:3, 1509:4, 1509:5

**Northwest** [1] - 1568:9

**not** [134] - 1515:13, 1517:24, 1517:25, 1519:18, 1521:1, 1521:6, 1521:18, 1521:20, 1521:21, 1521:23, 1522:6, 1522:13, 1522:15, 1522:25, 1523:4, 1523:12, 1525:10, 1527:22, 1528:6, 1528:22, 1531:2, 1535:18, 1537:16, 1537:25, 1539:18, 1539:25, 1540:25, 1541:15, 1542:14, 1543:2, 1543:3, 1543:12, 1543:15, 1543:24, 1544:2, 1544:8, 1544:22, 1544:23, 1545:17, 1545:18, 1546:7, 1546:10, 1546:12, 1546:16, 1549:11, 1552:19, 1555:12, 1556:3, 1557:7, 1557:11, 1557:18, 1557:25, 1558:4, 1559:21, 1560:2, 1561:3, 1561:13, 1561:16, 1562:10, 1562:14, 1563:18, 1563:20, 1565:18, 1565:19, 1567:8, 1567:10, 1567:15, 1567:20, 1568:1, 1568:3, 1568:19, 1569:4, 1569:7, 1569:11, 1569:21, 1570:12, 1570:15, 1570:24, 1571:9, 1571:11, 1571:16, 1572:5, 1572:6, 1572:9, 1573:4, 1574:17, 1576:21, 1576:23, 1578:1, 1579:11, 1579:13, 1580:1, 1581:21, 1581:23, 1582:9, 1583:6, 1583:10, 1584:19, 1585:4, 1585:5, 1586:20, 1587:2, 1587:17, 1587:19, 1587:25, 1588:7, 1588:10, 1588:11, 1589:4, 1589:14, 1589:22, 1591:13, 1593:4,

1599:16, 1601:6, 1602:3, 1604:18, 1607:18, 1609:12, 1611:20, 1617:15, 1618:12, 1621:5, 1621:16, 1621:25, 1622:13, 1624:2, 1624:22, 1624:24, 1625:4, 1625:6

**note** [8] - 1523:11, 1538:24, 1555:13, 1555:22, 1556:4, 1582:17, 1582:21, 1613:19

**notebook** [2] - 1522:21, 1522:22

**noted** [4] - 1555:5, 1564:14, 1567:23, 1613:16

**notes** [15] - 1522:21, 1523:2, 1523:4, 1523:7, 1523:9, 1554:24, 1555:5, 1556:7, 1567:17, 1567:20, 1568:5, 1568:17, 1568:20, 1568:22, 1572:3

**nothing** [3] - 1587:3, 1604:14, 1613:25

**noting** [1] - 1557:22

**now** [46] - 1516:2, 1528:9, 1532:24, 1537:22, 1539:6, 1540:24, 1542:6, 1543:11, 1544:18, 1545:5, 1545:24, 1546:25, 1548:4, 1549:1, 1551:20, 1552:10, 1552:15, 1554:2, 1554:15, 1556:11, 1561:3, 1567:8, 1570:25, 1576:16, 1577:23, 1580:13, 1582:8, 1582:15, 1585:19, 1585:25, 1587:13, 1587:21, 1590:7, 1593:19, 1604:7, 1605:17, 1609:10, 1611:15, 1614:7, 1616:12, 1619:24, 1622:6, 1624:10, 1624:11, 1625:17

**nozzle** [2] - 1606:22, 1606:23

**nuclear** [6] - 1598:11, 1598:12, 1598:18, 1598:23, 1600:3

**number** [51] -

1520:4, 1527:21, 1527:23, 1537:13, 1537:16, 1537:19, 1540:23, 1541:8, 1542:3, 1543:15, 1543:18, 1547:7, 1547:13, 1547:14, 1550:9, 1554:22, 1555:12, 1555:13, 1556:12, 1557:19, 1558:1, 1560:11, 1564:19, 1567:13, 1569:17, 1571:12, 1571:13, 1571:14, 1575:20, 1577:10, 1577:12, 1579:5, 1580:4, 1582:9, 1583:1, 1583:11, 1585:8, 1585:14, 1591:5, 1593:3, 1596:25, 1598:8, 1598:10, 1598:13, 1604:19, 1606:20, 1611:14, 1621:9, 1621:22

**numbered** [1] - 1626:8

**numbers** [36] - 1535:17, 1535:18, 1535:19, 1547:1, 1548:21, 1550:2, 1559:19, 1559:21, 1559:22, 1561:17, 1564:12, 1572:8, 1578:12, 1582:5, 1582:6, 1582:10, 1582:18, 1582:21, 1582:24, 1582:25, 1583:4, 1583:10, 1583:16, 1583:17, 1584:9, 1584:10, 1584:11, 1585:4, 1600:23, 1616:18, 1616:20, 1616:21, 1618:22

**numerous** [5] - 1559:14, 1560:10, 1560:13, 1597:2, 1621:4

**NW** [1] - 1509:9

**NY** [1] - 1507:25

---

**O**

**O** [2] - 1507:19, 1513:1

**o'clock** [4] - 1514:10, 1528:19, 1556:9, 1556:10

**O'CONNOR** [1] - 1509:9

**O'Keefe** [1] - 1507:16

**O'ROURKE** [16] - 1508:18, 1514:1, 1514:5, 1514:9, 1514:15, 1514:23, 1514:25, 1515:3, 1553:19, 1554:14, 1585:7, 1585:16, 1585:18, 1594:5, 1594:9, 1594:12

**O'Rourke** [2] - 1514:1, 1515:7

**object** [1] - 1621:17

**objection** [16] - 1513:22, 1547:3, 1554:4, 1554:8, 1567:23, 1567:25, 1570:14, 1570:17, 1581:18, 1590:17, 1593:20, 1593:25, 1595:3, 1621:1, 1621:4, 1621:8

**Objection** [1] - 1621:6

**objections** [6] - 1513:15, 1513:16, 1513:22, 1515:24, 1516:1, 1516:4

**objective** [1] - 1519:5

**observed** [2] - 1553:14, 1553:17

**obstacles** [3] - 1586:12, 1586:25, 1587:2

**obtained** [6] - 1520:6, 1533:15, 1541:9, 1563:15, 1563:22, 1609:7

**obviously** [4] - 1563:17, 1581:22, 1594:25, 1607:18

**occur** [2] - 1580:11, 1599:19

**occurred** [2] - 1610:13

**occurs** [2] - 1579:17, 1579:19

**ocean** [2] - 1586:9, 1586:25

**Oceanic** [1] - 1569:25

**OCTOBER** [1] - 1513:2

**October** [11] - 1507:5, 1534:16, 1534:22, 1577:6,

1577:12, 1577:14, 1577:19, 1577:25, 1578:23, 1579:6, 1580:3

**of** [665] - 1513:12, 1513:14, 1513:20, 1513:21, 1514:2, 1514:12, 1515:4, 1516:21, 1517:7, 1517:17, 1517:20, 1517:21, 1518:2, 1518:7, 1518:9, 1518:18, 1518:25, 1519:4, 1519:10, 1519:14, 1519:20, 1519:21, 1519:22, 1520:1, 1520:2, 1520:4, 1520:7, 1520:8, 1520:9, 1520:13, 1520:18, 1521:7, 1521:19, 1521:23, 1521:25, 1522:1, 1522:9, 1522:19, 1523:9, 1523:11, 1523:20, 1523:21, 1524:3, 1524:21, 1525:5, 1525:6, 1525:8, 1525:9, 1525:20, 1525:24, 1526:6, 1526:9, 1526:17, 1526:19, 1527:17, 1528:9, 1528:16, 1528:19, 1528:20, 1528:25, 1529:2, 1529:13, 1529:18, 1530:1, 1530:2, 1530:6, 1530:12, 1530:14, 1531:1, 1531:3, 1531:10, 1531:13, 1532:3, 1532:5, 1532:8, 1532:10, 1532:15, 1532:16, 1532:22, 1533:3, 1533:4, 1533:13, 1533:14, 1533:18, 1533:20, 1533:23, 1533:24, 1534:2, 1534:10, 1534:11, 1534:14, 1534:16, 1534:18, 1534:20, 1534:22, 1534:23, 1535:5, 1535:10, 1535:13, 1535:17, 1535:18, 1535:20, 1536:2, 1536:8, 1536:12, 1537:10, 1537:11, 1537:13, 1537:23, 1538:1, 1538:2, 1538:3, 1538:10,

1538:11, 1538:22,
1538:25, 1539:7,
1539:12, 1539:16,
1539:20, 1539:24,
1540:1, 1540:2,
1540:5, 1540:8,
1540:12, 1540:14,
1540:22, 1541:4,
1541:7, 1541:10,
1541:15, 1541:21,
1542:1, 1542:3,
1542:8, 1542:12,
1542:16, 1542:17,
1542:18, 1542:19,
1542:21, 1543:1,
1543:15, 1543:18,
1543:22, 1543:24,
1544:10, 1544:16,
1544:21, 1544:23,
1545:6, 1545:13,
1546:19, 1547:1,
1547:7, 1547:11,
1547:12, 1547:13,
1547:18, 1547:21,
1547:22, 1548:9,
1548:11, 1548:24,
1549:1, 1549:11,
1549:15, 1549:20,
1549:25, 1550:20,
1550:22, 1551:1,
1551:5, 1551:7,
1551:11, 1551:15,
1551:18, 1551:20,
1551:25, 1552:2,
1552:5, 1552:11,
1552:15, 1553:11,
1553:12, 1553:13,
1553:14, 1553:17,
1553:21, 1553:25,
1554:2, 1554:15,
1554:16, 1554:20,
1554:22, 1554:23,
1554:24, 1555:13,
1555:14, 1555:15,
1555:19, 1555:21,
1555:22, 1555:23,
1555:25, 1556:3,
1556:4, 1556:5,
1556:6, 1556:7,
1556:17, 1556:18,
1556:22, 1557:2,
1557:9, 1557:17,
1557:18, 1557:20,
1558:1, 1558:3,
1558:6, 1558:7,
1558:17, 1558:18,
1558:23, 1559:3,
1559:11, 1559:12,
1559:18, 1559:19,
1560:2, 1560:9,
1560:11, 1560:13,

1560:15, 1560:19,
1560:22, 1560:23,
1561:1, 1561:8,
1561:9, 1561:18,
1561:20, 1562:2,
1562:4, 1562:5,
1562:9, 1562:11,
1562:12, 1562:13,
1562:17, 1562:18,
1562:20, 1563:12,
1563:19, 1563:21,
1564:8, 1564:9,
1564:16, 1564:23,
1565:3, 1565:4,
1565:10, 1565:11,
1565:12, 1565:15,
1565:25, 1566:2,
1566:5, 1566:12,
1566:14, 1566:19,
1566:20, 1566:24,
1567:12, 1568:7,
1569:7, 1569:13,
1569:16, 1569:20,
1569:22, 1569:23,
1570:1, 1570:4,
1570:9, 1570:17,
1570:21, 1570:22,
1570:23, 1570:24,
1571:3, 1571:4,
1571:11, 1571:19,
1571:23, 1571:25,
1572:1, 1572:7,
1572:8, 1572:9,
1572:10, 1572:14,
1572:20, 1572:22,
1572:25, 1573:2,
1573:4, 1573:6,
1573:8, 1573:10,
1574:13, 1574:15,
1574:16, 1574:17,
1574:18, 1575:3,
1575:16, 1575:19,
1575:20, 1575:21,
1575:24, 1575:25,
1576:5, 1576:6,
1576:8, 1576:10,
1576:19, 1576:25,
1577:3, 1577:4,
1577:6, 1577:13,
1577:16, 1577:20,
1577:24, 1578:10,
1578:18, 1578:20,
1579:3, 1579:4,
1579:20, 1579:22,
1579:23, 1580:1,
1580:6, 1580:7,
1580:11, 1580:16,
1581:1, 1581:9,
1581:10, 1581:12,
1581:13, 1581:14,
1581:16, 1581:17,

1582:5, 1582:16,
1583:1, 1583:7,
1583:9, 1583:12,
1583:14, 1583:19,
1584:16, 1585:2,
1585:6, 1585:10,
1585:13, 1585:14,
1586:12, 1587:11,
1587:14, 1587:18,
1587:23, 1588:1,
1588:2, 1588:4,
1588:6, 1588:9,
1588:13, 1588:16,
1588:17, 1588:23,
1588:24, 1589:1,
1590:1, 1590:14,
1590:15, 1590:16,
1591:9, 1592:10,
1592:13, 1592:17,
1593:15, 1593:24,
1594:10, 1594:11,
1594:13, 1594:14,
1595:3, 1595:6,
1596:4, 1596:18,
1596:21, 1596:25,
1597:2, 1597:11,
1597:12, 1597:16,
1597:25, 1598:1,
1598:6, 1598:8,
1598:9, 1598:10,
1598:11, 1598:13,
1598:15, 1598:20,
1598:23, 1599:1,
1599:3, 1599:6,
1599:13, 1599:15,
1599:20, 1599:21,
1600:4, 1600:5,
1600:6, 1600:11,
1600:17, 1600:20,
1600:25, 1601:1,
1601:4, 1601:5,
1601:6, 1601:10,
1601:14, 1601:18,
1602:10, 1602:14,
1602:18, 1602:21,
1603:10, 1603:14,
1603:19, 1604:2,
1604:11, 1604:12,
1604:13, 1604:14,
1604:18, 1604:19,
1604:24, 1605:1,
1605:4, 1605:5,
1605:7, 1605:9,
1605:11, 1605:19,
1605:23, 1605:25,
1606:5, 1606:6,
1606:10, 1606:11,
1606:18, 1606:20,
1607:8, 1607:10,
1607:11, 1607:13,
1607:18, 1607:19,

1607:22, 1608:4,
1608:7, 1608:9,
1608:12, 1608:18,
1608:20, 1608:25,
1609:1, 1609:3,
1609:4, 1609:6,
1609:9, 1609:12,
1609:16, 1609:17,
1609:25, 1610:2,
1610:3, 1610:5,
1610:8, 1610:11,
1610:17, 1610:20,
1610:23, 1610:24,
1611:7, 1611:12,
1611:14, 1611:16,
1611:18, 1611:19,
1612:2, 1612:16,
1613:2, 1613:3,
1613:4, 1613:9,
1613:10, 1613:16,
1613:18, 1613:21,
1613:25, 1614:1,
1614:9, 1614:14,
1614:17, 1614:18,
1614:19, 1614:20,
1614:21, 1614:22,
1614:25, 1615:1,
1615:10, 1615:13,
1615:14, 1615:16,
1615:17, 1615:18,
1615:20, 1615:23,
1616:2, 1616:3,
1616:6, 1616:20,
1617:2, 1617:4,
1617:9, 1617:11,
1617:12, 1617:17,
1617:20, 1617:22,
1617:24, 1617:25,
1618:3, 1618:6,
1618:13, 1618:15,
1618:18, 1618:19,
1618:21, 1618:24,
1619:11, 1619:13,
1619:16, 1619:20,
1619:24, 1620:1,
1620:8, 1620:9,
1620:10, 1620:16,
1620:18, 1620:25,
1621:4, 1621:9,
1621:10, 1621:14,
1621:18, 1621:22,
1621:23, 1621:24,
1622:7, 1622:11,
1622:16, 1622:24,
1623:2, 1623:3,
1623:4, 1623:7,
1623:10, 1623:12,
1624:10, 1624:17,
1625:1, 1625:15,
1626:5, 1626:7

**OF** [18] - 1507:1,

1507:4, 1507:7,
1507:9, 1507:12,
1508:9, 1508:12,
1508:16, 1508:23,
1511:3, 1511:7,
1511:10, 1511:11,
1511:14, 1512:10,
1594:18
  **Of** [1] - 1574:19
  **off** [5] - 1576:6,
1576:25, 1600:6,
1607:22, 1607:23
  **offer** [9] - 1513:13,
1513:20, 1515:22,
1515:25, 1516:11,
1593:19, 1596:3,
1596:8, 1601:24
  **offered** [2] - 1593:19,
1593:21
  **offers** [1] - 1601:22
  **OFFICE** [2] - 1511:3,
1511:10
  **office** [2] - 1517:1,
1520:1
  **Officer** [1] - 1594:13
  **offices** [2] - 1519:25,
1525:12
  **Official** [2] - 1626:4,
1626:13
  **OFFICIAL** [1] -
1511:19
  **offsets** [1] - 1624:19
  **OFFSHORE** [1] -
1510:13
  **often** [1] - 1560:9
  **oh** [4] - 1542:19,
1566:10, 1575:13,
1618:19
  **oil** [47] - 1517:16,
1518:4, 1518:9,
1518:11, 1519:4,
1519:5, 1519:10,
1520:8, 1520:9,
1521:19, 1521:23,
1522:4, 1522:7,
1524:11, 1524:21,
1526:19, 1529:11,
1529:12, 1529:24,
1532:21, 1542:25,
1544:13, 1559:17,
1574:16, 1584:20,
1584:24, 1584:25,
1586:17, 1586:24,
1587:18, 1588:11,
1588:22, 1589:4,
1589:8, 1590:14,
1590:15, 1596:21,
1605:2, 1606:6,
1606:10, 1607:10,
1608:20, 1608:22,

1608:23, 1614:14, 1617:20, 1617:21

**OIL** [2] - 1507:3, 1507:4

**Oil** [4] - 1517:18, 1517:19, 1532:16, 1535:21

**okay** [32] - 1514:4, 1514:8, 1514:14, 1515:19, 1516:7, 1516:10, 1516:11, 1523:20, 1536:19, 1537:18, 1538:1, 1540:8, 1541:19, 1553:9, 1559:6, 1566:4, 1566:10, 1568:23, 1580:15, 1582:1, 1582:14, 1585:19, 1593:20, 1594:7, 1594:17, 1595:7, 1596:6, 1602:4, 1617:19, 1622:1, 1622:4, 1624:10

**OLSON** [1] - 1510:20

**omitted** [1] - 1613:19

**on** [228] - 1513:12, 1513:19, 1515:9, 1516:21, 1517:12, 1519:7, 1519:19, 1520:4, 1520:11, 1520:16, 1520:17, 1520:24, 1522:9, 1522:11, 1522:22, 1523:8, 1523:15, 1523:17, 1523:23, 1524:2, 1524:5, 1524:7, 1525:2, 1525:8, 1525:9, 1526:2, 1526:16, 1527:24, 1528:1, 1528:7, 1528:12, 1528:17, 1529:5, 1529:19, 1530:1, 1530:2, 1530:18, 1530:22, 1531:1, 1531:8, 1531:9, 1531:13, 1531:14, 1531:15, 1531:24, 1532:6, 1532:25, 1533:1, 1533:2, 1533:3, 1533:20, 1534:11, 1534:12, 1534:15, 1534:17, 1534:23, 1535:7, 1535:20, 1538:2, 1538:3, 1538:7, 1538:16, 1538:20, 1539:2, 1539:21, 1540:21, 1540:24,

1541:5, 1541:12, 1541:14, 1542:7, 1542:8, 1542:9, 1542:15, 1542:21, 1543:3, 1543:12, 1543:24, 1545:4, 1547:20, 1547:23, 1548:5, 1548:23, 1549:1, 1550:6, 1550:13, 1550:17, 1551:10, 1551:18, 1552:6, 1552:15, 1552:21, 1554:6, 1554:11, 1554:16, 1554:24, 1556:18, 1556:21, 1557:8, 1557:9, 1557:12, 1558:2, 1558:3, 1558:7, 1558:10, 1558:25, 1559:2, 1559:4, 1560:3, 1560:10, 1560:16, 1560:17, 1563:5, 1563:10, 1564:7, 1565:4, 1565:18, 1565:20, 1566:12, 1566:14, 1566:21, 1566:25, 1567:13, 1567:24, 1568:14, 1568:17, 1569:1, 1569:15, 1569:17, 1570:12, 1570:15, 1571:9, 1572:16, 1572:21, 1572:22, 1573:13, 1573:23, 1573:24, 1574:4, 1574:6, 1574:10, 1576:3, 1576:8, 1576:13, 1576:18, 1576:20, 1576:22, 1576:25, 1577:3, 1577:4, 1577:10, 1577:12, 1577:16, 1577:17, 1577:25, 1578:1, 1578:2, 1581:25, 1582:4, 1582:7, 1582:15, 1582:20, 1583:4, 1583:13, 1583:16, 1584:12, 1585:3, 1585:16, 1585:24, 1586:4, 1587:21, 1590:21, 1590:23, 1591:24, 1592:10, 1592:20, 1593:1, 1593:15, 1593:24, 1595:3, 1596:20, 1597:7, 1598:12, 1599:13, 1599:19, 1600:3, 1600:25, 1602:14, 1602:15,

1602:16, 1602:25, 1603:3, 1604:12, 1606:1, 1607:17, 1607:22, 1608:10, 1608:13, 1608:25, 1609:17, 1610:8, 1610:14, 1611:12, 1613:6, 1613:7, 1613:16, 1614:10, 1615:16, 1616:9, 1618:2, 1618:20, 1619:4, 1621:4, 1621:5, 1621:14, 1621:16, 1621:22, 1621:24, 1622:7, 1623:25, 1624:14, 1624:16

**ON** [1] - 1507:4

**once** [4] - 1600:6, 1612:22, 1616:12, 1618:17

**One** [1] - 1509:6

**one** [57] - 1514:6, 1514:13, 1515:11, 1523:15, 1523:17, 1526:5, 1526:8, 1532:7, 1532:22, 1540:14, 1541:4, 1551:20, 1552:13, 1553:20, 1553:24, 1554:16, 1554:23, 1557:16, 1560:5, 1561:8, 1562:12, 1562:16, 1563:20, 1568:7, 1570:25, 1581:12, 1587:14, 1587:25, 1589:16, 1593:15, 1598:4, 1598:13, 1599:14, 1601:6, 1604:11, 1604:13, 1604:14, 1604:18, 1606:15, 1608:22, 1610:7, 1611:18, 1611:19, 1614:12, 1614:14, 1614:25, 1617:22, 1618:8, 1618:19, 1619:24, 1620:14, 1622:21, 1623:12, 1623:25, 1624:21

**one-dimensional** [1] - 1620:14

**one-on-one** [2] - 1523:15, 1523:17

**ones** [4] - 1554:23, 1568:5, 1599:3, 1599:7

**ongoing** [1] - 1562:9

**only** [18] - 1529:10, 1534:19, 1536:25,

1543:19, 1544:7, 1544:23, 1559:22, 1571:19, 1580:9, 1580:11, 1583:9, 1606:7, 1609:16, 1610:8, 1617:22, 1618:10, 1623:5, 1623:6

**OPEN** [2] - 1513:5, 1593:13

**open** [10] - 1519:8, 1522:2, 1522:3, 1522:6, 1545:8, 1545:9, 1545:13, 1545:15, 1545:17, 1545:18

**opened** [1] - 1613:21

**Operating** [1] - 1594:13

**operation** [2] - 1540:21, 1557:10

**opine** [2] - 1554:5, 1554:6

**opinion** [3] - 1596:3, 1596:8, 1596:11

**opinions** [1] - 1621:6

**opposite** [2] - 1522:13, 1544:1

**optimization** [1] - 1599:5

**or** [98] - 1514:10, 1515:9, 1517:8, 1517:23, 1517:24, 1517:25, 1519:18, 1521:1, 1521:6, 1521:9, 1521:21, 1522:24, 1523:23, 1523:25, 1525:10, 1527:1, 1527:6, 1528:5, 1528:22, 1529:24, 1530:3, 1532:6, 1535:8, 1535:15, 1535:16, 1535:18, 1538:8, 1540:9, 1541:15, 1542:13, 1543:2, 1544:16, 1544:20, 1544:22, 1545:18, 1548:13, 1550:4, 1550:8, 1550:24, 1551:1, 1552:8, 1554:10, 1555:14, 1557:7, 1557:11, 1557:19, 1560:6, 1561:12, 1561:19, 1561:23, 1562:8, 1562:10, 1564:1, 1565:18, 1569:21, 1570:4, 1570:6, 1570:24,

1571:1, 1572:3, 1572:17, 1574:14, 1576:13, 1581:9, 1583:9, 1585:4, 1585:11, 1585:12, 1585:20, 1586:15, 1587:9, 1587:13, 1587:22, 1588:23, 1589:14, 1590:4, 1592:11, 1602:15, 1603:21, 1606:14, 1606:19, 1606:22, 1606:23, 1608:3, 1610:13, 1610:18, 1611:25, 1613:13, 1613:23, 1613:24, 1614:25, 1615:23, 1616:22, 1621:18, 1625:16

**order** [8] - 1514:2, 1577:15, 1579:9, 1598:25, 1601:1, 1611:12, 1621:8, 1621:10

**organization** [4] - 1536:1, 1570:21, 1598:16, 1598:17

**orifice** [2] - 1606:22, 1606:23

**original** [3] - 1560:12, 1571:4, 1620:7

**Orleans** [8] - 1507:4, 1507:17, 1508:2, 1508:11, 1509:7, 1510:8, 1510:17, 1511:20

**other** [35] - 1514:20, 1515:19, 1520:20, 1527:1, 1527:9, 1543:8, 1543:19, 1550:1, 1550:2, 1550:24, 1557:19, 1559:14, 1572:3, 1576:7, 1580:21, 1581:4, 1585:5, 1587:1, 1588:21, 1600:23, 1601:8, 1602:1, 1602:3, 1604:14, 1604:15, 1610:10, 1610:19, 1614:1, 1614:20, 1616:24, 1617:14, 1621:6, 1621:16, 1621:18, 1623:7

**others** [5] - 1558:6, 1590:8, 1617:10, 1617:23, 1617:25

**ought** [1] - 1617:15

**our** [9] - 1513:8,

1514:12, 1519:17, 1528:2, 1551:25, 1555:22, 1565:25, 1594:14, 1594:22

**out** [29] - 1516:3, 1517:12, 1519:10, 1520:8, 1521:19, 1521:23, 1522:4, 1522:23, 1528:11, 1542:24, 1543:1, 1545:22, 1553:4, 1562:25, 1563:16, 1563:17, 1575:5, 1575:19, 1585:14, 1592:9, 1598:9, 1604:15, 1607:1, 1607:5, 1608:16, 1616:19, 1616:20, 1622:12, 1623:24

**outflow** [1] - 1587:4

**output** [3] - 1561:9, 1561:11, 1617:2

**outside** [1] - 1539:7

**over** [36] - 1515:12, 1538:16, 1545:12, 1554:19, 1554:20, 1556:21, 1557:13, 1559:8, 1559:13, 1559:20, 1586:3, 1587:10, 1592:2, 1596:22, 1600:12, 1600:25, 1601:1, 1602:12, 1604:3, 1605:10, 1605:13, 1610:8, 1611:19, 1611:20, 1611:24, 1613:5, 1615:10, 1615:18, 1616:3, 1619:22, 1620:21, 1622:21, 1623:6, 1624:24, 1625:7

**overlap** [1] - 1611:13

**overnight** [5] - 1529:10, 1529:21, 1530:10, 1583:3, 1583:8

**overrule** [1] - 1554:8

**overruled** [1] - 1547:4

**overseeing** [1] - 1541:11

**overview** [1] - 1596:18

**own** [4] - 1543:3, 1543:24, 1600:1, 1600:14

## P

**P** [8] - 1507:18,

1507:19, 1513:1, 1606:12, 1608:7, 1615:24, 1620:18, 1622:14

**P.O** [3] - 1508:22, 1508:25, 1511:5

**pacific** [1] - 1568:9

**pack** [1] - 1525:20

**page** [8] - 1526:8, 1531:2, 1539:2, 1545:4, 1547:21, 1548:4, 1552:15, 1579:21

**PAGE/LINE** [1] - 1512:4

**pages** [1] - 1601:14

**panel** [1] - 1564:18

**PAPANTONIO** [1] - 1507:21

**Paper** [1] - 1547:23

**paper** [8] - 1525:16, 1532:11, 1532:19, 1542:9, 1556:6, 1600:22, 1600:23, 1603:24

**papers** [5] - 1600:24, 1601:2, 1601:4, 1601:8

**paragraph** [2] - 1592:2, 1592:12

**paragraphs** [2] - 1579:21, 1592:3

**parameter** [5] - 1599:4, 1604:21, 1608:19, 1609:7, 1609:11

**parameters** [15] - 1524:7, 1524:8, 1524:9, 1524:10, 1524:11, 1526:14, 1526:25, 1527:2, 1527:6, 1527:10, 1530:9, 1562:12, 1615:5, 1617:12

**Park** [3] - 1517:1, 1520:1, 1523:5

**part** [26] - 1518:2, 1518:7, 1531:3, 1539:16, 1542:12, 1559:11, 1562:9, 1566:5, 1570:7, 1571:25, 1574:13, 1574:15, 1574:16, 1574:17, 1595:3, 1601:18, 1602:10, 1604:25, 1605:11, 1607:13, 1607:15, 1609:16, 1610:5, 1619:11, 1620:25, 1621:23

**participate** [1] - 1602:12

**particles** [1] - 1599:16

**particular** [7] - 1534:7, 1552:19, 1556:2, 1560:14, 1571:12, 1599:1

**Parties** [1] - 1513:12

**parties** [2] - 1516:3, 1621:24

**Partnership** [1] - 1535:25

**pass** [2] - 1571:8, 1571:9

**path** [1] - 1587:5

**paths** [2] - 1608:2, 1608:3

**PATTERSON** [1] - 1511:7

**PAUL** [1] - 1509:13, 1512:5, 1516:13

**Paul** [5] - 1516:17, 1516:25, 1542:11, 1571:4, 1571:6

**peer** [4] - 1600:22, 1600:24, 1601:7, 1603:16

**peer-reviewed** [3] - 1600:22, 1600:24, 1603:16

**pending** [1] - 1594:3

**Pennsylvania** [1] - 1509:9

**Pensacola** [1] - 1507:23

**people** [11] - 1520:13, 1520:20, 1542:16, 1543:11, 1572:25, 1585:5, 1597:24, 1600:4, 1606:20, 1617:14

**people's** [1] - 1601:8

**per** [15] - 1538:9, 1548:17, 1548:24, 1549:4, 1553:22, 1553:25, 1554:10, 1554:11, 1554:12, 1564:1, 1613:2, 1613:3, 1620:9

**percent** [10] - 1576:14, 1578:7, 1578:9, 1618:1, 1618:13, 1618:23, 1620:20, 1620:21, 1622:21

**percent-and-a-half** [1] - 1620:21

**period** [17] - 1519:15, 1522:9,

1523:14, 1540:19, 1540:24, 1544:21, 1546:19, 1557:20, 1580:1, 1583:15, 1589:20, 1596:24, 1604:4, 1612:5, 1613:20, 1613:24, 1614:6

**periodically** [2] - 1596:23, 1605:10

**periods** [4] - 1533:25, 1579:24, 1580:10, 1617:21

**perm** [2] - 1583:25, 1584:13

**permeabilities** [2] - 1584:20, 1584:21

**permeability** [31] - 1524:10, 1565:7, 1572:9, 1580:14, 1580:16, 1580:22, 1580:24, 1581:4, 1581:8, 1582:6, 1582:10, 1582:12, 1582:15, 1582:22, 1583:1, 1583:10, 1583:13, 1584:3, 1584:4, 1584:16, 1584:22, 1584:25, 1585:3, 1585:11, 1585:12, 1585:14, 1593:3, 1593:4

**permission** [2] - 1514:15, 1514:17

**person** [3] - 1539:11, 1541:12, 1569:5, 1569:25, 1571:15, 1572:1

**personal** [1] - 1556:12

**personally** [1] - 1544:12

**personnel** [6] - 1520:12, 1525:4, 1530:15, 1541:16, 1557:5, 1557:6

**perspective** [3] - 1617:1, 1619:12, 1619:23

**Peter** [1] - 1559:21

**PETITION** [1] - 1507:7

**PETOSA** [1] - 1508:6

**PETROLEUM** [1] - 1510:5

**Ph.D** [3] - 1517:6, 1597:10, 1597:17

**phase** [5] - 1518:25, 1528:9, 1614:19, 1615:6, 1619:5

**photograph** [1] - 1610:3

**physically** [4] - 1525:13, 1525:14, 1604:23

**PI** [1] - 1617:19

**picture** [3] - 1578:5, 1614:11

**piece** [1] - 1529:2

**pieces** [1] - 1604:11

**Pine** [1] - 1508:7

**pinkish** [1] - 1607:19

**pipe** [10] - 1604:14, 1605:23, 1605:25, 1615:9, 1615:10, 1615:13, 1615:20, 1615:21

**pipes** [3] - 1586:22, 1598:21, 1608:3

**PL-01** [1] - 1511:12

**place** [4] - 1556:8, 1575:17, 1606:7, 1606:15

**placed** [1] - 1621:22

**places** [1] - 1580:12

**PLAINTIFFS** [1] - 1507:15

**plan** [1] - 1590:23

**planned** [1] - 1514:5

**Plantation** [1] - 1508:7

**play** [2] - 1594:5, 1594:7

**played** [1] - 1593:23

**PLAYED** [1] - 1594:19

**please** [31] - 1516:20, 1516:24, 1517:15, 1517:17, 1519:2, 1521:2, 1523:1, 1523:9, 1525:18, 1526:4, 1526:8, 1535:2, 1574:1, 1591:22, 1592:3, 1593:14, 1595:10, 1595:15, 1598:5, 1601:13, 1603:13, 1604:8, 1611:1, 1612:25, 1614:7, 1617:7, 1619:14, 1620:5, 1622:6, 1623:15

**plot** [10] - 1611:11, 1611:18, 1611:23, 1613:2, 1613:6, 1613:7, 1613:10, 1613:16, 1619:16, 1622:11

**plus** [3] - 1514:6, 1514:12, 1576:13

**PNNL** [1] - 1568:7
**point** [18] - 1522:20,
1523:9, 1525:7,
1533:19, 1535:15,
1539:3, 1539:7,
1553:4, 1576:16,
1577:7, 1599:18,
1604:19, 1605:3,
1605:4, 1613:6,
1613:8, 1617:24,
1625:10
**pointed** [3] -
1522:23, 1592:9,
1623:23
**pointing** [1] - 1610:3
**points** [4] - 1553:11,
1611:9, 1611:16,
1613:7
**political** [1] - 1534:3
**POLK** [1] - 1510:6
**Pooladi** [2] -
1514:12, 1514:19
**Pooladi-Darvish** [2]
- 1514:12, 1514:19
**pore** [3] - 1560:6,
1589:1, 1589:18
**porosity** [2] -
1524:10, 1559:9
**porous** [3] - 1580:17,
1581:10, 1598:21
**port** [1] - 1610:4
**portion** [4] - 1523:9,
1523:11, 1605:7,
1606:5
**position** [2] -
1599:22, 1619:20
**possibility** [2] -
1588:25, 1589:3
**possible** [18] -
1515:3, 1528:10,
1529:1, 1542:18,
1545:6, 1545:20,
1548:19, 1549:11,
1549:15, 1549:20,
1549:22, 1549:24,
1565:10, 1567:9,
1588:15, 1589:2,
1624:4, 1624:22
**potential** [5] -
1542:13, 1547:1,
1547:11, 1547:12,
1625:4
**power** [1] - 1525:20
**PowerPoint** [3] -
1525:15, 1525:16,
1529:18
**Poydras** [4] - 1509:6,
1510:8, 1510:16,
1511:20
**practical** [2] -

1578:8, 1625:2
**predict** [1] - 1547:8
**prefer** [3] - 1515:13,
1569:9, 1569:10
**preferred** [1] -
1569:11
**preferring** [1] -
1569:2
**prehistoric** [1] -
1588:1
**preliminary** [2] -
1515:19, 1593:16
**premier** [1] - 1597:23
**premium** [1] -
1575:17
**prepared** [3] -
1596:3, 1596:8,
1596:14
**preparing** [1] -
1522:20
**PRESCOTT** [1] -
1509:24
**present** [9] -
1520:12, 1524:24,
1525:13, 1525:14,
1527:1, 1533:18,
1562:25, 1571:16,
1571:17
**presentation** [41] -
1522:23, 1526:2,
1526:3, 1526:7,
1529:19, 1529:23,
1530:22, 1530:24,
1531:4, 1531:5,
1541:22, 1542:3,
1542:6, 1542:7,
1542:11, 1542:12,
1542:14, 1542:15,
1547:20, 1547:23,
1548:2, 1548:4,
1549:10, 1550:12,
1552:7, 1552:14,
1552:16, 1552:19,
1553:1, 1554:15,
1555:2, 1557:1,
1564:9, 1565:1,
1567:1, 1571:20,
1573:3, 1576:6,
1592:19, 1592:25
**presentations** [15] -
1523:21, 1525:20,
1525:24, 1526:1,
1532:3, 1532:5,
1532:6, 1535:15,
1542:8, 1547:22,
1550:2, 1550:4,
1564:8, 1565:4,
1570:7
**presented** [28] -
1525:1, 1525:23,

1526:12, 1526:15,
1529:20, 1529:24,
1530:18, 1530:25,
1531:9, 1531:15,
1531:16, 1533:20,
1548:1, 1557:4,
1562:9, 1563:5,
1563:17, 1564:18,
1565:17, 1566:16,
1566:17, 1566:21,
1566:22, 1571:11,
1571:18, 1572:22,
1577:10, 1585:9
**presenting** [1] -
1516:2
**pressure** [155] -
1519:15, 1520:22,
1520:25, 1521:7,
1521:8, 1521:9,
1521:10, 1521:11,
1521:13, 1521:15,
1521:17, 1521:20,
1521:21, 1522:10,
1522:17, 1523:14,
1524:24, 1526:24,
1527:4, 1527:13,
1527:15, 1527:16,
1527:25, 1528:2,
1528:11, 1528:14,
1528:16, 1528:18,
1528:19, 1529:2,
1529:4, 1529:9,
1529:12, 1530:4,
1530:11, 1534:3,
1534:7, 1534:19,
1534:20, 1543:4,
1543:7, 1544:4,
1544:8, 1545:14,
1545:15, 1545:17,
1545:19, 1545:21,
1545:23, 1545:25,
1546:1, 1546:4,
1546:5, 1546:6,
1546:8, 1546:10,
1547:2, 1547:9,
1547:13, 1547:16,
1548:22, 1553:10,
1553:14, 1553:18,
1555:15, 1555:24,
1557:21, 1561:21,
1561:23, 1561:24,
1561:25, 1562:1,
1563:7, 1564:3,
1564:4, 1564:13,
1566:25, 1572:11,
1579:12, 1579:13,
1579:18, 1579:24,
1580:7, 1580:10,
1581:7, 1583:9,
1583:13, 1583:14,
1586:12, 1586:16,

1586:18, 1586:22,
1586:24, 1589:8,
1589:12, 1589:13,
1589:20, 1590:15,
1604:17, 1604:20,
1605:4, 1605:8,
1605:9, 1605:12,
1605:16, 1605:18,
1605:21, 1605:23,
1605:24, 1606:10,
1606:15, 1606:19,
1606:21, 1606:23,
1606:24, 1607:2,
1607:11, 1607:12,
1608:7, 1608:10,
1608:12, 1608:20,
1609:1, 1609:20,
1610:7, 1610:11,
1610:22, 1611:19,
1611:21, 1612:13,
1612:17, 1612:18,
1612:19, 1612:21,
1613:8, 1613:10,
1615:24, 1616:11,
1618:4, 1618:5,
1618:9, 1618:12,
1620:10, 1623:5,
1623:6, 1623:21,
1624:13, 1624:14,
1624:18
**pressures** [40] -
1522:11, 1527:12,
1543:13, 1544:18,
1545:10, 1546:20,
1592:21, 1596:20,
1596:23, 1605:1,
1605:9, 1605:12,
1605:13, 1605:24,
1608:24, 1609:2,
1609:3, 1609:5,
1610:14, 1610:24,
1611:3, 1611:5,
1611:9, 1611:12,
1611:16, 1611:17,
1612:4, 1612:19,
1613:22, 1613:25,
1618:8, 1619:8,
1619:16, 1619:17,
1619:18, 1619:19,
1623:4, 1623:22
**previous** [3] -
1559:14, 1559:20,
1560:24
**previously** [1] -
1566:15
**primarily** [1] -
1532:18
**primary** [2] - 1519:4,
1588:8
**Princeton** [1] -

1517:5
**principles** [3] -
1596:21, 1604:12,
1604:24
**print** [1] - 1575:19
**prior** [11] - 1540:9,
1540:16, 1540:18,
1544:14, 1544:15,
1551:10, 1561:1,
1563:8, 1582:16,
1600:15, 1617:21
**PRITZLAFF** [1] -
1511:4
**probability** [1] -
1589:18
**probably** [4] -
1540:8, 1561:12,
1561:18, 1562:7
**problem** [6] -
1599:15, 1603:4,
1615:20, 1619:11,
1624:21
**procedures** [1] -
1527:9
**proceedings** [1] -
1626:8
**PROCEEDINGS** [1] -
1507:12
**Proceedings** [1] -
1511:22
**process** [8] -
1532:22, 1608:18,
1609:5, 1616:18,
1618:8, 1618:17,
1620:25, 1621:23
**PROCTOR** [1] -
1507:21
**produced** [2] -
1511:23, 1568:7
**production** [2] -
1589:8, 1607:20
**PRODUCTION** [3] -
1507:10, 1509:2,
1509:4
**productivity** [8] -
1606:8, 1607:9,
1608:8, 1608:17,
1609:18, 1617:13,
1623:20, 1624:11
**PRODUCTS** [1] -
1509:5
**professional** [1] -
1532:11
**Professor** [13] -
1539:14, 1558:5,
1558:12, 1558:15,
1558:17, 1558:24,
1560:16, 1560:18,
1575:6, 1587:13,
1587:21, 1588:19,

1589:18
  **Program** [1] - 1600:2
  **properly** [3] -
1618:4, 1618:14,
1618:15
  **properties** [1] -
1559:5
  **property** [3] -
1580:14, 1580:16,
1582:15
  **proportional** [7] -
1580:21, 1580:24,
1581:7, 1605:20,
1605:21, 1605:22,
1620:18
  **proportionally** [1] -
1563:23
  **PROSPER** [1] -
1620:14
  **provide** [11] -
1524:6, 1524:14,
1524:16, 1527:18,
1529:23, 1555:17,
1560:25, 1589:8,
1589:20, 1589:25,
1616:11
  **provided** [8] -
1524:8, 1524:13,
1530:14, 1530:21,
1535:11, 1579:7,
1582:12, 1582:18
  **providing** [2] -
1558:24, 1596:11
  **proximate** [1] -
1584:24
  **psi** [10] - 1521:12,
1521:13, 1521:14,
1527:12, 1528:20,
1553:14, 1553:18,
1611:20, 1619:22
  **psi-1** [1] - 1561:15
  **PT** [24] - 1608:25,
1609:2, 1609:22,
1609:23, 1610:4,
1610:5, 1610:7,
1610:20, 1610:21,
1610:23, 1610:24,
1612:3, 1612:4,
1612:8, 1612:10,
1612:11, 1613:9,
1618:15, 1619:17,
1623:6, 1623:25,
1624:19, 1624:20
  **PT-3K-2** [2] - 1609:4,
1619:18
  **PT-B** [24] - 1608:25,
1609:2, 1609:22,
1609:23, 1610:4,
1610:5, 1610:7,
1610:20, 1610:21,

1610:23, 1610:24,
1612:3, 1612:4,
1612:8, 1612:10,
1612:11, 1613:9,
1618:15, 1619:17,
1623:6, 1623:25,
1624:19, 1624:20
  **public** [2] - 1600:18,
1600:20
  **Public** [1] - 1535:25
  **publication** [5] -
1532:14, 1532:15,
1577:4, 1603:14,
1603:18
  **publications** [2] -
1600:21, 1601:5
  **publish** [2] - 1532:8,
1534:13
  **published** [10] -
1532:10, 1532:12,
1534:24, 1537:12,
1575:22, 1595:5,
1600:22, 1600:24,
1600:25, 1601:4
  **publishing** [2] -
1551:10, 1603:11
  **pull** [8] - 1521:2,
1523:1, 1525:18,
1526:4, 1532:13,
1535:2, 1591:22,
1596:5
  **pulled** [1] - 1600:6
  **pumping** [1] -
1613:20
  **purely** [2] - 1615:2,
1616:4
  **purpose** [16] -
1525:5, 1525:6,
1525:8, 1530:1,
1530:2, 1533:23,
1533:24, 1534:2,
1555:14, 1557:17,
1572:7, 1600:10,
1614:20, 1615:11,
1615:12, 1616:7
  **purposes** [1] -
1625:2
  **pursue** [1] - 1603:5
  **put** [15] - 1515:14,
1529:11, 1547:1,
1547:7, 1547:13,
1558:19, 1559:10,
1559:17, 1574:19,
1575:16, 1576:4,
1577:15, 1600:12,
1616:18, 1618:25
  **putting** [3] - 1543:12,
1584:16, 1603:24

## Q

  **Q** [5] - 1526:19,
1548:13, 1606:4,
1606:5, 1622:14
  **QO** [1] - 1548:13
  **qualified** [1] -
1581:22
  **quantities** [1] -
1526:20
  **quantity** [2] - 1518:9,
1518:12
  **question** [10] -
1541:24, 1552:2,
1556:25, 1562:22,
1563:4, 1566:5,
1570:18, 1574:18,
1575:11, 1586:21
  **questioning** [1] -
1573:1
  **questions** [6] -
1536:5, 1568:23,
1571:24, 1574:1,
1593:6, 1615:17
  **quick** [1] - 1538:23
  **quickly** [1] - 1617:9
  **QUIN** [2] - 1511:16,
1511:17
  **quite** [4] - 1515:3,
1540:18, 1560:3,
1598:10

## R

  **R** [7] - 1508:10,
1509:16, 1510:2,
1510:21, 1513:1,
1555:6, 1595:17
  **RAFFERTY** [1] -
1507:21
  **raise** [2] - 1571:24,
1595:11
  **raised** [3] - 1595:6,
1619:25, 1620:25
  **raises** [1] - 1595:6
  **rams** [2] - 1610:4,
1613:21
  **ran** [1] - 1519:6
  **range** [31] - 1521:9,
1521:10, 1521:11,
1521:13, 1528:15,
1528:16, 1528:19,
1528:21, 1546:4,
1546:5, 1549:20,
1551:11, 1552:11,
1555:23, 1563:3,
1565:8, 1565:10,
1571:23, 1615:10,
1615:18, 1615:23,

1616:3, 1619:22,
1622:19, 1622:22,
1623:4, 1623:7,
1623:10
  **ranges** [2] - 1521:8,
1528:2
  **rapidly** [2] - 1579:12,
1580:10
  **Rate** [3] - 1535:1,
1535:4, 1539:16
  **rate** [86] - 1518:8,
1518:12, 1526:20,
1532:25, 1533:1,
1533:2, 1533:3,
1533:5, 1533:8,
1533:10, 1533:13,
1533:14, 1533:18,
1533:20, 1534:1,
1534:4, 1534:6,
1534:9, 1534:11,
1534:14, 1534:16,
1534:17, 1534:19,
1535:5, 1535:7,
1538:8, 1548:19,
1548:24, 1548:25,
1553:21, 1553:25,
1554:3, 1554:9,
1563:22, 1563:25,
1564:24, 1565:16,
1565:21, 1565:22,
1566:7, 1566:15,
1578:7, 1580:17,
1580:21, 1580:24,
1581:5, 1581:7,
1582:13, 1585:21,
1586:1, 1586:7,
1586:23, 1599:21,
1600:9, 1600:23,
1602:19, 1603:7,
1604:16, 1604:20,
1605:11, 1605:16,
1605:18, 1606:4,
1606:5, 1606:10,
1606:19, 1606:25,
1607:1, 1607:10,
1607:13, 1608:8,
1608:12, 1608:21,
1610:20, 1613:2,
1613:9, 1613:10,
1614:2, 1615:10,
1615:21, 1615:22,
1615:24, 1618:5,
1620:8, 1620:17,
1622:23
  **rates** [32] - 1518:12,
1533:24, 1549:3,
1556:22, 1563:3,
1571:6, 1596:13,
1596:21, 1596:22,
1602:21, 1602:24,

1605:1, 1605:13,
1605:20, 1605:22,
1608:20, 1609:20,
1610:12, 1612:23,
1613:11, 1613:13,
1613:14, 1613:23,
1614:14, 1615:18,
1616:3, 1616:11,
1617:20, 1618:14,
1620:21, 1623:9,
1624:24
  **rather** [5] - 1558:18,
1559:8, 1584:17,
1619:3, 1620:1
  **Ratzel** [1] - 1533:4
  **Rd** [2] - 1508:7,
1511:17
  **RE** [2] - 1507:3,
1507:7
  **reach** [1] - 1621:6
  **reached** [2] -
1534:12, 1580:4
  **read** [8] - 1539:25,
1574:9, 1574:23,
1574:24, 1574:25,
1575:1, 1592:11,
1597:2
  **reading** [1] - 1558:19
  **ready** [3] - 1514:16,
1515:9, 1581:2
  **real** [3] - 1587:9,
1596:11, 1606:18
  **real-world** [1] -
1606:18
  **reality** [1] - 1614:13
  **realize** [1] - 1546:12
  **really** [10] - 1514:16,
1542:1, 1579:24,
1581:18, 1598:2,
1604:11, 1604:18,
1614:1, 1616:8
  **reason** [5] - 1515:12,
1540:17, 1545:19,
1555:24, 1589:6
  **reasonable** [4] -
1514:24, 1551:13,
1565:13, 1571:24
  **reasons** [2] - 1610:7,
1615:1
  **rebuttal** [3] - 1597:3,
1601:15, 1601:24
  **recall** [10] - 1520:11,
1520:21, 1522:16,
1524:3, 1526:1,
1534:3, 1534:8,
1571:3, 1571:6,
1593:5
  **receive** [2] - 1520:2,
1535:21
  **received** [13] -

1513:15, 1517:4, 1517:5, 1520:4, 1520:10, 1535:22, 1535:24, 1536:1, 1536:2, 1538:23, 1539:20, 1543:21
**receiving** [1] - 1570:21
**RECESS** [2] - 1593:12, 1625:20
**recess** [2] - 1514:22, 1593:10
**recognitions** [1] - 1535:21
**recognize** [2] - 1525:19, 1529:16
**recollect** [1] - 1591:10
**recollection** [1] - 1522:19
**recommend** [1] - 1520:22
**recommendation** [1] - 1525:2
**recommendations** [2] - 1520:24, 1524:25
**record** [4] - 1516:16, 1595:15, 1610:8, 1626:7
**recorded** [1] - 1511:22
**recovered** [1] - 1610:3
**rectangle** [1] - 1556:6
**red** [12] - 1521:12, 1526:20, 1526:22, 1526:23, 1545:4, 1548:6, 1576:8, 1589:10, 1592:22, 1611:5, 1620:11, 1620:15
**redirect** [2] - 1560:17, 1591:19
**REDIRECT** [1] - 1591:20
**Redirect** [1] - 1512:8
**reduce** [1] - 1614:22
**reduced** [1] - 1527:8
**reevaluation** [1] - 1552:9
**refer** [3] - 1552:19, 1561:20, 1604:22
**reference** [1] - 1621:11
**references** [1] - 1568:22
**referred** [6] - 1532:14, 1550:15, 1552:3, 1554:16,

1562:17, 1581:17
**referring** [5] - 1523:11, 1552:7, 1559:2, 1570:7, 1577:9
**refers** [2] - 1522:1, 1564:5
**refine** [1] - 1578:8
**refined** [4] - 1534:23, 1578:6, 1578:14, 1580:12
**refinement** [2] - 1578:10, 1579:24
**refinements** [1] - 1534:23
**refining** [3] - 1578:2, 1578:3, 1580:9
**reflect** [1] - 1611:2
**reflected** [1] - 1580:1, 1624:16
**reflects** [1] - 1623:15
**Regan** [4] - 1513:19, 1519:15, 1621:3, 1621:22
**REGAN** [12] - 1509:12, 1513:19, 1513:24, 1568:7, 1568:10, 1593:15, 1593:23, 1594:2, 1594:8, 1595:8, 1602:3, 1621:3
**regard** [1] - 1515:25
**regarding** [2] - 1532:24, 1534:8
**regardless** [2] - 1562:12, 1563:19
**region** [6] - 1524:21, 1546:9, 1546:10, 1569:14, 1572:21, 1592:17
**regular** [2] - 1557:5
**relate** [1] - 1604:20
**related** [2] - 1599:4, 1600:14
**relates** [5] - 1606:10, 1607:10, 1608:8, 1623:18
**relating** [2] - 1599:11, 1605:11
**relationship** [3] - 1604:16, 1605:16, 1605:17
**relationships** [1] - 1604:16
**relative** [1] - 1598:8
**relevant** [6] - 1598:7, 1598:9, 1598:10, 1598:13, 1599:3, 1599:14
**relied** [4] - 1528:1,

1572:21, 1582:4, 1621:14
**relies** [1] - 1623:25
**rely** [6] - 1527:24, 1550:6, 1621:5, 1621:16, 1621:24, 1622:7
**relying** [2] - 1570:12, 1572:16
**remaining** [4] - 1513:9, 1513:10, 1513:16, 1516:4
**remember** [4] - 1520:13, 1539:25, 1550:13, 1587:15
**removed** [1] - 1610:19
**Renaissance** [1] - 1509:24
**reopened** [1] - 1530:3
**repeated** [1] - 1531:22
**replenish** [1] - 1581:1
**replication** [1] - 1620:16
**reply** [1] - 1552:4
**report** [42] - 1534:17, 1534:25, 1535:1, 1535:3, 1535:4, 1535:5, 1535:7, 1535:8, 1537:12, 1537:16, 1537:22, 1538:1, 1538:2, 1538:3, 1539:14, 1539:20, 1539:25, 1540:3, 1572:6, 1572:9, 1573:25, 1577:6, 1577:14, 1579:9, 1579:21, 1580:2, 1582:10, 1583:11, 1597:2, 1601:14, 1601:15, 1601:24, 1604:21, 1604:22, 1607:6, 1609:9, 1617:8, 1619:3, 1620:7
**reported** [12] - 1529:15, 1537:16, 1538:7, 1539:2, 1556:8, 1556:10, 1570:9, 1572:10, 1577:16, 1579:7, 1590:8, 1612:4
**REPORTER** [1] - 1511:19
**Reporter** [2] - 1626:4, 1626:13
**REPORTER'S** [1] -

1626:2
**reports** [8] - 1540:5, 1579:7, 1597:3, 1601:3, 1601:18, 1602:5, 1603:25, 1621:24
**represent** [2] - 1586:12, 1618:4
**representative** [9] - 1524:21, 1542:3, 1551:5, 1551:7, 1569:13, 1571:14, 1571:17, 1572:20, 1592:17
**represented** [1] - 1611:14
**representing** [1] - 1587:9
**represents** [2] - 1607:19, 1609:1
**reproduced** [1] - 1619:21
**reproduces** [1] - 1620:20
**require** [1] - 1615:5
**required** [1] - 1614:21
**res** [1] - 1608:7
**Research** [1] - 1600:2
**research** [6] - 1516:25, 1517:12, 1573:24, 1574:4, 1600:1, 1600:5
**reserve** [2] - 1588:12
**Reservoir** [5] - 1526:9, 1532:16, 1541:11, 1559:3, 1559:12
**reservoir** [124] - 1518:4, 1518:10, 1520:9, 1520:15, 1523:18, 1523:21, 1523:23, 1524:2, 1524:9, 1524:15, 1526:11, 1526:13, 1526:24, 1527:1, 1527:4, 1527:13, 1527:14, 1528:1, 1529:11, 1529:24, 1530:25, 1531:6, 1532:21, 1532:23, 1533:12, 1535:9, 1538:25, 1539:21, 1540:11, 1541:8, 1541:14, 1542:1, 1542:4, 1542:15, 1543:7, 1548:22, 1549:12, 1549:16, 1549:20, 1549:25,

1550:9, 1550:21, 1551:5, 1551:18, 1552:4, 1552:10, 1554:20, 1554:22, 1555:18, 1555:24, 1556:9, 1557:2, 1557:18, 1558:2, 1558:7, 1558:18, 1559:1, 1559:2, 1559:5, 1559:9, 1559:10, 1559:25, 1560:22, 1560:24, 1562:18, 1562:20, 1564:15, 1564:24, 1571:3, 1571:5, 1572:7, 1572:11, 1573:6, 1574:16, 1578:16, 1580:18, 1581:10, 1583:20, 1583:23, 1586:4, 1586:6, 1586:8, 1586:17, 1586:25, 1587:18, 1587:23, 1588:4, 1588:9, 1588:10, 1588:22, 1588:23, 1589:2, 1589:4, 1589:7, 1590:7, 1590:11, 1590:14, 1591:6, 1592:20, 1592:21, 1605:5, 1605:8, 1606:7, 1606:11, 1608:7, 1608:9, 1609:20, 1610:12, 1610:22, 1611:3, 1611:5, 1612:18, 1618:7, 1618:9, 1623:5, 1623:21, 1624:3, 1624:13
**reservoirs** [7] - 1524:21, 1551:7, 1551:15, 1565:11, 1569:13, 1572:20, 1592:17
**reservoirvolume. xls** [1] - 1559:23
**resistance** [2] - 1610:20, 1618:15
**resolution** [4] - 1578:4, 1578:5, 1578:10
**resolved** [1] - 1516:2
**resources** [1] - 1517:6
**respect** [5] - 1519:3, 1527:17, 1565:6, 1593:16, 1594:2
**respond** [3] - 1568:23, 1570:16, 1621:19

**responded** [1] - 1573:20

**response** [18] - 1518:14, 1518:21, 1535:10, 1544:13, 1567:22, 1567:25, 1574:2, 1592:8, 1592:9, 1592:13, 1598:15, 1599:15, 1602:10, 1602:15, 1602:16, 1602:20, 1617:18, 1620:8

**Response** [3] - 1517:18, 1517:19, 1535:21

**responsibilities** [1] - 1517:11

**responsible** [3] - 1598:17, 1600:5, 1612:13

**rest** [1] - 1560:2

**restate** [1] - 1547:5

**restored** [1] - 1612:12

**restrict** [1] - 1591:1

**restrictions** [3] - 1586:13, 1587:10, 1587:12

**result** [5] - 1531:13, 1553:16, 1578:13, 1599:20, 1624:6

**resulted** [1] - 1571:5

**results** [30] - 1513:7, 1523:21, 1526:12, 1528:2, 1529:13, 1530:25, 1531:8, 1531:16, 1532:8, 1532:10, 1533:18, 1533:20, 1535:5, 1552:10, 1554:20, 1562:14, 1562:25, 1566:16, 1566:17, 1575:25, 1582:10, 1582:11, 1603:14, 1614:3, 1616:22, 1616:25, 1618:18, 1620:16, 1620:20

**resume** [1] - 1513:6

**retained** [1] - 1539:16

**rethink** [1] - 1617:15

**retired** [3] - 1595:24, 1599:22, 1603:20

**retirement** [1] - 1596:1

**review** [4] - 1522:21, 1525:6, 1533:24, 1575:15

**reviewed** [3] - 1600:22, 1600:24,

1603:16

**reviewer** [1] - 1601:7

**reviewing** [3] - 1525:9, 1601:8, 1601:10

**revised** [5] - 1524:22, 1533:7, 1533:9, 1534:1, 1575:6

**revision** [3] - 1534:22, 1561:12, 1561:13

**rewind** [1] - 1538:16

**RICHARD** [2] - 1508:21, 1510:2

**RICHESON** [1] - 1510:7

**Ridgeland** [1] - 1511:18

**RIG** [1] - 1507:4

**rig** [1] - 1612:9

**right** [66] - 1513:16, 1515:2, 1515:6, 1516:19, 1536:9, 1536:22, 1536:24, 1537:14, 1537:20, 1539:8, 1541:7, 1542:23, 1543:10, 1545:11, 1553:3, 1555:12, 1557:19, 1557:21, 1558:16, 1559:24, 1562:11, 1563:8, 1565:17, 1566:9, 1566:13, 1567:18, 1568:24, 1570:2, 1570:13, 1570:20, 1572:22, 1574:11, 1576:2, 1577:1, 1580:3, 1580:18, 1580:19, 1581:4, 1583:24, 1584:6, 1585:16, 1587:6, 1588:16, 1588:19, 1589:9, 1589:24, 1591:3, 1591:25, 1593:7, 1593:14, 1593:25, 1594:20, 1594:23, 1595:11, 1602:1, 1606:4, 1607:17, 1607:23, 1608:7, 1610:2, 1612:3, 1621:22, 1624:16, 1625:11, 1625:14

**right-hand** [1] - 1567:18

**rise** [3] - 1544:8, 1593:11, 1625:19

**riser** [2] - 1610:18, 1614:25

**rising** [1] - 1546:2

**risk** [7] - 1519:6, 1530:5, 1542:19, 1542:20, 1542:21, 1545:3, 1547:21

**risking** [1] - 1544:25

**risks** [3] - 1542:9, 1542:13

**Risks** [1] - 1547:23

**RMR** [2] - 1511:19, 1626:12

**ROACH** [1] - 1511:7

**ROBERT** [2] - 1509:8, 1509:16

**Robert** [2] - 1541:13, 1575:6

**ROBERTS** [1] - 1510:18

**ROBIN** [1] - 1507:24

**Rock** [1] - 1574:20

**rock** [98] - 1520:16, 1524:10, 1524:15, 1524:16, 1524:17, 1524:23, 1526:17, 1527:7, 1527:17, 1530:16, 1530:17, 1530:19, 1531:11, 1531:12, 1533:16, 1537:9, 1537:20, 1538:20, 1538:21, 1539:23, 1539:24, 1540:5, 1540:11, 1540:22, 1540:25, 1541:1, 1541:2, 1541:4, 1541:8, 1541:21, 1542:1, 1547:7, 1547:14, 1547:17, 1548:6, 1549:5, 1549:11, 1549:15, 1549:24, 1550:20, 1551:11, 1552:11, 1555:5, 1555:21, 1556:13, 1556:14, 1556:24, 1557:15, 1557:19, 1557:22, 1558:12, 1560:6, 1560:19, 1561:2, 1561:4, 1561:14, 1562:1, 1563:2, 1563:6, 1563:11, 1563:13, 1563:14, 1563:18, 1564:5, 1564:12, 1564:21, 1565:7, 1565:10, 1565:25, 1567:3, 1567:9, 1567:11, 1569:3, 1569:17, 1571:3, 1572:16, 1573:10, 1573:16, 1573:25,

1574:5, 1574:6, 1574:10, 1574:13, 1574:15, 1575:3, 1575:10, 1575:18, 1575:24, 1580:14, 1580:17, 1584:7, 1592:7, 1592:10, 1592:24

**room** [2] - 1558:16, 1588:20

**Room** [1] - 1511:20

**root** [4] - 1605:23, 1607:11, 1620:18, 1622:14

**Rosa** [1] - 1511:9

**rose** [12] - 1521:17, 1521:20, 1521:22, 1528:15, 1528:18, 1529:2, 1529:9, 1530:4, 1545:14, 1545:15, 1545:17, 1553:18

**roughly** [5] - 1597:24, 1601:1, 1613:4, 1617:17, 1619:22

**route** [1] - 1515:10

**row** [5] - 1564:16, 1566:23, 1566:24, 1567:2, 1567:6

**rows** [1] - 1583:22

**ROY** [2] - 1507:18, 1507:18

**RPR** [2] - 1511:19, 1626:12

**ruled** [1] - 1621:14

**ruling** [1] - 1622:2

**run** [3] - 1514:10, 1527:3, 1556:2

**runs** [7] - 1527:1, 1527:5, 1554:22, 1561:9, 1594:14

**rupture** [15] - 1542:24, 1543:19, 1543:24, 1544:5, 1544:8, 1544:9, 1544:24, 1545:8, 1545:9, 1545:13, 1545:15, 1545:16, 1545:20, 1545:22, 1545:25

**ruptured** [9] - 1519:8, 1522:2, 1522:3, 1522:6, 1522:12, 1522:18, 1522:20, 1523:13, 1544:9

**rupturing** [1] - 1543:18

**RUSSELL** [1] -

1511:11

**S**

**S** [5] - 1511:8, 1511:11, 1513:1, 1516:18, 1595:17

**s** [1] - 1515:1

**safe** [2] - 1562:10, 1562:13

**said** [32] - 1522:7, 1524:17, 1550:11, 1551:2, 1551:4, 1551:24, 1552:8, 1553:24, 1558:23, 1559:25, 1560:8, 1560:15, 1560:19, 1561:16, 1562:7, 1563:13, 1566:5, 1566:6, 1569:5, 1571:10, 1572:6, 1573:23, 1579:10, 1582:4, 1585:3, 1585:10, 1585:15, 1589:3, 1589:18, 1609:16, 1622:23, 1624:6

**same** [25] - 1530:22, 1531:9, 1532:20, 1548:1, 1553:1, 1558:16, 1563:22, 1564:2, 1567:23, 1579:5, 1579:6, 1581:1, 1585:10, 1603:24, 1604:1, 1604:6, 1606:8, 1608:22, 1615:19, 1616:24, 1621:20, 1622:11, 1624:10, 1624:18, 1625:5

**samples** [2] - 1584:5, 1584:7

**sand** [3] - 1588:2, 1588:5, 1589:1

**Sandia** [18] - 1533:4, 1596:2, 1597:18, 1597:19, 1597:21, 1598:3, 1598:7, 1599:8, 1599:12, 1599:22, 1599:25, 1600:5, 1600:7, 1600:10, 1600:12, 1600:17, 1617:5, 1618:20

**Sandia's** [1] - 1600:2

**sandstone** [2] - 1538:20, 1581:10, 1588:1

**sanity** [1] - 1617:19

**Santa** [1] - 1511:9

**SARAH** [1] - 1508:17
**SARGENT** [2] - 1513:11, 1513:18
**Sargent** [1] - 1513:11
**saw** [16] - 1537:12, 1541:22, 1548:1, 1548:6, 1548:23, 1550:24, 1551:1, 1555:2, 1555:11, 1557:15, 1558:11, 1569:15, 1576:16, 1589:12
**say** [19] - 1535:18, 1544:1, 1549:10, 1549:13, 1549:17, 1550:5, 1553:21, 1554:11, 1555:11, 1567:15, 1569:4, 1569:11, 1573:5, 1579:15, 1600:11, 1610:15, 1615:9, 1616:19, 1623:2
**saying** [1] - 1581:9
**says** [13] - 1523:12, 1540:7, 1542:8, 1546:4, 1548:11, 1548:13, 1548:16, 1560:5, 1561:15, 1570:11, 1580:23, 1583:25, 1613:19
**scale** [1] - 1607:19
**scaling** [1] - 1563:23
**scenario** [2] - 1543:20, 1547:2
**SCHELL** [1] - 1510:6
**school** [2] - 1575:1, 1598:20
**science** [15] - 1518:22, 1522:9, 1523:25, 1528:25, 1555:14, 1556:1, 1556:10, 1569:21, 1570:22, 1574:1, 1587:22, 1588:16, 1588:17, 1588:18, 1600:5
**Science** [2] - 1536:4, 1600:3
**sciences** [1] - 1597:13
**scientist** [2] - 1558:2, 1572:4
**Scientist** [2] - 1599:24, 1599:25
**scientists** [17] - 1519:20, 1519:21, 1525:3, 1533:21, 1554:16, 1556:18, 1556:22, 1558:9,

1566:2, 1566:13, 1566:15, 1567:12, 1567:24, 1569:1, 1576:7, 1576:9, 1588:21
**SCOTT** [1] - 1508:19
**sea** [2] - 1624:13, 1624:17
**seafloor** [1] - 1519:12
**seal** [1] - 1599:18
**SEAN** [1] - 1509:22
**seat** [2] - 1516:15, 1595:14
**seated** [1] - 1593:14
**second** [2] - 1518:2, 1528:9, 1534:10, 1553:11, 1561:13, 1570:7, 1577:11, 1577:19, 1580:25, 1584:13, 1585:21, 1592:12, 1594:14, 1604:25, 1625:8
**Secretary** [12] - 1533:22, 1555:14, 1556:11, 1556:24, 1573:8, 1573:10, 1573:24, 1574:2, 1574:3, 1591:24, 1592:4, 1592:18
**SECTION** [1] - 1508:17
**section** [3] - 1523:12, 1526:16, 1607:19
**Section** [3] - 1507:4, 1507:7, 1507:9
**sediment** [2] - 1519:11, 1588:21
**sediments** [1] - 1519:10
**see** [31] - 1529:4, 1537:6, 1547:17, 1550:11, 1551:4, 1553:2, 1560:4, 1560:6, 1566:1, 1568:13, 1570:8, 1584:1, 1584:11, 1584:13, 1600:1, 1606:1, 1607:17, 1608:7, 1608:10, 1608:25, 1609:23, 1610:1, 1611:13, 1611:23, 1613:25, 1618:19, 1619:21, 1620:19, 1622:1, 1622:10, 1622:14
**seeing** [2] - 1563:3, 1563:7
**seem** [1] - 1581:20,

1581:23
**seems** [1] - 1585:2
**seen** [4] - 1539:6, 1565:4, 1572:25, 1574:21
**seismic** [1] - 1520:7
**selected** [1] - 1615:1
**send** [5] - 1559:21, 1560:23, 1574:2, 1587:17, 1587:20
**sending** [1] - 1551:22
**Senior** [3] - 1541:11, 1599:24, 1599:25
**senior** [1] - 1541:15
**sense** [2] - 1569:9, 1616:21
**sensitivity** [1] - 1527:5, 1527:7
**sent** [10] - 1550:13, 1551:23, 1558:1, 1558:12, 1559:25, 1560:19, 1560:22, 1574:3, 1587:14, 1587:17
**separately** [1] - 1617:10
**sequence** [1] - 1577:13
**series** [3] - 1547:22, 1565:4, 1615:17
**served** [1] - 1601:7
**Service** [5] - 1535:23, 1535:24, 1535:25, 1539:15, 1539:19
**SERVICES** [1] - 1509:21
**SESSION** [2] - 1507:11, 1513:3
**session** [1] - 1536:12
**set** [4] - 1526:6, 1553:11, 1553:13, 1561:9
**sets** [1] - 1610:4
**setting** [1] - 1566:1
**seven** [2] - 1526:5, 1550:11
**several** [5] - 1546:16, 1556:23, 1579:20, 1602:12, 1603:23
**shape** [8] - 1555:24, 1557:18, 1562:4, 1562:17, 1562:18, 1572:10, 1572:11
**shaped** [1] - 1556:9
**shapes** [3] - 1562:5, 1562:6, 1562:17
**she's** [1] - 1570:1

**sheet** [1] - 1556:6
**Shell** [1] - 1509:6
**short** [3] - 1579:9, 1589:20, 1594:5
**should** [11] - 1517:25, 1525:10, 1529:9, 1530:3, 1536:9, 1545:4, 1599:16, 1616:17, 1617:25, 1619:25
**show** [4] - 1526:11, 1532:19, 1560:17, 1620:6
**showed** [7] - 1538:21, 1553:15, 1554:22, 1557:16, 1573:4, 1585:11, 1591:23
**showing** [5] - 1552:22, 1564:12, 1580:5, 1608:2, 1613:6
**shown** [13] - 1525:16, 1526:7, 1526:15, 1526:16, 1546:11, 1546:12, 1552:24, 1563:5, 1563:12, 1564:14, 1564:21, 1592:6, 1611:12
**shows** [5] - 1553:9, 1564:16, 1566:23, 1610:24, 1618:14
**shrinks** [1] - 1590:16
**Shushan** [1] - 1621:14
**Shushan's** [1] - 1621:10
**Shut** [2] - 1542:9, 1547:23
**shut** [65] - 1517:23, 1517:25, 1518:3, 1519:15, 1520:3, 1520:23, 1521:4, 1521:8, 1521:17, 1521:23, 1523:12, 1525:8, 1525:10, 1528:4, 1528:6, 1528:7, 1528:10, 1528:12, 1528:13, 1529:3, 1529:4, 1529:8, 1529:19, 1540:16, 1540:20, 1540:23, 1542:17, 1542:25, 1543:4, 1544:9, 1544:14, 1544:15, 1545:9, 1545:24, 1547:12, 1547:18,

1548:20, 1548:22, 1553:14, 1553:17, 1561:22, 1562:10, 1562:13, 1563:1, 1579:17, 1579:25, 1580:12, 1582:16, 1583:15, 1590:2, 1592:22, 1602:13, 1603:1, 1603:8, 1604:4, 1607:24, 1609:5, 1617:21, 1618:8, 1619:20, 1623:10
**Shut-in** [1] - 1542:9
**shut-in** [45] - 1517:23, 1520:3, 1520:23, 1521:4, 1521:8, 1521:23, 1523:12, 1525:8, 1528:6, 1528:7, 1528:10, 1528:12, 1528:13, 1529:3, 1529:4, 1529:8, 1529:19, 1540:16, 1540:18, 1540:23, 1542:17, 1542:25, 1544:9, 1544:14, 1544:15, 1545:24, 1547:12, 1547:18, 1553:14, 1553:17, 1561:22, 1562:10, 1563:1, 1579:17, 1579:25, 1580:12, 1582:16, 1583:15, 1592:22, 1604:4, 1609:5, 1617:21, 1618:8, 1623:10
**shutdown** [1] - 1579:2
**shutting** [7] - 1519:9, 1522:11, 1542:13, 1542:18, 1542:19, 1543:13, 1545:7
**side** [4] - 1547:1, 1547:12, 1576:5, 1583:18
**sidewall** [7] - 1524:19, 1538:22, 1550:15, 1550:17, 1550:22, 1571:20, 1592:15
**significant** [4] - 1588:25, 1589:3, 1589:18, 1624:23
**significantly** [2] - 1624:23, 1625:6
**similar** [2] - 1527:9, 1594:24
**simple** [1] - 1617:1
**simplifies** [1] -

1614:16
**simply** [1] - 1609:18
**simulate** [7] -
1517:13, 1518:4,
1526:23, 1527:3,
1529:12, 1532:21,
1547:16
**simulated** [2] -
1527:13, 1561:24
**simulating** [3] -
1532:19, 1532:20,
1584:25
**simulation** [14] -
1517:13, 1520:15,
1526:11, 1529:11,
1532:17, 1532:23,
1541:14, 1553:13,
1557:16, 1578:3,
1578:14, 1578:18,
1579:23, 1580:7
**Simulation** [1] -
1532:16
**simulations** [10] -
1520:7, 1520:9,
1520:17, 1526:24,
1529:24, 1529:25,
1530:25, 1540:11,
1541:10, 1542:15
**simulator** [1] -
1578:16
**since** [1] - 1604:1
**SINCLAIR** [1] -
1508:13
**single** [3] - 1551:12,
1551:15, 1565:11
**sinking** [1] - 1612:9
**sir** [6] - 1514:23,
1540:3, 1544:4,
1545:6, 1554:2,
1574:9
**sit** [1] - 1554:2
**sitting** [1] - 1610:2
**situation** [1] -
1616:15
**six** [17] - 1514:10,
1515:4, 1528:19,
1531:18, 1531:19,
1531:21, 1534:20,
1549:10, 1549:17,
1549:22, 1557:17,
1557:18, 1557:23,
1567:8, 1567:10,
1576:22, 1577:21
**size** [9] - 1526:18,
1558:17, 1559:2,
1559:10, 1560:22,
1560:23, 1564:23,
1572:7
**skills** [1] - 1599:1
**skinny** [3] - 1555:19,

1556:6, 1556:9
**skip** [1] - 1565:1
**skipping** [2] -
1570:8, 1571:6
**slide** [25] - 1525:20,
1526:5, 1526:6,
1526:8, 1526:9,
1526:16, 1529:19,
1530:8, 1530:9,
1531:5, 1531:9,
1542:7, 1548:23,
1553:1, 1553:4,
1553:5, 1553:9,
1553:11, 1554:7,
1554:12, 1563:6,
1563:21, 1565:2,
1569:16
**slides** [10] - 1525:15,
1525:16, 1525:19,
1525:22, 1526:6,
1526:11, 1529:21,
1552:24, 1569:16
**slightly** [1] - 1614:6
**smack** [1] - 1528:20
**small** [3] - 1602:11,
1610:2, 1618:22
**smaller** [1] - 1579:12
**smart** [3] - 1536:14,
1536:25, 1597:24
**SMITH** [1] - 1509:24
**software** [3] -
1599:5, 1600:19
**Sogge** [2] - 1577:14,
1579:21
**SOILEAU** [1] -
1508:3
**sold** [1] - 1600:17
**some** [28] - 1516:1,
1523:21, 1528:25,
1534:23, 1540:22,
1542:16, 1543:11,
1554:24, 1557:19,
1558:12, 1560:24,
1567:17, 1571:20,
1574:8, 1581:22,
1582:18, 1588:6,
1596:21, 1599:1,
1601:5, 1604:15,
1615:10, 1618:17,
1620:24, 1623:5,
1623:6, 1623:7
**somebody** [9] -
1518:22, 1539:6,
1539:9, 1545:24,
1558:8, 1568:21,
1570:14, 1571:19,
1571:23
**someone** [9] -
1541:2, 1546:25,
1547:11, 1558:5,

1567:17, 1571:1,
1585:13, 1591:12,
1625:15
**something** [12] -
1555:21, 1561:19,
1569:8, 1574:15,
1583:4, 1598:2,
1600:6, 1602:25,
1603:5, 1616:22,
1617:4, 1617:18
**sometime** [1] -
1561:1
**sometimes** [1] -
1543:8
**somewhere** [2] -
1612:9, 1622:18
**sorry** [6] - 1520:20,
1526:4, 1536:20,
1566:11, 1575:13,
1576:7
**sort** [23] - 1537:10,
1598:9, 1599:5,
1599:15, 1599:21,
1600:4, 1600:5,
1600:11, 1607:19,
1608:4, 1608:18,
1609:1, 1609:25,
1612:2, 1614:20,
1614:25, 1615:16,
1616:2, 1616:6,
1617:9, 1620:1,
1622:11, 1624:10
**sounds** [1] - 1514:24
**source** [6] - 1530:12,
1530:14, 1533:13,
1533:14, 1613:16,
1623:12
**sources** [1] -
1614:21
**South** [3] - 1507:22,
1509:19, 1510:23
**SOUTH** [1] - 1508:3
**span** [1] - 1622:23
**spans** [1] - 1622:17
**special** [1] - 1600:10
**specialist** [3] -
1540:25, 1541:1,
1541:2
**specialization** [1] -
1597:12
**specialized** [1] -
1599:5
**specially** [1] - 1620:1
**specific** [2] -
1556:12, 1574:12
**specifically** [4] -
1518:25, 1588:6,
1592:12, 1606:5
**specified** [1] -
1562:4

**speculation** [2] -
1547:3, 1570:14
**spell** [2] - 1516:16,
1595:15
**spelled** [1] - 1516:17
**SPILL** [1] - 1507:3
**spill** [9] - 1517:16,
1544:13, 1557:3,
1566:20, 1566:24,
1569:7, 1569:9,
1576:17, 1577:5
**Spill** [3] - 1517:18,
1517:19, 1535:21
**spills** [1] - 1515:12
**split** [2] - 1605:7,
1608:14
**spoke** [1] - 1556:18
**spreadsheet** [14] -
1558:20, 1558:22,
1558:24, 1559:10,
1559:11, 1559:23,
1559:25, 1560:1,
1560:11, 1560:12,
1560:15, 1560:19,
1560:25, 1587:19
**spreadsheets** [9] -
1559:7, 1559:14,
1559:15, 1559:16,
1559:19, 1560:9,
1560:10, 1560:11
**Square** [1] - 1509:6
**square** [3] - 1605:23,
1607:11, 1620:18
**squeeze** [1] -
1515:15
**St** [7] - 1507:19,
1508:10, 1509:6,
1509:17, 1509:19,
1509:25, 1510:8,
1510:16, 1510:19
**stack** [23] - 1519:1,
1521:7, 1528:7,
1528:15, 1530:11,
1531:14, 1532:1,
1542:13, 1543:13,
1544:5, 1544:19,
1544:22, 1546:21,
1561:21, 1561:24,
1562:1, 1563:7,
1577:1, 1605:6,
1607:22, 1608:14,
1609:3, 1619:17
**stand** [1] - 1598:9
**standalone** [1] -
1534:24
**standard** [1] - 1606:9
**standing** [1] - 1595:1
**stands** [1] - 1548:7
**start** [10] - 1515:13,
1528:8, 1533:1,

1537:9, 1538:19,
1543:5, 1545:12,
1547:21, 1586:3,
1602:19
**started** [7] - 1533:2,
1555:16, 1577:4,
1602:22, 1604:2,
1618:17, 1619:4
**starting** [4] - 1538:8,
1559:8, 1585:20,
1608:6
**STATE** [6] - 1508:9,
1508:12, 1511:3,
1511:7, 1511:11,
1511:14
**state** [5] - 1516:15,
1595:15, 1614:19,
1615:16, 1616:6
**stated** [4] - 1543:17,
1543:23, 1546:15,
1546:24
**statement** [3] -
1551:13, 1552:6,
1591:15
**States** [17] - 1513:8,
1516:21, 1539:12,
1539:16, 1560:16,
1569:21, 1570:1,
1570:22, 1572:15,
1573:1, 1582:4,
1583:16, 1587:22,
1594:22, 1601:21,
1603:22, 1626:5
**STATES** [4] - 1507:1,
1507:9, 1507:13,
1508:16
**static** [2] - 1540:20,
1557:10
**stay** [2] - 1517:25,
1519:2
**Steed** [1] - 1511:17
**stenography** [1] -
1511:22
**step** [13] - 1578:3,
1578:4, 1578:14,
1578:15, 1578:24,
1579:1, 1579:3,
1579:4, 1579:11,
1579:23, 1580:5,
1580:8, 1604:18
**STEPHEN** [2] -
1507:16, 1508:24
**stepping** [1] -
1534:24
**steps** [17] - 1578:2,
1578:6, 1578:9,
1578:10, 1578:18,
1578:22, 1579:5,
1579:6, 1579:10,
1579:13, 1579:14,

1579:16, 1579:18, 1579:19, 1580:9, 1580:12, 1609:4
**Steve** [5] - 1514:1, 1520:16, 1541:3, 1543:22
**STEVEN** [2] - 1508:18, 1510:18
**Stewart** [4] - 1594:22, 1595:16, 1595:23, 1601:22
**STEWART** [3] - 1512:12, 1595:12, 1595:16
**stick** [1] - 1609:17
**still** [9] - 1530:5, 1557:20, 1562:12, 1568:11, 1577:7, 1580:5, 1597:22, 1618:20, 1621:1
**stimulate** [1] - 1578:16
**stock** [14] - 1538:15, 1563:25, 1564:1, 1577:24, 1590:8, 1591:6, 1600:11, 1606:6, 1606:10, 1607:10, 1613:2, 1613:3, 1613:15, 1620:9
**stock-tank** [13] - 1538:15, 1563:25, 1564:1, 1577:24, 1590:8, 1591:6, 1606:6, 1606:10, 1607:10, 1613:2, 1613:3, 1613:15, 1620:9
**stop** [3] - 1625:10, 1625:16, 1625:17
**stopped** [1] - 1528:18
**stopping** [2] - 1519:4, 1519:5
**straight** [7] - 1541:17, 1555:15, 1555:16, 1555:25, 1572:12, 1572:13, 1590:19
**stream** [1] - 1599:16
**Street** [5] - 1507:22, 1508:2, 1508:4, 1510:11, 1511:20
**strengths** [1] - 1614:9
**studies** [3] - 1539:6, 1571:5, 1597:12
**study** [4] - 1539:12, 1539:17, 1563:10, 1597:16

**stuff** [2] - 1615:6, 1616:7
**sub** [2] - 1526:19, 1548:13
**subject** [3] - 1575:24, 1602:15, 1621:10
**subjects** [1] - 1520:4
**submit** [1] - 1594:16, 1603:18
**submitted** [1] - 1539:15
**subscript** [1] - 1555:6
**subsea** [4] - 1543:8, 1543:14, 1545:7, 1609:25
**subsequent** [3] - 1550:4, 1550:5
**subsequently** [1] - 1532:3
**subsurface** [3] - 1517:12, 1518:23, 1520:17
**such** [1] - 1615:5
**sufficient** [2] - 1583:10, 1595:1
**suggesting** [1] - 1531:16
**suitable** [1] - 1617:22
**Suite** [10] - 1507:22, 1508:7, 1509:6, 1509:25, 1510:3, 1510:8, 1510:19, 1511:9, 1511:15, 1511:17
**sum** [1] - 1613:13
**summarized** [1] - 1517:19
**summary** [5] - 1561:8, 1565:2, 1565:6, 1566:19, 1569:15
**Summer** [1] - 1551:18
**summing** [1] - 1533:10
**super** [1] - 1546:4
**supply** [1] - 1598:1
**support** [8] - 1535:10, 1588:18, 1589:8, 1589:14, 1589:20, 1590:1, 1590:4
**supported** [1] - 1529:13
**suppose** [1] - 1615:9
**sure** [21] - 1513:25, 1537:15, 1539:18,

1541:25, 1547:7, 1548:23, 1553:6, 1561:13, 1565:19, 1566:4, 1568:15, 1569:7, 1574:17, 1574:19, 1584:19, 1585:5, 1587:2, 1598:8, 1606:20, 1609:16, 1623:19
**surface** [1] - 1590:12
**surrounding** [4] - 1522:4, 1532:25, 1543:25, 1545:22
**Survey** [5] - 1517:1, 1517:8, 1518:18, 1570:2, 1573:1
**sustain** [1] - 1570:17
**SUTHERLAND** [1] - 1510:18
**switch** [2] - 1565:19, 1580:13
**switched** [1] - 1565:14
**SWORN** [2] - 1516:13, 1595:12
**symbol** [1] - 1567:6
**symbols** [3] - 1619:18, 1620:12, 1620:15
**system** [6] - 1599:6, 1599:9, 1606:16, 1607:14, 1608:21, 1612:13
**systems** [2] - 1598:14, 1598:24

## T

**T** [2] - 1509:12, 1595:17
**table** [1] - 1564:16
**take** [23] - 1516:15, 1538:23, 1540:2, 1542:5, 1546:18, 1548:25, 1550:3, 1555:13, 1555:22, 1556:12, 1561:8, 1566:19, 1570:25, 1573:22, 1575:17, 1578:22, 1583:18, 1593:10, 1595:14, 1615:20, 1616:18, 1619:3, 1621:1
**taken** [1] - 1586:19
**TAKEN** [2] - 1593:12, 1625:20
**takes** [1] - 1576:5
**taking** [1] - 1536:12
**talk** [16] - 1514:2,

1524:1, 1540:13, 1541:25, 1542:2, 1565:23, 1582:3, 1582:6, 1585:5, 1597:7, 1600:21, 1605:15, 1619:24, 1623:3, 1623:8, 1624:8
**talked** [21] - 1535:9, 1538:16, 1539:10, 1540:10, 1541:7, 1541:9, 1541:20, 1541:23, 1542:21, 1552:16, 1552:21, 1575:25, 1587:13, 1587:25, 1590:3, 1593:1, 1612:6, 1612:16, 1612:20, 1612:21, 1620:3
**talking** [7] - 1537:8, 1552:22, 1561:20, 1588:13, 1590:7, 1600:8, 1623:19
**Tallahassee** [1] - 1511:12
**TAMERLIN** [1] - 1510:23
**tank** [13] - 1538:15, 1563:25, 1564:1, 1577:24, 1590:8, 1591:6, 1606:6, 1606:10, 1607:10, 1613:2, 1613:3, 1613:15, 1620:9
**task** [2] - 1519:3, 1519:19
**Team** [4] - 1519:23, 1520:24, 1525:1, 1602:10
**team** [21] - 1518:22, 1519:20, 1519:22, 1520:22, 1522:9, 1523:25, 1525:22, 1527:24, 1528:25, 1555:14, 1556:1, 1556:10, 1569:21, 1570:22, 1574:1, 1587:22, 1588:6, 1588:16, 1588:17, 1588:18, 1598:15
**Technical** [3] - 1535:1, 1535:4, 1539:17
**technical** [6] - 1538:24, 1543:21, 1582:17, 1582:21, 1597:24, 1598:1
**tell** [15] - 1528:12, 1530:8, 1535:3, 1539:9, 1567:8,

1567:10, 1569:1, 1572:3, 1572:5, 1576:10, 1607:13, 1611:11, 1615:21, 1615:23, 1615:24
**telling** [3] - 1551:21, 1585:11
**tells** [1] - 1551:25
**temperature** [1] - 1615:5
**temperatures** [3] - 1614:19, 1616:6, 1619:8
**temporarily** [1] - 1567:19
**ten** [4] - 1514:6, 1576:13, 1579:21, 1594:14
**ten-minute** [1] - 1514:6
**ten-page** [1] - 1579:21
**tendered** [1] - 1602:5
**tens** [1] - 1553:17
**term** [5] - 1606:9, 1606:12, 1607:2, 1607:6
**terms** [6] - 1520:13, 1542:17, 1574:18, 1580:16, 1596:11, 1597:15
**terrorist** [3] - 1598:16, 1598:18
**Test** [1] - 1521:3
**test** [12] - 1519:17, 1520:16, 1520:23, 1525:10, 1528:5, 1528:8, 1529:9, 1559:1, 1572:1, 1610:4, 1613:21
**TESTIFIED** [2] - 1516:13, 1595:12
**testified** [5] - 1544:18, 1557:17, 1577:3, 1621:5, 1621:16
**testifies** [1] - 1591:12
**testify** [5] - 1539:11, 1541:17, 1581:21, 1621:9, 1621:25
**testifying** [2] - 1575:9, 1596:19
**testimony** [7] - 1515:12, 1545:5, 1556:20, 1581:19, 1590:18, 1596:15, 1601:19
**tests** [4] - 1598:11, 1598:24

**TEXAS** [1] - 1511:3
**Texas** [2] - 1558:6,
1587:14
**text** [4] - 1575:3,
1575:17, 1575:18,
1575:19
**than** [23] - 1521:12,
1521:14, 1551:5,
1556:15, 1558:18,
1559:8, 1563:11,
1569:10, 1570:9,
1584:18, 1587:1,
1600:23, 1601:3,
1602:1, 1602:3,
1604:14, 1615:2,
1616:4, 1618:1,
1619:3, 1619:10,
1620:1, 1622:21
**thank** [16] - 1513:18,
1513:24, 1514:25,
1515:19, 1536:5,
1536:10, 1536:24,
1580:13, 1591:16,
1593:6, 1593:7,
1593:9, 1595:8,
1595:9, 1602:6,
1622:4
**thanks** [1] - 1562:23
**that** [749] - 1513:13,
1514:9, 1514:12,
1514:21, 1514:24,
1515:4, 1515:9,
1515:11, 1515:13,
1515:15, 1515:16,
1515:22, 1516:2,
1517:21, 1518:8,
1518:9, 1518:11,
1518:12, 1518:18,
1518:23, 1519:3,
1519:6, 1519:9,
1519:12, 1520:6,
1520:13, 1520:21,
1521:5, 1521:18,
1521:22, 1522:1,
1522:5, 1522:9,
1522:11, 1522:13,
1522:14, 1522:17,
1522:23, 1523:2,
1523:5, 1523:7,
1523:11, 1523:12,
1523:22, 1524:7,
1524:13, 1524:14,
1524:17, 1524:18,
1524:19, 1525:7,
1525:9, 1525:21,
1525:22, 1526:1,
1526:6, 1526:11,
1526:18, 1527:11,
1527:13, 1527:20,
1527:22, 1528:17,

1528:21, 1529:6,
1529:7, 1529:14,
1530:1, 1530:9,
1530:10, 1530:14,
1530:19, 1531:6,
1531:9, 1531:17,
1532:5, 1532:11,
1532:19, 1533:4,
1533:7, 1533:15,
1533:16, 1533:21,
1533:24, 1533:25,
1534:1, 1534:3,
1534:5, 1534:15,
1534:17, 1534:24,
1534:25, 1535:10,
1535:11, 1535:15,
1535:16, 1535:18,
1536:3, 1536:21,
1537:11, 1537:12,
1537:14, 1537:16,
1537:19, 1537:21,
1537:22, 1537:25,
1538:1, 1538:5,
1538:7, 1538:19,
1539:2, 1539:5,
1539:8, 1539:15,
1539:18, 1539:25,
1540:6, 1540:8,
1540:9, 1540:11,
1540:14, 1540:15,
1540:17, 1541:11,
1541:16, 1541:17,
1541:22, 1541:24,
1542:2, 1542:3,
1542:5, 1542:6,
1542:8, 1542:11,
1542:14, 1542:16,
1542:21, 1542:25,
1543:1, 1543:4,
1543:7, 1543:11,
1543:12, 1543:13,
1543:15, 1543:16,
1543:18, 1543:20,
1543:23, 1544:2,
1544:4, 1544:5,
1544:7, 1544:8,
1544:19, 1544:20,
1544:21, 1544:24,
1545:3, 1545:10,
1545:12, 1545:14,
1545:16, 1545:19,
1545:21, 1545:24,
1546:2, 1546:3,
1546:4, 1546:6,
1546:7, 1546:9,
1546:10, 1546:13,
1546:15, 1546:16,
1546:20, 1546:21,
1546:22, 1546:24,
1546:25, 1547:5,
1547:8, 1547:13,

1547:17, 1547:18,
1548:5, 1548:16,
1548:19, 1548:21,
1548:23, 1549:1,
1549:10, 1549:13,
1549:14, 1549:17,
1549:23, 1550:3,
1550:6, 1550:8,
1550:13, 1550:14,
1550:15, 1550:24,
1550:25, 1551:1,
1551:2, 1551:4,
1551:11, 1551:13,
1551:14, 1551:17,
1551:21, 1551:22,
1551:24, 1552:3,
1552:8, 1552:11,
1552:13, 1552:15,
1552:24, 1553:2,
1553:8, 1553:10,
1553:15, 1553:21,
1553:24, 1554:7,
1554:9, 1554:11,
1554:20, 1554:21,
1554:23, 1554:24,
1555:2, 1555:5,
1555:11, 1555:12,
1555:13, 1555:14,
1555:15, 1555:18,
1555:19, 1555:22,
1555:23, 1555:25,
1556:5, 1556:6,
1556:7, 1556:8,
1556:9, 1556:14,
1556:17, 1556:18,
1556:24, 1557:1,
1557:8, 1557:9,
1557:11, 1557:16,
1557:17, 1557:22,
1557:23, 1557:25,
1558:1, 1558:6,
1558:13, 1558:18,
1558:19, 1558:22,
1558:23, 1558:24,
1559:17, 1559:25,
1560:1, 1560:5,
1560:6, 1560:7,
1560:8, 1560:10,
1560:11, 1560:12,
1560:13, 1560:15,
1560:17, 1560:21,
1560:23, 1561:1,
1561:5, 1561:14,
1561:15, 1561:16,
1561:19, 1561:24,
1562:13, 1562:14,
1562:22, 1562:23,
1563:1, 1563:2,
1563:3, 1563:4,
1563:11, 1563:13,
1563:15, 1563:24,

1564:13, 1564:15,
1565:4, 1565:7,
1565:10, 1565:13,
1565:20, 1565:24,
1566:3, 1566:13,
1566:20, 1566:23,
1567:6, 1567:8,
1567:10, 1567:13,
1567:15, 1567:17,
1567:18, 1567:23,
1567:25, 1568:18,
1568:19, 1568:22,
1569:2, 1569:4,
1569:6, 1569:8,
1569:9, 1569:11,
1569:12, 1569:16,
1569:17, 1570:12,
1570:20, 1571:11,
1571:13, 1571:16,
1571:19, 1571:21,
1571:24, 1572:1,
1572:2, 1572:3,
1572:4, 1572:9,
1572:10, 1572:11,
1572:14, 1572:17,
1572:18, 1572:19,
1572:21, 1572:25,
1573:2, 1573:5,
1574:2, 1574:10,
1574:15, 1575:16,
1575:23, 1575:25,
1576:4, 1576:10,
1576:13, 1576:16,
1576:18, 1576:23,
1576:25, 1577:7,
1577:10, 1577:13,
1577:15, 1577:16,
1577:17, 1577:23,
1577:24, 1578:2,
1578:3, 1578:9,
1578:10, 1578:22,
1579:1, 1579:3,
1579:5, 1579:7,
1579:20, 1579:23,
1579:25, 1580:8,
1580:18, 1580:19,
1581:6, 1581:12,
1581:13, 1581:14,
1581:16, 1581:17,
1582:4, 1582:6,
1582:12, 1582:17,
1582:20, 1582:21,
1583:1, 1583:3,
1583:5, 1583:6,
1583:17, 1584:1,
1584:6, 1584:14,
1584:25, 1585:3,
1585:4, 1585:8,
1585:10, 1585:11,
1585:12, 1585:24,
1586:3, 1586:11,

1586:19, 1586:20,
1586:21, 1587:1,
1587:14, 1587:15,
1587:19, 1588:4,
1588:6, 1588:10,
1588:11, 1588:16,
1588:20, 1589:3,
1589:9, 1589:11,
1589:13, 1590:3,
1590:4, 1590:8,
1590:16, 1591:10,
1591:11, 1591:12,
1591:15, 1591:23,
1591:24, 1592:3,
1592:4, 1592:6,
1592:9, 1592:15,
1592:16, 1592:18,
1592:19, 1592:20,
1592:21, 1592:23,
1592:25, 1593:1,
1593:2, 1593:4,
1593:16, 1593:18,
1593:23, 1593:24,
1594:4, 1594:10,
1595:4, 1595:6,
1596:5, 1596:22,
1596:23, 1596:25,
1597:1, 1597:2,
1597:7, 1598:6,
1598:7, 1598:9,
1598:17, 1598:24,
1599:1, 1599:5,
1599:15, 1599:16,
1599:17, 1599:18,
1599:20, 1600:4,
1600:6, 1600:7,
1600:8, 1600:10,
1600:11, 1600:12,
1600:22, 1600:23,
1601:10, 1602:17,
1602:18, 1602:22,
1602:25, 1603:3,
1603:5, 1603:21,
1603:23, 1603:25,
1604:7, 1604:14,
1604:16, 1604:18,
1604:19, 1604:20,
1605:3, 1605:8,
1605:11, 1605:15,
1605:16, 1605:23,
1606:1, 1606:4,
1606:5, 1606:6,
1606:23, 1606:24,
1607:2, 1607:13,
1607:15, 1607:21,
1607:22, 1607:24,
1607:25, 1608:1,
1608:4, 1608:6,
1608:7, 1608:10,
1608:11, 1608:21,
1609:1, 1609:6,

1609:9, 1609:12,
1609:14, 1609:15,
1610:10, 1610:12,
1610:15, 1610:17,
1610:19, 1610:21,
1610:22, 1610:23,
1611:3, 1611:20,
1611:23, 1611:25,
1612:1, 1612:5,
1612:6, 1612:11,
1612:21, 1612:22,
1613:12, 1613:14,
1613:17, 1613:19,
1613:24, 1613:25,
1614:1, 1614:6,
1614:10, 1614:11,
1614:12, 1614:16,
1614:20, 1614:22,
1614:24, 1614:25,
1615:2, 1615:4,
1615:6, 1615:8,
1615:16, 1615:20,
1615:21, 1615:25,
1616:1, 1616:2,
1616:6, 1616:7,
1616:11, 1616:22,
1616:23, 1616:25,
1617:8, 1617:14,
1617:18, 1617:22,
1618:2, 1618:5,
1618:6, 1618:10,
1618:12, 1618:13,
1618:14, 1618:19,
1618:21, 1618:22,
1618:24, 1619:1,
1619:9, 1619:13,
1619:21, 1619:22,
1619:24, 1619:25,
1620:2, 1620:14,
1620:17, 1620:19,
1620:24, 1621:1,
1621:4, 1621:5,
1621:6, 1621:8,
1621:9, 1621:10,
1621:14, 1621:16,
1621:22, 1621:23,
1622:11, 1622:15,
1622:21, 1622:24,
1623:4, 1623:12,
1623:23, 1624:6,
1624:9, 1624:13,
1624:18, 1624:24,
1625:5, 1625:6,
1625:9, 1626:6
**that's** [110] - 1514:6,
1518:15, 1519:12,
1521:13, 1521:15,
1524:12, 1537:17,
1538:13, 1539:1,
1539:3, 1539:4,
1540:7, 1540:14,

1543:10, 1545:8,
1545:23, 1546:12,
1547:3, 1547:10,
1548:7, 1548:8,
1548:18, 1548:25,
1549:10, 1550:5,
1553:4, 1553:23,
1554:1, 1554:6,
1554:18, 1555:12,
1557:14, 1560:13,
1561:21, 1562:11,
1562:22, 1563:8,
1563:24, 1564:6,
1564:11, 1564:23,
1565:17, 1566:18,
1567:6, 1567:7,
1568:15, 1569:19,
1570:11, 1573:19,
1575:4, 1575:8,
1575:19, 1576:15,
1577:2, 1577:13,
1577:20, 1578:19,
1578:24, 1579:4,
1580:3, 1580:6,
1581:6, 1581:9,
1582:23, 1583:8,
1583:22, 1583:24,
1584:3, 1584:4,
1584:6, 1584:16,
1584:19, 1585:17,
1586:10, 1586:14,
1587:6, 1587:8,
1587:24, 1588:16,
1590:10, 1590:11,
1590:13, 1590:14,
1591:13, 1591:16,
1594:3, 1595:5,
1598:2, 1604:18,
1604:24, 1606:9,
1606:15, 1607:4,
1608:2, 1608:11,
1609:4, 1610:9,
1611:20, 1612:2,
1612:7, 1614:14,
1619:23, 1620:15,
1623:7, 1623:13,
1624:4, 1624:16
**THE** [88] - 1507:3,
1507:4, 1507:7,
1507:12, 1507:15,
1508:9, 1508:12,
1508:16, 1511:3,
1511:7, 1511:10,
1511:14, 1512:4,
1513:6, 1513:16,
1513:22, 1513:25,
1514:4, 1514:8,
1514:14, 1514:20,
1514:24, 1515:1,
1515:6, 1515:19,
1516:4, 1516:7,

1516:10, 1516:15,
1516:17, 1516:19,
1536:7, 1536:9,
1536:10, 1536:16,
1536:19, 1536:22,
1536:24, 1547:4,
1547:5, 1553:8,
1553:9, 1554:8,
1554:9, 1562:16,
1562:20, 1562:22,
1568:5, 1568:13,
1568:17, 1568:19,
1568:21, 1568:24,
1570:17, 1581:20,
1582:1, 1585:1,
1585:15, 1590:21,
1591:3, 1591:18,
1591:19, 1593:7,
1593:9, 1593:10,
1593:11, 1593:14,
1593:20, 1593:25,
1594:7, 1594:11,
1594:17, 1594:18,
1594:20, 1594:23,
1595:11, 1595:14,
1595:16, 1596:5,
1596:6, 1602:1,
1602:4, 1622:1,
1625:10, 1625:14,
1625:17, 1625:19
**their** [7] - 1524:19,
1524:22, 1524:23,
1566:16, 1582:5,
1588:14, 1610:14
**there's** [14] - 1515:1,
1567:23, 1579:17,
1581:12, 1590:14,
1590:15, 1597:25,
1606:20, 1611:19,
1612:3, 1613:7,
1613:18, 1623:23,
1624:19
**therefore** [3] -
1517:25, 1544:25,
1610:24
**thermal** [2] -
1597:13, 1597:14
**these** [64] - 1515:23,
1516:1, 1517:14,
1517:20, 1521:4,
1521:5, 1523:2,
1523:4, 1523:7,
1524:8, 1525:19,
1526:11, 1526:22,
1526:23, 1526:24,
1527:5, 1527:11,
1529:21, 1531:8,
1531:9, 1532:2,
1532:6, 1537:11,
1543:17, 1553:11,

1559:6, 1559:14,
1559:15, 1559:16,
1559:21, 1560:10,
1561:17, 1562:6,
1562:11, 1562:14,
1562:25, 1563:15,
1564:8, 1566:25,
1567:20, 1567:22,
1568:5, 1568:17,
1568:19, 1570:6,
1571:24, 1583:4,
1583:16, 1593:24,
1598:11, 1601:14,
1609:5, 1609:23,
1611:3, 1611:17,
1613:13, 1616:21,
1617:9, 1618:22,
1619:19, 1622:21
**they're** [4] - 1526:16,
1570:12, 1578:20,
1610:15
**they've** [1] - 1568:4
**thing** [17] - 1515:11,
1562:16, 1572:10,
1572:17, 1588:20,
1592:11, 1602:12,
1606:24, 1608:13,
1610:1, 1610:10,
1615:12, 1616:24,
1617:11, 1617:13,
1618:10, 1625:3
**things** [14] -
1540:15, 1558:20,
1566:8, 1580:21,
1581:4, 1598:8,
1598:19, 1598:25,
1610:19, 1613:21,
1614:20, 1614:22,
1617:16, 1618:19
**think** [33] - 1542:1,
1548:24, 1552:2,
1554:4, 1563:13,
1564:7, 1565:2,
1565:16, 1567:21,
1580:3, 1585:15,
1591:13, 1591:16,
1597:22, 1598:9,
1598:13, 1598:23,
1599:3, 1599:6,
1599:14, 1601:1,
1602:21, 1604:22,
1613:22, 1615:2,
1616:15, 1616:17,
1617:14, 1617:17,
1620:13, 1622:21,
1625:13
**thinking** [5] - 1519:6,
1522:1, 1544:1,
1547:18, 1602:23
**third** [7] - 1518:7,

1523:12, 1553:11,
1561:15, 1565:1,
1589:19, 1618:3
**thirty** [1] - 1598:4
**thirty-one** [1] -
1598:4
**this** [284] - 1515:2,
1515:7, 1515:8,
1517:22, 1518:3,
1518:4, 1518:10,
1519:7, 1519:11,
1519:19, 1519:22,
1519:24, 1519:25,
1520:5, 1520:11,
1521:8, 1521:11,
1522:21, 1523:6,
1523:19, 1524:3,
1524:5, 1524:24,
1525:11, 1525:12,
1525:20, 1525:21,
1525:22, 1525:24,
1525:25, 1526:5,
1526:6, 1526:16,
1528:5, 1528:21,
1529:1, 1529:4,
1529:10, 1529:17,
1529:18, 1529:20,
1529:23, 1530:4,
1530:8, 1530:9,
1530:18, 1530:21,
1531:1, 1531:3,
1531:5, 1531:22,
1532:13, 1532:15,
1532:19, 1533:8,
1535:3, 1535:4,
1535:5, 1535:8,
1535:9, 1536:1,
1536:6, 1536:11,
1536:13, 1536:14,
1536:15, 1536:17,
1536:20, 1538:24,
1539:6, 1539:10,
1540:8, 1542:6,
1542:17, 1543:22,
1545:3, 1545:5,
1545:6, 1545:12,
1546:3, 1546:5,
1546:11, 1546:18,
1547:22, 1548:1,
1548:5, 1549:14,
1549:23, 1550:11,
1550:12, 1550:20,
1550:22, 1552:4,
1552:6, 1552:16,
1552:19, 1553:1,
1553:9, 1553:10,
1553:13, 1553:15,
1554:5, 1554:12,
1554:15, 1554:25,
1555:1, 1555:2,
1556:2, 1556:8,

1556:15, 1556:25,
1557:20, 1558:10,
1558:24, 1559:23,
1560:1, 1561:3,
1561:9, 1561:11,
1561:17, 1562:4,
1562:6, 1562:9,
1562:18, 1563:5,
1563:9, 1563:10,
1563:21, 1563:24,
1564:7, 1564:9,
1564:14, 1564:15,
1564:16, 1564:18,
1565:2, 1565:3,
1565:14, 1566:19,
1566:22, 1567:1,
1567:16, 1568:10,
1569:5, 1569:8,
1569:24, 1570:14,
1570:20, 1570:24,
1571:4, 1571:8,
1571:9, 1571:10,
1571:11, 1571:15,
1571:22, 1572:14,
1573:13, 1573:20,
1574:3, 1574:19,
1574:21, 1574:22,
1575:3, 1575:9,
1575:16, 1575:17,
1575:19, 1575:21,
1576:5, 1576:6,
1576:16, 1579:3,
1579:9, 1581:18,
1581:21, 1582:15,
1582:17, 1583:11,
1583:15, 1584:11,
1585:2, 1585:6,
1585:8, 1590:17,
1590:19, 1590:22,
1591:12, 1591:23,
1592:9, 1592:16,
1593:17, 1594:14,
1595:2, 1596:18,
1598:9, 1598:14,
1598:16, 1598:20,
1599:17, 1601:15,
1601:19, 1601:21,
1603:13, 1603:16,
1603:18, 1603:22,
1603:24, 1603:25,
1604:22, 1606:1,
1606:8, 1607:1,
1608:3, 1608:6,
1608:8, 1609:13,
1609:22, 1610:6,
1610:9, 1610:10,
1610:21, 1611:1,
1611:11, 1611:18,
1612:1, 1613:1,
1613:2, 1613:6,
1613:10, 1613:16,

1615:1, 1616:1,
1616:8, 1616:16,
1617:19, 1618:3,
1618:17, 1619:1,
1619:2, 1619:4,
1619:10, 1619:16,
1619:17, 1620:5,
1620:7, 1620:9,
1620:23, 1620:25,
1621:4, 1621:8,
1621:12, 1621:13,
1621:17, 1621:19,
1621:23, 1622:1,
1622:8, 1622:11,
1622:12, 1622:14,
1622:17, 1622:20,
1623:15, 1623:22,
1623:25, 1624:17,
1624:18, 1624:21,
1624:25, 1625:1,
1625:4, 1625:10
   **THOMAS** [3] -
1507:21, 1508:19,
1511:4
   **those** [95] - 1513:17,
1513:22, 1516:5,
1520:20, 1521:9,
1522:3, 1523:23,
1524:12, 1544:23,
1548:21, 1550:17,
1552:24, 1553:20,
1554:2, 1554:16,
1559:2, 1559:6,
1559:18, 1560:9,
1561:8, 1561:23,
1562:6, 1562:20,
1563:12, 1563:14,
1564:20, 1566:8,
1569:23, 1572:24,
1573:4, 1573:5,
1573:8, 1577:21,
1578:12, 1579:22,
1580:1, 1580:10,
1580:12, 1582:24,
1582:25, 1583:9,
1583:13, 1584:9,
1584:10, 1584:11,
1584:20, 1585:13,
1588:6, 1589:1,
1589:15, 1592:21,
1593:19, 1593:25,
1597:3, 1598:19,
1599:6, 1600:18,
1600:20, 1601:18,
1602:5, 1604:4,
1604:20, 1604:21,
1604:25, 1606:1,
1606:3, 1606:12,
1607:21, 1608:2,
1608:6, 1608:18,
1609:7, 1610:12,

1611:9, 1611:12,
1613:9, 1613:10,
1613:18, 1613:22,
1613:25, 1614:5,
1614:21, 1614:22,
1617:12, 1617:22,
1617:25, 1618:5,
1619:5, 1619:7,
1620:11, 1620:16,
1624:20
   **thought** [7] -
1536:16, 1549:24,
1567:13, 1603:4,
1617:25, 1619:1,
1619:10
   **thousand** [3] -
1548:16, 1613:7,
1614:11
   **thousands** [2] -
1613:3, 1620:9
   **threats** [1] - 1598:18
   **three** [26] - 1513:9,
1514:5, 1514:18,
1517:20, 1521:8,
1532:5, 1535:22,
1563:5, 1563:6,
1563:12, 1564:12,
1564:20, 1578:7,
1583:22, 1589:17,
1592:3, 1594:15,
1598:9, 1598:19,
1604:11, 1617:10,
1617:23, 1617:25,
1625:13
   **through** [32] -
1523:6, 1528:15,
1557:8, 1557:9,
1575:20, 1577:20,
1578:16, 1579:12,
1580:17, 1581:10,
1584:4, 1584:16,
1585:6, 1586:8,
1586:25, 1598:19,
1605:6, 1608:13,
1608:18, 1608:20,
1610:14, 1613:9,
1613:17, 1615:10,
1615:16, 1615:21,
1617:8, 1617:9,
1621:18, 1623:17,
1624:18
   **throughout** [1] -
1587:7
   **throw** [3] - 1562:25,
1563:16, 1563:17
   **Thursday** [4] -
1515:10, 1515:12,
1515:17, 1593:24
   **tied** [2] - 1614:13
   **time** [90] - 1514:21,

1515:15, 1518:18,
1519:6, 1522:9,
1523:5, 1529:7,
1531:23, 1534:18,
1534:23, 1536:6,
1540:9, 1540:24,
1544:21, 1545:9,
1546:18, 1546:23,
1551:17, 1553:14,
1554:21, 1554:25,
1557:12, 1557:20,
1557:24, 1560:15,
1561:3, 1562:4,
1563:10, 1564:15,
1565:14, 1572:14,
1573:18, 1576:6,
1576:16, 1578:2,
1578:3, 1578:6,
1578:8, 1578:10,
1578:14, 1578:15,
1578:18, 1578:22,
1578:24, 1579:1,
1579:3, 1579:4,
1579:5, 1579:6,
1579:10, 1579:11,
1579:12, 1579:14,
1579:16, 1579:17,
1579:18, 1579:19,
1579:22, 1580:5,
1580:6, 1580:8,
1580:9, 1580:12,
1585:19, 1585:20,
1589:20, 1590:1,
1597:22, 1598:17,
1599:8, 1599:11,
1599:18, 1600:10,
1601:21, 1602:18,
1602:19, 1603:23,
1611:18, 1611:19,
1611:20, 1611:22,
1611:25, 1612:1,
1613:4, 1613:14,
1614:1, 1620:23
   **timeframe** [2] -
1557:1, 1602:22
   **timeline** [2] - 1576:5,
1582:14
   **times** [5] - 1543:18,
1560:13, 1599:10,
1599:14, 1613:9
   **title** [2] - 1532:15,
1541:15
   **titled** [2] - 1521:2,
1601:3
   **titles** [1] - 1541:15
   **today** [12] - 1514:2,
1514:6, 1514:17,
1590:3, 1596:3,
1596:9, 1596:15,
1596:19, 1597:22,

1600:8, 1623:17
   **together** [8] -
1529:11, 1556:22,
1558:16, 1576:4,
1578:13, 1600:13,
1603:24, 1618:25
   **told** [12] - 1538:19,
1539:5, 1550:15,
1550:17, 1551:4,
1567:12, 1571:16,
1575:15, 1583:16,
1591:1, 1592:13,
1592:15
   **TOLLES** [1] -
1510:20
   **Tom** [2] - 1513:21,
1594:21
   **tomorrow** [5] -
1514:3, 1514:13,
1514:18, 1515:4,
1539:11
   **Tony** [3] - 1620:8,
1620:11, 1620:20
   **too** [7] - 1516:12,
1539:23, 1545:25,
1546:2, 1571:21,
1592:16, 1619:1
   **took** [6] - 1534:22,
1554:24, 1556:8,
1585:8, 1590:22,
1612:11
   **tool** [1] - 1615:12
   **Tooms** [2] - 1542:11,
1547:22
   **Top** [3] - 1613:19,
1613:20, 1614:3
   **top** [5] - 1519:5,
1519:9, 1567:2,
1607:22, 1611:7
   **topic** [2] - 1588:23,
1588:24
   **topics** [1] - 1596:11
   **TORTS** [1] - 1508:24
   **total** [11] - 1518:9,
1518:12, 1538:5,
1538:7, 1542:7,
1566:24, 1583:7,
1597:4, 1609:15,
1613:12, 1613:14
   **toward** [1] - 1596:5
   **towards** [2] - 1579:2,
1619:3
   **Tower** [1] - 1509:24
   **track** [1] - 1581:25
   **trade** [1] - 1600:11
   **TRANSCRIPT** [1] -
1507:12
   **transcript** [2] -
1511:22, 1626:6
   **transcripts** [1] -

1594:15
   **transfer** [2] -
1597:14, 1598:14
   **transit** [2] - 1515:8,
1515:17
   **transition** [1] -
1566:9
   **transmittals** [1] -
1550:5
   **TRANSOCEAN** [3] -
1510:13, 1510:13,
1510:14
   **Transocean** [1] -
1513:12
   **treat** [1] - 1607:21
   **treatise** [2] -
1574:10, 1574:18
   **tremendously** [1] -
1622:19
   **trend** [7] - 1555:16,
1555:25, 1572:12,
1572:13, 1612:16,
1612:17
   **TREX** [32] - 1521:2,
1523:1, 1525:18,
1526:4, 1529:16,
1530:7, 1531:2,
1532:13, 1535:2,
1538:23, 1545:3,
1547:22, 1548:5,
1550:12, 1552:14,
1554:19, 1558:10,
1558:22, 1561:9,
1564:9, 1566:19,
1567:16, 1569:24,
1570:25, 1573:13,
1573:22, 1574:19,
1578:24, 1582:17,
1601:15, 1601:25,
1603:13
   **Tri** [1] - 1602:10
   **Tri-Lab** [1] - 1602:10
   **TRIAL** [1] - 1507:12
   **trial** [2] - 1522:21,
1593:18
   **TRITON** [1] - 1507:7
   **true** [3] - 1554:6,
1619:1, 1626:6
   **trust** [1] - 1617:1
   **truth** [2] - 1549:20,
1550:7
   **try** [8] - 1515:15,
1515:17, 1547:1,
1553:7, 1569:4,
1604:11, 1615:8,
1621:11
   **trying** [4] - 1566:9,
1574:18, 1585:1,
1613:23
   **tube** [2] - 1599:16,

1599:18
   **Tuesday** [1] - 1507:5
   **TUESDAY** [1] -
1513:2
   **turbulent** [4] -
1605:20, 1605:21,
1607:8, 1607:10
   **turn** [20] - 1517:15,
1518:25, 1521:3,
1529:16, 1530:7,
1531:2, 1532:24,
1597:8, 1600:21,
1602:9, 1604:7,
1607:5, 1607:16,
1609:21, 1611:1,
1619:13, 1620:24,
1623:12, 1625:8
   **turning** [1] - 1592:25
   **two** [27] - 1514:11,
1536:16, 1548:13,
1549:3, 1553:20,
1554:3, 1555:15,
1556:21, 1570:6,
1572:12, 1578:12,
1583:17, 1585:10,
1585:13, 1589:15,
1600:19, 1601:18,
1605:19, 1605:24,
1606:1, 1606:3,
1608:21, 1610:7,
1614:19, 1615:6,
1615:22, 1619:5
   **two-phase** [3] -
1614:19, 1615:6,
1619:5
   **TX** [4] - 1509:25,
1510:4, 1510:19,
1511:6
   **type** [3] - 1517:21,
1602:14, 1617:4
   **types** [1] - 1517:20
   **typically** [1] - 1617:5
   **typing** [1] - 1559:8

# U

   **U.S** [9] - 1508:16,
1508:23, 1516:8,
1517:1, 1517:8,
1518:18, 1598:16,
1621:14, 1621:21
   **uh** [1] - 1623:14
   **uh-huh** [1] - 1623:14
   **uncertainties** [4] -
1573:16, 1597:1,
1614:21, 1614:23
   **uncertainty** [5] -
1528:21, 1534:8,
1534:11, 1534:12,

1576:14
   **unclear** [2] -
1566:11, 1582:14
   **under** [7] - 1526:16,
1527:7, 1559:3,
1559:11, 1580:20,
1590:15, 1594:14
   **underestimate** [1] -
1524:20
   **undergraduate** [1] -
1517:4
   **underground** [11] -
1519:13, 1520:8,
1530:6, 1541:10,
1542:20, 1542:22,
1543:1, 1543:2,
1543:3, 1598:11,
1598:23
   **understand** [7] -
1546:22, 1546:24,
1549:14, 1578:15,
1585:1, 1595:3,
1600:13
   **understanding** [7] -
1542:14, 1543:15,
1569:12, 1584:22,
1595:5, 1599:19,
1626:7
   **understood** [4] -
1524:18, 1542:16,
1545:5, 1588:4
   **United** [17] - 1513:8,
1516:21, 1539:11,
1539:16, 1560:16,
1569:21, 1570:1,
1570:22, 1572:15,
1573:1, 1582:4,
1583:16, 1587:22,
1594:22, 1601:21,
1603:21, 1626:4
   **UNITED** [4] - 1507:1,
1507:9, 1507:13,
1508:16
   **units** [4] - 1559:17,
1560:7, 1578:21
   **university** [1] -
1597:8
   **University** [5] -
1517:5, 1517:7,
1558:6, 1587:14,
1597:11
   **unlimited** [1] -
1598:1
   **until** [6] - 1514:22,
1534:16, 1540:20,
1557:9, 1576:19,
1617:2
   **up** [71] - 1521:2,
1523:1, 1525:7,
1525:18, 1526:4,

1532:13, 1533:10,
1533:25, 1534:1,
1534:4, 1534:5,
1534:7, 1534:19,
1534:20, 1535:2,
1537:16, 1537:19,
1538:1, 1538:5,
1543:5, 1543:13,
1544:5, 1545:10,
1545:21, 1545:25,
1553:8, 1553:18,
1556:23, 1558:23,
1561:18, 1563:8,
1565:25, 1566:5,
1567:18, 1570:4,
1573:2, 1574:19,
1576:9, 1577:12,
1583:1, 1583:18,
1585:8, 1585:15,
1585:21, 1586:8,
1586:13, 1586:16,
1586:17, 1588:1,
1588:4, 1590:16,
1591:22, 1592:3,
1603:7, 1603:11,
1605:5, 1605:6,
1608:10, 1608:13,
1610:21, 1610:24,
1613:12, 1614:6,
1614:10, 1621:2,
1621:10, 1622:18,
1623:9, 1625:12
   **Up** [1] - 1526:10
   **upcoming** [1] -
1594:2
   **update** [2] - 1532:2,
1592:7
   **updated** [2] -
1556:23, 1575:22
   **updates** [1] - 1532:5
   **upon** [3] - 1522:17,
1542:25, 1552:9
   **upper** [3] - 1559:10,
1559:22, 1567:18
   **upstream** [1] -
1610:17
   **urgency** [1] - 1534:5
   **urgent** [2] - 1599:15,
1600:7
   **us** [12] - 1523:9,
1553:20, 1560:17,
1576:5, 1579:7,
1596:18, 1598:6,
1604:10, 1607:17,
1613:1, 1614:8,
1617:9
   **use** [34] - 1530:19,
1538:4, 1538:13,
1549:1, 1550:6,
1550:9, 1552:5,

1552:11, 1559:16,
1559:17, 1562:13,
1569:22, 1570:8,
1570:23, 1571:12,
1573:1, 1578:21,
1579:13, 1581:13,
1582:9, 1584:23,
1592:13, 1602:23,
1603:24, 1608:16,
1610:5, 1610:7,
1610:10, 1611:3,
1611:22, 1614:16,
1614:20, 1614:22,
1616:2
   **used** [97] - 1513:8,
1513:9, 1513:14,
1513:20, 1515:23,
1518:5, 1518:11,
1526:21, 1526:23,
1527:3, 1527:19,
1530:10, 1530:22,
1532:2, 1532:21,
1533:8, 1534:19,
1538:6, 1538:10,
1538:13, 1539:5,
1539:7, 1540:11,
1540:17, 1540:23,
1548:21, 1549:3,
1549:5, 1549:17,
1549:19, 1550:1,
1550:3, 1552:3,
1552:8, 1552:9,
1552:25, 1556:2,
1559:6, 1559:9,
1559:14, 1560:11,
1561:6, 1561:23,
1563:20, 1565:22,
1567:4, 1567:22,
1569:6, 1571:4,
1572:6, 1572:8,
1572:19, 1573:6,
1577:19, 1578:2,
1578:13, 1578:23,
1582:3, 1582:6,
1582:13, 1582:18,
1583:4, 1583:6,
1583:10, 1584:25,
1585:13, 1586:21,
1591:5, 1591:11,
1592:20, 1592:21,
1592:23, 1595:4,
1596:22, 1603:25,
1605:7, 1606:24,
1607:6, 1607:24,
1608:19, 1608:21,
1608:24, 1609:2,
1609:14, 1609:16,
1609:18, 1609:19,
1612:21, 1617:22,
1617:23, 1618:5,
1619:25, 1620:24,

1621:21, 1624:17
**useful** [1] - 1613:23
**uses** [1] - 1623:19
**USGS** [7] - 1517:9,
1517:11, 1519:21,
1532:18, 1534:24,
1535:23, 1571:4
**using** [43] - 1524:7,
1524:15, 1524:17,
1526:24, 1527:14,
1531:7, 1535:11,
1535:16, 1535:18,
1538:2, 1538:14,
1539:2, 1540:15,
1554:24, 1555:11,
1555:12, 1555:22,
1556:13, 1557:15,
1557:17, 1558:11,
1561:4, 1562:5,
1563:15, 1571:18,
1572:2, 1577:21,
1578:15, 1584:17,
1587:19, 1593:3,
1596:23, 1599:5,
1606:18, 1609:5,
1616:7, 1618:7,
1618:9, 1619:5,
1620:13, 1620:15,
1620:16, 1624:12
**usually** [3] -
1564:18, 1623:3,
1623:7

## V

**v** [1] - 1507:9
**valid** [1] - 1585:4
**validate** [2] -
1616:13, 1622:8
**validated** [1] -
1596:25
**validation** [8] -
1616:15, 1617:4,
1617:8, 1618:17,
1619:11, 1619:13,
1620:25, 1623:12
**value** [39] - 1524:14,
1524:16, 1527:16,
1527:18, 1530:21,
1530:22, 1534:6,
1534:7, 1538:22,
1549:11, 1549:15,
1549:24, 1550:20,
1551:2, 1552:3,
1554:12, 1555:21,
1556:23, 1564:17,
1567:9, 1567:10,
1570:9, 1571:4,
1572:20, 1573:2,
1577:16, 1592:16,

1592:23, 1592:24,
1593:4, 1611:22,
1617:12, 1617:13,
1617:17, 1623:5,
1623:6, 1623:7
**values** [19] -
1526:23, 1527:6,
1527:15, 1549:5,
1552:11, 1555:23,
1556:2, 1560:8,
1564:21, 1571:5,
1573:6, 1592:7,
1608:16, 1611:14,
1611:18, 1617:18,
1618:1, 1619:19,
1619:21
**valve** [5] - 1599:17,
1599:20, 1599:21,
1610:17
**variable** [3] -
1607:24, 1609:4,
1610:18
**varied** [7] - 1554:9,
1563:2, 1587:10,
1619:8, 1619:9,
1623:5, 1623:6
**various** [5] - 1535:9,
1550:1, 1553:10,
1562:11, 1580:1
**vary** [5] - 1527:6,
1563:11, 1563:14,
1587:9, 1619:7
**vast** [1] - 1601:6
**versus** [2] - 1578:5,
1592:14
**vertical** [1] - 1610:1
**very** [18] - 1514:25,
1529:7, 1557:20,
1578:12, 1594:24,
1595:8, 1597:24,
1603:4, 1604:15,
1614:6, 1615:19,
1618:1, 1618:20,
1618:22, 1618:23,
1622:15, 1624:16
**VIDEO** [2] - 1512:10,
1594:18
**video** [13] - 1514:6,
1514:13, 1516:6,
1593:18, 1593:23,
1593:24, 1594:5,
1594:7, 1594:11,
1594:12, 1594:14,
1594:15
**view** [2] - 1588:13,
1617:24
**viewed** [1] - 1616:17
**virtually** [1] - 1601:5
**viscosity** [1] -
1524:12

**VOIR** [1] - 1595:18
**Voir** [1] - 1512:13
**volume** [17] -
1524:12, 1526:19,
1533:11, 1559:25,
1566:24, 1569:7,
1569:10, 1587:18,
1590:11, 1590:12,
1590:16, 1591:7,
1591:9, 1591:11,
1591:13
**volunteered** [1] -
1554:6

## W

**W** [3] - 1509:22,
1509:23, 1509:24
**walk** [2] - 1617:9,
1623:17
**want** [23] - 1514:15,
1537:9, 1544:18,
1546:20, 1547:16,
1565:24, 1566:4,
1569:4, 1573:23,
1578:21, 1582:3,
1582:6, 1582:20,
1583:16, 1584:12,
1592:11, 1594:4,
1613:18, 1614:2,
1615:9, 1617:8,
1617:13, 1621:1
**wanted** [10] - 1514:2,
1528:25, 1536:13,
1547:12, 1560:1,
1566:5, 1577:14,
1579:21, 1589:13,
1603:5
**WARREN** [1] -
1510:10
**WAS** [5] - 1516:13,
1593:12, 1594:18,
1595:12, 1625:20
**Washington** [5] -
1508:22, 1508:25,
1509:10, 1509:17,
1510:11
**wasn't** [6] - 1522:17,
1544:4, 1549:23,
1552:5, 1554:25,
1572:16
**Water** [1] - 1536:3
**water** [10] - 1517:6,
1526:19, 1532:19,
1532:20, 1536:8,
1574:17, 1588:10,
1588:22, 1589:4,
1589:6
**way** [13] - 1533:25,
1545:6, 1564:14,

**We** [2] - 1516:8,

1564:18, 1577:20,
1578:3, 1579:11,
1581:20, 1601:5,
1602:11, 1615:8,
1619:3, 1623:10
**ways** [6] - 1573:24,
1574:4, 1596:25,
1616:24, 1625:11,
1625:12
**we** [105] - 1513:6,
1513:20, 1514:5,
1514:9, 1514:11,
1514:16, 1514:17,
1514:18, 1514:20,
1514:21, 1515:3,
1515:4, 1516:10,
1517:23, 1520:4,
1520:12, 1521:2,
1521:9, 1523:1,
1526:8, 1528:1,
1531:22, 1533:11,
1535:2, 1536:16,
1537:11, 1537:12,
1539:10, 1541:9,
1541:17, 1541:22,
1542:7, 1545:2,
1546:20, 1547:18,
1548:5, 1552:13,
1553:1, 1554:15,
1555:2, 1555:18,
1555:23, 1556:19,
1556:25, 1558:15,
1558:16, 1558:20,
1567:17, 1568:6,
1569:6, 1569:15,
1571:10, 1573:17,
1576:4, 1576:6,
1576:16, 1581:13,
1581:14, 1581:23,
1584:11, 1587:13,
1587:15, 1588:20,
1588:21, 1589:12,
1589:13, 1590:21,
1590:22, 1592:21,
1593:10, 1594:3,
1594:5, 1594:15,
1596:17, 1598:5,
1601:13, 1601:23,
1603:13, 1604:8,
1606:1, 1612:25,
1613:17, 1614:7,
1617:7, 1617:10,
1619:14, 1619:15,
1620:5, 1621:3,
1621:17, 1622:6,
1622:10, 1622:11,
1623:4, 1623:15,
1625:5, 1625:8,
1625:12, 1625:16,
1625:17

1544:18
**we'll** [8] - 1515:17,
1540:22, 1542:5,
1597:7, 1600:8,
1600:21, 1603:10,
1619:24
**we're** [6] - 1557:20,
1560:5, 1563:3,
1565:23, 1581:20,
1585:6
**we've** [10] - 1513:15,
1535:9, 1565:4,
1566:23, 1567:2,
1572:25, 1590:7,
1612:20, 1612:21,
1623:16
**weapons** [3] -
1598:12, 1598:18,
1600:3
**Weatherford** [1] -
1584:6
**WebEx** [1] - 1523:6
**week** [4] - 1515:2,
1551:20, 1577:15,
1593:24
**week's** [1] - 1593:18
**weeks** [1] - 1602:13
**WEINER** [1] - 1510:6
**WEITZ** [1] - 1507:24
**welcome** [1] -
1591:18
**Well** [6] - 1519:23,
1520:24, 1521:2,
1525:1, 1547:23,
1594:13
**well** [201] - 1517:22,
1517:24, 1517:25,
1518:1, 1518:3,
1518:6, 1518:9,
1519:5, 1519:7,
1519:9, 1519:14,
1519:16, 1519:18,
1519:21, 1520:3,
1520:5, 1520:6,
1520:8, 1520:16,
1520:18, 1520:25,
1521:4, 1521:6,
1521:8, 1521:17,
1521:18, 1521:19,
1521:21, 1521:22,
1521:24, 1521:25,
1522:1, 1522:3,
1522:4, 1522:5,
1522:7, 1522:11,
1522:14, 1522:15,
1522:20, 1522:24,
1523:13, 1525:10,
1526:15, 1527:13,
1528:5, 1528:7,
1528:8, 1528:12,

1528:13, 1528:22, 1529:3, 1529:5, 1529:8, 1529:9, 1529:14, 1530:3, 1531:17, 1531:18, 1531:20, 1533:10, 1534:15, 1537:14, 1539:7, 1539:8, 1539:12, 1540:7, 1540:20, 1541:17, 1542:5, 1542:9, 1542:16, 1542:17, 1542:18, 1542:19, 1542:25, 1543:1, 1543:4, 1543:12, 1543:23, 1544:2, 1544:4, 1545:1, 1545:7, 1545:9, 1545:23, 1546:6, 1546:8, 1547:12, 1548:20, 1548:22, 1550:2, 1552:5, 1552:7, 1557:6, 1557:9, 1557:11, 1557:21, 1558:5, 1559:1, 1559:4, 1560:5, 1560:15, 1562:4, 1562:5, 1562:10, 1562:13, 1562:14, 1562:17, 1562:18, 1563:1, 1563:19, 1563:20, 1565:17, 1565:18, 1567:16, 1568:2, 1569:24, 1571:25, 1572:1, 1572:5, 1572:19, 1573:4, 1574:15, 1574:22, 1575:23, 1576:19, 1576:21, 1576:22, 1577:1, 1580:23, 1582:5, 1583:7, 1584:4, 1585:15, 1586:6, 1586:17, 1587:10, 1588:7, 1589:10, 1589:22, 1590:2, 1590:5, 1595:8, 1596:13, 1596:21, 1597:5, 1597:22, 1598:20, 1599:3, 1599:13, 1600:1, 1600:9, 1602:11, 1602:17, 1602:21, 1602:25, 1603:8, 1604:15, 1605:5, 1605:19, 1606:5, 1606:11, 1607:8, 1607:18, 1607:24, 1608:9, 1608:11, 1608:12, 1609:6, 1609:19,

1610:7, 1610:8, 1610:16, 1613:3, 1613:13, 1613:20, 1614:5, 1614:10, 1615:8, 1616:17, 1618:19, 1619:20, 1622:11, 1623:3, 1623:10, 1624:21
   **well-established** [1] - 1604:15
   **well-known** [1] - 1574:22
   **wellbore** [12] - 1586:8, 1586:13, 1605:6, 1608:11, 1609:19, 1610:1, 1620:10, 1620:11, 1622:13, 1623:20, 1624:3, 1624:11
   **went** [11] - 1518:2, 1554:19, 1554:20, 1557:8, 1557:9, 1557:13, 1566:6, 1577:21, 1578:7, 1592:2, 1597:18
   **weren't** [2] - 1543:14, 1545:16
   **Westlake** [2] - 1519:25, 1525:12
   **what's** [9] - 1543:8, 1590:8, 1607:7, 1612:2, 1613:12, 1613:19, 1615:13, 1616:9, 1624:9
   **whatever** [8] - 1514:21, 1515:12, 1563:8, 1568:14, 1578:21, 1582:11, 1583:11, 1586:13
   **WHEREUPON** [5] - 1516:13, 1593:12, 1594:18, 1595:12, 1625:20
   **whether** [39] - 1517:24, 1517:25, 1518:5, 1519:1, 1519:16, 1519:18, 1520:25, 1521:6, 1521:21, 1522:16, 1525:9, 1526:2, 1528:5, 1528:21, 1530:2, 1530:3, 1531:14, 1544:8, 1544:22, 1544:24, 1545:13, 1545:18, 1557:11, 1557:18, 1562:10, 1563:19, 1565:18, 1569:21, 1585:4, 1586:15, 1588:8, 1588:18,

1588:22, 1588:23, 1589:13, 1589:16, 1589:17, 1589:19, 1618:3
   **which** [52] - 1517:20, 1519:20, 1520:12, 1523:14, 1524:8, 1526:17, 1526:18, 1526:20, 1527:5, 1529:2, 1533:9, 1535:25, 1538:10, 1539:19, 1545:3, 1553:1, 1553:11, 1554:2, 1555:6, 1556:19, 1559:11, 1559:17, 1559:23, 1561:12, 1562:12, 1563:6, 1563:20, 1565:2, 1566:7, 1567:2, 1568:7, 1574:11, 1577:11, 1577:19, 1578:7, 1578:23, 1583:11, 1585:21, 1589:17, 1599:4, 1604:21, 1605:22, 1608:22, 1610:4, 1621:4, 1621:13, 1621:24, 1622:18, 1623:16, 1624:14, 1625:1, 1625:9
   **while** [5] - 1515:21, 1523:7, 1533:15, 1618:20, 1624:17
   **WHITELEY** [1] - 1508:9
   **whole** [2] - 1592:11, 1616:3
   **whose** [2] - 1539:6, 1568:5
   **width** [1] - 1562:19
   **Wild** [1] - 1594:13
   **will** [24] - 1515:1, 1515:3, 1515:9, 1523:12, 1541:17, 1541:22, 1544:2, 1547:8, 1573:24, 1575:17, 1581:25, 1584:11, 1585:16, 1594:9, 1594:10, 1594:15, 1602:4, 1604:11, 1606:22, 1607:13, 1609:14, 1609:23, 1617:10, 1622:2
   **WILLIAM** [1] - 1511:17
   **Willson** [4] - 1520:16, 1541:3, 1543:22

**WINFIELD** [1] - 1508:13
   **wish** [1] - 1536:25
   **with** [131] - 1514:20, 1515:9, 1515:15, 1515:17, 1515:25, 1517:8, 1517:17, 1517:19, 1518:22, 1519:3, 1519:19, 1520:11, 1520:13, 1522:16, 1523:2, 1523:15, 1523:17, 1524:3, 1524:6, 1524:8, 1524:14, 1524:16, 1527:2, 1527:17, 1530:21, 1534:1, 1534:4, 1534:6, 1534:7, 1535:16, 1537:9, 1537:16, 1537:19, 1538:5, 1538:8, 1539:4, 1540:7, 1540:9, 1540:13, 1541:2, 1541:16, 1541:18, 1541:21, 1544:2, 1544:7, 1544:13, 1544:14, 1544:24, 1546:13, 1547:21, 1550:4, 1552:8, 1553:21, 1553:24, 1554:16, 1554:19, 1554:20, 1555:6, 1555:17, 1556:23, 1557:13, 1558:6, 1558:8, 1558:11, 1558:25, 1560:3, 1560:8, 1560:16, 1560:18, 1560:25, 1561:1, 1562:1, 1562:11, 1565:6, 1566:7, 1566:12, 1566:14, 1567:6, 1567:24, 1575:14, 1576:9, 1576:13, 1582:12, 1583:1, 1585:2, 1585:7, 1585:8, 1585:9, 1585:14, 1585:15, 1585:21, 1588:20, 1591:15, 1591:24, 1592:4, 1592:25, 1593:16, 1594:2, 1594:24, 1597:1, 1600:22, 1602:17, 1602:18, 1603:7, 1604:2, 1604:3, 1605:8, 1605:11, 1607:1, 1607:22, 1608:20, 1608:25, 1609:6, 1610:16, 1612:2,

1612:10, 1613:12, 1616:4, 1616:23, 1617:14, 1618:1, 1619:4, 1621:20, 1622:16, 1623:20, 1623:22, 1624:19, 1624:21, 1625:15
   **within** [14] - 1517:20, 1554:15, 1556:11, 1562:6, 1565:8, 1570:22, 1577:15, 1588:11, 1588:23, 1618:1, 1618:13, 1619:22, 1620:20, 1622:21
   **without** [4] - 1513:22, 1557:22, 1593:25, 1608:23
   **witness** [9] - 1554:4, 1568:1, 1568:2, 1581:21, 1590:22, 1594:3, 1594:20, 1594:22
   **WITNESS** [13] - 1516:17, 1536:7, 1536:10, 1547:5, 1553:9, 1554:9, 1562:20, 1568:19, 1568:24, 1591:18, 1593:9, 1595:16, 1596:6
   **witnesses** [5] - 1514:2, 1514:5, 1514:11, 1515:8, 1621:24
   **WITNESSES** [1] - 1512:4
   **won't** [3] - 1540:7, 1540:9, 1613:17
   **wondering** [1] - 1590:23
   **word** [1] - 1572:17
   **words** [2] - 1514:20, 1614:11
   **work** [53] - 1515:15, 1516:25, 1517:20, 1517:21, 1517:22, 1518:2, 1518:3, 1518:7, 1518:25, 1519:19, 1519:24, 1519:25, 1528:9, 1531:24, 1532:25, 1533:1, 1533:2, 1533:3, 1534:15, 1535:13, 1535:20, 1539:18, 1539:21, 1540:8, 1541:11, 1541:14, 1541:15, 1551:18, 1556:5, 1558:8, 1560:8,

1582:16, 1596:1,
1597:17, 1597:18,
1597:21, 1597:25,
1598:3, 1598:6,
1598:7, 1598:23,
1599:2, 1599:11,
1602:9, 1602:25,
1603:11, 1603:22,
1604:2, 1615:7,
1617:5, 1619:3,
1620:1, 1622:7
   **worked** [9] - 1516:3,
1519:20, 1520:11,
1522:9, 1558:6,
1598:10, 1598:12,
1599:13, 1599:19
   **working** [9] -
1520:13, 1541:2,
1558:2, 1558:16,
1577:4, 1602:14,
1602:15, 1602:16,
1603:3
   **works** [2] - 1604:8,
1607:3
   **world** [5] - 1575:15,
1576:10, 1585:11,
1597:23, 1606:18
   **worried** [1] - 1542:17
   **worst** [3] - 1527:20,
1527:22, 1547:2
   **worst-case** [1] -
1547:2
   **worth** [2] - 1614:11,
1614:12
   **would** [121] -
1513:12, 1514:11,
1514:12, 1514:17,
1514:21, 1514:22,
1515:5, 1515:11,
1515:12, 1515:13,
1515:16, 1515:22,
1519:8, 1519:10,
1520:5, 1520:14,
1521:15, 1521:18,
1521:19, 1521:22,
1521:23, 1522:4,
1522:5, 1522:15,
1522:25, 1524:10,
1524:11, 1525:18,
1527:5, 1528:9,
1531:19, 1531:20,
1531:21, 1531:22,
1532:24, 1533:9,
1537:23, 1538:3,
1538:14, 1541:8,
1542:25, 1543:1,
1543:3, 1543:24,
1544:1, 1544:8,
1544:19, 1545:14,
1545:16, 1545:22,

1546:1, 1546:6,
1546:8, 1546:9,
1546:10, 1547:13,
1549:14, 1549:17,
1550:24, 1550:25,
1551:2, 1551:14,
1554:11, 1555:24,
1558:21, 1559:16,
1561:12, 1561:17,
1561:24, 1564:1,
1564:3, 1564:4,
1569:8, 1569:9,
1570:8, 1571:21,
1571:22, 1571:24,
1573:5, 1575:23,
1576:10, 1576:23,
1578:4, 1579:16,
1579:18, 1579:19,
1579:20, 1580:13,
1584:25, 1586:19,
1587:9, 1587:12,
1588:14, 1589:12,
1589:25, 1590:1,
1591:15, 1595:14,
1599:18, 1599:19,
1600:11, 1601:10,
1601:23, 1602:23,
1612:17, 1613:22,
1614:3, 1615:12,
1616:25, 1617:4,
1618:6, 1619:6,
1619:7, 1619:10,
1620:23, 1621:6,
1624:24
   **wouldn't** [3] -
1545:21, 1545:23,
1547:2
   **wrap** [3] - 1565:25,
1566:5, 1625:12
   **WRIGHT** [1] -
1507:18
   **write** [4] - 1522:22,
1534:17, 1558:19,
1577:14
   **writing** [4] - 1570:1,
1570:6, 1572:25,
1599:5
   **written** [1] - 1572:2
   **wrong** [5] - 1530:19,
1530:20, 1535:17,
1535:18, 1535:19
   **wrote** [9] - 1557:22,
1568:6, 1569:5,
1571:15, 1572:8,
1573:16, 1575:15,
1577:6, 1597:3

## X

   **X** [1] - 1512:1

## Y

   **yeah** [4] - 1531:1,
1537:18, 1566:4,
1611:11
   **Year** [1] - 1536:2
   **year** [1] - 1575:5
   **years** [5] - 1517:10,
1575:20, 1598:4,
1598:10, 1598:13
   **Yeilding** [3] -
1523:24, 1524:1
   **yellow** [9] - 1521:14,
1523:12, 1545:4,
1561:14, 1566:24,
1567:2, 1589:10,
1592:22, 1607:23
   **yes** [207] - 1514:23,
1516:6, 1516:7,
1516:25, 1517:19,
1518:22, 1519:4,
1519:20, 1520:24,
1521:5, 1523:4,
1523:11, 1523:17,
1524:4, 1524:16,
1525:1, 1525:14,
1525:16, 1525:20,
1525:24, 1526:3,
1526:6, 1526:11,
1526:15, 1526:23,
1527:3, 1528:1,
1528:13, 1528:25,
1529:7, 1529:18,
1529:21, 1529:24,
1530:25, 1531:5,
1531:8, 1531:15,
1532:1, 1532:5,
1532:10, 1532:15,
1533:7, 1533:17,
1533:20, 1534:10,
1534:15, 1535:4,
1535:7, 1535:13,
1535:22, 1536:23,
1537:15, 1538:18,
1538:22, 1539:10,
1539:14, 1539:19,
1539:22, 1540:4,
1541:4, 1541:6,
1542:11, 1542:19,
1543:6, 1544:12,
1544:17, 1546:3,
1546:12, 1546:24,
1547:10, 1547:25,
1548:3, 1548:10,
1548:12, 1548:15,
1548:22, 1549:7,
1549:9, 1549:22,
1550:14, 1550:19,
1550:23, 1551:9,
1551:19, 1552:12,

1552:17, 1552:20,
1552:24, 1553:4,
1554:1, 1554:22,
1555:1, 1555:4,
1555:8, 1555:10,
1556:5, 1556:21,
1557:9, 1557:14,
1557:16, 1557:25,
1558:8, 1558:15,
1559:2, 1559:6,
1560:7, 1561:11,
1561:23, 1562:4,
1563:5, 1563:9,
1564:2, 1564:4,
1564:11, 1564:14,
1564:22, 1564:25,
1565:5, 1565:9,
1565:13, 1565:18,
1566:14, 1566:16,
1566:22, 1566:25,
1567:4, 1570:3,
1570:5, 1570:11,
1572:24, 1573:11,
1573:15, 1573:19,
1573:21, 1574:3,
1574:13, 1574:15,
1574:22, 1574:24,
1575:1, 1575:22,
1576:12, 1576:18,
1577:6, 1577:9,
1578:17, 1580:19,
1580:23, 1581:3,
1581:8, 1582:19,
1582:23, 1582:25,
1583:3, 1583:5,
1583:21, 1584:2,
1584:10, 1584:15,
1584:24, 1584:25,
1585:23, 1586:2,
1586:6, 1587:12,
1588:3, 1588:17,
1589:3, 1589:10,
1590:6, 1590:21,
1591:8, 1591:10,
1591:15, 1592:1,
1595:23, 1596:4,
1596:10, 1596:16,
1596:20, 1597:20,
1599:13, 1600:13,
1600:16, 1600:25,
1601:9, 1601:20,
1603:15, 1603:17,
1606:3, 1607:15,
1608:2, 1611:6,
1611:8, 1612:24,
1616:14, 1616:19,
1617:6, 1619:16,
1620:4, 1622:9
   **yesterday** [10] -
1513:7, 1544:18,
1567:17, 1567:22,

1583:17, 1585:9,
1620:25, 1621:10,
1621:20, 1622:2
   **yesterday's** [1] -
1556:19
   **yet** [2] - 1545:25,
1625:5
   **York** [1] - 1507:25
   **YORK** [1] - 1510:2
   **you** [530] - 1513:18,
1513:24, 1514:25,
1515:1, 1515:19,
1515:22, 1516:12,
1516:24, 1517:3,
1517:8, 1517:16,
1518:17, 1518:20,
1519:2, 1519:19,
1519:24, 1520:2,
1520:10, 1520:11,
1521:25, 1522:9,
1522:10, 1522:16,
1523:2, 1523:9,
1523:14, 1523:15,
1523:19, 1524:3,
1524:14, 1524:24,
1525:13, 1525:19,
1526:1, 1526:5,
1528:11, 1529:6,
1529:16, 1529:20,
1530:1, 1530:7,
1530:12, 1530:18,
1531:24, 1532:3,
1532:8, 1532:14,
1532:25, 1533:3,
1533:5, 1533:18,
1534:3, 1534:8,
1534:13, 1535:3,
1535:10, 1535:11,
1535:15, 1535:16,
1535:21, 1536:5,
1536:10, 1536:24,
1537:6, 1537:8,
1537:12, 1537:13,
1537:22, 1537:23,
1538:3, 1538:5,
1538:6, 1538:10,
1538:16, 1538:17,
1538:19, 1538:23,
1539:5, 1539:6,
1539:9, 1539:20,
1540:2, 1540:3,
1540:7, 1540:9,
1540:14, 1540:15,
1540:18, 1540:22,
1540:23, 1541:5,
1541:7, 1541:12,
1541:20, 1541:24,
1541:25, 1542:1,
1542:16, 1542:21,
1543:4, 1544:10,

1544:14, 1544:20, 1545:6, 1546:12, 1546:13, 1546:18, 1546:22, 1546:24, 1547:5, 1547:7, 1547:16, 1547:17, 1548:1, 1548:6, 1548:23, 1548:24, 1549:2, 1549:14, 1549:23, 1550:3, 1550:4, 1550:5, 1550:11, 1550:13, 1550:17, 1550:24, 1551:1, 1551:10, 1551:11, 1551:14, 1551:17, 1551:20, 1551:21, 1551:22, 1552:1, 1552:16, 1552:21, 1553:8, 1553:21, 1553:24, 1554:2, 1554:15, 1554:16, 1554:19, 1554:24, 1555:5, 1555:11, 1555:12, 1556:4, 1556:11, 1556:12, 1556:15, 1556:18, 1557:12, 1557:15, 1557:22, 1558:1, 1558:3, 1558:6, 1558:11, 1558:12, 1558:23, 1558:24, 1559:18, 1560:6, 1560:13, 1560:15, 1560:18, 1560:19, 1560:25, 1561:3, 1561:4, 1561:16, 1561:20, 1562:1, 1562:9, 1562:12, 1562:15, 1562:16, 1562:25, 1563:3, 1563:4, 1563:5, 1563:7, 1563:16, 1563:21, 1563:24, 1564:1, 1564:3, 1564:4, 1564:7, 1564:8, 1564:13, 1564:23, 1565:4, 1565:10, 1565:14, 1565:16, 1565:19, 1565:23, 1566:3, 1566:5, 1566:6, 1566:12, 1566:17, 1566:20, 1567:8, 1567:12, 1567:14, 1567:17, 1567:23, 1568:18, 1568:21, 1568:22, 1569:1, 1569:2, 1569:4, 1569:9, 1569:15, 1569:17, 1570:20, 1571:8,

1571:10, 1572:1, 1572:2, 1572:3, 1572:22, 1573:2, 1573:4, 1573:12, 1573:13, 1573:16, 1573:20, 1573:23, 1574:1, 1574:2, 1574:4, 1574:8, 1574:9, 1574:12, 1574:25, 1575:14, 1575:15, 1575:16, 1575:23, 1575:25, 1576:19, 1577:3, 1577:23, 1577:24, 1577:25, 1578:8, 1578:9, 1578:15, 1578:21, 1578:23, 1579:5, 1579:7, 1579:11, 1579:12, 1579:13, 1580:3, 1580:13, 1580:24, 1581:2, 1581:4, 1581:17, 1582:3, 1582:6, 1582:16, 1582:17, 1582:24, 1583:1, 1583:6, 1583:25, 1584:9, 1584:13, 1584:23, 1585:9, 1585:21, 1585:24, 1585:25, 1586:6, 1586:7, 1586:11, 1586:23, 1587:2, 1587:14, 1587:15, 1587:22, 1587:25, 1588:19, 1589:6, 1590:3, 1590:8, 1590:23, 1591:9, 1591:13, 1591:17, 1591:19, 1591:22, 1591:23, 1592:2, 1592:3, 1592:4, 1592:5, 1592:11, 1592:13, 1592:25, 1593:6, 1593:7, 1593:9, 1594:4, 1595:8, 1595:9, 1595:10, 1595:14, 1595:22, 1595:24, 1596:1, 1596:3, 1596:5, 1596:8, 1596:11, 1596:14, 1596:17, 1596:18, 1597:4, 1597:9, 1597:17, 1597:21, 1598:3, 1598:6, 1598:7, 1599:1, 1599:8, 1599:9, 1599:11, 1599:22, 1599:23, 1599:25, 1600:8, 1600:9, 1600:12,

1600:14, 1600:17, 1600:22, 1600:23, 1601:4, 1601:7, 1601:18, 1602:2, 1602:6, 1602:9, 1602:10, 1602:12, 1602:14, 1602:15, 1602:19, 1602:25, 1603:3, 1603:5, 1603:7, 1603:10, 1603:11, 1603:18, 1603:21, 1603:24, 1603:25, 1604:9, 1605:16, 1605:17, 1606:12, 1606:20, 1606:22, 1606:23, 1607:1, 1607:2, 1607:5, 1607:6, 1607:13, 1607:16, 1607:17, 1607:25, 1608:7, 1608:10, 1608:13, 1608:14, 1608:16, 1608:25, 1609:10, 1609:13, 1609:14, 1609:15, 1609:22, 1610:1, 1610:5, 1610:7, 1610:10, 1610:15, 1610:17, 1611:13, 1611:22, 1611:23, 1612:5, 1612:6, 1612:16, 1612:20, 1612:21, 1612:22, 1613:1, 1613:12, 1613:13, 1613:18, 1613:25, 1614:3, 1614:5, 1614:8, 1614:11, 1614:20, 1615:4, 1615:9, 1615:15, 1615:19, 1615:22, 1615:24, 1616:9, 1616:11, 1616:12, 1616:15, 1616:18, 1616:19, 1616:20, 1616:23, 1617:1, 1617:2, 1617:4, 1617:8, 1617:9, 1617:19, 1618:17, 1618:18, 1618:22, 1619:13, 1619:15, 1619:21, 1619:22, 1619:25, 1620:2, 1620:19, 1620:20, 1621:1, 1621:20, 1622:4, 1622:7, 1622:10, 1622:14, 1622:23, 1622:24, 1623:2, 1623:9, 1623:12, 1623:13, 1623:17, 1624:1, 1624:2,

1625:1, 1625:6, 1625:11

**you'd** [1] - 1611:11

**you'll** [6] - 1516:15, 1581:5, 1595:11, 1595:14, 1596:19, 1611:23

**you're** [13] - 1561:20, 1574:18, 1577:9, 1577:11, 1584:25, 1585:2, 1585:20, 1586:4, 1591:18, 1593:7, 1616:7, 1616:8

**you've** [7] - 1553:20, 1574:21, 1574:23, 1590:3, 1590:21, 1600:17, 1613:16

**your** [193] - 1513:11, 1513:19, 1513:24, 1514:1, 1515:2, 1515:21, 1516:8, 1516:16, 1516:20, 1517:3, 1517:11, 1517:15, 1517:17, 1518:14, 1518:25, 1520:22, 1523:2, 1523:9, 1524:24, 1525:22, 1527:24, 1527:25, 1528:9, 1528:10, 1529:20, 1530:12, 1530:16, 1531:25, 1532:3, 1532:8, 1532:25, 1533:13, 1533:18, 1534:14, 1535:5, 1535:17, 1535:20, 1536:7, 1536:9, 1536:11, 1536:23, 1537:3, 1537:19, 1539:10, 1539:21, 1540:3, 1540:13, 1540:15, 1541:5, 1541:23, 1542:21, 1545:2, 1545:5, 1546:18, 1548:5, 1551:10, 1551:17, 1554:16, 1555:5, 1556:19, 1557:1, 1557:2, 1557:12, 1560:17, 1561:3, 1561:9, 1563:10, 1564:9, 1565:2, 1565:6, 1566:5, 1566:17, 1566:24, 1569:2, 1569:22, 1570:4, 1570:16, 1570:21, 1570:23, 1572:3, 1573:1, 1574:4,

1575:25, 1576:3, 1576:6, 1576:16, 1577:4, 1577:7, 1577:24, 1578:23, 1581:25, 1582:16, 1583:6, 1585:7, 1585:16, 1585:21, 1585:25, 1586:3, 1586:19, 1586:23, 1587:4, 1587:7, 1587:22, 1588:6, 1588:13, 1590:3, 1590:25, 1591:16, 1591:24, 1592:8, 1592:12, 1593:9, 1593:15, 1594:6, 1594:21, 1595:8, 1595:9, 1595:11, 1595:15, 1595:23, 1596:1, 1596:14, 1597:8, 1597:12, 1597:17, 1598:7, 1599:2, 1599:6, 1599:8, 1599:11, 1600:10, 1600:14, 1600:15, 1600:22, 1601:14, 1601:18, 1601:21, 1602:1, 1602:6, 1602:19, 1603:11, 1603:14, 1603:25, 1604:9, 1607:2, 1607:5, 1607:6, 1607:12, 1608:16, 1608:17, 1609:9, 1609:10, 1609:14, 1609:15, 1610:5, 1612:20, 1614:3, 1614:9, 1615:4, 1615:12, 1615:18, 1615:21, 1615:23, 1616:3, 1616:12, 1616:19, 1617:5, 1617:7, 1620:1, 1620:2, 1620:23, 1621:3, 1621:19, 1622:4, 1622:8, 1623:13, 1623:16, 1623:17, 1623:18, 1624:8, 1625:8

**yourself** [4] - 1516:24, 1548:25, 1595:22, 1616:21

**Z**

**zero** [8] - 1526:20, 1548:14, 1611:18, 1611:20, 1611:22, 1611:25, 1612:1,

1623:10
  **Zick** [2] - 1514:7,
1514:21
  **Zimmerman** [3] -
1574:20, 1575:7,
1575:20
  **Zimmerman's** [1] -
1575:16
  **zone** [11] - 1521:14,
1521:16, 1521:18,
1521:20, 1521:22,
1529:9, 1530:4,
1545:14, 1545:16,
1545:17, 1545:19
  **zones** [2] - 1589:11,
1592:22
  **zoom** [1] - 1582:20

---

"

---

  **"MIKE"** [1] - 1509:8