1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  OIL SPILL BY THE OIL RIG    *    Docket 10-MD-2179
    *DEEPWATER HORIZON* IN THE            *
5   GULF OF MEXICO ON APRIL 20, 2010    *    Section J
                                        *
6   Applies to:                         *    New Orleans, Louisiana
                                        *
7   Docket 10-CV-02771,                 *    October 9, 2013
    *IN RE:  THE COMPLAINT AND*           *
8   *PETITION OF TRITON ASSET*            *
    *LEASING GmbH, et al.*                *
9                                       *
    Docket 10-CV-4536,                  *
10  *UNITED STATES OF AMERICA v.*         *
    *BP EXPLORATION & PRODUCTION,*        *
11  *INC., et al.*                        *
                                        *
12  * * * * * * * * * * * * * * * * * * *

13

14               DAY 7, AFTERNOON SESSION
            TRANSCRIPT OF NONJURY TRIAL BEFORE
15           THE HONORABLE CARL J. BARBIER
                UNITED STATES DISTRICT JUDGE
16

17  Appearances:

18

19  For the Plaintiffs:          Herman Herman & Katz, LLC
                                 BY:  STEPHEN J. HERMAN, ESQ.
20                               820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
21

22  For the Plaintiffs:          Domengeaux Wright Roy
                                   & Edwards, LLC
23                               BY:  JAMES P. ROY, ESQ.
                                 556 Jefferson Street, Suite 500
24                               Post Office Box 3668
                                 Lafayette, Louisiana 70502
25

OFFICIAL TRANSCRIPT

1950

1   <u>Appearances</u>:

2

3   For the Plaintiffs:                Levin Papantonio Thomas Mitchell
                                          Rafferty & Proctor, PA
                                       BY:  BRIAN H. BARR, ESQ.
4                                      316 South Baylen Street, Suite 600
                                       Post Office Box 12308
5                                      Pensacola, Florida 32591

6

7   For the Plaintiffs:                Irpino Law Firm
                                       BY: ANTHONY IRPINO, ESQ.
                                       2216 Magazine Street
8                                      New Orleans, Louisiana 70130

9

10  For the Plaintiffs:                Weitz & Luxenberg, PC
                                       BY:  ROBIN L. GREENWALD, ESQ.
                                       700 Broadway
11                                     New York, New York 10003

12

13  For the Plaintiffs:                Lundy Lundy Soileau & South, LLP
                                       BY:  MATTHEW E. LUNDY, ESQ.
                                       501 Broad Street
14                                     Lake Charles, Louisiana 70601

15

16  For the Plaintiffs:                Morgan & Morgan
                                       BY:  FRANK M. PETOSA, ESQ.
                                       188 East Capital Street, Suite 777
17                                     Jackson, Mississippi 39201

18

19  For the States'                    Attorney General's Office
    Interests:                         BY:  COREY L. MAZE, ESQ.
                                           WINFIELD J. SINCLAIR, ESQ.
20                                     500 Dexter Avenue
                                       Montgomery, Alabama 36130

21

22  For the State of                   Attorney General's Office
    Louisiana:                         BY:  JAMES D. CALDWELL, ESQ.
23                                     1885 North Third Street
                                       Post Office Box 94005
24                                     Baton Rouge, Louisiana 70804

25

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For the State of           Kanner & Whiteley, LLC
 3   Louisiana:                 BY:  ALLAN KANNER, ESQ.
                                     DOUGLAS R. KRAUS, ESQ.
 4                              701 Camp Street
                                New Orleans, Louisiana 70130
 5

 6   For the United States      U.S. Department of Justice
     of America:                Torts Branch, Civil Division
 7                              BY:  STEPHEN G. FLYNN, ESQ.
                                Post Office Box 14271
 8                              Washington, D.C. 20044

 9
     For the United States      U.S. Department of Justice
10   of America:                Environment & Natural Resources
                                Environmental Enforcement Section
11                              BY:  THOMAS BENSON, ESQ.
                                     STEVEN O'ROURKE, ESQ.
12                                   SCOTT CERNICH, ESQ.
                                     A. NATHANIEL CHAKERES, ESQ.
13                                   ANNA CROSS, ESQ.
                                     BETHANY ENGEL, ESQ.
14                                   RICHARD GLADSTEIN, ESQ.
                                     JUDY HARVEY, ESQ.
15                                   SARAH HIMMELHOCH, ESQ.
                                Post Office Box 7611
16                              Washington, D.C. 20044

17
     For BP Exploration &       Liskow & Lewis, APLC
18   Production Inc.,           BY:  DON K. HAYCRAFT, ESQ.
     BP America Production      701 Poydras Street, Suite 5000
19   Company, BP PLC:           New Orleans, Louisiana 70139

20
     For BP Exploration &       Kirkland & Ellis, LLP
21   Production Inc.,           BY:  J. ANDREW LANGAN, ESQ.
     BP America Production           HARIKLIA "CARRIE" KARIS, ESQ.
22   Company, BP PLC:                MATTHEW T. REGAN, ESQ.
                                     PAUL D. COLLIER, ESQ.
23                                   BARRY E. FIELDS, ESQ.
                                300 N. Lasalle
24                              Chicago, Illinois 60654

25
```

OFFICIAL TRANSCRIPT

1    Appearances:

2

3    For BP Exploration &          Kirkland & Ellis, LLP
     Production Inc.,              BY:  MARTIN BOLES, ESQ.
     BP America Production         333 South Hope Street
4    Company, BP PLC:             Los Angeles, California 90071

5

6    For BP Exploration &          Kirkland & Ellis, LLP
     Production Inc.,              BY:  ROBERT R. GASAWAY, ESQ.
     BP America Production              JOSEPH A. EISERT, ESQ.
7    Company, BP PLC:                  BRIDGET K. O'CONNOR, ESQ.
                                   655 Fifteenth Street, N.W.
8                                  Washington, D.C. 20005

9

10   For BP Exploration &          Covington & Burling, LLP
     Production Inc.,              BY:  ROBERT C. "MIKE" BROCK, ESQ.
     BP America Production         1201 Pennsylvania Avenue, N.W.
11   Company, BP PLC:             Washington, D.C. 20004

12

13   For Transocean Holdings       Frilot, LLC
     LLC, Transocean Offshore     BY:  KERRY J. MILLER, ESQ.
14   Deepwater Drilling Inc.,      1100 Poydras Street, Suite 3700
     Transocean Deepwater Inc.:   New Orleans, Louisiana 70163

15

16   For Transocean Holdings       Sutherland Asbill & Brennan, LLP
     LLC, Transocean Offshore     BY:  STEVEN L. ROBERTS, ESQ.
17   Deepwater Drilling Inc.,      1001 Fannin Street, Suite 3700
     Transocean Deepwater Inc.:   Houston, Texas 77002

18

19   For Transocean Holdings       Munger Tolles & Olson, LLP
     LLC, Transocean Offshore     BY:  MICHAEL R. DOYEN, ESQ.
20   Deepwater Drilling Inc.,           BRAD D. BRIAN, ESQ.
     Transocean Deepwater Inc.:        LUIS LI, ESQ.
21                                      GRANT A. DAVIS-DENNY, ESQ.
                                        ALLEN M. KATZ, ESQ.
22                                  355 S. Grand Avenue, 35th Floor
                                   Los Angeles, California 90071

23

24

25

OFFICIAL TRANSCRIPT

1   Appearances:

2

3   For Halliburton Energy        Godwin Lewis, PC
    Services, Inc.:               BY:   DONALD E. GODWIN, ESQ.
                                        JENNY L. MARTINEZ, ESQ.
4                                       BRUCE W. BOWMAN JR., ESQ.
                                        PRESCOTT W. SMITH, ESQ.
5                                       SEAN W. FLEMING, ESQ.
                                  1201 Elm Street, Suite 1700
6                                 Dallas, Texas 75270

7

8   For Halliburton Energy:       Godwin Lewis, PC
    Services, Inc.:               BY:   R. ALAN YORK, ESQ.
                                        GWENDOLYN E. RICHARD, ESQ.
9                                 1331 Lamar, Suite 1665
                                  Houston, Texas 77010

10

11  For Anadarko Petroleum        Kuchler Polk Schell Weiner
    Corporation, Anadarko           & Richeson, LLC
12  E&P Company LP:               BY:   DEBORAH D. KUCHLER, ESQ.
                                  1615 Poydras Street, Suite 1300
13                                New Orleans, Louisiana 70112

14

15  For Anadarko Petroleum        Bingham McCutchen, LLP
    Corporation, Anadarko         BY:   WARREN A. FITCH, ESQ.
    E&P Company LP:                     KY E. KIRBY, ESQ.
16                                2020 K Street, N.W.
                                  Washington, D.C. 20006

17

18  Official Court Reporter:      Jodi Simcox, RMR, FCRR
                                  500 Poydras Street, Room HB-406
19                                New Orleans, Louisiana 70130
                                  (504) 589-7780
20                                Jodi_Simcox@laed.uscourts.gov

21

22

23

24  Proceedings recorded by mechanical stenography using
    computer-aided transcription software.
25

OFFICIAL TRANSCRIPT

1                    <u>I N D E X</u>

2                                                    <u>Page</u>

3
  TREVOR HILL
4      Videotaped deposition                        1958

5  MEHRAN POOLADI-DARVISH, PH.D.
       Voir Dire Examination Mr. Chakeres          1959
6      Direct Examination By Mr. Chakeres:         1960
       Cross-Examination By Mr. Fields:            2018
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | **AFTERNOON SESSION**                                         |
|       | 2  | **(October 9, 2013)**                                        |
| 01:12 | 3  | * * * * *                                                    |
| 01:28 | 4  | **THE DEPUTY CLERK:**  All rise.                            |
| 01:28 | 5  | **THE COURT:**  All right.  Everybody be seated, please.   |
| 01:28 | 6  | All right.  Any preliminary matters?                        |
| 01:28 | 7  | **MS. PENCAK:**  Yes, Your Honor.  Good afternoon.  Erica  |
| 01:28 | 8  | Pencak for the United States.                               |
| 01:29 | 9  | I have a list of the United States exhibits,                |
| 01:29 | 10 | call-outs, and demonstratives used in yesterday's examinations |
| 01:29 | 11 | of Dr. Hsieh and Dr. Griffiths.  We circulated those lists to |
| 01:29 | 12 | the parties yesterday and received no objections.  We file, |
| 01:29 | 13 | offer, and introduce these exhibits, call-outs, and         |
| 01:29 | 14 | demonstratives into evidence.                               |
| 01:29 | 15 | **THE COURT:**  These are, you said, related to Dr. Hsieh  |
| 01:29 | 16 | and Dr. Griffiths; correct?                                  |
| 01:29 | 17 | **MS. PENCAK:**  That's correct.                            |
| 01:29 | 18 | **THE COURT:**  All right.  Any objections?                 |
| 01:29 | 19 | Without objection, those are admitted.                      |
| 01:29 | 20 | **MS. PENCAK:**  I also have the list of the                |
| 01:29 | 21 | 17 deposition bundles that the United States designated for the |
| 01:29 | 22 | Phase Two trial and a thumb drive for Stephanie that contains |
| 01:29 | 23 | those bundles.                                               |
| 01:29 | 24 | We offer these bundles into evidence as well as             |
| 01:29 | 25 | the designations made by the United States contained in the |

| | | |
|---|---|---|
| 01:29 | 1 | deposition bundles previously offered by the aligned parties |
| 01:29 | 2 | and BP.  By offering these bundles into evidence, we do not |
| 01:29 | 3 | waive but maintain our objections to portions of the |
| 01:29 | 4 | designations made by other parties in these bundles. |
| 01:29 | 5 | THE COURT:  These contain the designations made by |
| 01:30 | 6 | the United States and BP? |
| 01:30 | 7 | MS. PENCAK:  Yes.  By all parties, Your Honor. |
| 01:30 | 8 | THE COURT:  It's not just your designations. |
| 01:30 | 9 | MS. PENCAK:  Correct. |
| 01:30 | 10 | MR. FIELDS:  I think the only issue -- and I'm not, |
| 01:30 | 11 | perhaps, the best person on this, but I know there were some -- |
| 01:30 | 12 | THE COURT:  You need to identify yourself. |
| 01:30 | 13 | MR. FIELDS:  Oh, I'm sorry.  Sorry.  Barry Fields |
| 01:30 | 14 | representing BP. |
| 01:30 | 15 | One issue I know that was in the mix was a |
| 01:30 | 16 | question about the deposition bundle for Dr. Bushnell.  And, of |
| 01:30 | 17 | course, we had raised an objection about that.  I believe |
| 01:30 | 18 | that's inconsistent with the Court's directive. |
| 01:30 | 19 | MS. PENCAK:  We're not offering that at this time. |
| 01:30 | 20 | MR. FIELDS:  Thank you. |
| 01:30 | 21 | THE COURT:  With that understanding, those will be |
| 01:30 | 22 | admitted. |
| 01:30 | 23 | MS. PENCAK:  Thank you, Your Honor. |
| 01:30 | 24 | And then one final matter.  I also have with me |
| 01:30 | 25 | the list of the exhibits, demonstratives, and call-outs that |

| | | |
|---|---|---|
| 01:30 | 1 | were used and offered in connection with the United States' |
| 01:30 | 2 | examination of Dr. Ronald Dykhuizen on Monday. |
| 01:30 | 3 | BP has raised objections to two of those |
| 01:30 | 4 | exhibits after the testimony.  We responded to BP with a |
| 01:31 | 5 | response to those objections, but have not heard back.  And I |
| 01:31 | 6 | was wondering if BP maintains them. |
| 01:31 | 7 | MR. LANGAN:  Your Honor, Andy Langan for BP. |
| 01:31 | 8 | Can we reserve on this?  I think the lawyer |
| 01:31 | 9 | responsible for that must be meeting with a witness or |
| 01:31 | 10 | something.  We'd appreciate if the United States -- |
| 01:31 | 11 | THE COURT:  Okay.  We can deal with this either later |
| 01:31 | 12 | today or tomorrow. |
| 01:31 | 13 | MR. LANGAN:  I'm quite certain we haven't given up on |
| 01:31 | 14 | the objections that we've raised, but we'd ask for some time. |
| 01:31 | 15 | THE COURT:  All right. |
| 01:31 | 16 | MR. LANGAN:  Thank you. |
| 01:31 | 17 | THE COURT:  Sure. |
| 01:31 | 18 | MS. PENCAK:  Thank you, Your Honor. |
| 01:31 | 19 | MS. HIMMELHOCH:  Your Honor, Sarah Himmelhoch for the |
| 01:31 | 20 | United States. |
| 01:31 | 21 | At this time we would call by video deposition |
| 01:31 | 22 | the witness Trevor Hill. |
| 01:31 | 23 | THE COURT:  Trevor Hill by video. |
| 01:31 | 24 | MS. HIMMELHOCH:  Yes. |
| 01:31 | 25 | THE COURT:  How long is this going to last? |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 01:31 | 1 | **MS. HIMMELHOCH:**  15 minutes, I believe, Your Honor. |
| 01:31 | 2 | **THE COURT:**  Okay. |
| 01:31 | 3 | (WHEREUPON, the videotaped deposition of **Trevor Hill** |
| 01:31 | 4 | was played.) |
| 01:46 | 5 | * * * * * |
| 01:46 | 6 | **MS. KING:**  Your Honor, Rachel King for the United |
| 01:46 | 7 | States.  This is the conclusion of the three video clips that |
| 01:46 | 8 | the United States will be playing as part of its case in chief. |
| 01:46 | 9 | At this time we'd like to move in the video clips as well as |
| 01:46 | 10 | the transcripts from Mike Mason, David Barnett, and Trevor |
| 01:46 | 11 | Hill. |
| 01:46 | 12 | **THE COURT:**  All right.  Any objections? |
| 01:46 | 13 | Without objection, those are admitted. |
| 01:46 | 14 | **MS. KING:**  Thank you, Your Honor. |
| 01:46 | 15 | **MR. CHAKERES:**  Your Honor, Nat Chakeres on behalf of |
| 01:46 | 16 | the United States.  At this time the United States would like |
| 01:46 | 17 | to call its final witness for its case in chief, Dr. Mehran |
| 01:46 | 18 | Pooladi-Darvish. |
| 01:46 | 19 | **THE COURT:**  Okay. |
| 01:46 | 20 | (WHEREUPON, **MEHRAN POOLADI-DARVISH, PH.D.,** having |
| 01:46 | 21 | been duly sworn, testified as follows**:)** |
| 01:47 | 22 | **THE DEPUTY CLERK:**  Please state your full name and |
| 01:47 | 23 | correct spelling for the record. |
| 01:47 | 24 | **THE WITNESS:**  My name is Mehran Pooladi-Darvish. |
| 01:47 | 25 | That's spelled M-E-H-R-A-N.  Last name is hyphenated, two |

MEHRAN POOLADI-DARVISH, PH.D. - VOIR DIRE

01:47    1    words, P-O-O-L-A-D-I, hyphen, D-A-R-V-I-S-H.

01:47    2    **VOIR DIRE EXAMINATION**

01:47    3          **MR. CHAKERES:**  May it please the Court?

01:47    4          **THE COURT:**  Yes.

01:47    5    **BY MR. CHAKERES:**

01:47    6    **Q.**  Dr. Pooladi-Darvish, do you intend to provide an expert

01:47    7    opinion in this case?

01:47    8    **A.**  I do.

01:47    9    **Q.**  Are the opinions and analysis you intend to provide to the

01:47    10    Court contained in expert reports?

01:47    11    **A.**  They are, yes.

01:47    12          **MR. CHAKERES:**  Could we bring up Exhibit 11653.

01:48    13    **BY MR. CHAKERES:**

01:48    14    **Q.**  Is this your opening expert report?

01:48    15    **A.**  Yes.  This is the cover page for that report.

01:48    16          **MR. CHAKERES:**  Could we bring up Exhibit 11654R.

01:48    17    **BY MR. CHAKERES:**

01:48    18    **Q.**  Sir, is this the cover page of your rebuttal expert

01:48    19    report?

01:48    20    **A.**  It is, yes.

01:48    21    **Q.**  Are the opinions you intend to provide to the Court

01:48    22    summarized in these two reports?

01:48    23    **A.**  They are.

01:48    24          **MR. CHAKERES:**  Your Honor -- well...

      25

MEHRAN POOLADI-DARVISH, PH.D. - VOIR DIRE

| | | |
|---|---|---|
| 01:48 | 1 | **BY MR. CHAKERES:** |
| 01:48 | 2 | **Q.**  Do you adopt these opinions for your testimony to the |
| 01:48 | 3 | Court today? |
| 01:48 | 4 | **A.**  I do, yes. |
| 01:48 | 5 | **MR. CHAKERES:**  Your Honor, there are no Daubert |
| 01:48 | 6 | motions pending with respect to Dr. Pooladi-Darvish, and at |
| 01:48 | 7 | this time we'd like to tender him as an expert in reservoir |
| 01:48 | 8 | engineering. |
| 01:48 | 9 | **THE COURT:**  All right.  There are no Daubert motions |
| 01:48 | 10 | with respect to this witness; correct? |
| 01:48 | 11 | **MR. FIELDS:**  Your Honor, Barry Fields on behalf of |
| 01:48 | 12 | BP.  That's correct. |
| 01:48 | 13 | **THE COURT:**  All right.  So I'll accept him in the |
| 01:48 | 14 | field tendered and admit his reports, yes. |
| 01:49 | 15 | **MR. CHAKERES:**  Yes, if you would. |
| 01:49 | 16 | Could we display demonstrative D-21810? |
| 01:49 | 17 | **DIRECT EXAMINATION** |
| 01:49 | 18 | **BY MR. CHAKERES:** |
| 01:49 | 19 | **Q.**  Dr. Pooladi-Darvish, could you provide the Court briefly |
| 01:49 | 20 | with your professional, educational, and work background. |
| 01:49 | 21 | **A.**  Sure.  The education, I have a Bachelor's in chemical |
| 01:49 | 22 | engineering.  Later I did a Master's in chemical and petroleum |
| 01:49 | 23 | engineering.  Both of these were back in Iran.  Then I did my |
| 01:49 | 24 | Ph.D. in Canada, at the University of Alberta, followed by a |
| 01:49 | 25 | postdoctorate fellowship in Palo Alto, California. |

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

01:49    1    **Q.**   Okay.  Could we just slow down a little bit?  The court
01:49    2    reporter will probably appreciate it.
01:49    3            What is your current --
01:49    4            **THE COURT:**  And you can pull that microphone towards
01:49    5    you.  You can pull it towards you, bend it any way.  If you
01:49    6    stay about this far away, it's perfect usually.  Yeah.
01:49    7            **THE WITNESS:**  Thank you.
01:49    8    **BY MR. CHAKERES:**
01:49    9    **Q.**   What is your current professional position?
01:49   10    **A.**   I'm a senior director at IHS, which is the company that
01:50   11    purchased Fekete.  That's where I was working when I wrote the
01:50   12    reports.
01:50   13    **Q.**   Okay.  What is your area of expertise at IHS?
01:50   14    **A.**   Reservoir engineering.  I do -- I'm particularly in charge
01:50   15    of what is called integrated reservoir studies.
01:50   16    **Q.**   All right.  Could you just -- we'll get into that in just
01:50   17    a moment.  Could you describe what types of clients you work
01:50   18    for?
01:50   19    **A.**   Sure.  Clients are a wide range of them, from small
01:50   20    companies with a few people working in a few wells to much
01:50   21    larger companies, independents, international companies,
01:50   22    governments from all around the world.
01:50   23    **Q.**   And what types of projects are you typically asked to
01:50   24    perform for those clients?
01:50   25    **A.**   And the spectrum of the projects are similarly wide.

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

01:50  1   There is -- but under the topic of reservoir engineering, these
01:50  2   reservoirs may be onshore or offshore.  They may be very
01:50  3   developed, mature fields or they may be in the exploratory
01:51  4   phase of their development.
01:51  5          But generally we are asked in these cases to study
01:51  6   the past performance of the reservoir and the measurements that
01:51  7   have been done to characterize the reservoir and predict their
01:51  8   future performance, particularly their production of
01:51  9   hydrocarbons from the reservoir, as a function of time.
01:51  10  Q.   Have you also worked as a professor?
01:51  11  A.   Yes.  For approximately 14 years, I was a professor at
01:51  12  University of Calgary in Canada.
01:51  13  Q.   Have you received any professional honors?
01:51  14  A.   Yes, I have.  Most recently I was a Distinguished Lecturer
01:51  15  of SPE.  Prior to that I was invited to be a member of the
01:51  16  expert panel of Council of Canadian Academies.  And there have
01:51  17  been a number of other awards that I have received either by --
01:51  18  from my students or from professional associations.  Yes, a few
01:51  19  of them are listed in this slide.
01:52  20  Q.   Do you have any publications in the area of reservoir
01:52  21  engineering?
01:52  22  A.   My peer-reviewed publication, journal publications, are
01:52  23  approximately 60 more than -- a few more than 60, I believe, at
01:52  24  this time.  And if I were to consider conference papers, dozens
01:52  25  more.

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

01:52   1   **Q.**   Have you worked on blowout studies previously?

01:52   2   **A.**   I have done.

01:52   3   **Q.**   In your day-to-day work for oil companies, do you have to

01:52   4   deal with uncertainty in the data, in the input data you

01:52   5   receive?

01:52   6   **A.**   Very commonly.  All data that we receive, whether it's

01:52   7   measurements of the pressure of production, which is typically

01:52   8   called the response of the reservoir, or whether it is

01:52   9   measurement of the fluid and rock properties, they always carry

01:52   10  uncertainties.

01:52   11  **Q.**   How do you deal with uncertainty in the data that you need

01:52   12  to use to perform your job?

01:52   13  **A.**   We try to account for it -- and particularly in that

01:52   14  accounting for uncertainty, two things become extremely

01:53   15  important to me.  One is what is the range of uncertainty in my

01:53   16  data, and as importantly is which of these uncertainties might

01:53   17  affect my objective or my outcome.

01:53   18          Sometimes the data may exist that bears a large

01:53   19  uncertainty but doesn't impact my answers, so I try to find out

01:53   20  both aspects of it:  What is the range of uncertainty, and how

01:53   21  much it might impact my answers.

01:53   22  **Q.**   And is that something your clients expect you to do?

01:53   23  **A.**   Yes, very often.

01:53   24  **Q.**   Why?

01:53   25  **A.**   They are also -- they are not only interested in our best

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 01:53 | 1 | estimate of the outcome, but they also want to know what may be |
| 01:53 | 2 | the range of uncertainty in our answers.  If they are doing |
| 01:53 | 3 | investments for the development of the reservoir or otherwise, |
| 01:53 | 4 | they want to know the risk that they are carrying, how good do |
| 01:53 | 5 | we know our best answer.  That is very important. |
| 01:53 | 6 | So a formal discipline of uncertainty assessment has |
| 01:53 | 7 | to be developed that we take into account in our work. |
| 01:54 | 8 | Q.   Dr. Pooladi-Darvish, I'd like to -- |
| 01:54 | 9 | THE COURT:  Wait, wait.  I have one question because |
| 01:54 | 10 | I thought I heard one thing, but the realtime came out |
| 01:54 | 11 | differently.  I want to make sure what the witness' answer was. |
| 01:54 | 12 | You were asked, in terms of your background and |
| 01:54 | 13 | experience, have you worked on blowout studies previously.  Did |
| 01:54 | 14 | you say you had or you have not? |
| 01:54 | 15 | THE WITNESS:  I have. |
| 01:54 | 16 | THE COURT:  You have.  Okay. |
| 01:54 | 17 | All right.  Go ahead. |
| 01:54 | 18 | BY MR. CHAKERES: |
| 01:54 | 19 | Q.   Could you provide the Court just a brief description of |
| 01:54 | 20 | the other blowout work you've worked with. |
| 01:54 | 21 | A.   Sure.  There have been actually a couple of them.  One of |
| 01:54 | 22 | them I have worked -- I was in charge -- the engineer in charge |
| 01:54 | 23 | of doing that study and presented the results to the client. |
| 01:54 | 24 | It was about a year and a half ago.  A well blew out in |
| 01:54 | 25 | Alberta, and I was asked to assess the amount -- the rate of |

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

01:55    1   flow and the duration of the flow.  At that time the duration
01:55    2   was also questioned.  And, again, I was asked to estimate the
01:55    3   degree of uncertainty in my answers.
01:55    4          And then I have been associated with a couple of
01:55    5   other ones as well.
01:55    6   Q.   And you weren't in charge on those other ones?
01:55    7   A.   I was not in charge of the other ones, that's correct.
01:55    8   Q.   I'd like at this time for you to provide the Court with an
01:55    9   overview of what you're going to present with your work.
01:55   10          MR. CHAKERES:  If we could go to demonstrative
01:55   11   D-21811.
01:55   12   BY MR. CHAKERES:
01:55   13   Q.   Could you describe to the Court what you intend to testify
01:55   14   about today.
01:55   15   A.   Sure.  I have -- I have divided my work into different
01:55   16   segments, particularly I would call them analytical study,
01:55   17   numerical study, and doing the uncertainty assessment.  But
01:55   18   before getting into that, I want to just quickly present an
01:55   19   overview where I want to say what I did and why I chose the
01:55   20   methods that I used.
01:56   21          In particular, I want to -- I want to discuss why
01:56   22   some of the techniques that we commonly use in reservoir
01:56   23   engineering, such as material balance and well testing, are
01:56   24   not -- are not good methods to be used in this case because
01:56   25   of -- because of the uncertainties that existed.

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

01:56  1      And then the -- the finding of a good calibration

01:56  2   point, the collection data that the Court has heard about, that

01:56  3   allowed me to narrow down -- to first to choose my methodology

01:56  4   and then narrow down my range of answers.

01:56  5          MR. CHAKERES:  Let's go to demonstrative D-21812.

01:56  6   BY MR. CHAKERES:

01:56  7   Q.   What question were you asked to answer in this case?

01:56  8   A.   The key question was:  What is the cumulative volume of

01:56  9   oil released?

01:56  10  Q.   Were you asked to provide a precise estimate of reservoir

01:56  11  properties?

01:56  12  A.   No.  A lot of times when we want to estimate oil

01:56  13  production or, in this case, cumulative volume of oil

01:57  14  production, we need to, of course, try to find the reservoir

01:57  15  properties.  In general, sometimes we can find some of them or

01:57  16  find a fairly accurate description of them and sometimes we

01:57  17  cannot.

01:57  18          In this particular case, I'm of the opinion that --

01:57  19  and I demonstrated that we could come up with a fairly defined

01:57  20  and fairly narrow range of cumulative volume of oil released

01:57  21  that is consistent with all of the available data.

01:57  22          However, to the end, some of the reservoir parameters

01:57  23  remains quite uncertain.

01:57  24  Q.   What conclusion did you ultimately reach?

01:57  25  A.   My best estimate of cumulative volume of oil released is

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 01:57 | 1 | between 5 and 5.3 million barrels, stock tank barrels. |
| 01:57 | 2 | **Q.**   What were the challenges that you faced when you looked at |
| 01:57 | 3 | the data available in this case? |
| 01:57 | 4 | **A.**   The key challenges I have been mentioning is the degree of |
| 01:57 | 5 | uncertainty that existed.  This was a reservoir primarily at |
| 01:57 | 6 | the point of exploration.  Only one well had been drilled into |
| 01:58 | 7 | it.  Some data was obtained, which was good data, but some |
| 01:58 | 8 | other tests were left incomplete or maybe had not been planned |
| 01:58 | 9 | even.  So it was early in the data collection, and the range of |
| 01:58 | 10 | uncertainty was large. |
| 01:58 | 11 |         When I considered the objective of this study that |
| 01:58 | 12 | was finding cumulative volume of oil in place, I quickly went |
| 01:58 | 13 | through in my mind -- were a couple of different methods that I |
| 01:58 | 14 | might be able to use as a reservoir engineer to provide that |
| 01:58 | 15 | answer. |
| 01:58 | 16 |         The first method that I thought was -- in fact, was |
| 01:58 | 17 | material balance method.  It's a very simple method, as has |
| 01:58 | 18 | been discussed.  The challenge that I had in using it was it |
| 01:58 | 19 | requires input data, such as oil in place, that bears a large |
| 01:58 | 20 | degree of uncertainty, and quickly talked to the counsel and |
| 01:58 | 21 | was informed that that degree of uncertainty in the answers is |
| 01:58 | 22 | probably not what you wanted.  So I went further to other -- to |
| 01:58 | 23 | consider other techniques that might have less uncertainty in |
| 01:59 | 24 | them. |
| 01:59 | 25 | **Q.**   And how did you ultimately arrive at a solution in this |

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 01:59 | 1 | case? |
| 01:59 | 2 | A.   Two things:  One is that I -- the input -- I found that |
| 01:59 | 3 | the input data that would go into my models likely would bear a |
| 01:59 | 4 | large uncertainty, whether it's oil in place, whether it's |
| 01:59 | 5 | permeabilities, skin or otherwise.  I needed to find response |
| 01:59 | 6 | of the reservoir such that I would calibrate my models to that |
| 01:59 | 7 | response. |
| 01:59 | 8 | And the witness -- or Dr. Kelkar referred to it as |
| 01:59 | 9 | dynamic data of the reservoir.  That's response of the |
| 01:59 | 10 | reservoir.  In particular, two sets of information.  One was a |
| 01:59 | 11 | period of collection rate that was done prior to well being |
| 01:59 | 12 | shut in.  That proved to be very useful.  In addition to the |
| 01:59 | 13 | shut-in pressures after the well was shut in, the pressure |
| 01:59 | 14 | buildup that it had, I calibrated my model to these, and that |
| 02:00 | 15 | allowed me to narrow down my range of uncertainty in my |
| 02:00 | 16 | answers. |
| 02:00 | 17 | Q.   Let's continue with how you set up your model.  Let's turn |
| 02:00 | 18 | now to your analytical study. |
| 02:00 | 19 | MR. CHAKERES:  If we could look at demonstrative |
| 02:00 | 20 | D-21815. |
| 02:00 | 21 | BY MR. CHAKERES: |
| 02:00 | 22 | Q.   Can you briefly describe the analytical phase of your work |
| 02:00 | 23 | for the Court. |
| 02:00 | 24 | A.   Yes.  In the analytical phase of my work, I used the |
| 02:00 | 25 | information that was available during that collection time to |

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 02:00 | 1 | estimate flow rate on July 14th and 15th.  Once I did that, |
| 02:00 | 2 | then -- and this is similar to the technique that has been |
| 02:00 | 3 | discussed already by Dr. Ron Dykhuizen and Griffiths.  But once |
| 02:00 | 4 | I did that, immediately I went underground.  I went into -- |
| 02:00 | 5 | **THE COURT:**  I thought you said, "I went underground." |
| 02:01 | 6 | **THE WITNESS:**  Yes.  I went into where reservoir |
| 02:01 | 7 | engineers typically work, as a realm of my work.  That would be |
| 02:01 | 8 | building now reservoir and wellbore models that are calibrated |
| 02:01 | 9 | with that collection rate that I had estimated. |
| 02:01 | 10 | And now that I had the wellbore and reservoir |
| 02:01 | 11 | model that not only matched the rate at the final day, I had |
| 02:01 | 12 | also sequence of flow rate as a function of time, and that |
| 02:01 | 13 | allowed me to find the cumulative volume of oil released. |
| 02:01 | 14 | BY MR. CHAKERES: |
| 02:01 | 15 | Q.   Let's begin with the calibration point that you spoke of. |
| 02:01 | 16 | **MR. CHAKERES:**  If we could look at demonstrative |
| 02:01 | 17 | D-21818. |
| 02:01 | 18 | BY MR. CHAKERES: |
| 02:01 | 19 | Q.   Did you look at the accuracy of the collection rates? |
| 02:01 | 20 | A.   Yes.  The fluid that was being collected from the BOP on |
| 02:01 | 21 | July 15th was being collected on two ships on the surface, |
| 02:01 | 22 | *Q4000* and *Helix Producer*.  I carefully reviewed that data that |
| 02:02 | 23 | was being measured actually using two different techniques on |
| 02:02 | 24 | their ship and assessed that the degree of uncertainty on that |
| 02:02 | 25 | measured volume of oil production was approximately plus or |

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:02   1   minus 600 stock tank barrel per day, which is about 3 percent
02:02   2   of what was being collected.
02:02   3         So that degree of uncertainty is much less than many
02:02   4   of the other measurements that we have.
02:02   5   Q.   How did you use the collection rates as a calibration
02:02   6   point in your model?  And we can split it up first for the
02:02   7   analytical and then the numerical.
02:02   8   A.   Sure.  Yes, I used them slightly different in -- different
02:02   9   in the two phases.
02:02   10        In the analytical phase of my work, when I have these
02:02   11   measured collection rates, use them along with wellhead
02:03   12   pressures, the pressures in the cap stack and the BOP and the
02:03   13   ambient pressure during the collection and no-collection time.
02:03   14   I wrote simple relationships of flow -- this is, again, similar
02:03   15   to what Dr. Ron Dykhuizen mentioned and Dr. Griffiths
02:03   16   mentioned -- to find the total volume of oil flow from the well
02:03   17   at that time.  And then I -- I then calibrated my analytical
02:03   18   model to match that.
02:03   19        In my numerical model, I matched directly the
02:03   20   collection rates.  I did a series of numerical model simulation
02:03   21   models, and I examined to see whether they do match the
02:03   22   collection rate or not.  And I accept only the ones that match
02:03   23   collection rates.  They would be only consistent with the
02:03   24   response of the reservoir.
02:03   25   Q.   And we'll discuss your numerical model in a little bit

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:03    1    more detail in a moment.
02:03    2              First, let's go through your analytical method.  I
02:03    3    think the Court has heard a lot about the capping stack flow
02:04    4    calculations, so we won't repeat them here.
02:04    5              For the record, did you also provide your own
02:04    6    independent validation of those calculated flow rates on the
02:04    7    last day?
02:04    8    A.   Yes.  I did it in a couple of different ways, and they
02:04    9    have been described on my primary report, at least, and maybe
02:04   10    also in my rebuttal report.
02:04   11              MR. CHAKERES:  Let's go to Demonstrative 21825.
02:04   12    BY MR. CHAKERES:
02:04   13    Q.   So after you calibrated the flow rate for the final day,
02:04   14    could you walk through the remaining steps of your analytical
02:04   15    method.
02:04   16    A.   Certainly.  So this is a description of what I do in my
02:04   17    analytical work.  As discussed, once I find the flow rate on
02:04   18    the final day, then now I can go underground and calculate
02:04   19    initially just the so-called discharge coefficients in the
02:04   20    wellbore and reservoir.
02:04   21              Now, immediately in the second bullet, I go and build
02:05   22    so-called wellbore and reservoir models, and by building
02:05   23    wellbore and reservoir models -- these are not physical models,
02:05   24    but these are -- now I'm using software programs that are
02:05   25    conventionally used by petroleum engineers that will

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:05  1   incorporate things like actual dimension of the wellbore, the
02:05  2   diameter of the wellbore.  For the reservoir, it would include
02:05  3   the size, permeability, skin, oil in place.
02:05  4          So all of the input parameters that are a lot of time
02:05  5   independently measured or we have an estimation of them, now
02:05  6   those inputs would go into these models, and that would allow
02:05  7   one to see whether I do not have any more -- just a constant
02:05  8   discharge factor; I have individual parameters that can be
02:05  9   checked against these independently measured parameters.
02:05  10  Q.   And what did you find once you built your analytical model
02:05  11  for the cumulative volume of oil released?
02:05  12  A.   In the analytical work, the wellbore and reservoir model,
02:06  13  now that we're flowing together over this 86 days' duration of
02:06  14  flow, gave a total volume of 5.2 million stock tank barrels of
02:06  15  oil.
02:06  16  Q.   In your opinion, was that a unique answer to the problem
02:06  17  based on the data you had?
02:06  18  A.   No.  At this time certainly I didn't know whether that is
02:06  19  unique or not.  In fact, I had a big question in my mind
02:06  20  whether this is unique or not.
02:06  21         And the reason that I had a big question is, by this
02:06  22  time I had come up with one description of wellbore and
02:06  23  reservoir, one particular permeability, one skin, one OIP, and
02:06  24  one wellbore description, that allowed matching of the
02:06  25  collection in the last -- that last day, allowed matching of

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:06    1    the shut-in pressures.  So the buildup pressures was consistent
02:06    2    with all measurements.
02:06    3          But this had only one description of wellbore and
02:07    4    reservoir, and I knew that I need to check to see whether --
02:07    5    are there other descriptions of wellbore and reservoir that
02:07    6    could still be consistent with the response of the reservoir,
02:07    7    and then what would be their volume of oil release.
02:07    8    Q.   So what was the next phase of your analysis?
02:07    9    A.   I step into uncertainty assessments.
02:07   10          MR. CHAKERES:  Let's move now to Demonstrative
02:07   11    D-21826.
02:07   12    BY MR. CHAKERES:
02:07   13    Q.   Could you describe what you accomplished in your
02:07   14    uncertainty assessment?
02:07   15    A.   I basically answered the two questions that I had
02:07   16    mentioned before that I need to answer in uncertainty
02:07   17    assessment; that is, finding what parameters might have a big
02:07   18    impact on my answer and then what are the range of
02:07   19    uncertainties in these parameters.
02:07   20    Q.   How did you go about determining which parameters were
02:07   21    important or which parameters had an impact on your results?
02:07   22    A.   So initially I considered all reservoir parameters that
02:08   23    affect reservoir response.  That would include -- and I have a
02:08   24    table in my reports -- from not only obvious things, such as
02:08   25    permeability, thickness, porosity, viscosity, but even things

1974

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 02:08 | 1 | that initially I thought might have smaller effects, such as |
| 02:08 | 2 | even fluid properties, compressibility. |
| 02:08 | 3 | So I looked into -- I considered all of the |
| 02:08 | 4 | parameters, then started to look into what estimates of these |
| 02:08 | 5 | parameters exist, whether it was BP's estimates, whether it was |
| 02:08 | 6 | actual measurements performed by laboratories that were hired |
| 02:08 | 7 | by -- by BP, such as Schlumberger and Weatherford and others, |
| 02:08 | 8 | to -- all I did initially to find out what are the range of |
| 02:08 | 9 | parameters that might -- might be applicable to this reservoir |
| 02:09 | 10 | and fluid system. |
| 02:09 | 11 | Q.   So what reservoir engineering concepts did you use to |
| 02:09 | 12 | assess the importance of these parameters? |
| 02:09 | 13 | A.   For -- okay.  Now that I had a list of parameters, I |
| 02:09 | 14 | needed to find out which ones are important.  For reservoir |
| 02:09 | 15 | estimates, you have a graphical technique based on inflow |
| 02:09 | 16 | performance relationship, or IPR.  Dr. Kelkar also referred to |
| 02:09 | 17 | it. |
| 02:09 | 18 | I have a demonstration that describes how IPR may be |
| 02:09 | 19 | used to find out which parameters might have the biggest impact |
| 02:09 | 20 | on reservoir performance. |
| 02:09 | 21 | MR. CHAKERES:  Let's bring that up.  Could we go to |
| 02:09 | 22 | Demonstrative D-21829. |
| 02:09 | 23 | BY MR. CHAKERES: |
| 02:09 | 24 | Q.   Could you describe what's happening on this graph. |
| 02:09 | 25 | A.   Yes.  First, what I have on this graph -- it's on a |

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:09    1    vertical axis.  I have bottom hole pressure rising upward, and

02:10    2    on the horizontal axis, I have flow rate.

02:10    3           The solid black line on top, that is the so-called

02:10    4    inflow performance relationship.  What that intends to do is

02:10    5    describe the flow that might come from a reservoir if the

02:10    6    reservoir was acting independently, not coupled with the

02:10    7    wellbore.

02:10    8           It may be useful if I just quickly explain it.  So

02:10    9    I'm considering I have a reservoir that is flowing against --

02:10    10    there is bottom hole pressure or a sandface pressure.  If I

02:10    11    lower the sandface pressure, there is a larger driving force

02:10    12    pushing the fluid from the reservoir initial pressure toward

02:10    13    wellbore.  So flow rate would go up.  As pressure is reduced,

02:10    14    flow rate would go up.

02:10    15           So IPR curve would be a downward-trending curve.  As

02:10    16    you go along it, you come across lower bottom hole pressures

02:10    17    and higher rates.

02:10    18    **Q.**   What is a TPC curve?

02:11    19    **A.**   TPC curve is an analogous curve that describes the

02:11    20    deliverability of a wellbore as opposed to a reservoir.  So it

02:11    21    looks at what would be the flow capacity of wellbore

02:11    22    independent, decoupled from the reservoir.

02:11    23    **Q.**   And you were talking about the downward slope --

02:11    24           **THE COURT:**  What was the word you used?  You said it

02:11    25    describes the --

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 02:11 | 1 | **THE WITNESS:** Deliverability. |
| 02:11 | 2 | **THE COURT:** Deliverability? |
| 02:11 | 3 | **THE WITNESS:** Yes. My apologies on the accent. |
| 02:11 | 4 | **THE COURT:** That's okay. I was trying to make sure I |
| 02:11 | 5 | understood what word you used there. |
| 02:11 | 6 | **BY MR. CHAKERES:** |
| 02:11 | 7 | **Q.** How do these -- how do you use these curves to access |
| 02:11 | 8 | input parameters? |
| 02:11 | 9 | Well, first, let's go to a point: What happens when |
| 02:11 | 10 | the two curves meet? |
| 02:11 | 11 | **A.** Yes. So TPC curve is an upward-trending curve, and IPR |
| 02:11 | 12 | curve is a downward-trending curve. This is kind of analogous |
| 02:12 | 13 | to the supply-and-demand curves against price in economics. |
| 02:12 | 14 | Where they hit each other is the -- we call it the |
| 02:12 | 15 | operating point. That's the only point where both the wellbore |
| 02:12 | 16 | and the reservoir together can work at. And, therefore, once |
| 02:12 | 17 | you have the IPR curve and the TPC curve, the cross point gives |
| 02:12 | 18 | you the actual flow rate from that combined, coupled wellbore |
| 02:12 | 19 | reservoir system. |
| 02:12 | 20 | **BY MR. CHAKERES:** |
| 02:12 | 21 | **Q.** With that description, how do you use these curves to |
| 02:12 | 22 | assess the importance of input parameters? |
| 02:12 | 23 | **A.** So what I look at now is to see, when my input parameters |
| 02:12 | 24 | change, how much that operating point might change. Operating |
| 02:12 | 25 | point is equal to the flow rates. |

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:12  1        So what I do, I go ahead and use the various input
02:12  2   parameters that I had identified that might impact my
02:12  3   reservoir; one by one, start changing them, and look at the
02:12  4   swing that it causes on my IPR curve, which then leads to a
02:13  5   change in flow rate.
02:13  6   Q.   So what does a large swing represent?
02:13  7   A.   A large swing then would intersect the TPC curve, and the
02:13  8   lower flow rate would mean a bigger impact.  The parameter that
02:13  9   causes the larger swing will have a large impact potentially on
02:13  10  flow rate.
02:13  11  Q.   And can you do this with both the IPR curve and the TPC
02:13  12  curve?
02:13  13  A.   Yes.  As part of my uncertainty assessment, I not only
02:13  14  looked at all parameters that impact reservoir, but I have
02:13  15  developed a similar table for all parameters that affect the
02:13  16  wellbore response.
02:13  17       I took those parameters, one by one, put it into the
02:13  18  TPC curve, and looked at which parameters gave me the larger
02:13  19  swing on the TPC curve.
02:13  20       MR. CHAKERES:  Let's look at that.  If we could go to
02:13  21  Demonstrative D-21830.
02:13  22  BY MR. CHAKERES:
02:13  23  Q.   What is this showing?
02:13  24  A.   So this plot is similar to the previous plot that -- on
02:14  25  the vertical axis, again, I have the bottom hole pressures, and

1978

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:14    1  on the horizontal axis I have the oil rate.

02:14    2          What are shown are the various IPR curves, and these

02:14    3  are various because I am changing the parameters in generating

02:14    4  these IPR curves.

02:14    5  **Q.**  What did you -- which parameters did you find were most

02:14    6  important from the reservoir side?

02:14    7  **A.**  So this plot clearly shows that skin, for example, has led

02:14    8  to oil and IPR curves that are farthest from the center.  So

02:14    9  when I change skin to zero or 50, I change between these

02:14   10  parameters, it makes a big impact on IPR curve.

02:14   11          Similarly, when I change permeability over the degree

02:14   12  of uncertainty that I had assessed, it would have a big impact

02:14   13  on the IPR curve.  And there are a couple of other parameters,

02:14   14  the net pay and oil viscosity that also similarly has a large

02:15   15  impact on IPR.

02:15   16  **Q.**  Were there some parameters that you found did not have a

02:15   17  large impact on the IPR curves?

02:15   18  **A.**  Yes.  All of the ones that fall roughly close to middle,

02:15   19  close to so-called my "base case," although I had changed an

02:15   20  input parameter in generating these IPR curves, it didn't cause

02:15   21  a big impact.

02:15   22          These parameters included things like compressibility

02:15   23  as well as fluid properties.

02:15   24        **MR. CHAKERES:**  If we could go to Demonstrative

02:15   25  D-21831.

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:15    1   **BY MR. CHAKERES:**

02:15    2   **Q.**   Is this an analogous graph for the wellbore system?

02:15    3   **A.**   This is an analogous plot for the wellbore.  So,

02:15    4   therefore, it shows the TPC curves.  Once again, I'm plotting

02:15    5   the TPC curves when I change the many parameters that might

02:15    6   affect the TPC curve, and I'm observing that the biggest swing

02:16    7   is caused by changing, as expected, I think, the restriction in

02:16    8   the BOP.  One of the key questions that always existed, what is

02:16    9   the restriction to the BOP?

02:16   10   So when I change that, I find out that it causes a

02:16   11   big swing in the TPC curve, as well as what here is called

02:16   12   "roughness."  This is a measure of resistance in the wellbore

02:16   13   below the BOP.

02:16   14   Other parameters had a much smaller impact on TPC.

02:16   15   **Q.**   So once you looked at these plots, which parameters do you

02:16   16   select for further study?

02:16   17   **A.**   I chose all of the parameters that I had identified to

02:16   18   have a large impact.  In addition, I chose a few other

02:16   19   parameters that didn't appear to have a large impact, but

02:16   20   nevertheless I wanted to confirm this in my thorough numerical

02:16   21   simulation study.

02:16   22   **MR. CHAKERES:**  Let's go to Demonstrative D-21832.

02:17   23   **BY MR. CHAKERES:**

02:17   24   **Q.**   What does this table show?

02:17   25   **A.**   So this table is divided into three categories and gives

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:17    1    the list of the parameters that ultimately I chose to -- I

02:17    2    chose to vary.  I chose to see what would happen if the

02:17    3    description of the reservoir or wellbore that I'm providing --

02:17    4    I have provided is different than what I had found in my

02:17    5    analytical case.

02:17    6           So on top I have the reservoir parameters, again,

02:17    7    obvious parameters such as permeability, thickness, and skin.

02:17    8    But I also looked at the effect of aquifer, rock

02:17    9    compressibility, the fact that the reservoir was layered and

02:17    10   not the single one and others.  And I have wellbore parameters.

02:17    11          In addition, because in my methodology I'm

02:17    12   calibrating my models against the dynamic data -- and this

02:18    13   dynamic data are primarily pressures -- I examined the degree

02:18    14   of accuracy or certainty of that pressures -- those pressures,

02:18    15   and I bring that into my work process as well.

02:18    16   **Q.**   And we're not going to go through all of them, but -- so

02:18    17   the Range column, where did you get the range of values that

02:18    18   you used?

02:18    19   **A.**   This one --

02:18    20   **Q.**   If we could just go through one example, we'll leave it at

02:18    21   that and move on.

02:18    22   **A.**   Sure.

02:18    23          Generally, for the range, I think I mentioned I

02:18    24   review independent estimates that might exist.  For some

02:18    25   parameters, such as permeability, the first row, estimates

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:18    1    exist from core and MDT that we look at.  But for some other

02:18    2    parameters, such as skin, no estimate existed, so I just

02:18    3    considered a wide range to see -- I didn't want to be

02:18    4    short-sighted by what I had assumed.

02:18    5    Q.    Let's talk a little bit more about permeability.  What

02:18    6    sources of information did you look at for permeability?

02:18    7    A.    I looked at various measurements that were available.  I

02:19    8    have prepared a couple of demonstratives that specifically just

02:19    9    talks to permeability from core, but I looked at whatever was

02:19   10    available.

02:19   11    Q.    Let's look at those demonstratives.

02:19   12          MR. CHAKERES:   If we could bring up Demonstrative

02:19   13    D-21834.

02:19   14    BY MR. CHAKERES:

02:19   15    Q.    I want to look at MDT data first.  What is this document

02:19   16    that you looked at?

02:19   17    A.    This is the so-called "Post-Drill Technical Memorandum" of

02:19   18    BP.

02:19   19    Q.    And what was contained in that memorandum?

02:19   20    A.    So basically, it was a very cohesive inputs of document

02:19   21    that I reviewed.  I enjoyed it.  It had a compilation of all --

02:19   22    a lot of the data that was acquired by BP either prior to the

02:20   23    drilling or based on the data that I had obtained after the

02:20   24    drilling, and provided in one document a description of the

02:20   25    available data and, to some extent, interpretations of BP on

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | |
|---|---|
| 02:20 | 1 | that data. |
| 02:20 | 2 | Q.   Was there a discussion in that document about BP's -- |
| 02:20 | 3 | about permeability estimates from MDT? |
| 02:20 | 4 | A.   Yes.  As prior to blowout, MDT tests were run.  These are |
| 02:20 | 5 | a tool that primarily tries to measure the pressure of the |
| 02:20 | 6 | formation and collect fluids, but also it provides some |
| 02:20 | 7 | information that may be used to find an estimate of |
| 02:20 | 8 | permeability. |
| 02:20 | 9 |         In this particular case, it seemed to me that BP's |
| 02:20 | 10 | assessment is that -- just this is a high-permeability |
| 02:20 | 11 | formation in the hundreds of millidarcy.  Clearly, to me, it |
| 02:20 | 12 | couldn't make an accurate assessment of what the permeability |
| 02:21 | 13 | of the formation would be. |
| 02:21 | 14 | Q.   Is that consistent with your experience? |
| 02:21 | 15 | A.   Absolutely.  Permeability -- first, from my own experience |
| 02:21 | 16 | with MDT, as well as looking at MDT results of this particular |
| 02:21 | 17 | case, and in general, my experience about permeability, |
| 02:21 | 18 | permeability remains a very uncertain parameter even under best |
| 02:21 | 19 | circumstances when we do well tests. |
| 02:21 | 20 | Q.   And the Court just heard a little bit about well tests |
| 02:21 | 21 | already, but could you just describe for the Court, what is a |
| 02:21 | 22 | well test? |
| 02:21 | 23 | A.   A well test, it's -- what we do in a well test, we flow |
| 02:21 | 24 | the well under controlled conditions, we flow it and measure |
| 02:21 | 25 | the flow rate, and then shut in the well and observe the rise |

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:21    1    in pressure, or we observe the pressure buildup and analyze

02:21    2    that pressure buildup.

02:21    3            Over many decades, this discipline has been developed

02:21    4    in petroleum engineering to allow analysis of pressure buildup

02:22    5    for the purpose of finding permeability.  Because permeability

02:22    6    remains uncertain, this technique has been developed

02:22    7    significantly over many decades.

02:22    8            So that is a well test.  You shut-in the well after

02:22    9    measuring the wellbore and the flow rates and analyze the

02:22   10    pressure data.  Unfortunately, in this case, the flow rate was

02:22   11    unknown and quite variable before shut-in.  So a conventional,

02:22   12    proper well test analysis could not have been done.

02:22   13    Q.   And even had one been done, from your experience, what is

02:22   14    the degree of uncertainty remaining in permeability, even after

02:22   15    well tests?

02:22   16    A.   Well tests, it's what Fekete was built upon.  Fekete is

02:22   17    the name of the company that I work with.  And it's basically

02:22   18    our bread and butter, one can say.

02:22   19            And we pride ourselves in trying to estimate

02:23   20    permeability fairly accurately.  However, in my experience,

02:23   21    when the analysis of well tests is incorporated into and

02:23   22    integrated into a study, into a reservoir model that now tries

02:23   23    to predict future performance, it bears uncertainty of at least

02:23   24    tens of percents.  It varies, but I would say more than

02:23   25    50 percent uncertainty on permeability, for prediction of flow

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:23    1   rate from a reservoir, it's very common.

02:23    2              MR. CHAKERES:  Let's go to Demonstrative D-21833.

02:23    3   BY MR. CHAKERES:

02:23    4   Q.   Did you also look at data with respect to permeability

02:23    5   from air blown through cores?

02:23    6   A.   That is correct.  This is one measure of permeability that

02:23    7   was obtained.  These are core samples, the side wall cores that

02:23    8   Dr. Kelkar also referred to.  Sixteen core samples had been

02:24    9   obtained.  They had been sent to the laboratory under

02:24   10   controlled conditions, flow, and in this particular case, air

02:24   11   was blown through the core.

02:24   12              Some corrections need to be done on air permeability,

02:24   13   and that is incorporated in this.  This is basically the data I

02:24   14   believe that Dr. Blunt also has referred to, so I used the very

02:24   15   same set of data.

02:24   16              But basically what it shows, we see that from the

02:24   17   16 samples, we have values that over by more than 10 times.

02:24   18   Even we talk about using averages and whether you use two --

02:24   19   and here I have shown two different methods for finding

02:24   20   averages, arithmetic versus geometric average.  Again, the

02:24   21   difference between them is more than 30 percent.

02:24   22              In fact, if we look at just these samples, more than

02:24   23   half of them have a permeability of more than 500, and lesser

02:25   24   than half have less than 500.  So one might say that, okay, a

02:25   25   permeability of 500 is reasonable, 400 is reasonable, 600 is

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:25    1    reasonable.

02:25    2           To me, all it says is that there is a large degree of

02:25    3    uncertainty in permeability, and I would like to develop a

02:25    4    methodology that doesn't rely on this uncertainty or accounts

02:25    5    for that uncertainty.

02:25    6    Q.   Let's go back really briefly to Demonstrative D-21832.

02:25    7    So, again, these are the parameters that you wanted to examine

02:25    8    in your numerical analysis?

02:25    9    A.   That is correct.  For example, for permeability, I thought

02:25   10    it's probably not as low as 170, probably not as high as 850,

02:25   11    but the data existed.  And, in fact, I realized that we are

02:25   12    measuring all of this data from a wellbore that is less than a

02:25   13    foot square, and we want to apply it to a reservoir that is

02:25   14    miles wide and long.

02:26   15           I wouldn't know how the rock properties vary as I go

02:26   16    away from the wellbore.  So I wanted just to consider a larger

02:26   17    degree of uncertainty and see what impact it might have on my

02:26   18    answers.

02:26   19    Q.   And we won't go through that again for the Court, but did

02:26   20    you perform a similar type of investigation with respect to the

02:26   21    rest of these parameters?

02:26   22    A.   That is correct.  I looked at the independent measured

02:26   23    data and assessed what could be the degree of uncertainty in

02:26   24    these parameters.

02:26   25    Q.   Let's move on now to the numerical phase of your work.

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 02:26 | 1 | **MR. CHAKERES:**  If we could go to Demonstrative |
| 02:26 | 2 | D-21836. |
| 02:26 | 3 | **BY MR. CHAKERES:** |
| 02:26 | 4 | **Q.**   First, briefly, what did you do in the numerical phase of |
| 02:26 | 5 | your work? |
| 02:26 | 6 | **A.**   So the first thing that I needed to do was to confirm |
| 02:26 | 7 | and -- or examine whether -- the answer and the parameters that |
| 02:26 | 8 | I had found in my analytical work, are they valid in numerical |
| 02:26 | 9 | or not.  These are just two different techniques that we use. |
| 02:27 | 10 | So the results have to be confirmed one by the other.  I |
| 02:27 | 11 | confirmed that. |
| 02:27 | 12 | And then I move to examine -- to do an uncertainty |
| 02:27 | 13 | assessment, to examine to find out what would happen if I |
| 02:27 | 14 | varied one of my reservoir parameters.  Can I have still a |
| 02:27 | 15 | reservoir model or wellbore model that matches my response, my |
| 02:27 | 16 | shut-in pressures and collection rates? |
| 02:27 | 17 | And then if I can find the model or various models, |
| 02:27 | 18 | then what would be its cumulative volume of oil released? |
| 02:27 | 19 | **Q.**   Can you briefly describe for the Court, what is the |
| 02:27 | 20 | concept behind numerical simulators?  What are the concepts? |
| 02:27 | 21 | **A.**   Sure.  I have a demonstrative to describe that. |
| 02:27 | 22 | **MR. CHAKERES:**  Let's go to Demonstrative D-21837. |
| 02:27 | 23 | **BY MR. CHAKERES:** |
| 02:27 | 24 | **Q.**   Go ahead. |
| 02:27 | 25 | **A.**   Thank you. |

1987

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:27 1          So this is just a graphical description of what the
02:27 2    reservoir would look into -- in a reservoir simulator.  It has
02:28 3    the dimensions, of course, shown in here for one of the
02:28 4    examples.
02:28 5          But the key distinction between numerical and
02:28 6    analytical is, in analytical work, we use one single equation
02:28 7    to describe the behavior of the full extent of the reservoir.
02:28 8    In numerical work, we give it a bit more accuracy.  We divide
02:28 9    the reservoir into small boxes, and we solve the equations of
02:28 10   flow in individual boxes.  And, therefore, as properties change
02:28 11   across the reservoir, that change in properties is accounted
02:28 12   for in the numerical simulation.
02:28 13         In addition to that, there are other assumptions that
02:28 14   one makes using analytical techniques.  They are basically
02:28 15   simplified techniques, and those assumptions are removed, or I
02:28 16   call them -- they are "relaxed" by the time you move to
02:28 17   numerical simulation.
02:29 18   Q.   What software did you use for your numerical simulation?
02:29 19   A.   I used IMEX, I-M-E-X, from Computer Modeling Group.  It's
02:29 20   one of the industry-standard numerical simulators that is used.
02:29 21   We used the same.
02:29 22         MR. CHAKERES:  Let's go to Demonstrative D-21838.
02:29 23   BY MR. CHAKERES:
02:29 24   Q.   Can you provide the Court with an overview of the steps in
02:29 25   your numerical method?

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:29  1   **A.**   Yes, certainly.  So the first thing that I needed to do,
02:29  2   as I mentioned, was to confirm that the case that I had found
02:29  3   in analytical work also is consistent in my numerical work.
02:29  4   And then there are four steps, 2 to 5 here describe the
02:29  5   uncertainty assessment.
02:29  6          And what I do in there is I go and change one of the
02:29  7   parameters, for example, permeability.  In Step 3 I examine to
02:29  8   see whether now that I have changed the parameter, does it
02:30  9   match the shut-in pressures.
02:30  10         Typically, if I have -- I had them all, the base
02:30  11  model that matched.  If I change a parameter, it doesn't match
02:30  12  the shut-in pressures anymore.
02:30  13         So in Step 4, I do what is called history matching
02:30  14  reservoir engineering.  I vary other parameters within their
02:30  15  degree of uncertainty to find a model that is consistent with
02:30  16  the shut-in pressures.  This is -- this is, as I mentioned,
02:30  17  again, a well-known discipline in reservoir engineering called
02:30  18  history matching, to obtain models that are consistent always
02:30  19  with measurements.
02:30  20         Once I have done -- I have found a model -- if and
02:30  21  once I have been able to find a model that is consistent with
02:30  22  the shut-in pressures, then I examine whether it provides a
02:30  23  good, bad, or mediocre match of the second piece of data, the
02:30  24  collection rates.
02:30  25  **Q.**   Now, before we move on, you said in Step 1 you developed a

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 02:30 | 1 | base case.  Is that the same thing as a best estimate? |
| 02:31 | 2 | **A.**   Generally, in our practice, we choose our best estimates |
| 02:31 | 3 | and put it in the case that we call the base case, and that -- |
| 02:31 | 4 | for some of the parameters, that is the case in here for me. |
| 02:31 | 5 | For some others, I did not have an estimate at all or an |
| 02:31 | 6 | opinion of what is a good estimate of the parameter. |
| 02:31 | 7 | So a parameter like compressibility or some other |
| 02:31 | 8 | parameters where I may have a measurement, but really I know |
| 02:31 | 9 | that is not certain, I might have chosen a parameter in my |
| 02:31 | 10 | model and I have just called it my "starting point" or "base |
| 02:31 | 11 | parameter." |
| 02:31 | 12 | In my report, actually, and in my primary report, I |
| 02:31 | 13 | have been careful not to call my base estimate the best |
| 02:31 | 14 | estimate, and I think that was misrepresented in the opening |
| 02:31 | 15 | statement earlier this week. |
| 02:31 | 16 | **Q.**   And I would like, if you could, to just take one example |
| 02:32 | 17 | of the 25 cases you ran in your numerical case and walk the |
| 02:32 | 18 | Court through an example of what you did. |
| 02:32 | 19 | **MR. CHAKERES:**   Could we go to Demonstrative D-21839A? |
| 02:32 | 20 | **BY MR. CHAKERES:** |
| 02:32 | 21 | **Q.**   Could you describe, first, what is the parameter that's |
| 02:32 | 22 | being investigated here? |
| 02:32 | 23 | **A.**   Certainly.  So by this time, I have already developed a |
| 02:32 | 24 | base case that matches the shut-in pressures.  And in here, |
| 02:32 | 25 | what I'm doing, I have varied one of the input parameters.  In |

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:32  1   this particular case, in the legend of the graph, I've written

02:32  2   "BOP ID equal 3.5 inches."

02:32  3         By that, what I mean is I have increased the internal

02:32  4   diameter, ID 4, internal diameter of the BOP, and enlarged it.

02:32  5   In my base case I have found that to be about 2.6 inches.

02:33  6         Here, I'm saying, Okay, what if I was wrong?  And

02:33  7   what if my restriction in the BOP was not as tight as I

02:33  8   thought?  I'm enlarging it to 3.5 inches, and I'm examining

02:33  9   what happens in my model.  Is it now consistent with the

02:33  10  dynamic data or not?

02:33  11  Q.   So what are the black belts on this graph?

02:33  12  A.   So this is a plot of shut-in pressure as a function of

02:33  13  time.  So pressures after shut-in as a function of time.  The

02:33  14  dots, the solid circles, are the measured shut-in pressures

02:33  15  corrected to bottom hole conditions, to the sandface

02:33  16  conditions.

02:33  17  Q.   What is the red line?

02:33  18  A.   The red line is the result of the model in which now I

02:33  19  have changed one of the input parameters.  I opened up the BOP

02:33  20  restriction, so more flow came out of this reservoir.  And

02:34  21  therefore, it's -- the pressure during the shut-in falls below

02:34  22  what was measured.  More flow has come out of it, so the

02:34  23  reservoir gets more depleted, and pressures fall below their

02:34  24  measurements.

02:34  25         A model like this is not acceptable to me.  I go and

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 02:34 | 1 | do what is called history matching, change some of the other |
| 02:34 | 2 | input parameters within their range of uncertainty to develop, |
| 02:34 | 3 | to obtain a model that matches the shut-in pressures. |
| 02:34 | 4 | **Q.**   Let's look at that. |
| 02:34 | 5 | **MR. CHAKERES:**   Could we bring up Demonstrative |
| 02:34 | 6 | D-21840A? |
| 02:34 | 7 | **BY MR. CHAKERES:** |
| 02:34 | 8 | **Q.**   What do you have here? |
| 02:34 | 9 | **A.**   Here, not only I show the results of the model before |
| 02:34 | 10 | history match, but also I show the results of the model after |
| 02:34 | 11 | history match.  And also on the bottom, I have a dotted line |
| 02:34 | 12 | that shows the so-called error, the degree of difference |
| 02:35 | 13 | between the model after match as compared to the measured |
| 02:35 | 14 | values. |
| 02:35 | 15 | **Q.**   Does this show an acceptable match to the data? |
| 02:35 | 16 | **A.**   Yes.  I basically developed the criterion that I said, If |
| 02:35 | 17 | I am able to develop a model, the solid upper line, that agrees |
| 02:35 | 18 | with the measurements, those are the circles, to within |
| 02:35 | 19 | .1 percent in average, .1 percent -- and this is in terms of |
| 02:35 | 20 | pressure -- then I have developed a model that is a good match. |
| 02:35 | 21 | And that degree of error is shown on the right-hand |
| 02:35 | 22 | side vertical axis, and we see that generally that degree of |
| 02:35 | 23 | error is -- it's low.  And, therefore, to me, this was a model |
| 02:35 | 24 | that matched one piece of the data.  It matched the shut-in |
| 02:35 | 25 | pressures. |

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:35    1    Q.   What was the next step in your assessment of this

02:35    2    parameter?

02:35    3    A.   Now I needed to see whether this model is consistent with

02:36    4    the second piece of dimension data.  Is it consistent with the

02:36    5    collection rates as well or not?

02:36    6         MR. CHAKERES:  Let's go to Demonstrative D-21841.

02:36    7    BY MR. CHAKERES:

02:36    8    Q.   Could you describe your process for comparing your cases

02:36    9    to the collection rates?

02:36   10    A.   Certainly.  So this plot on the vertical axis, I have

02:36   11    collection rates between approximately 18,000 and

02:36   12    25,000 barrels per day.  This was the collection rates on

02:36   13    July 15th.  So I plotted the values using, again, solid circles

02:36   14    as a function of the 9 or 10 hours of the collection on

02:36   15    July 19th.

02:36   16         And I'm comparing my model results against the

02:36   17    measurements.  The model results are shown with the solid line.

02:36   18    And I'm examining the quality of the match between the model

02:36   19    response and the measurements.

02:36   20    Q.   And what are the arrows in that plot?

02:37   21    A.   The arrow in this case, I have shown a value of about

02:37   22    600 barrels per day.  600 was the degree of uncertainty that

02:37   23    earlier I had assessed to be the degree of uncertainty of

02:37   24    collection rates.  After evaluating the two ships, I said

02:37   25    600 barrels per day is the degree of uncertainty.

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT


02:37   1        So if a model matched the measurements to within

02:37   2   600 barrels per day, I called it a good match.  Here, in this

02:37   3   particular example, we see that the degree of mismatch, the

02:37   4   difference between the model and the solid dots, is generally

02:37   5   more than the size of the arrow.  And the size of the arrow, as

02:37   6   I explained, in this plot I have chosen to be 600.

02:37   7        So this is not a good match.

02:37   8        MR. CHAKERES:  If we could go to demonstrative

02:37   9   D-21842.

02:37   10  BY MR. CHAKERES:

02:38   11  Q.   Did you do any further assessment of the cases after you

02:38   12  determined whether they were good or bad -- or whether they

02:38   13  were good or not?

02:38   14  A.   Yes.  I didn't want to have just two categories of models,

02:38   15  anything that is better and matches better than 600 is good,

02:38   16  and anything that is more than 600 is bad.  I knew that

02:38   17  assessment of 600, it may not be fully exact.

02:38   18       Therefore, I developed a second threshold or

02:38   19  criteria.  And that was, I said, if the degree of difference

02:38   20  between the model and the measurements is more than 2500 -- so

02:38   21  I went from 600 to 2500 -- is more than 2500, then it's a bad

02:38   22  match, remembering that 2500 is about 12 percent of the values.

02:38   23       If it was something between 600 and 2500, then I

02:38   24  called it a mediocre match.  In this particular case, we are

02:39   25  seeing that this case provides a mediocre match.  It's not as

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:39    1    good as 600, but also it is not as bad as 2500.
02:39    2    **Q.**   And did you repeat this process for every single one of
02:39    3    the 24 parameters you described earlier?
02:39    4    **A.**   Yes.  In each case, I changed the primary parameter.  It
02:39    5    didn't match the shut-in pressures.  I did a history matching
02:39    6    to match the shut-in parameters -- the shut-in pressures, then
02:39    7    examined whether it provides a good match of collection rates
02:39    8    or not.
02:39    9         **MR. CHAKERES:**  Let's go to demonstrative D-21843.
02:39   10    **BY MR. CHAKERES:**
02:39   11    **Q.**   I'd like to go through this for a little bit.
02:39   12         Does this table represent the results from your
02:39   13    numerical history-matching process?
02:39   14    **A.**   It does.  All 25 cases are shown here.
02:39   15    **Q.**   Okay.  What's in the first column?
02:39   16    **A.**   So in the first column is -- I'm showing the parameter
02:39   17    that I'm changing.  For example, on the top case, very first
02:40   18    case, I'm saying, what would have happened if I -- diameter of
02:40   19    the restriction of the BOP was now choked further back, was
02:40   20    made smaller than what I had found in my initial case.  I
02:40   21    reduced it to 2-inch.
02:40   22         In the next case I look at if the skin was the
02:40   23    largest possible value that I thought possible, 50 -- a value
02:40   24    of 50.  And the other cases are also shown on the first column.
02:40   25    **Q.**   What's the second column?

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:40   1   A.   The second column is basically showing, after my history
02:40   2   match, whether I have been able to develop a model that
02:40   3   incorporated the parameter on the first column and still
02:40   4   provided a match of the shut-in pressures.
02:40   5   Q.   What's the third column?
02:40   6   A.   The third column examines the quality of the match as
02:40   7   compared to the collection data.  Again, I'm saying -- and here
02:40   8   I'm using colors as well to distinguish.  Models that provide a
02:41   9   good match of the collection rates, I have put them in green.
02:41   10  And models that did not provide a good match of the collection
02:41   11  rates, which are either higher or lower in this table, they
02:41   12  either provide a mediocre match of the collection rates or a
02:41   13  bad match of the collection rates.
02:41   14  Q.   And what is the fourth column?
02:41   15  A.   The fourth column is the cumulative volume of oil released
02:41   16  from all of these, and it's ordered from low to high values.
02:41   17  And I observe from --
02:41   18  Q.   Go ahead.
02:41   19  A.   Sorry.  And I observe from this that the models -- the
02:41   20  green models, the models that are consistent with both shut-in
02:41   21  pressures and collection rates, they -- they provide cumulative
02:42   22  volume of oil discharge of within 5 to 5.3.
02:42   23          Also, this table tells me that the farther I am from
02:42   24  that middle range, either I go to models that give me lower
02:42   25  values or higher values, they do not provide a match of the

1996

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:42   1   dynamic response of this reservoir.

02:42   2   Q.   So the farther from the midpoint, what happens to the

02:42   3   quality of the match?

02:42   4   A.   It gets worse, and gradually it gets worse.  It goes from

02:42   5   good to -- between good and mediocre, then goes to mediocre and

02:42   6   then towards bad.

02:42   7   Q.   I'd like to look at one case down here, rock

02:42   8   compressibility equals 12 microsips.  When you vary from your

02:42   9   base case of 6 microsips to a value of 12 microsips, what

02:42   10  happens in your model?

02:42   11  A.   Okay.  So first, in my base case, as my starting point, I

02:42   12  have used the rock compressibility of 6 microsips.  Then I

02:43   13  said, what -- and I knew that value cannot be certain, just

02:43   14  knowing heterogeneity that exists in reservoirs.

02:43   15          So I said, what if the compressibility was not

02:43   16  6 microsips, it was 12?  So when I change to 12, now this

02:43   17  reservoir has more -- it's more compressible, it can keep the

02:43   18  pressure more.

02:43   19          What happens when I -- the model gives me a

02:43   20  pressure -- shut-in pressure that is higher than the measured

02:43   21  values?  That is not acceptable to me.

02:43   22          I go through a history-matching process, a

02:43   23  calibration process, to -- that will change some of the

02:43   24  parameters in my reservoir within the range of uncertainty to

02:43   25  obtain a match.

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:43  1       Once I obtain a match, I see that that model, in

02:43  2  fact, provides a good match of collection rates.  And then I

02:43  3  just go ahead and read what volume of oil did it release; and

02:44  4  in this particular case, I see that it gave me a volume of oil

02:44  5  released of 5.15.

02:44  6       So I think the key point in here is if -- that you

02:44  7  had a methodology that allowed you to calibrate, then the

02:44  8  degree of uncertainty in the input parameters, such as

02:44  9  compressibility, doesn't reflect itself on the output.  In the

02:44  10  beginning, I had mentioned why I thought a method like material

02:44  11  balance, I cannot use it, because it doesn't allow a

02:44  12  calibration against dynamic data such as collection rates.

02:44  13       And it is true, this calibration that I find, that

02:44  14  once you do the calibration, some of the parameters, although

02:44  15  the degree of uncertainty and compressibility still is large,

02:44  16  but it doesn't reflect itself in the answers on the volume of

02:44  17  oil released.

02:44  18  **Q.**   Without a calibration point, what is the range that a

02:45  19  material balance method can provide for you?

02:45  20  **A.**   It just depends on the degree of uncertainty in the input

02:45  21  parameters.  So if my compressibility -- and allow me now to

02:45  22  talk about total compressibility.  Rock is one component of it.

02:45  23       If the compressibility varied by a factor of 2,

02:45  24  equally the cumulative volume of oil released would vary by a

02:45  25  factor of 2.

1998

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:45    1          Alternatively, if your estimate of oil in place,

02:45    2    which in my experience is very uncertain, if that varied by a

02:45    3    factor of 2 or it was uncertain by a factor of 2, your estimate

02:45    4    of cumulative volume of oil released found from use of just

02:45    5    that equation, material balance equation, would be uncertain by

02:45    6    a factor of 2.

02:45    7    Q.   Now, in the opening statement, you saw a spreadsheet where

02:45    8    you had various input parameters for yourself, and a button got

02:46    9    pushed and the parameter moved, and then it said your

02:46    10    cumulative volume of oil discharge would move in relation to

02:46    11    the degree of change in those parameters.

02:46    12          Do you remember that?

02:46    13    A.   Yes.  BP had a slide where they presented how my results

02:46    14    would have changed in a material balance equation if my

02:46    15    parameters changed.

02:46    16    Q.   Do you believe that's an appropriate representation of how

02:46    17    your results change with the change of the input parameters?

02:46    18    A.   I do not agree with that.  It was given in, I believe,

02:46    19    Dr. Blunt's primary report.  I had rebutted that and explained

02:46    20    why that methodology was not appropriate the way it was

02:46    21    demonstrated and it still was represented.

02:46    22    Q.   Could you provide that explanation here?

02:46    23    A.   Yes.  Because the way it was demonstrated in that

02:46    24    equation, it was that, hey, I go and change one input

02:46    25    parameter, compressibility, and the output changes.

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:46    1            In my methodology I have a calibration technique.  If
02:47    2    I change a parameter, I check to see whether it provides a
02:47    3    match or not.  And I go through the history-matching process,
02:47    4    and then ultimately I see examples sitting in front of us that
02:47    5    change of compressibility doesn't impact the cumulative volume
02:47    6    of oil released to any large degree.
02:47    7    Q.   In your rebuttal report, did you provide a range of
02:47    8    possible cumulative discharges that could match the shut-in
02:47    9    pressure data without a calibration point?
02:47   10    A.   Yes.  It exists partially on this table as well as a
02:47   11    larger range exists in my report.
02:47   12            For example, in this table what we see, if we look at
02:47   13    the second column, virtually all of the cases, with the
02:47   14    exception of one of them, match the shut-in pressures.  So if I
02:47   15    were just to match the shut-in pressures, I could have models
02:47   16    that gave me from 3.3 million barrels of oil released to 7.8.
02:48   17            And I -- in my rebuttal report, I examined this range
02:48   18    even further, that if I had to match only shut-in pressures,
02:48   19    can I find even a wider range?  And there I show that we can
02:48   20    easily go between 3 to 7 million stock tank barrels of oil, if
02:48   21    you want to adjust, to calibrate your model against the shut-in
02:48   22    pressures.
02:48   23    Q.   Were all of those cases you just mentioned on a material
02:48   24    balance?
02:48   25    A.   All of those cases were on a material balance with their

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:48    1    input parameters.

02:48    2    Q.    I'd like to move on now.

02:48    3         MR. CHAKERES:   If we could go to demonstrative

02:48    4    D-21847.

02:48    5    BY MR. CHAKERES:

02:48    6    Q.    If you would slow down a little bit for the sake of the

02:48    7    court reporter.

02:48    8         Did you do anything to assess whether erosion over

02:48    9    time would impact your results?

02:48   10    A.    Yes, I did.  All of the cases that so far I had considered

02:48   11    had ignored the erosion in the BOP.  And so I dedicated a

02:49   12    section of my work to examine what if erosion was an issue.

02:49   13    Q.    And how did you attempt to do that?

02:49   14    A.    The way I did it is that -- it is not in my expertise to

02:49   15    carefully model or incorporate the changes of erosion that

02:49   16    happens directly in the BOP.  So I again chose a methodology

02:49   17    that doesn't make me dependent on such description.

02:49   18         I used -- I have a reservoir model and a wellbore

02:49   19    model, that now I chose it to flow against the BOP pressure.

02:49   20    If -- once I choose the BOP pressure as a back pressure against

02:49   21    which the reservoir and wellbore flows, then anything that

02:49   22    happens downstream of the BOP -- if any erosion happens, for

02:49   23    example -- it's accounted for because my system is flowing the

02:49   24    BOP pressure.

02:49   25         MR. CHAKERES:   Could we go to demonstrative D-21848A.

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 02:50 | 1 | **BY MR. CHAKERES:** |
| 02:50 | 2 | Q.   And is this -- first, before we look at the results, the |
| 02:50 | 3 | Court heard a great deal during Dr. Griffiths' examination |
| 02:50 | 4 | about this concept, so I'd like to not subject everyone to it |
| 02:50 | 5 | again.  But is it a similar principle in terms of flowing |
| 02:50 | 6 | against the BOP pressures as was described by him? |
| 02:50 | 7 | A.   That's correct.  The first line just says now that I used |
| 02:50 | 8 | the BOP pressures, erosion in the BOP is included.  And then I |
| 02:50 | 9 | use various trend lines for representing the BOP pressure, and |
| 02:50 | 10 | they would then represent various scenarios of erosion in the |
| 02:50 | 11 | BOP.  I examined what would happen to that model, would it be |
| 02:50 | 12 | consistent with the dynamic data, and then what kind of |
| 02:50 | 13 | cumulative volume of oil released would it give. |
| 02:50 | 14 | Q.   Let's go through your results really briefly.  These first |
| 02:50 | 15 | two cases here have "Restricted BOP" in the title.  Can you |
| 02:51 | 16 | describe what those are? |
| 02:51 | 17 | A.   Yes.  What I have called restricted BOP, it -- it is a |
| 02:51 | 18 | very extreme case that I have assumed.  I have assumed a BOP |
| 02:51 | 19 | that was so restricted right after the explosion that it didn't |
| 02:51 | 20 | allow any oil to come out.  Of course, oil was coming out, so |
| 02:51 | 21 | it was extreme. |
| 02:51 | 22 | And then further, I assumed that it -- linearly the |
| 02:51 | 23 | pressure of the BOP slowly, slowly drops or slowly, slowly |
| 02:51 | 24 | erosion happens until May 8th, when BOP pressures exist and I |
| 02:51 | 25 | am forced to use it.  That BOP pressures, all of us are forced. |

2002

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:51   1   It's real data.
02:51   2           And then suddenly in -- this was an extreme scenario,
02:51   3   because suddenly I had allowed a kink in the pressures to
02:51   4   happen at that time.  So I -- so those, the restricted cases,
02:52   5   the top two cases look at that extreme scenario.
02:52   6   Q.   And do you believe that that scenario is the most likely
02:52   7   scenario for what happened between April 20th and May 8th at
02:52   8   the BOP?
02:52   9   A.   No, it is not.
02:52   10  Q.   Why then did you include these cases?
02:52   11  A.   I wanted to have -- to have the biggest impact -- to
02:52   12  assess the biggest impact that the erosion could have.  I could
02:52   13  have -- I wanted to have a lower bound on the cumulative volume
02:52   14  of oil released that is not likely, but I just wanted to have
02:52   15  that boundary available.
02:52   16  Q.   And what were the results of your restricted BOP cases?
02:52   17  A.   I had two cases where considered is extreme scenario.  One
02:52   18  used the BOP pressures as corrected by Dr. Trusler.  That case
02:52   19  was consistent with the dynamic data, with the pressures and
02:53   20  the collection rate; therefore, it's a good model.  And it gave
02:53   21  me a 4.4.  The only issue with it is that it's assuming an
02:53   22  extreme scenario.
02:53   23          The second case, I called it restricted BOP.  That
02:53   24  was before I had Dr. Trusler's BOP pressures.  I had made my
02:53   25  own assessment of what the BOP pressures might have been, then

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:53   1   imposed this extreme scenario on top of that.  That also was a
02:53   2   good model and gave me a cumulative volume of oil released of
02:53   3   4.7.
02:53   4   **Q.**   Did you also run cases flowing against the BOP where you
02:53   5   did not have that extreme assumption?
02:53   6   **A.**   That is correct.  The other three cases did not assume
02:53   7   that extreme case but was flowed against the BOP pressure.
02:53   8   **Q.**   What were the results of those cases?
02:53   9   **A.**   Generally, the cumulative volume of oil released is within
02:53   10  the range that I had found.  The exact numbers are different,
02:53   11  4.9 and 5.26.
02:53   12  **Q.**   Dr. Pooladi-Darvish, I'd like to move now to the rebuttal
02:54   13  portion of your testimony.
02:54   14          **MR. CHAKERES:**  Could we go to demonstrative D-21849.
02:54   15  **BY MR. CHAKERES:**
02:54   16  **Q.**   First I'd like to ask, when you received the defense
02:54   17  expert reports, what did you do in terms of assessing their
02:54   18  opinions regarding input parameters?
02:54   19  **A.**   Generally, the defendants' experts have suggested
02:54   20  alternative interpretations either for the type of the fluid or
02:54   21  for the reservoir properties or for wellbore properties.  And
02:54   22  so I again remained open.  I said, what if this were
02:54   23  applicable?  In other words, the methodology that I had
02:54   24  developed was supposed to allow me to check what if somebody
02:54   25  said the interpretation input parameters shall be different.

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT


02:54   1      So I incorporated those into my work, went through

02:55   2   the same history-matching process that I explained, and saw

02:55   3   that I have models that ultimately are consistent with the

02:55   4   measured -- with the dynamic response of the reservoir.  And

02:55   5   then I looked to see what is the cumulative volume of oil

02:55   6   released from those cases that match.

02:55   7             MR. CHAKERES:  Let's go through some of these.

02:55   8             If we could go to demonstrative D-21850.

02:55   9   BY MR. CHAKERES:

02:55   10  Q.   I'd like to start -- you've testified at some length about

02:55   11  your views on permeability.  Did you attempt to incorporate

02:55   12  Dr. Gringarten's permeability into your model?

02:55   13  A.   Yes.  Dr. Gringarten has suggested a value of permeability

02:55   14  of 238 millidarcy.  And when I incorporated that into a model,

02:55   15  it did not allow me a good match of the collection rates;

02:55   16  therefore, I called it among the red group.

02:55   17  Q.   Just for context for the Court, what was the range of

02:56   18  permeabilities that you found could match all of the data and

02:56   19  calibration points?

02:56   20  A.   Among the full range of cases that had allowed a good

02:56   21  match of the shut-in pressures, I had a range of between

02:56   22  360 millidarcy to 850 millidarcy.  So that was my range.

02:56   23             But, however, I want to emphasize, my objective was

02:56   24  not to explore and find out accurately or specifically what is

02:56   25  the range of permeability.  What can it be -- can I have a case

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 02:56 | 1 | that would have value less than 360 and still matches the |
| 02:56 | 2 | collected -- matches the dynamic response?  Maybe. |
| 02:56 | 3 | What I assessed is that all of the models that |
| 02:56 | 4 | matched the dynamic response provided a narrow range of |
| 02:56 | 5 | cumulative volume of oil released. |
| 02:56 | 6 | Q.   I'd like to move now to the second case, defendants' OOIP |
| 02:57 | 7 | equals 100.  Is OOIP "original oil in place"? |
| 02:57 | 8 | A.   It is the same as we mentioned today, STOIIP, or OIP, |
| 02:57 | 9 | these are "original oil in place." |
| 02:57 | 10 | Q.   Now, in your experience, what is the degree of uncertainty |
| 02:57 | 11 | in this parameter using seismic data and logging data from one |
| 02:57 | 12 | well? |
| 02:57 | 13 | A.   Seismic data and geophysical work is not my expertise, but |
| 02:57 | 14 | I integrated reservoir studies that I have done.  I have worked |
| 02:57 | 15 | with geoscientists who provide an assessment of the volume of |
| 02:57 | 16 | oil in place. |
| 02:57 | 17 | And in my experience, the degree of uncertainty on it |
| 02:57 | 18 | is a few times, so between 2 to 6, 7, 8 times.  That's -- so |
| 02:57 | 19 | 200 to 7, 6 -- upwards of 500 percent.  It's very large. |
| 02:57 | 20 | Even after you have collected some information -- you |
| 02:57 | 21 | have drilled wells, you have done well tests, you have done |
| 02:57 | 22 | history matching -- the degree of uncertainty on oil in place |
| 02:58 | 23 | remains large, and it is reflected in many, many books and |
| 02:58 | 24 | documents. |
| 02:58 | 25 | Q.   Now, what were the range of oil in places that matched |

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:58  1  your -- again, not that you're trying to estimate that
02:58  2  parameter, but what were the range of original oil in place
02:58  3  that were part of cases that were good matches for you?
02:58  4  A.   So the cases that provided a good match of the -- both of
02:58  5  the dynamic set of data, I believe the lowest value was around
02:58  6  105 or 106 million barrels in place.  That was a case that had
02:58  7  an aquifer, or maybe had the larger compressibility, either
02:58  8  way, between 106 and, if I remember correctly, close to 140 to
02:58  9  150 million barrels.  So within, let's say, 110 to 150.
02:58  10  Q.   Here, did you attempt to incorporate a smaller original
02:59  11  oil in place into your model?
02:59  12  A.   Yes.  That is basically what I did in this case.
02:59  13  Defendants' experts generally have suggested oil in place
02:59  14  values that were smaller than mine.  There were many different
02:59  15  numbers.  I don't go explore them one by one.  I chose one of
02:59  16  the ones that was lower than mine, and I tried the value of
02:59  17  100 stock tank barrels.
02:59  18  Q.   Did that provide a good match to both the shut-in
02:59  19  pressures and the collection rates?
02:59  20  A.   It provided a good match of the shut-in pressures but did
02:59  21  not provide a good match of the collection rates and,
02:59  22  therefore, I called it red again.
02:59  23  Q.   I'd like to move now to the final case we're going to talk
02:59  24  about here, Dr. Blunt's shut-in pressures.
02:59  25         First, could you describe what you understand

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

02:59   1   Dr. Blunt did with respect to the shut-in pressures?

02:59   2   A.   Yes.  The shut-in pressures that were available in this

02:59   3   case, that is, after the well was closed, are the so-called

03:00   4   wellhead pressures or measured in the capping stack.  For

03:00   5   reservoir engineering purposes, one needs to translate this to

03:00   6   bottom hole pressures.

03:00   7          Dr. Blunt went through a process of correcting for

03:00   8   this hydrostatic pressure.  It was discussed -- he incorporated

03:00   9   the effect of cooling:  As the fluid cools down, the density

03:00   10  goes up and, therefore, the bottom hole pressure goes up.

03:00   11         That process has a large number of assumptions.

03:00   12  Dr. Blunt himself has referred to them in his report.  So

03:00   13  that -- the values that Dr. Blunt had suggested to be the

03:00   14  corrected bottom hole pressures, I examined whether that would

03:00   15  provide good -- can I have models that would match that shut-in

03:00   16  pressure.

03:00   17  Q.   Did you agree with Dr. Blunt's correction to the

03:01   18  pressures?

03:01   19  A.   Not necessarily, no.  We -- in our practice, that's one of

03:01   20  the first rules of well testing:  When possible, obtain bottom

03:01   21  hole pressures.  Sometimes it's not possible, such as this

03:01   22  case, and we are faced with it in the practice.

03:01   23         Generally, it's very problematic to correct the

03:01   24  wellhead pressures to bottom hole pressures, accounting for

03:01   25  cooling effects.  Because of the difficulties that I believe

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

03:01   1   also Dr. Blunt faced, that there are a large number of

03:01   2   assumptions involved in that correction.

03:01   3   **Q.**   Did you identify any potential issues with the calculation

03:01   4   Dr. Blunt actually performed?

03:01   5   **A.**   Nothing of specific, other than, as I mentioned, there

03:01   6   were a large number of correction assumptions.

03:01   7         There was one particular thing -- no.  I think I

03:01   8   mentioned it in my rebuttal report.

03:01   9         For the correction from wellhead to the bottom hole,

03:01   10  one needs, of course, the densities of the fluid to correct for

03:01   11  the weight of the fluids.  Dr. Blunt used -- I think he

03:01   12  mentions that he has referred use of so-called lookup table

03:02   13  that gives the density values.  And I believe maybe that was

03:02   14  provided by Dr. Whitson.  That lookup table, or spreadsheet,

03:02   15  was provided to us as well.

03:02   16        When I used that lookup table, the values of density

03:02   17  that that table was giving was larger than any measurements of

03:02   18  density that was available.  So it is possible that there was

03:02   19  an overestimation of this correction to model.

03:02   20  **Q.**   And setting that aside, did you attempt to incorporate

03:02   21  Dr. Blunt's shut-in pressures into your model?

03:02   22  **A.**   I did, yes.

03:02   23  **Q.**   And what did you find?

03:02   24  **A.**   I went through the same process of history matching.

03:02   25  Actually, I took a couple of shots at it.  I tried it once.  It

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

03:02    1    didn't give me a good match of the collection rates.

03:02    2           And then I pushed further.  I tried other models,

03:02    3    other input parameters.  I obtained a second model, which

03:02    4    provided a good match of the collection rates and the shut-in

03:02    5    pressures, and its cumulative volume of oil discharge was

03:03    6    exactly in the range that I had earlier estimated.

03:03    7    Q.   So these are all individual input parameters that were

03:03    8    suggested that you attempted to match.  Is that what you're

03:03    9    describing here?

03:03   10    A.   Yes.  Basically, I would start with my own base case, and

03:03   11    I change only one of the parameters to what is suggested in

03:03   12    here.  And then I examine whether a model can be found that

03:03   13    matches the dynamic data.

03:03   14           MR. CHAKERES:  Let's go to demonstrative D-21851.

03:03   15    BY MR. CHAKERES:

03:03   16    Q.   Did you also attempt to match all of the parameters that

03:03   17    were suggested by defendants' experts?

03:03   18    A.   Yes.  I define two so-called combined cases in which I

03:03   19    tried to include all of the suggestions that were provided by

03:03   20    the defendants' experts.

03:03   21    Q.   And the first line is Dr. Johnson's wellbore model.  I'd

03:04   22    like to ask a little bit more about that.

03:04   23           MR. CHAKERES:  Let's go to demonstrative D-21852A.

03:04   24    BY MR. CHAKERES:

03:04   25    Q.   What are you describing when you speak of Dr. Johnson's

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

03:04    1    wellbore model?
03:04    2    A.    So this -- what this plot is is basically a series of the
03:04    3    TPC curves that we talked about before.  So what I have on the
03:04    4    vertical axis is again bottom hole pressure, and on the
03:04    5    horizontal axis I have rate.  This is a demonstration of how
03:04    6    much the well can produce.
03:04    7            There are a series of TPC curves in here.  These are
03:04    8    when I changed the wellhead pressure.  So I'm -- I am --
03:04    9    basically, from 3,000 to 8,000, I'm imposing larger and larger
03:04    10   back pressures against the wellbore.
03:04    11           And the same way that these pressures are
03:04    12   incremental, you would expect that the TPC curves also should
03:05    13   be incremental and they should not cross each other.
03:05    14   Q.    So I just want to stop you and make sure we're following.
03:05    15           So each different colored line has a different
03:05    16   imposed wellhead pressure?
03:05    17   A.    That is correct.
03:05    18   Q.    And what did you find when you examined these curves?
03:05    19   A.    Basically, these TPC curve demonstrates some unphysical
03:05    20   behavior.  Again, like a couple of -- if you saw these cases,
03:05    21   as you increase the back pressure, you are imposing more
03:05    22   pressure against the wellbore, more flow happens through the
03:05    23   wellbore.  So that is -- the crossing of the curves, that is
03:05    24   its implication.
03:05    25           In a few of these cases, there were -- these curves

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

03:05    1    are crossing.

03:05    2    Q.    Did Dr. Johnson produce two different wellbore models?

03:05    3    A.    He had two wellbore models.  That is correct.

03:05    4    Q.    Okay.  Which wellbore model is this one?

03:06    5    A.    This is the so-called drill pipe -- drill pipe high.  So

03:06    6    Dr. Johnson had looked at two scenarios, in one of which the

03:06    7    drill pipe was still hanging from the BOP, and the other one

03:06    8    where he had considered that maybe the drill pipe had dropped

03:06    9    and had blocked the flow further.

03:06   10         The latter case, the drill pipe low, Dr. Gringarten

03:06   11    had come across irregularities in that model and, therefore, I

03:06   12    didn't pursue that model any further.

03:06   13         This is the so-called drill pipe high, which is the

03:06   14    case that was later on used also by Dr. Gringarten.

03:06   15         MR. CHAKERES:  Let's go to demonstrative D-21854.

03:06   16    BY MR. CHAKERES:

03:06   17    Q.    What were your results when you tried to build a model

03:06   18    incorporating all of the input parameters suggested by defense

03:06   19    experts?

03:06   20    A.    So, again, I tried it a couple of different times.  This

03:06   21    being a history-matching process, it's nonunique.  You can

03:07   22    change input parameters to see whether you can find a match or

03:07   23    not.

03:07   24         In my first attempt, we find a model that matched the

03:07   25    shut-in pressures, but it did not provide a match of the

2012

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

03:07 | 1 | collection rates.  Therefore, I called it red.
03:07 | 2 |     And then I pushed further again.  I said, Okay, can I
03:07 | 3 | find a model that would match also the collection rates?  I saw
03:07 | 4 | that I needed to push some of the input parameters to
03:07 | 5 | unreasonable amounts.  I needed to choose an oil in place of a
03:07 | 6 | billion barrels and I needed to reduce skin to zero.  And only
03:07 | 7 | then I found only a mediocre match of the collection rates, and
03:07 | 8 | it fell exactly within the range of my mediocre cases as well
03:07 | 9 | in terms of cumulative volume of oil released.
03:07 | 10 | Q.   After you ran these cases, did that change your opinion of
03:08 | 11 | how much oil you think was discharged from the well?
03:08 | 12 | A.   No, it did not.
03:08 | 13 | Q.   And what is that opinion?
03:08 | 14 | A.   I'm sorry?
03:08 | 15 | Q.   What is the opinion that you hold?
03:08 | 16 | A.   So that they're -- my most likely estimate of cumulative
03:08 | 17 | volume of oil released is between 5 and 5.3 stock tank --
03:08 | 18 | million stock tank barrels.
03:08 | 19 | BY MR. CHAKERES:
03:08 | 20 | Q.   In your rebuttal report, do you provide additional
03:08 | 21 | opinions regarding the work of Drs. Blunt and Gringarten?
03:08 | 22 | A.   Yes, I do.
03:08 | 23 | Q.   All right.  Let's briefly look at the highlights of that
03:08 | 24 | report.
03:08 | 25 |     MR. CHAKERES:  If we could go to demonstrative

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

03:08    1    D-21856.

03:08    2    **BY MR. CHAKERES:**

03:08    3    **Q.**   Are these some of the criticisms that you have of

03:08    4    Dr. Blunt's work?

03:08    5    **A.**   It is a summary, and I have already mentioned some of

03:08    6    them.  The very first one, again, is the fact that the

03:08    7    methodology that he used, either he should not have used it or

03:08    8    should have calibrated his final answers.

03:09    9          The way he used it, it carries a large amount of

03:09    10   uncertainty, material balance, requires knowledge of oil in

03:09    11   place and compressibility.  Both of those are uncertain,

03:09    12   leading to a large range of uncertainty in the output.  And

03:09    13   Dr. Blunt, in my opinion, did not account for that range of

03:09    14   uncertainty.

03:09    15   **Q.**   What uncertainty range did you find in Dr. Blunt's work

03:09    16   with respect to oil in place?

03:09    17   **A.**   In various sections of his work, Dr. Blunt carries

03:09    18   different degrees of uncertainty in oil in place, but in his

03:09    19   final opinion, I believe it's only about 4 percent, if I'm not

03:09    20   wrong.  It's between -- yeah, 109 and 116 or something in that

03:09    21   range.  Very narrow -- regardless, very narrow range of

03:10    22   uncertainty associated to estimate of oil in place.

03:10    23   **Q.**   What is the degree of uncertainty his answer carries with

03:10    24   respect to compressibility?

03:10    25   **A.**   I believe he has none.

2014

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

03:10   1   Q.   And I believe you've testified previously about the second

03:10   2   point, the calibration to known data points.  We won't repeat

03:10   3   that point.  Could you briefly describe what you mean by

03:10   4   inconsistencies in his analysis?

03:10   5   A.   Yes.  There are a few uncertainties that some of which I

03:10   6   have identified in my rebuttal report.  I just mentioned one of

03:10   7   them in here is as he goes through his analysis, some of the

03:10   8   parameters does change from one step to the next -- of one --

03:10   9   of one cohesive analysis in one base on one case.

03:10   10          For example, he finds an estimate of permeability,

03:10   11  then later on he chooses to use an estimate of permeability

03:11   12  from Dr. Gringarten and he doesn't use the best estimate of

03:11   13  Dr. Gringarten, what Dr. Gringarten had suggested would be the

03:11   14  best estimate.  And so there are changes that happen within one

03:11   15  path.

03:11   16          I think one key thing is that use of the numerical

03:11   17  simulator coupled with the wellbore allows everything to remain

03:11   18  consistent from -- in one loop from input parameters to match

03:11   19  of all dynamic data and that consistently leaves -- consistency

03:11   20  is not preserved in Dr. Blunt's work.

03:11   21  Q.   I'd like, if we could then, to move along to your opinions

03:11   22  with respect to Dr. Gringarten's work.

03:11   23          **MR. CHAKERES:**  If we could go to demonstrative

03:11   24  D-21857.

        25

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 03:11 | 1 | **BY MR. CHAKERES:** |
| 03:11 | 2 | **Q.**   If you could briefly provide the Court with a summary of |
| 03:11 | 3 | highlights of your opinions with respect to Dr. Gringarten's |
| 03:11 | 4 | work. |
| 03:12 | 5 | **A.**   Again, there are quite a few of them.  In here I have |
| 03:12 | 6 | listed some of them.  Dr. Gringarten uses -- well, what one can |
| 03:12 | 7 | call the well-testing technique to estimate the cumulative |
| 03:12 | 8 | volume of oil released. |
| 03:12 | 9 | And for his analysis, he needs to make an assumption |
| 03:12 | 10 | about oil flow rates.  And then through his methodology, he |
| 03:12 | 11 | tries to correct for that oil flow and, finally, find the oil |
| 03:12 | 12 | flow, which is our objective in here. |
| 03:12 | 13 | Because he doesn't know what the oil flow is to start |
| 03:12 | 14 | with, he makes a couple of different assumptions, and that is |
| 03:12 | 15 | very reasonable.  However, depending on what he assumes the |
| 03:12 | 16 | oil -- oil rates might be, he finds different estimates of |
| 03:12 | 17 | cumulative volume of oil released, and significantly different. |
| 03:13 | 18 | And that -- so his answers depends on his assumptions.  That's |
| 03:13 | 19 | what I've tried to show in the first bullet. |
| 03:13 | 20 | And secondly, in the techniques that he uses, such |
| 03:13 | 21 | as -- it's called deconvolution, that doesn't resolve this |
| 03:13 | 22 | nonuniqueness.  I have, in fact, in my rebuttal report, |
| 03:13 | 23 | Appendix III of it, I have provided my assessment of the |
| 03:13 | 24 | deconvolution.  I'm not going to go through any of that detail |
| 03:13 | 25 | here. |

2016

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

03:13  1   **Q.**   Okay.  If you could move along.  You say you chose a
03:13  2   method that is directly proportional to permeability.  Did you
03:13  3   describe that technique?
03:13  4   **A.**   Yes.  Once again, like in my very first slide when I
03:13  5   started this work, when I was reading what techniques can one
03:13  6   use to find -- to solve this problem, I thought about methods
03:13  7   that rely on flow rates based on permeability and skin.  This
03:13  8   is the technique that is used in here by Dr. Gringarten.  He
03:14  9   himself expresses that his method provides volume of oil
03:14  10  released that is directly proportional to permeability.
03:14  11          Permeability is a very uncertain parameter.
03:14  12  Therefore, in my opinion, the choice of methodology was -- was
03:14  13  not appropriate in the sense that it provided a very uncertain
03:14  14  answer.
03:14  15  **Q.**   All right.  I think you've testified about -- that his
03:14  16  estimate of permeability is too low, so we'll skip over that
03:14  17  one.
03:14  18          His pressure assumption for April 20th to May 8th,
03:14  19  what was that assumption?
03:14  20  **A.**   So it was similar to my extreme case that -- that that was
03:14  21  the only scenario that Dr. Gringarten used that seems to be his
03:14  22  most likely value, but that is a very unrealistic, very extreme
03:14  23  case.  That should not be considered as a realistic scenario.
03:14  24  That assumes no flow after the explosion, right after the
03:14  25  explosion.

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

03:14   1   **Q.**   What uncertainty does Dr. Gringarten ascribe as to that
03:15   2   initial pressure slope assumption?
03:15   3   **A.**   None.  That's why I am concerned -- as far as I remember,
03:15   4   he just uses a straight line for changes of BOP pressure where
03:15   5   no data exists and that's -- that's what he uses for the rest
03:15   6   of his analysis, only that case.
03:15   7   **Q.**   All right.  Can you summarize, Dr. Pooladi-Darvish, what
03:15   8   is your opinion in this case?
03:15   9   **A.**   That the cumulative volume of oil released from the
03:15   10  Macondo reservoir and wellbore is between 5 to 5.3 million
03:15   11  stock tank barrels.
03:15   12  **Q.**   Why do you have confidence in that opinion?
03:15   13  **A.**   Because there are -- one can develop other models that are
03:15   14  have reasonable input parameters and they are even match the
03:15   15  shut-in pressures and they may provide either higher or lower
03:16   16  volumes of cumulative oil released, but they would be
03:16   17  inconsistent with part of the dynamic response of this
03:16   18  reservoir.
03:16   19        They cannot match the collection rates.  And so the
03:16   20  farther, in fact, you go from that range of 5 to 5.3, you see
03:16   21  that it gets worse and worse in terms of the ability of those
03:16   22  models matching this important calibration point.
03:16   23        **MR. CHAKERES:**  Dr. Pooladi-Darvish, thank you for
03:16   24  your time.  I have no further questions at this time.
03:16   25        **THE COURT:**  All right.  Let's take about a 15-minute

MEHRAN POOLADI-DARVISH, PH.D. - DIRECT

| | | |
|---|---|---|
| 03:16 | 1 | recess. |
| 03:16 | 2 | **THE DEPUTY CLERK:**  All rise. |
| 03:16 | 3 | (WHEREUPON, the Court took a recess.) |
| 03:40 | 4 | **THE DEPUTY CLERK:**  All rise. |
| 03:40 | 5 | **THE COURT:**  All right.  Please be seated, everyone. |
| 03:40 | 6 | All right. |
| 03:40 | 7 | **MR. FIELDS:**  May I proceed, Your Honor? |
| 03:40 | 8 | **THE COURT:**  Yes. |
| 03:40 | 9 | **MR. FIELDS:**  Your Honor, Barry Fields on -- |
| 03:40 | 10 | conducting the cross-examination of Dr. Pooladi-Darvish on |
| 03:40 | 11 | behalf of BP and Anadarko. |
| 03:40 | 12 | **CROSS-EXAMINATION** |
| 03:40 | 13 | **BY MR. FIELDS:** |
| 03:40 | 14 | **Q.**   Doctor, in your analysis you indicated that you used two |
| 03:40 | 15 | methods, an analytical method and a numerical method? |
| 03:41 | 16 | **A.**   Correct. |
| 03:41 | 17 | **Q.**   I want to first talk about your analytical method.  Using |
| 03:41 | 18 | that analytical method, you came up with an estimate of |
| 03:41 | 19 | approximately 5.2 million stock tank barrels that you believe |
| 03:41 | 20 | came out of the Macondo reservoir? |
| 03:41 | 21 | **A.**   That is correct. |
| 03:41 | 22 | **Q.**   And to arrive at this conclusion, you first estimated the |
| 03:41 | 23 | flow rate on the final day of the spill? |
| 03:41 | 24 | **A.**   Yes. |
| 03:41 | 25 | **Q.**   And in other words, you began estimating the flow on |

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| 03:41 | 1 | approximately July 15, 2010? |
| 03:41 | 2 | **A.**   July 14th and 15th, that's correct. |
| 03:41 | 3 | **Q.**   You then projected that -- projected or extrapolated that |
| 03:41 | 4 | rate back in time to April 20th, 2010? |
| 03:41 | 5 | **A.**   No, that is not correct. |
| 03:41 | 6 | **Q.**   Did you extrapolate back the final day rate in time? |
| 03:41 | 7 | **A.**   I did not extrapolate the flow rate back in time. |
| 03:41 | 8 | **Q.**   How did you -- how did you determine the flow rate over |
| 03:41 | 9 | time in your analytical model? |
| 03:41 | 10 | **A.**   I developed wellbore and reservoir models that move |
| 03:42 | 11 | forward in time; however, those models' response is that it's |
| 03:42 | 12 | their -- their rate on the final day of flow is consistent or |
| 03:42 | 13 | is calibrated to what I had found earlier.  So the models |
| 03:42 | 14 | themselves start with an initial pressure and then flow forward |
| 03:42 | 15 | in time. |
| 03:42 | 16 | **Q.**   Are you talking about the numerical method or the |
| 03:42 | 17 | analytical? |
| 03:42 | 18 | **A.**   Analytical. |
| 03:42 | 19 |       **MR. FIELDS:**  Will you pull up TREX-11653.3.1. |
| 03:42 | 20 | **BY MR. FIELDS:** |
| 03:42 | 21 | **Q.**   This is from your expert witness report? |
| 03:42 | 22 | **A.**   Yes, it is. |
| 03:42 | 23 | **Q.**   And you say -- and this is discussing your analytical |
| 03:42 | 24 | method? |
| 03:42 | 25 | **A.**   That is correct. |

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

03:42   1   **Q.**   And you say:  "First I began with an analytical method
03:43   2   that estimates the flow rate on the final day before the
03:43   3   capping stack was closed."
03:43   4   **A.**   That is correct.
03:43   5   **Q.**   And the capping stack was closed on July 15th, 2010?
03:43   6   **A.**   Correct.
03:43   7   **Q.**   Then you say:  "I project this rate backwards in time to
03:43   8   the date of explosion."
03:43   9   **A.**   That is correct.  The word "project" here doesn't mean
03:43   10  extrapolate or it doesn't mean that I'm assuming anything back.
03:43   11  This is in my, I believe, summary or executive summary where I
03:43   12  have very -- in a crisp way I want to differentiate in a sense
03:43   13  between my analytical and numerical.  But that -- so it's -- if
03:43   14  I wanted to provide a full explanation of many steps of
03:43   15  analytical, it would take time or space in here and I didn't
03:43   16  want to provide that space.
03:43   17          So I think the word "project back," this -- "project
03:43   18  this rate backwards," it is through use of models that the
03:43   19  models that are calibrated to this final rate, I find flow rate
03:44   20  at all other times.
03:44   21  **Q.**   And one of the things you were trying to do in your
03:44   22  analytical model was to extrapolate back and estimate and
03:44   23  quantify the amount of oil that may have flowed from the
03:44   24  Macondo reservoir?
03:44   25  **A.**   Once again, I disagree with extrapolation of flow rates

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| | | |
|---|---|---|
| 03:44 | 1 | backward; but, yes, my objective was to find the cumulative |
| 03:44 | 2 | volume of oil that was -- came out throughout all of that time |
| 03:44 | 3 | period. |
| 03:44 | 4 | Q.   Let's take a look at your deposition on page 250, lines 19 |
| 03:44 | 5 | through 24.  At your deposition, were you asked this question |
| 03:44 | 6 | and did you give this answer: |
| 03:44 | 7 | "Question:  So to be able to -- one of the things you |
| 03:44 | 8 | were trying to do in your analytical model was to extrapolate |
| 03:44 | 9 | back and estimate and quantify the amount of oil that may have |
| 03:44 | 10 | flowed from the Macondo reservoir? |
| 03:44 | 11 | "Answer:  That is correct, yes." |
| 03:45 | 12 | A.   Yes, that -- you read it correctly. |
| 03:45 | 13 | Q.   Now, your ability to extrapolate the final day flow rates |
| 03:45 | 14 | back in time depends on knowing the Macondo reservoir pressure? |
| 03:45 | 15 | A.   Yes. |
| 03:45 | 16 | Q.   You agree that the reservoir's pressure decreased from |
| 03:45 | 17 | April 20th, 2010 to July 15th, 2010? |
| 03:45 | 18 | A.   Yes. |
| 03:45 | 19 | Q.   And the pressure decrease was caused by hydrocarbons |
| 03:45 | 20 | flowing from the reservoir? |
| 03:45 | 21 | A.   Yes. |
| 03:45 | 22 | Q.   You use a linear trend between the initial reservoir |
| 03:45 | 23 | pressure and the reservoir pressure at the time of the well |
| 03:45 | 24 | integrity test? |
| 03:45 | 25 | A.   Yes and no.  May I explain, if necessary? |

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

03:45    1   **Q.**   You may explain.
03:45    2   **A.**   Thank you.
03:45    3        My analytical work has a number of steps, and each
03:45    4   step builds on the previous step by removing some of its
03:46    5   assumptions and making corrections to it.  In one of the
03:46    6   intermediary steps of my analytical work, I make such an
03:46    7   assumption of linear pressure change for the reservoir of
03:46    8   Macondo.
03:46    9        In the subsequent steps of that analytical work, the
03:46   10   model that is built that itself calculates the change in
03:46   11   averages of oil pressure and that is not linear and that
03:46   12   projects forward in time.
03:46   13   **Q.**   One of the things that you did in your analytical model
03:46   14   was to consider the various flow paths that the hydrocarbons
03:46   15   took as they were leaving the reservoir and moved to the sea?
03:46   16   **A.**   I'm sorry, can you repeat the beginning of that sentence?
03:46   17   **Q.**   Sure.  In your analytical method you considered the flow
03:46   18   paths that the hydrocarbons would take from the reservoir to
03:47   19   the sea?
03:47   20   **A.**   I did consider that flow path, yes.
03:47   21   **Q.**   First the fluids would flow from the reservoir to the
03:47   22   bottom of the wellbore?
03:47   23   **A.**   Correct.
03:47   24   **Q.**   Then the fluids would flow from the bottom of the wellbore
03:47   25   to the top of the wellhead or just below the BOP?

2023

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

03:47   1   A.   Again, in analytical work I have a step which flows to the
03:47   2   upstream of the BOP and I have a subsequent step in my
03:47   3   analytical work that flows to the ocean, correct.
03:47   4   Q.   When we say upstream of the BOP, that means just below the
03:47   5   BOP?
03:47   6   A.   That is correct.
03:47   7   Q.   And then there is also a pathway where the fluid flows
03:47   8   from the bottom of the BOP, through the BOP, and out to the
03:47   9   sea?
03:47   10   A.   Again, depending on which step you're talking about, there
03:47   11   is in particular a step that flowed to the sea as fully
03:47   12   modeled, that is correct.
03:48   13   Q.   And you would agree that there can be resistances in the
03:48   14   reservoir?
03:48   15   A.   For sure.
03:48   16   Q.   There can be resistances in the wellbore?
03:48   17   A.   Yes, sir.
03:48   18   Q.   And there can be resistances in the BOP?
03:48   19   A.   Yes, sir.
03:48   20   Q.   And there can be resistances downstream of the BOP such as
03:48   21   in the *Deepwater Horizon*'s riser?
03:48   22   A.   Sure, yes.
03:48   23   Q.   These various resistances such as the resistances in the
03:48   24   reservoir, the wellbore, the BOP, and the riser can affect the
03:48   25   flow rate through these pathways?

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

03:48   1   A.   Yes.

03:48   2          **MR. FIELDS:**  Would you please display D-24551.1.

03:48   3   **BY MR. FIELDS:**

03:48   4   Q.   This may look familiar to you, Doctor.  This is just sort

03:48   5   of a diagram of your resistance coefficients that you use in at

03:48   6   least a portion of your analytical method, but I want to just

03:48   7   walk through this very quickly.

03:49   8          First of all, you have these resistance coefficients,

03:49   9   including something on the bottom called K-RES, R-E-S.  Do you

03:49   10  see that?

03:49   11  A.   Yes.

03:49   12  Q.   And K-RES is the same as the Productivity Index?

03:49   13  A.   Yes.

03:49   14  Q.   You also have something called K-well, which is the

03:49   15  resistance coefficients for the wellbore?

03:49   16  A.   That's correct.

03:49   17  Q.   You have a resistance coefficient for the BOP called

03:49   18  K-BOP.  Do you see that?

03:49   19  A.   Yes.

03:49   20  Q.   Now, if you had cement in the bottom of the wellbore, that

03:49   21  would be considered part of K-RES?

03:49   22  A.   In my work any resistance that may be caused by cement at

03:49   23  the bottom of the wellbore, yes, would be incorporated as part

03:49   24  of K-RES.

03:49   25  Q.   And if cement was eroding from the wellbore or somehow

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| | | |
|---|---|---|
| 03:50 | 1 | leaving the wellbore, that would result in a change of K-RES |
| 03:50 | 2 | over time? |
| 03:50 | 3 | **A.**   Under that hypothetical scenario, yes. |
| 03:50 | 4 | **Q.**   Now, in the real world, resistances in the reservoir can |
| 03:50 | 5 | vary over time? |
| 03:50 | 6 | **A.**   It can, and generally resistances increase. |
| 03:50 | 7 | **Q.**   As part of your analytical method work, you did not |
| 03:50 | 8 | perform any analyses in which you varied K-RES over time? |
| 03:50 | 9 | **A.**   I did not. |
| 03:50 | 10 | **Q.**   So that means you did not vary the resistance in the |
| 03:50 | 11 | reservoir over time? |
| 03:50 | 12 | **A.**   That is correct. |
| 03:50 | 13 | **Q.**   As part of your work, you also looked at resistance to |
| 03:50 | 14 | flow in the wellbore or what you call K-well; correct?  Let me |
| 03:50 | 15 | ask a slightly different question. |
| 03:51 | 16 | **A.**   Sure. |
| 03:51 | 17 | **Q.**   As part of your work, you calculated a resistance |
| 03:51 | 18 | coefficient for the wellbore called K-well? |
| 03:51 | 19 | **A.**   Correct.  Only in the first couple of steps of my |
| 03:51 | 20 | analytical work.  So the first three or four pages of my work, |
| 03:51 | 21 | that is one method used, correct. |
| 03:51 | 22 | **Q.**   And in your analytical work, you did not change the K-well |
| 03:51 | 23 | over time? |
| 03:51 | 24 | **A.**   That is correct. |
| 03:51 | 25 | **Q.**   You also evaluated resistance in the BOP? |

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

03:51   1   **A.**   Yes, I did.

03:51   2   **Q.**   And that is reflected, at least on D-24551.1, as K-BOP?

03:51   3   **A.**   Again, in a particular step in my analytical work, it is

03:52   4   represented as K-BOP and later on it's basically a multiphase

03:52   5   flow model simulator that models the BOP as well as the

03:52   6   wellbores.

03:52   7   **Q.**   And in that subsequent step, as I recall, you modeled the

03:52   8   BOP as a 50-foot pipe?

03:52   9   **A.**   A 55-foot pipe -- restricted pipe, that is correct.

03:52   10   **Q.**   In your analytical work -- analytical method work, did you

03:52   11   vary K-BOP over time?

03:52   12   **A.**   Again, particular notion of K-BOP, it's only at Step 2 and

03:52   13   at that time I do not believe that I estimated the volume of

03:52   14   oil released, but at that particular step there is a K-BOP.

03:52   15   **Q.**   With respect to the restricted -- with respect to the pipe

03:52   16   that you used to model the BOP in your subsequent work in the

03:53   17   analytical method, did you vary the size of the pipe over time?

03:53   18   **A.**   No.  Its diameter doesn't change, but the reason that I

03:53   19   was distinguishing between the two is that when pressures

03:53   20   change -- and that changes with time as we are producing from

03:53   21   this reservoir, that pressure changes in the BOP, then there --

03:53   22   there is a multiphase flow as it changes, that change is

03:53   23   incorporated in the multiphase flow.

03:53   24   **Q.**   As part of your work in the analytical -- as part of your

03:53   25   analytical method work, did you take into account erosion that

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

03:53  1  may have taken place over time in the bottom of the Macondo
03:53  2  wellbore?
03:53  3  A.   If, a hypothetical case, erosion occurred at the bottom of
03:53  4  the wellbore, it is not accounted in my analytical work.
03:53  5  Q.   As part of your analytical method work, did you take into
03:54  6  account any erosion that may have occurred in the *Deepwater*
03:54  7  *Horizon*'s BOP?
03:54  8  A.   Yes.  At least in one step of it, I have accounted for it.
03:54  9  Q.   And in what way have you accounted for erosion?
03:54  10  A.   I have to look.  It's either Step 3 or 4 of my analytical
03:54  11  where I use BOP pressures for calculation of the cumulative
03:54  12  volume of oil flow.  Using a BOP pressure for such calculation
03:54  13  accounts for any erosion that would occur in the BOP or
03:54  14  downstream of the BOP.
03:54  15  Q.   And was the amount of erosion that you incorporated into
03:54  16  your model varied over time?
03:54  17  A.   Any erosion that would have occurred is accounted for by
03:54  18  just mere fact that I'm flowing against the back pressure of
03:54  19  the BOP.  Whether fast or small, large or negligible, it was
03:55  20  accounted for.
03:55  21  Q.   And you're only flowing against the pressures of the BOP
03:55  22  for a certain period of time during the spill?
03:55  23  A.   For a majority of the time of the spill, that is correct.
03:55  24  Q.   You're not flowing against the BOP pressures at any point
03:55  25  prior to May 8th, 2010?

2028

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

03:55  1   A.   I'm flowing against an estimate or -- an estimate of the
03:55  2   BOP pressure.  So I'm still flowing against the BOP pressure;
03:55  3   however, because no measurement of BOP pressure exists, I have
03:55  4   just considered a trend line for it, and I flow against that.
03:55  5   Q.   Okay.  So with respect to trying to incorporate erosion
03:55  6   into your analytical method, you made an assumption about what
03:55  7   the BOP pressure might be prior to May 8th, 2010?
03:55  8   A.   Correct.  For the few weeks where no measurements of the
03:56  9   BOP exist -- and I believe the Court has heard many times about
03:56  10  that lack of information -- then in my analytical work I assume
03:56  11  a particular trend line and in that way I accounted for any
03:56  12  erosion that might have occurred in the BOP.
03:56  13  Q.   Let's talk about your numerical method.  Your -- your
03:56  14  report contains 24 -- or one base case and 24 sensitivity
03:56  15  cases?
03:56  16  A.   And plus if you were to say other cases as well, the
03:56  17  what-if cases.
03:56  18  Q.   Right.  Let's focus on the non -- the non-what-if cases.
03:56  19  We'll get to the what-if cases.
03:56  20          So with respect to the cases that you put up on the
03:56  21  board, the first set of cases, that was one base case and
03:56  22  24 sensitivity studies?
03:56  23  A.   Again, knowing what-if cases that account for erosion,
03:56  24  then I have, yes, 25 cases that you're referring to, correct.
03:56  25  Q.   Now, you say these 25 cases are based on a wide range of

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

03:57    1   reservoir, wellbore, and BOP parameters?

03:57    2   A.   Correct.

03:57    3   Q.   In addition, in your original report, you also had some

03:57    4   what you call what-if cases?

03:57    5   A.   Yes.

03:57    6   Q.   And how many what-if cases did you have in your original

03:57    7   report?

03:57    8   A.   I believe four.

03:57    9   Q.   In addition, you have some additional sensitivity studies

03:57   10   that you -- that you present in your rebuttal report?

03:57   11   A.   Thank you.  Yes.

03:57   12   Q.   And I believe that there are seven of those -- of those

03:58   13   cases?

03:58   14   A.   Seven plus the what-ifs of the rebuttal, I believe.

03:58   15   Q.   There were two additional what-ifs in the rebuttal report?

03:58   16   A.   Three likely:  The flat, the extrapolated, and the

03:58   17   extreme, likely.

03:58   18        MR. FIELDS:  Why don't we put up D-24545.3.

03:58   19   BY MR. FIELDS:

03:58   20   Q.   And you can correct me if I'm wrong, but when I went

03:58   21   through, I determined that there were 25 base and numerical

03:58   22   cases -- I'm sorry, sensitivity cases in your original report,

03:58   23   there were seven sensitivity studies in your rebuttal report,

03:59   24   and there were a grand total of six what-if cases in your

03:59   25   original and your rebuttal reports.  Does that sound about

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

03:59    1   right?
03:59    2   A.   Do you need exact numbers?  Then I need to check them.
03:59    3   There may be one more missing from this table, but if you don't
03:59    4   need exact numbers, you have it right.
03:59    5   Q.   All right.  Well, we're going to go through the first 25
03:59    6   and then we'll take it from there.
03:59    7   A.   Please.
03:59    8   Q.   So I want to set aside the six -- the what-if cases.
03:59    9   A.   The erosion cases?
03:59   10   Q.   The six what-if cases and we want to talk about the
03:59   11   non-what-if cases.
03:59   12   A.   Sure.
03:59   13   Q.   Now, you believe the numerical method provides a
03:59   14   significant advantage over the analytical method because it
03:59   15   allows you to deal with uncertainties?
03:59   16   A.   The way I use my numerical method allowed me to deal with
03:59   17   uncertainties.  That is one of the advantages in the
03:59   18   methodology that I use in numerical.  Others might or might not
03:59   19   be able to incorporate uncertainty assessment in their
04:00   20   analytical work as well.
04:00   21   Q.   You agree that uncertainties must be taken into account to
04:00   22   estimate the most likely volume of oil that came from the
04:00   23   Macondo reservoir?
04:00   24   A.   Thank you, yes.  That's the key.
04:00   25   Q.   And you believe that these -- there are uncertainties

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:00    1   associated with various reservoir parameters?

04:00    2   A.   Yes.  And --

04:00    3   Q.   The largest uncertainties are associated with resistances

04:00    4   to flow?

04:00    5   A.   Yes, whether those resistances are in the wellbore, BOP,

04:00    6   or reservoir, that's correct.

04:00    7   Q.   So these include resistances in the reservoir, resistances

04:00    8   in the wellbore, and resistances from the BOP?

04:00    9   A.   Correct.

04:00   10   Q.   You believe the largest uncertainties are associated with

04:00   11   the resistances in the reservoir, wellbore, and the BOP?

04:00   12   A.   Yes, and by resistances, it includes a wide range of

04:00   13   parameters.

04:01   14   Q.   Now, at one point, the *Deepwater Horizon* --

04:01   15       MR. FIELDS:  You can take down, I'm sorry, D-2420 --

04:01   16   the demonstrative for right now.  I didn't read it fast enough.

04:01   17   BY MR. FIELDS:

04:01   18   Q.   At one point the *Deepwater Horizon* was connected to the

04:01   19   blowout preventer through a riser?

04:01   20   A.   Yes.

04:01   21   Q.   The riser was several thousand feet long?

04:01   22   A.   Correct.

04:01   23   Q.   When the *Deepwater Horizon* sank on April 22nd, 2010, the

04:01   24   riser collapsed to the seafloor?

04:01   25   A.   Correct.

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:01  1  **Q.**   And the riser at one end was still connected to the

04:01  2  *Deepwater Horizon*'s BOP?

04:01  3  **A.**   Yes.

04:01  4  **Q.**   The other end of the riser had become disconnected from

04:01  5  the rig?

04:01  6  **A.**   Yes.

04:01  7  **Q.**   There were several thousand feet of riser that remained

04:01  8  connected to the *Deepwater Horizon*'s blowout preventer until

04:01  9  the riser was cut?

04:02  10  **A.**   Approximately it's 5,000 feet, probably.

04:02  11  **Q.**   Okay.  There were approximately 5,000 feet of riser

04:02  12  connected to the *Deepwater Horizon*'s BOP until it was cut on

04:02  13  June 3rd, 2010?

04:02  14  **A.**   Yes.

04:02  15  **Q.**   So hydrocarbons flowed through the riser for approximately

04:02  16  half of the entire period in which oil was leaving the Macondo

04:02  17  reservoir and exiting into the Gulf of Mexico?

04:02  18  **A.**   Yes.  So that length is about one-third -- less than

04:02  19  one-third of total length and diameter of the riser and,

04:02  20  therefore, the resistance of it is much smaller than anywhere

04:02  21  else.  But, please, yes, the length is correct.

04:02  22  **Q.**   You agree that there was evidence of erosion in the riser?

04:02  23  **A.**   There was, in the kink of the riser, holes, if that is

04:02  24  what you're referring to.

04:02  25  **Q.**   You saw pictures or images showing that erosion was

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| 04:02 | 1 | happening in the riser? |
|---|---|---|

04:02    1    happening in the riser?

04:02    2    A.    Yes.

04:02    3    Q.    You believe that erosion in the riser likely continued

04:03    4    during the entire time the riser was connected to the BOP?

04:03    5    A.    Yes.  I believe you're referring to a question during my

04:03    6    deposition and I explained that in my opinion, I said probably,

04:03    7    molecular level, or tiny amounts of erosion, would have

04:03    8    continued for a long time, which likely had no impact on the

04:03    9    total flow.

04:03   10    Q.    You also know that a kink -- a hole developed in the riser

04:03   11    as late of May 19th, 2010?

04:03   12    A.    I do not recall the exact date of the last hole, but --

04:03   13    that's right, I don't recall it.

04:03   14    Q.    So some erosion likely happened in the *Deepwater Horizon*'s

04:03   15    riser from April 22nd until at least June 3rd, 2010?

04:03   16    A.    Again, some tiny amounts of erosion, particular in terms

04:03   17    of their effect on flow rate, because that's what matters to

04:03   18    me, might have occurred for a long time.

04:04   19    Q.    And the rate of erosion, you believe, would have declined

04:04   20    over time?

04:04   21    A.    Generally, that is my understanding of erosion, starts

04:04   22    fast and then declines sharply.

04:04   23    Q.    The rate -- I'm sorry.  The erosion in the riser would

04:04   24    have affected the resistance of -- the resistance to flow in

04:04   25    the riser?

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:04    1    **A.**   Yes.

04:04    2    **Q.**   And you believe that the resistance to flow in the riser

04:04    3    likely changed over time?

04:04    4    **A.**   Likely to a small amount.  And as I mentioned, it's

04:04    5    incorporated in the calculations that I have done.

04:04    6    **Q.**   In your base and sensitivity cases, you do not analyze

04:04    7    resistance through the riser?

04:04    8    **A.**   I'm sorry, you are talking numerical now; correct?

04:04    9    **Q.**   That's correct.

04:04    10   **A.**   Can you repeat the question?  Sorry.

04:04    11   **Q.**   Sure.  In your base and sensitivity cases, you do not

04:05    12   analyze resistance through the riser?

04:05    13   **A.**   For the base and sensitivity cases we are comparing, with

04:05    14   the exception of the what-ifs, that is correct.

04:05    15   **Q.**   You did not try to model how the resistance in the riser

04:05    16   changed over time?

04:05    17   **A.**   I did not, but through my analytical work also, I already

04:05    18   had a sense of how big its impact might be, and I found it to

04:05    19   be small.

04:05    20   **Q.**   But regardless, sir, you did not try to model how the

04:05    21   resistance in the riser changed over time as part of your

04:05    22   numerical work in your base and sensitivity studies?

04:05    23   **A.**   That is correct.  Inconsistent with my methodology and I

04:05    24   felt I needed to take care of what impacted the flow to a

04:05    25   larger degree.

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:05  1   **Q.**   In your base and sensitivity cases, you did not take into
04:05  2   consideration the erosion that was occurring in the riser over
04:06  3   time?
04:06  4   **A.**   That is correct.  Subject to the answer -- explanation
04:06  5   that I provided, I believe it was the same question that you
04:06  6   asked me earlier.
04:06  7   **Q.**   Let's continue focusing on the 32 base and sensitivity
04:06  8   cases and now discuss erosion in the *Deepwater Horizon*'s
04:06  9   blowout preventer.
04:06  10  **A.**   Sure.
04:06  11  **Q.**   You agree that the restriction to flow caused by the BOP
04:06  12  was not well known?
04:06  13  **A.**   Correct.
04:06  14  **Q.**   The uncertainty in the degree of restriction within the
04:06  15  BOP, in your view, was large?
04:06  16  **A.**   That is correct.
04:06  17  **Q.**   The uncertainty could have a potentially large impact on
04:06  18  the estimates of flow rate?
04:06  19  **A.**   Large, I guess, I feel I have always needed to put it in
04:07  20  perspective in terms of pressure drop that the BOP caused of
04:07  21  somewhere about 1500 psi pressure drop it imposed against flow
04:07  22  approximately, and that should not be ignored, and cannot be
04:07  23  ignored.
04:07  24          **MR. FIELDS:**   TREX-11653.8.3.
      25

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:07   1   **BY MR. FIELDS:**
04:07   2   **Q.**   In your expert report, your original report, you wrote,
04:07   3   sir:  "The uncertainty in the degree of restriction within the
04:07   4   BOP is large, with a potentially large impact on the estimates
04:07   5   of flow rate."
04:07   6   **A.**   The potential for them are large, and I evaluated it,
04:07   7   that's correct.  That's exactly what I was saying.  One needs
04:07   8   to evaluate them, and I did.
04:07   9   **Q.**   You knew there was erosion in the BOP during the spill?
04:07   10   **A.**   The images of various components of the BOP showed that
04:08   11   the erosion is there.
04:08   12   **Q.**   And in your base and sensitivity cases, the 25 plus
04:08   13   7 cases, you did not take into consideration erosion occurring
04:08   14   in the BOP over time?
04:08   15   **A.**   That is correct.  Already through my analytical I had a
04:08   16   sense that its impact is -- needs to be taken into account, but
04:08   17   it's not huge.  So it's probably in a few percent or --
04:08   18   **Q.**   I'm sorry.  Were you finished?
04:08   19   **A.**   I'm finished.  Yes.  Thank you.
04:08   20   **Q.**   I was just simply asking you whether or not, in your base
04:08   21   and sensitivity cases, you took into consideration erosion
04:08   22   occurring in the BOP over time.
04:08   23   **A.**   I did not.
04:09   24   **Q.**   In your direct examination there was a chart that was put
04:09   25   up -- and let me see if I can find the number.  I believe it

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:09   1   was D-21843.

04:09   2              This was a demonstrative used by the United States in

04:09   3   your direct examination testimony.  Do you recall this?

04:09   4   A.   Yes.

04:09   5   Q.   With respect to all of these cases that are set forth on

04:09   6   D-21843, you did not take into consideration erosion in the BOP

04:09   7   in any of these cases, did you?

04:09   8   A.   That is correct, I did not.

04:09   9   Q.   With respect to all of these cases that are set forth on

04:09   10  D-21843, you did not take into consideration any possible

04:10   11  erosion of cement from the bottom of the wellbore?

04:10   12  A.   Again, if such a hypothetical case existed, these do not

04:10   13  account for that.

04:10   14  Q.   Let's turn to -- start talking about your what-if cases.

04:10   15             You performed a number of what-if cases; correct?

04:10   16  A.   Yes.

04:10   17  Q.   Give me one second to get back to my spot here.

04:10   18             I want to first talk about a what-if case called --

04:11   19             MR. FIELDS:  If we can put up D-24546.1.

04:11   20  BY MR. FIELDS:

04:11   21  Q.   At least according to when I went through your reports, I

04:11   22  identified these six what-if cases.  Are those correct?

04:11   23  A.   If you allow me now, we are talking about those six.

04:11   24             These six are certainly correct.  There may be one

04:11   25  more, but let's proceed, please.

2038

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| 04:11 | 1 | **Q.**   As you sit here, do you recall if there was one more? |
| 04:11 | 2 | **A.**   I'm sorry? |
| 04:11 | 3 | **Q.**   As you sit here, do you recall if there was one more? |
| 04:11 | 4 | **A.**   I'm wondering whether as part of the rebuttal there was a |
| 04:11 | 5 | flat one as well, but -- and which is not here.  The flat that |
| 04:12 | 6 | is in here is -- I'm not sure which one it is.  There's a |
| 04:12 | 7 | little bit of information here. |
| 04:12 | 8 | If I could use my reports, I would be able to -- |
| 04:12 | 9 | **Q.**   If you have it up there. |
| 04:12 | 10 | Let me just ask a couple of additional questions. |
| 04:12 | 11 | **A.**   Sure. |
| 04:12 | 12 | **Q.**   As I recall, there were some what-if cases that you had in |
| 04:12 | 13 | your original report, and you had to correct those what-if |
| 04:12 | 14 | cases and put those in your rebuttal report? |
| 04:12 | 15 | **A.**   That, and then do additional what-ifs in the rebuttal. |
| 04:12 | 16 | **Q.**   Let's just sort of walk through these what-if cases. |
| 04:12 | 17 | **A.**   Please. |
| 04:12 | 18 | **Q.**   Let's first talk about the what-if case called |
| 04:12 | 19 | "Extrapolated BOP Plus 966." |
| 04:12 | 20 | **A.**   Okay. |
| 04:12 | 21 | **Q.**   As part of your work in this case, did you come to learn |
| 04:12 | 22 | that some people believe that the BOP pressure readings prior |
| 04:13 | 23 | to the well integrity test might not be accurate? |
| 04:13 | 24 | **A.**   Yes. |
| 04:13 | 25 | **Q.**   And there were some who suggested that there was a need |

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:13   1   for a pre-July 13th BOP pressure reading adjustment of

04:13   2   approximately 966-psi?

04:13   3   A.   That was suggested as an alternative in some documents,

04:13   4   yes.

04:13   5   Q.   And in this simulated case, this simulated what-if case,

04:13   6   what you did was you adjusted the pre-July 13th BOP readings by

04:13   7   adding 966 psi to the reading?

04:13   8   A.   That is correct.

04:13   9   Q.   And this particular what-if case resulted in a cumulative

04:13   10   release estimate --

04:13   11         MR. FIELDS:   If we do TREX-11653.302.1.

04:14   12   BY MR. FIELDS:

04:14   13   Q.   -- this particular extrapolated plus-966 psi case resulted

04:14   14   in a cumulative estimate of 4.53 million stock tank barrels?

04:14   15   A.   That is correct.

04:14   16   Q.   And you rated this -- or based on your analysis, you

04:14   17   believed that the collection -- it had a mediocre match to the

04:14   18   collection on July 15th?

04:14   19   A.   It had a mediocre match-up to the collection, and it had

04:14   20   other unusual behavior that I discounted, therefore, in this

04:14   21   case, yes.

04:14   22   Q.   Right.  So you did not believe that the plus-966

04:14   23   correction before July 13th was reasonable.

04:14   24   A.   Again, that was not my primary objective, but along the

04:14   25   line, it appeared to me that this is unlikely to be a correct

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:15  1  correction to the BOP pressures.

04:15  2  **Q.**   Because you thought it would result in an unreasonable

04:15  3  pressure trend?

04:15  4  **A.**   Unreasonable pressure trend and leading to an unreasonable

04:15  5  flow trend, yes.

04:15  6  **Q.**   With respect to this particular what-if case, does it take

04:15  7  into consideration any erosion that occurred in the BOP before

04:15  8  May 8th, 2010?

04:15  9  **A.**   Yes.  Any time -- if an explanation is needed -- yes.

04:15  10        **MR. FIELDS:**  Will you pull up 11653.318.2.

04:15  11  **BY MR. FIELDS:**

04:15  12  **Q.**   Doctor, this is from your report, and it's basically --

04:16  13  this is an output showing a cumulative oil release under this

04:16  14  particular case.  Do you see that?

04:16  15  **A.**   Yes.

04:16  16  **Q.**   Okay.  If we go back to TREX 11653.318.1, this is a chart

04:16  17  that shows what the model simulation predicted as far as a flow

04:16  18  rate history from April 20th, 2010, through July 2010; correct?

04:16  19  **A.**   Yes.  When you say "this," there are three lines in here,

04:16  20  and one of them is the particular case of our interest.

04:16  21  **Q.**   And that is the one with the short dotted line -- dashed

04:16  22  line?

04:16  23  **A.**   Or -- the long dashed line.  Because the short one is

04:17  24  before history matching; the long one is after history

04:17  25  matching.

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| 04:17 | 1 | Q.   And in any event, in both cases, the rates start high and |
| 04:17 | 2 | trend down until you get to July 2010? |
| 04:17 | 3 | A.   That is correct.  But there could be erosion cases in the |
| 04:17 | 4 | BOP that would also result in this behavior. |
| 04:17 | 5 | Q.   What BOP pressure did you use to flow against in the |
| 04:17 | 6 | extrapolated BOP plus-966 correction? |
| 04:17 | 7 | A.   It is identified in my report, but if you wanted to know, |
| 04:17 | 8 | it basically uses a trend line of the BOP extrapolated backward |
| 04:17 | 9 | to time of explosion plus 966. |
| 04:18 | 10 | Q.   Let's look at what-if case called "Flat BOP." |
| 04:18 | 11 | MR. FIELDS:  If you'd put up D-24546-2 again. |
| 04:18 | 12 | BY MR. FIELDS: |
| 04:18 | 13 | Q.   I want to talk about something called the "flat BOP."  Do |
| 04:18 | 14 | you see that? |
| 04:18 | 15 | A.   Yes. |
| 04:18 | 16 | Q.   And in this what-if case, you assume that the BOP pressure |
| 04:18 | 17 | remained constant throughout the entire spill? |
| 04:18 | 18 | A.   That is correct. |
| 04:18 | 19 | Q.   You estimated that the BOP's pressure reading on |
| 04:18 | 20 | July 13th was 3,511 psi? |
| 04:19 | 21 | A.   I do not exactly recall. |
| 04:19 | 22 | MR. FIELDS:  Why don't we put up TREX-11653.294.1. |
| 04:19 | 23 | THE WITNESS:  I thought for the flat I might have |
| 04:19 | 24 | assumed a constant value of 3800. |
|  | 25 |  |

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| | | |
|---|---|---|
| 04:19 | 1 | BY MR. FIELDS: |
| 04:19 | 2 | Q.   This is from your report.  It says:  "The flat BOP case |
| 04:19 | 3 | assumes that the BOP pressure during the period April 20th to |
| 04:19 | 4 | July 13th is 3,511 psi, which is corrected -- which is the |
| 04:19 | 5 | corrected BOP pressure."  Do you see that? |
| 04:19 | 6 | A.   Correct.  Yes.  Thank you. |
| 04:19 | 7 | Q.   So in the flat BOP case, you assume that the BOP pressure |
| 04:19 | 8 | did not change at all from April 20th to July 13th? |
| 04:19 | 9 | A.   That is correct. |
| 04:19 | 10 | Q.   You assume that the BOP pressure remained at 3,511 psi for |
| 04:20 | 11 | the entire period? |
| 04:20 | 12 | A.   That is correct. |
| 04:20 | 13 | Q.   But you would agree that the BOP pressure did -- did not |
| 04:20 | 14 | stay constant from April 20th to July 13th? |
| 04:20 | 15 | A.   It certainly varied, and I'm trying to make reasonable -- |
| 04:20 | 16 | or various trend lines through the BOP pressure because I know |
| 04:20 | 17 | there is uncertainty -- larger uncertainty associated with BOP |
| 04:20 | 18 | pressures. |
| 04:20 | 19 | Q.   So if you look at -- |
| 04:20 | 20 | MR. FIELDS:  If we could pull up D-24549. |
| 04:20 | 21 | BY MR. FIELDS: |
| 04:20 | 22 | Q.   This is a demonstrative based on your flat BOP case. |
| 04:20 | 23 | The triangles on the demonstrative are the BOP |
| 04:21 | 24 | pressures? |
| 04:21 | 25 | A.   At this time there is no flat BOP on this slide shown.  It |

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:21   1   is just the measured values that we are already looking at.

04:21   2   Q.   Just the measured values.

04:21   3   A.   Correct.

04:21   4   Q.   And in the flat BOP what you did was you drew a line

04:21   5   across, and you assumed that the pressure on the BOP was 3,511

04:21   6   for the entire time period?

04:21   7   A.   Yes.  Basically, I considered a flat line going through

04:21   8   the data.

04:21   9   Q.   But, again, you can see that during the period, most of

04:21   10  the time the BOP pressures were either above or below that?

04:21   11  A.   That is correct.

04:21   12  Q.   So your flat BOP case uses an assumption about the BOP

04:21   13  pressure that is inconsistent with what was actually occurring

04:21   14  in the field?

04:21   15  A.   For the purposes of calculation of cumulative oil release,

04:22   16  which accounts for the total flow over the 86 days, this is

04:22   17  one -- I suggest this is one reasonable suggestion for the BOP

04:22   18  pressures, especially when we know they are uncertain.

04:22   19  Q.   And despite the -- despite the fact that your pressure

04:22   20  line, or pressure trend line that you used in the flat BOP case

04:22   21  is inconsistent with what was being observed in the field, you

04:22   22  actually were able to get a good match to the collection?

04:22   23  A.   That is correct.

04:22   24         MR. FIELDS:  So if you pull up TREX-11653.302.2.

        25

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| | | |
|---|---|---|
| 04:22 | 1 | **BY MR. FIELDS:** |
| 04:22 | 2 | **Q.**   You can see for the flat BOP, which uses a BOP -- a BOP |
| 04:22 | 3 | pressure trend line that is inconsistent with the actual BOP |
| 04:23 | 4 | pressures, you actually received or estimated a cumulative oil |
| 04:23 | 5 | release of 5.2 million stock tank barrels? |
| 04:23 | 6 | **A.**   Correct. |
| 04:23 | 7 | **Q.**   And you were able to use this case to actually match the |
| 04:23 | 8 | collection rate on July 15th? |
| 04:23 | 9 | **A.**   Not only the collection rates but even the shut-in |
| 04:23 | 10 | pressures.  That is correct. |
| 04:23 | 11 | **Q.**   Does the flat BOP case make an assumption that there was |
| 04:23 | 12 | erosion in the BOP? |
| 04:23 | 13 | **A.**   It doesn't explicitly make any assumption whether it |
| 04:23 | 14 | exists, any erosion in the BOP, or not.  It just says that if |
| 04:24 | 15 | an erosion existed, it would have resulted in the BOP pressures |
| 04:24 | 16 | that would be consistent with the flat line. |
| 04:24 | 17 | **Q.**   As part of the flat BOP case, were you trying to |
| 04:24 | 18 | accurately reflect the erosion that may have occurred in the |
| 04:24 | 19 | *Deepwater Horizon* blowout preventer? |
| 04:24 | 20 | **A.**   I never tried to accurately model erosion; I tried to find |
| 04:24 | 21 | out how big its impact could be.  Therefore, I considered |
| 04:24 | 22 | extreme scenarios, from one end to the other, to see how large |
| 04:24 | 23 | of an impact a potential erosion could have on the estimate of |
| 04:24 | 24 | cumulative volume of oil released.  Therefore, I went from flat |
| 04:24 | 25 | to extrapolated to extreme. |

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| | | |
|---|---|---|
| 04:24 | 1 | **Q.**   You also looked at what you called -- there were two |
| 04:24 | 2 | extrapolated cases.  Do you recall those? |
| 04:25 | 3 | **A.**   We are -- sorry.  You're referring to primary report or |
| 04:25 | 4 | ultimately together? |
| 04:25 | 5 | **Q.**   Ultimately together. |
| 04:25 | 6 | **A.**   There are two extrapolated cases.  That is correct. |
| 04:25 | 7 | **Q.**   There's an extrapolated case, and there's something called |
| 04:25 | 8 | a "Trusler extrapolated case."  Do you recall that? |
| 04:25 | 9 | **A.**   Yes. |
| 04:25 | 10 | **MR. FIELDS:**  If you pull up TREX-11654R.23.2. |
| 04:25 | 11 | **BY MR. FIELDS:** |
| 04:25 | 12 | **Q.**   You indicated in the extrapolated BOP case, you have a |
| 04:25 | 13 | cumulative estimate of 5.12 million stock tank barrels? |
| 04:25 | 14 | **A.**   Yes. |
| 04:25 | 15 | **Q.**   And in the Trusler extrapolated BOP, it gave you a |
| 04:25 | 16 | slightly lower cumulative estimate of about 4.9 million? |
| 04:25 | 17 | **A.**   That's correct. |
| 04:25 | 18 | **Q.**   And the difference between the two was that in one of them |
| 04:26 | 19 | you used pressure readings -- corrected pressure readings |
| 04:26 | 20 | suggested by Dr. Martin Trusler? |
| 04:26 | 21 | **A.**   Yes, Dr. Trusler. |
| 04:26 | 22 | **Q.**   Dr. Trusler was a BP-retained expert who provided some |
| 04:26 | 23 | what he proposed corrections to the BOP pressure readings? |
| 04:26 | 24 | **A.**   Correct. |
| 04:26 | 25 | **Q.**   If you take a look at the process that you used, just to |

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:26   1   give the Court an idea on the extrapolated BOP -- and this
04:26   2   would be true for both the extrapolated and the Trusler
04:26   3   extrapolated -- if we go back to D-24550.
04:26   4            So, again, to start, we have the BOP pressure
04:26   5   readings that were recorded.  And in the extrapolated case,
04:26   6   what you first do is you draw a line from the BOP pressure
04:26   7   reading on May 8th to July 13th?
04:27   8   A.   That is correct.
04:27   9   Q.   And that is the pressure line that -- pressure trend line
04:27   10  that you used in this particular case?
04:27   11  A.   The line is shown on this plot.  You are correct.
04:27   12  Q.   In this particular case you don't actually use the actual
04:27   13  BOP readings that occurred from May 8th, 2010, to July 13th,
04:27   14  2010?
04:27   15  A.   I considered something that is somewhat above most of the
04:27   16  readings and, therefore, would impose more back pressure
04:27   17  against the system.  It gives less flow, yes.
04:27   18  Q.   So my question was simply that you didn't use the actual
04:27   19  BOP pressures in this particular case.
04:27   20  A.   Yes, subject to the explanation, that is correct.  Yes.
04:27   21  Q.   Now, one of the things you did was you then extrapolated
04:27   22  the line back from May 8th to the beginning of the incident on
04:28   23  April 20th?
04:28   24  A.   That is correct.
04:28   25  Q.   And so any erosional processes that had been taking place

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:28   1   post-May 8th you believe would be captured by this particular
04:28   2   case?
04:28   3   A.   That is correct.
04:28   4         It requires a bit of an explanation.  So if we
04:28   5   consider that the straight line that is drawn is a
04:28   6   representation of the BOP pressure after May 8th, then all of
04:28   7   the erosion that would be -- if it were to be up here, is
04:28   8   accounted for.
04:28   9         This also applies to before May 8th.  There are
04:28   10  some -- that if that line is a reasonable representation of the
04:28   11  BOP pressure prior to May 8th, then this trend line would
04:28   12  account for such erosion.
04:28   13  Q.   It was your view, however, that the BOP pressure readings
04:28   14  between May 8th, 2010, and July 13th, 2010, did not indicate
04:29   15  evidence of significant erosion during that period; correct?
04:29   16  A.   It doesn't -- that data doesn't exist.  I don't make -- I
04:29   17  don't develop an opinion based on pressures that don't exist.
04:29   18  Q.   Maybe I was confusing.  I was actually talking about after
04:29   19  May 8th.  So let me ask the question again.  Maybe I said it
04:29   20  incorrectly.
04:29   21        Your view is that between May 8th and July 13th, the
04:29   22  BOP pressure readings do not provide evidence of significant
04:29   23  erosion in the BOP?
04:29   24  A.   That is correct.  And that is really by comparison of this
04:29   25  case with my base case in the sense that this would account for

2048

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:29    1    any erosion that would be occurring in the BOP post-May 8.

04:29    2          I have models that do not make -- assume there was no

04:30    3    erosion, that there is very little difference between their

04:30    4    cumulative volume of oil released.

04:30    5          This analogy tells me that likely there was an -- if

04:30    6    there was any erosion, molecular level or otherwise, wouldn't

04:30    7    impact the resistances to the level that would have impact

04:30    8    cumulative volume of oil released.

04:30    9    Q.   So by extrapolating this line back from May 8th to the

04:30   10    beginning of time, you're assuming whatever rate of erosion

04:30   11    that existed post-May 8th also occurred pre-May 8th?

04:30   12    A.   Rate of erosion is probably not the correct way of

04:30   13    characterizing it, given the rate of erosion would be the same;

04:30   14    its impact on resistance changes.

04:30   15          All this is -- again, so all I -- these are --

04:30   16    what-ifs are an attempt to bracket the effect of erosion.  I

04:30   17    consider various scenarios for what the BOP pressure might have

04:31   18    been if there was small or large erosion -- and I make no

04:31   19    judgment about it -- and observe their effect on the cumulative

04:31   20    volume of oil release.

04:31   21    Q.   Now, you talked about on direct examination that you

04:31   22    actually considered two BOP cases or two what-if cases called

04:31   23    "restricted BOP cases."  Do you recall that?

04:31   24    A.   Yes.

04:31   25    Q.   There was a -- there was a restricted BOP case and a

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:31   1   Trusler restricted BOP case.  Do you recall that?

04:31   2   **A.**   Correct.  Yes.

04:31   3   **Q.**   And in those two cases, the difference -- primary

04:31   4   difference between them was that one was using BOP data

04:31   5   corrected using Dr. Trusler's formula?

04:31   6   **A.**   That is correct.

04:31   7   **Q.**   And in both of those instances, both in the restricted BOP

04:31   8   case and the extrapolated BOP case, both of those cases -- oh,

04:31   9   sorry.

04:31   10          In both the restricted BOP case and the Trusler

04:32   11   restricted BOP case, both of those matched buildup pressure?

04:32   12   **A.**   Yes.  You could find combination of reservoir parameters

04:32   13   and wellbore parameters that would allow you a match of the

04:32   14   shut-in pressures.

04:32   15   **Q.**   And both of those cases also match your collection rate

04:32   16   data?

04:32   17   **A.**   Correct.

04:32   18   **Q.**   And the cumulative estimates from those two cases --

04:32   19   what-if cases were 4.4 million stock tank barrels and

04:32   20   4.7 million.

04:32   21   **A.**   Yes.  These are the extreme cases that would be unreal.

04:32   22   Yes.

04:32   23   **Q.**   Now, with respect to any of your cases, I wanted to talk

04:32   24   about a different type of erosion, and that's cement erosion.

04:32   25          At some point in time you learned that cement had

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:32  1   been pumped down into the bottom of the Macondo well?

04:32  2   A.   You mean for --

04:32  3   Q.   During operations?

04:32  4   A.   For setting of the casing pressure?  Yes.

04:33  5   Q.   And when you looked at the PT-B pressure after May 8th,

04:33  6   you cannot rule out the existence of downhole erosion, can you?

04:33  7   A.   Again, discussion of erosion really doesn't matter me.

04:33  8   What matters me and what I just consider is the impact of

04:33  9   resistances or erosion and those resistances to the level that

04:33  10  it affect flow.

04:33  11          For me, it's generally a skin factor and a pressure

04:33  12  drop that may be associated with skin factor, yes.

04:33  13          And then I -- I'm sorry.  That's the way I would

04:33  14  consider -- I wouldn't call it whether erosion exists or not;

04:33  15  its impact on flow rate.

04:33  16  Q.   Let me ask you this:  By looking at the PT-B pressures or

04:33  17  the BOP pressures after May 8th, can you rule out that cement

04:33  18  was leaving the well at any point in time while the well was

04:33  19  flowing?

04:34  20  A.   My assessment of that behavior of the BOP pressure is that

04:34  21  if there was any changes happening, it had very little impact

04:34  22  on flow rate.

04:34  23  Q.   You did not analyze or evaluate whether cement at the

04:34  24  bottom of the well eroded over time while the well was flowing,

04:34  25  did you?

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:34    1    A.   I was not asked to evaluate cement erosion, per se.

04:34    2    Q.   I'm sorry.

04:34    3    A.   Sorry.

04:34    4    Q.   You did not reach any conclusions about over what periods

04:34    5    of time cement erosion may have occurred?

04:34    6    A.   Again, for the purposes of its impact on flow, I provide

04:34    7    an opinion that is in my reports.  But, again, whether erosion

04:34    8    happened or not, that's not what I have been asked to provide

04:34    9    an opinion.

04:34   10    Q.   Let me just ask the question again so we're all clear.

04:34   11         You did not reach any conclusions about over what

04:34   12    periods of time cement erosion may have occurred during the

04:35   13    spill?

04:35   14    A.   That was not within --

04:35   15         MR. CHAKERES:  Asked and answered, Your Honor.  I

04:35   16    think the witness has been clear on this point.  It's been

04:35   17    asked several times now.

04:35   18         THE COURT:  I think he answered that.  I really do.

04:35   19    Okay.  I'll sustain the objection.

04:35   20    BY MR. FIELDS:

04:35   21    Q.   I wanted to talk about the process that you used to

04:35   22    determine what you called a good match.

04:35   23    A.   Yes.

04:35   24    Q.   You talked a little bit about that on direct examination.

04:35   25    A.   Yes.

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| | | |
|---|---|---|
| 04:35 | 1 | **Q.**   So you developed and ran a series of models that represent |
| 04:35 | 2 | variations on the reservoir, the wellbore, and the BOP system? |
| 04:35 | 3 | **A.**   Correct. |
| 04:35 | 4 | **Q.**   And you first developed what you call a base model? |
| 04:35 | 5 | **A.**   Yes. |
| 04:35 | 6 | **Q.**   And then what you -- and you chose certain parameters to |
| 04:36 | 7 | use in that base model? |
| 04:36 | 8 | **A.**   Yes.  These have come out of -- they've had -- chose -- |
| 04:36 | 9 | that was based on a previous analysis.  I did an analytical |
| 04:36 | 10 | phase of the study.  It provided a starting point for my input |
| 04:36 | 11 | parameters.  I used those into the numerical base case.  I |
| 04:36 | 12 | needed to go through a step of history matching right there, |
| 04:36 | 13 | and that made my basis.  That's right. |
| 04:36 | 14 | **Q.**   And one of the parameters that you used in your base case |
| 04:36 | 15 | was rock compressibility? |
| 04:36 | 16 | **A.**   Correct. |
| 04:36 | 17 | **Q.**   And for rock compressibility in your base case, you used |
| 04:36 | 18 | 6 microsips? |
| 04:36 | 19 | **A.**   In my base case numeric model, I have used a base value, |
| 04:36 | 20 | or a starting point, of 6, that's correct, microsips. |
| 04:36 | 21 | **Q.**   Now, in addition, you varied a wide range of input |
| 04:36 | 22 | parameters that could impact the cumulative volume of oil |
| 04:36 | 23 | release? |
| 04:36 | 24 | **A.**   Yes, some of them.  Found out that it had a large impact; |
| 04:37 | 25 | some had less. |

2053

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:37  1   Q.   After you ran each simulated case with the varying inputs,
04:37  2   you then perform a process that you called history matching?
04:37  3   A.   Yes.
04:37  4   Q.   Now, history matching is a commonly used method, according
04:37  5   to you, in modeling?
04:37  6   A.   In reservoir modeling and simulation, it's commonly used,
04:37  7   yes.
04:37  8   Q.   History matching involves comparing results generated by
04:37  9   your simulation with, you know, field or actual measured data?
04:37  10  A.   And especially dynamic reservoir response.  That is
04:37  11  correct.
04:37  12  Q.   Now, here you chose to match your simulation cases against
04:37  13  measurements obtained during the well integrity test?
04:37  14  A.   During and just before the integrity test, that's correct.
04:37  15  Collection rates, I believe, are just before the integrity
04:37  16  test, yes.
04:37  17  Q.   So the capping stack was installed on July 13th?
04:37  18  A.   Or slightly before.  Yes, about that.
04:38  19  Q.   So you were looking at data that was either around
04:38  20  July 15th and later as part of your history-matching exercise?
04:38  21  A.   When I was comparing the shut-in pressures and history
04:38  22  matching to shut-in pressures, I'm talking about pressures that
04:38  23  are measured after July 15th.  That's correct.
04:38  24  Q.   Now, you used two sets of measurements from the well
04:38  25  integrity test for history matching.  The first was the

2054

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:38    1    pressure buildup data?

04:38    2    **A.**   Correct.

04:38    3    **Q.**   The second was the collection rate data?

04:38    4    **A.**   Thank you.  Yes.

04:38    5    **Q.**   Now, let's discuss the first type of measurements you used

04:38    6    for history matching, which is the pressure buildup data.

04:38    7    **A.**   Okay.

04:38    8    **Q.**   Now, as part of the well integrity test, the capping stack

04:38    9    was closed on July 15th, 2010?

04:38    10   **A.**   Correct.

04:38    11   **Q.**   After the capping stack was closed on July 15th, 2010, the

04:38    12   pressure began to build?

04:38    13   **A.**   Correct.

04:38    14   **Q.**   And the measured pressure -- I'm sorry -- the pressure

04:38    15   increases were measured over time?

04:38    16   **A.**   Correct.

04:38    17   **Q.**   And you actually had pressure data from approximately

04:39    18   July 15th through about August 3rd?

04:39    19   **A.**   Correct.

04:39    20          **MR. FIELDS:**  So if you pull up TREX-11653.3.1.

04:39    21          It must be the wrong one.  I'm sorry.  I have

04:39    22   the wrong one.  My apologies.

04:39    23   **BY MR. FIELDS:**

04:39    24   **Q.**   In any event, you used this pressure buildup data as part

04:39    25   of your history-matching exercise?

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| | | |
|---|---|---|
| 04:39 | 1 | **A.**   Yes. |
| 04:39 | 2 | **Q.**   And you determined whether a given model case would |
| 04:39 | 3 | closely match this buildup pressure data? |
| 04:40 | 4 | **A.**   Correct. |
| 04:40 | 5 | **Q.**   And I think you said on direct examination that there was |
| 04:40 | 6 | a certain metric you used to decide whether or not the |
| 04:40 | 7 | simulated case provided a good match to the actual measured |
| 04:40 | 8 | data? |
| 04:40 | 9 | **A.**   Correct. |
| 04:40 | 10 | **Q.**   As part of your work in this case, you found that there |
| 04:40 | 11 | were many different models or cases that could match the |
| 04:40 | 12 | buildup pressure? |
| 04:40 | 13 | **A.**   That is correct. |
| 04:40 | 14 | **Q.**   If you look at -- let's look at 2 -- D-24543. |
| 04:40 | 15 | This is, again, your original case plus your |
| 04:40 | 16 | sensitivity cases.  It's similar to the chart that you used in |
| 04:40 | 17 | direct examination, but you have this column that shows match |
| 04:40 | 18 | of pressure.  Do you see that? |
| 04:40 | 19 | **A.**   Yes. |
| 04:40 | 20 | **Q.**   And on these 25 cases that are set forth here, all the |
| 04:40 | 21 | cases except for one was able to match the buildup pressure? |
| 04:40 | 22 | **A.**   That is correct. |
| 04:41 | 23 | **Q.**   And so with respect to just your original and base cases, |
| 04:41 | 24 | you saw that cumulative flows as low as 3.3 million could |
| 04:41 | 25 | actually match the buildup pressure? |

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:41  1   **A.**   Correct.

04:41  2   **Q.**   And a cumulative oil release up to 5.8 million stock tank

04:41  3   barrels could also match the buildup pressure?

04:41  4   **A.**   Correct.  And later on I confirmed that even this range

04:41  5   could be much wider.

04:41  6   **Q.**   And, in fact, in some of your other work, you found that

04:41  7   models yielding a cumulative flow estimate ranging from

04:41  8   3 million to 7 million barrels or greater could match the

04:41  9   buildup pressure post-well shutting?

04:41  10  **A.**   Correct.  Thank you.

04:41  11  **Q.**   And if you didn't find another way to constrain the range,

04:41  12  that would be your range, just using pressure buildup data?

04:42  13  **A.**   If I wanted just to use the shut-in pressures to accept --

04:42  14  choose my acceptable models, then I would have ended up with a

04:42  15  range of at least between 3- and 7 million stock tank barrels

04:42  16  of oil released.  That's been my answers.

04:42  17  **Q.**   With respect to the number of days of data that you had

04:42  18  for pressure buildup data, you had about 18 days of pressure

04:42  19  data?

04:42  20  **A.**   Between July 15th, 2:24 p.m., and August 10th, that's

04:42  21  correct.

04:42  22  **Q.**   Now, let's talk about the second dataset from the well

04:42  23  integrity test that you used to pressure-match, and that's the

04:42  24  collection rates.  As I understand it, each of the simulated

04:42  25  cases that you ran was able to provide an estimate of the flow

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| | | |
|---|---|---|
| 04:42 | 1 | rate on July 15th? |

04:42  1  rate on July 15th?

04:42  2  **A.**   Yes.  All of the -- basically, when I run a model, it

04:43  3  provides flow rate at all times, which then I use these rates

04:43  4  on July 14th and 15th to calculate the collection rate and

04:43  5  compare with the measured values.

04:43  6  **Q.**   And once you received these simulated flow rates from the

04:43  7  final day or days, you would then take that flow rate, use some

04:43  8  formulas, and try to calculate what the simulated flow rate --

04:43  9  simulated collection rate would be for that case?

04:43  10  **A.**   Yes, correct.  Thank you.

04:43  11  **Q.**   So for each case's predicted flow rate on the final day or

04:43  12  two, you would then derive a corresponding collection rate for

04:43  13  that day?

04:43  14  **A.**   It models collection rate, that is correct.

04:43  15  **Q.**   With respect to the collection data that you used, there

04:43  16  was approximately 12 hours -- 9 or 10 hours of data that you

04:44  17  used from July 15th for history matching, at least with respect

04:44  18  to collection rate?

04:44  19  **A.**   Yes.  Approximately 9 to 10 hours of data, and I -- at

04:44  20  this time I don't do any further history matching.  It is that

04:44  21  I am -- so in other words, I am not going back to change any

04:44  22  more parameters to see whether I can match these or not.  I'm

04:44  23  observing to see what are the models that provide a match and

04:44  24  what are the models that do not provide a match.  I check

04:44  25  acceptability of these models.

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:44  1   Q.   And one of the things that you would do is -- and I think
04:44  2   we saw this earlier.  You would have this simulated chart that
04:44  3   shows the simulated collection rate from each case, and that
04:44  4   would be superimposed upon data points showing measured
04:45  5   collection rates?
04:45  6   A.   That is correct.
04:45  7   Q.   Then what you would do is you would look at those -- the
04:45  8   simulated collection rates compared to the measured collection
04:45  9   rates and try to make a determination whether or not the match
04:45  10  was good or mediocre or -- or somewhere in between?
04:45  11  A.   Or even --
04:45  12  Q.   Or bad?
04:45  13  A.   -- bad.  That's correct.
04:45  14  Q.   And you deemed a match to be good if the collection rates
04:45  15  were within plus or minus 600 barrels of the actual collection
04:45  16  rates during this 9- or 10-hour period on July 15th?
04:45  17  A.   Correct.  And I'm calling it generally within that range
04:45  18  or generally within the next threshold, because there are
04:45  19  outliers in the collection rate data.
04:45  20  Q.   And you considered it a mediocre match if it was between
04:46  21  plus or minus 600 and plus or minus 2500 stock tank barrels?
04:46  22  A.   That is correct for the ranges that we specified, but if
04:46  23  the data generally was -- showed that much of a mismatch, then
04:46  24  I called it mediocre.
04:46  25  Q.   As part of the process, you would look at this, you would

OFFICIAL TRANSCRIPT

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:46   1   run a little cursor along the screen, and then make -- sort of
04:46   2   eyeball it and try to determine, is this a good match?  Is this
04:46   3   a good-mediocre match?  Is this a mediocre match?  Or is it a
04:46   4   bad match?
04:46   5   **A.**   I make a visual determination of that using the error bar,
04:46   6   as I showed in my direct.  That's correct.
04:46   7   **Q.**   So, for example --
04:46   8            **MR. FIELDS:**  If you pull up -- pull up D-24544.1.
04:46   9   **BY MR. FIELDS:**
04:46   10  **Q.**   So these are two examples of -- from the collection rate
04:46   11  matching process.  The first one is a case -- each of these
04:47   12  have case numbers, but I know you have names for them as well.
04:47   13  One was the -- what's called the "Upper Bound Hydrostatic Error
04:47   14  Case."  Do you see that?
04:47   15  **A.**   Yes.
04:47   16  **Q.**   And the bottom one is called the "Upper Bound Capping
04:47   17  Stack Error Case."  Do you see that?
04:47   18  **A.**   Yes.  In these cases, I'm examining what if I had an error
04:47   19  in my evaluation of the hydrostatic pressure, the shut-in
04:47   20  pressures.  In the other one, I'm examining what if I had an
04:47   21  error in the -- or there was an uncertainty in the readings of
04:47   22  the cap stack pressures.  That's correct.
04:47   23  **Q.**   So with respect to -- just to get us on the same page,
04:47   24  these dots that are on the screen, those represent the actual
04:47   25  measured collection rates from the vessels?

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:47    1    A.   That is correct.  The dots are their reported measured
04:47    2    collection rates.
04:47    3    Q.   And the line is actually the simulated or the modeled
04:48    4    collection rate from your case?
04:48    5    A.   That is correct.
04:48    6    Q.   And with respect to these two, the upper one, the upper
04:48    7    bound hydrostatic error case, the cumulative flow was
04:48    8    4.85 million.  Do you see that?
04:48    9    A.   Yes.
04:48   10    Q.   And in the lower -- the lower image, it's the upper bound
04:48   11    capping stack error case -- that was a cumulative estimate of
04:48   12    5.03 million.  Do you see that?
04:48   13    A.   That is correct.
04:48   14    Q.   The top one, you designated that one as a mediocre match,
04:48   15    and the bottom one you designated as a good match to the
04:48   16    collection data.  Do you see that?
04:48   17    A.   That is correct.
04:49   18    Q.   Now, would you agree that if a case's simulated flow rate
04:49   19    for July 15th was too high, it would give you a predicted
04:49   20    collection rate that was not a good match with the actual
04:49   21    collection data?
04:49   22    A.   May I ask you to repeat the question?
04:49   23    Q.   Sure.  Would you agree that if a case's simulated flow
04:49   24    rate on July 15th was too high, it would give you a predicted
04:49   25    collection rate that was not a good match with the actual

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| | | |
|---|---|---|
| 04:49 | 1 | collection data? |
| 04:49 | 2 | **A.**   So there are two -- there are two leaps in that statement. |
| 04:49 | 3 | So, first of all, if you said "if the total flow rate was too |
| 04:49 | 4 | high" -- as compared to what?  I don't make a judgment as to |
| 04:49 | 5 | what the collection -- the flow rate on July 15th needs to be. |
| 04:50 | 6 | **MR. FIELDS:**  Can we pull up D-24543. |
| 04:50 | 7 | BY MR. FIELDS: |
| 04:50 | 8 | **Q.**   Again, this is the demonstrative that has a several |
| 04:50 | 9 | columns.  It has the case name or if the primary parameter was |
| 04:50 | 10 | changed, whether or not the case matched the pressure.  It also |
| 04:50 | 11 | had the final day flow rate that was generated by the case, |
| 04:50 | 12 | whether -- what was the quality of the match that you |
| 04:50 | 13 | determined for the collection rates, and the cumulative oil |
| 04:50 | 14 | release.  Do you see that? |
| 04:50 | 15 | **A.**   Correct.  This is your reproduction of the results, I |
| 04:50 | 16 | believe.  Correct? |
| 04:50 | 17 | **Q.**   Yeah.  It's basically taking it from your report. |
| 04:50 | 18 | **A.**   I do not believe I have this table in my report, but -- |
| 04:50 | 19 | **Q.**   No, you do not.  The data is in your report. |
| 04:50 | 20 | **A.**   So it's your generation.  Okay.  Carry on. |
| 04:51 | 21 | **Q.**   Okay.  Now, with respect to the -- this chart, which is |
| 04:51 | 22 | based on data from your cases, for any final day flow rate that |
| 04:51 | 23 | was less than 51,600 on the final day, you actually had a |
| 04:51 | 24 | less-than-a-good match? |
| 04:51 | 25 | **A.**   That's a correct observation.  Although I do not judge |

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:51    1    whether a case is good or bad based on the final day flow rate.
04:51    2    Q.   And if a case generated a flow rate -- final day flow rate
04:51    3    exceeding 54,200, it also was outside the category that you
04:51    4    considered to be good for matching purposes -- collection
04:51    5    matching purposes?
04:51    6    A.   Well, once again, that is not my criteria for selection of
04:51    7    the good or bad matches, but the observation is correct.
04:52    8    Q.   Now, are you aware of any of your cases that produced a
04:52    9    final day flow rate less than 51,000 stock tank barrels per day
04:52   10    that you deemed to be a good match for collection rate
04:52   11    purposes?
04:52   12    A.   None of the cases performed that way.  To give a flow rate
04:52   13    on final day of less than 51,000 and leading still to a good
04:52   14    match.
04:52   15    Q.   And likewise, are you aware of any cases that exceeded,
04:52   16    let's say, 55,000 for a final day flow rate that resulted in a
04:52   17    good match to your collection rates?
04:52   18    A.   The same answer.
04:52   19    Q.   And what is that answer?
04:52   20    A.   The fact that there are no cases here that gave a flow
04:52   21    rate of more than 55,000 and still provided a good match.  I
04:53   22    think this is basically because the availability of the
04:53   23    collection rates and the pressure drops, pressures in the cap
04:53   24    stack and BOP, allows a very good determination of the rates on
04:53   25    the final day.  And, therefore, that's just a confirmation of

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

| 04:53 | 1 | that point.  It's a good calibration point. |
| 04:53 | 2 | **Q.**   The data that you used to calibrate your model, at least |
| 04:53 | 3 | the collection data that you used to calibrate your model, was |
| 04:53 | 4 | from one day? |
| 04:53 | 5 | **A.**   That is correct. |
| 04:53 | 6 | **Q.**   It was for 9 or 10 hours on that day? |
| 04:53 | 7 | **A.**   It's production data and pressures during just 9 to |
| 04:53 | 8 | 10 hours of one day.  That's correct. |
| 04:53 | 9 | **Q.**   Now, you were aware that the oil was collected from the |
| 04:53 | 10 | Macondo well for multiple days over the course of the 86-day |
| 04:53 | 11 | spill? |
| 04:53 | 12 | **A.**   That is correct. |
| 04:53 | 13 | **Q.**   There were collections through a device called the riser |
| 04:53 | 14 | insertion tube tool? |
| 04:54 | 15 | **A.**   Yes. |
| 04:54 | 16 | **Q.**   That took place in May of 2010? |
| 04:54 | 17 | **A.**   Yes. |
| 04:54 | 18 | **Q.**   There were collections through a device called Top Hat. |
| 04:54 | 19 | Do you recall that? |
| 04:54 | 20 | **A.**   Yes. |
| 04:54 | 21 | **Q.**   That took place in the summer of 2010 -- beginning in |
| 04:54 | 22 | June of 2010.  Do you recall that? |
| 04:54 | 23 | **A.**   Yes. |
| 04:54 | 24 | **Q.**   There were collections from -- there were collections |
| 04:54 | 25 | through the BOP's choke line prior to July 15th? |

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:54  1   **A.**   I do not remember from what line it was collected, but,

04:54  2   yes, there was -- there were prior collection rates.  Yes.

04:54  3   **Q.**   And there were collection rates from the kill line of the

04:54  4   BOP prior to July 15th of 2010?

04:54  5   **A.**   Again, there were collection rates into *Enterprise* and

04:54  6   other ships prior to July 15.  That is correct.

04:54  7   **Q.**   In your analysis, you did not match the measured

04:54  8   collection rates for the RITT?

04:54  9   **A.**   That is correct, because there is not enough

04:55  10  information -- pressure information.  There was no cap stack

04:55  11  installed to allow estimation of the total flow rate.

04:55  12  **Q.**   You did not match measured collection rates from Top Hat?

04:55  13  **A.**   That is correct.

04:55  14  **Q.**   You did -- did you do history matching with measured

04:55  15  collection rates from the BOP for any time period prior to

04:55  16  July 15th?

04:55  17  **A.**   I did not.

04:55  18  **Q.**   Does the fact that a simulated case or cases provides a

04:55  19  good match of the measured collection rates for 9 or 10 hours

04:55  20  on July 15th prove there was no BOP erosion in April or

04:55  21  May 2010?

04:55  22  **A.**   No, just the match of the collection on July 15 doesn't

04:56  23  say one way or the other whether erosion in the BOP occurred or

04:56  24  not.  One accounts for it separately, as I have done here.

04:56  25  **Q.**   Does the fact that a case or cases provide a good match of

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:56    1    the measured collection rate for 9 or 10 hours on

04:56    2    July 15th prove there was -- or prove there was a lack of

04:56    3    erosion of any kind in the -- in either the wellbore or the BOP

04:56    4    in April or May of 2010?

04:56    5    A.    Same answer:  The match of the collection on July 15

04:56    6    doesn't provide an indication if erosion occurred much earlier.

04:56    7    One needs to account for it as it happen.

04:56    8    Q.    Does it rule out the existence of significant erosion in

04:57    9    the BOP in April or May 2010?

04:57   10    A.    That it does what?

04:57   11    Q.    I'm sorry.  Does the fact that a case simulation matches

04:57   12    measured collection rates on July 15th rule out the existence

04:57   13    of significant erosion in the BOP or in the bottom hole in

04:57   14    April or May 2010?

04:57   15    A.    The match of the collection, all it says is the

04:57   16    description of the reservoir and wellbore that has been

04:57   17    provided is consistent with the reservoir response.  Then one

04:57   18    needs to go back in and see what other reservoir or wellbore

04:57   19    descriptions might also be consistent with the reservoir

04:57   20    response.

04:57   21    Q.    Let me just ask my question again --

04:57   22    A.    -- which I have done.

04:57   23          Yes.

04:57   24    Q.    Does the fact that a case simulation can match measured

04:57   25    pressure -- measured collection rates on July 15th does not

MEHRAN POOLADI-DARVISH, PH.D.   - CROSS

04:57  1   rule out the existence of significant erosion in the BOP or in

04:57  2   the bottom hole in April or May 2010, does it?

04:58  3   **A.**   Right.  Just the match of the collection doesn't, and I

04:58  4   don't base my opinion on that.

04:58  5           **MR. FIELDS:**  No further questions, Your Honor.

04:58  6           **THE COURT:**  Redirect?

04:58  7           **MR. CHAKERES:**  No redirect, Your Honor.

04:58  8           **THE COURT:**  I think you're done, Doctor.  Thank you.

04:58  9           **THE WITNESS:**  Thank you.

04:58  10          **MS. PENCAK:**  Your Honor, Erica Pencak for the United

04:58  11  States.

04:58  12              I was wondering if BP wanted to address now the

04:58  13  issue of the two Dykhuizen exhibits and one call-out that had

04:58  14  been objected to, or wait until the morning.

04:58  15          **MR. LANGAN:**  Your Honor, can we take that up at

04:58  16  8:00 tomorrow morning?

04:58  17          **THE COURT:**  That's fine with me.

04:58  18          **MS. PENCAK:**  Thank you, Your Honor.

04:58  19          **THE COURT:**  Okay.  Where do we stand, Mr. O'Rourke?

04:59  20          **MR. O'ROURKE:**  About to rest, but --

04:59  21          **MR. IRPINO:**  It's not critical, Your Honor, but we do

04:59  22  post onto the Web site for the MDL 2179 trial docs, and there

04:59  23  were two expert reports from, I think you said, Dr. Zick that

04:59  24  you had said you wanted to rule on after -- I think it was

04:59  25  Ms. Karis who had an objection to relevance for the rebuttal

| | | |
|---|---|---|
| 04:59 | 1 | report, if I'm not mistaken. |
| 04:59 | 2 | THE COURT:  No, I think I admitted -- my recollection |
| 04:59 | 3 | is I admitted them and I told her I would consider her |
| 04:59 | 4 | relevance argument when I considered the case, you know.  Just |
| 04:59 | 5 | like any other -- I let it in. |
| 04:59 | 6 | MR. IRPINO:  Okay.  We'll post -- we just didn't want |
| 04:59 | 7 | to post -- |
| 04:59 | 8 | THE COURT:  I believe I admitted it.  I don't |
| 04:59 | 9 | remember not admitting it. |
| 04:59 | 10 | MR. BROCK:  Yes. |
| 04:59 | 11 | THE COURT:  Mr. Brock agrees with me. |
| 04:59 | 12 | MR. BROCK:  I think you did. |
| 04:59 | 13 | MR. IRPINO:  We'll post them then. |
| 04:59 | 14 | MR. BROCK:  Subject to Ms. Karis' objections to the |
| 04:59 | 15 | United States' own redactions.  She will be in touch. |
| 05:00 | 16 | MR. O'ROURKE:  Before we rest, Your Honor, I'm going |
| 05:00 | 17 | to do the usual litany of reservations and just go ahead and |
| 05:00 | 18 | rest. |
| 05:00 | 19 | THE COURT:  Go ahead.  Go ahead. |
| 05:00 | 20 | MR. O'ROURKE:  Thank you. |
| 05:00 | 21 | THE COURT:  I just realized my mic's been off. |
| 05:00 | 22 | Go ahead, Mr. O'Rourke. |
| 05:00 | 23 | MR. O'ROURKE:  Thank you.  So we're going to rest |
| 05:00 | 24 | contingent on the following things:  admission of any exhibits |
| 05:00 | 25 | that you've admitted but we haven't marshaled -- haven't done |

| | | |
|---|---|---|
| 05:00 | 1 | the overnight affair and brought them in. |
| 05:00 | 2 | THE COURT:  I think that goes without saying for all |
| 05:00 | 3 | the parties, as Mr. Brock, I think, stated at the beginning of |
| 05:00 | 4 | the trial. |
| 05:00 | 5 | MR. O'ROURKE:  Great.  Also -- so that includes |
| 05:00 | 6 | Griffiths, Zick, Kelkar, and Pooladi-Darvish and -- I'm |
| 05:00 | 7 | sorry -- Dykhuizen, Zick, Kelkar, and Pooladi-Darvish. |
| 05:00 | 8 | We're also going to rest contingent on |
| 05:00 | 9 | deposition -- |
| 05:00 | 10 | THE COURT:  Wait.  I didn't understand what you just |
| 05:00 | 11 | said. |
| 05:00 | 12 | MR. O'ROURKE:  Okay.  I'm sorry. |
| 05:00 | 13 | THE COURT:  You mumbled some names, but I didn't |
| 05:00 | 14 | understand what you said. |
| 05:00 | 15 | MR. O'ROURKE:  Do you have the microphone? |
| 05:01 | 16 | So the exhibits that have been admitted -- |
| 05:01 | 17 | THE COURT:  Are you talking about exhibits relating |
| 05:01 | 18 | to the experts -- |
| 05:01 | 19 | MR. O'ROURKE:  Right. |
| 05:01 | 20 | THE COURT:  -- who testified today? |
| 05:01 | 21 | MR. O'ROURKE:  So that's Dr. Griffiths, |
| 05:01 | 22 | Dr. Pooladi -- I'll start over. |
| 05:01 | 23 | Dr. Dykhuizen, Zick, Kelkar, Pooladi-Darvish. |
| 05:01 | 24 | We're also resting contingent on the deposition |
| 05:01 | 25 | bundles that have not yet been admitted. |

OFFICIAL TRANSCRIPT

2069

05:01    1          **THE COURT:**  I thought we admitted those today.

05:01    2          **MS. HIMMELHOCH:**  Those have now been admitted.

05:01    3          **MR. O'ROURKE:**  Okay.  The ones from the other side.

05:01    4          **THE COURT:**  Wait, wait, wait.

05:01    5          **MR. O'ROURKE:**  Right, we have the right to --

05:01    6          **THE COURT:**  Ms. Himmelhoch offered some today, I

05:01    7   think.  Right?  Or somebody did on your side.

05:01    8          **MR. O'ROURKE:**  Yes, you admitted our bundles.

05:01    9          We're resting, but we're reserving the right to

05:01   10   rely on the bundles admitted by BP in their part of the

05:01   11   quantification case as well as the bundles admitted in the

05:01   12   source control part.

05:01   13          We're also reserving the right to move in the

05:01   14   bundle of Mr. Merrill -- Dr. Merrill, a BP fact witness.  If

05:02   15   they don't bring him, we'll have the right to move in his

05:02   16   bundle.

05:02   17          We're also filing an offer of proof, as you

05:02   18   authorized to do during the pretrial conference --

05:02   19          **THE COURT:**  Let me ask you, do you know if you're

05:02   20   calling Mr. Merrill?

05:02   21          **MR. BROCK:**  Right now our plans are to call him.  But

05:02   22   if that changes, we will let you know.

05:02   23          **THE COURT:**  Okay.

05:02   24          **MR. O'ROURKE:**  Yes, this was just the procedure in

05:02   25   Phase One also, if the fact witness didn't come.

2070

| | | |
|---|---|---|
| 05:02 | 1 | THE COURT:  Okay. |
| 05:02 | 2 | MR. O'ROURKE:  Also, there's a deposition bundle of |
| 05:02 | 3 | Bushnell that I think BP is going to make us move in as part of |
| 05:02 | 4 | the reliance. |
| 05:02 | 5 | There's an offer of proof that we're filing that |
| 05:02 | 6 | we don't think requires any action by the Court.  It's just an |
| 05:02 | 7 | offer of proof. |
| 05:02 | 8 | The Category 2 and Category 4 documents and our |
| 05:02 | 9 | rebuttal case. |
| 05:02 | 10 | And contingent on those, we rest our case. |
| 05:02 | 11 | THE COURT:  Okay. |
| 05:02 | 12 | MR. O'ROURKE:  Thank you. |
| 05:02 | 13 | MR. BROCK:  We would want to be heard on the motion |
| 05:02 | 14 | to move in Dr. Bushnell, but I don't have any problem with them |
| 05:03 | 15 | resting subject to the resolution of that issue. |
| 05:03 | 16 | THE COURT:  Okay.  Good. |
| 05:03 | 17 | MS. HIMMELHOCH:  We're in the process of meet and |
| 05:03 | 18 | confer on that issue, Your Honor. |
| 05:03 | 19 | THE COURT:  All right.  Very well. |
| 05:03 | 20 | Were you standing up to say something, |
| 05:03 | 21 | Mr. Langan? |
| 05:03 | 22 | MR. LANGAN:  I have nothing to add, Your Honor. |
| 05:03 | 23 | THE COURT:  Okay.  Well, we'll get out of here early |
| 05:03 | 24 | today. |
| 05:03 | 25 | Mr. Irpino, do you have reservations again?  You |

OFFICIAL TRANSCRIPT

05:03   1    better not do that.  You have to be back here in the morning, I

05:03   2    guess.

05:03   3            MR. IRPINO:  Based on how things have gone, I know

05:03   4    not to make reservations before 6:00.

05:03   5            THE COURT:  Okay.  So tomorrow morning we'll start up

05:03   6    again at 8:00 with --

05:03   7            MR. BROCK:  With Dr. Blunt.

05:03   8            THE COURT:  -- Dr. Blunt.

05:03   9            Okay.  Unless there's something else, we'll see

05:03   10   everyone in the morning.

05:03   11           THE DEPUTY CLERK:  All rise.

05:03   12           (WHEREUPON, the proceedings were concluded.)

13                          *****

14                        __CERTIFICATE__

15            I, Jodi Simcox, RMR, FCRR, Official Court Reporter

16   for the United States District Court, Eastern District of

17   Louisiana, do hereby certify that the foregoing is a true and

18   correct transcript, to the best of my ability and

19   understanding, from the record of the proceedings in the

20   above-entitled and numbered matter.

21

22

23            *s/Jodi Simcox, RMR, FCRR*
             Jodi Simcox, RMR, FCRR
             Official Court Reporter
24

25

OFFICIAL TRANSCRIPT

**.1 [2]** 1991/19 1991/19
**.1 percent [2]** 1991/19 1991/19

**0**

**02771 [1]** 1949/7

**1**

**10 [7]** 1984/17 1992/14 2057/16
 2057/19 2063/6 2064/19 2065/1
**10 hours [1]** 2063/8
**10-CV-02771 [1]** 1949/7
**10-CV-4536 [1]** 1949/9
**10-hour [1]** 2058/16
**10-MD-2179 [1]** 1949/4
**100 [1]** 2005/7
**100 stock [1]** 2006/17
**10003 [1]** 1950/11
**1001 [1]** 1952/17
**105 [1]** 2006/6
**106 [1]** 2006/8
**106 million barrels [1]** 2006/6
**109 [1]** 2013/20
**10th [1]** 2056/20
**110 [1]** 2006/9
**1100 [1]** 1952/14
**116 [1]** 2013/20
**11653 [1]** 1959/12
**11653.294.1 [1]** 2041/22
**11653.3.1 [2]** 2019/19 2054/20
**11653.302.1 [1]** 2039/11
**11653.302.2 [1]** 2043/24
**11653.318.1 [1]** 2040/16
**11653.318.2 [1]** 2040/10
**11653.8.3 [1]** 2035/24
**11654R [1]** 1959/16
**11654R.23.2 [1]** 2045/10
**12 [5]** 1996/8 1996/9 1996/16 1996/16
 2057/16
**12 percent [1]** 1993/22
**1201 [2]** 1952/10 1953/5
**12308 [1]** 1950/4
**1300 [1]** 1953/12
**1331 [1]** 1953/9
**13th [7]** 2042/8 2042/14 2046/7 2046/13
 2047/14 2047/21 2053/17
**14 [1]** 1962/11
**140 [1]** 2006/8
**14271 [1]** 1951/7
**14th [1]** 2019/2
**15 [5]** 1958/1 2019/1 2064/6 2064/22
 2065/5
**15-minute [1]** 2017/25
**150 [1]** 2006/9
**150 million barrels [1]** 2006/9
**1500 psi [1]** 2035/21
**15th [15]** 1969/1 1992/13 2019/2 2020/5
 2021/17 2039/18 2044/8 2053/23
 2054/9 2054/11 2056/20 2057/1
 2058/16 2063/25 2064/16
**15th to [1]** 2057/4
**16 samples [1]** 1984/17
**1615 [1]** 1953/12
**1665 [1]** 1953/9
**17 deposition [1]** 1955/21
**170 [1]** 1985/10
**1700 [1]** 1953/5
**18 [1]** 2056/18
**18,000 [1]** 1992/11
**188 [1]** 1950/16
**1885 [1]** 1950/23
**19 [1]** 2021/4

**19th [2]** 1992/15 2033/11

**2**

**2-inch [1]** 1994/21
**2.6 inches [1]** 1990/5
**20 [1]** 1949/5
**200 [1]** 2005/19
**20004 [1]** 1952/11
**20005 [1]** 1952/8
**20006 [1]** 1953/16
**20044 [2]** 1951/8 1951/16
**2010 [31]** 1949/5 2019/1 2019/4 2020/5
 2021/17 2021/17 2027/25 2028/7
 2031/23 2032/13 2033/11 2033/15
 2040/8 2040/18 2040/18 2041/2
 2046/13 2046/14 2047/14 2047/14
 2054/9 2054/11 2063/16 2063/21
 2063/22 2064/4 2064/21 2065/4 2065/9
 2065/14 2066/2
**2013 [2]** 1949/7 1955/2
**2020 [1]** 1953/16
**20th [5]** 2016/18 2019/4 2021/17
 2040/18 2046/23
**2179 [2]** 1949/4 2066/22
**21810 [1]** 1960/16
**21811 [1]** 1965/11
**21812 [1]** 1966/5
**21815 [1]** 1968/20
**21818 [1]** 1969/17
**21825 [1]** 1971/11
**21826 [1]** 1973/11
**21829 [1]** 1974/22
**21830 [1]** 1977/21
**21831 [1]** 1978/25
**21832 [2]** 1979/22 1985/6
**21833 [1]** 1984/2
**21834 [1]** 1981/13
**21836 [1]** 1986/2
**21837 [1]** 1986/22
**21838 [1]** 1987/22
**21839A [1]** 1989/19
**21840A [1]** 1991/6
**21841 [1]** 1992/6
**21842 [1]** 1993/9
**21843 [4]** 1994/9 2037/1 2037/6
 2037/10
**21847 [1]** 2000/4
**21848A [1]** 2000/25
**21849 [1]** 2003/14
**21850 [1]** 2004/8
**21851 [1]** 2009/14
**21852A [1]** 2009/23
**21854 [1]** 2011/15
**21856 [1]** 2013/1
**21857 [1]** 2014/24
**2216 [1]** 1950/7
**22nd [2]** 2031/23 2033/15
**238 millidarcy [1]** 2004/14
**24 [4]** 1994/3 2021/5 2028/14 2028/14
**24 sensitivity [1]** 2028/22
**2420 [1]** 2031/15
**24543 [2]** 2055/14 2061/6
**24544.1 [1]** 2059/8
**24545.3 [1]** 2029/18
**24546.1 [1]** 2037/19
**24549 [1]** 2042/20
**24550 [1]** 2046/3
**24551.1 [2]** 2024/2 2026/2
**25 [8]** 1989/17 1994/14 2028/24
 2028/25 2029/21 2030/5 2036/12
 2055/20
**25,000 barrels [1]** 1992/12
**250 [1]** 2021/4

**2500 [7]** 1993/20 1993/21 1993/21
 1993/22 1993/23 1994/1 2058/21
**2:24 p.m [1]** 2056/20

**3**

**3 million [1]** 2056/8
**3 percent [1]** 1970/1
**3,000 [1]** 2010/9
**3,511 [1]** 2043/5
**3,511 psi [3]** 2041/20 2042/4 2042/10
**3.3 million [1]** 2055/24
**3.3 million barrels [1]** 1999/16
**3.5 inches [2]** 1990/2 1990/8
**30 percent [1]** 1984/21
**300 [1]** 1951/23
**316 [1]** 1950/4
**32 [1]** 2035/7
**32591 [1]** 1950/5
**333 [1]** 1952/3
**355 [1]** 1952/22
**35th [1]** 1952/22
**360 [1]** 2005/1
**360 millidarcy [1]** 2004/22
**36130 [1]** 1950/20
**3668 [1]** 1949/23
**3700 [2]** 1952/14 1952/17
**3800 [1]** 2041/24
**39201 [1]** 1950/17
**3rd [3]** 2032/13 2033/15 2054/18

**4**

**4 percent [1]** 2013/19
**4.4 [1]** 2002/21
**4.4 million [1]** 2049/19
**4.53 million [1]** 2039/14
**4.7 [1]** 2003/3
**4.7 million [1]** 2049/20
**4.85 million [1]** 2060/8
**4.9 [1]** 2003/11
**4.9 million [1]** 2045/16
**400 [1]** 1984/25
**406 [1]** 1953/18
**4536 [1]** 1949/9

**5**

**5,000 [1]** 2032/11
**5,000 feet [1]** 2032/10
**5.03 million [1]** 2060/12
**5.12 million [1]** 2045/13
**5.15 [1]** 1997/5
**5.2 million [3]** 1972/14 2018/19 2044/5
**5.26 [1]** 2003/11
**5.3 [2]** 1995/22 2017/20
**5.3 million [1]** 2017/10
**5.3 million barrels [1]** 1967/1
**5.3 stock [1]** 2012/17
**5.8 million [1]** 2056/2
**50 [3]** 1978/9 1994/23 1994/24
**50 percent [1]** 1983/25
**50-foot [1]** 2026/8
**500 [6]** 1949/23 1950/20 1953/18
 1984/23 1984/24 1984/25
**500 percent [1]** 2005/19
**5000 [1]** 1951/18
**501 [1]** 1950/13
**504 [1]** 1953/19
**51,000 [2]** 2062/9 2062/13
**51,600 [1]** 2061/23
**54,200 [1]** 2062/3
**55,000 [2]** 2062/16 2062/21
**55-foot [1]** 2026/9
**556 [1]** 1949/23
**589-7780 [1]** 1953/19

6 microsips [2] 1996/16 2052/18
60 [2] 1962/23 1962/23
600 [12] 1950/4 1970/1 1984/25
 1992/22 1993/6 1993/15 1993/16
 1993/17 1993/21 1993/23 1994/1
 2058/21
600 barrels [4] 1992/22 1992/25 1993/2
 2058/15
60654 [1] 1951/24
655 [1] 1952/7
6:00 [1] 2071/4

# 7

7 cases [1] 2036/13
7 million [1] 2056/15
7 million barrels [1] 2056/8
7.8 [1] 1999/16
700 [1] 1950/10
701 [2] 1951/4 1951/18
70112 [1] 1953/13
70113 [1] 1949/20
70130 [3] 1950/8 1951/4 1953/19
70139 [1] 1951/19
70163 [1] 1952/14
70502 [1] 1949/24
70601 [1] 1950/14
70804 [1] 1950/24
75270 [1] 1953/6
7611 [1] 1951/15
77002 [1] 1952/17
77010 [1] 1953/9
777 [1] 1950/16
7780 [1] 1953/19

# 8

8,000 [1] 2010/9
820 [1] 1949/19
850 [1] 1985/10
850 millidarcy [1] 2004/22
86 [2] 1972/13 2043/16
86-day [1] 2063/10
8:00 tomorrow [1] 2066/16
8:00 with [1] 2071/6
8th [15] 2001/24 2016/18 2027/25
 2028/7 2040/8 2046/13 2047/1 2047/6
 2047/9 2047/11 2047/14 2047/19
 2048/11 2050/5 2050/17

# 9

90071 [2] 1952/4 1952/22
94005 [1] 1950/23
966 [4] 2038/19 2039/22 2041/6 2041/9
966 psi [1] 2039/7
966-psi [1] 2039/2

# A

ability [3] 2017/21 2021/13 2071/18
able [11] 1967/14 1988/21 1991/17
 1995/2 2021/7 2030/19 2038/8 2043/22
 2044/7 2055/21 2056/25
about [63] 1956/16 1956/17 1961/6
 1964/24 1965/14 1966/2 1970/1 1971/3
 1973/20 1975/23 1981/5 1982/2 1982/3
 1982/17 1982/20 1984/18 1990/5
 1992/21 1993/22 1997/22 2001/4
 2004/10 2006/24 2009/22 2010/3
 2013/19 2014/1 2015/10 2016/6
 2016/15 2017/25 2018/17 2019/16
 2023/10 2028/6 2028/9 2028/13
 2029/25 2030/10 2032/18 2035/21
 2037/14 2037/18 2037/23 2038/18
 2041/13 2043/12 2045/16 2047/18

2048/19 2048/21 2049/24 2051/4
 2050/7 2051/21 2052/7 2053/8
 2053/22 2054/18 2056/18 2056/22
 2066/20 2068/17
about using [1] 1984/18
above [3] 2043/10 2046/15 2071/20
above-entitled [1] 2071/20
Absolutely [1] 1982/15
Academies [1] 1962/16
accent [1] 1976/3
accept [3] 1960/13 1970/22 2056/13
acceptability [1] 2057/25
acceptable [4] 1990/25 1991/15 1996/21
 2056/14
access [1] 1976/7
accomplished [1] 1973/13
according [2] 2037/21 2053/4
account [12] 1963/13 1964/7 2013/13
 2026/25 2027/6 2028/23 2030/21
 2036/16 2037/13 2047/12 2047/25
 2065/7
accounted [9] 1987/11 2000/23 2027/4
 2027/8 2027/9 2027/17 2027/20
 2028/11 2047/8
accounting [1] 1963/14 2007/24
accounts [4] 1985/4 2027/13 2043/16
 2064/24
accuracy [3] 1969/19 1980/14 1987/8
accurate [3] 1966/16 1982/12 2038/23
accurately [4] 1983/20 2004/24 2044/18
 2044/20
acquired [1] 1981/22
across [5] 1975/16 1987/11 2011/11
 2043/5
acting [1] 1975/6
action [1] 2070/6
actual [12] 1972/1 1974/6 1976/18
 2044/3 2046/12 2046/18 2053/9 2055/7
 2058/15 2059/24 2060/20 2060/25
actually [16] 1964/21 1969/23 1989/12
 2008/4 2008/25 2043/13 2043/22
 2044/4 2044/7 2046/12 2047/18
 2048/22 2054/17 2055/25 2060/3
 2061/23
add [1] 2070/22
adding [1] 2039/7
addition [7] 1968/12 1979/18 1980/11
 1987/13 2029/3 2029/9 2052/21
additional [5] 2012/20 2029/9 2029/15
 2038/10 2038/15
address [1] 2066/12
adjust [1] 1999/21
adjusted [1] 2039/6
adjustment [1] 2039/1
admission [1] 2067/24
admit [1] 1960/14
admitted [14] 1955/19 1956/22 1958/13
 2067/2 2067/3 2067/8 2067/25 2068/16
 2068/25 2069/1 2069/2 2069/8 2069/10
 2069/11
admitting [1] 2067/9
adopt [1] 1960/2
advantage [1] 2030/14
advantages [1] 2030/17
affair [1] 2068/1
affect [6] 1963/17 1973/23 1977/15
 1979/6 2023/24 2050/10
affected [1] 2033/24
after [27] 1957/4 1968/13 1971/13
 1981/23 1983/8 1983/14 1990/13
 1991/10 1991/13 1992/24 1993/11
 1995/1 2001/19 2005/20 2007/3
 2012/10 2016/24 2016/24 2040/24

2047/6 2047/18 2050/5 2050/17 2053/1
 afternoon [3] 1949/14 1955/1 1955/7
 again [48] 1965/2 1970/14 1977/25
 1979/4 1980/6 1984/20 1985/7 1985/19
 1988/17 1992/13 1995/7 2000/16
 2001/5 2003/22 2006/1 2006/22 2010/4
 2010/20 2011/20 2012/2 2013/6 2015/5
 2016/4 2020/25 2023/1 2023/10 2026/3
 2026/12 2028/23 2033/16 2037/12
 2039/24 2041/11 2043/9 2046/4
 2047/19 2048/15 2050/7 2051/6 2051/7
 2051/10 2055/15 2061/8 2062/6 2064/5
 2065/21 2070/25 2071/6
against [24] 1972/9 1975/9 1976/13
 1980/12 1992/16 1997/12 1999/21
 2000/19 2000/20 2001/6 2003/4 2003/7
 2010/10 2010/22 2018/23 2027/21
 2027/24 2028/1 2028/2 2028/4 2035/21
 2041/5 2046/17 2053/12
ago [1] 1964/24
agree [10] 1998/18 2007/17 2021/16
 2023/13 2030/21 2032/22 2035/11
 2042/13 2060/18 2060/23
agrees [2] 1991/17 2067/11
ahead [9] 1964/17 1977/1 1986/24
 1995/18 1997/3 2067/17 2067/19
 2067/19 2067/22
aided [1] 1953/24
air [3] 1984/5 1984/10 1984/12
al [2] 1949/8 1949/11
Alabama [1] 1950/20
ALAN [1] 1953/8
Alberta [2] 1960/24 1964/25
aligned [1] 1956/1
all [70] 1955/4 1955/5 1955/6 1955/18
 1956/7 1957/15 1958/12 1960/9
 1960/13 1961/16 1961/22 1963/6
 1964/17 1966/21 1972/4 1973/2
 1973/22 1974/3 1974/8 1977/14
 1977/15 1978/18 1979/17 1980/16
 1981/21 1985/2 1985/12 1988/10
 1989/5 1994/14 1995/16 1999/13
 1999/23 1999/25 2000/10 2001/25
 2004/18 2005/3 2009/7 2009/16
 2009/19 2011/18 2012/23 2014/19
 2016/15 2017/7 2017/25 2018/2 2018/4
 2018/5 2018/6 2020/20 2021/2 2024/8
 2030/5 2037/5 2037/9 2042/8 2047/6
 2048/15 2048/15 2051/10 2055/20
 2057/2 2057/3 2061/3 2065/15 2068/2
 2070/19 2071/11
ALLAN [1] 1951/3
ALLEN [1] 1952/21
allow [10] 1972/6 1983/4 1997/11
 1997/21 2001/20 2003/24 2004/15
 2037/23 2049/13 2064/11
allowed [9] 1966/3 1968/15 1969/13
 1972/24 1972/25 1997/7 2002/3
 2024/20 2030/16
allows [3] 2014/17 2030/15 2062/24
along [6] 1970/11 1975/16 2014/21
 2016/1 2039/24 2059/1
already [7] 1969/3 1982/21 1989/23
 2013/5 2034/17 2036/15 2043/1
also [52] 1955/20 1956/24 1962/10
 1963/25 1964/1 1965/2 1969/12 1971/5
 1971/10 1974/16 1978/14 1980/8
 1982/6 1984/4 1984/8 1984/14 1988/3
 1991/10 1991/11 1994/1 1994/24
 1995/23 2003/1 2003/4 2008/1 2009/16
 2010/12 2011/14 2012/3 2023/7
 2024/14 2025/13 2025/25 2029/3

**A**

also... [18] 2033/10 2034/17 2041/4
2045/1 2047/9 2048/11 2049/15 2056/3
2061/10 2062/3 2065/19 2068/5 2068/8
2068/24 2069/13 2069/17 2069/25
2070/2
alternative [2] 2003/20 2039/3
Alternatively [1] 1998/1
although [3] 1978/19 1997/14 2061/25
Alto [1] 1960/25
always [4] 1963/9 1979/8 1988/18
2035/19
am [8] 1978/3 1991/17 1995/23 2001/25
2010/8 2017/3 2057/21 2057/21
ambient [1] 1970/13
AMERICA [8] 1949/10 1951/6 1951/10
1951/18 1951/21 1952/3 1952/6
1952/10
among [2] 2004/16 2004/20
amount [6] 1964/25 2013/9 2020/23
2021/9 2027/15 2034/4
amounts [3] 2012/5 2033/7 2033/16
Anadarko [5] 1953/11 1953/11 1953/14
1953/15 2018/11
analogous [4] 1975/19 1976/12 1979/2
1979/3
analogy [1] 2048/5
analyses [1] 2025/8
analysis [15] 1959/9 1973/8 1983/4
1983/12 1983/21 1985/8 2014/4 2014/7
2014/9 2015/9 2017/6 2018/14 2039/16
2052/9 2064/7
analytical [57] 1965/16 1968/18 1968/22
1968/24 1970/7 1970/10 1970/17
1971/2 1971/14 1971/17 1972/10
1972/12 1980/5 1986/8 1987/6 1987/6
1987/14 1988/3 2018/15 2018/17
2018/18 2019/9 2019/17 2019/18
2019/23 2020/1 2020/13 2020/15
2020/22 2021/8 2022/3 2022/6 2022/9
2022/13 2022/17 2023/1 2023/3 2024/6
2025/7 2025/20 2025/22 2026/3
2026/10 2026/20 2026/17 2026/24
2026/25 2027/4 2027/5 2027/10 2028/6
2028/10 2030/14 2030/20 2034/17
2036/15 2052/9
analyze [5] 1983/1 1983/9 2034/6
2034/12 2050/23
ANDREW [1] 1951/21
Andy [1] 1957/7
Angeles [2] 1952/4 1952/22
ANNA [1] 1951/13
another [1] 2056/11
answer [16] 1964/5 1964/11 1966/7
1967/15 1972/16 1973/16 1973/18
1986/7 2013/23 2016/14 2021/6
2021/11 2035/4 2062/18 2062/19
2065/5
answered [3] 1973/15 2051/15 2051/18
answers [12] 1963/19 1963/21 1964/2
1965/3 1966/4 1967/21 1968/16
1985/18 1997/16 2013/8 2015/18
2056/16
ANTHONY [1] 1950/7
any [49] 1955/18 1958/15 1958/12
1961/5 1962/13 1962/20 1972/7
1993/11 1999/6 2000/22 2001/20
2008/3 2008/17 2011/12 2015/24
2024/22 2025/8 2027/6 2027/13
2027/17 2027/24 2028/11 2037/7
2037/10 2040/7 2040/9 2041/1 2044/13
2044/14 2046/25 2048/1 2048/6

2049/23 2050/18 2050/21 2051/4
2055/1 2056/24 2057/20 2057/23
2061/22 2062/8 2062/15 2064/15
2065/3 2067/5 2067/24 2070/6 2070/14
anymore [1] 1988/12
anything [5] 1993/15 1993/16 2000/8
2000/21 2020/10
anywhere [1] 2032/20
APLC [1] 1951/17
apologies [2] 1976/3 2054/22
appear [1] 1979/19
Appearances [5] 1949/17 1950/1 1951/1
1952/1 1953/1
appeared [1] 2039/25
Appendix [1] 2015/23
Appendix III [1] 2015/23
applicable [2] 1974/9 2003/23
applies [2] 1949/6 2047/9
apply [1] 1985/13
appreciate [1] 1957/10 1961/2
appropriate [3] 1998/16 1998/20
2016/13
approximately [14] 1962/11 1962/23
1969/25 1992/11 2018/19 2019/1
2032/10 2032/11 2032/15 2035/22
2039/2 2054/17 2057/16 2057/19
APRIL [17] 1949/5 2002/7 2016/18
2019/4 2021/17 2031/23 2033/15
2040/18 2042/3 2042/8 2042/14
2046/23 2064/20 2065/4 2065/9
2065/14 2066/2
April 20th [5] 2016/18 2019/4 2021/17
2040/18 2046/23
April 20th and [1] 2002/7
April 20th to [5] 2042/3 2042/8 2042/14
April 22nd [2] 2031/23 2033/15
aquifer [2] 1980/8 2006/7
are [126]
area [2] 1961/13 1962/20
argument [1] 2067/4
arithmetic [1] 1984/20
around [3] 1961/22 2006/5 2053/19
arrive [2] 1967/25 2018/22
arrow [3] 1992/21 1993/5 1993/5
arrows [1] 1992/20
as [139]
Asbill [1] 1952/16
ascribe [1] 2017/1
aside [2] 2008/20 2030/8
ask [11] 1957/14 2003/16 2009/22
2025/15 2038/10 2047/19 2050/16
2051/15 2060/22 2065/21 2069/19
asked [13] 1961/15 1962/5 1964/12
1964/25 1965/2 1966/7 1966/10 2021/5
2035/6 2051/1 2051/8 2051/15 2051/17
asking [1] 2036/20
aspects [1] 1963/20
assess [5] 1964/25 1974/12 1976/22
2000/8 2002/12
assessed [5] 1969/24 1978/12 1985/23
1992/23 2005/3
assessing [1] 2003/17
assessment [17] 1964/6 1965/17
1973/14 1977/3 1977/13 1982/10
1982/12 1986/13 1988/5 1992/1
1993/11 1993/17 2002/25 2005/15
2015/23 2030/19 2050/20
assessments [1] 1973/9
ASSET [1] 1949/8
associated [7] 1965/4 2013/22 2031/1
2031/3 2031/10 2042/17 2050/12
associations [1] 1962/18
assume [6] 2003/6 2028/10 2041/16

2042/7 2042/10 2048/2
assumed Height [1] 1981/26 2011/17
assumes [3] 2015/15 2016/24 2042/3
assuming [3] 2002/21 2020/10 2048/10
assumption [10] 2003/5 2015/9 2016/18
2016/19 2017/2 2022/7 2028/6 2043/12
2044/11 2044/13
assumptions [8] 1987/13 1987/15
2007/11 2008/2 2008/6 2015/14
2015/18 2022/5
attempt [7] 2000/13 2004/11 2006/10
2008/20 2009/16 2011/24 2048/16
attempted [1] 2009/8
Attorney [2] 1950/18 1950/22
August [2] 2054/18 2056/20
August 10th [1] 2056/20
August 3rd [1] 2054/18
authorized [1] 2069/18
availability [1] 2062/22
available [9] 1966/21 1967/3 1968/25
1981/7 1981/10 1981/25 2002/15
2007/2 2008/18
Avenue [4] 1949/19 1950/20 1952/10
1952/22
average [2] 1984/20 1991/19
averages [3] 1984/18 1984/20 2022/11
awards [1] 1962/17
aware [3] 2062/8 2062/15 2063/9
away [2] 1961/6 1985/16
axis [8] 1975/1 1975/2 1977/25 1978/1
1991/22 1992/10 2010/4 2010/5

**B**

Bachelor's [1] 1960/21
back [25] 1957/5 1960/23 1985/6
1994/19 2000/20 2010/10 2010/21
2019/4 2019/6 2019/7 2020/10 2020/17
2020/22 2021/9 2021/14 2027/18
2037/17 2040/16 2046/3 2046/16
2046/22 2048/9 2057/21 2065/18
2071/1
background [2] 1960/20 1964/12
backward [2] 2021/1 2041/8
backwards [2] 2020/7 2020/18
bad [12] 1988/23 1993/12 1993/16
1993/21 1994/1 1995/13 1996/6
2058/12 2058/13 2059/4 2062/1 2062/7
balance [9] 1965/23 1967/17 1997/11
1997/19 1998/5 1998/14 1999/24
1999/25 2013/10
bar [1] 2059/5
BARBIER [1] 1949/15
Barnett [1] 1958/10
BARR [1] 1950/3
barrel [1] 1970/1
barrels [26] 1967/1 1967/1 1972/14
1992/12 1992/22 1992/25 1993/2
1999/16 1999/20 2006/6 2006/9
2006/17 2012/6 2012/18 2017/11
2018/19 2039/14 2044/5 2045/13
2049/15 2056/3 2056/8 2056/15
2058/15 2058/21 2062/9
BARRY [4] 1951/23 1956/13 1960/11
2018/9
base [33] 1978/19 1988/10 1989/1
1989/3 1989/10 1989/13 1989/24
1990/5 1996/9 1996/11 2009/10 2014/9
2028/14 2028/21 2029/21 2034/6
2034/11 2034/13 2034/22 2035/1
2035/7 2036/12 2036/20 2047/25
2052/4 2052/7 2052/11 2052/14
2052/17 2052/19 2052/19 2055/23

**B**

base... [1] 2066/4
based [12] 1972/17 1974/15 1981/23
 2016/7 2028/25 2039/16 2042/22
 2047/17 2052/9 2061/22 2062/1 2071/3
basically [20] 1973/15 1981/20 1983/17
 1984/13 1984/16 1987/14 1991/16
 1995/1 2006/12 2009/10 2010/2 2010/9
 2010/19 2026/24 2032/4 2041/8 2043/7
 2057/2 2061/17 2062/22
basis [1] 2052/13
Baton [1] 1950/24
Baylen [1] 1950/4
be [93] 1955/5 1956/21 1957/9 1958/8
 1962/2 1962/2 1962/3 1962/15 1964/1
 1964/7 1965/24 1967/14 1968/12
 1969/7 1970/23 1972/8 1973/6 1973/7
 1974/9 1974/18 1975/8 1975/15
 1975/21 1981/3 1982/7 1982/13
 1984/12 1985/23 1986/10 1986/18
 1990/5 1992/23 1993/6 1993/17
 1996/13 1998/5 2001/11 2003/25
 2004/25 2007/13 2009/12 2010/13
 2014/13 2015/16 2016/21 2016/23
 2017/16 2018/5 2021/7 2023/13
 2023/16 2023/18 2023/20 2024/21
 2024/22 2024/23 2028/7 2030/3
 2030/19 2030/21 2034/18 2034/19
 2035/22 2035/22 2036/16 2037/24
 2038/8 2038/23 2039/25 2041/3
 2044/16 2044/21 2046/2 2047/1 2047/7
 2047/7 2048/1 2048/13 2049/21
 2050/12 2054/21 2056/5 2056/12
 2057/9 2058/4 2058/14 2061/5 2062/4
 2062/10 2065/19 2067/15 2070/13
 2071/1
bear [1] 1968/3
bears [3] 1963/18 1967/19 1983/23
because [22] 1964/9 1965/24 1965/25
 1978/3 1980/11 1983/5 1997/11
 1998/23 2000/23 2002/3 2007/25
 2015/13 2017/13 2028/3 2030/14
 2033/17 2040/2 2040/23 2042/16
 2058/18 2062/22 2064/9
become [2] 1963/14 2032/4
been [34] 1958/21 1962/7 1962/17
 1964/21 1965/4 1967/4 1967/6 1967/8
 1967/18 1969/2 1971/9 1983/3 1983/6
 1983/12 1983/13 1984/8 1984/9
 1988/21 1989/13 1995/2 2002/25
 2046/25 2048/18 2050/1 2051/8
 2051/16 2051/16 2056/16 2065/16
 2066/14 2067/21 2068/16 2068/25
 2069/2
before [19] 1949/14 1965/18 1973/16
 1983/11 1988/25 1991/9 2001/2
 2002/24 2010/3 2020/2 2039/23 2040/7
 2040/24 2047/9 2053/14 2053/15
 2053/18 2067/16 2071/4
began [3] 2018/25 2020/1 2054/12
begin [1] 1969/15
beginning [6] 1997/10 2022/16 2046/22
 2048/10 2063/21 2068/3
behalf [3] 1958/15 1960/11 2018/11
behavior [5] 1987/7 2010/20 2039/20
 2041/4 2050/20
behind [1] 1986/20
being [8] 1968/11 1969/20 1969/21
 1969/23 1970/2 1989/22 2011/21
 2043/21
believe [36] 1956/17 1958/1 1962/23
 1984/14 1998/16 1998/18 2002/6
 2006/5 2007/25 2008/13 2013/19
 2018/22 2021/19 2022/21 2025/4
 2026/13 2028/9 2029/8 2029/12
 2029/14 2030/13 2030/25 2031/10
 2033/3 2033/5 2033/19 2034/2 2035/5
 2036/25 2038/22 2039/22 2047/1
 2053/15 2061/16 2061/18 2067/8
believed [1] 2039/17
below [6] 1979/13 1990/21 1990/23
 2022/25 2023/4 2043/10
belts [1] 1990/11
bend [1] 1961/5
BENSON [1] 1951/11
best [11] 1956/11 1963/25 1964/5
 1966/25 1982/18 1989/1 1989/2
 1989/13 2014/12 2014/14 2071/18
BETHANY [1] 1951/13
better [3] 1993/15 1993/15 2071/1
between [37] 1967/1 1978/9 1984/21
 1987/5 1991/13 1992/11 1992/18
 1993/4 1993/20 1993/23 1996/5
 1999/20 2002/7 2004/21 2005/18
 2006/8 2012/17 2013/20 2017/10
 2020/13 2021/22 2026/19 2045/18
 2047/14 2047/21 2048/3 2049/4
 2056/15 2056/20 2058/10 2058/20
big [9] 1972/19 1972/21 1973/17
 1978/10 1978/12 1978/21 1979/11
 2034/18 2044/21
bigger [1] 1977/8
biggest [4] 1974/19 1979/6 2002/11
 2002/12
billion [1] 2012/6
billion barrels [1] 2012/6
Bingham [1] 1953/14
bit [11] 1961/1 1970/25 1981/5 1982/20
 1987/8 1994/11 2000/6 2009/22 2038/7
 2047/4 2051/24
black [2] 1975/3 1990/11
blew [1] 1964/24
blocked [1] 2011/9
blown [2] 1984/5 1984/11
blowout [8] 1963/1 1964/13 1964/20
 1982/4 2031/19 2032/8 2035/9 2044/19
Blunt [13] 1984/14 2007/1 2007/7
 2007/12 2007/17 2008/1 2008/4
 2008/11 2012/21 2013/13 2013/17
 2071/7 2071/8
Blunt's [7] 1998/19 2006/24 2007/17
 2008/21 2013/4 2013/15 2014/20
board [1] 2028/21
BOLES [1] 1952/3
books [1] 2005/23
BOP [165]
BOP's [2] 2041/19 2063/25
both [16] 1960/23 1963/20 1976/15
 1977/11 1995/20 2006/4 2006/18
 2013/11 2041/1 2046/2 2049/7 2049/7
 2049/8 2049/10 2049/11 2049/15
bottom [28] 1975/1 1975/10 1975/16
 1977/25 1990/15 1991/11 2007/6
 2007/10 2007/14 2007/20 2007/24
 2008/9 2010/4 2022/22 2022/24 2023/8
 2024/9 2024/20 2023/4 2027/1 2027/3
 2037/11 2050/1 2050/24 2059/16
 2060/15 2065/13 2066/2
bound [5] 2002/13 2059/13 2059/16
 2060/7 2060/10
boundary [1] 2002/15
BOWMAN [1] 1953/4
Box [5] 1949/23 1950/4 1950/23 1951/7
 1951/15
boxes [2] 1987/9 1987/10
BP [35] 1949/10 1951/17 1951/18
 1951/19 1951/20 1951/21 1951/22
 1952/2 1952/3 1952/4 1952/5 1952/6
 1952/7 1952/9 1952/10 1952/11 1956/2
 1956/6 1956/14 1957/3 1957/4 1957/6
 1957/7 1960/12 1974/7 1981/18
 1981/22 1981/25 1998/13 2018/11
 2045/22 2066/12 2069/10 2069/14
 2070/3
BP's [5] 1974/5 1982/2 1982/9
BP-retained [1] 2045/22
bracket [1] 2048/16
BRAD [1] 1952/20
Branch [1] 1951/6
bread [1] 1983/18
Brennan [1] 1952/16
BRIAN [2] 1950/3 1952/20
BRIDGET [1] 1952/7
brief [1] 1964/19
briefly [9] 1960/19 1968/22 1985/6
 1986/4 1986/19 2001/14 2012/23
 2014/3 2015/2
bring [7] 1959/12 1959/16 1974/21
 1980/15 1981/12 1991/5 2069/15
Broad [1] 1950/13
Broadway [1] 1950/10
BROCK [3] 1952/10 2067/11 2068/3
brought [1] 2068/1
BRUCE [1] 1953/4
build [3] 1971/21 2011/17 2054/12
building [2] 1969/8 1971/22
builds [1] 2022/4
buildup [17] 1968/14 1973/1 1983/1
 1983/2 1983/4 2049/1 2054/1 2054/6
 2054/24 2055/3 2055/12 2055/21
 2055/25 2056/3 2056/9 2056/12
 2056/18
built [3] 1972/10 1983/16 2022/10
bullet [2] 1971/21 2015/19
bundle [4] 1956/16 2069/14 2069/16
 2070/2
bundles [10] 1955/21 1955/23 1955/24
 1956/1 1956/2 1956/4 2068/25 2069/8
 2069/10 2069/11
Burling [1] 1952/9
Bushnell [3] 1956/16 2070/3 2070/14
butter [1] 1983/18
button [1] 1998/8

**C**

calculate [3] 1971/18 2057/4 2057/8
calculated [2] 1971/6 2025/17
calculates [1] 2022/10
calculation [4] 2008/3 2027/11 2027/12
 2043/15
calculations [2] 1971/4 2034/5
CALDWELL [1] 1950/22
Calgary [1] 1962/12
calibrate [5] 1968/6 1997/7 1999/21
 2063/2 2063/3
calibrated [7] 1968/14 1969/8 1970/17
 1971/13 2013/8 2019/13 2020/19
calibrating [1] 1980/12
calibration [14] 1966/1 1969/15 1970/5
 1996/23 1997/12 1997/13 1997/14
 1997/18 1999/1 1999/9 2004/19 2014/2
 2017/22 2063/1
California [3] 1952/4 1952/22 1960/25
call [17] 1955/10 1955/13 1956/15
 1957/21 1958/17 1965/16 1976/14
 1987/16 1989/3 1989/13 2015/7
 2025/14 2029/4 2050/14 2052/4
 2066/13 2069/21

C
call-out [1]  2066/13
call-outs [3]  1955/10 1955/13 1956/25
called [44]  1961/15 1963/8 1971/19
1971/22 1975/3 1978/19 1979/11
1981/17 1988/13 1988/17 1989/10
1991/1 1991/12 1993/2 1993/24
2001/17 2002/23 2004/16 2006/22
2007/3 2008/12 2009/18 2011/5
2011/13 2012/1 2015/21 2024/9
2024/14 2024/17 2025/18 2037/18
2038/18 2041/10 2041/13 2045/1
2045/7 2048/22 2051/22 2053/2
2058/24 2059/13 2059/16 2063/13
2063/18
calling [2]  2058/17 2069/20
came [6]  1964/10 1990/20 2018/18
2018/20 2021/2 2030/22
Camp [1]  1951/4
can [54]  1957/8 1957/11 1961/4 1961/5
1966/15 1968/22 1970/6 1971/18
1972/8 1976/16 1977/11 1983/18
1986/14 1986/17 1986/19 1987/24
1996/17 1997/19 1999/19 1999/19
2001/15 2004/25 2004/25 2007/15
2009/12 2010/6 2011/21 2011/22
2012/2 2015/6 2016/5 2017/7 2017/13
2022/16 2023/13 2023/16 2023/18
2023/20 2023/24 2025/4 2025/6
2029/20 2031/15 2034/10 2036/25
2037/19 2043/9 2044/2 2050/6 2050/17
2057/22 2061/6 2065/24 2066/15
Canada [2]  1960/24 1962/12
Canadian [1]  1962/16
cannot [6]  1966/17 1996/13 1997/11
2017/19 2035/22 2050/6
cap [4]  1970/12 2059/22 2062/23
2064/10
capacity [1]  1975/21
Capital [1]  1950/16
capping [9]  1971/3 2007/4 2020/3
2020/5 2053/17 2054/8 2054/11
2059/16 2060/11
captured [1]  2047/1
care [1]  2034/24
careful [1]  1989/13
carefully [2]  1969/22 2000/15
CARL [1]  1949/15
CARRIE [1]  1951/21
carries [3]  2013/9 2013/17 2013/23
carry [2]  1963/9 2061/20
carrying [1]  1964/4
case [127]
case's [3]  2057/11 2060/18 2060/23
cases [94]  1962/5 1989/17 1992/8
1993/11 1994/14 1994/24 1999/13
1999/23 1999/25 2000/10 2001/15
2002/4 2002/5 2002/10 2002/16
2002/17 2003/4 2003/6 2003/8 2004/6
2004/20 2006/3 2006/4 2009/18
2010/20 2010/25 2012/8 2012/10
2028/15 2028/16 2028/17 2028/18
2028/19 2028/20 2028/21 2028/23
2028/24 2028/25 2029/4 2029/6
2029/13 2029/22 2029/22 2029/24
2030/8 2030/9 2030/10 2030/11 2034/6
2034/11 2034/13 2035/1 2035/8
2036/12 2036/13 2036/21 2037/5
2037/7 2037/9 2037/14 2037/15
2037/22 2038/12 2038/14 2038/16
2041/1 2041/3 2045/2 2045/6 2048/22
2048/22 2048/23 2049/3 2049/8

2049/15 2049/18 2049/19 2049/21
2049/23 2051/2 2051/3 2053/3 2053/4
2055/20 2055/21 2055/23 2056/25
2059/18 2061/22 2062/8 2062/12
2062/15 2062/20 2064/18 2064/25
casing [1]  2050/4
categories [2]  1979/25 1993/14
category [3]  2062/3 2070/8 2070/8
cause [1]  1978/20
caused [5]  1979/7 2021/19 2024/22
2035/11 2035/20
causes [3]  1977/4 1977/9 1979/10
cement [11]  2024/20 2024/22 2024/25
2037/11 2049/24 2049/25 2050/17
2050/23 2051/1 2051/5 2051/12
center [1]  1978/8
CERNICH [1]  1951/12
certain [6]  1957/13 1989/9 1996/13
2027/22 2052/6 2055/6
certainly [7]  1971/16 1972/18 1988/1
1989/23 1992/10 2037/24 2042/15
certainty [1]  1980/14
CERTIFICATE [1]  2071/14
certify [1]  2071/17
CHAKERES [2]  1951/12 1958/15
challenge [1]  1967/18
challenges [1]  1967/2 1967/4
change [34]  1976/24 1976/24 1977/5
1978/9 1978/9 1978/11 1979/5 1979/10
1987/10 1987/11 1988/6 1988/11
1991/1 1996/16 1996/23 1998/11
1998/17 1998/17 1998/24 1999/2
1999/5 2009/11 2011/22 2012/10
2014/8 2022/7 2022/10 2025/1 2025/22
2026/18 2026/20 2026/22 2042/8
2057/21
changed [1]  1978/19 1988/8 1990/19
1994/4 1998/14 1998/15 2010/8 2034/3
2034/16 2034/21 2061/10
changes [10]  1998/25 2000/15 2014/14
2017/4 2026/20 2026/21 2026/22
2048/14 2050/21 2069/22
changing [4]  1977/3 1978/3 1979/7
1994/17
characterize [1]  1962/7
characterizing [1]  2048/13
charge [5]  1961/14 1964/22 1964/22
1965/6 1965/7
Charles [1]  1950/14
chart [5]  2036/24 2040/16 2055/16
2058/2 2061/21
check [5]  1973/4 1999/2 2003/24 2030/2
2057/24
checked [1]  1972/9
chemical [2]  1960/21 1960/22
Chicago [1]  1951/24
chief [2]  1958/8 1958/17
choice [1]  2016/12
choke [1]  2063/25
choked [1]  1994/19
choose [5]  1966/3 1989/2 2000/20
2012/5 2056/14
chooses [1]  2014/11
chose [13]  1965/19 1979/17 1979/18
1980/1 1980/2 1980/2 2000/16 2000/19
2006/15 2016/1 2052/6 2052/8 2053/12
chosen [2]  1989/9 1993/6
circles [3]  1990/14 1991/18 1992/13
circulated [1]  1955/11
circumstances [1]  1982/19
Civil [1]  1951/6
clear [2]  2051/10 2051/16
clearly [2]  1978/7 1982/11

client [1]  1964/23
clients [4]  1961/17 1961/24
1963/22
clips [2]  1958/7 1958/9
close [3]  1978/18 1978/19 2006/8
closed [5]  2007/3 2020/3 2020/5 2054/9
2054/11
closely [1]  2055/3
coefficient [2]  2024/17 2025/18
coefficients [4]  1971/19 2024/5 2024/8
2024/15
cohesive [2]  1981/20 2014/9
collapsed [1]  2031/24
collect [1]  1982/6
collected [7]  1969/20 1969/21 1970/2
2005/2 2005/20 2063/9 2064/1
collection [94]  1966/2 1967/9 1968/11
1968/25 1969/9 1969/19 1970/5
1970/11 1970/19 1970/13 1970/20
1970/22 1970/23 1972/25 1986/16
1988/24 1992/5 1992/9 1992/11
1992/12 1992/14 1992/24 1994/7
1995/7 1995/9 1995/10 1995/12
1995/13 1995/21 1997/2 1997/12
2002/20 2004/15 2006/19 2006/21
2009/1 2009/4 2012/1 2012/3 2012/7
2017/19 2039/17 2039/18 2039/19
2043/22 2044/8 2044/9 2049/15
2053/15 2054/3 2056/24 2057/4 2057/9
2057/12 2057/14 2057/15 2057/18
2058/3 2058/5 2058/8 2058/8 2058/14
2058/15 2058/19 2059/10 2059/25
2060/2 2060/4 2060/16 2060/20
2060/21 2060/25 2061/1 2061/5
2061/13 2062/4 2062/10 2062/17
2062/23 2063/3 2064/2 2064/3 2064/5
2064/8 2064/12 2064/15 2064/19
2064/22 2065/1 2065/5 2065/12
2065/15 2065/25 2066/3
collections [4]  2063/13 2063/18 2063/24
2063/24
COLLIER [1]  1951/22
colored [1]  2010/15
colors [1]  1995/8
column [13]  1980/17 1994/15 1994/16
1994/24 1994/25 1995/1 1995/3 1995/5
1995/6 1995/14 1995/15 1999/13
2055/17
columns [1]  2061/9
combination [1]  2049/12
combined [2]  1976/18 2009/18
come [10]  1966/19 1972/22 1975/5
1975/16 1990/22 2001/20 2011/11
2038/21 2052/8 2069/25
coming [1]  2001/20
common [1]  1984/1
commonly [4]  1963/6 1965/22 2053/4
2053/6
companies [4]  1961/20 1961/21 1961/21
1963/3
company [9]  1951/19 1951/22 1952/4
1952/7 1952/11 1953/12 1953/15
1961/10 1983/17
compare [1]  2057/5
compared [4]  1991/13 1995/7 2058/8
2061/4
comparing [5]  1992/8 1992/16 2034/13
2053/8 2053/21
comparison [1]  2047/24
compilation [1]  1981/21
COMPLAINT [1]  1949/7
component [1]  1997/22
components [1]  2036/10

**C**

compressibility [19] 1974/2 1978/22 1980/9 1989/7 1996/8 1996/12 1996/15 1997/9 1997/15 1997/21 1997/22 1997/23 1998/25 1999/5 2006/7 2013/11 2013/24 2052/15 2052/17
compressible [1] 1996/17
computer [2] 1953/24 1987/19
computer-aided [1] 1953/24
concept [2] 1986/20 2001/4
concepts [2] 1974/11 1986/20
concerned [1] 2017/3
concluded [1] 2071/12
conclusion [3] 1958/7 1966/24 2018/22
conclusions [2] 2051/9 2051/11
conditions [4] 1982/24 1984/10 1990/15 1990/16
conducting [1] 2018/10
confer [1] 2070/18
conference [2] 1962/24 2069/18
confidence [1] 2017/12
confirm [3] 1979/20 1986/6 1988/2
confirmation [1] 2062/25
confirmed [3] 1986/10 1986/11 2056/4
confusing [1] 2047/18
connected [5] 2031/18 2032/1 2032/8 2032/12 2033/4
connection [1] 1957/1
consider [10] 1962/24 1967/23 1985/16 2022/14 2022/20 2047/5 2048/17 2050/8 2050/14 2067/3
consideration [6] 2035/2 2036/13 2036/21 2037/6 2037/10 2040/7
considered [18] 1967/11 1973/22 1974/3 1981/3 2000/10 2002/17 2011/8 2016/23 2022/17 2024/21 2028/4 2043/7 2044/21 2046/15 2048/22 2058/20 2062/4 2067/4
considering [1] 1975/9
consistency [1] 2014/19
consistent [21] 1966/21 1970/23 1973/1 1973/6 1982/14 1988/3 1988/15 1988/18 1988/21 1990/9 1992/3 1992/4 1995/20 2001/12 2002/19 2004/3 2014/18 2019/12 2044/16 2065/17 2065/19
consistently [1] 2014/19
constant [4] 1972/4 2041/17 2041/24 2042/14
constrain [1] 2056/11
contain [1] 1956/5
contained [3] 1955/25 1959/10 1981/19
contains [2] 1955/22 2028/14
context [1] 2004/17
contingent [4] 2067/24 2068/8 2068/24 2070/10
continue [1] 1968/17 2035/7
continued [2] 2033/3 2033/8
control [1] 2069/12
controlled [2] 1982/24 1984/10
conventional [1] 1983/11
conventionally [1] 1971/25
cooling [2] 2007/9 2007/25
cools [1] 2007/9
core [5] 1981/1 1981/9 1984/7 1984/8 1984/11
cores [2] 1984/5 1984/7
COREY [1] 1950/19
Corporation [2] 1953/11 1953/15
correct [131]
corrected [7] 1990/15 2002/18 2007/14 2042/4 2042/5 2045/19 2049/5

correcting [1] 2007/7
correction [3] 1990/7 1772/14 2008/12
2008/9 2008/19 2039/23 2040/1 2041/6
corrections [3] 1984/12 2022/5 2045/23
correctly [2] 2006/8 2021/12
corresponding [1] 2057/12
could [62] 1959/12 1959/16 1960/16 1960/19 1961/1 1961/16 1961/17 1964/19 1965/10 1965/13 1966/19 1968/19 1969/16 1971/14 1973/6 1973/13 1974/21 1974/24 1977/20 1978/24 1980/20 1981/12 1982/21 1983/12 1985/23 1986/1 1989/16 1989/19 1989/21 1991/5 1992/8 1993/8 1998/22 1999/8 1999/15 2000/3 2000/25 2002/12 2002/12 2003/14 2004/8 2004/18 2006/25 2012/25 2014/3 2014/21 2014/23 2015/2 2016/1 2035/17 2038/8 2041/3 2042/20 2044/21 2044/23 2049/12 2052/22 2055/11 2055/24 2056/3 2056/5 2056/8
couldn't [1] 1982/12
Council [1] 1962/16
counsel [1] 1967/20
couple [12] 1964/21 1965/4 1967/13 1971/8 1978/13 1981/8 2008/25 2010/20 2011/20 2015/14 2025/19 2038/10
coupled [3] 1975/6 1976/18 2014/17
course [6] 1956/17 1966/14 1987/3 2001/20 2008/10 2063/10
court [31] 1949/1 1953/18 1959/3 1959/10 1959/21 1960/3 1960/19 1961/1 1964/19 1965/8 1965/13 1966/2 1968/23 1971/3 1982/20 1982/21 1985/19 1986/19 1987/24 1989/18 2000/7 2001/3 2004/17 2015/2 2018/3 2028/9 2046/1 2070/6 2071/15 2071/16 2071/23
Court's [1] 1956/18
cover [2] 1959/15 1959/18
Covington [1] 1952/9
crisp [1] 2020/12
criteria [2] 1993/19 2062/6
criterion [1] 1991/16
critical [1] 2066/21
criticisms [1] 2013/3
cross [5] 1951/13 1976/17 2010/13 2018/10 2018/12
cross-examination [2] 2018/10 2018/12
crossing [2] 2010/23 2011/1
cumulative [49] 1966/8 1966/13 1966/20 1966/25 1967/12 1969/13 1972/11 1986/18 1995/15 1995/21 1997/24 1998/4 1998/10 1999/5 1999/8 2001/13 2002/13 2003/2 2003/9 2004/5 2005/5 2009/5 2012/9 2012/16 2015/7 2015/17 2017/9 2017/16 2021/1 2027/11 2039/9 2039/14 2040/13 2043/15 2044/4 2044/24 2045/13 2045/16 2048/4 2048/8 2048/19 2049/18 2052/22 2055/24 2056/2 2056/7 2060/7 2060/11 2061/13
current [2] 1961/3 1961/9
cursor [1] 2059/1
curve [22] 1975/15 1975/15 1975/18 1975/19 1975/19 1976/11 1976/11 1976/12 1976/12 1976/17 1976/17 1977/4 1977/7 1977/11 1977/12 1977/18 1977/19 1978/10 1978/13 1979/6 1979/11 2010/19
curves [17] 1976/7 1976/10 1976/13 1976/21 1978/2 1978/4 1978/8 1978/17

1978/20 1979/4 1979/5 2010/3 2010/7 2010/9 2010/11 2010/18 2010/20 2010/25
cut [2] 2032/9 2032/12
CV [2] 1949/7 1949/9

**D**

D-21810 [1] 1960/16
D-21811 [1] 1965/11
D-21812 [1] 1966/5
D-21815 [1] 1968/20
D-21818 [1] 1969/17
D-21826 [1] 1973/11
D-21829 [1] 1974/22
D-21830 [1] 1977/21
D-21831 [1] 1978/25
D-21832 [2] 1979/22 1985/6
D-21833 [1] 1984/2
D-21834 [1] 1981/13
D-21836 [1] 1986/2
D-21837 [1] 1986/22
D-21838 [1] 1987/22
D-21839A [1] 1989/19
D-21840A [1] 1991/6
D-21841 [1] 1992/6
D-21842 [1] 1993/9
D-21843 [4] 1994/9 2037/1 2037/6 2037/10
D-21847 [1] 2000/4
D-21848A [1] 2000/25
D-21849 [1] 2003/14
D-21850 [1] 2004/8
D-21851 [1] 2009/14
D-21852A [1] 2009/23
D-21854 [1] 2011/15
D-21856 [1] 2013/1
D-21857 [1] 2014/24
D-2420 [1] 2031/15
D-24543 [2] 2055/14 2061/6
D-24544.1 [1] 2059/8
D-24545.3 [1] 2029/18
D-24546-2 [1] 2041/11
D-24546.1 [1] 2037/19
D-24549 [1] 2042/20
D-24550 [1] 2046/3
D-24551.1 [2] 2024/2 2026/2
D-A-R-V-I-S-H [1] 1959/1
D.C [5] 1951/8 1951/16 1952/8 1952/11 1953/16
Dallas [1] 1953/6
Darvish [14] 1958/18 1958/20 1958/24 1959/6 1960/6 1960/19 1964/8 2003/12 2017/7 2017/23 2018/10 2068/6 2068/7 2068/23
dashed [2] 2040/21 2040/23
data [82] 1963/4 1963/6 1963/11 1963/16 1963/18 1966/2 1966/21 1967/3 1967/7 1967/7 1967/9 1967/19 1968/3 1968/9 1969/22 1972/17 1980/12 1980/13 1981/15 1981/22 1981/23 1981/25 1982/1 1983/10 1984/4 1984/13 1984/15 1985/11 1985/12 1985/23 1988/23 1990/10 1991/15 1991/24 1992/4 1995/7 1997/12 1999/9 2001/12 2002/1 2002/19 2004/18 2005/11 2005/11 2005/13 2006/5 2009/13 2014/2 2014/19 2017/5 2043/8 2047/16 2049/4 2049/16 2053/19 2054/1 2054/3 2054/6 2054/17 2054/24 2055/3 2055/8 2056/12 2056/17 2056/18 2056/19 2057/15 2057/16 2057/19 2058/4 2058/19 2058/23 2060/16 2060/21 2061/1 2061/19 2061/22 2063/2 2063/3

D

data... [1] 2063/7
dataset [1] 2056/22
date [2] 2020/8 2033/12
Daubert [2] 1960/5 1960/9
David [1] 1958/10
DAVIS [1] 1952/21
DAVIS-DENNY [1] 1952/21
day [35] 1949/14 1963/3 1963/3
1969/11 1970/1 1971/7 1971/13
1971/18 1972/25 1992/12 1992/22
1992/25 1993/2 2018/23 2019/6
2019/12 2020/2 2021/13 2057/7
2057/11 2057/13 2061/11 2061/22
2061/23 2062/1 2062/2 2062/9 2062/9
2062/13 2062/16 2062/25 2063/4
2063/6 2063/8 2063/10
day-to-day [1] 1963/3
days [5] 2043/16 2056/17 2056/18
2057/7 2063/10
days' [1] 1972/13
deal [6] 1957/11 1963/4 1963/11 2001/3
2030/15 2030/16
DEBORAH [1] 1953/12
decades [2] 1983/3 1983/7
decide [1] 2055/6
declined [1] 2033/19
declines [1] 2033/22
deconvolution [2] 2015/21 2015/24
decoupled [1] 1975/22
decrease [1] 2021/19
decreased [1] 2021/16
dedicated [1] 2000/11
deemed [2] 2058/14 2062/10
DEEPWATER [18] 1949/4 1952/14
1952/14 1952/17 1952/17 1952/20
1952/20 2023/21 2027/6 2031/14
2031/18 2031/23 2032/2 2032/8
2032/12 2033/14 2035/8 2044/19
defendants' [5] 2003/19 2005/6 2006/13
2009/17 2009/20
defense [2] 2003/16 2011/18
define [1] 2009/18
defined [1] 1966/19
degree [33] 1965/3 1967/4 1967/20
1967/21 1969/24 1970/3 1978/11
1980/13 1983/14 1985/2 1985/17
1985/23 1988/15 1991/12 1991/21
1991/22 1992/22 1992/23 1992/25
1993/3 1993/19 1997/8 1997/15
1997/20 1998/11 1999/6 2005/10
2005/17 2005/22 2013/23 2034/25
2035/14 2036/3
degrees [1] 2013/18
deliverability [3] 1975/20 1976/1 1976/2
demand [1] 1976/13
demonstrated [3] 1966/19 1998/21
1998/23
demonstrates [1] 2010/19
demonstration [2] 1974/18 2010/5
demonstrative [37] 1960/16 1965/10
1966/5 1968/19 1969/16 1971/11
1973/10 1974/22 1977/21 1978/24
1979/22 1981/12 1984/2 1985/6 1986/1
1986/21 1986/22 1987/22 1989/19
1991/5 1992/6 1993/8 1994/9 2000/3
2000/25 2003/14 2004/8 2009/14
2009/23 2011/15 2012/25 2014/23
2031/16 2037/2 2042/22 2042/23
2061/8
demonstratives [5] 1955/10 1955/14
1956/25 1981/8 1981/11

DENNY [1] 1952/21
densities [1] 2008/12
density [4] 2007/9 2008/13 2008/16
2008/18
Department [2] 1951/6 1951/9
dependent [1] 2000/17
depending [2] 2015/15 2023/10
depends [3] 1997/20 2015/18 2021/14
depleted [1] 1990/23
deposition [11] 1955/21 1956/1 1956/16
1957/21 1958/3 2021/4 2021/5 2033/6
2068/9 2068/24 2070/2
derive [1] 2057/12
describe [17] 1961/17 1965/13 1968/22
1973/13 1974/24 1975/5 1982/21
1986/19 1986/21 1987/7 1988/4
1989/21 1992/8 2001/16 2006/25
2014/3 2016/3
described [3] 1971/9 1994/3 2001/6
describes [3] 1974/18 1975/19 1975/25
describing [2] 2009/9 2009/25
description [12] 1964/19 1966/16
1971/16 1972/22 1972/24 1973/3
1976/21 1980/3 1981/24 1987/1
2000/17 2065/16
descriptions [2] 1973/5 2065/19
designated [3] 1955/21 2060/14
2060/15
designations [4] 1955/25 1956/4 1956/5
1956/8
despite [2] 2043/19 2043/19
detail [2] 1971/1 2015/24
determination [3] 2058/9 2059/5
2062/24
determine [3] 2019/8 2051/22 2059/2
determined [4] 1993/12 2029/21 2055/2
2061/13
determining [1] 1973/20
develop [6] 1985/3 1991/2 1991/17
1995/2 2017/13 2047/17
developed [15] 1962/3 1964/7 1977/15
1983/3 1983/6 1988/25 1989/23
1991/16 1991/20 1993/18 2003/24
2019/10 2033/10 2052/1 2052/4
development [2] 1962/4 1964/3
device [2] 2063/13 2063/18
Dexter [1] 1950/20
diagram [1] 2024/5
diameter [6] 1972/2 1990/4 1990/4
1994/18 2026/18 2032/19
did [114] 1960/22 1960/23 1964/13
1965/19 1966/24 1967/25 1969/1
1969/4 1969/19 1970/5 1970/20 1971/5
1971/8 1972/10 1973/20 1974/8
1974/11 1978/5 1978/5 1978/16
1980/17 1981/6 1984/4 1985/19 1986/4
1987/18 1989/5 1989/18 1993/11
1994/2 1994/5 1995/10 1997/3 1999/7
2000/8 2000/10 2000/13 2000/14
2002/10 2003/4 2003/5 2003/6 2003/17
2004/11 2004/15 2006/10 2006/12
2006/18 2006/20 2007/1 2007/17
2008/3 2008/20 2008/22 2008/23
2009/16 2010/18 2011/2 2011/25
2012/10 2012/12 2012/13 2013/15
2016/2 2019/6 2019/7 2019/8 2019/18
2021/6 2022/13 2022/20 2025/7 2025/9
2025/10 2025/22 2026/1 2026/10
2026/17 2026/25 2027/5 2029/6
2034/15 2034/17 2034/20 2035/1
2036/8 2036/13 2036/23 2037/6 2037/7
2037/8 2037/10 2038/21 2039/6
2039/22 2041/5 2042/8 2042/13

2042/13 2043/4 2046/21 2047/14
2050/23 2050/23 2050/24 2057/11
2052/9 2064/7 2064/12 2064/14
2064/14 2064/17 2067/12 2069/7
didn't [17] 1972/18 1978/20 1979/19
1981/3 1993/14 1994/5 2001/19 2009/1
2011/12 2020/15 2031/16 2046/18
2056/11 2067/6 2068/10 2068/13
2069/25
difference [8] 1984/21 1991/12 1993/4
1993/19 2045/18 2048/3 2049/3 2049/4
different [23] 1965/15 1967/13 1969/23
1970/8 1970/8 1971/8 1980/4 1984/19
1986/9 2003/10 2003/25 2006/14
2010/15 2010/15 2011/2 2011/20
2013/18 2015/14 2015/16 2015/17
2025/15 2049/24 2055/11
differentiate [1] 2020/12
differently [1] 1964/11
difficulties [1] 2007/25
dimension [2] 1972/1 1992/4
dimensions [1] 1987/3
DIRE [1] 1959/2
direct [8] 1950/17 2036/24 2037/3
2048/21 2051/24 2055/5 2055/17
2059/6
directive [1] 1956/18
directly [4] 1970/19 2000/16 2016/2
2016/10
director [1] 1961/10
disagree [1] 2020/25
discharge [5] 1971/19 1972/8 1995/22
1998/10 2009/5
discharged [1] 2012/11
discharges [1] 1999/8
discipline [3] 1964/6 1983/3 1988/17
disconnected [1] 2032/4
discounted [1] 2039/20
discuss [4] 1965/21 1970/25 2035/8
2054/5
discussed [4] 1967/18 1969/3 1971/17
2007/8
discussing [1] 2019/23
discussion [2] 1982/2 2050/7
display [2] 1960/16 2024/2
distinction [1] 1987/5
distinguish [1] 1995/8
Distinguished [1] 1962/14
distinguishing [1] 2026/19
DISTRICT [5] 1949/1 1949/2 1949/15
2071/16 2071/16
divide [1] 1987/8
divided [2] 1965/15 1979/25
Division [1] 1951/6
do [98] 1956/2 1959/6 1959/8 1960/2
1960/4 1961/14 1962/20 1963/3
1963/11 1963/22 1964/4 1970/21
1971/16 1972/7 1975/4 1976/7 1976/7
1976/21 1977/1 1977/11 1979/15
1982/19 1982/23 1986/4 1986/6
1986/12 1988/1 1988/6 1988/13 1991/1
1991/8 1993/11 1995/25 1997/14
1998/12 1998/16 1998/18 2000/8
2000/13 2002/6 2003/17 2012/20
2012/22 2017/12 2020/21 2021/8
2024/9 2024/18 2026/13 2030/2
2033/12 2034/6 2034/11 2037/3
2037/12 2038/1 2038/3 2038/15
2039/11 2040/14 2041/13 2041/21
2042/5 2045/2 2045/8 2046/6 2047/22
2048/2 2048/23 2049/1 2051/18
2055/18 2057/20 2057/24 2058/1
2058/7 2059/14 2059/17 2060/8

**D**

do... [19]  2060/12 2060/16 2061/14 2061/18 2061/19 2061/25 2063/19 2063/22 2064/1 2064/14 2066/19 2066/21 2067/17 2068/15 2069/18 2069/19 2070/25 2071/1 2071/17
Docket [3]  1949/4 1949/7 1949/9
docs [1]  2066/22
Doctor [4]  2018/14 2024/4 2040/12 2066/8
document [4]  1981/15 1981/20 1981/24 1982/2
documents [3]  2005/24 2039/3 2070/8
does [9]  1977/6 1979/24 1988/8 1991/15 1994/12 1994/14 2014/8 2017/1 2029/25 2040/6 2044/11 2064/18 2064/25 2065/8 2065/10 2065/11 2065/24 2065/25 2066/2
doesn't [21]  1963/19 1985/4 1988/11 1997/9 1997/11 1997/16 1999/5 2000/17 2014/12 2015/13 2015/21 2020/9 2020/10 2026/18 2044/13 2047/16 2047/16 2050/7 2064/22 2065/6 2066/3
doing [4]  1964/2 1964/23 1965/17 1989/25
Domengeaux [1]  1949/21
DON [1]  1951/18
don't [16]  2006/15 2029/18 2030/3 2033/13 2041/22 2046/12 2047/16 2047/17 2047/17 2057/20 2061/4 2066/4 2067/8 2069/6 2070/14
DONALD [1]  1953/3
done [15]  1962/7 1963/2 1968/11 1983/12 1983/13 1984/12 1988/20 2005/14 2005/21 2005/21 2034/5 2064/24 2065/22 2066/8 2067/25
dots [4]  1990/14 1993/4 2059/24 2060/1
dotted [2]  1991/11 2040/21
DOUGLAS [1]  1951/3
down [10]  1961/1 1966/3 1966/4 1968/15 1996/7 2000/6 2007/9 2031/15 2041/2 2050/1
downhole [1]  2050/6
downstream [3]  2000/22 2023/20 2027/14
downward [3]  1975/15 1975/23 1976/12
downward-trending [2]  1975/15 1976/12
DOYEN [1]  1952/19
dozens [1]  1962/24
Dr. [71]  1955/11 1955/11 1955/15 1955/16 1956/16 1957/2 1958/17 1959/6 1960/6 1960/19 1964/8 1968/8 1969/3 1970/15 1970/15 1974/16 1984/8 1984/14 1998/19 2001/3 2002/18 2002/24 2003/12 2004/12 2004/13 2006/24 2007/1 2007/7 2007/12 2007/13 2008/1 2008/1 2008/4 2008/11 2008/14 2008/21 2009/21 2009/25 2011/2 2011/6 2011/10 2011/14 2013/4 2013/13 2013/15 2013/17 2014/12 2014/13 2014/13 2014/20 2014/22 2015/3 2015/6 2016/8 2016/21 2017/1 2017/7 2017/23 2018/10 2045/20 2045/22 2045/22 2049/5 2066/23 2068/21 2068/22 2069/14 2070/14 2071/7 2071/8
Dr. Blunt [12]  1984/14 2007/1 2007/7 2007/12 2007/13 2008/1 2008/4 2008/11 2013/13 2013/17 2071/7 2071/8

Dr. Blunt's [7]  1998/19 2006/24 2007/17 2008/21 2009/21 2013/15 2014/22
Dr. Bushnell [2]  1956/16 2070/14
Dr. Dykhuizen [1]  2068/23
Dr. Griffiths [4]  1955/11 1955/16 1970/15 2068/21
Dr. Griffiths' [1]  2001/3
Dr. Gringarten [10]  2004/13 2011/10 2011/14 2014/12 2014/13 2014/13 2015/6 2016/8 2016/21 2017/1
Dr. Gringarten's [3]  2004/12 2014/22 2015/3
Dr. Hsieh [2]  1955/11 1955/15
Dr. Johnson [2]  2011/2 2011/6
Dr. Johnson's [2]  2009/21 2009/25
Dr. Kelkar [3]  1968/8 1974/16 1984/8
Dr. Martin [1]  2045/20
Dr. Mehran [1]  1958/17
Dr. Merrill [1]  2069/14
Dr. Pooladi [1]  2068/22
Dr. Pooladi-Darvish [8]  1959/6 1960/6 1960/19 1964/8 2003/12 2017/7 2017/23 2018/10
Dr. Ron [2]  1969/3 1970/15
Dr. Ronald [1]  1957/2
Dr. Trusler [3]  2002/18 2045/21 2045/22
Dr. Trusler's [2]  2002/24 2049/5
Dr. Whitson [1]  2008/14
Dr. Zick [1]  2066/23
draw [1]  2046/6
drawn [1]  2047/5
drew [1]  2043/4
drill [7]  1981/17 2011/5 2011/5 2011/7 2011/8 2011/10 2011/13
drilled [2]  1982/15 2011/25
drilling [5]  1952/14 1952/17 1952/20 1981/23 1981/24
drive [1]  1955/22
driving [1]  1955/2
drop [3]  2035/20 2035/21 2050/12
dropped [1]  2011/8
drops [2]  2001/23 2062/23
Drs. [1]  2012/21
Drs. Blunt [1]  2012/21
duly [1]  1958/21
duration [3]  1965/1 1965/1 1972/13
during [18]  1968/25 1970/13 1990/21 2001/3 2027/22 2033/4 2033/5 2036/9 2042/3 2043/9 2047/15 2050/3 2051/12 2053/13 2053/14 2058/16 2063/7 2069/18
Dykhuizen [6]  1957/2 1969/3 1970/15 2066/13 2068/7 2068/23
dynamic [16]  1968/9 1980/12 1980/13 1990/10 1996/1 1997/12 2001/12 2002/19 2004/4 2005/2 2005/4 2006/5 2009/13 2014/19 2017/17 2053/10

**E**

each [10]  1976/14 1994/4 2010/13 2010/15 2022/3 2053/1 2056/24 2057/11 2058/3 2059/11
earlier [8]  1989/15 1992/23 1994/3 2009/6 2019/13 2035/6 2058/2 2065/6
early [2]  1967/9 2070/23
easily [1]  1999/20
East [1]  1950/16
EASTERN [2]  1949/2 2071/16
economics [1]  1976/13
education [1]  1960/21
educational [1]  1960/20
Edwards [1]  1949/22
effect [5]  1980/8 2007/9 2033/17

2048/16 2048/19
2048/21 2048/19
EISERT [1]  1952/6
either [14]  1957/11 1962/17 1981/22 1995/11 1995/12 1995/24 2003/20 2006/7 2013/7 2017/15 2027/10 2043/10 2053/19 2065/3
Ellis [3]  1951/20 1952/2 1952/5
Elm [1]  1953/5
else [2]  2032/21 2071/9
emphasize [1]  2004/23
end [4]  1966/22 2032/1 2032/4 2044/22
ended [1]  2056/14
Energy [2]  1953/2 1953/7
Enforcement [1]  1951/10
ENGEL [1]  1951/13
engineer [2]  1964/22 1967/14
engineering [12]  1960/8 1960/22 1960/23 1961/14 1962/1 1962/21 1965/23 1974/11 1983/4 1988/14 1988/17 2007/5
engineers [2]  1969/7 1971/25
enjoyed [1]  1981/21
enlarged [1]  1990/4
enlarging [1]  1990/8
enough [2]  2031/16 2064/9
Enterprise [1]  2064/5
entire [5]  2032/16 2033/4 2041/17 2042/11 2043/6
entitled [1]  2071/20
Environment [1]  1951/10
Environmental [1]  1951/10
equal [2]  1976/25 1990/2
equally [1]  1997/24
equals [2]  1996/8 2005/7
equation [5]  1987/6 1998/5 1998/5 1998/14 1998/24
equations [1]  1987/9
Erica [2]  1955/7 2066/10
eroded [1]  2050/24
eroding [1]  2024/25
erosion [74]  2000/8 2000/11 2000/12 2000/15 2000/22 2001/8 2001/10 2001/24 2002/12 2026/25 2027/3 2027/6 2027/9 2027/13 2027/15 2027/17 2028/5 2028/12 2028/23 2030/9 2032/22 2032/25 2033/3 2033/7 2033/14 2033/16 2033/19 2033/21 2033/23 2035/2 2035/8 2036/9 2036/11 2036/13 2036/21 2037/6 2037/11 2040/7 2041/3 2044/12 2044/14 2044/15 2044/18 2044/20 2044/23 2047/7 2047/12 2047/15 2047/23 2048/1 2048/3 2048/6 2048/10 2048/12 2048/13 2048/16 2048/18 2049/24 2049/24 2050/6 2050/7 2050/9 2050/14 2051/1 2051/5 2051/7 2051/12 2064/20 2064/23 2065/3 2065/6 2065/8 2065/13 2066/1
erosional [1]  2046/25
error [10]  1991/12 1991/21 1991/23 2059/5 2059/13 2059/17 2059/18 2059/21 2060/7 2060/11
especially [2]  2043/18 2053/10
ESQ [50]  1949/19 1949/22 1950/3 1950/7 1950/10 1950/13 1950/16 1950/19 1950/19 1950/22 1951/3 1951/3 1951/7 1951/11 1951/11 1951/12 1951/12 1951/13 1951/13 1951/14 1951/14 1951/15 1951/18 1951/21 1951/21 1951/22 1951/22 1951/23 1952/3 1952/6 1952/6 1952/7 1952/10 1952/13 1952/16 1952/19

**E**

ESQ... [14] 1952/20 1952/20 1952/21 1952/21 1953/3 1953/3 1953/4 1953/4 1953/5 1953/8 1953/8 1953/12 1953/15 1953/15

estimate [39] 1964/1 1965/2 1966/10 1966/12 1966/25 1969/1 1981/2 1982/7 1983/19 1989/1 1989/5 1989/6 1989/13 1989/14 1998/1 1998/3 2006/1 2012/16 2013/22 2014/10 2014/11 2014/12 2014/14 2015/7 2016/16 2018/18 2020/22 2021/9 2028/1 2028/1 2030/22 2039/10 2039/14 2044/23 2045/13 2045/16 2056/7 2056/25 2060/11

estimated [6] 1969/9 2009/6 2018/22 2026/13 2041/19 2044/4

estimates [12] 1974/4 1974/5 1974/15 1980/24 1980/25 1982/3 1989/2 2015/16 2020/2 2035/18 2036/4 2049/18

estimating [1] 2018/25

estimation [2] 1972/5 2064/11

et [2] 1949/8 1949/11

evaluate [3] 2036/8 2050/23 2051/1

evaluated [2] 2025/25 2036/6

evaluating [1] 1992/24

evaluation [1] 2059/19

even [14] 1967/9 1973/25 1974/2 1982/18 1983/13 1983/14 1984/18 1999/18 1999/19 2005/20 2017/14 2044/9 2056/4 2058/11

event [2] 2041/1 2054/24

every [1] 1994/2

Everybody [1] 1955/5

everyone [3] 2001/4 2018/5 2071/10

everything [1] 2014/17

evidence [6] 1955/14 1955/24 1956/2 2032/22 2047/15 2047/22

exact [5] 1993/17 2003/10 2030/2 2030/4 2033/12

exactly [4] 2009/6 2012/8 2036/7 2041/21

examination [12] 1957/2 1959/2 1960/17 2001/3 2018/10 2018/12 2036/24 2037/3 2048/21 2051/24 2055/5 2055/17

examinations [1] 1955/10

examine [8] 1985/7 1986/7 1986/12 1986/13 1988/7 1988/22 2000/12 2009/12

examined [7] 1970/21 1980/13 1994/7 1999/17 2001/11 2007/14 2010/18

examines [1] 1995/6

examining [4] 1990/8 1992/18 2059/18 2059/20

example [12] 1978/7 1980/20 1985/9 1988/7 1989/16 1989/18 1993/3 1994/17 1999/12 2000/23 2014/10 2059/7

examples [3] 1987/4 1999/4 2059/10

exceeded [1] 2062/15

exceeding [1] 2062/3

except [1] 2055/21

exception [2] 1999/14 2034/14

executive [1] 2020/11

exercise [2] 2053/20 2054/25

Exhibit [2] 1959/12 1959/16

Exhibit 11653 [1] 1959/12

Exhibit 11654R [1] 1959/16

exhibits [8] 1955/9 1955/13 1956/25 1957/4 2066/13 2067/24 2068/16 2068/17

exist [8] 1963/18 1974/5 1980/24 1981/1 2000/8 2009/21 2037/8 2047/10

existed [8] 1965/25 1967/5 1979/8 1981/2 1985/11 2037/12 2044/15 2048/11

existence [4] 2050/6 2065/8 2065/12 2066/1

exists [7] 1996/14 1999/10 1999/11 2017/5 2028/3 2044/14 2050/14

exiting [1] 2032/17

expect [2] 1963/22 2010/12

expected [1] 1979/7

experience [9] 1964/13 1982/14 1982/15 1982/17 1983/13 1983/20 1998/2 2005/10 2005/17

expert [11] 1959/6 1959/10 1959/14 1959/18 1960/7 1962/16 2003/17 2019/21 2036/2 2045/22 2066/23

expertise [3] 1961/13 2000/14 2005/13

experts [6] 2003/19 2006/13 2009/17 2009/20 2011/19 2068/18

explain [3] 1975/8 2021/25 2022/1

explained [4] 1993/6 1998/19 2004/2 2033/6

explanation [6] 1998/22 2020/14 2035/4 2040/9 2046/20 2047/4

explicitly [1] 2044/13

exploration [7] 1949/10 1951/17 1951/20 1952/2 1952/5 1952/9 1967/6

exploratory [1] 1962/3

explore [2] 2004/24 2006/15

explosion [5] 2001/19 2016/24 2016/25 2020/8 2041/9

expresses [1] 2016/9

extent [2] 1981/25 1987/7

extrapolate [6] 2019/6 2019/7 2020/10 2020/22 2021/8 2021/13

extrapolated [19] 2019/3 2029/16 2038/19 2039/13 2041/6 2041/8 2044/25 2045/2 2045/6 2045/7 2045/8 2045/12 2045/15 2046/1 2046/2 2046/3 2046/5 2046/21 2049/8

extrapolating [1] 2048/9

extrapolation [1] 2020/25

extreme [15] 2001/18 2001/21 2002/2 2002/5 2002/17 2002/22 2003/1 2003/5 2003/7 2016/20 2016/22 2029/17 2044/22 2044/25 2049/21

extremely [1] 1963/14

eyeball [1] 2059/2

**F**

faced [3] 1967/2 2007/22 2008/1

fact [19] 1967/16 1972/19 1980/9 1984/22 1985/11 1997/2 2013/6 2015/22 2017/20 2027/18 2043/19 2056/6 2062/20 2064/18 2064/25 2065/11 2065/24 2069/14 2069/25

factor [8] 1972/8 1997/23 1997/25 1998/3 1998/3 1998/6 2050/11 2050/12

fairly [4] 1966/16 1966/19 1966/20 1983/20

fall [2] 1978/18 1990/23

falls [1] 1990/21

familiar [1] 2024/4

Fannin [1] 1952/17

far [4] 1961/6 2000/10 2017/3 2040/17

farther [3] 1952/3 1996/2 2017/20

farthest [1] 1978/8

fast [3] 2027/19 2031/16 2033/22

FCRR [1] 1953/18 2071/15 2071/22 2071/23

feel [1] 2035/19

feet [4] 2031/21 2032/7 2032/10 2032/11

Fekete [3] 1961/11 1983/16 1983/16

fell [1] 2012/8

fellowship [1] 1960/25

felt [1] 2034/24

few [11] 1961/20 1961/20 1962/18 1962/23 1979/18 2005/18 2010/25 2014/5 2015/5 2028/8 2036/17

field [4] 1960/14 2043/14 2043/21 2053/9

fields [5] 1951/23 1956/13 1960/11 1962/3 2018/9

Fifteenth [1] 1952/7

file [1] 1955/12

filing [2] 2069/17 2070/5

final [25] 1956/24 1958/17 1969/11 1971/13 1971/18 2006/23 2013/8 2013/19 2018/23 2019/6 2019/12 2020/2 2020/19 2021/13 2057/7 2057/11 2061/11 2061/22 2061/23 2062/1 2062/2 2062/9 2062/13 2062/16 2062/25

finally [1] 2015/11

find [36] 1963/19 1966/14 1966/15 1966/16 1968/5 1969/13 1970/16 1971/17 1972/10 1974/8 1974/14 1974/19 1978/5 1979/10 1982/7 1986/13 1986/17 1988/15 1988/21 1997/13 1999/19 2004/24 2008/23 2010/18 2011/22 2011/24 2012/3 2013/15 2015/11 2016/6 2020/19 2021/1 2036/25 2044/20 2049/12 2056/11

finding [5] 1966/1 1967/12 1973/17 1983/5 1984/19

finds [2] 2014/10 2015/16

fine [1] 2066/17

finished [2] 2036/18 2036/19

Firm [1] 1950/6

first [47] 1966/3 1967/16 1970/6 1971/2 1974/25 1976/9 1980/25 1981/15 1982/15 1986/4 1986/6 1988/1 1989/21 1994/15 1994/16 1994/17 1994/24 1995/3 1996/11 2001/2 2001/7 2001/14 2003/16 2006/25 2007/20 2009/21 2011/24 2013/6 2015/19 2016/4 2018/17 2018/22 2020/1 2022/21 2024/8 2025/19 2025/20 2028/21 2030/5 2037/18 2038/18 2046/6 2052/4 2053/25 2054/5 2059/11 2061/3

FITCH [1] 1953/15

flat [19] 2029/16 2038/5 2038/5 2041/10 2041/13 2041/23 2042/2 2042/7 2042/22 2042/23 2043/4 2043/7 2043/12 2043/20 2044/2 2044/11 2044/16 2044/17 2044/24

FLEMING [1] 1953/5

Floor [1] 1952/22

Florida [1] 1950/5

flow [103] 1965/1 1965/1 1969/1 1969/12 1970/14 1970/16 1971/3 1971/6 1971/13 1971/17 1972/14 1975/2 1975/5 1975/13 1975/14 1975/21 1976/18 1976/25 1977/5 1977/8 1977/10 1982/23 1982/24 1982/25 1983/9 1983/10 1983/25 1984/10 1987/10 1990/20 1990/22 2000/19 2010/22 2011/9 2015/10 2015/11 2015/12 2015/13 2016/7 2016/24 2018/23 2018/25 2019/7 2019/8 2019/12 2019/14 2020/2 2020/19 2020/25 2021/13 2022/14

Case 2:10-md-02179-CJB-DP... Document 2057-1 Filed 04/29/11 Page 133 of 147

## F

flow... [52] 2022/17 2022/20 2022/21
2022/24 2023/25 2025/14 2026/5
2026/22 2026/23 2027/12 2028/4
2031/4 2033/9 2033/17 2033/24 2034/2
2034/24 2035/11 2035/18 2035/21
2036/5 2040/5 2040/17 2041/5 2043/16
2046/17 2050/10 2050/15 2050/22
2051/6 2056/7 2056/25 2057/3 2057/6
2057/7 2057/8 2057/11 2060/7 2060/18
2060/23 2061/3 2061/5 2061/11
2061/22 2062/1 2062/2 2062/2 2062/9
2062/12 2062/16 2062/20 2064/11
flowed [5] 2003/7 2020/23 2021/10
2023/11 2032/15
flowing [13] 1972/13 1975/9 2000/23
2001/5 2003/4 2021/20 2027/18
2027/21 2027/24 2028/1 2028/2
2050/19 2050/24
flows [5] 2000/21 2023/1 2023/3 2023/7
2055/24
fluid [10] 1963/9 1969/20 1974/2
1974/10 1975/12 1978/23 2003/20
2007/9 2008/10 2023/7
fluids [4] 1982/6 2008/11 2022/21
2022/24
FLYNN [1] 1951/7
focus [1] 2028/18
focusing [1] 2035/7
followed [1] 1960/24
following [2] 2010/14 2067/24
follows [1] 1958/21
foot [3] 1985/13 2026/8 2026/9
force [1] 1975/11
forced [2] 2001/25 2001/25
foregoing [1] 2071/17
formal [1] 1964/6
formation [3] 1982/6 1982/11 1982/13
formula [1] 2049/5
formulas [1] 2057/8
forth [3] 2037/5 2037/9 2055/20
forward [3] 2019/11 2019/14 2022/12
found [18] 1968/2 1978/16 1980/4
1986/8 1988/2 1988/20 1990/5 1994/20
1998/4 2003/10 2004/18 2009/12
2012/7 2019/13 2034/18 2052/24
2055/10 2056/6
four [3] 1988/4 2025/20 2029/8
fourth [2] 1995/14 1995/15
FRANK [1] 1950/16
Frilot [1] 1952/13
front [1] 1999/4
full [4] 1958/22 1987/7 2004/20 2020/14
fully [2] 1993/17 2023/11
function [5] 1962/9 1969/12 1990/12
1990/13 1992/14
further [13] 1967/22 1979/16 1993/11
1994/19 1999/18 2001/22 2009/2
2011/9 2011/12 2012/2 2017/24
2057/20 2066/5
future [2] 1962/8 1983/23

## G

GASAWAY [1] 1952/6
gave [8] 1972/14 1977/18 1997/4
1999/16 2002/20 2003/2 2045/15
2062/20
general [2] 1966/15 1982/17
General's [2] 1950/18 1950/22
generally [15] 1962/5 1980/23 1989/2
1991/22 1993/4 2003/9 2003/19
2006/13 2007/23 2025/6 2033/21

2050/11 2058/17 2058/18 2058/23
general [3] 1963/2 2067/1 2068/7
generating [2] 1978/3 1978/20
generation [1] 2061/20
geometric [1] 1984/20
geophysical [1] 2005/13
geoscientists [1] 2005/15
get [8] 1961/16 1980/17 2028/19
2037/17 2041/2 2043/22 2059/23
2070/23
gets [4] 1990/23 1996/4 1996/4 2017/21
getting [1] 1965/18
give [10] 1987/8 1995/24 2001/13
2009/1 2021/6 2037/17 2046/1 2060/19
2060/24 2062/12
given [4] 1957/13 1998/18 2048/13
2055/2
gives [5] 1976/17 1979/25 1996/19
2008/13 2046/17
giving [1] 2008/17
GLADSTEIN [1] 1951/14
GmbH [1] 1949/8
go [66] 1964/17 1965/10 1966/5 1968/3
1971/2 1971/11 1971/18 1971/21
1972/6 1973/20 1974/21 1975/13
1975/14 1975/16 1976/9 1977/1
1977/20 1978/24 1979/22 1980/16
1980/20 1984/2 1985/6 1985/15
1985/19 1986/1 1986/22 1986/24
1987/22 1988/6 1989/19 1990/25
1992/6 1993/8 1994/9 1994/11 1995/18
1995/24 1996/22 1997/3 1998/24
1999/3 1999/20 2000/3 2000/25
2001/14 2003/14 2004/7 2004/8
2006/15 2009/14 2009/23 2011/15
2012/25 2014/23 2015/24 2017/20
2030/5 2040/16 2046/3 2052/12
2065/18 2067/17 2067/19 2067/19
2067/22
Godwin [3] 1953/2 1953/3 1953/7
goes [6] 1996/4 1996/5 2007/10
2007/10 2014/7 2068/2
going [12] 1957/25 1965/9 1980/16
2006/23 2015/24 2030/5 2043/7
2057/21 2067/16 2067/23 2068/8
2070/3
gone [1] 2071/3
good [55] 1955/7 1964/4 1965/24
1966/1 1967/7 1988/23 1989/6 1991/20
1993/2 1993/7 1993/12 1993/13
1993/15 1994/1 1994/7 1995/9 1995/10
1996/5 1996/5 1997/2 2002/20 2003/2
2004/15 2004/20 2006/3 2006/4
2006/18 2006/20 2006/21 2007/15
2009/1 2009/4 2043/22 2051/22 2055/7
2058/10 2058/14 2059/2 2059/3
2060/15 2060/20 2060/25 2061/24
2062/1 2062/4 2062/7 2062/10 2062/13
2062/17 2062/21 2062/24 2063/1
2064/19 2064/25 2070/16
good-mediocre [1] 2059/3
got [1] 1998/8
governments [1] 1961/22
gradually [1] 1996/4
grand [2] 1952/22 2029/24
GRANT [1] 1952/21
graph [5] 1974/24 1974/25 1979/2
1990/1 1990/11
graphical [2] 1974/15 1987/1
great [2] 2001/3 2068/5
greater [1] 2056/8
green [2] 1995/9 1995/20
GREENWALD [1] 1950/10

Griffiths [6] 1955/11 1955/16 1969/3
1966/25 1996/15 2066/25 2067/8
Griffiths' [1] 2001/3
Gringarten [11] 2004/13 2011/10
2011/14 2012/21 2014/12 2014/13
2014/13 2015/6 2016/8 2016/21 2017/1
Gringarten's [3] 2004/12 2014/22 2015/3
group [2] 1987/19 2004/16
guess [2] 2035/19 2071/2
GULF [2] 1949/5 2032/17
GWENDOLYN [1] 1953/8

## H

had [89] 1956/17 1964/14 1967/6
1967/8 1967/18 1968/14 1969/9
1969/10 1969/11 1972/17 1972/19
1972/21 1972/22 1973/3 1973/15
1973/21 1974/13 1977/2 1978/12
1978/19 1979/14 1979/17 1980/4
1981/4 1981/21 1981/23 1983/13
1984/8 1984/9 1986/8 1988/2 1988/10
1992/23 1994/20 1997/7 1997/10
1998/8 1998/13 1998/19 1999/18
2000/10 2000/11 2002/3 2002/17
2002/24 2002/24 2003/10 2003/23
2004/20 2004/21 2006/6 2006/7
2007/13 2009/6 2011/3 2011/6 2011/8
2011/8 2011/9 2011/11 2014/13
2019/13 2024/20 2029/3 2032/4 2033/8
2034/18 2036/15 2038/12 2038/13
2039/17 2039/19 2039/19 2046/25
2049/25 2050/21 2052/8 2052/24
2052/25 2054/17 2056/17 2056/18
2059/18 2059/20 2061/11 2061/23
2066/13 2066/24 2066/25
half [4] 1964/24 1984/23 1984/24
2032/16
Halliburton [2] 1953/2 1953/7
hand [1] 1991/21
hanging [1] 2011/7
happen [6] 1980/2 1986/13 2001/11
2002/4 2014/14 2065/7
happened [4] 1994/18 2002/7 2033/14
2051/8
happening [3] 1974/24 2033/1 2050/21
happens [10] 1976/9 1990/9 1996/2
1996/10 1996/19 2000/16 2000/22
2000/22 2001/24 2010/22
HARIKLIA [1] 1951/21
HARVEY [1] 1951/14
has [26] 1957/3 1964/6 1966/2 1967/17
1969/2 1971/3 1978/7 1978/14 1983/3
1983/6 1984/14 1987/2 1990/22
1996/17 2004/13 2007/11 2007/12
2008/12 2010/15 2013/25 2022/3
2028/9 2051/16 2061/8 2061/9 2065/16
Hat [2] 2063/18 2064/12
have [194]
haven't [3] 1957/13 2067/25 2067/25
having [1] 1958/20
HAYCRAFT [1] 1951/18
HB [1] 1953/18
HB-406 [1] 1953/18
he [25] 2007/8 2008/11 2008/12 2011/3
2011/8 2013/7 2013/7 2013/9 2013/25
2014/7 2014/10 2014/11 2014/12
2015/9 2015/10 2015/13 2015/14
2015/15 2015/16 2015/20 2016/8
2017/4 2017/5 2045/23 2051/18
heard [8] 1957/5 1964/10 1966/2 1971/3
1982/20 2001/3 2028/9 2070/13
Helix [1] 1969/22
Helix Producer [1] 1969/22

# H

her [2] 2067/3 2067/3
here [44] 1971/4 1979/11 1984/19
  1987/3 1988/4 1989/4 1989/22 1989/24
  1990/6 1991/8 1991/9 1993/2 1994/14
  1995/7 1996/7 1997/6 1998/22 2001/15
  2006/10 2006/24 2009/9 2009/12
  2010/7 2014/7 2015/5 2015/12 2015/25
  2016/8 2020/9 2020/15 2037/17 2038/1
  2038/3 2038/5 2038/6 2038/7 2040/19
  2047/7 2053/12 2055/20 2062/20
  2064/24 2070/23 2071/1
hereby [1] 2071/17
Herman [3] 1949/18 1949/18 1949/19
heterogeneity [1] 1996/14
hey [1] 1998/24
high [9] 1982/10 1985/10 1995/16
  2011/5 2011/13 2041/1 2060/19
  2060/24 2061/4
high-permeability [1] 1982/10
higher [5] 1975/17 1995/11 1995/25
  1996/20 2017/15
highlights [2] 2012/23 2015/3
Hill [4] 1957/22 1957/23 1958/3 1958/11
him [5] 1960/7 1960/13 2001/6 2069/15
  2069/21
HIMMELHOCH [3] 1951/15 1957/19
  2069/6
himself [2] 2007/12 2016/9
hired [1] 1974/6
his [18] 1960/14 2007/12 2013/8
  2013/17 2013/18 2013/23 2014/4
  2014/7 2015/9 2015/10 2015/18
  2015/18 2016/9 2016/15 2016/18
  2016/21 2017/6 2069/15
history [29] 1988/13 1988/18 1991/1
  1991/10 1991/11 1994/5 1994/13
  1995/1 1996/22 1999/3 2004/2 2005/22
  2008/24 2011/21 2040/18 2040/24
  2040/24 2052/12 2053/2 2053/4 2053/8
  2053/20 2053/21 2053/25 2054/6
  2054/25 2057/17 2057/20 2064/14
history-matching [7] 1994/13 1996/22
  1999/3 2004/2 2011/21 2053/20
  2054/25
hit [1] 1976/14
hold [1] 2012/15
Holdings [3] 1952/13 1952/16 1952/19
hole [16] 1975/1 1975/10 1975/16
  1977/25 1990/15 2007/6 2007/10
  2007/14 2007/21 2007/24 2008/9
  2010/4 2033/10 2033/12 2065/13
  2066/2
holes [1] 2032/23
Honor [25] 1955/7 1956/7 1956/23
  1957/7 1957/18 1957/19 1958/1 1958/6
  1958/14 1958/15 1959/24 1960/5
  1960/11 2018/7 2018/9 2051/15 2066/5
  2066/7 2066/10 2066/15 2066/18
  2066/21 2067/16 2070/18 2070/22
HONORABLE [1] 1949/15
honors [1] 1962/13
Hope [1] 1952/3
HORIZON [5] 1949/4 2031/14 2031/18
  2031/23 2044/19
Horizon's [7] 2023/21 2027/7 2032/2
  2032/8 2032/12 2033/14 2035/8
horizontal [3] 1975/2 1978/1 2010/5
hour [1] 2058/16
hours [8] 1992/14 2057/16 2057/16
  2057/19 2063/6 2063/8 2064/19 2065/1
Houston [2] 1952/17 1953/9

how [28] 1957/25 1963/11 1963/20
  1965/5 1971/12 1972/3 1972/7 1972/16
  1973/20 1974/18 1976/7 1976/7
  1976/21 1976/24 1985/15 1998/13
  1998/16 2000/13 2010/5 2012/11
  2019/8 2019/8 2029/6 2034/15 2034/18
  2034/20 2044/21 2044/22 2071/3
however [7] 1966/22 1983/20 2004/23
  2015/15 2019/11 2028/3 2047/13
Hsieh [2] 1955/11 1955/15
huge [1] 2036/17
hundreds [1] 1982/11
hydrocarbons [5] 1962/9 2021/19
  2022/14 2022/18 2032/15
hydrostatic [4] 2007/8 2059/13 2059/19
  2060/7
hyphen [1] 1959/1
hyphenated [1] 1958/25
hypothetical [3] 2025/3 2027/3 2037/12

# I

I'd [13] 1964/8 1965/8 1994/11 1996/7
  2000/2 2001/4 2003/12 2003/16
  2004/10 2005/6 2006/23 2009/21
  2014/21
I'll [3] 1960/13 2051/19 2068/22
I'm [58] 1956/10 1956/13 1957/13
  1961/10 1961/14 1966/18 1971/24
  1975/9 1979/4 1979/6 1980/3 1980/11
  1989/25 1990/6 1990/8 1990/8 1992/16
  1992/18 1994/16 1994/17 1994/18
  1995/7 1995/8 2010/8 2010/9 2012/14
  2013/19 2015/24 2020/10 2022/16
  2027/18 2028/1 2028/2 2029/20
  2029/22 2031/15 2033/23 2034/8
  2036/18 2036/19 2038/2 2038/4 2038/6
  2042/15 2050/13 2051/2 2053/22
  2054/14 2054/21 2057/22 2058/17
  2059/18 2059/20 2065/11 2067/1
  2067/16 2068/6 2068/12
I've [2] 1990/1 2015/19
I-M-E-X [1] 1987/19
ID [2] 1990/2 1990/4
idea [1] 2046/1
identified [5] 1977/2 1979/17 2014/6
  2037/22 2041/7
identify [2] 1956/12 2008/3
ifs [5] 2029/14 2029/15 2034/14
  2038/15 2048/16
ignored [3] 2000/11 2035/22 2035/23
IHS [2] 1961/10 1961/13
III [1] 2015/23
Illinois [1] 1951/24
image [1] 2060/10
images [2] 2032/23 2036/10
IMEX [1] 1987/19
immediately [2] 1969/4 1971/21
impact [38] 1963/19 1963/21 1973/18
  1973/21 1974/19 1977/2 1977/8 1977/9
  1977/14 1978/10 1978/12 1978/15
  1978/17 1978/21 1979/14 1979/18
  1979/19 1985/17 1999/5 2000/9
  2002/11 2002/12 2033/8 2034/18
  2035/17 2036/4 2036/16 2044/21
  2044/23 2048/7 2048/7 2048/14 2050/8
  2050/15 2050/21 2051/6 2052/22
  2052/24
impacted [1] 2034/24
implication [1] 2010/24
importance [2] 1974/12 1976/22
important [6] 1963/15 1964/5 1973/21
  1974/14 1978/6 2017/22
importantly [1] 1963/16

impose [1] 2046/16
imposed [2] 2003/24 2035/21
imposing [2] 2010/9 2010/21
INC [14] 1949/11 1951/18 1951/21
  1952/3 1952/6 1952/10 1952/14
  1952/14 1952/17 1952/17 1952/20
  1952/20 1953/3 1953/8
inch [1] 1994/21
inches [3] 1990/2 1990/5 1990/8
incident [2] 2046/22
include [5] 1972/2 1973/23 2002/10
  2009/19 2031/7
included [1] 1978/22 2001/8
includes [2] 2031/12 2068/5
including [1] 2024/9
incomplete [1] 1967/8
inconsistencies [1] 2014/4
inconsistent [6] 1956/18 2017/17
  2034/23 2043/13 2043/21 2044/3
incorporate [7] 1972/1 2000/15 2004/11
  2006/10 2008/20 2028/5 2030/19
incorporated [10] 1983/21 1984/13
  1995/3 2004/1 2004/14 2007/8 2024/23
  2026/23 2027/15 2034/5
incorporating [1] 2011/18
incorrectly [1] 2047/20
increase [2] 2010/21 2025/6
increased [1] 1990/3
increases [1] 2054/15
incremental [2] 2010/12 2010/22
independent [4] 1971/6 1975/22
  1980/24 1985/22
independently [3] 1972/5 1972/9 1975/6
independents [1] 1961/21
Index [1] 2024/12
indicate [1] 2047/14
indicated [2] 2018/14 2045/12
indication [1] 2065/6
individual [3] 1972/8 1987/10 2009/7
industry [1] 1987/20
industry-standard [1] 1987/20
inflow [2] 1974/15 1975/4
information [9] 1968/10 1968/25 1981/6
  1982/7 2005/20 2028/10 2038/7
  2064/10 2064/10
informed [1] 1967/21
initial [5] 1975/12 1994/20 2017/2
  2019/14 2021/22
initially [4] 1971/19 1973/22 1974/1
  1974/8
input [30] 1963/4 1967/19 1968/2
  1968/3 1972/4 1976/8 1976/22 1976/23
  1977/1 1978/20 1989/25 1990/19
  1991/2 1997/8 1997/20 1998/8 1998/17
  1998/24 2000/1 2003/18 2003/25
  2009/3 2009/7 2011/18 2011/22 2012/4
  2014/18 2017/14 2052/10 2052/21
inputs [3] 1972/6 1981/20 2053/1
insertion [1] 2063/14
installed [2] 2053/17 2064/11
instances [1] 2049/7
integrated [3] 1961/15 1983/22 2005/14
integrity [8] 2021/24 2038/23 2053/13
  2053/14 2053/15 2053/25 2054/8
  2056/23
intend [4] 1959/6 1959/9 1959/21
  1965/13
intends [1] 1975/4
interest [1] 2040/20
interested [1] 1963/25
Interests [1] 1950/19
intermediary [1] 2022/6
internal [2] 1990/3 1990/4

## I

international [1] 1961/21
interpretation [1] 2003/25
interpretations [2] 1981/25 2003/20
intersect [1] 1977/7
introduce [1] 1955/13
investigated [1] 1989/22
investigation [1] 1985/20
investments [1] 1964/3
invited [1] 1962/15
involved [1] 2008/2
involves [1] 2053/8
IPR [15] 1974/16 1974/18 1975/15
1976/11 1976/17 1977/4 1977/11
1978/2 1978/4 1978/8 1978/10 1978/13
1978/15 1978/17 1978/20
Iran [1] 1960/23
Irpino [3] 1950/6 1950/7 2070/25
irregularities [1] 2011/11
is [353]
issue [7] 1956/10 1956/15 2000/12
2002/21 2066/13 2070/15 2070/18
issues [1] 2008/3
it [227]
it's [51] 1956/8 1961/6 1963/6 1967/17
1968/4 1968/4 1974/25 1982/23
1983/16 1983/17 1984/1 1985/10
1987/19 1990/21 1991/23 1993/21
1993/25 1995/16 1996/17 2000/23
2002/1 2002/20 2002/21 2005/19
2007/21 2007/23 2011/21 2013/19
2013/20 2015/21 2019/11 2020/13
2026/4 2026/12 2027/10 2032/10
2034/4 2036/17 2036/17 2040/12
2050/11 2051/16 2053/6 2055/16
2060/10 2061/17 2061/20 2063/1
2063/7 2066/21 2070/6
its [14] 1958/8 1958/17 1958/17
1986/18 2009/5 2010/24 2022/4
2026/18 2034/18 2036/16 2044/21
2048/14 2050/15 2063/6
itself [3] 1997/9 1997/16 2022/10

## J

Jackson [1] 1950/17
JAMES [2] 1949/22 1950/22
Jefferson [1] 1949/23
JENNY [1] 1953/3
job [1] 1963/12
Jodi [5] 1953/18 1953/20 2071/15
2071/22 2071/23
Johnson [2] 2011/2 2011/6
Johnson's [2] 2009/21 2009/25
JOSEPH [1] 1952/6
journal [1] 1962/22
JR [1] 1953/4
judge [2] 1949/15 2061/25
judgment [2] 2048/19 2061/4
JUDY [1] 1951/14
July [47] 1969/1 1969/21 1992/13
1992/15 2019/1 2019/2 2020/5 2021/17
2039/1 2039/6 2039/18 2039/23
2040/18 2041/2 2041/20 2042/4 2042/8
2042/14 2044/8 2046/7 2046/13
2047/14 2047/21 2053/17 2053/20
2053/23 2054/9 2054/11 2054/18
2056/20 2057/17 2057/4 2057/17
2058/16 2060/19 2060/24 2061/5
2063/25 2064/4 2064/6 2064/16
2064/20 2064/22 2065/2 2065/5
2065/12 2065/25
July 13th [6] 2042/8 2042/14 2046/7

2046/13 2047/21 2053/17
July 13th is [2] 2039/23 2041/20
July 14th [1] 2019/2
July 14th and [2] 1969/1 2057/4
July 15 [3] 2019/1 2064/6 2064/22
2065/5
July 15th [13] 1992/13 2020/5 2021/17
2039/18 2044/8 2053/23 2054/9
2054/11 2056/20 2057/1 2058/16
2063/25 2064/16
July 15th and [1] 2053/20
July 15th does [1] 2065/25
July 15th for [1] 2057/17
July 15th needs [1] 2061/5
July 15th of [1] 2064/4
July 15th prove [2] 2064/20 2065/2
July 15th rule [1] 2065/12
July 15th through [1] 2054/18
July 15th was [3] 1969/21 2060/19
2060/24
July 19th [1] 1992/15
July 2010 [2] 2040/18 2041/2
June [3] 2032/13 2033/15 2063/22
June 3rd [2] 2032/13 2033/15
June of [1] 2063/22
just [67] 1956/8 1961/1 1961/16
1961/16 1964/19 1965/18 1971/19
1972/7 1975/8 1980/20 1981/2 1981/8
1982/10 1982/20 1982/21 1984/22
1985/16 1986/9 1987/1 1989/10
1989/16 1993/14 1996/13 1997/3
1997/20 1998/4 1999/15 1999/23
2001/7 2002/14 2004/17 2010/14
2014/6 2017/4 2022/25 2023/4 2024/4
2024/6 2027/18 2028/4 2036/20
2038/10 2038/16 2043/1 2043/2
2044/14 2045/25 2050/8 2051/10
2053/14 2053/15 2055/23 2056/12
2056/13 2059/23 2062/25 2063/7
2064/22 2065/21 2066/3 2067/4 2067/6
2067/17 2067/21 2068/10 2069/24
2070/6
Justice [2] 1951/6 1951/9

## K

K-BOP [6] 2024/18 2026/2 2026/4
2026/11 2026/12 2026/14
K-RES [6] 2024/9 2024/12 2024/21
2024/24 2025/1 2025/8
K-well [4] 2024/14 2025/14 2025/18
2025/22
Kanner [2] 1951/2 1951/3
KARIS [2] 1951/21 2066/25
Karis' [2] 1951/21 2066/25
Katz [2] 1949/18 1952/21
keep [1] 1967/14
Kelkar [6] 1968/8 1974/16 1984/8
2068/6 2068/7 2068/23
KERRY [1] 1952/13
key [7] 1966/8 1967/4 1979/8 1987/5
1997/6 2014/16 2030/24
kill [1] 2064/3
kind [3] 1976/12 2001/12 2065/3
King [1] 1958/6
kink [3] 2002/3 2022/23 2033/10
KIRBY [1] 1953/15
Kirkland [3] 1951/20 1952/2 1952/5
knew [4] 1973/4 1993/16 1996/13
2036/9
know [19] 1956/11 1956/15 1964/1
1964/4 1964/5 1972/18 1985/15 1989/8
2015/13 2033/10 2041/7 2042/16

2043/18 2053/9 2059/12 2067/4
2062/19 2066/23 2070/2
knowing [3] 1996/14 2021/14 2028/23
knowledge [1] 2013/10
known [3] 1988/17 2014/2 2035/12
KRAUS [1] 1951/3
Kuchler [2] 1953/11 1953/12
KY [1] 1953/15

## L

laboratories [1] 1974/6
laboratory [1] 1984/9
lack [2] 2028/10 2065/2
laed.uscourts.gov [1] 1953/20
Lafayette [1] 1949/24
Lake [1] 1950/14
Lamar [1] 1953/9
LANGAN [3] 1951/21 1957/7 2070/21
large [31] 1963/18 1967/10 1967/19
1968/4 1977/6 1977/7 1977/9 1978/14
1978/17 1979/18 1979/19 1985/2
1997/15 1999/6 2005/19 2005/23
2007/11 2008/1 2008/6 2013/9 2013/12
2027/19 2035/13 2035/15 2037/15
2036/4 2036/4 2036/6 2044/22 2048/18
2052/24
larger [12] 1961/21 1975/11 1977/9
1977/18 1985/16 1999/11 2006/7
2008/17 2010/9 2010/9 2034/25
2042/17
largest [3] 1994/23 2031/3 2031/10
Lasalle [1] 1951/23
last [6] 1957/25 1958/25 1971/7
1972/25 1972/25 2033/12
late [1] 2033/11
later [7] 1957/11 1960/22 2011/14
2014/1 2026/4 2053/20 2056/4
latter [1] 2011/10
Law [1] 1950/6
lawyer [1] 1957/8
layered [1] 1980/9
leading [3] 2013/12 2040/4 2062/13
leads [1] 1977/4
leaps [1] 2061/2
learn [1] 2038/21
learned [1] 2049/25
LEASING [1] 1949/8
least [10] 1971/9 1983/23 2024/6
2026/2 2027/8 2033/15 2037/21
2056/15 2057/17 2063/2
leave [1] 1980/20
leaves [1] 2014/19
leaving [4] 2022/15 2025/1 2032/16
2050/18
Lecturer [1] 1962/14
led [1] 1978/7
left [1] 1967/8
legend [1] 1990/1
length [4] 2004/10 2032/18 2032/19
2032/21
less [12] 1967/23 1970/3 1984/24
1985/12 2005/1 2032/18 2046/17
2052/25 2061/23 2061/24 2062/9
2062/13
less-than-a-good [1] 2061/24
lesser [1] 1984/23
let [10] 2025/14 2036/25 2038/10
2047/19 2050/16 2051/10 2065/21
2067/5 2069/19 2069/22
let's [42] 1966/5 1968/17 1968/17
1969/15 1971/2 1971/11 1973/10
1974/21 1976/17 1977/20 1979/22
1981/5 1981/11 1984/2 1985/6 1985/25

**L**

let's... [26]  1986/22 1987/22 1991/4
1992/6 1994/9 2001/14 2004/7 2006/9
2009/14 2009/23 2011/15 2012/23
2017/25 2021/4 2028/13 2028/18
2035/7 2037/14 2037/25 2038/16
2038/18 2041/10 2054/5 2055/14
2056/22 2062/16
level [4]  2033/7 2048/6 2048/7 2050/9
Levin [1]  1950/2
Lewis [3]  1951/17 1953/2 1953/7
LI [1]  1952/20
like [26]  1958/9 1958/16 1960/7 1964/8
1965/8 1972/1 1978/22 1985/3 1989/7
1989/16 1990/25 1994/11 1996/7
1997/10 2000/2 2001/4 2003/12
2003/16 2004/10 2005/6 2006/23
2009/22 2010/20 2014/21 2016/4
2067/5
likely [14]  1968/3 2002/6 2002/14
2012/16 2016/22 2029/16 2029/17
2030/22 2033/3 2033/8 2033/14 2034/3
2034/4 2048/5
likewise [1]  2062/15
line [36]  1975/3 1990/17 1990/18
1991/11 1991/17 1992/17 2001/7
2009/21 2010/15 2017/4 2028/4
2028/11 2039/25 2040/21 2040/22
2040/23 2041/8 2043/4 2043/7 2043/20
2043/20 2044/3 2044/16 2046/6 2046/9
2046/9 2046/11 2046/22 2047/5
2047/10 2047/11 2048/9 2060/3
2063/25 2064/1 2064/3
linear [3]  2021/22 2022/7 2022/11
linearly [1]  2001/22
lines [4]  2001/9 2021/4 2040/19 2042/16
Liskow [1]  1951/17
list [5]  1955/9 1955/20 1956/25 1974/13
1980/1
listed [2]  1962/19 2015/6
lists [1]  1955/11
litany [1]  2067/17
little [12]  1941/1 1970/25 1981/5
1982/20 1994/11 2000/6 2009/22
2038/7 2048/3 2050/21 2051/24 2059/1
LLC [8]  1949/18 1949/22 1951/2
1952/13 1952/13 1952/16 1952/19
1953/11
LLP [8]  1950/12 1951/20 1952/2 1952/5
1952/9 1952/16 1952/19 1953/14
logging [1]  2005/11
long [7]  1957/25 1985/14 2031/21
2033/8 2033/18 2040/23 2040/24
look [31]  1968/19 1969/16 1969/19
1974/4 1976/23 1977/3 1977/20 1981/1
1981/6 1981/11 1981/15 1984/4
1984/22 1987/2 1991/4 1994/22 1996/7
1999/12 2001/2 2002/5 2012/23 2021/4
2024/4 2027/10 2041/10 2042/19
2045/25 2055/14 2055/14 2058/7
2058/25
looked [15]  1967/2 1974/3 1977/14
1977/18 1979/15 1980/8 1981/7 1981/9
1981/16 1985/22 2004/5 2011/6
2025/13 2045/1 2050/5
looking [4]  1982/16 2043/1 2050/16
2053/19
looks [1]  1975/21
lookup [3]  2008/12 2008/14 2008/16
loop [1]  2014/18
Los [2]  1952/4 1952/22
lot [4]  1966/12 1971/3 1972/4 1981/22

LOUISIANA [15]  1949/2 1949/6 1949/20
1949/24 1950/1 1950/7 1950/8
1950/24 1951/3 1951/4 1951/19
1952/14 1953/13 1953/19 2071/17
low [6]  1985/10 1991/23 1995/16
2011/10 2016/16 2055/24
lower [11]  1975/11 1975/16 1977/8
1995/11 1995/24 2002/13 2006/16
2017/15 2045/16 2060/10 2060/10
lowest [1]  2006/5
LP [2]  1953/12 1953/15
LUIS [1]  1952/20
Lundy [3]  1950/12 1950/12 1950/13
Luxenberg [1]  1950/9

**M**

M-E-H-R-A-N [1]  1958/25
Macondo [11]  2017/10 2018/20 2020/24
2021/10 2021/14 2022/8 2027/1
2030/23 2032/16 2050/1 2063/10
Magazine [1]  1950/7
maintain [1]  1956/3
maintains [1]  1957/6
majority [1]  2027/23
make [19]  1964/11 1976/4 1982/12
2000/17 2010/14 2015/9 2022/6
2042/15 2044/11 2044/13 2047/16
2048/2 2048/18 2058/9 2059/1 2059/5
2061/4 2070/3 2071/4
makes [3]  1978/10 1987/14 2015/14
making [1]  2022/5
many [11]  1970/3 1979/5 1983/3 1983/7
2005/23 2005/23 2006/14 2020/14
2028/9 2029/6 2055/11
marshaled [1]  2067/25
MARTIN [2]  1952/3 2045/20
MARTINEZ [1]  1953/3
Mason [1]  1958/10
Master's [1]  1960/22
match [103]  1970/18 1970/21 1970/22
1988/9 1988/11 1988/23 1991/10
1991/11 1991/13 1991/15 1991/20
1992/18 1993/2 1993/7 1993/22
1993/24 1993/25 1994/5 1994/6 1994/7
1995/2 1995/4 1995/6 1995/9 1995/10
1995/12 1995/13 1995/25 1996/3
1996/25 1997/1 1997/2 1999/3 1999/8
1999/14 1999/15 1999/18 2004/6
2004/15 2004/18 2004/21 2006/4
2006/18 2006/20 2006/21 2007/15
2009/1 2009/4 2009/8 2009/16 2011/22
2011/25 2012/3 2012/7 2014/18
2017/14 2017/19 2039/17 2039/19
2043/22 2044/7 2049/13 2049/15
2051/22 2053/12 2053/5 2055/7
2055/11 2055/17 2055/21 2055/25
2056/3 2056/8 2056/23 2057/22
2057/23 2057/24 2058/9 2058/14
2058/20 2059/2 2059/3 2059/3 2059/4
2060/14 2060/15 2060/20 2060/25
2061/12 2061/24 2062/10 2062/14
2062/17 2062/21 2064/7 2064/12
2064/19 2064/22 2064/25 2065/5
2065/15 2065/24 2065/25
match-up [1]  2039/19
matched [11]  1969/11 1970/19 1988/11
1991/24 1991/24 1993/1 2005/4
2005/25 2011/24 2049/11 2061/10
matches [10]  1986/15 1989/24 1991/3
1993/15 2005/1 2005/2 2006/3 2009/13
2062/7 2065/11

matching [31]  1972/24 1972/25 1988/13
1988/18 1995/18 1995/6 1995/9
1996/22 1999/3 2004/2 2005/22
2008/24 2011/21 2017/22 2040/24
2040/25 2052/12 2053/2 2053/4 2053/8
2053/20 2053/22 2053/25 2054/6
2054/25 2057/17 2057/20 2059/11
2062/4 2062/5 2064/14
material [9]  1965/23 1967/17 1997/10
1997/19 1998/5 1998/14 1999/23
1999/25 2013/10
matter [3]  1956/24 2050/7 2071/20
matters [3]  1955/6 2033/17 2050/8
MATTHEW [2]  1950/13 1951/22
mature [1]  1962/3
may [57]  1959/3 1962/2 1962/2 1962/3
1963/18 1964/1 1974/18 1975/8 1982/7
1989/8 1993/17 2001/24 2002/7
2016/18 2017/15 2018/7 2020/23
2021/9 2021/25 2022/1 2024/4 2024/22
2027/1 2027/6 2027/25 2028/7 2030/3
2033/11 2037/24 2040/8 2044/18
2046/7 2046/13 2046/22 2047/1 2047/6
2047/21 2048/1 2048/9 2048/11
2048/11 2050/5 2050/12 2050/17
2051/5 2051/12 2060/22 2063/16
2064/21 2065/4 2065/9 2065/14 2066/2
May 19th [1]  2033/11
May 2010 [4]  2064/21 2065/9 2065/14
2066/2
May 8th [13]  2001/24 2016/18 2027/25
2028/7 2040/8 2046/12 2046/7 2047/9
2047/11 2047/14 2047/19 2050/5
2050/17
May 8th and [1]  2047/21
May 8th at [1]  2002/7
May 8th to [3]  2046/7 2046/22 2048/9
maybe [8]  1967/8 1971/9 2005/2 2006/7
2008/13 2011/8 2047/18 2047/19
MAZE [1]  1950/19
McCutchen [1]  1953/14
MD [1]  1949/4
MDL [1]  2066/22
MDT [6]  1981/1 1981/15 1982/3 1982/4
1982/16 1982/16
me [46]  1956/24 1963/15 1966/3
1968/15 1969/13 1977/18 1982/9
1982/11 1985/2 1989/4 1990/25
1991/23 1995/23 1995/24 1996/19
1996/21 1997/4 1997/21 1999/16
2000/17 2002/21 2003/2 2003/24
2004/15 2009/1 2025/14 2029/20
2030/16 2033/18 2035/6 2036/25
2037/17 2037/23 2038/10 2039/25
2047/19 2048/5 2050/7 2050/8 2050/11
2050/16 2051/10 2065/21 2066/17
2067/11 2069/19
mean [6]  1977/8 1990/3 2014/3 2020/9
2020/10 2050/2
means [2]  2023/4 2025/10
measure [4]  1979/12 1982/5 1982/24
1984/6
measured [32]  1969/23 1969/25
1970/11 1972/5 1972/9 1985/22
1990/14 1990/22 1991/13 1996/20
2004/4 2007/4 2043/1 2043/2 2053/9
2053/23 2054/14 2054/15 2055/7
2057/5 2058/4 2058/8 2059/25 2060/1
2064/7 2064/12 2064/14 2064/19
2065/1 2065/12 2065/24 2065/25
measurement [3]  1963/9 1989/8 2028/3
measurements [18]  1962/6 1963/7

# M

measurements... [16]  1970/4 1973/2
1974/6 1981/7 1988/19 1990/24
1991/18 1992/17 1992/19 1993/1
1993/20 2028/17 2028/8 2053/13
2053/24 2054/5
measuring [2]  1983/9 1985/12
mechanical [1]  1953/24
mediocre [16]  1988/23 1993/24 1993/25
1995/12 1996/5 1996/5 2012/7 2012/8
2039/17 2039/19 2058/10 2058/20
2058/24 2059/3 2059/3 2060/14
meet [2]  1976/10 2070/17
meeting [1]  1957/9
Mehran [3]  1958/17 1958/20 1958/24
member [1]  1962/15
memorandum [2]  1981/17 1981/19
mentioned [14]  1970/15 1970/16
1973/16 1980/23 1988/2 1988/16
1997/10 1999/23 2005/8 2008/5 2008/8
2013/5 2014/6 2034/4
mentioning [1]  1967/4
mentions [1]  2008/12
mere [1]  2027/18
Merrill [2]  2069/14 2069/14 2069/20
method [31]  1967/16 1967/17 1967/17
1971/2 1971/15 1987/25 1997/10
1997/19 2016/2 2016/9 2018/15
2018/15 2018/17 2018/18 2019/16
2019/24 2020/1 2022/17 2024/6 2025/7
2025/21 2026/10 2026/17 2026/25
2027/5 2028/6 2028/13 2030/13
2030/14 2030/16 2053/4
methodology [13]  1966/3 1980/11
1985/4 1997/7 1998/20 1999/1 2000/16
2003/23 2013/7 2015/10 2016/12
2030/18 2034/23
methods [6]  1965/20 1965/24 1967/13
1984/19 2016/6 2018/15
metric [1]  2055/6
MEXICO [1]  1949/5 2032/17
mic's [2]  2067/21
MICHAEL [1]  1952/19
microphone [2]  1961/4 2068/15
microsips [7]  1996/8 1996/9 1996/9
1996/12 1996/16 2052/18 2052/20
middle [2]  1978/18 1995/24
midpoint [1]  1996/2
might [29]  1963/16 1963/21 1967/14
1967/23 1973/17 1974/1 1974/9 1974/9
1974/19 1975/5 1976/24 1977/2 1979/5
1980/24 1984/24 1985/17 1989/9
2002/25 2015/16 2028/7 2028/12
2030/18 2030/18 2033/18 2034/18
2038/23 2041/23 2048/17 2065/19
MIKE [2]  1952/10 1958/10
miles [1]  1985/14
MILLER [1]  1952/13
millidarcy [4]  1982/11 2004/14 2004/22
2004/22
million [22]  1967/1 1972/14 1999/16
1999/20 2006/6 2006/9 2012/18
2017/10 2018/19 2039/14 2044/5
2045/13 2045/16 2049/19 2049/20
2055/24 2056/2 2056/8 2056/8 2056/15
2060/8 2060/12
mind [1]  1967/13 1972/19
mine [2]  2006/14 2006/16
minus [4]  1970/1 2058/15 2058/21
2058/21
minute [1]  2017/25
minutes [1]  1958/1

mismatch [2]  1993/3 2058/23
misrepresented [1]  1998/1
missing [1]  2030/3
Mississippi [1]  1950/17
mistaken [1]  2067/1
Mitchell [1]  1950/2
mix [1]  1956/15
model [81]  1968/14 1968/17 1969/11
1970/6 1970/18 1970/19 1970/20
1970/25 1972/10 1972/12 1983/22
1986/15 1986/15 1986/17 1988/11
1988/15 1988/20 1988/21 1989/10
1990/9 1990/18 1990/25 1991/3 1991/9
1991/10 1991/13 1991/17 1991/20
1991/23 1992/3 1992/16 1992/17
1992/18 1993/1 1993/4 1993/20 1995/2
1996/10 1996/19 1997/1 1999/21
2000/15 2000/18 2000/19 2001/11
2002/20 2003/2 2004/12 2004/14
2006/11 2008/19 2008/21 2009/3
2009/12 2009/21 2010/1 2011/4
2011/11 2011/12 2011/17 2011/24
2012/3 2019/9 2020/22 2021/8 2022/10
2022/13 2026/5 2026/16 2027/16
2034/15 2034/20 2040/17 2044/20
2052/4 2052/7 2052/19 2055/2 2057/2
2063/2 2063/3
modeled [3]  2023/12 2026/7 2060/3
modeling [3]  1987/19 2053/5 2053/6
models [41]  1968/3 1968/6 1969/8
1970/21 1971/22 1971/23 1971/23
1972/6 1980/12 1986/17 1988/18
1993/14 1995/8 1995/10 1995/19
1995/20 1995/20 1995/24 1999/15
2004/3 2005/3 2007/15 2009/2 2011/2
2011/3 2017/13 2017/22 2019/10
2019/13 2020/18 2020/19 2026/5
2048/2 2052/1 2055/11 2056/7 2056/14
2057/14 2057/23 2057/24 2057/25
models' [1]  2019/11
molecular [2]  2033/7 2048/6
moment [2]  1961/17 1971/1
Monday [1]  1957/2
Montgomery [1]  1950/20
more [32]  1962/23 1962/23 1962/25
1971/1 1972/7 1981/5 1983/24 1984/17
1984/21 1984/22 1984/23 1987/8
1990/20 1990/22 1990/23 1993/5
1993/16 1993/20 1993/21 1996/17
1996/17 1996/18 2009/22 2010/21
2010/22 2030/3 2037/25 2038/1 2038/3
2046/16 2057/22 2062/21
Morgan [2]  1950/15 1950/15
morning [5]  2066/14 2066/16 2071/1
2071/5 2071/10
most [8]  1962/14 1978/5 2002/6
2012/16 2016/22 2030/22 2043/9
2046/15
motion [1]  2070/13
motions [2]  1960/6 1960/9
move [19]  1958/9 1973/10 1980/21
1985/25 1986/12 1987/16 1988/25
1998/10 2000/2 2003/12 2005/6
2006/23 2014/21 2016/1 2019/10
2069/13 2069/15 2070/3 2070/14
moved [2]  1998/9 2022/15
Mr. [8]  2066/19 2067/11 2067/22 2068/3
2069/14 2069/20 2070/21 2070/25
Mr. Brock [2]  2067/11 2068/3
Mr. Irpino [1]  2070/25
Mr. Langan [1]  2070/21
Mr. Merrill [2]  2069/14 2069/20
Mr. O'Rourke [2]  2066/19 2067/22

Ms. [3]  2066/25 2067/14 2069/6
Ms. Karis [1]  2066/25
Ms. Karis' [1]  2067/14
much [11]  1961/20 1963/21 1970/3
1976/24 1979/14 2010/6 2012/17
2032/20 2056/5 2058/23 2065/6
multiphase [3]  2026/4 2026/22 2026/23
multiple [1]  2063/10
mumbled [1]  2068/13
Munger [1]  1952/19
must [3]  1957/9 2030/21 2054/21
my [136]

# N

N.W [3]  1952/7 1952/10 1953/16
name [5]  1958/22 1958/24 1958/25
1983/17 2061/9
names [2]  2059/12 2068/13
narrow [7]  1966/3 1966/4 1966/20
1968/15 2005/4 2013/21 2013/21
Nat [1]  1958/15
NATHANIEL [1]  1951/12
Natural [1]  1951/10
necessarily [1]  2007/19
necessary [1]  2021/25
need [10]  1956/12 1963/11 1966/14
1973/4 1973/16 1984/12 2030/2 2030/2
2030/4 2038/25
needed [12]  1968/5 1974/14 1986/6
1988/1 1992/3 2012/4 2012/5 2012/6
2034/24 2035/19 2040/9 2052/12
needs [8]  2007/5 2008/10 2015/9
2036/7 2036/16 2061/5 2065/7 2065/18
negligible [1]  2027/19
net [1]  1978/14
never [1]  2044/20
nevertheless [1]  1979/20
New [10]  1949/6 1949/20 1950/8
1950/11 1950/11 1951/4 1951/19
1952/14 1953/13 1953/19
next [5]  1973/8 1992/1 1994/22 2014/8
2058/18
no [31]  1955/7 1960/5 1960/9 1966/12
1970/13 1972/18 1981/2 2002/9
2007/19 2008/7 2012/12 2016/24
2017/5 2017/24 2019/5 2021/25
2026/18 2028/3 2028/8 2033/8 2042/25
2048/2 2048/18 2061/19 2062/20
2064/10 2064/20 2064/22 2066/5
2066/7 2067/2
no-collection [1]  1970/13
non [3]  2028/18 2028/18 2030/11
non-what-if [2]  2028/18 2030/11
none [3]  2013/25 2017/3 2062/12
NONJURY [1]  1949/14
nonunique [1]  2011/21
nonuniqueness [1]  2015/22
North [1]  1950/23
not [148]
nothing [2]  2008/5 2070/22
notion [1]  2026/12
now [58]  1968/18 1969/8 1969/10
1971/18 1971/21 1971/24 1972/5
1972/13 1973/10 1974/13 1976/23
1983/22 1985/25 1988/8 1988/25
1990/9 1990/18 1992/3 1994/19
1996/16 1997/21 1998/7 2000/2
2000/19 2001/7 2003/12 2005/6
2005/10 2005/25 2006/23 2021/13
2024/20 2025/4 2028/25 2030/13
2031/14 2031/16 2034/8 2035/8
2037/23 2046/21 2048/21 2049/23

now... [15]  2051/17 2052/21 2053/4
2053/12 2053/24 2054/5 2054/8
2056/22 2060/18 2061/21 2062/8
2063/9 2066/12 2069/2 2069/21
number [8]  1962/17 2007/11 2008/1
2008/6 2022/3 2036/25 2037/15
2056/17
numbered [1]  2071/20
numbers [5]  2003/10 2006/15 2030/2
2030/4 2059/12
numeric [1]  2052/19
numerical [33]  1965/17 1970/7 1970/19
1970/20 1970/25 1979/20 1985/8
1985/25 1986/4 1986/8 1986/20 1987/5
1987/8 1987/12 1987/17 1987/18
1987/20 1987/25 1988/3 1989/17
1994/13 2014/16 2018/15 2019/16
2020/13 2028/13 2029/21 2030/13
2030/16 2030/18 2034/8 2034/22
2052/11

O

O'CONNOR [1]  1952/7
O'Keefe [1]  1949/19
O'ROURKE [3]  1951/11 2066/19
2067/22
objected [1]  2066/14
objection [5]  1955/19 1956/17 1958/13
2051/19 2066/25
objections [8]  1955/12 1955/18 1956/3
1957/3 1957/5 1957/14 1958/12
2067/14
objective [6]  1963/17 1967/11 2004/23
2015/12 2021/1 2039/24
observation [2]  2061/25 2062/7
observe [5]  1982/25 1983/1 1995/17
1995/19 2048/19
observed [1]  2043/21
observing [2]  1979/6 2057/23
obtain [5]  1988/18 1991/3 1996/25
1997/1 2007/20
obtained [6]  1967/7 1981/23 1984/7
1984/9 2009/3 2053/13
obvious [2]  1973/24 1980/7
occur [1]  2027/13
occurred [13]  2027/3 2027/6 2027/17
2028/12 2033/18 2040/7 2044/18
2046/13 2048/11 2051/5 2051/12
2064/23 2065/6
occurring [5]  2035/2 2036/13 2036/22
2043/13 2048/1
ocean [1]  2023/3
October [2]  1949/7 1955/2
off [1]  2067/21
offer [5]  1955/13 1955/24 2069/17
2070/5 2070/7
offered [1]  1956/1 1957/1 2069/6
offering [2]  1956/2 1956/19
Office [7]  1949/23 1950/4 1950/18
1950/22 1950/23 1951/7 1951/15
Official [3]  1953/18 2071/15 2071/23
offshore [4]  1952/13 1952/16 1952/19
1962/2
often [1]  1956/13 2049/8
oh [2]  1956/13 2049/8
oil [90]  1949/4 1949/4 1963/3 1966/9
1966/12 1966/13 1966/20 1966/25
1967/12 1967/19 1968/4 1969/13
1969/25 1970/16 1972/3 1972/11
1972/15 1973/7 1978/1 1978/8 1978/14
1986/18 1995/15 1995/22 1997/3

1997/4 1997/17 1997/24 1998/1 1998/4
1998/10 1998/11 1999/7 1999/8 2001/9
2001/13 2001/20 2001/20 2002/14
2003/2 2003/9 2004/5 2005/5 2005/7
2005/9 2005/16 2005/22 2005/25
2006/2 2006/11 2006/13 2009/5 2012/5
2012/9 2012/11 2012/17 2013/10
2013/16 2013/18 2013/22 2015/8
2015/10 2015/11 2015/11 2015/13
2015/16 2015/16 2015/17 2016/9
2017/9 2017/16 2020/23 2021/2 2021/9
2022/11 2026/14 2027/12 2030/22
2032/16 2040/13 2043/15 2044/4
2044/24 2048/4 2048/8 2048/20
2052/22 2056/2 2056/16 2061/13
2063/9
OIP [2]  1972/23 2005/8
okay [34]  1957/11 1958/2 1958/19
1961/1 1961/13 1964/16 1974/13
1976/4 1984/24 1990/6 1994/15
1996/11 2011/4 2012/2 2016/1 2028/5
2032/11 2038/20 2040/16 2051/19
2054/7 2061/20 2061/21 2066/19
2067/6 2068/12 2069/3 2069/23 2070/1
2070/11 2070/16 2070/23 2071/5
2071/9
Olson [1]  1952/19
once [17]  1969/1 1969/3 1971/17
1972/10 1976/16 1979/4 1979/15
1988/20 1988/21 1997/1 1997/14
2000/20 2008/25 2016/4 2020/25
2057/6 2062/6
one [125]
one-third [2]  2032/18 2032/19
ones [8]  1965/5 1965/6 1965/7 1970/22
1974/14 1978/18 2006/16 2069/3
only [23]  1956/10 1963/25 1967/6
1969/11 1970/22 1970/23 1973/3
1973/24 1976/15 1977/13 1991/9
1999/18 2002/21 2009/11 2012/6
2012/7 2013/19 2016/21 2017/6
2025/19 2026/12 2027/21 2044/9
onshore [1]  1962/2
OOIP [2]  2065/5 2005/7
open [1]  2003/22
opened [1]  1997/19
opening [3]  1959/14 1989/14 1998/7
operating [3]  1976/15 1976/24 1976/24
operations [1]  2050/3
opinion [17]  1959/7 1966/18 1972/16
1989/6 2012/10 2012/13 2012/15
2013/13 2013/19 2016/12 2017/8
2017/12 2033/6 2047/17 2051/7 2051/9
2066/4
opinions [7]  1959/9 1959/21 1960/2
2003/18 2012/21 2014/21 2015/3
opposed [1]  1975/20
ordered [1]  1995/16
original [12]  2005/7 2005/9 2006/2
2006/10 2029/3 2029/6 2029/22
2029/25 2036/2 2038/13 2055/15
2055/23
Orleans [8]  1949/6 1949/20 1950/8
1951/4 1951/19 1952/14 1953/13
1953/19
other [44]  1956/4 1962/17 1964/20
1965/5 1965/6 1965/7 1967/8 1967/22
1967/23 1970/4 1973/5 1976/14
1978/13 1979/14 1979/18 1981/1
1986/10 1987/13 1988/14 1989/7
1991/1 1994/24 2003/6 2003/23 2008/5
2009/2 2009/3 2010/13 2011/7 2017/13
2018/25 2020/20 2028/16 2032/4

2039/10 2044/22 2056/6 2057/21
2063/24 2066/6 2066/21 2066/25
2067/5 2069/3
others [4]  1974/7 1980/10 1989/5
2030/18
otherwise [3]  1964/3 1968/5 2048/6
our [15]  1956/3 1963/25 1964/2 1964/5
1964/7 1983/18 1989/2 1989/2 2007/19
2015/12 2040/20 2069/8 2069/21
2070/8 2070/10
ourselves [1]  1983/19
out [26]  1963/19 1964/10 1964/24
1974/8 1974/14 1974/19 1979/10
1986/13 1990/20 1990/22 2001/20
2001/20 2004/24 2018/20 2021/2
2023/8 2044/21 2050/6 2050/17 2052/8
2052/24 2065/8 2065/12 2066/1
2066/13 2070/23
outcome [2]  1963/17 1964/1
outliers [1]  2058/19
output [4]  1997/9 1998/25 2013/12
2040/13
outs [3]  1955/10 1955/13 1956/25
outside [1]  2062/3
over [32]  1972/13 1978/11 1983/3
1983/7 1984/17 2000/8 2016/16 2019/8
2025/2 2025/5 2025/8 2025/11 2025/23
2026/11 2026/17 2027/1 2027/16
2030/14 2033/20 2034/3 2034/16
2034/21 2035/2 2036/14 2036/22
2043/16 2050/24 2051/4 2051/11
2054/15 2063/10 2068/22
overestimation [1]  2008/19
overnight [1]  2068/1
overview [3]  1965/9 1965/19 1987/24
own [5]  1971/5 1982/15 2002/25
2009/10 2067/15

P

P-O-O-L-A-D-I [1]  1959/1
p.m [1]  2056/20
PA [1]  1950/3
page [5]  1954/2 1959/15 1959/18
2021/4 2059/23
pages [1]  2025/20
Palo [1]  1960/25
Palo Alto [1]  1960/25
panel [1]  1962/16
Papantonio [1]  1950/2
papers [1]  1962/24
parameter [21]  1977/8 1978/20 1982/18
1988/8 1988/11 1989/6 1989/7 1989/9
1989/11 1989/21 1992/2 1994/4
1994/16 1995/3 1998/9 1998/25 1999/2
2005/11 2006/2 2016/11 2061/9
parameters [85]  1966/22 1972/4 1972/8
1972/9 1973/7 1973/19 1973/20
1973/21 1973/22 1974/4 1974/5 1974/9
1974/12 1974/13 1974/19 1976/8
1976/22 1976/23 1977/2 1977/14
1977/15 1977/17 1977/18 1978/3
1978/5 1978/10 1978/13 1978/16
1978/22 1979/5 1979/14 1979/15
1979/17 1979/19 1980/1 1980/6 1980/7
1980/10 1980/25 1981/2 1985/7
1985/21 1985/24 1986/7 1986/14
1988/7 1988/14 1989/4 1989/8 1989/25
1990/19 1991/2 1994/3 1994/6 1996/24
1997/8 1997/14 1997/21 1998/8
1998/11 1998/15 1998/17 2000/1
2003/18 2003/25 2009/3 2009/7
2009/11 2009/16 2011/18 2011/22
2012/4 2014/8 2014/18 2017/14 2029/1

Case 2:10-md-02179-CJB-DPC Document 12174-6 Filed 04/29/14 Page 138 of 147

P

parameters... [9] 2031/1 2031/13 2049/12 2049/13 2052/6 2052/11 2052/14 2052/22 2057/22
part [24] 1958/8 1977/13 2006/3 2017/17 2024/21 2024/23 2025/7 2025/13 2025/17 2026/24 2026/24 2027/5 2034/21 2038/4 2038/21 2044/17 2053/20 2054/8 2054/24 2055/10 2058/25 2069/10 2069/12 2070/3
partially [1] 1999/10
particular [27] 1965/21 1966/18 1968/10 1972/23 1982/9 1982/16 1984/10 1990/1 1993/3 1993/24 1997/4 2008/7 2023/11 2026/3 2026/12 2026/14 2028/11 2033/16 2039/9 2039/13 2040/6 2040/14 2040/20 2046/10 2046/12 2046/19 2047/1
particularly [4] 1961/14 1962/8 1963/13 1965/16
parties [5] 1955/12 1956/1 1956/4 1956/7 2068/3
past [1] 1962/6
path [2] 2014/15 2022/20
paths [2] 2022/14 2022/18
pathway [1] 2023/7
pathways [1] 2023/25
PAUL [1] 1951/22
pay [1] 1978/14
PC [3] 1950/9 1953/2 1953/7
peer [1] 1962/22
peer-reviewed [1] 1962/22
Pencak [2] 1955/8 2066/10
pending [1] 1960/6
Pennsylvania [1] 1952/10
Pensacola [1] 1950/5
people [2] 1961/20 2038/22
per [7] 1970/1 1992/12 1992/22 1992/25 1993/2 2051/1 2062/9
percent [9] 1970/1 1983/25 1984/21 1991/19 1991/19 1993/22 2005/19 2013/19 2036/17
percents [1] 1983/24
perfect [1] 1961/6
perform [5] 1961/24 1963/12 1985/20 2025/8 2053/2
performance [6] 1962/6 1962/8 1974/16 1974/20 1975/4 1983/23
performed [4] 1974/6 2008/4 2037/15 2062/12
perhaps [1] 1956/11
period [11] 1968/11 2021/3 2027/22 2032/16 2042/3 2042/11 2043/6 2043/9 2047/15 2058/16 2064/15
periods [2] 2051/4 2051/12
permeabilities [2] 1968/5 2004/18
permeability [40] 1972/3 1972/23 1973/25 1978/11 1980/7 1980/25 1981/5 1981/6 1981/9 1982/3 1982/8 1982/10 1982/12 1982/15 1982/17 1982/18 1983/5 1983/5 1983/14 1983/20 1983/25 1984/6 1984/12 1984/23 1984/25 1985/3 1985/9 1988/7 2004/11 2004/12 2004/13 2004/25 2014/10 2014/11 2016/2 2016/7 2016/10 2016/11 2016/16
person [1] 1956/11
perspective [1] 2035/20
PETITION [1] 1949/8
PETOSA [1] 1950/16

petroleum [5] 1953/11 1953/14 1960/22 1970/24 1977/4
PH.D [2] 1958/20 1960/24
phase [10] 1955/22 1962/4 1968/22 1968/24 1970/10 1973/8 1985/25 1986/4 2052/10 2069/25
phases [1] 1970/9
physical [1] 1971/23
pictures [1] 2032/25
piece [3] 1988/23 1991/24 1992/4
pipe [11] 2011/5 2011/5 2011/7 2011/8 2011/10 2011/13 2026/8 2026/9 2026/9 2026/15 2026/17
place [22] 1967/12 1967/19 1968/4 1972/3 1998/1 2005/7 2005/9 2005/16 2005/22 2006/2 2006/6 2006/11 2006/13 2012/5 2013/11 2013/16 2013/18 2013/22 2027/1 2046/25 2063/16 2063/21
places [1] 2005/25
Plaintiffs [7] 1949/18 1949/21 1950/2 1950/6 1950/9 1950/12 1950/15
planned [1] 1967/8
plans [1] 2069/21
played [1] 1958/4
playing [1] 1958/8
PLC [5] 1951/19 1951/22 1952/4 1952/7 1952/11
please [9] 1955/5 1958/22 1959/3 2018/5 2024/2 2030/7 2032/21 2037/25 2038/17
plot [10] 1977/24 1977/24 1978/7 1979/3 1990/12 1990/10 1992/20 1993/6 2010/2 2046/11
plots [1] 1979/15
plotted [1] 1992/13
plotting [1] 1979/4
plus [13] 1969/25 2028/16 2029/14 2036/12 2038/19 2039/13 2039/22 2041/6 2041/9 2055/15 2058/15 2058/21 2058/21
plus-966 [2] 2039/22 2041/6
plus-966 psi [1] 2039/13
point [28] 1966/2 1967/6 1969/15 1970/6 1976/9 1976/15 1976/15 1976/17 1976/24 1976/25 1989/10 1996/11 1997/6 1997/18 1999/9 2014/2 2014/3 2017/22 2027/24 2031/14 2031/18 2049/25 2050/18 2051/16 2052/10 2052/20 2063/1 2063/1
points [3] 2004/19 2014/2 2058/4
Polk [1] 1953/11
Pooladi [15] 1958/18 1958/20 1958/24 1959/6 1960/6 1960/19 1964/8 2003/12 2017/7 2017/23 2018/10 2068/6 2068/7 2068/22 2068/23
Pooladi-Darvish [6] 1958/18 1958/20 1958/24 2068/6 2068/7 2068/23
porosity [1] 1973/25
portion [2] 2003/13 2024/6
portions [1] 1956/3
position [1] 1961/9
possible [7] 1994/23 1994/23 1999/8 2007/20 2007/21 2008/18 2037/10
post [14] 1949/23 1950/4 1950/23 1951/7 1951/15 1981/17 2047/1 2048/1 2048/11 2056/9 2066/22 2067/6 2067/7 2067/13
Post-Drill [1] 1981/17
post-May 8 [1] 2048/1
post-May 8th [1] 2047/1
post-May 8th also [1] 2048/11
post-well [1] 2056/9

postdoctorate [1] 1960/25
potential [3] 2003/3 2035/6 2044/23
potentially [3] 1977/9 2035/17 2036/4
Poydras [4] 1951/18 1952/14 1953/12 1953/18
practice [3] 1989/2 2007/19 2007/22
pre [3] 2039/1 2039/6 2048/11
pre-July 13th BOP [2] 2039/1 2039/6
precise [1] 1966/10
predict [2] 1962/7 1983/23
predicted [4] 2040/17 2057/11 2060/19 2060/24
prediction [1] 1983/25
preliminary [1] 1955/6
prepared [1] 1981/8
PRESCOTT [1] 1953/4
present [3] 1965/9 1965/18 2029/10
presented [2] 1964/23 1998/13
preserved [1] 2014/20
pressure [116] 1963/7 1968/13 1970/13 1975/1 1975/10 1975/10 1975/11 1975/12 1975/13 1982/5 1983/1 1983/1 1983/2 1983/4 1983/10 1990/12 1990/21 1991/20 1996/18 1996/20 1996/20 1999/9 2000/19 2000/20 2000/20 2000/24 2001/9 2001/23 2003/7 2007/8 2007/10 2007/16 2010/4 2010/8 2010/16 2010/21 2010/22 2016/18 2017/2 2017/4 2019/14 2021/14 2021/16 2021/19 2021/23 2021/23 2022/7 2022/11 2026/21 2027/12 2027/18 2028/2 2028/2 2028/3 2028/7 2035/20 2035/21 2038/22 2039/1 2040/3 2040/4 2041/5 2041/16 2041/19 2042/3 2042/5 2042/7 2042/10 2042/13 2042/14 2043/5 2043/13 2043/19 2043/20 2044/3 2045/19 2045/19 2045/23 2046/4 2046/6 2046/9 2046/9 2046/16 2047/6 2047/11 2047/13 2047/22 2048/17 2049/11 2050/4 2050/5 2050/11 2050/20 2054/1 2054/6 2054/12 2054/14 2054/14 2054/17 2054/24 2055/3 2055/12 2055/18 2055/21 2055/25 2056/3 2056/9 2056/12 2056/18 2056/23 2059/19 2061/10 2062/23 2064/10 2065/25
pressure-match [1] 2056/23
pressures [82] 1968/13 1970/12 1970/12 1973/1 1973/1 1975/16 1977/25 1980/13 1980/14 1980/14 1986/16 1988/9 1988/12 1988/16 1988/22 1989/24 1990/13 1990/14 1990/23 1991/3 1991/25 1994/5 1994/6 1995/4 1995/21 1999/14 1999/15 1999/18 1999/22 2001/6 2001/8 2001/24 2001/25 2002/3 2002/18 2002/19 2002/24 2002/25 2004/21 2006/19 2006/20 2006/24 2007/1 2007/2 2007/4 2007/6 2007/14 2007/18 2007/21 2007/24 2007/24 2008/21 2009/5 2010/10 2010/11 2011/25 2017/15 2026/19 2027/11 2027/21 2027/24 2040/1 2042/18 2042/24 2043/10 2043/18 2044/4 2044/10 2044/15 2046/19 2047/17 2049/14 2050/16 2050/17 2053/21 2053/22 2053/22 2056/13 2059/20 2059/22 2062/23 2063/7
pretrial [1] 2069/18
preventer [4] 2031/19 2032/8 2035/9 2044/19

**P**

previous [3]  1977/24 2022/4 2052/9
previously [4]  1956/1 1963/1 1964/13
2014/1
price [1]  1976/13
pride [1]  1983/19
primarily [3]  1967/5 1980/13 1982/5
primary [8]  1971/9 1989/12 1994/4
1998/19 2039/24 2045/3 2049/3 2061/9
principle [1]  2001/5
prior [13]  1962/15 1968/11 1981/22
1982/4 2027/25 2028/7 2038/22
2047/11 2063/25 2064/2 2064/4 2064/6
2064/15
probably [8]  1961/2 1967/22 1985/10
1985/10 2032/10 2033/6 2036/17
2048/12
problem [3]  1972/16 2016/6 2070/14
problematic [1]  2007/23
procedure [2]  2069/24
proceed [2]  2018/7 2037/25
proceedings [3]  1953/24 2071/12
2071/19
process [18]  1980/15 1992/8 1994/2
1994/13 1996/22 1996/23 1999/3
2004/2 2007/7 2007/11 2008/24
2011/21 2045/25 2051/21 2053/2
2058/25 2059/11 2070/17
processes [1]  2046/25
Proctor [1]  1950/3
produce [2]  2010/6 2011/2
produced [1]  2062/8
Producer [1]  1969/22
producing [1]  2026/20
production [17]  1949/10 1951/18
1951/18 1951/21 1951/21 1952/3
1952/3 1952/6 1952/6 1952/10 1952/10
1962/8 1963/7 1966/13 1966/14
1969/25 2063/7
Productivity [1]  2024/12
professional [4]  1960/20 1961/9 1962/13
1962/18
professor [2]  1962/10 1962/11
programs [1]  1971/24
project [4]  2020/7 2020/9 2020/17
2020/17
projected [2]  2019/3 2019/3
projects [3]  1961/23 1961/25 2022/12
proof [3]  2069/17 2070/5 2070/7
proper [1]  1983/12
properties [10]  1963/9 1966/11 1966/15
1974/2 1978/23 1985/15 1987/10
1987/11 2003/21 2003/21
proportional [2]  2016/2 2016/10
proposed [1]  2045/23
prove [3]  2064/20 2065/2 2065/2
proved [1]  1968/12
provide [36]  1959/6 1959/9 1959/21
1960/19 1964/19 1965/8 1966/10
1967/14 1971/5 1987/24 1995/8
1995/10 1995/12 1995/21 1995/25
1997/19 1998/22 1999/7 2005/15
2006/18 2006/21 2007/15 2011/25
2012/20 2015/2 2017/15 2020/14
2020/16 2047/22 2051/6 2051/8
2056/25 2057/23 2057/24 2064/25
2065/6
provided [18]  1980/4 1981/24 1995/4
2005/4 2006/4 2006/20 2008/14
2008/15 2009/4 2009/19 2015/23
2016/13 2035/5 2045/22 2052/10
2055/7 2062/21 2065/17

provides [10]  1982/6 1988/22 1993/25
1995/19 1997/18 1993/7 2020/10
2057/3 2064/18
providing [1]  1980/3
psi [7]  2035/21 2039/2 2039/7 2039/13
2041/20 2042/4 2042/10
PT [2]  2050/5 2050/16
PT-B [2]  2050/5 2050/16
publication [1]  1962/22
publications [2]  1962/20 1962/22
pull [11]  1961/4 1961/5 2019/19
2040/10 2042/20 2043/24 2045/10
2054/20 2059/8 2059/8 2061/6
pumped [1]  2050/1
purchased [1]  1961/11
purpose [1]  1983/5
purposes [6]  2007/5 2043/15 2051/6
2062/4 2062/5 2062/11
pursue [1]  2011/12
push [1]  2012/4
pushed [3]  1998/9 2009/2 2012/2
pushing [1]  1975/12
put [11]  1977/17 1989/3 1995/9 2028/20
2029/18 2035/19 2036/24 2037/19
2038/14 2041/11 2041/22

**Q**

Q4000 [1]  1969/22
quality [4]  1992/18 1995/6 1996/3
2061/12
quantification [1]  2069/11
quantify [2]  2020/23 2021/9
question [11]  1956/16 1964/9 1966/7
1966/8 1972/19 1972/21 2021/5 2021/7
2025/15 2033/5 2034/10 2035/5
2046/18 2047/19 2051/10 2060/22
2065/21
questioned [1]  1965/2
questions [5]  1973/15 1979/8 2017/24
2038/10 2066/5
quickly [5]  1965/18 1967/12 1967/20
1975/8 2024/7
quite [4]  1957/13 1966/23 1983/11
2015/5

**R**

R-E-S [1]  2024/9
Rachel [1]  1958/6
Rafferty [1]  1950/3
raised [3]  1956/17 1957/3 1957/14
ran [5]  1989/17 2012/10 2052/1 2053/1
2056/25
range [47]  1961/19 1963/15 1963/20
1964/2 1966/4 1966/20 1967/9 1968/15
1973/18 1974/8 1980/17 1980/17
1980/23 1981/3 1991/2 1995/24
1996/24 1997/18 1999/7 1999/11
1999/17 1999/19 2003/10 2004/17
2004/20 2004/21 2004/22 2004/25
2005/4 2005/25 2006/2 2009/6 2012/8
2013/12 2013/13 2013/15 2013/21
2013/21 2017/20 2028/25 2031/12
2052/21 2056/4 2056/11 2056/12
2056/15 2058/17
ranges [1]  2058/22
ranging [1]  2058/22
rate [80]  1964/25 1968/11 1969/1
1969/9 1969/11 1969/12 1970/22
1971/13 1971/17 1975/2 1975/13
1975/14 1976/18 1977/5 1977/8
1977/10 1978/1 1982/25 1983/10
1984/1 2002/20 2010/5 2018/23 2019/4
2019/6 2019/7 2019/8 2019/12 2020/2

2020/7 2020/18 2020/19 2020/19
2020/24 2021/25 2023/19 2033/23
2035/18 2036/5 2040/18 2044/8
2048/10 2048/12 2048/13 2049/15
2050/15 2050/22 2054/3 2057/1 2057/3
2057/4 2057/7 2057/8 2057/9 2057/11
2057/12 2057/14 2057/18 2058/3
2058/19 2059/10 2060/4 2060/18
2060/20 2060/24 2060/25 2061/3
2061/5 2061/11 2061/22 2062/2 2062/2
2062/2 2062/9 2062/10 2062/12
2062/16 2062/21 2064/11 2065/1
rated [1]  2039/16
rates [64]  1969/19 1970/5 1970/11
1970/20 1970/23 1971/6 1975/17
1976/25 1983/9 1986/16 1988/24
1992/5 1992/9 1992/11 1992/12
1992/24 1994/7 1995/9 1995/11
1995/12 1995/13 1995/21 1997/2
1997/12 2004/15 2006/19 2006/21
2009/1 2009/4 2012/1 2012/3 2012/7
2015/10 2015/16 2016/7 2017/19
2020/25 2021/13 2041/1 2044/9
2053/15 2056/24 2057/3 2057/6 2058/5
2058/8 2058/9 2058/14 2058/16
2059/25 2060/2 2061/13 2062/17
2062/23 2062/24 2064/2 2064/3 2064/5
2064/8 2064/12 2064/15 2064/19
2065/12 2065/25
RE [2]  1949/4 1949/7
reach [3]  1966/24 2051/4 2051/11
read [3]  1997/3 2021/12 2031/16
reading [5]  2016/5 2039/1 2039/7
2041/19 2046/7
readings [11]  2038/22 2039/6 2045/19
2045/19 2045/23 2046/5 2046/13
2046/16 2047/13 2047/22 2059/21
real [2]  2002/1 2025/4
realistic [1]  2016/23
realized [2]  1985/11 2067/21
really [6]  1985/6 1989/8 2001/14
2047/24 2050/7 2051/18
realm [1]  1969/7
realtime [1]  1964/10
reason [2]  1972/21 2026/18
reasonable [9]  1984/25 1984/25 1985/1
2015/15 2017/14 2039/23 2042/15
2043/17 2047/10
rebuttal [19]  1959/18 1971/10 1999/7
1999/17 2003/12 2008/8 2012/20
2014/6 2015/22 2029/10 2029/14
2029/15 2029/23 2029/25 2038/4
2038/14 2038/15 2066/25 2070/9
rebutted [1]  1998/19
recall [14]  2026/7 2032/12 2033/13
2037/3 2038/1 2038/3 2038/12 2041/21
2045/2 2045/8 2048/23 2049/1 2063/19
2063/22
receive [2]  1963/5 1963/6
received [6]  1955/12 1962/13 1962/17
2003/16 2044/4 2057/6
recently [1]  1962/14
recess [2]  2018/1 2018/3
recollection [1]  1962/22
record [3]  1958/23 1971/5 2071/19
recorded [2]  1953/24 2046/5
red [5]  1990/17 1990/18 2004/16
2006/22 2012/1
redactions [1]  2067/15
redirect [2]  2066/6 2066/7
reduce [1]  2012/6
reduced [2]  1975/13 1994/21
referred [6]  1968/8 1974/16 1984/8

R

referred... [3]  1984/14 2007/12 2008/12
referring [4]  2028/24 2032/24 2033/5
2045/3
reflect [3]  1997/9 1997/16 2044/18
reflected [2]  2005/23 2026/2
REGAN [1]  1951/22
regarding [2]  2003/18 2012/21
regardless [2]  2013/21 2034/20
related [1]  1955/15
relating [1]  2068/17
relation [1]  1998/10
relationship [2]  1974/16 1975/4
relationships [1]  1970/14
relaxed [1]  1987/16
release [10]  1973/7 1997/3 2039/10
2040/13 2043/15 2044/5 2048/20
2052/23 2056/2 2061/14
released [31]  1966/9 1966/20 1966/25
1969/13 1972/11 1986/18 1995/15
1997/5 1997/17 1997/24 1998/4 1999/6
1999/16 2001/13 2002/14 2003/2
2003/9 2004/6 2005/5 2012/9 2012/17
2015/8 2015/17 2016/10 2017/9
2017/16 2026/14 2044/24 2048/4
2048/8 2056/16
relevance [2]  2066/25 2067/4
reliance [1]  2070/4
rely [3]  1985/4 2016/7 2069/10
remain [1]  2014/17
remained [4]  2003/22 2032/7 2041/17
2042/10
remaining [2]  1971/14 1983/14
remains [4]  1966/23 1982/18 1983/6
2005/23
remember [5]  1998/12 2006/8 2017/3
2064/1 2067/9
remembering [1]  1993/22
removed [1]  1987/15
removing [1]  2022/4
repeat [6]  1971/4 1994/2 2014/2
2022/16 2034/10 2060/22
report [37]  1959/14 1959/15 1959/19
1971/9 1971/10 1989/12 1989/12
1998/19 1999/7 1999/11 1999/17
2007/12 2008/8 2012/20 2012/24
2014/6 2015/22 2019/21 2028/14
2029/3 2029/7 2029/10 2029/15
2029/22 2029/23 2036/2 2036/2
2038/13 2038/14 2040/12 2041/7
2042/2 2045/3 2061/17 2061/18
2061/19 2067/1
reported [1]  2060/1
reporter [5]  1953/18 1961/2 2000/7
2071/15 2071/23
reports [11]  1959/10 1959/22 1960/14
1961/12 1973/24 2003/17 2029/25
2037/21 2038/8 2051/7 2066/23
represent [5]  1977/6 1994/12 2001/10
2052/1 2059/24
representation [3]  1998/16 2047/6
2047/10
represented [2]  1998/21 2026/4
representing [2]  1956/14 2001/9
reproduction [1]  2061/15
requires [4]  1967/19 2013/10 2047/4
2070/6
RES [6]  2024/9 2024/12 2024/21
2024/24 2025/1 2025/8
reservations [3]  2067/17 2070/25
2071/4
reserve [1]  1957/8

reserving [2]  2069/9 2069/13
reside... [1]  2027/8
reservation [41]  1961/8 1961/13
1962/1 1962/6 1962/7 1962/9 1962/20
1963/8 1964/3 1965/22 1966/10
1966/14 1966/22 1967/5 1967/14
1968/6 1968/9 1968/10 1969/6 1969/8
1969/10 1970/24 1971/20 1971/22
1971/23 1972/2 1972/12 1972/23
1973/4 1973/5 1973/6 1973/22 1973/23
1974/9 1974/11 1974/14 1974/20
1975/5 1975/6 1975/9 1975/12 1975/20
1975/22 1976/16 1976/19 1977/3
1977/14 1978/6 1980/3 1980/6 1980/9
1983/22 1984/1 1985/13 1986/14
1986/15 1987/2 1987/2 1987/7 1987/9
1987/11 1988/14 1988/17 1990/20
1990/23 1996/1 1996/17 1996/24
2000/18 2000/21 2003/21 2004/4
2005/14 2007/5 2017/10 2017/18
2018/20 2019/10 2020/24 2021/10
2021/14 2021/20 2021/22 2021/23
2022/7 2022/15 2022/18 2022/21
2023/14 2023/24 2025/4 2025/11
2026/21 2029/1 2030/23 2031/1 2031/6
2031/7 2031/11 2032/17 2049/12
2052/2 2053/6 2053/10 2065/16
2065/17 2065/18 2065/19
reservoir's [1]  2021/16
reservoirs [2]  1962/2 1996/14
resistance [19]  1979/12 2024/5 2024/8
2024/15 2024/17 2024/22 2025/10
2025/13 2025/17 2025/25 2032/20
2033/24 2033/24 2034/2 2034/7
2034/12 2034/15 2034/21 2048/14
resistances [18]  2023/13 2023/16
2023/18 2023/20 2023/23 2023/23
2025/4 2025/6 2031/3 2031/5 2031/7
2031/7 2031/8 2031/11 2031/12 2048/7
2050/9 2050/9
resolution [1]  2070/15
resolve [1]  2015/21
Resources [1]  1951/10
respect [24]  1960/6 1960/10 1984/4
1985/20 2007/1 2013/16 2013/24
2014/22 2015/3 2026/15 2026/15
2028/5 2028/20 2037/5 2037/9 2040/6
2049/23 2055/23 2056/17 2057/15
2057/17 2059/23 2060/6 2061/21
responded [1]  1957/4
response [20]  1957/5 1963/8 1968/5
1968/7 1968/9 1970/24 1973/14 1973/23
1977/16 1986/15 1992/19 1996/1
2004/4 2005/2 2005/4 2017/17 2019/11
2053/10 2065/17 2065/20
responsible [1]  1957/9
rest [8]  1985/21 2017/5 2066/20
2067/16 2067/18 2067/23 2068/8
2070/10
resting [3]  2068/24 2069/9 2070/15
restricted [14]  2001/15 2001/17 2001/19
2002/4 2002/16 2002/23 2026/9
2026/15 2048/23 2048/25 2049/1
2049/7 2049/10 2049/11
restriction [8]  1979/7 1979/9 1990/7
1990/20 1994/19 2035/11 2035/14
2036/3
result [4]  1990/18 2025/1 2040/2 2041/4
resulted [4]  2039/9 2039/13 2044/15
2062/16
results [19]  1964/23 1973/21 1982/16
1986/10 1991/9 1991/10 1992/16
1992/17 1994/12 1998/13 1998/17
2000/9 2001/2 2001/14 2002/16 2003/8

2011/17 2053/8 2061/15
review [1]  1980/24

reviewed [3]  1962/22 1969/22 1981/21
RICHARD [2]  1951/14 1953/8
Richeson [1]  1953/11
rig [2]  1949/4 2032/5
right [37]  1955/5 1955/6 1955/18
1957/15 1958/12 1960/9 1960/13
1961/16 1964/17 1991/21 2001/19
2012/23 2016/15 2016/24 2017/7
2017/25 2018/5 2018/6 2028/18 2030/1
2030/4 2030/5 2031/16 2033/13
2039/22 2052/12 2052/13 2066/3
2068/19 2069/5 2069/5 2069/7 2069/9
2069/13 2069/15 2069/21 2070/19
right-hand [1]  1991/21
rise [5]  1955/4 1982/25 2018/2 2018/4
2071/11
riser [28]  2023/21 2023/24 2031/19
2031/21 2031/24 2032/1 2032/4 2032/7
2032/9 2032/11 2032/15 2032/19
2032/22 2032/23 2033/1 2033/3 2033/4
2033/10 2033/15 2033/23 2033/25
2034/2 2034/7 2034/12 2034/15
2034/21 2035/2 2063/13
rising [1]  1975/1
risk [1]  1964/4
RITT [1]  2064/8
RMR [4]  1953/18 2071/15 2071/22
2071/23
ROBERT [2]  1952/6 1952/10
ROBERTS [1]  1952/16
ROBIN [1]  1950/10
rock [8]  1963/9 1980/8 1985/15 1996/7
1996/12 1997/22 2052/15 2052/17
Ron [2]  1969/3 1970/15
Ronald [1]  1957/2
Room [1]  1953/18
Rouge [1]  1950/24
roughly [1]  1978/18
roughness [1]  1979/12
row [1]  1980/25
Roy [2]  1949/21 1949/22
rule [6]  2050/6 2050/17 2065/12 2065/12
2066/1 2066/24
rules [1]  2007/20
run [4]  1982/4 2003/4 2057/2 2059/1

S

s/Jodi [1]  2071/22
said [21]  1955/15 1969/5 1975/24
1988/25 1991/16 1992/24 1993/19
1996/13 1996/15 1998/9 2003/22
2003/25 2012/2 2033/6 2047/19 2055/5
2061/3 2066/23 2066/24 2068/11
2068/14
sake [1]  2000/6
same [13]  1984/15 1987/21 1989/1
2004/2 2005/8 2008/24 2010/11
2024/12 2035/5 2048/13 2059/23
2062/18 2065/5
samples [4]  1984/7 1984/8 1984/17
1984/22
sandface [3]  1975/10 1975/11 1990/15
sank [1]  2031/23
SARAH [2]  1951/15 1957/19
saw [7]  1998/7 2004/2 2010/20 2012/3
2032/25 2055/24 2058/2
say [17]  1964/14 1965/19 1983/18
1983/24 1984/24 2006/9 2016/1
2019/23 2020/1 2020/7 2023/4 2028/16
2028/25 2040/19 2062/16 2064/23

S

say... [1]  2070/20
saying [5]  1990/6 1994/18 1995/7
 2036/7 2068/2
says [5]  1985/2 2001/7 2042/2 2044/14
 2065/15
scenario [10]  2002/2 2002/5 2002/6
 2002/7 2002/17 2002/22 2003/1
 2016/21 2016/23 2025/3
scenarios [4]  2001/10 2011/6 2044/22
 2048/17
Schell [1]  1953/11
Schlumberger [1]  1974/7
SCOTT [1]  1951/12
screen [2]  2059/1 2059/24
se [1]  2051/1
sea [4]  2022/15 2022/19 2023/9
 2023/11
seafloor [1]  2031/24
SEAN [1]  1953/5
seated [2]  1955/5 2018/5
second [14]  1971/21 1988/23 1992/4
 1993/18 1994/25 1995/1 1999/13
 2002/23 2005/6 2009/3 2014/1 2037/17
 2054/3 2056/22
secondly [1]  2015/20
section [3]  1949/5 1951/10 2000/12
sections [1]  2013/17
see [40]  1970/21 1972/7 1973/4
 1976/23 1980/2 1981/3 1984/16
 1985/17 1988/8 1991/22 1992/3 1993/3
 1997/1 1997/4 1999/2 1999/4 1999/12
 2004/5 2011/22 2017/20 2024/10
 2024/18 2036/25 2040/14 2041/14
 2042/5 2043/9 2044/2 2044/22 2055/18
 2057/22 2057/23 2059/14 2059/17
 2060/8 2060/12 2060/16 2061/14
 2065/18 2071/9
seeing [1]  1993/25
seemed [1]  1982/9
seems [1]  2016/21
segments [1]  1965/16
seismic [2]  2005/11 2005/13
select [1]  1979/16
selection [1]  2062/6
senior [1]  1961/10
sense [5]  2016/13 2020/12 2034/18
 2036/16 2047/25
sensitivity [14]  2028/14 2028/22 2029/9
 2029/22 2029/23 2034/6 2034/11
 2034/13 2034/22 2035/1 2035/7
 2036/12 2036/21 2055/16
sent [1]  1984/9
sentence [1]  2022/16
separately [1]  2064/24
sequence [1]  1969/12
series [4]  1970/20 2010/2 2010/7
 2052/1
Services [2]  1953/3 1953/8
SESSION [2]  1949/14 1955/1
set [8]  1968/17 1984/15 2006/5 2028/21
 2030/8 2037/5 2037/9 2055/20
sets [2]  1968/10 2053/24
setting [2]  2008/20 2050/4
seven [3]  2029/12 2029/14 2029/23
several [4]  2031/21 2032/7 2051/17
 2061/8
shall [1]  2003/25
sharply [1]  2033/22
She [1]  2067/15
ship [1]  1969/24
ships [3]  1969/21 1992/24 2064/6

short [3]  1981/4 2040/21 2040/23
shorter [1]  1971/17
shots [1]  2008/25
should [6]  2010/12 2010/13 2013/7
 2013/8 2016/23 2035/22
show [6]  1979/24 1991/9 1991/10
 1991/15 1999/19 2015/19
showed [3]  2036/10 2058/23 2059/6
showing [6]  1977/23 1994/16 1995/1
 2032/25 2040/13 2058/4
shown [10]  1978/2 1984/19 1987/3
 1991/21 1992/17 1992/21 1994/14
 1994/24 2042/25 2046/11
shows [7]  1978/7 1979/4 1984/16
 1991/12 2040/17 2055/17 2058/3
shut [47]  1968/12 1968/13 1968/13
 1973/1 1982/25 1983/8 1983/11
 1986/16 1988/9 1988/12 1988/16
 1988/22 1989/24 1990/12 1990/13
 1990/14 1990/21 1991/3 1991/24
 1994/5 1994/6 1994/6 1995/4 1995/20
 1996/20 1999/8 1999/14 1999/15
 1999/18 1999/21 2004/21 2006/18
 2006/20 2006/24 2007/1 2007/2
 2007/15 2008/21 2009/4 2011/25
 2017/15 2044/9 2049/14 2053/21
 2053/22 2056/13 2059/19
shut-in [44]  1968/13 1973/1 1983/8
 1983/11 1986/16 1988/9 1988/12
 1988/16 1988/22 1989/24 1990/12
 1990/13 1990/14 1990/21 1991/3
 1991/24 1994/5 1994/6 1994/6 1995/4
 1995/20 1996/20 1999/8 1999/14
 1999/15 1999/18 1999/21 2004/21
 2006/18 2006/20 2006/24 2007/1
 2007/2 2007/15 2008/21 2009/4
 2011/25 2017/15 2044/9 2049/14
 2053/21 2053/22 2056/13 2059/19
shutting [1]  2056/9
side [5]  1978/6 1984/7 1991/22 2069/3
 2069/7
sighted [1]  1981/4
significant [6]  2030/14 2047/15 2047/22
 2065/8 2065/13 2066/1
significantly [2]  1983/7 2015/17
Simcox [5]  1953/18 1953/20 2071/15
 2071/22 2071/23
similar [8]  1969/2 1970/14 1977/15
 1977/24 1985/20 2001/5 2016/20
 2055/16
similarly [3]  1961/25 1978/11 1978/14
simple [2]  1967/17 1970/14
simplified [1]  1987/15
simply [2]  2036/20 2046/18
simulated [15]  2039/5 2039/5 2053/1
 2055/7 2056/24 2057/6 2057/8 2057/9
 2058/2 2058/3 2058/8 2060/3 2060/18
 2060/23 2064/18
simulation [11]  1970/20 1979/21
 1987/12 1987/17 1987/18 2040/17
 2053/6 2053/9 2053/12 2065/11
 2065/24
simulator [3]  1987/2 2014/17 2026/5
simulators [2]  1986/20 1987/20
SINCLAIR [1]  1950/19
single [3]  1980/10 1987/6 1994/2
sir [5]  1959/18 2023/17 2023/19
 2034/20 2036/3
sit [2]  2038/1 2038/3
site [1]  2066/22
sitting [1]  1999/4
six [6]  2029/24 2030/8 2030/10 2037/22
 2037/23 2037/24

Sixteen [1]  1984/8
size [4]  1990/25 1993/5 2026/17
skin [12]  1968/5 1972/3 1972/23 1978/7
 1978/9 1980/7 1981/2 1994/22 2012/6
 2016/7 2050/11 2050/12
skip [1]  2016/16
slide [4]  1962/19 1998/13 2016/4
 2042/25
slightly [4]  1970/8 2025/15 2045/16
 2053/18
slope [2]  1975/23 2017/2
slow [2]  1961/1 2000/6
slowly [4]  2001/23 2001/23 2001/23
 2001/23
small [6]  1961/19 1987/9 2027/19
 2034/4 2034/19 2048/18
smaller [6]  1974/1 1979/14 1994/20
 2006/10 2006/14 2032/20
SMITH [1]  1953/4
so [154]
so-called [11]  1971/19 1971/22 1975/3
 1978/19 1981/17 1991/12 2007/3
 2008/12 2009/18 2011/5 2011/13
software [3]  1953/24 1971/24 1987/18
Soileau [1]  1950/12
solid [6]  1975/3 1990/14 1991/17
 1992/13 1992/17 1993/4
solution [1]  1967/25
solve [2]  1987/9 2016/6
some [47]  1956/11 1957/14 1965/22
 1966/15 1966/22 1967/7 1967/7
 1978/16 1980/24 1981/1 1981/25
 1982/6 1984/12 1989/4 1989/5 1989/7
 1991/1 1996/23 1997/14 2004/7
 2004/10 2005/20 2010/19 2012/4
 2013/3 2013/5 2014/5 2014/7 2015/6
 2022/4 2029/3 2029/9 2033/14 2033/16
 2038/12 2038/22 2038/25 2039/3
 2045/22 2047/10 2049/25 2052/24
 2052/25 2056/6 2057/7 2068/13 2069/6
somebody [2]  2003/24 2069/7
somehow [1]  2024/25
something [11]  1957/10 1963/22
 1993/23 2013/20 2024/9 2024/14
 2041/13 2045/7 2046/15 2070/20
 2071/9
sometimes [4]  1963/18 1966/15 1966/16
 2007/21
somewhat [1]  2046/15
somewhere [2]  2035/21 2058/10
sorry [22]  1956/13 1956/13 1995/19
 2012/14 2022/16 2029/22 2031/15
 2033/23 2034/8 2034/10 2036/18
 2038/2 2045/3 2049/9 2050/13 2051/2
 2051/3 2054/14 2054/21 2065/11
 2068/7 2068/12
sort [3]  2024/4 2038/16 2059/1
sound [1]  2029/25
source [2]  2069/12
sources [1]  1981/6
South [3]  1950/4 1950/12 1952/3
space [2]  2020/15 2020/16
SPE [1]  1962/15
speak [1]  2009/25
specific [1]  2008/5
specifically [2]  1981/8 2004/24
specified [1]  2058/22
spectrum [1]  1961/25
spelled [1]  1958/25
spelling [1]  1958/23
spill [8]  1949/4 2018/23 2027/22
 2027/23 2036/9 2041/17 2051/13
 2063/11

S

split [1] 1970/6
spoke [1] 1969/15
spot [1] 2037/17
spreadsheet [2] 1998/7 2008/14
square [1] 1985/13
stack [13] 1970/12 1971/3 2007/4
2020/3 2020/5 2053/17 2054/8 2054/11
2059/17 2059/22 2060/11 2062/24
2064/10
stand [1] 2066/19
standard [1] 1987/20
standing [1] 2070/20
start [10] 1977/3 2004/10 2009/10
2015/13 2019/14 2037/14 2041/1
2046/4 2068/22 2071/5
started [2] 1974/4 2016/5
starting [4] 1989/10 1996/11 2052/10
2052/20
starts [1] 2033/21
state [3] 1950/22 1951/2 1958/22
stated [1] 2068/3
statement [3] 1989/15 1998/7 2061/2
STATES [19] 1949/1 1949/10 1949/15
1951/6 1951/9 1955/8 1955/9 1955/21
1955/25 1956/6 1957/10 1957/20
1958/7 1958/8 1958/16 1958/16 2037/2
2066/11 2071/14
States' [3] 1950/18 1957/1 2067/15
stay [2] 1961/6 2042/14
stenography [1] 1953/24
step [19] 1973/9 1988/7 1988/13
1988/25 1992/1 2014/8 2022/4 2022/4
2023/1 2023/2 2023/10 2023/11 2026/3
2026/7 2026/12 2026/14 2027/8
2027/10 2052/12
Step 1 [1] 1988/25
Step 3 [1] 2027/10
Stephanie [1] 1955/22
STEPHEN [2] 1949/19 1951/7
steps [8] 1971/14 1987/24 1988/4
2020/14 2022/3 2022/6 2022/9 2025/19
STEVEN [2] 1951/11 1952/16
still [11] 1973/6 1986/14 1995/3 1997/15
1998/21 2005/1 2011/7 2028/2 2032/1
2062/13 2062/21
stock [17] 1967/1 1970/1 1972/14
1999/20 2006/17 2012/17 2012/18
2017/11 2018/19 2039/14 2044/5
2045/13 2049/19 2056/2 2056/15
2058/21 2062/9
STOIIP [1] 2005/8
stop [1] 2010/14
straight [2] 2017/4 2047/5
Street [16] 1949/23 1950/4 1950/7
1950/13 1950/16 1950/23 1951/4
1951/18 1952/3 1952/7 1952/14
1952/17 1953/5 1953/12 1953/16
1953/18
students [1] 1962/18
studies [8] 1961/15 1963/1 1964/13
2005/14 2028/22 2029/9 2029/23
2034/22
study [10] 1962/5 1964/23 1965/16
1965/17 1967/11 1968/18 1979/16
1979/21 1983/22 2052/10
subject [5] 2001/4 2035/4 2046/20
2067/14 2070/15
subsequent [4] 2022/9 2023/2 2026/7
2026/16
such [20] 1965/23 1967/19 1968/6
1973/24 1974/1 1974/7 1980/7 1980/25

1981/2 1997/8 1997/12 2000/17
2000/19 2021/8 2022/1 2023/22
2023/23 2027/12 2037/12 2047/12
suddenly [2] 2002/2 2002/3
suggest [1] 2043/17
suggested [12] 2003/19 2004/13
2006/13 2007/13 2009/8 2009/11
2009/17 2011/18 2014/13 2038/25
2039/3 2045/20
suggestion [1] 2043/17
suggestions [1] 2009/19
Suite [9] 1949/23 1950/4 1950/16
1951/18 1952/14 1952/17 1953/5
1953/9 1953/12
summarize [1] 2017/7
summarized [1] 1959/22
summary [4] 2013/5 2015/2 2020/11
2020/11
summer [1] 2063/21
superimposed [1] 2058/4
supply [1] 1976/13
supply-and-demand [1] 1976/13
supposed [1] 2003/24
sure [21] 1957/17 1960/21 1961/19
1964/11 1964/21 1965/15 1970/8
1976/4 1980/22 1986/21 2010/14
2022/17 2023/15 2023/22 2025/16
2030/12 2034/11 2035/10 2038/6
2038/11 2060/23
surface [1] 1969/21
sustain [1] 2051/19
Sutherland [1] 1952/16
swing [7] 1977/4 1977/6 1977/7 1977/9
1977/19 1979/6 1979/11
sworn [1] 1958/21
system [6] 1974/10 1976/19 1979/2
2000/23 2046/17 2052/2

T

table [15] 1973/24 1977/15 1979/24
1979/25 1994/12 1995/11 1995/23
1999/10 1999/12 2008/12 2008/14
2008/16 2008/17 2030/3 2061/18
take [19] 1964/7 1989/16 2017/25
2020/15 2021/4 2022/18 2026/25
2027/5 2030/6 2031/15 2034/24 2035/1
2036/13 2037/6 2037/10 2040/6
2045/25 2057/7 2066/15
taken [3] 2027/1 2030/21 2036/16
taking [2] 2046/25 2061/17
talk [13] 1981/5 1984/18 1997/22
2006/23 2018/17 2028/13 2030/10
2037/18 2038/18 2041/13 2049/23
2051/21 2056/22
talked [4] 1967/20 2010/3 2048/21
2051/24
talking [9] 1975/23 2019/16 2023/10
2034/8 2037/14 2037/23 2047/18
2053/22 2068/17
talks [1] 1981/9
tank [17] 1967/1 1970/1 1972/14
1999/20 2006/17 2012/17 2012/18
2017/11 2018/19 2039/14 2044/5
2045/13 2049/19 2056/2 2056/15
2058/21 2062/9
Technical [1] 1981/17
technique [7] 1969/2 1974/15 1983/6
1999/1 2015/7 2016/3 2016/8
techniques [8] 1965/22 1967/23 1969/23
1986/9 1987/14 1987/15 2015/20
2016/5
tells [2] 1995/23 2048/5
tender [1] 1960/7

tendered [1] 1960/14
terms [8] 1964/12 1991/19 2001/5
2003/17 2012/9 2017/21 2033/16
2035/20
test [13] 1982/22 1982/23 1982/23
1983/8 1983/12 2021/24 2038/23
2053/13 2053/14 2053/16 2053/25
2054/8 2056/23
testified [5] 1958/21 2004/10 2014/1
2016/15 2068/20
testify [1] 1965/13
testimony [4] 1957/4 1960/2 2003/13
2037/3
testing [3] 1965/23 2007/20 2015/7
tests [8] 1967/8 1982/4 1982/19
1982/20 1983/15 1983/16 1983/21
2005/21
Texas [3] 1952/17 1953/6 1953/9
than [31] 1962/23 1962/23 1970/3
1980/4 1983/24 1984/17 1984/21
1984/22 1984/23 1984/24 1984/24
1985/12 1993/5 1993/15 1993/16
1993/20 1993/21 1994/20 1996/20
2005/1 2006/14 2006/16 2008/5
2008/17 2032/18 2032/20 2061/23
2061/24 2062/9 2062/13 2062/21
thank [22] 1956/20 1956/23 1957/16
1957/18 1958/14 1961/7 1986/25
2017/23 2022/2 2029/11 2030/24
2036/19 2042/6 2054/4 2056/10
2057/10 2066/8 2066/9 2066/18
2067/20 2067/23 2070/12
that [737]
that's [46] 1955/17 1956/18 1958/25
1960/12 1961/11 1965/7 1968/9 1976/4
1976/15 1989/21 1998/16 2001/7
2005/18 2007/19 2015/18 2017/3
2017/5 2017/5 2019/2 2024/16 2030/24
2031/6 2033/13 2033/17 2034/9 2036/7
2036/7 2045/17 2049/24 2050/13
2051/8 2052/13 2052/20 2053/14
2053/23 2056/16 2056/20 2056/23
2058/13 2059/6 2059/22 2061/25
2062/25 2063/8 2066/17 2068/21
their [18] 1962/4 1962/7 1962/8 1969/24
1973/7 1988/14 1990/23 1991/2
1999/25 2003/17 2019/12 2019/12
2030/19 2033/17 2048/3 2048/19
2060/1 2069/10
them [39] 1957/6 1961/19 1962/19
1964/21 1964/22 1965/16 1966/15
1966/16 1967/24 1970/8 1970/11
1971/4 1972/5 1977/3 1980/16 1984/21
1984/23 1987/16 1988/10 1995/9
1999/14 2006/15 2007/12 2013/6
2014/7 2015/5 2015/6 2030/2 2036/6
2036/8 2040/20 2045/18 2049/4
2052/24 2059/12 2067/3 2067/13
2021/1 2070/14
themselves [1] 2019/14
then [75] 1956/24 1960/23 1965/4
1966/1 1966/4 1969/2 1970/7 1970/17
1970/17 1971/18 1973/7 1973/18
1974/4 1977/4 1977/7 1982/25 1986/12
1986/17 1986/18 1988/4 1988/22
1991/20 1993/21 1993/23 1994/6
1996/5 1996/6 1996/12 1997/2 1997/7
1998/9 1999/4 2000/21 2001/8 2001/10
2001/12 2001/22 2002/2 2002/10
2002/25 2004/5 2009/2 2009/12 2012/2
2012/7 2014/11 2014/21 2015/10
2019/3 2019/14 2020/7 2022/24 2023/7

then... [22]  2026/21 2028/10 2028/24
2030/2 2030/6 2033/22 2038/15
2046/21 2047/6 2047/11 2050/13
2052/6 2053/2 2056/14 2057/3 2057/7
2057/12 2058/7 2058/23 2059/1
2065/17 2067/13

there [100]  1956/11 1960/5 1960/9
1962/1 1962/16 1964/21 1973/5
1975/10 1975/11 1976/5 1978/13
1978/16 1982/2 1985/2 1987/13 1988/4
1988/6 1999/19 2006/14 2008/1 2008/5
2008/7 2008/18 2010/7 2010/25 2014/5
2014/14 2015/5 2017/13 2023/7
2023/10 2023/13 2023/16 2023/18
2023/20 2026/14 2026/21 2026/22
2029/12 2029/19 2029/21 2029/23
2029/24 2030/3 2030/6 2030/25 2032/7
2032/11 2032/22 2032/23 2036/9
2036/11 2036/24 2037/24 2038/1
2038/3 2038/4 2038/9 2038/12 2038/25
2038/25 2040/19 2041/3 2042/17
2042/25 2044/11 2045/1 2045/6 2047/9
2048/2 2048/3 2048/5 2048/6 2048/18
2048/25 2048/25 2050/21 2052/12
2055/5 2055/10 2057/15 2058/18
2059/21 2061/2 2061/2 2062/20
2063/13 2063/18 2063/24 2063/24
2064/2 2064/2 2064/3 2064/5 2064/9
2064/10 2064/20 2065/2 2065/2
2066/22

there's [6]  2038/6 2045/7 2045/7 2070/2
2070/5 2071/9

therefore [19]  1976/16 1979/4 1987/10
1990/21 1991/23 1993/18 2002/20
2004/16 2006/22 2007/10 2011/11
2012/1 2016/12 2032/20 2039/20
2044/21 2044/24 2046/16 2062/25

these [78]  1955/13 1955/15 1955/24
1956/2 1956/4 1956/5 1959/22 1960/2
1960/23 1962/1 1962/5 1963/16
1968/14 1970/10 1971/23 1971/24
1972/6 1972/9 1973/19 1974/4 1974/12
1976/7 1976/7 1976/21 1978/2 1978/4
1978/9 1978/20 1978/22 1979/15
1982/4 1984/7 1984/22 1985/7 1985/21
1985/24 1986/9 1995/16 2001/14
2002/10 2004/7 2005/9 2009/7 2010/7
2010/11 2010/18 2010/19 2010/20
2010/25 2012/15 2012/10 2013/3
2023/23 2023/25 2024/8 2028/25
2030/25 2031/7 2037/5 2037/7 2037/9
2037/12 2037/22 2037/24 2038/16
2048/15 2049/21 2052/8 2055/20
2057/3 2057/6 2057/22 2057/25
2059/10 2059/11 2059/18 2059/24
2060/6

they [35]  1959/11 1959/23 1962/2
1962/3 1963/9 1963/25 1963/25 1964/1
1964/2 1964/4 1964/4 1970/21 1970/23
1971/8 1976/14 1984/9 1986/8 1987/14
1987/16 1993/12 1993/12 1995/11
1995/21 1995/25 1998/13
2001/10 2010/13 2017/14 2017/15
2017/16 2017/19 2022/15 2043/18
2069/15

they're [1]  2012/16

they've [1]  2052/8

thickness [2]  1973/25 1980/7

thing [6]  1964/10 1986/6 1988/1 1989/1
2008/7 2014/16

things [13]  1963/14 1968/2 1972/1

---

1973/24 1973/25 1978/22 2020/21
2020/22 2042/6 2056/11
2067/24 2071/3

think [28]  1956/10 1957/8 1971/3
1979/7 1980/23 1989/14 1997/6 2008/7
2008/11 2012/11 2014/16 2016/15
2020/17 2051/16 2051/18 2055/5
2058/1 2062/22 2066/8 2066/23
2066/24 2067/2 2067/12 2068/2 2068/3
2069/7 2070/3 2070/6

third [5]  1950/23 1995/5 1995/6 2032/18
2032/19

this [203]

Thomas [2]  1950/2 1951/11

thorough [1]  1979/20

those [48]  1955/11 1955/19 1955/23
1956/21 1957/3 1957/5 1958/13
1961/24 1965/6 1971/6 1972/6 1977/17
1980/14 1981/11 1987/15 1991/18
1998/11 1999/23 1999/25 2001/16
2002/4 2003/8 2004/1 2004/6 2013/11
2017/21 2019/11 2029/12 2029/12
2031/5 2037/22 2037/23 2038/13
2038/14 2045/2 2049/3 2049/7 2049/8
2049/11 2049/15 2049/18 2050/9
2052/11 2058/7 2059/24 2069/1 2069/2
2070/10

thought [12]  1964/10 1967/16 1969/5
1974/1 1985/9 1990/8 1994/23 1997/10
2016/6 2040/2 2041/23 2069/1

thousand [2]  2031/21 2032/7

three [6]  1958/7 1979/25 2003/6
2025/20 2029/16 2040/19

threshold [2]  1993/18 2058/18

through [44]  1967/13 1971/2 1971/14
1980/16 1980/20 1984/5 1984/11
1985/19 1989/18 1994/11 1996/22
1999/3 2001/14 2004/1 2004/7 2007/7
2008/24 2010/22 2014/7 2015/10
2015/24 2020/18 2021/5 2023/8
2023/25 2024/7 2029/21 2030/5
2031/19 2032/15 2034/7 2034/12
2034/17 2036/15 2037/21 2038/16
2040/18 2042/16 2043/7 2052/12
2054/18 2063/13 2063/18 2063/25

throughout [2]  2021/2 2041/17

thumb [1]  1955/22

tight [1]  1990/7

time [74]  1956/19 1957/14 1957/21
1958/9 1958/16 1960/7 1962/9 1962/24
1965/1 1965/8 1968/25 1969/12
1970/13 1970/17 1972/4 1972/18
1972/22 1987/16 1989/23 1990/13
1990/13 2000/9 2002/4 2017/24
2017/24 2019/4 2019/6 2019/7 2019/9
2019/11 2019/15 2020/7 2020/15
2021/2 2021/14 2021/23 2022/12
2025/2 2025/5 2025/8 2025/11 2025/23
2026/11 2026/13 2026/17 2026/20
2027/1 2027/16 2027/22 2027/23
2033/4 2033/8 2033/18 2033/20 2034/3
2034/16 2034/21 2035/3 2036/14
2036/22 2040/9 2041/9 2042/25 2043/6
2043/10 2048/10 2049/25 2050/18
2050/24 2051/5 2051/12 2054/15
2057/20 2064/15

times [9]  1966/12 1984/17 2005/18
2005/18 2011/20 2020/20 2028/9
2051/17 2057/3

tiny [2]  2033/7 2033/16

title [1]  2001/15

today [1]  1957/12 1960/3 1965/14
2005/8 2068/20 2069/1 2069/6 2070/24

---

together [4]  1972/13 1976/16 2045/4
2057/15

told [1]  2067/3

Tolles [1]  1952/19

tomorrow [3]  1957/12 2066/16 2071/5

too [4]  2016/16 2060/19 2060/24 2061/3

took [7]  1977/17 2008/25 2018/3
2022/15 2036/21 2063/16 2063/21

tool [2]  1982/5 2063/14

top [9]  1975/3 1980/6 1994/17 2002/5
2003/1 2022/25 2060/14 2063/18
2064/12

topic [1]  1962/1

Torts [1]  1951/6

total [9]  1970/16 1972/14 1997/22
2029/24 2032/19 2033/9 2043/16
2061/3 2064/11

touch [1]  2067/15

toward [1]  1975/12

towards [3]  1961/4 1961/5 1996/6

TPC [17]  1975/18 1975/19 1976/11
1976/17 1977/7 1977/11 1977/18
1977/19 1979/4 1979/5 1979/6 1979/11
1979/14 2010/3 2010/7 2010/12
2010/19

transcript [2]  1949/14 2071/18

transcription [1]  1953/24

transcripts [1]  1958/10

translate [1]  2007/5

Transocean [9]  1952/13 1952/13
1952/14 1952/16 1952/16 1952/17
1952/19 1952/19 1952/19 1952/20

trend [14]  2001/9 2021/22 2028/4
2028/11 2040/3 2040/4 2040/5 2041/2
2041/8 2042/16 2043/20 2044/3 2046/9
2047/11

trending [3]  1975/15 1976/11 1976/12

Trevor [4]  1957/22 1957/23 1958/3
1958/10

TREX [8]  2019/19 2035/24 2039/11
2040/16 2041/22 2043/24 2045/10
2054/20

TREX-11653.294.1 [1]  2041/22

TREX-11653.3.1 [2]  2019/19 2054/20

TREX-11653.302.1 [1]  2039/11

TREX-11653.302.2 [1]  2043/24

TREX-11653.8.3 [1]  2035/24

TREX-11654R.23.2 [1]  2045/10

trial [4]  1949/14 1955/22 2066/22
2068/4

triangles [1]  2042/23

tried [9]  2006/16 2008/25 2009/2
2009/19 2011/17 2011/20 2015/19
2044/20 2044/20

tries [3]  1982/5 1983/22 2015/11

TRITON [1]  1949/8

true [3]  1997/13 2046/2 2071/17

Trusler [9]  2002/18 2045/8 2045/15
2045/20 2045/21 2045/22 2046/2
2049/1 2049/10

Trusler's [2]  2002/24 2049/5

try [8]  1963/13 1963/19 1966/14
2034/15 2034/20 2057/8 2058/9 2059/2

trying [8]  1976/4 1983/19 2006/1
2020/21 2021/8 2028/5 2042/15
2044/17

tube [1]  2063/14

turn [2]  1968/17 2037/14

two [42]  1955/22 1957/3 1958/25
1959/22 1963/14 1968/2 1968/10
1969/21 1969/23 1970/9 1973/15
1976/10 1984/18 1984/19 1986/9
1992/24 1993/14 2001/15 2002/5

**T**

two... [23] 2002/17 2009/18 2011/2
2011/3 2011/6 2018/14 2026/19
2029/15 2045/1 2045/6 2045/18
2048/22 2048/22 2049/3 2049/18
2053/24 2057/12 2059/10 2060/6
2061/2 2061/2 2066/13 2066/23
type [4] 1985/20 2003/20 2049/24
2054/5
types [2] 1961/17 1961/23
typically [4] 1961/23 1963/7 1969/7
1988/10

**U**

U.S [2] 1951/6 1951/9
ultimately [7] 1966/24 1967/25 1980/1
1999/4 2004/3 2045/4 2045/5
uncertain [10] 1966/23 1982/18 1983/6
1998/2 1998/3 1998/5 2013/11 2016/11
2016/13 2043/18
uncertainties [11] 1963/10 1963/16
1965/25 1973/19 2014/5 2030/15
2030/17 2030/21 2030/25 2031/3
2031/10
uncertainty [61] 1963/4 1963/11
1963/14 1963/15 1963/19 1963/20
1964/2 1964/6 1965/3 1965/17 1967/5
1967/10 1967/20 1967/21 1967/23
1968/4 1968/15 1969/24 1970/3 1973/9
1973/14 1973/16 1977/13 1978/12
1983/14 1983/23 1983/25 1985/3
1985/4 1985/5 1985/17 1985/23
1986/12 1988/5 1988/15 1991/2
1992/22 1992/23 1992/25 1996/24
1997/8 1997/15 1997/20 2005/10
2005/17 2005/22 2013/10 2013/12
2013/14 2013/15 2013/18 2013/22
2013/23 2017/1 2030/19 2035/14
2035/17 2036/3 2042/17 2042/17
2059/21
under [6] 1962/1 1982/18 1982/24
1984/9 2025/3 2040/13
underground [3] 1969/4 1969/5 1971/18
understand [4] 2006/25 2056/24
2068/10 2068/14
understanding [3] 1956/21 2033/21
2071/19
understood [1] 1976/5
Unfortunately [1] 1983/10
unique [3] 1972/16 1972/19 1972/20
UNITED [21] 1949/1 1949/10 1949/15
1951/6 1951/9 1955/8 1955/9 1955/21
1955/25 1956/6 1957/1 1957/10
1957/20 1958/6 1958/8 1958/16
1958/16 2037/2 2066/10 2067/15
2071/16
University [2] 1960/24 1962/12
unknown [1] 1983/11
Unless [1] 2071/9
unlikely [1] 2039/25
unphysical [1] 2010/19
unreal [1] 2049/21
unrealistic [1] 2016/22
unreasonable [4] 2012/5 2040/2 2040/4
2040/4
until [6] 2001/24 2032/8 2032/12
2033/15 2041/2 2066/14
unusual [1] 2039/20
up [39] 1957/13 1959/12 1959/16
1966/19 1968/17 1970/6 1972/22
1974/21 1975/13 1975/14 1981/12
1990/19 1991/5 2007/10 2007/10

2018/18 2019/19 2028/20 2029/18
2030/5 2038/17 2039/7 2039/12
2040/10 2041/11 2041/22 2042/20
2043/24 2045/10 2047/7 2054/20
2056/2 2056/14 2059/8 2059/8 2061/6
2066/15 2070/20 2071/5
upon [2] 1983/16 2058/4
upper [6] 1991/17 2059/13 2059/16
2060/6 2060/6 2060/10
upstream [2] 2023/2 2023/4
upward [2] 1975/1 1976/11
upward-trending [1] 1976/11
upwards [1] 2005/19
us [5] 1999/4 2001/25 2008/15 2059/23
2070/3
use [37] 1963/12 1965/22 1967/14
1970/5 1970/11 1974/11 1976/7
1976/21 1977/1 1984/18 1986/9 1987/6
1987/18 1997/11 1998/4 2001/9
2001/25 2008/12 2014/11 2014/12
2014/16 2016/6 2020/18 2021/22
2024/5 2027/11 2030/16 2030/18
2038/8 2041/5 2044/7 2046/12 2046/18
2052/7 2056/13 2057/3 2057/7
used [53] 1955/10 1957/1 1965/20
1965/24 1968/24 1970/8 1971/25
1974/19 1975/24 1976/5 1980/18
1982/7 1984/14 1987/19 1987/20
1987/21 1996/12 2000/18 2001/7
2002/18 2008/11 2008/16 2011/14
2013/7 2013/7 2013/9 2016/8 2016/21
2018/14 2025/21 2026/16 2037/2
2043/20 2045/19 2045/25 2046/10
2051/21 2052/11 2052/14 2052/17
2052/19 2053/4 2053/6 2053/24 2054/5
2054/24 2055/6 2055/16 2056/23
2057/15 2057/17 2063/2 2063/3
useful [2] 1968/12 1975/8
uses [7] 2015/6 2015/20 2017/4 2017/5
2041/8 2043/12 2044/2
using [15] 1953/24 1967/18 1969/23
1971/24 1984/18 1987/14 1992/13
1995/8 2005/11 2018/17 2027/12
2049/4 2049/5 2056/12 2059/5
usual [1] 2067/17
usually [1] 1961/6

**V**

valid [1] 1986/8
validation [1] 1971/6
value [12] 1992/21 1994/23 1994/23
1996/9 1996/13 2004/13 2005/1 2006/5
2006/16 2016/22 2041/24 2052/19
values [16] 1980/17 1984/17 1991/14
1992/13 1993/22 1995/16 1995/25
1995/25 1996/21 2006/14 2007/13
2008/13 2008/16 2043/1 2043/2 2057/5
variable [1] 1983/11
variations [1] 2052/2
varied [8] 1986/14 1989/25 1997/23
1998/2 2025/8 2027/16 2042/15
2052/21
varies [1] 1983/24
various [15] 1977/1 1978/2 1978/3
1981/7 1986/17 1998/8 2001/9 2001/10
2013/17 2022/14 2023/23 2031/1
2036/10 2042/16 2048/17
vary [9] 1980/2 1985/15 1988/14 1996/8
1997/24 2025/5 2025/10 2026/11
2026/17
varying [1] 2053/1
versus [1] 1984/20
vertical [5] 1975/1 1977/25 1991/22

1992/10 2010/4
1992/11 2009/6 2021/5
via [30] 1961/4 1962/1 1963/6 1963/23 1964/5
1967/17 1968/12 1981/20 1982/18
1984/1 1984/14 1994/17 1998/2
2001/18 2005/19 2007/23 2013/6
2013/21 2013/21 2015/15 2016/4
2016/11 2016/13 2016/22 2016/22
2020/12 2024/7 2048/3 2050/21
2062/24 2070/19
vessels [1] 1957/22
video [4] 1957/21 1957/23 1958/7
1958/9
videotaped [1] 1958/3
view [3] 2035/15 2047/13 2047/21
views [1] 2004/11
virtually [1] 1999/13
viscosity [2] 1973/25 1978/14
visual [1] 2059/5
VOIR [1] 1959/2
volume [44] 1966/8 1966/13 1966/20
1966/25 1967/12 1969/13 1969/25
1970/16 1972/11 1972/14 1973/7
1986/18 1995/15 1995/22 1997/3
1997/4 1997/16 1997/24 1998/4
1998/10 1999/5 2001/13 2002/13
2003/2 2003/9 2004/5 2005/5 2005/15
2009/5 2012/9 2012/17 2015/8 2015/17
2016/9 2017/9 2021/2 2026/13 2027/12
2030/22 2044/24 2048/4 2048/8
2048/20 2052/22
volumes [1] 2017/16

**W**

wait [7] 1964/9 1964/9 2066/14 2068/10
2069/4 2069/4 2069/4
waive [1] 1956/3
walk [4] 1971/14 1989/17 2024/7
2038/16
wall [1] 1984/7
want [25] 1964/1 1964/4 1964/11
1965/18 1965/19 1965/21 1965/21
1966/12 1981/3 1981/15 1985/13
1993/14 1999/21 2004/23 2010/14
2018/17 2020/12 2020/16 2024/6
2030/8 2030/10 2037/18 2041/13
2067/6 2070/13
wanted [14] 1967/22 1979/20 1985/7
1985/16 2002/11 2002/13 2002/14
2020/14 2041/7 2049/23 2051/21
2056/13 2066/12 2066/24
WARREN [2] 1953/15
was [224]
Washington [5] 1951/8 1951/16 1952/8
1952/11 1953/16
way [16] 1961/5 1998/20 1998/23
2000/14 2006/8 2010/11 2013/9
2020/12 2027/9 2028/11 2030/16
2048/12 2050/13 2056/11 2062/12
2064/23
ways [1] 1971/8
we [117] 1955/11 1955/12 1955/24
1956/2 1956/17 1957/4 1957/8 1957/11
1957/13 1957/21 1959/12 1959/16
1960/16 1961/1 1962/5 1963/6 1963/13
1964/5 1964/7 1965/10 1965/22
1966/12 1966/14 1966/15 1966/16
1966/19 1968/19 1969/16 1970/4
1970/6 1971/4 1972/5 1974/21 1976/14
1977/20 1978/24 1980/20 1981/1
1981/12 1982/19 1982/23 1982/23
1982/24 1983/1 1983/19 1984/16
1984/17 1984/18 1984/22 1985/11
1985/13 1985/19 1986/1 1986/9 1987/6

we... [62]  1987/8 1987/8 1987/9
1987/21 1988/25 1989/2 1989/3
1989/19 1991/5 1991/22 1993/3 1993/8
1993/24 1999/12 1999/12 1999/19
2000/3 2000/25 2001/2 2003/14 2004/8
2005/8 2007/19 2007/22 2010/3
2011/24 2012/25 2014/2 2014/21
2014/23 2023/4 2026/20 2029/18
2030/10 2034/13 2037/19 2037/23
2039/11 2040/16 2041/22 2042/20
2043/1 2043/18 2045/3 2046/3 2046/4
2047/4 2058/2 2058/22 2061/6 2066/15
2066/19 2066/21 2067/6 2067/16
2067/25 2069/1 2069/5 2069/22 2070/6
2070/10 2070/13
we'd [4]  1957/10 1957/14 1958/9 1960/7
we'll [12]  1961/16 1970/25 1980/20
2016/16 2028/19 2030/6 2067/6
2067/13 2069/15 2070/23 2071/5
2071/9
we're [16]  1956/19 1972/13 1980/16
2006/23 2010/14 2030/5 2051/10
2067/23 2068/8 2068/24 2069/9 2069/9
2069/13 2069/17 2070/5 2070/17
we've [1]  1957/14
Weatherford [1]  1974/7
Web [1]  2066/22
week [1]  1989/15
weeks [1]  2028/8
weight [1]  2008/11
Weiner [1]  1953/11
Weitz [1]  1950/9
well [70]  1955/24 1958/9 1959/24
1964/24 1965/5 1965/23 1967/6
1968/11 1968/13 1970/16 1976/9
1978/23 1979/11 1980/15 1982/16
1982/19 1982/20 1982/22 1982/23
1982/23 1982/24 1982/25 1983/8
1983/8 1983/12 1983/15 1983/16
1983/21 1988/17 1992/5 1992/5
1999/10 2005/12 2005/21 2007/3
2007/20 2008/15 2010/6 2012/8
2012/11 2015/6 2015/7 2021/23
2024/14 2025/14 2025/18 2025/22
2026/5 2028/16 2030/5 2030/20
2035/12 2038/23 2038/23 2050/1
2050/18 2050/18 2050/24 2050/24
2053/13 2053/24 2054/8 2056/9
2056/22 2059/12 2062/6 2063/10
2069/11 2070/19 2070/23
well-known [1]  1988/17
well-testing [1]  2015/7
wellbore [65]  1969/8 1969/10 1971/20
1971/22 1971/23 1972/1 1972/2
1972/12 1972/22 1972/24 1973/3
1973/5 1975/7 1975/13 1975/20
1975/21 1976/15 1976/18 1977/16
1979/2 1979/3 1979/12 1980/3 1980/10
1983/9 1985/12 1985/16 1986/15
2000/18 2000/21 2003/21 2009/21
2010/1 2010/10 2010/22 2010/23
2011/2 2011/3 2011/4 2014/17 2017/10
2019/10 2022/22 2022/24 2023/16
2023/24 2024/15 2024/20 2024/23
2024/25 2025/1 2025/14 2025/18
2027/2 2027/4 2029/1 2031/5 2031/8
2031/11 2037/11 2049/13 2052/2
2065/3 2065/16 2065/18
wellbores [1]  2026/6
wellhead [7]  1970/11 2007/4 2007/24
2008/9 2010/8 2010/16 2022/25

wells [2]  1961/20 2005/21
went [9]  1967/12 1967/22 1968/4
1969/4 1969/5 1969/6 1993/21 2004/1
2007/7 2008/24 2029/20 2037/21
2044/24
were [75]  1956/11 1957/1 1960/23
1962/24 1964/12 1966/7 1966/10
1967/2 1967/8 1967/13 1973/20 1974/6
1975/23 1978/5 1978/16 1981/7 1982/4
1993/12 1993/13 1999/15 1999/23
1999/25 2002/16 2003/8 2003/22
2005/25 2006/2 2006/3 2006/3 2006/14
2006/14 2007/2 2008/6 2009/7 2009/17
2009/19 2010/25 2011/17 2020/21
2021/5 2021/8 2022/15 2028/16
2029/15 2029/21 2029/23 2029/24
2032/7 2032/11 2036/18 2038/12
2038/25 2043/10 2043/22 2044/7
2044/17 2045/1 2046/5 2047/7 2049/19
2053/19 2054/15 2055/11 2058/15
2063/9 2063/13 2063/18 2063/24
2063/24 2064/2 2064/3 2064/25 2066/23
2070/20 2071/12
weren't [1]  1965/6
what [212]
what's [5]  1974/24 1994/15 1994/25
1995/5 2059/13
what-if [23]  2028/17 2028/19 2028/23
2029/4 2029/6 2029/24 2030/8 2030/10
2037/14 2037/15 2037/18 2037/22
2038/12 2038/13 2038/16 2038/18
2039/5 2039/9 2040/6 2041/10 2041/16
2048/22 2049/19
what-ifs [5]  2029/14 2029/15 2034/14
2038/15 2048/16
whatever [2]  1981/9 2048/10
when [38]  1961/11 1966/12 1967/2
1967/11 1970/10 1976/9 1976/23
1978/9 1978/11 1979/5 1979/10
1982/19 1983/21 1996/8 1996/16
1996/19 2001/24 2003/16 2004/14
2007/20 2008/16 2009/25 2010/8
2010/18 2011/17 2016/4 2016/5 2023/4
2026/19 2029/20 2031/23 2037/21
2040/19 2043/18 2050/5 2053/21
2057/2 2067/4
where [18]  1961/11 1965/19 1969/6
1976/14 1976/15 1980/17 1989/8
1998/7 1998/13 2002/17 2003/4 2011/8
2017/4 2020/11 2023/7 2027/11 2028/8
2066/19
WHEREUPON [4]  1958/3 1958/20
2018/3 2071/12
whether [41]  1963/6 1963/8 1968/4
1968/4 1970/21 1972/7 1972/18
1972/20 1973/4 1974/5 1974/5 1984/18
1986/7 1988/8 1988/22 1992/3 1993/12
1993/12 1994/7 1995/2 1999/2 2000/8
2007/14 2009/12 2011/22 2027/19
2031/5 2036/20 2038/4 2044/13
2050/14 2050/23 2051/7 2055/2 2055/6
2057/22 2058/9 2061/10 2061/12
2062/1 2064/23
which [40]  1961/10 1963/7 1963/16
1967/7 1970/1 1973/20 1973/21
1974/14 1974/19 1977/4 1977/18
1978/5 1979/15 1990/18 1995/11
1998/2 2000/21 2009/3 2009/18 2011/4
2011/6 2011/13 2014/5 2015/12 2023/1
2023/10 2024/14 2025/8 2032/16
2033/8 2038/5 2038/6 2042/4 2042/4
2043/16 2044/2 2054/6 2057/3 2061/21
2065/22

while [2]  1961/20 2005/24
Whitley [1]  1954/2
Whitson [1]  2008/14
who [5]  2005/15 2038/25 2045/22
2066/25 2068/20
why [10]  1963/24 1965/19 1965/21
1997/10 1998/20 2002/10 2017/3
2017/12 2029/18 2041/22
wide [7]  1961/19 1961/25 1981/3
1985/14 2028/25 2031/12 2052/21
wider [2]  1999/19 2056/5
will [10]  1956/21 1958/8 1961/2 1971/25
1977/9 1996/23 1999/19 2040/10
2067/15 2069/22
WINFIELD [1]  1950/19
within [16]  1988/14 1991/2 1991/18
1993/1 1995/22 1996/24 2003/9 2006/9
2012/8 2014/14 2035/14 2036/3
2051/14 2058/15 2058/17 2058/18
without [5]  1955/19 1958/13 1997/18
1999/9 2068/2
witness [1]  1957/9 1957/22 1958/17
1960/10 1968/8 2019/21 2051/16
2069/14 2069/25
witness' [1]  1964/11
won't [3]  1971/4 1985/19 2014/2
wondering [3]  1957/6 2038/4 2066/12
word [4]  1975/24 1976/5 2020/9
2020/17
words [4]  1959/1 2003/23 2018/25
2057/21
work [62]  1960/20 1961/17 1963/3
1964/7 1964/20 1965/9 1965/15
1968/22 1968/24 1969/7 1969/7
1970/10 1971/17 1972/12 1976/16
1980/15 1983/17 1985/25 1986/5
1986/8 1987/6 1987/8 1988/3 1988/3
2000/12 2004/1 2005/13 2012/21
2013/4 2013/15 2013/17 2014/20
2014/22 2015/4 2016/5 2022/3 2022/6
2022/9 2023/1 2023/3 2024/22 2025/7
2025/13 2025/17 2025/20 2025/20
2025/22 2026/3 2026/10 2026/10
2026/16 2026/24 2026/25 2027/4
2027/5 2028/10 2030/20 2034/17
2034/22 2038/21 2055/10 2056/6
worked [6]  1962/10 1963/1 1964/13
1964/20 1964/22 2005/14
working [2]  1961/11 1961/20
world [2]  1961/22 2025/4
worse [4]  1996/4 1996/4 2017/21
2017/21
would [99]  1957/21 1958/16 1960/15
1965/16 1968/3 1968/3 1968/6 1969/7
1970/23 1972/2 1972/6 1972/6 1973/7
1973/23 1975/13 1975/14 1975/15
1975/21 1977/7 1977/8 1978/12 1980/2
1982/13 1983/24 1985/3 1986/13
1986/18 1987/2 1989/16 1994/18
1997/24 1998/5 1998/10 1998/14
2000/6 2000/9 2001/10 2001/11
2001/11 2001/13 2005/1 2007/14
2007/15 2009/10 2010/12 2012/3
2014/13 2017/6 2020/15 2022/18
2022/21 2022/24 2023/13 2024/2
2024/21 2024/23 2025/1 2027/13
2027/17 2033/7 2033/19 2033/23
2038/8 2040/2 2041/4 2042/13 2044/15
2044/16 2046/2 2046/16 2047/1 2047/7
2047/11 2047/25 2048/1 2048/7
2048/13 2049/13 2049/21 2050/13
2055/2 2056/12 2056/14 2057/7 2057/9
2057/12 2058/1 2058/2 2058/4 2058/7

## W

would... [9]  2058/7 2058/25 2058/25
2060/18 2060/19 2060/23 2060/24
2067/3 2070/13
wouldn't [3]  1985/15 2048/6 2050/14
Wright [1]  1949/21
written [1]  1990/1
wrong [5]  1990/6 2013/20 2029/20
2054/21 2054/22
wrote [3]  1961/11 1970/14 2036/2

## Y

yeah [3]  1961/6 2013/20 2061/17
year [1]  1964/24
years [1]  1962/11
yes [136]
yesterday [1]  1955/12
yesterday's [1]  1955/10
yet [1]  2068/25
yielding [1]  2056/7
York [3]  1950/11 1950/11 1953/8
you [472]
you'd [1]  2041/11
you're [13]  1965/9 2006/1 2009/8
2023/10 2027/21 2027/24 2028/24
2032/24 2033/5 2045/3 2048/10 2066/8
2069/19
you've [5]  1964/20 2004/10 2014/1
2016/15 2067/25
your [175]
yourself [2]  1956/12 1998/8

## Z

zero [2]  1978/9 2012/6
Zick [4]  2066/23 2068/6 2068/7 2068/23