```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

    ****************************************************************

    IN RE:  OIL SPILL BY THE          Docket No. MDL-2179
    OIL RIG DEEPWATER HORIZON         Section "J"
    IN THE GULF OF MEXICO ON          New Orleans, LA
    APRIL 20, 2010                    Thursday, October 10, 2013
    CIVIL

    ****************************************************************
    IN RE:  THE COMPLAINT AND         Docket No. 10-CV-2771
    PETITION OF TRITON ASSET          Section "J"
    LEASING GmbH, ET AL
    ****************************************************************
    UNITED STATES OF AMERICA          Docket No. 10-CV-4536
    V.                                Section "J"
    BP EXPLORATION & PRODUCTION,
    INC., ET AL
    ****************************************************************
                        DAY 8, MORNING SESSION
                TRANSCRIPT OF NON-JURY TRIAL PROCEEDINGS
                HEARD BEFORE THE HONORABLE CARL J. BARBIER
                        UNITED STATES DISTRICT JUDGE


    APPEARANCES:

    FOR THE PLAINTIFFS:               HERMAN HERMAN & KATZ
                                      BY:  STEPHEN J. HERMAN, ESQ.
                                      820 O'Keefe Ave.
                                      New Orleans, LA 70113

                                      DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                      BY:  JAMES P. ROY, ESQ.
                                      P. O. Box 3668
                                      556 Jefferson St.
                                      Lafayette, LA 70502-3668

                                      LEVIN PAPANTONIO THOMAS MITCHELL
                                      RAFFERTY & PROCTOR
                                      BY:  BRIAN H. BARR, ESQ.
                                      316 South Baylen Street, Suite 600
                                      Pensacola, FL 32502

                                      WEITZ & LUXENBERG
                                      BY:  ROBIN L. GREENWALD, ESQ.
                                      700 Broadway
                                      New York, NY 10003
```

```
1                                      IRPINO LAW FIRM
                                       BY: ANTHONY IRPINO, ESQ.
2                                      2216 Magazine Street
                                       New Orleans, LA 70130
3
                                       LUNDY LUNDY SOILEAU & SOUTH
4                                      BY:  MATTHEW E. LUNDY, ESQ.
                                       501 Broad Street
5                                      Lake Charles, LA 70601

6                                      MORGAN & MORGAN
                                       BY:  FRANK M. PETOSA, ESQ.
7                                      600 N. Pine Island Rd., Suite 400
                                       Plantation, FL 33324
8

9   FOR THE STATE OF LOUISIANA:        KANNER & WHITELEY
                                       BY:  ALLAN KANNER, ESQ.
10                                          DOUGLAS R. KRAUS, ESQ.
                                       701 Camp St.
11                                     New Orleans, LA 70130

12

13  FOR THE STATE INTERESTS:           ATTORNEY GENERAL OF ALABAMA
                                       BY:  COREY L. MAZE, ESQ.
14                                          WINFIELD J. SINCLAIR, ESQ.
                                       500 Dexter Ave.
                                       Montgomery, AB 36130
15

16  FOR THE UNITED STATES
    DEPARTMENT OF JUSTICE:             U.S. DEPARTMENT OF JUSTICE
17                                     ENVIRONMENTAL ENFORCEMENT SECTION
                                       BY:  SARAH HIMMELHOCH, ESQ.
18                                          A. NATHANIEL CHAKERES, ESQ.
                                            STEVEN O'ROURKE, ESQ.
19                                          SCOTT CERNICH, ESQ.
                                            THOMAS BENSON, ESQ.
20                                          ANNA CROSS, ESQ.
                                            BETHANY ENGEL, ESQ.
21                                          RICHARD GLADSTEIN,ESQ.
                                            JUDY HARVEY, ESQ.
22                                     P.O. Box 7611
                                       Washington, DC 20044
23
                                       U.S. DEPARTMENT OF JUSTICE
24                                     TORTS BRANCH, CIVIL DIVISION
                                       BY:  STEPHEN G. FLYNN, ESQ.
25                                     P.O. Box 14271
                                       Washington, DC 20044-4271
```

```
 1
      FOR BP AMERICA INC., BP
 2    AMERICA PRODUCTION COMPANY,
      BP COMPANY NORTH AMERICA,
 3    INC., BP CORPORATION NORTH
      AMERICA, INC., BP EXPLORATION &
 4    PRODUCTION INC., BP HOLDINGS
      NORTH AMERICA LIMITED, BP
 5    PRODUCTS NORTH AMERICA INC.:    LISKOW & LEWIS
                                      BY:  DON K. HAYCRAFT, ESQ.
 6                                    One Shell Square, Suite 5000
                                      701 Poydras St.
 7                                    New Orleans, LA 70139

 8                                    COVINGTON & BURLING
                                      BY:  ROBERT C. "MIKE" BROCK, ESQ.
 9                                    1201 Pennsylvania Ave., NW
                                      Washington, DC 20004
10
                                      KIRKLAND & ELLIS
11                                    BY:  J. ANDREW LANGAN, ESQ.
                                           HARIKLIA KARIS, ESQ.
12                                         MATTHEW T. REGAN, ESQ.
                                           BARRY E. FIELDS, ESQ.
13                                         PAUL D. COLLIER, ESQ.
                                      300 N. LaSalle
14                                    Chicago, IL 60654

15                                    KIRKLAND & ELLIS
                                      BY:  ROBERT R. GASAWAY, ESQ.
16                                         JOSEPH A. EISERT, ESQ.
                                           BRIDGET K. O'CONNOR, ESQ.
17                                    655 Fifteenth St., N.W.
                                      Washington, D.C. 20005
18
                                      KIRKLAND & ELLIS, LLP
19                                    BY:  MARTIN BOLES, ESQ.
                                      333 South Hope St.
20                                    Los Angeles, CA 90071

21    FOR HALLIBURTON
      ENERGY SERVICES, INC.:          GODWIN LEWIS
22                                    BY:  DONALD E. GODWIN, ESQ.
                                           SEAN W. FLEMING, ESQ.
23                                         JENNY L. MARTINEZ, ESQ.
                                           BRUCE W. BOWMAN, JR., ESQ.
24                                         PRESCOTT W. SMITH, ESQ.
                                      Renaissance Tower
25                                    1201 Elm St., Suite 1700
                                      Dallas, TX 75270
```

```
 1                                      GODWIN LEWIS
 2                                      BY:  R. ALAN YORK, ESQ.
                                            GWEN E. RICHARD, ESQ.
 3                                      4 Houston Center
                                        1331 Lamar, Suite 1665
 4                                      Houston, TX 77010

 5
       FOR ANADARKO PETROLEUM
 6     CORPORATION, ANADARKO E&P
       COMPANY, LP:                     KUCHLER POLK SCHELL WEINER &
 7                                       RICHESON
                                        BY:  DEBORAH D. KUCHLER, ESQ.
 8                                      1615 Poydras St., Suite 1300
                                        New Orleans, LA 70112
 9
                                        BINGHAM McCUTCHEN
10                                      BY:  WARREN A. FITCH, ESQ.
                                            KY E. KIRBY, ESQ.
11                                      2020 K Street, N.W.
                                        Washington, D.C. 20006
12

13     FOR TRANSOCEAN HOLDINGS, LLC,
       TRANSOCEAN OFFSHORE DEEPWATER
14     DRILLING INC., AND TRANSOCEAN
       DEEPWATER
15     INC.:                           FRILOT
                                        BY:  KERRY J. MILLER, ESQ.
16                                      Energy Centre, 36th Floor
                                        1100 Poydras St.
17                                      New Orleans, LA 70163

18                                      SUTHERLAND ASBILL & BRENNAN
                                        BY:  STEVEN L. ROBERTS, ESQ.
19                                      1001 Fannin St., Suite 3700
                                        Houston, TX 77002
20
                                        MUNGER TOLLES & OLSON
21                                      BY:  MICHAEL R. DOYEN, ESQ.
                                            BRAD D. BRIAN, ESQ.
22                                      LUIS LI, ESQ.
                                            GRANT A. DAVIS-DENNY, ESQ.
23                                      TAMERLIN J. GODLEY, ESQ.
                                        355 South Grand Ave., 35th Floor
24                                      Los Angeles, CA 90071-1560

25
```

```
 1                                    ALLEN J. KATZ, ESQ.
                                      316 East Diamond Avenue
 2                                    Gaithersburg, MD 20877

 3
     FOR THE STATE OF TEXAS:          OFFICE OF THE ATTORNEY GENERAL
 4                                    BY:  CRAIG PRITZLAFF, ESQ.
                                           THOMAS H. EDWARDS, ESQ.
 5                                    ASSISTANT ATTORNEY GENERAL
                                      P.O. Box 12548
 6                                    Austin, TX 78711-2548

 7
     FOR THE STATE OF FLORIDA:        NIX PATTERSON & ROACH
 8                                    BY:  S. DRAKE MARTIN, ESQ.
                                      1701 E. Count Highway 30-A
 9                                    Suite 201-B
                                      Santa Rosa Beach, FL 32459
10
                                      OFFICE OF THE ATTORNEY GENERAL
11                                    STATE OF FLORIDA
                                      BY:  RUSSELL S. KENT, ESQ.
12                                    The Capitol, PL-01
                                      Tallahassee, FL 32399
13
14   FOR THE STATE OF MISSISSIPPI:    MIKE MOORE LAW FIRM
                                      BY:  DAVID LEE MARTIN, ESQ.
15                                    10 Canebrake Blvd., Suite 150
                                      Flowood, MS 39232
16
                                      McCRANEY MONTAGNET QUIN NOBLE
17                                    BY:  WILLIAM M. QUIN, II, ESQ.
                                      602 Steed Rd., Suite 200
18                                    Ridgeland, MS 39157
19
     OFFICIAL COURT REPORTER:         Karen A. Ibos, CCR, RPR, CRR, RMR
20                                    500 Poydras Street, Room HB-406
                                      New Orleans, LA 70130
21                                    (504) 589-7776
22
          Proceedings recorded by mechanical stenography, transcript
23   produced by computer.
24
25
```

1

2                              I N D E X

3

4

5    WITNESSES FOR BP/ANADARKO:                    PAGE/LINE:

6

7    MARTIN J. BLUNT

8      Voir Dire Examination by Mr. Brock          2082/13

9      Direct Examination by Mr. Brock             2092/7

10     Cross-Examination by Mr. Cernich            2184/9

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

(THURSDAY, OCTOBER 10, 2013)

(MORNING, AFTERNOON SESSION)


(OPEN COURT.)

THE COURT:  Good morning, everyone.  Just give me one second.  Give you guys a heads-up on the time, but I forgot mine back on my desk, so I am going to ask Ben to tell everybody what the clock time is.

THE LAW CLERK:  For the United States, you have used 11 hours and 6 minutes, you have 33 hours and 54 minutes remaining; BP has used 10 hours, 39 minutes.  You have 34 hours and 21 minutes remaining.

THE COURT:  All right.  Okay.  Preliminary matters?

MR. REGAN:  Yes, your Honor, Matt Regan on behalf of BP.  I have a series of exhibits to offer, and I will do them one at a time just for clarity on the record.  First, BP offers the exhibits used with Dr. Pooladi-Darvish.

THE COURT:  All right.  Any objection?  Hearing none, those are admitted.

MR. REGAN:  BP offers the exhibits used with Dr. Kelkar.

THE COURT:  Any objection?  No objection, those are admitted.

MR. REGAN:  BP would now offer the exhibits it used with Dr. Zick.

08:06:35  1          THE COURT:  No objection, those are admitted.

08:06:37  2          MR. REGAN:  BP offers the exhibits it used with

08:06:40  3  Dr. Griffiths.

08:06:40  4          THE COURT:  No objection, those are admitted.

08:06:42  5          MR. REGAN:  And BP --

08:06:43  6          THE COURT:  You're on a roll here, Mr. Regan.

08:06:47  7          MR. REGAN:  BP offers the exhibits it used with

08:06:50  8  Dr. Dykhuizen.

08:06:50  9          THE COURT:  Any objection?  All right, those are

08:06:52 10  admitted.

08:06:53 11          MR. REGAN:  Thank you, your Honor.

08:06:56 12          MR. LANGAN:  Your Honor, Andy Langan for BP.  Last night

08:06:59 13  we sent a letter about the deposition designations for

08:07:02 14  Dr. Bushnell.  The DOJ has responded.  I think we're essentially in

08:07:07 15  agreement.  So I wanted to tell you --

08:07:10 16          THE COURT:  Ben told me this morning, and I have not had

08:07:13 17  a chance to look at it.

08:07:14 18          MR. LANGAN:  Perhaps, I don't know, but perhaps we can

08:07:16 19  cut through this and save everybody some time and trouble.

08:07:19 20          THE COURT:  Okay.

08:07:20 21          MR. LANGAN:  So I believe, and counsel can correct me,

08:07:23 22  that we've agreed that there is not going to be any submission of a

08:07:25 23  Bushnell deposition bundle.  We may disagree as to why that is, but

08:07:29 24  the bottom line is there is not going to be a submission of a

08:07:33 25  Bushnell deposition bundle.

08:07:35 1          Second thing is I think the DOJ said the other day,

08:07:38 2     yesterday or the day before, and I have confirmed, that there is

08:07:40 3     not going to be a Bushnell report proffered or admitted in any way.

08:07:45 4          THE COURT:  Correct, too?

08:07:46 5          MS. HIMMELHOCH:  Yes, your Honor.

08:07:48 6          MR. LANGAN:  And, finally, our position is Magistrate

08:07:50 7     Judge Shushan's September 12th order still stands.  I don't know if

08:07:54 8     the DOJ agrees or not, but -- I am not sure how important that is,

08:07:58 9     but our position is it still stands.  And that's essentially where

08:08:02 10    we are.

08:08:02 11         THE COURT:  I've made occasional exceptions to the order,

08:08:06 12    put it that way.

08:08:08 13         MR. LANGAN:  Understood.  Thank you, your Honor.

08:08:13 14         MS. PENCAK:  Good morning, your Honor, Erica Pencak for

08:08:16 15    the United States.  With respect to the exhibits that were used by

08:08:19 16    the United States with Dr. Dykhuizen on Monday, there is still one

08:08:23 17    objection from BP to those.  Would you like to speak to that?

08:08:30 18         MR. REGAN:  Sure.  Your Honor, Matt Regan on behalf of

08:08:34 19    BP.  The exhibit is TREX 11191, which I believe is a Post-it note

08:08:39 20    that was used with Dr. Dykhuizen.  Dr. Dykhuizen did not have

08:08:44 21    foundation for the document, and what he cited was a deposition of

08:08:47 22    Trevor Hill, who also said he didn't know who wrote the document.

08:08:50 23         The government contends that it was written by a

08:08:53 24    Dr. Saidi, but they didn't ask Dr. Saidi about the document.  So we

08:08:58 25    don't think the document has foundation, and we object to its

08:09:02 1   admission through an expert who is relying on Trevor Hill, because

08:09:05 2   we don't think that establishes foundation either.

08:09:08 3          MS. PENCAK:  Thank you.  Yesterday the deposition clip of

08:09:12 4   Trevor Hill was played discussing this TREX, which is 11191, and he

08:09:18 5   said that based on context, more likely than not, it was Ms.

08:09:23 6   Saidi's handwriting.  Also Monday in court, your Honor did allow

08:09:27 7   the witness to testify about the exhibit.

08:09:29 8          THE COURT:  I did.  I didn't recall what he said.  I'll

08:09:32 9   look -- you all submitted -- we have the deposition transcript of

08:09:35 10  Mr. Hill, Ben?  We'll look at that and make a ruling on that.

08:09:40 11         MS. PENCAK:  Thank you, your Honor.  One other matter.  I

08:09:42 12  have the list of the exhibit callouts and demonstratives used by

08:09:45 13  the United States with Dr. Zick.  There have been no objections to

08:09:49 14  that list.

08:09:49 15         THE COURT:  All right.  Without objection, those are

08:09:52 16  admitted.

08:09:53 17         MS. PENCAK:  Thank you, your Honor.

08:09:54 18         THE COURT:  Sure.  Anything else?  All right.  BP can

08:09:58 19  call its first witness.

08:09:59 20         MR. BROCK:  Your Honor, BP calls Dr. Martin Blunt.

08:10:05 21         THE COURT:  Okay.  I have not seen any sort of *Daubert*

08:10:11 22  motion or any other motion in limine regarding Dr. Blunt; is that

08:10:15 23  correct?

08:10:17 24         MR. CERNICH:  That's correct, your Honor.

08:10:22 25         THE DEPUTY CLERK:  If you'll raise your right hand.

08:10:23 1          (WHEREUPON, MARTIN J. BLUNT, WAS SWORN IN AND TESTIFIED AS

08:10:28 2          FOLLOWS:)

08:10:28 3               THE DEPUTY CLERK:  If you'll take a seat.  If you'll

08:10:30 4     state and spell your name for the record.

08:10:33 5               THE WITNESS:  My name is Martin Julian Blunt, last name

08:10:37 6     spelled B-L-U-N-T.

08:10:40 7               MR. BROCK:  Your Honor, may I approach just to put a

08:10:42 8     bottle of water on the stand?

08:10:44 9               THE COURT:  Sure.

08:10:44 10              MR. BROCK:  May I proceed?

08:10:53 11              THE COURT:  Yes.

08:10:53 12                        VOIR DIRE EXAMINATION

08:10:54 13    BY MR. BROCK:

08:11:02 14    Q.  Would you please state your full name and current employment

08:11:05 15    for the Court.

08:11:06 16    A.  Yes, my name is Martin Julian Blunt.  I am a professor of

08:11:10 17    petroleum engineering at Imperial College London.

08:11:13 18    Q.  Dr. Blunt, could you pull that microphone up just a little

08:11:17 19    closer to where you are.

08:11:20 20    A.  Does that work?

08:11:22 21    Q.  That's better, thank you.  Dr. Blunt, what were you asked to do

08:11:25 22    for BP in this case?

08:11:27 23    A.   I was asked to perform an analysis of Macondo reservoir, and

08:11:33 24    from that analysis to determine the volume of oil that was

08:11:35 25    released.

2083

08:11:36   1   Q.  I want to talk first a little bit about your educational

08:11:40   2   background, and I have pulled up D-23501, and actually we're going

08:11:46   3   to address here your educational background and some of your early

08:11:50   4   industry experience.  So if you would share with Judge Barbier a

08:11:58   5   general summary about your educational background and then what you

08:12:02   6   did in your first few years of employment in the area of reservoir

08:12:06   7   engineering.

08:12:07   8   A.  Yes.  My first degrees and Ph.D. from the University of

08:12:14   9   Cambridge.  My Ph.D. was in physics.  When I graduated in 1988, I

08:12:20  10   worked for BP, their offices in Sunbury, which is near London.  I

08:12:27  11   was working as a reservoir engineer.  My work there was principally

08:12:31  12   on determining better methods for reservoir simulation, better

08:12:35  13   numerical methods.  And those methods were then implemented into a

08:12:40  14   commercial simulator that BP was using.

08:12:42  15   Q.  When you say you were working on reservoir simulation, what do

08:12:46  16   you mean by that?

08:12:46  17   A.  Reservoir simulation is where you model on a computer how fluid

08:12:54  18   flows underground.  As an example, for instance,

08:12:58  19   Dr. Pooladi-Darvish yesterday presented a reservoir simulation

08:13:00  20   model.  So I was trying to improve the accuracy of models such as

08:13:07  21   those that have already been presented in this case.

08:13:09  22   Q.  What was the result of your work at BP in terms of reservoir

08:13:14  23   modeling and the other work that you did?

08:13:16  24   A.  Well, the main result of my work was an improved numerical

08:13:24  25   scheme, an improved way of modeling this, that was then implemented

08:13:28  1    into the simulator.

08:13:31  2             I also began what has been a career-long theme of my

08:13:36  3    work, which is to understand core data and then make predictions of

08:13:41  4    flow properties.

08:13:43  5    Q.  When you say that you have an interest in core data, what do

08:13:47  6    you mean by that?

08:13:49  7    A.  Measurements that are made on core samples, by which I mean

08:13:52  8    samples of rock that are taken from the reservoir.

08:13:54  9    Q.  And why is it important for a reservoir engineer to analyze

08:13:58 10    core data and understand the meaning of the core data?

08:14:02 11    A.  Because those are measurements that are made on the samples of

08:14:06 12    rock that come from the reservoir, those measurements determine

08:14:09 13    properties such as permeability that are very important in flow

08:14:13 14    models that are used to predict oil production and used to design

08:14:17 15    how you're going to optimize oil production in field.

08:14:20 16    Q.  Will you be using those principles as we get into your opinions

08:14:23 17    in this case?

08:14:23 18    A.  Yes, I will.

08:14:24 19    Q.  Let me direct your attention now to D-23502, and let's talk a

08:14:31 20    little bit about what you did after you left BP.  And if you would

08:14:36 21    just remind the Court, how long were you at BP and then in what

08:14:40 22    year did you make a change of employment?

08:14:42 23    A.  So I worked for BP for four years, and in 1992 I was offered a

08:14:48 24    job working on the faculty of petroleum engineering at Stanford

08:14:53 25    University.  And I was at Stanford for seven years.

08:14:55  1    Q.  Why was Stanford University a place that you were interested in

08:15:02  2    participating -- let me reask that.

08:15:07  3          Why was Stanford University attractive to you?

08:15:09  4    A.  I suppose the major reason was I would consider the time.  It

08:15:14  5    was the best petroleum engineering department in the world, and

08:15:18  6    it's still certainly one of the best.  And obviously Stanford is in

08:15:22  7    a very attractive location and generally fantastic university, and

08:15:26  8    greatly enjoyed my time there.

08:15:28  9    Q.  And what was your area of interest in terms of research and

08:15:32 10    teaching while you were at Stanford?

08:15:33 11    A.  So while I was at Stanford I taught a number of classes, but

08:15:40 12    the ones most relevant to this case are on reservoir engineering,

08:15:44 13    which one of the basic concepts that I taught was material balance

08:15:46 14    which I am going to apply here.

08:15:48 15          In terms of research, there were two strands to my

08:15:52 16    research, one was continuing the development of better numerical

08:15:55 17    methods for reservoir simulation, and the other was, again,

08:15:59 18    understanding fluid flow, the small scale or the scale of little

08:16:03 19    pieces of rock, particularly the analysis of the flow of oil, water

08:16:08 20    and gas.

08:16:09 21    Q.  Could you focus, Dr. Blunt, on this bullet point here, "Founder

08:16:13 22    of Streamsim Technologies and winner of the SPE Uren award,

08:16:19 23    U-R-E-N.  And then also research that you did that was sponsored by

08:16:25 24    the United States government and major oil companies during your

08:16:28 25    years at Stanford.

08:16:31  1  A.  Yes.  So as I said, we developed new methods for looking at or

08:16:35  2  simulating numerical methods, computer methods for looking at flow

08:16:39  3  in reservoirs, and one of those is based on a technique which is

08:16:43  4  known as streamlines.

08:16:45  5        So myself and two of my former Ph.D. students in 1996

08:16:48  6  formed a start-up company that's called Streamsim Technologies,

08:16:53  7  still operating, based in California.

08:16:55  8        It's not quite correct -- I have been awarded the SPE

08:16:58  9  Uren award, but, in fact, specifically based on that research, we

08:17:02 10  were awarded the Ferguson medal from the Society of Petroleum

08:17:06 11  Engineers, which is for the best paper written by an author under

08:17:09 12  the age of 33.  So we were recognized for the Society of Petroleum

08:17:13 13  Engineers for that work at the time that I was at Stanford.

08:17:16 14  Q.  You've also mentioned here that you have done research for the

08:17:20 15  United States government and major oil companies.  What was that

08:17:26 16  research and what department of government sponsored your research?

08:17:29 17  A.  So the U.S. government sponsorship was from the U.S. Department

08:17:36 18  of Energy.  I received substantial funding from them to look at

08:17:39 19  what's technically called three-phase flow, that's the flow of oil,

08:17:44 20  water and gas, and also had sponsorship from a consortium of major

08:17:49 21  oil companies.

08:17:49 22  Q.  Dr. Blunt, after you left Stanford, where did you go?

08:17:54 23  A.  I became a professor of petroleum engineering at Imperial

08:17:59 24  College London, that's my present position.

08:18:00 25  Q.  I have up now D-23503, and could you just use this slide to

08:18:06  1   describe for Dr. Barbier a little bit about the history of Imperial

08:18:11  2   College in the area of petroleum engineering, and then talk about

08:18:13  3   what you've done there that is pertinent to the opinions that you

08:18:18  4   bring to the Court today.

08:18:19  5   A.   Yes.   Imperial College is a technical university in that it

08:18:25  6   does science, engineering and medicine.   And it's always had very

08:18:30  7   much a sort of practical aspect, so it was very -- it's highly

08:18:33  8   ranked academically.   But we do try and do things that are relevant

08:18:38  9   to industries in our founding charter.

08:18:43 10          Just a couple of weeks ago, we celebrated our centennial

08:18:48 11   of petroleum teaching research, I gave a presentation of a

08:18:49 12   centennial celebration.   So we've been working on this for 100

08:18:51 13   years, 1913 we started.

08:18:54 14          And I've -- as well as being a professor, I've headed up

08:18:58 15   a research group in this area, petroleum engineering and rock

08:19:01 16   mechanics research group.   And until two years ago, I served as the

08:19:06 17   head of the department or department chair in the Department of

08:19:09 18   Earth Science and Engineering.   That brings together both

08:19:11 19   engineers, but also geologists and geophysicists in one department

08:19:16 20   working together.

08:19:17 21   Q.   Did you continue to write and teach subjects about subjects

08:19:23 22   that are relevant to your opinions in this case?

08:19:26 23   A.   Yes.   I teach all our master students.   These are master

08:19:30 24   students in petroleum engineering, petroleum geoscience, petroleum

08:19:36 25   geophysics; so it's over 100 students a year, and I teach material

2088

08:19:40  1    balance.  I've thought thousands of students material balance, and

08:19:43  2    that's essentially the basis of what I am going to present my

08:19:46  3    calculations today.

08:19:46  4    Q.  I want to talk a little bit about industry applications of your

08:19:51  5    research and some of the work that you've done.  I think we've

08:19:56  6    talked about the streamline -- Streamsim issue, but can I ask you,

08:20:03  7    have you provided reservoir simulation services for major oil

08:20:05  8    companies?

08:20:06  9    A.  Yes, or at least through Streamsim, it provides essentially

08:20:12 10    reservoir simulators, so the numerical, the computer tools that all

08:20:16 11    companies use.  And those tools are used by a number of major oil

08:20:20 12    companies all around the world.

08:20:21 13    Q.  And then speak to the issue a little more about iRock

08:20:26 14    Technologies and what your role is with iRock.

08:20:28 15    A.  So this has been a continuing interest of mine ever since when

08:20:33 16    I was at BP.  What it is, is taking samples of rock, small samples

08:20:38 17    of rock, indeed sometimes very small samples of rock from the

08:20:42 18    reservoir, imaging, that is looking at what these samples look

08:20:46 19    like, and from that making predictions, making predictions in

08:20:50 20    properties such as, for instance, permeability or elastic

08:20:52 21    properties from which you can get compressibility.

08:20:57 22            This has sort of burst into the commercial domain in the

08:20:59 23    last few years.  In 2010, a company iRock Technologies was founded

08:21:04 24    by one of my former Ph.D. students.  I am the chief technology

08:21:10 25    officer of that company.

BY MR. BROCK:

Q.   This bullet right here where you talk about providing
predictions of rock properties for major oil companies, can you
describe that work, Dr. Blunt?

A.   Yes, as I think I said, companies will give us small samples of
rock, and it can be a whole core, they can be a rotary sidewall
core, they can be actually just a chip of rock.  We image the rock
so we can look and sort of zoom in and look at what's called the
pore space using an X-ray microscope, and from that we then make
predictions.  So we have numerical models, computer models that
make predictions of fluid properties or flow properties.

Q.   I want to talk about just a couple of other things in terms of
industry background.  I've called up now D-23505, and I'll ask you
first, do you have experience consulting with major oil companies
with regard to Gulf of Mexico deepwater reservoirs?

A.   Yes, indeed I do.  I think the main thing here to point out is
Statoil, which is a Norwegian oil company, has a series of
workshops, and I was invited to a workshop a couple of years ago to
discuss reservoir engineering issues associated with deep
reservoirs in the Gulf of Mexico.  It's a workshop for a week,
there are only about a dozen people who are invited there.  I was
one, I think, of two academics and the rest were leading reservoir
engineers from major oil companies, and we discussed essentially,
brainstormed issues associated with recovery from those reservoirs.

Q.   We have a second bullet point here, "World's largest sandstone

08:23:05  1    reservoir Kuwait Oil Company hired Dr. Blunt to analyze

08:23:10  2    measurements from cores."

08:23:11  3         Can you describe your engagement for the Kuwait Oil

08:23:14  4    Company and how it's relevant to your opinions in this case?

08:23:17  5    A.  Yes.  And I've worked on this for a few years now.  So the

08:23:24  6    Kuwait Oil Company has the world's largest sandstone reservoir.  In

08:23:29  7    fact, it's the second largest oil reservoir in the world.  They

08:23:32  8    have over 1,000 wells.  They've taken measurements from thousands

08:23:35  9    of cores, and they want to make sense of those measurements.  They

08:23:39 10    say, how can we use these measurements wisely in our reservoir

08:23:43 11    simulations to predict and manage oil recovery.

08:23:46 12         So I've been given access to all of that data and I've

08:23:52 13    reviewed all of that data, and including there is measurements of

08:23:57 14    rock mechanics measurements including pore volume compressibility.

08:24:01 15    Q.  Like what you will be discussing today?

08:24:04 16    A.  Indeed.  That's relevant to the discussion of that today.

08:24:07 17    Q.  Last slide on general background.  D-23506.  I am going to have

08:24:18 18    to ask you to just brag on yourself just a little bit here,

08:24:22 19    Dr. Blunt.  If you could just describe for the Court the awards

08:24:25 20    that you have received that recognize the work that you've done in

08:24:33 21    the area of reservoir engineering.

08:24:35 22    A.  Yes.  The two major ones that I note, the second and third

08:24:41 23    there, so two years ago I received an award from the Society of

08:24:48 24    Petroleum Engineers, and that was the Uren award that you mentioned

08:24:52 25    previously, and that's for outstanding contributions to petroleum

08:24:55  1  engineering technology made before the age of 45.

08:24:58  2          And then last year I was honored by the Society of Core

08:25:02  3  Analysts, that's the society that looks at core samples, develop

08:25:05  4  measurement techniques and how to predict what's going on, so I was

08:25:09  5  given their Darcy Award.  That's for lifetime achievement.

08:25:12  6  Q.  In the year that you were awarded the Society of Petroleum

08:25:18  7  Engineers award for outstanding contributions to the field before

08:25:21  8  age 45, how many recipients of that award were there that year?

08:25:27  9  A.  It was just one, me.  There's one award a year.

08:25:29  10  Q.  We've talked about Darcy's equation some in this case.  The

08:25:34  11  year that you were given this award for lifetime achievement, how

08:25:38  12  many recipients were there that year?

08:25:39  13  A.  Again, there's one each year.

08:25:42  14  Q.  Now, just very quickly in the area of publishing.  You say here

08:25:47  15  200 scientific papers and over 8,000 citations.  What's the

08:25:52  16  reference here to 8,000 citations?

08:25:55  17  A.  Okay.  Citation means that another engineer or scientist has

08:26:03  18  referred to my work in one of his or her publications.  So that's

08:26:07  19  happened more than 8,000 times.

08:26:09  20  Q.  In the field of petroleum engineering, do you know of any

08:26:17  21  author who has had their work cited more than 8,000 times?

08:26:21  22  A.  Well, it's not something I've really checked in detail, but I

08:26:25  23  am not aware of anyone else.  In fact, the only person I do know

08:26:29  24  who's got a similar number of citations at least is Professor

08:26:32  25  Robert Zimmerman, one of my colleagues at Imperial, and he is one

08:26:36   1   of the BP-retained experts in this case.

08:26:40   2          MR. BROCK:  Your Honor, at this point, we would tender

08:26:42   3   Dr. Blunt as an expert in reservoir and petroleum engineering.

08:26:47   4          THE COURT:  Any objection?  Without objection, he is

08:26:50   5   admitted -- accepted, I mean.

08:26:54   6                        DIRECT EXAMINATION

08:26:55   7   BY MR. BROCK:

08:26:56   8   Q.  Dr. Blunt, let me turn now to your approach to the case.  What

08:27:00   9   method did you use to determine the cumulative flow of oil from the

08:27:06  10   Macondo reservoir?

08:27:06  11   A.  I used the material balance method.

08:27:08  12   Q.  And how did you decide what method to use?

08:27:13  13   A.  It was based on my review of the data, the information that we

08:27:25  14   had pertaining to Macondo, obviously in the light of my expertise.

08:27:31  15   Q.  Did you consider methodologies other than material balance?

08:27:35  16   A.  Yes, I did.

08:27:36  17   Q.  Can you describe for the Court other methodologies where you

08:27:41  18   have expertise that you've considered and the reasons that you did

08:27:46  19   not use those methodologies and instead chose material balance?

08:27:50  20   A.  Yes.  In fact, when I was first retained on this case, which

08:27:54  21   was about two years ago, initially I considered using the reservoir

08:27:58  22   simulation method, so conceptually similar to the approach that

08:28:03  23   Dr. Pooladi-Darvish has used.  But I decided actually quite quickly

08:28:08  24   to abandon that approach.

08:28:11  25   Q.  Why is that?

08:28:11  1    A.  Well, it's not actually the reservoir simulation itself that I

08:28:17  2    considered the issue here.  It's that you couple a model of the

08:28:21  3    reservoir underground with the well, so you have to simulate the

08:28:26  4    fluid flow not just through the reservoir, but the potentially

08:28:30  5    restricted flow into the well, the flow up through the well, and

08:28:33  6    the flow through the surface equipment.  So you have to have a

08:28:36  7    couple model.  That's completely standard in reservoir engineering.

08:28:40  8    There's nothing unusual necessarily about it, but --

08:28:44  9    Q.  Go ahead.

08:28:45  10   A.  But the difficulty in this case is it's a complex calculation

08:28:50  11   even if, for instance, we're looking at the final day.  At that

08:28:57  12   time, there aren't many impediments to flow downhole.  There was at

08:29:01  13   least some understanding of the surface equipment, so you can do a

08:29:04  14   calculation.  And calculations have been presented already.

08:29:07  15        The problem is that the restrictions downhole have

08:29:12  16   changed over time.  We know that there were restrictions at the

08:29:17  17   beginning of the accident that weren't there at the end.  We know

08:29:21  18   there have been lots of changes to the configuration of the surface

08:29:24  19   equipment.

08:29:25  20        And then there's the problem of erosion.  Now, I am not

08:29:27  21   an expert in this area and not pretending that I would know, so

08:29:30  22   when I was looking at this problem, I said, well, that quotes

08:29:35  23   outflow performance, the flow into the well up through the well and

08:29:38  24   the surface equipment.

08:29:39  25   Q.  In the context of modeling when you use the term "outflow

08:29:42  1   performance," what is that; and if that's a challenge here, why is

08:29:46  2   that?

08:29:47  3   A.  It's a challenge because it's difficult to calculate at any one

08:29:51  4   time and it's very difficult to know how it varied over time.  So

08:29:57  5   my view there was I couldn't have a good quantitative description

08:30:05  6   of the outflow performance as a function of time.

08:30:08  7   Q.  How did the experts that engaged in modeling in this case deal

08:30:14  8   with that issue, just generally?

08:30:16  9   A.  In general what appears to have happened is made a calculation

08:30:21 10   of outflow performance normally near the end of the spill and then

08:30:25 11   simply asserted that that's remained constant throughout the spill

08:30:29 12   period or possibly allowed a short period at the beginning of the

08:30:35 13   accident where that changed.

08:30:37 14          And the problem I have is having reviewed all of the

08:30:43 15   expert reports in this case, I haven't seen what I've described as

08:30:48 16   a precise, accurate quantification of how the outflow performance

08:30:54 17   varied over time.

08:30:55 18   Q.  Dr. Blunt, did you prepare a report in support of the material

08:31:01 19   balance methodology that you elected to use in this case?

08:31:06 20   A.  Yes, I did.

08:31:07 21   Q.  I am going to put up D-23507.  And is this the cover page to

08:31:16 22   your report?

08:31:16 23   A.  Yes, it is.

08:31:19 24          MR. BROCK:  Your Honor, at this point, we would offer

08:31:21 25   Dr. Blunt's report, which is TREX 011553R, into evidence.

08:31:31  1          THE COURT:  All right.  Any objection?  Without

08:31:34  2  objection, it's admitted.  Is there only a single report?

08:31:39  3          MR. BROCK:  It's just a single report, yes.

08:31:40  4          THE COURT:  Okay.

08:31:41  5  BY MR. BROCK:

08:31:42  6  Q.  Dr. Blunt, at a high level, what did you do to prepare this

08:31:45  7  report?

08:31:47  8  A.  What I did was I reviewed all of the data pertinent to the

08:31:55  9  Macondo reservoir, and then I used that data in the light of my

08:31:59 10  knowledge and experience and review of the scientific literature to

08:32:03 11  perform a calculation of how much oil was released.

08:32:05 12  Q.  Now, I want to pull up D-23508, and I'd like for you to state,

08:32:17 13  Dr. Blunt, your view as to the cumulative oil released, and then

08:32:22 14  I'll ask you some questions about these other bullet points here.

08:32:26 15  A.  My best estimate of the cumulative oil released is 3.26 million

08:32:33 16  stock-tank barrels.  I have considered a range based on the range

08:32:39 17  of measured data, and that range is between 2.9 and 3.7 million

08:32:47 18  stock-tank barrels.

08:32:49 19  Q.  When you say here, or we say here in this next bullet point

08:32:52 20  that you helped us put together, "U.S. estimates higher than

08:32:57 21  3.7 million stock-tank barrels dishonor measured data and ignore

08:33:02 22  scientific facts and engineering methods."  Can you give the Court

08:33:07 23  just a quick overview of what you mean by that?  We're going to get

08:33:11 24  into some of the detail as we go through, but just at a high level

08:33:14 25  what do you refer to there?

08:33:16   1   A.   Because all of the details are in my report.   But what I am

08:33:19   2   mentioning here is we do have data that enables me to do my

08:33:22   3   calculation, actually good quality data.   If you come up with an

08:33:28   4   estimate that's more than 3.7 million stock-tank barrels, you've

08:33:31   5   had to dishonor that data, you've had to disregard some of the

08:33:34   6   measured data pertinent to this case, and/or you've had to

08:33:40   7   disregard fundamental physical phenomena.

08:33:47   8   Q.   We'll talk about that a little bit as we go.   One issue on

08:33:50   9   methodology here I would like to ask you about.   Several of the

08:33:53   10  experts for the United States have talked about uncertainty ranges.

08:33:59   11  We've heard about 10 percent, 12 percent, 20 percent, 30 percent,

08:34:05   12  30 percent plus.   Is your range here, this 2.9 to 3.7, is that an

08:34:14   13  uncertainty range?

08:34:17   14  A.   No, I wouldn't describe it in that way.   Let me do describe

08:34:24   15  what I've done.   That is the range that honors the data, so from

08:34:29   16  the data I was given, those are the range of values consistent with

08:34:35   17  that.   But, in doing my calculations there have been a number of

08:34:41   18  times where a certain degree of judgment could be used.   And where

08:34:45   19  that has happened I've made the judgment, a reasonable judgment,

08:34:51   20  that would lead to the highest amount of oil released.

08:34:55   21         So this isn't really an uncertainty range.   I am not

08:34:58   22  saying, for instance, it's not possible that the oil release could

08:35:01   23  be less than 2.9 million.   It's more of a range that's consistent

08:35:04   24  with the data and a reasonable upper bound on that.

08:35:07   25         So I am pretty sure, as I sit here, that the data does

08:35:13  1   not support a number that's higher than 3.7, and my best estimate

08:35:16  2   under those conservative assumptions is around 3.26.

08:35:20  3   Q.  Just for purposes of giving an example, what's an example of an

08:35:26  4   area in which you have elected to use a conservative number if

08:35:33  5   there's a question about a data point?

08:35:37  6   A.  Okay.  I'll give you two examples because I think they're the

08:35:40  7   two most significant here.

08:35:42  8           The first is we're going to talk about the connected oil

08:35:48  9   volume, and to determine that I need a determination of

08:35:51 10   permeability.  And I discuss in my report a number of different

08:35:55 11   determinations of permeability, but in the end, I used the highest

08:35:59 12   possible value, which is what's called the P10, the highest

08:36:02 13   plausible value that's been determined by Professor Gringarten.

08:36:06 14   There are other determinations that are slightly lower, it's

08:36:09 15   certainly higher than his mid range or best case.  I've taken the

08:36:13 16   upper bound.

08:36:14 17           The other one is -- are we going to talk about this

08:36:18 18   because it affects one of the key inputs into my calculations, is

08:36:21 19   this issue of cooling.  And we're going to talk about wellbore

08:36:24 20   cooling, or at least I discuss it in my report.  I completely

08:36:28 21   ignore the fact that the cold ocean will cool the oil.  Clearly, if

08:36:34 22   you include that, you get more cooling.  So again, very much erring

08:36:39 23   on the side of allowing more oil to be released.  I don't think

08:36:43 24   they're unreasonable assumptions, but they're certainly assumptions

08:36:47 25   that are on the generous side.

08:36:48  1    Q.  And again, generally, we'll look at this in a little more

08:36:53  2    detail as we go.  But can you summarize the difference between your

08:36:56  3    approach to measured data and judgment calls and decisions that

08:37:02  4    witnesses for the United States have made about those same types of

08:37:06  5    issues?

08:37:08  6    A.  Yes.  As I said, I've followed best scientific practice.  I've

08:37:15  7    primarily based my calculations on the prime resource material;

08:37:20  8    which is, what were the measurements?  What were the measurements

08:37:23  9    on Macondo?  On the field as a whole?  On the samples that were

08:37:28 10    taken from the field?  On both the fluid and the rock samples?  And

08:37:32 11    I've also considered, you know, the fundamental physics, hot

08:37:37 12    things, cool down.  I've looked at the geology.

08:37:40 13         In contrast, again as discussed in my report in detail,

08:37:44 14    in many significant respects, the U.S. government experts have

08:37:48 15    disregarded experimental data without scientific foundation, or --

08:37:54 16    and/or they have ignored -- they haven't looked at the geology.

08:37:58 17    And they've said that hot things don't cool down for some reason.

08:38:02 18         So there are a number of different cases where they've

08:38:07 19    simply not followed best practice, ignored fundamental scientific

08:38:11 20    phenomena, and disregarded the data.

08:38:13 21    Q.  Thank you, Dr. Blunt.  Let's turn, now, to a discussion of what

08:38:20 22    you did in this case, and I guess we'll just ask this for the

08:38:24 23    record.  In terms of the study that you undertook to arrive at your

08:38:30 24    conclusion on cumulative flow, did you study the Macondo reservoir?

08:38:34 25    A.  I studied the Macondo reservoir, yes.  I am a reservoir

2099

08:38:39   1   engineer.

08:38:39   2   Q.  So just with that as a set up, we have a demonstrative up now.

08:38:43   3   It's D-23509.  That is basically just a teaching model, but can you

08:38:50   4   just walk Judge Barbier through how this model reflects how a well

08:39:00   5   flows through a reservoir, and some of the information that you can

08:39:05   6   derive predrill about the reservoir as well as information you can

08:39:11   7   derive after the well is drilled.

08:39:13   8   A.  Well, let's -- the focus of my work and, in fact, everything I

08:39:21   9   do, is deep underground.  It's often quite difficult to sort of get

08:39:25  10   that focus.  So actually, what I proposed here is just some simple,

08:39:29  11   essentially, teaching tools, if you don't mind, your Honor.

08:39:33  12           So here I've just got some sand.  There's nothing special

08:39:36  13   about this sand.  It's just ordinary beach sand.  And you can see

08:39:40  14   the little grains of sand.  Why am I talking about this?  If we

08:39:44  15   were to look out to the Mississippi, we see that the Mississippi is

08:39:47  16   flowing and it's ladened with tons and tons and tons of this sand.

08:39:52  17   Where does this sand come from?  It comes from eroding the meltings

08:39:57  18   of the continental U.S. grain by grain.  And the Mississippi and

08:40:03  19   its antecedents have been doing this for at least the last 50

08:40:08  20   million years --

08:40:09  21   Q.  Fifty?

08:40:10  22   A.  Fifty.  So for millions of years thousands and thousands and

08:40:15  23   thousands of tons of sand have been eroded away, brought down

08:40:20  24   through the Mississippi, and then dumped into the Gulf of Mexico.

08:40:26  25           As well as that, of course there's mud.  That's why when

08:40:29  1   you look at the Mississippi it looks cloudy, so there's a mixture

08:40:32  2   of sand and mud.

08:40:34  3          So what happens?  As you deposit all of this sand at the

08:40:41  4   seabed, but we're depositing more and more sand.  So if I sort of

08:40:46  5   indicate here, this is the seabed.  We have lots and lots of sand,

08:40:51  6   even today, being deposited in the Gulf of Mexico.  Well, of

08:40:55  7   course, if you're doing this over millions of years, you're going

08:40:58  8   to get a huge column of sand.  And, in fact, when we were looking

08:41:03  9   at Macondo it was deposited probably about 13 million years ago and

08:41:08 10   it's about 13,000 feet below the seabed.

08:41:13 11          So if you think about it, well, is it still sand?  As you

08:41:18 12   can imagine with 13,000 feet of sediment weighing down on it, these

08:41:26 13   grains of sand are crushed.  It's hot, it's boiling hot that deep.

08:41:33 14   What happens is the sands get crushed and fused together and you

08:41:36 15   form something like this.  A solid piece of rock.

08:41:40 16          Now, I'll say straight away, this isn't a piece of

08:41:43 17   Macondo rock.  It's, in fact, a Bentheimer sandstone from a quarry

08:41:49 18   in Germany.  But the reason why I am showing it is this is more or

08:41:54 19   less a pure quartz sand, basically sand crushed together.  That's

08:41:59 20   more or less the mineralogy of Macondo.

08:42:03 21          The porosity, which is how much is solid and how much is

08:42:06 22   still there in these microscopic gaps between the sand grains, is

08:42:11 23   about the same as Macondo.  It's about the same as was measured on

08:42:14 24   Macondo.  So we have, when we're looking at Macondo as a reservoir,

08:42:19 25   what we're thinking about here is rock like this.  The oil is

08:42:24  1   contained in microscopic pores between the sand grain.  You can't

08:42:31  2   see them with the naked eye.  You would need a microscope to see

08:42:35  3   those.  And the oil flows through that, and of course, as you can

08:42:39  4   imagine, the rock is under very high pressure as, indeed, are the

08:42:42  5   fluid.

08:42:43  6   Q.  Is reservoir engineering the study of how this oil that we've

08:42:48  7   depicted here, and I will let you describe this for the Court

08:42:50  8   instead of me doing it, but how oil will flow through this

08:42:55  9   sandstone and be produced from a well?  Is that what reservoir

08:43:01 10   engineering does?

08:43:02 11   A.  Yes.

08:43:02 12   Q.  So just if we use this as just a teaching tool, Dr. Blunt, can

08:43:09 13   you just describe for the Court what we've depicted here and what

08:43:11 14   the effect is of drilling a well into a sandstone reservoir, like

08:43:20 15   the demonstrative that you have shown to the Court today?

08:43:23 16   A.  Yeah.  I have to say, one of the sort of I want to say

08:43:26 17   conceptual challenges of reservoir engineering are the leaps and

08:43:30 18   scale.  In this picture, that's 13,000 feet, so it's several miles.

08:43:35 19   What we're showing here in black are bits of sandstone, and the

08:43:40 20   black is to indicate that it contains oil.

08:43:43 21        The green, you might say, "Well, what's this sort of the

08:43:47 22   greeny color?"  I mentioned the mud in the Mississippi.  What

08:43:50 23   happens to the mud?  Well, that also gets deposited, that also gets

08:43:54 24   crushed down at high temperatures and pressure.  That forms shale.

08:43:57 25   So in Macondo surrounding the sandstone is shale.  The shale

08:44:02  1    doesn't allow flow.

08:44:03  2         So you have these channels of sand containing oil.  These

08:44:07  3    channels may be up to a mile or so wide.  They're going to extend

08:44:12  4    out of the plane of the picture and meander several miles.  Macondo

08:44:16  5    is about five miles long.  It's a reservoir.

08:44:19  6    Q.  So when you drill a well -- just zooming in a little bit now --

08:44:25  7    if you drill a well into a reservoir, what effect is that going to

08:44:32  8    have on the sandstone reservoir and how -- what are the things that

08:44:36  9    derive production of the oil through that sandstone to the well?

08:44:42 10    A.  So, your Honor, in normal oilfield operations and also in

08:44:49 11    Macondo, of course, you drill a well deep underground; and in

08:44:53 12    Macondo, it contacted some oil bearing sandstone.  The oil is at

08:45:01 13    very, very high pressures.  It's about 800 -- in Macondo, about 800

08:45:06 14    times normal atmospheric pressure.  Of course, the well, that's a

08:45:09 15    conduit to the surface at lower pressure, flow goes from high to

08:45:13 16    low pressure.

08:45:14 17         So what happens is you drill the well.  When oil flows,

08:45:19 18    what happens is you go from high pressure to low pressure.

08:45:23 19    Q.  I have the pressure gauge moving now.

08:45:25 20    A.  The pressure decreases, the oil is expanding and moving out

08:45:30 21    into the well, and that's your oil production.  And what we've

08:45:33 22    shown here is the sort of light gray is supposed to indicate the

08:45:38 23    oil at lower pressure.  That's oil that's flowed to the well.  You

08:45:41 24    don't necessarily -- you don't drill one well that connects the

08:45:44 25    entire field, so you can have some regions of sandstone there that

08:45:48 1    weren't connected to the well, so they stay unaffected.

08:45:51 2    Q.  Now, in terms of how you apply your discipline to this process,

08:45:59 3    what do you do, Dr. Blunt to try to understand the ability of the

08:46:05 4    well to flow -- of the reservoir to flow to the well?

08:46:09 5    A.  Well, you need to understand the properties of the fluid and

08:46:15 6    rock, and you need to use measurements of pressure.  So

08:46:18 7    essentially, the data you need is, well, what's the extent of the

08:46:23 8    whole field?  How much of that field is connected to the well?

08:46:26 9    What are the properties of the rock that you measure from taking

08:46:30 10   out rock samples?  What are the properties of the fluid and what's

08:46:34 11   the change in pressure?

08:46:35 12   Q.  And is that information that is available to you for this case

08:46:40 13   in order to utilize the material balance equation?

08:46:43 14   A.  Yes, it is, your Honor.  And in my opinion, actually, quite

08:46:46 15   good quality data as well.

08:46:48 16   Q.  I want to talk about that just for a second.  This is a

08:46:51 17   demonstrative that we used in opening statement, but you can see

08:46:56 18   that we've depicted April 12th MDT pressure and fluid samples, and

08:47:03 19   April 14th core samples.  I don't want to get into too much detail

08:47:08 20   here on these, but how is this information helpful to you,

08:47:12 21   Dr. Blunt, in formulating your opinion that the material balance

08:47:19 22   equation is an appropriate and good tool to answer this question?

08:47:23 23   A.  Well, your Honor, material balance is simply conservation of

08:47:27 24   mass.  So what you do is you work out how much oil was connected to

08:47:32 25   the well to begin with, and then in the end when the flow stops,

08:47:36  1    how much oil was left.  The difference is how much oil was

08:47:40  2    produced.  So to do that -- and this is what's pointed out, I

08:47:45  3    think, with the data is -- you need to know how much oil was there

08:47:47  4    to begin with.  You have a seismic survey that looked at the extent

08:47:51  5    of the field that was done before drilling --

08:47:53  6    Q.  The seismic survey is not depicted here, but that occurred at

08:47:56  7    an earlier point in time.

08:47:57  8    A.  That was even earlier, right.

08:47:59  9    Q.  And it was a predrill data point for you to utilize in thinking

08:48:03 10    about the size of the reservoir?

08:48:05 11    A.  Yeah.

08:48:06 12    Q.  And we'll talk about that.

08:48:08 13    A.  And then before the accident, there was what's called an MDT

08:48:12 14    tool that measured the initial pressure, so I know where we start.

08:48:16 15    Fluid samples were taken from the reservoir, so we know about the

08:48:18 16    properties of the fluids.  A couple of days later core samples were

08:48:23 17    drilled out of the reservoir, and so we got some idea of the rock

08:48:26 18    properties.

08:48:26 19          Then we need to know -- so that's enough for us to know

08:48:30 20    what happened, you know, how much oil was there to begin with.  We

08:48:33 21    need to know the final state of the reservoir, and for that,

08:48:37 22    principally, we need to know the final pressure.

08:48:39 23    Q.  And is that information also available to you through the final

08:48:43 24    measured pressure over here that we've depicted as the August 3rd

08:48:48 25    entry?

08:48:48  1    A.   Indeed.   So there were pressure measurements made on the
08:48:52  2    capping stack just before the well was closed and for 19 days
08:48:56  3    afterwards.   And again, it's described in my expert report.   This
08:49:00  4    19 days of pressure measurements are extremely valuable for
08:49:04  5    determining a number of important things, of which the most
08:49:08  6    important one was what the final pressure was.
08:49:10  7    Q.   Now, in the middle here we've depicted 86 days of flow and some
08:49:14  8    of events that could be seen and things that were known during the
08:49:20  9    life of the well.   Are these items that we have depicted here some
08:49:25 10    of the challenging -- challenges to using a hydraulics model to
08:49:31 11    solve this question?
08:49:33 12    A.   Indeed.   That's the beauty of the material balance analysis, it
08:49:38 13    doesn't matter what happened in between.   As long as you know where
08:49:41 14    you started and where you ended up, you know the cumulative.   If
08:49:45 15    you have a hydraulics approach, you need to know every detail and
08:49:49 16    nuance of what was happening for 86 days.
08:49:52 17          Now, if you did know that, it's not that the material
08:49:56 18    balance approach is invalid, you would come up with a calculation
08:50:00 19    that has to be consistent with material balance, but it might help
08:50:04 20    refine the uncertainty, reduce your uncertainty.
08:50:07 21          But in my opinion, as I said, I haven't seen anyone who
08:50:11 22    has really quantified how this varied over time.
08:50:14 23    Q.   Dr. Blunt, you were here yesterday when Dr. Kelkar testified
08:50:20 24    that the amount of oil that spilled from the Macondo well can be
08:50:24 25    accurately estimated using the material balance.   Did you hear

08:50:27  1    that?

08:50:28  2    A.  Yes.

08:50:28  3    Q.  And do you agree with that?

08:50:30  4    A.  Yes, I do.

08:50:31  5    Q.  Now, I want to turn our attention to D-23511A.  And just in

08:50:43  6    terms of the Court's understanding of material balance and how it

08:50:49  7    works in simple terms, have you helped us develop an analogy using

08:50:55  8    a truck that can be used to explain what we're doing with material

08:51:01  9    balance to solve for the problem of quantity of oil?

08:51:04  10   A.  Yes.  This is an analogy, your Honor, to maybe try and

08:51:10  11   understand what material balance is and to help motivate the three

08:51:14  12   key inputs that we are going to have into the equation.

08:51:17  13          So we've illustrated here a truck.  What the key thing

08:51:20  14   here is, imagine you have a truck and you've got a leaking tire so

08:51:26  15   you're going to get a flat tire.  And the calculation we're going

08:51:30  16   to do in this analogy is how much air has come out of the tire.

08:51:35  17   Q.  I am going to flatten the tire.

08:51:37  18   A.  We have the little video.  So what we want to know is how much

08:51:43  19   air came out of the tire.  Well, when you first pumped up the tire

08:51:49  20   you inflate the tire, you have a pressure gauge, so you measure

08:51:52  21   what the pressure is, you know what the pressure was to begin with.

08:51:54  22          Now the tire is deflated.  You can also measure the

08:51:59  23   pressure.  It's going to be a lower pressure, of course, and the

08:52:01  24   amount of air that's come out of the tire is going to be

08:52:04  25   proportional to that pressure drop, that change in pressure.

08:52:09  1   Exactly analogous to Macondo, the initial pressure was measured,

08:52:13  2   capping stack pressures were measured, and again, as detailed in my

08:52:16  3   expert report, you can, then, work out with reasonable accuracy

08:52:19  4   what the final pressure was, so what the pressure drop was.

08:52:22  5        But that's not everything.  It's not just pressure.  The

08:52:26  6   next thing that, again, hopefully is reasonably obvious, is if you

08:52:30  7   have a big truck tire, you're going to release more air than if you

08:52:34  8   had a small bicycle tire.  So the amount of air that's released is

08:52:38  9   proportional to how much air you had in the tire to begin with.

08:52:42 10   Exactly the same as in Macondo.  One of the key inputs is how much

08:52:46 11   oil was there originally that could flow to the well.  That's the

08:52:51 12   second input.

08:52:52 13        Then there's a third input.  And the Court has already

08:52:58 14   heard quite a lot of discussion about this third input, so it is

08:53:02 15   important, and it's technically called the compressibility.  Let me

08:53:07 16   explain it with air.  If you're pumping up a bicycle tire and you

08:53:13 17   press on the air, it compresses.  If you release the pressure, it

08:53:19 18   expands.  Now, when you're talking about air in this tire, the air

08:53:23 19   is expanding because it starts off at high pressure and then goes

08:53:27 20   to low pressure and it expands.  But we use the word

08:53:30 21   compressibility anyway.  We're really talking about expandability,

08:53:33 22   but it's compressibility.

08:53:37 23   Q.  This is another one of the petroleum engineering backwards

08:53:40 24   terms that we are struggling with?

08:53:42 25   A.  Yes, it's a backwards term.  And you can't blame petroleum

08:53:45 1    engineers, it's universal in science.

08:53:49 2            So in Macondo, it's exactly the same.  You've got the oil

08:53:52 3    at very high pressures.  As the pressure drops that oil expands and

08:53:58 4    we need to know the compressibility of the oil.  That was measured

08:54:01 5    experimentally at three independent service labs, and actually,

08:54:04 6    among all of the various experts, there's no particular

08:54:07 7    disagreement over that number.

08:54:08 8            But there's a second feature.  We look at this.  What

08:54:13 9    forces the air out of the tire?  It's not just the air expanding.

08:54:18 10   What's the purpose of a tire?  The tire is pumped up to high

08:54:20 11   pressure to keep up the truck, to keep the truck off the road.

08:54:26 12   When you allow a leak, you've got this heavy truck that's pressing

08:54:31 13   down on the tire.  You've got this elastic tire that's very taut,

08:54:35 14   and it squeezes and it's pushing out more air.

08:54:40 15           That's exactly what happens in Macondo.  We're talking

08:54:44 16   about this 13,000 feet of sand and rock above the reservoir.  You

08:54:50 17   got the oil at very high pressure.  The oil comes out.  The oil is

08:54:55 18   now at lower pressure, and like squeezing a sponge, the huge weight

08:54:59 19   of rock presses down and it compresses the rock.  And that's an

08:55:05 20   additional contribution.  And so there's what I've described here

08:55:10 21   is the elasticity of the tire.  The analogy in Macondo is the rock

08:55:15 22   compressibility, and that's one key point of disagreement among the

08:55:18 23   experts in this case.

08:55:19 24   Q.  If you used the material balance analogy like we have here and

08:55:25 25   you have data and information that allows you to understand the

08:55:32  1   amount or volume of oil, the change in pressure, and the elasticity

08:55:37  2   or the compressibility, can you reliably calculate the amount of

08:55:43  3   oil that flowed from the well if -- or the amount of air that came

08:55:49  4   out of the tire if you were solving for that?

08:55:51  5   A.  Yes.  I mean, this is -- if you imagine this analogy.  If you

08:55:57  6   wanted to know how much air came out of the tire, you multiply

08:56:00  7   those three numbers together, fundamentally, and that's what we're

08:56:05  8   doing for the material balance calculation in Macondo.

08:56:07  9   Q.  Now, if you were using a hydraulics methodology to try to

08:56:12 10   understand how much air came out of the tire, and let's say,

08:56:18 11   hypothetically, that we're looking at a tire that had a puncture on

08:56:22 12   Day 1 and you're trying to solve for the problem at Day 86, what

08:56:27 13   would you have to know if you're doing hydraulics modeling to solve

08:56:31 14   that problem?

08:56:31 15   A.  Well, the analogy here, your Honor, would be, yes, imagine you

08:56:36 16   realized that you had run over a piece of glass about three months

08:56:39 17   ago and now you have this flat tire.  I am going to examine the

08:56:44 18   tire and look at the hole that I've got at the tire right at the

08:56:48 19   end.  It's not unreasonable to say, if you got a good analysis of

08:56:52 20   exactly what the hole was like and you know all of the flow

08:56:54 21   properties and you run the most sophisticated fluid dynamics or air

08:57:00 22   dynamics codes, you could probably get an estimate of how fast the

08:57:05 23   air was coming out of the tire on the last day.

08:57:09 24        But you need to know how the air was coming out of the

08:57:12 25   tire for the last three months.  Well, how did that hole evolve

08:57:15  1    over time?  How does it depend on, you know, what was in the truck

08:57:19  2    or how you were driving it?  It's a highly uncertain calculation.

08:57:23  3    In fact, frankly, I don't think anyone would approach the

08:57:27  4    calculation that way because you would say, but you know the

08:57:29  5    pressure in the tires to begin with, you knew the pressure at the

08:57:32  6    end, you would use that information surely.

08:57:34  7            And that's the analogy with Macondo.  You know what was

08:57:37  8    in Macondo to begin with, you calculate what was there at the end,

08:57:42  9    that's the difference.  And you don't need to essentially speculate

08:57:46 10    about what happened in between.

08:57:49 11    Q.  Let's turn to the material balance equation quickly, D-23513,

08:57:55 12    as on the screen now.  Judge Barbier has heard about the formula, I

08:58:01 13    think you've discussed the components of the formula.  I just want

08:58:04 14    to ask you one question about this before we move forward.

08:58:09 15            We heard yesterday that the use of the material balance

08:58:14 16    is more uncertain here than the way that it's historically been

08:58:20 17    used.  And I'll just ask you, sir, do you agree with that and then

08:58:26 18    your response.

08:58:28 19    A.  Okay.  Let's put it this way, this is exactly the same equation

08:58:33 20    that was employed by Dr. Kelkar and I don't have any problem with

08:58:37 21    the equation.  And Dr. Kelkar was also quite right to say that

08:58:41 22    traditionally the equation is used in slightly different way, and

08:58:44 23    that is, you measure the oil released and use it to find that end

08:58:49 24    variable how much oil you have underground.

08:58:52 25            So in principle, we're using the slightly different way

08:58:59  1   and the uncertainty, and there is uncertainty, is related to how

08:59:01  2   uncertain the variables are here.  But material balance has been

08:59:05  3   around for 60 years, and it's quite an old method and it's

08:59:09  4   traditionally used for oilfields where there isn't actually very

08:59:14  5   good quality data.  In particular, there isn't seismic data.  The

08:59:17  6   sort of good quality seismic data that we're looking at for Macondo

08:59:20  7   has only been around for a few years.  It's much more recent.

08:59:23  8           So while there's still uncertainty in this calculation,

08:59:27  9   specifically, what Dr. Kelkar mentioned was the uncertainty in N;

08:59:33 10   but as described in my report, we have good quality seismic data

08:59:39 11   and that combined with an analysis of the geology and the pressure

08:59:42 12   enables me to put a robust upper bound on it.  Let's not exaggerate

08:59:48 13   the uncertainties.  They do exist, but they don't want to, say,

08:59:52 14   invalidate this calculation at all.

08:59:54 15   Q.  And are there checks on consistency that you can utilize within

09:00:01 16   your discipline on the issue of the oil volume connected to the

09:00:05 17   well?  I don't want to get into the details of that yet, but are

09:00:08 18   there consistency checks that can be utilized to verify the

09:00:13 19   calculations that are made?

09:00:14 20   A.  Yes.  The other thing, again, that is stressed in Section 5 of

09:00:20 21   my expert report is, the way it's presented here, it looks like

09:00:22 22   it's a bit of -- I hate to say this, sort of pick and choose.  You

09:00:27 23   just determine N in isolation, then C, then delta P.  But it's not

09:00:31 24   like that, your Honor.  Those three numbers have to fit in a single

09:00:37 25   coherent picture of the reservoir.  The essence of reservoir

09:00:40  1   engineering is does the totality of the data make sense?  So I

09:00:45  2   can't pick any old numbers here.  I am certainly going to be

09:00:47  3   constrained by the data, but even then I have to make sure that

09:00:51  4   they're all mutually consistent.  And that's a final consistency

09:00:56  5   check that gives confidence that what you're doing is reasonable

09:00:58  6   and it helps narrow the uncertainty.

09:01:01  7   Q.  I want to turn now, just briefly, in order to frame the issues

09:01:06  8   to areas where there are agreement -- where there is agreement

09:01:10  9   between you and experts for the United States and where there is

09:01:14 10   disagreement.  And I think I would ask you right now just to focus

09:01:18 11   on where you and Dr. Kelkar agree and where you disagree in terms

09:01:25 12   of the components utilized for the material balance equation, and

09:01:29 13   then we'll get to the details of it.

09:01:31 14   A.  Yes.  So the green indicates that --

09:01:36 15   Q.  I'm sorry.  Let me, for the record, say I have up now D-23514.

09:01:43 16   A.  It's actually a reproduction of one of the tables in my expert

09:01:48 17   report.

09:01:48 18       The green basically means in the end, even if we get

09:01:51 19   there in different ways, there's not a big difference in the

09:01:54 20   number.  And the red is there is a big difference, makes a big

09:01:57 21   impact on the oil released.

09:01:58 22       So if we look at Dr. Kelkar with his oil volume as he

09:02:01 23   presented yesterday, he does have a lower bound, or what he

09:02:05 24   describes as a lower bound of 110 million stock-tank barrels, very

09:02:09 25   similar to what I have.  So that's why there's a bit of green in

09:02:12  1    that box.  But he also considers oil volumes that I can show, I can

09:02:16  2    demonstrate are implausible.

09:02:21  3            For compressibility, and, I think, this is the most

09:02:24  4    significant point of disagreement between us, he doubles the

09:02:29  5    measured value without scientific foundation, so that's a big point

09:02:33  6    of disagreement.

09:02:33  7            The pressure drop -- and again, there's a lot of

09:02:37  8    discussion about details, and we approach this problem in a very

09:02:40  9    different way.  But in the end, although he noted yesterday that

09:02:44  10   there was a difference in our pressure drops, and I agree with him

09:02:47  11   there, it's not that significant.  It's not the reason why we have

09:02:52  12   such different numbers for oil released.

09:02:54  13   Q.  Now, let me ask you to focus just for a minute on

09:02:58  14   Dr. Pooladi-Darvish.  Are the inputs that you utilized, that is,

09:03:04  15   oil connected to well, compressibility, and pressure drop, are they

09:03:08  16   components of his analysis?

09:03:11  17   A.  Yes.  There is a point here.  Dr. Pooladi-Darvish doesn't

09:03:17  18   employ material balance, however, material balance is just

09:03:20  19   conservation of mass.  So in his simulation model, you can say, on

09:03:24  20   how much oil did he have in his model to begin with?  How much was

09:03:27  21   there at the end?  And the difference is what was released.  And he

09:03:33  22   has values of oil in place, compressibility, and pressure drop.

09:03:37  23   And I've checked, and of course, you know, he is using perfectly

09:03:41  24   reasonable software.  You could use a material balance approach to

09:03:46  25   analyze what's happened.

09:03:47  1          So in the case of Dr. Pooladi-Darvish, his oil volume
09:03:54  2  certainly for his base case, but for virtually all of his cases, he
09:03:58  3  is much larger than I consider to be credible.
09:04:03  4          For compressibility, however, he does use the measured
09:04:07  5  data.  So we agree on compressibility.  He has a base case of 6
09:04:10  6  microsips, no problem there.
09:04:11  7          And on pressure drop there is a big disagreement.  He
09:04:15  8  basically has essentially an implausible hot oil in his well.
09:04:19  9  Q.  Thank you.  And then for Dr. Hsieh, did your review of the
09:04:24 10  records indicate that he has agreement with you on oil volume?
09:04:27 11  A.  Yes.
09:04:32 12          MR. CERNICH:  Your Honor, I am going to object to the
09:04:34 13  discussion of Dr. Hsieh.  His expert testimony was excluded here in
09:04:39 14  the court, and as Dr. Hsieh testified, he received these inputs
09:04:43 15  from BP.
09:04:46 16          MR. BROCK:  This is a chart from his report, your Honor.
09:04:50 17          THE COURT:  He didn't have -- Dr. Hsieh testified as a
09:04:53 18  fact witness.
09:04:54 19          MR. BROCK:  This is a demonstrative from Dr. Blunt's
09:04:59 20  report that has not been objected to.  We've given them this
09:05:03 21  exhibit, it has not been objected to.
09:05:07 22          MR. CERNICH:  We're objecting to the testimony, your
09:05:10 23  Honor.  Dr. Hsieh had to be removed from being an expert due to the
09:05:13 24  Court's limit on experts, and now Professor Blunt is rebutting an
09:05:18 25  expert who wasn't here, who also testified that these inputs were

09:05:23  1    provided by BP.

09:05:26  2            THE COURT:  He testified only as a fact witness, as I

09:05:29  3    recall, and not as an expert.  So to the extent --

09:05:33  4            MR. BROCK:  I can move on.

09:05:34  5            THE COURT:  Let's do that, it would be easier.

09:05:37  6    BY MR. BROCK:

09:05:39  7    Q.  Dr. Blunt, let's now turn to the first variable of the material

09:05:43  8    balance equation, and that is the connected oil volume.  And I'll

09:05:52  9    just ask you if we look at D-24605, this is just the material

09:06:03 10    balance equation, and now we're going to discuss oil volume.  Do

09:06:07 11    you see that?

09:06:08 12    A.  Yes.

09:06:08 13    Q.  And, Dr. Blunt, what is your evaluation of the connected oil

09:06:17 14    volume at the Macondo reservoir?

09:06:20 15    A.  My best determination is that it's 112 million stock-tank

09:06:28 16    barrels.  I do present in my report a range of numbers, and I

09:06:33 17    considered these to be a robust upper bound on what the connected

09:06:38 18    oil volume could be.

09:06:39 19    Q.  And that's D-24605, Dr. Blunt's connected oil volume of 112

09:06:49 20    million stock-tank barrels.

09:06:52 21            Dr. Blunt, I am now going to pull up D-24465 and ask you

09:06:58 22    if you can use this demonstrative to explain to the Court one of

09:07:02 23    the data points that you utilized for calculating connected oil

09:07:09 24    volume.

09:07:10 25    A.  Okay.  So what you see on the left there, your Honor, is a

09:07:16 1    seismic image of the Macondo reservoir.  What happens there, this
09:07:22 2    is before drilling, you send sound waves down through the rock.
09:07:26 3    The sound waves reflect back up where there are changes in his rock
09:07:30 4    properties or indeed when there's changes because the fluid has
09:07:33 5    changed, so you go from water in the pore space to hydrocarbons.
09:07:37 6            What is actually shown here is an interpretation of that
09:07:40 7    survey performed by BP geophysicists.  And the bright colors --
09:07:47 8    Q.  Dr. Blunt, you're doing fine.  I was just going to ask you,
09:07:50 9    just so that Judge Barbier is oriented to this picture, show him
09:07:58 10   where the Macondo well was actually drilled, and then I think
09:08:02 11   you're going to get to talking about the reservoir.
09:08:04 12   A.  So there's the Macondo well, although this image was done
09:08:08 13   before drilling.  And this is BP's license block, so this is the
09:08:13 14   scale that's three miles.
09:08:14 15   Q.  What are the other two red dots above the Macondo well?
09:08:19 16   A.  Those I am having difficulty seeing them.  Yes, I can see them
09:08:22 17   on my screen.  Those were other wells that BP planned to drill and
09:08:26 18   actually did not.
09:08:27 19   Q.  I'm sorry I interrupted you, but go ahead.
09:08:30 20   A.  So what are the colors indicating?  The colors are indicating
09:08:35 21   how much or what thickness of hydrocarbon-bearing sandstone are you
09:08:39 22   likely to encounter.  So the pale colors, sort of green and yellow
09:08:45 23   here, means a lot of oil.  If you go to the blue, it's less thick.
09:08:50 24   The purple is even less thick, and the black basically there isn't
09:08:54 25   any oil.

09:08:55  1          So if you're a geophysicist, you look at this picture and

09:09:00  2  you need to decide where to drill the well, and it comes as no

09:09:05  3  surprise that BP targeted their well right in the center of the

09:09:08  4  thickest portion of sandstone, and that's more or less what they

09:09:11  5  encountered.

09:09:12  6  Q.  When was this data collected that's reflected in this seismic

09:09:17  7  image?

09:09:17  8  A.  This was predrill, this is before the accident.

09:09:21  9  Q.  And what did you do with this seismic analysis?

09:09:29 10  A.  So the seismic tells you the total rock volume that holds oil.

09:09:37 11  And it's -- again, this in itself is not controversial; it's been

09:09:45 12  adopted by Dr. Kelkar and was the foundation of his calculations.

09:09:48 13  Q.  Why do you get a different number than Dr. Kelkar?

09:09:51 14  A.  The reason is that Dr. Kelkar assumes that all of this volume

09:09:59 15  is connected to the well.  And from his testimony yesterday, it

09:10:07 16  could be misinterpreted.  The seismic survey here is simply looking

09:10:12 17  at the total volume of hydrocarbon-bearing sandstone, it is not

09:10:17 18  making a comment on connectivity.

09:10:20 19          That requires additional information, and the additional

09:10:23 20  information you need to do is you need to study the likely geology

09:10:27 21  of the field and you need to perform a pressure analysis to

09:10:31 22  quantify.

09:10:31 23  Q.  Is it a standard reservoir engineering technique or practice to

09:10:38 24  consider the geology of the reservoir after you have this

09:10:43 25  information?

09:10:44  1   A.  Of course, it's absolutely standard.  You create a geological

09:10:48  2   model, you have a model that's consistent with the pressure because

09:10:52  3   if we're looking here, you've drilled one well.  Do you need to

09:10:56  4   drill more wells?  How much of the oil are you going to produce?

09:11:00  5   It's absolutely fundamental to understand the connectivity of the

09:11:03  6   reservoir.

09:11:03  7   Q.  I am going to put up now, Dr. Blunt, D-23518.  And if you could

09:11:12  8   just describe for the Court, briefly -- this is actually the cover

09:11:16  9   page to your report -- what this depicts and how it's relevant to

09:11:23 10   your evaluation of considering the geology -- let me just ask you

09:11:30 11   to do that first.

09:11:32 12   A.  Okay.  So what's shown in the background is sort of a blow-up

09:11:37 13   of some of the seismic survey.  The problem with the seismic survey

09:11:41 14   is it's an average.  You don't know for certain where exactly that

09:11:48 15   sandstone is located.

09:11:50 16        So this is a picture that was prepared by a BP geologist,

09:11:56 17   and what he's done is he's placed over that map where it is

09:12:00 18   possible that there could be channels of sandstone running across

09:12:05 19   the reservoir.

09:12:07 20        Now, I've performed my own analysis of this as well.

09:12:11 21   Q.  Is this part of what you do as a reservoir engineer?

09:12:14 22   A.  Yes.  You take your geological and geophysical information and

09:12:19 23   construct a geological model and use it for reservoir engineering

09:12:22 24   calculations.

09:12:22 25   Q.  Have you brought with you today a teaching tool that you might

09:12:28  1  could use to show Judge Barbier how these channels are created and

09:12:33  2  then how you can sort of see them in three dimensions in terms of

09:12:37  3  what happens in the reservoir?

09:12:39  4  A.  Yes.  Certainly.  Your Honor, I know it seems a bit strange,

09:12:45  5  but this hopefully helps you visualize it.  What I have got here is

09:12:49  6  colored modeling clay, as you can see.  What this represents is a

09:12:52  7  sandstone channel.  So I said, well, the sand flows out into the

09:12:57  8  Gulf of Mexico and is dumped on the seabed.  How is it, what's the

09:13:01  9  shape?  So, in fact, what we see here is that the sand tends to be

09:13:05 10  dumped in a sort of meandering channel.  And what this strand of

09:13:08 11  clay is supposed to represent is this is about 100 feet wide, this

09:13:14 12  meandering channel is several miles long.  So that gives you an

09:13:20 13  idea of the scale.

09:13:21 14        So a whole load of sediment is dumped in this sort of

09:13:25 15  configuration.  Then later you may have another channel that's

09:13:30 16  deposited in those channels sort of intertwined.

09:13:34 17  Q.  This is the process you described earlier that's occurring over

09:13:37 18  millions of years?

09:13:38 19  A.  Yes.  And technically, as we see in this picture first, one of

09:13:42 20  those strands of clay that's a channel, a collection of these

09:13:46 21  strands of channel is called what's known as a channel complex, and

09:13:50 22  you then may, over geological time, have a sequence of channel

09:13:55 23  complexes.

09:13:56 24        So if you'll allow me, your Honor --

09:14:03 25        MR. BROCK:  Is it okay if he stands up, Judge, just to

09:14:05  1    show you his model?

09:14:07  2            THE WITNESS:  So what I am showing here, your Honor, is

09:14:09  3    exactly the real clay model, and I've got a picture of this in my

09:14:13  4    expert report, so I just took a picture of this model.  So let me

09:14:17  5    explain what I am showing you here.

09:14:20  6            These are the so-called channel complexes, the individual

09:14:24  7    channels.  I've overlaid it on the seismic map.  So this is the

09:14:28  8    extent of Macondo, this is about five miles.

09:14:30  9            The channels tend to run in this northwest-southeasterly

09:14:36 10    direction, meandering through the field, sort of the dome-shaped

09:14:40 11    structure, so the oil is trapped into this dome.  The brown here

09:14:45 12    represents the shale, the shale below and above and between these

09:14:51 13    sand channels.

09:14:51 14            And then I said, well, we drill the Macondo well -- just

09:14:55 15    for simplicity, I have a straw here, that's where the Macondo well

09:15:01 16    was drilled.  It went through three of these channels.  The straw

09:15:04 17    looks a bid crude, but it's actually more or less to scale, this

09:15:09 18    length of the straw is about 13,000 feet, so it's roughly to scale,

09:15:11 19    this gives you sort of depth here.

09:15:14 20            Now, what you can see immediately is the well will

09:15:18 21    connect these sandstone channels, but not necessarily all of them.

09:15:21 22    What I've simply for illustrative purposes in a different color,

09:15:25 23    this sort lilac, this sort of purply-gray color, these are channels

09:15:29 24    that contain oil but are not necessarily connected to the well.

09:15:33 25            Now, this is a geological model.  I think it's a

09:15:37 1   perfectly reasonable and plausible model of how the sandstone might

09:15:41 2   be arranged in Macondo.  But I don't know the locations of each

09:15:45 3   individual channel for sure; I need additional information to

09:15:48 4   quantify connectivity.

09:15:49 5        So what I'm saying is, this oil is likely to be

09:15:53 6   connected, this oil is likely not to be (INDICATING).

09:15:57 7   Q.  And is one of the principles in standard reservoir engineering

09:16:02 8   to utilize available data to evaluate how much of the reservoir is

09:16:09 9   connected to a well site?

09:16:12 10  A.  Well, of course, it's absolutely key because if you've got poor

09:16:17 11  connectivity, you're not going to produce much from your well and

09:16:19 12  you need to drill more wells.  If you have good connectivity,

09:16:23 13  that's obviously good in normal oilfield operations.

09:16:27 14  Q.  Let's look at D-24362, and can you describe for Judge Barbier,

09:16:34 15  does this show the drilling of a well through three reservoirs sort

09:16:39 16  of like you demonstrated on -- with your straw?

09:16:42 17  A.  So this was a three-dimensional model.  What we're doing here

09:16:46 18  is we're taking a vertical slice through the reservoir where the

09:16:49 19  well was drilled.

09:16:50 20       Now, this is the one thing we do know, because we drilled

09:16:53 21  the well, we can take measurements.  So we know that the well went

09:16:57 22  through three of these so-called channel complexes.  This is a BP

09:17:03 23  diagram, but consistent with my understanding of the geology,

09:17:07 24  there's another package of sandstone, right, there's another

09:17:14 25  sandstone channel.  Remember it comes out of the plane of the

09:17:16  1   board, but that's not connected to the well, so that wouldn't

09:17:19  2   produce oil.

09:17:20  3   Q.  What is your conclusion from your review of the information and

09:17:26  4   data as to whether or not the reservoir was fully connected?

09:17:34  5   A.  At this stage we haven't quite got enough information to put a

09:17:42  6   number on it, but what seems likely is that the well has

09:17:46  7   encountered three of these channels, that there's pretty good

09:17:51  8   connectivity along those channels.  That makes sense.  It's sort of

09:17:55  9   a ripple of sandstone running across the reservoir.  But there's

09:17:58 10   going to be little or no flow between the channels because there's

09:18:02 11   shale between them, and so there may be some channels that are not

09:18:05 12   connected to the well.

09:18:08 13   Q.  Did you review anything from the predrill analysis from BP that

09:18:13 14   supported your view as to the likely geology of this reservoir?

09:18:17 15   A.  Yes.  So predrill obviously this was a concern that BP had,

09:18:22 16   it's a general concern of these channel deepwater turbidite that

09:18:27 17   there may be limited connectivity.

09:18:29 18   Q.  Let me pull up Demonstrative 23520.  And is this making the

09:18:39 19   point that you just shared with the Court?

09:18:41 20   A.  Yes.  I mean, BP planned to drill three wells in the field.

09:18:45 21   Why would they do that if one well connects everything?  Well, you

09:18:49 22   drill three wells for two reasons:  One, of course, is with three

09:18:52 23   wells you can produce the oil faster.  But there is another reason,

09:18:56 24   which is you hope with three wells you're going to hit all of the

09:18:59 25   channels.

09:19:00 1        So, you know, even with a single well, they were

09:19:05 2   suggesting that you'd only really confirm that you've accessed

09:19:08 3   about 60 percent, and they were suggesting that if

09:19:13 4   compartmentalization exists, and that they determined in production

09:19:17 5   from pressure data, they may need to drill more wells.

09:19:21 6   Q.  Let me ask you about your conclusions from the geological

09:19:27 7   analysis, and I have here an excerpt from your report D-23521.

09:19:35 8   And, Dr. Blunt, can you just look there at the highlighted portions

09:19:40 9   of this demonstrative exhibit there in paragraph three and

09:19:44 10  paragraph four and summarize quickly for Judge Barbier your

09:19:49 11  conclusions with regard to limited connectivity?

09:19:52 12  A.  Yeah.  I mean, I think at this stage you're going to say it's

09:19:56 13  really something we need to consider.  Because you can have flow

09:20:00 14  along the sandstone channels, but these channels don't necessarily

09:20:04 15  all interconnect, there isn't necessarily flow between them.  And

09:20:08 16  that in Macondo, you know, clearly it didn't contact all, it

09:20:13 17  contacted three of the complexes in the I want to say thickest part

09:20:18 18  of the field, and those are the three layers for which we really

09:20:21 19  have data because they were encountered when drilling the well.

09:20:24 20  Q.  I want to now turn your attention to pressure analysis and

09:20:29 21  whether or not that can be utilized to understand connectivity of

09:20:34 22  the well.  Did you quantify the impact of limited connectivity

09:20:43 23  using information other than the seismic data?

09:20:47 24  A.  Yes.

09:20:49 25  Q.  Let me turn your attention to Demonstrative 23522, and ask you

09:21:01  1    to explain to the Court how you were able to quantify the impact of

09:21:05  2    limited connectivity.

09:21:07  3    A.  Limited connectivity is potentially an issue in these sorts of

09:21:11  4    deepwater turbidites.  Well, how do you know?  You actually don't

09:21:16  5    know until you start producing oil from the field.  You can't just

09:21:18  6    look at the seismic and hypothesize about the geology and come up

09:21:22  7    with a connectivity number.  What you need to do is you need to

09:21:26  8    have additional data, you need to have data about how does the oil

09:21:30  9    flow in this reservoir.  And that data comes from, in this

09:21:35  10   particular case, from the capping stack pressure analysis.

09:21:37  11   Q.  And have you analyzed the capping stack pressure?

09:21:40  12   A.  Yes.

09:21:41  13   Q.  Let me just turn now to the next demonstrative, and if you will

09:21:49  14   describe for the Court, please, how pressure can be used to define

09:21:57  15   the contours of the reservoir and help you understand the issue of

09:22:05  16   connectivity.

09:22:05  17   A.  Okay.  So as I think I've already mentioned, your Honor, for --

09:22:11  18   the capping stack was measuring for pressure after the well was

09:22:16  19   closed in, and the pressure was increasing over time for 19 days.

09:22:20  20        Now, that's a diagnostic test in standard reservoir

09:22:25  21   engineering.  We look at how the pressure builds up when you stop

09:22:29  22   flow in a well.  You normally actually only do it for one day, so

09:22:31  23   the fact that we got 19 days has given us a lot of valuable

09:22:36  24   information.  And a bit like a physician looking at a chest X-ray

09:22:39  25   that can diagnose what's wrong with a patient, the shape of this

09:22:43 1   buildup has characteristics which enable you to say things about
09:22:47 2   the reservoir.  And that's essentially what I've done.
09:22:50 3   Q.  Let me just go to the next slide here, and you can see how this
09:22:57 4   pressure signal is developing.  Can you describe for Judge Barbier
09:23:01 5   how this pressure allows you to understand the boundaries of the
09:23:08 6   reservoir?
09:23:09 7   A.  Yes.  So what that was representing was how the influence of
09:23:14 8   pressure moves out through the reservoir.  And as you saw, to begin
09:23:18 9   with, it went out in circles like ripples in a pond, that's known
09:23:22 10  technically as the radial flow regime.  Then it encounters barriers
09:23:29 11  to flow on the channel side, so it's hit the end of the channels,
09:23:35 12  it's hit shale and then you --
09:23:36 13  Q.  How do you know from looking at the data that the pressure has
09:23:39 14  hit the boundary?
09:23:40 15  A.  From the diagnostic signature of the pressure.  The data -- the
09:23:43 16  details are in Appendix 4.3 of my report.  But actually there's
09:23:48 17  no -- again, among the experts, there's no disagreement about this.
09:23:52 18  We all know that there's radial flow to begin with, that we then
09:23:56 19  have flow confined in a channel.  It's just the use of that data to
09:23:59 20  quantify how much oil is connected that is my analysis.
09:24:05 21          So you see this going out like ripples in a pond.  It
09:24:09 22  hits no-flow barriers, barriers to flow.  But it takes time for the
09:24:15 23  pressure to move all the way out to the ends of the field.  That's
09:24:20 24  why having 19 days of pressure data was so valuable, because
09:24:24 25  there's sufficient time to see the pressure, the impact of the

09:24:28  1   pressure at the well from barriers to flow like the south and the

09:24:33  2   north end.

09:24:35  3          So what I can say here is in the pressure analysis, I

09:24:43  4   know the size of this connected box.  I know that it's a box and I

09:24:48  5   don't, for instance, assume that there is no aquifer.  I determined

09:24:52  6   that there is no aquifer.  The shape, the diagnostic shape of the

09:24:59  7   pressure response says very clearly that there are no-flow

09:25:03  8   boundaries here at the edges of the channel and there are no

09:25:05  9   barriers to flow at these two ends (INDICATING).

09:25:08  10         So we know that we're producing oil from a contained box

09:25:13  11  when we're trying to calculate how much oil was released and we

09:25:17  12  know the shape of the box and we know the size of the box.

09:25:20  13         And again, all of the experts who have looked at this

09:25:27  14  agree that mathematically, on average, we're looking at flow that

09:25:31  15  looks like from a rectangular-shaped reservoir.  What I am doing is

09:25:35  16  now putting it in the context of additional data, the seismic and

09:25:38  17  the geology.

09:25:39  18  Q.  Now, using this pressure analysis and being able to define the

09:25:45  19  rectangle -- and we've seen this from other witnesses -- what

09:25:52  20  reservoir volume do you opine was connected to the well and how

09:26:01  21  much was not?

09:26:02  22  A.  Okay.  So I've got a box here that gives me a connected area.

09:26:09  23  As an aside, the size of the box is also related to the number that

09:26:12  24  I used for permeability, and as I think I discussed at the outset,

09:26:17  25  I used the highest plausible value of permeability from a robust

09:26:23  1   flow-based determination, and that's Professor Gringarten's P10

09:26:27  2   value, the 329 millidarcies.  It's higher than his best case.  It's

09:26:31  3   higher that I am going to show that I think the capping stack data

09:26:35  4   gives you, but that's to give you the most generous assessment of

09:26:39  5   connectivity, but it's not unreasonable because it's saying

09:26:42  6   essentially the field is across all the way across.  So I don't

09:26:45  7   necessarily have a problem with it.  So that's just an area.

09:26:47  8               What's the volume?  What I've done is we know the total

09:26:51  9   volume of oil, right, we know the total volume of oil.  That comes

09:26:55 10   from the seismic.  Again, no disagreement about that.  How much of

09:26:58 11   that volume do I put in the red box and how much do I leave out?

09:27:01 12   Q.  How did you approach that issue?

09:27:03 13   A.  Again, using a conservative assumption to put as much oil in

09:27:07 14   the box as possible.  What I did was I said, look, this box

09:27:10 15   overlays most of the thicker channels, doesn't it.  So the most

09:27:13 16   generous assumption was to say everything outside here is just

09:27:16 17   purple, it's the smallest thickness it could be.  And then I put

09:27:20 18   all of the rest of the oil giving the maximum possible plausible

09:27:25 19   thickness in here.

09:27:28 20   Q.  And when you do that, thinking about it from a reservoir

09:27:32 21   engineering perspective, what percentage of the total oil do you

09:27:37 22   assign as connected oil to the Macondo reservoir?

09:27:42 23   A.  That comes up --

09:27:43 24   Q.  For the Macondo well, I mean.  Sorry.

09:27:45 25   A.  That comes up with a connectivity that I think is between 87

09:27:48  1    and 90 percent.  That actually would be considered very good

09:27:51  2    connectivity.

09:27:53  3    Q.  And do you believe that that is a conservative input?

09:27:57  4    A.  Yes, I think it's implausible to suggest that the connectivity

09:28:01  5    is any higher.  It may indeed be lower.  But I don't think this is

09:28:05  6    an unreasonable calculation.

09:28:06  7    Q.  Now, a couple of questions about the pressure data that you

09:28:12  8    analyzed.  We heard from Dr. Kelkar yesterday that you didn't

09:28:17  9    utilize the first 10,000 seconds of pressure data from the capping

09:28:23 10    stack.  First of all, for the record, how long is 10,000 seconds?

09:28:26 11    A.  It's about three hours.

09:28:28 12    Q.  And can you explain to the Court what the issues were, from

09:28:34 13    your perspective, in terms of the question you were trying to

09:28:38 14    answer about the first three hours of pressure data that was

09:28:43 15    available?

09:28:44 16    A.  So I talked about pressure being a sort of diagnostic.  But

09:28:50 17    there are different diagnostics and different reservoir properties

09:28:53 18    that you get from different time periods.  So I in my quantitative

09:28:58 19    analysis didn't actually consider the first hour.  So the first

09:29:02 20    hour out of 19 days, I didn't consider.

09:29:06 21            What do you get after the first hour?  You get properties

09:29:08 22    such as wellbore storage and skin, very valuable pieces of

09:29:12 23    information often, but those numbers don't affect my analysis.  I

09:29:16 24    don't need them for my analysis.  So not considering that data was

09:29:19 25    not a problem.

09:29:20  1      The reason why I didn't consider it is in that early time

09:29:26  2  period, there's quite a lot of noise in the data, it's difficult to

09:29:30  3  interpret and it is indeed very sensitive to exactly what the flow

09:29:34  4  rate changes were choke closure.

09:29:36  5      But after about three hours -- and I've demonstrated this

09:29:40  6  in Appendix E of my report.  After about three hours, the

09:29:44  7  diagnostic settles down.  More or less regardless of what you're

09:29:49  8  assuming about flow rate history, you still see the same diagnostic

09:29:53  9  signature.  And the diagnostic signature is this radial flow, the

09:29:56 10  ripples in the pond.  When you hit the sides of your channels and

09:30:01 11  when you hit the ends.  And it is well known in pressure transient

09:30:06 12  analysis that looking at the boundaries of the reservoir, what I'm

09:30:08 13  really interested is how big is that box.  Looking at the

09:30:13 14  boundaries is when the pressure gets to the boundaries.  That's a

09:30:16 15  late time response.  That's something that you see after days.

09:30:19 16  It's not a problem if you don't analyze the first few hours.

09:30:24 17  Q.  Now, let me ask you just to look very quickly at D-24606, which

09:30:31 18  we've styled "Dr. Blunt's Pressure Analysis."  Is this a chart or

09:30:37 19  an analysis from your report?

09:30:39 20  A.  Yes.  This is -- your Honor, this is one of the figures from

09:30:45 21  Section 4.3 of my report.  It does contain a lot of information and

09:30:50 22  it is somewhat detailed.  And I'll try not to bore you too much

09:30:56 23  with details.

09:30:58 24  Q.  If you would just address the issue of whether or not this

09:31:00 25  helps you understand the reservoir size.

09:31:05   1   A.   Yes.   So what we have on the X axis here is time, but it's

09:31:11   2   logarithmic time, and this is traditionally how it's done.   So

09:31:15   3   that's three hours, that's about 30 hours, that's about 300 hours.

09:31:19   4   So that's looking at a couple of weeks, okay.

09:31:22   5            So the late times are already compressed up and the early

09:31:28   6   times are expanded.   So what you see here if you're an expert is

09:31:32   7   you look at the slope, so this is the pressure going up.   And what

09:31:36   8   you do is you look at the slope.   When you look at the slope, you

09:31:39   9   get lots of valuable information.   You get a sort of a constant

09:31:43  10   slope, that's your radial flow, and then you see that the slope

09:31:45  11   starts increasing, and that's a diagnostic of hitting boundaries,

09:31:49  12   and that's channel flow.   You see that after about 60,000 seconds,

09:31:53  13   about 19 hours.   So it's well beyond where I need to consider

09:31:56  14   things.

09:31:57  15            And then you get this channel flowing.   But that doesn't

09:32:01  16   last forever, it begins to sort of flatten out there.   One of the

09:32:04  17   reasons for that is you're seeing the other barriers to flow at the

09:32:08  18   ends.

09:32:08  19            So the thing that's really important to me is what's

09:32:10  20   happening at about 19 hours, but it's channel flow, no ambiguity

09:32:14  21   there from any of the experts, we all know it's channel flow.   And

09:32:17  22   then what's really happening there after 19 days to see the no-flow

09:32:21  23   boundaries at the end.   That's the sort of, one would say, X-ray

09:32:23  24   diagnostic that an expert in this area can more or less read off

09:32:32  25   the graph.

09:32:32  1    Q.  Now, once you make a determination about the size of the

09:32:36  2    reservoir and how much would be connected to the Macondo well or

09:32:42  3    the location of the Macondo well, do you next need to look at

09:32:47  4    converting reservoir barrels to stock-tank barrels?

09:32:53  5    A.  Yes.

09:32:54  6    Q.  And can you describe for Judge Barbier what your approach to

09:32:59  7    that issue is or was.  And I am going to put up for you D-23529,

09:33:09  8    and I guess I'll just ask you first to briefly explain what you did

09:33:13  9    to convert the connected reservoir volume.

09:33:16  10   A.  Yes.  So our focus so far has been on the reservoir.  So we're

09:33:21  11   deep underground and we're calculating volume, volumes in the

09:33:24  12   reservoir or volumes of oil released fundamentally at reservoir

09:33:28  13   conditions.  But I am quoting numbers, as indeed is standard in the

09:33:34  14   industry, in stock-tank barrels.

09:33:37  15        So what I have to do is I have to take this oil that's

09:33:39  16   deep underground, bring it up to the surface.  As it goes up to the

09:33:44  17   surface, the pressure drops and bubbles of gas exsolves from the

09:33:51  18   oil, like opening a can of soda, so the bubbles get to come up.

09:33:55  19   And then when I reach the surface, I separate it out into oil, the

09:33:58  20   liquid and the gas.

09:34:00  21   Q.  And as part of that process, what method did you use to

09:34:06  22   determine the value for the oil formation volume factor?

09:34:11  23   A.  So the correction that you use, the oil actually shrinks

09:34:16  24   because lots of gas has come out of the solution through the oil

09:34:19  25   formation volume factor.  Using the approach in my report, I used

09:34:23   1   the measured data, I used three sets of measured data from the
09:34:26   2   three independent services that did the measurements, and the
09:34:30   3   measurements were using the single-stage separation.
09:34:32   4   Q.  Now, when you say that you used the measured values and there
09:34:37   5   were three laboratories, what are you referring to there?
09:34:39   6   A.  So fluid samples were taken from the well before the accident
09:34:45   7   and there were measurements performed on them at Schlumberger, at
09:34:50   8   Intertek and Core Labs, so three labs looked at them.  I've taken
09:34:54   9   those measured values and I've used all three in my calculations.
09:34:57  10   Q.  And why did you choose to use the single-stage flash
09:35:03  11   methodology, Dr. Blunt?
09:35:05  12   A.  Okay.  There are a number of reasons.  The original reason is,
09:35:10  13   well, I've got the directly measured data, it's unambiguous what it
09:35:17  14   means, it simply means that the oil and gas remain in contact and
09:35:20  15   then you separate them.  And it's the industry standard, you
09:35:26  16   commonly do encounter it in oilfield operations, but more to the
09:35:30  17   point, it's the default option when you don't know for sure what
09:35:34  18   the real separation process was.
09:35:36  19   Q.  There's been discussion about a four-stage separation.  Why did
09:35:42  20   you not use that methodology?
09:35:44  21   A.  So there is experimental data for a four-stage separation
09:35:51  22   process, and that's also been discussed by Dr. Zick and it's what
09:35:54  23   he recommended in his expert report.  I have not done that, and let
09:36:01  24   me explain why, is a multistage separation is what you may
09:36:09  25   routinely do in normal oilfield operations to maximize the amount

09:36:14  1    of oil that's produced.  But the problem here is there are infinite

09:36:20  2    number of possible multistage separations.

09:36:22  3            I know there was one particular case looked at

09:36:24  4    experimentally, but there's no evidence to suggest that that is

09:36:28  5    exactly what BP would have done.  They might have used fewer

09:36:31  6    separators.  They might have conceivably used more.  They might

09:36:35  7    have mixed oil from Macondo with oil from other fields.  We simply

09:36:39  8    don't know.

09:36:40  9            So even if you say that's the appropriate methodology,

09:36:43  10   you don't know the number to use.

09:36:45  11   Q.  And in using the four-stage separator methodology, is that

09:36:52  12   something in practice that is conducted with a hundred percent

09:36:57  13   efficiency?

09:36:58  14   A.  No.  And actually --

09:37:02  15           THE COURT:  Dr. Blunt, I think when demonstrating

09:37:05  16   something, you moved the microphone away from you.  Pull it back up

09:37:05  17   to you a little bit.

09:37:08  18           THE WITNESS:  Maybe I should move forward.

09:37:10  19           THE COURT:  Either way.

09:37:11  20           MR. BROCK:  Pull it over even closer to you.

09:37:13  21           THE WITNESS:  Is that okay?

09:37:14  22           MR. BROCK:  That's much better.

09:37:16  23           THE WITNESS:  So, yes, in these thermodynamic

09:37:19  24   calculations and indeed in the experiments, they're very careful.

09:37:22  25   And what they do is they have a hundred percent efficiency, so they

```
09:37:27  1    say the oil and the gas separate perfectly.
09:37:31  2            But in real oilfield operations, it's not like that.
09:37:34  3    What a separator is, your Honor, I mean, crudely speaking, imagine
09:37:39  4    a giant tank, and oil comes gushing into this tank and you have to
09:37:43  5    separate the oil and gas.  Well, the oil settles at the bottom and
09:37:47  6    you have a pipe with the oil coming out, and the gas is at the top
09:37:50  7    and you have a pipe coming out there.
09:37:51  8            Now, if you wait for days or weeks nice and carefully,
09:37:54  9    you get this perfect separation, but you can't because you're
09:37:59 10    producing oil really rapidly.  So what happens is the gas comes
09:38:02 11    rushing out of the top, but entrained in that are droplets of oil.
09:38:06 12    You've lost that oil.  So you never operate these separators at a
09:38:10 13    hundred percent efficiency.  So --
09:38:15 14            MR. CERNICH:  Your Honor, I am going to object.
09:38:17 15    Professor Blunt has no discussion in his report whatsoever about
09:38:20 16    how separators are operated.  He does -- I will admit that he does
09:38:25 17    discuss the process of multi-stage separation and single-stage
09:38:29 18    separation or he mentions those, but there is absolutely no
09:38:32 19    discussion in his report about how these separators are operated.
09:38:35 20    And he's demonstrated no expertise in this either in his CV, in his
09:38:40 21    report, or -- anywhere in his report.
09:38:42 22            THE COURT:  Okay.  Are you going any farther with that?
09:38:45 23            MR. BROCK:  That's basically it.
09:38:46 24            THE COURT:  Okay.  All right.  I'll overrule the
09:38:48 25    objection, but let's just move on.
```

09:38:50  1            MR. BROCK:  All right.  We will move on.

09:38:52  2    BY MR. BROCK:

09:38:53  3    Q.  Dr. Blunt, you're also aware that Dr. Whitson developed an

09:39:01  4    oceanic separation model, correct?

09:39:05  5    A.  Yes.

09:39:05  6    Q.  And did you review his report?

09:39:09  7    A.  Yes.

09:39:10  8    Q.  And does his oceanic separation model output a number that in

09:39:21  9    terms of the formation volume factor that is similar to yours?

09:39:26 10    A.  Yes.  Dr. Whitson, I would consider him is widely regarded as

09:39:34 11    the foremost expert in hydrocarbon phase behavior in the world.  He

09:39:39 12    has provided in his expert report a detailed analysis of what he

09:39:45 13    thinks plausibly happened as the oil was released into the ocean

09:39:50 14    and moved to the surface.

09:39:51 15    Q.  In terms of the formation volume factor that is utilized by

09:39:56 16    you, can you describe to Judge Barbier what that is in terms of the

09:40:02 17    number?

09:40:03 18    A.  Yeah.  The number for the single-stage flash and the number for

09:40:11 19    Dr. Whitson's oceanic process are essentially the same.  And on

09:40:16 20    good physical grounds this does not surprise me at all.

09:40:20 21    Q.  Do you recall your number?  That is, what is your formation

09:40:26 22    volume factor number?

09:40:27 23    A.  Well, I use a range of values based on the measurements, but

09:40:32 24    the range is, off the top of my head under initial conditions, I

09:40:33 25    think between 2.3 and 2.4.

09:40:43   1   Q.  I am going to put up D-23532, just in the interest of time so

09:40:54   2   we can keep moving.  I would like for you to summarize, now, for

09:40:59   3   Judge Barbier your opinion regarding oil volume; and then if you

09:41:06   4   could also, as you do this, speak to how your analysis is different

09:41:10   5   from the approach of the experts from the United States.

09:41:14   6   A.  Yeah.  So just to repeat, my best estimate of the connected oil

09:41:18   7   volume is 112 million stock-tank barrels.  I do consider a range of

09:41:23   8   values, but as we discussed before, that isn't necessarily an

09:41:26   9   uncertainty range.  It's more providing an upper bound.  I don't

09:41:31  10   think it's plausible to suggest that it's significantly larger than

09:41:35  11   that.

09:41:35  12          And the reason why the U.S. experts can present different

09:41:38  13   numbers is they haven't considered the geology of the Macondo

09:41:42  14   field; and they don't use the pressure analysis, even though there

09:41:47  15   was pressure data available, to assess connectivity which is a

09:41:50  16   standard best practice in reservoir engineering; and in my opinion,

09:41:55  17   the conversion to stock-tank barrels that is used is ambiguous.

09:42:02  18   There are an infinite number of possible conversions and it's based

09:42:06  19   on something that is hypothetical or physically rather implausible.

09:42:10  20   Q.  What is the impact, Dr. Blunt, of the assumptions made by the

09:42:18  21   United States that are different from yours?  And I'll just put up

09:42:22  22   D-23533 as demonstrative that you can use to discuss this.

09:42:29  23   A.  So what does it mean in terms of oil released?  So I've got

09:42:39  24   112.  What does Pooladi-Darvish use, Dr. Pooladi-Darvish?  He has a

09:42:43  25   range of values, so what I've used is his base case.  And I think

09:42:47  1    it's already been discussed already in court.  The difference here

09:42:51  2    is principally a different conversion process and ignoring

09:42:56  3    connectivity, and they both have about the same contribution.  So

09:42:59  4    if you add those two together, it's a difference of about 930,000

09:43:04  5    stock-tank barrels.

09:43:05  6              Dr. Kelkar, as I've said, has a lower bound that's more

09:43:10  7    or less the same as mine, and an upper bound that he's higher,

09:43:15  8    actually, more like Dr. Pooladi-Darvish's.  I've taken the mid

09:43:20  9    range, the number that gives you 5 million barrels essentially.  So

09:43:24 10    again, I consider that too large, and I don't use their conversion

09:43:29 11    process.  And that has an impact of about 480,000 stock-tank

09:43:33 12    barrels on the calculation.

09:43:35 13    Q.  Now, Dr. Blunt, let's turn to the second variable with regard

09:43:39 14    to the material balance equation, and that is the issue of

09:43:44 15    compressibility.  And I'll just put the form D-23535.  We're now

09:43:53 16    talking about the second variable in the equation, correct?

09:43:55 17    A.  Yes.

09:43:55 18    Q.  And Dr. Blunt, if you'll look at D-24607, and just state for

09:44:04 19    the record what you determined to be the value for rock

09:44:11 20    compressibility?

09:44:11 21    A.  Yes, the best determination of rock compressibility I consider

09:44:15 22    to be 6.35 microsips; although, again, I do consider a range of

09:44:19 23    values in my calculations consistent with the measurements.

09:44:22 24    Q.  Let's look, now, at D-23536A, and I'll just ask you if you

09:44:31 25    would, please, to now use these photographs to describe what is

09:44:39  1   compressibility; that is, what are we looking at and how does the

09:44:45  2   reservoir rock compress?

09:44:46  3   A.  So the emphasis on this discussion is going to be on rock

09:44:50  4   compressibility because that's where there is the point of

09:44:54  5   disagreement.  What you see on the left is a photograph of one of

09:44:58  6   the Macondo cores.  It's about an inch across here.  What I've

09:45:05  7   shown here is actually from my report is an X-ray image actually of

09:45:10  8   this Bentheimer sandstone.  And the reason for showing that is you

09:45:14  9   can, then, really see what we're talking about here.

09:45:16 10         What you've got is you've got grains of sand, quartz

09:45:21 11   grains that are fused together so they're crunched together.  So

09:45:24 12   what we're looking at when we look at compressibility is how

09:45:26 13   compressible is that rock.  Now, if we think about compressibility,

09:45:34 14   it's very easy to consider what you think about compressibility if

09:45:37 15   you're looking at the sand.  So, your Honor, if we go back to the

09:45:40 16   sand and you imagine you're walking on the beach and you put your

09:45:43 17   foot down, obviously, you can see that it's compressible, you can

09:45:46 18   tap it down.

09:45:47 19         And how does that lead to more oil release?  It's a bit

09:45:50 20   like when you're on the beach, your footprint gets filled with

09:45:55 21   water, you've actually squeezed water out of the sand.  And that's

09:45:59 22   essentially what we're looking at with core volume compressibility.

09:46:01 23         But, of course, we are not dealing with the sand in

09:46:03 24   Macondo.  We're dealing, as you can see, a core sample of sand,

09:46:06 25   stone.  It does have a compressibility under the huge pressures

09:46:08  1   that we're dealing with, and there will be a change in volume.  And

09:46:13  2   this rock will crush down, but not, obviously, by a huge amount,

09:46:16  3   but it is a significant component to the calculations.

09:46:18  4   Q.  And that compression affects how much oil will flow to the

09:46:28  5   well?

09:46:28  6   A.  Yes, the more it compresses --

09:46:31  7   Q.  Let's use this diagram to look at that just a second, D-23537.

09:46:39  8   Dr. Blunt, can you use this diagram to sort of explain to Judge

09:46:46  9   Barbier how is it that this compressibility of rock issue is so

09:46:51 10   important?

09:46:52 11   A.  So a cartoon to try and describe it because it's not the

09:46:57 12   easiest concept to understand.  So we sort of got a blow-up of the

09:47:04 13   grains here.  As I said, imagine the Macondo rock, and it's got

09:47:09 14   13,000 feet of rock above it, so it's a bit, like, sort of Atlas

09:47:13 15   with the weight of the world on his shoulders.  But the oil is also

09:47:16 16   at very high pressures, and the oil, if you imagine, is sort of

09:47:20 17   trying to force the grains apart.  The oil is sort of pushing back

09:47:24 18   and that's sort of holding everything up.

09:47:27 19          Then when you drill a well --

09:47:28 20   Q.  Let me go to the next demonstrative and see if this is helpful,

09:47:33 21   D-23538.  We've now got a well that's drilled into the reservoir.

09:47:38 22   A.  So we drill a well.  The oil flows from high pressure to low

09:47:42 23   pressure into the well, so the oil pressure drops so the sort of

09:47:46 24   helping, pushing back on the rock decreases, the weight crushes

09:47:50 25   down on you and the rock begins to compress.

09:47:53 1          And of course, as it compresses, like squeezing a sponge,

09:47:57 2     there's less room for the oil to be, there's less pore space, and

09:48:01 3     that squeezes out an additional amount of oil.

09:48:04 4          So when we're looking at oil production from Macondo,

09:48:07 5     there's essentially two components:  There's the expansion of the

09:48:10 6     oil itself, simply because the pressure drops and the oil expands;

09:48:14 7     but there's also this extra contribution from the compression of

09:48:17 8     the rock.

09:48:17 9     Q.  So compressibility drives flow because compressed oil expands,

09:48:25 10    driving out more oil, and the reduced oil pressure allows the

09:48:30 11    overlying rock, in this case 13,000 feet of rock, to compress and

09:48:39 12    that also squeezes out more oil?

09:48:41 13    A.  Exactly.

09:48:42 14    Q.  So that's the concept that we're looking at here.

09:48:58 15         Now, you've testified earlier today that Dr. Kelkar and

09:49:01 16    Dr. Pooladi-Darvish use a value of 12 microsips.  And I've got up

09:49:08 17    D-23540.  In their analysis -- excuse me.  Dr. Kelkar -- just to

09:49:16 18    keep us moving, I am not going to ask you about Dr. Hsieh.

09:49:22 19    Dr. Kelkar uses a rock compressibility value of 12.  What's the

09:49:28 20    impact of that on this case?

09:49:30 21    A.  Yeah.  So, roughly speaking, the impact of Dr. Kelkar using 12

09:49:36 22    microsips rather than the measured value of 6 is about one million

09:49:41 23    stock-tank barrels in his estimate of oil released.

09:49:43 24    Q.  Now, let's talk about the way in which you came to your

09:49:50 25    conclusion that the compressibility of the rock is in the range of

09:49:58  1   6.  How did you calculate that value?  And I'll just ask you, if
09:50:03  2   you can start with D-23541, to explain to Judge Barbier the first
09:50:10  3   step in the process.
09:50:11  4   A.  Yeah.  I mean, following best scientific practice, you go back
09:50:15  5   to the primary material and the primary material are the
09:50:18  6   measurements.  So Weatherford Laboratories measured the pore volume
09:50:24  7   compressibility on rock samples from Macondo.  Weatherford is a
09:50:29  8   well-respected service laboratory.  I use them myself, for
09:50:33  9   experimental measurements, and the best determination of the
09:50:37 10   average of those measurements is 6.35 microsips.
09:50:40 11   Q.  You also referenced Professor Zimmerman in your report.  The
09:50:46 12   Court has heard a little bit about Dr. Zimmerman.  Who is
09:50:50 13   Dr. Zimmerman and what is -- why is it that you refer to
09:50:58 14   Dr. Zimmerman in your report?
09:51:00 15   A.  Dr. Zimmerman is, in my opinion, the world's foremost expert on
09:51:06 16   rock mechanics.  He's even written the -- literally, written the
09:51:11 17   book on sandstone compressibility.  The book is *The Compressibility*
09:51:15 18   *of Sandstones*.  So the number 6.35 has been taken from his expert
09:51:21 19   report, and I deferred to his superior expertise.
09:51:25 20          However, I have my own opinions on pore volume
09:51:28 21   compressibility outlined in Section 4.2 of my report, because I,
09:51:33 22   too, have looked at the data and other supporting scientific
09:51:36 23   evidence.
09:51:36 24   Q.  Now, for what purpose have you used or relied on Weatherford
09:51:43 25   Laboratories' work in this case?

09:51:46  1   A.  In this case, I've looked at their measurements of pore volume

09:51:50  2   compressibility.  In fact, drilling down even more into this,

09:51:55  3   actually, looked at exactly in their experimental procedures how

09:51:58  4   the pore volume of the rock varied with pressure.  I made a

09:52:03  5   determination of what the correct pore volume compressibility for

09:52:06  6   my calculations would be.

09:52:07  7   Q.  Now, when you use the term "pore volume compressibility," just

09:52:12  8   for the record, are you referring to the compressibility of rock

09:52:15  9   now?

09:52:15 10   A.  Yes.

09:52:16 11   Q.  Now, have you utilized Weatherford data in your work?

09:52:25 12   A.  Yes.

09:52:25 13   Q.  Separate and apart from Macondo?

09:52:28 14   A.  Apart from Macondo, yes, as I think I already referred to.

09:52:31 15   Personally, I have great respect for Weatherford Laboratories.

09:52:35 16   Routinely in my laboratories at Imperial, we send out core samples

09:52:41 17   for testing from Weatherford.

09:52:42 18   Q.  And have you found their work to be reliable and accurate?

09:52:46 19   A.  Yes.  I mean, we've used quite frequently data measured by

09:52:52 20   Weatherford in our scientific publications, for instance.

09:52:55 21   Q.  Now, you mentioned earlier in your examination work that you

09:53:00 22   had done for -- with regard to the Kuwaiti sandstone reservoir over

09:53:05 23   the past few years, I think you mentioned you had looked at lots of

09:53:11 24   cores as part of that engagement as well as in other areas.

09:53:15 25           I just ask you, in your experience, have you analyzed

09:53:22  1   rock compressibility tests?

09:53:24  2   A.  Yes.  I mean, I've looked at the test protocols.  I've looked

09:53:29  3   at the test protocols for Weatherford as part of my review for

09:53:34  4   Kuwait Oil Company, I also looked at the test protocols that they

09:53:38  5   used to measure compressibility.

09:53:39  6   Q.  And in your experience, under what conditions were those tests

09:53:43  7   conducted?

09:53:44  8   A.  Well, my understanding is both the Weatherford tests and

09:53:47  9   certainly all of the Kuwaiti tests were performed at the

09:53:52  10  appropriate pressure conditions, so the appropriate stress

09:53:55  11  condition because that's really very important to reproduce; but

09:53:59  12  they were performed at room temperature.

09:54:02  13  Q.  And is that appropriate for the analysis that you do?

09:54:06  14  A.  I would consider it appropriate.  There is evidence in the

09:54:12  15  scientific literature that there is a small correction that may

09:54:15  16  need to be applied to the pore volume compressibility value if you

09:54:19  17  look at elevated temperatures, but it's a small correction.

09:54:23  18       MR. CERNICH:  Your Honor, we are going to object.  None

09:54:25  19  of these opinions are contained in Professor Blunt's report.  This

09:54:29  20  is the first time we've heard about his discussions -- about his

09:54:32  21  opinions on Weatherford Labs or any of these types of discussions.

09:54:36  22       MR. BROCK:  He is talking about his experience and why he

09:54:39  23  is relying on these values, which we're about to show, your Honor.

09:54:44  24       MR. CERNICH:  And the literature that Professor Blunt is

09:54:47  25  referring to is surrebuttal that has been specifically excluded

09:54:53  1    from Professor Zimmerman that he gave in his deposition.

09:54:55  2              MR. BROCK:  He is talking about his experience.  He's

09:54:57  3    described his experience in looking at samples of Weatherford and

09:55:02  4    why he considers these to be reliable.  He's not done anything more

09:55:05  5    than that.

09:55:09  6              MR. CERNICH:  And he quantified the attempt of

09:55:12  7    temperature, your Honor, and that is not contained in his report.

09:55:15  8              THE COURT:  That is more of an opinion.  As long as he's

09:55:20  9    talking about factual experience and not opinions I guess in that

09:55:23 10    area he's okay.

09:55:25 11    BY MR. BROCK:

09:55:25 12    Q.  Let's look at D-24469, and I think you mentioned this in

09:55:30 13    general terms, but did you analyze the cores from Macondo?

09:55:35 14    A.  Yes.  I looked at all of the data, and also, as shown here,

09:55:41 15    looked at both the core photographs.  And, in fact, these pictures,

09:55:45 16    these are actually X-ray images looking inside the rock to look at

09:55:50 17    their internal structure.

09:55:52 18    Q.  Now, on this chart here from the Weatherford files, do you see

09:55:58 19    that there are three measured values for rock compressibility?

09:56:02 20    A.  Yes.

09:56:03 21    Q.  Did you consider the range of values?

09:56:08 22    A.  Yes, I did.  Your Honor, I think I need to clarify because the

09:56:13 23    testimony of Dr. Kelkar and Dr. Pooladi-Darvish said that I used

09:56:18 24    just one value of 6.  That's actually not correct.  As in my expert

09:56:23 25    report, 6 is the base case.  I think it's the best estimate of what

09:56:29 1    the real pore volume compressibility is.  But I didn't just stick

09:56:33 2    with 6, I looked at range of data.  So I have a low case, which was

09:56:38 3    about four, but I also considered, and I carried through in all of

09:56:42 4    my calculations, a high case, right, of about 8.5.  I consider that

09:56:48 5    a reasonable range of pore volume compressibility.  That's the

09:56:51 6    range of the measurements.

09:56:52 7    Q.  What, if anything, did your analysis of the cores tell you

09:56:59 8    about the Macondo formation?

09:57:01 9    A.  The analysis of the core certainly as illustrated in this

09:57:06 10   picture, certainly my experience, again, in looking at probably

09:57:10 11   hundreds, if not thousands, of X-ray images of core samples is that

09:57:14 12   this looks very uniform sand.  It's a quartz sand, and it has what

09:57:21 13   I would say uniformly internal structure.  What that means

09:57:25 14   specifically in relevance to this case is you would expect the

09:57:29 15   properties measured in one direction to be very similar to

09:57:32 16   properties measured in another direction.

09:57:34 17   Q.  And I believe you said that 6 microsips is an average

09:57:37 18   compressibility?

09:57:38 19   A.  It's the average of the three values that are shown here.

09:57:46 20        MR. CERNICH:  Objection.  Your Honor, Professor Blunt's

09:57:50 21   continuing to opine on areas that aren't included in his report.

09:57:54 22   The discussion of orientation of sidewall cores is not discussed in

09:57:58 23   his report.  I think that BP is trying to push the bounds here with

09:58:02 24   Professor Blunt well beyond his report.  He's already --

09:58:04 25        THE COURT:  Did he express that opinion in his report?

09:58:07  1          MR. BROCK:  I don't know if that is specifically in his

09:58:09  2   report.  I do know that he has said that these values are reliable

09:58:12  3   and he is telling the reasons why.

09:58:13  4          THE COURT:  That's a different opinion.  I am going to

09:58:15  5   strike that last part of that answer about whether properties

09:58:20  6   measured in one direction are similar to properties measured in

09:58:23  7   another direction.

09:58:24  8          MR. BROCK:  Fine.  Okay.

09:58:26  9   BY MR. BROCK:

09:58:26 10   Q.  Now, let's look, Dr. Blunt, at the next Exhibit, D-23544.  Did

09:58:41 11   you look at other measured data that support your rock

09:58:44 12   compressibility value?

09:58:45 13   A.  Yes.  What I did was I considered the measured data in the

09:58:50 14   light of the totality of the scientific evidence.  So what's shown

09:58:54 15   here is a photograph blown up, microscope photograph, taken from

09:59:02 16   one of the papers that I reference in my expert report.

09:59:07 17          And what you take away from this is that Macondo has a

09:59:14 18   very high quartz content, almost entirely quartz fused together.

09:59:19 19   And that's represented, though it's not Macondo, it's another high

09:59:23 20   quartz content rock on the right.  And here you've got basically a

09:59:28 21   hard material.  Quartz is essentially glass fused together so that

09:59:31 22   gives you quite hard rock.

09:59:33 23          On the other hand, if you had a mineralogy with more

09:59:37 24   ductile easily compressed material such as clay, you might expect

09:59:42 25   the pore volume compressibility to be higher, but Macondo seems to

09:59:46   1   be more on the pure quartz end.

09:59:47   2   Q.   And what is the significance of being higher in quartz as

09:59:52   3   relates to the compressibility of the Macondo rock as well as your

09:59:58   4   evaluation of that issue?

10:00:01   5   A.   Well, what this would suggest is you would be expecting from

10:00:09   6   Macondo or you would not be surprised from Macondo to see

10:00:12   7   relatively low value of pore volume compressibility.

10:00:16   8   Q.   Let's look at D-23545.   And I'll just ask you, first of all,

10:00:28   9   before we get into a discussion of this, if you would describe for

10:00:32  10   the Court what is referred to on this axis porosity, and then we

10:00:39  11   have pore volume compressibility over here.   I think we talked

10:00:41  12   about this one a good bit.   What is porosity?

10:00:44  13   A.   Porosity is a number which is how much of the total volume of

10:00:49  14   the rock is pore space, so basically how open is the rock.   And

10:00:55  15   porosity was measured in two ways from Macondo, both from the

10:00:59  16   samples of rock that were taken from the field, but also in what's

10:01:03  17   called a log analysis; essentially measurements that were taken

10:01:06  18   while they were drilling or after you drilled the well.

10:01:09  19         So what this is -- this is, again, a figure from my

10:01:13  20   expert report but it was prepared by BP, and it was prepared by BP

10:01:18  21   before drilling.   So what it shows on the Y axis is the pore volume

10:01:24  22   compressibility.   And you see there's a wide range of values,

10:01:27  23   right.   This goes from zero all the way up to 70.

10:01:30  24         And on this axis, the X axis, we have the porosity.   And

10:01:34  25   the values here -- there have been a lot of discussion about other

10:01:38   1   wells.  This is the data, this is the measured data that BP had

10:01:43   2   acquired on other fields in the Gulf of Mexico.  And what BP's

10:01:48   3   geomechanics expert has done here is said, "Well, we anticipate a

10:01:53   4   porosity here of about 22 percent."

10:01:55   5   Q.  Is that the red line here (INDICATING)?

10:01:57   6   A.  That's the red one, which is more or less what was measured.

10:02:01   7   And looking at this trend, this is sort of a trend line he puts

10:02:07   8   here.  He says, "I think I'm going to get a pore volume

10:02:10   9   compressibility of about 6 microsips."

10:02:13  10          Now, again, what does that mean?  It means if you, then,

10:02:18  11   measure the pore volume compressibility and get 6, it's not a

10:02:21  12   surprise; but there is a lot of scatter in this graph.  You

10:02:25  13   wouldn't just use this graph and take a number with any reliability

10:02:30  14   because, as you can see, you know, other values are also plausible.

10:02:35  15          So what it shows in context is that the measured value of

10:02:40  16   about 6 microsips is not the least bit surprising, it's consistent

10:02:43  17   with other wells in the Gulf of Mexico of similar porosity, but you

10:02:46  18   do need to make the measurements in order to reduce your

10:02:50  19   uncertainty.

10:02:50  20   Q.  This value for porosity, what is the value that you used?

10:02:55  21   A.  The value for porosity that I've used in my quantitative

10:03:00  22   determinations comes from the log analysis, that's considered best

10:03:03  23   practice in reservoir engineering, and that's 21.7 percent.

10:03:05  24   Q.  And is that the same value that Dr. Kelkar uses in his

10:03:09  25   analysis?

2149

10:03:09  1  A.  Yes.

10:03:10  2  Q.  Let's turn to the issue of published literature on the topic.

10:03:22  3  And this is just a callout here and it's showing in a little more

10:03:26  4  detail where the intersection occurs with the porosity value; is

10:03:31  5  that right?

10:03:32  6  A.  Yes, it is, just shows that.

10:03:34  7  Q.  So let's turn to one of the articles that relates to this

10:03:42  8  issue, and I'll just ask you:  Did you review literature to figure

10:03:46  9  out what compressibility you might expect at Macondo?

10:03:49 10  A.  Yes.  I mean, I looked at the measured data in the light of the

10:03:54 11  scientific literature, and one of the papers I cite in my expert

10:03:59 12  report is the one that's shown here.

10:04:02 13  Q.  And this, when you say, "shown here" we're referring to

10:04:09 14  D-24471.  Can you see that in the bottom corner here (INDICATING)?

10:04:13 15  D-24471, is that right?

10:04:15 16  A.  Yes, yes.  Sorry, yes.

10:04:17 17  Q.  Thank you.  Now, Dr. Kelkar testified yesterday on redirect

10:04:26 18  examination that he was not the primary author on this paper after

10:04:32 19  he had been questioned about it.  And I'll just ask you:  Do you

10:04:36 20  have an understanding of what it means to be the last author listed

10:04:40 21  on a paper?

10:04:40 22  A.  Let's put it this way, if this was a similar situation and I

10:04:51 23  was publishing a paper, you would normally expect that first

10:04:54 24  author, which Dr. Kelkar described as the primary author, was the

10:04:58 25  student, you know, who did the work.  The last author is normally

10:05:02  1   the Senior author.  What I mean by that is that is the professor

10:05:07  2   who is supervising and is in charge of the research.

10:05:10  3   Q.  What is the responsibility of the professor who supervises and

10:05:14  4   is in charge of the work as to the reliability and the rigor with

10:05:22  5   which the paper is written?

10:05:24  6   A.  Well, if it were a paper of mine and I were the senior author,

10:05:30  7   it would indicate that I had designed the research study, I framed

10:05:36  8   what the paper would be about, I had reviewed carefully every

10:05:40  9   detail of the research, I had been involved in writing the paper,

10:05:44 10   and essentially, I would take responsibility for all of the

10:05:48 11   contents of the paper.

10:05:49 12   Q.  Now, let's turn to -- back to the issue of this well.  Not

10:05:59 13   ready for that yet.

10:06:03 14          Dr. Kelkar testified yesterday that his value of 12

10:06:05 15   microsips for rock compressibility was based on BP documents, and

10:06:12 16   I'll just ask this question of you, sir.  Did you consider and

10:06:17 17   evaluate whether a rock compressibility value of 12 microsips could

10:06:22 18   possibly be consistent with the actual data related to Macondo?

10:06:28 19   A.  Yes, I did.  There's essentially a final check, something

10:06:38 20   that's standard in reservoir engineering and which is discussed in

10:06:41 21   Section 5 of my expert report.  And it's about tying all of the

10:06:45 22   pieces of data together.  So, of course, I am aware of the BP

10:06:48 23   e-mails.  I am aware, of course, of uncertainty and that there is

10:06:53 24   some scatter in the data.  So it's not unreasonable to consider

10:06:59 25   hypothetically other values, even though that doesn't appear to be

10:07:04   1   direct scientific evidence to support them.  But it's this
10:07:06   2   consistency check that's absolutely key to that.
10:07:09   3   Q.  So let me turn to our next demonstrative.  And let me just get
10:07:26   4   you to say, first of all, for the record, Dr. Blunt, what is the
10:07:31   5   consistency check that you performed with regard to the Macondo
10:07:36   6   well to understand the issue of rock compressibility?
10:07:43   7   A.  Okay.  So what we see here in a graphic is, again, schematic of
10:07:50   8   the pressure.  And as I said, I've determined where the barriers to
10:07:57   9   flow are in the reservoir, where that sort of connected area is.
10:08:01  10   But in doing that, I needed to input a number for compressibility.
10:08:08  11        Now, what I mean by "reservoir engineering consistency
10:08:11  12   check" is, if I use my number of 6 microsips and my analysis to
10:08:20  13   pressure data, do I get an extent of the reservoir that makes
10:08:23  14   geological sense?  And the answer is, it does.  Because we seem to
10:08:29  15   see an extent to the reservoir that more or less is the extent of
10:08:32  16   the reservoir geologically speaking.
10:08:35  17        The fact that it isn't the width of the reservoir and
10:08:37  18   there are other channels is, again, perfectly plausible
10:08:40  19   geologically and supported by the literature.  But -- there's a but
10:08:47  20   to this.  What about if it's 12 microsips?
10:08:51  21   Q.  And if it's 12 microsips, what does that do to the analysis in
10:08:56  22   terms of the consistency check?
10:08:58  23   A.  In the consistency check, if you assume a larger
10:09:03  24   compressibility, then, essentially, the pressure wave moves slower.
10:09:10  25   And what that would mean is that this connected box here would be

10:09:15  1    smaller.

10:09:18  2              Now, that has two consequences.  The first is you can't

10:09:23  3    just bump up the compressibility number and say you've got more oil

10:09:28  4    released, because if the connected area was lower, then your end

10:09:34  5    number, your oil volume number, must go down.  And those two

10:09:39  6    effects partially cancel.  As I said, it's not you can't just pick

10:09:42  7    each number in isolation.

10:09:44  8              The second problem is that if the boundaries, the no-flow

10:09:50  9    boundaries of your box are sort of cut halfway through the channel,

10:09:55 10    I won't say that's impossible.  There are lots of reasons,

10:09:59 11    sub-seismic faults, shale drapes that could restrict connectivity;

10:10:03 12    but not it's such a neat, not such a consistent geological picture.

10:10:08 13    So basically, 6 fits, 12 doesn't, and that's the reserve

10:10:13 14    engineering analysis.

10:10:13 15    Q.  When we talk about this issue here of increased compressibility

10:10:19 16    slows down the pressure wave, I think you have designed maybe a

10:10:25 17    teaching tool that we might use with Judge Barbier or show to Judge

10:10:30 18    Barbier that would describe while you can't change one value

10:10:35 19    without considering how that affects others?

10:10:37 20    A.  Yes, yes, I have.

10:10:39 21              MR. BROCK:  Your Honor, would it be okay if I approach

10:10:41 22    and just grab this.  I have permission from the staff to put this

10:10:53 23    right here, if that's okay, just so you can see it.

10:10:55 24              THE COURT:  Okay.

10:10:58 25    BY MR. BROCK:

10:10:58  1    Q.  So if you will, first of all, Dr. Blunt, describe for Judge
10:11:04  2    Barbier what's represented by the slinky, and then what's
10:11:09  3    represented by the coil that is wound a little tighter.
10:11:15  4    A.  Okay.  Yes, your Honor, I am trying to sort of illustrate this
10:11:18  5    because it is important.  As I've said, I devoted a whole section
10:11:22  6    of my expert report to this issue.  The slinky spring is clearly
10:11:28  7    quite compressible, you can easily squeeze it.
10:11:31  8              MR. BROCK:  Keep talking while I move our exhibit around.
10:11:35  9              THE WITNESS:  That, if you like, for illustrative
10:11:39 10    purposes, is a highly compressible model, say 12 microsips.
10:11:42 11              The other spring, the smaller spring, is clearly a lot
10:11:44 12    stiffer, you can't compress it so easily.  So that has a lower
10:11:48 13    compressibility.  So for illustrative purposes, if you like, we'll
10:11:51 14    call that 6 microsips.
10:11:54 15              Now, I've done a pressure analysis, and the pressure
10:11:59 16    analysis tells me how long it takes to see these barriers to flow,
10:12:04 17    but to locate them physically on my geological model or the seismic
10:12:10 18    maps so I have a picture in my head of exactly what the reservoir
10:12:12 19    is like, I need to know the speed with which the pressure moves.
10:12:16 20    Q.  What affects speed?
10:12:18 21    A.  What affects speed is compressibility.  So if Mr. Brock will
10:12:21 22    give this a wiggle, that's a pressure wave.  And if you look at
10:12:25 23    that, it takes -- make it more vigorous.  As you can see, it takes
10:12:25 24    about --
10:12:33 25    Q.  I was really good at this when I was a kid.  I loved these

2154

10:12:36  1  things.

10:12:37  2  A.  What I am trying to illustrate here is it takes a couple of

10:12:41  3  seconds for the wave to move from one end to the next.

10:12:45  4          Now let's do it with the stiffer spring.  What you notice

10:12:49  5  is when Mr. Brock moves one end, more or less instantly, the other

10:12:53  6  end is affected.  So with a higher compressibility, the wave moves

10:12:57  7  fast -- with a low compressibility, the wave moves fast, it goes

10:13:03  8  further; with a high compressibility, the wave moves slower, it

10:13:08  9  goes less far.

10:13:10  10          And the consequence here is, if I stick to the measured

10:13:15  11  data, everything makes sense.  I have the size of the box, it goes

10:13:19  12  from one end of the reservoir to the other, completely consistent

10:13:23  13  with good connectivity along these channel sands.  It fits.  Any

10:13:28  14  reservoir engineer would say that's fine.

10:13:29  15          If instead we think, well, what happens if it's 12?  What

10:13:35  16  that would mean is the box would be smaller, the consequence in my

10:13:39  17  calculations would be I would have to dial down my end number.

10:13:44  18  Q.  Your reservoir size?

10:13:45  19  A.  My reservoir size.  But it's also not such a good picture.

10:13:49  20  It's not so geologically consistent.  It's not impossible, but it's

10:13:53  21  not so consistent and I can't just bump -- the point is I can't

10:13:59  22  just bump up C and get a bigger number.  It's not consistent.

10:14:03  23  Q.  Does this consistency check give you confidence about your

10:14:07  24  opinion on the compressibility of rock at Macondo?

10:14:12  25  A.  Yes.

10:14:13  1  Q.  And why is that?

10:14:15  2  A.  Because this is an additional check using additional data at

10:14:20  3  the field scale.  And, you know, if I may, you know, refer to the

10:14:25  4  BP e-mails, my interpretation as a reservoir engineer is these

10:14:30  5  reservoir engineers are trying to perform a calculation and they're

10:14:34  6  asking for input from rock mechanics experts, that's fine.  But

10:14:37  7  it's the reservoir engineers who make the final call on the number

10:14:40  8  in the light of all of the data.  But at the time of the

10:14:45  9  discussion, there wasn't the capping stack data; or, at most, there

10:14:48 10  was only a couple of days of data.

10:14:50 11      In order to make a determination of where the no-flow

10:14:55 12  boundaries at the end of the field is, you need all 19 days.  So

10:14:57 13  this consistency check that says 6 fits, 12 doesn't, is only

10:15:03 14  possible once you have all of the capping stack data.

10:15:06 15      So it's perfectly legitimate to have a discussion among

10:15:09 16  experts about plausible values and there is a range of uncertainty.

10:15:13 17  But this check -- and this is the essence of reservoir

10:15:16 18  engineering -- helps narrow that uncertainty and it makes me very

10:15:19 19  confident that the range of pore volume compressibility -- and it's

10:15:23 20  still a range of about two, from about four to eight and a half --

10:15:27 21  is indeed the right databased range that is consistent with the

10:15:32 22  totality of the evidence.

10:15:33 23  Q.  Let me have D-23547, please.  I'm just having trouble locating,

10:15:46 24  sorry, Judge Barbier.

10:15:48 25      So just to sum up on the issue of compressibility, when

10:15:54 1   you look at your analysis based on the data and the consistency

10:15:58 2   check, compared to Dr. Kelkar, have you evaluated what difference

10:16:04 3   that makes in your outcomes?

10:16:08 4   A.  Yes.  So in Dr. Kelkar's analysis, because he doesn't perform

10:16:13 5   this consistency check, he is, I want to say, able to put in any

10:16:16 6   number and see what effect it is.  And so if you take his 12

10:16:21 7   microsips and put in 6, it makes a difference of about 1 million

10:16:25 8   stock-tank barrels.  And indeed Dr. Kelkar himself has performed a

10:16:29 9   similar calculation and arrived at a similar conclusion.

10:16:31 10  Q.  Let's move to the third variable, pressure change.

10:16:39 11          THE COURT:  Mr. Brock, why don't we use this transition

10:16:42 12  to take a 15-minute recess.

10:16:43 13          MR. BROCK:  Sure.  Thank you, your Honor.

10:16:46 14          THE DEPUTY CLERK:  All rise.

10:16:48 15      (WHEREUPON, A RECESS WAS TAKEN.)

10:22:36 16      (OPEN COURT.)

10:32:17 17          MS. HIMMELHOCH:  Your Honor, before the witness comes, I

10:32:19 18  have a short evidentiary matter I can address.

10:32:22 19          THE COURT:  All right.  Everyone be seated.

10:32:25 20          MS. HIMMELHOCH:  Judge, just quickly, in the kerfuffle

10:32:30 21  over the Ron Dykhuizen objected-to exhibit, we didn't actually

10:32:32 22  formally move in the remainder of the exhibits.  So the United

10:32:35 23  States is offering and seeking admission of all of the documents on

10:32:38 24  this list except TREX 11191 and its associated callout TREX 11 --

10:32:47 25  sorry, TREX 11191.1.1.US. for admission.  There are no objections

10:32:53 1    with the exception of those two documents.

10:32:55 2           THE COURT:  All right.  Without objection, those

10:32:58 3    documents are admitted.

10:32:59 4           MS. HIMMELHOCH:  Thank you, your Honor.

10:33:11 5           MR. BROCK:  Judge Barbier, just one issue for the record.

10:33:16 6    Mr. Irpino has helped me out with this.  I put on the screen

10:33:23 7    Document 23523, it's a demonstrative, and then there were two

10:33:29 8    additional callouts from that same document which were 23524, which

10:33:36 9    was the pressure signal that went out from the well, and then there

10:33:40 10   was an additional exhibit, 23525, which I think is when the

10:33:44 11   rectangle was formed showing the shape of the reservoir.  So I just

10:33:49 12   wanted to note for the record that I had called those out in court,

10:33:52 13   and he was kind enough to remind me to get that in the record.

10:33:56 14          THE COURT:  All right.  Very well.  Let me just say, we

10:33:59 15   are going to -- I have a lunch meeting outside the courthouse that

10:34:04 16   I have to attend, so I am going to -- wherever we are in the

10:34:08 17   testimony, I am going to have to break, you know, five minutes to

10:34:12 18   12, something like that.

10:34:14 19          MR. BROCK:  Okay.  Sure.

10:34:16 20          THE COURT:  Go ahead.

10:34:17 21   BY MR. BROCK:

10:34:19 22   Q.  Dr. Blunt, we're now going to turn to the third variable in the

10:34:22 23   material balance equation, which is the issue of pressure change.

10:34:27 24   And so let's start with the discussion of that.  Again, we have

10:34:32 25   here demonstrative 246 -- excuse me, 23550, and we're talking now

2158

10:34:49  1   about the third variable there, pressure drop.  Do you see that?

10:34:51  2   A.  Yes, I do.

10:34:52  3   Q.  I now am putting up D-24608, and I would like for you to just

10:35:04  4   state for the record what is your value for the pressure drop at

10:35:07  5   Macondo?

10:35:08  6   A.  My best estimate of the pressure drop is 1,367 psi.  But,

10:35:14  7   again, following the approach the other two variables, I do look at

10:35:18  8   a range of pressure drops based on the range of the measured fluid

10:35:22  9   properties.

10:35:22 10   Q.  I am going to put up now Demonstrative 23551, and we'll go back

10:35:30 11   to the analogy of the tire, but what I would like for you to

10:35:33 12   describe for Judge Barbier now is why does change in pressure make

10:35:39 13   a difference to the output of the well?

10:35:44 14   A.  So we're looking at a decrease in pressure from the initial

10:35:49 15   pressure to the final pressure.  In Macondo, the initial pressure,

10:35:55 16   as I said, was 11,856 psi to be precise, about 800 times

10:36:01 17   atmospheric pressure.  It went down by about 1,400, so actually

10:36:06 18   only a small fraction of the total pressure.  So the more the

10:36:09 19   pressure declines, the more the fluids expand, the more the rock

10:36:13 20   compresses.  And the amount of oil that's released is directly

10:36:18 21   proportional to what this pressure drop is.

10:36:20 22   Q.  I want to pull up a new demonstrative to talk a little bit

10:36:24 23   about where pressure is measured when these pressures were obtained

10:36:30 24   and how they fit together.  D-23554 shows the initial reservoir

10:36:39 25   pressure of April the 12th, and this is 2010.  How, Dr. Blunt, is

10:36:46  1   this pressure obtained?

10:36:49  2   A.  This pressure was obtained by downhole measurements taken after

10:36:56  3   drilling but before the accident using an MDT tool, and the value

10:37:01  4   more or less in the center of the reservoir, my baseline, is

10:37:06  5   11,856 psi.  And, again, as I think I've already mentioned, there

10:37:10  6   is no substantive disagreement among the experts in this case over

10:37:14  7   this value.

10:37:15  8   Q.  Now, I am going to click this, and this is still D-23554, which

10:37:23  9   is the build-out of the slide.  And do you see there that we have a

10:37:28 10   capping stack pressure of 6555 psi on July 15th to August the 3rd?

10:37:36 11   Do you see that?

10:37:37 12   A.  Yes.  I think the number that's referred to there is the

10:37:41 13   pressure at about the time of choke closure.  So the pressure was

10:37:46 14   measured on the capping stack when the well was shut in.  And as

10:37:51 15   I've already mentioned, for 19 days afterwards, the pressure did

10:37:55 16   rise quite slowly, and I think the final pressure was recorded on

10:37:59 17   the 3rd of July -- 3rd of August, sorry, was about 6,950 psi, so

10:38:06 18   about 400 psi greater than this.

10:38:08 19   Q.  So the pressure data that you are using here is derived from

10:38:14 20   information that is obtained at the time of the shut-in of the well

10:38:18 21   and then for 19 days thereafter?

10:38:21 22   A.  That's correct.

10:38:21 23   Q.  Now, when we look at the issue of pressure change, are we

10:38:29 24   concerned with the pressure here at the reservoir or are we

10:38:33 25   concerned with the pressure here at the BOP?

10:38:37  1   A.   This is a reservoir analysis.   What we really need to know is

10:38:44  2   the final reservoir pressure, not the pressure of the capping

10:38:49  3   stack.

10:38:49  4   Q.   Now, if we turn to D-23555, I'll ask you to just describe for

10:39:06  5   Judge Barbier what this chart reflects and how it is helpful to you

10:39:11  6   in understanding the issue of final reservoir pressure.

10:39:15  7   A.   Right.   There are two steps, and I'll say briefly what they are

10:39:24  8   and then refer to this one.   We've got the capping stack pressures

10:39:28  9   that are increasing over time, and this is what's shown in this

10:39:31 10   graph here.   On the Y axis is the pressured capping stack pressure,

10:39:35 11   those are the little crosses you've got.   And on the X axis at the

10:39:42 12   time since choke closure, can be a little bit confusing, but

10:39:45 13   basically that's the time from the 15th of July to August the 3rd.

10:39:49 14         So the first step is we want the final pressure.   Now, as

10:39:55 15   you can see, the pressure at the capping stack is increasing, it's

10:39:58 16   continuing to increase.   Where is it going to end up?

10:40:01 17   Q.   Why is that?   Explain that.

10:40:03 18   A.   The reason physically is you've been withdrawing fluid from the

10:40:09 19   reservoir for 86 days.   Pressure goes from high -- flow goes from

10:40:15 20   high to low pressure.   We talked about the pressure waves.   So

10:40:18 21   there's a region of reduced pressure that extends all the way

10:40:21 22   across the field.   But the pressure's lowest at the well because

10:40:24 23   the flow goes towards the low pressure point.   When you stop the

10:40:28 24   flow, there's still oil moving, but it's now backing up, so the

10:40:34 25   pressure of the well builds back up.

2161

10:40:37  1          So the first step and a step that all of the experts in

10:40:41  2   this case have done, is here is the measured data, where is it

10:40:46  3   going to end up.  How do we predict where we're going to have the

10:40:52  4   final pressure.

10:40:54  5   Q.  This place here where we have this last X, this is the final

10:40:59  6   pressure measurement that is taken on August the 3rd; is that

10:41:04  7   right?

10:41:04  8   A.  That's correct.

10:41:04  9   Q.  So what do you have to do to understand the final reservoir

10:41:12 10   pressure in terms of what you can see at the BOP or at the capping

10:41:20 11   stack?

10:41:20 12   A.  So best practice in reservoir engineering is to have an

10:41:26 13   analytic flow model, and what that means is something that can be

10:41:30 14   written in pen and paper, or in my specific case, an Appendix C of

10:41:36 15   my expert report.  You have a flow model that makes predictions,

10:41:40 16   there are parameters in the flow model.  You match the parameters

10:41:43 17   of the flow model to match the data as accurately as you can, and

10:41:47 18   then from that, you can determine what the final pressure is.  You

10:41:51 19   can essentially predict forward in time of where the pressure would

10:41:54 20   end up.

10:41:54 21   Q.  And is that the analysis that you have conducted in this case?

10:41:57 22   A.  Yes.

10:41:58 23   Q.  Now, just remind us again, this is the exhibit that we were

10:42:05 24   just referring to, D-23552, how is this analysis of pressure that

10:42:12 25   we're talking about here related to what we talked about in terms

10:42:16  1   of connectivity earlier?

10:42:18  2   A.  So earlier when we talked about connectivity, we looked at the

10:42:23  3   pressure analysis specifically to look at the time, how long did it

10:42:26  4   take for the pressure wave to encounter the barriers to flow at the

10:42:31  5   sides of the channel and how long did it take for the pressure wave

10:42:35  6   to encounter the barriers to flow of the south and north ends of

10:42:38  7   the field.

10:42:39  8          That was for the connectivity analysis.  Now our emphasis

10:42:44  9   here is going to shift on what is the final reservoir pressure,

10:42:47 10   using the same concept, the same flow model, but we're looking at a

10:42:51 11   different variable here.

10:42:52 12   Q.  Now, let's look at an animation that you have helped us pull

10:42:59 13   together of the Macondo well.  This is D-23553.  And I guess, first

10:43:09 14   of all, if you can just describe for Judge Barbier's benefit what

10:43:14 15   this is and how you are able to develop this animation.

10:43:19 16   A.  So, your Honor, what I prepared here is an animation.  All of

10:43:26 17   the data in this animation, incidentally, is my base case -- one of

10:43:30 18   my base case calculations that are where all of the parameters are

10:43:38 19   described in Appendix D of my report.  What we're going to be doing

10:43:42 20   here is to illustrate that data, trying to bring it to life.

10:43:45 21          Here we have the reservoir.  This is the reservoir box,

10:43:49 22   so to speak.  Mathematically, the flow can be very accurately

10:43:53 23   described -- at least the pressure response can be very accurately

10:43:56 24   described as a flow in this box.  The red color here is indicating

10:44:01 25   that initially we have a high reservoir pressure and then you're

10:44:05 1   going to see the Macondo well placed in this box here, that's where

10:44:08 2   it's located.  This is our pressure scale, that's high pressure,

10:44:13 3   that's low pressure.

10:44:14 4          And we're looking at the 20th of April, and to a good

10:44:18 5   approximation, we can assume that the pressure was uniform

10:44:21 6   throughout the reservoir because there was no flow.

10:44:26 7   Q.  Now, after shut-in, then what happens?

10:44:29 8   A.  Well, actually this isn't the shut-in.

10:44:34 9   Q.  I'm sorry.  Let's look, first, at pressure signal that you

10:44:38 10  would see?

10:44:38 11  A.  Yes.

10:44:40 12  Q.  So now, what's the pressure signal?

10:44:42 13  A.  This is the time of the accident.  This is my prediction of

10:44:46 14  what the pressure could be.  As you can see, the pressure of the

10:44:49 15  well continues to decrease.  You see these little pressure waves

10:44:53 16  moving out sort of radially and then linearly, and you are seeing

10:44:58 17  that there's an affect on the pressure.  It gets to the sides here,

10:45:01 18  it gets to the ends, and, obviously, from the diagnostic signature,

10:45:05 19  that is what enables us to find the size of the connected volume.

10:45:10 20         And the pressure is continuing to decrease as more and

10:45:13 21  more oil is coming out of the reservoir.

10:45:15 22         Then on the 15th of July there's a pause.  Now, we close

10:45:20 23  in the reservoir.  We actually have high pressure here, low

10:45:23 24  pressure here and the pressure is going to equilibrate.  And I've

10:45:27 25  shown one pressure contour that's 10,400 psi, and very slowly over

10:45:33  1    time, see almost linear flow here, the straight line pressure

10:45:35  2    contours moving towards the well, and we are going to end on the

10:45:39  3    3rd of August, which is when the well was cemented, we were close

10:45:43  4    to equilibrium, but not quite there.  And the final pressure, if we

10:45:48  5    were to run this animation from that time, would be just above

10:45:56  6    10,400 psi.

10:45:57  7    Q.  And that's what you were showing there at the very end of that

10:46:00  8    animation?

10:46:00  9    A.  Yes.

10:46:01 10    Q.  And does that represent your view of what happened with regard

10:46:09 11    to the pressure in the well?

10:46:10 12    A.  Yes.  It's one of a number of models I've run, and I consider

10:46:16 13    it a perfectly plausible representation of the pressure response of

10:46:20 14    Macondo, and it very accurately matches the measured data.

10:46:25 15    Q.  Now, let's look at the next demonstrative.  It's D-23556.  And

10:46:32 16    let's turn to the issue that we talked about just a few minutes

10:46:36 17    ago, which is conversion of the capping stack pressure to reservoir

10:46:43 18    pressure.  Okay.  And why is it that we're going to translate those

10:46:50 19    pressures?

10:46:50 20    A.  Right.  So, your Honor, we've been talking about the pressure

10:46:55 21    response and there are different ways of finding that final

10:46:59 22    reservoir pressure and the different flow models.  Myself and

10:47:04 23    Professor Gringarten have used analytic flow models,

10:47:08 24    Dr. Pooladi-Darvish did use a simulation technique, Dr. Kelkar did

10:47:10 25    essentially a curve fitting exercise.  I consider what I've done

10:47:15 1    best practice.

10:47:16 2              But in the end, that isn't the thing that causes the big

10:47:21 3    disagreement in the pressure drop variable.  Where, in terms of a

10:47:25 4    quantitative sense, the big disagreement is, is we've got

10:47:30 5    measurements here at the capping stack, but of course, we all

10:47:35 6    agree, everyone agrees that what we want to do is find the final

10:47:38 7    reservoir pressure, so we have to convert these measurements or

10:47:42 8    predictions downhole.

10:47:45 9    Q.  Now, is it right that at the time of shut-in you have a 13,000

10:47:55 10   plus foot column of oil in the well?

10:47:59 11   A.  Yes.

10:48:00 12   Q.  How does that affect what you need to do in terms of making a

10:48:06 13   calculation for this reservoir pressure using a known capping stack

10:48:12 14   pressure?

10:48:12 15   A.  Well, conceptually it's reasonably straightforward.  You know

10:48:18 16   where the capping stack is, you know where the reservoir is, you

10:48:22 17   have a wellbore that's full of oil.  The oil has a weight.

10:48:26 18   Essentially, the reservoir pressure is going to be the capping

10:48:29 19   stack pressure plus the weight of oil.

10:48:31 20   Q.  Now, if I scroll ahead or click ahead to D-23557, at the time

10:48:41 21   of shut-in, generally, what's the makeup or the composition of this

10:48:48 22   oil that's in the well?

10:48:49 23   A.  So the time of shut-in we need to make a conversion.  Again,

10:48:55 24   all of the experts in this case have made this conversion.  It's

10:48:58 25   not controversial that you need to do it, it's just how you do it

10:49:02 1   that's the issue.

10:49:04 2        So what we have here is we've been producing for 86 days.

10:49:09 3   As I said, the oil in the reservoir is hot.  It's boiling hot,

10:49:13 4   about 240 degrees F, and so that hot oil has been flowing up

10:49:18 5   through the well and it's been heating the surrounding rock.  And

10:49:23 6   so at the time of shut-in, we have a column of hot oil sitting

10:49:29 7   there in the wellbore.

10:49:30 8   Q.  I am calling up now D-23558, and the title of this

10:49:40 9   demonstrative is "The Second Law of Thermodynamics, Hot Things Cool

10:49:47 10  Down."  Why, Doctor, does that matter to this analysis?

10:49:54 11  A.  Turns out it's absolutely crucial to the analysis.

10:50:01 12       So you've got this column initially of hot oil.  Hot

10:50:07 13  things tend to be lighter, so in the beginning, relatively

10:50:13 14  speaking, the weight of the oil is not that high.  All of the U.S.

10:50:18 15  experts have calculated what it is.  They're all, as we know,

10:50:22 16  measurements of what the oil density is, it's a function of

10:50:25 17  temperature and pressure, but they've assumed a fix conversion.

10:50:28 18  They've essentially assumed that the oil stays hot.

10:50:32 19  Q.  What's the effect of that?

10:50:33 20  A.  The effect of that -- there are two effects:  One is the oil's

10:50:39 21  going to cool down, that's what we're going to talk about, or at

10:50:43 22  least that's what I discuss in my expert report.  So it tends to

10:50:47 23  understate what the weight of oil is, and that tends to say the

10:50:52 24  reservoir pressure is too high and your pressure drop is too low.

10:50:55 25  So it's a bias that understates the oil released.

10:51:00  1          It also distorts your interpretation of pressure

10:51:03  2  response, and that's also very significant.

10:51:05  3  Q.  If you have a cool column -- if you have a hot column of oil

10:51:11  4  and you're using that for your measurement, it will result in a

10:51:18  5  lower final reservoir pressure than if you account for the changes

10:51:24  6  that were to occur to that oil over time?

10:51:26  7  A.  Yes.

10:51:27  8  Q.  And a lower final reservoir pressure means that you have a

10:51:33  9  larger pressure drop?

10:51:35 10  A.  Yes.

10:51:36 11  Q.  And a larger pressure drop results in more oil, in a general

10:51:42 12  sense, flowing from the Macondo well?

10:51:45 13  A.  Yes.

10:51:45 14  Q.  So understanding the change in temperature is important to your

10:51:51 15  analysis?

10:51:51 16  A.  Yes.  Not only is it important, it's not as though we're

10:51:58 17  introducing here anything unusual.  Everyone has recognized that

10:52:02 18  this is a phenomenon, it's just I've actually gone ahead and

10:52:07 19  analyzed it using some very fundamental principles.

10:52:12 20          The reason why the oil cools down is, it starts off hot,

10:52:18 21  it's coming out of the reservoir, but of course, the capping stack

10:52:21 22  you have cold ocean, it's 40 degrees F.  As you go down, as you go

10:52:26 23  underground, the temperature essentially varies more or less at any

10:52:30 24  depth from 40 degrees at the seabed to 240 degrees at ocean depths.

10:52:37 25  So if you wait long enough, if you wait for infinite time, what's

10:52:41 1  the temperature going to be?  It has to vary nearly from 40 to 240.

10:52:44 2  There's no other possibility.  So you know it's got to cool.  It

10:52:49 3  can't be 240 everywhere.

10:52:51 4  Q.  Now, do the experts for the United States agree that this is

10:52:54 5  something that should be accounted for?

10:52:57 6  A.  Yes, as far as I can tell.  I mean, there's no disagreement.

10:53:00 7  Everyone knows hot things cool down.

10:53:03 8  Q.  And do any of the United States experts make provision for hot

10:53:07 9  things cooling down and making the proper adjustment to the weight

10:53:12 10 of the head in order to calculate a final reservoir pressure?

10:53:18 11 A.  No, they do not.  They all use a fixed conversion.

10:53:21 12 Q.  Now, have you prepared for the Court's benefit a demonstrative

10:53:27 13 to show the cooling over time?  And I am going to pull this up as

10:53:34 14 D-23559.  I would like to just answer the question as to whether or

10:53:38 15 not you've done it; and then before we get into it, I would like

10:53:42 16 for you to describe for the Court also the basis for this work.

10:53:49 17 A.  Okay.  So, your Honor, again, we're going to have a little

10:53:53 18 animation, but the animation is based on data that's presented in

10:53:59 19 Appendix B of my expert report.

10:54:02 20     So what we're showing here is at the time of choke

10:54:07 21 closure, in fact, just before the time of choke closure here, we

10:54:12 22 have the oil sitting here.  It's shown in red, which represents it

10:54:17 23 being hot.  The ocean is cold, that represents 40 degrees F.  And

10:54:24 24 way away from the well, the temperature goes from about 40 degrees

10:54:29 25 F down to 240 in the way I described.

10:54:33  1          So what we show here is the temperature.  It's not the

10:54:36  2   temperature at any location, it's actually the temperature just

10:54:38  3   below the seabed when I calculate.  So it's the temperature just

10:54:42  4   below the seabed in the oil as a function of time, and in

10:54:47  5   particular, from the 15th of July when the well was shut-in to the

10:54:50  6   3rd of August when the well was cemented.

10:54:55  7   Q.  You tell me when you're ready to go forward.  Is this a good

10:54:58  8   time to click forward?

10:54:59  9   A.  Yes, let's run.

10:55:01 10   Q.  So what are we showing here?

10:55:04 11   A.  So what we're showing here, this is the temperature profile in

10:55:06 12   the well and here we have the time.  We're slowing down for the

10:55:09 13   first day.  Notice in the first day, right, the oil is really hot,

10:55:13 14   it cools down really quite rapidly.  And now it's speeding up the

10:55:17 15   video, and you can see subsequently we get more and more cooling

10:55:21 16   but it's much slower.

10:55:23 17          So as you would expect, if you got a boiling hot cup of

10:55:26 18   coffee, it's going to cool down quite rapidly to begin with.  When

10:55:30 19   it's lukewarm, the rate of cooling is going to be much less.

10:55:35 20   Q.  Have you conducted the calculation as to what the final

10:55:43 21   reservoir pressure will be if we take into account the second law

10:55:50 22   of thermodynamics, hot things cool down.

10:55:53 23   A.  Yes.  I mean, the calculation, the details, the mathematical

10:55:58 24   details are in Appendix B of my report, but the principles are

10:56:01 25   really very sound.  And actually, they're well established and

10:56:05  1   recognized in petroleum engineering.

10:56:07  2           All I'm doing here, your Honor, is conserving energy.

10:56:10  3   We've got energy in the formation, heat energy in the formation,

10:56:15  4   we've got heat energy in the oil, and I'm simply conserving energy.

10:56:18  5   Mathematically, the equations are actually rather similar to what

10:56:23  6   you see in the pressure analysis.

10:56:25  7   Q.  You take account of the second law of thermodynamics, and the

10:56:30  8   experts for the government use a constant hydrostatic head as I

10:56:34  9   appreciate it?

10:56:34 10   A.  That's correct.

10:56:35 11   Q.  And let's look at D-23560.  What difference does it make in the

10:56:48 12   analysis that you have conducted versus Drs. Kelkar and

10:56:56 13   Pooladi-Darvish?

10:56:56 14   A.  So as I said, there are two components.  One is what model do

10:57:00 15   you use, essentially, to move the capping stack pressures further

10:57:03 16   in time.  But that's not the big difference, the big difference is

10:57:05 17   how you do this conversion.  And because I am allowing for this

10:57:08 18   cooling, in general, as things cool down they get denser, the

10:57:16 19   weight of oil is larger.  I'm accounting for that.  And of course,

10:57:20 20   that's the major difference in our pressure drop calculations.

10:57:24 21           So if you compare with Dr. Kelkar, Dr. Kelkar has already

10:57:29 22   shown this in his testimony, he does get a slightly larger pressure

10:57:33 23   drop.  But the difference, to be honest, I mean, it's 220,000

10:57:37 24   stock-tank barrels, isn't the biggest disagreement between us.  So

10:57:41 25   there is a difference, but it's not as significant as the others.

10:57:45 1        But for Dr. Pooladi-Darvish, it is very significant.

10:57:49 2   What I've shown here is his pressure drop for his base case.  And

10:57:53 3   in my opinion, he is using an implausibly small weight of oil, a

10:58:00 4   small and fixed weight of oil to do his conversion.  And that's the

10:58:04 5   principle reason for the disagreement between us, and that does

10:58:07 6   have a significant impact on the calculations.

10:58:09 7   Q.  Does this slide reflect the calculations that you have made as

10:58:13 8   to the difference that this factor makes in the outcomes of

10:58:20 9   Drs. Kelkar and Pooladi-Darvish?

10:58:21 10  A.  Yes.

10:58:25 11  Q.  Let me now turn to just the basic issue of differences between

10:58:30 12  your approach and Dr. Kelkar's material balance approach.  This is

10:58:36 13  slide D-23561.  And, Dr. Blunt, I don't think we need to go through

10:58:46 14  every one of these, but if you could quickly walk through the

10:58:49 15  differences that exist between your values and those of the United

10:58:55 16  States and why they matter.

10:58:57 17  A.  Okay.  There are essentially differences in our approach to the

10:59:02 18  three key variables.  And the things that are ignored in

10:59:08 19  Dr. Kelkar's analysis, and to some extent in Dr. Pooladi-Darvish's

10:59:14 20  analysis, also introduce a bias.  So if we're looking at the

10:59:17 21  connected oil volume, if you just take the full seismic volume,

10:59:21 22  you're assuming 100 percent connectivity.  Well, connectivity can't

10:59:25 23  be greater than a hundred percent, and it really is highly unlikely

10:59:30 24  that it is a hundred percent.  So that overstates that.

10:59:34 25        When we look at compressibility, we discussed this,

10:59:39  1   rather than going to the primary source material, which is the

10:59:44  2   measured data, they're looking at sort of upsides on

10:59:47  3   compressibility that I don't consider supported by the scientific

10:59:50  4   evidence.  And again, that introduces a bias.

10:59:55  5          And then, when it comes to the pressure analysis, the

10:59:58  6   principle thing is that assuming that this wellbore oil doesn't

11:00:01  7   cool down or ignore the cooling in the calculations, and that, too,

11:00:06  8   introduces a bias.

11:00:09  9   Q.  Dr. Blunt, just one final slide on this looking at Dr. Kelkar's

11:00:14  10  approach.  Does this slide reflect -- and this is Demonstrative

11:00:21  11  D-23562.  Does this reflect the values that you have described for

11:00:29  12  the Court today in terms of your outcome as well as what

11:00:36  13  Dr. Kelkar's outcome would be in terms of total barrels if the

11:00:40  14  appropriate adjustments were made?

11:00:42  15  A.  Yes, it does.  His mid range value is about five million

11:00:46  16  barrels of oil.  What I've shown here is if, instead, we put in the

11:00:52  17  values that come out in my analysis, these are what the corrections

11:00:56  18  would be.  The most significant correction is, I think we've

11:01:00  19  already talked about, is the rock compressibility number.  But

11:01:03  20  there are also other corrections for the oil volume and the

11:01:07  21  pressure depletion.

11:01:09  22  Q.  Thank you, Dr. Blunt.  I want to come back, now, and explore

11:01:13  23  just a couple of topics in a little more detail.  First of all,

11:01:17  24  this is in the area of consistency checks and work that you've

11:01:22  25  done.  There's been discussion in the case about reservoir

11:01:27  1   simulation by experts for the United States.  And I'll just ask you

11:01:31  2   in the context of that, and this slide that we have here, which is

11:01:35  3   D-23563, what input is typically used in those flow rate

11:01:43  4   calculations?

11:01:47  5   A.  Yes.  Another rock property that we've already heard a lot of

11:01:51  6   discussion about is permeability.  And Dr. Pooladi-Darvish has

11:01:55  7   presented a reservoir simulation model, and what you do in

11:02:02  8   reservoir simulation model is you're predicting flow rates over

11:02:05  9   time.  And in the reservoir, for a given pressure drop, the flow

11:02:10 10   rate is proportional to permeability.  So permeability is a very

11:02:15 11   important input into a reservoir simulation.  Essentially, you

11:02:20 12   double the permeability, you're going to double the flow rate.

11:02:24 13   Q.  We've heard the statement that permeability is proportional to

11:02:28 14   flow rate.  Is that the same thing that you're saying?

11:02:31 15   A.  That is correct.  For the same pressure drop.  But

11:02:35 16   Dr. Pooladi-Darvish, as I am and as other experts are doing, he is

11:02:38 17   matching the pressure data.  So we've got the same pressure data,

11:02:42 18   that isn't changing; but if you change the permeability, you're

11:02:45 19   going to change your predictions of flow rate.

11:02:47 20   Q.  So let's just do just a very short tutorial on the issue of

11:02:55 21   permeability, what it is and how it affects flow.  And I've put up

11:03:00 22   D-23564.  And, Dr. Blunt, can you use this to describe the context

11:03:07 23   of permeability and how it relates to the values that you are

11:03:14 24   looking at when you are trying to ascertain total flow from a well?

11:03:18 25   A.  Yes.  So I think we talked about this concept of the Macondo

11:03:23  1   reservoir being this sand where the grains have been fused

11:03:27  2   together, but permeability is how easily the oil can flow between

11:03:33  3   these fused grains.  And it's very subtly dependent on the details

11:03:40  4   of the pore structure.  What we show on the left with these arrows

11:03:44  5   being blocked is that the grains are arranged such that we don't

11:03:48  6   really get much flow, so that would be a low permeability.

11:03:52  7   Essentially, it's like, you know, driving along a road network

11:03:55  8   where there are lots of road works and everywhere you try and go

11:03:59  9   you're blocked.

11:04:00  10       The high permeability is more where the nice freeways and

11:04:05  11  there's access to flow.  There are connected pathways through the

11:04:10  12  pore space.  So we are looking here at the microscopic level,

11:04:13  13  that's fundamentally what controls permeability, and it is an

11:04:16  14  important number and absolutely vital number to get right in any

11:04:20  15  reservoir simulation.

11:04:21  16  Q.  And how is this number derived in the context of the

11:04:25  17  information that's available to you and others to evaluate this

11:04:30  18  reservoir?

11:04:30  19  A.  There are a number of different ways in which permeability can

11:04:36  20  be evaluated being such important concept.  It's not a surprise

11:04:41  21  that that's the case.  So, your Honor, the most direct way is take

11:04:47  22  a sample of rock from the reservoir and you measure permeability in

11:04:51  23  the laboratory.  And that was done for Macondo.  It was done on, I

11:04:55  24  think, 16 different core samples.  And the average permeability,

11:04:59  25  again, looking at the data, is about 360 millidarcies.

```
11:05:03   1          But there are two other methods.  The other is actually
11:05:05   2   to use the logs.  The reason why there's the downhole measurements
11:05:10   3   after drilling the well, the reason why I use those is, rather than
11:05:14   4   just looking at 16 small core samples, you get a permeability
11:05:18   5   through the 93 feet that you encounter.  BP got a value of about
11:05:23   6   220 millidarcies.
11:05:25   7          And then you're thinking, well, that's actually quite
11:05:28   8   different.  We haven't really pinned this number down.
11:05:32   9          So the gold standard in reservoir engineering is the
11:05:35  10   permeability controls the flow out to the well.  So what you should
11:05:39  11   be using to measure permeability is information from flow.  So what
11:05:47  12   you do is you do a pressure analysis of oil flow, and from that you
11:05:54  13   get a permeability that isn't measured on a small rock sample,
11:05:58  14   isn't even just looking near the well, it's giving you an average
11:06:03  15   around the well.  And an average that may extend out hundreds or
11:06:07  16   even thousands of feet.  And that's the gold standard.  That's the
11:06:10  17   best number to use.
11:06:13  18   Q.  So this test that allows you to measure flow, how is that done?
11:06:17  19   A.  There are two ways:  The first was before the accident there
11:06:25  20   was what's called this MDT tool.
11:06:27  21   Q.  April 12th?
11:06:28  22   A.  April 12th.  And that extracted oil from the formation and the
11:06:33  23   pressures and the rates and the flow rates were measured from which
11:06:37  24   you can make a determination of permeability.  I have not done
11:06:40  25   that, your Honor.  That's the expert analysis of Professor
```

Gringarten.

Q.  Okay.  Now, let's talk about the government's analysis here.
What, if anything, is wrong with the government's estimates of
permeability?  And I'll cite you to D-23565A, please.

A.  So the other method -- and again, this is standard well test
analysis -- is you look at the measured pressures from the well
when you close in the well.  That's exactly what was done with the
capping stack.

         So what I am showing in this graph -- and again, it's a
replot, actually, of one of the graphs we've shown earlier, your
Honor.  This is the increase in pressure, so from choke closure,
this is the increase, how much did the pressure go up?  The red is
just the data.  It's the data on the capping stack.  So the
pressure went up, as I've said, by about 400 psi.

         This is time, this logarithmic axis so it sort of
stretches out the early time and compresses the late time.  So this
is about 1 hour, 10 hours, 100 hours, and this goes out now to two
weeks.

Q.  Why do you have 300 millidarcies with wellbore cooling and
greater than 500 millidarcies when cooling is ignored?  What is the
significance of that?

A.  This is very significant in the sense that what the government
experts have done is they've taken the capping stack data and
they've converted to the reservoir with a fixed number, so the
increase that they think they see in the reservoir is the same

11:08:34  1   increase that you see at the capping stack.

11:08:36  2        What's the consequence of that?  So they think the

11:08:39  3   reservoir pressure is increasing slowly.  What does that mean

11:08:44  4   physically?  For a given flow rate, let's assume, which there is,

11:08:52  5   there is a flow rate on the final day.  So let's consider that

11:08:56  6   fixed.

11:08:58  7        If you've got a high permeability reservoir, it's easy to

11:09:05  8   flow, which means the pressure drop is low.  So the pressure in the

11:09:10  9   reservoir doesn't decrease that much, and then when you stop the

11:09:13 10   flow, the pressure doesn't build up that much.  So what you see is

11:09:17 11   a pretty gradual rise.  So this gradual rise means high

11:09:22 12   permeability.

11:09:23 13        So Dr. Pooladi-Darvish, for instance, in his simulation

11:09:26 14   models, he does match the capping stack pressure; and when he

11:09:31 15   matches the capping stack pressure, he gets permeabilities of

11:09:35 16   around 500 millidarcies or more.  That's entirely consistent with

11:09:39 17   him ignoring wellbore cooling.

11:09:42 18        It's also entirely wrong.  Because as I showed in that

11:09:46 19   little animation, your Honor, in the first day, certainly in the

11:09:51 20   early periods, there's this rapid cooling of the oil.  What does

11:09:56 21   that mean?  That means the oil is getting heavier and it's getting

11:09:59 22   heavier faster.  So imagine that weight of oil pushing down on the

11:10:03 23   reservoir.  Over time it's pushing down more and it's pushing down

11:10:07 24   more quickly.

11:10:08 25        What does that lead to?  It leads to the reservoir

1    pressure, which is in green.  This is my conversion.  The reservoir

2    pressure is increasing faster.  What does that mean physically for

3    the given flow rate?  If the permeability is low, right, you have

4    to have a big pressure drop.  It's like trying to suck a straw with

5    a thick milkshake.  When you close in the well, the pressure

6    bounces back up rapidly.

7            So the true pressure response in the reservoir, if you

8    obey conservation of energy, basic physics, is actually the

9    reservoir pressure is rising quite rapidly.  The permeability is

10   almost certainly no more than 300 millidarcies; but by ignoring

11   this, this is where the government experts have, I would have to

12   say, mislead themselves, even though they've matched the pressure,

13   into thinking that the reservoir permeability must be 500

14   millidarcies.

15   Q.  Let's look at D-23566 and talk just for a minute about

16   permeability in terms of your view and that of the other experts.

17   So I want to ask you, first of all, with regard, Dr. Blunt, to your

18   pressure analysis of 300.  How did you make this calculation?

19   A.  So this calculation was using the industry standard.  Almost

20   the textbook analysis of what's called this radial flow period.

21   Now, so that gives me approximately 300 millidarcies.

22   Q.  Then, in your report, I believe, that you used the value of

23   329, higher than what you evaluated it as.  Why are you using 329

24   to evaluate the reservoir?

25   A.  Well, this is all part of my conservative approach, so as

11:12:11  1    not -- if anything, to err on the side of more oil released.

11:12:15  2          As I said, I used a textbook pressure analysis, but I do

11:12:22  3    need to assume a final day flow rate.  And of course, there are

11:12:26  4    uncertainties in that determination.  A determination incidentally

11:12:28  5    that I have not made.

11:12:29  6          The advantage with Professor Gringarten is that this is

11:12:32  7    an independent measurement made before the accident.  But erring on

11:12:36  8    the conservative side, I don't take his mid range case, I take his

11:12:40  9    highest possible case.  It's totally consistent with what I see.

11:12:44 10    There's no disagreement because there's a range of values, but I've

11:12:48 11    taken the highest possible value of permeability that is consistent

11:12:51 12    with the evidence.

11:12:52 13    Q.  If you used your calculated value of 300 instead of

11:12:57 14    Dr. Gringarten's value of 329, what would that do to your

11:13:07 15    calculation on the most likely flow from the Macondo well?

11:13:09 16    A.  It would decrease my value.  But I do have to emphasize, unlike

11:13:14 17    the reservoir simulation models, my determination of oil released

11:13:18 18    isn't proportional to permeability.  So if you make a 10 percent

11:13:22 19    decrease in permeability, you might see about a one percent change

11:13:26 20    in my determination of oil released.  So it will make a difference,

11:13:28 21    but a small difference.

11:13:30 22    Q.  New topic.  Aquifer.  There was discussion yesterday about the

11:13:39 23    possibility of an aquifer at the Macondo reservoir, and testimony

11:13:43 24    that you assumed that there was no flow contribution from an

11:13:49 25    aquifer without investigating the issue.  I'll ask you, Dr. Blunt,

11:13:54  1   did you look into the issue of aquifer?

11:13:58  2   A.  Yes, I did.

11:14:01  3   Q.  Could we see TREX 1553.47 at page 47.  And just in the interest

11:14:16  4   of time, if you could go to the paragraph -- the sentence that

11:14:22  5   begins, "The clear signal of channel flow."  I'll just ask you,

11:14:29  6   Dr. Blunt, to look at this callout and then explain to the Court

11:14:33  7   what work did you in order to understand the issue of possible

11:14:37  8   aquifer.

11:14:37  9   A.  Yes.  There are two main pieces of evidence.  The first one is

11:14:45 10   my own pressure analysis.  I was only able to get an accurate

11:14:50 11   representation of the pressure response by having no-flow

11:14:55 12   boundaries; by which, I mean barriers to flow on all sides of the

11:15:01 13   reservoir.

11:15:02 14        So that strongly indicates that there is no aquifer

11:15:05 15   support.  There's no evidence that we're seeing a drainage region

11:15:09 16   that extends beyond the oilfield.  You would see a different

11:15:12 17   pressure signature, particularly when you look after 19 days.

11:15:17 18        The second piece of evidence is not an analysis that I've

11:15:20 19   performed, but that of the expert report of Professor Gringarten.

11:15:24 20   Professor Gringarten is probably the world's greatest expert on

11:15:28 21   pressure transient analysis and he's pioneered a method called

11:15:33 22   deconvolution.  What that allows him to do is not just look at

11:15:36 23   19 days of data, but essentially to look at the whole period, so 19

11:15:40 24   plus 86 days.  So he is looking at over 100 days effectively.

11:15:46 25        And there he sees the diagnostic X-ray signature of the

11:15:49  1    pressure response, a clear signal that you are producing oil from a

11:15:54  2    contained box.  So that essentially excludes aquifer support.  It's

11:15:58  3    not an assumption, it's a determination from the data.

11:16:03  4    Q.  Let's go to D-23567.  I'll just ask you -- 23567.

11:16:25  5            MR. CERNICH:  Your Honor, I am going to object.  This

11:16:29  6    doesn't appear in Professor Blunt's report.  He doesn't rely on

11:16:34  7    Professor Zaldivar at all for flow rate schedule.

11:16:39  8            MR. BROCK:  I believe this document is in his report,

11:16:46  9    isn't it?

11:16:46 10            THE COURT:  Is this an exhibit from your report?

11:16:48 11            THE WITNESS:  It's a graph from my report where I've

11:16:51 12    simply scaled the Y axis by multiplying all of the numbers by

11:16:56 13    45,000 stock-tank barrels a day, and I've included the box from

11:17:01 14    Dr. --

11:17:01 15            THE COURT:  Is this exactly what was in your report or

11:17:03 16    did you add something?

11:17:04 17            THE WITNESS:  I've added things to it, your Honor.

11:17:07 18            THE COURT:  Okay.  That's the question.

11:17:09 19            MR. CERNICH:  And your Honor, Dr. Zaldivar's work is not

11:17:12 20    anywhere cited in Professor Blunt's report and it's not on his

11:17:15 21    considered list.

11:17:16 22            MR. BROCK:  Your Honor, this is a demonstrative we expect

11:17:20 23    to elicit evidence that will demonstrate the range of flow that

11:17:26 24    occurred with slug flow when Dr. Zaldivar testifies.  So I will not

11:17:34 25    discuss that with Dr. Blunt, I don't need to discuss that with him

11:17:39  1    to make the point I need to make with this slide.  But this is a

11:17:43  2    demonstrative that will show a fact that will be proved in the case

11:17:49  3    and his consistency with that.

11:17:52  4            MR. CERNICH:  I would like it to be clear on the record,

11:17:54  5    your Honor, that Professor Blunt didn't rely on Dr. Zaldivar's work

11:18:00  6    and that he did not use that in any way in his analysis.

11:18:03  7            THE COURT:  Is that correct?

11:18:05  8            THE WITNESS:  That is indeed correct.  Yes.

11:18:07  9            MR. BROCK:  I don't have any problem with that.  That's

11:18:11  10   fine.

11:18:17  11   BY MR. BROCK:

11:18:18  12   Q.  Dr. Blunt, I'll just ask you to use this diagram here to

11:18:22  13   describe for the Court how your calculation applies to the final

11:18:30  14   day flow rate and how this diagram here is relevant to your

11:18:36  15   analysis.

11:18:37  16   A.  So, your Honor, in Appendix E of my report, I devote a whole

11:18:44  17   appendix to addressing one of the concerns that's been raised by

11:18:49  18   Dr. Pooladi-Darvish and Dr. Kelkar concerning flow rate history.

11:18:56  19   It is true that the pressure response is affected by the flow rate

11:19:02  20   history.  So what I, first of all, did is I checked out if we look

11:19:05  21   at different possible flow rate histories, and this is one of a

11:19:09  22   number of cases that I do examine in my expert report, it does not

11:19:14  23   affect my quantitative calculations, so I am not hinging my

11:19:19  24   analysis on a particular assumption of what the flow rate schedule

11:19:25  25   might be.

11:19:26  1          But what I am simply illustrating here -- and I am not

11:19:29  2   advancing an opinion on what the flow rate history should be, is we

11:19:33  3   have here a flow rate history that starts low, reaches a maximum,

11:19:39  4   declines by the time flow is stopped, with a final flow rate that

11:19:46  5   is broadly consistent with expert analysis and which has a

11:19:51  6   cumulative flow consistent with my material balance analysis.

11:19:54  7          So all I am trying to say here, your Honor, is there may

11:19:58  8   or may not be erosion of a particular form.  There may be a final

11:20:03  9   flow rate, but that doesn't invalidate my analysis.  There are

11:20:07 10   possible flow rate schedules that I've put through my analysis that

11:20:10 11   give me the same cumulative oil release that are entirely

11:20:13 12   consistent with that.

11:20:15 13   Q.  The Court will be glad to know I am not going to use any backup

11:20:20 14   slides.

11:20:22 15          So just to summarize, Dr. Blunt, your opinion is that the

11:20:30 16   best analysis would reflect that 3.26 million stock-tank barrels of

11:20:38 17   oil flowed from the Macondo well; that higher cumulative flow

11:20:45 18   rates, that is outside your bounds, such as higher rock

11:20:51 19   compressibility would not honor the data that we have in this case;

11:20:57 20   and that data from sources before and after the incident avoid the

11:21:03 21   difficulties and complexities of calculating daily flow rates and

11:21:10 22   give the best estimate, from your perspective, of the total flow

11:21:14 23   from the Macondo well?

11:21:16 24   A.  Yes.  I agree with that.

11:21:19 25          MR. BROCK:  Thank you, Dr. Blunt.

| | | |
|---|---|---|
| 11:21:20 | 1 | THE COURT:  All right.  Mr. Cernich. |
| 11:21:31 | 2 | We will go for about 30, 35 minutes and then we will |
| 11:21:41 | 3 | recess for lunch. |
| 11:21:43 | 4 | MR. CERNICH:  Thank you, your Honor. |
| 11:22:30 | 5 | THE COURT:  Go ahead. |
| 11:22:31 | 6 | MR. CERNICH:  May it please the Court, Scott Cernich for |
| 11:22:34 | 7 | the United States, your Honor. |
| 11:22:36 | 8 | CROSS-EXAMINATION |
| 11:22:37 | 9 | BY MR. CERNICH: |
| 11:22:38 | 10 | Q.  Good afternoon, Dr. Blunt.  I have you on cross-examination. |
| 11:22:41 | 11 | Isn't it true that BP has named you its principal |
| 11:22:44 | 12 | testifying expert in this case? |
| 11:22:45 | 13 | A.  It's the title you mentioned to me at my deposition, so I am |
| 11:22:48 | 14 | aware of it, yes. |
| 11:22:49 | 15 | Q.  And you weren't aware of that before I mentioned it to you at |
| 11:22:53 | 16 | your deposition? |
| 11:22:54 | 17 | A.  Actually, I wasn't. |
| 11:22:54 | 18 | Q.  What does it mean to be BP's principal testifying expert? |
| 11:22:58 | 19 | A.  Honestly, I don't know.  If you take the word principal |
| 11:23:03 | 20 | literally, I suppose I come first. |
| 11:23:05 | 21 | Q.  And your best estimate is 3.26 million barrels were released |
| 11:23:12 | 22 | from the Macondo reservoir? |
| 11:23:13 | 23 | A.  Yes, it is. |
| 11:23:14 | 24 | Q.  And in your report, you say that yours and Professor |
| 11:23:18 | 25 | Gringarten's determinations of cumulative flow are independent and |

11:23:21  1    involve distinct approaches, don't you?

11:23:23  2    A.  I think that's what I said in my report.

11:23:25  3    Q.  But that's not quite accurate, is it?

11:23:28  4    A.  I think I also state that we have some methodology in common.

11:23:32  5    We both perform a well test analysis, for instance.

11:23:35  6    Q.  Could we go to D-21165.  In fact, you rely explicitly on

11:23:44  7    Professor Gringarten's permeability calculations for your analysis;

11:23:48  8    isn't that right?

11:23:49  9    A.  That is correct, but I've also advanced my own opinions on the

11:23:51 10    permeability of Macondo.

11:23:53 11    Q.  Right, a permeability based on an assumed flow rate?

11:23:56 12    A.  Yes, to do the capping stack calculation, I did need to have to

11:24:03 13    have a flow rate.  But I've also discussed other numbers for

11:24:07 14    permeability based on other sources of data that do not require a

11:24:10 15    flow rate.

11:24:11 16    Q.  But the 300 millidarcies that you testified to on direct with

11:24:14 17    Mr. Brock was based on an assumed flow rate of 45,000 barrels per

11:24:20 18    day?

11:24:20 19    A.  That is correct.

11:24:20 20    Q.  And Professor Gringarten also calculated the total amount of

11:24:26 21    oil released from the Macondo reservoir, didn't he?

11:24:28 22    A.  Yes.

11:24:29 23    Q.  And --

11:24:32 24            THE COURT:  Excuse me, Mr. Cernich, let me ask Dr. Blunt.

11:24:36 25    Where did you get the 45,000 barrels per day, where did that come

11:24:39 1    from?

11:24:41 2          THE WITNESS:  At the time I wrote my expert report, I

11:24:46 3    didn't know what the final day flow rate was, but I did have the

11:24:49 4    expert report of Dr. Pooladi-Darvish.  So what I did is I took the

11:24:52 5    final day flow rate from his base case, but there's a technical

11:24:57 6    issue, your Honor.  To calculate permeability, it's not a flow rate

11:25:02 7    in stock-tank barrels that I need but a reservoir condition flow

11:25:08 8    rate because it's flowed from the reservoir.

11:25:09 9          So what I did was I took Dr. Pooladi-Darvish's base case,

11:25:13 10   I converted it to reservoir conditions using his conversion, and

11:25:17 11   then I converted it back using my conversion.

11:25:19 12         Now, I didn't get exactly 45,000 barrels a day, I think

11:25:23 13   it was something like 46,000, I don't know the exact number.  I

11:25:28 14   didn't know whether or not that was right, so I used a round number

11:25:31 15   as my assumption.  So broadly speaking, I would consider it

11:25:35 16   consistent with the final day flow rate determination from

11:25:39 17   Dr. Pooladi-Darvish.

11:25:42 18         MR. CERNICH:  Your Honor, I am going to move to strike

11:25:44 19   that testimony.  I asked Dr. Blunt during his deposition where he

11:25:47 20   got his flow rate.  He did not tell me that he got it from

11:25:51 21   Dr. Pooladi-Darvish's work.

11:25:52 22         THE COURT:  I prompted, I asked the question, so you

11:25:55 23   can't blame him for giving the answer.

11:25:57 24         MR. CERNICH:  I understand.

11:25:59 25         THE COURT:  But if he said something different in his

11:26:02 1    deposition, you can certainly bring that out.

11:26:04 2            MR. CERNICH:  I will.

11:26:05 3    BY MR. CERNICH:

11:26:06 4    Q.  Professor Blunt, I asked you in your deposition where you got

11:26:08 5    the 45,000-barrel-per-day flow rate, didn't I?

11:26:11 6    A.  Yes, you did, and I said it was a round number, which indeed it

11:26:14 7    was.  It's not directly from Dr. Pooladi-Darvish.

11:26:18 8    Q.  And you didn't mention Dr. Pooladi-Darvish when I asked you

11:26:21 9    where you got that flow rate?

11:26:24 10   A.  I don't recall mentioning Dr. Pooladi-Darvish.  That was the

11:26:27 11   motivation why I chose, say, 45,000 rather than 30,000 or 60,000,

11:26:33 12   your Honor.  But it was a round number.  I am not suggesting that I

11:26:36 13   did it exactly strictly from the calculation of

11:26:39 14   Dr. Pooladi-Darvish, but as a, as one would say, a

11:26:41 15   back-of-the-envelope calculation, it seemed broadly consistent with

11:26:45 16   the expert -- with the expert reports that I had seen at the time.

11:26:49 17   Q.  And that conversion is based on you using single-stage FVF

11:26:54 18   rather than a multi-stage FVF, correct?

11:26:57 19   A.  Yes.

11:26:57 20   Q.  Now, Dr. Gringarten started with an assumed flow rate schedule,

11:27:01 21   didn't he?

11:27:05 22   A.  I think he did, yes.  I don't recall every detail of his expert

11:27:08 23   report.

11:27:08 24   Q.  Do you recall agreeing with me at your deposition that he

11:27:13 25   started with an assumed flow rate schedule?

11:27:15  1   A.  Again, that's perfectly reasonable, yes.

11:27:18  2   Q.  Can we go to D-22100.  Professor Blunt, this is a flow rate

11:27:29  3   schedule that Dr. Gringarten assumed in preparing his analysis;

11:27:33  4   isn't that right?  This is from his report?

11:27:36  5   A.  I will assume it is.  I can't recall it directly, but I have no

11:27:41  6   reason to disagree with you.

11:27:41  7   Q.  You read Dr. Gringarten's report, didn't you?

11:27:44  8   A.  I have, yes.

11:27:45  9   Q.  And this flow rate schedule here assumes 30,000 stock-tank

11:27:49 10   barrels per day for April 20th to May 31st and 45,000 stock-tank

11:27:54 11   barrels per day from June 1st until shut-in; isn't that right?

11:27:58 12   A.  That's what I can see, yes.

11:28:00 13   Q.  And the integral for that assumed flow rate schedule is

11:28:03 14   3.26 million barrels, isn't it?

11:28:06 15   A.  I don't think that's quite right.  I think if you do the

11:28:11 16   calculation properly, it's not 41, it's 42 days.

11:28:18 17   Q.  So it's just a little more than 3.26 million barrels, isn't it?

11:28:24 18   A.  I think doing the math, it's 3.29, yes.

11:28:27 19   Q.  Do you know the basis for this step rate change in flow rate

11:28:36 20   from 30,000 to 45,000 barrels on Day 41?

11:28:39 21   A.  I don't actually, no.

11:28:41 22   Q.  You were retained by BP in this matter in September 2011, a

11:28:45 23   year after the Macondo well was cemented in, correct?

11:28:50 24   A.  Yes.

11:28:50 25   Q.  And isn't it true that Imperial College conducts research for

11:28:54  1   BP in the areas of reservoir characterization?

11:28:57  2   A.  Yes, sir.

11:28:58  3   Q.  And seismic --

11:29:00  4   A.  Yes, and seismic.  I definitely know in seismic, yes.

11:29:04  5   Q.  And so you said you assumed so on reservoir characterization?

11:29:08  6   A.  As I sit here today I'm afraid, Mr. Cernich, I can't remember a

11:29:13  7   specific project involving reservoir characterization, but I

11:29:17  8   certainly can recall a specific project on seismic.

11:29:20  9   Q.  Professor Blunt, weren't you chair of the Imperial College

11:29:23 10   earth science and engineering department from 2006 to 2011?

11:29:26 11   A.  I was, yes.

11:29:26 12   Q.  And your specialty is reservoir engineering, isn't it?

11:29:28 13   A.  Yes.

11:29:28 14   Q.  Now, BP also -- I'm sorry.  Imperial College also conducts

11:29:37 15   research for BP in process modeling and climate change?

11:29:39 16   A.  Again, I am aware of research in climate change, not

11:29:42 17   specifically on process modeling.

11:29:43 18   Q.  And BP tauted that relationship in a press release last year

11:29:48 19   about donating $100 million to UK universities, including Imperial

11:29:52 20   College, didn't they?

11:29:53 21   A.  I think I understand the context of what you're saying, but

11:29:59 22   again, I don't recall the details.  I am not involved in that

11:30:01 23   project.

11:30:01 24   Q.  Can we go to TREX 130539, and this is a BP press release

11:30:07 25   entitled "BP Pledges 100 Million to UK-led Universities to Create

11:30:12 1    Industry Changing Materials."  Did I read that correctly?

11:30:16 2    A.  Yes.

11:30:16 3    Q.  And Imperial College is one of those UK universities?

11:30:20 4    A.  I think it is, but as I said, I'm afraid I am not involved in

11:30:24 5    this project.

11:30:25 6    Q.  Can we go to TREX 130539.0002.  And here it says, "Imperial

11:30:34 7    College London, conducts a wide range of research for BP including

11:30:37 8    in the areas of reservoir characterization, process modeling,

11:30:41 9    climate change, seismic imaging and urban energy systems."  Did I

11:30:45 10   read that correctly?

11:30:46 11   A.  Yes.

11:30:46 12   Q.  And isn't it true that three of BP's other experts in this case

11:30:50 13   are also professors at Imperial College, Professor Gringarten,

11:30:53 14   Professor Zimmerman and Professor Trusler?

11:30:56 15   A.  That's correct.

11:30:57 16   Q.  And you explicitly rely on your colleagues from Imperial

11:31:01 17   College for the key inputs into your analysis; isn't that right?

11:31:04 18   A.  I do use some of their expert analysis in my determination.

11:31:10 19   Q.  Can we go to D-21162.  You already testified that you directly

11:31:20 20   input Professor Gringarten's permeability into your analysis; is

11:31:23 21   that right?

11:31:24 22   A.  That is correct.  But I also have my own opinion on

11:31:27 23   permeability.

11:31:28 24   Q.  But the one that you used to do your cumulative flow rate

11:31:32 25   calculation is Professor Gringarten's P90 permeability from his MDT

11:31:38  1   analysis; isn't that right?

11:31:39  2   A.  That's correct.  I think we need -- these P90, P10s can get a

11:31:45  3   bit confusing.  It's his upper bound permeability.

11:31:49  4   Q.  I'm sorry, his P10.  I did have that reversed.  His P10 number.

11:31:53  5   You used that specific number, 329 millidarcies, put it into your

11:31:56  6   calculation and you come up with your cumulative flow rate?

11:31:59  7   A.  That's correct.  And as I've described, there are other

11:32:02  8   possible numbers I could have done, and I erred on the side of

11:32:06  9   having the highest permeability that was consistent with the data.

11:32:09  10  Q.  And you used pressure data that was developed by Professor

11:32:13  11  Trusler, correct?

11:32:14  12  A.  Yes.

11:32:14  13  Q.  And you needed that pressure data to do your analysis?

11:32:16  14  A.  Well, I needed pressure data before Professor Trusler's data

11:32:21  15  was available.  There was other data actually that I had analyzed

11:32:25  16  before I wrote the final version of my report.  But you're right,

11:32:30  17  the data I used was that interpreted by Professor Trusler.

11:32:34  18  Q.  And you used Professor Zimmerman's rock compressibility

11:32:38  19  numbers; is that right?

11:32:39  20  A.  Again, that's correct.  I have my own opinion on rock

11:32:43  21  compressibility, but as I've said already, I defer to his superior

11:32:47  22  expertise in that area.

11:32:47  23  Q.  But just to be clear on the record, you have your own opinions,

11:32:53  24  but what you use in your quantitative, cumulative flow rate

11:32:58  25  calculation is Professor Zimmerman's number?

11:33:00  1   A.  Yes, that's right.

11:33:01  2   Q.  Now, you were first contacted on BP's behalf by your Imperial

11:33:09  3   College colleague professor Geoff Hewitt; isn't that right?

11:33:13  4   A.  Yes.

11:33:13  5   Q.  Isn't it true, Professor Blunt, that BP hired Professor Hewitt

11:33:17  6   in July of 2010 to provide an independent assessment of flow rate

11:33:20  7   at the time of Macondo well integrity test?

11:33:22  8   A.  Mr. Cernich, you did mention that at my deposition.  Actually,

11:33:28  9   I am not aware of that, or I wasn't aware of that.

11:33:31 10   Q.  Can we go to Exhibit 11224.  If we could call out the top of

11:33:39 11   the e-mail, please.  And this is an e-mail from Cheryl Grounds of

11:33:45 12   BP to a number of individuals, including Trevor Hill, from whom we

11:33:50 13   heard in court yesterday, subject "Independent analysis of flow

11:33:54 14   rate range," did I read that correctly?

11:33:56 15          MR. BROCK:  I am going to object on foundation.  Unless

11:33:58 16   there's some foundation shown for this witness's knowledge of this,

11:34:01 17   I don't think this is appropriate.

11:34:03 18          MR. CERNICH:  Your Honor, I think I can explore the

11:34:05 19   retention of Professor Blunt.

11:34:06 20          THE COURT:  Is this in evidence already?

11:34:08 21          MR. BROCK:  It's not in evidence that I know of, and it's

11:34:10 22   certainly not something on his reliance list.

11:34:13 23          MR. CERNICH:  It's in Trevor Hill's bundle, it's been

11:34:15 24   authenticated and has foundation on Trevor Hill --

11:34:18 25          THE COURT:  It's an exhibit in Trevor Hill's deposition

11:34:20  1   bundle?

11:34:21  2               MR. CERNICH:  Yes, your Honor.

11:34:22  3               THE COURT:  And he -- well, he was a recipient of it, so

11:34:25  4   he authenticated it?

11:34:27  5               MR. CERNICH:  Yes, your Honor.

11:34:28  6               THE COURT:  Overrule the objection.

11:34:28  7   BY MR. CERNICH:

11:34:31  8   Q.  And there's an attachment here that says "Estimating Flow Rate

11:34:34  9   Range V1.doc."  Did I read that correctly?

11:34:38 10   A.  Yes.

11:34:38 11   Q.  Can we go to the attachment, please, Dawn.

11:34:41 12               And here the title of this attachment is "Estimating Flow

11:34:45 13   Rate Range based on Well Integrity Test Data."  Is that right?

11:34:48 14   A.  Yes.

11:34:49 15   Q.  And then number three says, "Contact 2 universities to offer

11:34:54 16   independent assessment of estimated flow rate range," and the

11:34:58 17   second university there is your university, Imperial College of

11:35:02 18   London, isn't it?

11:35:03 19   A.  That's correct.

11:35:03 20   Q.  And there's G. Hewitt, that's Professor Geoff Hewitt?

11:35:07 21   A.  Yes.

11:35:07 22   Q.  And he is an expert in multiphase flow?

11:35:10 23   A.  He is an expert in multiphase flow in pipes, yes.

11:35:13 24   Q.  Did Professor Hewitt share with you his independent assessment

11:35:17 25   of the estimated flow rate range?

1:35:19  1    A.  No.

1:35:20  2    Q.  I would like to talk about your specific expertise.  You're not

1:35:24  3    a geologist?

1:35:25  4    A.  No, I wouldn't describe myself as a geologist, although the

1:35:28  5    work that I've done for my analysis constructing geological models

1:35:32  6    and using it one's engineering calculations is part of my

1:35:36  7    expertise.

1:35:36  8    Q.  It's a simple question, though, Professor Blunt, you are not a

1:35:40  9    geologist?

1:35:40 10    A.  No, I am not a geologist.

1:35:41 11    Q.  And you didn't draw on the work of an expert geologist to

1:35:45 12    perform your analysis of the Macondo reservoir, did you?

1:35:48 13    A.  Well, I did to the extent that I read the BP reports and also

1:35:54 14    read the relevant scientific literature on the possible structure

1:35:58 15    of the deepwater turbidite.

1:36:00 16    Q.  So you relied on BP's in-house experts' analysis of the Macondo

1:36:04 17    reservoir to do your work?

1:36:05 18    A.  Not exclusively.  As I said, I also read the open literature to

1:36:09 19    get an understanding of the likely arrangements of sandstone

1:36:13 20    channels in Macondo.

1:36:14 21    Q.  And there was nothing about specifically the Macondo reservoir

1:36:17 22    in that literature that you read?

1:36:19 23    A.  There was nothing about Macondo, but they were talking about

1:36:23 24    geologically similar reservoirs of which there are quite a number

1:36:27 25    in the Gulf of Mexico.

11:36:28  1   Q.  You're not a petrophysicist, are you?

11:36:30  2   A.  Again, I wouldn't describe myself as a petrophysicist, but I do

11:36:35  3   have expertise in some areas of petrophysics; and petrophysics is

11:36:39  4   simply the physics of rock, understanding core samples, making

11:36:42  5   measurements, analyzing those, making predictions.

11:36:50  6   Q.  And you're not an expert in rock mechanics, are you?

11:36:54  7   A.  Again, I wouldn't describe myself as a rock mechanics expert

11:36:59  8   like Professor Zimmerman, but as has already been discussed, I do

11:37:03  9   have expertise in taking rock mechanics data, analyzing that data

11:37:07 10   and using it in reservoir engineering calculations, just as I've

11:37:09 11   done in my expert report.

11:37:11 12   Q.  So, Professor Blunt, the answer is no, you're not a rock

11:37:14 13   mechanics expert?

11:37:15 14   A.  I wouldn't put it as strongly as that.  I do have the expertise

11:37:23 15   for the calculations I performed in my expert report and the

11:37:27 16   expertise, for instance, that Kuwait Oil Company to look at their

11:37:31 17   data.

11:37:32 18   Q.  You were deposed in July in this case, weren't you?

11:37:34 19   A.  Yes.

11:37:34 20   Q.  And do you recall me asking you, "Are you an expert in rock

11:37:41 21   mechanics?"  And your answer was, "No, but I do have sufficient

11:37:45 22   expertise for the analysis that I presented in my report."  Was

11:37:48 23   that your answer?

11:37:48 24        MR. BROCK:  Your Honor, that's not impeachment, that's

11:37:51 25   what he just said.  I object to that.

```
11:37:53   1           MR. CERNICH:  Your Honor, all I was asking for was a no
11:37:56   2   instead of a yes or no --
11:37:58   3           THE COURT:  He just didn't insert the word "no."
11:38:01   4           THE WITNESS:  I will go with the answer I gave in the
11:38:03   5   deposition.
11:38:04   6           MR. CERNICH:  Thank you.
11:38:05   7   BY MR. CERNICH:
11:38:05   8   Q.  You've never taught a course in rock mechanics?
11:38:07   9   A.  No.
11:38:07  10   Q.  You've never published a paper in rock mechanics?
11:38:10  11   A.  No, I don't recall.
11:38:15  12   Q.  And you defer to Professor Zimmerman as a rock mechanics
11:38:19  13   expert?
11:38:19  14   A.  Yes, there is no doubt whatsoever that he has superior
11:38:23  15   expertise in this area to me.
11:38:24  16   Q.  He is the real deal, in your mind?
11:38:26  17   A.  That would imply that I don't have sufficient expertise for my
11:38:32  18   calculations, and that wouldn't be correct.  He is certainly the
11:38:35  19   real deal when it comes to rock mechanics, though.
11:38:39  20   Q.  You're not an expert in multiphase flow and pipes and
11:38:42  21   production systems, are you?
11:38:43  22   A.  No.
11:38:43  23   Q.  And you're not an expert in computational fluid dynamics in
11:38:49  24   pipes?
11:38:50  25   A.  No.
```

11:38:50  1    Q.  I think you already testified on direct you are not an expert

11:38:53  2    in erosion?

11:38:54  3    A.  No, I am not offering any opinions on the rate of erosion,

11:38:59  4    except to say from my analysis, it's likely that it occurred.

11:39:03  5    Q.  So you're offering an opinion based on your analysis on erosion

11:39:10  6    even though you are not an expert in erosion?

11:39:11  7    A.  Let me clarify.  In Appendix E of my report, I evaluate what's

11:39:17  8    called the skin factor at the beginning of the accident based on

11:39:23  9    the Emilsen report.  So I have an analysis that says that there was

11:39:27 10    a significant skin at the beginning of the blowout period, and then

11:39:30 11    I do an analysis of the injectivity test just before cementing that

11:39:35 12    shows that those impediments to flow are not there.  So I know

11:39:39 13    there are impediments to flow to begin with and I know they're not

11:39:42 14    there at the end.  But I am not offering an opinion about what

11:39:45 15    caused those necessarily or the rate at which they eroded.

11:39:48 16    Q.  You referred to Mr. Emilsen.  We'll come back to that later on.

11:39:52 17    You're not an expert in cement?

11:39:54 18    A.  No.

11:39:54 19    Q.  And you have no opinions about the failure mode of the Macondo

11:39:58 20    cement or whether it was set or not?

11:39:59 21    A.  No, I don't.

11:40:00 22    Q.  Now, isn't it true that 90 percent of your reservoir

11:40:03 23    engineering analyses have been student research projects?

11:40:06 24    A.  Yes, I would say that is correct.  The vast majority of, one

11:40:13 25    might say, the practical field-specific reservoir engineering

11:40:17   1   studies have been work in collaboration with students.

11:40:20   2   Q.  And only 10 percent of your work has been actual consultancy?

11:40:26   3   A.  Generally speaking, I would say that's a fair --

11:40:30   4   Q.  And that's what you told me at your deposition?

11:40:32   5   A.  Yes.

11:40:34   6   Q.  Now, your specialty -- your specialty is actually pore scale

11:40:41   7   modeling of reservoirs, isn't it?

11:40:43   8   A.  It's one of my specialties, yes.

11:40:44   9   Q.  And you published a variety of peer-reviewed papers and journal

11:40:47  10   articles on that type of reservoir modeling?

11:40:50  11   A.  Yes.

11:40:50  12   Q.  And that involves using microscope images to examine pieces of

11:40:55  13   reservoir rock, and you can create models of how fluid flows

11:40:58  14   through those rocks?

11:40:59  15   A.  Yes.

11:41:00  16   Q.  Is that a fair way to put it?

11:41:02  17   A.  That's a fair characterization.

11:41:03  18   Q.  According to you, one of the great things about pore scale

11:41:05  19   modelling is that you can create a model as long as you have just

11:41:08  20   one little piece of rock?

11:41:09  21   A.  Yes.  Yes, you don't need -- even need a piece of rock this big

11:41:16  22   (INDICATING).

11:41:16  23   Q.  Actually, those three little Macondo rotary sidewall cores

11:41:22  24   about the size of my thumb would have been sufficient for you to do

11:41:25  25   pore scale modeling of the Macondo reservoir, right?

2199

11:41:27  1    A.  Yes, hypothetically, but I didn't need to, I would say, for

11:41:31  2    this analysis because we had directly measured data.

11:41:33  3    Q.  And using those pore scale images of those cores from the

11:41:40  4    Macondo would have given you additional data?

11:41:42  5    A.  There's no doubt that had X-ray images of sufficient

11:41:52  6    resolutions, say, for instance, to see the pore structure of the

11:41:57  7    rock would be additional data.  But it wasn't necessary for my

11:41:59  8    analysis.  I didn't need to do modeling when I had direct data

11:42:03  9    available.

11:42:03  10   Q.  But it was available direct data that you ignored?

11:42:07  11   A.  The data doesn't exist.  I did look at the images of the

11:42:14  12   Macondo cores that were available and I studied those carefully.

11:42:17  13   Q.  But I am saying the Macondo cores were at Weatherford and you

11:42:22  14   could have gotten pore scale images and that would have been

11:42:26  15   additional data to add to your analysis, additional data in your

11:42:29  16   specialty area, and you didn't pursue that, did you?

11:42:32  17   A.  No, I didn't.  I didn't need to for my analysis.  We had

11:42:35  18   directly measured data that was reliable.  If I had done this,

11:42:40  19   hypothetically, all you do is you would have a model, you compare

11:42:43  20   it with the data.  If it was the same as the data, you would say

11:42:45  21   the model is good, but then you're using the same numbers as the

11:42:49  22   measurements.  And if the model disagreed with the measurements,

11:42:53  23   you wouldn't know what to do and you would end up using the

11:42:57  24   measurements.

11:42:58  25           So I didn't -- because it is my area of expertise, I can

11:43:01 1  critique where it is appropriate to be used and inappropriate, and

11:43:05 2  I would say for Macondo that that would not be an appropriate use

11:43:09 3  of pore scale modeling.

11:43:11 4  Q.  You could have calculated permeability from those pore scale

11:43:15 5  models, correct?

11:43:17 6  A.  Yes, indeed that's one of the basic things to do, you take an

11:43:21 7  image of the rock, your Honor, and do a computation fluid dynamics

11:43:26 8  simulation and you get a number.  You can do this calculation on a

11:43:29 9  piece of rock that's this size (DEMONSTRATING).  Compared to the

11:43:34 10 determinations of permeability on rotary sidewall cores that are

11:43:39 11 bigger and, of course, the pressure analysis determinations of

11:43:42 12 permeability are much, much more robust and reliable.

11:43:46 13        So you're right, I could have done it, but I don't

11:43:48 14 consider that it would have added any valuable information to my

11:43:51 15 analysis.

11:43:51 16 Q.  But you assumed a flow rate to do your calculation of

11:43:54 17 permeability?

11:43:55 18 A.  For the determination of permeability from the capping stack

11:43:59 19 pressure, as I've already said, and there's no doubt about that,

11:44:02 20 you need a flow rate.  And I didn't independently determine final

11:44:07 21 day flow rate, as I've just described.  I took a round number,

11:44:11 22 broadly speaking, based on Dr. Pooladi-Darvish's expert report.

11:44:15 23 Q.  You used a unique method and unique equations to do your

11:44:20 24 analysis here, a method and equations that can't be found in the

11:44:23 25 published literature; isn't that right?

11:44:25  1  A.  That's -- yes, that's right in some respects and not right in

11:44:31  2  others.  There are some of the analysis that's in my appendices

11:44:37  3  that isn't in the literature, but all along I've applied absolutely

11:44:43  4  standard best practice in reservoir engineering.  There's nothing

11:44:47  5  wrong to say unique in methodology.

11:44:48  6  Q.  We will come back to the details of that a little later on.

11:44:51  7  But this -- these methods and equations you used, you made those up

11:44:55  8  for this litigation not to help BP respond to the blowout?

11:45:01  9  A.  The analysis I performed has been after the blowout, yes.

11:45:04 10  Q.  It's for this litigation?

11:45:06 11  A.  The analysis I've done has been for this litigation, you're

11:45:12 12  right.  But I want to say I've applied standard methodologies.  And

11:45:17 13  I think as I've already said, certainly in my deposition, I derived

11:45:20 14  all of the equations by hand, many of them are standard equations

11:45:24 15  that are in the literature, I derived them all by hand so I

11:45:27 16  understood every detail of the analysis.  I wanted to be thorough

11:45:31 17  as possible and I wanted to be able to describe everything as

11:45:34 18  thoroughly as possible, not to rely on, say, black box

11:45:38 19  methodologies.

11:45:38 20  Q.  We will get back to the details of those equations that you

11:45:41 21  derived by hand a little later on.  Your method's never been

11:45:45 22  subjected to peer review, correct?

11:45:49 23  A.  Well, I am looking at my report and it says highly confidential

11:45:54 24  on it, so the report itself has not been subjected to peer review.

11:45:59 25  But I will say a couple of things:  First of all, all of the

11:46:02  1   methodologies that I am using are reservoir engineering best

11:46:06  2   practice, and the report itself has been on the web site for five

11:46:10  3   months, and I have received feedback, all of it positive.  I've not

11:46:16  4   received any criticisms, say, of a technical nature outside of the

11:46:20  5   testimony that we've heard on the work that I've done.

11:46:23  6   Q.  Actually, I'm glad you raised that point, Professor Blunt.  The

11:46:28  7   government flow rate estimate and a variety of other independent

11:46:32  8   flow rate estimates have been out in the literature for three years

11:46:35  9   now, correct?

11:46:38 10   A.  Yes.

11:46:38 11   Q.  You've reviewed some of those?

11:46:40 12   A.  Yes.

11:46:40 13   Q.  And you haven't seen any of those articles in the peer-reviewed

11:46:44 14   literature that contradict the government's flow rate estimate,

11:46:47 15   have you?

11:46:48 16   A.  That's correct.  Doesn't mean to say they're right, though.

11:46:52 17   Q.  We'll get -- I'm sorry.  You're aware that Dr. Griffiths' work

11:47:02 18   has been published in a peer-reviewed journal, aren't you?

11:47:04 19   A.  Yes, I am.  I think I've read that paper.

11:47:06 20   Q.  And the method you used here for your expert work in this case

11:47:13 21   is a method you have never used in your career to analyze a

11:47:15 22   reservoir?

11:47:16 23   A.  I don't think that's a fair characterization.  As I've said,

11:47:22 24   I'm using industry standard reservoir engineering techniques, basic

11:47:26 25   scientific principles in all aspects of the analysis.  Macondo is a

1  unique situation and there are some unique features to the analysis
2  that are Macondo specific.  But to describe the analysis as unique
3  I don't think is a fair characterization.
4  Q.  Well, you told me, Professor Blunt, during your deposition that
5  you never in your career used this method to analyze a reservoir.
6  A.  I've used material balance dozens of times to analyze
7  reservoirs.
8  Q.  Right.  But your material balance is built on a variety of the
9  building blocks --
10         MR. CERNICH:  Okay, your Honor?
11         THE COURT:  I didn't say anything.  Well, I was going to
12  make a suggestion, just as a matter of the way to impeach a witness
13  with a deposition, you really should put it on the screen and ask
14  him if that's what he said rather than just -- because, you know...
15         MR. CERNICH:  I will.
16         THE COURT:  In fairness to the witness, let him see his
17  testimony.
18         MR. CERNICH:  I will, your Honor, and I will get back to
19  some of the details later and I'll move on.  Thank you.
20         THE COURT:  All right.
21  BY MR. CERNICH:
22  Q.  Now, your material balance equation looks simple, Professor
23  Blunt, but it took a lot of work to populate those variables in
24  your equation?
25  A.  Yes.  Attention to detail is extremely important in this

11:48:49 1    calculation.

11:48:49 2    Q.  Can we go to D-21163.  And so, Professor Blunt, you relied on

11:48:56 3    these five experts to do your analysis:  Professor Gringarten,

11:49:03 4    Professor Whitson, Professor Trusler, Professor Zimmerman and a

11:49:07 5    seismic expert that was withdrawn by BP?

11:49:10 6    A.  Well, in my quantitative calculations presented in my report, I

11:49:17 7    haven't taken any information from this crossed-out seismic expert,

11:49:23 8    so obviously I'll admit that I've taken information from the four

11:49:26 9    other experts, but for the fifth expert, it had no impact on my

11:49:30 10   calculations.

11:49:32 11        MR. BROCK:  Your Honor, we have an objection to this

11:49:33 12   slide, too, so I will state it for the record.  I think it's -- I

11:49:39 13   know this is a nonjury case and I get that, but it's just a bit

11:49:41 14   argumentative to say we've withdrawn a seismic expert when we're

11:49:45 15   operating in a world where the Court working with us has determined

11:49:51 16   the number of experts that will be used in the trial.  So I just

11:49:54 17   don't think that's appropriate.

11:49:55 18        THE COURT:  All right.  Well, I understand and, again,

11:50:00 19   since it is a bench trial, I certainly can understand and

11:50:03 20   appreciate that.  We don't have to worry about influencing or

11:50:08 21   improperly influencing a jury.

11:50:09 22        MR. BROCK:  Right, it's just the instinct to object, I

11:50:13 23   think.

11:50:13 24        MR. CERNICH:  Your Honor, I need to be heard on that

11:50:16 25   point.  BP withdrew this seismic expert before the Court imposed a

11:50:22 1   limit on experts in this case.  They withdrew this expert two days

11:50:29 2   before -- or if I'm wrong, about two days, it was somewhere within

11:50:32 3   two or three days before Professor Blunt's deposition.  So it's not

11:50:36 4   quite right to say that he was removed because of the court's limit

11:50:41 5   on experts in this case.

11:50:42 6          THE COURT:  Okay.  All right.  Thank you.

11:50:49 7   BY MR. CERNICH:

11:50:49 8   Q.  Now, to do your analysis you had to derive your own custom

11:50:52 9   linear flow model; is that right?

11:50:55 10  A.  Part of my analysis has a linear flow model, and for the

11:50:59 11  reasons I've described, I wanted to understand every single detail,

11:51:04 12  not rely on black box software that I didn't understand fully.  I

11:51:10 13  derived by hand the equations that I use, and that's in Appendix C

11:51:14 14  of my report.

11:51:15 15         But the principles, your Honor, are fundamental

11:51:17 16  principles:  Darcy's Law which we talked about, conservation of

11:51:22 17  mass.  Linear flow is a recognized flow phenomenon in well test

11:51:27 18  analysis.  There is nothing fundamentally unusual about what I've

11:51:32 19  done, except that I've gone and done it thoroughly and gone back to

11:51:35 20  scratch, gone back to basics.

11:51:37 21  Q.  But just to be clear, you derived your own custom linear flow

11:51:41 22  model for your expert opinions in this case?

11:51:44 23  A.  I derived the linear flow model.  The use of the word "custom"

11:51:48 24  sort of assumes that there's something particularly unusual about

11:51:51 25  it.  There isn't.  I am using really standard equations and basic

11:51:56  1  scientific principles, and even the methodology for solving the

11:52:00  2  equations is standard in my well test analysis.

11:52:03  3  Q.  Let me try it this way, Professor Blunt.  You never used this

11:52:07  4  linear reservoir model before?

11:52:09  5  A.  That's correct.  I have performed well test analysis in the

11:52:16  6  past normally using commercial software.  And in that commercial

11:52:21  7  software you can see a channel or linear flow regime, so I

11:52:26  8  certainly want to identify that regime from a well test analysis.

11:52:30  9  But as I said, just for the reasons I described, I went back to

11:52:33 10  basics, making sure that I understood every nuance and re-derived

11:52:39 11  all of the equations.  Those are in Appendix C of my report.

11:52:46 12  Q.  I heard you during your direct testimony use the term "real

11:52:51 13  oilfield operations;" is that right?

11:52:53 14  A.  Yes.

11:52:53 15  Q.  This model has never been used in real oilfield operations?

11:52:58 16  A.  The analysis of channel flow for a reservoir is completely

11:53:04 17  standard.  Indeed, in my expert report I show field case showing

11:53:09 18  channel flow.

11:53:10 19  Q.  I'm talking about your model.  We established that you

11:53:14 20  developed your own linear flow model, right, Professor Blunt,

11:53:18 21  that's your testimony?

11:53:21 22  A.  Yes.  If you put it like that, the specific flow model in

11:53:26 23  Appendix C has not been published, it has not been applied to real

11:53:29 24  situations, because as you quite rightly pointed out, I derived it

11:53:34 25  and presented it for the purposes of this expert report.

11:53:36   1   Q.  And the bottom hole pressure analysis that you used, your

11:53:44   2   wellbore cooling analysis to determine the pressures that you used

11:53:48   3   in your pressure analysis that determined both your reservoir --

11:53:54   4   connected reservoir volume and your final average pressure, you had

11:53:59   5   never conducted that analysis before, had you?  That Appendix B in

11:54:02   6   your report is new work by you for this litigation?

11:54:06   7   A.  Yes, it is, but it's using fundamental scientific principles.

11:54:12   8   I mean, it's conservation of energy, hot things are cooling down.

11:54:17   9        And the basic principle, your Honor, which is that if

11:54:20  10   you've only got measurements of the wellhead, you need to convert

11:54:25  11   to the reservoir.  And indeed, that there's a problem with that

11:54:27  12   because of cooling is well recognized in the literature.  I cite

11:54:31  13   classically in the literature and I am applying standard

11:54:35  14   methodologies.

11:54:35  15   Q.  But there are industry tools that can do this type of analysis?

11:54:39  16   A.  Yes, indeed, there are, your Honor.  There are a number of

11:54:43  17   commercial packages that, in principle, would enable you to do that

11:54:48  18   calculation.  And there are a couple of important reasons why I

11:54:52  19   decided not to use them.

11:54:53  20   Q.  And those have been peer-reviewed and used in the industry for

11:54:57  21   years?

11:54:58  22   A.  Not necessarily.  Commercial software doesn't necessarily have

11:55:05  23   to be peer-reviewed.  I have seen some peer-reviewed papers that

11:55:09  24   have analyzed similar problems; but actually, I would have to say

11:55:12  25   not specifically the problem we're looking at here.  But neither of

2208

11:55:15 1  those were the main reasons I decided to do my own analysis.

11:55:18 2  Q.  To determine your connected reservoir volume, Professor Blunt,

11:55:24 3  you used -- you derived novel connectivity equations that you've

11:55:28 4  never ever used in your career before?

11:55:30 5  A.  That's correct.  Some of the equations in Appendix D have been

11:55:37 6  applied specifically to Macondo.  But the principles, which is use

11:55:41 7  pressure data to determine connectivity in the light of the seismic

11:55:45 8  geological evidence, is not only is it standard in reservoir

11:55:49 9  engineering, I consider it more as the essence of reservoir

11:55:51 10 engineering.

11:55:52 11        So again, it's standard principles applied to a specific

11:55:55 12 situation for Macondo.

11:55:56 13        THE COURT:  All right.  Let's recess for lunch.  It's

11:55:59 14 about five minutes till.  We're going to come back at, take a

11:56:05 15 little bit longer than normal, we'll say 1:20, okay.

11:56:10 16        THE DEPUTY CLERK:  All rise.

11:56:11 17   (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

18

19                    *  *  *  *  *  *

20

21

22

23

24

25

1

2                      REPORTER'S CERTIFICATE

3

4          I, Karen A. Ibos, CCR, Official Court Reporter, United

5   States District Court, Eastern District of Louisiana, do hereby

6   certify that the foregoing is a true and correct transcript, to the

7   best of my ability and understanding, from the record of the

8   proceedings in the above-entitled and numbered matter.

9

10

11  _____

12          Karen A. Ibos, CCR, RPR, CRR, RMR

13          Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 2189:19

## 0

**011553R** [1] - 2094:25

## 1

**1** [3] - 2109:12, 2156:7, 2176:17
**1,000** [1] - 2090:8
**1,367** [2] - 2158:6
**1,400** [1] - 2158:17
**10** [8] - 2072:5, 2076:15, 2078:2, 2078:12, 2096:11, 2176:17, 2179:18, 2198:2
**10,000** [2] - 2128:9, 2128:10
**10,400** [2] - 2163:25, 2164:6
**10-CV-2771** [1] - 2072:7
**10-CV-4536** [1] - 2072:9
**100** [7] - 2087:12, 2087:25, 2119:11, 2171:22, 2176:17, 2180:24, 2189:25
**10003** [1] - 2072:25
**1001** [1] - 2075:19
**11** [2] - 2078:11, 2156:24
**11,856** [2] - 2158:16, 2159:5
**110** [1] - 2112:24
**1100** [1] - 2075:16
**11191** [3] - 2080:19, 2081:4, 2156:24
**11191.1.1.US** [1] - 2156:25
**112** [4] - 2115:15, 2115:19, 2136:7, 2136:24
**11224** [1] - 2192:10
**12** [14] - 2096:11, 2140:16, 2140:19, 2140:21, 2150:14, 2150:17, 2151:20, 2151:21, 2152:13, 2153:10, 2154:15, 2155:13, 2156:6, 2157:18
**1201** [2] - 2074:9,

2074:25
**12548** [1] - 2076:5
**12th** [5] - 2080:7, 2103:18, 2158:25, 2175:21, 2175:22
**13** [1] - 2100:9
**13,000** [8] - 2100:10, 2100:12, 2101:18, 2108:16, 2120:18, 2139:14, 2140:11, 2165:9
**1300** [1] - 2075:8
**130539** [1] - 2189:24
**130539.0002** [1] - 2190:6
**1331** [1] - 2075:3
**14271** [1] - 2073:25
**14th** [1] - 2103:19
**15-minute** [1] - 2156:12
**150** [1] - 2076:15
**1553.47** [1] - 2180:3
**15th** [4] - 2159:10, 2160:13, 2163:22, 2169:5
**16** [2] - 2174:24, 2175:4
**1615** [1] - 2075:8
**1665** [1] - 2075:3
**1700** [1] - 2074:25
**1701** [1] - 2076:8
**19** [15] - 2105:2, 2105:4, 2124:19, 2124:23, 2125:24, 2128:20, 2130:13, 2130:20, 2130:22, 2155:12, 2159:15, 2159:21, 2180:17, 2180:23
**1913** [1] - 2087:13
**1988** [1] - 2083:9
**1992** [1] - 2084:23
**1996** [1] - 2086:5
**1:20** [1] - 2208:15
**1st** [1] - 2188:11

## 2

**2** [1] - 2193:15
**2.3** [1] - 2135:25
**2.4** [1] - 2135:25
**2.9** [3] - 2095:17, 2096:12, 2096:23
**20** [2] - 2072:5, 2096:11
**200** [2] - 2076:17, 2091:15
**20004** [1] - 2074:9
**20005** [1] - 2074:17

**20006** [1] - 2075:11
**20044** [1] - 2073:22
**20044-4271** [1] - 2073:25
**2006** [1] - 2189:10
**201-B** [1] - 2076:9
**2010** [4] - 2072:5, 2088:23, 2158:25, 2192:6
**2011** [2] - 2188:22, 2189:10
**2013** [2] - 2072:5, 2078:2
**2020** [1] - 2075:11
**2082/13** [1] - 2077:8
**20877** [1] - 2076:2
**2092/7** [1] - 2077:9
**20th** [2] - 2163:4, 2188:10
**21** [1] - 2078:12
**21.7** [1] - 2148:23
**2184/9** [1] - 2077:10
**22** [1] - 2148:4
**220** [1] - 2175:6
**220,000** [1] - 2170:23
**2216** [1] - 2073:2
**23520** [1] - 2122:18
**23522** [1] - 2123:25
**23523** [1] - 2157:7
**23524** [1] - 2157:8
**23525** [1] - 2157:10
**23550** [1] - 2157:25
**23551** [1] - 2158:10
**23567** [1] - 2181:4
**240** [5] - 2166:4, 2167:24, 2168:1, 2168:3, 2168:25
**246** [1] - 2157:25

## 3

**3.26** [6] - 2095:15, 2097:2, 2183:16, 2184:21, 2188:14, 2188:17
**3.29** [1] - 2188:18
**3.7** [5] - 2095:17, 2095:21, 2096:4, 2096:12, 2097:1
**30** [4] - 2096:11, 2096:12, 2130:3, 2184:2
**30,000** [3] - 2187:11, 2188:9, 2188:20
**30-A** [1] - 2076:8
**300** [8] - 2074:13, 2130:3, 2176:19, 2178:10, 2178:18, 2178:21, 2179:13,

2185:16
**316** [2] - 2072:22, 2076:1
**31st** [1] - 2188:10
**32399** [1] - 2076:12
**32459** [1] - 2076:9
**32502** [1] - 2072:23
**329** [5] - 2127:2, 2178:23, 2179:14, 2191:5
**33** [2] - 2078:11, 2086:12
**333** [1] - 2074:19
**33324** [1] - 2073:7
**34** [1] - 2078:12
**35** [1] - 2184:2
**355** [1] - 2075:23
**35th** [1] - 2075:23
**360** [1] - 2174:25
**36130** [1] - 2073:14
**3668** [1] - 2072:19
**36th** [1] - 2075:16
**3700** [1] - 2075:19
**39** [1] - 2078:12
**39157** [1] - 2076:18
**39232** [1] - 2076:15
**3rd** [8] - 2104:24, 2159:10, 2159:17, 2160:13, 2161:6, 2164:3, 2169:6

## 4

**4** [1] - 2075:3
**4.2** [1] - 2141:21
**4.3** [2] - 2125:16, 2129:21
**40** [5] - 2167:22, 2167:24, 2168:1, 2168:23, 2168:24
**400** [3] - 2073:7, 2159:18, 2176:14
**41** [2] - 2188:16, 2188:20
**42** [1] - 2188:16
**45** [2] - 2091:1, 2091:8
**45,000** [7] - 2181:13, 2185:17, 2185:25, 2186:12, 2187:11, 2188:10, 2188:20
**45,000-barrel-per-day** [1] - 2187:5
**46,000** [1] - 2186:13
**47** [1] - 2180:3
**480,000** [1] - 2137:11

## 5

**5** [3] - 2111:20, 2137:9, 2150:21
**50** [1] - 2099:19
**500** [5] - 2073:14, 2076:20, 2176:20, 2177:16, 2178:13
**5000** [1] - 2074:6
**501** [1] - 2073:4
**504** [1] - 2076:21
**54** [1] - 2078:11
**556** [1] - 2072:19
**589-7776** [1] - 2076:21

## 6

**6** [16] - 2078:11, 2114:5, 2140:22, 2141:1, 2144:24, 2144:25, 2145:2, 2145:17, 2148:9, 2148:11, 2148:16, 2151:12, 2152:13, 2153:14, 2155:13, 2156:7
**6,950** [1] - 2159:17
**6.35** [3] - 2137:22, 2141:10, 2141:18
**60** [2] - 2111:3, 2123:3
**60,000** [2] - 2130:12, 2187:11
**600** [2] - 2072:22, 2073:7
**602** [1] - 2076:17
**60654** [1] - 2074:14
**655** [1] - 2074:17
**6555** [1] - 2159:10

## 7

**70** [1] - 2147:23
**700** [1] - 2072:25
**701** [2] - 2073:10, 2074:6
**70112** [1] - 2075:8
**70113** [1] - 2072:17
**70130** [2] - 2073:2, 2073:11, 2076:20
**70139** [1] - 2074:7
**70163** [1] - 2075:17
**70502-3668** [1] - 2072:20
**70601** [1] - 2073:5
**75270** [1] - 2074:25
**7611** [1] - 2073:22

**77002** [1] - 2075:19
**77010** [1] - 2075:4
**78711-2548** [1] - 2076:6

## 8

**8** [1] - 2072:11
**8,000** [4] - 2091:15, 2091:16, 2091:19, 2091:21
**8.5** [1] - 2145:4
**800** [3] - 2102:13, 2158:16
**820** [1] - 2072:16
**86** [6] - 2105:7, 2105:16, 2109:12, 2160:19, 2166:2, 2180:24
**87** [1] - 2127:25

## 9

**90** [2] - 2128:1, 2197:22
**90071** [1] - 2074:20
**90071-1560** [1] - 2075:24
**93** [1] - 2175:5
**930,000** [1] - 2137:4

## A

**AB** [1] - 2073:14
**abandon** [1] - 2092:24
**ability** [2] - 2103:3, 2209:6
**able** [6] - 2124:1, 2126:18, 2156:5, 2162:15, 2180:10, 2201:17
**above** [6] - 2108:16, 2116:15, 2120:12, 2139:14, 2164:5, 2209:7
**above-entitled** [1] - 2209:7
**absolutely** [8] - 2118:1, 2118:5, 2121:10, 2134:18, 2151:2, 2166:11, 2174:14, 2201:3
**academically** [1] - 2087:8
**academics** [1] - 2089:22
**accepted** [1] -

2092:5
**access** [2] - 2090:12, 2174:11
**accessed** [1] - 2123:2
**accident** [10] - 2093:17, 2094:13, 2104:13, 2117:8, 2132:6, 2159:3, 2163:13, 2175:19, 2179:7, 2197:8
**according** [1] - 2198:18
**account** [3] - 2167:5, 2169:21, 2170:7
**accounted** [1] - 2168:5
**accounting** [1] - 2170:19
**accuracy** [2] - 2083:20, 2107:3
**accurate** [4] - 2094:16, 2142:18, 2180:10, 2185:3
**accurately** [5] - 2105:25, 2161:17, 2162:22, 2162:23, 2164:14
**achievement** [2] - 2091:5, 2091:11
**acquired** [1] - 2148:2
**across** [6] - 2118:18, 2122:9, 2127:6, 2138:6, 2160:22
**actual** [2] - 2150:18, 2198:2
**actually** [49] - 2083:2, 2089:7, 2092:23, 2093:1, 2096:3, 2099:10, 2103:14, 2108:5, 2111:4, 2112:16, 2116:6, 2116:10, 2116:18, 2118:8, 2120:17, 2124:4, 2124:22, 2125:16, 2128:1, 2128:19, 2131:23, 2133:14, 2137:8, 2138:7, 2138:21, 2142:3, 2144:16, 2144:24, 2156:21, 2158:17, 2163:8, 2163:23, 2167:18, 2169:2, 2169:25, 2170:5, 2175:1, 2175:7, 2176:10, 2178:8, 2184:17, 2188:21, 2191:15, 2192:8, 2198:6, 2198:23,

2202:6, 2207:24
**add** [3] - 2137:4, 2181:16, 2199:15
**added** [2] - 2181:17, 2200:14
**additional** [15] - 2108:20, 2117:19, 2121:3, 2124:8, 2126:16, 2140:3, 2155:2, 2157:8, 2157:10, 2199:4, 2199:7, 2199:15
**address** [3] - 2083:3, 2129:24, 2156:18
**addressing** [1] - 2182:17
**adjustment** [1] - 2168:9
**adjustments** [1] - 2172:14
**admission** [3] - 2081:1, 2156:23, 2156:25
**admit** [2] - 2134:16, 2204:8
**admitted** [10] - 2078:20, 2078:23, 2079:1, 2079:4, 2079:10, 2080:3, 2081:16, 2092:5, 2095:2, 2157:3
**adopted** [1] - 2117:12
**advanced** [1] - 2185:9
**advancing** [1] - 2183:2
**advantage** [1] - 2179:6
**affect** [4] - 2128:23, 2163:17, 2165:12, 2182:23
**affected** [2] - 2154:6, 2182:19
**affects** [6] - 2097:18, 2139:4, 2152:19, 2153:20, 2153:21, 2173:21
**afraid** [2] - 2189:6, 2190:4
**after** [20] - 2084:20, 2086:22, 2099:7, 2117:24, 2124:18, 2128:21, 2129:5, 2129:6, 2129:15, 2130:12, 2130:22, 2147:18, 2149:18, 2159:2, 2163:7, 2175:3, 2180:17, 2183:20, 2188:23,

2201:9
**AFTERNOON** [1] - 2078:3
**afternoon** [1] - 2184:10
**afterwards** [2] - 2105:3, 2159:15
**again** [40] - 2085:17, 2091:13, 2097:22, 2098:1, 2098:13, 2105:3, 2107:2, 2107:6, 2111:20, 2113:7, 2117:11, 2125:17, 2126:13, 2127:10, 2127:13, 2137:10, 2137:22, 2145:10, 2147:19, 2148:10, 2151:7, 2151:18, 2157:24, 2158:7, 2159:5, 2161:23, 2165:23, 2168:17, 2172:4, 2174:25, 2176:9, 2176:9, 2188:1, 2189:16, 2189:22, 2191:20, 2195:2, 2195:7, 2204:18, 2208:11
**age** [3] - 2086:12, 2091:1, 2091:8
**ago** [8] - 2087:10, 2087:16, 2089:18, 2090:23, 2092:21, 2100:9, 2109:17, 2164:17
**agree** [9] - 2106:3, 2110:17, 2112:11, 2113:10, 2114:5, 2126:14, 2165:6, 2168:4, 2183:24
**agreed** [1] - 2079:22
**agreeing** [1] - 2187:24
**agreement** [4] - 2079:15, 2112:8, 2114:10
**agrees** [2] - 2080:8, 2165:6
**ahead** [7] - 2093:9, 2116:19, 2157:20, 2165:20, 2167:18, 2184:5
**air** [19] - 2106:16, 2106:19, 2106:24, 2107:7, 2107:8, 2107:9, 2107:16, 2107:17, 2107:18, 2108:9, 2108:14, 2109:3, 2109:6, 2109:10, 2109:21,

2109:23, 2109:24
**AL** [2] - 2072:8, 2072:10
**ALABAMA** [1] - 2073:12
**ALAN** [1] - 2075:2
**all** [89] - 2078:14, 2078:19, 2079:9, 2081:9, 2081:15, 2081:18, 2087:23, 2088:10, 2088:12, 2090:12, 2090:13, 2094:14, 2095:1, 2095:8, 2096:1, 2100:3, 2108:6, 2109:20, 2111:14, 2112:4, 2114:2, 2117:14, 2120:21, 2122:24, 2123:15, 2123:16, 2125:18, 2125:23, 2126:13, 2127:6, 2127:18, 2128:10, 2130:21, 2132:9, 2134:24, 2135:1, 2135:20, 2143:9, 2144:14, 2145:3, 2147:8, 2147:23, 2150:10, 2150:21, 2151:4, 2153:1, 2155:8, 2155:12, 2155:14, 2156:14, 2156:19, 2156:23, 2157:2, 2157:14, 2160:21, 2161:1, 2162:14, 2162:16, 2162:18, 2165:5, 2165:24, 2166:14, 2166:15, 2168:11, 2170:2, 2172:23, 2178:17, 2178:25, 2180:12, 2182:20, 2183:7, 2184:1, 2196:1, 2199:19, 2201:3, 2201:14, 2201:15, 2201:25, 2202:3, 2202:25, 2203:20, 2204:18, 2205:6, 2206:11, 2208:13, 2208:16
**ALLAN** [1] - 2073:9
**ALLEN** [1] - 2076:1
**allow** [4] - 2081:6, 2102:1, 2108:12, 2119:24
**allowed** [1] - 2094:12
**allowing** [2] - 2097:23, 2170:17
**allows** [5] - 2108:25,

2125:5, 2140:10,
2175:18, 2180:22
**almost** [4] - 2146:18,
2164:1, 2178:10,
2178:19
**along** [5] - 2122:8,
2123:14, 2154:13,
2174:7, 2201:3
**already** [21] -
2083:21, 2093:14,
2107:13, 2124:17,
2130:5, 2137:1,
2142:14, 2145:24,
2159:5, 2159:15,
2170:21, 2172:19,
2173:5, 2190:19,
2191:21, 2192:20,
2195:8, 2197:1,
2200:19, 2201:13
**also** [46] - 2080:22,
2081:6, 2084:2,
2085:23, 2086:14,
2086:20, 2087:19,
2098:11, 2101:23,
2102:10, 2104:23,
2106:22, 2110:21,
2113:1, 2114:25,
2126:23, 2132:22,
2135:3, 2136:4,
2139:15, 2140:7,
2140:12, 2141:11,
2143:4, 2144:14,
2145:3, 2147:16,
2148:14, 2154:19,
2167:1, 2167:2,
2168:16, 2171:20,
2172:20, 2177:18,
2185:4, 2185:9,
2185:13, 2185:20,
2189:14, 2190:13,
2190:22, 2194:13,
2194:18
**although** [4] -
2113:9, 2116:12,
2137:22, 2194:4
**always** [1] - 2087:6
**ambiguity** [1] -
2130:20
**ambiguous** [1] -
2136:17
**AMERICA** [7] -
2072:9, 2074:1,
2074:2, 2074:2,
2074:3, 2074:4,
2074:5
**among** [5] - 2108:6,
2108:22, 2125:17,
2155:15, 2159:6
**amount** [12] -
2096:20, 2105:24,

2106:24, 2107:8,
2109:1, 2109:2,
2109:3, 2132:25,
2139:2, 2140:3,
2158:20, 2185:20
**ANADARKO** [2] -
2075:5, 2075:6
**analogous** [1] -
2107:1
**analogy** [9] - 2106:7,
2106:10, 2106:16,
2108:21, 2108:24,
2109:5, 2109:15,
2110:7, 2158:11
**analyses** [1] -
2197:23
**Analysis** [1] -
2129:18
**analysis** [116] -
2082:23, 2082:24,
2085:19, 2105:12,
2109:19, 2111:11,
2113:16, 2117:9,
2117:21, 2118:20,
2122:13, 2123:7,
2123:20, 2124:10,
2125:20, 2126:3,
2126:18, 2128:19,
2128:23, 2128:24,
2129:12, 2129:19,
2135:12, 2136:4,
2136:14, 2140:17,
2143:13, 2145:7,
2145:9, 2147:17,
2148:22, 2148:25,
2151:12, 2151:21,
2152:14, 2153:15,
2153:16, 2156:1,
2156:4, 2160:1,
2161:21, 2161:24,
2162:3, 2162:8,
2166:10, 2166:11,
2167:15, 2170:6,
2170:12, 2171:19,
2171:20, 2172:5,
2172:17, 2175:12,
2175:25, 2176:2,
2176:6, 2178:18,
2178:20, 2179:2,
2180:10, 2180:18,
2180:21, 2182:6,
2182:15, 2182:24,
2183:5, 2183:6,
2183:9, 2183:10,
2183:16, 2185:5,
2185:7, 2188:3,
2190:17, 2190:18,
2190:20, 2191:1,
2191:13, 2192:13,
2194:5, 2194:12,

2194:16, 2195:22,
2197:4, 2197:5,
2197:9, 2197:11,
2199:2, 2199:8,
2199:15, 2199:17,
2200:11, 2200:15,
2200:24, 2201:2,
2201:9, 2201:11,
2201:16, 2202:25,
2203:1, 2203:2,
2204:3, 2205:8,
2205:10, 2205:18,
2206:2, 2206:5,
2206:8, 2206:16,
2207:1, 2207:2,
2207:3, 2207:5,
2207:15, 2208:1
**Analysts** [1] - 2091:3
**analytic** [2] -
2161:13, 2164:23
**analyze** [8] - 2084:9,
2090:1, 2113:25,
2129:16, 2144:13,
2202:21, 2203:5,
2203:6
**analyzed** [6] -
2124:11, 2128:8,
2142:25, 2167:19,
2191:15, 2207:24
**analyzing** [2] -
2195:5, 2195:9
**AND** [3] - 2072:7,
2075:14, 2082:1
**and/or** [2] - 2096:6,
2098:16
**ANDREW** [1] -
2074:11
**Andy** [1] - 2079:12
**Angeles** [2] -
2074:20, 2075:24
**animation** [9] -
2162:12, 2162:15,
2162:16, 2162:17,
2164:5, 2164:8,
2168:18, 2177:19
**ANNA** [1] - 2073:20
**another** [10] -
2091:17, 2107:23,
2119:15, 2121:24,
2122:23, 2145:16,
2146:7, 2146:19,
2173:5
**answer** [10] -
2103:22, 2128:14,
2146:5, 2151:14,
2168:14, 2186:23,
2195:12, 2195:21,
2195:23, 2196:4
**antecedents** [1] -
2099:19

**ANTHONY** [1] -
2073:1
**anticipate** [1] -
2148:3
**any** [33] - 2078:19,
2078:22, 2079:9,
2079:22, 2080:3,
2081:21, 2081:22,
2091:20, 2092:4,
2094:3, 2095:1,
2110:20, 2112:2,
2116:25, 2128:5,
2130:21, 2134:22,
2143:21, 2148:13,
2154:13, 2156:5,
2167:23, 2168:8,
2169:2, 2174:14,
2182:6, 2182:9,
2183:13, 2197:3,
2200:14, 2202:4,
2202:13, 2204:7
**anyone** [3] -
2091:23, 2105:21,
2110:3
**anything** [8] -
2081:18, 2122:13,
2144:4, 2145:7,
2167:17, 2176:3,
2179:1, 2203:11
**anyway** [1] - 2107:21
**anywhere** [2] -
2134:21, 2181:20
**apart** [2] - 2139:17,
2142:13, 2142:14
**appear** [2] - 2150:25,
2181:6
**APPEARANCES** [1] -
2072:14
**appears** [1] - 2094:9
**appendices** [1] -
2201:2
**appendix** [1] -
2182:17
**Appendix** [13] -
2125:16, 2129:6,
2161:14, 2162:19,
2168:19, 2169:24,
2182:16, 2197:7,
2205:13, 2206:11,
2206:23, 2207:5,
2208:5
**applications** [1] -
2088:4
**applied** [6] -
2143:16, 2201:3,
2201:12, 2206:23,
2208:6, 2208:11
**applies** [1] - 2182:13
**apply** [2] - 2085:14,
2103:2

**applying** [1] -
2207:13
**appreciate** [2] -
2170:9, 2204:20
**approach** [21] -
2082:7, 2092:8,
2092:22, 2092:24,
2098:3, 2105:15,
2105:18, 2110:3,
2113:8, 2113:24,
2127:12, 2131:6,
2131:25, 2136:5,
2152:21, 2158:7,
2171:12, 2171:17,
2172:10, 2178:25
**approaches** [1] -
2185:1
**appropriate** [11] -
2103:22, 2133:9,
2143:10, 2143:13,
2143:14, 2172:14,
2192:17, 2200:1,
2200:2, 2204:17
**approximately** [1] -
2178:21
**approximation** [1] -
2163:5
**April** [7] - 2103:18,
2103:19, 2158:25,
2163:4, 2175:21,
2175:22, 2188:10
**APRIL** [1] - 2072:5
**aquifer** [9] - 2126:5,
2126:6, 2179:22,
2179:23, 2179:25,
2180:1, 2180:8,
2180:14, 2181:2
**are** [164] - 2078:20,
2078:22, 2079:1,
2079:4, 2079:9,
2080:10, 2081:15,
2082:19, 2084:7,
2084:8, 2084:11,
2084:13, 2084:14,
2085:12, 2087:8,
2087:22, 2087:23,
2088:11, 2089:21,
2096:1, 2096:16,
2097:14, 2097:17,
2097:25, 2098:18,
2100:13, 2101:4,
2101:17, 2101:19,
2102:8, 2103:9,
2103:10, 2105:4,
2105:9, 2106:12,
2107:24, 2111:2,
2111:15, 2111:17,
2111:19, 2112:8,
2113:2, 2113:14,
2113:15, 2116:3,

2116:15, 2116:20, 2116:21, 2118:4, 2119:1, 2120:6, 2120:23, 2120:24, 2122:11, 2123:18, 2125:16, 2126:7, 2126:8, 2128:17, 2130:5, 2130:6, 2132:5, 2132:12, 2133:1, 2134:11, 2134:16, 2134:19, 2134:22, 2135:19, 2136:18, 2136:21, 2138:1, 2138:11, 2138:23, 2141:5, 2142:8, 2143:18, 2143:19, 2144:16, 2144:19, 2145:19, 2146:2, 2146:6, 2148:14, 2151:9, 2151:18, 2152:9, 2152:10, 2155:5, 2156:25, 2157:3, 2157:15, 2157:16, 2159:19, 2159:23, 2159:24, 2160:7, 2160:9, 2160:11, 2161:16, 2162:15, 2162:18, 2163:16, 2164:2, 2164:21, 2166:20, 2169:10, 2169:24, 2170:5, 2170:14, 2171:17, 2171:18, 2172:17, 2172:20, 2173:16, 2173:23, 2173:24, 2174:5, 2174:8, 2174:11, 2174:12, 2174:19, 2175:1, 2175:19, 2178:23, 2179:3, 2180:9, 2181:1, 2183:9, 2183:11, 2184:25, 2190:13, 2191:7, 2194:8, 2194:24, 2195:1, 2195:6, 2196:21, 2197:1, 2197:6, 2197:12, 2197:13, 2200:10, 2200:12, 2201:2, 2201:14, 2201:15, 2202:1, 2203:1, 2203:2, 2205:15, 2206:11, 2207:8, 2207:15, 2207:16, 2207:18

**Are** [1] - 2195:20
**area** [19] - 2083:6, 2085:9, 2087:2, 2087:15, 2090:21, 2091:14, 2093:21,

2097:4, 2126:22, 2127:7, 2130:24, 2144:10, 2151:9, 2152:4, 2172:24, 2191:22, 2196:15, 2199:16, 2199:25
**areas** [6] - 2112:8, 2142:24, 2145:21, 2189:1, 2190:8, 2195:3
**aren't** [3] - 2093:12, 2145:21, 2202:18
**argumentative** [1] - 2204:14
**around** [7] - 2088:12, 2097:2, 2111:3, 2111:7, 2153:8, 2175:15, 2177:16
**arranged** [2] - 2121:2, 2174:5
**arrangements** [1] - 2194:19
**arrive** [1] - 2098:23
**arrived** [1] - 2156:9
**arrows** [1] - 2174:4
**articles** [3] - 2149:7, 2198:10, 2202:13
**AS** [1] - 2082:1
**ASBILL** [1] - 2075:18
**ascertain** [1] - 2173:24
**aside** [1] - 2126:23
**ask** [37] - 2078:8, 2080:24, 2088:6, 2089:13, 2090:18, 2095:14, 2096:9, 2098:22, 2110:14, 2110:17, 2112:10, 2113:13, 2115:9, 2115:21, 2116:8, 2118:10, 2123:6, 2123:25, 2129:17, 2131:8, 2137:24, 2140:18, 2141:1, 2142:25, 2147:8, 2149:8, 2149:19, 2150:16, 2160:4, 2173:1, 2178:17, 2179:25, 2180:5, 2181:4, 2182:12, 2185:24, 2203:13
**asked** [6] - 2082:21, 2082:23, 2186:19, 2186:22, 2187:4, 2187:8
**asking** [3] - 2155:6, 2195:20, 2196:1
**aspect** [1] - 2087:7
**aspects** [1] - 2202:25

**asserted** [1] - 2094:11
**assess** [1] - 2136:15
**assessment** [4] - 2127:4, 2192:6, 2193:16, 2193:24
**ASSET** [1] - 2072:7
**assign** [1] - 2127:22
**ASSISTANT** [1] - 2076:5
**associated** [3] - 2089:19, 2089:24, 2156:24
**assume** [6] - 2126:5, 2151:23, 2163:5, 2177:4, 2179:3, 2188:5
**assumed** [11] - 2166:17, 2166:18, 2179:24, 2185:11, 2185:17, 2187:20, 2187:25, 2188:3, 2188:13, 2189:5, 2200:16
**assumes** [3] - 2117:14, 2188:9, 2205:24
**assuming** [3] - 2129:8, 2171:22, 2172:6
**assumption** [5] - 2127:13, 2127:16, 2181:3, 2182:24, 2186:15
**assumptions** [4] - 2097:2, 2097:24, 2136:20
**at** [223] - 2078:16, 2079:17, 2081:10, 2082:17, 2083:22, 2084:21, 2084:24, 2084:25, 2085:10, 2085:11, 2085:25, 2086:1, 2086:2, 2086:13, 2086:18, 2086:23, 2088:9, 2088:16, 2088:18, 2089:8, 2091:3, 2091:24, 2091:25, 2092:2, 2093:11, 2093:12, 2093:16, 2093:17, 2093:22, 2094:3, 2094:12, 2094:24, 2095:6, 2095:24, 2097:20, 2098:1, 2098:12, 2098:16, 2098:23, 2099:19, 2100:1, 2100:3, 2100:9, 2100:24, 2101:24,

2102:12, 2102:15, 2102:23, 2104:4, 2104:6, 2107:19, 2108:3, 2108:5, 2108:8, 2108:17, 2108:18, 2109:11, 2109:12, 2109:18, 2110:5, 2110:8, 2111:6, 2111:14, 2112:22, 2113:21, 2115:9, 2115:14, 2117:1, 2117:17, 2121:14, 2122:5, 2123:8, 2123:12, 2124:6, 2124:21, 2124:24, 2125:13, 2126:1, 2126:8, 2126:9, 2126:13, 2126:14, 2126:24, 2129:12, 2129:13, 2129:17, 2130:4, 2130:7, 2130:8, 2130:17, 2130:20, 2130:23, 2131:3, 2131:12, 2132:7, 2132:8, 2133:3, 2134:5, 2134:6, 2134:12, 2135:20, 2137:18, 2137:24, 2138:1, 2138:12, 2138:15, 2138:22, 2139:7, 2139:16, 2140:4, 2140:14, 2141:22, 2142:1, 2142:3, 2142:16, 2142:23, 2143:2, 2143:3, 2143:4, 2143:9, 2143:12, 2143:17, 2144:3, 2144:12, 2144:14, 2144:15, 2144:16, 2145:2, 2145:10, 2146:10, 2146:11, 2147:8, 2148:7, 2149:9, 2149:10, 2153:22, 2153:25, 2154:24, 2155:2, 2155:8, 2155:9, 2155:12, 2156:1, 2156:9, 2158:4, 2158:7, 2158:14, 2159:13, 2159:20, 2159:23, 2159:24, 2159:25, 2160:11, 2160:15, 2160:22, 2161:10, 2162:2, 2162:3, 2162:4, 2162:10, 2162:12, 2162:23, 2163:4, 2163:9, 2164:7, 2164:15, 2165:5,

2165:9, 2165:20, 2166:6, 2166:21, 2167:23, 2167:24, 2168:20, 2169:2, 2170:11, 2171:20, 2171:25, 2172:2, 2172:9, 2173:24, 2174:12, 2174:25, 2175:4, 2176:6, 2177:1, 2178:15, 2179:23, 2180:3, 2180:6, 2180:22, 2180:23, 2180:24, 2181:7, 2182:21, 2184:13, 2184:15, 2186:2, 2187:16, 2187:24, 2190:13, 2192:7, 2192:8, 2195:16, 2197:8, 2197:10, 2197:14, 2197:15, 2198:4, 2199:11, 2199:13, 2201:23, 2207:25, 2208:14
**Atlas** [1] - 2139:14
**atmospheric** [2] - 2102:14, 2158:17
**attachment** [3] - 2193:8, 2193:11, 2193:12
**attempt** [1] - 2144:6
**attend** [1] - 2157:16
**attention** [5] - 2084:19, 2106:5, 2123:20, 2123:25, 2203:25
**ATTORNEY** [4] - 2073:12, 2076:3, 2076:5, 2076:10
**attractive** [2] - 2085:3, 2085:7
**August** [7] - 2104:24, 2159:10, 2159:17, 2160:13, 2161:6, 2164:3, 2169:6
**Austin** [1] - 2076:6
**authenticated** [2] - 2192:24, 2193:4
**author** [9] - 2086:11, 2091:21, 2149:18, 2149:20, 2149:24, 2149:25, 2150:1, 2150:6
**available** [10] - 2103:12, 2104:23, 2121:8, 2128:15, 2136:15, 2174:17, 2191:15, 2199:9, 2199:10, 2199:12

**Ave** [4] - 2072:16, 2073:14, 2074:9, 2075:23
**Avenue** [1] - 2076:1
**average** [9] - 2118:14, 2126:14, 2141:10, 2145:17, 2145:19, 2174:24, 2175:14, 2175:15, 2207:4
**avoid** [1] - 2183:20
**award** [8] - 2085:22, 2086:9, 2090:23, 2090:24, 2091:7, 2091:8, 2091:9, 2091:11
**Award** [1] - 2091:5
**awarded** [3] - 2086:8, 2086:10, 2091:6
**awards** [1] - 2090:19
**aware** [10] - 2091:23, 2135:3, 2150:22, 2150:23, 2184:14, 2184:15, 2189:16, 2192:9, 2202:17
**away** [5] - 2099:23, 2100:16, 2133:16, 2146:17, 2168:24
**axis** [9] - 2130:1, 2147:10, 2147:21, 2147:24, 2160:10, 2160:11, 2176:15, 2181:12

**B**

**B** [4] - 2082:6, 2168:19, 2169:24, 2207:5
**B-L-U-N-T** [1] - 2082:6
**back** [22] - 2078:8, 2116:3, 2133:16, 2138:15, 2139:17, 2139:24, 2141:4, 2150:12, 2158:10, 2160:25, 2172:22, 2178:6, 2186:11, 2187:15, 2197:16, 2201:6, 2201:20, 2203:18, 2205:19, 2205:20, 2206:9, 2208:14
**back-of-the-envelope** [1] - 2187:15
**background** [6] - 2083:2, 2083:3, 2083:5, 2089:13,

2090:17, 2118:12
**backing** [1] - 2160:24
**backup** [1] - 2183:13
**backwards** [2] - 2107:23, 2107:25
**balance** [35] - 2085:13, 2088:1, 2092:11, 2092:15, 2092:19, 2094:19, 2103:13, 2103:21, 2103:23, 2105:12, 2105:18, 2105:19, 2105:25, 2106:6, 2106:9, 2106:11, 2108:24, 2109:8, 2110:11, 2110:15, 2111:2, 2112:12, 2113:18, 2113:24, 2115:8, 2115:10, 2137:14, 2157:23, 2171:12, 2183:6, 2203:6, 2203:8, 2203:22
**Barbier** [21] - 2083:4, 2087:1, 2099:4, 2110:12, 2116:9, 2119:1, 2121:14, 2123:10, 2125:4, 2131:6, 2135:16, 2136:3, 2139:9, 2141:2, 2152:17, 2152:18, 2153:2, 2155:24, 2157:5, 2158:12, 2160:5
**BARBIER** [1] - 2072:12
**Barbier's** [1] - 2162:14
**BARR** [1] - 2072:22
**barrels** [32] - 2095:16, 2095:18, 2095:21, 2096:4, 2112:24, 2115:16, 2115:20, 2131:4, 2131:14, 2136:7, 2136:17, 2137:5, 2137:9, 2137:12, 2140:23, 2156:8, 2170:24, 2172:13, 2172:16, 2181:13, 2183:16, 2184:21, 2185:17, 2185:25, 2186:7, 2186:12, 2188:10, 2188:11, 2188:14, 2188:17, 2188:20
**barriers** [1] - 2125:10, 2125:22, 2126:1, 2126:9,

2130:17, 2151:8, 2153:16, 2162:4, 2162:6, 2180:12
**BARRY** [1] - 2074:12
**base** [9] - 2114:2, 2114:5, 2136:25, 2144:25, 2162:17, 2162:18, 2171:2, 2186:5, 2186:9
**based** [22] - 2081:5, 2086:3, 2086:7, 2086:9, 2092:13, 2095:16, 2098:7, 2127:1, 2135:23, 2136:18, 2150:15, 2156:1, 2158:8, 2168:18, 2185:11, 2185:14, 2185:17, 2187:17, 2193:13, 2197:5, 2197:8, 2200:22
**baseline** [1] - 2159:4
**basic** [7] - 2085:13, 2171:11, 2178:8, 2200:6, 2202:24, 2205:25, 2207:9
**basically** [10] - 2099:3, 2100:19, 2112:18, 2114:8, 2116:24, 2134:23, 2146:20, 2147:14, 2152:13, 2160:13
**basics** [2] - 2205:20, 2206:10
**basis** [3] - 2088:2, 2168:16, 2188:19
**Baylen** [1] - 2072:22
**be** [108] - 2079:22, 2079:24, 2080:3, 2084:16, 2089:6, 2089:7, 2090:15, 2096:18, 2096:23, 2097:23, 2101:9, 2102:3, 2105:8, 2105:19, 2105:24, 2106:8, 2106:23, 2106:24, 2109:15, 2111:18, 2112:2, 2114:3, 2114:23, 2115:5, 2115:17, 2115:18, 2117:16, 2118:18, 2119:9, 2121:2, 2121:5, 2121:6, 2122:10, 2122:11, 2122:17, 2123:21, 2124:14, 2127:17, 2128:5, 2131:2, 2137:19, 2137:22, 2138:3, 2139:1,

2140:2, 2142:6, 2142:18, 2143:16, 2144:4, 2145:15, 2146:25, 2147:1, 2147:5, 2147:6, 2149:20, 2150:8, 2150:18, 2150:25, 2151:25, 2152:21, 2154:16, 2154:17, 2156:19, 2158:16, 2160:12, 2161:13, 2162:19, 2162:22, 2162:23, 2163:14, 2164:5, 2165:18, 2166:13, 2168:1, 2168:3, 2168:5, 2169:19, 2169:21, 2170:23, 2171:23, 2172:13, 2172:18, 2174:6, 2174:20, 2175:11, 2178:13, 2182:2, 2182:4, 2182:25, 2183:2, 2183:8, 2183:13, 2184:18, 2191:23, 2196:18, 2199:7, 2200:1, 2200:2, 2200:24, 2201:16, 2201:17, 2204:16, 2204:24, 2205:21, 2207:23
**beach** [3] - 2099:13, 2138:16, 2138:20
**Beach** [1] - 2076:9
**bearing** [3] - 2102:12, 2116:21, 2117:17
**beauty** [1] - 2105:12
**became** [1] - 2086:23
**because** [44] - 2081:1, 2084:11, 2094:3, 2096:1, 2097:6, 2097:18, 2107:19, 2110:4, 2116:4, 2118:2, 2121:10, 2121:20, 2122:10, 2123:13, 2123:19, 2125:24, 2127:5, 2131:24, 2134:9, 2138:4, 2139:11, 2140:6, 2140:9, 2141:21, 2143:11, 2144:22, 2148:14, 2151:14, 2152:4, 2153:5, 2155:2, 2156:4, 2160:22, 2163:6, 2170:17, 2177:18, 2179:10, 2186:8,

2199:2, 2199:25, 2203:14, 2205:4, 2206:24, 2207:12
**been** [55] - 2081:13, 2083:21, 2084:2, 2086:8, 2087:12, 2088:15, 2090:12, 2093:14, 2093:18, 2096:17, 2097:13, 2099:19, 2099:23, 2110:16, 2111:2, 2111:7, 2114:20, 2114:21, 2117:11, 2131:10, 2132:19, 2132:22, 2137:1, 2141:18, 2143:25, 2147:25, 2149:19, 2150:9, 2160:18, 2164:20, 2166:2, 2166:4, 2166:5, 2172:25, 2174:1, 2182:17, 2192:23, 2195:8, 2197:23, 2198:1, 2198:2, 2198:24, 2199:14, 2201:9, 2201:11, 2201:21, 2201:24, 2202:2, 2202:8, 2202:18, 2206:15, 2206:23, 2207:20, 2208:5
**before** [31] - 2080:2, 2091:1, 2091:7, 2104:5, 2104:13, 2105:2, 2110:14, 2116:2, 2116:13, 2117:8, 2132:6, 2136:8, 2147:9, 2147:21, 2156:17, 2159:3, 2168:15, 2168:21, 2175:19, 2179:7, 2183:20, 2184:15, 2191:14, 2191:16, 2197:11, 2204:25, 2205:2, 2205:3, 2206:4, 2207:5, 2208:4
**BEFORE** [1] - 2072:12
**began** [1] - 2084:2
**begin** [12] - 2103:25, 2104:4, 2104:20, 2106:21, 2107:9, 2110:5, 2110:8, 2113:20, 2125:8, 2125:18, 2169:18, 2197:13
**beginning** [5] - 2093:17, 2094:12, 2166:13, 2197:8,

2197:10

**begins** [3] - 2130:16, 2139:25, 2180:5

**behalf** [3] - 2078:15, 2080:18, 2192:2

**behavior** [1] - 2135:11

**being** [10] - 2087:14, 2100:6, 2114:23, 2126:18, 2128:16, 2147:2, 2168:23, 2174:1, 2174:5, 2174:20

**believe** [6] - 2079:21, 2080:19, 2128:3, 2145:17, 2178:22, 2181:8

**below** [4] - 2100:10, 2120:12, 2169:3, 2169:4

**Ben** [3] - 2078:8, 2079:16, 2081:10

**bench** [1] - 2204:19

**benefit** [2] - 2162:14, 2168:12

**BENSON** [1] - 2073:19

**Bentheimer** [2] - 2100:17, 2138:8

**best** [27] - 2085:5, 2085:6, 2086:11, 2095:15, 2097:1, 2097:15, 2098:6, 2098:19, 2115:15, 2127:2, 2136:6, 2136:16, 2137:21, 2141:4, 2141:9, 2144:25, 2148:22, 2158:6, 2161:12, 2165:1, 2175:17, 2183:16, 2183:22, 2184:21, 2201:4, 2202:1, 2209:6

**BETHANY** [1] - 2073:20

**better** [5] - 2082:21, 2083:12, 2085:16, 2133:22

**between** [19] - 2095:17, 2098:2, 2100:22, 2101:1, 2105:13, 2110:10, 2112:9, 2113:4, 2120:12, 2122:10, 2122:11, 2123:15, 2127:25, 2135:25, 2170:24, 2171:5, 2171:11, 2171:15, 2174:2

**beyond** [3] -

2130:13, 2145:24, 2180:16

**bias** [4] - 2166:25, 2171:20, 2172:4, 2172:8

**bicycle** [2] - 2107:8, 2107:16

**bid** [1] - 2120:17

**big** [13] - 2107:7, 2112:19, 2112:20, 2113:5, 2114:7, 2129:13, 2165:2, 2165:4, 2170:16, 2178:4, 2198:21

**bigger** [2] - 2154:22, 2200:11

**biggest** [1] - 2170:24

**BINGHAM** [1] - 2075:9

**bit** [22] - 2083:1, 2084:20, 2087:1, 2088:4, 2090:18, 2096:8, 2102:6, 2111:22, 2112:25, 2119:4, 2124:24, 2133:17, 2138:19, 2139:14, 2141:12, 2147:12, 2148:16, 2158:22, 2160:12, 2191:3, 2204:13, 2208:15

**bits** [1] - 2101:19

**black** [5] - 2101:19, 2101:20, 2116:24, 2201:18, 2205:12

**blame** [2] - 2107:25, 2186:23

**block** [1] - 2116:13

**blocked** [2] - 2174:5, 2174:9

**blocks** [1] - 2203:9

**blow** [2] - 2118:12, 2139:12

**blow-up** [2] - 2118:12, 2139:12

**blown** [1] - 2146:15

**blowout** [3] - 2197:10, 2201:8, 2201:9

**blue** [1] - 2116:23

**Blunt** [70] - 2081:20, 2082:5, 2082:16, 2082:18, 2082:21, 2085:21, 2086:22, 2089:4, 2090:1, 2090:19, 2092:3, 2092:8, 2094:18, 2095:6, 2095:13, 2098:21, 2101:12, 2103:3, 2103:21,

2105:23, 2114:24, 2115:7, 2115:13, 2115:21, 2116:8, 2118:7, 2123:8, 2132:11, 2133:15, 2134:15, 2133:5, 2136:20, 2137:13, 2137:18, 2139:8, 2143:24, 2145:24, 2146:10, 2151:4, 2153:1, 2157:22, 2158:25, 2171:13, 2172:9, 2172:22, 2178:17, 2179:25, 2180:6, 2181:25, 2182:5, 2182:12, 2183:15, 2183:25, 2184:10, 2185:24, 2186:19, 2187:4, 2188:2, 2189:9, 2192:5, 2192:19, 2194:8, 2195:12, 2202:6, 2203:4, 2203:23, 2204:2, 2206:3, 2206:20, 2208:2

**BLUNT** [2] - 2077:7, 2082:1

**blunt** [2] - 2081:22, 2173:22

**Blunt's** [8] - 2094:25, 2115:19, 2129:18, 2143:19, 2145:20, 2181:6, 2181:20, 2205:3

**blunt's** [1] - 2114:19

**Blvd** [1] - 2076:15

**board** [1] - 2122:1

**boiling** [3] - 2100:13, 2166:3, 2169:17

**BOLES** [1] - 2074:19

**book** [2] - 2141:17

**BOP** [2] - 2159:25, 2161:10

**bore** [1] - 2129:22

**both** [8] - 2087:18, 2098:10, 2137:3, 2143:8, 2144:15, 2147:15, 2185:5, 2207:3

**bottle** [1] - 2082:8

**bottom** [4] - 2079:24, 2134:5, 2149:14, 2207:1

**bounces** [1] - 2178:6

**bound** [10] - 2096:24, 2097:16, 2111:12, 2112:23, 2112:24, 2115:17, 2136:9, 2137:6,

2137:7, 2191:3

**boundaries** [11] - 2125:5, 2126:8, 2129:12, 2129:14, 2130:11, 2130:23, 2152:8, 2152:9, 2155:12, 2180:12

**boundary** [1] - 2125:14

**bounds** [2] - 2145:23, 2183:18

**BOWMAN** [1] - 2074:23

**box** [24] - 2072:19, 2113:1, 2126:4, 2126:10, 2126:12, 2126:22, 2126:23, 2127:11, 2127:14, 2129:13, 2151:25, 2152:9, 2154:11, 2154:16, 2162:21, 2162:24, 2163:1, 2181:2, 2181:13, 2201:18, 2205:12

**Box** [3] - 2073:22, 2073:25, 2076:5

**BP** [64] - 2072:10, 2074:1, 2074:2, 2074:3, 2074:3, 2074:4, 2074:4, 2078:12, 2078:15, 2078:17, 2078:21, 2078:24, 2079:2, 2079:5, 2079:7, 2079:12, 2080:17, 2080:19, 2081:18, 2081:20, 2082:22, 2083:10, 2083:14, 2083:22, 2084:20, 2084:21, 2084:23, 2088:16, 2092:1, 2114:15, 2115:1, 2116:7, 2116:17, 2117:3, 2118:16, 2121:22, 2122:13, 2122:15, 2122:20, 2133:5, 2145:23, 2147:20, 2148:1, 2150:15, 2150:22, 2155:4, 2175:5, 2184:11, 2188:22, 2189:1, 2189:14, 2189:15, 2189:18, 2189:24, 2189:25, 2190:7, 2192:5, 2192:12, 2194:13, 2201:8, 2204:5, 2204:25

**BP's** [6] - 2116:13, 2148:2, 2184:18,

2190:12, 2192:2, 2194:16

**BP-retained** [1] - 2092:1

**BP/ANADARKO** [1] - 2077:5

**BRAD** [1] - 2075:21

**brag** [1] - 2090:18

**brainstormed** [1] - 2089:24

**BRANCH** [1] - 2073:24

**break** [2] - 2157:17

**BRENNAN** [1] - 2075:18

**BRIAN** [2] - 2072:22, 2075:21

**BRIDGET** [1] - 2074:16

**briefly** [4] - 2112:7, 2118:8, 2131:8, 2160:7

**bright** [1] - 2116:7

**bring** [4] - 2087:4, 2131:16, 2162:20, 2187:1

**brings** [1] - 2087:18

**Broad** [1] - 2073:4

**broadly** [4] - 2183:5, 2186:15, 2187:15, 2200:22

**Broadway** [1] - 2072:25

**BROCK** [44] - 2074:8, 2081:20, 2082:7, 2082:10, 2082:13, 2089:1, 2092:2, 2092:7, 2094:24, 2095:3, 2095:5, 2114:16, 2114:19, 2115:4, 2115:6, 2119:25, 2133:20, 2133:22, 2134:23, 2135:1, 2135:2, 2143:22, 2144:2, 2144:11, 2146:1, 2146:8, 2146:9, 2152:21, 2152:25, 2153:8, 2156:13, 2157:5, 2157:19, 2157:21, 2181:8, 2181:22, 2182:9, 2182:11, 2183:25, 2192:15, 2192:21, 2195:24, 2204:11, 2204:22

**Brock** [6] - 2077:8, 2077:9, 2153:21, 2154:5, 2156:11, 2185:17

**brought** [2] - 2099:23, 2118:25
**brown** [1] - 2120:11
**BRUCE** [1] - 2074:23
**bubbles** [2] - 2131:17, 2131:18
**build** [2] - 2159:9, 2177:10
**build-out** [1] - 2159:9
**building** [1] - 2203:9
**builds** [2] - 2124:21, 2160:25
**buildup** [1] - 2125:1
**built** [1] - 2203:8
**bullet** [5] - 2085:21, 2089:2, 2089:25, 2095:14, 2095:19
**bump** [3] - 2152:3, 2154:21, 2154:22
**bundle** [4] - 2079:23, 2079:25, 2192:23, 2193:1
**BURLING** [1] - 2074:8
**burst** [1] - 2088:22
**Bushnell** [4] - 2079:14, 2079:23, 2079:25, 2080:3
**but** [188] - 2078:7, 2079:18, 2079:23, 2080:8, 2080:9, 2080:24, 2085:11, 2086:9, 2087:8, 2087:19, 2088:6, 2091:22, 2092:23, 2093:4, 2093:8, 2093:10, 2095:24, 2096:1, 2096:17, 2097:11, 2097:24, 2098:2, 2099:3, 2100:4, 2100:18, 2101:8, 2103:17, 2103:20, 2104:6, 2105:19, 2105:21, 2107:5, 2107:20, 2107:22, 2110:4, 2111:2, 2111:10, 2111:13, 2111:17, 2111:23, 2112:3, 2113:1, 2113:9, 2114:2, 2116:19, 2119:5, 2120:17, 2120:21, 2120:24, 2121:2, 2121:23, 2122:1, 2122:6, 2122:9, 2122:23, 2123:14, 2125:16, 2125:22, 2127:4, 2127:5, 2128:5,

2128:16, 2128:23, 2129:5, 2130:1, 2130:15, 2130:20, 2131:13, 2132:16, 2133:1, 2133:4, 2134:2, 2134:9, 2134:11, 2134:18, 2134:25, 2135:23, 2136:8, 2138:23, 2139:2, 2139:3, 2139:15, 2140:7, 2143:11, 2143:17, 2144:13, 2145:1, 2145:3, 2146:25, 2147:16, 2147:20, 2148:12, 2148:17, 2151:1, 2151:10, 2151:19, 2152:12, 2153:17, 2154:19, 2154:20, 2155:6, 2155:8, 2155:17, 2158:6, 2158:11, 2159:3, 2160:12, 2160:22, 2160:24, 2162:10, 2164:4, 2165:2, 2165:5, 2166:17, 2167:21, 2168:18, 2169:16, 2169:24, 2170:16, 2170:23, 2170:25, 2171:1, 2171:14, 2172:19, 2173:15, 2173:18, 2174:2, 2178:10, 2179:2, 2179:7, 2179:10, 2179:16, 2179:21, 2180:19, 2180:23, 2182:1, 2183:1, 2183:9, 2185:3, 2185:9, 2185:13, 2185:16, 2186:3, 2186:5, 2186:7, 2186:25, 2187:12, 2187:14, 2188:5, 2189:7, 2189:21, 2190:4, 2190:22, 2190:24, 2191:16, 2191:21, 2191:23, 2191:24, 2194:23, 2195:2, 2195:8, 2195:21, 2197:14, 2199:1, 2199:7, 2199:10, 2199:13, 2199:21, 2200:13, 2200:16, 2201:3, 2201:7, 2201:12, 2201:25, 2203:2, 2203:8, 2203:23, 2204:9, 2204:13, 2205:15, 2205:21, 2206:9, 2207:7,

2207:15, 2207:24, 2207:25, 2208:6
**But** [3] - 2108:8, 2109:24, 2175:1
**by** [61] - 2073:9, 2076:22, 2076:23, 2077:8, 2077:9, 2077:10, 2080:15, 2080:23, 2081:12, 2083:16, 2084:6, 2084:7, 2085:23, 2086:11, 2088:11, 2088:24, 2091:2, 2095:23, 2097:13, 2099:18, 2110:20, 2112:3, 2115:1, 2116:7, 2117:12, 2118:16, 2132:22, 2135:15, 2136:20, 2139:2, 2142:19, 2147:20, 2150:1, 2151:11, 2151:19, 2153:2, 2153:3, 2158:17, 2159:2, 2172:3, 2173:1, 2176:14, 2178:10, 2180:11, 2180:12, 2181:12, 2182:17, 2182:19, 2183:4, 2188:22, 2191:10, 2191:17, 2192:2, 2201:14, 2201:15, 2201:21, 2204:5, 2205:13, 2207:6
**BY** [45] - 2072:3, 2072:16, 2072:18, 2072:22, 2072:24, 2073:1, 2073:4, 2073:6, 2073:13, 2073:17, 2073:24, 2074:5, 2074:8, 2074:11, 2074:15, 2074:19, 2074:22, 2075:2, 2075:7, 2075:10, 2075:15, 2075:18, 2075:21, 2076:4, 2076:8, 2076:11, 2076:14, 2076:17, 2082:13, 2089:1, 2092:7, 2095:5, 2115:6, 2135:2, 2144:11, 2146:9, 2152:25, 2157:21, 2182:11, 2184:9, 2187:3, 2193:7, 2196:7, 2203:21, 2205:7

**C**

**C** [8] - 2074:8, 2078:1, 2111:23, 2154:22, 2161:14, 2205:13, 2206:11, 2206:23
**CA** [2] - 2074:20, 2075:24
**calculate** [8] - 2094:3, 2109:2, 2110:8, 2126:11, 2141:1, 2168:10, 2169:3, 2186:6
**calculated** [4] - 2166:15, 2179:13, 2185:20, 2200:4
**calculating** [3] - 2115:23, 2131:11, 2183:21
**calculation** [34] - 2093:10, 2093:14, 2094:9, 2095:11, 2096:3, 2105:18, 2106:15, 2109:8, 2110:2, 2110:4, 2111:8, 2111:14, 2128:6, 2137:12, 2155:5, 2156:9, 2165:13, 2169:20, 2169:23, 2178:18, 2178:19, 2179:15, 2182:13, 2185:12, 2187:13, 2187:15, 2188:16, 2190:25, 2191:6, 2191:25, 2200:8, 2200:16, 2204:1, 2207:18
**calculations** [29] - 2088:3, 2093:14, 2096:17, 2097:18, 2098:7, 2111:19, 2117:12, 2118:24, 2132:9, 2133:24, 2137:23, 2139:3, 2142:6, 2145:4, 2154:17, 2162:18, 2170:20, 2171:6, 2171:7, 2172:7, 2173:4, 2182:23, 2185:7, 2194:6, 2195:10, 2195:15, 2196:18, 2204:6, 2204:10
**California** [1] - 2086:7
**call** [4] - 2081:19, 2153:14, 2155:7, 2192:10
**called** [16] - 2086:6,

2086:19, 2089:8, 2089:13, 2097:12, 2104:13, 2107:15, 2119:21, 2120:6, 2121:22, 2147:17, 2157:12, 2175:20, 2178:20, 2180:21, 2197:8
**calling** [1] - 2166:8
**callout** [3] - 2149:3, 2156:24, 2180:6
**callouts** [2] - 2081:12, 2157:8
**calls** [2] - 2081:20, 2098:3
**Cambridge** [1] - 2083:9
**came** [5] - 2106:19, 2109:3, 2109:6, 2109:10, 2140:24
**Camp** [1] - 2073:10
**Can** [1] - 2189:24
**can** [108] - 2079:18, 2079:21, 2081:18, 2088:6, 2088:21, 2089:3, 2089:6, 2089:7, 2089:8, 2090:3, 2090:10, 2092:17, 2093:13, 2095:22, 2098:2, 2099:3, 2099:5, 2099:6, 2099:13, 2100:12, 2101:3, 2101:12, 2102:25, 2103:17, 2105:24, 2106:8, 2106:22, 2107:3, 2109:2, 2111:15, 2111:18, 2113:1, 2113:19, 2115:4, 2115:22, 2116:16, 2119:2, 2119:6, 2120:20, 2121:14, 2121:21, 2122:23, 2123:8, 2123:13, 2123:21, 2124:14, 2124:25, 2125:3, 2125:4, 2126:3, 2128:12, 2130:24, 2131:6, 2131:18, 2135:16, 2136:2, 2136:12, 2136:22, 2138:9, 2138:17, 2138:24, 2139:8, 2141:2, 2148:14, 2149:14, 2152:23, 2153:7, 2153:23, 2156:18, 2160:12, 2160:15, 2161:10, 2161:13, 2161:17, 2161:18,

2161:19, 2162:14, 2162:22, 2162:23, 2163:5, 2163:14, 2168:6, 2169:15, 2173:22, 2174:2, 2174:19, 2175:24, 2187:1, 2188:2, 2188:12, 2189:8, 2190:6, 2190:19, 2191:2, 2192:10, 2192:18, 2193:11, 2198:13, 2198:19, 2199:25, 2200:8, 2204:2, 2204:19, 2206:7, 2207:15

**can't** [17] - 2101:1, 2107:25, 2112:2, 2124:5, 2134:9, 2152:2, 2152:6, 2152:18, 2153:12, 2154:21, 2168:3, 2171:22, 2186:23, 2188:5, 2189:6, 2200:24

**cancel** [1] - 2152:6
**Canebrake** [1] - 2076:15
**Capitol** [1] - 2076:12
**capping** [31] - 2105:2, 2107:2, 2124:10, 2124:11, 2124:18, 2127:3, 2128:9, 2155:9, 2155:14, 2159:10, 2159:14, 2160:2, 2160:8, 2160:10, 2160:15, 2161:10, 2164:17, 2165:5, 2165:13, 2165:16, 2165:18, 2167:21, 2170:15, 2176:8, 2176:13, 2176:23, 2177:1, 2177:14, 2177:15, 2185:12, 2200:18
**career** [4] - 2084:2, 2202:21, 2203:5, 2208:4
**career-long** [1] - 2084:2
**careful** [1] - 2133:24
**carefully** [3] - 2134:8, 2150:8, 2199:12
**CARL** [1] - 2072:12
**carried** [1] - 2145:3
**cartoon** [1] - 2139:11
**case** [59] - 2082:22, 2083:21, 2084:17, 2085:12, 2087:22,

2090:4, 2091:10, 2092:1, 2092:8, 2092:20, 2093:10, 2094:7, 2094:15, 2094:19, 2096:6, 2097:15, 2098:22, 2103:12, 2108:23, 2114:1, 2114:2, 2114:5, 2124:10, 2127:2, 2133:3, 2136:25, 2140:11, 2140:20, 2141:25, 2142:1, 2144:25, 2145:2, 2145:4, 2145:14, 2159:6, 2161:2, 2161:14, 2161:21, 2162:17, 2162:18, 2165:24, 2171:2, 2172:25, 2174:21, 2179:8, 2179:9, 2182:2, 2183:19, 2184:12, 2186:5, 2186:9, 2190:12, 2195:18, 2202:20, 2204:13, 2205:1, 2205:5, 2205:22, 2206:17
**cases** [3] - 2098:18, 2114:2, 2182:22
**caused** [1] - 2197:15
**causes** [1] - 2165:2
**CCR** [3] - 2076:19, 2209:3, 2209:11
**celebrated** [1] - 2087:10
**celebration** [1] - 2087:12
**cement** [2] - 2197:17, 2197:20
**cemented** [3] - 2164:3, 2169:6, 2188:23
**cementing** [1] - 2197:11
**centennial** [2] - 2087:10, 2087:12
**center** [2] - 2117:3, 2159:4
**Center** [1] - 2075:3
**Centre** [1] - 2075:16
**Cernich** [6] - 2077:10, 2184:1, 2184:6, 2185:24, 2189:6, 2192:8
**CERNICH** [33] - 2073:19, 2081:24, 2114:12, 2114:22, 2134:14, 2143:18, 2143:24, 2144:6, 2145:20, 2181:5,

2181:19, 2182:4, 2184:4, 2184:6, 2184:9, 2186:18, 2186:24, 2187:2, 2187:3, 2192:18, 2192:23, 2193:2, 2193:5, 2193:7, 2196:1, 2196:6, 2196:7, 2203:10, 2203:15, 2203:18, 2203:21, 2204:24, 2205:7
**certain** [2] - 2096:18, 2118:14
**certainly** [18] - 2085:6, 2097:15, 2097:24, 2112:2, 2114:2, 2119:4, 2143:9, 2145:9, 2145:10, 2177:19, 2178:10, 2187:1, 2189:8, 2192:22, 2196:18, 2201:13, 2204:19, 2206:8
**CERTIFICATE** [1] - 2209:1
**certify** [1] - 2209:5
**chair** [2] - 2087:17, 2189:9
**CHAKERES** [1] - 2073:18
**challenge** [2] - 2094:1, 2094:3
**challenges** [2] - 2101:17, 2105:10
**challenging** [1] - 2105:10
**chance** [1] - 2079:17
**change** [18] - 2084:22, 2103:11, 2106:25, 2109:1, 2139:1, 2152:18, 2156:10, 2157:23, 2158:12, 2159:23, 2167:14, 2173:18, 2173:19, 2179:19, 2188:19, 2189:15, 2189:16, 2190:9
**changed** [3] - 2093:16, 2094:13, 2116:5
**changes** [5] - 2093:18, 2116:3, 2116:4, 2129:4, 2167:5
**changing** [1] - 2173:18
**Changing** [1] - 2190:1
**channel** [27] -

2119:7, 2119:10, 2119:12, 2119:15, 2119:20, 2119:21, 2119:22, 2120:6, 2121:3, 2121:22, 2121:25, 2122:16, 2125:11, 2125:19, 2126:8, 2130:12, 2130:15, 2130:20, 2130:21, 2152:9, 2154:13, 2162:5, 2180:5, 2206:7, 2206:16, 2206:18
**channels** [23] - 2102:2, 2102:3, 2118:18, 2119:1, 2119:16, 2120:7, 2120:9, 2120:13, 2120:16, 2120:21, 2120:23, 2122:7, 2122:8, 2122:10, 2122:11, 2122:25, 2123:14, 2125:11, 2127:15, 2129:10, 2151:18, 2194:20
**characteristics** [1] - 2125:1
**characterization** [7] - 2189:1, 2189:5, 2189:7, 2190:8, 2198:17, 2202:23, 2203:3
**charge** [2] - 2150:2, 2150:4
**Charles** [1] - 2073:5
**chart** [4] - 2114:16, 2129:18, 2144:18, 2160:5
**charter** [1] - 2087:9
**check** [13] - 2112:5, 2150:19, 2151:2, 2151:5, 2151:12, 2151:22, 2151:23, 2154:23, 2155:2, 2155:13, 2155:17, 2156:2, 2156:5
**checked** [3] - 2091:22, 2113:23, 2182:20
**checks** [3] - 2111:15, 2111:18, 2172:24
**Cheryl** [1] - 2192:11
**chest** [1] - 2124:24
**Chicago** [1] - 2074:14
**chief** [1] - 2088:24
**chip** [1] - 2089:7
**choke** [6] - 2129:4, 2159:13, 2160:12, 2168:20, 2168:21,

2176:11
**choose** [2] - 2111:22, 2132:10
**chose** [2] - 2092:19, 2187:11
**circles** [1] - 2125:9
**citation** [1] - 2091:17
**citations** [3] - 2091:15, 2091:16, 2091:24
**cite** [3] - 2149:11, 2176:4, 2207:12
**cited** [3] - 2080:21, 2091:21, 2181:20
**CIVIL** [2] - 2072:5, 2073:24
**clarify** [2] - 2144:22, 2197:7
**clarity** [1] - 2078:17
**classes** [1] - 2085:11
**classically** [1] - 2207:13
**clay** [5] - 2119:6, 2119:11, 2119:20, 2120:3, 2146:24
**clear** [5] - 2180:5, 2181:1, 2182:4, 2191:23, 2205:21
**clearly** [5] - 2097:21, 2123:16, 2126:7, 2153:6, 2153:11
**CLERK** [5] - 2078:10, 2081:25, 2082:3, 2156:14, 2208:16
**click** [3] - 2159:8, 2165:20, 2169:8
**climate** [3] - 2189:15, 2189:16, 2190:9
**clip** [1] - 2081:3
**clock** [1] - 2078:9
**close** [4] - 2163:22, 2164:3, 2176:7, 2178:5
**closed** [2] - 2105:2, 2124:19
**closer** [2] - 2082:19, 2133:20
**closure** [6] - 2129:4, 2159:13, 2160:12, 2168:21, 2176:11
**cloudy** [1] - 2100:1
**codes** [1] - 2109:22
**coffee** [1] - 2169:18
**coherent** [1] - 2111:25
**coil** [1] - 2153:3
**cold** [3] - 2097:21, 2167:22, 2168:23

**collaboration** [1] - 2198:1
**colleague** [1] - 2192:3
**colleagues** [2] - 2091:25, 2190:16
**collected** [1] - 2117:6
**collection** [1] - 2119:20
**College** [14] - 2082:17, 2086:24, 2087:2, 2087:5, 2188:25, 2189:9, 2189:14, 2189:20, 2190:3, 2190:7, 2190:13, 2190:17, 2192:3, 2193:17
**COLLIER** [1] - 2074:13
**color** [4] - 2101:22, 2120:22, 2120:23, 2162:24
**colored** [1] - 2119:6
**colors** [4] - 2116:7, 2116:20, 2116:22
**column** [6] - 2100:8, 2165:10, 2166:6, 2166:12, 2167:3
**combined** [1] - 2111:11
**come** [17] - 2084:12, 2096:3, 2099:17, 2105:18, 2106:16, 2106:24, 2124:6, 2131:18, 2131:24, 2172:17, 2172:22, 2184:20, 2185:25, 2191:6, 2197:16, 2201:6, 2208:14
**comes** [14] - 2099:17, 2108:17, 2117:2, 2121:25, 2124:9, 2127:9, 2127:23, 2127:25, 2134:4, 2134:10, 2148:22, 2156:17, 2172:5, 2196:19
**coming** [6] - 2109:23, 2109:24, 2134:6, 2134:7, 2163:21, 2167:21
**comment** [1] - 2117:18
**commercial** [6] - 2083:14, 2088:22, 2206:6, 2207:17, 2207:22
**common** [1] - 2185:4
**commonly** [1] -

2132:16
**companies** [10] - 2085:24, 2086:15, 2086:21, 2088:8, 2088:11, 2088:12, 2089:3, 2089:5, 2089:14, 2089:23
**COMPANY** [3] - 2074:2, 2074:2, 2075:6
**Company** [5] - 2090:1, 2090:4, 2090:6, 2143:4, 2195:16
**company** [4] - 2086:6, 2088:23, 2088:25, 2089:17
**compare** [2] - 2170:21, 2199:19
**compared** [2] - 2156:2, 2200:9
**compartmentalizati on** [1] - 2123:4
**COMPLAINT** [1] - 2072:7
**completely** [4] - 2093:7, 2097:20, 2154:12, 2206:16
**complex** [2] - 2093:10, 2119:21
**complexes** [4] - 2119:23, 2120:6, 2121:22, 2123:17
**complexities** [1] - 2183:21
**component** [1] - 2139:3
**components** [5] - 2110:13, 2112:12, 2113:16, 2140:5, 2170:14
**composition** [1] - 2165:21
**compress** [4] - 2138:2, 2139:25, 2140:11, 2153:12
**compressed** [3] - 2130:5, 2140:9, 2146:24
**compresses** [6] - 2107:17, 2108:19, 2139:6, 2140:1, 2158:20, 2176:16
**compressibility** [71] - 2088:21, 2090:14, 2107:15, 2107:21, 2107:22, 2108:4, 2108:22, 2109:2, 2113:3, 2113:15, 2113:22, 2114:4,

2114:5, 2137:15, 2137:20, 2137:21, 2138:1, 2138:4, 2138:12, 2138:13, 2138:14, 2138:22, 2138:25, 2139:9, 2140:9, 2140:19, 2140:25, 2141:7, 2141:17, 2141:21, 2142:2, 2142:5, 2142:7, 2142:8, 2143:1, 2143:5, 2143:16, 2144:19, 2145:1, 2145:5, 2145:18, 2146:12, 2146:25, 2147:3, 2147:7, 2147:11, 2147:22, 2148:9, 2148:11, 2149:9, 2150:15, 2150:17, 2151:6, 2151:10, 2151:24, 2152:3, 2152:15, 2153:13, 2153:21, 2154:6, 2154:7, 2154:8, 2154:24, 2155:19, 2155:25, 2171:25, 2172:3, 2172:19, 2183:19, 2191:18, 2191:21
**Compressibility** [1] - 2141:17
**compressible** [4] - 2138:13, 2138:17, 2153:7, 2153:10
**compression** [2] - 2139:4, 2140:7
**computation** [1] - 2200:7
**computational** [1] - 2196:23
**computer** [5] - 2076:23, 2083:17, 2086:2, 2088:10, 2089:10
**conceivably** [1] - 2133:6
**concept** [5] - 2139:12, 2140:14, 2162:10, 2173:25, 2174:20
**concepts** [1] - 2085:13
**conceptual** [1] - 2101:17
**conceptually** [2] - 2092:22, 2165:15
**concern** [2] - 2122:15, 2122:16
**concerned** [2] -

2159:24, 2159:25
**concerning** [1] - 2182:18
**concerns** [1] - 2182:17
**conclusion** [4] - 2098:24, 2122:3, 2140:25, 2156:9
**conclusions** [2] - 2123:6, 2123:11
**condition** [2] - 2143:11, 2186:7
**conditions** [5] - 2131:13, 2135:24, 2143:6, 2143:10, 2186:10
**conducted** [6] - 2133:12, 2143:7, 2161:21, 2169:20, 2170:12, 2207:5
**conducts** [3] - 2188:25, 2189:14, 2190:7
**conduit** [1] - 2102:15
**confidence** [2] - 2112:5, 2154:23
**confident** [1] - 2155:19
**confidential** [1] - 2201:23
**configuration** [2] - 2093:18, 2119:15
**confined** [1] - 2125:19
**confirm** [1] - 2123:2
**confirmed** [1] - 2080:2
**confusing** [2] - 2160:12, 2191:3
**connect** [1] - 2120:21
**connected** [34] - 2097:8, 2103:1, 2103:8, 2103:24, 2111:16, 2113:15, 2115:8, 2115:13, 2115:17, 2115:19, 2115:23, 2117:15, 2120:24, 2121:6, 2121:9, 2122:1, 2122:4, 2122:12, 2125:20, 2126:4, 2126:20, 2126:22, 2127:22, 2131:2, 2131:9, 2136:6, 2151:9, 2151:25, 2152:4, 2163:19, 2171:21, 2174:11, 2207:4, 2208:2
**connectivity** [29] -

2117:18, 2118:5, 2121:4, 2121:11, 2121:12, 2122:8, 2122:17, 2123:11, 2123:21, 2123:22, 2124:2, 2124:3, 2124:7, 2124:16, 2127:5, 2127:25, 2128:2, 2128:4, 2136:15, 2137:3, 2152:11, 2154:13, 2162:1, 2162:2, 2162:8, 2171:22, 2208:3, 2208:7
**connects** [2] - 2102:24, 2122:21
**consequence** [3] - 2154:10, 2154:16, 2177:2
**consequences** [1] - 2152:2
**conservation** [5] - 2103:23, 2113:19, 2178:8, 2205:16, 2207:8
**conservative** [6] - 2097:2, 2097:4, 2127:13, 2128:3, 2178:25, 2179:8
**conserving** [2] - 2170:2, 2170:4
**consider** [27] - 2085:4, 2092:15, 2114:3, 2117:24, 2123:13, 2128:19, 2128:20, 2129:1, 2130:13, 2135:10, 2136:7, 2137:10, 2137:21, 2137:22, 2138:14, 2143:14, 2144:21, 2145:4, 2150:16, 2150:24, 2164:12, 2164:25, 2172:3, 2177:5, 2186:15, 2200:14, 2208:9
**considered** [12] - 2092:18, 2092:21, 2093:2, 2095:16, 2098:11, 2115:17, 2128:1, 2136:13, 2145:3, 2146:13, 2148:22, 2181:21
**considering** [3] - 2118:10, 2128:24, 2152:19
**considers** [2] - 2113:1, 2144:4
**consistency** [14] - 2111:15, 2111:18,

2112:4, 2151:2,
2151:5, 2151:11,
2151:22, 2151:23,
2154:23, 2155:13,
2156:1, 2156:5,
2172:24, 2182:3
  **consistent** [24] -
2096:16, 2096:23,
2105:19, 2112:4,
2118:2, 2121:23,
2137:23, 2148:16,
2150:18, 2152:12,
2154:12, 2154:20,
2154:21, 2154:22,
2155:21, 2177:16,
2179:9, 2179:11,
2183:5, 2183:6,
2183:12, 2186:16,
2187:15, 2191:9
  **consortium** [1] -
2086:20
  **constant** [3] -
2094:11, 2130:9,
2170:8
  **constrained** [1] -
2112:3
  **construct** [1] -
2118:23
  **constructing** [1] -
2194:5
  **consultancy** [1] -
2198:2
  **consulting** [1] -
2089:14
  **contact** [2] -
2123:16, 2132:14
  **Contact** [1] -
2193:15
  **contacted** [3] -
2102:12, 2123:17,
2192:2
  **contain** [2] -
2120:24, 2129:21
  **contained** [5] -
2101:1, 2126:10,
2143:19, 2144:7,
2181:2
  **containing** [1] -
2102:2
  **contains** [1] -
2101:20
  **contends** [1] -
2080:23
  **content** [2] -
2146:18, 2146:20
  **contents** [1] -
2150:11
  **context** [8] - 2081:5,
2093:25, 2126:16,
2148:15, 2173:2,

2173:22, 2174:16,
2189:21
  **continental** [1] -
2099:18
  **continue** [1] -
2087:21
  **continues** [1] -
2163:15
  **continuing** [5] -
2085:16, 2088:15,
2145:21, 2160:16,
2163:20
  **contour** [1] -
2163:25
  **contours** [2] -
2124:15, 2164:2
  **contradict** [1] -
2202:14
  **contrast** [1] -
2098:13
  **contribution** [4] -
2108:20, 2137:3,
2140:7, 2179:24
  **contributions** [2] -
2090:25, 2091:7
  **controls** [2] -
2174:13, 2175:10
  **controversial** [2] -
2117:11, 2165:25
  **conversion** [14] -
2136:17, 2137:2,
2137:10, 2164:17,
2165:23, 2165:24,
2166:17, 2168:11,
2170:17, 2171:4,
2178:1, 2186:10,
2186:11, 2187:17
  **conversions** [1] -
2136:18
  **convert** [3] - 2131:9,
2165:7, 2207:10
  **converted** [3] -
2176:24, 2186:10,
2186:11
  **converting** [1] -
2131:4
  **cool** [11] - 2097:21,
2098:12, 2098:17,
2166:21, 2167:3,
2168:2, 2168:7,
2169:18, 2169:22,
2170:18, 2172:7
  **Cool** [1] - 2166:9
  **cooling** [16] -
2097:19, 2097:20,
2097:22, 2168:9,
2168:13, 2169:15,
2169:19, 2170:18,
2172:7, 2176:19,
2176:20, 2177:17,

2177:20, 2207:2,
2207:8, 2207:12
  **cools** [2] - 2167:20,
2169:14
  **core** [19] - 2084:3,
2084:5, 2084:7,
2084:10, 2089:6,
2089:7, 2091:3,
2103:19, 2104:16,
2138:22, 2138:24,
2142:16, 2144:15,
2145:9, 2145:11,
2174:24, 2175:4,
2195:4
  **Core** [2] - 2091:2,
2132:8
  **cores** [12] - 2090:2,
2090:9, 2138:6,
2142:24, 2144:13,
2145:7, 2145:22,
2198:23, 2199:3,
2199:12, 2199:13,
2200:10
  **COREY** [1] - 2073:13
  **corner** [1] - 2149:14
  **CORPORATION** [2] -
2074:3, 2075:6
  **correct** [35] -
2079:21, 2080:4,
2081:23, 2081:24,
2086:8, 2135:4,
2137:16, 2142:5,
2144:24, 2159:22,
2161:8, 2170:10,
2173:15, 2182:7,
2182:8, 2185:9,
2185:19, 2187:18,
2188:23, 2190:15,
2190:22, 2191:2,
2191:7, 2191:11,
2191:20, 2193:19,
2196:18, 2197:24,
2200:5, 2201:22,
2202:9, 2202:16,
2206:5, 2208:5,
2209:5
  **correction** [4] -
2131:23, 2143:15,
2143:17, 2172:18
  **corrections** [2] -
2172:17, 2172:20
  **correctly** [4] -
2190:1, 2190:10,
2192:14, 2193:9
  **Could** [1] - 2180:3
  **could** [28] - 2082:18,
2085:21, 2086:25,
2090:19, 2096:18,
2096:22, 2105:8,
2107:11, 2109:22,

2113:24, 2115:18,
2117:16, 2118:7,
2118:18, 2119:1,
2127:17, 2136:4,
2150:17, 2152:11,
2163:14, 2171:14,
2180:4, 2185:6,
2191:8, 2192:10,
2199:14, 2200:4,
2200:13
  **couldn't** [1] - 2094:5
  **counsel** [1] -
2079:21
  **Count** [1] - 2076:8
  **couple** [13] -
2087:10, 2089:12,
2089:18, 2093:2,
2093:7, 2104:16,
2128:7, 2130:4,
2154:2, 2155:10,
2172:23, 2201:25,
2207:18
  **course** [20] -
2099:25, 2100:7,
2101:3, 2102:11,
2102:14, 2106:23,
2113:23, 2118:1,
2121:10, 2122:22,
2138:23, 2140:1,
2150:22, 2150:23,
2165:5, 2167:21,
2170:19, 2179:3,
2196:8, 2200:11
  **COURT** [61] - 2072:1,
2076:19, 2078:5,
2078:6, 2078:14,
2078:19, 2078:22,
2079:1, 2079:4,
2079:6, 2079:9,
2079:16, 2079:20,
2080:4, 2080:11,
2081:8, 2081:15,
2081:18, 2081:21,
2082:9, 2082:11,
2092:4, 2095:1,
2095:4, 2114:17,
2115:2, 2115:5,
2133:15, 2133:19,
2134:22, 2134:24,
2144:8, 2145:25,
2146:4, 2152:24,
2156:11, 2156:16,
2156:19, 2157:2,
2157:14, 2157:20,
2181:10, 2181:15,
2181:18, 2182:7,
2184:1, 2184:5,
2185:24, 2186:22,
2186:25, 2192:20,
2192:25, 2193:3,

2193:6, 2196:3,
2203:11, 2203:16,
2203:20, 2204:18,
2205:6, 2208:13
  **court** [5] - 2081:6,
2114:14, 2137:1,
2157:12, 2192:13
  **Court** [29] - 2082:15,
2084:21, 2087:4,
2090:19, 2092:17,
2095:22, 2101:7,
2101:13, 2101:15,
2107:13, 2115:22,
2118:8, 2122:19,
2124:1, 2124:14,
2128:12, 2141:12,
2147:10, 2168:16,
2172:12, 2180:6,
2182:13, 2183:13,
2184:6, 2204:15,
2204:25, 2209:3,
2209:4, 2209:12
  **Court's** [3] - 2106:6,
2114:24, 2168:12
  **court's** [1] - 2205:4
  **courthouse** [1] -
2157:15
  **cover** [2] - 2094:21,
2118:8
  **COVINGTON** [1] -
2074:8
  **CRAIG** [1] - 2076:4
  **Create** [1] - 2189:25
  **create** [3] - 2118:1,
2198:13, 2198:19
  **created** [1] - 2119:1
  **credible** [1] - 2114:3
  **criticisms** [1] -
2202:4
  **critique** [1] - 2200:1
  **cross** [1] - 2184:10
  **Cross** [1] - 2077:10
  **CROSS** [2] -
2073:20, 2184:8
  **CROSS-
EXAMINATION** [1] -
2184:8
  **Cross-Examination**
- 2077:10
  **cross-examination**
[1] - 2184:10
  **crossed** [1] - 2204:7
  **crossed-out** [1] -
2204:7
  **crosses** [1] -
2160:11
  **CRR** [2] - 2076:19,
2209:11
  **crucial** [1] - 2166:11
  **crude** [1] - 2120:17

**crudely** [1] - 2134:3
**crunched** [1] -
2138:11
**crush** [1] - 2139:2
**crushed** [4] -
2100:13, 2100:14,
2100:19, 2101:24
**crushes** [1] -
2139:24
**cumulative** [12] -
2092:9, 2095:13,
2095:15, 2098:24,
2105:14, 2183:6,
2183:11, 2183:17,
2184:25, 2190:24,
2191:6, 2191:24
**cup** [1] - 2169:17
**current** [1] - 2082:14
**curve** [1] - 2164:25
**custom** [3] - 2205:8,
2205:21, 2205:23
**cut** [2] - 2079:19,
2152:9
**CV** [1] - 2134:20

## D

**D** [7] - 2074:13,
2075:7, 2075:21,
2077:2, 2078:1,
2162:19, 2208:5
**D-21162** [1] -
2190:19
**D-21163** [1] - 2204:2
**D-21165** [1] - 2185:6
**D-22100** [1] - 2188:2
**D-23501** [1] - 2083:2
**D-23502** [1] -
2084:19
**D-23503** [1] -
2086:25
**D-23505** [1] -
2089:13
**D-23506** [1] -
2090:17
**D-23507** [1] -
2094:21
**D-23508** [1] -
2095:12
**D-23509** [1] - 2099:3
**D-23511A** [1] -
2106:5
**D-23513** [1] -
2110:11
**D-23514** [1] -
2112:15
**D-23518** [1] - 2118:7
**D-23521** [1] - 2123:7
**D-23529** [1] - 2131:7

**D-23532** [1] - 2136:1
**D-23533** [1] -
2136:22
**D-23535** [1] -
2137:15
**D-23536A** [1] -
2137:24
**D-23537** [1] - 2139:7
**D-23538** [1] -
2139:21
**D-23540** [1] -
2140:17
**D-23541** [1] - 2141:2
**D-23544** [1] -
2146:10
**D-23545** [1] - 2147:8
**D-23547** [1] -
2155:23
**D-23552** [1] -
2161:24
**D-23553** [1] -
2162:13
**D-23554** [2] -
2158:24, 2159:8
**D-23555** [1] - 2160:4
**D-23556** [1] -
2164:15
**D-23557** [1] -
2165:20
**D-23558** [1] - 2166:8
**D-23559** [1] -
2168:14
**D-23560** [1] -
2170:11
**D-23561** [1] -
2171:13
**D-23562** [1] -
2172:11
**D-23563** [1] - 2173:3
**D-23564** [1] -
2173:22
**D-23565A** [1] -
2176:4
**D-23566** [1] -
2178:15
**D-23567** [1] - 2181:4
**D-24362** [1] -
2121:14
**D-24465** [1] -
2115:21
**D-24469** [1] -
2144:12
**D-24471** [2] -
2149:14, 2149:15
**D-24605** [2] - 2115:9,
2115:19
**D-24606** [1] -
2129:17
**D-24607** [1] -
2137:18

**D-24608** [1] - 2158:3
**D.C** [2] - 2074:17,
2075:11
**daily** [1] - 2183:21
**Dallas** [1] - 2074:25
**Darcy** [1] - 2091:5
**Darcy's** [2] -
2091:10, 2205:16
**Darvish** [24] -
2078:18, 2083:19,
2092:23, 2113:14,
2113:17, 2114:1,
2136:24, 2140:16,
2144:23, 2164:24,
2170:13, 2171:1,
2171:9, 2173:4,
2173:16, 2177:13,
2182:18, 2186:4,
2186:17, 2187:7,
2187:8, 2187:10,
2187:14
**Darvish's** [5] -
2137:8, 2171:19,
2186:9, 2186:21,
2200:22
**Data** [1] - 2193:13
**data** [123] - 2084:3,
2084:5, 2084:10,
2090:12, 2090:13,
2092:13, 2095:8,
2095:9, 2095:17,
2095:21, 2096:2,
2096:3, 2096:5,
2096:6, 2096:15,
2096:16, 2096:24,
2096:25, 2097:5,
2098:3, 2098:15,
2098:20, 2103:7,
2103:15, 2104:3,
2104:9, 2108:25,
2111:5, 2111:6,
2111:10, 2112:1,
2112:3, 2114:5,
2115:23, 2117:6,
2121:8, 2122:4,
2123:5, 2123:19,
2123:23, 2124:8,
2124:9, 2125:13,
2125:15, 2125:19,
2125:24, 2126:16,
2127:3, 2128:7,
2128:9, 2128:14,
2128:24, 2129:2,
2132:1, 2132:13,
2132:21, 2136:15,
2141:22, 2142:11,
2142:19, 2144:14,
2145:2, 2146:11,
2146:13, 2148:1,
2149:10, 2150:18,

2150:22, 2150:24,
2151:13, 2154:11,
2155:2, 2155:8,
2155:9, 2155:10,
2155:14, 2156:1,
2159:19, 2161:2,
2161:17, 2162:17,
2162:20, 2164:14,
2168:18, 2172:2,
2173:17, 2174:25,
2176:13, 2176:23,
2180:23, 2181:3,
2183:19, 2183:20,
2185:14, 2191:9,
2191:10, 2191:13,
2191:14, 2191:15,
2191:17, 2195:9,
2195:17, 2199:2,
2199:4, 2199:7,
2199:8, 2199:10,
2199:11, 2199:15,
2199:18, 2199:20,
2208:7
**databased** [1] -
2155:21
**Daubert** [1] -
2081:21
**DAVID** [1] - 2076:14
**DAVIS** [1] - 2075:22
**DAVIS-DENNY** [1] -
2075:22
**Dawn** [1] - 2193:11
**Day** [3] - 2109:12,
2188:20
**DAY** [1] - 2072:11
**day** [21] - 2080:1,
2080:2, 2093:11,
2109:23, 2124:22,
2169:13, 2177:5,
2177:19, 2179:3,
2181:13, 2182:14,
2185:18, 2185:25,
2186:3, 2186:5,
2186:12, 2186:16,
2188:10, 2188:11,
2200:21
**days** [26] - 2104:16,
2105:2, 2105:4,
2105:7, 2105:16,
2124:19, 2124:23,
2125:24, 2128:20,
2129:15, 2130:22,
2134:8, 2155:10,
2155:12, 2159:15,
2159:21, 2160:19,
2166:2, 2180:17,
2180:23, 2180:24,
2188:16, 2205:1,
2205:2, 2205:3
**DC** [3] - 2073:22,

2073:25, 2074:9
**deal** [3] - 2094:7,
2196:16, 2196:19
**dealing** [3] -
2138:23, 2138:24,
2139:1
**DEBORAH** [1] -
2075:7
**decide** [2] - 2092:12,
2117:2
**decided** [3] -
2092:23, 2207:19,
2208:1
**decisions** [1] -
2098:3
**declines** [2] -
2158:19, 2183:4
**deconvolution** [1] -
2180:22
**decrease** [6] -
2158:14, 2163:15,
2163:20, 2177:9,
2179:16, 2179:19
**decreases** [2] -
2102:20, 2139:24
**deep** [6] - 2089:19,
2099:9, 2100:13,
2102:11, 2131:11,
2131:16
**DEEPWATER** [3] -
2072:4, 2075:13,
2075:14
**deepwater** [4] -
2089:15, 2122:16,
2124:4, 2194:15
**default** [1] - 2132:17
**defer** [2] - 2191:21,
2196:12
**deferred** [1] -
2141:19
**define** [2] - 2124:14,
2126:18
**definitely** [1] -
2189:4
**deflated** [1] -
2106:22
**degree** [1] - 2096:18
**degrees** [7] - 2083:8,
2166:4, 2167:22,
2167:24, 2168:23,
2168:24
**delta** [1] - 2111:23
**demonstrate** [2] -
2113:2, 2181:23
**demonstrated** [3] -
2121:16, 2129:5,
2134:20
**demonstrating** [1] -
2133:15
**DEMONSTRATING)**

[1] - 2200:9

**demonstrative** [18] - 2099:2, 2101:15, 2103:17, 2114:19, 2115:22, 2123:9, 2124:13, 2136:22, 2139:20, 2151:3, 2157:7, 2157:25, 2158:22, 2164:15, 2166:9, 2168:12, 2181:22, 2182:2

**Demonstrative** [4] - 2122:18, 2123:25, 2158:10, 2172:10

**demonstratives** [1] - 2081:12

**DENNY** [1] - 2075:22

**denser** [1] - 2170:18

**density** [1] - 2166:16

**Department** [2] - 2086:17, 2087:17

**DEPARTMENT** [3] - 2073:16, 2073:23

**department** [6] - 2085:5, 2086:16, 2087:17, 2087:19, 2189:10

**depend** [1] - 2110:1

**dependent** [1] - 2174:3

**depicted** [7] - 2101:7, 2101:13, 2103:18, 2104:6, 2104:24, 2105:7, 2105:9

**depicts** [1] - 2118:9

**depletion** [1] - 2172:21

**deposed** [1] - 2195:18

**deposit** [1] - 2100:3

**deposited** [4] - 2100:6, 2100:9, 2101:23, 2119:16

**depositing** [1] - 2100:4

**deposition** [21] - 2079:13, 2079:23, 2079:25, 2080:21, 2081:3, 2081:9, 2144:1, 2184:13, 2184:16, 2186:19, 2187:1, 2187:4, 2187:24, 2192:8, 2192:25, 2196:5, 2198:4, 2201:13, 2203:4, 2203:13, 2205:3

**depth** [2] - 2120:19, 2167:24

**depths** [1] - 2167:24

**DEPUTY** [4] - 2081:25, 2082:3, 2156:14, 2208:16

**derive** [4] - 2099:6, 2099:7, 2102:9, 2205:8

**derived** [11] - 2159:19, 2174:16, 2201:13, 2201:15, 2201:21, 2205:13, 2205:21, 2205:23, 2206:10, 2206:24, 2208:3

**describe** [31] - 2087:1, 2089:4, 2090:3, 2090:19, 2092:17, 2096:14, 2101:7, 2101:13, 2118:8, 2121:14, 2124:14, 2125:4, 2131:6, 2135:16, 2137:25, 2139:11, 2147:9, 2152:18, 2153:1, 2158:12, 2160:4, 2162:14, 2168:16, 2173:22, 2182:13, 2194:4, 2195:2, 2195:7, 2201:17, 2203:2

**described** [16] - 2094:15, 2105:3, 2108:20, 2111:10, 2119:17, 2144:3, 2149:24, 2162:19, 2162:23, 2162:24, 2168:25, 2172:11, 2191:7, 2200:21, 2205:11, 2206:9

**describes** [1] - 2112:24

**description** [1] - 2094:5

**design** [1] - 2084:14

**designations** [1] - 2079:13

**designed** [2] - 2150:7, 2152:16

**desk** [1] - 2078:8

**detail** [13] - 2091:22, 2095:24, 2098:2, 2098:13, 2103:19, 2105:15, 2149:4, 2150:9, 2172:23, 2187:22, 2201:16, 2203:25, 2205:11

**detailed** [3] - 2107:2, 2129:22, 2135:12

**details** [13] - 2096:1, 2111:17, 2112:13,

2113:8, 2125:16, 2129:23, 2169:23, 2169:24, 2174:3, 2189:22, 2201:6, 2201:20, 2203:19

**determination** [17] - 2097:9, 2115:15, 2127:1, 2131:1, 2137:21, 2141:9, 2142:5, 2155:11, 2175:24, 2179:4, 2179:17, 2179:20, 2181:3, 2186:16, 2190:18, 2200:18

**determinations** [6] - 2097:11, 2097:14, 2148:22, 2184:25, 2200:10, 2200:11

**determine** [11] - 2082:24, 2084:12, 2092:9, 2097:9, 2111:23, 2131:22, 2161:18, 2200:20, 2207:2, 2208:2, 2208:7

**determined** [7] - 2097:13, 2123:4, 2126:5, 2137:19, 2151:8, 2204:15, 2207:3

**determining** [2] - 2083:12, 2105:5

**develop** [3] - 2091:3, 2106:7, 2162:15

**developed** [4] - 2086:1, 2135:3, 2191:10, 2206:20

**developing** [1] - 2125:4

**development** [1] - 2085:16

**devote** [1] - 2182:16

**devoted** [1] - 2153:5

**Dexter** [1] - 2073:14

**diagnose** [1] - 2124:25

**diagnostic** [11] - 2124:20, 2125:15, 2126:6, 2128:16, 2129:7, 2129:8, 2129:9, 2130:11, 2130:24, 2163:18, 2180:25

**diagnostics** [1] - 2128:17

**diagram** [5] - 2121:23, 2139:7, 2139:8, 2182:12, 2182:14

**dial** [1] - 2154:17

**Diamond** [1] - 2076:1

**did** [85] - 2080:20, 2081:6, 2081:8, 2083:6, 2083:23, 2084:20, 2084:22, 2085:23, 2086:22, 2087:21, 2092:9, 2092:12, 2092:15, 2092:16, 2092:18, 2094:7, 2094:18, 2094:20, 2095:6, 2095:8, 2098:22, 2098:24, 2105:17, 2105:25, 2109:25, 2113:20, 2114:9, 2116:18, 2117:9, 2122:13, 2123:22, 2127:12, 2127:14, 2131:8, 2131:21, 2132:2, 2132:10, 2132:19, 2135:6, 2141:1, 2144:13, 2144:21, 2144:22, 2145:7, 2145:25, 2146:10, 2146:13, 2149:8, 2149:25, 2150:16, 2150:19, 2159:15, 2162:3, 2162:5, 2164:24, 2176:12, 2178:18, 2180:1, 2180:2, 2180:7, 2181:16, 2182:6, 2182:20, 2185:12, 2185:25, 2186:3, 2186:4, 2186:9, 2186:20, 2187:6, 2187:13, 2187:22, 2190:1, 2190:9, 2191:4, 2192:8, 2192:14, 2193:9, 2193:24, 2194:12, 2194:13, 2199:11, 2199:16

**didn't** [32] - 2080:22, 2080:24, 2081:8, 2114:17, 2123:16, 2128:8, 2128:19, 2128:20, 2129:1, 2145:1, 2156:21, 2182:5, 2185:21, 2186:3, 2186:12, 2186:14, 2187:5, 2187:8, 2187:21, 2188:7, 2189:20, 2194:11, 2196:3, 2199:1, 2199:8, 2199:16, 2199:17, 2199:25, 2200:20, 2203:11, 2205:12

**difference** [21] -

2098:2, 2104:1, 2110:9, 2112:19, 2112:20, 2113:10, 2113:21, 2137:1, 2137:4, 2156:2, 2156:7, 2158:13, 2170:11, 2170:16, 2170:20, 2170:23, 2170:25, 2171:8, 2179:20, 2179:21

**differences** [3] - 2171:11, 2171:15, 2171:17

**different** [26] - 2097:10, 2098:18, 2110:22, 2110:25, 2112:19, 2113:9, 2113:12, 2117:13, 2120:22, 2128:17, 2128:18, 2136:4, 2136:12, 2136:21, 2137:2, 2146:4, 2162:11, 2164:21, 2164:22, 2174:19, 2174:24, 2175:8, 2180:16, 2182:21, 2186:25

**difficult** [4] - 2094:3, 2094:4, 2099:9, 2129:2

**difficulties** [1] - 2183:21

**difficulty** [2] - 2093:10, 2116:16

**dimensional** [1] - 2121:17

**dimensions** [1] - 2119:2

**Dire** [1] - 2077:8

**DIRE** [1] - 2082:12

**DIRECT** [1] - 2092:6

**direct** [9] - 2077:9, 2084:19, 2151:1, 2174:21, 2185:16, 2197:1, 2199:8, 2199:10, 2206:12

**direction** [5] - 2120:10, 2145:15, 2145:16, 2146:6, 2146:7

**directly** [7] - 2132:13, 2158:20, 2187:7, 2188:5, 2190:19, 2199:2, 2199:18

**disagree** [3] - 2079:23, 2112:11, 2188:6

**disagreed** [1] - 2199:22

**disagreement** [16] -
2108:7, 2108:22,
2112:10, 2113:4,
2113:6, 2114:7,
2125:17, 2127:10,
2138:5, 2159:6,
2165:3, 2165:4,
2168:6, 2170:24,
2171:5, 2179:10

**discipline** [2] -
2103:2, 2111:16

**discuss** [9] -
2089:19, 2097:10,
2097:20, 2115:10,
2134:17, 2136:22,
2166:22, 2181:25

**discussed** [12] -
2089:23, 2098:13,
2110:13, 2126:24,
2132:22, 2136:8,
2137:1, 2145:22,
2150:20, 2171:25,
2185:13, 2195:8

**discussing** [2] -
2081:4, 2090:15

**discussion** [18] -
2090:16, 2098:21,
2107:14, 2113:8,
2114:13, 2132:19,
2134:15, 2134:19,
2138:3, 2145:22,
2147:9, 2147:25,
2155:9, 2155:15,
2157:24, 2172:25,
2173:6, 2179:22

**discussions** [2] -
2143:20, 2143:21

**dishonor** [2] -
2095:21, 2096:5

**disregard** [2] -
2096:5, 2096:7

**disregarded** [2] -
2098:15, 2098:20

**distinct** [1] - 2185:1

**distorts** [1] - 2167:1

**District** [2] - 2209:4

**DISTRICT** [3] -
2072:1, 2072:1,
2072:13

**DIVISION** [1] -
2073:24

**Docket** [3] - 2072:3,
2072:7, 2072:9

**Doctor** [1] - 2166:10

**Document** [1] -
2157:7

**document** [6] -
2080:21, 2080:22,
2080:24, 2080:25,
2157:8, 2181:8

**documents** [4] -
2150:15, 2156:23,
2157:1, 2157:3

**does** [43] - 2082:20,
2087:6, 2096:25,
2099:17, 2101:10,
2110:1, 2112:1,
2112:23, 2114:4,
2121:15, 2124:8,
2129:21, 2134:16,
2135:8, 2135:20,
2136:23, 2136:24,
2138:1, 2138:19,
2138:25, 2148:10,
2151:14, 2151:21,
2154:23, 2158:12,
2164:10, 2165:12,
2166:10, 2170:11,
2170:22, 2171:5,
2171:7, 2172:10,
2172:11, 2172:15,
2177:3, 2177:14,
2177:20, 2177:25,
2178:2, 2182:22,
2184:18

**doesn't** [18] - 2102:1,
2105:13, 2113:17,
2127:15, 2130:15,
2150:25, 2152:13,
2155:13, 2156:4,
2172:6, 2177:9,
2177:10, 2181:6,
2183:9, 2199:11,
2202:16, 2207:22

**doing** [16] - 2096:17,
2099:19, 2100:7,
2101:8, 2106:8,
2109:8, 2109:13,
2112:5, 2116:8,
2121:17, 2126:15,
2151:10, 2162:19,
2170:2, 2173:16,
2188:18

**DOJ** [3] - 2079:14,
2080:1, 2080:8

**domain** [1] - 2088:22

**dome** [2] - 2120:10,
2120:11

**dome-shaped** [1] -
2120:10

**DOMENGEAUX** [1] -
2072:18

**DON** [1] - 2074:5

**don't** [57] - 2079:18,
2080:7, 2080:25,
2081:2, 2097:23,
2098:17, 2099:11,
2102:24, 2103:19,
2110:3, 2110:9,
2110:20, 2111:13,

2111:17, 2118:14,
2121:2, 2123:14,
2124:4, 2126:5,
2127:6, 2128:5,
2128:23, 2128:24,
2129:16, 2132:17,
2133:8, 2133:10,
2136:9, 2136:14,
2137:10, 2146:1,
2156:11, 2171:13,
2172:3, 2174:5,
2179:8, 2181:25,
2182:9, 2184:19,
2185:1, 2186:13,
2187:10, 2187:22,
2188:15, 2188:21,
2189:22, 2192:17,
2196:11, 2196:17,
2197:21, 2198:21,
2200:13, 2202:23,
2203:3, 2204:17,
2204:20

**DONALD** [1] -
2074:22

**donating** [1] -
2189:19

**done** [36] - 2086:14,
2087:3, 2088:5,
2090:20, 2096:15,
2104:5, 2116:12,
2118:17, 2125:2,
2127:8, 2130:2,
2132:23, 2133:5,
2142:22, 2144:4,
2148:3, 2153:15,
2161:2, 2164:25,
2168:15, 2172:25,
2174:23, 2175:18,
2175:24, 2176:7,
2176:23, 2191:8,
2194:5, 2195:11,
2199:18, 2200:13,
2201:11, 2202:5,
2205:19

**dots** [1] - 2116:15

**double** [2] - 2173:12

**doubles** [1] - 2113:4

**doubt** [3] - 2196:14,
2199:5, 2200:19

**DOUGLAS** [1] -
2073:10

**Down** [1] - 2166:10

**down** [35] - 2098:12,
2098:17, 2099:23,
2100:12, 2101:24,
2108:13, 2108:19,
2116:2, 2129:7,
2138:17, 2138:18,
2139:2, 2139:25,
2142:2, 2152:5,

2152:16, 2154:17,
2158:17, 2166:21,
2167:20, 2167:22,
2168:7, 2168:9,
2168:25, 2169:12,
2169:14, 2169:18,
2169:22, 2170:18,
2172:7, 2175:8,
2177:22, 2177:23,
2207:8

**downhole** [5] -
2093:12, 2093:15,
2159:2, 2165:8,
2175:2

**DOYEN** [1] - 2075:21

**dozen** [1] - 2089:21

**dozens** [2] - 2203:6

**Dr** [147] - 2078:18,
2078:21, 2078:25,
2079:3, 2079:8,
2079:14, 2080:16,
2080:20, 2080:24,
2081:13, 2081:20,
2081:22, 2082:18,
2082:21, 2083:19,
2085:21, 2086:22,
2087:1, 2089:4,
2090:1, 2090:19,
2092:3, 2092:8,
2092:23, 2094:18,
2094:25, 2095:6,
2095:13, 2098:21,
2101:12, 2103:3,
2103:21, 2105:23,
2110:20, 2110:21,
2111:9, 2112:11,
2112:22, 2113:14,
2113:17, 2114:1,
2114:9, 2114:13,
2114:14, 2114:17,
2114:19, 2114:23,
2115:7, 2115:13,
2115:19, 2115:21,
2116:8, 2117:12,
2117:13, 2117:14,
2118:7, 2123:8,
2128:8, 2129:18,
2132:11, 2132:22,
2133:15, 2135:3,
2135:10, 2135:19,
2136:20, 2136:24,
2137:6, 2137:8,
2137:13, 2137:18,
2139:8, 2140:15,
2140:16, 2140:17,
2140:18, 2140:19,
2140:21, 2141:12,
2141:13, 2141:14,
2141:15, 2144:23,
2146:10, 2148:24,

2149:17, 2149:24,
2150:14, 2151:4,
2153:1, 2156:2,
2156:4, 2156:8,
2157:22, 2158:25,
2164:24, 2170:21,
2171:1, 2171:12,
2171:13, 2171:19,
2172:9, 2172:13,
2172:22, 2173:6,
2173:16, 2173:22,
2177:13, 2178:17,
2179:14, 2179:25,
2180:6, 2181:14,
2181:19, 2181:24,
2181:25, 2182:5,
2182:12, 2182:18,
2183:15, 2183:25,
2184:10, 2185:24,
2186:4, 2186:9,
2186:17, 2186:19,
2186:21, 2187:7,
2187:8, 2187:10,
2187:14, 2187:20,
2188:3, 2188:7,
2200:22, 2202:17

**drainage** [1] -
2180:15

**DRAKE** [1] - 2076:8

**drapes** [1] - 2152:11

**draw** [1] - 2194:11

**drill** [15] - 2102:6,
2102:7, 2102:11,
2102:17, 2102:24,
2116:17, 2117:2,
2118:4, 2120:14,
2121:12, 2122:20,
2122:22, 2123:5,
2139:19, 2139:22

**drilled** [9] - 2099:7,
2104:17, 2116:10,
2118:3, 2120:16,
2121:19, 2121:20,
2139:21, 2147:18

**DRILLING** [1] -
2075:14

**drilling** [11] -
2101:14, 2104:5,
2116:2, 2116:13,
2121:15, 2123:19,
2142:2, 2147:18,
2147:21, 2159:3,
2175:3

**drives** [1] - 2140:9

**driving** [3] - 2110:2,
2140:10, 2174:7

**drop** [21] - 2106:25,
2107:4, 2113:7,
2113:15, 2113:22,
2114:7, 2158:1,

2158:4, 2158:6,
2158:21, 2165:3,
2166:24, 2167:9,
2167:11, 2170:20,
2170:23, 2171:2,
2173:9, 2173:15,
2177:8, 2178:4
**droplets** [1] -
2134:11
**drops** [6] - 2108:3,
2113:10, 2131:17,
2139:23, 2140:6,
2158:8
**Drs** [2] - 2170:12,
2171:9
**ductile** [1] - 2146:24
**due** [1] - 2114:23
**dumped** [4] -
2099:24, 2119:8,
2119:10, 2119:14
**during** [5] - 2085:24,
2105:8, 2186:19,
2203:4, 2206:12
**Dykhuizen** [5] -
2079:8, 2080:16,
2080:20, 2156:21
**dynamics** [4] -
2109:21, 2109:22,
2196:23, 2200:7

# E

**E** [13] - 2073:4,
2074:12, 2074:22,
2075:2, 2075:10,
2076:8, 2077:2,
2078:1, 2085:23,
2129:6, 2182:16,
2197:7
**e** [4] - 2150:23,
2155:4, 2192:11
**E&P** [1] - 2075:6
**e-mail** [2] - 2192:11
**e-mails** [2] -
2150:23, 2155:4
**each** [3] - 2091:13,
2121:2, 2152:7
**earlier** [8] - 2104:7,
2104:8, 2119:17,
2140:15, 2142:21,
2162:1, 2162:2,
2176:10
**early** [5] - 2083:3,
2129:1, 2130:5,
2176:16, 2177:20
**Earth** [1] - 2087:18
**earth** [1] - 2189:10
**easier** [1] - 2115:5
**easiest** [1] - 2139:12

**easily** [4] - 2146:24,
2153:7, 2153:12,
2174:2
**East** [1] - 2076:1
**EASTERN** [1] -
2072:1
**Eastern** [1] - 2209:4
**easy** [2] - 2138:14,
2177:7
**edges** [1] - 2126:8
**educational** [3] -
2083:1, 2083:3,
2083:5
**EDWARDS** [2] -
2072:18, 2076:4
**effect** [5] - 2101:14,
2102:7, 2156:6,
2166:19, 2166:20
**effectively** [1] -
2180:24
**effects** [2] - 2152:6,
2166:20
**efficiency** [3] -
2133:13, 2133:25,
2134:13
**eight** [1] - 2155:20
**EISERT** [1] - 2074:16
**either** [3] - 2081:2,
2133:19, 2134:20
**elastic** [2] - 2088:20,
2108:13
**elasticity** [2] -
2108:21, 2109:1
**elected** [2] -
2094:19, 2097:4
**elevated** [1] -
2143:17
**elicit** [1] - 2181:23
**ELLIS** [3] - 2074:10,
2074:15, 2074:18
**Elm** [1] - 2074:25
**else** [2] - 2081:18,
2091:23
**Emilsen** [2] - 2197:9,
2197:16
**emphasis** [2] -
2138:3, 2162:8
**emphasize** [1] -
2179:16
**employ** [1] - 2113:18
**employed** [1] -
2110:20
**employment** [3] -
2082:14, 2083:6,
2084:22
**enable** [2] - 2125:1,
2207:17
**enables** [3] - 2096:2,
2111:12, 2163:19
**encounter** [5] -

2116:22, 2132:16,
2162:4, 2162:6,
2175:5
**encountered** [3] -
2117:5, 2122:7,
2123:19
**encounters** [1] -
2125:10
**end** [30] - 2093:17,
2094:10, 2097:11,
2103:25, 2109:19,
2110:6, 2110:8,
2110:23, 2112:18,
2113:9, 2113:21,
2125:11, 2126:2,
2130:23, 2147:1,
2152:4, 2154:3,
2154:5, 2154:6,
2154:12, 2154:17,
2155:12, 2160:16,
2161:3, 2161:20,
2164:2, 2164:7,
2165:2, 2197:14,
2199:23
**ended** [1] - 2105:14
**ends** [6] - 2125:23,
2126:9, 2129:11,
2130:18, 2162:6,
2163:18
**ENERGY** [1] -
2074:21
**Energy** [2] - 2075:16,
2086:18
**energy** [8] - 2170:2,
2170:3, 2170:4,
2178:8, 2190:9,
2207:8
**ENFORCEMENT** [1]
- 2073:17
**engaged** [1] - 2094:7
**engagement** [2] -
2090:3, 2142:24
**ENGEL** [1] - 2073:20
**engineer** [7] -
2083:11, 2084:9,
2091:17, 2099:1,
2118:21, 2154:14,
2155:4
**engineering** [47] -
2082:17, 2083:7,
2084:24, 2085:5,
2085:12, 2086:23,
2087:2, 2087:6,
2087:15, 2087:24,
2089:19, 2090:21,
2091:1, 2091:20,
2092:3, 2093:7,
2095:22, 2101:6,
2101:10, 2101:17,
2107:23, 2112:1,

2117:23, 2118:23,
2121:7, 2124:21,
2127:21, 2136:16,
2148:23, 2150:20,
2151:11, 2152:14,
2155:18, 2161:12,
2170:1, 2175:9,
2189:10, 2189:12,
2194:6, 2195:10,
2197:23, 2197:25,
2201:4, 2202:1,
2202:24, 2208:9,
2208:10
**Engineering** [1] -
2087:18
**Engineers** [4] -
2086:11, 2086:13,
2090:24, 2091:7
**engineers** [5] -
2087:19, 2089:23,
2108:1, 2155:5,
2155:7
**enjoyed** [1] - 2085:8
**enough** [4] -
2104:19, 2122:5,
2157:13, 2167:25
**entire** [1] - 2102:25
**entirely** [4] -
2146:18, 2177:16,
2177:18, 2183:11
**entitled** [2] -
2189:25, 2209:7
**entrained** [1] -
2134:11
**entry** [1] - 2104:25
**envelope** [1] -
2187:15
**ENVIRONMENTAL**
[1] - 2073:17
**equation** [16] -
2091:10, 2103:13,
2103:22, 2106:12,
2110:11, 2110:19,
2110:21, 2110:22,
2112:12, 2115:8,
2115:10, 2137:14,
2137:16, 2157:23,
2203:22, 2203:24
**equations** [13] -
2170:5, 2200:23,
2200:24, 2201:7,
2201:14, 2201:20,
2205:13, 2205:25,
2206:2, 2206:11,
2208:3, 2208:5
**equilibrate** [1] -
2163:24
**equilibrium** [1] -
2164:4
**equipment** [4] -

2093:6, 2093:13,
2093:19, 2093:24
**Erica** [1] - 2080:14
**eroded** [2] - 2099:23,
2197:15
**eroding** [1] - 2099:17
**erosion** [6] -
2093:20, 2183:8,
2197:2, 2197:3,
2197:5, 2197:6
**err** [1] - 2179:1
**erred** [1] - 2191:8
**erring** [2] - 2097:22,
2179:7
**ESQ** [55] - 2072:16,
2072:18, 2072:22,
2072:24, 2073:1,
2073:4, 2073:6,
2073:9, 2073:10,
2073:13, 2073:13,
2073:17, 2073:18,
2073:18, 2073:19,
2073:19, 2073:20,
2073:20, 2073:21,
2073:24, 2074:5,
2074:8, 2074:11,
2074:11, 2074:12,
2074:12, 2074:13,
2074:15, 2074:16,
2074:16, 2074:19,
2074:22, 2074:22,
2074:23, 2074:23,
2074:24, 2075:2,
2075:2, 2075:7,
2075:10, 2075:10,
2075:15, 2075:18,
2075:21, 2075:21,
2075:22, 2075:22,
2075:23, 2076:1,
2076:4, 2076:4,
2076:8, 2076:11,
2076:14, 2076:17
**essence** [3] -
2111:25, 2155:17,
2208:9
**essentially** [31] -
2079:14, 2080:9,
2088:2, 2088:9,
2089:23, 2099:11,
2103:7, 2110:9,
2114:8, 2125:2,
2127:6, 2135:19,
2137:9, 2138:22,
2140:5, 2146:21,
2147:17, 2150:10,
2150:19, 2151:24,
2161:19, 2164:25,
2165:18, 2166:18,
2167:23, 2170:15,
2171:17, 2173:11,

2174:7, 2180:23, 2181:2

**established** [2] - 2169:25, 2206:19

**establishes** [1] - 2081:2

**estimate** [12] - 2095:15, 2096:4, 2097:1, 2109:22, 2136:6, 2140:23, 2144:25, 2158:6, 2183:22, 2184:21, 2202:7, 2202:14

**estimated** [3] - 2105:25, 2193:16, 2193:25

**estimates** [3] - 2095:20, 2176:3, 2202:8

**Estimating** [2] - 2193:8, 2193:12

**ET** [2] - 2072:8, 2072:10

**evaluate** [5] - 2121:8, 2150:17, 2174:17, 2178:24, 2197:7

**evaluated** [3] - 2156:2, 2174:20, 2178:23

**evaluation** [3] - 2115:13, 2118:10, 2147:4

**even** [19] - 2093:11, 2100:6, 2104:8, 2112:3, 2112:18, 2116:24, 2123:1, 2133:9, 2133:20, 2136:14, 2141:16, 2142:2, 2150:25, 2175:14, 2175:16, 2178:12, 2197:6, 2198:21, 2206:1

**events** [1] - 2105:8

**ever** [2] - 2088:15, 2208:4

**every** [7] - 2105:15, 2150:8, 2171:14, 2187:22, 2201:16, 2205:11, 2206:10

**everybody** [2] - 2078:8, 2079:19

**everyone** [5] - 2078:6, 2156:19, 2165:6, 2167:17, 2168:7

**everything** [7] - 2099:8, 2107:5, 2122:21, 2127:16, 2139:18, 2154:11,

2201:17

**everywhere** [2] - 2168:3, 2174:8

**evidence** [16] - 2094:25, 2133:4, 2141:23, 2143:14, 2146:14, 2151:1, 2155:22, 2172:4, 2179:12, 2180:9, 2180:15, 2180:18, 2181:23, 2192:20, 2192:21, 2208:8

**evidentiary** [1] - 2156:18

**evolve** [1] - 2109:25

**exact** [1] - 2186:13

**exactly** [17] - 2107:1, 2107:10, 2108:2, 2108:15, 2109:20, 2110:19, 2118:14, 2120:3, 2129:3, 2133:5, 2140:13, 2142:3, 2153:18, 2176:7, 2181:15, 2186:12, 2187:13

**exaggerate** [1] - 2111:12

**EXAMINATION** [3] - 2082:12, 2092:6, 2184:8

**examination** [3] - 2142:21, 2149:18, 2184:10

**Examination** [3] - 2077:8, 2077:9, 2077:10

**examine** [3] - 2109:17, 2182:22, 2198:12

**example** [3] - 2083:18, 2097:3

**examples** [1] - 2097:6

**except** [3] - 2156:24, 2197:4, 2205:19

**exception** [1] - 2157:1

**exceptions** [1] - 2080:11

**excerpt** [1] - 2123:7

**excluded** [2] - 2114:13, 2143:25

**excludes** [1] - 2181:2

**exclusively** [1] - 2194:18

**excuse** [3] - 2140:17, 2157:25, 2185:24

**exercise** [1] - 2164:25

**exhibit** [11] - 2080:19, 2081:7, 2081:12, 2114:21, 2123:9, 2153:8, 2156:21, 2157:10, 2161:23, 2181:10, 2192:25

**Exhibit** [2] - 2146:10, 2192:10

**exhibits** [8] - 2078:16, 2078:17, 2078:21, 2078:24, 2079:2, 2079:7, 2080:15, 2156:22

**exist** [3] - 2111:13, 2171:15, 2199:11

**exists** [1] - 2123:4

**expand** [1] - 2158:19

**expandability** [1] - 2107:21

**expanded** [1] - 2130:6

**expanding** [3] - 2102:20, 2107:19, 2108:9

**expands** [5] - 2107:18, 2107:20, 2108:3, 2140:6, 2140:9

**expansion** [1] - 2140:5

**expect** [6] - 2145:14, 2146:24, 2149:9, 2149:23, 2169:17, 2181:22

**expecting** [1] - 2147:5

**experience** [10] - 2083:4, 2089:14, 2095:10, 2142:25, 2143:6, 2143:22, 2144:2, 2144:3, 2144:9, 2145:10

**experimental** [4] - 2098:15, 2132:21, 2141:9, 2142:3

**experimentally** [2] - 2108:5, 2133:4

**experiments** [1] - 2133:24

**expert** [69] - 2081:1, 2092:3, 2093:21, 2094:15, 2105:3, 2107:3, 2111:21, 2112:16, 2114:13, 2114:23, 2114:25, 2115:3, 2120:4, 2130:6, 2130:24, 2132:23, 2135:11, 2135:12, 2141:15,

2141:18, 2144:24, 2146:16, 2147:20, 2148:3, 2149:11, 2150:21, 2153:6, 2161:15, 2166:22, 2168:19, 2175:25, 2180:19, 2180:20, 2182:22, 2183:5, 2184:12, 2184:18, 2186:2, 2186:4, 2187:16, 2187:22, 2190:18, 2193:22, 2193:23, 2194:11, 2195:6, 2195:7, 2195:11, 2195:13, 2195:15, 2195:20, 2196:13, 2196:20, 2196:23, 2197:1, 2197:6, 2197:17, 2200:22, 2202:20, 2204:5, 2204:7, 2204:9, 2204:14, 2204:25, 2205:1, 2205:22, 2206:17, 2206:25

**expertise** [15] - 2092:14, 2092:18, 2134:20, 2141:19, 2191:22, 2194:2, 2194:7, 2195:3, 2195:9, 2195:14, 2195:16, 2195:22, 2196:15, 2196:17, 2199:25

**experts** - 2092:1, 2094:7, 2096:10, 2098:14, 2108:6, 2108:23, 2112:9, 2114:24, 2125:17, 2126:13, 2130:21, 2136:5, 2136:12, 2155:6, 2155:16, 2159:6, 2161:1, 2165:24, 2166:15, 2168:4, 2168:8, 2170:8, 2173:1, 2173:16, 2176:23, 2178:11, 2178:16, 2190:12, 2204:3, 2204:9, 2204:16, 2205:1, 2205:5

**experts'** [1] - 2194:16

**explain** [12] - 2106:8, 2107:16, 2115:22, 2120:5, 2124:1, 2128:12, 2131:8, 2132:24, 2139:8, 2141:2, 2160:17, 2180:6

**explicitly** [2] - 2185:6, 2190:16

**EXPLORATION** [2] - 2072:10, 2074:3

**explore** [2] - 2172:22, 2192:18

**express** [1] - 2145:25

**exsolves** [1] - 2131:17

**extend** [2] - 2102:3, 2175:15

**extends** [2] - 2160:21, 2180:16

**extent** [9] - 2103:7, 2104:4, 2115:3, 2120:8, 2151:13, 2151:15, 2171:19, 2194:13

**extra** [1] - 2140:7

**extracted** [1] - 2175:22

**extremely** [2] - 2105:4, 2203:25

**eye** [1] - 2101:2

**F**

**F** [4] - 2166:4, 2167:22, 2168:23, 2168:25

**fact** [19] - 2086:9, 2090:7, 2091:23, 2092:20, 2097:21, 2099:8, 2100:8, 2100:17, 2110:3, 2114:18, 2115:2, 2119:9, 2124:23, 2142:2, 2144:15, 2151:17, 2168:21, 2182:2, 2185:6

**factor** [7] - 2131:22, 2131:25, 2135:9, 2135:15, 2135:22, 2171:8, 2197:8

**facts** [1] - 2095:22

**factual** [1] - 2144:9

**faculty** [1] - 2084:24

**failure** [1] - 2197:19

**fair** [5] - 2198:3, 2198:16, 2198:17, 2202:23, 2203:3

**fairness** [1] - 2203:16

**Fannin** [1] - 2075:19

**fantastic** [1] - 2085:7

**far** [3] - 2131:10, 2154:9, 2168:6

**farther** [1] - 2134:22

**fast** [3] - 2109:22, 2154:7

**faster** [3] - 2122:23, 2177:22, 2178:2

**faults** [1] - 2152:11

**feature** [1] - 2108:8

**features** [1] - 2203:1

**feedback** [1] - 2202:3

**feet** [10] - 2100:10, 2100:12, 2101:18, 2108:16, 2119:11, 2120:18, 2139:14, 2140:11, 2175:5, 2175:16

**Ferguson** [1] - 2086:10

**few** [7] - 2083:6, 2088:23, 2090:5, 2111:7, 2129:16, 2142:23, 2164:16

**fewer** [1] - 2133:5

**field** [24] - 2084:17, 2091:7, 2091:20, 2098:9, 2098:10, 2102:25, 2103:8, 2104:5, 2117:21, 2120:10, 2122:20, 2123:18, 2124:5, 2125:23, 2127:6, 2136:14, 2147:16, 2155:3, 2155:12, 2160:22, 2162:7, 2197:25, 2206:17

**field-specific** [1] - 2197:25

**FIELDS** [1] - 2074:12

**fields** [2] - 2133:7, 2148:2

**Fifteenth** [1] - 2074:17

**fifth** [1] - 2204:9

**fifty** [2] - 2099:21, 2099:22

**figure** [2] - 2147:19, 2149:8

**figures** [1] - 2129:20

**files** [1] - 2144:18

**filled** [1] - 2138:20

**final** [38] - 2093:1, 2104:21, 2104:22, 2104:23, 2105:6, 2107:4, 2112:4, 2150:19, 2155:7, 2158:15, 2159:16, 2160:2, 2160:6, 2160:14, 2161:4, 2161:5, 2161:9, 2161:18, 2162:9, 2164:4, 2164:21,

2165:6, 2167:5, 2167:8, 2168:10, 2169:20, 2172:9, 2177:5, 2179:3, 2182:13, 2183:4, 2183:8, 2186:3, 2186:5, 2186:16, 2191:16, 2200:20, 2207:4

**finally** [1] - 2080:6

**find** [3] - 2110:23, 2163:19, 2165:6

**finding** [1] - 2164:21

**fine** [5] - 2116:8, 2146:8, 2154:14, 2155:6, 2182:10

**FIRM** [2] - 2073:1, 2076:14

**first** [42] - 2078:17, 2081:19, 2083:1, 2083:6, 2083:8, 2089:14, 2092:20, 2097:8, 2106:19, 2115:7, 2118:11, 2119:19, 2128:9, 2128:10, 2128:14, 2128:19, 2128:21, 2129:16, 2131:8, 2141:2, 2143:20, 2147:8, 2149:23, 2151:4, 2152:2, 2153:1, 2160:14, 2161:1, 2162:13, 2163:9, 2169:13, 2172:23, 2175:19, 2177:19, 2178:17, 2180:9, 2182:20, 2184:20, 2192:2, 2201:25

**fit** [2] - 2111:24, 2158:24

**FITCH** [1] - 2075:10

**fits** [3] - 2152:13, 2154:13, 2155:13

**fitting** [1] - 2164:25

**five** [7] - 2102:5, 2120:8, 2157:17, 2172:15, 2202:2, 2204:3, 2208:14

**fix** [1] - 2166:17

**fixed** [4] - 2168:11, 2171:4, 2176:24, 2177:6

**FL** [4] - 2072:23, 2073:7, 2076:9, 2076:12

**flash** [2] - 2132:10, 2135:18

**flat** [2] - 2106:15, 2109:17

**flatten** [2] - 2106:17, 2130:16

**FLEMING** [1] - 2074:22

**Floor** [2] - 2075:16, 2075:23

**FLORIDA** [2] - 2076:7, 2076:11

**Flow** [2] - 2193:8, 2193:12

**flow** [3] - 2084:4, 2084:13, 2085:18, 2085:19, 2086:2, 2086:19, 2089:11, 2092:9, 2093:4, 2093:5, 2093:6, 2093:12, 2093:23, 2098:24, 2101:8, 2102:1, 2102:15, 2103:4, 2103:25, 2105:7, 2107:11, 2109:20, 2122:10, 2123:13, 2123:15, 2124:9, 2124:22, 2125:10, 2125:11, 2125:18, 2125:19, 2125:22, 2126:1, 2126:7, 2126:9, 2126:14, 2127:1, 2129:3, 2129:8, 2129:9, 2130:10, 2130:12, 2130:17, 2130:20, 2130:21, 2130:22, 2139:4, 2140:9, 2151:9, 2152:8, 2153:16, 2155:11, 2160:19, 2160:23, 2160:24, 2161:13, 2161:15, 2161:16, 2161:17, 2162:4, 2162:6, 2162:10, 2162:22, 2162:24, 2163:6, 2164:1, 2164:22, 2164:23, 2173:8, 2173:9, 2173:12, 2173:14, 2173:19, 2173:21, 2173:24, 2174:2, 2174:6, 2174:11, 2175:10, 2175:11, 2175:12, 2175:18, 2175:23, 2177:4, 2177:5, 2177:8, 2177:10, 2178:3, 2178:20, 2179:3, 2179:15, 2179:24, 2180:5, 2180:11, 2180:12, 2181:7, 2181:23, 2181:24,

2182:14, 2182:18, 2182:19, 2182:21, 2182:24, 2183:2, 2183:3, 2183:4, 2183:6, 2183:9, 2183:10, 2183:17, 2183:21, 2183:22, 2184:25, 2185:11, 2185:13, 2185:15, 2185:17, 2186:3, 2186:5, 2186:6, 2186:7, 2186:16, 2186:20, 2187:5, 2187:9, 2187:20, 2187:25, 2188:2, 2188:9, 2188:13, 2188:19, 2190:24, 2191:6, 2191:24, 2192:6, 2192:13, 2193:16, 2193:22, 2193:23, 2193:25, 2196:20, 2197:12, 2197:13, 2200:16, 2200:20, 2200:21, 2202:7, 2202:8, 2202:14, 2205:9, 2205:10, 2205:17, 2205:21, 2205:23, 2206:7, 2206:16, 2206:18, 2206:20, 2206:22

**flow-based** [1] - 2127:1

**flowed** [4] - 2102:23, 2109:3, 2183:17, 2186:8

**flowing** [4] - 2099:16, 2130:15, 2166:4, 2167:12

**Flowood** [1] - 2076:15

**flows** [7] - 2083:18, 2099:5, 2101:3, 2102:17, 2119:7, 2139:22, 2198:13

**fluid** [18] - 2083:17, 2085:18, 2089:11, 2093:4, 2098:10, 2101:5, 2103:5, 2103:10, 2103:18, 2104:15, 2109:21, 2116:4, 2132:6, 2158:8, 2160:18, 2196:23, 2198:13, 2200:7

**fluids** [2] - 2104:16, 2158:19

**FLYNN** [1] - 2073:24

**focus** [6] - 2085:21, 2099:8, 2099:10,

2112:10, 2113:13, 2131:10

**followed** [2] - 2098:6, 2098:19

**following** [2] - 2141:4, 2158:7

**FOLLOWS** [1] - 2082:2

**foot** [2] - 2138:17, 2165:10

**footprint** [1] - 2138:20

**for** [232] - 2078:10, 2078:17, 2079:12, 2079:13, 2080:14, 2080:21, 2082:4, 2082:15, 2082:22, 2083:10, 2083:12, 2083:18, 2084:9, 2084:23, 2084:25, 2085:17, 2086:1, 2086:2, 2086:11, 2086:12, 2086:13, 2086:14, 2087:1, 2087:12, 2088:7, 2088:20, 2089:3, 2089:20, 2090:3, 2090:5, 2090:19, 2090:25, 2091:5, 2091:7, 2091:11, 2092:17, 2093:11, 2095:12, 2096:10, 2096:22, 2097:3, 2098:4, 2098:17, 2098:22, 2099:19, 2099:22, 2101:7, 2101:13, 2103:12, 2103:16, 2104:9, 2104:19, 2104:21, 2105:2, 2105:4, 2105:16, 2106:9, 2109:4, 2109:8, 2109:12, 2109:25, 2111:3, 2111:4, 2111:6, 2111:7, 2112:9, 2112:12, 2112:15, 2113:3, 2113:12, 2113:13, 2114:2, 2114:4, 2114:9, 2115:23, 2118:8, 2118:14, 2118:23, 2120:15, 2120:22, 2121:3, 2121:14, 2122:22, 2123:10, 2123:18, 2124:14, 2124:17, 2124:18, 2124:19, 2124:22, 2125:4, 2125:22, 2126:5, 2126:24, 2127:24,

2128:10, 2128:24, 2130:17, 2131:6, 2131:7, 2131:22, 2132:17, 2132:21, 2134:8, 2135:18, 2136:2, 2137:18, 2137:19, 2138:8, 2140:2, 2141:8, 2141:24, 2142:5, 2142:8, 2142:15, 2142:17, 2142:20, 2142:22, 2143:3, 2143:13, 2144:19, 2147:9, 2148:20, 2148:21, 2150:10, 2150:13, 2150:15, 2151:4, 2151:10, 2153:1, 2153:9, 2153:13, 2154:3, 2155:6, 2156:25, 2157:5, 2157:12, 2158:3, 2158:4, 2158:11, 2158:12, 2159:15, 2159:21, 2160:4, 2160:19, 2162:4, 2162:5, 2162:8, 2162:14, 2165:13, 2166:2, 2167:4, 2167:5, 2167:25, 2168:4, 2168:5, 2168:8, 2168:12, 2168:16, 2169:12, 2170:8, 2170:17, 2170:19, 2171:1, 2171:2, 2171:5, 2172:11, 2172:20, 2173:1, 2173:9, 2173:15, 2174:23, 2177:4, 2177:13, 2178:2, 2178:15, 2181:7, 2182:13, 2184:2, 2184:3, 2184:6, 2185:5, 2185:7, 2185:13, 2186:23, 2188:10, 2188:13, 2188:19, 2188:25, 2189:15, 2190:7, 2190:17, 2192:16, 2194:5, 2195:15, 2195:16, 2195:22, 2196:1, 2196:17, 2198:24, 2199:1, 2199:6, 2199:7, 2199:17, 2200:2, 2200:18, 2201:8, 2201:10, 2201:11, 2202:2, 2202:8, 2202:20, 2204:9, 2204:12, 2205:10, 2205:22, 2206:1,

2206:9, 2206:16, 2206:25, 2207:6, 2207:20, 2208:12, 2208:13
   **FOR** [12] - 2072:15, 2073:9, 2073:12, 2073:16, 2074:1, 2074:21, 2075:5, 2075:13, 2076:3, 2076:7, 2076:14, 2077:5
   **force** [1] - 2139:17
   **forces** [1] - 2108:9
   **foregoing** [1] - 2209:5
   **foremost** [2] - 2135:11, 2141:15
   **forever** [1] - 2130:16
   **forgot** [1] - 2078:7
   **form** [3] - 2100:15, 2137:15, 2183:8
   **formally** [1] - 2156:22
   **formation** [9] - 2131:22, 2131:25, 2135:9, 2135:15, 2135:21, 2145:8, 2170:3, 2175:22
   **formed** [2] - 2086:6, 2157:11
   **former** [2] - 2086:5, 2088:24
   **forms** [1] - 2101:24
   **formula** [2] - 2110:12, 2110:13
   **formulating** [1] - 2103:21
   **forward** [5] - 2110:14, 2133:18, 2161:19, 2169:7, 2169:8
   **found** [2] - 2142:18, 2200:24
   **foundation** [9] - 2080:21, 2080:25, 2081:2, 2098:15, 2113:5, 2117:12, 2192:15, 2192:16, 2192:24
   **founded** [1] - 2088:23
   **Founder** [1] - 2085:21
   **founding** [1] - 2087:9
   **four** [8] - 2084:23, 2123:10, 2132:19, 2132:21, 2133:11, 2145:3, 2155:20, 2204:8

**four-stage** [3] - 2132:19, 2132:21, 2133:11
   **fraction** [1] - 2158:18
   **frame** [1] - 2112:7
   **framed** [1] - 2150:7
   **FRANK** [1] - 2073:6
   **frankly** [1] - 2110:3
   **freeways** [1] - 2174:10
   **frequently** [1] - 2142:19
   **FRILOT** [1] - 2075:15
   **from** [160] - 2080:17, 2082:24, 2083:8, 2084:8, 2084:12, 2086:10, 2086:17, 2086:18, 2086:20, 2088:17, 2088:19, 2088:21, 2089:9, 2089:23, 2089:24, 2090:2, 2090:8, 2090:23, 2092:9, 2096:15, 2098:10, 2099:17, 2100:17, 2101:9, 2102:15, 2102:18, 2103:9, 2104:15, 2105:24, 2109:3, 2114:15, 2114:16, 2114:19, 2114:23, 2116:5, 2117:15, 2121:11, 2122:3, 2122:13, 2123:5, 2123:6, 2123:7, 2124:5, 2124:9, 2124:10, 2125:13, 2125:15, 2126:1, 2126:10, 2126:15, 2126:19, 2126:25, 2127:10, 2127:20, 2128:8, 2128:9, 2128:12, 2128:18, 2129:19, 2129:20, 2130:21, 2131:17, 2132:1, 2132:6, 2133:7, 2133:16, 2136:5, 2136:21, 2138:7, 2139:22, 2140:4, 2140:7, 2141:7, 2141:18, 2142:13, 2142:14, 2142:17, 2144:1, 2144:13, 2144:18, 2146:15, 2146:17, 2147:5, 2147:6, 2147:15, 2147:16, 2147:19, 2147:23, 2148:22, 2152:22, 2154:3, 2154:12, 2155:6,

2155:20, 2157:8, 2157:9, 2158:14, 2159:19, 2160:13, 2160:18, 2160:19, 2161:18, 2163:18, 2164:5, 2167:12, 2167:24, 2168:1, 2168:24, 2169:5, 2173:24, 2174:22, 2175:11, 2175:12, 2175:22, 2175:23, 2176:6, 2176:11, 2179:15, 2179:24, 2181:1, 2181:3, 2181:10, 2181:11, 2181:13, 2183:17, 2183:20, 2183:22, 2183:23, 2184:22, 2185:21, 2186:1, 2186:5, 2186:8, 2186:16, 2186:20, 2187:7, 2187:13, 2188:4, 2188:11, 2188:20, 2189:10, 2190:16, 2190:25, 2192:11, 2192:12, 2197:4, 2199:3, 2200:4, 2200:18, 2204:7, 2204:8, 2206:8, 2209:6
   **full** [3] - 2082:14, 2165:17, 2171:21
   **fully** [2] - 2122:4, 2205:12
   **function** [3] - 2094:6, 2166:16, 2169:4
   **fundamental** [7] - 2096:7, 2098:11, 2098:19, 2118:5, 2167:19, 2205:15, 2207:7
   **fundamentally** [4] - 2109:7, 2131:12, 2174:13, 2205:18
   **funding** [1] - 2086:18
   **further** [2] - 2154:8, 2170:15
   **fused** [6] - 2100:14, 2138:11, 2146:18, 2146:21, 2174:1, 2174:3
   **FVF** [2] - 2187:17, 2187:18

**G**

   **G** [3] - 2073:24, 2078:1, 2193:20
   **Gaithersburg** [1] - 2076:2

**gaps** [1] - 2100:22
   **gas** [10] - 2085:20, 2086:20, 2131:17, 2131:20, 2131:24, 2132:14, 2134:1, 2134:5, 2134:6, 2134:10
   **GASAWAY** [1] - 2074:15
   **gauge** [2] - 2102:19, 2106:20
   **gave** [3] - 2087:11, 2144:1, 2196:4
   **general** [7] - 2083:5, 2090:17, 2094:9, 2122:16, 2144:13, 2167:11, 2170:18
   **GENERAL** [4] - 2073:12, 2076:3, 2076:5, 2076:10
   **generally** [5] - 2085:7, 2094:8, 2098:1, 2165:21, 2198:3
   **generous** [3] - 2097:25, 2127:4, 2127:16
   **Geoff** [2] - 2192:3, 2193:20
   **geological** [11] - 2118:1, 2118:22, 2118:23, 2119:22, 2120:25, 2123:6, 2151:14, 2152:12, 2153:17, 2194:5, 2208:8
   **geologically** [4] - 2151:16, 2151:19, 2154:20, 2194:24
   **geologist** [6] - 2118:16, 2194:3, 2194:4, 2194:9, 2194:10, 2194:11
   **geologists** [1] - 2087:19
   **geology** [11] - 2098:12, 2098:16, 2111:11, 2117:20, 2117:24, 2118:10, 2121:23, 2122:14, 2124:6, 2126:17, 2136:13
   **geomechanics** [1] - 2148:3
   **geophysical** [1] - 2118:22
   **geophysicist** [1] - 2117:1
   **geophysicists** [2] - 2087:19, 2116:7

**geophysics** [1] - 2087:25

**geoscience** [1] - 2087:24

**Germany** [1] - 2100:18

**get** [48] - 2084:16, 2088:21, 2095:23, 2097:22, 2099:9, 2100:8, 2100:14, 2103:19, 2106:15, 2109:22, 2111:17, 2112:13, 2112:18, 2116:11, 2117:13, 2130:9, 2130:15, 2131:18, 2134:9, 2147:9, 2148:8, 2148:11, 2151:3, 2151:13, 2154:22, 2157:13, 2168:15, 2169:15, 2170:18, 2170:22, 2174:6, 2174:14, 2175:4, 2175:13, 2180:10, 2185:25, 2186:12, 2191:2, 2194:19, 2200:8, 2201:20, 2202:17, 2203:18, 2204:13

**gets** [7] - 2101:23, 2129:14, 2138:20, 2163:17, 2163:18, 2177:15

**getting** [2] - 2177:21

**giant** [1] - 2134:4

**give** [10] - 2078:6, 2078:7, 2089:5, 2095:22, 2097:6, 2127:4, 2153:22, 2154:23, 2183:11, 2183:22

**given** [10] - 2090:12, 2091:5, 2091:11, 2096:16, 2114:20, 2124:23, 2173:9, 2177:4, 2178:3, 2199:4

**gives** [8] - 2112:5, 2119:12, 2120:19, 2126:22, 2127:4, 2137:9, 2146:22, 2178:21

**giving** [4] - 2097:3, 2127:18, 2175:14, 2186:23

**glad** [2] - 2183:13, 2202:6

**GLADSTEIN,ESQ** [1] - 2073:21

**glass** [2] - 2109:16, 2146:21

**GmbH** [1] - 2072:8

**go** [35] - 2086:22, 2093:9, 2095:24, 2096:8, 2098:2, 2102:18, 2116:5, 2116:19, 2116:23, 2125:3, 2138:15, 2139:20, 2141:4, 2152:5, 2157:20, 2158:10, 2167:22, 2169:7, 2171:13, 2174:8, 2176:12, 2180:4, 2181:4, 2184:2, 2184:5, 2185:6, 2188:2, 2189:24, 2190:6, 2190:19, 2192:10, 2193:11, 2196:4, 2204:2

**GODLEY** [1] - 2075:23

**GODWIN** [3] - 2074:21, 2074:22, 2075:1

**goes** [12] - 2102:15, 2107:19, 2131:16, 2147:23, 2154:7, 2154:9, 2154:11, 2160:19, 2160:23, 2168:24, 2176:17

**going** [82] - 2078:8, 2079:22, 2079:24, 2080:3, 2083:2, 2084:15, 2085:14, 2088:2, 2090:17, 2091:4, 2094:21, 2095:23, 2097:8, 2097:17, 2097:19, 2100:7, 2102:3, 2102:7, 2106:12, 2106:15, 2106:17, 2106:23, 2106:24, 2107:7, 2109:17, 2112:2, 2114:12, 2115:10, 2115:21, 2116:8, 2116:11, 2118:4, 2118:7, 2121:11, 2122:10, 2122:24, 2123:12, 2125:21, 2127:3, 2130:7, 2131:7, 2134:14, 2134:22, 2136:1, 2138:3, 2140:18, 2143:18, 2146:4, 2148:8, 2157:15, 2157:16, 2157:17, 2157:22, 2158:10, 2159:8,

**gold** [2] - 2175:9, 2175:16

**gone** [4] - 2167:18, 2205:19, 2205:20

**good** [23] - 2078:6, 2080:14, 2094:5, 2096:3, 2103:15, 2103:22, 2109:19, 2111:5, 2111:6, 2111:10, 2121:12, 2121:13, 2122:7, 2128:1, 2135:20, 2147:12, 2153:25, 2154:13, 2154:19, 2163:4, 2169:7, 2184:10, 2199:21

**got** [42] - 2091:24, 2099:12, 2104:17, 2106:14, 2108:2, 2108:12, 2108:13, 2108:17, 2109:18, 2109:19, 2119:5, 2120:3, 2121:10, 2122:5, 2124:23, 2126:22, 2132:13, 2136:23, 2138:10, 2139:12, 2139:13, 2139:21, 2140:16, 2146:20, 2152:3, 2160:8, 2160:11, 2165:4, 2166:12, 2168:2, 2169:17, 2170:3, 2170:4, 2173:17, 2175:5, 2177:7, 2186:20, 2187:4, 2187:9, 2207:10

**gotten** [1] - 2199:14

**government** [10] - 2080:23, 2085:24, 2086:15, 2086:16, 2086:17, 2098:14, 2170:8, 2176:22, 2178:11, 2202:7

**government's** [3] - 2176:2, 2176:3, 2202:14

**grab** [1] - 2152:22

2160:16, 2161:3, 2162:9, 2162:19, 2163:1, 2163:24, 2164:2, 2164:18, 2165:18, 2166:21, 2168:1, 2168:13, 2168:17, 2169:18, 2169:19, 2172:1, 2173:12, 2173:19, 2181:5, 2183:13, 2186:18, 2192:15, 2203:11, 2208:14

**gradual** [2] - 2177:11

**graduated** [1] - 2083:9

**grain** [3] - 2099:18, 2101:1

**grains** [10] - 2099:14, 2100:13, 2100:22, 2138:10, 2138:11, 2139:13, 2139:17, 2174:1, 2174:3, 2174:5

**Grand** [1] - 2075:23

**GRANT** [1] - 2075:22

**graph** [6] - 2130:25, 2148:12, 2148:13, 2160:10, 2176:9, 2181:11

**graphic** [1] - 2151:7

**graphs** [1] - 2176:10

**gray** [2] - 2102:22, 2120:23

**great** [2] - 2142:15, 2198:18

**greater** [3] - 2159:18, 2171:23, 2176:20

**greatest** [1] - 2180:20

**greatly** [1] - 2085:8

**green** [6] - 2101:21, 2112:14, 2112:18, 2112:25, 2116:22, 2178:1

**GREENWALD** [1] - 2072:24

**greeny** [1] - 2101:22

**Griffiths** [1] - 2079:3

**Griffiths'** [1] - 2202:17

**Gringarten** [11] - 2097:13, 2164:23, 2176:1, 2179:6, 2180:19, 2180:20, 2185:20, 2187:20, 2188:3, 2190:13, 2204:3

**Gringarten's** [7] - 2127:1, 2179:14, 2184:25, 2185:7, 2188:7, 2190:20, 2190:25

**Grounds** [1] - 2192:11

**grounds** [1] - 2135:20

**group** [2] - 2087:15, 2087:16

**guess** [4] - 2098:22, 2131:8, 2144:9, 2162:13

**GULF** [1] - 2072:4

**Gulf** [8] - 2089:15, 2089:20, 2099:24, 2100:6, 2119:8, 2148:2, 2148:17, 2194:25

**gushing** [1] - 2134:4

**guys** [1] - 2078:7

**GWEN** [1] - 2075:2

## H

**H** [2] - 2072:22, 2076:4

**had** [34] - 2079:16, 2086:20, 2087:6, 2091:21, 2092:14, 2096:5, 2096:6, 2107:8, 2107:9, 2109:11, 2109:16, 2114:23, 2122:15, 2142:22, 2142:23, 2146:23, 2148:1, 2149:19, 2150:7, 2150:8, 2150:9, 2157:12, 2187:16, 2191:15, 2199:2, 2199:5, 2199:8, 2199:17, 2199:18, 2204:9, 2205:8, 2207:4, 2207:5

**half** [1] - 2155:20

**halfway** [1] - 2152:9

**HALLIBURTON** [1] - 2074:21

**hand** [6] - 2081:25, 2146:23, 2201:14, 2201:15, 2201:21, 2205:13

**handwriting** [1] - 2081:6

**happened** [9] - 2091:19, 2094:9, 2096:19, 2104:20, 2105:13, 2110:10, 2113:25, 2135:13, 2164:10

**happening** [3] - 2105:16, 2130:20, 2130:22

**happens** [11] - 2100:3, 2100:14, 2101:23, 2102:17, 2102:18, 2108:15, 2116:1, 2119:3, 2134:10, 2154:15, 2163:7

**hard** [2] - 2146:21, 2146:22

**HARIKLIA** [1] - 2074:11

**HARVEY** [1] -
2073:21
**has** [70] - 2078:12,
2079:14, 2080:25,
2084:2, 2088:15,
2088:22, 2089:17,
2090:6, 2091:17,
2091:21, 2092:23,
2096:19, 2105:19,
2105:22, 2106:16,
2107:13, 2110:12,
2111:2, 2111:7,
2113:22, 2114:5,
2114:8, 2114:10,
2114:20, 2114:21,
2116:4, 2122:6,
2124:23, 2125:1,
2125:13, 2131:10,
2131:24, 2134:15,
2135:12, 2136:24,
2137:6, 2137:11,
2141:12, 2141:18,
2143:25, 2145:12,
2146:2, 2146:17,
2148:3, 2152:2,
2153:12, 2156:8,
2157:6, 2165:17,
2166:4, 2167:17,
2168:1, 2170:21,
2173:6, 2183:5,
2184:11, 2192:24,
2195:8, 2196:14,
2198:2, 2201:9,
2201:11, 2201:24,
2202:2, 2202:18,
2204:15, 2205:10,
2206:15, 2206:23
**hate** [1] - 2111:22
**have** [225] - 2078:10,
2078:11, 2078:12,
2078:16, 2079:16,
2080:2, 2080:20,
2081:9, 2081:12,
2081:13, 2081:21,
2083:2, 2083:21,
2084:5, 2086:8,
2086:14, 2086:25,
2088:7, 2089:10,
2089:14, 2089:25,
2090:8, 2090:17,
2090:20, 2092:18,
2093:3, 2093:6,
2093:14, 2093:15,
2093:18, 2094:5,
2094:9, 2094:14,
2095:16, 2096:2,
2096:10, 2096:17,
2097:4, 2098:4,
2098:14, 2098:16,
2099:2, 2099:19,
2099:23, 2100:5,

2100:24, 2101:15,
2101:16, 2102:2,
2102:8, 2102:19,
2102:25, 2104:4,
2105:9, 2105:15,
2106:7, 2106:12,
2106:14, 2106:18,
2106:20, 2107:7,
2108:24, 2108:25,
2109:13, 2109:17,
2110:20, 2110:24,
2111:10, 2111:24,
2112:3, 2112:15,
2112:23, 2112:25,
2113:11, 2113:20,
2114:17, 2117:24,
2118:2, 2118:25,
2119:5, 2119:15,
2119:22, 2120:15,
2121:12, 2123:7,
2123:13, 2123:19,
2124:8, 2124:11,
2125:19, 2126:13,
2127:7, 2130:1,
2131:15, 2132:23,
2133:5, 2133:6,
2133:7, 2133:25,
2134:4, 2134:6,
2134:7, 2137:3,
2138:25, 2141:20,
2141:22, 2141:24,
2142:11, 2142:15,
2142:18, 2142:25,
2145:2, 2147:11,
2147:24, 2147:25,
2149:20, 2152:16,
2152:20, 2152:22,
2153:18, 2154:11,
2154:17, 2155:14,
2155:15, 2155:23,
2156:2, 2156:18,
2157:15, 2157:16,
2157:17, 2157:24,
2159:9, 2161:2,
2161:3, 2161:5,
2161:9, 2161:12,
2161:15, 2161:21,
2162:12, 2162:21,
2162:25, 2163:23,
2164:23, 2165:7,
2165:9, 2165:17,
2165:24, 2166:2,
2166:6, 2166:15,
2167:3, 2167:8,
2167:22, 2168:12,
2168:17, 2168:22,
2169:12, 2169:20,
2170:12, 2171:6,
2171:7, 2172:11,
2173:2, 2174:1,
2175:24, 2176:19,

2176:23, 2178:3,
2178:4, 2178:11,
2179:5, 2179:16,
2182:9, 2183:3,
2183:19, 2184:10,
2184:4, 2185:12,
2185:13, 2186:3,
2188:5, 2188:8,
2190:22, 2191:4,
2191:8, 2191:20,
2191:23, 2195:3,
2195:9, 2195:14,
2195:21, 2196:17,
2197:9, 2197:19,
2197:23, 2198:1,
2198:19, 2198:24,
2199:4, 2199:14,
2199:19, 2200:4,
2200:13, 2200:14,
2202:3, 2202:8,
2202:15, 2202:21,
2204:11, 2204:20,
2206:5, 2207:20,
2207:22, 2207:23,
2207:24, 2208:5
**haven't** [8] -
2094:15, 2098:16,
2105:21, 2122:5,
2136:13, 2175:8,
2202:13, 2204:7
**having** [6] - 2094:14,
2116:16, 2125:24,
2155:23, 2180:11,
2191:9
**HAYCRAFT** [1] -
2074:5
**HB-406** [1] - 2076:20
**he's** [11] - 2118:17,
2134:20, 2137:7,
2141:16, 2144:2,
2144:4, 2144:8,
2144:10, 2145:24,
2180:21
**head** [5] - 2087:17,
2135:24, 2153:18,
2168:10, 2170:8
**headed** [1] - 2087:14
**heads** [1] - 2078:7
**heads-up** [1] -
2078:7
**hear** [1] - 2105:25
**heard** [13] - 2096:11,
2107:14, 2110:12,
2110:15, 2128:8,
2141:12, 2143:20,
2173:5, 2173:13,
2192:13, 2202:5,
2204:24, 2206:12
**HEARD** [1] - 2072:12
**hearing** [1] - 2078:19

heat [2] - 2170:3,
2170:4
**heating** [1] - 2166:5
**heavier** [2] -
2177:21, 2177:22
**heavy** [1] - 2108:12
**help** [4] - 2105:19,
2106:11, 2124:15,
2201:8
**helped** [4] - 2095:20,
2106:7, 2157:6,
2162:12
**helpful** [3] - 2103:20,
2139:20, 2160:5
**helping** [1] - 2139:24
**helps** [4] - 2112:6,
2119:5, 2129:25,
2155:18
**her** [1] - 2091:18
**here** [145] - 2079:6,
2083:3, 2085:14,
2085:21, 2086:14,
2089:2, 2089:16,
2089:25, 2090:18,
2091:14, 2091:16,
2093:2, 2094:1,
2095:14, 2095:19,
2096:2, 2096:9,
2096:12, 2096:25,
2097:7, 2099:10,
2099:12, 2100:5,
2100:25, 2101:7,
2101:13, 2101:19,
2102:22, 2103:20,
2104:6, 2104:24,
2105:7, 2105:9,
2105:23, 2106:13,
2106:14, 2108:20,
2108:24, 2109:15,
2110:16, 2111:2,
2111:21, 2112:2,
2113:17, 2114:13,
2114:25, 2116:6,
2116:23, 2117:16,
2118:3, 2119:5,
2119:9, 2120:2,
2120:5, 2120:11,
2120:15, 2120:19,
2121:17, 2123:7,
2125:3, 2126:3,
2126:8, 2126:22,
2127:16, 2127:19,
2130:1, 2130:6,
2133:1, 2137:1,
2138:6, 2138:7,
2138:9, 2139:13,
2140:14, 2144:14,
2144:18, 2145:19,
2145:23, 2146:15,
2146:20, 2147:11,

2147:25, 2148:3,
2148:4, 2148:5,
2148:8, 2149:3,
2149:12, 2149:13,
2149:14, 2151:7,
2151:25, 2152:15,
2152:23, 2154:2,
2154:10, 2157:25,
2159:19, 2159:24,
2159:25, 2160:10,
2161:2, 2161:5,
2161:25, 2162:9,
2162:11, 2162:16,
2162:20, 2162:21,
2162:24, 2163:1,
2163:17, 2163:23,
2163:24, 2164:1,
2165:5, 2166:2,
2167:17, 2168:20,
2168:21, 2168:22,
2169:1, 2169:10,
2169:11, 2169:12,
2170:2, 2171:2,
2172:16, 2173:2,
2174:12, 2176:2,
2182:12, 2182:14,
2183:1, 2183:3,
2183:7, 2188:9,
2189:6, 2190:6,
2193:8, 2193:12,
2200:24, 2202:20,
2207:25
**hereby** [1] - 2209:4
**HERMAN** [3] -
2072:15, 2072:16
**Hewitt** [5] - 2192:3,
2192:5, 2193:20,
2193:24
**high** [27] - 2095:6,
2095:24, 2101:4,
2101:24, 2102:13,
2102:15, 2102:18,
2107:19, 2108:3,
2108:10, 2108:17,
2139:16, 2139:22,
2145:4, 2146:18,
2146:19, 2154:8,
2160:19, 2160:20,
2162:25, 2163:2,
2163:23, 2166:14,
2166:24, 2174:10,
2177:7, 2177:11
**higher** [13] -
2095:20, 2097:1,
2097:15, 2127:2,
2127:3, 2128:5,
2137:7, 2146:25,
2147:2, 2154:6,
2178:23, 2183:17,
2183:18

**highest** [7] - 2096:20, 2097:11, 2097:12, 2126:25, 2179:9, 2179:11, 2191:9

**highlighted** [1] - 2123:8

**highly** [5] - 2087:7, 2110:2, 2153:10, 2171:23, 2201:23

**Highway** [1] - 2076:8

**Hill** [5] - 2080:22, 2081:1, 2081:4, 2192:12, 2192:24

**hill** [1] - 2081:10

**Hill's** [2] - 2192:23, 2192:25

**him** [9] - 2113:10, 2116:9, 2135:10, 2177:17, 2180:22, 2181:25, 2186:23, 2203:14, 2203:16

**HIMMELHOCH** [5] - 2073:17, 2080:5, 2156:17, 2156:20, 2157:4

**himself** [1] - 2156:8

**hinging** [1] - 2182:23

**hired** [2] - 2090:1, 2192:5

**his** [74] - 2091:18, 2097:15, 2112:22, 2113:16, 2113:19, 2113:20, 2114:1, 2114:2, 2114:8, 2114:13, 2114:16, 2116:3, 2117:12, 2117:15, 2120:1, 2127:2, 2132:23, 2134:15, 2134:19, 2134:20, 2134:21, 2135:6, 2135:8, 2135:12, 2136:25, 2139:15, 2140:23, 2141:18, 2141:19, 2143:20, 2143:22, 2144:1, 2144:2, 2144:3, 2144:7, 2145:21, 2145:23, 2145:24, 2145:25, 2146:1, 2148:24, 2150:14, 2156:6, 2170:22, 2171:2, 2171:4, 2172:15, 2177:13, 2179:8, 2181:8, 2181:20, 2182:3, 2182:6, 2186:5, 2186:10, 2186:19, 2186:20, 2186:25, 2187:22,

2188:3, 2188:4, 2190:25, 2191:3, 2191:4, 2191:21, 2192:22, 2193:24, 2203:16

**historically** [1] - 2110:16

**histories** [1] - 2182:21

**history** [6] - 2087:1, 2129:8, 2182:18, 2182:20, 2183:2, 2183:3

**hit** [6] - 2122:24, 2125:11, 2125:12, 2125:14, 2129:10, 2129:11

**hits** [1] - 2125:22

**hitting** [1] - 2130:11

**holding** [1] - 2139:18

**HOLDINGS** [2] - 2074:4, 2075:13

**holds** [1] - 2117:10

**hole** [4] - 2109:18, 2109:20, 2109:25, 2207:1

**honest** [1] - 2170:23

**honestly** [1] - 2184:19

**Honor** [77] - 2078:15, 2079:11, 2079:12, 2080:5, 2080:13, 2080:14, 2080:18, 2081:6, 2081:11, 2081:17, 2081:20, 2081:24, 2082:7, 2092:2, 2094:24, 2099:11, 2102:10, 2103:14, 2103:23, 2106:10, 2109:15, 2111:24, 2114:12, 2114:16, 2114:23, 2115:25, 2119:4, 2119:24, 2120:2, 2124:17, 2129:20, 2134:3, 2134:14, 2138:15, 2143:18, 2143:23, 2144:7, 2144:22, 2145:20, 2152:21, 2153:4, 2156:13, 2156:17, 2157:4, 2162:16, 2164:20, 2168:17, 2170:2, 2174:21, 2175:25, 2176:11, 2177:19, 2181:5, 2181:22, 2182:5, 2182:16, 2183:7, 2184:4, 2184:7,

2186:6, 2186:18, 2187:12, 2192:18, 2193:2, 2193:5, 2195:24, 2196:1, 2200:7, 2203:10, 2203:18, 2204:11, 2204:24, 2205:15, 2207:9, 2207:16

**honor** [1] - 2183:19

**HONORABLE** [1] - 2072:12

**honored** [1] - 2091:2

**honors** [1] - 2096:15

**Hope** [1] - 2074:19

**hope** [1] - 2122:24

**hopefully** [2] - 2107:6, 2119:5

**HORIZON** [1] - 2072:4

**Hot** [1] - 2166:9

**hot** [21] - 2097:13, 2098:17, 2100:13, 2114:8, 2166:3, 2166:4, 2166:6, 2166:12, 2166:18, 2167:3, 2167:20, 2168:7, 2168:8, 2168:23, 2169:13, 2169:17, 2169:22, 2207:8

**hour** [4] - 2128:19, 2128:20, 2128:21, 2176:17

**hours** [16] - 2078:11, 2078:12, 2128:11, 2128:14, 2129:5, 2129:6, 2129:16, 2130:3, 2130:13, 2130:20, 2176:17

**house** [1] - 2194:16

**Houston** [3] - 2075:3, 2075:4, 2075:19

**however** [3] - 2113:18, 2114:4, 2141:20

**Hsieh** [6] - 2114:9, 2114:13, 2114:14, 2114:17, 2114:23, 2140:18

**huge** [4] - 2100:8, 2108:18, 2138:25, 2139:2

**hundred** [5] - 2133:12, 2133:25, 2134:13, 2171:23, 2171:24

**hundreds** [2] - 2145:11, 2175:15

**hydraulics** [4] -

2105:10, 2105:15, 2109:9, 2109:13

**hydrocarbon** [3] - 2116:21, 2117:17, 2135:11

**hydrocarbon-bearing** [2] - 2116:21, 2117:17

**hydrocarbons** [1] - 2116:5

**hydrostatic** [1] - 2170:8

**hypothesize** [1] - 2124:6

**hypothetical** [1] - 2136:19

**hypothetically** [4] - 2109:11, 2150:25, 2199:1, 2199:19

**I**

**I** [600] - 2077:2, 2078:1, 2078:7, 2078:8, 2078:16, 2079:14, 2079:15, 2079:16, 2079:18, 2079:21, 2080:1, 2080:2, 2080:7, 2080:8, 2080:19, 2081:8, 2081:11, 2081:21, 2082:7, 2082:10, 2082:16, 2082:23, 2083:1, 2083:2, 2083:9, 2083:10, 2083:20, 2084:2, 2084:7, 2084:18, 2084:23, 2084:25, 2085:4, 2085:11, 2085:13, 2085:14, 2086:1, 2086:8, 2086:13, 2086:18, 2086:23, 2086:25, 2087:11, 2087:16, 2087:23, 2087:25, 2088:2, 2088:4, 2088:5, 2088:6, 2088:16, 2088:24, 2089:5, 2089:12, 2089:16, 2089:18, 2089:21, 2089:22, 2090:17, 2090:22, 2090:23, 2091:2, 2091:4, 2091:22, 2091:23, 2092:5, 2092:11, 2092:16, 2092:20, 2092:21, 2092:23, 2093:1, 2093:20, 2093:21, 2093:22,

2094:5, 2094:14, 2094:15, 2094:20, 2094:21, 2095:8, 2095:9, 2095:12, 2095:16, 2096:1, 2096:9, 2096:14, 2096:16, 2096:21, 2096:25, 2097:6, 2097:9, 2097:10, 2097:11, 2097:20, 2097:23, 2098:6, 2098:22, 2098:25, 2099:8, 2099:10, 2099:14, 2100:4, 2100:18, 2101:7, 2101:16, 2101:22, 2102:19, 2103:16, 2103:19, 2104:2, 2104:14, 2105:21, 2106:4, 2106:5, 2106:17, 2109:5, 2109:17, 2110:3, 2110:12, 2110:13, 2110:20, 2111:17, 2111:22, 2112:1, 2112:2, 2112:3, 2112:7, 2112:10, 2112:15, 2112:25, 2113:1, 2113:3, 2113:10, 2114:3, 2114:12, 2115:2, 2115:4, 2115:16, 2115:21, 2116:8, 2116:10, 2116:16, 2116:19, 2118:7, 2119:4, 2119:5, 2119:7, 2120:2, 2120:4, 2120:5, 2120:14, 2120:15, 2120:25, 2121:2, 2121:3, 2122:20, 2123:7, 2123:12, 2123:17, 2123:20, 2124:17, 2126:3, 2126:4, 2126:5, 2126:15, 2126:24, 2126:25, 2127:3, 2127:6, 2127:11, 2127:14, 2127:17, 2127:24, 2127:25, 2128:4, 2128:5, 2128:16, 2128:18, 2128:20, 2128:23, 2129:1, 2130:13, 2131:7, 2131:8, 2131:13, 2131:15, 2131:19, 2131:25, 2132:1, 2132:23, 2133:3, 2133:15, 2133:18, 2134:3, 2134:14, 2134:16,

2135:10, 2135:23,
2135:24, 2136:1,
2136:2, 2136:7,
2136:9, 2136:25,
2137:10, 2137:21,
2137:22, 2139:13,
2140:18, 2141:4,
2141:8, 2141:19,
2141:20, 2141:21,
2142:4, 2142:14,
2142:15, 2142:19,
2142:23, 2142:25,
2143:2, 2143:4,
2143:14, 2144:9,
2144:12, 2144:14,
2144:22, 2144:23,
2144:25, 2145:1,
2145:2, 2145:3,
2145:4, 2145:13,
2145:17, 2145:23,
2146:1, 2146:2,
2146:4, 2146:13,
2146:16, 2147:11,
2148:8, 2149:10,
2149:11, 2149:22,
2150:1, 2150:6,
2150:7, 2150:8,
2150:9, 2150:10,
2150:19, 2150:22,
2150:23, 2151:8,
2151:10, 2151:11,
2151:12, 2151:13,
2152:6, 2152:10,
2152:16, 2152:20,
2152:21, 2152:22,
2153:4, 2153:5,
2153:8, 2153:18,
2153:19, 2153:25,
2154:2, 2154:10,
2154:11, 2154:17,
2154:21, 2155:3,
2156:5, 2156:17,
2156:18, 2157:6,
2157:10, 2157:11,
2157:12, 2157:15,
2157:16, 2157:17,
2158:2, 2158:3,
2158:7, 2158:10,
2158:11, 2158:16,
2158:22, 2159:5,
2159:8, 2159:12,
2159:16, 2162:13,
2162:16, 2164:12,
2164:25, 2165:20,
2166:3, 2166:8,
2166:22, 2168:6,
2168:13, 2168:14,
2168:15, 2168:25,
2169:3, 2169:23,
2170:8, 2170:14,
2170:17, 2170:23,

2171:13, 2172:3,
2172:18, 2172:22,
2173:16, 2173:25,
2174:23, 2175:3,
2175:24, 2176:9,
2177:18, 2178:11,
2178:17, 2178:22,
2179:2, 2179:5,
2179:8, 2179:9,
2179:16, 2180:2,
2180:10, 2180:12,
2181:5, 2181:8,
2181:24, 2181:25,
2182:1, 2182:4,
2182:9, 2182:16,
2182:20, 2182:22,
2182:23, 2183:1,
2183:7, 2183:13,
2183:24, 2184:10,
2184:13, 2184:15,
2184:17, 2184:19,
2184:20, 2185:2,
2185:4, 2185:12,
2186:2, 2186:3,
2186:4, 2186:7,
2186:9, 2186:10,
2186:11, 2186:12,
2186:13, 2186:14,
2186:15, 2186:18,
2186:19, 2186:22,
2186:24, 2187:2,
2187:4, 2187:5,
2187:6, 2187:8,
2187:10, 2187:11,
2187:12, 2187:16,
2187:22, 2188:5,
2188:8, 2188:12,
2188:15, 2188:18,
2188:21, 2189:4,
2189:6, 2189:7,
2189:11, 2189:16,
2189:21, 2189:22,
2190:1, 2190:4,
2190:9, 2190:18,
2190:22, 2191:2,
2191:4, 2191:8,
2191:14, 2191:15,
2191:16, 2191:17,
2191:20, 2191:21,
2192:9, 2192:14,
2192:15, 2192:17,
2192:18, 2192:21,
2193:9, 2194:2,
2194:4, 2194:10,
2194:13, 2194:18,
2195:2, 2195:7,
2195:8, 2195:14,
2195:15, 2195:21,
2195:22, 2195:25,
2196:1, 2196:4,
2196:11, 2196:17,

2197:1, 2197:3,
2197:7, 2197:9,
2197:11, 2197:12,
2197:13, 2197:14,
2197:21, 2197:24,
2198:3, 2199:1,
2199:8, 2199:11,
2199:12, 2199:13,
2199:17, 2199:18,
2199:25, 2200:2,
2200:13, 2200:20,
2200:21, 2201:9,
2201:12, 2201:13,
2201:15, 2201:16,
2201:17, 2201:23,
2201:25, 2202:1,
2202:3, 2202:19,
2202:23, 2203:3,
2203:11, 2203:15,
2203:18, 2204:6,
2204:12, 2204:13,
2204:16, 2204:18,
2204:19, 2204:22,
2204:24, 2205:11,
2205:12, 2205:13,
2205:23, 2205:25,
2206:5, 2206:7,
2206:9, 2206:10,
2206:12, 2206:17,
2206:24, 2207:8,
2207:12, 2207:13,
2207:18, 2207:23,
2207:24, 2208:1,
2208:9, 2209:3
   **I'd** [1] - 2095:12
   **I'll** [28] - 2081:8,
2089:13, 2095:14,
2097:6, 2100:16,
2110:17, 2115:8,
2129:22, 2131:8,
2134:24, 2136:21,
2137:15, 2137:24,
2141:1, 2147:8,
2149:8, 2149:19,
2150:16, 2160:4,
2160:7, 2173:1,
2176:4, 2179:25,
2180:5, 2181:4,
2182:12, 2203:19,
2204:8
   **I'm** [19] - 2112:15,
2116:19, 2121:5,
2129:12, 2148:8,
2155:23, 2163:9,
2170:2, 2170:4,
2170:19, 2189:6,
2189:14, 2190:4,
2191:4, 2202:6,
2202:17, 2202:24,
2205:2, 2206:19
   **I've** [83] - 2080:11,

2087:14, 2088:1,
2089:13, 2090:5,
2090:12, 2091:22,
2094:15, 2096:15,
2096:19, 2097:15,
2098:6, 2098:11,
2098:12, 2099:12,
2108:20, 2109:18,
2113:23, 2118:20,
2120:3, 2120:7,
2120:22, 2124:17,
2125:2, 2126:22,
2127:8, 2129:5,
2132:8, 2132:9,
2132:13, 2136:23,
2136:25, 2137:6,
2137:8, 2138:6,
2140:16, 2142:1,
2143:2, 2148:21,
2151:8, 2153:5,
2153:15, 2159:5,
2159:15, 2163:24,
2164:12, 2164:25,
2167:18, 2171:2,
2172:16, 2173:21,
2176:14, 2179:10,
2180:18, 2181:11,
2181:13, 2181:17,
2183:10, 2185:9,
2185:13, 2191:7,
2191:21, 2194:5,
2195:10, 2200:19,
2200:21, 2201:3,
2201:11, 2201:12,
2201:13, 2202:3,
2202:5, 2202:19,
2202:23, 2203:6,
2204:8, 2205:11,
2205:18, 2205:19
   **Ibos** [3] - 2076:19,
2209:3, 2209:11
   **idea** [2] - 2104:17,
2119:13
   **identify** [1] - 2206:8
   **if** [128] - 2080:7,
2081:25, 2082:3,
2083:4, 2084:20,
2090:19, 2093:11,
2094:1, 2096:3,
2097:4, 2097:21,
2099:11, 2099:14,
2100:4, 2100:7,
2100:11, 2101:12,
2102:7, 2105:14,
2105:17, 2107:6,
2107:7, 2107:16,
2107:17, 2108:24,
2109:3, 2109:4,
2109:5, 2109:9,
2109:13, 2109:19,
2112:18, 2112:22,

2115:9, 2115:22,
2116:23, 2117:1,
2118:3, 2118:7,
2119:24, 2119:25,
2121:10, 2121:12,
2122:21, 2123:3,
2124:13, 2129:16,
2129:24, 2130:6,
2133:9, 2134:8,
2136:3, 2137:4,
2137:18, 2137:24,
2138:13, 2138:14,
2138:15, 2139:16,
2139:20, 2141:1,
2143:16, 2145:7,
2145:11, 2146:1,
2146:23, 2147:9,
2148:10, 2149:22,
2150:6, 2151:12,
2151:20, 2151:21,
2151:23, 2152:4,
2152:8, 2152:21,
2152:23, 2153:1,
2153:9, 2153:13,
2153:21, 2153:22,
2154:10, 2154:15,
2155:3, 2156:6,
2160:4, 2162:14,
2164:4, 2165:20,
2167:3, 2167:5,
2167:25, 2169:17,
2169:21, 2170:21,
2171:14, 2171:20,
2171:21, 2172:13,
2172:16, 2173:18,
2176:3, 2177:7,
2178:3, 2178:7,
2179:1, 2179:13,
2179:18, 2180:4,
2182:20, 2184:19,
2186:25, 2188:15,
2192:10, 2199:18,
2199:20, 2199:22,
2203:14, 2205:2,
2206:22, 2207:9
   **ignore** [3] - 2095:21,
2097:21, 2172:7
   **ignored** [5] -
2098:16, 2098:19,
2171:18, 2176:20,
2199:10
   **ignoring** [3] -
2137:2, 2177:17,
2178:10
   **II** [1] - 2076:17
   **IL** [1] - 2074:14
   **illustrate** [3] -
2153:4, 2154:2,
2162:20
   **illustrated** [2] -

2106:13, 2145:9
    **illustrating** [1] -
2183:1
    **illustrative** [3] -
2120:22, 2153:9,
2153:13
    **image** [6] - 2089:7,
2116:1, 2116:12,
2117:7, 2138:7,
2200:7
    **images** [7] -
2144:16, 2145:11,
2198:12, 2199:3,
2199:5, 2199:11,
2199:14
    **imagine** [10] -
2100:12, 2101:4,
2106:14, 2109:5,
2109:15, 2134:3,
2138:16, 2139:13,
2139:16, 2177:22
    **imaging** [2] -
2088:18, 2190:9
    **immediately** [1] -
2120:20
    **impact** [10] -
2112:21, 2123:22,
2124:1, 2125:25,
2136:20, 2137:11,
2140:20, 2140:21,
2171:6, 2204:9
    **impeach** [1] -
2203:12
    **impeachment** [1] -
2195:24
    **impediments** [3] -
2093:12, 2197:12,
2197:13
    **Imperial** [16] -
2082:17, 2086:23,
2087:1, 2087:5,
2091:25, 2142:16,
2188:25, 2189:9,
2189:14, 2189:19,
2190:3, 2190:6,
2190:13, 2190:16,
2192:2, 2193:17
    **implausible** [4] -
2113:2, 2114:8,
2128:4, 2136:19
    **implausibly** [1] -
2171:3
    **implemented** [2] -
2083:13, 2083:25
    **imply** [1] - 2196:17
    **important** [17] -
2080:8, 2084:9,
2084:13, 2105:5,
2105:6, 2107:15,
2130:19, 2139:10,

2143:11, 2153:5,
2167:14, 2167:16,
2173:11, 2174:14,
2174:20, 2203:25,
2207:18
    **imposed** [1] -
2204:25
    **impossible** [2] -
2152:10, 2154:20
    **improperly** [1] -
2204:21
    **improve** [1] -
2083:20
    **improved** [2] -
2083:24, 2083:25
    **in** [555] - 2079:14,
2080:3, 2081:6,
2081:22, 2082:22,
2083:6, 2083:9,
2083:10, 2083:21,
2083:22, 2084:5,
2084:13, 2084:15,
2084:17, 2084:21,
2084:23, 2085:1,
2085:5, 2085:6,
2085:9, 2085:15,
2086:3, 2086:5,
2086:7, 2086:9,
2087:2, 2087:5,
2087:9, 2087:15,
2087:17, 2087:19,
2087:22, 2087:24,
2088:19, 2088:22,
2088:23, 2089:8,
2089:12, 2089:20,
2090:4, 2090:6,
2090:7, 2090:10,
2090:20, 2091:6,
2091:10, 2091:14,
2091:18, 2091:20,
2091:22, 2091:23,
2092:1, 2092:3,
2092:14, 2092:20,
2093:7, 2093:10,
2093:21, 2093:25,
2094:7, 2094:9,
2094:15, 2094:18,
2094:19, 2095:9,
2095:19, 2096:1,
2096:14, 2096:17,
2097:4, 2097:10,
2097:11, 2097:20,
2098:1, 2098:13,
2098:14, 2098:22,
2098:23, 2099:8,
2100:6, 2100:8,
2100:17, 2100:18,
2100:22, 2101:1,
2101:18, 2101:19,
2101:22, 2101:25,

2102:6, 2102:10,
2102:11, 2102:13,
2103:2, 2103:11,
2103:13, 2103:14,
2103:17, 2103:21,
2103:25, 2104:7,
2104:9, 2105:3,
2105:7, 2105:13,
2105:21, 2106:5,
2106:7, 2106:16,
2106:25, 2107:2,
2107:9, 2107:10,
2107:18, 2108:1,
2108:2, 2108:15,
2108:21, 2108:23,
2109:1, 2109:8,
2110:1, 2110:3,
2110:5, 2110:8,
2110:10, 2110:22,
2110:25, 2111:5,
2111:8, 2111:9,
2111:10, 2111:20,
2111:23, 2111:24,
2112:7, 2112:11,
2112:16, 2112:18,
2112:19, 2112:25,
2113:8, 2113:9,
2113:10, 2113:19,
2113:20, 2113:22,
2114:1, 2114:8,
2114:13, 2115:16,
2116:3, 2116:5,
2117:3, 2117:6,
2117:11, 2118:12,
2119:2, 2119:3,
2119:9, 2119:10,
2119:14, 2119:16,
2119:19, 2120:3,
2120:9, 2120:22,
2121:2, 2121:7,
2121:13, 2122:20,
2123:4, 2123:9,
2123:16, 2123:17,
2124:3, 2124:9,
2124:19, 2124:20,
2124:22, 2125:9,
2125:16, 2125:19,
2125:21, 2126:3,
2126:16, 2127:11,
2127:13, 2127:19,
2128:13, 2128:18,
2129:1, 2129:2,
2129:6, 2129:10,
2129:11, 2130:24,
2131:11, 2131:13,
2131:14, 2131:25,
2132:9, 2132:14,
2132:16, 2132:23,
2132:25, 2133:11,
2133:12, 2133:23,
2133:24, 2134:2,

2134:11, 2134:15,
2134:19, 2134:20,
2134:21, 2135:8,
2135:11, 2135:12,
2135:15, 2135:16,
2136:1, 2136:16,
2136:23, 2137:1,
2137:16, 2137:23,
2138:23, 2139:1,
2140:11, 2140:17,
2140:23, 2140:24,
2140:25, 2141:3,
2141:11, 2141:14,
2141:15, 2141:21,
2141:25, 2142:1,
2142:2, 2142:3,
2142:11, 2142:16,
2142:20, 2142:21,
2142:24, 2142:25,
2143:6, 2143:14,
2143:19, 2144:1,
2144:3, 2144:7,
2144:9, 2144:12,
2144:15, 2144:24,
2145:3, 2145:9,
2145:10, 2145:14,
2145:15, 2145:16,
2145:21, 2145:22,
2145:25, 2146:1,
2146:6, 2146:13,
2146:16, 2147:2,
2147:15, 2147:16,
2148:2, 2148:12,
2148:15, 2148:17,
2148:18, 2148:21,
2148:23, 2148:24,
2149:3, 2149:10,
2149:11, 2149:14,
2150:2, 2150:4,
2150:9, 2150:20,
2150:24, 2151:7,
2151:9, 2151:10,
2151:21, 2151:23,
2152:7, 2153:18,
2154:16, 2155:8,
2155:11, 2156:3,
2156:4, 2156:5,
2156:7, 2156:20,
2156:22, 2157:12,
2157:13, 2157:16,
2157:22, 2158:12,
2158:14, 2158:15,
2159:4, 2159:6,
2159:14, 2159:20,
2160:6, 2160:9,
2161:1, 2161:10,
2161:12, 2161:14,
2161:16, 2161:19,
2161:21, 2161:25,
2162:17, 2162:19,
2162:24, 2163:1,

2163:7, 2163:8,
2163:23, 2164:11,
2165:2, 2165:3,
2165:9, 2165:10,
2165:12, 2165:21,
2165:22, 2165:23,
2165:24, 2166:3,
2166:6, 2166:7,
2166:13, 2166:22,
2167:4, 2167:11,
2167:14, 2168:10,
2168:18, 2168:21,
2168:22, 2168:25,
2169:4, 2169:5,
2169:11, 2169:13,
2169:24, 2170:1,
2170:3, 2170:4,
2170:6, 2170:11,
2170:16, 2170:18,
2170:20, 2170:22,
2171:3, 2171:8,
2171:17, 2171:18,
2171:19, 2172:7,
2172:12, 2172:13,
2172:16, 2172:17,
2172:23, 2172:24,
2172:25, 2173:2,
2173:3, 2173:7,
2173:9, 2174:14,
2174:16, 2174:19,
2174:22, 2175:9,
2176:7, 2176:9,
2176:11, 2176:22,
2176:25, 2177:8,
2177:13, 2177:18,
2177:19, 2178:1,
2178:5, 2178:7,
2178:16, 2178:22,
2179:4, 2179:19,
2179:20, 2180:3,
2180:7, 2181:6,
2181:8, 2181:15,
2181:20, 2182:2,
2182:6, 2182:16,
2182:22, 2183:19,
2184:12, 2184:24,
2185:2, 2185:4,
2185:6, 2186:7,
2186:25, 2187:4,
2188:3, 2188:11,
2188:19, 2188:22,
2188:23, 2189:1,
2189:4, 2189:15,
2189:16, 2189:18,
2189:22, 2190:4,
2190:8, 2190:12,
2190:18, 2191:22,
2191:24, 2192:6,
2192:13, 2192:20,
2192:21, 2192:23,
2192:25, 2193:22,

2193:23, 2194:16, 2194:20, 2194:22, 2194:25, 2195:3, 2195:6, 2195:9, 2195:10, 2195:11, 2195:15, 2195:18, 2195:20, 2195:22, 2196:4, 2196:8, 2196:10, 2196:15, 2196:16, 2196:20, 2196:23, 2197:2, 2197:6, 2197:7, 2197:17, 2198:1, 2199:15, 2200:24, 2201:1, 2201:2, 2201:3, 2201:4, 2201:5, 2201:13, 2201:15, 2202:8, 2202:13, 2202:18, 2202:20, 2202:21, 2202:25, 2203:5, 2203:16, 2203:23, 2203:25, 2204:6, 2204:15, 2204:16, 2205:1, 2205:5, 2205:13, 2205:17, 2205:22, 2206:2, 2206:5, 2206:6, 2206:11, 2206:15, 2206:17, 2206:22, 2207:3, 2207:5, 2207:12, 2207:13, 2207:17, 2207:20, 2208:4, 2208:5, 2208:7, 2208:8, 2209:7

**IN** [4] - 2072:3, 2072:4, 2072:7, 2082:1

**in-house** [1] - 2194:16

**inappropriate** [1] - 2200:1

**INC** [9] - 2072:10, 2074:1, 2074:3, 2074:3, 2074:4, 2074:5, 2074:21, 2075:14, 2075:15

**inch** [1] - 2138:6

**incident** [1] - 2183:20

**incidentally** [2] - 2162:17, 2179:4

**include** [1] - 2097:22

**included** [2] - 2145:21, 2181:13

**including** [5] - 2090:13, 2090:14, 2189:19, 2190:7, 2192:12

**increase** [5] - 2160:16, 2176:11, 2176:12, 2176:25, 2177:1

**increased** [1] - 2152:15

**increasing** [6] - 2124:19, 2130:11, 2160:9, 2160:15, 2177:3, 2178:2

**indeed** [19] - 2088:17, 2089:16, 2090:16, 2101:4, 2105:1, 2105:12, 2116:4, 2128:5, 2129:3, 2131:13, 2133:24, 2155:21, 2156:8, 2182:8, 2187:6, 2200:6, 2206:17, 2207:11, 2207:16

**independent** [8] - 2108:5, 2132:2, 2179:7, 2184:25, 2192:6, 2193:16, 2193:24, 2202:7

**Independent** [1] - 2192:13

**independently** [1] - 2200:20

**indicate** [5] - 2100:5, 2101:20, 2102:22, 2114:10, 2150:7

**indicates** [2] - 2112:14, 2180:14

**indicating** [3] - 2116:20, 2162:24

**INDICATING** [2] - 2148:5, 2149:14

**INDICATING)** [3] - 2121:6, 2126:9, 2198:22

**individual** [2] - 2120:6, 2121:3

**individuals** [1] - 2192:12

**industries** [1] - 2087:9

**industry** [9] - 2083:4, 2088:4, 2089:13, 2131:14, 2132:15, 2178:19, 2202:24, 2207:15, 2207:20

**Industry** [1] - 2190:1

**infinite** [3] - 2133:1, 2136:18, 2167:25

**inflate** [1] - 2106:20

**influence** [1] - 2125:7

**influencing** [2] -

2204:20, 2204:21
**information** [26] - 2092:13, 2099:5, 2099:6, 2103:12, 2103:20, 2104:23, 2108:25, 2110:6, 2117:19, 2117:20, 2117:25, 2118:22, 2121:3, 2122:3, 2122:5, 2123:23, 2124:24, 2128:23, 2129:21, 2130:9, 2159:20, 2174:17, 2175:11, 2200:14, 2204:7, 2204:8

**initial** [6] - 2104:14, 2107:1, 2135:24, 2158:14, 2158:15, 2158:24

**initially** [3] - 2092:21, 2162:25, 2166:12

**injectivity** [1] - 2197:11

**input** [9] - 2107:12, 2107:13, 2107:14, 2128:3, 2151:10, 2155:6, 2173:3, 2173:11, 2190:20

**inputs** [7] - 2097:18, 2106:12, 2107:10, 2113:14, 2114:14, 2114:25, 2190:17

**insert** [1] - 2196:3

**inside** [1] - 2144:16

**instance** [10] - 2083:18, 2088:20, 2093:11, 2096:22, 2126:5, 2142:20, 2177:13, 2185:5, 2195:16, 2199:6

**instantly** [1] - 2154:5

**instead** [6] - 2092:19, 2101:8, 2154:15, 2172:16, 2179:13, 2196:2

**instinct** [1] - 2204:22

**integral** [1] - 2188:13

**integrity** [1] - 2192:7

**Integrity** [1] - 2193:13

**interconnect** [1] - 2123:15

**interest** [5] - 2084:5, 2085:9, 2088:15, 2136:1, 2180:3

**interested** [2] - 2085:1, 2129:13

**INTERESTS** [1] - 2073:12

**internal** [2] - 2144:17, 2145:13

**interpret** [1] - 2129:3

**interpretation** [3] - 2116:6, 2155:4, 2167:1

**interpreted** [1] - 2191:17

**interrupted** [1] - 2116:19

**intersection** [1] - 2149:4

**Intertek** [1] - 2132:8

**intertwined** [1] - 2119:16

**into** [33] - 2083:13, 2084:1, 2084:16, 2088:22, 2093:5, 2093:23, 2094:25, 2095:24, 2097:18, 2099:24, 2101:14, 2102:7, 2102:21, 2103:19, 2106:12, 2111:17, 2119:7, 2120:11, 2131:19, 2134:4, 2135:13, 2139:21, 2139:23, 2142:2, 2147:9, 2168:15, 2169:21, 2173:11, 2178:13, 2180:1, 2190:17, 2190:20, 2191:5

**introduce** [1] - 2171:20

**introduces** [2] - 2172:4, 2172:8

**introducing** [1] - 2167:17

**invalid** [1] - 2105:18

**invalidate** [2] - 2111:14, 2183:9

**investigating** [1] - 2179:25

**invited** [2] - 2089:18, 2089:21

**involve** [1] - 2185:1

**involved** [3] - 2150:9, 2189:22, 2190:4

**involves** [1] - 2198:12

**involving** [1] - 2189:7

**iRock** [3] - 2088:13, 2088:14, 2088:23

**Irpino** [1] - 2157:6

**IRPINO** [2] - 2073:1, 2073:1

**Island** [1] - 2073:7

**isn't** [35] - 2096:21,

2100:16, 2111:4, 2111:5, 2116:24, 2123:15, 2136:8, 2151:17, 2163:8, 2165:2, 2170:24, 2173:18, 2175:13, 2175:14, 2179:18, 2181:9, 2184:11, 2185:8, 2188:4, 2188:11, 2188:14, 2188:17, 2188:25, 2189:12, 2190:12, 2190:17, 2191:1, 2192:3, 2192:5, 2193:18, 2197:22, 2198:7, 2200:25, 2201:3, 2205:25

**isolation** [2] - 2111:23, 2152:7

**issue** [34] - 2088:6, 2088:13, 2093:2, 2094:8, 2096:8, 2097:19, 2111:16, 2124:3, 2124:15, 2127:12, 2129:24, 2131:7, 2137:14, 2139:9, 2147:4, 2149:2, 2149:8, 2150:12, 2151:6, 2152:15, 2153:6, 2155:25, 2157:5, 2157:23, 2159:23, 2160:6, 2164:16, 2166:1, 2171:11, 2173:20, 2179:25, 2180:1, 2180:7, 2186:6

**issues** [5] - 2089:19, 2089:24, 2098:5, 2112:7, 2128:12

**it** [259] - 2078:24, 2079:2, 2079:7, 2079:17, 2080:9, 2080:12, 2080:19, 2080:23, 2081:5, 2084:9, 2085:4, 2087:5, 2087:7, 2088:9, 2088:16, 2089:6, 2091:9, 2092:13, 2093:8, 2094:4, 2094:23, 2096:14, 2097:18, 2097:20, 2099:17, 2100:1, 2100:9, 2100:11, 2100:12, 2100:18, 2101:8, 2101:20, 2102:12, 2103:14, 2104:9, 2105:12, 2105:19, 2106:6, 2107:14, 2107:16, 2107:17,

2107:19, 2107:20, 2108:14, 2108:19, 2110:1, 2110:2, 2110:19, 2110:23, 2111:12, 2111:21, 2112:6, 2112:13, 2114:21, 2115:5, 2117:2, 2117:15, 2117:17, 2117:23, 2118:17, 2118:23, 2119:4, 2119:5, 2119:8, 2119:25, 2120:7, 2120:16, 2121:25, 2122:6, 2123:16, 2124:22, 2125:9, 2125:10, 2125:21, 2125:22, 2126:16, 2127:7, 2127:15, 2127:17, 2127:20, 2128:5, 2129:1, 2129:3, 2129:11, 2129:21, 2129:22, 2130:16, 2131:16, 2131:19, 2132:13, 2132:14, 2132:16, 2133:16, 2133:20, 2134:23, 2136:23, 2138:18, 2138:25, 2139:3, 2139:6, 2139:9, 2139:11, 2139:14, 2143:14, 2145:12, 2147:20, 2147:21, 2148:10, 2148:15, 2149:6, 2149:19, 2149:20, 2149:22, 2150:6, 2150:7, 2151:14, 2151:17, 2152:21, 2152:23, 2153:5, 2153:7, 2153:12, 2153:16, 2153:23, 2154:2, 2154:4, 2154:7, 2154:8, 2154:11, 2154:13, 2155:18, 2156:6, 2156:7, 2158:17, 2160:5, 2160:16, 2161:2, 2162:3, 2162:5, 2162:20, 2163:17, 2163:18, 2164:13, 2164:14, 2164:18, 2165:9, 2165:25, 2166:15, 2166:22, 2167:1, 2167:4, 2167:16, 2167:19, 2167:20, 2168:1, 2168:2, 2168:15, 2168:22, 2169:14, 2170:9, 2170:11,

2171:1, 2171:23, 2171:24, 2172:5, 2172:15, 2173:21, 2173:23, 2174:13, 2174:23, 2176:15, 2177:25, 2178:23, 2179:16, 2179:20, 2181:9, 2181:17, 2182:4, 2182:19, 2182:22, 2184:6, 2184:11, 2184:14, 2184:15, 2184:18, 2184:23, 2185:3, 2186:10, 2186:11, 2186:13, 2186:15, 2186:20, 2187:6, 2187:12, 2187:13, 2187:15, 2188:5, 2188:14, 2188:17, 2188:25, 2189:12, 2190:4, 2190:6, 2190:12, 2191:5, 2192:5, 2193:3, 2193:4, 2193:18, 2194:6, 2195:10, 2195:14, 2196:19, 2197:4, 2197:20, 2197:22, 2198:7, 2198:16, 2199:7, 2199:10, 2199:20, 2199:25, 2200:1, 2200:13, 2200:14, 2201:23, 2201:24, 2202:3, 2203:13, 2203:23, 2204:9, 2204:12, 2204:19, 2205:2, 2205:19, 2205:25, 2206:3, 2206:22, 2206:23, 2206:24, 2206:25, 2207:7, 2208:8, 2208:9

it's [203] - 2085:6, 2086:8, 2087:6, 2087:7, 2087:25, 2089:20, 2090:4, 2090:7, 2091:22, 2093:1, 2093:2, 2093:10, 2094:3, 2094:4, 2095:2, 2095:3, 2096:22, 2096:23, 2097:14, 2099:3, 2099:9, 2099:13, 2099:16, 2100:10, 2100:13, 2100:17, 2100:23, 2101:18, 2102:5, 2102:13, 2105:3, 2105:17, 2106:23, 2107:5, 2107:15, 2107:22, 2107:25,

2108:1, 2108:2, 2108:9, 2108:14, 2109:19, 2110:2, 2110:16, 2111:3, 2111:7, 2111:21, 2111:22, 2111:23, 2112:16, 2113:11, 2115:15, 2116:23, 2117:11, 2118:1, 2118:5, 2118:9, 2118:14, 2120:17, 2120:18, 2120:25, 2121:10, 2122:8, 2122:16, 2123:12, 2125:11, 2125:12, 2125:19, 2126:4, 2127:2, 2127:5, 2127:17, 2128:4, 2128:11, 2129:2, 2129:16, 2130:1, 2130:2, 2130:13, 2130:20, 2130:21, 2132:13, 2132:15, 2132:17, 2132:22, 2134:2, 2136:9, 2136:10, 2136:18, 2137:1, 2137:4, 2138:6, 2138:14, 2138:17, 2138:19, 2139:11, 2139:13, 2139:14, 2143:17, 2144:25, 2145:12, 2145:19, 2146:19, 2148:11, 2148:16, 2149:3, 2150:21, 2150:24, 2151:1, 2151:20, 2151:21, 2152:6, 2152:12, 2154:15, 2154:19, 2154:20, 2154:22, 2155:7, 2155:15, 2155:19, 2157:7, 2160:15, 2160:24, 2163:2, 2164:12, 2164:15, 2165:15, 2165:24, 2165:25, 2166:3, 2166:5, 2166:11, 2166:16, 2166:25, 2167:16, 2167:18, 2167:21, 2167:22, 2168:2, 2168:22, 2169:1, 2169:2, 2169:3, 2169:14, 2169:16, 2169:18, 2169:19, 2170:23, 2170:25, 2174:3, 2174:7, 2174:20, 2175:14, 2176:9, 2176:13, 2177:7, 2177:18, 2177:21, 2177:23,

2178:4, 2179:9, 2181:2, 2181:3, 2181:11, 2181:20, 2184:13, 2186:6, 2186:8, 2187:7, 2188:16, 2188:17, 2188:18, 2191:3, 2192:21, 2192:23, 2192:25, 2194:8, 2197:4, 2198:8, 2201:10, 2204:12, 2204:13, 2204:22, 2205:3, 2207:7, 2207:8, 2208:11, 2208:13

items [1] - 2105:9
its [5] - 2080:25, 2081:19, 2099:19, 2156:24, 2184:11
itself [5] - 2093:1, 2117:11, 2140:6, 2201:24, 2202:2

## J

J [12] - 2072:4, 2072:7, 2072:9, 2072:12, 2072:16, 2073:13, 2074:11, 2075:15, 2075:23, 2076:1, 2077:7, 2082:1
JAMES [1] - 2072:18
Jefferson [1] - 2072:19
JENNY [1] - 2074:23
job [1] - 2084:24
JOSEPH [1] - 2074:16
journal [2] - 2198:9, 2202:18
JR [1] - 2074:23
Judge [24] - 2080:7, 2083:4, 2099:4, 2110:12, 2116:9, 2119:1, 2119:25, 2121:14, 2123:10, 2125:4, 2131:6, 2135:16, 2136:3, 2139:8, 2141:2, 2152:17, 2153:1, 2155:24, 2156:20, 2157:5, 2158:12, 2160:5, 2162:14
JUDGE [1] - 2072:13
judgment [2] - 2096:18, 2096:19, 2098:3
JUDY [1] - 2073:21
Julian [2] - 2082:5,

2082:16
July [7] - 2159:10, 2159:17, 2160:13, 2163:22, 2169:5, 2192:6, 2195:18
June [1] - 2188:11
jury [1] - 2204:21
JURY [1] - 2072:12
just [142] - 2078:6, 2078:17, 2082:7, 2082:18, 2084:21, 2086:25, 2087:10, 2089:7, 2089:12, 2090:18, 2090:19, 2091:9, 2091:14, 2093:4, 2094:8, 2095:3, 2095:23, 2095:24, 2097:3, 2098:22, 2099:2, 2099:3, 2099:4, 2099:10, 2099:12, 2099:13, 2101:12, 2101:13, 2102:6, 2103:16, 2105:2, 2106:5, 2107:5, 2108:9, 2110:13, 2110:17, 2111:23, 2112:7, 2112:10, 2113:13, 2113:18, 2115:9, 2116:8, 2116:9, 2118:8, 2118:10, 2119:25, 2120:4, 2120:14, 2122:19, 2123:8, 2124:5, 2124:13, 2125:3, 2125:19, 2127:7, 2127:16, 2129:17, 2129:24, 2131:8, 2134:25, 2136:1, 2136:6, 2136:21, 2137:15, 2137:18, 2137:24, 2139:7, 2140:17, 2141:1, 2142:7, 2142:25, 2144:24, 2145:1, 2147:8, 2148:13, 2149:3, 2149:6, 2149:8, 2149:19, 2150:16, 2151:3, 2152:3, 2152:6, 2152:22, 2152:23, 2154:21, 2154:22, 2155:23, 2155:25, 2156:20, 2157:5, 2157:11, 2157:14, 2158:3, 2160:4, 2161:23, 2161:24, 2162:14, 2164:5, 2164:16, 2165:25, 2167:18,

2168:14, 2168:21, 2169:2, 2169:3, 2171:11, 2171:21, 2172:9, 2172:23, 2173:1, 2173:20, 2175:4, 2175:14, 2176:13, 2178:15, 2180:3, 2180:5, 2180:22, 2181:4, 2182:12, 2183:15, 2188:17, 2191:23, 2195:10, 2195:25, 2196:3, 2197:11, 2198:19, 2200:21, 2203:12, 2203:14, 2204:13, 2204:16, 2204:22, 2205:21, 2206:9
**JUSTICE** [3] - 2073:16, 2073:23

## K

**K** [3] - 2074:5, 2074:16, 2075:11
**KANNER** [2] - 2073:9, 2073:9
**Karen** [3] - 2076:19, 2209:3, 2209:11
**KARIS** [1] - 2074:11
**KATZ** [2] - 2072:15, 2076:1
**keep** [5] - 2108:11, 2136:2, 2140:18, 2153:8
**Kelkar** [29] - 2078:21, 2105:23, 2110:20, 2110:21, 2111:9, 2112:11, 2112:22, 2117:12, 2117:13, 2117:14, 2128:8, 2137:6, 2140:15, 2140:17, 2140:19, 2140:21, 2144:23, 2148:24, 2149:17, 2149:24, 2150:14, 2156:2, 2156:8, 2164:24, 2170:12, 2170:21, 2171:9, 2182:18
**Kelkar's** [5] - 2156:4, 2171:12, 2171:19, 2172:9, 2172:13
**KENT** [1] - 2076:11
**kerfuffle** [1] - 2156:20
**KERRY** [1] - 2075:15
**key** [9] - 2097:18, 2106:12, 2106:13, 2107:10, 2108:22,

2121:10, 2151:2, 2171:18, 2190:17
**kid** [1] - 2153:25
**kind** [1] - 2157:13
**KIRBY** [1] - 2075:10
**KIRKLAND** [3] - 2074:10, 2074:15, 2074:18
**knew** [1] - 2110:5
**know** [82] - 2079:18, 2080:7, 2080:22, 2091:20, 2091:23, 2093:16, 2093:17, 2093:21, 2094:4, 2098:11, 2104:3, 2104:14, 2104:15, 2104:19, 2104:20, 2104:21, 2104:22, 2105:13, 2105:14, 2105:15, 2105:17, 2106:18, 2106:21, 2108:4, 2109:6, 2109:13, 2109:20, 2109:24, 2110:1, 2110:4, 2110:7, 2113:23, 2118:14, 2119:4, 2121:2, 2121:20, 2121:21, 2123:1, 2123:16, 2124:4, 2124:5, 2125:13, 2125:18, 2126:4, 2126:10, 2126:12, 2127:8, 2127:9, 2130:21, 2132:17, 2133:3, 2133:8, 2133:10, 2146:1, 2146:2, 2148:14, 2149:25, 2153:19, 2155:3, 2157:17, 2160:1, 2165:15, 2165:16, 2166:15, 2168:2, 2174:7, 2183:13, 2184:19, 2186:3, 2186:13, 2186:14, 2188:19, 2189:4, 2192:21, 2197:12, 2197:13, 2199:23, 2204:13
**know..** [1] - 2203:14
**knowledge** [2] - 2095:10, 2192:16
**known** [6] - 2086:4, 2105:8, 2119:21, 2125:9, 2129:11, 2165:13
**knows** [1] - 2168:7
**KRAUS** [1] - 2073:10
**KUCHLER** [2] - 2075:6, 2075:7

**Kuwait** [5] - 2090:1, 2090:3, 2090:6, 2143:4, 2195:16
**Kuwaiti** [2] - 2142:22, 2143:9
**KY** [1] - 2075:10

## L

**L** [5] - 2072:24, 2073:13, 2074:23, 2075:18, 2082:6
**LA** [10] - 2072:4, 2072:17, 2072:20, 2073:2, 2073:5, 2073:11, 2074:7, 2075:8, 2075:17, 2076:20
**laboratories** [2] - 2132:5, 2142:16
**Laboratories** [2] - 2141:6, 2142:15
**Laboratories'** [1] - 2141:25
**laboratory** [2] - 2141:8, 2174:23
**labs** [2] - 2108:5, 2132:8
**Labs** [2] - 2132:8, 2143:21
**ladened** [1] - 2099:16
**Lafayette** [1] - 2072:20
**Lake** [1] - 2073:5
**Lamar** [1] - 2075:3
**Langan** [1] - 2079:12
**LANGAN** [6] - 2074:11, 2079:12, 2079:18, 2079:21, 2080:6, 2080:13
**large** [1] - 2137:10
**larger** [7] - 2114:3, 2136:10, 2151:23, 2167:9, 2167:11, 2170:19, 2170:22
**largest** [3] - 2089:25, 2090:6, 2090:7
**LaSalle** [1] - 2074:13
**last** [14] - 2079:12, 2082:5, 2088:23, 2090:17, 2091:2, 2099:19, 2109:23, 2109:25, 2130:16, 2146:5, 2149:20, 2149:25, 2161:5, 2189:18
**late** [3] - 2129:15, 2130:5, 2176:16

**later** [6] - 2104:16, 2119:15, 2197:16, 2201:6, 2201:21, 2203:19
**LAW** [3] - 2073:1, 2076:14, 2078:10
**law** [2] - 2169:21, 2170:7
**Law** [2] - 2166:9, 2205:16
**layers** [1] - 2123:18
**lead** [3] - 2096:20, 2138:19, 2177:25
**leading** [1] - 2089:22
**leads** [1] - 2177:25
**leak** [1] - 2108:12
**leaking** [1] - 2106:14
**leaps** [1] - 2101:17
**LEASING** [1] - 2072:8
**least** [8] - 2088:9, 2091:24, 2093:13, 2097:20, 2099:19, 2148:16, 2162:23, 2166:22
**leave** [1] - 2127:11
**led** [1] - 2189:25
**LEE** [1] - 2076:14
**left** [6] - 2084:20, 2086:22, 2104:1, 2115:25, 2138:5, 2174:4
**legitimate** [1] - 2155:15
**length** [1] - 2120:18
**less** [19] - 2096:23, 2100:19, 2100:20, 2116:23, 2116:24, 2117:4, 2120:17, 2129:7, 2130:24, 2140:2, 2148:6, 2151:15, 2154:5, 2154:9, 2159:4, 2167:23, 2169:19
**let** [27] - 2084:19, 2085:2, 2092:8, 2096:14, 2101:7, 2107:15, 2112:15, 2113:13, 2118:10, 2120:4, 2122:18, 2123:6, 2123:25, 2124:13, 2125:3, 2129:17, 2132:23, 2139:20, 2151:3, 2155:23, 2157:14, 2171:11, 2185:24, 2197:7, 2203:16, 2206:3
**let's** [38] - 2084:19,

2098:21, 2099:8, 2109:10, 2110:11, 2110:19, 2111:12, 2115:5, 2115:7, 2121:14, 2134:25, 2137:13, 2137:24, 2139:7, 2140:24, 2144:12, 2146:10, 2147:8, 2149:2, 2149:7, 2149:22, 2150:12, 2154:4, 2156:10, 2157:24, 2162:12, 2163:9, 2164:15, 2164:16, 2169:9, 2170:11, 2173:20, 2176:2, 2177:4, 2177:5, 2178:15, 2181:4, 2208:13
**letter** [1] - 2079:13
**level** [3] - 2095:6, 2095:24, 2174:12
**LEVIN** [1] - 2072:21
**LEWIS** [3] - 2074:5, 2074:21, 2075:1
**LI** [1] - 2075:22
**license** [1] - 2116:13
**life** [2] - 2105:9, 2162:20
**lifetime** [2] - 2091:5, 2091:11
**light** [7] - 2092:14, 2095:9, 2102:22, 2146:14, 2149:10, 2155:8, 2208:7
**lighter** [2] - 2166:13
**like** [41] - 2080:17, 2088:19, 2090:15, 2095:12, 2096:9, 2100:15, 2100:25, 2101:14, 2108:18, 2108:24, 2109:20, 2111:21, 2111:24, 2121:16, 2124:24, 2125:9, 2125:21, 2126:1, 2126:15, 2131:18, 2134:2, 2136:2, 2137:8, 2138:20, 2139:14, 2140:1, 2153:9, 2153:13, 2153:19, 2157:18, 2158:3, 2158:11, 2168:14, 2168:15, 2174:7, 2178:4, 2182:4, 2186:13, 2194:2, 2195:8, 2206:22
**likely** [10] - 2081:5, 2116:22, 2117:20, 2121:5, 2121:6,

2122:6, 2122:14,
2179:15, 2194:19,
2197:4
**lilac** [1] - 2120:23
**limine** [1] - 2081:22
**limit** [3] - 2114:24,
2205:1, 2205:4
**LIMITED** [1] - 2074:4
**limited** [5] - 2122:17,
2123:11, 2123:22,
2124:2, 2124:3
**line** [4] - 2079:24,
2148:5, 2148:7,
2164:1
**linear** [9] - 2164:1,
2205:9, 2205:10,
2205:17, 2205:21,
2205:23, 2206:4,
2206:7, 2206:20
**linearly** [1] - 2163:16
**liquid** [1] - 2131:20
**LISKOW** [1] - 2074:5
**list** [5] - 2081:12,
2081:14, 2156:24,
2181:21, 2192:22
**listed** [1] - 2149:20
**literally** [2] -
2141:16, 2184:20
**literature** [17] -
2095:10, 2143:15,
2143:24, 2149:2,
2149:8, 2149:11,
2151:19, 2194:14,
2194:18, 2194:22,
2200:25, 2201:3,
2201:15, 2202:8,
2202:14, 2207:12,
2207:13
**litigation** [4] -
2201:8, 2201:10,
2201:11, 2207:6
**little** [31] - 2082:18,
2083:1, 2084:20,
2085:18, 2087:1,
2088:4, 2088:13,
2090:18, 2096:8,
2098:1, 2099:14,
2102:6, 2106:18,
2122:10, 2133:17,
2141:12, 2149:3,
2153:3, 2158:22,
2160:11, 2160:12,
2163:15, 2168:17,
2172:23, 2177:19,
2188:17, 2198:20,
2198:23, 2201:6,
2201:21, 2208:15
**LLC** [1] - 2075:13
**LLP** [1] - 2074:18
**load** [1] - 2119:14

**locate** [1] - 2153:17
**located** [2] -
2118:15, 2163:2
**locating** [1] -
2155:23
**location** [3] - 2085:7,
2131:3, 2169:2
**locations** [1] -
2121:2
**log** [2] - 2147:17,
2148:22
**logarithmic** [2] -
2130:2, 2176:15
**logs** [1] - 2175:2
**London** [5] -
2082:17, 2083:10,
2086:24, 2190:7,
2193:18
**long** [12] - 2084:2,
2084:21, 2102:5,
2105:13, 2119:12,
2128:10, 2144:8,
2153:16, 2162:3,
2162:5, 2167:25,
2198:19
**longer** [1] - 2208:15
**look** [55] - 2079:17,
2081:9, 2081:10,
2086:18, 2088:18,
2089:8, 2098:1,
2099:15, 2100:1,
2108:8, 2109:18,
2112:22, 2115:9,
2117:1, 2121:14,
2123:8, 2124:6,
2124:21, 2127:14,
2129:17, 2130:7,
2130:8, 2131:3,
2137:18, 2137:24,
2138:12, 2139:7,
2143:17, 2144:12,
2144:16, 2146:10,
2146:11, 2147:8,
2153:22, 2156:1,
2158:7, 2159:23,
2162:3, 2162:12,
2163:9, 2164:15,
2170:11, 2171:25,
2176:6, 2178:15,
2180:1, 2180:6,
2180:17, 2180:22,
2180:23, 2182:20,
2195:16, 2199:11
**looked** [18] -
2098:12, 2098:16,
2104:4, 2126:13,
2132:8, 2133:3,
2141:22, 2142:1,
2142:3, 2142:23,
2143:2, 2143:4,

2144:14, 2144:15,
2145:2, 2149:10,
2162:2
**looking** [41] -
2086:1, 2086:2,
2088:18, 2093:11,
2093:22, 2100:8,
2100:24, 2109:11,
2111:6, 2117:16,
2118:3, 2124:24,
2125:13, 2126:14,
2129:12, 2129:13,
2130:4, 2138:1,
2138:12, 2138:15,
2138:22, 2140:4,
2140:14, 2144:3,
2144:16, 2145:10,
2148:7, 2158:14,
2162:10, 2163:4,
2171:20, 2172:2,
2172:9, 2173:24,
2174:12, 2174:25,
2175:4, 2175:14,
2180:24, 2201:23,
2207:25
**looks** [7] - 2091:3,
2100:1, 2111:21,
2120:17, 2126:15,
2145:12, 2203:22
**Los** [2] - 2074:20,
2075:24
**lost** [1] - 2134:12
**lot** [11] - 2107:14,
2113:7, 2116:23,
2124:23, 2129:2,
2129:21, 2147:25,
2148:12, 2153:11,
2173:5, 2203:23
**lots** [8] - 2093:18,
2100:5, 2130:9,
2131:24, 2142:23,
2152:10, 2174:8
**Louisiana** [1] -
2209:4
**LOUISIANA** [2] -
2072:1, 2073:9
**loved** [1] - 2153:25
**low** [16] - 2102:16,
2102:18, 2107:20,
2139:22, 2145:2,
2147:7, 2154:7,
2160:20, 2160:23,
2163:3, 2163:23,
2166:24, 2174:6,
2177:8, 2178:3,
2183:3
**lower** [13] - 2097:14,
2102:15, 2102:23,
2106:23, 2108:18,
2112:23, 2112:24,

2128:5, 2137:6,
2152:4, 2153:12,
2167:5, 2167:8
**lowest** [1] - 2160:22
**LP** [1] - 2075:6
**LUIS** [1] - 2075:22
**lukewarm** [1] -
2169:19
**lunch** [3] - 2157:15,
2184:3, 2208:13
**LUNCH** [1] - 2208:17
**LUNDY** [3] - 2073:3,
2073:4
**LUXENBERG** [1] -
2072:24

---

## M

**M** [2] - 2073:6,
2076:17
**Macondo** [97] -
2082:23, 2092:10,
2092:14, 2095:9,
2098:9, 2098:24,
2098:25, 2100:9,
2100:17, 2100:20,
2100:23, 2100:24,
2101:25, 2102:4,
2102:11, 2102:12,
2102:13, 2105:24,
2107:1, 2107:10,
2108:2, 2108:15,
2108:21, 2109:8,
2110:7, 2110:8,
2111:6, 2115:14,
2116:1, 2116:10,
2116:12, 2116:15,
2120:8, 2120:14,
2120:15, 2121:2,
2123:16, 2127:22,
2127:24, 2131:2,
2131:3, 2133:7,
2136:13, 2138:6,
2138:24, 2139:13,
2140:4, 2141:7,
2142:13, 2142:14,
2144:13, 2145:8,
2146:17, 2146:19,
2146:25, 2147:3,
2147:6, 2147:15,
2149:9, 2150:18,
2151:5, 2154:24,
2158:5, 2158:15,
2162:13, 2163:1,
2164:14, 2167:12,
2173:25, 2174:23,
2179:15, 2179:23,
2183:17, 2183:23,
2184:22, 2185:10,
2185:21, 2188:23,

2192:7, 2194:12,
2194:16, 2194:20,
2194:21, 2194:23,
2197:19, 2198:23,
2198:25, 2199:4,
2199:12, 2199:13,
2200:2, 2202:25,
2203:2, 2208:6,
2208:12
**made** [17] - 2080:11,
2084:7, 2084:11,
2091:1, 2094:9,
2096:19, 2098:4,
2105:1, 2111:19,
2136:20, 2142:4,
2165:24, 2171:7,
2172:14, 2179:5,
2179:7, 2201:7
**Magazine** [1] -
2073:2
**Magistrate** [1] -
2080:6
**mail** [2] - 2192:11
**mails** [2] - 2150:23,
2155:4
**main** [4] - 2083:24,
2089:16, 2180:9,
2208:1
**major** [11] - 2085:4,
2085:24, 2086:15,
2086:20, 2088:7,
2088:11, 2089:3,
2089:14, 2089:23,
2090:22, 2170:20
**majority** [1] -
2197:24
**make** [24] - 2081:10,
2084:3, 2084:22,
2089:9, 2089:11,
2090:9, 2112:1,
2112:3, 2131:1,
2148:18, 2153:23,
2155:7, 2155:11,
2158:12, 2165:23,
2168:8, 2170:11,
2175:24, 2178:18,
2179:18, 2179:20,
2182:1, 2203:12
**makes** [9] - 2112:20,
2122:8, 2151:13,
2154:11, 2155:18,
2156:3, 2156:7,
2161:15, 2171:8
**makeup** [1] -
2165:21
**making** [9] -
2088:19, 2117:18,
2122:18, 2165:12,
2168:9, 2195:4,
2195:5, 2206:10

**manage** [1] - 2090:11
**many** [5] - 2091:8, 2091:12, 2093:12, 2098:14, 2201:14
**map** [2] - 2118:17, 2120:7
**maps** - 2153:18
**MARTIN** [5] - 2074:19, 2076:8, 2076:14, 2077:7, 2082:1
**Martin** [3] - 2081:20, 2082:5, 2082:16
**MARTINEZ** [1] - 2074:23
**mass** [3] - 2103:24, 2113:19, 2205:17
**master** [2] - 2087:23
**match** [3] - 2161:16, 2161:17, 2177:14
**matched** [1] - 2178:12
**matches** [2] - 2164:14, 2177:15
**matching** [1] - 2173:17
**material** [41] - 2085:13, 2087:25, 2088:1, 2092:11, 2092:15, 2092:19, 2094:18, 2098:7, 2103:13, 2103:21, 2103:23, 2105:12, 2105:17, 2105:19, 2105:25, 2106:6, 2106:8, 2106:11, 2108:24, 2109:8, 2110:11, 2110:15, 2111:2, 2112:12, 2113:18, 2113:24, 2115:7, 2115:9, 2137:14, 2141:5, 2146:21, 2146:24, 2157:23, 2171:12, 2172:1, 2183:6, 2203:6, 2203:8, 2203:22
**Materials** [1] - 2190:1
**math** [1] - 2188:18
**mathematical** [1] - 2169:23
**mathematically** [3] - 2126:14, 2162:22, 2170:5
**Matt** [2] - 2078:15, 2080:18
**matter** [8] - 2081:11, 2105:13, 2156:18,

2166:10, 2171:16, 2188:22, 2203:12, 2209:7
**matters** [1] - 2078:14
**MATTHEW** [2] - 2073:4, 2074:12
**maximize** [1] - 2132:25
**maximum** [2] - 2127:18, 2183:3
**May** [1] - 2188:10
**may** [18] - 2079:23, 2082:7, 2082:10, 2102:3, 2119:15, 2119:22, 2122:11, 2122:17, 2123:5, 2128:5, 2132:24, 2143:15, 2155:3, 2175:15, 2183:7, 2183:8, 2184:6
**maybe** [3] - 2106:10, 2133:18, 2152:16
**MAZE** [1] - 2073:13
**McCRANEY** [1] - 2076:16
**McCUTCHEN** [1] - 2075:9
**MD** [1] - 2076:2
**MDL-2179** [1] - 2072:3
**MDT** [5] - 2103:18, 2104:13, 2159:3, 2175:20, 2190:25
**me** [53] - 2078:6, 2079:16, 2079:21, 2084:19, 2085:2, 2091:9, 2092:8, 2096:2, 2096:14, 2101:8, 2107:15, 2111:12, 2112:15, 2113:13, 2118:10, 2119:24, 2120:4, 2122:18, 2123:6, 2123:25, 2124:13, 2125:3, 2126:22, 2129:17, 2130:19, 2132:24, 2135:20, 2139:20, 2140:17, 2151:3, 2153:16, 2155:18, 2155:23, 2157:6, 2157:13, 2157:14, 2157:25, 2169:7, 2171:11, 2178:21, 2183:11, 2184:13, 2185:24, 2186:20, 2187:24, 2195:20, 2196:15, 2197:7, 2198:4, 2203:4, 2206:3
**mean** [30] - 2083:16,

2084:6, 2084:7, 2092:5, 2095:23, 2109:5, 2122:20, 2123:12, 2127:24, 2134:3, 2136:23, 2141:4, 2142:19, 2143:2, 2148:10, 2149:10, 2150:1, 2151:11, 2151:25, 2154:16, 2168:6, 2169:23, 2170:23, 2177:3, 2177:21, 2178:2, 2180:12, 2184:18, 2202:16, 2207:8
**meander** [1] - 2102:4
**meandering** [3] - 2119:10, 2119:12, 2120:10
**meaning** [1] - 2084:10
**means** [13] - 2091:17, 2112:18, 2116:23, 2132:14, 2145:13, 2148:10, 2149:20, 2161:13, 2167:8, 2177:8, 2177:11, 2177:21
**measure** [9] - 2103:9, 2106:20, 2106:22, 2110:23, 2143:5, 2148:11, 2174:22, 2175:11, 2175:18
**measured** [44] - 2095:17, 2095:21, 2096:6, 2098:3, 2100:23, 2104:14, 2104:24, 2107:1, 2107:2, 2108:4, 2113:5, 2114:4, 2132:1, 2132:4, 2132:9, 2132:13, 2140:22, 2141:6, 2142:19, 2144:19, 2145:15, 2145:16, 2146:6, 2146:11, 2146:13, 2147:15, 2148:1, 2148:6, 2148:15, 2149:10, 2154:10, 2158:8, 2158:23, 2159:14, 2161:2, 2164:14, 2172:2, 2175:13, 2175:23, 2176:6, 2199:2, 2199:18
**measurement** [4] - 2091:4, 2161:6, 2167:4, 2179:7
**measurements** [37] -

2084:7, 2084:11, 2084:12, 2090:2, 2090:8, 2090:9, 2090:10, 2090:13, 2090:14, 2098:8, 2103:6, 2105:1, 2105:4, 2121:21, 2132:2, 2132:3, 2132:7, 2135:23, 2137:23, 2141:6, 2141:9, 2141:10, 2142:1, 2145:6, 2147:17, 2148:18, 2159:2, 2165:5, 2165:7, 2166:16, 2175:2, 2195:5, 2199:22, 2199:24, 2207:10
**measuring** [1] - 2124:18
**mechanical** [1] - 2076:22
**mechanics** [13] - 2087:16, 2090:14, 2141:16, 2155:6, 2195:6, 2195:7, 2195:9, 2195:13, 2195:21, 2196:8, 2196:10, 2196:12, 2196:19
**medal** [1] - 2086:10
**medicine** [1] - 2087:6
**meeting** [1] - 2157:15
**meltings** [1] - 2099:17
**mention** [2] - 2187:8, 2192:8
**mentioned** [12] - 2086:14, 2090:24, 2101:22, 2111:9, 2124:17, 2142:21, 2142:23, 2144:12, 2159:5, 2159:15, 2184:13, 2184:15
**mentioning** [2] - 2096:2, 2187:10
**mentions** [1] - 2134:18
**method** [13] - 2092:9, 2092:11, 2092:12, 2092:22, 2111:3, 2131:21, 2176:5, 2180:21, 2200:23, 2200:24, 2202:20, 2202:21, 2203:5
**method's** [1] - 2201:21

**methodologies** [7] - 2092:15, 2092:17, 2092:19, 2201:12, 2201:19, 2202:1, 2207:14
**methodology** [10] - 2094:19, 2096:9, 2109:9, 2132:11, 2132:20, 2133:9, 2133:11, 2185:4, 2201:5, 2206:1
**methods** [10] - 2083:12, 2083:13, 2085:17, 2086:1, 2086:2, 2095:22, 2175:1, 2201:7
**MEXICO** [1] - 2072:4
**Mexico** [8] - 2089:15, 2089:20, 2099:24, 2100:6, 2119:8, 2148:2, 2148:17, 2194:25
**MICHAEL** [1] - 2075:21
**microphone** [2] - 2082:18, 2133:16
**microscope** [4] - 2089:9, 2101:2, 2146:15, 2198:12
**microscopic** [3] - 2100:22, 2101:1, 2174:12
**microsips** [16] - 2114:6, 2137:22, 2140:16, 2140:22, 2141:10, 2145:17, 2148:9, 2148:16, 2150:15, 2150:17, 2151:12, 2151:20, 2151:21, 2153:10, 2153:14, 2156:7
**mid** [4] - 2097:15, 2137:8, 2172:15, 2179:8
**middle** [1] - 2105:7
**might** [13] - 2101:21, 2105:19, 2118:25, 2121:1, 2133:5, 2133:6, 2146:24, 2149:9, 2152:17, 2179:19, 2182:25, 2197:25
**MIKE** [1] - 2076:14
**mile** [1] - 2102:3
**miles** [6] - 2101:18, 2102:4, 2102:5, 2116:14, 2119:12, 2120:8
**milkshake** [1] - 2178:5

**MILLER** [1] - 2075:15

**millidarcies** [11] - 2127:2, 2174:25, 2175:6, 2176:19, 2176:20, 2177:16, 2178:10, 2178:14, 2178:21, 2185:16, 2191:5

**Million** [1] - 2189:25

**million** [20] - 2095:15, 2095:17, 2095:21, 2096:4, 2096:23, 2099:20, 2100:9, 2112:24, 2115:15, 2115:20, 2136:7, 2137:9, 2140:22, 2156:7, 2172:15, 2183:16, 2184:21, 2188:14, 2188:17, 2189:19

**millions** [3] - 2099:22, 2100:7, 2119:18

**mind** [2] - 2099:11, 2196:16

**mine** [4] - 2078:7, 2088:15, 2137:7, 2150:6

**mineralogy** [2] - 2100:20, 2146:23

**minute** [2] - 2113:13, 2178:15

**minutes** [8] - 2078:11, 2078:12, 2157:17, 2164:16, 2184:2, 2208:14

**misinterpreted** [1] - 2117:16

**mislead** [1] - 2178:12

**Mississippi** [6] - 2099:15, 2099:18, 2099:24, 2100:1, 2101:22

**MISSISSIPPI** [1] - 2076:14

**MITCHELL** [1] - 2072:21

**mixed** [1] - 2133:7

**mixture** [1] - 2100:1

**mode** [1] - 2197:19

**model** [43] - 2083:17, 2083:20, 2093:2, 2093:7, 2099:3, 2099:4, 2105:10, 2113:19, 2113:20, 2118:2, 2118:23, 2120:1, 2120:3, 2120:4, 2120:25,

2121:1, 2121:17, 2135:4, 2135:8, 2153:10, 2153:17, 2161:13, 2161:15, 2161:16, 2161:17, 2162:10, 2170:14, 2173:7, 2173:8, 2198:19, 2199:19, 2199:21, 2199:22, 2205:9, 2205:10, 2205:22, 2205:23, 2206:4, 2206:15, 2206:19, 2206:20, 2206:22

**modeling** [14] - 2083:23, 2083:25, 2093:25, 2094:7, 2109:13, 2119:6, 2189:15, 2189:17, 2190:8, 2198:7, 2198:10, 2198:25, 2199:8, 2200:3

**modelling** [1] - 2198:19

**models** [12] - 2083:20, 2084:14, 2089:10, 2164:12, 2164:22, 2164:23, 2177:14, 2179:17, 2194:5, 2198:13, 2200:5

**Monday** [2] - 2080:16, 2081:6

**MONTAGNET** [1] - 2076:16

**Montgomery** [1] - 2073:14

**months** [3] - 2109:16, 2109:25, 2202:3

**MOORE** [1] - 2076:14

**more** [64] - 2081:5, 2088:13, 2091:19, 2091:21, 2096:4, 2096:23, 2097:22, 2097:23, 2098:1, 2100:4, 2100:18, 2100:20, 2107:7, 2108:14, 2110:16, 2111:7, 2117:4, 2118:4, 2120:17, 2121:12, 2123:5, 2129:7, 2130:24, 2132:16, 2133:6, 2136:9, 2137:6, 2137:8, 2138:19, 2139:6, 2140:10, 2140:12, 2142:2, 2144:4, 2144:8,

2146:23, 2147:1, 2148:6, 2149:3, 2151:15, 2152:3, 2153:23, 2154:5, 2158:18, 2158:19, 2159:4, 2163:20, 2163:21, 2167:11, 2167:23, 2169:15, 2172:23, 2174:10, 2177:16, 2177:23, 2177:24, 2178:10, 2179:1, 2188:17, 2200:12, 2200:8

**MORGAN** [2] - 2073:6

**MORNING** [2] - 2072:11, 2078:3

**morning** [3] - 2078:6, 2079:16, 2080:14

**most** [12] - 2085:12, 2097:7, 2105:5, 2109:21, 2113:3, 2127:4, 2127:15, 2155:9, 2172:18, 2174:21, 2179:15

**motion** [2] - 2081:22

**motivate** [1] - 2106:11

**motivation** [1] - 2187:11

**move** [13] - 2110:14, 2115:4, 2125:23, 2133:18, 2134:25, 2135:1, 2153:8, 2154:3, 2156:10, 2156:22, 2170:15, 2186:18, 2203:19

**moved** [2] - 2133:16, 2135:14

**moves** [7] - 2125:8, 2151:24, 2153:19, 2154:5, 2154:6, 2154:7, 2154:8

**moving** [7] - 2102:19, 2102:20, 2136:2, 2140:18, 2160:24, 2163:16, 2164:2

**MR** [88] - 2078:15, 2078:21, 2078:24, 2079:2, 2079:5, 2079:7, 2079:11, 2079:12, 2079:18, 2079:21, 2080:6, 2080:13, 2080:18, 2081:20, 2081:24, 2082:7, 2082:10, 2082:13, 2089:1, 2092:2, 2092:7,

2094:24, 2095:3, 2095:5, 2114:12, 2114:16, 2114:19, 2114:22, 2115:4, 2115:6, 2119:25, 2133:20, 2133:22, 2134:14, 2134:23, 2135:1, 2135:2, 2143:18, 2143:22, 2143:24, 2144:2, 2144:6, 2144:11, 2145:20, 2146:1, 2146:8, 2146:9, 2152:21, 2152:25, 2153:8, 2156:13, 2157:5, 2157:19, 2157:21, 2181:5, 2181:8, 2181:19, 2181:22, 2182:4, 2182:9, 2182:11, 2183:25, 2184:4, 2184:6, 2184:9, 2186:18, 2186:24, 2187:2, 2187:3, 2192:15, 2192:18, 2192:21, 2192:23, 2193:2, 2193:5, 2193:7, 2195:24, 2196:1, 2196:6, 2196:7, 2203:10, 2203:15, 2203:18, 2203:21, 2204:11, 2204:22, 2204:24, 2205:7

**Mr** [15] - 2077:8, 2077:9, 2077:10, 2079:6, 2081:10, 2153:21, 2154:5, 2156:11, 2157:6, 2184:1, 2185:17, 2185:24, 2189:6, 2192:8, 2197:16

**MS** [10] - 2076:15, 2076:18, 2080:5, 2080:14, 2081:3, 2081:11, 2081:17, 2156:17, 2156:20, 2157:4

**Ms** [1] - 2081:5

**much** [46] - 2087:7, 2095:11, 2097:22, 2100:21, 2103:8, 2103:19, 2103:24, 2104:1, 2104:3, 2104:20, 2106:16, 2106:18, 2107:9, 2107:10, 2109:6, 2109:10, 2110:24, 2111:7, 2113:20, 2114:3, 2116:21, 2118:4, 2121:8,

2121:11, 2125:20, 2126:11, 2126:21, 2127:10, 2127:11, 2127:13, 2129:22, 2131:2, 2133:22, 2139:4, 2147:13, 2169:16, 2169:19, 2174:6, 2176:12, 2177:9, 2177:10, 2200:12

**mud** [4] - 2099:25, 2100:2, 2101:22, 2101:23

**multi** [2] - 2134:17, 2187:18

**multi-stage** [2] - 2134:17, 2187:18

**multiphase** [3] - 2193:22, 2193:23, 2196:20

**multiply** [1] - 2109:6

**multiplying** [1] - 2181:12

**multistage** [2] - 2132:24, 2133:2

**MUNGER** [1] - 2075:20

**must** [2] - 2152:5, 2178:13

**mutually** [1] - 2112:4

**my** [147] - 2078:8, 2082:5, 2082:16, 2083:8, 2083:9, 2083:11, 2083:24, 2084:2, 2085:8, 2085:15, 2086:5, 2086:24, 2088:2, 2088:24, 2091:18, 2091:25, 2092:13, 2092:14, 2094:5, 2095:9, 2095:15, 2096:1, 2096:2, 2096:17, 2097:1, 2097:10, 2097:18, 2097:20, 2098:7, 2098:13, 2099:8, 2103:14, 2105:3, 2105:21, 2107:2, 2111:10, 2111:21, 2112:16, 2115:15, 2115:16, 2116:17, 2118:20, 2120:3, 2121:23, 2125:16, 2125:20, 2128:18, 2128:23, 2128:24, 2129:6, 2129:21, 2131:25, 2132:9, 2135:24, 2136:6, 2136:16, 2137:23, 2138:7, 2141:15,

2141:20, 2141:21, 2142:6, 2142:16, 2143:3, 2143:8, 2144:24, 2145:4, 2145:10, 2146:16, 2147:19, 2148:21, 2149:11, 2150:21, 2151:12, 2153:6, 2153:17, 2153:18, 2154:16, 2154:17, 2154:19, 2155:4, 2158:6, 2159:4, 2161:14, 2161:15, 2162:17, 2162:18, 2162:19, 2163:13, 2166:22, 2168:19, 2169:24, 2171:3, 2172:17, 2178:1, 2178:25, 2179:16, 2179:17, 2179:20, 2180:10, 2181:11, 2182:16, 2182:22, 2182:23, 2183:6, 2183:9, 2183:10, 2184:13, 2185:2, 2185:9, 2186:2, 2186:11, 2186:15, 2190:18, 2190:22, 2191:16, 2191:20, 2192:8, 2194:5, 2194:6, 2195:11, 2195:15, 2195:22, 2196:17, 2197:4, 2197:7, 2198:8, 2198:24, 2199:7, 2199:17, 2199:25, 2200:14, 2201:2, 2201:13, 2201:23, 2204:6, 2204:9, 2205:10, 2205:14, 2206:2, 2206:11, 2206:17, 2208:1, 2209:6
   **myself** [6] - 2086:5, 2141:8, 2164:22, 2194:4, 2195:2, 2195:7

# N

   **N** [8] - 2073:7, 2074:13, 2077:2, 2078:1, 2082:6, 2085:23, 2111:9, 2111:23
   **N.W** [2] - 2074:17, 2075:11
   **naked** [1] - 2101:2
   **name** [5] - 2082:4, 2082:5, 2082:14,

2082:16
   **named** [1] - 2184:11
   **narrow** [2] - 2112:6, 2155:18
   **NATHANIEL** [1] - 2073:18
   **nature** [1] - 2202:4
   **near** [3] - 2083:10, 2094:10, 2175:14
   **nearly** [1] - 2168:1
   **neat** [1] - 2152:12
   **necessarily** [11] - 2093:8, 2102:24, 2120:21, 2120:24, 2123:14, 2123:15, 2127:7, 2136:8, 2197:15, 2207:22
   **necessary** [1] - 2199:7
   **need** [52] - 2097:9, 2101:2, 2103:5, 2103:6, 2103:7, 2104:3, 2104:19, 2104:21, 2104:22, 2105:15, 2108:4, 2109:24, 2110:9, 2117:2, 2117:20, 2117:21, 2118:3, 2121:3, 2121:12, 2123:5, 2123:13, 2124:7, 2124:8, 2128:24, 2130:13, 2131:3, 2143:16, 2144:22, 2148:18, 2153:19, 2155:12, 2160:1, 2165:12, 2165:23, 2165:25, 2171:13, 2179:3, 2181:25, 2182:1, 2185:12, 2186:7, 2191:2, 2198:21, 2199:1, 2199:8, 2199:17, 2200:20, 2204:24, 2207:10
   **needed** [3] - 2151:10, 2191:13, 2191:14
   **neither** [1] - 2207:25
   **network** [1] - 2174:7
   **never** [10] - 2134:12, 2196:8, 2196:10, 2201:21, 2202:21, 2203:5, 2206:3, 2206:15, 2207:5, 2208:4
   **New** [9] - 2072:4, 2072:17, 2072:25, 2073:2, 2073:11, 2074:7, 2075:8, 2075:17, 2076:20

**new** [4] - 2086:1, 2158:22, 2179:22, 2207:6
   **next** [10] - 2095:19, 2107:6, 2124:13, 2125:3, 2131:3, 2139:20, 2146:10, 2151:3, 2154:3, 2164:15
   **nice** [2] - 2134:8, 2174:10
   **night** [1] - 2079:12
   **NIX** [1] - 2076:7
   **no** [60] - 2078:22, 2079:1, 2079:4, 2081:13, 2096:14, 2108:6, 2114:6, 2117:2, 2122:10, 2125:17, 2125:22, 2126:5, 2126:6, 2126:7, 2126:8, 2127:10, 2130:20, 2130:22, 2133:4, 2133:14, 2134:15, 2134:18, 2134:20, 2152:8, 2155:11, 2156:25, 2159:6, 2163:6, 2168:2, 2168:6, 2168:11, 2178:10, 2179:10, 2179:24, 2180:11, 2180:14, 2180:15, 2188:5, 2188:21, 2194:1, 2194:4, 2194:10, 2195:12, 2196:1, 2196:2, 2196:3, 2196:9, 2196:14, 2196:22, 2196:25, 2197:3, 2197:18, 2197:19, 2197:21, 2199:5, 2199:17, 2200:19, 2204:9
   **No** [4] - 2072:3, 2072:7, 2072:9, 2195:21
   **no-flow** [6] - 2125:22, 2126:7, 2130:22, 2152:8, 2155:11, 2180:11
   **NOBLE** [1] - 2076:16
   **noise** [1] - 2129:2
   **NON** [1] - 2072:12
   **NON-JURY** [1] - 2072:12
   **none** [2] - 2078:19, 2143:18
   **nonjury** [1] - 2204:13
   **normal** [5] - 2102:10, 2102:14, 2121:13,

2132:25, 2208:15
   **normally** [5] - 2094:10, 2124:22, 2149:23, 2149:25, 2206:6
   **NORTH** [4] - 2074:2, 2074:3, 2074:4, 2074:5
   **north** [2] - 2126:2, 2162:6
   **northwest** [1] - 2120:9
   **northwest-southeasterly** [1] - 2120:9
   **Norwegian** [1] - 2089:17
   **not** [156] - 2079:16, 2079:22, 2079:24, 2080:3, 2080:8, 2080:20, 2081:5, 2081:21, 2086:8, 2091:22, 2091:23, 2092:19, 2093:1, 2093:4, 2093:20, 2093:21, 2096:21, 2096:22, 2097:1, 2098:19, 2104:6, 2105:17, 2107:5, 2108:9, 2109:19, 2111:12, 2111:23, 2112:19, 2113:11, 2114:20, 2114:21, 2115:3, 2116:18, 2117:11, 2117:17, 2120:21, 2120:24, 2121:6, 2121:11, 2122:1, 2122:4, 2122:11, 2123:21, 2126:21, 2127:5, 2128:24, 2128:25, 2129:16, 2129:22, 2129:24, 2132:20, 2132:23, 2134:2, 2135:20, 2138:23, 2139:2, 2139:11, 2140:18, 2144:4, 2144:7, 2144:9, 2144:24, 2145:11, 2145:22, 2146:19, 2147:6, 2148:11, 2148:16, 2149:18, 2150:12, 2150:24, 2152:6, 2152:12, 2154:19, 2154:20, 2154:21, 2154:22, 2160:2, 2164:4, 2165:25, 2166:14, 2167:16, 2168:11, 2168:15, 2169:1,

2170:16, 2170:25, 2174:20, 2175:24, 2179:1, 2179:5, 2180:18, 2180:22, 2181:3, 2181:19, 2181:20, 2181:24, 2182:6, 2182:22, 2182:23, 2183:1, 2183:8, 2183:13, 2183:19, 2185:3, 2185:14, 2186:6, 2186:14, 2186:20, 2187:7, 2187:12, 2188:16, 2189:16, 2189:22, 2190:4, 2192:9, 2192:21, 2192:22, 2194:2, 2194:8, 2194:10, 2194:18, 2195:1, 2195:6, 2195:12, 2195:24, 2196:20, 2196:23, 2197:1, 2197:3, 2197:6, 2197:12, 2197:13, 2197:14, 2197:17, 2197:20, 2200:2, 2201:1, 2201:8, 2201:18, 2201:24, 2202:3, 2205:3, 2205:12, 2206:23, 2207:19, 2207:22, 2207:25, 2208:8
   **note** [3] - 2080:19, 2090:22, 2157:12
   **noted** [1] - 2113:9
   **nothing** [6] - 2093:8, 2099:12, 2194:21, 2194:23, 2201:4, 2205:18
   **notice** [2] - 2154:4, 2169:13
   **novel** [1] - 2208:3
   **now** [107] - 2078:24, 2084:19, 2086:25, 2089:13, 2090:5, 2091:14, 2092:8, 2093:20, 2095:12, 2098:21, 2099:2, 2100:16, 2102:6, 2102:19, 2103:2, 2105:7, 2105:17, 2106:5, 2106:22, 2107:18, 2108:18, 2109:9, 2109:17, 2110:12, 2112:7, 2112:10, 2112:15, 2113:13, 2114:24, 2115:7, 2115:10, 2115:21, 2118:7, 2118:20, 2120:20,

2120:25, 2121:20, 2123:20, 2124:13, 2124:20, 2126:16, 2126:18, 2128:7, 2129:17, 2131:1, 2132:4, 2134:8, 2136:2, 2137:13, 2137:15, 2137:24, 2137:25, 2138:13, 2139:21, 2140:15, 2140:24, 2141:24, 2142:7, 2142:9, 2142:11, 2142:21, 2144:18, 2146:10, 2148:10, 2149:17, 2150:12, 2151:11, 2152:2, 2153:15, 2154:4, 2157:22, 2157:25, 2158:3, 2158:10, 2158:12, 2159:8, 2159:23, 2160:4, 2160:14, 2160:24, 2161:23, 2162:8, 2162:12, 2163:7, 2163:12, 2163:22, 2164:15, 2165:9, 2165:20, 2166:8, 2168:4, 2168:12, 2169:14, 2171:11, 2172:22, 2176:2, 2176:17, 2178:21, 2186:12, 2187:20, 2189:14, 2192:2, 2197:22, 2198:6, 2202:9, 2203:22, 2205:8

**nuance** [2] - 2105:16, 2206:10

**number** [64] - 2085:11, 2088:11, 2091:24, 2096:17, 2097:1, 2097:4, 2097:10, 2098:18, 2112:20, 2117:13, 2122:6, 2124:7, 2126:23, 2132:12, 2133:2, 2133:10, 2135:8, 2135:17, 2135:18, 2135:21, 2135:22, 2136:18, 2137:9, 2141:18, 2147:13, 2148:13, 2151:10, 2151:12, 2152:3, 2152:5, 2152:7, 2154:17, 2154:22, 2155:7, 2156:6, 2159:12, 2164:12, 2172:19, 2174:14, 2174:16, 2174:19, 2175:8,

2175:17, 2176:24, 2182:22, 2186:13, 2186:14, 2187:6, 2187:12, 2191:4, 2191:5, 2191:25, 2192:12, 2193:15, 2194:24, 2200:8, 2200:21, 2204:16, 2207:16

**numbered** [1] - 2209:7

**numbers** [13] - 2109:7, 2111:24, 2112:2, 2113:12, 2115:16, 2128:23, 2131:13, 2136:13, 2181:12, 2185:13, 2191:8, 2191:19, 2199:21

**numerical** [6] - 2083:13, 2083:24, 2085:16, 2086:2, 2088:10, 2089:10

**NW** [1] - 2074:9

**NY** [1] - 2072:25

## O

**O** [2] - 2072:19, 2078:1

**O'CONNOR** [1] - 2074:16

**O'Keefe** [1] - 2072:16

**O'ROURKE** [1] - 2073:18

**obey** [1] - 2178:8

**object** [8] - 2080:25, 2114:12, 2134:14, 2143:18, 2181:5, 2192:15, 2195:25, 2204:22

**objected** [3] - 2114:20, 2114:21, 2156:21

**objected-to** [1] - 2156:21

**objecting** [1] - 2114:22

**objection** [17] - 2078:19, 2078:22, 2079:1, 2079:4, 2079:9, 2080:17, 2081:15, 2092:4, 2095:1, 2095:2, 2134:25, 2145:20, 2157:2, 2193:6, 2204:11

**objections** [2] - 2081:13, 2156:25

**obtained** [4] - 2158:23, 2159:1, 2159:2, 2159:20

**obvious** [1] - 2107:6

**obviously** [8] - 2085:6, 2092:14, 2121:13, 2122:15, 2138:17, 2139:2, 2163:18, 2204:8

**occasional** [1] - 2080:11

**occur** [1] - 2167:6

**occurred** [3] - 2104:6, 2181:24, 2197:4

**occurring** [1] - 2119:17

**occurs** [1] - 2149:4

**ocean** [5] - 2097:21, 2135:13, 2167:22, 2167:24, 2168:23

**oceanic** [3] - 2135:4, 2135:8, 2135:19

**October** [1] - 2072:5

**OCTOBER** [1] - 2078:2

**of** [914] - 2078:15, 2078:16, 2079:22, 2079:24, 2080:18, 2080:21, 2081:3, 2081:9, 2081:12, 2081:21, 2082:8, 2082:16, 2082:23, 2082:24, 2083:3, 2083:6, 2083:8, 2083:20, 2083:22, 2083:24, 2083:25, 2084:2, 2084:3, 2084:8, 2084:10, 2084:11, 2084:22, 2084:24, 2085:6, 2085:9, 2085:11, 2085:13, 2085:15, 2085:16, 2085:18, 2085:19, 2085:22, 2086:3, 2086:5, 2086:10, 2086:12, 2086:16, 2086:18, 2086:19, 2086:20, 2086:23, 2087:1, 2087:2, 2087:7, 2087:10, 2087:11, 2087:17, 2088:1, 2088:2, 2088:4, 2088:5, 2088:11, 2088:15, 2088:16, 2088:17, 2088:22, 2088:24, 2088:25, 2089:3, 2089:5, 2089:7, 2089:8,

2089:11, 2089:12, 2089:15, 2089:17, 2089:18, 2089:20, 2089:22, 2090:9, 2090:12, 2090:13, 2090:16, 2090:21, 2090:23, 2091:1, 2091:2, 2091:6, 2091:8, 2091:14, 2091:18, 2091:20, 2091:23, 2091:24, 2091:25, 2092:1, 2092:9, 2092:13, 2092:14, 2093:2, 2093:13, 2093:17, 2093:18, 2093:20, 2093:25, 2094:6, 2094:10, 2094:12, 2094:14, 2094:16, 2094:18, 2095:8, 2095:9, 2095:10, 2095:11, 2095:15, 2095:17, 2095:23, 2095:24, 2096:1, 2096:5, 2096:9, 2096:16, 2096:17, 2096:18, 2096:20, 2096:23, 2097:3, 2097:9, 2097:10, 2097:11, 2097:18, 2097:19, 2097:23, 2098:4, 2098:18, 2098:21, 2098:23, 2099:5, 2099:8, 2099:9, 2099:14, 2099:16, 2099:18, 2099:22, 2099:23, 2099:24, 2099:25, 2100:2, 2100:3, 2100:4, 2100:5, 2100:6, 2100:7, 2100:8, 2100:12, 2100:13, 2100:15, 2100:16, 2100:20, 2101:3, 2101:6, 2101:8, 2101:14, 2101:16, 2101:17, 2101:19, 2101:21, 2102:2, 2102:4, 2102:9, 2102:11, 2102:14, 2102:22, 2102:25, 2103:2, 2103:3, 2103:4, 2103:5, 2103:6, 2103:7, 2103:8, 2103:9, 2103:10, 2103:23, 2104:5, 2104:10, 2104:16, 2104:17, 2104:21, 2105:4, 2105:5, 2105:7, 2105:8,

2105:9, 2105:10, 2105:12, 2105:16, 2105:24, 2106:6, 2106:9, 2106:16, 2106:19, 2106:23, 2106:24, 2107:8, 2107:10, 2107:14, 2107:23, 2108:4, 2108:6, 2108:9, 2108:10, 2108:16, 2108:19, 2108:21, 2108:22, 2109:1, 2109:2, 2109:3, 2109:4, 2109:6, 2109:10, 2109:16, 2109:19, 2109:20, 2109:22, 2109:23, 2109:24, 2110:13, 2110:15, 2111:6, 2111:11, 2111:16, 2111:17, 2111:20, 2111:22, 2111:25, 2112:1, 2112:12, 2112:13, 2112:16, 2112:24, 2112:25, 2113:4, 2113:6, 2113:7, 2113:16, 2113:19, 2113:22, 2113:23, 2114:1, 2114:2, 2114:5, 2114:9, 2114:13, 2115:7, 2115:13, 2115:16, 2115:19, 2115:22, 2116:1, 2116:6, 2116:21, 2116:22, 2116:23, 2117:3, 2117:4, 2117:12, 2117:14, 2117:17, 2117:21, 2117:24, 2118:1, 2118:4, 2118:5, 2118:10, 2118:12, 2118:13, 2118:18, 2118:20, 2118:21, 2119:2, 2119:8, 2119:10, 2119:13, 2119:14, 2119:16, 2119:18, 2119:19, 2119:20, 2119:21, 2119:22, 2120:3, 2120:4, 2120:8, 2120:10, 2120:16, 2120:18, 2120:19, 2120:21, 2120:23, 2121:1, 2121:2, 2121:7, 2121:8, 2121:10, 2121:15, 2121:16, 2121:22, 2121:23, 2121:24, 2121:25, 2122:3, 2122:7, 2122:8,

2122:9, 2122:14,
2122:16, 2122:22,
2122:24, 2123:9,
2123:17, 2123:18,
2123:21, 2123:22,
2124:1, 2124:3,
2124:15, 2124:23,
2124:25, 2125:5,
2125:7, 2125:11,
2125:15, 2125:16,
2125:19, 2125:23,
2125:24, 2125:25,
2126:4, 2126:6,
2126:8, 2126:12,
2126:13, 2126:16,
2126:23, 2126:25,
2127:4, 2127:9,
2127:10, 2127:15,
2127:18, 2127:21,
2128:7, 2128:9,
2128:10, 2128:13,
2128:14, 2128:16,
2128:20, 2128:22,
2129:2, 2129:6,
2129:7, 2129:10,
2129:12, 2129:20,
2129:21, 2129:24,
2130:4, 2130:9,
2130:11, 2130:16,
2130:21, 2130:23,
2131:1, 2131:3,
2131:12, 2131:17,
2131:18, 2131:21,
2131:24, 2132:1,
2132:12, 2133:1,
2133:2, 2134:11,
2134:17, 2135:9,
2135:12, 2135:15,
2135:16, 2135:23,
2135:24, 2136:1,
2136:5, 2136:6,
2136:7, 2136:13,
2136:18, 2136:20,
2136:23, 2136:25,
2137:4, 2137:11,
2137:14, 2137:21,
2137:22, 2138:4,
2138:5, 2138:7,
2138:10, 2138:21,
2138:23, 2138:24,
2139:8, 2139:9,
2139:12, 2139:14,
2139:15, 2139:16,
2139:17, 2139:18,
2139:23, 2140:1,
2140:3, 2140:5,
2140:7, 2140:11,
2140:16, 2140:19,
2140:20, 2140:21,
2140:22, 2140:23,
2140:25, 2141:9,

2141:10, 2141:18,
2141:21, 2142:1,
2142:4, 2142:5,
2142:8, 2142:23,
2142:24, 2143:3,
2143:9, 2143:19,
2143:21, 2144:3,
2144:6, 2144:8,
2144:14, 2144:21,
2144:23, 2144:24,
2144:25, 2145:2,
2145:3, 2145:4,
2145:5, 2145:6,
2145:7, 2145:9,
2145:11, 2145:19,
2145:22, 2146:5,
2146:14, 2146:16,
2147:2, 2147:3,
2147:4, 2147:7,
2147:8, 2147:9,
2147:13, 2147:16,
2147:22, 2147:25,
2148:2, 2148:4,
2148:7, 2148:9,
2148:12, 2148:15,
2148:17, 2149:2,
2149:7, 2149:10,
2149:11, 2149:20,
2150:2, 2150:3,
2150:4, 2150:6,
2150:9, 2150:10,
2150:11, 2150:12,
2150:14, 2150:16,
2150:17, 2150:21,
2150:22, 2150:23,
2151:4, 2151:6,
2151:7, 2151:9,
2151:12, 2151:13,
2151:15, 2151:17,
2151:22, 2152:9,
2152:10, 2152:15,
2153:1, 2153:4,
2153:6, 2153:18,
2154:2, 2154:11,
2154:12, 2154:24,
2155:8, 2155:10,
2155:11, 2155:12,
2155:14, 2155:16,
2155:17, 2155:19,
2155:20, 2155:22,
2155:25, 2156:7,
2156:22, 2156:23,
2157:1, 2157:11,
2157:23, 2157:24,
2158:6, 2158:8,
2158:11, 2158:13,
2158:18, 2158:20,
2158:25, 2159:4,
2159:9, 2159:10,
2159:13, 2159:17,
2159:20, 2159:23,

2160:2, 2160:6,
2160:13, 2160:21,
2160:25, 2161:1,
2161:10, 2161:14,
2161:17, 2161:19,
2161:24, 2162:1,
2162:5, 2162:6,
2162:13, 2162:14,
2162:16, 2162:17,
2162:18, 2162:19,
2163:4, 2163:13,
2163:14, 2163:16,
2163:19, 2163:21,
2163:22, 2164:3,
2164:7, 2164:10,
2164:12, 2164:13,
2164:17, 2164:21,
2165:3, 2165:5,
2165:9, 2165:10,
2165:12, 2165:17,
2165:19, 2165:21,
2165:23, 2165:24,
2166:6, 2166:8,
2166:9, 2166:12,
2166:14, 2166:16,
2166:19, 2166:20,
2166:23, 2167:1,
2167:3, 2167:21,
2168:8, 2168:10,
2168:19, 2168:20,
2168:21, 2169:4,
2169:5, 2169:6,
2169:17, 2169:19,
2169:22, 2169:24,
2170:7, 2170:19,
2171:3, 2171:4,
2171:8, 2171:11,
2171:14, 2171:15,
2172:2, 2172:12,
2172:13, 2172:16,
2172:23, 2172:24,
2173:2, 2173:5,
2173:19, 2173:20,
2173:23, 2173:25,
2174:4, 2174:8,
2174:16, 2174:19,
2174:22, 2175:5,
2175:12, 2175:16,
2175:24, 2175:25,
2176:3, 2176:10,
2176:15, 2176:21,
2177:2, 2177:15,
2177:20, 2177:22,
2178:8, 2178:16,
2178:17, 2178:18,
2178:20, 2178:22,
2178:25, 2179:1,
2179:3, 2179:10,
2179:11, 2179:13,
2179:14, 2179:17,
2179:20, 2179:23,

2180:1, 2180:4,
2180:5, 2180:7,
2180:9, 2180:11,
2180:12, 2180:18,
2180:19, 2180:23,
2180:25, 2181:12,
2181:23, 2182:16,
2182:17, 2182:20,
2182:21, 2182:22,
2182:24, 2183:8,
2183:16, 2183:21,
2183:22, 2184:14,
2184:15, 2184:25,
2185:10, 2185:14,
2185:17, 2185:20,
2186:4, 2187:13,
2187:15, 2187:22,
2189:1, 2189:9,
2189:16, 2189:21,
2190:3, 2190:7,
2190:8, 2190:12,
2190:18, 2191:8,
2191:16, 2192:6,
2192:7, 2192:9,
2192:10, 2192:11,
2192:12, 2192:13,
2192:16, 2192:19,
2192:21, 2193:3,
2193:12, 2193:16,
2193:17, 2193:25,
2194:6, 2194:11,
2194:12, 2194:15,
2194:16, 2194:19,
2194:24, 2194:25,
2195:3, 2195:4,
2196:2, 2197:3,
2197:7, 2197:8,
2197:10, 2197:11,
2197:19, 2197:22,
2197:24, 2198:2,
2198:7, 2198:8,
2198:9, 2198:10,
2198:12, 2198:13,
2198:18, 2198:20,
2198:21, 2198:24,
2198:25, 2199:3,
2199:5, 2199:6,
2199:11, 2199:25,
2200:3, 2200:6,
2200:7, 2200:9,
2200:10, 2200:11,
2200:16, 2200:18,
2201:2, 2201:6,
2201:14, 2201:16,
2201:20, 2201:25,
2202:3, 2202:4,
2202:7, 2202:11,
2202:13, 2202:25,
2203:6, 2203:8,
2203:12, 2203:19,
2203:23, 2204:16,

2205:4, 2205:10,
2205:14, 2205:16,
2205:23, 2205:24,
2206:11, 2206:16,
2206:25, 2207:8,
2207:10, 2207:12,
2207:15, 2207:16,
2207:18, 2207:25,
2208:5, 2208:7,
2208:9, 2209:4,
2209:6

**OF** [16] - 2072:1,
2072:4, 2072:7,
2072:9, 2072:12,
2073:9, 2073:12,
2073:16, 2073:23,
2076:3, 2076:7,
2076:10, 2076:11,
2076:14

**off** [5] - 2107:19,
2108:11, 2130:24,
2135:24, 2167:20

**offer** [4] - 2078:16,
2078:24, 2094:24,
2193:15

  **offered** [1] - 2084:23
  **offering** [4] -
2156:23, 2197:3,
2197:5, 2197:14

  **offers** [4] - 2078:17,
2078:21, 2079:2,
2079:7

  **OFFICE** [2] - 2076:3,
2076:10

  **officer** [1] - 2088:25
  **offices** [1] - 2083:10
  **OFFICIAL** [1] -
2076:19

  **Official** [2] - 2209:3,
2209:12

  **OFFSHORE** [1] -
2075:13

  **often** [2] - 2099:9,
2128:23

  **Oil** [5] - 2090:1,
2090:3, 2090:6,
2143:4, 2195:16

  **oil** [182] - 2082:24,
2084:14, 2084:15,
2085:19, 2085:24,
2086:15, 2086:19,
2086:21, 2088:7,
2088:11, 2089:3,
2089:14, 2089:17,
2089:23, 2090:7,
2090:11, 2092:9,
2095:11, 2095:13,
2095:15, 2096:20,
2096:22, 2097:8,
2097:21, 2097:23,

2100:25, 2101:3, 2101:6, 2101:8, 2101:20, 2102:2, 2102:9, 2102:12, 2102:17, 2102:20, 2102:21, 2102:23, 2103:24, 2104:1, 2104:3, 2104:20, 2105:24, 2106:9, 2107:11, 2108:2, 2108:3, 2108:4, 2108:17, 2109:1, 2109:3, 2110:23, 2110:24, 2111:16, 2112:21, 2112:22, 2113:1, 2113:12, 2113:15, 2113:20, 2113:22, 2114:1, 2114:8, 2114:10, 2115:8, 2115:10, 2115:13, 2115:18, 2115:19, 2115:23, 2116:23, 2116:25, 2117:10, 2118:4, 2120:11, 2120:24, 2121:5, 2121:6, 2122:2, 2122:23, 2124:5, 2124:8, 2125:20, 2126:10, 2126:11, 2127:9, 2127:13, 2127:18, 2127:21, 2127:22, 2131:12, 2131:15, 2131:18, 2131:19, 2131:22, 2131:23, 2131:24, 2132:14, 2133:1, 2133:7, 2134:1, 2134:4, 2134:5, 2134:6, 2134:10, 2134:11, 2134:12, 2135:13, 2136:3, 2136:6, 2136:23, 2138:19, 2139:4, 2139:15, 2139:16, 2139:17, 2139:22, 2139:23, 2140:2, 2140:3, 2140:4, 2140:6, 2140:9, 2140:10, 2140:12, 2140:23, 2152:3, 2152:5, 2158:20, 2160:24, 2163:21, 2165:10, 2165:17, 2165:19, 2165:22, 2166:3, 2166:4, 2166:6, 2166:12, 2166:14, 2166:16, 2166:18, 2166:23, 2166:25, 2167:3, 2167:6, 2167:11, 2167:20,

2168:22, 2169:4, 2169:13, 2170:4, 2170:19, 2171:3, 2171:4, 2171:21, 2172:6, 2172:16, 2172:20, 2174:2, 2175:12, 2175:22, 2177:20, 2177:21, 2177:22, 2179:1, 2179:17, 2179:20, 2181:1, 2183:11, 2183:17, 2185:21

**OIL** [2] - 2072:3, 2072:4

**oil's** [1] - 2166:20

**oilfield** [8] - 2102:10, 2121:13, 2132:16, 2132:25, 2134:2, 2180:16, 2206:13, 2206:15

**oilfields** [1] - 2111:4

**okay** [33] - 2078:14, 2079:20, 2081:21, 2091:17, 2095:4, 2097:6, 2110:19, 2115:25, 2118:12, 2119:25, 2124:17, 2126:22, 2130:4, 2132:12, 2133:21, 2134:22, 2134:24, 2144:10, 2146:8, 2151:7, 2152:21, 2152:23, 2152:24, 2153:4, 2157:19, 2164:18, 2168:17, 2171:17, 2176:2, 2181:18, 2203:10, 2205:6, 2208:15

**old** [2] - 2111:3, 2112:2

**OLSON** [1] - 2075:20

**ON** [1] - 2072:4

**on** [202] - 2078:7, 2078:8, 2078:15, 2078:17, 2079:6, 2080:16, 2080:18, 2081:1, 2081:5, 2081:10, 2082:8, 2083:12, 2083:15, 2083:17, 2084:7, 2084:11, 2084:24, 2085:12, 2085:21, 2086:3, 2086:9, 2087:12, 2090:5, 2090:17, 2090:18, 2091:4, 2092:13, 2092:20, 2095:16, 2096:8, 2096:24, 2097:23, 2097:25, 2098:7, 2098:9,

2098:10, 2098:24, 2100:12, 2100:23, 2102:8, 2103:20, 2105:1, 2107:17, 2108:13, 2109:11, 2109:23, 2110:1, 2110:12, 2111:12, 2111:15, 2111:16, 2112:11, 2112:21, 2113:13, 2113:19, 2114:5, 2114:7, 2114:10, 2114:24, 2115:4, 2115:17, 2115:25, 2116:17, 2117:18, 2119:8, 2120:7, 2121:16, 2122:6, 2125:11, 2126:14, 2130:1, 2131:10, 2132:7, 2134:25, 2135:1, 2135:19, 2135:23, 2136:19, 2137:12, 2138:3, 2138:5, 2138:16, 2138:20, 2139:15, 2139:24, 2139:25, 2140:20, 2141:7, 2141:15, 2141:17, 2141:20, 2141:24, 2143:21, 2143:23, 2144:18, 2145:21, 2146:20, 2146:23, 2147:1, 2147:10, 2147:21, 2147:24, 2148:2, 2149:2, 2149:17, 2149:18, 2149:21, 2150:15, 2153:17, 2154:24, 2155:7, 2155:25, 2156:1, 2156:23, 2157:6, 2158:8, 2159:10, 2159:14, 2159:16, 2160:10, 2160:11, 2161:6, 2162:9, 2163:17, 2163:22, 2164:2, 2168:18, 2171:6, 2172:2, 2172:9, 2173:20, 2174:3, 2174:4, 2174:23, 2175:13, 2176:13, 2177:5, 2177:22, 2179:1, 2179:7, 2179:15, 2180:12, 2180:20, 2181:6, 2181:20, 2182:4, 2182:5, 2182:24, 2183:2, 2184:10, 2185:6, 2185:9, 2185:11, 2185:14, 2185:16, 2185:17, 2187:17,

2188:20, 2189:5, 2189:8, 2189:17, 2190:16, 2190:22, 2191:8, 2191:20, 2191:23, 2192:2, 2192:15, 2192:22, 2192:24, 2193:13, 2194:11, 2194:14, 2194:16, 2197:1, 2197:3, 2197:5, 2197:8, 2197:16, 2198:10, 2200:8, 2200:10, 2200:22, 2201:6, 2201:18, 2201:21, 2201:24, 2202:2, 2202:5, 2203:8, 2203:13, 2203:19, 2204:2, 2204:9, 2204:24, 2205:1, 2205:5, 2205:12

**once** [2] - 2131:1, 2155:14

**One** [1] - 2074:6

**one** [78] - 2078:6, 2078:16, 2080:16, 2081:11, 2085:6, 2085:13, 2085:16, 2086:3, 2087:19, 2088:24, 2089:22, 2091:9, 2091:13, 2091:18, 2091:25, 2094:3, 2096:8, 2097:17, 2097:18, 2101:16, 2102:24, 2105:6, 2107:10, 2107:23, 2108:22, 2110:14, 2112:16, 2115:22, 2118:3, 2119:19, 2121:7, 2121:20, 2122:21, 2122:22, 2124:22, 2129:20, 2130:16, 2130:23, 2133:3, 2138:5, 2140:22, 2144:24, 2145:15, 2146:6, 2146:16, 2147:12, 2148:6, 2149:7, 2149:11, 2149:12, 2152:18, 2154:3, 2154:5, 2154:12, 2157:5, 2160:8, 2162:17, 2163:25, 2164:12, 2166:20, 2170:14, 2171:14, 2172:9, 2176:10, 2179:19, 2180:9, 2182:17, 2182:21, 2187:14, 2190:3, 2190:24, 2197:24, 2198:8,

2198:18, 2198:20, 2200:6

**one's** [1] - 2194:6

**ones** [2] - 2085:12, 2090:22

**only** [15] - 2089:21, 2091:23, 2095:2, 2111:7, 2115:2, 2123:2, 2124:22, 2155:10, 2155:13, 2158:18, 2167:16, 2180:10, 2198:2, 2207:10, 2208:8

**open** [2] - 2147:14, 2194:18

**OPEN** [2] - 2078:5, 2156:16

**opening** [2] - 2103:17, 2131:18

**operate** [1] - 2134:12

**operated** [2] - 2134:16, 2134:19

**operating** [2] - 2086:7, 2204:15

**operations** [7] - 2102:10, 2121:13, 2132:16, 2132:25, 2134:2, 2206:13, 2206:15

**opine** [2] - 2126:20, 2145:21

**opinion** [17] - 2103:14, 2103:21, 2105:21, 2136:3, 2136:16, 2141:15, 2144:8, 2145:25, 2146:4, 2154:24, 2171:3, 2183:2, 2183:15, 2190:22, 2191:20, 2197:5, 2197:14

**opinions** [13] - 2084:16, 2087:3, 2087:22, 2090:4, 2141:20, 2143:19, 2143:21, 2144:9, 2185:9, 2191:23, 2197:3, 2197:19, 2205:22

**optimize** [1] - 2084:15

**option** [1] - 2132:17

**or** [82] - 2080:2, 2080:3, 2080:8, 2081:22, 2085:18, 2086:1, 2087:17, 2088:9, 2088:20, 2089:11, 2091:17, 2091:18, 2094:12, 2095:19, 2097:15,

2097:20, 2098:15, 2100:18, 2100:20, 2102:3, 2109:1, 2109:2, 2109:3, 2109:21, 2110:2, 2112:23, 2116:4, 2116:21, 2117:4, 2117:23, 2120:17, 2122:4, 2122:10, 2123:21, 2129:7, 2129:18, 2129:24, 2130:24, 2131:2, 2131:7, 2131:12, 2134:8, 2134:18, 2134:21, 2136:19, 2137:7, 2141:24, 2143:21, 2147:6, 2147:18, 2148:6, 2151:15, 2152:17, 2153:17, 2154:5, 2155:9, 2159:4, 2159:24, 2161:10, 2161:14, 2165:7, 2165:20, 2165:21, 2166:21, 2167:23, 2168:14, 2172:7, 2175:15, 2177:16, 2181:15, 2183:8, 2186:14, 2187:11, 2192:9, 2196:2, 2197:15, 2197:20, 2204:20, 2205:2, 2205:3, 2206:7

**order** [8] - 2080:7, 2080:11, 2103:13, 2112:7, 2148:18, 2155:11, 2168:10, 2180:7

**ordinary** [1] - 2099:13

**orientation** [1] - 2145:22

**oriented** [1] - 2116:9

**original** [1] - 2132:12

**originally** [1] - 2107:11

**Orleans** [8] - 2072:4, 2072:17, 2073:2, 2073:11, 2074:7, 2075:8, 2075:17, 2076:20

**other** [46] - 2080:1, 2081:11, 2081:22, 2083:23, 2085:17, 2089:12, 2092:15, 2092:17, 2095:14, 2097:14, 2097:17, 2111:20, 2116:15, 2116:17, 2123:23, 2126:19, 2130:17,

2133:7, 2141:22, 2142:24, 2146:11, 2146:23, 2147:25, 2148:2, 2148:14, 2148:17, 2150:25, 2151:18, 2153:11, 2154:5, 2154:12, 2158:7, 2168:2, 2172:20, 2173:16, 2175:1, 2176:5, 2178:16, 2185:13, 2185:14, 2190:12, 2191:7, 2191:15, 2202:7, 2204:9

**others** [4] - 2152:19, 2170:25, 2174:17, 2201:2

**our** [16] - 2080:6, 2080:9, 2087:9, 2087:10, 2087:23, 2090:10, 2106:5, 2113:10, 2131:10, 2142:20, 2151:3, 2153:8, 2162:8, 2163:2, 2170:20, 2171:17

**out** [59] - 2089:16, 2099:15, 2102:4, 2102:20, 2103:10, 2103:24, 2104:2, 2104:17, 2106:16, 2106:19, 2106:24, 2107:3, 2108:9, 2108:14, 2108:17, 2109:4, 2109:6, 2109:10, 2109:23, 2109:24, 2119:7, 2121:25, 2125:8, 2125:9, 2125:21, 2125:23, 2127:11, 2128:20, 2130:16, 2131:19, 2131:24, 2134:6, 2134:7, 2134:11, 2138:21, 2140:3, 2140:10, 2140:12, 2142:16, 2149:9, 2157:6, 2157:9, 2157:12, 2159:9, 2163:16, 2163:21, 2166:11, 2167:21, 2172:17, 2175:10, 2175:15, 2176:16, 2176:17, 2182:20, 2187:1, 2192:10, 2202:8, 2204:7, 2206:24

**outcome** [2] - 2172:12, 2172:13

**outcomes** [2] - 2156:3, 2171:8

**outflow** [5] - 2093:23, 2093:25, 2094:6, 2094:10, 2094:16

**outlined** [1] - 2141:21

**output** [2] - 2135:8, 2158:13

**outset** [1] - 2126:24

**outside** [4] - 2127:16, 2157:15, 2183:18, 2202:4

**outstanding** [2] - 2090:25, 2091:7

**over** [28] - 2087:25, 2090:8, 2091:15, 2093:16, 2094:4, 2094:17, 2100:7, 2104:24, 2105:22, 2108:7, 2109:16, 2110:1, 2118:17, 2119:17, 2119:22, 2124:19, 2133:20, 2142:22, 2147:11, 2156:21, 2159:6, 2160:9, 2163:25, 2167:6, 2168:13, 2173:8, 2177:23, 2180:24

**overlaid** [1] - 2120:7

**overlays** [1] - 2127:15

**overlying** [1] - 2140:11

**overrule** [2] - 2134:24, 2193:6

**overstates** [1] - 2171:24

**overview** [1] - 2095:23

**own** [11] - 2118:20, 2141:20, 2180:10, 2185:9, 2190:22, 2191:20, 2191:23, 2205:8, 2205:21, 2206:20, 2208:1

# P

**P** [4] - 2072:18, 2072:19, 2078:1, 2111:23

**P.O** [3] - 2073:22, 2073:25, 2076:5

**P10** [4] - 2097:12, 2127:1, 2191:4

**P10s** [1] - 2191:2

**P90** [2] - 2190:25, 2191:2

**package** [1] - 2121:24

**packages** [1] - 2207:17

**page** [3] - 2094:21, 2118:9, 2180:3

**PAGE/LINE** [1] - 2077:5

**pale** [1] - 2116:22

**PAPANTONIO** [1] - 2072:21

**paper** [12] - 2086:11, 2149:18, 2149:21, 2149:23, 2150:5, 2150:6, 2150:8, 2150:9, 2150:11, 2161:14, 2196:10, 2202:19

**papers** [5] - 2091:15, 2146:16, 2149:11, 2198:9, 2207:23

**paragraph** [3] - 2123:9, 2123:10, 2180:4

**parameters** [3] - 2161:16, 2162:18

**part** [9] - 2118:21, 2123:17, 2131:21, 2142:24, 2143:3, 2146:5, 2178:25, 2194:6, 2205:10

**partially** [1] - 2152:6

**participating** [1] - 2085:2

**particular** [7] - 2108:6, 2111:5, 2124:10, 2133:3, 2169:5, 2182:24, 2183:8

**particularly** [3] - 2085:19, 2180:17, 2205:24

**past** [2] - 2142:23, 2206:6

**pathways** [1] - 2174:11

**patient** [1] - 2124:25

**PATTERSON** [1] - 2076:7

**PAUL** [1] - 2074:13

**pause** [1] - 2163:22

**peer** [8] - 2198:9, 2201:22, 2201:24, 2202:13, 2202:18, 2207:20, 2207:23

**peer-reviewed** [6] - 2198:9, 2202:13, 2202:18, 2207:20, 2207:23

**pen** [1] - 2161:14

**PENCAK** [4] - 2080:14, 2081:3, 2081:11, 2081:17

**Pencak** [1] - 2080:14

**Pennsylvania** [1] - 2074:9

**Pensacola** [1] - 2072:23

**people** [1] - 2089:21

**per** [4] - 2185:17, 2185:25, 2188:10, 2188:11

**percent** [19] - 2096:11, 2096:12, 2123:3, 2128:1, 2133:12, 2133:25, 2134:13, 2148:4, 2148:23, 2171:22, 2171:23, 2171:24, 2179:18, 2179:19, 2197:22, 2198:2

**percentage** [1] - 2127:21

**perfect** [1] - 2134:9

**perfectly** [7] - 2113:23, 2121:1, 2134:1, 2151:18, 2155:15, 2164:13, 2188:1

**perform** [7] - 2082:23, 2095:11, 2117:21, 2155:5, 2156:4, 2185:5, 2194:12

**performance** [5] - 2093:23, 2094:1, 2094:6, 2094:10, 2094:16

**performed** [11] - 2116:7, 2118:20, 2132:7, 2143:9, 2143:12, 2151:5, 2156:8, 2180:19, 2195:15, 2201:9, 2206:5

**perhaps** [2] - 2079:18

**period** [6] - 2094:12, 2129:2, 2178:20, 2180:23, 2197:10

**periods** [2] - 2128:18, 2177:20

**permeabilities** [1] - 2177:15

**permeability** [51] - 2084:13, 2088:20, 2097:10, 2097:11, 2126:24, 2126:25, 2173:6, 2173:10, 2173:12, 2173:13,

2173:18, 2173:21, 2173:23, 2174:2, 2174:6, 2174:10, 2174:13, 2174:19, 2174:22, 2174:24, 2175:4, 2175:10, 2175:11, 2175:13, 2175:24, 2176:4, 2177:7, 2177:12, 2178:3, 2178:9, 2178:13, 2178:16, 2179:11, 2179:18, 2179:19, 2185:7, 2185:10, 2185:11, 2185:14, 2186:6, 2190:20, 2190:23, 2190:25, 2191:3, 2191:9, 2200:4, 2200:10, 2200:12, 2200:17, 2200:18

**permission** [1] - 2152:22

**person** [1] - 2091:23

**personally** [1] - 2142:15

**perspective** [3] - 2127:21, 2128:13, 2183:22

**pertaining** [1] - 2092:14

**pertinent** [3] - 2087:3, 2095:8, 2096:6

**PETITION** [1] - 2072:7

**PETOSA** [1] - 2073:6

**petroleum** [16] - 2082:17, 2084:24, 2085:5, 2086:23, 2087:2, 2087:11, 2087:15, 2087:24, 2092:3, 2107:23, 2107:25, 2170:1

**Petroleum** [4] - 2086:10, 2086:12, 2090:24, 2091:6

**PETROLEUM** [1] - 2075:5

**petrophysicist** [2] - 2195:1, 2195:2

**petrophysics** [2] - 2195:3

**Ph.D** [4] - 2083:8, 2083:9, 2086:5, 2088:24

**phase** [2] - 2086:19, 2135:11

**phenomena** [2] - 2096:7, 2098:20

**phenomenon** [2] - 2167:18, 2205:17

**photograph** [3] - 2138:5, 2146:15

**photographs** [2] - 2137:25, 2144:15

**physical** [2] - 2096:7, 2135:20

**physically** [5] - 2136:19, 2153:17, 2160:18, 2177:4, 2178:2

**physician** [1] - 2124:24

**physics** [4] - 2083:9, 2098:11, 2178:8, 2195:4

**pick** [3] - 2111:22, 2112:2, 2152:6

**picture** [13] - 2101:18, 2102:4, 2111:25, 2116:9, 2117:1, 2118:16, 2119:19, 2120:3, 2120:4, 2145:10, 2152:12, 2153:18, 2154:19

**pictures** [1] - 2144:15

**piece** [7] - 2100:15, 2100:16, 2109:16, 2180:18, 2198:20, 2198:21, 2200:9

**pieces** [5] - 2085:19, 2128:22, 2150:22, 2180:9, 2198:12

**Pine** [1] - 2073:7

**pinned** [1] - 2175:8

**pioneered** [1] - 2180:21

**pipe** [2] - 2134:6, 2134:7

**pipes** [3] - 2193:23, 2196:20, 2196:24

**PL-01** [1] - 2076:12

**place** [3] - 2085:1, 2113:22, 2161:5

**placed** [2] - 2118:17, 2163:1

**PLAINTIFFS** [1] - 2072:15

**plane** [1] - 2102:4, 2121:25

**planned** [1] - 2116:17, 2122:20

**Plantation** [1] - 2073:7

**plausible** [9] - 2097:13, 2121:1, 2126:25, 2127:18,

2136:10, 2148:14, 2151:18, 2155:16, 2164:13

**plausibly** [1] - 2135:13

**played** [1] - 2081:4

**please** [8] - 2082:14, 2124:14, 2137:25, 2155:23, 2176:4, 2184:6, 2192:11, 2193:11

**Pledges** [1] - 2189:25

**plus** [4] - 2096:12, 2165:10, 2165:19, 2180:24

**point** [21] - 2085:21, 2089:16, 2089:25, 2092:2, 2094:24, 2095:19, 2097:5, 2104:7, 2104:9, 2108:22, 2113:4, 2113:5, 2113:17, 2122:19, 2132:17, 2138:4, 2154:21, 2160:23, 2182:1, 2202:6, 2204:25

**pointed** [2] - 2104:2, 2206:24

**points** [2] - 2095:14, 2115:23

**POLK** [1] - 2075:6

**pond** [3] - 2125:9, 2125:21, 2129:10

**Pooladi** [29] - 2078:18, 2083:19, 2092:23, 2113:14, 2113:17, 2114:1, 2136:24, 2137:8, 2140:16, 2144:23, 2164:24, 2170:13, 2171:1, 2171:9, 2171:19, 2173:6, 2173:16, 2177:13, 2182:18, 2186:4, 2186:9, 2186:17, 2186:21, 2187:7, 2187:8, 2187:10, 2187:14, 2200:22

**Pooladi-Darvish** [24] - 2078:18, 2083:19, 2092:23, 2113:14, 2113:17, 2114:1, 2136:24, 2140:16, 2144:23, 2164:24, 2170:13, 2171:1, 2171:9, 2173:16, 2177:13, 2182:18, 2186:4, 2186:17, 2187:7,

2187:8, 2187:10, 2187:14

**Pooladi-Darvish's** [5] - 2137:8, 2171:19, 2186:9, 2186:21, 2200:22

**poor** [1] - 2121:10

**populate** [1] - 2203:23

**pore** [31] - 2089:9, 2090:14, 2116:5, 2140:2, 2141:6, 2141:20, 2142:1, 2142:4, 2142:5, 2142:7, 2143:16, 2145:1, 2145:5, 2146:25, 2147:7, 2147:11, 2147:14, 2147:21, 2148:8, 2148:11, 2155:19, 2174:4, 2174:12, 2198:6, 2198:18, 2198:25, 2199:3, 2199:6, 2199:14, 2200:3, 2200:4

**pores** [2] - 2101:1

**porosity** [11] - 2100:21, 2147:10, 2147:12, 2147:13, 2147:15, 2147:24, 2148:4, 2148:17, 2148:20, 2148:21, 2149:4

**portion** [1] - 2117:4

**portions** [1] - 2123:8

**position** [3] - 2080:6, 2080:9, 2086:24

**positive** [1] - 2202:3

**possibility** [2] - 2168:2, 2179:23

**possible** [17] - 2096:22, 2097:12, 2118:18, 2127:14, 2127:18, 2133:2, 2136:18, 2155:14, 2179:9, 2179:11, 2180:7, 2182:21, 2183:10, 2191:8, 2194:14, 2201:17, 2201:18

**possibly** [2] - 2094:12, 2150:18

**Post** [1] - 2080:19

**Post-it** [1] - 2080:19

**potentially** [2] - 2093:4, 2124:3

**Poydras** [4] - 2074:6, 2075:8, 2075:16, 2076:20

**practical** [2] -

2087:7, 2197:25

**practice** [11] - 2098:6, 2098:19, 2117:23, 2133:12, 2136:16, 2141:4, 2148:23, 2161:12, 2165:1, 2201:4, 2202:2

**precise** [2] - 2094:16, 2158:16

**predict** [5] - 2084:14, 2090:11, 2091:4, 2161:3, 2161:19

**predicting** [1] - 2173:8

**prediction** [1] - 2163:13

**predictions** [10] - 2084:3, 2088:19, 2089:3, 2089:10, 2089:11, 2161:15, 2165:8, 2173:19, 2195:5

**predrill** [5] - 2099:6, 2104:9, 2117:8, 2122:13, 2122:15

**preliminary** [1] - 2078:14

**prepare** [2] - 2094:18, 2095:6

**prepared** [5] - 2118:16, 2147:20, 2162:16, 2168:12

**preparing** [1] - 2188:3

**PRESCOTT** [1] - 2074:24

**present** [4] - 2086:24, 2088:2, 2115:16, 2136:12

**presentation** [1] - 2087:11

**presented** [10] - 2083:19, 2083:21, 2093:14, 2111:21, 2112:23, 2168:18, 2173:7, 2195:22, 2204:6, 2206:25

**press** [3] - 2107:17, 2189:18, 2189:24

**presses** [1] - 2108:19

**pressing** [1] - 2108:12

**pressure** [229] - 2101:4, 2101:24, 2102:14, 2102:15, 2102:16, 2102:18, 2102:19, 2102:20, 2102:23, 2103:6,

2103:11, 2103:18, 2104:14, 2104:22, 2104:24, 2105:1, 2105:4, 2105:6, 2106:20, 2106:21, 2106:23, 2106:25, 2107:1, 2107:4, 2107:5, 2107:17, 2107:19, 2107:20, 2108:3, 2108:11, 2108:17, 2108:18, 2109:1, 2110:5, 2111:11, 2113:7, 2113:10, 2113:15, 2113:22, 2114:7, 2117:21, 2118:2, 2123:5, 2123:20, 2124:10, 2124:11, 2124:14, 2124:18, 2124:19, 2124:21, 2125:4, 2125:5, 2125:8, 2125:13, 2125:15, 2125:23, 2125:24, 2125:25, 2126:1, 2126:3, 2126:7, 2126:18, 2128:7, 2128:9, 2128:14, 2128:16, 2129:11, 2129:14, 2130:7, 2131:17, 2136:14, 2136:15, 2139:22, 2139:23, 2140:6, 2140:10, 2142:4, 2143:10, 2151:8, 2151:13, 2151:24, 2152:16, 2153:15, 2153:19, 2153:22, 2156:10, 2157:9, 2157:23, 2158:1, 2158:4, 2158:6, 2158:8, 2158:12, 2158:14, 2158:15, 2158:17, 2158:18, 2158:19, 2158:21, 2158:23, 2158:25, 2159:1, 2159:2, 2159:10, 2159:13, 2159:15, 2159:16, 2159:19, 2159:23, 2159:24, 2159:25, 2160:2, 2160:6, 2160:10, 2160:14, 2160:15, 2160:19, 2160:20, 2160:21, 2160:23, 2160:25, 2161:4, 2161:6, 2161:10, 2161:18, 2161:19, 2161:24, 2162:3, 2162:4, 2162:5, 2162:9, 2162:23,

2162:25, 2163:2, 2163:3, 2163:5, 2163:9, 2163:12, 2163:14, 2163:15, 2163:17, 2163:20, 2163:23, 2163:24, 2163:25, 2164:1, 2164:4, 2164:11, 2164:13, 2164:17, 2164:18, 2164:20, 2164:22, 2165:3, 2165:7, 2165:13, 2165:14, 2165:18, 2165:19, 2166:17, 2166:24, 2167:1, 2167:5, 2167:8, 2167:9, 2167:11, 2168:10, 2169:21, 2170:6, 2170:20, 2170:22, 2171:2, 2172:5, 2172:21, 2173:9, 2173:15, 2173:17, 2175:12, 2176:11, 2176:12, 2176:14, 2177:3, 2177:8, 2177:10, 2177:14, 2177:15, 2178:1, 2178:2, 2178:4, 2178:5, 2178:7, 2178:9, 2178:12, 2178:18, 2179:2, 2180:10, 2180:11, 2180:17, 2180:21, 2181:1, 2182:19, 2191:10, 2191:13, 2191:14, 2200:11, 2200:19, 2207:1, 2207:3, 2207:4, 2208:7
   **Pressure** [1] - 2129:18
   **pressure's** [1] - 2160:22
   **pressured** [1] - 2160:10
   **pressures** [12] - 2102:13, 2107:2, 2108:3, 2138:25, 2139:16, 2158:23, 2160:8, 2164:19, 2170:15, 2175:23, 2176:6, 2207:2
   **pretending** [1] - 2093:21
   **pretty** [3] - 2096:25, 2122:7, 2177:11
   **previously** [1] - 2090:25
   **primarily** [1] - 2098:7
   **primary** [5] - 2141:5,

2149:18, 2149:24, 2172:1
   **prime** [1] - 2098:7
   **principal** [3] - 2184:11, 2184:18, 2184:19
   **principally** [3] - 2083:11, 2104:22, 2137:2
   **principle** [5] - 2110:25, 2171:5, 2172:6, 2207:9, 2207:17
   **principles** [11] - 2084:16, 2121:7, 2167:19, 2169:24, 2202:25, 2205:15, 2205:16, 2206:1, 2207:7, 2208:6, 2208:11
   **PRITZLAFF** [1] - 2076:4
   **probably** [4] - 2100:9, 2109:22, 2145:10, 2180:20
   **problem** [19] - 2093:15, 2093:20, 2093:22, 2094:14, 2106:9, 2109:12, 2109:14, 2110:20, 2113:8, 2114:6, 2118:13, 2127:7, 2128:25, 2129:16, 2133:1, 2152:8, 2182:9, 2207:11, 2207:25
   **problems** [1] - 2207:24
   **procedures** [1] - 2142:3
   **proceed** [1] - 2082:10
   **proceedings** [1] - 2209:7
   **Proceedings** [1] - 2076:22
   **PROCEEDINGS** [1] - 2072:12
   **process** [13] - 2103:2, 2119:17, 2131:21, 2132:18, 2132:22, 2134:17, 2135:19, 2137:2, 2137:11, 2141:3, 2189:15, 2189:17, 2190:8
   **PROCTOR** [1] - 2072:21
   **produce** [4] - 2118:4, 2121:11, 2122:2,

2122:23
   **produced** [4] - 2076:23, 2101:9, 2104:2, 2133:1
   **producing** [5] - 2124:5, 2126:10, 2134:10, 2166:2, 2181:1
   **production** [7] - 2084:14, 2084:15, 2102:9, 2102:21, 2123:4, 2140:4, 2196:21
   **PRODUCTION** [3] - 2072:10, 2074:2, 2074:4
   **PRODUCTS** [1] - 2074:5
   **Professor** [52] - 2091:24, 2097:13, 2114:24, 2127:1, 2141:11, 2143:19, 2143:24, 2144:1, 2145:20, 2145:24, 2164:23, 2175:25, 2179:6, 2180:19, 2181:6, 2181:7, 2181:20, 2182:5, 2184:24, 2185:7, 2185:20, 2190:13, 2190:14, 2190:20, 2190:25, 2191:10, 2191:14, 2191:17, 2191:18, 2191:25, 2192:5, 2192:19, 2193:20, 2193:24, 2194:8, 2195:8, 2195:12, 2196:12, 2202:6, 2203:4, 2203:22, 2204:2, 2204:3, 2204:4, 2205:3, 2206:3, 2206:20, 2208:2
   **professor** [11] - 2082:16, 2086:23, 2087:14, 2134:15, 2150:1, 2150:3, 2180:20, 2187:4, 2188:2, 2189:9, 2192:3
   **professors** [1] - 2190:13
   **proffered** [1] - 2080:3
   **profile** [1] - 2169:11
   **project** [4] - 2189:7, 2189:8, 2189:23, 2190:5
   **projects** [1] - 2197:23

   **prompted** [1] - 2186:22
   **proper** [1] - 2168:9
   **properly** [1] - 2188:16
   **properties** [21] - 2084:4, 2084:13, 2088:20, 2088:21, 2089:3, 2089:11, 2103:5, 2103:9, 2103:10, 2104:16, 2104:18, 2109:21, 2116:4, 2128:17, 2128:21, 2145:15, 2145:16, 2146:5, 2146:6, 2168:9
   **property** [1] - 2173:5
   **proportional** [2] - 2106:25, 2107:9, 2158:21, 2173:10, 2173:13, 2179:18
   **proposed** [1] - 2099:10
   **protocols** [3] - 2143:2, 2143:3, 2143:4
   **proved** [1] - 2182:2
   **provide** [1] - 2192:6
   **provided** [3] - 2088:7, 2115:1, 2135:12
   **provides** [1] - 2088:9
   **providing** [2] - 2089:2, 2136:9
   **provision** [1] - 2168:8
   **psi** [9] - 2158:6, 2158:16, 2159:5, 2159:10, 2159:17, 2159:18, 2163:25, 2164:6, 2176:14
   **publications** [2] - 2091:18, 2142:20
   **published** [6] - 2149:2, 2196:10, 2198:9, 2200:25, 2202:18, 2206:23
   **publishing** [2] - 2091:14, 2149:23
   **pull** [9] - 2082:18, 2095:12, 2115:21, 2122:18, 2133:16, 2133:20, 2158:22, 2162:12, 2168:13
   **pulled** [1] - 2083:2
   **pumped** [2] - 2106:19, 2108:10
   **pumping** [1] - 2107:16
   **puncture** [1] -

2109:11
  **pure** [2] - 2100:19, 2147:1
  **purple** [2] - 2116:24, 2127:17
  **purply** [1] - 2120:23
  **purply-gray** [1] - 2120:23
  **purpose** [2] - 2108:10, 2141:24
  **purposes** [5] - 2097:3, 2120:22, 2153:10, 2153:13, 2206:25
  **pursue** [1] - 2199:16
  **push** [1] - 2145:23
  **pushing** [6] - 2108:14, 2139:17, 2139:24, 2177:22, 2177:23
  **put** [30] - 2080:12, 2082:7, 2094:21, 2095:20, 2110:19, 2111:12, 2118:7, 2122:5, 2127:11, 2127:13, 2127:17, 2131:7, 2136:1, 2136:21, 2137:15, 2138:16, 2149:22, 2152:22, 2156:5, 2156:7, 2157:6, 2158:10, 2172:16, 2173:21, 2183:10, 2191:5, 2195:14, 2198:16, 2203:13, 2206:22
  **puts** [1] - 2148:7
  **putting** [2] - 2126:16, 2158:3

**Q**

  **quality** [5] - 2096:3, 2103:15, 2111:5, 2111:6, 2111:10
  **quantification** [1] - 2094:16
  **quantified** [2] - 2105:22, 2144:6
  **quantify** [5] - 2117:22, 2121:4, 2123:22, 2124:1, 2125:20
  **quantitative** [7] - 2094:5, 2128:18, 2148:21, 2165:4, 2182:23, 2191:24, 2204:6
  **quantity** [1] - 2106:9

**quarry** [1] - 2100:17
  **quartz** [9] - 2100:19, 2138:10, 2145:12, 2146:18, 2146:20, 2146:21, 2147:1, 2147:2
  **question** [10] - 2097:5, 2103:22, 2105:11, 2110:14, 2128:13, 2150:16, 2168:14, 2181:18, 2186:22, 2194:8
  **questioned** [1] - 2149:19
  **questions** [2] - 2095:14, 2128:7
  **quick** [1] - 2095:23
  **quickly** [8] - 2091:14, 2092:23, 2110:11, 2123:10, 2129:17, 2156:20, 2171:14, 2177:24
  **QUIN** [2] - 2076:16, 2076:17
  **quite** [23] - 2086:8, 2092:23, 2099:9, 2103:14, 2107:14, 2110:21, 2111:3, 2122:5, 2129:2, 2142:19, 2146:22, 2153:7, 2159:16, 2164:4, 2169:14, 2169:18, 2175:7, 2178:9, 2185:3, 2188:15, 2194:24, 2205:4, 2206:24
  **quotes** [1] - 2093:22
  **quoting** [1] - 2131:13

**R**

  **R** [6] - 2073:10, 2074:15, 2075:2, 2075:21, 2078:1, 2085:23
  **radial** [5] - 2125:10, 2125:18, 2129:9, 2130:10, 2178:20
  **radially** [1] - 2163:16
  **RAFFERTY** [1] - 2072:21
  **raise** [1] - 2081:25
  **raised** [2] - 2182:17, 2202:6
  **range** [38] - 2095:16, 2095:17, 2096:12, 2096:13, 2096:15, 2096:16, 2096:21, 2096:23, 2097:15,

2115:16, 2135:23, 2135:24, 2136:7, 2136:9, 2136:25, 2137:9, 2137:22, 2140:25, 2144:21, 2145:2, 2145:5, 2145:6, 2147:22, 2155:16, 2155:19, 2155:20, 2155:21, 2158:8, 2172:15, 2179:8, 2181:23, 2190:7, 2192:14, 2193:16, 2193:25
  **Range** [2] - 2193:9, 2193:13
  **ranges** [1] - 2096:10
  **ranked** [1] - 2087:8
  **rapid** [1] - 2177:20
  **rapidly** [5] - 2134:10, 2169:14, 2169:18, 2178:6, 2178:9
  **rate** [57] - 2129:4, 2129:8, 2169:19, 2173:3, 2173:10, 2173:12, 2173:14, 2173:19, 2177:4, 2177:5, 2178:3, 2179:3, 2181:7, 2182:14, 2182:18, 2182:19, 2182:21, 2182:24, 2183:2, 2183:3, 2183:4, 2183:9, 2183:10, 2185:11, 2185:13, 2185:15, 2185:17, 2186:3, 2186:5, 2186:6, 2186:8, 2186:16, 2186:20, 2187:5, 2187:9, 2187:20, 2187:25, 2188:2, 2188:9, 2188:13, 2188:19, 2190:24, 2191:6, 2191:24, 2192:6, 2192:14, 2193:16, 2193:25, 2197:3, 2197:15, 2200:16, 2200:20, 2200:21, 2202:7, 2202:8, 2202:14
  **Rate** [2] - 2193:8, 2193:13
  **rates** [5] - 2173:8, 2175:23, 2183:18, 2183:21
  **rather** [8] - 2136:19, 2140:22, 2170:5, 2172:1, 2175:3, 2187:11, 2187:18,

2203:14
  **ray** [8] - 2089:9, 2124:24, 2130:23, 2138:7, 2144:16, 2145:11, 2180:25, 2199:5
  **Rd** [2] - 2073:7, 2076:17
  **RE** [2] - 2072:3, 2072:7
  **re** [1] - 2206:10
  **re-derived** [1] - 2206:10
  **reach** [1] - 2131:19
  **reaches** [1] - 2183:3
  **read** [23] - 2130:24, 2188:7, 2190:1, 2190:10, 2192:14, 2193:9, 2194:13, 2194:14, 2194:18, 2194:22, 2202:19
  **ready** [2] - 2150:13, 2169:7
  **real** [9] - 2120:3, 2132:18, 2134:2, 2145:1, 2196:16, 2196:19, 2206:12, 2206:15, 2206:23
  **realized** [1] - 2109:16
  **really** [23] - 2091:22, 2096:21, 2105:22, 2107:21, 2123:2, 2123:13, 2123:18, 2129:13, 2130:19, 2130:22, 2134:10, 2138:9, 2143:11, 2153:25, 2160:1, 2169:13, 2169:14, 2169:25, 2171:23, 2174:6, 2175:8, 2203:13, 2205:25
  **reask** [1] - 2085:2
  **reason** [16] - 2085:4, 2098:17, 2100:18, 2113:11, 2117:14, 2122:23, 2129:1, 2132:12, 2136:12, 2138:8, 2160:18, 2167:20, 2171:5, 2175:2, 2175:3, 2188:6
  **reasonable** [8] - 2096:19, 2096:24, 2107:3, 2112:5, 2113:24, 2121:1, 2145:5, 2188:1
  **reasonably** [2] - 2107:6, 2165:15
  **reasons** [10] -

2092:18, 2122:22, 2130:17, 2132:12, 2146:3, 2152:10, 2205:11, 2206:9, 2207:18, 2208:1
  **rebutting** [1] - 2114:24
  **recall** [11] - 2081:8, 2115:3, 2135:21, 2187:10, 2187:22, 2187:24, 2188:5, 2189:8, 2189:22, 2195:20, 2196:11
  **received** [6] - 2086:18, 2090:20, 2090:23, 2114:14, 2202:3, 2202:4
  **recent** [1] - 2111:7
  **recess** [3] - 2156:12, 2184:3, 2208:13
  **RECESS** [2] - 2156:15, 2208:17
  **recipient** [1] - 2193:3
  **recipients** [2] - 2091:8, 2091:12
  **recognize** [1] - 2090:20
  **recognized** [5] - 2086:12, 2167:17, 2170:1, 2205:17, 2207:12
  **recommended** [1] - 2132:23
  **record** [16] - 2078:17, 2082:4, 2098:23, 2112:15, 2128:10, 2137:19, 2142:8, 2151:4, 2157:5, 2157:12, 2157:13, 2158:4, 2182:4, 2191:23, 2204:12, 2209:6
  **recorded** [2] - 2076:22, 2159:16
  **records** [1] - 2114:10
  **recovery** [2] - 2089:24, 2090:11
  **rectangle** [2] - 2126:19, 2157:11
  **rectangular** [1] - 2126:15
  **rectangular-shaped** [1] - 2126:15
  **red** [8] - 2112:20, 2116:15, 2127:11, 2148:5, 2148:6, 2162:24, 2168:22, 2176:12
  **redirect** [1] - 2149:17
  **reduce** [2] - 2105:20,

2148:18
  **reduced** [2] -
2140:10, 2160:21
  **refer** [4] - 2095:25,
2141:13, 2155:3,
2160:8
  **reference** [2] -
2091:16, 2146:16
  **referenced** [1] -
2141:11
  **referred** [5] -
2091:18, 2142:14,
2147:10, 2159:12,
2197:16
  **referring** [5] -
2132:5, 2142:8,
2143:25, 2149:13,
2161:24
  **refine** [1] - 2105:20
  **reflect** [5] - 2116:3,
2171:7, 2172:10,
2172:11, 2183:16
  **reflected** [1] - 2117:6
  **reflects** [2] - 2099:4,
2160:5
  **REGAN** [9] -
2074:12, 2078:15,
2078:21, 2078:24,
2079:2, 2079:5,
2079:7, 2079:11,
2080:18
  **Regan** [3] - 2078:15,
2079:6, 2080:18
  **regard** [7] - 2089:15,
2123:11, 2137:13,
2142:22, 2151:5,
2164:10, 2178:17
  **regarded** [1] -
2135:10
  **regarding** [2] -
2081:22, 2136:3
  **regardless** [1] -
2129:7
  **regime** [3] - 2125:10,
2206:7, 2206:8
  **region** [2] - 2160:21,
2180:15
  **regions** [1] - 2102:25
  **related** [4] - 2111:1,
2126:23, 2150:18,
2161:25
  **relates** [3] - 2147:3,
2149:7, 2173:23
  **relationship** [1] -
2189:18
  **relatively** [2] -
2147:7, 2166:13
  **release** [7] -
2096:22, 2107:7,
2107:17, 2138:19,

2183:11, 2189:18,
2189:24
  **released** [24] -
2082:25, 2095:11,
2095:13, 2095:15,
2096:20, 2097:23,
2107:8, 2110:23,
2112:21, 2113:12,
2113:21, 2126:11,
2131:12, 2135:13,
2136:23, 2140:23,
2152:4, 2158:20,
2166:25, 2179:1,
2179:17, 2179:20,
2184:21, 2185:21
  **relevance** [1] -
2145:14
  **relevant** [8] -
2085:12, 2087:8,
2087:22, 2090:4,
2090:16, 2118:9,
2182:14, 2194:14
  **reliability** [2] -
2148:13, 2150:4
  **reliable** [5] -
2142:18, 2144:4,
2146:2, 2199:18,
2200:12
  **reliably** [1] - 2109:2
  **reliance** [1] -
2192:22
  **relied** [3] - 2141:24,
2184:4, 2188:7,
  **rely** [6] - 2181:6,
2182:5, 2185:6,
2190:16, 2201:18,
2205:12
  **relying** [2] - 2081:1,
2143:23
  **remain** [1] - 2132:14
  **remainder** [1] -
2156:22
  **remained** [1] -
2094:11
  **remaining** [2] -
2078:11, 2078:13
  **remember** [2] -
2121:25, 2189:6
  **remind** [3] - 2084:21,
2157:13, 2161:23
  **removed** [2] -
2114:23, 2205:4
  **Renaissance** [1] -
2074:24
  **repeat** [1] - 2136:6
  **replot** [1] - 2176:10
  **report** [90] - 2080:3,
2094:18, 2094:22,
2094:25, 2095:2,
2095:3, 2095:7,

2096:1, 2097:10,
2097:20, 2098:13,
2105:3, 2107:3,
2111:10, 2111:21,
2112:17, 2114:16,
2114:20, 2115:16,
2118:9, 2120:4,
2123:7, 2125:16,
2129:6, 2129:19,
2129:21, 2131:25,
2132:23, 2134:15,
2134:19, 2134:21,
2135:6, 2135:12,
2138:7, 2141:11,
2141:14, 2141:19,
2141:21, 2143:19,
2144:7, 2144:25,
2145:21, 2145:23,
2145:24, 2145:25,
2146:2, 2146:16,
2147:20, 2149:12,
2150:21, 2153:6,
2161:15, 2162:19,
2166:22, 2168:19,
2169:24, 2178:22,
2180:19, 2181:6,
2181:8, 2181:10,
2181:11, 2181:15,
2181:20, 2182:16,
2182:22, 2184:24,
2185:2, 2186:2,
2186:4, 2187:23,
2191:16, 2195:11,
2195:15, 2195:22,
2197:7, 2197:9,
2200:22, 2201:23,
2201:24, 2202:2,
2204:6, 2205:14,
2206:11, 2206:17,
2206:25, 2207:6
  **REPORTER** [1] -
2076:19
  **Reporter** [2] -
2209:3, 2209:12
  **REPORTER'S** [1] -
2209:1
  **reports** [3] -
2094:15, 2187:16,
2194:13
  **represent** [2] -
2119:11, 2164:10
  **representation** [2] -
2164:13, 2180:11
  **represented** [3] -
2146:19, 2153:2,
2153:3
  **representing** [1] -
2125:7
  **represents** [4] -

2119:6, 2120:12,
2168:22, 2168:23
  **reproduce** [1] -
2143:11
  **reproduction** [1] -
2112:16
  **require** [1] - 2185:14
  **requires** [1] -
2117:19
  **research** [20] -
2085:9, 2085:15,
2085:16, 2085:23,
2086:9, 2086:14,
2086:16, 2087:11,
2087:15, 2087:16,
2088:5, 2150:2,
2150:7, 2150:9,
2188:25, 2189:15,
2189:16, 2190:7,
2197:23
  **reserve** [1] - 2152:13
  **reservoir** [195] -
2082:23, 2083:6,
2083:11, 2083:12,
2083:15, 2083:17,
2083:19, 2083:22,
2084:8, 2084:9,
2084:12, 2085:12,
2085:17, 2088:7,
2088:10, 2088:18,
2089:19, 2089:22,
2090:1, 2090:6,
2090:7, 2090:10,
2090:21, 2092:3,
2092:10, 2092:21,
2093:1, 2093:3,
2093:4, 2093:7,
2095:9, 2098:24,
2098:25, 2099:5,
2099:6, 2100:24,
2101:6, 2101:9,
2101:14, 2101:17,
2102:5, 2102:7,
2102:8, 2103:4,
2104:10, 2104:15,
2104:17, 2104:21,
2108:16, 2111:25,
2115:14, 2116:1,
2116:11, 2117:23,
2117:24, 2118:6,
2118:19, 2118:21,
2118:23, 2119:3,
2121:7, 2121:8,
2121:18, 2122:4,
2122:9, 2122:14,
2124:9, 2124:15,
2124:20, 2125:2,
2125:6, 2125:8,
2126:15, 2126:20,
2127:20, 2127:22,

2128:17, 2129:12,
2129:25, 2131:2,
2131:4, 2131:9,
2131:10, 2131:12,
2136:16, 2138:2,
2139:21, 2142:22,
2148:23, 2150:20,
2151:9, 2151:11,
2151:13, 2151:15,
2151:16, 2151:17,
2153:18, 2154:12,
2154:14, 2154:18,
2154:19, 2155:4,
2155:5, 2155:7,
2155:17, 2157:11,
2158:24, 2159:4,
2159:24, 2160:1,
2160:2, 2160:6,
2160:19, 2161:9,
2161:12, 2162:9,
2162:21, 2162:25,
2163:6, 2163:21,
2163:23, 2164:17,
2164:22, 2165:7,
2165:13, 2165:16,
2165:18, 2166:3,
2166:24, 2167:5,
2167:8, 2167:21,
2168:10, 2169:21,
2172:25, 2173:7,
2173:8, 2173:9,
2173:11, 2174:1,
2174:15, 2174:18,
2174:22, 2175:9,
2176:24, 2176:25,
2177:3, 2177:7,
2177:9, 2177:23,
2177:25, 2178:1,
2178:7, 2178:9,
2178:13, 2178:24,
2179:17, 2179:23,
2180:13, 2184:22,
2185:21, 2186:7,
2186:8, 2186:10,
2189:1, 2189:5,
2189:7, 2189:12,
2190:8, 2194:12,
2194:17, 2194:21,
2195:10, 2197:22,
2197:25, 2198:10,
2198:13, 2198:25,
2201:4, 2202:1,
2202:22, 2202:24,
2203:5, 2206:4,
2206:16, 2207:3,
2207:4, 2207:11,
2208:2, 2208:8,
2208:9
  **reservoirs** [8] -
2086:3, 2089:15,
2089:20, 2089:24,

2121:15, 2194:24, 2198:7, 2203:7
**resolutions** [1] - 2199:6
**resource** [1] - 2098:7
**respect** [2] - 2080:15, 2142:15
**respected** [1] - 2141:8
**respects** [2] - 2098:14, 2201:1
**respond** [1] - 2201:8
**responded** [1] - 2079:14
**response** [11] - 2110:18, 2126:7, 2129:15, 2162:23, 2164:13, 2164:21, 2167:2, 2178:7, 2180:11, 2181:1, 2182:19
**responsibility** [2] - 2150:3, 2150:10
**rest** [2] - 2089:22, 2127:18
**restrict** [1] - 2152:11
**restricted** [1] - 2093:5
**restrictions** [2] - 2093:15, 2093:16
**result** [3] - 2083:22, 2083:24, 2167:4
**results** [1] - 2167:11
**retained** [3] - 2092:1, 2092:20, 2188:22
**retention** [1] - 2192:19
**reversed** [1] - 2191:4
**review** [10] - 2092:13, 2095:10, 2114:9, 2122:3, 2122:13, 2135:6, 2143:3, 2149:8, 2201:22, 2201:24
**reviewed** [11] - 2090:13, 2094:14, 2095:8, 2150:8, 2198:9, 2202:11, 2202:13, 2202:18, 2207:20, 2207:23
**RICHARD** [2] - 2073:21, 2075:2
**RICHESON** [1] - 2075:7
**Ridgeland** [1] - 2076:18
**RIG** [1] - 2072:4
**right** [66] - 2078:14, 2078:19, 2079:9, 2081:15, 2081:18,

2081:25, 2089:2, 2095:1, 2104:8, 2109:18, 2110:21, 2112:10, 2117:3, 2121:24, 2127:9, 2134:24, 2135:1, 2145:4, 2146:20, 2147:23, 2149:5, 2149:15, 2152:23, 2155:21, 2156:19, 2157:2, 2157:14, 2160:7, 2161:7, 2164:20, 2165:9, 2169:13, 2174:14, 2178:3, 2184:1, 2185:8, 2185:11, 2186:14, 2188:4, 2188:11, 2188:15, 2190:17, 2190:21, 2191:1, 2191:16, 2191:19, 2192:1, 2192:3, 2193:13, 2198:25, 2200:13, 2200:25, 2201:1, 2201:12, 2202:16, 2203:8, 2203:20, 2204:18, 2204:22, 2205:4, 2205:6, 2205:9, 2206:13, 2206:20, 2208:13
**rightly** [1] - 2206:24
**rigor** [1] - 2150:4
**ripple** [1] - 2122:9
**ripples** [3] - 2125:9, 2125:21, 2129:10
**rise** [5] - 2156:14, 2159:16, 2177:11, 2208:16
**rising** [1] - 2178:9
**RMR** [2] - 2076:19, 2209:11
**ROACH** [1] - 2076:7
**road** [3] - 2108:11, 2174:7, 2174:8
**ROBERT** [2] - 2074:8, 2074:15
**Robert** [1] - 2091:25
**ROBERTS** [1] - 2075:18
**ROBIN** [1] - 2072:24
**robust** [4] - 2111:12, 2115:17, 2126:25, 2200:12
**rock** [88] - 2084:8, 2084:12, 2085:19, 2087:15, 2088:16, 2088:17, 2089:3, 2089:6, 2089:7, 2090:14, 2098:10, 2100:15, 2100:17,

2100:25, 2101:4, 2103:6, 2103:9, 2103:10, 2104:17, 2108:16, 2108:19, 2108:21, 2116:2, 2116:3, 2117:10, 2137:19, 2137:21, 2138:2, 2138:3, 2138:13, 2139:2, 2139:9, 2139:13, 2139:14, 2139:24, 2139:25, 2140:8, 2140:11, 2140:19, 2140:25, 2141:7, 2141:16, 2142:4, 2142:8, 2143:1, 2144:16, 2144:19, 2146:11, 2146:20, 2146:22, 2147:3, 2147:14, 2147:16, 2150:15, 2150:17, 2151:6, 2154:24, 2155:6, 2158:19, 2166:5, 2172:19, 2173:5, 2174:22, 2175:13, 2183:18, 2191:18, 2191:20, 2195:4, 2195:6, 2195:7, 2195:9, 2195:12, 2195:20, 2196:8, 2196:10, 2196:12, 2196:19, 2198:13, 2198:20, 2198:21, 2199:7, 2200:7, 2200:9
**rocks** [1] - 2198:14
**role** [1] - 2088:14
**roll** [1] - 2079:6
**Ron** [2] - 2156:21
**room** [2] - 2140:2, 2143:12
**Room** [1] - 2076:20
**Rosa** [1] - 2076:9
**rotary** [3] - 2089:6, 2198:23, 2200:10
**roughly** [2] - 2120:18, 2140:21
**round** [4] - 2186:14, 2187:6, 2187:12, 2200:21
**routinely** [2] - 2132:25, 2142:16
**ROY** [2] - 2072:18, 2072:18
**RPR** [2] - 2076:19, 2209:11
**ruling** [1] - 2081:10
**run** [6] - 2109:16, 2109:21, 2120:9, 2164:5, 2164:12,

2169:9
**running** [2] - 2118:18, 2122:9
**rushing** [1] - 2134:11
**RUSSELL** [1] - 2076:11

**S**

**S** [3] - 2076:8, 2076:11, 2078:1
**said** [40] - 2080:1, 2080:22, 2081:5, 2081:8, 2086:1, 2089:5, 2093:22, 2098:6, 2098:17, 2105:21, 2119:7, 2120:14, 2127:14, 2137:6, 2139:13, 2144:23, 2145:17, 2146:2, 2148:3, 2151:8, 2152:6, 2153:5, 2158:16, 2166:3, 2170:14, 2176:14, 2179:2, 2185:2, 2186:25, 2187:6, 2189:5, 2190:4, 2191:21, 2194:18, 2195:25, 2200:19, 2201:13, 2202:23, 2203:14, 2206:9
**Saidi** [2] - 2080:24
**Saidi's** [1] - 2081:6
**same** [21] - 2098:4, 2100:23, 2107:10, 2108:2, 2110:19, 2129:8, 2135:19, 2137:3, 2137:7, 2148:24, 2157:8, 2162:10, 2173:14, 2173:15, 2173:17, 2176:25, 2183:11, 2199:20, 2199:21
**sample** [3] - 2138:24, 2174:22, 2175:13
**samples** [25] - 2084:7, 2084:8, 2084:11, 2088:16, 2088:17, 2088:18, 2089:5, 2091:3, 2098:9, 2098:10, 2103:10, 2103:18, 2103:19, 2104:15, 2104:16, 2132:6, 2141:7, 2142:16, 2144:3, 2145:11, 2147:16, 2174:24, 2175:4, 2195:4

**sand** [32] - 2099:12, 2099:13, 2099:14, 2099:16, 2099:17, 2099:23, 2100:2, 2100:3, 2100:4, 2100:5, 2100:8, 2100:11, 2100:13, 2100:19, 2100:22, 2101:1, 2102:2, 2108:16, 2119:7, 2119:9, 2120:13, 2138:10, 2138:15, 2138:16, 2138:21, 2138:23, 2138:24, 2145:12, 2174:1
**sands** [2] - 2100:14, 2154:13
**sandstone** [27] - 2089:25, 2090:6, 2100:17, 2101:9, 2101:14, 2101:19, 2101:25, 2102:8, 2102:9, 2102:12, 2102:25, 2116:21, 2117:4, 2117:17, 2118:15, 2118:18, 2119:7, 2120:21, 2121:1, 2121:24, 2121:25, 2122:9, 2123:14, 2138:8, 2141:17, 2142:22, 2194:19
**Sandstones** [1] - 2141:18
**Santa** [1] - 2076:9
**SARAH** [1] - 2073:17
**save** [1] - 2079:19
**saw** [1] - 2125:8
**say** [62] - 2083:15, 2084:5, 2090:10, 2091:14, 2095:19, 2100:16, 2101:16, 2101:21, 2109:10, 2109:19, 2110:4, 2110:21, 2111:13, 2111:22, 2112:15, 2113:19, 2123:12, 2123:17, 2125:1, 2126:3, 2127:16, 2130:23, 2132:4, 2133:9, 2134:1, 2145:13, 2149:13, 2151:4, 2152:3, 2152:10, 2153:10, 2154:14, 2156:5, 2157:14, 2160:7, 2166:23, 2178:12, 2183:7, 2184:24, 2187:11, 2187:14, 2197:4, 2197:24,

2197:25, 2198:3,
2199:1, 2199:6,
2199:20, 2200:2,
2201:5, 2201:12,
2201:18, 2201:25,
2202:4, 2202:16,
2203:11, 2204:14,
2205:4, 2207:24,
2208:15

**saying** [6] - 2096:22,
2121:5, 2127:5,
2173:14, 2189:21,
2199:13

**says** [8] - 2126:7,
2148:8, 2155:13,
2190:6, 2193:8,
2193:15, 2197:9,
2201:23

**scale** [16] - 2085:18,
2101:18, 2116:14,
2119:13, 2120:17,
2120:18, 2155:3,
2163:2, 2198:6,
2198:18, 2198:25,
2199:3, 2199:14,
2200:3, 2200:4

**scaled** [1] - 2181:12

**scatter** [2] - 2148:12,
2150:24

**schedule** [7] -
2181:7, 2182:24,
2187:20, 2187:25,
2188:3, 2188:9,
2188:13

**schedules** [1] -
2183:10

**SCHELL** [1] - 2075:6

**schematic** [1] -
2151:7

**scheme** [1] -
2083:25

**Schlumberger** [1] -
2132:7

**Science** [1] -
2087:18

**science** [3] - 2087:6,
2108:1, 2189:10

**scientific** [11] -
2091:15, 2095:10,
2095:22, 2098:6,
2098:15, 2098:19,
2113:5, 2141:4,
2141:22, 2142:20,
2143:15, 2146:14,
2149:11, 2151:1,
2172:3, 2194:14,
2202:25, 2206:1,
2207:7

**scientist** [1] -
2091:17

**SCOTT** [1] - 2073:19

**Scott** [1] - 2184:6

**scratch** [1] - 2205:20

**screen** [4] - 2110:12,
2116:17, 2157:6,
2203:13

**scroll** [1] - 2165:20

**seabed** [7] - 2100:4,
2100:5, 2100:10,
2119:8, 2167:24,
2169:3, 2169:4

**SEAN** [1] - 2074:22

**seat** [1] - 2082:3

**seated** [1] - 2156:19

**Second** [1] - 2166:9

**second** [16] - 2078:7,
2080:1, 2089:25,
2090:7, 2090:22,
2103:16, 2107:12,
2108:8, 2137:13,
2137:16, 2139:7,
2152:8, 2169:21,
2170:7, 2180:18,
2193:17

**seconds** [4] -
2128:9, 2128:10,
2130:12, 2154:3

**section** [1] - 2153:5

**Section** [7] - 2072:4,
2072:7, 2072:9,
2111:20, 2129:21,
2141:21, 2150:21

**SECTION** [1] -
2073:17

**sediment** [2] -
2100:12, 2119:14

**see** [61] - 2099:13,
2099:15, 2101:2,
2103:17, 2115:11,
2115:25, 2116:16,
2119:2, 2119:6,
2119:9, 2119:19,
2120:20, 2125:3,
2125:21, 2125:25,
2129:8, 2129:15,
2130:6, 2130:10,
2130:12, 2130:22,
2138:5, 2138:9,
2138:17, 2138:24,
2139:20, 2144:18,
2147:6, 2147:22,
2148:14, 2149:14,
2151:7, 2151:15,
2152:23, 2153:16,
2153:23, 2156:6,
2158:1, 2159:9,
2159:11, 2160:15,
2161:10, 2163:1,
2163:10, 2163:14,
2163:15, 2164:1,

2169:15, 2170:6,
2176:25, 2177:1,
2177:10, 2179:9,
2179:19, 2180:3,
2180:16, 2188:12,
2199:6, 2203:16,
2206:7

**seeing** [4] - 2116:16,
2130:17, 2163:16,
2180:15

**seeking** [1] -
2156:23

**seem** [1] - 2151:14

**seemed** [1] -
2187:15

**seems** [3] - 2119:4,
2122:6, 2146:25

**seen** [8] - 2081:21,
2094:15, 2105:8,
2105:21, 2126:19,
2187:16, 2202:13,
2207:23

**sees** [1] - 2180:25

**seismic** [30] -
2104:4, 2104:6,
2111:5, 2111:6,
2111:10, 2116:1,
2117:6, 2117:9,
2117:10, 2117:16,
2118:13, 2120:7,
2123:23, 2124:6,
2126:16, 2127:10,
2152:11, 2153:17,
2171:21, 2189:3,
2189:4, 2189:8,
2190:9, 2204:5,
2204:7, 2204:14,
2204:25, 2208:7

**send** [2] - 2116:2,
2142:16

**Senior** [1] - 2150:1

**senior** [1] - 2150:6

**sense** [8] - 2090:9,
2112:1, 2122:8,
2151:14, 2154:11,
2165:4, 2167:12,
2176:22

**sensitive** [1] -
2129:3

**sent** [1] - 2079:13

**sentence** [1] -
2180:4

**separate** [5] -
2131:19, 2132:15,
2134:1, 2134:5,
2142:13

**separation** [10] -
2132:3, 2132:18,
2132:19, 2132:21,
2132:24, 2134:9,

2134:17, 2134:18,
2135:4, 2135:8

**separations** [1] -
2133:2

**separator** [2] -
2133:11, 2134:3

**separators** [4] -
2133:6, 2134:12,
2134:16, 2134:19

**September** [2] -
2080:7, 2188:22

**sequence** [1] -
2119:22

**series** [2] - 2078:16,
2089:17

**served** [1] - 2087:16

**service** [2] - 2108:5,
2141:8

**services** [2] - 2088:7,
2132:2

**SERVICES** [1] -
2074:21

**SESSION** [1] -
2072:11, 2078:3

**set** [2] - 2099:2,
2197:20

**sets** [1] - 2132:1

**settles** [2] - 2129:7,
2134:5

**seven** [1] - 2084:25

**several** [4] - 2096:9,
2101:18, 2102:4,
2119:12

**shale** [8] - 2101:24,
2101:25, 2120:12,
2122:11, 2125:12,
2152:11

**shape** [4] - 2119:9,
2124:25, 2126:6,
2126:12, 2157:11

**shaped** [2] -
2120:10, 2126:15

**share** [2] - 2083:4,
2193:24

**shared** [1] - 2122:19

**Shell** [1] - 2074:6

**shift** [1] - 2162:9

**short** [3] - 2094:12,
2156:18, 2173:20

**should** [5] - 2133:18,
2168:5, 2175:10,
2183:2, 2203:13

**shoulders** [1] -
2139:15

**show** [13] - 2113:1,
2116:9, 2119:1,
2120:1, 2121:15,
2127:3, 2143:23,
2152:17, 2168:13,
2169:1, 2174:4,

2182:2, 2206:17

**showed** [1] -
2177:18

**showing** [13] -
2100:18, 2101:19,
2120:2, 2120:5,
2138:8, 2149:3,
2157:11, 2164:7,
2168:20, 2169:10,
2169:11, 2176:9,
2206:17

**shown** [18] -
2101:15, 2102:22,
2116:6, 2118:12,
2138:7, 2144:14,
2145:19, 2146:14,
2149:12, 2149:13,
2160:9, 2163:25,
2168:22, 2170:22,
2171:2, 2172:16,
2176:10, 2192:16

**shows** [5] - 2147:21,
2148:15, 2149:6,
2158:24, 2197:12

**shrinks** [1] - 2131:23

**Shushan's** [1] -
2080:7

**shut** [10] - 2159:14,
2159:20, 2163:7,
2163:8, 2165:9,
2165:21, 2165:23,
2166:6, 2169:5,
2188:11

**shut-in** [9] - 2159:20,
2163:7, 2163:8,
2165:9, 2165:21,
2165:23, 2166:6,
2169:5, 2188:11

**side** [6] - 2097:23,
2097:25, 2125:11,
2179:1, 2179:8,
2191:8

**sides** [4] - 2129:10,
2162:5, 2163:17,
2180:12

**sidewall** [4] - 2089:6,
2145:22, 2198:23,
2200:10

**signal** [6] - 2125:4,
2157:9, 2163:9,
2163:12, 2180:5,
2181:1

**signature** [6] -
2125:15, 2129:9,
2163:18, 2180:17,
2180:25

**significance** [2] -
2147:2, 2176:21

**significant** [12] -
2097:7, 2098:14,

2113:4, 2113:11,
2139:3, 2167:2,
2170:25, 2171:1,
2171:6, 2172:18,
2176:22, 2197:10
  **significantly** [1] -
2136:10
  **similar** [13] -
2091:24, 2092:22,
2112:25, 2135:9,
2145:15, 2146:6,
2148:17, 2149:22,
2156:9, 2170:5,
2194:24, 2207:24
  **simple** [4] - 2099:10,
2106:7, 2194:8,
2203:22
  **simplicity** [1] -
2120:15
  **simply** [12] -
2094:11, 2098:19,
2103:23, 2117:16,
2120:22, 2132:14,
2133:7, 2140:6,
2170:4, 2181:12,
2183:1, 2195:4
  **simulate** [1] - 2093:3
  **simulating** [1] -
2086:2
  **simulation** [18] -
2083:12, 2083:15,
2083:17, 2083:19,
2085:17, 2088:7,
2092:22, 2093:1,
2113:19, 2164:24,
2173:1, 2173:7,
2173:8, 2173:11,
2174:15, 2177:13,
2179:17, 2200:8
  **simulations** [1] -
2090:11
  **simulator** [2] -
2083:14, 2084:1
  **simulators** [1] -
2088:10
  **since** [3] - 2088:15,
2160:12, 2204:19
  **SINCLAIR** [1] -
2073:13
  **single** [10] - 2095:2,
2095:3, 2111:24,
2123:1, 2132:3,
2132:10, 2134:17,
2135:18, 2187:17,
2205:11
  **single-stage** [5] -
2132:3, 2132:10,
2134:17, 2135:18,
2187:17
  **sir** [3] - 2110:17,

2150:16, 2189:2
  **sit** [2] - 2096:25,
2189:6
  **site** [2] - 2121:9,
2202:2
  **sitting** [2] - 2166:6,
2168:22
  **situation** [3] -
2149:22, 2203:1,
2208:12
  **situations** [1] -
2206:24
  **size** [12] - 2104:10,
2126:4, 2126:12,
2126:23, 2129:25,
2131:1, 2154:11,
2154:18, 2154:19,
2163:19, 2198:24,
2200:9
  **skin** [3] - 2128:22,
2197:8, 2197:10
  **slice** [1] - 2121:18
  **slide** [11] - 2086:25,
2090:17, 2125:3,
2159:9, 2171:7,
2171:13, 2172:9,
2172:10, 2173:2,
2182:1, 2204:12
  **slides** [1] - 2183:14
  **slightly** [4] -
2097:14, 2110:22,
2110:25, 2170:22
  **slinky** [2] - 2153:2,
2153:6
  **slope** [5] - 2130:7,
2130:8, 2130:10
  **slower** [3] - 2151:24,
2154:8, 2169:16
  **slowing** [1] -
2169:12
  **slowly** [3] - 2159:16,
2163:25, 2177:3
  **slows** [1] - 2152:16
  **slug** [1] - 2181:24
  **small** [13] - 2085:18,
2088:16, 2088:17,
2089:5, 2107:8,
2143:15, 2143:17,
2158:18, 2171:3,
2171:4, 2175:4,
2175:13, 2179:21
  **smaller** [3] - 2152:1,
2153:11, 2154:16
  **smallest** [1] -
2127:17
  **SMITH** [1] - 2074:24
  **so-called** [2] -
2120:6, 2121:22
  **society** [1] - 2091:3
  **Society** [5] -

2086:10, 2086:12,
2090:23, 2091:2,
2091:6
  **soda** [1] - 2131:18
  **software** [5] -
2113:24, 2205:12,
2206:6, 2206:7,
2207:22
  **SOILEAU** [1] -
2073:3
  **solid** [2] - 2100:15,
2100:21
  **solution** [1] -
2131:24
  **solve** [4] - 2105:11,
2106:9, 2109:12,
2109:13
  **solving** [2] - 2109:4,
2206:1
  **some** [33] - 2079:19,
2083:3, 2088:5,
2091:10, 2093:13,
2095:14, 2095:24,
2096:5, 2098:17,
2099:5, 2099:10,
2099:12, 2102:12,
2102:25, 2104:17,
2105:7, 2105:9,
2118:13, 2122:11,
2150:24, 2167:19,
2171:19, 2185:4,
2190:18, 2192:16,
2195:3, 2201:1,
2201:2, 2202:11,
2203:1, 2203:19,
2207:23, 2208:5
  **something** [16] -
2091:22, 2100:15,
2123:13, 2129:15,
2133:12, 2133:16,
2136:19, 2150:19,
2157:18, 2161:13,
2168:5, 2181:16,
2186:13, 2186:25,
2192:22, 2205:24
  **sometimes** [1] -
2088:17
  **somewhat** [1] -
2129:22
  **somewhere** [1] -
2205:2
  **sophisticated** [1] -
2109:21
  **sorry** [11] - 2112:15,
2116:19, 2127:24,
2149:16, 2155:24,
2156:25, 2159:17,
2163:9, 2189:14,
2191:4, 2202:17
  **sort** [42] - 2081:21,

2087:7, 2088:22,
2089:8, 2099:9,
2100:4, 2101:16,
2101:21, 2102:22,
2111:6, 2111:22,
2116:22, 2118:12,
2119:2, 2119:10,
2119:14, 2119:16,
2120:10, 2120:19,
2120:23, 2121:15,
2122:8, 2128:16,
2130:9, 2130:16,
2130:23, 2139:8,
2139:12, 2139:14,
2139:16, 2139:17,
2139:18, 2139:23,
2148:7, 2151:9,
2152:9, 2153:4,
2163:16, 2172:2,
2176:15, 2205:24
  **sorts** [1] - 2124:3
  **sound** [3] - 2116:2,
2116:3, 2169:25
  **source** [1] - 2172:1
  **sources** [2] -
2183:20, 2185:14
  **SOUTH** [1] - 2073:3
  **south** [2] - 2126:1,
2162:6
  **South** [3] - 2072:22,
2074:19, 2075:23
  **southeasterly** [1] -
2120:9
  **space** [5] - 2089:9,
2116:5, 2140:2,
2147:14, 2174:12
  **SPE** [2] - 2085:22,
2086:8
  **speak** [4] - 2080:17,
2088:13, 2136:4,
2162:22
  **speaking** [7] -
2134:3, 2140:21,
2151:16, 2166:14,
2186:15, 2198:3,
2200:22
  **special** [1] - 2099:12
  **specialties** [1] -
2198:8
  **specialty** [4] -
2189:12, 2198:6,
2199:16
  **specific** [9] -
2161:14, 2189:7,
2189:8, 2191:5,
2194:2, 2197:25,
2203:2, 2206:22,
2208:11
  **specifically** [10] -
2086:9, 2111:9,

2143:25, 2145:14,
2146:1, 2162:3,
2189:17, 2194:21,
2207:25, 2208:6
  **speculate** [1] -
2110:9
  **speed** [3] - 2153:19,
2153:20, 2153:21
  **speeding** [1] -
2169:14
  **spell** [1] - 2082:4
  **spelled** [1] - 2082:6
  **spill** [2] - 2094:10,
2094:11
  **SPILL** [1] - 2072:3
  **spilled** [1] - 2105:24
  **sponge** [2] -
2108:18, 2140:1
  **sponsored** [2] -
2085:23, 2086:16
  **sponsorship** [2] -
2086:17, 2086:20
  **spring** [3] - 2153:6,
2153:11, 2154:4
  **Square** [1] - 2074:6
  **squeeze** [1] - 2153:7
  **squeezed** [1] -
2138:21
  **squeezes** [3] -
2108:14, 2140:3,
2140:12
  **squeezing** [2] -
2108:18, 2140:1
  **St** [9] - 2072:19,
2073:10, 2074:6,
2074:17, 2074:19,
2074:25, 2075:8,
2075:16, 2075:19
  **stack** [31] - 2105:2,
2107:2, 2124:10,
2124:11, 2124:18,
2127:3, 2128:10,
2155:9, 2155:14,
2159:10, 2159:14,
2160:3, 2160:8,
2160:10, 2160:15,
2161:11, 2164:17,
2165:5, 2165:13,
2165:16, 2165:19,
2167:21, 2170:15,
2176:8, 2176:13,
2176:23, 2177:1,
2177:14, 2177:15,
2185:12, 2200:18
  **staff** [1] - 2152:22
  **stage** [12] - 2122:5,
2123:12, 2132:3,
2132:10, 2132:19,
2132:21, 2133:11,
2134:17, 2135:18,

2187:17, 2187:18
**stand** [1] - 2082:8
**standard** [23] -
2093:7, 2117:23,
2118:1, 2121:7,
2124:20, 2131:13,
2132:15, 2136:16,
2150:20, 2175:9,
2175:16, 2176:5,
2178:19, 2201:4,
2201:12, 2201:14,
2202:24, 2205:25,
2206:2, 2206:17,
2207:13, 2208:8,
2208:11
**stands** [3] - 2080:7,
2080:9, 2119:25
**Stanford** [10] -
2084:24, 2084:25,
2085:1, 2085:3,
2085:6, 2085:10,
2085:11, 2085:25,
2086:13, 2086:22
**start** [5] - 2086:6,
2104:14, 2124:5,
2141:2, 2157:24
**start-up** [1] - 2086:6
**started** [4] - 2087:13,
2105:14, 2187:20,
2187:25
**starts** [4] - 2107:19,
2130:11, 2167:20,
2183:3
**STATE** [6] - 2073:9,
2073:12, 2076:3,
2076:7, 2076:11,
2076:14
**state** [8] - 2082:4,
2082:14, 2095:12,
2104:21, 2137:18,
2158:4, 2185:4,
2204:12
**statement** [2] -
2103:17, 2173:13
**STATES** [4] - 2072:1,
2072:9, 2072:13,
2073:16
**States** [18] - 2078:10,
2080:15, 2080:16,
2081:13, 2085:24,
2086:15, 2096:10,
2098:4, 2112:9,
2136:5, 2136:21,
2156:23, 2168:4,
2168:8, 2171:16,
2173:1, 2184:7,
2209:4
**Statoil** [1] - 2089:17
**stay** [1] - 2103:1
**stays** [1] - 2166:18

**Steed** [1] - 2076:17
**stenography** [1] -
2076:22
**step** [5] - 2141:3,
2160:14, 2161:1,
2188:19
**STEPHEN** [2] -
2072:16, 2073:24
**steps** [1] - 2160:7
**STEVEN** [2] -
2073:18, 2075:18
**stick** [2] - 2145:1,
2154:10
**stiffer** [2] - 2153:12,
2154:4
**still** [12] - 2080:7,
2080:9, 2080:16,
2085:6, 2086:7,
2100:11, 2100:22,
2111:8, 2129:8,
2155:20, 2159:8,
2160:24
**stock** [21] - 2095:16,
2095:18, 2095:21,
2096:4, 2112:24,
2115:15, 2115:20,
2131:4, 2131:14,
2136:7, 2136:17,
2137:5, 2137:11,
2140:23, 2156:8,
2170:24, 2181:13,
2183:16, 2186:7,
2188:9, 2188:10
**stock-tank** [21] -
2095:16, 2095:18,
2095:21, 2096:4,
2112:24, 2115:15,
2115:20, 2131:4,
2131:14, 2136:7,
2136:17, 2137:5,
2137:11, 2140:23,
2156:8, 2170:24,
2181:13, 2183:16,
2186:7, 2188:9,
2188:10
**stone** [1] - 2138:25
**stop** [3] - 2124:21,
2160:23, 2177:9
**stopped** [1] - 2183:4
**stops** [1] - 2103:25
**storage** [1] - 2128:22
**straight** [2] -
2100:16, 2164:1
**straightforward** [1] -
2165:15
**strand** [1] - 2119:10
**strands** [3] -
2085:15, 2119:20,
2119:21
**strange** [1] - 2119:4

**straw** [5] - 2120:15,
2120:16, 2120:18,
2121:16, 2178:4
**streamline** [1] -
2088:6
**streamlines** [1] -
2086:4
**Streamsim** [4] -
2085:22, 2086:6,
2088:6, 2088:9
**Street** [5] - 2072:22,
2073:2, 2073:4,
2075:11, 2076:20
**stress** [1] - 2143:10
**stressed** [1] -
2111:20
**stretches** [1] -
2176:16
**strictly** [1] - 2187:13
**strike** [2] - 2146:5,
2186:18
**strongly** [2] -
2180:14, 2195:14
**structure** [6] -
2120:11, 2144:17,
2145:13, 2174:4,
2194:14, 2199:6
**struggling** [1] -
2107:24
**student** [2] -
2149:25, 2197:23
**students** [7] -
2086:5, 2087:23,
2087:24, 2087:25,
2088:1, 2088:24,
2198:1
**studied** [2] -
2098:25, 2199:12
**studies** [1] - 2198:1
**study** [5] - 2098:23,
2098:24, 2101:6,
2117:20, 2150:7
**styled** [1] - 2129:18
**sub** [1] - 2152:11
**sub-seismic** [1] -
2152:11
**subject** [1] - 2192:13
**subjected** [2] -
2201:22, 2201:24
**subjects** [2] -
2087:21
**submission** [2] -
2079:22, 2079:24
**submitted** [1] -
2081:9
**subsequently** [1] -
2169:15
**substantial** [1] -
2086:18
**substantive** [1] -

2159:6
**subtly** [1] - 2174:3
**such** [12] - 2083:20,
2084:13, 2088:20,
2113:12, 2128:22,
2146:24, 2152:12,
2154:19, 2174:5,
2174:20, 2183:18
**suck** [1] - 2178:4
**sufficient** [5] -
2125:25, 2195:21,
2196:17, 2198:24,
2199:5
**suggest** [4] - 2128:4,
2133:4, 2136:10,
2147:5
**suggesting** [3] -
2123:2, 2123:3,
2187:12
**suggestion** [1] -
2203:12
**Suite** [10] - 2072:22,
2073:7, 2074:6,
2074:25, 2075:3,
2075:8, 2075:19,
2076:9, 2076:15,
2076:17
**sum** [1] - 2155:25
**summarize** [4] -
2098:2, 2123:10,
2136:2, 2183:15
**summary** [1] -
2083:5
**Sunbury** [1] -
2083:10
**superior** [3] -
2141:19, 2191:21,
2196:14
**supervises** [1] -
2150:3
**supervising** [1] -
2150:2
**support** [6] -
2094:18, 2097:1,
2146:11, 2151:1,
2180:15, 2181:2
**supported** [3] -
2122:14, 2151:19,
2172:3
**supporting** [1] -
2141:22
**suppose** [2] -
2085:4, 2184:20
**supposed** [2] -
2102:22, 2119:11
**sure** [11] - 2080:8,
2080:18, 2081:18,
2082:9, 2096:25,
2112:3, 2121:3,
2132:17, 2156:13,

2157:19, 2206:10
**surely** [1] - 2110:6
**surface** [9] - 2093:6,
2093:13, 2093:18,
2093:24, 2102:15,
2131:16, 2131:17,
2131:19, 2135:14
**surprise** [4] - 2117:3,
2135:20, 2148:12,
2174:20
**surprised** [1] -
2147:6
**surprising** [1] -
2148:16
**surrebuttal** [1] -
2143:25
**surrounding** [2] -
2101:25, 2166:5
**survey** [6] - 2104:4,
2104:6, 2116:7,
2117:16, 2118:13
**SUTHERLAND** [1] -
2075:18
**SWORN** [1] - 2082:1
**systems** [2] - 2190:9,
2196:21

# T

**T** [2] - 2074:12,
2082:6
**tables** [1] - 2112:16
**take** [20] - 2082:3,
2118:22, 2121:21,
2131:15, 2146:17,
2148:13, 2150:10,
2156:6, 2156:12,
2162:4, 2162:5,
2169:21, 2170:7,
2171:21, 2174:21,
2179:8, 2184:19,
2200:6, 2208:14
**TAKEN** [2] - 2156:15,
2208:17
**taken** [18] - 2084:8,
2090:8, 2097:15,
2098:10, 2104:15,
2132:6, 2132:8,
2137:8, 2141:18,
2146:15, 2147:16,
2147:17, 2159:2,
2161:6, 2176:23,
2179:11, 2204:7,
2204:8
**takes** [5] - 2125:22,
2153:16, 2153:23,
2154:2
**taking** [4] - 2088:16,
2103:9, 2121:18,

2195:9

**talk** [19] - 2083:1, 2084:19, 2087:2, 2088:4, 2089:2, 2089:12, 2096:8, 2097:8, 2097:17, 2097:19, 2103:16, 2104:12, 2140:24, 2152:15, 2158:22, 2166:21, 2176:2, 2178:15, 2194:2

**talked** [12] - 2088:6, 2091:10, 2096:10, 2128:16, 2147:11, 2160:20, 2161:25, 2162:2, 2164:16, 2172:19, 2173:25, 2205:16

**talking** [16] - 2099:14, 2107:18, 2107:21, 2108:15, 2116:11, 2137:16, 2138:9, 2143:22, 2144:2, 2144:9, 2153:8, 2157:25, 2161:25, 2164:20, 2194:23, 2206:19

**Tallahassee** [1] - 2076:12

**TAMERLIN** [1] - 2075:23

**tank** [23] - 2095:16, 2095:18, 2095:21, 2096:4, 2112:24, 2115:15, 2115:20, 2131:4, 2131:14, 2134:4, 2136:7, 2136:17, 2137:5, 2137:11, 2140:23, 2156:8, 2170:24, 2181:13, 2183:16, 2186:7, 2188:9, 2188:10

**tap** [1] - 2138:18

**targeted** [1] - 2117:3

**taught** [3] - 2085:11, 2085:13, 2196:8

**taut** [1] - 2108:13

**tauted** [1] - 2189:18

**teach** [3] - 2087:21, 2087:23, 2087:25

**teaching** [7] - 2085:10, 2087:11, 2099:3, 2099:11, 2101:12, 2118:25, 2152:17

**technical** [3] - 2087:5, 2186:5, 2202:4

**technically** [4] -

2086:19, 2107:15, 2119:19, 2125:10

**technique** [3] - 2086:3, 2117:23, 2164:24

**techniques** [2] - 2091:4, 2202:24

**Technologies** [4] - 2085:22, 2086:6, 2088:14, 2088:23

**technology** [2] - 2088:24, 2091:1

**tell** [6] - 2078:8, 2079:15, 2145:7, 2168:6, 2169:7, 2186:20

**telling** [1] - 2146:3

**tells** [2] - 2117:10, 2153:16

**temperature** [12] - 2143:12, 2144:7, 2166:17, 2167:14, 2167:23, 2168:1, 2168:24, 2169:1, 2169:2, 2169:3, 2169:11

**temperatures** [2] - 2101:24, 2143:17

**tend** [2] - 2120:9, 2166:13

**tender** [1] - 2092:2

**tends** [3] - 2119:9, 2166:22, 2166:23

**term** [4] - 2093:25, 2107:25, 2142:7, 2206:12

**terms** [25] - 2083:22, 2085:9, 2085:15, 2089:12, 2098:23, 2103:2, 2106:6, 2106:7, 2107:24, 2112:11, 2119:2, 2128:13, 2135:9, 2135:15, 2135:16, 2136:23, 2144:13, 2151:22, 2161:10, 2161:25, 2165:3, 2165:12, 2172:12, 2172:13, 2178:16

**test** [13] - 2124:20, 2143:2, 2143:3, 2143:4, 2175:18, 2176:5, 2185:5, 2192:7, 2197:11, 2205:17, 2206:2, 2206:5, 2206:8

**Test** [1] - 2193:13

**TESTIFIED** [1] - 2082:1

**testified** [11] -

2105:23, 2114:14, 2114:17, 2114:25, 2115:2, 2140:15, 2149:17, 2150:14, 2185:16, 2190:19, 2197:1

**testifies** [1] - 2181:24

**testify** [1] - 2081:7

**testifying** [2] - 2184:12, 2184:18

**testimony** [12] - 2114:13, 2114:22, 2117:15, 2144:23, 2157:17, 2170:22, 2179:23, 2186:19, 2202:5, 2203:17, 2206:12, 2206:24

**testing** [1] - 2142:17

**tests** [4] - 2143:1, 2143:6, 2143:8, 2143:9

**TEXAS** [1] - 2076:3

**textbook** [2] - 2178:20, 2179:2

**than** [31] - 2081:5, 2091:19, 2091:21, 2092:15, 2095:20, 2096:4, 2096:23, 2097:1, 2097:15, 2107:7, 2110:16, 2114:3, 2117:13, 2123:23, 2127:2, 2136:10, 2140:22, 2144:5, 2159:18, 2167:5, 2171:23, 2172:1, 2175:3, 2176:20, 2178:10, 2178:23, 2187:11, 2187:18, 2188:17, 2203:14, 2208:15

**thank** [17] - 2079:11, 2080:13, 2081:3, 2081:11, 2081:17, 2082:21, 2098:21, 2114:9, 2149:17, 2156:13, 2157:4, 2172:22, 2183:25, 2184:4, 2196:6, 2203:19, 2205:6

**that** [752] - 2079:22, 2079:23, 2080:2, 2080:8, 2080:12, 2080:15, 2080:17, 2080:20, 2080:23, 2081:2, 2081:5, 2081:10, 2081:14, 2081:22, 2082:18, 2082:20, 2082:24, 2083:14, 2083:16,

2083:21, 2083:23, 2083:25, 2084:5, 2084:6, 2084:7, 2084:8, 2084:11, 2084:12, 2084:13, 2084:14, 2085:1, 2085:2, 2085:13, 2085:23, 2086:9, 2086:13, 2086:14, 2086:15, 2087:3, 2087:5, 2087:8, 2087:18, 2087:22, 2088:5, 2088:10, 2088:18, 2088:19, 2088:25, 2089:4, 2089:9, 2089:10, 2090:12, 2090:13, 2090:16, 2090:20, 2090:22, 2090:24, 2091:3, 2091:6, 2091:8, 2091:11, 2091:12, 2091:17, 2092:13, 2092:18, 2092:22, 2092:24, 2092:25, 2093:1, 2093:2, 2093:11, 2093:15, 2093:16, 2093:17, 2093:21, 2093:22, 2094:1, 2094:2, 2094:7, 2094:8, 2094:11, 2094:13, 2094:19, 2095:9, 2095:17, 2095:20, 2095:23, 2096:2, 2096:5, 2096:8, 2096:12, 2096:14, 2096:15, 2096:17, 2096:19, 2096:20, 2096:22, 2096:24, 2096:25, 2097:9, 2097:14, 2097:21, 2097:22, 2097:25, 2098:3, 2098:9, 2098:17, 2098:23, 2099:2, 2099:3, 2099:5, 2099:10, 2099:15, 2099:25, 2100:13, 2101:3, 2101:6, 2101:9, 2101:15, 2101:20, 2101:23, 2101:24, 2102:7, 2102:8, 2102:9, 2102:24, 2102:25, 2103:8, 2103:9, 2103:12, 2103:16, 2103:17, 2103:18, 2103:21, 2104:2, 2104:4, 2104:5, 2104:6, 2104:8, 2104:12, 2104:14,

2104:21, 2104:23, 2104:24, 2105:8, 2105:9, 2105:17, 2105:19, 2105:24, 2106:1, 2106:3, 2106:8, 2106:12, 2106:25, 2107:6, 2107:11, 2107:24, 2108:3, 2108:4, 2108:7, 2108:25, 2109:3, 2109:4, 2109:11, 2109:14, 2109:16, 2109:18, 2109:25, 2110:4, 2110:6, 2110:15, 2110:16, 2110:17, 2110:20, 2110:21, 2110:23, 2111:6, 2111:11, 2111:15, 2111:17, 2111:18, 2111:19, 2111:20, 2111:24, 2112:3, 2112:5, 2112:14, 2113:1, 2113:9, 2113:11, 2113:14, 2114:10, 2114:20, 2114:25, 2115:5, 2115:8, 2115:11, 2115:15, 2115:23, 2116:6, 2116:9, 2116:17, 2117:3, 2117:10, 2117:14, 2117:19, 2118:11, 2118:14, 2118:16, 2118:17, 2118:18, 2118:25, 2119:9, 2119:12, 2120:24, 2121:21, 2122:1, 2122:6, 2122:7, 2122:8, 2122:11, 2122:13, 2122:15, 2122:16, 2122:19, 2122:21, 2123:2, 2123:3, 2123:4, 2123:16, 2123:21, 2124:9, 2124:23, 2124:25, 2125:7, 2125:13, 2125:18, 2125:19, 2125:20, 2126:4, 2126:5, 2126:6, 2126:7, 2126:10, 2126:14, 2126:22, 2126:23, 2127:3, 2127:9, 2127:10, 2127:11, 2127:12, 2127:20, 2127:23, 2127:25, 2128:1, 2128:3, 2128:4, 2128:7, 2128:8, 2128:14, 2128:18, 2128:24,

| | | | | |
|---|---|---|---|---|
| 2129:1, 2129:12, | 2151:25, 2152:2, | 2177:25, 2178:2, | 2198:19, 2199:5, | 2130:12, 2130:19, |
| 2129:13, 2129:15, | 2152:8, 2152:11, | 2178:13, 2178:16, | 2199:10, 2199:12, | 2130:23, 2131:15, |
| 2130:10, 2130:12, | 2152:17, 2152:18, | 2178:21, 2178:22, | 2199:14, 2199:16, | 2132:22, 2133:1, |
| 2130:15, 2130:17, | 2152:19, 2153:3, | 2179:4, 2179:5, | 2199:18, 2200:2, | 2133:9, 2133:22, |
| 2130:24, 2131:7, | 2153:9, 2153:12, | 2179:6, 2179:11, | 2200:10, 2200:14, | 2134:23, 2137:6, |
| 2131:21, 2131:23, | 2153:14, 2153:23, | 2179:14, 2179:24, | 2200:19, 2200:24, | 2138:4, 2138:21, |
| 2132:2, 2132:4, | 2154:16, 2155:1, | 2180:4, 2180:14, | 2200:25, 2201:3, | 2139:18, 2139:21, |
| 2132:14, 2132:20, | 2155:13, 2155:18, | 2180:15, 2180:16, | 2201:6, 2201:15, | 2140:14, 2143:11, |
| 2132:23, 2133:4, | 2155:19, 2155:21, | 2180:18, 2180:19, | 2201:20, 2202:1, | 2144:24, 2145:5, |
| 2133:11, 2133:12, | 2156:3, 2157:8, | 2180:22, 2181:1, | 2202:5, 2202:6, | 2146:4, 2146:19, |
| 2133:21, 2134:2, | 2157:9, 2157:12, | 2181:2, 2181:23, | 2202:14, 2202:17, | 2148:6, 2148:22, |
| 2134:11, 2134:12, | 2157:13, 2157:15, | 2181:25, 2182:2, | 2202:19, 2203:2, | 2148:23, 2149:12, |
| 2134:16, 2134:22, | 2157:18, 2157:24, | 2182:3, 2182:5, | 2203:4, 2204:5, | 2150:20, 2151:2, |
| 2135:3, 2135:8, | 2158:1, 2159:9, | 2182:6, 2182:7, | 2204:8, 2204:13, | 2152:10, 2152:13, |
| 2135:9, 2135:15, | 2159:11, 2159:19, | 2182:8, 2182:9, | 2204:16, 2204:20, | 2152:23, 2153:22, |
| 2135:16, 2135:21, | 2159:20, 2160:9, | 2182:19, 2182:22, | 2204:24, 2205:4, | 2154:14, 2155:6, |
| 2136:8, 2136:10, | 2160:17, 2160:21, | 2183:3, 2183:4, | 2205:9, 2205:12, | 2158:20, 2159:12, |
| 2136:11, 2136:17, | 2161:1, 2161:6, | 2183:9, 2183:10, | 2205:13, 2205:19, | 2159:22, 2160:13, |
| 2136:19, 2136:21, | 2161:13, 2161:15, | 2183:11, 2183:12, | 2205:24, 2206:6, | 2161:8, 2163:1, |
| 2136:22, 2137:7, | 2161:18, 2161:21, | 2183:15, 2183:16, | 2206:8, 2206:10, | 2163:2, 2163:3, |
| 2137:9, 2137:10, | 2161:23, 2161:24, | 2183:17, 2183:18, | 2206:13, 2206:19, | 2163:25, 2164:7, |
| 2137:11, 2137:14, | 2162:8, 2162:12, | 2183:19, 2183:20, | 2206:22, 2207:1, | 2165:17, 2165:22, |
| 2138:1, 2138:8, | 2162:18, 2162:20, | 2183:24, 2184:11, | 2207:2, 2207:3, | 2166:1, 2166:21, |
| 2138:11, 2138:13, | 2162:25, 2163:5, | 2184:15, 2184:24, | 2207:5, 2207:9, | 2166:22, 2167:2, |
| 2138:17, 2138:19, | 2163:9, 2163:17, | 2185:4, 2185:8, | 2207:11, 2207:15, | 2168:18, 2170:10, |
| 2139:1, 2139:4, | 2163:19, 2164:5, | 2185:9, 2185:14, | 2207:17, 2207:23, | 2170:16, 2170:20, |
| 2139:7, 2139:9, | 2164:7, 2164:10, | 2185:16, 2185:19, | 2208:3, 2209:5 | 2171:4, 2174:13, |
| 2140:3, 2140:12, | 2164:16, 2164:18, | 2185:25, 2186:7, | **That's** [1] - 2108:15 | 2174:17, 2174:21, |
| 2140:14, 2140:15, | 2164:21, 2165:2, | 2186:14, 2186:19, | **that's** [163] - 2080:9, | 2175:7, 2175:16, |
| 2140:20, 2140:25, | 2165:6, 2165:9, | 2186:20, 2187:1, | 2081:24, 2082:21, | 2175:25, 2176:7, |
| 2141:1, 2141:13, | 2165:12, 2165:25, | 2187:9, 2187:10, | 2086:6, 2086:19, | 2177:16, 2181:18, |
| 2142:21, 2142:24, | 2166:4, 2166:10, | 2187:12, 2187:16, | 2086:24, 2088:2, | 2182:9, 2182:17, |
| 2143:4, 2143:13, | 2166:14, 2166:18, | 2187:17, 2187:24, | 2090:16, 2090:25, | 2185:2, 2185:3, |
| 2143:15, 2143:24, | 2166:19, 2166:20, | 2188:3, 2188:4, | 2091:3, 2091:5, | 2188:1, 2188:12, |
| 2143:25, 2144:1, | 2166:23, 2166:25, | 2188:11, 2188:13, | 2091:18, 2093:7, | 2188:15, 2190:15, |
| 2144:5, 2144:7, | 2167:4, 2167:6, | 2188:25, 2189:18, | 2094:1, 2094:11, | 2191:2, 2191:7, |
| 2144:8, 2144:9, | 2167:8, 2167:17, | 2189:22, 2190:1, | 2096:4, 2096:23, | 2191:20, 2192:1, |
| 2144:19, 2144:23, | 2168:4, 2168:5, | 2190:10, 2190:12, | 2097:1, 2097:13, | 2193:19, 2193:20, |
| 2145:4, 2145:11, | 2168:23, 2170:12, | 2190:17, 2190:19, | 2099:25, 2100:19, | 2195:24, 2198:3, |
| 2145:13, 2145:17, | 2170:19, 2171:5, | 2190:21, 2190:22, | 2101:18, 2102:14, | 2198:4, 2198:17, |
| 2145:19, 2145:21, | 2171:7, 2171:8, | 2190:24, 2191:1, | 2102:21, 2102:23, | 2200:6, 2200:9, |
| 2145:23, 2145:25, | 2171:15, 2171:18, | 2191:4, 2191:5, | 2104:19, 2105:12, | 2201:1, 2201:2, |
| 2146:1, 2146:2, | 2171:24, 2172:3, | 2191:9, 2191:10, | 2106:24, 2107:5, | 2202:16, 2202:23, |
| 2146:5, 2146:11, | 2172:4, 2172:6, | 2191:13, 2191:15, | 2107:8, 2107:11, | 2203:14, 2204:17, |
| 2146:16, 2146:17, | 2172:7, 2172:11, | 2191:17, 2191:19, | 2108:12, 2108:13, | 2205:13, 2206:5, |
| 2146:21, 2147:4, | 2172:17, 2172:24, | 2191:22, 2192:3, | 2108:19, 2108:22, | 2206:21, 2208:5 |
| 2147:16, 2147:17, | 2173:2, 2173:5, | 2192:5, 2192:8, | 2109:7, 2110:7, | **THE** [86] - 2072:3, |
| 2148:1, 2148:5, | 2173:13, 2173:14, | 2192:9, 2192:14, | 2110:9, 2112:4, | 2072:4, 2072:7, |
| 2148:10, 2148:15, | 2173:15, 2173:18, | 2192:21, 2193:8, | 2112:25, 2113:5, | 2072:12, 2072:15, |
| 2148:20, 2148:21, | 2173:23, 2174:5, | 2193:9, 2193:13, | 2115:19, 2116:14, | 2073:9, 2073:12, |
| 2148:24, 2149:5, | 2174:6, 2174:21, | 2194:5, 2194:13, | 2117:4, 2117:6, | 2073:16, 2076:3, |
| 2149:6, 2149:7, | 2174:23, 2175:5, | 2194:22, 2195:9, | 2118:2, 2119:15, | 2076:7, 2076:10, |
| 2149:14, 2149:15, | 2175:12, 2175:13, | 2195:14, 2195:16, | 2119:17, 2119:20, | 2076:14, 2078:6, |
| 2149:18, 2149:23, | 2175:15, 2175:18, | 2195:22, 2195:23, | 2120:15, 2121:13, | 2078:10, 2078:14, |
| 2150:1, 2150:7, | 2175:22, 2175:25, | 2195:25, 2196:14, | 2122:1, 2124:20, | 2078:19, 2078:22, |
| 2150:13, 2150:14, | 2176:21, 2176:22, | 2196:17, 2196:18, | 2125:2, 2125:9, | 2079:1, 2079:4, |
| 2150:23, 2150:25, | 2176:25, 2177:1, | 2197:4, 2197:9, | 2125:23, 2127:1, | 2079:6, 2079:9, |
| 2151:2, 2151:5, | 2177:2, 2177:3, | 2197:11, 2197:12, | 2127:4, 2127:7, | 2079:16, 2079:20, |
| 2151:9, 2151:10, | 2177:5, 2177:9, | 2197:16, 2197:22, | 2129:14, 2129:15, | 2080:4, 2080:11, |
| 2151:13, 2151:15, | 2177:10, 2177:18, | 2197:24, 2198:10, | 2130:3, 2130:4, | 2081:8, 2081:15, |
| 2151:17, 2151:21, | 2177:21, 2177:22, | 2198:12, 2198:16, | 2130:10, 2130:11, | 2081:18, 2081:21, |

2081:25, 2082:3,
2082:5, 2082:9,
2082:11, 2092:4,
2095:1, 2095:4,
2114:17, 2115:2,
2115:5, 2120:2,
2133:15, 2133:18,
2133:19, 2133:21,
2133:23, 2134:22,
2134:24, 2144:8,
2145:25, 2146:4,
2152:24, 2153:9,
2156:11, 2156:14,
2156:19, 2157:2,
2157:14, 2157:20,
2181:10, 2181:11,
2181:15, 2181:17,
2181:18, 2182:7,
2182:8, 2184:1,
2184:5, 2185:24,
2186:2, 2186:22,
2186:25, 2192:20,
2192:25, 2193:3,
2193:6, 2196:3,
2196:4, 2203:11,
2203:16, 2203:20,
2204:18, 2205:6,
2208:13, 2208:16

**their** [12] - 2083:10,
2091:5, 2091:21,
2117:3, 2137:10,
2140:17, 2142:1,
2142:3, 2142:18,
2144:17, 2190:18,
2195:16

**theme** [1] - 2084:2
**themselves** [1] -
2178:12
**there's** [60] - 2091:9,
2091:13, 2093:8,
2093:20, 2097:5,
2099:12, 2099:25,
2100:1, 2107:13,
2108:6, 2108:8,
2108:20, 2111:8,
2112:19, 2112:25,
2113:7, 2116:4,
2116:12, 2121:24,
2122:7, 2122:9,
2122:10, 2125:16,
2125:17, 2125:18,
2125:25, 2129:2,
2132:19, 2133:4,
2140:2, 2140:5,
2140:7, 2147:22,
2150:19, 2151:19,
2160:21, 2160:24,
2163:17, 2163:22,
2168:2, 2168:6,
2172:25, 2174:11,
2175:2, 2177:20,

2179:10, 2180:15,
2186:5, 2192:16,
2193:8, 2193:20,
2199:5, 2200:19,
2201:4, 2205:24,
2207:11

**thereafter** [1] -
2159:21
**thermodynamic** [1] -
2133:23
**Thermodynamics**
[1] - 2166:9
**thermodynamics** [2]
- 2169:22, 2170:7
**these** [51] - 2087:23,
2088:18, 2090:10,
2095:14, 2100:12,
2100:22, 2102:2,
2103:20, 2105:9,
2114:14, 2114:25,
2115:17, 2119:1,
2119:20, 2120:6,
2120:12, 2120:16,
2120:21, 2120:23,
2121:22, 2122:7,
2122:16, 2123:14,
2124:3, 2126:9,
2133:23, 2134:12,
2134:19, 2137:25,
2143:19, 2143:21,
2143:23, 2144:4,
2144:15, 2144:16,
2146:2, 2153:16,
2153:25, 2154:13,
2155:4, 2158:23,
2163:15, 2165:7,
2171:14, 2172:17,
2174:3, 2174:4,
2191:2, 2201:7,
2204:3

**they're** [13] - 2097:6,
2097:24, 2102:3,
2112:4, 2133:24,
2138:11, 2155:5,
2166:15, 2169:25,
2172:2, 2197:13,
2202:16
**they've** [8] - 2090:8,
2098:17, 2098:18,
2166:17, 2166:18,
2176:23, 2176:24,
2178:12
**thick** [3] - 2116:23,
2116:24, 2178:5
**thicker** [1] - 2127:15
**thickest** [2] - 2117:4,
2123:17
**thickness** [3] -
2116:21, 2127:17,
2127:19

**thing** [10] - 2080:1,
2089:16, 2106:13,
2107:6, 2111:20,
2121:20, 2130:19,
2165:2, 2172:6,
2173:14
**things** [21] - 2087:8,
2089:12, 2098:12,
2098:17, 2102:8,
2105:5, 2105:8,
2125:1, 2130:14,
2154:1, 2166:13,
2168:7, 2168:9,
2169:22, 2170:18,
2171:18, 2181:17,
2188:18, 2200:6,
2201:25, 2207:8
**Things** [1] - 2166:9
**think** [71] - 2079:14,
2080:1, 2080:25,
2081:2, 2088:5,
2089:5, 2089:16,
2089:22, 2097:6,
2097:23, 2100:11,
2104:3, 2110:3,
2110:13, 2112:10,
2113:3, 2116:10,
2120:25, 2123:12,
2124:17, 2126:24,
2127:3, 2127:25,
2128:4, 2128:5,
2133:15, 2135:25,
2136:10, 2136:25,
2138:13, 2138:14,
2142:14, 2142:23,
2144:12, 2144:22,
2144:25, 2145:23,
2147:11, 2148:8,
2152:16, 2154:15,
2157:10, 2159:5,
2159:12, 2159:16,
2171:13, 2172:18,
2173:25, 2174:24,
2176:25, 2177:2,
2185:2, 2185:4,
2186:12, 2187:22,
2188:15, 2188:18,
2189:21, 2190:4,
2191:2, 2192:17,
2192:18, 2197:1,
2201:13, 2202:19,
2202:23, 2203:3,
2204:12, 2204:17,
2204:23
**thinking** [5] -
2100:25, 2104:9,
2127:20, 2175:7,
2178:13
**thinks** [1] - 2135:13
**third** [6] - 2090:22,

2107:13, 2107:14,
2156:10, 2157:22,
2158:1
**this** [379] - 2079:16,
2079:19, 2081:4,
2082:22, 2083:21,
2083:25, 2084:17,
2085:12, 2085:21,
2086:25, 2087:12,
2087:15, 2087:22,
2088:15, 2088:22,
2089:2, 2090:4,
2090:5, 2091:10,
2091:11, 2092:1,
2092:2, 2092:20,
2093:10, 2093:21,
2093:22, 2094:7,
2094:15, 2094:19,
2094:21, 2094:24,
2095:6, 2095:11,
2096:6, 2096:12,
2096:21, 2097:17,
2097:19, 2098:1,
2098:22, 2099:4,
2099:13, 2099:14,
2099:16, 2099:17,
2099:19, 2100:3,
2100:5, 2100:7,
2100:15, 2100:16,
2100:18, 2100:25,
2101:6, 2101:7,
2101:8, 2101:12,
2101:18, 2101:21,
2103:2, 2103:12,
2103:16, 2103:20,
2103:22, 2104:2,
2105:3, 2105:11,
2105:22, 2106:10,
2106:16, 2107:14,
2107:18, 2107:23,
2108:8, 2108:12,
2108:13, 2108:16,
2108:23, 2109:5,
2109:17, 2110:14,
2110:19, 2111:8,
2111:14, 2111:22,
2113:3, 2113:8,
2114:16, 2114:19,
2114:20, 2115:9,
2115:22, 2116:1,
2116:9, 2116:12,
2116:13, 2117:1,
2117:6, 2117:8,
2117:9, 2117:11,
2117:14, 2117:24,
2118:8, 2118:9,
2118:16, 2118:20,
2118:21, 2119:5,
2119:6, 2119:10,
2119:11, 2119:14,
2119:17, 2119:19,

2120:3, 2120:4,
2120:7, 2120:8,
2120:9, 2120:11,
2120:17, 2120:19,
2120:23, 2120:25,
2121:5, 2121:6,
2121:15, 2121:17,
2121:20, 2121:22,
2122:5, 2122:14,
2122:15, 2122:18,
2123:9, 2123:12,
2124:9, 2124:25,
2125:3, 2125:5,
2125:17, 2125:21,
2126:4, 2126:13,
2126:18, 2126:19,
2127:14, 2128:5,
2129:5, 2129:9,
2129:18, 2129:20,
2129:24, 2130:2,
2130:7, 2130:15,
2130:24, 2131:15,
2134:4, 2134:9,
2134:20, 2135:20,
2136:4, 2136:22,
2138:3, 2138:8,
2139:2, 2139:7,
2139:8, 2139:9,
2139:20, 2140:7,
2140:11, 2140:20,
2141:25, 2142:1,
2142:2, 2143:19,
2144:12, 2144:18,
2145:9, 2145:12,
2145:14, 2146:17,
2147:5, 2147:9,
2147:10, 2147:12,
2147:19, 2147:23,
2147:24, 2148:1,
2148:7, 2148:12,
2148:13, 2148:20,
2149:3, 2149:7,
2149:13, 2149:18,
2149:22, 2150:12,
2150:16, 2151:1,
2151:20, 2151:25,
2152:15, 2152:22,
2153:4, 2153:6,
2153:22, 2153:25,
2154:23, 2155:2,
2155:13, 2155:17,
2156:5, 2156:11,
2156:24, 2157:6,
2158:21, 2158:25,
2159:1, 2159:2,
2159:6, 2159:7,
2159:8, 2159:18,
2160:1, 2160:5,
2160:8, 2160:9,
2161:2, 2161:5,
2161:21, 2161:23,

2161:24, 2162:13, 2162:15, 2162:17, 2162:21, 2162:24, 2163:1, 2163:2, 2163:8, 2163:13, 2164:5, 2165:13, 2165:21, 2165:24, 2166:8, 2166:10, 2166:12, 2167:18, 2168:4, 2168:13, 2168:16, 2169:7, 2169:11, 2170:17, 2170:22, 2171:7, 2171:8, 2171:12, 2171:25, 2172:6, 2172:9, 2172:10, 2172:11, 2172:24, 2173:2, 2173:22, 2173:25, 2174:1, 2174:16, 2174:17, 2175:8, 2175:18, 2175:20, 2176:5, 2176:9, 2176:11, 2176:12, 2176:15, 2176:16, 2176:17, 2176:22, 2177:11, 2177:20, 2178:1, 2178:11, 2178:18, 2178:19, 2178:20, 2178:25, 2179:6, 2180:6, 2181:5, 2181:8, 2181:10, 2181:15, 2181:22, 2182:1, 2182:12, 2182:14, 2182:21, 2183:19, 2184:12, 2188:2, 2188:4, 2188:9, 2188:19, 2188:22, 2189:24, 2190:5, 2190:12, 2192:11, 2192:16, 2192:17, 2192:20, 2193:12, 2195:18, 2196:15, 2198:21, 2199:2, 2199:18, 2200:8, 2200:9, 2201:7, 2201:8, 2201:10, 2201:11, 2202:20, 2203:5, 2203:25, 2204:7, 2204:11, 2204:13, 2204:25, 2205:1, 2205:5, 2205:22, 2206:3, 2206:15, 2206:25, 2207:6, 2207:15

**THOMAS** [3] - 2072:21, 2073:19, 2076:4

**thorough** [1] - 2201:16

**thoroughly** [2] - 2201:18, 2205:19

**those** [62] - 2078:20, 2078:22, 2079:1, 2079:4, 2079:9, 2080:17, 2081:15, 2083:13, 2083:21, 2084:11, 2084:12, 2084:16, 2086:3, 2088:11, 2089:24, 2090:9, 2092:19, 2096:16, 2097:2, 2098:4, 2101:3, 2109:7, 2111:24, 2116:16, 2116:17, 2119:16, 2119:20, 2122:8, 2123:18, 2128:23, 2132:9, 2134:18, 2137:4, 2141:10, 2143:6, 2152:5, 2157:1, 2157:2, 2157:12, 2160:11, 2164:18, 2171:15, 2173:3, 2175:3, 2190:3, 2195:5, 2197:12, 2197:15, 2198:14, 2198:23, 2199:3, 2199:12, 2200:4, 2201:7, 2201:20, 2202:11, 2202:13, 2203:23, 2206:11, 2207:20, 2208:1

**though** [9] - 2136:14, 2146:19, 2150:25, 2167:16, 2178:12, 2194:8, 2196:19, 2197:6, 2202:16

**thought** [2] - 2088:1

**thousands** [2] - 2088:1, 2090:8, 2099:22, 2099:23, 2145:11, 2175:16

**three** [39] - 2086:19, 2106:11, 2108:5, 2109:7, 2109:16, 2109:25, 2111:24, 2116:14, 2119:2, 2120:16, 2121:15, 2121:17, 2121:22, 2122:7, 2122:20, 2122:22, 2122:24, 2123:9, 2123:17, 2123:18, 2128:11, 2128:14, 2129:5, 2129:6, 2130:3, 2132:1, 2132:2, 2132:5, 2132:8, 2132:9, 2144:19, 2145:19, 2171:18,

2190:12, 2193:15, 2198:23, 2202:8, 2205:3

**three-dimensional** [1] - 2121:17

**three-phase** [1] - 2086:19

**through** [32] - 2079:19, 2081:1, 2088:9, 2093:4, 2093:5, 2093:6, 2093:23, 2095:24, 2099:4, 2099:5, 2099:24, 2101:3, 2101:8, 2102:9, 2104:23, 2116:2, 2120:10, 2120:16, 2121:15, 2121:18, 2121:22, 2125:8, 2131:24, 2145:3, 2152:9, 2166:5, 2171:13, 2171:14, 2174:11, 2175:5, 2183:10, 2198:14

**throughout** [2] - 2094:11, 2163:6

**thumb** [1] - 2198:24

**THURSDAY** [1] - 2078:2

**Thursday** [1] - 2072:5

**tighter** [1] - 2153:3

**till** [1] - 2208:14

**time** [61] - 2078:7, 2078:9, 2078:17, 2079:19, 2085:4, 2085:8, 2086:13, 2093:12, 2093:16, 2094:4, 2094:6, 2094:17, 2104:7, 2105:22, 2110:1, 2119:22, 2124:19, 2125:22, 2125:25, 2128:18, 2129:1, 2129:15, 2130:1, 2130:2, 2136:1, 2143:20, 2155:8, 2159:13, 2159:20, 2160:9, 2160:12, 2160:13, 2161:19, 2162:3, 2163:13, 2164:1, 2164:5, 2165:9, 2165:20, 2165:23, 2166:6, 2167:6, 2167:25, 2168:13, 2168:20, 2168:21, 2169:4, 2169:8, 2169:12, 2170:16, 2173:9, 2176:15, 2176:16,

2177:23, 2180:4, 2183:4, 2186:2, 2187:16, 2192:7

**times** [8] - 2091:19, 2091:21, 2096:18, 2102:14, 2130:5, 2130:6, 2158:16, 2203:6

**tire** [30] - 2106:14, 2106:15, 2106:16, 2106:17, 2106:19, 2106:20, 2106:22, 2106:24, 2107:7, 2107:8, 2107:9, 2107:16, 2107:18, 2108:9, 2108:10, 2108:13, 2108:21, 2109:4, 2109:6, 2109:10, 2109:11, 2109:17, 2109:18, 2109:23, 2109:25, 2158:11

**tires** [1] - 2110:5

**title** [3] - 2166:8, 2184:13, 2193:12

**today** [10] - 2087:4, 2088:3, 2090:15, 2090:16, 2100:6, 2101:15, 2118:25, 2140:15, 2172:12, 2189:6

**together** [15] - 2087:18, 2087:20, 2095:20, 2100:14, 2100:19, 2109:7, 2137:4, 2138:11, 2146:18, 2146:21, 2150:22, 2158:24, 2162:13, 2174:2

**told** [3] - 2079:16, 2198:4, 2203:4

**TOLLES** [1] - 2075:20

**tons** [4] - 2099:16, 2099:23

**too** [9] - 2080:4, 2103:19, 2129:22, 2137:10, 2141:22, 2166:24, 2172:7, 2204:12

**took** [5] - 2120:4, 2186:4, 2186:9, 2200:21, 2203:23

**tool** [7] - 2101:12, 2103:22, 2104:14, 2118:25, 2152:17, 2159:3, 2175:20

**tools** [4] - 2088:10, 2088:11, 2099:11, 2207:15

**top** [4] - 2134:6, 2134:11, 2135:24, 2192:10

**topic** [2] - 2149:2, 2179:22

**topics** [1] - 2172:23

**TORTS** [1] - 2073:24

**total** [11] - 2117:10, 2117:17, 2127:8, 2127:9, 2127:21, 2147:13, 2158:18, 2172:13, 2173:24, 2183:22, 2185:20

**totality** [3] - 2112:1, 2146:14, 2155:22

**totally** [1] - 2179:9

**towards** [2] - 2160:23, 2164:2

**Tower** [1] - 2074:24

**traditionally** [3] - 2110:22, 2111:4, 2130:2

**transcript** [3] - 2076:22, 2081:9, 2209:5

**TRANSCRIPT** [1] - 2072:12

**transient** [2] - 2129:11, 2180:21

**transition** [1] - 2156:11

**translate** [1] - 2164:18

**TRANSOCEAN** [3] - 2075:13, 2075:13, 2075:14

**trapped** [1] - 2120:11

**trend** [2] - 2148:7

**Trevor** [7] - 2080:22, 2081:1, 2081:4, 2192:12, 2192:23, 2192:24, 2192:25

**TREX** [5] - 2080:19, 2081:4, 2094:25, 2156:24, 2156:25, 2180:3, 2189:24, 2190:6

**trial** [2] - 2204:16, 2204:19

**TRIAL** [1] - 2072:12

**TRITON** [1] - 2072:7

**trouble** [2] - 2079:19, 2155:23

**truck** [8] - 2106:8, 2106:13, 2106:14, 2107:7, 2108:11, 2108:12, 2110:1

**true** [8] - 2178:7, 2182:19, 2184:11, 2188:25, 2190:12,

2192:5, 2197:22, 2209:5

**Trusler** [4] - 2190:14, 2191:11, 2191:17, 2204:4

**Trusler's** [1] - 2191:14

**try** [8] - 2087:8, 2103:3, 2106:10, 2109:9, 2129:22, 2139:11, 2174:8, 2206:3

**trying** [13] - 2083:20, 2109:12, 2126:11, 2128:13, 2139:17, 2145:23, 2153:4, 2154:2, 2155:5, 2162:20, 2173:24, 2178:4, 2183:7

**turbidite** [2] - 2122:16, 2194:15

**turbidites** [1] - 2124:4

**turn** [18] - 2092:8, 2098:21, 2106:5, 2110:11, 2112:7, 2115:7, 2123:20, 2123:25, 2124:13, 2137:13, 2149:2, 2149:7, 2150:12, 2151:3, 2157:22, 2160:4, 2164:16, 2171:11

**turns** [1] - 2166:11

**tutorial** [1] - 2173:20

**two** [31] - 2085:15, 2086:5, 2087:16, 2089:22, 2090:22, 2090:23, 2092:21, 2097:6, 2097:7, 2116:15, 2122:22, 2126:9, 2137:4, 2140:5, 2147:15, 2152:2, 2152:5, 2155:20, 2157:1, 2157:7, 2158:7, 2160:7, 2166:20, 2170:14, 2175:1, 2175:19, 2176:17, 2180:9, 2205:1, 2205:2, 2205:3

**TX** [4] - 2074:25, 2075:4, 2075:19, 2076:6

**tying** [1] - 2150:21

**type** [2] - 2198:10, 2207:15

**types** [2] - 2098:4, 2143:21

**typically** [1] - 2173:3

# U

**U** [2] - 2082:6, 2085:23

**U-R-E-N** [1] - 2085:23

**U.S** [9] - 2073:16, 2073:23, 2086:17, 2095:20, 2098:14, 2099:18, 2136:12, 2166:14

**UK** [3] - 2189:19, 2189:25, 2190:3

**UK-led** [1] - 2189:25

**unaffected** [1] - 2103:1

**unambiguous** [1] - 2132:13

**uncertain** [3] - 2110:2, 2110:16, 2111:2

**uncertainties** [2] - 2111:13, 2179:4

**uncertainty** [15] - 2096:10, 2096:13, 2096:21, 2105:20, 2111:1, 2111:8, 2111:9, 2112:6, 2136:9, 2148:19, 2150:23, 2155:16, 2155:18

**under** [6] - 2086:11, 2097:2, 2101:4, 2135:24, 2138:25, 2143:6

**underground** [8] - 2083:18, 2093:3, 2099:9, 2102:11, 2110:24, 2131:11, 2131:16, 2167:23

**understand** [22] - 2084:3, 2084:10, 2103:3, 2103:5, 2106:11, 2108:25, 2109:10, 2118:5, 2123:21, 2124:15, 2125:5, 2129:25, 2139:12, 2151:6, 2161:9, 2180:7, 2186:24, 2189:21, 2204:18, 2204:19, 2205:11, 2205:12

**understanding** [11] - 2085:18, 2093:13, 2106:6, 2121:23, 2143:8, 2149:20, 2160:6, 2167:14, 2194:19, 2195:4, 2209:6

**understate** [1] - 2166:23

**understates** [1] - 2166:25

**understood** [3] - 2080:13, 2201:16, 2206:10

**undertook** [1] - 2098:23

**uniform** [2] - 2145:12, 2163:5

**uniformly** [1] - 2145:13

**unique** [6] - 2200:23, 2201:5, 2203:1, 2203:2

**UNITED** [4] - 2072:1, 2072:9, 2072:13, 2073:16

**United** [18] - 2078:10, 2080:15, 2080:16, 2081:13, 2085:24, 2086:15, 2096:10, 2098:4, 2112:9, 2136:5, 2136:21, 2156:22, 2168:4, 2168:8, 2171:15, 2173:1, 2184:7, 2209:3

**universal** [1] - 2108:1

**Universities** [1] - 2189:25

**universities** [3] - 2189:19, 2190:3, 2193:15

**University** [4] - 2083:8, 2084:25, 2085:1, 2085:3

**university** [4] - 2085:7, 2087:5, 2193:17

**unless** [1] - 2192:15

**unlike** [1] - 2179:16

**unlikely** [1] - 2171:23

**unreasonable** [5] - 2097:24, 2109:19, 2127:5, 2128:6, 2150:24

**until** [3] - 2087:16, 2124:5, 2188:11

**unusual** [4] - 2093:8, 2167:17, 2205:18, 2205:24

**up** [69] - 2078:7, 2082:18, 2083:2, 2086:6, 2086:25, 2087:14, 2089:13, 2093:5, 2093:23,

2094:21, 2095:12, 2096:3, 2099:2, 2102:3, 2105:14, 2105:18, 2106:19, 2107:16, 2108:10, 2108:11, 2112:15, 2115:21, 2116:3, 2118:7, 2118:12, 2119:25, 2122:18, 2124:6, 2124:21, 2127:23, 2127:25, 2130:5, 2130:7, 2131:7, 2131:16, 2131:18, 2133:16, 2136:1, 2136:21, 2139:12, 2139:18, 2140:16, 2146:15, 2147:23, 2152:3, 2154:22, 2155:25, 2158:3, 2158:10, 2158:22, 2160:16, 2160:24, 2160:25, 2161:3, 2161:20, 2166:4, 2166:8, 2168:13, 2169:14, 2173:21, 2176:12, 2176:14, 2177:10, 2178:6, 2191:6, 2199:23, 2201:7

**upper** [7] - 2096:24, 2097:16, 2111:12, 2115:17, 2136:9, 2137:7, 2191:3

**upsides** [1] - 2172:2

**urban** [1] - 2190:9

**Uren** [3] - 2085:22, 2086:9, 2090:24

**us** [13] - 2089:5, 2095:20, 2104:19, 2106:7, 2113:4, 2124:23, 2140:18, 2161:23, 2162:12, 2163:19, 2170:24, 2171:5, 2204:15

**use** [60] - 2086:25, 2088:11, 2090:10, 2092:9, 2092:12, 2092:19, 2093:25, 2094:19, 2097:4, 2101:12, 2103:6, 2107:20, 2110:6, 2110:15, 2110:23, 2113:24, 2114:4, 2115:22, 2118:23, 2119:1, 2125:19, 2131:21, 2131:23, 2132:10, 2132:20, 2133:10, 2135:23, 2136:14, 2136:22, 2136:24, 2137:10,

2137:25, 2139:7, 2139:8, 2140:16, 2141:8, 2142:7, 2148:13, 2151:12, 2152:17, 2156:11, 2164:24, 2168:11, 2170:8, 2170:15, 2173:22, 2175:2, 2175:3, 2175:17, 2182:6, 2182:12, 2183:13, 2190:18, 2191:24, 2200:2, 2205:13, 2205:23, 2206:12, 2207:19, 2208:6

**used** [67] - 2078:10, 2078:12, 2078:18, 2078:21, 2078:24, 2079:2, 2079:7, 2080:15, 2080:20, 2081:12, 2084:14, 2088:11, 2092:11, 2092:23, 2095:9, 2096:18, 2097:11, 2103:17, 2106:8, 2108:24, 2110:17, 2110:22, 2111:4, 2124:14, 2126:24, 2126:25, 2131:25, 2132:1, 2132:4, 2132:9, 2133:5, 2133:6, 2136:17, 2136:25, 2141:24, 2142:19, 2143:5, 2144:23, 2148:20, 2148:21, 2164:23, 2173:3, 2178:22, 2179:2, 2179:13, 2186:14, 2190:24, 2191:5, 2191:10, 2191:17, 2191:18, 2200:1, 2200:23, 2201:7, 2202:20, 2202:21, 2203:5, 2203:6, 2204:16, 2206:3, 2206:15, 2207:1, 2207:2, 2207:20, 2208:3, 2208:4

**uses** [2] - 2140:19, 2148:24

**using** [42] - 2083:14, 2084:16, 2089:9, 2092:21, 2105:10, 2105:25, 2106:7, 2109:9, 2110:25, 2113:23, 2123:23, 2126:18, 2127:13, 2131:25, 2132:3, 2133:11, 2140:21, 2155:2, 2159:3,

2159:19, 2162:10,
2165:13, 2167:4,
2167:19, 2171:3,
2175:11, 2178:19,
2178:23, 2186:10,
2186:11, 2187:17,
2194:6, 2195:10,
2198:12, 2199:3,
2199:21, 2199:23,
2202:1, 2202:24,
2205:25, 2206:6,
2207:7
   **utilize** [5] - 2103:13,
2104:9, 2111:15,
2121:8, 2128:9
   **utilized** [7] -
2111:18, 2112:12,
2113:14, 2115:23,
2123:21, 2135:15,
2142:11

## V

   **v** [1] - 2072:9
   **V1.doc** [1] - 2193:9
   **valuable** [6] -
2105:4, 2124:23,
2125:24, 2128:22,
2130:9, 2200:14
   **value** [34] - 2097:12,
2097:13, 2113:5,
2126:25, 2127:2,
2131:22, 2137:19,
2140:16, 2140:19,
2140:22, 2141:1,
2143:16, 2144:24,
2146:12, 2147:7,
2148:15, 2148:20,
2148:21, 2148:24,
2149:4, 2150:14,
2150:17, 2152:18,
2158:4, 2159:3,
2159:7, 2172:15,
2175:5, 2178:22,
2179:11, 2179:13,
2179:14, 2179:16
   **values** [23] -
2096:16, 2113:22,
2132:4, 2132:9,
2135:23, 2136:8,
2136:25, 2137:23,
2143:23, 2144:19,
2144:21, 2145:19,
2146:2, 2147:22,
2147:25, 2148:14,
2150:25, 2155:16,
2171:15, 2172:11,
2172:17, 2173:23,
2179:10
   **variable** [9] -

2110:24, 2115:7,
2137:13, 2137:16,
2156:10, 2157:22,
2158:1, 2162:11,
2165:3
   **variables** [4] -
2111:2, 2158:7,
2171:18, 2203:23
   **varied** [4] - 2094:4,
2094:17, 2105:22,
2142:4
   **varies** [1] - 2167:23
   **variety** [3] - 2198:9,
2202:7, 2203:8
   **various** [1] - 2108:6
   **vary** [1] - 2168:1
   **vast** [1] - 2197:24
   **verify** [1] - 2111:18
   **version** [1] - 2191:16
   **versus** [1] - 2170:12
   **vertical** [1] - 2121:18
   **very** [44] - 2084:13,
2085:7, 2087:6,
2087:7, 2088:17,
2091:14, 2094:4,
2097:22, 2101:4,
2102:13, 2108:3,
2108:13, 2108:17,
2111:4, 2112:24,
2113:8, 2126:7,
2128:1, 2128:22,
2129:3, 2129:17,
2133:24, 2138:14,
2139:16, 2143:11,
2145:12, 2145:15,
2146:18, 2155:18,
2157:14, 2162:22,
2162:23, 2163:25,
2164:7, 2164:14,
2167:2, 2167:19,
2169:25, 2171:1,
2173:10, 2173:20,
2174:3, 2176:22
   **video** [2] - 2106:18,
2169:15
   **view** [5] - 2094:5,
2095:13, 2122:14,
2164:10, 2178:16
   **vigorous** [1] -
2153:23
   **virtually** [1] - 2114:2
   **visualize** [1] - 2119:5
   **vital** [1] - 2174:14
   **VOIR** [1] - 2082:12
   **voir** [1] - 2077:8
   **volume** [57] -
2082:24, 2090:14,
2097:9, 2109:1,
2111:16, 2112:22,
2114:1, 2114:10,

2115:8, 2115:10,
2115:14, 2115:18,
2115:19, 2115:24,
2117:10, 2117:14,
2117:17, 2126:20,
2127:8, 2127:9,
2127:11, 2131:9,
2131:11, 2131:22,
2131:25, 2135:9,
2135:15, 2135:22,
2136:3, 2136:7,
2138:22, 2139:1,
2141:6, 2141:20,
2142:1, 2142:4,
2142:5, 2142:7,
2143:16, 2145:1,
2145:5, 2146:25,
2147:7, 2147:11,
2147:13, 2147:21,
2148:8, 2148:11,
2152:5, 2155:19,
2163:19, 2171:21,
2172:20, 2207:4,
2208:2
   **volumes** [3] -
2113:1, 2131:11,
2131:12

## W

   **W** [3] - 2074:22,
2074:23, 2074:24
   **wait** [3] - 2134:8,
2167:25
   **walk** [2] - 2099:4,
2171:14
   **walking** [1] - 2138:16
   **want** [24] - 2083:1,
2088:4, 2089:12,
2090:9, 2095:12,
2101:16, 2103:16,
2103:19, 2106:5,
2106:18, 2110:13,
2111:13, 2111:17,
2112:7, 2123:17,
2123:20, 2156:5,
2158:22, 2160:14,
2165:6, 2172:22,
2178:17, 2201:12,
2206:8
   **wanted** [6] -
2079:15, 2109:6,
2157:12, 2201:16,
2201:17, 2205:11
   **WARREN** [1] -
2075:10
   **WAS** [3] - 2082:1,
2156:15, 2208:17
   **Washington** [5] -
2073:22, 2073:25,

2074:9, 2074:17,
2075:11
   **wasn't** [5] - 2114:25,
2155:9, 2184:17,
2192:9, 2199:7
   **water** [6] - 2082:8,
2085:19, 2086:20,
2116:5, 2138:21
   **wave** [9] - 2151:24,
2152:16, 2153:22,
2154:3, 2154:6,
2154:7, 2154:8,
2162:4, 2162:5
   **waves** [4] - 2116:2,
2116:3, 2160:20,
2163:15
   **way** [25] - 2080:3,
2080:12, 2083:25,
2096:14, 2110:4,
2110:16, 2110:19,
2110:22, 2110:25,
2111:21, 2113:9,
2125:23, 2127:6,
2133:19, 2140:24,
2147:23, 2149:22,
2160:21, 2168:24,
2168:25, 2174:21,
2182:6, 2198:16,
2203:12, 2206:3
   **ways** [5] - 2112:19,
2147:15, 2164:21,
2174:19, 2175:19
   **we** [190] - 2079:13,
2079:18, 2079:23,
2080:10, 2080:24,
2080:25, 2081:2,
2081:9, 2084:16,
2086:1, 2086:9,
2086:12, 2087:8,
2087:10, 2087:13,
2089:7, 2089:8,
2089:9, 2089:10,
2089:23, 2089:25,
2090:10, 2092:2,
2092:13, 2093:16,
2093:17, 2094:24,
2095:19, 2095:24,
2096:2, 2096:8,
2097:17, 2098:2,
2099:2, 2099:14,
2099:15, 2100:5,
2100:8, 2100:24,
2101:12, 2103:17,
2104:14, 2104:15,
2104:17, 2104:19,
2104:20, 2104:22,
2105:9, 2106:12,
2106:18, 2107:20,
2107:24, 2108:4,
2108:8, 2108:24,

2110:14, 2110:15,
2111:10, 2112:18,
2112:22, 2113:8,
2113:11, 2114:5,
2115:9, 2119:9,
2119:19, 2120:14,
2121:20, 2121:21,
2122:5, 2123:13,
2123:18, 2124:21,
2124:23, 2125:18,
2126:10, 2126:11,
2126:12, 2127:8,
2127:9, 2128:8,
2130:1, 2130:21,
2133:7, 2135:1,
2136:2, 2136:8,
2138:1, 2138:12,
2138:13, 2138:15,
2138:23, 2139:12,
2139:22, 2142:16,
2143:18, 2147:9,
2147:10, 2147:11,
2147:24, 2148:3,
2151:7, 2151:14,
2152:15, 2152:17,
2154:15, 2156:11,
2156:21, 2157:14,
2157:16, 2157:24,
2159:9, 2159:23,
2159:24, 2160:1,
2160:4, 2160:14,
2160:20, 2161:3,
2161:5, 2161:23,
2161:25, 2162:2,
2162:21, 2162:25,
2163:5, 2163:22,
2163:23, 2164:2,
2164:3, 2164:4,
2164:16, 2165:5,
2165:6, 2165:7,
2165:23, 2166:2,
2166:6, 2166:15,
2168:15, 2168:21,
2169:1, 2169:10,
2169:12, 2169:15,
2169:21, 2171:13,
2171:25, 2172:16,
2173:2, 2173:25,
2174:4, 2174:5,
2174:12, 2175:8,
2180:3, 2181:22,
2182:20, 2183:2,
2183:19, 2184:2,
2185:4, 2185:5,
2185:6, 2188:2,
2189:24, 2190:6,
2190:19, 2191:2,
2192:10, 2192:12,
2193:11, 2199:2,
2199:17, 2201:6,
2201:20, 2204:2,

2204:11, 2204:20, 2205:16, 2206:19
**we'll** [11] - 2081:10, 2096:8, 2098:1, 2098:22, 2104:12, 2112:13, 2153:13, 2158:10, 2197:16, 2202:17, 2208:15
**we're** [58] - 2079:14, 2083:2, 2093:11, 2095:23, 2097:8, 2097:19, 2100:4, 2100:24, 2100:25, 2101:19, 2106:8, 2106:15, 2107:21, 2108:15, 2109:7, 2109:11, 2110:25, 2111:6, 2114:22, 2115:10, 2118:3, 2121:17, 2121:18, 2126:10, 2126:11, 2126:14, 2131:10, 2131:11, 2137:15, 2138:9, 2138:12, 2138:22, 2138:24, 2139:1, 2140:4, 2140:14, 2143:23, 2149:13, 2157:22, 2157:25, 2158:14, 2161:3, 2161:25, 2162:10, 2162:19, 2163:4, 2164:18, 2166:21, 2167:16, 2168:17, 2168:20, 2169:11, 2169:12, 2171:20, 2180:15, 2204:14, 2207:25, 2208:14
**we've** [31] - 2079:22, 2087:12, 2088:5, 2091:10, 2096:11, 2101:6, 2101:13, 2102:21, 2103:18, 2104:24, 2105:7, 2106:13, 2114:20, 2126:19, 2129:18, 2139:21, 2142:19, 2143:20, 2160:8, 2164:20, 2165:4, 2166:2, 2170:3, 2170:4, 2172:18, 2173:5, 2173:13, 2173:17, 2176:10, 2202:5, 2204:14
**Weatherford** [13] - 2141:6, 2141:7, 2141:24, 2142:11, 2142:15, 2142:17, 2142:20, 2143:3, 2143:8, 2143:21, 2144:3, 2144:18,

2199:13
**web** [1] - 2202:2
**week** [1] - 2089:20
**weeks** [4] - 2087:10, 2130:4, 2134:8, 2176:18
**weighing** [1] - 2100:12
**weight** [12] - 2108:18, 2139:15, 2139:24, 2165:17, 2165:19, 2166:14, 2166:23, 2168:9, 2170:19, 2171:3, 2171:4, 2177:22
**WEINER** [1] - 2075:6
**WEITZ** [1] - 2072:24
**Well** [3] - 2101:21, 2148:3, 2193:13
**well** [164] - 2083:24, 2087:14, 2091:22, 2093:1, 2093:3, 2093:5, 2093:22, 2093:23, 2099:4, 2099:6, 2099:7, 2099:8, 2099:25, 2100:6, 2100:11, 2101:9, 2101:14, 2101:23, 2102:6, 2102:7, 2102:9, 2102:11, 2102:14, 2102:17, 2102:21, 2102:23, 2102:24, 2103:1, 2103:4, 2103:5, 2103:7, 2103:8, 2103:15, 2103:23, 2103:25, 2105:2, 2105:9, 2105:24, 2106:19, 2107:11, 2109:3, 2109:15, 2109:25, 2111:17, 2113:15, 2114:8, 2116:10, 2116:12, 2116:15, 2117:2, 2117:3, 2117:15, 2118:3, 2118:20, 2119:7, 2120:14, 2120:15, 2120:20, 2120:24, 2121:9, 2121:10, 2121:11, 2121:15, 2121:19, 2121:21, 2122:1, 2122:6, 2122:12, 2122:21, 2123:1, 2123:19, 2123:22, 2124:4, 2124:18, 2124:22, 2126:1, 2126:20, 2127:24, 2129:11, 2130:13, 2131:2,

2131:3, 2132:6, 2132:13, 2134:5, 2135:23, 2139:5, 2139:19, 2139:21, 2139:22, 2139:23, 2141:8, 2142:24, 2143:8, 2145:24, 2147:3, 2147:5, 2147:18, 2150:6, 2150:12, 2151:6, 2154:15, 2157:9, 2157:14, 2158:13, 2159:14, 2159:20, 2160:22, 2160:25, 2162:13, 2163:1, 2163:8, 2163:15, 2164:2, 2164:3, 2164:11, 2165:10, 2165:15, 2165:22, 2166:5, 2167:12, 2168:24, 2169:5, 2169:6, 2169:12, 2169:25, 2172:12, 2173:24, 2175:3, 2175:7, 2175:10, 2175:14, 2175:15, 2176:5, 2176:6, 2176:7, 2178:5, 2178:25, 2179:15, 2183:17, 2183:23, 2185:5, 2188:23, 2191:14, 2192:7, 2193:3, 2194:13, 2201:23, 2203:4, 2203:11, 2204:6, 2204:18, 2205:17, 2206:2, 2206:5, 2206:8, 2207:12
**well-respected** [1] - 2141:8
**wellbore** [8] - 2097:19, 2128:22, 2165:17, 2166:7, 2172:6, 2176:19, 2177:17, 2207:2
**wellhead** [1] - 2207:10
**wells** [11] - 2090:8, 2116:17, 2118:4, 2121:12, 2122:20, 2122:22, 2122:23, 2122:24, 2123:5, 2148:1, 2148:17
**went** [7] - 2120:16, 2121:21, 2125:9, 2157:9, 2158:17, 2176:14, 2206:9
**weren't** [5] - 2093:17, 2103:1,

2184:15, 2189:9, 2195:18
**what's** [34] - 2086:19, 2089:8, 2091:4, 2091:15, 2097:3, 2097:12, 2101:21, 2103:7, 2103:10, 2104:2, 2104:13, 2108:10, 2113:25, 2118:12, 2119:8, 2119:21, 2124:25, 2127:8, 2130:19, 2130:22, 2140:19, 2146:14, 2147:16, 2153:2, 2160:9, 2163:12, 2165:21, 2166:19, 2167:25, 2175:20, 2177:2, 2178:20, 2197:7
**whatsoever** [2] - 2134:15, 2196:14
**WHEREUPON** [3] - 2082:1, 2156:15, 2208:17
**wherever** [1] - 2157:16
**whether** [8] - 2122:4, 2123:21, 2129:24, 2146:5, 2150:17, 2168:14, 2186:14, 2197:20
**which** [55] - 2080:19, 2081:4, 2083:10, 2084:3, 2084:7, 2085:13, 2085:14, 2086:3, 2086:11, 2088:21, 2089:17, 2092:20, 2094:25, 2097:4, 2097:12, 2098:8, 2100:21, 2105:5, 2122:24, 2123:18, 2125:1, 2129:17, 2136:15, 2140:24, 2143:23, 2145:2, 2147:13, 2148:6, 2149:24, 2150:5, 2150:20, 2153:19, 2157:8, 2157:10, 2157:23, 2159:8, 2164:3, 2164:17, 2168:22, 2172:1, 2173:2, 2174:19, 2175:23, 2177:4, 2177:8, 2178:1, 2180:12, 2183:5, 2187:6, 2194:24, 2197:15, 2205:16, 2207:9, 2208:6

**while** [6] - 2085:10, 2085:11, 2111:8, 2147:18, 2152:18, 2153:8
**WHITELEY** [1] - 2073:9
**Whitson** [3] - 2135:3, 2135:10, 2204:4
**Whitson's** [1] - 2135:19
**who's** [1] - 2091:24
**whole** [7] - 2089:6, 2098:9, 2103:8, 2119:14, 2153:5, 2180:23, 2182:16
**whom** [2] - 2192:12
**wide** [4] - 2152:3, 2119:11, 2147:22, 2190:7
**widely** [1] - 2135:10
**width** [1] - 2151:17
**wiggle** [1] - 2153:22
**will** [38] - 2078:16, 2084:16, 2084:18, 2089:5, 2090:15, 2097:21, 2101:7, 2101:8, 2120:20, 2124:13, 2134:16, 2135:1, 2139:1, 2139:2, 2139:4, 2153:1, 2153:21, 2167:4, 2169:21, 2179:20, 2181:23, 2181:24, 2182:2, 2183:13, 2184:2, 2187:2, 2188:5, 2196:4, 2201:6, 2201:20, 2201:25, 2203:15, 2203:18, 2204:12, 2204:16
**WILLIAM** [1] - 2076:17
**WINFIELD** [1] - 2073:13
**winner** [1] - 2085:22
**wisely** [1] - 2090:10
**with** [145] - 2078:18, 2078:21, 2078:24, 2079:2, 2079:7, 2080:15, 2080:16, 2080:20, 2081:13, 2083:4, 2088:14, 2089:14, 2089:15, 2089:19, 2089:24, 2093:3, 2094:8, 2096:3, 2096:16, 2096:24, 2099:2, 2099:16, 2100:12, 2101:2, 2103:25, 2104:3, 2104:4,

2104:20, 2105:18, 2105:19, 2106:3, 2106:8, 2106:21, 2107:3, 2107:9, 2107:16, 2107:24, 2110:5, 2110:7, 2110:8, 2110:17, 2110:20, 2111:11, 2112:22, 2113:10, 2113:20, 2114:10, 2117:9, 2118:2, 2118:13, 2118:25, 2121:16, 2121:23, 2122:19, 2122:22, 2122:24, 2123:1, 2123:11, 2124:7, 2124:25, 2125:9, 2125:18, 2127:7, 2127:25, 2129:23, 2133:7, 2133:12, 2134:6, 2134:22, 2137:13, 2137:23, 2138:20, 2138:22, 2138:23, 2139:1, 2139:15, 2141:2, 2142:4, 2142:22, 2145:2, 2145:23, 2146:23, 2148:13, 2148:17, 2149:4, 2150:4, 2150:18, 2151:5, 2152:17, 2153:19, 2154:4, 2154:6, 2154:7, 2154:8, 2154:13, 2155:21, 2157:1, 2157:6, 2157:24, 2159:24, 2159:25, 2164:10, 2169:18, 2170:21, 2174:4, 2176:3, 2176:7, 2176:19, 2176:24, 2177:16, 2178:4, 2178:17, 2179:6, 2179:9, 2179:12, 2181:24, 2181:25, 2182:1, 2182:3, 2182:9, 2183:4, 2183:5, 2183:6, 2183:12, 2183:24, 2185:16, 2186:16, 2187:15, 2187:16, 2187:20, 2187:24, 2187:25, 2188:6, 2191:6, 2191:9, 2193:24, 2196:4, 2197:13, 2198:1, 2199:20, 2199:22, 2203:13, 2204:15, 2207:11
   **withdrawing** [1] - 2160:18

**withdrawn** [2] - 2204:5, 2204:14
   **withdrew** [2] - 2204:25, 2205:1
   **within** [2] - 2111:15, 2205:2
   **without** [8] - 2081:15, 2092:4, 2095:1, 2098:15, 2113:5, 2152:19, 2157:2, 2179:25
   **WITNESS** [11] - 2082:5, 2120:2, 2133:18, 2133:21, 2133:23, 2153:9, 2181:11, 2181:17, 2182:8, 2186:2, 2196:4
   **witness** [7] - 2081:7, 2081:19, 2114:18, 2115:2, 2156:17, 2203:12, 2203:16
   **witness's** [1] - 2192:16
   **witnesses** [2] - 2098:4, 2126:19
   **WITNESSES** [1] - 2077:5
   **won't** [1] - 2152:10
   **word** [4] - 2107:20, 2184:19, 2196:3, 2205:23
   **work** [37] - 2082:20, 2083:11, 2083:22, 2083:23, 2083:24, 2084:3, 2086:13, 2088:5, 2089:4, 2090:20, 2091:18, 2091:21, 2099:8, 2103:24, 2107:3, 2141:25, 2142:11, 2142:18, 2142:21, 2149:25, 2150:4, 2168:16, 2172:24, 2180:7, 2181:19, 2182:5, 2186:21, 2194:5, 2194:11, 2194:17, 2198:1, 2198:2, 2202:5, 2202:17, 2202:20, 2203:23, 2207:6
   **worked** [3] - 2083:10, 2084:23, 2090:5
   **working** [6] - 2083:11, 2083:15, 2084:24, 2087:12, 2087:20, 2204:15
   **works** [2] - 2106:7, 2174:8

**workshop** [2] - 2089:18, 2089:20
   **workshops** [1] - 2089:18
   **world** [6] - 2085:5, 2088:12, 2090:7, 2135:11, 2139:15, 2204:15
   **World's** [1] - 2089:25
   **world's** [3] - 2090:6, 2141:15, 2180:20
   **worry** [1] - 2204:20
   **would** [87] - 2078:24, 2080:17, 2082:14, 2083:4, 2084:20, 2085:4, 2092:2, 2093:21, 2094:24, 2096:9, 2096:20, 2101:2, 2105:18, 2109:13, 2109:15, 2110:3, 2110:4, 2110:6, 2112:10, 2115:5, 2122:21, 2128:1, 2129:24, 2130:23, 2131:2, 2133:5, 2135:10, 2136:2, 2137:25, 2142:6, 2143:14, 2145:13, 2145:14, 2147:5, 2147:6, 2147:9, 2149:23, 2150:7, 2150:8, 2150:10, 2151:25, 2152:18, 2152:21, 2154:14, 2154:16, 2154:17, 2158:3, 2158:11, 2161:19, 2163:10, 2164:5, 2168:14, 2168:15, 2169:17, 2172:13, 2172:18, 2174:6, 2178:11, 2179:14, 2179:16, 2180:16, 2182:4, 2183:16, 2183:19, 2186:15, 2187:14, 2194:2, 2196:17, 2197:24, 2198:3, 2198:24, 2199:1, 2199:4, 2199:7, 2199:14, 2199:19, 2199:20, 2199:23, 2200:2, 2200:14, 2207:17, 2207:24
   **wouldn't** [9] - 2096:14, 2122:1, 2148:13, 2194:4, 2195:2, 2195:7, 2195:14, 2196:18, 2199:23

**wound** [1] - 2153:3
   **WRIGHT** [1] - 2072:18
   **write** [1] - 2087:21
   **writing** [1] - 2150:9
   **written** [6] - 2080:23, 2086:11, 2141:16, 2150:5, 2161:14
   **wrong** [5] - 2124:25, 2176:3, 2177:18, 2201:5, 2205:2
   **wrote** [3] - 2080:22, 2186:2, 2191:16

## X

**X** [13] - 2077:2, 2089:9, 2124:24, 2130:1, 2130:23, 2138:7, 2144:16, 2145:11, 2147:24, 2160:11, 2161:5, 2180:25, 2199:5
   **X-ray** [8] - 2089:9, 2124:24, 2130:23, 2138:7, 2144:16, 2145:11, 2180:25, 2199:5

## Y

**Y** [3] - 2147:21, 2160:10, 2181:12
   **yeah** [7] - 2101:16, 2104:11, 2123:12, 2135:18, 2136:6, 2140:21, 2141:4
   **year** [11] - 2084:22, 2087:25, 2091:2, 2091:6, 2091:8, 2091:9, 2091:11, 2091:12, 2091:13, 2188:23, 2189:18
   **years** [21] - 2083:6, 2084:23, 2084:25, 2085:25, 2087:13, 2087:16, 2088:23, 2089:18, 2090:5, 2090:23, 2092:21, 2099:20, 2099:22, 2100:7, 2100:9, 2111:3, 2111:7, 2119:18, 2142:23, 2202:8, 2207:21
   **yellow** [1] - 2116:22
   **yes** [147] - 2078:15, 2080:5, 2082:11, 2082:16, 2083:8, 2084:18, 2086:1,

2087:5, 2087:23, 2088:9, 2089:5, 2089:16, 2090:5, 2090:22, 2092:16, 2092:20, 2094:20, 2094:23, 2095:3, 2098:6, 2098:25, 2101:11, 2103:14, 2106:2, 2106:4, 2106:10, 2107:25, 2109:5, 2109:15, 2111:20, 2112:14, 2113:17, 2114:11, 2115:12, 2116:16, 2118:22, 2119:4, 2119:19, 2122:15, 2122:20, 2123:24, 2124:12, 2125:7, 2128:4, 2129:20, 2130:1, 2131:5, 2131:10, 2133:23, 2135:5, 2135:7, 2135:10, 2137:17, 2137:21, 2139:6, 2142:10, 2142:12, 2142:14, 2142:19, 2143:2, 2144:14, 2144:20, 2144:22, 2146:13, 2149:1, 2149:6, 2149:10, 2149:16, 2150:19, 2152:20, 2153:4, 2154:25, 2156:4, 2158:2, 2159:12, 2161:22, 2163:11, 2164:9, 2164:12, 2165:11, 2167:7, 2167:10, 2167:13, 2167:16, 2168:6, 2169:9, 2169:23, 2171:10, 2172:15, 2173:5, 2173:25, 2180:2, 2180:9, 2182:8, 2183:24, 2184:14, 2184:23, 2185:12, 2185:22, 2187:6, 2187:19, 2187:22, 2188:1, 2188:8, 2188:12, 2188:18, 2188:24, 2189:4, 2189:11, 2189:13, 2190:2, 2190:11, 2191:12, 2192:1, 2192:4, 2193:2, 2193:5, 2193:10, 2193:14, 2193:21, 2193:23, 2195:19, 2196:2, 2196:14, 2197:24, 2198:8, 2198:15,

2198:21, 2199:1,
2200:6, 2201:1,
2201:9, 2202:10,
2202:12, 2202:19,
2203:25, 2206:14,
2206:22, 2207:7,
2207:16

**Yes** [1] - 2189:2

**yesterday** [13] -
2080:2, 2081:3,
2083:19, 2105:23,
2110:15, 2112:23,
2113:9, 2117:15,
2128:8, 2149:17,
2150:14, 2179:22,
2192:13

**yet** [2] - 2111:17,
2150:13

**York** [1] - 2072:25

**YORK** [1] - 2075:2

**you** [699] - 2078:7,
2078:10, 2078:11,
2078:12, 2079:11,
2079:15, 2080:13,
2080:17, 2081:3,
2081:9, 2081:11,
2081:17, 2082:14,
2082:18, 2082:19,
2082:21, 2083:4,
2083:5, 2083:15,
2083:16, 2083:17,
2083:23, 2084:5,
2084:6, 2084:16,
2084:20, 2084:21,
2084:22, 2085:1,
2085:3, 2085:10,
2085:21, 2085:23,
2086:14, 2086:22,
2086:25, 2087:3,
2087:21, 2088:6,
2088:7, 2088:21,
2089:2, 2089:3,
2089:13, 2089:14,
2090:3, 2090:15,
2090:18, 2090:19,
2090:20, 2090:24,
2091:6, 2091:11,
2091:14, 2091:20,
2092:15, 2092:17,
2092:18, 2093:2,
2093:3, 2093:6,
2093:13, 2093:25,
2094:18, 2094:19,
2095:6, 2095:12,
2095:14, 2095:19,
2095:20, 2095:22,
2095:23, 2095:25,
2096:3, 2096:9,
2097:4, 2097:6,

2097:22, 2098:2,
2098:11, 2098:21,
2098:22, 2098:23,
2098:24, 2099:3,
2099:5, 2099:6,
2099:11, 2099:13,
2100:1, 2100:3,
2100:11, 2100:14,
2101:1, 2101:2,
2101:3, 2101:7,
2101:13, 2101:15,
2101:21, 2102:2,
2102:6, 2102:7,
2102:11, 2102:17,
2102:18, 2102:23,
2102:24, 2102:25,
2103:2, 2103:3,
2103:5, 2103:6,
2103:7, 2103:9,
2103:12, 2103:17,
2103:20, 2103:24,
2104:3, 2104:4,
2104:9, 2104:20,
2104:23, 2105:13,
2105:14, 2105:15,
2105:17, 2105:18,
2105:23, 2105:25,
2106:3, 2106:7,
2106:14, 2106:19,
2106:20, 2106:21,
2106:22, 2107:3,
2107:6, 2107:7,
2107:9, 2107:16,
2107:17, 2107:25,
2108:12, 2108:16,
2108:24, 2108:25,
2109:2, 2109:4,
2109:5, 2109:6,
2109:9, 2109:13,
2109:15, 2109:16,
2109:17, 2109:19,
2109:20, 2109:21,
2109:22, 2109:24,
2110:1, 2110:2,
2110:4, 2110:5,
2110:6, 2110:7,
2110:8, 2110:9,
2110:14, 2110:17,
2110:23, 2110:24,
2111:15, 2111:22,
2112:9, 2112:10,
2112:11, 2113:13,
2113:14, 2113:19,
2113:23, 2113:24,
2114:9, 2114:10,
2115:9, 2115:11,
2115:21, 2115:22,
2115:23, 2115:25,
2116:2, 2116:5,
2116:8, 2116:19,
2116:21, 2116:23,

2117:1, 2117:2,
2117:9, 2117:10,
2117:13, 2117:20,
2117:21, 2117:24,
2118:1, 2118:2,
2118:3, 2118:4,
2118:7, 2118:10,
2118:14, 2118:21,
2118:22, 2118:25,
2119:2, 2119:5,
2119:6, 2119:12,
2119:15, 2119:17,
2119:22, 2120:1,
2120:5, 2120:19,
2120:20, 2121:12,
2121:14, 2121:16,
2122:13, 2122:19,
2122:21, 2122:23,
2122:24, 2123:1,
2123:6, 2123:8,
2123:13, 2123:16,
2123:22, 2123:25,
2124:1, 2124:4,
2124:5, 2124:7,
2124:8, 2124:11,
2124:13, 2124:15,
2124:21, 2124:22,
2125:1, 2125:3,
2125:4, 2125:5,
2125:8, 2125:12,
2125:13, 2125:21,
2126:20, 2127:4,
2127:12, 2127:20,
2127:21, 2128:3,
2128:7, 2128:8,
2128:12, 2128:13,
2128:18, 2128:21,
2129:8, 2129:10,
2129:11, 2129:15,
2129:16, 2129:17,
2129:22, 2129:24,
2129:25, 2130:6,
2130:7, 2130:8,
2130:9, 2130:10,
2130:12, 2130:15,
2131:1, 2131:3,
2131:6, 2131:7,
2131:8, 2131:21,
2131:23, 2132:4,
2132:5, 2132:10,
2132:15, 2132:17,
2132:20, 2132:24,
2133:9, 2133:10,
2133:16, 2133:17,
2133:20, 2134:4,
2134:6, 2134:7,
2134:8, 2134:9,
2134:12, 2134:22,
2135:6, 2135:16,
2135:21, 2136:2,
2136:3, 2136:4,

2136:22, 2137:4,
2137:9, 2137:19,
2137:24, 2138:5,
2138:8, 2138:14,
2138:16, 2138:17,
2138:24, 2139:8,
2139:16, 2139:19,
2139:25, 2140:18,
2140:24, 2141:1,
2141:2, 2141:4,
2141:11, 2141:13,
2141:24, 2142:7,
2142:8, 2142:11,
2142:18, 2142:21,
2142:23, 2142:25,
2143:13, 2143:16,
2144:12, 2144:13,
2144:18, 2144:21,
2145:7, 2145:14,
2145:17, 2146:11,
2146:17, 2146:22,
2146:23, 2146:24,
2147:5, 2147:6,
2147:8, 2147:9,
2147:18, 2147:22,
2148:10, 2148:12,
2148:14, 2148:17,
2148:20, 2149:8,
2149:9, 2149:13,
2149:14, 2149:17,
2149:19, 2149:23,
2149:25, 2150:16,
2151:4, 2151:5,
2151:23, 2152:2,
2152:6, 2152:16,
2152:18, 2152:23,
2153:1, 2153:7,
2153:9, 2153:12,
2153:13, 2153:22,
2153:23, 2154:4,
2154:23, 2155:3,
2155:12, 2155:14,
2156:1, 2156:2,
2156:6, 2156:13,
2157:4, 2157:17,
2158:1, 2158:3,
2158:11, 2159:9,
2159:11, 2159:19,
2160:4, 2160:5,
2160:15, 2160:23,
2161:9, 2161:10,
2161:15, 2161:16,
2161:17, 2161:18,
2161:21, 2162:12,
2162:14, 2162:15,
2163:9, 2163:14,
2163:15, 2163:16,
2164:7, 2165:9,
2165:12, 2165:15,
2165:16, 2165:25,
2167:3, 2167:5,

2167:8, 2167:22,
2167:25, 2168:2,
2168:12, 2168:16,
2169:7, 2169:15,
2169:17, 2169:20,
2170:6, 2170:7,
2170:12, 2170:15,
2170:17, 2170:21,
2171:7, 2171:14,
2171:21, 2172:11,
2172:22, 2173:1,
2173:7, 2173:11,
2173:18, 2173:22,
2173:23, 2173:24,
2174:7, 2174:8,
2174:17, 2174:22,
2175:4, 2175:5,
2175:10, 2175:12,
2175:14, 2175:18,
2175:24, 2176:4,
2176:6, 2176:7,
2176:19, 2177:1,
2177:9, 2177:10,
2178:3, 2178:5,
2178:7, 2178:17,
2178:18, 2178:22,
2178:23, 2179:13,
2179:18, 2179:19,
2179:24, 2179:25,
2180:1, 2180:4,
2180:5, 2180:7,
2180:16, 2180:17,
2181:1, 2181:4,
2181:16, 2182:12,
2183:25, 2184:4,
2184:10, 2184:11,
2184:13, 2184:15,
2184:19, 2184:24,
2185:1, 2185:6,
2185:16, 2185:25,
2186:22, 2187:1,
2187:4, 2187:6,
2187:8, 2187:9,
2187:17, 2187:24,
2188:6, 2188:7,
2188:15, 2188:19,
2188:22, 2189:5,
2189:9, 2190:16,
2190:19, 2190:24,
2191:5, 2191:6,
2191:10, 2191:13,
2191:18, 2191:23,
2191:24, 2192:2,
2192:8, 2193:24,
2194:8, 2194:11,
2194:12, 2194:16,
2194:22, 2195:1,
2195:6, 2195:18,
2195:20, 2196:6,
2196:12, 2196:21,
2197:1, 2197:6,

2197:16, 2197:19,
2198:4, 2198:9,
2198:13, 2198:18,
2198:19, 2198:21,
2198:24, 2199:4,
2199:10, 2199:13,
2199:16, 2199:19,
2199:20, 2199:23,
2200:4, 2200:6,
2200:8, 2200:16,
2200:20, 2200:23,
2201:7, 2201:20,
2202:6, 2202:13,
2202:15, 2202:18,
2202:20, 2202:21,
2203:4, 2203:5,
2203:13, 2203:14,
2203:19, 2204:2,
2205:6, 2205:8,
2205:21, 2206:3,
2206:7, 2206:12,
2206:19, 2206:22,
2206:24, 2207:1,
2207:2, 2207:4,
2207:5, 2207:6,
2207:10, 2207:17,
2208:3
    **you'd** [1] - 2123:2
    **you'll** [5] - 2081:25,
2082:3, 2119:24,
2137:18
    **you're** [49] - 2079:6,
2084:15, 2100:7,
2106:15, 2107:7,
2107:16, 2107:18,
2109:12, 2109:13,
2112:5, 2116:8,
2116:11, 2117:1,
2121:11, 2122:24,
2123:12, 2129:7,
2130:6, 2130:17,
2134:9, 2135:3,
2138:15, 2138:16,
2138:20, 2162:25,
2167:4, 2169:7,
2171:22, 2173:8,
2173:12, 2173:14,
2173:18, 2174:9,
2175:7, 2189:21,
2191:16, 2194:2,
2195:1, 2195:6,
2195:12, 2196:20,
2196:23, 2197:5,
2197:17, 2199:21,
2200:13, 2201:11,
2202:17
    **you've** [34] -
2086:14, 2087:3,
2088:5, 2090:20,
2092:18, 2096:4,
2096:5, 2096:6,

2106:14, 2108:2,
2108:12, 2108:13,
2110:13, 2118:3,
2121:10, 2123:2,
2134:12, 2138:10,
2138:21, 2140:15,
2146:20, 2152:3,
2160:11, 2160:18,
2166:12, 2168:15,
2172:24, 2177:7,
2196:8, 2196:10,
2202:11, 2207:10,
2208:3
    **your** [232] - 2078:15,
2079:11, 2079:12,
2080:5, 2080:13,
2080:14, 2080:18,
2081:6, 2081:11,
2081:17, 2081:20,
2081:24, 2081:25,
2082:4, 2082:7,
2082:14, 2083:1,
2083:3, 2083:5,
2083:6, 2083:22,
2084:16, 2084:19,
2085:9, 2085:24,
2086:16, 2087:22,
2088:4, 2088:14,
2090:3, 2090:4,
2092:2, 2092:8,
2094:22, 2094:24,
2095:13, 2096:12,
2098:2, 2098:23,
2099:11, 2102:10,
2102:21, 2103:2,
2103:14, 2103:21,
2103:23, 2105:20,
2106:10, 2109:15,
2110:18, 2111:16,
2111:24, 2114:9,
2114:12, 2114:16,
2114:22, 2115:13,
2115:25, 2118:9,
2118:10, 2118:22,
2119:4, 2119:24,
2120:2, 2121:11,
2121:16, 2122:3,
2122:14, 2123:6,
2123:7, 2123:10,
2123:20, 2123:25,
2124:17, 2128:13,
2129:10, 2129:19,
2129:20, 2130:10,
2131:6, 2134:3,
2134:14, 2135:21,
2136:3, 2136:4,
2138:15, 2138:16,
2138:20, 2140:24,
2141:11, 2141:14,
2142:11, 2142:21,
2142:25, 2143:6,

2143:18, 2143:23,
2144:7, 2144:22,
2145:7, 2145:20,
2146:11, 2147:3,
2148:18, 2152:4,
2152:5, 2152:9,
2152:21, 2153:4,
2154:18, 2154:23,
2156:1, 2156:3,
2156:13, 2156:17,
2157:4, 2158:4,
2162:16, 2164:10,
2164:20, 2166:24,
2167:1, 2167:4,
2167:14, 2168:17,
2170:2, 2171:12,
2171:15, 2172:12,
2173:19, 2174:21,
2175:25, 2176:10,
2177:19, 2178:16,
2178:17, 2178:22,
2179:13, 2179:14,
2181:5, 2181:10,
2181:15, 2181:17,
2181:19, 2181:22,
2182:5, 2182:13,
2182:14, 2182:16,
2183:7, 2183:15,
2183:18, 2183:22,
2184:4, 2184:7,
2184:16, 2184:21,
2184:24, 2185:7,
2186:6, 2186:18,
2187:4, 2187:12,
2187:24, 2189:12,
2190:16, 2190:17,
2190:20, 2190:24,
2191:5, 2191:6,
2191:13, 2191:23,
2191:24, 2192:2,
2192:18, 2193:2,
2193:5, 2193:17,
2194:2, 2194:12,
2194:17, 2195:21,
2195:23, 2195:24,
2196:1, 2196:16,
2197:5, 2197:22,
2198:2, 2198:4,
2198:6, 2199:15,
2200:7, 2200:16,
2200:23, 2201:21,
2202:20, 2202:21,
2203:4, 2203:5,
2203:8, 2203:10,
2203:18, 2203:22,
2203:24, 2204:3,
2204:11, 2204:24,
2205:8, 2205:15,
2205:21, 2205:22,
2206:12, 2206:19,
2206:20, 2206:21,

2207:1, 2207:3,
2207:4, 2207:6,
2207:9, 2207:16,
2208:2, 2208:4
    **yours** [3] - 2135:9,
2136:21, 2184:24
    **yourself** [1] -
2090:18

## Z

    **Zaldivar** [2] - 2181:7,
2181:24
    **Zaldivar's** [2] -
2181:19, 2182:5
    **zero** [1] - 2147:23
    **Zick** [3] - 2078:25,
2081:13, 2132:22
    **Zimmerman** [11] -
2091:25, 2141:11,
2141:12, 2141:13,
2141:14, 2141:15,
2144:1, 2190:14,
2195:8, 2196:12,
2204:4
    **Zimmerman's** [2] -
2191:18, 2191:25
    **zoom** [1] - 2089:8
    **zooming** [1] - 2102:6

## "

    **"MIKE"** [1] - 2074:8