```
 1
 2                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 3

 4    ****************************************************************

 5    IN RE: OIL SPILL BY THE            DOCKET NO. MDL-2179
      OIL RIG DEEPWATER HORIZON          SECTION "J"
 6    IN THE GULF OF MEXICO ON           NEW ORLEANS, LA
      APRIL 20, 2010                     OCTOBER 15, 2013
 7

      ****************************************************************
 8

      IN RE: THE COMPLAINT AND           DOCKET NO. 10-CV-2771
 9    PETITION OF TRITON ASSET           SECTION "J"
      LEASING GMBH, ET AL
10

11    ****************************************************************

      UNITED STATES OF AMERICA          DOCKET NO. 10-CV-4536
12            V.                        SECTION "J"
      BP EXPLORATION & PRODUCTION,
13    INC., ET AL

14    ****************************************************************

15                    DAY 9  MORNING SESSION
                TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
16            HEARD BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE
17

18    APPEARANCES:

19

20    FOR THE PLAINTIFFS:         HERMAN HERMAN & KATZ
                                  BY:  STEPHEN J. HERMAN, ESQ.
21                                820 O'KEEFE AVENUE
                                  NEW ORLEANS, LA  70113
22

23
                                  DOMENGEAUX WRIGHT ROY & EDWARDS
24                                BY:  JAMES P. ROY, ESQ.
                                  556 JEFFERSON STREET, SUITE 500
25                                POST OFFICE BOX 3668
                                  LAFAYETTE, LA  70502
```

```
 1   APPEARANCES CONTINUED:

 2

 3                         LEVIN PAPANTONIO THOMAS MITCHELL
                          RAFFERTY & PROCTOR
 4                        BY:  BRIAN H. BARR, ESQ.
                          316 SOUTH BAYLEN STREET, SUITE 600
 5                        PENSACOLA, FL  32502

 6

 7                        WEITZ & LUXENBERG
                          BY:  ROBIN L. GREENWALD, ESQ.
 8                        700 BROADWAY
                          NEW YORK CITY, NY  10003
 9

10                        IRPINO LAW FIRM
11                        BY:  ANTHONY IRPINO, ESQ.
                          2216 MAGAZINE STREET
12                        NEW ORLEANS, LA  70130

13

14                        LUNDY, LUNDY, SOILEAU & SOUTH
                          BY:  MATTHEW E. LUNDY, ESQ.
15                        501 BROAD STREET
                          LAKE CHARLES, LA  70601
16

17                        MORGAN & MORGAN
18                        BY:  FRANK M. PETOSA, ESQ.
                          188 EAST CAPITOL STREET, SUITE 777
19                        JACKSON, MS  39201

20

21   FOR THE STATES'
     INTERESTS:            ALABAMA ATTORNEY GENERAL'S OFFICE
22                        BY:  COREY L. MAZE, ESQ.
                          WINFIELD J. SINCLAIR, ESQ.
23                        500 DEXTER AVENUE
                          MONTGOMERY, AL  36130
24

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE STATE OF
      LOUISIANA:
 4                            STATE OF LOUISIANA
                              BY:  JAMES D. CALDWELL,
 5                            ATTORNEY GENERAL
                              1885 NORTH THIRD STREET
 6                            POST OFFICE BOX 94005
                              BATON ROUGE, LA  70804
 7

 8
                              KANNER & WHITELEY
 9                            BY:  ALLAN KANNER, ESQ.
                              DOUGLAS R. KRAUS, ESQ.
10                            701 CAMP STREET
                              NEW ORLEANS, LA  70130
11

12

13    FOR THE UNITED STATES
      OF AMERICA:             U.S. DEPARTMENT OF JUSTICE
14                            TORTS BRANCH, CIVIL DIVISION
                              BY:  STEPHEN G. FLYNN, ESQ.
15                            POST OFFICE BOX 14271
                              WASHINGTON, DC  20044
16

17
                              U.S. DEPARTMENT OF JUSTICE
18                            ENVIRONMENT & NATURAL RESOURCES
                                 DIVISION
19                            ENVIRONMENTAL ENFORCEMENT SECTION
                              BY:  THOMAS BENSON, ESQ.
20                                 STEVEN O'ROURKE, ESQ.
                                   SCOTT CERNICH, ESQ.
21                                 A. NATHANIEL CHAKERES, ESQ.
                                   ANNA CROSS, ESQ.
22                                 BETHANY ENGEL, ESQ.
                                   RICHARD GLADSTEIN, ESQ.
23                                 JUDY HARVEY, ESQ.
                                   SARAH HIMMELHOCH, ESQ.
24                            P.O. BOX 7611
                              WASHINGTON, DC  20044
25
```

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR BP EXPLORATION &
      PRODUCTION INC.,
 4    BP AMERICA PRODUCTION
      COMPANY, BP PLC:        LISKOW & LEWIS
 5                            BY:   DON K. HAYCRAFT, ESQ.
                              ONE SHELL SQUARE
 6                            701 POYDRAS STREET
                              SUITE 5000
 7                            NEW ORLEANS, LA 70139

 8

 9                            KIRKLAND & ELLIS
                              BY:    J. ANDREW LANGAN, ESQ.
10                                   HARIKLIA KARIS, ESQ.
                                     PAUL D. COLLIER, ESQ.
11                                   MATTHEW T. REGAN, ESQ.
                                     BARRY E. FIELDS, ESQ.
12                            300 N. LASALLE
                              CHICAGO, IL 60654
13

14                            KIRKLAND & ELLIS
15                            BY:  MARTIN BOLES, ESQ.
                              333 SOUTH HOPE STREET
16                            LOS ANGELES, CA 90071

17

18                            KIRKLAND & ELLIS
                              BY:  ROBERT R. GASAWAY, ESQ.
19                                 JOSEPH A. EISERT, ESQ.
                                   BRIDGET K. O'CONNOR, ESQ.
20                            655 FIFTEENTH STREET, N.W.
                              WASHINGTON, DC  20005
21

22                            COVINGTON & BURLING
23                            BY:  ROBERT C. "MIKE" BROCK, ESQ.
                              1201 PENNSYLVANIA AVENUE, NW
24                            WASHINGTON, DC  20004

25
```

**OFFICIAL TRANSCRIPT**

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                       FRILOT
 6                               BY:  KERRY J. MILLER, ESQ.
                                 ENERGY CENTRE
 7                               1100 POYDRAS STREET, SUITE 3700
                                 NEW ORLEANS, LA  70163
 8

 9
                                 SUTHERLAND ASBILL & BRENNAN
10                               BY:  STEVEN L. ROBERTS, ESQ.
                                 1001 FANNIN STREET, SUITE 3700
11                               HOUSTON, TX  77002

12

13                               MUNGER TOLLES & OLSON
                                 BY:  MICHAEL R. DOYEN, ESQ.
14                                    BRAD D. BRIAN, ESQ.
                                      LUIS LI, ESQ.
15                                    GRANT A. DAVIS-DENNY, ESQ.
                                      ALLEN M. KATZ, ESQ.
16                               335 SOUTH GRAND AVENUE, 35TH FLOOR
                                 LOS ANGELES, CA  90071
17

18   FOR HALLIBURTON
19   ENERGY SERVICES,
     INC.:                       GODWIN LEWIS
20                               BY:  DONALD E. GODWIN, ESQ.
                                      JENNY L. MARTINEZ, ESQ.
21                                    BRUCE W. BOWMAN, JR., ESQ.
                                      PRESCOTT W. SMITH, ESQ.
22                                    SEAN W. FLEMING, ESQ.
                                 RENAISSANCE TOWER
23                               1201 ELM STREET, SUITE 1700
                                 DALLAS, TX  75270.
24

25
```

```
1   APPEARANCES CONTINUED:

2

3                          GODWIN LEWIS
                           BY:  R. ALAN YORK, ESQ.
4                               GWENDOLYN E. RICHARD, ESQ.
                           1331 LAMAR, SUITE 1665
5                          HOUSTON, TX  77010

6

7   FOR ANADARKO
    PETROLEUM CORPORATION,
8   ANADARKO E&P COMPANY LP:
                           KUCHLER POLK SCHELL
9                          WEINER & RICHESON
                           BY:  DEBORAH D. KUCHLER, ESQ.
10                         1615 POYDRAS STREET, SUITE 1300
                           NEW ORLEANS, LA  70112
11

12
                           BINGHAM MCCUTCHEN
13                         BY:  WARREN A. FITCH, ESQ.
                                KY E. KIRBY, ESQ.
14                         2020 K STREET, NW
                           WASHINGTON, DC  20006
15

16

17  OFFICIAL COURT REPORTER: SUSAN A. ZIELIE, CRR, RMR, FCCR
                           FEDERAL CERTIFIED REALTIME REPORTER
18                         REGISTERED MERIT REPORTER
                           500 POYDRAS STREET, ROOM HB406
19                         NEW ORLEANS, LA  70130
                           (504) 589-7781
20                         susan_zielie@laed.uscourts.gov

21

22

23  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
24

25
```

```
 1                           I N D E X

 2    EXAMINATION OF:

 3        CURTIS WHITSON
                 Direct by Ms. Karis         2303
 4               Cross by Ms. Engel          2360

 5        Videotape of Jamie Loos            2384

 6        ROBERT ZIMMERMAN
                 Direct by Mr. Fields        2385
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2                       OCTOBER 15, 2013

 3              M O R N I N G    S E S S I O N

 4                  (COURT CALLED TO ORDER)

 5                         8:00 A.M.                          07:19AM

 6                                                            07:36AM

 7         THE COURT:  Good morning, everyone.  Please be seated.   08:04AM

 8              Do we have any preliminary matters?          08:04AM

 9         MS. KING:  Yes, Your Honor, Rachel King for the United   08:04AM

10    States.  I have here the list of exhibits, call-outs, and    08:04AM

11    demonstratives used with Drs. Kelkar and Pooladi-Darvish on  08:04AM

12    Wednesday.  These lists have been circulated and there have been  08:04AM

13    no objections.                                          08:04AM

14         THE COURT:  All right.  Are there any remaining    08:04AM

15    objections?                                             08:04AM

16              Without objection, those are admitted.       08:04AM

17              (Exhibit admitted.)                          08:04AM

18         MR. BROCK:  Morning, Your Honor.  I was just going to    08:04AM

19    mention for planning purposes that we sort of looked at our   08:04AM

20    witnesses and length of examinations.                   08:04AM

21              I don't want to get too far out of my skis here in  08:05AM

22    terms of predictions, but we're hopeful that we will finish our  08:05AM

23    case Thursday afternoon or Friday morning, even with the short   08:05AM

24    week.                                                   08:05AM

25              I'll have a better sense of that tomorrow by   08:05AM
```

1   lunchtime, I think.  But we'll see how much progress we make          08:05AM

2   today and tomorrow.                                                   08:05AM

3              And, I've advised Mr. O'Rourke and Ms. Himmelhoch          08:05AM

4   of that, and they're going to let me know who their witnesses         08:05AM

5   for Friday will be in the event that we make it that far.             08:05AM

6              We're on the same schedule that we talked about            08:05AM

7   last week.  No changes at this point to that.  So I thought I         08:05AM

8   would just let you know that for planning purposes.                   08:05AM

9         THE COURT:  You did switch around your witnesses from           08:05AM

10  what we talked about.                                                 08:05AM

11        MR. BROCK:  From what we started with.  We've left              08:05AM

12  Dr. Whitson in the place, where we moved him to in order to           08:05AM

13  accommodate the schedule for Thursday, and then we go back to         08:05AM

14  Zimmerman, Gringarten, Merrill, straight down the line.               08:05AM

15        THE COURT:  All right.  Very well.                              08:05AM

16        MR. BROCK:  Mike Brock for BP.                                  08:06AM

17        THE COURT:  All right.  According to our timekeepers,           08:06AM

18  the United States, as of last week, used 13 hours and 7 minutes;     08:06AM

19  has 31:53 remaining.  BP has used 14 hours and 16 minutes; and       08:06AM

20  has 30 hours 54 minutes remaining.                                   08:06AM

21             Okay.  Ms. Karis, good to see you back.                    08:06AM

22        MS. KARIS:  Thank you, Your Honor.                              08:06AM

23        THE COURT:  Feeling better?                                     08:06AM

24        MS. KARIS:  I am.  Not perfect.  I have the Kleenex.            08:06AM

25             Thank you for accommodating our schedule on                08:06AM

| | | |
|---|---|---|
| 1 | Friday, and I apologize for any inconvenience. | 08:06AM |
| 2 | MR. BROCK:  That's another reason we need to finish the | 08:06AM |
| 3 | case, because it's moving back.  The further back you go in the | 08:06AM |
| 4 | courtroom, the more people that are down with the cold. | 08:06AM |
| 5 | THE COURT:  I hope it's moving that way. | 08:07AM |
| 6 | MS. KARIS:  You and me both.  I wish it was just moving | 08:07AM |
| 7 | away. | 08:07AM |
| 8 | CURTIS WHITSON, being first duly sworn, testified | 08:07AM |
| 9 | as follows: | 08:07AM |
| 10 | CASE MANAGER:  State and spell your name for the | 08:07AM |
| 11 | record, please. | 08:07AM |
| 12 | THE WITNESS:  Curtis Whitson, C-U-R-T-I-S | 08:07AM |
| 13 | W-H-I-T-S-O-N. | 08:07AM |
| 14 | DIRECT EXAMINATION | 08:07AM |
| 15 | BY MS. KARIS: | 08:07AM |
| 16 | Q   Good morning, Dr. Whitson.  For the record, Hariklia Karis | 08:07AM |
| 17 | on behalf of BP, conducting the direct examination of Dr. Curtis | 08:07AM |
| 18 | Whitson. | 08:07AM |
| 19 | MS. ENGLE:  I wanted to remind Your Honor that we do | 08:07AM |
| 20 | have a motion for summary judgment, and a *Daubert* motion as | 08:07AM |
| 21 | well, both related to the dissolution of oil question.  I just | 08:07AM |
| 22 | wanted to remind you.  I know you said you'd take those under | 08:07AM |
| 23 | consideration. | 08:07AM |
| 24 | THE COURT:  Yes.  I've looked at that, and I'm going to | 08:07AM |
| 25 | reserve ruling on that issue.  I think I have to listen to the | 08:07AM |

```
 1   witness to understand exactly what he's saying and whether it's    08:07AM

 2   a pure legal issue or not.                                         08:08AM

 3          Ms. ENGEL:  Understood, Your Honor.  Thank you.             08:08AM

 4          MS. KARIS:  For the record, while Dr. Whitson's             08:08AM

 5   testimony will address the motion in limine, BP has submitted a    08:08AM

 6   request for a written submission on the summary judgment issue.    08:08AM

 7          But I think Dr. Whitson's testimony will at least           08:08AM

 8   frame the issues with respect to the motion in limine.             08:08AM

 9          THE COURT:  Okay.                                           08:08AM

10                        DIRECT EXAMINATION                            08:08AM

11   BY MS. KARIS:                                                      08:08AM

12   Q   Good morning, Dr. Whitson.  Could you begin by telling the     08:08AM

13   Court what you were asked to do in connection with this case?      08:08AM

14          MS. KARIS:  And if we can pull up D-23980 to frame          08:08AM

15   that.                                                              08:08AM

16   BY MS. KARIS:                                                      08:08AM

17   A   Was asked to build a model to describe the properties of the   08:08AM

18   gas and oil for the Macondo reservoir fluids, and that model is    08:08AM

19   to be used by other experts in their calculations of rates and     08:08AM

20   quantities released to the ocean.  That was the first.             08:08AM

21          And the second was to review and evaluate the              08:08AM

22   equation statement of Dr. Zick, who did the same type of work      08:09AM

23   for the U.S. Government.                                           08:09AM

24          And, finally, I was asked to develop a realistic,          08:09AM

25   physically realistic model, that would describe the                08:09AM
```

1   transformation or conversion of that reservoir fluid to a stock   08:09AM

2   tank oil volume at the stock tank at issue.   08:09AM

3   Q   Now, before we discussed the opinions that you reached in   08:09AM

4   connection with the work you were asked to do, I'd like to talk   08:09AM

5   about your background a little bit.   08:09AM

6             Where are you originally from?   08:09AM

7   A   I grew up in Oklahoma, and for about 17 years, before I   08:09AM

8   moved to California to study at Stanford University.  And,   08:09AM

9   there, I took a Bachelor's degree in Petroleum Engineering.   08:09AM

10  Q   And we're going to talk about your education briefly, but if   08:09AM

11  we can first like at TREX-11496.180, please.   08:09AM

12            Dr. Whitson, is this your curriculum vitae that's   08:09AM

13  attached to your report?   08:10AM

14  A   Yes, ma'am.   08:10AM

15  Q   And you told the Court briefly about your education, but can   08:10AM

16  you describe more completely your educational background.   08:10AM

17  A   Like I said, I had taken the Bachelor of Science degree in   08:10AM

18  Petroleum Engineering at Stanford university from 1974 to '78.   08:10AM

19  And then I went to Norway thereafter and took a Ph.D. degree,   08:10AM

20  which I received in 1984, in Chemical and Petroleum Engineering.   08:10AM

21  Q   Why did you go to Norway to get a Ph.D.?   08:10AM

22  A   Well, I had a professor at Stanford, Dr. Stanley, who had   08:10AM

23  been in Norway in the early 1970s when the oil industry had just   08:10AM

24  got started.  And, when he came to Stanford, he basically used   08:10AM

25  to talk about Norway, and that it was kind of a pioneering area,   08:10AM

1  it was just getting started in the business.  So I decided to go  `08:10AM`

2  there and see what was there.  `08:10AM`

3  Q   And I'm going to ask you to just speak a little louder  `08:10AM`

4  because I -- it could be my cold, but I'm having a hard time  `08:10AM`

5  hearing.  `08:11AM`

6  A   Yeah.  `08:11AM`

7  Q   Now, you got your Ph.D. you said from the Norwegian  `08:11AM`

8  Institute of Technology; is that correct?  `08:11AM`

9  A   Yes, I did.  `08:11AM`

10  Q   Did you write a thesis in connection with obtaining your  `08:11AM`

11  Ph.D.?  `08:11AM`

12  A   Yes, I did.  `08:11AM`

13  Q   Tell the Court what the subject of your thesis was.  `08:11AM`

14  A   The subject, the title, same thing, is Phase Behavior and  `08:11AM`

15  Flow of Petroleum Reservoir Fluids.  `08:11AM`

16  Q   Can you also tell us a little bit about your employment  `08:11AM`

17  history after you finished school.  `08:11AM`

18  A   Well, I got a job there at the University Trondheim when I  `08:11AM`

19  arrived in 1978, and I've held the position there ever since  `08:11AM`

20  then.  I'm now a department professor.  So I've had an  `08:11AM`

21  employment with them for 35 years.  `08:11AM`

22          Early on, late 1979, I started working as a  `08:11AM`

23  consultant to the petroleum industry, and have done so as a  `08:11AM`

24  petroleum engineering consultant since then.  `08:11AM`

25          1988, I established the consulting company called  `08:11AM`

1    PERA, about 25 years ago.  And then another company about in    08:12AM

2    2006, which is the software spin-off from that company.    08:12AM

3              In addition to that, I do industry courses, both    08:12AM

4    public and in-house courses, for oil companies maybe two to five    08:12AM

5    times a year, one-week courses where I talk about advanced phase    08:12AM

6    behavior and development of fluid characterizations within an    08:12AM

7    equation statement.    08:12AM

8    Q   Let's talk about each of those three areas that you    08:12AM

9    identified.    08:12AM

10             First, with respect to the teaching, your teaching    08:12AM

11   at the university, you said you'd been there for approximately    08:12AM

12   35 years on staff as a professor.    08:12AM

13   A   Yes, ma'am.    08:12AM

14   Q   What are the type of courses that you've taught there as    08:12AM

15   they relate to the subjects that you're going to discuss in this    08:12AM

16   case?    08:12AM

17   A   Right.  Well, pretty much all the reservoir engineering    08:12AM

18   course curriculum, I've taught.  PVT, at an introductory and    08:12AM

19   advanced level.  All of the standard reservoir engineering    08:13AM

20   courses:  Material balance, pressure trans analysis, defined    08:13AM

21   curve analysis.  And then one course in production engineering.    08:13AM

22   Q   All right.  And then you mentioned you have a consulting    08:13AM

23   company called PERA?    08:13AM

24   A   Yes, ma'am.    08:13AM

25             MS. KARIS:  If we could look at D-24584 please.    08:13AM

1   BY MS. KARIS:                                                        08:13AM

2   Q   Does this demonstrative accurately describe the different      08:13AM

3   areas of business that PERA engages in?                             08:13AM

4   A   Yes, it does.                                                   08:13AM

5   Q   And tell us how the business of PERA relates with respect to    08:13AM

6   the issues that you're going to discuss in this case.               08:13AM

7   A   Well, pretty much all of our work relates to building models    08:13AM

8   to describe reservoir fluids and their properties of gas, oil,      08:13AM

9   and water, typically for complex fluid systems where the oil        08:13AM

10  companies have struggled themselves to come up with such a          08:13AM

11  model.  And that's kind of our bread-and-butter line of             08:13AM

12  business, really.  There's not a lot of people who are doing        08:13AM

13  that.                                                               08:14AM

14  Q   Can you give us a sense of some of who PERA's clients are in    08:14AM

15  the oil and gas industry.                                           08:14AM

16  A   I think essentially all of the international and national       08:14AM

17  oil companies we've worked for at one time or another.              08:14AM

18          Also larger independent companies and even some             08:14AM

19  smaller oil and gas companies domestically in the U.S.              08:14AM

20          MS. KARIS:  If we can look at D-23968, please.              08:14AM

21  BY MS. KARIS:                                                       08:14AM

22  Q   Does this demonstrative accurately reflect some of the          08:14AM

23  clients for which PERA has conducted business, including            08:14AM

24  creating modeling such as the modeling that you've performed in     08:14AM

25  this case?                                                          08:14AM

1    A    Yes.  This would be a subset of all of the companies that    08:14AM

2    we've worked for.    08:14AM

3    Q    And for how many years have you been performing consulting    08:14AM

4    for the oil and gas industry creating equation of state models    08:14AM

5    similar to what you did in this case?    08:14AM

6    A    Certainly over 30 years.  I think the first would have been    08:14AM

7    around 1981.    08:14AM

8    Q    And then you reference that, in addition to teaching at the    08:14AM

9    university and having PERA, you also teach courses to the    08:15AM

10   industry?    08:15AM

11   A    Yes, I do.    08:15AM

12   Q    Tell us who some of the clients are that you teach courses    08:15AM

13   to.    08:15AM

14   A    Well, where I've been asked to come in to a specific    08:15AM

15   company, a so-called in-house course, that would probably be    08:15AM

16   somewhere around 15 companies through the years, maybe 15 or 20.    08:15AM

17              But if you include the public courses where you    08:15AM

18   could have five or ten different companies represented there,    08:15AM

19   through all the years, it's probably most every oil company sent    08:15AM

20   somebody to one of the courses I've taught.    08:15AM

21   Q    What is the subsequent matter of the courses that you teach    08:15AM

22   to the oil and gas industry?    08:15AM

23   A    Most of the courses are advanced phase behavior and U.S.    08:15AM

24   fluid characterization.  But there's a couple of other courses I    08:15AM

25   teach regularly.  There's gas condensate.  And, more recently,    08:15AM

1    about the shale gas, this kind of a newer course.                08:15AM

2    Q    Is it fair to say that you teach courses for the industry   08:15AM

3    about subjects that are comparable or the same as what you're    08:15AM

4    going to testify here about today?                               08:16AM

5    A    Yes, ma'am.                                                  08:16AM

6    Q    All right.  And I would like to talk a little bit about what 08:16AM

7    you've published.                                                08:16AM

8              Have you published any books?                          08:16AM

9    A    Yes.  I've written two books.  One on well performances and 08:16AM

10   the Phase Behavior Monograph of the Society of Petroleum         08:16AM

11   Engineers.                                                       08:16AM

12        MS. KARIS:  We can look at D-23974, please.                 08:16AM

13   BY MS. KARIS:                                                    08:16AM

14   Q    Are these the two books that you've published?              08:16AM

15   A    Yes, ma'am.                                                  08:16AM

16   Q    The one on phase behavior, there's been a reference to it as 08:16AM

17   a monograph.                                                     08:16AM

18   A    Yes.                                                         08:16AM

19   Q    What is a monograph?                                        08:16AM

20   A    Well, the Society for Petroleum Engineers have I think about 08:16AM

21   30 of these now.  They're taking a specific topic, and you're    08:16AM

22   supposed to provide the technology, the methods, the references  08:16AM

23   on how to conduct a particular engineering task.                 08:16AM

24              And, in this case, it's the calculation of phase      08:16AM

25   behavior or estimated properties of gas, oil, and water.         08:16AM

1   Q   And so are you one of the authors of the books that the

2   Society of Petroleum Engineers uses in order to conduct or

3   instruct on phase behavior?

4   A   Yes, ma'am.

5   Q   In addition to the books that you have published, have you

6   also published papers, including some that are listed in your

7   curriculum vitae?

8   A   Yes.

9   Q   Tell the Court approximately how many papers you've

10  published.

11  A   Well, it's over 100 papers, many, or maybe most of which,

12  have been published in the journals, in presentations, and

13  conferences.

14  Q   And how many of those publications deal with the issue of

15  fluid phase behavior?

16  A   Oh, I guess the great majority.  Eighty percent or

17  something.  I've never tallied it up, but the vast majority of

18  those would be in this area.

19  Q   And then, finally, have you been recognized with any awards

20  in the industry for your contributions in the field of phase

21  behavior?

22  A   Yes.  There's been some awards I've received.

23          MS. KARIS:  If we can look at 11496.180.1, please.

24  BY MS. KARIS:

25  Q   And again, from your CV, are these some of the professional

08:16AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:17AM
08:18AM
08:18AM
08:18AM

1    awards that you have received from the industry, recognition of          08:18AM

2    your contribution to the industry?                                       08:18AM

3    A    Yes, ma'am, they are.                                               08:18AM

4    Q    There's one there that's referenced Anthony F. Lucas Gold           08:18AM

5    Medal for the SPE in 2011.                                               08:18AM

6              Tell the Court what that is.                                    08:18AM

7    A    Well, it's kind of the highest technical award given by the         08:18AM

8    Society of Petroleum Engineers and AIME, so it was a very                08:18AM

9    special honor to get that award.  Maybe technical award.                 08:18AM

10             MS. KARIS:  Your Honor, at this time I tender                   08:18AM

11   Dr. Whitson as an expert in hydrocarbon fluid phase behavior and         08:18AM

12   its properties.                                                          08:18AM

13             MS. ENGEL:  Subject to our two pending motions and             08:18AM

14   cross examination, we have no objection.                                 08:18AM

15             THE COURT:  I'll accept him as an expert.                      08:19AM

16             MS. KARIS:  Thank you, Your Honor.                             08:19AM

17   BY MS. KARIS:                                                            08:19AM

18   Q    Dr. Whitson, I'd like to discuss some of the opinions now           08:19AM

19   that you've reached in this case.  Let's begin with                      08:19AM

20   TREX-11496.1, please.                                                    08:19AM

21             Is this the expert report that you prepared that               08:19AM

22   contains the opinions that you intend to give in this case?              08:19AM

23   A    It's the cover page from that report, yes.                          08:19AM

24   Q    Right.  This is the cover page?                                     08:19AM

25             And then does Exhibit 11496 contain the opinions               08:19AM

2313

1   and the analyses that you've done in connection with the work           08:19AM

2   you've done in this case?                                               08:19AM

3   A   Yes, it is.                                                         08:19AM

4        MS. KARIS:   And if we can now look at D-24604.                    08:19AM

5   BY MS. KARIS:                                                           08:19AM

6   Q   Can you give us a high level overview of what your opinions         08:19AM

7   are in connection with this case.                                      08:19AM

8   A   Well, my first opinion is that the model that we built for          08:19AM

9   the reservoir fluid description in the Macondo reservoir is very        08:19AM

10  accurate.  We're very proud of what was developed, and I believe       08:19AM

11  it accurately depicts the properties needed by the experts to          08:20AM

12  make calculations of rates and amounts that spilled into the           08:20AM

13  ocean.                                                                  08:20AM

14       The second thing is that we evaluated the work of                 08:20AM

15  Dr. Zick, his equation of state model, and found a couple of           08:20AM

16  quite serious flaws.  In particular, its ability to calculate or       08:20AM

17  replicate the measurements of a shrinkage factor by the                08:20AM

18  laboratories.                                                          08:20AM

19       And this would have, of course, a very important                  08:20AM

20  impact on the decisions made by the Court here.  So that was, I        08:20AM

21  think, a fairly serious problem that was identified in that            08:20AM

22  evaluation.                                                            08:20AM

23       And then the final thing I did is to build a model               08:20AM

24  that I believe represents accurately the realistic process by          08:20AM

25  which reservoir fluid that entered the seabed and surfaced,            08:20AM

1   passed through, and led to the ultimate stock tank oil volume.        08:20AM

2   Q   So, in discussing your opinions, does the first half of your      08:21AM

3   work relate to developing an equation of state model and then         08:21AM

4   critiquing Dr. Zick's equation of state model?                        08:21AM

5   A   That's what was done, yes.                                        08:21AM

6   Q   In relying on that state model, did you then also prepare         08:21AM

7   something called a separator process?                                 08:21AM

8   A   An oceanic separator process based on our equation state          08:21AM

9   model.                                                                08:21AM

10  Q   Let's start with the first half of the work that you did;         08:21AM

11  that is, constructing the equation of state model that                08:21AM

12  accurately depicts the behavior of a Macondo fluid -- a               08:21AM

13  reservoir fluid, as you've put on your slide here.                    08:21AM

14           Before we get into the specifics of your                    08:21AM

15  characterization, I'd like to discuss a couple basic concepts         08:21AM

16  with respect to equation state modeling.                              08:21AM

17           First, let's start with the concept of the PVT,             08:21AM

18  the acronym.  What is PVT as it relates to equation of state          08:21AM

19  models?                                                               08:22AM

20  A   Well, the letters stand for pressure, volume, and                 08:22AM

21  temperature.  But, in petroleum engineering, what we mean by          08:22AM

22  that is obtaining properties of gas, oil, and water, like             08:22AM

23  density, viscosity, and the relative amounts of the gas and oil       08:22AM

24  phases.  That's what we mean by PVT.  Equation of state can be        08:22AM

25  very accurate to make calculations of those properties.               08:22AM

1   Q    And do the experts in this case trying to quantify how much    08:22AM

2   oil flowed from the Macondo reservoir need PVT, pressure volume    08:22AM

3   temperature data?    08:22AM

4   A    Well, all of the experts use models or equations to make the    08:22AM

5   calculations of either rate or total amount that was released    08:22AM

6   into the ocean.    08:22AM

7              In all of those equations, you need the properties    08:22AM

8   of density of each phase, gas and oil, the viscosities of each    08:22AM

9   phase, gas and oil, and the amounts of each phase, gas and oil.    08:22AM

10             Those are really the only properties you need to    08:22AM

11  make those calculations in some form or another.  Different    08:22AM

12  experts needed some properties; other experts needed other    08:23AM

13  properties; some experts needed all of the properties.  But they    08:23AM

14  basically couldn't make the calculations without those    08:23AM

15  properties.    08:23AM

16  Q    You told us what PVT data is.  Now tell us what an equation    08:23AM

17  of state model is.    08:23AM

18  A    Well, it's an equation or kind of a complicated set of    08:23AM

19  equations.  But it's really just a vehicle, a means to get those    08:23AM

20  properties calculated accurately, with a consistency that    08:23AM

21  doesn't differentiate whether it's being a gas or an oil or    08:23AM

22  near-critical fluid, as you may have heard the term.  It is all    08:23AM

23  encompassing.  It can calculate the properties of really any    08:23AM

24  kind of fluid system at any set of conditions.    08:23AM

25  Q    Does an EOS, equation of state model, predict how fluid    08:23AM

1   properties change as that fluid moves through different          08:23AM

2   pressures and temperatures from the reservoir, then to the       08:23AM

3   surface?                                                         08:23AM

4   A    That's its intention, is that it's able to calculate these  08:24AM

5   properties over a wide range of pressure temperature, and then   08:24AM

6   potentially change in composition, as would be experienced in an 08:24AM

7   oceanic separation process, for example.                        08:24AM

8         MS. KARIS:  Let's look at D-24586.                         08:24AM

9   BY MS. KARIS:                                                    08:24AM

10  Q    Using this demonstrative, can you explain to the Court what 08:24AM

11  an equation of state model is designed to do in this case.  Walk 08:24AM

12  us through what we're seeing here.                              08:24AM

13  A    Basically, we start down with this red symbol down in the   08:24AM

14  lower right-hand corner.  This plot is showing pressure on the y 08:24AM

15  axis.                                                           08:24AM

16        MS. KARIS:  If I may approach?                            08:24AM

17  BY MS. KARIS:                                                    08:24AM

18  A    There we go.  So there is the starting point, and pressure  08:24AM

19  and temperature.  You can see that the pressure is increasing as 08:24AM

20  we go down.  And the initial reservoir pressure there is just    08:24AM

21  short of 12000 psi.                                             08:24AM

22          And then the stock tank conditions, where we're          08:24AM

23  trying to quantify the volume of oil, is at 60 degrees          08:25AM

24  Fahrenheit.                                                     08:25AM

25          We've got temperature here on the x axis starting        08:25AM

1    at the reservoir of 243 Fahrenheit, and it's going to go down to          08:25AM

2    60 Fahrenheit.  And a pressure of just 15 psi.                            08:25AM

3              So the point is that we're going to go from here               08:25AM

4    to there in a path that's not well defined.  May change over              08:25AM

5    time.  The experts that are making the calculations need to have          08:25AM

6    the properties, these PVT properties, anywhere in the shaded              08:25AM

7    area.  Anywhere.  Literally anywhere.                                     08:25AM

8              Now, the samples that were collected pre-incident               08:25AM

9    from the reservoir were sent to laboratories, and they made               08:25AM

10   property calculations in the laboratory at all of these yellow            08:25AM

11   circles:  Densities, viscosities, and phase volumes.  So we have          08:25AM

12   data from the laboratories at all these points, but we need data          08:25AM

13   everywhere in the shaded area.                                            08:25AM

14             The equation of state will provide us the ability              08:26AM

15   to calculate those properties anywhere in the shaded area, but            08:26AM

16   only after we have tuned that equation of state model to the              08:26AM

17   measured data at the other points.                                        08:26AM

18             Basically, it's a litmus test that the equation of             08:26AM

19   state can do a good job where we have measurements.  So the               08:26AM

20   assumption is that it'll be able to calculate properties where            08:26AM

21   we don't have measurements.                                               08:26AM

22   Q   We're going to talk briefly about how you went about filling          08:26AM

23   in these shaded parts here.  But, to be clear, the yellow dots,           08:26AM

24   are those based on data that was collected, samples that were             08:26AM

25   collected and data that was tested at different labs?                     08:26AM

1    A    That's right.  There were three different laboratories and    08:26AM

2    four different samples.  One laboratory did analysis and    08:26AM

3    measurements of properties, densities, and so forth on two    08:26AM

4    samples.  The other two laboratories each had one sample.    08:26AM

5             They have all conducted a suit of  standard    08:26AM

6    experiments to get us these properties that we need to tune the    08:26AM

7    equation of state.    08:27AM

8    Q    Are equations of state similar to the one that you have you    08:27AM

9    graphed here customarily built in the oil and gas industry?    08:27AM

10   A    It's become standard about the last -- since around 1985, it    08:27AM

11   started become the standard method of developing the PVT models.    08:27AM

12   Q    Can you tell the Court how long it took you to develop the    08:27AM

13   equation of state model that we're going to be talking about    08:27AM

14   today?    08:27AM

15   A    Just short of three months.    08:27AM

16   Q    Now, you referenced some data, lab data, you relied on.    08:27AM

17   A    Yes, ma'am.    08:27AM

18        MS. KARIS:  Let's look at TREX-8583.3, please.    08:27AM

19   BY MS. KARIS:    08:27AM

20   Q    Do you recognize this document?    08:27AM

21   A    Yes, ma'am.  This is one of the Pencor samples or Core Lab    08:27AM

22   samples.    08:27AM

23   Q    And, to be clear, when were the samples that we're going to    08:27AM

24   be talking about collected?    08:27AM

25   A    They were collected pre-incident, pre before the blowout.    08:27AM

1    They were collected when the well had been drilled before they    08:28AM

2    put the production pipe in the well.    08:28AM

3    Q   And when were those samples tested?    08:28AM

4    A   I think the laboratories received the samples around April,    08:28AM

5    and they finished them in June.  I know most of the reports were    08:28AM

6    delivered around middle of June.    08:28AM

7    Q   So fair to say collected pre-incident but tested    08:28AM

8    post-incident?    08:28AM

9    A   That's right.    08:28AM

10   Q   And, by incident, I mean the blowout.    08:28AM

11   A   The start, yeah.    08:28AM

12   Q   Now if we can look at TREX --    08:28AM

13   A   And they were collected at two depths very close to each    08:28AM

14   other.  All four of these samples were collected.    08:28AM

15   Q   And the exhibit that we're looking at here, 8583, is this    08:28AM

16   the Core Lab test results for the testing that was done on one    08:28AM

17   of those samples?    08:28AM

18   A   Yes.    08:28AM

19          MS. KARIS:  And now if we can look at 8584.3.    08:28AM

20          THE WITNESS:  They kind of look alike, I think.    08:29AM

21   BY MS. KARIS:    08:29AM

22   Q   Is this another one of the lab test reports that was, again,    08:29AM

23   sample collected pre-incident but tested post-incident?    08:29AM

24   A   Right.  That's right.    08:29AM

25          MS. KARIS:  And if we can now pull up 8583.1.1.    08:29AM

1    BY MS. KARIS:                                                      08:29AM

2    Q    Does this indicate to you when these test reports came out?  08:29AM

3    June 10th there?                                                  08:29AM

4    A    Yeah.  They're actually dated, the reports themselves.  But  08:29AM

5    they're middle of June, yeah, that's right.  I think the          08:29AM

6    Schlumberger sample came in a little bit earlier.                 08:29AM

7    Q    Talk about the Schlumberger sample, 11575.1.  Again, is this 08:29AM

8    the lab report from Schlumberger from sample collected            08:29AM

9    pre-incident but tested post-incident?                            08:30AM

10   A    Yes.                                                         08:30AM

11   Q    And then, finally, the last lab report 97 --                 08:30AM

12   A    Dated May 19th.                                              08:30AM

13   Q    Sorry.  The date at the bottom right-hand corner here.       08:30AM

14   A    And then it's updated there in the middle.  So, I think it   08:30AM

15   was finally June, the final report.                              08:30AM

16              There you go.                                          08:30AM

17   Q    And then the last test report, 9734.20.                     08:30AM

18   A    Yeah.  The Intertek, I think there were a couple of samples  08:30AM

19   issued.  The separator test and the viscosity and constant       08:30AM

20   composition test was a separate report.  This is the separator   08:30AM

21   test.                                                            08:30AM

22   Q    Okay.  So we've now looked at the four, at least the covers, 08:30AM

23   of the four test reports.  Did you rely on those reports in       08:30AM

24   building your equation of state model?                           08:30AM

25   A    That's basically what we relied on, that's right.  For       08:30AM

1    building equation of state, that's what we use.                08:31AM

2            MS. KARIS:  Let's look at D-24591, please.             08:31AM

3    BY MS. KARIS:                                                  08:31AM

4    Q   Can you tell the Court what kind of testing did the labs   08:31AM

5    perform and report on in those four reports that we just looked 08:31AM

6    at.                                                            08:31AM

7    A   Okay.  So, all four samples, all three laboratories       08:31AM

8    conducted the so-called constant composition test.  It's a test 08:31AM

9    that provides the densities at single phase, where the fluid is 08:31AM

10   single phased.  So initial pressure and temperature run down to 08:31AM

11   about 6500 pounds.  That's what gives us the densities.        08:31AM

12           And it gives us two phases.  And the amounts of        08:31AM

13   the two phases is below that 6500 pound saturation pressure.  So 08:31AM

14   the laboratories measure these tests at reservoir temperature on 08:31AM

15   down to 100 Farenheit.                                         08:31AM

16           The separation tests were also conducted by all       08:31AM

17   three labs on all four samples.  And, there were two types of  08:31AM

18   separation tests, which are important in coming up with measure 08:32AM

19   of shrinkage factor.  One is a single-stage flash, and that's  08:32AM

20   also used to help get the composition of the reservoir fluid.  08:32AM

21           The other is a four-stage separation process,         08:32AM

22   which the main intension is to come up with a shrinkage factor 08:32AM

23   to tune the equation state with.                               08:32AM

24           And then there were some initial measurements made    08:32AM

25   for viscosities by the three labs except Schlumberger.  And the 08:32AM

1   difference liberation was conducted on the two samples by          08:32AM

2   Pencor.                                                            08:32AM

3   Q   Now, given the timing of these tests, was there anything in   08:32AM

4   these reports to suggest that the four-stage separation test       08:32AM

5   indicated how the reservoir was going to be produced, had it       08:32AM

6   been produced?                                                     08:32AM

7   A   I never saw any documentation to that effect, no.  So it's     08:32AM

8   -- you know, that's not usually the way it works.  You know,       08:32AM

9   we're --                                                           08:32AM

10  Q   Tell us how it usually works in connection with what lab       08:32AM

11  tests are requested.                                               08:32AM

12  A   Well, the lab may or may not conduct a multi-stage separator   08:33AM

13  test.  It's done really to give data to help tune the equation     08:33AM

14  of state to make sure it can calculate accurate shrinkage          08:33AM

15  factor.                                                            08:33AM

16          Often, you discover, you'd would never know what           08:33AM

17  kind of separation conditions you're going to use to sell the      08:33AM

18  oil.  Sometimes they don't even ask for a separator test.  It      08:33AM

19  just varies from lab to lab.                                       08:33AM

20          At least I never saw any documentation that this           08:33AM

21  was the intention of the company, to produce the field at these    08:33AM

22  conditions, though.                                                08:33AM

23  Q   And we'll be talking more about the four-stage separation      08:33AM

24  briefly.  But, before we go there, can you tell us, now that       08:33AM

25  we've looked at what an EOS is designed to do and what data        08:33AM

```
 1   you've relied on, how you went about building your equation of     08:33AM
 2   state.                                                             08:33AM
 3   A   Well, to build an equation of state, you need data.  That's    08:33AM
 4   all you need.  You need the PVT measurements and the               08:33AM
 5   compositions, the sample upon which the measurements were made.    08:34AM
 6   That's really it.  You need -- that's the data.                    08:34AM
 7              And then you need, of course, to understand what        08:34AM
 8   you're doing.  And you need skill-set and understand the methods   08:34AM
 9   to develop an equation of state.                                   08:34AM
10              But, without data, you can't build an equation of       08:34AM
11   state.                                                             08:34AM
12   Q   Now, after building an equation of state, how do you know if   08:34AM
13   you have a good model?                                             08:34AM
14   A   You compare the model, the equation of state model, against   08:34AM
15   the measured data.  If you match those measured data,             08:34AM
16   particularly those data that are accurately measured and those    08:34AM
17   that are important to the particular process, then you know you    08:34AM
18   have a good equation of state.                                     08:34AM
19   Q   Now with respect to the shrinkage factor, for example,        08:34AM
20   coming from the equation of state, is there some litmus test you   08:34AM
21   have for evaluating the accuracy of your equation of state         08:34AM
22   model?                                                             08:34AM
23   A   Well, the shrinkage factor in all fields we work on is kind    08:34AM
24   of the most important measurement made, because it's going to      08:34AM
25   translate what they discover, the reservoir volume, the            08:35AM
```

1    geologists give them to potentially sellable oil volume.  So          08:35AM

2    that's always an important number.  The laboratories know that.       08:35AM

3              Now, most of the revenues derived in any field             08:35AM

4    will come from the oil.  So measuring the oil volume accurately       08:35AM

5    is really the key.  And that's what they measure in the              08:35AM

6    shrinkage test and the multi-stage separator.                        08:35AM

7              So gas has much less volume.  So getting the               08:35AM

8    property, the gas volume accurate, you should expect some            08:35AM

9    accuracy, but they don't pay as much attention to gas volumes as     08:35AM

10   they do to oil volumes.                                              08:35AM

11   Q   After building your equation of state, can you compare your      08:35AM

12   model to the measured data with respect to shrinkage to see how      08:35AM

13   good your model was?                                                 08:35AM

14   A   Yes.                                                             08:35AM

15   Q   Can you tell us about that analysis.                            08:35AM

16   A   Well, I mean, basically we want to get the shrinkage factor     08:35AM

17   within a couple percent at the most, within 2 percent.  I mean,     08:36AM

18   the company's expect it.  And we generally -- the data are that     08:36AM

19   accurate.  We're generally always able to deliver that kind of      08:36AM

20   accuracy for all the samples.                                       08:36AM

21             Now, here, there are four samples.  We do studies        08:36AM

22   where there are 40 samples or 80 samples.  But they expect that     08:36AM

23   shrinkage factor to be predicted within 1, 2 percent for all       08:36AM

24   samples.                                                            08:36AM

25   Q   And how did your model compare?  Did you conclude whether it    08:36AM

1    was a good model or not?                                          08:36AM

2    A    Well, for the shrinkage, it was a good model.  I mean, we    08:36AM

3    had an unbiased prediction.  Some of the numbers were less than   08:36AM

4    a percent, some more than a percent.  But it was within our goal  08:36AM

5    of achieving the accuracy of the plus/minus 2 percent.            08:36AM

6    Q    Are you aware that Dr. Zick constructed an equation of state 08:36AM

7    model, the United States' expert?                                 08:36AM

8    A    Yes.                                                          08:36AM

9    Q    And did you compare Dr. Zick's equation of state model with  08:36AM

10   the measured lab data that you were looking at?                   08:36AM

11   A    Yes, I did.                                                   08:37AM

12        MS. KARIS:  Let's look at D-24595, please.                   08:37AM

13   BY MS. KARIS:                                                     08:37AM

14   Q    Can you tell the Court what you found when you evaluated     08:37AM

15   Dr. Zick's equation of state model and compared it to the        08:37AM

16   measured lab data?                                                08:37AM

17   A    Well, there's two things.  First, every sample of the four   08:37AM

18   samples, he overpredicted the shrinkage factor.  For every       08:37AM

19   sample.  So it was a biased error.                                08:37AM

20        And the magnitude of error was, on average -- it            08:37AM

21   says there 4 to 5 percent -- was 4.5 percent.  It's a lot of     08:37AM

22   error, and it's all on the high side.  So I was very surprised   08:37AM

23   when I saw it.                                                    08:37AM

24        We could never deliver this to an oil company in a         08:37AM

25   regular situation.                                                08:37AM

1   Q    And you talked about overpredicted shrinkage.  And we've    08:37AM

2   discussed this previously, sort of it's counterintuitive.  If    08:37AM

3   you're overpredicting shrinkage, what is the effect of that with    08:37AM

4   respect to predicting stock tank barrels?    08:38AM

5   A    Well, you'd be predicting too much stock tank oil.    08:38AM

6   Q    Let's talk about some of the details that you just    08:38AM

7   referenced when you said it's overpredicted.    08:38AM

8        MS. KARIS:  Your Honor, at this time, I'd like to put    08:38AM

9   up a demonstrative that we produced to the United States.  There    08:38AM

10   was an objection.    08:38AM

11        The alternative is, we can write it on the white    08:38AM

12   board.  It's just numbers that Dr. Whitson uses from his report    08:38AM

13   to compare his data to Dr. Zick's data.    08:38AM

14        THE COURT:  What's the objection?    08:38AM

15        MS. ENGEL:  I'd have to see the demonstrative.    08:38AM

16        MS. KARIS:  Sure.  D-24589A, and then there is a    08:38AM

17   companion one.  That's single stage, and then we have one for    08:38AM

18   the four stage.  D-24589A, please.    08:38AM

19        MS. ENGEL:  Our objection was simply that we got this    08:39AM

20   on Sunday morning, I believe, when Dr. Whitson was originally    08:39AM

21   supposed to take the stand last week.    08:39AM

22        THE COURT:  So it's moot now.    08:39AM

23        Okay, go ahead.    08:39AM

24        MS. KARIS:  Thank you, Your Honor.    08:39AM

25   BY MS. KARIS:    08:39AM

**OFFICIAL TRANSCRIPT**

1  Q    Now, Dr. Whitson, can you please tell us what this

2  demonstrative titled EOS models compared to lab data for single

3  stage is demonstrating.

4  A    Okay.  Well, the four top numbers in black text, those are

5  the measurements from the laboratory of the shrinkage for a

6  single-stage process.  They range from 42.4 in the one sample to

7  as much as 44 for the Intertek sample.

8  Q    Okay.  So let me stop you there.  Are these the shrinkage

9  factors for single stage then that are reported or that you

10  calculated?

11  A    No, no.  Those are the measured laboratory data.  Those are

12  the measured numbers.  So you've got 100 barrels of reservoir

13  fluid initial conditions.  That's how many stock tank barrels of

14  oil that they measured would result from that, and the average

15  of those four measurements is 43.4 stock tank barrels.

16  Q    So does this come straight from the reports?

17  A    Straight from the reports.  This is what they measured.

18  Q    Now you have your equation of state average.  Tell us what

19  you're demonstrating here, 43.4 plus .2 percent.

20  A    So the deal is that we take our equation of state, and for

21  each of those four samples we calculated a number.  Okay?  For

22  each of those four samples which are not shown, our equation of

23  state.

24       But then we take the average of those four

25  calculated numbers, and we get 43.4.  Okay?

1    So then our average of the four samples is 43.4.    08:40AM

2    And it's almost spot-on to the average of the four laboratory    08:40AM

3    data.    08:40AM

4    Q   And then can you tell us how Dr. Zick's equation of state    08:40AM

5    model, his average, how it compared to the measured lab data.    08:40AM

6    A   Yes.    08:41AM

7    Q   For single stage.    08:41AM

8    A   Okay.  So he reports in -- he uses an average fluid in most    08:41AM

9    of his report.  Not a fluid that was actually in the lab report,    08:41AM

10   but he kind of takes an average of the four fluids that he has.    08:41AM

11   I don't remember exactly how he does that.    08:41AM

12    Then he makes these calculations, for example, in    08:41AM

13   single-stage flash with that average fluid.  That gave the 44.5    08:41AM

14   number.    08:41AM

15    Now, if instead you look at his calculations from    08:41AM

16   his equation of state in those four tests and you put those four    08:41AM

17   numbers up against the lab reporting numbers there, that average    08:41AM

18   would only be 1.1 percent different than the lab numbers, not    08:41AM

19   2.8.  It would only be 1.1.    08:41AM

20    The reason I didn't put that number there is    08:41AM

21   because the 44.5 number is the number that he continuously puts    08:41AM

22   in the report.  But it's a little bit unfair in that case,    08:41AM

23   because his equation of state was within 1.1 percent on average    08:41AM

24   of those one-stage shrinkage factors.    08:42AM

25   Q   Let's now talk about his four stage, which was one of the    08:42AM

1    processes that he recommended for the Court to adopt.                08:42AM

2            MS. KARIS:  Let's look at D-245908, please.                  08:42AM

3    BY MS. KARIS:                                                        08:42AM

4    A   So this is --                                                    08:42AM

5    Q   I'm sorry, let me stop you for a second.  Is this report the     08:42AM

6    measured data from the four samples for the four stage separator     08:42AM

7    process?                                                             08:42AM

8    A   Yes, ma'am.  That is in black.                                   08:42AM

9    Q   And tell us what we see here.                                    08:42AM

10   A   So, those in black there, those are the four measurements.       08:42AM

11           Now, the laboratories all use the same set of                08:42AM

12   conditions for the four stages.  So, you can compare all the Red     08:42AM

13   Delicious apples, you can compare those four numbers.                08:42AM

14           And then we just take the hermetic average of                08:42AM

15   those four laboratory numbers, and we get 47.3.                      08:42AM

16           If we take our equation of state and calculate for           08:42AM

17   the four tests, the four states, we simulate the laboratory test     08:42AM

18   and we average our four numbers and we get 47.9.  So it's 1.3        08:43AM

19   percent high.                                                        08:43AM

20           Again, what we would label Zick EOS average, this            08:43AM

21   is his average sample, his average composition, which wasn't         08:43AM

22   measured in a lab.  Just an average composition put through that     08:43AM

23   four-stage separator process.  He puts the 49.9 number as his        08:43AM

24   calculated number, which is 4.4 percent high.                       08:43AM

25           But the more proper comparison, as I've talked               08:43AM

1  about last time, is if you look at his simulation in the four 08:43AM

2  different tests, put those up against the lab data, calculate 08:43AM

3  the average deviation to that, that's 4.7 percent. 08:43AM

4          So it's a little bit higher than that.  It's close 08:43AM

5  to 5 percent biased in error.  And each one of those 08:43AM

6  calculations he has for those four samples is high.  It's higher 08:43AM

7  than the laboratory measurement. 08:43AM

8  Q   And so, if Dr. Zick proposed as an alternative that the 08:43AM

9  Court use his EOS average for the four stage, what would that 08:44AM

10 result in based on the measured lab data in terms of predicting 08:44AM

11 stock tank barrels? 08:44AM

12 A   Well, that number 4.4 wouldn't apply.  It would be more like 08:44AM

13 4.7, closer to 5. 08:44AM

14 Q   Is that an overprediction? 08:44AM

15 A   Overprediction of stock tank oil. 08:44AM

16 Q   Is 4.4 or 4.7 overprediction significant, in your opinion? 08:44AM

17 A   It's big.  I mean, it means a lot of oil.  It means a lot of 08:44AM

18 money.  And oil companies, in a normal situation where you want 08:44AM

19 to produce, you want to have that number right.  You wouldn't 08:44AM

20 accept this kind of average, deviation, in the shrinkage factor. 08:44AM

21         So it's just -- I don't know why it's so high, but 08:44AM

22 it's high. 08:44AM

23 Q   Let's look at TT -- 08:44AM

24 A   If I can make just a comment? 08:44AM

25 Q   Sure. 08:44AM

```
 1   A    The problem is, if you're going to use the four-stage flash,    08:44AM

 2   you just use the data.  Take the average and use the data.  You      08:45AM

 3   don't need a model.  You don't my model; you don't need his          08:45AM

 4   model.  So, if you just stick to the four-stage flash or             08:45AM

 5   single-stage flash, you just use the data.                           08:45AM

 6              The problem is that, if you use these equations of         08:45AM

 7   state and it's got an underprediction/overprediction bias, and       08:45AM

 8   you use it to simulate another process where there's no              08:45AM

 9   laboratory check of how accurate it's calculating, that's the        08:45AM

10   problem.                                                             08:45AM

11              So, if you do some other kind of oceanic process,         08:45AM

12   any kind of other separator process and you have a general bias,     08:45AM

13   that bias is going to carry over into the other simulated            08:45AM

14   process.  That's the problem.                                        08:45AM

15         THE COURT:  Ms. Karis, let me interrupt for a second.          08:45AM

16   Let me ask you so I can understand.                                  08:45AM

17              So these four samples that we're talking about,           08:45AM

18   these are the actual oil samples that were taken from the            08:45AM

19   Macondo well before the blowout?                                     08:46AM

20         THE WITNESS:  That's right.                                    08:46AM

21         THE COURT:  They were tested afterwards.                       08:46AM

22         THE WITNESS:  That's right.                                    08:46AM

23         THE COURT:  And they were tested by four different             08:46AM

24   labs.                                                                08:46AM

25         THE WITNESS:  Three different.                                 08:46AM
```

```
 1              THE COURT:  Three different labs, I'm sorry.  Using         08:46AM

 2    different methods of separation.                                      08:46AM

 3              THE WITNESS:  Well, the three labs used the same four       08:46AM

 4    stage set of -- the same process for four different samples.         08:46AM

 5              THE COURT:  You talked about single stage and four          08:46AM

 6    stage.                                                                08:46AM

 7              THE WITNESS:  Correct.                                      08:46AM

 8              THE COURT:  So, as I understand it, I assume the goal       08:46AM

 9    or the object for the oil company would be generally to produce       08:46AM

10    as much sellable oil as they can from the well; correct?             08:46AM

11              THE WITNESS:  That's right.                                 08:46AM

12              THE COURT:  So is it always the case that this              08:46AM

13    four-stage separation method produces more stock tank than a          08:46AM

14    single stage?                                                         08:46AM

15              THE WITNESS:  Well, you have the six-stage separation       08:46AM

16    process by the Pencor lab, which is a differential process, six       08:47AM

17    stages, that produces much less.                                      08:47AM

18                   But the four stage and a traditional separator         08:47AM

19    multiple-stage test will generally produce more.                     08:47AM

20              THE COURT:  I guess what I'm trying to understand is,       08:47AM

21    if your goal is to produce as much sellable oil as you can,           08:47AM

22    seems logically you would use the separation method that would        08:47AM

23    produce the most sellable oil; correct?                               08:47AM

24              THE WITNESS:  That's correct.                               08:47AM

25              THE COURT:  And what method would that be?  I know I'm      08:47AM
```

1    oversimplifying things here for you, but...                    08:47AM

2          THE WITNESS:  Well, at this point in time, you wouldn't  08:47AM

3    know, because there would be so many other considerations.  It 08:47AM

4    might be a three-stage separation process with completely       08:47AM

5    different conditions than what we have here that might be the   08:47AM

6    optimal for a given field, for this field.                      08:47AM

7          THE COURT:  Well, based on the lab data that was taken    08:48AM

8    before the blowout, it looks like between the single stage and  08:48AM

9    the four stage, the four stage obviously produces more oil.     08:48AM

10         THE WITNESS:  Yes, sir.                                   08:48AM

11         THE COURT:  Okay.  Go ahead.                              08:48AM

12         THE WITNESS:  Yes, sir.                                   08:48AM

13         MS. KARIS:  If we can look at TT.1759.1.                  08:48AM

14   BY MS. KARIS:                                                   08:48AM

15   Q   I guess, before we look at this testimony, to follow-up on  08:48AM

16   Judge Barbier's caution, in terms of which tests were requested, 08:48AM

17   single stage, four stage, had those been identified before the  08:48AM

18   incident, or were those identified after the incident in        08:48AM

19   connection with the testing?                                    08:48AM

20   A   Well, they were identified when they sent the samples to the 08:48AM

21   laboratory.                                                     08:48AM

22   Q   And that would have been after the incident?               08:48AM

23   A   Yes.                                                        08:48AM

24   Q   And, so at the time the testing was specified, did that    08:48AM

25   testing to you in any way indicate what, if any, plan there was 08:49AM

1    in terms of how they were going to try and produce Macondo had          08:49AM

2    there not been a blowout?                                               08:49AM

3    A    Yeah.  It seldom is the actual process they end up producing       08:49AM

4    to sell the oil with -- I mean, it might be four stage, it might        08:49AM

5    be two stage.  You don't know.  I mean, it's going to produce          08:49AM

6    more oil as a single stage.                                            08:49AM

7              But, which multiple stage process they're going to           08:49AM

8    use, nobody knew then, and nobody knows now.  So that's the            08:49AM

9    problem.                                                               08:49AM

10   Q    Now, we were talking about the significance of the                08:49AM

11   overprediction of the one stage and the four stage that                08:49AM

12   Dr. Zick, his EOS, demonstrated.                                       08:49AM

13             I want to show you Dr. Zick's testimony.  He was             08:49AM

14   asked:  For purposes of your separation analysis, can you              08:49AM

15   summarize how your equation of state compares to Dr. Whitson's?        08:49AM

16   And he says:  Our equations of state have differences in the           08:49AM

17   details; but, overall, they both reproduce the behavior of the         08:50AM

18   Macondo fluid reasonably well.  The differences between them, at       08:50AM

19   least as far as the shrinkage factors, are relatively                  08:50AM

20   insignificant, only about 3 percent, which relative to the             08:50AM

21   uncertainties in the -- it says PTB, but I think it should be          08:50AM

22   PTV data.                                                              08:50AM

23   A    PVT.                                                              08:50AM

24   Q    I'm sorry -- PVT data, I believe, in my opinion, are not          08:50AM

25   significant.                                                           08:50AM

1          Do you agree with Dr. Zick's comment there?                08:50AM

2  A    No.  There's several problems here.                           08:50AM

3          The first thing is that it doesn't -- what matters         08:50AM

4  is how the equation of state compares against the data, not one    08:50AM

5  equation of state against the other.  That's the first one.        08:50AM

6          The second thing is that his shrinkage factors             08:50AM

7  that he's quantifying here are not from initial pressure but       08:50AM

8  from saturation pressure, which is only like -- initial pressure   08:50AM

9  is close to 12000 pounds; saturation pressure is closer to 6000    08:51AM

10  pounds.  So there more error in the shrinkage than what's being   08:51AM

11  indicated here.                                                   08:51AM

12          The third point is that 3 percent.  That's a lot.         08:51AM

13  I mean, for accurately measured data, data that is bottom line    08:51AM

14  important in every situation, well, 3 percent, or in reality 4    08:51AM

15  and a half percent, it's just not good enough.  Means too much    08:51AM

16  money, too many barrels.  It's not acceptable.                    08:51AM

17  Q    Is an overprediction of 4 and a half to 5 -- 4.4 to 4.7      08:51AM

18  percent something that you would deem acceptable for providing    08:51AM

19  an equation of state model to a client of PERA's or yours?        08:51AM

20  A    No.  I'd be out of business a long time ago if I did that.   08:51AM

21  Q    Let's now turn to the second half on the work that you did,  08:51AM

22  and that is in connection with the separator process.  We go      08:52AM

23  back to D-24604.                                                  08:52AM

24          And, again, just to orient us, tell us what the           08:52AM

25  second half of your work in this case pertains to.                08:52AM

1  A   Well, I was trying to come up with a realistic model of how  08:52AM

2  the reservoir fluids passed from the point they entered the sea  08:52AM

3  at the seabed to ultimate stock tank conditions, modeling that  08:52AM

4  process of changing pressure and temperature through a large  08:52AM

5  body of water.  That's what I tried to do.  08:52AM

6  Q   Now, what, in your opinion, was the separator process that  08:52AM

7  you believe to be most appropriate for performing the conversion  08:52AM

8  from reservoir fluid to stock tank barrels?  08:52AM

9  A   Well, it should be -- in my whole life as an engineer and a  08:52AM

10  scientist, all I've tried to do is model the real processes.  08:52AM

11  That's all I do.  I try to take a real process and create a good  08:52AM

12  model to describe that process.  That's what I've always done.  08:53AM

13           So, when I took on this project, that was the  08:53AM

14  first thought, try to model the actual process.  That's what I  08:53AM

15  did.  That's why I called it the oceanic process.  08:53AM

16  Q   I was going to ask you, what is that process that you  08:53AM

17  believe to be most realistic?  08:53AM

18  A   Well, I mean, I call it oceanic process.  It's just a  08:53AM

19  multi-stage process that takes into account what actually  08:53AM

20  happened from seabed to surface.  08:53AM

21  Q   Why is a separation process needed in this case?  08:53AM

22  A   Well, my understanding is that the penalties to be levied  08:53AM

23  are to be levied on an oil at stock tank conditions.  The oil  08:53AM

24  that entered the seabed is not stock tank conditions, so has to  08:53AM

25  be a conversion.  08:53AM

1    Q    So is it for the purpose of then converting reservoir fluid          08:53AM

2    oil to stock tank conditions?          08:53AM

3    A    That's right.          08:53AM

4    Q    How does the EOS model that we have been talking about this          08:53AM

5    morning relate to the work that you did in connection with the          08:53AM

6    separator process?          08:54AM

7    A    Well, the separator process, the oceanic separator process          08:54AM

8    obviously is not modeled in the laboratory.  We have to use the          08:54AM

9    equation of state to make those calculations of the oceanic          08:54AM

10   process.          08:54AM

11               So its reliability, its accuracy, is paramount to          08:54AM

12   getting a good shrinkage factor through the oceanic process.          08:54AM

13   Q    So, if you're going to recommend an oceanic process like you          08:54AM

14   and Dr. Zick ultimately did, is it important to have an accurate          08:54AM

15   equation of state model?          08:54AM

16   A    That's right.          08:54AM

17   Q    And, if your equation of state model overpredicts shrinkage          08:54AM

18   factors, what effect do you expect that to have any oceanic          08:54AM

19   separator process that's recommended?          08:54AM

20   A    Well, if you have an EOS model that's got kind of carrying a          08:54AM

21   biased overprediction or underprediction, but let's say          08:54AM

22   overprediction as in the case of Dr. Zick's, that's going to          08:54AM

23   carry over into the oceanic process.          08:55AM

24               You don't know whether that overprediction's going          08:55AM

25   to get bigger, because you go from four stages to 130 stages.          08:55AM

1    But, you know, you will never be able to know for sure, but that    08:55AM

2    it's going to get less doesn't make any sense.    08:55AM

3            MS. ENGEL:  Your Honor -- I'm sorry, I don't mean to    08:55AM

4    cut you off.  The United States filed a motion regarding    08:55AM

5    Dr. Whitson's improper surrebuttal opinions, which you granted.    08:55AM

6    I'm afraid we're starting to step into this area where Dr.    08:55AM

7    Whitson is criticizing Dr. Zick's oceanic separation, which is    08:55AM

8    improper surrebuttal under your order.    08:55AM

9            MS. KARIS:  Your Honor, two points.    08:55AM

10           One is, we do intend to make a separate offer of    08:55AM

11   proof with respect to Dr. Whitson's testimony responding to Dr.    08:55AM

12   Zick.    08:55AM

13           But, that said, this is not intended to go into    08:55AM

14   Dr. Zick's oceanic separator process, because we acknowledge the    08:55AM

15   Court's order.  This is intended to say, if an oceanic -- in    08:55AM

16   general, if an equation of state model overpredicts, what effect    08:56AM

17   would that have on an oceanic separator?    08:56AM

18           THE COURT:  Sounds like you're criticizing him without    08:56AM

19   putting a name on it.  You're saying, what if somebody did what    08:56AM

20   Dr. Zick did.    08:56AM

21           MS. KARIS:  I can move on, Your Honor.  We're not going    08:56AM

22   to get into Dr. Zick 's oceanic separator.    08:56AM

23           THE COURT:  Yeah, we'll move on to another subject.    08:56AM

24   BY MS. KARIS:    08:56AM

25   Q   Dr. Whitson, can you tell the Court, first, with respect to    08:56AM

```
 1   an oceanic separator, or any separator process, how does the        08:56AM
 2   concept of equilibrium fit into this separator process analysis?    08:56AM
 3   A   Well, thermodynamic equilibrium, what that really means is      08:56AM
 4   that the separation process consists of going from reservoir        08:56AM
 5   conditions to stock tank conditions.  It will go through one or     08:56AM
 6   more stages, get there.                                             08:56AM
 7            At each stage, you have to have a pressure and             08:56AM
 8   temperature defined and what's coming into that stage.              08:57AM
 9            Now, thermodynamic equilibrium, what that means,          08:57AM
10   is that the stuff that's there in that stage at the pressure and    08:57AM
11   temperature, Mother Nature is going to decide whether there's       08:57AM
12   two phases, gas and oil, which it will be.                          08:57AM
13            And then Mother Nature is going to decide how much        08:57AM
14   of the methane is going to go into the gas and how much of the      08:57AM
15   methane is going to go into the oil.  In other words, it's going    08:57AM
16   to leave the oil and go into the gas.                               08:57AM
17            Likewise, ethane, some of the ethanes will go from        08:57AM
18   the oil into the gas.                                               08:57AM
19            What will happen then is that that oil is going to        08:57AM
20   shrink because the gas is getting created.  That determination      08:57AM
21   of how much gas stays as a result and how many of the molecules     08:57AM
22   go from the oil phase into the gas phase, that's what we call       08:57AM
23   equilibrium thermodynamics.  And it's just basically Mother         08:57AM
24   Nature doing her thing.                                             08:57AM
25   Q   How does that concept then of equilibrium fit into your        08:57AM
```

1    assessing or recommending a separator process in this case?      08:57AM

2    A   Well, it plays a role because you're basically trying to do      08:58AM

3    this thermodynamic equilibrium at each stage in those 130 stages      08:58AM

4    of the seabed to the surface.      08:58AM

5    Q   We've heard reference to a single stage versus a      08:58AM

6    multi-stage.  What is the difference between those two?      08:58AM

7    A   Well, the separation process is going from reservoir to      08:58AM

8    stock tank through one or more stages.      08:58AM

9              So, if it's a single stage, you've just got one      08:58AM

10   stage straight to stock tank conditions.  If it's a multi-stage,      08:58AM

11   you have at least one or more intermediate stages before you get      08:58AM

12   to stock tank conditions.      08:58AM

13   Q   Is multiple phase and multiple stage the same concept?      08:58AM

14   A   Multi-phase flow is something really completely different.      08:58AM

15   Multi-phase flow is like you got gas and oil flowing together in      08:58AM

16   a pipe or in a reservoir.      08:58AM

17              Multi-stage separation is what we've been talking      08:58AM

18   about here.      08:59AM

19   Q   So, when we are talking about the separation process, is the      08:59AM

20   correct terminology multi-stage rather than multi-phase?      08:59AM

21   A   That would be multi-stage separation, yeah.      08:59AM

22   Q   Based on the concept of equilibrium that you just described      08:59AM

23   and the fact that these are these various single-stage,      08:59AM

24   multi-stage separator processes, why did you choose to create a      08:59AM

25   oceanic separator process in this case as the most accurate for      08:59AM

1    reflecting reservoir to stock tank barrels?  Why did you think          08:59AM

2    that one was the most accurate?                                          08:59AM

3    A   Like I said, I'm just used to modeling real processes, and           08:59AM

4    that was the real process.  The reservoir fluid entered the              08:59AM

5    seabed and went to the surface.  That's what I do.                       08:59AM

6              I just tried to take into account the                          09:00AM

7    thermodynamic equilibrium at all stages from seabed to surface.          09:00AM

8    Q   Look at D-23988.                                                     09:00AM

9              Given that you recommended or proposed an ocean                09:00AM

10   separator model, an oceanic separator model as the most                  09:00AM

11   realistic, can you, using this demonstrative, explain to the             09:00AM

12   Court what your oceanic process shows with respect to the                09:00AM

13   reservoir fluid that ultimately went to stock tank barrels.              09:00AM

14   A   This is the wellhead down here.  So we know the pressure,            09:00AM

15   and it's going to be -- the reservoir fluid's going to be two            09:00AM

16   -phased when it hits the seabed.  What's going to happen is that         09:00AM

17   oil coming out of that exit point is going to see lots of water.         09:00AM

18   Okay?                                                                    09:00AM

19             That oil's going to mix with the water.  The gas               09:01AM

20   will take -- it's showing going off here, and we we're taking           09:01AM

21   the oil upwards.  Now, at a higher elevation, there's lower              09:01AM

22   pressure.                                                                09:01AM

23             So now you've got oil from the exit point and                  09:01AM

24   water at a lower pressure.  So, this thermogenic equilibrium,            09:01AM

25   Mother Nature's going to say, Well, what's going to happen here?         09:01AM

1          Well, that oil is going to create a gas phase. 09:01AM

2     There are going to be components from the oil that create that 09:01AM

3     gas phase, mainly methane, ethane, and propane, the light 09:01AM

4     components in the oil, is going to form that gas phase.  That 09:01AM

5     oil is going to shrink because of that, because you're losing 09:01AM

6     material. 09:01AM

7          In addition, Mother Nature is going to say, well, 09:01AM

8     some much those components, mainly the light ones, are going to 09:01AM

9     go into the water phase.  That's just part of thermodynamic 09:01AM

10    equilibrium. 09:01AM

11         So, at the end of that equilibrium, at that stage 09:01AM

12    2, you've got some of the components that have formed the gas 09:01AM

13    phase, some of the components have moved into the water. 09:01AM

14         Now we're at the end of the stage where we're 09:01AM

15    going to remove everything but the oil.  We are going to remove 09:02AM

16    the gas and remove the water.  And then that shrunken oil is 09:02AM

17    going to go up to higher elevation, a new pressure, it will see 09:02AM

18    new water, create a new equilibrium.  We'll get a new gas phase. 09:02AM

19    The oil will shrink accordingly again.  You get components going 09:02AM

20    into the water there.  Take the gas away, the water goes away, 09:02AM

21    and that oil goes up.  And that process just keeps going on to 09:02AM

22    the surface. 09:02AM

23  Q   Now, you just discussed the effect of the water.  And we've 09:02AM

24    heard previously when Dr. Zick was here with respect to your 09:02AM

25    oceanic model, that your oceanic model includes the effects of 09:02AM

| | | |
|---|---|---|
| 1 | solubility. | 09:02AM |
| 2 | A   That's right. | 09:02AM |
| 3 | Q   Can you explain to the Court why your model includes the | 09:02AM |
| 4 | effects of solubility. | 09:02AM |
| 5 | A   Well, solubility is just the result of this thermodynamic | 09:02AM |
| 6 | equilibrium.  Equilibrium is the law of nature.  You mix the oil | 09:03AM |
| 7 | and the water together, bring it to equilibrium, you get a gas | 09:03AM |
| 8 | phase, an oil phase and a water phase.  So that's the | 09:03AM |
| 9 | consequence of physics. | 09:03AM |
| 10 | Q   In your opinion, if you're going to use an oceanic separator | 09:03AM |
| 11 | model, you need to include the effect of the water? | 09:03AM |
| 12 | A   Well, why model the oceanic process if you've got no water | 09:03AM |
| 13 | in the ocean?  I don't know what you mean. | 09:03AM |
| 14 | Q   Was it important in order for you to have an accurate | 09:03AM |
| 15 | oceanic separator model to include the effect of solubility on | 09:03AM |
| 16 | the reservoir fluid as it's converted to stock tank barrels? | 09:03AM |
| 17 | A   Well, yeah.  Because when the oil mixes with the water, some | 09:03AM |
| 18 | of the components are going to go over into the water.  So you | 09:03AM |
| 19 | need to include that effect. | 09:04AM |
| 20 | Because you'll lose material, you will lose mass | 09:04AM |
| 21 | from the oil.  The oil will shrink some because of that.  So I | 09:04AM |
| 22 | don't know -- | 09:04AM |
| 23 | MS. KARIS:  Now, if we can pull up TT.1828.1. | 09:04AM |
| 24 | BY MS. KARIS: | 09:04AM |
| 25 | Q   And, again, this is Dr. Zick commenting on your oceanic | 09:04AM |

```
 1   separator.                                                        09:04AM

 2              He was asked:  And you agree that when                 09:04AM

 3   hydrocarbons interact with the seawater, some of the             09:04AM

 4   hydrocarbons will dissolve into the seawater; correct?           09:04AM

 5              He says:  Yes; I think that's undeniable, but we       09:04AM

 6   don't know how long it would take.                               09:04AM

 7              Let's start with, is there any disagreement           09:04AM

 8   between you and Dr. Zick as to whether solubility is a real      09:04AM

 9   effect, or, as he says, undeniable?                              09:04AM

10   A    No.  We both know it's undeniable.                          09:04AM

11   Q    Now, how did you go about quantifying then what the effect  09:04AM

12   of solubility was on your oceanic separator?                     09:04AM

13   A    Okay.  So what we did was that we took this reservoir fluid 09:05AM

14   through 130 stages of separation to the surface.  That created a 09:05AM

15   stock tank oil from that process.                                09:05AM

16              That stock tank oil was then -- basically, we         09:05AM

17   looked at that stock tank oil and we looked at the evidence      09:05AM

18   published from samples of oil collected during the spill at      09:05AM

19   different depths below the sea level, and we saw from that       09:05AM

20   publication what components they claim dissolved completely or   09:05AM

21   significantly into the ocean.                                    09:05AM

22              Those components were removed from that stock tank     09:05AM

23   oil and recalculated its volume accordingly.  That's all we did. 09:05AM

24   It's a two-step process:  The process to get the stock tank oil, 09:05AM

25   and the second step was to remove those components that clearly  09:05AM
```

2345

1    had been dissolved into the ocean.                                    09:06AM

2    Q    So the second part of Dr. Zick's comment was:  We don't know      09:06AM

3    how long it would take.  Did you rely on published literature in      09:06AM

4    order to inform you as to the length of time it would take for        09:06AM

5    those components to dissolve?                                          09:06AM

6    A    Well, there are a number of publications we read discussing       09:06AM

7    this solubility in water.  The Ryerson publication is in our          09:06AM

8    report, and it quantifies specifically the degree of dissolution     09:06AM

9    of individual components into the seawater from samples              09:06AM

10   collected below the surface at different depths during the           09:06AM

11   spill.                                                               09:06AM

12            The interpretation of that data seemed to be very           09:06AM

13   clear.                                                               09:06AM

14   Q    Let's look at TREX --                                          09:06AM

15            MS. ENGEL:  Excuse me, Your Honor.  Dr. Whitson did not     09:06AM

16   quantify the time dependence, how long it would take for oil to      09:06AM

17   dissolve in his reports.  So I'm afraid we're going beyond the       09:06AM

18   four corners a bit here.                                             09:07AM

19            MS. KARIS:  The Ryerson publication and his reliance on     09:07AM

20   it and what that told him about the amount of time is explicitly     09:07AM

21   in his report.                                                       09:07AM

22            MS. ENGEL:  And I also asked him explicitly in his          09:07AM

23   deposition whether he considered how long it would take for any      09:07AM

24   of these components to dissolve, and he said no.                     09:07AM

25            MS. KARIS:  I think he can be crossed on that, Your         09:07AM

1    Honor.  I think he'll explain exactly what he put in his report    09:07AM

2    and what he discussed --    09:07AM

3            THE COURT:  Where is that in his report?    09:07AM

4            MS. KARIS:  I don't have his report.    09:07AM

5    BY MS. KARIS:    09:07AM

6    Q   Dr. Whitson, you have your report up there.  If you can    09:07AM

7    point the Court to where you refer to the Ryerson publication.    09:07AM

8            MS. ENGEL:  While they're looking for that, Your Honor,    09:08AM

9    at his deposition, on page 278, starting at line 17, I asked:    09:08AM

10   Does the analysis in your report take into account the amount of    09:08AM

11   time it would take C1 through C5 to dissolve?  Answer:  No.    09:08AM

12            Does it take into account the amount of time it    09:08AM

13   would take the aromatics in C7 through C12 to dissolve?  No.    09:08AM

14            Did you try to estimate the amount of time that it    09:08AM

15   would take for C1 though C5 and the aromatics to dissolve?  No.    09:08AM

16           MS. KARIS:  Your Honor, at page 31 of his report --    09:08AM

17   and, to be clear, Dr. Whitson is not offering an opinion on how    09:08AM

18   many hours or days it would take.  I think his reference is,    09:08AM

19   given the timing of when the Ryerson data was collected and his    09:08AM

20   reliance on it, it expressly, at page 31, goes into what effect    09:08AM

21   that data and those samples collected had.    09:08AM

22            I'm happy to rephrase, but this is expressly what    09:08AM

23   he talked about in his report.  He was questioned at length    09:09AM

24   about what implications the Ryerson publication cited at    09:09AM

25   footnote 14 of his report had in his ability to say 10 percent    09:09AM

```
 1    plus or minus 3.                                              09:09AM

 2            MS. ENGEL:  In the course of that questioning, he    09:09AM

 3    specifically said he didn't consider how long it would take to  09:09AM

 4    dissolve.                                                    09:09AM

 5            MS. KARIS:  Perhaps I can rephrase, Your Honor.      09:09AM

 6            THE COURT:  All right.  I will sustain the objection.  09:09AM

 7    If you want to try it again, you can.                        09:09AM

 8            MS. KARIS:  Sure.                                    09:09AM

 9            MS. ENGEL:  Thank you.                               09:09AM

10    BY MS. KARIS:                                                09:09AM

11    Q    First of all, did you reach an opinion, did you quantify the  09:09AM

12    effect of solubility on your oceanic separator process?      09:09AM

13    A    Yes, we did.                                            09:09AM

14    Q    What was your quantification as stated in your report?  09:09AM

15    A    That oil, that stock tank oil that resulted from the    09:09AM

16    130-stage separation process shrunk by a factor of between 7 and  09:09AM

17    13 percent due to the solubility affect.                     09:09AM

18    Q    And did you rely on published literature cited in your  09:10AM

19    report in order to quantify the effect of solubility on your  09:10AM

20    oceanic separate process?                                    09:10AM

21    A    Yes.                                                    09:10AM

22    Q    If we can look at 144128.1.  Is this the Ryerson paper that  09:10AM

23    you referenced?                                              09:10AM

24    A    Yes, it is.                                             09:10AM

25    Q    Tell the Court for what purpose you relied on this Ryerson  09:10AM
```

1    publication that's at 144128.1, please.                          09:10AM

2    A    Well, this paper's -- it's clearly addressing quantitatively  09:10AM

3    the effect of dissolution of these components in the ocean.   In   09:10AM

4    the time period during the spill, samples were collected at        09:10AM

5    several locations close to the spill, at several depths, and the   09:10AM

6    samples all concluded the same thing as far as the components      09:10AM

7    that were completely or partially dissolved into the ocean.        09:10AM

8              This is just data.  I mean, it's inclusive in that       09:11AM

9    regard.                                                            09:11AM

10        MS. KARIS:  And if we can look now at a chart published       09:11AM

11   in the Ryerson paper, 11574N.4.2.                                  09:11AM

12   BY MS. KARIS:                                                      09:11AM

13   Q    First of all, do you recognize this chart from the Ryerson   09:11AM

14   publication?                                                       09:11AM

15   A    Right.                                                        09:11AM

16   Q    And, to be clear, is this data reporting oil samples          09:11AM

17   collected from the Macondo reservoir?                             09:11AM

18   A    Yes, they are.  Well, you can see the dates, June 10, June    09:11AM

19   8; various depths.                                                 09:11AM

20   Q    So were these samples collected while the spill was ongoing?  09:11AM

21   A    Yes.                                                          09:11AM

22   Q    Using this chart, can you tell the Court what affect this     09:11AM

23   chart had on your oceanic separator process?                      09:11AM

24   A    Okay.  The easiest way to understand this is look at the top  09:11AM

25   figure here on the right side, this red curve here.  It says,      09:11AM

1    fraction dissolved.                                                09:11AM

2              What that means is that it's the fraction of that        09:11AM

3    component -- for example, methane is the first component -- a      09:12AM

4    fraction of that component that was originally in the original     09:12AM

5    reservoir fluid, stock tank oil, that dissolved into the ocean.    09:12AM

6              So, if the value is 1, they're implicating that          09:12AM

7    that component was totally dissolved in the ocean for the          09:12AM

8    samples collected.  So you've got 1 for values of methane,        09:12AM

9    ethane, propane.  Those are the first three hydrocarbons.          09:12AM

10             In our model, the one case that reduced 7 percent        09:12AM

11   stock tank oil volume, reduction, was simply by taking our stock   09:12AM

12   tank oil, 130-stage separator stock tank oil, and removing those   09:12AM

13   three components.  Resulted in the 7 percent reduction in the      09:12AM

14   stock tank oil volume.                                             09:12AM

15   Q   Let me stop you there.  Why did you remove those three         09:12AM

16   components?                                                        09:12AM

17   A   Because these, you see these things are --                     09:12AM

18   Q   C1 through C3?                                                 09:12AM

19   A   Yeah.  I mean, C1 through C3 are these first three             09:13AM

20   components here.  You see that it says:  Fraction dissolved.       09:13AM

21   100 percent is dissolved from methane, ethane, and propane.  So    09:13AM

22   that's why we did one case with that.                             09:13AM

23   Q   Now, did you also calculate a middle case?                     09:13AM

24   A   The middle case we said that additionally C4 and C5            09:13AM

25   dissolved completely, which is not the case.  When you look at     09:13AM

2350

1    C4 and C5, they're only partially dissolved.  But we wanted to    09:13AM

2    bracket in a sense the range of effect, and that's what we did.    09:13AM

3            So we did a second case.  We included C4, which is    09:13AM

4    butanes, and C5 which is pentanes.  We are not saying that all    09:13AM

5    of those were necessarily dissolved, but that was like the    09:13AM

6    second case.    09:13AM

7            What we know is that, in addition to C1, C2, C3,    09:13AM

8    there was partial dissolution of very many components.  So we    09:13AM

9    basically did three cases to try to quantify the effect on the    09:14AM

10   stock tank oil volume.    09:14AM

11   Q   And then did you have a third case?    09:14AM

12   A   And the third case is including these.  You see the fourth    09:14AM

13   component here, Benzene, tolulene.  The aromatics, the so-called    09:14AM

14   light aromatics, I think there's four or five of them, those    09:14AM

15   have a strong preference for dissolving in the ocean.    09:14AM

16           So, in the third case, we took methane through C5    09:14AM

17   and the light aromatics and let all of those dissolve as an    09:14AM

18   upper limit case.  That resulted in 13 percent reduction in    09:14AM

19   stock tank oil volume.    09:14AM

20           So those were the bracketing of the -- given that    09:14AM

21   you have varying solubility of all these components that we    09:14AM

22   looked at, we looked at the, in a sense, the upper limit of    09:14AM

23   effect on stock tank oil volume.    09:14AM

24           MS. KARIS:  Now look at 11574.    09:14AM

25           THE COURT:  Let me ask a very simple, basic question.    09:14AM

2351

```
 1              What do you mean by dissolved?  Does that mean          09:14AM
 2   it's totally gone?  Because I can dissolve something in water      09:15AM
 3   and it's still in the water.                                       09:15AM
 4              THE WITNESS:  Right.                                     09:15AM
 5              THE COURT:  For example, salt.  Doesn't mean the        09:15AM
 6   water's not salty.  So I'm trying to get an understanding of       09:15AM
 7   what you mean by dissolve.                                         09:15AM
 8              Does it mean the chemical has totally gone away,        09:15AM
 9   doesn't exist anymore in the water, or it's just so diluted that  09:15AM
10   it doesn't --                                                      09:15AM
11              THE WITNESS:  No.  The easiest is take this thing here. 09:15AM
12   Okay?  Originally, if we filled it up from the tap, it would      09:15AM
13   just be H2O.  Okay?                                                09:15AM
14              We pour out half of it and it fills with air,          09:15AM
15   nitrogen, oxygen, and CO2.  Screw on the cork.  We shake it up.   09:15AM
16   Okay?  So what's happened?  Some of the nitrogen, CO2, and        09:15AM
17   oxygen have now dissolved into the water.                         09:15AM
18              If we sent that water to do a an analysis, a           09:15AM
19   chromatographic analysis of that water, it would not only find    09:15AM
20   H2O -- hopefully it won't find anything else - but H2O, CO2,      09:16AM
21   nitrogen, and oxygen, they're all dissolved in different amounts  09:16AM
22   in the water.  Doesn't mean they're gone, they're just in the     09:16AM
23   water phase instead of being in the air phase.                    09:16AM
24              THE COURT:  So here you say the analogy is these gases  09:16AM
25   are now in the water phase as opposed to the oil phase; is that   09:16AM
```

1    what you're saying?

2          THE WITNESS:  Exactly in the same way that, when you

3    release the gas, methane are no longer in the oil phase, they're

4    in the gas phase.  This is the exact same process.  That's why

5    the oil is shrinking, for two reasons.

6          THE COURT:  Okay.

7    BY MS. KARIS:

8    Q    So is the dissolution that you've just described comparable

9    to removing the gas that is coming out of the gas and oil coming

10   from the reservoir?

11   A    That's right.  I mean, Mother Nature comes in and says, Some

12   of you methane molecules got to go into gas, and some of you got

13   to go in water.  There's no choice.  You're left with less

14   methane molecules in the oil.  And likewise for every other

15   component.

16   Q    So, if you are determining the amount of reservoir fluid

17   that is converted or should be converted to stock tank barrels,

18   why, in your opinion, would you remove these dissolved

19   components from that analysis?

20   A    Well, because this data suggests that those components end

21   up being in the water phase.  Just all that gas that evolves

22   shrinking the oil most, that gas ends up dissolving in the

23   water, too, eventually.

24          It first forms gas phase; but, eventually, most of

25   it, if not all of it ends up dissolving in the water as well

```
 1   over time.                                                    09:17AM
 2   Q   And I apologize if I've asked this before, but are you    09:17AM
 3   treating these components the same way you would be treating the  09:17AM
 4   gas phase?                                                    09:17AM
 5   A   That's what Dr. Zick said is undeniable.  Mother Nature is  09:17AM
 6   saying that methane has to go -- some of the methane has to go  09:18AM
 7   in the water.  It has no choice.  So...                       09:18AM
 8   Q   Now --                                                    09:18AM
 9          THE COURT:  That increases the volume of these         09:18AM
10   chemicals as opposed to if it just went to the surface and    09:18AM
11   separated in the normal method?                               09:18AM
12          THE WITNESS:  Could you repeat that?  I'm sorry.       09:18AM
13          THE COURT:  In other words, if this blowout hadn't     09:18AM
14   occurred, the same oil at some point when it was produced would  09:18AM
15   have been separated by some method?                           09:18AM
16          THE WITNESS:  Okay, right.                             09:18AM
17          THE COURT:  Gases would have been separated from the   09:18AM
18   oil.                                                          09:18AM
19          THE WITNESS:  That's right.                            09:18AM
20          THE COURT:  Some of that would have been methane,      09:18AM
21   propane, so forth.                                            09:18AM
22          THE WITNESS:  Yeah.                                    09:18AM
23          THE COURT:  So the effect of this --                   09:18AM
24          THE WITNESS:  -- dissolving in the water.              09:18AM
25          THE COURT:  I'm trying to understand how or why it     09:18AM
```

| | |
|---|---|
| 1 | increases the volume of the gases if it happens as it's going | 09:18AM |
| 2 | through the water as opposed to in a normal separation method. | 09:19AM |
| 3 | THE WITNESS:  Well, the gases will form, regardless. | 09:19AM |
| 4 | But what happens is that you not only lose methane and ethane, | 09:19AM |
| 5 | propane, and so forth forming these gases, but also lose some of | 09:19AM |
| 6 | the methane, ethane, propane dissolving into the water phase. | 09:19AM |
| 7 | If you went straight to the surface in some kind | 09:19AM |
| 8 | of a separation process, the amount of methane left in the stock | 09:19AM |
| 9 | tank oil would be different according to one stage, four stage, | 09:19AM |
| 10 | three stage, and up. | 09:19AM |
| 11 | But the amount of methane in the stock tank oil | 09:19AM |
| 12 | and the amount of ethane in the stock tank oil for a normal | 09:19AM |
| 13 | process, for a normal surface process, will depend on how many | 09:19AM |
| 14 | stages, pressure and temperature of each stage. | 09:20AM |
| 15 | It's controlled by this composite multi-stage | 09:20AM |
| 16 | separation process with thermodynamics only being gas and oil. | 09:20AM |
| 17 | When we add the water, it adds an extra degree of complexity to | 09:20AM |
| 18 | the situation, and you're losing more of the hydrocarbons than | 09:20AM |
| 19 | you would otherwise.  Because the water can dissolve.  Just like | 09:20AM |
| 20 | this water dissolves the air components.  The ocean water | 09:20AM |
| 21 | dissolves the hydrocarbon components.  It's just kind of the way | 09:20AM |
| 22 | it is. | 09:20AM |
| 23 | BY MS. KARIS | 09:20AM |
| 24 | Q   So, Dr. Whitson, based on your oceanic separator, why was it | 09:20AM |
| 25 | appropriate then to account for solubility and remove these | 09:20AM |

2355

1    components in doing this stock tank conversion?                    09:20AM

2    A    The water's there, and there's lot of it.  And, relative to   09:20AM

3    the large amounts of oil and gas that went into the ocean,        09:21AM

4    there's just like so much more water.                              09:21AM

5            So the solubility affect in the water obviously is       09:21AM

6    a real effect, and it's of some magnitude, so...                   09:21AM

7            You can try to quantify that magnitude.                   09:21AM

8    Q    And did you seek to quantify that in the opinions that       09:21AM

9    you've rendered in this case?                                      09:21AM

10   A    Yes, I did.                                                   09:21AM

11   Q    If we can now look at 11496.19.1.  Is this the conclusion    09:21AM

12   that you reached with respect to quantifying the effect of the    09:21AM

13   water on the reservoir fluid when we convert it to stock tank     09:21AM

14   barrels?                                                           09:21AM

15   A    Yes.                                                          09:21AM

16   Q    Can you tell the Court then what your conclusion was with    09:21AM

17   respect to that quantification as stated in your report?          09:21AM

18   A    Well, it basically says that if you assume the methane       09:21AM

19   through pentane case, which is the middle case, completely        09:21AM

20   dissolving into the ocean, then you have this 10 percent          09:21AM

21   reduction in stock tank oil.  You end up with about 43 -- a       09:22AM

22   shrinkage factor of about 43.                                     09:22AM

23           If you take the lower case where you only take out       09:22AM

24   the methane and propane, then you end up with about 44 stock      09:22AM

25   tank barrels.                                                      09:22AM

1       And if you take out the methane through pentane

2  and the aromatics, goes down to 42 barrels, stock tank barrels.

3       So, he's giving a range, and this is just

4  summarizing the middle case.

5  Q   So is your middle case then the 43 stock tank barrels?

6  A   Yes.

7  Q   And it says here in your report that PERA has calculated

8  that the final stock tank oil volume will be approximately 10

9  percent less than the laboratory four-stage separator, reaching

10 a final stock tank oil volume close to that of the single-stage

11 process, which is approximately 43 stock tank barrels.

12      Tell us why you made that comparison to the

13 single-stage process.

14 A   Well, I mean, it was just it was the number -- it was the

15 number closest -- you had the laboratory numbers, you had the

16 differential liberation, you had the one-stage separation, you

17 had the four-stage separation.

18      So we were just kind of pointing to that's the

19 number that this was closest to was the 43 stock tank barrels.

20 Had nothing to do with a single-stage process.  It just happened

21 to be that that's kind of where it was pointing to.

22 Q   Now, Dr. Zick testified that, in your conclusion there of 43

23 stock tank barrels, you had removed all of the light alkanes,

24 the methane through pentane, and all the light aromatics up to

25 C12; is that accurate?

2357

```
1    A    No.  No.  That was the case where you had 13 percent        09:23AM

2    reduction.  That would have brought it to 42 stock tank barrels  09:23AM

3    shrinkage factor.                                                09:24AM

4    Q    And so, the 10 percent that you suggest, is that removing   09:24AM

5    only the components that the Ryerson data suggests that would    09:24AM

6    completely dissolve or almost entirely dissolved?               09:24AM

7    A    Methane through pentane only.                              09:24AM

8    Q    Just to wrap this up, you did review and respond to         09:24AM

9    Dr. Zick's initial report in which he recommended a four-stage   09:24AM

10   process; correct?                                               09:24AM

11   A    That's right.                                              09:24AM

12   Q    Before he did the oceanic separator?                       09:24AM

13   A    Yes.                                                       09:24AM

14   Q    Now, Dr. Zick referenced the four-stage separator as an     09:24AM

15   alternative option because he claims that's how the fluids would 09:24AM

16   have been produced in normal fashion.                           09:24AM

17              Do you agree with that statement?                    09:24AM

18   A    Well, I didn't read anything that suggests they were going  09:24AM

19   to produce it with a four-stage separator, so I don't know where 09:24AM

20   he got that.                                                    09:24AM

21   Q    And, if a four-stage separator process is used, what figure 09:24AM

22   do you believe to be the most appropriate for the four-stage     09:25AM

23   separator process?                                              09:25AM

24   A    I believe in data.  I mean, if you have measurements --     09:25AM

25   you've got three laboratories, four samples -- you use the       09:25AM
```

1  laboratory data.  The shrinkage factor, I think that number was          09:25AM

2  47.3 on average.  The shrinkage factor for the four-stage               09:25AM

3  separator.                                                              09:25AM

4        MS. KARIS:  Last demonstrative, D-23987-1A.1, please.            09:25AM

5  BY MS. KARIS:                                                           09:25AM

6  Q   Can you tell the Court what this slide demonstrates as it           09:25AM

7  pertains to your opinions in this case.                                 09:25AM

8  A   Okay.  So we're taking the same reservoir fluid from initial        09:25AM

9  conditions to stock tank conditions using different approaches.         09:25AM

10 That's what this is showing.                                            09:25AM

11        Over there on the left it says differential                      09:25AM

12 liberation.  That test was conducted in the laboratory by Pencor       09:26AM

13 for two of the samples.  It's a six-stage, multi-stage                  09:26AM

14 separation process.  Each stage is at reservoir temperature.            09:26AM

15 Pressure goes from reservoir down to stock tank conditions.             09:26AM

16 That results in 30 to 33 shrinkage factor.  That's at the low           09:26AM

17 end.                                                                    09:26AM

18        At the upper end, we've got what's flagged as the                09:26AM

19 Zick numbers of the shrinkage factor.  The one on the right             09:26AM

20 would represent his oceanic process of 50.7 I believe was his           09:26AM

21 number.  The one on the left is his prediction of the four-stage        09:26AM

22 separator.                                                              09:26AM

23        Now, we know that the equation of state by Dr.                   09:26AM

24 Zick is biased, overpredicting close to 5 percent.  That's just         09:26AM

25 a fact when you compare it against the four-stage separator test        09:26AM

1  data.  If you correct those calculations by 4 and a half, 5          09:27AM

2  percent, you are going to put all of these calculations right in     09:27AM

3  the midst of all those measured four-stage separator test data.      09:27AM

4          That's where they're all going to move if you take          09:27AM

5  away his bias in his equation of state.  The four-stage              09:27AM

6  separator data there varied basically from 46 -- I don't             09:27AM

7  remember the exact numbers -- but the average was 47.3 was the       09:27AM

8  average of the four laboratory test four-stage separator.            09:27AM

9          So it's in there.  You've got the four stage                09:27AM

10  numbers in there.                                                    09:27AM

11          Then, in the green here, we've got single-stage            09:27AM

12  flash measurement lab data.  That ranged from 42 to 44.  There,     09:27AM

13  there.  The oceanic process that I calculated, depending on how     09:27AM

14  much solubility is allowed to occur, methane to propane is 44.      09:28AM

15          If you include methane to pentane, goes to 43.             09:28AM

16  And, if you include also the aromatics, in addition to methane      09:28AM

17  to pentane, you get 42.                                             09:28AM

18          So that summarizes basically the spread of all the         09:28AM

19  numbers.                                                             09:28AM

20  Q   Dr. Zick testified, quote:  It's my opinion that the oceanic    09:28AM

21  separation process is the most appropriate, because I believe       09:28AM

22  that's how the fluids would be separated by the conditions they     09:28AM

23  would encounter within the ocean.                                   09:28AM

24          First, do you agree with that statement?                   09:28AM

25  A   Well, yes.  If you leave the water in the ocean.                09:28AM

1    Q    And, if you want to use what even Dr. Zick called as the        09:28AM

2    most appropriate because of how the fluids are separated by the      09:28AM

3    conditions they encounter in the ocean, which of the figures on      09:28AM

4    demonstrative 23987-1A.1 is most representative of what actually      09:28AM

5    occurred in the ocean?        09:29AM

6    A    Well, I believe my numbers of the oceanic process are the        09:29AM

7    best description of what in reality happened.  And you've got a       09:29AM

8    range from 42 to 44 shrinkage factor, depending on how the            09:29AM

9    solubility is treated.         09:29AM

10   Q    And is that the same figure, coincidentally as you said, as     09:29AM

11   the single-stage flash data?        09:29AM

12   A    It's a pure coincidence, but that is correct.        09:29AM

13          MS. KARIS:  I have no further questions.        09:29AM

14          THE COURT:  Put that mic up as high as you can.  You'll       09:31AM

15   have to speak up a little more forcefully.        09:31AM

16                         CROSS EXAMINATION        09:30AM

17   BY MS. ENGEL:        09:30AM

18   Q    Bethany Engel for the United States.  Good morning,             09:31AM

19   Dr. Whitson.        09:31AM

20   A    Good morning.        09:31AM

21   Q    So I wanted to start briefly about talking a little bit         09:31AM

22   about your equation of state model.  The software you used to        09:31AM

23   developed your equation of state is called Phasecom; correct?        09:31AM

24   A    Yes, it is.        09:31AM

25   Q    And Phasecom was written and developed by the United States'    09:31AM

1    expert Dr. Zick; right?                                      09:31AM

2    A    Yes.                                                    09:31AM

3    Q    And Dr. Zick's company, Zick Technologies, owns Phasecom;   09:31AM

4    right?                                                       09:31AM

5    A    Yes.                                                    09:31AM

6    Q    And Phasecom is your software of choice for building   09:31AM

7    equation of state fluid characterizations computations; isn't   09:31AM

8    it?                                                          09:31AM

9    A    Absolutely.                                             09:31AM

10   Q    Now, Dr. Zick has done work for your company PERA in the   09:31AM

11   past; correct?                                               09:31AM

12   A    Yes.  For the most part, writing computer programs.    09:31AM

13   Q    And, as you said on direct, before the Macondo blowout, a   09:31AM

14   number of fluid samples were taken from the Macondo reservoir;   09:31AM

15   right?                                                       09:32AM

16   A    Yes.                                                    09:32AM

17   Q    And then, after the blowout, the three labs, Pencor,   09:32AM

18   Schlumberger, and Intertek, ran a number of tests on four of   09:32AM

19   those samples; right?                                        09:32AM

20   A    Yes.                                                    09:32AM

21   Q    And those tests included both a four-stage separator test   09:32AM

22   and a single-stage flash test on those four samples; correct?   09:32AM

23   A    That's correct.                                         09:32AM

24   Q    You would agree that generally speaking a multi-stage   09:32AM

25   separator test like the four-stage test run by the labs produces   09:32AM

1    more stock tank oil than a single-stage flash; right?          09:32AM

2    A    In general, yes.                                          09:32AM

3    Q    And, in fact, here, when the labs tested the Macondo fluid,   09:32AM

4    the multi-stage separator test produced approximately 10 percent   09:32AM

5    more stock oil than the single-stage flash test; right?        09:32AM

6    A    Nine percent to be exact, using the laboratory average data.   09:32AM

7    Q    And it's also true that you came up with approximately a 10   09:32AM

8    percent difference between the four-stage test and the         09:32AM

9    single-stage test when you simulated those using your equation   09:32AM

10   of state; right?                                               09:32AM

11   A    Approximately, yes.                                       09:33AM

12   Q    And that difference is actually about 10 percent, regardless   09:33AM

13   of whether you use your equation of state model or Dr. Zick's   09:33AM

14   equation of state model; right?                                09:33AM

15   A    I wouldn't use either data.  I would use the laboratory's   09:33AM

16   measurements, which gives a 9 percent difference.              09:33AM

17   Q    My question was simply, that difference that you modeled of   09:33AM

18   10 percent between the four-stage separation and the           09:33AM

19   single-stage separation, Dr. Zick's EOS also gets about a 10   09:33AM

20   percent difference between those two tests; doesn't it?        09:33AM

21   A    I believe that's the correct numbers.                     09:33AM

22   Q    And you actually, when developing your equation of state   09:33AM

23   model, you tuned it to the shrinkage factors from the          09:33AM

24   multi-stage separator tests; right?                            09:33AM

25   A    That's correct.                                           09:33AM

2363

1   Q    And, in fact, one of the three main things that you focused        09:33AM

2   on when doing that tuning was the final stock tank oil volumes          09:33AM

3   from those labs, those four stage lab tests; right?                     09:33AM

4   A    That's correct.                                                     09:33AM

5   Q    And the data from that multi-stage flash -- and I think you        09:33AM

6   even said this on direct -- was important, because then your            09:33AM

7   equation of state would then be better tuned to predicting the          09:34AM

8   total stock tank oil volume; right?                                     09:34AM

9   A    If you use another process than the laboratory processes or        09:34AM

10  you don't know, you don't have measured data, then you would            09:34AM

11  expect a well-tuned equation of state that predicts accurately          09:34AM

12  the laboratory shrinkage factors to be more reliable in                 09:34AM

13  predicting shrinkage factors for some other unknown process.            09:34AM

14  That's what I meant, and I think that's what I said.                     09:34AM

15  Q    And that's why you focused on that multi-stage separator           09:34AM

16  test, and particularly the fourth stage of that multi-stage test        09:34AM

17  in tuning your own equation of state; right?                            09:34AM

18  A    That's our standard practice, not just this one.                   09:34AM

19  Q    And one of the reasons is because the four-stage separator         09:34AM

20  test is specifically designed to come up with an accurate               09:34AM

21  measure of the shrinkage from reservoir barrels to stock tank           09:34AM

22  barrels; right?                                                         09:35AM

23  A    That's correct.                                                     09:35AM

24  Q    And then, by contrast, you considered the single-stage            09:35AM

25  shrinkage factors from those lab tests less important than the          09:35AM

1  multi-stage shrinkage factors; right?                          09:35AM

2  A   Well, we still predicted it within 0.2 percent of the      09:35AM

3  measured data.  So I'd say whether we weighted specifically or  09:35AM

4  not doesn't -- you know, it's an indication that the equation of 09:35AM

5  state model does a good job on the single stage as well.        09:35AM

6  Q   But, in tuning your model, you didn't give the same weight  09:35AM

7  to those single-stage shrinkage factors as the multi-stage      09:35AM

8  shrinkage factors; right?                                       09:35AM

9  A   In all honesty, I don't remember the exact weight factors I 09:35AM

10 used in March of 2012.                                          09:35AM

11 Q   You're not changing your deposition testimony?             09:35AM

12 A   No, I'm not.                                                09:35AM

13 Q   Switching gears slightly, in addition to simulating the    09:35AM

14 single-stage and multi-stage separation, you've discussed this  09:35AM

15 oceanic separation process that you also simulated; correct?    09:35AM

16 A   Yes, ma'am.                                                 09:36AM

17 Q   And, prior to your work in this case, you've never simulated 09:36AM

18 how oil and gas separate in the ocean; have you?                09:36AM

19 A   Not in the ocean.  But I would like to comment that the    09:36AM

20 calculation of this gas, oil, and, water equilibrium, the       09:36AM

21 thermodynamic equilibrium, gas or water systems, is a very      09:36AM

22 standard process that is done day-in day and day-out in         09:36AM

23 petroleum operations where there is gas, oil, and water being   09:36AM

24 separated in the separator unit.  So there's nothing -- there's 09:36AM

25 no new science here when it comes to that.                      09:36AM

1    Q    Isn't it your position that it would be speculation by you    09:36AM

2    to state one way or another how gas and oil actually evolved in    09:36AM

3    the ocean?    09:36AM

4    A    I don't really understand what you're asking.    09:36AM

5    Q    Sure.  We can show you your deposition to refresh you.  It's    09:36AM

6    412, starting at line 13, please.  If you'd go line 13 to 22.    09:36AM

7              And so, at your deposition, I asked:  Is that by    09:37AM

8    speculation by you because you don't have expertise in that    09:37AM

9    area, Dr. Whitson?    09:37AM

10             And your response was:  Well, it would be    09:37AM

11   speculation by me to state one way or another as to how the gas    09:37AM

12   and oil actually evolved within the ocean.    09:37AM

13             Question:  Because you don't have expertise in    09:37AM

14   that area; correct?    09:37AM

15             Yes, that's correct.    09:37AM

16             Did I read that right?    09:37AM

17   A    Well, it's obviously right.  But the question is, how you    09:37AM

18   mean evolve.  If you're talking about the three dimensional    09:37AM

19   evolution of how the gas plume and the oil plume and the bubbles    09:37AM

20   and the drops and the interaction physically with the water and    09:37AM

21   all of those processes, I'm not an expert.    09:38AM

22             I don't think anybody, including Dr. Zick, looked    09:38AM

23   at that part of it, the evolution of the physical    09:38AM

24   three-dimensional movement of the gas and oil.  Certainly not.    09:38AM

25   I assume that's what I was referring to.    09:38AM

1          But if I was talking about the thermodynamic          09:38AM

2   equilibrium of a gas, oil, water system, and I said something   09:38AM

3   like that, then I don't understand.  Because I know what goes on   09:38AM

4   in the thermodynamic equilibrium of the gas, oil, and water   09:38AM

5   flowing from this spill.  That, I think I know very well.   09:38AM

6          So I'm not sure exactly what we were talking about   09:38AM

7   here.   09:38AM

8   Q   Okay.  So you're not changing your deposition testimony?   09:38AM

9   A   I am not, no.   09:38AM

10       MS. ENGEL:  Could we actually look at a demonstrative   09:38AM

11   that BP put up?  It's D-23988.  We actually don't have a copy of   09:38AM

12   it.  So, if you all could do it for me, that would be great.   09:39AM

13   BY MS. ENGEL:   09:39AM

14   Q   Dr. Whitson, you described this on direct.  Is this an   09:39AM

15   accurate depiction of your proposed oceanic separation process?   09:39AM

16   A   Well, it's an accurate cartoon, if you will.  It doesn't   09:39AM

17   show all the very detail calculations.  But, yes, it's a correct   09:39AM

18   depiction.   09:39AM

19   Q   So what we're looking at here on the right-hand side is your   09:39AM

20   gas stream coming out of the well; right?   09:39AM

21   A   Yes.   09:39AM

22   Q   Okay.  And then on the left-hand side is your oil stream; is   09:39AM

23   that right?   09:39AM

24   A   That's correct.   09:39AM

25   Q   And, here, at the different stages, the different pressures   09:39AM

1    and temperatures it encounters in the ocean, the oil stream, you    09:39AM

2    allow gas to evolve off; correct?    09:39AM

3    A    Yes.    09:39AM

4    Q    You don't allow oil to evolve off on this side, on your gas    09:39AM

5    screen; do you?    09:39AM

6    A    That's correct.    09:39AM

7    Q    So your oceanic separation process also assumes that oil and    09:39AM

8    gas move to the surface in two separate circles; right?    09:39AM

9    A    That's right.  Primarily, and really only taking into    09:40AM

10    consideration the oil evolving and basically doing nothing with    09:40AM

11    the gas that evolves from stage two and upwards.  Totally out of    09:40AM

12    the problem.    09:40AM

13    Q    So in other words --    09:40AM

14    A    But --    09:40AM

15    Q    I'm sorry, go ahead.    09:40AM

16    A    But, the one stream from the wellhead at the exit point, the    09:40AM

17    one gas stream from the wellhead at the exit point, we did the    09:40AM

18    calculation that resulted in a slight amount of extra oil, okay,    09:40AM

19    at the surface conditions.    09:40AM

20            Because the temperature at that point was unknown.    09:40AM

21    The higher the temperature, the more of the heavier components    09:40AM

22    could be carried in that gas.  So, in a sense, we erred on the    09:40AM

23    high side of the oil volume by doing this.    09:40AM

24    Q    So you actually take this gas stream on the right-hand side    09:41AM

25    all the way to the surface, from the seafloor to the surface,    09:41AM

1    and then do the equivalent of a single-stage flash on that gas;    09:41AM

2    right?    09:41AM

3    A    Yes.    09:41AM

4    Q    And that condenses out, like you said, a small amount of the    09:41AM

5    liquid?    09:41AM

6    A    That's right.    09:41AM

7    Q    Which you then add to your final stock tank barrels?    09:41AM

8    A    That's right.    09:41AM

9    Q    And you do that as a simplifying assumption in your mind;    09:41AM

10   correct?    09:41AM

11   A    Well, actually, it's not a simplifying assumption, because    09:41AM

12   the normal multi-stage separator process in the industry, okay,    09:41AM

13   takes gas off of each stage and immediately assumes that's going    09:41AM

14   to remain gas.    09:41AM

15                They never make calculations or measurements about    09:41AM

16   the potential condensate that might result from those gases.    09:41AM

17   Ever.    09:41AM

18                For example, in all of the multi-stage, four-stage    09:41AM

19   separation processes the laboratory conducted, they didn't    09:41AM

20   quantify or measure condensate coming off of all of those four    09:41AM

21   stages of gas.    09:42AM

22                Dr. Zick, when he simulated those four-stage    09:42AM

23   separators, did not try to add condensate that he calculated for    09:42AM

24   those four gases that evolved.    09:42AM

25                When I did the four stage calculation of the    09:42AM

```
1   separator test, those four gases, I did not calculate the      09:42AM
2   condensate that was evolving from those gases.                  09:42AM
3              And that is industry standard, okay?                 09:42AM
4              So, in this case, the fact that I included that      09:42AM
5   condensate from that first gas phase was complicating; and, in  09:42AM
6   fact, it was erring on the high side.  And the reason I did it  09:42AM
7   was very simple.  If that temperature was as high as 200        09:42AM
8   Farenheit or 210 Fahrenheit, then I wanted to quantify what     09:42AM
9   amount of condensate it might carry with it.                    09:42AM
10             I knew that, at normal lower temperatures of the     09:42AM
11  sea, that it wouldn't carry any significant amount.  I wanted to 09:42AM
12  check the calculation, so I included it.  It added more oil.    09:42AM
13  Q   And, again, my question was actually much simpler.  Which   09:43AM
14  is, just in doing this, making this assumption that the gas goes 09:43AM
15  from this seafloor directly to the surface and only then        09:43AM
16  encounters a single-stage flash, you did that as a simplifying  09:43AM
17  assumption in your modeling; right?                             09:43AM
18  A   Well, it was what I included.  You can call it whatever you 09:43AM
19  want.  It's just what I did.                                    09:43AM
20  Q   Well, you called it a simplifying assumption in your        09:43AM
21  deposition.                                                     09:43AM
22  A   All right.                                                  09:43AM
23  Q   You're not changing your testimony on that; right?          09:43AM
24  A   No.  Not at all.  I'll give it -- any label I gave it then  09:43AM
25  is fine.                                                        09:43AM
```

1      MS. ENGEL:  Could we have TREX-114 --                      09:43AM

2      THE COURT:  Let me interrupt and ask the witness            09:43AM

3  something.                                                     09:43AM

4          Dr. Whitson, one of the things that occurs to me       09:43AM

5  that makes the calculation of stock tank barrels in this case  09:43AM

6  difficult and unusual probably is that we don't have an oil    09:43AM

7  spill -- typically, an oil spill occurs from the surface, like 09:44AM

8  from a ship or something.                                      09:44AM

9      THE WITNESS:  Yes, sir.                                    09:44AM

10      THE COURT:  Or from a pipeline.                            09:44AM

11          Here, it occurred from the ocean floor.               09:44AM

12      THE WITNESS:  Right.                                       09:44AM

13      THE COURT:  I'm just trying to understand, if someone     09:44AM

14  wanted to estimate what the conversion factor would be from the 09:44AM

15  volume of reservoir oil as it escaped from the wellhead at or  09:44AM

16  near the ocean floor into the water, but then convert it at that 09:44AM

17  point under some methodology to what that volume there would   09:44AM

18  have been at the surface, converted to stock tank barrels under 09:44AM

19  ordinary conditions, what method would I use to do that?  Or is 09:44AM

20  there a method to do that?                                     09:44AM

21      THE WITNESS:  Well, certainly, there are a number of      09:45AM

22  methods you could use.  So that's a bit the problem here.  If  09:45AM

23  you just want to get to a stock tank oil volume, you could do it 09:45AM

24  in a single flash.  Just take it straight to stock tank        09:45AM

25  conditions.                                                    09:45AM

1        THE COURT:  Is this sort of what those lab tests did?          09:45AM

2        THE WITNESS:  Yes.                                             09:45AM

3        THE COURT:  Those different lab tests?                         09:45AM

4        THE WITNESS:  Yes.  So the simplest way is just to take        09:45AM

5   what comes out of the wellhead, which is the same as what's in      09:45AM

6   the reservoir, straight to the surface and get the stock tank       09:45AM

7   oil volume.  That's the simplest way to do it.  And, obviously,     09:45AM

8   that's not what I chose to do.                                      09:45AM

9        THE COURT:  And then the question would be, what method        09:45AM

10  would you use to do that?  What process of separation?              09:45AM

11       THE WITNESS:  Single-stage flash, if you want to go            09:45AM

12  straight from the wellhead to the surface, ignoring the ocean.      09:45AM

13       THE COURT:  Okay.  Why would you use single-stage              09:46AM

14  flash?                                                              09:46AM

15       THE WITNESS:  Well --                                          09:46AM

16       THE COURT:  As opposed to -- what was the other, four          09:46AM

17  stage?                                                              09:46AM

18       THE WITNESS:  Four stage.                                      09:46AM

19           I'm not saying I would; I'm just saying that's how         09:46AM

20  you could do it.  Four stage is arbitrary.  It just happened to     09:46AM

21  be conducted in the laboratory.  One stage in a sense is            09:46AM

22  arbitrary as well.  I mean, it's equally arbitrary.                 09:46AM

23           That's why I tried to simulate what actually               09:46AM

24  happened, so it wouldn't be arbitrary.  That's why I did what I     09:46AM

25  did.                                                                09:46AM

```
 1              THE COURT:  I guess what I'm trying to understand is,      09:46AM

 2   are we supposed to be -- am I to measure the volume that entered     09:46AM

 3   the water?  When it entered the water in this case, it entered       09:46AM

 4   the water at the wellhead, not at the surface.                       09:46AM

 5              THE WITNESS:  Yes.                                        09:46AM

 6              THE COURT:  And then figure out how to convert that to    09:46AM

 7   stock tank barrels.                                                  09:46AM

 8              THE WITNESS:  That's really what all this discussion is   09:46AM

 9   about, yeah.  That's right.                                         09:47AM

10              THE COURT:  But the methodology, you know, I understand   09:47AM

11   what you did and what Dr. Zick did in terms of trying to model,      09:47AM

12   quote, what actually occurred as it went up the streams, the oil    09:47AM

13   and gas went up through 5,000 feet of ocean.                        09:47AM

14              THE WITNESS:  Right.                                      09:47AM

15              THE COURT:  But the fact is, the oil entered the ocean    09:47AM

16   5,000 feet down, not gradually at the top.                          09:47AM

17              THE WITNESS:  No.  But I think that the first stage of    09:47AM

18   both oceanic processes is in a sense that stage you're talking       09:47AM

19   about, the entering stage.  So they both used the same stage at     09:47AM

20   the wellhead as the first stage.                                    09:47AM

21              THE COURT:  All right.  Go ahead, Ms. Engel.             09:47AM

22   BY MS. ENGEL:                                                       09:47AM

23   Q   Sure.  And just as to follow-up on Judge Barbier's             09:47AM

24   questions, you're not actually recommending single-stage flash     09:47AM

25   as the process that you would use to do this conversion.  You're   09:48AM
```

1    simply saying that, if you were to take the oil from wellhead

2    directly to surface, that would be the equivalent of a

3    single-stage flash; right?

4    A    That's what I was saying, yes.

5         MS. ENGEL:  Can we now look at TREX-11496, please.  Go

6    to call-out .18.1.

7    BY MS. ENGEL:

8    Q    And, Dr. Whitson, do you recognize this language and table

9    from your expert report?

10   A    Yes, I do.

11   Q    This table reports the stock tank barrels of oil associated

12   with three different separation processes you evaluated;

13   correct?

14   A    That's correct.

15   Q    And it's single-stage flash you are saying gets you 43.3

16   barrels of stock tank barrels of oil per 100 reservoir barrels.

17   For your oceanic separator, you say it's between 46.7 and 48

18   barrels.  And, for four-stage separation, you say it's 47.9

19   barrels; right?

20   A    Can I make a comment?

21   Q    Sure.

22   A    Okay.

23         So, 2 and 3 are the barrels that resulted from

24   this step one of my oceanic process.  We took it through the 130

25   stages to the surface to stock tank conditions and ended up with

1    a volume that was approximately, as you see, close to the                    09:49AM

2    four-stage separation volume.                                                09:49AM

3              That was then corrected using the solubility term.                 09:49AM

4    In other words, removing the methane, ethane, and propane and                09:49AM

5    finding an adjustment due to the removing of those components                09:49AM

6    that were shown to dissolve by Ryerson.                                      09:49AM

7              So this is the intermediate volumes that were                      09:49AM

8    calculated after the 130-stage separation process, that's                    09:49AM

9    correct.                                                                     09:49AM

10   Q   So, in other words, this shows your shrinkage factors                    09:49AM

11   without taking into account the dissolution analysis that you                09:49AM

12   then did?                                                                    09:50AM

13   A   This is the ocean without water.                                         09:50AM

14   Q   So you don't list differential liberation here; do you?                  09:50AM

15   A   No.                                                                      09:50AM

16   Q   And that's because you would not have actually run that test             09:50AM

17   on this fluid if you were in charge of the lab program; would                09:50AM

18   you?                                                                         09:50AM

19   A   That's true.                                                             09:50AM

20             THE COURT:  What do you mean the -- tell me about the              09:50AM

21   ocean without water.  You mean without -- but it's actually --               09:50AM

22   but would it also be the ocean at the bottom of the ocean as                 09:50AM

23   opposed to traveling 5,000 feet?                                             09:50AM

24             THE WITNESS:  What I mean by the ocean without water               09:50AM

25   is, if you ignore the laws of nature that this oil is                        09:50AM

1    interacting with large amounts of water, and the fact, as both    09:50AM

2    Dr. Zick and I agree, that components will move from the oil    09:50AM

3    into the water.  That's what I'm talking about.    09:50AM

4              If you ignore solubility, you're ignoring its    09:50AM

5    impact on the shrinkage of the oil.  That's what I mean by no    09:51AM

6    water.    09:51AM

7    BY MS. ENGEL:    09:51AM

8    Q   So, again, these are the shrinkage factors before you take    09:51AM

9    into account your solubility or dissolution analysis; right?    09:51AM

10   A   Before I take into account the equilibrium thermodynamics of    09:51AM

11   oil/water systems.    09:51AM

12   Q   So, on direct, you were talking about --    09:51AM

13   A   If I could just make one comment, a bit of clarification:    09:51AM

14   The thermodynamic calculation itself is gas, oil, and water.    09:51AM

15   The rigorous thermodynamic calculation of gas, oil, and water    09:51AM

16   would have been the preferred method of calculation.    09:51AM

17             But we did not have software that would do 130    09:51AM

18   stages of three phase gas, oil, water calculation to make that    09:51AM

19   calculation at the time I wrote the report.    09:51AM

20             But I have done subsequent to that.    09:51AM

21   Q   And that subsequent work was not in your report; correct?    09:51AM

22   A   No.  It was done subsequent to the rebuttal report of    09:51AM

23   Dr. Zick.    09:52AM

24   Q   So we are not going to talk about that today.    09:52AM

25   A   No.    09:52AM

2376

```
 1   Q    So you said on direct that Dr. Zick's shrinkage, his EOS     09:52AM

 2   overpredicted the shrinkage factors by approximately 4 to 5       09:52AM

 3   percent; right?                                                   09:52AM

 4   A    It's closer to 5 than 4.                                     09:52AM

 5   Q    But, in your report, you actually say it's between 3 and 5   09:52AM

 6   percent; don't you?                                               09:52AM

 7   A    You have to show me.                                         09:52AM

 8   Q    Sure.                                                        09:52AM

 9         MS. ENGEL:  Let's go to 11496.23, please.                   09:52AM

10         Blow up that paragraph 6.                                   09:52AM

11   BY MS. ENGEL:                                                     09:52AM

12   Q    Here, you're discussing the comparison or your EOS to that   09:52AM

13   of Dr. Zick's; correct?                                          09:52AM

14   A    Yes.  Let me read this here.                                 09:53AM

15   Q    Sure.  I just want to focus your attention on that last      09:53AM

16   bullet that says:  3 to 5 percent overestimation of the stock     09:53AM

17   tank oil volume for all samples using the laboratories            09:53AM

18   four-stage separation.                                           09:53AM

19         So this is the 3 to 5 you stated in your report,          09:53AM

20   as opposed to the 4 to 5 you stated on direct.                   09:53AM

21   A    If you look at table 1, which is the foundation for the      09:53AM

22   statement.  That's on page 20.                                   09:53AM

23   Q    Why don't you just explain it without going to the table.   09:53AM

24   A    I think it would become clearer if we go to the table.  I    09:53AM

25   mean, it's so easy to see the numbers there in all their          09:53AM
```

2377

| | | |
|---|---|---|
| 1 | clarity. | 09:53AM |
| 2 | Q   My question is very simple.  Which is just, in your report, | 09:53AM |
| 3 | you said 3 to 5 percent overestimation. | 09:53AM |
| 4 | A   It should have been written 4.9 percent on average, is what | 09:53AM |
| 5 | it should have said there. | 09:54AM |
| 6 | Q   So you're changing what your report says? | 09:54AM |
| 7 | A   Well, no.  This is indicating, for individual samples, that | 09:54AM |
| 8 | range might have been 3 to 5.  For individual samples.  But the | 09:54AM |
| 9 | average on whole for the four samples is 4.9 percent given in | 09:54AM |
| 10 | table 1. | 09:54AM |
| 11 | Q   Sure. | 09:54AM |
| 12 |         So if you look all four of the lab samples, all | 09:54AM |
| 13 | four of the lab's data, you get a range of 3 to 5 percent if you | 09:54AM |
| 14 | don't average them. | 09:54AM |
| 15 | A   Yeah.  I think actually it's larger than the 3 to 5 percent | 09:54AM |
| 16 | if you actually look at the individual numbers.  If we go to | 09:54AM |
| 17 | table 1, we can actually make those calculations for each sample | 09:54AM |
| 18 | and see that the range is actually larger than that. | 09:54AM |
| 19 |         So it would be -- | 09:54AM |
| 20 | Q   I don't think we need to belabor the point any further, | 09:54AM |
| 21 | Dr. Whitson. | 09:54AM |
| 22 |         Let's talk about your analysis of dissolution, or, | 09:54AM |
| 23 | as you call it, solubility.  So, after you calculate those stock | 09:54AM |
| 24 | tank oil volumes that we just looked at a moment ago in that | 09:54AM |
| 25 | table in your report for the single stage, the oceanic, and the | 09:54AM |

2378

```
 1   four stage, you then assume an average 10 percent reduction      09:55AM
 2   based on dissolving light hydrocarbons and aromatics; right?      09:55AM
 3   A    There are three cases.  We removed, in the first case,       09:55AM
 4   methane through propane, and saw that the altered stock tank oil  09:55AM
 5   composition resulted in a 7 percent reduced volume relative to    09:55AM
 6   the unaffected.                                                   09:55AM
 7   Q    So your mid-case or your average --                          09:55AM
 8   A    In the mid-case where I removed --                           09:55AM
 9   Q    -- was about 10 percent.                                     09:55AM
10   A    Well, in your question, you said methane to pentane and all  09:55AM
11   these aromatics.  And I'm trying to say that was not the middle   09:55AM
12   case.                                                             09:55AM
13             The middle case, which gave 10 percent reduction        09:55AM
14   in stock tank oil volume, removed the alkanes, methane through    09:55AM
15   pentane.  They did not remove the aromatics, as was in your       09:55AM
16   question.  That's why I'm trying to clarify, so we don't get      09:55AM
17   confused here.                                                    09:55AM
18             So, in the third case where we calculated a 13          09:55AM
19   percent reduction in the stock tank oil volume, there, as you     09:55AM
20   stated correctly, methane through pentane and the aromatics were  09:56AM
21   removed.  So that's I think --                                    09:56AM
22   Q    Thank you.                                                   09:56AM
23             So those hydrocarbon components in that low case        09:56AM
24   and mid-case and the high case, even that you assumed dissolved,  09:56AM
25   include things like methane, ethane, benzene, butane; correct?    09:56AM
```

1   A    Okay.  Again, there is some confusion here.  In the first          09:56AM

2   case, it's only methane, ethane, and propane.  Those are all          09:56AM

3   alkanes.  There are no aromatics.          09:56AM

4                An aromatic is a grain compound benzene and so          09:56AM

5   forth.  So it's a different animal.          09:56AM

6                In the first case, it's all C1, C2, C3, the three          09:56AM

7   lightest alkanes.          09:56AM

8                In the second case, which gives the 10 percent          09:56AM

9   reduction, it's the alkanes from C1 to C5.  Again, not including          09:56AM

10  any of the benzenes, aromatics that you're referring to.          09:57AM

11               Only the third case are those compounds, the          09:57AM

12  aromatic compounds you're referring to, included.          09:57AM

13  Q    So you said you relied on this article by Tom Ryerson to          09:57AM

14  determine which hydrocarbon components would have dissolved;          09:57AM

15  right?          09:57AM

16  A    Well, from the figures we showed, they don't say might have          09:57AM

17  dissolved; they give a chart that says, dissolved fraction.          09:57AM

18  Okay?  That's what it says on the figure, dissolved fraction.          09:57AM

19               And one -- I mean, I don't think you have to be a          09:57AM

20  scientist -- means that all of it was dissolved.  So what they          09:57AM

21  say is that the dissolved fraction for methane, ethane, propane          09:57AM

22  was 1.0.  That means it was all dissolved.  As well as for          09:57AM

23  benzene, I think.  And toluene also had 100 percent dissolution.          09:57AM

24               So it wasn't like they suggested it might be.          09:58AM

25  They actually gave tables, figures, that showed it was in the          09:58AM

1    samples they collected.                                                    09:58AM

2    Q   Okay.  So let's look at the Ryerson article then.                      09:58AM

3           MS. ENGEL:  It's 11574N.  And go to figure 4, which is              09:58AM

4    call-out .6.1.                                                             09:58AM

5    BY MS. ENGEL:                                                              09:58AM

6    Q   So you recognize this figure from the Ryerson article that            09:58AM

7    you relied on as well?                                                     09:58AM

8    A   Yes.  We used the figure 4C.                                           09:58AM

9    Q   Okay.  So just to orient the Court a little bit, on the               09:58AM

10   right-hand side of this figure 4, it shows the places from which         09:58AM

11   the samples were being taken; correct?                                    09:58AM

12           So they took an evaporated sample; right?  A                      09:58AM

13   surface slick sample?  A deep plume sample; correct?                      09:58AM

14   A   Yes.                                                                   09:58AM

15   Q   And you're saying you're relying on this graph C that's on            09:58AM

16   the bottom left here?                                                     09:59AM

17   A   I think we didn't -- I mean, we showed it here today because         09:59AM

18   of what it says on that figure C.  It's hard to read it.                  09:59AM

19   Q   Sure.  We can blow that up.  It's call-out .6.2.                      09:59AM

20           It lists along the x axis here the various                        09:59AM

21   components of the hydrocarbons; right?  And it starts with               09:59AM

22   things like:  Methane, ethane, benzene, propane, toluene, and            09:59AM

23   goes all the way up to these heavier components on the                    09:59AM

24   right-hand side; right?                                                   09:59AM

25   A   Right.                                                                 09:59AM

1   Q    Okay.  And so doesn't this graph illustrate that Dr. Ryerson          09:59AM

2   and his team found these components, methane, ethane, benzene,            09:59AM

3   propane, toluene, dissolved in the -- detected in the subsurface          09:59AM

4   plumes that they sampled in the Gulf?                                     09:59AM

5   A    Well, the text says primarily soluble mixture detected in           09:59AM

6   subsurface plumes, approximately 35 percent of the leaking mass.          10:00AM

7   Leaking mass, the grey dark line, is the original amounts.                10:00AM

8              So the interpretation of this figure was that                  10:00AM

9   these components, as in the previous figure, were those                   10:00AM

10  components that were primarily dissolving in the water.                   10:00AM

11             Now, in reality, figure 4C, if you look in the                 10:00AM

12  text, it is not referenced at all with text.  Okay?  There's not          10:00AM

13  a single reference to this particular part of the diagram that            10:00AM

14  clarifies what they're talking about.                                     10:00AM

15             The only text is in this in the red here, which is             10:00AM

16  corresponding.  That is our interpretation of that slide.                 10:00AM

17  Q    So your interpretation is that what shows up in red on the           10:01AM

18  graph, the methane, ethane, benzene, and so on, are from the             10:01AM

19  samples that Ryerson and his team took from the deep subsurface          10:01AM

20  plumes; right?                                                            10:01AM

21  A    Well, like I said, there's no text directly linked to it.           10:01AM

22  But, if you compare that figure with the previous figure, I               10:01AM

23  believe it was 2 --                                                       10:01AM

24  Q    Right.                                                               10:01AM

25  A    -- which calls dissolved fraction, and is clearly indicating        10:01AM

1    those components, the fraction of which they believe was                10:01AM

2    dissolved in the ocean water.                                           10:01AM

3              There's a consistency, a clear consistency,                   10:01AM

4    between that interpretation of this figure and that figure.             10:01AM

5    That's what I'm saying.                                                 10:01AM

6              The same components they show as being partially              10:01AM

7    or totally being dissolved are also highlighted here in the same        10:02AM

8    manner.                                                                 10:02AM

9    Q    Okay, thank you.                                                   10:02AM

10             MS. ENGEL:  Just to wrap up here, let's go to another         10:02AM

11   demonstrative that BP used on direct.  It's D-23987-1A.  If you         10:02AM

12   all could pull that up for me, I'd appreciate it.                       10:02AM

13   BY MS. ENGEL:                                                           10:02AM

14   Q    And so this is what you used to wrap up your direct                10:02AM

15   testimony; right?  It shows the shrinkage factor from 100               10:02AM

16   barrels of reservoir fluid; is that right?                             10:02AM

17   A    Yes, ma'am.                                                        10:02AM

18   Q    And so what you list here as in the middle in the green           10:02AM

19   section is the Whitson ocean separator, that takes into account        10:02AM

20   your dissolved fraction; right?                                        10:02AM

21   A    Yes.  The numbers would be about 42 to 44, depending on           10:02AM

22   which case we look at, 43 being the 10 percent C1 to C5 case.          10:03AM

23   Q    And, if you don't take dissolution into account, your            10:03AM

24   numbers for the oceanic separation are more like 46.7 to 48            10:03AM

25   based on that table we looked at in your report; right?               10:03AM

```
1   A    Well, that would be the step one part of the oceanic     10:03AM

2   separation process that we talked about, that volume.        10:03AM

3   Q    Right.  Prior to dissolution.                           10:03AM

4              So those numbers would fall right here in this    10:03AM

5   orange range that's on a the right-hand side, the four-stage 10:03AM

6   test data; right?                                            10:03AM

7   A    That's correct.                                         10:03AM

8              MS. ENGEL:  I don't have any further questions.   10:03AM

9              THE COURT:  Redirect?                             10:03AM

10             MS. KARIS:  No further redirect, Your Honor.      10:03AM

11             THE COURT:  All right.  It's almost five after 10:00. 10:03AM

12  Let's take a 15 minute morning recess.                       10:04AM

13                  (Proceedings in recess.)                     10:04AM

14             THE COURT:  Call your next witness.               10:26AM

15             MS. KARIS:  Your Honor, just before that, I realized, 10:26AM

16  although we'd referenced Dr. Whitson' report, we did not offer 10:26AM

17  it into evidence.  So, at this time, I would move Exhibit 11496, 10:26AM

18  Dr. Whitson's, report into evidence.                         10:26AM

19             MS. ENGEL:  No objection.                         10:26AM

20             THE COURT:  All right.  That's admitted.          10:26AM

21                  (Exhibit admitted.)                          10:26AM

22             MR. BROCK:  Your Honor, at this point, we're going to 10:26AM

23  play a short videotape, it's only around 3 minutes, of Jamie 10:27AM

24  Loos, who is the director of project management for Weatherford 10:27AM

25  Laboratories.  She was their 30(b)(6) representative on the   10:27AM
```

2384

```
1    analysis by Weatherford of the sidewall cores taken from the        10:27AM

2    Macondo well.                                                       10:27AM

3              I think that's probably all I need to say.               10:27AM

4         THE COURT:  All right.                                        10:27AM

5         MR. BROCK:  And I have the transcript and the thumb           10:27AM

6    drive that I'll pass up now as well.                               10:27AM

7              (Videotape Played.)                                      10:27AM

8         MR. BROCK:  Your Honor, our next witness is                   10:30AM

9    Dr. Zimmerman, who is here and can come up.                        10:30AM

10             ROBERT W. ZIMMERMAN, being first duly sworn,             10:30AM

11      testified as follows:                                           10:30AM

12        THE CLERK:  Take a seat.  State and spell your name for       10:30AM

13   the record.                                                        10:30AM

14        THE WITNESS:  Yes, my name is Robert W. Zimmerman.            10:30AM

15        THE COURT:  Spell your name for us, please.                   10:30AM

16        THE WITNESS:  R-O-B-E-R-T, middle name is Wayne,              10:30AM

17   W-A-Y-N-E, surname is Zimmerman, Z-I-M-M-E-R-M-A-N.                10:30AM

18        THE COURT:  Let me just announce, so everybody can be         10:31AM

19   aware of it, we will break right at noon today.  Okay?  So         10:31AM

20   wherever we are in the testimony.  Okay?                           10:31AM

21        MR. FIELDS:  Thank you, Your Honor.                           10:31AM

22        THE COURT:  For our lunch recess.                             10:31AM

23        MR. FIELDS:  Your Honor, my name is Barry Fields, and I       10:31AM

24   will be conducting the direct examination of Professor Robert      10:31AM

25   Zimmerman on behalf of both BP and Anadarko.                       10:31AM
```

| | | |
|---|---|---|
| 1 | DIRECT EXAMINATION | 10:31AM |
| 2 | BY MR. FIELDS: | 10:31AM |
| 3 | Q   Dr.  Zimmerman, would you please introduce yourself to the | 10:31AM |
| 4 | Court. | 10:31AM |
| 5 | A   I'm Professor Robert Zimmerman. | 10:31AM |
| 6 | Q   Where are you currently employed or what do you do for a | 10:31AM |
| 7 | living? | 10:31AM |
| 8 | A   I'm processor of rock mechanics at Imperial College in | 10:31AM |
| 9 | England. | 10:31AM |
| 10 | Q   Would you please describe at a high level what you were | 10:31AM |
| 11 | asked to do by BP and Anadarko as part of your retention in this | 10:31AM |
| 12 | case. | 10:31AM |
| 13 | A   I was asked to look at and evaluate various pieces of data | 10:31AM |
| 14 | that were collected on rocks from the Macondo reservoir, and it | 10:31AM |
| 15 | was collected by Weatherford Laboratories. | 10:32AM |
| 16 | I was asked to analyze that data and bring to bear | 10:32AM |
| 17 | my knowledge of the subject of pore volume compressibility for | 10:32AM |
| 18 | the purposes of coming up with an estimate of the pore volume | 10:32AM |
| 19 | compressibility of the Macondo reservoir. | 10:32AM |
| 20 | Q   Before getting into the details of your opinions and the | 10:32AM |
| 21 | reasons for your opinions, let's discuss a little bit about your | 10:32AM |
| 22 | background. | 10:32AM |
| 23 | MR. FIELDS:  Would you please display D-23661. | 10:32AM |
| 24 | BY MR. FIELDS: | 10:32AM |
| 25 | Q   Professor Zimmerman, would you please provide the Court with | 10:32AM |

1    an overview of your educational background since high school.      10:32AM

2    A   Well, I received a Bachelors of Science degree in mechanical   10:32AM

3    engineering from Columbia University, and then received a Master   10:32AM

4    of Science degree in mechanical engineering, also from Columbia    10:32AM

5    University.                                                        10:32AM

6            In 1984 I received a Ph.D. in the field of solid          10:32AM

7    mechanics from the department of mechanical engineering at the     10:32AM

8    University of California at Berkley.                               10:33AM

9            And the title of my Ph.D. thesis was the effect of        10:33AM

10   pore structure on the pore and bulk compressibilities of          10:33AM

11   consolidated sandstones.                                          10:33AM

12   Q   Now, I wanted to focus briefly on your Ph.D. in solid         10:33AM

13   mechanics that you received from the University of California,     10:33AM

14   Berkeley.                                                         10:33AM

15           First of all, what is solid mechanics, and how            10:33AM

16   does that differ, if at all, from rock mechanics?                 10:33AM

17   A   Well, mechanics, most generally, is the field that studies    10:33AM

18   the way that physical and material bodies change their shape or    10:33AM

19   size, deform and possibly break when they're acted upon by        10:33AM

20   various forces, pressures, and stresses.  So, at the highest      10:33AM

21   level, that's what mechanics is.                                  10:33AM

22           There two subfields of mechanics, solid and fluid         10:33AM

23   mechanics.  Referring as the names imply, whether one is          10:33AM

24   focusing on solid or fluid materials.                             10:33AM

25           Rock mechanics can be thought of as a subfield of         10:33AM

1   solid mechanics.  So it is the field that studies how rocks              10:33AM

2   change their size, shape, and possibly break when they are acted         10:34AM

3   upon by different pressures and stresses and forces.                     10:34AM

4   Q    Let's look at D-23662.  Using this demonstrative, can you           10:34AM

5   walk us through your academic and work experience since                  10:34AM

6   obtaining your Ph.D. from the University of California at                 10:34AM

7   Berkeley.                                                                10:34AM

8   A    Immediately after receiving my Ph.D., I became assistant            10:34AM

9   research engineer in the petroleum engineering laboratory at             10:34AM

10  Berkeley.  That's essentially what people would call a                   10:34AM

11  post-doctoral position.  For two years I did research in that            10:34AM

12  laboratory.                                                              10:34AM

13            From 1986 to through 1988 I was a lecturer in the              10:34AM

14  department of mechanical engineering at the University of                10:34AM

15  California at Berkeley teaching courses such as rock mechanics,          10:34AM

16  fluid mechanics, applied mathematics, and other such courses.           10:34AM

17            Starting in 1987 and through 1995 in a full-time              10:35AM

18  capacity, I was a scientist at the Lawrence Berkeley National            10:35AM

19  Laboratory.  That's a U.S. national laboratory that's affiliated         10:35AM

20  with the University of California, but functions under the               10:35AM

21  auspices of the U.S. Department of Energy.  I have also                  10:35AM

22  continued there part time for several years thereafter.                  10:35AM

23            But, in terms of my full-time job, in 1995, I                 10:35AM

24  moved to Imperial College in London, England, where I initially         10:35AM

25  was appointed as the governor's lecturer in rock mechanics and          10:35AM

1    petroleum engineering.  The lecturer title in the UK is roughly    10:35AM

2    equivalent to what Americans would call assistant professor.    10:35AM

3                    In 1998 I was promoted to the position of reader    10:35AM

4    in rock mechanics.  Again, the reader position in the British    10:35AM

5    university is roughly equivalent to associate professor in the    10:35AM

6    American context.    10:35AM

7                    In 2004 I move to the Royal Institute of    10:35AM

8    Technologies in Stockholm, Sweden.  That is, I think, generally    10:36AM

9    thought of as the premier technical university, engineering    10:36AM

10    university, in Scandinavia.    10:36AM

11                    I was the professor of engineering and geology and    10:36AM

12    the head of the division of engineering geology and geophysics    10:36AM

13    for a little bit over three years, 2004 until the end of 2007.    10:36AM

14                    In January of 2008, I returned to Imperial College    10:36AM

15    in London, where I was promoted to my current position, which is    10:36AM

16    professor of rock mechanics.    10:36AM

17         MR. FIELDS:  Would you display D-3663?    10:36AM

18    BY MR. FIELDS:    10:36AM

19    Q    You've obviously been a professor or assistant or associate    10:36AM

20    professor for a number of years.  Are these the types of courses    10:36AM

21    that you have taught over the years?    10:36AM

22    A    This is a list of some of the courses that I have taught    10:36AM

23    either at Berkeley, at Imperial College, or in the Royal    10:36AM

24    Institute of Technology at Stockholm.    10:36AM

25                    As you see, for example, courses -- and these are    10:36AM

1    pretty much exactly the actual titles of the courses:  Rock                10:37AM

2    mechanics, rock physics, fluid flow through porous media, et               10:37AM

3    cetera, as one can see on the slide.                                        10:37AM

4    Q   We heard from Professor Blunt, I believe, and perhaps                   10:37AM

5    others, that the Macondo reservoir rock is like sandstone.  Have           10:37AM

6    you taught about sandstones and the compressibility of the                 10:37AM

7    sandstones?                                                                 10:37AM

8    A   Yes.  The specific topic of compressibility of sandstones             10:37AM

9    would appear in my course on rock mechanics and would appear in            10:37AM

10   my course on rock physics.  It would appear in a course that I            10:37AM

11   have taught on fluid flow and porous media.                                10:37AM

12             So, yes, this does appear in several of the                      10:37AM

13   courses that I've taught over the years.                                   10:37AM

14   Q   Now, in addition to the courses you've taught, have you also          10:37AM

15   been involved in research in the area of rock mechanics over the          10:37AM

16   years?                                                                     10:37AM

17   A   Yes.  I have been involved in research during the period of           10:37AM

18   my Ph.D. and subsequent to that essentially continuously.  It's           10:37AM

19   always been a large part of all of my job functions, and I've             10:38AM

20   conducted research primarily in the area, in various areas of             10:38AM

21   rock mechanics.                                                            10:38AM

22             I would point out that rock mechanics, as I                      10:38AM

23   mentioned earlier, it's in general the field that studies the             10:38AM

24   mechanical behavior and deformation and motion of rocks.  It has          10:38AM

25   specific applications to the petroleum industry in topics, such           10:38AM

2390

1    as pore volume compressibility, wellbore stability, hydraulic          10:38AM

2    fracturing, et cetera.                                                 10:38AM

3              So this has been -- rock mechanics in general has            10:38AM

4    been a major theme of my research for the past 30 years.               10:38AM

5    Q   One of the earlier slides that we looked at had a bullet           10:38AM

6    point that talked about the fact that you had over 200 papers.         10:38AM

7    Are those all peer-reviewed papers?                                    10:38AM

8    A   No.  That's a total number of my published papers.  I would        10:38AM

9    say somewhere over 90 of them have been published in                   10:39AM

10   peer-reviewed scientific journals.  Another 90 or so papers have       10:39AM

11   appeared in -- generally, in sort of proceedings of conferences,       10:39AM

12   such as SPE.  About 13 or 14 of them I believe appeared as part        10:39AM

13   of SPE conferences.                                                    10:39AM

14             So, the other papers, essentially what scholars              10:39AM

15   would call conference proceedings papers.  But over 90 of them         10:39AM

16   have appeared in the peer-reviewed scientific literature.              10:39AM

17             MR. FIELDS:  Would you display D-23665.                      10:39AM

18   BY MR. FIELDS:                                                         10:39AM

19   Q   Are these images of books that you have written about rock         10:39AM

20   mechanics or rock compressibility?                                     10:39AM

21   A   Well, yes.  The book on the left is entitled,                      10:39AM

22   *Compressibility of the Sandstones*.  I published that in 1991.        10:39AM

23   It was published by Elsevier Scientific Publishers, which I            10:39AM

24   believe is the world's largest scientific publishing company.         10:39AM

25             It was published as part of a series called                  10:39AM

1   developments in petroleum science.  It was volume 29 in that  10:39AM

2   series, and this book deals exclusively with the issue of  10:40AM

3   compressibility of sandstones.  10:40AM

4              On the right is a copy of a fourth edition of the  10:40AM

5   book *Fundamentals of Rock Mechanics*.  I'm the co-author of that,  10:40AM

6   along with JC Jeager and Cook.  10:40AM

7              That fourth edition was published in 2004, 2007 --  10:40AM

8   excuse me, published by Wylie Blackwell, and it's generally and  10:40AM

9   essentially universally regarded as the most sort of  10:40AM

10  authoritative and complete book in the field of rock mechanics.  10:40AM

11  Q    There was also on the prior slide a reference to citations.  10:40AM

12  Approximately how many times have your papers or books been  10:40AM

13  cited by other engineers or scientists?  10:40AM

14  A    Well, the Institute of Scientific Information keeps track of  10:40AM

15  citations to published works that appear within -- whereby the  10:40AM

16  citations appear within peer-reviewed scientific journals.  10:41AM

17             According to the Institute of Scientific  10:41AM

18  Information, my books and papers have been cited about 3,000  10:41AM

19  times.  10:41AM

20             There's also an index, a widely used index, called  10:41AM

21  Google Scholar.  Google Scholar counts citations that appear in  10:41AM

22  other sources other than scientific peer-reviewed journals, such  10:41AM

23  as, for example, Google Scholar would count citations that  10:41AM

24  appear within SPE conference papers.  According to Google  10:41AM

25  Scholar, my books and papers have been cited about 5,000 times.  10:41AM

| | | |
|---|---|---|
| 1 | MR. FIELDS:  Can we pull up D-23666, please. | 10:41AM |
| 2 | BY MR. FIELDS: | 10:41AM |
| 3 | Q   Will you please tell us about the editorial positions that | 10:41AM |
| 4 | you hold on various journals. | 10:41AM |
| 5 | A   Well, yes.  Since 2006, I have a been the editor in chief of | 10:41AM |
| 6 | the *International Journal of Rock Mechanics and Mining Sciences,* | 10:41AM |
| 7 | which is the leading journal in the field of rock mechanics. | 10:41AM |
| 8 | That's the journal that you see on the right of that screen. | 10:41AM |
| 9 | Since the late 1990s, I have been on the editorial | 10:42AM |
| 10 | board of a journal called *Transport in Porous Media*, which is a | 10:42AM |
| 11 | journal that focuses on flow of fluids through media and porous | 10:42AM |
| 12 | materials. | 10:42AM |
| 13 | And for the last four years or so, I believe, I've | 10:42AM |
| 14 | been on the editorial board of the *International Journal of* | 10:42AM |
| 15 | *Engineering Science*. | 10:42AM |
| 16 | MR. FIELDS:  Please display 23667. | 10:42AM |
| 17 | BY MR. FIELDS: | 10:42AM |
| 18 | Q   Are these a sample of the various professional national | 10:42AM |
| 19 | organizations to which you belong? | 10:42AM |
| 20 | A   Yes.  I've been a member of the SPE, I believe, for a little | 10:42AM |
| 21 | bit over 30 years now. | 10:42AM |
| 22 | I am a member of both the American Society of | 10:42AM |
| 23 | Mechanical Engineers and the American Society of Civil | 10:42AM |
| 24 | Engineers. | 10:42AM |
| 25 | I'm a member of the American Geophysical Union, | 10:42AM |

| | |
|---|---|
| 1 | which is actually a world wide organization of earth scientists. | 10:42AM |
| 2 | I am also a member of the American Rock Mechanics | 10:42AM |
| 3 | Association.  I believe I've been a member since that | 10:42AM |
| 4 | organization was founded in the late 1990s. | 10:43AM |
| 5 | The American Rock Mechanics Association is a | 10:43AM |
| 6 | constituent part of the International Society for Rock | 10:43AM |
| 7 | Mechanics.  So, by virtue of being a member, I'm also a member | 10:43AM |
| 8 | of the International Society for Rock Mechanics. | 10:43AM |
| 9 | Q   With respect to the International Society for Rock | 10:43AM |
| 10 | Mechanics, are you on any types of commissions at that | 10:43AM |
| 11 | particular organization? | 10:43AM |
| 12 | A   Well, yes, I am.  In fact, in 2009, when the International | 10:43AM |
| 13 | Society For Rock Mechanics initiated a commission called the | 10:43AM |
| 14 | commission for petroleum geomechanics, I was actually the first | 10:43AM |
| 15 | person asked to be the president of that commission. | 10:43AM |
| 16 | I felt, due to other time commitments, that was | 10:43AM |
| 17 | not possible.  But I did join as a member of that commission. | 10:43AM |
| 18 | So I am the member of the commission of petroleum geomechanics | 10:43AM |
| 19 | for the ISRM. | 10:43AM |
| 20 | Q   And briefly, what does that commission do? | 10:43AM |
| 21 | A   Well, that commission -- and I should preference it by | 10:43AM |
| 22 | saying in this context geomechanics and rock mechanics are | 10:43AM |
| 23 | essentially equivalent terms. | 10:44AM |
| 24 | That commission tries to organize workshops in | 10:44AM |
| 25 | various areas of rock mechanics as they apply to petroleum | 10:44AM |

| | | |
|---|---|---|
| 1 | engineering.  Tries to organize special sessions within larger | 10:44AM |
| 2 | conferences.  It was in the process of trying to organize some | 10:44AM |
| 3 | special publications devoted on specific issues of rock | 10:44AM |
| 4 | mechanics applications to the petroleum industry. | 10:44AM |
| 5 | MR. FIELDS:  Please display 23668. | 10:44AM |
| 6 | BY MR. FIELDS: | 10:44AM |
| 7 | Q   Let's focus for a minute on one of the awards that you've | 10:44AM |
| 8 | received in the rock mechanics area.  Will you tell us briefly | 10:44AM |
| 9 | about the Biot medal that you received? | 10:44AM |
| 10 | A   Yes.  In 2010, I have received a Maurice A. Biot medal from | 10:44AM |
| 11 | the American Society of Civil Engineers.  That's a medal that's | 10:44AM |
| 12 | awarded annually to researchers anywhere in the world, not | 10:44AM |
| 13 | necessarily restricted to the members of the ASCE, for lifetime | 10:44AM |
| 14 | research contributions in the field of mechanics and the | 10:45AM |
| 15 | mechanical behavior of the porous materials.  And, as the | 10:45AM |
| 16 | citation mentions, a quote here on the screen from the citation | 10:45AM |
| 17 | points out that I've had a major -- according to the ASCE, I've | 10:45AM |
| 18 | had a major impact on rock mechanics and the theory of | 10:45AM |
| 19 | poroelasticity. | 10:45AM |
| 20 | Q   So two questions on this slide. | 10:45AM |
| 21 | One, there is a reference to porous materials.  Do | 10:45AM |
| 22 | you see that? | 10:45AM |
| 23 | A   Yes. | 10:45AM |
| 24 | Q   What are the porous materials?  And, more specifically, is a | 10:45AM |
| 25 | sandstone a porous material? | 10:45AM |

1    A    Yes.   A porous material is a material which is not
2    completely solid.   I.e., if one thought about for example a
3    piece of steel and looked at a piece steel under a microscope,
4    you would just see more steel.   You wouldn't see any void space,
5    any pores in it.
6            Porous materials, on the other hand, are materials
7    that have void spaces within them.   Typically those void spaces
8    are interconnected to each other, and typically they are filled
9    with fluids.
10           So possibly the most typical and common type of
11   porous material would be a reservoir type rock.   Soils are also
12   porous materials.   Biological materials such as human bone is
13   actually porous material.
14           So it's a wide range of materials, but certainly
15   reservoir sandstones are a type of porous material.
16   Q    There is a reference also from the ASCE citation that talks
17   about the theory of poroelasticity.   What in general is
18   poroelasticity?
19   A    Well, the theory of elasticity is the theory that studies
20   how solid bodies change their size and shape when they are acted
21   upon by various forces and stresses.
22           That might sound like the same definition I gave
23   before for mechanics, but elasticity would be sort of a subset
24   of mechanics that doesn't necessarily look at materials
25   breaking, but looks at their behavior prior to breaking, so to

| | | |
|---|---|---|
| 1 | speak. | 10:47AM |
| 2 | Poroelasticity is the specific type of elasticity | 10:47AM |
| 3 | that's relevant to porous materials.  I wouldn't say in this | 10:47AM |
| 4 | case it's a subset of elasticity.  It's actually a somewhat more | 10:47AM |
| 5 | complicated and generalized theory.  Because in the theory of | 10:47AM |
| 6 | poroelasticity, one has to account for the fact that materials | 10:47AM |
| 7 | are porous and the fact that the fluid in the pores has a pore | 10:47AM |
| 8 | pressure. | 10:47AM |
| 9 | So it's sort of an extension of the classical | 10:47AM |
| 10 | theory of elasticity to apply to porous materials such as | 10:47AM |
| 11 | sandstones. | 10:47AM |
| 12 | MR. FIELDS:  Would you display D-23671. | 10:47AM |
| 13 | BY MR. FIELDS: | 10:47AM |
| 14 | Q   In addition to your academic work, have you provided | 10:47AM |
| 15 | consulting services on rock mechanics related issues in the | 10:47AM |
| 16 | past? | 10:47AM |
| 17 | A   Yes.  I've occasionally functioned as a consultant or expert | 10:47AM |
| 18 | witness. | 10:47AM |
| 19 | For example, a couple of examples here on the | 10:48AM |
| 20 | screen.  In the late 1980s, I served as a consultant and expert | 10:48AM |
| 21 | witness on the topic of pore volume compressibility of | 10:48AM |
| 22 | unconsolidated sands.  That was done for the California Bureau | 10:48AM |
| 23 | of State Lands as part of the Long Beach oil field reservoir | 10:48AM |
| 24 | equity arbitration case. | 10:48AM |
| 25 | I believe it was early 1990s, I was a consultant | 10:48AM |

```
 1   on laboratory measurements of pore volume compressibility, and        10:48AM

 2   interpretation of that data for a company called Terratek, which       10:48AM

 3   is a very well-known rock mechanics testing company that's based       10:48AM

 4   in Salt Lake City, Utah.                                               10:48AM

 5           A few years ago I did some consulting work for a              10:48AM

 6   company called Dove Energy where I was a consultant --                 10:48AM

 7   specifically, where I analyzed data to determine pore volume           10:48AM

 8   compressibility of various of their reservoirs in the Middle           10:48AM

 9   East.                                                                  10:48AM

10           MR. FIELDS:  Your Honor, at this point, BP and Anadarko       10:48AM

11   tender Professor Zimmerman as an expert in the area of rock            10:49AM

12   mechanics, including rock compressibility.                             10:49AM

13           MR. GLADSTEIN:  You Honor, Richard Gladstein for the          10:49AM

14   United States.                                                         10:49AM

15           No objections, except to the extent of scope.  We            10:49AM

16   would want his testimony to be consistent with your order, that       10:49AM

17   he's not allowed to testify as to any surrebuttal opinions, Your      10:49AM

18   Honor.                                                                 10:49AM

19           THE COURT:  All right.  I'll accept him as an expert.        10:49AM

20   BY MR. FIELDS:                                                         10:49AM

21   Q   Professor Zimmerman, did you write a report in this case in       10:49AM

22   which the report set forth your opinions as well as the reasons       10:49AM

23   for your opinions?                                                     10:49AM

24   A   Yes, I did.                                                        10:49AM

25           MR. FIELDS:  Would you please display TREX-11497.1.          10:49AM
```

1    BY MR. FIELDS:                                                    10:49AM

2    Q    Professor Zimmerman, is this the cover page from the report  10:49AM

3    that you prepared in this litigation?                             10:49AM

4    A    Yes, it is.                                                  10:49AM

5            MR. FIELDS:  Your Honor, we have offer Professor          10:49AM

6    Zimmerman's report, which is TREX-011497, into evidence.          10:49AM

7            THE COURT:  All right.  Any objection?                    10:50AM

8                Without objection, it's admitted.                     10:50AM

9                (Exhibit admitted.)                                   10:50AM

10   BY MR. FIELDS:                                                    10:50AM

11   Q    Look at D-23672.                                             10:50AM

12               At a very high level, would you please tell the       10:50AM

13   Court your opinions about the Macondo reservoir rock's           10:50AM

14   compressibility or level of compressibility.                     10:50AM

15   A    Well, the main conclusion of my report was that my estimate  10:50AM

16   of the average compressibility of the reservoir rocks in the     10:50AM

17   Macondo reservoir was 6.35 microsips.                            10:50AM

18               Microsips is a unit that is used commonly in the     10:50AM

19   oil industry to quantify and measure the level of                10:50AM

20   compressibility.                                                 10:50AM

21               This conclusion was based on my analysis, from       10:50AM

22   various pieces of data from the reports submitted by             10:50AM

23   Weatherford's Lab.  In particular, this numerical value was      10:50AM

24   obtained from my analysis of the Weatherford Laboratory tests    10:50AM

25   done on measuring the uniaxial pore volume compressibility off   10:50AM

1   three cores from the Macondo reservoir.                    10:51AM

2           These tests were, I believe, conducted using       10:51AM

3   standard rock mechanics testing procedures.  My estimate of the    10:51AM

4   UPVC -- and I will abbreviate it as such occasionally in my    10:51AM

5   testimony -- my estimate of the UPVC value of 6.35 microsips was    10:51AM

6   also sort of bolstered and confirmed by my analysis of other    10:51AM

7   laboratory data measurements of different properties that are    10:51AM

8   closely related to pore volume compressibility of different    10:51AM

9   experiments that were conducted by Weatherford Laboratories.    10:51AM

10  Q   Before getting into the details of your opinions, we've been    10:51AM

11  talking about this concept of compressibility.  Can you explain    10:51AM

12  the concept of compressibility and how it relates to materials.    10:51AM

13  A   Well, in the most general sense, the compressibility is the    10:51AM

14  parameter that quantifies how easy it is for a body to change    10:51AM

15  its size and shape When it's acted upon by pressures.    10:52AM

16          So, very specifically, the compressibility is    10:52AM

17  defined as the fractional change in the volume of a body divided    10:52AM

18  by the pressure that is applied to that body.    10:52AM

19          All materials are compressible to one degree or    10:52AM

20  another, even though it might not appear that way to the human    10:52AM

21  eye.  So even a material such as steel, which we generally think    10:52AM

22  of as being very rigid, has a nonzero compressibility.  It's    10:52AM

23  actually about 0.04 microsips.    10:52AM

24          At the other extreme, a loaf of bread, for    10:52AM

25  example, actually has a compressibility of roughly about a    10:52AM

1  million microsips.                                                   10:52AM

2          So all materials are compressible to one degree or          10:52AM

3  another.  Of course, my testimony in this case will focus on the    10:52AM

4  pore compressibility of the sandstones.                             10:52AM

5          MR. FIELDS:  Would you display D-24650.                      10:52AM

6  BY MR. FIELDS:                                                       10:52AM

7  Q   We've repeatedly heard in this litigation and we heard          10:53AM

8  earlier from you about a term called microsip.  So what is a        10:53AM

9  microsip?                                                           10:53AM

10 A   Well, like I said, since compressibility is defined as the      10:53AM

11 fractional change in volume divided by the implied pressure, it     10:53AM

12 has sort of units of one divided by pressure or one divided by      10:53AM

13 psi.                                                                10:53AM

14         In order to not always talk about numbers with             10:53AM

15 large or small exponents, it's common to use the units of          10:53AM

16 microsips.  Specifically, micro means 10 to the minus 6 power,     10:53AM

17 or one part in a million.  So a microsip specifically is 10 to     10:53AM

18 the minus 6 power divided by psi.                                  10:53AM

19         So micro is just the typical scientific word for          10:53AM

20 10 to the minus 6 power.  Sip, at one point someone tried to      10:53AM

21 cleverly come up with way of coming up with a word that           10:53AM

22 indicated one divided by psi, and that how became S-I-P.  So      10:54AM

23 that's sort of the term that's used in the oil industry,          10:54AM

24 microsip.                                                         10:54AM

25         But essentially it means 10 to the minus 6 per           10:54AM

```
 1    psi.                                                            10:54AM

 2             MR. FIELDS:  Let's display D-23674.                     10:54AM

 3    BY MR. FIELDS:                                                   10:54AM

 4    Q   And, Professor Zimmerman, can you explain to us what this    10:54AM

 5    diagram depicts?                                                 10:54AM

 6    A   Well, on the left, there's sort of a picture of a sandstone. 10:54AM

 7    And, that small region, sort of the outline in the yellow        10:54AM

 8    square, is sort of blown up on the right.  So one could imagine  10:54AM

 9    that on the right represents that a small piece of that          10:54AM

10    sandstone viewed under a microscope on a very larger scale.      10:54AM

11             We see that the sandstone essentially consists of       10:54AM

12    two main components:  It consists of minerals, and in this       10:54AM

13    particular image the mineral grains are indicated in that sort   10:54AM

14    of mottled brown coloring.  I think one of the grains is         10:54AM

15    indicated by the arrow up on the -- in the upper left corner     10:55AM

16    there.                                                           10:55AM

17             But also, the grains do not completely occupy all       10:55AM

18    of the space.  There is void space or pore space between these   10:55AM

19    grains.  Those pores are shown in the image in the darker brown  10:55AM

20    color in the reservoir.  Those pores would be filled with some   10:55AM

21    mixture of hydrocarbons and water.                               10:55AM

22    Q   Now, let's specifically focus on the compressibility of      10:55AM

23    reservoir rocks such as sandstones.  Can you take a look at      10:55AM

24    D-23719.                                                         10:55AM

25             Now, when discussing how pressures cause volume         10:55AM
```

1    changes to porous materials like sandstones, what are the                10:55AM

2    different types of volumes that you would be looking at as a              10:55AM

3    scientist or as an engineer?                                             10:55AM

4    A    Well, as this picture shows and I mentioned just previously,        10:55AM

5    the sandstone consists of a mixture of mineral grains and                10:55AM

6    fluid-filled pore space.                                                 10:55AM

7              So, first we have something, pore volume -- and I              10:56AM

8    believe there probably should have been an arrow here pointing           10:56AM

9    from here to there showing that this sort of orange area                 10:56AM

10   outlines one of the pores.                                               10:56AM

11             If you imagine the total sum of the volume of all              10:56AM

12   of these pores would be referred to as the pore volume of this           10:56AM

13   rock; the total volume occupied by the minerals would be                 10:56AM

14   referred to as the mineral volume of the rock; and by                    10:56AM

15   definition, the total overall volume which is referred to in             10:56AM

16   this context as the bulk volume, which would be the volume that          10:56AM

17   would be represented within this green boundary.  That would be          10:56AM

18   the volume that one would measure on a core if you just measured         10:56AM

19   the length and diameter of the core.                                     10:56AM

20             That bulk volume consists of the sum of the pore               10:56AM

21   volume plus the mineral volume.                                          10:56AM

22   Q    We've heard about pressures and compressibility.  If you            10:56AM

23   look at D-23676, what type of pressure or pressures exist in and         10:56AM

24   around reservoir rock?                                                   10:57AM

25   A    This large square region represents sort of a blowup.  So,          10:57AM

**OFFICIAL TRANSCRIPT**

1   sort of under a microscope, so to speak, of a small piece of the   10:57AM

2   rock in a generic reservoir.  That rock is acted upon in the   10:57AM

3   reservoir by different stresses or pressures.   10:57AM

4               I should point out that, for the context of what I   10:57AM

5   will be discussing today, there really isn't a distinction   10:57AM

6   between the word stresses and pressures.  I might be using both   10:57AM

7   of those terms interchangeably.   10:57AM

8               So this rock is acted upon -- I'll mention first   10:57AM

9   this vertical stress or vertical pressure which is sometimes   10:57AM

10  called the overburden confining pressure.  It's essentially due   10:57AM

11  to the weight of the rock that's lying above the reservoir.   10:57AM

12              So at that weight of all the rock lying above the   10:57AM

13  reservoir pushes down on the reservoir and exerts a pressure on   10:57AM

14  it in the vertical direction.   10:58AM

15              There are also stresses that act laterally or in   10:58AM

16  the horizontal direction.  Those would be known as the lateral   10:58AM

17  confining pressures.  In general, these two pressures are not   10:58AM

18  equal to each other in a reservoir.   10:58AM

19  Q   Let's take a look at D-23675.  What is the relationship or   10:58AM

20  the interaction between these confining pressures that you   10:58AM

21  previously identified and the pore pressure?   10:58AM

22  A   Well, as I mentioned, there are confining pressures that act   10:58AM

23  both in the vertical and horizontal direction.   10:58AM

24              If somehow those confining pressures, for example,   10:58AM

25  would increase, that would have the effect of compressing the   10:58AM

| | |
|---|---|
| 1 | pore and making it smaller. | 10:58AM |
| 2 | But there's another factor that comes into play | 10:58AM |
| 3 | with porous material such as sandstones.  The fluid in the pore | 10:58AM |
| 4 | space is pressurized, and that fluid is typically under some | 10:58AM |
| 5 | high pressure.  That pressure is known as the pore pressure or | 10:58AM |
| 6 | the pore fluid pressure. | 10:59AM |
| 7 | That pressure exerts a pressure outwards from the | 10:59AM |
| 8 | pore space into the mineral grains.  So, as we see from this | 10:59AM |
| 9 | cartoon here, the pore pressure exerts forces in the outward | 10:59AM |
| 10 | direction against the rock. | 10:59AM |
| 11 | In some sense, it's clear that the pore pressures | 10:59AM |
| 12 | and the confining pressures are acting in opposite directions | 10:59AM |
| 13 | and have somewhat opposite affects on the pore volume. | 10:59AM |
| 14 | Q   Let's take a look at a three-slide set.  Its D-23681, | 10:59AM |
| 15 | D-23682, D-26383. | 10:59AM |
| 16 | We've talked generally about compressibility; but, | 10:59AM |
| 17 | in using these slides, can you tell us why pore volume | 10:59AM |
| 18 | compressibility is an important parameter. | 10:59AM |
| 19 | A   Specifically, the pore volume compressibility quantifies how | 10:59AM |
| 20 | much the pore volume will change when the pore pressure changes | 10:59AM |
| 21 | or when the pore pressure depletes. | 10:59AM |
| 22 | So if, for example, fluid depletes from this | 11:00AM |
| 23 | reservoir either through production or through leakage, the | 11:00AM |
| 24 | pressure in the -- the pore pressure in the reservoir would | 11:00AM |
| 25 | decrease.  If the pore pressure decreases, the pore volume will | 11:00AM |

1    decrease according to this pore volume compressible effect.                    11:00AM

2                 If the pore volume has decreased, there is                        11:00AM

3    obviously less volume available in the reservoir for the fluids,               11:00AM

4    and those fluids that can no longer be stored in the reservoir                 11:00AM

5    must leave through the well.                                                   11:00AM

6                 So the pore volume compressibility is a very                      11:00AM

7    important parameter for quantifying how much fluid can be stored               11:00AM

8    in a reservoir or how much fluid is stored in a reservoir under                11:00AM

9    various conditions.                                                            11:00AM

10   Q   Now, in your report you talk about two types of pore volume                11:00AM

11   compressibility.  The first type you talk about is the                         11:00AM

12   hydrostatic pore volume compressibility.  The second type is                   11:00AM

13   something called the uniaxial pore volume compressibility.                     11:01AM

14                So, first of all, let's talk the hydrostatic pore                 11:01AM

15   volume compressibility.  What is that?                                         11:01AM

16                Perhaps we can pull up D-23677.                                   11:01AM

17   A   The term hydrostatic is used in the field of rock mechanics                11:01AM

18   to refer to situations in which all of the confining pressures                 11:01AM

19   are equal to each other.                                                       11:01AM

20                So in this particular -- in the particular case of                11:01AM

21   hydrostatic, state of hydrostatic stress, that would be a                      11:01AM

22   situation in which the vertical confining stress and the                       11:01AM

23   horizontal confining stresses are equal.                                       11:01AM

24                So, in a hydrostatic compressibility test, one                    11:01AM

25   would change those stresses by equal amounts.  In such a test,                 11:01AM

1    vertical stresses and the horizontal stresses are continuing to          11:01AM

2    change by equal amounts.                                                 11:01AM

3              If one then measures how much the pore volume                  11:01AM

4    changes during that test, one can calculate something called a          11:01AM

5    hydrostatic pore volume compressibility.                                11:01AM

6              As I'll mention in a second, that's not exactly               11:02AM

7    the mode of deformation that takes place in a reservoir, but it         11:02AM

8    is sort of a starting point of the theory of porous materials          11:02AM

9    and pore compressibility.                                               11:02AM

10   Q    Now, what is pore volume -- sorry -- what is uniaxial pore         11:02AM

11   volume compressibility?                                                 11:02AM

12   A    Well, when the rocks deform in the reservoir, they don't          11:02AM

13   deform under conditions where all of the stresses are changing         11:02AM

14   by equal amounts.                                                       11:02AM

15             In general, they undergo a type of deformation               11:02AM

16   that's called uniaxial deformation, meaning that the rock              11:02AM

17   actually only compresses in the vertical direction.  So, uni,          11:02AM

18   meaning one axis.  The rock compresses along one axis; in this         11:02AM

19   case, a vertical axis.                                                  11:02AM

20             MR. FIELDS:  Can we pull up D-23678?                         11:02AM

21   BY MR. FIELDS:                                                          11:02AM

22   Q    That might help.                                                   11:02AM

23   A    Yes.                                                               11:02AM

24             So here we see an example of uniaxial                        11:02AM

25   compressibility where the rock is compressing in a vertical            11:03AM

1   direction but is not compressing in the lateral direction.          11:03AM

2              Reason that this happens in the reservoir is that      11:03AM

3   the lateral size of the reservoir are bounded by essentially       11:03AM

4   almost infinite expanse of other rock which essentially prevents   11:03AM

5   the reservoir from expanding in the lateral direction.             11:03AM

6              That's not the case in the vertical direction           11:03AM

7   because the surface can subside.  And so the rock is allowed to     11:03AM

8   compact or compress in the vertical direction.                      11:03AM

9              So, specifically, to get back to your question,         11:03AM

10  uniaxial pore volume compressibility would be the                   11:03AM

11  compressibility of the pore volume measured under a situation in    11:03AM

12  which the rock was deforming only in the vertical direction.        11:03AM

13  Q   Now, Dr. Blunt has performed something called the material      11:03AM

14  balance analysis.  For the material balance analysis, which type    11:03AM

15  of pore volume compressibility would be relevant, hydrostatic or    11:03AM

16  uniaxial?                                                           11:03AM

17  A   As I mentioned, in the reservoir, the rock deforms in the       11:04AM

18  uniaxial mode.  And so the type of compressibility that would be    11:04AM

19  most relevant to a material balance calculation would be the        11:04AM

20  uniaxial pore volume compressibility.                               11:04AM

21  Q   Let's switch briefly to another topic.  Let's talk about        11:04AM

22  rock consolidation.                                                 11:04AM

23              As part of your work in this case, did you              11:04AM

24  consider the degree or level of consolidation of the Macondo        11:04AM

25  reservoir rock?                                                     11:04AM

1    A    Well, that's one of the issues that I thought about in the          11:04AM

2    process of preparing my report, in preparing my testimony, yes.         11:04AM

3    Q    Now, what is the concept of rock consolidation?  What does          11:04AM

4    that mean?  I think you have the core that Dr. Blunt used.               11:04AM

5    That's D-23958.                                                          11:04AM

6    A    I'll start by saying that sandstone, many millions of years        11:05AM

7    ago, began as essentially as a loose collection of sand grains.         11:05AM

8    So sands in the reservoir start out as loose sand grains, as you        11:05AM

9    would see at the bottom of a beach or the bottom of a lake.             11:05AM

10           Over geological time, over millions of years,                   11:05AM

11   these sand grains get buried under more sand grains.  They then         11:05AM

12   get compacted under increasingly higher pressures and also              11:05AM

13   higher temperatures.  This process tends to cause the sand              11:05AM

14   grains to get compacted and consolidated together, and you can          11:05AM

15   think of it almost to some extent sort of welded together.              11:05AM

16           So there's sort of a gradual process that goes on               11:05AM

17   over geological time that transforms the rock from its initial          11:05AM

18   state as a loose collection of unconsolidated sand grains to            11:05AM

19   something that more and more sort of we think of as a solid             11:05AM

20   body.                                                                   11:05AM

21           That sort of process is the process of                         11:05AM

22   consolidation, and it can proceed to varying degrees and varying        11:06AM

23   rates.  Some sandstones are consolidated to the point where             11:06AM

24   there's hardly any porosity left at all, almost a solid body            11:06AM

25   with 2 or 3 percent porosity.                                           11:06AM

2409

```
 1              So there's a spectrum of consolidation that          11:06AM

 2    essentially refers to essentially how solidified the rock is.  11:06AM

 3    To some extent, it also correlates with loss of porosity.  So  11:06AM

 4    unconsolidated sands would have a very high porosity, close to 11:06AM

 5    40 percent; and, as the consolidation process proceeds, the    11:06AM

 6    porosity generally decreases.                                  11:06AM

 7    Q    Now, did you arrive at any conclusions about the Macondo  11:06AM

 8    sandstones' level of consolidation?                            11:06AM

 9    A    Yes, I did.                                               11:06AM

10    Q    And what is that?                                         11:06AM

11    A    Well, I should point out that, as I said, in some sense,  11:06AM

12    there's a spectrum, as I've mentioned.  But the main sort of   11:06AM

13    distinction that one can draw is between unconsolidated and    11:06AM

14    consolidated sandstones.  It's a question of whether the sand  11:06AM

15    essentially functions as a loose collection of grains or whether 11:07AM

16    it has some sort of solidity to it, like this.  This would be an 11:07AM

17    example of a consolidated sandstone.                           11:07AM

18              Based on various pieces of data that I've seen       11:07AM

19    from the Weatehrford Laboratories, my conclusion is that the   11:07AM

20    Macondo rocks are what one would call weakly consolidated.  They 11:07AM

21    are in the consolidated category.  They are actually as        11:07AM

22    consolidated as this rock is.  They're weakly, but they are    11:07AM

23    consolidated.  They are consolidated.                          11:07AM

24    Q    Now, are you aware of literature that provides general    11:07AM

25    correlations between, for example, a rock's level of           11:07AM
```

| | | |
|---|---|---|
| 1 | consolidation and pore volume compressibility? | 11:07AM |
| 2 | A    There have been attempts in the past to sort of collect | 11:07AM |
| 3 | large amounts of data on the pore volume compressibility of | 11:07AM |
| 4 | different rocks, to plot those as a function of the porosity of | 11:07AM |
| 5 | that rock, and to try to group them into different categories | 11:08AM |
| 6 | such as consolidated or unconsolidated. | 11:08AM |
| 7 | If one does that and if one looks at any of these | 11:08AM |
| 8 | data sets, one sees a very large scatter.  So it is true that | 11:08AM |
| 9 | some people have tried to develop correlations.  The correlation | 11:08AM |
| 10 | co-efficients are usually very weak, by which I mean that | 11:08AM |
| 11 | although it is always possible to draw some line through a data | 11:08AM |
| 12 | set.  In most cases, these data sets are really clouds of data | 11:08AM |
| 13 | that have a huge range. | 11:08AM |
| 14 | So I think your question was, can one develop | 11:08AM |
| 15 | correlations?  People have attempted to do that.  But even those | 11:08AM |
| 16 | people that have attempted to do that point out that they cannot | 11:08AM |
| 17 | be used to predict for volume compressibility very accurately, | 11:08AM |
| 18 | because the range of sort of outlying data is just much too | 11:08AM |
| 19 | large. | 11:08AM |
| 20 | Q    As an expert in rock mechanics, what is your opinion about | 11:08AM |
| 21 | the best way to determine the pore volume compressibility of | 11:09AM |
| 22 | reservoir rock? | 11:09AM |
| 23 | A    Well, since pore volume compressibility will vary from one | 11:09AM |
| 24 | reservoir to the next, and as I've just sort of mentioned or | 11:09AM |
| 25 | implied, even if one looks at other rocks that have exactly the | 11:09AM |

1   same porosity as the rocks that you're interested in, that     11:09AM

2   information alone cannot really give you an accurate estimate of   11:09AM

3   the pore volume compressibility.     11:09AM

4           So the only reliable way or the most reliable way   11:09AM

5   to estimate the pore volume compressibility would be to take   11:09AM

6   cores from that reservoir, bring them to the laboratory, and   11:09AM

7   conduct pore volume compressibility measurements on those cores.   11:09AM

8   Q   As part of your work in this case and in the formulation of   11:09AM

9   your opinions about the Macondo reservoir's pore volume   11:09AM

10  compressibility, did you evaluate data from lab measurements of   11:09AM

11  samples taken from the reservoir?     11:09AM

12  A   Yes.  I looked at several sets of data from measurements   11:09AM

13  made by Weatherford Laboratories and different cores taken from   11:10AM

14  the Macondo reservoir.     11:10AM

15  Q   Let's turn to discuss the rock samples that were collected   11:10AM

16  from the Macondo well reservoir.  What types of samples were   11:10AM

17  collected in the reservoir?     11:10AM

18  A   The cores that were collected are something called rotary   11:10AM

19  sidewall cores.     11:10AM

20          MR. FIELDS:  Would you please show D-23685.   11:10AM

21  BY MR. FIELDS:     11:10AM

22  Q   Can you explain to the Court and us what a rotary sidewall   11:10AM

23  core is?     11:10AM

24  A   Well, this slide shows a schematic diagram of the reservoir;   11:10AM

25  this white vertical column represents the borehole.  In a rotary   11:10AM

1    cycle coring, a tool would be dropped down the borehole, and a          11:10AM

2    rotary device would be projected out laterally to the side of           11:11AM

3    that device.                                                            11:11AM

4              It would drill by a rotary action drill into the              11:11AM

5    reservoir horizontally away from the well.  Essentially, as we          11:11AM

6    see here in this schematic and in this what was an animation a          11:11AM

7    minute ago, as it rotates, essentially pulling out a small              11:11AM

8    cylindrical core out of the reservoir.                                  11:11AM

9              That coring bit would then be pulled back into the            11:11AM

10   coring device and eventually brought back up to the surface             11:11AM

11   where that core could be tested in the laboratory.                      11:11AM

12             So, just to summarize, the rotary refers to the               11:11AM

13   fact that the coring is drilled out in a rotary drilling action.        11:11AM

14   Sidewall refers to the fact that the coring is taken from the           11:11AM

15   sidewall of the borehole, not from the borehole itself.                 11:11AM

16   Q   Are there other types of cores that can be extracted from a         11:11AM

17   reservoir?                                                              11:11AM

18   A   Yes, There are.                                                     11:11AM

19   Q   What are examples of other types of cores that can be               11:12AM

20   extracted or collected from the reservoir?                             11:12AM

21   A   There's something called a percussion sidewall core.  That's        11:12AM

22   a core that was also be taken off to the side of the borehole.         11:12AM

23   That's done by sort of essentially shooting a hollow cylinder          11:12AM

24   into the reservoir that then essentially cuts out a cylindrical        11:12AM

25   core.                                                                   11:12AM

| | |
|---|---|
| 1 | So it would be another way of obtaining a | 11:12AM |
| 2 | cylindrical core from the sidewall of the reservoir, by | 11:12AM |
| 3 | essentially a shooting action, not rotary action. | 11:12AM |
| 4 | There's also conventional cores.  Conventional | 11:12AM |
| 5 | cores are rock cores taken from the rock that used to occupy the | 11:12AM |
| 6 | place that's now occupied by the borehole.  So conventional | 11:12AM |
| 7 | cores are taken -- in the case of a vertical well, such as one | 11:12AM |
| 8 | at Macondo, the conventional core would be taken out vertically | 11:12AM |
| 9 | out of the borehole. | 11:13AM |
| 10 | It would then be brought back to the surface to | 11:13AM |
| 11 | the laboratory where a small plug would be taken out of it, and | 11:13AM |
| 12 | then again one would take that small plug and do laboratory | 11:13AM |
| 13 | tests on the plug. | 11:13AM |
| 14 | So, yes. | 11:13AM |
| 15 | Q   Now, how many rotary sidewall core samples were collected | 11:13AM |
| 16 | from the Macondo well reservoir? | 11:13AM |
| 17 | A   I believe a total of 44 rotary sidewall corings were | 11:13AM |
| 18 | collected from the Macondo reservoir. | 11:13AM |
| 19 | Q   And, of those 44 cores that were collected from the | 11:13AM |
| 20 | reservoir, how many of them were tested for rock properties that | 11:13AM |
| 21 | you used in your work? | 11:13AM |
| 22 | A   Well, a total of nine of them were tested for the type of | 11:13AM |
| 23 | rock properties that I used in my analysis.  In one of those | 11:13AM |
| 24 | cases, specifically referring to the ultrasonic or the acoustic | 11:13AM |
| 25 | velocity tests, the data was only complete on two of those three | 11:13AM |

| | | |
|---|---|---|
| 1 | cores. | 11:13AM |
| 2 | So I actually used data from nine different cores | 11:13AM |
| 3 | in order to inform my opinion. | 11:13AM |
| 4 | Q   Well -- | 11:14AM |
| 5 | A   I'm sorry, I used eight different course. | 11:14AM |
| 6 | Q   So, with respect to the other 36 or so cores, why didn't you | 11:14AM |
| 7 | use data from those cores? | 11:14AM |
| 8 | A   Well, in some of the cores, no tests at all were performed. | 11:14AM |
| 9 | On other cores, tests were performed to measure different rock | 11:14AM |
| 10 | properties that are not directly relevant to the issue of pore | 11:14AM |
| 11 | volume compressibility. | 11:14AM |
| 12 | So, for example, other cores were used to measure | 11:14AM |
| 13 | permeability, or I believe electrical resistivity, and those | 11:14AM |
| 14 | properties are not closely related to pore volume | 11:14AM |
| 15 | compressibility. | 11:14AM |
| 16 | So that data would not have been relevant to my | 11:14AM |
| 17 | calculations or my determination. | 11:14AM |
| 18 | MR. FIELDS:  Would you please display D-23684. | 11:14AM |
| 19 | BY MR. FIELDS: | 11:14AM |
| 20 | Q   Professor Zimmerman, what does D-23684 show? | 11:14AM |
| 21 | A   Well, this is a schematic diagram that shows the locations | 11:15AM |
| 22 | where these eight cores were taken.  These eight cores, | 11:15AM |
| 23 | specifically referring to the eight cores, the data from which I | 11:15AM |
| 24 | used to reach my conclusions about the uniaxial pore volume | 11:15AM |
| 25 | compressibility. | 11:15AM |

2415

1     So, in this image here, the reservoir sandstone        11:15AM

2  layers were D layer, E layer, and the F sandstone layer are   11:15AM

3  shown in this sort of darker brown color.                     11:15AM

4     Again, this vertical sort of grey region                  11:15AM

5  schematically represents the borehole.  These small white     11:15AM

6  numbers represent the depths at the top and the bottoms of the 11:15AM

7  different sandstone layers.                                    11:15AM

8     These yellow numbers represent the depths at which        11:15AM

9  these particular cores were taken.  So, for example, core 3-6R 11:15AM

10  was taken from the depth of 18,074.9 feet, et cetera.         11:15AM

11     So we see these are the depths roughly to scale at       11:15AM

12  which these eight cores that I have referred to previously were 11:16AM

13  taken from the reservoir.                                     11:16AM

14  Q   You talked about rotary sidewall core samples.  Were there 11:16AM

15  any conventional cores that were collected from the Macondo   11:16AM

16  reservoir?                                                    11:16AM

17  A   No.  As far as I understand, there were no conventional -- 11:16AM

18  there was no conventional core retrieved from the Macondo     11:16AM

19  reservoir.                                                    11:16AM

20  Q   Is it common to have compressibility testing performed on 11:16AM

21  rotary sidewall cores?                                        11:16AM

22  A   It is commonly done within the oil industry, yes.  It's not 11:16AM

23  a rare or uncommon practice.                                  11:16AM

24  Q   Now, if we take a look at D-23686.  We'll talk about some of 11:16AM

25  these tests in some detail; but, in general, what type of     11:16AM

1    laboratory tests did you evaluate or did you review in reaching    11:16AM

2    your opinions in this case?    11:16AM

3    A   The primary test that I relied upon was something called the    11:16AM

4    uniaxial compression test.  The three different cores were    11:17AM

5    subjected to that test, and I used the data on the three cores    11:17AM

6    in the uniaxial compression test to arrive at my conclusion of    11:17AM

7    6.35 microsips as my estimate of the uniaxial pore volume    11:17AM

8    compressibility of the Macondo reservoir.    11:17AM

9              I also looked at data from two other tests.  One    11:17AM

10   was called the hydrostatic stairstep porosity test, which is a    11:17AM

11   test in which porosity was measured as a function in changes in    11:17AM

12   hydrostatic pressure.    11:17AM

13             I also looked at some data from ultrasonic    11:17AM

14   velocity tests, which are tests in which the speeds of the two    11:17AM

15   different types of ultrasonic waves, the Q wave and the S wave,    11:17AM

16   were measured in the laboratory.    11:17AM

17             So I used data from these two latter tests as sort    11:17AM

18   of a consistency check and a way of ascertaining whether or not    11:17AM

19   there seemed to be anything anomalous or peculiar about the    11:17AM

20   numbers that came out from the uniaxial compression test.    11:18AM

21   Q   Let's first focus on the uniaxial compression test.  Is that    11:18AM

22   the test -- you were here when the video of Ms. Loos was played.    11:18AM

23   Is that the test that she was talking about?    11:18AM

24   A   Yes.  I believe it was, yes.    11:18AM

25   Q   So let's talk about the uniaxial compression test.  If you'd    11:18AM

1    pull up D-23720, which is a basic demonstrative, to help us          11:18AM

2    understand the fundamentals of this test.  Can you sort of walk      11:18AM

3    us through how this test works in general.                           11:18AM

4    A    In the uniaxial compression test, the schematic shows a         11:18AM

5    cylindrical core that would be in the rock testing machine.  The     11:18AM

6    top and the bottom, you have these generally steel platens that      11:18AM

7    apply the axial pressure or the axial stress.                        11:18AM

8              There's also, although it's not shown here,                11:18AM

9    generally a fluid outside of the rock that applies the lateral       11:18AM

10   horizontal confining pressures.  Schematically, there are           11:19AM

11   pressure gauges here.  So this pressure gauge in the middle         11:19AM

12   represents sort of a measurement of the pore pressure or the        11:19AM

13   pressure of the fluid inside the pore space of the rock.            11:19AM

14             This pressure gauge represents the pressure of the        11:19AM

15   overburden, vertical overburden pressure.                           11:19AM

16             And this pressure gauge represents the pressure of        11:19AM

17   the lateral confining pressure.                                     11:19AM

18             During the uniaxial tests, the overburden pressure        11:19AM

19   is maintained constant.  As I mentioned earlier, that pressure      11:19AM

20   is essentially due to the weight of the rock that lies above the    11:19AM

21   reservoir, and that does not change during the depletion of the     11:19AM

22   reservoir.                                                          11:19AM

23             What does in the first instance change is the pore        11:19AM

24   pressure.  So, in these tests, the pore pressure would be           11:19AM

25   decreased at a certain rate to represent depletion of the           11:19AM

1    reservoir due to fluids leaving the reservoir.    11:19AM

2              The key point about these uniaxial compression    11:19AM

3    tests is that, in order to maintain the state of uniaxial    11:20AM

4    deformation, the lateral confining pressure is constantly    11:20AM

5    adjusted so as to prevent the rock from expanding or compressing    11:20AM

6    in the lateral direction.    11:20AM

7              So I think, if the animation can begin now, one    11:20AM

8    sees that the overburden pressure should stay the same.  Pore    11:20AM

9    pressure decreases much and the lateral confining pressure    11:20AM

10   decreases.  They don't decrease at this same rate.    11:20AM

11             The lateral confining pressure decreases -- in the    11:20AM

12   laboratory, it is purposefully decreased at exactly the right    11:20AM

13   rate to maintain state of uniaxial deformation.    11:20AM

14             So I think, in the test conducted by Weatherford,    11:20AM

15   the pore pressure was deleted down to a pore pressure of 3800    11:20AM

16   psi, which I believe was initially expected to be the final sort    11:20AM

17   of -- the final pressure at the end of the depletion life of    11:20AM

18   this reservoir.  And the lateral confining pressure decreased    11:20AM

19   down this value.    11:21AM

20             So, during these tests -- should I continue?    11:21AM

21   Q   Yes.    11:21AM

22   A   -- what is actually measured is the compression, the bulk    11:21AM

23   compression of the core.  In other words, what's actually    11:21AM

24   measured is how much this core gets shorter.  Again, it's not a    11:21AM

25   large amount, so it's hard to really envision visually that    11:21AM

1    during this test the core will get shorter.  That is what is    11:21AM

2    measured.  So, in a sense, one is actually measuring the bulk    11:21AM

3    volume compressibility.    11:21AM

4                One then converts that to the pore volume    11:21AM

5    compressibility using known and well accepted mathematical    11:21AM

6    relations.    11:21AM

7    Q   And how many cores did Weatherford Laboratories test for    11:21AM

8    uniaxial compressibility?    11:21AM

9    A   Three different cores were tested for uniaxial pore volume    11:21AM

10   compressibility.    11:21AM

11               MR. FIELDS:  Can we display TREX-9067.2.1.    11:21AM

12   BY MR. FIELDS:    11:21AM

13   Q   Dr. Zimmerman, is this some of the raw data from the    11:22AM

14   Weatherford uniaxial compression test results that you    11:22AM

15   relied upon in determining your estimate of the reservoir's    11:22AM

16   uniaxial pore volume compressibility?    11:22AM

17   A   Yes, it is.  This is the data from sample from 3-6R.  And    11:22AM

18   one sees, for example, the columns representing time,    11:22AM

19   representing the axial stress, which I've been referring to as    11:22AM

20   the axial overburden stress or overburden pressure.    11:22AM

21               This column presents the pore pressure.    11:22AM

22               And this column represents this lateral confining    11:22AM

23   pressure that we were discussing earlier.    11:22AM

24   Q   I think you mentioned this in response to my earlier    11:22AM

25   question, but just to be clear, did the Weatherford uniaxial    11:22AM

1    compression test actually measure uniaxial pore volume          11:22AM

2    compressibility?                                                11:22AM

3    A   Well, no.  They directly measured the bulk volume           11:22AM

4    compressibility, yes.                                           11:23AM

5              MR. FIELDS:  Now, will you please display D-24651.    11:23AM

6    BY MR. FIELDS:                                                  11:23AM

7    Q   Since we were interested in this case in the uniaxial pore  11:23AM

8    volume compressibility, will you tell the Court how you went    11:23AM

9    about calculating UPVC based on the Weatherford lab tests based 11:23AM

10   on the three core samples.                                      11:23AM

11   A   Well, as I just mentioned, the test directly measures the   11:23AM

12   change in bulk volume or the compressibility of the bulk volume 11:23AM

13   of the rock.                                                    11:23AM

14             As I'd mentioned earlier, the bulk volume of the      11:23AM

15   rock essentially has two components.  It has the component of   11:23AM

16   the mineral grains or the sand grains, but also the pore space  11:23AM

17   component.                                                      11:23AM

18             We are interested only in the compressibility of      11:23AM

19   the pore space.  They have directly measured the overall total  11:23AM

20   compressibility, so one must subtract out or somehow account for 11:23AM

21   the compression that took place within the sand grains          11:23AM

22   themselves.                                                     11:23AM

23             As it turns out for this particular type of rock,     11:23AM

24   very much the largest amount of compression occurs in the pore  11:24AM

25   space, but there is a small amount of compression that actually 11:24AM

1    occurs in the sand grains.  That is a term that's easy to           11:24AM

2    account for on mathematically known equations.                     11:24AM

3               That's sort of a correction, if you will, that one      11:24AM

4    needs to do to convert the raw data measured by Weatherford into   11:24AM

5    a uniaxial pore volume compressibility.                            11:24AM

6    Q   Are there formulas that you used in order to convert the       11:24AM

7    results of the Weatherford lab test results to uniaxial pore       11:24AM

8    volume compressibility values?                                     11:24AM

9    A   Yes.  There are known formulas which appear, for example, in   11:24AM

10   some of my published papers.  It appears also in certain           11:24AM

11   well-known textbooks on petroleum-related rock mechanics, yes.     11:24AM

12              So I used known equations.  I didn't used ad hoc         11:24AM

13   equations that were devised special for this purpose, no.          11:25AM

14              MR. FIELDS:  If you could put that back up.             11:25AM

15   BY MR. FIELDS:                                                     11:25AM

16   Q   So there were three core samples, and each the core samples    11:25AM

17   had a different level of pore volume compressibility.  How did     11:25AM

18   you take that information to come up with your estimate of the      11:25AM

19   reservoir's pore volume compressibility?                           11:25AM

20   A   Well, yes, there were three core samples.  The cores were      11:25AM

21   3-6R, 3-16R, and 3-22R.  As one can see on this panel in the       11:25AM

22   middle of the slide, each one had a somewhat different pore         11:25AM

23   volume compressibility as measured from the laboratory data.       11:25AM

24              Those three values were 8.57, 4.34, and 6.14 in         11:25AM

25   units of microsips.  Pore volume compressibility is essentially    11:25AM

1     an additive property, so the proper way to average them is just     11:25AM

2     to take a simple arithmetic average, which I did using the only     11:25AM

3     three data values that available to me from these three cores,     11:26AM

4     and that leads to an average value of 6.35 microsips.     11:26AM

5     Q   Now, if you look at it, and it may be hard to see, but for     11:26AM

6     example, if we look at D-24651 and we look at this little chart     11:26AM

7     for core 3-22R, it appears that at different pressure values the     11:26AM

8     level of compressibility of the rock changes.     11:26AM

9               Is that the case?     11:26AM

10    A   Yes.  As is typically the case for a sandstone or a     11:26AM

11    reservoir, particularly sandstones, the compressibility isn't     11:26AM

12    just a single number.  It varies with the level of stress.  So     11:26AM

13    at different stresses one would have a different level of     11:26AM

14    compressibility.     11:26AM

15              The value that I calculated here was my estimate     11:26AM

16    of the average value over the pressure range from 11800 psi down     11:26AM

17    to 10400 psi, which I understand to be pressures at the     11:26AM

18    beginning and the end of the leakage period.     11:27AM

19    Q   Now, the tests that were performed by Weatherford used a     11:27AM

20    pressure range from 11800 to down around 3800 psi?     11:27AM

21    A   Yes.  The tests went down to a much lower pressure.  I     11:27AM

22    assume that would have been the pressure that initially the     11:27AM

23    operators were expecting to complete the reservoir down to that     11:27AM

24    lower pressure of 3800.     11:27AM

25              I looked at the data at lower pore pressures,     11:27AM

| | | |
|---|---|---|
| 1 | again, just as sort of a consistency check to convince myself | 11:27AM |
| 2 | that the numbers seemed to be reasonable.  Had I used those | 11:27AM |
| 3 | numbers in my pore volume compressibility calculation, I would | 11:27AM |
| 4 | have actually got a lower pore volume compressibility, because | 11:27AM |
| 5 | pore volume compressibility tends to decrease during depletion. | 11:27AM |
| 6 | I didn't use pressures below 10400 psi, because | 11:27AM |
| 7 | they are not relevant to the compressibility that existed in the | 11:27AM |
| 8 | reservoir during the period when fluid was leaking from the | 11:28AM |
| 9 | reservoir. | 11:28AM |
| 10 | Q   In your analysis of the data, did you include all of the | 11:28AM |
| 11 | measured values from 11800 down to 10400? | 11:28AM |
| 12 | A   No.  I actually, as can be seen -- well, one could see it if | 11:28AM |
| 13 | one had very good vision here -- but can be seen very clearly in | 11:28AM |
| 14 | one of the graphs in my report. | 11:28AM |
| 15 | The initial part of this test, when depletion | 11:28AM |
| 16 | began, there were actually lower values of pore volume | 11:28AM |
| 17 | compressibility, and the raw data themselves show a trend where | 11:28AM |
| 18 | initially the pore volume compressibility was low and started to | 11:28AM |
| 19 | increase before leveling off and then essentially slowly | 11:28AM |
| 20 | decreasing. | 11:28AM |
| 21 | Typically we both expect from data and from lots | 11:28AM |
| 22 | of theoretical considerations that the pore volume | 11:28AM |
| 23 | compressibility would, if any anything, decrease as a function | 11:28AM |
| 24 | as depletion occurs.  Essentially because, as depletion occurs, | 11:29AM |
| 25 | cracks get close in the rock and grain boundaries in the rock | 11:29AM |

1    get pressed more tightly together.                          11:29AM

2              So anyway, to make a long story short, to my mind,   11:29AM

3    this initial period of a couple hundred psi where the pore    11:29AM

4    volume compressibility actually looked very low and was       11:29AM

5    increasing, I interpreted that as an experimental artifact.  I   11:29AM

6    think that's very commonly done.  It's been known for decades   11:29AM

7    that one often has what are generically referred to as        11:29AM

8    experimental artifacts at the beginning of a compressibility   11:29AM

9    test.                                                         11:29AM

10              It's generally thought to be related to friction   11:29AM

11   between the rock and the platens.  So those data points actually   11:29AM

12   indicated lower values, and I think --                        11:29AM

13   Q   What would have happened if you had actually included the   11:29AM

14   data points from that couple hundred psi range?  What impact   11:29AM

15   would that have on the pore volume compressibility estimate?   11:29AM

16   A   If I had included that, I would have gotten a much lower   11:30AM

17   value.  In fact, I think certainly with my glasses I can see   11:30AM

18   that this number here is actually 3.73.                       11:30AM

19              So there were some data points that actually       11:30AM

20   showed much lower values.  As I said, my feeling very strongly   11:30AM

21   is that I did not believe that these accurately reflected what   11:30AM

22   was going on in the reservoir, so I neglected the first few data   11:30AM

23   points corresponding to the first couple of hundred psi.      11:30AM

24              Removing those data points, the entire curve from   11:30AM

25   then down on to 3800 looked like a compressibility curve that I   11:30AM

1    would expect based on my experience.                        11:30AM

2    Q   So, based on your evaluation of the data from Weatherford   11:30AM

3    Laboratories' uniaxial compression test, what is your estimation   11:30AM

4    of the reservoir's pore volume compressibility?               11:30AM

5    A   Based on my analysis of this data and as reported in my   11:30AM

6    report, my estimate was 6.35 microsips.                       11:30AM

7    Q   Now, as part of your work in this case, did you review the   11:31AM

8    Weatherford compression test procedures?                      11:31AM

9    A   Yes, I did.  I did read -- those procedures and protocols   11:31AM

10   were described in the Weatherford report, and I did read them.   11:31AM

11   Q   And do you believe that the procedures that were performed   11:31AM

12   by Weatherford were appropriate?                              11:31AM

13   A   Yes, I do.                                                11:31AM

14   Q   You're aware that there is some criticism that Weatherford   11:31AM

15   ran the test at room temperature rather than at reservoir    11:31AM

16   temperature?  Are you aware of that criticism?               11:31AM

17          MR. GLADSTEIN:  Objection, Your Honor.  This gets into   11:31AM

18   the surrebuttal.  There was a list of ten areas that was a   11:31AM

19   deposition exhibit, and one of those areas, No. 6, is        11:31AM

20   temperature effect.                                          11:31AM

21          MR. FIELDS:  Your Honor, a couple of things, if I may   11:31AM

22   be heard.                                                    11:31AM

23          There are a couple of ways to approach this,          11:31AM

24   including his prior experience.  I think the biggest issue that   11:32AM

25   we raised with Judge Shushan and we raised with Your Honor, is   11:32AM

1    one of the issues in this case was the pore volume    11:32AM

2    compressibility of this reservoir.    11:32AM

3            THE COURT:  Wait.  Simple question:  Is this part of    11:32AM

4    his rebuttal report, what you're asking now?    11:32AM

5            MR. FIELDS:  As far as whether or not the temperature    11:32AM

6    was taken into consideration, that is not in his original    11:32AM

7    report.    11:32AM

8            THE COURT:  Okay.  So I sustain the objection.    11:32AM

9            FIELDS:  Your Honor, can we be heard on this issue?    11:32AM

10           THE COURT:  You just were.    11:32AM

11   BY MR. FIELDS:    11:32AM

12   Q    During the uniaxial compression test, what type of fluid did    11:32AM

13   Weatherford Laboratories use to fill the core sample's pores?    11:32AM

14   A    They have used kerosene.    11:32AM

15   Q    In your experience, have you seen kerosene used as a    11:32AM

16   saturant to fill the pores of rock samples tested for    11:33AM

17   compressibility?    11:33AM

18           MR. GLADSTEIN:  Your Honor, I believe, again, this is    11:33AM

19   beyond his initial report.  He's responding here to a criticism    11:33AM

20   that was raised by our rebuttal experts, which was that they    11:33AM

21   did, the test with kerosene, instead of in situ conditions of    11:33AM

22   brine.    11:33AM

23           MR. FIELDS:  Your Honor, the question I want to ask him    11:33AM

24   is mbased on his experience, has he seen kerosene used?  Has he    11:33AM

25   seen brine used?  That's what I'd like to ask him.    11:33AM

| | | |
|---|---|---|
| 1 | THE COURT:  But you can't get around the rebuttal issue | 11:33AM |
| 2 | by saying I'm going to ask him, the witness, based on his | 11:33AM |
| 3 | experience. | 11:33AM |
| 4 | I sustain the objection. | 11:33AM |
| 5 | MR. GLADSTEIN:  Thank you, Your Honor. | 11:33AM |
| 6 | MR. FIELDS:  At some point, Your Honor, would we be | 11:33AM |
| 7 | able to make an offer of proof for the record? | 11:33AM |
| 8 | THE COURT:  Sure.  Sure. | 11:33AM |
| 9 | MR. FIELDS:  I'd like to ask a question, Your Honor, | 11:33AM |
| 10 | which is:  Do any of the criticisms he's heard change his | 11:34AM |
| 11 | opinions about the level of compressibility of the reservoir. | 11:34AM |
| 12 | Yes or no answer. | 11:34AM |
| 13 | MR. GLADSTEIN:  Objection, Your Honor. | 11:34AM |
| 14 | THE COURT:  Sustain the objection. | 11:34AM |
| 15 | BY Mr. FIELDS: | 11:34AM |
| 16 | Q   You've talked about the results of the uniaxial compression | 11:34AM |
| 17 | test data by itself in giving you the estimate of 6.35 | 11:34AM |
| 18 | microsips. | 11:34AM |
| 19 | Why did you look at data from the two other tests | 11:34AM |
| 20 | if you already came up with the 6.35? | 11:34AM |
| 21 | A   There were two other tests.  As I mentioned, they were the | 11:34AM |
| 22 | hydrostatic stair-step porosity test, and the ultrasonic | 11:34AM |
| 23 | velocity test.  These two tests measure properties that are | 11:34AM |
| 24 | closely related to pore volume compressibility.  I looked at | 11:34AM |
| 25 | this data to try to basically provide bolstering evidence. | 11:34AM |

1    I didn't use this data directly as part of my    11:34AM

2   quantitative numerical calculation of the UPVC, but I used it to    11:35AM

3   convince myself whether or not the data from the UPV tests    11:35AM

4   seemed to be reasonable and plausible.  So to check whether or    11:35AM

5   not it was roughly in agreement with the values that one would    11:35AM

6   obtain from these other two tests.    11:35AM

7   Q   Just before we move on to the other tests, do you agree that    11:35AM

8   the method used by Weatherford and the procedures that were used    11:35AM

9   by Weatherford were standard and accepted or standard and    11:35AM

10  accepted approaches to measuring uniaxial pore volume    11:35AM

11  compressibility?    11:35AM

12  A   Yes, I do.  I have reviewed their procedures.  I was fully    11:35AM

13  aware at the time of writing my report what procedures they    11:35AM

14  used, what pore fluids they used, and I determined that that was    11:35AM

15  an appropriate and proper and accepted procedure.    11:35AM

16  Q   Let's turn to the second test that you analyzed in arriving    11:36AM

17  at your opinions in this case regarding the reservoir's pore    11:36AM

18  volume compressibility.  That's the hydrostatic stair-step test.    11:36AM

19  How many samples were tested in that particular test?    11:36AM

20  A   Three different core samples were tested in the hydrostatic    11:36AM

21  stair-step porosity test, and those were different core samples    11:36AM

22  than the three that were tested in the uniaxial pore    11:36AM

23  compressibility test.    11:36AM

24  Q   And who performed the hydrostatic stair-step test on these    11:36AM

25  three different core samples?    11:36AM

1    A    These tests were also performed by Weatherford Laboratories      11:36AM

2    in Texas.                                                             11:36AM

3            MR. FIELDS:  Would you please display D-23721.                11:36AM

4    BY MR. FIELDS:                                                        11:36AM

5    Q    Can you use this demonstrative exhibit to sort of explain to     11:36AM

6    the Court what a hydrostatic stair-step porosity test is and how      11:36AM

7    it works.                                                             11:37AM

8    A    Well, this slide shows two different images.  The image on       11:37AM

9    the left is intended to represent the beginning of the test.  As      11:37AM

10   I mentioned earlier, a hydrostatic state of stress is a               11:37AM

11   situation in which the vertical overburden stress and the            11:37AM

12   lateral horizontal confining stress are equal.                       11:37AM

13           These three gauges, again, represent the vertical            11:37AM

14   stress, the lateral horizontal confining stress, and the pore        11:37AM

15   pressure.                                                            11:37AM

16           In this particular test, the pore pressure was               11:37AM

17   held constant and the lateral confining pressure and the             11:37AM

18   vertical overburden pressure were increased at exactly the same      11:37AM

19   rate to represent the hydrostatic state of stress.                   11:37AM

20           On the right, this represents the result of one of           11:37AM

21   these steps.  So this was done in a stair-step manner by             11:37AM

22   increasing the hydrostatic confining pressure by a fairly large      11:37AM

23   amount, I think increments of 500 or 1000 psi.  So the external      11:38AM

24   confining pressure would be increased.  What was measured was        11:38AM

25   the porosity of the core.                                            11:38AM

```
1              So what was directly measured is the change in the      11:38AM

2    porosity of the core as a function of the change in the           11:38AM

3    hydrostatic stress.  I believe they carried out about eight       11:38AM

4    stages in the stair-step to both decrease and then increase --    11:38AM

5    increasing the pressures.                                         11:38AM

6    Q   So, with respect to D-23721, this is just a representation    11:38AM

7    of one of the steps that would have been carried out as part of   11:38AM

8    several steps?                                                    11:38AM

9    A   That's right.  The second panel represents sort of the first  11:38AM

10   step, if you will, where the pressures were increased a little    11:38AM

11   bit, the rock compresses, the porosity would be measured, and     11:38AM

12   this process is repeated, you know, by a certain number of        11:38AM

13   times.                                                            11:38AM

14   Q   What type of information does the hydrostatic stair-step      11:38AM

15   test give you about a sample's uniaxial pore volume              11:39AM

16   compressibility?                                                  11:39AM

17   A   Well, in the most direct sense, this test tells you how the   11:39AM

18   porosity changes.  If there are well-known equations, such as     11:39AM

19   appear in my book Compressibility of Sandstones, that will        11:39AM

20   relate the change in porosity as a function of stress to          11:39AM

21   hydrostatic pore volume compressibility.                          11:39AM

22              So one can use those known equations to convert        11:39AM

23   this raw data into a hydrostatic pore volume compressibility.     11:39AM

24   One can then use other known equations that can be found in       11:39AM

25   various scientific papers and books to convert the hydrostatic    11:39AM
```

1    pore volume compressibility to a uniaxial pore volume                    11:39AM

2    compressibility.                                                         11:39AM

3    Q    Let's take a look at D-23701.                                       11:39AM

4              Can you explain to the Court how you went about               11:39AM

5    converting the measured data from Weatherford, from the                  11:39AM

6    hydrostatic stair-step test, to a UPVC value?                            11:40AM

7    A    Well, this first column here shows what's called a                  11:40AM

8    differential pressure, which in this context refers to the               11:40AM

9    difference between the confining pressure and the pore pressure.         11:40AM

10             As I said, the tests were conducted at various                11:40AM

11   discrete values of this differential pressure.  The second              11:40AM

12   column shows the hydrostatic pore volume compressibility, and I          11:40AM

13   directly compute from that porosity as a function of pressure            11:40AM

14   data.                                                                    11:40AM

15             So the second column shows two different volumes              11:40AM

16   of 13.3 microsips at a differential pressure of 1600 psi; 7.96           11:40AM

17   microsips and a differential pressure of 3000 psi.  So one then          11:40AM

18   needs to convert that into uniaxial pore volume compressibility.         11:40AM

19             I should point out that the rule of thumb in the              11:40AM

20   industry is generally that that conversion is accomplished by            11:40AM

21   multiplying of a factor of about .5 or .6.                               11:41AM

22             I used what I believed to be a more precise                   11:41AM

23   convection, which I said is from an equation that can be found           11:41AM

24   in numerous scientific papers and books.  The result of that            11:41AM

25   conversion is shown in these two columns here.                           11:41AM

1     There is one more point that needs to be

2  mentioned.  In order to carry out this conversion, one needs to

3  know the numerical values of several different parameters, one

4  of which is the porosity and one is something called the Poisson

5  ratio.  The Poisson ratio, there were two pieces of laboratory

6  data from Weatherford Laboratories on the Poisson ratio on two

7  different cores.  The Poisson ratio measured by Weatherford

8  Laboratory was 0.13 and 0.18.  Based on those data and my

9  experience and knowledge of sandstone compressibility and

10  sandstone stone mechanical properties, I did my calculations

11  using a somewhat broader range of 0.1 and 0.2 Poisson ratio,

12  which I felt represented sort of a range that I might reasonably

13  expect to find in such a sandstone.

14     When doing that calculation for the Poisson ratio,

15  is it's actually represented by a Greek letter, but it looks in

16  this font very much like a V.

17     Using the Poisson ratio of .1 and .2, I came up

18  with either these values or those values in the third and fourth

19  column.

20     The last part of the calculation is as follows.

21  As I mentioned before and as is clear from this table, pore

22  volume compressibility varies as a function of pressure.  We are

23  really interested in the pore volume compressibility at the

24  average differential pressure that existed in the Macondo

25  reservoir during the period of the spill and the leakage.

```
 1              That value was 2372 psi.  And so, since the tests        11:42AM

 2   only give us values at 16000 and 3000, the last step in this        11:43AM

 3   calculation is essentially to interpolate between the values at     11:43AM

 4   1600 and the values at 3000 to find the values at 2372.             11:43AM

 5              As you see, even looking at this fairly wide range        11:43AM

 6   of potential values of Poisson ratio, this method leads to a        11:43AM

 7   prediction of about a UPVC value of roughly 5 microsips.            11:43AM

 8              I interpreted that as being sufficiently close to        11:43AM

 9   my previously estimated value that was estimated from the direct    11:43AM

10   measurements, which was 6.35.                                       11:43AM

11              My conclusion from this was there was nothing at         11:43AM

12   all from this data to leads me to think that there was anything     11:43AM

13   grossly erroneous or incorrect about the values that I             11:43AM

14   calculated previously.                                              11:43AM

15   Q   So, just to be clear, when evaluating the data from the         11:43AM

16   hydrostatic stair-step test, what was your estimate of the          11:44AM

17   reservoir's uniaxial pore volume compressibility?                  11:44AM

18   A   My estimate on this test alone would imply a value somewhere    11:44AM

19   between 4.56 and 5.47.                                              11:44AM

20   Q   And how did that assist you in determining or evaluating        11:44AM

21   what was an appropriate estimate of the reservoir's uniaxial        11:44AM

22   pore volume compressibility?                                        11:44AM

23   A   Well, as I said, what my conclusion was, that this value was    11:44AM

24   sufficiently close to the value I'd calculated previously,          11:44AM

25   bearing in mind that this data was taken was based on -- this       11:44AM
```

1    calculation was based on data from three different cores.                    11:44AM

2              We know there's going to be slight variations of                   11:44AM

3    compressibility from one core to the next, even within the same              11:44AM

4    reservoir.  So the main thing that I used this data for was as               11:44AM

5    evidence that helped convince me or substantiated in my mind                 11:44AM

6    that there was nothing out of the ordinary about or improper or              11:45AM

7    nothing about the value of 6.35 that one obtains from the                    11:45AM

8    uniaxial tests that would seem to be on the surface incorrect or             11:45AM

9    erroneous or startling.                                                      11:45AM

10   Q   Let's turn to the acoustic velocity test.                               11:45AM

11             THE COURT:  Mr. Fields, let me just ask you where you             11:45AM

12   are in your exam.  How much more do you think you have, time                11:45AM

13   wise?                                                                        11:45AM

14             MR. FIELDS:  Your Honor, I probably have about another           11:45AM

15   25 minutes or so.                                                            11:45AM

16             THE COURT:  All right.  You're moving to another topic            11:45AM

17   now; right?                                                                  11:45AM

18             MR. FIELDS:  Yes, Your Honor.                                      11:45AM

19             THE COURT:  Okay.  Let's go ahead and we're going to              11:45AM

20   recess a little bit early for lunch.  We'll come back at --                  11:45AM

21   let's take a little bit longer lunch than normal.  Come back at              11:45AM

22   1:15.                                                                        11:45AM

23             (11:45 a.m., proceedings concluded.)                             11:52AM

24

25

1

2

3                               CERTIFICATE

4

5

6          I, Susan A. Zielie, Official Court Reporter, do hereby
    certify that the foregoing transcript is correct.

7

8

9                          /S/ SUSAN A. ZIELIE, FCRR
                           _____
10                              Susan A. Zielie, FCRR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'78** [1] - 2305:18

**/**

**/S** [1] - 2435:8

**0**

**0.04** [1] - 2399:24
**0.1** [1] - 2432:12
**0.13** [1] - 2432:9
**0.18** [1] - 2432:9
**0.2** [2] - 2364:2, 2432:12

**1**

**1** [7] - 2324:23, 2349:6, 2349:8, 2376:21, 2377:10, 2377:17, 2432:18
**1.0** [1] - 2379:22
**1.1** [3] - 2328:18, 2328:19, 2328:23
**1.3** [1] - 2329:18
**10** [19] - 2346:25, 2348:18, 2355:20, 2356:8, 2357:4, 2362:4, 2362:7, 2362:12, 2362:18, 2362:19, 2378:1, 2378:9, 2378:13, 2379:8, 2382:23, 2400:17, 2400:18, 2400:21, 2401:1
**10-CV-2771** [1] - 2294:8
**10-CV-4536** [1] - 2294:11
**100** [7] - 2311:11, 2321:15, 2327:12, 2349:21, 2373:16, 2379:23, 2382:16
**1000** [1] - 2429:24
**10003** [1] - 2295:8
**1001** [1] - 2298:10
**10400** [3] - 2422:18, 2423:7, 2423:12
**10:00** [1] - 2383:12
**10th** [1] - 2320:3
**1100** [1] - 2298:7
**11496** [2] - 2312:25, 2383:18
**11496.180.1** [1] - 2311:23
**11496.19.1** [1] - 2355:11
**11496.23** [1] - 2376:9

**11574** [1] - 2350:24
**11574N** [1] - 2380:4
**11574N.4.2** [1] - 2348:11
**11575.1** [1] - 2320:7
**11800** [3] - 2422:17, 2422:21, 2423:12
**11:45** [1] - 2434:24
**12000** [2] - 2316:21, 2335:9
**1201** [2] - 2297:23, 2298:23
**13** [8] - 2302:18, 2347:17, 2350:18, 2357:1, 2365:6, 2378:18, 2390:13
**13.3** [1] - 2431:17
**130** [5] - 2337:25, 2340:3, 2344:14, 2373:24, 2375:17
**130-stage** [3] - 2347:16, 2349:12, 2374:8
**1300** [1] - 2299:10
**1331** [1] - 2299:4
**14** [3] - 2302:19, 2346:25, 2390:13
**14271** [1] - 2296:15
**144128.1** [2] - 2347:22, 2348:1
**15** [6] - 2294:6, 2301:2, 2309:16, 2317:2, 2383:13
**16** [1] - 2302:19
**1600** [2] - 2431:17, 2433:5
**16000** [1] - 2433:3
**1615** [1] - 2299:10
**1665** [1] - 2299:4
**17** [2] - 2305:7, 2346:9
**1700** [1] - 2298:23
**18,074.9** [1] - 2415:11
**18.1** [1] - 2373:6
**188** [1] - 2295:18
**1885** [1] - 2296:5
**1970s** [1] - 2305:23
**1974** [1] - 2305:18
**1978** [1] - 2306:19
**1979** [1] - 2306:22
**1980s** [1] - 2396:21
**1981** [1] - 2309:7
**1984** [2] - 2305:20, 2386:7
**1985** [1] - 2318:10
**1986** [1] - 2387:14
**1987** [1] - 2387:18
**1988** [2] - 2306:25, 2387:14
**1990s** [3] - 2392:10,

2393:5, 2397:1
**1991** [1] - 2390:23
**1995** [2] - 2387:18, 2387:24
**1998** [1] - 2388:4
**19th** [1] - 2320:12
**1:15** [1] - 2434:23

**2**

**2** [9] - 2324:17, 2324:23, 2325:5, 2327:19, 2342:12, 2373:23, 2381:24, 2409:1, 2432:18
**2.8** [1] - 2328:19
**20** [3] - 2294:6, 2309:16, 2376:22
**200** [2] - 2369:7, 2390:7
**20004** [1] - 2297:24
**20005** [1] - 2297:20
**20006** [1] - 2299:14
**2004** [3] - 2388:8, 2388:14, 2391:8
**20044** [2] - 2296:15, 2296:24
**2006** [2] - 2307:2, 2392:6
**2007** [2] - 2388:14, 2391:8
**2008** [1] - 2388:15
**2009** [1] - 2393:13
**2010** [2] - 2294:6, 2394:11
**2011** [1] - 2312:5
**2012** [1] - 2364:10
**2013** [2] - 2294:6, 2301:2
**2020** [1] - 2299:14
**210** [1] - 2369:8
**22** [1] - 2365:6
**2216** [1] - 2295:11
**2303** [1] - 2300:3
**2306** [1] - 2300:4
**23667** [1] - 2392:17
**23668** [1] - 2394:6
**2372** [2] - 2433:2, 2433:5
**2384** [1] - 2300:5
**2385** [1] - 2300:6
**23987-1A.1** [1] - 2360:4
**243** [1] - 2317:1
**25** [2] - 2307:1, 2434:16
**278** [1] - 2346:9
**29** [1] - 2391:2

**3**

**3** [14] - 2334:20, 2335:12, 2335:14, 2347:1, 2373:23, 2376:5, 2376:16, 2376:19, 2377:3, 2377:8, 2377:13, 2377:15, 2383:24, 2409:1
**3,000** [1] - 2391:19
**3-16R** [1] - 2421:22
**3-22R** [2] - 2421:22, 2422:8
**3-6R** [3] - 2415:10, 2419:18, 2421:22
**3.73** [1] - 2424:19
**30** [6] - 2302:20, 2309:6, 2310:21, 2358:16, 2390:5, 2392:22
**30(b)(6** [1] - 2384:1
**300** [1] - 2297:12
**3000** [3] - 2431:18, 2433:3, 2433:5
**31** [2] - 2346:16, 2346:20
**316** [1] - 2295:4
**31:53** [1] - 2302:19
**32502** [1] - 2295:5
**33** [1] - 2358:16
**333** [1] - 2297:15
**335** [1] - 2298:16
**35** [3] - 2306:21, 2307:12, 2381:7
**35TH** [1] - 2298:16
**36** [1] - 2414:7
**36130** [1] - 2295:23
**3668** [1] - 2294:25
**3700** [2] - 2298:7, 2298:10
**3800** [4] - 2418:16, 2422:21, 2422:25, 2425:1
**39201** [1] - 2295:19

**4**

**4** [9] - 2325:21, 2335:14, 2335:17, 2359:1, 2376:2, 2376:4, 2376:20, 2380:4, 2380:11
**4.34** [1] - 2421:25
**4.4** [4] - 2329:24, 2330:12, 2330:16, 2335:17
**4.5** [1] - 2325:21
**4.56** [1] - 2433:20
**4.7** [4] - 2330:3,

2330:13, 2330:16, 2335:17
**4.9** [2] - 2377:4, 2377:9
**40** [2] - 2324:22, 2409:6
**412** [1] - 2365:6
**42** [6] - 2356:2, 2357:2, 2359:12, 2359:17, 2360:8, 2382:22
**42.4** [1] - 2327:6
**43** [8] - 2355:21, 2355:22, 2356:5, 2356:11, 2356:19, 2356:22, 2359:15, 2382:23
**43.3** [1] - 2373:15
**43.4** [4] - 2327:15, 2327:19, 2327:25, 2328:1
**44** [8] - 2327:7, 2355:24, 2359:12, 2359:14, 2360:8, 2382:22, 2413:18, 2413:20
**44.5** [2] - 2328:13, 2328:21
**46** [1] - 2359:6
**46.7** [2] - 2373:17, 2382:25
**47.3** [3] - 2329:15, 2358:2, 2359:7
**47.9** [2] - 2329:18, 2373:18
**48** [2] - 2373:17, 2382:25
**49.9** [1] - 2329:23
**4C** [2] - 2380:9, 2381:12

**5**

**5** [18] - 2325:21, 2330:5, 2330:13, 2335:17, 2358:24, 2359:1, 2376:2, 2376:4, 2376:5, 2376:16, 2376:19, 2376:20, 2377:3, 2377:8, 2377:13, 2377:15, 2431:22, 2433:8
**5,000** [4] - 2372:13, 2372:16, 2374:23, 2392:1
**5.47** [1] - 2433:20
**50.7** [1] - 2358:20
**500** [4] - 2294:24, 2295:23, 2299:18,

2330:13, 2330:16, 2335:17

2429:24
**5000** [1] - 2297:6
**501** [1] - 2295:15
**504** [1] - 2299:19
**54** [1] - 2302:20
**556** [1] - 2294:24
**589-7781** [1] - 2299:19

## 6

**6** [7] - 2376:10,
2400:17, 2400:19,
2400:21, 2401:1,
2425:20, 2431:22
**6.1** [1] - 2380:5
**6.14** [1] - 2421:25
**6.2** [1] - 2380:20
**6.35** [9] - 2398:18,
2399:6, 2416:8,
2422:5, 2425:7,
2427:18, 2427:21,
2433:11, 2434:8
**60** [2] - 2316:23,
2317:2
**600** [1] - 2295:4
**6000** [1] - 2335:9
**60654** [1] - 2297:12
**6500** [2] - 2321:11,
2321:13
**655** [1] - 2297:20

## 7

**7** [5] - 2302:18,
2347:16, 2349:10,
2349:13, 2378:5
**7.96** [1] - 2431:17
**700** [1] - 2295:8
**701** [2] - 2296:10,
2297:6
**70112** [1] - 2299:10
**70113** [1] - 2294:21
**70130** [3] - 2295:12,
2296:10, 2299:19
**70139** [1] - 2297:7
**70163** [1] - 2298:7
**70502** [1] - 2294:25
**70601** [1] - 2295:15
**70804** [1] - 2296:6
**75270** [1] - 2298:23
**7611** [1] - 2296:24
**77002** [1] - 2298:11
**77010** [1] - 2299:5
**777** [1] - 2295:18

## 8

**8** [1] - 2348:19
**8.57** [1] - 2421:25
**80** [1] - 2324:22

**820** [1] - 2294:21
**8583** [1] - 2319:15
**8583.1.1** [1] - 2319:25
**8584.3** [1] - 2319:19
**8:00** [1] - 2301:5

## 9

**9** [2] - 2294:15,
2362:16
**90** [3] - 2390:10,
2390:11, 2390:16
**90071** [2] - 2297:16,
2298:16
**94005** [1] - 2296:6
**97** [1] - 2320:11
**9734.20** [1] - 2320:17

## A

**a.m** [1] - 2434:24
**A.M** [1] - 2301:5
**abbreviate** [1] -
2399:5
**ability** [3] - 2313:16,
2317:14, 2346:25
**able** [5] - 2316:4,
2317:20, 2324:19,
2338:1, 2427:8
**absolutely** [1] -
2361:9
**academic** [2] - 2387:6,
2396:15
**accept** [3] - 2312:15,
2330:20, 2397:20
**acceptable** [2] -
2335:16, 2335:18
**accepted** [4] - 2419:6,
2428:10, 2428:11,
2428:16
**accommodate** [1] -
2302:13
**accommodating** [1] -
2302:25
**accomplished** [1] -
2431:21
**according** [6] -
2302:17, 2354:9,
2391:18, 2391:25,
2394:18, 2405:2
**accordingly** [2] -
2342:19, 2344:23
**account** [13] -
2336:19, 2341:6,
2346:10, 2346:12,
2354:25, 2374:11,
2375:9, 2375:10,
2382:20, 2382:24,
2396:7, 2420:21,
2421:3

**accuracy** [5] -
2323:21, 2324:9,
2324:20, 2325:5,
2337:11
**accurate** [15] -
2313:10, 2314:25,
2322:14, 2324:8,
2324:19, 2331:9,
2337:14, 2340:25,
2341:2, 2343:14,
2356:25, 2363:20,
2366:15, 2366:16,
2411:3
**accurately** [12] -
2308:2, 2308:22,
2313:11, 2313:24,
2314:12, 2315:20,
2323:16, 2324:4,
2335:13, 2363:11,
2410:18, 2424:22
**achieving** [1] - 2325:5
**acknowledge** [1] -
2338:14
**acoustic** [2] -
2413:25, 2434:11
**acronym** [1] - 2314:18
**act** [2] - 2403:16,
2403:23
**acted** [6] - 2386:20,
2387:3, 2395:21,
2399:16, 2403:3,
2403:9
**acting** [1] - 2404:13
**action** [4] - 2412:5,
2412:14, 2413:4
**actual** [4] - 2331:18,
2334:3, 2336:14,
2389:2
**ad** [1] - 2421:13
**add** [3] - 2354:17,
2368:7, 2368:23
**added** [1] - 2369:12
**addition** [9] - 2307:3,
2309:8, 2311:5,
2342:7, 2350:7,
2359:16, 2364:13,
2389:15, 2396:15
**additionally** [1] -
2349:24
**additive** [1] - 2422:2
**address** [1] - 2304:5
**addressing** [1] -
2348:2
**adds** [1] - 2354:17
**adjusted** [1] - 2418:6
**adjustment** [1] -
2374:5
**admitted** [6] -
2301:16, 2301:17,
2383:21, 2383:22,

2398:9, 2398:10
**adopt** [1] - 2329:1
**advanced** [3] - 2307:5,
2307:19, 2309:23
**advised** [1] - 2302:3
**affect** [3] - 2347:17,
2348:22, 2355:5
**affects** [1] - 2404:14
**affiliated** [1] - 2387:20
**afraid** [2] - 2338:6,
2345:17
**afternoon** [1] -
2301:23
**afterwards** [1] -
2331:21
**ago** [6] - 2307:1,
2335:20, 2377:24,
2397:6, 2408:8,
2412:8
**agree** [7] - 2335:1,
2344:2, 2357:17,
2359:24, 2361:24,
2375:2, 2428:8
**agreement** [1] -
2428:6
**ahead** [2] - 2326:23,
2333:11, 2367:15,
2372:21, 2434:20
**AIME** [1] - 2312:8
**air** [3] - 2351:14,
2351:23, 2354:20
**AL** [3] - 2294:9,
2294:13, 2295:23
**ALABAMA** [1] -
2295:21
**ALAN** [1] - 2299:3
**alike** [1] - 2319:20
**alkanes** [5] - 2356:23,
2378:14, 2379:3,
2379:7, 2379:9
**ALLAN** [1] - 2296:9
**ALLEN** [1] - 2298:15
**allow** [2] - 2367:2,
2367:4
**allowed** [3] - 2359:14,
2397:18, 2407:8
**almost** [6] - 2328:2,
2357:6, 2383:12,
2407:5, 2408:16,
2408:25
**alone** [2] - 2411:3,
2433:19
**altered** [1] - 2378:4
**alternative** [3] -
2326:11, 2330:8,
2357:15
**AMERICA** [3] -
2294:11, 2296:13,
2297:4
**American** [7] - 2388:7,

2392:23, 2392:24,
2393:1, 2393:3,
2393:6, 2394:12
**Americans** [1] -
2388:3
**amount** [17] - 2315:5,
2345:20, 2346:10,
2346:12, 2346:14,
2352:16, 2354:8,
2354:11, 2354:12,
2367:18, 2368:4,
2369:9, 2369:11,
2419:1, 2420:25,
2421:1, 2429:24
**amounts** [12] -
2313:12, 2314:23,
2315:9, 2321:12,
2351:21, 2355:3,
2375:1, 2381:8,
2406:1, 2406:3,
2406:15, 2410:4
**Anadarko** [3] - 2385:1,
2385:12, 2397:11
**ANADARKO** [2] -
2299:7, 2299:8
**analogy** [1] - 2351:24
**analyses** [1] - 2313:1
**analysis** [22] -
2307:20, 2307:21,
2318:2, 2324:15,
2334:14, 2339:2,
2346:10, 2351:18,
2351:19, 2352:19,
2374:11, 2375:9,
2377:22, 2384:2,
2398:22, 2398:25,
2399:7, 2407:15,
2413:24, 2423:11,
2425:6
**analyze** [1] - 2385:17
**analyzed** [2] - 2397:8,
2428:17
**AND** [2] - 2294:8,
2298:4
**ANDREW** [1] - 2297:9
**ANGELES** [2] -
2297:16, 2298:16
**animal** [1] - 2379:5
**animation** [2] -
2412:7, 2418:8
**ANNA** [1] - 2296:21
**announce** [1] -
2384:19
**annually** [1] - 2394:13
**anomalous** [1] -
2416:20
**answer** [1] - 2427:13
**Answer** [1] - 2346:11
**Anthony** [1] - 2312:4
**ANTHONY** [1] -

2295:11
**anyway** [1] - 2424:3
**apologize** [2] -
2303:1, 2353:2
**appear** [11] - 2389:10,
2389:11, 2389:13,
2391:16, 2391:17,
2391:22, 2391:25,
2399:21, 2421:10,
2430:20
**APPEARANCES** [6] -
2294:18, 2295:1,
2296:1, 2297:1,
2298:1, 2299:1
**appeared** [3] -
2390:12, 2390:13,
2390:17
**apples** [1] - 2329:13
**applications** [2] -
2390:1, 2394:5
**applied** [2] - 2387:17,
2399:19
**applies** [1] - 2417:10
**apply** [4] - 2330:12,
2394:1, 2396:11,
2417:8
**appointed** [1] - 2388:1
**appreciate** [1] -
2382:13
**approach** [2] -
2316:16, 2425:24
**approaches** [2] -
2358:9, 2428:11
**appropriate** [8] -
2336:7, 2354:25,
2357:22, 2359:21,
2360:2, 2425:13,
2428:16, 2433:22
**April** [1] - 2319:4
**APRIL** [1] - 2294:6
**arbitrary** [4] - 2371:20,
2371:22, 2371:24
**arbitration** [1] -
2396:25
**area** [13] - 2305:25,
2311:18, 2317:7,
2317:13, 2317:15,
2338:6, 2365:9,
2365:14, 2389:16,
2389:21, 2394:9,
2397:12, 2402:10
**areas** [6] - 2307:8,
2308:3, 2389:21,
2394:1, 2425:19,
2425:20
**arithmetic** [1] - 2422:3
**aromatic** [2] - 2379:4,
2379:12
**aromatics** [14] -
2346:13, 2346:15,

2350:13, 2350:14,
2350:17, 2356:2,
2356:24, 2359:16,
2378:2, 2378:11,
2378:15, 2378:20,
2379:3, 2379:10
**arrive** [2] - 2409:8,
2416:7
**arrived** [1] - 2306:19
**arriving** [1] - 2428:17
**arrow** [2] - 2401:16,
2402:9
**article** [3] - 2379:13,
2380:3, 2380:7
**artifact** [1] - 2424:6
**artifacts** [1] - 2424:9
**ASBILL** [1] - 2298:9
**ASCE** [3] - 2394:14,
2394:18, 2395:17
**ascertaining** [1] -
2416:19
**assessing** [1] - 2340:1
**ASSET** [1] - 2294:9
**assist** [1] - 2433:21
**assistant** [3] - 2387:9,
2388:3, 2388:20
**associate** [2] - 2388:6,
2388:20
**associated** [1] -
2373:11
**Association** [2] -
2393:4, 2393:6
**assume** [5] - 2332:8,
2355:18, 2365:25,
2378:1, 2422:23
**assumed** [1] - 2378:24
**assumes** [2] - 2367:7,
2368:13
**assumption** [6] -
2317:20, 2368:9,
2368:11, 2369:14,
2369:17, 2369:20
**attached** [1] - 2305:13
**attempted** [2] -
2410:16, 2410:17
**attempts** [1] - 2410:3
**attention** [2] - 2324:9,
2376:15
**ATTORNEY** [2] -
2295:21, 2296:5
**auspices** [1] - 2387:22
**author** [1] - 2391:6
**authoritative** [1] -
2391:11
**authors** [1] - 2311:1
**available** [2] - 2405:4,
2422:4
**AVENUE** [4] -
2294:21, 2295:23,
2297:23, 2298:16

**average** [37] -
2325:20, 2327:14,
2327:18, 2327:24,
2328:1, 2328:2,
2328:5, 2328:8,
2328:10, 2328:13,
2328:17, 2328:23,
2329:14, 2329:18,
2329:20, 2329:21,
2329:22, 2330:3,
2330:9, 2330:20,
2331:2, 2358:2,
2359:7, 2359:8,
2362:6, 2377:4,
2377:9, 2377:14,
2378:1, 2378:7,
2398:17, 2422:2,
2422:3, 2422:5,
2422:17, 2432:25
**award** [3] - 2312:7,
2312:9
**awarded** [1] - 2394:13
**awards** [4] - 2311:19,
2311:22, 2312:1,
2394:8
**aware** [6] - 2325:6,
2384:20, 2409:25,
2425:15, 2425:17,
2428:14
**axial** [4] - 2417:8,
2419:20, 2419:21
**axis** [6] - 2316:15,
2316:25, 2380:21,
2406:19, 2406:20

## B

**Bachelor** [1] - 2305:17
**Bachelor's** [1] -
2305:9
**Bachelors** [1] - 2386:3
**background** [4] -
2305:5, 2305:16,
2385:23, 2386:2
**balance** [4] - 2307:20,
2407:15, 2407:20
**BARBIER** [1] -
2294:16
**Barbier's** [2] -
2333:16, 2372:23
**BARR** [1] - 2295:4
**barrels** [34] - 2326:4,
2327:12, 2327:13,
2327:15, 2330:11,
2335:16, 2336:8,
2341:1, 2341:13,
2343:16, 2352:17,
2355:14, 2355:25,
2356:2, 2356:5,
2356:11, 2356:19,

2356:23, 2357:2,
2363:21, 2363:22,
2368:7, 2370:5,
2370:18, 2372:7,
2373:11, 2373:16,
2373:18, 2373:19,
2373:23, 2382:17
**Barry** [1] - 2384:24
**BARRY** [1] - 2297:11
**based** [20] - 2314:8,
2317:24, 2330:10,
2333:7, 2340:22,
2354:24, 2378:2,
2383:1, 2397:4,
2398:22, 2409:19,
2420:10, 2425:2,
2425:3, 2425:6,
2427:3, 2432:9,
2434:1, 2434:2
**basic** [3] - 2314:15,
2350:25, 2417:2
**BATON** [1] - 2296:6
**BAYLEN** [1] - 2295:4
**beach** [1] - 2408:10
**Beach** [1] - 2396:24
**bear** [1] - 2385:17
**bearing** [1] - 2434:1
**became** [2] - 2387:9,
2400:23
**become** [3] - 2318:10,
2318:11, 2376:24
**BEFORE** [1] - 2294:16
**began** [2] - 2408:8,
2423:17
**begin** [3] - 2304:12,
2312:19, 2418:8
**beginning** [3] -
2422:19, 2424:9,
2429:10
**behalf** [2] - 2303:17,
2385:1
**Behavior** [2] -
2306:14, 2310:10
**behavior** [13] - 2307:6,
2309:23, 2310:16,
2310:25, 2311:3,
2311:15, 2311:21,
2312:11, 2314:12,
2334:17, 2389:25,
2394:16, 2396:1
**belabor** [1] - 2377:20
**belong** [1] - 2392:20
**below** [4] - 2321:13,
2344:19, 2345:10,
2423:7
**BENSON** [1] - 2296:19
**Benzene** [1] - 2350:13
**benzene** [5] - 2378:25,
2379:4, 2379:23,
2380:23, 2381:3,

2381:19
**benzenes** [1] -
2379:10
**Berkeley** [6] -
2386:15, 2387:8,
2387:11, 2387:16,
2387:19, 2388:24
**Berkley** [1] - 2386:9
**best** [2] - 2360:7,
2410:22
**Bethany** [1] - 2360:18
**BETHANY** [1] -
2296:22
**better** [3] - 2301:25,
2302:23, 2363:7
**between** [20] - 2333:8,
2334:18, 2340:6,
2344:8, 2347:16,
2362:8, 2362:18,
2362:20, 2373:17,
2376:5, 2382:5,
2401:19, 2403:7,
2403:21, 2409:14,
2410:1, 2424:12,
2431:10, 2433:4,
2433:20
**beyond** [3] - 2345:17,
2426:20
**bias** [4] - 2331:7,
2331:12, 2331:13,
2359:5
**biased** [4] - 2325:19,
2330:5, 2337:21,
2358:24
**big** [1] - 2330:17
**bigger** [1] - 2337:25
**biggest** [1] - 2425:25
**BINGHAM** [1] -
2299:12
**biological** [1] -
2395:13
**Biot** [2] - 2394:10,
2394:11
**bit** [18] - 2305:5,
2306:16, 2310:6,
2320:6, 2328:22,
2330:4, 2345:18,
2360:21, 2370:22,
2375:13, 2380:10,
2385:22, 2388:14,
2392:22, 2412:10,
2430:12, 2434:21,
2434:22
**black** [3] - 2327:4,
2329:8, 2329:10
**Blackwell** [1] - 2391:9
**blow** [2] - 2376:10,
2380:20
**blown** [1] - 2401:9
**blowout** [8] - 2318:25,

2319:10, 2331:19,
2333:8, 2334:2,
2353:13, 2361:13,
2361:17
**blowup** [1] - 2403:1
**Blunt** [1] - 2389:5
**blunt** [2] - 2407:14,
2408:5
**board** [3] - 2326:12,
2392:11, 2392:15
**bodies** [2] - 2386:19,
2395:21
**body** [6] - 2336:5,
2399:15, 2399:18,
2399:19, 2408:21,
2408:25
**BOLES** [1] - 2297:15
**bolstered** [1] - 2399:7
**bolstering** [1] - 2428:1
**bone** [1] - 2395:13
**book** [5] - 2390:22,
2391:3, 2391:6,
2391:11, 2430:20
**books** [11] - 2310:8,
2310:9, 2310:14,
2311:1, 2311:5,
2390:20, 2391:13,
2391:19, 2392:1,
2431:1, 2431:25
**borehole** [8] - 2412:1,
2412:2, 2412:16,
2412:23, 2413:7,
2413:10, 2415:6
**bottom** [7] - 2320:13,
2335:13, 2374:22,
2380:17, 2408:10,
2417:7
**bottoms** [1] - 2415:7
**boundaries** [1] -
2424:1
**boundary** [1] -
2402:18
**bounded** [1] - 2407:4
**BOWMAN** [1] -
2298:21
**BOX** [4] - 2294:25,
2296:6, 2296:15,
2296:24
**BP** [13] - 2294:12,
2297:3, 2297:4,
2297:4, 2302:16,
2302:19, 2303:17,
2304:5, 2366:11,
2382:12, 2385:1,
2385:12, 2397:11
**bracket** [1] - 2350:2
**bracketing** [1] -
2350:20
**BRAD** [1] - 2298:14
**BRANCH** [1] - 2296:14

**bread** [2] - 2308:11,
2399:25
**bread-and-butter** [1] -
2308:11
**break** [3] - 2384:20,
2386:20, 2387:3
**breaking** [2] - 2396:1
**BRENNAN** [1] -
2298:9
**BRIAN** [2] - 2295:4,
2298:14
**BRIDGET** [1] -
2297:19
**briefly** [9] - 2305:10,
2305:15, 2317:22,
2322:24, 2360:21,
2386:13, 2393:21,
2394:9, 2407:22
**brine** [2] - 2426:23,
2427:1
**bring** [3] - 2343:7,
2385:17, 2411:7
**British** [1] - 2388:5
**BROAD** [1] - 2295:15
**broader** [1] - 2432:12
**BROADWAY** [1] -
2295:8
**Brock** [1] - 2302:16
**BROCK** [8] - 2297:23,
2301:18, 2302:11,
2302:16, 2303:2,
2383:23, 2384:6,
2384:9
**brought** [3] - 2357:2,
2412:11, 2413:11
**brown** [3] - 2401:15,
2401:20, 2415:4
**BRUCE** [1] - 2298:21
**bubbles** [1] - 2365:19
**build** [4] - 2304:17,
2313:23, 2323:3,
2323:10
**building** [7] - 2308:7,
2320:24, 2321:1,
2323:1, 2323:12,
2324:11, 2361:6
**built** [2] - 2313:8,
2318:9
**bulk** [9] - 2386:11,
2402:17, 2402:21,
2418:23, 2419:3,
2420:4, 2420:13,
2420:15
**bullet** [2] - 2376:16,
2390:6
**Bureau** [1] - 2396:23
**buried** [1] - 2408:12
**BURLING** [1] -
2297:22
**business** [6] - 2306:1,

2308:3, 2308:5,
2308:12, 2308:23,
2335:20
**but..** [1] - 2333:1
**butane** [1] - 2378:25
**butanes** [1] - 2350:4
**butter** [1] - 2308:11
**BY** [81] - 2294:5,
2294:20, 2294:24,
2295:4, 2295:7,
2295:14, 2295:18,
2295:22, 2296:4,
2296:9, 2296:14,
2296:19, 2297:5,
2297:9, 2297:15,
2297:18, 2297:23,
2298:6, 2298:10,
2298:13, 2298:20,
2299:3, 2299:9,
2299:13, 2299:23,
2299:23, 2303:15,
2304:11, 2304:16,
2308:1, 2308:21,
2310:13, 2311:24,
2312:17, 2316:9,
2316:17, 2318:19,
2320:1, 2321:3,
2325:13, 2326:25,
2329:3, 2333:14,
2338:24, 2343:24,
2346:5, 2347:10,
2348:12, 2352:7,
2354:23, 2358:5,
2360:17, 2366:13,
2372:22, 2373:7,
2375:7, 2376:11,
2380:6, 2382:14,
2385:3, 2385:25,
2388:19, 2390:19,
2392:3, 2392:18,
2394:7, 2396:14,
2397:21, 2398:2,
2398:11, 2400:7,
2401:4, 2406:22,
2411:22, 2414:20,
2419:13, 2420:7,
2421:16, 2426:12,
2427:16, 2429:5

---

# C

**C1** [8] - 2346:11,
2346:15, 2349:18,
2349:19, 2350:7,
2379:6, 2379:9,
2382:23
**C12** [2] - 2346:13,
2356:25
**C2** [2] - 2350:7, 2379:6
**C3** [4] - 2349:18,

2349:19, 2350:7,
2379:6
**C4** [3] - 2349:24,
2350:1, 2350:3
**C5** [8] - 2346:11,
2346:15, 2349:24,
2350:1, 2350:4,
2350:16, 2379:9,
2382:23
**C7** [1] - 2346:13
**CA** [2] - 2297:16,
2298:16
**calculate** [12] -
2313:16, 2315:23,
2316:4, 2317:15,
2317:20, 2322:14,
2329:16, 2330:2,
2349:23, 2369:1,
2377:23, 2406:5
**calculated** [13] -
2315:20, 2327:10,
2327:21, 2327:25,
2329:24, 2356:7,
2359:13, 2368:23,
2374:8, 2378:18,
2422:16, 2433:15,
2433:25
**calculating** [2] -
2331:9, 2420:10
**calculation** [18] -
2310:24, 2364:20,
2367:18, 2368:25,
2369:12, 2370:5,
2375:14, 2375:15,
2375:16, 2375:18,
2375:19, 2407:20,
2423:4, 2428:3,
2432:15, 2432:21,
2433:4, 2434:2
**calculations** [19] -
2304:19, 2313:12,
2314:25, 2315:5,
2315:11, 2315:14,
2317:5, 2317:10,
2328:12, 2328:15,
2330:6, 2337:9,
2359:1, 2359:2,
2366:17, 2368:15,
2377:17, 2414:18,
2432:11
**CALDWELL** [1] -
2296:4
**California** [7] -
2305:8, 2386:9,
2386:14, 2387:7,
2387:16, 2387:21,
2396:23
**call-out** [3] - 2373:6,
2380:5, 2380:20
**call-outs** [1] - 2301:10

2349:19, 2350:7,
2379:6
**C4** [3] - 2349:24,
2350:1, 2350:3
**C5** [8] - 2346:11,
2346:15, 2349:24,
2350:1, 2350:4,
2350:16, 2379:9,
2382:23
**C7** [1] - 2346:13
**CA** [2] - 2297:16,
2298:16

**CALLED** [1] - 2301:4
**CAMP** [1] - 2296:10
**cannot** [2] - 2410:17,
2411:3
**capacity** [1] - 2387:19
**CAPITOL** [1] -
2295:18
**CARL** [1] - 2294:16
**carried** [3] - 2367:22,
2430:4, 2430:8
**carry** [2] - 2331:13,
2337:23, 2369:9,
2369:11, 2432:3
**carrying** [1] - 2337:20
**cartoon** [2] - 2366:16,
2404:10
**CASE** [1] - 2303:10
**case** [77] - 2301:23,
2303:3, 2304:13,
2307:16, 2308:6,
2308:25, 2309:5,
2310:24, 2312:19,
2312:22, 2313:2,
2313:7, 2315:1,
2316:11, 2328:22,
2332:12, 2335:25,
2336:21, 2337:22,
2340:1, 2340:25,
2349:10, 2349:22,
2349:23, 2349:24,
2349:25, 2350:3,
2350:6, 2350:11,
2350:12, 2350:16,
2350:18, 2355:9,
2355:19, 2355:23,
2356:4, 2356:5,
2357:1, 2358:7,
2364:17, 2369:4,
2370:5, 2372:3,
2378:3, 2378:7,
2378:8, 2378:12,
2378:13, 2378:18,
2378:23, 2378:24,
2379:2, 2379:6,
2379:8, 2379:11,
2382:23, 2385:13,
2396:5, 2396:25,
2397:22, 2400:4,
2405:21, 2406:20,
2407:7, 2407:24,
2411:9, 2413:8,
2416:3, 2420:8,
2422:10, 2422:11,
2425:8, 2426:2,
2428:18
**cases** [4] - 2350:9,
2378:3, 2410:13,
2413:25
**categories** [1] -
2410:6

**category** [1] - 2409:22
**caution** [1] - 2333:16
**CENTRE** [1] - 2298:6
**CERNICH** [1] - 2296:20
**certain** [3] - 2418:1, 2421:11, 2430:13
**certainly** [5] - 2309:6, 2365:24, 2370:21, 2395:15, 2424:18
**CERTIFICATE** [1] - 2435:3
**CERTIFIED** [1] - 2299:17
**certify** [1] - 2435:6
**cetera** [3] - 2389:4, 2390:3, 2415:11
**CHAKERES** [1] - 2296:21
**change** [19] - 2316:1, 2316:6, 2317:4, 2386:19, 2387:3, 2395:21, 2399:15, 2399:18, 2400:12, 2404:21, 2406:1, 2406:3, 2417:22, 2417:24, 2420:13, 2427:11, 2430:2, 2430:3, 2430:21
**changes** [7] - 2302:7, 2402:2, 2404:21, 2406:5, 2416:12, 2422:9, 2430:19
**changing** [6] - 2336:4, 2364:11, 2366:8, 2369:23, 2377:6, 2406:14
**characterization** [2] - 2309:24, 2314:15
**characterizations** [2] - 2307:6, 2361:7
**charge** [1] - 2374:17
**CHARLES** [1] - 2295:15
**chart** [6] - 2348:10, 2348:13, 2348:22, 2348:23, 2379:17, 2422:7
**check** [5] - 2331:9, 2369:12, 2416:19, 2423:2, 2428:5
**Chemical** [1] - 2305:20
**chemical** [1] - 2351:8
**chemicals** [1] - 2353:10
**CHICAGO** [1] - 2297:12
**chief** [1] - 2392:6
**choice** [3] - 2352:13,

2353:7, 2361:6
**choose** [1] - 2340:24
**chose** [1] - 2371:8
**chromatographic** [1] - 2351:19
**circles** [2] - 2317:11, 2367:8
**circulated** [1] - 2301:12
**citation** [3] - 2394:17, 2395:17
**citations** [5] - 2391:12, 2391:16, 2391:17, 2391:22, 2391:24
**cited** [5] - 2346:24, 2347:18, 2391:14, 2391:19, 2392:1
**CITY** [1] - 2295:8
**City** [1] - 2397:5
**CIVIL** [1] - 2296:14
**Civil** [2] - 2392:24, 2394:12
**claim** [1] - 2344:20
**claims** [1] - 2357:15
**clarification** [1] - 2375:13
**clarifies** [1] - 2381:15
**clarify** [1] - 2378:16
**clarity** [1] - 2377:1
**classical** [1] - 2396:10
**clear** [10] - 2317:23, 2318:23, 2345:13, 2346:17, 2348:16, 2382:4, 2404:12, 2420:1, 2432:22, 2433:16
**clearer** [1] - 2376:24
**clearly** [4] - 2344:25, 2348:2, 2382:1, 2423:14
**CLERK** [1] - 2384:13
**cleverly** [1] - 2400:22
**client** [1] - 2335:19
**clients** [3] - 2308:14, 2308:23, 2309:12
**close** [11] - 2319:13, 2330:4, 2335:9, 2348:5, 2356:10, 2358:24, 2374:1, 2409:5, 2424:1, 2433:9, 2433:25
**closely** [3] - 2399:9, 2414:15, 2427:25
**closer** [3] - 2330:13, 2335:9, 2376:4
**closest** [2] - 2356:15, 2356:19
**clouds** [1] - 2410:13
**co** [2] - 2391:6,

2410:11
**co-author** [1] - 2391:6
**co-efficients** [1] - 2410:11
**CO2** [3] - 2351:15, 2351:16, 2351:20
**coincidence** [1] - 2360:12
**coincidentally** [1] - 2360:10
**cold** [2] - 2303:4, 2306:4
**collect** [1] - 2410:3
**collected** [30] - 2317:8, 2317:24, 2317:25, 2318:24, 2318:25, 2319:1, 2319:7, 2319:13, 2319:14, 2319:23, 2320:8, 2344:18, 2345:10, 2346:19, 2346:21, 2348:4, 2348:17, 2348:20, 2349:8, 2380:2, 2385:15, 2385:16, 2411:16, 2411:18, 2411:19, 2412:21, 2413:16, 2413:19, 2413:20, 2415:16
**collection** [3] - 2408:8, 2408:19, 2409:16
**College** [4] - 2385:9, 2387:25, 2388:15, 2388:24
**COLLIER** [1] - 2297:10
**color** [2] - 2401:21, 2415:4
**coloring** [1] - 2401:15
**Columbia** [2] - 2386:4, 2386:5
**column** [7] - 2412:1, 2419:22, 2419:23, 2431:8, 2431:13, 2431:16, 2432:20
**columns** [2] - 2419:19, 2432:1
**coming** [10] - 2321:18, 2323:20, 2339:8, 2341:17, 2352:9, 2366:20, 2368:20, 2385:19, 2400:22
**comment** [6] - 2330:24, 2335:1, 2345:2, 2364:19, 2373:20, 2375:13
**commenting** [1] - 2343:25
**commission** [8] -

2393:14, 2393:15, 2393:16, 2393:18, 2393:19, 2393:21, 2393:22, 2393:25
**commissions** [1] - 2393:11
**commitments** [1] - 2393:17
**common** [3] - 2395:11, 2400:16, 2415:21
**commonly** [3] - 2398:19, 2415:23, 2424:7
**compact** [1] - 2407:9
**compacted** [2] - 2408:13, 2408:15
**companies** [9] - 2307:4, 2308:10, 2308:17, 2308:18, 2308:19, 2309:1, 2309:16, 2309:18, 2330:18
**companion** [1] - 2326:17
**COMPANY** [2] - 2297:4, 2299:8
**company** [15] - 2306:25, 2307:1, 2307:2, 2307:23, 2309:15, 2309:19, 2322:21, 2325:24, 2332:9, 2361:3, 2361:10, 2390:25, 2397:3, 2397:4, 2397:7
**company's** [1] - 2324:18
**comparable** [2] - 2310:3, 2352:8
**compare** [9] - 2323:14, 2324:11, 2324:25, 2325:9, 2326:13, 2329:12, 2329:13, 2358:25, 2381:23
**compared** [3] - 2325:15, 2327:2, 2328:5
**compares** [2] - 2334:15, 2335:4
**comparison** [3] - 2329:25, 2356:12, 2376:12
**COMPLAINT** [1] - 2294:8
**complete** [3] - 2391:11, 2414:1, 2422:24
**completely** [10] -

2305:16, 2333:4, 2340:14, 2344:20, 2348:7, 2349:25, 2355:19, 2357:6, 2395:3, 2401:18
**complex** [1] - 2308:9
**complexity** [1] - 2354:17
**complicated** [2] - 2315:18, 2396:6
**complicating** [1] - 2369:5
**component** [8] - 2349:3, 2349:4, 2349:7, 2350:13, 2352:15, 2420:16, 2420:18
**components** [41] - 2342:2, 2342:4, 2342:8, 2342:12, 2342:13, 2342:19, 2343:18, 2344:20, 2344:22, 2344:25, 2345:5, 2345:9, 2345:24, 2348:3, 2348:6, 2349:13, 2349:16, 2349:20, 2350:8, 2350:21, 2352:19, 2352:20, 2353:3, 2354:20, 2354:21, 2355:1, 2357:5, 2367:21, 2374:5, 2375:2, 2378:23, 2379:14, 2380:22, 2380:24, 2381:3, 2381:10, 2381:11, 2382:2, 2382:7, 2401:13, 2420:16
**composite** [1] - 2354:15
**composition** [7] - 2316:6, 2320:20, 2321:8, 2321:20, 2329:21, 2329:22, 2378:5
**compositions** [1] - 2323:5
**compound** [1] - 2379:4
**compounds** [2] - 2379:11, 2379:12
**compress** [1] - 2407:9
**compresses** [3] - 2406:18, 2406:19, 2430:12
**compressibilities** [1] - 2386:11
**Compressibility** [2] - 2390:23, 2430:20

**compressibility** [111] - 2385:18, 2385:20, 2389:7, 2389:9, 2390:2, 2390:21, 2391:4, 2396:22, 2397:2, 2397:9, 2397:13, 2398:15, 2398:17, 2398:21, 2399:1, 2399:9, 2399:12, 2399:13, 2399:14, 2399:17, 2399:23, 2400:1, 2400:5, 2400:11, 2401:23, 2402:23, 2404:17, 2404:19, 2404:20, 2405:7, 2405:12, 2405:13, 2405:14, 2405:16, 2405:25, 2406:6, 2406:10, 2406:12, 2407:1, 2407:11, 2407:12, 2407:16, 2407:19, 2407:21, 2410:2, 2410:4, 2410:18, 2410:22, 2410:24, 2411:4, 2411:6, 2411:8, 2411:11, 2414:12, 2414:16, 2415:1, 2415:21, 2416:9, 2419:4, 2419:6, 2419:9, 2419:11, 2419:17, 2420:3, 2420:5, 2420:9, 2420:13, 2420:19, 2420:21, 2421:6, 2421:9, 2421:18, 2421:20, 2421:24, 2422:1, 2422:9, 2422:12, 2422:15, 2423:4, 2423:5, 2423:6, 2423:8, 2423:18, 2423:19, 2423:24, 2424:5, 2424:9, 2424:16, 2425:1, 2425:5, 2426:3, 2426:18, 2427:12, 2427:25, 2428:12, 2428:19, 2428:24, 2430:17, 2430:22, 2430:24, 2431:2, 2431:3, 2431:13, 2431:19, 2432:10, 2432:23, 2432:24, 2433:18, 2433:23, 2434:4
**compressible** [3] - 2399:20, 2400:3, 2405:2
**compressing** [4] - 2404:1, 2407:1,

2407:2, 2418:6
**compression** [18] - 2416:5, 2416:7, 2416:21, 2416:22, 2417:1, 2417:5, 2418:3, 2418:23, 2418:24, 2419:15, 2420:2, 2420:22, 2420:25, 2421:1, 2425:4, 2425:9, 2426:13, 2427:17
**computations** [1] - 2361:7
**compute** [1] - 2431:14
**COMPUTER** [1] - 2299:23
**computer** [1] - 2361:12
**concept** [8] - 2314:17, 2339:2, 2339:25, 2340:13, 2340:22, 2399:12, 2399:13, 2408:4
**concepts** [1] - 2314:15
**conclude** [1] - 2324:25
**concluded** [2] - 2348:6, 2434:24
**conclusion** [9] - 2355:11, 2355:16, 2356:22, 2398:16, 2398:22, 2409:20, 2416:7, 2433:12, 2433:24
**conclusions** [2] - 2409:8, 2414:25
**condensate** [7] - 2309:25, 2368:16, 2368:20, 2368:23, 2369:2, 2369:5, 2369:9
**condenses** [1] - 2368:4
**conditions** [27] - 2315:24, 2316:22, 2322:17, 2322:22, 2327:13, 2329:12, 2333:5, 2336:3, 2336:23, 2336:24, 2337:2, 2339:5, 2340:10, 2340:12, 2358:9, 2358:15, 2359:22, 2360:3, 2367:19, 2370:19, 2370:25, 2373:25, 2405:10, 2406:14, 2426:22
**conduct** [4] - 2310:23, 2311:2, 2322:12,

2411:8
**conducted** [13] - 2308:23, 2318:5, 2321:8, 2321:16, 2322:1, 2358:12, 2368:19, 2371:21, 2389:21, 2399:3, 2399:10, 2418:15, 2431:11
**conducting** [2] - 2303:17, 2384:25
**conference** [2] - 2390:16, 2391:25
**conferences** [4] - 2311:13, 2390:12, 2390:14, 2394:3
**confining** [22] - 2403:11, 2403:18, 2403:21, 2403:23, 2403:25, 2404:13, 2405:19, 2405:23, 2405:24, 2417:11, 2417:18, 2418:5, 2418:10, 2418:12, 2418:19, 2419:23, 2429:13, 2429:15, 2429:18, 2429:23, 2429:25, 2431:10
**confirmed** [1] - 2399:7
**confused** [1] - 2378:17
**confusion** [1] - 2379:1
**connection** [9] - 2304:13, 2305:4, 2306:10, 2313:1, 2313:7, 2322:10, 2333:19, 2335:22, 2337:5
**consequence** [1] - 2343:9
**consider** [2] - 2347:3, 2407:25
**consideration** [3] - 2303:23, 2367:10, 2426:7
**considerations** [2] - 2333:3, 2423:23
**considered** [2] - 2345:23, 2363:24
**consistency** [5] - 2315:20, 2382:4, 2416:19, 2423:2
**consistent** [1] - 2397:17
**consists** [5] - 2339:4, 2401:12, 2401:13, 2402:6, 2402:21
**consolidated** [11] - 2386:12, 2408:15, 2408:24, 2409:15,

2409:18, 2409:21, 2409:22, 2409:23, 2409:24, 2410:7
**consolidation** [8] - 2407:23, 2407:25, 2408:4, 2408:23, 2409:2, 2409:6, 2409:9, 2410:2
**constant** [4] - 2320:19, 2321:8, 2417:20, 2429:18
**constantly** [1] - 2418:5
**constituent** [1] - 2393:7
**constructed** [1] - 2325:6
**constructing** [1] - 2314:11
**consultant** [6] - 2306:23, 2306:24, 2396:18, 2396:21, 2397:1, 2397:7
**consulting** [5] - 2306:25, 2307:22, 2309:3, 2396:16, 2397:6
**contain** [1] - 2312:25
**contains** [1] - 2312:22
**context** [5] - 2388:7, 2393:23, 2402:17, 2403:5, 2431:9
**continue** [1] - 2418:21
**CONTINUED** [5] - 2295:1, 2296:1, 2297:1, 2298:1, 2299:1
**continued** [1] - 2387:23
**continuing** [1] - 2406:2
**continuously** [2] - 2328:21, 2389:19
**contrast** [1] - 2363:24
**contribution** [1] - 2312:2
**contributions** [2] - 2311:20, 2394:15
**controlled** [1] - 2354:15
**convection** [1] - 2431:24
**conventional** [7] - 2413:5, 2413:7, 2413:9, 2415:16, 2415:18, 2415:19
**conversion** [9] - 2305:1, 2336:7, 2336:25, 2355:1, 2370:14, 2372:25,

2431:21, 2432:1, 2432:3
**convert** [8] - 2355:13, 2370:16, 2372:6, 2421:5, 2421:7, 2430:23, 2431:1, 2431:19
**converted** [4] - 2343:16, 2352:17, 2370:18
**converting** [2] - 2337:1, 2431:6
**converts** [1] - 2419:5
**convince** [3] - 2423:2, 2428:4, 2434:6
**Cook** [1] - 2391:7
**copy** [2] - 2366:11, 2391:5
**core** [31] - 2402:19, 2402:20, 2408:5, 2411:24, 2412:9, 2412:12, 2412:22, 2412:23, 2413:1, 2413:3, 2413:9, 2413:16, 2415:10, 2415:15, 2415:19, 2417:6, 2418:24, 2418:25, 2419:2, 2420:11, 2421:17, 2421:21, 2422:8, 2426:14, 2428:21, 2428:22, 2429:1, 2430:1, 2430:3, 2434:4
**Core** [2] - 2318:21, 2319:16
**cores** [36] - 2384:2, 2399:2, 2411:7, 2411:8, 2411:14, 2411:19, 2411:20, 2412:17, 2412:20, 2413:5, 2413:6, 2413:8, 2413:20, 2414:2, 2414:3, 2414:7, 2414:8, 2414:9, 2414:10, 2414:13, 2414:23, 2414:24, 2415:10, 2415:13, 2415:16, 2415:22, 2416:5, 2416:6, 2419:8, 2419:10, 2421:21, 2422:4, 2432:8, 2434:2
**COREY** [1] - 2295:22
**coring** [5] - 2412:2, 2412:10, 2412:11, 2412:14, 2412:15
**corings** [1] - 2413:18
**cork** [1] - 2351:15

**corner** [3] - 2316:14, 2320:13, 2401:16
**corners** [1] - 2345:18
**CORPORATION** [1] - 2299:7
**correct** [36] - 2306:8, 2332:7, 2332:10, 2332:23, 2332:24, 2340:20, 2344:4, 2357:10, 2359:1, 2360:12, 2360:23, 2361:11, 2361:22, 2361:23, 2362:21, 2362:25, 2363:4, 2363:23, 2364:15, 2365:14, 2365:15, 2366:17, 2366:24, 2367:2, 2367:6, 2368:10, 2373:13, 2373:14, 2374:9, 2375:21, 2376:13, 2378:25, 2380:12, 2380:14, 2383:8, 2435:6
**corrected** [1] - 2374:3
**correction** [1] - 2421:4
**correctly** [1] - 2378:20
**correlates** [1] - 2409:4
**correlation** [1] - 2410:10
**correlations** [3] - 2410:1, 2410:10, 2410:16
**corresponding** [2] - 2381:17, 2424:24
**count** [1] - 2391:24
**counterintuitive** [1] - 2326:2
**counts** [1] - 2391:22
**couple** [11] - 2309:24, 2313:15, 2314:15, 2320:18, 2324:17, 2396:20, 2424:4, 2424:15, 2424:24, 2425:22, 2425:24
**course** [12] - 2307:18, 2307:21, 2309:15, 2310:1, 2313:19, 2323:7, 2347:2, 2389:10, 2389:11, 2400:4, 2414:6
**courses** [21] - 2307:3, 2307:4, 2307:5, 2307:14, 2307:20, 2309:9, 2309:12, 2309:17, 2309:20, 2309:21, 2309:23, 2309:24, 2310:2, 2387:16, 2387:17, 2388:21, 2388:23,

2389:1, 2389:2, 2389:14, 2389:15
**Court** [29] - 2304:13, 2305:15, 2306:13, 2311:9, 2312:6, 2313:20, 2316:10, 2318:12, 2321:4, 2325:14, 2329:1, 2330:9, 2338:25, 2341:12, 2343:3, 2346:7, 2347:25, 2348:22, 2355:16, 2358:6, 2380:10, 2385:5, 2386:1, 2398:14, 2411:23, 2420:9, 2429:7, 2431:5, 2435:5
**COURT** [74] - 2294:2, 2299:17, 2301:4, 2301:7, 2301:14, 2302:9, 2302:15, 2302:17, 2302:23, 2303:5, 2303:24, 2304:9, 2312:15, 2326:14, 2326:22, 2331:15, 2331:21, 2331:23, 2332:1, 2332:5, 2332:8, 2332:12, 2332:20, 2332:25, 2333:7, 2333:11, 2338:18, 2338:23, 2346:3, 2347:6, 2350:25, 2351:5, 2351:24, 2352:6, 2353:9, 2353:13, 2353:17, 2353:20, 2353:23, 2353:25, 2360:14, 2370:2, 2370:10, 2370:13, 2371:1, 2371:3, 2371:9, 2371:13, 2371:16, 2372:1, 2372:6, 2372:10, 2372:15, 2372:21, 2374:20, 2383:10, 2383:12, 2383:15, 2383:21, 2384:5, 2384:16, 2384:19, 2384:23, 2397:20, 2398:8, 2426:4, 2426:9, 2426:11, 2427:2, 2427:9, 2427:15, 2434:12, 2434:17, 2434:20
**Court's** [1] - 2338:15
**courtroom** [1] - 2303:4
**cover** [3] - 2312:23, 2312:24, 2398:3

**covers** [1] - 2320:22
**COVINGTON** [1] - 2297:22
**cracks** [1] - 2424:1
**create** [5] - 2336:11, 2340:24, 2342:1, 2342:2, 2342:18
**created** [2] - 2339:20, 2344:14
**creating** [2] - 2308:24, 2309:4
**critical** [1] - 2315:22
**criticism** [3] - 2425:15, 2425:17, 2426:20
**criticisms** [1] - 2427:11
**criticizing** [2] - 2338:7, 2338:18
**critiquing** [1] - 2314:4
**Cross** [1] - 2300:4
**CROSS** [2] - 2296:21, 2360:16
**cross** [1] - 2312:14
**crossed** [1] - 2345:25
**CRR** [1] - 2299:17
**current** [1] - 2388:16
**curriculum** [3] - 2305:12, 2307:18, 2311:7
**CURTIS** [3] - 2300:3, 2303:8, 2303:12
**Curtis** [2] - 2303:12, 2303:17
**curve** [4] - 2307:21, 2348:25, 2424:25, 2425:1
**customarily** [1] - 2318:9
**cut** [1] - 2338:4
**cuts** [1] - 2412:25
**CV** [1] - 2311:25
**cycle** [1] - 2412:2
**cylinder** [1] - 2412:24
**cylindrical** [4] - 2412:9, 2412:25, 2413:3, 2417:6

# D

**D-23661** [1] - 2385:24
**D-23662** [1] - 2387:5
**D-23665** [1] - 2390:18
**D-23666** [1] - 2392:2
**D-23671** [1] - 2396:13
**D-23672** [1] - 2398:12
**D-23674** [1] - 2401:3
**D-23675** [1] - 2402:20
**D-23676** [1] - 2402:24
**D-23677** [1] - 2405:17

**D-23678** [1] - 2406:21
**D-23681** [1] - 2404:15
**D-23682** [1] - 2404:16
**D-23684** [2] - 2414:19, 2414:21
**D-23685** [1] - 2411:21
**D-23686** [1] - 2415:25
**D-23701** [1] - 2431:4
**D-23719** [1] - 2401:25
**D-23720** [1] - 2417:2
**D-23721** [2] - 2429:4, 2430:7
**D-23958** [1] - 2408:6
**D-23968** [1] - 2308:20
**D-23974** [1] - 2310:12
**D-23980** [1] - 2304:14
**D-23987-1A** [1] - 2382:12
**D-23987-1A.1** [1] - 2358:4
**D-23988** [2] - 2341:8, 2366:11
**D-24584** [1] - 2307:25
**D-24586** [1] - 2316:8
**D-24589A** [2] - 2326:16, 2326:18
**D-245908** [1] - 2329:2
**D-24591** [1] - 2321:2
**D-24595** [1] - 2325:12
**D-24604** [2] - 2313:4, 2335:23
**D-24650** [1] - 2400:6
**D-24651** [2] - 2420:6, 2422:7
**D-26383** [1] - 2404:16
**D-3663** [1] - 2388:18
**DALLAS** [1] - 2298:23
**dark** [1] - 2381:8
**darker** [2] - 2401:20, 2415:4
**Darvish** [1] - 2301:11
**data** [115] - 2315:3, 2315:16, 2317:12, 2317:17, 2317:24, 2317:25, 2318:16, 2322:13, 2322:25, 2323:3, 2323:6, 2323:10, 2323:15, 2323:16, 2324:12, 2324:18, 2325:10, 2325:16, 2326:13, 2327:2, 2327:11, 2328:3, 2328:5, 2329:6, 2330:2, 2330:10, 2331:2, 2331:5, 2333:7, 2334:22, 2334:24, 2335:4, 2335:13, 2345:12, 2346:19, 2346:21, 2348:8,

2348:16, 2352:20, 2357:5, 2357:24, 2358:1, 2359:1, 2359:3, 2359:6, 2359:12, 2360:11, 2362:6, 2362:15, 2363:5, 2363:10, 2364:3, 2377:13, 2383:7, 2385:14, 2385:17, 2397:3, 2397:8, 2398:23, 2399:8, 2409:19, 2410:4, 2410:9, 2410:12, 2410:13, 2410:19, 2411:11, 2411:13, 2414:1, 2414:3, 2414:8, 2414:17, 2414:24, 2416:6, 2416:10, 2416:14, 2416:18, 2419:14, 2419:18, 2421:5, 2421:24, 2422:4, 2423:1, 2423:11, 2423:18, 2423:22, 2424:12, 2424:15, 2424:20, 2424:23, 2424:25, 2425:3, 2425:6, 2427:18, 2427:20, 2428:1, 2428:2, 2428:4, 2430:24, 2431:6, 2431:15, 2432:7, 2432:9, 2433:13, 2433:16, 2434:1, 2434:2, 2434:5
**date** [1] - 2320:13
**dated** [2] - 2320:4, 2320:12
**dates** [1] - 2348:18
**Daubert** [1] - 2303:20
**DAVIS** [1] - 2298:15
**DAVIS-DENNY** [1] - 2298:15
**DAY** [1] - 2294:15
**day-in** [1] - 2364:22
**day-out** [1] - 2364:22
**days** [1] - 2346:18
**DC** [5] - 2296:15, 2296:24, 2297:20, 2297:24, 2299:14
**deal** [2] - 2311:14, 2327:20
**deals** [1] - 2391:3
**DEBORAH** [1] - 2299:9
**decades** [1] - 2424:7
**decide** [2] - 2339:11, 2339:13
**decided** [1] - 2306:1

decisions [1] - 2313:20

decrease [6] - 2405:1, 2405:2, 2418:11, 2423:6, 2423:24, 2430:5

decreased [4] - 2405:3, 2418:1, 2418:13, 2418:19

decreases [5] - 2405:1, 2409:7, 2418:10, 2418:11, 2418:12

decreasing [1] - 2423:21

deem [1] - 2335:18

deep [2] - 2380:14, 2381:20

DEEPWATER [3] - 2294:5, 2298:4, 2298:5

defined [5] - 2307:20, 2317:4, 2339:8, 2399:18, 2400:11

definition [2] - 2395:23, 2402:16

deform [3] - 2386:20, 2406:13, 2406:14

deformation [6] - 2389:25, 2406:8, 2406:16, 2406:17, 2418:5, 2418:14

deforming [1] - 2407:13

deforms [1] - 2407:18

degree [10] - 2305:9, 2305:17, 2305:19, 2345:8, 2354:17, 2386:3, 2386:5, 2399:20, 2400:3, 2407:25

degrees [2] - 2316:23, 2408:23

deleted [1] - 2418:16

Delicious [1] - 2329:13

deliver [2] - 2324:19, 2325:24

delivered [1] - 2319:6

demonstrated [1] - 2334:12

demonstrates [1] - 2358:6

demonstrating [2] - 2327:3, 2327:19

demonstrative [14] - 2308:2, 2308:22, 2316:10, 2326:9, 2326:15, 2327:2, 2341:11, 2358:4,

2360:4, 2366:10, 2382:12, 2387:5, 2417:2, 2429:6

demonstratives [1] - 2301:11

DENNY [1] - 2298:15

densities [4] - 2317:11, 2318:3, 2321:9, 2321:11

density [2] - 2314:23, 2315:8

department [3] - 2306:20, 2386:8, 2387:15

Department [1] - 2387:22

DEPARTMENT [2] - 2296:13, 2296:17

dependence [1] - 2345:16

depiction [2] - 2366:15, 2366:18

depicts [3] - 2313:11, 2314:12, 2401:6

depletes [2] - 2404:22, 2404:23

depletion [7] - 2417:22, 2418:1, 2418:18, 2423:6, 2423:16, 2423:25

deposition [8] - 2345:23, 2346:9, 2364:11, 2365:5, 2365:7, 2366:8, 2369:21, 2425:20

depth [1] - 2415:11

depths [8] - 2319:13, 2344:19, 2345:10, 2348:5, 2348:19, 2415:7, 2415:9, 2415:12

derived [1] - 2324:3

describe [7] - 2304:17, 2304:25, 2305:16, 2308:2, 2308:8, 2336:12, 2385:11

described [4] - 2340:22, 2352:8, 2366:14, 2425:11

description [2] - 2313:9, 2360:7

designed [3] - 2316:11, 2322:25, 2363:20

detail [2] - 2366:17, 2416:1

details [4] - 2326:6, 2334:17, 2385:21, 2399:11

detected [2] - 2381:4, 2381:6

determination [2] - 2339:20, 2414:18

determine [3] - 2379:14, 2397:8, 2410:22

determined [1] - 2428:15

determining [3] - 2352:16, 2419:16, 2433:21

develop [5] - 2304:24, 2318:12, 2323:9, 2410:10, 2410:15

developed [3] - 2313:10, 2360:23, 2360:25

developing [3] - 2314:3, 2318:11, 2362:22

development [1] - 2307:6

developments [1] - 2391:2

deviation [2] - 2330:3, 2330:20

device [3] - 2412:3, 2412:4, 2412:11

devised [1] - 2421:14

devoted [1] - 2394:4

DEXTER [1] - 2295:23

diagram [4] - 2381:14, 2401:6, 2411:25, 2414:22

diameter [1] - 2402:20

differ [1] - 2386:17

difference [8] - 2322:1, 2340:6, 2362:8, 2362:12, 2362:16, 2362:17, 2362:20, 2431:10

differences [2] - 2334:16, 2334:18

different [54] - 2308:2, 2309:18, 2315:11, 2316:1, 2317:25, 2318:1, 2318:2, 2328:18, 2330:2, 2331:23, 2331:25, 2332:1, 2332:2, 2332:4, 2333:5, 2340:14, 2344:19, 2345:10, 2351:21, 2354:9, 2358:9, 2366:25, 2371:3, 2373:12, 2379:5, 2387:4, 2398:9, 2399:9, 2402:3, 2403:4, 2410:5,

2410:6, 2411:14, 2414:3, 2414:6, 2414:10, 2415:8, 2416:5, 2416:16, 2419:10, 2421:18, 2421:23, 2422:8, 2422:14, 2428:21, 2428:22, 2429:1, 2429:9, 2431:16, 2432:4, 2432:8, 2434:2

differential [9] - 2332:16, 2356:16, 2358:11, 2374:14, 2431:9, 2431:12, 2431:17, 2431:18, 2432:25

differentiate [1] - 2315:21

difficult [1] - 2370:6

diluted [1] - 2351:9

dimensional [2] - 2365:18, 2365:24

Direct [1] - 2300:3

DIRECT [3] - 2303:14, 2304:10, 2385:2

direct [13] - 2300:6, 2303:17, 2361:13, 2363:6, 2366:14, 2375:12, 2376:1, 2376:20, 2382:12, 2382:15, 2384:25, 2430:18, 2433:10

direction [12] - 2403:15, 2403:17, 2403:24, 2404:11, 2406:18, 2407:2, 2407:6, 2407:7, 2407:9, 2407:13, 2418:7

directions [1] - 2404:13

directly [10] - 2369:15, 2373:2, 2381:22, 2414:11, 2420:4, 2420:12, 2420:20, 2428:2, 2430:2, 2431:14

director [1] - 2383:25

disagreement [1] - 2344:7

discover [2] - 2322:16, 2323:25

discrete [1] - 2431:12

discuss [6] - 2307:15, 2308:6, 2312:18, 2314:15, 2385:22, 2411:16

discussed [5] - 2305:3, 2326:2,

2342:23, 2346:2, 2364:14

discussing [6] - 2314:2, 2345:6, 2376:12, 2402:1, 2403:6, 2419:24

discussion [1] - 2372:8

display [13] - 2385:24, 2388:18, 2390:18, 2392:17, 2394:6, 2396:13, 2398:1, 2400:6, 2401:3, 2414:19, 2419:12, 2420:6, 2429:4

dissolution [11] - 2303:21, 2345:8, 2348:3, 2350:8, 2352:8, 2374:11, 2375:9, 2377:22, 2379:24, 2382:24, 2383:4

dissolve [14] - 2344:4, 2345:5, 2345:17, 2345:24, 2346:11, 2346:13, 2346:15, 2347:4, 2350:17, 2351:2, 2351:7, 2354:19, 2357:6, 2374:6

dissolved [29] - 2344:20, 2345:1, 2348:7, 2349:1, 2349:5, 2349:7, 2349:20, 2349:21, 2349:25, 2350:1, 2350:5, 2351:1, 2351:17, 2351:21, 2352:18, 2357:6, 2378:24, 2379:14, 2379:17, 2379:18, 2379:20, 2379:21, 2379:22, 2381:4, 2382:1, 2382:3, 2382:8, 2382:21

dissolves [2] - 2354:20, 2354:21

dissolving [8] - 2350:15, 2352:22, 2352:25, 2353:24, 2354:6, 2355:20, 2378:2, 2381:11

distinction [2] - 2403:6, 2409:14

DISTRICT [3] - 2294:2, 2294:2, 2294:16

divided [6] - 2399:18, 2400:12, 2400:13, 2400:19, 2400:23

DIVISION [2] -

2296:14, 2296:18
**division** [1] - 2388:13
**DOCKET** [3] - 2294:5, 2294:8, 2294:11
**doctoral** [1] - 2387:12
**document** [1] - 2318:20
**documentation** [2] - 2322:7, 2322:20
**DOMENGEAUX** [1] - 2294:23
**domestically** [1] - 2308:19
**DON** [1] - 2297:5
**DONALD** [1] - 2298:20
**done** [17] - 2306:23, 2313:1, 2313:2, 2314:5, 2319:16, 2322:13, 2336:12, 2361:10, 2364:22, 2375:20, 2375:22, 2396:23, 2399:1, 2412:24, 2415:23, 2424:7, 2429:22
**dots** [1] - 2317:23
**DOUGLAS** [1] - 2296:9
**Dove** [1] - 2397:7
**down** [22] - 2302:14, 2303:4, 2316:13, 2316:20, 2317:1, 2321:10, 2321:15, 2341:14, 2356:2, 2358:15, 2372:16, 2403:14, 2412:2, 2418:16, 2418:20, 2422:17, 2422:21, 2422:22, 2422:24, 2423:12, 2425:1
**DOYEN** [1] - 2298:13
**Dr** [78] - 2302:12, 2303:16, 2303:17, 2304:4, 2304:7, 2304:12, 2304:22, 2305:12, 2305:22, 2312:11, 2312:18, 2313:15, 2314:4, 2325:6, 2325:9, 2325:15, 2326:12, 2326:13, 2326:20, 2327:1, 2328:4, 2330:8, 2334:12, 2334:13, 2334:15, 2335:1, 2337:14, 2337:22, 2338:5, 2338:6, 2338:7, 2338:11, 2338:14, 2338:20, 2338:22, 2338:25, 2342:24, 2343:25, 2344:8,

2345:2, 2345:15, 2346:6, 2346:17, 2353:5, 2354:24, 2356:22, 2357:9, 2357:14, 2358:23, 2359:20, 2360:1, 2360:19, 2361:1, 2361:3, 2361:10, 2362:13, 2362:19, 2365:9, 2365:22, 2366:14, 2368:22, 2370:4, 2372:11, 2373:8, 2375:2, 2375:23, 2376:1, 2376:13, 2377:21, 2381:2, 2383:17, 2383:19, 2384:10, 2385:4, 2407:14, 2408:5, 2419:14
**draw** [2] - 2409:14, 2410:12
**drill** [2] - 2412:5
**drilled** [2] - 2319:1, 2412:14
**drilling** [1] - 2412:14
**DRILLING** [1] - 2298:4
**drive** [1] - 2384:7
**dropped** [1] - 2412:2
**drops** [1] - 2365:20
**Drs** [1] - 2301:11
**due** [6] - 2347:17, 2374:5, 2393:17, 2403:11, 2417:21, 2418:2
**duly** [2] - 2303:8, 2384:11
**during** [13] - 2344:18, 2345:10, 2348:4, 2389:18, 2406:5, 2417:19, 2417:22, 2418:21, 2419:2, 2423:6, 2423:9, 2426:13, 2433:1

---

## E

**E&P** [1] - 2299:8
**early** [4] - 2305:23, 2306:22, 2397:1, 2434:21
**earth** [1] - 2393:2
**easiest** [2] - 2348:24, 2351:11
**East** [1] - 2397:10
**EAST** [1] - 2295:18
**EASTERN** [1] - 2294:2
**easy** [3] - 2376:25, 2399:15, 2421:2
**edition** [2] - 2391:5, 2391:8

**editor** [1] - 2392:6
**editorial** [3] - 2392:4, 2392:10, 2392:15
**education** [2] - 2305:10, 2305:15
**educational** [2] - 2305:16, 2386:2
**EDWARDS** [1] - 2294:23
**effect** [24] - 2322:7, 2326:3, 2337:18, 2338:16, 2342:23, 2343:11, 2343:15, 2343:19, 2344:9, 2344:11, 2346:20, 2347:12, 2347:19, 2348:3, 2350:2, 2350:9, 2350:23, 2353:23, 2355:6, 2355:12, 2386:10, 2404:1, 2405:2, 2425:21
**effects** [2] - 2342:25, 2343:4
**efficients** [1] - 2410:11
**eight** [6] - 2414:6, 2414:23, 2414:24, 2415:13, 2430:4
**eighty** [1] - 2311:16
**EISERT** [6] - 2297:19
**either** [5] - 2315:5, 2362:15, 2388:24, 2404:24, 2432:19
**elasticity** [5] - 2395:20, 2395:24, 2396:3, 2396:5, 2396:11
**electrical** [1] - 2414:14
**elevation** [2] - 2341:21, 2342:17
**ELLIS** [3] - 2297:9, 2297:14, 2297:18
**ELM** [1] - 2298:23
**Elsevier** [1] - 2390:24
**employed** [1] - 2385:7
**employment** [2] - 2306:16, 2306:21
**encompassing** [1] - 2315:23
**encounter** [2] - 2359:23, 2360:3
**encounters** [2] - 2367:1, 2369:16
**end** [11] - 2334:3, 2342:11, 2342:14, 2352:20, 2355:21, 2355:24, 2358:17, 2358:18, 2388:14, 2418:18, 2422:19

**ended** [1] - 2373:25
**ends** [2] - 2352:22, 2352:25
**Energy** [2] - 2387:22, 2397:7
**ENERGY** [2] - 2298:6, 2298:19
**ENFORCEMENT** [1] - 2296:19
**engages** [1] - 2308:3
**Engel** [3] - 2300:4, 2360:18, 2372:21
**ENGEL** [27] - 2296:22, 2304:3, 2312:13, 2326:15, 2326:19, 2338:3, 2345:15, 2345:22, 2346:8, 2347:2, 2347:9, 2360:17, 2366:10, 2366:13, 2370:1, 2372:22, 2373:5, 2373:7, 2375:7, 2376:9, 2376:11, 2380:4, 2380:6, 2382:11, 2382:14, 2383:9, 2383:20
**engineer** [3] - 2336:9, 2387:10, 2402:4
**Engineering** [4] - 2305:9, 2305:18, 2305:20, 2392:16
**engineering** [16] - 2306:24, 2307:17, 2307:19, 2307:21, 2310:23, 2314:21, 2386:4, 2386:5, 2386:8, 2387:10, 2387:15, 2388:2, 2388:10, 2388:12, 2388:13, 2394:2
**Engineers** [7] - 2310:11, 2310:20, 2311:2, 2312:8, 2392:24, 2392:25, 2394:12
**engineers** [1] - 2391:14
**England** [2] - 2385:10, 2387:25
**ENGLE** [1] - 2303:19
**entered** [8] - 2313:25, 2336:2, 2336:24, 2341:4, 2372:2, 2372:3, 2372:15
**entering** [1] - 2372:19
**entire** [1] - 2424:25
**entirely** [1] - 2357:6
**entitled** [1] - 2390:22
**ENVIRONMENT** [1] - 2296:18

**ENVIRONMENTAL** [1] - 2296:19
**envision** [1] - 2419:1
**EOS** [11] - 2315:25, 2322:25, 2327:2, 2329:20, 2330:9, 2334:12, 2337:4, 2337:20, 2362:19, 2376:1, 2376:12
**equal** [7] - 2403:19, 2405:20, 2405:24, 2406:1, 2406:3, 2406:15, 2429:13
**equally** [1] - 2371:22
**equation** [66] - 2304:22, 2307:7, 2309:4, 2313:15, 2314:3, 2314:4, 2314:8, 2314:11, 2314:16, 2314:18, 2314:24, 2315:16, 2315:18, 2315:25, 2316:11, 2317:14, 2317:16, 2317:18, 2318:7, 2318:13, 2320:24, 2321:1, 2321:23, 2322:13, 2323:1, 2323:3, 2323:9, 2323:10, 2323:12, 2323:14, 2323:18, 2323:20, 2323:21, 2324:11, 2325:6, 2325:9, 2325:15, 2327:18, 2327:20, 2327:22, 2328:4, 2328:16, 2328:23, 2329:16, 2334:15, 2335:4, 2335:5, 2335:19, 2337:9, 2337:15, 2337:17, 2338:16, 2358:23, 2359:5, 2360:22, 2360:23, 2361:7, 2362:9, 2362:13, 2362:14, 2362:22, 2363:7, 2363:11, 2363:17, 2364:4, 2431:24
**equations** [12] - 2315:4, 2315:7, 2315:19, 2318:8, 2331:6, 2334:16, 2421:3, 2421:13, 2421:14, 2430:19, 2430:23, 2430:25
**equilibrium** [20] - 2339:2, 2339:3, 2339:9, 2339:23, 2339:25, 2340:3, 2340:22, 2341:7,

2341:24, 2342:10,
2342:11, 2342:18,
2343:6, 2343:7,
2364:20, 2364:21,
2366:2, 2366:4,
2375:10
**equity** [1] - 2396:25
**equivalent** [5] -
2368:1, 2373:2,
2388:3, 2388:6,
2393:24
**erred** [1] - 2367:22
**erring** [1] - 2369:6
**erroneous** [2] -
2433:14, 2434:10
**error** [5] - 2325:19,
2325:20, 2325:22,
2330:5, 2335:10
**escaped** [1] - 2370:15
**ESQ** [49] - 2294:20,
2294:24, 2295:4,
2295:7, 2295:11,
2295:14, 2295:18,
2295:22, 2295:22,
2296:9, 2296:9,
2296:14, 2296:19,
2296:20, 2296:20,
2296:21, 2296:21,
2296:22, 2296:22,
2296:23, 2296:23,
2297:5, 2297:9,
2297:10, 2297:10,
2297:11, 2297:11,
2297:15, 2297:18,
2297:19, 2297:19,
2297:23, 2298:6,
2298:10, 2298:13,
2298:14, 2298:14,
2298:15, 2298:15,
2298:20, 2298:20,
2298:21, 2298:21,
2298:22, 2299:3,
2299:4, 2299:9,
2299:13, 2299:13
**essentially** [26] -
2308:16, 2387:11,
2389:19, 2390:15,
2391:10, 2393:24,
2401:1, 2401:12,
2403:11, 2407:4,
2407:5, 2408:8,
2409:3, 2409:16,
2412:6, 2412:8,
2412:24, 2412:25,
2413:4, 2417:21,
2420:16, 2422:1,
2423:20, 2423:25,
2433:4
**established** [1] -
2306:25

**estimate** [18] -
2346:14, 2370:14,
2385:19, 2398:16,
2399:4, 2399:6,
2411:3, 2411:6,
2416:8, 2419:16,
2421:19, 2422:16,
2424:16, 2425:7,
2427:18, 2433:17,
2433:19, 2433:22
**estimated** [3] -
2310:25, 2433:10
**estimation** [1] -
2425:4
**et** [3] - 2389:3, 2390:3,
2415:11
**ET** [2] - 2294:9,
2294:13
**ethane** [14] - 2339:17,
2342:3, 2349:9,
2349:21, 2354:4,
2354:6, 2354:12,
2374:4, 2378:25,
2379:2, 2379:21,
2380:23, 2381:3,
2381:19
**ethanes** [1] - 2339:17
**evaluate** [4] - 2304:21,
2385:14, 2411:11,
2416:2
**evaluated** [3] -
2313:14, 2325:14,
2373:12
**evaluating** [3] -
2323:21, 2433:16,
2433:21
**evaluation** [2] -
2313:22, 2425:3
**evaporated** [1] -
2380:13
**event** [1] - 2302:5
**eventually** [3] -
2352:23, 2352:24,
2412:11
**everywhere** [1] -
2317:13
**evidence** [6] -
2344:17, 2383:18,
2383:19, 2398:7,
2428:1, 2434:6
**evolution** [2] -
2365:19, 2365:23
**evolve** [3] - 2365:18,
2367:2, 2367:4
**evolved** [3] - 2365:2,
2365:12, 2368:24
**evolves** [2] - 2352:21,
2367:11
**evolving** [2] - 2367:10,
2369:2

**exact** [4] - 2352:4,
2359:7, 2362:6,
2364:9
**exactly** [10] - 2304:1,
2328:11, 2346:1,
2352:2, 2366:6,
2389:2, 2406:7,
2411:1, 2418:13,
2429:19
**exam** [1] - 2434:13
**EXAMINATION** [5] -
2300:2, 2303:14,
2304:10, 2360:16,
2385:2
**examination** [3] -
2303:17, 2312:14,
2384:25
**examinations** [1] -
2301:20
**example** [21] - 2316:7,
2323:19, 2328:22,
2349:3, 2351:5,
2368:18, 2389:1,
2391:24, 2395:3,
2396:20, 2400:1,
2403:25, 2404:23,
2406:25, 2409:18,
2410:1, 2414:13,
2415:10, 2419:19,
2421:10, 2422:7
**examples** [2] -
2396:20, 2412:20
**except** [2] - 2321:25,
2397:16
**exclusively** [1] -
2391:3
**excuse** [2] - 2345:15,
2391:9
**exerts** [3] - 2403:14,
2404:8, 2404:10
**exhibit** [3] - 2319:15,
2425:20, 2429:6
**Exhibit** [5] - 2301:17,
2312:25, 2383:18,
2383:22, 2398:10
**exhibits** [1] - 2301:10
**exist** [2] - 2351:9,
2402:24
**existed** [2] - 2423:8,
2432:25
**exit** [4] - 2341:17,
2341:23, 2367:16,
2367:17
**expanding** [2] -
2407:6, 2418:6
**expanse** [1] - 2407:5
**expect** [8] - 2324:8,
2324:18, 2324:22,
2337:18, 2363:11,
2423:22, 2425:2,

2432:14
**expected** [1] - 2418:17
**expecting** [1] -
2422:24
**experience** [7] -
2387:6, 2425:2,
2425:25, 2426:16,
2426:25, 2427:4,
2432:10
**experienced** [1] -
2316:6
**experimental** [2] -
2424:6, 2424:9
**experiments** [2] -
2318:6, 2399:10
**expert** [12] - 2312:11,
2312:15, 2312:21,
2325:7, 2361:1,
2365:21, 2373:9,
2396:18, 2396:21,
2397:12, 2397:20,
2410:21
**expertise** [2] - 2365:8,
2365:13
**experts** [9] - 2304:19,
2313:11, 2315:1,
2315:4, 2315:12,
2315:13, 2317:5,
2426:21
**explain** [10] - 2316:10,
2341:11, 2343:3,
2346:1, 2376:23,
2399:12, 2401:5,
2411:23, 2429:6,
2431:5
**explicitly** [2] -
2345:20, 2345:22
**EXPLORATION** [2] -
2294:12, 2297:3
**exponents** [1] -
2400:16
**expressly** [2] -
2346:20, 2346:22
**extension** [1] -
2396:10
**extent** [3] - 2397:16,
2408:16, 2409:4
**external** [1] - 2429:24
**extra** [2] - 2354:17,
2367:18
**extracted** [2] -
2412:17, 2412:21
**extreme** [1] - 2399:25
**eye** [1] - 2399:22

## F

**fact** [15] - 2340:23,
2358:25, 2362:3,
2363:1, 2369:4,

2369:6, 2372:15,
2375:1, 2390:7,
2393:13, 2396:7,
2396:8, 2412:14,
2412:15, 2424:18
**factor** [23] - 2313:17,
2321:19, 2321:22,
2322:15, 2323:19,
2323:23, 2324:16,
2324:23, 2325:18,
2330:20, 2337:12,
2347:16, 2355:22,
2357:3, 2358:1,
2358:2, 2358:16,
2358:19, 2360:8,
2370:14, 2382:16,
2404:3, 2431:22
**factors** [16] - 2327:9,
2328:24, 2334:19,
2335:6, 2337:18,
2362:23, 2363:12,
2363:13, 2363:25,
2364:1, 2364:7,
2364:8, 2364:9,
2374:10, 2375:8,
2376:2
**Fahrenheit** [4] -
2316:24, 2317:1,
2317:2, 2369:8
**fair** [2] - 2310:2,
2319:7
**fairly** [3] - 2313:21,
2429:23, 2433:6
**fall** [1] - 2383:5
**FANNIN** [1] - 2298:10
**far** [6] - 2301:21,
2302:5, 2334:19,
2348:6, 2415:18,
2426:6
**Farenheit** [2] -
2321:15, 2369:8
**fashion** [1] - 2357:16
**FCCR** [1] - 2299:17
**FCRR** [2] - 2435:8,
2435:9
**FEDERAL** [1] -
2299:17
**feet** [4] - 2372:13,
2372:16, 2374:23,
2415:11
**felt** [2] - 2393:17,
2432:13
**few** [2] - 2397:6,
2424:23
**field** [14] - 2311:20,
2322:21, 2324:3,
2333:6, 2386:7,
2386:18, 2387:2,
2389:24, 2391:11,
2392:8, 2394:15,

2396:24, 2405:18
**fields** [2] - 2323:23, 2434:12
**FIELDS** [52] - 2297:11, 2384:22, 2384:24, 2385:3, 2385:24, 2385:25, 2388:18, 2388:19, 2390:18, 2390:19, 2392:2, 2392:3, 2392:17, 2392:18, 2394:6, 2394:7, 2396:13, 2396:14, 2397:11, 2397:21, 2398:1, 2398:2, 2398:6, 2398:11, 2400:6, 2400:7, 2401:3, 2401:4, 2406:21, 2406:22, 2411:21, 2411:22, 2414:19, 2414:20, 2419:12, 2419:13, 2420:6, 2420:7, 2421:15, 2421:16, 2425:22, 2426:6, 2426:10, 2426:12, 2426:24, 2427:7, 2427:10, 2427:16, 2429:4, 2429:5, 2434:15, 2434:19
**Fields** [2] - 2300:6, 2384:24
**FIFTEENTH** [1] - 2297:20
**figure** [17] - 2348:25, 2357:21, 2360:10, 2372:6, 2379:18, 2380:4, 2380:7, 2380:9, 2380:11, 2380:19, 2381:9, 2381:10, 2381:12, 2381:23, 2382:5
**figures** [3] - 2360:3, 2379:16, 2380:1
**filed** [1] - 2338:4
**fill** [2] - 2426:14, 2426:17
**filled** [4] - 2351:12, 2395:9, 2401:21, 2402:7
**filling** [1] - 2317:22
**fills** [1] - 2351:14
**final** [8] - 2313:23, 2320:15, 2356:8, 2356:10, 2363:2, 2368:7, 2418:17, 2418:18
**finally** [4] - 2304:24, 2311:19, 2320:11, 2320:15

**fine** [1] - 2369:25
**finish** [2] - 2301:22, 2303:2
**finished** [2] - 2306:17, 2319:5
**FIRM** [1] - 2295:10
**first** [40] - 2303:8, 2304:20, 2305:11, 2307:10, 2309:6, 2313:8, 2314:2, 2314:10, 2314:17, 2325:17, 2335:3, 2335:5, 2336:14, 2338:25, 2347:11, 2348:13, 2349:3, 2349:9, 2349:19, 2352:24, 2359:24, 2369:5, 2372:17, 2372:20, 2378:3, 2379:1, 2379:6, 2384:11, 2386:16, 2393:15, 2402:8, 2403:9, 2405:12, 2405:15, 2416:22, 2417:24, 2424:23, 2424:24, 2430:10, 2431:8
**fit** [2] - 2339:2, 2339:25
**FITCH** [1] - 2299:13
**five** [4] - 2307:4, 2309:18, 2350:14, 2383:12
**FL** [1] - 2295:5
**flagged** [1] - 2358:18
**flash** [19] - 2321:19, 2328:13, 2331:1, 2331:4, 2331:5, 2359:12, 2360:11, 2361:22, 2362:1, 2362:5, 2363:5, 2368:1, 2369:16, 2370:24, 2371:11, 2371:14, 2372:24, 2373:3, 2373:15
**flaws** [1] - 2313:16
**FLEMING** [1] - 2298:22
**floor** [2] - 2370:11, 2370:16
**FLOOR** [1] - 2298:16
**Flow** [1] - 2306:15
**flow** [5] - 2340:14, 2340:15, 2389:3, 2389:12, 2392:12
**flowed** [1] - 2315:2
**flowing** [2] - 2340:15, 2366:5
**fluid** [53] - 2305:1, 2307:6, 2308:9,

2309:24, 2311:15, 2312:11, 2313:9, 2313:25, 2314:12, 2314:13, 2315:22, 2315:24, 2315:25, 2316:1, 2321:9, 2321:20, 2327:13, 2328:8, 2328:9, 2328:13, 2334:18, 2336:8, 2337:1, 2341:4, 2341:13, 2343:16, 2344:13, 2349:5, 2352:16, 2355:13, 2358:8, 2361:7, 2361:14, 2362:3, 2374:17, 2382:17, 2386:23, 2386:25, 2387:17, 2389:3, 2389:12, 2396:8, 2402:7, 2404:4, 2404:5, 2404:7, 2404:23, 2405:8, 2405:9, 2417:10, 2417:14, 2423:9, 2426:13
**fluid's** [1] - 2341:15
**fluid-filled** [1] - 2402:7
**fluids** [13] - 2304:18, 2308:8, 2328:10, 2336:2, 2357:15, 2359:22, 2360:2, 2392:12, 2395:10, 2405:4, 2405:5, 2418:2, 2428:15
**Fluids** [1] - 2306:15
**FLYNN** [1] - 2296:14
**focus** [6] - 2376:15, 2386:13, 2394:8, 2400:4, 2401:23, 2416:22
**focused** [2] - 2363:1, 2363:15
**focuses** [1] - 2392:12
**focusing** [2] - 2386:25, 2372:23
**follow** [2] - 2333:15, 2372:23
**follow-up** [2] - 2333:15, 2372:23
**follows** [3] - 2303:9, 2384:12, 2432:21
**font** [1] - 2432:17
**footnote** [1] - 2346:25
**FOR** [8] - 2294:20, 2295:21, 2296:3, 2296:13, 2297:3, 2298:3, 2298:18, 2299:7
**forcefully** [1] - 2360:15
**forces** [4] - 2386:21,

2387:4, 2395:22, 2404:10
**foregoing** [1] - 2435:6
**form** [3] - 2315:11, 2342:4, 2354:3
**formed** [1] - 2342:12
**forming** [1] - 2354:5
**forms** [1] - 2352:24
**formulas** [2] - 2421:7, 2421:10
**formulation** [1] - 2411:9
**forth** [5] - 2318:3, 2353:21, 2354:5, 2379:5, 2397:23
**foundation** [1] - 2376:21
**founded** [1] - 2393:5
**four** [97] - 2318:2, 2319:14, 2320:22, 2320:23, 2321:5, 2321:7, 2321:17, 2321:21, 2322:4, 2322:23, 2324:21, 2325:17, 2326:18, 2327:4, 2327:15, 2327:21, 2327:22, 2327:24, 2328:1, 2328:2, 2328:10, 2328:16, 2328:25, 2329:6, 2329:10, 2329:12, 2329:13, 2329:15, 2329:17, 2329:18, 2329:23, 2330:1, 2330:6, 2330:9, 2331:1, 2331:4, 2331:17, 2331:23, 2332:3, 2332:4, 2332:5, 2332:13, 2332:18, 2333:9, 2333:17, 2334:4, 2334:11, 2337:25, 2345:18, 2350:14, 2354:9, 2356:9, 2356:17, 2357:9, 2357:14, 2357:19, 2357:21, 2357:22, 2357:25, 2358:2, 2358:21, 2358:25, 2359:3, 2359:5, 2359:8, 2359:9, 2361:18, 2361:21, 2361:22, 2361:25, 2362:8, 2362:18, 2363:3, 2363:19, 2368:18, 2368:20, 2368:22, 2368:24, 2368:25, 2369:1, 2371:16, 2371:18, 2371:20,

2373:18, 2374:2, 2376:18, 2377:9, 2377:12, 2377:13, 2378:1, 2383:6, 2392:14
**four-stage** [31] - 2321:21, 2322:4, 2322:23, 2329:23, 2331:1, 2331:4, 2332:13, 2356:9, 2356:17, 2357:9, 2357:14, 2357:19, 2357:21, 2357:22, 2358:2, 2358:21, 2358:25, 2359:3, 2359:5, 2359:8, 2361:21, 2361:25, 2362:8, 2362:18, 2363:19, 2368:18, 2368:22, 2373:18, 2374:2, 2376:18, 2383:6
**fourth** [5] - 2350:12, 2363:16, 2391:5, 2391:8, 2432:19
**fraction** [10] - 2349:1, 2349:2, 2349:4, 2349:20, 2379:17, 2379:18, 2379:21, 2382:1, 2382:2, 2382:21
**fractional** [2] - 2399:18, 2400:12
**fracturing** [1] - 2390:3
**frame** [2] - 2304:8, 2304:14
**FRANK** [1] - 2295:18
**friction** [1] - 2424:11
**Friday** [3] - 2301:23, 2302:5, 2303:1
**FRILOT** [1] - 2298:5
**full** [2] - 2387:18, 2387:24
**full-time** [2] - 2387:18, 2387:24
**fully** [1] - 2428:13
**function** [7] - 2410:5, 2416:12, 2423:24, 2430:3, 2430:21, 2431:14, 2432:23
**functioned** [1] - 2396:18
**functions** [3] - 2387:21, 2389:20, 2409:16
**Fundamentals** [1] - 2391:6
**fundamentals** [1] - 2417:3

# G

**gas** [75] - 2304:18, 2308:8, 2308:15, 2308:19, 2309:4, 2309:22, 2309:25, 2310:1, 2310:25, 2314:22, 2314:23, 2315:8, 2315:9, 2315:21, 2318:9, 2324:7, 2324:8, 2324:9, 2339:12, 2339:14, 2339:16, 2339:18, 2339:20, 2339:21, 2339:22, 2340:15, 2341:19, 2342:1, 2342:3, 2342:4, 2342:12, 2342:16, 2342:18, 2342:20, 2343:7, 2352:3, 2352:4, 2352:9, 2352:12, 2352:21, 2352:22, 2352:24, 2353:4, 2354:16, 2355:3, 2364:18, 2364:20, 2364:21, 2364:23, 2365:2, 2365:11, 2365:19, 2365:24, 2366:2, 2366:4, 2366:20, 2367:2, 2367:4, 2367:8, 2367:11, 2367:17, 2367:22, 2367:24, 2368:1, 2368:13, 2368:14, 2368:21, 2369:5, 2369:14, 2372:13, 2375:14, 2375:15, 2375:18
**GASAWAY** [1] - 2297:18
**gases** [9] - 2351:24, 2353:17, 2354:1, 2354:3, 2354:5, 2368:16, 2368:24, 2369:1, 2369:2
**gauge** [3] - 2417:12, 2417:15, 2417:17
**gauges** [2] - 2417:12, 2429:14
**gears** [1] - 2364:13
**GENERAL** [1] - 2296:5
**general** [12] - 2331:12, 2338:16, 2362:2, 2389:24, 2390:4, 2395:18, 2399:14, 2403:18, 2406:16, 2409:25, 2416:1, 2417:4
**GENERAL'S** [1] -

2295:21
**generalized** [1] - 2396:6
**generally** [16] - 2324:18, 2324:19, 2332:9, 2332:19, 2361:24, 2386:18, 2388:9, 2390:12, 2391:9, 2399:22, 2404:17, 2409:7, 2417:7, 2417:10, 2424:11, 2431:21
**generic** [1] - 2403:3
**generically** [1] - 2424:8
**geological** [2] - 2408:11, 2408:18
**geologists** [1] - 2324:1
**geology** [2] - 2388:12, 2388:13
**geomechanics** [3] - 2393:15, 2393:19, 2393:23
**Geophysical** [1] - 2393:1
**geophysics** [1] - 2388:13
**given** [7] - 2312:7, 2322:3, 2333:6, 2341:9, 2346:19, 2350:20, 2377:9
**GLADSTEIN** [6] - 2296:22, 2397:14, 2425:18, 2426:19, 2427:6, 2427:14
**Gladstein** [1] - 2397:14
**glasses** [1] - 2424:18
**GMBH** [1] - 2294:9
**goal** [3] - 2325:4, 2332:8, 2332:21
**GODWIN** [3] - 2298:19, 2298:20, 2299:3
**Gold** [1] - 2312:4
**Google** [3] - 2391:22, 2391:24, 2391:25
**google** [1] - 2391:22
**Government** [1] - 2304:23
**governor's** [1] - 2388:1
**gradual** [1] - 2408:17
**gradually** [1] - 2372:16
**grain** [2] - 2379:4, 2424:1
**grains** [17] - 2401:14, 2401:15, 2401:18,

2401:20, 2402:6, 2404:9, 2408:8, 2408:9, 2408:12, 2408:15, 2408:19, 2409:16, 2420:17, 2420:22, 2421:2
**GRAND** [1] - 2298:16
**GRANT** [1] - 2298:15
**granted** [1] - 2338:5
**graph** [3] - 2380:16, 2381:2, 2381:19
**graphed** [1] - 2318:9
**graphs** [1] - 2423:15
**great** [2] - 2311:16, 2366:12
**Greek** [1] - 2432:16
**green** [3] - 2359:11, 2382:19, 2402:18
**GREENWALD** [1] - 2295:7
**grew** [1] - 2305:7
**grey** [2] - 2381:8, 2415:5
**Gringarten** [1] - 2302:14
**grossly** [1] - 2433:14
**group** [1] - 2410:6
**guess** [4] - 2311:16, 2332:20, 2333:15, 2372:1
**Gulf** [1] - 2381:5
**GULF** [1] - 2294:6
**GWENDOLYN** [1] - 2299:4

# H

**H2O** [3] - 2351:13, 2351:20
**half** [8] - 2314:2, 2314:10, 2335:15, 2335:17, 2335:21, 2335:25, 2351:14, 2359:1
**HALLIBURTON** [1] - 2298:18
**hand** [9] - 2316:14, 2320:13, 2366:19, 2366:22, 2367:24, 2380:11, 2380:25, 2383:6, 2395:7
**happy** [1] - 2346:22
**hard** [4] - 2306:4, 2380:19, 2419:1, 2422:6
**hardly** [1] - 2408:25
**Hariklia** [1] - 2303:16
**HARIKLIA** [1] - 2297:10
**HARVEY** [1] - 2296:23

**HAYCRAFT** [1] - 2297:5
**HB406** [1] - 2299:18
**head** [1] - 2388:13
**heard** [10] - 2315:22, 2340:5, 2342:24, 2389:5, 2400:8, 2402:23, 2425:23, 2426:10, 2427:11
**HEARD** [1] - 2294:16
**hearing** [1] - 2306:5
**heavier** [2] - 2367:21, 2380:24
**held** [2] - 2306:19, 2429:18
**help** [4] - 2321:20, 2322:13, 2406:23, 2417:2
**helped** [1] - 2434:6
**hereby** [1] - 2435:5
**HERMAN** [3] - 2294:20, 2294:20
**hermetic** [1] - 2329:14
**high** [17] - 2313:6, 2325:22, 2329:19, 2329:24, 2330:6, 2330:21, 2330:22, 2360:14, 2367:23, 2369:6, 2369:7, 2378:24, 2385:11, 2386:2, 2398:13, 2404:6, 2409:5
**higher** [7] - 2330:4, 2330:6, 2341:21, 2342:17, 2367:21, 2408:13, 2408:14
**highest** [2] - 2312:7, 2386:21
**highlighted** [1] - 2382:8
**Himmelhoch** [1] - 2302:3
**HIMMELHOCH** [1] - 2296:23
**history** [1] - 2306:17
**hits** [1] - 2341:16
**hoc** [1] - 2421:13
**hold** [1] - 2392:5
**HOLDINGS** [1] - 2298:3
**hollow** [1] - 2412:24
**honesty** [1] - 2364:9
**Honor** [39] - 2301:9, 2301:18, 2302:22, 2303:19, 2304:3, 2312:10, 2312:16, 2326:8, 2326:24, 2338:3, 2338:9, 2338:21, 2345:15, 2346:1, 2346:8,

2346:16, 2347:5, 2383:11, 2383:16, 2383:23, 2384:9, 2384:22, 2384:24, 2397:11, 2397:14, 2397:19, 2398:6, 2425:18, 2425:22, 2426:1, 2426:10, 2426:19, 2426:24, 2427:6, 2427:7, 2427:10, 2427:14, 2434:15, 2434:19
**honor** [1] - 2312:9
**HONORABLE** [1] - 2294:16
**HOPE** [1] - 2297:15
**hope** [1] - 2303:5
**hopeful** [1] - 2301:22
**hopefully** [1] - 2351:20
**HORIZON** [1] - 2294:5
**horizontal** [7] - 2403:17, 2403:24, 2405:24, 2406:2, 2417:11, 2429:13, 2429:15
**horizontally** [1] - 2412:6
**hours** [4] - 2302:18, 2302:19, 2302:20, 2346:18
**house** [2] - 2307:4, 2309:15
**HOUSTON** [2] - 2298:11, 2299:5
**huge** [1] - 2410:14
**human** [2] - 2395:13, 2399:21
**hundred** [3] - 2424:4, 2424:15, 2424:24
**hydraulic** [1] - 2390:2
**hydrocarbon** [4] - 2312:11, 2354:21, 2378:23, 2379:14
**hydrocarbons** [7] - 2344:3, 2344:4, 2349:9, 2354:18, 2378:2, 2380:22, 2401:22
**hydrostatic** [26] - 2405:13, 2405:15, 2405:18, 2405:22, 2405:25, 2406:6, 2407:16, 2416:11, 2416:13, 2427:23, 2428:19, 2428:21, 2428:25, 2429:7, 2429:11, 2429:20, 2429:23, 2430:4, 2430:15, 2430:22,

2430:24, 2431:1, 2431:7, 2431:13, 2433:17

## I

**i.e** [1] - 2395:3
**identified** [6] - 2307:9, 2313:21, 2333:17, 2333:18, 2333:20, 2403:22
**ignore** [2] - 2374:25, 2375:4
**ignoring** [2] - 2371:12, 2375:4
**IL** [1] - 2297:12
**illustrate** [1] - 2381:2
**image** [4] - 2401:14, 2401:20, 2415:2, 2429:9
**images** [2] - 2390:20, 2429:9
**imagine** [2] - 2401:9, 2402:12
**immediately** [2] - 2368:13, 2387:9
**impact** [4] - 2313:20, 2375:5, 2394:19, 2424:15
**Imperial** [4] - 2385:9, 2387:25, 2388:15, 2388:24
**implicating** [1] - 2349:6
**implications** [1] - 2346:24
**implied** [2] - 2400:12, 2411:1
**imply** [2] - 2386:24, 2433:19
**important** [12] - 2313:19, 2321:18, 2323:17, 2323:24, 2324:2, 2335:14, 2337:14, 2343:14, 2363:6, 2363:25, 2404:19, 2405:8
**improper** [3] - 2338:5, 2338:8, 2434:7
**IN** [3] - 2294:5, 2294:6, 2294:8
**in-house** [2] - 2307:4, 2309:15
**INC** [5] - 2294:13, 2297:3, 2298:4, 2298:5, 2298:19
**incident** [12] - 2317:8, 2318:25, 2319:7, 2319:8, 2319:10, 2319:23, 2320:9,

2333:18, 2333:22
**include** [8] - 2309:17, 2343:11, 2343:15, 2343:19, 2359:15, 2359:16, 2378:25, 2423:11
**included** [8] - 2350:3, 2361:21, 2369:4, 2369:12, 2369:18, 2379:12, 2424:14, 2424:17
**includes** [2] - 2342:25, 2343:3
**including** [7] - 2308:23, 2311:6, 2350:12, 2365:22, 2379:9, 2397:13, 2425:25
**inclusive** [1] - 2348:8
**inconvenience** [1] - 2303:1
**incorrect** [2] - 2433:14, 2434:9
**increase** [3] - 2404:1, 2423:20, 2430:5
**increased** [3] - 2429:19, 2429:25, 2430:11
**increases** [2] - 2353:9, 2354:1
**increasing** [4] - 2316:19, 2424:6, 2429:23, 2430:6
**increasingly** [1] - 2408:13
**increments** [1] - 2429:24
**independent** [1] - 2308:18
**index** [1] - 2391:21
**indicate** [2] - 2320:2, 2333:25
**indicated** [6] - 2322:5, 2335:11, 2400:23, 2401:14, 2401:16, 2424:13
**indicating** [2] - 2377:7, 2382:1
**indication** [1] - 2364:4
**individual** [4] - 2345:9, 2377:7, 2377:8, 2377:16
**industry** [20] - 2305:23, 2306:23, 2307:3, 2308:15, 2309:4, 2309:10, 2309:22, 2310:2, 2311:20, 2312:1, 2312:2, 2318:9, 2368:12, 2369:3,

2390:1, 2394:5, 2398:20, 2400:24, 2415:23, 2431:21
**infinite** [1] - 2407:5
**inform** [2] - 2345:4, 2414:4
**Information** [2] - 2391:15, 2391:19
**information** [3] - 2411:3, 2421:19, 2430:15
**initial** [12] - 2316:20, 2321:10, 2321:24, 2327:13, 2335:7, 2335:8, 2357:9, 2358:8, 2408:18, 2423:16, 2424:4, 2426:20
**initiated** [1] - 2393:14
**inside** [1] - 2417:14
**insignificant** [1] - 2334:20
**instance** [1] - 2417:24
**instead** [3] - 2328:15, 2351:23, 2426:22
**Institute** [5] - 2306:8, 2388:8, 2388:25, 2391:15, 2391:18
**instruct** [1] - 2311:3
**intend** [2] - 2312:22, 2338:10
**intended** [3] - 2338:13, 2338:15, 2429:10
**intension** [1] - 2321:22
**intention** [2] - 2316:4, 2322:21
**interact** [1] - 2344:3
**interacting** [1] - 2375:1
**interaction** [2] - 2365:20, 2403:21
**interchangeably** [1] - 2403:8
**interconnected** [1] - 2395:9
**interested** [4] - 2411:2, 2420:8, 2420:19, 2432:24
**INTERESTS** [1] - 2295:21
**intermediate** [2] - 2340:11, 2374:7
**International** [1] - 2392:7, 2392:15, 2393:7, 2393:9, 2393:10, 2393:13
**international** [1] - 2308:16

**interpolate** [1] - 2433:4
**interpretation** [6] - 2345:12, 2381:9, 2381:17, 2381:18, 2382:5, 2397:3
**interpreted** [2] - 2424:6, 2433:9
**interrupt** [1] - 2331:15, 2370:2
**Intertek** [3] - 2320:18, 2327:7, 2361:18
**introduce** [1] - 2385:4
**introductory** [1] - 2307:18
**involved** [2] - 2389:16, 2389:18
**IRPINO** [2] - 2295:10, 2295:11
**ISRM** [1] - 2393:20
**issue** [10] - 2303:25, 2304:2, 2304:6, 2305:2, 2311:14, 2391:3, 2414:11, 2425:25, 2426:10, 2427:2
**issued** [1] - 2320:19
**issues** [6] - 2304:8, 2308:6, 2394:4, 2396:16, 2408:2, 2426:2
**it'll** [1] - 2317:20
**itself** [3] - 2375:14, 2412:16, 2427:18

## J

**JACKSON** [1] - 2295:19
**JAMES** [2] - 2294:24, 2296:4
**Jamie** [2] - 2300:5, 2383:24
**January** [1] - 2388:15
**JC** [1] - 2391:7
**Jeager** [1] - 2391:7
**JEFFERSON** [1] - 2294:24
**JENNY** [1] - 2298:20
**job** [5] - 2306:18, 2317:19, 2364:5, 2387:24, 2389:20
**join** [1] - 2393:18
**JOSEPH** [1] - 2297:19
**Journal** [2] - 2392:7, 2392:15
**journal** [4] - 2392:8, 2392:9, 2392:11, 2392:12
**journals** [5] - 2311:12,

2390:11, 2391:17, 2391:23, 2392:5
**JR** [1] - 2298:21
**JUDGE** [1] - 2294:16
**Judge** [3] - 2333:16, 2372:23, 2426:1
**judgment** [2] - 2303:20, 2304:6
**JUDY** [1] - 2296:23
**June** [7] - 2319:5, 2319:6, 2320:3, 2320:5, 2320:15, 2348:18
**JUSTICE** [2] - 2296:13, 2296:17

## K

**KANNER** [2] - 2296:8, 2296:9
**KARIS** [67] - 2297:10, 2302:22, 2302:24, 2303:6, 2303:15, 2304:4, 2304:11, 2304:14, 2304:16, 2307:25, 2308:1, 2308:20, 2308:21, 2310:12, 2310:13, 2311:23, 2311:24, 2312:10, 2312:16, 2312:17, 2313:4, 2313:5, 2316:8, 2316:9, 2316:16, 2316:17, 2318:18, 2318:19, 2319:19, 2319:21, 2319:25, 2320:1, 2321:2, 2321:3, 2325:12, 2325:13, 2326:8, 2326:16, 2326:24, 2326:25, 2329:2, 2329:3, 2333:13, 2333:14, 2338:9, 2338:21, 2338:24, 2343:23, 2343:24, 2345:19, 2345:25, 2346:4, 2346:5, 2346:16, 2347:5, 2347:8, 2347:10, 2348:10, 2348:12, 2350:24, 2352:7, 2354:23, 2358:4, 2358:5, 2360:13, 2383:11, 2383:16
**Karis** [4] - 2300:3, 2302:21, 2303:16, 2331:15
**KATZ** [2] - 2294:20, 2298:15
**keeps** [2] - 2342:21,

2391:15
**Kelkar** [1] - 2301:11
**kerosene** [4] -
2426:15, 2426:16,
2426:22, 2426:25
**KERRY** [1] - 2298:6
**key** [2] - 2324:5,
2418:3
**kind** [20] - 2305:25,
2308:11, 2310:1,
2312:7, 2315:18,
2315:24, 2319:20,
2321:4, 2322:17,
2323:23, 2324:19,
2328:10, 2330:20,
2331:11, 2331:12,
2337:20, 2354:7,
2354:21, 2356:18,
2356:21
**KING** [1] - 2301:9
**King** [1] - 2301:9
**KIRBY** [1] - 2299:13
**KIRKLAND** [3] -
2297:9, 2297:14,
2297:18
**Kleenex** [1] - 2302:24
**knowledge** [2] -
2385:18, 2432:10
**known** [12] - 2397:4,
2403:17, 2404:6,
2419:6, 2421:3,
2421:10, 2421:12,
2421:13, 2424:7,
2430:19, 2430:23,
2430:25
**knows** [1] - 2334:8
**KRAUS** [1] - 2296:9
**KUCHLER** [2] -
2299:8, 2299:9
**KY** [1] - 2299:13

## L

**LA** [11] - 2294:6,
2294:21, 2294:25,
2295:12, 2295:15,
2296:6, 2296:10,
2297:7, 2298:7,
2299:10, 2299:19
**lab** [30] - 2318:16,
2319:22, 2320:8,
2320:11, 2322:10,
2322:12, 2322:19,
2325:10, 2325:16,
2327:2, 2328:5,
2328:9, 2328:17,
2328:18, 2329:22,
2330:2, 2330:10,
2332:16, 2333:7,
2359:12, 2363:3,

2363:25, 2371:1,
2371:3, 2374:17,
2377:12, 2411:11,
2420:10, 2421:8
**Lab** [3] - 2318:21,
2319:16, 2398:24
**lab's** [1] - 2377:13
**label** [2] - 2329:20,
2369:24
**Laboratories** [9] -
2384:1, 2385:16,
2399:10, 2409:20,
2411:14, 2419:8,
2426:14, 2429:2,
2432:7
**laboratories** [12] -
2313:18, 2317:9,
2317:12, 2318:1,
2318:4, 2319:4,
2321:7, 2321:14,
2324:2, 2329:11,
2357:25, 2376:17
**Laboratories'** [1] -
2425:4
**laboratory** [35] -
2317:10, 2318:2,
2327:5, 2327:11,
2328:2, 2329:15,
2329:17, 2330:7,
2331:9, 2333:21,
2337:8, 2356:9,
2356:15, 2358:1,
2358:12, 2359:8,
2362:6, 2363:9,
2363:12, 2368:19,
2371:21, 2387:10,
2387:13, 2387:20,
2397:2, 2399:8,
2411:7, 2412:12,
2413:12, 2413:13,
2416:2, 2416:17,
2418:13, 2421:24,
2432:6
**Laboratory** [3] -
2387:20, 2398:25,
2432:9
**laboratory's** [1] -
2362:15
**labs** [11] - 2317:25,
2321:4, 2321:17,
2321:25, 2331:24,
2332:1, 2332:3,
2361:17, 2361:25,
2362:3, 2363:3
**LAFAYETTE** [1] -
2294:25
**lake** [1] - 2408:10
**Lake** [1] - 2397:5
**LAKE** [1] - 2295:15
**LAMAR** [1] - 2299:4

**Lands** [1] - 2396:24
**LANGAN** [1] - 2297:9
**language** [1] - 2373:8
**large** [11] - 2336:4,
2355:3, 2375:1,
2389:20, 2400:16,
2403:1, 2410:4,
2410:9, 2410:20,
2419:1, 2429:23
**larger** [5] - 2308:18,
2377:15, 2377:18,
2394:2, 2401:11
**largest** [2] - 2390:25,
2420:25
**LASALLE** [1] -
2297:12
**last** [12] - 2302:7,
2302:18, 2310:10,
2320:11, 2320:17,
2326:21, 2330:1,
2358:4, 2376:15,
2392:14, 2432:21,
2433:3
**late** [4] - 2306:22,
2392:10, 2393:5,
2396:21
**lateral** [15] - 2403:17,
2407:2, 2407:4,
2407:6, 2417:10,
2417:18, 2418:5,
2418:7, 2418:10,
2418:12, 2418:19,
2419:23, 2429:13,
2429:15, 2429:18
**laterally** [2] - 2403:16,
2412:3
**latter** [1] - 2416:18
**LAW** [1] - 2295:10
**law** [1] - 2343:6
**Lawrence** [1] -
2387:19
**laws** [1] - 2374:25
**layer** [1] - 2415:3
**layers** [2] - 2415:3,
2415:8
**leading** [1] - 2392:8
**leads** [3] - 2422:5,
2433:7, 2433:13
**leakage** [3] - 2404:24,
2422:19, 2433:1
**leaking** [3] - 2381:7,
2381:8, 2423:9
**LEASING** [1] - 2294:9
**least** [5] - 2304:7,
2320:22, 2322:20,
2334:19, 2340:11
**leave** [3] - 2339:16,
2359:25, 2405:6
**leaving** [1] - 2418:2
**lecturer** [3] - 2387:14,

2388:1, 2388:2
**led** [1] - 2314:1
**left** [12] - 2302:11,
2352:13, 2354:8,
2358:11, 2358:21,
2366:22, 2380:17,
2390:22, 2401:7,
2401:16, 2408:25,
2429:10
**left-hand** [1] - 2366:22
**legal** [1] - 2304:2
**length** [4] - 2301:20,
2345:4, 2346:23,
2402:20
**less** [8] - 2324:7,
2325:3, 2332:17,
2338:2, 2352:13,
2356:9, 2363:25,
2405:4
**letter** [1] - 2432:16
**letters** [1] - 2314:20
**level** [16] - 2307:19,
2313:6, 2344:19,
2385:11, 2386:22,
2398:13, 2398:15,
2398:20, 2407:25,
2409:9, 2410:1,
2421:18, 2422:9,
2422:13, 2422:14,
2427:12
**leveling** [1] - 2423:20
**levied** [2] - 2336:22,
2336:23
**LEVIN** [1] - 2295:3
**LEWIS** [3] - 2297:4,
2298:19, 2299:3
**LI** [1] - 2298:14
**liberation** [4] - 2322:1,
2356:16, 2358:12,
2374:14
**lies** [1] - 2417:21
**life** [2] - 2336:9,
2418:18
**lifetime** [1] - 2394:14
**light** [7] - 2342:3,
2342:8, 2350:14,
2350:17, 2356:23,
2356:24, 2378:2
**lightest** [1] - 2379:7
**likewise** [2] - 2339:17,
2352:14
**limine** [2] - 2304:5,
2304:8
**limit** [2] - 2350:18,
2350:22
**line** [8] - 2302:14,
2308:11, 2335:13,
2346:9, 2365:6,
2381:8, 2410:12
**linked** [1] - 2381:22

**liquid** [1] - 2368:5
**LISKOW** [1] - 2297:4
**list** [5] - 2301:10,
2374:14, 2382:19,
2388:23, 2425:19
**listed** [1] - 2311:6
**listen** [1] - 2303:25
**lists** [2] - 2301:12,
2380:21
**literally** [1] - 2317:7
**literature** [4] - 2345:3,
2347:18, 2390:17,
2409:25
**litigation** [2] - 2398:4,
2400:8
**litmus** [2] - 2317:18,
2323:20
**living** [1] - 2385:8
**LLC** [1] - 2298:3
**loaf** [1] - 2399:25
**locations** [2] - 2348:5,
2414:22
**logically** [1] - 2332:22
**London** [2] - 2387:25,
2388:16
**look** [48] - 2307:25,
2308:20, 2310:12,
2311:23, 2313:4,
2316:8, 2318:18,
2319:12, 2319:19,
2319:20, 2321:2,
2325:12, 2328:15,
2329:2, 2330:1,
2330:23, 2333:13,
2333:15, 2341:8,
2345:14, 2347:22,
2348:10, 2348:24,
2349:25, 2350:24,
2355:11, 2366:10,
2373:5, 2376:21,
2377:12, 2377:16,
2380:3, 2381:12,
2382:23, 2385:14,
2387:5, 2395:25,
2398:12, 2401:24,
2402:24, 2403:20,
2404:15, 2415:25,
2422:6, 2422:7,
2427:20, 2431:4
**looked** [21] - 2301:19,
2303:24, 2320:22,
2321:5, 2322:25,
2344:17, 2350:22,
2365:22, 2377:24,
2383:1, 2390:6,
2395:4, 2411:13,
2416:10, 2416:14,
2423:1, 2424:5,
2425:1, 2427:25
**looking** [6] - 2319:15,

2325:10, 2346:8, 2366:19, 2402:3, 2433:6
**looks** [5] - 2333:8, 2396:1, 2410:8, 2411:1, 2432:16
**Loos** [3] - 2300:5, 2383:25, 2416:23
**loose** [4] - 2408:8, 2408:9, 2408:19, 2409:16
**LOS** [2] - 2297:16, 2298:16
**lose** [4] - 2343:20, 2354:4, 2354:5
**losing** [2] - 2342:5, 2354:18
**loss** [1] - 2409:4
**louder** [1] - 2306:3
**LOUISIANA** [3] - 2294:2, 2296:3, 2296:4
**low** [4] - 2358:16, 2378:23, 2423:19, 2424:5
**lower** [13] - 2316:14, 2341:21, 2341:24, 2355:23, 2369:10, 2422:22, 2422:25, 2423:1, 2423:5, 2423:17, 2424:13, 2424:17, 2424:21
**LP** [1] - 2299:8
**Lucas** [1] - 2312:4
**LUIS** [1] - 2298:14
**lunch** [3] - 2384:23, 2434:21, 2434:22
**lunchtime** [1] - 2302:1
**LUNDY** [3] - 2295:14, 2295:14
**LUXENBERG** [1] - 2295:7
**lying** [2] - 2403:12, 2403:13

# M

**ma'am** [12] - 2305:14, 2307:13, 2307:24, 2310:5, 2310:15, 2311:4, 2312:3, 2318:17, 2318:21, 2329:8, 2364:16, 2382:18
**machine** [1] - 2417:6
**Macondo** [31] - 2304:18, 2313:9, 2314:12, 2315:2, 2331:19, 2334:1, 2334:18, 2348:17,

2361:13, 2361:14, 2362:3, 2384:3, 2385:15, 2385:20, 2389:6, 2398:14, 2398:18, 2399:2, 2407:25, 2409:8, 2409:21, 2411:10, 2411:15, 2411:17, 2413:9, 2413:17, 2413:19, 2415:16, 2415:19, 2416:9, 2432:25
**MAGAZINE** [1] - 2295:11
**magnitude** [3] - 2325:20, 2355:6, 2355:7
**main** [6] - 2321:22, 2363:1, 2398:16, 2401:13, 2409:13, 2434:5
**maintain** [2] - 2418:4, 2418:14
**maintained** [1] - 2417:20
**major** [3] - 2390:5, 2394:18, 2394:19
**majority** [2] - 2311:16, 2311:17
**management** [1] - 2383:25
**MANAGER** [1] - 2303:10
**manner** [2] - 2382:9, 2429:22
**March** [1] - 2364:10
**MARTIN** [1] - 2297:15
**MARTINEZ** [1] - 2298:20
**mass** [3] - 2343:20, 2381:7, 2381:8
**Master** [1] - 2386:4
**match** [1] - 2323:15
**material** [15] - 2307:20, 2342:6, 2343:20, 2386:19, 2395:1, 2395:2, 2395:12, 2395:14, 2395:16, 2399:22, 2404:4, 2407:14, 2407:15, 2407:20
**materials** [19] - 2386:25, 2392:13, 2394:16, 2394:22, 2394:25, 2395:7, 2395:13, 2395:15, 2395:25, 2396:4, 2396:7, 2396:11, 2399:13, 2399:20, 2400:3, 2402:2,

2406:9
**mathematical** [1] - 2419:6
**mathematically** [1] - 2421:3
**mathematics** [1] - 2387:17
**matter** [1] - 2309:21
**matters** [2] - 2301:8, 2335:3
**MATTHEW** [2] - 2295:14, 2297:11
**Maurice** [1] - 2394:11
**MAZE** [1] - 2295:22
**mbased** [1] - 2426:25
**MCCUTCHEN** [1] - 2299:12
**MDL-2179** [1] - 2294:5
**mean** [35] - 2314:21, 2314:24, 2319:10, 2324:16, 2324:17, 2325:2, 2330:17, 2334:4, 2334:5, 2335:13, 2336:18, 2338:3, 2343:13, 2348:8, 2349:19, 2351:1, 2351:5, 2351:7, 2351:8, 2351:22, 2352:11, 2356:14, 2357:24, 2365:18, 2371:22, 2374:20, 2374:21, 2374:24, 2375:5, 2376:25, 2379:19, 2380:18, 2408:5, 2410:11
**meaning** [2] - 2406:17, 2406:19
**means** [11] - 2315:19, 2330:17, 2335:15, 2339:3, 2339:9, 2349:2, 2379:20, 2379:22, 2400:17, 2401:1
**meant** [1] - 2363:14
**measure** [12] - 2321:14, 2321:18, 2324:5, 2363:21, 2368:20, 2372:2, 2398:20, 2402:19, 2414:10, 2414:13, 2420:2, 2427:24
**measured** [36] - 2317:17, 2323:15, 2323:16, 2324:12, 2325:10, 2325:16, 2327:11, 2327:12, 2327:14, 2327:17, 2328:5, 2329:6, 2329:22, 2330:10,

2335:13, 2359:3, 2363:10, 2364:3, 2402:19, 2407:12, 2416:12, 2416:17, 2418:23, 2418:25, 2419:3, 2420:4, 2420:20, 2421:5, 2421:24, 2423:12, 2429:25, 2430:2, 2430:12, 2431:6, 2432:8
**measurement** [4] - 2323:24, 2330:7, 2359:12, 2417:13
**measurements** [19] - 2313:17, 2317:19, 2317:21, 2318:3, 2321:24, 2323:4, 2323:5, 2327:15, 2327:15, 2329:10, 2357:24, 2362:16, 2368:15, 2397:2, 2399:8, 2411:8, 2411:11, 2411:13, 2433:11
**measures** [2] - 2406:4, 2420:12
**measuring** [4] - 2324:4, 2399:1, 2419:3, 2428:11
**Mechanical** [1] - 2392:24
**mechanical** [7] - 2386:3, 2386:5, 2386:8, 2387:15, 2389:25, 2394:16, 2432:11
**MECHANICAL** [1] - 2299:23
**Mechanics** [8] - 2391:6, 2392:7, 2393:3, 2393:6, 2393:8, 2393:9, 2393:11, 2393:14
**mechanics** [40] - 2385:9, 2386:8, 2386:14, 2386:16, 2386:17, 2386:18, 2386:22, 2386:23, 2386:24, 2387:1, 2387:2, 2387:16, 2387:17, 2388:1, 2388:5, 2388:17, 2389:3, 2389:10, 2389:16, 2389:22, 2389:23, 2390:4, 2390:21, 2391:11, 2392:8, 2393:23, 2394:1, 2394:5, 2394:9, 2394:15,

2394:19, 2395:24, 2395:25, 2396:16, 2397:4, 2397:13, 2399:4, 2405:18, 2410:21, 2421:12
**Medal** [1] - 2312:5
**medal** [3] - 2394:10, 2394:11, 2394:12
**media** [3] - 2389:3, 2389:12, 2392:12
**Media** [1] - 2392:11
**member** [9] - 2392:21, 2392:23, 2393:1, 2393:3, 2393:4, 2393:8, 2393:18, 2393:19
**members** [1] - 2394:14
**mention** [3] - 2301:19, 2403:9, 2406:7
**mentioned** [15] - 2307:22, 2389:24, 2402:5, 2403:23, 2407:18, 2409:13, 2410:25, 2417:20, 2419:25, 2420:12, 2420:15, 2427:22, 2429:11, 2432:3, 2432:22
**mentions** [1] - 2394:17
**MERIT** [1] - 2299:18
**Merrill** [1] - 2302:14
**methane** [36] - 2339:14, 2339:15, 2342:3, 2349:3, 2349:8, 2349:21, 2350:16, 2352:3, 2352:12, 2352:14, 2353:6, 2353:20, 2354:4, 2354:6, 2354:8, 2354:11, 2355:18, 2355:24, 2356:1, 2356:24, 2357:7, 2359:14, 2359:15, 2359:16, 2374:4, 2378:4, 2378:10, 2378:14, 2378:20, 2378:25, 2379:2, 2379:21, 2380:23, 2381:3, 2381:19
**method** [13] - 2318:11, 2332:13, 2332:22, 2332:25, 2353:11, 2353:15, 2354:2, 2370:19, 2370:20, 2371:9, 2375:16, 2428:9, 2433:7
**methodology** [2] -

2370:17, 2372:10
**methods** [4] - 2310:22, 2323:8, 2332:2, 2370:22
**MEXICO** [1] - 2294:6
**mic** [1] - 2360:14
**MICHAEL** [1] - 2298:13
**micro** [2] - 2400:17, 2400:20
**microscope** [3] - 2395:4, 2401:11, 2403:2
**microsip** [4] - 2400:9, 2400:10, 2400:18, 2400:25
**microsips** [14] - 2398:18, 2398:19, 2399:6, 2399:24, 2400:2, 2400:17, 2416:8, 2422:1, 2422:5, 2425:7, 2427:19, 2431:17, 2431:18, 2433:8
**mid** [3] - 2378:7, 2378:8, 2378:24
**mid-case** [3] - 2378:7, 2378:8, 2378:24
**Middle** [1] - 2397:9
**middle** [14] - 2319:6, 2320:5, 2320:14, 2349:23, 2349:24, 2355:19, 2356:4, 2356:5, 2378:11, 2378:13, 2382:19, 2384:17, 2417:12, 2421:23
**midst** [1] - 2359:3
**might** [14] - 2333:4, 2333:5, 2334:4, 2368:16, 2369:9, 2377:8, 2379:16, 2379:25, 2395:23, 2399:21, 2403:7, 2406:23, 2432:13
**mike** [1] - 2302:16
**MILLER** [1] - 2298:6
**million** [2] - 2400:2, 2400:18
**millions** [2] - 2408:7, 2408:11
**mind** [4] - 2368:9, 2424:3, 2434:1, 2434:6
**mineral** [6] - 2401:14, 2402:6, 2402:15, 2402:22, 2404:9, 2420:17
**minerals** [2] - 2401:13, 2402:14

**Mining** [1] - 2392:7
**minus** [5] - 2347:1, 2400:17, 2400:19, 2400:21, 2401:1
**minute** [3] - 2383:13, 2394:8, 2412:8
**minutes** [5] - 2302:18, 2302:19, 2302:20, 2383:24, 2434:16
**MITCHELL** [1] - 2295:3
**mix** [2] - 2341:19, 2343:6
**mixes** [1] - 2343:17
**mixture** [3] - 2381:6, 2401:22, 2402:6
**mode** [2] - 2406:8, 2407:19
**model** [60] - 2304:17, 2304:18, 2304:25, 2308:11, 2313:8, 2313:15, 2313:23, 2314:3, 2314:4, 2314:6, 2314:9, 2314:11, 2315:17, 2315:25, 2316:11, 2317:16, 2318:13, 2320:24, 2323:13, 2323:14, 2323:22, 2324:12, 2324:13, 2324:25, 2325:1, 2325:2, 2325:7, 2325:9, 2325:15, 2328:5, 2331:3, 2331:4, 2335:19, 2336:1, 2336:10, 2336:12, 2336:14, 2337:4, 2337:15, 2337:17, 2337:20, 2338:16, 2341:10, 2342:25, 2343:3, 2343:11, 2343:12, 2343:15, 2349:10, 2360:22, 2362:13, 2362:14, 2362:23, 2364:5, 2364:6, 2372:11
**modeled** [2] - 2337:8, 2362:17
**modeling** [6] - 2308:24, 2314:16, 2336:3, 2341:3, 2369:17
**models** [6] - 2308:7, 2309:4, 2314:19, 2315:4, 2318:11, 2327:2
**molecules** [3] - 2339:21, 2352:12, 2352:14

**moment** [1] - 2377:24
**money** [2] - 2330:18, 2335:16
**Monograph** [1] - 2310:10
**monograph** [2] - 2310:17, 2310:19
**MONTGOMERY** [1] - 2295:23
**months** [1] - 2318:15
**moot** [1] - 2326:22
**MORGAN** [2] - 2295:17
**MORNING** [1] - 2294:15
**morning** [10] - 2301:7, 2301:18, 2301:23, 2303:16, 2304:12, 2326:20, 2337:5, 2360:18, 2360:20, 2383:13
**most** [29] - 2309:19, 2309:23, 2311:11, 2319:5, 2323:24, 2324:3, 2324:17, 2328:8, 2332:23, 2336:7, 2336:17, 2340:25, 2341:2, 2341:10, 2352:22, 2352:24, 2357:22, 2359:21, 2360:2, 2360:4, 2361:12, 2386:18, 2391:10, 2395:11, 2399:14, 2407:20, 2410:13, 2411:5, 2430:18
**Mother** [7] - 2339:11, 2339:13, 2339:23, 2341:25, 2342:7, 2352:11, 2353:5
**motion** [6] - 2303:20, 2304:5, 2304:8, 2338:4, 2389:25
**motions** [1] - 2312:13
**mottled** [1] - 2401:15
**move** [8] - 2338:21, 2338:23, 2359:4, 2367:8, 2375:2, 2383:18, 2388:8, 2428:8
**moved** [4] - 2302:12, 2305:8, 2342:13, 2387:25
**movement** [1] - 2365:24
**moves** [1] - 2316:1
**moving** [4] - 2303:3, 2303:5, 2303:6, 2434:17
**MR** [61] - 2301:18,

2302:11, 2302:16, 2303:2, 2383:23, 2384:6, 2384:9, 2384:22, 2384:24, 2385:3, 2385:24, 2385:25, 2388:18, 2388:19, 2390:18, 2390:19, 2392:2, 2392:3, 2392:17, 2392:18, 2394:6, 2394:7, 2396:13, 2396:14, 2397:11, 2397:14, 2397:21, 2398:1, 2398:2, 2398:6, 2398:11, 2400:6, 2400:7, 2401:3, 2401:4, 2406:21, 2406:22, 2411:21, 2411:22, 2414:19, 2414:20, 2419:12, 2419:13, 2420:6, 2420:7, 2421:15, 2421:16, 2425:18, 2425:22, 2426:6, 2426:12, 2426:19, 2426:24, 2427:6, 2427:7, 2427:10, 2427:14, 2429:4, 2429:5, 2434:15, 2434:19
**MS** [93] - 2295:19, 2301:9, 2302:22, 2302:24, 2303:6, 2303:15, 2304:4, 2304:11, 2304:14, 2304:16, 2307:25, 2308:1, 2308:20, 2308:21, 2310:12, 2310:13, 2311:23, 2311:24, 2312:10, 2312:13, 2312:16, 2312:17, 2313:4, 2313:5, 2316:8, 2316:9, 2316:16, 2316:17, 2318:18, 2318:19, 2319:19, 2319:21, 2319:25, 2320:1, 2321:2, 2321:3, 2325:12, 2325:13, 2326:8, 2326:15, 2326:16, 2326:19, 2326:24, 2326:25, 2329:2, 2329:3, 2333:13, 2333:14, 2338:3, 2338:9, 2338:21, 2338:24, 2343:23, 2343:24, 2345:15, 2345:19, 2345:22, 2345:25, 2346:4, 2346:5, 2346:8,

2346:16, 2347:2, 2347:5, 2347:8, 2347:9, 2347:10, 2348:10, 2348:12, 2350:24, 2352:7, 2354:23, 2358:4, 2358:5, 2360:13, 2360:17, 2366:10, 2366:13, 2370:1, 2372:22, 2373:5, 2373:7, 2375:7, 2376:9, 2376:11, 2380:4, 2380:6, 2382:11, 2382:14, 2383:9, 2383:11, 2383:16, 2383:20
**multi** [25] - 2322:12, 2324:6, 2336:19, 2340:6, 2340:10, 2340:14, 2340:15, 2340:17, 2340:20, 2340:21, 2340:24, 2354:15, 2358:13, 2361:24, 2362:4, 2362:24, 2363:5, 2363:15, 2363:16, 2364:1, 2364:7, 2364:14, 2368:12, 2368:18
**multi-phase** [3] - 2340:14, 2340:15, 2340:20
**multi-stage** [22] - 2322:12, 2324:6, 2336:19, 2340:6, 2340:10, 2340:17, 2340:20, 2340:21, 2340:24, 2354:15, 2358:13, 2361:24, 2362:4, 2362:24, 2363:5, 2363:15, 2363:16, 2364:1, 2364:7, 2364:14, 2368:12, 2368:18
**multiple** [2] - 2332:19, 2334:7, 2340:13
**multiple-stage** [1] - 2332:19
**multiplying** [1] - 2431:22
**MUNGER** [1] - 2298:13
**must** [2] - 2405:6, 2420:21

---

# N

**N.W** [1] - 2297:20
**name** [7] - 2303:10, 2338:19, 2384:13,

2384:15, 2384:16,
2384:17, 2384:24
names [1] - 2386:24
NATHANIEL [1] -
2296:21
national [3] - 2308:16,
2387:20, 2392:19
National [1] - 2387:19
NATURAL [1] -
2296:18
nature [2] - 2343:6,
2374:25
Nature [6] - 2339:11,
2339:13, 2339:24,
2342:7, 2352:11,
2353:5
Nature's [1] - 2341:25
near [2] - 2315:22,
2370:16
near-critical [1] -
2315:22
necessarily [3] -
2350:5, 2394:14,
2395:25
need [19] - 2303:2,
2315:2, 2315:7,
2315:10, 2317:5,
2317:12, 2318:6,
2323:3, 2323:4,
2323:6, 2323:7,
2323:8, 2331:3,
2343:11, 2343:19,
2377:20, 2384:4
needed [5] - 2313:11,
2315:12, 2315:13,
2336:21
needs [4] - 2421:5,
2431:19, 2432:2,
2432:3
neglected [1] -
2424:23
never [8] - 2311:17,
2322:7, 2322:16,
2322:20, 2325:24,
2338:1, 2364:17,
2368:15
new [5] - 2342:17,
2342:18, 2364:25
NEW [9] - 2294:6,
2294:21, 2295:8,
2295:12, 2296:10,
2297:7, 2298:7,
2299:10, 2299:19
newer [1] - 2310:1
next [4] - 2383:15,
2384:9, 2410:25,
2434:4
nine [3] - 2362:6,
2413:23, 2414:3
nitrogen [3] - 2351:15,

2351:16, 2351:21
NO [3] - 2294:5,
2294:8, 2294:11
nobody [2] - 2334:8
NONJURY [1] -
2294:15
nonzero [1] - 2399:23
noon [1] - 2384:20
normal [9] - 2330:18,
2353:11, 2354:2,
2354:12, 2354:13,
2357:16, 2368:12,
2369:10, 2434:22
NORTH [1] - 2296:5
Norway [4] - 2305:19,
2305:21, 2305:23,
2305:25
Norwegian [1] -
2306:7
nothing [6] - 2356:20,
2364:24, 2367:10,
2433:12, 2434:7,
2434:8
number [24] - 2324:2,
2327:21, 2328:14,
2328:20, 2328:21,
2329:23, 2329:24,
2330:12, 2330:19,
2345:6, 2356:14,
2356:15, 2356:19,
2358:1, 2358:21,
2361:14, 2361:18,
2370:21, 2388:21,
2390:9, 2422:13,
2424:19, 2430:13
numbers [29] -
2325:3, 2326:12,
2327:4, 2327:12,
2327:25, 2328:17,
2328:18, 2329:13,
2329:15, 2329:18,
2356:15, 2358:19,
2359:7, 2359:10,
2359:19, 2360:6,
2362:21, 2376:25,
2377:16, 2382:22,
2382:25, 2383:5,
2400:15, 2415:7,
2415:9, 2416:21,
2423:3, 2423:4
numerical [3] -
2398:24, 2428:3,
2432:4
numerous [1] -
2431:25
NW [2] - 2297:23,
2299:14
NY [1] - 2295:8

O

O'CONNOR [1] -
2297:19
O'KEEFE [1] -
2294:21
O'Rourke [1] - 2302:3
O'ROURKE [1] -
2296:20
object [1] - 2332:9
objection [14] -
2301:16, 2312:14,
2326:10, 2326:14,
2326:19, 2347:6,
2383:20, 2398:8,
2398:9, 2425:18,
2426:9, 2427:5,
2427:14, 2427:15
objections [3] -
2301:13, 2301:15,
2397:16
obtain [1] - 2428:7
obtained [1] - 2398:25
obtaining [4] -
2306:10, 2314:22,
2387:7, 2413:2
obtains [1] - 2434:8
obviously [7] -
2333:9, 2337:8,
2355:5, 2365:17,
2371:7, 2388:20,
2405:4
occasionally [2] -
2396:18, 2399:5
occupied [2] -
2402:14, 2413:7
occupy [2] - 2401:18,
2413:6
occur [1] - 2359:14
occurred [4] -
2353:14, 2360:5,
2370:11, 2372:12
occurs [6] - 2370:4,
2370:7, 2420:25,
2421:2, 2423:25
ocean [36] - 2304:20,
2313:13, 2315:6,
2341:9, 2343:13,
2344:21, 2345:1,
2348:3, 2348:7,
2349:5, 2349:7,
2350:15, 2354:20,
2355:3, 2355:20,
2359:23, 2359:25,
2360:3, 2360:5,
2364:18, 2364:19,
2365:3, 2365:12,
2367:1, 2370:11,
2370:16, 2371:12,
2372:13, 2372:15,

2374:13, 2374:21,
2374:22, 2374:24,
2382:3, 2382:20
oceanic [45] - 2314:8,
2316:7, 2331:11,
2336:15, 2336:18,
2337:7, 2337:9,
2337:12, 2337:13,
2337:18, 2337:23,
2338:7, 2338:14,
2338:15, 2338:17,
2338:22, 2339:1,
2340:25, 2341:10,
2341:12, 2342:25,
2343:10, 2343:12,
2343:15, 2343:25,
2344:12, 2347:12,
2347:20, 2348:23,
2354:24, 2357:12,
2358:20, 2359:13,
2359:20, 2360:6,
2364:15, 2366:15,
2367:7, 2372:18,
2373:17, 2373:24,
2377:25, 2382:25,
2383:2
OCTOBER [2] -
2294:6, 2301:2
OF [11] - 2294:2,
2294:6, 2294:9,
2294:11, 2294:15,
2296:3, 2296:4,
2296:13, 2296:17,
2300:2
offer [4] - 2338:10,
2383:17, 2398:6,
2427:8
offering [1] - 2346:17
OFFICE [4] - 2294:25,
2295:21, 2296:6,
2296:15
Official [1] - 2435:5
OFFICIAL [1] -
2299:17
OFFSHORE [1] -
2298:4
often [2] - 2322:16,
2424:8
oil [149] - 2303:21,
2304:18, 2305:2,
2305:23, 2307:4,
2308:8, 2308:9,
2308:15, 2308:17,
2308:19, 2309:4,
2309:19, 2309:22,
2310:25, 2314:1,
2314:22, 2314:23,
2315:2, 2315:8,
2315:9, 2315:21,
2316:23, 2318:9,

2322:18, 2324:1,
2324:4, 2324:10,
2325:24, 2326:5,
2327:14, 2330:15,
2330:17, 2330:18,
2331:18, 2332:9,
2332:10, 2332:21,
2332:23, 2333:9,
2334:4, 2334:6,
2336:23, 2337:2,
2339:12, 2339:15,
2339:16, 2339:18,
2339:19, 2339:22,
2340:15, 2341:17,
2341:21, 2341:23,
2342:1, 2342:2,
2342:4, 2342:5,
2342:15, 2342:16,
2342:19, 2342:21,
2343:6, 2343:8,
2343:17, 2343:21,
2344:15, 2344:16,
2344:17, 2344:18,
2344:23, 2344:24,
2345:16, 2347:15,
2348:16, 2349:5,
2349:11, 2349:12,
2349:14, 2350:10,
2350:19, 2350:23,
2351:25, 2352:3,
2352:5, 2352:9,
2352:14, 2352:22,
2353:14, 2353:18,
2354:9, 2354:11,
2354:12, 2354:16,
2355:3, 2355:21,
2356:8, 2356:10,
2362:1, 2362:5,
2363:2, 2363:8,
2364:18, 2364:20,
2364:23, 2365:2,
2365:12, 2365:19,
2365:24, 2366:2,
2366:4, 2366:22,
2367:1, 2367:4,
2367:7, 2367:10,
2367:18, 2367:23,
2369:12, 2370:6,
2370:7, 2370:15,
2370:23, 2371:7,
2372:12, 2372:15,
2373:1, 2373:11,
2373:16, 2374:25,
2375:2, 2375:5,
2375:14, 2375:15,
2375:18, 2376:17,
2377:24, 2378:4,
2378:14, 2378:19,
2396:24, 2398:20,
2400:24, 2415:23
OIL [2] - 2294:5,

2294:5
**oil's** [1] - 2341:19
**oil/water** [1] - 2375:11
**Oklahoma** [1] - 2305:7
**OLSON** [1] - 2298:13
**ON** [1] - 2294:6
**one** [112] - 2307:5,
2307:21, 2308:17,
2309:20, 2310:9,
2310:16, 2311:1,
2312:4, 2318:2,
2318:4, 2318:8,
2318:21, 2319:16,
2319:22, 2321:19,
2326:17, 2327:6,
2328:24, 2328:25,
2330:5, 2334:11,
2335:4, 2335:5,
2338:10, 2339:5,
2340:8, 2340:9,
2340:11, 2341:2,
2349:10, 2349:22,
2354:9, 2356:16,
2358:19, 2358:21,
2363:1, 2363:18,
2363:19, 2365:2,
2365:11, 2367:16,
2367:17, 2370:4,
2371:21, 2373:24,
2375:13, 2379:19,
2383:2, 2386:24,
2389:4, 2390:6,
2394:8, 2394:22,
2395:3, 2396:7,
2399:20, 2400:3,
2400:13, 2400:18,
2400:21, 2400:23,
2401:9, 2401:15,
2402:11, 2402:19,
2405:25, 2406:4,
2406:5, 2406:19,
2408:2, 2409:14,
2409:21, 2410:8,
2410:9, 2410:15,
2410:24, 2411:1,
2413:8, 2413:13,
2413:24, 2416:10,
2418:8, 2419:3,
2419:5, 2419:19,
2420:21, 2421:4,
2421:22, 2421:23,
2422:14, 2423:13,
2423:14, 2423:15,
2424:8, 2425:20,
2426:2, 2428:6,
2429:21, 2430:8,
2430:23, 2430:25,
2431:18, 2432:2,
2432:3, 2432:4,
2432:5, 2434:4,

2434:8
**ONE** [1] - 2297:5
**one-stage** [2] -
2328:24, 2356:16
**one-week** [1] - 2307:5
**ones** [1] - 2342:8
**ongoing** [1] - 2348:20
**operations** [1] -
2364:23
**operators** [1] -
2422:24
**opinion** [11] - 2313:8,
2330:16, 2334:24,
2336:6, 2343:10,
2346:17, 2347:11,
2352:18, 2359:20,
2410:21, 2414:4
**opinions** [20] -
2305:3, 2312:18,
2312:22, 2312:25,
2313:6, 2314:2,
2338:5, 2355:8,
2358:7, 2385:21,
2385:22, 2397:18,
2397:23, 2397:24,
2398:14, 2399:11,
2411:10, 2416:3,
2427:12, 2428:18
**opposed** [6] -
2351:25, 2353:10,
2354:2, 2371:16,
2374:23, 2376:20
**opposite** [2] -
2404:13, 2404:14
**optimal** [1] - 2333:6
**option** [1] - 2357:15
**orange** [2] - 2383:6,
2402:10
**ORDER** [1] - 2301:4
**order** [13] - 2302:12,
2311:2, 2338:8,
2338:15, 2343:14,
2345:4, 2347:19,
2397:17, 2400:15,
2414:4, 2418:4,
2421:7, 2432:3
**ordinary** [2] - 2370:19,
2434:7
**organization** [3] -
2393:2, 2393:5,
2393:12
**organizations** [1] -
2392:20
**organize** [3] -
2393:25, 2394:2,
2394:3
**orient** [2] - 2335:24,
2380:10
**original** [3] - 2349:4,
2381:8, 2426:7

**originally** [4] - 2305:6,
2326:20, 2349:4,
2351:12
**ORLEANS** [8] -
2294:6, 2294:21,
2295:12, 2296:10,
2297:7, 2298:7,
2299:10, 2299:19
**otherwise** [1] -
2354:19
**outline** [1] - 2401:8
**outlines** [1] - 2402:11
**outlying** [1] - 2410:19
**outs** [1] - 2301:10
**outside** [1] - 2417:10
**outward** [1] - 2404:10
**outwards** [1] - 2404:8
**overall** [3] - 2334:17,
2402:16, 2420:20
**overburden** [9] -
2403:11, 2417:16,
2417:19, 2418:9,
2419:21, 2429:12,
2429:19
**overestimation** [2] -
2376:16, 2377:3
**overpredicted** [4] -
2325:18, 2326:1,
2326:7, 2376:2
**overpredicting** [2] -
2326:3, 2358:24
**overprediction** [7] -
2330:14, 2330:15,
2330:16, 2334:11,
2335:17, 2337:21,
2337:22
**overprediction's** [1] -
2337:24
**overpredicts** [2] -
2337:17, 2338:16
**oversimplifying** [1] -
2333:1
**overview** [2] - 2313:6,
2386:2
**own** [1] - 2363:17
**owns** [1] - 2361:3
**oxygen** [3] - 2351:15,
2351:17, 2351:21

## P

**P.O** [1] - 2296:24
**page** [7] - 2312:23,
2312:24, 2346:9,
2346:16, 2346:20,
2376:22, 2398:3
**panel** [2] - 2421:22,
2430:10
**PAPANTONIO** [1] -
2295:3

**paper** [2] - 2347:22,
2348:11
**paper's** [1] - 2348:2
**papers** [16] - 2311:6,
2311:9, 2311:11,
2390:7, 2390:8,
2390:9, 2390:11,
2390:15, 2390:16,
2391:13, 2391:19,
2391:25, 2392:1,
2421:11, 2431:1,
2431:25
**paragraph** [1] -
2376:10
**parameter** [3] -
2399:15, 2404:19,
2405:8
**parameters** [1] -
2432:4
**paramount** [1] -
2337:11
**part** [22] - 2342:9,
2345:2, 2361:12,
2365:23, 2381:14,
2383:2, 2385:12,
2387:23, 2389:20,
2390:13, 2391:1,
2393:7, 2396:24,
2400:18, 2407:24,
2411:9, 2423:16,
2425:8, 2426:4,
2428:2, 2430:8,
2432:21
**partial** [1] - 2350:8
**partially** [3] - 2348:7,
2350:1, 2382:7
**particular** [13] -
2310:23, 2313:16,
2323:17, 2381:14,
2393:12, 2398:24,
2401:14, 2405:21,
2415:10, 2420:24,
2428:20, 2429:17
**particularly** [3] -
2323:16, 2363:16,
2422:12
**parts** [1] - 2317:23
**pass** [1] - 2384:7
**passed** [2] - 2314:1,
2336:2
**past** [4] - 2361:11,
2390:5, 2396:17,
2410:3
**path** [1] - 2317:4
**PAUL** [1] - 2297:10
**pay** [1] - 2324:9
**peculiar** [1] - 2416:20
**peer** [5] - 2390:8,
2390:11, 2390:17,
2391:17, 2391:23

**peer-reviewed** [5] -
2390:8, 2390:11,
2390:17, 2391:17,
2391:23
**penalties** [1] -
2336:22
**Pencor** [5] - 2318:21,
2322:2, 2332:16,
2358:12, 2361:17
**pending** [1] - 2312:13
**PENNSYLVANIA** [1] -
2297:23
**PENSACOLA** [1] -
2295:5
**pentane** [9] - 2355:19,
2356:1, 2356:24,
2357:7, 2359:15,
2359:17, 2378:10,
2378:15, 2378:20
**pentanes** [1] - 2350:4
**people** [6] - 2303:4,
2308:12, 2387:11,
2410:10, 2410:16,
2410:17
**per** [2] - 2373:16,
2401:1
**PERA** [8] - 2307:1,
2307:23, 2308:3,
2308:5, 2308:23,
2309:9, 2356:7,
2361:10
**PERA's** [2] - 2308:14,
2335:19
**percent** [60] - 2311:16,
2324:17, 2324:23,
2325:4, 2325:5,
2325:21, 2327:19,
2328:18, 2328:23,
2329:19, 2329:24,
2330:3, 2330:5,
2334:20, 2335:12,
2335:14, 2335:15,
2335:18, 2346:25,
2347:17, 2349:10,
2349:13, 2349:21,
2350:18, 2355:20,
2356:9, 2357:1,
2357:4, 2358:24,
2359:2, 2362:4,
2362:6, 2362:8,
2362:12, 2362:16,
2362:18, 2362:20,
2364:2, 2376:3,
2376:6, 2376:16,
2377:3, 2377:4,
2377:9, 2377:13,
2377:15, 2378:1,
2378:5, 2378:9,
2378:13, 2378:19,
2379:8, 2379:23,

2381:7, 2382:23,
2409:1, 2409:6
**percussion** [1] -
2412:22
**perfect** [1] - 2302:24
**perform** [1] - 2321:5
**performances** [1] -
2310:9
**performed** [9] -
2308:24, 2407:14,
2414:9, 2414:10,
2415:21, 2422:20,
2425:12, 2428:25,
2429:2
**performing** [2] -
2309:3, 2336:7
**perhaps** [3] - 2347:5,
2389:5, 2405:17
**period** [6] - 2348:4,
2389:18, 2422:19,
2423:9, 2424:4,
2433:1
**permeability** [1] -
2414:14
**person** [1] - 2393:16
**pertains** [2] - 2335:25,
2358:7
**PETITION** [1] - 2294:9
**PETOSA** [1] - 2295:18
**PETROLEUM** [1] -
2299:7
**Petroleum** [8] -
2305:9, 2305:18,
2305:20, 2306:15,
2310:10, 2310:20,
2311:2, 2312:8
**petroleum** [13] -
2306:23, 2306:24,
2314:21, 2364:23,
2387:10, 2388:2,
2390:1, 2391:2,
2393:15, 2393:19,
2394:1, 2394:5,
2421:12
**petroleum-related** [1]
- 2421:12
**Ph.D** [10] - 2305:19,
2305:21, 2306:7,
2306:11, 2386:7,
2386:10, 2386:13,
2387:7, 2387:9,
2389:19
**Phase** [2] - 2306:14,
2310:10
**phase** [40] - 2307:5,
2309:23, 2310:16,
2310:24, 2311:3,
2311:15, 2311:20,
2312:11, 2315:8,
2315:9, 2317:11,

2321:9, 2339:22,
2340:13, 2340:14,
2340:15, 2340:20,
2342:1, 2342:3,
2342:4, 2342:9,
2342:13, 2342:18,
2343:8, 2351:23,
2351:25, 2352:3,
2352:4, 2352:21,
2352:24, 2353:4,
2354:6, 2369:5,
2375:18
**Phasecom** [4] -
2360:23, 2360:25,
2361:3, 2361:6
**phased** [2] - 2321:10,
2341:16
**phases** [4] - 2314:24,
2321:12, 2321:13,
2339:12
**physical** [2] - 2365:23,
2386:19
**physically** [2] -
2304:25, 2365:20
**physics** [3] - 2343:9,
2389:3, 2389:11
**picture** [2] - 2401:7,
2402:5
**piece** [4] - 2395:4,
2401:10, 2403:2
**pieces** [4] - 2385:14,
2398:23, 2409:19,
2432:6
**pioneering** [1] -
2305:25
**pipe** [2] - 2319:2,
2340:16
**pipeline** [1] - 2370:10
**place** [4] - 2302:12,
2406:8, 2413:7,
2420:22
**places** [1] - 2380:11
**PLAINTIFFS** [1] -
2294:20
**plan** [1] - 2333:25
**planning** [2] -
2301:19, 2302:8
**platens** [2] - 2417:7,
2424:12
**plausible** [1] - 2428:5
**play** [2] - 2383:24,
2404:3
**played** [1] - 2416:23
**Played** [1] - 2384:8
**plays** [1] - 2340:2
**PLC** [1] - 2297:4
**plot** [2] - 2316:14,
2410:5
**plug** [3] - 2413:12,
2413:13, 2413:14

**plume** [3] - 2365:19,
2380:14
**plumes** [3] - 2381:5,
2381:7, 2381:21
**plus** [3] - 2327:19,
2347:1, 2402:22
**plus/minus** [1] -
2325:5
**point** [29] - 2302:7,
2316:18, 2317:3,
2333:2, 2335:12,
2336:2, 2341:17,
2341:23, 2346:7,
2353:14, 2367:16,
2367:17, 2367:20,
2370:17, 2377:20,
2383:23, 2389:23,
2390:7, 2397:11,
2400:21, 2403:5,
2406:9, 2408:24,
2409:12, 2410:17,
2418:3, 2427:7,
2431:20, 2432:2
**pointing** [3] - 2356:18,
2356:21, 2402:9
**points** [9] - 2317:12,
2317:17, 2338:9,
2394:18, 2424:12,
2424:15, 2424:20,
2424:24, 2424:24
**Poisson** [8] - 2432:5,
2432:6, 2432:7,
2432:8, 2432:12,
2432:15, 2432:18,
2433:7
**POLK** [1] - 2299:8
**Pooladi** [1] - 2301:11
**Pooladi-Darvish** [1] -
2301:11
**pore** [114] - 2385:18,
2385:19, 2386:11,
2390:2, 2396:8,
2396:22, 2397:2,
2397:8, 2399:1,
2399:9, 2400:5,
2401:19, 2402:7,
2402:8, 2402:13,
2402:21, 2403:22,
2404:2, 2404:4,
2404:6, 2404:7,
2404:9, 2404:10,
2404:12, 2404:14,
2404:18, 2404:20,
2404:21, 2404:22,
2404:25, 2405:1,
2405:2, 2405:3,
2405:7, 2405:11,
2405:13, 2405:14,
2405:15, 2406:4,
2406:6, 2406:10,

2406:11, 2407:11,
2407:12, 2407:16,
2407:21, 2410:2,
2410:4, 2410:22,
2410:24, 2411:4,
2411:6, 2411:8,
2411:10, 2414:11,
2414:15, 2414:25,
2416:8, 2417:13,
2417:14, 2417:24,
2417:25, 2418:9,
2418:16, 2419:5,
2419:10, 2419:17,
2419:22, 2420:2,
2420:8, 2420:17,
2420:20, 2420:25,
2421:6, 2421:8,
2421:18, 2421:20,
2421:23, 2422:1,
2423:1, 2423:4,
2423:5, 2423:6,
2423:17, 2423:19,
2423:23, 2424:4,
2424:16, 2425:5,
2426:2, 2427:25,
2428:11, 2428:15,
2428:18, 2428:23,
2429:15, 2429:17,
2430:16, 2430:22,
2430:24, 2431:2,
2431:10, 2431:13,
2431:19, 2432:22,
2432:24, 2433:18,
2433:23
**pores** [8] - 2395:6,
2396:8, 2401:20,
2401:21, 2402:11,
2402:13, 2426:14,
2426:17
**poroelasticity** [5] -
2394:20, 2395:18,
2395:19, 2396:3,
2396:7
**porosity** [19] -
2408:25, 2409:1,
2409:4, 2409:5,
2409:7, 2410:5,
2411:2, 2416:11,
2416:12, 2427:23,
2428:22, 2429:7,
2430:1, 2430:3,
2430:12, 2430:19,
2430:21, 2431:14,
2432:5
**porous** [19] - 2389:3,
2389:12, 2392:12,
2394:16, 2394:22,
2394:25, 2395:1,
2395:2, 2395:7,
2395:12, 2395:13,
2395:14, 2395:16,

2396:4, 2396:8,
2396:11, 2402:2,
2404:4, 2406:9
**Porous** [1] - 2392:11
**position** [6] - 2306:19,
2365:1, 2387:12,
2388:4, 2388:5,
2388:16
**positions** [1] - 2392:4
**possible** [2] -
2393:18, 2410:12
**possibly** [3] - 2386:20,
2387:3, 2395:11
**post** [4] - 2319:8,
2319:23, 2320:9,
2387:12
**POST** [3] - 2294:25,
2296:6, 2296:15
**post-doctoral** [1] -
2387:12
**post-incident** [3] -
2319:8, 2319:23,
2320:9
**potential** [2] -
2368:16, 2433:7
**potentially** [2] -
2316:6, 2324:1
**pound** [1] - 2321:13
**pounds** [3] - 2321:11,
2335:9, 2335:10
**pour** [1] - 2351:14
**power** [3] - 2400:17,
2400:19, 2400:21
**POYDRAS** [4] -
2297:6, 2298:7,
2299:10, 2299:18
**practice** [2] - 2363:18,
2415:24
**pre** [6] - 2317:8,
2318:25, 2319:7,
2319:23, 2320:9
**pre-incident** [5] -
2317:8, 2318:25,
2319:7, 2319:23,
2320:9
**precise** [1] - 2431:23
**predict** [2] - 2315:25,
2410:18
**predicted** [2] -
2324:23, 2364:2
**predicting** [5] -
2326:4, 2326:5,
2330:10, 2363:7,
2363:13
**prediction** [2] -
2325:3, 2358:21,
2433:8
**predictions** [1] -
2301:22
**predicts** [1] - 2363:11

**preference** [2] -
2350:15, 2393:22
**preferred** [1] -
2375:16
**preliminary** [1] -
2301:8
**premier** [1] - 2388:10
**prepare** [1] - 2314:6
**prepared** [2] -
2312:21, 2398:4
**preparing** [2] - 2408:3
**PRESCOTT** [1] -
2298:21
**presentations** [1] -
2311:12
**presents** [1] - 2419:22
**president** [1] -
2393:16
**pressed** [1] - 2424:2
**pressure** [94] -
2307:20, 2314:20,
2315:2, 2316:5,
2316:14, 2316:18,
2316:19, 2316:20,
2317:2, 2321:10,
2321:13, 2335:7,
2335:8, 2335:9,
2336:4, 2339:7,
2339:10, 2341:14,
2341:22, 2341:24,
2342:17, 2354:14,
2358:15, 2396:9,
2399:19, 2400:12,
2400:13, 2402:24,
2403:10, 2403:11,
2403:14, 2403:22,
2404:6, 2404:7,
2404:8, 2404:10,
2404:21, 2404:22,
2404:25, 2405:1,
2416:13, 2417:8,
2417:12, 2417:13,
2417:14, 2417:15,
2417:16, 2417:17,
2417:18, 2417:19,
2417:20, 2417:25,
2418:5, 2418:9,
2418:10, 2418:12,
2418:16, 2418:18,
2418:19, 2419:21,
2419:22, 2419:24,
2422:8, 2422:17,
2422:21, 2422:22,
2422:23, 2422:25,
2429:16, 2429:17,
2429:18, 2429:19,
2429:23, 2429:25,
2431:9, 2431:10,
2431:12, 2431:14,
2431:17, 2431:18,

2432:23, 2432:25
**pressures** [25] -
2316:2, 2366:25,
2386:21, 2387:4,
2399:16, 2402:1,
2402:23, 2402:24,
2403:4, 2403:7,
2403:18, 2403:21,
2403:23, 2403:25,
2404:12, 2404:13,
2405:19, 2408:13,
2417:11, 2422:18,
2423:1, 2423:7,
2430:6, 2430:11
**pressurized** [1] -
2404:5
**pretty** [3] - 2307:17,
2308:7, 2389:2
**prevent** [1] - 2418:6
**prevents** [1] - 2407:5
**previous** [2] -
2381:10, 2381:23
**previously** [8] -
2326:2, 2342:24,
2402:5, 2403:22,
2415:13, 2433:10,
2433:15, 2433:25
**primarily** [4] - 2367:9,
2381:6, 2381:11,
2389:21
**primary** [1] - 2416:4
**problem** [8] - 2313:21,
2331:1, 2331:6,
2331:10, 2331:14,
2334:9, 2367:12,
2370:22
**problems** [1] - 2335:2
**procedure** [1] -
2428:16
**procedures** [7] -
2399:4, 2425:9,
2425:10, 2425:12,
2428:9, 2428:13,
2428:14
**proceed** [1] - 2408:23
**Proceedings** [1] -
2383:14
**proceedings** [3] -
2390:12, 2390:16,
2434:24
**PROCEEDINGS** [3] -
2294:15, 2299:23,
2301:1
**proceeds** [1] - 2409:6
**process** [93] -
2313:24, 2314:7,
2314:8, 2316:7,
2321:21, 2323:17,
2327:6, 2329:7,
2329:23, 2331:8,

2331:11, 2331:12,
2331:14, 2332:4,
2332:16, 2333:4,
2334:3, 2334:7,
2335:22, 2336:4,
2336:6, 2336:11,
2336:12, 2336:14,
2336:15, 2336:16,
2336:18, 2336:19,
2336:21, 2337:6,
2337:7, 2337:10,
2337:12, 2337:13,
2337:19, 2337:23,
2338:14, 2339:1,
2339:2, 2339:4,
2340:1, 2340:7,
2340:19, 2340:25,
2341:4, 2341:12,
2342:21, 2343:12,
2344:15, 2344:24,
2347:12, 2347:16,
2347:20, 2348:23,
2352:4, 2354:8,
2354:13, 2354:16,
2356:11, 2356:13,
2356:20, 2357:10,
2357:21, 2357:23,
2358:14, 2358:20,
2359:13, 2359:21,
2360:6, 2363:9,
2363:13, 2364:15,
2364:22, 2366:15,
2367:7, 2368:12,
2371:10, 2372:25,
2373:24, 2374:8,
2383:3, 2394:3,
2408:3, 2408:14,
2408:17, 2408:22,
2409:6, 2430:13
**processes** [9] -
2329:1, 2336:10,
2340:24, 2341:3,
2363:9, 2365:21,
2368:19, 2372:18,
2373:12
**processor** [1] - 2385:9
**PROCTOR** [1] -
2295:3
**produce** [9] - 2322:21,
2330:19, 2332:9,
2332:19, 2332:21,
2332:23, 2334:1,
2334:5, 2357:19
**PRODUCED** [1] -
2299:23
**produced** [6] - 2322:5,
2322:6, 2326:9,
2353:14, 2357:16,
2362:4
**produces** [4] -

2332:13, 2332:17,
2333:9, 2361:25
**producing** [1] -
2334:3
**PRODUCTION** [3] -
2294:12, 2297:3,
2297:4
**production** [3] -
2307:21, 2319:2,
2404:24
**professional** [2] -
2311:25, 2392:19
**professor** [12] -
2305:22, 2306:20,
2307:12, 2386:1,
2388:3, 2388:6,
2388:12, 2388:17,
2388:20, 2388:21,
2397:22, 2398:3
**Professor** [7] -
2384:25, 2385:6,
2389:5, 2397:12,
2398:6, 2401:5,
2414:21
**program** [1] - 2374:17
**programs** [1] -
2361:12
**progress** [1] - 2302:1
**project** [2] - 2336:13,
2383:25
**projected** [1] - 2412:3
**promoted** [2] -
2388:4, 2388:16
**proof** [2] - 2338:11,
2427:8
**propane** [14] - 2342:3,
2349:9, 2349:21,
2353:21, 2354:5,
2354:6, 2355:24,
2359:14, 2374:4,
2378:4, 2379:2,
2379:21, 2380:23,
2381:4
**proper** [3] - 2329:25,
2422:2, 2428:16
**properties** [30] -
2304:17, 2308:8,
2310:25, 2312:12,
2313:11, 2314:22,
2314:25, 2315:7,
2315:10, 2315:12,
2315:13, 2315:15,
2315:20, 2315:23,
2316:1, 2316:5,
2317:6, 2317:15,
2317:20, 2318:3,
2318:6, 2399:8,
2413:21, 2413:24,
2414:11, 2414:15,
2427:24, 2432:11

**property** [3] - 2317:10,
2324:8, 2422:2
**proposed** [2] - 2330:8,
2341:9, 2366:15
**protocols** [1] -
2425:10
**proud** [1] - 2313:10
**provide** [4] - 2310:22,
2317:14, 2386:1,
2428:1
**provided** [1] - 2396:15
**provides** [2] - 2321:9,
2409:25
**providing** [1] -
2335:18
**psi** [18] - 2316:21,
2317:2, 2400:14,
2400:19, 2400:23,
2401:2, 2418:17,
2422:17, 2422:18,
2422:21, 2423:7,
2424:4, 2424:15,
2424:24, 2429:24,
2431:17, 2431:18,
2433:2
**PTB** [1] - 2334:21
**PTV** [1] - 2334:22
**public** [2] - 2307:4,
2309:17
**publication** [7] -
2344:20, 2345:7,
2345:19, 2346:7,
2346:24, 2348:1,
2348:14
**publications** [3] -
2311:14, 2345:6,
2394:4
**published** [20] -
2310:7, 2310:8,
2310:14, 2311:5,
2311:6, 2311:10,
2311:12, 2344:18,
2345:3, 2347:18,
2348:10, 2390:9,
2390:10, 2390:23,
2390:24, 2391:1,
2391:8, 2391:9,
2391:16, 2421:11
**Publishers** [1] -
2390:24
**publishing** [1] -
2390:25
**pull** [8] - 2304:14,
2319:25, 2343:23,
2382:13, 2392:2,
2405:17, 2406:21,
2417:2
**pulled** [1] - 2412:10
**pulling** [1] - 2412:8
**pure** [2] - 2304:2,

2360:12
**purpose** [3] - 2337:1, 2347:25, 2421:14
**purposefully** [1] - 2418:13
**purposes** [4] - 2301:19, 2302:8, 2334:14, 2385:19
**pushes** [1] - 2403:14
**put** [12] - 2314:13, 2319:2, 2326:8, 2328:16, 2328:20, 2329:22, 2330:12, 2346:1, 2359:2, 2360:14, 2366:11, 2421:15
**puts** [2] - 2328:21, 2329:23
**putting** [1] - 2338:19
**PVT** [11] - 2307:18, 2314:17, 2314:18, 2314:24, 2315:2, 2315:16, 2317:6, 2318:11, 2323:4, 2334:23, 2334:24

# Q

**quantification** [2] - 2347:14, 2355:17
**quantifies** [3] - 2345:8, 2399:15, 2404:20
**quantify** [11] - 2315:1, 2316:23, 2345:16, 2347:11, 2347:19, 2350:9, 2355:7, 2355:8, 2368:20, 2369:8, 2398:20
**quantifying** [4] - 2335:7, 2344:11, 2355:12, 2405:8
**quantitative** [1] - 2428:3
**quantitatively** [1] - 2348:2
**quantities** [1] - 2304:20
**questioned** [1] - 2346:23
**questioning** [1] - 2347:2
**questions** [4] - 2360:13, 2372:24, 2383:9, 2394:21
**quite** [1] - 2313:16
**quote** [3] - 2359:20, 2372:12, 2394:17

# R

**Rachel** [1] - 2301:9
**RAFFERTY** [1] - 2295:3
**raised** [3] - 2426:1, 2426:21
**ran** [2] - 2361:18, 2425:16
**range** [18] - 2316:5, 2327:6, 2350:2, 2356:3, 2360:8, 2377:8, 2377:13, 2377:18, 2383:6, 2395:15, 2410:14, 2410:19, 2422:17, 2422:21, 2424:15, 2432:12, 2432:13, 2433:6
**ranged** [1] - 2359:12
**rare** [1] - 2415:24
**rate** [5] - 2315:5, 2418:1, 2418:11, 2418:14, 2429:20
**rates** [3] - 2304:19, 2313:12, 2408:24
**rather** [2] - 2340:20, 2425:16
**ratio** [8] - 2432:6, 2432:7, 2432:8, 2432:12, 2432:15, 2432:18, 2433:7
**raw** [4] - 2419:14, 2421:5, 2423:18, 2430:24
**RE** [2] - 2294:5, 2294:8
**reach** [2] - 2347:11, 2414:25
**reached** [3] - 2305:3, 2312:19, 2355:12
**reaching** [2] - 2356:9, 2416:2
**read** [7] - 2345:6, 2357:18, 2365:16, 2376:14, 2380:19, 2425:10, 2425:11
**reader** [2] - 2388:4, 2388:5
**real** [6] - 2336:10, 2336:11, 2341:3, 2341:4, 2344:8, 2355:6
**realistic** [6] - 2304:24, 2304:25, 2313:24, 2336:1, 2336:17, 2341:11
**reality** [3] - 2335:14, 2360:7, 2381:12
**realized** [1] - 2383:16

**really** [17] - 2308:12, 2315:10, 2315:19, 2315:23, 2322:13, 2323:6, 2324:5, 2339:3, 2340:14, 2365:4, 2367:9, 2372:8, 2403:6, 2410:13, 2411:3, 2419:1, 2432:24
**REALTIME** [1] - 2299:17
**reason** [4] - 2303:2, 2328:20, 2369:6, 2407:3
**reasonable** [2] - 2423:3, 2428:5
**reasonably** [2] - 2334:18, 2432:13
**reasons** [4] - 2352:5, 2363:19, 2385:22, 2397:23
**rebuttal** [4] - 2375:22, 2426:5, 2426:21, 2427:2
**recalculated** [1] - 2344:23
**received** [11] - 2305:20, 2311:22, 2312:1, 2319:4, 2386:3, 2386:4, 2386:7, 2386:14, 2394:9, 2394:10, 2394:11
**receiving** [1] - 2387:9
**recently** [1] - 2309:25
**recess** [4] - 2383:13, 2383:14, 2384:23, 2434:21
**recognition** [1] - 2312:1
**recognize** [4] - 2318:20, 2348:13, 2373:8, 2380:7
**recognized** [1] - 2311:19
**recommend** [1] - 2337:13
**recommended** [4] - 2329:1, 2337:19, 2341:9, 2357:9
**recommending** [2] - 2340:1, 2372:24
**record** [5] - 2303:11, 2303:16, 2304:4, 2384:14, 2427:8
**RECORDED** [1] - 2299:23
**red** [4] - 2316:13, 2348:25, 2381:16, 2381:18

**Red** [1] - 2329:12
**redirect** [2] - 2383:10, 2383:11
**reduced** [2] - 2349:10, 2378:5
**reduction** [9] - 2349:11, 2349:13, 2350:18, 2355:21, 2357:2, 2378:1, 2378:13, 2378:19, 2379:9
**refer** [2] - 2346:7, 2405:19
**reference** [8] - 2309:8, 2310:16, 2340:5, 2346:18, 2381:14, 2391:12, 2394:22, 2395:17
**referenced** [7] - 2312:4, 2318:16, 2326:7, 2347:23, 2357:14, 2381:13, 2383:17
**references** [1] - 2310:22
**referred** [5] - 2402:13, 2402:15, 2402:16, 2415:13, 2424:8
**referring** [7] - 2365:25, 2379:10, 2379:12, 2386:24, 2413:25, 2414:24, 2419:20
**refers** [4] - 2409:3, 2412:13, 2412:15, 2431:9
**reflect** [1] - 2308:22
**reflected** [1] - 2424:22
**reflecting** [1] - 2341:1
**refresh** [1] - 2365:5
**REGAN** [1] - 2297:11
**regard** [1] - 2348:9
**regarded** [1] - 2391:10
**regarding** [2] - 2338:4, 2428:18
**regardless** [2] - 2354:3, 2362:12
**region** [3] - 2401:8, 2403:1, 2415:5
**REGISTERED** [1] - 2299:18
**regular** [1] - 2325:25
**regularly** [1] - 2309:25
**relate** [4] - 2307:15, 2314:3, 2337:5, 2430:21
**related** [7] - 2303:21, 2396:16, 2399:9, 2414:15, 2421:12, 2424:11, 2427:25

**relates** [4] - 2308:5, 2308:7, 2314:18, 2399:13
**relations** [1] - 2419:7
**relationship** [1] - 2403:20
**relative** [4] - 2314:23, 2334:20, 2355:2, 2378:5
**relatively** [1] - 2334:19
**release** [1] - 2352:3
**released** [2] - 2304:20, 2315:5
**relevant** [6] - 2396:4, 2407:16, 2407:20, 2414:11, 2414:17, 2423:8
**reliability** [1] - 2337:11
**reliable** [3] - 2363:12, 2411:5
**reliance** [2] - 2345:19, 2346:20
**relied** [8] - 2318:16, 2320:25, 2323:1, 2347:25, 2379:13, 2380:8, 2416:4, 2419:16
**rely** [3] - 2320:23, 2345:3, 2347:18
**relying** [2] - 2314:6, 2380:16
**remain** [1] - 2368:14
**remaining** [3] - 2301:14, 2302:19, 2302:20
**remember** [3] - 2328:11, 2359:7, 2364:9
**remind** [2] - 2303:19, 2303:22
**remove** [8] - 2342:15, 2342:16, 2344:25, 2349:15, 2352:18, 2354:25, 2378:15
**removed** [6] - 2344:22, 2356:23, 2378:3, 2378:8, 2378:14, 2378:21
**removing** [6] - 2349:12, 2352:9, 2357:4, 2374:4, 2374:5, 2424:25
**RENAISSANCE** [1] - 2298:22
**rendered** [1] - 2355:9
**repeat** [1] - 2353:12
**repeated** [1] - 2430:13
**repeatedly** [1] - 2400:8

rephrase [2] -
2346:22, 2347:5
replicate [1] - 2313:17
report [55] - 2305:13,
2312:21, 2312:23,
2320:8, 2320:11,
2320:15, 2320:17,
2320:20, 2321:5,
2326:12, 2328:9,
2328:22, 2329:5,
2345:8, 2345:21,
2346:1, 2346:3,
2346:4, 2346:6,
2346:10, 2346:16,
2346:23, 2346:25,
2347:14, 2347:19,
2355:17, 2356:7,
2357:9, 2373:9,
2375:19, 2375:21,
2375:22, 2376:5,
2376:19, 2377:2,
2377:6, 2377:25,
2383:1, 2383:17,
2383:19, 2397:22,
2397:23, 2398:3,
2398:7, 2398:16,
2405:11, 2408:3,
2423:15, 2425:7,
2425:11, 2426:5,
2426:8, 2426:20,
2428:14
reported [2] - 2327:9,
2425:6
REPORTER [3] -
2299:17, 2299:17,
2299:18
Reporter [1] - 2435:5
reporting [2] -
2328:17, 2348:16
reports [14] - 2319:5,
2319:22, 2320:2,
2320:4, 2320:23,
2321:5, 2322:4,
2327:16, 2327:17,
2328:8, 2345:17,
2373:11, 2398:23
represent [7] -
2358:20, 2415:7,
2415:9, 2418:1,
2429:10, 2429:14,
2429:20
representation [1] -
2430:7
representative [2] -
2360:4, 2384:1
represented [4] -
2309:18, 2410:22,
2432:13, 2432:16
representing [2] -
2419:19, 2419:20

represents [11] -
2313:24, 2401:10,
2403:1, 2412:1,
2415:6, 2417:13,
2417:15, 2417:17,
2419:23, 2429:21,
2430:10
reproduce [1] -
2334:17
request [1] - 2304:6
requested [2] -
2322:11, 2333:16
research [7] -
2387:10, 2387:12,
2389:16, 2389:18,
2389:21, 2390:5,
2394:15
researchers [1] -
2394:13
reserve [1] - 2303:25
Reservoir [1] -
2306:15
reservoir [115] -
2304:18, 2305:1,
2307:17, 2307:19,
2308:8, 2313:9,
2313:25, 2314:13,
2315:2, 2316:2,
2316:20, 2317:1,
2317:9, 2321:14,
2321:20, 2322:5,
2323:25, 2327:12,
2336:2, 2336:8,
2337:1, 2339:4,
2340:7, 2340:16,
2341:1, 2341:4,
2341:13, 2341:15,
2343:16, 2344:13,
2348:17, 2349:5,
2352:10, 2352:16,
2355:13, 2358:8,
2358:14, 2358:15,
2361:14, 2363:21,
2370:15, 2371:6,
2373:16, 2382:17,
2385:15, 2385:20,
2389:6, 2395:12,
2395:16, 2396:24,
2398:14, 2398:17,
2398:18, 2399:2,
2401:21, 2401:24,
2402:25, 2403:3,
2403:4, 2403:12,
2403:14, 2403:19,
2404:24, 2404:25,
2405:4, 2405:5,
2405:9, 2406:8,
2406:13, 2407:3,
2407:4, 2407:6,
2407:18, 2408:1,

2408:9, 2410:23,
2410:25, 2411:7,
2411:12, 2411:15,
2411:17, 2411:18,
2411:25, 2412:6,
2412:9, 2412:18,
2412:21, 2412:25,
2413:3, 2413:17,
2413:19, 2413:21,
2415:2, 2415:14,
2415:17, 2415:20,
2416:9, 2417:22,
2417:23, 2418:2,
2418:19, 2422:12,
2422:24, 2423:9,
2423:10, 2424:23,
2425:16, 2426:3,
2427:12, 2433:1,
2434:5
reservoir's [7] -
2411:10, 2419:16,
2421:20, 2425:5,
2428:18, 2433:18,
2433:22
reservoirs [1] - 2397:9
resistivity [1] -
2414:14
RESOURCES [1] -
2296:18
respect [16] - 2304:8,
2307:10, 2308:5,
2314:16, 2323:19,
2324:12, 2326:4,
2338:11, 2338:25,
2341:12, 2342:24,
2355:12, 2355:17,
2393:10, 2414:7,
2430:7
respond [1] - 2357:8
responding [2] -
2338:11, 2426:20
response [2] -
2365:10, 2419:25
restricted [1] -
2394:14
result [7] - 2327:14,
2330:10, 2339:21,
2343:5, 2368:16,
2429:21, 2431:25
resulted [6] - 2347:15,
2349:13, 2350:18,
2367:18, 2373:23,
2378:5
results [6] - 2319:16,
2358:16, 2419:15,
2421:8, 2427:17
retention [1] - 2385:12
retrieved [1] - 2415:19
returned [1] - 2388:15
revenues [1] - 2324:3

review [4] - 2304:21,
2357:8, 2416:2,
2425:8
reviewed [6] - 2390:8,
2390:11, 2390:17,
2391:17, 2391:23,
2428:13
RICHARD [2] -
2296:22, 2299:4
Richard [1] - 2397:14
RICHESON [1] -
2299:9
RIG [1] - 2294:5
right-hand [7] -
2316:14, 2320:13,
2366:19, 2367:24,
2380:11, 2380:25,
2383:6
rigid [1] - 2399:23
rigorous [1] - 2375:15
RMR [1] - 2299:17
Robert [3] - 2384:15,
2384:25, 2385:6
ROBERT [5] -
2297:18, 2297:23,
2300:6, 2384:11,
2384:17
ROBERTS [1] -
2298:10
ROBIN [1] - 2295:7
Rock [8] - 2391:6,
2392:7, 2393:3,
2393:6, 2393:7,
2393:9, 2393:10,
2393:14
rock [78] - 2385:9,
2386:17, 2387:1,
2387:16, 2388:1,
2388:5, 2388:17,
2389:2, 2389:3,
2389:6, 2389:10,
2389:11, 2389:16,
2389:22, 2389:23,
2390:4, 2390:20,
2390:21, 2391:11,
2392:8, 2393:23,
2394:1, 2394:4,
2394:9, 2394:19,
2395:12, 2396:16,
2397:4, 2397:12,
2397:13, 2399:4,
2402:14, 2402:15,
2402:25, 2403:3,
2403:9, 2403:12,
2403:13, 2404:11,
2405:18, 2406:17,
2406:19, 2407:1,
2407:5, 2407:8,
2407:13, 2407:18,
2407:23, 2408:1,

2408:4, 2408:18,
2409:3, 2409:23,
2410:6, 2410:21,
2410:23, 2411:16,
2413:6, 2413:21,
2413:24, 2414:10,
2417:6, 2417:10,
2417:14, 2417:21,
2418:6, 2420:14,
2420:16, 2420:24,
2421:12, 2422:9,
2424:1, 2424:12,
2426:17, 2430:12
rock's [2] - 2398:14,
2410:1
rocks [10] - 2385:15,
2387:2, 2389:25,
2398:17, 2401:24,
2406:13, 2409:21,
2410:5, 2411:1,
2411:2
role [1] - 2340:2
room [1] - 2425:16
ROOM [1] - 2299:18
rotary [12] - 2411:19,
2411:23, 2412:1,
2412:3, 2412:5,
2412:13, 2412:14,
2413:4, 2413:16,
2413:18, 2415:15,
2415:22
rotates [1] - 2412:8
ROUGE [1] - 2296:6
roughly [4] - 2388:2,
2388:6, 2400:1,
2415:12, 2428:6,
2433:8
ROY [2] - 2294:23,
2294:24
Royal [2] - 2388:8,
2388:24
rule [1] - 2431:20
ruling [1] - 2303:25
run [3] - 2321:10,
2361:25, 2374:16
Ryerson [16] - 2345:7,
2345:19, 2346:7,
2346:19, 2346:24,
2347:22, 2347:25,
2348:11, 2348:13,
2357:5, 2374:6,
2379:13, 2380:3,
2380:7, 2381:2,
2381:20

---

## S

S-I-P [1] - 2400:23
Salt [1] - 2397:5
salt [1] - 2351:5

salty [1] - 2351:6
sample [17] - 2318:4,
2319:23, 2320:6,
2320:7, 2320:8,
2323:5, 2325:17,
2325:19, 2327:6,
2327:7, 2329:21,
2377:17, 2380:13,
2380:14, 2392:19,
2419:18
sample's [2] -
2426:14, 2430:16
sampled [1] - 2381:5
samples [65] - 2317:3,
2317:24, 2318:2,
2318:4, 2318:21,
2318:22, 2318:23,
2319:3, 2319:4,
2319:14, 2319:17,
2320:18, 2321:7,
2321:17, 2322:1,
2324:20, 2324:21,
2324:22, 2324:24,
2325:18, 2327:21,
2327:22, 2328:1,
2329:6, 2330:6,
2331:17, 2331:18,
2332:4, 2333:20,
2344:18, 2345:9,
2346:21, 2348:4,
2348:6, 2348:16,
2348:20, 2349:8,
2357:25, 2358:13,
2361:14, 2361:19,
2361:22, 2376:17,
2377:7, 2377:8,
2377:9, 2377:12,
2380:2, 2380:12,
2381:20, 2411:12,
2411:16, 2411:17,
2413:16, 2415:15,
2420:11, 2421:17,
2421:21, 2426:17,
2428:20, 2428:21,
2428:22, 2429:1
sand [10] - 2408:8,
2408:9, 2408:12,
2408:14, 2408:19,
2409:15, 2420:17,
2420:22, 2421:2
sands [3] - 2396:23,
2408:9, 2409:5
sandstone [15] -
2389:6, 2395:1,
2401:7, 2401:11,
2401:12, 2402:6,
2408:7, 2409:18,
2415:2, 2415:3,
2415:8, 2422:11,
2432:10, 2432:11,

2432:14
Sandstones [2] -
2390:23, 2430:20
sandstones [14] -
2386:12, 2389:7,
2389:8, 2389:9,
2391:4, 2395:16,
2396:12, 2400:5,
2401:24, 2402:2,
2404:4, 2408:24,
2409:15, 2422:12
sandstones' [1] -
2409:9
SARAH [1] - 2296:23
saturant [1] - 2426:17
saturation [3] -
2321:13, 2335:8,
2335:9
saw [5] - 2322:7,
2322:20, 2325:23,
2344:19, 2378:4
scale [2] - 2401:11,
2415:12
Scandinavia [1] -
2388:11
scatter [1] - 2410:9
schedule [3] - 2302:6,
2302:13, 2302:25
SCHELL [1] - 2299:8
schematic [4] -
2411:25, 2412:7,
2414:22, 2417:5
schematically [2] -
2415:6, 2417:11
Schlumberger [5] -
2320:6, 2320:7,
2320:8, 2321:25,
2361:18
Scholar [4] - 2391:22,
2391:24, 2392:1
scholars [1] - 2390:15
school [2] - 2306:17,
2386:2
Science [4] - 2305:17,
2386:3, 2386:5,
2392:16
science [2] - 2364:25,
2391:2
Sciences [1] - 2392:7
scientific [8] -
2390:11, 2390:17,
2390:25, 2391:17,
2391:23, 2400:20,
2431:1, 2431:25
Scientific [3] -
2390:24, 2391:15,
2391:18
scientist [4] -
2336:10, 2379:20,
2387:19, 2402:4

scientists [2] -
2391:14, 2393:2
scope [1] - 2397:16
SCOTT [1] - 2296:20
screen [4] - 2367:5,
2392:9, 2394:17,
2396:21
screw [1] - 2351:15
sea [3] - 2336:2,
2344:19, 2369:11
seabed [8] - 2313:25,
2336:3, 2336:20,
2336:24, 2340:4,
2341:5, 2341:7,
2341:16
seafloor [2] - 2367:25,
2369:15
SEAN [1] - 2298:22
seat [1] - 2384:13
seated [1] - 2301:7
seawater [3] - 2344:3,
2344:4, 2345:9
second [18] - 2304:21,
2313:14, 2329:5,
2331:15, 2335:6,
2335:21, 2335:25,
2344:25, 2345:2,
2350:3, 2350:6,
2379:8, 2405:13,
2406:7, 2428:17,
2430:10, 2431:12,
2431:16
section [1] - 2382:20
SECTION [4] - 2294:5,
2294:9, 2294:12,
2296:19
see [33] - 2302:1,
2302:21, 2306:2,
2316:19, 2324:12,
2326:15, 2329:9,
2341:17, 2342:17,
2348:18, 2349:17,
2349:20, 2350:12,
2374:1, 2376:25,
2377:18, 2389:1,
2389:4, 2392:9,
2394:23, 2395:5,
2401:12, 2404:9,
2406:25, 2408:10,
2412:7, 2415:12,
2421:22, 2422:6,
2423:13, 2424:18,
2433:6
seeing [1] - 2316:12
seek [1] - 2355:8
seem [1] - 2434:9
sees [3] - 2410:9,
2418:9, 2419:19
seldom [1] - 2334:3
sell [2] - 2322:17,

2334:4
sellable [4] - 2324:1,
2332:10, 2332:21,
2332:23
sense [13] - 2301:25,
2308:14, 2338:2,
2350:2, 2350:22,
2367:22, 2371:21,
2372:18, 2399:14,
2404:12, 2409:12,
2419:3, 2430:18
sent [4] - 2309:19,
2317:9, 2333:20,
2351:18
separate [5] -
2320:20, 2338:10,
2347:20, 2364:18,
2367:8
separated [6] -
2353:11, 2353:15,
2353:17, 2359:22,
2360:2, 2364:24
separation [44] -
2316:7, 2321:16,
2321:18, 2321:21,
2322:4, 2322:17,
2322:23, 2332:2,
2332:13, 2332:15,
2332:22, 2333:4,
2334:14, 2336:21,
2338:7, 2339:4,
2340:7, 2340:17,
2340:19, 2340:21,
2344:14, 2347:16,
2354:2, 2354:8,
2354:16, 2356:16,
2356:17, 2358:14,
2359:21, 2362:18,
2362:19, 2364:14,
2364:15, 2366:15,
2367:7, 2368:19,
2371:10, 2373:12,
2373:18, 2374:2,
2374:8, 2376:18,
2382:25, 2383:3
separator [59] -
2314:7, 2314:8,
2320:19, 2320:20,
2322:12, 2322:18,
2324:6, 2329:6,
2329:23, 2331:12,
2332:18, 2335:22,
2336:6, 2337:6,
2337:7, 2337:19,
2338:14, 2338:17,
2338:22, 2339:1,
2339:2, 2340:1,
2340:24, 2340:25,
2341:10, 2343:10,
2343:15, 2344:1,

2344:12, 2347:12,
2348:23, 2349:12,
2354:24, 2356:9,
2357:12, 2357:14,
2357:19, 2357:21,
2357:23, 2358:3,
2358:22, 2358:25,
2359:3, 2359:6,
2359:8, 2361:21,
2361:25, 2362:4,
2362:24, 2363:15,
2363:19, 2364:24,
2368:12, 2369:1,
2373:17, 2382:20
separators [1] -
2368:23
series [2] - 2391:1,
2391:3
serious [2] - 2313:16,
2313:21
served [1] - 2396:21
SERVICES [1] -
2298:19
services [1] - 2396:16
SESSION [1] -
2294:15
sessions [1] - 2394:2
set [8] - 2315:18,
2315:24, 2323:8,
2329:11, 2332:4,
2397:23, 2404:15,
2410:13
sets [3] - 2410:9,
2410:13, 2411:13
several [8] - 2335:2,
2348:5, 2387:23,
2389:13, 2411:13,
2430:9, 2432:4
shaded [4] - 2317:6,
2317:13, 2317:15,
2317:23
shake [1] - 2351:15
shale [1] - 2310:1
shape [4] - 2386:19,
2387:3, 2395:21,
2399:16
SHELL [1] - 2297:5
ship [1] - 2370:8
shooting [2] -
2412:24, 2413:4
short [5] - 2301:23,
2316:21, 2318:15,
2383:24, 2424:3
shorter [2] - 2418:25,
2419:2
show [8] - 2334:13,
2365:5, 2366:17,
2376:7, 2382:7,
2411:21, 2414:21,
2423:18

**showed** [4] - 2379:16, 2380:1, 2380:18, 2424:21
**showing** [4] - 2316:14, 2341:20, 2358:10, 2402:10
**shown** [6] - 2327:22, 2374:6, 2401:20, 2415:4, 2417:9, 2432:1
**shows** [13] - 2341:12, 2374:10, 2380:11, 2381:18, 2382:16, 2402:5, 2411:25, 2414:22, 2417:5, 2429:9, 2431:8, 2431:13, 2431:16
**shrink** [4] - 2339:20, 2342:5, 2342:19, 2343:21
**shrinkage** [44] - 2313:17, 2321:19, 2321:22, 2322:14, 2323:19, 2323:23, 2324:6, 2324:12, 2324:16, 2324:23, 2325:2, 2325:18, 2326:1, 2326:3, 2327:5, 2327:8, 2328:24, 2330:20, 2334:19, 2335:6, 2335:10, 2337:12, 2337:17, 2355:22, 2357:3, 2358:1, 2358:2, 2358:16, 2358:19, 2360:8, 2362:23, 2363:12, 2363:13, 2363:21, 2363:25, 2364:1, 2364:7, 2364:8, 2374:10, 2375:5, 2375:8, 2376:1, 2376:2, 2382:16
**shrinking** [2] - 2352:5, 2352:22
**shrunk** [1] - 2347:16
**shrunken** [1] - 2342:16
**Shushan** [1] - 2426:1
**side** [13] - 2325:22, 2348:25, 2366:19, 2366:22, 2367:4, 2367:23, 2367:24, 2369:6, 2380:11, 2380:25, 2383:6, 2412:3, 2412:23
**sidewall** [11] - 2384:2, 2411:20, 2411:23, 2412:15, 2412:16, 2412:22, 2413:3,

2413:16, 2413:18, 2415:15, 2415:22
**significance** [1] - 2334:10
**significant** [3] - 2330:16, 2334:25, 2369:11
**significantly** [1] - 2344:21
**similar** [2] - 2309:5, 2318:8
**simple** [5] - 2350:25, 2369:7, 2377:2, 2422:3, 2426:4
**simpler** [1] - 2369:13
**simplest** [2] - 2371:4, 2371:7
**simplifying** [4] - 2368:9, 2368:11, 2369:16, 2369:20
**simply** [4] - 2326:19, 2349:11, 2362:17, 2373:1
**simulate** [3] - 2329:17, 2331:8, 2371:23
**simulated** [5] - 2331:13, 2362:9, 2364:15, 2364:17, 2368:22
**simulating** [1] - 2364:13
**simulation** [1] - 2330:1
**SINCLAIR** [1] - 2295:22
**single** [43] - 2321:9, 2321:10, 2321:19, 2326:17, 2327:2, 2327:6, 2327:9, 2328:7, 2328:13, 2331:5, 2332:5, 2332:14, 2333:8, 2333:17, 2334:6, 2340:5, 2340:9, 2340:23, 2356:10, 2356:13, 2356:20, 2359:11, 2360:11, 2361:22, 2362:1, 2362:5, 2362:9, 2362:19, 2363:24, 2364:5, 2364:7, 2364:14, 2368:1, 2369:16, 2370:24, 2371:11, 2371:13, 2372:24, 2373:3, 2373:15, 2377:25, 2381:14, 2422:13
**single-stage** [25] - 2321:19, 2327:6,

2328:13, 2331:5, 2340:23, 2356:10, 2356:13, 2356:20, 2359:11, 2360:11, 2361:22, 2362:1, 2362:5, 2362:9, 2362:19, 2363:24, 2364:7, 2364:14, 2368:1, 2369:16, 2371:11, 2371:13, 2372:24, 2373:3, 2373:15
**sip** [1] - 2400:21
**situ** [1] - 2426:22
**situation** [7] - 2325:25, 2330:18, 2335:14, 2354:18, 2405:23, 2407:12, 2429:12
**situations** [1] - 2405:19
**six** [3] - 2332:15, 2332:16, 2358:13
**six-stage** [2] - 2332:15, 2358:13
**size** [5] - 2386:20, 2387:3, 2395:21, 2399:16, 2407:4
**skill** [1] - 2323:8
**skill-set** [1] - 2323:8
**skis** [1] - 2301:21
**slick** [1] - 2380:14
**slide** [10] - 2314:13, 2358:6, 2381:17, 2389:4, 2391:12, 2394:21, 2404:15, 2411:25, 2421:23, 2429:9
**slides** [2] - 2390:6, 2404:18
**slight** [2] - 2367:18, 2434:3
**slightly** [1] - 2364:13
**slowly** [1] - 2423:20
**small** [10] - 2368:4, 2400:16, 2401:8, 2401:10, 2403:2, 2412:8, 2413:12, 2413:13, 2415:6, 2421:1
**smaller** [2] - 2308:19, 2404:2
**SMITH** [1] - 2298:21
**so-called** [3] - 2309:15, 2321:8, 2350:13
**so..** [2] - 2353:7, 2355:6
**Society** [11] - 2310:10, 2310:20, 2311:2,

2312:8, 2392:23, 2392:24, 2393:7, 2393:9, 2393:10, 2393:14, 2394:12
**software** [4] - 2307:2, 2360:22, 2361:6, 2375:17
**SOILEAU** [1] - 2295:14
**soils** [1] - 2395:12
**solid** [10] - 2386:7, 2386:13, 2386:16, 2386:23, 2386:25, 2387:2, 2395:3, 2395:21, 2408:20, 2408:25
**solidified** [1] - 2409:3
**solidity** [1] - 2409:17
**solubility** [19] - 2343:1, 2343:4, 2343:5, 2343:15, 2344:8, 2344:12, 2345:7, 2347:12, 2347:17, 2347:19, 2350:21, 2354:25, 2355:5, 2359:14, 2360:9, 2374:3, 2375:4, 2375:9, 2377:23
**soluble** [1] - 2381:6
**someone** [2] - 2370:13, 2400:21
**sometimes** [2] - 2322:18, 2403:10
**somewhat** [4] - 2396:5, 2404:14, 2421:23, 2432:12
**somewhere** [3] - 2309:16, 2390:10, 2433:19
**sorry** [9] - 2320:13, 2329:5, 2332:1, 2334:24, 2338:3, 2353:12, 2367:15, 2406:11, 2414:6
**sort** [39] - 2301:19, 2326:2, 2371:1, 2390:12, 2391:10, 2395:24, 2396:10, 2399:7, 2400:13, 2400:24, 2401:7, 2401:8, 2401:9, 2401:14, 2402:10, 2403:1, 2403:2, 2406:9, 2408:16, 2408:17, 2408:20, 2408:22, 2409:13, 2409:17, 2410:3, 2410:19, 2410:25, 2412:24, 2415:4,

2415:5, 2416:18, 2417:3, 2417:13, 2418:17, 2421:4, 2423:2, 2429:6, 2430:10, 2432:13
**sound** [1] - 2395:23
**sounds** [1] - 2338:18
**sources** [1] - 2391:23
**SOUTH** [4] - 2295:4, 2295:14, 2297:15, 2298:16
**space** [11] - 2395:5, 2401:19, 2402:7, 2404:5, 2404:9, 2417:14, 2420:17, 2420:20, 2421:1
**spaces** [2] - 2395:8
**SPE** [5] - 2312:5, 2390:13, 2390:14, 2391:25, 2392:21
**speaking** [1] - 2361:24
**special** [4] - 2312:9, 2394:2, 2394:4, 2421:14
**specific** [6] - 2309:14, 2310:21, 2389:9, 2390:1, 2394:4, 2396:3
**specifically** [14] - 2345:8, 2347:3, 2363:20, 2364:3, 2394:25, 2397:8, 2399:17, 2400:17, 2400:18, 2401:23, 2404:20, 2407:10, 2413:25, 2414:24
**specifics** [1] - 2314:14
**specified** [1] - 2333:24
**spectrum** [2] - 2409:2, 2409:13
**speculation** [3] - 2365:1, 2365:8, 2365:11
**speeds** [1] - 2416:15
**spell** [3] - 2303:10, 2384:13, 2384:16
**spill** [9] - 2344:18, 2345:11, 2348:4, 2348:5, 2348:20, 2366:5, 2370:7, 2433:1
**SPILL** [1] - 2294:5
**spilled** [1] - 2313:12
**spin** [1] - 2307:2
**spin-off** [1] - 2307:2
**spot** [1] - 2328:2
**spot-on** [1] - 2328:2
**spread** [1] - 2359:18

**SQUARE** [1] - 2297:5
**square** [2] - 2401:9, 2403:1
**stability** [1] - 2390:2
**staff** [1] - 2307:12
**stage** [141] - 2321:19, 2321:21, 2322:4, 2322:12, 2322:23, 2324:6, 2326:17, 2326:18, 2327:3, 2327:6, 2327:9, 2328:7, 2328:13, 2328:24, 2328:25, 2329:6, 2329:23, 2330:9, 2331:1, 2331:4, 2331:5, 2332:4, 2332:5, 2332:6, 2332:13, 2332:14, 2332:15, 2332:18, 2332:19, 2333:4, 2333:8, 2333:9, 2333:17, 2334:4, 2334:5, 2334:6, 2334:7, 2334:11, 2336:19, 2339:7, 2339:8, 2339:10, 2340:3, 2340:5, 2340:6, 2340:9, 2340:10, 2340:13, 2340:17, 2340:20, 2340:21, 2340:23, 2340:24, 2342:11, 2342:14, 2354:9, 2354:10, 2354:14, 2354:15, 2356:9, 2356:10, 2356:13, 2356:16, 2356:17, 2356:20, 2357:9, 2357:14, 2357:19, 2357:21, 2357:22, 2358:2, 2358:13, 2358:14, 2358:21, 2358:25, 2359:3, 2359:5, 2359:8, 2359:9, 2359:11, 2360:11, 2361:21, 2361:22, 2361:24, 2361:25, 2362:1, 2362:4, 2362:5, 2362:8, 2362:9, 2362:18, 2362:19, 2362:24, 2363:3, 2363:5, 2363:15, 2363:16, 2363:19, 2363:24, 2364:1, 2364:5, 2364:7, 2364:14, 2367:11, 2368:1, 2368:12, 2368:13, 2368:18, 2368:22,

2368:25, 2369:16, 2371:11, 2371:13, 2371:17, 2371:18, 2371:20, 2371:21, 2372:17, 2372:18, 2372:19, 2372:20, 2372:24, 2373:3, 2373:15, 2373:18, 2374:2, 2376:18, 2377:25, 2378:1, 2383:6
**stages** [16] - 2329:12, 2332:17, 2337:25, 2339:6, 2340:3, 2340:8, 2340:11, 2341:7, 2344:14, 2354:14, 2366:25, 2368:21, 2373:25, 2375:18, 2430:5
**stair** [10] - 2427:23, 2428:19, 2428:22, 2428:25, 2429:7, 2429:22, 2430:5, 2430:15, 2431:7, 2433:17
**stair-step** [10] - 2427:23, 2428:19, 2428:22, 2428:25, 2429:7, 2429:22, 2430:5, 2430:15, 2431:7, 2433:17
**stairstep** [1] - 2416:11
**stand** [2] - 2314:20, 2326:21
**standard** [10] - 2307:19, 2318:5, 2318:10, 2318:11, 2363:18, 2364:22, 2369:3, 2399:4, 2428:10
**Stanford** [4] - 2305:8, 2305:18, 2305:22, 2305:24
**Stanley** [1] - 2305:22
**start** [8] - 2314:10, 2314:17, 2316:13, 2319:11, 2344:7, 2360:21, 2408:7, 2408:9
**started** [6] - 2302:11, 2305:24, 2306:1, 2306:22, 2318:11, 2423:19
**starting** [7] - 2316:18, 2316:25, 2338:6, 2346:9, 2365:6, 2387:18, 2406:9
**startling** [1] - 2434:10
**starts** [1] - 2380:22
**State** [1] - 2396:24

**STATE** [2] - 2296:3, 2296:4
**state** [76] - 2303:10, 2309:4, 2313:15, 2314:3, 2314:4, 2314:6, 2314:8, 2314:11, 2314:16, 2314:18, 2314:24, 2315:17, 2315:25, 2316:11, 2317:14, 2317:16, 2317:19, 2318:7, 2318:8, 2318:13, 2320:24, 2321:1, 2321:23, 2322:14, 2323:2, 2323:3, 2323:9, 2323:11, 2323:12, 2323:14, 2323:18, 2323:20, 2323:21, 2324:11, 2325:6, 2325:9, 2325:15, 2327:18, 2327:20, 2327:23, 2328:4, 2328:16, 2328:23, 2329:16, 2331:7, 2334:15, 2334:16, 2335:4, 2335:5, 2335:19, 2337:9, 2337:15, 2337:17, 2338:16, 2358:23, 2359:5, 2360:22, 2360:23, 2361:7, 2362:10, 2362:13, 2362:14, 2362:22, 2363:7, 2363:11, 2363:17, 2364:5, 2365:2, 2365:11, 2384:13, 2405:22, 2408:19, 2418:4, 2418:14, 2429:11, 2429:20
**statement** [5] - 2304:22, 2307:7, 2357:17, 2359:24, 2376:22
**STATES** [4] - 2294:2, 2294:11, 2294:16, 2296:13
**States** [6] - 2301:10, 2302:18, 2326:9, 2338:4, 2360:18, 2397:15
**states** [1] - 2329:17
**STATES'** [1] - 2295:21
**States'** [2] - 2325:7, 2360:25
**stay** [1] - 2418:9
**stays** [1] - 2339:21
**steel** [5] - 2395:4, 2395:5, 2399:22,

2417:7
**STENOGRAPHY** [1] - 2299:23
**step** [17] - 2338:6, 2344:24, 2344:25, 2373:24, 2383:2, 2427:23, 2428:19, 2428:22, 2428:25, 2429:7, 2429:22, 2430:5, 2430:11, 2430:15, 2431:7, 2433:3, 2433:17
**STEPHEN** [2] - 2294:20, 2296:14
**steps** [3] - 2429:22, 2430:8, 2430:9
**STEVEN** [2] - 2296:20, 2298:10
**stick** [1] - 2331:4
**still** [2] - 2351:3, 2364:2
**stock** [75] - 2305:1, 2305:2, 2314:1, 2316:22, 2326:4, 2326:5, 2327:13, 2327:15, 2330:11, 2330:15, 2332:13, 2336:3, 2336:8, 2336:23, 2336:24, 2337:2, 2339:5, 2340:8, 2340:10, 2340:12, 2341:1, 2341:13, 2343:16, 2344:15, 2344:16, 2344:17, 2344:22, 2344:24, 2347:15, 2349:5, 2349:11, 2349:12, 2349:14, 2350:10, 2350:19, 2350:23, 2352:17, 2354:8, 2354:11, 2354:12, 2355:1, 2355:13, 2355:21, 2355:24, 2356:2, 2356:5, 2356:8, 2356:10, 2356:11, 2356:19, 2356:23, 2357:2, 2358:9, 2358:15, 2362:1, 2362:5, 2363:2, 2363:8, 2363:21, 2368:7, 2370:5, 2370:18, 2370:23, 2370:24, 2371:6, 2372:7, 2373:11, 2373:16, 2373:25, 2376:16, 2377:23, 2378:4, 2378:14, 2378:19
**Stockholm** [2] -

2388:9, 2388:25
**stone** [1] - 2432:11
**stop** [3] - 2327:8, 2329:5, 2349:15
**stored** [3] - 2405:5, 2405:8, 2405:9
**story** [1] - 2424:3
**straight** [8] - 2302:14, 2327:16, 2327:17, 2340:10, 2354:7, 2370:24, 2371:6, 2371:12
**stream** [6] - 2366:20, 2366:22, 2367:1, 2367:16, 2367:17, 2367:24
**streams** [1] - 2372:12
**STREET** [16] - 2294:24, 2295:4, 2295:11, 2295:15, 2295:18, 2296:5, 2296:10, 2297:6, 2297:15, 2297:20, 2298:7, 2298:10, 2298:23, 2299:10, 2299:14, 2299:18
**stress** [15] - 2403:10, 2405:22, 2405:23, 2417:8, 2419:20, 2419:21, 2422:13, 2429:11, 2429:12, 2429:13, 2429:15, 2429:20, 2430:4, 2430:21
**stresses** [12] - 2386:21, 2387:4, 2395:22, 2403:4, 2403:7, 2403:16, 2405:24, 2406:1, 2406:2, 2406:14, 2422:14
**strong** [1] - 2350:15
**strongly** [1] - 2424:21
**structure** [1] - 2386:11
**struggled** [1] - 2308:10
**studies** [5] - 2324:21, 2386:18, 2387:2, 2389:24, 2395:20
**study** [1] - 2305:8
**stuff** [1] - 2339:10
**subfield** [1] - 2387:1
**subfields** [1] - 2386:23
**subject** [5] - 2306:13, 2306:14, 2312:13, 2338:23, 2385:18
**subjected** [1] - 2416:6
**subjects** [2] - 2307:15, 2310:3

**submission** [1] - 2304:6
**submitted** [2] - 2304:5, 2398:23
**subsequent** [5] - 2309:21, 2375:20, 2375:21, 2375:22, 2389:19
**subset** [3] - 2309:1, 2395:24, 2396:5
**subside** [1] - 2407:8
**substantiated** [1] - 2434:6
**subsurface** [3] - 2381:4, 2381:7, 2381:20
**subtract** [1] - 2420:21
**sufficiently** [2] - 2433:9, 2433:25
**suggest** [2] - 2322:4, 2357:4
**suggested** [1] - 2379:25
**suggests** [3] - 2352:20, 2357:5, 2357:18
**suit** [1] - 2318:5
**SUITE** [9] - 2294:24, 2295:4, 2295:18, 2297:6, 2298:7, 2298:10, 2298:23, 2299:4, 2299:10
**sum** [2] - 2402:12, 2402:21
**summarize** [2] - 2334:15, 2412:13
**summarizes** [1] - 2359:18
**summarizing** [1] - 2356:4
**summary** [2] - 2303:20, 2304:6
**Sunday** [1] - 2326:20
**supposed** [3] - 2310:22, 2326:21, 2372:2
**surface** [28] - 2316:3, 2336:20, 2340:4, 2341:5, 2341:7, 2342:22, 2344:14, 2345:10, 2353:10, 2354:7, 2354:13, 2367:8, 2367:19, 2367:25, 2369:15, 2370:7, 2370:18, 2371:6, 2371:12, 2372:4, 2373:2, 2373:25, 2380:14, 2407:8, 2412:11, 2413:11, 2434:9

**surfaced** [1] - 2313:25
**surname** [1] - 2384:18
**surprised** [1] - 2325:22
**surrebuttal** [4] - 2338:5, 2338:8, 2397:18, 2425:19
**Susan** [2] - 2435:5, 2435:9
**SUSAN** [2] - 2299:17, 2435:8
**susan_zielie@laed. uscourts.gov** [1] - 2299:20
**sustain** [4] - 2347:6, 2426:9, 2427:5, 2427:15
**SUTHERLAND** [1] - 2298:9
**Sweden** [1] - 2388:9
**switch** [2] - 2302:9, 2407:22
**switching** [1] - 2364:13
**sworn** [2] - 2303:8, 2384:11
**symbol** [1] - 2316:13
**system** [2] - 2315:24, 2366:2
**systems** [3] - 2308:9, 2364:21, 2375:11

### T

**table** [10] - 2373:8, 2373:11, 2376:21, 2376:23, 2376:24, 2377:10, 2377:17, 2377:25, 2383:1, 2432:22
**tables** [1] - 2380:1
**talks** [1] - 2395:17
**tallied** [1] - 2311:17
**tank** [74] - 2305:2, 2314:1, 2316:22, 2326:4, 2326:5, 2327:13, 2327:15, 2330:11, 2330:15, 2332:13, 2336:3, 2336:8, 2336:23, 2336:24, 2337:2, 2339:5, 2340:8, 2340:10, 2340:12, 2341:1, 2341:13, 2343:16, 2344:15, 2344:16, 2344:17, 2344:22, 2344:24, 2347:15, 2349:5, 2349:11, 2349:12, 2349:14, 2350:10,

2350:19, 2350:23, 2352:17, 2354:9, 2354:11, 2354:12, 2355:1, 2355:13, 2355:21, 2355:25, 2356:2, 2356:5, 2356:8, 2356:10, 2356:11, 2356:19, 2356:23, 2357:2, 2358:9, 2358:15, 2362:1, 2363:2, 2363:8, 2363:21, 2368:7, 2370:5, 2370:18, 2370:23, 2370:24, 2371:6, 2372:7, 2373:11, 2373:16, 2373:23, 2376:17, 2377:24, 2378:4, 2378:14, 2378:19
**tap** [1] - 2351:12
**task** [1] - 2310:23
**taught** [9] - 2307:14, 2307:18, 2309:20, 2388:22, 2388:23, 2389:7, 2389:12, 2389:14, 2389:15
**teach** [5] - 2309:9, 2309:12, 2309:21, 2309:25, 2310:2
**teaching** [4] - 2307:10, 2309:8, 2387:16
**team** [2] - 2381:3, 2381:20
**technical** [3] - 2312:7, 2312:9, 2388:10
**Technologies** [2] - 2361:3, 2388:9
**technology** [1] - 2310:22
**Technology** [2] - 2306:8, 2388:25
**temperature** [19] - 2314:21, 2315:3, 2316:5, 2316:19, 2316:25, 2321:10, 2321:14, 2336:4, 2339:8, 2339:11, 2354:14, 2358:14, 2367:20, 2367:21, 2369:7, 2425:16, 2425:17, 2425:21, 2426:6
**temperatures** [4] - 2316:2, 2367:1, 2369:10, 2408:14
**ten** [2] - 2309:18, 2425:19
**tender** [2] - 2312:10,

2397:12
**tends** [2] - 2408:14, 2423:6
**term** [6] - 2315:22, 2374:3, 2400:9, 2400:24, 2405:18, 2421:2
**terminology** [1] - 2340:20
**terms** [8] - 2301:22, 2330:10, 2333:16, 2334:1, 2372:11, 2387:24, 2393:24, 2403:8
**Terratek** [1] - 2397:3
**test** [85] - 2317:18, 2319:16, 2319:22, 2320:2, 2320:17, 2320:19, 2320:20, 2320:21, 2320:23, 2321:8, 2322:4, 2322:13, 2322:18, 2323:20, 2324:6, 2329:17, 2332:19, 2358:12, 2358:25, 2359:3, 2359:8, 2361:21, 2361:22, 2361:25, 2362:4, 2362:5, 2362:8, 2362:9, 2363:16, 2363:20, 2369:1, 2374:16, 2383:7, 2405:25, 2406:1, 2406:5, 2416:4, 2416:5, 2416:6, 2416:7, 2416:11, 2416:12, 2416:21, 2416:22, 2416:23, 2416:24, 2417:1, 2417:3, 2417:4, 2417:5, 2418:15, 2419:2, 2419:8, 2419:15, 2420:2, 2420:12, 2421:8, 2423:16, 2424:10, 2425:4, 2425:9, 2425:16, 2426:13, 2426:22, 2427:18, 2427:23, 2427:24, 2428:17, 2428:19, 2428:20, 2428:22, 2428:24, 2428:25, 2429:7, 2429:10, 2429:17, 2430:16, 2430:18, 2431:7, 2433:17, 2433:19, 2434:11
**tested** [16] - 2317:25, 2319:3, 2319:7, 2319:23, 2320:9,

2331:21, 2331:23, 2362:3, 2412:12, 2413:21, 2413:23, 2419:10, 2426:17, 2428:20, 2428:21, 2428:23
**testified** [4] - 2303:8, 2356:22, 2359:20, 2384:12
**testify** [2] - 2310:4, 2397:18
**testimony** [14] - 2304:5, 2304:7, 2333:15, 2334:13, 2338:11, 2364:11, 2366:8, 2369:23, 2382:16, 2384:21, 2397:17, 2399:6, 2400:4, 2408:3
**testing** [9] - 2319:16, 2321:4, 2333:19, 2333:24, 2333:25, 2397:4, 2399:4, 2415:21, 2417:6
**tests** [46] - 2321:14, 2321:16, 2321:18, 2322:3, 2322:11, 2328:16, 2329:17, 2330:2, 2333:16, 2361:18, 2361:21, 2362:20, 2362:24, 2363:3, 2363:25, 2371:1, 2371:3, 2398:25, 2399:3, 2413:14, 2414:1, 2414:9, 2414:10, 2416:1, 2416:2, 2416:10, 2416:15, 2416:18, 2417:19, 2417:25, 2418:4, 2418:21, 2420:10, 2422:20, 2422:22, 2427:20, 2427:22, 2427:24, 2428:4, 2428:7, 2428:8, 2429:2, 2431:11, 2433:2, 2434:9
**Texas** [1] - 2429:3
**text** [6] - 2327:4, 2381:6, 2381:13, 2381:16, 2381:22
**textbooks** [1] - 2412:12
**THE** [117] - 2294:5, 2294:6, 2294:8, 2294:16, 2294:20, 2295:21, 2296:3, 2296:13, 2301:7, 2301:14, 2302:9, 2302:15, 2302:17,

2302:23, 2303:5,
2303:12, 2303:24,
2304:9, 2312:15,
2319:20, 2326:14,
2326:22, 2331:15,
2331:20, 2331:21,
2331:22, 2331:23,
2331:25, 2332:1,
2332:3, 2332:5,
2332:7, 2332:8,
2332:11, 2332:12,
2332:15, 2332:20,
2332:24, 2332:25,
2333:2, 2333:7,
2333:10, 2333:11,
2333:12, 2338:18,
2338:23, 2346:3,
2347:6, 2350:25,
2351:4, 2351:5,
2351:11, 2351:24,
2352:2, 2352:6,
2353:9, 2353:12,
2353:13, 2353:16,
2353:17, 2353:19,
2353:20, 2353:22,
2353:23, 2353:24,
2353:25, 2354:3,
2360:14, 2370:2,
2370:9, 2370:10,
2370:12, 2370:13,
2370:21, 2371:1,
2371:2, 2371:3,
2371:4, 2371:9,
2371:11, 2371:13,
2371:15, 2371:16,
2371:18, 2372:1,
2372:5, 2372:6,
2372:8, 2372:10,
2372:14, 2372:15,
2372:17, 2372:21,
2374:20, 2374:24,
2383:10, 2383:12,
2383:15, 2383:21,
2384:5, 2384:13,
2384:15, 2384:16,
2384:17, 2384:19,
2384:23, 2397:20,
2398:8, 2426:4,
2426:9, 2426:11,
2427:2, 2427:9,
2427:15, 2434:12,
2434:17, 2434:20
**theme** [1] - 2390:5
**themselves** [4] -
2308:10, 2320:4,
2420:23, 2423:18
**theoretical** [1] -
2423:23
**theory** [8] - 2394:19,
2395:18, 2395:20,
2396:6, 2396:11,

2406:9
**thereafter** [2] -
2305:19, 2387:23
**thermodynamic** [11] -
2339:3, 2339:9,
2340:3, 2341:7,
2342:9, 2343:5,
2364:21, 2366:1,
2366:4, 2375:14,
2375:15
**thermodynamics** [3] -
2339:23, 2354:16,
2375:10
**thermogenic** [1] -
2341:24
**thesis** [3] - 2306:10,
2306:13, 2386:10
**third** [7] - 2335:12,
2350:11, 2350:12,
2350:16, 2378:18,
2379:11, 2432:19
**THIRD** [1] - 2296:5
**THOMAS** [2] - 2295:3,
2296:19
**three** [43] - 2307:8,
2318:1, 2318:15,
2321:7, 2321:17,
2321:25, 2331:25,
2332:1, 2332:3,
2333:4, 2349:9,
2349:13, 2349:15,
2349:19, 2350:9,
2354:10, 2357:25,
2361:17, 2363:1,
2365:18, 2365:24,
2373:12, 2375:18,
2378:3, 2379:6,
2388:14, 2399:2,
2404:15, 2414:1,
2416:5, 2416:6,
2419:10, 2420:11,
2421:17, 2421:21,
2421:25, 2422:4,
2428:21, 2428:23,
2429:1, 2429:14,
2434:2
**three-dimensional** [1]
- 2365:24
**three-slide** [1] -
2404:15
**three-stage** [1] -
2333:4
**thumb** [2] - 2384:6,
2431:20
**Thursday** [2] -
2301:23, 2302:13
**tightly** [1] - 2424:2
**timekeepers** [1] -
2302:17
**timing** [2] - 2322:3,

2346:19
**title** [3] - 2306:14,
2386:10, 2388:2
**titled** [1] - 2327:2
**titles** [1] - 2389:2
**TO** [1] - 2301:4
**today** [7] - 2302:2,
2310:4, 2318:14,
2375:24, 2380:18,
2384:20, 2403:6
**together** [5] - 2340:15,
2343:7, 2408:15,
2408:16, 2424:2
**TOLLES** [1] - 2298:13
**toluene** [2] - 2380:23,
2381:4
**tolulene** [2] - 2350:13,
2379:23
**Tom** [1] - 2379:13
**tomorrow** [2] -
2301:25, 2302:2
**took** [10] - 2305:9,
2305:19, 2318:12,
2336:13, 2344:13,
2350:16, 2373:24,
2380:13, 2381:20,
2420:22
**tool** [1] - 2412:2
**top** [5] - 2327:4,
2348:24, 2372:16,
2415:7, 2417:7
**topic** [5] - 2310:21,
2389:9, 2396:22,
2407:22, 2434:17
**topics** [1] - 2390:1
**TORTS** [1] - 2296:14
**total** [9] - 2315:5,
2363:8, 2390:9,
2402:12, 2402:14,
2402:16, 2413:18,
2413:23, 2420:20
**totally** [5] - 2349:7,
2351:2, 2351:8,
2367:11, 2382:8
**TOWER** [1] - 2298:22
**track** [1] - 2391:15
**traditional** [1] -
2332:18
**trans** [1] - 2307:20
**transcript** [2] - 2384:6,
2435:6
**TRANSCRIPT** [2] -
2294:15, 2299:23
**transformation** [1] -
2305:1
**transforms** [1] -
2408:18
**translate** [1] - 2323:25
**TRANSOCEAN** [3] -
2298:3, 2298:3,

2298:5
**Transport** [1] -
2392:11
**traveling** [1] - 2374:23
**treated** [1] - 2360:9
**treating** [2] - 2353:3
**trend** [1] - 2423:18
**TREX** [2] - 2319:12,
2345:14
**TREX-011497** [1] -
2398:7
**TREX-114** [1] - 2370:1
**TREX-11496** [1] -
2373:5
**TREX-11496.1** [1] -
2312:20
**TREX-11496.180** [1] -
2305:11
**TREX-11497.1** [1] -
2398:1
**TREX-8583.3** [1] -
2318:18
**TREX-9067.2.1** [1] -
2419:12
**TRIAL** [1] - 2294:15
**tried** [6] - 2336:5,
2336:10, 2341:6,
2371:23, 2400:21,
2410:10
**tries** [2] - 2393:25,
2394:2
**TRITON** [1] - 2294:9
**Trondheim** [1] -
2306:18
**true** [3] - 2362:7,
2374:19, 2410:9
**try** [10] - 2334:1,
2336:11, 2336:14,
2346:14, 2347:7,
2350:9, 2355:7,
2368:23, 2410:6,
2428:1
**trying** [13] - 2315:1,
2316:23, 2332:20,
2336:1, 2340:2,
2351:6, 2353:25,
2370:13, 2372:1,
2372:11, 2378:11,
2378:16, 2394:3
**TT** [1] - 2330:23
**TT.1759.1** [1] -
2333:13
**TT.1828.1** [1] -
2343:23
**tune** [3] - 2318:6,
2321:23, 2322:13
**tuned** [2] - 2317:16,
2362:23, 2363:7,
2363:11
**tuning** [3] - 2363:2,

2363:17, 2364:6
**turn** [4] - 2335:21,
2411:16, 2428:17,
2434:11
**turns** [1] - 2420:24
**two** [43] - 2307:4,
2310:9, 2310:14,
2312:13, 2318:3,
2318:4, 2319:13,
2321:12, 2321:13,
2321:17, 2322:1,
2325:17, 2334:5,
2338:9, 2339:12,
2340:6, 2341:15,
2344:24, 2352:5,
2358:13, 2362:20,
2367:8, 2367:11,
2386:23, 2387:12,
2394:21, 2401:13,
2403:18, 2405:11,
2414:1, 2416:10,
2416:15, 2416:18,
2420:16, 2427:20,
2427:22, 2427:24,
2428:7, 2429:9,
2431:16, 2432:1,
2432:6, 2432:7
**two-step** [1] - 2344:24
**TX** [3] - 2298:11,
2298:23, 2299:5
**type** [17] - 2304:22,
2307:14, 2395:11,
2395:12, 2395:16,
2396:3, 2402:24,
2405:12, 2405:13,
2406:16, 2407:15,
2407:19, 2413:23,
2416:1, 2420:24,
2426:13, 2430:15
**types** [9] - 2321:17,
2388:21, 2393:11,
2402:3, 2405:11,
2411:17, 2412:17,
2412:20, 2416:16
**typical** [2] - 2395:11,
2400:20
**typically** [7] - 2308:9,
2370:7, 2395:8,
2395:9, 2404:5,
2422:11, 2423:22

## U

**U.S** [7] - 2296:13,
2296:17, 2304:23,
2308:19, 2309:23,
2387:20, 2387:22
**UK** [1] - 2388:2
**ultimate** [2] - 2314:1,
2336:3

**ultimately** [2] - 2337:14, 2341:13
**ultrasonic** [4] - 2413:25, 2416:14, 2416:16, 2427:23
**unaffected** [1] - 2378:6
**unbiased** [1] - 2325:3
**uncertainties** [1] - 2334:21
**uncommon** [1] - 2415:24
**unconsolidated** [5] - 2396:23, 2408:19, 2409:5, 2409:14, 2410:7
**undeniable** [4] - 2344:5, 2344:9, 2344:10, 2353:5
**under** [14] - 2303:22, 2338:8, 2370:17, 2370:18, 2387:21, 2395:4, 2401:11, 2403:2, 2404:5, 2405:9, 2406:14, 2407:12, 2408:12, 2408:13
**undergo** [1] - 2406:16
**underprediction** [1] - 2337:21
**underprediction/ overprediction** [1] - 2331:7
**Understood** [1] - 2304:3
**unfair** [1] - 2328:22
**uni** [1] - 2406:18
**uniaxial** [41] - 2399:1, 2405:14, 2406:11, 2406:17, 2406:25, 2407:11, 2407:17, 2407:19, 2407:21, 2414:25, 2416:5, 2416:7, 2416:8, 2416:21, 2416:22, 2417:1, 2417:5, 2417:19, 2418:3, 2418:4, 2418:14, 2419:9, 2419:10, 2419:15, 2419:17, 2420:1, 2420:2, 2420:8, 2421:6, 2421:8, 2425:4, 2426:13, 2427:17, 2428:11, 2428:23, 2430:16, 2431:2, 2431:19, 2433:18, 2433:22, 2434:9
**Union** [1] - 2393:1
**unit** [2] - 2364:24,

2398:19
**UNITED** [4] - 2294:2, 2294:11, 2294:16, 2296:13
**United** [8] - 2301:9, 2302:18, 2325:7, 2326:9, 2338:4, 2360:18, 2360:25, 2397:15
**units** [3] - 2400:13, 2400:16, 2422:1
**universally** [1] - 2391:10
**University** [9] - 2305:8, 2306:18, 2386:4, 2386:6, 2386:9, 2386:14, 2387:7, 2387:15, 2387:21
**university** [6] - 2305:18, 2307:11, 2309:9, 2388:6, 2388:10, 2388:11
**unknown** [2] - 2363:13, 2367:20
**unusual** [1] - 2370:6
**up** [59] - 2304:14, 2305:7, 2308:10, 2311:17, 2319:25, 2321:18, 2321:22, 2326:9, 2328:17, 2330:2, 2333:15, 2334:3, 2336:1, 2342:17, 2342:21, 2343:23, 2346:6, 2351:12, 2351:15, 2352:21, 2352:22, 2352:25, 2354:10, 2355:21, 2355:24, 2356:24, 2357:8, 2360:14, 2360:15, 2362:7, 2363:20, 2366:11, 2372:12, 2372:13, 2372:23, 2373:25, 2376:10, 2380:20, 2380:24, 2381:18, 2382:11, 2382:13, 2382:15, 2384:7, 2384:10, 2385:19, 2392:2, 2400:22, 2401:9, 2401:16, 2405:17, 2406:21, 2412:11, 2417:2, 2421:15, 2421:19, 2427:21, 2432:18
**updated** [1] - 2320:14
**upper** [4] - 2350:18, 2350:22, 2358:18, 2401:16

**UPV** [1] - 2428:4
**UPVC** [6] - 2399:5, 2399:6, 2420:10, 2428:3, 2431:7, 2433:8
**upwards** [2] - 2341:21, 2367:11
**uses** [3] - 2311:2, 2326:12, 2328:8
**Utah** [1] - 2397:5

## V

**value** [16] - 2349:6, 2398:24, 2399:6, 2418:20, 2422:5, 2422:16, 2422:17, 2424:18, 2431:7, 2433:2, 2433:8, 2433:10, 2433:19, 2433:24, 2433:25, 2434:8
**values** [20] - 2349:8, 2421:9, 2421:25, 2422:4, 2422:8, 2423:12, 2423:17, 2424:13, 2424:21, 2428:6, 2431:12, 2432:4, 2432:19, 2433:3, 2433:4, 2433:5, 2433:7, 2433:14
**variations** [1] - 2434:3
**varied** [1] - 2359:6
**varies** [3] - 2322:19, 2422:13, 2432:23
**various** [16] - 2340:23, 2348:19, 2380:21, 2385:14, 2386:21, 2389:21, 2392:5, 2392:19, 2394:1, 2395:22, 2397:9, 2398:23, 2405:10, 2409:19, 2431:1, 2431:19
**vary** [1] - 2410:24
**varying** [3] - 2350:21, 2408:23
**vast** [1] - 2311:17
**vehicle** [1] - 2315:19
**velocity** [4] - 2414:1, 2416:15, 2427:24, 2434:11
**versus** [1] - 2340:5
**vertical** [19] - 2403:10, 2403:15, 2403:24, 2405:23, 2406:2, 2406:18, 2406:20, 2407:1, 2407:7, 2407:9, 2407:13,

2412:1, 2413:8, 2415:5, 2417:16, 2429:12, 2429:14, 2429:19
**vertically** [1] - 2413:9
**video** [1] - 2416:23
**videotape** [1] - 2383:24
**Videotape** [2] - 2300:5, 2384:8
**viewed** [1] - 2401:11
**virtue** [1] - 2393:8
**viscosities** [3] - 2315:8, 2317:11, 2321:25
**viscosity** [2] - 2314:23, 2320:19
**vision** [1] - 2423:14
**visually** [1] - 2419:1
**vitae** [2] - 2305:12, 2311:7
**void** [4] - 2395:5, 2395:8, 2401:19
**volume** [132] - 2305:2, 2314:1, 2314:20, 2315:2, 2316:23, 2323:25, 2324:1, 2324:4, 2324:7, 2324:8, 2344:23, 2349:11, 2349:14, 2350:10, 2350:19, 2350:23, 2353:9, 2354:1, 2356:8, 2356:10, 2363:8, 2367:23, 2370:15, 2370:17, 2370:23, 2371:7, 2372:2, 2374:1, 2374:2, 2376:17, 2378:5, 2378:14, 2378:19, 2383:3, 2385:18, 2385:19, 2390:2, 2391:2, 2396:22, 2397:2, 2397:8, 2399:1, 2399:9, 2399:18, 2400:12, 2402:1, 2402:8, 2402:12, 2402:13, 2402:14, 2402:15, 2402:16, 2402:17, 2402:19, 2402:21, 2402:22, 2404:14, 2404:18, 2404:20, 2404:21, 2405:1, 2405:2, 2405:3, 2405:4, 2405:7, 2405:11, 2405:13, 2405:14, 2405:16, 2406:4, 2406:6, 2406:11, 2406:12,

2407:11, 2407:12, 2407:16, 2407:21, 2410:2, 2410:4, 2410:18, 2410:22, 2410:24, 2411:4, 2411:6, 2411:8, 2411:10, 2414:12, 2414:15, 2414:25, 2416:8, 2419:4, 2419:5, 2419:10, 2419:17, 2420:2, 2420:4, 2420:9, 2420:13, 2420:15, 2421:6, 2421:9, 2421:18, 2421:20, 2421:24, 2422:1, 2423:4, 2423:5, 2423:6, 2423:17, 2423:19, 2423:23, 2424:5, 2424:16, 2425:5, 2426:2, 2427:25, 2428:11, 2428:19, 2430:16, 2430:22, 2430:24, 2431:2, 2431:13, 2431:19, 2432:23, 2432:24, 2433:18, 2433:23
**volumes** [8] - 2317:11, 2324:9, 2324:10, 2363:2, 2374:7, 2377:24, 2402:3, 2431:16

## W

**W-H-I-T-S-O-N** [1] - 2303:13
**wait** [1] - 2426:4
**walk** [3] - 2316:11, 2387:6, 2417:3
**WARREN** [1] - 2299:13
**WASHINGTON** [5] - 2296:15, 2296:24, 2297:20, 2297:24, 2299:14
**water** [68] - 2308:9, 2310:25, 2314:22, 2336:5, 2341:17, 2341:19, 2341:24, 2342:9, 2342:13, 2342:16, 2342:18, 2342:20, 2342:23, 2343:7, 2343:8, 2343:11, 2343:12, 2343:17, 2343:18, 2345:7, 2351:2, 2351:3, 2351:9, 2351:17, 2351:18, 2351:19, 2351:22,

2351:23, 2351:25,
2352:13, 2352:21,
2352:23, 2352:25,
2353:7, 2353:24,
2354:2, 2354:6,
2354:17, 2354:19,
2354:20, 2355:4,
2355:5, 2355:13,
2359:25, 2364:20,
2364:21, 2364:23,
2365:20, 2366:2,
2366:4, 2370:16,
2372:3, 2372:4,
2374:13, 2374:21,
2374:24, 2375:1,
2375:3, 2375:6,
2375:14, 2375:15,
2375:18, 2381:11,
2382:3, 2401:22
**water's** [2] - 2351:6,
2355:2
**wave** [2] - 2416:16
**waves** [1] - 2416:16
**Wayne** [1] - 2384:17
**WAYNE** [1] - 2384:18
**ways** [1] - 2425:24
**weak** [1] - 2410:11
**weakly** [2] - 2409:21,
2409:23
**Weatherhrford** [1] -
2409:20
**Weatherford** [26] -
2383:25, 2384:2,
2385:16, 2398:25,
2399:10, 2411:14,
2418:15, 2419:8,
2419:15, 2420:1,
2420:10, 2421:5,
2421:8, 2422:20,
2425:3, 2425:9,
2425:11, 2425:13,
2425:15, 2426:14,
2428:9, 2428:10,
2429:2, 2431:6,
2432:7, 2432:8
**Weatherford's** [1] -
2398:24
**Wednesday** [1] -
2301:12
**week** [5] - 2301:24,
2302:7, 2302:18,
2307:5, 2326:21
**weight** [5] - 2364:6,
2364:9, 2403:12,
2403:13, 2417:21
**weighted** [1] - 2364:3
**WEINER** [1] - 2299:9
**WEITZ** [1] - 2295:7
**welded** [1] - 2408:16
**well-known** [3] -

2397:4, 2421:12,
2430:19
**well-tuned** [1] -
2363:11
**wellbore** [1] - 2390:2
**wellhead** [9] -
2341:14, 2367:16,
2367:17, 2370:15,
2371:5, 2371:12,
2372:4, 2372:20,
2373:1
**whereby** [1] - 2391:16
**white** [3] - 2326:11,
2412:1, 2415:6
**WHITELEY** [1] -
2296:8
**Whitson** [24] -
2302:12, 2303:12,
2303:16, 2303:18,
2304:12, 2305:12,
2312:11, 2312:18,
2326:12, 2326:20,
2327:1, 2338:7,
2338:25, 2345:15,
2346:6, 2346:17,
2354:24, 2360:19,
2365:9, 2366:14,
2370:4, 2373:8,
2377:21, 2382:20
**WHITSON** [2] -
2300:3, 2303:8
**Whitson'** [1] - 2383:17
**Whitson's** [6] -
2304:4, 2304:7,
2334:15, 2338:5,
2338:11, 2383:19
**whole** [2] - 2336:9,
2377:9
**wide** [4] - 2316:5,
2393:2, 2395:15,
2433:6
**widely** [1] - 2391:21
**WINFIELD** [1] -
2295:22
**wise** [1] - 2434:14
**wish** [1] - 2303:6
**witness** [7] - 2304:1,
2370:2, 2383:15,
2384:9, 2396:19,
2396:22, 2427:3
**WITNESS** [37] -
2303:12, 2319:20,
2331:20, 2331:22,
2331:25, 2332:3,
2332:7, 2332:11,
2332:15, 2332:24,
2333:2, 2333:10,
2333:12, 2351:4,
2351:11, 2352:2,
2353:12, 2353:16,

2353:19, 2353:22,
2353:24, 2354:3,
2370:9, 2370:12,
2370:21, 2371:2,
2371:4, 2371:11,
2371:15, 2371:18,
2372:5, 2372:8,
2372:14, 2372:17,
2374:24, 2384:15,
2384:17
**witnesses** [3] -
2301:20, 2302:4,
2302:9
**word** [3] - 2400:20,
2400:22, 2403:7
**words** [6] - 2339:15,
2353:13, 2367:13,
2374:4, 2374:10,
2418:24
**works** [5] - 2322:8,
2322:10, 2391:16,
2417:4, 2429:8
**workshops** [1] -
2393:25
**world** [2] - 2393:2,
2394:13
**world's** [1] - 2390:25
**wrap** [3] - 2357:8,
2382:11, 2382:15
**WRIGHT** [1] - 2294:23
**write** [3] - 2306:10,
2326:11, 2397:22
**writing** [2] - 2361:12,
2428:14
**written** [5] - 2304:6,
2310:9, 2360:25,
2377:4, 2390:20
**wrote** [1] - 2375:19
**Wylie** [1] - 2391:9

## Y

**year** [1] - 2307:5
**years** [21] - 2305:7,
2306:21, 2307:1,
2307:12, 2309:3,
2309:6, 2309:16,
2309:19, 2387:12,
2387:23, 2388:14,
2388:21, 2388:22,
2389:14, 2389:17,
2390:5, 2392:14,
2392:22, 2397:6,
2408:7, 2408:11
**yellow** [4] - 2317:10,
2317:23, 2401:8,
2415:9
**YORK** [2] - 2295:8,
2299:3
**yourself** [1] - 2385:4

## Z

**Z-I-M-M-E-R-M-A-N**
[1] - 2384:18
**Zick** [28] - 2304:22,
2313:15, 2325:6,
2329:20, 2330:8,
2334:12, 2337:14,
2338:12, 2338:20,
2338:22, 2342:24,
2343:25, 2344:8,
2353:5, 2356:22,
2357:14, 2358:19,
2358:24, 2359:20,
2360:1, 2361:1,
2361:3, 2361:10,
2365:22, 2368:22,
2372:11, 2375:2,
2375:23
**Zick's** [17] - 2314:4,
2325:9, 2325:15,
2326:13, 2328:4,
2334:13, 2335:1,
2337:22, 2338:7,
2338:14, 2345:2,
2357:9, 2361:3,
2362:13, 2362:19,
2376:1, 2376:13
**ZIELIE** [2] - 2299:17,
2435:8
**Zielie** [2] - 2435:5,
2435:9
**Zimmerman** [14] -
2302:14, 2384:10,
2384:15, 2384:18,
2385:1, 2385:4,
2385:6, 2386:1,
2397:12, 2397:22,
2398:3, 2401:5,
2414:21, 2419:14
**ZIMMERMAN** [2] -
2300:6, 2384:11
**Zimmerman's** [1] -
2398:7

## "

**"MIKE"** [1] - 2297:23