1      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF LOUISIANA

2

3 &ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;

4 IN RE: OIL SPILL BY THE   DOCKET NO. MDL-2179
 OIL RIG *DEEPWATER HORIZON*  SECTION "J"

5 IN THE GULF OF MEXICO ON  NEW ORLEANS, LA
 APRIL 20, 2010     TUESDAY, OCTOBER 15, 2013

6 &ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;

7

8 IN RE: THE COMPLAINT AND  DOCKET NO. 10-CV-2771
 PETITION OF TRITON ASSET  SECTION "J"
 LEASING GMBH, ET AL

9

10 &ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;

 UNITED STATES OF AMERICA  DOCKET NO. 10-CV-4536
11    V.      SECTION "J"
 BP EXPLORATION & PRODUCTION,
12 INC., ET AL

13 &ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;&ast;

14      **DAY 9   AFTERNOON SESSION**
    TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
15  HEARD BEFORE THE HONORABLE CARL J. BARBIER
     UNITED STATES DISTRICT JUDGE

16

17 APPEARANCES:

18

19 FOR THE PLAINTIFFS:  HERMAN HERMAN & KATZ
         BY:  STEPHEN J. HERMAN, ESQ.
20        820 O'KEEFE AVENUE
         NEW ORLEANS, LA  70113

21

22

         DOMENGEAUX WRIGHT ROY & EDWARDS
23        BY:  JAMES P. ROY, ESQ.
         556 JEFFERSON STREET, SUITE 500
24        POST OFFICE BOX 3668
         LAFAYETTE, LA  70502

25

        **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              LEVIN PAPANTONIO THOMAS MITCHELL
                             RAFFERTY & PROCTOR
4                              BY:  BRIAN H. BARR, ESQ.
                             316 SOUTH BAYLEN STREET, SUITE 600
5                              PENSACOLA, FL  32502

6

7                              WEITZ & LUXENBERG
                             BY:  ROBIN L. GREENWALD, ESQ.
8                              700 BROADWAY
                             NEW YORK CITY, NY  10003
9

10                             IRPINO LAW FIRM
11                             BY:  ANTHONY IRPINO, ESQ.
                             2216 MAGAZINE STREET
12                             NEW ORLEANS, LA  70130

13

14                             LUNDY, LUNDY, SOILEAU & SOUTH
                             BY:  MATTHEW E. LUNDY, ESQ.
15                             501 BROAD STREET
                             LAKE CHARLES, LA  70601
16

17                             MORGAN & MORGAN
18                             BY:  FRANK M. PETOSA, ESQ.
                             188 EAST CAPITOL STREET, SUITE 777
19                             JACKSON, MS  39201

20

21   FOR THE STATES'
     INTERESTS:                ALABAMA ATTORNEY GENERAL'S OFFICE
22                             BY:  COREY L. MAZE, ESQ.
                                  WINFIELD J. SINCLAIR, ESQ.
23                             500 DEXTER AVENUE
                             MONTGOMERY, AL  36130
24

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
     LOUISIANA:
4                              STATE OF LOUISIANA
                               BY:  JAMES D. CALDWELL,
5                              ATTORNEY GENERAL
                               1885 NORTH THIRD STREET
6                              POST OFFICE BOX 94005
                               BATON ROUGE, LA  70804
7

8
                               KANNER & WHITELEY
9                              BY:  ALLAN KANNER, ESQ.
                                    DOUGLAS R. KRAUS, ESQ.
10                             701 CAMP STREET
                               NEW ORLEANS, LA  70130
11

12

13   FOR THE UNITED STATES
     OF AMERICA:               U.S. DEPARTMENT OF JUSTICE
14                             TORTS BRANCH, CIVIL DIVISION
                               BY:  STEPHEN G. FLYNN, ESQ.
15                             POST OFFICE BOX 14271
                               WASHINGTON, DC  20044
16

17
                               U.S. DEPARTMENT OF JUSTICE
18                             ENVIRONMENT & NATURAL RESOURCES DIVISION
                               ENVIRONMENTAL ENFORCEMENT SECTION
19                             BY:  THOMAS BENSON, ESQ.
                                    STEVEN O'ROURKE, ESQ.
20                                  SCOTT CERNICH, ESQ.
                                    A. NATHANIEL CHAKERES, ESQ.
21                                  ANNA CROSS, ESQ.
                                    BETHANY ENGEL, ESQ.
22                                  RICHARD GLADSTEIN, ESQ.
                                    JUDY HARVEY, ESQ.
23                                  SARAH HIMMELHOCH, ESQ.
                               P.O. BOX 7611
24                             WASHINGTON, DC  20044

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR BP EXPLORATION &
     PRODUCTION INC.,
4    BP AMERICA PRODUCTION
     COMPANY, BP PLC:        LISKOW & LEWIS
5                            BY:  DON K. HAYCRAFT, ESQ.
                             ONE SHELL SQUARE
6                            701 POYDRAS STREET
                             SUITE 5000
7                            NEW ORLEANS, LA 70139

8

9                            KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQ.
10                                HARIKLIA KARIS, ESQ.
                                  PAUL D. COLLIER, ESQ.
11                                MATTHEW T. REGAN, ESQ.
                                  BARRY E. FIELDS, ESQ.
12                           300 N. LASALLE
                             CHICAGO, IL 60654
13

14

15                           KIRKLAND & ELLIS
                             BY:  MARTIN BOLES, ESQ.
16                           333 SOUTH HOPE STREET
                             LOS ANGELES, CA 90071

17

18                           KIRKLAND & ELLIS
                             BY:  ROBERT R. GASAWAY, ESQ.
19                                JOSEPH A. EISERT, ESQ.
                                  BRIDGET K. O'CONNOR, ESQ.
20                           655 FIFTEENTH STREET, N.W.
                             WASHINGTON, DC  20005
21

22

23                           COVINGTON & BURLING
                             BY:  ROBERT C. "MIKE" BROCK, ESQ.
24                           1201 PENNSYLVANIA AVENUE, NW
                             WASHINGTON, DC  20004

25

OFFICIAL TRANSCRIPT

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
 4    OFFSHORE DEEPWATER
      DRILLING INC., AND
 5    TRANSOCEAN DEEPWATER
      INC.:                   FRILOT
 6                            BY:  KERRY J. MILLER, ESQ.
                              ENERGY CENTRE
 7                            1100 POYDRAS STREET, SUITE 3700
                              NEW ORLEANS, LA  70163
 8

 9
                              SUTHERLAND ASBILL & BRENNAN
10                            BY:  STEVEN L. ROBERTS, ESQ.
                              1001 FANNIN STREET, SUITE 3700
11                            HOUSTON, TX  77002

12

13                            MUNGER TOLLES & OLSON
                              BY:  MICHAEL R. DOYEN, ESQ.
14                                 BRAD D. BRIAN, ESQ.
                                   LUIS LI, ESQ.
15                                 GRANT A. DAVIS-DENNY, ESQ.
                                   ALLEN M. KATZ, ESQ.
16                            335 SOUTH GRAND AVENUE, 35TH FLOOR
                              LOS ANGELES, CA  90071
17

18
      FOR HALLIBURTON
19    ENERGY SERVICES,
      INC.:                   GODWIN LEWIS
20                            BY:  DONALD E. GODWIN, ESQ.
                                   JENNY L. MARTINEZ, ESQ.
21                                 BRUCE W. BOWMAN, JR., ESQ.
                                   PRESCOTT W. SMITH, ESQ.
22                                 SEAN W. FLEMING, ESQ.
                              RENAISSANCE TOWER
23                            1201 ELM STREET, SUITE 1700
                              DALLAS, TX  75270.
24

25

                         OFFICIAL TRANSCRIPT
```

1 APPEARANCES CONTINUED:

2

3        GODWIN LEWIS
        BY:  R. ALAN YORK, ESQ.

4          GWENDOLYN E. RICHARD, ESQ.
        1331 LAMAR, SUITE 1665

5        HOUSTON, TX  77010

6

7 FOR ANADARKO
 PETROLEUM CORPORATION,

8 ANADARKO E&P COMPANY LP:
        KUCHLER POLK SCHELL

9        WEINER & RICHESON
        BY:  DEBORAH D. KUCHLER, ESQ.

10       1615 POYDRAS STREET, SUITE 1300
        NEW ORLEANS, LA  70112

11

12

13       BINGHAM MCCUTCHEN
        BY:  WARREN A. FITCH, ESQ.

14         KY E. KIRBY, ESQ.
        2020 K STREET, NW

15       WASHINGTON, DC  20006

16

17 OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
         CERTIFIED REALTIME REPORTER

18        REGISTERED MERIT REPORTER
         500 POYDRAS STREET, ROOM HB406

19        NEW ORLEANS, LA  70130
         (504) 589-7779

20        Cathy_Pepper@laed.uscourts.gov

21

22 PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
 PRODUCED BY COMPUTER.

23

24

25

**OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3    EXAMINATIONS                                    PAGE

4

5    **ROBERT W. ZIMMERMAN, PH.D.**...........................2444

6    DIRECT EXAMINATION BY MR. FIELDS.....................2444

7    CROSS-EXAMINATION BY MR. GLADSTEIN..................2458

8    **ALAIN GRINGARTEN**....................................2502

9    VOIR DIRE EXAMINATION BY MR. BOLES..................2503

10   DIRECT EXAMINATION BY MR. BOLES.....................2508

11   CROSS-EXAMINATION BY MS. HIMMELHOCH.................2551

12   REDIRECT EXAMINATION BY MR. BOLES...................2613

13

14

15                        **E X H I B I T S**

16

17   DESCRIPTION                                     PAGE

18

19   Exhibit TREX-11696R.................................2509

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

|     |                                                         |
| --- | ------------------------------------------------------- |
| 1   | **P-R-O-C-E-E-D-I-N-G-S**                               |
| 2   | TUESDAY, OCTOBER 15, 2013                               |
| 3   | A F T E R N O O N   S E S S I O N                       |
| 4   | (COURT CALLED TO ORDER)                                 |
| 5   |                                                         |
| 6   |                                                         |

01:20:14  7          THE DEPUTY CLERK:  All rise.

01:20:15  8          THE COURT:  All right.  Please be seated, everyone.

01:20:24  9               All right.  Mr. Fields, you may resume your

01:20:27 10   direct.

01:20:30 11          MR. FIELDS:  Thank you, Your Honor.

01:20:31 12               One housekeeping matter, if you don't mind.

01:20:31 13          THE COURT:  Sure.

01:20:32 14          MR. FIELDS:  The Court, obviously, reviewed the video

01:20:36 15   deposition excerpts from Jaime Loos.  At this point, we would

01:20:39 16   like to offer those into evidence.

01:20:41 17          THE COURT:  Any objections?

01:20:42 18          MS. HIMMELHOCH:  No, Your Honor.

01:20:43 19          THE COURT:  Without objection, those are admitted.

01:20:43 20               **ROBERT W. ZIMMERMAN, Ph.D.,**

01:20:43 21   was called as a witness and, after being previously duly

01:20:43 22   sworn by the Clerk, was examined and testified on his oath

01:20:49 23   as follows:

01:20:49 24   DIRECT EXAMINATION BY MR. FIELDS:

01:20:52 25   Q.    Professor Zimmerman, before we broke for lunch, we were

**OFFICIAL TRANSCRIPT**

01:20:54  1   getting ready to talk about the third test you considered in

01:20:56  2   reaching your opinions about the rock compressibility of

01:20:59  3   Macondo.  That test was called the acoustic velocity test?

01:21:04  4   A.   Yes, I think it's also sometimes called the ultrasonic

01:21:08  5   velocity test.

01:21:10  6   Q.   Who conducted this ultrasonic velocity or acoustic

01:21:14  7   velocity test?

01:21:14  8   A.   This test was also conducted by Weatherford Laboratories.

01:21:18  9   Q.   On how many samples was the acoustic velocity or

01:21:22 10   ultrasonic velocity test performed?

01:21:25 11   A.   These tests were performed on three samples.  They were

01:21:31 12   different samples than the ones used in the two previously

01:21:34 13   discussed tests.

01:21:36 14        As I mentioned briefly earlier, the tests were only

01:21:39 15   fully conducted on two of those three samples.

01:21:45 16   Q.   Would you please display D-3702.  This is a demonstrative

01:21:57 17   to hopefully help us understand what the acoustic or ultrasonic

01:21:59 18   velocity test is.

01:22:00 19        Can you sort of explain to the Court how the test

01:22:02 20   works in general.

01:22:03 21   A.   Well, essentially, these are tests to measure how fast

01:22:06 22   sound waves travel through the rock.  In this schematic here,

01:22:11 23   it shows a typical rock core, and there are two metallic

01:22:17 24   transducers on the top and the bottom.  Inside those

01:22:21 25   transducers are little crystals that have a special property

OFFICIAL TRANSCRIPT

01:22:22 1   such that when an electrical current passes through the

01:22:26 2   crystal, it's induces a vibration.

01:22:27 3        So one sends an electrical current into the upper

01:22:30 4   transducer.  It creates a vibration in that crystal, which then

01:22:33 5   that vibration, essentially a sound wave, gets transmitted to

01:22:37 6   the rock, travels to the rock through the bottom transducer,

01:22:42 7   which acts as a receiver.

01:22:43 8        In that way, one can measure the time that it takes

01:22:47 9   for the sound wave to travel through the rock, one can easily

01:22:51 10  measure the length of that rock, and, from those two pieces of

01:22:55 11  information, calculate the speed that the wave travels through

01:22:58 12  the rock.

01:22:58 13       I should point out that whereas in a liquid or a gas

01:23:04 14  such as air, there is only one type of wave that travels.  In a

01:23:09 15  solid material such as a rock, there are two different types of

01:23:12 16  waves called P waves and S waves.

01:23:15 17       So in this test, both of those types of waves can

01:23:18 18  be -- the velocity of those two types of waves can be measured.

01:23:22 19  Q.   Why don't we pull up TREX-9056.9.1.

01:23:30 20       Is this an excerpt of the report containing the

01:23:33 21  Weatherford acoustic velocity test results that you relied upon

01:23:39 22  in forming your opinions in this case?

01:23:41 23  A.   Yes, it is.

01:23:42 24  Q.   Sort of help us understand what some of this data is.

01:23:44 25  A.   Well, in the farthest-most left column is just an

**OFFICIAL TRANSCRIPT**

01:23:49 1    indication of the sample number.  The next column shows the

01:23:52 2    depth at which that core was taken.

01:23:55 3            Now, the most pertinent information for our purposes

01:23:58 4    are in the middle panel here, ultrasonic wave velocities.  This

01:24:04 5    compressional wave is what I referred to earlier as a P wave.

01:24:08 6    It's also known as the P wave.  This shear wave is what I also

01:24:12 7    are referred to earlier as the S wave.

01:24:15 8            So in this column here shows the velocity, so-called

01:24:19 9    P wave velocity in units of feet per second.  This column here

01:24:24 10   shows the S wave velocity in units of feet per second.

01:24:28 11           As you see, the P wave velocities for all three of

01:24:31 12   these cores were measured.  The S wave velocities were only

01:24:36 13   measured on two of those cores, and so I only used those two

01:24:40 14   cores to conduct my further analysis.

01:24:40 15   Q.   So to conduct your analysis, did you need data for both

01:24:45 16   compressional wave velocity as well as shear wave velocity?

01:24:49 17   A.   That's right.  In order to convert this data into a bulk

01:24:58 18   compressibility, one needs to know both the compressional

01:25:01 19   velocity and the shear velocity.

01:25:02 20   Q.   Can you explain for us or will you explain for us how you

01:25:04 21   went about converting these ultrasonic wave velocities into the

01:25:12 22   UPVC value?

01:25:13 23   A.   Well, the first step of this procedure is to note that

01:25:16 24   there is a very well-known relationship that expresses these

01:25:25 25   velocities in terms of the elastic stiffnesses and the density

01:25:29  1    of the material.

01:25:30  2              In particular, there is something called the bulk

01:25:33  3    modulus.  The bulk modulus is just the mathematical inverse of

01:25:37  4    the bulk compressibility, so it's one divided by the bulk

01:25:37  5    compressibility.

01:25:40  6              The compressional wave speed and the shear wave speed

01:25:46  7    are given exactly by known equations in terms of these elastic

01:25:52  8    moduli and densities.

01:25:53  9              So without going into details, the details of which

01:25:55 10    are given in my report, if one has numerical values for the

01:25:59 11    compressional wave speed and the shear wave speed, and if you

01:26:02 12    know the density of the rock -- and you see that the density of

01:26:06 13    the rock is, in fact, reported in the fourth column -- one can

01:26:09 14    easily calculate all the relevant elastic moduli.

01:26:12 15              The one that's of most pertinence to us here is

01:26:16 16    something called bulk modulus, which is exactly equal to one

01:26:19 17    divided by the bulk compressibility.

01:26:22 18              So that part of the calculation, which is, in fact,

01:26:26 19    already done here by Weatherford, although I repeated the

01:26:30 20    calculation to verify, it's a simple calculation, so one now

01:26:33 21    has the bulk compressibilities.  One can then use some of the

01:26:38 22    equations -- that I think I alluded to earlier, but, in any

01:26:42 23    rate, are given in my report in detail -- and these

01:26:44 24    relationships to convert the bulk compressibility into a

01:26:50 25    pore compressibility.

**OFFICIAL TRANSCRIPT**

01:26:50  1          So I used those relations to convert to a

01:26:54  2  pore compressibility.  Specifically, it's, again, a two-stage

01:26:57  3  process.  You first convert the bulk compressibility to a

01:27:00  4  hydrostatic pore compressibility.  Then one can convert to a

01:27:04  5  uniaxial pore compressibility.

01:27:05  6  Q.   How did you convert from the hydrostatic pore volume

01:27:12  7  compressibility to the uniaxial pore volume compressibility,

01:27:13  8  which is most relevant to this case?

01:27:16  9  A.   Well, that, again, it's done from a known equation.  To do

01:27:21 10  that conversion, one needs to know various parameters such as

01:27:26 11  the mineral compressibility, which is easily calculated.  One

01:27:30 12  also needs to know something called the Poisson ratio, which is

01:27:34 13  another elastic parameter.

01:27:36 14          As we see here, the Poisson ratio is, in fact,

01:27:39 15  measured in these tests.  So one can use these values of a

01:27:43 16  Poisson ratio to carry out that conversion.

01:27:45 17  Q.   Would you please display D-24653.

01:27:57 18          Professor Zimmerman, what was the estimate of UPVC

01:28:00 19  that you arrived at using this acoustic velocity data from the

01:28:06 20  Weatherford tests?

01:28:09 21  A.   Well, as one sees here, the value that I arrived at was

01:28:13 22  four microsips.  Maybe we should step back a bit.  I should

01:28:16 23  point out that there's one more step in this calculation, and

01:28:18 24  that is the step that's required to convert these

01:28:22 25  compressibilities that are measured during dynamic processes,

01:28:26  1    such as wave provocation, to compressibilities that are

01:28:30  2    relevant to relatively slowly evolving processes, such as

01:28:34  3    depletion of oil from a reservoir.

01:28:36  4         It is well known that rocks are generally -- have a

01:28:41  5    lower sort of dynamic compressibility than a static

01:28:47  6    compressibility, so the last step in the analysis process is to

01:28:50  7    look -- in particular, I used a known correlation that was

01:28:53  8    developed by a Professor Amos Nur at Stanford University that

01:28:57  9    allows one to convert the dynamically derived compressibility

01:29:02 10    to the static compressibility.  I should point out that, in

01:29:05 11    fact, the dynamic compressibility is lower.

01:29:09 12         So there's another -- one calls it correction factor,

01:29:12 13    or another factor that I put into my analysis, which actually

01:29:15 14    increases the compressibility that one obtains from this

01:29:20 15    dynamic test to give you a value that would pertain to a slowly

01:29:24 16    evolving process such as oil being depleted from a reservoir.

01:29:28 17         The final result of all of those calculations is a

01:29:31 18    value of about four microsips.

01:29:33 19    Q.   How, in your view, does the results that you obtained from

01:29:39 20    using the acoustic velocity test compare to the results that

01:29:43 21    you obtained from the uniaxial compression test?

01:29:47 22    A.   Well, the numerical value is actually a bit lower.

01:29:50 23         As I think I mentioned earlier, since the uniaxial

01:29:57 24    compression test is the test that most directly measures the

01:29:59 25    parameter that we're interested in, I consider that to be the

**OFFICIAL TRANSCRIPT**

01:30:02 1   most accurate of these tests.  So I used that as the basis for

01:30:08 2   my estimate of 6.35 microsips.

01:30:11 3         I used this data in the same way that I used the data

01:30:14 4   from the hydrostatic stair-step test, to essentially see if it

01:30:21 5   was grossly out of line with the value from the uniaxial test.

01:30:26 6   If it were much, much larger, for example, then that would have

01:30:30 7   given me pause to think that perhaps there might be something

01:30:33 8   wrong with the uniaxial test; but, in fact, it doesn't give a

01:30:37 9   grossly different value.  In particular, it actually gives a

01:30:41 10  lower value.

01:30:41 11        So, certainly, another point that could be made based

01:30:43 12  on this data, it certainly provides no evidence at all that the

01:30:49 13  actual compressibility was appreciably higher than

01:30:52 14  6.35 microsips.

01:30:52 15  Q.   Let's turn to a slightly different topic.  During opening

01:30:59 16  statement Mr. Brock mentioned a concept called isotropy or

01:31:06 17  anisotropy as it relates to rock properties, so I wanted to

01:31:09 18  discuss this particular concept briefly.

01:31:10 19        Do you have the sandstone demonstrative up there?  I

01:31:13 20  think that's D-23958.  We looked earlier at the rotary

01:31:21 21  sidewall core tool, and we saw how the tool extracts the core

01:31:26 22  out of the sidewall.

01:31:27 23        Can you explain the relevance of that, if any, to the

01:31:31 24  concept or phenomenon called anisotropy?

01:31:37 25        Or maybe we should step back.  What is anisotropy

**OFFICIAL TRANSCRIPT**

01:31:38  1    first?

01:31:39  2    A.   Well, if it's okay with you'll, I'll step back even one

01:31:43  3    step further.  An isotropy is the general term for a situation

01:31:45  4    in which the properties of a material are the same regardless

01:31:49  5    of what direction they are measured in.

01:31:50  6                So for example, again, going back to steel as a very

01:31:54  7    simple material which is isotropic, if one measured the

01:31:58  8    compressibility of steel in this direction or in a different

01:32:02  9    direction, one would get the same value, and that type of

01:32:05 10    material would be called isotropic.

01:32:09 11                Anisotropy is the general term used for situations in

01:32:12 12    which the physical properties that you measure might have

01:32:14 13    different values depending on which direction they are measured

01:32:16 14    in.

01:32:16 15                So this is an issue that needs to be thought about.

01:32:21 16    The reason that it's particularly relevant in the case, if I

01:32:25 17    can continue, is, as I mentioned earlier, in the reservoir, the

01:32:31 18    compression occurs in the vertical direction.  However, the

01:32:34 19    rotary sidewall core is extracted horizontally off to the side

01:32:41 20    of the borehole.  So in the reservoir, the sidewall core is

01:32:46 21    actually oriented in a horizontal direction.

01:32:48 22                When one takes that back into the laboratory and

01:32:50 23    measures the compressibility, you're essentially measuring the

01:32:54 24    compressibility of the reservoir rock in the horizontal

01:32:57 25    direction.

**OFFICIAL TRANSCRIPT**

01:32:57 1          Of course, the compressibility that we are, in fact,

01:33:00 2   interested in is the compressibility of the rock in the

01:33:04 3   vertical direction.  So this raises the question as to whether

01:33:06 4   or not these two values are the same or slightly different or

01:33:12 5   grossly different.

01:33:12 6   Q.   You're aware that some experts have suggested that there

01:33:16 7   could be different UPVC values in the vertical direction versus

01:33:21 8   the horizontal direction?

01:33:25 9   A.   Well, I'm aware that some people have asserted that, in

01:33:28 10  principle, it's a case that that could be the case, yes.

01:33:30 11  Q.   As part of your analysis in this case, did you evaluate

01:33:33 12  whether or not anisotropy existed in the core samples that were

01:33:41 13  taken from the Macondo Reservoir?

01:33:42 14  A.   Well, I did think about that, and there is some data and

01:33:45 15  some analysis that one can do to partially -- to address this

01:33:49 16  question.

01:33:49 17  Q.   Before getting to your analysis, does the fact that a rock

01:33:54 18  is anisotropic with respect to one property mean that it will

01:34:00 19  be anisotropic with respect to another rock property?

01:34:03 20  A.   Well, if I can back up a second.  First, I would like to

01:34:09 21  point out that when one talks about anisotropy, it's important

01:34:13 22  to know that it's certainly a matter of degree.  In other

01:34:17 23  words, if one could measure any rock property to five decimal

01:34:21 24  places, you might not find any piece of rock that's ideally

01:34:29 25  isotropic.  So there is a question of how much anisotropy

OFFICIAL TRANSCRIPT

01:34:29 1    exists.

01:34:31 2              Different properties can be anisotropic, so one could

01:34:36 3    have anisotropy with regards to compressibility.  One could

01:34:37 4    have anisotropy with regards to permeability, electrical

01:34:41 5    resistivity, etcetera.

01:34:42 6              In general, there is no clear, direct correlation

01:34:46 7    between these; so, whereas, again, anisotropy in one property

01:34:54 8    might cause you to think that there might be anisotropy in

01:34:59 9    another and cause you to be sort of on the lookout for it, so

01:35:01 10   to speak, but there certainly isn't any direct correlations

01:35:03 11   that I'm aware of that says that if the rock is very

01:35:06 12   anisotropic with respect to permeability, it also anisotropic

01:35:14 13   by an equivalent percentage with regard to compressibility, so

01:35:16 14   it's not that simple.

01:35:17 15   Q.   Let's look at D-23701, which is a demonstrative that we

01:35:22 16   looked at before lunch when we were talking about your analysis

01:35:28 17   of the hydrostatic stair-step test.

01:35:30 18              What do these results tell us about whether

01:35:33 19   pore volume compressibility is higher in the vertical direction

01:35:37 20   versus the horizontal direction?

01:35:39 21   A.   Well, this hydrostatic test that I mentioned earlier is

01:35:43 22   conducted under the conditions where the stresses in all

01:35:47 23   directions are equal.  That's what we mean by hydrostatic.

01:35:50 24              So in a sense the compressibility that one is

01:35:53 25   measuring during this hydrostatic test is an average

**OFFICIAL TRANSCRIPT**

01:35:57 1  compressibility of all three directions, the issue of

01:36:00 2  compressing the rock equally in all three directions.

01:36:03 3       If it were the case, for example, that the rock were

01:36:06 4  twice as compressible in the vertical direction as in the

01:36:09 5  horizontal direction --

01:36:12 6  Q.   So 12 versus 6?

01:36:13 7  A.   -- so in that case, if, for example -- remembering that

01:36:16 8  there are two horizontal directions, sort of east/west and

01:36:20 9  north/south, so if it were the case that compressibility were

01:36:23 10 six in the east/west direction, six in the north/south

01:36:26 11 direction, but 12 in the vertical direction, the average of

01:36:29 12 those three values would be the average of six plus six plus 12

01:36:33 13 divided by three, which is eight.

01:36:35 14      So if it were the case that vertical compressibility

01:36:38 15 were equal to 12, I would expect the compressibility that one

01:36:42 16 extracts from the hydrostatic test to have been about eight,

01:36:48 17 i.e., higher than from the uniaxial test which measured the

01:36:53 18 horizontal compressibility.

01:36:54 19      As we see here, the value extracted from the

01:36:57 20 hydrostatic test was roughly about five.  Actually, a little

01:37:00 21 bit less.  I, again, sort of interpret that as probably lying

01:37:06 22 just within the natural variation that one core has a slightly

01:37:11 23 different compressibility than the other, but certainly this

01:37:13 24 evidence from this test argues strongly against the idea that

01:37:18 25 vertical compressibility was equal to 12, because, again, just

OFFICIAL TRANSCRIPT

01:37:22  1    to recapitulate and summarize my point, if the vertical

01:37:26  2    compressibility were a 12, one would expect those yellow

01:37:29  3    numbers on the right, in the third and fourth column, to be

01:37:32  4    about eight, and they aren't.

01:37:34  5    Q.    Based on the information that you reviewed, do you believe

01:37:37  6    there is any reason to increase the estimate of UPVC because of

01:37:42  7    anisotropy?

01:37:46  8    A.    Well, no.  This is the main piece of evidence that I can

01:37:50  9    rely on, as I'm trying to rely on measured data as much as

01:37:55 10    possible or exclusively in drawing my opinions.  Certainly,

01:38:00 11    this piece of data does not argue at all for a vertical

01:38:03 12    compressibility that is even slightly larger than six, or

01:38:07 13    certainly it argues strongly against a vertical compressibility

01:38:13 14    equal to 12.

01:38:14 15    Q.    Let's turn to a different topic.  As part of your work in

01:38:18 16    this case, did you become aware of documents showing that for a

01:38:23 17    period of time in July 2010, BP employees were discussing and

01:38:29 18    using a UPVC value of 12 in some of their modeling?

01:38:34 19    A.    Yes, I have read those -- that e-mail trail.

01:38:37 20    Q.    Did you review those documents while you were forming your

01:38:43 21    opinions in this case?

01:38:44 22    A.    Yes, I had read those documents during the period when I

01:38:48 23    was preparing my report, yes.

01:38:48 24    Q.    Did those documents affect your opinion as to what is a

01:38:53 25    reliable estimate of the reservoir's UPVC?

2457

01:38:58  1    A.    No, it did not.  If I can elaborate on that, there is

01:39:03  2    really nothing in those documents that indicated any scientific

01:39:08  3    arguments or data to justify a value of 12 microsips.

01:39:13  4          In fact, I think a close reading of those documents

01:39:16  5    shows that repeatedly -- I believe this point was mainly made

01:39:21  6    by Steve Willson, and sometimes by others -- that the data

01:39:25  7    clearly and very -- clearly leads to a value of about six.

01:39:30  8          So there was nothing in that discussion in terms of

01:39:33  9    data or scientific arguments that would change my opinion.  I

01:39:39 10    guess I would characterize those discussions as sort of

01:39:43 11    speculative and speculating that there might be a large

01:39:49 12    anisotropic effect, but there's been certainly no data put

01:39:51 13    forward or reason to believe that that was the case.

01:39:54 14    Q.    In your opinion, does the data support 12 microsips as the

01:40:01 15    compressibility of the Macondo Reservoir?

01:40:04 16    A.    No, none of the data that I've seen.  As I said, my

01:40:07 17    conclusion from the data is a value somewhat larger than six.

01:40:12 18    All of the other supporting data that I can look at that is

01:40:16 19    relevant to this issue, none of it points in the direction of a

01:40:24 20    value anywhere near 12 microsips.

01:40:26 21    Q.    My final question is, is there any scientific basis in

01:40:30 22    your view to conclude that the UPVC of the Macondo Reservoir

01:40:34 23    was or is 12 microsips?

01:40:39 24    A.    No, there is no data that I've seen that would lead me to

01:40:45 25    that conclusion or that I think would support that conclusion,

01:40:46  1    so no.

01:40:50  2              MR. FIELDS:  Thank you.

01:40:52  3                   Thank you, Your Honor.

01:40:53  4              THE COURT:  All right.  Thank you.

01:40:53  5                   Cross.

01:41:50  6              MR. GLADSTEIN:  Good afternoon, Your Honor.  My name is

01:41:51  7    Richard Gladstein for the United States.

01:41:51  8    CROSS-EXAMINATION BY MR. GLADSTEIN:

01:41:54  9    Q.    Good afternoon, Dr. Zimmerman.  Good to see you.

01:41:57 10    A.    Good afternoon.

01:42:01 11    Q.    Dr. Zimmerman, I'm first going to ask you some questions

01:42:03 12    about your background.

01:42:06 13              You're not a petroleum engineer, correct?

01:42:13 14    A.    Well, I'm a member of the Society of Petroleum Engineers,

01:42:15 15    but I'm a rock mechanics person by self-definition, yes.

01:42:19 16    Q.    You're not a petroleum engineer, correct?

01:42:21 17    A.    I don't work as a petroleum engineer, that's correct.

01:42:24 18    Q.    You're not a petroleum engineer, are you?  You don't work

01:42:29 19    as one, and you're not one, are you?

01:42:30 20    A.    No, I'm a rock mechanics expert, yes.

01:42:33 21    Q.    You're not a petroleum engineer, are you?  Please just

01:42:36 22    answer my question.

01:42:36 23    A.    Well, I was also the governors' lecturer of rock mechanics

01:42:40 24    and petroleum engineering at Imperial College for several

01:42:43 25    years, but I do not work as a petroleum engineer, and I have

                            **OFFICIAL TRANSCRIPT**

01:42:46 1  not put myself forward as an expert in reservoir engineering.

01:42:49 2  Q.   You are not a petroleum engineer, are you?

01:42:52 3       MR. FIELDS:  Objection, asked and answered, Your Honor.

01:42:54 4       MR. GLADSTEIN:  Let's go to his deposition, please.

01:42:57 5       THE COURT:  I really think he's answered that.

01:43:01 6       MR. GLADSTEIN:  Thank you, Your Honor.

01:43:01 7  EXAMINATION BY MR. GLADSTEIN:

01:43:01 8  Q.   You are not an engineer of any kind, are you?

01:43:03 9  A.   Well, I have three degrees in mechanical engineering, so

01:43:06 10 I'm not sure exactly what you're getting at, sir.

01:43:07 11 Q.   You're not licensed as an engineer, are you?

01:43:09 12 A.   No, I'm not licensed as an engineer, no.

01:43:11 13 Q.   You have never been employed by an oil company, correct?

01:43:14 14 A.   That's correct.

01:43:14 15 Q.   You have never been involved in planning deepwater wells

01:43:19 16 in the oil and gas industry, correct?

01:43:21 17 A.   That's correct.

01:43:21 18 Q.   You've never been involved in drilling wells in deepwater,

01:43:21 19 correct?

01:43:26 20 A.   That's correct.

01:43:26 21 Q.   You've never been involved in drilling wells anywhere in

01:43:30 22 the oil and gas industry, correct?

01:43:32 23 A.   No, I'm not a drilling engineer, that's correct.

01:43:34 24 Q.   You have no experience working in the Gulf of Mexico

01:43:39 25 deepwater other than in this case, correct?

01:43:44  1    A.    I believe that's true.  This is the first time I've looked

01:43:47  2    in detail at rock compressibility data from the Gulf of Mexico,

01:43:51  3    yes.

01:43:51  4    Q.    Thank you.

01:43:54  5          You're not a geologist, correct?

01:43:57  6    A.    That is correct.

01:43:59  7    Q.    You are not familiar with the geology of the Mississippi

01:44:05  8    Canyon area of the Gulf of Mexico, correct?

01:44:07  9    A.    Well, I would like to point out that I don't believe that

01:44:10 10    such familiarity would have been necessary for me to analyze

01:44:13 11    the data from Weatherford; but, having said that, no, I'm not a

01:44:18 12    geologist.

01:44:18 13    Q.    You're not familiar with the geology of the

01:44:20 14    Mississippi Canyon area of the Gulf of Mexico, right?

01:44:25 15    A.    I would agree with that, yes.

01:44:26 16    Q.    Thank you.

01:44:27 17          You have never personally performed stress,

01:44:30 18    deformation or other rock mechanics measurements on tests or

01:44:35 19    cores from the Gulf of Mexico other than in this case?

01:44:42 20          Let me withdraw that question.  That was wrong.

01:44:43 21          You've never performed any rock mechanics tests on

01:44:49 22    cores from the Gulf of Mexico, correct?

01:44:51 23    A.    I believe that's true, yes.

01:44:52 24    Q.    You have no experience with uniaxial pore volume

01:44:58 25    compressibility -- and for purposes of ease, we'll just call

**OFFICIAL TRANSCRIPT**

01:45:01 1   that UPVC -- testing of samples from the Gulf of Mexico

01:45:07 2   deepwater other than in the case, right?

01:45:10 3   A.   I would like to say that the methods that one would use in

01:45:13 4   doing these experiments and the methods that I would use in

01:45:17 5   analyzing this data would be the same regardless of where the

01:45:20 6   rocks came from.

01:45:21 7          I've certainly looked at data in the course of my

01:45:25 8   career from various different places, and the methods that I've

01:45:29 9   used and theoretical understanding that I've brought to bear in

01:45:32 10  order to do that analysis has been essentially the same.

01:45:34 11  Q.   Let's look at the answer that you gave at your deposition.

01:45:37 12         Could we please bring up the deposition 20 --

01:45:42 13  Page 20, lines 14 through 18.  I'll read the question I asked

01:45:45 14  you and the answer that you gave -- excuse me, that would be

01:45:52 15  21, lines 1 to 6.

01:45:59 16         "Do you have any experience with pore pressure

01:46:06 17  depletion UPVC measurement of samples from the Gulf of Mexico

01:46:11 18  deepwater other than in this case," is my question.  And your

01:46:12 19  answer was, "Specifically with regard to Gulf of Mexico rocks,

01:46:14 20  no."

01:46:15 21         That answer was correct at the time you gave it,

01:46:18 22  correct?

01:46:20 23  A.   Yes, I believe it's still correct.  I thought that's what

01:46:23 24  I just answered to your question.  I'm sorry if I wasn't clear

01:46:26 25  enough.

                          **OFFICIAL TRANSCRIPT**

01:46:27  1    Q.    I apologize if I didn't hear it correctly.

01:46:30  2          You have never personally performed any UPVC tests

01:46:33  3    other than as part of your Ph.D. work in 1984; isn't that

01:46:33  4    right?

01:46:41  5    A.    In terms of personally performing such work, as opposed to

01:46:45  6    supervising students who performed such work, that is correct.

01:46:49  7    My Ph.D. thesis involved a very large experimental component of

01:46:57  8    measuring pore volume compressibility of several rocks in a

01:46:57  9    range of pressures.  Since then, I have not directly done these

01:47:01 10    experiments myself in the laboratory.

01:47:03 11    Q.    Thank you.

01:47:04 12          That testing involved onshore consolidated sandstones

01:47:09 13    for your Ph.D., didn't it?

01:47:11 14    A.    That's correct.

01:47:13 15    Q.    Other than the work you performed in about 1984 related to

01:47:18 16    your Ph.D. thesis, you supervised one of your students who

01:47:21 17    performed UPVC tests several years ago; isn't that right?

01:47:26 18    A.    Yes, one of my Ph.D. students has done pore volume

01:47:31 19    compressibility measurements under my supervision, that's

01:47:33 20    correct.

01:47:33 21    Q.    That student had to go to Paris to conduct testing because

01:47:36 22    you have no rock mechanics laboratory at the Imperial College;

01:47:41 23    isn't that right?

01:47:42 24    A.    No, no, that's not correct.  I'm sorry if you drew an

01:47:46 25    incorrect inference from my responses.

**OFFICIAL TRANSCRIPT**

01:47:48  1          Those experiments were done at Imperial College.  I

01:47:53  2   did refer to a more recent student who has been doing

01:47:57  3   measurements of acoustic wave velocities, and that is the

01:48:02  4   student who did the experiments in Paris two years ago.

01:48:06  5          The other Ph.D. student, Ms. Al-Wardy, I believe it

01:48:09  6   was about 2003, she finished her Ph.D. at Imperial College, and

01:48:15  7   those experiments were done under my supervision at

01:48:17  8   Imperial College, London.

01:48:19  9   Q.   Let's see what you said in your deposition.

01:48:21 10          Please bring up Page 377, lines 6 through 9.   377,

01:48:39 11   6 through 9, please.

01:48:47 12          The question, "And you don't have experimental

01:48:50 13   apparatus in your own laboratory for conducting acoustic tests,

01:48:54 14   do you?"  And your answer is, "Not at this time."

01:48:57 15          So that's what you were just clarifying; is that

01:48:59 16   right, Dr. Zimmerman?

01:48:59 17   A.   Yes, that answer was the acoustic measurements that are

01:49:02 18   being made -- or were made in the last year or so in Paris by

01:49:05 19   one of my Ph.D. students, yes.

01:49:07 20   Q.   Do you have facilities in your laboratory at this time for

01:49:11 21   conducting UPVC tests?

01:49:14 22   A.   No, I think I made -- tried to make clear at the

01:49:19 23   deposition, I'm not currently supervising laboratory work at

01:49:25 24   Imperial College.

01:49:26 25          In the occasions when my students need to do

**OFFICIAL TRANSCRIPT**

2464

01:49:29  1   laboratory work, they go overseas, such as the one in Paris,

01:49:32  2   another one at TerraTek in Salt Lake City, etcetera.

01:49:37  3   Q.    Thank you, Doctor.

01:49:40  4         You are not a petrophysicist, correct?

01:49:43  5   A.    Well, again, not by job title.  I have taught a course at

01:49:47  6   Imperial College called Rock Physics, which is basically

01:49:50  7   another name for petrophysics, but I'm not a petrophysicist by

01:49:56  8   job title, that's correct -- yes.

01:49:57  9   Q.    You're not a rock physicist, are you?

01:50:01 10   A.    Actually, I would call myself a rock physicist.  Those

01:50:04 11   terms might sound very similar.  If one looks at a very famous

01:50:10 12   book called *Handbook of Rock Physics* written by a very renowned

01:50:16 13   group of scientists from Stanford, one will find my name in

01:50:21 14   that book mentioned 17 times, so I think that's some evidence

01:50:23 15   that I do operate in the realm of rock physics.

01:50:27 16   Q.    Well, let's turn to your deposition, page 33, lines 14

01:50:30 17   through 24, please.

01:50:35 18         I asked you the question, "Do you have expertise in

01:50:39 19   petrophysics?  Are you an expert in petrophysics?"  Your answer

01:50:43 20   was, "I've done some research that I think would fall under the

01:50:48 21   category of petrophysics.  I don't define myself as a

01:50:52 22   petrophysicist."

01:50:54 23         Continuing your answer, "In some sense, one can think

01:50:57 24   of petrophysics as being a subset of the broader field of rock

01:51:02 25   mechanics.  Petrophysics, by definition, meaning the physical

**OFFICIAL TRANSCRIPT**

01:51:06  1    behavior of rocks.  Petro, I believe, is the Greek word for

01:51:10  2    rocks."

01:51:11  3              MR. FIELDS:  Your Honor, that's not impeachment.

01:51:11  4              THE COURT:  Pardon?

01:51:15  5              MR. FIELDS:  I'm sorry, Your Honor.  That's not

01:51:16  6    impeachment.  That's not a proper impeachment.

01:51:21  7              THE COURT:  I think I agree with that.  I sustain that

01:51:23  8    objection.

01:51:23  9    EXAMINATION BY MR. GLADSTEIN:

01:51:27 10    Q.    Moving on, sir, you've never estimated compressibility

01:51:31 11    other than in this case where there has been a well blowout; is

01:51:34 12    that right?

01:51:34 13    A.    That is correct.

01:51:34 14    Q.    I'm now going to ask you several questions about the

01:51:37 15    information you relied on in the preparation of your report.

01:51:39 16              For the preparation of your report, the only

01:51:43 17    Macondo-specific data you relied on was from the rotary

01:51:46 18    sidewall cores tested by Weatherford, correct?

01:51:50 19    A.    Yes, as I mentioned previously, that was the only

01:51:52 20    laboratory data that was available because I believe there were

01:51:55 21    no other types of core data available.

01:51:58 22    Q.    You did not look at any drilling data from the

01:52:01 23    Macondo Well, did you?

01:52:03 24    A.    That is correct.

01:52:04 25    Q.    You did not look at any of the well log data from Macondo

                          **OFFICIAL TRANSCRIPT**

01:52:08  1    in the preparation of your report, did you?

01:52:14  2    A.    No, I relied on the laboratory measurements that were most

01:52:18  3    pertinent to the property of uniaxial pore volume

01:52:27  4    compressibility, that's correct.

01:52:27  5    Q.    I'm now going to ask you some questions about the

01:52:27  6    Weatherford cores.

01:52:28  7          First, on the subject of representativeness, the

01:52:30  8    three UPVC samples analyzed by Weatherford constituted well

01:52:35  9    less than one percent of the thickness of the reservoir as a

01:52:39 10    whole; isn't that right?

01:52:41 11    A.    Yes, that is correct.

01:52:41 12    Q.    In fact, the eight samples, when you include the UPVC, the

01:52:46 13    hydrostatic and the ultrasonic combined that you looked at,

01:52:51 14    also constituted less than one percent of the reservoir,

01:52:53 15    correct?

01:52:53 16    A.    Yes.  Yes.  That's correct.  Those were the only data that

01:53:01 17    were available, yes.

01:53:01 18    Q.    You calculated your UPVC values from the raw pressure and

01:53:10 19    the strain data reported by Weatherford, didn't you?

01:53:10 20    A.    Yes.

01:53:10 21    Q.    Weatherford did not actually calculate or report any UPVC

01:53:14 22    values, correct?

01:53:19 23    A.    Actually, I believe they did report them.  I didn't use

01:53:21 24    their calculated values.  I took their raw data and did my own

01:53:25 25    calculation, which I not only believe is more accurate, but

OFFICIAL TRANSCRIPT

01:53:31 1    actually led to a slightly higher value than Weatherford had
01:53:35 2    calculated.
01:53:35 3    Q.   Are you testifying that they came up with particular UPVC
01:53:39 4    values for those three cores?
01:53:48 5    A.   I seem to remember that they came up with tables of values
01:53:51 6    as a function of pressure, but in any event, I didn't rely on
01:53:54 7    their calculation.
01:53:56 8    Q.   But they didn't measure each core at a particular microsip
01:54:01 9    level, correct?  That was your calculation that led you to the
01:54:05 10   conclusion as to what the appropriate microsip level was,
01:54:07 11   correct?
01:54:07 12   A.   Yeah, it was my calculation that led me to that value,
01:54:13 13   yes.
01:54:17 14   Q.   Now, of the 44 rotary sidewall cores that you looked at
01:54:21 15   for your UPVC tests, the three cores were approximately 1 inch
01:54:25 16   in length and 1 inch in diameter; isn't that right?
01:54:31 17   A.   Approximately that is correct.
01:54:32 18   Q.   And the reservoir is approximately 90 feet thick; isn't
01:54:32 19   that right?
01:54:38 20   A.   Yes.  As is almost always the case in petroleum reservoir
01:54:43 21   evaluation, the amount of core represents a small fraction of
01:54:48 22   the total reservoir.
01:54:49 23   Q.   Now, are you aware that the reservoir was approximately
01:54:56 24   5,000 acres in area?
01:54:57 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

01:54:59  1   Q.   Now, are you aware that BP obtained wireline log data for

01:55:07  2   the Macondo Well?

01:55:07  3   A.   Yes.

01:55:10  4   Q.   The log data provides information for the entire thickness

01:55:15  5   of the reservoir at the well location, doesn't it?

01:55:19  6   A.   Yes, I believe it does.

01:55:20  7   Q.   But you did not consider the log data in the preparation

01:55:24  8   of your report, did you?

01:55:26  9   A.   No.  I thought the most accurate values could be obtained

01:55:29 10   from the direct measurements on the cores.

01:55:31 11   Q.   You're not someone who looks at logs as part of your work,

01:55:35 12   either on a routine basis or an occasional basis, are you?

01:55:39 13   A.   That is correct.

01:55:39 14   Q.   And you're by no means an expert in logs, are you?

01:55:43 15   A.   I will agree with that, yes.

01:55:44 16   Q.   I'm going to ask you now some questions about the

01:55:47 17   differences between conventional or whole cores and rotary

01:55:51 18   sidewall cores.

01:55:52 19          Dr. Zimmerman, is it your position that rotary

01:55:56 20   sidewall cores are just as reliable as conventional cores for

01:56:02 21   purposes of UPVC testing?

01:56:03 22   A.   Well, as I've mentioned previously, I think the only real

01:56:06 23   issue that needs to be discussed in this context is the issue

01:56:09 24   of anisotropy, so there is an issue of anisotropy that arises

01:56:16 25   when trying to convert values measured on rotary sidewall cores

**OFFICIAL TRANSCRIPT**

01:56:18  1  to the value that you would have measured on a conventional

01:56:21  2  core.

01:56:21  3          Other than that, if you're talking about anything

01:56:24  4  intrinsic about the core itself, that would -- that would

01:56:30  5  invalidate the actual measurement made on that core, I don't

01:56:33  6  think there is, but as I mentioned previously, using rotary

01:56:37  7  sidewall core does raise the issue of anisotropy that needs to

01:56:43  8  be addressed.

01:56:43  9  Q.   And you're aware that in deciding what type of cores to

01:56:46 10  take of the Macondo Well, BP stated that rock compressibility

01:56:50 11  measurements from whole cores were more reliable than

01:56:54 12  compressibility rock measurements from sidewall cores; isn't

01:56:57 13  that right?

01:57:01 14  A.   I believe I've seen something to that effect in some of

01:57:04 15  the BP documents, yes, I think so.

01:57:05 16  Q.   Let's bring up TREX-11503.1.1.US.

01:57:17 17          This is an e-mail from Tanner Gansert dated

01:57:22 18  October 22, 2009, with the attachment "Macondo Core VOI," value

01:57:29 19  of information.

01:57:31 20          Let's go to TREX-11503.25.1.US.

01:57:39 21          Do you recall at your deposition that I asked you

01:57:42 22  about this document?  Do you recall the page that said,

01:57:47 23  "Pro core bias compressibility measurements from rotary

01:57:52 24  sidewall core are too uncertain to add value"?  Do you recall

01:57:55 25  that I showed you this at your deposition?

**OFFICIAL TRANSCRIPT**

01:57:59  1   A.   I'm not sure I recall that.  I do remember reading these

01:58:03  2   documents as part of the BP paper trail.  I remember reading

01:58:06  3   these documents, yes.

01:58:07  4   Q.   And at the same time, BP said that whole core

01:58:11  5   compressibility measurements are 100 percent accurate.

01:58:15  6              You agree that whole core compressibility

01:58:17  7   measurements provide very accurate information, don't you?

01:58:20  8   A.   Yes, of course.  Of course, they can provide accurate

01:58:28  9   information, if one has such data available, of course.

01:58:32 10   Q.   And in making that decision, you recall that BP noted that

01:58:36 11   whole cores would cost $7 million, do you remember that, when

01:58:41 12   reviewing this information?

01:58:43 13   A.   I do remember seeing that point made, yes.  The costs

01:58:47 14   being cited, yes.

01:58:48 15   Q.   And you're also aware that rotary sidewall cores can be

01:58:53 16   easily and inexpensively collected; isn't that right?

01:58:58 17   A.   I'm not sure I would say *inexpensively*.  I would imagine

01:59:03 18   they are still quite costly to collect.  I was not involved in

01:59:07 19   any decision about which type of cores to take.  I can only

01:59:13 20   analyze, as an expert in core volume compressibility, the data

01:59:18 21   such as it exists.

01:59:19 22   Q.   Are you aware that BP considered rock compressibility

01:59:24 23   results from whole core samples from the Santa Cruz Well in the

01:59:28 24   Gulf of Mexico in developing compressibility estimates for the

01:59:32 25   Macondo Well?

**OFFICIAL TRANSCRIPT**

01:59:34  1    A.    I do recall at various points they were looking at other

01:59:38  2    nearby wells for the purposes of gaining some understanding,

01:59:43  3    presumably, of what type of values they might expect to find.

01:59:46  4    Q.    And do you recall that at the Santa Cruz Well data from

01:59:51  5    whole core produced higher rock compressibility results than

01:59:55  6    data from sidewall cores from the same well?

02:00:00  7    A.    No.  Actually, that -- I don't recall that.  That wasn't

02:00:04  8    my interpretation of that -- of those discussions.

02:00:07  9          My best interpretation -- and I think it's always

02:00:13 10    difficult to interpret those sort of discussions because they

02:00:16 11    were taking place among people, all of whom shared certain

02:00:19 12    knowledge and certain background information, and I'm just sort

02:00:22 13    of reading from the outside.  But my interpretation was

02:00:24 14    actually that they were comparing measurements on rotary

02:00:28 15    sidewall cores from one reservoir to measurements made on whole

02:00:33 16    core from another reservoir.  That was my interpretation.

02:00:36 17    Q.    Well, let's turn -- pull up the TREX and see what the

02:00:40 18    document says.  Maybe we're thinking about the same document;

02:00:44 19    maybe we're not.

02:00:45 20          TREX-8772.1.4.US, please.

02:00:55 21          This is what I was referring to, Dr. Zimmerman.  This

02:00:58 22    is an e-mail from David Schott sent Tuesday, July 6, 2010.

02:01:07 23          It says, "Hi, Kelly.  If you think the Macondo rocks

02:01:10 24    are lower compressibility, you might use a similar upgrade

02:01:14 25    going from sidewall to whole core as what we found going from

**OFFICIAL TRANSCRIPT**

02:01:20  1    the sidewall in SC and Isabela to whole core in SC."

02:01:30  2            SC there is referring to Santa Cruz.

02:01:36  3    A.    And your question is, I'm sorry?

02:01:42  4    Q.    Is that the discussion that you are thinking of,

02:01:46  5    Dr. Zimmerman?

02:01:46  6    A.    That's one of the discussions that I remember seeing, yes.

02:01:49  7    Q.    And this indicates that there was an upgrade found in

02:01:56  8    going from sidewall core in Santa Cruz to sidewall core -- to

02:02:03  9    whole core in Santa Cruz, doesn't it?

02:02:08  10   A.    That's certainly one way one could interpret this, yes.

02:02:12  11   Q.    Let's look at another document and see if we can get any

02:02:14  12   more insight on this.

02:02:17  13           Can we please bring up TREX-130863.1.US.

02:02:27  14           So this is another e-mail from David Schott, the

02:02:30  15   reservoir engineer, October 26, 2009.  David Schott notes that

02:02:44  16   the new compressibility data from whole core at the nearby well

02:02:49  17   Santa Cruz increased BP's estimate of the oil recovery by

02:02:54  18   16 million barrels of oil.  Doesn't he?

02:02:59  19   A.    I'm sorry.  I'm losing you here, I'm sorry.  I expected

02:03:04  20   you to be reading the yellow underlines.

02:03:08  21   Q.    I apologize.  I'm getting ahead of myself here.

02:03:11  22           This is from Mr. Schott to Brad and he says in the

02:03:15  23   highlighted, "I recommend you plan on running the bypass unless

02:03:19  24   you encounter a clear set of conditions that would preclude

02:03:24  25   running whole core."

**OFFICIAL TRANSCRIPT**

02:03:25  1          Do you know what a *bypass* is?

02:03:27  2    A.    I'm not exactly sure what he's talking about in this

02:03:31  3    context, no.

02:03:32  4    Q.    Okay.  My understanding is that a bypass core is the same

02:03:36  5    as a whole core, but it's off to the side of the well rather

02:03:41  6    than in the borehole.  Is that consistent with your

02:03:45  7    understanding?

02:03:45  8    A.    I honestly am not sure I have ever heard of that term used

02:03:52  9    in this context before, so I don't know.

02:03:52 10    Q.    Okay.  It says, "Attached" -- in the second highlight,

02:03:56 11    "Attached is the decision tree we use with our partner Noble to

02:04:01 12    make the decision to run a bypass core in the Santa Cruz Well."

02:04:07 13          Further highlight.  "As mentioned in our meeting, we

02:04:10 14    were basing our development decisions on 27 percent RF" --

02:04:15 15          Do you know what *RF* stands for?

02:04:19 16    A.    I guess recovery factor, my guess would be, in this

02:04:22 17    context.

02:04:23 18    Q.    -- "27 percent recovery factor from rotary sidewall core.

02:04:29 19    With the new compressibility derived from whole core, this will

02:04:34 20    push RF to 35 percent," continuing to the end of the sentence

02:04:40 21    there, "16 mmboe increase."

02:04:46 22          That's what it says, doesn't it, Dr. Zimmerman?

02:04:50 23    A.    Well, I think you just read the statement.

02:04:53 24    Q.    Yeah.  So in other words --

02:04:54 25    A.    I'm not sure what conclusion you're trying to draw.

**OFFICIAL TRANSCRIPT**

02:04:57  1    Q.    So in other words, David Schott, the BP

02:04:59  2    Reservoir Engineer, is saying based upon taking whole core at

02:05:05  3    Santa Cruz, in addition to the sidewall core, they increase

02:05:09  4    their expectation for obtaining more oil out of that well

02:05:13  5    significantly.  The difference between 27 percent recovery

02:05:18  6    factor and a 35 percent recovery factor; isn't that right?

02:05:22  7          MR. FIELDS:  Objection, Your Honor.  Lack of

02:05:24  8    foundation.

02:05:26  9          THE COURT:  Overrule the objection.

02:05:26 10    EXAMINATION BY MR. GLADSTEIN:

02:05:31 11    Q.    Dr. Zimmerman --

02:05:32 12          THE COURT:  Wait.  Did he ever respond to that

02:05:34 13    question?  I overruled the objection.  Do you want an answer or

02:05:39 14    not?

02:05:40 15          MR. GLADSTEIN:  I would like him to, Your Honor.

02:05:45 16          THE WITNESS:  Again, I'm sorry --

02:05:46 17          THE COURT:  Do you remember the question?

02:05:49 18          THE WITNESS:  No, Your Honor.  I'm sorry.  Even before

02:05:50 19    the objection, I was having trouble following the line of

02:05:54 20    questioning, I'm sorry.

02:05:54 21          THE COURT:  Restate your question.

02:05:56 22    EXAMINATION BY MR. GLADSTEIN:

02:05:59 23    Q.    Dr. Zimmerman, based upon this e-mail, it looks like

02:06:02 24    the -- BP expected that the amount of oil that they were going

02:06:07 25    to be able to get out of the Santa Cruz Well was going to

**OFFICIAL TRANSCRIPT**

02:06:10 1   increase from a recovery factor of 27 percent based on the

02:06:15 2   sidewall core data to a recovery factor of 35 percent based

02:06:19 3   upon the whole core data; isn't that right?

02:06:22 4   A.   Well, that's what it says, yes.  It's not -- again, I can

02:06:32 5   try to interpret this.  It's not fully clear to me whether the

02:06:35 6   increase in STOIIP comes from different compressibilities or it

02:06:41 7   comes from different recovery factor, because you might have

02:06:44 8   recovery factor appearing in their calculation of how certain

02:06:46 9   they are about the oil in place.

02:06:48 10          So based on this, quite honestly, I can't tell which

02:06:52 11  one of those two factors led them to increase the STOIIP.

02:06:57 12          But certainly on the face of it, I still don't really

02:07:00 13  see a clear statement here that the compressibility is measured

02:07:06 14  on the so-called whole core were twice as high as those

02:07:09 15  measured on the rotary sidewall core.  I honestly don't

02:07:13 16  actually see that stated here clearly.

02:07:15 17  Q.   Dr. Zimmerman, I'm now going to move on to ask you a

02:07:24 18  series of questions about the orientation of sidewall cores.

02:07:28 19          Now, it's preferable to have the orientation of the

02:07:31 20  core in the lab match the orientation of compaction in the

02:07:37 21  reservoir, isn't it?

02:07:38 22  A.   Yeah, I think there is no doubt, I thought I mentioned

02:07:41 23  that earlier, that all other things being equal, if one had a

02:07:45 24  core that were oriented in the vertical direction, it would be

02:07:50 25  preferable because it would remove this issue of anisotropy.

**OFFICIAL TRANSCRIPT**

02:07:50 1  So yes, it certainly would be preferable if it were, if it were

02:08:00 2  possible to be the case, yes.

02:08:00 3  Q.   And the testing conditions in the laboratory did not

02:08:03 4  match, I believe you've testified, the in situ conditions in

02:08:08 5  the actual reservoir with respect to the orientation or

02:08:10 6  direction of the cores, correct?

02:08:12 7  A.   Yes.  As I've said, measurements made in the laboratory

02:08:16 8  were essentially measuring horizontal compressibility, not

02:08:21 9  vertical compressibility, and that's what initiated the

02:08:25 10 previous discussion about possible anisotropy.

02:08:29 11 Q.   Are you aware that BP had concerns with respect to the

02:08:33 12 Isabela Well about the orientation of sidewall cores in terms

02:08:36 13 of their ability to accurately predict compressibility?

02:08:45 14 A.   I think, yeah, this was one of the themes that seemed to

02:08:48 15 run through the e-mail trail that I read, was this issue of

02:08:51 16 whether or not -- they were unsure that measurements made on

02:08:55 17 horizontal oriented sidewall cores would accurately reflect the

02:09:01 18 vertical compressibility.  That was a concern that they had,

02:09:03 19 yes.

02:09:03 20 Q.   And that was a concern that they expressed in this

02:09:06 21 July 6th and July 8th period when they came up with the most --

02:09:11 22 new most likely recommendation of 12 microsips; isn't that

02:09:11 23 right?

02:09:18 24 A.   Yeah.  It's right in the sense that it was the same period

02:09:22 25 of time that both of those -- that those concerns were

**OFFICIAL TRANSCRIPT**

02:09:25  1    mentioned and this value of 12 was hypothesized.

02:09:30  2            As I mentioned before, I still have not seen any data

02:09:34  3    to support that, but it is true that some people were

02:09:38  4    suggesting a value of 12 for various reasons.

02:09:41  5    Q.   And, in fact, in this period between July 6th and

02:09:46  6    July 8th, when the new recommendation was made, BP considered

02:09:51  7    UPVC data from the Isabela Well as part of the data that they

02:09:57  8    considered in making this new recommendation, didn't they?

02:09:58  9    A.   Well, they did seem to be looking at data from different

02:10:04 10    wells, yes.  That seemed to be part of their discussion, yes.

02:10:06 11    Q.   Okay.  Let's turn to TREX-800 -- I'm sorry, 8770.1.2.US,

02:10:20 12    please.

02:10:23 13            And this is one of those e-mails.  And I know,

02:10:25 14    Your Honor, you're probably tired of them already, and I'm

02:10:28 15    going to try not to belabor this.

02:10:29 16            So this is an e-mail from Jessica Kurtz sent July 6,

02:10:37 17    2010, to Kelly McAughan, David Schott, cc:  Robert Merrill,

02:10:43 18    "Subject:  Compressibility."  "Attachments:  Isabela Comp

02:10:48 19    Table, Isabela Rock Mechanics Report."

02:10:50 20            So they were considering the data from the

02:10:53 21    Isabela Well at the time that they decided to make a new

02:10:58 22    recommendation, isn't that right, Dr. Zimmerman?

02:11:02 23    A.   Well, actually, I think this may well be the document that

02:11:04 24    I was remembering that seemed to imply to me that they were

02:11:08 25    comparing sidewall cores at Isabela to whole core at

**OFFICIAL TRANSCRIPT**

02:11:14  1   Santa Cruz.  So if I can return to that point, this is what was

02:11:16  2   in my mind, I think, when I answered -- gave the answer to your

02:11:21  3   question a few minutes ago.

02:11:23  4   Q.   Okay.  It says -- the next highlight says, "Also, included

02:11:29  5   is the Isabela sidewall core data."  And the next highlight,

02:11:35  6   "We have since updated this table to the ones I sent previously

02:11:39  7   based on the Santa Cruz, SC, whole core."

02:11:49  8          Now, could we please go to TREX-11505.1.1.US.

02:12:04  9          Again, this is one of the documents that we reviewed

02:12:06 10   at your deposition, title, "Isabela Core Volume Compressibility

02:12:19 11   Evaluation," reviewed by Stephen Willson, along with

02:12:20 12   David Schott, BP personnel, October 11, 2007.

02:12:22 13          If we could turn to 11505.3.1.US, Figure 1, please.

02:12:32 14          Dr. Zimmerman, this figure concerns the different

02:12:37 15   impact of testing rotary sidewall cores versus whole cores,

02:12:46 16   doesn't it?

02:12:47 17   A.   Yes, I believe it does.

02:12:48 18   Q.   So on the left, in the field, compaction occurs

02:12:56 19   perpendicular to the bedding planes.  That's what you've

02:12:59 20   indicated; isn't that right?

02:13:00 21   A.   Yes, that's correct.

02:13:00 22   Q.   And according to this drawing, you'll see the layers of

02:13:05 23   rock are horizontal, but the compaction, because the pressure

02:13:11 24   is applied vertically, the compressibility is going to be more,

02:13:18 25   isn't that right, Dr. Zimmerman?

**OFFICIAL TRANSCRIPT**

02:13:21 1   A.   Well, maybe; maybe not.  This just is another way of

02:13:24 2   addressing the question of anisotropy that we discussed

02:13:29 3   earlier.  In some cases the rock would be more compressible in

02:13:34 4   the vertical direction.  There actually are cases where rocks

02:13:36 5   are less compressible in the vertical direction.  It's

02:13:39 6   certainly more common that they are more compressible in

02:13:42 7   vertical direction.

02:13:43 8        There are also many rocks where the compressibility

02:13:46 9   in the two directions are essentially the same to a very high

02:13:50 10  degree of accuracy.

02:13:51 11       I can also say that I'm not aware of any laboratory

02:13:55 12  data that I've seen in the refereed, peer-reviewed scientific

02:13:59 13  literature that shows anisotropy factor of two for a sandstone.

02:14:05 14  I just have not seen such data in the peer-reviewed scientific

02:14:08 15  literature.

02:14:09 16  Q.   On the right corner of this figure, it says, "Lab

02:14:15 17  compaction occurs parallel to bedding planes."

02:14:18 18       So in other words, this is a horizontal core,

02:14:21 19  correct, taken off the side of the well, and it's turned on its

02:14:26 20  head so that your layers are up and down and that that's going

02:14:29 21  to be -- in the lab it's going to have a -- what they are

02:14:32 22  showing here is a stiffer result, less compression; isn't that

02:14:32 23  right?

02:14:41 24  A.   Again, it depends on the specific rock.  It also supposes

02:14:45 25  that there are clearly defined bedding planes and striations in

02:14:50  1    the rock, which in many cases in sandstones, when you look at

02:14:54  2    them -- and I'm not an expert in petrographic analysis of

02:14:57  3    sandstones, but I have looked at thin sections -- and in many

02:15:01  4    cases you can't see any apparent orientation of bedding plane.

02:15:04  5            So this is one possible scenario, but this is not the

02:15:08  6    general universal case.

02:15:12  7            THE COURT:  Where does this document come from?  What

02:15:15  8    is this document I'm looking at?

02:15:17  9            MR. GLADSTEIN:  So this is a report that BP did on the

02:15:23 10    compressibility at a nearby well, Isabela, and they are

02:15:29 11    raising, in the document, certain concerns they have about the

02:15:33 12    reliability of the sidewall core values that were obtained.

02:15:39 13            THE COURT:  But it's a BP document?

02:15:40 14            MR. GLADSTEIN:  Yes, I'm sorry, Your Honor.

02:15:42 15            THE COURT:  That's what I was trying to figure out.

02:15:43 16            MR. GLADSTEIN:  I should have answered more succinctly.

02:15:47 17            MR. FIELDS:  Your Honor, sorry, it seems to me this

02:15:49 18    whole line of questions is really irrelevant to the issues at

02:15:52 19    hand here.

02:15:53 20            THE COURT:  Well, I'm not sure.

02:15:55 21            MR. GLADSTEIN:  I don't think it's irrelevant.  He said

02:15:57 22    that anisotropy is key.

02:16:01 23            THE COURT:  Go ahead.

02:16:01 24    EXAMINATION BY MR. GLADSTEIN:

02:16:03 25    Q.   So BP states, "PVC tests in the laboratory may

                          **OFFICIAL TRANSCRIPT**

02:16:09 1    underpredict compaction since rotary sidewall core undergo

02:16:14 2    compaction in parallel to bedding planes in which rocks are

02:16:18 3    typically stiffer.  In the field, compaction occurs

02:16:21 4    perpendicular to bedding in which rocks are typically softer."

02:16:26 5          You agree with that statement, don't you?

02:16:30 6    A.    Yeah, as a qualitative statement, I think that's generally

02:16:34 7    true.  As I mentioned, there are actually cases where rocks are

02:16:37 8    stiffer in the vertical direction, but more commonly, if there

02:16:40 9    is a difference in stiffness, the rock might be more -- might

02:16:44 10   be more compressible in the vertical direction.  That's

02:16:47 11   certainly a possibility.

02:16:47 12         And I think that was, again, the starting point in

02:16:50 13   the whole discussion of anisotropy, and that is, in fact, what

02:16:55 14   caused me to do my analysis based on the stair-step porosity

02:17:01 15   tests to try to rule out the existence of a gross amount of

02:17:05 16   anisotropy.

02:17:14 17   Q.    Since most sedimentary and metamorphic rocks are

02:17:22 18   anisotropic, the effect of anisotropy on strength is of great

02:17:30 19   importance; isn't that right?

02:17:31 20   A.    Well, I believe that's a quote from my book, *Fundamentals

02:17:35 21   of Rock Mechanics,* so yes, but also I point out that it was a

02:17:38 22   discussion of strength, which is very different from

02:17:43 23   compressibility.  We can -- I can elaborate on that if you

02:17:47 24   want.  But certainly, no, anisotropy is an issue that needs to

02:17:51 25   be addressed, and I think I tried to address it the best I

OFFICIAL TRANSCRIPT

02:17:54 1    could based on the actual data that we had at hand.

02:18:07 2    Q.    How do you define laminations?

02:18:13 3    A.    I'm not sure that I would define it because I think we've

02:18:16 4    already established I'm not a petrophysicist or a geologist,

02:18:20 5    but in layman's terms, I think of it as some sort of obvious

02:18:25 6    layering that one could determine by visual inspection of a

02:18:29 7    rock.

02:18:29 8    Q.    To determine if laminations were present in a CT scan of a

02:18:33 9    core, you would look at different levels of darkness indicating

02:18:38 10   different properties of thin layers of the rock; isn't that

02:18:40 11   right?

02:18:41 12   A.    That's what I would do, yes.

02:18:42 13   Q.    Now, you've seen CT scans of the cores that were sampled

02:18:47 14   for the UPVC samples; isn't that right?

02:18:52 15   A.    Yes, I have.

02:18:52 16   Q.    And you saw laminations in at least one of those three

02:18:56 17   cores that were UPVC tested, didn't you?

02:19:00 18   A.    I think -- I think you're referring to a discussion we had

02:19:05 19   at the deposition, and I think at the time I did say that it

02:19:08 20   might be possible to detect what seemed to my untrained eye as

02:19:12 21   being laminations in one of those cores, yes.

02:19:14 22   Q.    Dr. Zimmerman, let's turn to the subject of sample

02:19:20 23   dimensions.

02:19:22 24        Rotary sidewall cores are normally 2 inches in

02:19:26 25   length; isn't that right?

**OFFICIAL TRANSCRIPT**

02:19:32  1    A.    Possibly.  It sounds about right.  It might vary from

02:19:37  2    vendor to vendor, but yes.

02:19:38  3    Q.    The three rotary sidewall cores tested for UPVC were

02:19:42  4    approximately 1 inch in length; isn't that right?

02:19:45  5    A.    That's why I was -- my little hesitation was, yes.  The

02:19:49  6    cores that were used in these tests that we're referring to

02:19:51  7    here that were carried out by Weatherford were, I believe,

02:19:54  8    about 1.1 to 1.25 inches in length, yes.

02:19:59  9    Q.    Let's turn to TREX-11501.1.1.US, please.

02:20:09  10          Do you recall that at your deposition I showed you

02:20:12  11   some documents from the Weatherford website, one regarding

02:20:17  12   rotary sidewall cores?

02:20:21  13   A.    I think I've seen this document before.  I can't remember

02:20:23  14   exactly where, but I believe I've seen it.

02:20:25  15   Q.    And Weatherford says on its website, in the highlighted,

02:20:30  16   "This method uses a small robotic core bit of approximately

02:20:36  17   1 inch in diameter to drill sideways into the formation,

02:20:42  18   period.  The 2-inch long core is then removed into the main

02:20:49  19   coring tool for retrieval."

02:20:52  20          Does that refresh your recollection as to the normal

02:20:54  21   length for rotary sidewall cores?

02:21:00  22   A.    Okay.  Well, that's what it seems to say here, yes.

02:21:04  23   Q.    Now, you would agree the length -- the length-to-diameter

02:21:07  24   ratio is an important consideration in strength measurements;

02:21:07  25   isn't that right?

A.   In strength measurements, which, again, I'll mention are very different, really completely different measurements than compressibility measurements.

     In certain types of strength measurements one tries to compress the rock to a point where the fault plane passes through the rock.  In general, that fault plane comes in at something like a 45-degree angle.  And it is generally thought that you want -- you generally want the fault -- the core to be sufficiently long such that this fault plane breaks through the rock at the side rather than breaking through at the upper plate.

     So this issue of length-to-diameter ratio is an important consideration when doing that particular type of strength measurement.  I don't think any of those considerations are relevant to compressibility measurements where by definition you're not compressing the rock until it breaks, so --

Q.   For triaxial rock mechanics tests a length-to-diameter ratio of 2 to 1 or 3 to 1 is commonly used; isn't that right?

A.   Yes, I would say that's true.

Q.   Now, it's your position that the length-to-diameter ratio of rotary sidewall cores does not impact the UPVC results; is that correct?

A.   Yes.  I don't believe the length-to-diameter ratio has an appreciable effect on pore volume compressibility measurements,

02:22:46  1    that is true.

02:22:46  2    Q.    Are you aware that BP disagreed with that position in the

02:22:52  3    Isabela memo that we were just looking at?

02:22:55  4    A.    I'm not sure that I remember that that's what they say,

02:23:01  5    but I prefer to answer in terms of what I believe and what I

02:23:06  6    understand based on my knowledge of rock mechanics.

02:23:09  7    Q.    Could we please turn to TREX-11505.1.2.US.

02:23:21  8          Again, this is a document that we looked at, at your

02:23:24  9    deposition.  The first sentence concerns the UPVC value that

02:23:28 10    was determined by the laboratory for Isabela, which was

02:23:35 11    14.6 for the upper sands and 13.7 for the lower sands.

02:23:38 12          Then there is a sentence that says, "Testing protocol

02:23:41 13    and sample size effects (specifically length-to-diameter ratio)

02:23:46 14    may result in this value underestimating the actual reservoir

02:23:49 15    compressibility."

02:23:54 16          Do you disagree with BP with respect to that

02:23:57 17    statement?

02:23:58 18    A.    I'm not aware of any information, either experimental or

02:24:03 19    theoretical, that would lead me to make that conclusion.  So

02:24:07 20    I'm not sure on what they've based this conclusion, but I guess

02:24:10 21    my simple answer is, no, I don't believe -- I don't think I do

02:24:13 22    agree with that.

02:24:14 23    Q.    Okay.  Dr. Zimmerman, thank you.

02:24:17 24          I'm now going to ask you some questions about the

02:24:20 25    Weatherford testing procedures.

**OFFICIAL TRANSCRIPT**

02:24:22  1           On the subject of saturation with brine, the testing
02:24:28  2     conditions in the laboratory did not match the in situ
02:24:31  3     conditions in the actual reservoir with respect to saturation
02:24:34  4     of the cores; isn't that right?
02:24:37  5     A.   Well, they are not necessarily intended to match the
02:24:41  6     in situ conditions with regard to fluid properties.  The
02:24:45  7     purpose of pore fluid in a pore compressibility measurement is
02:24:52  8     essentially and solely to provide a pressure to the walls of
02:24:55  9     the cores.  As such, various different pore fluids can and have
02:25:00 10     been used in the past, and various different fluids are
02:25:03 11     appropriate.
02:25:03 12     Q.   Dr. Zimmerman, I'm going to ask the same question because
02:25:06 13     I don't think you answered my question.  The testing conditions
02:25:09 14     in the laboratory did not match the in situ conditions in the
02:25:13 15     actual reservoir with respect to the saturation of the cores;
02:25:17 16     isn't that right?
02:25:19 17           MR. FIELDS:  Objection.  Asked and answered,
02:25:21 18     Your Honor.
02:25:22 19           THE COURT:  Overruled.
02:25:23 20           THE WITNESS:  Your questions did not match in terms of
02:25:27 21     saturation.  In terms of oil/water saturation; is that what
02:25:30 22     you're getting at?
02:25:30 23     EXAMINATION BY MR. GLADSTEIN:
02:25:32 24     Q.   Let me try it again, Dr. Zimmerman.  The testing
02:25:34 25     conditions in the laboratory did not match the in situ

                        **OFFICIAL TRANSCRIPT**

02:25:39 1    conditions in the actual reservoir with respect to the

02:25:44 2    saturation of the cores; isn't that correct?

02:25:46 3    A.    In my experience, that's true in all laboratory

02:25:55 4    pore volume compressibility measurements.  I'm not aware of

02:26:00 5    anyone who makes them with in situ reservoir mixture of oil and

02:26:05 6    brine.

02:26:05 7            So the answer is yes, it's not intended to match the

02:26:09 8    properties, and it didn't match the properties, as is

02:26:11 9    universally the case in my experience.  That's not the purpose

02:26:16 10   of pore volume compressibility measurement.

02:26:18 11   Q.    The in situ saturation of the rock in the

02:26:23 12   Macondo Reservoir is with saltwater or brine; isn't that

02:26:23 13   correct?

02:26:30 14   A.    Well, there's brine and hydrocarbon in the

02:26:33 15   Macondo Reservoir, yes.

02:26:33 16   Q.    But the testing at Weatherford was done with samples that

02:26:39 17   were cleaned and dried so that the in situ liquid was removed

02:26:45 18   and then saturated with kerosene before the UPVC test; isn't

02:26:45 19   that right?

02:26:51 20   A.    As is commonly done in many UPVC tests, yes, that's

02:26:55 21   exactly what they did.

02:26:56 22   Q.    The same was done with respect to the ultrasonic velocity

02:27:01 23   measurements, they were tested under dry conditions; isn't that

02:27:05 24   correct?

02:27:07 25   A.    That's correct, because that's, in fact, the intention of

**OFFICIAL TRANSCRIPT**

02:27:09  1   that test is to measure the dry velocities, yes.

02:27:12  2   Q.   Now, in your book under compressibility of sandstones, you

02:27:17  3   suggested a testing procedure that included saturation with

02:27:21  4   brine; isn't that correct?

02:27:22  5   A.   I wouldn't say I suggested.  I described the procedure

02:27:26  6   that I used in my Ph.D.  In those experiments, I did use brine

02:27:30  7   as a saturating fluid.  That's certainly also an acceptable

02:27:34  8   procedure to use, yes.

02:27:35  9   Q.   In your book, you said that the sample should be dried to

02:27:41 10   remove any moisture from the pore and then afterwards carefully

02:27:47 11   saturated with brine; is that correct?

02:27:49 12   A.   That's the method that I use in my Ph.D. experiments,

02:27:53 13   that's correct.

02:27:53 14   Q.   You learned about that method from your professor, who had

02:27:58 15   years of experience with this sort of test, as a matter of his

02:28:02 16   protocol; isn't that right?

02:28:06 17   A.   Yes, that's correct.

02:28:11 18        I should also say that in my book I do mention many

02:28:13 19   other famous experiments on pore volume compressibility that

02:28:16 20   used kerosene.

02:28:17 21   Q.   There were two other mentions of articles in your book

02:28:21 22   where kerosene was used; isn't that right?

02:28:23 23   A.   Two of the most famous and important papers in the history

02:28:27 24   of the field of pore volume compressibilities, yes.

02:28:29 25   Q.   When you had a Ph.D. student a few years ago who did

OFFICIAL TRANSCRIPT

02:28:33 1  compressibility measurements, that student used brine as a pore

02:28:39 2  fluid; isn't that right?

02:28:40 3  A.    Yes.

02:28:40 4  Q.    Now, in your Expert Report, you failed to analyze the

02:28:48 5  effect of testing at saturation conditions different from the

02:28:52 6  in situ saturation conditions of the reservoir; isn't that

02:28:55 7  right?

02:28:55 8  A.    I do not believe that the pore fluid will have an effect

02:29:04 9  on the pore volume compressibility as long as that fluid is not

02:29:08 10 something like an acid, obviously, which would eat away the

02:29:11 11 rock grains; but, any sort of sensible fluid that one would

02:29:14 12 use, I don't believe would have an effect on the

02:29:16 13 compressibility.

02:29:17 14      As I said, the purpose of the fluid in the

02:29:19 15 pore volume compressibility test, if we're just focusing on

02:29:22 16 those tests, is merely to apply a pressure.  One could, in

02:29:26 17 fact, do that with nitrogen.  One doesn't do that for safety

02:29:31 18 reasons, but you could just as well use air or nitrogen.

02:29:34 19      It's just the mechanical effect that one is trying to

02:29:37 20 measure in these pore volume compressibility tests.

02:29:39 21 Q.    Thank you.

02:29:42 22      Let's move to the question of temperature.  The

02:29:45 23 testing conditions in the Weatherford laboratory did not match

02:29:48 24 the in situ conditions in the actual reservoir with respect to

02:29:50 25 the temperature of the cores; isn't that correct?

**OFFICIAL TRANSCRIPT**

02:29:55  1    A.    That's correct.  The laboratory tests were done at

02:29:59  2    so-called room temperature, which is about 20 degrees C.  I

02:30:03  3    believe the reservoir was a temperature of about 110 degrees

02:30:07  4    centigrade.

02:30:08  5    Q.    Which is approximately 240 degrees Fahrenheit, right?

02:30:12  6    A.    Yes, I think so.

02:30:12  7    Q.    In general, compressibility increases as temperature

02:30:17  8    increases; isn't that true?

02:30:18  9    A.    Pore compressibility increases very slightly as

02:30:23 10    temperature increases.  This was something that I was aware of

02:30:25 11    at the time of writing the report, and I considered it to be a

02:30:27 12    relatively small effect, but it is an effect, yes.

02:30:30 13    Q.    The compressibility of a rock will be higher at reservoir

02:30:36 14    temperature than at room temperature; isn't that true?

02:30:39 15    A.    It would be slightly higher, yes.

02:30:40 16    Q.    In your report, you failed to analyze the effect of

02:30:44 17    testing at temperature conditions different from the in situ

02:30:48 18    temperature conditions of the reservoir; isn't that right?

02:30:51 19    A.    I didn't make reference to it because I knew that it would

02:30:54 20    be a relatively small effect.  In fact, it is an effect smaller

02:30:59 21    than the -- much smaller than the difference between the

02:31:02 22    measurements that we have on the three cores.

02:31:04 23          So it's an effect of a few percent, well within the

02:31:09 24    range of uncertainty, just from the data that we have.

02:31:14 25          MR. GLADSTEIN:  Your Honor, I would move to strike the

**OFFICIAL TRANSCRIPT**

02:31:17 1    portion of his answer that talks about the quantification of

02:31:19 2    the effect.  That was one of his ten new opinions.

02:31:26 3            THE COURT:  Well, I think he was just responding to

02:31:28 4    your question, so I'll overrule your motion.

02:31:32 5            MR. GLADSTEIN:  Thank you, Your Honor.

02:31:32 6    EXAMINATION BY MR. GLADSTEIN:

02:31:35 7    Q.   Let's turn to BP's usage of 12 microsips for rock

02:31:38 8    compressibility during the well integrity period.

02:31:41 9            You stated in your report, and here in court today,

02:31:44 10   that you did not believe that BP's decision to recommend a new

02:31:48 11   most likely rock compressibility of 12 was consistent with the

02:31:53 12   data; is that correct?

02:31:57 13   A.   Yeah, I think roughly speaking that's correct.  I didn't

02:32:00 14   see any data that justified that -- that move for changing from

02:32:05 15   a value of six that the data implies to a value of 12, yes.

02:32:09 16   Q.   But you listed as considered materials in your report a

02:32:13 17   number of the e-mails between July 6th and July 8th, and the

02:32:19 18   attachments that went with those e-mails, didn't you?

02:32:25 19   A.   Yes, I have read some -- many of those e-mails, yes.

02:32:28 20   Q.   These e-mails and attachments include UPVC data from other

02:32:32 21   BP wells in the Gulf of Mexico, including Isabela and

02:32:38 22   Santa Cruz, don't they?

02:32:40 23   A.   Yes.

02:32:41 24   Q.   You didn't consider that data?

02:32:43 25   A.   Well, I think I mentioned earlier in my direct testimony

**OFFICIAL TRANSCRIPT**

02:32:46  1    that since there is so much variation in pore volume

02:32:51  2    compressibility between one reservoir and the next, I don't

02:32:52  3    believe that the best way to estimate the pore volume

02:32:55  4    compressibility of a given reservoir is by reference to data

02:32:59  5    taken from other reservoirs.

02:33:00  6    Q.    So you disregarded that data and the opinions of the BP

02:33:06  7    reservoir engineers and geomechanics who had experience in the

02:33:09  8    Gulf of Mexico, didn't you?

02:33:12  9    A.    I'm not sure disregarded is the right word.  I considered

02:33:15 10    that point.  Based on what I've just said, that I don't believe

02:33:19 11    that one can extrapolate from one reservoir to the next, I

02:33:24 12    didn't believe that measurements made on Isabela or Santa Cruz

02:33:28 13    would be useful, and certainly not more useful than actual data

02:33:34 14    taken from the Macondo Reservoir itself.

02:33:36 15    Q.    BP had the same Weatherford core data that you rely on for

02:33:40 16    your opinion, but BP determined that 12 microsips was the most

02:33:45 17    likely value for rock compressibility, didn't they?

02:33:53 18    A.    I'm not entirely sure that's the case.  Again, my reading

02:33:56 19    of those e-mails was that throughout them Steve Willson, who is

02:34:00 20    their resident rock mechanics expert, was arguing for a value

02:34:04 21    of six.  There were a point where the value of 12 was used for

02:34:07 22    certain purposes.  I didn't see any scientific justification

02:34:11 23    for that value of 12.

02:34:14 24          So exactly on what basis they made that decision, I'm

02:34:17 25    not sure, but certainly nothing that I've read convinced me

02:34:20  1   that that was a correct scientific decision to ignore the data

02:34:25  2   or modify the data and somehow jump from six to 12.

02:34:29  3   Q.   You consider measured data at Macondo to be data; is that

02:34:34  4   correct?

02:34:34  5   A.   Yes.

02:34:36  6   Q.   Wouldn't you consider measured data at Isabela to be

02:34:42  7   scientific data?

02:34:45  8   A.   Scientific data from a different reservoir.  As I've

02:34:49  9   mentioned several times, there is so much variation between

02:34:52 10   compressibility of one reservoir to the next.

02:34:54 11        As you can, in fact, see from these graphs that

02:34:56 12   you're alluding to, the range is much larger than the range

02:34:59 13   between six and 12.  So, by comparison with other reservoirs,

02:35:03 14   one can get almost any answer, depending on which other

02:35:07 15   reservoir you decide to use as your proxy.

02:35:12 16   Q.   You would consider measured data from Santa Cruz to be

02:35:16 17   data, too, wouldn't you?

02:35:18 18   A.   By definition, yes.

02:35:19 19   Q.   I'm now going to ask you some questions about the relative

02:35:23 20   degree of --

02:35:23 21        THE COURT:  Let me ask one question.  What was your

02:35:25 22   understanding of why the BP engineers were looking at data from

02:35:33 23   these other wells at that time, from the information you've

02:35:40 24   reviewed?

02:35:42 25        THE WITNESS:  Well, obviously, they had a lot of

**OFFICIAL TRANSCRIPT**

02:35:44  1    experience from these other wells.  These other wells were in

02:35:47  2    the Gulf of Mexico.

02:35:54  3            There did seem to be an implication on the part

02:35:56  4    of some of these people that it was valid to make this type of

02:36:00  5    proxy analog.  I think that that's something that one would do

02:36:05  6    in the lack of data, but given actual data, I don't think that

02:36:11  7    in any way proxy data from a different reservoir would sort of

02:36:15  8    trump or supersede data from the reservoir.

02:36:18  9            I can point -- if I can continue for a second,

02:36:20 10    just going back to a very famous paper by Newman, which maybe

02:36:24 11    we haven't discussed here but is mentioned in my report, his

02:36:28 12    main conclusion -- this is one of the most famous papers in

02:36:32 13    this field -- is that if one wants to know the compressibility

02:36:35 14    of a given reservoir, you need to make measurements on the

02:36:38 15    cores of that reservoir.

02:36:39 16            You cannot base it on analogs with other

02:36:42 17    reservoirs or other rock measurements because there is just too

02:36:45 18    much variability from one reservoir to the other.

02:36:47 19            I hope that answers your question.

02:36:50 20        THE COURT:  I think so.  I'm just trying to understand

02:36:52 21    whether you thought there was some other reason they were doing

02:36:55 22    this, other than to use it as an analog well.

02:36:59 23        THE WITNESS:  No, the term "analog well" comes up a lot

02:37:05 24    in their discussion, so it's clear that that's a part of their

02:37:08 25    workflow to base their initial assessment of the new reservoir

**OFFICIAL TRANSCRIPT**

02:37:11  1    on ones -- and it only makes sense that -- basing it on other

02:37:16  2    reservoirs that they think are similar.

02:37:18  3            I would point out though that, again, I'm not a

02:37:20  4    geologist, but as I recall, the porosities of these other

02:37:25  5    reservoirs were much larger than the porosity at Macondo.

02:37:29  6            So even to a layman, I'm not sure they would be

02:37:32  7    such good analogs because the porosities, I believe, in these

02:37:36  8    other reservoirs were over 30 percent.

02:37:37  9            But, again, this concept of analog is something

02:37:39 10    that the BP reservoir engineers clearly were accustomed to

02:37:43 11    using in their workflow.

02:37:45 12        MR. GLADSTEIN:  Thank you, Your Honor.

02:37:45 13    EXAMINATION BY MR. GLADSTEIN:

02:37:48 14    Q.   Now, your statement assumes that rotary sidewall core data

02:37:53 15    is as valid for determining compressibility as whole core data;

02:37:59 16    isn't that correct?

02:38:01 17    A.   Well, as I said, there is this issue of anisotropy which

02:38:04 18    has to be considered, so I wouldn't say that rotary

02:38:08 19    sidewall core was completely as useful as whole core, if one

02:38:12 20    had whole core, because, as I said, it does sort of beg the

02:38:16 21    issue or raise the issue of anisotropy.

02:38:18 22            So, yes, there is that issue of anisotropy, which I

02:38:25 23    think I've discussed, which is the one issue that I can see

02:38:27 24    that one has to consider when judging the use -- the

02:38:33 25    applicability of data on rotary sidewall cores.

**OFFICIAL TRANSCRIPT**

02:38:35  1   Q.   They had whole core at Santa Cruz, didn't they?

02:38:40  2   A.   I believe that that's what we've just read, yes.

02:38:43  3   Q.   So in your view -- Dr. Zimmerman, we're almost done, and I

02:38:48  4   appreciate --

02:38:48  5        THE COURT:  Let me interrupt you.  Do we know or do you

02:38:53  6   know and understand why no whole core samples were taken on the

02:38:57  7   Macondo?

02:38:58  8        THE WITNESS:  No, I don't know for certain why that --

02:39:06  9   there was some discussion of it in some of the BP documents.  I

02:39:10 10   don't know.  I was not involved in that discussion.

02:39:14 11        THE COURT:  Okay.  All right.  Go ahead.

02:39:17 12        MR. GLADSTEIN:  Thank you, Your Honor.

02:39:18 13            Almost at the end, and I appreciate both of your

02:39:20 14   patience on this.

02:39:20 15   EXAMINATION BY MR. GLADSTEIN:

02:39:22 16   Q.   As you stated on your direct, Dr. Zimmerman, it's your

02:39:26 17   view that the Macondo Reservoir rock falls into the range of

02:39:30 18   weekly consolidated sandstone; isn't that true?

02:39:36 19   A.   Yes.  That's what I stated at my deposition, yes.

02:39:37 20   Q.   If we could bring up defendants deposition D-23953, I

02:39:44 21   would appreciate it.  Demonstrative.  Can we do that?  This is

02:40:11 22   D-23953.  Yes, thank you.

02:40:28 23        Now, in this demonstrative that you were shown on

02:40:31 24   direct, the heading is "Unconsolidated Sands Have Very Low

02:40:36 25   Acoustic Velocities."  You placed Macondo with a star there in

02:40:44 1   the area of the yellow triangles; isn't that correct?

02:40:50 2          MR. FIELDS:  Just for the record, Your Honor, we did

02:40:51 3   not use this on direct examination.

02:40:54 4          MR. GLADSTEIN:  Oh, sorry, I apologize.  It was one of

02:40:57 5   the ones that they provided to us.

02:40:58 6          MR. FIELDS:  The rule is I've got to use it first.

02:41:03 7          MR. GLADSTEIN:  Oh, okay, I apologize, if that's the

02:41:05 8   rule.

02:41:06 9          THE COURT:  Apparently, that's the rule.

02:41:11 10          MR. BROCK:  I'm sorry, as I mentioned, we have a

02:41:12 11   demonstrative coach, and he works with us, like, weekly, to

02:41:16 12   keep us up to speed.

02:41:16 13   EXAMINATION BY MR. GLADSTEIN:

02:41:26 14   Q.   Isn't it true that based on procedures from the

02:41:28 15   Weatherford labs, these cores were treated as friable or

02:41:31 16   unconsolidated when they were recovered?

02:41:37 17          THE COURT:  Was the word "friable"?

02:41:42 18          MS. HIMMELHOCH:  Friable, yes.

02:41:42 19   EXAMINATION BY MR. GLADSTEIN:

02:41:44 20   Q.   Would you define for Your Honor the term "friable,"

02:41:46 21   please.

02:41:46 22   A.   Friable is an operational term that goes back to a paper

02:41:51 23   by George Newman from Chevron in 1973.  He categorized

02:41:55 24   sandstones in three categories of consolidated at one extreme,

02:42:04 25   unconsolidated at the other extreme -- unconsolidated, again,

02:42:05  1  being a loose collection of sand grains -- but what he called

02:42:09  2  friable was a situation where the rock had enough sort of

02:42:12  3  coherence and a high enough level of consolidation that one

02:42:14  4  could create a core and sit it on the table, but, yet, at the

02:42:18  5  same time it was sufficiently weak that one could, by rubbing

02:42:22  6  ones finger against it, break off some of the sand grains or

02:42:27  7  break off a corner.

02:42:28  8          So friable category is somewhere between consolidated

02:42:31  9  and unconsolidated.  I think, for practical purposes, it's

02:42:36 10  somewhat equivalent to what other people would call weakly

02:42:40 11  consolidated.

02:42:43 12  Q.   You are aware that Weatherford had well site procedures

02:42:47 13  for handling the Macondo sidewall cores; isn't that right?

02:42:50 14  A.   Yes.

02:42:51 15  Q.   Now these procedures stated, "If it is determined that the

02:42:55 16  cores are unconsolidated during the initial sample assessment,

02:42:58 17  then the cores will be frozen in the receiver tube using a

02:43:03 18  procedure"; isn't that right?  Do you recall that?

02:43:06 19  A.   I recall reading that, yes, I do.

02:43:07 20  Q.   Do you recall that the Macondo sidewall cores were frozen

02:43:13 21  after they were extracted?

02:43:15 22  A.   Yes, I do recall that.

02:43:17 23  Q.   Isn't it also true that Weatherford noted that numerous

02:43:22 24  Macondo samples that had been recovered were fractured, broken,

02:43:29 25  and in remnants?

02:43:30  1    A.    Yes, I do recall that.  I think that's very common with

02:43:36  2    core recovery from all sorts of reservoirs, that some of the

02:43:40  3    core is damaged and not usable, yes.

02:43:42  4    Q.    Now, to clear up one last point related to BP's rock

02:43:52  5    mechanics expert Stephen Willson, if we could bring up

02:43:57  6    TREX-8774.001, please.

02:44:10  7          Thank you.  If we could highlight the last sentence

02:44:27  8    in the e-mail at the top -- the second to the last sentence.

02:44:30  9          So this is an e-mail from Mr. Willson, who was the BP

02:44:39 10    rock mechanics expert, to David Schott, July 6, 2010, re:

02:44:45 11    Macondo PVC.

02:44:48 12          In this sentence, Mr. Wilson says, "The initial

02:44:53 13    response," in other words, the initial response related to, you

02:44:57 14    know, we should stay with six, "was more to do with what we

02:45:01 15    measured on the Macondo rotary side wall cores, which, as you

02:45:06 16    correctly point out, have some inherent biases."

02:45:11 17          As you've indicated, rotary side wall cores can have

02:45:15 18    inherent biases, can't they, Dr. Zimmerman?

02:45:18 19    A.    Well, as I pointed out, if the rock is anisotropic, then

02:45:25 20    one would measure sort of an improper value.  As I mentioned

02:45:28 21    earlier, based on the other data that I've looked at, I don't

02:45:31 22    see any evidence that these rocks were highly anisotropic.

02:45:39 23          That raises one more point.  I've look at lots of

02:45:39 24    such data over the years, and I honestly don't recall ever

02:45:42 25    seeing sandstones that have anisotropy factors of a factor of

OFFICIAL TRANSCRIPT

02:45:47 1    two.  I've never seen such laboratory data.

02:45:50 2    Q.    The same Weatherford data is the same data that

02:45:54 3    Mr. Willson and other BP reservoir engineers looked at and

02:45:58 4    determined that the most likely pore volume compressibility for

02:46:02 5    the Macondo rock was 12; isn't that correct?

02:46:09 6    A.    Well, strictly speaking, I'm not sure that Steve Willson

02:46:11 7    ever -- from my reading of the document, I'm not sure he ever

02:46:13 8    agreed with that.

02:46:14 9          My interpretation was that he was acquiescing to that

02:46:20 10   value, which was being sort of pressured on him to some extent.

02:46:24 11   So him being their actual resident rock mechanics expert, I

02:46:28 12   think the evidence shows that he was trying to stick to the

02:46:30 13   value of about six.

02:46:34 14   Q.    Let's see if this refreshes your recollection.

02:46:37 15         Could we please turn to TREX-8776.001.  If you could

02:46:50 16   highlight the -- one, two -- third e-mail on this page, the one

02:46:55 17   from Kelly McAughan to Stephen Willson.

02:47:00 18         Do you recall looking at the e-mail that said -- from

02:47:05 19   Kelly McAughan to Stephen Willson, the rock mechanics expert,

02:47:09 20   "How about if we use 6, 12 and 18?"  Do you recall that,

02:47:12 21   Dr. Zimmerman?

02:47:12 22   A.    Yes, I certainly do recall this.

02:47:13 23   Q.    Thank you.

02:47:14 24         Do you recall what the rock mechanics expert

02:47:16 25   responded, in the e-mail right above that?

                          **OFFICIAL TRANSCRIPT**

02:47:19  1              Let's turn to that, please.  Okay.

02:47:29  2              He stated, "That sounds very reasonable to me,

02:47:32  3   Kelly."  Do you recall that, Dr. Zimmerman?

02:47:34  4   A.   This is completely consistent with my interpretation that

02:47:36  5   he was essentially acquiescing to this after several days of

02:47:43  6   him saying -- it was a quote which I'm sure you remember in one

02:47:46  7   of his earlier e-mails saying, I don't think we could go much

02:47:50  8   above six and still honor the data.

02:47:52  9              Then, after a few days of e-mails, he said, okay,

02:47:55 10   sounds reasonable to me.  I interpret that as saying, okay, I'm

02:47:58 11   not going to argue it anymore because I've been overruled.

02:48:01 12              But anyway, getting back to my opinion, again, I

02:48:06 13   would like to emphasize, I still don't see any discussion here

02:48:10 14   that convinces me that the rotary sidewall core value should be

02:48:14 15   multiplied by a factor of two.

02:48:17 16              MR. GLADSTEIN:  Those are my questions, Dr. Zimmerman.

02:48:18 17                Thank you, Your Honor.

02:48:20 18              THE COURT:  All right, sure.

02:48:21 19                Redirect.

02:48:23 20              MR. FIELDS:  No redirect, Your Honor.

02:48:24 21              THE COURT:  Okay.  Thank you, sir.  You're done.

02:48:27 22              THE WITNESS:  All right.  Thank you.

02:48:31 23              THE COURT:  Who is the next witness for defendants?

02:48:37 24              MR. BROCK:  Your Honor, our next witness is

02:48:38 25   Dr. Gringarten, and I think he's in the hall.  I'll step out.

                              **OFFICIAL TRANSCRIPT**

02:48:42  1          THE COURT:  Why don't we stop off and take about a

02:48:45  2  10- or 15-minute recess.

02:48:48  3          THE DEPUTY CLERK:  All rise.

03:10:44  4          (WHEREUPON, at 2:48 p.m., the Court was in recess.)

03:10:44  5          THE DEPUTY CLERK:  All rise.

03:10:46  6          THE COURT:  Please be seated, everyone.

03:11:02  7              Is someone going to examine this witness?

03:11:08  8          MR. BOLES:  Yes, Your Honor.  I was obeying your

03:11:13  9  directive to be seated.

10          THE COURT:  I didn't mean permanently.

11          THE DEPUTY CLERK:  Would you please raise your right

12  hand.  Do you solemnly swear that the testimony you are about

13  to give will be the truth, the whole truth and nothing but the

14  truth, so help you God?

15          THE WITNESS:  I do.

16                        **ALAIN GRINGARTEN**

17   was called as a witness and, after being first duly sworn by

18    the Clerk, was examined and testified on his oath as follows:

19          THE DEPUTY CLERK:  If you'll take a seat, and please

20  state and spell your name for the record.

03:11:23 21          THE WITNESS:  My name is Alain Gringarten

03:11:28 22  G-R-I-N-G-A-R-T-E-N.

03:11:33 23          MR. BOLES:  Dr. Gringarten, I think you better spell

03:11:35 24  your first name, as well, given your country of origin.

03:11:36 25          THE WITNESS:  A-L-A-I-N.

                        **OFFICIAL TRANSCRIPT**

03:11:41  1          MR. BOLES:  Your Honor, Martin Boles on behalf of BP

03:11:43  2   and Anadarko.  If I may proceed?

03:11:45  3          THE COURT:  Yes.

03:11:45  4   VOIR DIRE EXAMINATION BY MR. BOLES:

03:11:48  5   Q.   Dr. Gringarten, can you tell Judge Barbier what you were

03:11:52  6   asked to do for BP in this case.

03:11:53  7   A.   I was asked to evaluate the total discharge from the

03:12:00  8   Macondo Well.

03:12:00  9   Q.   Let's review a little bit about your background that

03:12:08 10   prepared you for this.

03:12:09 11          Let's go to D-23614.

03:12:13 12          Where did you get your education related to your work

03:12:16 13   here, Dr. Gringarten?

03:12:17 14   A.   I have an MSc and PhD from Stanford University.  Then I

03:12:24 15   was a research fellow at the University of California at

03:12:27 16   Berkeley.

03:12:28 17   Q.   That's a research fellow?

03:12:29 18   A.   Yes.

03:12:30 19   Q.   Where do you work now?

03:12:31 20          Let's look at D-23616.

03:12:36 21   A.   I'm a professor of petroleum engineering at

03:12:40 22   Imperial College.

03:12:41 23   Q.   Imperial College.

03:12:43 24          Have you had any leadership positions there?

03:12:45 25   A.   Yes, I'm the Director of the Centre for Petroleum Studies

**OFFICIAL TRANSCRIPT**

03:12:48  1    and I'm the chair of petroleum engineering.

03:12:50  2    Q.   Did you go directly from your Stanford and Berkeley

03:12:55  3    graduate and postgraduate work to academia?

03:12:59  4    A.   No.  I spent 25 years in industry.

03:13:03  5    Q.   Let's look at an overview of that.  D-23615.

03:13:10  6             Can you summarize your work in industry before you

03:13:13  7    went to Imperial College?

03:13:16  8    A.   I spent five years -- well, initially, I spent four years

03:13:20  9    with the French Geological Survey.  Then I spent five years in

03:13:31 10    Schlumberger.

03:13:31 11             THE REPORTER:  I'm sorry?

03:13:31 12             THE WITNESS:  In Schlumberger, S-C-H --

03:13:31 13             THE REPORTER:  Oh, Schlumberger.

03:13:32 14             THE WITNESS:  Yeah, okay.

03:13:37 15             THE COURT:  That's how we pronounce it down here.

03:13:42 16             THE WITNESS:  We might have a few of these.

03:13:45 17             THE COURT:  Go ahead.

03:13:45 18             THE WITNESS:  Then I spent 14 years with Scientific

03:13:50 19    Software - Intercomp before joining Imperial College.

03:13:53 20    EXAMINATION BY MR. BOLES:

03:13:53 21    Q.   After joining Imperial College, did you continue to do

03:13:58 22    consulting work for industry?

03:13:58 23    A.   Yes.  I've been, you know, very active in consulting for

03:14:04 24    oil industry on essentially well test analysis issues.

03:14:09 25    Q.   Now, we're going to be talking a lot about well test

**OFFICIAL TRANSCRIPT**

03:14:13  1   analysis.  Can you briefly summarize what that is.

03:14:15  2   A.    Well, in short, well test analysis is a study of pressure

03:14:19  3   and rate to obtain permeability and other information that

03:14:25  4   characterize the reservoir.

03:14:26  5   Q.    Was well test analysis part of the work you did to analyze

03:14:31  6   the Macondo Well and come up with a cumulative flow estimate?

03:14:36  7   A.    Yes.

03:14:37  8   Q.    Let's go back to the earlier work you did in industry

03:14:39  9   after you left your postgraduate work at Berkeley.

03:14:43 10          Under Schlumberger, in the third bullet point, it

03:14:48 11   says, "Founded well test analysis service."  Can you describe

03:14:51 12   for Judge Barbier what that refers to.

03:14:52 13   A.    I was hired by Schlumberger to create surveys with

03:15:01 14   engineers that would conduct well tests for their clients.

03:15:04 15          The reason I was hired was because I had published a

03:15:07 16   number of papers on well test analyses prior to that.  So what

03:15:12 17   I did there is set up a service that would include -- you know,

03:15:17 18   defining the service, training the engineers, develop the

03:15:35 19   methodology -- training the engineers, developing methodology,

03:15:35 20   you know, and defining the complete service provided to the

03:15:40 21   clients.

03:15:40 22   Q.    Prior to that, what had Schlumberger and other service

03:15:46 23   companies in the oil industry done with respect to well test

03:15:49 24   analysis?

03:15:50 25   A.    Prior to that, they were not doing interpolation.  What

**OFFICIAL TRANSCRIPT**

03:15:58  1    the service company was doing is taking measurements and

03:16:00  2    providing the measurements to the clients, and they thought

03:16:04  3    that the responsibility for interpreting the data was with the

03:16:11  4    clients.

03:16:12  5            Then in 1978, they decide to, you know, go further

03:16:17  6    and provide interpreted data to the client, and that's where,

03:16:23  7    you know, I was hired.

03:16:24  8    Q.   In the second main bullet point there in your industry

03:16:34  9    experience, Scientific Software - Intercomp, the last

03:16:39 10    sub-bullet says, "Developed first commercial well test analysis

03:16:41 11    software."  Can you describe a little bit more about that for

03:16:44 12    Judge Barbier.

03:16:45 13    A.   Yes.  Only certain operating companies had their own

03:16:54 14    software for doing different things, including interpreting

03:16:59 15    well tests data.  I developed such a software when I was in

03:17:06 16    Schlumberger for the well test analysis service.

03:17:10 17            I redeveloped it in Scientific Software, with the

03:17:14 18    objective of selling it to oil companies.  So the first

03:17:21 19    software -- that was the first software that was sold to --

03:17:26 20    that became commercial in 1983.

03:17:29 21    Q.   Does that software still exist as a commercial product?

03:17:34 22    A.   Yes.  It is called Interpret.  That's a software which I

03:17:39 23    have used for doing the work I've done for BP.

03:17:44 24    Q.   Let's go to D-23617.

03:17:48 25            We've summarized, Dr. Gringarten, some of your

**OFFICIAL TRANSCRIPT**

03:17:51 1  professional contributions on this slide.  We won't go over all

03:17:58 2  of them, but if you could tell Judge Barbier about the third

03:18:01 3  bullet, "Standardized well test analysis methodology."

03:18:08 4  A.   Yes.  That was part of the work that I did for creating

03:18:14 5  well test analysis software -- sorry, I managed the service in

03:18:20 6  Schlumberger.

03:18:20 7       What I wanted is to -- something that the engineer

03:18:25 8  doing -- interpreting well test data, pressure and grade, would

03:18:29 9  have confidence in their analyses, and also the clients would

03:18:39 10 be confident in the analysis they received.

03:18:43 11      So I developed a number of check and balance because

03:18:46 12 the problem was with techniques that existed until then, the --

03:18:52 13 those -- there were a number of methods of interpreting tests,

03:18:56 14 but they were not used consistently.  So you could have widely

03:19:02 15 different result of the well test analyses depending on what

03:19:08 16 method used.

03:19:09 17      So, therefore, the well test analyses was not really

03:19:15 18 reproducible, and people were not confident in the results of

03:19:22 19 these analyses.

03:19:22 20      What I did is reorganized the various interpretation

03:19:26 21 technique so that it became consistent.  The result was that if

03:19:31 22 you give well test data to somebody, and they follow -- to

03:19:36 23 several people, and they follow that -- they will get the same

03:19:40 24 result, which is something that was not available before.

03:19:44 25 Q.   Have you applied in this case, Dr. Gringarten, what you

**OFFICIAL TRANSCRIPT**

03:19:49  1    just described, this system of checks and balances, to compare

03:19:53  2    one methodology with another methodology as a consistency check

03:19:57  3    on the reliability of your work?

03:19:59  4    A.    Yes.

03:19:59  5    Q.    Let's skip to the last bullet point that says,

03:20:03  6    "Deconvolution."  Since we're going to be hearing a little bit

03:20:09  7    more about that in the next few minutes, why don't you describe

03:20:10  8    briefly for Judge Barbier what that is.

03:20:11  9    A.    Deconvolution is a method -- it's a mathematical tool, and

03:20:18 10    it's a method of processing the data so that you can use all of

03:20:22 11    the data from the test, not a few data points, for obtaining

03:20:30 12    information from the well test.

03:20:33 13          We developed that in my team, and that allowed us to

03:20:38 14    see, you know, very far into the reservoir, in fact, to see

03:20:41 15    everything that has been reached by the pressure signal.

03:20:44 16    Q.    Is that now a standard tool in the petroleum industry?

03:20:48 17    A.    Yes.  It has been -- we developed that tool in the year

03:20:53 18    2001, 2002.  It has been incorporated in all the existing

03:20:59 19    well test interpretation software starting in 2006.

03:21:07 20          MR. BOLES:  Your Honor, at this time BP would tender

03:21:12 21    Dr. Gringarten as an expert in petroleum engineering and

03:21:12 22    well test analysis.

03:21:13 23          THE COURT:  No objections.  Okay, he's accepted.

03:21:13 24    DIRECT EXAMINATION BY MR. BOLES:

03:21:18 25    Q.    Dr. Gringarten, did you prepare a report describing your

OFFICIAL TRANSCRIPT

03:21:22  1   calculations and supporting work in this case?

03:21:23  2   A.    Yes.

03:21:23  3   Q.    D-24660, please.

03:21:29  4         Is this the cover page of your Expert Report?

03:21:31  5   A.    Yes.

03:21:33  6         MR. BOLES:  Your Honor, we would offer Dr. Gringarten's

03:21:35  7   report, which is TREX-11696R, into evidence.

03:21:42  8         THE COURT:  All right, it's admitted.

03:21:42  9         (WHEREUPON, Exhibit TREX-11696R was admitted into

03:21:42 10  evidence.)

03:21:42 11  EXAMINATION BY MR. BOLES:

03:21:44 12  Q.    Dr. Gringarten, at a high level can you describe the basic

03:21:48 13  sequence of analysis and work you did to estimate cumulative

03:21:53 14  flow?

03:21:54 15  A.    Well, I have done it in two steps.  One is I have

03:22:01 16  calculated permeability from data measured at the reservoir

03:22:09 17  level before the spill.  Then I've used that permeability and

03:22:16 18  pressure measured during the spill and during the shut-in

03:22:20 19  following the spill to calculate the rate during the spill from

03:22:24 20  which I could calculate the total discharge.

03:22:27 21  Q.    Let's look at a summary of your opinions on those two

03:22:32 22  stages, D-24661.

03:22:36 23        Can you summarize for Judge Barbier the opinions

03:22:39 24  you've arrived at in this case.

03:22:41 25  A.    Yes, I've found that the permeability of the reservoir is

**OFFICIAL TRANSCRIPT**

03:22:44  1    238 millidarcies, and that the cumulative discharge of oil is

03:22:50  2    between 2.4 and 3 million stock-tank barrels.

03:22:53  3    Q.    Let's turn first to the first of those opinions, your

03:22:59  4    determination of the permeability of the Macondo Reservoir.

03:23:04  5            What method did you use to estimate that

03:23:06  6    permeability?

03:23:06  7    A.    Well, I've used well test analysis.

03:23:11  8    Q.    Let's look at an overview of well test analysis at

03:23:19  9    D-23599-1.

03:23:19 10            What does this teach us about well test analysis,

03:23:23 11    Dr. Gringarten?

03:23:24 12    A.    Well test analysis is a study of the relationship between

03:23:29 13    pressure, flow rates and permeability.  In the normal

03:23:32 14    well tests, the flow rates and the pressure are measured, and

03:23:37 15    then you can calculate the permeability.  But this figure

03:23:42 16    showed that if you know two of the quantities, then you can

03:23:46 17    calculate the third one.

03:23:47 18            So if you know the permeability and if you know the

03:23:50 19    pressure, then you can calculate the flow rate.

03:23:52 20    Q.    Let's quickly review what permeability is.

03:23:56 21            Let's go to D-23596A.

03:23:59 22            Can you describe for Judge Barbier, what is this

03:24:01 23    property of permeability?

03:24:05 24    A.    Okay.  What we have here, we have done two representations

03:24:07 25    of a reservoir that's at the, you know, micro scale.  We have

**OFFICIAL TRANSCRIPT**

03:24:15 1   in brown, these are the sand grains.  In gray, we have the pore

03:24:24 2   space between the grains.

03:24:25 3          We have more conductivity in this figure on the

03:24:29 4   right-hand side than we do on the left-hand side.  So this

03:24:34 5   reservoir here is less permeable than this reservoir there.

03:24:40 6   The consequence is that the -- permeability characterize how

03:24:44 7   easy it is for fluid to flow through a formation.  So it's more

03:24:48 8   difficult to flow -- for the fluid to flow in this in the

03:24:52 9   left-hand side, than it is on the right-hand side.

03:24:55 10         The rate of production is proportional to

03:24:59 11  permeability.  So if you double the permeability, then you

03:25:04 12  double the flow rate.  That's the reason permeability is a key

03:25:07 13  to understanding the flow rate.

03:25:08 14  Q.   Is there a name, Dr. Gringarten, in the petroleum industry

03:25:12 15  for this relationship between flow rate and permeability and

03:25:16 16  pressure?

03:25:19 17  A.   Well, the --

03:25:21 18  Q.   Sorry to interrupt you.  Let's go to D-23599A.

03:25:27 19  A.   The flow rate, permeability and pressure change are linked

03:25:32 20  by what is called Darcy's law.  Darcy's law was developed by

03:25:48 21  Mr. Darcy in 1851.  He proved experimentally that the flow rate

03:25:59 22  was proportional to something that he calls the permeability

03:26:02 23  and the pressure differential in the reservoir.

03:26:06 24  Q.   I see you have a little flag emblem there.  Where was

03:26:10 25  Mr. Darcy from?

OFFICIAL TRANSCRIPT

03:26:11  1    A.    He was French.

03:26:14  2          He developed that study -- he had to study the flow

03:26:19  3    of the fountains in the town of Dijon, which is known for the

03:26:30  4    mustard, and that's how he came up with that relationship,

03:26:33  5    which he found experimentally.

03:26:36  6    Q.    Now, have you worked with Darcy's law in your past work in

03:26:39  7    well test analysis petroleum engineering?

03:26:42  8    A.    Darcy's law is the fundamental law for flow in porous

03:26:48  9    media, so that's what we work with.

03:26:50 10    Q.    Now, Judge Barbier has heard about another fundamental law

03:26:54 11    involved in reservoir engineering called the material balance

03:26:58 12    equation.  Can you compare or describe the relationship between

03:27:04 13    Darcy's law and the material balance equation?

03:27:07 14    A.    Material balance is about conservation of mass, which says

03:27:10 15    that if you have a certain volume what comes out is equal to

03:27:15 16    what came in, minus what stays in.

03:27:19 17          The Darcy's law is more about the flux that goes

03:27:24 18    through the volume.  If we take an analogy in finance, for

03:27:28 19    instance, the material balance will be the balance sheet, and

03:27:31 20    Darcy's law would be the income statement.

03:27:33 21    Q.    Now, let's look at how you applied Darcy's law to your

03:27:40 22    work in Macondo, if we can go to the next slide.

03:27:48 23          How did you use these relationships in starting your

03:27:53 24    analysis of permeability?

03:27:55 25    A.    Well, first, I used flow rate and pressure measured prior

**OFFICIAL TRANSCRIPT**

2513

03:28:02  1    to the spill at the bottom of the well to calculate

03:28:07  2    permeability.

03:28:10  3    Q.    How did you get flow rate and pressure measured prior to

03:28:13  4    the spill at the reservoir?

03:28:16  5    A.    There is a tool that has been used which is called the MDT

03:28:22  6    tool, which was run on April 12th, and which gathered flow rate

03:28:31  7    and pressure through an experiment at the bottom of the well.

03:28:35  8    Q.    Let's look quickly at D-23600.

03:28:40  9          Does this summarize this next step that you're going

03:28:44 10    to describe with the MDT tool?

03:28:46 11    A.    Correct.

03:28:47 12    Q.    Now, let's have you tell us a little bit about the MDT

03:28:48 13    tool.  Let's go to D-23604-1B.

03:28:53 14          What is an MDT tool, Dr. Gringarten?

03:28:56 15    A.    What we have here is, you know, the schematic of the

03:29:01 16    reservoir.  So the brown, the dark ribbon vertical is

03:29:07 17    representing the well.  The gold brown horizontal represents

03:29:11 18    the reservoir.

03:29:12 19          The MDT tool is a trademark of Schlumberger.  The

03:29:18 20    general term is wireline formation tester.  So that tool is

03:29:23 21    lowered at the bottom of the well with a cable, an x-ray cable,

03:29:29 22    and it's located near at the reservoir.  The probe is inserted

03:29:34 23    into the reservoir and --

03:29:39 24          So initially the fluid is contaminated by the mud

03:29:43 25    during drilling.  As you keep pumping, the signal extends into

**OFFICIAL TRANSCRIPT**

03:29:48  1   the reservoir, and the fluid becomes less and less contaminated

03:29:54  2   until you get the reservoir fluid, which is then taken as

03:29:58  3   sample for PVC analysis.

03:30:00  4   Q.   What are we looking at in this zoom-out of that

03:30:09  5   demonstrative?

03:30:10  6   A.   Well, this represent how far the pressure signal has

03:30:14  7   reached in the formation.  In the PVC test that I have

03:30:21  8   calculated, we reached about 600 feet, which is about half the

03:30:25  9   distance to the closest boundary of the reservoir.

03:30:30 10       So the zone investigated is quite large, and,

03:30:34 11   therefore, the permeability we calculated from the pressure and

03:30:36 12   the rate measurements of two are representative of the

03:30:41 13   permeability of the reservoir.

03:30:43 14   Q.   How long does that -- we saw a speeded-up version of that

03:30:47 15   process.  How long does that pumping go on in gathering the

03:30:51 16   sample from the reservoir that we just saw represented?

03:30:55 17   A.   Three to four hours.

03:30:56 18   Q.   What's the importance of that?

03:31:00 19   A.   Well, as I said, the longer you pump, the further away the

03:31:06 20   pressure signal goes, and therefore the larger the zone of the

03:31:12 21   reservoir which is investigated, you know, during the test.

03:31:16 22   Therefore, the larger zone is more representative of the

03:31:21 23   permeability you calculate from the data.

03:31:23 24   Q.   Now, what data are you getting from the procedure we just

03:31:28 25   looked at?

**OFFICIAL TRANSCRIPT**

03:31:30  1          Let's go to D-23604-2.

03:31:34  2    A.   Well, what we have at the top here is a graph.  Time is on

03:31:41  3    the Y axis.  We have pressure on the X axis.  So as we pump,

03:31:48  4    the pressure is recorded, and the rate is recorded as well.  So

03:31:52  5    in blue we have the pressure versus time as we are pumping, and

03:31:58  6    we have the rate in green versus time.

03:32:01  7          So this information is being recorded during the

03:32:05  8    pumping, and that's what we use for doing the well test

03:32:08  9    analysis.

03:32:09 10    Q.   This recording of pressure and rate at the same time was

03:32:14 11    done on what date?

03:32:16 12    A.   That was done in April the 12th -- on April the 12th.

03:32:18 13    Q.   Is this the only collection of rate and pressure

03:32:25 14    information taken directly at the reservoir prior to the

03:32:30 15    incident?

03:32:30 16    A.   Yes.

03:32:31 17    Q.   Are you the only expert in this case, up until the

03:32:37 18    rebuttal reports, who used this information to try to estimate

03:32:40 19    permeability?

03:32:40 20    A.   Yes.

03:32:40 21    Q.   Now, let's go -- let's look at the data that is depicted

03:32:48 22    from the MDT test.  What data are you going to use there in

03:32:52 23    your analysis to calculate permeability?

03:32:54 24    A.   Well, what we have in blue here is complete recording

03:33:03 25    during the pumping.  Whenever the rate decreased, then the

OFFICIAL TRANSCRIPT

03:33:10  1    pressure goes up.

03:33:13  2            From time to time, the tool has been shut, and the

03:33:19  3    pressure -- the rate becomes zero, and so the pressure goes up.

03:33:22  4    This is what we call buildup.  So there are a number of

03:33:26  5    buildups, which I have analyzed with focus on the very last

03:33:31  6    one.

03:33:31  7    Q.   What does a buildup of pressure do, Dr. Gringarten?  I

03:33:36  8    would ask you to refer to the bottom part of this diagram,

03:33:39  9    those pressure signals that you described earlier.

03:33:43  10   A.   Well, the buildup is when the -- you shut the tool.  The

03:33:50  11   signal pressure, you know, keeps going on, even during this

03:33:54  12   buildup.

03:33:56  13   Q.   Now let's take a look at another diagram to illustrate how

03:34:00  14   you analyze that pressure signal during a buildup going through

03:34:04  15   the reservoir.  D-24676.

03:34:09  16           Can you describe for Judge Barbier how this

03:34:14  17   representation of a pressure signal gives you information that

03:34:17  18   you use to calculate permeability.

03:34:19  19   A.   Okay.  What we -- what we have here is a schematic of the

03:34:27  20   reservoir, so that's the well.  Here we have the boundary of

03:34:31  21   the reservoir, so this brown is the reservoir.  This is the

03:34:34  22   well.

03:34:34  23           When we start producing, then the pressure signal

03:34:41  24   goes away from the well.  Initially it is, you know, radial,

03:34:47  25   and so we have radial flow.  What we look at is the rate of

**OFFICIAL TRANSCRIPT**

03:34:55 1    change of the pressure versus time, which is the derivative.

03:35:00 2    Q.    Where is that on that diagram?

03:35:01 3    A.    This is the derivative here, where we plot the derivative

03:35:05 4    versus time.  The derivative exhibit the shape, which

03:35:11 5    characterize a reservoir.

03:35:13 6          So at the beginning, we have something that

03:35:16 7    characterize what is in the well or very close to the well.

03:35:19 8    Then when we develop this radial flow, we have stabilization

03:35:27 9    from which we can calculate the permeability, and then we have

03:35:31 10   the boundary.  Where we see those two boundaries, that's this

03:35:34 11   signal here, where there was -- what we call channel flow.

03:35:38 12         Then, when we reach the end of the reservoir, then we

03:35:41 13   have a different signal here, which we call a closed reservoir.

03:35:46 14         So the derivative allows us to see exactly, you know,

03:35:50 15   what the reservoir is and how it behaves.

03:35:53 16   Q.    Now, which part of that derivative plot at the bottom of

03:35:58 17   pressure change over time, which part of that plot do you look

03:36:02 18   at to -- in your calculation of permeability?

03:36:07 19   A.    The permeability is given by the flat part here.  That's

03:36:11 20   what I have used in my analysis.  As a by-product, you know, I

03:36:17 21   get everything, but essentially my objective was to obtain this

03:36:22 22   part here and calculate the permeability.

03:36:24 23   Q.    That's the flat radial flow period?

03:36:28 24   A.    Correct.

03:36:28 25   Q.    Now, let's take a look at that in a simplified way as it

**OFFICIAL TRANSCRIPT**

03:36:33  1    relates to your calculation of permeability.  Let's go to

03:36:37  2    D-24662.

03:36:39  3          This is the pictures we had earlier of low and high

03:36:45  4    permeability.  How are those then represented in what you look

03:36:48  5    for in the derivative plot or pressure?

03:36:52  6    A.    So these are -- this is the -- on the left-hand side, we

03:36:56  7    have the low permeability reservoir.  On the right-hand side,

03:37:00  8    we have the high permeability reservoir.

03:37:02  9          The shape of the derivative, which we have here and

03:37:06 10    there, are the same.  The difference between the two is that

03:37:09 11    the stabilization from which we calculate the permeability

03:37:13 12    would be higher for the low permeability reservoir than for the

03:37:18 13    higher permeability reservoir.

03:37:19 14    Q.    So a lower permeability has a higher radial flow

03:37:23 15    stabilization on the derivative plot?

03:37:25 16    A.    That's correct.

03:37:26 17    Q.    The higher permeability has a lower radial flow

03:37:31 18    stabilization flatness on the derivative plot?

03:37:34 19    A.    This is correct.

03:37:34 20    Q.    Now, let's take these concepts and these simplified plots,

03:37:37 21    and let's look at the actual data plotted as a pressure

03:37:41 22    derivative from this MDT test.  D-24665.

03:37:46 23          Explain to Judge Barbier what this is,

03:37:49 24    Dr. Gringarten, and how you used it to calculate permeability.

03:37:53 25    A.    So what we see here, the triangle in blue represents

**OFFICIAL TRANSCRIPT**

2519

03:37:58  1   derivative data.  So these are the data of the derivative of

03:38:02  2   one of the tests.

03:38:04  3          We can see here that the data stabilized in this

03:38:08  4   region.  We have something which is flat here.  That's what is

03:38:12  5   used for doing the analysis.

03:38:15  6          The result of the analysis is this red curve here,

03:38:23  7   which -- you know, whereas the flat part goes through the data,

03:38:24  8   and, in fact, it's fitted by nonlinear regression to the data.

03:38:38  9   Q.   Dr. Gringarten, that nonlinear regression that you used to

03:38:45 10   fit that red curve to the data so you can calculate

03:38:48 11   permeability, is that commonly used in the petroleum industry

03:38:52 12   for this kind of analysis?

03:38:53 13   A.   Yes.  That's standard in all the well test interpretation

03:38:58 14   software.

03:38:58 15   Q.   That's well test interpretation software?

03:39:01 16   A.   Yes.

03:39:02 17   Q.   How many times in your career have you used a derivative

03:39:07 18   analysis like this and fitting a curve in it to calculate a

03:39:13 19   permeability for an oil company client?

03:39:18 20   A.   The derivative approach has been developed in 1983, and so

03:39:22 21   I've used it since then.  It's what you use in doing well test

03:39:27 22   interpretation.

03:39:27 23   Q.   Rough ballpark figure the number of times you've used this

03:39:31 24   method for oil company clients in your consulting?

03:39:33 25   A.   A few thousand.

**OFFICIAL TRANSCRIPT**

03:39:35  1    Q.   Now, we can see that there are some blue triangles above
03:39:42  2    and below your red line.  What's your analysis of that for
03:39:48  3    Judge Barbier?
03:39:48  4    A.   Well, this represents a scattering of the data.  You know,
03:39:52  5    you have better data than that usually, or you could have, you
03:39:57  6    know, worse detail than that.  That's not unusual.
03:40:01  7         So what we can do with that is account for the
03:40:06  8    scattering in the uncertainty analysis, because we could
03:40:14  9    imagine that we could have drawn that red stabilization above
03:40:18 10    the data, and we could have drawn it below the data, and that
03:40:22 11    range, you know, is a range that we can calculate the
03:40:26 12    uncertainty on the permeability.
03:40:28 13    Q.   We'll look momentarily at how you treated that uncertainty
03:40:32 14    in terms of your quantification of permeability, but I want to
03:40:39 15    focus on that scatter that you just referred to.  Is that about
03:40:41 16    a scatter around the red line that you fitted to the data, is
03:40:44 17    that something you've ever experienced before in your prior
03:40:47 18    well test analysis work?
03:40:48 19    A.   Yes.
03:40:48 20    Q.   How many times would you say you've seen data plotted in a
03:40:55 21    derivative analysis that has that much scatter?
03:40:58 22    A.   In general, you prefer to interpret data that have a lot
03:41:02 23    less scatter, but you don't have control of that.  So, you
03:41:05 24    know, sometimes you have less scatter, you have more scatter.
03:41:10 25    I would say maybe 20 percent of the case, 25 percent of the

**OFFICIAL TRANSCRIPT**

03:41:13  1    cases are, you know, similar to that.

03:41:16  2    Q.   25 percent of the thousands of cases?

03:41:18  3    A.   Yes, yes.

03:41:18  4    Q.   Now, in the 30 years you've been doing this for industry

03:41:23  5    clients using this kind of derivative analysis and the hundreds

03:41:26  6    of times that you've confronted data of a noisiness or a

03:41:32  7    scatter like this, has any oil company ever come back to you

03:41:35  8    and said, Dr. Gringarten, we found out that the permeability

03:41:40  9    you calculated for us was wrong?

03:41:42 10    A.   No.

03:41:42 11    Q.   What's the first time in the 30 years you've been doing

03:41:44 12    this, Dr. Gringarten, that someone has ever said to you, what

03:41:48 13    Dr. Gringarten has done is wrong?

03:41:49 14    A.   Well, this is the first time with the rebuttal.

03:41:52 15    Q.   Let's take a look at -- what are some of the things you do

03:42:03 16    in addition to quantifying an uncertainty range to give

03:42:10 17    yourself assurance that you fitted the data properly to these

03:42:16 18    derivative points?

03:42:16 19    A.   Well, we compare -- we do the same type of plot.  You

03:42:21 20    know, here we have data, and we have a model that we feed

03:42:27 21    through the data.  We verify that the same model can match data

03:42:32 22    in different presentations.  So we -- in different plots.

03:42:35 23         So we do a verification process.  In fact, the

03:42:40 24    verification process is part of the methodology I established

03:42:45 25    in order to give confidence to both the interpreter and the

**OFFICIAL TRANSCRIPT**

03:42:50   1    person that received the interpretation.

03:42:51   2    Q.   Let's take a look at D-24666.  That's slide 21, please.

03:42:59   3         Is this part of this verification process you

03:43:01   4    described?

03:43:01   5    A.   Yes.

03:43:02   6    Q.   Tell Judge Barbier what this is and how you used it.

03:43:08   7    A.   Well, this is a different way of looking at the data.

03:43:12   8    That's called Horner plot.  So these are the same data but

03:43:19   9    presented differently.

03:43:20  10         We have other plots of the same nature.  The

03:43:25  11    verification is to make sure that you can reproduce the -- you

03:43:31  12    know, your model, you know, goes through the data.  So, you

03:43:34  13    know, you need to able to reproduce the various plots that you

03:43:38  14    could use and reproduce a derivative as well.

03:43:43  15    Q.   Is there another name for a Horner plot?

03:43:46  16    A.   It's called a superposition plot.

03:43:48  17    Q.   Is it sometimes called a semilog plot?

03:43:52  18    A.   A semilog plot is a simplification of the Horner plot, but

03:43:59  19    it's -- that's what we call it in industry.

03:44:01  20    Q.   Now, we've look at the derivative plot that you said was

03:44:04  21    the more modern method, and now this Horner plot, or semilog

03:44:10  22    plot.  What method did your counterpart expert, the rebuttal

03:44:12  23    expert, Dr. Larsen, use when he tried to analyze permeability?

03:44:17  24         MS. HIMMELHOCH:  Objection, Your Honor.  This goes to

03:44:19  25    surrebuttal, which you've ruled is improper.

**OFFICIAL TRANSCRIPT**

03:44:21  1        MR. BOLES:  I just asked him to identify what the

03:44:24  2   method was that Dr. Larsen used, but I can go at this another

03:44:28  3   way.

03:44:28  4        MS. HIMMELHOCH:  Dr. Larsen can't testify --

03:44:30  5        THE COURT:  Why don't you go ahead.  Okay.

03:44:30  6   EXAMINATION BY MR. BOLES:

03:44:33  7   Q.   Let me ask you this, Dr. Gringarten.  Did you consider

03:44:39  8   using only one method, namely, this semilog/Horner plot method,

03:44:46  9   just using that and not a derivative plot as well?

03:44:49 10        MS. HIMMELHOCH:  Your Honor, again, this is an attempt

03:44:50 11   at surrebuttal by redisguising the question.

03:44:55 12        MR. BOLES:  This is discussed in his expert report,

03:44:57 13   Your Honor.  At Page 13 of Dr. Gringarten's expert report, he

03:45:00 14   specifically describes, as he mentioned during his

03:45:04 15   qualifications, how the verification is done through using

03:45:07 16   multiple methods, and that the improvements over the

03:45:13 17   generations of well test analysis have come about from using

03:45:16 18   both this kind of older method and the derivative plot.

03:45:20 19        He specifically discusses that in his report as

03:45:22 20   to why his analysis is more reliable because he uses both

03:45:26 21   methods and uses one to confirm the other.  That's on Page 13

03:45:30 22   of his expert report, for example.

03:45:32 23        MS. HIMMELHOCH:  Your Honor, he does talk about the

03:45:34 24   history of well test analysis.  The way the question was

03:45:36 25   phrased, it implies something about the manner in which

03:45:40  1    Dr. Larsen did his analysis.  That was the reason that I

03:45:43  2    objected as surrebuttal.

03:45:44  3            If he phrases the question as what methodologies

03:45:48  4    did he use or what was the evolution of well test analysis, I

03:45:53  5    will withdraw my objection.

03:45:53  6        MR. BOLES:  I'll rephrase the question, give it one

03:45:53  7    more try.

03:45:53  8    EXAMINATION BY MR. BOLES:

03:45:55  9    Q.   Dr. Gringarten, why did you choose to use both a Horner,

03:45:59 10    or semilog, method and the more advanced derivative plot when

03:46:05 11    you calculated permeability?

03:46:08 12            Let's look at D-24667.

03:46:14 13    A.   Okay.  As illustrated here, what we have here, Your Honor,

03:46:19 14    we have a log-log plot with derivative, as I've described

03:46:25 15    before.  We call that a log-log plot because the pressure and

03:46:28 16    the time are plotted on a log axis.

03:46:32 17            This is the Horner plot, which, you know, is also

03:46:36 18    called a semilog plot or, more generally, superposition.  This

03:46:41 19    is a plot that was developed, you know, in the '50s, in '49 to

03:46:46 20    '51.  That's essentially the only analysis tool that was

03:46:54 21    available until the late '70s.

03:46:58 22            The problem with this tool is that it is very

03:47:03 23    difficult to know where -- how to calculate the permeability.

03:47:06 24    So you could have different permeabilities and still get a good

03:47:11 25    match on that plot.

03:47:13  1    Q.    When you say different permeabilities on that plot, maybe

03:47:18  2    you could make reference to the colors.

03:47:19  3    A.    Yes.  Essentially we have three possible permeabilities,

03:47:23  4    the red one, the blue one and the black one, I guess -- okay,

03:47:30  5    yes.  So I see it better here.  It's red, green and then blue.

03:47:37  6    Q.    Do those represent different permeabilities?

03:47:39  7    A.    They correspond to different permeabilities, and they all

03:47:44  8    match reasonably well the data on that plot.

03:47:46  9          However, if you look at, on this plot on the

03:47:52 10    derivative, you will see that only the green one matches.  The

03:47:57 11    red one gives a permeability which is too low.  The blue one

03:48:18 12    gives a permeability that is too high.

03:48:22 13          You couldn't see that on this plot, but it is very

03:48:25 14    obvious on the derivative plot.  That's the reason why, you

03:48:29 15    know, the methodology requires that, you know, you use the

03:48:36 16    derivative not only to identify the stabilization, but also to

03:48:40 17    verify that the model you've used match the derivative data.

03:48:45 18    Q.    Are there any other steps you took besides looking at two

03:48:53 19    different kinds of plots of pressure versus time, any other

03:48:57 20    things you did to confirm or verify the number you were

03:49:04 21    calculating for permeability?

03:49:05 22    A.    Yes.  I also used deconvolution, which was developed, you

03:49:11 23    know, in the year 2000, 2001 -- what that does is extend the

03:49:17 24    information.

03:49:19 25          In other words, the plot we had before represented

**OFFICIAL TRANSCRIPT**

03:49:26  1    the type of buildup, so that's a small portion of the entire

03:49:32  2    test.  With deconvolution, then I can get the same kind of

03:49:35  3    derivative but for the duration of the test.

03:49:39  4         So, for instance, to give an example, with Macondo we

03:49:43  5    had a buildup of 19 days, but we had -- and so the derivative I

03:49:49  6    can get from the buildup will have the duration of 19 days,

03:49:55  7    1-9, whereas the spill has a duration of 86 days.  With

03:50:05  8    deconvolution, then I can get a derivative that has a duration

03:50:11  9    of 86 plus 19 days.  So I can see a lot further in the

03:50:16 10    reservoir than I would otherwise, and that allows me to confirm

03:50:22 11    what I see on the buildup and get additional information.

03:50:26 12         THE COURT:  Explain to me again the term

03:50:27 13    "deconvolution."

03:50:29 14         THE WITNESS:  Deconvolution is a mathematical process

03:50:32 15    which, let's say, during a test we have the rate going up or

03:50:43 16    going down.  Consequently, the pressure goes up or goes down.

03:50:48 17    Deconvolution will recalculate what the pressure would be if

03:50:52 18    the rate had been constant, in a nutshell.

03:50:57 19         Therefore, you know, if I have rates going up or

03:50:59 20    going down, I can only do the interpolation for a period was

03:51:04 21    already constant.  That's what we normally get to do.  So, for

03:51:09 22    instance, usually we use a buildup, and the buildup has a

03:51:13 23    duration which is small compared to the entire test.

03:51:16 24         With deconvolution, I can convert the entire test

03:51:21 25    into a single throw down, which is equivalent to the buildup,

**OFFICIAL TRANSCRIPT**

1    and therefore finds a signature, the complete signature of the

2    system.

3    EXAMINATION BY MR. BOLES:

4    Q.   Let's follow up on Judge Barbier's question.  We have been

5    focusing here on the MDT tool data from April 12th.  Let's take

6    the shut-in of the well on July 15th and the buildup that you

7    analyzed from that shut-in period until the data flow ended

8    with the killing of the well.

9         How did you use deconvolution there to explore the

10   nature of the reservoir and in the way you just described.

11   A.   Sorry, could you repeat the question.

12   Q.   Specifically with respect to the issue of an aquifer,

13   Dr. Gringarten, does this process of deconvolution which you

14   described allow you to reach a conclusion about whether or not

15   there is an aquifer actively supporting pressure in the

16   Macondo Reservoir?

17   A.   Yes, because deconvolution gives what would be the

18   signature of the system for the entire duration of the pressure

19   measurements.  So if there is -- so I can see regular flow.  As

20   I mentioned before, I could see the lateral boundaries and

21   could see the size of the reservoir because they all give

22   different shapes.

23        If I have an aquifer, then it would give, you know, a

24   shape which is calculated for the aquifer.  So here, I have not

25   seen that shape.  So the conclusion is that there is no effect

03:52:56  1    of an aquifer, at least during the data that have been

03:53:00  2    measured.

03:53:01  3    Q.   Now, let's go back to your actual derivative plot for the

03:53:09  4    Macondo MDT tool test from April 12, 2010.  Let's look at,

03:53:13  5    again, D-24665.

03:53:16  6          What did you -- what did you do to quantify the

03:53:24  7    uncertainty around the permeability represented by the red line

03:53:28  8    there?

03:53:30  9          MS. HIMMELHOCH:  Your Honor, I'm not so much objecting

03:53:34 10    as requesting a pin cite for this.  I can't find this graph in

03:53:37 11    his report, and I'm just trying to make sure I understand what

03:53:40 12    he's asking about.

03:53:42 13          MR. BOLES:  Well, it certainly comes from the report.

03:53:44 14    I don't have a pin site at the moment, but my colleagues can be

03:53:47 15    looking for that.  I'll go on to --

03:53:50 16          THE COURT:  Is this chart from your report?

03:53:53 17          THE WITNESS:  Yes.

03:53:54 18          THE COURT:  Graph?

03:53:55 19          THE WITNESS:  Yes.

03:53:56 20          MS. HIMMELHOCH:  Thank you, Your Honor.

03:53:56 21    EXAMINATION BY MR. BOLES:

03:53:58 22    Q.   Let's look at how you analyzed that uncertainty with

03:54:01 23    D-24668.

03:54:04 24          What is this, Dr. Gringarten?

03:54:06 25    A.   Okay, as I said before, I've looked at the upper bound of

**OFFICIAL TRANSCRIPT**

03:54:10  1   the red line and the lower bound of the red line, and that give

03:54:14  2   me the uncertainty of where to calculate the permeability, at

03:54:19  3   what level should the permeability be calculated.

03:54:23  4        I have also taken into account the other

03:54:25  5   uncertainties, the uncertainty on every parameter that goes

03:54:30  6   into the calculation.  So that's the uncertainty from the

03:54:33  7   measurement of the pressure, uncertainty on the measurement of

03:54:37  8   the flow rate, uncertainty in the viscosity and so on and so

03:54:41  9   forth, all the parameter that I use to, you know, help me

03:54:44 10   calculate permeability.

03:54:46 11        To evaluate the uncertainty, I've done a

03:54:50 12   probabilistic approach, which is using Monte-Carlo simulation

03:54:55 13   which goes through all the possible values of every parameter

03:55:01 14   and come up with this result here, which is a, you know,

03:55:04 15   bell-shaped curve, which gives me the distribution of the

03:55:10 16   values.

03:55:13 17        And so the most likely value is the median value,

03:55:16 18   which is, in this case, 238 millidarcy.  And in the oil

03:55:23 19   industry we call that a P50.

03:55:27 20        And we give two other values.  One is a P90, which is

03:55:31 21   here, 170 millidarcy.  And P90 means that there is 90 percent

03:55:37 22   chance that the permeability has a higher value than 170.

03:55:42 23        And the other value that is typically given in the

03:55:44 24   oil industry is a P10, which says that the permeability has

03:55:50 25   only 10 percent probability to be greater than this value,

**OFFICIAL TRANSCRIPT**

03:55:53 1    which is, in this case, 329 millidarcy.

03:55:57 2          And this representation, P50, P90, P10, is what

03:56:03 3    typically we do, for instance, for reference.

03:56:07 4          THE COURT:  It looks like a bell curve.

03:56:10 5          THE WITNESS:  That's correct.  That's exactly what it

03:56:10 6    is.

03:56:10 7    EXAMINATION BY MR. BOLES:

03:56:11 8    Q.   Dr. Gringarten, is there an expert in this case who used

03:56:16 9    the higher number of permeability indicated by your analysis,

03:56:19 10   the P10 value of 329 millidarcies in his analysis?

03:56:26 11   A.   Yes.  Professor Blunt, who has already testified, he's a

03:56:29 12   BP expert, has used my value of 320 millidarcy.

03:56:35 13   Q.   Now, this method that is resulted in this calculation

03:56:40 14   you've just presented of permeability, using the MDT tool, is

03:56:45 15   that used in the industry as a way of calculating permeability?

03:56:49 16   A.   Yes.

03:56:50 17   Q.   Have you published an article about the increasing use of

03:56:56 18   wireline formation tests for calculating permeability?

03:56:59 19   A.   Yes.

03:57:00 20   Q.   Let's look at D-24689.

03:57:07 21         Is this your article, Dr. Gringarten, or the first

03:57:09 22   page of it?

03:57:09 23   A.   That's correct.

03:57:10 24         The title is *Will Wireline Formation Test* -- which is

03:57:16 25   what we are looking at here -- *Replace Well Tests?*

**OFFICIAL TRANSCRIPT**

03:57:19  1   Q.    Now, in addition to Schlumberger, who makes the MDT brand

03:57:25  2   of a wireline formation test, are there other service companies

03:57:28  3   in the oil industry, Dr. Gringarten, who make a similar tool

03:57:32  4   and are now marketing it to oil companies as a way of

03:57:35  5   determining permeability?

03:57:36  6   A.    Yes.  All the service companies, Halliburton, Baker,

03:57:40  7   Weatherford, they all have their version of what we see here.

03:57:45  8   Q.    And is the MDT analysis that you've done the only analysis

03:57:49  9   of permeability in this case that uses known flow rate data and

03:57:54 10   known pressure data from before the incident to calculate

03:57:57 11   permeability?

03:57:58 12   A.    This is correct.

03:57:58 13   Q.    Now, let's look at a summary of the permeability numbers

03:58:02 14   from the various experts in this case, D-23603.

03:58:09 15         Can you summarize, Dr. Gringarten, the numbers used

03:58:12 16   by other experts in the case and the method they've used?

03:58:16 17         MS. HIMMELHOCH:  Objection, Your Honor.  This

03:58:18 18   demonstrative clearly sets forth surrebuttal since it includes

03:58:21 19   a discussion of Dr. Larsen's work.

03:58:25 20         MR. BOLES:  It's very brief, Your Honor, and I think it

03:58:27 21   would provide a helpful overview to the Court.

03:58:30 22         THE COURT:  Okay.  I sustain the objection.

03:58:30 23   EXAMINATION BY MR. BOLES:

03:58:33 24   Q.    Let's move on then.

03:58:40 25         Dr. Gringarten, what would be your opinion of any

**OFFICIAL TRANSCRIPT**

03:58:44 1  expert analysis that did not tie its cumulative flow

03:58:49 2  calculation to a known permeability?

03:58:53 3  A.    Well, the permeability that I've calculated is

03:59:00 4  permeability of the reservoir, so that's something we know.

03:59:03 5  And in a flow rate, when analyzed with the available pressure

03:59:12 6  measurement during the spill and the subsequent shut-in, have

03:59:17 7  to come up with that permeability.  So there is -- the

03:59:24 8  flow rate cannot be independent of the permeability.

03:59:26 9       In other words, this is a triangle that we -- was

03:59:31 10 shown before.  You know, if you have the pressure and if you

03:59:37 11 have the flow rate, then you should get the permeability of the

03:59:41 12 reservoir.  And so in a flow rate that doesn't give the

03:59:47 13 permeability of the reservoir, it cannot be correct.

03:59:49 14 Q.    Now, the United States' expert Dr. Pooladi-Darvish, not a

03:59:54 15 rebuttal expert, uses permeabilities that vary widely from

03:59:59 16 360 millidarcies to 850 millidarcies.

04:00:01 17      What have you said in your expert report,

04:00:04 18 Dr. Gringarten, about that approach by Dr. Pooladi-Darvish?

04:00:09 19 A.    Well, Dr. Pooladi-Darvish, you know, is -- in his

04:00:25 20 simulations, is not only changing the permeability, but is also

04:00:48 21 changing at the same time a number of other parameters.

04:00:59 22      And so, therefore, you know, what he -- he's using a

04:01:04 23 range, which is, you know, outside the range of possibilities.

04:01:07 24 And his range should -- you know, when you use -- pressure,

04:01:14 25 should, you know, provide the same permeability as I've

04:01:17  1    obtained.

04:01:18  2    Q.   Now, Dr. Gringarten, let's turn, and more quickly now, to

04:01:22  3    the second part of your analysis, which is using the

04:01:27  4    permeability that you just showed us how you derived, and

04:01:30  5    Macondo pressure history to recreate the flow rates and thereby

04:01:35  6    estimate the cumulative flow.

04:01:37  7          Let's go first to D-23601A.

04:01:42  8          Let's review again that triangle of relationships

04:01:47  9    from well test analysis and describe what you're going to do

04:01:51 10    now in the second part of your work.

04:01:52 11    A.   Well, now we have -- you know, from the first part, we

04:01:56 12    have the permeability that we have obtained from the MDT.

04:02:00 13    That's from down measurements.  And we have pressure

04:02:04 14    measurements, which have been taken during the spill.  And we

04:02:08 15    have also pressure measurements, the initial pressure obtained

04:02:12 16    from the MDT on April 12th.  And so now I have the pressure and

04:02:16 17    the permeability, and therefore, I can calculate the flow rate.

04:02:19 18    Q.   And what is the process that you used, Dr. Gringarten, to

04:02:27 19    take the pressure history in the lower left-hand corner of that

04:02:33 20    triangle and reconstruct the unknown flow rate of Macondo

04:02:38 21    spill?  What's the method you used?

04:02:43 22    A.   Well, I've used the deconvolution.

04:02:47 23    Q.   Now, Doctor -- Judge Barbier asked you about deconvolution

04:02:52 24    earlier, and you gave one application of it in the oil history.

04:02:58 25    Let's look at how you are going to use it here, D-23608A.

**OFFICIAL TRANSCRIPT**

04:03:04  1    That's Slide 36.

04:03:11  2              Describe how this analogizes to how you use

04:03:17  3    deconvolution to reconstruct flow rates.

04:03:19  4         MS. HIMMELHOCH:  Objection, Your Honor.  Relevance.

04:03:21  5    This refers to the use of a mathematical concept in an entirely

04:03:26  6    different industry.  Irrelevant to the matter at hand.

04:03:29  7         MR. BOLES:  It shows the use of the very same

04:03:32  8    mathematical algorithm, and by analogy, how the fuzzy or

04:03:35  9    unknown data in the left-hand picture can be used to derive a

04:03:40 10    very clear picture, in this case, of the historical Macondo

04:03:42 11    flow rates.

04:03:43 12              I don't believe this was objected to when we

04:03:45 13    submitted this to you some days ago.

04:03:47 14         MS. HIMMELHOCH:  I'm objecting now to the testimony,

04:03:49 15    Your Honor.  There is a distinction between the use here, which

04:03:52 16    is to sharpen an existing image, and the use that

04:03:56 17    Dr. Gringarten made, which was to create a rate out of

04:03:59 18    information that he claims does not exist.  That is the basis

04:04:03 19    for my objection.

04:04:04 20         THE COURT:  Is this all in his report?

04:04:06 21         MR. BOLES:  This description of the use of

04:04:10 22    deconvolution to take information and extract the maximum value

04:04:16 23    from information that would be unclear without the use of this

04:04:19 24    algorithm is discussed repeatedly in his report, so this is --

04:04:23 25    to help explain that, we're using by analogy.

OFFICIAL TRANSCRIPT

04:04:26  1          THE COURT:  It talks about comparing this to Hubble?

04:04:28  2          MR. BOLES:  I don't believe the Hubble telescope is

04:04:32  3  specifically mentioned in his report.  This is an illustrative

04:04:35  4  analogy.

04:04:36  5          MS. HIMMELHOCH:  It is not discussed, Your Honor.

04:04:37  6          THE COURT:  I sustain the objection.

04:04:37  7  EXAMINATION BY MR. BOLES:

04:04:39  8  Q.    Let's move on from this image, then.

04:04:41  9          Dr. Gringarten, describe how you used deconvolution

04:04:45 10  to reconstruct the historical flow rates of Macondo.  And let's

04:04:51 11  look at Slide 40, D-23620A.  Slide 40.

04:05:01 12  A.    Okay.  The first step is I convert the wellhead pressure

04:05:08 13  to downhole pressure.  And I do that because the downhole

04:05:13 14  pressure is more representative of the reservoir than the

04:05:19 15  wellhead pressure.  And then I used deconvolution to create

04:05:23 16  rates that are compatible with these downhole pressures.

04:05:29 17          So I start with the rate, let's say, which is

04:05:32 18  constant, and then I apply deconvolution, and that is a rate

04:05:37 19  that I obtain, which is compatible, consistent with the

04:05:41 20  pressure.  And so I do several iterations of deconvolution

04:05:47 21  until I get a final rate, and I verify that if I use that rate,

04:05:53 22  then I can reproduce the pressure, which I've started from.

04:05:56 23  Q.    Dr. Gringarten, can you describe for Judge Barbier other

04:06:02 24  instances in the oil industry when deconvolution has been used

04:06:08 25  by you or others to correct or recreate rate information that

**OFFICIAL TRANSCRIPT**

04:06:14  1    was unknown or unclear?

04:06:15  2    A.    Yes.  Deconvolution, well, is used -- as I said before,

04:06:21  3    was developed in 2000, 2001.  In fact, people have been working

04:06:28  4    for the last 20 years but never came up with a stable

04:06:34  5    algorithm.

04:06:34  6          And so what deconvolution does, it does two things:

04:06:37  7    Number one, it gives a complete signature of the system for the

04:06:42  8    duration of the test, and it allows to correct rates that are

04:06:47  9    erroneous, like which is often the case, or it can allow you to

04:06:54  10   calculate rates that are missing.

04:06:56  11         And to calculate rates that are missing, then you

04:07:09  12   assume a rate, which is arbitrary, and then you do the

04:07:13  13   deconvolution.  The deconvolution is going to readjust that

04:07:18  14   rate to the actual pressure measurements.  So if you have

04:07:22  15   pressure measurements, then you can correct the rates.

04:07:26  16   Q.    And is that process you described with taking either an

04:07:29  17   arbitrary starting rate or other flow rate information and

04:07:35  18   correcting it, either -- by using that deconvolution algorithm,

04:07:40  19   is that something you've done for consulting clients in the oil

04:07:44  20   industry?

04:07:44  21   A.    Yes.  That's something you do routinely.  In the same way

04:07:47  22   as we always use the derivative now for analysis, we always use

04:07:52  23   deconvolution.  Deconvolution gives more information and

04:07:56  24   corrects the rate that you start with.

04:07:58  25   Q.    Has any other expert in this case used deconvolution to

                              **OFFICIAL TRANSCRIPT**

04:08:03  1  try to reconstruct historical flow rates from Macondo incident

04:08:06  2  from the pressure history?

04:08:07  3  A.    No.

04:08:07  4  Q.    Now, Dr. Gringarten in this process that you described of

04:08:13  5  reconstructing or correcting a flow rate from the pressure

04:08:19  6  history, can that deconvolution process detect changes in

04:08:26  7  impediments to flow below the pressure measurement gauge?

04:08:29  8  A.    No.  Because one of the assumptions -- well, the -- what

04:08:37  9  deconvolution does, it looks at the change in pressure from one

04:08:42 10  point in time to the next, and it attributes that change in

04:08:47 11  pressure to a rate.  So there is no impediment to flow.  This

04:08:53 12  is a process which is separate from what is pure processing of

04:08:58 13  the data.

04:08:59 14          Now, if there is an impediment to flow, deconvolution

04:09:04 15  cannot see that, and it would, therefore, come up with a rate

04:09:08 16  that would be too high compared to what it should be, you know,

04:09:13 17  if there is an impediment to flow.

04:09:16 18  Q.    Now, are you in this case, Dr. Gringarten, offering any

04:09:20 19  opinions on erosion of impediments to flow in the Macondo well

04:09:25 20  over time?

04:09:26 21  A.    No, I'm not.

04:09:27 22  Q.    Why is that?

04:09:28 23  A.    Because my focus -- well, number one -- two reasons.

04:09:33 24  Number one, my focus was on the permeability because that's

04:09:37 25  what I need to calibrate the rate that I calculate from the

**OFFICIAL TRANSCRIPT**

04:09:43 1    deconvolution.  And the only impediment or skin that I can

04:09:51 2    calculate with confidence is the one that I can calculate from

04:09:54 3    the buildup, which is, you know, what we have here at the end.

04:10:00 4    Q.    And when does that begin?

04:10:02 5    A.    That begins on July 15th.

04:10:06 6    Q.    Now, let's look at a road map, I believe this is Slide 46,

04:10:13 7    of your -- of your analysis.  And this is all in your report,

04:10:17 8    so we're not going to go into it in detail.

04:10:20 9          But you've just spoken to us about -- let me get my

04:10:23 10   own pointer here -- taking the pressure history and using the

04:10:28 11   process of deconvolution to extract information to reconstruct

04:10:34 12   the rate history.  And we're going to now ask you to describe

04:10:40 13   what you do once you get that relative rate history.

04:10:44 14         And, first of all, what do you mean by *relative rate*

04:10:47 15   *history*?

04:10:48 16   A.    The -- what I can calculate from deconvolution is, you

04:10:52 17   know, the successive rates relative to one another, so I cannot

04:11:00 18   calculate an absolute value.  I calculate the Delta Q, the

04:11:06 19   change in rate that would create the change in pressure.

04:11:11 20         In normal well tests, there are, you know, unknown --

04:11:16 21   there are errors in the rates, but usually we have one rate or

04:11:21 22   a few rates that we trust.  And therefore, we are going to

04:11:24 23   calibrate the relative rate history on those rates.

04:11:28 24         Here, we do not have a rate that we can, you know,

04:11:32 25   rely upon, so what we do is we -- I take this rate history,

04:11:39   1   relative rate history, and the pressure history and I do a
04:11:44   2   well test analysis.  The well test analysis gives me
04:11:48   3   permeability, and then I compare that permeability to the
04:11:53   4   permeability I know for the reservoir, which I've obtained from
04:11:58   5   MDT analysis.
04:11:59   6           And if they are different, then I address -- you
04:12:04   7   know, multiply the relative rate by a factor which is such
04:12:10   8   that -- which is a ratio of what I obtain here in -- you know,
04:12:14   9   in the analysis with that rate with the MDT permeability, so
04:12:22  10   that I can correct that rate and obtain the same permeability
04:12:25  11   from the analysis that I did from MDT.
04:12:28  12   Q.   Now, we'll look at the -- how you do that in a minute, but
04:12:32  13   let me just ask you in this summary road map of your work, the
04:12:35  14   two blue boxes with the gears next to them, what do they
04:12:39  15   represent?
04:12:39  16   A.   They represent two steps in the process.  One is the
04:12:49  17   processing of the data, deconvolution.  And the other one is
04:12:53  18   the analysis of the data.
04:12:56  19           And so what this does, it makes the rate history
04:13:01  20   consistent with pressure.  And what this does is, you know,
04:13:06  21   with this final result on the rate history, is to make the rate
04:13:10  22   history consistent with the reservoir permeability.
04:13:12  23   Q.   Now, do you use software for these two steps showing in
04:13:17  24   the blue boxes with the gears?
04:13:18  25   A.   Yes.

**OFFICIAL TRANSCRIPT**

04:13:20  1    Q.    Is the deconvolution software separate from your well test

04:13:25  2    analysis software?

04:13:27  3    A.    In my case, yes.  Some of the commercial software have the

04:13:31  4    two integrated.

04:13:32  5    Q.    Now, we're about to describe this penultimate step of the

04:13:40  6    well test analysis.  Does that analysis take as an input the

04:13:44  7    relative rate histories from the deconvolution?

04:13:47  8    A.    Yes.

04:13:47  9    Q.    And do -- are those the rate histories that you described

04:13:52 10    earlier that cannot convey information about historical changes

04:14:00 11    and impediments to flow in the wellbore?

04:14:03 12    A.    No.

04:14:03 13    Q.    I may have put a double negative in my question.

04:14:07 14          Do the rate histories that deconvolution delivers to

04:14:12 15    the well test analysis software have any information about the

04:14:17 16    changes in impediments of flow over the history of the

04:14:21 17    incident?

04:14:21 18    A.    No.

04:14:21 19    Q.    Now, let's look at what you do with a well test analysis

04:14:27 20    and let's look at a couple of outputs from that second

04:14:31 21    software, the well test analysis software, D-24696, Slide 44.

04:14:38 22          What is this step in your analysis, Dr. Gringarten?

04:14:42 23    A.    Well, this is a summary in terms of graphs of the

04:14:46 24    analysis, and there are two parts here.  If we look at the

04:14:51 25    graph on the left-hand side, the first two -- you know, the

04:14:56  1   starting point is this graph, which is a normal graph, which is
04:15:04  2   pressure and derivatives.
04:15:07  3   Q.    You're referring to the upper left-hand graph.
04:15:07  4   A.    Correct.
04:15:08  5   Q.    What is that called?
04:15:09  6   A.    This is called the log-log diagnostic plot.  That's where
04:15:12  7   we select the various regime and, in particular where we're
04:15:16  8   going to calculate permeability.
04:15:17  9   Q.    Can you relate that to something you've already talked
04:15:20 10   about in the permeability part of your work?  Is this the
04:15:25 11   derivative plot?
04:15:25 12   A.    Yes, this the derivative.  I thought I mentioned it, yes.
04:15:29 13         Okay.  And here, you know, we have a flat part.
04:15:34 14   That's where we calculate the permeability.  And we verify that
04:15:37 15   we have, on the Horner plot, a straight line from which we
04:15:42 16   calculate permeability, so this is a verification.
04:15:45 17         And then we generate a model, and we make sure that
04:15:50 18   the model fits, you know, match all the data.  So here we match
04:15:55 19   the pressure.  We match the derivative, and we match, you know,
04:16:00 20   the Horner plot as well.
04:16:02 21         And the last plot here is we take the model and then
04:16:10 22   we compare with the pressure that has been measured during the
04:16:16 23   spill, and any mismatch between the pressure and the model is
04:16:22 24   attributed to the skin effect, which is represented here.
04:16:25 25   Q.    Are these graphs we see, are these standard displays built

**OFFICIAL TRANSCRIPT**

04:16:31 1    into the software?

04:16:31 2    A.    Yes.

04:16:32 3    Q.    Let's look at the -- in the lower left-hand side, what is

04:16:38 4    it that you -- did you -- how did you use the skin versus time

04:16:41 5    plot in the lower left-hand panel of this software dashboard?

04:16:46 6    A.    Well, we verify that we end up with results that are

04:16:53 7    reasonable, can be explained, especially that there is no value

04:16:59 8    which is unphysical.  For instance, if we would come up with a

04:17:04 9    skin less than minus 4, that doesn't exist, so that means

04:17:08 10   something is wrong in the analysis.

04:17:09 11   Q.    What about the right-hand side of that graph?  Was that

04:17:13 12   something that you used?

04:17:13 13   A.    This one here?

04:17:16 14   Q.    Yes.  The right-hand end of the --

04:17:18 15   A.    This is the skin obtained from the buildup.  And this is

04:17:24 16   calculated by -- you know, from the analysis.  This one here is

04:17:29 17   simply an expression of the mismatch between the data and the

04:17:34 18   model.

04:17:34 19   Q.    Now, in the flat part of that skin versus time graph, if

04:17:39 20   we were to be able to see the timeline, it reflects May 8th to

04:17:43 21   July 15th, does that tell you anything about what is physically

04:17:45 22   happening in the wellbore in terms of impediments to flow?

04:17:49 23   A.    No.  Not really.  Because this is obtained from the

04:17:53 24   mismatch.  So that's -- you know, the value that we need -- I

04:18:03 25   have indicated that in my report, is what you need to -- for

**OFFICIAL TRANSCRIPT**

04:18:06  1    the model to match the data.

04:18:09  2    Q.   Now, let's look at the result of this well test modeling

04:18:14  3    and what you do with it with respect to the relative flow rates

04:18:19  4    that you derived from deconvolution.

04:18:21  5          Let's go to Slide 47, D-24222.

04:18:26  6          What are we looking at here, Dr. Gringarten?

04:18:29  7          MS. HIMMELHOCH:  Objection, Your Honor.  This

04:18:32  8    mischaracterizes Dr. Dykhuizen's flow rate analysis.

04:18:36  9          Also, this graph, as it appears here, does not

04:18:40 10    appear in Dr. Gringarten's report.

04:18:43 11          MR. BOLES:  The rate curves do, and to aid the Court to

04:18:48 12    show how this relates to --

04:18:48 13          THE COURT:  I'll overrule the objection.  And if you

04:18:52 14    want to cross-examine him on the accuracy of it, you can do

04:18:55 15    that.

04:18:55 16          MS. HIMMELHOCH:  We'll do so, Your Honor.

04:18:57 17          THE COURT:  Go ahead.

04:18:59 18          What was your question for the witness?

04:18:59 19    EXAMINATION BY MR. BOLES:

04:19:03 20    Q.   Describe for Judge Barbier this result of your well test

04:19:08 21    analysis using your deconvolved flow rates.

04:19:12 22    A.   Okay.  I have considered different case in converting from

04:19:19 23    wellhead pressure to bottomhole pressure.  Wellhead pressure is

04:19:24 24    the PTB pressure and the capping stack pressure during the

04:19:29 25    shut-in.

**OFFICIAL TRANSCRIPT**

04:19:29  1          Then I considered several flow paths, in fact, two

04:19:35  2   flow paths in the well, and the calculation has been made with

04:19:39  3   the multiphase flow simulator by Dr. Johnson, who was a BP

04:19:45  4   expert, and I end up with the blue curve, which correspond to

04:19:55  5   my permeability of 238 millidarcies.

04:19:59  6          So this is the flow rate for one of the case, which

04:20:03  7   is the most likely case, corresponding to the P50 permeability

04:20:09  8   obtained from the MDT.

04:20:10  9   Q.   When you say *most likely case*, just to clarify, that

04:20:13 10   refers to what, Dr. Gringarten?

04:20:14 11   A.   Most likely means that I am consistent with the range of

04:20:23 12   flow that were given between May 13th and May 20th by

04:20:29 13   Dr. Zaldivar from his fluid flow calculation.

04:20:35 14          And here I -- you know, I used the range of flow

04:20:43 15   before shut-in that were given by another BP expert, and I'm

04:20:50 16   slightly below the value that was given by that expert.

04:20:55 17          Another flow possibility, you know, with the same

04:21:00 18   configuration is this flow rate in green, which, you know,

04:21:05 19   matched around 45,000 barrels at the time of shut-in and still

04:21:10 20   goes through the range given by Dr. Zaldivar.  This does not

04:21:19 21   correspond to the P50 probability of 238.  It requires a

04:21:25 22   permeability slightly higher, which is 281, which would

04:21:30 23   correspond to P35.

04:21:31 24   Q.   Was that green permeability that you scaled the rate to in

04:21:37 25   that most likely case, was that one of the permeabilities

**OFFICIAL TRANSCRIPT**

04:21:40  1    within your range of possibilities that you analyzed?

04:21:42  2    A.    Yes.  It's between the P50 and the P10.  It's around P35.

04:21:49  3    Q.    Let's look at the cumulative flows that you calculate from

04:21:54  4    these two possible rate histories, including the most likely

04:21:59  5    rate history with the P50 permeability.

04:22:02  6          Let's go to Slide 48, D-23622.

04:22:07  7          Now, relate that to the two curves we just looked at,

04:22:11  8    Dr. Gringarten.

04:22:12  9    A.    This number here, 2.5 million stock-tank barrel

04:22:19  10    corresponds to the permeability of P50, so that was the blue

04:22:22  11    curve on the previous slide.

04:22:25  12          This corresponds to a rate of 45,000

04:22:31  13    stock-tank barrel per day at the time of shut-in, and so that

04:22:35  14    correspond to the green curve.

04:22:37  15          And so this one gives me cumulative discharge of

04:22:43  16    2.5 million stock-tank barrel.  This gives a discharge of

04:22:49  17    3 million stock-tank barrel.

04:22:51  18    Q.    And let's go to Slide 49, D-24223.

04:22:56  19          Which is other cases that you looked at that you

04:22:59  20    called Option 2 for a different starting flow rate in your

04:23:04  21    pressure translation, and two different configurations of the

04:23:08  22    wellbore.

04:23:09  23          Describe what you determined with respect to

04:23:13  24    cumulative flow using your P50 permeability and with a higher

04:23:17  25    permeability that would scale those flow rates to an ending

**OFFICIAL TRANSCRIPT**

04:23:20  1   flow rate of 45,000 stock-tank barrels per day.

04:23:23  2   A.   Well, these are two options, as I've indicated.  I've used

04:23:29  3   a range of downhole pressure to cover, you know, the range of

04:23:35  4   uncertainty.  And so these are two other cases that give me --

04:23:40  5   for the P50, which means they correspond to the

04:23:47  6   238 millidarcies.  And this one, you know, that gives a range

04:23:49  7   of 2.4 to 3 million stock-tank barrel.

04:23:52  8        And, you know -- you know, the case, but they don't

04:23:57  9   give 45,000 stock-tank barrel per day at the time of shut-in,

04:24:02 10   so to get 45,000 stock-tank barrel at the time of shut-in, then

04:24:07 11   I need higher permeability and this gives me 3.3 million

04:24:12 12   stock-tank barrel in terms of total discharge.

04:24:15 13   Q.   Dr. Gringarten, I would like to end by just having you

04:24:18 14   describe what -- for Judge Barbier your -- you read Dr. Blunt's

04:24:26 15   expert report in this case?

04:24:28 16   A.   Yes.

04:24:28 17   Q.   And what is your opinion of his work?

04:24:30 18        MS. HIMMELHOCH:  Objection, Your Honor.  They did not

04:24:32 19   provide an analysis of Dr. Blunt's report and his opinion of

04:24:36 20   Dr. Blunt's report in Dr. Gringarten's report.

04:24:39 21        MR. BOLES:  Well, he does say that he approves of

04:24:42 22   Dr. Blunt's work.  And counsel for the United States has

04:24:44 23   repeatedly asked their experts to compare methods used by their

04:24:49 24   various colleagues on the same side of the case in order to

04:24:52 25   help illustrate to the Court the advantages and disadvantage of

OFFICIAL TRANSCRIPT

04:24:55 1    different methods, so I think it would be helpful to the Court.

04:24:58 2         MS. HIMMELHOCH:  Your Honor, he does indicate that he

04:24:59 3    reviewed Dr. Blunt's conversion of capping stack pressures,

04:25:02 4    which is a direct input into his analysis.  But he does not

04:25:05 5    provide a general endorsement or analysis of Dr. Blunt's

04:25:10 6    opinions.

04:25:11 7         THE COURT:  Well, I don't remember with the other

04:25:16 8    witnesses whether the issue came up.  Again, is this something

04:25:20 9    that's in his report or not?

04:25:22 10        MR. BOLES:  Just to go to the one point you mentioned,

04:25:24 11   Your Honor, that Dr. Kelkar was the one that they asked to

04:25:31 12   elaborate on and explain the advantages and disadvantages of

04:25:35 13   his material balance analysis compared to the analysis done by

04:25:38 14   other United States experts, which wasn't in his report.

04:25:41 15        MS. HIMMELHOCH:  If they will allow the same of our

04:25:44 16   rebuttal witnesses, I will withdraw my objection.

04:25:46 17        MR. BOLES:  In answer to your other question,

04:25:48 18   Your Honor, the reference to Dr. Gringarten's report and his

04:25:52 19   discussion of Dr. Blunt is on page 35 of his report, where he

04:25:56 20   says that, "Dr. Blunt used a different methodology to analyze

04:26:01 21   the Macondo Reservoir and the cumulative flow.  I've reviewed

04:26:04 22   his report and approve his analysis."

04:26:06 23             So I would like to ask him to explain that.

04:26:06 24        THE COURT:  All right.

04:26:10 25        MS. HIMMELHOCH:  I apologize for the mistake,

**OFFICIAL TRANSCRIPT**

04:26:11  1   Your Honor.

04:26:12  2        THE COURT:  I'll let him.  Go ahead.  Overrule the

04:26:16  3   objection.

04:26:16  4   BY MR. BOLES:

04:26:17  5   Q.   So, Dr. Gringarten, does your analysis directly use as an

04:26:23  6   input rock compressibility?

04:26:28  7   A.   Not for the purpose of the result that I give.  In other

04:26:34  8   words, the compressibility has no impact on my permeability.

04:26:40  9   It would have an impact on the size of the reservoir that I

04:26:43 10   calculate because as the start of the analysis I calculate a

04:26:45 11   number of things.  I calculate the size of reservoir, I

04:26:49 12   calculate the average reservoir pressure and so forth; but, for

04:26:53 13   answering the question that I was asked to answer, I only used

04:26:58 14   permeability, and the permeability is independent of

04:27:01 15   compressibility in my technique.

04:27:04 16   Q.   In terms of the relative uncertainties or advantages and

04:27:08 17   disadvantages of your analysis that we've just reviewed using

04:27:13 18   well test analysis and deconvolution in particular to

04:27:15 19   reconstruct the flow rates during the incident, and Dr. Blunt's

04:27:20 20   material balance analysis, which doesn't require that, can you

04:27:23 21   describe for Judge Barbier your opinion as to the relative

04:27:26 22   advantages and disadvantages and uncertainties?

04:27:30 23   A.   Well, these are two different approach to trying to come

04:27:35 24   to the same result.  This is not unusual in the oil business

04:27:39 25   because we are dealing with uncertainty.  So we try to have

**OFFICIAL TRANSCRIPT**

04:27:43  1   redundancy and try to arrive at the same result by different --

04:27:47  2   the same result by different methods.  You know, you don't get

04:27:52  3   the same result, but you get, you know, a range, and the range

04:27:55  4   hopefully overlaps.

04:27:56  5           In terms of my technique, of course, you know, I rely

04:28:02  6   on the pressure during the spill.  The advantage of method of

04:28:11  7   the material balance used by Dr. Blunt is that he doesn't have

04:28:15  8   to do that.  You know, he has data before the spill, and then

04:28:19  9   he has data in the shut-in after the spill.

04:28:22 10           So he has, you know, only three variables.

04:28:26 11   Therefore, I must admit that he has less uncertainty that I do

04:28:32 12   to deal with.  So, you know, if we have to select one, maybe

04:28:39 13   his is more -- you know, is less uncertainty.  Also, my results

04:28:44 14   back up his results.  I stand by my results, obviously.

04:28:51 15   Q.   Dr. Gringarten, in your -- in those cumulative flow

04:28:55 16   numbers we just saw, what method did you use to convert from

04:28:58 17   the reservoir volume to the surface volume, or

04:29:02 18   stock-tank barrels?

04:29:04 19   A.   I used the formation volume factor that was provided in

04:29:13 20   his table by Dr. Curtis Whitson.

04:29:18 21   Q.   What method was used to come up with that formation volume

04:29:21 22   factor?

04:29:22 23   A.   The single-stage flush.

04:29:25 24   Q.   I just want to --

04:29:27 25           MR. BOLES:  I'm almost done, Your Honor.  I have a

**OFFICIAL TRANSCRIPT**

04:29:27 1    couple of points that I forgot.

04:29:31 2         I don't think I mentioned for the record that

04:29:33 3    when I was -- when we were looking at the standard dashboard of

04:29:38 4    graphs from the well test interpretation software, that was

04:29:44 5    demonstrative D-24697.

04:29:44 6    BY MR. BOLES:

04:29:48 7    Q.   I didn't really plan it this way, Dr. Gringarten, but I

04:29:52 8    actually forgot to ask you about your awards and recognitions

04:29:54 9    in the field, so let's end there.

04:29:56 10        Let's go to slide 6, D-23618.

04:30:01 11        I'm not going to go through all of those, but,

04:30:05 12   Dr. Gringarten, that second bullet point, that you've been

04:30:09 13   recognized by the SPE as one of the legends of the petroleum

04:30:14 14   engineering industry this past year.

04:30:15 15        First of all, what is the SPE?

04:30:19 16   A.   The SPE is the Society of Petroleum Engineers.  It's a

04:30:22 17   professional society with about 110,000 members around the

04:30:26 18   world.

04:30:26 19   Q.   Of those 110,000 members present and many more past, how

04:30:31 20   many of them have received this designation as one of the

04:30:35 21   legends in the petroleum industry?

04:30:37 22   A.   I think, less than ten.

04:30:38 23   Q.   What does that signify?

04:30:41 24   A.   Well, this is to recognize people that have -- for their

04:30:49 25   entire contribution to the industry, and to just acknowledge

OFFICIAL TRANSCRIPT

04:30:56  1    the legacy of their contribution.

04:31:00  2              MR. BOLES:  Thanks, Dr. Gringarten.

04:31:30  3              MS. HIMMELHOCH:  Good afternoon, Your Honor.

04:31:31  4    Sara Himmelhoch on behalf of the United States.  May I proceed?

04:31:34  5              THE COURT:  Yes.

04:31:16  6    CROSS-EXAMINATION BY MS. HIMMELHOCH:

04:31:34  7    Q.    Good afternoon, Dr. Gringarten.  It's good to see you

04:31:38  8    again.

04:31:38  9    A.    Good afternoon.

04:31:39 10    Q.    I want to begin by talking a little bit about that last

04:31:41 11    half of your testimony which was how you calculated your

04:31:44 12    cumulative volume of oil released.

04:31:46 13              Now, you started that calculation by assuming

04:31:49 14    flow rates; isn't that correct?

04:31:51 15    A.    That's correct.

04:31:51 16    Q.    Then you used deconvolution to match those assumed

04:31:55 17    flow rates to the pressures measured at the PT-B gauge, which

04:31:59 18    is on BOP, correct?

04:32:00 19    A.    Yes.  That's the starting point, yes.

04:32:02 20    Q.    Then from there, Dr. Johnson took your flow rate history

04:32:06 21    and converted it -- converted the PT-B pressures to

04:32:10 22    bottomhole pressures, correct?

04:32:11 23    A.    Yes.

04:32:11 24    Q.    From that point forward, any flow rate history matching

04:32:15 25    you did was to those converted bottomhole pressures; isn't that

**OFFICIAL TRANSCRIPT**

04:32:19  1    correct?

04:32:19  2    A.    That's correct.

04:32:19  3    Q.    In other words, from that point on, you took as bottom --

04:32:24  4    as ground truth the bottomhole pressures that were calculated

04:32:27  5    from that assumed flow rate; isn't that correct?

04:32:29  6    A.    What I have obtained is a range of downhole pressure.  The

04:32:37  7    purpose of getting a range is to take into account the

04:32:39  8    uncertainty, you know, in the data and in the conversion.

04:32:43  9             So I tried to cover a range that would seem

04:32:46 10    reasonable, and therefore would give me, you know, a reasonable

04:32:49 11    range of, you know, total discharge.

04:32:53 12    Q.    I think my question was not clear, so let me try it again.

04:32:58 13    You took that converted downhole bottomhole pressure range as

04:33:02 14    your ground truth against which for future flow rate matching

04:33:07 15    you used that bottomhole pressure, correct?

04:33:09 16    A.    Yes.

04:33:09 17    Q.    That bottomhole pressure was calculated from your assumed

04:33:13 18    flow rate, correct?

04:33:13 19    A.    Yes.

04:33:17 20    Q.    Okay.  Let's move on to another aspect of your

04:33:22 21    deconvolution procedure.  You applied your methodology to these

04:33:26 22    two different options, which we'll call Option 1 and Option 2,

04:33:29 23    as you did in your report, correct?

04:33:31 24    A.    That's correct.

04:33:31 25    Q.    Option 1 assumed a consistent 45,000 stock-tank barrels

OFFICIAL TRANSCRIPT

04:33:36  1   per day during this spill; isn't that correct?

04:33:39  2   A.    Yeah, as a starting point, yes.

04:33:41  3   Q.    Option 2 assumed 30,000 a day until May 31st, and then

04:33:46  4   45,000 thereafter, correct?

04:33:47  5   A.    That's correct.

04:33:47  6   Q.    Now, using those two different starting points, you got

04:33:51  7   two different answers, didn't you?

04:33:54  8   A.    Yes.  Well, there is a step in between, which is, you

04:33:57  9   know, I take these two starting values, and I make them

04:34:03 10   consistent with the pressure, the wellhead pressure, with

04:34:08 11   deconvolution.

04:34:08 12         So I end up with two rates of distribution that are

04:34:14 13   simply, you know, a multiplication of one -- you know, they are

04:34:21 14   off by a multiplication factor.

04:34:24 15   Q.    Right, but matching the same pressures with different --

04:34:26 16   A.    That's right.  Therefore, they are the same shape.

04:34:28 17   Q.    They have the same shape, but using the same pressures to

04:34:33 18   match, you got from your Option 1 a cumulative flow of 2.49,

04:34:40 19   and from Option 2 a cumulative 3.0 million stock-tank barrels;

04:34:40 20   isn't that correct?

04:34:46 21   A.    That's correct.

04:34:46 22   Q.    So using different starting points, you wound up with

04:34:49 23   different cumulative volumes of oil released?

04:34:52 24   A.    Yes, and that's called a range.

04:34:53 25   Q.    Right.  But both of those curves were supposed to be

**OFFICIAL TRANSCRIPT**

04:34:56  1    matched to the same set of pressure data; isn't that correct?

04:34:59  2    A.    I'm not sure what you mean by that.

04:35:00  3    Q.    In order to complete your deconvolution process, you took

04:35:04  4    your assumed flow rate and adjusted -- deconvolved them against

04:35:08  5    the bottomhole pressures that Dr. Johnson calculated?

04:35:11  6    A.    Yes, once I got the bottomhole pressures, yes.

04:35:14  7    Q.    You used the same bottomhole pressures to deconvolve your

04:35:19  8    Option 1 as you did to deconvolve your Option 2?

04:35:22  9    A.    I'm confused.

04:35:26 10    Q.    You deconvolved a flow rate history derived from Option 1,

04:35:32 11    correct?

04:35:32 12    A.    Yes.

04:35:33 13    Q.    You deconvolved a flow rate history derived from Option 2?

04:35:37 14    A.    Yeah, before conversion I used --

04:35:40 15    Q.    Both before and after.  Didn't you deconvolve them twice?

04:35:44 16    A.    Yes.

04:35:45 17    Q.    At the top, and then you got a bottomhole pressure?

04:35:47 18    A.    The first deconvolution was to get the rate which

04:35:51 19    Dr. Johnson could use in his multiphase simulator.  Those rates

04:35:58 20    differ by a multiplication factor.

04:36:01 21          So the idea here is to have a range of

04:36:04 22    bottomhole pressures that would represent the possible range of

04:36:11 23    what did happen because we didn't measure.

04:36:13 24          So once I have the bottomhole pressure, you know,

04:36:16 25    then I start again.  You know, I, as you say, consider his

**OFFICIAL TRANSCRIPT**

04:36:21  1    bottomhole pressure as representative.  Then I calculate the

04:36:26  2    rates by deconvolution from these bottomhole pressures.

04:36:29  3    Q.    Now, using the two different flow rates but the same

04:36:34  4    pressure data, you arrived at two different flow rate

04:36:37  5    histories, as you've just said, correct?

04:36:40  6    A.    Not from the same pressure data.  You know, once I have

04:36:45  7    pressure -- that's something, you know, I'm missing here.  Once

04:36:47  8    I have -- you know, I have four bottomhole pressures.

04:36:51  9    Q.    Yes.

04:36:54  10   A.    So for each bottomhole pressure, I'm going to recalculate

04:36:58  11   a rate which is consistent with that bottomhole pressure.

04:37:03  12          So there are -- you know, so for each pressure, I do

04:37:05  13   the conversion.  For each bottomhole pressure, I get a rate

04:37:10  14   which is consistent with that bottomhole pressure.

04:37:12  15   Q.    Now, the deconvolution you do at the bottomhole, after

04:37:18  16   you've converted the pressures down at the bottomhole, what

04:37:21  17   you're attempting to do in that deconvolution is to minimize

04:37:24  18   the difference between the measured value and the calculated

04:37:27  19   value; is that correct?

04:37:34  20          In your deconvolution process, you're trying to the

04:37:39  21   minimize the difference between your measured pressure --

04:37:39  22   A.    The verification -- you know, you do deconvolution.

04:37:39  23   Q.    Yes.

04:37:43  24   A.    That for a given bottomhole pressure, you know, one case.

04:37:48  25   You get the rate history.  You verify that the deconvolution is

04:37:56  1    consistent by recalculating the rate with that pressure -- you

04:38:01  2    know, with that rate that you -- and then comparing with the

04:38:04  3    pressure you have started from.

04:38:05  4    Q.    Correct.

04:38:07  5    A.    So you do a number of iterations until you get, you know,

04:38:12  6    almost perfect match.

04:38:13  7    Q.    When you did your deconvolution at the bottomhole against

04:38:17  8    your bottomhole pressures, you obtained a different flow rate

04:38:21  9    profile than you had when you did the deconvolution at the top

04:38:24  10   of the well; isn't that correct?

04:38:25  11   A.    That's correct because these are two different things.

04:38:28  12   One is for getting downhole.  The other is when downhole, you

04:38:34  13   know, to what would be downhole.

04:38:36  14            You know, the purpose, again, is to have a range of

04:38:39  15   pressure downhole that would cover a possibility, and then you

04:38:43  16   start from there.

04:38:43  17   Q.    Once you've deconvolved it downhole, those flow rates are

04:38:48  18   more accurate in your view; isn't that correct?

04:38:50  19   A.    There are -- those rates represent -- you know, what --

04:38:57  20   these rates are consistent with downhole pressure.

04:39:01  21   Q.    Yet you didn't go back and readjust your downhole pressure

04:39:06  22   based on these new flow rates, did you?

04:39:08  23   A.    Because there is no point.  I mean, they would never

04:39:11  24   converge.

04:39:11  25            You know, if you look at the well, you know, normally

OFFICIAL TRANSCRIPT

2557

04:39:14  1    in oil wells, we measure systematically is wellhead pressure,

04:39:19  2    and, you know, in normal well tests, we have also downhole

04:39:25  3    pressure.

04:39:25  4           The wellhead pressure and downhole pressure are

04:39:27  5    different.  For instance, here we have single phase at the

04:39:29  6    bottom of the well, we have two phase at the top of the well.

04:39:32  7    The pressure profiles are completely different, so there is no

04:39:36  8    way that by this over here you're going to have the same

04:39:38  9    deconvolution by deconvoluting the wellhead pressure and

04:39:43 10    deconvoluting the bottomhole pressure.  So, you know, there is

04:39:46 11    no point in trying to do it because you'll never converge by

04:39:50 12    definition.

04:39:50 13    Q.   Do you recall testifying in your deposition that the

04:39:53 14    reason you did not go back and reiterate is because the value

04:39:56 15    would have landed in between the two flow rate profiles?

04:39:58 16    A.   Yes, and --

04:40:02 17    Q.   That's the answer you gave at your deposition, correct?

04:40:05 18    A.   No.  Well, if I recall, you were talking about why didn't

04:40:09 19    I use a higher -- you know, why didn't I start with 60 -- 50 or

04:40:17 20    60,000 barrels at the very beginning of the process.

04:40:20 21    Q.   I'll move on and come back to this when I find my

04:40:33 22    deposition cite.

04:40:34 23           Now, you agree there is only one set of PT-B

04:40:37 24    pressures, correct?

04:40:38 25    A.   Yes.

**OFFICIAL TRANSCRIPT**

2558

04:40:38  1   Q.    You deconvolved two assumed rates to those PT-B pressures

04:40:46  2   and got two different rates; isn't that correct?

04:40:47  3   A.    Yes, by definition.  You know, as I have explained in the

04:40:54  4   direct part of my testimony -- may I -- what you get from

04:41:01  5   deconvolution is the relative rate.

04:41:04  6         So if I start with a higher rate, then I'm going to

04:41:07  7   have, you know, a higher deconvolved rate.  So, of course, in

04:41:13  8   the process which I did downhole, I had just the relative rate

04:41:18  9   to the permeability.  You know, if I were to do that with the

04:41:22 10   deconvolution at the wellhead, I would get only one rate

04:41:26 11   history because it would be adjusted to the permeability from

04:41:31 12   MDT, but that's not what I'm trying to do here.  I'm trying to

04:41:34 13   have a range of downhole pressure.

04:41:37 14         So I start with, you know, the range of the one --

04:41:40 15   you know, a rate history which allows me to do that.

04:41:45 16   Q.    Can I just -- you've given your explanation, but let me

04:41:50 17   just make sure it's clear on the record.

04:41:52 18         When you deconvolved two assumed rates to the same

04:41:58 19   PT-B pressures, you got two different flow rates, correct?

04:42:01 20   A.    Of course.  They have the same shape.  That's very

04:42:04 21   important.  They are shifted, you know, by the ratio of the

04:42:09 22   cumulative production that these two rates represent.

04:42:12 23   Q.    Let's go to TREX-011696R1 -- I'm sorry, 37.1.US, please.

04:42:29 24   This is your deconvolved rates at top hole, correct?

04:42:37 25   A.    That's correct.

**OFFICIAL TRANSCRIPT**

04:42:37  1   Q.    The shape of these curves is the same, correct?

04:42:38  2   A.    That's correct.

04:42:39  3   Q.    But they are different values; isn't that correct?

04:42:41  4   A.    Yes.

04:42:41  5   Q.    Those were deconvolved using the same pressure, correct?

04:42:46  6   A.    Yes, absolutely.  That's the reason why they are the same

04:42:49  7   shape.

04:42:49  8   Q.    Now, let me just confirm another fact that wasn't talked

04:42:53  9   about in your direct but I think is clear.  You did not use any

04:42:56 10   of the information regarding the amount of fluid that was

04:42:59 11   collected or the amount of oil that was collected after the

04:43:02 12   insertion of the Riser Insertion Tube Tool and the other

04:43:06 13   collections method that were used?

04:43:07 14   A.    No.

04:43:08 15   Q.    You didn't use them, in fact, because you said that the

04:43:10 16   collection rates were a small fraction of what was released;

04:43:14 17   isn't that correct?

04:43:14 18   A.    That's what I said, yes.

04:43:16 19   Q.    In your opinion, therefore, 810,000 barrels was a small

04:43:23 20   fraction of what was released; isn't that correct?

04:43:26 21   A.    Yes.

04:43:26 22   Q.    Okay.  Let's move on to another point that has been made

04:43:34 23   by your counsel in questioning of the government's witnesses,

04:43:38 24   and that is this question of a day-by-day calculation.

04:43:41 25         Let's call up TREX-011696R.0053.1.US.

**OFFICIAL TRANSCRIPT**

04:43:51 1                This is a graph from your report, is it not, sir?

04:43:53 2    A.    Yes.

04:43:55 3    Q.    This shows that in your analysis what you do is you come

04:44:00 4    up with a daily flow rate, and then you sum that to come up

04:44:04 5    with your cumulative volume of oil released, correct?

04:44:06 6    A.    Yes.

04:44:07 7    Q.    In the words of Mr. Brock -- I almost gave you doctorate,

04:44:11 8    Mr. Brock -- in the words of Mr. Brock, therefore your analysis

04:44:14 9    is a day-by-day calculation, isn't it?

04:44:16 10   A.    Yes.

04:44:17 11   Q.    Okay.  Let's go on to talk a little bit about the

04:44:22 12   pressures that you used.  I want to focus for this time period

04:44:27 13   on the period before May 8th.

04:44:29 14                The calculated rates that you use are dependent on

04:44:34 15   the pressure measurements that you have, correct?

04:44:36 16   A.    Yes.

04:44:37 17   Q.    You have agreed, have you not, that the PT-B pressure data

04:44:41 18   that began on May 8th can be used reliably as part of an

04:44:46 19   estimate of the cumulative volume of oil released, correct?

04:44:51 20   A.    Yes, I think I've said that, you know, I calculated the

04:44:54 21   rate from these pressure measurements, and then I summed them

04:44:58 22   up.

04:44:58 23   Q.    You specifically agreed with me at your deposition that

04:45:01 24   these pressures can be used reliably as part of an estimate of

04:45:06 25   the cumulative volume of oil release, didn't you?

                            **OFFICIAL TRANSCRIPT**

04:45:09  1    A.    Yes.

04:45:09  2    Q.    But prior to May 8th, we don't have the PT-B pressures,

04:45:13  3    correct?

04:45:13  4    A.    Well, we have one pressure at Time Zero, you know, when

04:45:18  5    the -- which is the pressure converted to wellhead that we

04:45:24  6    obtained from the MDT on April 12th.  So we have one point.

04:45:28  7    Q.    Please forgive me, but I asked a much more specific

04:45:31  8    question.  Prior to May 8th, we don't have any PT-B

04:45:35  9    measurements; isn't that correct?

04:45:36 10    A.    We don't have PT-B measurements, but we have something --

04:45:40 11    you know, we -- that doesn't mean that we don't have a pressure

04:45:44 12    because we do.

04:45:46 13    Q.    I'm going to get to that.  So what you did to pick your

04:45:49 14    pressure to start your pressure curve was to take the initial

04:45:53 15    reservoir pressure calculated during the MDT test, correct?

04:45:57 16    A.    Correct.

04:45:57 17    Q.    You agree with me, do you not, that that is a shut-in

04:46:01 18    pressure?  The well was not flowing at the time that that

04:46:05 19    pressure was taken, correct?

04:46:06 20    A.    True.

04:46:07 21    Q.    It is not a flowing pressure, it is a shut-in pressure,

04:46:12 22    correct?

04:46:12 23    A.    Well, it is an initial pressure.

04:46:16 24    Q.    A shut-in pressure, correct?  The well was shut-in at the

04:46:21 25    time the pressure measurement was taken?

OFFICIAL TRANSCRIPT

04:46:22  1    A.    Well, the well was not flowing because that's an MDT

04:46:26  2    measurement.

04:46:27  3    Q.    You agree that what you did with respect to your

04:46:31  4    pre-May 8th data was to take the point of the shut-in pressure

04:46:37  5    measured before the explosion and draw a straight line down to

04:46:40  6    the May 8th pressure measured at the PT-B gauge, correct?

04:46:46  7    A.    Yes.  I mentioned, also, I think, that that may not be,

04:46:50  8    you know, exactly correct.  The true would be a little more

04:46:55  9    concave, but it wouldn't be that much different.

04:47:00 10    Q.    May I please have the ELMO for a moment.

04:47:02 11         Dr. Gringarten, I've put on the ELMO an excerpt from

04:47:06 12    your report, which, for convenience sake, I have marked as

04:47:10 13    D-21770.

04:47:12 14         THE COURT:  He says can you move it over a little?

04:47:12 15    BY MS. HIMMELHOCH:

04:47:16 16    Q.    I'm sorry, I absolutely can.  Does that work better, sir?

04:47:16 17    A.    Yes.

04:47:19 18    Q.    This is a plot of your BOP datum pressure against your

04:47:25 19    assumed pressure, correct?

04:47:28 20    A.    That's --

04:47:30 21    Q.    Or your assumed pressure and the datum points from PT-B

04:47:34 22    gauge, correct?

04:47:34 23    A.    Well, all of these are the PT-B gauge except for the first

04:47:40 24    point.  Then the red line represent the interpolation between

04:47:47 25    points, neglecting the Top Kill --

**OFFICIAL TRANSCRIPT**

04:47:50  1    Q.   So what we're focused on right now is the part of this

04:47:54  2    curve that starts right near the Y axis and extends down to

04:47:58  3    May 8th, correct?

04:47:58  4    A.   Yes.

04:47:59  5    Q.   You indicated, as you said here and as you did in your

04:48:02  6    deposition, that, in fact, that curve could be more concave;

04:48:02  7    could it not?

04:48:07  8    A.   It wouldn't be concave like this.  It wouldn't go out.

04:48:10  9    Q.   Yeah, I went too far down.  But it could be --

04:48:13 10    A.   It would be slightly more concave.

04:48:14 11    Q.   Like that?  It could be like that?

04:48:16 12    A.   No, I don't think so.  It would be, you know, less

04:48:22 13    concave.  In other words, you know, the belly of that, you

04:48:29 14    know -- it would go more directly from the first point to the

04:48:32 15    last point.

04:48:32 16    Q.   So something like this?

04:48:34 17    A.   Yes.

04:48:34 18    Q.   I'm going to call that Gringarten line.  Okay?

04:48:34 19    A.   Uh-huh (affirmative response).

04:48:43 20    Q.   So if you had used that more concave line, you would have

04:48:48 21    had an additional flow during that time period, correct?

04:48:54 22    A.   I would have, yes, at the higher rates.

04:48:58 23    Q.   You would have had a higher flow rate for the period

04:49:01 24    before May 8th, correct?

04:49:01 25    A.   That's correct.

**OFFICIAL TRANSCRIPT**

04:49:02 1   Q.   If you had a higher flow rate during the period of

04:49:04 2   April 20th to May 8th, you would have had a higher cumulative

04:49:08 3   volume of oil released, correct?

04:49:11 4   A.   A slightly higher cumulative because the increase in

04:49:15 5   cumulative wouldn't be that great.  It would be, you know, a

04:49:18 6   few percent.

04:49:18 7   Q.   That's if you accept your line, which I've labeled the

04:49:22 8   Gringarten line, correct?

04:49:23 9   A.   That's correct.

04:49:24 10   Q.   But you present in your report no analysis for selecting

04:49:27 11   the Gringarten line as opposed to what I've labeled the US

04:49:31 12   line, do you?

04:49:32 13   A.   No.  But, taking, you know, a different interpolation is

04:49:38 14   reasonable, and I think I heard Dr. Griffiths do the same, if I

04:49:45 15   recall.

04:49:45 16   Q.   You did not review Dr. Griffiths' report?

04:49:47 17   A.   No, but I was sitting there when he made his presentation.

04:49:50 18   Q.   But you did not present in your report an analysis that

04:49:53 19   gives a basis for choosing between the Gringarten line and the

04:49:58 20   US line, did you?

04:49:59 21   A.   No.  I said simply, you know, I took the interpolation.

04:50:02 22   Q.   If you had accepted even your line, your cumulative volume

04:50:06 23   of oil, release would increase; would it not?

04:50:09 24   A.   Yes, but by a small percent.

04:50:11 25   Q.   If you used what I call the US line, it would be a greater

**OFFICIAL TRANSCRIPT**

04:50:13 1   percent, correct?

04:50:14 2   A.   Yes.  I mean, you can, you know, do all the assumption.

04:50:19 3        You have also to look at, you know, how that would

04:50:23 4   affect the permeability that you have to get at the end.

04:50:27 5   Q.   I understand that in your methodology you have to scale to

04:50:32 6   permeability, but still, if you start with a higher flow rate,

04:50:35 7   even if you're scaling to permeability, you will wind up at the

04:50:38 8   end with a higher cumulative?

04:50:41 9   A.   Yes, it's a question of how much.

04:50:43 10  Q.   You don't have any basis for saying how much?

04:50:45 11  A.   No.

04:50:46 12  Q.   Okay.  Let's talk a little bit about a concept called

04:50:51 13  Skin.  As I understand it, Skin is a measurement of the

04:50:55 14  resistance to flow between the reservoir face and the well,

04:50:58 15  correct?

04:50:59 16  A.   And where you take the measurements.

04:51:02 17  Q.   Okay.  Let's go to TREX-016696R-N.0045.1.US.  This will

04:51:17 18  require -- thank you.

04:51:17 19       This is a chart that we saw just a few moments

04:51:20 20  earlier in your direct examination, correct?

04:51:22 21  A.   Correct.

04:51:22 22  Q.   What you show here on this graph is that between May 8th

04:51:28 23  and the end of the spill, your Skin is small and rather

04:51:34 24  constant; isn't that correct?

04:51:35 25  A.   Yes.

**OFFICIAL TRANSCRIPT**

Q.   In your deposition, did you not acknowledge that that
analysis therefore shows that there were no significant changes
in the wellbore between May 8 and the shut-in of the well?
A.   If I recall, you said that -- and I concurred that it
implied that there was no change in the wellbore.  However, as
I said in my direct, this part, you know, between May 8th and
July 15th -- and I mentioned that in my report -- is really the
result of a fit between the model and the data.  It is by
default in the software attributed to the Skin because normally
you know the rate, and so the only other possibility is the
Skin, but it could be also due to the rate.

     So I don't really -- the only thing what I can say
is, is this is the Skin.  I cannot really -- and I think I
mentioned I don't have the data to qualify what the Skin
exactly means.
Q.   You stated in your deposition, did you not, that your
analysis showed that after May 8th the Skin was constant and
rather small?
A.   Yes.

     MR. BOLES:  Your Honor, I would just object.  I think
if she's going to be asking him questions about what he said in
his deposition, it would be fair to put it up on the screen.

     MS. HIMMELHOCH:  Let's go ahead and call up his
deposition at page 220, beginning at line 7 and ending at
line 21.

04:53:20  1    BY MS. HIMMELHOCH:

04:53:20  2    Q.    I began by asking you the question, "You did not in your

04:53:23  3    work take into account any changes in the wellbore between

04:53:26  4    April 20th and the shut-in of the well?"

04:53:28  5              There is an objection.

04:53:29  6              You say, "What do you mean by wellbore work?"

04:53:31  7              I say, "Any erosion in the wellbore."

04:53:34  8              There is another objection.

04:53:35  9              You say, "No, but the analysis shows that after

04:53:38 10    May 8th, the Skin is constant and rather small."

04:53:41 11              Did I ask you that question, and did you give that

04:53:44 12    answer?

04:53:44 13    A.    Yes, and that's what I just said as well.

04:53:46 14    Q.    Okay.  Then I asked you, "Which implies that there is not

04:53:52 15    a significant change in the wellbore over time, correct?"  And

04:53:55 16    you said, "Correct."

04:53:57 17              Were you asked that question, and did you give that

04:53:58 18    answer?

04:53:59 19    A.    Yes.

04:53:59 20    Q.    Thank you.  Let's move on.

04:54:01 21              Now, you state --

04:54:02 22    A.    But, you know, I think we should also take into account

04:54:05 23    what I said during his direct, which is this Skin here is a

04:54:10 24    result of the match between the data and the model.

04:54:17 25              I mentioned in my deposition, by the way, that I had

**OFFICIAL TRANSCRIPT**

04:54:22  1   no information to able to state what was going on in the

04:54:25  2   wellbore.

04:54:25  3   Q.   But your analysis certainly implies that there were no

04:54:29  4   significant changes after May 8th?

04:54:31  5   A.   No.  The analysis imply that the Skin is rather constant.

04:54:37  6   Q.   Let's move on then to a question about your assumed

04:54:41  7   flow rates.

04:54:42  8            In your testimony, you referenced the fact that you

04:54:44  9   had evidence that there was -- the flow at the end of the

04:54:47 10   period was roughly 48,000 barrels per day, correct?

04:54:55 11   A.   I gave a range, I believe.

04:54:57 12   Q.   That range you took from an expert that BP selected not to

04:55:01 13   testify today, correct?

04:55:02 14   A.   That's correct.

04:55:02 15   Q.   Let's call up D-24222.

04:55:11 16            On this graph that you were shown by opposing

04:55:15 17   counsel, you showed a flow rate at the end of 42,400, and you

04:55:19 18   referenced that as the Dykhuizen flow rate, correct?

04:55:24 19   A.   Well, yeah.  I showed that point.

04:55:26 20   Q.   Now, it's fair to say, is it not, that before you --

04:55:29 21   before you issued your report, you had never read the report of

04:55:33 22   Dr. Dykhuizen, correct?

04:55:36 23   A.   I don't recall if I did or not.

04:55:37 24   Q.   In your deposition, you were asked whether you had read

04:55:40 25   his report --

04:55:40  1    A.    Yes.  But then I did read it, yeah.

04:55:43  2    Q.    At your deposition, you still hadn't read the report of

04:55:46  3    Dr. Dykhuizen; isn't that correct?

04:55:47  4    A.    Since.  Since my deposition.

04:55:49  5    Q.    At your deposition, you had not yet read his report,

04:55:49  6    correct?

04:55:53  7    A.    Correct.

04:55:53  8    Q.    So Dr. Dykhuizen's flow rate cannot be the basis for your

04:55:58  9    putting this flow rate number at 42,400 on the last day; isn't

04:56:04 10    that correct?

04:56:04 11    A.    Well, he was down here for illustration.

04:56:11 12    Q.    But you did not pull that number from Dr. Dykhuizen's

04:56:14 13    report, did you?

04:56:16 14    A.    No, I did not.

04:56:16 15    Q.    In fact, Dr. Dykhuizen's best estimate of the flow rate on

04:56:20 16    that last day is 53,000 stock-tank barrels per day; isn't that

04:56:25 17    correct?

04:56:25 18    A.    I think his number is corrected for the difference in the

04:56:29 19    formation volume factor.

04:56:31 20    Q.    You're aware, are you not, that Dr. Dykhuizen testified

04:56:34 21    that he used a single-stage flash?

04:56:37 22    A.    Okay.

04:56:38 23    Q.    So Dr. Dykhuizen used a single-stage flash, just like you

04:56:41 24    did, correct?

04:56:42 25    A.    Yes.

**OFFICIAL TRANSCRIPT**

04:56:42 1   Q.    Dr. Dykhuizen stated that his best estimate was 53,000

04:56:47 2   stock-tank barrels per day, correct?

04:56:48 3   A.    Okay, if you say so right now.

04:56:49 4   Q.    Therefore, your flow curves do not match the value that's

04:56:55 5   the measured value at the end of the flow period; isn't that

04:56:59 6   correct, even with your higher permeability value?

04:57:01 7   A.    Well, it does match the value that were given which, you

04:57:06 8   know, started my process, which was given by the BP expert

04:57:10 9   which is no longer -- which has not been in deposition -- I

04:57:15 10  mean, has not testified.

04:57:16 11  Q.    And whose report is not in evidence, whose estimate is not

04:57:20 12  in evidence, correct?

04:57:22 13  A.    Yeah.  But the fact is, you know, when I did the work, he

04:57:26 14  was a BP expert.

04:57:28 15  Q.    But it is true that if you accept Dr. Dykhuizen's estimate

04:57:31 16  and use 53,000 stock-tank barrels per day, neither your lower

04:57:37 17  nor higher estimate would hit the measured value on the final

04:57:40 18  flow day; isn't that correct?

04:57:43 19  A.    Yes.  Then I would not accept, you know, his number, you

04:57:46 20  know, because these are my numbers and --

04:57:48 21  Q.    Are you aware of any BP expert who has provided an

04:57:53 22  estimate, other than the one that BP chose not to call and not

04:57:56 23  to put into evidence, are you aware of any BP expert who offers

04:57:59 24  an opinion regarding the value of the flow rate on the final

04:58:02 25  day?

**OFFICIAL TRANSCRIPT**

04:58:04 1    A.    I don't recall.

04:58:05 2    Q.    There is no BP expert testifying as to what the value is

04:58:09 3    on the last day, correct?

04:58:11 4    A.    Okay, if you say so.

04:58:13 5    Q.    Therefore, the only testimony that this Court has heard

04:58:16 6    regarding the flow rate on that last day is Dr. Dykhuizen,

04:58:19 7    whose best estimate is 53,000; isn't that correct?

04:58:22 8    A.    Yes.

04:58:24 9    Q.    Okay.  Let's move on to --

04:58:28 10   A.    But, you know -- I think that's fine, but that's not too

04:58:31 11   relevant for -- my results are what I've shown here.

04:58:34 12   Q.    Yes, and they do not match that measured flow rate on the

04:58:39 13   final day?

04:58:40 14   A.    Yes.

04:58:40 15   Q.    Okay.  Let's move on to another topic, and that is just to

04:58:44 16   confirm my understanding of how you obtained your

04:58:47 17   bottomhole pressures.

04:58:48 18          As we discussed, Dr. Johnson converted your

04:58:52 19   wellhead pressures to bottomhole pressures using your assumed

04:58:56 20   flow rate, correct?

04:58:57 21   A.    Correct.

04:58:57 22   Q.    You did not review Dr. Johnson's calculations for

04:59:01 23   accuracy, did you?

04:59:01 24   A.    No.  Because, you know, the way I work and, I suppose,

04:59:04 25   other people work is you work with experts.  The idea of using

**OFFICIAL TRANSCRIPT**

04:59:10  1   experts is that you don't need to second guess them.  So, you
04:59:13  2   know, he has the expertise, I don't have it.  So that's logical
04:59:17  3   that, you know, I use his result and trust him.
04:59:24  4   Q.   In other words, you don't independently have a basis for
04:59:28  5   agreeing or disagreeing with his conversion to
04:59:31  6   bottomhole pressures, correct?
04:59:32  7   A.   I have no reason to disagree or not disagree with him.
04:59:38  8   Q.   Because these bottomhole rates are what you treated as
04:59:41  9   your ground truth, once they were converted, if there is an
04:59:44 10   error in Dr. Johnson's calculation of those bottomhole
04:59:47 11   pressures, that error would affect the accuracy of your
04:59:49 12   estimate of the cumulative volume of oil released, would it
04:59:51 13   not?
04:59:51 14   A.   True, but I assume there is no error.
04:59:53 15   Q.   You assume, but you have not investigated?
04:59:56 16   A.   No.  But being an expert, you know, in the same way as,
04:59:59 17   you know, I would say -- you know, my clients trust my
05:00:05 18   expertise and don't question my results, you know, I trust
05:00:11 19   Dr. Johnson's expertise and didn't question his results.
05:00:14 20   Q.   Now, you talked a bit about -- or quite a bit about
05:00:20 21   deconvolution in both your cumulative volume estimate and your
05:00:25 22   permeability estimate.  Right now, I'm going to focus on your
05:00:27 23   use of deconvolution in your cumulative volume estimate, not in
05:00:32 24   the permeability estimate.  Okay?
05:00:33 25   A.   Okay.

**OFFICIAL TRANSCRIPT**

05:00:34  1    Q.   Isn't it true that as you used deconvolution in your
05:00:38  2    cumulative volume of oil estimate, deconvolution was a means of
05:00:42  3    determining your reservoir characteristics or interpretation
05:00:46  4    model?
05:00:47  5    A.   I'm not sure I understand the question.
05:00:49  6    Q.   Isn't it true that the method -- that the reason you used
05:00:53  7    deconvolution was so that you could define your interpretation
05:00:57  8    model?
05:00:58  9    A.   It does both.  My primary objective here was not to obtain
05:01:04 10    a model from the reservoir, but to, you know, find the flow
05:01:11 11    rates.  Deconvolution does both.
05:01:16 12         So, you know, all through my -- you know, as I say.
05:01:20 13    I've used deconvolution in different ways.
05:01:23 14    Q.   It's true, is it not, that one of the ways that you used
05:01:28 15    deconvolution was to arrive at your interpretation model or
05:01:31 16    your description of the reservoir?
05:01:32 17    A.   That was, you know, one of the output, in addition to
05:01:37 18    finding the rates.
05:01:37 19    Q.   Isn't it true that if your interpretation model -- isn't
05:01:42 20    it true that your interpretation model is an off-centered well
05:01:46 21    in a long, narrow reservoir with sealed boundaries?
05:01:49 22    A.   Yes.
05:01:49 23    Q.   Isn't it also true that Dr. Pooladi-Darvish's
05:01:54 24    interpretation model is an off-centered well in a long, narrow
05:01:58 25    reservoir with sealed boundaries?

**OFFICIAL TRANSCRIPT**

05:01:59  1    A.    Well, I don't think there has been any dispute among all
05:02:02  2    of the experts about the shape of the reservoir.  There might
05:02:05  3    have been a dispute about the size, definitely about the
05:02:09  4    permeability, but not the shape.
05:02:10  5    Q.    So you agree with Dr. Pooladi-Darvish's interpretation
05:02:14  6    model as an off-centered well in a long, narrow reservoir with
05:02:20  7    sealed boundaries?
05:02:21  8    A.    Yeah.  Not only with Dr. Pooladi-Darvish.  I guess, you
05:02:25  9    know, all the -- all the experts came to that conclusion.
05:02:29 10    Q.    In developing your opinions in the case, you reviewed the
05:02:34 11    deposition of Mike Levitan; isn't that correct?
05:02:36 12    A.    Yes.
05:02:37 13    Q.    And Dr. Levitan was a BP employee during the response,
05:02:43 14    wasn't he?
05:02:43 15    A.    Yes.
05:02:43 16    Q.    Not only was he a BP employee during the response, he's
05:02:48 17    also someone who was the author of several of the articles
05:02:50 18    relating to deconvolution that you cited in Appendix D of your
05:02:56 19    report; isn't that correct?
05:02:56 20    A.    That's correct.
05:02:56 21    Q.    In his deposition, Dr. Levitan testified that he was
05:02:59 22    performing some estimates of flow rates using build-up
05:03:03 23    pressures from the shut-in; isn't that correct?
05:03:05 24    A.    Yes.
05:03:05 25    Q.    Dr. Levitan testified that because he did not have flow

05:03:09  1   rate information, deconvolution did not reveal any more

05:03:11  2   information for him in his analysis; isn't that correct?

05:03:13  3   A.   That's what he said.

05:03:15  4   Q.   Let's move on now to --

05:03:16  5   A.   I must also add that, you know, obviously, we must

05:03:20  6   disagree somewhere, because, you know, I find it possible from,

05:03:25  7   you know, deconvolution to calculate the rate.

05:03:27  8        So, you know, I cannot speculate on the reason why

05:03:31  9   Dr. Levitan didn't -- you know, decided not to calculate the

05:03:35 10   rate because I could.

05:03:37 11   Q.   But you'll agree that Dr. Levitan found that deconvolution

05:03:41 12   did not add any information?

05:03:43 13   A.   That's what he said during his deposition.

05:03:44 14   Q.   Let's move on to focus a little bit on how your cumulative

05:03:49 15   estimate of oil released compares to the other estimates that

05:03:53 16   BP has offered.

05:03:53 17        Now your highest -- I apologize, I'm talking too

05:03:58 18   fast.  I will slow down.

05:04:01 19        Let's talk a little bit about how your cumulative

05:04:05 20   volume of oil release compares to other estimates.

05:04:10 21        First, I just want to make sure that we're all clear.

05:04:12 22   Your highest estimate of cumulative volume of oil released is

05:04:16 23   below that of what Dr. Blunt has offered; isn't that correct?

05:04:19 24   A.   If I recall, we overlap.  I think his numbers are from

05:04:26 25   2.9 to 3.7.  I don't remember exactly.  My number is from

05:04:32  1    2.4 to 3, so obviously we overlap.

05:04:35  2    Q.    You understand that he has offered as his best estimate

05:04:40  3    3.26; isn't that correct?

05:04:41  4    A.    Yes, that's a best estimate.

05:04:44  5    Q.    Your highest value is below that best estimate; isn't that

05:04:48  6    correct?

05:04:49  7    A.    Yes, but you cannot compare a fixed value with a range.

05:04:55  8    You know, I provided a range.  Dr. Blunt -- we are talking

05:04:59  9    about Dr. Blunt, right?

05:05:01 10    Q.    Yes, sir.

05:05:01 11    A.    -- he is providing a range, but he's, you know, also

05:05:06 12    decide to use my P10 value for permeability.  So he has been on

05:05:12 13    the, you know, P10 side of my estimates.

05:05:17 14    Q.    Well, we'll get into your permeability estimate in a bit.

05:05:22 15              Let's call up TREX-130529.0 -- sorry, 130529.

05:05:33 16              Dr. Gringarten, this is the Annual Report of BP from

05:05:36 17    2011, correct?

05:05:37 18    A.    Well, that's the first time I see it, so --

05:05:37 19    Q.    But it says --

05:05:40 20    A.    -- but that's what it says on --

05:05:41 21    Q.    Let's go to TREX-130529.236.1.US.  Maybe if you could make

05:05:52 22    that blowup a little bit bigger.

05:05:56 23              MR. BOLES:  Your Honor, I'm going to object to this

05:05:58 24    line of questioning.  Clearly, Dr. Gringarten doesn't have a

05:06:01 25    foundation for interpreting statements from BP's Annual Report.

**OFFICIAL TRANSCRIPT**

05:06:05 1          MS. HIMMELHOCH:  This Annual Report sets forth an
05:06:08 2    estimate of oil based on the work of experts, and I'm entitled
05:06:11 3    to inquire into Dr. Gringarten --
05:06:13 4          THE COURT:  All right.  I'll let you go.  Let's see
05:06:16 5    where it goes.
05:06:17 6          MS. HIMMELHOCH:  Thank you, Your Honor.
05:06:17 7    BY MS. HIMMELHOCH:
05:06:19 8    Q.   Dr. Gringarten, you're aware, now that you're reading
05:06:23 9    this, that in its report to its shareholders BP reported that
05:06:26 10   they were using an estimate of total flow from the well of
05:06:29 11   approximately four million barrels; that's what they said in
05:06:32 12   their Annual Report, correct?  The lower highlighting.
05:06:36 13   A.   Yes.
05:06:37 14   Q.   Did you have any input into that estimate of approximately
05:06:41 15   four million barrels?
05:06:42 16   A.   No.
05:06:42 17   Q.   In fact, your estimate of the flow rate is a million
05:06:47 18   barrels below the estimate that BP stated to its shareholders;
05:06:50 19   isn't that correct?
05:06:51 20   A.   Yes.
05:06:51 21   Q.   Let's go on to another document.
05:06:53 22          THE COURT:  That document was from what, an Annual
05:06:56 23   Report, you said?
05:06:57 24          MS. HIMMELHOCH:  It's their Annual Report.  It's the
05:07:00 25   company's Annual Report from 2011, sir.

                          **OFFICIAL TRANSCRIPT**

05:07:04 1          THE COURT:  Is that in evidence?

05:07:05 2          MS. HIMMELHOCH:  We will be moving it into evidence,

05:07:07 3   sir.

05:07:08 4          THE COURT:  Okay.

05:07:08 5   BY MS. HIMMELHOCH:

05:07:10 6   Q.   Dr. Gringarten, I'm going to now call up TREX-144820.

05:07:17 7          This is a staff working paper prepared by the

05:07:20 8   National Commission on the BP Deepwater Horizon Oil Spill.

05:07:23 9          If we can go to TREX-114820.2.1.US.  I'm sorry, I got

05:07:33 10  the wrong number.  I'm looking -- it's TREX number -- the page

05:07:37 11  that's stamped TREX-144820.0019.  Yes, that's the call-out I'm

05:07:47 12  looking for.

05:07:47 13         The National Commission staff concluded that, "The

05:07:50 14  emerging consensus among government and independent scientists

05:07:53 15  is that roughly five million barrels of oil were released by

05:07:56 16  the Macondo Well."

05:07:57 17         Assuming for a moment that that emerging consensus is

05:08:00 18  correct, your estimate is two million barrels of oil below what

05:08:04 19  the staff of the National Commission concluded was the emerging

05:08:09 20  consensus; isn't that correct?

05:08:11 21         MR. BOLES:  Your Honor, again, I would object.  The

05:08:12 22  witness -- there is no foundation established that this witness

05:08:14 23  knows what this document is.  There is no context provided

05:08:18 24  here.

05:08:19 25         THE COURT:  Well, I mean, really, the answer to that

**OFFICIAL TRANSCRIPT**

05:08:24 1  question is self-evident.  Somebody else said five, and he said

05:08:29 2  three.

05:08:29 3          MR. BOLES:  Exactly.

05:08:30 4          THE COURT:  Obviously, it's different.

05:08:31 5          MR. BOLES:  If she wants to inquire into his numbers

05:08:34 6  and whether they are higher or lower, that's one thing, in his

05:08:37 7  analysis, but to compare them to snippets of documents where,

05:08:37 8  for example, on the last one we don't -- the last document, we

05:08:41 9  don't know where that --

05:08:41 10         THE COURT:  We've had a lot of snippets in this trial

05:08:44 11 so far.

05:08:44 12         MS. HIMMELHOCH:  Your Honor, I simply would ask him to

05:08:44 13 make an objection.

05:08:44 14         THE COURT:  I'll overrule the objection, but I don't

05:08:51 15 think you ought to go too far down this road.

05:08:54 16         MS. HIMMELHOCH:  I am done with this document,

05:08:55 17 Your Honor.

05:08:55 18         THE COURT:  Okay, good.

05:08:55 19 BY MS. HIMMELHOCH:

05:08:56 20 Q.   Now, Dr. Gringarten, your entire report is going into

05:09:01 21 evidence here, so I want to inquire about a couple of things

05:09:03 22 that you didn't talk about directly on your direct.

05:09:07 23         The first is, you were asked whether compressibility

05:09:11 24 was an input into your analysis.  You said no, correct?

05:09:19 25 A.   Well, I mean, I'm not -- it is an input into my analysis.

**OFFICIAL TRANSCRIPT**

05:09:25  1    Q.    That was what I was trying to clear up.  It is an input

05:09:26  2    into your permeability analysis?

05:09:28  3    A.    Yeah, but I thought the question was what's the inference

05:09:30  4    of it.  I must have missed the question.

05:09:31  5    Q.    Before we go further on compressibility, if Dr. Blunt uses

05:09:43  6    your P50 permeability as opposed to your P90 permeability --

05:09:47  7    or, sorry, P10 permeability, his cumulative discharge is still

05:09:52  8    outside your range, is it not?

05:09:55  9    A.    Well, he's used the -- my P10 permeability, but then he

05:10:02 10    has used his own analysis for the size of the reservoir in some

05:10:11 11    spots.  So his final results, you know, depend not entirely on

05:10:17 12    his choice of my P10 permeability.

05:10:20 13           In fact, he used my P10 permeability, if I

05:10:23 14    understand, to evaluate the conductivity of the reservoir,

05:10:29 15    among other things.  So there is no clear relationship between

05:10:34 16    his choice of my P10 and the fact that he gets something which

05:10:37 17    is different from what I get.

05:10:38 18    Q.    When Dr. Blunt was testifying, he acknowledged that if he

05:10:41 19    used your P50 permeability value, his reservoir thickness had

05:10:46 20    to be over 100 feet.  You do not agree with a reservoir height

05:10:50 21    of greater than one hundred feet, do you?

05:10:52 22    A.    No, and I don't recall that in his deposition.  Could I

05:10:58 23    see?

05:10:58 24    Q.    It was during the trial here, sir.

05:11:00 25    A.    Yes.  But I don't -- I recall some discussion about

**OFFICIAL TRANSCRIPT**

05:11:05  1    changing some numbers in his spreadsheet, which he said was

05:11:12  2    totally appropriate.

05:11:13  3    Q.   Well, let me ask you:  Did you agree with him that that

05:11:16  4    was inappropriate?

05:11:16  5    A.   Yes.  I mean, I -- well, that's what he said.  I don't

05:11:21  6    know his spreadsheet, so I don't know what he had in his

05:11:24  7    spreadsheet, but it's certain that spreadsheet is set up in a

05:11:29  8    certain way, and you cannot, you know, at random put numbers in

05:11:31  9    it.

05:11:32 10         What he said, if I recall, is that if you want to

05:11:35 11    change the -- then you have to change the thickness, which

05:11:39 12    means you have to go within the spreadsheet and do some

05:11:43 13    adjustment.

05:11:43 14    Q.   You've reviewed the work of Dr. Pooladi-Darvish, correct?

05:11:47 15    A.   Yes.

05:11:48 16    Q.   Dr. Pooladi-Darvish performed a reservoir simulation;

05:11:51 17    isn't that correct?

05:11:51 18    A.   Yes.

05:11:51 19    Q.   Wouldn't the same principle hold true that you can't

05:11:55 20    simply pluck one value out of his analysis and come to a

05:11:57 21    conclusion about its effect on his analysis?  You would have to

05:11:59 22    go back and look at the entire reservoir simulation; isn't that

05:12:02 23    true?

05:12:02 24    A.   I just look at the results.  You know, I didn't have --

05:12:07 25    you know, we're talking about something totally different here.

05:12:11  1          From what I understand from reading the testimony,

05:12:14  2    that the government, you know, wanted to modify a number in his

05:12:22  3    spreadsheet, and that's, you know, totally different than just

05:12:26  4    looking at, you know, the results displayed by

05:12:31  5    Dr. Pooladi-Darvish.  We're talking about something totally

05:12:34  6    different here.

05:12:34  7    Q.   You agree, do you not, that when you perform a reservoir

05:12:38  8    simulation, simply pulling out one number and plugging in

05:12:41  9    another one would not honor the way in which reservoir

05:12:46 10    simulations are performed?

05:12:52 11    A.   Well, with respect to what?  I'm not sure I understand

05:12:58 12    what we are --

05:12:58 13    Q.   You criticized --

05:12:59 14    A.   -- trying to do here.

05:13:00 15    Q.   I'm sorry, I did not mean to talk over you.

05:13:04 16          You criticized the United States because you said it

05:13:05 17    was inappropriate to pull a single value out of Dr. Blunt's

05:13:10 18    analysis without considering the effect of that single value on

05:13:14 19    his other inputs?

05:13:14 20    A.   But, again, I think we are talking about --

05:13:17 21    Q.   Sir, I haven't asked you a question yet.  I apologize, but

05:13:20 22    let me finish my question.

05:13:22 23          So you made that criticism of the United States'

05:13:25 24    counsel, and I'm asking you, wouldn't it be fair to make the

05:13:27 25    same criticism if BP's counsel attempted to take a single value

OFFICIAL TRANSCRIPT

05:13:32 1    out of a reservoir simulation and, without considering the

05:13:35 2    effect of that on other parameters, assumed what the result of

05:13:39 3    that change would be?

05:13:40 4    A.   I'm, you know, a little lost here.

05:13:48 5         If, you know, for instance we had access to

05:13:56 6    Dr. Pooladi-Darvish's simulator, and then I plug a number, and

05:14:02 7    then I say, how are we this much, then that would be the

05:14:04 8    equivalent, the equivalent to defining Dr. Blunt's exam sheet,

05:14:10 9    but we are talking about something totally different here.

05:14:13 10   Q.   Well, we'll move on then.

05:14:14 11        Let's talk for a moment about your compressibility

05:14:17 12   calculation.  You did calculate a total permeability for this

05:14:20 13   reservoir of approximately 18 to 19 microsips, correct?

05:14:26 14   A.   Sorry, could you repeat the question?  Sorry.

05:14:28 15   Q.   I must have said the wrong thing.  You calculated a total

05:14:33 16   compressibility for this reservoir of approximately 18 to

05:14:37 17   19 microsips, correct?

05:14:38 18   A.   Yeah.  Possibly, I did, but okay.

05:14:39 19   Q.   Do you want to see the page in your report?

05:14:43 20   A.   Well, I trust you.  There is no argument.

05:14:45 21   Q.   Why don't we just make sure.

05:14:48 22        Let's call up TREX-11696R.0073.  If we could call out

05:14:58 23   the lower table there.

05:14:58 24        This is a presentation of your Monte-Carlo analysis

05:15:05 25   of your compressibility numbers for the M56D and E, correct?

**OFFICIAL TRANSCRIPT**

05:15:13  1    A.    Okay.

05:15:13  2    Q.    And your P50 values range from 17.84 to 18.62?

05:15:18  3    A.    Yes.

05:15:19  4    Q.    So I was mistaken.  I'm glad you made us check.

05:15:20  5          Your permeability ranges, if you average those two

05:15:22  6    numbers, somewhere around 18 microsips; is that correct?

05:15:25  7    A.    That's correct.

05:15:25  8    Q.    In order to calculate that total compressibility you

05:15:33  9    needed an input for rock compressibility, correct?

05:15:35 10    A.    That's correct.

05:15:36 11    Q.    You took that input directly from Dr. Zimmerman, correct?

05:15:40 12    A.    That's correct.

05:15:41 13    Q.    You did not do any analysis to satisfy yourself that that

05:15:44 14    was the appropriate number for the rock compressibility; isn't

05:15:47 15    that correct?

05:15:47 16    A.    Again -- that's correct.  Again, you know,

05:15:52 17    Professor Zimmerman is the expert, and therefore, you know, I

05:15:54 18    have no reason to second check it.

05:15:58 19          Besides, as I mentioned before, the compressibility

05:16:02 20    has no bearing from my analysis.  You know, compressibility

05:16:05 21    will change the size of the reservoir, but not the

05:16:10 22    permeability.

05:16:11 23          So my focus on the analysis was the permeability.

05:16:15 24    So, you know, that number is really incidental to my analysis.

05:16:19 25    Q.    You do present, however, an estimate of the connected

**OFFICIAL TRANSCRIPT**

05:16:22 1    volume in the reservoir, correct?

05:16:24 2    A.    Yes.

05:16:25 3    Q.    Does compressibility play into that estimate?

05:16:28 4    A.    Yes, but it doesn't play in my calculation of the total

05:16:34 5    discharge.

05:16:34 6    Q.    Okay.  Well, we'll come to your calculation of original

05:16:37 7    oil in place in a moment.

05:16:39 8          With respect to the fluid analysis, and particularly

05:16:42 9    the Appendix A of your report, that's a fluids analysis that

05:16:47 10   was drawn entirely from the work of Dr. Whitson, correct?

05:16:51 11   A.    Yes.

05:16:51 12   Q.    Again, you did not do any independent verification of

05:16:55 13   that?

05:16:55 14   A.    Yeah, for the same reasons.

05:16:58 15   Q.    You testified on direct that you used a single stage

05:17:01 16   formation volume factor for your conversion to

05:17:04 17   stock-tank barrels, correct?

05:17:05 18   A.    Yes.

05:17:05 19   Q.    Again, you did that in relying entirely on Dr. Whitson for

05:17:10 20   the propriety of using a single-stage flash, correct?

05:17:13 21   A.    Correct.

05:17:14 22   Q.    Let's move on to the question of reservoir height.

05:17:18 23         I just want to confirm, Dr. Gringarten, that you used

05:17:22 24   a reservoir thickness of 93 feet?

05:17:24 25   A.    Correct.

**OFFICIAL TRANSCRIPT**

05:17:24  1    Q.   Dr. Blunt says the reservoir is thinner than 93 feet away

05:17:29  2    from the well.  Do you agree with that contention?

05:17:34  3    A.   Well, I agree that that may be the case.  In my case,

05:17:41  4    there is -- no, if I'm doing well test analysis, okay.  In

05:17:46  5    well test analysis, as I've explained before, which was the

05:17:51  6    schematic we showed, you know, we rely on the pressure signal,

05:17:56  7    and especially the derivative, as information on, you know, the

05:18:02  8    size and the characteristics and the concave -- of the

05:18:08  9    reservoir.

05:18:09  10          If there was -- so for my well test analysis of the

05:18:14  11   build-up after July 15th, there is no evidence of a change in

05:18:24  12   thickness.  Okay.  So within the distance reached, you know,

05:18:30  13   during -- you know, the pressure -- by the pressure signal

05:18:34  14   during the -- you know, subsequent to build-up, I don't see any

05:18:37  15   change in thickness.

05:18:38  16          If there were a change which is significant, I would,

05:18:45  17   you know, see it because what well test analysis sees is change

05:18:50  18   in mobility, which are permeability, thickness divided by

05:18:54  19   viscosity, or a change in store activity, which is

05:18:59  20   compressibility times porosity and thickness.  If I don't see

05:19:07  21   any change, then, you know, I have no reason to -- that's it.

05:19:09  22   Q.   So, in your opinion, the reservoir has a thickness of

05:19:14  23   93 feet?

05:19:15  24   A.   That's what I see from my well test analysis.

05:19:18  25   Q.   Let's go ahead and call up D-21161.

**OFFICIAL TRANSCRIPT**

05:19:29  1          Dr. Gringarten, isn't it correct that four of BP's

05:19:32  2     experts in this case come from the same Imperial College in

05:19:37  3     London?

05:19:37  4     A.   Yes.

05:19:37  5     Q.   Isn't it true that Imperial College conducts research for

05:19:44  6     BP in the area of reservoir characterization?

05:19:47  7     A.   I suppose so.  I'm not aware of the details exactly.

05:19:52  8     Q.   You were aware, at least since your deposition, that

05:19:56  9     Imperial College of London is one of the recipients of a

05:20:02 10     hundred million dollar Grant that BP gave to colleges to

05:20:04 11     conduct research into reservoir characterization; isn't that

05:20:07 12     correct?

05:20:07 13     A.   I don't think you mentioned it in my deposition, but I

05:20:10 14     heard it from the testimony of Dr. Blunt.  That's the first

05:20:14 15     time I heard about it.  But, yes, I suppose so.

05:20:16 16     Q.   You have no reason to deny that fact?

05:20:19 17     A.   No.

05:20:19 18     Q.   Let's go ahead and call up D-21781.

05:20:28 19          Dr. Gringarten, you explicitly rely on your

05:20:31 20     colleagues from the Imperial College in your work.  You use

05:20:37 21     Dr. Blunt's conversion of capping stack pressures in your

05:20:39 22     analysis, you used Dr. Zimmerman's number for

05:20:43 23     rock compressibility, and you used Dr. Trusler's correction of

05:20:49 24     the PT-B pressures; isn't that correct?

05:20:52 25     A.   That's correct.

**OFFICIAL TRANSCRIPT**

05:20:52  1    Q.    If we can go ahead and call up D-21783.

05:20:57  2          In addition, you relied directly on Dr. Whitson and

05:21:01  3    Dr. Johnson for additional information in your analysis,

05:21:01  4    correct?

05:21:03  5    A.    That's correct.

05:21:03  6    Q.    If any of these individuals have made an error in his

05:21:08  7    analysis, that error would carry through into your analysis;

05:21:12  8    isn't that correct?

05:21:16  9    A.    To, you know, different degrees.

05:21:19 10    Q.    Let's now turn to what we were talking about earlier,

05:21:22 11    which is your original oil in place estimate.

05:21:25 12          Your original oil in place estimate is based upon

05:21:27 13    your pressure transient analysis or your well test analysis,

05:21:31 14    correct?

05:21:32 15    A.    That's correct.

05:21:32 16    Q.    Your original oil in place, therefore, represents an

05:21:35 17    estimate of the connected volume of the reservoir, correct?

05:21:37 18    A.    That's correct.

05:21:38 19    Q.    When you derive an estimate of connected volume from a

05:21:43 20    pressure transient analysis or well test analysis, your

05:21:46 21    estimate of connected volume will be directly related to your

05:21:49 22    estimate of permeability; isn't that correct?

05:21:51 23    A.    Yes.  Yes.

05:21:56 24    Q.    Therefore, if your permeability estimate were in error,

05:22:01 25    that would change your estimate of connected volume as well,

**OFFICIAL TRANSCRIPT**

05:22:04 1    wouldn't it?

05:22:04 2    A.    Yes.

05:22:07 3    Q.    Now, Dr. Blunt also calculated his connected area using a

05:22:13 4    pressure transient analysis, did he not?

05:22:14 5    A.    Yes.

05:22:15 6    Q.    Therefore, his connected area is dependent on

05:22:21 7    permeability, correct?

05:22:23 8    A.    Yeah.  He's using permeability for the connectivity.

05:22:27 9    Q.    Your well test analysis honors the principle of the

05:22:34 10   material balance, does it not?

05:22:35 11   A.    Yes.

05:22:35 12   Q.    Dr. Blunt used material balance in his analysis, didn't

05:22:38 13   he?

05:22:38 14   A.    Yes.

05:22:38 15   Q.    Yet Dr. Blunt's connected volume does not vary

05:22:43 16   proportionally with his permeability; isn't that correct?

05:22:45 17   A.    I don't know.  I haven't made the calculation.

05:22:50 18   Q.    You've reviewed his report?

05:22:52 19   A.    Yes, but I don't recall -- he provides a relationship

05:22:56 20   between permeability and his volume.

05:22:59 21   Q.    But you don't know?

05:23:02 22   A.    Well --

05:23:02 23   Q.    Let's move on now --

05:23:05 24   A.    But, you know, the relationship -- and I think we

05:23:08 25   covered -- we discussed that in my deposition, the distance is

**OFFICIAL TRANSCRIPT**

05:23:14  1    proportionate to the square root of the permeability and

05:23:19  2    inversely proportional to the total compressibility.  So there

05:23:25  3    is a relationship.  It's not a linear relationship, but it is a

05:23:26  4    relationship.

05:23:26  5    Q.    It is true, is it not, that permeability is -- the square

05:23:36  6    root of permeability is directly proportional to the

05:23:40  7    distance -- or the width of the reservoir, correct?

05:23:43  8    A.    You mean horizontally?

05:23:46  9    Q.    Horizontally, yes.

05:23:50 10    A.    Yes.

05:23:50 11    Q.    The square root of permeability is also directly

05:23:54 12    proportional to the length of the reservoir, correct?

05:23:57 13    A.    Yes.

05:23:57 14    Q.    Area is calculated by multiplying length times width,

05:24:01 15    correct?

05:24:01 16    A.    Yes.

05:24:01 17    Q.    Therefore, isn't corrected area directly proportional to

05:24:07 18    permeability?

05:24:07 19    A.    Yeah, I would say.

05:24:08 20    Q.    Now, let's go on to your calculation of permeability.

05:24:15 21         You indicated in your direct testimony that the

05:24:20 22    pumping goes on for three to four hours in the MDT test,

05:24:25 23    correct?

05:24:25 24    A.    That's correct.

05:24:26 25    Q.    But it's not continuous pumping, is it?

**OFFICIAL TRANSCRIPT**

05:24:28 1   A.   No.  As I indicated, from time to time the tool is

05:24:32 2   shut-in, and therefore there are some build-ups in between.

05:24:35 3   Q.   When the well is shut-in just before the final pretest,

05:24:40 4   which is what you analyzed, it has essentially returned to

05:24:45 5   initial reservoir pressure, has it not?

05:24:46 6   A.   I don't recall.  Yeah, I don't recall.  I'm not sure.

05:24:53 7   Q.   You don't have any reason to dispute that right now, do

05:24:53 8   you?

05:24:56 9   A.   Well, normally, when you shut it, it takes quite a while

05:25:01 10   before you go back to the initial pressure.  So yes, I would

05:25:06 11   not agree with that.

05:25:06 12   Q.   How much fluid is withdrawn in a pretest?

05:25:12 13   A.   A pretest, 20 cc's, but that's not what we're talking

05:25:16 14   about here.  Here we are talking about, you know, four hours of

05:25:20 15   pumping.

05:25:20 16   Q.   Four hours of pumping followed by a shut-in?

05:25:20 17   A.   Yes.

05:25:24 18   Q.   Followed by a pretest that withdraws 20 cc's or

05:25:30 19   1 1/3 tablespoons?

05:25:31 20   A.   That's right.  That's what is important, and that's where

05:25:34 21   the conversion comes in, is that what has been produced is

05:25:37 22   4 hours of fluid.

05:25:38 23   Q.   Four hours of fluid interrupted by a shut-in?

05:25:46 24   A.   Yes.  But that doesn't matter.

05:25:48 25   Q.   Let's talk about -- just to confirm, I think this is clear

**OFFICIAL TRANSCRIPT**

05:25:52  1    to the judge now, but I just want to make sure it's absolutely

05:25:56  2    clear.  Your estimate of cumulative volume of oil released is

05:25:59  3    directly related to your permeability?

05:26:01  4    A.    Yes.

05:26:01  5    Q.    And so if your permeability is doubled, then your volume

05:26:06  6    of oil would be doubled, correct?

05:26:08  7    A.    Yeah, about.

05:26:11  8    Q.    Now, you agree, do you not, that Dr. Blunt has stated in

05:26:13  9    his report that permeability is typically the most uncertain

05:26:17  10   parameter in reservoir engineering analysis, are you not?

05:26:22  11   A.    Well, yes, he said that's uncertain, but he also said

05:26:28  12   that, you know, the best way to get permeability is from a

05:26:32  13   test.

05:26:32  14   Q.    Right.  But he -- even with that, he states that

05:26:36  15   permeability is typically the most uncertain parameter?

05:26:41  16   A.    In general, I would dispute that.  Because that's -- you

05:26:45  17   know, that's my business.  I mean, I'm an expert in well test

05:26:48  18   analysis.  And my expertise leads me to have quite confidence

05:26:57  19   on the permeability I get from well test analysis.

05:27:06  20   Q.    The resolution of the pressure gauge in the MDT tool --

05:27:06  21   I apologize.

05:27:16  22         The resolution of the pressure gauge in the MDT tool

05:27:19  23   that was used at the Macondo before the explosion was .02 psi;

05:27:24  24   isn't that correct?

05:27:24  25   A.    Correct.

**OFFICIAL TRANSCRIPT**

05:27:25  1    Q.    Let's call up TREX-011696R.N.28.1.US.

05:27:37  2          Dr. Gringarten, this is a figure from your report

05:27:40  3    showing the MDT pressure measurement for the M56D layer; isn't

05:27:44  4    that correct?

05:27:45  5    A.    That's correct.

05:27:45  6    Q.    And the yellow highlighting represents a range of .02 psi

05:27:51  7    pressure measurements; isn't that correct?

05:27:52  8    A.    Yes.

05:27:52  9    Q.    And isn't it true that for this layer, at least, virtually

05:27:56 10    all of the pressure changes that you analyzed fell within the

05:28:00 11    resolution of the gauge?

05:28:01 12    A.    No.  Because what you didn't show is the -- you know, the

05:28:06 13    pressure at the beginning of the buildup.  What is important is

05:28:11 14    the ratio between the -- this is not a signal.  That's a

05:28:16 15    resolution of the signal.  And what you are showing -- what is

05:28:18 16    important is the ratio of the signal to the noise, which is the

05:28:23 17    resolution.  And, you know, we are measuring the Delta P.  The

05:28:28 18    Delta P is not shown here.

05:28:30 19    Q.    You are determining a trend of data, the trend of this

05:28:35 20    data, correct, that's what the green line and the red line

05:28:38 21    represent?

05:28:38 22    A.    That's right.  That's to see what would be the range of

05:28:41 23    possibilities.  I have analyzed the actual data and I have

05:28:47 24    produced the Delta P, which we don't see here.

05:28:51 25    Q.    But it is true that you are trying to determine whether

**OFFICIAL TRANSCRIPT**

05:28:53  1   these measurements have a trend in them, correct?

05:28:56  2   A.    That's correct.  And the trend is being used for obtaining

05:29:00  3   a range of possibility, you know, because we have uncertainty

05:29:05  4   due to the resolution of the gauge.  But what we are analyzing

05:29:08  5   is not -- you know, that yellow part, it's the, you know,

05:29:13  6   Delta P from the moment of the shut-in to the resolution, so

05:29:18  7   that's the signal.

05:29:19  8   Q.    And you are trying to determine whether these points make

05:29:24  9   a line that goes up or a line that goes down.  So you're trying

05:29:27 10   to determine what trends you can get from these different

05:29:31 11   points?

05:29:31 12   A.    That's correct.

05:29:31 13   Q.    And the measurement of these different points all fall

05:29:35 14   within the resolution of the gauge?

05:29:38 15   A.    But that's not the signal.  The signal is a Delta P, and

05:29:43 16   so it's a difference between the pressure at the time you do

05:29:46 17   the shut-in and the pressure of during the shut-in, so this is

05:29:53 18   really not representing what we are analyzing.

05:29:55 19   Q.    For the permeability, do you not get your estimate from

05:29:58 20   this time period?

05:29:59 21   A.    No.

05:30:00 22   Q.    You do not use these -- mean trend and average trend to

05:30:06 23   obtain your estimate of permeability?

05:30:06 24   A.    No.  I use the Delta P.  As I said, I use the difference

05:30:10 25   between the pressure at the time of shut-in and the pressure

OFFICIAL TRANSCRIPT

05:30:14  1    during the shut-in and that's what everybody does.

05:30:17  2            And this, what you're showing me here, is -- would

05:30:21  3    be, in fact, the analysis where we only rely on, let's say, the

05:30:25  4    Horner plot, as we said before, which is highly imprecise.

05:30:30  5    Q.    You agree that the data -- the resolution of this gauge

05:30:34  6    introduces at least some uncertainty into your analysis?

05:30:38  7    A.    Yes.

05:30:38  8    Q.    And you would agree that the pressure changes during the

05:30:43  9    time period shown on this graph all fall within the resolution

05:30:46 10    of the gauge?

05:30:46 11    A.    No.

05:30:46 12    Q.    During the time period that's shown on this graph?

05:30:50 13    A.    No.  That's not the change in pressure.  The change in the

05:30:53 14    pressure is the difference from the pressure at the time of

05:30:57 15    shut-in.

05:30:58 16    Q.    Sir, each of these points that is connected by the black

05:31:01 17    line is a pressure measurement, correct?

05:31:02 18    A.    Yes.

05:31:03 19    Q.    And these are pressure measurements plotted against time;

05:31:08 20    isn't that correct?

05:31:08 21    A.    Yes.  But that's not the signal.  The signal is the

05:31:11 22    difference in pressure between the pressure during the shut-in

05:31:15 23    and the pressure at the beginning of the shut-in.

05:31:18 24    Q.    I'm asking you a different question than you're answering,

05:31:21 25    so let me try and make it clear again.

**OFFICIAL TRANSCRIPT**

05:31:23  1            You attest in your red line and your green line to
05:31:28  2    determine a trend in this data, correct?
05:31:30  3    A.   Correct.
05:31:30  4    Q.   And this data that you are trying to find a trend in, all
05:31:36  5    of the changes in the data during this time period occur within
05:31:40  6    the resolution of the gauge?
05:31:42  7    A.   That's the reason why, you know, I tried to determine what
05:31:46  8    would be the possible trend -- trends given the uncertainty of
05:31:50  9    the data.  But as I repeat, that's not the signal I'm
05:31:54 10    analyzing.
05:31:54 11    Q.   Now, you did an analysis of this data to come up with two
05:32:01 12    estimates of permeability for the M56D layer, correct?
05:32:05 13    A.   Correct.
05:32:05 14    Q.   And those two analyses you called your main trend and your
05:32:10 15    average trend, correct?
05:32:11 16    A.   Yes.
05:32:11 17    Q.   And the value that you got for your average trend when you
05:32:16 18    did a detailed analysis of the permeability was
05:32:22 19    292 millidarcies; isn't that correct?
05:32:24 20    A.   Correct.
05:32:24 21    Q.   Then after you had also done your main trend analysis and
05:32:28 22    come up with a value of 110 millidarcies, you ran a Monte Carlo
05:32:33 23    analysis, correct?
05:32:33 24    A.   Right.
05:32:34 25    Q.   Let's call up TREX-011696-R.113.1.US.  This is Table 10.

**OFFICIAL TRANSCRIPT**

05:32:47  1          Do you need me to say that again?  I do need to say

05:32:52  2   it again.

05:32:53  3          Well, before we get there, you stated in your report

05:32:56  4   that you considered your result from the average trend to be a

05:33:00  5   reasonable upper bound for your permeability, didn't you?

05:33:05  6   A.   I'm sorry.  Could you repeat that.

05:33:06  7   Q.   You stated in your report that the 292 millidarcy estimate

05:33:12  8   that you obtained for the average trend was a reasonable upper

05:33:16  9   bound for your permeability estimate, did you not?

05:33:19 10   A.   Yes.

05:33:19 11   Q.   Now let's go to TREX-011696-R.0113.1.US.

05:33:35 12          And this is Table 10 from your attempt at analyzing

05:33:39 13   the MDT data, correct?

05:33:43 14   A.   Yes.

05:33:43 15   Q.   We see here on the column labeled M56D, parentheses, 144,

05:33:47 16   we see that your P0 value is 281.9, correct?

05:33:53 17   A.   Yes.

05:33:54 18   Q.   And the P0 value represents a conclusion that there is a

05:33:59 19   0 percent probability that your permeability value will be

05:34:02 20   greater than 281.9; isn't that correct?

05:34:05 21   A.   Yes.

05:34:06 22   Q.   And yet you had already identified a reasonable upper

05:34:09 23   bound at 292, correct?

05:34:11 24   A.   Well, this was an upper bound.  That's not how the

05:34:16 25   uncertainty is calculated.  What you calculate -- as I said in

**OFFICIAL TRANSCRIPT**

05:34:33 1   my report, you calculate -- what you obtain from the analysis

05:34:38 2   are, you know, dimensions, numbers.  And in this particular

05:34:44 3   case, you get a range of dimensions and parameters or --

05:34:51 4   dimensions and parameters, which are -- for instance, here is a

05:34:54 5   pressure match.

05:34:55 6          And so we do -- you know, we get a different pressure

05:34:57 7   match for -- you know, for the two bands to, you know, cover

05:35:05 8   the range of points.  And you go from the Monte Carlo analysis

05:35:14 9   on this numbers, thinking there are other numbers, and what you

05:35:19 10  end up with is the distribution I've expressed here.

05:35:22 11  Q.   And, sir, again, my question, I think, was a simple one.

05:35:26 12  Your Monte Carlo analysis assigns a P0 value to

05:35:31 13  281.9 millidarcies, correct?

05:35:31 14  A.   Yes.

05:35:31 15  Q.   And you had already calculated an average trend

05:35:36 16  permeability as a reasonable upper bound of 292 millidarcies;

05:35:41 17  isn't that correct?

05:35:41 18  A.   Yes.  And --

05:35:43 19  Q.   That was all I was asking, sir.

05:35:44 20         Let's go on to another question I have about your

05:35:48 21  permeability analysis.

05:35:50 22         You agree that the Macondo reservoir is a high

05:35:53 23  mobility reservoir, don't you?

05:35:58 24  A.   What do you call a *high mobility*?

05:36:00 25  Q.   Well, let me define for the judge in case he hasn't heard

**OFFICIAL TRANSCRIPT**

05:36:04  1   this term yet.  I don't believe he has.

05:36:06  2          Mobility is a measure of the permeability over the

05:36:10  3   viscosity of the reservoir fluid; isn't that correct?

05:36:13  4   A.   Yes.

05:36:14  5   Q.   And permeability is measured in millidarcy, correct?

05:36:20  6   A.   Permeability is measured in millidarcy, yes.

05:36:22  7   Q.   And viscosity is measured in centipoise, correct?

05:36:25  8   A.   Yes.

05:36:26  9   Q.   And a reservoir of several hundred to over a thousand

05:36:32  10  millidarcy per centipoise would be a high mobility reservoir;

05:36:32  11  would it not?

05:36:37  12  A.   Yes.

05:36:37  13  Q.   And it's true that if we used even your permeability value

05:36:42  14  of 238, given that you used a viscosity or mu of .205 to .249

05:36:50  15  that the ratio of 238 to .249 is roughly 1,161?

05:36:56  16  A.   Yes.

05:36:59  17  Q.   So the Macondo reservoir is a high mobility reservoir,

05:36:59  18  correct?

05:37:04  19  A.   Yes.

05:37:05  20  Q.   Okay.  Now, the judge saw this earlier with a different

05:37:10  21  TREX number, but I'm going to call it up with the US's

05:37:14  22  TREX number.  Let's call up TREX-011697, please.

05:37:22  23          This is the paper that you referenced earlier in your

05:37:24  24  testimony with your counsel, correct?

05:37:25  25  A.   Yes.

**OFFICIAL TRANSCRIPT**

05:37:26  1    Q.   And it's a discussion of wireline formation tests,

05:37:30  2    including MDT tests, correct?

05:37:33  3    A.   Sorry.   Could you repeat that.

05:37:34  4    Q.   It's a discussion of the use of MDT tests and other

05:37:38  5    wireline formation tests, correct?

05:37:40  6    A.   Yeah.   Except the difference here is we were talking in

05:37:45  7    this paper about a pretest.   You know, as -- I may not have

05:37:50  8    explained to you, Judge -- there are two types of use of the

05:37:57  9    wireline formation tool.   One is used where you lower the tool

05:38:06 10    at different levels in the reservoir and then you do what we

05:38:09 11    call a pretest, which you pick -- withdraw 22 cubic centimeter

05:38:17 12    of fluid, and you measure the pressure.   And the purpose of

05:38:20 13    that is to calculate the initial pressure at that point in the

05:38:25 14    reservoir.   And you do several stations, and you keep repeating

05:38:29 15    it.

05:38:30 16         And so that's what we were talking about in this

05:38:32 17    paper.   What I've used for the MDT analysis is a sample test

05:38:39 18    where we do have these pretests, but we are also pumping for

05:38:45 19    several hours.   And so that becomes equivalent, *de facto* to a

05:38:52 20    normal well test because instead of it being a radius of

05:38:58 21    investigation of a few feet, we now have a radius of

05:39:02 22    investigation which is a distance of where the pressure has

05:39:06 23    gone of about 600 feet, which is a significant portion of the

05:39:10 24    reservoir, and therefore, we get -- you know, we are in a

05:39:14 25    condition of a normal test.

**OFFICIAL TRANSCRIPT**

05:39:15  1    Q.    Your radius of investigation, even using deconvolution, is

05:39:21  2    657 feet roughly?

05:39:22  3    A.    Yes.

05:39:22  4    Q.    And the reservoir is 10,000 feet long; is it not?

05:39:25  5    A.    But it is about 1200 feet large, you know, of the distance

05:39:31  6    of the well, is about.  So it's 2400 feet roughly.  I don't

05:39:35  7    remember exactly the numbers, but -- and so this is a

05:39:40  8    significant portion.

05:39:41  9    Q.    In this article that's up on the screen, you caution that

05:39:47 10    in using the pretests, the withdrawal of 20 cc's of fluid, you

05:39:53 11    may have unreliable results if you are working in a high

05:39:58 12    permeability reservoir; isn't that correct?

05:39:58 13    A.    I'm not sure we mentioned that in those words.

05:40:04 14    Q.    Well --

05:40:06 15    A.    But what is important, as I said before, is a signal to

05:40:10 16    those ratio.

05:40:10 17    Q.    Let's go to page -- TREX-011697.0004, please, and go to

05:40:25 18    the conclusion section.  And -- yes.

05:40:30 19            In the second bullet there, it says, "In lower

05:40:34 20    permeability reservoirs, mobility is less than about

05:40:39 21    100 millidarcies per centipoise.  The quality of data recorded

05:40:42 22    by wireline formation test tools is suitable for pressure

05:40:46 23    transient interpretation.

05:40:47 24            "In higher permeability, the resolution of the

05:40:49 25    pressure gauge limits the quality of the data often precluding

**OFFICIAL TRANSCRIPT**

05:40:53 1    transient analysis, and the FRA method then provides the best

05:40:58 2    estimate of mobility."

05:41:01 3         That is what you said in your article regarding

05:41:03 4    pretests; isn't that correct?

05:41:04 5    A.   Yes.  It says "often precluding."  And again, we are

05:41:07 6    talking about the pretest.  We are in totally different

05:41:11 7    situation here.  We have sampling and so we have pumped for

05:41:17 8    many hours, and so we have all the tools to do the analysis.

05:41:20 9    Q.   You have had a sampling run and then the reservoir has

05:41:23 10   returned to near initial conditions, and then you have a

05:41:26 11   withdrawal, just like these pretests, of 20 cc's of fluid;

05:41:29 12   isn't that correct?

05:41:30 13   A.   Yes.  But --

05:41:32 14   Q.   Yes.

05:41:34 15   A.   No.  The buildup benefits from the production before, and

05:41:37 16   so you cannot isolate and, you know, say that the pretest is

05:41:41 17   equivalent to a pretest in the beginning.  That is totally

05:41:44 18   wrong.

05:41:44 19   Q.   I did not ask you to say that.  I asked you, you had

05:41:47 20   several hours of sampling, then the reservoir returned to near

05:41:52 21   initial conditions and then you withdrew 20 cc's of fluid in a

05:41:57 22   pretest; isn't that correct?

05:41:58 23   A.   I don't think the pressure went back to the initial

05:42:02 24   conditions.

05:42:02 25   Q.   It went back to near initial conditions; isn't that

**OFFICIAL TRANSCRIPT**

05:42:04  1   correct?

05:42:04  2   A.   Well, what do you call *near*?  I don't think.  Since we

05:42:06  3   have to extrapolate and calculate and use a model to get to the

05:42:10  4   initial pressure, and we didn't, you know, really get back to

05:42:12  5   the initial pressure.

05:42:13  6   Q.   So your estimate of initial pressure is a calculation

05:42:19  7   based on the MDT data; is that correct?

05:42:22  8   A.   Yes.

05:42:22  9   Q.   Now, you only performed a detailed analysis of the

05:42:32 10   flow rate pretest; isn't that correct?

05:42:35 11   A.   Yes.  But I used all the buildups to verify the

05:42:41 12   analysis -- consistency of the analysis.  And the other tests

05:42:44 13   that I ranked were shorter.  So I used a series of, you know,

05:42:50 14   standard techniques, which is comparing all the buildups

05:42:53 15   together using deconvolution, and that's how you gain

05:42:58 16   confidence in the analysis.

05:42:59 17   Q.   Now, you indicated that the reason that you didn't do a

05:43:02 18   detailed analysis of the other buildups was because in

05:43:08 19   Figure 27 and 28 of your report, you showed that the high rate

05:43:15 20   buildups would give you the same permeability model; isn't that

05:43:15 21   correct?

05:43:18 22   A.   Yes.

05:43:18 23   Q.   And a permeability model is different than a permeability

05:43:22 24   value; isn't that correct?

05:43:27 25   A.   Okay.  I'm not sure I used the word *permeability model*.

**OFFICIAL TRANSCRIPT**

05:43:30  1    Q.    Okay.  Let's go ahead and call up your deposition.

05:43:34  2    Deposition at 82, line 20 to 83, line 6.

05:43:42  3          So I start at line 20 and I ask you:  "Is there any

05:43:44  4    other reason why you excluded the other buildups, other than

05:43:47  5    the final pretests, from your calculation of permeability?"

05:43:51  6          And you ask me:  "Other than what?"

05:43:53  7          And I say:  "Other than the analysis that you've

05:43:56  8    discussed in Figures 27 and 28."

05:43:59  9          And we continue on to the next page and after another

05:44:02  10   objection, we see:  "No.  Figure 28 show that the same model

05:44:07  11   will apply to, you know, all the buildups, and so there is no

05:44:12  12   point in redoing the analysis for each individual buildup

05:44:15  13   since, you know, clearly, they give the same model."

05:44:18  14         Did I ask you those questions and did you give those

05:44:21  15   answers?

05:44:22  16   A.    Yeah.  And, you know, those answers are, you know, still

05:44:26  17   valid.  I don't see *permeability model* mentioned anywhere here.

05:44:31  18   Q.    Well, you said *model*.  They give you the same model.

05:44:34  19   A.    Okay.  But --

05:44:35  20   Q.    And is a model the same as a value?

05:44:37  21   A.    No.

05:44:38  22   Q.    And I want to look at -- a little bit closer at Figures 27

05:44:43  23   and 28.  Let's begin with TREX-011696-R-N.104.01.US.

05:44:56  24         And this is Figure 28 from your report; is that

05:44:58  25   correct?

**OFFICIAL TRANSCRIPT**

05:44:58  1    A.    That's correct.

05:44:58  2    Q.    And if you could indulge me and make that bigger, just a

05:45:02  3    little bit larger.  No.  You were on the right one the first

05:45:05  4    time.  You're stealing my thunder here.  You could increase the

05:45:10  5    graph a little bit.  Thank you.

05:45:12  6          Now, this blue box here is what you call in your

05:45:16  7    report your area of radial flow uncertainty, correct?

05:45:23  8    A.    Correct.

05:45:23  9    Q.    And that means that this is where you -- this is the part

05:45:27 10    of the buildup that you were going analyze in order to get your

05:45:31 11    permeability value, correct?

05:45:32 12    A.    That's correct.

05:45:33 13    Q.    And you get your permeability value by taking a particular

05:45:36 14    buildup.  Let's pick the blue one.  These data points are the

05:45:40 15    buildup, are one buildup, correct?

05:45:43 16    A.    Yeah.  Except I certainly would not use the blue one,

05:45:47 17    because as you can see, it's of limited length.  It goes to

05:45:52 18    .1 second, and so I would use the black one.  And most

05:45:55 19    likely -- that's most likely what I've used.

05:45:58 20    Q.    That's the pretest, is the black?

05:46:01 21    A.    No, the black is not the pretest.  Okay, maybe.  I don't

05:46:04 22    know.

05:46:04 23    Q.    And then there is another buildup that's this red one?

05:46:08 24    A.    Yes.

05:46:08 25    Q.    And there is another buildup that's yellow, correct?

OFFICIAL TRANSCRIPT

2606

05:46:10  1    A.    And the point of this plot is that, you know, we plot

05:46:23  2    Delta Q over pressure.  It's a change in pressure from the

05:46:29  3    beginning of the buildup divided by the rate, you know, before

05:46:33  4    that buildup.

05:46:33  5          And so what that plot shows is that they all

05:46:39  6    stabilize at the same level.  They get essentially the same --

05:46:43  7    they correspond to essentially the same model with some

05:46:48  8    variation in parameters, and the band in blue, which is a

05:46:54  9    radial flow uncertainty, is what we used for the uncertainty

05:46:58 10    analysis in the calculation and the evaluation of the

05:47:02 11    uncertainty and the permeability.

05:47:03 12    Q.    You would agree with me, would you not, that that

05:47:07 13    uncertainty band is one log cycle high?

05:47:10 14    A.    Yes.

05:47:13 15    Q.    Okay.

05:47:13 16    A.    About, yes.

05:47:14 17    Q.    And you would agree with me that the way that you would

05:47:16 18    find permeability from one of these buildups is by finding the

05:47:19 19    appropriate trend line of the data in this blue box area?

05:47:25 20    A.    It's my drawing, you know, by different means, either by

05:47:29 21    hand or through nonlinear regression, there is a horizontal

05:47:41 22    line through the data.

05:47:42 23    Q.    And if you chose a model that was at the top of this box,

05:47:45 24    and then a model that was at the bottom of this box, it would

05:47:49 25    have the same shape, but the value of permeability would differ

**OFFICIAL TRANSCRIPT**

05:47:52  1    by an order of ten; isn't that correct?

05:47:55  2    A.    Not quite ten.

05:47:57  3    Q.    But close to ten?

05:47:59  4    A.    About two.  Because clearly, there are some points that

05:48:04  5    are -- you know, that are noise.  And so, therefore, here I

05:48:09  6    would, and I probably did, take a factor two or three.

05:48:12  7    Q.    Two or three times different?

05:48:15  8    A.    Yes.  And that's used for the uncertainty analysis.

05:48:21  9    Q.    Okay.  Let's talk now about some quick facts that I want

05:48:24 10    to confirm, and then I'll have one more area after that and

05:48:27 11    you'll be done with me, Dr. Gringarten.

05:48:29 12    A.    Thank you.

05:48:30 13    Q.    I don't know if I should be insulted by that, sir.

05:48:34 14          I just want to confirm some quick facts.  The thicker

05:48:37 15    layers of the reservoir will have more weight in the average

05:48:41 16    permeability that you calculated; isn't that correct?

05:48:43 17    A.    That's correct.

05:48:43 18    Q.    And the thickest zone that you analyzed with MDT data in

05:48:49 19    this case was the M56E Lower Layer; isn't that true?

05:48:52 20    A.    That's correct.

05:48:52 21    Q.    And so, therefore, the M56E Lower Layer would have the

05:48:56 22    largest influence on your average permeability; isn't that

05:48:58 23    correct?

05:48:58 24    A.    Yes.  I think it was -- I don't remember, sorry, the

05:49:03 25    numbers, 60 feet to 40 feet.

                              **OFFICIAL TRANSCRIPT**

05:49:06  1    Q.    It's on that order?

05:49:08  2    A.    Yes.

05:49:08  3    Q.    I'm not going to ask you for the numbers, don't worry.

05:49:10  4    A.    And the others are, you know, about 20, so we are talking

05:49:14  5    about, you know, 60 to 40.  So the other two layers, the

05:49:20  6    E upper and D will still have an inference, which is, you know,

05:49:27  7    very close, you know, 40 to 60, the inference would be almost

05:49:34  8    similar.

05:49:34  9    Q.    But individually, the M56E layer as compared to either the

05:49:42 10    M56E upper or the M56D will have a greater influence?

05:49:46 11    A.    Yeah.  But you have to look at all of that together.

05:49:49 12    Q.    Yes.  But if you have an error in your M56E Lower Layer

05:49:51 13    and you have underestimated the permeability for that layer, it

05:49:55 14    will have a larger impact on your average permeability than if

05:49:59 15    you had an error in your M56E Upper Layer; isn't that correct?

05:50:03 16    A.    Could you repeat.  Sorry.

05:50:09 17    Q.    Yeah.  It was probably a little convoluted.

05:50:15 18          If you have underestimated the permeability for the

05:50:17 19    M56E Lower Layer, that would have a greater impact your average

05:50:22 20    permeability than if you had underestimated the value of the

05:50:26 21    permeability for the M56E Upper Layer, isn't that true?

05:50:29 22    A.    Well, you would have, you know, an inference within the

05:50:34 23    ratio of 60 to 40.

05:50:36 24    Q.    Would it be 60 to 40 comparing the M56E Lower to the

05:50:42 25    M56E Upper?

**OFFICIAL TRANSCRIPT**

05:50:42  1   A.   Yeah.  But you don't compare the two.  You have three

05:50:46  2   layers.  That's what you have to take into account.

05:50:49  3   Q.   You agree that the M56F layer is only 6.5 feet thick,

05:50:53  4   correct?

05:50:54  5   A.   That's correct.

05:50:54  6   Q.   And, in your opinion, the M56F layer did not have a

05:50:58  7   significant influence on your overall thickness based average;

05:50:58  8   isn't that correct?

05:51:02  9   A.   Yeah.  It's the smallest influence of all the three

05:51:07 10   layers -- the four layers.

05:51:08 11   Q.   And you agree that M56E Upper Layer has the lowest

05:51:13 12   permeability of the three layers that were analyzed using MDT

05:51:16 13   data?

05:51:17 14   A.   Start again.  Sorry.

05:51:18 15   Q.   Probably the court reporter is grateful for your slowing

05:51:22 16   me down.

05:51:23 17        You agree, do you not, that the M56E Upper Layer has

05:51:27 18   the lowest permeability of the three layers analyzed by the MDT

05:51:32 19   tool?

05:51:33 20   A.   Well, if I recall, the -- you know, the -- the most likely

05:51:37 21   probability are, you know, 116, 117, and 280 something.

05:51:44 22   Q.   And you agree that the M56E Upper Layer has the lowest of

05:51:49 23   the three?

05:51:51 24   A.   Well, if you say 116 is less than 117, you're right.  But

05:51:58 25   I would call them, you know, very similar.

**OFFICIAL TRANSCRIPT**

05:52:00  1   Q.   Let's wrap up by talking about an estimate of permeability

05:52:06  2   that was performed by BP during the response.

05:52:08  3          As part of its efforts to characterize the reservoir

05:52:11  4   for purposes of stopping the spill after the explosion, BP had

05:52:16  5   its internal experts prepare an estimate of the permeability of

05:52:20  6   the reservoir in July of 2010; did it not?

05:52:23  7   A.   Yes.

05:52:23  8   Q.   And let's call up TREX-003533.

05:52:31  9          And this is that analysis, correct?

05:52:35 10   A.   Okay.

05:52:35 11   Q.   Do you agree?

05:52:37 12   A.   Yes.  I have difficulty reading it.

05:52:41 13   Q.   We can call that out for you.

05:52:46 14   A.   Okay.  Good.  All right.  Yes.

05:52:46 15   Q.   Okay.  And now let's go to page 35 of this document.  And

05:52:55 16   if we can call out the bullet at the top, *Mobility*.  Yes, that

05:53:01 17   bullet.

05:53:01 18          And at the time of the response, from this bullet, we

05:53:04 19   can see that BP had available to it the MDT data, did it not?

05:53:08 20   A.   Okay.  Yes.  And that's what we had found.

05:53:17 21   Q.   And it states that mobility from the pretests confirm that

05:53:22 22   the sands have high permeability in the 100 millidarcies range,

05:53:29 23   correct?

05:53:29 24          MR. BOLES:  Objection, Your Honor.  Lack of foundation.

05:53:32 25   That's important because of the lack of permeability that we've

**OFFICIAL TRANSCRIPT**

05:53:35 1    talked about with the witnesses.

05:53:36 2          MS. HIMMELHOCH:  Your Honor, they questioned him on

05:53:38 3    direct regarding what use other experts had made of the MDT

05:53:42 4    data.

05:53:42 5          THE COURT:  I overrule the objection.

05:53:42 6    EXAMINATION BY MS. HIMMELHOCH:

05:53:44 7    Q.    This is what they stated with respect to the MDT data;

05:53:47 8    isn't that correct?

05:53:47 9    A.    Well, that's what written here, yes.

05:53:49 10   Q.    And on page 13, if we go to TREX-003533, and call out the

05:53:57 11   first paragraph of the summary.

05:53:59 12          "Having looked at the data, including some of the MDT

05:54:04 13   data, BP concluded, using its internal experts during a

05:54:08 14   response, that the range of permeability averages for this

05:54:11 15   reservoir were between 250 and 500 millidarcies"; isn't that

05:54:16 16   correct?

05:54:19 17   A.    Where do I read?

05:54:19 18   Q.    It's the second to last line.

05:54:21 19   A.    Yeah, I see the last line.  I'm trying to look, you know,

05:54:24 20   what is before.

05:54:27 21   Q.    I'm not suggesting that it was calculated from MDT data.

05:54:31 22   I'm simply asking to you confirm that knowing that there was

05:54:34 23   MDT data, BP chose to calculate its estimate of the

05:54:39 24   permeability as 250 to 500 millidarcies during the response;

05:54:43 25   isn't that correct?

                              **OFFICIAL TRANSCRIPT**

05:54:43  1    A.    Well, that doesn't seem -- you know, I may be missing

05:54:47  2    something here, because if I read the next line, it says,

05:54:50  3    "Permeability was calculated using a post permeability

05:54:58  4    transformed based on sidewall core data analysis."

05:55:03  5            So I don't see any mention here of MDT.

05:55:05  6    Q.    We are in the same document, do you agree, sir?

05:55:07  7    A.    Yes.

05:55:08  8    Q.    And the document on the prior page we were looking at, you

05:55:12  9    agree, showed that they were aware of the MDT data, correct?

05:55:15 10    A.    Yes.

05:55:15 11    Q.    And being aware of the MDT data, the internal experts at

05:55:20 12    BP chose a different method to the estimate the permeability

05:55:23 13    and concluded that the permeability range was between 250 and

05:55:26 14    500 millidarcy; isn't that correct?

05:55:29 15            MR. BOLES:  I object, lack of foundation for his

05:55:31 16    knowledge about any other BP expert or witness these numbers

05:55:35 17    refer to.

05:55:35 18            THE COURT:  I overrule the objection.

05:55:35 19    BY MS. HIMMELHOCH:

05:55:39 20    Q.    Do I need to repeat the question, sir?

05:55:42 21    A.    Yes.

05:55:43 22    Q.    Aware that the MDT data existed, BP's internal experts

05:55:49 23    chose to use a different methodology to calculate permeability,

05:55:51 24    and the conclusion that they drew during the response was that

05:55:54 25    the permeability averages in the range of 250 to 500

                              **OFFICIAL TRANSCRIPT**

05:55:59  1   millidarcy; isn't that correct?

05:56:01  2   A.   Well, that's -- they say arithmetic, and that puzzles me,

05:56:06  3   and log derived.  So also they mentioned MDT at the beginning.

05:56:12  4   They don't give anything special about MDT.

05:56:17  5        What they refer to here is log derived permeability

05:56:21  6   they are using opposed to permeability transformed, so I don't

05:56:25  7   see the connection between the two.

05:56:28  8   Q.   Sir, you agree that at the time that they wrote this

05:56:31  9   paragraph, because this paragraph is in the same document as

05:56:34  10  the previous paragraph we looked at, these internal experts

05:56:37  11  were aware of the MDT data, correct?

05:56:40  12  A.   You know, they seemed to be aware.

05:56:42  13  Q.   They chose a different method to estimate the

05:56:46  14  permeability, and using that different method they concluded

05:56:49  15  that the permeability averages in the range of 250 to 500

05:56:54  16  millidarcy; isn't that correct?

05:56:55  17  A.   That's correct, but I have --

05:56:59  18        MS. HIMMELHOCH:  Thank you.  I have no further

05:57:00  19  questions.

05:57:04  20        THE COURT:  Redirect.

05:57:13  21        MR. BOLES:  Yes, please, Your Honor.

05:57:13  22  REDIRECT EXAMINATION BY MR. BOLES:

05:57:31  23  Q.   Let's start where you just left off, Dr. Gringarten, that

05:57:36  24  BP technical memorandum, TREX-3533, that Counsel characterized

05:57:45  25  as showing that BP's internal experts characterized the

05:57:50  1   permeability as 250 to 500 millidarcies.  Do you remember that

05:57:55  2   line of questions you were just asked?

05:57:56  3   A.   Yes.

05:57:58  4   Q.   Do you know, Dr. Gringarten, whether that number was

05:58:00  5   actually used by BP modelers in that range that's reported?

05:58:05  6   A.   No, I don't.

05:58:05  7   Q.   Have you read the expert report of Dr. Kelkar?

05:58:09  8   A.   Yes.

05:58:12  9   Q.   Does Dr. Kelkar take the same permeability numbers that

05:58:15 10   are reported in that memorandum and come up with a number of

05:58:19 11   300 millidarcies for his PI calculation in his expert report?

05:58:24 12        MS. HIMMELHOCH:  Objection, beyond the scope of

05:58:26 13   Dr. Gringarten's report.

05:58:29 14        THE COURT:  Overruled.

05:58:31 15        THE WITNESS:  Yes.

05:58:31 16   BY MR. BOLES:

05:58:33 17   Q.   Dr. Gringarten, do you know whether BP's internal

05:58:38 18   reservoir modelers took the number that was referred to that we

05:58:43 19   just saw in TREX-3533, and applied a scaling factor to go from

05:58:49 20   those air permeability numbers to an effective permeability to

05:58:53 21   oil that they actually used in modeling to characterize a

05:58:58 22   reservoir?

05:58:59 23        MS. HIMMELHOCH:  Objection.  Leading, lack of

05:59:00 24   foundation.

05:59:01 25        MR. BOLES:  The whole line of questioning is lack of

**OFFICIAL TRANSCRIPT**

05:59:03 1    foundation, Your Honor.

05:59:04 2              THE COURT:  Overruled.

05:59:05 3              THE WITNESS:  If I recall, it was done by the oil

05:59:10 4    saturation, which was 0.87.

05:59:20 5    BY MR. BOLES:

05:59:20 6    Q.   Dr. Gringarten, do you -- you were shown a graph,

05:59:26 7    Figure 27 from your report, showing the radial flow

05:59:31 8    stabilization plots on page 23 of your expert report, do you

05:59:34 9    remember that?

05:59:35 10   A.   Yes.

05:59:37 11   Q.   Is that kind of data and variability in the data something

05:59:43 12   that you see on a regular basis in your well test analysis work

05:59:48 13   that you -- where you interpret data to give your oil industry

05:59:52 14   clients a permeability number?

05:59:53 15   A.   Yes.

05:59:54 16   Q.   Did you apply standard methods to deal with the noisiness

05:59:59 17   in the data?

06:00:00 18   A.   Yes.

06:00:00 19   Q.   You were asked on cross about the P0 permeability of

06:00:14 20   281 millidarcies and an upper bound of 292 millidarcies, do you

06:00:18 21   remember that?

06:00:18 22   A.   Yes.

06:00:19 23   Q.   I think you were about to say something else in your

06:00:22 24   answer.  Do you have something you want to add to that?

06:00:24 25   A.   I'm not sure I recall what I wanted to say.

**OFFICIAL TRANSCRIPT**

06:00:28  1    Q.    This is when you were talking about the P0 permeability of

06:00:31  2    281 and an upper bound of 292.  You had started to give an

06:00:38  3    answer, and I think you might have been cut off.

06:00:39  4    A.    Well, what I was explaining is how the uncertainty is

06:00:45  5    calculated.  What we get from the match is not the permeability

06:00:51  6    directly, but a number which has permeability in it.

06:00:56  7            What we input into the -- calculation is the upper

06:01:02  8    limit of that number, which includes permeability, viscosity,

06:01:07  9    rate and so forth.  Then we do a Monte-Carlo on the error

06:01:12 10    uncertainty on every member of the number, and including the

06:01:18 11    quality of the match.

06:01:19 12            That is what is giving the probability distribution

06:01:23 13    on every parameter, including the permeability.

06:01:26 14    Q.    Dr. Gringarten, you were also shown your article about the

06:01:32 15    use of wireline tools for well test analysis, do you recall

06:01:37 16    that?

06:01:37 17    A.    That's correct.

06:01:37 18    Q.    That article discussing some potential limitations or

06:01:43 19    precautions that need to be used in using those kind of tools

06:01:47 20    for well test analysis?

06:01:48 21    A.    Yes.

06:01:49 22    Q.    Do those limitations apply or limit the reliability of the

06:01:54 23    analysis you've done in this case?

06:01:54 24    A.    No.

06:01:55 25    Q.    Why not?

**OFFICIAL TRANSCRIPT**

06:01:56  1    A.    Because, as I explained, we are analyzing sampling tests,

06:02:03  2    and so -- which has four hours, three to four hours of sampling

06:02:10  3    before.

06:02:10  4         So the final build-up or the build-ups that I have

06:02:14  5    analyzed benefit from that extended production time, sampling

06:02:22  6    time, which, you know, extend the radius of investigation.

06:02:26  7         So we are in, as I say, the condition of the normal

06:02:29  8    test.  If we had run a DST, which is, you know, the test that

06:02:34  9    you -- between packers that are attached to the drilling pipes,

06:02:40 10    which is a typical test we do once a well has been completed,

06:02:46 11    then we would reach about the same radius of investigation.

06:02:49 12         So with the sampling test -- with the -- yeah,

06:02:55 13    sampling test, we are essentially in the condition of a real

06:02:59 14    test.

06:02:59 15    Q.    Now, those pumping tests that you're referring to now, is

06:03:03 16    that what you --

06:03:03 17    A.    Sampling tests.

06:03:04 18    Q.    -- sampling tests, is that what you looked at in your

06:03:07 19    analysis from the MDT tool to calculate permeability at

06:03:12 20    Macondo?

06:03:12 21    A.    That's correct.

06:03:13 22    Q.    How long is -- what's the comparison of the pumping

06:03:17 23    duration and the resulting radius of investigation of those

06:03:23 24    sampling tests as opposed to these pretests being described in

06:03:27 25    your article?

**OFFICIAL TRANSCRIPT**

06:03:28  1    A.    If you don't use deconvolution, the radius of

06:03:35  2    investigation, which is the distance which on the pressure

06:03:37  3    signal in the pretest, including the last one, would be

06:03:40  4    60 feet, so we have reached ten times the distance that we

06:03:47  5    would have reached by analyzing -- you know, not taking -- you

06:03:50  6    know, analyzing just the pretest.

06:03:52  7    Q.    On direct, Dr. Gringarten, you were asked whether PT-B

06:03:57  8    pressures can be used reliably in calculating cumulative flow.

06:04:02  9    Do you remember that?

06:04:03 10    A.    Yes.

06:04:03 11    Q.    And do you think that any of the other experts in this

06:04:06 12    case who have used PT-B pressures have used that data reliably

06:04:11 13    in calculating cumulative flow?

06:04:14 14          MS. HIMMELHOCH:  Objection, goes beyond the four

06:04:17 15    corners to the extent that they are inquiring about anybody

06:04:19 16    other than Dr. Kelkar and Dr. Pooladi-Darvish.

06:04:22 17          MR. BOLES:  Well, presumably counsel's question is

06:04:26 18    going beyond just Dr. Gringarten's analysis, so she's opened

06:04:29 19    the door to this line of inquiry.

06:04:30 20          MS. HIMMELHOCH:  I did not ask him to opine on the

06:04:34 21    propriety of Dr. Griffiths' use of the data.  He testified in

06:04:36 22    his deposition that he had not read the report of

06:04:40 23    Dr. Griffiths.  I think it's inappropriate and beyond the four

06:04:43 24    corners of his report to ask him to opine now as to

06:04:47 25    Dr. Griffiths' use of MDT.

                              **OFFICIAL TRANSCRIPT**

06:04:50  1          MR. BOLES:  I'll withdraw the question if we'll agree

06:04:50  2     on stipulating that Dr. Gringarten's answer on PT-B pressures

06:04:52  3     being used reliably was only referring to his work.

06:04:55  4          MS. HIMMELHOCH:  I am not so stipulating, but I did not

06:04:59  5     ask him to opine on the proprietor of its use in a particular

06:05:01  6     methodology.

06:05:01  7          THE COURT:  Okay, you've won, Ms. Himmelhoch.  Don't

06:05:03  8     keep going, I may change my mind.

06:05:06  9          MS. HIMMELHOCH:  I've learned my lesson, sir.

06:05:06 10     BY MR. BOLES:

06:05:10 11     Q.   Maybe I could ask this, Dr. Gringarten.  Why is it that

06:05:13 12     you think the work you have done using PT-B pressures is a

06:05:17 13     reliable way of calculating cumulative flow?

06:05:22 14     A.   Well, because I use deconvolution.  Again, it's reliable

06:05:26 15     within the uncertainties, which I have described.

06:05:30 16     Q.   When you mention deconvolution, I think that counsel asked

06:05:34 17     you some questions about how you use deconvolution to convert

06:05:41 18     the pressures measured at the PT gauge at the wellhead down to

06:05:47 19     reservoir pressures.  Do you recall that?

06:05:48 20     A.   Could you ask the question again?  Sorry.

06:05:52 21     Q.   Sure.  The discussion about your Option 1 and your

06:05:56 22     Option 2 was a reference to the process you used to convert the

06:06:05 23     PT-B pressures, which were measured at the wellhead, down to

06:06:08 24     reservoir depth.

06:06:09 25     A.   Yes.

**OFFICIAL TRANSCRIPT**

06:06:10   1   Q.   Why did you do that, Dr. Gringarten?

06:06:11   2   A.   You mean why did I convert pressure from the surface to

06:06:17   3   the bottom?

06:06:19   4   Q.   Right.

06:06:19   5   A.   Because my experience -- and we have published a paper on

06:06:24   6   that -- is that the wellhead pressure does not fully represent

06:06:31   7   what's going on in the reservoir, you know, because of the

06:06:35   8   influence of the well --

06:06:37   9        In well tests, in normal well tests, the preferred

06:06:49  10   method is to have measurements at the bottom as well.  So what

06:06:52  11   I was attempting here is to get back to the normal condition of

06:06:57  12   the test by converting the wellhead pressure into

06:07:02  13   bottomhole pressure.

06:07:03  14   Q.   Now, it was mentioned in cross-examination that you did

06:07:05  15   that conversion.  As one step of that conversion, you had to

06:07:09  16   provide estimated rates of flow to Dr. Johnson, so that he

06:07:15  17   could give you an input on the effects of pressure conversion

06:07:20  18   for multiphase flow and other complexities from the flow rate;

06:07:25  19   is that correct?

06:07:25  20   A.   That's correct.

06:07:25  21   Q.   You chose two different simplified assumed flow rates as a

06:07:34  22   starting point for your arriving at flow rates that you gave to

06:07:38  23   Dr. Johnson?

06:07:38  24   A.   That's correct.

06:07:39  25   Q.   Now, did the choice of those flow rates affect the

**OFFICIAL TRANSCRIPT**

06:07:49  1   cumulative number that you've calculated and presented to this

06:07:53  2   Court?

06:07:55  3   A.    Well, they do in the sense that the purpose of choosing

06:08:01  4   two initial flow rates is to end up with a range of pressure at

06:08:06  5   the bottom of the well.  So it's a different process -- you

06:08:08  6   know, a separate process.  We need to convert to the bottom of

06:08:12  7   the well, and for that then we need to have some assumption on

06:08:16  8   the rate.  That's for just the purpose of conversion.

06:08:20  9          So I use a range of rates which give me a range of

06:08:23 10   pressure, you know, combined with a range of flow path.  I take

06:08:29 11   that as -- you know, I end up with four cases that would

06:08:33 12   represent a reasonable range of expected bottomhole pressures.

06:08:38 13   Q.    Let's just briefly discuss the two flow rates that you

06:08:44 14   began with in that process.  One was assuming a constant

06:08:47 15   flow rate of 45,000 stock-tank barrels per day throughout the

06:08:52 16   incident, correct?

06:08:53 17   A.    Yep.

06:08:53 18   Q.    One started lower, at 30,000, and then jumped up to

06:08:59 19   45,000, correct?

06:08:59 20   A.    That's correct.

06:08:59 21   Q.    Which one of those two, Dr. Gringarten, the lower

06:09:06 22   flow rate assumption or the higher flow rate assumption,

06:09:09 23   results in a higher cumulative flow in your analysis?

06:09:13 24   A.    The lower assumption.

06:09:15 25   Q.    Why is that?

**OFFICIAL TRANSCRIPT**

06:09:18  1   A.   Well, because the higher the flow rate you start from, you

06:09:29  2   know, the higher the pressure drop because of friction.  We are

06:09:33  3   talking about, you know, flowing now.  If you start with a

06:09:37  4   higher rate, then you are going to calculate a higher pressure

06:09:43  5   drop between the top and the bottom.

06:09:47  6         Therefore, since the wellhead pressure is fixed, you

06:09:52  7   are going to come up with a higher bottomhole pressure.  So

06:09:59  8   with a higher rate assumption at the beginning, you end up with

06:10:02  9   a lower pressure drop at the bottom from the initial pressure.

06:10:07 10   That then would give you a lower cumulative.  So the higher you

06:10:14 11   start with, the lower cumulative you end up with.

06:10:17 12   Q.   As a check on this process that you undertook to try to

06:10:23 13   convert PT-B pressures from the wellhead level down to

06:10:27 14   reservoir level, did you also check that against using the same

06:10:32 15   methodologies you described in your report, and just using the

06:10:37 16   raw unconverted PT-B pressure?

06:10:40 17   A.   Yes.  I did the same analysis on the wellhead pressure.

06:10:46 18   Using the wellhead pressure, then I calibrated the, you know,

06:10:52 19   rate to the most likely permeability of 238.  That gave me a

06:11:00 20   cumulative of 2.7 million stock-tank barrel.  So that's in

06:11:07 21   between the -- that's within the range I obtained by converting

06:11:11 22   to downhole.

06:11:12 23   Q.   You were asked on direct about that first pressure that

06:11:17 24   you -- that's shown in your report, the pressure measurement

06:11:22 25   from the MDT tool of the Macondo Reservoir pressure on

**OFFICIAL TRANSCRIPT**

06:11:25 1    April 12th.  Do you remember that?

06:11:26 2    A.    Yes.

06:11:27 3    Q.    You were asked whether or not that was a flowing pressure.

06:11:31 4    Do you remember that?

06:11:31 5    A.    Yes.

06:11:32 6    Q.    Does that matter for the analysis you were doing?

06:11:34 7    A.    No.  You know, it's a static pressure.

06:11:43 8    Q.    Is a static pressure appropriate for using in the analysis

06:11:47 9    you've done in the case?

06:11:47 10   A.    Yes.

06:11:48 11   Q.    You were asked also about the -- what you did with respect

06:11:52 12   to the gap in pressure data between that April 12th measurement

06:11:57 13   and May 8th when the PT-B started measuring pressure.  Do you

06:12:02 14   recall that?

06:12:02 15   A.    Yes.

06:12:03 16   Q.    You were asked about the interpolation that you did

06:12:08 17   between the April 12th measurement and the May 8th measurement.

06:12:08 18   Do you recall that?

06:12:08 19   A.    Yes.

06:12:12 20   Q.    Now, sir, do you have an opinion as to whether -- on an

06:12:16 21   alternative approach, which would have been to ignore the

06:12:21 22   April 12th pressure reading and simply infer the pre-May 8th

06:12:23 23   pressure by extrapolating a trend line from the post-May 8th

06:12:28 24   PT-B pressure?

06:12:29 25           MS. HIMMELHOCH:  Objection, beyond the four corners of

OFFICIAL TRANSCRIPT

06:12:32  1    his report.

06:12:32  2         MR. BOLES:  Well, he chose the method he did.  He's

06:12:35  3    been questioned about it.  I think we should ask him for his

06:12:39  4    opinions and reasons for doing it the way he did it.

06:12:44  5         THE COURT:  I'll let him answer.  Go ahead.

06:12:44  6    BY MR. BOLES:

06:12:58  7    Q.    Did you understand my question?

06:13:01  8    A.    Yes.  So you said instead of using the initial pressure

06:13:05  9    obtained from the MDT, I would have extrapolated the trend --

06:13:09 10    Q.    From post-May 8th back in time.

06:13:12 11    A.    From post-May 8th back to Time Zero --

06:13:12 12    Q.    Yes.

06:13:15 13    A.    -- at the start of the spill.  Well, that would be

06:13:17 14    improper.

06:13:17 15    Q.    Why?

06:13:19 16    A.    Because that's not the way it is.

06:13:20 17         Plus, if you do that, then you end up with a higher

06:13:23 18    rate, which would necessitate the Skin which would be very

06:13:29 19    negative and unphysical.  So I don't think that would work.

06:13:33 20    Q.    Dr. Gringarten, you were asked some questions about the

06:13:37 21    final flow rates at the end of the incident as shown on a

06:13:44 22    demonstrative showing some of the flow rates you've

06:13:46 23    reconstructed for this case.  Do you recall that?

06:13:48 24    A.    Yes.

06:13:48 25    Q.    Now, when you take your relative flow rates from

**OFFICIAL TRANSCRIPT**

06:13:54  1    deconvolution and then calibrate them through well test

06:13:59  2    analysis to the permeability you got from the MDT tool, does

06:14:04  3    that yield an estimate of final day flow rate?

06:14:07  4    A.    Yes.

06:14:08  5    Q.    Were those shown on those graphs?

06:14:11  6    A.    Yes, when -- you know, the end part.

06:14:14  7    Q.    Now, you were asked about Dr. Dykhuizen's final day flow

06:14:21  8    rate.  I think counsel said it was 53,000 stock-tank barrels

06:14:25  9    per day.  Do you remember that?

06:14:25 10    A.    Yes.

06:14:26 11    Q.    If you were to subtract a 20 percent uncertainty range

06:14:32 12    from 53,000 barrels per day, how would that compare to the

06:14:38 13    final day flow rate that was shown in that brown on your plot

06:14:42 14    that you were --

06:14:42 15    A.    It would be about it.

06:14:44 16    Q.    Last question for you, Dr. Gringarten, is that you were

06:14:49 17    shown a table of probabilistic range of numbers for total

06:15:01 18    compressibility.  Do you remember that?

06:15:02 19    A.    Yes.

06:15:02 20    Q.    The numbers went from something like 15 to 20 microsips,

06:15:07 21    as I read it?

06:15:09 22    A.    Yes, something like that is correct, yes.

06:15:10 23    Q.    Is that number referring to rock compressibility?

06:15:16 24    A.    I think.

06:15:18 25    Q.    I'll refer you now to the total compressibility numbers

**OFFICIAL TRANSCRIPT**

06:15:23 1   that were on that table.

06:15:24 2   A.    Yeah.   I mean, the total compressibility is the weighted

06:15:30 3   sum of the compressibility of oil and water weighted with the

06:15:52 4   saturation of oil and water, plus the compressibility of the

06:15:56 5   rock.

06:15:58 6           So in the uncertainty analysis, I have taken into

06:16:01 7   account all of the uncertainty among the elements, and I end up

06:16:07 8   with an uncertainty of the total compressibility, because the

06:16:11 9   numbers you cited were, you know, for the total

06:16:14 10  compressibility.

06:16:14 11  Q.    That's an addition of rock compressibility plus water

06:16:19 12  compressibility plus oil compressibility?

06:16:22 13  A.    That's correct.

06:16:22 14  Q.    Do you know what the largest contributor is to that total

06:16:26 15  of what's in the range between 15 and 20 microsips on that

06:16:26 16  chart?

06:16:29 17  A.    Well, it's the oil permeability -- this is the

06:16:34 18  compressibility, sorry.

06:16:34 19  Q.    You said you got your rock compressibility number from

06:16:37 20  Dr. Zimmerman, correct?

06:16:38 21  A.    That's correct.

06:16:38 22  Q.    That's the number you believe is the correct one to use in

06:16:42 23  your analysis?

06:16:43 24  A.    I have no reason to -- not to believe that.

06:16:50 25           MR. BOLES:   That's all I have.   Thank you.

**OFFICIAL TRANSCRIPT**

06:16:51  1          THE COURT:  You're done.  Thank you, sir.

06:16:52  2          THE WITNESS:  Thank you very much.

06:16:52  3          THE COURT:  All right.  We're going to recess until the

06:16:55  4     morning.  Have we lined up our witnesses for tomorrow,

06:16:55  5     Mr. Brock?

06:17:02  6          MR. BROCK:  Yes.  Is court tomorrow 8:00 to 12:00?

06:17:05  7          THE COURT:  Yes, I have to recess at 12:00.  I have an

06:17:09  8     en banc meeting that's going to last all afternoon.

06:17:12  9          MR. BROCK:  So we should be able to do Mr. Merrill, who

06:17:16 10     is a fact witness, and Dr. Zaldivar, who is an expert, tomorrow

06:17:20 11     morning.

06:17:22 12              I'm very optimistic that we would be able to

06:17:24 13     cover Dr. Momber, Dr. Nesic and Dr. Johnson on Thursday.  I'll

06:17:30 14     need to get this evening a list of the US experts and the order

06:17:35 15     for Friday.

06:17:36 16          THE COURT:  Mr. Merrill is testifying as a fact

06:17:39 17     witness?

06:17:40 18          MR. BROCK:  As a fact witness.

06:17:43 19          THE COURT:  Okay.  Any other matters?

06:17:46 20          MS. HIMMELHOCH:  Your Honor, we'll need to discuss

06:17:48 21     amongst ourselves the order of rebuttal witnesses.  At this

06:17:51 22     time, we do intend to call all three.  We believe they can

06:17:54 23     easily be completed on Friday, so we'll all be facing all three

06:17:58 24     on Friday, if they conclude on Thursday.

06:18:03 25          MR. BROCK:  We would like to know the order in case we

                              **OFFICIAL TRANSCRIPT**

06:18:05  1    slip into Friday morning with our case.

06:18:06  2            THE COURT:  Can you let them know by this evening, or

06:18:10  3    tomorrow at the latest?

06:18:12  4            MS. HIMMELHOCH:  Can I have until 8:00 a.m. tomorrow

06:18:16  5    morning, and we'll advise the Court first thing tomorrow

06:18:16  6    morning?

06:18:20  7            THE COURT:  Okay.

06:18:20  8            MR. BROCK:  It would be helpful for us to know that

06:18:23  9    tonight.  I let them know this this morning.  I'd ask to know

06:18:23 10    tonight.  That's what we've been doing.

06:18:25 11            THE COURT:  The order of the possible rebuttal?

06:18:27 12            MR. BROCK:  The order of witnesses, yes.

06:18:28 13            THE COURT:  Can you let them know sometime this

06:18:30 14    evening?

06:18:30 15            MS. HIMMELHOCH:  We'll let them know by 9:00 p.m.

06:18:34 16    tonight.

06:18:34 17            THE COURT:  Okay, thank you.

06:18:35 18                 Anything else?  All right.  Everyone, have a good

06:18:37 19    evening.  We'll see you at 8:00 a.m.

06:18:40 20            THE DEPUTY CLERK:  All rise.

         21                 (WHEREUPON, at 6:18 p.m., the Court was in

         22    recess.)

         23                           *    *    *

         24

         25

                                    **OFFICIAL TRANSCRIPT**

```
 1                    REPORTER'S CERTIFICATE

 2

 3        I, Cathy Pepper, Certified Realtime Reporter, Registered

 4   Merit Reporter, Certified Court Reporter of the State of

 5   Louisiana, Official Court Reporter for the United States

 6   District Court, Eastern District of Louisiana, do hereby

 7   certify that the foregoing is a true and correct transcript to

 8   the best of my ability and understanding from the record of the

 9   proceedings in the above-entitled and numbered matter.

10

11

12                        s/Cathy Pepper
                          _____

13                        Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
14                        Registered Merit Reporter
                          Official Court Reporter
15                        United States District Court
                          Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25
```

'
'**49** [1] - 2524:19
'**50s** [1] - 2524:19
'**51** [1] - 2524:20
'**70s** [1] - 2524:21

**0**

**0** [1] - 2597:19
**0.87** [1] - 2615:4
**02** [2] - 2592:23, 2593:6

**1**

**1** [16] - 2461:15, 2467:15, 2467:16, 2478:13, 2483:4, 2483:17, 2484:19, 2552:22, 2552:25, 2553:18, 2554:8, 2554:10, 2591:19, 2605:18, 2619:21
**1,161** [1] - 2599:15
**1-9** [1] - 2526:7
**1.1** [1] - 2483:8
**1.25** [1] - 2483:8
**1/3** [1] - 2591:19
**10** [4] - 2502:2, 2529:25, 2596:25, 2597:12
**10,000** [1] - 2601:4
**10-CV-2771** [1] - 2436:7
**10-CV-4536** [1] - 2436:10
**100** [4] - 2470:5, 2580:20, 2601:21, 2610:22
**10003** [1] - 2437:8
**1001** [1] - 2440:10
**11** [1] - 2478:12
**110** [2] - 2490:3, 2596:22
**110,000** [2] - 2550:17, 2550:19
**1100** [1] - 2440:7
**11505.3.1.US** [1] - 2478:13
**116** [2] - 2609:21, 2609:24
**117** [2] - 2609:21, 2609:24
**12** [26] - 2455:6, 2455:11, 2455:12, 2455:15, 2455:25, 2456:2, 2456:14,

2456:18, 2457:3, 2457:14, 2457:20, 2457:23, 2476:22, 2477:1, 2477:4, 2491:7, 2491:11, 2491:15, 2492:16, 2492:21, 2492:23, 2493:2, 2493:13, 2500:5, 2500:20, 2528:4
**1200** [1] - 2601:5
**1201** [2] - 2439:23, 2440:23
**12:00** [2] - 2627:6, 2627:7
**12th** [10] - 2513:6, 2515:12, 2527:5, 2533:16, 2561:6, 2623:1, 2623:12, 2623:17, 2623:22
**13** [3] - 2523:13, 2523:21, 2611:10
**13.7** [1] - 2485:11
**1300** [1] - 2441:10
**130529** [1] - 2576:15
**1331** [1] - 2441:4
**13th** [1] - 2544:12
**14** [3] - 2461:13, 2464:16, 2504:18
**14.6** [1] - 2485:11
**14271** [1] - 2438:15
**144** [1] - 2597:15
**15** [4] - 2436:5, 2444:2, 2625:20, 2626:15
**15-minute** [1] - 2502:2
**15th** [5] - 2527:6, 2538:5, 2542:21, 2566:7, 2586:11
**16** [2] - 2472:18, 2473:21
**1615** [1] - 2441:10
**1665** [1] - 2441:4
**17** [1] - 2464:14
**17.84** [1] - 2584:2
**170** [2] - 2529:21, 2529:22
**1700** [1] - 2440:23
**18** [3] - 2461:13, 2500:20, 2583:13, 2583:16, 2584:6
**18.62** [1] - 2584:2
**1851** [1] - 2511:21
**188** [1] - 2437:18
**1885** [1] - 2438:5
**19** [5] - 2526:5, 2526:6, 2526:9, 2583:13, 2583:17
**1973** [1] - 2497:23
**1978** [1] - 2506:5

**1983** [2] - 2506:20, 2519:20
**1984** [2] - 2462:3, 2462:15

**2**

**2** [9] - 2482:24, 2484:19, 2545:20, 2552:22, 2553:3, 2553:19, 2554:8, 2554:13, 2619:22
**2-inch** [1] - 2483:18
**2.4** [3] - 2510:2, 2546:7, 2576:1
**2.49** [1] - 2553:18
**2.5** [2] - 2545:9, 2545:16
**2.7** [1] - 2622:20
**2.9** [1] - 2575:25
**20** [17] - 2436:5, 2461:12, 2461:13, 2490:2, 2520:25, 2536:4, 2591:13, 2591:18, 2601:10, 2602:11, 2602:21, 2604:2, 2604:3, 2608:4, 2625:11, 2625:20, 2626:15
**2000** [2] - 2525:23, 2536:3
**20004** [1] - 2439:24
**20005** [1] - 2439:20
**20006** [1] - 2441:14
**2001** [3] - 2508:18, 2525:23, 2536:3
**2002** [1] - 2508:18
**2003** [1] - 2463:6
**20044** [2] - 2438:15, 2438:24
**2006** [1] - 2508:19
**2007** [1] - 2478:12
**2009** [2] - 2469:18, 2472:15
**2010** [7] - 2436:5, 2456:17, 2471:22, 2477:17, 2499:10, 2528:4, 2610:6
**2011** [2] - 2576:17, 2577:25
**2013** [2] - 2436:5, 2444:2
**2020** [1] - 2441:14
**205** [1] - 2599:14
**20th** [3] - 2544:12, 2564:2, 2567:4
**21** [3] - 2461:13, 2522:2, 2566:25
**22** [2] - 2469:18,

2600:11
**220** [1] - 2566:24
**2216** [1] - 2437:11
**23** [1] - 2615:8
**238** [8] - 2510:1, 2529:18, 2544:5, 2544:21, 2546:6, 2599:14, 2599:15, 2622:19
**24** [1] - 2464:17
**240** [1] - 2490:5
**2400** [1] - 2601:6
**2444** [2] - 2442:5, 2442:6
**2458** [1] - 2442:7
**249** [2] - 2599:14, 2599:15
**25** [3] - 2504:4, 2520:25, 2521:2
**250** [6] - 2611:15, 2611:24, 2612:13, 2612:25, 2613:15, 2614:1
**2502** [1] - 2442:8
**2503** [1] - 2442:9
**2508** [1] - 2442:10
**2509** [1] - 2442:19
**2551** [1] - 2442:11
**26** [1] - 2472:15
**2613** [1] - 2442:12
**27** [8] - 2473:14, 2473:18, 2474:5, 2475:1, 2603:19, 2604:8, 2604:22, 2615:7
**28** [5] - 2603:19, 2604:8, 2604:10, 2604:23, 2604:24
**280** [1] - 2609:21
**281** [2] - 2544:22, 2615:20, 2616:2
**281.9** [3] - 2597:16, 2597:20, 2598:13
**292** [6] - 2596:19, 2597:7, 2597:23, 2598:16, 2615:20, 2616:2
**2:48** [1] - 2502:4

**3**

**3** [5] - 2484:19, 2510:2, 2545:17, 2546:7, 2576:1
**3.0** [1] - 2553:19
**3.26** [1] - 2576:3
**3.3** [1] - 2546:11
**3.7** [1] - 2575:25
**30** [3] - 2495:8,

2521:4, 2521:11
**30,000** [2] - 2553:3, 2621:18
**300** [2] - 2439:12, 2614:11
**316** [1] - 2437:4
**31st** [1] - 2553:3
**320** [1] - 2530:12
**32502** [1] - 2437:5
**329** [2] - 2530:1, 2530:10
**33** [1] - 2464:16
**333** [1] - 2439:15
**335** [1] - 2440:16
**35** [5] - 2473:20, 2474:6, 2475:2, 2547:19, 2610:15
**35TH** [1] - 2440:16
**36** [1] - 2534:1
**360** [1] - 2532:16
**36130** [1] - 2437:23
**3668** [1] - 2436:24
**37.1.US** [1] - 2558:23
**3700** [2] - 2440:7, 2440:10
**377** [2] - 2463:10
**39201** [1] - 2437:19

**4**

**4** [2] - 2542:9, 2591:22
**40** [7] - 2535:11, 2607:25, 2608:5, 2608:7, 2608:23, 2608:24
**42,400** [2] - 2568:17, 2569:9
**44** [2] - 2467:14, 2540:21
**45,000** [7] - 2544:19, 2545:12, 2546:1, 2546:9, 2546:10, 2552:25, 2553:4, 2621:15, 2621:19
**45-degree** [1] - 2484:7
**46** [1] - 2538:6
**47** [1] - 2543:5
**48** [1] - 2545:6
**48,000** [1] - 2568:10
**49** [1] - 2545:18

**5**

**5,000** [1] - 2467:24
**50** [1] - 2557:19
**500** [9] - 2436:23, 2437:23, 2441:18, 2611:15, 2611:24,

2612:14, 2612:25, 2613:15, 2614:1
**5000** [1] - 2439:6
**501** [1] - 2437:15
**504** [1] - 2441:19
**53,000** [6] - 2569:16, 2570:1, 2570:16, 2571:7, 2625:8, 2625:12
**556 JEFFERSON STREET** [1] - 2436:23
**589-7779** [1] - 2441:19

---

**6**

---

**6** [10] - 2455:6, 2461:15, 2463:10, 2463:11, 2471:22, 2477:16, 2499:10, 2500:20, 2550:10, 2604:2
**6.35** [2] - 2451:2, 2451:14
**6.5** [1] - 2609:3
**60** [7] - 2557:19, 2607:25, 2608:5, 2608:7, 2608:23, 2608:24, 2618:4
**60,000** [1] - 2557:20
**600** [3] - 2437:4, 2514:8, 2600:23
**60654** [1] - 2439:12
**655** [1] - 2439:20
**657** [1] - 2601:2
**6:18** [1] - 2628:21
**6th** [3] - 2476:21, 2477:5, 2491:17

---

**7**

---

**7** [2] - 2470:11, 2566:24
**700** [1] - 2437:8
**701** [2] - 2438:10, 2439:6
**70112** [1] - 2441:10
**70113** [1] - 2436:20
**70130** [3] - 2437:12, 2438:10, 2441:19
**70139** [1] - 2439:7
**70163** [1] - 2440:7
**70502** [1] - 2436:24
**70601** [1] - 2437:15
**70804** [1] - 2438:6
**75270** [1] - 2440:23
**7611** [1] - 2438:23
**77002** [1] - 2440:11

**77010** [1] - 2441:5
**777** [1] - 2437:18

---

**8**

---

**8** [1] - 2566:3
**810,000** [1] - 2559:19
**82** [1] - 2604:2
**820** [1] - 2436:20
**83** [1] - 2604:2
**850** [1] - 2532:16
**86** [2] - 2526:7, 2526:9
**8770.1.2.US** [1] - 2477:11
**8:00** [3] - 2627:6, 2628:4, 2628:19
**8th** [24] - 2476:21, 2477:6, 2491:17, 2542:20, 2560:13, 2560:18, 2561:2, 2561:8, 2562:4, 2562:6, 2563:3, 2563:24, 2564:2, 2565:22, 2566:6, 2566:17, 2567:10, 2568:4, 2623:13, 2623:17, 2623:22, 2623:23, 2624:10, 2624:11

---

**9**

---

**9** [3] - 2436:14, 2463:10, 2463:11
**90** [2] - 2467:18, 2529:21
**90071** [2] - 2439:16, 2440:16
**93** [3] - 2585:24, 2586:1, 2586:23
**94005** [1] - 2438:6
**9:00** [1] - 2628:15

---

**A**

---

**A-L-A-I-N** [1] - 2502:25
**a.m** [2] - 2628:4, 2628:19
**ability** [2] - 2476:13, 2629:8
**able** [6] - 2474:25, 2522:13, 2542:20, 2568:1, 2627:9, 2627:12
**above-entitled** [1] - 2629:9
**absolute** [1] - 2538:18
**absolutely** [3] -

2559:6, 2562:16, 2592:1
**academia** [1] - 2504:3
**accept** [3] - 2564:7, 2570:15, 2570:19
**acceptable** [1] - 2488:7
**accepted** [2] - 2508:23, 2564:22
**access** [1] - 2583:5
**according** [1] - 2478:22
**account** [7] - 2520:7, 2529:4, 2552:7, 2567:3, 2567:22, 2602:9, 2626:7
**accuracy** [4] - 2479:10, 2543:14, 2571:23, 2572:11
**accurate** [7] - 2451:1, 2466:25, 2468:9, 2470:5, 2470:7, 2470:8, 2556:18
**accurately** [2] - 2476:13, 2476:17
**accustomed** [1] - 2495:10
**acid** [1] - 2489:10
**acknowledge** [2] - 2550:25, 2566:1
**acknowledged** [1] - 2580:18
**acoustic** [10] - 2445:3, 2445:6, 2445:9, 2445:17, 2446:21, 2449:19, 2460:20, 2463:3, 2463:13, 2463:17
**Acoustic** [1] - 2496:25
**acquiescing** [2] - 2500:9, 2501:5
**acres** [1] - 2467:24
**active** [1] - 2504:23
**actively** [1] - 2527:15
**activity** [1] - 2586:19
**acts** [1] - 2446:7
**actual** [16] - 2451:13, 2469:5, 2476:5, 2482:1, 2485:14, 2486:3, 2486:15, 2487:1, 2489:24, 2492:13, 2494:6, 2500:11, 2518:21, 2528:3, 2536:14, 2593:23
**add** [4] - 2469:24, 2575:5, 2575:12, 2615:24
**addition** [6] - 2474:3, 2521:16, 2531:1,

2573:17, 2588:2, 2626:11
**additional** [3] - 2526:11, 2563:21, 2588:3
**address** [3] - 2453:15, 2481:25, 2539:6
**addressed** [2] - 2469:8, 2481:25
**addressing** [1] - 2479:2
**adjusted** [2] - 2554:4, 2558:11
**adjustment** [1] - 2581:13
**admit** [1] - 2549:11
**admitted** [3] - 2444:19, 2509:8, 2509:9
**advanced** [1] - 2524:10
**advantage** [1] - 2549:6
**advantages** [4] - 2546:25, 2547:12, 2548:16, 2548:22
**advise** [1] - 2628:5
**affect** [4] - 2456:24, 2565:4, 2572:11, 2620:25
**AFTERNOON** [1] - 2436:14
**afternoon** [7] - 2458:6, 2458:9, 2458:10, 2551:3, 2551:7, 2551:9, 2627:8
**afterwards** [1] - 2488:10
**ago** [5] - 2462:17, 2463:4, 2478:3, 2488:25, 2534:13
**agree** [33] - 2460:15, 2465:7, 2468:15, 2470:6, 2481:5, 2483:23, 2485:22, 2557:23, 2561:17, 2562:3, 2574:5, 2575:11, 2580:20, 2581:3, 2582:7, 2586:2, 2586:3, 2591:11, 2592:8, 2595:5, 2595:8, 2598:22, 2606:12, 2606:17, 2609:3, 2609:11, 2609:17, 2609:22, 2610:11, 2612:6, 2612:9, 2613:8, 2619:1
**agreed** [3] - 2500:8,

2560:17, 2560:23
**agreeing** [1] - 2572:5
**ahead** [13] - 2472:21, 2480:23, 2496:11, 2504:17, 2523:5, 2543:17, 2548:2, 2566:23, 2586:25, 2587:18, 2588:1, 2604:1, 2624:5
**aid** [1] - 2543:11
**air** [3] - 2446:14, 2489:18, 2614:20
**AL** [3] - 2436:8, 2436:12, 2437:23
**Al** [1] - 2463:5
**Al-Wardy** [1] - 2463:5
**ALABAMA** [1] - 2437:21
**ALAIN** [2] - 2442:8, 2502:16
**Alain** [1] - 2502:21
**ALAN** [1] - 2441:3
**algorithm** [4] - 2534:8, 2534:24, 2536:5, 2536:18
**ALLAN** [1] - 2438:9
**ALLEN** [1] - 2440:15
**allow** [3] - 2527:14, 2536:9, 2547:15
**allowed** [5] - 2508:13
**allows** [6] - 2450:9, 2517:14, 2526:10, 2536:8, 2558:15
**alluded** [1] - 2448:22
**alluding** [1] - 2493:12
**almost** [8] - 2467:20, 2493:14, 2496:3, 2496:13, 2549:25, 2556:6, 2560:7, 2608:7
**alternative** [1] - 2623:21
**AMERICA** [3] - 2436:10, 2438:13, 2439:4
**Amos** [1] - 2450:8
**amount** [5] - 2467:21, 2474:24, 2481:15, 2559:10, 2559:11
**Anadarko** [1] - 2503:2
**ANADARKO** [2] - 2441:7, 2441:8
**analog** [4] - 2494:5, 2494:22, 2494:23, 2495:9
**analogizes** [1] - 2534:2
**analogs** [2] - 2494:16, 2495:7
**analogy** [4] - 2512:18,

2534:8, 2534:25, 2535:4

**analyses** [6] - 2505:16, 2507:9, 2507:15, 2507:17, 2507:19, 2596:14

**analysis** [168] - 2447:14, 2447:15, 2450:6, 2450:13, 2453:11, 2453:15, 2453:17, 2454:16, 2461:10, 2480:2, 2481:14, 2504:24, 2505:1, 2505:2, 2505:5, 2505:11, 2505:24, 2506:10, 2506:16, 2507:3, 2507:5, 2507:10, 2508:22, 2509:13, 2510:7, 2510:8, 2510:10, 2510:12, 2512:7, 2512:24, 2514:3, 2515:9, 2515:23, 2517:20, 2519:5, 2519:6, 2519:12, 2519:18, 2520:2, 2520:8, 2520:18, 2520:21, 2521:5, 2523:17, 2523:20, 2523:24, 2524:1, 2524:4, 2524:20, 2530:9, 2530:10, 2531:8, 2532:1, 2533:3, 2533:9, 2536:22, 2538:7, 2539:2, 2539:5, 2539:9, 2539:11, 2539:18, 2540:2, 2540:6, 2540:15, 2540:19, 2540:21, 2540:22, 2542:24, 2542:10, 2542:16, 2543:8, 2543:21, 2546:19, 2547:4, 2547:5, 2547:13, 2547:22, 2548:5, 2548:10, 2548:17, 2548:18, 2548:20, 2560:3, 2560:8, 2564:10, 2564:18, 2566:2, 2566:17, 2567:9, 2568:3, 2568:5, 2575:2, 2579:7, 2579:24, 2579:25, 2580:2, 2580:10, 2581:20, 2581:21, 2582:18, 2583:24, 2584:13, 2584:20, 2584:23, 2584:24, 2585:8, 2585:9,

2586:4, 2586:5, 2586:10, 2586:17, 2586:24, 2587:22, 2588:3, 2588:7, 2588:13, 2588:20, 2589:4, 2589:9, 2589:12, 2592:10, 2592:18, 2592:19, 2595:3, 2595:6, 2596:11, 2596:18, 2596:21, 2596:23, 2598:1, 2598:8, 2598:12, 2598:21, 2600:17, 2602:1, 2602:8, 2603:9, 2603:12, 2603:16, 2603:18, 2604:7, 2604:12, 2606:10, 2607:8, 2610:9, 2612:4, 2615:12, 2616:15, 2616:20, 2616:23, 2617:19, 2618:18, 2621:23, 2622:17, 2623:6, 2623:8, 2625:2, 2626:6, 2626:23

**analyze** [9] - 2460:10, 2470:20, 2489:4, 2490:16, 2505:5, 2516:14, 2522:23, 2547:20, 2605:10

**analyzed** [13] - 2466:8, 2516:5, 2527:7, 2528:22, 2532:5, 2545:1, 2591:4, 2593:10, 2593:23, 2607:18, 2609:12, 2609:18, 2617:5

**analyzing** [8] - 2461:5, 2594:4, 2594:18, 2596:10, 2597:12, 2617:1, 2618:5, 2618:6

**AND** [2] - 2436:7, 2440:4

**ANDREW** [1] - 2439:9

**ANGELES** [2] - 2439:16, 2440:16

**angle** [1] - 2484:7

**anisotropic** [9] - 2453:18, 2453:19, 2454:2, 2454:12, 2457:12, 2481:18, 2499:19, 2499:22

**anisotropy** [28] - 2451:17, 2451:24, 2451:25, 2452:11, 2453:12, 2453:21, 2453:25, 2454:3,

2454:4, 2454:7, 2454:8, 2456:7, 2468:24, 2469:7, 2475:25, 2476:10, 2479:2, 2479:13, 2480:22, 2481:13, 2481:16, 2481:18, 2481:24, 2495:17, 2495:21, 2495:22, 2499:25

**ANNA** [1] - 2438:21

**Annual** [7] - 2576:16, 2576:25, 2577:1, 2577:12, 2577:22, 2577:24, 2577:25

**answer** [26] - 2458:22, 2461:11, 2461:14, 2461:19, 2461:21, 2463:14, 2463:17, 2464:19, 2464:23, 2474:13, 2478:2, 2485:5, 2485:21, 2487:7, 2491:1, 2493:14, 2547:17, 2548:13, 2557:17, 2567:12, 2567:18, 2578:25, 2615:24, 2616:3, 2619:2, 2624:5

**answered** [7] - 2459:3, 2459:5, 2461:24, 2478:2, 2480:16, 2486:13, 2486:17

**answering** [2] - 2548:13, 2595:24

**answers** [4] - 2494:19, 2553:7, 2604:15, 2604:16

**ANTHONY** [1] - 2437:11

**anyway** [1] - 2501:12

**apologize** [8] - 2462:1, 2472:21, 2497:4, 2497:7, 2547:25, 2575:17, 2582:21, 2592:21

**apparatus** [1] - 2463:13

**apparent** [1] - 2480:4

**appear** [1] - 2543:10

**APPEARANCES** [6] - 2436:17, 2437:1, 2438:1, 2439:1, 2440:1, 2441:1

**appearing** [1] - 2475:8

**Appendix** [2] - 2574:18, 2585:9

**applicability** [1] - 2495:25

**application** [1] - 2533:24

**applied** [5] - 2478:24, 2507:25, 2512:21, 2552:21, 2614:19

**apply** [5] - 2489:16, 2535:18, 2604:11, 2615:16, 2616:22

**appreciable** [1] - 2484:25

**appreciably** [1] - 2451:13

**appreciate** [3] - 2496:4, 2496:13, 2496:21

**approach** [5] - 2519:20, 2529:12, 2532:18, 2548:23, 2623:21

**appropriate** [6] - 2467:10, 2486:11, 2581:2, 2584:14, 2606:19, 2623:8

**approve** [1] - 2547:22

**approves** [1] - 2546:21

**April** [13] - 2513:6, 2515:12, 2527:5, 2528:4, 2533:16, 2561:6, 2564:2, 2567:4, 2623:1, 2623:12, 2623:17, 2623:22

**APRIL** [1] - 2436:5

**aquifer** [5] - 2527:12, 2527:15, 2527:23, 2527:24, 2528:1

**arbitrary** [2] - 2536:12, 2536:17

**Area** [1] - 2590:14

**area** [11] - 2460:8, 2460:14, 2467:24, 2497:1, 2587:6, 2589:3, 2589:6, 2590:17, 2605:7, 2606:19, 2607:10

**argue** [2] - 2456:11, 2501:11

**argues** [2] - 2455:24, 2456:13

**arguing** [1] - 2492:20

**argument** [1] - 2583:20

**arguments** [2] - 2457:3, 2457:9

**arises** [1] - 2468:24

**arithmetic** [1] - 2613:2

**arrive** [2] - 2549:1, 2573:15

**arrived** [4] - 2449:19,

2449:21, 2509:24, 2555:4

**arriving** [1] - 2620:22

**article** [7] - 2530:17, 2530:21, 2601:9, 2602:3, 2616:14, 2616:18, 2617:25

**articles** [2] - 2488:21, 2574:17

**ASBILL** [1] - 2440:9

**aspect** [1] - 2552:20

**asserted** [1] - 2453:9

**assessment** [2] - 2494:25, 2498:16

**ASSET** [1] - 2436:8

**assigns** [1] - 2598:12

**assume** [3] - 2536:12, 2572:14, 2572:15

**assumed** [14] - 2551:16, 2552:5, 2552:17, 2552:25, 2553:3, 2554:4, 2558:1, 2558:18, 2562:19, 2562:21, 2568:6, 2571:19, 2583:2, 2620:21

**assumes** [1] - 2495:14

**assuming** [3] - 2551:13, 2578:17, 2621:14

**assumption** [6] - 2565:2, 2621:7, 2621:22, 2621:24, 2622:8

**assumptions** [1] - 2537:8

**assurance** [1] - 2521:17

**Attached** [2] - 2473:10, 2473:11

**attached** [1] - 2617:9

**attachment** [1] - 2469:18

**attachments** [3] - 2477:18, 2491:18, 2491:20

**attempt** [2] - 2523:10, 2597:12

**attempted** [1] - 2582:25

**attempting** [2] - 2555:17, 2620:11

**attest** [1] - 2596:1

**ATTORNEY** [2] - 2437:21, 2438:5

**attributed** [2] - 2541:24, 2566:9

**attributes** [1] - 2537:10

**author** [1] - 2574:17

4

available [8] -
    2465:20, 2465:21,
    2466:17, 2470:9,
    2507:24, 2524:21,
    2532:5, 2610:19
AVENUE [4] -
    2436:20, 2437:23,
    2439:23, 2440:16
average [16] -
    2454:25, 2455:11,
    2455:12, 2548:12,
    2584:5, 2594:22,
    2596:15, 2596:17,
    2597:4, 2597:8,
    2598:15, 2607:15,
    2607:22, 2608:14,
    2608:19, 2609:7
averages [3] -
    2611:14, 2612:25,
    2613:15
awards [1] - 2550:8
aware [27] - 2453:6,
    2453:9, 2454:11,
    2456:16, 2467:23,
    2468:1, 2469:9,
    2470:15, 2470:22,
    2476:11, 2479:11,
    2485:2, 2485:18,
    2487:4, 2490:10,
    2498:12, 2569:20,
    2570:21, 2570:23,
    2577:8, 2587:7,
    2587:8, 2612:9,
    2612:11, 2612:22,
    2613:11, 2613:12
axis [4] - 2515:3,
    2524:16, 2563:2

**B**

background [3] -
    2458:12, 2471:12,
    2503:9
Baker [1] - 2531:6
balance [11] -
    2507:11, 2512:11,
    2512:13, 2512:14,
    2512:19, 2547:13,
    2548:20, 2549:7,
    2589:10, 2589:12
balances [1] - 2508:1
ballpark [1] - 2519:23
banc [1] - 2627:8
band [2] - 2606:8,
    2606:13
bands [1] - 2598:7
Barbier [17] - 2503:5,
    2505:12, 2506:12,
    2507:2, 2508:8,
    2509:23, 2510:22,

2512:10, 2516:16,
    2518:23, 2520:3,
    2522:6, 2533:23,
    2535:23, 2543:20,
    2546:14, 2548:21
BARBIER [1] -
    2436:15
Barbier's [1] - 2527:4
BARR [1] - 2437:4
barrel [9] - 2545:9,
    2545:13, 2545:16,
    2545:17, 2546:7,
    2546:9, 2546:10,
    2546:12, 2622:20
barrels [22] - 2472:18,
    2510:2, 2544:19,
    2546:1, 2549:18,
    2552:25, 2553:19,
    2557:20, 2559:19,
    2568:10, 2569:16,
    2570:2, 2570:16,
    2577:11, 2577:15,
    2577:18, 2578:15,
    2578:18, 2585:17,
    2621:15, 2625:8,
    2625:12
BARRY [1] - 2439:11
base [2] - 2494:16,
    2494:25
based [21] - 2451:11,
    2456:5, 2474:2,
    2474:23, 2475:1,
    2475:2, 2475:10,
    2478:7, 2481:14,
    2482:1, 2485:6,
    2485:20, 2492:10,
    2497:14, 2499:21,
    2556:22, 2577:2,
    2588:12, 2603:7,
    2609:7, 2612:4
basic [1] - 2509:12
basing [2] - 2473:14,
    2495:1
basis [11] - 2451:1,
    2457:21, 2468:12,
    2492:24, 2534:18,
    2564:19, 2565:10,
    2569:8, 2572:4,
    2615:12
BATON [1] - 2438:6
BAYLEN [1] - 2437:4
bear [1] - 2461:9
bearing [1] - 2584:20
became [2] - 2506:20,
    2507:21
become [1] - 2456:16
becomes [3] - 2514:1,
    2516:3, 2600:19
bedding [6] - 2478:19,
    2479:17, 2479:25,

2480:4, 2481:2,
    2481:4
BEFORE [1] - 2436:15
beg [1] - 2495:20
began [3] - 2560:18,
    2572:2, 2621:14
begin [3] - 2538:4,
    2551:10, 2604:23
beginning [9] -
    2517:6, 2557:20,
    2566:24, 2593:13,
    2595:23, 2602:17,
    2606:3, 2613:3,
    2622:8
begins [1] - 2538:5
behalf [2] - 2503:1,
    2551:4
behaves [1] - 2517:15
behavior [1] - 2465:1
belabor [1] - 2477:15
bell [2] - 2529:15,
    2530:4
bell-shaped [1] -
    2529:15
belly [1] - 2563:13
below [8] - 2520:2,
    2520:10, 2537:7,
    2544:16, 2575:2,
    2576:5, 2577:18,
    2578:18
benefit [1] - 2617:5
benefits [1] - 2602:15
BENSON [1] - 2438:19
Berkeley [3] -
    2503:16, 2504:2,
    2505:9
best [12] - 2471:9,
    2481:25, 2492:3,
    2569:15, 2570:1,
    2571:7, 2576:2,
    2576:4, 2576:5,
    2592:12, 2602:1,
    2629:8
BETHANY [1] -
    2438:21
better [4] - 2502:23,
    2520:5, 2525:5,
    2562:16
between [50] - 2454:7,
    2468:17, 2474:5,
    2477:5, 2490:21,
    2491:17, 2492:2,
    2493:9, 2493:13,
    2498:8, 2510:2,
    2510:12, 2511:2,
    2511:15, 2512:12,
    2518:10, 2534:15,
    2541:23, 2542:17,
    2544:12, 2545:2,
    2553:8, 2555:18,

2555:21, 2557:15,
    2562:24, 2564:19,
    2565:14, 2565:22,
    2566:3, 2566:6,
    2566:8, 2567:3,
    2567:24, 2580:15,
    2589:20, 2591:2,
    2593:14, 2594:16,
    2594:25, 2595:22,
    2611:15, 2612:13,
    2613:7, 2617:9,
    2622:5, 2622:21,
    2623:12, 2623:17,
    2626:15
beyond [5] - 2614:12,
    2618:14, 2618:18,
    2618:23, 2623:25
bias [1] - 2469:23
biases [2] - 2499:16,
    2499:18
bigger [2] - 2576:22,
    2605:2
BINGHAM [1] -
    2441:12
bit [20] - 2449:22,
    2450:22, 2455:21,
    2483:16, 2503:9,
    2506:11, 2508:6,
    2513:12, 2551:10,
    2560:11, 2565:12,
    2572:20, 2575:14,
    2575:19, 2576:14,
    2576:22, 2604:22,
    2605:3, 2605:5
Boles [1] - 2503:1
BOLES.................. [1]
    - 2442:9
BOLES.................. [1]
    - 2442:12
BOLES....................
    [1] - 2442:10
book [7] - 2464:12,
    2464:14, 2481:20,
    2488:2, 2488:9,
    2488:18, 2488:21
BOP [2] - 2551:18,
    2562:18
borehole [2] -
    2452:20, 2473:6
bottom [16] - 2445:24,
    2446:6, 2513:1,
    2513:7, 2513:21,
    2516:8, 2517:16,
    2552:3, 2557:6,
    2606:24, 2620:3,
    2620:10, 2621:5,
    2621:6, 2622:5,
    2622:9
bottomhole [34] -
    2543:23, 2551:22,
    2551:25, 2552:4,
    2552:13, 2552:15,
    2552:17, 2554:5,
    2554:6, 2554:7,

2589:15
Blunt's [3] - 2546:19,
    2583:8, 2587:21
BOLES [52] - 2439:15,
    2502:8, 2502:23,
    2503:1, 2503:4,
    2504:20, 2508:20,
    2508:24, 2509:6,
    2509:11, 2523:1,
    2523:6, 2523:12,
    2524:6, 2524:8,
    2527:3, 2528:13,
    2528:21, 2530:7,
    2531:20, 2531:23,
    2534:7, 2534:21,
    2535:2, 2535:7,
    2543:11, 2543:19,
    2546:21, 2547:10,
    2547:17, 2548:4,
    2549:25, 2550:6,
    2551:2, 2566:20,
    2576:23, 2578:21,
    2579:3, 2579:5,
    2610:24, 2612:15,
    2613:21, 2613:22,
    2614:16, 2614:25,
    2615:5, 2618:17,
    2619:1, 2619:10,
    2624:2, 2624:6,
    2626:25
beyond
Boles
bigger
black [5] - 2525:4,
    2595:16, 2605:18,
    2605:20, 2605:21
blowout [1] - 2465:11
blowup [1] - 2576:22
blue [16] - 2515:5,
    2515:24, 2518:25,
    2520:1, 2525:4,
    2525:5, 2525:11,
    2539:14, 2539:24,
    2544:4, 2545:10,
    2605:6, 2605:14,
    2605:16, 2606:8,
    2606:19
Blunt [14] - 2530:11,
    2547:19, 2547:20,
    2549:7, 2575:23,
    2576:8, 2576:9,
    2580:5, 2580:18,
    2586:1, 2587:14,
    2589:3, 2589:12,
    2592:8
blunt's [8] - 2546:14,
    2546:20, 2546:22,
    2547:3, 2547:5,
    2548:19, 2582:17,

2554:17, 2554:22, 2554:24, 2555:1, 2555:2, 2555:8, 2555:10, 2555:11, 2555:13, 2555:14, 2555:15, 2555:16, 2555:24, 2556:7, 2556:8, 2557:10, 2571:17, 2571:19, 2572:6, 2572:8, 2572:10, 2620:13, 2621:12, 2622:7

**bound** [9] - 2528:25, 2529:1, 2597:5, 2597:9, 2597:23, 2597:24, 2598:16, 2615:20, 2616:2

**boundaries** [5] - 2517:10, 2527:20, 2573:21, 2573:25, 2574:7

**boundary** [3] - 2514:9, 2516:20, 2517:10

**BOWMAN** [1] - 2440:21

**BOX** [4] - 2436:24, 2438:6, 2438:15, 2438:23

**box** [4] - 2605:6, 2606:19, 2606:23, 2606:24

**boxes** [2] - 2539:14, 2539:24

**BP** [63] - 2436:11, 2439:3, 2439:4, 2439:4, 2456:17, 2468:1, 2469:10, 2469:15, 2470:2, 2470:4, 2470:10, 2470:22, 2474:1, 2474:24, 2476:11, 2477:6, 2478:12, 2480:9, 2480:13, 2480:25, 2485:2, 2485:16, 2491:21, 2492:6, 2492:15, 2492:16, 2493:22, 2495:10, 2496:9, 2499:9, 2500:3, 2503:1, 2503:6, 2506:23, 2508:20, 2530:12, 2544:3, 2544:15, 2568:12, 2570:8, 2570:14, 2570:21, 2570:22, 2570:23, 2571:2, 2574:13, 2574:16, 2575:16, 2576:16, 2577:9, 2577:18, 2578:8, 2587:6,

2587:10, 2610:2, 2610:4, 2610:19, 2611:13, 2611:23, 2612:12, 2612:16, 2613:24, 2614:5

**BP's** [10] - 2472:17, 2491:7, 2491:10, 2499:4, 2576:25, 2582:25, 2587:1, 2612:22, 2613:25, 2614:17

**BRAD** [1] - 2440:14

**Brad** [1] - 2472:22

**BRANCH** [1] - 2438:14

**brand** [1] - 2531:1

**break** [2] - 2498:6, 2498:7

**breaking** [1] - 2484:10

**breaks** [2] - 2484:9, 2484:17

**BRENNAN** [1] - 2440:9

**BRIAN** [2] - 2437:4, 2440:14

**BRIDGET** [1] - 2439:19

**brief** [1] - 2531:20

**briefly** [5] - 2445:14, 2451:18, 2505:1, 2508:8, 2621:13

**brine** [8] - 2486:1, 2487:6, 2487:12, 2487:14, 2488:4, 2488:6, 2488:11, 2489:1

**bring** [6] - 2461:12, 2463:10, 2469:16, 2472:13, 2496:20, 2499:5

**BROAD** [1] - 2437:15

**broader** [1] - 2464:24

**BROADWAY** [1] - 2437:8

**BROCK** [9] - 2439:23, 2497:10, 2501:24, 2627:6, 2627:9, 2627:18, 2627:25, 2628:8, 2628:12

**Brock** [5] - 2451:16, 2560:7, 2560:8, 2627:5

**broke** [1] - 2444:25

**broken** [1] - 2498:24

**brought** [1] - 2461:9

**brown** [5] - 2511:1, 2513:16, 2513:17, 2516:21, 2625:13

**BRUCE** [1] - 2440:21

**build** [6] - 2574:22,

2586:11, 2586:14, 2591:2, 2617:4

**build-up** [4] - 2574:22, 2586:11, 2586:14, 2617:4

**build-ups** [2] - 2591:2, 2617:4

**buildup** [26] - 2516:4, 2516:7, 2516:10, 2516:12, 2516:14, 2526:1, 2526:5, 2526:6, 2526:11, 2526:22, 2526:25, 2527:6, 2538:3, 2542:15, 2593:13, 2602:15, 2604:12, 2605:10, 2605:14, 2605:15, 2605:23, 2605:25, 2606:3, 2606:4

**buildups** [8] - 2516:5, 2603:11, 2603:14, 2603:18, 2603:20, 2604:4, 2604:11, 2606:18

**built** [1] - 2541:25

**bulk** [10] - 2447:17, 2448:2, 2448:3, 2448:4, 2448:16, 2448:17, 2448:21, 2448:24, 2449:3

**bullet** [10] - 2505:10, 2506:8, 2506:10, 2507:3, 2508:5, 2550:12, 2601:19, 2610:16, 2610:17, 2610:18

**BURLING** [1] - 2439:22

**business** [2] - 2548:24, 2592:17

**BY** [73] - 2436:4, 2436:19, 2436:23, 2437:4, 2437:7, 2437:11, 2437:14, 2437:18, 2437:22, 2438:4, 2438:9, 2438:14, 2438:19, 2439:5, 2439:9, 2439:15, 2439:18, 2439:23, 2440:6, 2440:10, 2440:13, 2440:20, 2441:3, 2441:9, 2441:13, 2441:21, 2441:22, 2442:6, 2442:7, 2442:9, 2442:10, 2442:11, 2442:12, 2444:24, 2458:8, 2459:7, 2465:9,

2474:10, 2474:22, 2480:24, 2486:23, 2491:6, 2495:13, 2496:15, 2497:13, 2497:19, 2503:4, 2504:20, 2508:24, 2509:11, 2523:6, 2524:8, 2527:3, 2528:21, 2530:7, 2531:23, 2535:7, 2543:19, 2548:4, 2550:6, 2551:6, 2562:15, 2567:1, 2577:7, 2578:5, 2579:19, 2611:6, 2612:19, 2613:22, 2614:16, 2615:5, 2619:10, 2624:6

**by-product** [1] - 2517:20

**bypass** [4] - 2472:23, 2473:1, 2473:4, 2473:12

# C

**CA** [2] - 2439:16, 2440:16

**cable** [2] - 2513:21

**calculate** [53] - 2446:11, 2448:14, 2466:21, 2509:19, 2509:20, 2510:15, 2510:17, 2510:19, 2513:1, 2514:23, 2515:23, 2516:18, 2517:9, 2517:22, 2518:11, 2518:24, 2519:10, 2519:18, 2520:11, 2524:23, 2529:2, 2529:10, 2531:10, 2533:17, 2536:10, 2536:11, 2537:25, 2538:2, 2538:16, 2538:18, 2541:8, 2541:14, 2541:16, 2545:3, 2548:10, 2548:11, 2548:12, 2555:1, 2575:7, 2575:9, 2583:12, 2584:8, 2597:25, 2598:1, 2600:13, 2603:3, 2611:23, 2612:23, 2617:19, 2622:4

**calculated** [31] - 2449:11, 2466:18, 2466:24, 2467:2, 2509:16, 2514:8, 2514:11, 2521:9,

2524:11, 2527:24, 2529:3, 2532:3, 2542:16, 2551:11, 2552:4, 2552:17, 2554:5, 2555:18, 2560:14, 2560:20, 2561:15, 2583:15, 2589:3, 2590:14, 2597:25, 2598:15, 2607:16, 2611:21, 2612:3, 2616:5, 2621:1

**calculating** [6] - 2525:21, 2530:15, 2530:18, 2618:8, 2618:13, 2619:13

**calculation** [30] - 2448:18, 2448:20, 2449:23, 2466:25, 2467:7, 2467:9, 2467:12, 2475:8, 2517:18, 2518:1, 2529:6, 2530:13, 2532:2, 2544:2, 2544:13, 2551:13, 2559:24, 2560:9, 2572:10, 2583:12, 2585:4, 2585:6, 2589:17, 2590:20, 2603:6, 2604:5, 2606:10, 2614:11, 2616:7

**calculations** [3] - 2450:17, 2509:1, 2571:22

**CALDWELL** [1] - 2438:4

**calibrate** [3] - 2537:25, 2538:23, 2625:1

**calibrated** [1] - 2622:18

**California** [1] - 2503:15

**call-out** [1] - 2578:11

**CALLED** [1] - 2444:4

**CAMP** [1] - 2438:10

**cannot** [12] - 2494:16, 2532:8, 2532:13, 2537:15, 2538:17, 2540:10, 2566:13, 2569:8, 2575:8, 2576:7, 2581:8, 2602:16

**Canyon** [2] - 2460:8, 2460:14

**CAPITOL** [1] - 2437:18

**capping** [3] - 2543:24, 2547:3, 2587:21

career [2] - 2461:8, 2519:17
carefully [1] - 2488:10
CARL [1] - 2436:15
Carlo [6] - 2529:12, 2583:24, 2596:22, 2598:8, 2598:12, 2616:9
carried [1] - 2483:7
carry [2] - 2449:16, 2588:7
case [62] - 2446:22, 2449:8, 2452:16, 2453:10, 2453:11, 2455:3, 2455:7, 2455:9, 2455:14, 2456:16, 2456:21, 2457:13, 2459:25, 2460:19, 2461:2, 2461:18, 2465:11, 2467:20, 2476:2, 2480:6, 2487:9, 2492:18, 2503:6, 2507:25, 2509:1, 2509:24, 2515:17, 2520:25, 2529:18, 2530:1, 2530:8, 2531:9, 2531:14, 2531:16, 2534:10, 2536:9, 2536:25, 2537:18, 2540:3, 2543:22, 2544:6, 2544:7, 2544:9, 2544:25, 2546:8, 2546:15, 2546:24, 2555:24, 2574:10, 2586:3, 2587:2, 2598:3, 2598:25, 2607:19, 2616:23, 2618:12, 2623:9, 2624:23, 2627:25, 2628:1
cases [10] - 2479:3, 2479:4, 2480:1, 2480:4, 2481:7, 2521:1, 2521:2, 2545:19, 2546:4, 2621:11
categories [1] - 2497:24
categorized [1] - 2497:23
category [2] - 2464:21, 2498:8
Cathy [2] - 2629:3, 2629:13
CATHY [1] - 2441:17
Cathy_Pepper@laed .uscourts.gov [1] - 2629:15

cathy_Pepper@laed. uscourts.gov [1] - 2441:20
caused [1] - 2481:14
caution [1] - 2601:9
cc [1] - 2477:17
cc's [5] - 2591:13, 2591:18, 2601:10, 2602:11, 2602:21
CCR [2] - 2441:17, 2629:13
centered [3] - 2573:20, 2573:24, 2574:6
centigrade [1] - 2490:4
centimeter [1] - 2600:11
centipoise [3] - 2599:7, 2599:10, 2601:21
Centre [1] - 2503:25
CENTRE [1] - 2440:6
CERNICH [1] - 2438:20
certain [11] - 2471:11, 2471:12, 2475:8, 2480:11, 2484:4, 2492:22, 2496:8, 2506:13, 2512:15, 2581:7, 2581:8
certainly [22] - 2451:11, 2451:12, 2453:22, 2454:10, 2455:23, 2456:10, 2456:13, 2457:12, 2461:7, 2472:10, 2475:12, 2476:1, 2479:6, 2481:11, 2481:24, 2488:7, 2492:13, 2492:25, 2500:22, 2528:13, 2568:3, 2605:16
CERTIFICATE [1] - 2629:1
CERTIFIED [1] - 2441:17
Certified [3] - 2629:3, 2629:4, 2629:13
certify [1] - 2629:7
chair [1] - 2504:1
CHAKERES [1] - 2438:20
chance [1] - 2529:22
change [25] - 2457:9, 2511:19, 2517:1, 2517:17, 2537:9, 2537:10, 2538:19, 2566:5, 2567:15, 2581:11, 2583:3,

2584:21, 2586:11, 2586:15, 2586:16, 2586:17, 2586:19, 2586:21, 2588:25, 2595:13, 2606:2, 2619:8
changes [9] - 2537:6, 2540:10, 2540:16, 2566:2, 2567:3, 2568:4, 2593:10, 2595:8, 2596:5
changing [4] - 2491:14, 2532:20, 2532:21, 2581:1
channel [1] - 2517:11
characteristics [2] - 2573:3, 2586:8
characterization [2] - 2587:6, 2587:11
characterize [7] - 2457:10, 2505:4, 2511:6, 2517:5, 2517:7, 2610:3, 2614:21
characterized [2] - 2613:24, 2613:25
CHARLES [1] - 2437:15
chart [3] - 2528:16, 2565:19, 2626:16
check [6] - 2507:11, 2508:2, 2584:4, 2584:18, 2622:12, 2622:14
checks [1] - 2508:1
Chevron [1] - 2497:23
CHICAGO [1] - 2439:12
choice [3] - 2580:12, 2580:16, 2620:25
choose [1] - 2524:9
choosing [2] - 2564:19, 2621:3
chose [8] - 2570:22, 2606:23, 2611:23, 2612:12, 2612:23, 2613:13, 2620:21, 2624:2
cite [2] - 2528:10, 2557:22
cited [3] - 2470:14, 2574:18, 2626:9
CITY [1] - 2437:8
City [1] - 2464:2
CIVIL [1] - 2438:14
claims [1] - 2534:18
clarify [1] - 2544:9
clarifying [1] - 2463:15
cleaned [1] - 2487:17

clear [18] - 2454:6, 2461:24, 2463:22, 2472:24, 2475:5, 2475:13, 2494:24, 2499:4, 2534:10, 2552:12, 2558:17, 2559:9, 2575:21, 2580:1, 2580:15, 2591:25, 2592:2, 2595:25
clearly [9] - 2457:7, 2475:16, 2479:25, 2495:10, 2531:18, 2576:24, 2604:13, 2607:4
CLERK [6] - 2444:7, 2502:3, 2502:5, 2502:11, 2502:19, 2628:20
Clerk [2] - 2444:22, 2502:18
client [2] - 2506:6, 2519:19
clients [10] - 2505:14, 2505:21, 2506:2, 2506:4, 2507:9, 2519:24, 2521:5, 2536:19, 2572:17, 2615:14
close [4] - 2457:4, 2517:7, 2607:3, 2608:7
closed [1] - 2517:13
closer [1] - 2604:22
closest [1] - 2514:9
coach [1] - 2497:11
coherence [1] - 2498:3
colleagues [3] - 2528:14, 2546:24, 2587:20
collect [1] - 2470:18
collected [3] - 2470:16, 2559:11
collection [3] - 2498:1, 2515:13, 2559:16
collections [1] - 2559:13
College [16] - 2458:24, 2462:22, 2463:1, 2463:6, 2463:8, 2463:24, 2464:6, 2503:22, 2503:23, 2504:7, 2504:19, 2504:21, 2587:2, 2587:5, 2587:20
colleges [1] - 2587:10
COLLIER [1] -

2439:10
colors [1] - 2525:2
column [7] - 2446:25, 2447:1, 2447:8, 2447:9, 2448:13, 2456:3, 2597:15
combined [2] - 2466:13, 2621:10
commercial [4] - 2506:10, 2506:20, 2506:21, 2540:3
Commission [3] - 2578:8, 2578:13, 2578:19
common [2] - 2479:6, 2499:1
commonly [4] - 2481:8, 2484:19, 2487:20, 2519:11
Comp [1] - 2477:18
compaction [7] - 2475:20, 2478:18, 2478:23, 2479:17, 2481:1, 2481:2, 2481:3
companies [6] - 2505:23, 2506:13, 2506:18, 2531:2, 2531:4, 2531:6
company [5] - 2459:13, 2506:1, 2519:19, 2519:24, 2521:7
COMPANY [2] - 2439:4, 2441:8
company's [1] - 2577:25
compare [3] - 2450:20, 2508:1, 2512:12, 2521:19, 2539:3, 2541:22, 2546:23, 2576:7, 2579:7, 2609:1, 2625:12
compared [4] - 2526:23, 2537:16, 2547:13, 2608:9
compares [2] - 2575:15, 2575:20
comparing [6] - 2471:14, 2477:25, 2535:1, 2556:2, 2603:14, 2608:24
comparison [2] - 2493:13, 2617:22
compatible [2] - 2535:16, 2535:19
COMPLAINT [1] - 2436:7
complete [5] -

2505:20, 2515:24,
2527:1, 2536:7,
2554:3
**completed** [2] -
2617:10, 2627:23
**completely** [4] -
2484:2, 2495:19,
2501:4, 2557:7
**complexities** [1] -
2620:18
**component** [1] -
2462:7
**compress** [1] - 2484:5
**compressibilities** [5] -
2448:21, 2449:25,
2450:1, 2475:6,
2488:24
**compressibility** [125] -
2445:2, 2447:18,
2448:4, 2448:5,
2448:17, 2448:24,
2448:25, 2449:2,
2449:3, 2449:4,
2449:5, 2449:7,
2449:11, 2450:5,
2450:6, 2450:9,
2450:10, 2450:11,
2450:14, 2451:13,
2452:8, 2452:23,
2452:24, 2453:1,
2453:2, 2454:3,
2454:13, 2454:19,
2454:24, 2455:1,
2455:9, 2455:14,
2455:15, 2455:18,
2455:23, 2455:25,
2456:2, 2456:12,
2456:13, 2457:15,
2460:2, 2460:25,
2462:8, 2462:19,
2465:10, 2466:4,
2469:10, 2469:12,
2469:23, 2470:5,
2470:6, 2470:20,
2470:22, 2470:24,
2471:5, 2471:24,
2472:16, 2473:19,
2475:13, 2476:8,
2476:9, 2476:13,
2476:18, 2477:18,
2478:24, 2479:8,
2480:10, 2481:23,
2484:3, 2484:15,
2484:25, 2485:15,
2486:7, 2487:4,
2487:10, 2488:2,
2488:19, 2489:1,
2489:9, 2489:13,
2489:15, 2489:20,
2490:7, 2490:9,

2490:13, 2491:8,
2491:11, 2492:2,
2492:4, 2492:17,
2493:10, 2494:13,
2495:15, 2500:4,
2548:6, 2548:8,
2548:15, 2579:23,
2580:5, 2583:11,
2583:16, 2583:25,
2584:8, 2584:9,
2584:14, 2584:19,
2584:20, 2585:3,
2586:20, 2587:23,
2590:2, 2625:18,
2625:23, 2625:25,
2626:2, 2626:3,
2626:4, 2626:8,
2626:10, 2626:11,
2626:12, 2626:18,
2626:19
**Compressibility** [1] -
2478:10
**compressible** [5] -
2455:4, 2479:3,
2479:5, 2479:6,
2481:10
**compressing** [2] -
2455:2, 2484:16
**compression** [4] -
2450:21, 2450:24,
2452:18, 2479:22
**compressional** [5] -
2447:5, 2447:16,
2447:18, 2448:6,
2448:11
**COMPUTER** [1] -
2441:22
**concave** [7] - 2562:9,
2563:6, 2563:8,
2563:10, 2563:13,
2563:20, 2586:8
**concept** [6] - 2451:16,
2451:18, 2451:24,
2495:9, 2534:5,
2565:12
**concepts** [1] -
2518:20
**concern** [2] - 2476:18,
2476:20
**concerns** [5] -
2476:11, 2476:25,
2478:14, 2480:11,
2485:9
**conclude** [2] -
2457:22, 2627:24
**concluded** [5] -
2578:13, 2578:19,
2611:13, 2612:13,
2613:14
**conclusion** [15] -

2457:17, 2457:25,
2467:10, 2473:25,
2485:19, 2485:20,
2494:12, 2527:14,
2527:25, 2574:9,
2581:21, 2597:18,
2601:18, 2612:24
**concurred** [1] -
2566:4
**condition** [4] -
2600:25, 2617:7,
2617:13, 2620:11
**conditions** [22] -
2454:22, 2472:24,
2476:3, 2476:4,
2486:2, 2486:3,
2486:6, 2486:13,
2486:14, 2486:25,
2487:1, 2487:23,
2489:5, 2489:6,
2489:23, 2489:24,
2490:17, 2490:18,
2602:10, 2602:21,
2602:24, 2602:25
**conduct** [5] - 2447:14,
2447:15, 2462:21,
2505:14, 2587:11
**conducted** [4] -
2445:6, 2445:8,
2445:15, 2454:22
**conducting** [2] -
2463:13, 2463:21
**conductivity** [2] -
2511:3, 2580:14
**conducts** [1] - 2587:5
**confidence** [5] -
2507:9, 2521:25,
2538:2, 2592:18,
2603:16
**confident** [2] -
2507:10, 2507:18
**configuration** [1] -
2544:18
**configurations** [1] -
2545:21
**confirm** [11] -
2523:21, 2525:20,
2526:10, 2559:8,
2571:16, 2585:23,
2591:25, 2607:10,
2607:14, 2610:21,
2611:22
**confronted** [1] -
2521:6
**confused** [1] - 2554:9
**connected** [9] -
2584:25, 2588:17,
2588:19, 2588:21,
2588:25, 2589:3,
2589:6, 2589:15,

2595:16
**connection** [1] -
2613:7
**connectivity** [1] -
2589:8
**consensus** [3] -
2578:14, 2578:17,
2578:20
**consequence** [1] -
2511:6
**consequently** [1] -
2526:16
**conservation** [1] -
2512:14
**consider** [9] -
2450:25, 2468:7,
2491:24, 2493:3,
2493:6, 2493:16,
2495:24, 2523:7,
2554:25
**consideration** [2] -
2483:24, 2484:13
**considerations** [1] -
2484:15
**considered** [11] -
2445:1, 2470:22,
2477:6, 2477:8,
2490:11, 2491:16,
2492:9, 2495:18,
2543:22, 2544:1,
2597:4
**considering** [3] -
2477:20, 2582:18,
2583:1
**consistency** [2] -
2508:2, 2603:12
**consistent** [14] -
2473:6, 2491:11,
2501:4, 2507:21,
2535:19, 2539:20,
2539:22, 2544:11,
2552:25, 2553:10,
2555:11, 2555:14,
2556:1, 2556:20
**consistently** [1] -
2507:14
**consolidated** [5] -
2462:12, 2496:18,
2497:24, 2498:8,
2498:11
**consolidation** [1] -
2498:3
**constant** [8] -
2526:18, 2526:21,
2535:18, 2565:24,
2566:17, 2567:10,
2568:5, 2621:14
**constituted** [2] -
2466:8, 2466:14
**consulting** [4] -

2504:22, 2504:23,
2519:24, 2536:19
**containing** [1] -
2446:20
**contaminated** [2] -
2513:24, 2514:1
**contention** [1] -
2586:2
**context** [5] - 2468:23,
2473:3, 2473:9,
2473:17, 2578:23
**continue** [4] -
2452:17, 2494:9,
2504:21, 2604:9
**CONTINUED** [5] -
2437:1, 2438:1,
2439:1, 2440:1,
2441:1
**continuing** [2] -
2464:23, 2473:20
**continuous** [1] -
2590:25
**contribution** [2] -
2550:25, 2551:1
**contributions** [1] -
2507:1
**contributor** [1] -
2626:14
**control** [1] - 2520:23
**convenience** [1] -
2562:12
**conventional** [3] -
2468:17, 2468:20,
2469:1
**converge** [2] -
2556:24, 2557:11
**conversion** [14] -
2449:10, 2449:16,
2547:3, 2552:8,
2554:14, 2555:13,
2572:5, 2585:16,
2587:21, 2591:21,
2620:15, 2620:17,
2621:8
**convert** [17] - 2447:17,
2448:24, 2449:1,
2449:3, 2449:4,
2449:6, 2449:24,
2450:9, 2468:25,
2526:24, 2535:12,
2549:16, 2619:17,
2619:22, 2620:2,
2621:6, 2622:13
**converted** [8] -
2551:21, 2551:25,
2552:13, 2555:16,
2561:5, 2571:18,
2572:9
**converting** [4] -
2447:21, 2543:22,

2620:12, 2622:21
**convey** [1] - 2540:10
**convinced** [1] -
2492:25
**convinces** [1] -
2501:14
**convoluted** [1] -
2608:17
**Core** [2] - 2469:18,
2478:10
**core** [66] - 2445:23,
2447:2, 2451:21,
2452:19, 2452:20,
2453:12, 2455:22,
2465:21, 2467:8,
2467:21, 2469:2,
2469:4, 2469:5,
2469:7, 2469:23,
2469:24, 2470:4,
2470:6, 2470:20,
2470:23, 2471:5,
2471:16, 2471:25,
2472:1, 2472:8,
2472:9, 2472:16,
2472:25, 2473:4,
2473:5, 2473:12,
2473:18, 2473:19,
2474:2, 2474:3,
2475:2, 2475:3,
2475:14, 2475:15,
2475:20, 2475:24,
2477:25, 2478:5,
2478:7, 2479:18,
2480:12, 2481:1,
2482:9, 2483:16,
2483:18, 2484:8,
2492:15, 2495:14,
2495:15, 2495:19,
2495:20, 2496:1,
2496:6, 2498:4,
2499:2, 2499:3,
2501:14, 2612:4
**cores** [55] - 2447:12,
2447:13, 2447:14,
2460:19, 2460:22,
2465:18, 2466:6,
2467:4, 2467:14,
2467:15, 2468:10,
2468:17, 2468:18,
2468:20, 2468:25,
2469:9, 2469:11,
2469:12, 2470:11,
2470:15, 2470:19,
2471:6, 2471:15,
2475:18, 2476:6,
2476:12, 2476:17,
2477:25, 2478:15,
2482:13, 2482:17,
2482:21, 2482:24,
2483:3, 2483:6,

2483:12, 2483:21,
2484:22, 2486:4,
2486:9, 2486:15,
2487:2, 2489:25,
2490:22, 2494:15,
2495:25, 2497:15,
2498:13, 2498:16,
2498:17, 2498:20,
2499:15, 2499:17
**COREY** [1] - 2437:22
**coring** [1] - 2483:19
**corner** [3] - 2479:16,
2498:7, 2533:19
**corners** [3] - 2618:15,
2618:24, 2623:25
**CORPORATION** [1] -
2441:7
**Correct** [1] - 2567:16
**correct** [290] -
2458:13, 2458:16,
2458:17, 2459:13,
2459:14, 2459:16,
2459:17, 2459:19,
2459:20, 2459:22,
2459:23, 2459:25,
2460:5, 2460:6,
2460:8, 2460:22,
2461:21, 2461:22,
2461:23, 2462:6,
2462:14, 2462:20,
2462:24, 2464:4,
2464:8, 2465:13,
2465:18, 2465:24,
2466:4, 2466:11,
2466:15, 2466:16,
2466:22, 2467:9,
2467:11, 2467:17,
2468:13, 2476:6,
2478:21, 2479:19,
2484:23, 2487:2,
2487:13, 2487:24,
2487:25, 2488:4,
2488:11, 2488:13,
2488:17, 2489:25,
2490:1, 2491:12,
2491:13, 2493:1,
2493:4, 2495:16,
2497:1, 2500:5,
2513:11, 2517:24,
2518:16, 2518:19,
2530:5, 2530:23,
2531:12, 2532:13,
2535:25, 2536:8,
2536:15, 2539:10,
2541:4, 2551:14,
2551:15, 2551:18,
2551:22, 2552:1,
2552:2, 2552:5,
2552:15, 2552:18,
2552:23, 2552:24,

2553:1, 2553:4,
2553:5, 2553:20,
2553:21, 2554:1,
2554:11, 2555:5,
2555:19, 2556:4,
2556:10, 2556:11,
2556:18, 2557:17,
2557:24, 2558:2,
2558:19, 2558:24,
2558:25, 2559:1,
2559:2, 2559:3,
2559:5, 2559:17,
2559:20, 2560:5,
2560:15, 2560:19,
2561:3, 2561:9,
2561:15, 2561:16,
2561:19, 2561:22,
2561:24, 2562:6,
2562:8, 2562:19,
2562:22, 2563:3,
2563:21, 2563:24,
2563:25, 2564:3,
2564:8, 2564:9,
2565:1, 2565:15,
2565:20, 2565:21,
2565:24, 2567:15,
2568:10, 2568:13,
2568:14, 2568:18,
2568:22, 2569:3,
2569:6, 2569:7,
2569:10, 2569:17,
2569:24, 2570:2,
2570:6, 2570:12,
2570:18, 2571:3,
2571:7, 2571:20,
2571:21, 2572:6,
2574:11, 2574:19,
2574:20, 2574:23,
2575:2, 2575:23,
2576:3, 2576:6,
2576:17, 2577:12,
2577:19, 2578:18,
2578:20, 2579:24,
2581:14, 2581:17,
2583:13, 2583:17,
2583:25, 2584:6,
2584:7, 2584:9,
2584:10, 2584:11,
2584:12, 2584:15,
2584:16, 2585:1,
2585:10, 2585:17,
2585:20, 2585:21,
2585:25, 2587:1,
2587:12, 2587:24,
2587:25, 2588:4,
2588:5, 2588:8,
2588:14, 2588:15,
2588:17, 2588:18,
2588:22, 2589:7,
2589:16, 2590:7,
2590:12, 2590:15,

2590:23, 2590:24,
2592:6, 2592:24,
2592:25, 2593:4,
2593:5, 2593:7,
2593:20, 2594:1,
2594:2, 2594:12,
2595:17, 2595:20,
2596:2, 2596:3,
2596:12, 2596:13,
2596:15, 2596:19,
2596:20, 2596:23,
2597:13, 2597:16,
2597:20, 2597:23,
2598:13, 2598:17,
2599:3, 2599:5,
2599:7, 2599:18,
2599:24, 2600:2,
2600:5, 2601:12,
2602:4, 2602:12,
2602:22, 2603:1,
2603:7, 2603:10,
2603:21, 2603:24,
2604:25, 2605:1,
2605:7, 2605:8,
2605:11, 2605:12,
2605:15, 2605:25,
2607:1, 2607:16,
2607:17, 2607:20,
2607:23, 2608:15,
2609:4, 2609:5,
2609:8, 2610:9,
2610:23, 2611:8,
2611:16, 2611:25,
2612:9, 2612:14,
2613:1, 2613:11,
2613:16, 2613:17,
2616:17, 2617:21,
2620:19, 2620:20,
2620:24, 2621:16,
2621:19, 2621:20,
2625:22, 2626:13,
2626:20, 2626:21,
2626:22, 2629:7
**corrected** [2] -
2569:18, 2590:17
**correcting** [2] -
2536:18, 2537:5
**correction** [2] -
2450:12, 2587:23
**correctly** [2] - 2462:1,
2499:16
**corrects** [1] - 2536:24
**correlation** [2] -
2450:7, 2454:6
**correlations** [1] -
2454:10
**correspond** [7] -
2525:7, 2544:4,
2544:21, 2544:23,
2545:14, 2546:5,

2606:7
**corresponding** [1] -
2544:7
**corresponds** [2] -
2545:10, 2545:12
**cost** [1] - 2470:11
**costly** [1] - 2470:18
**costs** [1] - 2470:13
**Counsel** [1] - 2613:24
**counsel** [8] - 2546:22,
2559:23, 2568:17,
2582:24, 2582:25,
2599:24, 2619:16,
2625:8
**counsel's** [1] -
2618:17
**counterpart** [1] -
2522:22
**country** [1] - 2502:24
**couple** [3] - 2540:20,
2550:1, 2579:21
**course** [9] - 2453:1,
2461:7, 2464:5,
2470:8, 2470:9,
2549:5, 2558:7,
2558:20
**court** [3] - 2491:9,
2609:15, 2627:6
**Court** [16] - 2444:14,
2445:19, 2502:4,
2531:21, 2543:11,
2546:25, 2547:1,
2571:5, 2621:2,
2628:5, 2628:21,
2629:4, 2629:5,
2629:6, 2629:14,
2629:15
**COURT** [81] - 2436:1,
2441:17, 2444:4,
2444:8, 2444:13,
2444:17, 2444:19,
2458:4, 2459:5,
2465:4, 2465:7,
2474:9, 2474:12,
2474:17, 2474:21,
2480:7, 2480:13,
2480:15, 2480:20,
2480:23, 2486:19,
2491:3, 2493:21,
2494:20, 2496:5,
2496:11, 2497:9,
2497:17, 2501:18,
2501:21, 2501:23,
2502:1, 2502:6,
2502:10, 2503:3,
2504:15, 2504:17,
2508:23, 2509:8,
2523:5, 2526:12,
2528:16, 2528:18,
2530:4, 2531:22,

2534:20, 2535:1,
2535:6, 2543:13,
2543:17, 2547:7,
2547:24, 2548:2,
2551:5, 2562:14,
2577:4, 2577:22,
2578:1, 2578:4,
2578:25, 2579:4,
2579:10, 2579:14,
2579:18, 2611:5,
2612:18, 2613:20,
2614:14, 2615:2,
2619:7, 2624:5,
2627:1, 2627:3,
2627:7, 2627:16,
2627:19, 2628:2,
2628:7, 2628:11,
2628:13, 2628:17

**cover** [6] - 2509:4,
2546:3, 2552:9,
2556:15, 2598:7,
2627:13

**covered** [1] - 2589:25

**COVINGTON** [1] -
2439:22

**create** [5] - 2498:4,
2505:13, 2534:17,
2535:15, 2538:19

**creates** [1] - 2446:4

**creating** [1] - 2507:4

**criticism** [2] -
2582:23, 2582:25

**criticized** [2] -
2582:13, 2582:16

**cross** [4] - 2458:5,
2543:14, 2615:19,
2620:14

**CROSS** [5] - 2438:21,
2442:7, 2442:11,
2458:8, 2551:6

**cross-examination**
[1] - 2620:14

**CROSS-
EXAMINATION** [4] -
2442:7, 2442:11,
2458:8, 2551:6

**cross-examine** [1] -
2543:14

**CRR** [2] - 2441:17,
2629:13

**Cruz** [15] - 2470:23,
2471:4, 2472:2,
2472:8, 2472:9,
2472:17, 2473:12,
2474:3, 2474:25,
2478:1, 2478:7,
2491:22, 2492:12,
2493:16, 2496:1

**crystal** [2] - 2446:2,
2446:4

**crystals** [1] - 2445:25

**CT** [2] - 2482:8,
2482:13

**cubic** [1] - 2600:11

**cumulative** [40] -
2505:6, 2509:13,
2510:1, 2532:1,
2533:6, 2545:3,
2545:15, 2545:24,
2547:21, 2549:15,
2551:12, 2553:18,
2553:19, 2553:23,
2558:22, 2560:5,
2560:19, 2560:25,
2564:2, 2564:4,
2564:5, 2564:22,
2565:8, 2572:12,
2572:21, 2572:23,
2573:2, 2575:14,
2575:19, 2575:22,
2580:7, 2592:2,
2618:8, 2618:13,
2619:13, 2621:1,
2621:23, 2622:10,
2622:11, 2622:20

**current** [2] - 2446:1,
2446:3

**Curtis** [1] - 2549:20

**curve** [11] - 2519:6,
2519:10, 2519:18,
2529:15, 2530:4,
2544:4, 2545:11,
2545:14, 2561:14,
2563:2, 2563:6

**curves** [5] - 2543:11,
2545:7, 2553:25,
2559:1, 2570:4

**cut** [1] - 2616:3

**cycle** [1] - 2606:13

# D

**D-21161** [1] - 2586:25

**D-21770** [1] - 2562:13

**D-21781** [1] - 2587:18

**D-21783** [1] - 2588:1

**D-23596A** [1] -
2510:21

**D-23599-1** [1] - 2510:9

**D-23599A** [1] -
2511:18

**D-23600** [1] - 2513:8

**D-23601A** [1] - 2533:7

**D-23603** [1] - 2531:14

**D-23604-1B** [1] -
2513:13

**D-23604-2** [1] - 2515:1

**D-23608A** [1] -
2533:25

**D-23614** [1] - 2503:11

**D-23615** [1] - 2504:5

**D-23616** [1] - 2503:20

**D-23617** [1] - 2506:24

**D-23618** [1] - 2550:10

**D-23620A** [1] -
2535:11

**D-23622** [1] - 2545:6

**D-23701** [1] - 2454:15

**D-23953** [2] - 2496:20,
2496:22

**D-23958** [1] - 2451:20

**D-24222** [2] - 2543:5,
2568:15

**D-24223** [1] - 2545:18

**D-24653** [1] - 2449:17

**D-24660** [1] - 2509:3

**D-24661** [1] - 2509:22

**D-24662** [1] - 2518:2

**D-24665** [2] - 2518:22,
2528:5

**D-24666** [1] - 2522:2

**D-24667** [1] - 2524:12

**D-24668** [1] - 2528:23

**D-24676** [1] - 2516:15

**D-24689** [1] - 2530:20

**D-24696** [1] - 2540:21

**D-24697** [1] - 2550:5

**D-3702** [1] - 2445:16

**daily** [1] - 2560:4

**DALLAS** [1] - 2440:23

**damaged** [1] - 2499:3

**Darcy** [2] - 2511:21,
2511:25

**Darcy's** [8] - 2511:20,
2512:6, 2512:8,
2512:13, 2512:17,
2512:20, 2512:21

**dark** [1] - 2513:16

**darkness** [1] - 2482:9

**Darvish** [8] - 2532:14,
2532:18, 2532:19,
2574:8, 2581:14,
2581:16, 2582:5,
2618:16

**Darvish's** [3] -
2573:23, 2574:5,
2583:6

**dashboard** [2] -
2542:5, 2550:3

**data** [180] - 2446:24,
2447:15, 2447:17,
2449:19, 2451:3,
2451:12, 2453:14,
2456:9, 2456:11,
2457:3, 2457:6,
2457:9, 2457:12,
2457:14, 2457:16,
2457:17, 2457:18,
2457:24, 2460:2,

2460:11, 2461:5,
2461:7, 2465:17,
2465:20, 2465:21,
2465:22, 2465:25,
2466:16, 2466:19,
2466:24, 2468:1,
2468:4, 2468:7,
2470:9, 2470:20,
2471:4, 2471:6,
2472:16, 2475:2,
2475:3, 2477:2,
2477:7, 2477:9,
2477:20, 2478:5,
2479:12, 2479:14,
2482:1, 2490:24,
2491:12, 2491:14,
2491:15, 2491:20,
2491:24, 2492:4,
2492:6, 2492:13,
2492:15, 2493:1,
2493:2, 2493:3,
2493:6, 2493:7,
2493:8, 2493:16,
2493:17, 2493:22,
2494:6, 2494:7,
2494:8, 2495:14,
2495:15, 2495:25,
2499:21, 2499:24,
2500:1, 2500:2,
2501:8, 2506:3,
2506:6, 2506:15,
2507:8, 2507:22,
2508:10, 2508:11,
2509:16, 2514:23,
2514:24, 2515:21,
2515:22, 2518:21,
2519:1, 2519:3,
2519:7, 2519:8,
2519:10, 2520:4,
2520:5, 2520:10,
2520:16, 2520:20,
2520:22, 2521:6,
2521:17, 2521:20,
2521:21, 2522:7,
2522:8, 2522:12,
2525:8, 2525:17,
2527:5, 2527:7,
2528:1, 2531:9,
2531:10, 2534:9,
2537:13, 2539:17,
2539:18, 2541:18,
2542:17, 2543:1,
2549:8, 2549:9,
2552:8, 2554:1,
2555:4, 2555:6,
2560:17, 2562:4,
2566:8, 2566:14,
2567:24, 2593:19,
2593:20, 2593:23,
2595:5, 2596:2,
2596:4, 2596:5,

2596:9, 2596:11,
2597:13, 2601:21,
2601:25, 2603:7,
2605:14, 2606:19,
2606:22, 2607:18,
2609:13, 2610:19,
2611:4, 2611:7,
2611:12, 2611:13,
2611:21, 2611:23,
2612:4, 2612:9,
2612:11, 2612:22,
2613:11, 2615:11,
2615:13, 2615:17,
2618:12, 2618:21,
2623:12

**date** [1] - 2515:11

**dated** [1] - 2469:17

**datum** [2] - 2562:18,
2562:21

**David** [7] - 2471:22,
2472:14, 2472:15,
2474:1, 2477:17,
2478:12, 2499:10

**DAVIS** [1] - 2440:15

**DAVIS-DENNY** [1] -
2440:15

**DAY** [1] - 2436:14

**day-by-day** [2] -
2559:24, 2560:9

**days** [7] - 2501:5,
2501:9, 2526:5,
2526:6, 2526:7,
2526:9, 2534:13

**DC** [5] - 2438:15,
2438:24, 2439:20,
2439:24, 2441:14

**de** [1] - 2600:19

**deal** [2] - 2549:12,
2615:16

**dealing** [1] - 2548:25

**DEBORAH** [1] -
2441:9

**decide** [3] - 2493:15,
2506:5, 2576:12

**decided** [2] - 2477:21,
2575:9

**deciding** [1] - 2469:9

**decimal** [1] - 2453:23

**decision** [7] -
2470:10, 2470:19,
2473:11, 2473:12,
2491:10, 2492:24,
2493:1

**decisions** [1] -
2473:14

**deconvoluting** [2] -
2557:9, 2557:10

**Deconvolution** [1] -
2508:6

**deconvolution** [75] -

2508:9, 2525:22, 2526:2, 2526:8, 2526:13, 2526:14, 2526:17, 2526:24, 2527:9, 2527:13, 2527:17, 2533:22, 2533:23, 2534:3, 2534:22, 2535:9, 2535:15, 2535:18, 2535:20, 2535:24, 2536:2, 2536:6, 2536:13, 2536:18, 2536:23, 2536:25, 2537:6, 2537:9, 2537:14, 2538:1, 2538:11, 2538:16, 2539:17, 2540:1, 2540:7, 2540:14, 2543:4, 2548:18, 2551:16, 2552:21, 2553:11, 2554:3, 2554:18, 2555:2, 2555:15, 2555:17, 2555:20, 2555:22, 2555:25, 2556:7, 2556:9, 2557:9, 2558:5, 2558:10, 2572:21, 2572:23, 2573:1, 2573:2, 2573:7, 2573:11, 2573:13, 2573:15, 2574:18, 2575:1, 2575:7, 2575:11, 2601:1, 2603:15, 2618:1, 2619:14, 2619:16, 2619:17, 2625:1

**deconvolve** [3] - 2554:7, 2554:8, 2554:15

**deconvolved** [10] - 2543:21, 2554:4, 2554:10, 2554:13, 2556:17, 2558:1, 2558:7, 2558:18, 2558:24, 2559:5

**decreased** [1] - 2515:25

**Deepwater** [1] - 2578:8

**deepwater** [5] - 2459:15, 2459:18, 2459:25, 2461:2, 2461:18

**DEEPWATER** [3] - 2436:4, 2440:4, 2440:5

**default** [1] - 2566:9

**defendants** [2] - 2496:20, 2501:23

**define** [6] - 2464:21, 2482:2, 2482:3, 2497:20, 2573:7, 2598:25

**defined** [1] - 2479:25

**defining** [3] - 2505:18, 2505:20, 2583:8

**definitely** [1] - 2574:3

**definition** [6] - 2458:15, 2464:25, 2484:16, 2493:18, 2557:12, 2558:3

**deformation** [1] - 2460:18

**degree** [3] - 2453:22, 2479:10, 2493:20

**degrees** [5] - 2459:9, 2490:2, 2490:3, 2490:5, 2588:9

**delivers** [1] - 2540:14

**Delta** [8] - 2538:18, 2593:17, 2593:18, 2593:24, 2594:6, 2594:15, 2594:24, 2606:2

**demonstrative** [10] - 2445:16, 2451:19, 2454:15, 2496:21, 2496:23, 2497:11, 2514:5, 2531:18, 2550:5, 2624:22

**DENNY** [1] - 2440:15

**densities** [1] - 2448:8

**density** [3] - 2447:25, 2448:12

**deny** [1] - 2587:16

**DEPARTMENT** [2] - 2438:13, 2438:17

**dependent** [2] - 2560:14, 2589:6

**depicted** [1] - 2515:21

**depleted** [1] - 2450:16

**depletion** [2] - 2450:3, 2461:17

**deposition** [40] - 2444:15, 2459:4, 2461:11, 2461:12, 2463:9, 2463:23, 2464:16, 2469:21, 2469:25, 2478:10, 2482:19, 2483:10, 2485:9, 2496:19, 2496:20, 2557:13, 2557:17, 2557:22, 2560:23, 2563:6, 2566:1, 2566:16, 2566:22, 2566:24, 2567:25, 2568:24, 2569:2, 2569:4, 2569:5, 2570:9,

2574:11, 2574:21, 2575:13, 2580:22, 2587:8, 2587:13, 2589:25, 2604:1, 2604:2, 2618:22

**depth** [2] - 2447:2, 2619:24

**DEPUTY** [6] - 2444:7, 2502:3, 2502:5, 2502:11, 2502:19, 2628:20

**derivative** [37] - 2517:1, 2517:3, 2517:4, 2517:14, 2517:16, 2518:5, 2518:9, 2518:15, 2518:18, 2518:22, 2519:1, 2519:17, 2519:20, 2520:21, 2521:5, 2521:18, 2522:14, 2522:20, 2523:9, 2523:18, 2524:10, 2524:14, 2525:10, 2525:14, 2525:16, 2525:17, 2526:3, 2526:5, 2526:8, 2528:3, 2536:22, 2541:11, 2541:12, 2541:19, 2586:7

**derivatives** [1] - 2541:2

**derive** [2] - 2534:9, 2588:19

**derived** [8] - 2450:9, 2473:19, 2533:4, 2543:4, 2554:10, 2554:13, 2613:3, 2613:5

**describe** [18] - 2505:11, 2506:11, 2508:7, 2509:12, 2510:22, 2512:12, 2513:10, 2516:16, 2533:9, 2534:2, 2535:9, 2535:23, 2538:12, 2540:5, 2543:20, 2545:23, 2546:14, 2548:21

**described** [13] - 2488:5, 2508:1, 2516:9, 2522:4, 2524:14, 2527:10, 2527:14, 2536:16, 2537:4, 2540:9, 2617:24, 2619:15, 2622:15

**describes** [1] - 2523:14

**describing** [1] -

2508:25

**DESCRIPTION** [1] - 2442:17

**description** [2] - 2534:21, 2573:16

**designation** [1] - 2550:20

**detail** [4] - 2448:23, 2460:2, 2520:6, 2538:8

**detailed** [3] - 2596:18, 2603:9, 2603:18

**details** [3] - 2448:9, 2587:7

**detect** [2] - 2482:20, 2537:6

**determination** [1] - 2510:4

**determine** [7] - 2482:6, 2482:8, 2593:25, 2594:8, 2594:10, 2596:2, 2596:7

**determined** [5] - 2485:10, 2492:16, 2498:15, 2500:4, 2545:23

**determining** [4] - 2495:15, 2531:5, 2573:3, 2593:19

**develop** [2] - 2505:18, 2517:8

**developed** [11] - 2450:8, 2506:15, 2507:11, 2508:13, 2508:17, 2511:20, 2512:2, 2519:20, 2524:19, 2525:22, 2536:3

**Developed** [1] - 2506:10

**developing** [3] - 2470:24, 2505:19, 2574:10

**development** [1] - 2473:14

**DEXTER** [1] - 2437:23

**diagnostic** [1] - 2541:6

**diagram** [3] - 2516:8, 2516:13, 2517:2

**diameter** [8] - 2467:16, 2483:17, 2483:23, 2484:12, 2484:18, 2484:21, 2484:24, 2485:13

**differ** [2] - 2554:20, 2606:25

**difference** [12] - 2474:5, 2481:9,

2490:21, 2518:10, 2555:18, 2555:21, 2569:18, 2594:16, 2594:24, 2595:14, 2595:22, 2600:6

**differences** [1] - 2468:17

**different** [91] - 2445:12, 2446:15, 2451:9, 2451:15, 2452:8, 2452:13, 2453:4, 2453:5, 2453:7, 2454:2, 2455:23, 2456:15, 2461:8, 2475:6, 2475:7, 2477:9, 2478:14, 2481:22, 2482:9, 2482:10, 2484:2, 2486:9, 2486:10, 2489:5, 2490:17, 2493:8, 2494:7, 2506:14, 2507:15, 2517:13, 2521:22, 2522:7, 2524:24, 2525:1, 2525:6, 2525:7, 2525:19, 2527:22, 2534:6, 2539:6, 2543:22, 2545:20, 2545:21, 2547:1, 2547:20, 2548:23, 2549:1, 2549:2, 2552:22, 2553:6, 2553:7, 2553:15, 2553:22, 2553:23, 2555:3, 2555:4, 2556:8, 2556:11, 2557:5, 2557:7, 2558:2, 2558:19, 2559:3, 2562:9, 2564:13, 2573:13, 2579:4, 2580:17, 2581:25, 2582:3, 2582:6, 2583:9, 2588:9, 2594:10, 2594:13, 2595:24, 2599:20, 2600:10, 2602:6, 2603:23, 2606:20, 2607:7, 2612:12, 2612:23, 2613:13, 2613:14, 2620:21, 2621:5

**differential** [1] - 2511:23

**differently** [1] - 2522:9

**difficult** [3] - 2471:10, 2511:8, 2524:23

**difficulty** [1] - 2610:12

**Dijon** [1] - 2512:3

dimensions [4] - 2482:23, 2598:2, 2598:3, 2598:4

DIRE [2] - 2442:9, 2503:4

direct [20] - 2444:10, 2454:6, 2454:10, 2468:10, 2491:25, 2496:16, 2496:24, 2497:3, 2547:4, 2558:4, 2559:9, 2565:20, 2566:6, 2567:23, 2579:22, 2585:15, 2590:21, 2611:3, 2618:7, 2622:23

DIRECT [4] - 2442:6, 2442:10, 2444:24, 2508:24

direction [25] - 2452:5, 2452:8, 2452:9, 2452:13, 2452:18, 2452:21, 2452:25, 2453:3, 2453:7, 2453:8, 2454:19, 2454:20, 2455:4, 2455:5, 2455:10, 2455:11, 2457:19, 2475:24, 2476:6, 2479:4, 2479:5, 2479:7, 2481:8, 2481:10

directions [5] - 2454:23, 2455:1, 2455:2, 2455:8, 2479:9

directive [1] - 2502:9

directly [15] - 2450:24, 2462:9, 2504:2, 2515:14, 2548:5, 2563:14, 2579:22, 2584:11, 2588:2, 2588:21, 2590:6, 2590:11, 2590:17, 2592:3, 2616:6

Director [1] - 2503:25

disadvantage [1] - 2546:25

disadvantages [3] - 2547:12, 2548:17, 2548:22

disagree [4] - 2485:16, 2572:7, 2575:6

disagreed [1] - 2485:2

disagreeing [1] - 2572:5

discharge [9] - 2503:7, 2509:20, 2510:1, 2545:15,

2545:16, 2546:12, 2552:11, 2580:7, 2585:5

discuss [3] - 2451:18, 2621:13, 2627:20

discussed [11] - 2445:13, 2468:23, 2479:2, 2494:11, 2495:23, 2523:12, 2534:24, 2535:5, 2571:18, 2589:25, 2604:8

discusses [1] - 2523:19

discussing [2] - 2456:17, 2616:18

discussion [17] - 2457:8, 2472:4, 2476:10, 2477:10, 2481:13, 2481:22, 2482:18, 2494:24, 2496:9, 2496:10, 2501:13, 2531:19, 2547:19, 2580:25, 2600:1, 2600:4, 2619:21

discussions [4] - 2457:10, 2471:8, 2471:10, 2472:6

display [2] - 2445:16, 2449:17

displayed [1] - 2582:4

displays [1] - 2587:25

dispute [4] - 2574:1, 2574:3, 2591:7, 2592:16

disregarded [2] - 2492:6, 2492:9

distance [8] - 2514:9, 2586:12, 2589:25, 2590:7, 2600:22, 2601:5, 2618:2, 2618:4

distinction [1] - 2534:15

distribution [4] - 2529:15, 2553:12, 2598:10, 2616:12

DISTRICT [3] - 2436:1, 2436:1, 2436:15

District [3] - 2629:6, 2629:15

divided [5] - 2448:4, 2448:17, 2455:13, 2586:18, 2606:3

DIVISION [2] - 2438:14, 2438:18

DOCKET [3] - 2436:4, 2436:7, 2436:10

Doctor [2] - 2464:3, 2533:23

doctorate [1] - 2560:7

document [21] - 2469:22, 2471:18, 2472:11, 2477:23, 2480:7, 2480:8, 2480:11, 2480:13, 2483:13, 2485:8, 2500:7, 2577:21, 2577:22, 2578:23, 2579:8, 2579:16, 2610:15, 2612:6, 2612:8, 2613:9

documents [13] - 2456:16, 2456:20, 2456:22, 2456:24, 2457:2, 2457:4, 2469:15, 2470:2, 2470:3, 2478:9, 2483:11, 2496:9, 2579:7

dollar [1] - 2587:10

DOMENGEAUX [1] - 2436:22

DON [1] - 2439:5

DONALD [1] - 2440:20

done [34] - 2448:19, 2449:9, 2462:9, 2462:18, 2463:1, 2463:7, 2464:20, 2487:16, 2487:20, 2487:22, 2490:1, 2496:3, 2501:21, 2505:23, 2506:23, 2509:15, 2510:24, 2515:11, 2515:12, 2521:13, 2523:15, 2529:11, 2531:8, 2536:19, 2547:13, 2549:25, 2579:16, 2596:21, 2607:11, 2615:3, 2616:23, 2619:12, 2623:9, 2627:1

door [1] - 2618:19

double [3] - 2511:11, 2511:12, 2540:13

doubled [2] - 2592:5, 2592:6

doubt [1] - 2475:22

DOUGLAS [1] - 2438:9

down [19] - 2479:20, 2504:15, 2526:16, 2526:20, 2526:25, 2533:13, 2555:16, 2562:5, 2563:2, 2563:9, 2569:11, 2575:18, 2579:15,

2594:9, 2609:16, 2619:18, 2619:23, 2622:13

downhole [18] - 2535:13, 2535:16, 2546:3, 2552:6, 2552:13, 2556:12, 2556:13, 2556:15, 2556:17, 2556:20, 2556:21, 2557:2, 2557:4, 2558:8, 2558:13, 2622:22

DOYEN [1] - 2440:13

Dr [190] - 2458:9, 2458:11, 2463:16, 2468:19, 2471:21, 2472:5, 2473:22, 2474:23, 2475:17, 2477:22, 2478:14, 2478:25, 2482:22, 2485:23, 2486:12, 2486:24, 2496:3, 2496:16, 2499:18, 2500:21, 2501:3, 2501:16, 2501:25, 2502:23, 2503:5, 2503:13, 2506:25, 2507:25, 2508:21, 2508:25, 2509:6, 2509:12, 2510:11, 2511:14, 2513:14, 2516:7, 2518:24, 2519:9, 2521:8, 2521:12, 2521:13, 2522:23, 2523:2, 2523:4, 2523:7, 2523:13, 2524:1, 2524:9, 2527:13, 2528:24, 2530:8, 2530:21, 2531:3, 2531:15, 2531:19, 2531:25, 2532:14, 2532:18, 2532:19, 2533:2, 2533:18, 2534:17, 2535:9, 2535:23, 2537:4, 2537:18, 2540:22, 2543:6, 2543:8, 2543:10, 2544:3, 2544:10, 2544:13, 2544:20, 2545:8, 2546:13, 2546:14, 2546:19, 2546:20, 2546:22, 2547:3, 2547:5, 2547:11, 2547:18, 2547:19, 2547:20, 2548:5, 2548:19, 2549:7, 2549:15, 2549:20, 2550:7, 2550:12, 2551:2, 2551:7,

2551:20, 2554:5, 2554:19, 2562:11, 2564:14, 2564:16, 2568:22, 2569:3, 2569:8, 2569:12, 2569:15, 2569:20, 2569:23, 2570:1, 2570:15, 2571:6, 2571:18, 2571:22, 2572:10, 2572:19, 2573:23, 2574:5, 2574:8, 2574:13, 2574:21, 2574:25, 2575:9, 2575:11, 2575:23, 2576:8, 2576:9, 2576:16, 2576:24, 2577:3, 2577:8, 2578:6, 2579:20, 2580:5, 2580:18, 2581:14, 2581:16, 2582:5, 2582:17, 2583:6, 2583:8, 2584:11, 2585:10, 2585:19, 2585:23, 2586:1, 2587:1, 2587:14, 2587:19, 2587:21, 2587:22, 2587:23, 2588:2, 2588:3, 2589:3, 2589:12, 2589:15, 2592:8, 2593:2, 2607:11, 2613:23, 2614:4, 2614:7, 2614:9, 2614:13, 2614:17, 2615:6, 2616:14, 2618:7, 2618:16, 2618:18, 2618:21, 2618:23, 2618:25, 2619:2, 2619:11, 2620:1, 2620:16, 2620:23, 2621:21, 2624:20, 2625:7, 2625:16, 2626:20, 2627:10, 2627:13

dr [1] - 2474:11

draw [2] - 2473:25, 2562:5

drawing [3] - 2456:10, 2478:22, 2606:20

drawn [3] - 2520:9, 2520:10, 2585:10

drew [2] - 2462:24, 2612:24

dried [2] - 2487:17, 2488:9

drill [1] - 2483:17

DRILLING [1] - 2440:4

drilling [6] - 2459:18, 2459:21, 2459:23,

2465:22, 2513:25, 2617:9

**drop** [3] - 2622:2, 2622:5, 2622:9

**dry** [2] - 2487:23, 2488:1

**DST** [1] - 2617:8

**due** [2] - 2566:11, 2594:4

**duly** [2] - 2444:21, 2502:17

**duration** [8] - 2526:3, 2526:6, 2526:7, 2526:8, 2526:23, 2527:18, 2536:8, 2617:23

**during** [45] - 2449:25, 2451:15, 2454:25, 2456:22, 2491:8, 2498:16, 2509:18, 2509:19, 2513:25, 2514:21, 2515:7, 2515:25, 2516:11, 2516:14, 2523:14, 2526:15, 2528:1, 2532:6, 2533:14, 2541:22, 2543:24, 2548:19, 2549:6, 2553:1, 2561:15, 2563:21, 2564:1, 2567:23, 2574:13, 2574:16, 2575:13, 2580:24, 2586:13, 2586:14, 2594:17, 2595:1, 2595:8, 2595:12, 2595:22, 2596:5, 2610:2, 2611:13, 2611:24, 2612:24

**Dykhuizen** [7] - 2568:18, 2568:22, 2569:3, 2569:20, 2569:23, 2570:1, 2571:6

**Dykhuizen's** [6] - 2543:8, 2569:8, 2569:12, 2569:15, 2570:15, 2625:7

**dynamic** [4] - 2449:25, 2450:5, 2450:11, 2450:15

**dynamically** [1] - 2450:9

# E

**E&P** [1] - 2441:8

**e-mail** [12] - 2456:19, 2469:17, 2471:22, 2472:14, 2474:23,

2476:15, 2477:16, 2499:8, 2499:9, 2500:16, 2500:18, 2500:25

**e-mails** [8] - 2477:13, 2491:17, 2491:18, 2491:19, 2491:20, 2492:19, 2501:7, 2501:9

**ease** [1] - 2460:25

**easily** [5] - 2447:9, 2448:14, 2449:11, 2470:16, 2627:23

**EAST** [1] - 2437:18

**east/west** [2] - 2455:8, 2455:10

**Eastern** [1] - 2629:6

**EASTERN** [1] - 2436:1

**easy** [1] - 2511:7

**eat** [1] - 2489:10

**education** [1] - 2503:12

**EDWARDS** [1] - 2436:22

**effect** [20] - 2457:12, 2469:14, 2481:18, 2484:25, 2489:5, 2489:8, 2489:12, 2489:19, 2490:12, 2490:16, 2490:20, 2490:23, 2491:2, 2527:25, 2541:24, 2581:21, 2582:18, 2583:2

**effective** [1] - 2614:20

**effects** [2] - 2485:13, 2620:17

**efforts** [1] - 2610:3

**eight** [4] - 2455:13, 2455:16, 2456:4, 2466:12

**EISERT** [1] - 2439:19

**either** [6] - 2468:12, 2485:18, 2536:16, 2536:18, 2606:20, 2608:9

**elaborate** [3] - 2457:1, 2481:23, 2547:12

**elastic** [4] - 2447:25, 2448:7, 2448:14, 2449:13

**electrical** [3] - 2446:1, 2446:3, 2454:4

**elements** [1] - 2626:7

**ELLIS** [3] - 2439:9, 2439:14, 2439:18

**ELM** [1] - 2440:23

**ELMO** [2] - 2562:10, 2562:11

**emblem** [1] - 2511:24

**emerging** [3] - 2578:14, 2578:17, 2578:19

**emphasize** [1] - 2501:13

**employed** [1] - 2459:13

**employee** [2] - 2574:13, 2574:16

**employees** [1] - 2456:17

**en** [1] - 2627:8

**encounter** [1] - 2472:24

**end** [25] - 2473:20, 2496:13, 2517:12, 2538:3, 2542:6, 2542:14, 2544:4, 2546:13, 2550:9, 2553:12, 2565:4, 2565:8, 2565:23, 2568:9, 2568:17, 2570:5, 2598:10, 2621:4, 2621:11, 2622:8, 2622:11, 2624:17, 2624:21, 2625:6, 2626:7

**ended** [1] - 2527:7

**ending** [2] - 2545:25, 2566:24

**endorsement** [1] - 2547:5

**ENERGY** [2] - 2440:6, 2440:19

**ENFORCEMENT** [1] - 2438:18

**ENGEL** [1] - 2438:21

**engineer** [13] - 2458:13, 2458:16, 2458:17, 2458:18, 2458:21, 2458:25, 2459:2, 2459:8, 2459:11, 2459:12, 2459:23, 2472:15, 2507:7

**Engineer** [1] - 2474:2

**engineering** [10] - 2458:24, 2459:1, 2459:9, 2503:21, 2504:1, 2508:21, 2512:7, 2512:11, 2550:14, 2592:10

**engineers** [7] - 2492:7, 2493:22, 2495:10, 2500:3, 2505:14, 2505:18, 2505:19

**Engineers** [2] - 2458:14, 2550:16

**entire** [8] - 2468:4,

2526:1, 2526:23, 2526:24, 2527:18, 2550:25, 2579:20, 2581:22

**entirely** [5] - 2492:18, 2534:5, 2580:11, 2585:10, 2585:19

**entitled** [2] - 2577:2, 2629:9

**ENVIRONMENT** [1] - 2438:18

**ENVIRONMENTAL** [1] - 2438:18

**equal** [7] - 2448:16, 2454:23, 2455:15, 2455:25, 2456:14, 2475:23, 2512:15

**equally** [1] - 2455:2

**equation** [3] - 2449:9, 2512:12, 2512:13

**equations** [2] - 2448:7, 2448:22

**equivalent** [7] - 2454:13, 2498:10, 2526:25, 2583:8, 2600:19, 2602:17

**erosion** [2] - 2537:19, 2567:7

**erroneous** [1] - 2536:9

**error** [9] - 2572:10, 2572:11, 2572:14, 2586:6, 2588:7, 2588:24, 2608:12, 2608:15, 2616:9

**errors** [1] - 2538:21

**especially** [2] - 2542:7, 2586:7

**ESQ** [49] - 2436:19, 2436:23, 2437:4, 2437:7, 2437:11, 2437:14, 2437:18, 2437:22, 2437:22, 2438:9, 2438:9, 2438:14, 2438:19, 2438:19, 2438:20, 2438:20, 2438:21, 2438:22, 2438:22, 2438:23, 2439:5, 2439:9, 2439:10, 2439:10, 2439:11, 2439:11, 2439:15, 2439:18, 2439:19, 2439:19, 2439:23, 2440:6, 2440:10, 2440:13, 2440:14, 2440:14, 2440:15, 2440:15, 2440:20, 2440:20, 2440:21, 2440:21,

2440:22, 2441:3, 2441:4, 2441:9, 2441:13, 2441:13

**essentially** [17] - 2445:21, 2446:5, 2451:4, 2452:23, 2461:10, 2476:8, 2479:9, 2486:8, 2501:5, 2504:24, 2517:21, 2524:20, 2525:3, 2591:4, 2606:6, 2606:7, 2617:13

**established** [3] - 2482:4, 2521:24, 2578:22

**estimate** [61] - 2449:18, 2451:2, 2456:6, 2456:25, 2472:17, 2492:3, 2505:6, 2509:13, 2510:5, 2515:18, 2533:6, 2560:19, 2560:24, 2569:15, 2570:1, 2570:11, 2570:15, 2570:17, 2570:22, 2571:7, 2572:12, 2572:21, 2572:22, 2572:23, 2572:24, 2573:2, 2575:15, 2575:22, 2576:2, 2576:4, 2576:5, 2576:14, 2577:2, 2577:10, 2577:14, 2577:17, 2577:18, 2578:18, 2584:25, 2585:3, 2588:11, 2588:12, 2588:17, 2588:19, 2588:21, 2588:22, 2588:24, 2588:25, 2592:2, 2594:19, 2594:23, 2597:7, 2597:9, 2602:2, 2603:6, 2610:1, 2610:5, 2611:23, 2612:12, 2613:13, 2625:3

**estimated** [2] - 2465:10, 2620:16

**estimates** [6] - 2470:24, 2574:22, 2575:15, 2575:20, 2576:13, 2596:12

**ET** [2] - 2436:8, 2436:12

**etcetera** [2] - 2454:5, 2464:2

**evaluate** [4] - 2453:11, 2503:7, 2529:11,

2580:14
**Evaluation** [1] -
2478:11
**evaluation** [2] -
2467:21, 2606:10
**evening** [4] - 2627:14,
2628:2, 2628:14,
2628:19
**event** [1] - 2467:6
**evidence** [17] -
2444:16, 2451:12,
2455:24, 2456:8,
2464:14, 2499:22,
2500:12, 2509:7,
2509:10, 2568:9,
2570:11, 2570:12,
2570:23, 2578:1,
2578:2, 2579:21,
2586:11
**evident** [1] - 2579:1
**evolution** [1] - 2524:4
**evolving** [2] - 2450:2,
2450:16
**exactly** [15] - 2448:7,
2448:16, 2459:10,
2473:2, 2483:14,
2487:21, 2492:24,
2517:14, 2530:5,
2562:8, 2566:15,
2575:25, 2579:3,
2587:7, 2601:7
**exam** [1] - 2583:8
**examination** [3] -
2497:3, 2565:20,
2620:14
**EXAMINATION** [34] -
2442:6, 2442:7,
2442:9, 2442:10,
2442:11, 2442:12,
2444:24, 2458:8,
2459:7, 2465:9,
2474:10, 2474:22,
2480:24, 2486:23,
2491:6, 2495:13,
2496:15, 2497:13,
2497:19, 2503:4,
2504:20, 2508:24,
2509:11, 2523:6,
2524:8, 2527:3,
2528:21, 2530:7,
2531:23, 2535:7,
2543:19, 2551:6,
2611:6, 2613:22
**EXAMINATIONS** [1] -
2442:3
**examine** [2] - 2502:7,
2543:14
**examined** [2] -
2444:22, 2502:18
**example** [7] - 2451:6,

2452:6, 2455:3,
2455:7, 2523:22,
2526:4, 2579:8
**except** [3] - 2562:23,
2600:6, 2605:16
**excerpt** [2] - 2446:20,
2562:11
**excerpts** [1] - 2444:15
**excluded** [1] - 2604:4
**exclusively** [1] -
2456:10
**excuse** [1] - 2461:14
**exhibit** [1] - 2517:4
**Exhibit** [2] - 2442:19,
2509:9
**exist** [3] - 2506:21,
2534:18, 2542:9
**existed** [3] - 2453:12,
2507:12, 2612:22
**existence** [1] -
2481:15
**existing** [2] - 2508:18,
2534:16
**exists** [2] - 2454:1,
2470:21
**expect** [3] - 2455:15,
2456:2, 2471:3
**expectation** [1] -
2474:4
**expected** [3] -
2472:19, 2474:24,
2621:12
**experience** [10] -
2459:24, 2460:24,
2461:16, 2487:3,
2487:9, 2488:15,
2492:7, 2494:1,
2506:9, 2620:5
**experienced** [1] -
2520:17
**experiment** [1] -
2513:7
**experimental** [3] -
2462:7, 2463:12,
2485:18
**experimentally** [2] -
2511:21, 2512:5
**experiments** [8] -
2461:4, 2462:10,
2463:1, 2463:4,
2463:7, 2488:6,
2488:12, 2488:19
**Expert** [2] - 2489:4,
2509:4
**expert** [44] - 2458:20,
2459:1, 2464:19,
2468:14, 2470:20,
2480:2, 2492:20,
2499:5, 2499:10,
2500:11, 2500:19,

2500:24, 2508:21,
2515:17, 2522:22,
2522:23, 2523:12,
2523:13, 2523:22,
2530:8, 2530:12,
2532:1, 2532:14,
2532:15, 2532:17,
2536:25, 2544:4,
2544:15, 2544:16,
2546:15, 2568:12,
2570:8, 2570:14,
2570:21, 2570:23,
2571:2, 2572:16,
2584:17, 2592:17,
2612:16, 2614:7,
2614:11, 2615:8,
2627:10
**expertise** [5] -
2464:18, 2572:2,
2572:18, 2572:19,
2592:18
**experts** [20] - 2453:6,
2531:14, 2531:16,
2546:23, 2547:14,
2571:25, 2572:1,
2574:2, 2574:9,
2577:2, 2587:2,
2610:5, 2611:3,
2611:13, 2612:11,
2612:22, 2613:10,
2613:25, 2618:11,
2627:14
**explain** [9] - 2445:19,
2447:20, 2451:23,
2518:23, 2526:12,
2534:25, 2547:12,
2547:23
**explained** [5] -
2542:7, 2558:3,
2586:5, 2600:8,
2617:1
**explaining** [1] -
2616:4
**explanation** [1] -
2558:16
**explicitly** [1] - 2587:19
**EXPLORATION** [2] -
2436:11, 2439:3
**explore** [1] - 2527:9
**explosion** [3] -
2562:5, 2592:23,
2610:4
**expressed** [2] -
2476:20, 2598:10
**expresses** [1] -
2447:24
**expression** [1] -
2542:17
**extend** [2] - 2525:23,
2617:6

**extended** [1] - 2617:5
**extends** [2] - 2513:25,
2563:2
**extent** [2] - 2500:10,
2618:15
**extract** [2] - 2534:22,
2538:11
**extracted** [3] -
2452:19, 2455:19,
2498:21
**extracts** [2] - 2451:21,
2455:16
**extrapolate** [2] -
2492:11, 2603:3
**extrapolated** [1] -
2624:9
**extrapolating** [1] -
2623:23
**extreme** [2] - 2497:24,
2497:25
**eye** [1] - 2482:20

# F

**face** [2] - 2475:12,
2565:14
**facilities** [1] - 2463:20
**facing** [1] - 2627:23
**fact** [34] - 2448:13,
2448:18, 2449:14,
2450:11, 2451:8,
2453:1, 2453:17,
2457:4, 2466:12,
2477:5, 2481:13,
2487:25, 2489:17,
2490:20, 2493:11,
2508:14, 2519:8,
2521:23, 2536:3,
2544:1, 2559:8,
2559:15, 2563:6,
2568:8, 2569:15,
2570:13, 2577:17,
2580:13, 2580:16,
2587:16, 2595:3,
2627:10, 2627:16,
2627:18
**facto** [1] - 2600:19
**factor** [22] - 2450:12,
2450:13, 2473:16,
2473:18, 2474:6,
2475:1, 2475:2,
2475:7, 2475:8,
2479:13, 2499:25,
2501:15, 2539:7,
2549:19, 2549:22,
2553:14, 2554:20,
2569:19, 2585:16,
2607:6, 2614:19
**factors** [2] - 2475:11,

2499:25
**facts** [2] - 2607:9,
2607:14
**Fahrenheit** [1] -
2490:5
**failed** [2] - 2489:4,
2490:16
**fair** [3] - 2566:22,
2568:20, 2582:24
**fall** [3] - 2464:20,
2594:13, 2595:9
**falls** [1] - 2496:17
**familiar** [2] - 2460:7,
2460:13
**familiarity** [1] -
2460:10
**famous** [5] - 2464:11,
2488:19, 2488:23,
2494:10, 2494:12
**FANNIN** [1] - 2440:10
**far** [5] - 2508:14,
2514:6, 2563:9,
2579:11, 2579:15
**farthest** [1] - 2446:25
**farthest-most** [1] -
2446:25
**fast** [2] - 2445:21,
2575:18
**fault** [4] - 2484:5,
2484:6, 2484:8,
2484:9
**feed** [1] - 2521:20
**feet** [19] - 2447:9,
2447:10, 2467:18,
2514:8, 2580:20,
2580:21, 2585:24,
2586:1, 2586:23,
2600:21, 2600:23,
2601:2, 2601:4,
2601:5, 2601:6,
2607:25, 2609:3,
2618:4
**fell** [1] - 2593:10
**fellow** [2] - 2503:15,
2503:17
**few** [12] - 2478:3,
2488:25, 2490:23,
2501:9, 2504:16,
2508:7, 2508:11,
2519:25, 2538:22,
2564:6, 2565:19,
2600:21
**field** [6] - 2464:24,
2478:18, 2481:3,
2488:24, 2494:13,
2550:9
**fields** [1] - 2444:9
**FIELDS** [14] - 2439:11,
2444:11, 2444:14,
2444:24, 2458:2,

2459:3, 2465:3, 2465:5, 2474:7, 2480:17, 2486:17, 2497:2, 2497:6, 2501:20

**FIELDS**...................
[1] - 2442:6

**FIFTEENTH** [1] - 2439:20

**Figure** [4] - 2478:13, 2603:19, 2604:24, 2615:7

**figure** [8] - 2478:14, 2479:16, 2480:15, 2510:15, 2511:3, 2519:23, 2593:2, 2604:10

**Figures** [2] - 2604:8, 2604:22

**final** [15] - 2450:17, 2457:21, 2535:21, 2539:21, 2570:17, 2570:24, 2571:13, 2580:11, 2591:3, 2604:5, 2617:4, 2624:21, 2625:3, 2625:7, 2625:13

**finance** [1] - 2512:18

**fine** [1] - 2571:10

**finger** [1] - 2498:6

**finish** [1] - 2582:22

**finished** [1] - 2463:6

**FIRM** [1] - 2437:10

**first** [37] - 2447:23, 2449:3, 2452:1, 2453:20, 2458:11, 2460:1, 2466:7, 2485:9, 2497:6, 2502:17, 2502:24, 2506:10, 2506:18, 2506:19, 2510:3, 2512:25, 2521:11, 2521:14, 2530:21, 2533:7, 2533:11, 2535:12, 2538:14, 2540:25, 2550:15, 2554:18, 2562:23, 2563:14, 2575:21, 2576:18, 2579:23, 2587:14, 2605:3, 2611:11, 2622:23, 2628:5

**fit** [2] - 2519:10, 2566:8

**FITCH** [1] - 2441:13

**fits** [1] - 2541:18

**fitted** [3] - 2519:8, 2520:16, 2521:17

**fitting** [1] - 2519:18

**five** [6] - 2453:23,

2455:20, 2504:8, 2504:9, 2578:15, 2579:1

**fixed** [2] - 2576:7, 2622:6

**FL** [1] - 2437:5

**flag** [1] - 2511:24

**flash** [3] - 2569:21, 2569:23, 2585:20

**flat** [6] - 2517:19, 2517:23, 2519:4, 2519:7, 2541:13, 2542:19

**flatness** [1] - 2518:18

**FLEMING** [1] - 2440:22

**FLOOR** [1] - 2440:16

**flow** [140] - 2505:6, 2509:14, 2510:13, 2510:14, 2510:19, 2511:7, 2511:8, 2511:12, 2511:13, 2511:15, 2511:19, 2511:21, 2512:2, 2512:8, 2512:25, 2513:3, 2513:6, 2516:25, 2517:8, 2517:11, 2517:23, 2518:14, 2518:17, 2527:7, 2527:19, 2529:8, 2531:9, 2532:1, 2532:5, 2532:8, 2532:11, 2532:12, 2533:5, 2533:6, 2533:17, 2533:20, 2534:3, 2534:11, 2535:10, 2536:17, 2537:1, 2537:5, 2537:7, 2537:11, 2537:14, 2537:17, 2537:19, 2540:11, 2540:16, 2542:22, 2543:3, 2543:8, 2543:21, 2544:1, 2544:2, 2544:3, 2544:6, 2544:12, 2544:13, 2544:14, 2544:17, 2544:18, 2545:20, 2545:24, 2545:25, 2546:1, 2547:21, 2548:19, 2549:15, 2551:14, 2551:17, 2551:20, 2551:24, 2552:5, 2552:14, 2552:18, 2553:18, 2554:4, 2554:10, 2554:13, 2555:3, 2555:4, 2556:8, 2556:17, 2556:22,

2557:15, 2558:19, 2560:4, 2563:21, 2563:23, 2564:1, 2565:6, 2565:14, 2568:7, 2568:9, 2568:17, 2568:18, 2569:8, 2569:9, 2569:15, 2570:4, 2570:5, 2570:18, 2570:24, 2571:6, 2571:12, 2571:20, 2573:10, 2574:22, 2574:25, 2577:10, 2577:17, 2603:10, 2605:7, 2606:9, 2615:7, 2618:8, 2618:13, 2619:13, 2620:16, 2620:18, 2620:21, 2620:22, 2620:25, 2621:4, 2621:10, 2621:13, 2621:15, 2621:22, 2621:23, 2622:1, 2624:21, 2624:22, 2624:25, 2625:3, 2625:7, 2625:13

**flowing** [5] - 2561:18, 2561:21, 2562:1, 2622:3, 2623:3

**flows** [1] - 2545:3

**fluid** [24] - 2486:6, 2486:7, 2488:7, 2489:2, 2489:8, 2489:9, 2489:11, 2489:14, 2511:7, 2511:8, 2513:24, 2514:1, 2514:2, 2544:13, 2559:10, 2585:8, 2591:12, 2591:22, 2591:23, 2599:3, 2600:12, 2601:10, 2602:11, 2602:21

**fluids** [3] - 2486:9, 2486:10, 2585:9

**flush** [1] - 2549:23

**flux** [1] - 2512:17

**FLYNN** [1] - 2438:14

**focus** [8] - 2516:5, 2520:15, 2537:23, 2537:24, 2560:12, 2572:22, 2575:14, 2584:23

**focused** [1] - 2563:1

**focusing** [2] - 2489:15, 2527:5

**follow** [3] - 2507:22, 2507:23, 2527:4

**followed** [2] - 2591:16, 2591:18

**following** [2] - 2474:19, 2509:19

**follows** [2] - 2444:23, 2502:18

**FOR** [8] - 2436:19, 2437:21, 2438:3, 2438:13, 2439:3, 2440:3, 2440:18, 2441:7

**foregoing** [1] - 2629:7

**forgive** [1] - 2561:7

**forgot** [2] - 2550:1, 2550:8

**Formation** [1] - 2530:24

**formation** [14] - 2483:17, 2511:7, 2513:20, 2514:7, 2530:18, 2531:2, 2549:19, 2549:21, 2569:19, 2585:16, 2600:1, 2600:5, 2600:9, 2601:22

**forming** [2] - 2446:22, 2456:20

**forth** [5] - 2529:9, 2531:18, 2548:12, 2577:1, 2616:9

**forward** [3] - 2457:13, 2459:1, 2551:24

**foundation** [7] - 2474:8, 2576:25, 2578:22, 2610:24, 2612:15, 2614:24, 2615:1

**Founded** [1] - 2505:11

**fountains** [1] - 2512:3

**four** [19] - 2449:22, 2450:18, 2504:8, 2514:17, 2555:8, 2577:11, 2577:15, 2587:1, 2590:22, 2591:14, 2591:16, 2591:23, 2609:10, 2617:2, 2618:14, 2618:23, 2621:11, 2623:25

**fourth** [2] - 2448:13, 2456:3

**FRA** [1] - 2602:1

**fraction** [3] - 2467:21, 2559:16, 2559:20

**fractured** [1] - 2498:24

**FRANK** [1] - 2437:18

**French** [2] - 2504:9, 2512:1

**friable** [7] - 2497:15, 2497:17, 2497:18, 2497:20, 2497:22,

2498:2, 2498:8

**friction** [1] - 2622:2

**Friday** [4] - 2627:15, 2627:23, 2627:24, 2628:1

**FRILOT** [1] - 2440:5

**frozen** [2] - 2498:17, 2498:20

**fully** [3] - 2445:15, 2475:5, 2620:6

**function** [1] - 2467:6

**fundamental** [2] - 2512:8, 2512:10

**Fundamentals** [1] - 2481:20

**future** [1] - 2552:14

**fuzzy** [1] - 2534:8

## G

**G-R-I-N-G-A-R-T-E-N** [1] - 2502:22

**gain** [1] - 2603:15

**gaining** [1] - 2471:2

**Gansert** [1] - 2469:17

**gap** [1] - 2623:12

**gas** [3] - 2446:13, 2459:16, 2459:22

**GASAWAY** [1] - 2439:18

**gathered** [1] - 2513:6

**gathering** [1] - 2514:15

**gauge** [15] - 2537:7, 2551:17, 2562:6, 2562:22, 2562:23, 2592:20, 2592:22, 2593:11, 2594:4, 2594:14, 2595:5, 2595:10, 2596:6, 2601:25, 2619:18

**gears** [2] - 2539:14, 2539:24

**general** [11] - 2445:20, 2452:3, 2452:11, 2454:6, 2480:6, 2484:6, 2490:7, 2513:20, 2520:22, 2547:5, 2592:16

**GENERAL** [1] - 2438:5

**GENERAL'S** [1] - 2437:21

**generally** [5] - 2450:4, 2481:6, 2484:7, 2484:8, 2524:18

**generate** [1] - 2541:17

**generations** [1] - 2523:17

**Geological** [1] -

2504:9
**geologist** [4] - 2460:5, 2460:12, 2482:4, 2495:4
**geology** [2] - 2460:7, 2460:13
**geomechanics** [1] - 2492:7
**George** [1] - 2497:23
**given** [20] - 2448:7, 2448:10, 2448:23, 2451:7, 2492:4, 2494:6, 2494:14, 2502:24, 2517:19, 2529:23, 2544:12, 2544:15, 2544:16, 2544:20, 2555:24, 2558:16, 2570:7, 2570:8, 2596:8, 2599:14
**glad** [1] - 2584:4
**GLADSTEIN** [28] - 2438:22, 2458:6, 2458:8, 2459:4, 2459:6, 2459:7, 2465:9, 2474:10, 2474:15, 2474:22, 2480:9, 2480:14, 2480:16, 2480:21, 2480:24, 2486:23, 2490:25, 2491:5, 2491:6, 2495:12, 2495:13, 2496:12, 2496:15, 2497:4, 2497:7, 2497:13, 2497:19, 2501:16
**Gladstein** [1] - 2458:7
**GLADSTEIN............**
**....** [1] - 2442:7
**GMBH** [1] - 2436:8
**God** [1] - 2502:14
**GODWIN** [3] - 2440:19, 2440:20, 2441:3
**gold** [1] - 2513:17
**government** [2] - 2578:14, 2582:2
**government's** [1] - 2559:23
**governors'** [1] - 2458:23
**grade** [1] - 2507:8
**graduate** [1] - 2504:3
**grains** [5] - 2489:11, 2498:1, 2498:6, 2511:1, 2511:2
**GRAND** [1] - 2440:16
**Grant** [1] - 2587:10
**GRANT** [1] - 2440:15
**graph** [17] - 2515:2,

2528:10, 2528:18, 2540:25, 2541:1, 2541:3, 2542:11, 2542:19, 2543:9, 2560:1, 2565:22, 2568:16, 2595:9, 2595:12, 2605:5, 2615:6
**graphs** [5] - 2493:11, 2540:23, 2541:25, 2550:4, 2625:5
**grateful** [1] - 2609:15
**gray** [1] - 2511:1
**great** [2] - 2481:18, 2564:5
**greater** [6] - 2529:25, 2564:25, 2580:21, 2597:20, 2608:10, 2608:19
**Greek** [1] - 2465:1
**green** [8] - 2515:6, 2525:5, 2525:10, 2544:18, 2544:24, 2545:14, 2593:20, 2596:1
**GREENWALD** [1] - 2437:7
**Griffiths** [2] - 2564:14, 2618:23
**Griffiths'** [3] - 2564:16, 2618:21, 2618:25
**Gringarten** [74] - 2501:25, 2502:21, 2502:23, 2503:5, 2503:13, 2506:25, 2507:25, 2508:21, 2508:25, 2509:12, 2510:11, 2511:14, 2513:14, 2516:7, 2518:24, 2519:9, 2521:8, 2521:12, 2521:13, 2523:7, 2524:9, 2527:13, 2528:24, 2530:8, 2530:21, 2531:3, 2531:15, 2531:25, 2532:18, 2533:2, 2533:18, 2534:17, 2535:9, 2535:23, 2537:4, 2537:18, 2540:22, 2543:6, 2544:10, 2545:8, 2546:13, 2548:5, 2549:15, 2550:7, 2550:12, 2551:2, 2551:7, 2562:11, 2563:18, 2564:8, 2564:11, 2564:19, 2576:16, 2576:24,

2577:3, 2577:8, 2578:6, 2579:20, 2585:23, 2587:1, 2587:19, 2593:2, 2607:11, 2613:23, 2614:4, 2614:17, 2615:6, 2616:14, 2618:7, 2619:11, 2620:1, 2621:21, 2624:20, 2625:16
**GRINGARTEN** [1] - 2502:16
**Gringarten's** [8] - 2509:6, 2523:13, 2543:10, 2546:20, 2547:18, 2614:13, 2618:18, 2619:2
**GRINGARTEN..........**
**.......................** [1] - 2442:8
**gross** [1] - 2481:15
**grossly** [3] - 2451:5, 2451:9, 2453:5
**ground** [3] - 2552:4, 2552:14, 2572:9
**group** [1] - 2464:13
**guess** [7] - 2457:10, 2473:16, 2485:20, 2525:4, 2572:1, 2574:8
**GULF** [1] - 2436:5
**Gulf** [13] - 2459:24, 2460:2, 2460:8, 2460:14, 2460:19, 2460:22, 2461:1, 2461:17, 2461:19, 2470:24, 2491:21, 2492:8, 2494:2
**GWENDOLYN** [1] - 2441:4

# H

**half** [2] - 2514:8, 2551:11
**hall** [1] - 2501:25
**Halliburton** [1] - 2531:6
**HALLIBURTON** [1] - 2440:18
**hand** [19] - 2480:19, 2482:1, 2502:12, 2511:4, 2511:9, 2518:6, 2518:7, 2533:19, 2534:6, 2534:9, 2540:25, 2541:3, 2542:3, 2542:5, 2542:11, 2542:14, 2606:21

**Handbook** [1] - 2464:12
**handling** [1] - 2498:13
**HARIKLIA** [1] - 2439:10
**HARVEY** [1] - 2438:22
**HAYCRAFT** [1] - 2439:5
**HB406** [1] - 2441:18
**head** [1] - 2479:20
**heading** [1] - 2496:24
**hear** [1] - 2462:1
**HEARD** [1] - 2436:15
**heard** [7] - 2473:8, 2512:10, 2564:14, 2571:5, 2587:14, 2587:15, 2598:25
**hearing** [1] - 2508:6
**height** [2] - 2580:20, 2585:22
**help** [6] - 2445:17, 2446:24, 2502:14, 2529:9, 2534:25, 2546:25
**helpful** [3] - 2531:21, 2547:1, 2628:8
**hereby** [1] - 2629:6
**HERMAN** [3] - 2436:19, 2436:19
**hesitation** [1] - 2483:5
**Hi** [1] - 2471:23
**high** [16] - 2475:14, 2479:9, 2498:3, 2509:12, 2518:3, 2518:8, 2525:12, 2537:16, 2598:22, 2598:24, 2599:10, 2599:17, 2601:11, 2603:19, 2606:13, 2610:22
**higher** [40] - 2451:13, 2454:19, 2455:17, 2467:1, 2471:5, 2490:13, 2490:15, 2518:12, 2518:13, 2518:14, 2518:17, 2529:22, 2530:9, 2544:22, 2545:24, 2546:11, 2557:19, 2558:6, 2558:7, 2563:22, 2563:23, 2564:1, 2564:2, 2564:4, 2565:6, 2565:8, 2570:6, 2570:17, 2579:6, 2601:24, 2621:22, 2621:23, 2622:1, 2622:2, 2622:4, 2622:7, 2622:8, 2622:10, 2624:17

**highest** [3] - 2575:17, 2575:22, 2576:5
**highlight** [6] - 2473:10, 2473:13, 2478:4, 2478:5, 2499:7, 2500:16
**highlighted** [2] - 2472:23, 2483:15
**highlighting** [2] - 2577:12, 2593:6
**highly** [2] - 2499:22, 2595:4
**Himmelhoch** [2] - 2551:4, 2619:7
**HIMMELHOCH** [47] - 2438:23, 2444:18, 2497:18, 2522:24, 2523:4, 2523:10, 2523:23, 2528:9, 2528:20, 2531:17, 2534:4, 2534:14, 2535:5, 2543:7, 2543:16, 2546:18, 2547:2, 2547:15, 2547:25, 2551:3, 2551:6, 2562:15, 2566:23, 2567:1, 2577:1, 2577:6, 2577:7, 2577:24, 2578:2, 2578:5, 2579:12, 2579:16, 2579:19, 2611:2, 2611:6, 2612:19, 2613:18, 2614:12, 2614:23, 2618:14, 2618:20, 2619:4, 2619:9, 2623:25, 2627:20, 2628:4, 2628:15
**HIMMELHOCH..........**
**.......** [1] - 2442:11
**hired** [3] - 2505:13, 2505:15, 2506:7
**historical** [4] - 2534:10, 2535:10, 2537:1, 2540:10
**histories** [5] - 2540:7, 2540:9, 2540:14, 2545:4, 2555:5
**history** [27] - 2488:23, 2523:24, 2533:5, 2533:19, 2533:24, 2537:2, 2537:6, 2538:10, 2538:12, 2538:13, 2538:15, 2538:23, 2538:25, 2539:1, 2539:19, 2539:21, 2539:22, 2540:16, 2545:5, 2551:20, 2551:24,

2554:10, 2554:13, 2555:25, 2558:11, 2558:15

**hit** [1] - 2570:17

**hold** [1] - 2581:19

**HOLDINGS** [1] - 2440:3

**hole** [1] - 2558:24

**honestly** [4] - 2473:8, 2475:10, 2475:15, 2499:24

**Honor** [60] - 2444:11, 2444:18, 2458:3, 2458:6, 2459:3, 2459:6, 2465:3, 2465:5, 2474:7, 2474:15, 2474:18, 2477:14, 2480:14, 2480:17, 2486:18, 2490:25, 2491:5, 2495:12, 2496:12, 2497:2, 2497:20, 2501:17, 2501:20, 2501:24, 2502:8, 2503:1, 2508:20, 2509:6, 2522:24, 2523:10, 2523:13, 2523:23, 2524:13, 2528:9, 2528:20, 2531:17, 2531:20, 2534:4, 2534:15, 2535:5, 2543:7, 2543:16, 2546:18, 2547:2, 2547:11, 2547:18, 2548:1, 2549:25, 2551:3, 2566:20, 2576:23, 2577:6, 2578:21, 2579:12, 2579:17, 2610:24, 2611:2, 2613:21, 2615:1, 2627:20

**honor** [2] - 2501:8, 2582:9

**HONORABLE** [1] - 2436:15

**honors** [1] - 2589:9

**HOPE** [1] - 2439:15

**hope** [1] - 2494:19

**hopefully** [2] - 2445:17, 2549:4

**Horizon** [1] - 2578:8

**HORIZON** [1] - 2436:4

**horizontal** [13] - 2452:21, 2452:24, 2453:8, 2454:20, 2455:5, 2455:8, 2455:18, 2476:8, 2476:17, 2478:23, 2479:18, 2513:17,

2606:21

**horizontally** [3] - 2452:19, 2590:8, 2590:9

**Horner** [9] - 2522:8, 2522:15, 2522:18, 2522:21, 2524:9, 2524:17, 2541:15, 2541:20, 2595:4

**hours** [11] - 2514:17, 2590:22, 2591:14, 2591:16, 2591:22, 2591:23, 2600:19, 2602:8, 2602:20, 2617:2

**housekeeping** [1] - 2444:12

**HOUSTON** [2] - 2440:11, 2441:5

**Hubble** [2] - 2535:1, 2535:2

**hundred** [3] - 2580:21, 2587:10, 2599:9

**hundreds** [1] - 2521:5

**hydrocarbon** [1] - 2487:14

**hydrostatic** [10] - 2449:4, 2449:6, 2451:4, 2454:17, 2454:21, 2454:23, 2454:25, 2455:16, 2455:20, 2466:13

**hypothesized** [1] - 2477:1

---

# I

**i.e** [1] - 2455:17

**idea** [3] - 2455:24, 2554:21, 2571:25

**ideally** [1] - 2453:24

**identified** [1] - 2597:22

**identify** [2] - 2523:1, 2525:16

**ignore** [2] - 2493:1, 2623:21

**IL** [1] - 2439:12

**illustrate** [2] - 2516:13, 2546:25

**illustrated** [1] - 2524:13

**illustration** [1] - 2569:11

**illustrative** [1] - 2535:3

**image** [2] - 2534:16, 2535:8

**imagine** [2] - 2470:17,

2520:9

**impact** [6] - 2478:15, 2484:22, 2548:8, 2548:9, 2608:14, 2608:19

**impeachment** [3] - 2465:3, 2465:6

**impediment** [4] - 2537:11, 2537:14, 2537:17, 2538:1

**impediments** [5] - 2537:7, 2537:19, 2540:11, 2540:16, 2542:22

**Imperial** [16] - 2458:24, 2462:22, 2463:1, 2463:6, 2463:8, 2463:24, 2464:6, 2503:22, 2503:23, 2504:7, 2504:19, 2504:21, 2587:2, 2587:5, 2587:9, 2587:20

**implication** [1] - 2494:3

**implied** [1] - 2566:5

**implies** [4] - 2491:15, 2523:25, 2567:14, 2568:3

**imply** [2] - 2477:24, 2568:5

**importance** [2] - 2481:19, 2514:18

**important** [10] - 2453:21, 2483:24, 2484:13, 2488:23, 2558:21, 2591:20, 2593:13, 2593:16, 2601:15, 2610:25

**imprecise** [1] - 2595:4

**improper** [3] - 2499:20, 2522:25, 2624:14

**improvements** [1] - 2523:16

**IN** [3] - 2436:4, 2436:5, 2436:7

**inappropriate** [3] - 2581:4, 2582:17, 2618:23

**INC** [5] - 2436:12, 2439:3, 2440:4, 2440:5, 2440:19

**inch** [4] - 2467:15, 2467:16, 2483:4, 2483:17

**inches** [2] - 2482:24, 2483:8

**incident** [7] - 2515:15, 2531:10, 2537:1,

2540:17, 2548:19, 2621:16, 2624:21

**incidental** [1] - 2584:24

**include** [3] - 2466:12, 2491:20, 2505:17

**included** [2] - 2478:4, 2488:3

**includes** [2] - 2531:18, 2616:8

**including** [8] - 2491:21, 2506:14, 2545:4, 2600:2, 2611:12, 2616:10, 2616:13, 2618:3

**income** [1] - 2512:20

**incorporated** [1] - 2508:18

**incorrect** [1] - 2462:25

**increase** [9] - 2456:6, 2473:21, 2474:3, 2475:1, 2475:6, 2475:11, 2564:4, 2564:23, 2605:4

**increased** [1] - 2472:17

**increases** [5] - 2450:14, 2490:7, 2490:8, 2490:9, 2490:10

**increasing** [1] - 2530:17

**independent** [4] - 2532:8, 2548:14, 2578:14, 2585:12

**independently** [1] - 2572:4

**indicate** [1] - 2547:2

**indicated** [10] - 2457:2, 2478:20, 2499:17, 2530:9, 2542:25, 2546:2, 2563:5, 2590:21, 2591:1, 2603:17

**indicates** [1] - 2472:7

**indicating** [1] - 2482:9

**indication** [1] - 2447:1

**individual** [1] - 2604:12

**individually** [1] - 2608:9

**individuals** [1] - 2588:6

**induces** [1] - 2446:2

**indulge** [1] - 2605:2

**industry** [25] - 2459:16, 2459:22, 2504:4, 2504:6, 2504:22, 2504:24, 2505:8, 2505:23,

2506:8, 2508:16, 2511:14, 2519:11, 2521:4, 2522:19, 2529:19, 2529:24, 2530:15, 2531:3, 2534:6, 2535:24, 2536:20, 2550:14, 2550:21, 2550:25, 2615:13

**inexpensively** [2] - 2470:16, 2470:17

**infer** [1] - 2623:22

**inference** [5] - 2462:25, 2580:3, 2608:6, 2608:7, 2608:22

**influence** [5] - 2607:22, 2608:10, 2609:7, 2609:9, 2620:8

**information** [36] - 2446:11, 2447:3, 2456:5, 2465:15, 2468:4, 2469:19, 2470:7, 2470:9, 2470:12, 2471:12, 2485:18, 2493:23, 2505:3, 2508:12, 2515:7, 2515:14, 2515:18, 2516:17, 2525:24, 2526:11, 2534:18, 2534:22, 2534:23, 2535:25, 2536:17, 2536:23, 2538:11, 2540:10, 2540:15, 2559:10, 2568:1, 2575:1, 2575:2, 2575:12, 2586:7, 2588:3

**inherent** [2] - 2499:16, 2499:18

**initial** [20] - 2494:25, 2498:16, 2499:12, 2499:13, 2533:15, 2561:14, 2561:23, 2591:5, 2591:10, 2600:13, 2602:10, 2602:23, 2602:25, 2603:4, 2603:5, 2603:6, 2621:4, 2622:9, 2624:8

**initiated** [1] - 2476:9

**input** [11] - 2540:6, 2547:4, 2548:6, 2577:14, 2579:24, 2579:25, 2580:1, 2584:9, 2584:11, 2616:7, 2620:17

**inputs** [1] - 2582:19

inquire [3] - 2577:3, 2579:5, 2579:21
inquiring [1] - 2618:15
inquiry [1] - 2618:19
inserted [1] - 2513:22
insertion [1] - 2559:12
Insertion [1] - 2559:12
inside [1] - 2445:24
insight [1] - 2472:12
inspection [1] - 2482:6
instance [8] - 2512:19, 2526:4, 2526:22, 2530:3, 2542:8, 2557:5, 2583:5, 2598:4
instances [1] - 2535:24
instead [2] - 2600:20, 2624:8
insulted [1] - 2607:13
integrated [1] - 2540:4
integrity [1] - 2491:8
intend [1] - 2627:22
intended [2] - 2486:5, 2487:7
intention [1] - 2487:25
Intercomp [2] - 2504:19, 2506:9
interested [2] - 2450:25, 2453:2
INTERESTS [1] - 2437:21
internal [7] - 2610:5, 2611:13, 2612:11, 2612:22, 2613:10, 2613:25, 2614:17
interpolation [6] - 2505:25, 2526:20, 2562:24, 2564:13, 2564:21, 2623:16
interpret [7] - 2455:21, 2471:10, 2472:10, 2475:5, 2501:10, 2520:22, 2615:13
Interpret [1] - 2506:22
interpretation [21] - 2471:8, 2471:9, 2471:13, 2471:16, 2500:9, 2501:4, 2507:20, 2508:19, 2519:13, 2519:15, 2519:22, 2522:1, 2550:4, 2573:3, 2573:7, 2573:15, 2573:19, 2573:20, 2573:24, 2574:5, 2601:23
interpreted [1] -

2506:6
interpreter [1] - 2521:25
interpreting [5] - 2506:3, 2506:14, 2507:8, 2507:13, 2576:25
interrupt [2] - 2496:5, 2511:18
interrupted [1] - 2591:23
intrinsic [1] - 2469:4
introduces [1] - 2595:6
invalidate [1] - 2469:5
inverse [1] - 2448:3
inversely [1] - 2590:2
investigated [3] - 2514:10, 2514:21, 2572:15
investigation [7] - 2600:21, 2600:22, 2601:1, 2617:6, 2617:11, 2617:23, 2618:2
involved [8] - 2459:15, 2459:18, 2459:21, 2462:7, 2462:12, 2470:18, 2496:10, 2512:11
IRPINO [2] - 2437:10, 2437:11
irrelevant [3] - 2480:18, 2480:21, 2534:6
Isabela [15] - 2472:1, 2476:12, 2477:7, 2477:18, 2477:19, 2477:21, 2477:25, 2478:5, 2478:10, 2480:10, 2485:3, 2485:10, 2491:21, 2492:12, 2493:6
isolate [1] - 2602:16
isotropic [3] - 2452:7, 2452:10, 2453:25
isotropy [2] - 2451:16, 2452:3
issue [18] - 2452:15, 2455:1, 2457:19, 2468:23, 2468:24, 2469:7, 2475:25, 2476:15, 2484:12, 2495:17, 2495:21, 2495:22, 2495:23, 2527:12, 2547:8
issued [1] - 2568:21
issues [2] - 2480:18, 2504:24

iterations [2] - 2535:20, 2556:5
itself [2] - 2469:4, 2492:14


J

JACKSON [1] - 2437:19
Jaime [1] - 2444:15
JAMES [2] - 2436:23, 2438:4
JENNY [1] - 2440:20
Jessica [1] - 2477:16
job [2] - 2464:5, 2464:8
Johnson [9] - 2544:3, 2551:20, 2554:5, 2554:19, 2571:18, 2588:3, 2620:16, 2620:23, 2627:13
Johnson's [3] - 2571:22, 2572:10, 2572:19
joining [2] - 2504:19, 2504:21
JOSEPH [1] - 2439:19
JR [1] - 2440:21
judge [3] - 2592:1, 2598:25, 2599:20
Judge [19] - 2503:5, 2505:12, 2506:12, 2507:2, 2508:8, 2509:23, 2510:22, 2512:10, 2516:16, 2518:23, 2520:3, 2522:6, 2527:4, 2533:23, 2535:23, 2543:20, 2546:14, 2548:21, 2600:8
JUDGE [1] - 2436:15
judging [1] - 2495:24
JUDY [1] - 2438:22
July [16] - 2456:17, 2471:22, 2476:21, 2477:5, 2477:6, 2477:16, 2491:17, 2499:10, 2527:6, 2538:5, 2542:21, 2566:7, 2586:11, 2610:6
jump [1] - 2493:2
jumped [1] - 2621:18
JUSTICE [2] - 2438:13, 2438:17
justification [1] - 2492:22
justified [1] - 2491:14
justify [1] - 2457:3

K

KANNER [2] - 2438:8, 2438:9
KARIS [1] - 2439:10
KATZ [2] - 2436:19, 2440:15
keep [4] - 2497:12, 2513:25, 2600:14, 2619:8
keeps [1] - 2516:11
Kelkar [4] - 2547:11, 2614:7, 2614:9, 2618:16
Kelly [5] - 2471:23, 2477:17, 2500:17, 2500:19, 2501:3
kerosene [3] - 2487:18, 2488:20, 2488:22
KERRY [1] - 2440:6
key [2] - 2480:22, 2511:12
Kill [1] - 2562:25
killing [1] - 2527:8
kind [7] - 2459:8, 2519:12, 2521:5, 2523:18, 2526:2, 2615:11, 2616:19
kinds [1] - 2525:19
KIRBY [1] - 2441:13
KIRKLAND [3] - 2439:9, 2439:14, 2439:18
knowing [1] - 2611:22
knowledge [3] - 2471:12, 2485:6, 2612:16
known [10] - 2447:6, 2447:24, 2448:7, 2449:9, 2450:4, 2450:7, 2512:3, 2531:9, 2531:10, 2532:2
knows [1] - 2578:23
KRAUS [1] - 2438:9
KUCHLER [2] - 2441:8, 2441:9
Kurtz [1] - 2477:16
KY [1] - 2441:13


L

LA [11] - 2436:5, 2436:20, 2436:24, 2437:12, 2437:15, 2438:6, 2438:10, 2439:7, 2440:7,

2441:10, 2441:19
lab [2] - 2475:20, 2479:21
Lab [1] - 2479:16
labeled [3] - 2564:7, 2564:11, 2597:15
Laboratories [1] - 2445:8
laboratory [21] - 2452:22, 2462:10, 2462:22, 2463:13, 2463:20, 2463:23, 2464:1, 2465:20, 2466:2, 2476:3, 2476:7, 2479:11, 2480:25, 2485:10, 2486:2, 2486:14, 2486:25, 2487:3, 2489:23, 2490:1, 2500:1
labs [1] - 2497:15
lack [7] - 2474:7, 2494:6, 2610:24, 2610:25, 2612:15, 2614:23, 2614:25
LAFAYETTE [1] - 2436:24
Lake [1] - 2464:2
LAKE [1] - 2437:15
LAMAR [1] - 2441:4
laminations [4] - 2482:2, 2482:8, 2482:16, 2482:21
landed [1] - 2557:15
LANGAN [1] - 2439:9
large [4] - 2457:11, 2462:7, 2514:10, 2601:5
larger [9] - 2451:6, 2456:12, 2457:17, 2493:12, 2495:5, 2514:20, 2514:22, 2605:3, 2608:14
largest [2] - 2607:22, 2626:14
Larsen [4] - 2522:23, 2523:2, 2523:4, 2524:1
Larsen's [1] - 2531:19
LASALLE [1] - 2439:12
last [23] - 2450:6, 2463:18, 2499:4, 2499:7, 2499:8, 2506:9, 2508:5, 2516:5, 2536:4, 2541:21, 2551:10, 2563:15, 2569:9, 2569:16, 2571:3, 2571:6, 2579:8,

2611:18, 2611:19,
2618:3, 2625:16,
2627:8
**late** [1] - 2524:21
**lateral** [1] - 2527:20
**latest** [1] - 2628:3
**LAW** [1] - 2437:10
**law** [10] - 2511:20,
2512:6, 2512:8,
2512:10, 2512:13,
2512:17, 2512:20,
2512:21
**Layer** [9] - 2607:19,
2607:21, 2608:12,
2608:15, 2608:19,
2608:21, 2609:11,
2609:17, 2609:22
**layer** [7] - 2593:3,
2593:9, 2596:12,
2608:9, 2608:13,
2609:3, 2609:6
**layering** [1] - 2482:6
**layers** [10] - 2478:22,
2479:20, 2482:10,
2607:15, 2608:5,
2609:2, 2609:10,
2609:12, 2609:18
**layman** [1] - 2495:6
**layman's** [1] - 2482:5
**lead** [2] - 2457:24,
2485:19
**leadership** [1] -
2503:24
**Leading** [1] - 2614:23
**leads** [2] - 2457:7,
2592:18
**learned** [2] - 2488:14,
2619:9
**LEASING** [1] - 2436:8
**least** [5] - 2482:16,
2528:1, 2587:8,
2593:9, 2595:6
**lecturer** [1] - 2458:23
**led** [4] - 2467:1,
2467:9, 2467:12,
2475:11
**left** [13] - 2446:25,
2478:18, 2505:9,
2511:4, 2511:9,
2518:6, 2533:19,
2534:9, 2540:25,
2541:3, 2542:3,
2542:5, 2613:23
**left-hand** [9] - 2511:4,
2511:9, 2518:6,
2533:19, 2534:9,
2540:25, 2541:3,
2542:3, 2542:5
**legacy** [1] - 2551:1
**legends** [2] - 2550:13,

2550:21
**length** [16] - 2446:10,
2467:16, 2482:25,
2483:4, 2483:8,
2483:21, 2483:23,
2484:12, 2484:18,
2484:21, 2484:24,
2485:13, 2590:12,
2590:14, 2605:17
**length-to-diameter** [6]
- 2483:23, 2484:12,
2484:18, 2484:21,
2484:24, 2485:13
**less** [17] - 2455:21,
2466:9, 2466:14,
2479:5, 2479:22,
2511:5, 2514:1,
2520:23, 2520:24,
2542:9, 2549:11,
2549:13, 2550:22,
2563:12, 2601:20,
2609:24
**lesson** [1] - 2619:9
**level** [9] - 2467:9,
2467:10, 2498:3,
2509:12, 2509:17,
2529:3, 2606:6,
2622:13, 2622:14
**levels** [2] - 2482:9,
2600:10
**LEVIN** [1] - 2437:3
**Levitan** [6] - 2574:11,
2574:13, 2574:21,
2574:25, 2575:9,
2575:11
**LEWIS** [3] - 2439:4,
2440:19, 2441:3
**LI** [1] - 2440:14
**licensed** [2] - 2459:11,
2459:12
**likely** [14] - 2476:22,
2491:11, 2492:17,
2500:4, 2529:17,
2544:7, 2544:9,
2544:11, 2544:25,
2545:4, 2605:19,
2609:20, 2622:19
**limit** [2] - 2616:8,
2616:22
**limitations** [2] -
2616:18, 2616:22
**limited** [1] - 2605:17
**limits** [1] - 2601:25
**line** [43] - 2451:5,
2474:19, 2480:18,
2520:2, 2520:16,
2528:7, 2529:1,
2541:15, 2562:5,
2562:24, 2563:18,
2563:20, 2564:7,

2564:8, 2564:11,
2564:12, 2564:19,
2564:20, 2564:22,
2564:25, 2566:24,
2566:25, 2576:24,
2593:20, 2594:9,
2595:17, 2596:1,
2604:2, 2604:3,
2606:19, 2606:22,
2611:18, 2611:19,
2612:2, 2614:2,
2614:25, 2618:19,
2623:23
**linear** [1] - 2590:3
**lined** [1] - 2627:4
**lines** [4] - 2461:13,
2461:15, 2463:10,
2464:16
**linked** [1] - 2511:19
**liquid** [2] - 2446:13,
2487:17
**LISKOW** [1] - 2439:4
**list** [1] - 2627:14
**listed** [1] - 2491:16
**literature** [2] -
2479:13, 2479:15
**LLC** [1] - 2440:3
**located** [1] - 2513:22
**location** [1] - 2468:5
**log** [14] - 2465:25,
2468:1, 2468:4,
2468:7, 2524:14,
2524:15, 2524:24,
2541:6, 2606:13,
2613:3, 2613:5
**log-log** [3] - 2524:14,
2524:15, 2541:6
**logical** [1] - 2572:2
**logs** [2] - 2468:11,
2468:14
**London** [3] - 2463:8,
2587:3, 2587:9
**look** [50] - 2450:7,
2454:15, 2457:18,
2461:11, 2465:22,
2465:25, 2472:11,
2480:1, 2482:9,
2499:23, 2503:20,
2504:5, 2509:21,
2510:8, 2512:21,
2513:8, 2515:21,
2516:13, 2516:25,
2517:17, 2517:25,
2518:4, 2518:21,
2520:13, 2521:15,
2522:2, 2522:20,
2524:12, 2525:9,
2528:4, 2528:22,
2530:20, 2531:13,
2533:25, 2535:11,

2538:6, 2539:12,
2540:19, 2540:20,
2540:24, 2542:3,
2543:2, 2545:3,
2556:25, 2565:3,
2581:22, 2581:24,
2604:22, 2608:11,
2611:19
**looked** [17] - 2451:20,
2454:16, 2460:1,
2461:7, 2466:13,
2467:14, 2480:3,
2485:8, 2499:21,
2500:3, 2514:25,
2528:25, 2545:7,
2545:19, 2611:12,
2613:10, 2617:18
**looking** [17] - 2471:1,
2477:9, 2480:8,
2485:3, 2493:22,
2500:18, 2514:4,
2522:7, 2525:18,
2528:15, 2530:25,
2543:6, 2550:3,
2578:10, 2578:12,
2582:4, 2612:8
**lookout** [1] - 2454:9
**looks** [5] - 2464:11,
2468:11, 2474:23,
2530:4, 2537:9
**Loos** [1] - 2444:15
**loose** [1] - 2498:1
**LOS** [2] - 2439:16,
2440:16
**losing** [1] - 2472:19
**lost** [1] - 2583:4
**Louisiana** [2] -
2629:5, 2629:6
**LOUISIANA** [3] -
2436:1, 2438:3,
2438:4
**low** [4] - 2518:3,
2518:7, 2518:12,
2525:11
**Low** [1] - 2496:24
**Lower** [5] - 2607:19,
2607:21, 2608:12,
2608:19, 2608:24
**lower** [24] - 2450:5,
2450:11, 2450:22,
2451:10, 2471:24,
2485:11, 2518:14,
2518:17, 2529:1,
2533:19, 2542:3,
2542:5, 2570:16,
2577:12, 2579:6,
2583:23, 2600:9,
2601:19, 2621:18,
2621:21, 2621:24,
2622:9, 2622:10,

2622:11
**lowered** [1] - 2513:21
**lowest** [3] - 2609:11,
2609:18, 2609:22
**LP** [1] - 2441:8
**LUIS** [1] - 2440:14
**lunch** [2] - 2444:25,
2454:16
**LUNDY** [3] - 2437:14,
2437:14
**LUXENBERG** [1] -
2437:7
**lying** [1] - 2455:21

# M

**M56D** [5] - 2583:25,
2593:3, 2596:12,
2597:15, 2608:10
**M56E** [13] - 2607:19,
2607:21, 2608:9,
2608:10, 2608:12,
2608:15, 2608:19,
2608:21, 2608:24,
2608:25, 2609:11,
2609:17, 2609:22
**M56F** [2] - 2609:3,
2609:6
**Macondo** [46] -
2445:3, 2453:13,
2457:15, 2457:22,
2465:17, 2465:23,
2465:25, 2468:2,
2469:10, 2469:18,
2470:25, 2471:23,
2487:12, 2487:15,
2492:14, 2493:3,
2495:5, 2496:7,
2496:17, 2496:25,
2498:13, 2498:20,
2498:24, 2499:11,
2499:15, 2500:5,
2503:8, 2505:6,
2510:4, 2512:22,
2526:4, 2527:16,
2528:4, 2533:5,
2533:20, 2534:10,
2535:10, 2537:1,
2537:19, 2547:21,
2578:16, 2592:23,
2598:22, 2599:17,
2617:20, 2622:25
**Macondo-specific** [1]
- 2465:17
**MAGAZINE** [1] -
2437:11
**mail** [12] - 2456:19,
2469:17, 2471:22,
2472:14, 2474:23,
2476:15, 2477:16,

2499:8, 2499:9,
2500:16, 2500:18,
2500:25
**mails** [8] - 2477:13,
2491:17, 2491:18,
2491:19, 2491:20,
2492:19, 2501:7,
2501:9
**main** [6] - 2456:8,
2483:18, 2494:12,
2506:8, 2596:14,
2596:21
**managed** [1] - 2507:5
**manner** [1] - 2523:25
**map** [2] - 2538:6,
2539:13
**marked** [1] - 2562:12
**marketing** [1] - 2531:4
**Martin** [1] - 2503:1
**MARTIN** [1] - 2439:15
**MARTINEZ** [1] -
2440:20
**mass** [1] - 2512:14
**match** [30] - 2475:20,
2476:4, 2486:2,
2486:5, 2486:14,
2486:20, 2486:25,
2487:7, 2487:8,
2489:23, 2521:21,
2524:25, 2525:8,
2525:17, 2541:18,
2541:19, 2543:1,
2551:16, 2553:18,
2556:6, 2567:24,
2570:4, 2570:7,
2571:12, 2598:5,
2598:7, 2616:5,
2616:11
**matched** [2] -
2544:19, 2554:1
**matches** [1] - 2525:10
**matching** [3] -
2551:24, 2552:14,
2553:15
**material** [14] -
2446:15, 2448:1,
2452:4, 2452:7,
2452:10, 2512:11,
2512:13, 2512:14,
2512:19, 2547:13,
2548:20, 2549:7,
2589:10, 2589:12
**materials** [1] -
2491:16
**mathematical** [5] -
2448:3, 2508:9,
2526:14, 2534:5,
2534:8
**matter** [7] - 2444:12,
2453:22, 2488:15,

2534:6, 2591:24,
2623:6, 2629:9
**matters** [1] - 2627:19
**MATTHEW** [2] -
2437:14, 2439:11
**maximum** [1] -
2534:22
**MAZE** [1] - 2437:22
**McAughan** [3] -
2477:17, 2500:17,
2500:19
**MCCUTCHEN** [1] -
2441:12
**MDL-2179** [1] - 2436:4
**MDT** [52] - 2513:5,
2513:10, 2513:12,
2513:14, 2513:19,
2515:22, 2518:22,
2527:5, 2528:4,
2530:14, 2531:1,
2531:8, 2533:12,
2533:16, 2539:5,
2539:9, 2539:11,
2544:8, 2558:12,
2561:6, 2561:15,
2562:1, 2590:22,
2592:20, 2592:22,
2593:3, 2597:13,
2600:2, 2600:4,
2600:17, 2603:7,
2607:18, 2609:12,
2609:18, 2610:19,
2611:3, 2611:7,
2611:12, 2611:21,
2611:23, 2612:5,
2612:9, 2612:11,
2612:22, 2613:3,
2613:4, 2613:11,
2617:19, 2618:25,
2622:25, 2624:9,
2625:2
**mean** [19] - 2453:18,
2454:23, 2502:10,
2538:14, 2554:2,
2556:23, 2561:11,
2565:2, 2567:6,
2570:10, 2578:25,
2579:25, 2581:5,
2582:15, 2590:8,
2592:17, 2594:22,
2620:2, 2626:2
**meaning** [1] - 2464:25
**means** [10] - 2468:14,
2529:21, 2542:9,
2544:11, 2546:5,
2566:15, 2573:2,
2581:12, 2605:9,
2606:20
**measure** [13] -
2445:21, 2446:8,

2446:10, 2452:12,
2453:23, 2467:8,
2488:1, 2489:20,
2499:20, 2554:23,
2557:1, 2599:2,
2600:12
**measured** [38] -
2446:18, 2447:12,
2447:13, 2449:15,
2449:25, 2452:5,
2452:7, 2452:13,
2455:17, 2456:9,
2468:25, 2469:1,
2475:13, 2475:15,
2493:3, 2493:6,
2493:16, 2499:15,
2509:16, 2509:18,
2510:14, 2512:25,
2513:3, 2528:2,
2541:22, 2551:17,
2555:18, 2555:21,
2562:5, 2562:6,
2570:5, 2570:17,
2571:12, 2599:5,
2599:6, 2599:7,
2619:18, 2619:23
**measurement** [19] -
2461:17, 2469:5,
2484:14, 2486:7,
2487:10, 2529:7,
2532:6, 2537:7,
2561:25, 2562:2,
2565:13, 2593:3,
2594:13, 2595:17,
2622:24, 2623:12,
2623:17
**measurements** [47] -
2460:18, 2462:19,
2463:3, 2463:17,
2466:2, 2468:10,
2469:11, 2469:12,
2469:23, 2470:5,
2470:7, 2471:14,
2471:15, 2476:7,
2476:16, 2483:24,
2484:1, 2484:2,
2484:3, 2484:4,
2484:15, 2484:25,
2487:4, 2487:23,
2489:1, 2490:22,
2492:12, 2494:14,
2494:17, 2506:1,
2506:2, 2514:12,
2527:19, 2533:13,
2533:14, 2533:15,
2536:14, 2536:15,
2560:15, 2560:21,
2561:9, 2561:10,
2565:16, 2593:7,
2594:1, 2595:19,
2620:10

**measures** [2] -
2450:24, 2452:23
**measuring** [6] -
2452:23, 2454:25,
2462:8, 2476:8,
2593:17, 2623:13
**MECHANICAL** [1] -
2441:21
**mechanical** [2] -
2459:9, 2489:19
**mechanics** [19] -
2458:15, 2458:20,
2458:23, 2460:18,
2460:21, 2462:22,
2464:25, 2484:18,
2485:6, 2492:20,
2499:5, 2499:10,
2500:11, 2500:19,
2500:24
**Mechanics** [2] -
2477:19, 2481:21
**media** [1] - 2512:9
**median** [1] - 2529:17
**meeting** [2] - 2473:13,
2627:8
**member** [2] - 2458:14,
2616:10
**members** [2] -
2550:17, 2550:19
**memo** [1] - 2485:3
**memorandum** [2] -
2613:24, 2614:10
**mention** [4] - 2484:1,
2488:18, 2612:5,
2619:16
**mentioned** [35] -
2445:14, 2450:23,
2451:16, 2452:17,
2454:21, 2464:14,
2465:19, 2468:22,
2469:6, 2473:13,
2475:22, 2477:1,
2477:2, 2481:7,
2491:25, 2493:9,
2494:11, 2497:10,
2499:20, 2523:14,
2527:20, 2535:3,
2541:12, 2547:10,
2550:2, 2562:7,
2566:7, 2566:14,
2567:25, 2584:19,
2587:13, 2601:13,
2604:17, 2613:3,
2620:14
**mentions** [1] -
2488:21
**merely** [1] - 2489:16
**Merit** [2] - 2629:4,
2629:14
**MERIT** [1] - 2441:18

**Merrill** [3] - 2477:17,
2627:9, 2627:16
**metallic** [1] - 2445:23
**metamorphic** [1] -
2481:17
**method** [29] - 2483:16,
2488:12, 2488:14,
2507:16, 2508:9,
2508:10, 2510:5,
2519:24, 2522:21,
2522:22, 2523:2,
2523:8, 2523:18,
2524:10, 2530:13,
2531:16, 2533:21,
2549:6, 2549:16,
2549:21, 2559:13,
2573:6, 2602:1,
2612:12, 2613:13,
2613:14, 2620:10,
2624:2
**methodologies** [2] -
2524:3, 2622:15
**methodology** [12] -
2505:19, 2507:3,
2508:2, 2521:24,
2525:15, 2547:20,
2552:21, 2565:5,
2612:23, 2619:6
**methods** [10] - 2461:3,
2461:4, 2461:8,
2507:13, 2523:16,
2523:21, 2546:23,
2547:1, 2549:2,
2615:16
**MEXICO** [1] - 2436:5
**Mexico** [13] - 2459:24,
2460:2, 2460:8,
2460:14, 2460:19,
2460:22, 2461:1,
2461:17, 2461:19,
2470:24, 2491:21,
2492:8, 2494:2
**MICHAEL** [1] -
2440:13
**micro** [1] - 2510:25
**microsip** [2] - 2467:8,
2467:10
**microsips** [16] -
2449:22, 2450:18,
2451:2, 2451:14,
2457:3, 2457:14,
2457:20, 2457:23,
2476:22, 2491:7,
2492:16, 2583:13,
2583:17, 2584:6,
2625:20, 2626:15
**middle** [1] - 2447:4
**might** [17] - 2451:7,
2452:12, 2453:24,
2454:8, 2457:11,

2464:11, 2471:3,
2471:24, 2475:7,
2481:9, 2482:20,
2483:1, 2504:16,
2574:2, 2616:3
**Mike** [1] - 2574:11
**MILLER** [1] - 2440:6
**millidarcies** [18] -
2510:1, 2530:10,
2532:16, 2544:5,
2546:6, 2596:19,
2596:22, 2598:13,
2598:16, 2601:21,
2610:22, 2611:15,
2611:24, 2614:1,
2614:11, 2615:20
**millidarcy** [11] -
2529:18, 2529:21,
2530:1, 2530:12,
2597:7, 2599:5,
2599:6, 2599:10,
2612:14, 2613:1,
2613:16
**million** [16] - 2470:11,
2472:18, 2510:2,
2545:9, 2545:16,
2545:17, 2546:7,
2546:11, 2553:19,
2577:11, 2577:15,
2577:17, 2578:15,
2578:18, 2587:10,
2622:20
**mind** [3] - 2444:12,
2478:2, 2619:8
**mineral** [1] - 2449:11
**minimize** [2] -
2555:17, 2555:21
**minus** [2] - 2512:16,
2542:9
**minute** [1] - 2539:12
**minutes** [2] - 2478:3,
2508:7
**mischaracterizes** [1] -
2543:8
**mismatch** [3] -
2541:23, 2542:17,
2542:24
**missed** [1] - 2580:4
**missing** [4] - 2536:10,
2536:11, 2555:7,
2612:1
**Mississippi** [2] -
2460:7, 2460:14
**mistake** [1] - 2547:25
**mistaken** [1] - 2584:4
**MITCHELL** [1] -
2437:3
**mixture** [1] - 2487:5
**mmboe** [1] - 2473:21
**Mobility** [1] - 2610:16

**mobility** [9] - 2586:18,
2598:23, 2598:24,
2599:2, 2599:10,
2599:17, 2601:20,
2602:2, 2610:21
**model** [33] - 2521:20,
2521:21, 2522:12,
2525:17, 2541:17,
2541:18, 2541:21,
2541:23, 2542:18,
2543:1, 2566:8,
2567:24, 2573:4,
2573:8, 2573:10,
2573:15, 2573:19,
2573:20, 2573:24,
2574:6, 2603:3,
2603:20, 2603:23,
2603:25, 2604:10,
2604:13, 2604:17,
2604:18, 2604:20,
2606:7, 2606:23,
2606:24
**modelers** [2] - 2614:5,
2614:18
**modeling** [3] -
2456:18, 2543:2,
2614:21
**modern** [1] - 2522:21
**modify** [2] - 2493:2,
2582:2
**moduli** [2] - 2448:8,
2448:14
**modulus** [3] - 2448:3,
2448:16
**moisture** [1] - 2488:10
**Momber** [1] - 2627:13
**moment** [6] - 2528:14,
2562:10, 2578:17,
2583:11, 2585:7,
2594:6
**momentarily** [1] -
2520:13
**moments** [1] -
2565:19
**Monte** [6] - 2529:12,
2583:24, 2596:22,
2598:8, 2598:12,
2616:9
**Monte-Carlo** [3] -
2529:12, 2583:24,
2616:9
**MONTGOMERY** [1] -
2437:23
**MORGAN** [2] -
2437:17
**morning** [6] - 2627:4,
2627:11, 2628:1,
2628:5, 2628:6,
2628:9
**most** [28] - 2446:25,

2447:3, 2448:15,
2449:8, 2450:24,
2451:1, 2466:2,
2468:9, 2476:21,
2476:22, 2481:17,
2488:23, 2491:11,
2492:16, 2494:12,
2500:4, 2529:17,
2544:7, 2544:9,
2544:11, 2544:25,
2545:4, 2592:9,
2592:15, 2605:18,
2605:19, 2609:20,
2622:19
**motion** [1] - 2491:4
**move** [19] - 2475:17,
2489:22, 2490:25,
2491:14, 2531:24,
2535:8, 2552:20,
2557:21, 2559:22,
2562:14, 2567:20,
2568:6, 2571:9,
2571:15, 2575:4,
2575:14, 2583:10,
2585:22, 2589:23
**moving** [2] - 2465:10,
2578:2
**MR** [103] - 2442:6,
2442:7, 2442:9,
2442:10, 2442:12,
2444:11, 2444:14,
2444:24, 2458:2,
2458:8, 2459:3,
2459:4, 2459:6,
2459:7, 2465:3,
2465:5, 2465:9,
2474:7, 2474:10,
2474:15, 2474:22,
2480:9, 2480:14,
2480:16, 2480:17,
2480:21, 2480:24,
2486:17, 2486:23,
2490:25, 2491:5,
2491:6, 2495:12,
2495:13, 2496:12,
2496:15, 2497:2,
2497:4, 2497:6,
2497:7, 2497:10,
2497:13, 2497:19,
2501:16, 2501:20,
2501:24, 2502:8,
2502:23, 2503:1,
2503:4, 2504:20,
2508:20, 2508:24,
2509:6, 2509:11,
2523:1, 2523:6,
2523:12, 2524:6,
2524:8, 2527:3,
2528:13, 2528:21,
2530:7, 2531:20,
2531:23, 2534:7,

2534:21, 2535:2,
2535:7, 2543:11,
2543:19, 2546:21,
2547:10, 2547:17,
2548:4, 2549:25,
2550:6, 2551:2,
2566:20, 2576:23,
2578:21, 2579:3,
2579:5, 2610:24,
2612:15, 2613:21,
2613:22, 2614:16,
2614:25, 2615:5,
2618:17, 2619:1,
2619:10, 2624:2,
2624:6, 2626:25,
2627:6, 2627:9,
2627:18, 2627:25,
2628:8, 2628:12
**MS** [48] - 2437:19,
2442:11, 2444:18,
2497:18, 2522:24,
2523:4, 2523:10,
2523:23, 2528:9,
2528:20, 2531:17,
2534:4, 2534:14,
2535:5, 2543:7,
2543:16, 2546:18,
2547:2, 2547:15,
2547:25, 2551:3,
2551:6, 2562:15,
2566:23, 2567:1,
2577:1, 2577:6,
2577:7, 2577:24,
2578:2, 2578:5,
2579:12, 2579:16,
2579:19, 2611:2,
2611:6, 2612:19,
2613:18, 2614:12,
2614:23, 2618:14,
2618:20, 2619:4,
2619:9, 2623:25,
2627:20, 2628:4,
2628:15
**MSc** [1] - 2503:14
**mu** [1] - 2599:14
**mud** [1] - 2513:24
**multiphase** [3] -
2544:3, 2554:19,
2620:18
**multiple** [1] - 2523:16
**multiplication** [3] -
2553:13, 2553:14,
2554:20
**multiplied** [1] -
2501:15
**multiply** [1] - 2539:7
**multiplying** [1] -
2590:14
**MUNGER** [1] -
2440:13

**must** [5] - 2549:11,
2575:5, 2580:4,
2583:15
**mustard** [1] - 2512:4

# N

**N.W** [1] - 2439:20
**name** [8] - 2458:6,
2464:7, 2464:13,
2502:20, 2502:21,
2502:24, 2511:14,
2522:15
**namely** [1] - 2523:8
**narrow** [3] - 2573:21,
2573:24, 2574:6
**NATHANIEL** [1] -
2438:20
**National** [3] - 2578:8,
2578:13, 2578:19
**NATURAL** [1] -
2438:18
**natural** [1] - 2455:22
**nature** [2] - 2522:10,
2527:10
**near** [7] - 2457:20,
2513:22, 2563:2,
2602:10, 2602:20,
2602:25, 2603:2
**nearby** [3] - 2471:2,
2472:16, 2480:10
**necessarily** [1] -
2486:5
**necessary** [1] -
2460:10
**necessitate** [1] -
2624:18
**need** [17] - 2447:15,
2463:25, 2494:14,
2522:13, 2537:25,
2542:24, 2542:25,
2546:11, 2572:1,
2597:1, 2612:20,
2616:19, 2621:6,
2621:7, 2627:14,
2627:20
**needed** [1] - 2584:9
**needs** [7] - 2447:18,
2449:10, 2449:12,
2452:15, 2468:23,
2469:7, 2481:24
**negative** [2] -
2540:13, 2624:19
**neglecting** [1] -
2562:25
**Nesic** [1] - 2627:13
**never** [13] - 2459:13,
2459:15, 2459:18,
2459:21, 2460:17,

2460:21, 2462:2, 2465:10, 2500:1, 2536:4, 2556:23, 2557:11, 2568:21
**NEW** [9] - 2436:5, 2436:20, 2437:8, 2437:12, 2438:10, 2439:7, 2440:7, 2441:10, 2441:19
new [10] - 2472:16, 2473:19, 2476:22, 2477:6, 2477:8, 2477:21, 2491:2, 2491:10, 2494:25, 2556:22
**Newman** [2] - 2494:10, 2497:23
next [15] - 2447:1, 2478:4, 2478:5, 2492:2, 2492:11, 2493:10, 2501:23, 2501:24, 2508:7, 2512:22, 2513:9, 2537:10, 2539:14, 2604:9, 2612:2
nitrogen [2] - 2489:17, 2489:18
**NO** [3] - 2436:4, 2436:7, 2436:10
**Noble** [1] - 2473:11
noise [2] - 2593:16, 2607:5
noisiness [2] - 2521:6, 2615:16
none [2] - 2457:16, 2457:19
**NONJURY** [1] - 2436:14
nonlinear [3] - 2519:8, 2519:9, 2606:21
normal [10] - 2483:20, 2510:13, 2538:20, 2541:1, 2557:2, 2600:20, 2600:25, 2617:7, 2620:9, 2620:11
normally [5] - 2482:24, 2526:21, 2556:25, 2566:9, 2591:9
**NORTH** [1] - 2438:5
north/south [2] - 2455:9, 2455:10
note [1] - 2447:23
noted [2] - 2470:10, 2498:23
notes [1] - 2472:15
nothing [4] - 2457:2, 2457:8, 2492:25, 2502:13

number [40] - 2447:1, 2491:17, 2505:16, 2507:11, 2507:13, 2516:4, 2519:23, 2525:20, 2530:9, 2532:21, 2537:23, 2545:9, 2548:11, 2556:5, 2569:9, 2569:12, 2569:18, 2570:19, 2575:25, 2570:10, 2582:2, 2582:8, 2583:6, 2584:14, 2584:24, 2587:22, 2599:21, 2599:22, 2614:4, 2614:10, 2614:18, 2615:14, 2616:6, 2616:8, 2616:10, 2621:1, 2625:23, 2626:19, 2626:22
**Number** [2] - 2536:7, 2537:24
numbered [1] - 2629:9
numbers [24] - 2456:3, 2531:13, 2531:15, 2549:16, 2570:20, 2575:24, 2579:5, 2581:1, 2581:8, 2583:25, 2584:6, 2598:2, 2598:9, 2601:7, 2607:25, 2608:3, 2612:16, 2614:9, 2614:20, 2625:17, 2625:20, 2625:25, 2626:9
numerical [2] - 2448:10, 2450:22
numerous [1] - 2498:23
**Nur** [1] - 2450:8
nutshell [1] - 2526:18
**NW** [2] - 2439:23, 2441:14
**NY** [1] - 2437:8

# O

**O'CONNOR** [1] - 2439:19
**O'KEEFE** [1] - 2436:20
**O'ROURKE** [1] - 2438:19
oath [2] - 2444:22, 2502:18
obeying [1] - 2502:8
object [4] - 2566:20, 2576:23, 2578:21, 2612:15

objected [2] - 2524:2, 2534:12
objecting [2] - 2528:9, 2534:14
**Objection** [1] - 2618:14
objection [31] - 2444:19, 2459:3, 2465:8, 2474:7, 2474:9, 2474:13, 2474:19, 2486:17, 2522:24, 2524:5, 2531:17, 2531:22, 2534:4, 2534:19, 2535:6, 2543:7, 2543:13, 2546:18, 2547:16, 2548:3, 2567:5, 2567:8, 2579:13, 2579:14, 2604:10, 2610:24, 2611:5, 2612:18, 2614:12, 2614:23, 2623:25
objections [2] - 2444:17, 2508:23
objective [3] - 2506:18, 2517:21, 2573:9
obtain [8] - 2505:3, 2517:21, 2535:19, 2539:8, 2539:10, 2573:9, 2594:23, 2598:1
obtained [19] - 2450:19, 2450:21, 2468:1, 2468:9, 2480:12, 2533:1, 2533:12, 2533:15, 2539:4, 2542:15, 2542:23, 2544:8, 2552:6, 2556:8, 2561:6, 2571:16, 2597:8, 2622:21, 2624:9
obtaining [3] - 2474:4, 2508:11, 2594:2
obtains [1] - 2450:14
obvious [2] - 2482:5, 2525:14
obviously [7] - 2444:14, 2489:10, 2493:25, 2549:14, 2575:5, 2576:1, 2579:4
occasional [1] - 2468:12
occasions [1] - 2463:25
occur [1] - 2596:5
occurs [4] - 2452:18,

2478:18, 2479:17, 2481:3
**OCTOBER** [2] - 2436:5, 2444:2
**October** [3] - 2469:18, 2472:15, 2478:12
**OF** [10] - 2436:1, 2436:5, 2436:8, 2436:10, 2436:14, 2438:3, 2438:4, 2438:13, 2438:17
off-centered [3] - 2573:20, 2573:24, 2574:6
offer [2] - 2444:16, 2509:6
offered [3] - 2575:16, 2575:23, 2576:2
offering [1] - 2537:18
offers [1] - 2570:23
**OFFICE** [4] - 2436:24, 2437:21, 2438:6, 2438:15
**Official** [2] - 2629:5, 2629:14
**OFFICIAL** [1] - 2441:17
**OFFSHORE** [1] - 2440:4
often [3] - 2536:9, 2601:25, 2602:5
**Oil** [1] - 2578:8
**OIL** [2] - 2436:4, 2436:4
oil [56] - 2450:3, 2450:16, 2459:13, 2459:16, 2459:22, 2472:17, 2472:18, 2474:4, 2474:24, 2475:9, 2487:5, 2504:24, 2505:23, 2506:18, 2510:1, 2519:19, 2519:24, 2521:7, 2529:18, 2529:24, 2531:3, 2531:4, 2533:24, 2535:24, 2536:19, 2548:24, 2551:12, 2553:23, 2557:1, 2559:11, 2560:5, 2560:19, 2560:25, 2564:3, 2564:23, 2572:12, 2573:2, 2575:15, 2575:20, 2575:22, 2577:2, 2578:15, 2578:18, 2585:7, 2588:11, 2588:12, 2588:16, 2592:2, 2592:6, 2614:21, 2615:3,

2615:13, 2626:3, 2626:4, 2626:12, 2626:17
oil/water [1] - 2486:21
older [1] - 2523:18
**OLSON** [1] - 2440:13
**ON** [1] - 2436:5
once [8] - 2538:13, 2554:6, 2554:24, 2555:6, 2555:7, 2556:17, 2572:9, 2617:10
one [166] - 2444:12, 2446:3, 2446:8, 2446:9, 2446:14, 2447:18, 2448:4, 2448:10, 2448:13, 2448:15, 2448:16, 2448:20, 2448:21, 2449:4, 2449:10, 2449:11, 2449:15, 2449:21, 2449:23, 2450:9, 2450:12, 2450:14, 2452:2, 2452:7, 2452:9, 2452:22, 2453:15, 2453:18, 2453:21, 2453:23, 2454:2, 2454:3, 2454:7, 2454:24, 2455:15, 2455:22, 2456:2, 2458:19, 2461:3, 2462:16, 2462:18, 2463:19, 2464:1, 2464:2, 2464:11, 2464:13, 2464:23, 2466:9, 2466:14, 2470:9, 2471:15, 2472:6, 2472:10, 2475:11, 2475:23, 2476:14, 2477:13, 2478:9, 2480:5, 2482:6, 2482:16, 2482:21, 2483:11, 2484:4, 2489:11, 2489:16, 2489:17, 2489:19, 2491:2, 2492:2, 2492:11, 2493:10, 2493:14, 2493:21, 2494:5, 2494:12, 2494:13, 2494:18, 2495:19, 2495:23, 2495:24, 2497:4, 2497:24, 2498:3, 2498:5, 2499:4, 2499:20, 2499:23, 2500:16, 2501:6, 2508:2, 2509:15, 2510:17, 2516:6, 2519:2,

2523:8, 2523:21,
2524:6, 2525:4,
2525:10, 2525:11,
2529:20, 2533:24,
2536:7, 2537:8,
2537:9, 2537:23,
2537:24, 2538:2,
2538:17, 2538:21,
2539:16, 2539:17,
2542:13, 2542:16,
2544:6, 2544:25,
2545:15, 2546:6,
2547:10, 2547:11,
2549:12, 2550:13,
2550:20, 2553:13,
2555:24, 2556:12,
2557:23, 2558:10,
2558:14, 2561:4,
2561:6, 2570:22,
2573:14, 2573:17,
2579:6, 2579:8,
2580:21, 2581:20,
2582:8, 2582:9,
2587:9, 2598:11,
2600:9, 2605:3,
2605:14, 2605:15,
2605:16, 2605:18,
2605:23, 2606:13,
2606:18, 2607:10,
2618:3, 2620:15,
2621:14, 2621:18,
2621:21, 2626:22

**ONE** [1] - 2439:5
**ones** [5] - 2445:12,
2478:6, 2495:1,
2497:5, 2498:6
**onshore** [1] - 2462:12
**opened** [1] - 2618:18
**opening** [1] - 2451:15
**operate** [1] - 2464:15
**operating** [1] -
2506:13
**operational** [1] -
2497:22
**opine** [3] - 2618:20,
2618:24, 2619:5
**opinion** [14] - 2456:24,
2457:9, 2457:14,
2492:16, 2501:12,
2531:25, 2546:17,
2546:19, 2548:21,
2559:19, 2570:24,
2586:22, 2609:6,
2623:20
**opinions** [13] - 2445:2,
2446:22, 2456:10,
2456:21, 2491:2,
2492:6, 2509:21,
2509:23, 2510:3,
2537:19, 2547:6,

2574:10, 2624:4
**opposed** [5] - 2462:5,
2564:11, 2580:6,
2613:6, 2617:24
**opposing** [1] -
2568:16
**optimistic** [1] -
2627:12
**Option** [12] - 2545:20,
2552:22, 2552:25,
2553:18, 2553:19,
2554:8, 2554:10,
2554:13, 2619:21,
2619:22
**option** [1] - 2553:3
**options** [2] - 2546:2,
2552:22
**order** [14] - 2447:17,
2461:10, 2521:25,
2546:24, 2554:3,
2584:8, 2605:10,
2607:1, 2608:1,
2627:14, 2627:21,
2627:25, 2628:11,
2628:12
**ORDER** [1] - 2444:4
**orientation** [6] -
2475:18, 2475:19,
2475:20, 2476:5,
2476:12, 2480:4
**oriented** [3] - 2452:21,
2475:24, 2476:17
**origin** [1] - 2502:24
**original** [4] - 2585:6,
2588:11, 2588:12,
2588:16
**ORLEANS** [8] -
2436:5, 2436:20,
2437:12, 2438:10,
2439:7, 2440:7,
2441:10, 2441:19
**otherwise** [1] -
2526:10
**ought** [1] - 2579:15
**ourselves** [1] -
2627:21
**output** [1] - 2573:17
**outputs** [1] - 2540:5
**outside** [3] - 2471:13,
2532:23, 2580:8
**overall** [1] - 2609:7
**overlap** [2] - 2575:24,
2576:1
**overlaps** [1] - 2549:4
**overrule** [7] - 2474:9,
2491:4, 2543:13,
2548:2, 2579:14,
2611:5, 2612:18
**overruled** [5] -
2474:13, 2486:19,

2501:11, 2614:14,
2615:2
**overseas** [1] - 2464:1
**overview** [3] - 2504:5,
2510:8, 2531:21
**own** [5] - 2463:13,
2466:24, 2506:13,
2538:10, 2580:10

---

## P

**p.m** [3] - 2502:4,
2628:15, 2628:21
**P.O** [1] - 2438:23
**P0** [5] - 2597:16,
2597:18, 2598:12,
2615:19, 2616:1
**P10** [11] - 2529:24,
2530:2, 2530:10,
2545:2, 2576:12,
2576:13, 2580:7,
2580:9, 2580:12,
2580:13, 2580:16
**P35** [2] - 2544:23,
2545:2
**P50** [12] - 2529:19,
2530:2, 2544:7,
2544:21, 2545:2,
2545:5, 2545:10,
2545:24, 2546:5,
2580:6, 2580:19,
2584:2
**P90** [4] - 2529:20,
2529:21, 2530:2,
2580:6
**packers** [1] - 2617:9
**PAGE** [2] - 2442:3,
2442:17
**page** [15] - 2464:16,
2469:22, 2500:16,
2509:4, 2530:22,
2547:19, 2566:24,
2578:10, 2583:19,
2601:17, 2604:9,
2610:15, 2611:10,
2612:8, 2615:8
**Page** [4] - 2461:13,
2463:10, 2523:13,
2523:21
**panel** [2] - 2447:4,
2542:5
**PAPANTONIO** [1] -
2437:3
**paper** [8] - 2470:2,
2494:10, 2497:22,
2578:7, 2599:23,
2600:7, 2600:17,
2620:5
**papers** [3] - 2488:23,

2494:12, 2505:16
**paragraph** [4] -
2611:11, 2613:9,
2613:10
**parallel** [2] - 2479:17,
2481:2
**parameter** [8] -
2449:13, 2450:25,
2529:5, 2529:9,
2529:13, 2592:10,
2592:15, 2616:13
**parameters** [6] -
2449:10, 2532:21,
2583:2, 2598:3,
2598:4, 2606:8
**Pardon** [1] - 2465:4
**parentheses** [1] -
2597:15
**Paris** [4] - 2462:21,
2463:4, 2463:18,
2464:1
**part** [35] - 2448:18,
2453:11, 2456:15,
2462:3, 2468:11,
2470:2, 2477:7,
2477:10, 2494:3,
2494:24, 2505:5,
2507:4, 2516:8,
2517:16, 2517:17,
2517:19, 2517:22,
2519:7, 2521:24,
2522:3, 2533:3,
2533:10, 2533:11,
2541:10, 2541:13,
2542:19, 2558:4,
2560:18, 2560:24,
2563:1, 2566:6,
2594:5, 2605:9,
2610:3, 2625:6
**partially** [1] - 2453:15
**particular** [12] -
2448:2, 2450:7,
2451:9, 2451:18,
2467:3, 2467:8,
2484:13, 2541:7,
2548:18, 2598:2,
2605:13, 2619:5
**particularly** [2] -
2452:16, 2585:8
**partner** [1] - 2473:11
**parts** [1] - 2540:24
**passes** [2] - 2446:1,
2484:5
**past** [4] - 2486:10,
2512:6, 2550:14,
2550:19
**path** [1] - 2621:10
**paths** [2] - 2544:1,
2544:2
**patience** [1] - 2496:14

**PAUL** [1] - 2439:10
**pause** [1] - 2451:7
**peer** [2] - 2479:12,
2479:14
**peer-reviewed** [2] -
2479:12, 2479:14
**PENNSYLVANIA** [1] -
2439:23
**PENSACOLA** [1] -
2437:5
**penultimate** [1] -
2540:5
**people** [10] - 2453:9,
2471:11, 2477:3,
2494:4, 2498:10,
2507:18, 2507:23,
2536:3, 2550:24,
2571:25
**PEPPER** [1] - 2441:17
**Pepper** [3] - 2629:3,
2629:12, 2629:13
**per** [15] - 2447:9,
2447:10, 2545:13,
2546:1, 2546:9,
2553:1, 2568:10,
2569:16, 2570:2,
2570:16, 2599:10,
2601:21, 2621:15,
2625:9, 2625:12
**percent** [22] - 2466:9,
2466:14, 2470:5,
2473:14, 2473:18,
2473:20, 2474:5,
2474:6, 2475:1,
2475:2, 2490:23,
2495:8, 2520:25,
2521:2, 2529:21,
2529:25, 2564:6,
2564:24, 2565:1,
2597:19, 2625:11
**percentage** [1] -
2454:13
**perfect** [1] - 2556:6
**perform** [1] - 2582:7
**performed** [12] -
2445:10, 2445:11,
2460:17, 2460:21,
2462:2, 2462:6,
2462:15, 2462:17,
2581:16, 2582:10,
2603:9, 2610:2
**performing** [2] -
2462:5, 2574:22
**perhaps** [1] - 2451:7
**period** [21] - 2456:17,
2456:22, 2476:21,
2476:24, 2477:5,
2483:18, 2491:8,
2517:23, 2526:20,
2527:7, 2560:12,

2560:13, 2563:21, 2563:23, 2564:1, 2568:10, 2570:5, 2594:20, 2595:9, 2595:12, 2596:5

**permanently** [1] - 2502:10

**permeabilities** [7] - 2524:24, 2525:1, 2525:3, 2525:6, 2525:7, 2532:15, 2544:25

**Permeability** [1] - 2612:3

**permeability** [210] - 2454:4, 2454:12, 2505:3, 2509:16, 2509:17, 2509:25, 2510:4, 2510:6, 2510:13, 2510:15, 2510:18, 2510:20, 2510:23, 2511:6, 2511:11, 2511:12, 2511:15, 2511:19, 2511:22, 2512:24, 2513:2, 2514:11, 2514:13, 2514:23, 2515:19, 2515:23, 2516:18, 2517:9, 2517:18, 2517:19, 2517:22, 2518:1, 2518:4, 2518:7, 2518:8, 2518:11, 2518:12, 2518:13, 2518:14, 2518:17, 2518:24, 2519:11, 2519:19, 2520:12, 2520:14, 2521:8, 2522:23, 2524:11, 2524:23, 2525:11, 2525:12, 2525:21, 2528:7, 2529:2, 2529:3, 2529:10, 2529:22, 2529:24, 2530:9, 2530:14, 2530:15, 2530:18, 2531:5, 2531:9, 2531:11, 2531:13, 2532:2, 2532:3, 2532:4, 2532:7, 2532:8, 2532:11, 2532:13, 2532:20, 2532:25, 2533:4, 2533:12, 2533:17, 2537:24, 2539:3, 2539:4, 2539:9, 2539:10, 2539:22, 2541:8, 2541:10, 2541:14, 2541:16, 2544:5, 2544:7, 2544:22, 2544:24,

2545:5, 2545:10, 2545:24, 2545:25, 2546:11, 2548:8, 2548:14, 2558:9, 2558:11, 2565:4, 2565:6, 2565:7, 2570:6, 2572:22, 2572:24, 2574:4, 2576:12, 2576:14, 2580:2, 2580:6, 2580:7, 2580:9, 2580:12, 2580:13, 2580:19, 2583:12, 2584:5, 2584:22, 2584:23, 2586:18, 2588:22, 2588:24, 2589:7, 2589:8, 2589:16, 2589:20, 2590:1, 2590:5, 2590:6, 2590:11, 2590:18, 2590:20, 2592:3, 2592:5, 2592:9, 2592:12, 2592:15, 2592:19, 2594:19, 2594:23, 2596:12, 2596:18, 2597:5, 2597:9, 2597:19, 2598:16, 2598:21, 2599:2, 2599:5, 2599:6, 2599:13, 2601:12, 2601:20, 2601:24, 2603:20, 2603:23, 2603:25, 2604:5, 2604:17, 2605:11, 2605:13, 2606:11, 2606:18, 2606:25, 2607:16, 2607:22, 2608:13, 2608:14, 2608:18, 2608:20, 2608:21, 2609:12, 2609:18, 2610:1, 2610:5, 2610:22, 2610:25, 2611:14, 2611:24, 2612:3, 2612:12, 2612:13, 2612:23, 2612:25, 2613:5, 2613:6, 2613:14, 2613:15, 2614:1, 2614:9, 2614:20, 2615:14, 2615:19, 2616:1, 2616:5, 2616:6, 2616:8, 2616:13, 2617:19, 2622:19, 2625:2, 2626:17

**permeable** [1] - 2511:5

**perpendicular** [2] - 2478:19, 2481:4

**person** [2] - 2458:15,

2522:1

**personally** [3] - 2460:17, 2462:2, 2462:5

**personnel** [1] - 2478:12

**pertain** [1] - 2450:15

**pertinence** [1] - 2448:15

**pertinent** [2] - 2447:3, 2466:3

**PETITION** [1] - 2436:8

**PETOSA** [1] - 2437:18

**petro** [1] - 2465:1

**petrographic** [1] - 2480:2

**petroleum** [18] - 2458:13, 2458:16, 2458:17, 2458:18, 2458:21, 2458:24, 2458:25, 2459:2, 2467:20, 2503:21, 2504:1, 2508:16, 2508:21, 2511:14, 2512:7, 2519:11, 2550:13, 2550:21

**PETROLEUM** [1] - 2441:7

**Petroleum** [3] - 2458:14, 2503:25, 2550:16

**petrophysicist** [4] - 2464:4, 2464:7, 2464:22, 2482:4

**petrophysics** [6] - 2464:7, 2464:19, 2464:21, 2464:24, 2488:6, 2488:12, 2488:25

**Ph.D** [12] - 2444:20, 2462:3, 2462:7, 2462:13, 2462:16, 2462:18, 2463:5, 2463:6, 2463:19, 2488:6, 2488:12, 2488:25

**PH.D.**.......................... [1] - 2442:5

**phase** [2] - 2557:5, 2557:6

**PhD** [1] - 2503:14

**phenomenon** [1] - 2451:24

**phrased** [1] - 2523:25

**phrases** [1] - 2524:3

**physical** [2] - 2452:12, 2464:25

**physically** [1] - 2542:21

**physicist** [2] - 2464:9, 2464:10

**physics** [1] - 2464:15

**Physics** [2] - 2464:6, 2464:12

**PI** [1] - 2614:11

**pick** [3] - 2561:13, 2600:11, 2605:14

**picture** [2] - 2534:9, 2534:10

**pictures** [1] - 2518:3

**piece** [3] - 2453:24, 2456:8, 2456:11

**pieces** [1] - 2446:10

**pin** [2] - 2528:10, 2528:14

**pipes** [1] - 2617:9

**place** [6] - 2471:11, 2475:9, 2585:7, 2588:11, 2588:12, 2588:16

**placed** [1] - 2496:25

**places** [2] - 2453:24, 2461:8

**PLAINTIFFS** [1] - 2436:19

**plan** [2] - 2472:23, 2550:7

**plane** [4] - 2480:4, 2484:5, 2484:6, 2484:9

**planes** [4] - 2478:19, 2479:17, 2479:25, 2481:2

**planning** [1] - 2459:15

**plate** [1] - 2484:11

**play** [2] - 2585:3, 2585:4

**PLC** [1] - 2439:4

**plot** [45] - 2517:3, 2517:16, 2517:17, 2518:5, 2518:15, 2518:18, 2521:19, 2522:8, 2522:15, 2522:16, 2522:17, 2522:18, 2522:20, 2522:21, 2522:22, 2523:8, 2523:9, 2523:18, 2524:10, 2524:14, 2524:15, 2524:17, 2524:18, 2524:19, 2524:25, 2525:1, 2525:8, 2525:9, 2525:13, 2525:14, 2525:25, 2528:3, 2541:6, 2541:11, 2541:15, 2541:20, 2541:21, 2542:5, 2562:18, 2595:4, 2606:1, 2606:5, 2625:13

**plots** [6] - 2518:20,

2521:22, 2522:10, 2522:13, 2525:19, 2615:8

**plotted** [4] - 2518:21, 2520:20, 2524:16, 2595:19

**pluck** [1] - 2581:20

**plug** [1] - 2583:6

**plugging** [1] - 2582:8

**plus** [7] - 2455:12, 2526:9, 2624:17, 2626:4, 2626:11, 2626:12

**point** [45] - 2444:15, 2446:13, 2449:23, 2450:10, 2451:11, 2453:21, 2456:1, 2457:5, 2460:9, 2470:13, 2478:1, 2481:12, 2481:21, 2484:5, 2492:10, 2492:21, 2494:9, 2495:3, 2499:4, 2499:16, 2499:23, 2505:10, 2506:8, 2508:5, 2537:10, 2541:1, 2547:10, 2550:12, 2551:19, 2551:24, 2552:3, 2553:2, 2556:23, 2557:11, 2559:22, 2561:6, 2562:4, 2562:24, 2563:14, 2563:15, 2568:19, 2600:13, 2604:12, 2606:1, 2620:22

**pointed** [1] - 2499:19

**pointer** [1] - 2538:10

**points** [16] - 2457:19, 2471:1, 2508:11, 2521:18, 2550:1, 2553:6, 2553:22, 2562:21, 2562:25, 2594:8, 2594:11, 2594:13, 2595:16, 2598:8, 2605:14, 2607:4

**Poisson** [3] - 2449:12, 2449:14, 2449:16

**POLK** [1] - 2441:8

**Pooladi** [11] - 2532:14, 2532:18, 2532:19, 2573:23, 2574:5, 2574:8, 2581:14, 2581:16, 2582:5, 2583:6, 2618:16

**Pooladi-Darvish** [8] - 2532:14, 2532:18, 2532:19, 2574:8, 2581:14, 2581:16,

2582:5, 2618:16
**Pooladi-Darvish's** [3]
- 2573:23, 2574:5,
2583:6
**pore** [31] - 2448:25,
2449:2, 2449:4,
2449:5, 2449:6,
2449:7, 2454:19,
2460:24, 2461:16,
2462:8, 2462:18,
2466:3, 2484:25,
2486:7, 2486:9,
2487:4, 2487:10,
2488:10, 2488:19,
2488:24, 2489:1,
2489:8, 2489:9,
2489:15, 2489:20,
2490:9, 2492:1,
2492:3, 2500:4,
2511:1
**porosities** [2] -
2495:4, 2495:7
**porosity** [3] - 2481:14,
2495:5, 2586:20
**porous** [1] - 2512:8
**portion** [4] - 2491:1,
2526:1, 2600:23,
2601:8
**position** [3] - 2468:19,
2484:21, 2485:2
**positions** [1] -
2503:24
**possibilities** [3] -
2532:23, 2545:1,
2593:23
**possibility** [5] -
2481:11, 2544:17,
2556:15, 2566:10,
2594:3
**possible** [12] -
2456:10, 2476:2,
2476:10, 2480:5,
2482:20, 2525:3,
2529:13, 2545:4,
2554:22, 2575:6,
2596:8, 2628:11
**possibly** [2] - 2483:1,
2583:18
**post** [4] - 2612:3,
2623:23, 2624:10,
2624:11
**POST** [3] - 2436:24,
2438:6, 2438:15
**post-May** [3] -
2623:23, 2624:10,
2624:11
**postgraduate** [2] -
2504:3, 2505:9
**potential** [1] - 2616:18
**POYDRAS** [4] -

2439:6, 2440:7,
2441:10, 2441:18
**practical** [1] - 2498:9
**pre** [2] - 2562:4,
2623:22
**pre-May** [2] - 2562:4,
2623:22
**precautions** [1] -
2616:19
**preclude** [1] - 2472:24
**precluding** [2] -
2601:25, 2602:5
**predict** [1] - 2476:13
**prefer** [2] - 2485:5,
2520:22
**preferable** [3] -
2475:19, 2475:25,
2476:1
**preferred** [1] - 2620:9
**preparation** [4] -
2465:15, 2465:16,
2466:1, 2468:7
**prepare** [2] - 2508:25,
2610:5
**prepared** [2] -
2503:10, 2578:7
**preparing** [1] -
2436:23
**PRESCOTT** [1] -
2440:21
**present** [5] - 2482:8,
2550:19, 2564:10,
2564:18, 2584:25
**presentation** [2] -
2564:17, 2583:24
**presentations** [1] -
2521:22
**presented** [3] -
2522:9, 2530:14,
2621:1
**pressure** [211] -
2461:16, 2466:18,
2467:6, 2478:23,
2486:8, 2489:16,
2505:2, 2507:8,
2508:15, 2509:18,
2510:13, 2510:14,
2510:19, 2511:16,
2511:19, 2511:23,
2512:25, 2513:3,
2513:7, 2514:6,
2514:11, 2514:20,
2515:3, 2515:4,
2515:5, 2515:10,
2515:13, 2516:1,
2516:3, 2516:7,
2516:9, 2516:11,
2516:14, 2516:17,
2516:23, 2517:1,
2517:17, 2518:5,

2518:21, 2524:15,
2525:19, 2526:16,
2526:17, 2527:15,
2527:18, 2529:7,
2531:10, 2532:5,
2532:10, 2532:24,
2533:5, 2533:13,
2533:15, 2533:16,
2533:19, 2535:12,
2535:13, 2535:14,
2535:15, 2535:20,
2535:22, 2536:14,
2536:15, 2537:2,
2537:5, 2537:7,
2537:9, 2537:11,
2538:10, 2538:19,
2539:1, 2539:20,
2541:2, 2541:19,
2541:22, 2541:23,
2543:23, 2543:24,
2545:21, 2546:3,
2548:12, 2549:6,
2552:6, 2552:13,
2552:15, 2552:17,
2553:10, 2554:1,
2554:17, 2554:24,
2555:1, 2555:4,
2555:6, 2555:7,
2555:10, 2555:11,
2555:12, 2555:13,
2555:14, 2555:21,
2555:24, 2556:1,
2556:3, 2556:15,
2556:20, 2556:21,
2557:1, 2557:3,
2557:4, 2557:7,
2557:9, 2557:10,
2558:13, 2559:5,
2560:15, 2560:17,
2560:21, 2561:4,
2561:5, 2561:11,
2561:14, 2561:15,
2561:18, 2561:19,
2561:21, 2561:23,
2561:24, 2561:25,
2562:4, 2562:6,
2562:18, 2562:19,
2562:21, 2586:6,
2586:13, 2588:13,
2588:20, 2589:4,
2591:5, 2591:10,
2592:20, 2592:22,
2593:3, 2593:7,
2593:10, 2593:13,
2594:16, 2594:17,
2594:25, 2595:8,
2595:13, 2595:14,
2595:17, 2595:19,
2595:22, 2595:23,
2598:5, 2598:6,
2600:12, 2600:13,

2600:22, 2601:22,
2601:25, 2602:23,
2603:4, 2603:5,
2603:6, 2606:2,
2618:2, 2620:2,
2620:6, 2620:12,
2620:13, 2620:17,
2621:4, 2621:10,
2622:2, 2622:4,
2622:6, 2622:7,
2622:9, 2622:16,
2622:17, 2622:18,
2622:23, 2622:24,
2622:25, 2623:3,
2623:7, 2623:8,
2623:12, 2623:13,
2623:22, 2623:23,
2623:24, 2624:8
**pressured** [1] -
2500:10
**pressures** [41] -
2462:9, 2535:16,
2547:3, 2551:17,
2551:21, 2551:22,
2551:25, 2552:4,
2553:15, 2553:17,
2554:5, 2554:6,
2554:7, 2554:22,
2555:2, 2555:8,
2555:16, 2556:8,
2557:24, 2558:1,
2558:19, 2560:12,
2560:24, 2561:2,
2571:17, 2571:19,
2572:6, 2572:11,
2574:23, 2587:21,
2587:24, 2618:8,
2618:12, 2619:2,
2619:12, 2619:18,
2619:19, 2619:23,
2621:12, 2622:13
**presumably** [2] -
2471:3, 2618:17
**pretest** [15] - 2591:3,
2591:12, 2591:13,
2591:18, 2600:7,
2600:11, 2602:6,
2602:16, 2602:17,
2602:22, 2603:10,
2605:20, 2605:21,
2618:3, 2618:6
**pretests** [7] - 2600:18,
2601:10, 2602:4,
2602:11, 2604:5,
2610:21, 2617:24
**previous** [3] -
2476:10, 2545:11,
2613:10
**previously** [6] -
2444:21, 2445:12,

2465:19, 2468:22,
2469:6, 2478:6
**primary** [1] - 2573:9
**principle** [3] -
2453:10, 2581:19,
2589:9
**Pro** [1] - 2469:23
**probabilistic** [2] -
2529:12, 2625:17
**probability** [5] -
2529:25, 2544:21,
2597:19, 2609:21,
2616:12
**probe** [1] - 2513:22
**problem** [2] - 2507:12,
2524:22
**procedure** [7] -
2447:23, 2488:3,
2488:5, 2488:8,
2498:18, 2514:24,
2552:21
**procedures** [4] -
2485:25, 2497:14,
2498:12, 2498:15
**proceed** [2] - 2503:2,
2551:4
**PROCEEDINGS** [1] -
2436:14, 2441:21,
2444:1
**proceedings** [1] -
2629:9
**process** [26] - 2449:3,
2450:6, 2450:16,
2514:15, 2521:23,
2521:24, 2522:3,
2526:14, 2527:13,
2533:18, 2536:16,
2537:4, 2537:6,
2537:12, 2538:11,
2539:16, 2554:3,
2555:20, 2557:20,
2558:8, 2570:8,
2619:22, 2621:5,
2621:6, 2621:14,
2622:12
**processes** [2] -
2449:25, 2450:2
**processing** [3] -
2508:10, 2537:12,
2539:17
**PROCTOR** [1] -
2437:3
**PRODUCED** [1] -
2441:22
**produced** [3] - 2471:5,
2591:21, 2593:24
**producing** [1] -
2516:23
**product** [2] - 2506:21,
2517:20

**production** [4] - 2511:10, 2558:22, 2602:15, 2617:5

**PRODUCTION** [3] - 2436:11, 2439:3, 2439:4

**professional** [2] - 2507:1, 2550:17

**professor** [2] - 2488:14, 2503:21

**Professor** [5] - 2444:25, 2449:18, 2450:8, 2503:11, 2584:17

**profile** [1] - 2556:9

**profiles** [2] - 2557:7, 2557:15

**pronounce** [1] - 2504:15

**proper** [1] - 2465:6

**properly** [1] - 2521:17

**properties** [8] - 2451:17, 2452:4, 2452:12, 2454:2, 2482:10, 2486:6, 2487:8

**property** [7] - 2445:25, 2453:18, 2453:19, 2453:23, 2454:7, 2466:3, 2510:23

**proportional** [6] - 2511:10, 2511:22, 2590:2, 2590:6, 2590:12, 2590:17

**proportionally** [1] - 2589:16

**proportionate** [1] - 2590:1

**proprietor** [1] - 2619:5

**propriety** [2] - 2585:20, 2618:21

**protocol** [2] - 2485:12, 2488:16

**proved** [1] - 2511:21

**provide** [9] - 2470:7, 2470:8, 2486:8, 2506:6, 2531:21, 2532:25, 2546:19, 2547:5, 2620:16

**provided** [6] - 2497:5, 2505:20, 2549:19, 2570:21, 2576:8, 2578:23

**provides** [4] - 2451:12, 2468:4, 2589:19, 2602:1

**providing** [2] - 2506:2, 2576:11

**provocation** [1] -

2450:1

**proxy** [3] - 2493:15, 2494:5, 2494:7

**psi** [2] - 2592:23, 2593:6

**PT** [23] - 2551:17, 2551:21, 2557:23, 2558:1, 2558:19, 2560:17, 2561:2, 2561:8, 2561:10, 2562:6, 2562:21, 2562:23, 2587:24, 2618:7, 2618:12, 2619:2, 2619:12, 2619:18, 2619:23, 2622:13, 2622:16, 2623:13, 2623:24

**PT-B** [22] - 2551:17, 2551:21, 2557:23, 2558:1, 2558:19, 2560:17, 2561:2, 2561:8, 2561:10, 2562:6, 2562:21, 2562:23, 2587:24, 2618:7, 2618:12, 2619:2, 2619:12, 2619:23, 2622:13, 2622:16, 2623:13, 2623:24

**PTB** [1] - 2543:24

**published** [3] - 2505:15, 2530:17, 2620:5

**pull** [4] - 2446:19, 2471:17, 2569:12, 2582:17

**pulling** [1] - 2582:8

**pump** [2] - 2514:19, 2515:3

**pumped** [1] - 2602:7

**pumping** [12] - 2513:25, 2514:15, 2515:5, 2515:8, 2515:25, 2590:22, 2590:25, 2591:15, 2591:16, 2600:18, 2617:15, 2617:22

**pure** [1] - 2537:12

**purpose** [9] - 2486:7, 2487:9, 2489:14, 2548:7, 2552:7, 2556:14, 2600:12, 2621:3, 2621:8

**purposes** [7] - 2447:3, 2460:25, 2468:21, 2471:2, 2492:22, 2498:9, 2610:4

**push** [1] - 2473:20

**put** [8] - 2450:13, 2457:12, 2459:1,

2540:13, 2562:11, 2566:22, 2570:23, 2581:8

**putting** [1] - 2569:9

**puzzles** [1] - 2613:2

**PVC** [4] - 2480:25, 2499:11, 2514:3, 2514:7

## Q

**qualifications** [1] - 2523:15

**qualify** [1] - 2566:14

**qualitative** [1] - 2481:6

**quality** [3] - 2601:21, 2601:25, 2616:11

**quantification** [2] - 2491:1, 2520:14

**quantify** [1] - 2528:6

**quantifying** [1] - 2521:16

**quantities** [1] - 2510:16

**questioned** [2] - 2611:2, 2624:3

**questioning** [4] - 2474:20, 2559:23, 2576:24, 2614:25

**questions** [16] - 2458:11, 2465:14, 2466:5, 2468:16, 2475:18, 2480:18, 2485:24, 2486:20, 2493:19, 2501:16, 2566:21, 2604:14, 2613:19, 2614:2, 2619:17, 2624:20

**quick** [2] - 2607:9, 2607:14

**quickly** [3] - 2510:20, 2513:8, 2533:2

**quite** [7] - 2470:18, 2475:10, 2514:10, 2572:20, 2591:9, 2592:18, 2607:2

**quote** [2] - 2481:20, 2501:6

## R

**radial** [9] - 2516:24, 2516:25, 2517:8, 2517:23, 2518:14, 2518:17, 2605:7, 2605:9, 2610:4

**radius** [7] - 2600:20, 2600:21, 2601:1,

2617:6, 2617:11, 2617:23, 2618:1

**RAFFERTY** [1] - 2437:3

**raise** [3] - 2469:7, 2495:21, 2502:11

**raises** [2] - 2453:3, 2499:23

**raising** [1] - 2480:11

**ran** [1] - 2596:22

**random** [1] - 2581:8

**range** [58] - 2462:9, 2490:24, 2493:12, 2496:17, 2520:11, 2521:16, 2532:23, 2532:24, 2544:11, 2544:14, 2544:20, 2545:1, 2546:3, 2546:6, 2549:3, 2552:6, 2552:7, 2552:9, 2552:11, 2552:13, 2553:24, 2554:21, 2554:22, 2556:14, 2558:13, 2558:14, 2568:11, 2568:12, 2576:7, 2576:8, 2576:11, 2580:8, 2584:2, 2593:6, 2593:22, 2594:3, 2598:3, 2598:8, 2610:22, 2611:14, 2612:13, 2612:25, 2613:15, 2614:5, 2621:4, 2621:9, 2621:10, 2621:12, 2622:21, 2625:11, 2625:17, 2626:15

**ranges** [1] - 2584:5

**ranked** [1] - 2603:13

**rate** [134] - 2448:23, 2505:3, 2509:19, 2510:19, 2511:10, 2511:12, 2511:13, 2511:15, 2511:19, 2511:21, 2512:25, 2513:3, 2513:6, 2514:12, 2515:4, 2515:6, 2515:10, 2515:13, 2515:25, 2516:3, 2516:25, 2526:15, 2526:18, 2529:8, 2531:9, 2532:5, 2532:8, 2532:11, 2532:12, 2533:17, 2533:20, 2534:17, 2535:17, 2535:18, 2535:21, 2535:25, 2536:12, 2536:14, 2536:17,

2536:24, 2537:5, 2537:11, 2537:15, 2537:25, 2538:12, 2538:13, 2538:14, 2538:19, 2538:21, 2538:23, 2538:24, 2538:25, 2539:1, 2539:7, 2539:9, 2539:10, 2539:19, 2539:21, 2540:7, 2540:9, 2540:14, 2543:8, 2543:11, 2544:6, 2544:18, 2544:24, 2545:4, 2545:5, 2545:12, 2545:20, 2546:1, 2551:20, 2551:24, 2552:5, 2552:14, 2552:18, 2554:4, 2554:10, 2554:13, 2554:18, 2555:4, 2555:11, 2555:13, 2555:25, 2556:1, 2556:2, 2556:8, 2557:15, 2558:5, 2558:6, 2558:7, 2558:8, 2558:10, 2558:15, 2560:4, 2560:21, 2563:23, 2564:1, 2565:6, 2566:10, 2566:11, 2568:17, 2568:18, 2569:8, 2569:9, 2569:15, 2570:24, 2571:6, 2571:12, 2571:20, 2575:1, 2575:7, 2575:10, 2577:17, 2603:10, 2603:19, 2606:3, 2616:9, 2620:18, 2621:8, 2621:15, 2621:22, 2622:1, 2622:4, 2622:8, 2622:19, 2624:18, 2625:3, 2625:8, 2625:13

**rates** [55] - 2510:13, 2510:14, 2526:19, 2533:5, 2534:3, 2534:11, 2535:10, 2535:16, 2536:8, 2536:10, 2536:11, 2536:15, 2537:1, 2538:17, 2538:21, 2538:22, 2538:23, 2543:3, 2543:21, 2545:25, 2548:19, 2551:14, 2551:17, 2553:12, 2554:19, 2555:2, 2555:3, 2556:17, 2556:19,

2556:20, 2556:22,
2558:1, 2558:2,
2558:18, 2558:19,
2558:22, 2558:24,
2559:16, 2560:14,
2563:22, 2568:7,
2572:8, 2573:11,
2573:18, 2574:22,
2620:16, 2620:21,
2620:22, 2620:25,
2621:4, 2621:9,
2621:13, 2624:21,
2624:22, 2624:25

**rather** [6] - 2473:5,
2484:10, 2565:23,
2566:18, 2567:10,
2568:5

**ratio** [16] - 2449:12,
2449:14, 2449:16,
2483:24, 2484:12,
2484:19, 2484:21,
2484:24, 2485:13,
2539:8, 2558:21,
2593:14, 2593:16,
2599:15, 2601:16,
2608:23

**raw** [3] - 2466:18,
2466:24, 2622:16

**ray** [1] - 2513:21

**re** [1] - 2499:10

**RE** [2] - 2436:4,
2436:7

**reach** [3] - 2517:12,
2527:14, 2617:17

**reached** [6] - 2508:15,
2514:7, 2514:8,
2586:12, 2618:4,
2618:5

**reaching** [1] - 2445:2

**read** [19] - 2456:19,
2456:22, 2461:13,
2473:23, 2476:15,
2491:19, 2492:25,
2496:2, 2546:14,
2568:21, 2568:24,
2569:1, 2569:2,
2569:5, 2611:17,
2612:2, 2614:7,
2618:22, 2625:21

**reading** [12] - 2457:4,
2470:1, 2470:2,
2471:13, 2472:20,
2492:18, 2498:19,
2500:7, 2577:8,
2582:1, 2610:12,
2623:22

**readjust** [2] - 2536:13,
2556:21

**ready** [1] - 2445:1

**real** [2] - 2468:22,

2617:13

**really** [15] - 2457:2,
2459:5, 2475:12,
2480:18, 2484:2,
2507:17, 2542:23,
2550:7, 2566:7,
2566:12, 2566:13,
2578:25, 2584:24,
2594:18, 2603:4

**realm** [1] - 2464:15

**Realtime** [2] - 2629:3,
2629:13

**REALTIME** [1] -
2441:17

**reason** [21] - 2452:16,
2456:6, 2457:13,
2494:21, 2505:15,
2511:12, 2524:1,
2525:14, 2557:14,
2559:6, 2572:7,
2573:6, 2575:8,
2584:18, 2586:21,
2587:16, 2591:7,
2596:7, 2603:17,
2604:4, 2626:24

**reasonable** [11] -
2501:2, 2501:10,
2542:7, 2552:10,
2564:14, 2597:5,
2597:8, 2597:22,
2598:16, 2621:12

**reasonably** [1] -
2525:8

**reasons** [5] - 2477:4,
2489:18, 2537:23,
2585:14, 2624:4

**rebuttal** [7] - 2515:18,
2521:14, 2522:22,
2532:15, 2547:16,
2627:21, 2628:11

**recalculate** [2] -
2526:17, 2555:10

**recalculating** [1] -
2556:1

**recapitulate** [1] -
2456:1

**received** [3] -
2507:10, 2522:1,
2550:20

**receiver** [2] - 2446:7,
2498:17

**recent** [1] - 2463:2

**recess** [5] - 2502:2,
2502:4, 2627:3,
2627:7, 2628:22

**recipients** [1] - 2587:9

**recognitions** [1] -
2550:8

**recognize** [1] -
2550:24

**recognized** [1] -
2550:13

**recollection** [2] -
2483:20, 2500:14

**recommend** [2] -
2472:23, 2491:10

**recommendation** [4] -
2476:22, 2477:6,
2477:8, 2477:22

**reconstruct** [6] -
2533:20, 2534:3,
2535:10, 2537:1,
2538:11, 2548:19

**reconstructed** [1] -
2624:23

**reconstructing** [1] -
2537:5

**record** [5] - 2497:2,
2502:20, 2550:2,
2558:17, 2629:8

**recorded** [4] - 2515:4,
2515:7, 2601:21

**RECORDED** [1] -
2441:21

**recording** [2] -
2515:10, 2515:24

**recovered** [2] -
2497:16, 2498:24

**recovery** [10] -
2472:17, 2473:16,
2473:18, 2474:5,
2474:6, 2475:1,
2475:2, 2475:7,
2475:8, 2499:2

**recreate** [2] - 2533:5,
2535:25

**red** [15] - 2519:6,
2519:10, 2520:2,
2520:9, 2520:16,
2525:4, 2525:5,
2525:11, 2528:7,
2529:1, 2562:24,
2593:20, 2596:1,
2605:23

**redeveloped** [1] -
2506:17

**REDIRECT** [2] -
2442:12, 2613:22

**redirect** [3] - 2501:19,
2501:20, 2613:20

**redisguising** [1] -
2523:11

**redoing** [1] - 2604:12

**redundancy** [1] -
2549:1

**refer** [5] - 2463:2,
2516:8, 2612:17,
2613:5, 2625:25

**refereed** [1] - 2479:12

**reference** [6] -

2490:19, 2492:4,
2525:2, 2530:3,
2547:18, 2619:22

**referenced** [3] -
2568:8, 2568:18,
2599:23

**referred** [4] - 2447:5,
2447:7, 2520:15,
2614:18

**referring** [8] -
2471:21, 2472:2,
2482:18, 2483:6,
2541:3, 2617:15,
2619:3, 2625:23

**refers** [3] - 2505:12,
2534:5, 2544:10

**reflect** [1] - 2476:17

**reflects** [1] - 2542:20

**refresh** [1] - 2483:20

**refreshes** [1] -
2500:14

**REGAN** [1] - 2439:11

**regard** [3] - 2454:13,
2461:19, 2486:6

**regarding** [6] -
2483:11, 2559:10,
2570:24, 2571:6,
2602:3, 2611:3

**regardless** [2] -
2452:4, 2461:5

**regards** [2] - 2454:3,
2454:4

**regime** [1] - 2541:7

**region** [1] - 2519:4

**Registered** [1] -
2629:3

**REGISTERED** [1] -
2441:18

**registered** [1] -
2629:14

**regression** [3] -
2519:8, 2519:9,
2606:21

**regular** [2] - 2527:19,
2615:12

**reiterate** [1] - 2557:14

**relate** [2] - 2541:9,
2545:7

**related** [6] - 2462:15,
2499:4, 2499:13,
2503:12, 2588:21,
2592:3

**relates** [3] - 2451:17,
2518:1, 2543:12

**relating** [1] - 2574:18

**relations** [1] - 2449:1

**relationship** [11] -
2447:24, 2510:12,
2511:15, 2512:4,
2512:12, 2580:15,

2589:19, 2589:24,
2590:3, 2590:4

**relationships** [3] -
2448:24, 2512:23,
2533:8

**relative** [14] - 2493:19,
2538:13, 2538:14,
2538:17, 2538:23,
2539:1, 2539:7,
2540:7, 2543:3,
2548:16, 2548:21,
2558:5, 2558:8,
2624:25

**relatively** [3] - 2450:2,
2490:12, 2490:20

**release** [3] - 2560:25,
2564:23, 2575:20

**released** [12] -
2551:12, 2553:23,
2559:16, 2559:20,
2560:5, 2560:19,
2564:3, 2572:12,
2575:15, 2575:22,
2578:15, 2592:2

**relevance** [2] -
2451:23, 2534:4

**relevant** [7] - 2448:14,
2449:8, 2450:2,
2452:16, 2457:19,
2484:15, 2571:11

**reliability** [3] -
2480:12, 2508:3,
2616:22

**reliable** [6] - 2456:25,
2468:20, 2469:11,
2523:20, 2619:13,
2619:14

**reliably** [5] - 2560:18,
2560:24, 2618:8,
2618:12, 2619:3

**relied** [5] - 2446:21,
2465:15, 2465:17,
2466:2, 2588:2

**rely** [9] - 2456:9,
2467:6, 2492:15,
2538:25, 2549:5,
2586:6, 2587:19,
2595:3

**relying** [1] - 2585:19

**remember** [22] -
2467:5, 2470:1,
2470:2, 2470:11,
2470:13, 2472:6,
2474:17, 2483:13,
2485:4, 2501:6,
2547:7, 2575:25,
2601:7, 2607:24,
2614:1, 2615:9,
2615:21, 2618:9,
2623:1, 2623:4,

2625:9, 2625:18
**remembering** [2] -
2455:7, 2477:24
**remnants** [1] -
2498:25
**remove** [2] - 2475:25,
2488:10
**removed** [2] -
2483:18, 2487:17
**RENAISSANCE** [1] -
2440:22
**renowned** [1] -
2464:12
**reorganized** [1] -
2507:20
**repeat** [7] - 2527:11,
2583:14, 2596:9,
2597:6, 2600:3,
2608:16, 2612:20
**repeated** [1] - 2448:19
**repeatedly** [3] -
2457:5, 2534:24,
2546:23
**repeating** [1] -
2600:14
**rephrase** [1] - 2524:6
**Replace** [1] - 2530:25
**report** [79] - 2446:20,
2448:10, 2448:23,
2456:23, 2465:15,
2465:16, 2466:1,
2466:21, 2466:23,
2468:8, 2480:9,
2490:11, 2490:16,
2494:11, 2508:25,
2509:7, 2523:12,
2523:13, 2523:19,
2523:22, 2528:11,
2528:13, 2528:16,
2532:17, 2534:20,
2534:24, 2535:3,
2538:7, 2542:25,
2543:10, 2546:15,
2546:19, 2546:20,
2547:9, 2547:14,
2547:18, 2547:19,
2547:22, 2552:23,
2560:1, 2562:12,
2564:10, 2564:16,
2564:18, 2566:7,
2568:21, 2568:25,
2569:2, 2569:5,
2569:13, 2570:11,
2574:19, 2577:9,
2579:20, 2583:19,
2585:9, 2589:18,
2592:9, 2593:2,
2597:3, 2597:7,
2598:1, 2603:19,

2604:24, 2605:7,
2614:7, 2614:11,
2614:13, 2615:7,
2615:8, 2618:22,
2618:24, 2622:15,
2622:24, 2624:1
**Report** [10] - 2477:19,
2489:4, 2509:4,
2576:16, 2576:25,
2577:1, 2577:12,
2577:23, 2577:24,
2577:25
**reported** [5] -
2448:13, 2466:19,
2577:9, 2614:5,
2614:10
**reporter** [1] - 2609:15
**Reporter** [7] - 2629:3,
2629:4, 2629:5,
2629:13, 2629:14,
2629:14
**REPORTER** [5] -
2441:17, 2441:17,
2441:18, 2504:11,
2504:13
**REPORTER'S** [1] -
2629:1
**reports** [1] - 2515:18
**represent** [11] -
2514:6, 2525:6,
2539:15, 2539:16,
2554:22, 2556:19,
2558:22, 2562:24,
2593:21, 2620:6,
2621:12
**representation** [2] -
2516:17, 2530:2
**representations** [1] -
2510:24
**representative** [4] -
2514:12, 2514:22,
2535:14, 2555:1
**representativeness**
[1] - 2466:7
**represented** [5] -
2514:16, 2518:4,
2525:25, 2528:7,
2541:24
**representing** [2] -
2513:17, 2594:18
**represents** [7] -
2467:21, 2513:17,
2518:25, 2520:4,
2588:16, 2593:6,
2597:18
**reproduce** [4] -
2522:11, 2522:13,
2522:14, 2535:22
**reproducible** [1] -
2507:18

**requesting** [1] -
2528:10
**require** [2] - 2548:20,
2565:18
**required** [1] - 2449:24
**requires** [2] - 2525:15,
2544:21
**research** [5] -
2464:20, 2503:15,
2503:17, 2587:5,
2587:11
**Reservoir** [12] -
2453:13, 2457:15,
2457:22, 2474:2,
2487:12, 2487:15,
2492:14, 2496:17,
2510:4, 2527:16,
2547:21, 2622:25
**reservoir** [147] -
2450:3, 2450:16,
2452:17, 2452:20,
2452:24, 2459:1,
2466:9, 2466:14,
2467:18, 2467:20,
2467:22, 2467:23,
2468:5, 2471:15,
2471:16, 2472:15,
2475:21, 2476:5,
2485:14, 2486:3,
2486:15, 2487:1,
2487:5, 2489:6,
2489:24, 2490:3,
2490:13, 2490:18,
2492:2, 2492:4,
2492:7, 2492:11,
2493:8, 2493:10,
2493:15, 2494:7,
2494:8, 2494:14,
2494:15, 2494:18,
2494:25, 2495:10,
2500:3, 2505:4,
2508:14, 2509:16,
2509:25, 2510:25,
2511:5, 2511:23,
2512:11, 2513:4,
2513:16, 2513:18,
2513:22, 2513:23,
2514:1, 2514:2,
2514:9, 2514:13,
2514:16, 2514:21,
2515:14, 2516:15,
2516:20, 2516:21,
2517:5, 2517:12,
2517:13, 2517:15,
2518:7, 2518:8,
2518:12, 2518:13,
2526:10, 2527:10,
2527:21, 2532:4,
2532:12, 2532:13,
2535:14, 2539:4,

2539:22, 2548:9,
2548:11, 2548:12,
2549:17, 2561:15,
2565:14, 2573:3,
2573:10, 2573:16,
2573:21, 2573:25,
2574:2, 2574:6,
2580:10, 2580:14,
2580:19, 2580:20,
2581:16, 2581:22,
2582:7, 2582:9,
2583:1, 2583:13,
2583:16, 2584:21,
2585:1, 2585:22,
2585:24, 2586:1,
2586:9, 2586:22,
2587:6, 2587:11,
2588:17, 2590:7,
2590:12, 2591:5,
2592:10, 2598:22,
2598:23, 2599:3,
2599:9, 2599:10,
2599:17, 2600:10,
2600:14, 2600:24,
2601:4, 2601:12,
2602:9, 2602:20,
2607:15, 2610:3,
2610:6, 2611:15,
2614:18, 2614:22,
2619:19, 2619:24,
2620:7, 2622:14
**reservoir's** [1] -
2456:25
**reservoirs** [8] -
2492:5, 2493:13,
2494:17, 2495:2,
2495:5, 2495:8,
2499:2, 2601:20
**resident** [2] - 2492:20,
2500:11
**resistance** [1] -
2565:14
**resistivity** [1] - 2454:5
**resolution** [12] -
2592:20, 2592:22,
2593:11, 2593:15,
2593:17, 2594:4,
2594:6, 2594:14,
2595:5, 2595:9,
2596:6, 2601:24
**RESOURCES** [1] -
2438:18
**respect** [20] - 2453:18,
2453:19, 2454:12,
2476:5, 2476:11,
2485:16, 2486:3,
2486:15, 2487:1,
2487:22, 2489:24,
2505:23, 2527:12,
2543:3, 2545:23,

2562:3, 2582:11,
2585:8, 2611:7,
2623:11
**respond** [1] - 2474:12
**responded** [1] -
2500:25
**responding** [1] -
2491:3
**response** [9] -
2499:13, 2574:13,
2574:16, 2610:2,
2610:18, 2611:14,
2611:24, 2612:24
**response)** [1] -
2563:19
**responses** [1] -
2462:25
**responsibility** [1] -
2506:3
**restate** [1] - 2474:21
**result** [21] - 2450:17,
2479:22, 2485:14,
2507:15, 2507:21,
2507:24, 2519:6,
2529:14, 2539:21,
2543:2, 2543:20,
2548:7, 2548:24,
2549:1, 2549:2,
2549:3, 2566:8,
2567:24, 2572:3,
2583:2, 2597:4
**resulted** [1] - 2530:13
**resulting** [1] - 2617:23
**results** [20] - 2446:21,
2450:19, 2450:20,
2454:18, 2470:23,
2471:5, 2484:22,
2507:18, 2542:6,
2549:13, 2549:14,
2571:11, 2572:18,
2572:19, 2580:11,
2581:24, 2582:4,
2601:11, 2621:23
**resume** [1] - 2444:9
**retrieval** [1] - 2483:19
**return** [1] - 2478:1
**returned** [3] - 2591:4,
2602:10, 2602:20
**reveal** [1] - 2575:1
**review** [6] - 2456:20,
2503:9, 2510:20,
2533:8, 2564:16,
2571:22
**reviewed** [13] -
2444:14, 2456:5,
2478:9, 2478:11,
2479:12, 2479:14,
2493:24, 2547:3,
2547:21, 2548:17,
2574:10, 2581:14,

2589:18
**reviewing** [1] - 2470:12
**RF** [3] - 2473:14, 2473:15, 2473:20
**ribbon** [1] - 2513:16
**RICHARD** [2] - 2438:22, 2441:4
**Richard** [1] - 2458:7
**RICHESON** [1] - 2441:9
**RIG** [1] - 2436:4
**right-hand** [5] - 2511:4, 2511:9, 2518:7, 2542:11, 2542:14
**rise** [4] - 2444:7, 2502:3, 2502:5, 2628:20
**Riser** [1] - 2559:12
**RMR** [2] - 2441:17, 2629:13
**road** [3] - 2538:6, 2539:13, 2579:15
**Robert** [1] - 2477:17
**ROBERT** [4] - 2439:18, 2439:23, 2442:5, 2444:20
**ROBERTS** [1] - 2440:10
**ROBIN** [1] - 2437:7
**robotic** [1] - 2483:16
**Rock** [4] - 2464:6, 2464:12, 2477:19, 2481:21
**rock** [74] - 2445:2, 2445:22, 2445:23, 2446:6, 2446:9, 2446:10, 2446:12, 2446:15, 2448:12, 2448:13, 2451:17, 2452:24, 2453:2, 2453:17, 2453:19, 2453:23, 2453:24, 2454:11, 2455:2, 2455:3, 2458:15, 2458:20, 2458:23, 2460:2, 2460:18, 2460:21, 2462:22, 2464:9, 2464:10, 2464:15, 2464:24, 2469:10, 2469:12, 2470:22, 2471:5, 2478:23, 2479:3, 2479:24, 2480:1, 2481:9, 2482:7, 2482:10, 2484:5, 2484:6, 2484:10, 2484:16, 2484:18, 2485:6, 2487:11,

2489:11, 2490:13, 2491:7, 2491:11, 2492:17, 2492:20, 2494:17, 2496:17, 2498:2, 2499:4, 2499:10, 2499:19, 2500:5, 2500:11, 2500:19, 2500:24, 2548:6, 2584:9, 2584:14, 2587:23, 2625:23, 2626:5, 2626:11, 2626:19
**rocks** [14] - 2450:4, 2461:6, 2461:19, 2462:8, 2465:1, 2465:2, 2471:23, 2479:4, 2479:8, 2481:2, 2481:4, 2481:7, 2481:17, 2499:22
**ROOM** [1] - 2441:18
**room** [2] - 2490:2, 2490:14
**root** [3] - 2590:1, 2590:6, 2590:11
**rotary** [26] - 2451:20, 2452:19, 2465:17, 2467:14, 2468:17, 2468:19, 2468:25, 2469:6, 2469:23, 2470:15, 2471:14, 2473:18, 2475:15, 2478:15, 2481:1, 2482:24, 2483:3, 2483:12, 2483:21, 2484:22, 2495:14, 2495:18, 2495:25, 2499:15, 2499:17, 2501:14
**ROUGE** [1] - 2438:6
**rough** [1] - 2519:23
**roughly** [7] - 2455:20, 2491:13, 2568:10, 2578:15, 2599:15, 2601:2, 2601:6
**routine** [1] - 2468:12
**routinely** [1] - 2536:21
**ROY** [2] - 2436:22, 2436:23
**rubbing** [1] - 2498:5
**rule** [4] - 2481:15, 2497:6, 2497:8, 2497:9
**ruled** [1] - 2522:25
**run** [5] - 2473:12, 2476:15, 2513:6, 2602:9, 2617:8
**running** [2] - 2472:23, 2472:25

# S

**s/Cathy** [1] - 2629:12
**safety** [1] - 2489:17
**sake** [1] - 2562:12
**Salt** [1] - 2464:2
**saltwater** [1] - 2487:12
**sample** [8] - 2447:1, 2482:22, 2485:13, 2488:9, 2498:16, 2514:3, 2514:16, 2600:17
**sampled** [1] - 2482:13
**samples** [14] - 2445:9, 2445:11, 2445:12, 2445:15, 2453:12, 2461:1, 2461:17, 2466:8, 2466:12, 2470:23, 2482:14, 2487:16, 2496:6, 2498:24
**sampling** [11] - 2602:7, 2602:9, 2602:20, 2617:1, 2617:2, 2617:5, 2617:12, 2617:13, 2617:17, 2617:18, 2617:24
**sand** [3] - 2498:1, 2498:6, 2511:1
**Sands** [1] - 2496:24
**sands** [3] - 2485:11, 2610:22
**sandstone** [3] - 2451:19, 2479:13, 2496:18
**sandstones** [6] - 2462:12, 2480:1, 2480:3, 2488:2, 2497:24, 2499:25
**Santa** [15] - 2470:23, 2471:4, 2472:2, 2472:8, 2472:9, 2472:17, 2473:12, 2474:3, 2474:25, 2478:1, 2478:7, 2491:22, 2492:12, 2493:16, 2496:1
**Sara** [1] - 2551:4
**SARAH** [1] - 2438:23
**satisfy** [1] - 2584:13
**saturated** [2] - 2487:18, 2488:11
**saturating** [1] - 2488:7
**saturation** [12] - 2486:1, 2486:3, 2486:15, 2486:21, 2487:2, 2487:11,

2488:3, 2489:5, 2489:6, 2615:4, 2626:4
**saw** [8] - 2451:21, 2482:16, 2514:14, 2514:16, 2549:16, 2565:19, 2599:20, 2614:19
**SC** [4] - 2472:1, 2472:2, 2478:7
**scale** [3] - 2510:25, 2545:25, 2565:5
**scaled** [1] - 2544:24
**scaling** [2] - 2565:7, 2614:19
**scan** [1] - 2482:8
**scans** [1] - 2482:13
**scatter** [7] - 2520:15, 2520:16, 2520:21, 2520:23, 2520:24, 2521:7
**scattering** [2] - 2520:4, 2520:8
**scenario** [1] - 2480:5
**SCH** [1] - 2504:12
**SCHELL** [1] - 2441:8
**schematic** [4] - 2445:22, 2513:15, 2516:19, 2586:6
**Schlumberger** [10] - 2504:10, 2504:12, 2504:13, 2505:10, 2505:13, 2505:22, 2506:16, 2507:6, 2513:19, 2531:1
**Schott** [8] - 2471:22, 2472:14, 2472:15, 2472:22, 2474:1, 2477:17, 2478:12, 2499:10
**scientific** [9] - 2457:2, 2457:9, 2457:21, 2479:12, 2479:14, 2492:22, 2493:1, 2493:7, 2493:8
**Scientific** [3] - 2504:18, 2506:9, 2506:17
**scientists** [2] - 2464:13, 2578:14
**scope** [1] - 2614:12
**SCOTT** [1] - 2438:20
**screen** [2] - 2566:22, 2601:9
**sealed** [3] - 2573:21, 2573:25, 2574:7
**SEAN** [1] - 2440:22
**seat** [1] - 2502:19
**seated** [3] - 2444:8, 2502:6, 2502:9

**second** [16] - 2447:9, 2447:10, 2453:20, 2473:10, 2494:9, 2499:8, 2506:8, 2533:3, 2533:10, 2540:20, 2550:12, 2572:1, 2584:18, 2601:19, 2605:18, 2611:18
**SECTION** [4] - 2436:4, 2436:8, 2436:11, 2438:18
**section** [1] - 2601:18
**sections** [1] - 2480:3
**sedimentary** [1] - 2481:17
**see** [62] - 2447:11, 2448:12, 2449:14, 2451:4, 2455:19, 2458:9, 2463:9, 2471:17, 2472:11, 2475:13, 2475:16, 2478:22, 2480:4, 2491:14, 2492:22, 2493:11, 2495:23, 2499:22, 2500:14, 2501:13, 2508:14, 2511:24, 2517:10, 2517:14, 2518:25, 2519:3, 2520:1, 2525:5, 2525:10, 2525:13, 2526:9, 2526:11, 2527:19, 2527:20, 2527:21, 2531:7, 2537:15, 2541:25, 2542:20, 2551:7, 2576:18, 2577:4, 2580:23, 2583:19, 2586:14, 2586:17, 2586:20, 2586:24, 2593:22, 2593:24, 2597:15, 2597:16, 2604:10, 2604:17, 2605:17, 2610:19, 2611:19, 2612:5, 2613:7, 2615:12, 2628:19
**seeing** [3] - 2470:13, 2472:6, 2499:25
**seem** [5] - 2467:5, 2477:9, 2494:3, 2552:9, 2612:1
**sees** [2] - 2449:21, 2586:17
**select** [2] - 2541:7, 2549:12
**selected** [1] - 2568:12
**selecting** [1] - 2564:10
**self** [2] - 2458:15,

2579:1
**self-definition** [1] - 2458:15
**self-evident** [1] - 2579:1
**selling** [1] - 2506:18
**semilog** [5] - 2522:17, 2522:18, 2522:21, 2524:10, 2524:18
**semilog/Horner** [1] - 2523:8
**sends** [1] - 2446:3
**sense** [5] - 2454:24, 2464:23, 2476:24, 2495:1, 2621:3
**sensible** [1] - 2489:11
**sent** [3] - 2471:22, 2477:16, 2478:6
**sentence** [6] - 2473:20, 2485:9, 2485:12, 2499:7, 2499:8, 2499:12
**separate** [3] - 2537:12, 2540:1, 2621:6
**sequence** [1] - 2509:13
**series** [2] - 2475:18, 2603:13
**service** [10] - 2505:11, 2505:17, 2505:18, 2505:20, 2505:22, 2506:1, 2506:16, 2507:5, 2531:2, 2531:6
**SERVICES** [1] - 2440:19
**SESSION** [1] - 2436:14
**set** [5] - 2472:24, 2505:17, 2554:1, 2557:23, 2581:7
**sets** [2] - 2531:18, 2577:1
**several** [14] - 2458:24, 2462:8, 2462:17, 2465:14, 2493:9, 2501:5, 2507:23, 2535:20, 2544:1, 2574:17, 2599:9, 2600:14, 2600:19, 2602:20
**shape** [12] - 2517:4, 2518:9, 2527:24, 2527:25, 2553:16, 2553:17, 2558:20, 2559:1, 2559:7, 2574:2, 2574:4, 2606:25
**shaped** [1] - 2529:15

**shapes** [1] - 2527:22
**shared** [1] - 2471:11
**shareholders** [2] - 2577:9, 2577:18
**sharpen** [1] - 2534:16
**shear** [5] - 2447:6, 2447:16, 2447:19, 2448:6, 2448:11
**sheet** [2] - 2512:19, 2583:8
**SHELL** [1] - 2439:5
**shifted** [1] - 2558:21
**short** [1] - 2505:2
**shorter** [1] - 2603:13
**show** [4] - 2543:12, 2565:22, 2593:12, 2604:10
**showed** [10] - 2469:25, 2483:10, 2510:16, 2533:4, 2566:17, 2568:17, 2568:19, 2586:6, 2603:19, 2612:9
**showing** [9] - 2456:16, 2479:22, 2539:23, 2593:3, 2593:15, 2595:2, 2613:25, 2615:7, 2624:22
**shown** [14] - 2496:23, 2532:10, 2568:16, 2571:11, 2593:18, 2595:9, 2595:12, 2615:6, 2616:14, 2622:24, 2624:21, 2625:5, 2625:13, 2625:17
**shows** [12] - 2445:23, 2447:1, 2447:8, 2447:10, 2457:5, 2479:13, 2500:12, 2534:7, 2560:3, 2566:2, 2567:9, 2606:5
**shut** [34] - 2509:18, 2516:2, 2516:10, 2527:6, 2527:7, 2532:6, 2543:25, 2544:15, 2544:19, 2545:13, 2546:9, 2546:10, 2549:9, 2561:17, 2561:21, 2561:24, 2562:4, 2566:3, 2567:4, 2574:23, 2591:2, 2591:3, 2591:9, 2591:16, 2591:23, 2594:6, 2594:17, 2594:25, 2595:1, 2595:15, 2595:22, 2595:23

2595:23
**shut-in** [31] - 2509:18, 2527:6, 2527:7, 2532:6, 2543:25, 2544:15, 2544:19, 2545:13, 2546:9, 2546:10, 2549:9, 2561:17, 2561:21, 2561:24, 2562:4, 2566:3, 2567:4, 2574:23, 2591:2, 2591:16, 2591:23, 2594:6, 2594:17, 2594:25, 2595:1, 2595:15, 2595:22, 2595:23
**side** [17] - 2452:19, 2473:5, 2479:19, 2484:10, 2499:15, 2499:17, 2511:4, 2511:9, 2518:6, 2518:7, 2540:25, 2542:3, 2542:11, 2546:24, 2576:13
**sidewall** [43] - 2451:21, 2451:22, 2452:19, 2452:20, 2465:18, 2467:14, 2468:18, 2468:20, 2468:25, 2469:7, 2469:12, 2469:24, 2470:15, 2471:6, 2471:15, 2471:25, 2472:1, 2472:8, 2473:18, 2474:3, 2475:2, 2475:15, 2475:18, 2476:12, 2476:17, 2477:25, 2478:5, 2478:15, 2480:12, 2481:1, 2482:24, 2483:3, 2483:12, 2483:21, 2484:22, 2495:14, 2495:19, 2495:25, 2498:13, 2498:20, 2501:14, 2612:4
**sideways** [1] - 2483:17
**signal** [23] - 2508:15, 2513:25, 2514:6, 2514:20, 2516:11, 2516:14, 2516:17, 2516:23, 2517:11, 2517:13, 2586:6, 2586:13, 2593:14, 2593:15, 2593:16, 2594:7, 2594:15, 2595:21, 2596:9, 2601:15, 2618:3
**signals** [1] - 2516:9

**signature** [4] - 2527:1, 2527:18, 2536:7
**significant** [7] - 2566:2, 2567:15, 2568:4, 2586:16, 2600:23, 2601:8, 2609:7
**significantly** [1] - 2474:5
**signify** [1] - 2550:23
**similar** [7] - 2464:11, 2471:24, 2495:2, 2521:1, 2531:3, 2608:8, 2609:25
**simple** [5] - 2448:20, 2452:7, 2454:14, 2485:21, 2598:11
**simplification** [1] - 2522:18
**simplified** [3] - 2517:25, 2518:20, 2620:21
**simply** [8] - 2542:17, 2553:13, 2564:21, 2579:12, 2581:20, 2582:8, 2611:22, 2623:22
**simulation** [5] - 2529:12, 2581:16, 2581:22, 2582:8, 2583:1
**simulations** [2] - 2532:20, 2582:10
**simulator** [3] - 2544:3, 2554:19, 2583:6
**SINCLAIR** [1] - 2437:22
**single** [10] - 2526:25, 2549:23, 2557:5, 2569:21, 2569:23, 2582:17, 2582:18, 2582:25, 2585:15, 2585:20
**single-stage** [4] - 2549:23, 2569:21, 2569:23, 2585:20
**sit** [1] - 2498:4
**site** [2] - 2498:12, 2528:14
**sitting** [1] - 2564:17
**situ** [11] - 2476:4, 2486:2, 2486:6, 2486:14, 2486:25, 2487:5, 2487:11, 2487:17, 2489:6, 2489:24, 2490:17
**situation** [3] - 2452:3, 2498:2, 2602:7
**situations** [1] - 2452:11

**six** [14] - 2455:10, 2455:12, 2456:12, 2457:7, 2457:17, 2491:15, 2492:21, 2493:2, 2493:13, 2499:14, 2500:13, 2501:8
**size** [8] - 2485:13, 2527:21, 2548:9, 2548:11, 2574:3, 2580:10, 2584:21, 2586:8
**skin** [6] - 2538:1, 2541:24, 2542:4, 2542:9, 2542:15, 2542:19
**Skin** [12] - 2565:13, 2565:23, 2566:9, 2566:11, 2566:13, 2566:14, 2566:17, 2567:10, 2567:23, 2568:5, 2624:18
**skip** [1] - 2508:5
**slide** [6] - 2507:1, 2512:22, 2522:2, 2535:11, 2545:11, 2550:10
**Slide** [7] - 2534:1, 2535:11, 2538:6, 2540:21, 2543:5, 2545:6, 2545:18
**slightly** [11] - 2451:15, 2453:4, 2455:22, 2456:12, 2467:1, 2490:9, 2490:15, 2544:16, 2544:22, 2563:10, 2564:4
**slip** [1] - 2628:1
**slow** [1] - 2575:18
**slowing** [1] - 2609:15
**slowly** [2] - 2450:2, 2450:15
**small** [12] - 2467:21, 2483:16, 2490:12, 2490:20, 2526:1, 2526:23, 2559:16, 2559:19, 2564:24, 2565:23, 2566:18, 2567:10
**smaller** [2] - 2490:20, 2490:21
**smallest** [1] - 2609:9
**SMITH** [1] - 2440:21
**snippets** [2] - 2579:7, 2579:10
**so-called** [3] - 2447:8, 2475:14, 2490:2
**Society** [2] - 2458:14, 2550:16
**society** [1] - 2550:17

**OFFICIAL TRANSCRIPT**

softer [1] - 2481:4
Software [3] -
  2504:19, 2506:9,
  2506:17
software [22] -
  2506:11, 2506:14,
  2506:15, 2506:19,
  2506:21, 2506:22,
  2507:5, 2508:19,
  2519:14, 2519:15,
  2539:23, 2540:1,
  2540:2, 2540:3,
  2540:15, 2540:21,
  2542:1, 2542:5,
  2550:4, 2566:9
SOILEAU [1] -
  2437:14
sold [1] - 2506:19
solely [1] - 2486:8
solemnly [1] -
  2502:12
solid [1] - 2446:15
someone [4] -
  2468:11, 2502:7,
  2521:12, 2574:17
sometime [1] -
  2628:13
sometimes [4] -
  2445:4, 2457:6,
  2520:24, 2522:17
somewhat [2] -
  2457:17, 2498:10
somewhere [3] -
  2498:8, 2575:6,
  2584:6
sorry [33] - 2461:24,
  2462:24, 2465:5,
  2472:3, 2472:19,
  2474:16, 2474:18,
  2474:20, 2477:11,
  2480:14, 2480:17,
  2497:4, 2497:10,
  2504:11, 2507:5,
  2511:18, 2527:11,
  2558:23, 2562:16,
  2576:15, 2578:9,
  2580:7, 2582:15,
  2583:14, 2597:6,
  2600:3, 2607:24,
  2608:16, 2609:14,
  2619:20, 2626:18
sort [17] - 2445:19,
  2446:24, 2450:5,
  2454:9, 2455:8,
  2455:21, 2457:10,
  2471:10, 2471:12,
  2482:5, 2488:15,
  2489:11, 2494:7,
  2495:20, 2498:2,
  2499:20, 2500:10

sorts [1] - 2499:2
sound [4] - 2445:22,
  2446:5, 2446:9,
  2464:11
sounds [3] - 2483:1,
  2501:2, 2501:10
SOUTH [4] - 2437:4,
  2437:14, 2439:15,
  2440:16
space [1] - 2511:2
SPE [3] - 2550:13,
  2550:15, 2550:16
speaking [2] -
  2491:13, 2500:6
special [2] - 2445:25,
  2613:4
specific [3] - 2465:17,
  2479:24, 2561:7
Specifically [1] -
  2461:19
specifically [7] -
  2449:2, 2485:13,
  2523:14, 2523:19,
  2527:12, 2535:3,
  2560:23
speculate [1] - 2575:8
speculating [1] -
  2457:11
speculative [1] -
  2457:11
speed [6] - 2446:11,
  2448:6, 2448:11,
  2497:12
speeded [1] - 2514:14
speeded-up [1] -
  2514:14
spell [2] - 2502:20,
  2502:23
spent [5] - 2504:4,
  2504:8, 2504:9,
  2504:18
Spill [1] - 2578:8
spill [18] - 2509:17,
  2509:18, 2509:19,
  2513:1, 2513:4,
  2526:7, 2532:6,
  2533:14, 2533:21,
  2541:23, 2549:6,
  2549:8, 2549:9,
  2553:1, 2565:23,
  2610:4, 2624:13
SPILL [1] - 2436:4
spoken [1] - 2538:9
spots [1] - 2580:11
spreadsheet [6] -
  2581:1, 2581:6,
  2581:7, 2581:12,
  2582:3
SQUARE [1] - 2439:5
square [3] - 2590:1,

2590:5, 2590:11
stabilization [7] -
  2517:8, 2518:11,
  2518:15, 2518:18,
  2520:9, 2525:16,
  2615:8
stabilize [1] - 2606:6
stabilized [1] - 2519:3
stable [1] - 2536:4
stack [3] - 2543:24,
  2547:3, 2587:21
staff [3] - 2578:7,
  2578:13, 2578:19
stage [6] - 2449:2,
  2549:23, 2569:21,
  2569:23, 2585:15,
  2585:20
stages [1] - 2509:22
stair [3] - 2451:4,
  2454:17, 2481:14
stair-step [3] - 2451:4,
  2454:17, 2481:14
stamped [1] - 2578:11
stand [1] - 2549:14
standard [6] -
  2508:16, 2519:13,
  2541:25, 2550:3,
  2603:14, 2615:16
Standardized [1] -
  2507:3
stands [1] - 2473:15
Stanford [4] - 2450:8,
  2464:13, 2503:14,
  2504:2
star [1] - 2496:25
start [18] - 2516:23,
  2535:17, 2536:24,
  2548:10, 2554:25,
  2556:16, 2557:19,
  2558:6, 2558:14,
  2561:14, 2565:6,
  2604:3, 2609:14,
  2613:23, 2622:1,
  2622:3, 2622:11,
  2624:13
started [7] - 2535:22,
  2551:13, 2556:3,
  2570:8, 2616:2,
  2621:18, 2623:13
starting [12] -
  2481:12, 2508:19,
  2512:23, 2536:17,
  2541:1, 2545:20,
  2551:19, 2553:2,
  2553:6, 2553:9,
  2553:22, 2620:22
starts [1] - 2563:2
State [1] - 2629:4
state [3] - 2502:20,
  2567:21, 2568:1

STATE [2] - 2438:3,
  2438:4
statement [8] -
  2451:16, 2473:23,
  2475:13, 2481:5,
  2481:6, 2485:17,
  2495:14, 2512:20
statements [1] -
  2576:25
states [3] - 2480:25,
  2592:14, 2610:21
STATES [4] - 2436:1,
  2436:10, 2436:15,
  2438:13
States [7] - 2458:7,
  2546:22, 2547:14,
  2551:4, 2582:16,
  2629:5, 2629:15
STATES' [1] - 2437:21
States' [2] - 2532:14,
  2582:23
static [2] - 2450:5,
  2450:10, 2623:7,
  2623:8
stations [1] - 2600:14
stay [1] - 2499:14
stays [1] - 2512:16
stealing [1] - 2605:4
steel [2] - 2452:6,
  2452:8
STENOGRAPHY [1] -
  2441:21
step [18] - 2447:23,
  2449:22, 2449:23,
  2449:24, 2450:6,
  2451:4, 2451:25,
  2452:2, 2452:3,
  2454:17, 2481:14,
  2501:25, 2513:9,
  2535:12, 2540:5,
  2540:22, 2553:8,
  2620:15
STEPHEN [2] -
  2436:19, 2438:14
Stephen [4] - 2478:11,
  2499:5, 2500:17,
  2500:19
steps [4] - 2509:15,
  2525:18, 2539:16,
  2539:23
Steve [3] - 2457:6,
  2492:19, 2500:6
STEVEN [2] - 2438:19,
  2440:10
stick [1] - 2500:12
stiffer [3] - 2479:22,
  2481:3, 2481:8
stiffness [1] - 2481:9
stiffnesses [1] -
  2447:25

still [14] - 2461:23,
  2470:18, 2475:12,
  2477:2, 2501:8,
  2501:13, 2506:21,
  2524:24, 2544:19,
  2565:6, 2569:2,
  2580:7, 2604:16,
  2608:6
stipulating [2] -
  2619:2, 2619:4
stock [20] - 2510:2,
  2545:9, 2545:13,
  2545:16, 2545:17,
  2546:1, 2546:7,
  2546:9, 2546:10,
  2546:12, 2549:18,
  2552:25, 2553:19,
  2569:16, 2570:2,
  2570:16, 2585:17,
  2621:15, 2622:20,
  2625:8
stock-tank [20] -
  2510:2, 2545:9,
  2545:13, 2545:16,
  2545:17, 2546:1,
  2546:7, 2546:9,
  2546:10, 2546:12,
  2549:18, 2552:25,
  2553:19, 2569:16,
  2570:2, 2570:16,
  2585:17, 2621:15,
  2622:20, 2625:8
STOIIP [2] - 2475:6,
  2475:11
stop [1] - 2502:1
stopping [1] - 2610:4
store [1] - 2586:19
straight [2] - 2541:15,
  2562:5
strain [1] - 2466:19
STREET [15] - 2437:4,
  2437:11, 2437:15,
  2437:18, 2438:5,
  2438:10, 2439:6,
  2439:15, 2439:20,
  2440:7, 2440:10,
  2440:23, 2441:10,
  2441:14, 2441:18
strength [6] - 2481:18,
  2481:22, 2483:24,
  2484:1, 2484:4,
  2484:14
stress [1] - 2460:17
stresses [1] - 2454:22
striations [1] -
  2479:25
strictly [1] - 2500:6
strike [1] - 2490:25
strongly [2] - 2455:24,
  2456:13

**student** [6] - 2462:21, 2463:2, 2463:4, 2463:5, 2488:25, 2489:1
**students** [5] - 2462:6, 2462:16, 2462:18, 2463:19, 2463:25
**Studies** [1] - 2503:25
**study** [4] - 2505:2, 2510:12, 2512:2
**sub** [1] - 2506:10
**sub-bullet** [1] - 2506:10
**Subject** [1] - 2477:18
**subject** [3] - 2466:7, 2482:22, 2486:1
**submitted** [1] - 2534:13
**subsequent** [2] - 2532:6, 2586:14
**subset** [1] - 2464:24
**subtract** [1] - 2625:11
**successive** [1] - 2538:17
**succinctly** [1] - 2480:16
**sufficiently** [2] - 2484:9, 2498:5
**suggested** [3] - 2453:6, 2488:3, 2488:5
**suggesting** [2] - 2477:4, 2611:21
**suitable** [1] - 2601:22
**SUITE** [9] - 2436:23, 2437:4, 2437:18, 2439:6, 2440:7, 2440:10, 2440:23, 2441:4, 2441:10
**sum** [2] - 2560:4, 2626:3
**summarize** [6] - 2456:1, 2504:6, 2505:1, 2509:23, 2513:9, 2531:15
**summarized** [1] - 2506:25
**summary** [5] - 2509:21, 2531:13, 2539:13, 2540:23, 2611:11
**summed** [1] - 2560:21
**superposition** [2] - 2522:16, 2524:18
**supersede** [1] - 2494:8
**supervised** [1] - 2462:16
**supervising** [2] - 2462:6, 2463:23

**supervision** [2] - 2462:19, 2463:7
**support** [3] - 2457:14, 2457:25, 2477:3
**supporting** [3] - 2457:18, 2509:1, 2527:15
**suppose** [3] - 2571:24, 2587:7, 2587:15
**supposed** [1] - 2553:25
**supposes** [1] - 2479:24
**surface** [2] - 2549:17, 2620:2
**surrebuttal** [4] - 2522:25, 2523:11, 2524:2, 2531:18
**Survey** [1] - 2504:9
**surveys** [1] - 2505:13
**sustain** [3] - 2465:7, 2531:22, 2536:6
**SUTHERLAND** [1] - 2440:9
**swear** [1] - 2502:12
**sworn** [2] - 2444:22, 2502:17
**system** [4] - 2508:1, 2527:2, 2527:18, 2536:7
**systematically** [1] - 2557:1

## T

**Table** [3] - 2477:19, 2596:25, 2597:12
**table** [6] - 2478:6, 2498:4, 2549:20, 2583:23, 2625:17, 2626:1
**tables** [1] - 2467:5
**tablespoons** [1] - 2591:19
**talks** [3] - 2453:21, 2491:1, 2535:1
**tank** [20] - 2510:2, 2545:9, 2545:13, 2545:16, 2545:17, 2546:1, 2546:7, 2546:9, 2546:10, 2546:12, 2549:18, 2552:25, 2553:19, 2569:16, 2570:2, 2570:16, 2585:17, 2621:15, 2622:20, 2625:8
**Tanner** [1] - 2469:17

**taught** [1] - 2464:5
**teach** [1] - 2510:10
**team** [1] - 2508:13
**technical** [1] - 2613:24
**technique** [3] - 2507:21, 2548:15, 2549:5
**techniques** [2] - 2507:12, 2603:14
**telescope** [1] - 2535:2
**temperature** [10] - 2489:22, 2489:25, 2490:2, 2490:3, 2490:7, 2490:10, 2490:14, 2490:17, 2490:18
**ten** [6] - 2491:2, 2550:22, 2607:1, 2607:2, 2607:3, 2618:4
**tender** [1] - 2508:20
**term** [9] - 2452:3, 2452:11, 2473:8, 2494:23, 2497:20, 2497:22, 2513:20, 2526:12, 2599:1
**terms** [16] - 2447:25, 2448:7, 2457:8, 2462:5, 2464:11, 2476:12, 2482:5, 2485:5, 2486:20, 2486:21, 2520:14, 2540:23, 2542:22, 2546:12, 2548:16, 2549:5
**TerraTek** [1] - 2464:2
**Test** [1] - 2530:24
**test** [114] - 2445:1, 2445:3, 2445:5, 2445:7, 2445:8, 2445:10, 2445:18, 2445:19, 2446:17, 2446:21, 2450:15, 2450:20, 2450:21, 2450:24, 2451:4, 2451:5, 2451:8, 2454:17, 2454:21, 2454:25, 2455:16, 2455:17, 2455:20, 2455:24, 2487:18, 2488:1, 2488:15, 2489:15, 2504:24, 2504:25, 2505:2, 2505:5, 2505:11, 2505:16, 2505:23, 2506:10, 2506:16, 2507:3, 2507:5, 2507:8, 2507:15, 2507:17, 2507:22,

2508:11, 2508:12, 2508:19, 2508:22, 2510:7, 2510:8, 2510:10, 2510:12, 2512:7, 2514:7, 2514:21, 2515:8, 2515:22, 2518:22, 2519:13, 2519:15, 2519:21, 2520:18, 2523:17, 2523:24, 2524:4, 2526:2, 2526:3, 2526:15, 2526:23, 2526:24, 2528:4, 2531:2, 2533:9, 2536:8, 2539:2, 2540:1, 2540:6, 2540:15, 2540:19, 2540:21, 2543:2, 2543:20, 2548:18, 2550:4, 2561:15, 2586:4, 2586:5, 2586:10, 2586:17, 2586:24, 2588:13, 2588:20, 2589:9, 2590:22, 2592:13, 2592:17, 2592:19, 2600:17, 2600:20, 2600:25, 2601:22, 2615:12, 2616:15, 2616:20, 2617:8, 2617:10, 2617:12, 2617:13, 2617:14, 2620:12, 2625:1
**tested** [4] - 2465:18, 2482:17, 2483:3, 2487:23
**tester** [1] - 2513:20
**testified** [10] - 2444:22, 2476:4, 2502:18, 2530:11, 2569:20, 2570:10, 2574:21, 2574:25, 2585:15, 2618:21
**testify** [2] - 2523:4, 2568:13
**testifying** [5] - 2467:3, 2557:13, 2571:2, 2580:18, 2627:16
**testimony** [11] - 2491:25, 2502:12, 2534:14, 2551:11, 2558:4, 2568:8, 2571:5, 2582:1, 2587:14, 2590:21, 2599:24
**Testing** [1] - 2485:12
**testing** [15] - 2461:1, 2462:12, 2462:21, 2468:21, 2476:3,

2478:15, 2485:25, 2486:1, 2486:13, 2486:24, 2487:16, 2488:3, 2489:5, 2489:23, 2490:17
**tests** [42] - 2445:11, 2445:13, 2445:14, 2445:21, 2449:15, 2449:20, 2451:1, 2460:18, 2460:21, 2462:2, 2462:17, 2463:13, 2463:21, 2467:15, 2480:25, 2481:15, 2483:6, 2484:18, 2487:20, 2489:16, 2489:20, 2490:1, 2505:14, 2506:15, 2507:13, 2510:14, 2519:2, 2530:18, 2538:20, 2557:2, 2600:1, 2600:2, 2600:4, 2600:5, 2603:12, 2617:1, 2617:15, 2617:17, 2617:18, 2617:24, 2620:9
**Tests** [1] - 2530:25
**THE** [115] - 2436:4, 2436:5, 2436:7, 2436:15, 2436:19, 2437:21, 2438:3, 2438:13, 2444:7, 2444:8, 2444:13, 2444:17, 2444:19, 2458:4, 2459:5, 2465:4, 2465:7, 2474:9, 2474:12, 2474:16, 2474:17, 2474:18, 2474:21, 2480:7, 2480:13, 2480:15, 2480:20, 2480:23, 2486:19, 2486:20, 2491:3, 2493:21, 2493:25, 2494:20, 2494:23, 2496:5, 2496:8, 2496:11, 2497:9, 2497:17, 2501:18, 2501:21, 2501:22, 2501:23, 2502:1, 2502:3, 2502:5, 2502:6, 2502:10, 2502:11, 2502:15, 2502:19, 2502:21, 2502:25, 2503:3, 2504:11, 2504:12, 2504:13, 2504:14, 2504:15, 2504:16, 2504:17, 2504:18, 2508:23, 2509:8, 2523:5, 2526:12,

2526:14, 2528:16,
2528:17, 2528:18,
2528:19, 2530:4,
2530:5, 2531:22,
2534:20, 2535:1,
2535:6, 2543:13,
2543:17, 2547:7,
2547:24, 2548:2,
2551:5, 2562:14,
2577:4, 2577:22,
2578:1, 2578:4,
2578:25, 2579:4,
2579:10, 2579:14,
2579:18, 2611:5,
2612:18, 2613:20,
2614:14, 2614:15,
2615:2, 2615:3,
2619:7, 2624:5,
2627:1, 2627:2,
2627:3, 2627:7,
2627:16, 2627:19,
2628:2, 2628:7,
2628:11, 2628:13,
2628:17, 2628:20
**themes** [1] - 2476:14
**theoretical** [2] -
2461:9, 2485:19
**thereafter** [1] - 2553:4
**thereby** [1] - 2533:5
**therefore** [28] -
2507:17, 2514:11,
2514:20, 2514:22,
2526:19, 2527:1,
2532:22, 2533:17,
2537:15, 2538:22,
2549:11, 2552:10,
2553:16, 2559:19,
2560:8, 2566:2,
2570:4, 2571:5,
2584:17, 2588:16,
2588:24, 2589:6,
2590:17, 2591:2,
2600:24, 2607:5,
2607:21, 2622:6
**thesis** [2] - 2462:7,
2462:16
**they've** [2] - 2485:20,
2531:16
**thick** [2] - 2467:18,
2609:3
**thicker** [1] - 2607:14
**thickest** [1] - 2607:18
**thickness** [11] -
2466:9, 2468:4,
2580:19, 2581:11,
2585:24, 2586:12,
2586:15, 2586:18,
2586:20, 2586:22,
2609:7
**thin** [2] - 2480:3,

2482:10
**thinking** [3] - 2471:18,
2472:4, 2598:9
**thinner** [1] - 2586:1
**THIRD** [1] - 2438:5
**third** [6] - 2445:1,
2456:3, 2500:16,
2505:10, 2507:2,
2510:17
**THOMAS** [2] - 2437:3,
2438:19
**thousand** [2] -
2519:25, 2599:9
**thousands** [1] -
2521:2
**three** [30] - 2445:11,
2445:15, 2447:11,
2455:1, 2455:2,
2455:12, 2455:13,
2459:9, 2466:8,
2467:4, 2467:15,
2482:16, 2483:3,
2490:22, 2497:24,
2514:17, 2525:3,
2549:10, 2579:2,
2590:22, 2607:6,
2607:7, 2609:1,
2609:9, 2609:12,
2609:18, 2609:23,
2617:2, 2627:22,
2627:23
**throughout** [2] -
2492:19, 2621:15
**throw** [1] - 2526:25
**thunder** [1] - 2605:4
**Thursday** [2] -
2627:13, 2627:24
**tie** [1] - 2532:1
**timeline** [1] - 2542:20
**tired** [1] - 2477:14
**title** [4] - 2464:5,
2464:8, 2478:10,
2530:24
**TO** [1] - 2444:4
**today** [2] - 2491:9,
2568:13
**together** [2] - 2603:15,
2608:11
**TOLLES** [1] - 2440:13
**tomorrow** [6] -
2627:4, 2627:6,
2627:10, 2628:3,
2628:4, 2628:5
**tonight** [3] - 2628:9,
2628:10, 2628:16
**took** [10] - 2466:24,
2525:18, 2551:20,
2552:3, 2552:13,
2554:3, 2564:21,
2568:12, 2584:11,

2614:18
**tool** [30] - 2451:21,
2483:19, 2508:9,
2508:16, 2508:17,
2513:5, 2513:6,
2513:10, 2513:13,
2513:14, 2513:19,
2513:20, 2516:2,
2516:10, 2524:20,
2524:22, 2527:5,
2528:4, 2530:14,
2531:3, 2591:1,
2592:20, 2592:22,
2600:9, 2609:19,
2617:19, 2622:25,
2625:2
**Tool** [1] - 2559:12
**tools** [4] - 2601:22,
2602:8, 2616:15,
2616:19
**Top** [1] - 2562:25
**top** [10] - 2445:24,
2499:8, 2515:2,
2554:17, 2556:9,
2557:6, 2558:24,
2606:23, 2610:16,
2622:5
**topic** [3] - 2451:15,
2456:15, 2571:15
**TORTS** [1] - 2438:14
**total** [17] - 2467:22,
2503:7, 2509:20,
2546:12, 2552:11,
2577:10, 2583:12,
2583:15, 2584:8,
2585:4, 2590:2,
2625:17, 2625:25,
2626:2, 2626:8,
2626:9, 2626:14
**totally** [7] - 2581:2,
2581:25, 2582:3,
2582:5, 2583:9,
2602:6, 2602:17
**TOWER** [1] - 2440:22
**town** [1] - 2512:3
**trademark** [1] -
2513:19
**trail** [3] - 2456:19,
2470:2, 2476:15
**training** [2] - 2505:18,
2505:19
**transcript** [1] - 2629:7
**TRANSCRIPT** [2] -
2436:14, 2441:21
**transducer** [2] -
2446:4, 2446:6
**transducers** [2] -
2445:24, 2445:25
**transformed** [2] -
2612:4, 2613:6

**transient** [5] -
2588:13, 2588:20,
2589:4, 2601:23,
2602:1
**translation** [1] -
2545:21
**transmitted** [1] -
2446:5
**TRANSOCEAN** [3] -
2440:3, 2440:3,
2440:5
**travel** [2] - 2445:22,
2446:9
**travels** [3] - 2446:6,
2446:11, 2446:14
**treated** [3] - 2497:15,
2520:13, 2572:8
**tree** [1] - 2473:11
**trend** [19] - 2593:19,
2594:1, 2594:2,
2594:22, 2596:2,
2596:4, 2596:8,
2596:14, 2596:15,
2596:17, 2596:21,
2597:4, 2597:8,
2598:15, 2606:19,
2623:23, 2624:9
**trends** [2] - 2594:10,
2596:8
**TREX** [4] - 2471:17,
2578:10, 2599:21,
2599:22
**TREX-003533** [2] -
2610:8, 2611:10
**TREX-011696-R-N.
104.01.US** [1] -
2604:23
**TREX-011696-R.
0113.1.US** [1] -
2597:11
**TREX-011696-R.113.
1.US** [1] - 2596:25
**TREX-011696R.0053.
1.US** [1] - 2559:25
**TREX-011696R.N.28.
1.US** [1] - 2593:1
**TREX-011696R1** [1] -
2558:23
**TREX-011697** [1] -
2599:22
**TREX-011697.0004**
[1] - 2601:17
**TREX-016696R-N.
0045.1.US** [1] -
2565:17
**TREX-114820.2.1.US**
[1] - 2578:9
**TREX-11501.1.1.US**
[1] - 2483:9
**TREX-11503.1.1.US**

[1] - 2469:16
**TREX-11503.25.1.US**
[1] - 2469:20
**TREX-11505.1.1.US**
[1] - 2478:8
**TREX-11505.1.2.US**
[1] - 2485:7
**TREX-11696R** [2] -
2509:7, 2509:9
**TREX-11696R............
.....................** [1] -
2442:19
**TREX-11696R.0073**
[1] - 2583:22
**TREX-130529.0** [1] -
2576:15
**TREX-130529.236.1.
US** [1] - 2576:21
**TREX-130863.1.US**
[1] - 2472:13
**TREX-144820** [1] -
2578:6
**TREX-144820.0019**
[1] - 2578:11
**TREX-3533** [2] -
2613:24, 2614:19
**TREX-800** [1] -
2477:11
**TREX-8772.1.4.US** [1]
- 2471:20
**TREX-8774.001** [1] -
2499:6
**TREX-8776.001** [1] -
2500:15
**TREX-9056.9.1** [1] -
2446:19
**TRIAL** [1] - 2436:14
**trial** [2] - 2579:10,
2580:24
**triangle** [4] - 2518:25,
2532:9, 2533:8,
2533:20
**triangles** [2] - 2497:1,
2520:1
**triaxial** [1] - 2484:18
**tried** [5] - 2463:22,
2481:25, 2522:23,
2552:9, 2596:7
**tries** [1] - 2484:4
**TRITON** [1] - 2436:8
**trouble** [1] - 2474:19
**true** [32] - 2460:1,
2460:23, 2477:3,
2481:7, 2484:20,
2485:1, 2487:3,
2490:8, 2490:14,
2496:18, 2497:14,
2498:23, 2561:20,
2562:8, 2570:15,
2572:14, 2573:1,

2573:6, 2573:14,
2573:19, 2573:20,
2573:23, 2581:19,
2581:23, 2587:5,
2590:5, 2593:9,
2593:25, 2599:13,
2607:19, 2608:21,
2629:7
**trump** [1] - 2494:8
**Trusler's** [1] - 2587:23
**trust** [5] - 2538:22,
2572:3, 2572:17,
2572:18, 2583:20
**truth** [6] - 2502:13,
2502:14, 2552:4,
2552:14, 2572:9
**try** [12] - 2475:5,
2477:15, 2481:15,
2486:24, 2515:18,
2524:7, 2537:1,
2548:25, 2549:1,
2552:12, 2595:25,
2622:12
**trying** [20] - 2456:9,
2468:25, 2473:25,
2480:15, 2489:19,
2494:20, 2500:12,
2528:11, 2548:23,
2555:20, 2557:11,
2558:12, 2580:1,
2582:14, 2593:25,
2594:8, 2594:9,
2596:4, 2611:19
**tube** [1] - 2498:17
**Tube** [1] - 2559:12
**TUESDAY** [2] -
2436:5, 2444:2
**Tuesday** [1] - 2471:22
**turn** [15] - 2451:15,
2456:15, 2464:16,
2471:17, 2477:11,
2478:13, 2482:22,
2483:9, 2485:7,
2491:7, 2500:15,
2501:1, 2510:3,
2533:2, 2588:10
**turned** [1] - 2479:19
**twice** [3] - 2455:4,
2475:14, 2554:15
**two** [75] - 2445:12,
2445:15, 2445:23,
2446:10, 2446:15,
2446:18, 2447:13,
2449:2, 2453:4,
2455:8, 2463:4,
2475:11, 2479:9,
2479:13, 2488:21,
2488:23, 2500:1,
2500:16, 2501:15,
2509:15, 2509:21,

2510:16, 2510:24,
2514:12, 2517:10,
2518:10, 2525:18,
2529:20, 2536:6,
2537:23, 2539:14,
2539:16, 2539:23,
2540:4, 2540:24,
2540:25, 2544:1,
2545:4, 2545:7,
2545:21, 2546:2,
2546:4, 2548:23,
2552:22, 2553:6,
2553:7, 2553:9,
2553:12, 2555:3,
2555:4, 2556:11,
2557:6, 2557:15,
2558:1, 2558:2,
2558:18, 2558:19,
2558:22, 2578:18,
2584:5, 2596:11,
2596:14, 2598:7,
2600:8, 2607:4,
2607:6, 2607:7,
2608:5, 2609:1,
2613:7, 2620:21,
2621:4, 2621:13,
2621:21
**two-stage** [1] - 2449:2
**TX** [3] - 2440:11,
2440:23, 2441:5
**type** [9] - 2446:14,
2452:9, 2469:9,
2470:19, 2471:3,
2484:13, 2494:4,
2521:19, 2526:1
**types** [6] - 2446:15,
2446:17, 2446:18,
2465:21, 2484:4,
2600:8
**typical** [2] - 2445:23,
2617:10
**typically** [6] - 2481:3,
2481:4, 2529:23,
2530:3, 2592:9,
2592:15

## U

**U.S** [2] - 2438:13,
2438:17
**ultrasonic** [8] -
2445:4, 2445:6,
2445:10, 2445:17,
2447:4, 2447:21,
2466:13, 2487:22
**uncertain** [4] -
2469:24, 2592:9,
2592:11, 2592:15
**uncertainties** [4] -
2529:5, 2548:16,

2548:22, 2619:15
**uncertainty** [34] -
2490:24, 2520:8,
2520:12, 2520:13,
2521:16, 2528:7,
2528:22, 2529:2,
2529:5, 2529:6,
2529:7, 2529:8,
2529:11, 2546:4,
2548:25, 2549:11,
2549:13, 2552:8,
2594:3, 2595:6,
2596:8, 2597:25,
2605:7, 2606:9,
2606:11, 2606:13,
2607:8, 2616:4,
2616:10, 2625:11,
2626:6, 2626:7,
2626:8
**unclear** [2] - 2534:23,
2536:1
**Unconsolidated** [1] -
2496:24
**unconsolidated** [5] -
2497:16, 2497:25,
2498:9, 2498:16
**unconverted** [1] -
2622:16
**under** [7] - 2454:22,
2462:19, 2463:7,
2464:20, 2487:23,
2488:2, 2505:10
**underestimated** [3] -
2608:13, 2608:18,
2608:20
**underestimating** [1] -
2485:14
**undergo** [1] - 2481:1
**underlines** [1] -
2472:20
**underpredict** [1] -
2481:1
**undertook** [1] -
2622:12
**uniaxial** [9] - 2449:5,
2449:7, 2450:21,
2450:23, 2451:5,
2451:8, 2455:17,
2460:24, 2466:3
**United** [9] - 2458:7,
2532:14, 2546:22,
2547:14, 2551:4,
2582:16, 2582:23,
2629:5, 2629:15
**UNITED** [4] - 2436:1,
2436:10, 2436:15,
2438:13
**units** [2] - 2447:9,
2447:10
**universal** [1] - 2480:6

**universally** [1] -
2487:9
**University** [3] -
2450:8, 2503:14,
2503:15
**unknown** [4] -
2533:20, 2534:9,
2536:1, 2538:20
**unless** [1] - 2472:23
**unphysical** [2] -
2542:8, 2624:19
**unreliable** [1] -
2601:11
**unsure** [1] - 2476:16
**untrained** [1] -
2482:20
**unusual** [2] - 2520:6,
2548:24
**up** [82] - 2446:19,
2451:19, 2453:20,
2461:12, 2463:10,
2467:3, 2467:5,
2469:16, 2471:17,
2472:13, 2476:21,
2479:20, 2494:23,
2496:20, 2497:12,
2499:4, 2499:5,
2505:6, 2505:17,
2512:4, 2514:14,
2515:17, 2516:1,
2516:3, 2526:15,
2526:16, 2526:19,
2527:4, 2529:14,
2532:7, 2536:4,
2537:15, 2542:6,
2542:8, 2544:4,
2547:8, 2549:14,
2549:21, 2553:12,
2553:22, 2559:25,
2560:4, 2560:22,
2565:7, 2566:22,
2566:23, 2568:15,
2574:22, 2576:15,
2578:6, 2580:1,
2581:7, 2583:22,
2586:11, 2586:14,
2586:25, 2587:18,
2588:1, 2593:1,
2594:9, 2596:11,
2596:22, 2596:25,
2598:10, 2599:21,
2599:22, 2601:9,
2604:1, 2610:1,
2610:8, 2614:10,
2617:4, 2621:4,
2621:11, 2621:18,
2622:7, 2622:8,
2622:11, 2624:17,
2626:7, 2627:4
**updated** [1] - 2478:6

**upgrade** [2] - 2471:24,
2472:7
**Upper** [6] - 2608:15,
2608:21, 2608:25,
2609:11, 2609:17,
2609:22
**upper** [15] - 2446:3,
2484:10, 2485:11,
2528:25, 2541:3,
2597:5, 2597:8,
2597:22, 2597:24,
2598:16, 2608:6,
2608:10, 2615:20,
2616:2, 2616:7
**ups** [2] - 2591:2,
2617:4
**UPVC** [28] - 2447:22,
2449:18, 2453:7,
2456:6, 2456:18,
2456:25, 2457:22,
2461:1, 2461:17,
2462:2, 2462:17,
2463:21, 2466:8,
2466:12, 2466:18,
2466:21, 2467:3,
2467:15, 2468:21,
2477:7, 2482:14,
2482:17, 2483:3,
2484:22, 2485:9,
2487:18, 2487:20,
2491:20
**US** [4] - 2564:11,
2564:20, 2564:25,
2627:14
**US's** [1] - 2599:21
**usable** [1] - 2499:3
**usage** [1] - 2491:7
**useful** [3] - 2492:13,
2495:19
**uses** [6] - 2483:16,
2523:20, 2523:21,
2531:9, 2532:15,
2580:5

## V

**valid** [3] - 2494:4,
2495:15, 2604:17
**value** [77] - 2447:22,
2449:21, 2450:15,
2450:18, 2450:22,
2451:5, 2451:9,
2451:10, 2452:9,
2455:19, 2456:18,
2457:3, 2457:7,
2457:17, 2457:20,
2467:1, 2467:12,
2469:1, 2469:18,
2469:24, 2477:1,
2477:4, 2485:9,

2485:14, 2491:15, 2492:17, 2492:20, 2492:21, 2492:23, 2499:20, 2500:10, 2500:13, 2501:14, 2529:17, 2529:22, 2529:23, 2529:25, 2530:10, 2530:12, 2534:22, 2538:18, 2542:7, 2542:24, 2544:16, 2555:18, 2555:19, 2557:14, 2570:4, 2570:5, 2570:6, 2570:7, 2570:17, 2570:24, 2571:2, 2576:5, 2576:7, 2576:12, 2580:19, 2581:20, 2582:17, 2582:18, 2582:25, 2596:17, 2596:22, 2597:16, 2597:18, 2597:19, 2598:12, 2599:13, 2603:24, 2604:20, 2605:11, 2605:13, 2606:25, 2608:20

**values** [21] - 2448:10, 2449:15, 2452:13, 2453:4, 2453:7, 2455:12, 2466:18, 2466:22, 2466:24, 2467:4, 2467:5, 2468:9, 2468:25, 2471:3, 2480:12, 2529:13, 2529:16, 2529:20, 2553:9, 2559:3, 2584:2

**variability** [2] - 2494:18, 2615:11

**variables** [1] - 2549:10

**variation** [4] - 2455:22, 2492:1, 2493:9, 2606:8

**various** [11] - 2449:10, 2461:8, 2471:1, 2477:4, 2486:9, 2486:10, 2507:20, 2522:13, 2531:14, 2541:7, 2546:24

**vary** [3] - 2483:1, 2532:15, 2589:15

**velocities** [7] - 2447:4, 2447:11, 2447:12, 2447:21, 2447:25, 2463:3, 2488:1

**Velocities** [1] - 2496:25

**velocity** [19] - 2445:3, 2445:5, 2445:6,

2445:7, 2445:9, 2445:10, 2445:18, 2446:18, 2446:21, 2447:8, 2447:9, 2447:10, 2447:16, 2447:19, 2449:19, 2450:20, 2487:22

**vendor** [2] - 2483:2

**verification** [8] - 2521:23, 2521:24, 2522:3, 2522:11, 2523:15, 2541:16, 2555:22, 2585:12

**verify** [9] - 2448:20, 2521:21, 2525:17, 2525:20, 2535:21, 2541:14, 2542:6, 2555:25, 2603:11

**version** [2] - 2514:14, 2531:7

**versus** [11] - 2453:7, 2454:20, 2455:6, 2478:15, 2515:5, 2515:6, 2517:1, 2517:4, 2525:19, 2542:4, 2542:19

**vertical** [20] - 2452:18, 2453:3, 2453:7, 2454:19, 2455:4, 2455:11, 2455:14, 2455:25, 2456:1, 2456:11, 2456:13, 2475:24, 2476:9, 2476:18, 2479:4, 2479:5, 2479:7, 2481:8, 2481:10, 2513:16

**vertically** [1] - 2478:24

**vibration** [3] - 2446:2, 2446:4, 2446:5

**video** [1] - 2444:14

**view** [5] - 2450:19, 2457:22, 2496:3, 2496:17, 2556:18

**virtually** [1] - 2593:9

**viscosity** [6] - 2529:8, 2586:19, 2599:3, 2599:7, 2599:14, 2616:8

**visual** [1] - 2482:6

**VOI** [1] - 2469:18

**VOIR** [2] - 2442:9, 2503:4

**Volume** [1] - 2478:10

**volume** [48] - 2449:6, 2449:7, 2454:19, 2460:24, 2462:8, 2462:18, 2466:3, 2470:20, 2484:25, 2487:4, 2487:10,

2488:19, 2488:24, 2489:9, 2489:15, 2489:20, 2492:1, 2492:3, 2500:4, 2512:15, 2512:18, 2549:17, 2549:19, 2549:21, 2551:12, 2560:5, 2560:19, 2560:25, 2564:3, 2564:22, 2569:19, 2572:12, 2572:21, 2572:23, 2573:2, 2575:20, 2575:22, 2585:1, 2585:16, 2588:17, 2588:19, 2588:21, 2588:25, 2589:15, 2589:20, 2592:2, 2593:7

**volumes** [1] - 2553:23

---

# W

**wait** [1] - 2474:12

**wall** [2] - 2499:15, 2499:17

**walls** [1] - 2486:8

**wants** [2] - 2494:13, 2579:5

**Wardy** [1] - 2463:5

**WARREN** [1] - 2441:13

**WASHINGTON** [5] - 2438:15, 2438:24, 2439:20, 2439:24, 2441:14

**water** [3] - 2626:2, 2626:4, 2626:11

**wave** [23] - 2446:5, 2446:9, 2446:11, 2446:14, 2447:4, 2447:5, 2447:6, 2447:7, 2447:9, 2447:10, 2447:11, 2447:12, 2447:16, 2447:21, 2448:6, 2448:11, 2450:1, 2463:3

**waves** [6] - 2445:22, 2446:16, 2446:17, 2446:18

**ways** [2] - 2573:13, 2573:14

**weak** [1] - 2498:5

**weakly** [1] - 2498:10

**Weatherford** [23] - 2445:8, 2446:21, 2448:19, 2449:20, 2460:11, 2465:18, 2466:6, 2466:8, 2466:19, 2466:21,

2467:1, 2483:7, 2483:11, 2483:15, 2485:25, 2487:16, 2489:23, 2492:15, 2497:15, 2498:12, 2498:23, 2500:2, 2531:7

**website** [2] - 2483:11, 2483:15

**weekly** [2] - 2496:18, 2497:11

**weight** [1] - 2607:15

**weighted** [2] - 2626:2, 2626:3

**WEINER** [1] - 2441:9

**WEITZ** [1] - 2437:7

**well-known** [1] - 2447:24

**wellbore** [10] - 2540:11, 2542:22, 2545:22, 2566:3, 2566:5, 2567:3, 2567:6, 2567:7, 2567:15, 2568:2

**wellhead** [19] - 2535:12, 2535:15, 2543:23, 2553:10, 2557:1, 2557:4, 2557:9, 2558:10, 2561:5, 2571:19, 2619:18, 2619:23, 2620:6, 2620:12, 2622:6, 2622:13, 2622:17, 2622:18

**wells** [10] - 2459:15, 2459:18, 2459:21, 2471:2, 2477:10, 2491:21, 2493:23, 2494:1, 2557:1

**whereas** [4] - 2446:13, 2454:7, 2519:7, 2526:7

**WHEREUPON** [3] - 2502:4, 2509:9, 2628:21

**WHITELEY** [1] - 2438:8

**Whitson** [4] - 2549:20, 2585:10, 2585:19, 2588:2

**whole** [31] - 2466:10, 2468:17, 2469:11, 2470:4, 2470:6, 2470:11, 2470:23, 2471:5, 2471:15, 2471:25, 2472:1, 2472:9, 2472:16, 2472:25, 2473:5, 2473:19, 2474:2, 2475:3, 2475:14,

2477:25, 2478:7, 2478:15, 2480:18, 2481:13, 2495:15, 2495:19, 2495:20, 2496:1, 2496:6, 2502:13, 2614:25

**widely** [2] - 2507:14, 2532:15

**width** [2] - 2590:7, 2590:14

**Willson** [9] - 2457:6, 2478:11, 2492:19, 2499:5, 2499:9, 2500:3, 2500:6, 2500:17, 2500:19

**Wilson** [1] - 2499:12

**wind** [1] - 2565:7

**WINFIELD** [1] - 2437:22

**Wireline** [1] - 2530:24

**wireline** [9] - 2468:1, 2513:20, 2530:18, 2531:2, 2600:1, 2600:5, 2600:9, 2601:22, 2616:15

**withdraw** [5] - 2460:20, 2524:5, 2547:16, 2600:11, 2619:1

**withdrawal** [2] - 2601:10, 2602:11

**withdrawn** [1] - 2591:12

**withdraws** [1] - 2591:18

**withdrew** [1] - 2602:21

**WITNESS** [21] - 2474:16, 2474:18, 2486:20, 2493:25, 2494:23, 2496:8, 2501:22, 2502:15, 2502:21, 2502:25, 2504:12, 2504:14, 2504:16, 2504:18, 2526:14, 2528:17, 2528:19, 2530:5, 2614:15, 2615:3, 2627:2

**witness** [12] - 2444:21, 2501:23, 2501:24, 2502:7, 2502:17, 2543:18, 2578:22, 2612:16, 2627:10, 2627:17, 2627:18

**witnesses** [7] - 2547:8, 2547:16, 2559:23, 2611:1, 2627:4, 2627:21,

2628:12
**won** [1] - 2619:7
**word** [4] - 2465:1,
2492:9, 2497:17,
2603:25
**words** [14] - 2453:23,
2473:24, 2474:1,
2479:18, 2499:13,
2525:25, 2532:9,
2548:8, 2552:3,
2560:7, 2560:8,
2563:13, 2572:4,
2601:13
**workflow** [2] -
2494:25, 2495:11
**works** [2] - 2445:20,
2497:11
**world** [1] - 2550:18
**worry** [1] - 2608:3
**worse** [1] - 2520:6
**wound** [1] - 2553:22
**wrap** [1] - 2610:1
**WRIGHT** [1] - 2436:22
**writing** [1] - 2490:11
**written** [2] - 2464:12,
2611:9
**wrote** [1] - 2613:8

**zero** [1] - 2516:3
**Zero** [2] - 2561:4,
2624:11
**ZIMMERMAN** [2] -
2442:5, 2444:20
**Zimmerman** [28] -
2444:25, 2449:18,
2458:9, 2458:11,
2463:16, 2468:19,
2471:21, 2472:5,
2473:22, 2474:11,
2474:23, 2475:17,
2477:22, 2478:14,
2478:25, 2482:22,
2485:23, 2486:12,
2486:24, 2496:3,
2496:16, 2499:18,
2500:21, 2501:3,
2501:16, 2584:11,
2584:17, 2626:20
**Zimmerman's** [1] -
2587:22
**zone** [4] - 2514:10,
2514:20, 2514:22,
2607:18
**zoom** [1] - 2514:4
**zoom-out** [1] - 2514:4

# X

**x-ray** [1] - 2513:21

# Y

**year** [4] - 2463:18,
2508:17, 2525:23,
2550:14
**years** [14] - 2458:25,
2462:17, 2463:4,
2488:15, 2488:25,
2499:24, 2504:4,
2504:8, 2504:9,
2504:18, 2521:4,
2521:11, 2536:4
**yellow** [6] - 2456:2,
2472:20, 2497:1,
2593:6, 2594:5,
2605:25
**yield** [1] - 2625:3
**YORK** [2] - 2437:8,
2441:3
**yourself** [2] - 2521:17,
2584:13

# Z

**Zaldivar** [3] - 2544:13,
2544:20, 2627:10

# "

**"MIKE"** [1] - 2439:23

**OFFICIAL TRANSCRIPT**