UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOWELL CONSTRUCTION, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 10-2179** |
| | * | **REFERS TO C.A. NO. 14-CV-121** |
| **ANDRY, LERNER, L.L.C.,** | * | |
| **ANDRY LAW GROUP, L.L.C.,** | * | **JUDGE CARL BARBIER** |
| **JONATHAN B. ANDRY, AND** | * | **MAGISTRATE JUDGE** |
| **CHRISTINA E. MANCUSO** | * | **SALLY SHUSHAN** |
| * * * * * * * * * * * * * * * * * * * * * | * | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Now into court come E. Phelps Gay, Kevin R. Tully, and H. Carter Marshall, and the law firm of Christovich & Kearney, LLP, and Lewis O. Unglesby and Unglesby Law Firm, and pursuant to Local Rule 83.2.11 hereby move for the withdrawal of E. Phelps Gay, Kevin R. Tully, and H. Carter Marshall, and the law firm of Christovich &Kearney, LLP as counsel for defendants in the captioned matter, and the substitution of Lewis J. Unglesby and Unglesby Law Firm, as counsel of record for all defendants - Andry Lerner, L.L.C., Andry Law Group, L.L.C., Jonathan B. Andry, and Christina E. Mancuso.

New Orleans, Louisiana, this 29th day of April, 2014.

Respectfully submitted,                                                    Respectfully submitted,

/s/E Phelps Gay                                                                  /s/Lewis O. Unglesby
E. PHELPS GAY - BAR #5992                                          LEWIS O. UNGLESBY – BAR #12498
KEVIN R. TULLY – BAR #1627                                        UNGLESBY LAW FIRM
H. CARTER MARSHALL BAR #28136                            246 Napoleon Street
CHRISTOVICH & KEARNEY, LLP                                  Baton Rouge, LA
601 Poydras Street, Suite 2300                                         Telephone: (225) 387-0120
New Orleans, LA 70130-6078
Telephone: (504) 561-5700

## **CERTIFICATE**

I do hereby certify that on the _____ day of April, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

/s/E. Phelps Gay

4813-8058-3962, v. 1