UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOWELL CONSTRUCTION, INC.** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 10-2179 |
| | * | REFERS TO C.A. NO. 14-CV-121 |
| **ANDRY, LERNER, L.L.C.,** | * | |
| **ANDRY LAW GROUP, L.L.C.,** | * | **JUDGE CARL BARBIER** |
| **JONATHAN B. ANDRY, AND** | * | **MAGISTRATE JUDGE** |
| **CHRISTINA E. MANCUSO** | * | **SALLY SHUSHAN** |
| * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing,

IT IS ORDERED that E. Phelps Gay, Kevin R. Tully, and H. Carter Marshall, and the law firm of Christovich & Kearney, LLP are hereby WITHDRAWN as counsel for defendants in the captioned matter; and that Lewis O. Unglesby and Unglesby Law Firm are hereby SUBSTITUTED as counsel for all defendants, Andry Lerner, L.L.C., Andry Law Group, L.L.C., Jonathan B. Andry, and Christina E. Mancuso.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

4815-2751-7210, v. 1