1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2


3    ****************************************************************

4    IN RE: OIL SPILL BY THE              DOCKET NO. MDL-2179
     OIL RIG *DEEPWATER HORIZON*          SECTION "J"
5    IN THE GULF OF MEXICO ON             NEW ORLEANS, LA
     APRIL 20, 2010                       OCTOBER 16, 2013
6

7    ****************************************************************

     IN RE: THE COMPLAINT AND             DOCKET NO. 10-CV-2771
8    PETITION OF TRITON ASSET             SECTION "J"
     LEASING GMBH, ET AL
9

10   ****************************************************************

     UNITED STATES OF AMERICA             DOCKET NO. 10-CV-4536
11           V.                           SECTION "J"
     BP EXPLORATION & PRODUCTION,
12   INC., ET AL

13   ****************************************************************

14                **DAY 10  MORNING SESSION**
             TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
15       HEARD BEFORE THE HONORABLE CARL J. BARBIER
                UNITED STATES DISTRICT JUDGE
16

17   APPEARANCES:

18

19   FOR THE PLAINTIFFS:       HERMAN HERMAN & KATZ
                               BY:  STEPHEN J. HERMAN, ESQ.
20                             820 O'KEEFE AVENUE
                               NEW ORLEANS, LA  70113
21

22                             DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQ.
23                             556 JEFFERSON STREET, SUITE 500
                               POST OFFICE BOX 3668
24                             LAFAYETTE, LA  70502

25

```
1    APPEARANCES CONTINUED:

2

3                            LEVIN PAPANTONIO THOMAS MITCHELL
                             RAFFERTY & PROCTOR
4                            BY:  BRIAN H. BARR, ESQ.
                             316 SOUTH BAYLEN STREET, SUITE 600
5                            PENSACOLA, FL  32502

6

7                            WEITZ & LUXENBERG
                             BY:  ROBIN L. GREENWALD, ESQ.
8                            700 BROADWAY
                             NEW YORK CITY, NY  10003

9

10                           IRPINO LAW FIRM
11                           BY:  ANTHONY IRPINO, ESQ.
                             2216 MAGAZINE STREET
12                           NEW ORLEANS, LA  70130

13

14                           LUNDY, LUNDY, SOILEAU & SOUTH
                             BY:  MATTHEW E. LUNDY, ESQ.
15                           501 BROAD STREET
                             LAKE CHARLES, LA  70601

16

17                           MORGAN & MORGAN
18                           BY:  FRANK M. PETOSA, ESQ.
                             188 EAST CAPITOL STREET, SUITE 777
19                           JACKSON, MS  39201

20

21   FOR THE STATES'
     INTERESTS:              ALABAMA ATTORNEY GENERAL'S OFFICE
22                           BY:  COREY L. MAZE, ESQ.
                             WINFIELD J. SINCLAIR, ESQ.
23                           500 DEXTER AVENUE
                             MONTGOMERY, AL  36130
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE STATE OF
     LOUISIANA:
 4                              STATE OF LOUISIANA
                                BY:  JAMES D. CALDWELL,
 5                              ATTORNEY GENERAL
                                1885 NORTH THIRD STREET
 6                              POST OFFICE BOX 94005
                                BATON ROUGE, LA  70804
 7

 8
                                KANNER & WHITELEY
 9                              BY:  ALLAN KANNER, ESQ.
                                DOUGLAS R. KRAUS, ESQ.
10                              701 CAMP STREET
                                NEW ORLEANS, LA  70130
11

12

13   FOR THE UNITED STATES
     OF AMERICA:                U.S. DEPARTMENT OF JUSTICE
14                              TORTS BRANCH, CIVIL DIVISION
                                BY:  STEPHEN G. FLYNN, ESQ.
15                              POST OFFICE BOX 14271
                                WASHINGTON, DC  20044
16

17
                                U.S. DEPARTMENT OF JUSTICE
18                              ENVIRONMENT & NATURAL RESOURCES
                                  DIVISION
19                              ENVIRONMENTAL ENFORCEMENT SECTION
                                BY:  THOMAS BENSON, ESQ.
20                                   STEVEN O'ROURKE, ESQ.
                                     SCOTT CERNICH, ESQ.
21                                   A. NATHANIEL CHAKERES, ESQ.
                                     ANNA CROSS, ESQ.
22                                   BETHANY ENGEL, ESQ.
                                     RICHARD GLADSTEIN, ESQ.
23                                   JUDY HARVEY, ESQ.
                                     SARAH HIMMELHOCH, ESQ.
24                              P.O. BOX 7611
                                WASHINGTON, DC  20044
25
```

**OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2

3    FOR BP EXPLORATION &
     PRODUCTION INC.,
4    BP AMERICA PRODUCTION
     COMPANY, BP PLC:              LISKOW & LEWIS
5                                  BY:  DON K. HAYCRAFT, ESQ.
                                   ONE SHELL SQUARE
6                                  701 POYDRAS STREET
                                   SUITE 5000
7                                  NEW ORLEANS, LA 70139

8

9                                  KIRKLAND & ELLIS
                                   BY:  J. ANDREW LANGAN, ESQ.
10                                      HARIKLIA KARIS, ESQ.
                                        PAUL D. COLLIER, ESQ.
11                                      MATTHEW T. REGAN, ESQ.
                                        BARRY E. FIELDS, ESQ.
12                                 300 N. LASALLE
                                   CHICAGO, IL 60654
13

14                                 KIRKLAND & ELLIS
15                                 BY:  MR. BOLES, ESQ.
                                   333 SOUTH HOPE STREET
16                                 LOS ANGELES, CA 90071

17

18                                 KIRKLAND & ELLIS
                                   BY:  ROBERT R. GASAWAY, ESQ.
19                                      JOSEPH A. EISERT, ESQ.
                                        BRIDGET K. O'CONNOR, ESQ.
20                                 655 FIFTEENTH STREET, N.W.
                                   WASHINGTON, DC  20005
21

22                                 COVINGTON & BURLING
23                                 BY:  ROBERT C. "MIKE" BROCK, ESQ.
                                   1201 PENNSYLVANIA AVENUE, NW
24                                 WASHINGTON, DC  20004

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
 6                            BY:  KERRY J. MILLER, ESQ.
                              ENERGY CENTRE
 7                            1100 POYDRAS STREET, SUITE 3700
                              NEW ORLEANS, LA  70163
 8

 9
                              SUTHERLAND ASBILL & BRENNAN
10                            BY:  STEVEN L. ROBERTS, ESQ.
                              1001 FANNIN STREET, SUITE 3700
11                            HOUSTON, TX  77002

12

13                            MUNGER TOLLES & OLSON
                              BY:  MICHAEL R. DOYEN, ESQ.
14                                 BRAD D. BRIAN, ESQ.
                                   LUIS LI, ESQ.
15                                 GRANT A. DAVIS-DENNY, ESQ.
                                   ALLEN M. KATZ, ESQ.
16                            335 SOUTH GRAND AVENUE, 35TH FLOOR
                              LOS ANGELES, CA  90071
17

18
     FOR HALLIBURTON
19   ENERGY SERVICES,
     INC.:                    GODWIN LEWIS
20                            BY:  DONALD E. GODWIN, ESQ.
                                   JENNY L. MARTINEZ, ESQ.
21                                 BRUCE W. BOWMAN, JR., ESQ.
                                   PRESCOTT W. SMITH, ESQ.
22                                 SEAN W. FLEMING, ESQ.
                              RENAISSANCE TOWER
23                            1201 ELM STREET, SUITE 1700
                              DALLAS, TX  75270.
24

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3                              GODWIN LEWIS
                               BY:  R. ALAN YORK, ESQ.
 4                                  GWENDOLYN E. RICHARD, ESQ.
                               1331 LAMAR, SUITE 1665
 5                             HOUSTON, TX  77010

 6

 7    FOR ANADARKO
      PETROLEUM CORPORATION,
 8    ANADARKO E&P COMPANY LP:
                               KUCHLER POLK SCHELL
 9                             WEINER & RICHESON
                               BY:  DEBORAH D. KUCHLER, ESQ.
10                             1615 POYDRAS STREET, SUITE 1300
                               NEW ORLEANS, LA  70112
11

12
                               BINGHAM MCCUTCHEN
13                             BY:  WARREN A. FITCH, ESQ.
                                   KY E. KIRBY, ESQ.
14                             2020 K STREET, NW
                               WASHINGTON, DC  20006
15

16

17    OFFICIAL COURT REPORTER:   SUSAN A. ZIELIE  RMR, FCCR
                               CERTIFIED REALTIME REPORTER
18                             REGISTERED MERIT REPORTER
                               500 POYDRAS STREET, ROOM HB406
19                             NEW ORLEANS, LA  70130
                               (504) 589-7781
20                             susan_zielie@laed.uscourts.gov

21

22

23    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.
24

25
```

```
 1                            I N D E X

 2

 3    Testimony of:

 4        ROBERT CLIFFORD MERRILL, JR.
                  Direct by Mr. Boles          2642
 5                Cross by Mr. Chakeres        2682

 6

 7        MICHAEL ZALDIVAR
                  Direct by Mr. Fields         2700

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**P-R-O-C-E-E-D-I-N-G-S**

OCTOBER 16, 2013

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

8:00 A.M.

THE COURT:  Morning, everyone.  Please be seated.

All right.  Go ahead, Mr. Brock.  I'm just opening something up here.  I'm listening.  Go ahead.

MR. BROCK:  Our first witness this morning, Your Honor, will be Mr. Bob Merrill.

I had two preliminary matters before we call him to the stand, if that's okay.

THE COURT:  Sure.

MR. BROCK:  First, I have the exhibits for Dr. Curtis Whitson.  They've been circulated, and there are no objections to these exhibits.

THE COURT:  Without objection, those are admitted.

(Exhibits admitted.)

MR. BROCK:  Second, there was an issue that came up yesterday that I just want to address very briefly and give Your Honor a bit of background so that you'll understand I hope a little better what we're doing.

As Your Honor may remember, we had deadlines set for the exchange of demonstrative exhibits.  That was originally

08:08AM 1   September the 27th.  And the idea was to disclose all exhibits

08:08AM 2   that we could anticipate using at trial.

08:08AM 3            On that disclosure date, we disclosed 287 exhibits

08:08AM 4   and the United States disclosed a handful, I think around 20.

08:08AM 5            On the eve of trial, the 4th and evening of the

08:08AM 6   4th and 5th, the United States disclosed 120 new demonstrative

08:08AM 7   exhibits that they said that they would use in their direct

08:08AM 8   examinations.  100 on Saturday night.  And I apologize for the

08:08AM 9   detail --

08:08AM 10           THE COURT:  Let me just stop you for just a second.

08:08AM 11  I'm wondering why you're raising this.  This was brought to my

08:08AM 12  attention on the morning the trial started, and I had word from

08:08AM 13  Judge Shushan that you all had worked out any remaining issues

08:08AM 14  pertaining to this.

08:08AM 15           MR. BROCK:  Yes, sir.  And I thought that we had, so I

08:09AM 16  was just trying to give you the background on that so I could

08:09AM 17  give you the next statement, and I'll do it very quickly if

08:09AM 18  that's okay.

08:09AM 19           The resolution of that was that we withdraw our

08:09AM 20  timeliness objection to the late-filed exhibits, and the United

08:09AM 21  States said as to those demonstrative exhibits that he had

08:09AM 22  disclosed prior to that date, that they would not object to

08:09AM 23  those.

08:09AM 24           So when our lawyers say to Your Honor in court

08:09AM 25  when we're examining a witness there's no objection to that

08:09AM 1    exhibit, that's what we are referring to, the resolution that we

08:09AM 2    made that there would not be objections to our exhibits.

08:09AM 3              This has come up several times, but it came up

08:09AM 4    three times yesterday with Exhibit D-23603, D-24222, and

08:09AM 5    D-23608.A.1.  I don't think there's any useful purpose at this

08:09AM 6    point in me offering the deconvolution exhibit, so I won't offer

08:09AM 7    that.

08:09AM 8              We would have had a discussion about it if it had

08:09AM 9    been permitted.

08:09AM 10        THE COURT:  You're talking about exhibits that the

08:10AM 11   government objected to?

08:10AM 12        MR. BROCK:  Yesterday, yes, sir.  Where they had said

08:10AM 13   they did not have objections.

08:10AM 14        THE COURT:  Okay.  Well, let me just say, I don't

08:10AM 15   recall the basis of the -- I didn't think that the basis of

08:10AM 16   those objections yesterday -- the ones I recall, and I'm sure

08:10AM 17   you know more about the details of this than I do right now --

08:10AM 18   but my recollection is the objections were based on other

08:10AM 19   matters, not on a timeliness issue.  I don't know if that's

08:10AM 20   right or not.

08:10AM 21        MR. BROCK:  No.  There's no issue about timeliness.

08:10AM 22   These are disclosed on September the 27th, so that's not the

08:10AM 23   issue.

08:10AM 24              I'll get right to it.

08:10AM 25              The only thing I wanted to tell you is when we say

08:10AM 1    there's not an objection to the exhibit, what we mean is this is

08:10AM 2    something we worked out at the beginning of the trial.  That's

08:10AM 3    why we're saying that there is a no objection, because we

08:10AM 4    withdrew our timeliness objection, they withdrew their other

08:10AM 5    objections.

08:10AM 6              I'm now going to offer 24222.1 and 236603.1, and

08:11AM 7    my understanding is that the government does not object to these

08:11AM 8    demonstratives beings admitted.

08:11AM 9              THE COURT:  These are in connection with whose

08:11AM 10   testimony?

08:11AM 11             MR. BROCK:  Dr. Gringarten yesterday.

08:11AM 12             THE COURT:  Is that correct, Ms. Himmelhoch?

08:11AM 13             MS. HIMMELHOCH:  Your Honor, it is correct that the

08:11AM 14   United States does not object to the demonstratives.  My

08:11AM 15   objections yesterday were directed to the testimony based upon

08:11AM 16   the demonstratives.

08:11AM 17             THE COURT:  So you don't object to what Mr. Brock just

08:11AM 18   offered?

08:11AM 19             MS. HIMMELHOCH:  No, we do not, and we --

08:11AM 20             THE COURT:  Okay.  That's it.  That's all.  That's

08:11AM 21   admitted.

08:11AM 22             MR. BROCK:  That's all I wanted.

08:11AM 23             THE COURT:  Okay.  No problem.  That was a long way

08:11AM 24   around to get to that point.  You could have just said you had

08:11AM 25   two exhibits that nobody objected to them.

08:11AM 1          MR. BROCK:  Well, I could have.  You're right.

08:11AM 2              I just wanted you to know that when we're saying

08:11AM 3   that, it's not something we're just pulling out of the blue.  We

08:11AM 4   have a reason for saying it.

08:11AM 5          THE COURT:  I understand.

08:11AM 6          MR. BROCK:  These are things we think we've worked out,

08:11AM 7   and that's why we've done it.  For the benefit of our examiners,

08:12AM 8   I wanted you to know that.

08:12AM 9          THE COURT:  Well, I'm happy you all were able to work

08:12AM 10  it out again.

08:12AM 11         MR. BROCK:  Thank you, Your Honor.

08:12AM 12             With that, we call Mr. Bob Merrill.

08:12AM 13         MS. KING:  Rachel King for the United States, Your

08:12AM 14  Honor.

08:12AM 15             I have here the list of exhibits that the United

08:12AM 16  States used with Dr. Whitson.  Exhibits, call-outs, and

08:12AM 17  demonstratives.  This list has been circulated, and there are no

08:12AM 18  objections.

08:12AM 19         THE COURT:  All right.  Without objection, those are

08:12AM 20  admitted.

08:12AM 21             (Exhibit admitted.)

08:12AM 22         MS. KING:  Thank you, Your Honor.

08:12AM 23         THE COURT:  Any other preliminary matters?

08:12AM 24             Remember, we're going to recess right at noon

08:12AM 25  today.  No later than noon, let me put it that way.

08:12AM 1          Okay.

08:12AM 2          By the way, let me announce our times.  According

08:12AM 3   to our timekeepers, these are our times according to Ben.  I

08:13AM 4   think it will be a moot issue, because the way we're going I

08:13AM 5   don't think we're not going to exhaust all the time anyway.

08:13AM 6          But the United States has used 16 hours and 13

08:13AM 7   minutes; has 28:47 remaining.

08:13AM 8          BP has used 18 hours 45 minutes; has 26:15

08:14AM 9   remaining.

08:14AM 10          **ROBERT CLIFFORD MERRILL, JR.**, being first duly

08:14AM 11   sworn, testified as follows:

08:14AM 12          THE CLERK:  State and spell your name for the record.

08:14AM 13          THE WITNESS:  My name is Robert Clifford Merrill,

08:14AM 14   Junior, M-E-R-R-I-L-L.

08:14AM 15          MR. BOLES:  Your Honor, Mr. Boles for BP and Anadarko.

08:14AM 16   If may proceed?

08:14AM 17          THE COURT:  Yes.

08:14AM 18                    DIRECT EXAMINATION

08:14AM 19   BY MR. BOLES:

08:14AM 20   Q   Good morning, Dr. Merrill.

08:14AM 21   A   Good morning.

08:14AM 22   Q   Maybe speak up a little bit.

08:14AM 23   A   Okay.

08:14AM 24   Q   Tell us where you work, Dr. Merrill.

08:14AM 25   A   I work for BP Exploration in Houston.

08:14AM 1    Q    What's your job?

08:14AM 2    A    I'm currently director of reservoir engineering for the

08:14AM 3    corporation.  I oversee the health of the engineering community,

08:14AM 4    the reservoir engineering community.

08:14AM 5    Q    By health, what do you mean?

08:15AM 6    A    Organizational capability; make sure we have the right

08:15AM 7    people in the right locations and that they're properly trained.

08:15AM 8    Q    So is part of what your work involves is teaching other

08:15AM 9    reservoir engineers?

08:15AM 10   A    I do teach on occasion internal and some courses for

08:15AM 11   partners.

08:15AM 12   Q    When you say courses for partners, what does that industry

08:15AM 13   term mean, partners specifically?

08:15AM 14   A    We have partnerships with other firms, such as the Gulf of

08:15AM 15   Suez Petroleum Company, or with Reliance Industries.  I go and I

08:15AM 16   sometimes teach our methods to them.

08:15AM 17   Q    Dr. Merrill, how long have you been a reservoir engineer?

08:15AM 18   A    I've been a reservoir engineer in one form -- a reservoir

08:15AM 19   engineer in one form or another for about 30 years.

08:15AM 20   Q    Are you a member of any professional societies?

08:15AM 21   A    Yes.  I'm a member of the Society of Petroleum Engineers,

08:16AM 22   and I'm a licensed professional engineer in the state of Texas.

08:16AM 23   Q    In addition to the leadership position you described at BP,

08:16AM 24   do you have leadership positions outside of BP?

08:16AM 25   A    Yes.  I am an Episcopal priest, and I am rector and pastor

08:16AM 1   of Saint Bartholomew Episcopal Church in Hempstead, Texas.

08:16AM 2   Q   I want to focus in on the work you did at BP related to the

08:16AM 3   Macondo incident.  When did you first start doing any work

08:16AM 4   relating to the Macondo incident?

08:16AM 5   A   With the exception of a few stray questions, I started

08:16AM 6   working on the Macondo incident in about mid-May of 2010.

08:16AM 7   Q   Now, Dr. Merrill, I want you to listen very carefully to my

08:16AM 8   questions.  At some point in the summer of 2010, did you start

08:16AM 9   doing a separate work stream to provide scientific analysis to

08:16AM 10  the lawyers defending BP in this case?

08:16AM 11  A   Yes.  I started what I was told was called privileged work

08:17AM 12  in August of 2010.

08:17AM 13  Q   Dr. Merrill, I'm going to now go back and be asking you

08:17AM 14  about the nonprivileged work you did in analyzing the Macondo

08:17AM 15  well.  And I just want to ask you, in my questions for the rest

08:17AM 16  of the morning or as long as I ask you questions, will you

08:17AM 17  understand that I am not asking you to describe the privileged

08:17AM 18  work you did with the lawyers?

08:17AM 19  A   Yes, I understand that.

08:17AM 20  Q   What were you doing when you started in May?  What were you

08:17AM 21  doing to assist in the response to the incident?

08:17AM 22  A   Most of my work for the Macondo incident involved the

08:17AM 23  estimation of pressures in the face of the large uncertainties

08:17AM 24  we had about the flow rate.  You know, what sort of pressures

08:17AM 25  might be encountered at various horizons in the reservoir in the

08:18AM 1    stratographic section; what pressures might be encountered at

08:18AM 2    the wellhead were we to shut it in.

08:18AM 3              This started in mid-May for the Top Kill.  It then

08:18AM 4    continued in June for the planning of the relief wells.  And

08:18AM 5    towards the end of June, early July, we turned our attentions to

08:18AM 6    the wellbore integrity test, which was the capping stack for the

08:18AM 7    -- which ultimately closed the well.

08:18AM 8    Q   Now, in this modeling you were doing to predict pressure,

08:18AM 9    did you work with a team of other scientists or engineers?

08:18AM 10   A   Well, I was working for the engineering team that was led by

08:18AM 11   Paul Tooms.  And I was working very closely with Kate Baker from

08:18AM 12   whom I was taking most of my instructions.

08:18AM 13             I had a team of people who were working for me on

08:18AM 14   a number of different issues.  I had a few people help me with

08:19AM 15   reservoir simulation and a few people working on pressure

08:19AM 16   transient analysis, including Michael Levitan, who was our

08:19AM 17   technical advisor for pressure transient analysis.

08:19AM 18   Q   Now, when you and your team were doing analysis to try to

08:19AM 19   predict pressure related to the Macondo incident, did you have

08:19AM 20   inputs into that modeling or analytical work for rock

08:19AM 21   compressibility?

08:19AM 22   A   I did.

08:19AM 23   Q   Why?

08:19AM 24   A   Well, rock compressibility is one of those fundamental

08:19AM 25   properties you need to perform reservoir simulation.  It's like

08:19AM 1    permeability -- it's not like permeability, but it's of the

08:19AM 2    nature of the permeability porosity or net to gross.  It's one

08:19AM 3    of the rock properties which a simulation package requires in

08:20AM 4    order to make predictions about pressure based on flow.

08:20AM 5    Q    In the modeling work you were doing as a general matter,

08:20AM 6    what is the effect of rock compressibility on the pressure that

08:20AM 7    you're predicting?

08:20AM 8    A    Rock compressibility, we're talking depletion, so when

08:20AM 9    you're withdrawing something from the reservoir, rock

08:20AM 10   compressibility is the measure of how spongy the rock is.

08:20AM 11           Now, we might think that rocks are solid like the

08:20AM 12   wood around me, but under the pressures of the earth above them

08:20AM 13   they actually act much more like sponges.

08:20AM 14           And so as you take fluid out of the reservoir, the

08:20AM 15   rock around it pushes down.  Compressibility is a measure of how

08:20AM 16   much the rock actually gives under this pressure.

08:20AM 17           So with a high compressibility, relatively high

08:21AM 18   compressibility, when you pull a certain amount of fluid out of

08:21AM 19   the reservoir, you will see a small pressure change.  With a low

08:21AM 20   compressibility, you take the same amount of fluid out of

08:21AM 21   otherwise the same reservoir, you see a larger pressure change.

08:21AM 22   Q    Now, in terms of -- we'll get to the specific modeling a

08:21AM 23   little later.  Where was the source of data you used to

08:21AM 24   determine the input for rock compressibility when you first

08:21AM 25   started using that input in your modeling mode?

08:21AM  1    A    I have received is from either Kelly McAughan or Steve

08:21AM  2    Wilson.

08:21AM  3    Q    Who is Steve Wilson?

08:21AM  4    A    Steve Wilson was the geomechanical advisor for the Gulf of

08:21AM  5    Mexico.

08:21AM  6    Q    How does geomechanics relate to rock compressibility?

08:21AM  7    A    Geomechanics is the study of how rocks deform under stress.

08:21AM  8    Q    So is a geomechanics person a person whose specialty

08:22AM  9    includes rock compressibility?

08:22AM 10    A    It's one the things in the geomechanics specialty, yes, sir.

08:22AM 11    Q    What about Kelly McAughan, what was her job?

08:22AM 12    A    Kelly McAughan was the reservoir engineer who was actually

08:22AM 13    assigned to the well during its drilling.  She worked in the

08:22AM 14    exploration function.

08:22AM 15    Q    Was she a geomechanics specialist?

08:22AM 16    A    No.  She was a general reservoir engineer.

08:22AM 17    Q    Let's look at TREX-10859.1.1.  And this is a call-out of a

08:22AM 18    portion of a document dated June 29, 2010.

08:22AM 19              At this time, Dr. Merrill, were you doing modeling

08:22AM 20    of the Macondo reservoir?

08:22AM 21    A    I was doing simulation -- modeling is a general term.  This

08:23AM 22    is a -- refers to a simulation model that I had prepared for

08:23AM 23    Macondo.

08:23AM 24    Q    What were you trying to simulate?

08:23AM 25    A    We purposely put this -- the reason we put this simulation

08:23AM 1    model together was to predict what sort of pressures the relief

08:23AM 2    well drillers would encounter during the drilling of the relief

08:23AM 3    wells.

08:23AM 4              We used it for a number of other purposes as well,

08:23AM 5    but the purpose it was originally put together for was for

08:23AM 6    relief well planning.

08:23AM 7    Q   What number did you input for rock compressibility in that

08:23AM 8    modeling?

08:23AM 9    A   Six microsips, which would be 6 times 10 to the minus 6

08:23AM 10   inverse psi.

08:23AM 11   Q   Is that what is symbolized by the last line of the call-out

08:23AM 12   by the notation C with a subscript F?

08:23AM 13   A   Yes, sir.  F for formation.

08:23AM 14   Q   Where did you get or how did you decide to use 6 microsips

08:24AM 15   in this simulation?

08:24AM 16   A   It was provided to me by Steve Wilson or Kelly.

08:24AM 17   Q   And do you know what they based it on?

08:24AM 18   A   It was my understanding at the time that it was based on

08:24AM 19   experimental measurements from rotary sidewall cores.

08:24AM 20   Q   At that time, did they give you any precautions about using

08:24AM 21   measured data from rotary sidewall cores to base an estimate of

08:24AM 22   rock compressibility?

08:24AM 23   A   No, sir.

08:24AM 24   Q   Had you ever or have you ever in your 30 years at the

08:24AM 25   Macondo well -- I'm sorry -- in your 30 years of word at BP

08:24AM 1    prior to Macondo, had you ever heard of any concerns about using

08:24AM 2    rotary sidewall cores to measure rock compressibility?

08:24AM 3          MR. CHAKERES:  Your Honor, I'm going to object.  This

08:24AM 4    goes beyond the scope of what he was doing in his response and

08:25AM 5    is calling for expert testimony.

08:25AM 6          MR. BOLES:  It's fact testimony.

08:25AM 7          THE COURT:  It sounds like a fact question.  Overrule

08:25AM 8    the objection.

08:25AM 9    BY MR. BOLES:

08:25AM 10   A    Until one meeting we had during the Macondo incident, it

08:25AM 11   never -- I was unaware of any controversy regarding the

08:25AM 12   reliability of rotary sidewall core data.

08:25AM 13   Q    And, in your prior work at BP as a reservoir engineer for

08:25AM 14   decades, had you in the past input into your models rock

08:25AM 15   compressibility numbers based on measurements of from rotary

08:25AM 16   sidewall cores?

08:25AM 17   A    Yes, I had.

08:25AM 18   Q    Now, we've been focusing on this particular document and the

08:25AM 19   6 microsips input for rock compressibility.  In predicting

08:25AM 20   pressures you were doing here, what would be the effect of

08:25AM 21   increasing that number?

08:25AM 22   A    Well, if you held all other things equal, then if you

08:26AM 23   increase the compressibility, you would increase -- well, you

08:26AM 24   would decrease the amount of depletion observed in the reservoir

08:26AM 25   or from wherever you were withdrawing fluid, and therefore you

08:26AM 1    would increase the final pressure in the reservoir.

08:26AM 2    Q    Now, you mentioned this meeting July 6th, and we're going to

08:26AM 3    get to that next.

08:26AM 4              In your simulations or other modeling of Macondo

08:26AM 5    prior to July 6th, did you use 6 microsips as the rock

08:26AM 6    compressibility input for all of those models and analyses?

08:26AM 7    A    Yes, sir.

08:26AM 8    Q    Let's take a look at D-24698.1 in order to set the

08:26AM 9    timeframe.

08:26AM 10             So you did a number of analyses and modeling to

08:27AM 11   predict pressure from Macondo reservoir prior to July 6th;

08:27AM 12   correct?

08:27AM 13   A    Yes, sir.

08:27AM 14   Q    You used 6 microsips as an input for all of those?

08:27AM 15   A    I input -- in those cases where I input compressibility,

08:27AM 16   yes, I used 6 microsips.

08:27AM 17   Q    Did your focus -- did you have a particular focus then

08:27AM 18   toward the end of June and early July in terms of the work you

08:27AM 19   were doing about the Macondo incident?

08:27AM 20   A    In June and early July the bulk of my -- well, actually

08:27AM 21   mostly in June -- the bulk of my work was involved in relief oil

08:27AM 22   planning and the pressures that might be observed as you drill

08:27AM 23   through the stratographic column because of the possible flow

08:27AM 24   between horizons.

08:27AM 25   Q    Now, referring to the timeline, did there come a time when

08:27AM 1    the Macondo well was shut in?

08:28AM 2    A    The well itself was shut in on the 15th of July.

08:28AM 3    Q    And did you at some point -- I think you actually testified

08:28AM 4    to this -- start doing modeling to predict the pressure that

08:28AM 5    would build up if the well was shut in?

08:28AM 6    A    Yes.  That work actually started towards the end of June.  I

08:28AM 7    don't remember exactly when.  The last part of June.  And it

08:28AM 8    continued through -- the predicted work continued through to the

08:28AM 9    point of shut-in.

08:28AM 10   Q    Why were you trying to predict pressure buildup that might

08:28AM 11   happen from shut-in?

08:28AM 12   A    One of the concerns that everyone had in the course of this

08:28AM 13   incident was that the well's integrity, that is the steel that

08:28AM 14   separated the hole in the ground, which was the well, from the

08:28AM 15   formations was damaged in some way.  It had no integrity.  There

08:29AM 16   was a hole in it.

08:29AM 17             And I don't know if the Court has heard anything

08:29AM 18   about burst discs, but in particular there was a hypothesis that

08:29AM 19   these burst discs in the well had failed and that you could have

08:29AM 20   established flow between the inside of the well and the outside

08:29AM 21   of the well.

08:29AM 22             And, if that were to occur, you could have high

08:29AM 23   pressure fluid flowing in the well and then out into a shallower

08:29AM 24   formation that could not actually contain it.

08:29AM 25   Q    Now let's take a look at TREX -- well, you mentioned that

08:29AM 1    there was a meeting on July 6th.

08:29AM 2    A   Yes, sir.

08:29AM 3    Q   And what was the purpose of that meeting?

08:29AM 4    A   The purpose of the meeting on July 6th was to review my

08:29AM 5    simulation work up to that point, with the principal focus on

08:30AM 6    what it might tell us about pressures.

08:30AM 7    Q   Let's take a look at TREX-140863.5.1.

08:30AM 8              Is this a portion of a presentation you gave at

08:30AM 9    that meeting?

08:30AM 10   A   Yes, sir, it is.

08:30AM 11   Q   Who attended that meeting?

08:30AM 12   A   That was an internal BP meeting.  It was attend by a number

08:30AM 13   of people, including Paul Tooms, Kate Baker, James Dupree, a

08:30AM 14   number of reservoir engineers who were working in the producing

08:30AM 15   fields in the Gulf of Mexico, some geologists.  I believe we

08:30AM 16   also had some flow specialists there as well.

08:30AM 17   Q   And let's look at TREX-14863.5.2.

08:31AM 18             What was the value you were using in the modeling

08:31AM 19   you presented for rock compressibility?

08:31AM 20   A   I was using a value of 6 microsips.

08:31AM 21   Q   Was there discussion about that during the meeting?

08:31AM 22   A   Yes, there was.

08:31AM 23   Q   What was the discussion?

08:31AM 24   A   I had been consistently using either the fluid withdrawal

08:31AM 25   rate or the presence or absence of an aquifer to control the

08:31AM 1    energy, the final pressures you might encounter in the

08:31AM 2    reservoir.

08:31AM 3              And during the discussion of compressibility --

08:31AM 4    well, during the discussion of the inputs to the model, one of

08:31AM 5    the reservoir engineers in the meeting raised the possibility

08:31AM 6    that rotary sidewall cores could provide data that was biased

08:31AM 7    low compared to data collected from other methods.

08:31AM 8    Q   Who was that reservoir engineer?

08:31AM 9    A   I believe it was Dave Schott.

08:32AM 10   Q   And do you know what he based that concern on?

08:32AM 11   A   During the meeting, I did not.  He raised it as anecdotal

08:32AM 12   evidence that in his experience he had observed this at a nearby

08:32AM 13   field in Galápagos.

08:32AM 14   Q   And were there other reservoir engineers at that meeting

08:32AM 15   from other nearby BP Gulf of Mexico fields?

08:32AM 16   A   I don't remember exactly who was there.  I'm fairly sure

08:32AM 17   Kelly was there.  And I think Jessica was there, but I honestly

08:32AM 18   don't remember.

08:32AM 19   Q   Were there other reservoir engineers there?

08:32AM 20   A   Yes.

08:32AM 21   Q   Who had worked on other fields?

08:32AM 22   A   Yes.

08:32AM 23   Q   And did any of them other than Dave Schott raise this

08:32AM 24   concern about rotary sidewall cores?

08:32AM 25   A   Not to my recollection.

08:32AM 1    Q   What was the decision that was made at that meeting about

08:32AM 2    what to do with rock compressibility in modeling the risk from

08:32AM 3    pressure buildup from the shut-in of the Macondo well?

08:33AM 4    A   The purpose of the meeting was to look at the risks around

08:33AM 5    pressure.  And the decision that came out of the meeting was

08:33AM 6    that we would increase the compressibilities that we were using

08:33AM 7    to look at the high side of the pressures that might be

08:33AM 8    encountered.

08:33AM 9            We also made the decision in that meeting to

08:33AM 10   increase the aquifer size, the largest aquifer we were looking

08:33AM 11   at to accomplish the same purpose.

08:33AM 12   Q   Now, how does increasing the aquifer size in the modeling to

08:33AM 13   assess risk of shut-in, how is that analysis or why was that

08:33AM 14   part of the same decision to increase rock compressibility

08:33AM 15   numbers or look at alternative higher cases of rock

08:33AM 16   compressibility?

08:33AM 17   A   Final reservoir pressure or the reservoir pressure for a

08:33AM 18   given withdrawal rate is dependent on the reservoir energy.

08:34AM 19           Now, you take reservoir energy out when you

08:34AM 20   produce fluids from the reservoir, and you put reservoir energy

08:34AM 21   in either by water that surrounds the reservoir flowing in

08:34AM 22   behind the fluid, which is the aquifer, or by changing the

08:34AM 23   properties of the rock, the compressibility.

08:34AM 24   Q   Now, did anybody at this July 6th meeting, yourself or the

08:34AM 25   managers there or the reservoir engineers there, say that they

08:34AM 1   had made a scientific conclusion that the rock compressibility

08:34AM 2   of 6 that you had been using for Macondo was incorrect?

08:34AM 3   A   No.  It was a possibility that because it was measured on

08:34AM 4   rotary sidewall cores it might be biased low.

08:34AM 5   Q   So then why would you then going forward use higher numbers?

08:34AM 6   A   For the purposes of the wellbore integrity test, we wanted

08:35AM 7   to understand how high the pressures were that we might

08:35AM 8   encounter in the well.

08:35AM 9          Because it was the magnitude of the pressure that

08:35AM 10  would either drive the pressure that was seen at the wellhead,

08:35AM 11  which to my understanding was also an issue because of the

08:35AM 12  possibilities of causing burst disc failure.

08:35AM 13         Or if the other burst discs or other integrity has

08:35AM 14  failed in the well, the magnitude of the pressure would actually

08:35AM 15  drive the flow rate into the shallower formations, which would

08:35AM 16  increase the risk of a surface breach.

08:35AM 17         We were very concerned about how much time we

08:35AM 18  would have to actually recognize a failure of integrity and the

08:35AM 19  bad things that would happen if we had a surface breach.

08:36AM 20  Q   And would a surface breach or causing of a surface breach be

08:36AM 21  more likely if the rock compressibility was higher other lower?

08:36AM 22  A   It has nothing to do with rock compressibility.

08:36AM 23  Q   In terms of the pressure buildup?

08:36AM 24  A   Well, with a higher compressibility you end up with a higher

08:36AM 25  final reservoir pressure, and it's the pressure that actually

08:36AM 1   drives the -- you know, if you had a lack of integrity, it would

08:36AM 2   have been the pressure that would have driven things.

08:36AM 3           It has nothing to do with the compressibility.

08:36AM 4   Q   Going forward in your modeling work -- which we'll look at a

08:36AM 5   few examples of it -- -going forward, what rock compressibility

08:36AM 6   number or numbers did you use leading up to the shut-in on July

08:36AM 7   15th?

08:36AM 8   A   After some back and forth between Steve Wilson, Dave Schott,

08:37AM 9   Kelly, and myself, the decision was made to double the measured

08:37AM 10  values to 12, and also to triple them to 18 to provide high

08:37AM 11  estimates for the rock compressibility.

08:37AM 12  Q   Did you also continue in any of your modeling to use 6

08:37AM 13  microsips?

08:37AM 14  A   I continued to use 6 throughout my modeling efforts.

08:37AM 15  Q   Now, you mentioned Steve Wilson.  Remind Judge Barbier who

08:37AM 16  he is again.

08:37AM 17  A   Steve Wilson was the geomechanics technical advisor for the

08:37AM 18  government.

08:37AM 19  Q   Was he at this July 6th meeting?

08:37AM 20  A   He was not.

08:37AM 21  Q   So let's see what role he played in this afterwards.  Let's

08:37AM 22  look at TREX-11557.2.1.

08:37AM 23           Did you receive this email from Mr. Wilson,

08:37AM 24  Dr. Merrill?

08:37AM 25  A   I did.

08:38AM 1    Q    And focusing your attention on the sentence:  I don't think

08:38AM 2    you can go much above 6 microsips and still honor the data.

08:38AM 3              Do you see that?

08:38AM 4    A    Yes, sir.

08:38AM 5    Q    Do you remember hearing that from Steve Wilson?

08:38AM 6    A    Yes.

08:38AM 7    Q    And did you talk to him after this email in response to it?

08:38AM 8    A    Yes, I did.

08:38AM 9    Q    What did you talk about with him?

08:38AM 10   A    I went and I --

08:38AM 11            MR. CHAKERES:  I object to this on hearsay grounds.

08:38AM 12            THE COURT:  Sustained.

08:38AM 13   BY MR. BOLES:

08:38AM 14   Q    Let's take a look at TREX-1157.1.1.

08:38AM 15              Is this an email that you received from Mr.

08:38AM 16   Wilson, Dr. Merrill?

08:38AM 17   A    Yes, I did.

08:38AM 18   Q    And it says in the first sentence:  I have spoken with Bob

08:38AM 19   Merrill and have more context now around the question being

08:39AM 20   asked.

08:39AM 21   A    Yes, sir.

08:39AM 22   Q    Had you had a conversation with Steve Wilson to explain the

08:39AM 23   reason for looking at alternative higher rock compressibility

08:39AM 24   values coming out of that July 6th meeting?

08:39AM 25   A    Yes, I had.

08:39AM 1      MR. CHAKERES:  Same objection, Your Honor, as to the

08:39AM 2  content of that communication.

08:39AM 3      MR. BOLES:  Your Honor, the government has put into

08:39AM 4  issue why BP was looking at or the significance of BP looking at

08:39AM 5  alternative rock compressibility.

08:39AM 6          So these are facts and offered for the fact of the

08:39AM 7  discussions going on.  Let the decision...

08:39AM 8      THE COURT:  You can't.  You can't use -- I mean, this

08:39AM 9  is clearly hearsay if he's going to say what someone else at BP

08:39AM 10 told him.  I don't know how you get around the hearsay rule.

08:39AM 11     MR. BOLES:  I don't think that was part of my question.

08:39AM 12         I'll re-ask the question.  Maybe it will be a

08:39AM 13 different question.  If not, then I'm sure I will hear an

08:39AM 14 objection and then I'll move on.

08:39AM 15     THE COURT:  Okay.

08:40AM 16 BY MR. BOLES:

08:40AM 17 Q   Had you had a conversation with Steve Wilson about the July

08:40AM 18 6th meeting where rock compressibility was discussed?

08:40AM 19 A   Yes, I did.

08:40AM 20 Q   What did you tell him?

08:40AM 21     MR. CHAKERES:  Your Honor, that's still hearsay.  It's

08:40AM 22 an out-of-court statement.

08:40AM 23     THE COURT:  No. The fact that he had a meeting, that's

08:40AM 24 not hearsay.  Go ahead.  Overrule that objection.

08:40AM 25 BY MR. BOLES:

08:40AM 1    A    I told Steve that we were looking for higher values of

08:40AM 2    compressibility that were still within the realms of possibility

08:40AM 3    so that we could calculate a higher final depleted pressure.

08:40AM 4    Q    And did Steve Wilson eventually provide to your team for

08:40AM 5    modeling the risks of shut-in alternative higher rock

08:40AM 6    compressibility numbers to use in that modeling?

08:40AM 7    A    Not exactly.  Yes, after some discussion he came out with a

08:40AM 8    range of numbers.  But the final numbers we used for modeling

08:41AM 9    were simple multiples of the measured rock compressibility.

08:41AM 10   Q    Which was?

08:41AM 11   A    Two times and three times, so 12 microsips and 18 microsips.

08:41AM 12   Q    And the measured number was what, Dr. Merrill?

08:41AM 13   A    6 microsips.

08:41AM 14   Q    Did the geomechanics specialist, Mr. Wilson, ever deliver to

08:41AM 15   your team for use in your modeling a scientific study showing

08:41AM 16   that the rock compressibility of 6 measured in the Macondo

08:41AM 17   reservoir was incorrect?

08:41AM 18   A    He did not present a written study, no, sir.

08:41AM 19   Q    Did he provide any study to you showing you and convincing

08:41AM 20   you that the rotary sidewall core measurements were biased low?

08:41AM 21   A    No, he did not.

08:42AM 22   Q    Let's take a look at TREX-20849.1.

08:42AM 23             Do you recognize in a document, Dr. Merrill?

08:42AM 24   A    It's hard to recognize something straight from the title

08:42AM 25   page.

08:42AM 1    Q    All right.  Let's take a look at TREX-020841N.3.1.

08:42AM 2    A    Yes, I recognize this slide.

08:42AM 3    Q    And what is this, Dr. Merrill?

08:42AM 4    A    I prepared this slide for a meeting -- we had lots of

08:42AM 5    meetings -- in which I was discussing the depleted pressures

08:42AM 6    that one would calculate based on a number of scenarios.

08:42AM 7    Q    Now, it says on this page of the presentation:  Recommends

08:42AM 8    new, quote, most likely, end quote, 3.8 times aquifer, 12

08:42AM 9    microsips, and 35.

08:43AM 10                    What does MDB stand for?

08:43AM 11   A    Thousands of barrels a day.

08:43AM 12   Q    What does that refer to, Dr. Merrill?

08:43AM 13   A    That was the flow rate that we were using in the simulation

08:43AM 14   as our mid-case here.

08:43AM 15   Q    And in the middle does it say 12 microsips?

08:43AM 16   A    It does.

08:43AM 17   Q    Now, what did you mean by putting most -- and did you put

08:43AM 18   most likely in quotation marks there?

08:43AM 19   A    I did.

08:43AM 20   Q    Why did you do that?

08:43AM 21   A    These parameters were not statistically most likely.  They

08:43AM 22   were our mid-case, our reference case.

08:43AM 23   Q    What did you regard as the most likely number for rock

08:43AM 24   compressibility at this time?

08:43AM 25   A    I was using 6 as the experimentally measured values.

08:43AM 1   Q   We've heard you say that 12 microsips was an increase from

08:43AM 2   the measured value of 6; correct?

08:43AM 3   A   Yes, sir.

08:43AM 4   Q   And what about the 3.8 times aquifer?  How can that relate

08:43AM 5   to prior modeling you had done?

08:43AM 6   A   3.8 was actually on the high side of the aquifer modeling I

08:44AM 7   had done to that point.  That was based on a geological

08:44AM 8   examination, a map, which mapped a four time, roughly four times

08:44AM 9   aquifer size.

08:44AM 10  Q   Why were you using an aquifer number on the high side in

08:44AM 11  this?

08:44AM 12  A   Well, one of the decisions we made in July 6th, in the July

08:44AM 13  6th meeting, was to increase the aquifer size.  And so four

08:44AM 14  times aquifer here, 3.8, became a middle case, because we were

08:44AM 15  going up to 14 times and 24 times aquifer size in the scenarios

08:44AM 16  we were examining for the wellbore integrity test.

08:44AM 17  Q   Why were you looking at these higher numbers?

08:44AM 18  A   We wanted to understand just how high the pressure might be

08:44AM 19  in those scenarios.

08:44AM 20  Q   And I see here an alternative aquifer case of 24 times.

08:45AM 21  A   Yes, sir.

08:45AM 22  Q   Is that what you believe the aquifer was at Macondo?

08:45AM 23  A   No.  There was a similar conversation with the -- I don't

08:45AM 24  know if they were geologists or geophysicists, but the

08:45AM 25  exploration team who were mapping the structure.  We asked them

08:45AM 1  how big might it be.  And, well, getting to 4 times was not

08:45AM 2  difficult.  Getting to 14 times, you know, you'd have to expand

08:45AM 3  your channel boundaries a little bit.  And getting to 24 times

08:45AM 4  was their upper estimate.

08:45AM 5  Q    Had you ever modeled any reservoir on an aquifer of 24 times

08:45AM 6  in your career?

08:45AM 7  A    Oh, yes, sir.

08:45AM 8  Q    Now, the 35,000 barrels per day, was that a flow rate that

08:45AM 9  you had analyzed and had concluded was the rate at Macondo at

08:45AM 10 this time?

08:45AM 11 A    No, sir.  I had made no flow rate analyses at these times.

08:46AM 12 What I did was I ran the model under flow rate control and I

08:46AM 13 specified how much oil would flow from the model.

08:46AM 14 Q    Let take a look at TREX-9324.3.

08:46AM 15          Do you recognize this document, Dr. Merrill?

08:46AM 16 A    This is the start of a presentation or a number of

08:46AM 17 presentations that were held with the government to examine the

08:46AM 18 risks of shutting in the well with the Capping Stack.

08:46AM 19 Q    And did you make a presentation during --

08:46AM 20 A    I made at least one presentation during this day-long

08:46AM 21 meeting.

08:46AM 22 Q    Let's look at TREX-9324.17.

08:46AM 23          Is this a slide from your presentation?

08:46AM 24 A    It is.

08:46AM 25 Q    And were there members of the government science team at

08:46AM 1    this meeting?

08:46AM 2    A    There were.

08:47AM 3    Q    And in red it says next to a assumptions, C, sub script R.

08:47AM 4    What does that refer to?

08:47AM 5    A    That's the rock compressibility.

08:47AM 6    Q    And it has number of 12 microsips?

08:47AM 7    A    Yes, sir.

08:47AM 8    Q    Did you use the words Most Likely on this slide?

08:47AM 9    A    I did not.

08:47AM 10   Q    Did you use them in any part of this presentation?

08:47AM 11   A    I don't believe so.

08:47AM 12   Q    Did you tell anybody at the government who was at this

08:47AM 13   meeting that you thought a rock compressibility number of 12

08:47AM 14   microsips was most likely?

08:47AM 15   A    I don't recall saying that.  If I did, I would have used air

08:47AM 16   quotes most likely.

08:47AM 17   Q    You also have as sensitivities for rock compressibility 6

08:47AM 18   and 18 microsips.

08:47AM 19   A    Yes, sir.

08:47AM 20   Q    And, again, 6 was the measured value?

08:47AM 21   A    Yes, sir.

08:47AM 22   Q    Why at the time of this presentation were you presenting 12

08:47AM 23   and 18 microsips as well as 6 microsips?

08:47AM 24   A    This was a presentation where we were describing the risks

08:48AM 25   of what would happen if you did not have wellbore integrity.

08:48AM 1                    It's a magnitude of the pressure that drives the

08:48AM 2   rate of speed at which you would have seen a subsea broach if

08:48AM 3   you did not have well integrity.

08:48AM 4                    And that's what we were discussing.

08:48AM 5   Q   And the higher rock compressibility assumptions would have

08:48AM 6   done what to the expected pressure?

08:48AM 7   A   It would have increased the pressure and made the

08:48AM 8   conclusions drawn from the exercise more conservative.

08:48AM 9   Q   Why at this time before shut-in were you trying to look at

08:48AM 10  higher compressibilities to look at higher possible pressures?

08:48AM 11  A   Because we really did not understand what was happening in

08:48AM 12  the reservoir.  And it was a -- the right thing to do.  It was

08:48AM 13  just the right thing to do to seeing how high the pressure could

08:49AM 14  be, since that would determine how quickly the shallower

08:49AM 15  formations actually filled with oil and exceeded their fracture

08:49AM 16  gradient and fracture to surface and caused a subsea blowout.

08:49AM 17                   That would have been a very bad thing to occur.

08:49AM 18  Q   In the same section where there's 12 microsips, the

08:49AM 19  assumptions section, there's also the number aquifer 3.8 times.

08:49AM 20  A   Yes.

08:49AM 21  Q   Was that an increase from what you had previously modeled

08:49AM 22  and considered most likely?

08:49AM 23  A   Well, as I said, in my previous modeling efforts I had used

08:49AM 24  a variety of aquifer sizes from 0 to .5 to 3.8.

08:49AM 25  Q   Let's take a look now, go back to TREX -- not TREX --

08:49AM 1    D-24698-2.  So we looked at the early modeling you did with 6

08:49AM 2    microsips and the July 6th meeting and ensuing presentations

08:50AM 3    leading up to these July 8th and 9th presentations using 12

08:50AM 4    microsips.

08:50AM 5                    What was the date of shut-in?

08:50AM 6    A   The 15th.

08:50AM 7    Q   And let's take a look at a presentation from the day after

08:50AM 8    that, TREX-10845.1.

08:50AM 9                    Do you recognize this, Dr. Merrill?

08:50AM 10   A   Yes, sir.

08:50AM 11   Q   What were you presenting at this time?

08:50AM 12   A   I wasn't the only person presenting at this presentation.

08:50AM 13   But my portion of the presentation, it was about the

08:50AM 14   interpretation of the pressure buildup data observed at the

08:50AM 15   wellhead between the meeting we just discussed on the 9th of

08:50AM 16   July and the actual shut-in of the well.

08:50AM 17                    We had done some serious thoughts about how we

08:51AM 18   might actually recognize a lack of integrity in the well, and we

08:51AM 19   had recommended to the government science team, as well as to

08:51AM 20   BP, that we'd use a classical form of pressure transient

08:51AM 21   analysis called a Horner plot to do the analysis.

08:51AM 22   Q   Was there a difference in your focus or concern or approach

08:51AM 23   to the pressure modeling that's reflected or the pressure

08:51AM 24   analysis that's reflected here a day after the shut in of the

08:51AM 25   well as compared to the modeling you did in the days immediately

08:51AM 1    prior to the shut in that we just looked at?

08:51AM 2    A    The purposes of the two modeling efforts were completely

08:51AM 3    distinct.  Before we shut in the well, we didn't actually know

08:51AM 4    what the data would demonstrate.  We didn't know what we would

08:51AM 5    see, and so we were actually considering a range of

08:52AM 6    possibilities with particular worry to the high side pressures.

08:52AM 7             After we started collecting data, then we were

08:52AM 8    much more concerned about understanding the character of the

08:52AM 9    pressure buildup to see if it was actually illustrating or

08:52AM 10   demonstrating or providing information about whether we had

08:52AM 11   wellbore integrity or not.

08:52AM 12            So going from having no data and making

08:52AM 13   predictions to actually trying to understand the data that

08:52AM 14   you're collecting.

08:52AM 15   Q    Now, let's take look at some of your analysis of that

08:52AM 16   pressure data that started coming in after the shut-in.

08:52AM 17   TREX-10845.10.

08:52AM 18   A    Yes, sir.

08:52AM 19   Q    What is this, Dr. Merrill?

08:52AM 20   A    This is just 24 hours after the shut-in of the well.  And

08:52AM 21   you can see in the lower right-hand corner is this Horner plot

08:52AM 22   which I mentioned.  The Horner plot can be constructed

08:53AM 23   completely from the data.  There's no interpretation in a Horner

08:53AM 24   plot.  You do not need to use compressibility.  You do not need

08:53AM 25   to use flow rate.

08:53AM 1        You do not need to use permeability or any rock

08:53AM 2  properties.  You simply do a small manipulation on the time

08:53AM 3  available and you plot the pressure.  So each one of those

08:53AM 4  crosses is an actual data point, a collected data point from the

08:53AM 5  well shut-in and the period after the well shut-in.

08:53AM 6        However, to do anything quantitative with pressure

08:53AM 7  transient analysis, you have to make a rate assumption and you

08:53AM 8  have to provide physical properties for the analysis.  And

08:53AM 9  that's illustrated by the black line, which is a model fit to

08:53AM 10  this early time dates.

08:53AM 11        You can see we assumed that it was a radio

08:53AM 12  composite model.  We used the measured rock compressibility of 6

08:54AM 13  microsips.  We used the oil in place number that the geologists

08:54AM 14  had provided.  It says mid-case rate, but I don't remember what

08:54AM 15  the mid-case rate was.

08:54AM 16        And it says limited or no aquifer.  Because at

08:54AM 17  this time, it was really clear, even 24 hours after the shut-in

08:54AM 18  of the well, that our high side fears were not justified.  There

08:54AM 19  was nothing to suggest that we either had an aquifer that was

08:54AM 20  providing pressure support, nor was there any evidence that the

08:54AM 21  rock compressibility was other than what was measured.

08:54AM 22  Q   Now, where is the rock compressibility shown on this slide?

08:54AM 23  A   Well, explicitly stated right there, CR.  It's implicit in

08:54AM 24  the black lines.

08:54AM 25  Q   And that's the second bullet point on the right-hand side?

08:54AM 1    A    Yes, sir.

08:54AM 2    Q    Now, the pressure data that you were actually getting at

08:55AM 3    this time after the well was shut in and the Capping Stack gauge

08:55AM 4    was measuring pressure, is that shown on this slide by those

08:55AM 5    little crosses on the left-hand side?

08:55AM 6    A    Yes, sir.

08:55AM 7    Q    And by the dots on the Horner plot?

08:55AM 8    A    Well, those are courses too, yes.

08:55AM 9    Q    Are there any actual pressure data points in any of the

08:55AM 10   earlier presentations we saw where you used alternative cases of

08:55AM 11   rock compressibility of 12 and 18 microsips?

08:55AM 12   A    No, sir.

08:55AM 13   Q    Now, let's take a look at TREX-10845.11.  Is this from the

08:55AM 14   same presentation?

08:55AM 15   A    Yes, sir.

08:55AM 16   Q    And in this slide you've got in the lower right-hand side

08:55AM 17   both 6 and 12 microsips; is that correct?

08:56AM 18   A    Yes, sir.

08:56AM 19   Q    And you also have the higher aquifer assumption that we saw

08:56AM 20   pre-shut-in of 3.8.

08:56AM 21   A    Yes, sir.

08:56AM 22   Q    Why is that, Dr. Merrill?

08:56AM 23   A    The presentation here, we were trying to demonstrate

08:56AM 24   confidence that the pressure data we were actually observing at

08:56AM 25   the wellhead was not inconsistent with the range of scenarios we

08:56AM 1    had performed prior to shut-in.

08:56AM 2    Q    When you say the range of scenarios prior to shut-in, are

08:56AM 3    you referring to the scenarios we saw in your July 8 and 9

08:56AM 4    presentations that included alternative cases such as 12

08:56AM 5    microsips?

08:56AM 6    A    That is correct.  Now, in this particular graph -- it's been

08:56AM 7    a long time.  I don't know if I re-ran some of these simulations

08:56AM 8    after the actual shut in of the well.

08:56AM 9              But certainly simulation takes a long time to run

08:57AM 10   relative to other things, and so we did not update any of our

08:57AM 11   assumptions at this point.

08:57AM 12   Q    In other words, Dr. Merrill, when do you think this slide

08:57AM 13   and this modeling using 12 microsips was done?

08:57AM 14   A    The slide was certainly prepared for this 2 p.m. meeting on

08:57AM 15   the 16th.  The simulations may have been done overnight on the

08:57AM 16   15th.  And the reason I say that is there's a slow shut-in here,

08:57AM 17   and our early simulations all assumed an instantaneous shut-in.

08:57AM 18             But we didn't change any of the other assumptions

08:57AM 19   in the model.

08:57AM 20   Q    Now, does this slide, and it has Xs and dots on it, is there

08:57AM 21   anywhere on there a display or presentation of actual pressure

08:57AM 22   data from the pressure gauge on a Capping Stack after shut-in?

08:58AM 23   A    No, sir.

08:58AM 24   Q    And what did that data end up telling you about your

08:58AM 25   alternative cases that you had built in pre-shut-in of 12 and 18

08:58AM 1   microsips?

08:58AM 2   A   There was no reason to invoke a higher compressibility or an

08:58AM 3   aquifer in order to explain the data we observed in the well

08:58AM 4   test.

08:58AM 5   Q   What was it you were observing in the data that told you you

08:58AM 6   no longer needed to look at 12 and 18?

08:58AM 7   A   The pressure was coming in at a level -- 6600 pounds or

08:58AM 8   thereabouts, I believe -- that was consistent with a combination

08:58AM 9   of compressibilities, and no aquifer and flow rates that we had

08:58AM 10  previously modeled and were using as our base case.

08:58AM 11              It's hard to be definitive.  There's uncertainty.

08:58AM 12  We did not know the flow rate.  You can't use pressure transient

08:59AM 13  analysis data quantitative without a flow rate.

08:59AM 14              But there was no evidence that there was anything

08:59AM 15  incorrect with the input parameters that we had been using prior

08:59AM 16  to July the 6th.

08:59AM 17  Q   Henceforth, Dr. Merrill, after this immediate shut in time

08:59AM 18  period, after July 16th, did you continue to do modeling or

08:59AM 19  analyses of the Macondo reservoir?

08:59AM 20  A   I did.

08:59AM 21  Q   What number -- and, again, I don't want you to talk about

08:59AM 22  privileged work you did for the lawyers -- but what number did

08:59AM 23  you use for rock compressibility?

08:59AM 24  A   I almost always used a value of 6 microsips.

08:59AM 25  Q   Why?

08:59AM 1   A   Because that was the measured value.

08:59AM 2   Q   Did you believe that was the most likely value?

08:59AM 3   A   It was the measured value, and there was no evidence to the

08:59AM 4   contrary to the use the measured value.  Most likely yes,

08:59AM 5   because it was measured.

08:59AM 6   Q   Do you know someone named Dr.  Paul Hseih of the United

09:00AM 7   States Geological Survey?

09:00AM 8   A   I do.  I worked closely with Paul throughout the incident,

09:00AM 9   particularly during the wellbore integrity test.

09:00AM 10  Q   After the shut in, did you have occasion to talk with him

09:00AM 11  about rock compressibility?

09:00AM 12  A   Yes, sir.

09:00AM 13  Q   What did you tell him?

09:00AM 14  A   I told him we were using 6 microsips.

09:00AM 15  Q   Let's take a look at TREX-142325.1.1.

09:00AM 16            Do you recognize this email as we've called it out

09:00AM 17  here, Dr. Merrill?

09:00AM 18  A   Yes, sir.

09:00AM 19  Q   And what is this?

09:00AM 20  A   Paul wasn't actually in Houston during the actual shut in of

09:00AM 21  the well.  He went somewhere.

09:00AM 22            But we talked with him by phone.  And, in the

09:00AM 23  course of that phone call, we were discussing a number of

09:00AM 24  things.  This email confirmed the numbers we had used in that

09:00AM 25  phone call.

09:00AM  1          And, in particular, what's called out here, we

09:01AM  2   confirmed that the measured compressibility was 6 microsips and

09:01AM  3   it was based on sidewall cores.

09:01AM  4   Q    Did you express any doubt to Dr. Hseih about the reliability

09:01AM  5   of this number?

09:01AM  6   A    No.

09:01AM  7   Q    Let's go to TREX-11551.1.1.

09:01AM  8          After the shut-in, did you resume your work on

09:01AM  9   modeling and predicting the pressure that the drillers working

09:01AM 10   on the relief well would encounter?

09:01AM 11   A    Yes, sir.

09:01AM 12   Q    And is this TREX-11551.1.1 a call-out from modeling work you

09:01AM 13   did to predict pressure in the relief well?

09:01AM 14   A    Yes, sir.

09:01AM 15   Q    Let's look at TREX-11551.3.1.

09:02AM 16          What number were you using for rock

09:02AM 17   compressibility in trying to predict the pressure that the

09:02AM 18   drillers would encounter in drilling the relief well?

09:02AM 19   A    6 microsips.

09:02AM 20   Q    Was it important to get that input correct?

09:02AM 21   A    Yes, it was.

09:02AM 22   Q    Why?

09:02AM 23   A    Because the drillers were depending upon these pressure

09:02AM 24   predictions to prepare their mud weight.  You have to be careful

09:02AM 25   when you are drilling a well, because you want to balance your

09:02AM 1    mud weight to the pressures you're likely to encounter.

09:02AM 2    Q    Let's look at TREX-10924.1.1.

09:02AM 3                This is an email from you to Michael Levitan.  Do

09:02AM 4    you recognize this, Dr. Merrill?

09:02AM 5    A    Yes, sir.

09:02AM 6    Q    And in the highlighted portion it says:  Here is a new

09:02AM 7    request from the science team (Tom Hunter/Secretary Chu) and

09:02AM 8    makes a reference to a request for a plot of pressure data.

09:03AM 9                Do you remember this?

09:03AM 10   A    Yes, sir.

09:03AM 11   Q    And what were you doing?

09:03AM 12   A    Well, the science -- the government wanted us to actually

09:03AM 13   generate some of these derivative plots because I believe their

09:03AM 14   software they were using at the time didn't do derivative

09:03AM 15   analyses.

09:03AM 16                And, although Cindy bobbled the nomenclature here,

09:03AM 17   there are not revisions of a Horner plot.  But we were asked to

09:03AM 18   actually present not only a Horner analysis, but also a

09:03AM 19   derivative analysis for certain flow rate assumptions.

09:03AM 20                Because, again, you have to assume a flow rate to

09:03AM 21   construct one of these derivative plots.

09:03AM 22   Q    And let's take a look at TREX-10924.21.1.

09:03AM 23                And these plots that you prepared for Secretary

09:03AM 24   Chu and Tom Hunter, what input value were you using for rock

09:04AM 25   compressibility?

**OFFICIAL TRANSCRIPT**

09:04AM 1    A    Well, these weren't actually presented.  These were the

09:04AM 2    slides that I sent to Mike Levitan to review prior to the

09:04AM 3    presentation to the government.

09:04AM 4    Q    And did you use 6 microsips in your analysis that you

09:04AM 5    presented to the government?

09:04AM 6    A    Yes, we did.

09:04AM 7    Q    Let's look at TREX-9318.1.1.

09:04AM 8                   Another email from you with copies to Tooms and

09:04AM 9    Yeilding and Baker.

09:04AM 10                  Do you know what this is, Dr. Merrill?

09:04AM 11   A    Yes.  This appears to be the email that I sent following the

09:04AM 12   previous email once we had finalized our presentation to the

09:04AM 13   government.  The attachments, for example, say:  Bob match 25th

09:05AM 14   of July; ML for Mike Levitan review, final.

09:05AM 15   Q    And, again, let's go look at portions from what was

09:05AM 16   transmitted TREX-9318.4.1.

09:05AM 17                  What was the rock compressibility input you were

09:05AM 18   using in this work?

09:05AM 19   A    6 microsips.

09:05AM 20   Q    Let's go back to our timeline, D-24698-3.

09:05AM 21                  Dr. Merrill, you briefly used the alternative

09:05AM 22   cases of 12 and 18 in evaluating the risks of shut-in.

09:05AM 23                  After the shut-in, what number were you using for

09:05AM 24   rock compressibility in the analyses you did of Macondo?

09:05AM 25   A    6 microsips.

09:05AM 1    Q    Did you ever use something other than 6 microsips?

09:05AM 2    A    At the time of the wellbore integrity test, because we were

09:05AM 3    very concerned with wellbore integrity and we wanted to be

09:05AM 4    aligned with the government, we also used the values that the

09:05AM 5    government were using for their interpretation.

09:06AM 6                    And so, when we ran those internally, we used

09:06AM 7    other values.

09:06AM 8    Q    In terms of your own modeling using your own engineering

09:06AM 9    judgment and that of other BP scientists and engineers provided

09:06AM 10   to you, what number did you use following the shut-in?

09:06AM 11   A    6 microsips.

09:06AM 12   Q    Let's go over one more document, TREX-10923.1.  Do you

09:06AM 13   recognize this, Dr. Merrill?

09:06AM 14   A    This is a note to Mike Levitan.

09:06AM 15   Q    And what are you writing to Mike Levitan about?

09:06AM 16   A    This is related to the derivative plots in the modeling that

09:06AM 17   we were just discussing.

09:06AM 18   Q    Let's go to TREX-10933.3.1.

09:07AM 19                    What rock compressibility number were you using in

09:07AM 20   this modeling?

09:07AM 21   A    6 microsips.

09:07AM 22   Q    Dr. Merrill, let me just wrap up the discussion about rock

09:07AM 23   compressibility by asking you based on your engineering career,

09:07AM 24   your reservoir engineering career at BP, what was, in your

09:07AM 25   decisions with respect to modeling pressure buildup or analyzing

09:07AM 1   the Macondo reservoir, what was your reasoning behind using 6

09:07AM 2   microsips for rock compressibility other than the period just

09:07AM 3   before shut-in?  What's your --

09:07AM 4           MR. CHAKERES:  Your Honor, I think this is --

09:07AM 5           THE WITNESS:  I'm not sure.

09:07AM 6           THE COURT:  Wait one second.

09:07AM 7           MR. CHAKERES:  This is trying to dress up expert

09:07AM 8   testimony as fact testimony.  We'd object.

09:08AM 9           MR. BOLES:  If they are not going to enquire into the

09:08AM 10  engineering, judgment, or thought process of BP engineers and

09:08AM 11  scientists, then I'll withdraw the question.

09:08AM 12           Otherwise, I think that's relevant to what their

09:08AM 13  raising and what their experts are apparently basing their

09:08AM 14  decisions on rock compressibility on.

09:08AM 15          THE COURT:  I don't know what they're going to ask.

09:08AM 16  We'll deal with that when we get to it.

09:08AM 17           But I agree with the objection, so sustained.

09:08AM 18  BY MR. BOLES:

09:08AM 19  Q   Let me switch to a different parameter, Dr. Merrill, which

09:08AM 20  is permeability.

09:08AM 21           Did you, in some of your modeling, need an input

09:08AM 22  for permeability?

09:08AM 23  A   Yes, sir.

09:08AM 24  Q   Briefly, what is permeability?

09:08AM 25  A   Permeability is a measure of however easily fluid, either

09:08AM 1   gas, water, or oil, flows through a rock.

09:08AM 2              Again, it's hard to conceive of fluid flowing

09:08AM 3   through a rock because it's not our experience.  But it's a

09:09AM 4   measure of just how easily fluid flows through a rock when a

09:09AM 5   pressure drop is applied across it.

09:09AM 6   Q   And where did you get the data or where did you get the

09:09AM 7   number that you used in your modeling for permeability?

09:09AM 8   A   I received it in a spreadsheet that was provided to me by

09:09AM 9   Kelly McAughan.

09:09AM 10  Q   Let's take a look at D-24727, which is a more legible

09:09AM 11  call-out of what I believe was TREX 130138.

09:09AM 12             Do you recognize this, Dr. Merrill?

09:09AM 13  A   Well, I recognize the Excel spreadsheet behind the --

09:09AM 14  whatever this is.

09:09AM 15  Q   Right.  And let's take a look at the numbers in this more

09:09AM 16  legible call-out from that spreadsheet.

09:09AM 17             Do you recall looking at reported numbers for

09:09AM 18  Macondo permeability under the categories such as arithmetic air

09:10AM 19  permeability, referring to the first column there, geometric air

09:10AM 20  permeability, perm converted to oil and perm used in model?

09:10AM 21  A   Yes, sir.

09:10AM 22  Q   And can you explain to Judge Barbier what you did -- by the

09:10AM 23  way, the yellow highlighting on the bottom if we look at the

09:10AM 24  left-hand column, it says M56D, M56E, and M56F.

09:10AM 25             Do you see that?

09:10AM 1    A    Yes, sir.

09:10AM 2    Q    What's that referring to, Dr. Merrill?

09:10AM 3    A    Those were the three reservoir layers that we believed were

09:10AM 4    contributing to flow in this incident.

09:10AM 5    Q    Can you explain to Judge Barbier how you used these four

09:10AM 6    columns of data, if you used them, in coming up with

09:10AM 7    permeability numbers you used as a senior reservoir engineer in

09:10AM 8    your modeling and analytical work for BP during the incident?

09:10AM 9    A    Well, the first two -- the first two columns where it says

09:11AM 10   arithmetic air permeability show the values that are log derived

09:11AM 11   from a correlation between porosity and permeability that's

09:11AM 12   based on core data.

09:11AM 13             Then you look at the squiggles on the log and you

09:11AM 14   actually build up a more detailed distribution of permeability

09:11AM 15   versus depth.

09:11AM 16             And then you average them across those intervals,

09:11AM 17   and there's an arithmetic average there and a geometric average

09:11AM 18   there, and that's a measure of how variable the permeability is

09:11AM 19   within the layer.

09:11AM 20             So, for example, M56E, you see the arithmetic air

09:11AM 21   perm average is about 500 and the geometric air perm average is

09:11AM 22   about 300.  That's actually fairly close for those two averages.

09:12AM 23             And so you would conclude that the M56E was fairly

09:12AM 24   homogenous.  But the M56F, the arithmetic perm average is over

09:12AM 25   1400 and the geometric air permeability average is about 130.

09:12AM 1    So you would conclude on that basis that the M56F was less

09:12AM 2    homogenous.

09:12AM 3              But you would never use the air permeability.  You

09:12AM 4    then need to convert the measured air permeability to what the

09:12AM 5    effective permeability is in the presence of oil.

09:12AM 6              And so, in the model, you can see that I used the

09:12AM 7    permeability converted to oil values of -- we use a conversion

09:12AM 8    factor of .85 for all of the layers except for those which had

09:12AM 9    very, very low permeabilities to start with.

09:12AM 10             I was deliberate to actually -- in fact, you can

09:13AM 11   actually see I added some permeability to a layer which didn't

09:13AM 12   have any reported permeability.  And the sole reason I did that

09:13AM 13   was because this model, as I mentioned, was originally created

09:13AM 14   for relief well planning, and we wanted to actually understand

09:13AM 15   the maximum depletion in these other layers.

09:13AM 16             And, frankly, not a lot's going to flow out of the

09:13AM 17   layer with three millidarcy permeability.

09:13AM 18   Q   That 85 percent conversion factor that you used to go from

09:13AM 19   air permeability to oil permeability, where did you get that,

09:13AM 20   Dr. Merrill?

09:13AM 21   A   During the time of the incident I -- I was not aware where

09:13AM 22   this value came from.  I understood that it was based on an

09:13AM 23   analog, but I don't know.  I did not know the basis of it.

09:13AM 24   Q   And had you ever done conversions of air permeability to oil

09:13AM 25   permeability from other reservoirs?

09:13AM 1   A   Yes, sir.

09:13AM 2   Q   Did you consider using a different number or than 85 percent

09:14AM 3   for Macondo?

09:14AM 4   A   No, sir.

09:14AM 5   Q   Were there other lower numbers that you had available that

09:14AM 6   you didn't use because you wanted to be estimating on the high

09:14AM 7   side of permeability?

09:14AM 8   A   No, sir.  It was actually not my call to use that factor.

09:14AM 9   Q   Now, you mentioned that you wouldn't ever use air

09:14AM 10  permeability in your work.  I want to go back though to the air

09:14AM 11  permeability number.

09:14AM 12        MR. BOLES:  Yes, counsel?

09:14AM 13        MR. CHAKERES:  There's no question, but I was objecting

09:14AM 14  in case there was expert testimony elicited.  So the objection

09:14AM 15  stands.

09:14AM 16        THE COURT:  All right.  I guess there's no objection.

09:14AM 17  BY MR. BOLES:

09:14AM 18   Q   All right.  Let's go to the first column, arithmetic air

09:14AM 19  permeability.  You see in that first column of numbers there,

09:14AM 20  Dr. Merrill, going down to the highlighted part, and I want to

09:14AM 21  focus only M56D and E, the first two of those three highlighted

09:15AM 22  rows.

09:15AM 23   A   Yes, sir.

09:15AM 24   Q   Those were the two thicker layers?

09:15AM 25   A   I think so, But the numbers are on that little bit that

09:15AM 1    nobody can read, so...

09:15AM 2    Q   Now, can you read that for the M56D arithmetic air

09:15AM 3    permeability that it's 257.67?

09:15AM 4    A   Yes, sir.

09:15AM 5    Q   And that for M56E arithmetic air permeability it's 514.04?

09:15AM 6    A   Yes, sir.

09:15AM 7    Q   Have you ever seen those reported or heard those discussed

09:15AM 8    in BP as sort of a rounded off way as permeabilities between 250

09:15AM 9    and 500 millidarcies?

09:15AM 10        MR. CHAKERES:  Excuse me, Your Honor, that calls for

09:15AM 11   hearsay.

09:15AM 12        THE WITNESS:  I don't actually understand the question.

09:15AM 13   BY MR. BOLES:

09:15AM 14   Q   Sure.  Did you ever use a range of permeabilities in your

09:16AM 15   modeling as suggested by the numbers for arithmetic air

09:16AM 16   permeability, which I'm going to round off of 250 to 500

09:16AM 17   millidarcies?

09:16AM 18   A   I don't recall using any numbers in my simulation work

09:16AM 19   except for the last column here.

09:16AM 20   Q   Which is labeled permeability used in model?

09:16AM 21   A   Yes, sir.

09:16AM 22   Q   Which had that discount factor or conversion factor of 85

09:16AM 23   percent from air permeability to oil permeability?

09:16AM 24   A   Yes, sir.

09:16AM 25   Q   Did any reservoir engineer on your team use a range of

09:16AM 1   permeability of 250 to 500 millidarcies based on air

09:16AM 2   permeability?

09:16AM 3   A   I don't think so.  Not under my direction.

09:16AM 4            MR. BOLES:  Thanks, Dr. Merrill.

09:17AM 5            MR. CHAKERES:  Good morning, Your Honor.  My name is

09:17AM 6   Nat Chakeres on behalf of the United States.

09:17AM 7            THE COURT:  Go ahead.

09:17AM 8                          CROSS EXAMINATION

09:17AM 9   BY MR. CHAKERES:

09:17AM 10   Q   Good morning, Dr. Merrill.  My name is Nat Chakeres, and I

09:17AM 11   have you on cross examination.

09:17AM 12   A   Good morning.

09:17AM 13   Q   I would like to go back to what you talked about this

09:17AM 14   morning about the period in early July 2010.

09:17AM 15   A   Yes, sir.

09:17AM 16   Q   You understood at that time that a Capping Stack was going

09:17AM 17   to be installed; correct?

09:17AM 18   A   Yes, sir.

09:17AM 19   Q   And there's going to be attempts to shut the Capping Stack;

09:18AM 20   correct?

09:18AM 21   A   Yes, sir.

09:18AM 22   Q   And there's concern about what you call well integrity;

09:18AM 23   correct?

09:18AM 24   A   Yes, sir.

09:18AM 25   Q   Now, you discussed a presentation you gave regarding

09:18AM 1    reservoir depletion modeling around July 6th; correct?

09:18AM 2    A   Yes, sir.

09:18AM 3    Q   In that meeting you described there was Paul Tooms, Kate

09:18AM 4    Baker, James Dupree, yourself, a number of individuals from the

09:18AM 5    Gulf of Mexico and elsewhere in BP; correct?

09:18AM 6    A   Yes, sir.

09:18AM 7    Q   And one reservoir engineer, Dave Schott, raised an issue

09:18AM 8    about the values of core quality and compressibility from rotary

09:18AM 9    sidewall cores; correct?

09:18AM 10   A   Yes, sir.

09:18AM 11   Q   Did Dave Schott steamroll everybody else in that meeting,

09:18AM 12   all those executives and senior individuals from BP into

09:18AM 13   accepting his view of things?

09:18AM 14   A   No, sir.  But there was a lively discussion, and so

09:18AM 15   steamroll would be the wrong term.  Dave can be quite passionate

09:19AM 16   when he has a subject that is of interest to him.

09:19AM 17                Dave made the case that we should consider higher

09:19AM 18   values for the purposes of examining what the highest pressure

09:19AM 19   would be when we shut-in the well.

09:19AM 20   Q   Dave made the case, and after he made the case, a number of

09:19AM 21   individuals, including yourself and Steve Wilson, decided to use

09:19AM 22   the higher values; correct?

09:19AM 23   A   For the purposes of planning the well integrity test and the

09:19AM 24   highest pressures we could see, that is correct.

09:19AM 25   Q   Now, let's look at your presentation that you gave in that

09:19AM 1  meeting.  That was Exhibit 10839, and I'd like to go to page 31

09:19AM 2  of that exhibit.  So 10839.31.31.US.

09:19AM 3  A   This was on the 6th of July?

09:19AM 4  Q   This is on the 6th of July.  I can go back to the cover page

09:19AM 5  if you want to.

09:19AM 6  A   No. I just wanted to make sure which meeting it was.  There

09:19AM 7  are a lot of meetings.

09:20AM 8  Q   There are a lot of meetings.  You were discussing some of

09:20AM 9  this this morning, right?  You had a concern about crossflow

09:20AM 10  into the M110 sand; correct?

09:20AM 11  A   Yes, sir.

09:20AM 12  Q   And you see here that it's small, five feet thick, and in

09:20AM 13  one scenario could fill to fracture pressure in ten days;

09:20AM 14  correct?

09:20AM 15  A   Yes, sir.

09:20AM 16  Q   And that's what you were talking about this morning, you

09:20AM 17  were worried about how fast those sands could fill up and then

09:20AM 18  start fracturing to surface; correct?

09:20AM 19  A   Yes, sir.

09:20AM 20  Q   And if we could go to your exhibit, your presentation that

09:20AM 21  you gave on July 8th, that's Exhibit 1084.  If we could go to

09:21AM 22  page 38 of that exhibit.

09:22AM 23          While we're getting that up, Dr. Merrill, in the

09:22AM 24  modeling that you performed --

09:22AM 25          THE COURT:  Is that what you were looking for?

09:22AM 1          MR. CHAKERES:  One page further.  If you could rotate

09:22AM 2   that.

09:22AM 3   BY MR. CHAKERES:

09:22AM 4   Q    So here we are two years later after we have your about

09:22AM 5   using the higher compressibility values, you are still concerned

09:22AM 6   about the shut-in wellhead pressures.  You have the exact same

09:22AM 7   calculation here about the speed at which the M110 sands are

09:22AM 8   going to fill up, don't you?

09:22AM 9   A    Yes, sir.

09:22AM 10  Q    You did not, at any point between July 6th and July 8th,

09:22AM 11  perform an additional calculation about how fast the 110 sands

09:22AM 12  are going to fill up, did you?

09:22AM 13  A    I do not recall, but we didn't -- I don't think this slide

09:22AM 14  has changed between the two dates.

09:22AM 15  Q    That's correct.  This slide hasn't changed, has it?  You are

09:22AM 16  still presenting the same rate at which the M110 sands are going

09:22AM 17  to fill up, aren't you?

09:22AM 18  A    The number is the same here.

09:22AM 19  Q    Okay.

09:22AM 20          Now, you did change the reservoir depletion

09:23AM 21  calculations between July 6th and July 8th; correct?

09:23AM 22  A    I'm not actually sure we did anything more than add a few

09:23AM 23  more simulation cases.  The ones we discussed.  I had already

09:23AM 24  run the cases -- no, no.

09:23AM 25          Between the 6th and the 8th -- I don't want to get

09:23AM 1   confused.  Between the 6th and the 8th we added the cases we've

09:23AM 2   already discussed about increased aquifer size and increased

09:23AM 3   compressibility.

09:23AM 4   Q   And those cases showed that when you shut in the well, for

09:23AM 5   keeping all else equal, the reservoir is going to recover to a

09:23AM 6   higher pressure; correct?

09:23AM 7   A   That is correct.

09:23AM 8   Q   Now, if we could look at back to your presentation on July

09:23AM 9   6th, that's Exhibit 10839.

09:24AM 10                  Now, in this exhibit, you had been -- you

09:24AM 11  presented on page 19.

09:24AM 12  A   Can we make it bigger?

09:24AM 13  Q   Yeah.  Let's just pull this out.  This is your July 6th

09:24AM 14  presentation.

09:24AM 15  A   I can read that.  I couldn't read the other.

09:24AM 16  Q   Okay, yeah.

09:24AM 17                  So you testified earlier that you didn't know what

09:24AM 18  the flow rate was at this time; correct?

09:24AM 19  A   That is correct.

09:24AM 20  Q   And if we could call out the third bullet.

09:24AM 21                  You had actually been requested by Kate Baker to

09:24AM 22  avoid making any conclusions about likely flow rates; hadn't

09:24AM 23  you?

09:24AM 24  A   That is correct.

09:24AM 25  Q   And after the well was shut in, you were never told of any

09:24AM 1    of the flow rate calculations that were performed through the

09:24AM 2    Capping Stack; were you?  During the July timeframe.

09:24AM 3    A   I was aware that the government had a team that was actually

09:25AM 4    calculating some number because we talked to them every day.

09:25AM 5            So I was aware in July during the incident that

09:25AM 6    the government was doing some calculations.

09:25AM 7    Q   Were you aware that anybody at BP was doing some

09:25AM 8    calculations?

09:25AM 9    A   I was not.

09:25AM 10   Q   Were you ever informed of the numbers that either the

09:25AM 11   government or BP was coming up with at that time?

09:25AM 12   A   I may -- I do not remember the numbers.  I may have

09:25AM 13   overheard the government's numbers, but I don't recall what they

09:25AM 14   were at the time.

09:25AM 15   Q   Now, I'd like to move to the period after the well was shut

09:25AM 16   in.  You testified that at that point you were no longer worried

09:25AM 17   about high pressures.

09:25AM 18   A   That is correct.

09:25AM 19   Q   Now, if we could go to Exhibit 10931.2.1.US.

09:26AM 20           MR. CHAKERES:  My apologies, Your Honor.  I'll keep

09:26AM 21   this moving along.  While that's coming up -- here we go.

09:26AM 22           If we could actually go back and call out the

09:26AM 23   entire email from which this call-out is taken to provide

09:26AM 24   context.

09:26AM 25           You asked a person named David Hutchison to help

09:26AM 1    with some of your modeling, didn't you?

09:26AM 2    A   He was one of the people who was helping me do the pressure

09:26AM 3    transient analysis.

09:26AM 4    Q   Do you recall asking him to perform some of this work on

09:26AM 5    July 19, 2010?

09:26AM 6    A   No, I don't specifically.  But I don't deny it either.

09:26AM 7    Q   Okay.  And if we look at -- so that's 10931.2.1.US.

09:27AM 8            Did you ask David Hutchison on July 19, 2010, to

09:27AM 9    run pressure transient analysis using both compressibility

09:27AM 10   values of 6 microsips and 12 microsips?

09:27AM 11   A   I don't recall.  I'd have to see the context.

09:27AM 12   Q   Okay.  Hopefully we can get that up.

09:27AM 13   A   What were the two values you said?

09:27AM 14   Q   6 microsips and 12 microsips.

09:27AM 15   A   I don't know.  I'd have to see the context.

09:27AM 16   Q   But the context on July 19, 2010, was that you were no

09:27AM 17   longer worried about the high of the pressures, were you?  You

09:27AM 18   were just trying to get it right; right?

09:27AM 19   A   We were trying to understand the data we were collecting to

09:27AM 20   make sure that we could -- that it wasn't -- it didn't have any

09:28AM 21   of the anomalies.

09:28AM 22   Q   All right.  Here's the email from yourself to David

09:28AM 23   Hutchison on July 19th.

09:28AM 24            Do you see that?

09:28AM 25   A   Yes, sir.

09:28AM 1    Q    And you state in the first line, David, as we discussed, I'd

09:28AM 2    like it second set of eyes on this data; right?

09:28AM 3    A    Yes, sir.

09:28AM 4    Q    And then down at the bottom you have the list of other

09:28AM 5    important items.

09:28AM 6              Do you see that?

09:28AM 7    A    Yes, sir.

09:28AM 8    Q    And you provide parameters?

09:28AM 9    A    Um-hum.

09:28AM 10   Q    At the parameters are on the far side of that line.  You

09:28AM 11   have CF, and that would be rock compressibility in this case;

09:28AM 12   right?

09:28AM 13   A    Yes, it would.

09:28AM 14   Q    And it says either 6 microsips or 12 microsips; right?

09:28AM 15   A    Yes, sir.

09:28AM 16   Q    Now, you were asked some questions about Exhibit 9318, And

09:28AM 17   I'd like to ask you about some of those.

09:28AM 18              Before I go into the specifics, if we could pull

09:28AM 19   up Exhibit 938.4.1.US.  I'd like to ask some questions to

09:29AM 20   confirm what you were doing at this time.

09:29AM 21              At this time, you were looking at the pressure

09:29AM 22   buildups; correct?  At the time of July 26, 2010.

09:29AM 23   A    Yes, sir.

09:29AM 24   Q    And you were presented some cases that you ran in the July

09:29AM 25   25th-July 26th timeframe during your direct exam; correct?

09:29AM 1   A   Yes, sir.

09:29AM 2   Q   And in those -- at that timeframe, is it correct that what

09:29AM 3   you were trying to do was capture reasonable matches to the

09:29AM 4   pressure transient data that showed these could be reasonable

09:29AM 5   reservoirs consistent with that data?

09:29AM 6   A   Would you repeat the question?

09:29AM 7   Q   Yes.  At the time you were running pressure transient

09:29AM 8   analysis in late July, you were trying to find reasonable

09:29AM 9   matches to the pressure transient analysis data, to the pressure

09:29AM 10  data; correct?

09:30AM 11  A   Yes.

09:30AM 12  Q   Now, this is one of the cases that was an, Exhibit 9318,

09:30AM 13  that you were shown on direct.

09:30AM 14              Do you see that?

09:30AM 15  A   Yes, sir.

09:30AM 16  Q   And the flow rate that you assumed here was 45,000 barrels

09:30AM 17  per day; right?

09:30AM 18  A   Yes, sir.

09:30AM 19  Q   That's at the top.

09:30AM 20              And, again, you assumed that flow rate because you

09:30AM 21  had been given no flow rate information; correct?  You assumed

09:30AM 22  the flow rate because it was an unknown.

09:30AM 23  A   It was an unknown.  We actually did a number of flow rates.

09:30AM 24  Q   Right.  You were varying the flow rates because it was

09:30AM 25  considered an unknown; correct?

09:30AM 1   A    Yes.

09:30AM 2   Q    And to match the data at 45,000 barrels per day, you also

09:30AM 3   used a rock compressibility of 6 microsips; correct?

09:30AM 4   A    Yes, sir.

09:30AM 5   Q    And then if we scroll down a little bit you have a

09:30AM 6   permeability there of 450 millidarcies; don't you?

09:30AM 7   A    That's the number on the screen, yes.

09:30AM 8   Q    And that was the number that corresponded to a match of the

09:31AM 9   data with 6 microsips and 45,000 barrels per day; correct?

09:31AM 10  A    I believe it was because it was prepared on that day, yes.

09:31AM 11  Q    And the original oil in place corresponding to that match

09:31AM 12  was 137 million stock tank barrels; correct?

09:31AM 13  A    Yes, sir.  And that's because when you're doing the pressure

09:31AM 14  transient analysis, what you're actually trying to do is match

09:31AM 15  the boundaries that you're observing during the test with the

09:31AM 16  pressure signature.

09:31AM 17          As a consequence, as you move these things around,

09:31AM 18  the oil changes.

09:31AM 19  Q    So let me ask a follow-up question to that.  So you can't

09:31AM 20  get a unique solution to what the reservoir looks like from the

09:31AM 21  pressure transient analysis if you didn't have a flow rate;

09:31AM 22  could you?

09:31AM 23  A    No, sir.  Pressure transient balances and modern pressure

09:31AM 24  transient analysis requires a flow rate as an input.

09:31AM 25  Q    Let's go to page 6 of this exhibit.

09:32AM 1          And this is call-out 9318.6.1.US.  Then just call

09:32AM 2  it out, these parameters you were you just discussing.

09:32AM 3          You also were able to match the reservoir assuming

09:32AM 4  a flow rate of 30,000 barrels per day; correct?

09:32AM 5  A   Yes, sir.

09:32AM 6  Q   With a compressibility again of 6 microsips; correct?

09:32AM 7  A   Yes, sir.

09:32AM 8  Q   And a permeability of 280 millidarcies; correct?

09:32AM 9  A   If that's there, yes, sir.

09:32AM 10 Q   And the corresponding matching original oil in place that

09:32AM 11 allowed you to match the pressure signature with these other

09:32AM 12 parameters was 84 million stock tank barrels; correct?

09:32AM 13 A   Yes, sir.

09:32AM 14 Q   Let's go on to page 8 of this exhibit.  And this is a match

09:32AM 15 using parameters that you understood Paul Hseih for the United

09:32AM 16 States to be using in his pressure transient analysis; correct?

09:32AM 17 A   Yes, sir.

09:32AM 18 Q   And that's why it says at the top USGS parameters; correct?

09:32AM 19 A   Yes, sir.

09:32AM 20 Q   And as you note at the top, Paul Hseih was using, at that

09:33AM 21 time, a higher rock compressibility value than you had been;

09:33AM 22 correct?

09:33AM 23 A   Yes, sir.

09:33AM 24 Q   He was using compressibility -- well, you have here that

09:33AM 25 he's using a rock compressibility value of 14 microsips;

09:33AM 1    correct?

09:33AM 2    A    Then I assumed that's what he was using at this time.

09:33AM 3    Q    And he had a flow rate of 50,000 barrels per day; correct?

09:33AM 4    A    That was constant throughout the period.  All of these are

09:33AM 5    constant rates.

09:33AM 6    Q    And the original oil in place corresponding to that pressure

09:33AM 7    signature was 110 million stock tank barrels; correct?

09:33AM 8    A    That is what was input into Paul's model.  Paul's model was

09:33AM 9    not a pressure transient analysis program.  It was a

09:33AM 10   hydrological simulator, and so Paul had to input parameters into

09:33AM 11   his model that we did not use in pressure transient analysis.

09:33AM 12             For example, in classical pressure transient

09:34AM 13   analysis, you are changing the boundary sizes dynamically with

09:34AM 14   the -- to adjust the shape of your model to the buildup curve.

09:34AM 15             What Paul did, as I understand it, because we

09:34AM 16   discussed it a little bit, was he added a Lee Squares program to

09:34AM 17   his program to actually change various parameters, including the

09:34AM 18   permeability and I think the compressibility as well, to match

09:34AM 19   the curve.

09:34AM 20             So it's not quite the same thing.  And so these

09:34AM 21   were what his parameters were given to us, and we then input

09:34AM 22   them into our pressure transient analysis program.  So this is

09:34AM 23   probably not pressure transient analysis, but this is a

09:34AM 24   reflection of what his model showed in a pressure transient

09:34AM 25   analysis program.

09:34AM 1    Q   In your pressure transient analysis program, you were able

09:35AM 2    to use these inputs that you understood he was using and get a

09:35AM 3    match to the pressure data; correct?

09:35AM 4    A   We were able to reproduce his pressure signature in our

09:35AM 5    pressure transient analysis program.

09:35AM 6    Q   If we could go to page 10 of this exhibit.

09:35AM 7                And these are the conclusions that you present on

09:35AM 8    July 26th; aren't they?

09:35AM 9    A   Yes, sir.

09:35AM 10   Q   And I'd like to focus on the second bullet.  You have stated

09:35AM 11   at that time that there were numerous subsurface realizations

09:35AM 12   that could match the data reasonably well; correct?

09:35AM 13   A   Yes, sir.

09:35AM 14   Q   And then you said considering there is uncertainty in flow

09:35AM 15   rate, because you did not believe you knew the flow rate at that

09:35AM 16   time; correct?

09:35AM 17   A   Yes, sir.

09:35AM 18   Q   There's uncertainty in connected volume, correct?

09:35AM 19   A   Yes, sir.

09:35AM 20   Q   There are uncertainty in static parameters, including

09:35AM 21   compressibility and channel size; correct?

09:35AM 22   A   That's what's written here.

09:35AM 23   Q   There's uncertainty in flowing bottom hole pressure;

09:36AM 24   correct?

09:36AM 25   A   Yes, sir.

09:36AM 1   Q   And there's uncertainty in final static bottom hole

09:36AM 2   pressure; correct?

09:36AM 3   A   Yes, sir.

09:36AM 4   Q   So even with that pressure buildup data that you had, and

09:36AM 5   even with the Weatherford lab data that you had, you were still

09:36AM 6   stating that there was uncertainty in things like flow rate,

09:36AM 7   connected volume and static parameters like compressibility?

09:36AM 8   A   At this point, the government was using 12 microsips or 14,

09:36AM 9   or whatever the number was.  It bounced around.  And it was

09:36AM 10  uncertain, because they were running models that required a

09:36AM 11  higher compressibility to get the match that they did.

09:36AM 12         We weren't going to disagree with the match.  Our

09:36AM 13  principal concern here all along was wellbore integrity.  We

09:36AM 14  wanted to ensure when we matched their models and shadowed their

09:36AM 15  work that they wouldn't come up with an interpretation that

09:37AM 16  would catch us by surprise, and, you know, that would indicate

09:37AM 17  that there was a loss of integrity.

09:37AM 18         We were not doing any of this work for flow rate

09:37AM 19  purposes.

09:37AM 20  Q   Wasn't my question.  My question was just that even with the

09:37AM 21  pressure data you had and the other data you had regarding the

09:37AM 22  reservoir, what you were doing here was not uniquely defining

09:37AM 23  the reservoir.  What you were doing here was showing that there

09:37AM 24  were multiple cases with well integrity that matched the data;

09:37AM 25  correct?

2696

09:37AM 1    A    Yes, sir.

09:37AM 2          MR. CHAKERES:  No further questions.  Thank you.

09:37AM 3          THE COURT:  All right.  Redirect, Mr. Boles?

09:37AM 4          MR. BOLES:  Yes, a few questions, Your Honor.

09:37AM 5                    REDIRECT EXAMINATION

09:37AM 6    BY MR. BOLES:

09:38AM 7    Q    Dr. Merrill, I think the phrase you used was you were

09:38AM 8    shadowing the work of Dr. Hseih and other government scientists

09:38AM 9    and engineers.

09:38AM 10   A    Yes, sir.

09:38AM 11   Q    So for example, let's look at TREX-9318.8.1.

09:38AM 12          In the course of shadowing them, did you sometimes

09:38AM 13   run models with their input numbers such as rock

09:39AM 14   compressibility?

09:39AM 15   A    I think I just said that, yes.

09:39AM 16   Q    So for example, in this TREX-9318 where it says 14

09:39AM 17   microsips, it says in the caption on the top the second row,

09:39AM 18   blowout, USGS parameters, correct?

09:39AM 19   A    Yes, sir.

09:39AM 20   Q    And that references the United States geological survey?

09:39AM 21   A    Yes, sir.

09:39AM 22   Q    And you also were shown TREX-10931.2.  If we can look at

09:39AM 23   that.

09:39AM 24          I don't have a blowup of that, but let's just look

09:39AM 25   at it.  This is the email from Hutchinson to you, or from --

09:39AM 1    emails between you and Hutchison?

09:39AM 2    A   Yes, sir.

09:39AM 3    Q   And you were shown this because of the reference to 12

09:39AM 4    microsips?

09:39AM 5    A   Excuse me?

09:39AM 6    Q   Were you shown this document because there was a reference

09:39AM 7    there to 12 microsips?

09:40AM 8    A   Yes, there is.

09:40AM 9    Q   And, sir, do you know whether that number involved this

09:40AM 10   parallel effort you were making to shadow the government

09:40AM 11   analysis?

09:40AM 12   A   As I previously testified, I don't actually remember this

09:40AM 13   correspondence, but it might have been.  I don't know.

09:40AM 14   Q   Did you ever run models that you're aware of or do any

09:40AM 15   analysis on the Macondo well after the shut-in decision using a

09:40AM 16   compressibility number other than 6 microsips?

09:40AM 17   A   Well, yes, because I was using sometimes the USGS geological

09:40AM 18   survey's values.

09:40AM 19   Q   Well taken.

09:40AM 20             Other than the shadowing of the government

09:40AM 21   modeling using their inputs, in terms of your own judgment that

09:40AM 22   you applied in deciding what to input for rock compressibility

09:40AM 23   to model the behavior of the Macondo reservoir, did you

09:41AM 24   consistently use 6 microsips after shut-in?

09:41AM 25   A   I believe so.  I don't recall every run I made after the

09:41AM 1    shut-in.  I just don't remember every run that I made after the

09:41AM 2    shut-in.

09:41AM 3                But I tended to use 6 for the flow rates that we

09:41AM 4    were assuming.  It was not an issue.

09:41AM 5    Q   When it came to modeling the pressures to be predicted in

09:41AM 6    drilling of the relief well, what number did you use?

09:41AM 7    A   I have always used 6.

09:41AM 8    Q   And did you, in your decision making as a reservoir engineer

09:41AM 9    deciding what input to put in, what did you regard as the most

09:41AM 10   likely value for rock compressibility?

09:41AM 11   A   For all of my simulation work related to the relief well, I

09:41AM 12   used --

09:41AM 13               MR. CHAKERES:  Objection, Your Honor, this is calling

09:41AM 14   for expert testimony.

09:41AM 15               MR. BOLES:  Again, they put in issue his decision

09:41AM 16   making and that of other BP engineers and scientists about why

09:41AM 17   they used and what they used for rock compressibility.

09:41AM 18               MR. CHAKERES:  He asked for his opinion.  We're just

09:42AM 19   bringing out what they used.

09:42AM 20               MR. BOLES:  If counsel wants to stipulate that the

09:42AM 21   beliefs of BP reservoir engineers and scientists are not

09:42AM 22   relevant to what the value of rock compressibility is, I'll drop

09:42AM 23   the question.

09:42AM 24               But otherwise, I think they've put this in issue.

09:42AM 25               THE COURT:  Re-ask the question.

2699

```
09:42AM  1   BY MR. BOLES:

09:42AM  2   Q   Sure.  In the modeling work you did, Dr. Merrill, when you

09:42AM  3   were deciding what number to put in for rock compressibility,

09:42AM  4   what was your judgment as to what the most likely value was of

09:42AM  5   the true rock compressibility of the Macondo reservoir?

09:42AM  6            THE COURT:  I'm going to sustain the objection.  I

09:42AM  7   think the question -- I think the witness has already answered

09:42AM  8   that he got that number from the only so-called measured data

09:42AM  9   that was available, the Weatherford sidewall cores; right?

09:42AM 10            THE WITNESS:  It's my understanding that the only

09:42AM 11   measured data there was, Your Honor, was the sidewall cores.

09:42AM 12            THE COURT:  That's what you used.

09:42AM 13            MR. CHAKERES:  Yes, sir.

09:43AM 14   BY MR. BOLES:

09:43AM 15   Q   Dr. Merrill, do reservoir engineers, in deciding what inputs

09:43AM 16   to put into reservoir models, use judgment about how to use the

09:43AM 17   data and come up with inputs?

09:43AM 18   A   Excuse me?  I don't understand your question.

09:43AM 19   Q   Sure.  What was the basis for your decision to put in a

09:43AM 20   number for rock compressibility?

09:43AM 21            MR. CHAKERES:  Your Honor, I am going to object to

09:43AM 22   that.

09:43AM 23            THE COURT:  Sustained.  Sustained.  I think he answered

09:43AM 24   that.

09:43AM 25            MR. BOLES:  That's all I have, Your Honor.
```

| | |
|---|---|
| 09:43AM 1 | THE COURT:  Okay.  Thank you, sir.  You're done. |
| 09:43AM 2 | All right.  Let's take a 15-minute recess. |
| 09:43AM 3 | (Proceedings in recess.) |
| 10:00AM 4 | THE COURT:  Mr. Fields. |
| 10:00AM 5 | MR. FIELDS:  Good morning, Your Honor, Barry Fields. |
| 10:00AM 6 | BP and Anadarko call as their next witness Dr. Michael Zaldivar. |
| 10:00AM 7 | **MICHAEL ZALDIVAR**, being first duly sworn, |
| 10:00AM 8 | testified as follows: |
| 10:00AM 9 | THE CLERK:  Take a seat.  If you'll state and spell |
| 10:00AM 10 | your name for the record, please. |
| 10:00AM 11 | THE WITNESS:  My name's Michael Zaldivar, M-I-C-H-A-E-L |
| 10:00AM 12 | Z-A-L-D-I-V-A-R. |
| 10:00AM 13 | DIRECT EXAMINATION |
| 10:00AM 14 | BY MR. FIELDS: |
| 10:00AM 15 | Q   Dr. Zaldivar, my name is Barry Fields, and I will be |
| 10:01AM 16 | conducting your direct examination on behalf of BP and Anadarko. |
| 10:01AM 17 | THE COURT:  There appears to be a pending *Daubert* |
| 10:01AM 18 | motion or a motion in limine? |
| 10:01AM 19 | MR. CHAKERES:  Yes, Your Honor. |
| 10:01AM 20 | THE COURT:  I have looked at that, by the government, |
| 10:01AM 21 | pertaining to this witness.  It appears to me that the |
| 10:01AM 22 | government's objection really goes to the weight that I should |
| 10:01AM 23 | give to Dr. Zaldivar's testimony, so I'm going to overrule or |
| 10:01AM 24 | deny the motion. |
| 10:01AM 25 | MR. CHAKERES:  Thank you, Your Honor. |

10:01AM 1           MR. FIELDS:  Thank you, Your Honor.

10:01AM 2                May we proceed?

10:01AM 3           THE COURT:  Sure.

10:01AM 4     BY MR. FIELDS:

10:01AM 5     Q    Dr. Zaldivar, would you please introduce yourself to the

10:01AM 6     Court.

10:01AM 7     A    My name is Dr. Michael Zaldivar.  I'm president and founder

10:01AM 8     Evoleap.

10:01AM 9     Q    We'll get into more details about your qualifications, but

10:01AM 10    for right now will you provide the Court with just a thumbnail

10:01AM 11    sketch on your expertise.

10:01AM 12    A    Sure.  I have 11 years experience as a multiphase flow

10:01AM 13    expert and flow assurance engineer.  A flow assurance engineer

10:02AM 14    is an engineer that ensures that hydrocarbons that leave the

10:02AM 15    reservoir make it to the receiving facilities topside.  So they

10:02AM 16    focus on wells, flow lines or pipelines, and risers.

10:02AM 17    Q    BP and Anadarko hired you in this case?

10:02AM 18    A    That's correct.

10:02AM 19          MR. FIELDS:  Let's pull up D-24552-1.

10:02AM 20    BY MR. FIELDS:

10:02AM 21    Q    Can you give us an overview of the general issues or

10:02AM 22    questions that you were asked to address by BP and Anadarko?

10:02AM 23    A    Sure.

10:02AM 24                First, I was asked to determine whether a flow

10:02AM 25    pattern known as slug flow was present during mid-May of 2010.

10:02AM 1                    Second, if that pattern was present -- since slug

10:02AM 2    flow means there are certain bounds to the flow rate, what

10:02AM 3    conclusions could be drawn about the flow rate during that

10:02AM 4    period.

10:02AM 5    Q   Now, have you formed opinions on the two questions that are

10:02AM 6    set forth on D-245521?

10:03AM 7    A   I have.

10:03AM 8    Q   Before getting into those opinions in more detail, let's

10:03AM 9    discuss your background.

10:03AM 10                   MR. FIELDS:  Can you pull up D-24553.

10:03AM 11   BY MR. FIELDS:

10:03AM 12   Q   Using this particular demonstrative, can you provide the

10:03AM 13   Court with an overview of your educational background.

10:03AM 14   A   Yes.  I received my Bachelors of Science in chemical

10:03AM 15   engineering from the University of Houston in 1997.

10:03AM 16                   I then went to the University of Michigan where I

10:03AM 17   received a Masters and Ph.D. in chemical engineering in 2002.

10:03AM 18   Q   Let's take a look at your work experience, which is also

10:03AM 19   listed on this particular demonstrative exhibit.  Let me ask you

10:03AM 20   the question:  Have you been involved in the oil and gas

10:03AM 21   industry since you obtained your Ph.D. in 2002?

10:03AM 22   A   Yes.  My first job was directly in the oil and gas industry.

10:03AM 23   Q   Was your first job Multiphase Solutions?

10:03AM 24   A   Yes, that's correct.

10:03AM 25   Q   Tell us what you did at Multiphase Solutions while were you

10:04AM 1   working there it looks like from 2002 to 2008?

10:04AM 2   A   During that period, I served as a flow assurance engineer,

10:04AM 3   Which means that I built models to look at systems just like

10:04AM 4   we'll be discussing today.

10:04AM 5   Q   As a flow assurance engineer at Multiphase Solutions, were

10:04AM 6   you involved in either modeling or analyzing slug flow and pipes

10:04AM 7   or pipelines?

10:04AM 8   A   Yes.  Slug flow is a very common problem that flow assurance

10:04AM 9   engineers are faced with daily, and I looked at that problem

10:04AM 10  numerous times over that period, building models to study that

10:04AM 11  problem, analyze that problem.

10:04AM 12  Q   Where did you go after leaving Multiphase Solutions in 2008?

10:04AM 13  A   I went to Knowledge Reservoir.

10:04AM 14  Q   What did you do there?

10:04AM 15  A   At Knowledge Reservoir I was the director of knowledge

10:04AM 16  management.  I was responsible for looking at and improving

10:05AM 17  subsurface work flows or looking at the business practices

10:05AM 18  around all of the things that happen below the surface,

10:05AM 19  reservoir engineering, geomechanics, geology, those things.

10:05AM 20  Q   While were you at Knowledge Reservoir, were you involved in

10:05AM 21  developing any models of flow?

10:05AM 22  A   I wasn't directly responsible for the building of models.

10:05AM 23  However, a colleague that I used to work with at MSI came across

10:05AM 24  to Knowledge Reservoir with me.  He was responsible for flow

10:05AM 25  assurance.  We often discussed the work that he did during that

10:05AM 1    time.

10:05AM 2    Q    After you left Knowledge Reservoir in approximately 2010,

10:05AM 3    what did you do next?

10:05AM 4    A    I went to Kongsberg Oil and Gas Technologies, where I was

10:05AM 5    the Americas geomarket manager for LedaFlow.  LedaFlow is a

10:05AM 6    multi-phase simulator like OLGA.

10:05AM 7              In that capacity, I was responsible for the

10:06AM 8    management of two different teams:  a team of engineers

10:06AM 9    responsible for the engineering support and engineering studies

10:06AM 10   and training around LedaFlow, as well as a team of developers or

10:06AM 11   personnel responsible for developing the software.

10:06AM 12   Q    And, while you were at Kongsberg, were you involved in

10:06AM 13   developing various models to simulate multiphase flow?

10:06AM 14   A    I was.  In my capacity I was responsible for engineering

10:06AM 15   support, so quite frequently models were built and lots of

10:06AM 16   discussions around that process.

10:06AM 17             But that was one of my primary responsibilities.

10:06AM 18   Q    Finally, tell us about what type of work you do at Evoleaf

10:06AM 19   where you've been, looks like since 2012, or last year?

10:06AM 20   A    So in 2012 I started my own company.  It is an engineering

10:06AM 21   service company.  We provide flow assurance services to

10:07AM 22   operators around the world, and we also provide software in the

10:07AM 23   flow assurance community to those same customers.

10:07AM 24   Q    You referenced, I think, LedaFlow and OLGA.  Those are

10:07AM 25   multiphase flow simulators?

10:07AM 1    A    They are.

10:07AM 2    Q    Help the Court understand what a multiphase flow simulator

10:07AM 3    is in general.

10:07AM 4    A    So a multiphase flow simulator is a simulator that looks at

10:07AM 5    oil, gas, and potentially water and their behavior in wells,

10:07AM 6    pipelines, and risers.

10:07AM 7              Typically you have information about -- you have

10:07AM 8    measurement on the top side or you'll have a couple measurements

10:07AM 9    in the well, but you don't really understand what's happening.

10:07AM 10             These models focus on all of the things that

10:07AM 11   happen in between the measurement points.

10:05AM 12             MR. FIELDS:  Let's pull up D-24563, which I believe is

10:08AM 13   from appendix C of your report.

10:05AM 14   BY MR. FIELDS:

10:08AM 15   Q    And this particular slide lists various transient multiphase

10:08AM 16   simulators?

10:08AM 17   A    It does.  It lists both OLGA and LedaFlow which are used

10:08AM 18   specifically in this investigation.  It references both the

10:08AM 19   history, so both of these simulators have a long history.  OLGA

10:08AM 20   was the dominant software in this field for 30-plus years.

10:08AM 21   LedaFlow has about a ten-year history of studying and producing

10:08AM 22   results of multiphase flow and studying that phenomena.

10:08AM 23   Q    As a flow assurance engineer or expert, do you have

10:08AM 24   experience in using OLGA to model or evaluate multiphase flow in

10:09AM 25   pipes or pipelines?

10:09AM 1    A    I do.  During my career I've used OLGA repeatedly throughout

10:09AM 2    that career.

10:09AM 3    Q    You also referenced this LedaFlow simulator.  Do you have

10:09AM 4    experience using LedaFlow to analyze or evaluate multiphase flow

10:09AM 5    through pipes or pipelines?

10:09AM 6    A    I do.  I am rather unique in my experience with LedaFlow.  I

10:09AM 7    was hired in quite early in that software process or the taking

10:09AM 8    of that process from a research tool to a commercial tool.

10:09AM 9              I would say that I have maybe the most experience,

10:09AM 10   or certainly arguably one of the most experiences with that

10:09AM 11   particular piece of software.

10:09AM 12   Q    As a flow assurance engineer, why do you need to use

10:09AM 13   multiphase flow simulators?

10:09AM 14   A    Again, multiphase simulators are really about the

10:09AM 15   understanding of oil and gas.  It's about, you know, if you have

10:10AM 16   some measurements at the well and you have some measurements at

10:10AM 17   the receiving facilities, there are a host of problems that can

10:10AM 18   occur between one measurement and another measurement.

10:10AM 19              It's about understanding the evolution of what's

10:10AM 20   occurring between those two points.

10:10AM 21   Q    Do flow assurance engineers such as yourself use multiphase

10:10AM 22   simulators such as OLGA and LedaFlow to model multiphase flows

10:10AM 23   in various pipelines around the world?

10:10AM 24   A    Yeah.  These are the two commercially available tools, and

10:10AM 25   they are used almost for every pipeline or nearly all pipelines

10:10AM 1    around the world to understand what's going on.

10:10AM 2    Q   Now, I don't want to get into a dissertation about this, but

10:10AM 3    can you in a very brief fashion sort of tell the Court the

10:10AM 4    general differences between OLGA on the one hand and LedaFlow on

10:11AM 5    the other hand?

10:11AM 6    A   Well, OLGA and LedaFlow are very similar models.  They are

10:11AM 7    first principle mechanistic models, meaning they incorporate the

10:11AM 8    physics of the problem into the model as opposed to an empirical

10:11AM 9    model which is derived from just experimental evidence.

10:11AM 10             Both of these models have similar equations.  The

10:11AM 11   subtleties are very small and very technical.  As an example of

10:11AM 12   that, LedaFlow has taken a physics-based approach to the

10:11AM 13   modeling of hydrodynamic slugging; whereas OLGA takes a

10:11AM 14   different approach that is not physics based for that particular

10:11AM 15   phenomenon.

10:11AM 16   Q   How do flow assurance engineers such as yourself know that

10:11AM 17   OLGA or LedaFlow or other multiphase flow simulators can

10:11AM 18   accurately model multiphase flow in pipes or pipelines?

10:11AM 19   A   Well, these are considered enabling technologies.  So as oil

10:12AM 20   production moved from onshore to offshore, and in particular

10:12AM 21   into deep water, the industry needed tools to understand what

10:12AM 22   was happening.  If there was a problem, it was a very expensive

10:12AM 23   problem to fix as you moved into deeper and deeper water.

10:12AM 24             That's what started the development of these

10:12AM 25   tools.  The fact, that we've been developing in deeper and

10:12AM 1    deeper water is a tribute to how well these tools work.

10:12AM 2             In addition to that, there's a huge body of

10:12AM 3    experimental or of experiments that focus on multiphase flow.

10:12AM 4    Both of these models incorporate that and compare against those

10:12AM 5    experimental results.

10:12AM 6             All of that would lead you to conclude that these

10:12AM 7    models are very accurate in their predictions of multiphase

10:12AM 8    flow.

10:12AM 9    Q   If we focus on your use of multiphase flow simulators

10:12AM 10   throughout your career, on roughly how many projects or fields

10:13AM 11   have you been involved in sort of performing modeling services

10:13AM 12   using multiphase flow simulators?

10:13AM 13   A   I don't have a specific number, but certainly over 50.

10:13AM 14   Q   Have you previously used software such as OLGA and LedaFlow

10:13AM 15   to actually calculate or evaluate the gas or oil flow rates that

10:13AM 16   go through pipes or pipelines?

10:13AM 17   A   Yes.  It's quite common to look at flow rates through gas

10:13AM 18   pipelines, specifically if you were to think about slug flow,

10:13AM 19   which is the context of this.  Since slug flow is a problem and

10:13AM 20   it's a bounded problem, meaning it only occurs in a certain

10:13AM 21   range of flow rates, it's a very regular exercise for a flow

10:13AM 22   assurance engineer to determine the boundaries of where slug

10:14AM 23   flow would occur and advise an operator how to avoid slug flow,

10:14AM 24   or in the case that it's unavoidable, how to operate when slug

10:14AM 25   flow would be present.

10:14AM 1        MR. FIELDS:  Thank you.

10:14AM 2            You Honor, BP and Anadarko tender Dr. Michael

10:14AM 3   Zaldivar as an expert in modeling and evaluating multiphase flow

10:14AM 4   through pipes and pipelines, including evaluating slug flow.

10:14AM 5        THE COURT:  All right.  He'll be accepted.

10:14AM 6   BY MR. FIELDS:

10:14AM 7   Q   Dr. Zaldivar, you prepared an expert report in this case?

10:14AM 8   A   I did.

10:14AM 9   Q   And that expert report set forth your opinions as well as

10:14AM 10  the reasons for your opinions?

10:14AM 11  A   That's correct.

10:14AM 12       MR. FIELDS:  If we could pull up D-24560.

10:14AM 13  BY MR. FIELDS:

10:14AM 14  Q   Is this the cover page of the expert report that you

10:14AM 15  prepared in this litigation?

10:14AM 16  A   It is.

10:14AM 17       MR. FIELDS:  You Honor, we offer TREX Exhibit 11683 and

10:14AM 18  2 into evidence.

10:14AM 19       THE COURT:  All right.  Those are admitted.

10:14AM 20          (Exhibits admitted.)

10:15AM 21       THE COURT:  Is that one report or two?

10:15AM 22       MR. FIELDS:  It's just one report, Your Honor.

10:15AM 23       THE COURT:  That report is in there, okay.

10:15AM 24       MR. FIELDS:  Let's pull up D-24561.

10:15AM 25  BY MR. FIELDS:

10:15AM 1    Q   Before getting into the details of your analysis, can you

10:15AM 2    provide the Court with an executive summary or a high level

10:15AM 3    summary of the analysis that you performed in order to address

10:15AM 4    the two questions that you were asked to answer.

10:15AM 5    A   Sure.

10:15AM 6             In order to address those questions, it started

10:15AM 7    with of course reviewing lots of the information and

10:15AM 8    documentation about the existence of slug flow.  Several

10:15AM 9    scientists had noted that it existed.

10:15AM 10            And then there was a very comprehensive process to

10:15AM 11   review hundreds of videos, or really hundreds of hours of ROV

10:15AM 12   videos documenting slug flow in order to bound where slug flow

10:15AM 13   occurred.

10:15AM 14            During that process, I was also able to link slug

10:16AM 15   flow to a portion of the riser that was moving, which I refer to

10:16AM 16   as the buoyant loop.  Once I had done that, I built multiple

10:16AM 17   models of the full riser system and the kink using both LedaFlow

10:16AM 18   and OLGA.

10:16AM 19            I performed well in excess of a thousand

10:16AM 20   simulations, and all of this took me about six months to

10:16AM 21   accomplish, with the ultimate goal to provide some sort of

10:16AM 22   conclusion with regards to the flow rate.

10:16AM 23            MR. FIELDS:  Let's pull up D-24552-2.

10:16AM 24   BY MR. FIELDS:

10:16AM 25   Q   We'll obviously get into the details of your analysis as

10:16AM 1   well as the reasons for your opinions, but can you provide the

10:16AM 2   Court with just a high level answer to the questions that you

10:16AM 3   were asked to address?

10:16AM 4   A   Sure.

10:16AM 5               To the first question as to whether slug flow was

10:16AM 6   present during mid-May 2010, I was able to conclude that it was,

10:17AM 7   in fact, present, And that it was present specifically between

10:17AM 8   May 13th and May 20th.

10:17AM 9               What was particularly unique in this case is that

10:17AM 10  slug flow exhibited very regular or patterned behavior; whereas

10:17AM 11  slug flow is generally characterized as a chaotic or random sort

10:17AM 12  of phenomena.

10:17AM 13              With respect to No. 2, what conclusions could be

10:17AM 14  drawn about the flow rate, I was able to conclude that the total

10:17AM 15  flow rate from the Macondo well during that same period, from

10:17AM 16  May 13 to May 20, was a best estimate of 30,000 stock tank

10:17AM 17  barrels per day, for a range of possible flow rates between

10:17AM 18  24,900 and 35,900 stock tank barrels per day.

10:17AM 19      MR. FIELDS:  Let's pull up D-23468.

10:17AM 20  BY MR. FIELDS:

10:17AM 21  Q   We've heard a fair amount about multiphase flow.

10:17AM 22              Can you use this demonstrative exhibit to help us

10:18AM 23  understand multiphase flow patterns in horizontal pipes,

10:18AM 24  including slug flow?

10:18AM 25  A   Sure.

10:18AM 1          So what's complicated about multiphase flow is

10:18AM 2    that it can orient itself spatially.

10:18AM 3    Q    What does that mean?

10:18AM 4    A    It means that the liquid and the gas can be in all sorts of

10:18AM 5    configurations inside the pipe, which also means differences

10:18AM 6    with respect to pressure drop, differences with respect to all

10:18AM 7    of the properties that you would expect in a flow rate.

10:18AM 8          If we were to look -- and this is examples of flow

10:18AM 9    patterns or these geospacial orientations in a pipe, starting at

10:18AM 10   the top, this is very common at low flow rates where the gas

10:18AM 11   velocity is low and the liquid velocity is low or that they are

10:18AM 12   similar in speed.  This is referred to as stratified smooth

10:19AM 13   where the gas is flowing across the top.  It looks like pipe,

10:19AM 14   and the bottom is the oil.

10:19AM 15         If you to imagine the gas velocity increasing with

10:19AM 16   the liquids flowing at the same rate, you would see waves form

10:19AM 17   on the surface, and that's referred to as stratified wavy flow.

10:19AM 18         If you were to continue to increase the gas, you

10:19AM 19   would you see those waves eventually bridge the pipe, and that

10:19AM 20   would form something called slug flow, which we'll be talking a

10:19AM 21   lot about today.

10:19AM 22         The other two that are listed, annular flow,

10:19AM 23   occurs at even faster velocity other lower level holdups.

10:19AM 24         Bubble flow would occur if the pipe was almost

10:19AM 25   liquid full and gas was bubbling through.

10:19AM 1    Q   You used a phrase a liquid holdup what is that?

10:19AM 2    A   The liquid holdup refers to the amount of liquid that's in a

10:20AM 3    pipe section.

10:20AM 4         MR. FIELDS:  Why don't we pull up D-23840, which is a

10:20AM 5    demonstrative exhibit that you helped us prepare.

10:20AM 6    BY MR. FIELDS:

10:20AM 7    Q   Can you sort of set this up and explain what this particular

10:20AM 8    demonstrative exhibit shows.

10:20AM 9    A   So what we're going to see in this video in a second is

10:20AM 10   we're going to see a slug from an experimental setup.

10:20AM 11        If you'll recall from the previous slide, slug

10:20AM 12   flow was characterized by a liquid-dominant flow followed by a

10:20AM 13   gas pocket or what looked like stratified flow.

10:20AM 14        What we're going to see here if we can go ahead

10:20AM 15   and hit play, is we will see the start of a slug and you're

10:20AM 16   seeing the crashing, the very high turbulence area which

10:20AM 17   entrains bubbles in.  I can't really see the bubbles, but there

10:20AM 18   are some bubbles in the main slug body or the oil slug, then

10:21AM 19   followed by a gas pocket.

10:21AM 20        Now, a gas pocket normally has liquid flowing

10:21AM 21   along the bottom, so it looks like a lot like the stratified

10:21AM 22   flow regimes that we were talking about here.

10:21AM 23        Here we're seeing it loop again.  Again, this is

10:21AM 24   the start of the slug followed by the main slug body, and then

10:21AM 25   we'll see the tail of the slug in a second.

10:21AM  1                    (Videotape played.)

10:21AM  2   BY MR. FIELDS:

10:21AM  3   Q   Obviously, you've talked about slug flow and the existence

10:21AM  4   of slug flow.

10:21AM  5                    What are some of the reasons that you actually

10:21AM  6   have slug flow in pipes or pipelines?

10:21AM  7   A   When slug flow occurs, it is an undesirable event, or at

10:21AM  8   least with respect to oil and gas production.  But it occurs at

10:21AM  9   specific ratios of oil and gas speeds.

10:21AM 10   Q   And what does the existence of slug flow tell you, if

10:22AM 11   anything, about flow rate, or what can it tell you?

10:22AM 12   A   Well, slug flow, as I mentioned earlier, it provides a

10:22AM 13   bound.  At very, very high flow rates slug flow doesn't exist at

10:22AM 14   all.  It breaks down into miss flow or some other flow regimes

10:22AM 15   that we saw earlier.  It is generally characterized as a lower

10:22AM 16   flow rate phenomena.

10:22AM 17   Q   Before we talk about your analysis and opinions in depth,

10:22AM 18   let's get a lay of the land.

10:22AM 19              MR. FIELDS:  Let's pull up D-24679, which is an

10:22AM 20   animation you helped us create, and sort of give the Court a lay

10:22AM 21   of the land.

10:22AM 22   BY MR. FIELDS:

10:22AM 23   Q   What does this show?  And we'll be looking at this later;

10:22AM 24   but just provide us with some information about what does this

10:22AM 25   show about the configuration of the pipes and the blowout

10:22AM 1    preventer on the bottom of the Gulf of Mexico.

10:22AM 2    A    Sure.  What we're seeing here is the riser once it's fallen

10:23AM 3    to the seafloor as far as it got on May 13th.

10:23AM 4              And, just to take one step backward, what we know

10:23AM 5    is that on April 22nd, the riser detached from the drilling rig

10:23AM 6    and then it fell.  And it took some time to fall to the

10:23AM 7    seafloor.  And, in fact, during this period it hasn't completely

10:23AM 8    fallen to the seafloor.  What we're seeing here is its position

10:23AM 9    or the highest position it reaches on May 13th.

10:23AM 10             If you were to look at the left side of this

10:23AM 11   diagram, this is the BOP.  Just above that is the leak or the

10:23AM 12   kink section of the riser.  Then it goes underground for a

10:23AM 13   little bit, comes back up.

10:23AM 14             What you're seeing here with the rectangle in the

10:23AM 15   center, that is the drilling rig wreckage.  What I am showing

10:23AM 16   accurately, I don't know about the scale of the wreckage, but I

10:23AM 17   am showing where the wreckage touches the riser.

10:24AM 18             And then it comes around to this section of the

10:24AM 19   riser.

10:24AM 20             I believe this is a video but it doesn't appear to

10:24AM 21   be playing.

10:24AM 22             So the riser is moving.  Then this is what I refer

10:24AM 23   to as the buoyant loop, and this moves up and down.  So it hits

10:24AM 24   the seafloor and then did goes back to floating.

10:24AM 25             And then, in the center of the screen, we have the

10:24AM 1    riser end or the riser end plume.

10:24AM 2                    At this time, from May 13th to May 20th, when

10:24AM 3    you're seeing both the riser motion, you only have really two

10:24AM 4    main sources for leaks, which are the kink section and the riser

10:24AM 5    end.

10:24AM 6    Q   It indicates here on this demonstrative, D-24679, that this

10:24AM 7    is at 5 times the playback speed.  Why is that the case?

10:24AM 8    A   So what we're showing -- just so that we can perceive the

10:24AM 9    motion of the riser, we're showing that at a faster pace on May

10:24AM 10   13th.  The full motion of the riser took over four minutes for

10:25AM 11   it to go to seafloor to floating back down to the seafloor, and

10:25AM 12   it wouldn't be perceptible.  It would take a long time to watch

10:25AM 13   the full scale.

10:25AM 14                   MR. FIELDS:  Let's pull up D-24680.

10:25AM 15   BY MR. FIELDS:

10:25AM 16   Q   There are two locations where you just described -- there

10:25AM 17   are two locations where you're seeing leaks in May 2010.

10:25AM 18                   So, if we pull up that one, can you walk us

10:25AM 19   through D-24680?

10:25AM 20   A   So now we have a focus on the riser end.  What we are seeing

10:25AM 21   is ROV videos of the riser end on May 24th.  This is what the

10:25AM 22   riser end plume looks like on that date.

10:25AM 23   Q   The riser is not moving?

10:25AM 24   A   Yeah.

10:25AM 25   Q   Why is that?

10:25AM 1    A    After May 20th the riser is no longer moving, so we're

10:26AM 2    seeing relatively steadily flow at this point.

10:26AM 3              MR. FIELDS:  Would you pull up D-24681.

10:26AM 4    BY MR. FIELDS:

10:26AM 5    Q    And what does this show?

10:26AM 6    A    So this is just showing you some of the ROV video footage

10:26AM 7    like the video footage that I reviewed.  This, again, is from

10:26AM 8    the May 24th timeframe.

10:26AM 9              And this is just showing you what the kinked

10:26AM 10   section of the riser looked like and the resulting leaks from

10:26AM 11   the kinked section of the riser.

10:26AM 12             Again, this is from May 24th outside the time

10:26AM 13   period that we'll be discussing a lot of, but when the riser had

10:26AM 14   fully settled to the seafloor.

10:26AM 15   Q    Now, I want to talk a little bit about the first question

10:26AM 16   that you answered, which was whether or not a slug flow pattern

10:26AM 17   occurred in mid-May 2010.

10:26AM 18             Where in the system was slug flow -- were you

10:26AM 19   seeing slug flow?

10:26AM 20   A    Slug flow was only present at the riser end, and at the

10:27AM 21   riser end plume.

10:27AM 22   Q    Let's pull up D-24564.

10:27AM 23             As part of your work in this case, did you review

10:27AM 24   various documents that were produced by the government?

10:27AM 25   A    I did.

10:27AM 1  Q   And, in those documents, did you see evidence that the

10:27AM 2  government experts believed that slug flow might exist in May of

10:27AM 3  2010?

10:27AM 4  A   Not that it might exist.  In fact, several governmental

10:27AM 5  scientists confirmed the existence of slug flow.

10:27AM 6  Q   And what is demonstrative Exhibit D-24564?

10:27AM 7  A   This is the flow rate technical group's plume team report,

10:27AM 8  and this is one expert from that report confirming the presence

10:27AM 9  of slug flow.

10:27AM 10  Q   Now, did you review Dr. Dykhuizen's testimony, trial

10:27AM 11  testimony from earlier this week?

10:27AM 12  A   I did.

10:28AM 13  Q   Why don't we pull up trial transcript 1487.1.

10:28AM 14          These were some questions that were asked of

10:28AM 15  Dr. Dykhuizen earlier in the trial.  The first one I wanted to

10:28AM 16  ask you about is -- the question says:  And slug flow can only

10:28AM 17  occur until certain boundary conditions; right?

10:28AM 18          And Dr. Dykhuizen's answer was:  That is correct.

10:28AM 19          Do you agree that slug flow can only occur in

10:28AM 20  certain boundary conditions?

10:28AM 21  A   Yeah.  It can only occur in certain flow rate ranges, so

10:28AM 22  that is correct.

10:28AM 23  Q   One of the other questions that was asked of Dr. Dykhuizen

10:28AM 24  says:  You testified about slug flow.  You don't dispute that

10:28AM 25  slug flow was observed in May of 2010; do you?

10:28AM 1          And the answer is:  No, I do not.

10:28AM 2          As part of your analysis, did you reach a

10:28AM 3  conclusion about whether slug flow was occurring in May of 2010?

10:29AM 4  A   I did.

10:29AM 5  Q   Let's talk about some of the work you did or the analysis

10:29AM 6  you did to reach that conclusion.

10:29AM 7          So what analysis did you perform in order to reach

10:29AM 8  your own conclusion that slug flow was occurring in May of 2010?

10:29AM 9  A   Well, it was quite easy to confirm the existence of slug

10:29AM 10  flow.  As you'll recall, slug flow's characterized by

10:29AM 11  oil-dominant flows or oil and then gas and that pattern

10:29AM 12  repeating.

10:29AM 13          You'll see that that's very evident from the

10:29AM 14  review of just one ROV video.  What was a little more difficult

10:29AM 15  and time consuming was to figure out where it occurred over this

10:29AM 16  mid-May timeframe.

10:29AM 17          That required quite literally hundreds of hours of

10:29AM 18  ROV video to be reviewed, all the way from April 22nd to May 26,

10:29AM 19  in order to isolate this time period down to this May 13th to

10:30AM 20  May 20th time period that we're discussing.

10:30AM 21  Q   So, in your evaluation, you were not just focused on the May

10:30AM 22  13th to 20th time period to start the analysis?

10:30AM 23  A   No.  I looked at the full range, April 22nd to May 26th, for

10:30AM 24  the presence of slug flow.

10:30AM 25          MR. FIELDS:  Let's pull up D-23470.

10:30AM 1    BY MR. FIELDS:

10:30AM 2    Q   Will you describe what this particular demonstrative exhibit

10:30AM 3    shows.

10:30AM 4    A   So, yes.  We're going to see here what slug flow -- we're

10:30AM 5    going to see the transition from oil-dominant to gas-dominant

10:30AM 6    flow.

10:30AM 7              This first video clip is from May 14th.  Actually,

10:30AM 8    this full series is all from May 14th, and we're just going to

10:30AM 9    jump forward.

10:30AM 10             Here we're seeing a predominantly dark plume that

10:30AM 11   is now transitioning.  You can see the gas breaking through, and

10:30AM 12   you will you see it reaches basically what appears to be a white

10:30AM 13   plume, which is the gas dominant flow.

10:31AM 14             Now we're 30 seconds later in that same video, and

10:31AM 15   now we're going to see the gas-dominant flow cycle back to the

10:31AM 16   oil-dominant flow.

10:31AM 17             We'll do a couple more jumps just to demonstrate

10:31AM 18   the pattern repeated.  Now we are going to see oil-dominant flow

10:31AM 19   transition back to gas-dominant flow 15 seconds later in the

10:31AM 20   video, and then we'll jump one more time where we'll see gas

10:31AM 21   dominant back to oil.

10:31AM 22   Q   Now, I see we have the dark fluid and the light fluid, but I

10:31AM 23   wanted to talk about the analysis you did.

10:31AM 24             Oh, you still have one more.  This is going on for

10:31AM 25   a bit.

10:31AM 1              (Video played.)

10:31AM 2          THE WITNESS:  I think what's important is, you know, if

10:31AM 3  you just saw this transition once, you wouldn't know that it was

10:31AM 4  slug flow.  What you're really looking for is this back and

10:31AM 5  forth sort of gas, oil, gas, oil.

10:31AM 6              Specifically in this case it exhibits a very

10:32AM 7  regular pattern, and we'll -- that can be observed.  And that

10:32AM 8  was the full pattern on May 14th.

10:32AM 9  BY MR. FIELDS:

10:32AM 10  Q   Let's talk about how you were able to assess whether this

10:32AM 11  light and dark flows were oil versus gas.

10:32AM 12          MR. FIELDS:  If we can pull up D-24252.

10:32AM 13  BY MR. FIELDS:

10:32AM 14  Q   Dr. Zaldivar, help us understand what this particular

10:32AM 15  demonstrative exhibit shows and how it helped you in reaching

10:32AM 16  conclusions about the existence of slug flow during May 2010?

10:32AM 17  A   So what we know -- this is the same video, and what we're

10:32AM 18  looking at is the trajectory of these two flows.  We would

10:32AM 19  expect that oil being denser than gas would have a lower

10:32AM 20  trajectory, and gas being less dense than oil would have a

10:33AM 21  higher trajectory.

10:33AM 22              So this was a just a trajectory analysis to

10:33AM 23  confirm that the dark fluid was, in fact, oil dominant or mostly

10:33AM 24  oil and the light fluid was gas dominant or mostly gas.

10:33AM 25  Q   You mentioned this earlier in your testimony, but let me

10:33AM 1  pull up a section of your report.

10:33AM 2         MR. FIELDS:  If we can go to TREX-11683.16.1.

10:33AM 3  BY MR. FIELDS:

10:33AM 4  Q   In this excerpt from your report, you say:  The slugging at

10:33AM 5  the riser end had some unique characteristics that change over

10:33AM 6  time.

10:33AM 7         Do you see that?

10:33AM 8  A   I do.

10:33AM 9  Q   What was unique about the slug flow that you observed during

10:33AM 10 the time period May 13th to May 20th?

10:33AM 11 A   So slug flow is physically a chaotic process, and what I

10:33AM 12 mean by that is it's very hard to predict.  It normally results

10:34AM 13 in random alternation between oil and gas.  Meaning the periods

10:34AM 14 of time between the oil plume changing to the gas plume would,

10:34AM 15 generally speaking, be, or would -- not generally speaking --

10:34AM 16 would almost always be random.

10:34AM 17        In this particular case, what we saw was a very

10:34AM 18 patterned and regular transition between oil and gas and gas to

10:34AM 19 oil, and that pattern repeated itself.

10:34AM 20 Q   Let's pull up D-24257.

10:34AM 21        Now, what is this document and what does this

10:34AM 22 show?

10:34AM 23 A   So this figure is taken directly from the Flow Rate

10:34AM 24 Technical Group Plume Team report.  In that report, they had

10:34AM 25 done an analysis of the brightness of the video.

10:34AM  1           So they took an ROV video and they focused on the

10:35AM  2   brightness level of that video to say something about the color

10:35AM  3   changes in the physical system.  On the y-axis, they refer to it

10:35AM  4   as intensity, which is the inverse of brightness, meaning that

10:35AM  5   the darker -- the more intense you are, the darker the fluid

10:35AM  6   would be.  At the bottom you would see what would appear to be

10:35AM  7   white fluid.

10:35AM  8           What's particularly shown well in this figure is

10:35AM  9   the pattern.  So I've bracketed a slug period, which is the time

10:35AM 10   for the pattern to repeat.  So you see here this pattern repeats

10:35AM 11   itself three times in this particular figure.

10:35AM 12   Q   And is this a pattern that was occurring over and over

10:35AM 13   again?

10:35AM 14   A   Yes.  This pattern continued from May 13th to 15th, this

10:35AM 15   specific pattern.

10:35AM 16           MR. FIELDS:  Let's go to D-23916.

10:35AM 17   BY MR. FIELDS:

10:36AM 18   Q   Now, this is a demonstrative that you helped us prepare.

10:36AM 19           What does this show?

10:36AM 20   A   So we've taken the same figure at the bottom, and this is

10:36AM 21   going to be a time trace of that figure.  So, the red line, once

10:36AM 22   they start, will move forward, and it will show you in time the

10:36AM 23   transitions between oil and gas, remembering that oil is when

10:36AM 24   you're at the higher side y-axis and gas is at the lower side.

10:36AM 25           You can go ahead and start the video.

10:36AM 1               We'll start with what appears to be oil-dominant

10:36AM 2  flow.  You'll see it transition as it goes down.  You'll see

10:36AM 3  more and more white present.  When it reaches the bottom, you'll

10:36AM 4  see lots of white, and then it will sharply transition back to

10:36AM 5  oil.

10:36AM 6                It remains -- this is a large oil slug.

10:37AM 7  Q   And you sped this -- this is sped up as well?

10:37AM 8  A   Yeah.  This specific video is sped up 3.5 times real time.

10:37AM 9  Again, the pattern cycle here is about four minutes, and we're

10:37AM 10  trying to squeeze it into a palatable timeframe.

10:37AM 11                Now we're looking at the oil-dominant flow.  We

10:37AM 12  will now see that transition to the gas dominant and then back

10:37AM 13  up to the start of the pattern, which is at the start of that

10:37AM 14  middle peak here to here, which will transition back to the

10:37AM 15  oil-dominant flow.

10:37AM 16  Q   Now, as a flow assurance engineer, do you typically see the

10:37AM 17  types of flow patterns that you saw or observed when you were

10:37AM 18  looking at the plume that was coming from the riser end during

10:37AM 19  May 13 to May 20th?

10:37AM 20  A   The flow pattern, yes.  Slug flow, again, is very, very

10:37AM 21  common.  This is something that a flow assurance engineer really

10:38AM 22  focuses on.

10:38AM 23                But if you mean the specific pattern of slugs, no,

10:38AM 24  that's very, very rare.  I've never in my career seen slug flow

10:38AM 25  exhibit a regular pattern.

2725

10:38AM 1          Again, by the nature of the physics, you would

10:38AM 2    expect it to be chaotic, random, meaning the duration of those

10:38AM 3    slugs would be different lengths.

10:38AM 4    Q   Now, in your report you sometimes talk about the slug flow

10:38AM 5    exhibiting a double peak behavior and sometimes exhibits a

10:38AM 6    single peak behavior.

10:38AM 7          What does that mean?

10:38AM 8          MR. FIELDS:  And let's go back to D-24257.

10:38AM 9    BY MR. FIELDS:

10:38AM 10   A   Yes.  So what I refer to as double peak behavior, again, if

10:38AM 11   we look at the slug period, I'm referring to the fact that there

10:38AM 12   are two oil slugs in the pattern.  So, over that period and that

10:38AM 13   pattern that repeats, there are two oil slugs or there are two

10:38AM 14   alternation of flows.

10:39AM 15          Single peak behavior would be a single alternation

10:39AM 16   or a repeated oil, gas, oil, gas, but only one slug per period.

10:39AM 17   Q   When did you see double peak behavior during May 2010?

10:39AM 18   A   Double peak behavior was only present between May 13th and

10:39AM 19   May 15th.

10:39AM 20   Q   And when did you observe single peak behavior in May of

10:39AM 21   2010?

10:39AM 22   A   Single peak behavior was present between May 16th and May

10:39AM 23   20th.

10:39AM 24   Q   Was the existence of single peak and double peak behavior

10:39AM 25   important to you as part of your analysis?

10:39AM 1   A   Yeah.  It's these very characteristics that my model

10:39AM 2   attempts to match, and in fact does match.  Yes.

10:39AM 3   Q   Did you observe slug flow, these regular patterns, before

10:39AM 4   May 13th?

10:40AM 5   A   No.  Before May 13th, there was no slug flow that was

10:40AM 6   present with regular patterns.

10:40AM 7   Q   Did you observe these regular patterns of slug flow after

10:40AM 8   May 20th?

10:40AM 9   A   No.  There was no slug flow after May 20th.

10:40AM 10  Q   Now, you observed that the regular pattern of slug flow

10:40AM 11  started on May 13th.

10:40AM 12              In your opinion, what caused this slug flow to

10:40AM 13  start on May 13th?

10:40AM 14  A   Well, the start of slug flow or the very first slug was

10:40AM 15  caused by the falling of the riser.

10:40AM 16              If you remember, on April 22nd, I mentioned

10:40AM 17  earlier that the drilling rig, the riser attaches from the

10:40AM 18  drilling rig and it falls and it takes some time to fall.

10:40AM 19              Now, when it finally reaches the seafloor, it

10:40AM 20  releases a ton of oil, and that's the first real slug.

10:40AM 21          THE COURT:  You say it takes some time to fall.  Are

10:40AM 22  you talking about days?  Hours?  What?

10:41AM 23          THE WITNESS:  Yeah.  So from April 22nd until when it

10:41AM 24  finally settles was May 20th.  So multiple -- 20 days, 22 days.

10:41AM 25              Most of the riser had settled by May 13th.  There

10:41AM 1    was only one piece of the riser that was moving up and down, and

10:41AM 2    that's the buoyant loop.  It's very interrelated to the slug

10:41AM 3    flow phenomena.

10:41AM 4    BY MR. FIELDS:

10:41AM 5    Q    Talking about the buoyant loop -- first of all, how do you

10:41AM 6    know that the riser motion caused the slug flow to start?

10:41AM 7    A    Well, prior to May 13th, slug flow wasn't present, so the

10:41AM 8    riser motion clearly initiated the first slug.

10:41AM 9                    After it initiated that first slug, there was a

10:41AM 10   very complicated relationship between the slug flow and the

10:41AM 11   moving portion of the buoyant loop.

10:41AM 12            MR. FIELDS:  Let's show D-24568.

10:41AM 13   BY MR. FIELDS:

10:42AM 14   Q    Can you explain the process of slug flow through the

10:42AM 15   *Deepwater Horizon's* riser in May of 2010 using this

10:42AM 16   demonstrative?

10:42AM 17   A    Yeah.  So what's shown here is a 2D projection of the

10:42AM 18   buoyant loop, and this is that small piece of riser that was

10:42AM 19   bouncing up and down or moving up and down.

10:42AM 20                    So, once it starts, when the cycle -- there's a

10:42AM 21   very complicated relationship between the slug flow and the

10:42AM 22   motion of the buoyant loop.  So we're going to start the cycle

10:42AM 23   at a high position here, and at a high position --

10:42AM 24   Q    What do you mean a high position?  What does that mean?

10:42AM 25   A    I mean that the buoyant loop is floating and it's at its

10:42AM 1    peak position that it achieves while floating.

10:43AM 2             At that position you're going to see liquid

10:43AM 3    accumulating on the upstream section or this section closest to

10:43AM 4    the BOP, and it will weigh down -- that accumulation of liquid

10:43AM 5    will weigh down riser.

10:43AM 6             The riser will then touch the ground.  It will

10:43AM 7    release all that oil that it trapped in the upstream section.

10:43AM 8    Then once all of that oil's been released, it now is filled with

10:43AM 9    a mix of oil and gas but that's considerably lighter, and so it

10:43AM 10   will then move up again.

10:43AM 11            Once it moves up again, it then starts to

10:43AM 12   accumulate oil at the upstream section of the riser.

10:43AM 13   Q   You indicated that once slug flow started it became a

10:43AM 14   complex relationship between the loop and the flow through the

10:43AM 15   loop.

10:43AM 16            Did you investigate other causes of slug flow?

10:44AM 17   A   I did.  The most common causes of slug flow are

10:44AM 18   terrain-induced slug flow and hydrodynamic slug flow.  I

10:44AM 19   investigated both of those as potential mechanisms that would

10:44AM 20   match the slug flow behavior.

10:44AM 21   Q   And did you reach any conclusions regarding whether or not

10:44AM 22   this slug flow was hydrodynamically induced or terrain induced?

10:44AM 23   A   I did.  I ruled both of those mechanisms out as potentially

10:44AM 24   responsible for the slug flow that was observed from the riser

10:44AM 25   end.

10:44AM 1    Q   And how were you able to rule out those two mechanisms?

10:44AM 2    A   I built a detailed model of the riser and I studied both of

10:44AM 3    those mechanisms through simulations.

10:44AM 4    Q   Now, as part of your analysis, in the end does it really

10:44AM 5    matter what started the slug flow?

10:44AM 6    A   It does not.  What's most important here is that there's a

10:45AM 7    link, and that in the end the model matches the point of

10:45AM 8    comparison.

10:45AM 9            In this particular case, the point of comparison

10:45AM 10   is the observed slug flow by the ROVs.  What's causing or what

10:45AM 11   started the slug flow really has no relevance on my conclusions.

10:45AM 12   Q   And I think you sort of indicated this earlier, but between

10:45AM 13   May 13 and May 20th is there only one section of the riser that

10:45AM 14   is moving at that point?

10:45AM 15   A   There is.  Only the buoyant loop.  I mean, we can re-show

10:45AM 16   that diagram and I can highlight that.

10:45AM 17   Q   Is that D-24679 maybe?

10:45AM 18   A   Yeah.  This will work.  So this diagram, if you look at the

10:45AM 19   screen, only this piece that's floating between here and here

10:46AM 20   would we refer to as the buoyant loop, and that's the piece

10:46AM 21   that's moving as they play back.

10:46AM 22   Q   Now, did the buoyant loop move on regular periods during May

10:46AM 23   13th through 20th?

10:46AM 24   A   In short timeframes the period was regular.  Over time, like

10:46AM 25   days time, the period was decreasing.

10:46AM 1         MR. FIELDS:  Let's look at D-24682.A.

10:46AM 2    BY MR. FIELDS:

10:46AM 3    Q   And can you explain this demonstrative to the Court?

10:46AM 4    A   Yes.  So during all my investigation I was looking at ROV

10:46AM 5    videos.  Initially, it wasn't obvious to me that the riser

10:46AM 6    motion was at all relevant.  In fact, the two primary causes for

10:46AM 7    slug flow are terrain-induced and hydrodynamic.

10:46AM 8              And, prior to ruling those out, I wasn't even

10:46AM 9    focused on the riser motion.  What we are going to see here is

10:47AM 10   on May 16th a video of the riser end plume played back again at

10:47AM 11   a higher speed, and then we're going to see the riser motion as

10:47AM 12   characterized by me.  Different ROVs observed the motion of the

10:47AM 13   riser, and in taking that motion from those ROVs, we're going to

10:47AM 14   see a sync between the two.

10:47AM 15             At one specific moment on May 16th, there were

10:47AM 16   ROVs that were surveying that buoyant loop and watching its

10:47AM 17   motion, while also watching the riser end plume.

10:47AM 18             If we can play it back.

10:47AM 19        MR. FIELDS:  Before we do that, there was a correction.

10:47AM 20   It's actually just a typo.  But if would pull up D-24862-A.

10:47AM 21   Same one but the heading is changed.

10:47AM 22             Can you pull that up?

10:47AM 23        MR. CHAKERES:  That's fine.

10:47AM 24        MR. FIELDS:  This was just a typo on the heading.

10:48AM 25             So why don't we start this one over so

10:48AM 1   Dr. Zaldivar can walk us through it.

10:48AM 2   BY MR. FIELDS:

10:48AM 3   A   I guess, just to point out the typo, it shouldn't say Slow

10:48AM 4   Flow, it should say Slug Flow Linked to Riser Motion.

10:48AM 5                So this is a May 16th ROV video.  At the same

10:48AM 6   time, again, there were ROVs monitoring the buoyant loop.

10:48AM 7                From the same time, which was in the early hours

10:48AM 8   of May 16th, about 1 a.m., we were able to conclude that the

10:48AM 9   riser motion period, meaning the time it took from the sitting

10:48AM 10  on the seafloor to floating back down to sitting on the

10:48AM 11  seafloor, was identical to the observed slug flow behavior or

10:48AM 12  the period from going from oil dominant to gas dominant back to

10:48AM 13  oil dominant.

10:48AM 14               What we're seeing here is the two linked together

10:48AM 15  so that it demonstrates the link between the two that was

10:48AM 16  observed.

10:48AM 17          MR. FIELDS:  Let's go to D-24567.

10:48AM 18  BY MR. FIELDS:

10:49AM 19  Q   I believe part of this was in your report.

10:49AM 20               But, in any event, can you explain what D-24567

10:49AM 21  shows about riser motion as compared to slug flow periods?

10:49AM 22  A   Right.  So just a reminder, slug flow is the period of time

10:49AM 23  that the pattern takes to repeat.

10:49AM 24               What we're seeing in this chart is period on the

10:49AM 25  y-axis and then dates of time on the x-axis here.

10:49AM 1          What we note is the blue dots are the slug flow

10:49AM 2   period, meaning measuring or looking at the actual ROV videos

10:49AM 3   and looking at the period of time it takes to alternate between

10:49AM 4   oil and gas.

10:49AM 5          And then the red dots are looking at the riser

10:49AM 6   motion period, And that was taken from ROVs monitoring the riser

10:49AM 7   motion during those same periods.

10:50AM 8          We'll note the May 16th point that we just

10:50AM 9   discussed where the slug flow period matches identically with

10:50AM 10  the riser motion on May 16th.

10:50AM 11         The other point, important point to note, is the

10:50AM 12  May 13th period where they had a survey of the motion.  And

10:50AM 13  while they didn't have riser end plume available or video of the

10:50AM 14  riser end plume available at the same time, you can see that the

10:50AM 15  riser motion period does match the general trend of decline over

10:50AM 16  the days.

10:50AM 17  Q   So, as I read this chart, it appears that over time the slug

10:50AM 18  flow periods decreased in time.

10:50AM 19  A   That's correct.

10:50AM 20  Q   Did you observe a cyclic motion of the buoyant loop prior to

10:50AM 21  May 13th?

10:51AM 22  A   Prior to May 13th, no.

10:51AM 23  Q   And did you observe that cycling motion of the buoyant loop

10:51AM 24  after May 20th?

10:51AM 25  A   No.

10:51AM 1   Q   Let's take a look at TREX-11683.9.1.  This is from your

10:51AM 2   expert report.  You say the signature of the slug flow, riser

10:51AM 3   motion, and flow through the riser are intricately linked.

10:51AM 4               What you do you mean by that statement?

10:51AM 5   A   So, again, I am referring to the characteristics now of the

10:51AM 6   slug flow as well as the oscillatory motion of the riser.

10:51AM 7               In our investigation, we determined that there is

10:51AM 8   a direct link between the motion of the buoyant loop during this

10:51AM 9   period and those specific characteristics, or that very

10:51AM 10  patterned slug flow that we saw at the riser end.

10:51AM 11  Q   Let's turn back to D-24552-4, and let's focus on the second

10:52AM 12  issue or question that you were asked, which has to do with

10:52AM 13  trying to determine whether you can determine a flow rate based

10:52AM 14  on the existence of slug flow.  So let's talk about that.

10:52AM 15              What was your general opinion that you reached on

10:52AM 16  this particular question?

10:52AM 17  A   Using the very unique characteristics and that very

10:52AM 18  patterned slug flow, I was able to build a model and match those

10:52AM 19  characteristics and then determine that the slug flow was

10:52AM 20  bounded during that timeframe, and that it was bounded between

10:52AM 21  24,900 and 35,900 stock tank barrels per day, with a best

10:52AM 22  estimated flow rate during that period of 30,000 stock tank

10:53AM 23  barrels per day.

10:53AM 24              MR. FIELDS:  Let's pull up D-24569.

10:53AM 25  BY MR. FIELDS:

10:53AM 1    Q    You've been referring to building or creating a model.  Is

10:53AM 2    this a mathematical model?

10:53AM 3    A    This is a model or a representation of the riser.  Under the

10:53AM 4    hood, yes, it's a bunch of equations being solved that capture

10:53AM 5    the physics of the oil and gas or of the fluid behavior in that

10:53AM 6    riser.

10:53AM 7    Q    And, in general, how many different models did you develop

10:53AM 8    in order to evaluate what the flow rate might be during the May

10:53AM 9    13th to May 20th time period?

10:53AM 10   A    So I built two models.  I built a no-kink model and I built

10:53AM 11   a kink model.  The no-kink model specifically focuses on the

10:53AM 12   flow rate through the riser end.  So it starts just after the

10:53AM 13   kink section of the riser, and then focuses on matching the

10:53AM 14   observed slug flow behavior, that really unique pattern behavior

10:54AM 15   that we were seeing, and only the riser end flow.

10:54AM 16           Then I built a kink model which extends that

10:54AM 17   original model back to include the kinked section of the riser,

10:54AM 18   and then provide estimates of the kink flow rates as well as the

10:54AM 19   riser end flow rates at the same time, resulting in a total

10:54AM 20   estimate of flow rate at the *Deepwater* Macondo well.

10:54AM 21   Q    Let's take a look at first of all what you call the no-kink

10:54AM 22   model.  So, if we pull up D-23480.3, will you describe in

10:54AM 23   general for the Court what your no-kink model was.

10:54AM 24   A    Yes.  So the no-kink model is an accurate representation of

10:54AM 25   the riser.  It starts just downstream or above the BOP.  It

10:54AM 1    starts at joint 1 with a flow boundary where I'm able to vary

10:55AM 2    the flow rate.  Then it goes over the drilling rig.

10:55AM 3              It includes the motion of the buoyant loop that

10:55AM 4    we've been talking about, all the way to a pressure boundary at

10:55AM 5    the riser end, which is the ambient pressure of the seafloor.

10:55AM 6              MR. FIELDS:  Can we pull up D-23480.4.

10:55AM 7    BY MR. FIELDS:

10:55AM 8    Q    You mentioned that there was a flow boundary in your no-kink

10:55AM 9    model.  What is a flow boundary?

10:55AM 10   A    So a flow boundary in a model allows me to input directly a

10:55AM 11   flow rate that I want to investigate into the model.

10:55AM 12   Q    If you're trying to figure out the flow rate that causes

10:55AM 13   slug flow, why are you using a flow rate boundary?

10:55AM 14   A    So what's unknown here is what the flow rate is that matches

10:56AM 15   the observed slug flow conditions.  In order to directly explore

10:56AM 16   all of the different possible flow rates, I chose to use a flow

10:56AM 17   rate boundary because that's the most convenient -- or not

10:56AM 18   convenient -- but it's it most direct way of changing the flow

10:56AM 19   rate in order, again, to match those observed slug flow

10:56AM 20   characteristics.

10:56AM 21   Q    So, in your modeling, are you varying the flow rate, or did

10:56AM 22   you vary the flow rate over wide ranges?

10:56AM 23   A    Yeah.  I varied the flow rate all the way from 12,000 stock

10:56AM 24   tank barrels per day all the way up to 60,000 stock tank barrels

10:56AM 25   per day, in order, again, to match those unique characteristics,

10:56AM 1    that patterned behavior.

10:56AM 2    Q    Let's continue talking a little bit about the model that you

10:56AM 3    built and the inputs to that model.

10:56AM 4         MR. FIELDS:  If we could pull up D-24686.

10:56AM 5    BY MR. FIELDS:

10:56AM 6    Q    We looked obviously at the schematic of your no-kink model,

10:57AM 7    but can you walk us through the types of inputs that you had to

10:57AM 8    use in order to develop an accurate representation of what was

10:57AM 9    going on on the bottom of the Gulf of Mexico in May 2010?

10:57AM 10   A    Yes.  So, in order to build a multiphase model, or a riser

10:57AM 11   model or both of the riser models in this case, you need inputs

10:57AM 12   of the fluid properties, you need to understand exactly the

10:57AM 13   position of the riser, so how it sat along the seabed, the

10:57AM 14   elevations of the riser.

10:57AM 15   Q    Let's do this.  Let's go through them quickly one at a time.

10:57AM 16        First of all, one of the inputs was fluid

10:57AM 17   properties.  What is that input, and why is it important to your

10:57AM 18   analysis?

10:57AM 19   A    So fluid properties are the thermodynamics or the PVT

10:57AM 20   properties of the fluid, and they define the density, how much

10:57AM 21   gas is present or how much liquid is present at a specific

10:57AM 22   temperature and pressure.

10:58AM 23        All that's needed in order to correctly model the

10:58AM 24   behavior of the fluid as it moves through the system.

10:58AM 25        So, when you start at a reservoir, you're really

10:58AM 1    hot conditions, and the pressure and temperature decreases as

10:58AM 2    you flow.  Up the well it also decreases as you're flowing down

10:58AM 3    the riser.  So you need information about the fluid and what its

10:58AM 4    doing as the pressure and temperature change.

10:58AM 5    Q    The second input that you list on D-24686 is riser position.

10:58AM 6                    What is that?

10:58AM 7    A    So riser position is the position of the riser as it sits on

10:58AM 8    the seafloor.  So the height of the riser along the seafloor,

10:58AM 9    the elevation.

10:58AM 10   Q    Does that also include the riser motion?

10:58AM 11   A    It does.  In this particular case it includes the riser

10:58AM 12   motion which was observed by the ROVs.

10:59AM 13   Q    The third input to your model that is listed here is riser

10:59AM 14   construction.

10:59AM 15                    What is riser construction and how does that

10:59AM 16   differ from riser position?

10:59AM 17   A    So riser construction, when you build these models you need

10:59AM 18   to also describe the heat flow outside.  So how it's going to

10:59AM 19   lose temperature to the surroundings.  To do that, you kind of

10:59AM 20   build the pipe in layers.

10:59AM 21                    So first you need to understand the outer pipe,

10:59AM 22   what it's made of, all of the properties of that pipe.  Then you

10:59AM 23   need to know what surrounds that pipe.  In this case, soil or

10:59AM 24   buoyancy materials, which are materials that were used to offset

10:59AM 25   some of the weight of the riser.

10:59AM 1        So that's what I mean.  And all that's necessary

10:59AM 2    to get the thermal modeling correct.

10:59AM 3    Q   And, when you say thermal modeling, what do you mean?

10:59AM 4    A   I mean the heat loss to the environment.

10:59AM 5    Q   You also have down here environmental conditions.

11:00AM 6        What is that?

11:00AM 7    A   That is, again, associated with accurately capturing the

11:00AM 8    heat loss to the environment.  You need to know something about

11:00AM 9    the currents and the temperature of the seawater at those

11:00AM 10   depths.

11:00AM 11       MR. FIELDS:  Can we pull up D-23482.

11:00AM 12   BY MR. FIELDS:

11:00AM 13   Q   This might be relevant, and you can let us know, to one of

11:00AM 14   the earlier inputs we've been talking about.

11:00AM 15       What is D-23482?

11:00AM 16   A   So what we're seeing here is the riser elevation profile or

11:00AM 17   the riser position.

11:00AM 18       What you're seeing is this green line is actually

11:00AM 19   the riser position, and as it existed it was all nonmoving over

11:00AM 20   this.

11:00AM 21       And then the red line at the bottom is what the

11:00AM 22   riser looked like when it had settled to the seafloor.

11:00AM 23       The green line is what the riser looked like or

11:01AM 24   the height the riser reached on May 16th.

11:01AM 25       And then on the blue line is the height the

11:01AM 1    buoyant loop was reaching on May 13th.

11:01AM 2    Q   So, if you look on the left-hand side, there's a larger hump

11:01AM 3    on the left-hand side.  What is that?  What does that display or

11:01AM 4    demonstrate?

11:01AM 5    A   The axis is depth, so this is the depth of the riser and

11:01AM 6    this is the length of the riser.  So we're just looking at the

11:01AM 7    relationship between depth and length along the riser.

11:01AM 8    Q   But on the left-hand side you have this hump.

11:01AM 9                    Why is that so high?

11:01AM 10   A   What is the hump?  The hump is the portion of the riser that

11:01AM 11   was sitting on the wreckage of the *DWH* rig.

11:01AM 12   Q   Let's talk about riser motion.

11:02AM 13             MR. FIELDS:  If we can go to TREX-011683.93.1.

11:02AM 14   BY MR. FIELDS:

11:02AM 15   Q   This has to do with the riser motion.

11:02AM 16             The Court saw this chart I believe the other day

11:02AM 17   in Dr. Dykhuizen's testimony.  Can you explain this chart for

11:02AM 18   us?

11:02AM 19   A   Yes.  So what we're seeing on the Y-axis is depth, and then

11:02AM 20   on the x-axis time or a time-like access.

11:02AM 21             And what we're seeing here is the blue line is the

11:02AM 22   measured movement of the riser as observed by the ROVs.

11:02AM 23             And the orange line is the fit to that motion that

11:02AM 24   was eventually inputted into the model.

11:02AM 25             It is worth noting that this is only for one

11:02AM 1   specific joint in the riser.

11:03AM 2   Q   So, just so I understand, the blue line is actually how the

11:03AM 3   riser was actually moving.

11:03AM 4                What is the orange line?

11:03AM 5   A   The orange line is the mathematical description.  So in

11:03AM 6   order to put this into LedaFlow, you needed to be able to

11:03AM 7   describe it in a language that LedaFlow could understand.

11:03AM 8                That orange line is a mathematical description

11:03AM 9   that was then input into LedaFlow.

11:03AM 10  Q   Why doesn't the orange line that is depicted on this

11:03AM 11  demonstrative exactly match the blue line?

11:03AM 12  A   In this sort of -- when you're taking measurements and

11:03AM 13  you're trying to create a mathematical description, very often

11:03AM 14  there is differences between the two.

11:03AM 15               What you're seeing here is actually a very good

11:03AM 16  fit of taking an actual measurement and then characterizing it

11:03AM 17  mathematically.

11:04AM 18  Q   Now, talking about the movement of the riser, were you able

11:04AM 19  to use a multiphase flow simulator in order to recreate the

11:04AM 20  movement of the riser?

11:04AM 21  A   Yes, I was able to recreate this motion in LedaFlow.

11:04AM 22  Q   Why did you use LedaFlow as opposed to OLGA or some other

11:04AM 23  multiphase simulator to model the moving riser?

11:04AM 24  A   So LedaFlow was the only multiphase flow simulator that was

11:04AM 25  capable of including the motion of the riser.

11:04AM 1   Q   So is the capability to move the pipe or the riser, was that

11:04AM 2   built in to LedaFlow or did you have to write some type of

11:04AM 3   special module to do that?

11:04AM 4   A   No.  That's built-in.  That functionality is accessible to

11:04AM 5   the off-the-shelf version of LedaFlow that I used for this

11:04AM 6   particular soft -- investigation, which was Version 1.2.

11:05AM 7   Q   Now, we have discussed the various inputs that you put into

11:05AM 8   your model.  I guess one question I would have is, can you

11:05AM 9   characterize or describe the quality of the data that you had in

11:05AM 10  order to create this model that you used to evaluate the flow

11:05AM 11  rate?

11:05AM 12  A   In large part, the data was good data.  You know, it took a

11:05AM 13  lot of searching for the data, but in large part the material

11:05AM 14  properties, the position, all of those things were very

11:05AM 15  well-known and well-characterized.

11:05AM 16          There are a few inputs to the model that were less

11:05AM 17  known, and for that we ran sensitivities.

11:05AM 18  Q   We'll get to that.

11:05AM 19          The last input that was on that slide was

11:06AM 20  something called riser geometry.

11:06AM 21          Why don't you pull up D-23484 and tell us about

11:06AM 22  riser geometry and why it was important to your model.

11:06AM 23  A   So what we're seeing here is the riser is the outer pipe.

11:06AM 24  The riser had, going down the center of it, a drill pipe.

11:06AM 25  Depending on where you were in the riser it had different

11:06AM 1   diameters.

11:06AM 2              This blowup here is a cross-section, so if you

11:06AM 3   were to slice it you would see the outer ring is the riser, this

11:06AM 4   inner ring is the drill pipe, and the area for flow is the area

11:06AM 5   between these two pipes.

11:06AM 6   Q   Can you model this pipe and pipe geometry that we see here

11:07AM 7   in multiphase flow simulators?

11:07AM 8   A   Yes, but it requires a geometric transformation to do so.

11:07AM 9              MR. FIELDS:  Why don't we pull up D-24643.

11:07AM 10  BY MR. FIELDS:

11:07AM 11  Q   Help us understand something that would be another example

11:07AM 12  of -- perhaps it's counterintuitive to a layperson -- of what a

11:07AM 13  geometric transformation is.

11:07AM 14  A   So these models assume and are built to model flow in a

11:07AM 15  circular pipe.  That's where the focus has been scientifically.

11:07AM 16             There are situations out there where people want

11:07AM 17  to model multiphase flow or single phase flow in different

11:07AM 18  geometries, and so there's a separate scientific investigation

11:07AM 19  about how to transform all of the knowledge that you have about

11:07AM 20  circular pipes and model these other odd-shaped geometries or

11:08AM 21  different geometries.

11:08AM 22             So they developed methods in order to do so.

11:08AM 23  That's what I mean specifically by a geometric transformation.

11:08AM 24  And a geometric transformation simply takes a noncircular

11:08AM 25  geometry and it transforms it into a circular pipe-like

11:08AM 1   geometry, but with the goal to maintain the pressure drop flow

11:08AM 2   rate relationships.

11:08AM 3   Q   Why is there a goal to maintain the pressure drop flow rate

11:08AM 4   relationship?

11:08AM 5   A   Well, that's the primary purpose of these models, to

11:08AM 6   understand the relationship between pressure drop and flow rate.

11:08AM 7   Q   Let's go to the next slide, which is D-24644.  Can you help

11:08AM 8   us understand what type of geometric transformation you used for

11:09AM 9   the geometry in this case?

11:09AM 10  A   So what we're seeing on the left, of course the actual

11:09AM 11  geometry.  The geometric transformation that I used is something

11:09AM 12  called the hydraulic diameter or the equivalent hydraulic

11:09AM 13  diameter, where I take this geometry or information about the

11:09AM 14  riser pipe and the drill pipe and I convert it into a circular

11:09AM 15  pipe-like geometry.

11:09AM 16              The hydraulic diameter focuses on maintaining the

11:09AM 17  correct ratio of area to wetted perimeter.  Area is the

11:09AM 18  cross-sectional area to flow so that the area between the drill

11:09AM 19  pipe and the riser and the wetted perimeter is the length along

11:09AM 20  those two pipes.

11:09AM 21  Q   Why is it important to maintain the correct ratio of area to

11:09AM 22  wetted perimeter when you're trying to perform flow rate

11:10AM 23  calculations?

11:10AM 24  A   That's necessary in order to get the relationship between

11:10AM 25  pressure drop and flow rate correct.

2744

11:10AM 1   Q   Now, have you used hydraulic diameter for geometric

11:10AM 2   transformation in your own modeling work prior to this case?

11:10AM 3   A   I have.

11:10AM 4   Q   And is the hydraulic diameter used by flow assurance

11:10AM 5   engineers and specialists in order to deal with noncircular

11:10AM 6   geometries?

11:10AM 7   A   Yeah.  The hydraulic diameter is the gold standard

11:10AM 8   transformation.  There are very few hydraulic standards that

11:10AM 9   have any scientific information outside of the hydraulic

11:10AM 10  diameter.

11:10AM 11             There are numerous teks.  In this particular case,

11:10AM 12  the user manuals actually tell you to use the hydraulic diameter

11:10AM 13  for the software packages or multiphase flow simulators that

11:10AM 14  we're talking about.

11:10AM 15  Q   Now, when you use this geometric transformation, it results

11:10AM 16  in a sectional area that is less than a cross-sectional area

11:11AM 17  that actually exists in the pipe?

11:11AM 18  A   Yes.  So one of the things that you mentioned is this is a

11:11AM 19  bit counterintuitive.  The area in this section is much larger

11:11AM 20  than the resulting area using the hydraulic diameter.

11:11AM 21  Q   And you've heard criticisms at trial that you did not

11:11AM 22  appropriately use the hydraulic diameter in your modeling?  Have

11:11AM 23  you heard those?

11:11AM 24  A   I have.

11:11AM 25  Q   And how do you respond to those criticisms?

11:11AM 1        MR. CHAKERES:  Your Honor, I'm going to object.  This

11:11AM 2   calls for surrebuttal testimony.

11:11AM 3        MR. FIELDS:  Your Honor, he was actually just

11:11AM 4   reiterating and talking about the exact opinions that are set

11:11AM 5   forth in his report.

11:11AM 6             As Your Honor indicated earlier, a witness can

11:11AM 7   hear the criticisms and he can sort of indicate why those

11:11AM 8   criticisms are unfounded in light of his prior testimony or,

11:11AM 9   sorry, in light of the prior opinions in the report.

11:11AM 10       THE COURT:  Was there a motion on rebuttal, a rebuttal

11:12AM 11  -- surrebuttal report from this witness?

11:12AM 12       MR. FIELDS:  No.

11:12AM 13       MR. CHAKERES:  There was not.  He didn't provide

11:12AM 14  surrebuttal opinions in writing, so we have not filed a motion

11:12AM 15  on that, no.

11:12AM 16       THE COURT:  I'll overrule the objection.

11:12AM 17  BY MR. FIELDS:

11:12AM 18  Q   How do you respond to those criticisms?

11:12AM 19  A   They're absolutely unfounded and incorrect.

11:12AM 20  Q   And why is that?

11:12AM 21  A   Dr. Dykhuizen seems to say that the use of the hydraulic

11:12AM 22  diameter is incorrect, or that if you use it you get only some

11:12AM 23  information out of the model that then you can use later.

11:12AM 24             When, in fact, the use of the hydraulic diameter

11:12AM 25  results in the accurate relationship between pressure drop and

11:12AM 1   flow rate.  The flow rates that come from my model require no

11:12AM 2   additional calculations to be corrected to a different flow

11:12AM 3   rate.

11:12AM 4   Q   So you're confident that you used the correct geometric

11:13AM 5   transformation and applied it in the correct fashion?

11:13AM 6   A   Not only am I confident, that's what the science tells me.

11:13AM 7   Q   Let's turn to talking about the simulations you performed.

11:13AM 8   After constructing the riser model or the no-kink model with all

11:13AM 9   of the properties that we've just discussed, what did you do

11:13AM 10  next?

11:13AM 11  A   Sorry, could you repeat that question?

11:13AM 12  Q   Sure.  After you constructed your riser model and it had all

11:13AM 13  those different inputs that we just talked about, what did you

11:13AM 14  do next?

11:13AM 15          MR. FIELDS:  Maybe we can pull up D-23480.3, which was

11:13AM 16  what we looked at earlier.

11:13AM 17  BY MR. FIELDS:

11:13AM 18  A   Yes.  So I then -- once I built the model, I then varied the

11:13AM 19  flow rate through the model.  I ran numerous simulations, in

11:13AM 20  excess of a thousand simulations, to explore the parameter

11:14AM 21  space, running flow rates from 12,000 barrels per day all the

11:14AM 22  way up a to 60,000 barrels per day, again, trying to match this

11:14AM 23  unique pattern of slug flow behavior.

11:14AM 24  Q   And why did you pick the range between 12,000 and 60,000?

11:14AM 25  A   Well, generally speaking, you pick a range where you see the

2747

11:14AM 1   observed behavior, and then you pick a larger range to make sure

11:14AM 2   that that observed slug flow behavior doesn't appear someplace

11:14AM 3   else.

11:14AM 4             So I only saw the observed slug flow behavior, or

11:14AM 5   model results that matched the observed slug flow behavior,

11:14AM 6   somewhere between 17,000 to 40,000.

11:14AM 7             So then I book-ended it with 60,000 all the way

11:14AM 8   down to 12,000.

11:14AM 9   Q   How many different simulations did you run in LedaFlow in

11:14AM 10  order to determine whether you were matching the behavior out of

11:14AM 11  the end of the riser?

11:15AM 12  A   In total, again, in excess of a thousand.  For each specific

11:15AM 13  parameter set, I ran simulations exploring both May 13th and May

11:15AM 14  16th, and I ran about 55 for each specific -- 54 specifically --

11:15AM 15  for each parameter set.

11:15AM 16  Q   So give us an idea of how long it takes to run these

11:15AM 17  simulations and why it took you six months or so to complete

11:15AM 18  your analyses.

11:15AM 19  A   So each simulation requires anywhere from 12 hours to 2 days

11:15AM 20  to finish.  I would say on average about a day, and -- I mean

11:15AM 21  that's why.  I mean, when you're running a thousand simulations,

11:15AM 22  obviously we didn't even have a thousand days.  We were running

11:15AM 23  it on multiple computers.

11:15AM 24            We generated an inordinate amount of data over

11:15AM 25  that timeframe, somewhere in the order of 5 terabytes, which is

11:16AM 1    a very large amount of data.

11:16AM 2                I don't know in that answers your question.

11:16AM 3    Q    It does.  So was your no-kink model able to reproduce the

11:16AM 4    slug flow behavior that you observed during the May 13th to 20th

11:16AM 5    time period?

11:16AM 6    A    It does.

11:16AM 7    Q    Let's pull up D-24683-A.  And before we play this, can you

11:16AM 8    sort of give us a setup, tell us a little bit about what we're

11:16AM 9    going to see when we play this particular demonstrative?

11:16AM 10   A    Yes.  So earlier we saw a previous demonstrative that was

11:16AM 11   set up very similarly where we had the ROV video on top, and

11:16AM 12   then at the bottom we had a time trace.

11:16AM 13               Here the yellow line will be time.  The video --

11:16AM 14   just to note, the video speed will be faster than real time.  It

11:16AM 15   will be running 3.35 times real time.  This specific video was

11:16AM 16   taken on May 16th.

11:16AM 17               Now at the bottom, what you're seeing is my model

11:17AM 18   predictions for that same time period or a flow rate during that

11:17AM 19   same time period.

11:17AM 20               What I am showing in this figure is the oil volume

11:17AM 21   rate fraction on the y-axis, and then time moving along the

11:17AM 22   x-axis here.  What you will see here are the shaded regions that

11:17AM 23   appear brown.  Will be dark and appear dark in the video;

11:17AM 24   whereas the grey region will be experiencing some sort of

11:17AM 25   transition, either from dark to white or white to dark.

11:17AM 1        And then the white highlighted area will appear

11:17AM 2    white in the video.

11:17AM 3    Q   You ready to play?

11:17AM 4                (Videotape Played.)

11:17AM 5    BY MR. FIELDS:

11:17AM 6    A   So we start again, we're tracing through a period of time

11:17AM 7    where you're seeing a dark plume.  This lasts approximately 80

11:18AM 8    seconds.

11:18AM 9        Then we'll see a sharp transition that takes 15

11:18AM 10   seconds in real time.  I'm giving you numbers.

11:18AM 11       Then we'll see it reach the white plume area.

11:18AM 12   Then it will end as it transitions back to the start of the

11:18AM 13   cycle, which will be the start of the next dark plume.

11:18AM 14       What you can see from this is the excellent match

11:18AM 15   of the model-predicted results of the actual observed slug flow

11:18AM 16   behavior.

11:18AM 17       This sort of matches is really unusual when you're

11:18AM 18   looking at slug flow behavior, especially because it is so

11:18AM 19   chaotic.  You will almost never match this well.  This is, in

11:18AM 20   fact, the best match I've ever seen to the observed slug flow

11:18AM 21   behavior.

11:18AM 22        MR. FIELDS:  Let's pull up D-23865.

11:18AM 23   BY MR. FIELDS:

11:19AM 24   Q   In your report, you talk about this concept of qualifying

11:19AM 25   flow rates at least for determining flow rates out of the riser

11:19AM 1    end.

11:19AM 2              Can you describe the process you used to determine

11:19AM 3    what constituted a qualifying flow rate and how that assisted

11:19AM 4    you in determining or estimating the flow rate out of the riser

11:19AM 5    end?

11:19AM 6    A   Yes.  So, on May 13th, they're using the riser motion that

11:19AM 7    was present on May 13th.  I would simulate from approximately

11:19AM 8    12,000 stock tank barrels up all the way up to 60,000 stock tank

11:19AM 9    barrels.

11:19AM 10             Now, during that period, as we discussed earlier,

11:19AM 11   I'm looking for double peak behavior.  In this particular

11:19AM 12   example, I was able to see double peak behavior between 17,700

11:20AM 13   and 41,000 stock tank barrels.

11:20AM 14             Then using the May 16th, or the motion of the

11:20AM 15   riser on May 16th, I would run the same range of flow rates:

11:20AM 16   from approximately 12,000 all the way up to 60,000 stock tank

11:20AM 17   barrels per day.

11:20AM 18             I was able to observe the behavior that was

11:20AM 19   present then, which was the single peak behavior in the

11:20AM 20   highlighted region.  And that was between 11,700 stock tank

11:20AM 21   barrels all the way up to 28,300 stock tank barrels.

11:20AM 22             But, by combining the two ranges, I'm able to

11:20AM 23   estimate the qualifying range of flow rates between 17,700 and

11:20AM 24   28,300 stock tank barrels per day.

11:20AM 25             I was then able to apply one additional criterion

11:20AM 1    to the lower bound of the flow rate for this line, this 17,700

11:21AM 2    stock tank barrels per day.  I was looking specifically at the

11:21AM 3    average density of the buoyant loop, or the weight of the

11:21AM 4    buoyant loop, and ensuring that the buoyant loop wasn't moving

11:21AM 5    up when the weight of the buoyant loop was at its highest.

11:21AM 6            In doing so, I was able to further reduce the

11:21AM 7    bound or increase the lower bound up to 21,200 stock tank

11:21AM 8    barrels per day.

11:21AM 9            I do want to emphasize that this is a specific

11:21AM 10   example of a specific parameter set that I refer to as the base

11:21AM 11   case set of parameters, meaning that the inputs, the default set

11:21AM 12   of inputs that I put into the simulation before I explored my

11:21AM 13   sensitivities.

11:21AM 14           I'll also note that this -- to come up with this

11:21AM 15   one range was about 54 simulations.

11:21AM 16   Q    You indicated that you were sort of combining the two

11:22AM 17   different behaviors, the double peak behavior and the single

11:22AM 18   peak behavior, in order to determine the range of qualifying

11:22AM 19   flow rates.

11:22AM 20           Why did you do that?

11:22AM 21   A    Well, on May 13th, we had observed double peak behavior.

11:22AM 22           On May 16th, we had only single peak behavior.

11:22AM 23           These dates are rather close together.  It was

11:22AM 24   only natural there was nothing that would indicate there would

11:22AM 25   be large changes in flow rate between that period so that would

11:22AM 1   you conclude that a flow rate that matched the double peak

11:22AM 2   behavior and matched the single peak behavior would qualify as a

11:22AM 3   possible flow rate during that range.

11:22AM 4   Q    After developing this base case that you have here, what did

11:22AM 5   you do next?

11:22AM 6   A    So from here I ran sensitivities on input parameters that

11:22AM 7   were uncertain.

11:22AM 8   Q    What are sensitivities or sensitivity studies?

11:22AM 9   A    A sensitivity study is a study where you look at input

11:23AM 10  parameters that aren't certain.  You vary an input, and then you

11:23AM 11  run simulations to determine what effect varying the input has

11:23AM 12  on the results.

11:23AM 13  Q    And why did you perform sensitivity studies here?

11:23AM 14  A    Specifically, there were some parameters.  An example of

11:23AM 15  that would be pipe roughness, that were less certain than other

11:23AM 16  parameters.

11:23AM 17          MR. FIELDS:  Why don't we pull up D-24570.

11:23AM 18  BY MR. FIELDS:

11:23AM 19  Q    This is a table from your report, and it is titled:

11:23AM 20  Sensitivity to Roughness of Riser Pipe.  Why don't you help us

11:23AM 21  understand how you assessed the sensitivity of the roughness of

11:23AM 22  the riser pipe.

11:23AM 23  A    Yes.  So, starting at the top of the table, the first row,

11:24AM 24  you can see that the roughness value, that is the default value

11:24AM 25  that I used that was in the base case set.  That value

11:24AM 1    corresponds to smooth carbon steel or carbon steel that was

11:24AM 2    straight off the factory line.

11:24AM 3              I then ran two sensitivities where I increased the

11:24AM 4    roughness by a factor of 10 and then by a factor of 100.

11:24AM 5              Now, for each parameter set, I varied the flow

11:24AM 6    rates between 12,000 and 60,000 stock tank barrels per day on

11:24AM 7    May 13th and May 16th trying to match the double peak behavior

11:24AM 8    that was present on May 13th and the single peak behavior that

11:24AM 9    was present on May 16th.

11:24AM 10             I then was able to come up with a range of

11:24AM 11   possible flow rates which are denoted as minimum and maximum for

11:24AM 12   each of the parameter sets.

11:24AM 13   Q   Now, this is one type of sensitivity study that you

11:24AM 14   performed.  Were there other sensitivities that you have

11:25AM 15   evaluated as part of your analysis?

11:25AM 16   A   Yeah.  I performed other sensitivities as a part of my

11:25AM 17   analysis on other uncertain inputs.

11:25AM 18             MR. FIELDS:  Why don't we pull up D-24571.

11:25AM 19   BY MR. FIELDS:

11:25AM 20   Q   We talked about pipe roughness.  What were the other

11:25AM 21   sensitivities that you evaluated as part of your analysis?

11:25AM 22   A   So, I also evaluated inlet temperature, the position of the

11:25AM 23   riser plume.  I evaluated the outer heat transfer or the ability

11:25AM 24   for the environmental conditions to move heat away from the

11:25AM 25   pipe.

11:25AM 1      I evaluated pipe roughness, like we just

11:25AM 2  discussed.  I also evaluated in the kink model a sensitivity to

11:25AM 3  the resistance of the kink, or the discharge coefficient of the

11:25AM 4  kink, which is specific to the way I modeled the kink.

11:26AM 5      MR. FIELDS:  Why don't we pull up D-23864.

11:26AM 6  BY MR. FIELDS:

11:26AM 7  Q   So how did you calculate a best estimate flow rate through

11:26AM 8  the riser end using these various sensitivity studies?

11:26AM 9  A   So, for each sensitivity -- and we just focused on the

11:26AM 10 fourth row of this table, this pipe roughness -- what we come up

11:26AM 11 with, a minimum and a maximum running the series of simulations.

11:26AM 12      From that minimum and maximum, you can take an

11:26AM 13 average for that sensitivity of the two values, and that will

11:26AM 14 result in a best estimated flow rate for that specific

11:26AM 15 sensitivity.

11:26AM 16      I repeated that process for all of the

11:26AM 17 sensitivities in this table, and I was able to come up with best

11:26AM 18 estimated values form each of those sensitivities.

11:26AM 19      Then, taking an average of this final column here,

11:26AM 20 I was able come up with a total best estimated flow rate of

11:26AM 21 25,100 stock tank barrels per day.

11:26AM 22      What is important to note when you're looking at

11:27AM 23 this table is how insensitive the model is to these specific

11:27AM 24 parameters.  So all of these sensitivities result in flow rates

11:27AM 25 around this 25,000 number or 25,100 number.  There's not a lot

11:27AM 1   of variance.

11:27AM 2              What that tells an expert is that the model is

11:27AM 3   robust and that the model is not sensitive to these inputs

11:27AM 4   despite the fact that they weren't known.

11:27AM 5   Q   The bottom line, on D-23864, you say:  Resulting best

11:27AM 6   estimate before model uncertainty.

11:27AM 7              Do you see that?

11:27AM 8   A   I do.

11:27AM 9   Q   At some point in your work, did you try to evaluate or

11:27AM 10  characterize model uncertainty and the impact it might have on

11:27AM 11  flow rates?

11:27AM 12  A   I did.

11:27AM 13  Q   And what did you do?

11:27AM 14  A   So, for model uncertainty, what I specifically mean is

11:28AM 15  everything that we don't know about multiphase flow.

11:28AM 16              So, multiphase flow is incredibly complicated.

11:28AM 17  There's lots of physics that are involved in modeling multiphase

11:28AM 18  flow.  As an industry, there are things that we don't know about

11:28AM 19  multiphase flow.

11:28AM 20              And so I wanted to characterize that uncertainty,

11:28AM 21  which is something difficult to characterize.  It's always

11:28AM 22  difficult to characterize what you don't know.

11:28AM 23              In this particular case, I was using or I started

11:28AM 24  my investigation using three different versions of software.  I

11:28AM 25  was using two different versions of OLGA and one version of

11:28AM 1   LedaFlow.

11:28AM 2              Because all of those software packages are trying

11:28AM 3   to estimate the true answer, you can learn something by the fact

11:28AM 4   that their resultant answers are scattered.  That's some

11:28AM 5   indication of what the current understanding of what multiphase

11:28AM 6   flow is, and that's how I was able to characterize model

11:29AM 7   uncertainty.

11:29AM 8   Q   I thought you indicated earlier that OLGA was not able to

11:29AM 9   model a moving riser.  If that's the case, how were you able to

11:29AM 10  compare your results from LedaFlow with your results in OLGA?

11:29AM 11  A   At the beginning of my investigation, I was using both OLGA

11:29AM 12  and LedaFlow, and I was using static geometries.

11:29AM 13  Q   What does that mean?

11:29AM 14  A   Nonmoving geometries.

11:29AM 15             At that time, I wasn't certain that the riser

11:29AM 16  motion was important, so I used an simpler model and assumed

11:29AM 17  that the riser was static.

11:29AM 18             And those are the results that I was able to

11:29AM 19  compare:  A static version of LedaFlow and the static two

11:29AM 20  versions of OLGA.  And that's how I was able to characterize the

11:29AM 21  understanding of multiphase flow.

11:29AM 22  Q   What conclusions, if any, did you reach about the level of

11:29AM 23  model uncertainty that might exist?

11:29AM 24  A   So, from that investigation, I was able to estimate the

11:30AM 25  model uncertainty to be plus or minus 5 percent, or a total of

11:30AM 1    10 percent uncertainty.

11:30AM 2         MR. FIELDS:  So let's go to D-2866.1.1.

11:30AM 3    BY MR. FIELDS:

11:30AM 4    Q   So, after taking into consideration your base case, your

11:30AM 5    sensitivity studies, and model uncertainty, what results did you

11:30AM 6    get for the flow rate out of the model end -- out of the riser

11:30AM 7    end?  Sorry.

11:30AM 8    A   Yeah.  So I was able to conclude that the range of possible

11:30AM 9    flow rates out of the riser end was between 20,000 stock tank

11:30AM 10   barrels per day and 31,000, with a best estimate of 25,100.

11:30AM 11   Q   And that's just out of the riser end?

11:30AM 12   A   And that is just out of the riser end.

11:30AM 13   Q   Now, let's talk about the your modeling of the flow out of

11:31AM 14   the kink leaks.

11:31AM 15        MR. FIELDS:  First of all, let's pull up D-23478-A.

11:31AM 16   BY MR. FIELDS:

11:31AM 17   Q   Let's first talk a little bit about the leaks from the kink.

11:31AM 18   Can you describe the kink leaks for us using this and how they

11:31AM 19   came into play with your modeling efforts?

11:31AM 20   A   So what we're seeing in this demonstrative is the kink

11:31AM 21   section of the riser after it was removed on June 3rd.

11:31AM 22        What's specifically highlighted and labeled A

11:31AM 23   through F are the holes that were present at that time.

11:31AM 24   Specifically of interest for this particular time period were

11:31AM 25   holes B, C, D, and E.

2758

| | | |
|---|---|---|
| 11:31AM | 1 | MR. FIELDS:  Let's pull up D-23479.A. |
| 11:31AM | 2 | BY MR. FIELDS: |
| 11:32AM | 3 | Q   When did the kink leaks appear in relationship to the range |
| 11:32AM | 4 | or the window that you were evaluating? |
| 11:32AM | 5 | A   So, the kink holes, other two kinks holes, B and C, were |
| 11:32AM | 6 | present between May 13 and May 19. |
| 11:32AM | 7 | On May 19th, another hole or potentially two |
| 11:32AM | 8 | additional holes appear, and those would be holes D and E. |
| 11:32AM | 9 | Because they were so close together, you couldn't tell if it was |
| 11:32AM | 10 | a single hole that appeared or two holes, so I refer to them as |
| 11:32AM | 11 | D/E in this image.  And they appeared on May 19th and were |
| 11:32AM | 12 | present through May 20th. |
| 11:32AM | 13 | MR. FIELDS:  Let's go to D-23481.3. |
| 11:32AM | 14 | BY MR. FIELDS: |
| 11:32AM | 15 | Q   Can you generally describe your second model, which is the |
| 11:32AM | 16 | kink model, and how it differed from your no-kink model. |
| 11:32AM | 17 | A   So the kink model is very similar to the no-kink model. |
| 11:33AM | 18 | It's just an extension of the no-kink model.  It extends back to |
| 11:33AM | 19 | include the kinked section of the riser, which is about a |
| 11:33AM | 20 | 45-foot-long extension. |
| 11:33AM | 21 | It then uses a pressure boundary at the inlet of |
| 11:33AM | 22 | the model and a pressure boundary at the outlet of the model, |
| 11:33AM | 23 | which is the same as was present in the kink model -- no-kink |
| 11:33AM | 24 | model, excuse me. |
| 11:33AM | 25 | MR. FIELDS:  Why don't we pull up display D-23481. |

11:33AM 1   BY MR. FIELDS:

11:33AM 2   Q    And this is sort of a enlargement of the BOP in your kink

11:33AM 3   model.

11:33AM 4                    It indicates on here -- it shows the kink here and

11:33AM 5   also shows pressure boundary.  What is a pressure boundary and

11:33AM 6   why did you use a pressure boundary in your kink model?

11:33AM 7   A    So a pressure boundary is when you specify the pressure of

11:33AM 8   the model at that location.  In this particular case, once I

11:34AM 9   extend the model back to include the kink section, I now have

11:34AM 10  the benefit of a measurement that was present at that location,

11:34AM 11  and that's the PTM measurement, which is just above the BOP.

11:34AM 12  Q    PTM, is that different than BTB?

11:34AM 13  A    Yes.  That's a different measurement.

11:34AM 14  Q    Now, the kink model also includes the holes that existed in

11:34AM 15  the kink?

11:34AM 16  A    Yes.  So the kink model includes the kink section.  It

11:34AM 17  includes the model of the kink holes.  It also includes a model

11:34AM 18  of the kink itself.

11:34AM 19                   The kink itself has some uncertainty as to what

11:34AM 20  resistance to flow that would amount to, so I modeled the kink

11:34AM 21  itself as a valve or a restriction that I could vary to vary

11:34AM 22  that resistance to flow.

11:34AM 23  Q    Now, in your no-kink model, you used what I think was called

11:35AM 24  a flow rate boundary.  Here, you use a pressure boundary.

11:35AM 25                   Why did you use a pressure boundary here?

11:35AM 1    A   Pressure boundary was used here because we had a

11:35AM 2    measurement, this PTM measurement that I am referring to.

11:35AM 3             Because we had a known pressure, it made sense to

11:35AM 4    use and leverage that pressure.

11:35AM 5             MR. FIELDS:  Let's go to TREX-011683.30.2.

11:35AM 6    BY MR. FIELDS:

11:35AM 7    Q   Based on your analysis of the -- using the note -- sorry,

11:35AM 8    let me step back.

11:35AM 9             Using the kink model and performing the evaluation

11:35AM 10   using the kink model, what conclusions did you reach about the

11:35AM 11   flow rate coming from the kink holes during the period May 13 to

11:35AM 12   May 20th?

11:35AM 13   A   So my approach was a little different for estimation of the

11:35AM 14   kink leak flow rate.  I chose to estimate a maximum flow rate

11:36AM 15   during that period.  I estimated that maximum to be 4,900 stock

11:36AM 16   tank barreled per day.

11:36AM 17   Q   Why do you consider your kink leak flow rate estimate to be

11:36AM 18   a maximum flow rate as opposed to a minimum or a best flow rate?

11:36AM 19   A   So, for the kink leak flow rate, I made a series of very

11:36AM 20   conservative assumptions.  So, given all of the conservatism

11:36AM 21   built into my estimation of the kink leak flow rate, I can

11:36AM 22   conceive of no possibility that could be greater than the number

11:36AM 23   that I'm presenting today.

11:36AM 24   Q   And what were some of those assumptions or some of the

11:36AM 25   inputs that you used that you believe lead you to a conservative

11:36AM 1  or maximum flow rate?

11:36AM 2  A   So, the first assumption or the first conservative

11:36AM 3  assumption would be, I used the maximum number of holes that

11:36AM 4  were present during that time period.

11:36AM 5          So, as we saw earlier, between May 13 and May 19,

11:37AM 6  there were only two holes present.  And then, on May 19th and

11:37AM 7  20TH, there were four holes present, or potentially four holes

11:37AM 8  present.  I used all four holes during the full period.

11:37AM 9          In addition to that, I used the final sizes of

11:37AM 10  those holes.  Those holes were created by erosion, so they

11:37AM 11  likely grew.  I used the sizes as they were on June 3rd when the

11:37AM 12  riser was finally removed.

11:37AM 13          In addition to that, I used or I modeled the leak

11:37AM 14  holes upstream of the kinked section of the riser.  So the holes

11:37AM 15  would form at the highest velocity, at sort of the biggest

11:37AM 16  restriction, and that would be the lowest pressure.

11:37AM 17          I modeled them upstream of that restriction

11:37AM 18  exposing them to the largest pressure available, which would

11:38AM 19  result in the most conservative flow rate.

11:38AM 20          In addition to that, there's one other

11:38AM 21  conservative assumption, which is I used the maximum value of

11:38AM 22  the PTM measurement during that period.  So that gauge had

11:38AM 23  indicated several pressure measurements during that period.  I

11:38AM 24  took the absolute maximum and I used that as my boundary

11:38AM 25  condition.

11:38AM  1    Q    So did your calculations of the riser end flow and the kink

11:38AM  2    leak flow give you a total estimated flow rate?

11:38AM  3    A    It does.

11:38AM  4            MR. FIELDS:  Why don't we pull up D-23866.

11:38AM  5    BY MR. FIELDS:

11:38AM  6    Q    Were you able to calculate a final minimum, maximum, and

11:38AM  7    best estimate of flow rate for the Macondo well for the period

11:38AM  8    May 13th to 20th, 2010?

11:39AM  9            And, if so, what was that?

11:39AM 10    A    I was able to calculate a possible range of flow rate

11:39AM 11    between 24,900 stock tank barrels per day and 35,900, with a

11:39AM 12    best estimated flow rate of 30,000 stock tank barrels per day.

11:39AM 13    Q    Based on your analysis, do you see any evidence that the

11:39AM 14    flow rate during this time period was below approximately 25,000

11:39AM 15    stock tank barrels per day?

11:39AM 16    A    No.  It could not have been below.

11:39AM 17    Q    Did you see any evidence that the flow rate could have been

11:39AM 18    higher than approximately 36,000 barrels per day during the

11:39AM 19    period of May 13th to May 20th?

11:39AM 20    A    No.  Cannot have been higher.

11:39AM 21            MR. FIELDS:  Can we pull up trial transcript 11898.1.

11:39AM 22    BY MR. FIELDS:

11:39AM 23    Q    This is also from Dr. Dykhuizen's critique, and it talks

11:40AM 24    about your modeling or your model uses a pipe model that's half

11:40AM 25    the size of the real pipe; so short, his numbers are off by a

11:40AM 1    factor of 2.  If you correct for that, he is getting about

11:40AM 2    60,000 barrels of oil per day similar to the calculations of

11:40AM 3    Dr. Dykhuizen.

11:40AM 4                I think this was actually from the opening

11:40AM 5    statement.

11:40AM 6                Do you agree with this statement?

11:40AM 7            MR. CHAKERES:  Your Honor, I'm going to renew the

11:40AM 8    objection to that.  Our motion for surrebuttal is a general

11:40AM 9    motion, and we understood it applied to all experts.

11:40AM 10           THE COURT:  Well, does sound like we're getting into

11:40AM 11   essentially what is surrebuttal, Mr. Fields, so I'm going to

11:40AM 12   sustain the objection.

11:40AM 13           MR. FIELDS:  Thank you, Your Honor.

11:40AM 14   BY MR. FIELDS:

11:40AM 15   Q    Based on your evaluation, why are you confident that the

11:41AM 16   best estimate of flow rate from the Macondo well during the time

11:41AM 17   period of May 13 to May 20th was 30,000 stock tank barrels per

11:41AM 18   day?

11:41AM 19   A    I'm confident because I performed extensive analysis.  I

11:41AM 20   looked at this issue for six months.  I performed thousands of

11:41AM 21   simulations looking at this issue, and ultimately I'm very

11:41AM 22   confident in my answer that the best estimate would be 30,000

11:41AM 23   stock tank barrels per day.

11:41AM 24   Q    Why are you confident that the flow rate from the riser end

11:41AM 25   and the kink leaks could not have exceeded 35,900 stock tank

11:41AM 1    barrels per day during the time period May 13th to May 20th,

11:41AM 2    2010?

11:41AM 3    A   Well, ultimately, at higher flow rates, you don't match the

11:41AM 4    observed slug flow behavior.  The evidence that we have is the

11:41AM 5    ROV videos with a very unique pattern.  And, at flow rates

11:42AM 6    higher than 36,000, you just don't match that behavior.

11:42AM 7              MR. FIELDS:  Thank you, Your Honor.  No further

11:42AM 8    questions.

11:42AM 9              THE COURT:  Okay.

11:42AM 10             Rather than start your examination, since we're

11:42AM 11   only going to go a few minutes, why don't we break right now.

11:42AM 12             You're going to have to come back tomorrow.

11:42AM 13             We'll recess until 8:00 in the morning.

11:42AM 14             Any other housekeeping matters we need to do

11:42AM 15   today?

11:42AM 16             MR. BROCK:  I was going to let the Court know one

11:42AM 17   thing.

11:42AM 18             This is not a big issue; but, tomorrow morning,

11:42AM 19   depending on the length of the cross, we'll have Dr. Momber and

11:42AM 20   Dr. Nesic, and then hopefully at some time early in the

11:42AM 21   afternoon Dr. Johnson.

11:42AM 22             I expect Dr. Nesic to be a longer examination than

11:42AM 23   Dr. Momber.  So, if we finish this cross, you know, in a

11:43AM 24   reasonable time in the morning, we might like to put Dr. Nesic

11:43AM 25   up next so that we can get him out of here before lunch and then

11:43AM 1    come with Dr. Momber next.  That would be the only change we

11:43AM 2    would make for tomorrow.

11:43AM 3              THE COURT:  Okay.

11:43AM 4              MR. BROCK:  If that's okay.

11:43AM 5              THE COURT:  All right.

11:43AM 6              All right.  Everyone have a good evening and we'll

11:43AM 7    see you tomorrow.

8                  (11:42 a.m., proceedings concluded.)

9

10

11                         CERTIFICATE

12

13

14    I, Susan A. Zielie, Official Court Reporter, do hereby
certify that the foregoing transcript is correct.

15

16

17                    /S/ SUSAN A. ZIELIE, FCRR
                   _____
18                      Susan A. Zielie, FCRR

19

20

21

22

23

24

25

# 0

**0** [1] - 2664:24

# 1

**1** [2] - 2731:8, 2735:1
**1.2** [1] - 2741:6
**10** [5] - 2630:14, 2648:9, 2694:6, 2753:4, 2757:1
**10-CV-2771** [1] - 2630:7
**10-CV-4536** [1] - 2630:10
**100** [2] - 2638:8, 2753:4
**10003** [1] - 2631:8
**1001** [1] - 2634:10
**10839** [2] - 2684:1, 2686:9
**10839.31.31.US** [1] - 2684:2
**1084** [1] - 2684:21
**10931.2.1.US** [2] - 2687:19, 2688:7
**11** [1] - 2701:12
**11,700** [1] - 2750:20
**110** [2] - 2685:11, 2693:7
**1100** [1] - 2634:7
**11683** [1] - 2709:17
**11898.1** [1] - 2762:21
**11:42** [1] - 2765:8
**12** [24] - 2656:10, 2659:11, 2660:8, 2660:15, 2661:1, 2663:6, 2663:13, 2663:22, 2664:18, 2665:3, 2668:11, 2668:17, 2669:4, 2669:13, 2669:25, 2670:6, 2674:22, 2688:10, 2688:14, 2689:14, 2695:8, 2697:3, 2697:7, 2747:19
**12,000** [1] - 2735:23, 2746:21, 2746:24, 2747:8, 2750:8, 2750:16, 2753:6
**120** [1] - 2638:6
**1201** [2] - 2633:23, 2634:23
**13** [8] - 2642:6, 2711:16, 2724:19, 2729:13, 2758:6, 2760:11, 2761:5, 2763:17
**130** [1] - 2678:25

**1300** [1] - 2635:10
**130138** [1] - 2677:11
**1331** [1] - 2635:4
**137** [1] - 2691:12
**13th** [32] - 2711:8, 2715:3, 2715:9, 2716:2, 2716:10, 2719:19, 2719:22, 2722:10, 2723:14, 2725:18, 2726:4, 2726:5, 2726:11, 2726:13, 2726:25, 2727:7, 2729:23, 2732:12, 2732:21, 2732:22, 2734:9, 2739:1, 2747:13, 2748:4, 2750:6, 2750:7, 2751:21, 2753:7, 2753:8, 2762:8, 2762:19, 2764:1
**14** [5] - 2661:15, 2662:2, 2692:25, 2695:8, 2696:16
**1400** [1] - 2678:25
**14271** [1] - 2632:15
**1487.1** [1] - 2718:13
**14th** [3] - 2720:7, 2720:8, 2721:8
**15** [2] - 2720:19, 2749:9
**15-minute** [1] - 2700:2
**15th** [6] - 2651:2, 2656:7, 2665:6, 2669:16, 2723:14, 2725:19
**16** [3] - 2630:5, 2637:2, 2642:6
**1615** [1] - 2635:10
**1665** [1] - 2635:4
**16th** [17] - 2669:15, 2670:18, 2725:22, 2730:10, 2730:15, 2731:5, 2731:8, 2732:8, 2732:10, 2738:24, 2747:14, 2748:16, 2750:14, 2750:15, 2751:22, 2753:7, 2753:9
**17,000** [1] - 2747:6
**17,700** [3] - 2750:12, 2750:23, 2751:1
**1700** [1] - 2634:23
**18** [9] - 2642:8, 2656:10, 2659:11, 2663:18, 2663:23, 2668:11, 2669:25, 2670:6, 2674:22
**188** [1] - 2631:18
**1885** [1] - 2632:5

**19** [6] - 2686:11, 2688:5, 2688:8, 2688:16, 2758:6, 2761:5
**1997** [1] - 2702:15
**19th** [4] - 2688:23, 2758:7, 2758:11, 2761:6

# 2

**2** [5] - 2669:14, 2709:18, 2711:13, 2747:19, 2763:1
**20** [4] - 2630:5, 2638:4, 2711:16, 2726:24
**20,000** [1] - 2757:9
**20004** [1] - 2633:24
**20005** [1] - 2633:20
**20006** [1] - 2635:14
**2002** [3] - 2702:17, 2702:21, 2703:1
**20044** [2] - 2632:15, 2632:24
**2008** [2] - 2703:1, 2703:12
**2010** [26] - 2630:5, 2644:6, 2644:8, 2644:12, 2647:18, 2682:14, 2688:5, 2688:8, 2688:16, 2689:22, 2701:25, 2704:2, 2711:6, 2716:17, 2717:17, 2718:3, 2718:25, 2719:3, 2719:8, 2721:16, 2725:17, 2725:21, 2727:15, 2736:9, 2762:8, 2764:2
**2012** [2] - 2704:19, 2704:20
**2013** [2] - 2630:5, 2637:2
**2020** [1] - 2635:14
**20th** [22] - 2711:8, 2716:2, 2717:1, 2719:20, 2719:22, 2722:10, 2724:19, 2725:23, 2726:8, 2726:9, 2726:24, 2729:13, 2729:23, 2732:24, 2734:9, 2748:4, 2758:12, 2760:12, 2762:8, 2762:19, 2763:17, 2764:1
**20TH** [1] - 2761:7
**21,200** [1] - 2751:7

**22** [1] - 2726:24
**2216** [1] - 2631:11
**22nd** [5] - 2715:5, 2719:18, 2719:23, 2726:16, 2726:23
**236603.1** [1] - 2640:6
**24** [6] - 2661:15, 2661:20, 2662:3, 2662:5, 2666:20, 2667:17
**24,900** [3] - 2711:18, 2733:21, 2762:11
**24222.1** [1] - 2640:6
**24th** [3] - 2716:21, 2717:8, 2717:12
**25,000** [2] - 2754:25, 2762:14
**25,100** [3] - 2754:21, 2754:25, 2757:10
**250** [3] - 2681:8, 2681:16, 2682:1
**257.67** [1] - 2681:3
**25th** [2] - 2674:13, 2689:25
**25th-July** [1] - 2689:25
**26** [2] - 2689:22, 2719:18
**2642** [1] - 2636:4
**2682** [1] - 2636:5
**26:15** [1] - 2642:8
**26th** [3] - 2689:25, 2694:8, 2719:23
**2700** [1] - 2636:7
**27th** [2] - 2638:1, 2639:22
**28,300** [2] - 2750:21, 2750:24
**280** [1] - 2692:8
**287** [1] - 2638:3
**28:47** [1] - 2642:7
**29** [1] - 2647:18
**2D** [1] - 2727:17

# 3

**3.35** [1] - 2748:15
**3.5** [1] - 2724:8
**3.8** [7] - 2660:8, 2661:4, 2661:6, 2661:14, 2664:19, 2664:24, 2668:20
**30** [4] - 2643:19, 2648:24, 2648:25, 2720:14
**30,000** [6] - 2692:4, 2711:16, 2733:22, 2762:12, 2763:17, 2763:22
**30-plus** [1] - 2705:20

**300** [2] - 2633:12, 2678:22
**31** [1] - 2684:1
**31,000** [1] - 2757:10
**316** [1] - 2631:4
**32502** [1] - 2631:5
**333** [1] - 2633:15
**335** [1] - 2634:16
**35** [1] - 2660:9
**35,000** [1] - 2662:8
**35,900** [4] - 2711:18, 2733:21, 2762:11, 2763:25
**35TH** [1] - 2634:16
**36,000** [2] - 2762:18, 2764:6
**36130** [1] - 2631:23
**3668** [1] - 2630:24
**3700** [2] - 2634:7, 2634:10
**38** [1] - 2684:22
**39201** [1] - 2631:19
**3rd** [2] - 2757:21, 2761:11

# 4

**4** [1] - 2662:1
**4,900** [1] - 2760:15
**40,000** [1] - 2747:6
**41,000** [1] - 2750:13
**45** [1] - 2642:8
**45,000** [3] - 2690:16, 2691:2, 2691:9
**45-foot-long** [1] - 2758:20
**450** [1] - 2691:6
**4th** [2] - 2638:5, 2638:6

# 5

**5** [4] - 2664:24, 2716:7, 2747:25, 2756:25
**50** [1] - 2708:13
**50,000** [1] - 2693:3
**500** [7] - 2630:23, 2631:23, 2635:18, 2678:21, 2681:9, 2681:16, 2682:1
**5000** [1] - 2633:6
**501** [1] - 2631:15
**504** [1] - 2635:19
**514.04** [1] - 2681:5
**54** [2] - 2747:14, 2751:15
**55** [1] - 2747:14
**556** [1] - 2630:23
**589-7781** [1] - 2635:19

**5th** [1] - 2638:6

## 6

**6** [44] - 2648:9,
2648:14, 2649:19,
2650:5, 2650:14,
2650:16, 2652:20,
2655:2, 2656:12,
2656:14, 2657:2,
2659:13, 2659:16,
2660:25, 2661:2,
2663:17, 2663:20,
2663:23, 2665:1,
2667:12, 2668:17,
2670:24, 2671:14,
2672:2, 2672:19,
2674:4, 2674:19,
2674:25, 2675:1,
2675:11, 2675:21,
2676:1, 2688:10,
2688:14, 2689:14,
2691:3, 2691:9,
2691:25, 2692:6,
2697:16, 2697:24,
2698:3, 2698:7
**60,000** [8] - 2735:24,
2746:22, 2746:24,
2747:7, 2750:8,
2750:16, 2753:6,
2763:2
**600** [1] - 2631:4
**60654** [1] - 2633:12
**655** [1] - 2633:20
**6600** [1] - 2670:7
**6th** [22] - 2650:2,
2650:5, 2650:11,
2652:1, 2652:4,
2654:24, 2656:19,
2657:24, 2658:18,
2661:12, 2661:13,
2665:2, 2670:16,
2683:1, 2684:3,
2684:4, 2685:10,
2685:21, 2685:25,
2686:1, 2686:9,
2686:13

## 7

**700** [1] - 2631:8
**701** [2] - 2632:10,
2633:6
**70112** [1] - 2635:10
**70113** [1] - 2630:20
**70130** [1] - 2631:12,
2632:10, 2635:19
**70139** [1] - 2633:7
**70163** [1] - 2634:7
**70502** [1] - 2630:24

**70601** [1] - 2631:15
**70804** [1] - 2632:6
**75270** [1] - 2634:23
**7611** [1] - 2632:24
**77002** [1] - 2634:11
**77010** [1] - 2635:5
**777** [1] - 2631:18

## 8

**8** [2] - 2669:3, 2692:14
**80** [1] - 2749:7
**820** [1] - 2630:20
**84** [1] - 2692:12
**85** [4] - 2679:8,
2679:18, 2680:2,
2681:22
**8:00** [2] - 2637:5,
2764:13
**8th** [6] - 2665:3,
2684:21, 2685:10,
2685:21, 2685:25,
2686:1

## 9

**9** [1] - 2669:3
**90071** [2] - 2633:16,
2634:16
**9318** [2] - 2689:16,
2690:12
**9318.6.1.US** [1] -
2692:1
**938.4.1.US** [1] -
2689:19
**94005** [1] - 2632:6
**9th** [2] - 2665:3,
2665:15

## A

**a.m** [2] - 2731:8,
2765:8
**A.M** [1] - 2637:5
**ability** [1] - 2753:23
**able** [33] - 2641:9,
2692:3, 2694:1,
2694:4, 2710:14,
2711:6, 2711:14,
2721:10, 2729:1,
2731:8, 2733:18,
2735:1, 2740:6,
2740:18, 2740:21,
2748:3, 2750:12,
2750:18, 2750:22,
2750:25, 2751:6,
2753:10, 2754:17,
2754:20, 2756:6,
2756:8, 2756:9,
2756:18, 2756:20,

2756:24, 2757:8,
2762:6, 2762:10
**absence** [1] - 2652:25
**absolute** [1] - 2761:24
**absolutely** [1] -
2745:19
**accepted** [1] - 2709:5
**accepting** [1] -
2683:13
**access** [1] - 2739:20
**accessible** [1] -
2741:4
**accomplish** [2] -
2654:11, 2710:21
**according** [2] -
2642:2, 2642:3
**accumulate** [1] -
2728:12
**accumulating** [1] -
2728:3
**accumulation** [1] -
2728:4
**accurate** [4] - 2708:7,
2734:24, 2736:8,
2745:25
**accurately** [3] -
2707:18, 2715:16,
2738:7
**achieves** [1] - 2728:1
**act** [1] - 2646:13
**actual** [10] - 2665:16,
2667:4, 2668:9,
2669:8, 2669:21,
2671:20, 2732:2,
2740:16, 2743:10,
2749:15
**add** [1] - 2685:22
**added** [3] - 2679:11,
2686:1, 2693:16
**addition** [5] - 2643:23,
2708:2, 2761:9,
2761:13, 2761:20
**additional** [4] -
2685:11, 2746:2,
2750:25, 2758:8
**address** [5] - 2637:21,
2701:22, 2710:3,
2710:6, 2711:3
**adjust** [1] - 2693:14
**admitted** [8] -
2637:18, 2637:19,
2640:8, 2640:21,
2641:20, 2641:21,
2709:19, 2709:20
**advise** [1] - 2708:23
**advisor** [3] - 2645:17,
2647:4, 2656:17
**afternoon** [1] -
2764:21
**afterwards** [1] -

2656:21
**agree** [3] - 2676:17,
2718:19, 2763:6
**ahead** [6] - 2637:8,
2637:9, 2658:24,
2682:7, 2713:14,
2723:25
**air** [19] - 2663:15,
2677:18, 2677:19,
2678:10, 2678:20,
2678:21, 2678:25,
2679:3, 2679:4,
2679:19, 2679:24,
2680:9, 2680:10,
2680:18, 2681:2,
2681:5, 2681:15,
2681:23, 2682:1
**AL** [3] - 2630:8,
2630:12, 2631:23
**ALABAMA** [1] -
2631:21
**ALAN** [1] - 2635:3
**aligned** [1] - 2675:4
**ALLAN** [1] - 2632:9
**ALLEN** [1] - 2634:15
**allowed** [1] - 2692:11
**allows** [1] - 2735:10
**almost** [5] - 2670:24,
2706:25, 2712:24,
2722:16, 2749:19
**alternate** [1] - 2732:3
**alternation** [3] -
2722:13, 2725:14,
2725:15
**alternative** [9] -
2654:15, 2657:23,
2658:5, 2659:5,
2661:20, 2668:10,
2669:4, 2669:25,
2674:21
**ambient** [1] - 2735:5
**AMERICA** [3] -
2630:10, 2632:13,
2633:4
**Americas** [1] - 2704:5
**amount** [8] - 2646:18,
2646:20, 2649:24,
2711:21, 2713:2,
2747:24, 2748:1,
2759:20
**Anadarko** [6] -
2642:15, 2700:6,
2700:16, 2701:17,
2701:22, 2709:2
**ANADARKO** [2] -
2635:7, 2635:8
**analog** [1] - 2679:23
**analyses** [7] - 2650:6,
2650:10, 2662:11,
2670:19, 2673:15,

2674:24, 2747:18
**analysis** [53] - 2644:9,
2645:16, 2645:17,
2645:18, 2654:13,
2665:21, 2665:24,
2666:15, 2667:7,
2667:8, 2670:13,
2673:18, 2673:19,
2674:4, 2688:3,
2688:9, 2690:8,
2690:9, 2691:14,
2691:21, 2691:24,
2692:16, 2693:9,
2693:11, 2693:13,
2693:22, 2693:23,
2693:25, 2694:1,
2694:5, 2697:11,
2697:15, 2710:1,
2710:3, 2710:25,
2714:17, 2719:2,
2719:5, 2719:7,
2719:22, 2720:23,
2721:22, 2722:25,
2725:25, 2729:4,
2736:18, 2753:15,
2753:17, 2753:21,
2760:7, 2762:13,
2763:19
**analytical** [2] -
2645:20, 2678:8
**analyze** [2] - 2703:11,
2706:4
**analyzed** [1] - 2662:9
**analyzing** [3] -
2644:14, 2675:25,
2703:6
**AND** [2] - 2630:7,
2634:4
**ANDREW** [1] - 2633:9
**anecdotal** [1] -
2653:11
**ANGELES** [2] -
2633:16, 2634:16
**animation** [1] -
2714:20
**ANNA** [1] - 2632:21
**announce** [1] - 2642:2
**annular** [1] - 2712:22
**anomalies** [1] -
2688:21
**answer** [6] - 2710:4,
2711:2, 2718:18,
2719:1, 2756:3,
2763:22
**answered** [3] -
2699:7, 2699:23,
2717:16
**answers** [2] - 2748:2,
2756:4
**ANTHONY** [1] -

2631:11
**anticipate** [1] - 2638:2
**anyway** [1] - 2642:5
**apologies** [1] -
2687:20
**apologize** [1] - 2638:8
**appear** [8] - 2715:20,
2723:6, 2747:2,
2748:23, 2749:1,
2758:3, 2758:8
**APPEARANCES** [6] -
2630:17, 2631:1,
2632:1, 2633:1,
2634:1, 2635:1
**appeared** [2] -
2758:10, 2758:11
**appendix** [1] -
2705:13
**applied** [4] - 2677:5,
2697:22, 2746:5,
2763:9
**apply** [1] - 2750:25
**approach** [4] -
2665:22, 2707:12,
2707:14, 2760:13
**appropriately** [1] -
2744:22
**APRIL** [1] - 2630:5
**April** [5] - 2715:5,
2719:18, 2719:23,
2726:16, 2726:23
**aquifer** [24] - 2652:25,
2654:10, 2654:12,
2654:22, 2660:8,
2661:4, 2661:6,
2661:9, 2661:10,
2661:13, 2661:14,
2661:15, 2661:20,
2661:22, 2662:5,
2664:19, 2664:24,
2667:16, 2667:19,
2668:19, 2670:3,
2670:9, 2686:2
**area** [14] - 2713:16,
2742:4, 2743:17,
2743:18, 2743:21,
2744:16, 2744:19,
2744:20, 2749:1,
2749:11
**arguably** [1] - 2706:10
**arithmetic** [9] -
2677:18, 2678:10,
2678:17, 2678:20,
2678:24, 2680:18,
2681:2, 2681:5,
2681:15
**ASBILL** [1] - 2634:9
**assess** [2] - 2654:13,
2721:10
**assessed** [1] -

2752:21
**ASSET** [1] - 2630:8
**assigned** [1] -
2647:13
**assist** [1] - 2644:21
**assisted** [1] - 2750:3
**associated** [1] -
2738:7
**assume** [2] - 2673:20,
2742:14
**assumed** [7] -
2667:11, 2669:17,
2690:16, 2690:20,
2690:21, 2693:2,
2756:16
**assuming** [2] -
2692:3, 2698:4
**assumption** [5] -
2667:7, 2668:19,
2761:2, 2761:3,
2761:21
**assumptions** [8] -
2663:3, 2664:5,
2664:19, 2669:11,
2669:18, 2673:19,
2760:20, 2760:24
**assurance** [16] -
2701:13, 2703:2,
2703:5, 2703:8,
2703:25, 2704:21,
2704:23, 2705:23,
2706:12, 2706:21,
2707:16, 2708:22,
2724:16, 2724:21,
2744:4
**attaches** [1] - 2726:17
**attachments** [1] -
2674:13
**attempts** [2] -
2682:19, 2726:2
**attend** [1] - 2652:12
**attended** [1] - 2652:11
**attention** [2] -
2638:12, 2657:1
**attentions** [1] - 2645:5
**ATTORNEY** [2] -
2631:21, 2632:5
**August** [1] - 2644:12
**available** [7] - 2667:3,
2680:5, 2699:9,
2706:24, 2732:13,
2732:14, 2761:18
**AVENUE** [4] -
2630:20, 2631:23,
2633:23, 2634:16
**average** [11] -
2678:16, 2678:17,
2678:21, 2678:24,
2678:25, 2747:20,
2751:3, 2754:13,

2754:19
**averages** [1] - 2678:22
**avoid** [2] - 2686:22,
2708:23
**aware** [5] - 2679:21,
2687:3, 2687:5,
2687:7, 2697:14
**axis** [9] - 2723:3,
2723:24, 2731:25,
2739:5, 2739:19,
2739:20, 2748:21,
2748:22

## B

**Bachelors** [1] -
2702:14
**background** [4] -
2637:22, 2638:16,
2702:9, 2702:13
**backward** [1] - 2715:4
**bad** [2] - 2655:19,
2664:17
**Baker** [5] - 2645:11,
2652:13, 2674:9,
2683:4, 2686:21
**balance** [1] - 2672:25
**balances** [1] - 2691:23
**BARBIER** [1] -
2630:15
**Barbier** [3] - 2656:15,
2677:22, 2678:5
**BARR** [1] - 2631:4
**barreled** [1] - 2760:16
**barrels** [38] - 2660:11,
2662:8, 2690:16,
2691:2, 2691:9,
2691:12, 2692:4,
2692:12, 2693:3,
2693:7, 2711:17,
2711:18, 2733:21,
2733:23, 2735:24,
2746:21, 2746:22,
2750:8, 2750:9,
2750:13, 2750:17,
2750:21, 2750:24,
2751:2, 2751:8,
2753:6, 2754:21,
2757:10, 2762:11,
2762:12, 2762:15,
2762:18, 2763:2,
2763:17, 2763:23,
2764:1
**BARRY** [1] - 2633:11
**Barry** [2] - 2700:5,
2700:15
**Bartholomew** [1] -
2644:1
**base** [6] - 2648:21,
2670:10, 2751:10,

2752:4, 2752:25,
2757:4
**based** [20] - 2639:18,
2640:15, 2646:4,
2648:17, 2648:18,
2649:15, 2653:10,
2660:6, 2661:7,
2672:3, 2675:23,
2678:12, 2679:22,
2682:1, 2707:12,
2707:14, 2733:13,
2760:7, 2762:13,
2763:15
**basing** [1] - 2676:13
**basis** [5] - 2639:15,
2679:1, 2679:23,
2699:19
**BATON** [1] - 2632:6
**BAYLEN** [1] - 2631:4
**became** [2] - 2661:14,
2728:13
**BEFORE** [1] - 2630:15
**beginning** [2] -
2640:2, 2756:11
**behalf** [2] - 2682:6,
2700:16
**behavior** [43] -
2697:23, 2705:5,
2711:10, 2725:5,
2725:6, 2725:10,
2725:15, 2725:17,
2725:18, 2725:20,
2725:22, 2725:24,
2728:20, 2731:11,
2734:5, 2734:14,
2736:1, 2736:24,
2746:23, 2747:1,
2747:2, 2747:4,
2747:5, 2747:10,
2748:4, 2749:16,
2749:18, 2749:21,
2750:11, 2750:12,
2750:18, 2750:19,
2751:17, 2751:18,
2751:21, 2751:22,
2752:2, 2753:7,
2753:8, 2764:4,
2764:6
**behaviors** [1] -
2751:17
**behind** [3] - 2654:22,
2676:1, 2677:13
**beings** [1] - 2640:8
**beliefs** [1] - 2698:21
**below** [3] - 2703:18,
2762:14, 2762:16
**Ben** [1] - 2642:3
**benefit** [2] - 2641:7,
2759:10
**BENSON** [1] - 2632:19

**best** [14] - 2711:16,
2733:21, 2749:20,
2754:7, 2754:14,
2754:17, 2754:20,
2755:5, 2757:10,
2760:18, 2762:7,
2762:12, 2763:16,
2763:22
**BETHANY** [1] -
2632:22
**better** [1] - 2637:23
**between** [52] -
2650:24, 2651:20,
2656:8, 2665:15,
2678:11, 2681:8,
2685:10, 2685:14,
2685:21, 2685:25,
2686:1, 2697:1,
2705:11, 2706:18,
2706:20, 2707:4,
2711:7, 2711:17,
2722:13, 2722:14,
2722:18, 2723:23,
2725:18, 2725:22,
2727:10, 2727:21,
2728:14, 2729:12,
2729:19, 2730:14,
2731:15, 2732:3,
2733:8, 2733:20,
2739:7, 2740:14,
2742:5, 2743:6,
2743:18, 2743:24,
2745:25, 2746:24,
2747:6, 2750:12,
2750:20, 2750:23,
2751:25, 2753:6,
2757:9, 2758:6,
2761:5, 2762:11
**beyond** [1] - 2649:4
**biased** [3] - 2653:6,
2655:4, 2659:20
**big** [2] - 2662:1,
2764:18
**bigger** [1] - 2686:12
**biggest** [1] - 2761:15
**BINGHAM** [1] -
2635:12
**bit** [13] - 2637:22,
2642:22, 2662:3,
2680:25, 2691:5,
2693:16, 2715:13,
2717:15, 2720:25,
2736:2, 2744:19,
2748:8, 2757:17
**black** [2] - 2667:9,
2667:24
**blowout** [3] - 2664:16,
2696:18, 2714:25
**blowup** [2] - 2696:24,
2742:2

blue [6] - 2641:3, 2732:1, 2738:25, 2739:21, 2740:2, 2740:11
Bob [4] - 2637:11, 2641:12, 2657:18, 2674:13
bobbled [1] - 2673:16
body [3] - 2708:2, 2713:18, 2713:24
BOLES [23] - 2633:15, 2642:15, 2642:19, 2649:6, 2649:9, 2657:13, 2658:3, 2658:11, 2658:16, 2658:25, 2676:9, 2676:18, 2680:12, 2680:17, 2681:13, 2682:4, 2696:4, 2696:6, 2698:15, 2698:20, 2699:1, 2699:14, 2699:25
Boles [2] - 2642:15, 2696:3
boles [1] - 2636:4
book [1] - 2747:7
book-ended [1] - 2747:7
BOP [5] - 2715:11, 2728:4, 2734:25, 2759:2, 2759:11
bottom [15] - 2677:23, 2689:4, 2694:23, 2695:1, 2712:14, 2713:21, 2715:1, 2723:6, 2723:20, 2724:3, 2736:9, 2738:21, 2748:12, 2748:17, 2755:5
bounced [1] - 2695:9
bouncing [1] - 2727:19
bound [5] - 2710:12, 2714:13, 2751:1, 2751:7
boundaries [3] - 2662:3, 2691:15, 2708:22
boundary [21] - 2693:13, 2718:17, 2718:20, 2735:1, 2735:4, 2735:8, 2735:9, 2735:10, 2735:13, 2735:17, 2758:21, 2758:22, 2759:5, 2759:6, 2759:7, 2759:24, 2759:25, 2760:1, 2761:24
bounded [3] -

2708:20, 2733:20
bounds [1] - 2702:2
BOWMAN [1] - 2634:21
BOX [4] - 2630:24, 2632:6, 2632:15, 2632:24
BP [35] - 2630:11, 2633:3, 2633:4, 2633:4, 2642:8, 2642:15, 2642:25, 2643:23, 2643:24, 2644:2, 2644:10, 2648:25, 2649:13, 2652:12, 2653:15, 2658:4, 2658:9, 2665:20, 2675:9, 2675:24, 2676:10, 2678:8, 2681:8, 2683:5, 2683:12, 2687:7, 2687:11, 2698:16, 2698:21, 2700:6, 2700:16, 2701:17, 2701:22, 2709:2
bracketed [1] - 2723:9
BRAD [1] - 2634:14
BRANCH [1] - 2632:14
breach [4] - 2655:16, 2655:19, 2655:20
break [1] - 2764:11
breaking [1] - 2720:11
breaks [1] - 2714:14
BRENNAN [1] - 2634:9
BRIAN [2] - 2631:4, 2634:14
bridge [1] - 2712:19
BRIDGET [1] - 2633:19
brief [1] - 2707:3
briefly [3] - 2637:21, 2674:21, 2676:24
brightness [3] - 2722:25, 2723:2, 2723:4
bringing [1] - 2698:19
broach [1] - 2664:2
BROAD [1] - 2631:15
BROADWAY [1] - 2631:8
BROCK [14] - 2633:23, 2637:10, 2637:15, 2637:20, 2638:15, 2639:12, 2639:21, 2640:11, 2640:22, 2641:1, 2641:6, 2641:11, 2764:16, 2765:4
Brock [2] - 2637:8,

2640:17
brought [1] - 2638:11
brown [1] - 2748:23
BRUCE [1] - 2634:21
BTB [1] - 2759:12
bubble [1] - 2712:24
bubbles [3] - 2713:17, 2713:18
bubbling [1] - 2712:25
build [6] - 2651:5, 2678:14, 2733:18, 2736:10, 2737:17, 2737:20
building [3] - 2703:10, 2703:22, 2734:1
buildup [8] - 2651:10, 2654:3, 2655:23, 2665:14, 2666:9, 2675:25, 2693:14, 2695:4
buildups [1] - 2689:22
built [15] - 2669:25, 2703:3, 2704:15, 2710:16, 2729:2, 2734:10, 2734:16, 2736:3, 2741:2, 2741:4, 2742:14, 2746:18, 2760:21
built-in [1] - 2741:4
bulk [2] - 2650:20, 2650:21
bullet [3] - 2667:25, 2686:20, 2694:10
bunch [1] - 2734:4
buoyancy [1] - 2737:24
buoyant [22] - 2710:16, 2715:23, 2727:2, 2727:5, 2727:11, 2727:18, 2727:22, 2727:25, 2729:15, 2729:20, 2729:22, 2730:16, 2731:6, 2732:20, 2732:23, 2733:8, 2735:3, 2739:1, 2751:3, 2751:4, 2751:5
BURLING [1] - 2633:22
burst [4] - 2651:18, 2651:19, 2655:12, 2655:13
business [1] - 2703:17
BY [84] - 2630:4, 2630:19, 2630:23, 2631:4, 2631:7, 2631:14, 2631:18, 2631:22, 2632:4,

2632:9, 2632:14, 2632:19, 2633:5, 2633:9, 2633:15, 2633:18, 2633:23, 2634:6, 2634:10, 2634:13, 2634:20, 2635:3, 2635:9, 2635:13, 2635:23, 2635:23, 2642:19, 2649:9, 2657:13, 2658:16, 2658:25, 2676:18, 2680:17, 2681:13, 2682:9, 2685:3, 2696:6, 2699:1, 2699:14, 2700:14, 2701:4, 2701:20, 2702:11, 2705:14, 2709:6, 2709:13, 2709:25, 2710:24, 2711:20, 2713:6, 2714:2, 2714:22, 2716:15, 2717:4, 2720:1, 2721:9, 2721:13, 2722:3, 2723:17, 2727:4, 2727:13, 2731:2, 2731:18, 2733:25, 2735:7, 2736:5, 2738:12, 2739:14, 2742:10, 2745:17, 2746:17, 2749:5, 2749:23, 2752:18, 2753:19, 2754:6, 2757:3, 2757:16, 2758:14, 2759:1, 2760:6, 2762:5, 2762:22, 2763:14

## C

CA [2] - 2633:16, 2634:16
calculate [6] - 2659:3, 2660:6, 2708:15, 2754:7, 2762:6, 2762:10
calculating [1] - 2687:4
calculation [2] - 2685:7, 2685:11
calculations [8] - 2685:21, 2687:1, 2687:6, 2687:8, 2743:23, 2746:2, 2762:1, 2763:2
CALDWELL [1] - 2632:4
call-out [7] - 2647:17, 2648:11, 2672:12, 2677:11, 2677:16,

2687:23, 2692:1
call-outs [1] - 2641:16
CALLED [1] - 2637:4
CAMP [1] - 2632:10
cannot [1] - 2762:20
capability [2] - 2643:6, 2741:1
capable [1] - 2740:25
capacity [2] - 2704:7, 2704:14
CAPITOL [1] - 2631:18
capping [1] - 2645:6
Capping [6] - 2662:18, 2668:3, 2669:22, 2682:16, 2682:19, 2687:2
caption [1] - 2696:17
capture [2] - 2690:3, 2734:4
capturing [1] - 2738:7
carbon [1] - 2753:1
career [7] - 2662:6, 2675:23, 2675:24, 2706:1, 2706:2, 2708:10, 2724:24
careful [1] - 2672:24
carefully [1] - 2644:7
CARL [1] - 2630:15
case [36] - 2644:10, 2660:14, 2660:22, 2661:14, 2661:20, 2667:14, 2667:15, 2670:10, 2680:14, 2683:17, 2683:20, 2689:11, 2701:17, 2708:24, 2709:7, 2711:9, 2716:7, 2717:23, 2721:6, 2722:17, 2729:9, 2736:11, 2737:11, 2737:23, 2743:9, 2744:2, 2744:11, 2751:11, 2752:4, 2752:25, 2755:23, 2756:9, 2757:4, 2759:8
cases [13] - 2650:15, 2654:15, 2668:10, 2669:4, 2669:25, 2674:22, 2685:23, 2685:24, 2686:1, 2686:4, 2689:24, 2690:12, 2695:24
catch [1] - 2695:16
categories [1] - 2677:18
caused [4] - 2664:16, 2726:12, 2726:15, 2727:6

**causes** [4] - 2728:16, 2728:17, 2730:6, 2735:12
**causing** [3] - 2655:12, 2655:20, 2729:10
**center** [3] - 2715:15, 2715:25, 2741:24
**CENTRE** [1] - 2634:6
**CERNICH** [1] - 2632:20
**certain** [10] - 2646:18, 2673:19, 2702:2, 2708:20, 2718:17, 2718:20, 2718:21, 2752:10, 2752:15, 2756:15
**certainly** [4] - 2669:9, 2669:14, 2706:10, 2708:13
**CERTIFIED** [1] - 2635:17
**CF** [1] - 2689:11
**Chakeres** [3] - 2636:5, 2682:6, 2682:10
**CHAKERES** [25] - 2632:21, 2649:3, 2657:11, 2658:1, 2658:21, 2676:4, 2676:7, 2680:13, 2681:10, 2682:5, 2682:9, 2685:1, 2685:3, 2687:20, 2696:2, 2698:13, 2698:18, 2699:13, 2699:21, 2700:19, 2700:25, 2730:23, 2745:1, 2745:13, 2763:7
**change** [8] - 2646:19, 2646:21, 2669:18, 2685:20, 2693:17, 2722:5, 2737:4, 2765:1
**changed** [3] - 2685:14, 2685:15, 2730:21
**changes** [3] - 2691:18, 2723:3, 2751:25
**changing** [4] - 2654:22, 2693:13, 2722:14, 2735:18
**channel** [2] - 2662:3, 2694:21
**chaotic** [4] - 2711:11, 2722:11, 2725:2, 2749:19
**character** [1] - 2666:8
**characteristics** [8] - 2722:5, 2726:1,

2733:5, 2733:9, 2733:17, 2733:19, 2735:20, 2735:25
**characterize** [7] - 2741:9, 2755:10, 2755:20, 2755:21, 2755:22, 2756:6, 2756:20
**characterized** [6] - 2711:11, 2713:12, 2714:15, 2719:10, 2730:12, 2741:15
**characterizing** [1] - 2740:16
**CHARLES** [1] - 2631:15
**chart** [4] - 2731:24, 2732:17, 2739:16, 2739:17
**chemical** [2] - 2702:14, 2702:17
**CHICAGO** [1] - 2633:12
**chose** [2] - 2735:16, 2760:14
**Chu** [2] - 2673:7, 2673:24
**Church** [1] - 2644:1
**Cindy** [1] - 2673:16
**circular** [4] - 2742:15, 2742:20, 2742:25, 2743:14
**circulated** [2] - 2637:16, 2641:17
**CITY** [1] - 2631:8
**CIVIL** [1] - 2632:14
**classical** [2] - 2665:20, 2693:12
**clear** [1] - 2667:17
**clearly** [2] - 2658:9, 2727:8
**CLERK** [2] - 2642:12, 2700:9
**CLIFFORD** [2] - 2636:4, 2642:10
**Clifford** [1] - 2642:13
**clip** [1] - 2720:7
**close** [3] - 2678:22, 2751:23, 2758:9
**closed** [1] - 2645:7
**closely** [2] - 2645:11, 2671:8
**closest** [1] - 2728:3
**coefficient** [1] - 2754:3
**colleague** [1] - 2703:23
**collected** [2] - 2653:7, 2667:4
**collecting** [3] -

2666:7, 2666:14, 2688:19
**COLLIER** [1] - 2633:10
**color** [1] - 2723:2
**column** [7] - 2650:23, 2677:19, 2677:24, 2680:18, 2680:19, 2681:19, 2754:19
**columns** [2] - 2678:6, 2678:9
**combination** [1] - 2670:8
**combining** [2] - 2750:22, 2751:16
**coming** [8] - 2657:24, 2666:16, 2670:7, 2678:6, 2687:11, 2687:21, 2724:18, 2760:11
**commercial** [1] - 2706:8
**commercially** [1] - 2706:24
**common** [5] - 2703:8, 2708:17, 2712:10, 2724:21, 2728:17
**communication** [1] - 2658:2
**community** [3] - 2643:3, 2643:4, 2704:23
**Company** [1] - 2643:15
**company** [2] - 2704:20, 2704:21
**COMPANY** [2] - 2633:4, 2634:13
**compare** [3] - 2708:4, 2756:10, 2756:19
**compared** [3] - 2653:7, 2665:25, 2731:21
**comparison** [2] - 2729:8, 2729:9
**COMPLAINT** [1] - 2630:7
**complete** [1] - 2747:17
**completely** [3] - 2666:2, 2666:23, 2715:7
**complex** [1] - 2728:14
**complicated** [4] - 2712:1, 2727:10, 2727:21, 2755:16
**composite** [1] - 2667:12
**comprehensive** [1] - 2710:10

**compressibilities** [3] - 2654:6, 2664:10, 2670:9
**compressibility** [85] - 2645:21, 2645:24, 2646:6, 2646:8, 2646:10, 2646:15, 2646:17, 2646:18, 2646:20, 2646:24, 2647:6, 2647:9, 2648:7, 2648:22, 2649:2, 2649:15, 2649:19, 2649:23, 2650:6, 2650:15, 2652:19, 2653:3, 2654:2, 2654:14, 2654:16, 2654:23, 2655:1, 2655:21, 2655:22, 2655:24, 2656:3, 2656:5, 2656:11, 2657:23, 2658:5, 2658:18, 2659:2, 2659:6, 2659:9, 2659:16, 2660:24, 2663:5, 2663:13, 2663:17, 2664:5, 2666:24, 2667:12, 2667:21, 2667:22, 2668:11, 2670:2, 2670:23, 2671:11, 2672:2, 2672:17, 2673:25, 2674:17, 2674:24, 2675:19, 2675:23, 2676:2, 2676:14, 2683:8, 2685:5, 2686:3, 2688:9, 2689:11, 2691:3, 2692:6, 2692:21, 2692:24, 2692:25, 2693:18, 2694:21, 2695:7, 2695:11, 2696:14, 2697:16, 2697:22, 2698:10, 2698:17, 2698:22, 2699:3, 2699:5, 2699:20
**COMPUTER** [1] - 2635:23
**computers** [1] - 2747:23
**conceive** [2] - 2677:2, 2760:22
**concept** [1] - 2749:24
**concern** [6] - 2653:10, 2653:24, 2665:22, 2682:22, 2684:9, 2695:13
**concerned** [4] - 2655:17, 2666:8,

2675:3, 2685:5
**concerns** [2] - 2649:1, 2651:12
**conclude** [8] - 2678:23, 2679:1, 2708:6, 2711:6, 2711:14, 2731:8, 2752:1, 2757:8
**concluded** [2] - 2662:9, 2765:8
**conclusion** [5] - 2655:1, 2710:22, 2719:3, 2719:6, 2719:8
**conclusions** [10] - 2664:8, 2686:22, 2694:7, 2702:3, 2711:13, 2721:16, 2728:21, 2729:11, 2756:22, 2760:10
**condition** [1] - 2761:25
**conditions** [6] - 2718:17, 2718:20, 2735:15, 2737:1, 2738:5, 2753:24
**conducting** [1] - 2700:16
**confidence** [1] - 2668:24
**confident** [6] - 2746:4, 2746:6, 2763:15, 2763:19, 2763:22, 2763:24
**configuration** [1] - 2714:25
**configurations** [1] - 2712:5
**confirm** [3] - 2689:20, 2719:9, 2721:23
**confirmed** [3] - 2671:24, 2672:2, 2718:5
**confirming** [1] - 2718:8
**confused** [1] - 2686:1
**connected** [2] - 2694:18, 2695:7
**connection** [1] - 2640:9
**consequence** [1] - 2691:17
**conservatism** [1] - 2760:20
**conservative** [6] - 2664:8, 2760:20, 2760:25, 2761:2, 2761:19, 2761:21
**consider** [3] - 2680:2, 2683:17, 2760:17

**considerably** [1] - 2728:9
**consideration** [1] - 2757:4
**considered** [3] - 2664:22, 2690:25, 2707:19
**considering** [2] - 2666:5, 2694:14
**consistent** [2] - 2670:8, 2690:5
**consistently** [2] - 2652:24, 2697:24
**constant** [2] - 2693:4, 2693:5
**constituted** [1] - 2750:3
**construct** [1] - 2673:21
**constructed** [2] - 2666:22, 2746:12
**constructing** [1] - 2746:8
**construction** [3] - 2737:14, 2737:15, 2737:17
**consuming** [1] - 2719:15
**contain** [1] - 2651:24
**content** [1] - 2658:2
**context** [6] - 2657:19, 2687:24, 2688:11, 2688:15, 2688:16, 2708:19
**continue** [4] - 2656:12, 2670:18, 2712:18, 2736:2
**CONTINUED** [5] - 2631:1, 2632:1, 2633:1, 2634:1, 2635:1
**continued** [5] - 2645:4, 2651:8, 2656:14, 2723:14
**contrary** [1] - 2671:4
**contributing** [1] - 2678:4
**control** [2] - 2652:25, 2662:12
**controversy** [1] - 2649:11
**convenient** [2] - 2735:17, 2735:18
**conversation** [3] - 2657:22, 2658:17, 2661:23
**conversion** [3] - 2679:7, 2679:18, 2681:22
**conversions** [1] -

2679:24
**convert** [2] - 2679:4, 2743:14
**converted** [2] - 2677:20, 2679:7
**convincing** [1] - 2659:19
**copies** [1] - 2674:8
**core** [4] - 2649:12, 2659:20, 2678:12, 2683:8
**cores** [11] - 2648:19, 2648:21, 2649:2, 2649:16, 2653:6, 2653:24, 2655:4, 2672:3, 2683:9, 2699:9, 2699:11
**COREY** [1] - 2631:22
**corner** [1] - 2666:21
**corporation** [1] - 2643:3
**CORPORATION** [1] - 2635:7
**correct** [67] - 2640:12, 2640:13, 2650:12, 2661:2, 2668:17, 2669:6, 2672:20, 2682:17, 2682:20, 2682:23, 2683:1, 2683:5, 2683:9, 2683:22, 2683:24, 2684:10, 2684:14, 2684:18, 2685:15, 2685:21, 2686:6, 2686:7, 2686:18, 2686:19, 2686:24, 2687:18, 2689:22, 2689:25, 2690:2, 2690:10, 2690:21, 2690:25, 2691:3, 2691:9, 2691:12, 2692:4, 2692:6, 2692:8, 2692:12, 2692:16, 2692:18, 2692:22, 2693:1, 2693:3, 2693:7, 2694:3, 2694:12, 2694:16, 2694:18, 2694:21, 2694:24, 2695:2, 2695:25, 2696:18, 2701:18, 2702:24, 2709:11, 2718:18, 2718:22, 2732:19, 2738:2, 2743:17, 2743:21, 2743:25, 2746:4, 2746:5, 2763:1
**corrected** [1] - 2746:2
**correction** [1] - 2730:19

**correctly** [1] - 2736:23
**correlation** [1] - 2678:11
**corresponded** [1] - 2691:8
**correspondence** [1] - 2697:13
**corresponding** [3] - 2691:11, 2692:10, 2693:6
**corresponds** [1] - 2753:1
**counsel** [2] - 2680:12, 2698:20
**counterintuitive** [2] - 2742:12, 2744:19
**couple** [2] - 2705:8, 2720:17
**course** [5] - 2651:12, 2671:23, 2696:12, 2710:7, 2743:10
**courses** [3] - 2643:10, 2643:12, 2668:8
**Court** [13] - 2651:17, 2701:6, 2701:10, 2702:13, 2705:2, 2707:3, 2710:2, 2711:2, 2714:20, 2730:3, 2734:23, 2739:16, 2764:16
**COURT** [2] - 2630:1, 2635:17, 2637:4, 2637:7, 2637:14, 2637:18, 2638:10, 2639:10, 2639:14, 2640:9, 2640:12, 2640:17, 2640:20, 2640:23, 2641:5, 2641:9, 2641:19, 2641:23, 2642:17, 2649:7, 2657:12, 2658:8, 2658:15, 2658:23, 2676:6, 2676:15, 2680:16, 2682:7, 2684:25, 2696:3, 2698:25, 2699:6, 2699:12, 2699:23, 2700:1, 2700:4, 2700:17, 2700:20, 2701:3, 2709:5, 2709:19, 2709:21, 2709:23, 2726:21, 2745:10, 2745:16, 2763:10, 2764:9, 2765:3, 2765:5
**court** [2] - 2638:24, 2658:22
**cover** [2] - 2684:4, 2709:14

**COVINGTON** [1] - 2633:22
**CR** [1] - 2667:23
**crashing** [1] - 2713:16
**create** [3] - 2714:20, 2740:13, 2741:10
**created** [2] - 2679:13, 2761:10
**creating** [1] - 2734:1
**criterion** [1] - 2750:25
**criticisms** [5] - 2744:21, 2744:25, 2745:7, 2745:8, 2745:18
**critique** [1] - 2762:23
**CROSS** [2] - 2632:21, 2682:8
**cross** [7] - 2636:5, 2682:11, 2742:2, 2743:18, 2744:16, 2764:19, 2764:23
**cross-section** [1] - 2742:2
**cross-sectional** [2] - 2743:18, 2744:16
**crosses** [2] - 2667:4, 2668:5
**crossflow** [1] - 2684:9
**current** [1] - 2756:5
**currents** [1] - 2738:9
**Curtis** [1] - 2661:15
**curve** [2] - 2693:14, 2693:19
**customers** [1] - 2704:23
**cycle** [5] - 2720:15, 2724:9, 2727:20, 2727:22, 2749:13
**cyclic** [1] - 2732:20
**cycling** [1] - 2732:23

### D

**D-23468** [1] - 2711:19
**D-23470** [1] - 2719:25
**D-23478-A** [1] - 2757:15
**D-23479.A** [1] - 2758:1
**D-23480.3** [2] - 2734:22, 2746:15
**D-23480.4** [1] - 2735:6
**D-23481** [1] - 2758:25
**D-23481.3** [1] - 2758:13
**D-23482** [2] - 2738:11, 2738:15
**D-23484** [1] - 2741:21
**D-23603** [1] - 2639:4
**D-23608.A.1** [1] - 2639:5

**D-23840** [1] - 2713:4
**D-23864** [2] - 2754:5, 2755:5
**D-23865** [1] - 2749:22
**D-23866** [1] - 2762:4
**D-23916** [1] - 2723:16
**D-24222** [1] - 2639:4
**D-24252** [1] - 2721:12
**D-24257** [2] - 2722:20, 2725:8
**D-24552-1** [1] - 2701:19
**D-24552-2** [1] - 2710:23
**D-24552-4** [1] - 2733:11
**D-245521** [1] - 2702:6
**D-24553** [1] - 2702:10
**D-24560** [1] - 2709:12
**D-24561** [1] - 2709:24
**D-24563** [1] - 2705:12
**D-24564** [2] - 2717:22, 2718:6
**D-24567** [2] - 2731:17, 2731:20
**D-24568** [1] - 2727:12
**D-24569** [1] - 2733:24
**D-24570** [1] - 2752:17
**D-24571** [1] - 2753:18
**D-24643** [1] - 2742:9
**D-24644** [1] - 2743:7
**D-24679** [3] - 2714:19, 2716:6, 2729:17
**D-24680** [2] - 2716:14, 2716:19
**D-24681** [1] - 2717:3
**D-24682.A** [1] - 2730:1
**D-24683-A** [1] - 2748:7
**D-24686** [2] - 2736:4, 2737:5
**D-24698-2** [1] - 2665:1
**D-24698-3** [1] - 2674:20
**D-24698.1** [1] - 2650:8
**D-24727** [1] - 2677:10
**D-24862-A** [1] - 2730:20
**D-2866.1.1** [1] - 2757:2
**D/E** [1] - 2758:11
**daily** [1] - 2703:9
**DALLAS** [1] - 2634:23
**damaged** [1] - 2651:15
**dark** [10] - 2720:10, 2720:22, 2721:11, 2721:23, 2748:23, 2748:25, 2749:7, 2749:13

**darker** [2] - 2723:5
**data** [51] - 2646:23, 2648:21, 2649:12, 2653:6, 2653:7, 2657:2, 2665:14, 2666:4, 2666:7, 2666:12, 2666:13, 2666:16, 2666:23, 2667:4, 2668:2, 2668:9, 2668:24, 2669:22, 2669:24, 2670:3, 2670:5, 2670:13, 2673:8, 2677:6, 2678:6, 2678:12, 2688:19, 2689:2, 2690:4, 2690:5, 2690:9, 2690:10, 2691:2, 2691:9, 2694:3, 2694:12, 2695:4, 2695:5, 2695:21, 2695:24, 2699:8, 2699:11, 2699:17, 2741:9, 2741:12, 2741:13, 2747:24, 2748:1
**date** [4] - 2638:3, 2638:22, 2665:5, 2716:22
**dated** [1] - 2647:18
**dates** [4] - 2667:10, 2685:14, 2731:25, 2751:23
**Daubert** [1] - 2700:17
**Dave** [8] - 2653:9, 2653:23, 2656:8, 2683:7, 2683:11, 2683:15, 2683:17, 2683:20
**David** [4] - 2687:25, 2688:8, 2688:22, 2689:1
**DAVIS** [1] - 2634:15
**DAVIS-DENNY** [1] - 2634:15
**DAY** [1] - 2630:14
**day-long** [1] - 2662:20
**days** [9] - 2665:25, 2684:13, 2726:22, 2726:24, 2729:25, 2732:16, 2747:19, 2747:22
**DC** [5] - 2632:15, 2632:24, 2633:20, 2633:24, 2635:14
**deadlines** [1] - 2637:24
**deal** [2] - 2676:16, 2744:5
**DEBORAH** [1] -

2635:9
**decades** [1] - 2649:14
**decide** [1] - 2648:14
**decided** [1] - 2683:21
**deciding** [4] - 2697:22, 2698:9, 2699:3, 2699:15
**decision** [9] - 2654:1, 2654:5, 2654:9, 2654:14, 2656:9, 2697:15, 2698:8, 2698:15, 2699:19
**decision..** [1] - 2658:7
**decisions** [3] - 2661:12, 2675:25, 2676:14
**decline** [1] - 2732:15
**deconvolution** [1] - 2639:6
**decrease** [1] - 2649:24
**decreased** [1] - 2732:18
**decreases** [2] - 2737:1, 2737:2
**decreasing** [1] - 2729:25
**deep** [1] - 2707:21
**deeper** [4] - 2707:23, 2707:25, 2708:1
**Deepwater** [2] - 2727:15, 2734:20
**DEEPWATER** [3] - 2630:4, 2634:4, 2634:5
**default** [2] - 2751:11, 2752:24
**defending** [1] - 2644:10
**define** [1] - 2736:20
**defining** [1] - 2695:22
**definitive** [1] - 2670:11
**deform** [1] - 2647:7
**deliberate** [1] - 2679:10
**deliver** [1] - 2659:14
**demonstrate** [4] - 2666:4, 2668:23, 2720:17, 2739:4
**demonstrates** [1] - 2731:15
**demonstrating** [1] - 2666:10
**demonstrative** [19] - 2637:25, 2638:6, 2638:21, 2702:12, 2702:19, 2711:22, 2713:5, 2713:8, 2716:6, 2718:6, 2720:2, 2721:15,

2723:18, 2727:16, 2730:3, 2740:11, 2748:9, 2748:10, 2757:20
**demonstratives** [4] - 2640:8, 2640:14, 2640:16, 2641:17
**DENNY** [1] - 2634:15
**denoted** [1] - 2753:11
**dense** [1] - 2721:20
**denser** [1] - 2721:19
**density** [2] - 2736:20, 2751:3
**deny** [2] - 2688:6, 2700:24
**DEPARTMENT** [2] - 2632:13, 2632:17
**dependent** [1] - 2654:18
**depicted** [1] - 2740:10
**depleted** [2] - 2659:3, 2660:5
**depletion** [5] - 2646:8, 2649:24, 2679:15, 2683:1, 2685:20
**depth** [6] - 2678:15, 2714:17, 2739:5, 2739:7, 2739:19
**depths** [1] - 2738:10
**derivative** [5] - 2673:13, 2673:14, 2673:19, 2673:21, 2675:16
**derived** [2] - 2678:10, 2707:9
**describe** [9] - 2644:17, 2720:2, 2734:22, 2737:18, 2740:7, 2741:9, 2750:2, 2757:18, 2758:15
**described** [3] - 2643:23, 2683:3, 2716:16
**describing** [1] - 2663:24
**description** [3] - 2740:5, 2740:8, 2740:13
**despite** [1] - 2755:4
**detached** [1] - 2715:5
**detail** [2] - 2638:9, 2702:8
**detailed** [2] - 2678:14, 2729:2
**details** [4] - 2639:17, 2701:9, 2710:1, 2710:25
**determine** [11] - 2646:24, 2664:14,

2701:24, 2708:22, 2733:13, 2733:19, 2747:10, 2750:2, 2751:18, 2752:11
**determined** [1] - 2733:7
**determining** [2] - 2749:25, 2750:4
**develop** [2] - 2734:7, 2736:8
**developed** [1] - 2742:22
**developers** [1] - 2704:10
**developing** [5] - 2703:21, 2704:11, 2704:13, 2707:25, 2752:4
**development** [1] - 2707:24
**DEXTER** [1] - 2631:23
**diagram** [3] - 2715:11, 2729:16, 2729:18
**diameter** [12] - 2743:12, 2743:13, 2743:16, 2744:1, 2744:4, 2744:7, 2744:10, 2744:12, 2744:20, 2744:22, 2745:22, 2745:24
**diameters** [1] - 2742:1
**differ** [1] - 2737:16
**differed** [1] - 2758:16
**difference** [1] - 2665:22
**differences** [4] - 2707:4, 2712:5, 2712:6, 2740:14
**different** [22] - 2645:14, 2658:13, 2676:19, 2680:2, 2704:8, 2707:14, 2725:3, 2730:12, 2734:7, 2735:16, 2741:25, 2742:17, 2742:21, 2746:2, 2746:13, 2747:9, 2751:17, 2755:24, 2755:25, 2759:12, 2759:13, 2760:13
**difficult** [4] - 2662:2, 2719:14, 2755:21, 2755:22
**DIRECT** [2] - 2642:18, 2700:13
**Direct** [2] - 2636:4, 2636:7
**direct** [6] - 2638:7, 2689:25, 2690:13, 2700:16, 2733:8,

2735:18
**directed** [1] - 2640:15
**direction** [1] - 2682:3
**directly** [5] - 2702:22, 2703:22, 2722:23, 2735:10, 2735:15
**director** [2] - 2643:2, 2703:15
**disagree** [1] - 2695:12
**disc** [1] - 2655:12
**discharge** [1] - 2754:3
**disclose** [1] - 2638:1
**disclosed** [5] - 2638:3, 2638:4, 2638:6, 2638:22, 2639:22
**disclosure** [1] - 2638:3
**discount** [1] - 2681:22
**discs** [3] - 2651:18, 2651:19, 2655:13
**discuss** [1] - 2702:9
**discussed** [14] - 2658:18, 2665:15, 2681:7, 2682:25, 2685:23, 2686:2, 2689:1, 2693:16, 2703:25, 2732:9, 2741:7, 2746:9, 2750:10, 2754:2
**discussing** [9] - 2660:5, 2664:4, 2671:23, 2675:17, 2684:8, 2692:2, 2703:4, 2717:13, 2719:20
**discussion** [8] - 2639:8, 2652:21, 2652:23, 2653:3, 2653:4, 2659:7, 2675:22, 2683:14
**discussions** [2] - 2658:7, 2704:16
**display** [3] - 2669:21, 2739:3, 2758:25
**dispute** [1] - 2718:24
**dissertation** [1] - 2707:2
**distinct** [1] - 2666:3
**distribution** [1] - 2678:14
**DISTRICT** [3] - 2630:1, 2630:1, 2630:15
**DIVISION** [2] - 2632:14, 2632:18
**DOCKET** [3] - 2630:4, 2630:7, 2630:10
**document** [7] - 2647:18, 2649:18, 2659:23, 2662:15,

2675:12, 2697:6,
2722:21
**documentation** [1] -
2710:8
**documenting** [1] -
2710:12
**documents** [2] -
2717:24, 2718:1
**DOMENGEAUX** [1] -
2630:22
**dominant** [20] -
2705:20, 2713:12,
2719:11, 2720:5,
2720:13, 2720:15,
2720:16, 2720:18,
2720:19, 2720:21,
2721:23, 2721:24,
2724:1, 2724:11,
2724:12, 2724:15,
2731:12, 2731:13
**DON** [1] - 2633:5
**DONALD** [1] - 2634:20
**done** [11] - 2641:7,
2661:5, 2661:7,
2664:6, 2665:17,
2669:13, 2669:15,
2679:24, 2700:1,
2710:16, 2722:25
**dots** [4] - 2668:7,
2669:20, 2732:1,
2732:5
**double** [12] - 2656:9,
2725:5, 2725:10,
2725:17, 2725:18,
2725:24, 2750:11,
2750:12, 2751:17,
2751:21, 2752:1,
2753:7
**doubt** [1] - 2672:4
**DOUGLAS** [1] -
2632:9
**down** [19] - 2646:15,
2680:20, 2689:4,
2691:5, 2714:14,
2715:23, 2716:11,
2719:19, 2724:2,
2727:1, 2727:19,
2728:4, 2728:5,
2731:10, 2737:2,
2738:5, 2741:24,
2747:8
**downstream** [1] -
2734:25
**DOYEN** [1] - 2634:13
**Dr** [65] - 2637:15,
2640:11, 2641:16,
2642:20, 2642:24,
2643:17, 2644:7,
2644:13, 2647:19,
2656:24, 2657:16,

2659:12, 2659:23,
2660:3, 2660:12,
2662:15, 2665:9,
2666:19, 2668:22,
2669:12, 2670:17,
2671:6, 2671:17,
2672:4, 2673:4,
2674:10, 2674:21,
2675:13, 2675:22,
2676:19, 2677:12,
2678:2, 2679:20,
2680:20, 2682:4,
2682:10, 2684:23,
2696:7, 2696:8,
2699:2, 2699:15,
2700:6, 2700:15,
2700:23, 2701:5,
2701:7, 2709:2,
2709:7, 2718:10,
2718:15, 2718:18,
2718:23, 2721:14,
2731:1, 2739:17,
2745:21, 2762:23,
2763:3, 2764:19,
2764:20, 2764:21,
2764:22, 2764:23,
2764:24, 2765:1
**drawn** [3] - 2664:8,
2702:3, 2711:14
**dress** [1] - 2676:7
**drill** [5] - 2650:22,
2741:24, 2742:4,
2743:14, 2743:18
**drillers** [4] - 2648:2,
2672:9, 2672:18,
2672:23
**DRILLING** [1] - 2634:4
**drilling** [10] - 2647:13,
2648:2, 2672:18,
2672:25, 2698:6,
2715:5, 2715:15,
2726:17, 2726:18,
2735:2
**drive** [2] - 2655:10,
2655:15
**driven** [1] - 2656:2
**drives** [2] - 2656:1,
2664:1
**drop** [8] - 2677:5,
2698:22, 2712:6,
2743:1, 2743:3,
2743:6, 2743:25,
2745:25
**duly** [2] - 2642:10,
2700:7
**Dupree** [2] - 2652:13,
2683:4
**duration** [1] - 2725:2
**during** [51] - 2647:13,
2648:2, 2649:10,

2652:21, 2653:3,
2653:4, 2653:11,
2662:19, 2662:20,
2671:9, 2671:20,
2678:8, 2679:21,
2687:2, 2687:5,
2689:25, 2691:15,
2701:25, 2702:3,
2703:2, 2703:25,
2706:1, 2710:14,
2711:6, 2711:15,
2715:7, 2721:16,
2722:9, 2724:18,
2725:17, 2729:22,
2730:4, 2732:7,
2733:8, 2733:20,
2733:22, 2734:8,
2748:4, 2748:18,
2750:10, 2752:3,
2760:11, 2760:15,
2761:4, 2761:8,
2761:22, 2761:23,
2762:14, 2762:18,
2763:16, 2764:1
**DWH** [1] - 2739:11
**Dykhuizen** [4] -
2718:15, 2718:23,
2745:21, 2763:3
**Dykhuizen's** [4] -
2718:10, 2718:18,
2739:17, 2762:23
**dynamically** [1] -
2693:13

# E

**E&P** [1] - 2635:8
**early** [10] - 2645:5,
2650:18, 2650:20,
2665:1, 2667:10,
2669:17, 2682:14,
2706:7, 2731:7,
2764:20
**earth** [1] - 2646:12
**easily** [2] - 2676:25,
2677:4
**EAST** [1] - 2631:18
**EASTERN** [1] - 2630:1
**easy** [1] - 2719:9
**educational** [1] -
2702:13
**EDWARDS** [1] -
2630:22
**effect** [3] - 2646:6,
2649:20, 2752:11
**effective** [1] - 2679:5
**effort** [1] - 2697:10
**efforts** [4] - 2656:14,
2664:23, 2666:2,
2757:19

**EISERT** [1] - 2633:19
**either** [11] - 2647:1,
2652:24, 2654:21,
2655:10, 2667:19,
2676:25, 2687:10,
2688:6, 2689:14,
2703:6, 2748:25
**elevation** [2] - 2737:9,
2738:16
**elevations** [1] -
2736:14
**elicited** [1] - 2680:14
**ELLIS** [3] - 2633:9,
2633:14, 2633:18
**ELM** [1] - 2634:23
**elsewhere** [1] - 2683:5
**email** [12] - 2656:23,
2657:7, 2657:15,
2671:16, 2671:24,
2673:3, 2674:8,
2674:11, 2674:12,
2687:23, 2688:22,
2696:25
**emails** [1] - 2697:1
**emphasize** [1] -
2751:9
**empirical** [1] - 2707:8
**enabling** [1] - 2707:19
**encounter** [6] -
2648:2, 2653:1,
2655:8, 2672:10,
2672:18, 2673:1
**encountered** [3] -
2644:25, 2645:1,
2654:8
**end** [40] - 2645:5,
2650:18, 2651:6,
2655:24, 2660:8,
2669:24, 2716:1,
2716:5, 2716:20,
2716:21, 2716:22,
2717:20, 2717:21,
2722:5, 2724:18,
2728:25, 2729:4,
2729:7, 2730:10,
2730:17, 2732:13,
2732:14, 2733:10,
2734:12, 2734:15,
2734:19, 2735:5,
2747:11, 2749:12,
2750:1, 2750:5,
2754:8, 2757:6,
2757:7, 2757:9,
2757:11, 2757:12,
2762:1, 2763:24
**ended** [2] - 2747:7
**energy** [4] - 2653:1,
2654:18, 2654:19,
2654:20
**ENERGY** [2] - 2634:6,

2634:19
**ENFORCEMENT** [1] -
2632:19
**ENGEL** [1] - 2632:22
**engineer** [22] -
2643:17, 2643:18,
2643:19, 2643:22,
2647:12, 2647:16,
2649:13, 2653:8,
2678:7, 2681:25,
2683:7, 2698:8,
2701:13, 2701:14,
2703:2, 2703:5,
2705:23, 2706:12,
2708:22, 2724:16,
2724:21
**engineering** [15] -
2643:2, 2643:3,
2643:4, 2645:10,
2675:8, 2675:23,
2675:24, 2676:10,
2702:15, 2702:17,
2703:19, 2704:9,
2704:14, 2704:20
**engineers** [18] -
2643:9, 2645:9,
2652:14, 2653:5,
2653:14, 2653:19,
2654:25, 2675:9,
2676:10, 2696:9,
2698:16, 2698:21,
2699:15, 2703:9,
2704:8, 2706:21,
2707:16, 2744:5
**Engineers** [1] -
2643:21
**enlargement** [1] -
2759:2
**enquire** [1] - 2676:9
**ensuing** [1] - 2665:2
**ensure** [1] - 2695:14
**ensures** [1] - 2701:14
**ensuring** [1] - 2751:4
**entire** [1] - 2687:23
**entrains** [1] - 2713:17
**ENVIRONMENT** [1] -
2632:18
**environment** [2] -
2738:4, 2738:8
**ENVIRONMENTAL** [1]
- 2632:19
**environmental** [2] -
2738:5, 2753:24
**Episcopal** [2] -
2643:25, 2644:1
**equal** [2] - 2649:22,
2686:5
**equations** [2] -
2707:10, 2734:4
**equivalent** [1] -

2743:12
**erosion** [1] - 2761:10
**especially** [1] -
2749:18
**ESQ** [49] - 2630:19,
2630:23, 2631:4,
2631:7, 2631:11,
2631:14, 2631:18,
2631:22, 2631:22,
2632:9, 2632:9,
2632:14, 2632:19,
2632:20, 2632:20,
2632:21, 2632:21,
2632:22, 2632:22,
2632:23, 2632:23,
2633:5, 2633:9,
2633:10, 2633:10,
2633:11, 2633:11,
2633:15, 2633:18,
2633:19, 2633:19,
2633:23, 2634:6,
2634:10, 2634:13,
2634:14, 2634:14,
2634:15, 2634:15,
2634:20, 2634:20,
2634:21, 2634:21,
2634:22, 2635:3,
2635:4, 2635:9,
2635:13, 2635:13
**essentially** [1] -
2763:11
**established** [1] -
2651:20
**estimate** [15] -
2648:21, 2662:4,
2711:16, 2734:20,
2750:23, 2754:7,
2755:6, 2756:3,
2756:24, 2757:10,
2760:14, 2760:17,
2762:7, 2763:16,
2763:22
**estimated** [7] -
2733:22, 2754:14,
2754:18, 2754:20,
2760:15, 2762:2,
2762:12
**estimates** [2] -
2656:11, 2734:18
**estimating** [2] -
2680:6, 2750:4
**estimation** [3] -
2644:23, 2760:13,
2760:21
**ET** [2] - 2630:8,
2630:12
**evaluate** [6] - 2705:24,
2706:4, 2708:15,
2734:8, 2741:10,
2755:9

**evaluated** [6] -
2753:15, 2753:21,
2753:22, 2753:23,
2754:1, 2754:2
**evaluating** [4] -
2674:22, 2709:3,
2709:4, 2758:4
**evaluation** [3] -
2719:21, 2760:9,
2763:15
**eve** [1] - 2638:5
**evening** [2] - 2638:5,
2765:6
**event** [2] - 2714:7,
2731:20
**eventually** [3] -
2659:4, 2712:19,
2739:24
**evidence** [10] -
2653:12, 2667:20,
2670:14, 2671:3,
2707:9, 2709:18,
2718:1, 2762:13,
2762:17, 2764:4
**evident** [1] - 2719:13
**Evoleaf** [1] - 2704:18
**Evoleap** [1] - 2701:8
**evolution** [1] -
2706:19
**exact** [2] - 2685:6,
2745:4
**exactly** [5] - 2651:7,
2653:16, 2659:7,
2736:12, 2740:11
**exam** [1] - 2689:25
**examination** [5] -
2661:8, 2682:11,
2700:16, 2764:10,
2764:22
**EXAMINATION** [4] -
2642:18, 2682:8,
2696:5, 2700:13
**examinations** [1] -
2638:8
**examine** [1] - 2662:17
**examiners** [1] -
2641:7
**examining** [3] -
2638:25, 2661:16,
2683:18
**example** [10] -
2674:13, 2678:20,
2693:12, 2696:11,
2696:16, 2707:11,
2742:11, 2750:12,
2751:10, 2752:14
**examples** [2] - 2656:5,
2712:8
**exceeded** [2] -
2664:15, 2763:25

**Excel** [1] - 2677:13
**excellent** [1] - 2749:14
**except** [2] - 2679:8,
2681:19
**exception** [1] - 2644:5
**excerpt** [1] - 2722:4
**excess** [3] - 2710:19,
2746:20, 2747:12
**exchange** [1] -
2637:25
**excuse** [4] - 2681:10,
2697:5, 2699:18,
2758:24
**executive** [1] - 2710:2
**executives** [1] -
2683:12
**exercise** [2] - 2664:8,
2708:21
**exhaust** [1] - 2642:5
**exhibit** [17] - 2639:1,
2639:6, 2640:1,
2684:2, 2684:20,
2684:22, 2686:10,
2691:25, 2692:14,
2694:6, 2702:19,
2711:22, 2713:5,
2713:8, 2720:2,
2721:15, 2724:25
**Exhibit** [11] - 2639:4,
2641:21, 2684:1,
2684:21, 2686:9,
2687:19, 2689:16,
2689:19, 2690:12,
2709:17, 2718:6
**exhibited** [1] -
2711:10
**exhibiting** [1] - 2725:5
**exhibits** [15] -
2637:15, 2637:17,
2637:25, 2638:1,
2638:3, 2638:7,
2638:20, 2638:21,
2639:2, 2639:10,
2640:25, 2641:15,
2641:16, 2721:6,
2725:5
**Exhibits** [2] - 2637:19,
2709:20
**exist** [4] - 2714:13,
2718:2, 2718:4,
2756:23
**existed** [3] - 2710:9,
2738:19, 2759:14
**existence** [8] - 2710:8,
2714:3, 2714:10,
2718:5, 2719:9,
2721:16, 2725:24,
2733:14
**exists** [1] - 2744:17
**expand** [1] - 2662:2

**expect** [4] - 2712:7,
2721:19, 2725:2,
2764:22
**expected** [1] - 2664:6
**expensive** [1] -
2707:22
**experience** [8] -
2653:12, 2677:3,
2701:12, 2702:18,
2705:24, 2706:4,
2706:6, 2706:9
**experiences** [1] -
2706:10
**experiencing** [1] -
2748:24
**experimental** [5] -
2648:19, 2707:9,
2708:3, 2708:5,
2713:10
**experimentally** [1] -
2660:25
**experiments** [1] -
2708:3
**expert** [13] - 2649:5,
2676:7, 2680:14,
2698:14, 2701:13,
2705:23, 2709:3,
2709:7, 2709:9,
2709:14, 2718:8,
2733:2, 2755:2
**expertise** [1] -
2701:11
**experts** [3] - 2676:13,
2718:2, 2763:9
**explain** [9] - 2657:22,
2670:3, 2677:22,
2678:5, 2713:7,
2727:14, 2730:3,
2731:20, 2739:17
**explicitly** [1] - 2667:23
**EXPLORATION** [2] -
2630:11, 2633:3
**exploration** [2] -
2647:14, 2661:25
**Exploration** [1] -
2642:25
**explore** [2] - 2735:15,
2746:20
**explored** [1] - 2751:12
**exploring** [1] -
2747:13
**exposing** [1] -
2761:18
**express** [1] - 2672:4
**extend** [1] - 2759:9
**extends** [2] - 2734:16,
2758:18
**extension** [2] -
2758:18, 2758:20
**extensive** [1] -

2763:19
**eyes** [1] - 2689:2

# F

**face** [1] - 2644:23
**faced** [1] - 2703:9
**facilities** [2] - 2701:15,
2706:17
**fact** [18] - 2649:6,
2649:7, 2658:6,
2658:23, 2676:8,
2679:10, 2707:25,
2711:7, 2715:7,
2718:4, 2721:23,
2725:11, 2726:2,
2730:6, 2745:24,
2749:20, 2755:4,
2756:3
**factor** [8] - 2679:8,
2679:18, 2680:8,
2681:22, 2753:4,
2763:1
**factory** [1] - 2753:2
**facts** [1] - 2658:6
**failed** [2] - 2651:19,
2655:14
**failure** [2] - 2655:12,
2655:18
**fair** [1] - 2711:21
**fairly** [3] - 2653:16,
2678:22, 2678:23
**fall** [3] - 2715:6,
2726:18, 2726:21
**fallen** [2] - 2715:2,
2715:8
**falling** [1] - 2726:15
**falls** [1] - 2726:18
**FANNIN** [1] - 2634:10
**far** [2] - 2689:10,
2715:3
**fashion** [2] - 2707:3,
2746:5
**fast** [2] - 2684:17,
2685:11
**faster** [3] - 2712:23,
2716:9, 2748:14
**FCCR** [1] - 2635:17
**fears** [1] - 2667:18
**feet** [1] - 2684:12
**fell** [1] - 2715:6
**few** [9] - 2644:5,
2645:14, 2645:15,
2656:5, 2685:22,
2696:4, 2741:16,
2744:8, 2764:11
**field** [2] - 2653:13,
2705:20
**FIELDS** [98] - 2633:11,
2700:5, 2700:14,

2701:1, 2701:4, 2701:19, 2701:20, 2702:10, 2702:11, 2705:12, 2705:14, 2709:1, 2709:6, 2709:12, 2709:13, 2709:17, 2709:22, 2709:24, 2709:25, 2710:23, 2710:24, 2711:19, 2711:20, 2713:4, 2713:6, 2714:2, 2714:19, 2714:22, 2716:14, 2716:15, 2717:3, 2717:4, 2719:25, 2720:1, 2721:9, 2721:12, 2721:13, 2722:2, 2722:3, 2723:16, 2723:17, 2725:8, 2725:9, 2727:4, 2727:12, 2727:13, 2730:1, 2730:2, 2730:19, 2730:24, 2731:2, 2731:17, 2731:18, 2733:24, 2733:25, 2735:6, 2735:7, 2736:4, 2736:5, 2738:11, 2738:12, 2739:13, 2739:14, 2742:9, 2742:10, 2745:3, 2745:12, 2745:17, 2746:15, 2746:17, 2749:5, 2749:22, 2749:23, 2752:17, 2752:18, 2753:18, 2753:19, 2754:5, 2754:6, 2757:2, 2757:3, 2757:15, 2757:16, 2758:1, 2758:2, 2758:13, 2758:14, 2758:25, 2759:1, 2760:5, 2760:6, 2762:4, 2762:5, 2762:21, 2762:22, 2763:13, 2763:14, 2764:7

**fields** [6] - 2652:15, 2653:15, 2653:21, 2700:4, 2708:10, 2763:11

**Fields** [3] - 2636:7, 2700:5, 2700:15

**FIFTEENTH** [1] - 2633:20

**figure** [8] - 2719:15, 2722:23, 2723:8, 2723:11, 2723:20, 2723:21, 2735:12, 2748:20

**filed** [2] - 2638:20, 2745:14

**fill** [5] - 2684:13, 2684:17, 2685:8, 2685:12, 2685:17

**filled** [2] - 2664:15, 2728:8

**final** [11] - 2650:1, 2653:1, 2654:17, 2655:25, 2659:3, 2659:8, 2674:14, 2695:1, 2754:19, 2761:9, 2762:6

**finalized** [1] - 2674:12

**finally** [4] - 2704:18, 2726:19, 2726:24, 2761:12

**fine** [1] - 2730:23

**finish** [2] - 2747:20, 2764:23

**FIRM** [1] - 2631:10

**firms** [1] - 2643:14

**first** [35] - 2637:10, 2637:15, 2642:10, 2644:3, 2646:24, 2657:18, 2677:19, 2678:9, 2680:18, 2680:19, 2680:21, 2689:1, 2700:7, 2701:24, 2702:22, 2702:23, 2707:7, 2711:5, 2717:15, 2718:15, 2720:7, 2726:14, 2726:20, 2727:5, 2727:8, 2727:9, 2734:21, 2736:16, 2737:21, 2752:23, 2757:17, 2761:2

**fit** [1] - 2667:9, 2739:23, 2740:16

**FITCH** [1] - 2635:13

**five** [1] - 2684:12

**fix** [1] - 2707:23

**FL** [1] - 2631:5

**FLEMING** [1] - 2634:22

**floating** [2] - 2715:24, 2716:11, 2727:25, 2728:1, 2729:19, 2731:10

**FLOOR** [1] - 2634:16

**Flow** [3] - 2722:23, 2731:4

**flow** [312] - 2644:24, 2646:4, 2650:23, 2651:20, 2652:16, 2655:15, 2660:13, 2662:8, 2662:11, 2662:12, 2662:13,

2666:25, 2670:9, 2670:12, 2670:13, 2673:19, 2673:20, 2678:4, 2679:16, 2686:18, 2686:22, 2687:1, 2690:16, 2690:20, 2690:21, 2690:22, 2690:23, 2690:24, 2691:21, 2691:24, 2692:4, 2693:3, 2694:14, 2694:15, 2695:6, 2695:18, 2698:3, 2701:12, 2701:13, 2701:16, 2701:24, 2701:25, 2702:2, 2702:3, 2703:2, 2703:5, 2703:6, 2703:8, 2703:21, 2703:24, 2704:13, 2704:21, 2704:23, 2704:25, 2705:2, 2705:4, 2705:22, 2705:23, 2705:24, 2706:4, 2706:12, 2706:13, 2706:21, 2707:16, 2707:17, 2707:18, 2708:3, 2708:8, 2708:9, 2708:12, 2708:15, 2708:17, 2708:18, 2708:19, 2708:21, 2708:23, 2708:25, 2709:3, 2709:4, 2710:8, 2710:12, 2710:15, 2710:22, 2711:5, 2711:10, 2711:11, 2711:14, 2711:15, 2711:17, 2711:21, 2711:23, 2711:24, 2712:1, 2712:7, 2712:8, 2712:10, 2712:17, 2712:20, 2712:22, 2712:24, 2713:12, 2713:13, 2713:22, 2714:3, 2714:4, 2714:6, 2714:7, 2714:10, 2714:11, 2714:12, 2714:13, 2714:14, 2714:16, 2717:2, 2717:16, 2717:18, 2717:19, 2717:20, 2718:2, 2718:5, 2718:7, 2718:9, 2718:16, 2718:19, 2718:21, 2718:24, 2718:25, 2719:3, 2719:8, 2719:10, 2719:24, 2720:4, 2720:6,

2720:13, 2720:15, 2720:16, 2720:18, 2720:19, 2721:4, 2721:16, 2722:9, 2722:11, 2724:2, 2724:11, 2724:15, 2724:16, 2724:17, 2724:20, 2724:21, 2724:24, 2725:4, 2726:3, 2726:5, 2726:7, 2726:9, 2726:10, 2726:12, 2726:14, 2727:3, 2727:6, 2727:7, 2727:10, 2727:14, 2727:21, 2728:13, 2728:14, 2728:16, 2728:17, 2728:18, 2728:20, 2728:22, 2728:24, 2729:5, 2729:10, 2729:11, 2730:7, 2731:11, 2731:21, 2731:22, 2732:1, 2732:9, 2732:18, 2733:2, 2733:3, 2733:6, 2733:10, 2733:13, 2733:14, 2733:18, 2733:19, 2733:22, 2734:8, 2734:12, 2734:14, 2734:15, 2734:18, 2734:19, 2734:20, 2735:1, 2735:2, 2735:8, 2735:9, 2735:10, 2735:11, 2735:12, 2735:13, 2735:14, 2735:15, 2735:16, 2735:18, 2735:19, 2735:21, 2735:22, 2735:23, 2737:2, 2737:18, 2740:19, 2740:24, 2741:10, 2742:4, 2742:7, 2742:14, 2742:17, 2743:1, 2743:3, 2743:6, 2743:18, 2743:22, 2743:25, 2744:4, 2744:13, 2746:1, 2746:2, 2746:19, 2746:21, 2746:23, 2747:2, 2747:4, 2747:5, 2748:4, 2748:18, 2749:15, 2749:18, 2749:20, 2749:25, 2750:3, 2750:4, 2750:15, 2750:23, 2751:1, 2751:19, 2751:25, 2752:1, 2752:3, 2753:5,

2753:11, 2754:7, 2754:14, 2754:20, 2754:24, 2755:11, 2755:15, 2755:16, 2755:18, 2755:19, 2756:6, 2756:21, 2757:6, 2757:9, 2757:13, 2759:20, 2759:22, 2759:24, 2760:11, 2760:14, 2760:17, 2760:18, 2760:19, 2760:21, 2761:1, 2761:19, 2762:1, 2762:2, 2762:7, 2762:10, 2762:12, 2762:14, 2762:17, 2763:16, 2763:24, 2764:3, 2764:4, 2764:5

**flow's** [1] - 2719:10

**flowing** [8] - 2651:23, 2654:21, 2677:2, 2694:23, 2712:13, 2712:16, 2713:20, 2737:2

**flows** [8] - 2677:1, 2677:4, 2703:17, 2706:22, 2719:11, 2721:11, 2721:18, 2725:14

**fluid** [23] - 2646:14, 2646:18, 2646:20, 2649:25, 2651:23, 2652:24, 2654:22, 2676:25, 2677:2, 2677:4, 2720:22, 2721:23, 2721:24, 2723:5, 2723:7, 2734:5, 2736:12, 2736:16, 2736:19, 2736:20, 2736:24, 2737:3

**fluids** [1] - 2654:20

**FLYNN** [1] - 2632:14

**focus** [14] - 2644:2, 2650:17, 2652:5, 2665:22, 2680:21, 2694:10, 2701:16, 2705:10, 2708:3, 2708:9, 2716:20, 2733:11, 2742:15

**focused** [4] - 2719:21, 2723:1, 2730:9, 2754:9

**focuses** [4] - 2724:22, 2734:11, 2734:13, 2743:16

**focusing** [2] - 2649:18, 2657:1

**follow** [1] - 2691:19

follow-up [1] - 2691:19

followed [3] - 2713:12, 2713:19, 2713:24

following [2] - 2674:11, 2675:10

follows [2] - 2642:11, 2700:8

footage [2] - 2717:6, 2717:7

FOR [8] - 2630:19, 2631:21, 2632:3, 2632:13, 2633:3, 2634:3, 2634:18, 2635:7

form [7] - 2643:18, 2643:19, 2665:20, 2712:16, 2712:20, 2754:18, 2761:15

formation [2] - 2648:13, 2651:24

formations [3] - 2651:15, 2655:15, 2664:15

formed [1] - 2702:5

forth [5] - 2656:8, 2702:6, 2709:9, 2721:5, 2745:5

forward [5] - 2655:5, 2656:4, 2656:5, 2720:9, 2723:22

founder [1] - 2701:7

four [9] - 2661:8, 2661:13, 2678:5, 2716:10, 2724:9, 2761:7, 2761:8

fourth [1] - 2754:10

fraction [1] - 2748:21

fracture [2] - 2664:15, 2664:16, 2684:13

fracturing [1] - 2684:18

FRANK [1] - 2631:18

frankly [1] - 2679:16

frequently [1] - 2704:15

FRILOT [1] - 2634:5

full [8] - 2710:17, 2712:25, 2716:10, 2716:13, 2719:23, 2720:8, 2721:8, 2761:8

fully [1] - 2717:14

function [1] - 2647:14

functionality [1] - 2741:4

fundamental [1] - 2645:24

## G

Galápagos [1] - 2653:13

Gas [1] - 2704:4

gas [46] - 2677:1, 2702:20, 2702:22, 2705:5, 2706:15, 2708:15, 2708:17, 2712:4, 2712:10, 2712:13, 2712:15, 2712:18, 2712:25, 2713:13, 2713:19, 2713:20, 2714:8, 2714:9, 2719:11, 2720:5, 2720:11, 2720:13, 2720:15, 2720:19, 2720:20, 2721:5, 2721:11, 2721:19, 2721:20, 2721:24, 2722:13, 2722:14, 2722:18, 2723:23, 2723:24, 2724:12, 2725:16, 2728:9, 2731:12, 2732:4, 2734:5, 2736:21

gas-dominant [3] - 2720:5, 2720:15, 2720:19

GASAWAY [1] - 2633:18

gauge [3] - 2668:3, 2669:22, 2761:22

general [11] - 2646:5, 2647:16, 2647:21, 2701:21, 2705:3, 2707:4, 2732:15, 2733:15, 2734:7, 2734:23, 2763:8

GENERAL [1] - 2632:5

GENERAL'S [1] - 2631:21

generally [6] - 2711:11, 2714:15, 2722:15, 2746:25, 2758:15

generate [1] - 2673:13

generated [1] - 2747:24

Geological [1] - 2671:7

geological [3] - 2661:7, 2696:20, 2697:17

geologists [3] - 2652:15, 2661:24, 2667:13

geology [1] - 2703:19

geomarket [1] -

2704:5

geomechanical [1] - 2647:4

geomechanics [8] - 2647:6, 2647:7, 2647:8, 2647:10, 2647:15, 2656:17, 2659:14, 2703:19

geometric [13] - 2677:19, 2678:17, 2678:21, 2678:25, 2742:8, 2742:13, 2742:23, 2742:24, 2743:8, 2743:11, 2744:1, 2744:15, 2746:4

geometries [6] - 2742:18, 2742:20, 2742:21, 2744:6, 2756:12, 2756:14

geometry [9] - 2741:20, 2741:22, 2742:6, 2742:25, 2743:1, 2743:9, 2743:11, 2743:13, 2743:15

geophysicists [1] - 2661:24

geospacial [1] - 2712:9

given [4] - 2654:18, 2690:21, 2693:21, 2760:20

GLADSTEIN [1] - 2632:22

GMBH [1] - 2630:8

goal [3] - 2710:21, 2743:1, 2743:3

GODWIN [3] - 2634:19, 2634:20, 2635:3

gold [1] - 2744:7

government [24] - 2639:11, 2640:7, 2656:18, 2658:3, 2662:17, 2662:25, 2663:12, 2665:19, 2673:12, 2674:3, 2674:5, 2674:13, 2675:4, 2675:5, 2687:3, 2687:6, 2687:11, 2695:8, 2696:8, 2697:10, 2697:20, 2700:20, 2717:24, 2718:2

government's [2] - 2687:13, 2700:22

governmental [1] - 2718:4

gradient [1] - 2664:16

GRAND [1] - 2634:16

GRANT [1] - 2634:15

graph [1] - 2669:6

greater [1] - 2760:22

green [2] - 2738:18, 2738:23

GREENWALD [1] - 2631:7

grew [1] - 2761:11

grey [1] - 2748:24

Gringarten [1] - 2640:11

gross [1] - 2646:2

ground [2] - 2651:14, 2728:6

grounds [1] - 2657:11

Group [1] - 2722:24

group's [1] - 2718:7

guess [3] - 2680:16, 2731:3, 2741:8

GULF [1] - 2630:5

Gulf [7] - 2643:14, 2647:4, 2652:15, 2653:15, 2683:5, 2715:1, 2736:9

GWENDOLYN [1] - 2635:4

## H

half [1] - 2762:24

HALLIBURTON [1] - 2634:18

hand [10] - 2666:21, 2667:25, 2668:5, 2668:16, 2677:24, 2707:4, 2707:5, 2739:2, 2739:3, 2739:8

handful [1] - 2638:4

happy [1] - 2641:9

hard [4] - 2659:24, 2670:11, 2677:2, 2722:12

HARIKLIA [1] - 2633:10

HARVEY [1] - 2632:23

HAYCRAFT [1] - 2633:5

HB406 [1] - 2635:18

heading [2] - 2730:21, 2730:24

health [2] - 2643:3, 2643:5

hear [2] - 2658:13, 2745:7

heard [7] - 2649:1, 2651:17, 2661:1, 2681:7, 2711:21, 2744:21, 2744:23

HEARD [1] - 2630:15

hearing [1] - 2657:5

hearsay [6] - 2657:11, 2658:9, 2658:10, 2658:21, 2658:24, 2681:11

heat [5] - 2737:18, 2738:4, 2738:8, 2753:23, 2753:24

height [3] - 2737:8, 2738:24, 2738:25

held [2] - 2649:22, 2662:17

help [8] - 2645:14, 2687:25, 2705:2, 2711:22, 2721:14, 2742:11, 2743:7, 2752:20

helped [4] - 2713:5, 2714:20, 2721:15, 2723:18

helping [1] - 2688:2

Hempstead [1] - 2644:1

henceforth [1] - 2670:17

HERMAN [3] - 2630:19, 2630:19

high [23] - 2646:17, 2651:22, 2654:7, 2655:7, 2656:10, 2661:6, 2661:10, 2661:18, 2664:13, 2666:6, 2667:18, 2680:6, 2687:17, 2688:17, 2710:2, 2711:2, 2713:16, 2714:13, 2727:23, 2727:24, 2739:9

higher [28] - 2654:15, 2655:5, 2655:21, 2655:24, 2657:23, 2659:1, 2659:3, 2659:5, 2661:17, 2664:5, 2664:10, 2668:19, 2670:2, 2683:17, 2683:22, 2685:5, 2686:6, 2692:21, 2695:11, 2721:21, 2723:24, 2730:11, 2762:18, 2762:20, 2764:3, 2764:6

highest [5] - 2683:18, 2683:24, 2715:9, 2751:5, 2761:15

highlight [1] - 2729:16

highlighted [6] - 2673:6, 2680:20, 2680:21, 2749:1,

2750:20, 2757:22
**highlighting** [1] -
2677:23
**HIMMELHOCH** [3] -
2632:23, 2640:13,
2640:19
**Himmelhoch** [1] -
2640:12
**hired** [2] - 2701:17,
2706:7
**history** [3] - 2705:19,
2705:21
**hit** [1] - 2713:15
**hits** [1] - 2715:23
**HOLDINGS** [1] -
2634:3
**holdup** [2] - 2713:1,
2713:2
**holdups** [1] - 2712:23
**hole** [6] - 2651:14,
2651:16, 2694:23,
2695:1, 2758:7,
2758:10
**holes** [19] - 2757:23,
2757:25, 2758:5,
2758:8, 2758:10,
2759:14, 2759:17,
2760:11, 2761:3,
2761:6, 2761:7,
2761:8, 2761:10,
2761:14
**homogenous** [2] -
2678:24, 2679:2
**honestly** [1] - 2653:17
**honor** [1] - 2657:2
**Honor** [35] - 2637:10,
2637:22, 2637:24,
2638:24, 2640:13,
2641:11, 2641:14,
2641:22, 2642:15,
2649:3, 2658:1,
2658:3, 2658:21,
2676:4, 2681:10,
2682:5, 2687:20,
2696:4, 2698:13,
2699:11, 2699:21,
2699:25, 2700:5,
2700:19, 2700:25,
2701:1, 2709:2,
2709:17, 2709:22,
2745:1, 2745:3,
2745:6, 2763:7,
2763:13, 2764:7
**HONORABLE** [1] -
2630:15
**hood** [1] - 2734:4
**hope** [1] - 2637:22
**HOPE** [1] - 2633:15
**hopefully** [2] -
2688:12, 2764:20

**HORIZON** [1] - 2630:4
**Horizon's** [1] -
2727:15
**horizons** [2] -
2644:25, 2650:24
**horizontal** [1] -
2711:23
**Horner** [7] - 2665:21,
2666:21, 2666:22,
2666:23, 2668:7,
2673:17, 2673:18
**host** [1] - 2706:17
**hot** [1] - 2737:1
**hours** [9] - 2642:6,
2642:8, 2666:20,
2667:17, 2710:11,
2719:17, 2726:22,
2731:7, 2747:19
**housekeeping** [1] -
2764:14
**HOUSTON** [2] -
2634:11, 2635:5
**Houston** [3] -
2642:25, 2671:20,
2702:15
**Hseih** [5] - 2671:6,
2672:4, 2692:15,
2692:20, 2696:8
**huge** [1] - 2708:2
**hum** [1] - 2689:9
**hump** [4] - 2739:2,
2739:8, 2739:10
**hundreds** [3] -
2710:11, 2719:17
**Hunter** [1] - 2673:24
**Hunter/Secretary** [1] -
2673:7
**Hutchinson** [1] -
2696:25
**Hutchison** [4] -
2687:25, 2688:8,
2688:23, 2697:1
**hydraulic** [13] -
2743:12, 2743:16,
2744:1, 2744:4,
2744:7, 2744:8,
2744:9, 2744:12,
2744:20, 2744:22,
2745:21, 2745:24
**hydrocarbons** [1] -
2701:14
**hydrodynamic** [3] -
2707:13, 2728:18,
2730:7
**hydrodynamically** [1]
- 2728:22
**hydrological** [1] -
2693:10
**hypothesis** [1] -
2651:18

## I

**idea** [2] - 2638:1,
2747:16
**identical** [1] - 2731:11
**identically** [1] - 2732:9
**IL** [1] - 2633:12
**illustrated** [1] - 2667:9
**illustrating** [1] -
2666:9
**image** [1] - 2758:11
**imagine** [1] - 2712:15
**immediate** [1] -
2670:17
**immediately** [1] -
2665:25
**impact** [1] - 2755:10
**implicit** [1] - 2667:23
**important** [11] -
2672:20, 2689:5,
2721:2, 2725:25,
2729:6, 2732:11,
2736:17, 2741:22,
2743:21, 2754:22,
2756:16
**improving** [1] -
2703:16
**IN** [1] - 2630:4,
2630:5, 2630:7
**INC** [5] - 2630:12,
2633:3, 2634:4,
2634:5, 2634:19
**incident** [14] - 2644:3,
2644:4, 2644:6,
2644:21, 2644:22,
2645:19, 2649:10,
2650:19, 2651:13,
2671:8, 2678:4,
2678:8, 2679:21,
2687:5
**include** [4] - 2734:17,
2737:10, 2758:19,
2759:9
**included** [1] - 2669:4
**includes** [7] - 2647:9,
2735:3, 2737:11,
2759:14, 2759:16,
2759:17
**including** [8] -
2645:16, 2652:13,
2683:21, 2693:17,
2694:20, 2709:4,
2711:24, 2740:25
**inconsistent** [1] -
2668:25
**incorporate** [2] -
2707:7, 2708:4
**incorrect** [5] - 2655:2,
2659:17, 2670:15,
2745:19, 2745:22

**increase** [12] -
2649:23, 2650:1,
2654:6, 2654:10,
2654:14, 2655:16,
2661:1, 2661:13,
2664:21, 2712:18,
2751:7
**increased** [4] -
2664:7, 2686:2,
2753:3
**increasing** [3] -
2649:21, 2654:12,
2712:15
**incredibly** [1] -
2755:16
**indicate** [3] - 2695:16,
2745:7, 2751:24
**indicated** [6] -
2728:13, 2729:12,
2745:6, 2751:16,
2756:8, 2761:23
**indicates** [2] - 2716:6,
2759:4
**indication** [1] - 2756:5
**individuals** [3] -
2683:4, 2683:12,
2683:21
**induced** [4] - 2728:18,
2728:22, 2730:7
**Industries** [1] -
2643:15
**industry** [5] - 2643:12,
2702:21, 2702:22,
2707:21, 2755:18
**information** [9] -
2666:10, 2690:21,
2705:7, 2710:7,
2714:24, 2737:3,
2743:13, 2744:9,
2745:23
**informed** [1] - 2687:10
**initiated** [2] - 2727:8,
2727:9
**inlet** [2] - 2753:22,
2758:21
**inner** [1] - 2742:4
**inordinate** [1] -
2747:24
**input** [31] - 2646:24,
2646:25, 2648:7,
2649:14, 2649:19,
2650:6, 2650:14,
2650:15, 2670:15,
2672:20, 2673:24,
2674:17, 2676:21,
2691:24, 2693:8,
2693:10, 2693:21,
2696:13, 2697:22,
2698:9, 2735:10,
2736:17, 2737:5,

2737:13, 2740:9,
2741:19, 2752:6,
2752:9, 2752:10,
2752:11
**inputs** [19] - 2645:20,
2653:4, 2694:2,
2697:21, 2699:15,
2699:17, 2736:3,
2736:7, 2736:11,
2736:16, 2738:14,
2741:7, 2741:16,
2746:13, 2751:11,
2751:12, 2753:17,
2755:3, 2760:25
**inputted** [1] - 2739:24
**insensitive** [1] -
2754:23
**inside** [2] - 2651:20,
2712:5
**installed** [1] - 2682:17
**instantaneous** [1] -
2669:17
**instructions** [1] -
2645:12
**integrity** [20] - 2645:6,
2651:13, 2651:15,
2655:6, 2655:13,
2655:18, 2656:1,
2661:16, 2663:25,
2664:3, 2665:18,
2666:11, 2671:9,
2675:2, 2675:3,
2682:22, 2683:23,
2695:13, 2695:17,
2695:24
**intense** [1] - 2723:5
**intensity** [1] - 2723:4
**interest** [2] - 2683:16,
2757:24
**INTERESTS** [1] -
2631:21
**internal** [2] - 2643:10,
2652:12
**internally** [1] - 2675:6
**interpretation** [4] -
2665:14, 2666:23,
2675:5, 2695:15
**interrelated** [1] -
2727:2
**intervals** [1] - 2678:16
**intricately** [1] - 2733:3
**introduce** [1] - 2701:5
**inverse** [2] - 2648:10,
2723:4
**investigate** [2] -
2728:16, 2735:11
**investigated** [1] -
2728:19
**investigation** [8] -
2705:18, 2730:4,

2733:7, 2741:6,
2742:18, 2755:24,
2756:11, 2756:24
**invoke** [1] - 2670:2
**involved** [9] - 2644:22,
2650:21, 2697:9,
2702:20, 2703:6,
2703:20, 2704:12,
2708:11, 2755:17
**involves** [1] - 2643:8
**IRPINO** [2] - 2631:10,
2631:11
**isolate** [1] - 2719:19
**issue** [15] - 2637:20,
2639:19, 2639:21,
2639:23, 2642:4,
2655:11, 2658:4,
2683:7, 2698:4,
2698:15, 2698:24,
2733:12, 2763:20,
2763:21, 2764:18
**issues** [3] - 2638:13,
2645:14, 2701:21
**items** [1] - 2689:5
**itself** [7] - 2651:2,
2712:2, 2722:19,
2723:11, 2759:18,
2759:19, 2759:21

## J

**JACKSON** [1] -
2631:19
**James** [2] - 2652:13,
2683:4
**JAMES** [2] - 2630:23,
2632:4
**JEFFERSON** [1] -
2630:23
**JENNY** [1] - 2634:20
**Jessica** [1] - 2653:17
**job** [4] - 2643:1,
2647:11, 2702:22,
2702:23
**Johnson** [1] - 2764:21
**joint** [2] - 2735:1,
2740:1
**JOSEPH** [1] - 2633:19
**JR** [3] - 2634:21,
2636:4, 2642:10
**JUDGE** [1] - 2630:15
**Judge** [4] - 2638:13,
2656:15, 2677:22,
2678:5
**judgment** [5] - 2675:9,
2676:10, 2697:21,
2699:4, 2699:16
**JUDY** [1] - 2632:23
**July** [45] - 2645:5,
2650:2, 2650:5,

2650:11, 2650:18,
2650:20, 2651:2,
2652:1, 2652:4,
2654:24, 2656:6,
2656:19, 2657:24,
2658:17, 2661:12,
2665:2, 2665:3,
2665:16, 2669:3,
2670:16, 2670:18,
2674:14, 2682:14,
2683:1, 2684:3,
2684:4, 2684:21,
2685:10, 2685:21,
2686:8, 2686:13,
2687:2, 2687:5,
2688:5, 2688:8,
2688:16, 2688:23,
2689:22, 2689:24,
2689:25, 2690:8,
2694:8
**jump** [2] - 2720:9,
2720:20
**jumps** [1] - 2720:17
**June** [10] - 2645:4,
2645:5, 2647:18,
2650:18, 2650:20,
2650:21, 2651:6,
2651:7, 2757:21,
2761:11
**Junior** [1] - 2642:14
**JUSTICE** [2] -
2632:13, 2632:17
**justified** [1] - 2667:18

## K

**KANNER** [2] - 2632:8,
2632:9
**KARIS** [1] - 2633:10
**Kate** [4] - 2645:11,
2652:13, 2683:3,
2686:21
**KATZ** [2] - 2630:19,
2634:15
**keep** [1] - 2687:20
**keeping** [1] - 2686:5
**Kelly** [7] - 2647:1,
2647:11, 2647:12,
2648:16, 2653:17,
2656:9, 2677:9
**KERRY** [1] - 2634:6
**Kill** [1] - 2645:3
**kind** [1] - 2737:19
**KING** [2] - 2641:13,
2641:22
**King** [1] - 2641:13
**kink** [55] - 2710:17,
2715:12, 2716:4,
2734:10, 2734:11,
2734:13, 2734:16,

2734:18, 2734:21,
2734:23, 2734:24,
2735:8, 2736:6,
2746:8, 2748:3,
2754:2, 2754:3,
2754:4, 2757:14,
2757:17, 2757:18,
2757:20, 2758:3,
2758:5, 2758:16,
2758:17, 2758:18,
2758:23, 2759:2,
2759:4, 2759:6,
2759:9, 2759:14,
2759:15, 2759:16,
2759:17, 2759:18,
2759:19, 2759:20,
2759:23, 2760:9,
2760:10, 2760:11,
2760:14, 2760:17,
2760:19, 2760:21,
2762:1, 2763:25
**kinked** [5] - 2717:9,
2717:11, 2734:17,
2758:19, 2761:14
**kinks** [1] - 2758:5
**KIRBY** [1] - 2635:13
**KIRKLAND** [3] -
2633:9, 2633:14,
2633:18
**Knowledge** [5] -
2703:13, 2703:15,
2703:20, 2703:24,
2704:2
**knowledge** [2] -
2703:15, 2742:19
**known** [5] - 2701:25,
2741:15, 2741:17,
2755:4, 2760:3
**Kongsberg** [2] -
2704:4, 2704:12
**KRAUS** [1] - 2632:9
**KUCHLER** [2] -
2635:8, 2635:9
**KY** [1] - 2635:13

## L

**LA** [11] - 2630:5,
2630:20, 2630:24,
2631:12, 2631:15,
2632:6, 2632:10,
2633:7, 2634:7,
2635:10, 2635:19
**lab** [1] - 2695:5
**labeled** [2] - 2681:20,
2757:22
**lack** [2] - 2656:1,
2665:18
**LAFAYETTE** [1] -
2630:24

**LAKE** [1] - 2631:15
**LAMAR** [1] - 2635:4
**land** [2] - 2714:18,
2714:21
**LANGAN** [1] - 2633:9
**language** [1] - 2740:7
**large** [6] - 2644:23,
2724:6, 2741:12,
2741:13, 2748:1,
2751:25
**larger** [4] - 2646:21,
2739:2, 2744:19,
2747:1
**largest** [2] - 2654:10,
2761:18
**LASALLE** [1] -
2633:12
**last** [5] - 2648:11,
2651:7, 2681:19,
2704:19, 2741:19
**lasts** [1] - 2749:7
**late** [2] - 2638:20,
2690:8
**late-filed** [1] - 2638:20
**LAW** [1] - 2631:10
**lawyers** [4] - 2638:24,
2644:10, 2644:18,
2670:22
**lay** [2] - 2714:18,
2714:20
**layer** [3] - 2678:19,
2679:11, 2679:17
**layers** [5] - 2678:3,
2679:8, 2679:15,
2680:24, 2737:20
**layperson** [1] -
2742:12
**lead** [2] - 2708:6,
2760:25
**leadership** [2] -
2643:23, 2643:24
**leading** [2] - 2656:6,
2665:3
**leak** [7] - 2715:11,
2760:14, 2760:17,
2760:19, 2760:21,
2761:13, 2762:2
**leaks** [8] - 2716:4,
2716:17, 2717:10,
2757:14, 2757:17,
2757:18, 2758:3,
2763:25
**learn** [1] - 2756:3
**LEASING** [1] - 2630:8
**least** [3] - 2662:20,
2714:8, 2749:25
**leave** [1] - 2701:14
**leaving** [1] - 2734:22
**led** [1] - 2645:10
**LedaFlow** [29] -

2704:5, 2704:10,
2704:24, 2705:17,
2705:21, 2706:3,
2706:4, 2706:6,
2706:22, 2707:4,
2707:6, 2707:12,
2707:17, 2708:14,
2710:17, 2740:6,
2740:7, 2740:9,
2740:21, 2740:22,
2740:24, 2741:2,
2741:5, 2747:9,
2756:1, 2756:10,
2756:12, 2756:19
**Lee** [1] - 2693:16
**left** [8] - 2668:5,
2677:24, 2704:2,
2715:10, 2739:2,
2739:3, 2739:8,
2743:10
**left-hand** [5] - 2668:5,
2677:24, 2739:2,
2739:3, 2739:8
**legible** [2] - 2677:10,
2677:16
**length** [4] - 2739:6,
2739:7, 2743:19,
2764:19
**lengths** [1] - 2725:3
**less** [5] - 2679:1,
2721:20, 2741:16,
2744:16, 2752:15
**level** [6] - 2670:7,
2710:2, 2711:2,
2712:23, 2723:2,
2756:22
**leverage** [1] - 2760:4
**LEVIN** [1] - 2631:3
**Levitan** [5] - 2645:16,
2673:3, 2674:2,
2674:14, 2675:14,
2675:15
**LEWIS** [3] - 2633:4,
2634:19, 2635:3
**LI** [1] - 2634:14
**licensed** [1] - 2643:22
**light** [5] - 2720:22,
2721:11, 2721:24,
2745:8, 2745:9
**lighter** [1] - 2728:9
**likely** [15] - 2655:21,
2660:8, 2660:18,
2660:21, 2660:23,
2663:14, 2663:16,
2664:22, 2671:2,
2671:4, 2673:1,
2686:22, 2698:10,
2699:4, 2761:11
**Likely** [1] - 2663:8
**limine** [1] - 2700:18

**limited** [1] - 2667:16
**line** [21] - 2648:11,
2667:9, 2689:1,
2689:10, 2723:21,
2738:18, 2738:21,
2738:23, 2738:25,
2739:21, 2739:23,
2740:2, 2740:4,
2740:5, 2740:8,
2740:10, 2740:11,
2748:13, 2751:1,
2753:2, 2755:5
**lines** [2] - 2667:24,
2701:16
**link** [4] - 2710:14,
2729:7, 2731:15,
2733:8
**Linked** [1] - 2731:4
**linked** [2] - 2731:14,
2733:3
**liquid** [11] - 2712:4,
2712:11, 2712:25,
2713:1, 2713:2,
2713:12, 2713:20,
2728:2, 2728:4,
2736:21
**liquid-dominant** [1] -
2713:12
**liquids** [1] - 2712:16
**LISKOW** [1] - 2633:4
**list** [4] - 2641:15,
2641:17, 2689:4,
2737:5
**listed** [3] - 2702:19,
2712:22, 2737:13
**listen** [1] - 2644:7
**listening** [1] - 2637:9
**lists** [2] - 2705:15,
2705:17
**literally** [1] - 2719:17
**litigation** [1] - 2709:15
**lively** [1] - 2683:14
**LLC** [1] - 2634:3
**location** [2] - 2759:8,
2759:10
**locations** [3] - 2643:7,
2716:16, 2716:17
**log** [2] - 2678:10,
2678:13
**look** [50] - 2647:17,
2650:8, 2651:25,
2652:7, 2652:17,
2654:4, 2654:7,
2654:15, 2656:4,
2656:22, 2657:14,
2659:22, 2660:1,
2662:14, 2662:22,
2664:9, 2664:10,
2664:25, 2665:7,
2666:15, 2668:13,

2670:6, 2671:15,
2672:15, 2673:2,
2673:22, 2674:7,
2674:15, 2677:10,
2677:15, 2677:23,
2678:13, 2683:25,
2686:8, 2688:7,
2696:11, 2696:22,
2696:24, 2702:18,
2703:3, 2708:17,
2712:8, 2715:10,
2725:11, 2729:18,
2730:1, 2733:1,
2734:21, 2739:2,
2752:9
**looked** [12] - 2665:1,
2666:1, 2700:20,
2703:9, 2713:13,
2717:10, 2719:23,
2736:6, 2738:22,
2738:23, 2746:16,
2763:20
**looking** [26] - 2654:10,
2657:23, 2658:4,
2659:1, 2661:17,
2677:17, 2684:25,
2689:21, 2703:16,
2703:17, 2714:23,
2721:4, 2721:18,
2724:11, 2724:18,
2730:4, 2732:2,
2732:3, 2732:5,
2739:6, 2749:18,
2750:11, 2751:2,
2754:22, 2763:21
**looks** [7] - 2691:20,
2703:1, 2704:19,
2705:4, 2712:13,
2713:21, 2716:22
**loop** [25] - 2710:16,
2713:23, 2715:23,
2727:2, 2727:5,
2727:11, 2727:18,
2727:22, 2727:25,
2728:14, 2728:15,
2729:15, 2729:20,
2729:22, 2730:16,
2731:6, 2732:20,
2732:23, 2733:8,
2735:3, 2739:1,
2751:3, 2751:4,
2751:5
**LOS** [2] - 2633:16,
2634:16
**lose** [1] - 2737:19
**loss** [3] - 2695:17,
2738:4, 2738:8
**lot's** [1] - 2679:16
**LOUISIANA** [3] -
2630:1, 2632:3,

2632:4
**low** [8] - 2646:19,
2653:7, 2655:4,
2659:20, 2679:9,
2712:10, 2712:11
**lower** [10] - 2655:21,
2666:21, 2668:16,
2680:5, 2712:23,
2714:15, 2721:19,
2723:24, 2751:1,
2757:7
**lowest** [1] - 2761:16
**LP** [1] - 2635:8
**LUIS** [1] - 2634:14
**lunch** [1] - 2764:25
**LUNDY** [3] - 2631:14,
2631:14
**LUXENBERG** [1] -
2631:7

**M**

**M-E-R-R-I-L-L** [1] -
2642:14
**M110** [3] - 2684:10,
2685:7, 2685:16
**M56D** [3] - 2677:24,
2680:21, 2681:2
**M56E** [4] - 2677:24,
2678:20, 2678:23,
2681:5
**M56F** [3] - 2677:24,
2678:24, 2679:1
**Macondo** [32] -
2644:3, 2644:4,
2644:6, 2644:14,
2644:22, 2645:19,
2647:20, 2647:23,
2648:25, 2649:1,
2649:10, 2650:4,
2650:11, 2650:19,
2651:1, 2654:3,
2655:2, 2659:16,
2661:22, 2662:9,
2670:19, 2674:24,
2676:1, 2677:18,
2680:3, 2697:15,
2697:23, 2699:5,
2711:15, 2734:20,
2762:7, 2763:16
**MAGAZINE** [1] -
2631:11
**magnitude** [3] -
2655:9, 2655:14,
2664:1
**main** [3] - 2713:18,
2713:24, 2716:4
**maintain** [3] - 2743:1,
2743:3, 2743:21
**maintaining** [1] -

2743:16
**management** [2] -
2703:16, 2704:8
**manager** [1] - 2704:5
**managers** [1] -
2654:25
**manipulation** [1] -
2667:2
**manuals** [1] - 2744:12
**map** [1] - 2661:8
**mapped** [1] - 2661:8
**mapping** [1] - 2661:25
**marks** [1] - 2660:18
**MARTINEZ** [1] -
2634:20
**Masters** [1] - 2702:17
**match** [28] - 2674:13,
2691:2, 2691:8,
2691:11, 2691:14,
2692:3, 2692:11,
2692:14, 2693:18,
2694:3, 2694:12,
2695:11, 2695:12,
2726:2, 2728:20,
2732:15, 2733:18,
2735:19, 2735:25,
2740:11, 2746:22,
2749:14, 2749:19,
2749:20, 2753:7,
2764:3, 2764:6
**matched** [5] -
2695:14, 2695:24,
2747:5, 2752:1,
2752:2
**matches** [6] - 2690:3,
2690:9, 2729:7,
2732:9, 2735:14,
2749:17
**matching** [3] -
2692:10, 2734:13,
2747:10
**material** [1] - 2741:13
**materials** [2] -
2737:24
**mathematical** [4] -
2734:2, 2740:5,
2740:8, 2740:13
**mathematically** [1] -
2740:17
**matter** [2] - 2646:5,
2729:5
**matters** [4] - 2637:12,
2639:19, 2641:23,
2764:14
**MATTHEW** [2] -
2631:14, 2633:11
**maximum** [12] -
2679:15, 2753:11,
2754:11, 2754:12,
2760:14, 2760:15,

2760:18, 2761:1,
2761:3, 2761:21,
2761:24, 2762:6
**MAZE** [1] - 2631:22
**McAughan** [4] -
2647:1, 2647:11,
2647:12, 2677:9
**MCCUTCHEN** [1] -
2635:12
**MDB** [1] - 2660:10
**MDL-2179** [1] - 2630:4
**mean** [22] - 2640:1,
2643:5, 2643:13,
2658:8, 2660:17,
2712:3, 2722:12,
2724:23, 2725:7,
2727:24, 2727:25,
2729:15, 2733:4,
2738:1, 2738:3,
2738:4, 2742:23,
2747:20, 2747:21,
2755:14, 2756:13
**meaning** [4] - 2707:7,
2708:20, 2722:13,
2723:4, 2725:2,
2731:9, 2732:2,
2751:11
**means** [4] - 2702:2,
2703:3, 2712:4,
2712:5
**measure** [6] -
2646:10, 2646:15,
2649:2, 2676:25,
2677:4, 2678:18
**measured** [20] -
2648:21, 2655:3,
2656:9, 2659:9,
2659:12, 2659:16,
2660:25, 2661:2,
2663:20, 2667:12,
2667:21, 2671:1,
2671:3, 2671:4,
2671:5, 2672:2,
2679:4, 2699:8,
2699:11, 2739:22
**measurement** [11] -
2705:8, 2705:11,
2706:18, 2740:16,
2759:10, 2759:11,
2759:13, 2760:2,
2761:22
**measurements** [8] -
2648:19, 2649:15,
2659:20, 2705:8,
2706:16, 2740:12,
2761:23
**measuring** [2] -
2686:4, 2732:2
**MECHANICAL** [1] -
2635:23

**mechanisms** [4] - 2728:19, 2728:23, 2729:1, 2729:3

**mechanistic** [1] - 2707:7

**meeting** [33] - 2649:10, 2650:2, 2652:1, 2652:3, 2652:4, 2652:9, 2652:11, 2652:12, 2652:21, 2653:5, 2653:11, 2653:14, 2654:1, 2654:4, 2654:5, 2654:9, 2654:24, 2656:19, 2657:24, 2658:18, 2658:23, 2660:4, 2661:13, 2662:21, 2663:1, 2663:13, 2665:2, 2665:15, 2669:14, 2683:3, 2683:11, 2684:1, 2684:6

**meetings** [3] - 2660:5, 2684:7, 2684:8

**member** [2] - 2643:20, 2643:21

**members** [1] - 2662:25

**mentioned** [11] - 2650:2, 2651:25, 2656:15, 2666:22, 2679:13, 2680:9, 2714:12, 2721:25, 2726:16, 2735:8, 2744:18

**MERIT** [1] - 2635:18

**Merrill** [39] - 2637:11, 2641:12, 2642:13, 2642:20, 2642:24, 2643:17, 2644:7, 2644:13, 2647:19, 2656:24, 2657:16, 2657:19, 2659:12, 2659:23, 2660:3, 2660:12, 2662:15, 2665:9, 2666:19, 2668:22, 2669:12, 2670:17, 2671:17, 2673:4, 2674:10, 2674:21, 2675:13, 2675:22, 2676:19, 2677:12, 2678:2, 2679:20, 2680:20, 2682:4, 2682:10, 2684:23, 2696:7, 2699:2, 2699:15

**MERRILL** [2] - 2636:4, 2642:10

**methods** [3] -

2643:16, 2653:7, 2742:22

**MEXICO** [1] - 2630:5

**Mexico** [6] - 2647:5, 2652:15, 2653:15, 2683:5, 2715:1, 2736:9

**Michael** [6] - 2645:16, 2673:3, 2700:6, 2700:11, 2701:7, 2709:2

**MICHAEL** [4] - 2634:13, 2636:6, 2700:7, 2700:11

**Michigan** [1] - 2702:16

**microsips** [56] - 2648:9, 2648:14, 2649:19, 2650:5, 2650:14, 2650:16, 2652:20, 2656:13, 2657:2, 2659:11, 2659:13, 2660:9, 2660:15, 2661:1, 2663:6, 2663:14, 2663:18, 2663:23, 2664:18, 2665:2, 2665:4, 2667:13, 2668:11, 2668:17, 2669:5, 2669:13, 2670:1, 2670:24, 2671:14, 2672:2, 2672:19, 2674:4, 2674:19, 2674:25, 2675:1, 2675:11, 2675:21, 2676:2, 2688:10, 2688:14, 2689:14, 2691:3, 2691:9, 2692:6, 2692:25, 2695:8, 2696:17, 2697:4, 2697:7, 2697:16, 2697:24

**mid** [10] - 2644:6, 2645:3, 2660:14, 2660:22, 2667:14, 2667:15, 2701:25, 2711:6, 2717:17, 2719:16

**mid-case** [4] - 2660:14, 2660:22, 2667:14, 2667:15

**mid-May** [6] - 2644:6, 2645:3, 2701:25, 2711:6, 2717:17, 2719:16

**middle** [3] - 2660:15, 2661:14, 2724:14

**might** [21] - 2644:25, 2645:1, 2646:11,

2650:22, 2651:10, 2652:6, 2653:1, 2654:7, 2655:4, 2655:7, 2661:18, 2662:1, 2665:18, 2697:13, 2718:2, 2718:4, 2734:8, 2738:13, 2755:10, 2756:23, 2764:24

**Mike** [4] - 2674:2, 2674:14, 2675:14, 2675:15

**MILLER** [1] - 2634:6

**millidarcies** [5] - 2681:9, 2681:17, 2682:1, 2691:6, 2692:8

**millidarcy** [1] - 2679:17

**million** [3] - 2691:12, 2692:12, 2693:7

**minimum** [5] - 2753:11, 2754:11, 2754:12, 2760:18, 2762:6

**minus** [2] - 2648:9, 2756:25

**minutes** [5] - 2642:7, 2642:8, 2716:10, 2724:9, 2764:11

**miss** [1] - 2714:14

**MITCHELL** [1] - 2631:3

**mix** [1] - 2728:9

**ML** [1] - 2674:14

**mode** [1] - 2646:25

**model** [106] - 2647:22, 2648:1, 2653:4, 2662:12, 2662:13, 2667:9, 2667:12, 2669:19, 2677:20, 2679:6, 2679:13, 2681:20, 2693:8, 2693:11, 2693:14, 2693:24, 2697:23, 2705:24, 2706:22, 2707:8, 2707:9, 2707:18, 2726:1, 2729:2, 2729:7, 2733:18, 2734:1, 2734:2, 2734:3, 2734:10, 2734:11, 2734:16, 2734:17, 2734:22, 2734:23, 2734:24, 2735:9, 2735:10, 2735:11, 2736:2, 2736:3, 2736:6, 2736:10, 2736:11, 2736:23, 2737:13, 2739:24,

2740:23, 2741:8, 2741:10, 2741:16, 2741:22, 2742:6, 2742:14, 2742:17, 2742:20, 2745:23, 2746:1, 2746:8, 2746:12, 2746:18, 2746:19, 2747:5, 2748:3, 2748:17, 2749:15, 2754:2, 2754:23, 2755:2, 2755:3, 2755:6, 2755:10, 2755:14, 2756:6, 2756:9, 2756:16, 2756:23, 2756:25, 2757:5, 2757:6, 2758:15, 2758:16, 2758:17, 2758:18, 2758:22, 2758:23, 2758:24, 2759:3, 2759:6, 2759:8, 2759:9, 2759:14, 2759:16, 2759:17, 2759:23, 2760:9, 2760:10, 2762:24

**model-predicted** [1] - 2749:15

**modeled** [7] - 2662:5, 2664:21, 2670:10, 2754:4, 2759:20, 2761:13, 2761:17

**modeling** [30] - 2645:8, 2645:20, 2646:5, 2646:22, 2646:25, 2647:19, 2647:21, 2648:8, 2650:4, 2650:10, 2651:4, 2652:18, 2654:2, 2654:12, 2656:4, 2656:12, 2656:14, 2659:5, 2659:6, 2659:8, 2659:15, 2661:5, 2661:6, 2664:23, 2665:1, 2665:23, 2665:25, 2666:2, 2669:13, 2670:18, 2672:9, 2672:12, 2675:8, 2675:16, 2675:20, 2675:25, 2676:21, 2677:7, 2678:8, 2681:15, 2683:1, 2684:24, 2688:1, 2697:21, 2698:5, 2699:2, 2703:6, 2707:13, 2708:11, 2709:3, 2735:21, 2738:2, 2738:3, 2744:2, 2744:22, 2755:17,

2757:13, 2757:19, 2762:24

**models** [26] - 2649:14, 2650:6, 2695:10, 2695:14, 2696:13, 2697:14, 2699:16, 2703:3, 2703:10, 2703:21, 2703:22, 2704:13, 2704:15, 2705:10, 2707:6, 2707:7, 2707:10, 2708:4, 2708:7, 2710:17, 2734:7, 2734:10, 2736:15, 2737:17, 2742:14, 2743:5

**modern** [1] - 2691:23

**module** [1] - 2741:3

**Momber** [3] - 2764:19, 2764:23, 2765:1

**moment** [1] - 2730:15

**monitoring** [2] - 2731:6, 2732:6

**MONTGOMERY** [1] - 2631:23

**months** [3] - 2710:20, 2747:17, 2763:20

**moot** [1] - 2642:4

**MORGAN** [2] - 2631:17

**MORNING** [1] - 2630:14

**morning** [16] - 2637:7, 2637:10, 2638:12, 2642:20, 2642:21, 2644:16, 2682:5, 2682:10, 2682:12, 2682:14, 2684:9, 2684:16, 2700:5, 2764:13, 2764:18, 2764:24

**Most** [1] - 2663:8

**most** [22] - 2644:22, 2645:12, 2660:8, 2660:17, 2660:18, 2660:21, 2660:23, 2663:14, 2663:16, 2664:22, 2671:2, 2671:4, 2698:9, 2699:4, 2706:9, 2706:10, 2726:25, 2728:17, 2729:6, 2735:17, 2735:18, 2761:19

**mostly** [3] - 2650:21, 2721:23, 2721:24

**motion** [42] - 2700:18, 2700:24, 2716:3, 2716:9, 2716:10, 2727:6, 2727:8,

2727:22, 2730:6,
2730:9, 2730:11,
2730:12, 2730:13,
2730:17, 2731:9,
2731:21, 2732:6,
2732:7, 2732:10,
2732:12, 2732:15,
2732:20, 2732:23,
2733:3, 2733:6,
2733:8, 2735:3,
2737:10, 2737:12,
2739:12, 2739:15,
2739:23, 2740:21,
2740:25, 2745:10,
2745:14, 2750:6,
2750:14, 2756:16,
2763:8, 2763:9
**Motion** [1] - 2731:4
**move** [8] - 2658:14,
2687:15, 2691:17,
2723:22, 2728:10,
2729:22, 2741:1,
2753:24
**moved** [2] - 2707:20,
2707:23
**movement** [3] -
2739:22, 2740:18,
2740:20
**moves** [3] - 2715:23,
2728:11, 2736:24
**moving** [15] - 2687:21,
2710:15, 2715:22,
2716:23, 2717:1,
2727:1, 2727:11,
2727:19, 2729:14,
2729:21, 2740:3,
2740:23, 2748:21,
2751:4, 2756:9
**MR** [157] - 2633:15,
2637:10, 2637:15,
2637:20, 2638:15,
2639:12, 2639:21,
2640:11, 2640:22,
2641:1, 2641:6,
2641:11, 2642:15,
2642:19, 2649:3,
2649:6, 2649:9,
2657:11, 2657:13,
2658:1, 2658:3,
2658:11, 2658:16,
2658:21, 2658:25,
2676:4, 2676:7,
2676:9, 2676:18,
2680:12, 2680:13,
2680:17, 2681:10,
2681:13, 2682:4,
2682:5, 2682:9,
2685:1, 2685:3,
2687:20, 2696:2,
2696:4, 2696:6,

2698:13, 2698:15,
2698:18, 2698:20,
2699:1, 2699:13,
2699:14, 2699:21,
2699:25, 2700:5,
2700:14, 2700:19,
2700:25, 2701:1,
2701:4, 2701:19,
2701:20, 2702:10,
2702:11, 2705:12,
2705:14, 2709:1,
2709:6, 2709:12,
2709:13, 2709:17,
2709:22, 2709:24,
2709:25, 2710:23,
2710:24, 2711:19,
2711:20, 2713:4,
2713:6, 2714:2,
2714:19, 2714:22,
2716:14, 2716:15,
2717:3, 2717:4,
2719:25, 2720:1,
2721:9, 2721:12,
2721:13, 2722:2,
2722:3, 2723:16,
2723:17, 2725:8,
2725:9, 2727:4,
2727:12, 2727:13,
2730:1, 2730:2,
2730:19, 2730:23,
2730:24, 2731:2,
2731:17, 2731:18,
2733:24, 2733:25,
2735:6, 2735:7,
2736:4, 2736:5,
2738:11, 2738:12,
2739:13, 2739:14,
2742:9, 2742:10,
2745:1, 2745:3,
2745:12, 2745:13,
2745:17, 2746:15,
2746:17, 2749:5,
2749:22, 2749:23,
2752:17, 2752:18,
2753:18, 2753:19,
2754:5, 2754:6,
2757:2, 2757:3,
2757:15, 2757:16,
2758:1, 2758:2,
2758:13, 2758:14,
2758:25, 2759:1,
2760:5, 2760:6,
2762:4, 2762:5,
2762:21, 2762:22,
2763:7, 2763:13,
2763:14, 2764:7,
2764:16, 2765:4
**MS** [5] - 2631:19,
2640:13, 2640:19,
2641:13, 2641:22
**MSI** [1] - 2703:23

**mud** [2] - 2672:24,
2673:1
**multi** [1] - 2704:6
**multi-phase** [1] -
2704:6
**multiphase** [36] -
2701:12, 2704:13,
2704:25, 2705:2,
2705:4, 2705:15,
2705:22, 2705:24,
2706:4, 2706:13,
2706:14, 2706:21,
2706:22, 2707:17,
2707:18, 2708:3,
2708:7, 2708:9,
2708:12, 2709:3,
2711:21, 2711:23,
2712:1, 2736:10,
2740:19, 2740:23,
2740:24, 2742:7,
2742:17, 2744:13,
2755:15, 2755:16,
2755:17, 2755:19,
2756:5, 2756:21
**Multiphase** [4] -
2702:23, 2702:25,
2703:5, 2703:12
**multiple** [4] - 2695:24,
2710:16, 2726:24,
2747:23
**multiples** [1] - 2659:9
**MUNGER** [1] -
2634:13

## N

**N.W** [1] - 2633:20
**name** [7] - 2642:12,
2642:13, 2682:5,
2682:10, 2700:10,
2700:15, 2701:7
**name's** [1] - 2700:11
**named** [2] - 2671:6,
2687:25
**Nat** [2] - 2682:6,
2682:10
**NATHANIEL** [1] -
2632:21
**natural** [1] - 2751:24
**NATURAL** [1] -
2632:18
**nature** [2] - 2646:2,
2725:1
**nearby** [2] - 2653:12,
2653:15
**nearly** [1] - 2706:25
**necessary** [2] -
2738:1, 2743:24
**need** [15] - 2645:25,
2666:24, 2667:1,

2676:21, 2679:4,
2706:12, 2736:11,
2736:12, 2737:3,
2737:17, 2737:21,
2737:23, 2738:8,
2764:14
**needed** [4] - 2670:6,
2707:21, 2736:23,
2740:6
**Nesic** [3] - 2764:20,
2764:22, 2764:24
**net** [1] - 2646:2
**never** [5] - 2649:11,
2679:3, 2686:25,
2724:24, 2749:19
**new** [3] - 2638:6,
2660:8, 2673:6
**NEW** [9] - 2630:5,
2630:20, 2631:8,
2631:12, 2632:10,
2633:7, 2634:7,
2635:10, 2635:19
**next** [12] - 2638:17,
2650:3, 2663:3,
2700:6, 2704:3,
2743:7, 2746:10,
2746:14, 2749:13,
2752:5, 2764:25,
2765:1
**night** [1] - 2638:8
**NO** [3] - 2630:4,
2630:7, 2630:10
**no-kink** [1] - 2734:10,
2734:11, 2734:21,
2734:23, 2734:24,
2735:8, 2736:6,
2746:8, 2748:3,
2758:16, 2758:17,
2758:18, 2758:23,
2759:23
**nobody** [2] - 2640:25,
2681:1
**nomenclature** [1] -
2673:16
**noncircular** [2] -
2742:24, 2744:5
**NONJURY** [1] -
2630:14
**nonmoving** [2] -
2738:19, 2756:14
**nonprivileged** [1] -
2644:14
**noon** [2] - 2641:24,
2641:25
**normally** [2] -
2713:20, 2722:12
**NORTH** [1] - 2632:5
**notation** [1] - 2648:12
**note** [9] - 2675:14,
2692:20, 2732:1,

2732:8, 2732:11,
2748:14, 2751:14,
2754:22, 2760:7
**noted** [1] - 2710:9
**nothing** [4] - 2655:22,
2656:3, 2667:19,
2751:24
**noting** [1] - 2739:25
**number** [47] -
2645:14, 2648:4,
2648:7, 2649:21,
2650:10, 2652:12,
2652:14, 2656:6,
2659:12, 2660:6,
2660:23, 2661:10,
2662:16, 2663:6,
2663:13, 2664:19,
2667:13, 2670:21,
2670:22, 2671:23,
2672:5, 2672:16,
2674:23, 2675:10,
2675:19, 2677:7,
2680:2, 2680:11,
2683:4, 2683:20,
2685:18, 2687:4,
2690:23, 2691:7,
2691:8, 2695:9,
2697:9, 2697:16,
2698:6, 2699:3,
2699:8, 2699:20,
2708:13, 2754:25,
2760:22, 2761:3
**numbers** [23] -
2649:15, 2654:15,
2655:5, 2656:6,
2659:6, 2659:8,
2661:17, 2671:24,
2677:15, 2677:17,
2678:7, 2680:5,
2680:19, 2680:25,
2681:15, 2681:18,
2687:10, 2687:12,
2687:13, 2696:13,
2749:10, 2762:25
**numerous** [4] -
2694:11, 2703:10,
2744:11, 2746:19
**NW** [2] - 2633:23,
2635:14
**NY** [1] - 2631:8

## O

**O'CONNOR** [1] -
2633:19
**O'KEEFE** [1] -
2630:20
**O'ROURKE** [1] -
2632:20
**object** [9] - 2638:22,

2640:7, 2640:14,
2640:17, 2649:3,
2657:11, 2676:8,
2699:21, 2745:1
**objected** [2] -
2639:11, 2640:25
**objecting** [1] -
2680:13
**objection** [20] -
2637:18, 2638:20,
2638:25, 2640:1,
2640:3, 2640:4,
2641:19, 2649:8,
2658:1, 2658:14,
2658:24, 2676:17,
2680:14, 2680:16,
2698:13, 2699:6,
2700:22, 2745:14,
2763:8, 2763:12
**objections** [8] -
2637:16, 2639:2,
2639:13, 2639:16,
2639:18, 2640:5,
2640:15, 2641:18
**observe** [6] - 2725:20,
2726:3, 2726:7,
2732:20, 2732:23,
2750:18
**observed** [29] -
2649:24, 2650:22,
2653:12, 2665:14,
2670:3, 2718:25,
2721:7, 2722:9,
2724:17, 2726:10,
2728:24, 2729:10,
2730:12, 2731:11,
2731:16, 2734:14,
2735:15, 2735:19,
2737:12, 2739:22,
2747:1, 2747:2,
2747:4, 2747:5,
2748:4, 2749:15,
2749:20, 2751:21,
2764:4
**observing** [3] -
2668:24, 2670:5,
2691:15
**obtained** [1] - 2702:21
**obvious** [1] - 2730:5
**obviously** [4] -
2710:25, 2714:3,
2736:6, 2747:22
**occasion** [2] -
2643:10, 2671:10
**occur** [8] - 2651:22,
2664:17, 2706:18,
2708:23, 2712:24,
2718:17, 2718:19,
2718:21
**occurred** [3] -

2710:13, 2717:17,
2719:15
**occurring** [4] -
2706:20, 2719:3,
2719:8, 2723:12
**occurs** [4] - 2708:20,
2712:23, 2714:7,
2714:8
**OCTOBER** [2] -
2630:5, 2637:2
**odd** [1] - 2742:20
**odd-shaped** [1] -
2742:20
**OF** [10] - 2630:1,
2630:5, 2630:8,
2630:10, 2630:14,
2632:3, 2632:4,
2632:13, 2632:17
**off-the-shelf** [1] -
2741:5
**offer** [3] - 2639:6,
2640:6, 2709:17
**offered** [2] - 2640:18,
2658:6
**offering** [1] - 2639:6
**OFFICE** [4] - 2630:24,
2631:21, 2632:6,
2632:15
**OFFICIAL** [1] -
2635:17
**offset** [1] - 2737:24
**offshore** [1] - 2707:20
**OFFSHORE** [1] -
2634:4
**often** [2] - 2703:25,
2740:13
**OIL** [2] - 2630:4,
2630:4
**oil** [63] - 2650:21,
2662:13, 2664:15,
2667:13, 2677:1,
2677:20, 2679:5,
2679:7, 2679:19,
2679:24, 2681:23,
2691:11, 2691:18,
2692:10, 2693:6,
2702:20, 2702:22,
2705:5, 2706:15,
2707:19, 2708:15,
2712:14, 2713:18,
2714:8, 2714:9,
2719:11, 2720:5,
2720:16, 2720:18,
2720:21, 2721:5,
2721:11, 2721:19,
2721:20, 2721:23,
2721:24, 2722:13,
2722:14, 2722:18,
2722:19, 2723:23,
2724:1, 2724:5,

2724:6, 2724:11,
2724:15, 2725:12,
2725:13, 2725:16,
2726:20, 2728:7,
2728:9, 2728:12,
2731:12, 2731:13,
2732:4, 2734:5,
2748:20, 2763:2
**Oil** [1] - 2704:4
**oil's** [1] - 2728:8
**oil-dominant** [7] -
2719:11, 2720:5,
2720:16, 2720:18,
2724:1, 2724:11,
2724:15
**OLGA** [19] - 2704:6,
2704:24, 2705:17,
2705:19, 2705:24,
2706:1, 2706:22,
2707:13, 2707:17,
2708:14, 2710:18,
2740:22, 2755:25,
2756:8, 2756:10,
2756:11, 2756:20
**OLSON** [1] - 2634:13
**ON** [1] - 2630:5
**once** [11] - 2674:12,
2710:16, 2715:2,
2721:3, 2723:21,
2727:20, 2728:8,
2728:11, 2728:13,
2746:18, 2759:8
**one** [52] - 2643:18,
2643:19, 2645:24,
2646:2, 2647:10,
2649:10, 2651:12,
2653:4, 2660:6,
2661:12, 2662:20,
2667:3, 2673:21,
2675:12, 2676:6,
2683:7, 2684:13,
2685:1, 2688:2,
2690:12, 2704:17,
2706:10, 2706:18,
2707:4, 2709:21,
2709:22, 2715:4,
2716:18, 2718:8,
2718:15, 2718:23,
2719:14, 2720:20,
2720:24, 2725:16,
2727:1, 2729:13,
2730:15, 2730:21,
2730:25, 2736:15,
2736:16, 2738:13,
2739:25, 2741:8,
2744:18, 2750:25,
2751:15, 2753:13,
2755:25, 2761:20,
2764:16

**ONE** [1] - 2633:5
**ones** [2] - 2639:16,
2685:23
**onshore** [1] - 2707:20
**opening** [2] - 2637:8,
2763:4
**operate** [1] - 2708:24
**operator** [1] - 2708:23
**operators** [1] -
2704:22
**opinion** [3] - 2698:18,
2726:12, 2733:15
**opinions** [9] - 2702:5,
2702:8, 2709:9,
2709:10, 2711:1,
2714:17, 2745:4,
2745:9, 2745:14
**opposed** [3] - 2707:8,
2740:22, 2760:18
**orange** [5] - 2739:23,
2740:4, 2740:5,
2740:8, 2740:10
**ORDER** [1] - 2637:4
**order** [24] - 2646:4,
2650:8, 2670:3,
2710:3, 2710:6,
2710:12, 2719:7,
2719:19, 2734:8,
2735:15, 2735:19,
2735:25, 2736:8,
2736:10, 2736:23,
2740:6, 2740:19,
2741:10, 2742:22,
2743:24, 2744:5,
2747:10, 2747:25,
2751:18
**organizational** [1] -
2643:6
**orient** [1] - 2712:2
**orientations** [1] -
2712:9
**original** [4] - 2691:11,
2692:10, 2693:6,
2734:17
**originally** [3] -
2637:25, 2648:5,
2679:13
**ORLEANS** [8] -
2630:5, 2630:20,
2631:12, 2632:10,
2633:7, 2634:7,
2635:10, 2635:19
**oscillatory** [1] -
2733:6
**otherwise** [3] -
2646:21, 2676:12,
2698:24
**out-of-court** [1] -
2658:22
**outer** [4] - 2737:21,

2741:23, 2742:3,
2753:23
**outlet** [1] - 2758:22
**outs** [1] - 2641:16
**outside** [5] - 2643:24,
2651:20, 2717:12,
2737:18, 2744:9
**overheard** [1] -
2687:13
**overnight** [1] -
2669:15
**overrule** [4] - 2649:7,
2658:24, 2700:23,
2745:16
**oversee** [1] - 2643:3
**overview** [2] -
2701:21, 2702:13
**own** [6] - 2675:8,
2697:21, 2704:20,
2719:8, 2744:2

---

**P**

**p.m** [1] - 2669:14
**P.O** [1] - 2632:24
**pace** [1] - 2716:9
**package** [1] - 2646:3
**packages** [2] -
2744:13, 2756:2
**page** [11] - 2659:25,
2660:7, 2684:1,
2684:4, 2684:22,
2685:1, 2686:11,
2691:25, 2692:14,
2694:6, 2709:14
**palatable** [1] -
2724:10
**PAPANTONIO** [1] -
2631:3
**parallel** [1] - 2697:10
**parameter** [7] -
2676:19, 2746:20,
2747:13, 2747:15,
2751:10, 2753:5,
2753:12
**parameters** [20] -
2660:21, 2670:15,
2689:8, 2689:10,
2692:2, 2692:12,
2692:15, 2692:18,
2693:10, 2693:17,
2693:21, 2694:20,
2695:7, 2696:18,
2751:11, 2752:6,
2752:10, 2752:14,
2752:16, 2754:24
**part** [16] - 2643:8,
2651:7, 2654:14,
2658:11, 2663:10,
2680:20, 2717:23,

2719:2, 2725:25,
2729:4, 2731:19,
2741:12, 2741:13,
2753:15, 2753:16,
2753:21

**particular** [27] -
2649:18, 2650:17,
2651:18, 2666:6,
2669:6, 2672:1,
2702:12, 2702:19,
2705:15, 2706:11,
2707:14, 2707:20,
2713:7, 2720:2,
2721:14, 2722:17,
2723:11, 2729:9,
2733:16, 2737:11,
2741:6, 2744:11,
2748:9, 2750:11,
2755:23, 2757:24,
2759:8

**particularly** [3] -
2671:9, 2711:9,
2723:8

**partners** [3] - 2643:11,
2643:12, 2643:13

**partnerships** [1] -
2643:14

**passionate** [1] -
2683:15

**past** [1] - 2649:14

**pastor** [1] - 2643:25

**pattern** [26] - 2701:25,
2702:1, 2717:16,
2719:11, 2720:18,
2721:7, 2721:8,
2722:19, 2723:9,
2723:10, 2723:12,
2723:14, 2723:15,
2724:9, 2724:13,
2724:20, 2724:23,
2724:25, 2725:12,
2725:13, 2726:10,
2731:23, 2734:14,
2746:23, 2764:5

**patterned** [5] -
2711:10, 2722:18,
2733:10, 2733:18,
2736:1

**patterns** [6] - 2711:23,
2712:9, 2724:17,
2726:3, 2726:6,
2726:7

**PAUL** [1] - 2633:10

**Paul** [10] - 2645:11,
2652:13, 2671:6,
2671:8, 2671:20,
2683:3, 2692:15,
2692:20, 2693:10,
2693:15

**Paul's** [2] - 2693:8

**peak** [23] - 2724:14,
2725:5, 2725:6,
2725:10, 2725:15,
2725:17, 2725:18,
2725:20, 2725:22,
2725:24, 2728:1,
2750:11, 2750:12,
2750:19, 2751:17,
2751:18, 2751:21,
2751:22, 2752:1,
2752:2, 2753:7,
2753:8

**pending** [1] - 2700:17

**PENNSYLVANIA** [1] -
2633:23

**PENSACOLA** [1] -
2631:5

**people** [7] - 2643:7,
2645:13, 2645:14,
2645:15, 2652:13,
2688:2, 2742:16

**per** [31] - 2662:8,
2690:17, 2691:2,
2691:9, 2692:4,
2693:3, 2711:17,
2711:18, 2725:16,
2733:21, 2733:23,
2735:24, 2735:25,
2746:21, 2746:22,
2750:17, 2750:24,
2751:2, 2751:8,
2753:6, 2754:21,
2757:10, 2760:16,
2762:11, 2762:12,
2762:15, 2762:18,
2763:2, 2763:17,
2763:23, 2764:1

**perceive** [1] - 2716:8

**percent** [5] - 2679:18,
2680:2, 2681:23,
2756:25, 2757:1

**perceptible** [1] -
2716:12

**perform** [6] - 2645:25,
2685:11, 2688:4,
2719:7, 2743:22,
2752:13

**performed** [10] -
2669:1, 2684:24,
2687:1, 2710:3,
2710:19, 2746:7,
2753:14, 2753:16,
2763:19, 2763:20

**performing** [2] -
2708:11, 2760:9

**perhaps** [1] - 2742:12

**perimeter** [3] -
2743:17, 2743:19,
2743:22

**period** [53] - 2667:5,

2670:18, 2676:2,
2682:14, 2687:15,
2693:4, 2702:4,
2703:2, 2703:10,
2711:15, 2715:7,
2717:13, 2719:19,
2719:20, 2719:22,
2722:10, 2723:9,
2725:11, 2725:12,
2725:16, 2729:24,
2729:25, 2731:9,
2731:12, 2731:22,
2731:24, 2732:2,
2732:3, 2732:6,
2732:9, 2732:12,
2732:15, 2733:9,
2733:22, 2734:9,
2748:5, 2748:18,
2748:19, 2749:6,
2750:10, 2751:25,
2757:24, 2760:11,
2760:15, 2761:4,
2761:8, 2761:22,
2761:23, 2762:7,
2762:14, 2762:19,
2763:17, 2764:1

**periods** [5] - 2722:13,
2729:22, 2731:21,
2732:7, 2732:18

**perm** [5] - 2677:20,
2678:21, 2678:24

**permeabilities** [3] -
2679:9, 2681:8,
2681:14

**permeability** [44] -
2646:1, 2646:2,
2667:1, 2676:20,
2676:22, 2676:24,
2676:25, 2677:7,
2677:18, 2677:19,
2677:20, 2678:7,
2678:10, 2678:11,
2678:14, 2678:18,
2678:25, 2679:3,
2679:4, 2679:5,
2679:7, 2679:11,
2679:12, 2679:17,
2679:19, 2679:24,
2679:25, 2680:7,
2680:10, 2680:11,
2680:19, 2681:3,
2681:5, 2681:16,
2681:20, 2681:23,
2682:1, 2682:2,
2691:6, 2692:8,
2693:18

**permitted** [1] - 2639:9

**person** [4] - 2647:8,
2665:12, 2687:25

**personnel** [1] -

2704:11

**pertaining** [2] -
2638:14, 2700:21

**PETITION** [1] - 2630:8

**PETOSA** [1] - 2631:18

**PETROLEUM** [1] -
2635:7

**Petroleum** [2] -
2643:15, 2643:21

**Ph.D** [2] - 2702:17,
2702:21

**phase** [2] - 2704:6,
2742:17

**phenomena** [4] -
2705:22, 2711:12,
2714:16, 2727:3

**phenomenon** [1] -
2707:15

**phone** [3] - 2671:22,
2671:23, 2671:25

**phrase** [2] - 2696:7,
2713:1

**physical** [2] - 2667:8,
2723:3

**physically** [1] -
2722:11

**physics** [6] - 2707:8,
2707:12, 2707:14,
2725:1, 2734:5,
2755:17

**physics-based** [1] -
2707:12

**pick** [3] - 2746:24,
2746:25, 2747:1

**piece** [5] - 2706:11,
2727:1, 2727:18,
2729:19, 2729:20

**pipe** [31] - 2712:5,
2712:9, 2712:13,
2712:19, 2712:24,
2713:3, 2737:20,
2737:21, 2737:22,
2737:23, 2741:1,
2741:23, 2741:24,
2742:4, 2742:6,
2742:15, 2742:25,
2743:14, 2743:15,
2743:19, 2744:17,
2752:15, 2752:22,
2753:20, 2753:25,
2754:1, 2754:10,
2762:24, 2762:25

**Pipe** [1] - 2752:20

**pipe-like** [2] -
2742:25, 2743:15

**pipeline** [1] - 2706:25

**pipelines** [12] -
2701:16, 2703:7,
2705:6, 2705:25,
2706:5, 2706:23,

2706:25, 2707:18,
2708:16, 2708:18,
2709:4, 2714:6

**pipes** [12] - 2703:6,
2705:25, 2706:5,
2707:18, 2708:16,
2709:4, 2711:23,
2714:6, 2714:25,
2742:5, 2742:20,
2743:20

**place** [4] - 2667:13,
2691:11, 2692:10,
2693:6

**PLAINTIFFS** [1] -
2630:19

**planning** [5] - 2645:4,
2648:6, 2650:22,
2679:14, 2683:23

**play** [7] - 2713:15,
2729:21, 2730:18,
2748:7, 2748:9,
2749:3, 2757:19

**playback** [1] - 2716:7

**Played** [1] - 2749:4

**played** [4] - 2656:21,
2714:1, 2721:1,
2730:10

**playing** [1] - 2715:21

**PLC** [1] - 2633:4

**plot** [8] - 2665:21,
2666:21, 2666:22,
2666:24, 2667:3,
2668:7, 2673:8,
2673:17

**plots** [4] - 2673:13,
2673:21, 2673:23,
2675:16

**Plume** [1] - 2722:24

**plume** [17] - 2716:1,
2716:22, 2717:21,
2718:7, 2720:10,
2720:13, 2722:14,
2724:18, 2730:10,
2730:17, 2732:13,
2732:14, 2749:7,
2749:11, 2749:13,
2753:23

**plus** [1] - 2756:25

**pocket** [3] - 2713:13,
2713:19, 2713:20

**point** [23] - 2639:6,
2640:24, 2644:8,
2651:3, 2651:9,
2652:5, 2661:7,
2667:4, 2667:25,
2669:11, 2685:10,
2687:16, 2695:8,
2717:2, 2729:7,
2729:9, 2729:14,
2731:3, 2732:8,

2732:11, 2755:9
**points** [3] - 2668:9,
2705:11, 2706:20
**POLK** [1] - 2635:8
**porosity** [2] - 2646:2,
2678:11
**portion** [7] - 2647:18,
2652:8, 2665:13,
2673:6, 2710:15,
2727:11, 2739:10
**portions** [1] - 2674:15
**position** [17] -
2643:23, 2715:8,
2715:9, 2727:23,
2727:24, 2728:1,
2728:2, 2736:13,
2737:5, 2737:7,
2737:16, 2738:17,
2738:19, 2741:14,
2753:22
**positions** [1] -
2643:24
**possibilities** [2] -
2655:12, 2666:6
**possibility** [4] -
2653:5, 2655:3,
2659:2, 2760:22
**possible** [8] -
2650:23, 2664:10,
2711:17, 2735:16,
2752:3, 2753:11,
2757:8, 2762:10
**POST** [3] - 2630:24,
2632:6, 2632:15
**potential** [1] - 2728:19
**potentially** [4] -
2705:5, 2728:23,
2758:7, 2761:7
**pounds** [1] - 2670:7
**POYDRAS** [4] -
2633:6, 2634:7,
2635:10, 2635:18
**practices** [1] -
2703:17
**pre** [2] - 2668:20,
2669:25
**pre-shut-in** [2] -
2668:20, 2669:25
**precautions** [1] -
2648:20
**predict** [9] - 2645:8,
2645:19, 2648:1,
2650:11, 2651:4,
2651:10, 2672:13,
2672:17, 2722:12
**predicted** [3] - 2651:8,
2698:5, 2749:15
**predicting** [3] -
2646:7, 2649:19,
2672:9

**predictions** [5] -
2646:4, 2666:13,
2672:24, 2708:7,
2748:18
**predominantly** [1] -
2720:10
**preliminary** [2] -
2637:12, 2641:23
**prepare** [3] - 2672:24,
2713:5, 2723:18
**prepared** [7] -
2647:22, 2660:4,
2669:14, 2673:23,
2691:10, 2709:7,
2709:15
**PRESCOTT** [1] -
2634:21
**presence** [4] -
2652:25, 2679:5,
2718:8, 2719:24
**present** [30] - 2659:18,
2673:18, 2694:7,
2701:25, 2702:1,
2708:25, 2711:6,
2711:7, 2717:20,
2724:3, 2725:18,
2725:22, 2726:6,
2727:7, 2736:21,
2750:7, 2750:19,
2753:8, 2753:9,
2757:23, 2758:6,
2758:12, 2758:23,
2759:10, 2761:4,
2761:6, 2761:7,
2761:8
**presentation** [22] -
2652:8, 2660:7,
2662:16, 2662:19,
2662:20, 2662:23,
2663:10, 2663:22,
2663:24, 2665:7,
2665:12, 2665:13,
2668:14, 2668:23,
2669:21, 2674:3,
2674:12, 2682:25,
2683:25, 2684:20,
2686:8, 2686:14
**presentations** [5] -
2662:17, 2665:2,
2665:3, 2668:10,
2669:4
**presented** [5] -
2652:19, 2674:1,
2674:5, 2686:11,
2689:24
**presenting** [5] -
2663:22, 2665:11,
2665:12, 2685:16,
2760:23
**president** [1] - 2701:7

**pressure** [113] -
2645:8, 2645:15,
2645:17, 2645:19,
2646:4, 2646:6,
2646:16, 2646:19,
2646:21, 2650:1,
2650:11, 2651:4,
2651:10, 2651:23,
2654:3, 2654:5,
2654:17, 2655:9,
2655:10, 2655:14,
2655:23, 2655:25,
2656:2, 2659:3,
2661:18, 2664:1,
2664:6, 2664:7,
2664:13, 2665:14,
2665:20, 2665:23,
2666:9, 2666:16,
2667:3, 2667:6,
2667:20, 2668:2,
2668:4, 2668:9,
2668:24, 2669:21,
2669:22, 2670:7,
2670:12, 2672:9,
2672:13, 2672:17,
2672:23, 2673:8,
2675:25, 2677:5,
2683:18, 2684:13,
2686:6, 2688:2,
2688:9, 2689:21,
2690:4, 2690:7,
2690:9, 2691:13,
2691:16, 2691:21,
2691:23, 2692:11,
2692:16, 2693:6,
2693:9, 2693:11,
2693:12, 2693:22,
2693:23, 2693:24,
2694:1, 2694:3,
2694:4, 2694:5,
2694:23, 2695:2,
2695:4, 2695:21,
2712:6, 2735:4,
2735:5, 2736:22,
2737:1, 2737:4,
2743:1, 2743:3,
2743:6, 2743:25,
2745:25, 2758:21,
2758:22, 2759:5,
2759:6, 2759:7,
2759:24, 2759:25,
2760:1, 2760:3,
2760:4, 2761:16,
2761:18, 2761:23
**pressures** [20] -
2644:23, 2644:24,
2645:1, 2646:12,
2648:1, 2649:20,
2650:22, 2652:6,
2653:1, 2654:7,
2655:7, 2660:5,

2664:10, 2666:6,
2673:1, 2683:24,
2685:6, 2687:17,
2688:17, 2698:5
**preventer** [1] - 2715:1
**previous** [4] -
2664:23, 2674:12,
2713:11, 2748:10
**previously** [4] -
2664:21, 2670:10,
2697:12, 2708:14
**priest** [1] - 2643:25
**primary** [3] - 2704:17,
2730:6, 2743:5
**principal** [2] - 2652:5,
2695:13
**principle** [1] - 2707:7
**privileged** [3] -
2644:11, 2644:17,
2670:22
**problem** [10] -
2640:23, 2703:8,
2703:9, 2703:11,
2707:8, 2707:22,
2707:23, 2708:19,
2708:20
**problems** [1] -
2706:17
**proceed** [2] - 2642:16,
2701:2
**proceedings** [1] -
2765:8
**Proceedings** [1] -
2700:3
**PROCEEDINGS** [3] -
2630:14, 2635:23,
2637:1
**process** [10] -
2676:10, 2704:16,
2706:7, 2706:8,
2710:10, 2710:14,
2722:11, 2727:14,
2750:2, 2754:16
**PROCTOR** [1] -
2631:3
**produce** [1] - 2654:20
**PRODUCED** [1] -
2635:23
**produced** [1] -
2717:24
**producing** [2] -
2652:14, 2705:21
**PRODUCTION** [3] -
2630:11, 2633:3,
2633:4
**production** [2] -
2707:20, 2714:8
**professional** [2] -
2643:20, 2643:22
**profile** [1] - 2738:16

**program** [7] - 2693:9,
2693:16, 2693:17,
2693:22, 2693:25,
2694:1, 2694:5
**projection** [1] -
2727:17
**projects** [1] - 2708:10
**properly** [1] - 2643:7
**properties** [13] -
2645:25, 2646:3,
2654:23, 2667:2,
2667:8, 2712:7,
2736:12, 2736:17,
2736:19, 2736:20,
2737:22, 2741:14,
2746:9
**provide** [18] - 2644:9,
2653:6, 2656:10,
2659:4, 2659:19,
2667:8, 2687:23,
2689:8, 2701:10,
2702:12, 2704:21,
2704:22, 2710:2,
2710:21, 2711:1,
2714:24, 2734:18,
2745:13
**provided** [4] -
2648:16, 2667:14,
2675:9, 2677:8
**provides** [1] - 2714:12
**providing** [2] -
2666:10, 2667:20
**psi** [1] - 2648:10
**PTM** [4] - 2759:11,
2759:12, 2760:2,
2761:22
**pull** [41] - 2646:18,
2686:13, 2689:18,
2701:19, 2702:10,
2705:12, 2709:12,
2709:24, 2710:23,
2711:19, 2713:4,
2714:19, 2716:14,
2716:18, 2717:3,
2717:22, 2718:13,
2719:25, 2721:12,
2722:1, 2722:20,
2730:20, 2730:22,
2733:24, 2734:22,
2735:6, 2736:4,
2738:11, 2741:21,
2742:9, 2746:15,
2748:7, 2749:22,
2752:17, 2753:18,
2754:5, 2757:15,
2758:1, 2758:25,
2762:4, 2762:21
**pulling** [1] - 2641:3
**purpose** [7] - 2639:5,
2648:5, 2652:3,

2652:4, 2654:4,
2654:11, 2743:5
**purposely** [1] -
2647:25
**purposes** [6] - 2648:4,
2655:6, 2666:2,
2683:18, 2683:23,
2695:19
**pushes** [1] - 2646:15
**put** [17] - 2641:25,
2647:25, 2648:5,
2654:20, 2658:3,
2660:17, 2698:9,
2698:15, 2698:24,
2699:3, 2699:16,
2699:19, 2740:6,
2741:7, 2751:12,
2764:24
**putting** [1] - 2660:17
**PVT** [1] - 2736:19

## Q

**qualifications** [1] -
2701:9
**qualify** [1] - 2752:2
**qualifying** [4] -
2749:24, 2750:3,
2750:23, 2751:18
**quality** [2] - 2683:8,
2741:9
**quantitative** [2] -
2667:6, 2670:13
**questions** [16] -
2644:5, 2644:8,
2644:15, 2644:16,
2689:16, 2689:19,
2696:2, 2696:4,
2701:22, 2702:5,
2710:4, 2710:6,
2711:2, 2718:14,
2718:23, 2764:8
**quickly** [3] - 2638:17,
2664:14, 2736:15
**quite** [7] - 2683:15,
2693:20, 2704:15,
2706:7, 2708:17,
2719:9, 2719:17
**quotation** [1] -
2660:18
**quote** [2] - 2660:8
**quotes** [1] - 2663:16

## R

**Rachel** [1] - 2641:13
**radio** [1] - 2667:11
**RAFFERTY** [1] -
2631:3
**raise** [1] - 2653:23

**raised** [3] - 2653:5,
2653:11, 2683:7
**raising** [2] - 2638:11,
2676:13
**ran** [10] - 2662:12,
2669:7, 2675:6,
2689:24, 2741:17,
2746:19, 2747:13,
2747:14, 2752:6,
2753:3
**random** [4] - 2711:11,
2722:13, 2722:16,
2746:24
**range** [21] - 2659:8,
2666:5, 2668:25,
2669:2, 2681:14,
2681:25, 2708:21,
2711:17, 2719:23,
2746:24, 2746:25,
2747:1, 2750:15,
2750:23, 2751:15,
2751:18, 2752:3,
2753:10, 2757:8,
2758:3, 2762:10
**ranges** [3] - 2718:21,
2735:22, 2750:22
**rare** [1] - 2724:24
**rate** [99] - 2644:24,
2652:25, 2654:18,
2655:15, 2660:13,
2662:8, 2662:9,
2662:11, 2662:12,
2664:2, 2666:25,
2667:7, 2667:14,
2667:15, 2670:12,
2670:13, 2673:19,
2673:20, 2685:16,
2686:18, 2687:1,
2690:16, 2690:20,
2690:21, 2690:22,
2691:21, 2691:24,
2692:4, 2693:3,
2694:15, 2695:6,
2695:18, 2702:2,
2702:3, 2710:22,
2711:14, 2711:15,
2712:7, 2712:16,
2714:11, 2714:16,
2718:7, 2718:21,
2733:13, 2733:22,
2734:8, 2734:12,
2734:20, 2735:2,
2735:11, 2735:12,
2735:13, 2735:14,
2735:17, 2735:19,
2735:21, 2735:22,
2735:23, 2741:11,
2743:2, 2743:3,
2743:6, 2743:22,
2743:25, 2746:1,

2746:3, 2746:19,
2748:18, 2748:21,
2750:3, 2750:4,
2751:1, 2751:25,
2752:1, 2752:3,
2754:7, 2754:14,
2754:20, 2757:6,
2759:24, 2760:11,
2760:14, 2760:17,
2760:18, 2760:19,
2760:21, 2761:1,
2761:19, 2762:2,
2762:7, 2762:10,
2762:12, 2762:14,
2762:17, 2763:16,
2763:24
**Rate** [1] - 2722:23
**rates** [29] - 2670:9,
2686:22, 2690:23,
2690:24, 2693:5,
2698:3, 2708:15,
2708:17, 2708:21,
2711:17, 2712:10,
2714:13, 2734:18,
2734:19, 2735:16,
2746:1, 2746:21,
2749:25, 2750:15,
2750:23, 2751:19,
2753:6, 2753:11,
2754:24, 2755:11,
2757:9, 2764:3,
2764:5
**rather** [3] - 2706:6,
2751:23, 2764:10
**ratio** [2] - 2743:17,
2743:21
**ratios** [1] - 2714:9
**re** [4] - 2658:12,
2669:7, 2698:25,
2729:15
**RE** [2] - 2630:4,
2630:7
**re-ask** [2] - 2658:12,
2698:25
**re-ran** [1] - 2669:7
**re-show** [1] - 2729:15
**reach** [7] - 2719:2,
2719:6, 2719:7,
2728:21, 2749:11,
2756:22, 2760:10
**reached** [2] - 2733:15,
2738:24
**reaches** [4] - 2715:9,
2720:12, 2724:3,
2726:19
**reaching** [2] -
2721:15, 2739:1
**read** [5] - 2681:1,
2681:2, 2686:15,
2732:17

**ready** [1] - 2749:3
**real** [6] - 2724:8,
2726:20, 2748:14,
2748:15, 2749:10,
2762:25
**realizations** [1] -
2694:11
**really** [15] - 2664:11,
2667:17, 2700:22,
2705:9, 2706:14,
2710:11, 2713:17,
2716:3, 2721:4,
2724:21, 2729:4,
2729:11, 2734:14,
2736:25, 2749:17
**realms** [1] - 2659:2
**REALTIME** [1] -
2635:17
**reason** [6] - 2641:4,
2647:25, 2657:23,
2669:16, 2670:2,
2679:12
**reasonable** [4] -
2690:3, 2690:4,
2690:8, 2764:24
**reasonably** [1] -
2694:12
**reasoning** [1] - 2676:1
**reasons** [3] - 2709:10,
2711:1, 2714:5
**rebuttal** [2] - 2745:10
**receive** [1] - 2656:23
**received** [5] - 2647:1,
2657:15, 2677:8,
2702:14, 2702:17
**receiving** [2] -
2701:15, 2706:17
**recess** [4] - 2641:24,
2700:2, 2700:3,
2764:13
**recognize** [12] -
2655:18, 2659:23,
2659:24, 2660:2,
2662:15, 2665:9,
2665:18, 2671:16,
2673:4, 2675:13,
2677:12, 2677:13
**recollection** [2] -
2639:18, 2653:25
**recommended** [1] -
2665:19
**recommends** [1] -
2660:7
**record** [2] - 2642:12,
2700:10
**RECORDED** [1] -
2635:23
**recover** [1] - 2686:5
**recreate** [2] - 2740:19,
2740:21

**rectangle** [1] -
2715:14
**rector** [4] - 2643:25
**red** [4] - 2663:3,
2723:21, 2732:5,
2738:21
**redirect** [1] - 2696:3
**REDIRECT** [1] -
2696:5
**reduce** [1] - 2751:6
**refer** [9] - 2660:12,
2663:4, 2710:15,
2715:22, 2723:3,
2725:10, 2729:20,
2751:10, 2758:10
**reference** [2] -
2660:22, 2673:8,
2697:3, 2697:6
**referenced** [2] -
2704:24, 2706:3
**references** [2] -
2696:20, 2705:18
**referred** [2] - 2712:12,
2712:17
**referring** [9] - 2639:1,
2650:25, 2669:3,
2677:19, 2678:2,
2725:11, 2733:5,
2734:1, 2760:2
**refers** [2] - 2647:22,
2713:2
**reflected** [2] -
2665:23, 2665:24
**reflection** [1] -
2693:24
**REGAN** [1] - 2633:11
**regard** [2] - 2660:23,
2698:9
**regarding** [4] -
2649:11, 2682:25,
2695:21, 2728:21
**regards** [2] - 2710:22
**regimes** [2] - 2713:22,
2714:14
**region** [2] - 2748:24,
2750:20
**regions** [1] - 2748:22
**REGISTERED** [1] -
2635:18
**regular** [11] - 2708:21,
2711:10, 2721:7,
2722:18, 2724:25,
2726:3, 2726:6,
2726:7, 2726:10,
2729:22, 2729:24
**reiterating** [1] - 2745:4
**relate** [2] - 2647:6,
2661:4
**related** [4] - 2644:2,
2645:19, 2675:16,

2698:11

**relating** [1] - 2644:4

**relationship** [9] - 2727:10, 2727:21, 2728:14, 2739:7, 2743:4, 2743:6, 2743:24, 2745:25, 2758:3

**relationships** [1] - 2743:2

**relative** [1] - 2669:10

**relatively** [2] - 2646:17, 2717:2

**release** [1] - 2728:7

**released** [1] - 2728:8

**releases** [1] - 2726:20

**relevance** [1] - 2729:11

**relevant** [4] - 2676:12, 2698:22, 2730:6, 2738:13

**reliability** [2] - 2649:12, 2672:4

**Reliance** [1] - 2643:15

**relief** [11] - 2645:4, 2648:1, 2648:2, 2648:6, 2650:21, 2672:10, 2672:13, 2672:18, 2679:14, 2698:6, 2698:11

**remaining** [3] - 2638:13, 2642:7, 2642:9

**remains** [1] - 2724:6

**remember** [12] - 2637:24, 2641:24, 2651:7, 2653:16, 2653:18, 2657:5, 2667:14, 2673:9, 2687:12, 2697:12, 2698:1, 2726:16

**remembering** [1] - 2723:23

**remind** [1] - 2656:15

**reminder** [1] - 2731:22

**removed** [2] - 2757:21, 2761:12

**RENAISSANCE** [1] - 2634:22

**renew** [1] - 2763:7

**repeat** [4] - 2690:6, 2723:10, 2731:23, 2746:11

**repeated** [4] - 2720:18, 2722:19, 2725:16, 2754:16

**repeatedly** [1] - 2706:1

**repeating** [1] - 2719:12

**repeats** [2] - 2723:10, 2725:13

**report** [21] - 2705:13, 2709:7, 2709:9, 2709:14, 2709:21, 2709:22, 2709:23, 2718:7, 2718:8, 2722:1, 2722:4, 2722:24, 2725:4, 2731:19, 2733:2, 2745:5, 2745:9, 2745:11, 2749:24, 2752:19

**reported** [3] - 2677:17, 2679:12, 2681:7

**REPORTER** [3] - 2635:17, 2635:17, 2635:18

**representation** [3] - 2734:3, 2734:24, 2736:8

**reproduce** [2] - 2694:4, 2748:3

**request** [2] - 2673:7, 2673:8

**requested** [1] - 2686:21

**require** [1] - 2746:1

**required** [2] - 2695:10, 2719:17

**requires** [4] - 2646:3, 2691:24, 2742:8, 2747:19

**research** [1] - 2706:8

**reservoir** [61] - 2643:2, 2643:4, 2643:9, 2643:17, 2643:18, 2644:25, 2645:15, 2645:25, 2646:9, 2646:14, 2646:19, 2646:21, 2647:12, 2647:16, 2647:20, 2649:13, 2649:24, 2650:1, 2650:11, 2652:14, 2653:2, 2653:5, 2653:8, 2653:14, 2653:19, 2654:17, 2654:18, 2654:19, 2654:20, 2654:21, 2654:25, 2655:25, 2659:17, 2662:5, 2664:12, 2670:19, 2675:24, 2676:1, 2678:3, 2678:7, 2681:25, 2683:1, 2683:7, 2685:20, 2686:5, 2691:20, 2692:3, 2695:22, 2695:23, 2697:23,

2698:8, 2698:21, 2699:5, 2699:15, 2699:16, 2701:15, 2703:19, 2736:25

**Reservoir** [5] - 2703:13, 2703:15, 2703:20, 2703:24, 2704:2

**reservoirs** [2] - 2679:25, 2690:5

**resistance** [3] - 2754:3, 2759:20, 2759:22

**resolution** [2] - 2638:19, 2639:1

**RESOURCES** [1] - 2632:18

**respect** [5] - 2675:25, 2711:13, 2712:6, 2714:8

**respond** [2] - 2744:25, 2745:18

**response** [3] - 2644:21, 2649:4, 2657:7

**responsibilities** [1] - 2704:17

**responsible** [8] - 2703:16, 2703:22, 2703:24, 2704:7, 2704:9, 2704:11, 2704:14, 2728:24

**rest** [1] - 2644:15

**restriction** [3] - 2759:21, 2761:16, 2761:17

**result** [3] - 2754:14, 2754:24, 2761:19

**resultant** [1] - 2756:4

**resulting** [4] - 2717:10, 2734:19, 2744:20, 2755:5

**results** [12] - 2705:22, 2708:5, 2722:12, 2744:15, 2745:25, 2747:5, 2749:15, 2752:12, 2756:10, 2756:18, 2757:5

**resume** [1] - 2672:8

**review** [7] - 2652:4, 2674:2, 2674:14, 2710:11, 2717:23, 2718:10, 2719:14

**reviewed** [2] - 2717:7, 2719:18

**reviewing** [1] - 2710:7

**revisions** [1] - 2673:17

**RICHARD** [2] - 2632:22, 2635:4

**RICHESON** [1] - 2635:9

**RIG** [1] - 2630:4

**rig** [6] - 2715:5, 2715:15, 2726:17, 2726:18, 2735:2, 2739:11

**right-hand** [3] - 2666:21, 2667:25, 2668:16

**ring** [2] - 2742:3, 2742:4

**riser** [134] - 2710:15, 2710:17, 2715:2, 2715:5, 2715:12, 2715:17, 2715:19, 2715:22, 2716:1, 2716:3, 2716:4, 2716:9, 2716:10, 2716:20, 2716:21, 2716:22, 2716:23, 2717:1, 2717:10, 2717:11, 2717:13, 2717:20, 2717:21, 2722:5, 2724:18, 2726:15, 2726:17, 2726:25, 2727:1, 2727:6, 2727:8, 2727:15, 2727:18, 2728:5, 2728:6, 2728:12, 2728:24, 2729:2, 2729:13, 2730:5, 2730:9, 2730:10, 2730:11, 2730:13, 2730:17, 2731:9, 2731:21, 2732:5, 2732:6, 2732:10, 2732:13, 2732:14, 2732:15, 2733:2, 2733:3, 2733:6, 2733:10, 2734:3, 2734:6, 2734:12, 2734:13, 2734:15, 2734:17, 2734:19, 2734:25, 2735:5, 2736:10, 2736:11, 2736:13, 2736:14, 2737:3, 2737:5, 2737:7, 2737:8, 2737:10, 2737:11, 2737:13, 2737:15, 2737:16, 2737:17, 2737:25, 2738:16, 2738:17, 2738:19, 2738:22, 2738:23, 2738:24, 2739:5, 2739:6, 2739:7, 2739:10, 2739:12, 2739:15, 2739:22, 2740:1,

2740:3, 2740:18, 2740:20, 2740:23, 2740:25, 2741:1, 2741:20, 2741:22, 2741:23, 2741:24, 2741:25, 2742:3, 2743:14, 2743:19, 2746:8, 2746:12, 2747:11, 2749:25, 2750:4, 2750:6, 2750:15, 2752:22, 2753:23, 2754:8, 2756:9, 2756:15, 2756:17, 2757:6, 2757:9, 2757:11, 2757:12, 2757:21, 2758:19, 2761:12, 2761:14, 2762:1, 2763:24

**Riser** [2] - 2731:4, 2752:20

**risers** [2] - 2701:16, 2705:6

**risk** [3] - 2654:2, 2654:13, 2655:16

**risks** [5] - 2654:4, 2659:5, 2662:18, 2663:24, 2674:22

**RMR** [1] - 2635:17

**ROBERT** [4] - 2633:18, 2633:23, 2636:4, 2642:10

**Robert** [1] - 2642:13

**ROBERTS** [1] - 2634:10

**ROBIN** [1] - 2631:7

**robust** [1] - 2755:3

**rock** [69] - 2645:20, 2645:24, 2646:3, 2646:6, 2646:8, 2646:9, 2646:10, 2646:15, 2646:16, 2646:24, 2647:6, 2647:9, 2648:7, 2648:22, 2649:2, 2649:14, 2649:19, 2650:5, 2652:19, 2654:2, 2654:14, 2654:15, 2654:23, 2655:1, 2655:21, 2655:22, 2656:5, 2656:11, 2657:23, 2658:5, 2658:18, 2659:5, 2659:9, 2659:16, 2660:23, 2663:5, 2663:13, 2663:17, 2664:5, 2667:1, 2667:12, 2667:21, 2667:22, 2668:11, 2670:23,

Case 2:10-md-02179-CJB-DPC   Document 12797   Filed 04/30/14   Page 158 of 163

2671:11, 2672:16, 2673:24, 2674:17, 2674:24, 2675:19, 2675:22, 2676:2, 2676:14, 2677:1, 2677:3, 2677:4, 2689:11, 2691:3, 2692:21, 2692:25, 2696:13, 2697:22, 2698:10, 2698:17, 2698:22, 2699:3, 2699:5, 2699:20

**rocks** [2] - 2646:11, 2647:7

**role** [1] - 2656:21

**ROOM** [1] - 2635:18

**rotary** [10] - 2648:19, 2648:21, 2649:2, 2649:12, 2649:15, 2653:6, 2653:24, 2655:4, 2659:20, 2683:8

**rotate** [1] - 2685:1

**ROUGE** [1] - 2632:6

**roughly** [2] - 2661:8, 2708:10

**roughness** [7] - 2752:15, 2752:21, 2752:24, 2753:4, 2753:20, 2754:1, 2754:10

**Roughness** [1] - 2752:20

**round** [1] - 2681:16

**rounded** [1] - 2681:8

**ROV** [11] - 2710:11, 2716:21, 2717:6, 2719:14, 2719:18, 2723:1, 2730:4, 2731:5, 2732:2, 2748:11, 2764:5

**ROVs** [8] - 2729:10, 2730:12, 2730:13, 2730:16, 2731:6, 2732:6, 2737:12, 2739:22

**row** [3] - 2696:17, 2752:23, 2754:10

**rows** [1] - 2680:22

**ROY** [2] - 2630:22, 2630:23

**rule** [2] - 2658:10, 2729:1

**ruled** [1] - 2728:23

**ruling** [1] - 2730:8

**run** [11] - 2669:9, 2685:24, 2688:9, 2696:13, 2697:14, 2697:25, 2698:1, 2747:9, 2747:16,

---

2750:15, 2752:11

**running** [7] - 2690:7, 2695:10, 2746:21, 2747:21, 2747:22, 2748:15, 2754:11

## S

**Saint** [1] - 2644:1

**sand** [1] - 2684:10

**sands** [4] - 2684:17, 2685:7, 2685:11, 2685:16

**SARAH** [1] - 2632:23

**sat** [1] - 2736:13

**Saturday** [1] - 2638:8

**saw** [12] - 2668:10, 2668:19, 2669:3, 2714:15, 2721:3, 2722:17, 2724:17, 2733:10, 2739:16, 2747:4, 2748:10, 2761:5

**scale** [2] - 2715:16, 2716:13

**scattered** [1] - 2756:4

**scenario** [1] - 2684:13

**scenarios** [6] - 2660:6, 2661:15, 2661:19, 2668:25, 2669:2, 2669:3

**SCHELL** [1] - 2635:8

**schematic** [1] - 2736:6

**Schott** [5] - 2653:9, 2653:23, 2656:8, 2683:7, 2683:11

**science** [5] - 2662:25, 2665:19, 2673:7, 2673:12, 2746:6

**Science** [1] - 2702:14

**scientific** [5] - 2644:9, 2655:1, 2659:15, 2742:18, 2744:9

**scientifically** [1] - 2742:15

**scientists** [8] - 2645:9, 2675:9, 2676:11, 2696:8, 2698:16, 2698:21, 2710:9, 2718:5

**scope** [1] - 2649:4

**SCOTT** [1] - 2632:20

**screen** [3] - 2691:7, 2715:25, 2729:19

**script** [1] - 2663:3

**scroll** [1] - 2691:5

**seabed** [1] - 2736:13

**seafloor** [14] - 2715:3, 2715:7, 2715:8, 2715:24, 2716:11,

---

2717:14, 2726:19, 2731:10, 2731:11, 2735:5, 2737:8, 2738:22

**SEAN** [1] - 2634:22

**searching** [1] - 2741:13

**seat** [1] - 2700:9

**seated** [1] - 2637:7

**seawater** [1] - 2738:9

**second** [13] - 2637:20, 2638:10, 2667:25, 2676:6, 2689:2, 2694:10, 2696:17, 2702:1, 2713:9, 2713:25, 2733:11, 2737:5, 2758:15

**seconds** [4] - 2720:14, 2720:19, 2749:8, 2749:10

**Secretary** [1] - 2673:23

**section** [24] - 2645:1, 2664:18, 2664:19, 2713:3, 2715:12, 2715:18, 2716:4, 2717:10, 2717:11, 2722:1, 2728:3, 2728:7, 2728:12, 2729:13, 2734:13, 2734:17, 2742:2, 2744:19, 2757:21, 2758:19, 2759:9, 2759:16, 2761:14

**SECTION** [4] - 2630:4, 2630:8, 2630:11, 2632:19

**sectional** [3] - 2743:18, 2744:16

**see** [67] - 2646:19, 2646:21, 2656:21, 2657:3, 2661:20, 2666:5, 2666:9, 2666:21, 2667:11, 2677:25, 2678:20, 2679:6, 2679:11, 2680:19, 2683:24, 2684:12, 2688:11, 2688:15, 2688:24, 2689:6, 2690:14, 2712:16, 2712:19, 2713:9, 2713:10, 2713:14, 2713:15, 2713:17, 2713:25, 2718:1, 2719:13, 2720:4, 2720:5, 2720:11, 2720:12, 2720:15, 2720:18, 2720:20, 2720:22, 2722:7, 2723:6,

---

2723:10, 2724:2, 2724:4, 2724:12, 2724:16, 2725:17, 2728:2, 2730:9, 2730:11, 2730:14, 2732:14, 2742:3, 2742:6, 2746:25, 2748:9, 2748:22, 2749:9, 2749:11, 2749:14, 2750:12, 2752:24, 2755:7, 2762:13, 2762:17, 2765:7

**seeing** [25] - 2664:13, 2713:16, 2713:23, 2715:2, 2715:8, 2715:14, 2716:3, 2716:17, 2716:20, 2717:2, 2717:19, 2720:10, 2731:14, 2731:24, 2734:15, 2738:16, 2738:18, 2739:19, 2739:21, 2740:15, 2741:23, 2743:10, 2748:17, 2749:7, 2757:20

**senior** [2] - 2678:7, 2683:12

**sense** [1] - 2760:3

**sensitive** [1] - 2755:3

**sensitivities** [12] - 2663:17, 2741:17, 2751:13, 2752:6, 2752:8, 2753:3, 2753:14, 2753:16, 2753:21, 2754:17, 2754:18, 2754:24

**sensitivity** [1] - 2752:8, 2752:9, 2752:13, 2752:21, 2753:13, 2754:2, 2754:8, 2754:9, 2754:13, 2754:15, 2757:5

**Sensitivity** [1] - 2752:20

**sent** [2] - 2674:2, 2674:11

**sentence** [2] - 2657:1, 2657:18

**separate** [2] - 2644:9, 2742:18

**separated** [1] - 2651:14

**September** [2] - 2638:1, 2639:22

**series** [3] - 2720:8, 2754:11, 2760:19

**serious** [1] - 2665:17

**served** [1] - 2703:2

---

**service** [1] - 2704:21

**SERVICES** [1] - 2634:19

**services** [2] - 2704:21, 2708:11

**SESSION** [1] - 2630:14

**set** [15] - 2637:24, 2650:8, 2689:2, 2702:6, 2709:9, 2713:7, 2745:4, 2747:13, 2747:15, 2748:11, 2751:10, 2751:11, 2752:25, 2753:5

**sets** [1] - 2753:12

**settled** [3] - 2717:14, 2726:25, 2738:22

**settles** [1] - 2726:24

**setup** [2] - 2713:10, 2748:8

**several** [4] - 2639:3, 2710:8, 2718:4, 2761:23

**shaded** [1] - 2748:22

**shadow** [1] - 2697:10

**shadowed** [1] - 2695:14

**shadowing** [3] - 2696:8, 2696:12, 2697:20

**shallower** [3] - 2651:23, 2655:15, 2664:14

**shape** [1] - 2693:14

**shaped** [1] - 2742:20

**sharp** [1] - 2749:9

**sharply** [1] - 2724:4

**shelf** [1] - 2741:5

**SHELL** [1] - 2633:5

**short** [2] - 2729:24, 2762:25

**show** [9] - 2678:10, 2714:23, 2714:25, 2717:5, 2722:22, 2723:19, 2723:22, 2727:12, 2729:15

**showed** [3] - 2686:4, 2690:4, 2693:24

**showing** [10] - 2659:15, 2659:19, 2695:23, 2715:15, 2715:17, 2716:8, 2716:9, 2717:6, 2717:9, 2748:20

**shown** [8] - 2667:22, 2668:4, 2690:13, 2696:22, 2697:3, 2697:6, 2723:8, 2727:17

OFFICIAL TRANSCRIPT
SUSAN A. ZIELIE, CRR, RMR, FCRR

**shows** [6] - 2713:8, 2720:3, 2721:15, 2731:21, 2759:4, 2759:5
**Shushan** [1] - 2638:13
**shut** [48] - 2645:2, 2651:1, 2651:2, 2651:5, 2651:9, 2651:11, 2654:3, 2654:13, 2656:6, 2659:5, 2664:9, 2665:5, 2665:16, 2665:24, 2666:1, 2666:3, 2666:16, 2666:20, 2667:5, 2667:17, 2668:3, 2668:20, 2669:1, 2669:2, 2669:8, 2669:16, 2669:17, 2669:22, 2669:25, 2670:17, 2671:10, 2671:20, 2672:8, 2674:22, 2674:23, 2675:10, 2676:3, 2682:19, 2683:19, 2685:6, 2686:4, 2686:25, 2687:15, 2697:15, 2697:24, 2698:1, 2698:2
**shut-in** [30] - 2651:9, 2651:11, 2654:3, 2654:13, 2656:6, 2659:5, 2664:9, 2665:5, 2665:16, 2666:16, 2666:20, 2667:5, 2667:17, 2669:1, 2669:2, 2669:16, 2669:17, 2669:22, 2672:8, 2674:22, 2674:23, 2675:10, 2676:3, 2683:19, 2685:6, 2697:15, 2697:24, 2698:1, 2698:2
**shutting** [1] - 2662:18
**side** [17] - 2654:7, 2661:6, 2661:10, 2666:6, 2667:18, 2667:25, 2668:5, 2668:16, 2680:7, 2689:10, 2705:8, 2715:10, 2723:24, 2739:2, 2739:3, 2739:8
**sidewall** [13] - 2648:19, 2648:21, 2649:2, 2649:12, 2649:16, 2653:6, 2653:24, 2655:4, 2659:20, 2672:3,

2683:9, 2699:9, 2699:11
**signature** [5] - 2691:16, 2692:11, 2693:7, 2694:4, 2733:2
**significance** [1] - 2658:4
**similar** [6] - 2661:23, 2707:6, 2707:10, 2712:12, 2758:17, 2763:2
**similarly** [1] - 2748:11
**simple** [1] - 2659:9
**simpler** [1] - 2756:16
**simply** [2] - 2667:2, 2742:24
**simulate** [3] - 2647:24, 2704:13, 2750:7
**simulation** [15] - 2645:15, 2645:25, 2646:3, 2647:21, 2647:22, 2647:25, 2648:15, 2652:5, 2660:13, 2669:9, 2681:18, 2685:23, 2698:11, 2747:19, 2751:12
**simulations** [17] - 2650:4, 2669:7, 2669:15, 2669:17, 2710:20, 2729:3, 2746:7, 2746:19, 2746:20, 2747:9, 2747:13, 2747:17, 2747:21, 2751:15, 2752:11, 2754:11, 2763:21
**simulator** [9] - 2693:10, 2704:6, 2705:2, 2705:4, 2706:3, 2740:19, 2740:23, 2740:24
**simulators** [11] - 2704:25, 2705:16, 2705:19, 2706:13, 2706:14, 2706:22, 2707:17, 2708:9, 2708:12, 2742:7, 2744:13
**SINCLAIR** [1] - 2631:22
**single** [13] - 2725:6, 2725:15, 2725:20, 2725:22, 2725:24, 2742:17, 2750:19, 2751:17, 2751:22, 2752:2, 2753:8, 2758:10

**sits** [1] - 2737:7
**sitting** [3] - 2731:9, 2731:10, 2739:11
**situations** [1] - 2742:16
**six** [4] - 2648:9, 2710:20, 2747:17, 2763:20
**size** [8] - 2654:10, 2654:12, 2661:9, 2661:13, 2661:15, 2686:2, 2694:21, 2762:25
**sizes** [4] - 2664:24, 2693:13, 2761:9, 2761:11
**sketch** [1] - 2701:11
**slice** [1] - 2742:3
**slide** [16] - 2660:2, 2660:4, 2662:23, 2663:8, 2667:22, 2668:4, 2668:16, 2669:12, 2669:14, 2669:20, 2685:13, 2685:15, 2705:15, 2713:11, 2741:19, 2743:7
**slides** [1] - 2674:2
**slow** [1] - 2669:16
**Slow** [1] - 2731:3
**slug** [116] - 2701:25, 2702:1, 2703:6, 2703:8, 2708:18, 2708:19, 2708:22, 2708:23, 2708:24, 2709:4, 2710:8, 2710:12, 2710:14, 2711:5, 2711:10, 2711:11, 2711:24, 2712:20, 2713:10, 2713:11, 2713:15, 2713:18, 2713:24, 2713:25, 2714:3, 2714:4, 2714:6, 2714:7, 2714:10, 2714:12, 2714:13, 2717:16, 2717:18, 2717:19, 2717:20, 2718:2, 2718:5, 2718:9, 2718:16, 2718:19, 2718:24, 2718:25, 2719:3, 2719:8, 2719:9, 2719:10, 2719:24, 2720:4, 2721:4, 2721:16, 2722:9, 2722:11, 2723:9, 2724:6, 2724:20, 2724:24, 2725:4, 2725:11, 2725:16,

2726:3, 2726:5, 2726:7, 2726:9, 2726:10, 2726:12, 2726:14, 2726:20, 2727:2, 2727:6, 2727:7, 2727:8, 2727:9, 2727:10, 2727:14, 2727:21, 2728:13, 2728:16, 2728:17, 2728:18, 2728:20, 2728:22, 2728:24, 2729:5, 2729:10, 2729:11, 2730:7, 2731:11, 2731:21, 2731:22, 2732:1, 2732:9, 2732:17, 2733:2, 2733:6, 2733:10, 2733:14, 2733:18, 2733:19, 2734:14, 2735:13, 2735:15, 2735:19, 2746:23, 2747:2, 2747:4, 2747:5, 2748:4, 2749:15, 2749:18, 2749:20, 2764:4
**Slug** [1] - 2731:4
**slugging** [2] - 2707:13, 2722:4
**slugs** [4] - 2724:23, 2725:3, 2725:12, 2725:13
**small** [5] - 2646:19, 2667:2, 2684:12, 2707:11, 2727:18
**SMITH** [1] - 2634:21
**smooth** [2] - 2712:12, 2753:1
**so-called** [1] - 2699:8
**so..** [1] - 2681:1
**societies** [1] - 2643:20
**Society** [1] - 2643:21
**soft** [1] - 2741:6
**software** [10] - 2673:14, 2704:11, 2704:22, 2705:20, 2706:7, 2706:11, 2708:14, 2744:13, 2755:24, 2756:2
**soil** [1] - 2737:23
**SOILEAU** [1] - 2631:14
**sole** [1] - 2679:12
**solid** [1] - 2646:11
**solution** [1] - 2691:20
**Solutions** [4] - 2702:23, 2702:25, 2703:5, 2703:12
**solved** [1] - 2734:4
**someone** [2] - 2658:9,

2671:6
**someplace** [1] - 2747:2
**sometimes** [5] - 2643:16, 2696:12, 2697:17, 2725:4, 2725:5
**somewhere** [3] - 2671:21, 2747:6, 2747:25
**sorry** [5] - 2648:25, 2745:9, 2746:11, 2757:7, 2760:7
**sort** [19] - 2644:24, 2648:1, 2681:8, 2707:3, 2708:11, 2710:21, 2711:11, 2713:7, 2714:20, 2721:5, 2729:12, 2740:12, 2745:7, 2748:8, 2748:24, 2749:17, 2751:16, 2759:2, 2761:15
**sorts** [1] - 2712:4
**sound** [1] - 2763:10
**sounds** [1] - 2649:7
**source** [1] - 2646:23
**sources** [1] - 2716:4
**SOUTH** [4] - 2631:4, 2631:14, 2633:15, 2634:16
**space** [1] - 2746:21
**spatially** [1] - 2712:2
**speaking** [3] - 2722:15, 2746:25
**special** [1] - 2741:3
**specialist** [2] - 2647:15, 2659:14
**specialists** [2] - 2652:16, 2744:5
**specialty** [2] - 2647:8, 2647:10
**specific** [18] - 2646:22, 2708:13, 2714:9, 2723:15, 2724:8, 2724:23, 2730:15, 2733:9, 2736:21, 2740:1, 2747:12, 2747:14, 2748:15, 2751:9, 2751:10, 2754:4, 2754:14, 2754:23
**specifically** [14] - 2643:13, 2688:6, 2705:18, 2708:18, 2711:7, 2721:6, 2734:11, 2742:23, 2747:14, 2751:2, 2752:14, 2755:14, 2757:22, 2757:24

**specifics** [1] - 2689:18
**specified** [1] - 2662:13
**specify** [1] - 2759:7
**sped** [3] - 2724:7, 2724:8
**speed** [6] - 2664:2, 2685:7, 2712:12, 2716:7, 2730:11, 2748:14
**speeds** [1] - 2714:9
**spell** [2] - 2642:12, 2700:9
**SPILL** [1] - 2630:4
**spoken** [1] - 2657:18
**sponges** [1] - 2646:13
**spongy** [1] - 2646:10
**spreadsheet** [3] - 2677:8, 2677:13, 2677:16
**SQUARE** [1] - 2633:5
**Squares** [1] - 2693:16
**squeeze** [1] - 2724:10
**squiggles** [1] - 2678:13
**stack** [1] - 2645:6
**Stack** [6] - 2662:18, 2668:3, 2669:22, 2682:16, 2682:19, 2687:2
**stand** [2] - 2637:13, 2660:10
**standard** [1] - 2744:7
**standards** [1] - 2744:8
**stands** [1] - 2680:15
**start** [24] - 2644:3, 2644:8, 2651:4, 2662:16, 2679:9, 2684:18, 2713:15, 2713:24, 2719:22, 2723:22, 2723:25, 2724:1, 2724:13, 2726:13, 2726:14, 2727:6, 2727:22, 2730:25, 2736:25, 2749:6, 2749:12, 2749:13, 2764:10
**started** [10] - 2638:12, 2644:5, 2644:11, 2644:20, 2645:3, 2646:25, 2651:6, 2666:7, 2666:16, 2704:20, 2707:24, 2710:6, 2726:11, 2728:13, 2729:5, 2729:11, 2755:23
**starting** [2] - 2712:9, 2752:23
**starts** [5] - 2727:20, 2728:11, 2734:12,

2734:25, 2735:1
**state** [4] - 2642:12, 2643:22, 2689:1, 2700:9
**STATE** [2] - 2632:3, 2632:4
**statement** [5] - 2638:17, 2658:22, 2733:4, 2763:5, 2763:6
**STATES** [4] - 2630:1, 2630:10, 2630:15, 2632:13
**States** [11] - 2638:4, 2638:6, 2638:21, 2640:14, 2641:13, 2641:16, 2642:6, 2671:7, 2682:6, 2692:16, 2696:20
**STATES'** [1] - 2631:21
**static** [7] - 2694:20, 2695:1, 2695:7, 2756:12, 2756:17, 2756:19
**stating** [1] - 2695:6
**statistically** [1] - 2660:21
**steadily** [1] - 2717:2
**steamroll** [2] - 2683:11, 2683:15
**steel** [3] - 2651:13, 2753:1
**STENOGRAPHY** [1] - 2635:23
**step** [2] - 2715:4, 2760:8
**STEPHEN** [2] - 2630:19, 2632:14
**Steve** [13] - 2647:1, 2647:3, 2647:4, 2648:16, 2656:8, 2656:15, 2656:17, 2657:5, 2657:22, 2658:17, 2659:1, 2659:4, 2683:21
**STEVEN** [2] - 2632:20, 2634:10
**still** [7] - 2657:2, 2658:21, 2659:2, 2685:5, 2685:16, 2695:5, 2720:24
**stipulate** [1] - 2698:20
**stock** [28] - 2691:12, 2692:12, 2693:7, 2711:16, 2711:18, 2733:21, 2733:22, 2735:23, 2735:24, 2750:8, 2750:13, 2750:16, 2750:20, 2750:21, 2750:24,

2751:2, 2751:7, 2753:6, 2754:21, 2757:9, 2760:15, 2762:11, 2762:12, 2762:15, 2763:17, 2763:23, 2763:25
**stop** [1] - 2638:10
**straight** [2] - 2659:24, 2753:2
**stratified** [4] - 2712:12, 2712:17, 2713:13, 2713:21
**stratographic** [2] - 2645:1, 2650:23
**stray** [1] - 2644:5
**stream** [1] - 2644:9
**STREET** [16] - 2630:23, 2631:4, 2631:11, 2631:15, 2631:18, 2632:5, 2632:10, 2633:6, 2633:15, 2633:20, 2634:7, 2634:10, 2634:23, 2635:10, 2635:14, 2635:18
**stress** [1] - 2647:7
**structure** [1] - 2661:25
**studied** [1] - 2729:2
**studies** [5] - 2704:9, 2752:8, 2752:13, 2754:8, 2757:5
**study** [8] - 2647:7, 2659:15, 2659:18, 2659:19, 2703:10, 2752:9, 2753:13
**studying** [2] - 2705:21, 2705:22
**sub** [1] - 2663:3
**subject** [1] - 2683:16
**subscript** [1] - 2648:12
**subsea** [2] - 2664:2, 2664:16
**subsurface** [2] - 2694:11, 2703:17
**subtleties** [1] - 2707:11
**Suez** [1] - 2643:15
**suggest** [1] - 2667:19
**suggested** [1] - 2681:15
**SUITE** [9] - 2630:23, 2631:4, 2631:18, 2633:6, 2634:7, 2634:10, 2634:23, 2635:4, 2635:10
**summary** [2] - 2710:2, 2710:3
**summer** [1] - 2644:8
**support** [3] - 2667:20,

2704:9, 2704:15
**surface** [8] - 2655:16, 2655:19, 2655:20, 2664:16, 2684:18, 2703:18, 2712:17
**surprise** [1] - 2695:16
**surrebuttal** [5] - 2745:2, 2745:11, 2745:14, 2763:8, 2763:11
**surroundings** [1] - 2737:19
**surrounds** [2] - 2654:21, 2737:23
**survey** [2] - 2696:20, 2732:12
**Survey** [1] - 2671:7
**survey's** [1] - 2697:18
**surveying** [1] - 2730:16
**SUSAN** [1] - 2635:17
susan_zielie@laed. uscourts.gov [1] - 2635:20
**sustain** [2] - 2699:6, 2763:12
**sustained** [4] - 2657:12, 2676:17, 2699:23
**SUTHERLAND** [1] - 2634:9
**switch** [1] - 2676:19
**sworn** [2] - 2642:11, 2700:7
**symbolized** [1] - 2648:11
**sync** [1] - 2730:14
**system** [4] - 2710:17, 2717:18, 2723:3, 2736:24
**systems** [1] - 2703:3

## T

**table** [5] - 2752:19, 2752:23, 2754:10, 2754:17, 2754:23
**tail** [1] - 2713:25
**talks** [1] - 2762:23
**tank** [28] - 2691:12, 2692:12, 2693:7, 2711:16, 2711:18, 2733:21, 2733:22, 2735:24, 2750:8, 2750:13, 2750:16, 2750:20, 2750:21, 2750:24, 2751:2, 2751:7, 2753:6, 2754:21, 2757:9, 2760:16, 2762:11,

2762:12, 2762:15, 2763:17, 2763:23, 2763:25
**teach** [2] - 2643:10, 2643:16
**teaching** [1] - 2643:8
**Team** [1] - 2722:24
**team** [15] - 2645:9, 2645:10, 2645:13, 2645:10, 2645:13, 2645:18, 2659:4, 2659:15, 2661:25, 2662:25, 2665:19, 2673:7, 2681:25, 2687:3, 2704:8, 2704:10, 2718:7
**teams** [1] - 2704:8
**technical** [4] - 2645:17, 2656:17, 2707:11, 2718:7
**Technical** [1] - 2722:24
**technologies** [1] - 2707:19
**Technologies** [1] - 2704:4
**teks** [1] - 2744:11
**temperature** [6] - 2736:22, 2737:1, 2737:4, 2737:19, 2738:9, 2753:22
**ten** [2] - 2684:13, 2705:21
**ten-year** [1] - 2705:21
**tended** [1] - 2698:3
**tender** [1] - 2709:2
**terabytes** [1] - 2747:25
**term** [3] - 2643:13, 2647:21, 2683:15
**terms** [5] - 2646:22, 2650:18, 2655:23, 2675:8, 2697:21
**terrain** [3] - 2728:18, 2728:22, 2730:7
**terrain-induced** [2] - 2728:18, 2730:7
**test** [8] - 2645:6, 2655:6, 2661:16, 2670:4, 2671:9, 2675:2, 2683:23, 2691:15
**testified** [7] - 2642:11, 2651:3, 2686:17, 2687:16, 2697:12, 2700:8, 2718:24
**testimony** [15] - 2640:10, 2640:15, 2649:5, 2649:6, 2676:8, 2680:14, 2698:14, 2700:23,

2718:10, 2718:11,
2721:25, 2739:17,
2745:2, 2745:8
**Testimony** [1] -
2636:3
**Texas** [2] - 2643:22,
2644:1
**THE** [64] - 2630:4,
2630:5, 2630:7,
2630:15, 2630:19,
2631:21, 2632:3,
2632:13, 2637:7,
2637:14, 2637:18,
2638:10, 2639:10,
2639:14, 2640:9,
2640:12, 2640:17,
2640:20, 2640:23,
2641:5, 2641:9,
2641:19, 2641:23,
2642:12, 2642:13,
2642:17, 2649:7,
2657:12, 2658:8,
2658:15, 2658:23,
2676:5, 2676:6,
2676:15, 2680:16,
2681:12, 2682:7,
2684:25, 2696:3,
2698:25, 2699:6,
2699:10, 2699:12,
2699:23, 2700:1,
2700:4, 2700:9,
2700:11, 2700:17,
2700:20, 2701:3,
2709:5, 2709:19,
2709:21, 2709:23,
2721:2, 2726:21,
2726:23, 2745:10,
2745:16, 2763:10,
2764:9, 2765:3,
2765:5
**thereabouts** [1] -
2670:8
**therefore** [1] - 2649:25
**thermal** [2] - 2738:2,
2738:3
**thermodynamics** [1] -
2736:19
**they've** [2] - 2637:16,
2698:24
**thick** [1] - 2684:12
**thicker** [1] - 2680:24
**third** [2] - 2686:20,
2737:13
**THIRD** [1] - 2632:5
**THOMAS** [2] - 2631:3,
2632:19
**thoughts** [1] - 2665:17
**thousand** [5] -
2710:19, 2746:20,
2747:12, 2747:21,

2747:22
**thousands** [2] -
2660:11, 2763:20
**three** [7] - 2639:4,
2659:11, 2678:3,
2679:17, 2680:21,
2723:11, 2755:24
**throughout** [5] -
2656:14, 2671:8,
2693:4, 2706:1,
2708:10
**thumbnail** [1] -
2701:10
**time-like** [1] - 2739:20
**timeframe** [9] -
2650:9, 2687:2,
2689:25, 2690:2,
2717:8, 2719:16,
2724:10, 2733:20,
2747:25
**timeframes** [1] -
2729:24
**timekeepers** [1] -
2642:3
**timeline** [2] - 2650:25,
2674:20
**timeliness** [4] -
2638:20, 2639:19,
2639:21, 2640:4
**title** [1] - 2659:24
**titled** [1] - 2752:19
**TO** [1] - 2637:4
**today** [5] - 2641:25,
2703:4, 2712:21,
2760:23, 2764:15
**together** [5] - 2648:1,
2648:5, 2731:14,
2751:23, 2758:9
**TOLLES** [1] - 2634:13
**Tom** [2] - 2673:7,
2673:24
**tomorrow** [4] -
2764:12, 2764:18,
2765:2, 2765:7
**ton** [1] - 2726:20
**took** [8] - 2710:20,
2715:6, 2716:10,
2723:1, 2731:9,
2741:12, 2747:17,
2762:24
**tool** [2] - 2706:8
**tools** [4] - 2706:24,
2707:21, 2707:25,
2708:1
**Tooms** [4] - 2645:11,
2652:13, 2674:8,
2683:3
**Top** [1] - 2645:3
**top** [9] - 2690:19,
2692:18, 2692:20,

2696:17, 2705:8,
2712:10, 2712:13,
2748:11, 2752:23
**topside** [1] - 2701:15
**TORTS** [1] - 2632:14
**total** [6] - 2711:14,
2734:19, 2747:12,
2754:20, 2756:25,
2762:2
**touch** [1] - 2728:6
**touches** [1] - 2715:17
**toward** [1] - 2650:18
**towards** [2] - 2645:5,
2651:6
**TOWER** [1] - 2634:22
**trace** [2] - 2723:21,
2748:12
**tracing** [1] - 2748:6
**trained** [1] - 2643:7
**training** [1] - 2704:10
**trajectory** [4] -
2721:18, 2721:20,
2721:21, 2721:22
**TRANSCRIPT** [2] -
2630:14, 2635:23
**transcript** [2] -
2718:13, 2762:21
**transfer** [1] - 2753:23
**transform** [1] -
2742:19
**transformation** [10] -
2742:8, 2742:13,
2742:23, 2742:24,
2743:8, 2743:11,
2744:2, 2744:8,
2744:15, 2744:5
**transforms** [1] -
2742:25
**transient** [24] -
2645:16, 2645:17,
2665:20, 2667:7,
2670:12, 2688:3,
2688:9, 2690:4,
2690:7, 2690:9,
2691:14, 2691:21,
2691:23, 2691:24,
2692:16, 2693:9,
2693:11, 2693:12,
2693:22, 2693:23,
2693:24, 2694:1,
2694:5, 2705:15
**transition** [10] -
2720:5, 2720:19,
2721:3, 2722:18,
2724:2, 2724:4,
2724:12, 2724:14,
2748:25, 2749:9
**transitioning** [1] -
2720:11
**transitions** [2] -

2723:23, 2749:12
**transmitted** [1] -
2674:16
**TRANSOCEAN** [3] -
2634:3, 2634:3,
2634:5
**trapped** [1] - 2728:7
**trend** [1] - 2732:15
**TREX** [5] - 2651:25,
2664:25, 2677:11,
2709:17
**TREX-011683.30.2** [1]
- 2760:5
**TREX-011683.93.1** [1]
- 2739:13
**TREX-020841N.3.1** [1]
- 2660:1
**TREX-10845.1** [1] -
2665:8
**TREX-10845.10** [1] -
2666:17
**TREX-10845.11** [1] -
2668:13
**TREX-10859.1.1** [1] -
2647:17
**TREX-10923.1** [1] -
2675:12
**TREX-10924.1.1** [1] -
2673:2
**TREX-10924.21.1** [1] -
2673:22
**TREX-10931.2** [1] -
2696:22
**TREX-10933.3.1** [1] -
2675:18
**TREX-11551.1.1** [2] -
2672:7, 2672:12
**TREX-11551.3.1** [1] -
2672:15
**TREX-11557.2.1** [1] -
2656:22
**TREX-1157.1.1** [1] -
2657:14
**TREX-11683.16.1** [1] -
2722:2
**TREX-11683.9.1** [1] -
2733:1
**TREX-140863.5.1** [1] -
2652:7
**TREX-142325.1.1** [1] -
2671:15
**TREX-14863.5.2** [1] -
2652:17
**TREX-20849.1** [1] -
2659:22
**TREX-9318** [1] -
2696:16
**TREX-9318.1.1** [1] -
2674:7
**TREX-9318.4.1** [1] -

2674:16
**TREX-9318.8.1** [1] -
2696:11
**TREX-9324.17** [1] -
2662:22
**TREX-9324.3** [1] -
2662:14
**trial** [9] - 2638:2,
2638:5, 2638:12,
2640:2, 2718:10,
2718:13, 2718:15,
2744:21, 2762:21
**TRIAL** [1] - 2630:14
**tribute** [1] - 2708:1
**triple** [1] - 2656:10
**TRITON** [1] - 2630:8
**true** [2] - 2699:5,
2756:3
**try** [2] - 2645:18,
2755:9
**trying** [21] - 2638:16,
2647:24, 2651:10,
2664:9, 2666:13,
2668:23, 2672:17,
2676:7, 2688:18,
2688:19, 2690:3,
2690:8, 2691:14,
2724:10, 2733:13,
2735:12, 2740:13,
2743:22, 2746:22,
2753:7, 2756:2
**turbulence** [1] -
2713:16
**turn** [2] - 2733:11,
2746:7
**turned** [1] - 2645:5
**two** [45] - 2637:12,
2640:25, 2659:11,
2666:2, 2678:9,
2678:22, 2680:21,
2680:24, 2685:4,
2685:14, 2688:13,
2702:5, 2704:8,
2706:20, 2706:24,
2709:21, 2710:4,
2712:22, 2716:3,
2716:16, 2716:17,
2721:18, 2725:12,
2725:13, 2729:1,
2730:6, 2730:14,
2731:14, 2731:15,
2734:10, 2740:14,
2742:5, 2743:20,
2750:22, 2751:16,
2753:3, 2754:13,
2755:25, 2756:19,
2758:5, 2758:7,
2758:10, 2761:6
**TX** [3] - 2634:11,
2634:23, 2635:5

**type** [4] - 2704:18, 2741:2, 2743:8, 2753:13
**types** [2] - 2724:17, 2736:7
**typically** [2] - 2705:7, 2724:16
**typo** [3] - 2730:20, 2730:24, 2731:3

## U

**U.S** [2] - 2632:13, 2632:17
**ultimate** [1] - 2710:21
**ultimately** [3] - 2645:7, 2763:21, 2764:3
**um-hum** [1] - 2689:9
**unavoidable** [1] - 2708:24
**unaware** [1] - 2649:11
**uncertain** [3] - 2695:10, 2752:7, 2753:17
**uncertainties** [1] - 2644:23
**uncertainty** [17] - 2670:11, 2694:14, 2694:18, 2694:20, 2694:23, 2695:1, 2695:6, 2755:6, 2755:10, 2755:14, 2755:20, 2756:7, 2756:23, 2756:25, 2757:1, 2757:5, 2759:19
**under** [7] - 2646:12, 2646:16, 2647:7, 2662:12, 2677:18, 2682:3, 2734:3
**underground** [1] - 2715:12
**understood** [5] - 2679:22, 2682:16, 2692:15, 2694:2, 2763:9
**undesirable** [1] - 2714:7
**unfounded** [2] - 2745:8, 2745:19
**unique** [10] - 2691:20, 2706:6, 2711:9, 2722:5, 2722:9, 2733:17, 2734:14, 2735:25, 2746:23, 2764:5
**uniquely** [1] - 2695:22
**UNITED** [4] - 2630:1, 2630:10, 2630:15,

2632:13
**United** [11] - 2638:4, 2638:6, 2638:20, 2640:14, 2641:13, 2641:15, 2642:6, 2671:6, 2682:6, 2692:15, 2696:20
**University** [2] - 2702:15, 2702:16
**unknown** [4] - 2690:22, 2690:23, 2690:25, 2735:14
**unusual** [1] - 2749:17
**up** [93] - 2637:9, 2637:20, 2639:3, 2642:22, 2651:5, 2652:5, 2655:24, 2656:6, 2661:15, 2665:3, 2669:24, 2675:22, 2676:7, 2678:6, 2678:14, 2684:17, 2684:23, 2685:8, 2685:12, 2685:17, 2687:11, 2687:21, 2688:12, 2689:19, 2691:19, 2695:15, 2699:17, 2701:19, 2702:10, 2705:12, 2709:12, 2709:24, 2710:23, 2711:19, 2713:4, 2713:7, 2714:19, 2715:13, 2715:23, 2716:14, 2716:18, 2717:3, 2717:22, 2718:13, 2719:25, 2721:12, 2722:1, 2722:20, 2724:7, 2724:8, 2724:13, 2727:1, 2727:19, 2728:10, 2728:11, 2730:20, 2730:22, 2733:24, 2734:22, 2735:6, 2735:24, 2736:4, 2737:2, 2738:11, 2741:21, 2742:9, 2746:15, 2746:22, 2748:7, 2748:11, 2749:22, 2750:8, 2750:16, 2750:21, 2751:5, 2751:7, 2751:14, 2752:17, 2753:10, 2753:18, 2754:5, 2754:10, 2754:17, 2754:20, 2757:15, 2758:1, 2758:25, 2762:4, 2762:21, 2764:25
**update** [1] - 2669:10

**upper** [1] - 2662:4
**upstream** [5] - 2728:3, 2728:7, 2728:12, 2761:14, 2761:17
**useful** [1] - 2639:5
**user** [1] - 2744:12
**uses** [2] - 2758:21, 2762:24
**USGS** [3] - 2692:18, 2696:18, 2697:17

## V

**value** [20] - 2652:18, 2652:20, 2661:2, 2663:20, 2670:24, 2671:1, 2671:2, 2671:3, 2671:4, 2673:24, 2679:22, 2692:21, 2692:25, 2698:10, 2698:22, 2699:4, 2752:24, 2752:25, 2761:21
**values** [17] - 2656:10, 2657:24, 2659:1, 2660:25, 2675:4, 2675:7, 2678:10, 2679:7, 2683:8, 2683:18, 2683:22, 2685:5, 2688:10, 2688:13, 2697:18, 2754:13, 2754:18
**valve** [1] - 2759:21
**variable** [1] - 2678:18
**variance** [1] - 2755:1
**varied** [3] - 2735:23, 2746:18, 2753:5
**variety** [1] - 2664:24
**various** [8] - 2644:25, 2693:17, 2704:13, 2705:15, 2706:23, 2717:24, 2741:7, 2754:8
**vary** [5] - 2735:1, 2735:22, 2752:10, 2759:21
**varying** [3] - 2690:24, 2735:21, 2752:11
**velocity** [5] - 2712:11, 2712:15, 2712:23, 2761:15
**version** [3] - 2741:5, 2755:25, 2756:19
**Version** [1] - 2741:6
**versions** [3] - 2755:24, 2755:25, 2756:20
**versus** [2] - 2678:25, 2721:11
**video** [25] - 2713:9,

2715:20, 2717:6, 2717:7, 2719:14, 2719:18, 2720:7, 2720:14, 2720:20, 2721:1, 2721:17, 2722:25, 2723:1, 2723:2, 2723:25, 2724:8, 2730:10, 2731:5, 2732:13, 2748:11, 2748:13, 2748:14, 2748:15, 2748:23, 2749:2
**videos** [6] - 2716:11, 2710:12, 2716:21, 2730:5, 2732:2, 2749:5
**Videotape** [2] - 2714:1, 2749:4
**view** [3] - 2683:13
**volume** [3] - 2694:18, 2695:7, 2748:20

## W

**wait** [1] - 2676:6
**walk** [3] - 2716:18, 2731:1, 2736:7
**wants** [1] - 2698:20
**WARREN** [1] - 2635:13
**WASHINGTON** [5] - 2632:15, 2632:24, 2633:20, 2633:24, 2635:14
**watch** [1] - 2716:12
**watching** [2] - 2730:16, 2730:17
**water** [6] - 2654:21, 2677:1, 2705:5, 2707:21, 2707:23, 2708:1
**waves** [2] - 2712:16, 2712:19
**wavy** [1] - 2712:17
**Weatherford** [2] - 2695:5, 2699:9
**week** [1] - 2718:11
**weigh** [2] - 2728:4, 2728:5
**weight** [6] - 2672:24, 2673:1, 2700:22, 2737:25, 2751:3, 2751:5
**WEINER** [1] - 2635:9
**WEITZ** [1] - 2631:7
**well's** [1] - 2651:13
**well-characterized** [1] - 2741:15
**well-known** [1] - 2741:15

**wellbore** [9] - 2645:6, 2655:6, 2661:16, 2663:25, 2666:11, 2671:9, 2675:2, 2675:3, 2695:13
**wellhead** [5] - 2645:2, 2655:10, 2665:15, 2668:25, 2685:6
**wells** [4] - 2645:4, 2648:3, 2701:16, 2705:5
**wetted** [3] - 2743:17, 2743:19, 2743:22
**whereas** [3] - 2707:13, 2711:10, 2748:24
**white** [9] - 2720:12, 2723:7, 2724:3, 2724:4, 2748:25, 2749:1, 2749:2, 2749:11
**WHITELEY** [1] - 2632:8
**Whitson** [2] - 2637:16, 2641:16
**wide** [1] - 2735:22
**Wilson** [15] - 2647:2, 2647:3, 2647:4, 2648:16, 2656:8, 2656:15, 2656:17, 2656:23, 2657:5, 2657:16, 2657:22, 2658:17, 2659:4, 2659:14, 2683:21
**window** [1] - 2758:4
**WINFIELD** [1] - 2631:22
**withdraw** [2] - 2638:19, 2676:11
**withdrawal** [2] - 2652:24, 2654:18
**withdrawing** [2] - 2646:9, 2649:25
**withdrew** [2] - 2640:4
**WITNESS** [7] - 2642:13, 2676:5, 2681:12, 2699:10, 2700:11, 2721:2, 2726:23
**witness** [7] - 2637:10, 2638:25, 2699:7, 2700:6, 2700:21, 2745:6, 2745:11
**wondering** [1] - 2638:11
**wood** [1] - 2646:12
**word** [2] - 2638:12, 2648:25
**words** [2] - 2663:8, 2669:12
**world** [3] - 2704:22,

2706:23, 2707:1
**worried** [3] - 2684:17, 2687:16, 2688:17
**worry** [1] - 2666:6
**worth** [1] - 2739:25
**wrap** [1] - 2675:22
**wreckage** [4] - 2715:15, 2715:16, 2715:17, 2739:11
**WRIGHT** [1] - 2630:22
**write** [1] - 2741:2
**writing** [2] - 2675:15, 2745:14
**written** [2] - 2659:18, 2694:22

## X

**x-axis** [3] - 2731:25, 2739:20, 2748:22
**Xs** [1] - 2669:20

## Y

**y-axis** [5] - 2723:3, 2723:24, 2731:25, 2739:19, 2748:21
**year** [2] - 2704:19, 2705:21
**years** [6] - 2643:19, 2648:24, 2648:25, 2685:4, 2701:12, 2705:20
**Yeilding** [1] - 2674:9
**yellow** [2] - 2677:23, 2748:13
**yesterday** [6] - 2637:21, 2639:4, 2639:12, 2639:16, 2640:11, 2640:15
**YORK** [2] - 2631:8, 2635:3
**yourself** [7] - 2654:24, 2683:4, 2683:21, 2688:22, 2701:5, 2706:21, 2707:16

## Z

**Z-A-L-D-I-V-A-R** [1] - 2700:12
**ZALDIVAR** [2] - 2636:6, 2700:7
**Zaldivar** [9] - 2700:6, 2700:11, 2700:15, 2701:5, 2701:7, 2709:3, 2709:7, 2721:14, 2731:1
**Zaldivar's** [1] - 2700:23

**ZIELIE** [1] - 2635:17

##                               "

**"MIKE"** [1] - 2633:23