```
1                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
2


3       ***************************************************************

4       IN RE: OIL SPILL BY THE            DOCKET NO. MDL-2179
        OIL RIG DEEPWATER HORIZON          SECTION "J"
5       IN THE GULF OF MEXICO ON           NEW ORLEANS, LA
        APRIL 20, 2010                     OCTOBER 17, 2013
6

7       ***************************************************************

        IN RE: THE COMPLAINT AND           DOCKET NO. 10-CV-2771
8       PETITION OF TRITON ASSET           SECTION "J"
        LEASING GMBH, ET AL
9

10      ***************************************************************

        UNITED STATES OF AMERICA           DOCKET NO. 10-CV-4536
11            V.                           SECTION "J"
        BP EXPLORATION & PRODUCTION,
12      INC., ET AL

13      ***************************************************************

14                        DAY 11 MORNING SESSION
                   TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
15           HEARD BEFORE THE HONORABLE CARL J. BARBIER
                       UNITED STATES DISTRICT JUDGE
16

17      APPEARANCES:

18


19      FOR THE PLAINTIFFS:        HERMAN HERMAN & KATZ
                                   BY:  STEPHEN J. HERMAN, ESQ.
20                                 820 O'KEEFE AVENUE
                                   NEW ORLEANS, LA  70113
21

22                                 DOMENGEAUX WRIGHT ROY & EDWARDS
23                                 BY:  JAMES P. ROY, ESQ.
                                   556 JEFFERSON STREET, SUITE 500
24                                 POST OFFICE BOX 3668
                                   LAFAYETTE, LA  70502
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              LEVIN PAPANTONIO THOMAS MITCHELL
                               RAFFERTY & PROCTOR
 4                             BY:  BRIAN H. BARR, ESQ.
                               316 SOUTH BAYLEN STREET, SUITE 600
 5                             PENSACOLA, FL  32502

 6

 7                              WEITZ & LUXENBERG
                               BY:  ROBIN L. GREENWALD, ESQ.
 8                             700 BROADWAY
                               NEW YORK CITY, NY  10003
 9

10                             IRPINO LAW FIRM
11                             BY:  ANTHONY IRPINO, ESQ.
                               2216 MAGAZINE STREET
12                             NEW ORLEANS, LA  70130

13

14                             LUNDY, LUNDY, SOILEAU & SOUTH
                               BY:  MATTHEW E. LUNDY, ESQ.
15                             501 BROAD STREET
                               LAKE CHARLES, LA  70601
16

17                             MORGAN & MORGAN
18                             BY:  FRANK M. PETOSA, ESQ.
                               188 EAST CAPITOL STREET, SUITE 777
19                             JACKSON, MS  39201

20

21   FOR THE STATES'
     INTERESTS:                ALABAMA ATTORNEY GENERAL'S OFFICE
22                             BY:  COREY L. MAZE, ESQ.
                               WINFIELD J. SINCLAIR, ESQ.
23                             500 DEXTER AVENUE
                               MONTGOMERY, AL  36130
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE STATE OF
     LOUISIANA:
 4                               STATE OF LOUISIANA
                                 BY:  JAMES D. CALDWELL,
 5                               ATTORNEY GENERAL
                                 1885 NORTH THIRD STREET
 6                               POST OFFICE BOX 94005
                                 BATON ROUGE, LA  70804
 7

 8
                                 KANNER & WHITELEY
 9                               BY:  ALLAN KANNER, ESQ.
                                 DOUGLAS R. KRAUS, ESQ.
10                               701 CAMP STREET
                                 NEW ORLEANS, LA  70130
11

12

13   FOR THE UNITED STATES
     OF AMERICA:                 U.S. DEPARTMENT OF JUSTICE
14                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  STEPHEN G. FLYNN, ESQ.
15                               POST OFFICE BOX 14271
                                 WASHINGTON, DC  20044
16

17
                                 U.S. DEPARTMENT OF JUSTICE
18                               ENVIRONMENT & NATURAL RESOURCES
                                    DIVISION
19                               ENVIRONMENTAL ENFORCEMENT SECTION
                                 BY:  THOMAS BENSON, ESQ.
20                                    STEVEN O'ROURKE, ESQ.
                                      SCOTT CERNICH, ESQ.
21                                    A. NATHANIEL CHAKERES, ESQ.
                                      ANNA CROSS, ESQ.
22                                    BETHANY ENGEL, ESQ.
                                      RICHARD GLADSTEIN, ESQ.
23                                    JUDY HARVEY, ESQ.
                                      SARAH HIMMELHOCH, ESQ.
24                               P.O. BOX 7611
                                 WASHINGTON, DC  20044
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BP EXPLORATION &
     PRODUCTION INC.,
 4   BP AMERICA PRODUCTION
     COMPANY, BP PLC:          LISKOW & LEWIS
 5                             BY:  DON K. HAYCRAFT, ESQ.
                               ONE SHELL SQUARE
 6                             701 POYDRAS STREET
                               SUITE 5000
 7                             NEW ORLEANS, LA 70139

 8

 9                             KIRKLAND & ELLIS
                               BY:  J. ANDREW LANGAN, ESQ.
10                                  HARIKLIA KARIS, ESQ.
                                    PAUL D. COLLIER, ESQ.
11                                  MATTHEW T. REGAN, ESQ.
                                    BARRY E. FIELDS, ESQ.
12                             300 N. LASALLE
                               CHICAGO, IL 60654
13

14                             KIRKLAND & ELLIS
15                             BY:  MARTIN BOLES, ESQ.
                               333 SOUTH HOPE STREET
16                             LOS ANGELES, CA 90071

17

18                             KIRKLAND & ELLIS
                               BY:  ROBERT R. GASAWAY, ESQ.
19                                  JOSEPH A. EISERT, ESQ.
                                    BRIDGET K. O'CONNOR, ESQ.
20                             655 FIFTEENTH STREET, N.W.
                               WASHINGTON, DC  20005
21

22                             COVINGTON & BURLING
23                             BY:  ROBERT C. "MIKE" BROCK, ESQ.
                               1201 PENNSYLVANIA AVENUE, NW
24                             WASHINGTON, DC  20004

25
```

**OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2


3    FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
4    OFFSHORE DEEPWATER
     DRILLING INC., AND
5    TRANSOCEAN DEEPWATER
     INC.:                        FRILOT
6                                 BY:   KERRY J. MILLER, ESQ.
                                  ENERGY CENTRE
7                                 1100 POYDRAS STREET, SUITE 3700
                                  NEW ORLEANS, LA  70163
8

9                                 SUTHERLAND ASBILL & BRENNAN
10                                BY:  STEVEN L. ROBERTS, ESQ.
                                  1001 FANNIN STREET, SUITE 3700
11                                HOUSTON, TX  77002

12

13                                MUNGER TOLLES & OLSON
                                  BY:  MICHAEL R. DOYEN, ESQ.
14                                     BRAD D. BRIAN, ESQ.
                                       LUIS LI, ESQ.
15                                     GRANT A. DAVIS-DENNY, ESQ.
                                       ALLEN M. KATZ, ESQ.
16                                335 SOUTH GRAND AVENUE, 35TH FLOOR
                                  LOS ANGELES, CA  90071
17

18
     FOR HALLIBURTON
19   ENERGY SERVICES,
     INC.:                        GODWIN LEWIS
20                                BY:  DONALD E. GODWIN, ESQ.
                                       JENNY L. MARTINEZ, ESQ.
21                                     BRUCE W. BOWMAN, JR., ESQ.
                                       PRESCOTT W. SMITH, ESQ.
22                                     SEAN W. FLEMING, ESQ.
                                  RENAISSANCE TOWER
23                                1201 ELM STREET, SUITE 1700
                                  DALLAS, TX  75270.
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              GODWIN LEWIS
                               BY:  R. ALAN YORK, ESQ.
 4                                  GWENDOLYN E. RICHARD, ESQ.
                               1331 LAMAR, SUITE 1665
 5                             HOUSTON, TX  77010

 6

 7   FOR ANADARKO
     PETROLEUM CORPORATION,
 8   ANADARKO E&P COMPANY LP:
                               KUCHLER POLK SCHELL
 9                             WEINER & RICHESON
                               BY:  DEBORAH D. KUCHLER, ESQ.
10                             1615 POYDRAS STREET, SUITE 1300
                               NEW ORLEANS, LA  70112
11

12
                               BINGHAM MCCUTCHEN
13                             BY:  WARREN A. FITCH, ESQ.
                                   KY E. KIRBY, ESQ.
14                             2020 K STREET, NW
                               WASHINGTON, DC  20006
15

16

17   OFFICIAL COURT REPORTER:       SUSAN A. ZIELIE, RMR, CCR
                                    CERTIFIED REALTIME REPORTER
18                                  REGISTERED MERIT REPORTER
                                    500 POYDRAS STREET, ROOM HB406
19                                  NEW ORLEANS, LA  70130
                                    (504) 589-7781
20                                  susan_zielie@laed.uscourts.gov

21

22

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
24

25
```

1              **I N D E X**

2

3  *Testimony of*:

4        **MICHAEL ZALDIVAR (Cont)**

5              Redirect by Mr. Fields          2873

6              Cross by Mr. Chakeres           2775

7

8        **SRDJAN NESIC**

9              Direct by Mr. Brock             2843

10             Cross by Ms. Cross             2903

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

2773

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2                      OCTOBER 17, 2013

 3                M O R N I N G    S E S S I O N

 4                  (COURT CALLED TO ORDER)

 5                        8:00 A.M.

 6
```

08:07AM  7     THE COURT:  Good morning, everyone.

08:07AM  8          Looks like our government workers will be paid

08:07AM  9 after all.  The other side of the table is probably very happy.

08:07AM 10 These people down here are happy.  At least until January when

08:07AM 11 we have the next crisis.

08:07AM 12          Okay.

08:07AM 13     MR. FIELDS:  Your Honor, just one administrative

08:07AM 14 matter.  Barry Fields on behalf of BP.

08:07AM 15          I have in my possession a list of the exhibits

08:07AM 16 that were used during the examination of Dr. Robert Zimmerman.

08:07AM 17          That list of exhibits was circulated to the

08:08AM 18 parties a couple of days ago.  We did not receive an objection.

08:08AM 19 So, at this time, we would offer those exhibits into evidence.

08:08AM 20     MS. HIMMELHOCH:  No objections.

08:08AM 21     THE COURT:  Very well.  Without objection, those will

08:08AM 22 be admitted.

08:08AM 23          (Exhibits admitted.)

08:08AM 24     MR. FIELDS:  Thank you, Your Honor.

08:08AM 25     MS. HIMMELHOCH:  Your Honor, Sarah Himmelhoch for the

08:08AM 1    United States.  Another short housekeeping matter.

08:08AM 2            Last night, BP filed an offer of proof reasserting

08:08AM 3    their arguments on the surrebuttal motion.  It is my

08:08AM 4    understanding that we are not supposed to respond to that, but I

08:08AM 5    wanted direction from the Court as to whether you expected a

08:08AM 6    response.

08:08AM 7            THE COURT:  I haven't even seen that, so I have no idea

08:08AM 8    what that's about.

08:08AM 9            MS. HIMMELHOCH:  Okay.  We'll await an order from the

08:08AM 10   Court before filing a response, sir.

08:08AM 11           THE COURT:  All right.

08:08AM 12           MS. PENCAK:  Good morning, Your Honor.  Erica Pencak

08:08AM 13   for the United States.  Just one more preliminary matter.  I

08:08AM 14   have list of the United States call-outs, demonstratives, and

08:08AM 15   exhibits used in the United States' examination of Drs. Merrill,

08:08AM 16   Gringarten, and Zimmerman.

08:08AM 17           We've circulated these lists to the parties and

08:09AM 18   received no objections.

08:09AM 19           THE COURT:  Okay.  Any remaining objections?

08:09AM 20           Hearing none, those are admitted.

08:09AM 21           (Exhibits admitted.)

08:09AM 22           MS. PENCAK:  Thank you, Your Honor.

08:09AM 23           THE COURT:  All right.  According to our timekeepers,

08:09AM 24   United States has used 16 hours, 33 minutes.  There's 28:27

08:09AM 25   remaining.  BP has used 21 hours and 49 minutes.  They have

08:09AM 1    23:11 remaining.

08:09AM 2              Good morning, Dr. Zaldivar.  You're still under

08:09AM 3    oath.

08:09AM 4         THE WITNESS:  Yes.

08:09AM 5         MR. CHAKERES:  Your Honor, may it please the Court?

08:09AM 6         THE COURT:  Go ahead.

08:09AM 7                     CROSS EXAMINATION

08:09AM 8    BY MR. CHAKERES:

08:09AM 9    Q   Nat Chakeres on behalf of the United States.  Dr. Zaldivar,

08:09AM 10   I have you on cross examination.

08:09AM 11             Dr. Zaldivar, your model is a one-dimensional

08:09AM 12   model; correct?

08:09AM 13   A   That's correct.

08:09AM 14   Q   The results that come out of your modeling that will you

08:09AM 15   present to the Court are mass flow rates; right?

08:09AM 16   A   Those aren't the only results.  What I presented to the

08:10AM 17   Court yesterday were volumetric flow rates.

08:10AM 18             The model itself works in a basis of units that is

08:10AM 19   mass based.

08:10AM 20   Q   Are stock tank barrels a defined unit of mass or a defined

08:10AM 21   unit of volume?

08:10AM 22   A   That's a unit of volume.  That's a volumetric flow rate.

08:10AM 23   Q   You used a single stage flash process to convert the total

08:10AM 24   mass flow rate in your model for stock tank barrels; correct?

08:10AM 25   A   That's correct.

2776

| | | |
|---|---|---|
| 08:10AM | 1 | Q   Before we get too far along, I wanted to make sure we have |
| 08:10AM | 2 | some terms and definitions out there.  That, we're speaking the |
| 08:10AM | 3 | same language. |
| 08:10AM | 4 | You had a demonstrative yesterday where you |
| 08:10AM | 5 | described different flow patterns. |
| 08:10AM | 6 | Do you remember that? |
| 08:10AM | 7 | A   Yes, I do. |
| 08:10AM | 8 | Q   It included stratified flows, stratified wavy flow, slug |
| 08:10AM | 9 | flow, and other types of flow patterns; right? |
| 08:10AM | 10 | A   Yes, that's correct. |
| 08:10AM | 11 | Q   I might at some point call those flow regimes; that the same |
| 08:10AM | 12 | sort of thing? |
| 08:10AM | 13 | A   Flow patterns and flow regimes are two commonly used words, |
| 08:11AM | 14 | yes, that's correct. |
| 08:11AM | 15 | Q   Thank you, sir. |
| 08:11AM | 16 | Now, I want to go back to this mass flow rate |
| 08:11AM | 17 | issue.  For a single phase fluid, we'll stick with that, can we |
| 08:11AM | 18 | say that mass flow rate is equal to the density of the fluid |
| 08:11AM | 19 | times its mean velocity times the area through which it's |
| 08:11AM | 20 | flowing?  Is that a definition of mass flow rate? |
| 08:11AM | 21 | A   Could you repeat that? |
| 08:11AM | 22 | Q   Yes. |
| 08:11AM | 23 | And, actually, I've got a demonstrative just so we |
| 08:11AM | 24 | don't have to keep all this stuff in our head. |
| 08:11AM | 25 | MR. CHAKERES:  If we could pull up demonstrative |

OFFICIAL TRANSCRIPT

08:11AM 1    D-0221.

08:11AM 2    BY MR. CHAKERES:

08:11AM 3    Q    And, again, we'll stick with single phase flow right now.

08:11AM 4                   Is this an accurate representation and equation of

08:11AM 5    mass flow rate along one dimension?

08:11AM 6    A    Yes, that's correct.

08:11AM 7    Q    Okay.  And, for multiphase flow, you had multiphase flow in

08:11AM 8    your model; correct?

08:11AM 9    A    That's also correct.

08:11AM 10   Q    We would have to make this a little bit more involved;

08:11AM 11   right?  We would have a mass flow rate for gas phase and a mass

08:12AM 12   flow rate for the liquid phase; right?

08:12AM 13   A    Yes, that's correct.

08:12AM 14   Q    And the mass in both the gas phase and the liquid phase

08:12AM 15   would have their own densities; right?

08:12AM 16   A    Yes.

08:12AM 17   Q    And both would have their own velocity; right?

08:12AM 18   A    Yes, that's correct.

08:12AM 19   Q    And then we would have an area for flow for each of them;

08:12AM 20   right?

08:12AM 21   A    Yes.  That's also correct.

08:12AM 22   Q    And, before we get too far along, you've spoke in your

08:12AM 23   deposition about something called superficial velocity; right?

08:12AM 24   A    Um-hum.

08:12AM 25   Q    Is it fair to say that, if we are using the word superficial

08:12AM 1    velocity, that's just the velocity of that phase, and then we

08:12AM 2    don't have to worry about how much of the area is taken up for

08:12AM 3    that phase?

08:12AM 4    A    It's the average phase velocity.

08:12AM 5    Q    The average phase velocity averaged across the entire flow

08:12AM 6    area?

08:12AM 7    A    Averaged across the area that it's flowing, yes.

08:12AM 8    Q    So this equation is the definition of mass flow rate, but we

08:13AM 9    have mass flow rates for both phases in a multiphase

08:13AM 10   environment; correct?

08:13AM 11   A    Yes.  You also have the total mass flow rate, so that --

08:13AM 12   Q    And that is the sum of the mass flow rate for each phase;

08:13AM 13   right?

08:13AM 14   A    Yeah.  That equation could apply to the multiphase flow if

08:13AM 15   the velocity itself was the average mixture velocity.

08:13AM 16   Q    I appreciate that.  Thanks.  We can take down that

08:13AM 17   demonstrative.

08:13AM 18                Now, your flow rate estimate that you presented to

08:13AM 19   the Court consists of an estimate of flow out the end of the

08:13AM 20   riser and an estimate of flow out of the kink leaks; correct?

08:13AM 21   A    That's correct.

08:13AM 22   Q    And you described yesterday how you went through arriving at

08:13AM 23   both of those estimates.

08:13AM 24                For the estimate of the flow out of the riser, you

08:13AM 25   used LedaFlow to predict the flow rates at which observed slug

08:13AM 1    behavior took place; right?

08:13AM 2    A    That's correct.

08:13AM 3    Q    You looked at two points in time, May 13th and May 16th;

08:13AM 4    correct?

08:13AM 5    A    Yes, that's also correct.

08:13AM 6    Q    And you also looked at the period after May 20th to see what

08:14AM 7    flow rates would result in the riser being flat along the floor

08:14AM 8    of the ocean; correct?

08:14AM 9    A    No.  That's not precisely correct.

08:14AM 10   Q    How is that not correct?

08:14AM 11   A    I didn't model any time period past May 20th.

08:14AM 12           I did look at that period with respect to looking

08:14AM 13   at ROV videos to ensure that slug flow was not present after May

08:14AM 14   20th.

08:14AM 15   Q    Thanks for that clarification.

08:14AM 16           Now, you don't opine anywhere in your report that

08:14AM 17   the flow out of the end of the riser was changing between May

08:14AM 18   13th and May 20th; do you?

08:14AM 19   A    No, I do not.

08:14AM 20   Q    You provide the same estimate for each of the days, May 13th

08:14AM 21   through 20th, at the end of the riser; correct?

08:14AM 22   A    I provide the same best estimated flow rate, but I do

08:14AM 23   provide a range of flow rates over the full period.

08:14AM 24   Q    Okay.  Thank you.

08:14AM 25           Now, you testified yesterday about something

08:14AM 1   called a hydraulic diameter, and I'd like to go into that a

08:14AM 2   little bit now.

08:15AM 3                Now, the diameter of the flow path in your model

08:15AM 4   was what you were referring to as the hydraulic diameter;

08:15AM 5   correct?

08:15AM 6   A   Yes, that's correct.

08:15AM 7   Q   So, in your model, the information you gave LedaFlow about

08:15AM 8   the size of the flow path was the hydraulic diameter; correct?

08:15AM 9   A   Yes.  That's an input -- you have to input the diameter into

08:15AM 10  the model, and that's the diameter that I used.

08:15AM 11  Q   And you testified yesterday that the hydraulic diameter is a

08:15AM 12  standard geometric transform that you use when you have a

08:15AM 13  noncircular flow path; is that correct?

08:15AM 14  A   A standard geometric transformation.  But, yes, that's

08:15AM 15  correct.

08:15AM 16  Q   It's standardly used in fluid mechanics problems; correct?

08:15AM 17  A   Yes.

08:15AM 18  Q   And it's been used in steady state flow problems; correct?

08:15AM 19  A   Yes.

08:15AM 20  Q   It's been used in transient flow problems; correct?

08:15AM 21  A   Yes, that's correct.  Also correct.

08:15AM 22  Q   It's used in single phase flow problems; correct?

08:15AM 23  A   Yes, that's correct.

08:15AM 24  Q   It's used in multiphase flow problems; is that correct?

08:16AM 25  A   Yes, that's correct.

2781

08:16AM 1    Q   It's used in problems where there's constant density;

08:16AM 2    correct?

08:16AM 3    A   Most of the time that you're modeling flow, certainly if

08:16AM 4    you're looking at large-scale flow phenomenon, you would expect

08:16AM 5    that the density would be changing because pressure and

08:16AM 6    temperature would be changing.

08:16AM 7                I am sure that it probably has been used; but,

08:16AM 8    certainly, the problems that I'm most familiar looking at are

08:16AM 9    large-scale problems, so you wouldn't presume that the density

08:16AM 10   doesn't change over the model itself.

08:16AM 11   Q   Thank you.

08:16AM 12               And my question was just, if I were to perform --

08:16AM 13   look at a problem where, say, it was an incompressible fluid and

08:16AM 14   I didn't have to worry about density changes, you would expect

08:16AM 15   the hydraulic diameter concept to still apply in those types of

08:16AM 16   problems?

08:16AM 17   A   I would expect that to be true.  But, to be clear, this

08:16AM 18   particular problem is compressible fluid.  Gas is quite

08:17AM 19   compressible, and multiphase flow is considered a compressible

08:17AM 20   flow problem.

08:17AM 21   Q   I appreciate that.

08:17AM 22               MR. CHAKERES:  Now, if we could go to demonstrative

08:17AM 23   D-22210.

08:17AM 24   BY MR. CHAKERES:

08:17AM 25   Q   You talked about this a little bit yesterday, and I just

08:17AM 1    wanted to go through it again.  So I have here on the left a

08:17AM 2    pipe that has the drill pipe inside it.

08:17AM 3                    Do you see that?

08:17AM 4    A    I do.

08:17AM 5    Q    And, for your model of the riser, the large -- there are

08:17AM 6    several different segments that have different diameters of the

08:17AM 7    drill pipe inside of it; right?

08:17AM 8    A    Yes, that's correct.  The drill pipe did not have the same

08:17AM 9    diameter down the length of the riser.

08:17AM 10   Q    The large majority of the riser, though, had 6.625 inch

08:17AM 11   drill pipe inside of it; right?

08:17AM 12   A    By large majority, about three-quarters of the riser, or

08:17AM 13   near that amount, had that specific drill pipe diameter.

08:17AM 14   Q    We'll take that.

08:18AM 15                    And the general form of the equation for a

08:18AM 16   hydraulic diameter is four times the area through which the

08:18AM 17   fluid is flowing divided by perimeter, the wetted perimeter;

08:18AM 18   correct?

08:18AM 19   A    That's correct.

08:18AM 20   Q    And you describe that in your report; correct?

08:18AM 21   A    I do.

08:18AM 22   Q    And, specifically for an annular flow, you derived sort of a

08:18AM 23   shortcut, which is true for all annular flows, which the

08:18AM 24   hydraulic diameter is equal to the diameter of the big pipe, the

08:18AM 25   inner diameter of the big pipe, minus the outer diameter of the

08:18AM 1    little pipe; is that correct?

08:18AM 2    A   Yeah.  I wouldn't describe it as a shortcut.  If you apply

08:18AM 3    the formula 4A over P and you simplify that formula, you can

08:18AM 4    simplify it to that specific relationship for flow in any

08:18AM 5    annulus.

08:18AM 6    Q   It means the exact same thing as 4A over P for annular flow

08:19AM 7    path; doesn't it?

08:19AM 8    A   Yes, that's correct.

08:19AM 9    Q   And, if we were to pretend the drill pipe were perfectly

08:19AM 10   centered in the riser, the hydraulic diameter is equal to double

08:19AM 11   the gap between the inner pipe and the outer pipe; isn't it?

08:19AM 12   A   Could you repeat that?

08:19AM 13   Q   Yes.

08:19AM 14            So presuming the drill pipe is perfectly centered,

08:19AM 15   there's a gap between the drill pipe and the riser; right?

08:19AM 16   A   That's correct.

08:19AM 17   Q   And the hydraulic diameter would be double that gap; right?

08:19AM 18   A   So, if you're asking me in this specific example that if

08:19AM 19   12.875 minus 6.625 is approximately two-thirds, so there would

08:19AM 20   be half of it on both sides, yes, that's correct.

08:19AM 21   Q   That wasn't quite my question.

08:19AM 22            My question was, so you have -- the derivation of

08:19AM 23   the hydraulic diameter is the big pipe diameter minus the small

08:20AM 24   pipe diameter; right?

08:20AM 25   A   That's correct.

08:20AM 1    Q    Half of that would then be the big pipe radius minus the

08:20AM 2    small pipe radius; right?

08:20AM 3    A    Half of what specifically?

08:20AM 4    Q    Half of the hydraulic diameter.

08:20AM 5    A    Half of 12.875 is 6.4 something.

08:20AM 6    Q    And I'm not trying to say that this is one-third of the

08:20AM 7    whole thing.

08:20AM 8                I'm saying, for any annular flow path, the gap

08:20AM 9    between the drill pipe and the riser times two is the hydraulic

08:20AM 10   diameter; right?

08:20AM 11   A    I am not sure that that's generally true without deriving

08:20AM 12   it.  Certainly, you could imagine a pipe that's very small --

08:20AM 13   yeah, it might be true, though.

08:20AM 14   Q    So this formula -- and we'll look at that again.  So this

08:20AM 15   formula, it's not true just for the annular flow path that you

08:20AM 16   modeled; right?  It's true for any annular flow path.  That's

08:21AM 17   the hydraulic diameter for that annular flow path; right?

08:21AM 18   A    That is true.

08:21AM 19   Q    Okay.  We can pull that demonstrative.  We'll come back to

08:21AM 20   that in a minute.

08:21AM 21                Now, you testified in your deposition that the

08:21AM 22   reason why you use a hydraulic diameter as opposed to the actual

08:21AM 23   -- or the diameter relating to the actual flow area is because

08:21AM 24   you want to maintain the ratio between the cross-sectional area

08:21AM 25   of the flow and the wetted perimeter; correct?

08:21AM  1   A   That's correct.

08:21AM  2   Q   And is it correct to say that the reason you do this is

08:21AM  3   because the cross-sectional area for flow is proportional to the

08:21AM  4   driving force, there's a pressure drop for the pipe, and the

08:21AM  5   wetted perimeter is proportional to the frictional force acting

08:21AM  6   against flow?

08:21AM  7   A   Yes.  I would generally agree with that.  I don't know that

08:21AM  8   I would say that they're directly proportional, but there is a

08:21AM  9   relationship between those.

08:21AM 10   Q   And that relationship is why you need to maintain the ratio

08:22AM 11   between the area in the wetted perimeter; right?

08:22AM 12   A   Yeah.  In order to correctly capture the relationship

08:22AM 13   between pressure drop and volumetric flow rate or flow rate

08:22AM 14   period.

08:22AM 15   Q   Now, you testified in your deposition that LedaFlow uses the

08:22AM 16   hydraulic diameter and calculates the pressure drop based on

08:22AM 17   velocities and frictional losses associated with those

08:22AM 18   velocities; correct?

08:22AM 19   A   That's correct.

08:22AM 20   Q   And so the fluid velocities in the system are used in

08:22AM 21   conjunction with the hydraulic diameter to calculate pressure

08:22AM 22   drops; correct?

08:22AM 23   A   Yes, that's correct.

08:22AM 24   Q   You want to accurately capture the pressure drops in the

08:22AM 25   system; right?

08:22AM 1    A    That's correct.

08:22AM 2    Q    And that's why you used the hydraulic diameter; correct?

08:22AM 3    A    That's also correct.

08:22AM 4    Q    You also want the velocities in your model to be correct;

08:22AM 5    correct?

08:22AM 6    A    No, that's not correct.

08:22AM 7    Q    You do not want the velocities in your model to be accurate?

08:22AM 8    A    I think, ideally, I would want to capture the correct two

08:22AM 9    representation of the velocities.

08:22AM 10                However, when you make a geometric transformation,

08:23AM 11   such as the hydraulic diameter geometric transformation,

08:23AM 12   essentially what you're doing is you're narrowing the area of

08:23AM 13   the pipe itself.

08:23AM 14                When you do that, you increase the speed of the

08:23AM 15   fluid in that pipe in order to correctly capture the

08:23AM 16   relationship between pressure dropping and flow rate.

08:23AM 17                Essentially, if you think of his demonstrative

08:23AM 18   where you have a drill pipe flowing through the center of it,

08:23AM 19   that drill pipe has -- exerts extra frictional resistance to

08:23AM 20   flow.

08:23AM 21                And what the hydraulic diameter does, is it takes

08:23AM 22   a smaller pipe so that you get the same resistance to flow and

08:23AM 23   then the fluid flows faster.

08:23AM 24   Q    So it's your testimony that the velocities in your model

08:23AM 25   were not the accurate velocities that were present in the

08:23AM 1    Macondo riser?

08:23AM 2    A   Yes, that's correct.  What my model captures correctly is

08:23AM 3    the volumetric flow rate and pressure drops.

08:24AM 4    Q   Now, you testified in your deposition that you ran your

08:24AM 5    model for a while, an hour, two hours, to stabilize the velocity

08:24AM 6    profiles, the pressure profiles, temperature profiles, and the

08:24AM 7    density profiles before you imposed the oscillation of the

08:24AM 8    riser.  Do you remember that?

08:24AM 9    A   I do.

08:24AM 10   Q   And you testified that you wanted to have your velocity

08:24AM 11   profiles that were as near as the actual conditions as possible

08:24AM 12   before starting to move the riser; do you recall that?

08:24AM 13   A   I do.

08:24AM 14          MR. FIELDS:  Your Honor, may I be heard?  Barry Fields.

08:24AM 15          The one issue I have is, it's not really

08:24AM 16   appropriate to talk about what he testified in his deposition.

08:24AM 17   You can ask a question and get an answer here, but that's not a

08:24AM 18   proper --

08:24AM 19          THE COURT:  That's correct.  Wait a minute.  Ask the

08:24AM 20   witness a question, and obviously you can phrase your question

08:24AM 21   based on something that was said in the deposition.  But phrase

08:24AM 22   it as a question.

08:24AM 23          If he gives an answer that you think is contrary

08:24AM 24   to what he said in his deposition, then you can use his

08:25AM 25   deposition; okay?

08:25AM 1          MR. CHAKERES:  I will do so, Your Honor.

08:25AM 2    BY MR. CHAKERES:

08:25AM 3    Q    So, when you ran your model, you ran it at a steady state

08:25AM 4    for a certain period of time in order to allow it to stabilize

08:25AM 5    before oscillating the riser; correct?

08:25AM 6    A    That's correct.

08:25AM 7    Q    And the reason you did that was because you wanted to get

08:25AM 8    representative temperature profiles, pressure profiles, density

08:25AM 9    profiles and velocity profiles that were as near the actual

08:25AM 10   conditions as possible before you started to move the riser;

08:25AM 11   correct?

08:25AM 12   A    Yes.  So, when you start one of these models, you have to

08:25AM 13   spend some time allowing the model to stabilize.  Because, when

08:25AM 14   you jump into the Macondo well on May 13th, well, it had been

08:25AM 15   flowing for some time, which means that it had temperature

08:25AM 16   profiles across the walls.  As I described earlier, you have the

08:25AM 17   riser, and there's a temperature gradient; and then there's the

08:25AM 18   buoyancy model, and there's a temperature gradient.  And all of

08:25AM 19   those materials hold heat.

08:26AM 20          And so, when you build a model, you run it to

08:26AM 21   steady state or you run it until all the conditions stabilize so

08:26AM 22   that you do have these stable representative pressure profiles

08:26AM 23   and temperature profiles throughout the model.

08:26AM 24   Q    But your testimony now is that your velocity profile is not

08:26AM 25   representative of what was actually in the riser; correct?

08:26AM 1    A    It wasn't the true velocity.  It was a representative

08:26AM 2    profile of a stable profile for those conditions.  Yes, that's

08:26AM 3    correct.

08:26AM 4    Q    And those conditions means a smaller pipe than what was

08:26AM 5    actually in the Macondo riser; right?

08:26AM 6    A    It means, yeah, I used the geometric transformation for

08:26AM 7    hydraulic diameter.  And, in doing so, I have to allow my model

08:26AM 8    to stabilize.  I have to allow it to start from something that

08:26AM 9    would represent those conditions that Macondo was in, yes.

08:26AM 10   Q    Now, yesterday you testified a little bit about flow

08:27AM 11   patterns; right?

08:27AM 12   A    I did.

08:27AM 13   Q    And you stated -- and if we could pull up -- well, we'll

08:27AM 14   keep going along.

08:27AM 15              You stated that if you have stratified flow, that

08:27AM 16   corresponds to slow gas flow and slow liquid flow; right?

08:27AM 17   A    I don't think I used those exact words.

08:27AM 18              Stratified flow is the velocities, we're talking

08:27AM 19   about superficial velocities or average phase velocities, and it

08:27AM 20   generally is present when the ratio between the gas velocities

08:27AM 21   and the liquid velocities are near each other.

08:27AM 22              It could be moving quite fast.  But, if the gas is

08:27AM 23   moving faster than the liquid, you would see waves or ripples on

08:27AM 24   the surface of the liquid.

08:27AM 25              If they're moving at the same speed, you're going

08:27AM 1    to see liquid at the bottom of the pipe with gas on the top of

08:27AM 2    the pipe, and you won't see much rippling in the surface.

08:28AM 3              THE COURT:  No matter what the speed?

08:28AM 4              THE WITNESS:  No matter what the speed.

08:28AM 5    BY MR. CHAKERES:

08:28AM 6    Q    So, if both of them were moving, say, one meter per year,

08:28AM 7    very, very slowly, right, you would not see the ripples on the

08:28AM 8    waves; right?

08:28AM 9    A    Not if they were moving at the same speed, no.

08:28AM 10   Q    Then let's double the gas to two meters per year.  That's

08:28AM 11   still very, very slow; right?

08:28AM 12   A    Just the gas portions of the liquid?

08:28AM 13   Q    The liquid is still moving at one meter per year.

08:28AM 14   A    Yes.

08:28AM 15   Q    And the gas is now moving at two meters per year.  Very,

08:28AM 16   very slow.  Are you going to be seeing waves kicking up there?

08:28AM 17   A    I would guess not likely.

08:28AM 18              Of course, to know the answer to that, you would

08:28AM 19   need to model the specifics of the fluid.  You'd need to know

08:28AM 20   something about the interfacial friction; you'd need to know

08:28AM 21   something about the particular fluid viscosity.  The thicker

08:28AM 22   fluids tend not to ripple as easily.

08:28AM 23              So there's lots of sophistication and complexity

08:28AM 24   to multiphase flow.  In that particular example with very

08:29AM 25   slow-moving fluids, I would say it's unlikely.  But, without a

08:29AM 1    specific example, I don't know that.

08:29AM 2                I can generally answer that question for all

08:29AM 3    problems.

08:29AM 4    Q   Now let's assume the fluids were moving at 10 meters per

08:29AM 5    second.  Both the gas and the liquid are moving at 10 meters per

08:29AM 6    second.  Are you with me?

08:29AM 7    A   I am.

08:29AM 8    Q   Much faster flow through the riser; right?

08:29AM 9    A   That's correct.

08:29AM 10   Q   Now we double the gas velocity there from 10 meters per

08:29AM 11   second to 20 meters per second.

08:29AM 12               Do you think it's going to be the same change in

08:29AM 13   flow patterns as you had when the flows were thousands of times

08:29AM 14   smaller?

08:29AM 15   A   No, probably not.  Again, you have to look specifically at

08:29AM 16   the fluid conditions in order to draw general conclusions.

08:29AM 17           MR. CHAKERES:  Let's look at demonstrative D-2205.

08:29AM 18   BY MR. CHAKERES:

08:30AM 19   Q   Now, we have here -- over here on the left is the actual

08:30AM 20   riser.  We have the outer diameter of 915.5 inches, or diameter

08:30AM 21   of the outer pipe 915.5 inches, diameter of the inner pipe 6.625

08:30AM 22   inches.

08:30AM 23               Do you see that?

08:30AM 24   A   I do.

08:30AM 25   Q   And now we have your model.  It's got a hydraulic diameter

08:30AM 1    of 12.875 inches; right?

08:30AM 2    A    That's correct.

08:30AM 3    Q    Now, I'll just throw out a hypothetical here.  I've

08:30AM 4    multiplied my -- the riser by 3, but I've maintained the

08:30AM 5    difference between the diameter of the outer pipe and the inner

08:30AM 6    pipe.  So I have the same hydraulic diameter.  And we can

08:30AM 7    subtract these if you want.  But those should come out to 12.875

08:30AM 8    inches.

08:30AM 9                    Do you see that?

08:30AM 10   A    I do.

08:30AM 11   Q    The flow area for this large pipe is about 1050 square

08:30AM 12   inches.

08:30AM 13                   Do you see that?

08:30AM 14   A    I do.

08:30AM 15   Q    The flow area for your model is about 130 square inches.

08:31AM 16                   Do you see that?

08:31AM 17   A    I do.

08:31AM 18   Q    Now, we have the same hydraulic diameter in both of these

08:31AM 19   cases; don't we?

08:31AM 20   A    Yes.  That's precisely the point.

08:31AM 21   Q    Precisely the point.  I'm sorry.  Let you finish.

08:31AM 22   A    You can't think of this in terms of -- I mentioned this as a

08:31AM 23   counterintuitive phenomenon.  I mean, if you think about it --

08:31AM 24   unfortunately, everything in science isn't intuitive.  This is

08:31AM 25   one of those situations where it's not the most intuitive

08:31AM 1    situation.

08:31AM 2                 But, in this particular example, yes, it's exactly

08:31AM 3    the same hydraulic diameter.  If you have a straw with an

08:31AM 4    obstruction and you're trying to suck fluid into your mouth,

08:31AM 5    that straw requires you to exert more effort.

08:31AM 6                 You can take a smaller straw and exert the same

08:31AM 7    amount of effort and get the exact same amount of fluid in your

08:31AM 8    mouth.

08:31AM 9                 If you have a big, big straw with a big, big straw

08:31AM 10   in the center of it, in terms of the amount of force to get the

08:32AM 11   same fluid, or the volumetric flow rate, it's the exact same

08:32AM 12   force.

08:32AM 13   Q   Well, it's not really counterintuitive when we say that

08:32AM 14   we're maintaining the velocities across these; is it?

08:32AM 15                 Because we have here about the same distance from,

08:32AM 16   you know, the inner wall and the outer wall, so we're

08:32AM 17   maintaining the relationship between the area for flow and the

08:32AM 18   wetted perimeter.

08:32AM 19                 So, if we say that the frictional pressure drop

08:32AM 20   versus velocity relationship stays the same across all of these,

08:32AM 21   it's not so counterintuitive; is it?

08:32AM 22   A   It may not be counterintuitive to you, but it would also be

08:32AM 23   incorrect to do so.

08:32AM 24   Q   So is it your testimony that, for a given pressure drop,

08:32AM 25   same pressure drop across each of these three examples -- same

08:32AM 1    fluid, same temperature, everything -- for the same pressure

08:32AM 2    drop, you are going to get the same amount of flow through each

08:32AM 3    of these?

08:32AM 4    A    Not the same velocity; but you will get the same volumetric

08:32AM 5    flow rate, yes, that's correct.

08:33AM 6    Q    So I can keep expanding this riser over here.  I can push

08:33AM 7    this riser out to a thousand; and, as long as I have the same

08:33AM 8    hydraulic diameter, just by pushing my inner pipe out in the

08:33AM 9    same way, I can increase my area for flow up to a thousand.

08:33AM 10            I have the same pressure drop pushing flow through

08:33AM 11   this giant riser as I do through your little model, and I'm

08:33AM 12   going to get the same amount of flow through there?

08:33AM 13   A    Well, I don't agree with the premise that you can extend

08:33AM 14   this model to infinity.  At some point, and you might actually

08:33AM 15   be approaching that point in this particular example, you

08:33AM 16   approach what's called flow between two parallel plates.

08:33AM 17            But, in general, despite the fact that it's

08:33AM 18   counterintuitive, it is correct.

08:33AM 19   Q    If I extend this thing out to a thousand, if I am

08:33AM 20   maintaining a relationship between the velocity and the pressure

08:33AM 21   drop, because every bit of flow has got a similar amount of drag

08:33AM 22   because it's got a similar amount of space to flow through, it's

08:34AM 23   not really counterintuitive if I maintain the velocity but I

08:34AM 24   allow my mass flow rates or volumetric flow rates to vary in

08:34AM 25   this case; is it?

Case 2:10-md-02179-CJB-DPC   Document 12798   Filed 04/30/14   Page 30 of 178

2795

08:34AM 1    A    Yeah.  But, unfortunately, that's not what the science tells

08:34AM 2    us to be true.

08:34AM 3    Q    So you think the hydraulic diameter concept breaks down

08:34AM 4    around here, but it's still okay over here?

08:34AM 5    A    No.  I think it's probably okay in the 3X scenario; however,

08:34AM 6    you cannot extend this riser out bigger and bigger and bigger.

08:34AM 7    Eventually, you're going to get to a situation where the fluid,

08:34AM 8    for instance at the top of the pipe, has no interaction with the

08:34AM 9    fluid at the bottom of the pipe.

08:34AM 10             It would be the equivalent of imaging a pipe the

08:34AM 11   size of the earth with a tiny little layer.  Well of course the

08:34AM 12   fluid here would have no idea what the fluid there is doing.

08:34AM 13             There are specific ratios where when you extend

08:34AM 14   this out to large, large system with very large inner pipes

08:34AM 15   where hydraulic diameter is not considered the correct geometric

08:35AM 16   transformation.

08:35AM 17             But, for the purpose of the demonstration, I'm

08:35AM 18   going with it.  It is counterintuitive; and, yes, this model is

08:35AM 19   the correct answer.

08:35AM 20             Unfortunately, no, it doesn't give you the true

08:35AM 21   velocities, but it does give you the correct relationship

08:35AM 22   between pressure drop and flow rate.

08:35AM 23   Q    So let's go to an expert report from one of your colleagues.

08:35AM 24   It's Exhibit 11488.  Page 24.

08:35AM 25             BY MR. CHAKERES:  If we could call out figure 9.

**OFFICIAL TRANSCRIPT**

2796

BY MR. CHAKERES:

Q   Did you read the expert report of Adrian Johnson?

A   I did not.

Q   Do you recognize this as a flow regime map?

A   I do.

Q   Now, this represents where flows are going to be in different flow regimes, which we described earlier is going to be something similar to flow patterns.

        Do you see that?

A   I do.

Q   It's a little hard to read, so we can pull out some of the language if we need to.

        Now, let's look at the axes.

        We have here on the bottom something called, I believe it's rho liquid/*v* liquid squares.

        Do you see that?

A   I do.

Q   And then, on the y-axis, we have a rho gas/*v* gas squared; right?

A   I do.

Q   And we can pull out the page.  Dr. Johnson was kind enough to define for us what rho and *v* represent here.

        If we could go out to the main page.  We see here, rho liquid is density of the liquid.  *v* liquid is the superficial liquid velocity.  UG is the superficial gas

08:36AM 1    velocity.  Right?

08:36AM 2                    Do you see that?

08:36AM 3    A    I do.

08:36AM 4    Q    Let's go back to the flow regime map.  This map tells us

08:37AM 5    what flow regime we're in based on the velocities and the

08:37AM 6    densities that we have, not a ratio of them that you're allowed

08:37AM 7    to scale by whatever factor you want; right?

08:37AM 8                    It's the actual velocities and the actual

08:37AM 9    densities of each fluid that determine what flow regime you're

08:37AM 10   in; isn't it true?

08:37AM 11   A    It's, in fact, kind of the ratio.  But, yes.  I'm not sure

08:37AM 12   exactly where this map was taken from.  I'm not familiar with

08:37AM 13   Hewitt-Roberts.

08:37AM 14                   But these maps, generally speaking, are built for

08:37AM 15   particular angles.  They have a very specific.  You often see

08:37AM 16   the x-axis and y-axis to be a series of nondimensional terms.

08:37AM 17                   But, in general, what you're comparing is what is

08:37AM 18   the relative gas velocity to the relative liquid velocity, and

08:37AM 19   that says something about the flow regime.

08:37AM 20   Q    Right.  The relative velocities.  It's not the ratios of the

08:37AM 21   velocities.  If both of them are one meter per year, you are

08:38AM 22   going to wind up somewhere way down here, even if one of them is

08:38AM 23   ten times the other.

08:38AM 24                   But, if you start getting over in the actual

08:38AM 25   velocity of the gas is something much greater, then the same

08:38AM 1    ratio might do something different in terms of what flow regime

08:38AM 2    you're in; won't it?

08:38AM 3    A    Yeah, that's correct.  And that's consistent with what I

08:38AM 4    said earlier.  If I have used the term ratio, I've used it to

08:38AM 5    represent this chart itself.

08:38AM 6             But, in your specific example, you asked me if a

08:38AM 7    ratio at a very low speed was likely to be stratified smooth,

08:38AM 8    and then you took that same ratio and scaled it up to a high

08:38AM 9    speed.  Then I said it is likely to result in stratified wavy.

08:38AM 10   So it is consistent with what I've said to you.

08:38AM 11            MR. CHAERES:  If we could go back to demonstrative

08:38AM 12   D-2205.

08:38AM 13   MR. CHAERES:

08:38AM 14   Q    So, in this case, you're saying that, for a given pressure

08:38AM 15   drop, the velocity up here is going to be different from your

08:39AM 16   model by a factor of 8; right?

08:39AM 17            For a given pressure drop, same hydraulic

08:39AM 18   diameter.  You're saying the velocity in this larger shape is

08:39AM 19   going to be 8 times less than the velocity in the model; right?

08:39AM 20   A    I didn't say anything about velocity.

08:39AM 21   Q    Well, for a given pressure drop, what do you think is going

08:39AM 22   to happen to the velocities between, say, a model with the same

08:39AM 23   hydraulic diameter as this shape right here?

08:39AM 24   A    I would need to do some math here.  I'm presuming that the

08:39AM 25   ratio of 1053 to 130 is somewhere near 8, which is how you're

08:39AM 1    coming up with this 8 times velocity.

08:39AM 2              Surely, what I'm saying is that the velocity and

08:39AM 3    modeled riser in this example would result in a substantially

08:39AM 4    higher velocity than the velocity in 3 times the riser.

08:40AM 5              And, again, we're really talking about the average

08:40AM 6    mixture velocity.  Remember, in multiphase flow, there are

08:40AM 7    multiple different velocities.  The gas is moving at a different

08:40AM 8    speed.

08:40AM 9              But, yes, the average velocity certainly is going

08:40AM 10   to be significantly faster in the modeled riser, as you've got

08:40AM 11   it termed.

08:40AM 12   Q    The very crux of what you're trying to do in this case is

08:40AM 13   you're trying to provide the Court with an estimate of flow

08:40AM 14   rates based on what flow patterns you observed; correct?

08:40AM 15   A    That's correct.

08:40AM 16   Q    And the flow patterns that you're determining are based on

08:40AM 17   the velocities, among other things, are based on the relative

08:40AM 18   velocities of each phase; correct?

08:40AM 19   A    In general, that is a true statement.  But you have to be

08:40AM 20   very careful with these flow regime maps.

08:40AM 21              So what these flow regime maps focus on

08:40AM 22   specifically is what I was talking about, hydrodynamic slugging,

08:41AM 23   which is when slug flow is determined based on those ratio.

08:41AM 24   And, when I described slug flow at the beginning, that's the way

08:41AM 25   I described it.

08:41AM  1            But one of the other mechanisms for slug flow is

08:41AM  2   terrain-induced slugging, which is slugging that's determined

08:41AM  3   based on the position of the riser.  So liquid tends to move to

08:41AM  4   the low spots in the riser, and it accumulates there; and then,

08:41AM  5   occasionally, it will burp out liquid in these system.

08:41AM  6            What we have in this particular case is sort of a

08:41AM  7   modification of terrain-induced slugging.  So you wouldn't see

08:41AM  8   on a flow map that it would be in the slug flow regime.  What

08:41AM  9   would you see is it would likely be in the stratified flow

08:41AM 10   regime.

08:41AM 11            If we can put up video -- I don't know if we can

08:41AM 12   do this.  But, yesterday, one of the slugs actually looks quite

08:42AM 13   like stratified flow.  It is oil dominant, but it does still

08:42AM 14   have a gas layer flowing across the top.

08:42AM 15            And so we're really talking about a very unique

08:42AM 16   mechanism of slug flow behavior.  We're certainly not talking

08:42AM 17   about hydrodynamic slugging or these flow regime maps or what

08:42AM 18   you get from these flow regime maps.

08:42AM 19   Q   Appreciate that.  You are still -- you need to wind up in

08:42AM 20   the stratified flow regime ballpark upstream of the buoyant

08:42AM 21   riser in order to model the slugs that you observed; correct?

08:42AM 22   A   That's correct.

08:42AM 23   Q   The relative velocities of the phases are still relevant to

08:42AM 24   whether you're in a stratified flow regime or flow pattern

08:42AM 25   upstream of the buoyant riser; correct?

08:42AM 1    A    That's also correct.

08:42AM 2    Q    And the relative velocities of the phases is also important

08:42AM 3    in determining whether the gas can push the oil slugs all the

08:43AM 4    way up the buoyant riser, or you get something to break and you

08:43AM 5    create a double peak; isn't that correct?

08:43AM 6    A    That's also correct.

08:43AM 7    Q    So the actual relative velocities of both phases is very

08:43AM 8    important in determining whether the slug behavior observed

08:43AM 9    matches your flow rates; right?

08:43AM 10   A    Yes, that's correct.  We looked specifically at the flow

08:43AM 11   regimes in this particular case.  We see almost the entire riser

08:43AM 12   sits in -- when you look at that traditional flow regime map,

08:43AM 13   almost the entire riser sits in a stratified flow.

08:43AM 14   Q    And it's your testimony, just so I'm clear, that instead of

08:43AM 15   using the hydraulic diameter to get the right velocity profile,

08:43AM 16   you believe that the hydraulic diameter maintains mass flow

08:43AM 17   rates or volumetric flow rates, and so your model will predict

08:43AM 18   velocities that are incorrect; right?

08:43AM 19   A    It's not just what I believe.  That's what the science tells

08:43AM 20   us.  But, yes, that's also what I believe.

08:44AM 21   Q    Okay.  Now, let's look at another example.  Let's go to the

08:44AM 22   kink leaks for a little while.

08:44AM 23              Now, you also use hydraulic diameters for the kink

08:44AM 24   leaks; correct?

08:44AM 25   A    That's correct.

08:44AM 1    Q   And, before we get too much farther, there were several

08:44AM 2    leaks that you modeled.  There was the leak that you called leak

08:44AM 3    B; correct?

08:44AM 4    A   Yes.

08:44AM 5    Q   And there was leak D; correct?

08:44AM 6    A   Yes.

08:44AM 7    Q   And then there are two other leaks that you combined; isn't

08:44AM 8    that right?

08:44AM 9    A   No, that's not correct.

08:44AM 10   Q   How did you model the other two leaks?

08:44AM 11   A   Well, just to be clear, the three leaks or four potential

08:44AM 12   holes that were present were holes B and C.  And then D and E

08:44AM 13   were the holes that were, if you remember the drawing, they're

08:44AM 14   almost touching each other.  There's a very small sliver of the

08:44AM 15   riser between the two holes.

08:45AM 16   Q   Okay.  And how did you model those two that were very close

08:45AM 17   to each other?

08:45AM 18   A   So I consulted Nesic, and he provided area and wetted

08:45AM 19   perimeter for those holes so that I could calculate the

08:45AM 20   hydraulic diameter for those holes.

08:45AM 21   Q   Did you sum the areas and sum the perimeters?

08:45AM 22   A   Again, Nesic provided that information.

08:45AM 23   Q   Understood.

08:45AM 24   A   I got a total area for those holes and a wetted perimeter.

08:45AM 25   Q   Okay.  And, the total area, did you understand that to be

08:45AM  1   the area of one hole plus the area of the other hole?

08:45AM  2   A   I have presumed so, yes.

08:45AM  3   Q   And, likewise for the perimeter, it was the perimeter on one

08:45AM  4   hole plus the perimeter of the other hole?

08:45AM  5   A   Again, I presume so.

08:45AM  6   Q   I'd like to flip to the ELMO and ask you about another

08:45AM  7   hypothetical.

08:45AM  8              And, again, it's your understanding that, using

08:45AM  9   the hydraulic diameter, that will -- well, let me rephrase that.

08:46AM 10              It's your testimony that, for a given pressure

08:46AM 11   drop, two flow paths with the same hydraulic diameter will give

08:46AM 12   the same flow rate; right?

08:46AM 13   A   Could you just repeat it just to make sure that I

08:46AM 14   understand?

08:46AM 15   Q   Yes.

08:46AM 16              For a given pressure drop, two flow paths with the

08:46AM 17   same hydraulic diameter will give the same flow rate.

08:46AM 18              That's your testimony; right?

08:46AM 19   A   Yeah, that the relationship between pressure drop and flow

08:46AM 20   rate is the same.

08:46AM 21   Q   It's not your testimony.  You're rejecting the idea that,

08:46AM 22   for a given pressure drop, two shapes of the same hydraulic

08:46AM 23   diameter provide the same velocity; right?

08:46AM 24   A   Yes, that's correct.

08:46AM 25   Q   Okay.  I'd like to go through another example.

08:46AM  1          So I'm attempting to draw a water tank.  Do you

08:46AM  2   see that?  And let's put a little leak at the bottom of the

08:47AM  3   water tank.  We'll make it a square of 1 inch area on the side.

08:47AM  4          And so, for this square, the hydraulic diameter is

08:47AM  5   4 times the area over the perimeter; correct?

08:47AM  6   A   That's correct.

08:47AM  7   Q   And the area would be 1 inch times 1 inch; right?

08:47AM  8   A   That's correct.

08:47AM  9   Q   And the perimeter would be 4 inches; right?

08:47AM 10   A   That's correct.

08:47AM 11   Q   Okay.  So that comes out to 1 inch for the hydraulic

08:47AM 12   diameter; right?

08:47AM 13   A   That's correct.

08:47AM 14   Q   And, assuming this is water, if we know the height of the

08:47AM 15   water, we can calculate the flow rate out of that leak.  That's

08:47AM 16   a straightforward calculation; right?

08:47AM 17   A   I'm sorry.  What's the premise, that the tank is --

08:47AM 18   Q   We know the height of the fluid, we know the size of the

08:47AM 19   leak, we can calculate the flow out of the leak; right?

08:47AM 20   A   Yes.

08:47AM 21   Q   What if I were to go in there with a grinder and I'm going

08:47AM 22   to expand the size of this leak into a circle that had a

08:48AM 23   diameter of 1.

08:48AM 24          What's the hydraulic diameter of the circle of

08:48AM 25   diameter 1?

08:48AM 1    A    1.

08:48AM 2    Q    So those two shapes have the same hydraulic diameter, the

08:48AM 3    square and the circle; right?

08:48AM 4    A    That's correct.

08:48AM 5    Q    And, putting aside jokes about squares and circles, the area

08:48AM 6    of the circle is more than 20 percent greater than the area of

08:48AM 7    the square; right?

08:48AM 8    A    I will take your word that it's 20 percent.  I would have to

08:48AM 9    do calculations to be certain of that.

08:48AM 10   Q    It's roughly something related to the ratio between Pi and

08:48AM 11   4.

08:48AM 12              Now, is it your testimony that the flow rate out

08:48AM 13   of the circle is going to be the same as the flow rate out of

08:48AM 14   the square?

08:48AM 15   A    In this particular case, if you were using the hydraulic

08:48AM 16   diameter, they would result in the same flow rate given the same

08:48AM 17   pressure drop, yes.

08:48AM 18   Q    Well, I understand that if you're using the hydraulic

08:48AM 19   diameter, because we just stated that they have the same

08:48AM 20   hydraulic diameter.

08:49AM 21              My question to you is, what's happening in

08:49AM 22   reality.  Do these two orifices have the same flow rate coming

08:49AM 23   out of them for the given pressure drop?

08:49AM 24   A    I think the answer is yes.  I haven't looked specifically at

08:49AM 25   this problem; but, when you have a square hole, you've

08:49AM 1   introduced a very different frictional relationship between flow

08:49AM 2   out the bottom of that tank.

08:49AM 3                What the science says is that, yes, they would

08:49AM 4   result in the same fundamental flow rate despite the fact that

08:49AM 5   the area is bigger.  I know it's counterintuitive, but that

08:49AM 6   doesn't make it incorrect.

08:49AM 7   Q   Okay.  It's not so counterintuitive if we just say that the

08:49AM 8   velocities through both of these are the same, and the area

08:49AM 9   change is changing the flow rates; is it?  That's not so

08:49AM 10  counterintuitive?

08:49AM 11  A   It may not be counterintuitive to you, but it would be

08:49AM 12  incorrect.

08:49AM 13               MR. CHAERES:  We're going to label this as

08:49AM 14  demonstrative D-22485.

08:50AM 15               I'd like to draw one more water tank, with the

08:50AM 16  Court's indulgence.

08:50AM 17  BY MR. CHAERES:

08:50AM 18  Q   Again, we have a gap, a leak, with a 1 inch square.  Do you

08:50AM 19  see that?

08:50AM 20  A   I do.

08:50AM 21  Q   And we've established the hydraulic diameter of this leak is

08:50AM 22  1 inch; right?

08:50AM 23  A   Yes.

08:50AM 24  Q   Okay.  Now, let's say we plunk a hole on the opposite side

08:50AM 25  of this tank, same size.  Hole's on the opposite side of the

08:50AM 1    tank.

08:50AM 2                    Is the flow rate going to stay the same?

08:50AM 3    A   When you mean on the opposite side of the tank --

08:51AM 4    Q   On the other side of the tank, a hole of the same size.

08:51AM 5    A   Is that whole hole at the bottom?

08:51AM 6    Q   Both of these holes are at the bottom of the tanks of water.

08:51AM 7    A   I guess, if you could draw it.  I'm not sure what you mean.

08:51AM 8                    But, yes, if you add another hole --

08:51AM 9    Q   We'll add another hole here on the side.

08:51AM 10   A   -- you'll have additional volume or fluid leaking out of the

08:51AM 11   tank.

08:51AM 12   Q   Okay.  What if I move that hole right next to our hole?

08:51AM 13   Would we have additional flow coming out of the tank?

08:51AM 14   A   Yes, you do.

08:51AM 15   Q   Okay.  And, this hole, let's say this is 1 inch.  Okay?

08:51AM 16                    Now, if we wanted to use a hydraulic diameter to

08:51AM 17   calculate the flow out of these orifices, if they're right next

08:51AM 18   to each other, we can use a hydraulic diameter to do that.

08:51AM 19                    That's what you did with two of the leaks on the

08:51AM 20   kink; right?

08:51AM 21   A   I did.

08:51AM 22   Q   Okay.

08:52AM 23   A   Now, please bear in mind, this was an exceptionally

08:52AM 24   conservative assumption of mine.  Again, when we looked at the

08:52AM 25   kink leaks, we were focused on maximum flow rates.  We used very

08:52AM 1    conservatively -- since it wasn't clear which hole or if both

08:52AM 2    holes were present, we used both holes in that scenario or the

08:52AM 3    area and wetted perimeter for both holes.

08:52AM 4    Q    Appreciate that.

08:52AM 5                    But the use of the hydraulic diameter for two

08:52AM 6    holes that were near each and saying they're combined areas and

08:52AM 7    they're combined perimeters, could be used to make one hydraulic

08:52AM 8    diameter.  That's what you did in your model for those holes;

08:52AM 9    right?

08:52AM 10   A    I did.

08:52AM 11   Q    And you believe that the science supports you in that;

08:52AM 12   right?

08:52AM 13   A    It does.

08:52AM 14   Q    Now, let's figure out what the hydraulic diameter of these

08:52AM 15   two holes is.  It's 4 times the area over the perimeter; right?

08:52AM 16                    You agree?

08:52AM 17   A    Yeah.  That's the formula for hydraulic diameters.

08:52AM 18   Q    Now, the area we multiply by 2, so it's going to be 2 square

08:52AM 19   inches now; right?

08:53AM 20   A    You're calculating -- sorry, the hydraulic diameter for

08:53AM 21   those combined holes?

08:53AM 22   Q    Yes.  Yes.

08:53AM 23   A    That's not what was provided to me.

08:53AM 24   Q    That's not what was provide to you.

08:53AM 25   A    I was provided a combined area and a combined wetted

OFFICIAL TRANSCRIPT

08:53AM 1   perimeter.  I then took the irregular-shaped hole and converted

08:53AM 2   that into a circular hole which is required by the models in

08:53AM 3   order to accurately characterize the volume of flow out of the

08:53AM 4   riser in this case.

08:53AM 5   Q   So you created a diameter of the actual -- you created a

08:53AM 6   hole with a diameter corresponding to the actual area for flow

08:53AM 7   for those depths?

08:53AM 8   A   Yeah.  Again, I was provided an actual area of those two

08:53AM 9   holes and an actual combined perimeter for those two holes.  I

08:53AM 10  did not take those two holes, combine them with the hydraulic

08:53AM 11  diameter.

08:53AM 12  Q   Let's walk through what you did; okay?  So the area of hole

08:53AM 13  1 and the area of hole 2, you were given those as a combined

08:53AM 14  number; right?

08:53AM 15  A   That's correct.  I was given a combined area and a combined

08:54AM 16  wetted perimeter for those two holes.  I then take that combined

08:54AM 17  area -- so, in this case, the 4A.  The A is already given and

08:54AM 18  the wetted perimeter is also given -- that is the combined area

08:54AM 19  and the combined wetted perimeter for those two holes.

08:54AM 20         Then I convert using the hydraulic diameter those

08:54AM 21  holes into a circular geometry, which is what the hydraulic

08:54AM 22  diameter transformation does.  And then I was able to calculate

08:54AM 23  the flow rate using those holes.

08:54AM 24  Q   Let's do that -- sorry, I didn't mean to cut you off.  Were

08:54AM 25  you done?

2810

08:54AM 1   A    Yeah.

08:54AM 2              I was able to calculate the flow rate using those

08:54AM 3   holes using a multiphase flow simulator.

08:54AM 4   Q    So let's walk through -- if what I'm doing over here is

08:54AM 5   incorrect, so what's the combined area of the two holes here?

08:54AM 6   If both holes have a size of 1 inch.

08:54AM 7   A    I think it would be 2 inches.

08:54AM 8   Q    Squared; correct?

08:54AM 9   A    That's correct.

08:54AM 10  Q    And what's the combined perimeter of both of these holes?

08:54AM 11  A    It's going to be 8.

08:55AM 12  Q    And so you took the combined area and combined perimeter and

08:55AM 13  then you calculated a hydraulic diameter using the combined area

08:55AM 14  and the combined perimeter?

08:55AM 15  A    That's correct.

08:55AM 16  Q    So the combined area we just said was 2 square inches;

08:55AM 17  right?

08:55AM 18  A    That's correct.

08:55AM 19  Q    And the perimeter you said was 8 inches; right?

08:55AM 20  A    Yes, that's correct.

08:55AM 21  Q    And that equals 1 inch; doesn't it?  Right?  For this

08:55AM 22  example, the hydraulic diameter is 1 inch; right?

08:55AM 23  A    Yes, that's correct.

08:55AM 24  Q    So we just doubled the size of our flow path.  You just said

08:55AM 25  that if we double it we're going to increase our flow.  Yet, we

08:55AM 1  have the exact same hydraulic diameters we had with just one

08:55AM 2  hole there; don't we?

08:55AM 3  A   Right.  But you have all of this additional frictional force

08:55AM 4  associated with the additional walls.  It is unintuitive, but it

08:55AM 5  is the correct thing to do.  It is the best available geometric

08:55AM 6  transformation for the modeling of the these problems.

08:55AM 7           There are numerous texts.  You arguing with me

08:56AM 8  doesn't take away from the fact that there is decades of

08:56AM 9  scientists looking specifically at this geometric

08:56AM 10 transformation, and they all conclude it is the correct

08:56AM 11 geometric transformation.

08:56AM 12 Q   You say it's the correct geometric transformation to get the

08:56AM 13 right velocities of out the holes; don't they?

08:56AM 14 A   That is absolutely not correct.

08:56AM 15 Q   I can keep on drawing these things; right?  I can draw

08:56AM 16 another one over here; right?

08:56AM 17 A   If you can show me one paper that says that the hydraulic

08:56AM 18 diameter, one text or any sort of body, because the science --

08:56AM 19 and I went to school studying these things -- and, really, the

08:56AM 20 science does tell you, despite the fact its unintuitive, it is

08:56AM 21 the correct answer.

08:56AM 22 Q   With all due respect, sir, just answer my question.

08:56AM 23           I can put another leak over here, right next to

08:56AM 24 these other leaks; right?  Same size, we'll pretend.  And these

08:56AM 25 three leaks combined will have the same hydraulic diameter;

2812

08:57AM 1   right?

08:57AM 2   A   But I did not combine the holes.  So, when I modeled the

08:57AM 3   kink section of the riser outside of D and E, which was provided

08:57AM 4   to me by Dr. Nesic as a combined area and perimeter.

08:57AM 5          All of the other holes were modeled independent of

08:57AM 6   one another.

08:57AM 7   Q   Now --

08:57AM 8   A   Now, each of those holes were converted to a circular

08:57AM 9   geometry, but they were all independently modeled.

08:57AM 10  Q   But you just said that, if the holes had been close to each

08:57AM 11  other, as in fact D and E were, it would be appropriate to

08:57AM 12  combine their areas, combine their perimeters, and get a

08:57AM 13  hydraulic diameter corresponding to those areas and perimeters;

08:57AM 14  right?

08:57AM 15  A   I believe that's what I said.  I didn't catch the full

08:57AM 16  question.  If you could repeat it just to make sure.

08:57AM 17  Q   Just wanted to confirm, you said if the holes are close to

08:57AM 18  each other, you can use their combined areas and the combined

08:57AM 19  perimeters and come up with a hydraulic diameter corresponding

08:58AM 20  to the combined area and the combined perimeter; correct?

08:58AM 21  A   I don't know that I made any general statements.  What I

08:58AM 22  specifically did is I was provided the area and perimeter by

08:58AM 23  Dr. Nesic.  It was a combined area and perimeter because these

08:58AM 24  holes were so close to one another.

08:58AM 25          I then took that area and used the hydraulic

2813

08:58AM 1    diameter for D/E, which I correctly labeled, and I treated that

08:58AM 2    as one hole in this case.

08:58AM 3              The other holes, B and C, were modeled

08:58AM 4    independently.

08:58AM 5    Q    Understood.

08:58AM 6              But, here, if all these holes are very close to

08:58AM 7    each other, I can keep on drawing holes that are very close to

08:58AM 8    each other; right?  I can keep doing that for a long time.  I

08:58AM 9    can put holes all the way around the bottom of our water tank,

08:58AM 10   and the combined areas and the combined perimeters will give you

08:58AM 11   a hydraulic diameter that's the same for -- it's the same as

08:58AM 12   just one hole; won't it?

08:58AM 13   A    In this particular example, I did not do that.  You're

08:58AM 14   asking me to indulge in your hypothetical here.  If you're

08:59AM 15   asking me, if you continue to draw holes and then try to combine

08:59AM 16   them into one hydraulic diameter, yes, that's the case.

08:59AM 17              That's not what I did.

08:59AM 18   Q    All I was asking you is, if you keep drawing holes, you're

08:59AM 19   not going to increase your hydraulic diameter; will you?

08:59AM 20   A    In this particular case or in the *Deepwater*/Macondo/*Horizon*?

08:59AM 21   Q    In this particular case.

08:59AM 22   A    In this particular case, if you keep drawing the holes and

08:59AM 23   you keep trying to combine them and to create one hydraulic

08:59AM 24   diameter, yes, that's what will occur.

08:59AM 25   Q    All right.  We are going to put this as D-22486.

08:59AM  1        Let me give you one more water tank.  I want to be

08:59AM  2   clean here.

09:00AM  3        So what if, instead of drawing the holes separate,

09:00AM  4   I actually bring them together, just a little bit, so it's one

09:00AM  5   hole.

09:00AM  6        You see that?

09:00AM  7   A   I do.

09:00AM  8   Q   And so now it's one hole with this complex geometry you're

09:00AM  9   talking about.  There's all sorts of frictional interactions

09:00AM 10   going on with this complex geometry.

09:00AM 11        If I bring these holes together -- again, I can

09:00AM 12   still do the same thing.  One hole now, essentially the same

09:00AM 13   hydraulic diameter is just one square; isn't it?  Because the

09:00AM 14   ratio between the areas of all this space and the perimeter

09:00AM 15   stays the same; doesn't it?

09:00AM 16   A   I think that would be correct, yes.

09:00AM 17   Q   And is it your testimony that the flow -- I can put a ring

09:00AM 18   around the whole bottom of the tank.  Is the flow rate out of

09:00AM 19   the bottom of the tank with our little daisy-chain of holes here

09:00AM 20   as it would just a 1 inch square hole?

09:00AM 21   A   Again, I didn't --

09:01AM 22        THE COURT:  Or a 1 inch round hole; is that what you're

09:01AM 23   equating this to?

09:01AM 24        THE WITNESS:  Yes.  It would be -- if you were to take

09:01AM 25   this string of holes and you were to compute the area, and then

09:01AM 1    you would take the wetted perimeter, a 1 inch round hole would

09:01AM 2    roughly calculate to be the same flow rate out of the bottom of

09:01AM 3    the tank.

09:01AM 4              Despite the fact that it's unintuitive, that would

09:01AM 5    be correct.

09:01AM 6    BY MR. CHAKERES:

09:01AM 7    Q   And is that what would actually happen if I took a water

09:01AM 8    tank and I punched all these holes around slightly overlapping

09:01AM 9    with each other?  Would I have the same flow rate out of the

09:01AM 10   tank as if I just punched one hole?

09:01AM 11   A   Again, I've not studied this particular problem.

09:01AM 12   Intuitively, it sounds counterintuitive, but the science would

09:01AM 13   tell you that's what would happen.

09:01AM 14   Q   Okay.  We're going to label this as D-22487.

09:01AM 15            MR. CHAERES:  Now, if we could pull up Exhibit 10650.

09:01AM 16   BY MR. CHAERES:

09:02AM 17   Q   You were provided in your considered materials some

09:02AM 18   calculations that BP performed of flow out of the kink leaks

09:02AM 19   during the response; weren't you?

09:02AM 20            Let's blow up the top half of this.  Call-out

09:02AM 21   10650.1.1.US.

09:02AM 22            You were provided this as part of your

09:02AM 23   consideration materials; weren't you?

09:02AM 24   A   Yeah.  I recognize the material.

09:02AM 25   Q   Do you understand that Tim Lockett was calculating flow out

2816

09:02AM 1   of kink leaks here?

09:02AM 2   A   He appears to be, yes.

09:02AM 3   Q   And he's calculating flow out of a circular orifice; right?

09:02AM 4   He's converting the original geometry to a circular flow path;

09:02AM 5   right?

09:02AM 6   A   He appears to be, yes.

09:02AM 7   Q   And the area of that circular flow path is not an area

09:02AM 8   corresponding to the hydraulic diameter, but it's actually a

09:02AM 9   circle that has the same area as what he believed the kink leaks

09:03AM 10  to have; isn't that true?

09:03AM 11  A   Could you repeat the question one more time?

09:03AM 12  Q   Isn't it true that the circular flow path that Tim Lockett

09:03AM 13  modeled had the same area as he believed the kink leaks actually

09:03AM 14  had?

09:03AM 15  A   He seems to be taking irregular geometry holes, calculating

09:03AM 16  the cross-sectional area for those, and then converting them

09:03AM 17  into what's called an equivalent area transformation.

09:03AM 18  Q   And an equivalent area transformation will give you a circle

09:03AM 19  or the diameter corresponding to a circle with the same area as

09:03AM 20  the regular geometry; right?

09:03AM 21  A   That's correct.

09:03AM 22  Q   Okay.  We can pull that down.

09:03AM 23          And, again, it's your testimony that any two

09:03AM 24  geometries with the same hydraulic diameter will, for the same

09:04AM 25  pressure drop, give you the same flow rate; right?

2817

09:04AM  1    A    Yes, That's correct.

09:04AM  2    Q    It's not your testimony that the velocities will stay the

09:04AM  3    same.

09:04AM  4    A    No.  The velocities certainly will not stay the same.

09:04AM  5          MR. CHAERES:  Okay.  Let's go to Exhibit 130712.

09:04AM  6          130712.  Might be 130713.

09:04AM  7    BY MR. CHAERES:

09:04AM  8    Q    Ever seen this book before?

09:05AM  9    A    I have.

09:05AM  10   Q    You have?

09:05AM  11   A    Yes.

09:05AM  12   Q    What is it?

09:05AM  13   A    It's a book on flow.  It's a textbook.

09:05AM  14   Q    And, for your demonstrative yesterday where you posited that

09:05AM  15   hydraulic diameter maintains the relationship between flow rates

09:05AM  16   and pressure drops, this book was one of the sources that you

09:05AM  17   cited for that proposition; wasn't it?

09:05AM  18   A    That's correct.

09:05AM  19   Q    All right.  Let's see what this book has to say about the

09:05AM  20   topic.

09:05AM  21          MR. CHAERES:  If we could go to 130713, page 35.

09:05AM  22   BY MR. CHAERES:

09:06AM  23   Q    Now, we're in chapter 3, calculation of system pressure flow

09:06AM  24   or size.  Do you see that?  It's a chapter where they tell you

09:06AM  25   how to calculate flow?

2818

09:06AM 1    A    I see this, yes.

09:06AM 2    Q    Let's pull out the portion of the page under Equations For

09:06AM 3    Losses.

09:06AM 4                  Now, we see here, we have equations for losses.

09:06AM 5    And you recognize delta H represents head; is that what it

09:06AM 6    appears to you?

09:06AM 7                  And delta PR represents pressure?

09:06AM 8    A    Yes, that's what it says.

09:06AM 9    Q    Okay.  And it says that delta P is equal to K times rho

09:06AM 10   times $v$ squared over 2; right?

09:06AM 11   A    That's correct.

09:06AM 12   Q    And rho typically denotes density; right?

09:06AM 13   A    Typically, it's density, yes, that's correct.

09:06AM 14   Q    And $v$ -- that's a term for velocity; isn't it?

09:06AM 15   A    It could be.

09:06AM 16   Q    Is that your understanding?  Are you familiar with this

09:07AM 17   equation?

09:07AM 18   A    Yeah.  In this context, I suspect that it is the velocity.

09:07AM 19   Q    And then we've got K over here; right?  And they say K is a

09:07AM 20   loss coefficient; don't they?

09:07AM 21   A    They do.

09:07AM 22   Q    And, under the Loss Coefficient, they say K is equal to FL

09:07AM 23   over D; right?

09:07AM 24   A    Right.

09:07AM 25   Q    And D, in that loss coefficient -- if we could pull out --

09:07AM  1    let's actually go down to the equation below it.

09:07AM  2                    They're talking about the hydraulic diameter with

09:07AM  3    that D with the loss coefficient; right?

09:07AM  4    A   Yes, that's correct.

09:07AM  5    Q   And we can actually go on to the next page, just to confirm

09:07AM  6    it.

09:07AM  7                    Up here at the top, D is equal to hydraulic

09:07AM  8    diameter 4 times the cross-sectional area divided by the

09:08AM  9    perimeter; right?

09:08AM 10    A   That's correct.

09:08AM 11    Q   So, sure enough, as you stated, the hydraulic diameter is an

09:08AM 12    accepted principle in fluid dynamics; right?

09:08AM 13    A   That's correct.

09:08AM 14    Q   And it's used in this context, again, in equation relating

09:08AM 15    pressure drops to velocities; right?

09:08AM 16    A   Specifically used in the frictional relationship.

09:08AM 17    Q   Right.

09:08AM 18                    Now, let's go ahead to page 44, 130713.44.

09:08AM 19                    All right.  Now let's see what the book says about

09:08AM 20    noncircular cross-sections.

09:08AM 21              MR. CHAERES:  We can call out all the way down to the

09:08AM 22    bottom?  Thank you.

09:08AM 23    BY MR. CHAERES:

09:08AM 24    Q   Here, again, they introduce the concept of a hydraulic

09:08AM 25    diameter; don't they?

09:08AM 1    A    They do.

09:08AM 2    Q    And they say above it:  For many noncircular cross-sections

09:08AM 3    a satisfactory procedure for calculating head losses is to

09:08AM 4    replace the pipe diameter in the friction and Reynolds number

09:09AM 5    equations by the hydraulic diameter.

09:09AM 6                    You see that?

09:09AM 7    A    I do.

09:09AM 8    Q    And, again, this book is saying that you use the hydraulic

09:09AM 9    diameter when you want to get your frictional pressure losses

09:09AM 10   right and in the Reynolds number equation; right?

09:09AM 11   A    Yes, that's correct.

09:09AM 12   Q    And, the Reynolds number equation, that's one of those

09:09AM 13   dimensionless parameters you mentioned a while back; isn't it?

09:09AM 14   A    Yes.

09:09AM 15   Q    And the dimensionless parameters help tell you what flow

09:09AM 16   regime or flow pattern you're in if you're in multiphase flow;

09:09AM 17   right?

09:09AM 18   A    The Reynolds number specifically focuses on the difference

09:09AM 19   between laminar and turbulent follow.  It is not associated with

09:09AM 20   the flow patterns that we were discussing earlier.

09:09AM 21              THE COURT:  Pull the microphone a little closer.

09:09AM 22   BY MR. CHAKERES:

09:09AM 23   Q    Take that correction.  The Reynolds number tells you how

09:09AM 24   turbulent your flow is?

09:09AM 25   A    That's correct.  I mean, this is all focused on single phase

09:09AM 1    flow as a context.

09:09AM 2    Q    And you testified before, the hydraulic diameter concept

09:09AM 3    should apply to single phase flow just like it should apply to

09:10AM 4    multiphase flow; right?

09:10AM 5    A    It's used in single phase flow, that's correct.

09:10AM 6    Q    And this is a book that you cited in support of the

09:10AM 7    proposition that every geometry with the same hydraulic diameter

09:10AM 8    will have the same flow rate for a given pressure drop; isn't

09:10AM 9    it?

09:10AM 10   A    I have referred to this book with regards to the use of

09:10AM 11   hydraulic diameter in industry, yes.

09:10AM 12   Q    Let's skip ahead to page 46 now?

09:10AM 13              45 is a bunch of pictures with noncircular

09:10AM 14   geometries.

09:10AM 15              Let's go down here to section, all the way up to

09:10AM 16   Substituting.  So, here, they're solving H - and, again, that's

09:10AM 17   head -- and they say substitute -- again, Q, that's flow rate;

09:10AM 18   right?  Q is typically flow rate in these kind of equations?

09:10AM 19   A    That should be the volumetric flow rate, yes.

09:10AM 20   Q    And, A, we just saw in our hydraulic diameter derivation

09:10AM 21   that A is the actual cross-section area available for flow;

09:10AM 22   didn't we?  It's the same A as we saw in the hydraulic diameter

09:11AM 23   equation; right?

09:11AM 24   A    Yeah, that's correct.  I don't know if it's the actual

09:11AM 25   cross-section in this particular section without reading it.

09:11AM 1   But I think it is; yes, that's correct.

09:11AM 2   Q   They say substituting *v* -- which is velocity, we decided;

09:11AM 3   right?

09:11AM 4   A   Yes.

09:11AM 5           So that's the definition between in single phase

09:11AM 6   flow the velocity and volumetric flow in an area.

09:11AM 7   Q   When you want to solve for the flow rate instead of the

09:11AM 8   velocity in that equation we saw before, you don't divide by an

09:11AM 9   area corresponding to the hydraulic diameter, you divide by the

09:11AM 10  actual cross-sectional area; don't you?

09:11AM 11  A   No, that's not correct.  This is what's referred to in

09:11AM 12  science as a definition.  This relates variables to one and the

09:11AM 13  other inside the context of whatever assumptions that you've

09:11AM 14  made.

09:11AM 15          So, in my model, when I used the hydraulic

09:11AM 16  diameter, you could take the velocity in that model, you could

09:12AM 17  take the area calculated by the hydraulic diameter and you could

09:12AM 18  come to the volumetric flow rate.

09:12AM 19          It's just the relationship between variables.

09:12AM 20  This is not a formula that you would use then to determine

09:12AM 21  something.

09:12AM 22  Q   This is the formula you'd use to determine something; isn't

09:12AM 23  it?

09:12AM 24  A   In this particular case, this is a formula that looks to be

09:12AM 25  calculating -- I'm surprised it's delta H -- but some sort of

09:12AM 1    pressure drop with frictional and flow rate, yes.

09:12AM 2    Q    And, when you stick in the flow rate, you stick in the flow

09:12AM 3    rate based on the velocity in the actual cross-sectional area;

09:12AM 4    don't you?

09:12AM 5    A    No.  I think, if you go back a page, actually what's

09:12AM 6    happening is they've taken a frictional relationship.  Now what

09:12AM 7    they're doing is saying, Hey, we now have a relationship or a

09:12AM 8    definition between volumetric flow rate and area, and if you

09:13AM 9    substitute that in to this previous frictional relationship then

09:13AM 10   you now have a calculation for pressure drop.

09:13AM 11               Or that's what I assume the H is here.  This

09:13AM 12   actually emphasizes the point that the ratio here of perimeter

09:13AM 13   to area is quite important.  And that comes directly from the

09:13AM 14   hydraulic diameter, and it is that ratio that is important.

09:13AM 15   Q    All right.  We can do some addition, subtraction,

09:13AM 16   multiplication over here and see if the hydraulic diameter is

09:13AM 17   really what the area you're flowing that flow rate through

09:13AM 18   there.

09:13AM 19               But we don't have to do that up here, because the

09:13AM 20   flow rate, area Q, is flowing through A; isn't it?

09:13AM 21   A    So, I think, if you just go back to the previous equation,

09:13AM 22   we could walk you through how they get here.  But this really

09:13AM 23   is, if my memory is right from the equation that you showed me

09:13AM 24   earlier, this is just a substitution of the hydraulic diameter

09:14AM 25   into that previous equation.

09:14AM  1          This in fact emphasizes that the ratio of wetted

09:14AM  2  perimeter and area are what is important, despite the fact that

09:14AM  3  it's counterintuitive.

09:14AM  4  Q    What's important is to get the right frictional coefficient;

09:14AM  5  isn't it?

09:14AM  6  A    In this case, it's what's important to get the right

09:14AM  7  pressure drop.  That's the equation we're looking at.

09:14AM  8  Q    So it's your testimony -- you got to get the right pressure

09:14AM  9  drop -- you got to use the hydraulic diameter to get the right

09:14AM 10  pressure drop; right?

09:14AM 11  A    Yeah, that's correct.  And specifically, I mean, when you

09:14AM 12  think about this pipeline, pressure drop is very important,

09:14AM 13  resistance to flow is very important.  It determines how the

09:14AM 14  pressure and temperature change down the length of the pipe.

09:14AM 15          In multiphase flow, that changes the ratio of gas

09:14AM 16  to liquid, that changes the velocities as they move down the

09:14AM 17  pipes.

09:14AM 18          It's very important.

09:14AM 19  Q    Okay.  But it's your testimony that the hydraulic diameter

09:15AM 20  concept, everything with the same hydraulic diameter, no matter

09:15AM 21  how large the actual area is, even if the modeled area -- let me

09:15AM 22  start that question again.

09:15AM 23          It's your testimony that, no matter how large the

09:15AM 24  actual area is, if you have the same hydraulic diameter and the

09:15AM 25  same pressure drop, you're going to get the same flow rate;

09:15AM 1    right?

09:15AM 2              MR. FIELDS:  Objection.  Asked and answered, Your

09:15AM 3    Honor.

09:15AM 4              THE COURT:  Overruled.

09:15AM 5    BY MR. CHAERES:

09:15AM 6    A   Yes, that's correct.  I mean, again, we put some bounds when

09:15AM 7    we were talking about it and you were talking about infinitely

09:15AM 8    large riser pipes.  You start to get in a very specialized

09:15AM 9    situation where now the fluid doesn't interact with certain --

09:15AM 10   the other fluid in the pipe.

09:15AM 11             But, yes, in the examples you gave, despite the

09:15AM 12   fact there's a large difference in cross-sectional area, yes, it

09:15AM 13   will result in the same pressure drop and the same volumetric

09:15AM 14   flow rate.

09:15AM 15   Q   If that's the definition of flow rate, how does that thing

09:16AM 16   change with your hydraulic diameter?  That thing is your

09:16AM 17   velocity times your actual area; right?

09:16AM 18   A   Again, so this $v$ equals QA.  This is a definition.  So this

09:16AM 19   is just an interrelationship between variables calculated from

09:16AM 20   the same model.  This is not something that could be then used

09:16AM 21   to calculate a new number.

09:16AM 22             So, for example, in my model you can't calculate a

09:16AM 23   velocity and then say, oh, I want to take the velocity out of

09:16AM 24   this model, and then use that relationship to calculate a new

09:16AM 25   volumetric flow rate using a bigger cross-sectional area.

2826

09:16AM 1      What this tells you is that, given a solution to

09:16AM 2  the equations, that that's how those variables are related.  So

09:16AM 3  a velocity using the hydraulic diameter is related to the

09:16AM 4  volumetric flow rate by the velocity equals Q over A.

09:17AM 5      And, in the construct of a model that is all using

09:17AM 6  the hydraulic diameter, that will be exactly true.

09:17AM 7      MR. CHAERES:  Okay.  If we could pull down the

09:17AM 8  call-out.

09:17AM 9  BY MR. CHAERES:

09:17AM 10 Q  Now, let's go back to page -- actually, I'll hold this down

09:17AM 11 for a moment.

09:17AM 12      So it's not counterintuitive if you have the same --

09:17AM 13 if you maintain the velocities to pressure drop's relationship

09:17AM 14 across all shapes of the same hydraulic diameter; is it?  That's

09:17AM 15 not a counterintuitive thing; is it?

09:17AM 16 A  To me, it is, as an expert.  I've read the literature.  I'm

09:17AM 17 now a believer in hydraulic diameter.  I've used it multiple

09:17AM 18 times throughout my career.  It matches and is accepted in

09:17AM 19 industry.

09:17AM 20 Q  And after your model is predicting velocities that are

09:17AM 21 one-half the actual velocities in this -- excuse me -- your

09:18AM 22 model would have to model velocities, or double the velocities

09:18AM 23 in the system; wouldn't it?

09:18AM 24 A  They'll be faster.

09:18AM 25 Q  They'll be double.

09:18AM 1    A    Well, this is multiphase flow.  So, again, we've tried to

09:18AM 2    simplify this, and probably for the sake of this conversation

09:18AM 3    that's probably best.

09:18AM 4              But multiphase flow is really incredibly

09:18AM 5    complicated.  You have multiple velocities.  You have a gas

09:18AM 6    velocity; you have a liquid velocity.  They're moving at

09:18AM 7    different speeds at different portions of the pipe.  You have an

09:18AM 8    average mixture velocity.

09:18AM 9              But, yes, probably -- or the average measured of

09:18AM 10   velocities should be faster in general than the measured

09:18AM 11   velocity in the true system.

09:18AM 12   Q    And it would have to be double if your area is off by half;

09:18AM 13   wouldn't it?

09:18AM 14   A    It's not exactly half, and there are different area drill

09:18AM 15   pipes.  So, no, it's not an exact 2:1 ratio.  Remember, you

09:19AM 16   know, the drill pipe example that you've used, which is a large

09:19AM 17   section of the riser.  There's also a drill pipe upstream of

09:19AM 18   that which is much smaller which results in a different ratio.

09:19AM 19   Q    And then there's another segment upstream of that which

09:19AM 20   results in a larger ratio; isn't there?

09:19AM 21   A    A 22-foot section, yes, of a 45,000 foot riser.

09:19AM 22   Q    So 75 percent of your riser has 2.03, as I think the ratio

09:19AM 23   of the area of the -- the area in the actual system to the area

09:19AM 24   in your model.

09:19AM 25              Does that sound about right?

09:19AM 1    A   There were 264 over 130, yes.

09:19AM 2    Q   Now, you also testified yesterday that the user manuals say

09:19AM 3    what you did with the hydraulic diameter is correct.

09:19AM 4          MR. CHAERES:  I'd like to look at Exhibit 130544.

09:19AM 5    BY MR. CHAERES:

09:19AM 6    Q   This is the most recent OLGA user manual I can get my hands

09:20AM 7    on.  Do you recognize this document?

09:20AM 8    A   Yeah, this is -- it's certainly not the most recent user

09:20AM 9    manual.  There's version 7.2, which I used in this particular

09:20AM 10   investigation.  And now, just recently, a few days ago, 7.3 was

09:20AM 11   released.

09:20AM 12   Q   Okay.  Now, let's go to page 444 of this document.

09:20AM 13          All right.  If we could call out the table

09:20AM 14   beginning with pipes.

09:20AM 15          This is telling me how to input various inputs;

09:20AM 16   right?  And it says here:  For diameter for pipe.

09:20AM 17          Again, hydraulic diameter.  That's what's used to

09:20AM 18   input for your pipe; right?

09:20AM 19   A   Sorry, where are you specifically?

09:20AM 20   Q   Diameter.  It says input the hydraulic diameter of the pipe;

09:20AM 21   right?

09:20AM 22   A   Yep, that's correct.

09:20AM 23   Q   And then, above that -- and, again, this is consistent if

09:21AM 24   you want to maintain a relationship between pressure drops and

09:21AM 25   velocities; right?

09:21AM 1     A    Yes.  This is for the pipe keyword in OLGA.  This is a

09:21AM 2     specific keyword when you're modeling the pipe.  This particular

09:21AM 3     input in diameter is one of the inputs, and this manual is

09:21AM 4     confirming the use of hydraulic diameter.

09:21AM 5     Q    And, again, you need the hydraulic diameter because you want

09:21AM 6     to maintain your relationship between the wetted perimeter and

09:21AM 7     the area; right?

09:21AM 8     A    Yes, that's correct.

09:21AM 9     Q    And that will get you the right pressure drops for a given

09:21AM 10    velocity; correct?

09:21AM 11    A    No.  That will give me the right pressure drops or the right

09:21AM 12    relationships between flow rate and pressure drop.

09:21AM 13    Q    It's more intuitive if you say that it gives you the right

09:21AM 14    relationship between the pressure drop and the velocity; isn't

09:21AM 15    it?

09:21AM 16    A    No, I don't believe that it is.

09:21AM 17    Q    Okay.  Now, let's look up above diameter to this area entry.

09:21AM 18    So this area 1.  It gives you an opportunity to enter correct

09:22AM 19    total flow area; doesn't it?

09:22AM 20    A    So this particular keyword is when you're using multiple

09:22AM 21    pipes.  They call them equivalent pipes that are flowing in

09:22AM 22    parallel with one another.

09:22AM 23              This particular keyword is only used, again, in a

09:22AM 24    special case where you have multiple pipes flowing in parallel.

09:22AM 25    This keyword is not used for a single pipe situation.

2830

09:22AM 1    Q   What's the real number?  Is it -- well, let me withdraw that

09:22AM 2    question.

09:22AM 3               So an integer is where you're counting 1, 2, 3, 4,

09:22AM 4    5; right?

09:22AM 5    A   That's correct.

09:22AM 6    Q   With a real number, you can have decimals.  You can say 1.5,

09:22AM 7    1.75, that kind of thing; right?

09:22AM 8    A   Yes.

09:22AM 9    Q   2.03.

09:22AM 10              Now, the number of equivalent pipes down here, you

09:22AM 11   can input a real number for that; can't you?

09:22AM 12   A   Again, this is a section of the manual that's referring to

09:22AM 13   parallel pipes flowing next to each other.  This would not be

09:23AM 14   the correct use of the software in this particular case.  This

09:23AM 15   would take a real number input, or that's what it says in the

09:23AM 16   manual.

09:23AM 17   Q   Like a half a pipe or, you know, sort of a like a Pacman

09:23AM 18   shape of a pipe, that's not something you'd actually be modeling

09:23AM 19   in reality; right?

09:23AM 20              You would only input a real number for the number

09:23AM 21   of equivalent pipes in a fraction form if you from were

09:23AM 22   transforming something that was different from what was going on

09:23AM 23   in your model; wouldn't you?

09:23AM 24   A   Again, the situation that they're trying to address in this

09:23AM 25   particular section with these particular keywords -- so what you

09:23AM 1    shouldn't take from this is that all of these keywords are used

09:23AM 2    at any given time.  It depends very specifically on the model

09:23AM 3    that you create.

09:23AM 4              And, when they say number of equivalent pipes, in

09:23AM 5    production fields you oftentimes have three or five pipes

09:23AM 6    running in parallel.  This is -- the area and the number of

09:24AM 7    equivalent pipe is what they're referring to.

09:24AM 8    Q   You ever have 2.5 pipes running in parallel in reality?

09:24AM 9    A   No.  And, in general, I've never seen it used that way.  I

09:24AM 10   mean, it does say that it would accept a real number, but there

09:24AM 11   are numerous problems with this manual.

09:24AM 12             It could in fact accept a real number, but I have

09:24AM 13   never seen it used that way.

09:24AM 14   Q   Okay.  Let's look at page 429 of this document, and let's

09:24AM 15   call out the table beginning with leak.

09:24AM 16             So we were just talking about how to input pipes;

09:24AM 17   right?

09:24AM 18             Now we're talking about how to input leaks.  Do

09:24AM 19   you see that?

09:24AM 20   A   Yes.  So this is the section of a model that looks like it's

09:24AM 21   focused on the leak key, yes.

09:24AM 22   Q   Okay.  Now, let's go down to see what they say about

09:24AM 23   diameter in the leak key.

09:25AM 24             Maximum equivalent diameter of leak area.  There's

09:25AM 25   no mention of hydraulic diameter there; is there?

09:25AM 1    A    No.  So what they're asking you to input is the maximum

09:25AM 2    equivalent diameter.

09:25AM 3              Now, the equivalent diameter is, again, this

09:25AM 4    transformation.  In this case, hydraulic diameter.

09:25AM 5    Q    It said hydraulic diameter in the pipe thing; didn't it?

09:25AM 6    A    Yeah.  There was no definition per maximum equivalent

09:25AM 7    diameter.  So what they are asking you to do is calculate an

09:25AM 8    equivalent diameter, hydraulic diameter.

09:25AM 9              Hydraulic diameter is one such diameter, and then

09:25AM 10   put that into the model.

09:25AM 11   Q    So you think that they meant hydraulic diameter when they

09:25AM 12   wrote equivalent diameter here?

09:25AM 13   A    No, I'm not saying that.  I'm saying equivalent diameter is

09:25AM 14   a word that refers to these geometric transformations.  They

09:25AM 15   were not specific about which transformation that they were

09:26AM 16   asking users to use.

09:26AM 17             There are of a number of empirically derived

09:26AM 18   transformations when you're looking at irregularly shaped holes.

09:26AM 19   So, an example as, sometimes they're much smaller than the

09:26AM 20   hydraulic diameter.

09:26AM 21             But, in this particular case, we used the

09:26AM 22   hydraulic diameter as the equivalent diameter in this section.

09:26AM 23   Q    And they specified what geometric transformation they wanted

09:26AM 24   you to use in the pipe section when they said hydraulic

09:26AM 25   diameter; didn't they?

09:26AM  1    A    Yes.   Specifically, in that section, they confirmed the use

09:26AM  2    of hydraulic diameter.

09:26AM  3    Q    And they didn't here; did they?

09:26AM  4    A    No.   Again, I think this has to do with a context.   So a

09:26AM  5    leak hole can be very irregularly shaped.   And there's a large

09:26AM  6    body of research around characterizing leak holes and the

09:26AM  7    specific diameter or transformation that would correctly

09:26AM  8    characterize that, some of which are smaller than the hydraulic

09:27AM  9    diameter.

09:27AM  10            This is just, we don't know which correlation

09:27AM  11   you're going to use.   We don't know enough about the leak holes.

09:27AM  12   Certainly, pipes aren't star-shaped or anything like that, so

09:27AM  13   they can safely say hydraulic diameter.   When you're looking at

09:27AM  14   a hole, it could be any irregular shape.

09:27AM  15            So, at this particular section, I think they

09:27AM  16   stayed safely more generic.

09:27AM  17   Q    When Tim Lockett was modeling the leak, he did not use a

09:27AM  18   hydraulic diameter; did he?

09:27AM  19   A    I didn't see Tim Lockett modeling anything.   I just saw an

09:27AM  20   email where he was calculating an equivalent area diameter.   I

09:27AM  21   don't know what he actually used in his calculations.

09:27AM  22            MR. FIELDS:   Your Honor, I'm sorry.   May I approach and

09:27AM  23   give the witness some water?

09:27AM  24            THE COURT:   Sure.

09:27AM  25   BY MR. CHAKERES:

09:27AM 1    Q   In the email that Tim Lockett -- from Tim Lockett that you

09:27AM 2    saw, he was discussing calculating leaks; right?  Calculating

09:28AM 3    flow through leaks; wasn't he?

09:28AM 4    A   Yes.  That's what he was discussing.

09:28AM 5    Q   And the area transform that he used for that was an area

09:28AM 6    transform that was going to give him the equivalent of the area

09:28AM 7    as was actually flowing through leaks; wasn't it?

09:28AM 8    A   So, as I think in this email, he's again trying to

09:28AM 9    transform, and he uses a transform that would calculate the

09:28AM 10   diameter of the equivalent area of that leak, yes.

09:28AM 11           MR. CHAERES:  Okay.  We can pull this down.

09:28AM 12           So if we could just go real quickly back to

09:28AM 13   demonstrative D-22201.

09:28AM 14   BY MR. CHAERES:

09:28AM 15   Q   Again, we were talking here about at the beginning, this is

09:28AM 16   approximation for multiphase flow, but it actually holds true

09:28AM 17   for each phase.  Mass flow rate with a density times the

09:28AM 18   velocity times the area; right?

09:29AM 19   A   Yeah, that's correct.  If the velocity is an average mixture

09:29AM 20   velocity, that would hold true.

09:29AM 21   Q   Okay.  And the difference between your model and reality, at

09:29AM 22   least for the sake of the -- the large majority of the riser, is

09:29AM 23   that the area available flow through the riser with a 6'65"

09:29AM 24   drill pipe is about double what the area was in your model;

09:29AM 25   isn't that true?

09:29AM 1   A    That's correct.

09:29AM 2   Q    And the velocity, you state, drops by an equivalent amount

09:29AM 3   in order to keep the mass flow rate the same; isn't that true?

09:29AM 4   A    It changes.  I think the velocity in my model would be

09:29AM 5   faster than the velocity.

09:29AM 6   Q    I stand corrected.

09:29AM 7             The area drops in your model so the velocity

09:29AM 8   increases in your model; correct?

09:29AM 9   A    That's correct.

09:29AM 10  Q    Now, if the velocity were to have stayed the same and your

09:29AM 11  model was within reality, then the mass flow rate in reality

09:29AM 12  would have been double what the mass flow rate was in your

09:30AM 13  model?

09:30AM 14  A    No.  Again, that's really incorrect.  Again, you're now

09:30AM 15  taking definitions and you're trying to make them predictive.

09:30AM 16            What I've used is the best available technology.

09:30AM 17  I've made an approximation that's based on science and that's

09:30AM 18  backed by a large body of literature.  You cannot then

09:30AM 19  cherry-pick one number that you like out of my model and then

09:30AM 20  plug it into a relationship.  This is just the definition.  And

09:30AM 21  then try to predict something else.  It's just not correct to do

09:30AM 22  that.

09:30AM 23  Q    So, to sum up, you claim that for any -- well, you claim

09:30AM 24  that this definition is being taken out of context.  This

09:30AM 25  definition has to hold true; right?

09:30AM 1    A    Yeah.   The definition holds true given the construct of a

09:31AM 2    particular model.   So, if you were to take my model and you were

09:31AM 3    to use my area, my velocity, and my density, of course then you

09:31AM 4    would get the same mass flow rate that my model's predicting.

09:31AM 5               What I am saying is that you can say, Oh, I like

09:31AM 6    this one result from your model, let me take that and let me

09:31AM 7    take an area that wasn't used in the model, and then expect to

09:31AM 8    get the correct mass flow rate.   That's just not the way it's

09:31AM 9    done.

09:31AM 10              There's nothing in the literature that would say

09:31AM 11   that.   There's nothing in the OLGA manual that says:   Oh, by the

09:31AM 12   way, you need to scale your numbers by a factor of 2.   It's just

09:31AM 13   not correct.

09:31AM 14   Q    The OLGA manual allows you to input real numbers for

09:31AM 15   equivalent pipes in order get the total correct area for flow;

09:31AM 16   right?

09:31AM 17   A    No.   Again, equivalent pipes is a scenario where you have

09:31AM 18   multiple pipes flowing in parallel.   This is quite common in the

09:32AM 19   oil and gas industry, and that's why that was introduced.

09:32AM 20              What the manual says, quite clearly, is use the

09:32AM 21   hydraulic diameter when you're modeling flow through a pipe.

09:32AM 22   Q    And you use the hydraulic diameter to get the right pressure

09:32AM 23   drops and the right velocities; isn't that true?

09:32AM 24   A    No.   That's not what the manual says, and that's not the

09:32AM 25   purpose of the hydraulic diameter.   The hydraulic diameter is

09:32AM 1    intended to correctly relate flow rates and pressure drops.

09:32AM 2                    It's not intended to correctly relate velocities

09:32AM 3    and pressure drops.

09:32AM 4          MR. CHAERES:  Dr. Zaldivar, I have no further

09:32AM 5    questions.

09:32AM 6          THE COURT:  Redirect.

09:33AM 7                        REDIRECT EXAMINATION

09:33AM 8    BY MR. FIELDS:

09:33AM 9    Q   Good morning, Dr. Zaldivar.  Barry Fields, and I have you on

09:33AM 10   redirect examination on behalf of BP and Anadarko.

09:33AM 11                   Just us a few questions to follow-up.

09:33AM 12         MR. FIELDS:  If we pull up TREX-130544.444.

09:33AM 13   BY MR. FIELDS:

09:33AM 14   Q   We were just looking at this.

09:33AM 15                   I want to specifically look at the example that

09:33AM 16   you were asked about equivalent pipes.  And that's under Area.

09:33AM 17   Do you see that?

09:33AM 18   A   Yes, I do.

09:33AM 19         MR. FIELDS:  If Your Honor doesn't mind, just so that

09:33AM 20   we're clear, could Dr. Zaldivar go down to the chart and sort of

09:33AM 21   draw an example of equivalent pipes as compared to the situation

09:33AM 22   we're dealing with here?

09:33AM 23         THE COURT:  Okay.

09:33AM 24   BY MR. FIELDS:

09:33AM 25   Q   So would you draw what -- when you talk about what are

09:34AM 1   equivalent pipes, what is that and what we're dealing with in an

09:34AM 2   equivalent pipe situation?

09:34AM 3            THE COURT:  He'll need a microphone because nobody will

09:34AM 4   be able to hear him where he is.

09:34AM 5            THE WITNESS:  Can you hear me?

09:34AM 6            MR. FIELDS:  Yes.

09:34AM 7            THE WITNESS:  So just go ahead?

09:34AM 8                So, again, what we're describing here -- didn't

09:34AM 9   work very well.

09:34AM 10               What we're describing here is a single pipe.  This

09:35AM 11  is the riser with a drill pipe flowing through it.  What they're

09:35AM 12  referring to in the manual is multiple pipes flowing in

09:35AM 13  parallel.

09:35AM 14               This is quite common in the oil and gas industry.

09:35AM 15  As they find new oil, they might lay another pipe identical to

09:35AM 16  the one right next to it.  So, oftentimes, you see this where

09:35AM 17  you have multiple pipes.

09:35AM 18               It wouldn't be convenient to model each pipe

09:35AM 19  independently.  It would result in bigger models.  So this is a

09:35AM 20  shortcut that allows you to combine these pipes together.

09:35AM 21  BY MR. FIELDS:

09:35AM 22  Q    In the situation that you were modeling, were you modeling a

09:35AM 23  situation that involved equivalent pipes?

09:35AM 24  A    No.

09:35AM 25  Q    Now, on cross examination, you were asked a series of

09:35AM 1    questions regarding a water tower.  And I guess my first

09:35AM 2    question was, was that hypothetical example, was that dealing

09:36AM 3    with a single phase fluid or a multiphase fluid?

09:36AM 4    A    I understood it to be a single phase fluid.

09:36AM 5    Q    And, when you're dealing with multiphase flow or multiphase

09:36AM 6    fluids, are there other factors beyond the hydraulic diameter

09:36AM 7    that matter?

09:36AM 8    A    Yes.

09:36AM 9    Q    What are other examples or factors that matter?

09:36AM 10   A    So, again, the ratio of gas to oil, the gas moves a little

09:36AM 11   bit faster.  It can create a choking affect on the liquid.

09:36AM 12   There's lots of complexity here.  The extent that the liquid

09:36AM 13   touches the particular surface.

09:36AM 14                But, yeah, there's lots of complexity here.

09:36AM 15   Q    Is one of the factors that matters something called a

09:37AM 16   discharge coefficient?

09:37AM 17   A    Oh, yes.

09:37AM 18   Q    And what is a discharge coefficient?

09:37AM 19   A    Discharge coefficient is a characterization of the pressure

09:37AM 20   recovery through a particular diameter.

09:37AM 21   Q    And did you use discharge coefficients in your work?

09:37AM 22   A    I did.

09:37AM 23        MR. FIELDS:  Pull up TREX-11683.57 and 58.

09:37AM 24   BY MR. FIELDS:

09:37AM 25   Q    What discharge coefficient did you use, if you recall, in

09:37AM 1    dealing with the kink leaks?

09:37AM 2    A    So I used 0.84 for the kink leaks.

09:37AM 3    Q    Okay.  We don't need that then.  Good memory.

09:37AM 4              Is that for a circular hole, or was it for a

09:37AM 5    rectangular hole?

09:37AM 6    A    No.  It's a circular hole.  If you were to use a rectangular

09:37AM 7    hole, you would have to use a much lower discharge coefficient,

09:38AM 8    something on the order between 0.61 and 0.5.

09:38AM 9    Q    And, in your view, was it a conservative assumption, to use

09:38AM 10   a discharge coefficient in that manner?

09:38AM 11   A    Yes.  To assume discharge coefficient of 0.84, it was a

09:38AM 12   conservative assumption.  Actually, it's a consistent assumption

09:38AM 13   with the use of hydraulic diameter.

09:38AM 14             Had I taken a different approach and used the

09:38AM 15   equivalent area, then I would have had to greatly reduce the

09:38AM 16   discharge coefficient by almost 40 percent actually.

09:38AM 17   Q    Now, you indicated on cross examination that the velocities

09:38AM 18   in your model, or that were predicted by your models, are not

09:38AM 19   the correct velocities when you use the hydraulic diameter?

09:38AM 20   A    That's correct.

09:38AM 21   Q    Now, is that something that's unique to your model, or is

09:38AM 22   that something that occurs whenever you're using the hydraulic

09:38AM 23   diameter in a multiphase flow simulator?

09:39AM 24   A    No, this isn't unique to my model.  The use of hydraulic

09:39AM 25   diameter is standard transformation.  It would be used in any

09:39AM 1    situation like this.

09:39AM 2    Q    And why do these models generate velocities that are

09:39AM 3    different than the actual velocities in the pipe?

09:39AM 4    A    The purpose, again, is to accurately capture the

09:39AM 5    relationship between pressure drop and flow rate.  You have an

09:39AM 6    increased velocity to get the correct pressure drop or to get

09:39AM 7    that correct resistance to flow.

09:39AM 8    Q    And why can't you take the velocities out of your model or

09:39AM 9    the velocities that are generated from a multiphase flow

09:39AM 10   simulator when you're using the hydraulic diameter, and use that

09:39AM 11   velocity in another equation or in another model?

09:39AM 12   A    Well, at least in the context -- I mean, in general, your

09:39AM 13   models are self-consistent.  You're solving many equations.  And

09:39AM 14   all of those equations relate the variables inside that model.

09:40AM 15             It would be very incorrect to then take one

09:40AM 16   parameter and then try to use that in another situation.  In

09:40AM 17   particular, with like definitional sort of things, which is just

09:40AM 18   the relations of variables.

09:40AM 19        MR. FIELDS:  Can we pull up D-24688.

09:40AM 20   BY MR. FIELDS:

09:40AM 21   Q    You indicated on cross examination that you're aware of

09:40AM 22   literature out there that talks about why it's appropriate to

09:40AM 23   use the hydraulic diameter, and this is a slide you helped us

09:40AM 24   prepare.

09:40AM 25             Can you just provide the Court briefly with what

09:40AM 1   this shows about the use of hydraulic diameter in multiphase

09:40AM 2   flow modeling?

09:40AM 3   A   Yes.  So, on the left, this is an excerpt of the OLGA manual

09:41AM 4   that specifically focuses on flow in an annulus exactly like the

09:41AM 5   situation we have in the *Deepwater Horizon*.

09:41AM 6             It says the correct thing to do is to use the

09:41AM 7   hydraulic diameter.  In the center, we have the textbook that

09:41AM 8   the government placed before us, the Miller textbook, also

09:41AM 9   recommending the use of hydraulic diameter.

09:41AM 10            And then last we have an article by Koch which has

09:41AM 11  a very strong statement which says:  Until a proven relationship

09:41AM 12  for equivalent diameter is forthcoming, there is to other choice

09:41AM 13  than to use the hydraulic diameter.

09:41AM 14  Q   Thank you.

09:41AM 15            MR. FIELDS:  No further questions, Your Honor.

09:41AM 16            THE COURT:  Thank you, sir, you're done.

09:42AM 17            Who is your next witness?

09:42AM 18            MR. BROCK:  Our next witness is Dr. Nesic.

09:42AM 19            THE COURT:  Who is next, Mr. Brock?

09:42AM 20            MR. BROCK:  Dr. Nesic.

09:42AM 21            THE COURT:  Let's go ahead and take a 15 minute recess.

09:42AM 22            (Proceedings in recess.)

10:08AM 23            THE COURT:  Please be seated.

10:08AM 24            Go ahead, Mr. Brock.

10:08AM 25            SRDJAN NESIC, Ph.D., being first duly sworn,

```
10:08AM   1          testified as follows:
10:08AM   2               THE CLERK:  Will you take a seat.  State and spell your
10:08AM   3      name for the record, please.
10:08AM   4               THE WITNESS:  My name is Srdjan Nesic, S-R-D-J-A-N,
10:08AM   5      last name N-E-S-I-C.
10:08AM   6               MS. CROSS:  Your Honor, Anna Cross on behalf of the
10:08AM   7      United States.
10:08AM   8                    I just want to remind the Court that there is a
10:08AM   9      Daubert motion pending against Dr. Nesic.  It's Docket No.
10:09AM  10      11508.  And we're happy to argue it or leave it on the papers.
10:09AM  11               THE COURT:  Yeah, I've looked at it.  I'm going to deny
10:09AM  12      the -- I think the issues that you raise in your motion are more
10:09AM  13      properly subject of cross examination and will go to the weight
10:09AM  14      of this expert's testimony.
10:09AM  15                    So I'll deny the motion.
10:09AM  16               MS. CROSS:  Understood.  Thank you.
10:09AM  17               MR. BROCK:  Can I proceed now?
10:09AM  18               THE COURT:  Yes.
10:09AM  19                         DIRECT EXAMINATION
10:09AM  20      BY MR. BROCK:
10:09AM  21      Q   Mike Brock on behalf of BP and Anadarko.  And this will be
10:09AM  22      your direct examination, Dr. Nesic.
10:09AM  23                    Would you begin by stating your full name for the
10:09AM  24      record and tell Judge Barbier where you live and work.
10:09AM  25      A   My name is Srdjan Nesic, and I live and work in Athens,
```

10:09AM 1   Ohio.

10:09AM 2   Q   What were you asked to do by BP, Dr. Nesic?

10:09AM 3   A   I was asked by BP to offer my opinions as to what were the

10:09AM 4   effects of erosion on the change of flow rate through the BOP.

10:10AM 5           MR. BROCK:  I'm going to call up now D-23626.  And

10:10AM 6   could I have the first slide, please.

10:10AM 7   BY MR. BROCK:

10:10AM 8   Q   Dr. Nesic, can you use this slide to describe for Judge

10:10AM 9   Barbier your educational background, please?

10:10AM 10  A   I have a Bachelors and Masters in mechanical engineering

10:10AM 11  from the University of Belgrade.  And I also have a Ph.D. in

10:10AM 12  chemical engineering from the University of Saskatchewan in

10:10AM 13  Canada.

10:10AM 14  Q   Did you study the issue of erosion as part of your graduate

10:10AM 15  degrees?

10:10AM 16  A   I have.  And, actually, erosion was one of the key topics in

10:10AM 17  the course of my Ph.D. work.

10:10AM 18  Q   Now, after you received your Ph.D. degree, where did you

10:10AM 19  work?

10:10AM 20  A   Straight after my Ph.D., I went and worked for the Institute

10:10AM 21  For Energy Technology in Norway, in Oslo, Norway.

10:11AM 22  Q   What is the Institute For Energy and Technology?

10:11AM 23  A   It is the largest research institute in the country, and

10:11AM 24  used to be a nuclear institute.  But, when I was there, it had

10:11AM 25  already switched and did all its work almost on problems related

10:11AM 1    to oil and gas production in the North Sea.

10:11AM 2    Q    What was your position with the Institute For Energy

10:11AM 3    Technology?

10:11AM 4    A    I was a principal research scientist over there.

10:11AM 5    Q    What does that mean?

10:11AM 6    A    That means I was a project leader on numerous projects which

10:11AM 7    mostly related to the issues of multiphase flow and metal loss

10:11AM 8    by erosion and corrosion in the facilities in the North Sea.

10:11AM 9    That is, the oil and gas facilities in the North Sea.

10:11AM 10   Q    Can you describe the work that you were doing in the area of

10:11AM 11   erosion during the period of time that you were with the

10:11AM 12   Institute For Energy Technology?

10:11AM 13   A    There were a number of different projects that dealt with

10:11AM 14   the various modes of metal loss, and all of them were

10:12AM 15   exclusively related to so-called internal metal loss.  That

10:12AM 16   means from the inside of the pipe.  And most of them were

10:12AM 17   related to offshore oil and gas production.

10:12AM 18   Q    Why is this an issue that's of importance to the oil and gas

10:12AM 19   industry?

10:12AM 20   A    Well, it is hugely important to the oil and gas industry

10:12AM 21   because, whether in the design stage or the operational stage of

10:12AM 22   any given field, there is an enormous pressure on all the

10:12AM 23   engineers to design things and operate things in a way that

10:12AM 24   there aren't any breaches of the pipe wall, whatever the

10:12AM 25   mechanism is, so there is no uncontrolled release.  And they

10:12AM 1    have to make sure that doesn't happen for 30 to 50 years,

10:12AM 2    typically.

10:12AM 3    Q   Now, you show here on this slide that you were with the

10:12AM 4    Institute For Energy Technology from 1991 to 1996, and then you

10:12AM 5    went to the University of Queensland.  And we list here senior

10:13AM 6    lecturer of mechanical engineering.

10:13AM 7                Can you describe for Judge Barbier what you did

10:13AM 8    during this time and how that work is relevant to your opinions

10:13AM 9    here today.

10:13AM 10   A   Sure.

10:13AM 11               Your Honor, I moved from a pure research position

10:13AM 12   in Norway to a combined teaching-research position in the

10:13AM 13   University of Queensland.  There, I had shared duties.  I taught

10:13AM 14   courses on fluid mechanics, corrosion, erosion, computation of

10:13AM 15   fluid dynamics.

10:13AM 16               I also guided Ph.D. students to do their research

10:13AM 17   projects on the Master's and Ph.D. level in those exact same

10:13AM 18   fields.  So I had computation of fluid dynamics thesis; I had

10:13AM 19   erosion thesis, et cetera.

10:13AM 20   Q   Will you be using your knowledge and experience with regard

10:13AM 21   to erosion and computational fluid dynamics to present to the

10:13AM 22   Court today your opinions about erosion within the BOP and the

10:13AM 23   kink riser?

10:13AM 24   A   Yes, I will.

10:14AM 25   Q   Now, at the end of your tenure at the University of

10:14AM 1    Queensland, we show here that you moved to Ohio University in

10:14AM 2    2002.

10:14AM 3                   Would you describe for Judge Barbier what your

10:14AM 4    position is at Ohio University?  And maybe just start with some

10:14AM 5    of the courses that you teach and the work that do you in the

10:14AM 6    field of erosion.

10:14AM 7    A    I moved in 2002.  January 2nd, I started at Ohio University

10:14AM 8    as a full professor there.  So, I had my share of teaching

10:14AM 9    duties.

10:14AM 10                   But I also took at the same time a directorship of

10:14AM 11   the Institute For Corrosion and Multiphase Technology.  On the

10:14AM 12   teaching side, I continued with courses along the fluid

10:14AM 13   mechanics, computation of fluid mechanics, corrosion, erosion

10:14AM 14   type of classes that I taught at both undergraduate and graduate

10:14AM 15   level.

10:14AM 16                   And, on the research side, I was directing work at

10:14AM 17   the Institute For Corrosion and Multiphase Technology.

10:15AM 18   Q    Now, you mentioned this briefly in that answer, the

10:15AM 19   Institute For Corrosion and Multiphase Technology.  Can you

10:15AM 20   describe for Judge Barbier what that institute is and what it

10:15AM 21   does.

10:15AM 22   A    The institute is the largest, and I would say one of the

10:15AM 23   leading institutes, for studying problem of metal loss by

10:15AM 24   erosion and corrosion in the world.  That's the main reason

10:15AM 25   actually I moved to Ohio University.

10:15AM 1          We have the biggest projects and lots of different

10:15AM 2   industrial sponsors.  Whereas, all our activities are directed

10:15AM 3   towards problems seen in the oil and gas industry.  We are

10:15AM 4   hundred percent sponsored by the industry, and all my graduate

10:15AM 5   students and other research staff are focused on problems of

10:15AM 6   metal loss in multiphase flow in that industry.

10:15AM 7   Q   What type of research does the institute do for major oil

10:15AM 8   companies and engineering companies that support the oil

10:16AM 9   companies?

10:16AM 10  A   We do research that is sounding very narrow, but it's a very

10:16AM 11  important area.  We focus on various modes of metal loss within

10:16AM 12  the different pipes and other equipment they have.

10:16AM 13          So it's so-called internal corrosion in the oil

10:16AM 14  and gas industry, starting from corrosion down -- and erosion as

10:16AM 15  well -- down in the well.  Then erosion and corrosion in the

10:16AM 16  so-called surface equipment.  Then in the very long pipelines.

10:16AM 17  So we exclusively do that kind of work.

10:16AM 18          Our sponsors are, as I already alluded, oil and

10:16AM 19  gas companies, engineering companies, as well as chemical

10:16AM 20  companies that support the previous ones.

10:16AM 21  Q   Does your role as the director of the institute give you

10:16AM 22  expertise to help answer the question of erosion in the Macondo

10:16AM 23  BOP end riser?

10:16AM 24  A   Oh, indeed, yes.

10:16AM 25  Q   And why is that so?

10:16AM 1    A   Because, starting even with my Masters about 30 years ago, I

10:17AM 2    have worked with issues of computation fluid dynamics.

10:17AM 3    Actually, my Ph.D. thesis was the pioneering work in application

10:17AM 4    of computation of fluid dynamics in erosion.  That was the first

10:17AM 5    time that was ever done.

10:17AM 6            And I've continued since to be active in that

10:17AM 7    area.  I have conducted many research studies myself.  I've

10:17AM 8    guided numerous students who looked at this combination of

10:17AM 9    affect -- how flow affects erosion.

10:17AM 10           So, therefore, I feel I'm directly applying all

10:17AM 11   that knowledge in my opinions when I offer them to the Court

10:17AM 12   here.

10:17AM 13   Q   Thank you.

10:17AM 14           We've used this term here in the slide with regard

10:17AM 15   to your qualifications, computational fluid dynamics, and you've

10:17AM 16   just mentioned that to the Court.

10:17AM 17           What is computational fluid dynamics, and how does

10:17AM 18   it assist you in evaluating a case like the one we're looking at

10:17AM 19   here?

10:18AM 20   A   Your Honor, I know you heard a lot about very sophisticated

10:18AM 21   computer-based techniques to resolve problems, and this is one

10:18AM 22   of them.

10:18AM 23           Computational fluid dynamics is a mathematical

10:18AM 24   technique that's then implemented in computers to solve

10:18AM 25   equations of fluid flow and any associated effect in a way that

10:18AM 1  we cannot do otherwise.

10:18AM 2            Using this technique, we can get very detailed

10:18AM 3  information of what flow does through complicated geometries.

10:18AM 4  And, in the case that we're looking at here in the Macondo well,

10:18AM 5  we are having very complex geometries.  So the computational

10:18AM 6  fluid dynamics is the only way that can give us the insight of

10:18AM 7  what the fluid did, the hydrocarbons did, as well as any

10:18AM 8  particles that were carried with it.

10:18AM 9  Q    Thank you.

10:18AM 10           Now, just last question on this topic.  We've

10:18AM 11 listed here on this slide:  Co-authored over 70 peer-reviewed

10:19AM 12 papers, 100 conference papers and book articles in the field.

10:19AM 13           In terms of your work with regard to corrosion,

10:19AM 14 erosion, and CFD, are you published in all of those areas?

10:19AM 15 A    Yes.  Those three topics you mentioned were the main topics

10:19AM 16 that I ever published about.

10:19AM 17 Q    Right.  Thank you.

10:19AM 18           MR. BROCK:  Your Honor, at this point, we would tender

10:19AM 19 Dr. Nesic as an expert witness in the computational fluid

10:19AM 20 dynamics and metal erosion.

10:19AM 21           MS. CROSS:  Under our *Daubert* motion and on cross

10:19AM 22 examination, no objection.

10:19AM 23           THE COURT:  All right.  He's accepted.

10:19AM 24 BY MR. BROCK:

10:19AM 25 Q    Let's go now, Dr. Nesic, to an overview of just the basic

10:19AM 1   concept of erosion, what we're talking about.  I've called up

10:19AM 2   D-24603, and I'll just ask you, first of all, what is metal

10:19AM 3   erosion?  What are we talking about when we talk about the

10:19AM 4   concept of erosion?

10:19AM 5   A   Metal erosion is a name for a phenomena where metallic

10:20AM 6   surface is mechanically removed by repeated impact of solid

10:20AM 7   particles.  Very frequently, those solid particles are sand.

10:20AM 8                I have a little animation here that I would like

10:20AM 9   to start.  It is a simplification of the situation, but I think

10:20AM 10  it illustrates the point.  Here, it shows one individual

10:20AM 11  particle striking the surface and causing damage by these

10:20AM 12  repeated impacts.  In reality, we have large numbers of

10:20AM 13  particles impacting any given area and causing the metal to be

10:20AM 14  lost.

10:20AM 15               So, again, to summarize, it's a mechanical mode of

10:20AM 16  metal loss that's often seen in the field.

10:20AM 17  Q   What are the factors that must be present in order for

10:20AM 18  erosion to occur?

10:20AM 19  A   They stem directly from this animation.  As you can imagine

10:20AM 20  just by looking at this still picture, we have to have enough

10:20AM 21  particles there, enough sand in this case, to cause erosion.

10:21AM 22               The second important parameter is that those

10:21AM 23  particles, the sand, must impact the surface with sufficient

10:21AM 24  energy.  Translated into simple terms, it has to move fast

10:21AM 25  enough so that it can dig into the surface.

2852

10:21AM 1          And the third condition is the particles have to

10:21AM 2  come at a right angle.  It's not enough that they're there and

10:21AM 3  they're moving fast.  They have to come at a right angle so they

10:21AM 4  can chisel out a piece of metal surface.

10:21AM 5          So, therefore, it's not sufficient to say in a

10:21AM 6  straight line you could have a lot of particles moving fast, but

10:21AM 7  if they just barely scrape the surface and roll over they don't

10:21AM 8  cause erosion.  Erosion is caused when particles hit at a

10:21AM 9  particular angle with a particular intensity.

10:21AM 10  Q   You have described that to us before as angle of impact.

10:21AM 11  A   Correct.

10:21AM 12  Q   And that has significance in terms of evaluating how much

10:21AM 13  erosion will occur given other conditions?

10:21AM 14  A   That is true.

10:21AM 15  Q   Okay.  Now, based on your knowledge, education, and

10:21AM 16  experience, does erosion occur as long as solid particles are

10:22AM 17  moving in the system?

10:22AM 18  A   One can say that.  Given that the conditions are conducive

10:22AM 19  to corrosion -- that is, the angle of impact is there and the

10:22AM 20  velocity is there -- one can then safely assume that as long as

10:22AM 21  the particles are there, corrosion -- sorry -- erosion is going

10:22AM 22  to continue.  That is a very logical extension of the previous

10:22AM 23  arguments I just gave.

10:22AM 24  Q   Now, you have prepared a report that has been submitted in

10:22AM 25  this case; correct?

10:22AM 1   A    That's right.

10:22AM 2   Q    And let me just ask you, first, what information or

10:22AM 3   background materials did you use to analyze the effect of metal

10:22AM 4   erosion on flow for the period you studied?

10:22AM 5   A    Well, to summarize on a very high level, I needed the

10:22AM 6   geometries that I was interested in.  I needed the description

10:22AM 7   of those geometries in a very precise way.  I need information

10:22AM 8   about the fluids that were passing through those geometries.

10:23AM 9   And, finally, I needed information about the presence of sand in

10:23AM 10  that system.

10:23AM 11  Q    I'm going to call up now D-23648, which I think in some ways

10:23AM 12  summarizes what you just shared with the Court.

10:23AM 13              But, in terms of your approach to the issue that

10:23AM 14  we're talking about today, Dr. Nesic, what was your overall

10:23AM 15  methodology or approach to looking at this issue?

10:23AM 16  A    Your Honor, I know I'm going to talk about these four points

10:23AM 17  in great detail, but I think it's helpful if we summarize now

10:23AM 18  what I have done.

10:23AM 19              So one of the first things that I had to determine

10:23AM 20  is to find the period of erosion.  In other words, to put

10:23AM 21  boundaries on the time that I looked at the erosion and what

10:23AM 22  effects it may have caused and did cause actually to flow.

10:23AM 23              Then I went on to the geometries that were eroded.

10:24AM 24  So I focused on those geometries that did make a big difference,

10:24AM 25  that did restrict the flow, and then opened up as time went

2854

10:24AM 1    because of erosion.  And, fortunately, we had not only the

10:24AM 2    pre-eroded geometries, the pristine ones that were deployed, but

10:24AM 3    we also had recovered most important components of the eroded

10:24AM 4    geometries.  So I used both of those.

10:24AM 5              And I then finally went to my computational fluid

10:24AM 6    dynamics.  It's a complicated technique, as you'll get a glance

10:24AM 7    of in a minute.  But we were able -- I was able to get answers

10:24AM 8    as to how restrictive were these geometries exactly one-by-one,

10:24AM 9    and then also able to determine what kind of effect they had on

10:24AM 10   flow before they eroded and after they eroded.

10:24AM 11             Those are the two important signposts in time I

10:24AM 12   will come back to.

10:24AM 13             And, finally, the last thing I did was, once I

10:24AM 14   determined those restrictions and how they changed, I answered

10:25AM 15   the question how would the flow then -- flow rate change based

10:25AM 16   on that procedure.

10:25AM 17        MR. BROCK:  Okay.  I'm going to call out No. D-23629,

10:25AM 18   which is TREX-11529R.

10:25AM 19   BY MR. BROCK:

10:25AM 20   Q   I'll ask you if this is the cover page to your report?

10:25AM 21   A   Yes, it is.

10:25AM 22        MR. BROCK:  Your Honor, at this time, we would move

10:25AM 23   Dr. Nesic's report into evidence.

10:25AM 24        THE COURT:  All right.  That's admitted.

10:25AM 25             (Exhibit admitted.)

2855

BY MR. BROCK:

Q   Now, Dr. Nesic, have you formed opinions in this case, and will D-23631 on the slide that I have just put up, help you to explain at a high level to Judge Barbier what your opinions are here?

A   Yes.  I did form opinions, and this slide is a fair summary of that.

Q   Just, at a high level, would you walk through your opinions about erosion that took place in the blind shear ram and to the kink riser -- to the BOP and the kink riser?

A   Yes.

          Your Honor, I've kind of went in very high level at what I set to do, and we are now jumping right to the end. We are going to elaborate.  I'm showing you here the main findings that I reached in my work.  These are not all the findings, but these are the things that made the biggest difference.

          The first bullet point here says that the blind sheer rams and the casing sheer rams were significant restrictions in flow when they were activated and before they were actually eroded.  Blind sheer rams more so than the casing sheer rams, but they were both significant restriction to flow.

          And I have calculated that, and I'll show you actually some evidence later on.

          I've also concluded that this erosion that

10:26AM  1    proceeded over about a five-week period of time significantly

10:26AM  2    changed the flow restrictions in the BOP, and that the

10:26AM  3    resistance they offered has gone down tremendously due to

10:27AM  4    erosion.

10:27AM  5            Then I've actually been in a position to put

10:27AM  6    numbers to these points that I just described.  I was able to

10:27AM  7    calculate how much exactly that this resistance change, by what

10:27AM  8    factor.  And, therefore, I was able to say that the flow

10:27AM  9    approximately doubled, with an assumption that the BOP was the

10:27AM 10    main restriction in flow.  That was my focus.  I did not have

10:27AM 11    focus on the rest of the flow path.

10:27AM 12            And, finally, what I've determined by my

10:27AM 13    simulations was that this increase from the beginning when

10:27AM 14    everything was in its pristine state to the end was a gradual

10:27AM 15    process.  I'm not saying linear, like a straight line process,

10:27AM 16    but it was a gradual process that for the most part it just went

10:27AM 17    progressively from the initial state to the last state.

10:27AM 18            So that's a high level summary of what I found.

10:28AM 19    Q    Thank you, Dr. Nesic.

10:28AM 20            I'm going to go now to D-23632.  And ask you,

10:28AM 21    Dr. Nesic, to describe for Judge Barbier which geometries you

10:28AM 22    studied to determine the effects of metal erosion on flow rate

10:28AM 23    at the Macondo well.

10:28AM 24    A    Sure.

10:28AM 25            Your Honor, you've seen probably these name and

10:28AM 1    these images many times.  But, just to summarize, after a very

10:28AM 2    careful analysis of what should I look at, I've singled out

10:28AM 3    these four main geometries within the BOP and the kinked riser

10:28AM 4    to be, A, the most restrictive to flow; and, B, the ones that

10:28AM 5    change.  Not equally, but the ones that change most over this

10:28AM 6    period of time.

10:28AM 7            And, there, if you go from bottom up, the casing

10:28AM 8    sheer rams, the blind sheer rams which I already mentioned, then

10:28AM 9    to some upper annular and the kinked riser.

10:28AM 10           So those were the four geometries that I

10:28AM 11   identified.

10:29AM 12   Q    Why did you select those four geometries?

10:29AM 13   A    Well, there were two main criteria, one which is very

10:29AM 14   obvious.  I have gone to Michoud twice.  I have seen the

10:29AM 15   pictures.  I've seen the actual pieces.  Indeed, I did focus on

10:29AM 16   those elements that have shown a high level of erosion.  So they

10:29AM 17   became an immediate candidate.

10:29AM 18           But, on top of that, I had to make sure that I

10:29AM 19   understood and analyzed the flow path to see where was the fluid

10:29AM 20   going at any given point in time.

10:29AM 21           So, therefore, it wasn't always the case when

10:29AM 22   something eroded a lot that it affected the flow a lot.  So I

10:29AM 23   kind of have to have both.  That, A, there were restrictions

10:29AM 24   which are important; and, B, that they have eroded.

10:29AM 25           So, once I've kind of used those two criteria, I

10:29AM 1   came up with these four geometries that in this period I looked

10:29AM 2   at, April 22nd to May 27th, were more relevant.

10:29AM 3   Q    Now, have you helped us with a demonstrative exhibit that

10:30AM 4   you believe illustrates the event that you believe to be most

10:30AM 5   significant to erosion?

10:30AM 6   A    Yes.

10:30AM 7   Q    I'm going to call out now D-23633-B.

10:30AM 8              And you see, here, we have a slide titled:

10:30AM 9   Timeline of Significant Erosion Events.

10:30AM 10             Do you see that?

10:30AM 11  A    Yes.

10:30AM 12  Q    Now, in terms of orienting Judge Barbier to your work, I

10:30AM 13  think you described this just a minute ago.  When do you start

10:30AM 14  your analysis and when do you conclude your analysis?

10:30AM 15  A    My analysis starts on April 22nd.  And that's because that

10:30AM 16  is the date when the blind sheer rams activated.  And they have

10:30AM 17  been designed to be a valve that essentially shuts off the flow

10:30AM 18  altogether, severs everything in its way and shuts off the well.

10:30AM 19             We all know that that didn't happen.  But they did

10:30AM 20  close almost fully, and there was a case that they restricted

10:30AM 21  the flow.  And then, as pictures showed and some models I'll

10:30AM 22  show in a second, they severely eroded and opened up in the

10:31AM 23  process.

10:31AM 24             So that's my starting date.

10:31AM 25             If we now look here forward, I'm going to kind of

10:31AM 1    draw your attention to April 29th.  That's a week later when the

10:31AM 2    casing shear rams activated.  So they're in an intact pristine

10:31AM 3    condition before they were activated, withdrawn in their

10:31AM 4    cavities, and then they were pushed into the flow.  They were

10:31AM 5    designed to cut everything in between and severe everything

10:31AM 6    that's in their way, but not to seal the well.

10:31AM 7            That's what they did.  They closed entirely, but

10:31AM 8    they did not seal the well.  And they eroded, too.

10:31AM 9            So we know from that perspective, without any

10:31AM 10   modeling, without any real sophisticated analysis, that since

10:31AM 11   they were only activated April 29th and they eroded, that

10:31AM 12   erosion must have been going on.

10:31AM 13           Likewise, if we now fast-forward to May 19th, a

10:31AM 14   third hole in the kink riser appeared.  I will show some of that

10:31AM 15   footage later on.  Another hole appeared just beyond the bend.

10:32AM 16   We knew that was erosion hole.  So that was an another signpost

10:32AM 17   for me to say sand production and erosion must have been

10:32AM 18   occurring until May 19th, and surely beyond.  Because there was

10:32AM 19   no reason to assume that everything was eroded until May 19th,

10:32AM 20   the hole was made, and then stopped.  So I knew it went beyond.

10:32AM 21   I didn't know exactly how far and how long.

10:32AM 22           And, finally, based on the expert opinions of Dr.

10:32AM 23   Vaziri, who is a sand expert, sand production expert, he

10:32AM 24   suggested that sand production lasted at least until the end of

10:32AM 25   May.

2860

| | |
|---|---|
| 10:32AM 1 | So I've used that and moved it a little forward to |
| 10:32AM 2 | be on the safe side, and I picked May 27th as a day when erosion |
| 10:32AM 3 | in any significant way has ceased.  I don't say it has stopped |
| 10:32AM 4 | then, but that's conservative.  It lasted at least until May |
| 10:32AM 5 | 27th. |
| 10:32AM 6 | Q   All right.  Thank you very much. |
| 10:32AM 7 | I want to turn now to some of the components of |
| 10:33AM 8 | the BOP that you analyzed, and we're going to start with the |
| 10:33AM 9 | blind shear ram. |
| 10:33AM 10 | Okay, are you with me? |
| 10:33AM 11 | A   Yes. |
| 10:33AM 12 | Q   So you've just mentioned to Judge Barbier that they were |
| 10:33AM 13 | activated on April the 22nd. |
| 10:33AM 14 | And I've called out now D-23635-A.  And I'll ask |
| 10:33AM 15 | you first, you mentioned that you traveled to Michoud.  Did you |
| 10:33AM 16 | actually analyze or look at the rams from the BOP? |
| 10:33AM 17 | A   Yes, I have. |
| 10:33AM 18 | Q   Now, this is a couple of pictures of the blind shear ram; |
| 10:33AM 19 | correct? |
| 10:33AM 20 | A   Yes. |
| 10:33AM 21 | Q   And can you tell Judge Barbier what you're seeing in these |
| 10:33AM 22 | pictures and what is significant to you as an expert in erosion? |
| 10:33AM 23 | A   Well, Your Honor, again, these pictures are quite drastic |
| 10:33AM 24 | examples of massive erosion.  What you see there on the screen |
| 10:34AM 25 | are two blocks of the blind sheer rams. |

10:34AM 1          May I pick up the prop at this stage?  I think it

10:34AM 2   helps, rather than looking at the pictures, which I'm sure

10:34AM 3   you've seen a million times.

10:34AM 4   Q    Which one are you going to pick up?

10:34AM 5   A    Of the blind shear rams, I'll start with the ones before

10:34AM 6   they eroded.

10:34AM 7   Q    So this would be D-24200, which is a pre-eroded blind shear

10:34AM 8   ram 3D model.

10:34AM 9          Just tell the judge how this was created; and

10:34AM 10  then, if you have something that will be a good teaching point,

10:34AM 11  please share that.

10:34AM 12  A    Sure.  This is a replica, a very realistic replica of the

10:34AM 13  real blocks that were present in the BOP before they have

10:34AM 14  eroded.

10:34AM 15         So we have obtained detailed design files from

10:34AM 16  Cameron, and then used them to make this model here that I'm

10:34AM 17  going to open up in a second.

10:34AM 18         The same information from Cameron was used to

10:34AM 19  create the geometries I simulated.  So, if you can imagine, I've

10:34AM 20  been able to create these two geometries in their virtual form

10:35AM 21  and pull them into my study.  So I operated with exactly the

10:35AM 22  same geometries like these within my computational environment.

10:35AM 23  Q    Go ahead.

10:35AM 24  A    And, in going back to the point, so what you see in front of

10:35AM 25  you, Your Honor, is pretty much these two pieces.  But you see

10:35AM 1  them there on the screen after they eroded.  This is what they

10:35AM 2  kind of would have looked before they eroded as they were just

10:35AM 3  activated.

10:35AM 4           So, when they close and tried to seal the well,

10:35AM 5  they didn't go all the way through, and that there was a gap

10:35AM 6  left, and that led to erosion that you can see on your screen.

10:35AM 7           So that's probably the easiest way to show how

10:35AM 8  massive, just by comparing before -- and if I may pick up the

10:35AM 9  other set, these two are identical as --

10:35AM 10 Q   Just one second.  So you're holding up now D-24202, which is

10:35AM 11 the eroded blind shear ram 3D model; correct?

10:36AM 12 A   Correct.  Thank you.

10:36AM 13          So these two are actually virtually identical or

10:36AM 14 totally identical to the ones you see on the picture there.

10:36AM 15          So you can see there -- actually, anyone can

10:36AM 16 recognize, there was massive erosion that took place here.

10:36AM 17 These were in their closed state, so one can observe immediately

10:36AM 18 without doing any calculations that it must have been much

10:36AM 19 easier for the fluid to push through these holes on the sides

10:36AM 20 even when they push like that than it was the case before they

10:36AM 21 eroded.

10:36AM 22 Q   Now, as an erosion expert, do you have an opinion as to

10:36AM 23 whether this erosion demonstrates that the blind sheer rams were

10:36AM 24 acting as a restriction to flow?

10:36AM 25 A   Yes, I do.

2863

10:36AM 1   Q    What is that opinion?

10:36AM 2   A    Well, again, I will pick up the noneroded version of the

10:36AM 3   blind sheer rams.  And they clearly show that, even if they

10:36AM 4   didn't close completely, they closed sufficiently so that the

10:36AM 5   flow could not pass through the middle.

10:37AM 6              The flow had to swing sideways; because, when you

10:37AM 7   look at the eroded version of them, the damage is pretty much

10:37AM 8   all on the sides.  It's not so much in the middle of the blades.

10:37AM 9   So that means that these rams have obstructed the flow in the

10:37AM 10  middle.

10:37AM 11             And, by the way, that's what our simulations are

10:37AM 12  going to show that I'll stream in a second.

10:37AM 13             But, even without them, one can conclude that this

10:37AM 14  must have been the restriction in the flow, and therefore the

10:37AM 15  flow kind of pushed its way through the sides.

10:37AM 16  Q    Let's turn our attention now to your analysis of the casing

10:37AM 17  sheer rams.  And, very quickly -- I've called up D-23637A -- we

10:37AM 18  show here, consistent with your timeline, that they were

10:37AM 19  activated on April the 29th.

10:37AM 20             And if you would just speak to Judge Barbier about

10:37AM 21  your findings from your analysis of the casing shear ram.

10:37AM 22  A    Sure, I can.

10:37AM 23             May I also ask for permission to pick up the

10:38AM 24  physical models?

10:38AM 25  Q    Yes.

10:38AM 1  A    So I'm picking up D-24201, which is --

10:38AM 2  Q    Thank you, by the way.

10:38AM 3  A    My pleasure.  I thought this was faster.

10:38AM 4           And if I can pull them apart.  They are not easy

10:38AM 5  to pull apart.  Actually, that's realistic, because it takes

10:38AM 6  some force to push these things together, significant force, in

10:38AM 7  reality.  So it's not that it's not been a well-made model.

10:38AM 8           But, going back to our story, this is the version

10:38AM 9  of the pristine uneroded casing sheer rams.  Now, you saw how

10:38AM 10 hard it is.  I can't push them together in front of you here,

10:38AM 11 but they were designed when they closed to sheer and to cut

10:38AM 12 everything in their way.

10:38AM 13          Yet, these blades were not so tight so that the

10:38AM 14 flow would not pass through them.  There was some flow in

10:38AM 15 between those blades even in a closed arrangement.

10:38AM 16          Therefore, what you see there on the screen, Your

10:38AM 17 Honor, is what I have on this other prop.  It is D-24203, which

10:39AM 18 is identical.  If I open it up, these two pieces are identical

10:39AM 19 to the ones you see there on the screen in this arrangement.

10:39AM 20          Now, again, we see some erosion.  Although it's

10:39AM 21 with a naked eye, it's clear that it's not massive like it was

10:39AM 22 in the BSR.  And I'll come back to that.  But we can clearly see

10:39AM 23 effects of erosion.

10:39AM 24 Q    Now, can you just describe the evidence of erosion that you

10:39AM 25 see there on the casing sheer rams?  What do you see?

10:39AM 1    A    Indeed, the easier one to describe is the so-called top

10:39AM 2    blade.  So, if I may orient you here, so that blade was in a

10:39AM 3    horizontal position when it closed on the other one and severed

10:39AM 4    the drill pipe.  That was the only thing between the blades.

10:39AM 5            And so that severed drill pipe was still producing

10:39AM 6    sand, which is clear by this almost circular pattern that was

10:40AM 7    created by the impact of the particles that couldn't make that

10:40AM 8    very sudden and sharp bend.  The fluid went like this and then

10:40AM 9    between the blades and out.

10:40AM 10           The particles didn't -- weren't so quick to turn,

10:40AM 11   so they made an imprint because of these numerous impacts that

10:40AM 12   you see there.

10:40AM 13           The interesting thing is that that level of damage

10:40AM 14   is much less than what we see on the blind sheer rams, and that

10:40AM 15   is because of that direct impact the particles had.

10:40AM 16           If you will recall, Your Honor, I described to

10:40AM 17   have the best, quote, unquote, erosion, one needs to come at an

10:40AM 18   angle to chisel out a piece of metal.  So just pounding at it

10:40AM 19   more or less directly is not as effective.  It does erode, but

10:40AM 20   it doesn't lead to dramatic effects.

10:40AM 21   Q    Now, the casing sheer rams were activated on April the 29th.

10:40AM 22           Did they create an obstruction to flow?

10:40AM 23   A    Yes, they did.  If not sealed the well, they definitely

10:40AM 24   posed an obstruction to flow.

10:40AM 25   Q    Now, let's turn to a discussion of the upper annular

2866

10:41AM 1    preventer, D-23639A.

10:41AM 2                 And, before I go to that, let me just ask one

10:41AM 3    question.  From looking at these photographs and the models that

10:41AM 4    you've just shown to Judge Barbier, can you tell the Court

10:41AM 5    whether or not there was sand still being produced in the system

10:41AM 6    as of April the 29th?

10:41AM 7    A   For sure, not on April 29th, because they were activated.

10:41AM 8    They were new, if you want, pristine, when they were activated.

10:41AM 9                 This must have been produced beyond April 29th,

10:41AM 10   because it has happened well into May and I think all the way

10:41AM 11   out to the end of May, this sort of damage.  This is sort of

10:41AM 12   unambiguous, I think, in this case.

10:41AM 13   Q   Thank you.  Now, let's look at the upper annular preventer,

10:41AM 14   D-23639A.

10:42AM 15                Did you personally inspect the recovered upper

10:42AM 16   annular preventer and drill pipe?

10:42AM 17   A   Yes, I did.

10:42AM 18   Q   Is this the drill pipe we've referred to in this case as the

10:42AM 19   1B1?

10:42AM 20   A   I think that's correct.

10:42AM 21   Q   Okay.  Now, when we talk about 1B1, what are we referring

10:42AM 22   to?

10:42AM 23   A   Well, Your Honor, we're talking about the first valve, to

10:42AM 24   call it a valve, that closes the upper annular.  It squeeze onto

10:42AM 25   the drill pipe, as you've heard probably so many times.  The

10:42AM 1    seal that they formed wasn't perfect.  It was a leaky seal.

10:42AM 2              The fluid was squeezing by that tool joint, as

10:42AM 3    they call it, that's shown here on that bottom picture, and it

10:42AM 4    was going so intensely through there that it eroded this 1B1

10:42AM 5    section of pipe.

10:42AM 6              We can see two locations, the one where we have an

10:42AM 7    imprint, and then the completely severed section at the end

10:42AM 8    there.

10:42AM 9    Q   Do these photographs that we're looking at here demonstrate

10:43AM 10   that the upper annular preventer was acting as a restriction to

10:43AM 11   flow?

10:43AM 12   A   Yes.  For the short period that this pipe was held in place,

10:43AM 13   it was a restriction to flow.

10:43AM 14   Q   Thank you.

10:43AM 15             Let's now talk about the kinked riser for a few

10:43AM 16   minutes.  Just for the record, when we use the term kinked

10:43AM 17   riser, what are we talking about?

10:43AM 18   A   It's a term for a bent pipe.  But a pipe that went, when it

10:43AM 19   bends, it's sort of neck-down in that section where it was

10:43AM 20   actually turning 90 degrees.  So the cross-section was much

10:43AM 21   smaller than the normal full-bore section.

10:43AM 22   Q   When the riser kinked on April 22nd, did it create flow

10:43AM 23   restriction?

10:43AM 24   A   Yes, it did.

10:43AM 25   Q   And why do you say that?

10:43AM 1    A    Well, for the simple fact that I just mentioned:  The

10:43AM 2    cross-sectional area right there in that kink, in that 90-degree

10:43AM 3    bend, was much smaller than the cross-sectional area of the

10:44AM 4    pipe, of the riser.

10:44AM 5                    So, therefore, just that restricting of flow was

10:44AM 6    -- and then the fact that it bent.  So that, every bend is a

10:44AM 7    restriction as well, even a full-bore bend.

10:44AM 8                    But this was a double restriction from that point

10:44AM 9    of view.

10:44AM 10   Q    Okay.  Did your analysis of the photographs and materials

10:44AM 11   indicate whether or not that flow restriction changed over time,

10:44AM 12   that is referring to the kinked riser?

10:44AM 13   A    The kinked riser changed over time somewhat because of the

10:44AM 14   holes that appeared at various points in time that were caused

10:44AM 15   by erosion, and that has changed the hydrodynamics there.

10:44AM 16   Q    Let's look at that D-24452.  Do you see, we have here

10:44AM 17   photographs of the kinked riser taken at three time points?  Do

10:44AM 18   you see that?

10:44AM 19   A    Yes.

10:44AM 20   Q    Can you describe for Judge Barbier what these photographs

10:44AM 21   demonstrate and why they are important to you in your analysis

10:44AM 22   of this case.

10:44AM 23   A    Yes.

10:44AM 24                    Your Honor, if I may really draw your attention to

10:45AM 25   the big screen, because that's where I can only point with my

10:45AM 1    laser.

10:45AM 2              You see three very important points in time:

10:45AM 3    April 22nd; there's the kink seen from the back and the fluid is

10:45AM 4    going through and exiting on the other end of the riser, but

10:45AM 5    there's no holes.

10:45AM 6              Fast-forward to April 28th, so-called first two

10:45AM 7    holes appear.  One there in the middle of the pipe just past the

10:45AM 8    bend, which is an erosion-caused hole.

10:45AM 9              And then another one here that at the very side

10:45AM 10   where there was some squishing and stretching of the pipe which

10:45AM 11   could have been implicated in the erosion hole that formed

10:45AM 12   there.

10:45AM 13             But the one that's most important is a signpost

10:45AM 14   for everything I did.  That third hole, these two on May 19th

10:45AM 15   are the same, even if the color is different, as April 28th.  So

10:45AM 16   these two here are the same holes, probably slightly larger.

10:45AM 17             But this third one right there, so-called third

10:45AM 18   hole, is the one that appeared on May 19th.

10:46AM 19             So it was critical for us to have that piece of

10:46AM 20   information, as it tells us that sand production and erosion was

10:46AM 21   happening on that date and well beyond that date.

10:46AM 22   Q    Now, I want to talk a little more about this kinked riser

10:46AM 23   and the holes, and I'm going to go to our next call-out which is

10:46AM 24   D-23644B.

10:46AM 25             Dr. Nesic, the first thing I'd ask you to do is to

10:46AM 1   orient Judge Barbier to what he's looking at here.  Probably the

10:46AM 2   best way to do it is if you can sort of describe for him, if he

10:46AM 3   was looking at this, where would it be here in relation to the

10:46AM 4   riser at the top of the BOP.

10:46AM 5   A   So, Your Honor, this picture on the left, the large image,

10:46AM 6   would be obtained if you can imagine standing where it says

10:46AM 7   kinked riser and looking in the direction of the red arrow.

10:46AM 8                In other words, this photograph is at a 90-degree

10:47AM 9   rotation from what you see there on this sketch.  So it is

10:47AM 10  really looking at the kink, where that kink is.  Not from the

10:47AM 11  side like on this little animation, but actually looking at it

10:47AM 12  sort of front-on.  And that's what you would see.

10:47AM 13  Q   Let me see if I understand this.  So the picture that we're

10:47AM 14  looking at here, if we rotated it and put it on the top of the

10:47AM 15  kinked riser there, that's what the orientation would be?

10:47AM 16  A   That is correct.

10:47AM 17               Now, it looks like --

10:47AM 18          THE COURT:  It would line up with the arrow?

10:47AM 19          THE WITNESS:  Yes.  You can imagine yourself standing

10:47AM 20  where it says kinked riser, looking in the direction of the

10:47AM 21  arrow, this is what you would see.

10:47AM 22               This looks odd because this was taken in Michoud

10:47AM 23  when it was on the ground.  The picture is from the bottom-up so

10:47AM 24  it doesn't appear natural.  But that's what we're looking at.

10:47AM 25  BY MR. BROCK:

10:47AM 1    Q    Do you have an opinion as to whether or not these holes are

10:48AM 2    caused by erosion?

10:48AM 3    A    Oh, I know for sure they were caused by erosion.

10:48AM 4    Q    And how do you know that, Dr. Nesic?

10:48AM 5    A    Well, even without looking from the inside of the -- this is

10:48AM 6    just an outside view.  There's two important pieces of

10:48AM 7    information that without any doubt tell me that this is erosion.

10:48AM 8              And let me start first with the orientation of

10:48AM 9    these holes.  These holes are aligned with the flow.  If you

10:48AM 10   look -- the flow is coming from the bottom, going through, and

10:48AM 11   then continuing upwards in this photograph.

10:48AM 12             So these holes are exactly -- their shape is oval,

10:48AM 13   and it goes in the direction of the flow.

10:48AM 14             If these holes were created by anything else, say

10:48AM 15   by cracking, which I heard, the cracks wouldn't be going in that

10:48AM 16   direction.  The cracks would be going in the perpendicular

10:48AM 17   direction, sort of across.  Cracks would look like that.

10:48AM 18             This would be where most of the stretching is

10:48AM 19   going on.  Which we all know, if we take something and bend,

10:49AM 20   it's going to break like this, not like that.  So, to me, that

10:49AM 21   was the sort of the first clue that was very convincing.

10:49AM 22             There's another one that, if you look at the

10:49AM 23   locations of these two holes, is actually past the bend.  The

10:49AM 24   bend, the axis of the bend is somewhere there.

10:49AM 25             So, again, if it was some sort of

10:49AM 1    cracking-induced, as I've heard, that's where the cracks would

10:49AM 2    appear.  These are not cracks.  You will see in a second when we

10:49AM 3    switch this piece around, they don't look like cracks.  We know

10:49AM 4    from the place, they are past the middle.  That, they've

10:49AM 5    definitely formed beyond where cracking could be occurring.

10:49AM 6              THE COURT:  How many holes do you see in that photo?

10:49AM 7              THE WITNESS:  I see three.  I see these two that I

10:49AM 8    focused most of attention.  First, this one was shown to appear

10:49AM 9    on May 19th, so that's kind of the most important one for me.

10:49AM 10             I see another one that appeared on April 28th.

10:49AM 11   And, its sibling here, this one appeared at the same time as the

10:49AM 12   other one.

10:49AM 13             So I see three holes.

10:49AM 14             Now, why I've been avoiding to talk about this

10:50AM 15   one, you can see that this hole is roughly in that sort of

10:50AM 16   position where we could have and did have a lot of stretching of

10:50AM 17   the pipe.  I can't imagine that this third hole, which is

10:50AM 18   upstream of the other two, could have formed partially by

10:50AM 19   cracking and then aggravated by erosion, or the other way

10:50AM 20   around.

10:50AM 21             I can't be 100 percent sure.

10:50AM 22             THE COURT:  That's not a fourth hole over on the right

10:50AM 23   corner; is it?

10:50AM 24             THE WITNESS:  There is actually another hole on the --

10:50AM 25             THE COURT:  I see a blue color in middle, it looks

OFFICIAL TRANSCRIPT

10:50AM 1  like.

10:50AM 2       THE WITNESS:  Yeah.  That's where first they cut this.

10:50AM 3  When we took the picture, this was kind of sliced in half, so it

10:50AM 4  was hard to see that properly.

10:50AM 5            But also, there was additional damage on either

10:50AM 6  side of this picture where pieces were detached.  But we don't

10:50AM 7  know exactly when was that done, when they were recovering the

10:50AM 8  piece or when they were cutting the piece.  That is not obvious.

10:50AM 9  So I tend not to rely on that information of where there was a

10:50AM 10 lot of damage, mechanical damage to the sides.  That's why I

10:51AM 11 focus all my attention on these two middle holes, which were

10:51AM 12 kind of away from all this other stuff that was going on.

10:51AM 13 BY MR. BROCK:

10:51AM 14 Q   All right.  Thank you.

10:51AM 15           Let's turn now to the issue of the duration of the

10:51AM 16 erosion period.  We've talked about the geometries you've

10:51AM 17 selected.

10:51AM 18           What did you use to define the period of metal

10:51AM 19 erosion?

10:51AM 20 A   I have based my opinions on two main sources.  One is the

10:51AM 21 opinions of Dr. Hans Vaziri, who is an expert on sand

10:51AM 22 production.  And I relied on his opinions that sand was produced

10:51AM 23 in sufficient quantities between April 20th and end of May.  So

10:51AM 24 that was one guiding piece of information.

10:51AM 25           And indeed, I've also used, as I already

10:51AM 1   mentioned, the appearance of the third erosion-caused hole in

10:51AM 2   the kinked riser on May 19th.

10:52AM 3           I also relied on Dr. Vaziri for some other

10:52AM 4   opinions.  The most important one of them is this issue of half

10:52AM 5   of the sand being produced in the first two weeks and the rest

10:52AM 6   in the other three, three and a half weeks.

10:52AM 7   Q   By your visual observation of the pictures and your

10:52AM 8   understanding of the erosion, were you able to verify Dr.

10:52AM 9   Vaziri's finding that was sand present in the system into May?

10:52AM 10  A   Yes.  As I mentioned, that appearance of that third hole on

10:52AM 11  May 19th is the most convincing piece of evidence.  I mean, I

10:52AM 12  already mentioned the casing sheer rams that eroded past April

10:52AM 13  29th.

10:52AM 14          But this May 19th is the most convincing date when

10:52AM 15  we know that sand was produced and erosion was going on, because

10:52AM 16  it punched a hole in the kinked riser.  As I said, it's very

10:53AM 17  reasonable to assume that that went past May 19th and past May

10:53AM 18  20th.

10:53AM 19          So I've kind of bounded it with those two key

10:53AM 20  dates that I had at my disposal.

10:53AM 21  Q   Okay.

10:33AM 22          MR. FIELDS:  Could I get D-24723, please.

10:53AM 23          Thank you.

10:33AM 24  BY MR. FIELDS:

10:53AM 25  Q   You mentioned to Judge Barbier a minute ago that you had

| | |
|---|---|
| 10:53AM 1 | also looked at the inside of the kinked riser; right? |
| 10:53AM 2 | A   That's correct. |
| 10:53AM 3 | Q   And can you describe for Judge Barbier what this photograph |
| 10:53AM 4 | shows, and if it helps you to understand that erosion was still |
| 10:53AM 5 | occurring on May the 19th and beyond. |
| 10:53AM 6 | A   Sure. |
| 10:53AM 7 | Your Honor, I know this is kind of hard; these |
| 10:53AM 8 | pictures aren't perfect.  This is the view of that same piece |
| 10:53AM 9 | you saw just a minute ago.  A, it's flipped around so that you |
| 10:53AM 10 | can see the inside of the pipe. |
| 10:53AM 11 | But what we have is also now the flow is coming, |
| 10:54AM 12 | if you can imagine, from the top coming down.  So it comes -- |
| 10:54AM 13 | that's the way this piece was oriented.  So the flow is going |
| 10:54AM 14 | apparently in a different direction, but it's really -- the BOP |
| 10:54AM 15 | would be now above and then going downwards.  That's how this |
| 10:54AM 16 | picture is oriented. |
| 10:54AM 17 | And what you see here, again, if you can make out |
| 10:54AM 18 | this kind of light area there, that's sort of the most sheering |
| 10:54AM 19 | bearing area.  So most of the stretching and the bending of the |
| 10:54AM 20 | pipe occurred roughly across that axis. |
| 10:54AM 21 | The holes that we saw from the other side, this |
| 10:54AM 22 | second and third hole, particularly the third hole, is down |
| 10:54AM 23 | here.  So it's well past that section of maximum stress and |
| 10:54AM 24 | stretch of the pipe. |
| 10:54AM 25 | Now, you've asked me, Your Honor, what about those |

10:54AM 1    holes on the sides.  They're better visible from this angle.

10:54AM 2    You can see that there was a hole right there that's caused,

10:54AM 3    again, it looks like erosion by this sort of drawn out surface,

10:54AM 4    that erosion was part of that story.

10:54AM 5              But it is right in that axis where there was a lot

10:55AM 6    of bending, so I can't rule out some cracking happening before

10:55AM 7    or after erosion.  So that's why I'm not basing my analysis on

10:55AM 8    that hole as much as the other holes.

10:55AM 9              The two holes in the middle are clearly away from

10:55AM 10   any point of maximum stress, so therefore I'm confident that

10:55AM 11   they're erosion-driven.

10:55AM 12             Again, if you look at the shape of these surfaces,

10:55AM 13   Your Honor, and then I pick any of these props I have and look

10:55AM 14   at the shape of the surfaces on this blind shear ram block, you

10:55AM 15   can see that sort of drawn-out shape.

10:55AM 16             For example, this one here -- whoops, I apologize

10:55AM 17   -- looks very similar to what you see close to those holes over

10:55AM 18   there.

10:55AM 19             So I knew, again, beyond any doubt, that this was

10:55AM 20   caused by erosion, those two middle holes were.

10:55AM 21   Q    Thank you.

10:55AM 22             What date did you use as your end date for erosion

10:56AM 23   in the BOP and the kinked riser, and why did you select the

10:56AM 24   date?

10:56AM 25   A    As I previously mentioned, I bounded it with May 19 when

10:56AM 1    this third hole we just saw appeared.  I heard and read what

10:56AM 2    Vaziri, Dr. Vaziri, said, that it lasted at least until the end

10:56AM 3    of May, sand production did.

10:56AM 4                So therefore, I picked, I think still

10:56AM 5    conservatively, that erosion must have been going on until May

10:56AM 6    27th.  So I have moved it forward a few days compared to

10:56AM 7    Dr. Vaziri's calculation just to be on the safe side.

10:56AM 8                I think I can say with great confidence that

10:56AM 9    erosion occurred at least until May 27th.

10:56AM 10   Q    Let's turn now to one of your main opinions, and that is

10:56AM 11   that flow rate doubled over the first five weeks of the incident

10:56AM 12   due to erosion.

10:56AM 13               And I'll ask you first, Dr. Nesic, what metric did

10:57AM 14   you use to evaluate the impact that each of the restrictions

10:57AM 15   that we have talked about had on flow?

10:57AM 16   A    I've used pressure drop, to put it very succinctly.  And

10:57AM 17   that's what you've heard a lot here.  Pressure drop is the best

10:57AM 18   method, best metric, that we engineers use to describe how hard

10:57AM 19   it is for flow to go through something.

10:57AM 20               It's not intuitive.

10:57AM 21   Q    Let me stop you just for a second.  That's fine.

10:57AM 22               So you may have been going to this, but why do you

10:57AM 23   use pressure drop to evaluate erosion?

10:57AM 24   A    Because that is a universal metric that is used across all

10:57AM 25   of the engineering branches that deal with fluid flow to

10:57AM 1    describe how hard it is for flow or how easy it is for flow to

10:57AM 2    pass through a given geometry.

10:57AM 3    Q    I'm going to pull up now D-23628A.

10:58AM 4                This is just a slide showing pressure drop versus

10:58AM 5    flow rate.  Judge Barbier has seen the example of the hose.

10:58AM 6    But, in the context of your methodology, can you just use this

10:58AM 7    to describe what you're going to be doing and how you evaluate

10:58AM 8    and use the concept of the pressure drop.

10:58AM 9    A    What one sees in this picture is a very simple analogy

10:58AM 10   that's actually quite, quite accurate of how restriction in the

10:58AM 11   flow results in a pressure drop change.

10:58AM 12               And what you see, Your Honor, on the left here is

10:58AM 13   a hose that's pinched on the end.  So, therefore, the flow

10:59AM 14   cannot really pass with ease through that pinched end there, so

10:59AM 15   it builds up pressure ahead of it.

10:59AM 16               So, if we then calculate the pressure drop, which

10:59AM 17   is really the pressure in the hose minus the pressure in the

10:59AM 18   atmosphere, which is constant, it's large.  It's a large number.

10:59AM 19               So corresponding to the high restriction is a high

10:59AM 20   pressure drop.  That results in a low flow rate.  We all know,

10:59AM 21   when we pinch the hose, the flow rate goes down if you really do

10:59AM 22   that effectively.

10:59AM 23               If I then turn your attention to the other

10:59AM 24   example, if we let go, indeed now the fluid comes out at higher

10:59AM 25   flow rate, but the pressure in the hose is now not as high

10:59AM 1    because the fluid just passes right through.  It's almost the

10:59AM 2    same as the pressure outside.  So low pressure drop means low

10:59AM 3    restriction and results in a high flow rate.

10:59AM 4                So that's that I think intuitive example that high

10:59AM 5    restriction means high pressure drop which means low flow rate,

11:00AM 6    and vice-versa.

11:00AM 7    Q    When you talk about pressure drop, you're talking about on

11:00AM 8    either side of the restriction?

11:00AM 9    A    Correct.  And that's really how much pressure changes as it

11:00AM 10   pushes through, as the fluid pushes through a given geometry.

11:00AM 11   Q    Now, one of the things you did in this case was to model the

11:00AM 12   restriction to flow that was provided by each component; is that

11:00AM 13   right?

11:00AM 14   A    That's right.

11:00AM 15   Q    All right.  So how did you go about doing that?

11:00AM 16   A    Once we obtained the various geometries of interest -- and,

11:00AM 17   just to remind you, the blind sheer rams, the casing sheer rams,

11:00AM 18   upper annular, and kink, we have imported those geometries into

11:00AM 19   our computational environment.  That was the first step.

11:00AM 20   Q    And did you use that input to create a model of particles

11:00AM 21   passing through the various components that you analyzed?

11:01AM 22   A    That's right.  That's exactly what we did, Your Honor.  So

11:01AM 23   we took an electronic version of these geometries that I have

11:01AM 24   just shown you, we moved them into this computerized

11:01AM 25   environment.  We put them right against each other the way I did

11:01AM 1    with my hands, and it happened in reality.  And then we model

11:01AM 2    how flow goes.

11:01AM 3               And I will show you some animations to bring that

11:01AM 4    home, but we exactly calculated how flow moved through those

11:01AM 5    geometries before they eroded and after they eroded.  We were

11:01AM 6    also able to show how particles move through that same geometry.

11:01AM 7    Q   Now, I'm going to call up a simulation, which is D-24207A1.

11:01AM 8    I think you've just described how you developed this simulation.

11:01AM 9    I'm going to run it.

11:01AM 10              You want to talk about it a little more?

11:01AM 11   A   If you don't mind.

11:01AM 12   Q   Sure.

11:01AM 13   A   So it's actually not as visible on that screen, but I

11:02AM 14   believe on our small screens it's easier to see.

11:02AM 15              What you can make out is an outline of the kink.

11:02AM 16   So the white lines are supposed to denote that the boundaries of

11:02AM 17   that riser, that kink there.  You can see the kink somewhere

11:02AM 18   roughly in the middle of that screen.

11:02AM 19              What we did is we've gotten that geometry by laser

11:02AM 20   scan.  We then moved it into our computational environment,

11:02AM 21   populated it with million little points inside so we could

11:02AM 22   calculate exactly how the fluid moved.

11:02AM 23              And, finally, what you will see in this animation,

11:02AM 24   we released a swirl of particles and watched how they moved

11:02AM 25   through this geometry.

11:02AM 1          So now you can start it now.

11:02AM 2   Q    You ready to do that?

11:02AM 3   A    Thank you.

11:02AM 4   Q    All right.  So now describe for Judge Barbier what he sees.

11:02AM 5   A    So, if you imagine, Your Honor, these are solid particles,

11:02AM 6   sand.  They're colored blue just to see them better.  They're

11:02AM 7   approaching this kink where the cross section is neck-down.

11:02AM 8   There's actually a very tight spot in the middle.

11:02AM 9          The fluid with the particles then swings left and

11:02AM 10  right.  As it has to pass through these narrow passages, of

11:03AM 11  course it accelerates in that process, because now it's a tight

11:03AM 12  spot it passes through.

11:03AM 13         What you see in red here in this graph are

11:03AM 14  locations where we have predicted very intense impacts of

11:03AM 15  particles coming and going through.

11:03AM 16         And, indeed, these would be the locations which

11:03AM 17  should result in the highest degree of erosion.

11:03AM 18  Q    What conclusions did you draw from the simulation?

11:03AM 19  A    Well, there were multitude different things.  But the ones

11:03AM 20  that stand out, first, I've drawn the number out of this, the

11:03AM 21  exact pressure drop as the fluid went through this geometry.

11:03AM 22         We also looked at the locations of erosion where

11:03AM 23  they were predicted.

11:03AM 24  Q    I'm going to now call out D-2426A.  This may be what you

11:03AM 25  just referenced; but how does your simulation match up with the

11:04AM 1    actual kinked riser?  And is that important to you in your

11:04AM 2    analysis here?

11:04AM 3    A   It is very important, because the goal of every mathematical

11:04AM 4    computer-based simulation is to kind of root itself in reality.

11:04AM 5              And, yes, we were using the exact equations of

11:04AM 6    fluid flow and particle motion, the best possible description of

11:04AM 7    the geometry, but we really didn't have any direct evidence that

11:04AM 8    flow moved exactly like that through the kinked riser.  We

11:04AM 9    didn't have any probe in there to measure that.

11:04AM 10             So the best evidence we had in determining whether

11:04AM 11   this particular flow pattern -- and I'm using this kinked riser

11:04AM 12   -- was right, we compared where we predicted the most intense

11:04AM 13   erosion.  These are these red areas on the graph.  Then the two

11:04AM 14   holes which are, you know, more or less in the same regions.

11:04AM 15             So there's good overlap fact.  So that told us

11:04AM 16   that these five-alarm mathematical checks and physical checks

11:05AM 17   that these calculations are right, this was an anchor in

11:05AM 18   reality.  We call it a reality check.

11:05AM 19             I was very happy.  I think it is remarkable, for

11:05AM 20   such a complicated system, that we got this close.

11:05AM 21        THE COURT:  Let me ask you something.

11:05AM 22        THE WITNESS:  Sure.

11:05AM 23        THE COURT:  Why is it that, when you modeled this or in

11:05AM 24   your opinion when the sand is moving through here and impacting,

11:05AM 25   why is it only making these two holes in these two specific

11:05AM 1   spots and not eroding more or less evenly across that plane, so

11:05AM 2   to speak?

11:05AM 3            THE WITNESS:  That's right.  That's a very good

11:05AM 4   question.  Because that's what one would imagine, at least when

11:05AM 5   one sees the pictures.

11:05AM 6            What it is actually is that the cross-section of

11:05AM 7   that plane that you just referred to is actually dog-boned.  It

11:05AM 8   looks like that.

11:05AM 9            So the particles tend to swing sideways because of

11:05AM 10  that tight spot in the middle.  That's why you see the attack

11:06AM 11  kind of being focused on more on the sides, not right there in

11:06AM 12  the middle.

11:06AM 13           Another reason is that, what you don't see in this

11:06AM 14  simulation is there were actually two drill pipes caught inside,

11:06AM 15  which are not here, and they have sort of also channeled the

11:06AM 16  flow to go to a relatively narrow passage.  That's where those

11:06AM 17  two holes have appeared.

11:06AM 18  BY MR. BROCK:

11:06AM 19  Q    Thank you.

11:06AM 20           Let's go to now one of the other geometries that

11:06AM 21  you looked at, the blind sheer rams.  And I'll just call up --

11:06AM 22  I'm not going to play it yet -- I'm going to call up D-24213A1.

11:06AM 23           Would you just describe for Judge Barbier what

11:06AM 24  we're looking at here and what you did with this information.

11:06AM 25  A    Sure.

| | | |
|---|---|---|
| 11:06AM | 1 | Your Honor, this is one of the thousands, |
| 11:06AM | 2 | literally thousands, of simulations we did.  This shows a flow |
| 11:07AM | 3 | through a blind shear ram. |
| 11:07AM | 4 | Now, I'm going to pick up the prop because I think |
| 11:07AM | 5 | it's easier.  That's why I didn't show this one first.  It is |
| 11:07AM | 6 | somewhat more complicated to appreciate. |
| 11:07AM | 7 | So, if I may pick up these blind shear ram blocks |
| 11:07AM | 8 | before they were eroded, what you're looking at there, Your |
| 11:07AM | 9 | Honor, is kind of a view exactly from where you sit towards |
| 11:07AM | 10 | these blocks. |
| 11:07AM | 11 | If you would imagine the blocks were made from |
| 11:07AM | 12 | Plexiglas or something transparent, you would see more or less a |
| 11:07AM | 13 | picture like that. |
| 11:07AM | 14 | So the flow is coming from the bottom, going |
| 11:07AM | 15 | through these blades which are almost closed - you will see what |
| 11:07AM | 16 | the animation shows -- and then the flow has to snake through |
| 11:07AM | 17 | the openings that are left and get out. |
| 11:07AM | 18 | Again, the blue on the screen are the particles. |
| 11:07AM | 19 | Q   So we've got it running now. |
| 11:07AM | 20 | If you can describe for Judge Barbier what you see |
| 11:07AM | 21 | here and what its significance is. |
| 11:07AM | 22 | A   This is obviously a very slowed down version of the real |
| 11:07AM | 23 | event. |
| 11:07AM | 24 | What you see is then this swirl of particles |
| 11:08AM | 25 | approaching this partially closed section by the BSR blocks. |

11:08AM 1    And they cannot pass through the middle, as you can imagine,

11:08AM 2    because there's overlapping blades there.

11:08AM 3            But there's opening on the sides, and the

11:08AM 4    particles make this sudden turn to the right and then sudden

11:08AM 5    turn to the left.  On both sides actually there's two like bends

11:08AM 6    right next to each other.  Indeed, there's a lot of particle

11:08AM 7    impacting going on there.  Not so much head-on.  That doesn't

11:08AM 8    cause as much erosion.

11:08AM 9            But these got an angular impact here on the side.

11:08AM 10   The red color indicates a lot of erosion going on right there.

11:08AM 11           Another important point I don't know if you can

11:08AM 12   make out, Your Honor, there's actually a drill pipe here that's

11:08AM 13   been caught.  It's not easy to see in this complicated case

11:08AM 14   depiction.

11:08AM 15           So we have the full-blown geometry of the blind

11:08AM 16   shear rams with the drill pipe and particles moving through it.

11:08AM 17   Q   For this simulation, what conclusion did you draw?

11:09AM 18   A   We looked at the location of erosion, obviously, which we

11:09AM 19   can see where saw it on the recovered blocks.  But most

11:09AM 20   important information for us was to calculate the pressure drop.

11:09AM 21   In other words, the obstacle that this particular geometry

11:09AM 22   presented to flow.

11:09AM 23   Q   Now, I think you said this, but just to be clear for the

11:09AM 24   record, did you compare the erosion that your model predicted

11:09AM 25   with the recovered blind shear ram?

11:09AM 1    A    Indeed, we did.  Again, one of the reality checks was that

11:09AM 2    we predicted locations of erosion where we actually saw physical

11:09AM 3    evidence that erosion happened.  That wasn't -- never expected

11:09AM 4    to be, you know, a perfect match, but we wanted to see that

11:09AM 5    areas that were predicted erosion have actually eroded.  That

11:09AM 6    was important.

11:09AM 7    Q    Now, did you analyze the other study restrictions with

11:10AM 8    regard to erosion in the same way?

11:10AM 9    A    Yes.  So we have repeated this same situation.

11:10AM 10            But then, if I may pick up the eroded blind sheer

11:10AM 11   rams, we then repeated exactly the same calculation with these

11:10AM 12   precise geometries that I'm holding in my hand.  And, indeed,

11:10AM 13   one can imagine, I can put my finger through this now, so

11:10AM 14   there's a large opening there.  And the flow now winds with much

11:10AM 15   more ease through these holes.

11:10AM 16            These are the eroded blind shear rams.  I believe

11:10AM 17   we have another animation to show that.  I'm not sure if it's

11:10AM 18   coming up.

11:10AM 19   Q    This is D-24201A1, and it's a simulation of particles

11:10AM 20   passing through the eroded blind shear ram.  So if you could

11:10AM 21   describe what this is.

11:10AM 22   A    Yeah.

11:10AM 23            So, in many ways, it's a similar situation.  Like

11:10AM 24   with the pre-eroded geometry, you're looking at the flow from

11:11AM 25   the side.  The particles are coming from the bottom, and they,

11:11AM 1    again, seem to do the same thing.  But not exactly.

11:11AM 2                They are swinging to the left and to the right,

11:11AM 3    but now you can see there's no sudden turns.  They have already

11:11AM 4    pushed their way and eroded part of the blind shear rams and are

11:11AM 5    coming out with much more ease on the other side.

11:11AM 6                So the pressure drop we calculated on these blocks

11:11AM 7    was about 20 something times less.  The resistance was 20

11:11AM 8    something times less after erosion than before.

11:11AM 9    Q    Okay.  I don't know how long this goes on; let me just stop

11:11AM 10   it.

11:11AM 11               So, in terms of what we've talked about so far,

11:11AM 12   you looked at the geometries of the BOP in their pristine

11:11AM 13   condition and analyzed, through your modeling efforts, how those

11:11AM 14   obstacles would affect flow in the BOP; correct?

11:12AM 15   A    Yes.

11:12AM 16   Q    And then, as you've described, you were able to look at the

11:12AM 17   components of the BOP at the end of the spill after the

11:12AM 18   components were recovered, and you were able to analyze those to

11:12AM 19   see what change had occurred to those components at the time of

11:12AM 20   recovery?

11:12AM 21   A    Correct.

11:12AM 22   Q    Now, why is it important to you as an expert in erosion,

11:12AM 23   that you're able to know the geometry of the components, both

11:12AM 24   before and after the event?

11:12AM 25   A    That was of huge importance for me.  Because, Your Honor,

11:12AM 1    normally, in the work I do, which is sometimes very similar to

11:12AM 2    this situation here, we know, say, how something looks before it

11:12AM 3    eroded.

11:12AM 4             The industrial partners ask us:  Can you predict

11:13AM 5    what something's going look like in 20 years, so that they know

11:13AM 6    how to design for it.  In other words, we only know one point in

11:13AM 7    time, and then we're trying to see and predict how something

11:13AM 8    will look at another point in time without ever being able to

11:13AM 9    know what that outcome is going to be.  We have to predict it.

11:13AM 10            In this case, we had a unique privilege which --

11:13AM 11   to have both before- and after-situation known.  We didn't need

11:13AM 12   to guess how much erosion will happen after 35 days; we actually

11:13AM 13   had the eroded components.

11:13AM 14            So that has anchored my analysis in two points in

11:13AM 15   time, which hugely increases the reliability of everything I

11:13AM 16   concluded from that.

11:13AM 17   Q   Now, after you have that information and the things that

11:13AM 18   we've already talked about, in order to understand how the

11:13AM 19   restrictions affected the flow over time, what did you do next?

11:13AM 20   A   So, if we start from that position, I knew what the

11:14AM 21   restriction was before erosion; I knew what the restriction was

11:14AM 22   after erosion.  The last remaining question was, how did it

11:14AM 23   change from that point 1 to that point 2.  We had no physical

11:14AM 24   evidence in that interim period before the first and the last

11:14AM 25   day of erosion.

11:14AM 1          We did not know in the same way what the erosion

11:14AM 2    was, so that's where our computational fluid dynamics models

11:14AM 3    came in to help.  We have performed a so-called transient

11:14AM 4    analysis.

11:14AM 5    Q    And describe for Judge Barbier the tool that you used; that

11:14AM 6    is, the transient analysis or simulation that you used, to

11:14AM 7    develop information that will help you describe to the Court how

11:14AM 8    changes occurred over time.

11:14AM 9    A    Your Honor, we started with a virgin geometry, so noneroded

11:14AM 10   geometry.  And then used our calculations to predict, if you

11:15AM 11   will, now how those geometries must have looked on the second

11:15AM 12   day and the third day and the fourth day and so on, due to the

11:15AM 13   enormous complexity of this geometry, which now the programs had

11:15AM 14   to modify over time.  So they had to distort them as the

11:15AM 15   calculations went on.  We had to simply use these geometries.

11:15AM 16   So, they didn't look exactly like this in our transient

11:15AM 17   simulations, but they retained all the key features.

11:15AM 18          But, for the purpose of this argument, if you can

11:15AM 19   imagine, we would have started with something very similar to

11:15AM 20   this, ran a simulation on the first day.  Kind of what you saw,

11:15AM 21   calculated erosion rate, and then went in and modified this

11:15AM 22   geometry ever so slightly to account for other erosion.

11:15AM 23          Then we simulated the flow again through this

11:15AM 24   partially eroded geometry on day 2.  Got the new erosion rate,

11:15AM 25   fed those back in the loop.  Moved to day 3.  So, essentially,

11:15AM 1   it was a series of calculations from day to day, or even within

11:16AM 2   hour by hour, very intense.  Which took us through time to see

11:16AM 3   how the geometries changed.

11:16AM 4   Q   Now, for how many days did you get good information data as

11:16AM 5   a result of that effort?

11:16AM 6   A   That effort was a very intense calculation, something that's

11:16AM 7   rarely been attempted that I know of by anyone.  We were able to

11:16AM 8   get 10 good days of data.  And, that was very important for us,

11:16AM 9   that we had 10 solid days of data.

11:16AM 10              Because, remember, we knew the beginning and the

11:16AM 11  end point.  We did not need to project into the future and

11:16AM 12  wonder whether it was right or wrong.  We knew where this is

11:16AM 13  going to end, so all we needed is enough data points in time so

11:16AM 14  that we could connect that beginning with the end.

11:16AM 15              We wanted to go for 35 days.  That was our goal

11:16AM 16  and hope.  But that wasn't possible.  But we had enough, 10 good

11:17AM 17  days of simulations.

11:17AM 18  Q   What is your basis for saying that the data that you

11:17AM 19  obtained for those 10 days is reliable?  That is, something we

11:17AM 20  can count on.

11:17AM 21  A   Because I have done very similar simulations many, many,

11:17AM 22  many times before, and all of those who have tried something

11:17AM 23  like this know that these simulations are difficult, and there

11:17AM 24  is various reasons and various points in time they stop giving

11:17AM 25  good answers.

11:17AM  1       But we also know from mathematical and physical

11:17AM  2  criteria when data are good and when they're not.  So we looked

11:17AM  3  at every day and every geometry that we got the next day and

11:17AM  4  checked mathematically and physically is it realistic.

11:17AM  5       When it was, we went to the next day.  And then

11:17AM  6  went day 1, 2, 3 through 10.  And then, on the 11th and 12th

11:17AM  7  day, things started happening.  We saw mathematically, we saw

11:18AM  8  physically and visually that something was wrong.  We had to

11:18AM  9  stop there and discard those data.

11:18AM 10  Q   Now, I'm going to call out D-23892.  And I'll just ask you,

11:18AM 11  Dr. Nesic, to describe for Judge Barbier what this graph

11:18AM 12  represents and why it is important to you in your evaluation of

11:18AM 13  this case.

11:18AM 14  A   So, Your Honor, you have time on the horizontal axis, and

11:18AM 15  this is pressure drop, or you can think of it as resistance to

11:18AM 16  flow.

11:18AM 17       The numbers are pressure drop really in pascals,

11:18AM 18  which is an equivalent of the psi.  But the actual numbers are

11:18AM 19  not what I needed.  I knew what in a real case was my initial

11:18AM 20  and last point.  All I needed from this simulation was to know

11:18AM 21  whether to connect my initial and last point with a straight

11:18AM 22  line or some other type of line.

11:19AM 23       And we did this over and over again.  And, for

11:19AM 24  about ten days, we got -- no matter what geometry we looked at

11:19AM 25  -- that the change was linear.  So I was very happy with that.

11:19AM 1   I had no expectation to it being linear or anything else.  But,

11:19AM 2   every time we got data like this, you can see, even by the naked

11:19AM 3   eye, that this was a linear change.

11:19AM 4              So that is the only thing I moved -- I used from

11:19AM 5   this transient simulation and moved them back into my pressure

11:19AM 6   drop analysis.  I knew the beginning, I knew the end, and now I

11:19AM 7   was able to draw a line between those two.

11:19AM 8   Q   If you know the beginning and you know the end, are 10 days

11:19AM 9   of good data sufficient for you to reliably form opinions about

11:19AM 10  the way restrictions changed over time?

11:19AM 11  A   Oh, indeed.  I mean, we all know that you only need two

11:19AM 12  points to define a line.  If three points looked like to be on

11:19AM 13  the line, that's already safer.

11:19AM 14             To have 10 points that in this case correlate 97

11:19AM 15  percent with the straight line, I mean, that to me was a case

11:20AM 16  beyond doubt.

11:20AM 17  Q   What did you conclude about the way restrictions changed

11:20AM 18  over time based on your transient simulations?

11:20AM 19  A   Again, I had the privilege of asking these transient

11:20AM 20  simulations a very simple question, asking them just to tell me

11:20AM 21  what was the trend of change of pressure drop.

11:20AM 22             In other words, was it a straight line or

11:20AM 23  something else?  I got an answer that it was a straight line,

11:20AM 24  and that's the only thing I extracted and used it to reach my

11:20AM 25  final conclusions.

11:20AM 1    Q    How did you decide that a linear trend was the best fit for

11:20AM 2    this data?

11:20AM 3    A    As I just mentioned, these data looked straight -- they

11:20AM 4    looked like a straight line.  Mathematically, they have a high

11:20AM 5    degree of correlation.  They're 97. Something accurate, which is

11:21AM 6    way beyond -- normally, one expects 70 percent, and say

11:21AM 7    everything above 70 percent is a straight line.  This was 97

11:21AM 8    percent.

11:21AM 9              So my visual intuitive observation was confirmed.

11:21AM 10   So I was very confident to take a straight line as the best

11:21AM 11   representation of this data.

11:21AM 12             By the way, it suffices to say that, whenever one

11:21AM 13   has multiple options to describe something, in this case a bunch

11:21AM 14   of points, what one chooses is that scientifically acceptable is

11:21AM 15   the simplest fit.  And this was, A, a very good straight fit;

11:21AM 16   and, B, it is the simplest of all possible fits.

11:21AM 17   Q    All right.  Thank you, Dr. Nesic.

11:21AM 18             Now, up until this point, we've been talking about

11:21AM 19   your analysis of individual components; correct?

11:21AM 20   A    That's right.

11:21AM 21   Q    The ones you've identified of your subjects of

11:21AM 22   investigation?

11:21AM 23   A    Correct.

11:21AM 24   Q    So let's talk now a little bit about the combined effect of

11:22AM 25   restrictions and how you went about looking at pressure drop

11:22AM 1   across the BOP system; okay?

11:22AM 2   A   Sure.

11:22AM 3   Q   All right.

11:22AM 4          I'm going to call out now D-23945, and this is one

11:22AM 5   of the charts from your report.

11:22AM 6          Can you explain to the Court what is represented

11:22AM 7   by this graph and how it is helpful to understanding the

11:22AM 8   changing flow restrictions over time.

11:22AM 9   A   Sure.

11:22AM 10         Your Honor, this is one of the two summarizing

11:22AM 11  graphs where everything I did, all those complicated simulations

11:22AM 12  through difficult geometries, which we did thousand times over,

11:22AM 13  everything comes together in these last two graphs that I'm

11:22AM 14  going to show.

11:22AM 15         So the graph in front of you shows how pressure

11:22AM 16  drops on the vertical axis -- that's really a resistance to

11:22AM 17  flow -- changes over this period of time that I analyze.  And

11:23AM 18  these are all calculations.  This is not based on my

11:23AM 19  assumptions.

11:23AM 20         We can see that, if nothing else is important,

11:23AM 21  when you take away method that -- it starts from 3 and a half

11:23AM 22  and goes to 1.  That means that the resistance to flow over this

11:23AM 23  period of time changed 3 and a half times.

11:23AM 24  Q   Let me stop you right there.

11:23AM 25  A   Sure.

11:23AM 1    Q    Just so that we can orient Judge Barbier to what we're

11:23AM 2    looking at.

11:23AM 3              Right here, we have April the 22nd, and we have a

11:23AM 4    solid blue line.

11:23AM 5              Do you see that?

11:23AM 6    A    Yes.

11:23AM 7    Q    All right.

11:23AM 8              And, over here, you've got the schedule which

11:23AM 9    shows that solid blue is blind shear ram; right?

11:23AM 10   A    That's right.

11:23AM 11   Q    So what are you demonstrating here by this solid blue line

11:23AM 12   here on April the 22nd in relation to what you see at the end

11:23AM 13   point that you're using for erosion May the 27th?

11:23AM 14   A    What we see, Your Honor, is here we've stacked up a number

11:24AM 15   of different elements together.  If you take, say, 29th of

11:24AM 16   April --

11:24AM 17   Q    Dr. Nesic --

11:24AM 18   A    Yes.

11:24AM 19   Q    -- focus on this blue line right here.  I want you to

11:24AM 20   describe what that is, please.

11:24AM 21   A    Okay.

11:24AM 22   Q    Thank you.

11:24AM 23   A    This blue line is singling out the blind sheer rams.  Even

11:24AM 24   if I looked at the whole thing together.  So blind shear rams

11:24AM 25   initially offered a high degree of restriction.  And then we

11:24AM 1  knew exactly what it was on the 22nd of April because I knew my

11:24AM 2  geometry.  We knew exactly what it was, the other blue line, on

11:24AM 3  the 27th of May.  We knew it was 20 I think 4 times less.

11:24AM 4          THE COURT:  What's the scale on the left?

11:24AM 5          THE WITNESS:  The scale is pressure drop, but it is --

11:24AM 6          THE COURT:  It's 3.5 what?

11:24AM 7          THE WITNESS:  Times bigger than the pressure drop at

11:24AM 8  the end.

11:24AM 9          THE COURT:  So it's not like --

11:24AM 10         THE WITNESS:  It's a factor.

11:24AM 11         THE COURT:  It's not a 3500 --

11:24AM 12         THE WITNESS:  No.

11:24AM 13         THE COURT:  -- pressure reading.

11:24AM 14         THE WITNESS:  No.  That's correct.

11:24AM 15             And there's a reason for that, Your Honor.

11:24AM 16             If I used a psi, say, for pressure drop, then if I

11:24AM 17 had a higher flow rate, I would have had more pressure drop in

11:25AM 18 the same geometry.  If I had a lower flow rate in the same

11:25AM 19 geometry, I had a lower pressure drop.  So it would appear that

11:25AM 20 line would be all over the place if I used the actual psi, if I

11:25AM 21 used the actual pressure drop.

11:25AM 22             If look at the ratio pressure drop, if you just

11:25AM 23 ask yourself not what was the actual pressure drop but how much

11:25AM 24 does it change from day 1 to day 35, by what factor.  It's

11:25AM 25 always by factor 3 and a half overall.

11:25AM  1              So, no matter whether the flow was low or high, I

11:25AM  2    always get 3 and a half time more pressure drop at the beginning

11:25AM  3    than at the end.  And that was so universal within very narrow

11:25AM  4    margins, which is convincing to me that I've singled out only

11:25AM  5    the affected geometry.

11:25AM  6              Your Honor, with due respect, I didn't know what

11:25AM  7    the flow rate was when I started my analysis, and that wasn't

11:25AM  8    the subject of my work.  I didn't try to tell you what was the

11:25AM  9    pressure drop.  I just tried to tell you how much does it

11:26AM 10    change.

11:26AM 11              And that's what this graph shows.  It changed by 3

11:26AM 12    and a half times overall.

11:26AM 13    Q    This describes the restriction at the beginning period that

11:26AM 14    you analyzed in relation to the restriction to flow that is

11:26AM 15    present on May 27th; right?

11:26AM 16    A    Correct.

11:26AM 17    Q    And you know that because you have the components in the

11:26AM 18    pristine condition and you have a calculation and you have

11:26AM 19    pristine and you have the recovered components on May the 27th,

11:26AM 20    and so you know precisely what you have there?

11:26AM 21    A    That's right.

11:26AM 22    Q    And then you've characterized here some of the other events

11:26AM 23    that occur in between.  Is one those events on April the 29th

11:26AM 24    the shut-in or the closing of the casing shear ram?

11:26AM 25    A    That's right.

11:26AM 1   Q   And does this column demonstrate restriction to flow based

11:27AM 2   on your analysis that existed as of April the 29th?

11:27AM 3   A   That's right.

11:27AM 4   Q   And, the restriction, the total restriction of the flow that

11:27AM 5   you've calculated at this point is actually a little higher than

11:27AM 6   it was on April the 22nd; correct?

11:27AM 7   A   That is correct.

11:27AM 8   Q   The light-colored boxes -- we see blue here and red here --

11:27AM 9   what do the light-colored boxes depict on your scale here?

11:27AM 10  A   I was trying to be very transparent in this graph and remind

11:27AM 11  everyone looking at this graph that I had hard numbers for day

11:27AM 12  1, the beginning of erosion, and day 35, the end of erosion.

11:27AM 13          That's why they're darker colored.  Lighter colors

11:27AM 14  means that these bars in between are obtained by essentially

11:27AM 15  drawing more a less a straight line from beginning to end.  So

11:27AM 16  they're what I called less hard or softer numbers.  They were

11:28AM 17  obtained by my transient simulations.  That's why I've

11:28AM 18  highlighted that for the BSR; it was done that way for the CSR.

11:28AM 19          The casing shear rams are the same.  Beginning and

11:28AM 20  end are hard numbers.  In between, I used my transient analysis.

11:28AM 21  I realize that is not as firm a number as the first one, but

11:28AM 22  it's as good as we can get.  It was based on calculations.

11:28AM 23  Q   Based on your evaluation of the components that you

11:28AM 24  analyzed, as well as the simulations that you ran, do you have

11:28AM 25  an opinion as to whether or not erosion had concluded in the BOP

11:28AM 1   and kinked riser within nine hours or a day?

11:28AM 2   A    I think that's impossible.

11:28AM 3   Q    Why do you say that?

11:28AM 4   A    Well, there's many different reasons I can defend that and

11:28AM 5   prove myself correct.

11:28AM 6           First is we have physical evidence.  We know that

11:28AM 7   the kinked riser erosion persisted until May 19th.  We know that

11:28AM 8   casing sheer rams such as closed on April 29th continued to

11:29AM 9   erode.

11:29AM 10          So I just cannot understand how one can make that

11:29AM 11  leap of imagination that from one case of very fast erosion to

11:29AM 12  determine that everything eroded at the same rate.

11:29AM 13          If I may just take the simplest example, even one

11:29AM 14  individual element which was there all the time eroded

11:29AM 15  differently different locations.  So one cannot just take this

11:29AM 16  erosion rate and then apply it to everything else that existed.

11:29AM 17  That's point number one.

11:29AM 18          And, Your Honor, the other point is not everything

11:29AM 19  that eroded made the same difference.  The erosion of the casing

11:29AM 20  sheer rams did not make a big difference on the flow rate.  You

11:29AM 21  can see that my red bars are more or less all the same height.

11:29AM 22  That means the casing sheer rams were not perturbed so much by

11:29AM 23  erosion.

11:29AM 24          So one cannot just take one example and transpose

11:29AM 25  it.  That's why I've done this thousand simulations, to catch

11:29AM 1   all this intricate detail and I'm able to stack them up in the

11:30AM 2   right way.

11:30AM 3   Q   Okay.  Now, let's go to one final topic, and that is

11:30AM 4   converting the pressure drop conclusions to flow rate

11:30AM 5   conclusions.  And I'll just ask you, once you analyzed how

11:30AM 6   restrictions changed over time, were you able to reach

11:30AM 7   conclusions about the effects of metal erosion on flow rate?

11:30AM 8   A   Yes, I was.

11:30AM 9   Q   And what was the technique that you used for that?

11:30AM 10  A   I've used most accepted technique that I know some of the

11:30AM 11  other government experts also used.  It's based on the so-called

11:30AM 12  Bernoulli equation.

11:30AM 13  Q   Now, I'm going to -- well, just describe briefly how used

11:30AM 14  the equation here.

11:30AM 15  A   If we take away all the details, it essentially says that

11:30AM 16  pressure drop is directly proportional to velocity squared.  In

11:30AM 17  other words, to go from this change of pressure drop to

11:30AM 18  velocity, I have to square root it.

11:30AM 19          So, while this was a straight line, something that

11:31AM 20  was a straight line will become a curved line in the other

11:31AM 21  block.  But it's a simple quadratic or square root relationship.

11:31AM 22  Q   Now, one final graph to sum up your opinions here,

11:31AM 23  Dr. Nesic.  I have called up D-23995B, and I'll just ask you if

11:31AM 24  you can use this graph here, or chart here, to explain to Judge

11:31AM 25  Barbier your opinion about how changes in restrictions affected

11:31AM 1    flow over time.

11:31AM 2    A   Your Honor, this is the ultimate graph, and answers the main

11:31AM 3    charge I had.  And that was not what was the flow rate, but how

11:31AM 4    much did the flow rate change over time because of erosion of

11:31AM 5    the BOP.

11:31AM 6              And what you see here on this chart is the same

11:31AM 7    timeline, April 22nd to May 27th, and kind of an inverse of the

11:32AM 8    previous pressure drop plot, because there is that direct

11:32AM 9    relationship there.

11:32AM 10             What you see is essentially that, assuming the BOP

11:32AM 11   was the main restriction in the flow, the flow would have

11:32AM 12   doubled over this period of time because of the erosion of the

11:32AM 13   various components.

11:32AM 14             I would just add very briefly that, again, I don't

11:32AM 15   have an actual flow rate on this axis for the same reason as I

11:32AM 16   had before.  I didn't get into this argument what would be the

11:32AM 17   exact flow rate.  I only wanted to answer the question by how

11:32AM 18   much would any given flow rate change; what would be the factor.

11:32AM 19             I came up with a factor of 2 in this case.

11:32AM 20   Q   Does your analysis of the ability of oil and gas to flow

11:32AM 21   through the BOP change based on the initial flow rate?

11:32AM 22   A   No.

11:32AM 23   Q   Why is that?

11:32AM 24   A   Because, the way I've done it, isolated this geometrical

11:33AM 25   affect and separated it out from all the other affects that

2902

1  effect, say, pressure drop.  So nothing else.  Either the

2  density of the fluid, the viscosity of the fluid, the actual

3  flow rate do not play into this.

4           Actually, they do; but, once you divide the flow

5  rate at the beginning and the end, they all cancel out.  So you

6  see unambiguously and universally the change of flow that would

7  have been obtained at any given flow rate from 5 to 65,000

8  barrels a day because these components were eroded.

9  Q   And what is the significance of knowing the geometry at the

10  beginning?  That is that, in the pristine condition, versus the

11  geometry after 35 days of flow that includes sand on your

12  analysis?

13  A   Well, it gave me this huge degree of confidence.  This is an

14  unusual situation that in a real life problems we know two

15  points in time and are only really asked to connect them in the

16  most intelligent and best possible way.

17           Usually, we only know one point in time, and then

18  we're asked to predict how something will happen into the

19  future.  Or, in the case of failure analysis, we go backward and

20  say, Okay, this is what we know.  This is what broke.  Go back

21  now and analyze what happened in the past.

22           But rarely do we know both points in time.  This

23  was a privilege to have those two pieces of information.  Made

24  my job so much more reliable.  I knew the outcome at the

25  beginning and the end.  I had quantified it, and then I did the

11:34AM 1   best possible way to connect the two points in time.

11:34AM 2   Q   Dr. Nesic, what is your ultimate conclusion as to the effect

11:34AM 3   of metal erosion on flow rate, assuming that the BOP and the

11:34AM 4   kinked riser were restrictions to flow?

11:35AM 5   A   I've concluded that this erosion of the elements of the BOP

11:35AM 6   and the kinked riser were so significant, that if the BOP was

11:35AM 7   the sole and the biggest restriction to flow, the flow would

11:35AM 8   have doubled over this period of time that I've analyzed.

11:35AM 9   Q   And the period of time that you have studied is April the

11:35AM 10  22nd to May the 27th?

11:35AM 11  A   That is correct.

11:35AM 12  Q   And, in terms of the ability of the flow to cause erosion,

11:35AM 13  have you independently verified that erosion would be occurring

11:35AM 14  during that period of time?

11:35AM 15  A   Yes, I have.  I have the sand production data and I have the

11:35AM 16  erosion events that happened sort of along this whole timeline.

11:35AM 17          MR. BROCK:  Thank you, Dr. Nesic.  That's all we have

11:35AM 18  at this time.

11:35AM 19          THE WITNESS:  Thank you.

11:35AM 20          THE COURT:  All right.  Cross examination.

11:36AM 21          MS. CROSS:  Good morning, Your Honor.  Anna Cross on

11:36AM 22  behalf of the United States.

11:36AM 23                      CROSS EXAMINATION

11:36AM 24  BY MS. CROSS:

11:36AM 25  Q   Good morning, Dr. Nesic.

```
11:36AM   1    A    Good morning, Ms. Cross.

11:36AM   2    Q    Dr. Nesic, you attempted to build a model to determine the

11:36AM   3    rate of metal erosion; right?

11:36AM   4    A    I didn't attempt, I built one.

11:36AM   5    Q    You attempted -- prior to developing a model you showed us

11:37AM   6    here, you tried to develop a model that would predict the rate

11:37AM   7    of metal erosion over time; right?

11:37AM   8    A    No.  I did not try to.  I actually built one.  And I didn't

11:37AM   9    build it prior to this.  This was part of the whole exercise.

11:37AM  10    Q    You're not providing an opinion about what the erosion rate

11:37AM  11    was; right?

11:37AM  12    A    That is true.

11:37AM  13    Q    And your model doesn't tell us what the erosion rate was;

11:37AM  14    does it?

11:37AM  15    A    My model didn't need to tell us what the erosion rate was.

11:37AM  16    My model was trying to tell us what the effect of erosion was of

11:37AM  17    flow rate.  I was not in the business of predicting erosion

11:37AM  18    rates.

11:37AM  19    Q    Your original intent when you started your work on this case

11:37AM  20    was to calculate the erosion rate, and you found you couldn't do

11:37AM  21    that; right?

11:37AM  22    A    No.  I wouldn't agree with that.  I actually did calculate

11:37AM  23    the erosion rates.

11:38AM  24    Q    Let's go ahead and take a look at what you said in your

11:38AM  25    deposition.
```

| | | |
|---|---|---|
| 11:38AM | 1 | MS. CROSS:  Could we please have page 159, lines 1 |
| 11:38AM | 2 | through -- and it's going to go through 162. |
| 11:38AM | 3 | BY MS. CROSS: |
| 11:38AM | 4 | Q   I asked you:  Before the break you said that the erosion |
| 11:38AM | 5 | rate calculated by your model had no material consequences on |
| 11:38AM | 6 | your findings.  What did you mean by that? |
| 11:38AM | 7 | Answer:  If you will allow me to explain that, I |
| 11:38AM | 8 | need to offer a little bit of a historical perspective, |
| 11:38AM | 9 | historical as it refers to my work. |
| 11:38AM | 10 | Okay. |
| 11:38AM | 11 | Our original intent when we started this work and |
| 11:38AM | 12 | were charged with the task was to try to take the geometries of |
| 11:38AM | 13 | interest within the BOP and the kinked riser and calculate the |
| 11:38AM | 14 | erosion as accurately as we can, use that information to |
| 11:38AM | 15 | describe how that geometry eroded and changed, keep calculating |
| 11:38AM | 16 | the erosion rate in a transient sense, and in the end arrive |
| 11:38AM | 17 | with the geometry of those elements as they were found and |
| 11:38AM | 18 | recovered.  Okay. |
| 11:39AM | 19 | So, in order to do that, one needed at least two |
| 11:39AM | 20 | things to work really well:  That the erosion model, |
| 11:39AM | 21 | particularly the very high erosion rates part of it -- |
| 11:39AM | 22 | continuing on to the next page it -- the very high erosion |
| 11:39AM | 23 | rates -- |
| 11:39AM | 24 | THE COURT:  Wait, wait, wait.  You're not going to read |
| 11:39AM | 25 | this whole page, are you?  What was your original question to |

11:39AM 1   him?  What are you trying to prove here?

11:39AM 2   BY MS. CROSS:

11:39AM 3   Q   Your model does not calculate an erosion rate that you

11:39AM 4   presented in your report; right?

11:39AM 5   A   Ms. Cross, I've never presented erosion rates in my report

11:39AM 6   as related to the real geometries, because I didn't need that

11:39AM 7   information.  I knew the geometry at the beginning and the end.

11:39AM 8          I will agree that it was difficult to work with

11:39AM 9   the real geometries and their erosion process over time, but I

11:39AM 10  did calculate the erosion rates.  I've actually even calibrated

11:39AM 11  them with a laboratory study.  So I did do that.

11:40AM 12         It was difficult to apply those erosion rates and

11:40AM 13  modify a very complicated geometry, and that's the only pathway

11:40AM 14  that we didn't follow compared to what we intended from the

11:40AM 15  beginning.

11:40AM 16         That's what I say in my deposition as well.

11:40AM 17  Q   Okay.  And so my question was simply, your opinion is not

11:40AM 18  that there was a certain erosion rate based on your modeling?

11:40AM 19  A   That is true.  That wasn't my thrust, that's right.

11:40AM 20  Q   All right.  In your modeling, you looked at scans of various

11:40AM 21  parts of the BOP and the riser showing erosion that were

11:40AM 22  recovered after the response; right?

11:40AM 23  A   That's right.

11:40AM 24  Q   Now, you're not providing your own opinion about the

11:40AM 25  duration of erosion; are you?

11:40AM 1   A   Oh, yes, I am.

11:40AM 2   Q   In your report, you said you assumed the period of erosion;

11:40AM 3   right?

11:40AM 4   A   What that word means is that I formed an opinion as to what

11:41AM 5   it was; and, based on that, I used the assumed period in my

11:41AM 6   other calculations.

11:41AM 7             That doesn't mean I guess it.  In our scientific

11:41AM 8   world, the word assume doesn't mean that I'm just wildly

11:41AM 9   guessing what it was.

11:41AM 10  Q   You assumed the flow rate based on Dr. Vaziri's estimate of

11:41AM 11  the duration of sand production; right?

11:41AM 12  A   Would you please repeat that question?

11:41AM 13  Q   You based your assumptions that the end of the erosion

11:41AM 14  period was May 27th on Dr. Vaziri's opinion about the duration

11:41AM 15  of sand production?

11:41AM 16  A   That is only partially true, so you got one of the two

11:41AM 17  important pieces of information.  I did base my opinion on what

11:41AM 18  Dr. Vaziri said about sand production, and I extended that

11:41AM 19  saying, Well, if there was sand until the end of May, I can

11:41AM 20  safely assume that there was some erosion until the end of May.

11:41AM 21            But, as I have just testified in the direct, the

11:41AM 22  other compelling piece of evidence which I had which is totally

11:42AM 23  independent from Dr. Vaziri and what he thought, is with a third

11:42AM 24  hole in the kinked riser that appeared on May 19th.

11:42AM 25            So, here, we are now really debating how long past

11:42AM 1   May 19th and before the end of May erosion stopped, and I

11:42AM 2   stopped it conservatively on May 27th.

11:42AM 3   Q   You can't say for certain that erosion didn't stop on, say,

11:42AM 4   May 26th; can you?

11:42AM 5   A   Well, I'm not ready to speculate about, you know, a day

11:42AM 6   forward or backward.  I thought May 27 best reflects a

11:42AM 7   compromise where I knew that it went beyond May 19th, and I took

11:42AM 8   it that it stopped some time before the end of May.

11:42AM 9           I think May 27th was a good measure.  I don't know

11:42AM 10  of any reasons why I would now speculate about a day forward, a

11:42AM 11  day backward.  In the end, it wouldn't make any big difference

11:42AM 12  on my analysis.

11:42AM 13          THE COURT:  Tell me again where the May 27 came from.

11:43AM 14  What's his name, the other --

11:43AM 15          THE WITNESS:  Vaziri.

11:43AM 16          THE COURT:  He said that's when the sand production

11:43AM 17  ended?

11:43AM 18          THE WITNESS:  He actually said end of May, so it means

11:43AM 19  a few days beyond.  He had based it on a model he ran for sand

11:43AM 20  production and obviously his expertise.

11:43AM 21          THE COURT:  And the 27th, you --

11:43AM 22          THE WITNESS:  I moved it forward.

11:43AM 23          THE COURT:  Sort of an average or something.

11:43AM 24          THE WITNESS:  Well, no.  It wasn't really --

11:43AM 25          THE COURT:  Not an average, but what was your thinking

11:43AM 1    there?

11:43AM 2          THE WITNESS:  I was thinking to be a little more

11:43AM 3    conservative.  He said at least the end of May.  I said, Well, I

11:43AM 4    don't want to stretch it that long because I know there's

11:43AM 5    arguments.  We don't have physical evidence it was end of May.

11:43AM 6    We have May 19th.  So I thought May 27th is a sensible one.

11:43AM 7          I had no reason, Your Honor, to say May 20th,

11:43AM 8    because I knew it was --

11:43AM 9          THE COURT:  It is also the case, if you know, that the

11:43AM 10   sand production would be sort of declining?

11:43AM 11         THE WITNESS:  That's right.

11:43AM 12         THE COURT:  So that could be another factor.

11:43AM 13         THE WITNESS:  That could be.  It's not my area of

11:43AM 14   expertise, but that could definitely be another factor.

11:44AM 15         THE COURT:  Go ahead.

11:44AM 16   BY MS. CROSS:

11:44AM 17   Q   You didn't check Dr. Vaziri's work; right?

11:44AM 18   A   I did not.

11:44AM 19   Q   You didn't independently do any analysis to confirm that

11:44AM 20   sand production lasted until May 27th?

11:44AM 21   A   No.  I had all reasons to rely on Dr. Vaziri's opinions were

11:44AM 22   correct.  I'm not a sand production expert, and I was never

11:44AM 23   attempting to perform such an analysis.

11:44AM 24   Q   And you understand that Dr. Vaziri is not being called by BP

11:44AM 25   in this case; right?

11:44AM 1  A    That, I understand, yes.

11:44AM 2  Q    Let's talk about the pre-erosion geometries that you looked

11:44AM 3  at.  You assign those pre-erosion geometry pressure drops to

11:44AM 4  April 22nd; right?

11:44AM 5  A    That is true for the case of the blind sheer rams.  And I do

11:44AM 6  the same for the casing shear ram a week later when they close,

11:44AM 7  which was April 29.

11:44AM 8  Q    So, for the blind shear ram, the upper annular and the

11:44AM 9  kinked riser, you assume that the pristine geometry, the

11:44AM 10 pre-erosion geometry as you called it, was still, in fact, the

11:45AM 11 geometry on April 22nd; right?

11:45AM 12 A    Well, I took each one separately, so I don't think it's fair

11:45AM 13 to lump them together.  But what is true in a sort of big

11:45AM 14 picture is that, on April 22nd, the blind shear rams were

11:45AM 15 activated and started eroding.

11:45AM 16          They were by a long shot, which everybody agrees,

11:45AM 17 the biggest resistance in that stack.  So, therefore, you can

11:45AM 18 call it the day of the erosion -- or the erosion started in the

11:45AM 19 BOP, from my perspective.

11:45AM 20          So I wouldn't fully agree with your statement, but

11:45AM 21 there's elements of truth in that.

11:45AM 22 Q    When Mr. Brock asked you about the period of erosion, you

11:45AM 23 said it was from April 22nd to May 27th; right?

11:45AM 24 A    That's the integral view of the whole process, the certain

11:45AM 25 thing activated with delayed.  The CSR was activated a week

11:45AM 1    later.  I have lumped the other three together.  So, in that

11:46AM 2    sense, you were correct, that they all started on the same day.

11:46AM 3    In my analysis.

11:46AM 4    Q    Right.  So you assumed that there was no erosion of the

11:46AM 5    upper annular or the kinked riser between April 22nd, the

11:46AM 6    blowout, and April 22nd when your modeling started; right?

11:46AM 7              MR. BROCK:  I'd just object.  I think you used April

11:46AM 8    22nd twice.  I don't know what you meant to say.

11:46AM 9              THE COURT:  You said April 22nd and April 22nd.

11:46AM 10             MS. COOK:  Sorry.

11:46AM 11             THE COURT:  Thought were you referring to different

11:46AM 12   times of that day.

11:46AM 13             THE WITNESS:  Erosion was fast, but not that fast.

11:46AM 14             THE COURT:  Why don't you restate your question.

11:46AM 15   BY MS. CROSS:

11:46AM 16   Q    You assumed, Dr. Nesic, that April 22nd was the beginning of

11:46AM 17   erosion for the blind shear ram, the upper annular, and the

11:46AM 18   kinked riser; right?

11:46AM 19   A    That is how I've lumped them together, that is correct.

11:46AM 20   Q    So any erosion that happened in the upper annular or the

11:46AM 21   kinked riser, erosion to the drill pipe, for example, you

11:46AM 22   assumed none of that happened until April 22nd?

11:46AM 23   A    Not entirely.  If I may just explain.

11:47AM 24             When I look at something, whether something eroded

11:47AM 25   or not, if you will recall, Your Honor, I had two criteria:

11:47AM 1    Whether something eroded or not and whether it had an effect,

11:47AM 2    that erosion had an effect on the change of flow rate.

11:47AM 3                So, therefore, the only qualifying -- the major

11:47AM 4    qualifying geometry on April 22nd that fits both those criteria

11:47AM 5    were the blind shear rams.  The kinked riser, if you look at how

11:47AM 6    they stack up, was a negligible -- it was only 1 or 2 percent,

11:47AM 7    the same as upper annular.

11:47AM 8                So I was not concerned with whether they were

11:47AM 9    little eroded before the blind shear rams closed.  I was looking

11:47AM 10   at the big events, not every detail in the sense that you asked.

11:47AM 11   Q   You didn't have any data between April 22nd and May 27th for

11:47AM 12   the blind shear ram; right?

11:47AM 13   A   That's correct.  We had the geometry at the beginning, April

11:48AM 14   22nd, and at the end, which is May 27th.

11:48AM 15   Q   And you present in figure 33 -- and Mr. Brock asked you

11:48AM 16   about this -- what you called the hard numbers for the blind

11:48AM 17   shear ram; right?

11:48AM 18   A   Well, it's not only me calling it that.  When one has that

11:48AM 19   degree of accuracy and scientific knowledge about what happened,

11:48AM 20   I think that's a fair characterization of calling it hard data.

11:48AM 21   I think it's not fair to call it anything else.

11:48AM 22   Q   What was the final pressure drop in your post-erosion

11:48AM 23   modeling for the blind shear ram?

11:48AM 24   A   Can you please repeat the question?

11:48AM 25   Q   Sure.  What was the final pressure drop in the blind shear

11:48AM 1    ram for your post-erosion geometry?

11:48AM 2    A   It was 20 something times less than what it was in the

11:48AM 3    pre-erosion geometries.

11:48AM 4    Q   What was it in terms of pascals?

11:48AM 5    A   Well, that would depend on whether you took any given flow

11:48AM 6    rate that you would assume.  Since I was not trying to guess the

11:49AM 7    flow rate and then guess the pressure drop, I only looked by how

11:49AM 8    much it changed.  And this 20 something factor, I believe it was

11:49AM 9    22 or 24, that big factor was the same whether I started with

11:49AM 10   5,000 stock barrels per day or 65.

11:49AM 11          When you divide the beginning with the end, you

11:49AM 12   always got about the same factor.  That's why I don't remember

11:49AM 13   the actual pressure drop for any given flow rate.  And,

11:49AM 14   actually, it's not important for my analysis.

11:49AM 15   Q   You didn't present the actual pressure drops for your

11:49AM 16   pre-erosion geometry or your post-erosion geometry in your

11:49AM 17   report; right?

11:49AM 18   A   No.  Because, as I just argued, the actual numbers were not

11:49AM 19   important for the main conclusion.  However, it is fair to say

11:49AM 20   that, in the produced files that I handed over, the actual

11:49AM 21   simulations for high flow rate and low flow rate and every

11:50AM 22   geometry were in actual units, pascals or psi, whatever you

11:50AM 23   want, so that the hard data in terms of units were there.

11:50AM 24          That just didn't affect my overall conclusion when

11:50AM 25   all those things came together in the graphs I've shown.

11:50AM 1    Q   The post-erosion geometry pressure drop for the blind shear

11:50AM 2    rams in the files as you produced them was about 6 psi for the

11:50AM 3    high flow rate case, and between 0 and 1 psi for the low flow

11:50AM 4    rate case; right?

11:50AM 5    A   Honestly, I have done thousand of simulations.  At least a

11:50AM 6    few hundred of those were related to the blind shear rams.  I

11:50AM 7    have no recollection of any individual number and what are you

11:50AM 8    exactly referring to.  You may well be right, but that doesn't

11:50AM 9    stick in my memory.

11:50AM 10        MS. CROSS:  Could we please have D-22820.

11:50AM 11   BY MS. CROSS:

11:51AM 12   Q   Now, Dr. Nesic, this is a version of your figure 33 that

11:51AM 13   takes out everything except what you call the hard numbers for

11:51AM 14   the blind shear ram.

11:51AM 15             Do you agree that this accurately depicts the

11:51AM 16   blind shear ram numbers that you had April 22nd and May 27th?

11:51AM 17   A   Yes, it looks right.  I have haven't seen this graph in any

11:51AM 18   great detail before.  But, yeah, it looks right.

11:51AM 19   Q   And you used your transient modeling to try to figure out

11:51AM 20   how to connect those two dark blue blocks; right?

11:51AM 21   A   That's true.

11:51AM 22   Q   Okay.  And you decided based on your transient modeling that

11:51AM 23   there was a straight line between those two blocks; is that

11:51AM 24   right?

11:51AM 25   A   There was a straight line that connects.  But there is a

11:51AM 1   straight line which best characterizes the change of pressure

11:51AM 2   drop with time due to erosion, that is correct.

11:51AM 3   Q   Nothing in between April 22nd and May 27th is, in fact, a

11:52AM 4   calculation for the blind shear ram as you present your results

11:52AM 5   in figure 33; right?

11:52AM 6   A   I'm sorry, but I have to disagree.  I didn't just wave my

11:52AM 7   hands or use some guess or even just experience to connect the

11:52AM 8   points on the 22th of April to the 27th of May.

11:52AM 9             I've actually made the best possible attempt to

11:52AM 10  calculate what the nature of that line should be.

11:52AM 11            Now, I've known of many examples when people have

11:52AM 12  two points and no physical evidence in between, they just

11:52AM 13  connect them with a straight line.

11:52AM 14            But that's not what I did.  I've actually

11:52AM 15  performed transient simulations, which you just referred to, and

11:52AM 16  they have indicated that the best possible line and the simplest

11:52AM 17  possible way to connect these two known states would be a linear

11:52AM 18  line.

11:52AM 19            So it doesn't mean that I just did it without

11:53AM 20  calculations.

11:53AM 21  Q   And it's fair to say that there's only one line that would

11:53AM 22  connect these two points; isn't that right?

11:53AM 23  A   If we assumed that the rate of sand production was constant,

11:53AM 24  that would be the case.  We would only use one line to connect

11:53AM 25  these points.

2916

11:53AM 1    Q    Now, let's turn to your transient modeling.  Your transient

11:53AM 2    modeling crashed after 10 to 12 days; right?

11:53AM 3           THE COURT:  Ms. Cross, if you're moving to another

11:53AM 4    topic, I think we're going to break for lunch now.

11:53AM 5                   You're going to be a while?

11:53AM 6           MS. CROSS:  I am.

11:53AM 7           THE COURT:  All right, let's break for lunch.  We'll

11:53AM 8    come back at 1:15.

11:53AM 9                   (Proceedings in Recess.)

10

11                        CERTIFICATE

12

13

14           I, Susan A. Zielie, Official Court Reporter, do hereby
     certify that the foregoing transcript is correct.

15

16

17                        /S/ SUSAN A. ZIELIE, FCRR
                          _____
18                            Susan A. Zielie, FCRR

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

| / | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**/**

**/S** [1] - 2916:16

**0**

**0** [1] - 2914:3
**0.5** [1] - 2840:8
**0.61** [1] - 2840:8
**0.84** [2] - 2840:2, 2840:11

**1**

**1** [27] - 2804:3, 2804:7, 2804:11, 2804:23, 2804:25, 2805:1, 2806:18, 2806:22, 2807:15, 2809:13, 2810:6, 2810:21, 2810:22, 2814:20, 2814:22, 2815:1, 2829:18, 2830:3, 2888:23, 2891:6, 2894:22, 2896:24, 2898:12, 2905:1, 2912:6, 2914:3
**1.5** [1] - 2830:6
**1.75** [1] - 2830:7
**10** [11] - 2791:4, 2791:5, 2791:10, 2890:8, 2890:9, 2890:16, 2890:19, 2891:6, 2892:8, 2892:14, 2916:2
**10-CV-2771** [1] - 2766:7
**10-CV-4536** [1] - 2766:10
**100** [2] - 2850:12, 2872:21
**10003** [1] - 2767:8
**1001** [1] - 2770:10
**1050** [1] - 2792:11
**1053** [1] - 2798:25
**10650** [1] - 2815:15
**10650.1.1.US** [1] - 2815:21
**11** [1] - 2766:14
**1100** [1] - 2770:7
**11488** [1] - 2795:24
**11508** [1] - 2843:10
**11th** [1] - 2891:6
**12** [1] - 2916:2
**12.875** [4] - 2783:19, 2784:5, 2792:1, 2792:7
**1201** [2] - 2769:23, 2770:23
**12th** [1] - 2891:6

**130** [3] - 2792:15, 2798:25, 2828:1
**1300** [1] - 2771:10
**130544** [1] - 2828:4
**130712** [2] - 2817:5, 2817:6
**130713** [2] - 2817:6, 2817:21
**130713.44** [1] - 2819:18
**1331** [1] - 2771:4
**13th** [4] - 2779:3, 2779:18, 2779:20, 2788:14
**14271** [1] - 2768:15
**15** [1] - 2842:21
**159** [1] - 2905:1
**16** [1] - 2774:24
**1615** [1] - 2771:10
**162** [1] - 2905:2
**1665** [1] - 2771:4
**16th** [1] - 2779:3
**17** [2] - 2766:5, 2773:2
**1700** [1] - 2770:23
**188** [1] - 2767:18
**1885** [1] - 2768:5
**19** [1] - 2876:25
**1991** [1] - 2846:4
**1996** [1] - 2846:4
**19th** [16] - 2859:13, 2859:18, 2859:19, 2869:14, 2869:18, 2872:9, 2874:2, 2874:11, 2874:14, 2874:17, 2875:5, 2899:7, 2907:24, 2908:1, 2908:7, 2909:6
**1:15** [1] - 2916:8
**1B1** [3] - 2866:19, 2866:21, 2867:4

**2**

**2** [13] - 2808:18, 2809:13, 2810:7, 2810:16, 2818:10, 2830:3, 2836:12, 2888:23, 2889:24, 2891:6, 2901:19, 2912:6
**2.03** [2] - 2827:22, 2830:9
**2.5** [1] - 2831:8
**20** [10] - 2766:5, 2791:11, 2805:6, 2805:8, 2887:7, 2888:5, 2896:3, 2913:2, 2913:8
**20004** [1] - 2769:24

**20005** [1] - 2769:20
**20006** [1] - 2771:14
**2002** [2] - 2847:2, 2847:7
**20044** [2] - 2768:15, 2768:24
**2010** [1] - 2766:5
**2013** [2] - 2766:5, 2773:2
**2020** [1] - 2771:14
**20th** [8] - 2779:6, 2779:11, 2779:14, 2779:18, 2779:21, 2873:23, 2874:18, 2909:7
**21** [1] - 2774:25
**22** [1] - 2913:9
**22-foot** [1] - 2827:21
**2216** [1] - 2767:11
**22nd** [27] - 2858:2, 2858:15, 2860:13, 2867:22, 2869:3, 2895:3, 2895:12, 2896:1, 2898:6, 2901:7, 2903:10, 2910:4, 2910:11, 2910:14, 2910:23, 2911:5, 2911:6, 2911:8, 2911:9, 2911:16, 2911:22, 2912:4, 2912:11, 2912:14, 2914:16, 2915:3
**22th** [1] - 2915:8
**23:11** [1] - 2775:1
**24** [2] - 2795:24, 2913:9
**264** [1] - 2828:1
**26th** [1] - 2908:4
**27** [2] - 2908:6, 2908:13
**2775** [1] - 2772:6
**27th** [23] - 2858:2, 2860:2, 2860:5, 2877:6, 2877:9, 2895:13, 2896:3, 2897:15, 2897:19, 2901:7, 2903:10, 2907:14, 2908:2, 2908:9, 2908:21, 2909:6, 2909:20, 2910:23, 2912:11, 2912:14, 2914:16, 2915:3, 2915:8
**2843** [1] - 2772:9
**2873** [1] - 2772:5
**28:27** [1] - 2774:24
**28th** [3] - 2869:6, 2869:15, 2872:10
**29** [1] - 2910:7

**2903** [1] - 2772:10
**29th** [12] - 2859:1, 2859:11, 2863:19, 2865:21, 2866:6, 2866:7, 2866:9, 2874:13, 2895:15, 2897:23, 2898:2, 2899:8
**2:1** [1] - 2827:15
**2nd** [1] - 2847:7

**3**

**3** [11] - 2792:4, 2799:4, 2817:23, 2830:3, 2889:25, 2891:6, 2894:21, 2894:23, 2896:25, 2897:2, 2897:11
**3.5** [1] - 2896:6
**30** [2] - 2846:1, 2849:1
**300** [1] - 2769:12
**316** [1] - 2767:4
**32502** [1] - 2767:5
**33** [4] - 2774:24, 2912:15, 2914:12, 2915:5
**333** [1] - 2769:15
**335** [1] - 2770:16
**35** [6] - 2817:21, 2888:12, 2890:15, 2896:24, 2898:12, 2902:11
**3500** [1] - 2896:11
**35TH** [1] - 2770:16
**36130** [1] - 2767:23
**3668** [1] - 2766:24
**3700** [2] - 2770:7, 2770:10
**39201** [1] - 2767:19
**3D** [2] - 2861:8, 2862:11
**3X** [1] - 2795:5

**4**

**4** [7] - 2804:5, 2804:9, 2805:11, 2808:15, 2819:8, 2830:3, 2896:3
**40** [1] - 2840:16
**429** [1] - 2831:14
**44** [1] - 2819:18
**444** [1] - 2828:12
**45** [1] - 2821:13
**45,000** [1] - 2827:21
**46** [1] - 2821:12
**49** [1] - 2774:25
**4A** [3] - 2783:3, 2783:6, 2809:17

**5**

**5** [2] - 2830:4, 2902:7
**5,000** [1] - 2913:10
**50** [1] - 2846:1
**500** [3] - 2766:23, 2767:23, 2771:18
**5000** [1] - 2769:6
**501** [1] - 2767:15
**504** [1] - 2771:19
**556** [1] - 2766:23
**58** [1] - 2839:23
**589-7781** [1] - 2771:19

**6**

**6** [1] - 2914:2
**6'65** [1] - 2834:23
**6.4** [1] - 2784:5
**6.625** [3] - 2782:10, 2783:19, 2791:21
**600** [1] - 2767:4
**60654** [1] - 2769:12
**65** [1] - 2913:10
**65,000** [1] - 2902:7
**655** [1] - 2769:20

**7**

**7.2** [1] - 2828:9
**7.3** [1] - 2828:10
**70** [3] - 2850:11, 2893:6, 2893:7
**700** [1] - 2767:8
**701** [2] - 2768:10, 2769:6
**70112** [1] - 2771:10
**70113** [1] - 2766:20
**70130** [3] - 2767:12, 2768:10, 2771:19
**70139** [1] - 2769:7
**70163** [1] - 2770:7
**70502** [1] - 2766:24
**70601** [1] - 2767:15
**70804** [1] - 2768:6
**75** [1] - 2827:22
**75270** [1] - 2770:23
**7611** [1] - 2768:24
**77002** [1] - 2770:11
**77010** [1] - 2771:5
**777** [1] - 2767:18

**8**

**8** [6] - 2798:16, 2798:19, 2798:25, 2799:1, 2810:11, 2810:19
**820** [1] - 2766:20
**8:00** [1] - 2773:5

**9**

**9** [1] - 2795:25
**90** [1] - 2867:20
**90-degree** [2] -
2868:2, 2870:8
**90071** [2] - 2769:16,
2770:16
**915.5** [2] - 2791:20,
2791:21
**94005** [1] - 2768:6
**97** [3] - 2892:14,
2893:5, 2893:7

**A**

**A.M** [1] - 2773:5
**ability** [2] - 2901:20,
2903:12
**able** [19] - 2809:22,
2810:2, 2838:4,
2854:7, 2854:9,
2856:6, 2856:8,
2861:20, 2874:8,
2880:6, 2887:16,
2887:18, 2887:23,
2888:8, 2890:7,
2892:7, 2900:1,
2900:6
**absolutely** [1] -
2811:14
**accelerates** [1] -
2881:11
**accept** [2] - 2831:10,
2831:12
**acceptable** [1] -
2893:14
**accepted** [4] -
2819:12, 2826:18,
2850:23, 2900:10
**according** [1] -
2774:23
**account** [1] - 2889:22
**accumulates** [1] -
2800:4
**accuracy** [1] - 2912:19
**accurate** [5] - 2777:4,
2786:7, 2786:25,
2878:10, 2893:5
**accurately** [5] -
2785:24, 2809:3,
2841:4, 2905:14,
2914:15
**acting** [3] - 2785:5,
2862:24, 2867:10
**activated** [14] -
2855:20, 2858:16,
2859:2, 2859:3,
2859:11, 2860:13,
2862:3, 2863:19,

2865:21, 2866:7,
2866:8, 2910:15,
2910:25
**active** [1] - 2849:6
**activities** [1] - 2848:2
**actual** [36] - 2784:22,
2784:23, 2787:11,
2788:9, 2791:19,
2797:8, 2797:24,
2801:7, 2809:5,
2809:6, 2809:8,
2809:9, 2821:21,
2821:24, 2822:10,
2823:3, 2824:21,
2824:24, 2825:17,
2826:21, 2827:23,
2841:3, 2857:15,
2882:1, 2891:18,
2896:20, 2896:21,
2896:23, 2901:15,
2902:2, 2913:13,
2913:15, 2913:18,
2913:20, 2913:22
**add** [3] - 2807:8,
2807:9, 2901:14
**addition** [1] - 2823:15
**additional** [5] -
2807:10, 2807:13,
2811:3, 2811:4,
2873:5
**address** [1] - 2830:24
**administrative** [1] -
2773:13
**admitted** [6] -
2773:22, 2773:23,
2774:20, 2774:21,
2854:24, 2854:25
**Adrian** [1] - 2796:2
**affect** [5] - 2839:11,
2849:9, 2887:14,
2901:25, 2913:24
**affected** [4] - 2857:22,
2888:19, 2897:5,
2900:25
**affects** [2] - 2849:9,
2901:25
**after-situation** [1] -
2888:11
**aggravated** [1] -
2872:19
**ago** [6] - 2773:18,
2828:10, 2849:1,
2858:13, 2874:25,
2875:9
**agree** [7] - 2785:7,
2794:13, 2808:16,
2904:22, 2906:8,
2910:20, 2914:15
**agrees** [1] - 2910:16
**ahead** [10] - 2775:6,

2819:18, 2821:12,
2838:7, 2842:21,
2842:24, 2861:23,
2878:15, 2904:24,
2909:15
**AL** [3] - 2766:8,
2766:12, 2767:23
**ALABAMA** [1] -
2767:21
**ALAN** [1] - 2771:3
**alarm** [1] - 2882:16
**aligned** [1] - 2871:9
**ALLAN** [1] - 2768:9
**ALLEN** [1] - 2770:15
**allow** [5] - 2788:4,
2789:7, 2789:8,
2794:24, 2905:7
**allowed** [1] - 2797:16
**allowing** [1] - 2788:13
**allows** [2] - 2836:14,
2838:20
**alluded** [1] - 2848:18
**almost** [9] - 2801:11,
2801:13, 2802:14,
2840:16, 2844:25,
2858:20, 2865:6,
2879:1, 2884:15
**altogether** [1] -
2858:18
**AMERICA** [3] -
2766:10, 2768:13,
2769:4
**amount** [9] - 2782:13,
2793:7, 2793:10,
2794:2, 2794:12,
2794:21, 2794:22,
2835:2
**ANADARKO** [2] -
2771:7, 2771:8
**Anadarko** [2] -
2837:10, 2843:21
**analogy** [1] - 2878:9
**analysis** [27] - 2857:2,
2858:14, 2858:15,
2859:10, 2863:16,
2863:21, 2868:10,
2868:21, 2876:7,
2882:2, 2888:14,
2889:4, 2889:6,
2892:6, 2893:19,
2897:7, 2898:2,
2898:20, 2901:20,
2902:12, 2902:19,
2908:12, 2909:19,
2909:23, 2911:3,
2913:14
**analyze** [6] - 2853:3,
2860:16, 2886:7,
2887:18, 2894:17,
2902:21

**analyzed** [8] -
2857:19, 2860:8,
2879:21, 2887:13,
2897:14, 2898:24,
2900:5, 2903:8
**anchor** [1] - 2882:17
**anchored** [1] -
2888:14
**AND** [2] - 2766:7,
2770:4
**ANDREW** [1] - 2769:9
**ANGELES** [2] -
2769:16, 2770:16
**angle** [7] - 2852:2,
2852:3, 2852:9,
2852:10, 2852:19,
2865:18, 2876:1
**angles** [1] - 2797:16
**angular** [1] - 2885:9
**animation** [6] -
2851:8, 2851:19,
2870:11, 2880:23,
2884:16, 2886:17
**animations** [1] -
2880:3
**Anna** [2] - 2843:6,
2903:21
**ANNA** [1] - 2768:21
**annular** [19] - 2782:22,
2782:23, 2783:6,
2784:8, 2784:15,
2784:16, 2784:17,
2857:9, 2865:25,
2866:13, 2866:16,
2866:24, 2867:10,
2879:18, 2910:8,
2911:5, 2911:17,
2911:20, 2912:7
**annulus** [2] - 2783:5,
2842:4
**answer** [13] - 2787:17,
2787:23, 2790:18,
2791:2, 2795:19,
2805:24, 2811:21,
2811:22, 2847:18,
2848:22, 2892:23,
2901:17, 2905:7
**answered** [2] -
2825:2, 2854:14
**answers** [2] - 2854:7,
2890:25, 2901:2
**ANTHONY** [1] -
2767:11
**apart** [2] - 2864:4,
2864:5
**apologize** [1] -
2876:16
**appear** [5] - 2869:7,
2870:24, 2872:2,
2872:8, 2896:19

**appearance** [2] -
2874:1, 2874:10
**APPEARANCES** [6] -
2766:17, 2767:1,
2768:1, 2769:1,
2770:1, 2771:1
**appeared** [9] -
2859:14, 2859:15,
2868:14, 2869:18,
2872:10, 2872:11,
2877:1, 2883:17,
2907:24
**application** [1] -
2849:3
**apply** [7] - 2778:14,
2781:15, 2783:2,
2821:3, 2899:16,
2906:12
**applying** [1] - 2849:10
**appreciate** [5] -
2778:16, 2781:21,
2800:19, 2808:4,
2884:6
**approach** [5] -
2794:16, 2833:22,
2840:14, 2853:13,
2853:15
**approaching** [3] -
2794:15, 2881:7,
2884:25
**appropriate** [3] -
2787:16, 2812:11,
2841:22
**approximation** [2] -
2834:16, 2835:17
**April** [45] - 2858:2,
2858:15, 2859:1,
2859:11, 2860:13,
2863:19, 2865:21,
2866:6, 2866:7,
2866:9, 2867:22,
2869:3, 2869:6,
2869:15, 2872:10,
2873:23, 2874:12,
2895:3, 2895:12,
2895:16, 2896:1,
2897:23, 2898:2,
2898:6, 2899:8,
2901:7, 2903:9,
2910:4, 2910:7,
2910:11, 2910:14,
2910:23, 2911:5,
2911:6, 2911:7,
2911:9, 2911:16,
2911:22, 2912:4,
2912:11, 2912:13,
2914:16, 2915:3,
2915:8
**APRIL** [1] - 2766:5
**area** [107] - 2776:19,

2777:19, 2778:2,
2778:6, 2778:7,
2782:16, 2784:23,
2784:24, 2785:3,
2785:11, 2786:12,
2792:11, 2792:15,
2793:17, 2794:9,
2802:18, 2802:24,
2802:25, 2803:1,
2804:3, 2804:5,
2804:7, 2805:5,
2805:6, 2806:5,
2806:8, 2808:3,
2808:15, 2808:18,
2808:25, 2809:6,
2809:8, 2809:12,
2809:13, 2809:15,
2809:17, 2809:18,
2810:5, 2810:12,
2810:13, 2810:16,
2812:4, 2812:20,
2812:22, 2812:23,
2812:25, 2814:25,
2816:7, 2816:9,
2816:13, 2816:16,
2816:17, 2816:18,
2816:19, 2819:8,
2821:21, 2822:6,
2822:9, 2822:10,
2822:17, 2823:3,
2823:8, 2823:13,
2823:17, 2823:20,
2824:2, 2824:21,
2824:24, 2825:12,
2825:17, 2825:25,
2827:12, 2827:14,
2827:23, 2829:7,
2829:17, 2829:18,
2829:19, 2831:6,
2831:24, 2833:20,
2834:5, 2834:6,
2834:10, 2834:18,
2834:23, 2834:24,
2835:7, 2836:3,
2836:7, 2836:15,
2840:15, 2845:10,
2848:11, 2849:7,
2851:13, 2868:2,
2868:3, 2875:18,
2875:19, 2909:13
**Area** [1] - 2837:16
**areas** [10] - 2802:21,
2808:6, 2812:12,
2812:13, 2812:18,
2813:10, 2814:14,
2850:14, 2882:13,
2886:5
**argue** [1] - 2843:10
**argued** [1] - 2913:14
**arguing** [1] - 2811:7

argument [2] -
2889:18, 2901:16
**arguments** [3] -
2774:3, 2852:23,
2909:5
**arrangement** [2] -
2864:15, 2864:19
**arrive** [1] - 2905:16
**arriving** [1] - 2778:22
**arrow** [3] - 2870:7,
2870:18, 2870:21
**article** [1] - 2842:10
**articles** [1] - 2850:12
**ASBILL** [1] - 2770:9
**aside** [1] - 2805:5
**ASSET** [1] - 2766:8
**assign** [1] - 2910:3
**assist** [1] - 2849:18
**associated** [4] -
2785:17, 2811:4,
2820:19, 2849:25
**assume** [10] - 2791:4,
2823:11, 2840:11,
2852:20, 2859:19,
2874:17, 2907:8,
2907:20, 2910:9,
2913:6
**assumed** [7] - 2907:2,
2907:5, 2907:10,
2911:4, 2911:16,
2911:22, 2915:23
**assuming** [3] -
2804:14, 2901:10,
2903:3
**assumption** [5] -
2807:24, 2840:9,
2840:12, 2856:9
**assumptions** [3] -
2822:13, 2894:19,
2907:13
**Athens** [1] - 2843:25
**atmosphere** [1] -
2878:18
**attack** [1] - 2883:10
**attempt** [2] - 2904:4,
2915:9
**attempted** [3] -
2890:7, 2904:2,
2904:5
**attempting** [2] -
2804:1, 2909:23
**attention** [6] - 2859:1,
2863:16, 2868:24,
2872:8, 2873:11,
2878:23
**ATTORNEY** [2] -
2767:21, 2768:5
**authored** [1] - 2850:11
**available** [4] - 2811:5,
2821:21, 2834:23,

2835:16
**AVENUE** [4] -
2766:20, 2767:23,
2769:23, 2770:16
**average** [11] - 2778:4,
2778:5, 2778:15,
2789:19, 2799:5,
2799:9, 2827:8,
2827:9, 2834:19,
2908:23, 2908:25
**averaged** [2] - 2778:5,
2778:7
**avoiding** [1] - 2872:14
**await** [1] - 2774:9
**aware** [1] - 2841:21
**axes** [1] - 2796:13
**axis** [9] - 2796:18,
2797:16, 2871:24,
2875:20, 2876:5,
2891:14, 2894:16,
2901:15

# B

**Bachelors** [1] -
2844:10
**backed** [1] - 2835:18
**background** [2] -
2844:9, 2853:3
**backward** [3] -
2902:19, 2908:6,
2908:11
**ballpark** [1] - 2800:20
**Barbier** [24] - 2843:24,
2844:9, 2846:7,
2847:3, 2847:20,
2855:4, 2856:21,
2858:12, 2860:12,
2860:21, 2863:20,
2866:4, 2868:20,
2870:1, 2874:25,
2875:3, 2878:5,
2881:4, 2883:23,
2884:20, 2889:5,
2891:11, 2895:1,
2900:25
**BARBIER** [1] -
2766:15
**barely** [1] - 2852:7
**BARR** [1] - 2767:4
**barrels** [4] - 2775:20,
2775:24, 2902:8,
2913:10
**Barry** [3] - 2773:14,
2787:14, 2837:9
**BARRY** [1] - 2769:11
**bars** [2] - 2898:14,
2899:21
**base** [1] - 2907:17
**based** [30] - 2775:19,

2785:16, 2787:21,
2797:5, 2799:14,
2799:16, 2799:17,
2799:23, 2800:3,
2823:3, 2835:17,
2849:21, 2852:15,
2854:15, 2859:22,
2873:20, 2882:4,
2892:18, 2894:18,
2898:1, 2898:22,
2898:23, 2900:11,
2901:21, 2906:18,
2907:5, 2907:10,
2907:13, 2908:19,
2914:22
**basic** [1] - 2850:25
**basing** [1] - 2876:7
**basis** [2] - 2775:18,
2890:18
**BATON** [1] - 2768:6
**BAYLEN** [1] - 2767:4
**bear** [1] - 2807:23
**bearing** [1] - 2875:19
**became** [1] - 2857:17
**become** [1] - 2900:20
**BEFORE** [1] - 2766:15
**begin** [1] - 2843:23
**beginning** [22] -
2799:24, 2828:14,
2831:15, 2834:15,
2856:13, 2890:10,
2890:14, 2892:6,
2892:8, 2897:2,
2897:13, 2898:12,
2898:15, 2898:19,
2902:5, 2902:10,
2902:25, 2906:7,
2906:15, 2911:16,
2912:13, 2913:11
**behalf** [6] - 2773:14,
2775:9, 2837:10,
2843:6, 2843:21,
2903:22
**behavior** [3] - 2779:1,
2800:16, 2801:8
**Belgrade** [1] - 2844:11
**believer** [1] - 2826:17
**below** [1] - 2819:1
**bend** [10] - 2859:15,
2865:8, 2868:3,
2868:6, 2868:7,
2869:8, 2871:19,
2871:23, 2871:24
**bending** [2] - 2875:19,
2876:6
**bends** [2] - 2867:19,
2885:5
**BENSON** [1] - 2768:19
**bent** [2] - 2867:18,
2868:6

**Bernoulli** [1] -
2900:12
**best** [18] - 2779:22,
2811:5, 2827:3,
2835:16, 2865:17,
2870:2, 2877:17,
2877:18, 2882:6,
2882:10, 2893:1,
2893:10, 2902:16,
2903:1, 2908:6,
2915:1, 2915:9,
2915:16
**BETHANY** [1] -
2768:22
**better** [2] - 2876:1,
2881:6
**between** [49] -
2779:17, 2783:11,
2783:15, 2784:9,
2784:24, 2785:9,
2785:11, 2785:13,
2786:16, 2789:20,
2792:5, 2793:17,
2794:16, 2794:20,
2795:22, 2798:22,
2802:15, 2803:19,
2805:10, 2806:1,
2814:14, 2817:15,
2820:19, 2822:5,
2822:19, 2823:8,
2825:19, 2828:24,
2829:6, 2829:12,
2829:14, 2834:21,
2840:8, 2841:5,
2859:5, 2864:15,
2865:4, 2865:9,
2873:23, 2892:7,
2897:23, 2898:14,
2898:20, 2911:5,
2912:11, 2914:3,
2914:23, 2915:3,
2915:12
**beyond** [13] - 2839:6,
2859:15, 2859:18,
2859:20, 2866:9,
2869:21, 2872:5,
2875:5, 2876:19,
2892:16, 2893:6,
2908:7, 2908:19
**big** [15] - 2782:24,
2782:25, 2783:23,
2784:1, 2793:9,
2853:24, 2868:25,
2899:20, 2908:11,
2910:13, 2912:10,
2913:9
**bigger** [7] - 2795:6,
2806:5, 2825:25,
2838:19, 2896:7
**biggest** [4] - 2848:1,

2855:16, 2903:7, 2910:17
**BINGHAM** [1] - 2771:12
**bit** [9] - 2777:10, 2780:2, 2781:25, 2789:10, 2794:21, 2814:4, 2839:11, 2893:24, 2905:8
**blade** [2] - 2865:2
**blades** [7] - 2863:8, 2864:13, 2864:15, 2865:4, 2865:9, 2884:15, 2885:2
**blind** [43] - 2855:9, 2855:18, 2855:21, 2857:8, 2858:16, 2860:9, 2860:18, 2860:25, 2861:5, 2861:7, 2862:11, 2862:23, 2863:3, 2865:14, 2876:14, 2879:17, 2883:21, 2884:3, 2884:7, 2885:15, 2885:25, 2886:10, 2886:16, 2886:20, 2887:4, 2895:9, 2895:23, 2895:24, 2910:5, 2910:8, 2910:14, 2911:17, 2912:5, 2912:9, 2912:12, 2912:16, 2912:23, 2912:25, 2914:1, 2914:6, 2914:14, 2914:16, 2915:4
**block** [2] - 2876:14, 2900:21
**blocks** [10] - 2860:25, 2861:13, 2884:7, 2884:10, 2884:11, 2884:25, 2885:19, 2887:6, 2914:20, 2914:23
**blow** [1] - 2815:20
**blown** [1] - 2885:15
**blowout** [1] - 2911:6
**blue** [11] - 2872:25, 2881:6, 2884:18, 2895:4, 2895:9, 2895:11, 2895:19, 2895:23, 2896:2, 2898:8, 2914:20
**body** [3] - 2811:18, 2833:6, 2835:18
**BOLES** [1] - 2769:15
**boned** [1] - 2883:7
**book** [9] - 2817:8, 2817:13, 2817:16, 2817:19, 2819:19,

2820:8, 2821:6, 2821:10, 2850:12
**BOP** [27] - 2844:4, 2846:22, 2848:23, 2855:10, 2856:2, 2856:9, 2857:3, 2860:8, 2860:16, 2861:13, 2870:4, 2875:14, 2876:23, 2887:12, 2887:14, 2887:17, 2894:1, 2898:25, 2901:5, 2901:10, 2901:21, 2903:3, 2903:5, 2903:6, 2905:13, 2906:21, 2910:19
**bore** [2] - 2867:21, 2868:7
**bottom** [18] - 2790:1, 2795:9, 2796:14, 2804:2, 2806:2, 2807:5, 2807:6, 2813:9, 2814:18, 2814:19, 2815:2, 2819:22, 2857:7, 2867:3, 2870:23, 2871:10, 2884:14, 2886:25
**bottom-up** [1] - 2870:23
**boundaries** [2] - 2853:21, 2880:16
**bounded** [2] - 2874:19, 2876:25
**bounds** [1] - 2825:6
**BOWMAN** [1] - 2770:21
**BOX** [4] - 2766:24, 2768:6, 2768:15, 2768:24
**boxes** [2] - 2898:8, 2898:9
**BP** [13] - 2766:11, 2769:3, 2769:4, 2769:4, 2773:14, 2774:2, 2774:25, 2815:18, 2837:10, 2843:21, 2844:2, 2844:3, 2909:24
**BRAD** [1] - 2770:14
**BRANCH** [1] - 2768:14
**branches** [1] - 2877:25
**breaches** [1] - 2845:24
**break** [5] - 2801:4, 2871:20, 2905:4, 2916:4, 2916:7
**breaks** [1] - 2795:3
**BRENNAN** [1] -

2770:9
**BRIAN** [2] - 2767:4, 2770:14
**BRIDGET** [1] - 2769:19
**briefly** [4] - 2841:25, 2847:18, 2900:13, 2901:14
**bring** [3] - 2814:4, 2814:11, 2880:3
**BROAD** [1] - 2767:15
**BROADWAY** [1] - 2767:8
**BROCK** [18] - 2769:23, 2842:18, 2842:20, 2843:17, 2843:20, 2844:5, 2844:7, 2850:18, 2850:24, 2854:17, 2854:19, 2854:22, 2855:1, 2870:25, 2873:13, 2883:18, 2903:17, 2911:7
**Brock** [6] - 2772:9, 2842:19, 2842:24, 2843:21, 2910:22, 2912:15
**broke** [1] - 2902:20
**BRUCE** [1] - 2770:21
**BSR** [3] - 2864:22, 2884:25, 2898:18
**build** [3] - 2788:20, 2904:2, 2904:9
**builds** [1] - 2878:15
**built** [3] - 2797:14, 2904:4, 2904:8
**bullet** [1] - 2855:18
**bunch** [2] - 2821:13, 2893:13
**buoyancy** [1] - 2788:18
**buoyant** [3] - 2800:20, 2800:25, 2801:4
**BURLING** [1] - 2769:22
**burp** [1] - 2800:5
**business** [1] - 2904:17
**BY** [67] - 2766:4, 2766:19, 2766:23, 2767:4, 2767:7, 2767:14, 2767:18, 2767:22, 2768:4, 2768:9, 2768:14, 2768:19, 2769:5, 2769:9, 2769:15, 2769:18, 2769:23, 2770:6, 2770:10, 2770:13, 2770:20, 2771:3, 2771:9,

2771:13, 2771:23, 2771:23, 2775:8, 2777:2, 2781:24, 2788:2, 2790:5, 2791:18, 2795:25, 2796:1, 2806:17, 2815:6, 2815:16, 2817:7, 2817:22, 2819:23, 2820:22, 2825:5, 2826:9, 2828:5, 2833:25, 2834:14, 2837:8, 2837:13, 2837:24, 2838:21, 2839:24, 2841:20, 2843:20, 2844:7, 2850:24, 2854:19, 2855:1, 2870:25, 2873:13, 2874:24, 2883:18, 2903:24, 2905:3, 2906:2, 2909:16, 2911:15, 2914:11

---

### C

**CA** [2] - 2769:16, 2770:16
**calculate** [24] - 2785:21, 2802:19, 2804:15, 2804:19, 2807:17, 2809:22, 2810:2, 2815:2, 2817:25, 2825:21, 2825:22, 2825:24, 2832:7, 2834:9, 2856:7, 2878:16, 2880:22, 2885:20, 2904:20, 2904:22, 2905:13, 2906:3, 2906:10, 2915:10
**calculated** [9] - 2810:13, 2822:17, 2825:19, 2855:23, 2880:4, 2887:6, 2889:21, 2898:5, 2905:5
**calculates** [1] - 2785:16
**calculating** [10] - 2808:20, 2815:25, 2816:3, 2816:15, 2820:3, 2822:25, 2833:20, 2834:2, 2905:15
**calculation** [8] - 2804:16, 2817:23, 2823:10, 2877:7, 2886:11, 2890:6, 2897:18, 2915:4
**calculations** [12] - 2805:9, 2815:18,

2833:21, 2862:18, 2882:17, 2889:10, 2889:15, 2890:1, 2894:18, 2898:22, 2907:6, 2915:20
**CALDWELL** [1] - 2768:4
**calibrated** [1] - 2906:10
**call-out** [3] - 2815:20, 2826:8, 2869:23
**call-outs** [1] - 2774:14
**CALLED** [1] - 2773:4
**Cameron** [2] - 2861:16, 2861:18
**CAMP** [1] - 2768:10
**Canada** [1] - 2844:13
**cancel** [1] - 2902:5
**candidate** [1] - 2857:17
**cannot** [8] - 2795:6, 2835:18, 2850:1, 2878:14, 2885:1, 2899:10, 2899:15, 2899:24
**CAPITOL** [1] - 2767:18
**capture** [5] - 2785:12, 2785:24, 2786:8, 2786:15, 2841:4
**captures** [1] - 2787:2
**career** [1] - 2826:18
**careful** [2] - 2799:20, 2857:2
**CARL** [1] - 2766:15
**carried** [1] - 2850:8
**case** [48] - 2794:25, 2798:14, 2799:12, 2800:6, 2801:11, 2805:15, 2809:4, 2809:17, 2813:2, 2813:16, 2813:20, 2813:21, 2813:22, 2822:24, 2824:6, 2829:24, 2830:14, 2832:4, 2832:21, 2849:18, 2850:4, 2851:21, 2852:25, 2855:2, 2857:21, 2858:20, 2862:20, 2866:12, 2866:18, 2868:22, 2879:11, 2885:13, 2888:10, 2891:13, 2891:19, 2892:14, 2892:15, 2893:13, 2899:11, 2901:19, 2902:19, 2904:19, 2909:9, 2909:25, 2910:5, 2914:3, 2914:4,

2915:24

**cases** [1] - 2792:19

**casing** [17] - 2855:19, 2855:21, 2857:7, 2859:2, 2863:16, 2863:21, 2864:9, 2864:25, 2865:21, 2874:12, 2879:17, 2897:24, 2898:19, 2899:8, 2899:19, 2899:22, 2910:6

**catch** [2] - 2812:15, 2899:25

**caught** [2] - 2883:14, 2885:13

**caused** [9] - 2852:8, 2853:22, 2868:14, 2869:8, 2871:2, 2871:3, 2874:1, 2876:2, 2876:20

**causing** [2] - 2851:11, 2851:13

**cavities** [1] - 2859:4

**CCR** [1] - 2771:17

**ceased** [1] - 2860:3

**center** [3] - 2786:18, 2793:10, 2842:7

**centered** [2] - 2783:10, 2783:14

**CENTRE** [1] - 2770:6

**CERNICH** [1] - 2768:20

**certain** [6] - 2788:4, 2805:9, 2825:9, 2906:18, 2908:3, 2910:24

**certainly** [8] - 2781:3, 2781:8, 2784:12, 2799:9, 2800:16, 2817:4, 2828:8, 2833:12

**CERTIFICATE** [1] - 2916:11

**CERTIFIED** [1] - 2771:17

**certify** [1] - 2916:14

**cetera** [1] - 2846:19

**CFD** [1] - 2850:14

**CHAERES** [20] - 2798:11, 2798:13, 2806:13, 2806:17, 2815:15, 2815:16, 2817:5, 2817:7, 2817:21, 2817:22, 2819:21, 2819:23, 2825:5, 2826:7, 2826:9, 2828:4, 2828:5, 2834:11, 2834:14, 2837:4

**chain** [1] - 2814:19

**CHAKERES** [9] - 2768:21, 2775:5, 2775:8, 2788:1, 2788:2, 2790:5, 2815:6, 2820:22, 2833:25

**Chakeres** [2] - 2772:6, 2775:9

**cHAKERES** [8] - 2776:25, 2777:2, 2781:22, 2781:24, 2791:17, 2791:18, 2795:25, 2796:1

**change** [25] - 2781:10, 2791:12, 2806:9, 2824:14, 2825:16, 2844:4, 2854:15, 2856:7, 2857:5, 2878:11, 2887:19, 2888:23, 2891:25, 2892:3, 2892:21, 2896:24, 2897:10, 2900:17, 2901:4, 2901:18, 2901:21, 2902:6, 2912:2, 2915:1

**changed** [13] - 2854:14, 2856:2, 2868:11, 2868:13, 2868:15, 2890:3, 2892:10, 2892:17, 2894:23, 2897:11, 2900:6, 2905:15, 2913:8

**changes** [8] - 2781:14, 2824:15, 2824:16, 2835:4, 2879:9, 2889:8, 2894:17, 2900:25

**changing** [5] - 2779:17, 2781:5, 2781:6, 2806:9, 2894:8

**channeled** [1] - 2883:15

**chapter** [2] - 2817:23, 2817:24

**characterization** [2] - 2839:19, 2912:20

**characterize** [2] - 2809:3, 2833:8

**characterized** [1] - 2897:22

**characterizes** [1] - 2915:1

**characterizing** [1] - 2833:6

**charge** [1] - 2901:3

**charged** [1] - 2905:12

**CHARLES** [1] -

2767:15

**chart** [4] - 2798:5, 2837:20, 2900:24, 2901:6

**charts** [1] - 2894:5

**check** [2] - 2882:18, 2909:17

**checked** [1] - 2891:4

**checks** [3] - 2882:16, 2886:1

**chemical** [2] - 2844:12, 2848:19

**cherry** [1] - 2835:19

**cherry-pick** [1] - 2835:19

**CHICAGO** [1] - 2769:12

**chisel** [2] - 2852:4, 2865:18

**choice** [1] - 2842:12

**choking** [1] - 2839:11

**chooses** [1] - 2893:14

**circle** [8] - 2804:22, 2804:24, 2805:3, 2805:6, 2805:13, 2816:9, 2816:18, 2816:19

**circles** [1] - 2805:5

**circular** [10] - 2809:2, 2809:21, 2812:8, 2816:3, 2816:4, 2816:7, 2816:12, 2840:4, 2840:6, 2865:6

**circulated** [2] - 2773:17, 2774:17

**cited** [2] - 2817:17, 2821:6

**CITY** [1] - 2767:8

**CIVIL** [1] - 2768:14

**claim** [2] - 2835:23

**clarification** [1] - 2779:15

**classes** [1] - 2847:14

**clean** [1] - 2814:2

**clear** [8] - 2781:17, 2801:14, 2802:11, 2808:1, 2837:20, 2864:21, 2865:6, 2885:23

**clearly** [4] - 2836:20, 2863:3, 2864:22, 2876:9

**CLERK** [1] - 2843:2

**close** [12] - 2802:16, 2812:10, 2812:17, 2812:24, 2813:6, 2813:7, 2858:20, 2862:4, 2863:4, 2876:17, 2882:20,

2910:6

**closed** [10] - 2859:7, 2862:17, 2863:4, 2864:11, 2864:15, 2865:3, 2884:15, 2884:25, 2899:8, 2912:9

**closer** [1] - 2820:21

**closes** [1] - 2866:24

**closing** [1] - 2897:24

**clue** [1] - 2871:21

**co** [1] - 2850:11

**co-authored** [1] - 2850:11

**coefficient** [12] - 2818:20, 2818:25, 2819:3, 2824:4, 2839:16, 2839:18, 2839:19, 2839:25, 2840:7, 2840:10, 2840:11, 2840:16

**Coefficient** [1] - 2818:22

**coefficients** [1] - 2839:21

**colleagues** [1] - 2795:23

**COLLIER** [1] - 2769:10

**color** [3] - 2869:15, 2872:25, 2885:10

**colored** [4] - 2861:6, 2898:8, 2898:9, 2898:13

**colors** [1] - 2898:13

**column** [1] - 2898:1

**combination** [1] - 2849:8

**combine** [7] - 2809:10, 2812:2, 2812:12, 2813:15, 2813:23, 2838:20

**combined** [31] - 2802:7, 2808:6, 2808:7, 2808:21, 2808:25, 2809:9, 2809:13, 2809:15, 2809:16, 2809:18, 2809:19, 2810:5, 2810:10, 2810:12, 2810:13, 2810:14, 2810:16, 2811:25, 2812:4, 2812:18, 2812:20, 2812:23, 2813:10, 2846:12, 2893:24

**coming** [11] - 2799:1, 2805:22, 2807:13, 2871:10, 2875:11, 2875:12, 2881:15,

2884:14, 2886:18, 2886:25, 2887:5

**common** [2] - 2836:18, 2838:14

**commonly** [1] - 2776:13

**companies** [6] - 2848:8, 2848:9, 2848:19, 2848:20

**COMPANY** [2] - 2769:4, 2771:8

**compare** [1] - 2885:24

**compared** [4] - 2837:21, 2877:6, 2882:12, 2906:14

**comparing** [2] - 2797:17, 2862:8

**compelling** [1] - 2907:22

**COMPLAINT** [1] - 2766:7

**completely** [2] - 2863:4, 2867:7

**complex** [3] - 2814:8, 2814:10, 2850:5

**complexity** [4] - 2790:23, 2839:12, 2839:14, 2889:13

**complicated** [8] - 2827:5, 2850:3, 2854:6, 2882:20, 2884:6, 2885:13, 2894:11, 2906:13

**component** [1] - 2879:12

**components** [14] - 2854:3, 2860:7, 2879:21, 2887:17, 2887:18, 2887:19, 2887:23, 2888:13, 2893:19, 2897:17, 2897:19, 2898:23, 2901:13, 2902:8

**compressible** [3] - 2781:18, 2781:19

**compromise** [1] - 2908:7

**computation** [5] - 2846:14, 2846:18, 2847:13, 2849:2, 2849:4

**computational** [11] - 2846:21, 2849:15, 2849:17, 2849:23, 2850:5, 2850:19, 2854:5, 2861:22, 2879:19, 2880:20, 2889:2

**compute** [1] - 2814:25

**computer** [2] -

2849:21, 2882:4
**COMPUTER** [1] - 2771:23
**computer-based** [2] - 2849:21, 2882:4
**computerized** [1] - 2879:24
**computers** [1] - 2849:24
**concept** [8] - 2781:15, 2795:3, 2819:24, 2821:2, 2824:20, 2851:1, 2851:4, 2878:8
**concerned** [1] - 2912:8
**conclude** [4] - 2811:10, 2858:14, 2863:13, 2892:17
**concluded** [4] - 2855:25, 2888:16, 2898:25, 2903:5
**conclusion** [4] - 2885:17, 2903:2, 2913:19, 2913:24
**conclusions** [6] - 2791:16, 2881:18, 2892:25, 2900:4, 2900:5, 2900:7
**condition** [5] - 2852:1, 2859:3, 2887:13, 2897:18, 2902:10
**conditions** [9] - 2787:11, 2788:10, 2788:21, 2789:2, 2789:4, 2789:9, 2791:16, 2852:13, 2852:18
**conducive** [1] - 2852:18
**conducted** [1] - 2849:7
**conference** [1] - 2850:12
**confidence** [2] - 2877:8, 2902:13
**confident** [2] - 2876:10, 2893:10
**confirm** [3] - 2812:17, 2819:5, 2909:19
**confirmed** [2] - 2833:1, 2893:9
**confirming** [1] - 2829:4
**conjunction** [1] - 2785:21
**connect** [10] - 2890:14, 2891:21, 2902:15, 2903:1, 2914:20, 2915:7,

2915:13, 2915:17, 2915:22, 2915:24
**connects** [1] - 2914:25
**consequences** [1] - 2905:5
**conservative** [5] - 2807:24, 2840:9, 2840:12, 2860:4, 2909:3
**conservatively** [3] - 2808:1, 2877:5, 2908:2
**consideration** [1] - 2815:23
**considered** [3] - 2781:19, 2795:15, 2815:17
**consistent** [6] - 2798:3, 2798:10, 2828:23, 2840:12, 2841:13, 2863:18
**consists** [1] - 2778:19
**constant** [3] - 2781:1, 2878:18, 2915:23
**construct** [2] - 2826:5, 2836:1
**consulted** [1] - 2802:18
**Cont** [1] - 2772:4
**context** [8] - 2818:18, 2819:14, 2821:1, 2822:13, 2833:4, 2835:24, 2841:12, 2878:6
**continue** [2] - 2813:15, 2852:22
**CONTINUED** [5] - 2767:1, 2768:1, 2769:1, 2770:1, 2771:1
**continued** [3] - 2847:12, 2849:6, 2899:8
**continuing** [2] - 2871:11, 2905:22
**contrary** [1] - 2787:23
**convenient** [1] - 2838:18
**conversation** [1] - 2827:2
**convert** [2] - 2775:23, 2809:20
**converted** [2] - 2809:1, 2812:8
**converting** [3] - 2816:4, 2816:16, 2900:4
**convincing** [4] - 2871:21, 2874:11,

2874:14, 2897:4
**COOK** [1] - 2911:10
**COREY** [1] - 2767:22
**corner** [1] - 2872:23
**CORPORATION** [1] - 2771:7
**correct** [173] - 2775:12, 2775:13, 2775:24, 2775:25, 2776:10, 2776:14, 2777:6, 2777:8, 2777:9, 2777:13, 2777:18, 2777:21, 2778:10, 2778:20, 2778:21, 2779:2, 2779:4, 2779:5, 2779:8, 2779:9, 2779:10, 2779:21, 2780:5, 2780:6, 2780:8, 2780:13, 2780:15, 2780:16, 2780:18, 2780:20, 2780:21, 2780:22, 2780:23, 2780:24, 2780:25, 2781:2, 2782:8, 2782:18, 2782:19, 2782:20, 2783:1, 2783:8, 2783:16, 2783:20, 2783:25, 2784:25, 2785:1, 2785:2, 2785:18, 2785:19, 2785:22, 2785:23, 2786:1, 2786:2, 2786:3, 2786:4, 2786:5, 2786:6, 2786:8, 2787:2, 2787:19, 2788:5, 2788:6, 2788:11, 2788:25, 2789:3, 2791:9, 2792:2, 2794:5, 2794:18, 2795:15, 2795:19, 2795:21, 2798:3, 2799:14, 2799:15, 2799:18, 2800:21, 2800:22, 2800:25, 2801:1, 2801:5, 2801:6, 2801:10, 2801:24, 2801:25, 2802:3, 2802:5, 2802:9, 2803:24, 2804:5, 2804:6, 2804:8, 2804:10, 2804:13, 2805:4, 2809:15, 2810:8, 2810:9, 2810:15, 2810:18, 2810:20, 2810:23, 2811:5, 2811:10, 2811:12,

2811:14, 2811:21, 2812:20, 2814:16, 2815:5, 2816:21, 2817:1, 2817:18, 2818:11, 2818:13, 2819:4, 2819:10, 2819:13, 2820:11, 2820:25, 2821:5, 2821:24, 2822:1, 2822:11, 2824:11, 2825:6, 2828:3, 2828:22, 2829:8, 2829:10, 2829:18, 2830:5, 2830:14, 2834:19, 2835:1, 2835:8, 2835:9, 2835:21, 2836:8, 2836:13, 2836:15, 2840:19, 2840:20, 2841:6, 2841:7, 2842:6, 2852:11, 2852:25, 2860:19, 2862:11, 2862:12, 2866:20, 2870:16, 2875:2, 2879:9, 2887:14, 2887:21, 2893:19, 2893:23, 2896:14, 2897:16, 2898:6, 2898:7, 2899:5, 2903:11, 2909:22, 2911:2, 2911:19, 2912:13, 2915:2, 2916:14
**corrected** [1] - 2835:6
**correction** [1] - 2820:23
**correctly** [7] - 2785:12, 2786:15, 2787:2, 2813:1, 2833:7, 2837:1, 2837:2
**correlate** [1] - 2892:14
**correlation** [2] - 2833:10, 2893:5
**corresponding** [7] - 2809:6, 2812:13, 2812:19, 2816:8, 2816:19, 2822:9, 2878:19
**corresponds** [1] - 2789:16
**Corrosion** [3] - 2847:11, 2847:17, 2847:19
**corrosion** [10] - 2845:8, 2846:14, 2847:13, 2847:24, 2848:13, 2848:14, 2848:15, 2850:13, 2852:19, 2852:21

**count** [1] - 2890:20
**counterintuitive** [15] - 2792:23, 2793:13, 2793:21, 2793:22, 2794:18, 2794:23, 2795:18, 2806:5, 2806:7, 2806:10, 2806:11, 2815:12, 2824:3, 2826:12, 2826:15
**counting** [1] - 2830:3
**country** [1] - 2844:23
**couple** [2] - 2773:18, 2860:18
**course** [5] - 2790:18, 2795:11, 2836:3, 2844:17, 2881:11
**courses** [3] - 2846:14, 2847:5, 2847:12
**Court** [17] - 2774:5, 2774:10, 2775:5, 2775:15, 2775:17, 2778:19, 2799:13, 2841:25, 2843:8, 2846:22, 2849:11, 2849:16, 2853:12, 2866:4, 2889:7, 2894:6, 2916:13
**COURT** [53] - 2766:1, 2771:17, 2773:4, 2773:7, 2773:21, 2774:7, 2774:11, 2774:19, 2774:23, 2775:6, 2787:19, 2790:3, 2814:22, 2820:21, 2825:4, 2833:24, 2837:6, 2837:23, 2838:3, 2842:16, 2842:19, 2842:21, 2842:23, 2843:11, 2843:18, 2850:23, 2854:24, 2870:18, 2872:6, 2872:22, 2872:25, 2882:21, 2882:23, 2896:4, 2896:6, 2896:9, 2896:11, 2896:13, 2903:20, 2905:24, 2908:13, 2908:16, 2908:21, 2908:23, 2908:25, 2909:9, 2909:12, 2909:15, 2911:9, 2911:11, 2911:14, 2916:3, 2916:7
**Court's** [1] - 2806:16
**cover** [1] - 2854:20
**COVINGTON** [1] - 2769:22
**cracking** [5] -

2871:15, 2872:1,
2872:5, 2872:19,
2876:6
**cracking-induced** [1]
- 2872:1
**cracks** [6] - 2871:15,
2871:16, 2871:17,
2872:1, 2872:2,
2872:3
**crashed** [1] - 2916:2
**create** [9] - 2801:5,
2813:23, 2831:3,
2839:11, 2861:19,
2861:20, 2865:22,
2867:22, 2879:20
**created** [5] - 2809:5,
2861:9, 2865:7,
2871:14
**crisis** [1] - 2773:11
**criteria** [5] - 2857:13,
2857:25, 2891:2,
2911:25, 2912:4
**critical** [1] - 2869:19
**CROSS** [16] - 2768:21,
2775:7, 2843:6,
2843:16, 2850:21,
2903:21, 2903:23,
2903:24, 2905:1,
2905:3, 2906:2,
2909:16, 2911:15,
2914:10, 2914:11,
2916:6
**cross** [27] - 2775:10,
2784:24, 2785:3,
2816:16, 2819:8,
2819:20, 2820:2,
2821:21, 2821:25,
2822:10, 2823:3,
2825:12, 2825:25,
2838:25, 2840:17,
2841:21, 2843:13,
2850:21, 2867:20,
2868:2, 2868:3,
2881:7, 2883:6,
2903:20, 2904:1,
2906:5, 2916:3
**Cross** [5] - 2772:6,
2772:10, 2843:6,
2903:21
**cross-section** [4] -
2821:21, 2821:25,
2867:20, 2883:6
**cross-sectional** [10] -
2784:24, 2785:3,
2816:16, 2819:8,
2822:10, 2823:3,
2825:12, 2825:25,
2868:2, 2868:3
**cross-sections** [2] -
2819:20, 2820:2

**crux** [1] - 2799:12
**CSR** [2] - 2898:18,
2910:25
**curved** [1] - 2900:20
**cut** [4] - 2809:24,
2859:5, 2864:11,
2873:2
**cutting** [1] - 2873:8

# D

**D-0221** [1] - 2777:1
**D-2205** [2] - 2791:17,
2798:12
**D-22201** [1] - 2834:13
**D-22210** [1] - 2781:23
**D-22485** [1] - 2806:14
**D-22486** [1] - 2813:25
**D-22487** [1] - 2815:14
**D-22820** [1] - 2914:10
**D-23626** [1] - 2844:5
**D-23628A** [1] - 2878:3
**D-23629** [1] - 2847:17
**D-23631** [1] - 2855:3
**D-23632** [1] - 2856:20
**D-23633-B** [1] - 2858:7
**D-23635-A** [1] -
2860:14
**D-23637A** [1] -
2863:17
**D-23639A** [2] - 2866:1,
2866:14
**D-23644B** [1] -
2869:24
**D-23648** [1] - 2853:11
**D-23892** [1] - 2891:10
**D-23945** [1] - 2894:4
**D-23995B** [1] -
2900:23
**D-24200** [1] - 2861:7
**D-24201** [1] - 2864:1
**D-24201A1** [1] -
2886:19
**D-24202** [1] - 2862:10
**D-24203** [1] - 2864:17
**D-24207A1** [1] -
2880:7
**D-24213A1** [1] -
2883:22
**D-2426A** [1] - 2881:24
**D-24452** [1] - 2868:16
**D-24603** [1] - 2851:2
**D-24688** [1] - 2841:19
**D-24723** [1] - 2874:22
**D/E** [1] - 2813:1
**daisy** [1] - 2814:19
**daisy-chain** [1] -
2814:19
**DALLAS** [1] - 2770:23
**damage** [7] - 2851:11,

2863:7, 2865:13,
2866:11, 2873:5,
2873:10
**dark** [1] - 2914:20
**darker** [1] - 2898:13
**data** [16] - 2890:4,
2890:8, 2890:9,
2890:13, 2890:18,
2891:2, 2891:9,
2892:2, 2892:9,
2893:2, 2893:3,
2893:11, 2903:15,
2912:11, 2912:20,
2913:23
**date** [8] - 2858:16,
2858:24, 2869:21,
2874:14, 2876:22,
2876:24
**dates** [1] - 2874:20
**Daubert** [2] - 2843:9,
2850:21
**DAVIS** [1] - 2770:15
**DAVIS-DENNY** [1] -
2770:15
**DAY** [1] - 2766:14
**days** [16] - 2773:18,
2779:20, 2828:10,
2877:6, 2888:12,
2890:4, 2890:8,
2890:9, 2890:15,
2890:17, 2890:19,
2891:24, 2892:8,
2902:11, 2908:19,
2916:2
**DC** [5] - 2768:15,
2768:24, 2769:20,
2769:24, 2771:14
**deal** [1] - 2877:25
**dealing** [5] - 2837:22,
2838:1, 2839:2,
2839:5, 2840:1
**dealt** [1] - 2845:13
**debating** [1] - 2907:25
**DEBORAH** [1] -
2771:9
**decades** [1] - 2811:8
**decide** [1] - 2893:1
**decided** [2] - 2822:2,
2914:22
**decimals** [1] - 2830:6
**declining** [1] -
2909:10
**Deepwater** [1] -
2842:5
**DEEPWATER** [3] -
2766:4, 2770:4,
2770:5
**Deepwater/Macondo
/Horizon** [1] -
2813:20

**defend** [1] - 2899:4
**define** [3] - 2796:22,
2873:18, 2892:12
**defined** [2] - 2775:20
**definitely** [3] -
2865:23, 2872:5,
2909:14
**definition** [12] -
2776:20, 2778:8,
2822:5, 2822:12,
2823:8, 2825:15,
2825:18, 2832:6,
2835:20, 2835:24,
2835:25, 2836:1
**definitional** [1] -
2841:17
**definitions** [2] -
2776:2, 2835:15
**degree** [6] - 2844:18,
2881:17, 2893:5,
2895:25, 2902:13,
2912:19
**degrees** [2] - 2844:15,
2867:20
**delayed** [1] - 2910:25
**delta** [4] - 2818:5,
2818:7, 2818:9,
2822:25
**demonstrate** [3] -
2867:9, 2868:21,
2898:1
**demonstrates** [1] -
2862:23
**demonstrating** [1] -
2895:11
**demonstration** [1] -
2795:17
**demonstrative** [13] -
2776:4, 2776:23,
2776:25, 2778:17,
2781:22, 2784:19,
2786:17, 2791:17,
2798:11, 2806:14,
2817:14, 2834:13,
2858:3
**demonstratives** [1] -
2774:14
**DENNY** [1] - 2770:15
**denote** [1] - 2880:16
**denotes** [1] - 2818:12
**densities** [3] -
2777:15, 2797:6,
2797:9
**density** [13] - 2776:18,
2781:1, 2781:5,
2781:9, 2781:14,
2787:7, 2788:8,
2796:24, 2818:12,
2818:13, 2834:17,
2836:3, 2902:2

**deny** [2] - 2843:11,
2843:15
**DEPARTMENT** [2] -
2768:13, 2768:17
**depict** [1] - 2898:9
**depiction** [1] -
2885:14
**depicts** [1] - 2914:15
**deployed** [1] - 2854:2
**deposition** [10] -
2777:23, 2784:21,
2785:15, 2787:4,
2787:16, 2787:21,
2787:24, 2787:25,
2904:25, 2906:16
**depths** [1] - 2809:7
**derivation** [2] -
2783:22, 2821:20
**derived** [2] - 2782:22,
2832:17
**deriving** [1] - 2784:11
**describe** [27] -
2782:20, 2783:2,
2844:8, 2845:10,
2846:7, 2847:3,
2847:20, 2856:21,
2864:24, 2865:1,
2868:20, 2870:2,
2875:3, 2877:18,
2878:1, 2878:7,
2881:4, 2883:23,
2884:20, 2886:21,
2889:5, 2889:7,
2891:11, 2893:13,
2895:20, 2900:13,
2905:15
**described** [12] -
2776:5, 2778:22,
2788:16, 2796:7,
2799:24, 2799:25,
2852:10, 2856:6,
2858:13, 2865:16,
2880:8, 2887:16
**describes** [1] -
2897:13
**describing** [2] -
2838:8, 2838:10
**description** [2] -
2853:6, 2882:6
**design** [4] - 2845:21,
2845:23, 2861:15,
2888:6
**designed** [3] -
2858:17, 2859:5,
2864:11
**despite** [6] - 2794:17,
2806:4, 2811:20,
2815:4, 2824:2,
2825:11
**detached** [1] - 2873:6

detail [4] - 2853:17, 2900:1, 2912:10, 2914:18
detailed [2] - 2850:2, 2861:15
details [1] - 2900:15
determine [8] - 2797:9, 2822:20, 2822:22, 2853:19, 2854:9, 2856:22, 2899:12, 2904:2
determined [4] - 2799:23, 2800:12, 2854:14, 2856:12
determines [1] - 2824:13
determining [4] - 2799:16, 2801:3, 2801:8, 2882:10
develop [2] - 2889:7, 2904:6
developed [1] - 2880:8
developing [1] - 2904:5
DEXTER [1] - 2767:23
diameter [167] - 2780:1, 2780:3, 2780:4, 2780:8, 2780:9, 2780:10, 2780:11, 2781:15, 2782:9, 2782:13, 2782:16, 2782:24, 2782:25, 2783:10, 2783:17, 2783:23, 2783:24, 2784:4, 2784:10, 2784:17, 2784:22, 2784:23, 2785:16, 2785:21, 2786:2, 2786:11, 2786:21, 2789:7, 2791:20, 2791:21, 2791:25, 2792:5, 2792:6, 2792:18, 2793:3, 2794:8, 2795:3, 2795:15, 2798:18, 2798:23, 2801:15, 2801:16, 2802:20, 2803:9, 2803:11, 2803:17, 2803:23, 2804:4, 2804:12, 2804:23, 2804:24, 2804:25, 2805:2, 2805:16, 2805:19, 2805:20, 2806:21, 2807:16, 2807:18, 2808:5, 2808:8, 2808:14, 2808:20, 2809:5, 2809:6, 2809:11,

2809:20, 2809:22, 2810:13, 2810:22, 2811:18, 2811:25, 2812:13, 2812:19, 2813:1, 2813:11, 2813:16, 2813:19, 2813:24, 2814:13, 2816:8, 2816:19, 2816:24, 2817:15, 2819:2, 2819:8, 2819:11, 2819:25, 2820:4, 2820:5, 2820:9, 2821:2, 2821:7, 2821:11, 2821:20, 2821:22, 2822:9, 2822:16, 2822:17, 2823:14, 2823:16, 2823:24, 2824:9, 2824:19, 2824:20, 2824:24, 2825:16, 2826:3, 2826:6, 2826:14, 2826:17, 2828:3, 2828:16, 2828:17, 2828:20, 2829:3, 2829:4, 2829:5, 2829:17, 2831:23, 2831:24, 2831:25, 2832:2, 2832:3, 2832:4, 2832:5, 2832:7, 2832:8, 2832:9, 2832:11, 2832:12, 2832:13, 2832:20, 2832:22, 2832:25, 2833:2, 2833:7, 2833:9, 2833:13, 2833:18, 2833:20, 2834:10, 2836:21, 2836:22, 2836:25, 2839:6, 2839:20, 2840:13, 2840:19, 2840:23, 2840:25, 2841:10, 2841:23, 2842:1, 2842:7, 2842:9, 2842:12, 2842:13
diameters [4] - 2782:6, 2801:23, 2808:17, 2811:1
difference [9] - 2792:5, 2820:18, 2825:12, 2834:21, 2853:24, 2855:17, 2899:19, 2899:20, 2908:11
different [26] - 2776:5, 2782:6, 2796:7, 2798:1, 2798:15, 2799:7, 2806:1, 2827:7, 2827:14, 2827:18, 2830:22,

2840:14, 2841:3, 2845:13, 2848:1, 2848:12, 2869:15, 2875:14, 2881:19, 2895:15, 2899:4, 2899:15, 2911:11
differently [1] - 2899:15
difficult [4] - 2890:23, 2894:12, 2906:8, 2906:12
dig [1] - 2851:25
dimension [1] - 2777:5
dimensional [1] - 2775:11
dimensionless [2] - 2820:13, 2820:15
Direct [1] - 2772:9
DIRECT [1] - 2843:19
direct [5] - 2843:22, 2865:15, 2882:7, 2901:8, 2907:21
directed [1] - 2848:2
directing [1] - 2847:16
direction [7] - 2774:5, 2870:7, 2870:20, 2871:13, 2871:16, 2871:17, 2875:14
directly [6] - 2785:8, 2823:13, 2849:10, 2851:19, 2865:19, 2900:16
director [1] - 2848:21
directorship [1] - 2847:10
disagree [1] - 2915:6
discard [1] - 2891:9
discharge [9] - 2839:16, 2839:18, 2839:19, 2839:21, 2839:25, 2840:7, 2840:10, 2840:11, 2840:16
discussing [3] - 2820:20, 2834:2, 2834:4
discussion [1] - 2865:25
disposal [1] - 2874:20
distance [1] - 2793:15
distort [1] - 2889:14
DISTRICT [3] - 2766:1, 2766:1, 2766:15
divide [4] - 2822:8, 2822:9, 2902:4, 2913:11
divided [2] - 2782:17, 2819:8
DIVISION [2] -

2768:14, 2768:18
Docket [1] - 2843:9
DOCKET [3] - 2766:4, 2766:7, 2766:10
document [3] - 2828:7, 2828:12, 2831:14
dog [1] - 2883:7
dog-boned [1] - 2883:7
DOMENGEAUX [1] - 2766:22
dominant [1] - 2800:13
DON [1] - 2769:5
DONALD [1] - 2770:20
done [11] - 2809:25, 2836:9, 2842:16, 2849:5, 2853:18, 2873:7, 2890:21, 2898:18, 2899:25, 2901:24, 2914:5
double [12] - 2783:10, 2783:17, 2790:10, 2791:10, 2801:5, 2810:25, 2826:22, 2826:25, 2827:12, 2834:24, 2835:12, 2868:8
doubled [5] - 2810:24, 2856:9, 2877:11, 2901:12, 2903:8
doubt [3] - 2871:7, 2876:19, 2892:16
DOUGLAS [1] - 2768:9
down [26] - 2773:10, 2778:16, 2782:9, 2795:3, 2797:22, 2816:22, 2819:1, 2819:21, 2821:15, 2824:14, 2824:16, 2826:7, 2826:10, 2830:10, 2831:22, 2834:11, 2837:20, 2848:14, 2848:15, 2856:3, 2867:19, 2875:12, 2875:22, 2878:21, 2881:7, 2884:22
downwards [1] - 2875:15
DOYEN [1] - 2770:13
Dr [49] - 2773:16, 2775:2, 2775:9, 2775:11, 2796:21, 2812:4, 2812:23, 2837:4, 2837:9, 2837:20, 2842:18, 2842:20, 2843:9,

2843:22, 2844:2, 2844:8, 2850:19, 2850:25, 2853:14, 2854:23, 2855:2, 2856:19, 2856:21, 2859:22, 2869:25, 2871:4, 2873:21, 2874:3, 2874:8, 2877:2, 2877:7, 2877:13, 2891:11, 2893:17, 2895:17, 2900:23, 2903:2, 2903:17, 2903:25, 2904:2, 2907:10, 2907:14, 2907:18, 2907:23, 2909:17, 2909:21, 2909:24, 2911:16, 2914:12
drag [1] - 2794:21
dramatic [1] - 2865:20
drastic [1] - 2860:23
draw [13] - 2791:16, 2804:1, 2806:15, 2807:7, 2811:15, 2813:15, 2837:21, 2837:25, 2859:1, 2868:24, 2881:18, 2885:17, 2892:7
drawing [7] - 2802:13, 2811:15, 2813:7, 2813:18, 2813:22, 2814:3, 2898:15
drawn [3] - 2876:3, 2876:15, 2881:20
drawn-out [1] - 2876:15
drill [25] - 2782:2, 2782:7, 2782:8, 2782:11, 2782:13, 2783:9, 2783:14, 2783:15, 2784:9, 2786:18, 2786:19, 2827:14, 2827:16, 2827:17, 2834:24, 2838:11, 2865:4, 2865:5, 2866:16, 2866:18, 2866:25, 2883:14, 2885:12, 2885:16, 2911:21
DRILLING [1] - 2770:4
driven [1] - 2876:11
driving [1] - 2785:4
drop [73] - 2785:4, 2785:13, 2785:16, 2793:19, 2793:24, 2793:25, 2794:2, 2794:10, 2794:21, 2795:22, 2798:15, 2798:17, 2798:21, 2803:11, 2803:16,

2803:19, 2803:22,
2805:17, 2805:23,
2816:25, 2821:8,
2823:1, 2823:10,
2824:7, 2824:9,
2824:10, 2824:12,
2824:25, 2825:13,
2829:12, 2829:14,
2841:5, 2841:6,
2877:16, 2877:17,
2877:23, 2878:4,
2878:8, 2878:11,
2878:16, 2878:20,
2879:2, 2879:5,
2879:7, 2881:21,
2885:20, 2887:6,
2891:15, 2891:17,
2892:6, 2892:21,
2893:25, 2896:5,
2896:7, 2896:16,
2896:17, 2896:19,
2896:21, 2896:22,
2896:23, 2897:2,
2897:9, 2900:4,
2900:16, 2900:17,
2901:8, 2902:1,
2912:22, 2912:25,
2913:7, 2913:13,
2914:1, 2915:2

**drop's** [1] - 2826:13

**dropping** [1] -
2786:16

**drops** [16] - 2785:22,
2785:24, 2787:3,
2817:16, 2819:15,
2828:24, 2829:9,
2829:11, 2835:2,
2835:7, 2836:23,
2837:1, 2837:3,
2894:16, 2910:3,
2913:15

**Drs** [1] - 2774:15

**due** [6] - 2811:22,
2856:3, 2877:12,
2889:12, 2897:6,
2915:2

**duly** [1] - 2842:25

**duration** [4] - 2873:15,
2906:25, 2907:11,
2907:14

**during** [5] - 2773:16,
2815:19, 2845:11,
2846:8, 2903:14

**duties** [2] - 2846:13,
2847:9

**dynamics** [13] -
2819:12, 2846:15,
2846:18, 2846:21,
2849:2, 2849:4,
2849:15, 2849:17,

2849:23, 2850:6,
2850:20, 2854:6,
2889:2

# E

**E&P** [1] - 2771:8

**earth** [1] - 2795:11

**ease** [3] - 2878:14,
2886:15, 2887:5

**easier** [4] - 2862:19,
2865:1, 2880:14,
2884:5

**easiest** [1] - 2862:7

**easily** [1] - 2790:22

**EAST** [1] - 2767:18

**EASTERN** [1] - 2766:1

**easy** [3] - 2864:4,
2878:1, 2885:13

**education** [1] -
2852:15

**educational** [1] -
2844:9

**EDWARDS** [1] -
2766:22

**effect** [9] - 2849:25,
2853:3, 2854:9,
2893:24, 2902:1,
2903:2, 2904:16,
2912:1, 2912:2

**effective** [1] - 2865:19

**effectively** [1] -
2878:22

**effects** [6] - 2844:4,
2853:22, 2856:22,
2864:23, 2865:20,
2900:7

**effort** [4] - 2793:5,
2793:7, 2890:5,
2890:6

**efforts** [1] - 2887:13

**EISERT** [1] - 2769:19

**either** [3] - 2873:5,
2879:8, 2902:1

**elaborate** [1] -
2855:14

**electronic** [1] -
2879:23

**element** [1] - 2899:14

**elements** [5] -
2857:16, 2895:15,
2903:5, 2905:17,
2910:21

**ELLIS** [3] - 2769:9,
2769:14, 2769:18

**ELM** [1] - 2770:23

**ELMO** [1] - 2803:6

**email** [3] - 2833:20,
2834:1, 2834:8

**emphasizes** [2] -

2823:12, 2824:1

**empirically** [1] -
2832:17

**end** [43] - 2778:19,
2779:17, 2779:21,
2846:25, 2848:23,
2855:13, 2856:14,
2859:24, 2866:11,
2867:7, 2869:4,
2873:23, 2876:22,
2877:2, 2878:13,
2878:14, 2887:17,
2890:11, 2890:13,
2890:14, 2892:6,
2892:8, 2895:12,
2896:8, 2897:3,
2898:12, 2898:15,
2898:20, 2902:5,
2902:25, 2905:16,
2906:7, 2907:13,
2907:19, 2907:20,
2908:1, 2908:8,
2908:11, 2908:18,
2909:3, 2909:5,
2912:14, 2913:11

**ended** [1] - 2908:17

**ENERGY** [2] - 2770:6,
2770:19

**Energy** [5] - 2844:21,
2844:22, 2845:2,
2845:12, 2846:4

**energy** [1] - 2851:24

**ENFORCEMENT** [1] -
2768:19

**ENGEL** [1] - 2768:22

**engineering** [6] -
2844:10, 2844:12,
2846:6, 2848:8,
2848:19, 2877:25

**engineers** [2] -
2845:23, 2877:18

**enormous** [2] -
2845:22, 2889:13

**ensure** [1] - 2779:13

**enter** [1] - 2829:18

**entire** [3] - 2778:5,
2801:11, 2801:13

**entirely** [2] - 2859:7,
2911:23

**entry** [1] - 2829:17

**ENVIRONMENT** [1] -
2768:18

**environment** [5] -
2778:10, 2861:22,
2879:19, 2879:25,
2880:20

**ENVIRONMENTAL** [1]
- 2768:19

**equal** [6] - 2776:18,
2782:24, 2783:10,

2818:9, 2818:22,
2819:7

**equally** [1] - 2857:5

**equals** [3] - 2810:21,
2825:18, 2826:4

**equating** [1] - 2814:23

**equation** [18] - 2777:4,
2778:8, 2778:14,
2782:15, 2818:17,
2819:1, 2819:14,
2820:10, 2820:12,
2821:23, 2822:8,
2823:21, 2823:23,
2823:25, 2824:7,
2841:11, 2900:12,
2900:14

**Equations** [1] - 2818:2

**equations** [8] -
2818:4, 2820:5,
2821:18, 2826:2,
2841:13, 2841:14,
2849:25, 2882:5

**equipment** [2] -
2848:12, 2848:16

**equivalent** [30] -
2795:10, 2816:17,
2816:18, 2829:21,
2830:10, 2830:21,
2831:4, 2831:7,
2831:24, 2832:2,
2832:3, 2832:6,
2832:8, 2832:12,
2832:13, 2832:22,
2833:20, 2834:6,
2834:10, 2835:2,
2836:15, 2836:17,
2837:16, 2837:21,
2838:1, 2838:2,
2838:23, 2840:15,
2842:12, 2891:18

**Erica** [1] - 2774:12

**erode** [2] - 2865:19,
2899:9

**eroded** [42] - 2853:23,
2854:2, 2854:3,
2854:10, 2855:21,
2857:22, 2857:24,
2858:22, 2859:8,
2859:11, 2859:19,
2861:6, 2861:7,
2861:14, 2862:1,
2862:2, 2862:11,
2862:21, 2863:7,
2867:4, 2874:12,
2880:5, 2884:8,
2886:5, 2886:10,
2886:16, 2886:20,
2886:24, 2887:4,
2888:3, 2888:13,
2889:24, 2899:12,

2899:14, 2899:19,
2902:8, 2905:15,
2911:24, 2912:1,
2912:9

**eroding** [2] - 2883:1,
2910:15

**Erosion** [1] - 2858:9

**erosion** [163] - 2844:4,
2844:14, 2844:16,
2845:8, 2845:11,
2846:14, 2846:19,
2846:21, 2846:22,
2847:6, 2847:13,
2847:24, 2848:14,
2848:15, 2848:22,
2849:14, 2850:20,
2851:1, 2851:3,
2851:4, 2851:5,
2851:18, 2851:21,
2852:8, 2852:13,
2852:16, 2852:21,
2853:4, 2853:20,
2853:21, 2854:1,
2855:9, 2855:25,
2856:4, 2856:22,
2857:16, 2858:5,
2859:12, 2859:16,
2859:17, 2860:2,
2860:22, 2860:24,
2862:6, 2862:16,
2862:22, 2862:23,
2864:20, 2864:23,
2864:24, 2865:17,
2868:15, 2869:8,
2869:11, 2869:20,
2871:2, 2871:3,
2871:7, 2872:19,
2873:16, 2873:19,
2874:1, 2874:8,
2874:15, 2875:4,
2876:3, 2876:4,
2876:7, 2876:11,
2876:20, 2876:22,
2877:5, 2877:9,
2877:12, 2877:23,
2881:17, 2881:22,
2882:13, 2885:8,
2885:10, 2885:18,
2885:24, 2886:2,
2886:3, 2886:5,
2886:8, 2887:8,
2887:22, 2888:12,
2888:21, 2888:22,
2888:25, 2889:1,
2889:21, 2889:22,
2889:24, 2895:13,
2898:12, 2898:25,
2899:7, 2899:11,
2899:16, 2899:19,
2899:23, 2900:7,

2901:4, 2901:12, 2903:3, 2903:5, 2903:12, 2903:13, 2903:16, 2904:3, 2904:7, 2904:10, 2904:13, 2904:15, 2904:16, 2904:17, 2904:20, 2904:23, 2905:4, 2905:14, 2905:16, 2905:20, 2905:21, 2905:22, 2906:3, 2906:5, 2906:9, 2906:10, 2906:12, 2906:18, 2906:21, 2906:25, 2907:2, 2907:13, 2907:20, 2908:1, 2908:3, 2910:2, 2910:3, 2910:10, 2910:18, 2910:22, 2911:4, 2911:13, 2911:17, 2911:20, 2911:21, 2912:2, 2912:22, 2913:1, 2913:3, 2913:16, 2914:1, 2915:2

**erosion-caused** [2] - 2869:8, 2874:1

**erosion-driven** [1] - 2876:11

**ESQ** [49] - 2766:19, 2766:23, 2767:4, 2767:7, 2767:11, 2767:14, 2767:18, 2767:22, 2767:22, 2768:9, 2768:9, 2768:14, 2768:19, 2768:20, 2768:20, 2768:21, 2768:21, 2768:22, 2768:22, 2768:23, 2768:23, 2769:5, 2769:9, 2769:10, 2769:10, 2769:11, 2769:11, 2769:15, 2769:18, 2769:19, 2769:19, 2769:23, 2770:6, 2770:10, 2770:13, 2770:14, 2770:14, 2770:15, 2770:15, 2770:20, 2770:20, 2770:21, 2770:21, 2770:22, 2771:3, 2771:4, 2771:9, 2771:13, 2771:13

**essentially** [8] - 2786:12, 2786:17, 2814:12, 2858:17, 2889:25, 2898:14, 2900:15, 2901:10

**established** [1] - 2806:21

**estimate** [7] - 2778:18, 2778:19, 2778:20, 2778:24, 2779:20, 2799:13, 2907:10

**estimated** [1] - 2779:22

**estimates** [1] - 2778:23

**et** [1] - 2846:19

**ET** [2] - 2766:8, 2766:12

**evaluate** [3] - 2877:14, 2877:23, 2878:7

**evaluating** [2] - 2849:18, 2852:12

**evaluation** [2] - 2891:12, 2898:23

**evenly** [1] - 2883:1

**event** [3] - 2858:4, 2884:23, 2887:24

**events** [4] - 2897:22, 2897:23, 2903:16, 2912:10

**Events** [1] - 2858:9

**eventually** [1] - 2795:7

**evidence** [13] - 2773:19, 2854:23, 2855:24, 2864:24, 2874:11, 2882:7, 2882:10, 2886:3, 2888:24, 2899:6, 2907:22, 2909:5, 2915:12

**exact** [10] - 2783:6, 2789:17, 2793:7, 2793:11, 2811:1, 2827:15, 2846:17, 2881:21, 2882:5, 2901:17

**exactly** [22] - 2793:2, 2797:12, 2826:6, 2827:14, 2842:4, 2854:8, 2856:7, 2859:21, 2861:21, 2871:12, 2873:7, 2879:22, 2880:4, 2880:22, 2882:8, 2884:9, 2886:11, 2887:1, 2889:16, 2896:1, 2896:2, 2914:8

**EXAMINATION** [4] - 2775:7, 2837:7, 2843:19, 2903:23

**examination** [11] - 2773:16, 2774:15, 2775:10, 2837:10, 2838:25, 2840:17,

2841:21, 2843:13, 2843:22, 2850:22, 2903:20

**example** [24] - 2783:18, 2790:24, 2791:1, 2793:2, 2794:15, 2798:6, 2799:3, 2801:21, 2803:25, 2810:22, 2813:13, 2825:22, 2827:16, 2832:19, 2837:15, 2837:21, 2839:2, 2876:16, 2878:5, 2878:24, 2879:4, 2899:13, 2899:24, 2911:21

**examples** [5] - 2793:25, 2825:11, 2839:9, 2860:24, 2915:11

**except** [1] - 2914:13

**exceptionally** [1] - 2807:23

**excerpt** [1] - 2842:3

**exclusively** [2] - 2845:15, 2848:17

**excuse** [1] - 2826:21

**exercise** [1] - 2904:9

**exert** [2] - 2793:5, 2793:6

**exerts** [1] - 2786:19

**Exhibit** [5] - 2795:24, 2815:15, 2817:5, 2828:4, 2854:25

**exhibit** [1] - 2858:3

**exhibits** [4] - 2773:15, 2773:17, 2773:19, 2774:15

**Exhibits** [2] - 2773:23, 2774:21

**existed** [2] - 2898:2, 2899:16

**exiting** [1] - 2869:4

**expand** [1] - 2804:22

**expanding** [1] - 2794:6

**expect** [4] - 2781:4, 2781:14, 2781:17, 2836:7

**expectation** [1] - 2892:1

**expected** [2] - 2774:5, 2886:3

**expects** [1] - 2893:6

**experience** [3] - 2846:20, 2852:16, 2915:7

**expert** [12] - 2795:23, 2796:2, 2826:16, 2850:19, 2859:22,

2859:23, 2860:22, 2862:22, 2873:21, 2887:22, 2909:22

**expert's** [1] - 2843:14

**expertise** [3] - 2848:22, 2908:20, 2909:14

**experts** [1] - 2900:11

**explain** [5] - 2855:4, 2894:6, 2900:24, 2905:7, 2911:23

**EXPLORATION** [2] - 2766:11, 2769:3

**extend** [4] - 2794:13, 2794:19, 2795:6, 2795:13

**extended** [1] - 2907:18

**extension** [1] - 2852:22

**extent** [1] - 2839:12

**extra** [1] - 2786:19

**extracted** [1] - 2892:24

**eye** [2] - 2864:21, 2892:3

---

# F

**facilities** [2] - 2845:8, 2845:9

**fact** [16] - 2794:17, 2797:11, 2806:14, 2811:8, 2811:20, 2812:11, 2815:4, 2824:1, 2824:2, 2825:12, 2831:12, 2868:1, 2868:6, 2882:15, 2910:10, 2915:3

**factor** [14] - 2797:7, 2798:16, 2836:12, 2856:8, 2896:10, 2896:24, 2896:25, 2901:18, 2901:19, 2909:12, 2909:14, 2913:8, 2913:9, 2913:12

**factors** [4] - 2839:6, 2839:9, 2839:15, 2851:17

**failure** [1] - 2902:19

**fair** [7] - 2777:25, 2855:6, 2910:12, 2912:20, 2912:21, 2913:19, 2915:21

**familiar** [3] - 2781:8, 2797:12, 2818:16

**FANNIN** [1] - 2770:10

**far** [4] - 2776:1,

2777:22, 2859:21, 2887:11

**fast** [9] - 2789:22, 2851:24, 2852:3, 2852:6, 2859:13, 2869:6, 2899:11, 2911:13

**fast-forward** [2] - 2859:13, 2869:6

**faster** [9] - 2786:23, 2789:23, 2791:8, 2799:10, 2826:24, 2827:10, 2835:5, 2839:11, 2864:3

**FCRR** [2] - 2916:16, 2916:17

**features** [1] - 2889:17

**fed** [1] - 2889:25

**few** [6] - 2828:10, 2837:11, 2867:15, 2877:6, 2908:19, 2914:6

**field** [4] - 2845:22, 2847:6, 2850:12, 2851:16

**Fields** [4] - 2772:5, 2773:14, 2787:14, 2837:9

**fields** [2] - 2831:5, 2846:18

**FIELDS** [20] - 2769:11, 2773:13, 2773:24, 2787:14, 2825:2, 2833:22, 2837:8, 2837:12, 2837:13, 2837:19, 2837:24, 2838:6, 2838:21, 2839:23, 2839:24, 2841:19, 2841:20, 2842:15, 2874:22, 2874:24

**FIFTEENTH** [1] - 2769:20

**figure** [6] - 2795:25, 2808:14, 2912:15, 2914:12, 2914:19, 2915:5

**filed** [1] - 2774:2

**files** [3] - 2861:15, 2913:20, 2914:2

**filing** [1] - 2774:10

**final** [5] - 2892:25, 2900:3, 2900:22, 2912:22, 2912:25

**finally** [6] - 2853:9, 2854:5, 2854:13, 2856:12, 2859:22, 2880:23

**findings** [4] - 2855:15, 2855:16, 2863:21,

2905:6
**fine** [1] - 2877:21
**finger** [1] - 2886:13
**finish** [1] - 2792:21
**firm** [1] - 2898:21
**FIRM** [1] - 2767:10
**first** [26] - 2839:1,
2842:25, 2844:6,
2849:4, 2851:2,
2853:2, 2853:19,
2855:18, 2860:15,
2866:23, 2869:6,
2869:25, 2871:4,
2871:21, 2872:8,
2873:2, 2874:5,
2877:11, 2877:13,
2879:19, 2881:20,
2884:5, 2888:24,
2889:20, 2898:21,
2899:6
**fit** [3] - 2893:1,
2893:15
**FITCH** [1] - 2771:13
**fits** [2] - 2893:16,
2912:4
**five** [4] - 2831:5,
2856:1, 2877:11,
2882:16
**five-alarm** [1] -
2882:16
**five-week** [1] - 2856:1
**FL** [2] - 2767:5,
2818:22
**flash** [1] - 2775:23
**flat** [1] - 2779:7
**FLEMING** [1] -
2770:22
**flip** [1] - 2803:6
**flipped** [1] - 2875:9
**floor** [1] - 2779:7
**FLOOR** [1] - 2770:16
**flow** [334] - 2775:15,
2775:17, 2775:22,
2775:24, 2776:5,
2776:8, 2776:9,
2776:11, 2776:13,
2776:16, 2776:18,
2776:20, 2777:3,
2777:5, 2777:7,
2777:11, 2777:12,
2777:19, 2778:5,
2778:8, 2778:9,
2778:11, 2778:12,
2778:14, 2778:18,
2778:19, 2778:20,
2778:24, 2778:25,
2779:7, 2779:13,
2779:17, 2779:22,
2779:23, 2780:3,
2780:8, 2780:13,

2780:18, 2780:20,
2780:22, 2780:24,
2781:3, 2781:4,
2781:19, 2781:20,
2782:22, 2783:4,
2783:6, 2784:8,
2784:15, 2784:16,
2784:17, 2784:23,
2784:25, 2785:3,
2785:6, 2785:13,
2786:16, 2786:20,
2786:22, 2787:3,
2789:10, 2789:15,
2789:16, 2789:18,
2790:24, 2791:8,
2791:13, 2792:11,
2792:15, 2793:11,
2793:17, 2794:2,
2794:5, 2794:9,
2794:10, 2794:12,
2794:16, 2794:21,
2794:22, 2794:24,
2795:22, 2796:4,
2796:7, 2796:8,
2797:4, 2797:5,
2797:9, 2797:19,
2798:1, 2799:6,
2799:13, 2799:14,
2799:16, 2799:20,
2799:21, 2799:23,
2799:24, 2800:1,
2800:8, 2800:9,
2800:13, 2800:16,
2800:17, 2800:18,
2800:20, 2800:24,
2801:9, 2801:10,
2801:12, 2801:13,
2801:16, 2801:17,
2803:11, 2803:12,
2803:16, 2803:17,
2803:19, 2804:15,
2804:19, 2805:12,
2805:13, 2805:16,
2805:22, 2806:1,
2806:4, 2806:9,
2807:2, 2807:13,
2807:17, 2807:25,
2809:3, 2809:6,
2809:23, 2810:2,
2810:3, 2810:24,
2810:25, 2814:17,
2814:18, 2815:2,
2815:9, 2815:18,
2815:25, 2816:3,
2816:4, 2816:7,
2816:12, 2816:25,
2817:13, 2817:15,
2817:23, 2817:25,
2820:15, 2820:16,
2820:20, 2820:24,
2821:1, 2821:3,

2821:4, 2821:5,
2821:8, 2821:17,
2821:18, 2821:19,
2821:21, 2822:6,
2822:7, 2822:18,
2823:1, 2823:2,
2823:8, 2823:17,
2823:20, 2824:13,
2824:15, 2824:25,
2825:14, 2825:15,
2825:25, 2826:4,
2827:1, 2827:4,
2829:12, 2829:19,
2834:3, 2834:16,
2834:17, 2834:23,
2835:3, 2835:11,
2835:12, 2836:4,
2836:8, 2836:15,
2836:21, 2837:1,
2839:5, 2840:23,
2841:5, 2841:7,
2841:9, 2842:2,
2842:4, 2844:4,
2845:7, 2848:6,
2849:9, 2849:25,
2850:3, 2853:4,
2853:22, 2853:25,
2854:10, 2854:15,
2855:20, 2855:22,
2856:2, 2856:8,
2856:10, 2856:11,
2856:22, 2857:4,
2857:19, 2857:22,
2858:17, 2858:21,
2859:4, 2862:24,
2863:5, 2863:6,
2863:9, 2863:14,
2863:15, 2864:14,
2865:22, 2865:24,
2867:11, 2867:13,
2867:22, 2868:5,
2868:11, 2871:9,
2871:10, 2871:13,
2875:11, 2875:13,
2877:11, 2877:15,
2877:19, 2877:25,
2878:1, 2878:5,
2878:11, 2878:13,
2878:20, 2878:21,
2878:25, 2879:3,
2879:5, 2879:12,
2880:2, 2880:4,
2882:6, 2882:8,
2882:11, 2883:16,
2884:2, 2884:14,
2884:16, 2885:22,
2886:14, 2886:24,
2887:14, 2888:19,
2889:23, 2891:16,
2894:8, 2894:17,
2894:22, 2896:17,

2896:18, 2897:1,
2897:7, 2897:14,
2898:1, 2898:4,
2899:20, 2900:4,
2900:7, 2901:1,
2901:3, 2901:4,
2901:11, 2901:15,
2901:17, 2901:18,
2901:20, 2901:21,
2902:3, 2902:4,
2902:6, 2902:7,
2902:11, 2903:3,
2903:4, 2903:7,
2903:12, 2904:17,
2907:10, 2912:2,
2913:5, 2913:7,
2913:13, 2913:21,
2914:3
**flowing** [15] - 2776:20,
2778:7, 2782:17,
2786:18, 2788:15,
2800:14, 2823:17,
2823:20, 2829:21,
2829:24, 2830:13,
2834:7, 2836:18,
2838:11, 2838:12
**flows** [5] - 2776:8,
2782:23, 2786:23,
2791:13, 2796:6
**fluid** [61] - 2776:17,
2776:18, 2780:16,
2781:13, 2781:18,
2782:17, 2785:20,
2786:15, 2786:23,
2790:19, 2790:21,
2791:16, 2793:4,
2793:7, 2793:11,
2794:1, 2795:7,
2795:9, 2795:12,
2797:9, 2804:18,
2807:10, 2819:12,
2825:9, 2825:10,
2839:3, 2839:4,
2846:14, 2846:15,
2846:18, 2846:21,
2847:12, 2847:13,
2849:2, 2849:4,
2849:15, 2849:17,
2849:23, 2849:25,
2850:6, 2850:7,
2850:19, 2854:5,
2857:19, 2862:19,
2865:8, 2867:2,
2869:3, 2877:25,
2878:24, 2879:1,
2879:10, 2880:22,
2881:9, 2881:21,
2882:6, 2889:2,
2902:2
**fluids** [5] - 2790:22,
2790:25, 2791:4,

2839:6, 2853:8
**FLYNN** [1] - 2768:14
**focus** [7] - 2799:21,
2848:11, 2856:10,
2856:11, 2857:15,
2873:11, 2895:19
**focused** [7] - 2807:25,
2820:25, 2831:21,
2848:5, 2853:24,
2872:8, 2883:11
**focuses** [2] - 2820:18,
2842:4
**follow** [3] - 2820:19,
2837:11, 2906:14
**follow-up** [1] -
2837:11
**follows** [1] - 2843:1
**foot** [1] - 2827:21
**footage** [1] - 2859:15
**FOR** [8] - 2766:19,
2767:21, 2768:3,
2768:13, 2769:3,
2770:3, 2770:18,
2771:7
**force** [7] - 2785:4,
2785:5, 2793:10,
2793:12, 2811:3,
2864:6
**foregoing** [1] -
2916:14
**form** [5] - 2782:15,
2830:21, 2855:6,
2861:20, 2892:9
**formed** [6] - 2855:2,
2867:1, 2869:11,
2872:5, 2872:18,
2907:4
**formula** [8] - 2783:3,
2784:14, 2784:15,
2808:17, 2822:20,
2822:22, 2822:24
**forthcoming** [1] -
2842:12
**fortunately** [1] -
2854:1
**forward** [8] - 2858:25,
2859:13, 2860:1,
2869:6, 2877:6,
2908:6, 2908:10,
2908:22
**four** [7] - 2782:16,
2802:11, 2853:16,
2857:3, 2857:10,
2857:12, 2858:1
**fourth** [2] - 2872:22,
2889:12
**fraction** [1] - 2830:21
**FRANK** [1] - 2767:18
**frequently** [1] - 2851:7
**friction** [2] - 2790:20,

2820:4
**frictional** [13] -
2785:5, 2785:17,
2786:19, 2793:19,
2806:1, 2811:3,
2814:9, 2819:16,
2820:9, 2823:1,
2823:6, 2823:9,
2824:4
**FRILOT** [1] - 2770:5
**front** [4] - 2861:24,
2864:10, 2870:12,
2894:15
**front-on** [1] - 2870:12
**full** [7] - 2779:23,
2812:15, 2843:23,
2847:8, 2867:21,
2868:7, 2885:15
**full-blown** [1] -
2885:15
**full-bore** [2] - 2867:21,
2868:7
**fully** [2] - 2858:20,
2910:20
**fundamental** [1] -
2806:4
**future** [2] - 2890:11,
2902:19

## G

**gap** [6] - 2783:11,
2783:15, 2783:17,
2784:8, 2806:18,
2862:5
**gas** [34] - 2777:11,
2777:14, 2781:18,
2789:16, 2789:20,
2789:22, 2790:1,
2790:10, 2790:12,
2790:15, 2791:5,
2796:25, 2797:18,
2797:25, 2799:7,
2800:14, 2801:3,
2824:15, 2827:5,
2836:19, 2838:14,
2839:10, 2845:1,
2845:9, 2845:17,
2845:18, 2845:20,
2848:3, 2848:14,
2848:19, 2901:20
**gas/v** [1] - 2796:18
**GASAWAY** [1] -
2769:18
**general** [9] - 2782:15,
2791:16, 2794:17,
2797:17, 2799:19,
2812:21, 2827:10,
2831:9, 2841:12

**GENERAL** [1] - 2768:5
**GENERAL'S** [1] -
2767:21
**generally** [5] -
2784:11, 2785:7,
2789:20, 2791:2,
2797:14
**generate** [1] - 2841:2
**generated** [1] - 2841:9
**generic** [1] - 2833:16
**geometric** [12] -
2780:12, 2780:14,
2786:10, 2786:11,
2789:6, 2795:15,
2811:5, 2811:9,
2811:11, 2811:12,
2832:14, 2832:23
**geometrical** [1] -
2901:24
**geometries** [37] -
2816:24, 2821:14,
2850:3, 2850:5,
2853:6, 2853:7,
2853:8, 2853:23,
2853:24, 2854:2,
2854:4, 2854:8,
2856:21, 2857:3,
2857:10, 2857:12,
2858:1, 2861:19,
2861:20, 2861:22,
2873:16, 2879:16,
2879:18, 2879:23,
2880:5, 2883:20,
2886:12, 2887:12,
2889:11, 2889:15,
2890:3, 2894:12,
2905:12, 2906:6,
2906:9, 2910:2,
2913:3
**geometry** [47] -
2809:21, 2812:9,
2814:8, 2814:10,
2816:4, 2816:15,
2816:20, 2821:7,
2878:2, 2879:10,
2880:6, 2880:19,
2880:25, 2881:21,
2882:7, 2885:15,
2885:21, 2886:24,
2887:23, 2889:9,
2889:10, 2889:13,
2889:22, 2889:24,
2891:3, 2891:24,
2896:2, 2896:18,
2896:19, 2897:5,
2902:9, 2902:11,
2905:15, 2905:17,
2906:7, 2906:13,
2910:3, 2910:9,
2910:10, 2910:11,

2912:4, 2912:13,
2913:1, 2913:16,
2913:22, 2914:1
**giant** [1] - 2794:11
**given** [29] - 2793:24,
2798:14, 2798:17,
2798:21, 2803:10,
2803:16, 2803:22,
2805:16, 2805:23,
2809:13, 2809:15,
2809:17, 2809:18,
2821:8, 2826:1,
2829:9, 2831:2,
2836:1, 2845:22,
2851:13, 2852:13,
2852:18, 2857:20,
2878:2, 2879:10,
2901:18, 2902:7,
2913:5, 2913:13
**GLADSTEIN** [1] -
2768:22
**glance** [1] - 2854:6
**GMBH** [1] - 2766:8
**goal** [2] - 2882:3,
2890:15
**GODWIN** [3] -
2770:19, 2770:20,
2771:3
**government** [3] -
2773:8, 2842:8,
2900:11
**gradient** [2] - 2788:17,
2788:18
**gradual** [2] - 2856:14,
2856:16
**graduate** [3] -
2844:14, 2847:14,
2848:4
**GRAND** [1] - 2770:16
**GRANT** [1] - 2770:15
**graph** [12] - 2881:13,
2882:13, 2891:11,
2894:7, 2894:15,
2897:11, 2898:10,
2898:11, 2900:22,
2900:24, 2901:2,
2914:17
**graphs** [3] - 2894:11,
2894:13, 2913:25
**great** [3] - 2853:17,
2877:8, 2914:18
**greater** [2] - 2797:25,
2805:6
**greatly** [1] - 2840:15
**GREENWALD** [1] -
2767:7
**grinder** [1] - 2804:21
**Gringarten** [1] -
2774:16
**ground** [1] - 2870:23

**guess** [8] - 2790:17,
2807:7, 2839:1,
2888:12, 2907:7,
2913:6, 2913:7,
2915:7
**guessing** [1] - 2907:9
**guided** [2] - 2846:16,
2849:8
**guiding** [1] - 2873:24
**GULF** [1] - 2766:5
**GWENDOLYN** [1] -
2771:4

## H

**half** [18] - 2783:20,
2784:1, 2784:3,
2784:4, 2784:5,
2815:20, 2826:21,
2827:12, 2827:14,
2830:17, 2873:3,
2874:4, 2874:6,
2894:21, 2894:23,
2896:25, 2897:2,
2897:12
**HALLIBURTON** [1] -
2770:18
**hand** [1] - 2886:12
**handed** [1] - 2913:20
**hands** [3] - 2828:6,
2880:1, 2915:7
**Hans** [1] - 2873:21
**happy** [5] - 2773:9,
2773:10, 2843:10,
2882:19, 2891:25
**hard** [13] - 2796:11,
2864:10, 2873:4,
2875:7, 2877:18,
2878:1, 2898:11,
2898:16, 2898:20,
2912:16, 2912:20,
2913:23, 2914:13
**HARIKLIA** [1] -
2769:10
**HARVEY** [1] - 2768:23
**HAYCRAFT** [1] -
2769:5
**HB406** [1] - 2771:18
**head** [5] - 2776:24,
2818:5, 2820:3,
2821:17, 2885:7
**head-on** [1] - 2885:7
**hear** [2] - 2838:4,
2838:5
**heard** [7] - 2787:14,
2849:20, 2866:25,
2871:15, 2872:1,
2877:1, 2877:17
**HEARD** [1] - 2766:15
**hearing** [1] - 2774:20

**heat** [1] - 2788:19
**height** [3] - 2804:14,
2804:18, 2899:21
**held** [1] - 2867:12
**help** [5] - 2820:15,
2848:22, 2855:3,
2889:3, 2889:7
**helped** [2] - 2841:23,
2858:3
**helpful** [3] - 2853:17,
2894:7
**helps** [2] - 2861:2,
2875:4
**hereby** [1] - 2916:13
**HERMAN** [3] -
2766:19, 2766:19
**Hewitt** [1] - 2797:13
**Hewitt-Roberts** [1] -
2797:13
**high** [20] - 2798:8,
2853:5, 2855:4,
2855:8, 2855:12,
2856:18, 2857:16,
2878:19, 2878:25,
2879:3, 2879:4,
2879:5, 2893:4,
2895:25, 2897:1,
2905:21, 2905:22,
2913:21, 2914:3
**higher** [4] - 2799:4,
2878:24, 2896:17,
2898:5
**highest** [1] - 2881:17
**highlighted** [1] -
2898:18
**Himmelhoch** [1] -
2773:25
**HIMMELHOCH** [4] -
2768:23, 2773:20,
2773:25, 2774:9
**historical** [1] - 2905:8,
2905:9
**hit** [1] - 2852:8
**hold** [4] - 2788:19,
2826:10, 2834:20,
2835:25
**holding** [2] - 2862:10,
2886:12
**HOLDINGS** [1] -
2770:3
**holds** [2] - 2834:16,
2836:1
**hole** [56] - 2803:1,
2803:4, 2805:25,
2806:24, 2807:4,
2807:5, 2807:8,
2807:9, 2807:12,
2807:15, 2808:1,
2809:1, 2809:2,
2809:6, 2809:12,

2809:13, 2811:2, 2813:2, 2813:12, 2814:5, 2814:8, 2814:12, 2814:20, 2814:22, 2815:1, 2815:10, 2833:5, 2833:14, 2840:4, 2840:5, 2840:6, 2840:7, 2859:14, 2859:15, 2859:16, 2859:20, 2869:8, 2869:11, 2869:14, 2869:18, 2872:15, 2872:17, 2872:22, 2872:24, 2874:1, 2874:10, 2874:16, 2875:22, 2876:2, 2876:8, 2877:1, 2907:24

**hole's** [1] - 2806:25
**holes** [74] - 2802:12, 2802:13, 2802:15, 2802:19, 2802:20, 2802:24, 2807:6, 2808:2, 2808:3, 2808:6, 2808:8, 2808:15, 2808:21, 2809:9, 2809:10, 2809:16, 2809:19, 2809:21, 2809:23, 2810:3, 2810:5, 2810:6, 2810:10, 2811:13, 2812:2, 2812:5, 2812:8, 2812:10, 2812:17, 2812:24, 2813:3, 2813:6, 2813:7, 2813:9, 2813:15, 2813:18, 2813:22, 2814:3, 2814:11, 2814:19, 2814:25, 2815:8, 2816:15, 2832:18, 2833:6, 2833:11, 2862:19, 2868:14, 2869:5, 2869:7, 2869:16, 2869:23, 2871:1, 2871:9, 2871:12, 2871:14, 2871:23, 2872:6, 2872:13, 2873:11, 2875:21, 2876:1, 2876:8, 2876:9, 2876:17, 2876:20, 2882:14, 2882:25, 2883:17, 2886:15
**home** [1] - 2880:4
**honestly** [1] - 2914:5
**Honor** [48] - 2773:13, 2773:24, 2773:25,

2774:12, 2774:22, 2775:5, 2787:14, 2788:1, 2825:3, 2833:22, 2837:19, 2842:15, 2843:6, 2846:11, 2849:20, 2850:18, 2853:16, 2854:22, 2855:12, 2856:25, 2860:23, 2861:25, 2864:17, 2865:16, 2866:23, 2868:24, 2870:5, 2875:7, 2875:25, 2876:13, 2878:12, 2879:22, 2881:5, 2884:1, 2884:9, 2885:12, 2887:25, 2889:9, 2891:14, 2894:10, 2895:14, 2896:15, 2897:6, 2899:18, 2901:2, 2903:21, 2909:7, 2911:25
**HONORABLE** [1] - 2766:15
**hope** [1] - 2890:16
**HOPE** [1] - 2769:15
**Horizon** [1] - 2842:5
**HORIZON** [1] - 2766:4
**horizontal** [2] - 2865:3, 2891:14
**hose** [5] - 2878:5, 2878:13, 2878:17, 2878:21, 2878:25
**hour** [3] - 2787:5, 2890:2
**hours** [4] - 2774:24, 2774:25, 2787:5, 2899:1
**housekeeping** [1] - 2774:1
**HOUSTON** [2] - 2770:11, 2771:5
**huge** [2] - 2887:25, 2902:13
**hugely** [2] - 2845:20, 2888:15
**hum** [1] - 2777:24
**hundred** [2] - 2848:4, 2914:6
**hydraulic** [130] - 2780:1, 2780:4, 2780:8, 2780:11, 2781:15, 2782:16, 2782:24, 2783:10, 2783:17, 2783:23, 2784:4, 2784:9, 2784:17, 2784:22, 2785:16, 2785:21, 2786:2, 2786:11,

2786:21, 2789:7, 2791:25, 2792:6, 2792:18, 2793:3, 2794:8, 2795:3, 2795:15, 2798:17, 2798:23, 2801:15, 2801:16, 2801:23, 2802:20, 2803:9, 2803:11, 2803:17, 2803:22, 2804:4, 2804:11, 2804:24, 2805:2, 2805:15, 2805:18, 2805:20, 2806:21, 2807:16, 2807:18, 2808:5, 2808:7, 2808:14, 2808:17, 2808:20, 2809:10, 2809:20, 2809:21, 2810:13, 2810:22, 2811:1, 2811:17, 2811:25, 2812:13, 2812:19, 2812:25, 2813:11, 2813:16, 2813:19, 2813:23, 2814:13, 2816:8, 2816:24, 2817:15, 2819:2, 2819:7, 2819:11, 2819:24, 2820:5, 2820:8, 2821:2, 2821:7, 2821:11, 2821:20, 2821:22, 2822:9, 2822:15, 2822:17, 2823:14, 2823:16, 2823:24, 2824:9, 2824:19, 2824:20, 2824:24, 2825:16, 2826:3, 2826:6, 2826:14, 2826:17, 2828:3, 2828:17, 2828:20, 2829:4, 2829:5, 2831:25, 2832:4, 2832:5, 2832:8, 2832:9, 2832:11, 2832:20, 2832:22, 2832:24, 2833:2, 2833:8, 2833:13, 2833:18, 2836:21, 2836:22, 2836:25, 2839:6, 2840:13, 2840:19, 2840:22, 2840:24, 2841:10, 2841:23, 2842:1, 2842:7, 2842:9, 2842:13
**hydrocarbons** [1] - 2850:7
**hydrodynamic** [2] - 2799:22, 2800:17
**hydrodynamics** [1] -

2868:15
**hypothetical** [4] - 2792:3, 2803:7, 2813:14, 2839:2

## I

**idea** [3] - 2774:7, 2795:12, 2803:21
**ideally** [1] - 2786:8
**identical** [6] - 2838:15, 2862:9, 2862:13, 2862:14, 2864:18
**identified** [2] - 2857:11, 2893:21
**IL** [1] - 2769:12
**illustrates** [2] - 2851:10, 2858:4
**image** [1] - 2870:5
**images** [1] - 2857:1
**imagination** [1] - 2899:11
**imagine** [13] - 2784:12, 2851:19, 2861:19, 2870:6, 2870:19, 2872:17, 2875:12, 2881:5, 2883:4, 2884:11, 2885:1, 2886:13, 2889:19
**imaging** [1] - 2795:10
**immediate** [1] - 2857:17
**immediately** [1] - 2862:17
**impact** [8] - 2851:6, 2851:23, 2852:10, 2852:19, 2865:7, 2865:15, 2877:14, 2885:9
**impacting** [3] - 2851:13, 2882:24, 2885:7
**impacts** [3] - 2851:12, 2865:11, 2881:14
**implemented** [1] - 2849:24
**implicated** [1] - 2869:11
**importance** [2] - 2845:18, 2887:25
**important** [34] - 2801:2, 2801:8, 2823:13, 2823:14, 2824:2, 2824:4, 2824:6, 2824:12, 2824:13, 2824:18, 2845:20, 2848:11, 2851:22, 2854:3,

2854:11, 2857:24, 2868:21, 2869:2, 2869:13, 2871:6, 2872:9, 2874:4, 2882:1, 2882:3, 2885:11, 2885:20, 2886:6, 2887:22, 2890:8, 2891:12, 2894:20, 2907:17, 2913:14, 2913:19
**imported** [1] - 2879:18
**imposed** [1] - 2787:7
**impossible** [1] - 2899:2
**imprint** [2] - 2865:11, 2867:7
**IN** [3] - 2766:4, 2766:5, 2766:7
**INC** [5] - 2766:12, 2769:3, 2770:4, 2770:5, 2770:19
**inch** [14] - 2782:10, 2804:3, 2804:7, 2804:11, 2806:18, 2806:22, 2807:15, 2810:6, 2810:21, 2810:22, 2814:20, 2814:22, 2815:1
**inches** [12] - 2791:20, 2791:21, 2791:22, 2792:1, 2792:8, 2792:12, 2792:15, 2804:9, 2808:19, 2810:7, 2810:16, 2810:19
**incident** [1] - 2877:11
**included** [1] - 2776:8
**includes** [1] - 2902:11
**incompressible** [1] - 2781:13
**incorrect** [7] - 2793:23, 2801:18, 2806:6, 2806:12, 2810:5, 2835:14, 2841:15
**increase** [5] - 2786:14, 2794:9, 2810:25, 2813:19, 2856:13
**increased** [1] - 2841:6
**increases** [2] - 2835:8, 2888:15
**incredibly** [1] - 2827:4
**indeed** [10] - 2848:24, 2857:15, 2865:1, 2873:25, 2878:24, 2881:16, 2885:6, 2886:1, 2886:12, 2892:11
**independent** [2] - 2812:5, 2907:23

**independently** [5] -
2812:9, 2813:4,
2838:19, 2903:13,
2909:19
**indicate** [1] - 2868:11
**indicated** [3] -
2840:17, 2841:21,
2915:16
**indicates** [1] -
2885:10
**individual** [4] -
2851:10, 2893:19,
2899:14, 2914:7
**induced** [3] - 2800:2,
2800:7, 2872:1
**indulge** [1] - 2813:14
**indulgence** [1] -
2806:16
**industrial** [2] - 2848:2,
2888:4
**industry** [10] -
2821:11, 2826:19,
2836:19, 2838:14,
2845:19, 2845:20,
2848:3, 2848:4,
2848:6, 2848:14
**infinitely** [1] - 2825:7
**infinity** [1] - 2794:14
**information** [20] -
2780:7, 2802:22,
2850:3, 2853:2,
2853:7, 2853:9,
2861:18, 2869:20,
2871:7, 2873:9,
2873:24, 2883:24,
2885:20, 2888:17,
2889:7, 2890:4,
2902:23, 2905:14,
2906:7, 2907:17
**initial** [4] - 2856:17,
2891:19, 2891:21,
2901:21
**inner** [7] - 2782:25,
2783:11, 2791:21,
2792:5, 2793:16,
2794:8, 2795:14
**input** [14] - 2780:9,
2828:15, 2828:18,
2828:20, 2829:3,
2830:11, 2830:15,
2830:20, 2831:16,
2831:18, 2832:1,
2836:14, 2879:20
**inputs** [2] - 2828:15,
2829:3
**inside** [11] - 2782:2,
2782:7, 2782:11,
2822:13, 2841:14,
2845:16, 2871:5,
2875:1, 2875:10,

2880:21, 2883:14
**insight** [1] - 2850:6
**inspect** [1] - 2866:15
**instance** [1] - 2795:8
**instead** [3] - 2801:14,
2814:3, 2822:7
**Institute** [8] - 2844:20,
2844:22, 2845:2,
2845:12, 2846:4,
2847:11, 2847:17,
2847:19
**institute** [6] - 2844:23,
2844:24, 2847:20,
2847:22, 2848:7,
2848:21
**institutes** [1] -
2847:23
**intact** [1] - 2859:2
**integer** [1] - 2830:3
**integral** [1] - 2910:24
**intelligent** [1] -
2902:16
**intended** [3] - 2837:1,
2837:2, 2906:14
**intense** [4] - 2881:14,
2882:12, 2890:2,
2890:6
**intensely** [1] - 2867:4
**intensity** [1] - 2852:9
**intent** [2] - 2904:19,
2905:11
**interact** [1] - 2825:9
**interaction** [1] -
2795:8
**interactions** [1] -
2814:9
**interest** [2] - 2879:16,
2905:13
**interested** [1] - 2853:6
**interesting** [1] -
2865:13
**INTERESTS** [1] -
2767:21
**interfacial** [1] -
2790:20
**interim** [1] - 2888:24
**internal** [2] - 2845:15,
2848:13
**interrelationship** [1] -
2825:19
**intricate** [1] - 2900:1
**introduce** [1] -
2819:24
**introduced** [2] -
2806:1, 2836:19
**intuitive** [6] - 2792:24,
2792:25, 2829:13,
2877:20, 2879:4,
2893:9
**intuitively** [1] -

2815:12
**inverse** [1] - 2901:7
**investigation** [1] -
2828:10, 2893:22
**involved** [2] - 2777:10,
2838:23
**IRPINO** [2] - 2767:10,
2767:11
**irregular** [3] - 2809:1,
2816:15, 2833:14
**irregular-shaped** [1] -
2809:1
**irregularly** [2] -
2832:18, 2833:5
**isolated** [1] - 2901:24
**issue** [8] - 2776:17,
2787:15, 2844:14,
2845:18, 2853:13,
2853:15, 2873:15,
2874:4
**issues** [3] - 2843:12,
2845:7, 2849:2
**itself** [6] - 2775:18,
2778:15, 2781:10,
2786:13, 2798:5,
2882:4

## J

**JACKSON** [1] -
2767:19
**JAMES** [2] - 2766:23,
2768:4
**January** [2] - 2773:10,
2847:7
**JEFFERSON** [1] -
2766:23
**JENNY** [1] - 2770:20
**job** [1] - 2902:24
**Johnson** [2] - 2796:2,
2796:21
**joint** [1] - 2867:2
**jokes** [1] - 2805:5
**JOSEPH** [1] - 2769:19
**JR** [1] - 2770:21
**JUDGE** [1] - 2766:15
**judge** [1] - 2861:9
**Judge** [24] - 2843:24,
2844:8, 2846:7,
2847:3, 2847:20,
2855:4, 2856:21,
2858:12, 2860:12,
2860:21, 2863:20,
2866:4, 2868:20,
2870:1, 2874:25,
2875:3, 2878:5,
2881:4, 2883:23,
2884:20, 2889:5,
2891:11, 2895:1,
2900:24

**JUDY** [1] - 2768:23
**jump** [1] - 2788:14
**jumping** [1] - 2855:13
**JUSTICE** [2] -
2768:13, 2768:17

## K

**KANNER** [2] - 2768:8,
2768:9
**KARIS** [1] - 2769:10
**KATZ** [2] - 2766:19,
2770:15
**keep** [11] - 2776:24,
2789:14, 2794:6,
2811:15, 2813:7,
2813:8, 2813:18,
2813:22, 2813:23,
2835:3, 2905:15
**KERRY** [1] - 2770:6
**key** [5] - 2831:21,
2831:23, 2844:16,
2874:19, 2889:17
**keyword** [5] - 2829:1,
2829:2, 2829:20,
2829:23, 2829:25
**keywords** [2] -
2830:25, 2831:1
**kicking** [1] - 2790:16
**kind** [23] - 2796:21,
2797:11, 2821:18,
2830:7, 2848:17,
2854:9, 2855:12,
2857:23, 2857:25,
2858:25, 2862:2,
2863:15, 2872:9,
2873:3, 2873:12,
2874:19, 2875:7,
2875:18, 2882:4,
2883:11, 2884:9,
2889:20, 2901:7
**kink** [25] - 2778:20,
2801:22, 2801:23,
2807:20, 2807:25,
2812:3, 2815:18,
2816:1, 2816:9,
2816:13, 2840:1,
2840:2, 2846:23,
2855:10, 2859:14,
2868:2, 2869:3,
2870:10, 2879:18,
2880:15, 2880:17,
2881:7
**kinked** [30] - 2857:3,
2857:9, 2867:15,
2867:16, 2867:22,
2868:12, 2868:13,
2868:17, 2869:22,
2870:7, 2870:15,
2870:20, 2874:2,

2874:16, 2875:1,
2876:23, 2882:1,
2882:8, 2882:11,
2899:1, 2899:7,
2903:4, 2903:6,
2905:13, 2907:24,
2910:9, 2911:5,
2911:18, 2911:21,
2912:5
**KIRBY** [1] - 2771:13
**KIRKLAND** [3] -
2769:9, 2769:14,
2769:18
**knowing** [1] - 2902:9
**knowledge** [4] -
2846:20, 2849:11,
2852:15, 2912:19
**known** [3] - 2888:11,
2915:11, 2915:17
**Koch** [1] - 2842:10
**KRAUS** [1] - 2768:9
**KUCHLER** [2] -
2771:8, 2771:9
**KY** [1] - 2771:13

## L

**LA** [11] - 2766:5,
2766:20, 2766:24,
2767:12, 2767:15,
2768:6, 2768:10,
2769:7, 2770:7,
2771:10, 2771:19
**label** [2] - 2806:13,
2815:14
**labeled** [1] - 2813:1
**laboratory** [1] -
2906:11
**LAFAYETTE** [1] -
2766:24
**LAKE** [1] - 2767:15
**LAMAR** [1] - 2771:4
**laminar** [1] - 2820:19
**LANGAN** [1] - 2769:9
**language** [3] - 2776:3,
2796:12
**large** [22] - 2781:4,
2781:9, 2782:5,
2782:10, 2782:12,
2792:11, 2795:14,
2824:21, 2824:23,
2825:8, 2825:12,
2827:16, 2833:5,
2834:22, 2835:18,
2851:12, 2870:5,
2878:18, 2886:14
**large-scale** [2] -
2781:4, 2781:9
**larger** [3] - 2798:18,
2827:20, 2869:16

**largest** [2] - 2844:23, 2847:22
**LASALLE** [1] - 2769:12
**laser** [2] - 2869:1, 2880:19
**last** [11] - 2774:2, 2842:10, 2843:5, 2850:10, 2854:13, 2856:17, 2888:22, 2888:24, 2891:20, 2891:21, 2894:13
**lasted** [4] - 2859:24, 2860:4, 2877:2, 2909:20
**LAW** [1] - 2767:10
**lay** [1] - 2838:15
**layer** [2] - 2795:11, 2800:14
**lead** [1] - 2865:20
**leader** [1] - 2845:6
**leading** [1] - 2847:23
**leak** [20] - 2802:2, 2802:5, 2804:2, 2804:15, 2804:19, 2804:22, 2806:18, 2806:21, 2811:23, 2831:15, 2831:21, 2831:23, 2831:24, 2833:5, 2833:6, 2833:11, 2833:17, 2834:10
**leaking** [1] - 2807:10
**leaks** [21] - 2778:20, 2801:22, 2801:24, 2802:2, 2802:7, 2802:10, 2802:11, 2807:19, 2807:25, 2811:24, 2811:25, 2815:18, 2816:1, 2816:9, 2816:13, 2831:18, 2834:2, 2834:3, 2834:7, 2840:1, 2840:2
**leaky** [1] - 2867:1
**leap** [1] - 2899:11
**LEASING** [1] - 2766:8
**least** [11] - 2773:10, 2834:22, 2841:12, 2859:24, 2860:4, 2877:2, 2877:9, 2883:4, 2905:19, 2909:3, 2914:5
**leave** [1] - 2843:10
**lecturer** [1] - 2846:6
**led** [1] - 2862:6
**LedaFlow** [3] - 2778:25, 2780:7, 2785:15
**left** [11] - 2782:1,

2791:19, 2842:3, 2862:6, 2870:5, 2878:12, 2881:9, 2884:17, 2885:5, 2887:2, 2896:4
**length** [2] - 2782:9, 2824:14
**less** [13] - 2798:19, 2865:14, 2865:19, 2882:14, 2883:1, 2884:12, 2887:7, 2887:8, 2896:3, 2898:15, 2898:16, 2899:21, 2913:2
**level** [9] - 2846:17, 2847:15, 2853:5, 2855:4, 2855:8, 2855:12, 2856:18, 2857:16, 2865:13
**LEVIN** [1] - 2767:3
**LEWIS** [3] - 2769:4, 2770:19, 2771:3
**LI** [1] - 2770:14
**life** [1] - 2902:14
**light** [3] - 2875:18, 2898:8, 2898:9
**light-colored** [2] - 2898:8, 2898:9
**lighter** [1] - 2898:13
**likely** [4] - 2790:17, 2798:7, 2798:9, 2800:9
**likewise** [2] - 2803:3, 2859:13
**line** [33] - 2852:6, 2856:15, 2870:18, 2891:22, 2892:7, 2892:12, 2892:13, 2892:15, 2892:22, 2892:23, 2893:4, 2893:7, 2893:10, 2895:4, 2895:11, 2895:19, 2895:23, 2896:2, 2896:20, 2898:15, 2900:19, 2900:20, 2914:23, 2914:25, 2915:1, 2915:10, 2915:13, 2915:16, 2915:18, 2915:21, 2915:24
**linear** [6] - 2856:15, 2891:25, 2892:1, 2892:3, 2893:1, 2915:17
**lines** [2] - 2880:16, 2905:1
**liquid** [22] - 2777:12, 2777:14, 2789:16, 2789:21, 2789:23, 2789:24, 2790:1,

2790:12, 2790:13, 2791:5, 2796:15, 2796:24, 2796:25, 2797:18, 2800:3, 2800:5, 2824:16, 2827:6, 2839:11, 2839:12
**liquid/v** [1] - 2796:15
**LISKOW** [1] - 2769:4
**list** [4] - 2773:15, 2773:17, 2774:14, 2846:5
**listed** [1] - 2850:11
**lists** [1] - 2774:17
**literally** [1] - 2884:2
**literature** [4] - 2826:16, 2835:18, 2836:10, 2841:22
**live** [2] - 2843:24, 2843:25
**LLC** [1] - 2770:3
**location** [1] - 2885:18
**locations** [7] - 2867:6, 2871:23, 2881:14, 2881:16, 2881:22, 2886:2, 2899:15
**Lockett** [6] - 2815:25, 2816:12, 2833:17, 2833:19, 2834:1
**logical** [1] - 2852:22
**look** [32] - 2779:12, 2781:13, 2784:14, 2791:15, 2791:17, 2796:13, 2801:12, 2801:21, 2828:4, 2829:17, 2831:14, 2837:15, 2857:2, 2858:25, 2860:16, 2863:7, 2866:13, 2868:16, 2871:10, 2871:17, 2871:22, 2872:3, 2876:12, 2876:13, 2887:10, 2888:5, 2888:8, 2889:16, 2896:22, 2904:24, 2911:24, 2912:5
**looked** [25] - 2779:3, 2779:6, 2801:10, 2805:24, 2807:24, 2843:11, 2849:8, 2853:21, 2858:1, 2862:2, 2875:1, 2881:22, 2883:21, 2885:18, 2887:12, 2889:11, 2891:2, 2891:24, 2892:12, 2893:3, 2893:4, 2895:24, 2906:20, 2910:2, 2913:7

**looking** [31] - 2779:12, 2781:4, 2781:8, 2811:9, 2824:7, 2832:18, 2833:13, 2837:14, 2849:18, 2850:4, 2851:20, 2853:15, 2861:2, 2866:3, 2867:9, 2870:1, 2870:3, 2870:7, 2870:10, 2870:11, 2870:14, 2870:20, 2870:24, 2871:5, 2883:24, 2884:8, 2886:24, 2893:25, 2895:2, 2898:11, 2912:9
**looks** [13] - 2773:8, 2800:12, 2822:24, 2831:20, 2870:17, 2870:22, 2872:25, 2876:3, 2876:17, 2883:8, 2888:2, 2914:17, 2914:18
**loop** [1] - 2889:25
**LOS** [2] - 2769:16, 2770:16
**loss** [10] - 2818:20, 2818:25, 2819:3, 2845:7, 2845:14, 2845:15, 2847:23, 2848:6, 2848:11, 2851:16
**Loss** [1] - 2818:22
**losses** [4] - 2785:17, 2818:4, 2820:3, 2820:9
**Losses** [1] - 2818:3
**lost** [1] - 2851:14
**LOUISIANA** [3] - 2766:1, 2768:3, 2768:4
**low** [9] - 2798:7, 2800:4, 2878:20, 2879:2, 2879:5, 2897:1, 2913:21, 2914:3
**lower** [3] - 2840:7, 2896:18, 2896:19
**LP** [1] - 2771:8
**LUIS** [1] - 2770:14
**lump** [1] - 2910:13
**lumped** [2] - 2911:1, 2911:19
**lunch** [2] - 2916:4, 2916:7
**LUNDY** [3] - 2767:14, 2767:14
**LUXENBERG** [1] - 2767:7

---

**M**

**Macondo** [7] - 2787:1, 2788:14, 2789:5, 2789:9, 2848:22, 2850:4, 2856:23
**MAGAZINE** [1] - 2767:11
**main** [12] - 2796:23, 2847:24, 2850:15, 2855:14, 2856:10, 2857:3, 2857:13, 2873:20, 2877:10, 2901:2, 2901:11, 2913:19
**maintain** [6] - 2784:24, 2785:10, 2794:23, 2826:13, 2828:24, 2829:6
**maintained** [1] - 2792:4
**maintaining** [3] - 2793:14, 2793:17, 2794:20
**maintains** [2] - 2801:16, 2817:15
**major** [2] - 2848:7, 2912:3
**majority** [3] - 2782:10, 2782:12, 2834:22
**manner** [1] - 2840:10
**manual** [12] - 2828:6, 2828:9, 2829:3, 2830:12, 2830:16, 2831:11, 2836:11, 2836:14, 2836:20, 2836:24, 2838:12, 2842:3
**manuals** [1] - 2828:2
**map** [6] - 2796:4, 2797:4, 2797:12, 2800:8, 2801:12
**maps** [5] - 2797:14, 2799:20, 2799:21, 2800:17, 2800:18
**margins** [1] - 2897:4
**MARTIN** [1] - 2769:15
**MARTINEZ** [1] - 2770:20
**mass** [23] - 2775:15, 2775:19, 2775:20, 2775:24, 2776:16, 2776:18, 2776:20, 2777:5, 2777:11, 2777:14, 2778:8, 2778:9, 2778:11, 2778:12, 2794:24, 2801:16, 2834:17, 2835:3, 2835:11, 2835:12, 2836:4,

2836:8
**massive** [4] - 2860:24, 2862:8, 2862:16, 2864:21
**Master's** [1] - 2846:17
**Masters** [2] - 2844:10, 2849:1
**match** [2] - 2881:25, 2886:4
**matches** [2] - 2801:9, 2826:18
**material** [2] - 2815:24, 2905:5
**materials** [5] - 2788:19, 2815:17, 2815:23, 2853:3, 2868:10
**math** [1] - 2798:24
**mathematical** [4] - 2849:23, 2882:3, 2882:16, 2891:17
**mathematically** [3] - 2891:4, 2891:7, 2893:4
**matter** [11] - 2773:14, 2774:1, 2774:13, 2790:3, 2790:4, 2824:20, 2824:23, 2839:7, 2839:9, 2891:24, 2897:1
**matters** [1] - 2839:15
**MATTHEW** [2] - 2767:14, 2769:11
**maximum** [6] - 2807:25, 2831:24, 2832:1, 2832:6, 2875:23, 2876:10
**MAZE** [1] - 2767:22
**MCCUTCHEN** [1] - 2771:12
**MDL-2179** [1] - 2766:4
**mean** [18] - 2776:19, 2792:23, 2807:3, 2807:7, 2809:24, 2820:25, 2824:11, 2825:6, 2831:10, 2841:12, 2845:5, 2874:11, 2892:11, 2892:15, 2905:6, 2907:7, 2907:8, 2915:19
**means** [15] - 2783:6, 2788:15, 2789:4, 2789:6, 2845:6, 2845:16, 2863:9, 2879:2, 2879:5, 2894:22, 2898:14, 2899:22, 2907:4, 2908:18
**meant** [2] - 2832:11,

2911:8
**measure** [2] - 2882:9, 2908:9
**measured** [2] - 2827:9, 2827:10
**mechanical** [4] - 2844:10, 2846:6, 2851:15, 2873:10
**MECHANICAL** [1] - 2771:23
**mechanically** [1] - 2851:6
**mechanics** [4] - 2780:16, 2846:14, 2847:13
**mechanism** [2] - 2800:16, 2845:25
**mechanisms** [1] - 2800:1
**memory** [3] - 2823:23, 2840:3, 2914:9
**mention** [1] - 2831:25
**mentioned** [15] - 2792:22, 2820:13, 2847:18, 2849:16, 2850:15, 2857:8, 2860:12, 2860:15, 2868:1, 2874:1, 2874:10, 2874:12, 2874:25, 2876:25, 2893:3
**MERIT** [1] - 2771:18
**Merrill** [1] - 2771:18
**metal** [20] - 2845:7, 2845:14, 2845:15, 2847:23, 2848:6, 2848:11, 2850:20, 2851:2, 2851:5, 2851:13, 2851:16, 2852:4, 2853:3, 2856:22, 2865:18, 2873:18, 2900:7, 2903:3, 2904:3, 2904:7
**metallic** [1] - 2851:5
**meter** [3] - 2790:6, 2790:13, 2797:21
**meters** [6] - 2790:10, 2790:15, 2791:4, 2791:5, 2791:10, 2791:11
**method** [2] - 2877:18, 2894:21
**methodology** [2] - 2853:15, 2878:6
**metric** [3] - 2877:13, 2877:18, 2877:24
**MEXICO** [1] - 2766:5
**MICHAEL** [2] - 2770:13, 2772:4

**Michoud** [3] - 2857:14, 2860:15, 2870:22
**microphone** [2] - 2820:21, 2838:3
**middle** [14] - 2863:5, 2863:8, 2863:10, 2869:7, 2872:4, 2872:25, 2873:11, 2876:9, 2876:20, 2880:18, 2881:8, 2883:10, 2883:12, 2885:1
**might** [6] - 2776:11, 2784:13, 2794:14, 2798:1, 2817:6, 2838:15
**mike** [1] - 2843:21
**MILLER** [1] - 2770:6
**Miller** [1] - 2842:8
**million** [2] - 2861:3, 2880:21
**mind** [3] - 2807:23, 2837:19, 2880:11
**mine** [1] - 2807:24
**minus** [5] - 2782:25, 2783:19, 2783:23, 2784:1, 2878:17
**minute** [7] - 2784:20, 2787:19, 2842:21, 2854:7, 2858:13, 2874:25, 2875:9
**minutes** [3] - 2774:24, 2774:25, 2867:16
**MITCHELL** [1] - 2767:3
**mixture** [4] - 2778:15, 2799:6, 2827:8, 2834:19
**mode** [1] - 2851:15
**model** [87] - 2775:11, 2775:12, 2775:18, 2775:24, 2777:8, 2779:11, 2780:3, 2780:7, 2780:10, 2781:10, 2782:5, 2786:4, 2786:7, 2786:24, 2787:2, 2787:5, 2788:3, 2788:13, 2788:18, 2788:20, 2788:23, 2789:7, 2790:19, 2791:25, 2792:15, 2794:11, 2794:14, 2795:18, 2798:16, 2798:19, 2798:22, 2800:21, 2801:17, 2802:10, 2802:16, 2808:8, 2822:15, 2822:16, 2825:20,

2825:22, 2825:24, 2826:5, 2826:20, 2826:22, 2827:24, 2830:23, 2831:2, 2831:20, 2832:10, 2834:21, 2834:24, 2835:4, 2835:7, 2835:8, 2835:11, 2835:13, 2835:19, 2836:2, 2836:6, 2836:7, 2838:18, 2840:18, 2840:21, 2840:24, 2841:8, 2841:11, 2841:14, 2861:8, 2861:16, 2862:11, 2864:7, 2879:11, 2879:20, 2880:1, 2885:24, 2904:2, 2904:5, 2904:6, 2904:13, 2904:15, 2904:16, 2905:5, 2905:20, 2906:3, 2908:19
**model's** [1] - 2836:4
**modeled** [11] - 2784:16, 2799:3, 2799:10, 2802:2, 2812:2, 2812:5, 2812:9, 2813:3, 2816:13, 2824:21, 2882:23
**modeling** [21] - 2775:14, 2781:3, 2811:6, 2829:2, 2830:18, 2833:17, 2833:19, 2836:21, 2838:22, 2842:2, 2859:10, 2887:13, 2906:18, 2906:20, 2911:6, 2912:23, 2914:19, 2914:22, 2916:1, 2916:2
**models** [10] - 2788:12, 2809:2, 2838:19, 2840:18, 2841:2, 2841:13, 2858:21, 2863:24, 2866:3, 2889:2
**modes** [2] - 2845:14, 2848:11
**modification** [1] - 2800:7
**modified** [1] - 2889:21
**modify** [2] - 2889:14, 2906:13
**moment** [1] - 2826:11
**MONTGOMERY** [1] - 2767:23
**MORGAN** [2] - 2767:17

**MORNING** [1] - 2766:14
**morning** [7] - 2773:7, 2774:12, 2775:2, 2837:9, 2903:21, 2903:25, 2904:1
**most** [24] - 2781:3, 2781:8, 2792:25, 2828:6, 2828:8, 2845:16, 2854:3, 2856:16, 2857:4, 2857:5, 2858:4, 2869:13, 2871:18, 2872:8, 2872:9, 2874:4, 2874:11, 2874:14, 2875:18, 2875:19, 2882:12, 2885:19, 2900:10, 2902:16
**mostly** [1] - 2845:7
**motion** [6] - 2774:3, 2843:9, 2843:12, 2843:15, 2850:21, 2882:6
**mouth** [2] - 2793:4, 2793:8
**move** [8] - 2787:12, 2788:10, 2800:3, 2807:12, 2824:16, 2851:24, 2854:22, 2880:6
**moved** [16] - 2846:11, 2847:1, 2847:7, 2847:25, 2860:1, 2877:6, 2879:24, 2880:4, 2880:20, 2880:22, 2880:24, 2882:8, 2889:25, 2892:4, 2892:5, 2908:22
**moves** [1] - 2839:10
**moving** [18] - 2789:22, 2789:23, 2789:25, 2790:6, 2790:9, 2790:13, 2790:15, 2790:25, 2791:4, 2791:5, 2799:7, 2827:6, 2852:3, 2852:6, 2852:17, 2882:24, 2885:16, 2916:3
**MR** [72] - 2773:13, 2773:24, 2775:5, 2775:8, 2776:25, 2777:2, 2781:22, 2781:24, 2787:14, 2788:1, 2788:2, 2790:5, 2791:17, 2791:18, 2795:25, 2796:1, 2798:11,

2798:13, 2806:13,
2806:17, 2815:6,
2815:15, 2815:16,
2817:5, 2817:7,
2817:21, 2817:22,
2819:21, 2819:23,
2820:22, 2825:2,
2825:5, 2826:7,
2826:9, 2828:4,
2828:5, 2833:22,
2833:25, 2834:11,
2834:14, 2837:4,
2837:8, 2837:12,
2837:13, 2837:19,
2837:24, 2838:6,
2838:21, 2839:23,
2839:24, 2841:19,
2841:20, 2842:15,
2842:18, 2842:20,
2843:17, 2843:20,
2844:5, 2844:7,
2850:18, 2850:24,
2854:17, 2854:19,
2854:22, 2855:1,
2870:25, 2873:13,
2874:22, 2874:24,
2883:18, 2903:17,
2911:7
**MS** [20] - 2767:19,
2773:20, 2773:25,
2774:9, 2774:12,
2774:22, 2843:6,
2843:16, 2850:21,
2903:21, 2903:24,
2905:1, 2905:3,
2906:2, 2909:16,
2911:10, 2911:15,
2914:10, 2914:11,
2916:6
**Multiphase** [3] -
2847:11, 2847:17,
2847:19
**multiphase** [23] -
2777:7, 2778:9,
2778:14, 2780:24,
2781:19, 2790:24,
2799:6, 2810:3,
2820:16, 2821:4,
2824:15, 2827:1,
2827:4, 2834:16,
2839:3, 2839:5,
2840:23, 2841:9,
2842:1, 2845:7,
2848:6
**multiple** [9] - 2799:7,
2826:17, 2827:5,
2829:20, 2829:24,
2836:18, 2838:12,
2838:17, 2893:13
**multiplication** [1] -

2823:16
**multiplied** [1] - 2792:4
**multiply** [1] - 2808:18
**multitude** [1] -
2881:19
**MUNGER** [1] -
2770:13
**must** [9] - 2851:17,
2851:23, 2859:12,
2859:17, 2862:18,
2863:14, 2866:9,
2877:5, 2889:11

# N

**N-E-S-I-C** [1] - 2843:5
**N.W** [1] - 2769:20
**naked** [2] - 2864:21,
2892:2
**name** [8] - 2843:3,
2843:4, 2843:5,
2843:23, 2843:25,
2851:5, 2856:25,
2908:14
**narrow** [4] - 2848:10,
2881:10, 2883:16,
2897:3
**narrowing** [1] -
2786:12
**Nat** [1] - 2775:9
**NATHANIEL** [1] -
2768:21
**natural** [1] - 2870:24
**NATURAL** [1] -
2768:18
**nature** [1] - 2915:10
**near** [6] - 2782:13,
2787:11, 2788:9,
2789:21, 2798:25,
2808:6
**neck** [2] - 2867:19,
2881:7
**neck-down** [2] -
2867:19, 2881:7
**need** [18] - 2785:10,
2790:19, 2790:20,
2796:12, 2798:24,
2800:19, 2829:5,
2836:12, 2838:3,
2840:3, 2853:7,
2888:11, 2890:11,
2892:11, 2904:15,
2905:8, 2906:6
**needed** [7] - 2853:5,
2853:6, 2853:9,
2890:13, 2891:19,
2891:20, 2905:19
**needs** [1] - 2865:17
**negligible** [1] - 2912:6
**Nesic** [31] - 2802:18,

2802:22, 2812:4,
2812:23, 2842:18,
2842:20, 2843:4,
2843:9, 2843:22,
2843:25, 2844:2,
2844:8, 2850:19,
2850:25, 2853:14,
2855:2, 2856:19,
2856:21, 2869:25,
2871:4, 2877:13,
2891:11, 2893:17,
2895:17, 2900:23,
2903:2, 2903:17,
2903:25, 2904:2,
2911:16, 2914:12
**NESIC** [2] - 2772:8,
2842:25
**Nesic's** [1] - 2854:23
**never** [5] - 2831:9,
2831:13, 2886:3,
2906:5, 2909:22
**NEW** [9] - 2766:5,
2766:20, 2767:8,
2767:12, 2768:10,
2769:7, 2770:7,
2771:10, 2771:19
**new** [5] - 2825:21,
2825:24, 2838:15,
2866:8, 2889:24
**next** [16] - 2773:11,
2807:12, 2807:17,
2811:23, 2819:5,
2830:13, 2836:16,
2842:17, 2842:18,
2842:19, 2869:23,
2885:6, 2888:19,
2891:3, 2891:5,
2905:22
**night** [1] - 2774:2
**nine** [1] - 2899:1
**NO** [3] - 2766:4,
2766:7, 2766:10
**nobody** [1] - 2838:3
**noncircular** [4] -
2780:13, 2819:20,
2820:2, 2821:13
**nondimensional** [1] -
2797:16
**none** [2] - 2774:20,
2911:22
**noneroded** [2] -
2863:2, 2889:9
**NONJURY** [1] -
2766:14
**normal** [1] - 2867:21
**normally** [2] - 2888:1,
2893:6
**NORTH** [1] - 2768:5
**North** [3] - 2845:1,
2845:8, 2845:9

**Norway** [3] - 2844:21,
2846:12
**nothing** [5] - 2836:10,
2836:11, 2894:20,
2902:1, 2915:3
**nuclear** [1] - 2844:24
**number** [27] -
2809:14, 2820:4,
2820:10, 2820:12,
2820:18, 2820:23,
2825:21, 2830:1,
2830:6, 2830:10,
2830:11, 2830:15,
2830:20, 2831:4,
2831:6, 2831:10,
2831:12, 2832:17,
2835:19, 2845:13,
2878:18, 2881:20,
2895:14, 2898:21,
2899:17, 2914:7
**numbers** [13] -
2836:12, 2836:14,
2851:12, 2856:6,
2891:17, 2891:18,
2898:11, 2898:16,
2898:20, 2912:16,
2913:18, 2914:13,
2914:16
**numerous** [5] -
2811:7, 2831:11,
2845:6, 2849:8,
2865:11
**NW** [2] - 2769:23,
2771:14
**NY** [1] - 2767:8

# O

**O'CONNOR** [1] -
2769:19
**O'KEEFE** [1] -
2766:20
**O'ROURKE** [1] -
2768:20
**oath** [1] - 2775:3
**object** [1] - 2911:7
**objection** [4] -
2773:18, 2773:21,
2825:2, 2850:22
**objections** [3] -
2773:20, 2774:18,
2774:19
**observation** [2] -
2874:7, 2893:9
**observe** [1] - 2862:17
**observed** [4] -
2778:25, 2799:14,
2800:21, 2801:8
**obstacle** [1] - 2885:21
**obstacles** [1] -

2887:14
**obstructed** [1] -
2863:9
**obstruction** [3] -
2793:4, 2865:22,
2865:24
**obtained** [7] -
2861:15, 2870:6,
2879:16, 2890:19,
2898:14, 2898:17,
2902:7
**obvious** [2] - 2857:14,
2873:8
**obviously** [4] -
2787:20, 2884:22,
2885:18, 2908:20
**occasionally** [1] -
2800:5
**occur** [5] - 2813:24,
2851:18, 2852:13,
2852:16, 2897:23
**occurred** [4] -
2875:20, 2877:9,
2887:19, 2889:8
**occurring** [4] -
2859:18, 2872:5,
2875:5, 2903:13
**occurs** [1] - 2840:22
**ocean** [1] - 2779:8
**OCTOBER** [2] -
2766:5, 2773:2
**odd** [1] - 2870:22
**OF** [10] - 2766:1,
2766:5, 2766:8,
2766:10, 2766:14,
2768:3, 2768:4,
2768:13, 2768:17
**offer** [5] - 2773:19,
2774:2, 2844:3,
2849:11, 2905:8
**offered** [2] - 2856:3,
2895:25
**OFFICE** [4] - 2766:24,
2767:21, 2768:6,
2768:15
**Official** [1] - 2916:13
**OFFICIAL** [1] -
2771:17
**OFFSHORE** [1] -
2770:4
**offshore** [1] - 2845:17
**often** [2] - 2797:15,
2851:16
**oftentimes** [2] -
2831:5, 2838:16
**Ohio** [5] - 2844:1,
2847:1, 2847:4,
2847:7, 2847:25
**oil** [17] - 2800:13,
2801:3, 2836:19,

2838:14, 2838:15,
2839:10, 2845:1,
2845:9, 2845:17,
2845:18, 2845:20,
2848:3, 2848:7,
2848:8, 2848:13,
2848:18, 2901:20
**OIL** [2] - 2766:4,
2766:4
**OLGA** [5] - 2828:6,
2829:1, 2836:11,
2836:14, 2842:3
**OLSON** [1] - 2770:13
**ON** [1] - 2766:5
**once** [5] - 2854:13,
2857:25, 2879:16,
2900:5, 2902:4
**one** [121] - 2773:13,
2774:13, 2775:11,
2777:5, 2784:6,
2787:15, 2788:12,
2790:6, 2790:13,
2792:25, 2795:23,
2797:21, 2797:22,
2800:1, 2800:12,
2803:1, 2803:3,
2806:15, 2808:7,
2811:1, 2811:16,
2811:17, 2811:18,
2812:6, 2812:24,
2813:2, 2813:12,
2813:16, 2813:23,
2814:1, 2814:4,
2814:8, 2814:12,
2814:13, 2815:10,
2816:11, 2817:16,
2820:12, 2822:12,
2826:21, 2829:3,
2829:22, 2832:9,
2835:19, 2836:6,
2838:16, 2839:15,
2841:15, 2844:16,
2847:22, 2849:18,
2849:21, 2851:10,
2852:18, 2852:20,
2853:19, 2854:8,
2857:13, 2861:4,
2862:10, 2862:17,
2863:13, 2865:1,
2865:3, 2865:17,
2866:2, 2867:6,
2869:7, 2869:9,
2869:13, 2869:17,
2869:18, 2871:22,
2872:8, 2872:9,
2872:10, 2872:11,
2872:12, 2872:15,
2873:20, 2873:24,
2874:4, 2876:16,
2877:10, 2878:9,

2879:11, 2883:4,
2883:5, 2883:20,
2884:1, 2884:5,
2886:1, 2886:13,
2888:6, 2893:6,
2893:12, 2893:14,
2894:4, 2894:10,
2897:23, 2898:21,
2899:10, 2899:11,
2899:13, 2899:15,
2899:17, 2899:24,
2900:3, 2900:22,
2902:17, 2904:4,
2904:8, 2905:19,
2907:16, 2909:6,
2910:12, 2912:18,
2915:21, 2915:24
**ONE** [1] - 2769:5
**one-by-one** [1] -
2854:8
**one-dimensional** [1] -
2775:11
**one-half** [1] - 2826:21
**one-third** [1] - 2784:6
**ones** [9] - 2848:20,
2854:2, 2857:4,
2857:5, 2861:5,
2862:14, 2864:19,
2881:19, 2893:21
**open** [2] - 2861:17,
2864:18
**opened** [2] - 2853:25,
2858:22
**opening** [2] - 2885:3,
2886:14
**openings** [1] -
2884:17
**operate** [1] - 2845:23
**operated** [1] - 2861:21
**operational** [1] -
2845:21
**opine** [1] - 2779:16
**opinion** [12] -
2862:22, 2863:1,
2871:1, 2882:24,
2898:25, 2900:25,
2904:10, 2906:17,
2906:24, 2907:4,
2907:14, 2907:17
**opinions** [17] -
2844:3, 2846:8,
2846:22, 2849:11,
2855:2, 2855:4,
2855:6, 2855:8,
2859:22, 2873:20,
2873:21, 2873:22,
2874:4, 2877:10,
2892:9, 2900:22,
2909:21
**opportunity** [1] -

2829:18
**opposed** [1] - 2784:22
**opposite** [3] -
2806:24, 2806:25,
2807:3
**options** [1] - 2893:13
**order** [13] - 2774:9,
2785:12, 2786:15,
2788:4, 2791:16,
2800:21, 2809:3,
2835:3, 2836:15,
2840:8, 2851:17,
2888:18, 2905:19
**ORDER** [1] - 2773:4
**orient** [3] - 2865:2,
2870:1, 2895:1
**orientation** [2] -
2870:15, 2871:8
**oriented** [2] - 2875:13,
2875:16
**orienting** [1] - 2858:12
**orifice** [1] - 2816:3
**orifices** [2] - 2805:22,
2807:17
**original** [4] - 2816:4,
2904:19, 2905:11,
2905:25
**ORLEANS** [8] -
2766:5, 2766:20,
2767:12, 2768:10,
2769:7, 2770:7,
2771:10, 2771:19
**oscillating** [1] -
2788:5
**oscillation** [1] -
2787:7
**Oslo** [1] - 2844:21
**otherwise** [1] - 2850:1
**outcome** [2] - 2888:9,
2902:24
**outer** [6] - 2782:25,
2783:11, 2791:20,
2791:21, 2792:5,
2793:16
**outline** [1] - 2880:15
**outs** [1] - 2774:14
**outside** [3] - 2812:3,
2871:6, 2879:2
**oval** [1] - 2871:12
**overall** [4] - 2853:14,
2896:25, 2897:12,
2913:24
**overlap** [1] - 2882:15
**overlapping** [2] -
2815:8, 2885:2
**overruled** [1] - 2825:4
**overview** [1] - 2850:25
**own** [3] - 2777:15,
2777:17, 2906:24

# P

**P.O** [1] - 2768:24
**Pacman** [1] - 2830:17
**page** [16] - 2795:24,
2796:21, 2796:23,
2817:21, 2818:2,
2819:5, 2819:18,
2821:12, 2823:5,
2826:10, 2828:12,
2831:14, 2854:20,
2905:1, 2905:22,
2905:25
**paid** [1] - 2773:8
**PAPANTONIO** [1] -
2767:3
**paper** [1] - 2811:17
**papers** [3] - 2843:10,
2850:12
**parallel** [8] - 2794:16,
2829:22, 2829:24,
2830:13, 2831:6,
2831:8, 2836:18,
2838:13
**parameter** [2] -
2841:16, 2851:22
**parameters** [2] -
2820:13, 2820:15
**part** [7] - 2815:22,
2844:14, 2856:16,
2876:4, 2887:4,
2904:9, 2905:21
**partially** [4] - 2872:18,
2884:25, 2889:24,
2907:16
**particle** [3] - 2851:11,
2882:6, 2885:6
**particles** [27] - 2850:8,
2851:7, 2851:13,
2851:21, 2851:23,
2852:1, 2852:6,
2852:8, 2852:16,
2852:21, 2865:7,
2865:10, 2865:15,
2879:20, 2880:6,
2880:24, 2881:5,
2881:9, 2881:15,
2883:9, 2884:18,
2884:24, 2885:4,
2885:16, 2886:19,
2886:25
**particular** [33] -
2781:18, 2790:21,
2790:24, 2793:2,
2794:15, 2797:15,
2800:6, 2801:11,
2805:15, 2813:13,
2813:20, 2813:21,
2813:22, 2815:11,
2821:25, 2822:24,

2828:9, 2829:2,
2829:20, 2829:23,
2830:14, 2830:25,
2832:21, 2833:15,
2836:2, 2839:13,
2839:20, 2841:17,
2852:9, 2882:11,
2885:21
**particularly** [2] -
2875:22, 2905:21
**parties** [2] - 2773:18,
2774:17
**partners** [1] - 2888:4
**parts** [1] - 2906:21
**pascals** [3] - 2891:17,
2913:4, 2913:22
**pass** [6] - 2863:5,
2864:14, 2878:2,
2878:14, 2881:10,
2885:1
**passage** [1] - 2883:16
**passages** [1] -
2881:10
**passes** [2] - 2879:1,
2881:12
**passing** [3] - 2853:8,
2879:21, 2886:20
**past** [10] - 2779:11,
2869:7, 2871:23,
2872:4, 2874:12,
2874:17, 2875:23,
2902:21, 2907:25
**path** [14] - 2780:3,
2780:8, 2780:13,
2783:7, 2784:8,
2784:15, 2784:16,
2784:17, 2810:24,
2816:4, 2816:7,
2816:12, 2856:11,
2857:19
**paths** [2] - 2803:11,
2803:16
**pathway** [1] - 2906:13
**pattern** [4] - 2800:24,
2820:16, 2865:6,
2882:11
**patterns** [9] - 2776:5,
2776:9, 2776:13,
2789:11, 2791:13,
2796:8, 2799:14,
2799:16, 2820:20
**PAUL** [1] - 2769:10
**peak** [1] - 2801:5
**peer** [1] - 2850:11
**peer-reviewed** [1] -
2850:11
**PENCAK** [2] -
2774:12, 2774:22
**Pencak** [1] - 2774:12
**pending** [1] - 2843:9

**PENNSYLVANIA** [1] - 2769:23
**PENSACOLA** [1] - 2767:5
**people** [2] - 2773:10, 2915:11
**per** [11] - 2790:6, 2790:10, 2790:13, 2790:15, 2791:4, 2791:5, 2791:10, 2791:11, 2797:21, 2832:6, 2913:10
**percent** [11] - 2805:6, 2805:8, 2827:22, 2840:16, 2848:4, 2872:21, 2892:15, 2893:6, 2893:7, 2893:8, 2912:6
**perfect** [3] - 2867:1, 2875:8, 2886:4
**perfectly** [2] - 2783:9, 2783:14
**perform** [2] - 2781:12, 2909:23
**performed** [3] - 2815:18, 2889:3, 2915:15
**perimeter** [34] - 2782:17, 2784:25, 2785:5, 2785:11, 2793:18, 2802:19, 2802:24, 2803:3, 2803:4, 2804:5, 2804:9, 2808:3, 2808:15, 2809:1, 2809:9, 2809:16, 2809:18, 2809:19, 2810:10, 2810:12, 2810:14, 2810:19, 2812:4, 2812:20, 2812:22, 2812:23, 2814:14, 2815:1, 2819:9, 2823:12, 2824:2, 2829:6
**perimeters** [6] - 2802:21, 2808:7, 2812:12, 2812:13, 2812:19, 2813:10
**period** [27] - 2779:6, 2779:11, 2779:12, 2779:23, 2785:14, 2788:4, 2845:11, 2853:4, 2853:20, 2856:1, 2857:6, 2858:1, 2867:12, 2873:16, 2873:18, 2888:24, 2894:17, 2894:23, 2897:13, 2901:12, 2903:8, 2903:9, 2903:14,

2907:2, 2907:5, 2907:14, 2910:22
**permission** [1] - 2863:23
**perpendicular** [1] - 2871:16
**persisted** [1] - 2899:7
**personally** [1] - 2866:15
**perspective** [3] - 2859:9, 2905:8, 2910:19
**perturbed** [1] - 2899:22
**PETITION** [1] - 2766:8
**PETOSA** [1] - 2767:18
**PETROLEUM** [1] - 2771:7
**Ph.D** [8] - 2842:25, 2844:11, 2844:17, 2844:18, 2844:20, 2846:16, 2846:17, 2849:3
**phase** [21] - 2776:17, 2777:3, 2777:11, 2777:12, 2777:14, 2778:1, 2778:3, 2778:4, 2778:5, 2778:12, 2780:22, 2789:19, 2799:18, 2820:25, 2821:3, 2821:5, 2822:5, 2834:17, 2839:3, 2839:4
**phases** [4] - 2778:9, 2800:23, 2801:2, 2801:7
**phenomena** [1] - 2851:5
**phenomenon** [2] - 2781:4, 2792:23
**photo** [1] - 2872:6
**photograph** [3] - 2870:8, 2871:11, 2875:3
**photographs** [5] - 2866:3, 2867:9, 2868:10, 2868:17, 2868:20
**phrase** [2] - 2787:20, 2787:21
**physical** [8] - 2863:24, 2882:16, 2886:2, 2888:23, 2891:1, 2899:6, 2909:5, 2915:12
**physically** [2] - 2891:4, 2891:8
**Pi** [1] - 2805:10
**pick** [10] - 2835:19,

2861:1, 2861:4, 2862:8, 2863:2, 2863:23, 2876:13, 2884:4, 2884:7, 2886:10
**picked** [2] - 2860:2, 2877:4
**picking** [1] - 2864:1
**picture** [12] - 2851:20, 2862:14, 2867:3, 2870:5, 2870:13, 2870:23, 2873:3, 2873:6, 2875:16, 2878:9, 2884:13, 2910:14
**pictures** [10] - 2821:13, 2857:15, 2858:21, 2860:18, 2860:22, 2860:23, 2861:2, 2874:7, 2875:8, 2883:5
**piece** [11] - 2852:4, 2865:18, 2869:19, 2872:3, 2873:8, 2873:24, 2874:11, 2875:8, 2875:13, 2907:22
**pieces** [7] - 2857:15, 2861:25, 2864:18, 2871:6, 2873:6, 2902:23, 2907:17
**pinch** [1] - 2878:21
**pinched** [2] - 2878:13, 2878:14
**pioneering** [1] - 2849:3
**pipe** [84] - 2782:2, 2782:7, 2782:8, 2782:11, 2782:13, 2782:24, 2782:25, 2783:1, 2783:9, 2783:11, 2783:14, 2783:15, 2783:23, 2783:24, 2784:1, 2784:2, 2784:9, 2784:12, 2785:4, 2786:13, 2786:15, 2786:18, 2786:19, 2786:22, 2789:4, 2790:1, 2790:2, 2791:21, 2792:5, 2792:6, 2792:11, 2794:8, 2795:8, 2795:9, 2795:10, 2820:4, 2824:14, 2825:10, 2827:7, 2827:16, 2827:17, 2828:16, 2828:18, 2828:20, 2829:1, 2829:2, 2829:25,

2830:17, 2830:18, 2831:7, 2832:5, 2832:24, 2834:24, 2836:21, 2838:2, 2838:10, 2838:11, 2838:15, 2838:18, 2841:3, 2845:16, 2845:24, 2865:4, 2865:5, 2866:16, 2866:18, 2866:25, 2867:5, 2867:12, 2867:18, 2868:4, 2869:7, 2869:10, 2872:17, 2875:10, 2875:20, 2875:24, 2885:12, 2885:16, 2911:21
**pipeline** [1] - 2824:12
**pipelines** [1] - 2848:16
**pipes** [28] - 2795:14, 2824:17, 2825:8, 2827:15, 2828:14, 2829:21, 2829:24, 2830:10, 2830:13, 2830:21, 2831:4, 2831:5, 2831:8, 2831:16, 2833:12, 2836:15, 2836:17, 2836:18, 2837:16, 2837:21, 2838:1, 2838:12, 2838:17, 2838:20, 2838:23, 2848:12, 2883:14
**place** [6] - 2779:1, 2855:9, 2862:16, 2867:12, 2872:4, 2896:20
**placed** [1] - 2842:8
**PLAINTIFFS** [1] - 2766:19
**plane** [2] - 2883:1, 2883:7
**plates** [1] - 2794:16
**play** [2] - 2883:22, 2902:3
**PLC** [1] - 2769:4
**pleasure** [1] - 2864:3
**Plexiglas** [1] - 2884:12
**plot** [1] - 2901:8
**plug** [1] - 2835:20
**plunk** [1] - 2806:24
**plus** [2] - 2803:1, 2803:4
**point** [29] - 2776:11, 2792:20, 2792:21, 2794:14, 2794:15, 2823:12, 2850:18, 2851:10, 2855:18,

2857:20, 2861:10, 2861:24, 2868:8, 2868:25, 2876:10, 2885:11, 2888:6, 2888:8, 2888:23, 2890:11, 2891:20, 2891:21, 2893:18, 2895:13, 2898:5, 2899:17, 2899:18, 2902:17
**points** [21] - 2779:3, 2853:16, 2856:6, 2868:14, 2868:17, 2869:2, 2880:21, 2888:14, 2890:13, 2890:24, 2892:12, 2892:14, 2893:14, 2902:15, 2902:22, 2903:1, 2915:8, 2915:12, 2915:22, 2915:25
**POLK** [1] - 2771:8
**populated** [1] - 2880:21
**portion** [1] - 2818:2
**portions** [2] - 2790:12, 2827:7
**posed** [1] - 2865:24
**posited** [1] - 2817:14
**position** [9] - 2800:3, 2845:2, 2846:11, 2846:12, 2847:4, 2856:5, 2865:3, 2872:16, 2888:20
**possession** [1] - 2773:15
**possible** [10] - 2787:11, 2788:10, 2882:6, 2890:16, 2893:16, 2902:16, 2903:1, 2915:9, 2915:16, 2915:17
**POST** [3] - 2766:24, 2768:6, 2768:15
**post** [4] - 2912:22, 2913:1, 2913:16, 2914:1
**post-erosion** [4] - 2912:22, 2913:1, 2913:16, 2914:1
**potential** [1] - 2802:11
**pounding** [1] - 2865:18
**POYDRAS** [4] - 2769:6, 2770:7, 2771:10, 2771:18
**PR** [1] - 2818:7
**pre** [8] - 2854:2, 2861:7, 2886:24, 2910:2, 2910:3,

2910:10, 2913:3, 2913:16
**pre-eroded** [3] - 2854:2, 2861:7, 2886:24
**pre-erosion** [5] - 2910:2, 2910:3, 2910:10, 2913:3, 2913:16
**precise** [2] - 2853:7, 2886:12
**precisely** [4] - 2779:9, 2792:20, 2792:21, 2897:20
**predict** [9] - 2778:25, 2801:17, 2835:21, 2888:4, 2888:7, 2888:9, 2889:10, 2902:18, 2904:6
**predicted** [7] - 2840:18, 2881:14, 2881:23, 2882:12, 2885:24, 2886:2, 2886:5
**predicting** [3] - 2826:20, 2836:4, 2904:17
**predictive** [1] - 2835:15
**preliminary** [1] - 2774:13
**premise** [2] - 2794:13, 2804:17
**prepare** [1] - 2841:24
**prepared** [1] - 2852:24
**PRESCOTT** [1] - 2770:21
**presence** [1] - 2853:9
**present** [14] - 2775:15, 2779:13, 2786:25, 2789:20, 2802:12, 2808:2, 2846:21, 2851:17, 2861:13, 2874:9, 2897:15, 2912:15, 2913:15, 2915:4
**presented** [5] - 2775:16, 2778:18, 2885:22, 2906:4, 2906:5
**pressure** [106] - 2781:5, 2785:4, 2785:13, 2785:16, 2785:21, 2785:24, 2786:16, 2787:3, 2787:6, 2788:8, 2788:22, 2793:19, 2793:24, 2793:25, 2794:1, 2794:10, 2794:20, 2795:22,

2798:14, 2798:17, 2798:21, 2803:10, 2803:16, 2803:19, 2803:22, 2805:17, 2805:23, 2816:25, 2817:16, 2817:23, 2818:7, 2819:15, 2820:9, 2821:8, 2823:1, 2823:10, 2824:7, 2824:8, 2824:10, 2824:12, 2824:14, 2824:25, 2825:13, 2826:13, 2828:24, 2829:9, 2829:11, 2829:12, 2829:14, 2836:22, 2837:1, 2837:3, 2839:19, 2841:5, 2841:6, 2845:22, 2877:16, 2877:17, 2877:23, 2878:4, 2878:8, 2878:11, 2878:15, 2878:16, 2878:17, 2878:20, 2878:25, 2879:2, 2879:5, 2879:7, 2879:9, 2881:21, 2885:20, 2887:6, 2891:15, 2891:17, 2892:5, 2892:21, 2893:25, 2894:15, 2896:5, 2896:7, 2896:13, 2896:16, 2896:17, 2896:19, 2896:21, 2896:22, 2896:23, 2897:2, 2897:9, 2900:4, 2900:16, 2900:17, 2901:8, 2902:1, 2910:3, 2912:22, 2912:25, 2913:7, 2913:13, 2913:15, 2914:1, 2915:1
**presume** [2] - 2781:9, 2803:5
**presumed** [1] - 2803:2
**presuming** [2] - 2783:14, 2798:24
**pretend** [2] - 2783:9, 2811:24
**pretty** [2] - 2861:25, 2863:7
**preventer** [4] - 2866:1, 2866:13, 2866:16, 2867:10
**previous** [6] - 2823:9, 2823:21, 2823:25, 2848:20, 2852:22, 2901:8
**previously** [1] -

2876:25
**principal** [1] - 2845:4
**principle** [1] - 2819:12
**pristine** [10] - 2854:2, 2856:14, 2859:2, 2864:9, 2866:8, 2887:12, 2897:18, 2897:19, 2902:10, 2910:9
**privilege** [3] - 2888:10, 2892:19, 2902:23
**probe** [1] - 2882:9
**problem** [6] - 2781:13, 2781:18, 2781:20, 2805:25, 2815:11, 2847:23
**problems** [17] - 2780:16, 2780:18, 2780:20, 2780:22, 2780:24, 2781:1, 2781:8, 2781:9, 2781:16, 2791:3, 2811:6, 2831:11, 2844:25, 2848:3, 2848:5, 2849:21, 2902:14
**procedure** [2] - 2820:3, 2854:16
**proceed** [1] - 2843:17
**proceeded** [1] - 2856:1
**PROCEEDINGS** [3] - 2766:14, 2771:23, 2773:1
**Proceedings** [2] - 2842:22, 2916:9
**process** [8] - 2775:23, 2856:15, 2856:16, 2858:23, 2881:11, 2906:9, 2910:24
**PROCTOR** [1] - 2767:3
**produced** [7] - 2866:5, 2866:9, 2873:22, 2874:5, 2874:15, 2913:20, 2914:2
**PRODUCED** [1] - 2771:23
**producing** [1] - 2865:5
**PRODUCTION** [3] - 2766:11, 2769:3, 2769:4
**production** [19] - 2831:5, 2845:1, 2845:17, 2859:17, 2859:23, 2859:24, 2869:20, 2873:22, 2877:3, 2903:15,

2907:11, 2907:15, 2907:18, 2908:16, 2908:20, 2909:10, 2909:20, 2909:22, 2915:23
**professor** [1] - 2847:8
**profile** [4] - 2788:24, 2789:2, 2801:15
**profiles** [12] - 2787:6, 2787:7, 2787:11, 2788:8, 2788:9, 2788:16, 2788:22, 2788:23
**programs** [1] - 2889:13
**progressively** [1] - 2856:17
**project** [2] - 2845:6, 2890:11
**projects** [4] - 2845:6, 2845:13, 2846:17, 2848:1
**proof** [1] - 2774:2
**prop** [3] - 2861:1, 2864:17, 2884:4
**proper** [1] - 2787:18
**properly** [2] - 2843:13, 2873:4
**proportional** [4] - 2785:3, 2785:5, 2785:8, 2900:16
**proposition** [2] - 2817:17, 2821:7
**props** [1] - 2876:13
**prove** [2] - 2899:5, 2906:1
**proven** [1] - 2842:11
**provide** [7] - 2779:20, 2779:22, 2779:23, 2799:13, 2803:23, 2808:24, 2841:25
**provided** [10] - 2802:18, 2802:22, 2808:23, 2808:25, 2809:8, 2812:3, 2812:22, 2815:17, 2815:22, 2879:12
**providing** [2] - 2904:10, 2906:24
**psi** [6] - 2891:18, 2896:16, 2896:20, 2913:22, 2914:2, 2914:3
**published** [2] - 2850:14, 2850:16
**pull** [19] - 2776:25, 2784:19, 2789:13, 2796:11, 2796:21, 2815:15, 2816:22, 2818:2, 2818:25,

2820:21, 2826:7, 2834:11, 2837:12, 2839:23, 2841:19, 2861:21, 2864:4, 2864:5, 2878:3
**punched** [3] - 2815:8, 2815:10, 2874:16
**pure** [1] - 2846:11
**purpose** [4] - 2795:17, 2836:25, 2841:4, 2889:18
**push** [6] - 2794:6, 2801:3, 2862:19, 2862:20, 2864:6, 2864:10
**pushed** [3] - 2859:4, 2863:15, 2887:4
**pushes** [2] - 2879:10
**pushing** [2] - 2794:8, 2794:10
**put** [15] - 2800:11, 2804:2, 2811:23, 2813:9, 2813:25, 2814:17, 2825:6, 2832:10, 2853:20, 2855:3, 2856:5, 2870:14, 2877:16, 2879:25, 2886:13
**putting** [1] - 2805:5

## Q

**QA** [1] - 2825:18
**quadratic** [1] - 2900:21
**qualifications** [1] - 2849:15
**qualifying** [2] - 2912:3, 2912:4
**quantified** [1] - 2902:25
**quantities** [1] - 2873:23
**quarters** [1] - 2782:12
**Queensland** [3] - 2846:5, 2846:13, 2847:1
**questions** [4] - 2837:5, 2837:11, 2839:1, 2842:15
**quick** [1] - 2865:10
**quickly** [2] - 2834:12, 2863:17
**quite** [11] - 2781:18, 2783:21, 2789:22, 2800:12, 2823:13, 2836:18, 2836:20, 2838:14, 2860:23, 2878:10
**quote** [1] - 2865:17

# R

**radius** [2] - 2784:1, 2784:2
**RAFFERTY** [1] - 2767:3
**raise** [1] - 2843:12
**ram** [23] - 2855:9, 2860:9, 2860:18, 2861:8, 2862:11, 2863:21, 2876:14, 2884:3, 2884:7, 2885:25, 2886:20, 2895:9, 2897:24, 2910:6, 2910:8, 2911:17, 2912:12, 2912:17, 2912:23, 2913:1, 2914:14, 2914:16, 2915:4
**rams** [39] - 2855:19, 2855:21, 2855:22, 2857:8, 2858:16, 2859:2, 2860:16, 2860:25, 2861:5, 2862:23, 2863:3, 2863:9, 2863:17, 2864:9, 2864:25, 2865:14, 2865:21, 2874:12, 2879:17, 2883:21, 2885:16, 2886:11, 2886:16, 2887:4, 2895:23, 2895:24, 2898:19, 2899:8, 2899:20, 2899:22, 2910:5, 2910:14, 2912:5, 2912:9, 2914:2, 2914:6
**ran** [6] - 2787:4, 2788:3, 2889:20, 2898:24, 2908:19
**range** [1] - 2779:23
**rarely** [2] - 2890:7, 2902:22
**rate** [112] - 2775:22, 2775:24, 2776:16, 2776:18, 2776:20, 2777:5, 2777:11, 2777:12, 2778:8, 2778:11, 2778:12, 2778:18, 2779:22, 2785:13, 2786:16, 2787:3, 2793:11, 2794:5, 2795:22, 2803:12, 2803:17, 2803:20, 2804:15, 2805:12, 2805:13, 2805:16, 2805:22, 2806:4, 2807:2, 2809:23, 2810:2,

2814:18, 2815:2, 2815:9, 2816:25, 2821:8, 2821:17, 2821:18, 2821:19, 2822:7, 2822:18, 2823:1, 2823:2, 2823:3, 2823:8, 2823:17, 2823:20, 2824:25, 2825:14, 2825:15, 2825:25, 2826:4, 2829:12, 2834:17, 2835:3, 2835:11, 2835:12, 2836:4, 2836:8, 2841:5, 2844:4, 2854:15, 2856:22, 2877:11, 2878:5, 2878:20, 2878:21, 2878:25, 2879:3, 2879:5, 2889:21, 2889:24, 2896:17, 2896:18, 2897:7, 2899:12, 2899:16, 2899:20, 2900:4, 2900:7, 2901:3, 2901:4, 2901:15, 2901:17, 2901:18, 2901:21, 2902:3, 2902:5, 2902:7, 2903:3, 2903:4, 2904:6, 2904:10, 2904:13, 2904:15, 2904:17, 2904:20, 2905:5, 2905:16, 2906:3, 2906:18, 2907:10, 2912:2, 2913:6, 2913:7, 2913:13, 2913:21, 2914:3, 2914:4, 2915:23
**rates** [23] - 2775:15, 2775:17, 2778:9, 2778:25, 2779:7, 2779:23, 2794:24, 2799:14, 2801:9, 2801:17, 2806:9, 2807:25, 2817:15, 2837:1, 2904:18, 2904:23, 2905:21, 2905:23, 2906:5, 2906:10, 2906:12
**rather** [1] - 2861:2
**ratio** [23] - 2784:24, 2785:10, 2789:20, 2797:6, 2797:11, 2798:1, 2798:4, 2798:7, 2798:8, 2798:25, 2799:23, 2805:10, 2814:14, 2823:12, 2823:14, 2824:1, 2824:15,

2827:15, 2827:18, 2827:20, 2827:22, 2839:10, 2896:22
**ratios** [2] - 2795:13, 2797:20
**RE** [2] - 2766:4, 2766:7
**reach** [2] - 2892:24, 2900:6
**reached** [1] - 2855:15
**read** [5] - 2796:2, 2796:11, 2826:16, 2877:1, 2905:24
**reading** [2] - 2821:25, 2896:13
**ready** [2] - 2881:2, 2908:5
**real** [16] - 2830:1, 2830:6, 2830:11, 2830:15, 2830:20, 2831:10, 2831:12, 2834:12, 2836:14, 2859:10, 2861:13, 2884:22, 2891:19, 2902:14, 2906:6, 2906:9
**realistic** [3] - 2861:12, 2864:5, 2891:4
**reality** [13] - 2805:22, 2830:19, 2831:8, 2834:21, 2835:11, 2851:12, 2864:7, 2880:1, 2882:4, 2882:18, 2886:1
**realize** [1] - 2898:21
**really** [24] - 2787:15, 2793:13, 2794:23, 2799:5, 2800:15, 2811:19, 2823:17, 2823:22, 2827:4, 2835:14, 2868:24, 2870:10, 2875:14, 2878:14, 2878:17, 2878:21, 2879:9, 2882:7, 2891:17, 2894:16, 2902:15, 2905:20, 2907:25, 2908:24
**REALTIME** [1] - 2771:17
**reason** [9] - 2784:22, 2785:2, 2788:7, 2847:24, 2859:19, 2883:13, 2896:15, 2901:15, 2909:7
**reasonable** [1] - 2874:17
**reasons** [4] - 2890:24, 2899:4, 2908:10, 2909:21

**reasserting** [1] - 2774:2
**receive** [1] - 2773:18
**received** [2] - 2774:18, 2844:18
**recent** [2] - 2828:6, 2828:8
**recently** [1] - 2828:10
**recess** [2] - 2842:21, 2842:22
**Recess** [1] - 2916:9
**recognize** [5] - 2796:4, 2815:24, 2818:5, 2828:7, 2862:16
**recollection** [1] - 2914:7
**recommending** [1] - 2842:9
**record** [4] - 2843:3, 2843:24, 2867:16, 2885:24
**RECORDED** [1] - 2771:23
**recovered** [8] - 2854:3, 2866:15, 2885:19, 2885:25, 2887:18, 2897:19, 2905:18, 2906:22
**recovering** [1] - 2873:7
**recovery** [2] - 2839:20, 2887:20
**rectangular** [2] - 2840:5, 2840:6
**red** [6] - 2870:7, 2881:13, 2882:13, 2885:10, 2898:8, 2899:21
**Redirect** [1] - 2772:5
**redirect** [2] - 2837:6, 2837:10
**REDIRECT** [1] - 2837:7
**reduce** [1] - 2840:15
**referenced** [1] - 2881:25
**referred** [5] - 2821:10, 2822:11, 2866:18, 2883:7, 2915:15
**referring** [8] - 2780:4, 2830:12, 2831:7, 2838:12, 2866:21, 2868:12, 2911:11, 2914:8
**refers** [2] - 2832:14, 2905:9
**reflects** [1] - 2908:6
**REGAN** [1] - 2769:11
**regard** [4] - 2846:20,

2849:14, 2850:13, 2886:8
**regarding** [1] - 2839:1
**regards** [1] - 2821:10
**regime** [16] - 2796:4, 2797:4, 2797:5, 2797:9, 2797:19, 2798:1, 2799:20, 2799:21, 2800:8, 2800:10, 2800:17, 2800:18, 2800:20, 2800:24, 2801:12, 2820:16
**regimes** [4] - 2776:11, 2776:13, 2796:7, 2801:11
**regions** [1] - 2882:14
**REGISTERED** [1] - 2771:18
**regular** [1] - 2816:20
**rejecting** [1] - 2803:21
**relate** [3] - 2837:1, 2837:2, 2841:14
**related** [9] - 2805:10, 2826:2, 2826:3, 2844:25, 2845:7, 2845:15, 2845:17, 2906:6, 2914:6
**relates** [1] - 2822:12
**relating** [2] - 2784:23, 2819:14
**relation** [3] - 2870:3, 2895:12, 2897:14
**relations** [1] - 2841:18
**relationship** [27] - 2783:4, 2785:9, 2785:10, 2785:12, 2786:16, 2793:17, 2793:20, 2794:20, 2795:21, 2803:19, 2806:1, 2817:15, 2819:16, 2822:19, 2823:6, 2823:7, 2823:9, 2825:24, 2826:13, 2828:24, 2829:6, 2829:14, 2835:20, 2841:5, 2842:11, 2900:21, 2901:9
**relationships** [1] - 2829:12
**relative** [7] - 2797:18, 2797:20, 2799:17, 2800:23, 2801:2, 2801:7
**relatively** [1] - 2883:16
**release** [1] - 2845:25
**released** [2] - 2828:11, 2880:24
**relevant** [3] - 2800:23,

2846:8, 2858:2
**reliability** [1] - 2888:15
**reliable** [2] - 2890:19, 2902:24
**reliably** [1] - 2892:9
**relied** [2] - 2873:22, 2874:3
**rely** [2] - 2873:9, 2909:21
**remaining** [4] - 2774:19, 2774:25, 2775:1, 2888:22
**remarkable** [1] - 2882:19
**remember** [7] - 2776:6, 2787:8, 2799:6, 2802:13, 2827:15, 2890:10, 2913:12
**remind** [3] - 2843:8, 2879:17, 2898:10
**removed** [1] - 2851:6
**RENAISSANCE** [1] - 2770:22
**repeat** [7] - 2776:21, 2783:12, 2803:13, 2812:16, 2816:11, 2907:12, 2912:24
**repeated** [4] - 2851:6, 2851:12, 2886:9, 2886:11
**rephrase** [1] - 2803:9
**replace** [1] - 2820:4
**replica** [2] - 2861:12
**report** [12] - 2779:16, 2782:20, 2795:23, 2796:2, 2852:24, 2854:20, 2854:23, 2894:5, 2906:4, 2906:5, 2907:2, 2913:17
**REPORTER** [3] - 2771:17, 2771:17, 2771:18
**Reporter** [1] - 2916:13
**represent** [3] - 2789:9, 2796:22, 2798:5
**representation** [3] - 2777:4, 2786:9, 2893:11
**representative** [4] - 2788:8, 2788:22, 2788:25, 2789:1
**represented** [1] - 2894:6
**represents** [4] - 2796:6, 2818:5, 2818:7, 2891:12
**required** [1] - 2809:2

**requires** [1] - 2793:5
**research** [11] - 2833:6, 2844:23, 2845:4, 2846:11, 2846:12, 2846:16, 2847:16, 2848:5, 2848:7, 2848:10, 2849:7
**resistance** [11] - 2786:19, 2786:22, 2824:13, 2841:7, 2856:3, 2856:7, 2887:7, 2891:15, 2894:16, 2894:22, 2910:17
**resolve** [1] - 2849:21
**RESOURCES** [1] - 2768:18
**respect** [3] - 2779:12, 2811:22, 2897:6
**respond** [1] - 2774:4
**response** [4] - 2774:6, 2774:10, 2815:19, 2906:22
**rest** [2] - 2856:11, 2874:5
**restate** [1] - 2911:14
**restrict** [1] - 2853:25
**restricted** [1] - 2858:20
**restricting** [1] - 2868:5
**restriction** [26] - 2855:22, 2856:10, 2862:24, 2863:14, 2867:10, 2867:13, 2867:23, 2868:7, 2868:8, 2868:11, 2878:10, 2878:19, 2879:3, 2879:5, 2879:8, 2879:12, 2888:21, 2895:25, 2897:13, 2897:14, 2898:1, 2898:4, 2901:11, 2903:7
**restrictions** [14] - 2854:14, 2855:20, 2856:2, 2857:23, 2877:14, 2886:7, 2888:19, 2892:10, 2892:17, 2893:25, 2894:8, 2900:6, 2900:25, 2903:4
**restrictive** [2] - 2854:8, 2857:4
**result** [10] - 2779:7, 2798:9, 2799:3, 2805:16, 2806:4, 2825:13, 2836:6, 2838:19, 2881:17, 2890:5
**results** [8] - 2775:14,

2775:16, 2827:18, 2827:20, 2878:11, 2878:20, 2879:3, 2915:4
**retained** [1] - 2889:17
**reviewed** [1] - 2850:11
**Reynolds** [5] - 2820:4, 2820:10, 2820:12, 2820:18, 2820:23
**rho** [6] - 2796:15, 2796:18, 2796:22, 2796:24, 2818:9, 2818:12
**RICHARD** [2] - 2768:22, 2771:4
**RICHESON** [1] - 2771:9
**RIG** [1] - 2766:4
**ring** [2] - 2814:17
**ripple** [1] - 2790:22
**ripples** [2] - 2789:23, 2790:7
**rippling** [1] - 2790:2
**riser** [87] - 2778:20, 2778:24, 2779:7, 2779:17, 2779:21, 2782:5, 2782:9, 2782:10, 2782:12, 2783:10, 2783:15, 2784:9, 2787:1, 2787:8, 2787:12, 2788:5, 2788:10, 2788:17, 2788:25, 2789:5, 2791:8, 2791:20, 2792:4, 2794:6, 2794:7, 2794:11, 2795:6, 2799:3, 2799:4, 2799:10, 2800:3, 2800:4, 2800:21, 2800:25, 2801:4, 2801:11, 2801:13, 2802:15, 2809:4, 2812:3, 2825:8, 2827:17, 2827:21, 2827:22, 2834:22, 2834:23, 2838:11, 2846:23, 2848:23, 2855:10, 2857:3, 2857:9, 2859:14, 2867:15, 2867:17, 2867:22, 2868:4, 2868:12, 2868:13, 2868:17, 2869:4, 2869:22, 2870:4, 2870:7, 2870:15, 2870:20, 2874:2, 2874:16, 2875:1, 2876:23, 2880:17, 2882:1, 2882:8,

2882:11, 2899:1, 2899:7, 2903:4, 2903:6, 2905:13, 2906:21, 2907:24, 2910:9, 2911:5, 2911:18, 2911:21, 2912:5
**RMR** [1] - 2771:17
**Robert** [1] - 2773:16
**ROBERT** [2] - 2769:18, 2769:23
**ROBERTS** [1] - 2770:10
**Roberts** [1] - 2797:13
**ROBIN** [1] - 2767:7
**role** [1] - 2848:21
**roll** [1] - 2852:7
**ROOM** [1] - 2771:18
**root** [3] - 2882:4, 2900:18, 2900:21
**rotated** [1] - 2870:14
**rotation** [1] - 2870:9
**ROUGE** [1] - 2768:6
**roughly** [5] - 2805:10, 2815:2, 2872:15, 2875:20, 2880:18
**round** [2] - 2814:22, 2815:1
**ROV** [1] - 2779:13
**ROY** [2] - 2766:22, 2766:23
**rule** [1] - 2876:6
**run** [3] - 2788:20, 2788:21, 2880:9
**running** [3] - 2831:6, 2831:8, 2884:19

# S

**safe** [2] - 2860:2, 2877:7
**safely** [4] - 2833:13, 2833:16, 2852:20, 2907:20
**safer** [1] - 2892:13
**sake** [2] - 2827:2, 2834:22
**sand** [31] - 2851:7, 2851:21, 2851:23, 2853:9, 2859:17, 2859:23, 2859:24, 2865:6, 2866:5, 2869:20, 2873:21, 2873:22, 2874:5, 2874:9, 2874:15, 2877:3, 2881:6, 2882:24, 2902:11, 2903:15, 2907:11, 2907:15, 2907:18, 2907:19, 2908:16,

2908:19, 2909:10, 2909:20, 2909:22, 2915:23
**SARAH** [1] - 2768:23
**Sarah** [1] - 2773:25
**Saskatchewan** [1] - 2844:12
**satisfactory** [1] - 2820:3
**saw** [14] - 2821:20, 2821:22, 2822:8, 2833:19, 2834:2, 2864:9, 2875:9, 2875:21, 2877:1, 2885:19, 2886:2, 2889:20, 2891:7
**scale** [7] - 2781:4, 2781:9, 2797:7, 2836:12, 2896:4, 2896:5, 2898:9
**scaled** [1] - 2798:8
**scan** [1] - 2880:20
**scans** [1] - 2906:20
**scenario** [3] - 2795:5, 2808:2, 2836:17
**schedule** [1] - 2895:8
**SCHELL** [1] - 2771:8
**school** [1] - 2811:19
**science** [10] - 2792:24, 2795:1, 2801:19, 2806:3, 2808:11, 2811:18, 2811:20, 2815:12, 2822:12, 2835:17
**scientific** [2] - 2907:7, 2912:19
**scientifically** [1] - 2893:14
**scientist** [1] - 2845:4
**scientists** [1] - 2811:9
**SCOTT** [1] - 2768:20
**scrape** [1] - 2852:7
**screen** [9] - 2860:24, 2862:1, 2862:6, 2864:16, 2864:19, 2868:25, 2880:13, 2880:18, 2884:18
**screens** [1] - 2880:14
**Sea** [3] - 2845:1, 2845:8, 2845:9
**seal** [5] - 2859:6, 2859:8, 2862:4, 2867:1
**sealed** [1] - 2865:23
**SEAN** [1] - 2770:22
**seat** [1] - 2843:2
**seated** [1] - 2842:23
**second** [13] - 2791:5, 2791:6, 2791:11, 2851:22, 2858:22,

2861:17, 2862:10, 2863:12, 2872:2, 2875:22, 2877:21, 2889:11
**SECTION** [4] - 2766:4, 2766:8, 2766:11, 2768:19
**section** [23] - 2812:3, 2821:15, 2821:21, 2821:25, 2827:17, 2827:21, 2830:12, 2830:25, 2831:20, 2832:22, 2832:24, 2833:1, 2833:15, 2867:5, 2867:7, 2867:19, 2867:20, 2867:21, 2875:23, 2881:7, 2883:6, 2884:25
**sectional** [10] - 2784:24, 2785:3, 2816:16, 2819:8, 2822:10, 2823:3, 2825:12, 2825:25, 2868:2, 2868:3
**sections** [2] - 2819:20, 2820:2
**see** [101] - 2779:6, 2782:3, 2789:23, 2790:1, 2790:2, 2790:7, 2791:23, 2792:9, 2792:13, 2792:16, 2796:9, 2796:16, 2796:23, 2797:2, 2797:15, 2800:7, 2800:9, 2801:11, 2804:2, 2806:19, 2814:6, 2817:19, 2817:24, 2818:1, 2818:4, 2819:19, 2820:6, 2823:16, 2831:19, 2831:22, 2833:19, 2837:17, 2838:16, 2857:19, 2858:8, 2858:10, 2860:24, 2861:24, 2861:25, 2862:6, 2862:14, 2862:15, 2864:16, 2864:19, 2864:20, 2864:22, 2864:25, 2865:12, 2865:14, 2867:6, 2868:16, 2868:18, 2869:2, 2870:9, 2870:12, 2870:13, 2870:21, 2872:2, 2872:6, 2872:7, 2872:10, 2872:13, 2872:15, 2872:25, 2873:4,

2875:10, 2875:17, 2876:2, 2876:15, 2876:17, 2878:12, 2880:14, 2880:17, 2880:23, 2881:6, 2881:13, 2883:10, 2883:13, 2884:12, 2884:15, 2884:20, 2884:24, 2885:13, 2885:19, 2886:4, 2887:3, 2887:19, 2888:7, 2890:2, 2892:2, 2894:20, 2895:5, 2895:12, 2895:14, 2898:8, 2899:21, 2901:6, 2901:10, 2902:6
**seeing** [2] - 2790:16, 2860:21
**seem** [1] - 2887:1
**sees** [3] - 2878:9, 2881:4, 2883:5
**segment** [1] - 2827:19
**segments** [1] - 2782:6
**select** [2] - 2857:12, 2876:23
**selected** [1] - 2873:17
**self** [1] - 2841:13
**self-consistent** [1] - 2841:13
**senior** [1] - 2846:5
**sense** [3] - 2905:16, 2911:2, 2912:10
**sensible** [1] - 2909:6
**separate** [1] - 2814:3
**separated** [1] - 2901:25
**separately** [1] - 2910:12
**series** [3] - 2797:16, 2838:25, 2890:1
**SERVICES** [1] - 2770:19
**SESSION** [1] - 2766:14
**set** [2] - 2855:13, 2862:9
**several** [2] - 2782:6, 2802:1
**severe** [1] - 2859:5
**severed** [3] - 2865:3, 2865:5, 2867:7
**severely** [1] - 2858:22
**severs** [1] - 2858:18
**shape** [8] - 2798:18, 2798:23, 2830:18, 2833:14, 2871:12, 2876:12, 2876:14, 2876:15
**shaped** [4] - 2809:1,

2832:18, 2833:5, 2833:12
**shapes** [3] - 2803:22, 2805:2, 2826:14
**share** [2] - 2847:8, 2861:11
**shared** [2] - 2846:13, 2853:12
**sharp** [1] - 2865:8
**shear** [35] - 2855:9, 2859:2, 2860:9, 2860:18, 2861:5, 2861:7, 2862:11, 2863:21, 2876:14, 2884:3, 2884:7, 2885:16, 2885:25, 2886:16, 2886:20, 2887:4, 2895:9, 2895:24, 2897:24, 2898:19, 2910:6, 2910:8, 2910:14, 2911:17, 2912:5, 2912:9, 2912:12, 2912:17, 2912:23, 2912:25, 2914:1, 2914:6, 2914:14, 2914:16, 2915:4
**sheer** [26] - 2855:19, 2855:21, 2855:22, 2857:8, 2858:16, 2860:25, 2862:23, 2863:3, 2863:17, 2864:9, 2864:11, 2864:25, 2865:14, 2865:21, 2874:12, 2879:17, 2883:21, 2886:10, 2895:23, 2899:8, 2899:20, 2899:22, 2910:5
**sheering** [1] - 2875:18
**SHELL** [1] - 2769:5
**short** [2] - 2774:1, 2867:12
**shortcut** [3] - 2782:23, 2783:2, 2838:20
**shot** [1] - 2910:16
**show** [15] - 2811:17, 2846:3, 2847:1, 2855:23, 2858:22, 2859:14, 2862:7, 2863:3, 2863:12, 2863:18, 2880:3, 2880:6, 2884:5, 2886:17, 2894:14
**showed** [3] - 2823:23, 2858:21, 2904:5
**showing** [3] - 2855:14, 2878:4, 2906:21
**shown** [6] - 2857:16,

2866:4, 2867:3, 2872:8, 2879:24, 2913:25
**shows** [8] - 2842:1, 2851:10, 2875:4, 2884:2, 2884:16, 2894:15, 2895:9, 2897:11
**shut** [1] - 2897:24
**shut-in** [1] - 2897:24
**shuts** [2] - 2858:17, 2858:18
**sibling** [1] - 2872:11
**side** [19] - 2773:9, 2804:3, 2806:24, 2806:25, 2807:3, 2807:4, 2807:9, 2847:12, 2847:16, 2860:2, 2869:9, 2870:11, 2873:6, 2875:21, 2877:7, 2879:8, 2885:9, 2886:25, 2887:5
**sides** [9] - 2783:20, 2862:19, 2863:8, 2863:15, 2873:10, 2876:1, 2883:11, 2885:3, 2885:5
**sideways** [2] - 2863:6, 2883:9
**significance** [3] - 2852:12, 2884:21, 2902:9
**significant** [7] - 2855:19, 2855:22, 2858:5, 2860:3, 2860:22, 2864:6, 2903:6
**Significant** [1] - 2858:9
**significantly** [2] - 2799:10, 2856:1
**signpost** [2] - 2859:16, 2869:13
**signposts** [1] - 2854:11
**similar** [8] - 2794:21, 2794:22, 2796:8, 2876:17, 2886:23, 2888:1, 2889:19, 2890:21
**simple** [5] - 2851:24, 2868:1, 2878:9, 2892:20, 2900:21
**simplest** [4] - 2893:15, 2893:16, 2899:13, 2915:16
**simplification** [1] - 2851:9
**simplify** [3] - 2783:3,

2783:4, 2827:2
**simply** [2] - 2889:15, 2906:17
**simulated** [2] - 2861:19, 2889:23
**simulation** [12] - 2880:7, 2880:8, 2881:18, 2881:25, 2882:4, 2883:14, 2885:17, 2886:19, 2889:6, 2889:20, 2891:20, 2892:5
**simulations** [16] - 2856:13, 2863:11, 2884:2, 2889:17, 2890:17, 2890:21, 2890:23, 2892:18, 2892:20, 2894:11, 2898:17, 2898:24, 2899:25, 2913:21, 2914:5, 2915:15
**simulator** [3] - 2810:3, 2840:23, 2841:10
**SINCLAIR** [1] - 2767:22
**single** [12] - 2775:23, 2776:17, 2777:3, 2780:22, 2820:25, 2821:3, 2821:5, 2822:5, 2829:25, 2838:10, 2839:3, 2839:4
**singled** [2] - 2857:2, 2897:4
**singling** [1] - 2895:23
**sit** [1] - 2884:9
**sits** [2] - 2801:12, 2801:13
**situation** [18] - 2793:1, 2795:7, 2825:9, 2829:25, 2830:24, 2837:21, 2838:2, 2838:22, 2838:23, 2841:1, 2841:16, 2842:5, 2851:9, 2886:9, 2886:23, 2888:2, 2888:11, 2902:14
**situations** [1] - 2792:25
**size** [10] - 2780:8, 2795:11, 2804:18, 2804:22, 2806:25, 2807:4, 2810:6, 2810:24, 2811:24, 2817:24
**sketch** [1] - 2870:9
**skip** [1] - 2821:12
**sliced** [1] - 2873:3
**slide** [10] - 2841:23,

2844:6, 2844:8,
2846:3, 2849:14,
2850:11, 2855:3,
2855:6, 2858:8,
2878:4
**slightly** [3] - 2815:8,
2869:16, 2889:22
**sliver** [1] - 2802:14
**slow** [5] - 2789:16,
2790:11, 2790:16,
2790:25
**slow-moving** [1] -
2790:25
**slowed** [1] - 2884:22
**slowly** [1] - 2790:7
**slug** [9] - 2776:8,
2778:25, 2779:13,
2799:23, 2799:24,
2800:1, 2800:8,
2800:16, 2801:8
**slugging** [5] -
2799:22, 2800:2,
2800:7, 2800:17
**slugs** [3] - 2800:12,
2800:21, 2801:3
**small** [5] - 2783:23,
2784:2, 2784:12,
2802:14, 2880:14
**smaller** [9] - 2786:22,
2789:4, 2791:14,
2793:6, 2827:18,
2832:19, 2833:8,
2867:21, 2868:3
**SMITH** [1] - 2770:21
**smooth** [1] - 2798:7
**snake** [1] - 2884:16
**so-called** [8] -
2845:15, 2848:13,
2848:16, 2865:1,
2869:6, 2869:17,
2889:3, 2900:11
**softer** [1] - 2898:16
**software** [1] - 2830:14
**SOILEAU** [1] -
2767:14
**sole** [1] - 2903:7
**solid** [8] - 2851:6,
2851:7, 2852:16,
2881:5, 2890:9,
2895:4, 2895:9,
2895:11
**solution** [1] - 2826:1
**solve** [2] - 2822:7,
2849:24
**solving** [2] - 2821:16,
2841:13
**something's** [1] -
2888:5
**sometimes** [2] -
2832:19, 2888:1

**somewhat** [2] -
2868:13, 2884:6
**somewhere** [4] -
2797:22, 2798:25,
2871:24, 2880:17
**sophisticated** [2] -
2849:20, 2859:10
**sophistication** [1] -
2790:23
**sorry** [9] - 2792:21,
2804:17, 2808:20,
2809:24, 2828:19,
2833:22, 2852:21,
2911:10, 2915:6
**sort** [25] - 2776:12,
2782:22, 2800:6,
2811:18, 2822:25,
2830:17, 2837:20,
2841:17, 2866:11,
2867:19, 2870:2,
2870:12, 2871:17,
2871:21, 2871:25,
2872:15, 2875:18,
2876:3, 2876:15,
2883:15, 2903:16,
2908:23, 2909:10,
2910:13
**sorts** [1] - 2814:9
**sound** [1] - 2827:25
**sounding** [1] -
2848:10
**sounds** [1] - 2815:12
**sources** [2] - 2817:16,
2873:20
**SOUTH** [4] - 2767:4,
2767:14, 2769:15,
2770:16
**space** [2] - 2794:22,
2814:14
**speaking** [2] - 2776:2,
2797:14
**special** [1] - 2829:24
**specialized** [1] -
2825:8
**specific** [11] -
2782:13, 2783:4,
2783:18, 2791:1,
2795:13, 2797:15,
2798:6, 2829:2,
2832:15, 2833:7,
2882:25
**specifically** [16] -
2782:22, 2784:3,
2791:15, 2799:22,
2801:10, 2805:24,
2811:9, 2812:22,
2819:16, 2820:18,
2824:11, 2828:19,
2831:2, 2833:1,
2837:15, 2842:4

**specifics** [1] - 2790:19
**specified** [1] -
2832:23
**speculate** [2] -
2908:5, 2908:10
**speed** [8] - 2786:14,
2789:25, 2790:3,
2790:4, 2790:9,
2798:7, 2798:9,
2799:8
**speeds** [1] - 2827:7
**spell** [1] - 2843:2
**spend** [1] - 2788:13
**SPILL** [1] - 2766:4
**spill** [1] - 2887:17
**sponsored** [1] -
2848:4
**sponsors** [2] - 2848:2,
2848:18
**spot** [3] - 2881:8,
2881:12, 2883:10
**spots** [2] - 2800:4,
2883:1
**square** [15] - 2792:11,
2792:15, 2804:3,
2804:4, 2805:3,
2805:7, 2805:14,
2805:25, 2806:18,
2808:18, 2810:16,
2814:13, 2814:20,
2900:18, 2900:21
**SQUARE** [1] - 2769:5
**squared** [4] - 2796:18,
2810:8, 2818:10,
2900:16
**squares** [2] - 2796:15,
2805:5
**squeeze** [1] - 2866:24
**squeezing** [1] -
2867:2
**squishing** [1] -
2869:10
**Srdjan** [2] - 2843:4,
2843:25
**SRDJAN** [3] - 2772:8,
2842:25, 2843:4
**stabilize** [5] - 2787:5,
2788:4, 2788:13,
2788:21, 2789:8
**stable** [2] - 2788:22,
2789:2
**stack** [3] - 2900:1,
2910:17, 2912:6
**stacked** [1] - 2895:14
**staff** [1] - 2848:5
**stage** [4] - 2775:23,
2845:21, 2861:1
**stand** [2] - 2835:6,
2881:20
**standard** [3] -

2780:12, 2780:14,
2840:25
**standardly** [1] -
2780:16
**standing** [2] - 2870:6,
2870:19
**star** [1] - 2833:12
**star-shaped** [1] -
2833:12
**start** [13] - 2788:12,
2789:8, 2797:24,
2824:22, 2825:8,
2847:4, 2851:9,
2858:13, 2860:8,
2861:5, 2871:8,
2881:1, 2888:20
**started** [13] - 2788:10,
2847:7, 2889:9,
2889:19, 2891:7,
2897:7, 2904:19,
2905:11, 2910:15,
2910:18, 2911:2,
2911:6, 2913:9
**starting** [4] - 2787:12,
2848:14, 2849:1,
2858:24
**starts** [2] - 2858:15,
2894:21
**STATE** [2] - 2768:3,
2768:4
**state** [9] - 2780:18,
2788:3, 2788:21,
2835:2, 2843:2,
2856:14, 2856:17,
2862:17
**statement** [3] -
2799:19, 2842:11,
2910:20
**statements** [1] -
2812:21
**States** [7] - 2774:1,
2774:13, 2774:14,
2774:24, 2775:9,
2843:7, 2903:22
**states** [1] - 2915:17
**STATES** [4] - 2766:1,
2766:10, 2766:15,
2768:13
**States'** [1] - 2774:15
**STATES'** [1] - 2767:21
**stating** [1] - 2843:23
**stay** [3] - 2807:2,
2817:2, 2817:4
**stayed** [1] - 2833:16,
2835:10
**stays** [2] - 2793:20,
2814:15
**steady** [3] - 2780:18,
2788:3, 2788:21
**stem** [1] - 2851:19

**STENOGRAPHY** [1] -
2771:23
**step** [1] - 2879:19
**STEPHEN** [2] -
2766:19, 2768:14
**STEVEN** [2] - 2768:20,
2770:10
**stick** [5] - 2776:17,
2777:3, 2823:2,
2914:9
**still** [15] - 2775:2,
2781:15, 2790:11,
2790:13, 2795:4,
2800:13, 2800:19,
2800:23, 2814:12,
2851:20, 2865:5,
2866:5, 2875:4,
2877:4, 2910:10
**stock** [3] - 2775:20,
2775:24, 2913:10
**stop** [6] - 2877:21,
2887:9, 2890:24,
2891:9, 2894:24,
2908:3
**stopped** [5] - 2859:20,
2860:3, 2908:1,
2908:2, 2908:8
**story** [2] - 2864:8,
2876:4
**straight** [19] -
2844:20, 2852:6,
2856:15, 2891:21,
2892:15, 2892:22,
2892:23, 2893:3,
2893:4, 2893:7,
2893:10, 2893:15,
2898:15, 2900:19,
2900:20, 2914:23,
2914:25, 2915:1,
2915:13
**straightforward** [1] -
2804:16
**stratified** [11] -
2776:8, 2789:15,
2789:18, 2798:7,
2798:9, 2800:9,
2800:13, 2800:20,
2800:24, 2801:13
**straw** [5] - 2793:3,
2793:5, 2793:6,
2793:9
**stream** [1] - 2863:12
**STREET** [16] -
2766:23, 2767:4,
2767:11, 2767:15,
2767:18, 2768:5,
2768:10, 2769:6,
2769:15, 2769:20,
2770:7, 2770:10,
2770:23, 2771:10,

2771:14, 2771:18
**stress** [2] - 2875:23, 2876:10
**stretch** [2] - 2875:24, 2909:4
**stretching** [4] - 2869:10, 2871:18, 2872:16, 2875:19
**striking** [1] - 2851:11
**string** [1] - 2814:25
**strong** [1] - 2842:11
**students** [3] - 2846:16, 2848:5, 2849:8
**studied** [4] - 2815:11, 2853:4, 2856:22, 2903:9
**studies** [1] - 2849:7
**study** [4] - 2844:14, 2861:21, 2886:7, 2906:11
**studying** [2] - 2811:19, 2847:23
**stuff** [2] - 2776:24, 2873:12
**subject** [2] - 2843:13, 2897:8
**subjects** [1] - 2893:21
**submitted** [1] - 2852:24
**substantially** [1] - 2799:3
**substitute** [2] - 2821:17, 2823:9
**Substituting** [1] - 2821:16
**substituting** [1] - 2822:2
**substitution** [1] - 2823:24
**subtract** [1] - 2792:7
**subtraction** [1] - 2823:15
**succinctly** [1] - 2877:16
**suck** [1] - 2793:4
**sudden** [4] - 2865:8, 2885:4, 2887:3
**suffices** [1] - 2893:12
**sufficient** [4] - 2851:23, 2852:5, 2873:23, 2892:9
**sufficiently** [1] - 2863:4
**suggested** [1] - 2859:24
**SUITE** [9] - 2766:23, 2767:4, 2767:18, 2769:6, 2770:7, 2770:10, 2770:23,

2771:4, 2771:10
**sum** [5] - 2778:12, 2802:21, 2835:23, 2900:22
**summarize** [4] - 2851:15, 2853:5, 2853:17, 2857:1
**summarizes** [1] - 2853:12
**summarizing** [1] - 2894:10
**summary** [2] - 2855:6, 2856:18
**superficial** [5] - 2777:23, 2777:25, 2789:19, 2796:25
**support** [3] - 2821:6, 2848:8, 2848:20
**supports** [1] - 2808:11
**supposed** [2] - 2774:4, 2880:16
**surely** [2] - 2799:2, 2859:18
**surface** [11] - 2789:24, 2790:2, 2839:13, 2848:16, 2851:6, 2851:11, 2851:23, 2851:25, 2852:4, 2852:7, 2876:3
**surfaces** [2] - 2876:12, 2876:14
**surprised** [1] - 2822:25
**surrebuttal** [1] - 2774:3
**Susan** [2] - 2916:13, 2916:17
**SUSAN** [2] - 2771:17, 2916:16
**susan_zielie@laed. uscourts.gov** [1] - 2771:20
**suspect** [1] - 2818:18
**SUTHERLAND** [1] - 2770:9
**swing** [2] - 2863:6, 2883:9
**swinging** [1] - 2887:2
**swings** [1] - 2881:9
**swirl** [2] - 2880:24, 2884:24
**switch** [1] - 2872:3
**switched** [1] - 2844:25
**sworn** [1] - 2842:25
**system** [14] - 2785:20, 2785:25, 2795:14, 2800:5, 2817:23, 2826:23, 2827:11, 2827:23, 2852:17, 2853:10, 2866:5,

2874:9, 2882:20, 2894:1

# T

**table** [3] - 2773:9, 2828:13, 2831:15
**talks** [1] - 2841:22
**tank** [20] - 2775:20, 2775:24, 2804:1, 2804:3, 2804:17, 2806:2, 2806:15, 2806:25, 2807:1, 2807:3, 2807:4, 2807:11, 2807:13, 2813:9, 2814:1, 2814:18, 2814:19, 2815:3, 2815:8, 2815:10
**tanks** [1] - 2807:6
**task** [1] - 2905:12
**taught** [2] - 2846:13, 2847:14
**teach** [1] - 2847:5
**teaching** [4] - 2846:12, 2847:8, 2847:12, 2861:10
**teaching-research** [1] - 2846:12
**technique** [5] - 2849:24, 2850:2, 2854:6, 2900:9, 2900:10
**techniques** [1] - 2849:21
**technology** [1] - 2835:16
**Technology** [8] - 2844:21, 2844:22, 2845:3, 2845:12, 2846:4, 2847:11, 2847:17, 2847:19
**temperature** [9] - 2781:6, 2787:6, 2788:8, 2788:15, 2788:17, 2788:18, 2788:23, 2794:1, 2824:14
**ten** [2] - 2797:23, 2891:24
**tend** [3] - 2790:22, 2873:9, 2883:9
**tender** [1] - 2849:13
**tends** [1] - 2800:3
**tenure** [1] - 2846:25
**term** [5] - 2798:4, 2818:14, 2849:14, 2867:16, 2867:19
**termed** [1] - 2799:11
**terms** [14] - 2776:2,

2792:22, 2793:10, 2797:16, 2798:1, 2850:13, 2851:24, 2852:12, 2853:13, 2858:12, 2887:11, 2903:12, 2913:4, 2913:23
**terrain** [2] - 2800:2, 2800:7
**terrain-induced** [2] - 2800:2, 2800:7
**testified** [12] - 2779:25, 2780:11, 2784:21, 2785:15, 2787:4, 2787:10, 2787:16, 2789:10, 2821:2, 2828:2, 2843:1, 2907:21
**Testimony** [1] - 2772:3
**testimony** [15] - 2786:24, 2788:24, 2793:24, 2801:14, 2803:10, 2803:18, 2803:21, 2805:12, 2814:17, 2816:23, 2817:2, 2824:8, 2824:19, 2824:23, 2843:14
**text** [1] - 2811:18
**textbook** [3] - 2817:13, 2842:7, 2842:8
**texts** [1] - 2811:7
**THE** [85] - 2766:4, 2766:5, 2766:7, 2766:15, 2766:19, 2767:21, 2768:3, 2768:13, 2773:7, 2773:21, 2774:7, 2774:11, 2774:19, 2774:23, 2775:4, 2775:6, 2787:19, 2790:3, 2790:4, 2814:22, 2814:24, 2820:21, 2825:4, 2833:24, 2837:6, 2837:23, 2838:3, 2838:5, 2838:7, 2842:16, 2842:19, 2842:21, 2842:23, 2843:2, 2843:4, 2843:11, 2843:18, 2850:23, 2854:24, 2870:18, 2870:19, 2872:6, 2872:7, 2872:22, 2872:24, 2872:25, 2873:2, 2882:21, 2882:22, 2882:23, 2883:3,

2896:4, 2896:5, 2896:6, 2896:7, 2896:9, 2896:10, 2896:11, 2896:12, 2896:13, 2896:14, 2903:19, 2903:20, 2905:24, 2908:13, 2908:15, 2908:16, 2908:18, 2908:21, 2908:22, 2908:23, 2908:24, 2908:25, 2909:2, 2909:9, 2909:11, 2909:12, 2909:13, 2909:15, 2911:9, 2911:11, 2911:13, 2911:14, 2916:3, 2916:7
**therefore** [12] - 2849:10, 2852:5, 2856:8, 2857:21, 2863:14, 2864:16, 2868:5, 2876:10, 2877:4, 2878:13, 2910:17, 2912:3
**thesis** [3] - 2846:18, 2846:19, 2849:3
**they've** [2] - 2823:6, 2872:4
**thicker** [1] - 2790:21
**thinking** [2] - 2908:25, 2909:2
**THIRD** [1] - 2768:5
**third** [14] - 2784:6, 2852:1, 2859:14, 2869:14, 2869:17, 2872:17, 2874:1, 2874:10, 2875:22, 2877:1, 2889:12, 2907:23
**thirds** [1] - 2783:19
**THOMAS** [2] - 2767:3, 2768:19
**thousand** [6] - 2794:7, 2794:9, 2794:19, 2894:12, 2899:25, 2914:5
**thousands** [3] - 2791:13, 2884:1, 2884:2
**three** [14] - 2782:12, 2793:25, 2802:11, 2811:25, 2831:5, 2850:15, 2868:17, 2869:2, 2872:7, 2872:13, 2874:6, 2892:12, 2911:1
**three-quarters** [1] - 2782:12
**throughout** [2] - 2788:23, 2826:18

**throw** [1] - 2792:3
**thrust** [1] - 2906:19
**tight** [4] - 2864:13, 2881:8, 2881:11, 2883:10
**Tim** [6] - 2815:25, 2816:12, 2833:17, 2833:19, 2834:1
**timekeepers** [1] - 2774:23
**timeline** [4] - 2858:9, 2863:18, 2901:7, 2903:16
**tiny** [1] - 2795:11
**titled** [1] - 2858:8
**TO** [1] - 2773:4
**today** [3] - 2846:9, 2846:22, 2853:14
**together** [12] - 2814:4, 2814:11, 2838:20, 2864:6, 2864:10, 2894:13, 2895:15, 2895:24, 2910:13, 2911:1, 2911:19, 2913:25
**TOLLES** [1] - 2770:13
**took** [15] - 2779:1, 2798:8, 2809:1, 2810:12, 2812:25, 2815:7, 2847:10, 2855:9, 2862:16, 2873:3, 2879:23, 2890:2, 2908:7, 2910:12, 2913:5
**tool** [2] - 2867:2, 2889:5
**top** [10] - 2790:1, 2795:8, 2800:14, 2815:20, 2819:7, 2857:18, 2865:1, 2870:4, 2870:14, 2875:12
**topic** [4] - 2817:20, 2850:10, 2900:3, 2916:4
**topics** [3] - 2844:16, 2850:15
**TORTS** [1] - 2768:14
**total** [7] - 2775:23, 2778:11, 2802:24, 2802:25, 2829:19, 2836:15, 2898:4
**totally** [2] - 2862:14, 2907:22
**touches** [1] - 2839:13
**touching** [1] - 2802:14
**towards** [2] - 2848:3, 2884:9
**TOWER** [1] - 2770:22
**tower** [1] - 2839:1

**traditional** [1] - 2801:12
**TRANSCRIPT** [2] - 2766:14, 2771:23
**transcript** [1] - 2916:14
**transform** [5] - 2780:12, 2834:5, 2834:6, 2834:9
**transformation** [17] - 2780:14, 2786:10, 2786:11, 2789:6, 2795:16, 2809:22, 2811:6, 2811:10, 2811:11, 2811:12, 2816:17, 2816:18, 2832:4, 2832:15, 2832:23, 2833:7, 2840:25
**transformations** [2] - 2832:14, 2832:18
**transforming** [1] - 2830:22
**transient** [15] - 2780:20, 2889:3, 2889:6, 2889:16, 2892:5, 2892:18, 2892:19, 2898:17, 2898:20, 2905:16, 2914:19, 2914:22, 2915:15, 2916:1
**translated** [1] - 2851:24
**TRANSOCEAN** [3] - 2770:3, 2770:3, 2770:5
**transparent** [2] - 2884:12, 2898:10
**transpose** [1] - 2899:24
**traveled** [1] - 2860:15
**treated** [1] - 2813:1
**tremendously** [1] - 2856:3
**trend** [2] - 2892:21, 2893:1
**TREX-11529R** [1] - 2854:18
**TREX-11683.57** [1] - 2839:23
**TREX-130544.444** [1] - 2837:12
**TRIAL** [1] - 2766:14
**tried** [5] - 2827:1, 2862:4, 2890:22, 2897:9, 2904:6
**TRITON** [1] - 2766:8
**true** [30] - 2781:17, 2782:23, 2784:11, 2784:13, 2784:15,

2784:16, 2784:18, 2789:1, 2795:2, 2795:20, 2797:10, 2799:19, 2816:10, 2816:12, 2826:6, 2827:11, 2834:16, 2834:20, 2834:25, 2835:3, 2835:25, 2836:1, 2836:23, 2852:14, 2904:12, 2906:19, 2907:16, 2910:5, 2910:13, 2914:21
**truth** [1] - 2910:21
**try** [7] - 2813:15, 2835:21, 2841:16, 2897:8, 2904:8, 2905:12, 2914:19
**trying** [13] - 2784:6, 2793:4, 2799:12, 2799:13, 2813:23, 2830:24, 2834:8, 2835:15, 2888:7, 2898:10, 2904:16, 2906:1, 2913:6
**turbulent** [2] - 2820:19, 2820:24
**turn** [10] - 2860:7, 2863:16, 2865:10, 2865:25, 2873:15, 2877:10, 2878:23, 2885:4, 2885:5, 2916:1
**turning** [1] - 2867:20
**turns** [1] - 2887:3
**twice** [2] - 2857:14, 2911:8
**two** [73] - 2776:13, 2779:3, 2783:19, 2784:9, 2786:8, 2787:5, 2790:10, 2790:15, 2794:16, 2802:7, 2802:10, 2802:15, 2802:16, 2803:11, 2803:16, 2803:22, 2805:2, 2805:22, 2807:19, 2808:5, 2808:15, 2809:8, 2809:9, 2809:10, 2809:16, 2809:19, 2810:5, 2816:23, 2854:11, 2857:13, 2857:25, 2860:25, 2861:20, 2861:25, 2862:9, 2862:13, 2864:18, 2867:6, 2869:6, 2869:14, 2869:16, 2871:6, 2871:23, 2872:7, 2872:18,

2873:11, 2873:20, 2874:5, 2874:19, 2876:9, 2876:20, 2882:13, 2882:25, 2883:14, 2883:17, 2885:5, 2888:14, 2892:7, 2892:11, 2894:10, 2894:13, 2902:14, 2902:23, 2903:1, 2905:19, 2907:16, 2911:25, 2914:20, 2914:23, 2915:12, 2915:17, 2915:22
**two-thirds** [1] - 2783:19
**TX** [3] - 2770:11, 2770:23, 2771:5
**type** [3] - 2847:14, 2848:7, 2891:22
**types** [2] - 2776:9, 2781:15
**typically** [4] - 2818:12, 2818:13, 2821:18, 2846:2

---

# U

**U.S** [2] - 2768:13, 2768:17
**UG** [1] - 2796:25
**ultimate** [2] - 2901:2, 2903:2
**um-hum** [1] - 2777:24
**unambiguous** [1] - 2866:12
**unambiguously** [1] - 2902:6
**uncontrolled** [1] - 2845:25
**under** [5] - 2775:2, 2818:2, 2818:22, 2837:16, 2850:21
**undergraduate** [1] - 2847:14
**understood** [5] - 2802:23, 2813:5, 2839:4, 2843:16, 2857:19
**uneroded** [1] - 2864:9
**unfortunately** [3] - 2792:24, 2795:1, 2795:20
**unintuitive** [3] - 2811:4, 2811:20, 2815:4
**unique** [4] - 2800:15, 2840:21, 2840:24, 2888:10
**unit** [3] - 2775:20,

2775:21, 2775:22
**United** [8] - 2774:1, 2774:13, 2774:14, 2774:15, 2774:24, 2775:9, 2843:7, 2903:22
**UNITED** [4] - 2766:1, 2766:10, 2766:15, 2768:13
**units** [3] - 2775:18, 2913:22, 2913:23
**universal** [2] - 2877:24, 2897:3
**universally** [1] - 2902:6
**University** [9] - 2844:11, 2844:12, 2846:5, 2846:13, 2846:25, 2847:1, 2847:4, 2847:7, 2847:25
**unlikely** [1] - 2790:25
**unquote** [1] - 2865:17
**unusual** [1] - 2902:14
**up** [61] - 2776:25, 2778:2, 2789:13, 2790:16, 2794:9, 2797:22, 2798:8, 2798:15, 2799:1, 2800:11, 2800:19, 2801:4, 2812:19, 2815:15, 2815:20, 2819:7, 2821:15, 2823:19, 2829:17, 2835:23, 2837:11, 2837:12, 2839:23, 2841:19, 2844:5, 2851:1, 2853:11, 2853:25, 2855:3, 2857:7, 2858:1, 2858:22, 2861:1, 2861:4, 2861:17, 2862:8, 2862:10, 2863:2, 2863:17, 2863:23, 2864:1, 2864:18, 2870:18, 2870:23, 2878:3, 2878:15, 2880:7, 2881:25, 2883:21, 2883:22, 2884:4, 2884:7, 2886:10, 2886:18, 2893:18, 2895:14, 2900:1, 2900:22, 2900:23, 2901:19, 2912:6
**upper** [12] - 2857:9, 2865:25, 2866:13, 2866:15, 2866:24, 2867:10, 2879:18, 2910:8, 2911:5,

2911:17, 2911:20, 2912:7
**upstream** [5] - 2800:20, 2800:25, 2827:17, 2827:19, 2872:18
**upwards** [1] - 2871:11
**user** [3] - 2828:2, 2828:6, 2828:8
**users** [1] - 2832:16
**uses** [2] - 2785:15, 2834:9

## V

**valve** [3] - 2858:17, 2866:23, 2866:24
**variables** [6] - 2822:12, 2822:19, 2825:19, 2826:2, 2841:14, 2841:18
**various** [10] - 2828:15, 2845:14, 2848:11, 2868:14, 2879:16, 2879:21, 2890:24, 2901:13, 2906:20
**vary** [1] - 2794:24
**Vaziri** [9] - 2859:23, 2873:21, 2874:3, 2877:2, 2907:18, 2907:23, 2908:15, 2909:24
**Vaziri's** [6] - 2874:9, 2877:7, 2907:10, 2907:14, 2909:17, 2909:21
**velocities** [49] - 2785:17, 2785:18, 2785:20, 2786:4, 2786:7, 2786:9, 2786:24, 2786:25, 2789:18, 2789:19, 2789:20, 2789:21, 2793:14, 2795:21, 2797:5, 2797:8, 2797:20, 2797:21, 2798:22, 2799:7, 2799:17, 2799:18, 2800:23, 2801:2, 2801:7, 2801:18, 2806:8, 2811:13, 2817:2, 2817:4, 2819:15, 2824:16, 2826:13, 2826:20, 2826:21, 2826:22, 2827:5, 2827:10, 2828:25, 2836:23, 2837:2, 2840:17, 2840:19, 2841:2, 2841:3, 2841:8,

2841:9
**velocity** [68] - 2776:19, 2777:17, 2777:23, 2778:1, 2778:4, 2778:5, 2778:15, 2787:5, 2787:10, 2788:9, 2788:24, 2789:1, 2791:10, 2793:20, 2794:4, 2794:20, 2794:23, 2796:25, 2797:1, 2797:18, 2797:25, 2798:15, 2798:18, 2798:19, 2798:20, 2799:1, 2799:2, 2799:4, 2799:6, 2799:9, 2801:15, 2803:23, 2818:14, 2818:18, 2822:2, 2822:6, 2822:8, 2822:16, 2823:3, 2825:17, 2825:23, 2826:3, 2826:4, 2826:7, 2827:8, 2827:11, 2829:10, 2829:14, 2834:18, 2834:19, 2834:20, 2835:2, 2835:4, 2835:5, 2835:7, 2835:10, 2836:3, 2841:6, 2841:11, 2852:20, 2900:16, 2900:18
**verified** [1] - 2903:13
**verify** [1] - 2874:8
**versa** [1] - 2879:6
**version** [7] - 2828:9, 2863:2, 2863:7, 2864:8, 2879:23, 2884:22, 2914:12
**versus** [3] - 2793:20, 2878:4, 2902:10
**vertical** [1] - 2894:16
**vice** [1] - 2879:6
**vice-versa** [1] - 2879:6
**video** [1] - 2800:11
**videos** [1] - 2779:13
**view** [6] - 2840:9, 2868:9, 2871:6, 2875:8, 2884:9, 2910:24
**virgin** [1] - 2889:9
**virtual** [1] - 2861:20
**virtually** [1] - 2862:13
**viscosity** [2] - 2790:21, 2902:2
**visible** [2] - 2876:1, 2880:13
**visual** [2] - 2874:7, 2893:9

**visually** [1] - 2891:8
**volume** [4] - 2775:21, 2775:22, 2807:10, 2809:3
**volumetric** [15] - 2775:17, 2775:22, 2785:13, 2787:3, 2793:11, 2794:4, 2794:24, 2801:17, 2821:19, 2822:6, 2822:18, 2823:2, 2825:13, 2825:25, 2826:4

## W

**wait** [4] - 2787:19, 2905:24
**walk** [4] - 2809:12, 2810:4, 2823:22, 2855:8
**wall** [3] - 2793:16, 2845:24
**walls** [2] - 2788:16, 2811:4
**WARREN** [1] - 2771:13
**WASHINGTON** [5] - 2768:15, 2768:24, 2769:20, 2769:24, 2771:14
**watched** [1] - 2880:24
**water** [11] - 2804:1, 2804:3, 2804:14, 2804:15, 2806:15, 2807:6, 2813:9, 2814:1, 2815:7, 2833:23, 2839:1
**wave** [1] - 2915:6
**waves** [3] - 2789:23, 2790:8, 2790:16
**wavy** [2] - 2776:8, 2798:9
**ways** [2] - 2853:11, 2886:23
**week** [4] - 2856:1, 2859:1, 2910:6, 2910:25
**weeks** [3] - 2874:5, 2874:6, 2877:11
**weight** [1] - 2843:13
**WEINER** [1] - 2771:9
**WEITZ** [1] - 2767:7
**well-made** [1] - 2864:7
**wetted** [15] - 2782:17, 2784:25, 2785:5, 2785:11, 2793:18, 2802:18, 2802:24, 2808:3, 2808:25, 2809:16, 2809:18,

2809:19, 2815:1, 2824:1, 2829:6
**whereas** [1] - 2848:2
**white** [1] - 2880:16
**WHITELEY** [1] - 2768:8
**whole** [8] - 2784:7, 2807:5, 2814:18, 2895:24, 2903:16, 2904:9, 2905:25, 2910:24
**whoops** [1] - 2876:16
**wildly** [1] - 2907:8
**wind** [2] - 2797:22, 2800:19
**winds** [1] - 2886:14
**WINFIELD** [1] - 2767:22
**withdraw** [1] - 2830:1
**withdrawn** [1] - 2859:3
**WITNESS** [26] - 2775:4, 2790:4, 2814:24, 2838:5, 2838:7, 2843:4, 2870:19, 2872:7, 2872:24, 2873:2, 2882:22, 2883:3, 2896:5, 2896:7, 2896:10, 2896:12, 2896:14, 2903:19, 2908:15, 2908:18, 2908:22, 2908:24, 2909:2, 2909:11, 2909:13, 2911:13
**witness** [5] - 2787:20, 2833:23, 2842:17, 2842:18, 2850:19
**wonder** [1] - 2890:12
**word** [5] - 2777:25, 2805:8, 2832:14, 2907:4, 2907:8
**words** [8] - 2776:13, 2789:17, 2853:20, 2870:8, 2885:21, 2888:6, 2892:22, 2900:17
**workers** [1] - 2773:8
**works** [1] - 2775:18
**world** [2] - 2847:24, 2907:8
**worry** [2] - 2778:2, 2778:6
**WRIGHT** [1] - 2766:22
**wrote** [1] - 2832:12

## X

**x-axis** [1] - 2797:16

## Y

**y-axis** [2] - 2796:18, 2797:16
**year** [5] - 2790:6, 2790:10, 2790:13, 2790:15, 2797:21
**years** [4] - 2846:1, 2849:1, 2888:5
**yesterday** [10] - 2775:17, 2776:4, 2778:22, 2779:25, 2780:11, 2781:25, 2789:10, 2800:12, 2817:14, 2828:2
**YORK** [2] - 2767:8, 2771:3
**yourself** [2] - 2870:19, 2896:23

## Z

**ZALDIVAR** [1] - 2772:4
**Zaldivar** [6] - 2775:2, 2775:9, 2775:11, 2837:4, 2837:9, 2837:20
**Zielie** [2] - 2916:13, 2916:17
**ZIELIE** [2] - 2771:17, 2916:17
**Zimmerman** [2] - 2773:16, 2774:16

"

**"MIKE"** [1] - 2769:23