1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
    *DEEPWATER HORIZON* IN THE            *
5   GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                       *
6   Applies to:                        *   New Orleans, Louisiana
                                       *
7   Docket 10-CV-02771,                *   October 17, 2013
    *IN RE:  THE COMPLAINT AND*          *
8   *PETITION OF TRITON ASSET*           *
    *LEASING GmbH, et al.*               *
9                                      *
    Docket 10-CV-4536,                 *
10  *UNITED STATES OF AMERICA v.*        *
    *BP EXPLORATION & PRODUCTION,*       *
11  *INC., et al.*                       *
                                       *
12  * * * * * * * * * * * * * * * * * *

13

14              DAY 11, AFTERNOON SESSION
           TRANSCRIPT OF NONJURY TRIAL BEFORE
15          THE HONORABLE CARL J. BARBIER
             UNITED STATES DISTRICT JUDGE

16

17  Appearances:

18
    For the Plaintiffs:          Herman Herman & Katz, LLC
19                               BY:  STEPHEN J. HERMAN, ESQ.
                                 820 O'Keefe Avenue
20                               New Orleans, Louisiana 70113

21
    For the Plaintiffs:          Domengeaux Wright Roy
22                                 & Edwards, LLC
                                 BY:  JAMES P. ROY, ESQ.
23                               556 Jefferson Street, Suite 500
                                 Post Office Box 3668
24                               Lafayette, Louisiana 70502

25

OFFICIAL TRANSCRIPT

2918

1   Appearances:

2

3   For the Plaintiffs:              Levin Papantonio Thomas Mitchell
                                       Rafferty & Proctor, PA
                                     BY:  BRIAN H. BARR, ESQ.
4                                    316 South Baylen Street, Suite 600
                                     Post Office Box 12308
5                                    Pensacola, Florida 32591

6

7   For the Plaintiffs:              Irpino Law Firm
                                     BY:  ANTHONY IRPINO, ESQ.
                                     2216 Magazine Street
8                                    New Orleans, Louisiana 70130

9

10  For the Plaintiffs:              Weitz & Luxenberg, PC
                                     BY:  ROBIN L. GREENWALD, ESQ.
                                     700 Broadway
11                                   New York, New York 10003

12

13  For the Plaintiffs:              Lundy Lundy Soileau & South, LLP
                                     BY:  MATTHEW E. LUNDY, ESQ.
                                     501 Broad Street
14                                   Lake Charles, Louisiana 70601

15

16  For the Plaintiffs:              Morgan & Morgan
                                     BY:  FRANK M. PETOSA, ESQ.
                                     188 East Capital Street, Suite 777
17                                   Jackson, Mississippi 39201

18

19  For the States'                 Attorney General's Office
    Interests:                      BY:  COREY L. MAZE, ESQ.
                                          WINFIELD J. SINCLAIR, ESQ.
20                                   500 Dexter Avenue
                                     Montgomery, Alabama 36130

21

22  For the State of                Attorney General's Office
    Louisiana:                      BY:  JAMES D. CALDWELL, ESQ.
23                                   1885 North Third Street
                                     Post Office Box 94005
24                                   Baton Rouge, Louisiana 70804

25

OFFICIAL TRANSCRIPT

```
1    Appearances:

2
     For the State of              Kanner & Whiteley, LLC
3    Louisiana:                    BY:  ALLAN KANNER, ESQ.
                                         DOUGLAS R. KRAUS, ESQ.
4                                  701 Camp Street
                                   New Orleans, Louisiana 70130
5

6    For the United States         U.S. Department of Justice
     of America:                   Torts Branch, Civil Division
7                                  BY:  STEPHEN G. FLYNN, ESQ.
                                   Post Office Box 14271
8                                  Washington, D.C. 20044

9
     For the United States         U.S. Department of Justice
10   of America:                   Environment & Natural Resources
                                   Environmental Enforcement Section
11                                 BY:   THOMAS BENSON, ESQ.
                                         STEVEN O'ROURKE, ESQ.
12                                       SCOTT CERNICH, ESQ.
                                         A. NATHANIEL CHAKERES, ESQ.
13                                       ANNA CROSS, ESQ.
                                         BETHANY ENGEL, ESQ.
14                                       RICHARD GLADSTEIN, ESQ.
                                         JUDY HARVEY, ESQ.
15                                       SARAH HIMMELHOCH, ESQ.
                                   Post Office Box 7611
16                                 Washington, D.C. 20044

17
     For BP Exploration &          Liskow & Lewis, APLC
18   Production Inc.,              BY:  DON K. HAYCRAFT, ESQ.
     BP America Production         701 Poydras Street, Suite 5000
19   Company, BP PLC:              New Orleans, Louisiana 70139

20
     For BP Exploration &          Kirkland & Ellis, LLP
21   Production Inc.,              BY:   J. ANDREW LANGAN, ESQ.
     BP America Production               HARIKLIA "CARRIE" KARIS, ESQ.
22   Company, BP PLC:                    MATTHEW T. REGAN, ESQ.
                                         PAUL D. COLLIER, ESQ.
23                                       BARRY E. FIELDS, ESQ.
                                   300 N. Lasalle
24                                 Chicago, Illinois 60654

25
```

1    <u>Appearances</u>:

2

3    For BP Exploration &              Kirkland & Ellis, LLP
     Production Inc.,                  BY:  MARTIN BOLES, ESQ.
     BP America Production             333 South Hope Street
4    Company, BP PLC:                  Los Angeles, California 90071

5

6    For BP Exploration &              Kirkland & Ellis, LLP
     Production Inc.,                  BY:  ROBERT R. GASAWAY, ESQ.
     BP America Production                  JOSEPH A. EISERT, ESQ.
7    Company, BP PLC:                       BRIDGET K. O'CONNOR, ESQ.
                                       655 Fifteenth Street, N.W.
8                                      Washington, D.C. 20005

9

10   For BP Exploration &              Covington & Burling, LLP
     Production Inc.,                  BY:  ROBERT C. "MIKE" BROCK, ESQ.
     BP America Production             1201 Pennsylvania Avenue, N.W.
11   Company, BP PLC:                  Washington, D.C. 20004

12

13   For Transocean Holdings           Frilot, LLC
     LLC, Transocean Offshore          BY:  KERRY J. MILLER, ESQ.
     Deepwater Drilling Inc.,          1100 Poydras Street, Suite 3700
14   Transocean Deepwater Inc.:        New Orleans, Louisiana 70163

15

16   For Transocean Holdings           Sutherland Asbill & Brennan, LLP
     LLC, Transocean Offshore          BY:  STEVEN L. ROBERTS, ESQ.
     Deepwater Drilling Inc.,          1001 Fannin Street, Suite 3700
17   Transocean Deepwater Inc.:        Houston, Texas 77002

18

19   For Transocean Holdings           Munger Tolles & Olson, LLP
     LLC, Transocean Offshore          BY:  MICHAEL R. DOYEN, ESQ.
     Deepwater Drilling Inc.,               BRAD D. BRIAN, ESQ.
20   Transocean Deepwater Inc.:             LUIS LI, ESQ.
                                            GRANT A. DAVIS-DENNY, ESQ.
21                                          ALLEN M. KATZ, ESQ.
                                       355 S. Grand Avenue, 35th Floor
22                                     Los Angeles, California 90071

23

24

25

OFFICIAL TRANSCRIPT

1    Appearances:

2

3    For Halliburton Energy        Godwin Lewis, PC
     Services, Inc.:               BY:   DONALD E. GODWIN, ESQ.
                                         JENNY L. MARTINEZ, ESQ.
4                                        BRUCE W. BOWMAN JR., ESQ.
                                         PRESCOTT W. SMITH, ESQ.
5                                        SEAN W. FLEMING, ESQ.
                                   1201 Elm Street, Suite 1700
6                                  Dallas, Texas 75270

7

8    For Halliburton Energy:       Godwin Lewis, PC
     Services, Inc.:               BY:   R. ALAN YORK, ESQ.
                                         GWENDOLYN E. RICHARD, ESQ.
9                                  1331 Lamar, Suite 1665
                                   Houston, Texas 77010

10

11   For Anadarko Petroleum        Kuchler Polk Schell Weiner
     Corporation, Anadarko           & Richeson, LLC
12   E&P Company LP:               BY:   DEBORAH D. KUCHLER, ESQ.
                                   1615 Poydras Street, Suite 1300
13                                 New Orleans, Louisiana 70112

14

15   For Anadarko Petroleum        Bingham McCutchen, LLP
     Corporation, Anadarko         BY:   WARREN A. FITCH, ESQ.
16   E&P Company LP:                     KY E. KIRBY, ESQ.
                                   2020 K Street, N.W.
17                                 Washington, D.C. 20006

18   Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                                   500 Poydras Street, Room HB-406
19                                 New Orleans, Louisiana 70130
                                   (504) 589-7778
20                                 Toni_Tusa@laed.uscourts.gov

21

22

23

24

25   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.

1                          <u>I N D E X</u>

2                                                        <u>PAGE</u>
   Srdjan Nesic
3        Cross-Examination By Ms. Cross              2923
         Redirect Examination By Mr. Brock          2963
4
   Andreas Momber
5        Voir Dire By Ms. O'Connor                   2965
         Direct Examination By Ms. O'Connor         2973
6        Cross-Examination By Mr. Cernich           2993

7  Adrian Johnson
         Voir Dire By Mr. Regan                      3030
8        Direct Examination By Mr.Regan             3038
         Cross-Examination By Mr. Benson            3093
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                       OFFICIAL TRANSCRIPT

1                    <u>**AFTERNOON SESSION**</u>

2                        **(October 17, 2013)**

3          **THE COURT:**  Please be seated, everyone.

4                All right, Ms. Cross.

5          **MS. CROSS:**  Thank you, Your Honor.

6                        **SRDJAN NESIC,**

7       having been duly sworn, testified as follows:

8                     **CROSS-EXAMINATION**

9       BY MS. CROSS:

10      **Q.**   Dr. Nesic, your transient simulations exploded after 10 to

11      12 days of modeling, right?

12      **A.**   That's right.  My transient simulations did not give

13      realistic results after about 10 days -- beyond 10 days.

14      **Q.**   Let's take a look at D-22800.

15           Dr. Nesic, these are images you included in your

16      expert report that show your transient simulations of the blind

17      shear ram, right?

18      **A.**   That's correct.

19      **Q.**   Let's take a look at 22801.

20           In your modeling files, you produced as the final

21      image from your transient simulations what we see here in

22      D-22801 with "11.1 days" written underneath it, right?

23      **A.**   That's correct, I believe.

24      **Q.**   And so by somewhere between 10.4 days here, the image on

25      the left, and 11.1 days, the image on the right, your model

SRDJAN NESIC - CROSS

01:21 1    exploded, right?

01:21 2    **A.**   Almost right, if I may offer just a small correction.  The

01:21 3    10.4 days looks reasonable and all indicators were that that

01:21 4    was a fine solution.  And then when it went to 11.1 day, you

01:21 5    can see that something very strange happened with the geometry

01:21 6    that was slowly eroding and then it almost has a burst-out.

01:21 7    And that is probably why I called it an "explosion," but in

01:21 8    reality, those kind of situations are mathematically referred

01:22 9    to as "divergence."  They were not going towards a solution

01:22 10   anymore.  The mathematics has diverged from the physics.

01:22 11   **Q.**   Your mesh in your CFD simulation stopped converging at

01:22 12   that point, right?

01:22 13   **A.**   That's right because this method is to remind --

01:22 14            **THE WITNESS:**  Your Honor, in this method, you go one

01:22 15   day and then you calculate erosion and then you modify the

01:22 16   geometry a little and then go to the next day and do it again.

01:22 17   In this instance, when we went from 10.4 to 11.1 days,

01:22 18   something went really wrong in the modification.  The geometry

01:22 19   looked completely deformed unrealistically, so we discarded

01:22 20   those data.  We said, That's not valid; I'm not going to use

01:22 21   it.

01:22 22            **MS. CROSS:**  Could we have D-22800 again, please.

01:22 23   BY MS. CROSS:

01:22 24   **Q.**   Now, in your expert report, in Figure 30, you presented a

01:22 25   transient simulation from Day 14.  By Day 14, you had decided

SRDJAN NESIC - CROSS

01:22  1  that your results were not valid, right?

01:23  2  **A.**   I can't remember this particular version of the

01:23  3  simulations, but that's what it seems; there was this bulge

01:23  4  that was just not looking right.  And if I remember this

01:23  5  particular version -- we did many different ones with different

01:23  6  flow rates.  Typically, after Days 10 to 12 and beyond, things

01:23  7  didn't look right.

01:23  8  **Q.**   Now, you extrapolated from the 10 days of data you had

01:23  9  from your transient modeling to the entire 35-day period that

01:23  10  you say is the period of erosion, right?

01:23  11  **A.**   It is correct to say that I have used a linear trend

01:23  12  obtained on the first 10 days and used it to connect the points

01:23  13  for my real geometries that I modeled with great detail, the

01:23  14  real blind shear rams and casing shear rams, etc.  That's true.

01:23  15      **THE COURT:**  So the whole point of this transient

01:24  16  modeling -- is that what you call it?

01:24  17      **THE WITNESS:**  That's correct.

01:24  18      **THE COURT:**  You said you knew what the starting point

01:24  19  was and the ending point.  You're trying to determine how

01:24  20  quickly or how slowly the erosion occurred over that period of

01:24  21  time?

01:24  22      **THE WITNESS:**  I'm just trying to say, Should I draw a

01:24  23  straight line?  Or should it be like this or like that?

01:24  24          I didn't know how to connect those two points

01:24  25  that were firm.  These transient simulations told me the best

SRDJAN NESIC - CROSS

01:24   1   way to do it is just to draw a straight line and connect them

01:24   2   with a straight line across.  That's all they gave me, the

01:24   3   nature of the changes.

01:24   4           THE COURT:  You could have different lines,

01:24   5   obviously, to end up at the same place?

01:24   6           THE WITNESS:  That's right.  You could do it like

01:24   7   this or like that, but it turned out to be a straight line.

01:24   8               Now, I didn't get a straight line to go all

01:24   9   across because the simulation -- transient simulation stopped

01:24  10   about a third of the way down, but that one was so straight

01:24  11   that I was confident --

01:24  12           THE COURT:  You just felt you were able to project

01:24  13   what you had seen over the first 10 days?

01:24  14           THE WITNESS:  Correct.  Correct.  That's correct,

01:24  15   Your Honor.  Then that's what we often have is limited data and

01:25  16   then project into the future.  This time, that was all I had.

01:25  17   It looked straight and I projected straight.  I had no reason

01:25  18   to do something else.

01:25  19   BY MS. CROSS:

01:25  20   Q.  Let's look at the results from your 10 days of transient

01:25  21   modeling.

01:25  22           MS. CROSS:  Could we please have D-22802.

01:25  23   BY MS. CROSS:

01:25  24   Q.  Dr. Nesic, these are -- the black bullets here are your

01:25  25   transient modeling results, right?

SRDJAN NESIC - CROSS

01:25  1   **A.**   That is correct.  Just the points, not the lines between.

01:25  2   **Q.**   Correct.

01:25  3        Now, you didn't consider anything but a linear fit

01:25  4   for those 10 data points; isn't that right?

01:25  5   **A.**   Well, when I -- that's not exactly right, Ms. Cross.

01:25  6        I did look at the data.  I had no prejudice that

01:25  7   these data should come out straight or curved.  I just didn't

01:25  8   want intentionally to superimpose any expectations.  I got 10

01:25  9   points -- by the way, not only these 10 points, but over and

01:25  10  over again, it was a similar situation to this.  They weren't a

01:26  11  hundred percent straight, but when I looked at them and I said

01:26  12  what is the best estimate and how could I best project these

01:26  13  dots I see here, I thought the straight line was the simplest

01:26  14  and the most logical answer.  So I did think, Is there

01:26  15  something that I could do that's better?  And I concluded, No,

01:26  16  there isn't; the straight line is the best.

01:26  17  **Q.**   So you're testifying that you did consider fits other than

01:26  18  a linear fit?

01:26  19  **A.**   Well, whenever I looked at any set of data, all kind of

01:26  20  possibilities come to my mind.  I'm trained to do this, so when

01:26  21  I see something that looks like a straight line, I try a

01:26  22  straight line.  When something looks like a parabola, which is

01:26  23  different, I consider that.  I often try different things.

01:26  24  This was a very straight line.  It had a correlation

01:26  25  coefficient of 97.8 percent.  That is a huge proof that this

SRDJAN NESIC - CROSS

01:26  1  was straight.  Everything above this correlation coefficient of
01:27  2  70 percent is considered to be straight, and I had 97 percent.
01:27  3  Q.   Dr. Nesic, prior to submitting your expert report, did you
01:27  4  consider anything other than a linear fit?
01:27  5  A.   Ms. Cross, if you mean by "consider" did I try other fits,
01:27  6  I looked at this data, they looked straight to me.  Of course,
01:27  7  in my mind it passed, you know, does this look more like a
01:27  8  hyperbola or something else?  I dismissed that.  I tried a
01:27  9  straight line.  I got a correlation that was very high and I
01:27 10  said, This is enough.  I did not play around with numbers and
01:27 11  try hundreds of different curves and then decide which one I
01:27 12  fancied.  I took the simplest one and the most logical one, and
01:27 13  that was a straight line.
01:27 14  Q.   Now, the slope of the line, the pressure drop line, is a
01:27 15  function of the erosion rate, right?
01:27 16  A.   Yes, that is.
01:27 17  Q.   It's sensitive to the erosion rate, right?
01:27 18  A.   Yes, it is.
01:27 19  Q.   The slope of the line changes depending on what your
01:28 20  erosion rate is?
01:28 21  A.   That is true.
01:28 22       MS. CROSS:  Could we please have D-22803.
01:28 23  BY MS. CROSS:
01:28 24  Q.   Dr. Nesic, Judge Barbier just asked you whether you could
01:28 25  have fit these points with other lines.  Do you recall that?

**SRDJAN NESIC - CROSS**

01:28    1           **MR. BROCK:**  Your Honor, I'm going to object to this

01:28    2   exhibit as having no foundation.  This is not an exhibit that

01:28    3   he has relied on.  It's not an exhibit that will be sponsored

01:28    4   by any other expert.  For those reasons we don't think that

01:28    5   this should be used in cross-examination.

01:28    6           **THE COURT:**  What is this?  Where did this come from?

01:28    7           **MS. CROSS:**  Your Honor, this is a demonstrative

01:28    8   simply showing that if you connected adjacent points, as you

01:28    9   would with a line, there would be different lines you could

01:28   10   choose.  It's a demonstrative only.  It's not evidence.

01:28   11           **THE COURT:**  I'll let you use it with that

01:28   12   explanation.  Go ahead.

01:28   13   **BY MS. CROSS:**

01:28   14   **Q.**   Dr. Nesic, looking at the first two points here, there's a

01:28   15   line drawn through those first two points, right, that line

01:28   16   that comes down all the way to a 70-kilopascal intercept with

01:29   17   the X-axis, right?

01:29   18   **A.**   Yes.

01:29   19   **Q.**   That's a steeper slope than you are seeing for these data

01:29   20   points 3 through 10, right?

01:29   21   **A.**   That is what it appears to be on your rendering here.

01:29   22           **MS. CROSS:**  Can we put up D-22804.

01:29   23   **BY MS. CROSS:**

01:29   24   **Q.**   Actually, before we go here, you say in your report and

01:29   25   you testified on your direct that for the pre- and post-erosion

SRDJAN NESIC - CROSS

01:29  1    geometries, the pressure drop across the blind shear ram

01:29  2    decreased due to erosion by a factor of 23 over the five-week

01:29  3    period, right?

01:29  4    A.    That sounds right.

01:29  5    Q.    You didn't disclose any transient model runs where there

01:29  6    was a 23-fold reduction in the pressure drop across the blind

01:29  7    shear rams, right?

01:29  8    A.    I did not because I never was able to run the transient

01:30  9    simulation past typically 10 to 12 days.

01:30  10           MS. CROSS:   Could we please have TREX-11735.  Could

01:30  11   you please highlight the far right column.  Sorry, the far

01:30  12   right freestanding column.

01:30  13   BY MS. CROSS:

01:30  14   Q.    Dr. Nesic, this is your transient simulation results, all

01:30  15   10 data points, and the pressure drops that those transient

01:30  16   modeling results gave you across the blind shear ram; isn't

01:30  17   that right?

01:30  18   A.    I suppose so.  I'm not able to see the whole table clearly

01:30  19   and then to -- but I will take your word for it.

01:30  20   Q.    You saw this document in your deposition, right?

01:30  21   A.    I maybe did, but this was two months ago and I don't

01:30  22   remember every detail or every table that I ever seen, but it

01:30  23   looks similar to what I think you showed me then.

01:31  24   Q.    And the initial pressure drop that your transient modeling

01:31  25   gave you between times zero and times 100,000 seconds is

**SRDJAN NESIC - CROSS**

01:31    1    11.3 psi, that first row up there, right?

01:31    2    **A.**   The first box here in this column, yes, the uppermost one,

01:31    3    yes.

01:31    4    **Q.**   The erosion time that's faint in the background here goes

01:31    5    from zero to 100,000 seconds and then goes all the way to

01:31    6    900,000 seconds, right?

01:31    7    **A.**   Right, yeah, seems correct.

01:31    8    **Q.**   That's approximately the 10 days that your transient

01:31    9    modeling ran, right?

01:31   10    **A.**   Again, I'm not able to do this mental math to divide all

01:31   11    these things, but if that's what you determined when you did

01:31   12    your math, I will take your word for that.

01:31   13    **Q.**   So in your transient modeling, you saw a pressure drop

01:31   14    across the blind shear ram from Day Zero to Day 10 of about

01:31   15    11 psi per day, right?

01:31   16    **A.**   Well, according to these tables, it started out at 11.3

01:32   17    and then went down to 10.5.

01:32   18    **Q.**   That's about a 7 percent decrease, from 11.3 to 10.5, in

01:32   19    the pressure drop across the blind shear ram, right?

01:32   20    **A.**   Again, I will have to do some mental math.  Probably

01:32   21    right, ballpark is correct.

01:32   22    **Q.**   If you extrapolated your transient modeling results

01:32   23    linearly, as you did, that would be a change in the relative

01:32   24    pressure drop through the blind shear rams of about 25 percent,

01:32   25    right?

SRDJAN NESIC - CROSS

01:32  1   **A.**   No.   That's where you made a mistake in that last leap of

01:32  2   imagination.   I have never meant that my transient simulations

01:32  3   will exactly tell me what the slope of that line is by how many

01:32  4   percents per each day it changes.   That is because I knew the

01:32  5   beginning and the end.   I did not need to use the start point

01:32  6   and you already shoot to get somewhere.   I had that target.   I

01:32  7   knew where it was.

01:33  8           I just needed to know whether I'm going to go

01:33  9   curveball to it or a straight hit or should I go high and then

01:33  10  low.   And that's all I took.   I never took any individual

01:33  11  change.

01:33  12          Because what happens here is that if I take a higher

01:33  13  flow rate, these numbers change faster; if I take a lower flow

01:33  14  rate, these numbers change slower.   If I take higher density,

01:33  15  this happens, so on and so forth.

01:33  16          So I did not try to extract any particular slope from

01:33  17  here like you just implied.   I extracted in just a way to

01:33  18  connect my hard points.

01:33  19  **Q.**   But you needed a slope to connect your pre- and your

01:33  20  post-erosion geometries, right?

01:33  21  **A.**   No.   Ms. Cross, if you have two points and if you know

01:33  22  that it's a straight line between them, you don't need to know

01:33  23  *a priori* what slope that line is.   It is defined by those two

01:33  24  points.   If I have only one point and I want to reach, see what

01:33  25  will happen in 35 days, then I would need to know the point and

SRDJAN NESIC - CROSS

01:33   1   the slope so I can fly down there and see what happened.

01:34   2           But I knew my target, I knew what the situation was.

01:34   3   So I think there's a lot of misplaced arguments here where I'm

01:34   4   asked about would the slope change with this and that.  It

01:34   5   didn't matter.  I never claimed to use the actual slope because

01:34   6   I did not need it.

01:34   7           MS. CROSS:  Let's take a look at D-22804.

01:34   8   BY MS. CROSS:

01:34   9   Q.   Plotted here are again your transient data points, the

01:34   10  black points at the top, and a line that fits all of those data

01:34   11  points.  Plotted in blue is a decrease in pressure from 1 to

01:34   12  1/23, which is what you said the pressure drop over the blind

01:34   13  shear rams was, right?

01:34   14          MR. BROCK:  Again, Your Honor, I'll just object on

01:34   15  foundation.  This is not something that's been relied on or

01:34   16  established by any expert.  It's not --

01:34   17          THE COURT:  Well, that's okay.  It's in the form of a

01:34   18  hypothetical.  The witness can explain what he thinks about it.

01:35   19          MR. BROCK:  Thank you.

01:35   20  BY MS. CROSS:

01:35   21  Q.   So, Dr. Nesic, you see that for the data points that you

01:35   22  had for your transient modeling, the 10 data points, the slope

01:35   23  of the lines between Day Zero and 35 is much less steep than

01:35   24  the slope that you say you calculated based on the pre-erosion

01:35   25  geometry and the post-erosion geometry, which went from 1 to a

SRDJAN NESIC - CROSS

01:35    1    factor of 1/23 of that pressure drop, right?

01:35    2    **A.**   Ms. Cross, I have never generated this graph, so I'm not

01:35    3    sure how you put this together, neither the basis.

01:35    4           I completely disagree with that.  This is in my view

01:35    5    comparing apples and oranges.  I never claimed that my

01:35    6    transient simulations gave me the slope exactly like I knew it

01:35    7    was going to be from knowing the two geometries that I

01:35    8    simulated.  I never tried to predict that slope accurately so

01:35    9    that I would match these things up.

01:36   10           All I needed to know -- I repeat that once more so

01:36   11    it's very clear.  I needed to know how to connect my initial

01:36   12    state and my final state.  What type of line should I use?

01:36   13    Should I use a straight line or some other curved line?  That

01:36   14    was the only question I had.  I repeat it is because I knew the

01:36   15    end date -- the end state, I meant.

01:36   16    **Q.**   Let's talk about the line, then, that you drew.

01:36   17           **MS. CROSS:**  Could we please have the call-out of

01:36   18    Figure 33, 11529R.35.1.US.

01:36   19    BY MS. CROSS:

01:36   20    **Q.**   Now, Dr. Nesic, you talk about this line that you drew,

01:36   21    right?  This line that would go all the way down and this line

01:36   22    here, right, a line from your blind shear ram on the 22nd of

01:36   23    April?  And you drew it down, and it's reflected here by these

01:36   24    transparent blocks, right?

01:36   25    **A.**   Yes.  Ms. Cross, you finally just point a little more

SRDJAN NESIC - CROSS

01:36  1    precisely.  So we have to take one element at a time.  If we
01:37  2    take the blue bars, the blind shear rams, we start here and
01:37  3    then we go straight down to that point there.  So that's the
01:37  4    line that I used.  It's slightly corrected, but that's what it
01:37  5    is, that's correct.
01:37  6    **Q.**    Now, there's actually a different slope between April 22
01:37  7    and May 6 than between May 6 and May 27, right?
01:37  8    **A.**    That is correct.  Very slight difference, but that's
01:37  9    right.
01:37  10   **Q.**    So your line doesn't have the same slope for the period of
01:37  11   erosion?
01:37  12   **A.**    My line has a constant slope as long as -- and I said that
01:37  13   in the session we had before lunch.  As long as we have the
01:37  14   same level of sand production, my line has the same slope.
01:37  15           Now, Dr. Vaziri, who I relied on for his opinions
01:37  16   about the amount of sand produced, said that half of the sand
01:37  17   was produced in the first two weeks and two-thirds were
01:37  18   produced in the next three weeks.  That is that very small
01:38  19   adjustment I apply.  So instead of having one line going from
01:38  20   first to the last point, I have that very slight inflection
01:38  21   there that reflects that two versus three weeks' time that
01:38  22   Dr. Vaziri used.  So it's a very small change.
01:38  23           I have obviously tried both.  First I had one line
01:38  24   with the same slope and then made this adjustment that I
01:38  25   thought was justified.  It was only a couple percent difference

SRDJAN NESIC - CROSS

01:38   1    in the overall answer, so there was no big effect of that.  But
01:38   2    I thought it's fair to reflect his opinion about the amount of
01:38   3    sand produced.
01:38   4    Q.   So you changed the slope of your pressure drop based on
01:38   5    information you relied on from Dr. Vaziri about the volume of
01:38   6    sand concentration?
01:38   7    A.   I have changed ever so slightly, and that's very easy to
01:38   8    see.  If you draw a straight line, you will see that it is a
01:38   9    very small inflection of that slope to reflect that known sand
01:39   10   production rate.  If I knew that the sand production was
01:39   11   constant throughout this period, if that was the information I
01:39   12   had, I would have used just one single slope.  Even in this
01:39   13   case it's a very small deviation from that.  I think -- I don't
01:39   14   have personally that slide in front of me, but I'm sure that
01:39   15   was the case.
01:39   16   Q.   Let's take a look at the next slide, D-22805.
01:39   17            What you see here is what we drew that corresponds to
01:39   18   your slope for April 22 to May 6 and then adjusts the slope for
01:39   19   May 6 to May 27.  Do you agree that that is the piecewise
01:39   20   linear fit that you used?
01:39   21   A.   Thank you for this, Ms. Cross.  This actually exactly
01:39   22   illustrates what I was trying to explain.  So pictures always
01:39   23   talk better in these types of situations.
01:39   24            So if I just had one single sand production rate, I
01:40   25   would have used my straight line and connected the beginning to

**SRDJAN NESIC - CROSS**

01:40   1   the end.  Because I knew that there is -- the sand production
01:40   2   was more intense in the first two weeks and then slightly less
01:40   3   intense in the next three weeks, that is where I adjusted.  If
01:40   4   you see, this red line is a little more steep there, and then
01:40   5   it straightens out.  So what I'm doing there is making for
01:40   6   that -- making that little adjustment to reflect Dr. Vaziri's
01:40   7   opinion, which I think was realistic.
01:40   8           But in the big scheme of things, if you look at the
01:40   9   overall picture, this overall pressure drop, which is all that
01:40   10  matters, it's just a tiny little difference there that you get.
01:40   11  **Q.**   You needed the slope of this line to draw the conclusions
01:40   12  that you drew in Figure 34 about the impact of erosion on the
01:40   13  flow rate, right?
01:40   14  **A.**   No, Ms. Cross, I didn't need the slope of the line.  What
01:40   15  I needed is this overall envelope that goes on top.  I needed
01:41   16  to have this line over here, and that was then converted into
01:41   17  the flow rate change.
01:41   18          That is -- if that's what you meant, then the answer
01:41   19  is yes.
01:41   20  **Q.**   The line you just pointed to, the line that you drew had a
01:41   21  slope, right?
01:41   22  **A.**   Well, whichever way you look at it, this top line is not
01:41   23  straight because there's all these different elements that add
01:41   24  up in different ways.  So I didn't have a single slope from the
01:41   25  beginning to end anyway because there are four different

SRDJAN NESIC - CROSS

01:41  1   elements doing different things along this period of time.
01:41  2   Each of them is linear, but then they don't add up in a simple
01:41  3   way.  So I think I explained it clearly in my report.
01:41  4   Q.   Well, Dr. Nesic, focusing just on the blind shear ram,
01:41  5   even for the blind shear ram points, so your blue points that
01:41  6   go down, you have a piecewise linear fit.  If you look at that
01:41  7   red line, you don't have a straight linear fit for that element
01:41  8   alone even.
01:41  9   A.   I thought I answered that, but let me try again.
01:42  10          I have used a linear fit.  The linear -- let's maybe
01:42  11  call it a better name.  I used a linear trend for change in
01:42  12  pressure drop for the whole time when there was a constant sand
01:42  13  production rate, and that was for the first two weeks and the
01:42  14  next three weeks.  So that's what I did there.
01:42  15          What you see here on your -- I have never drawn this
01:42  16  in my report, but actually I've done both cases.  The blue line
01:42  17  that you have here and the red line, I've done them both, both
01:42  18  exercises when I was making this.  And I established that on
01:42  19  the aggregate, when you add all these elements, not just the
01:42  20  BSR, the difference was very small.  I reached the same
01:42  21  conclusion that the flow rate increased by a factor of almost
01:42  22  2.  And the difference is just in the inflection of these lines
01:42  23  and somewhere there in between.
01:42  24  Q.   You believe that extrapolation of nonlinear functions
01:43  25  beyond the modeling results that you have is unreliable, right?

01:43   1   **A.**   I actually expressed that opinion in my deposition.   I
01:43   2   know we had that conversation.   And it is notoriously dangerous
01:43   3   to extrapolate nonlinear fits.   It means to extrapolate
01:43   4   something that's curvy beyond the data that you have.   Because
01:43   5   curves, all sorts of curves can do all sorts of funny behaviors
01:43   6   once they let go, once you let them go beyond the data where
01:43   7   you are tying them.
01:43   8         So that's why a common practice is that you use the
01:43   9   simplest possible way to pass a line through the points because
01:43   10  you -- that is the best guarantee that that same line is not
01:43   11  going to misbehave when it goes past those first 10 days.
01:43   12        So I was very reluctant to use any other type of
01:43   13  curve even if I thought for a second should I use something
01:44   14  nonlinear.   First it was very linear, and then I have this long
01:44   15  experience with nonlinear fits.   They are unreliable.   You do
01:44   16  not do that unless you have a very, very compelling case.
01:44   17  Nothing of that was present here.
01:44   18  **Q.**   If you had had 35 days of transient simulations, if your
01:44   19  transient simulations had run for the entire period, you
01:44   20  wouldn't have needed to fit a curve, right; you would have had
01:44   21  the data?
01:44   22  **A.**   Well, I would have still needed to fit a curve but now
01:44   23  through 35 points if each point is one day.   And indeed that
01:44   24  would have been a preferred situation.   I don't deny that.
01:44   25        **MS. CROSS:**   Can we please have D-22806.

SRDJAN NESIC - CROSS

01:44   1         **MR. BROCK:**  Your Honor, I apologize for interrupting.
01:44   2   This is a call-out from the report of Dr. Bushnell.
01:44   3   Dr. Bushnell is an expert that the United States withdrew.  The
01:44   4   use of his report is prohibited -- that's probably too strong a
01:45   5   word, but violates your orders 11807 and 11352 where it's been
01:45   6   determined that his report cannot be used in this trial.
01:45   7         **THE COURT:**  Well, I don't understand the government
01:45   8   to be offering his report.  I wouldn't have known this was from
01:45   9   Dr. Bushnell's report until you just told me.
01:45  10              In terms of putting it up on the screen for
01:45  11   demonstrative purposes, as long as she doesn't try to go into
01:45  12   what Dr. Bushnell said or did or anything along those lines, I
01:45  13   think it's fine.  It's just a diagram.  You could draw it -- as
01:45  14   other people have done, you could draw this on a chart over
01:45  15   there.
01:45  16         **MR. BROCK:**  We need to have some basis, though.  The
01:45  17   basis is Dr. Bushnell's report.
01:45  18         **THE COURT:**  No, but a lawyer can draw something and
01:45  19   ask the witness, does this make sense to you?  Do you agree
01:46  20   with this or not?  That's the way I understand this is being
01:46  21   used.
01:46  22         **MS. CROSS:**  That is, Your Honor, how I intend to use
01:46  23   it, not for anything Dr. Bushnell said.
01:46  24         **THE COURT:**  All right.
       25

SRDJAN NESIC - CROSS

01:46  1   BY MS. CROSS:
01:46  2   Q.   Dr. Nesic, mathematically an exponential fit would have
01:46  3   been a better fit to the transient modeling results you had,
01:46  4   right?
01:46  5   A.   If I may just try to restate what you just said.
01:46  6          Mathematically, that means if you calculate some
01:46  7   measure as to how well, Your Honor, these points -- these two
01:46  8   lines that you have, the blue and the red line, how well they
01:46  9   pass through these points -- if you take this measure -- and
01:46  10  there's a correlation coefficient.  The line is 97.6 percent
01:46  11  accurate, and then the exponential fit, I think Dr. Bushnell
01:46  12  actually did write about that.  I believe he has exactly the
01:46  13  same graph in his report.  I think it comes out from 97.6 to 98
01:46  14  or 99.
01:47  15         In any case, by naked eye or using these measures,
01:47  16  you can see that both of those lines are spot on going through
01:47  17  these points.  The difference is immaterial.
01:47  18  Q.   You recall saying in your deposition that the exponential
01:47  19  fit was a better fit than a linear fit, right?
01:47  20  A.   And I have just confirmed.  I went back and did my
01:47  21  calculations after the deposition, and I've reconstructed the
01:47  22  erroneous formula that was offered in Bushnell's report.  I
01:47  23  made it right.  I know what he meant, and I got it right.  And
01:47  24  I got an improvement of fit from 97.6 for my straight line to
01:47  25  98 or 99 point-something.  So we are talking about immaterial

SRDJAN NESIC - CROSS

01:47   1   differences.

01:47   2          Yes, 99 is better than 97.6.  But in any case, those

01:47   3   are very accurate fits, one slightly better than the other.

01:47   4          MS. CROSS:  Your Honor, I move to strike the answer

01:47   5   because Dr. Nesic did not address the correlation between his

01:48   6   line and the data points in any way.  This is improper

01:48   7   surrebuttal.

01:48   8          THE WITNESS:  You just used Bushnell's --

01:48   9          THE COURT:  Wait a minute.  I think you invited him

01:48   10  to answer, so I'm not going to strike his answer.

01:48   11         MS. CROSS:  D-22807, please.

01:48   12  BY MS. CROSS:

01:48   13  Q.   Now, Dr. Nesic, there are other two-parameter fits you

01:48   14  could have used for your data, right, and depicted here are

01:48   15  five such fits.  Do you see those?

01:48   16         MR. BROCK:  I'm going to object again on foundation.

01:48   17  The same objection I have been raising.

01:48   18         THE COURT:  Okay.

01:48   19         THE WITNESS:  Ms. Cross, I have never seen this in my

01:48   20  life.  I have no idea how you have constructed this or why you

01:48   21  would do this.  I honestly don't know what you mean to show

01:48   22  here.

01:48   23         THE COURT:  This is getting a little beyond what a

01:48   24  lawyer would draw on the board.

01:49   25         MS. CROSS:  Let me go one step further to a simpler

SRDJAN NESIC - CROSS

01:49    1    drawing, then, Your Honor, if I may.

01:49    2         **THE COURT:**  Why don't you do that.

01:49    3         **MS. CROSS:**  Could I please see D-22809.

01:49    4    BY MS. CROSS:

01:49    5    **Q.**   Dr. Nesic, if you had looked at other fits, they would

01:49    6    have an impact on how quickly the relative pressure drop fell

01:49    7    in the period from April 22 to May 27, right?

01:49    8    **A.**   Ms. Cross, I'm again looking at this, and I have never

01:49    9    seen this in my life either.  I don't know what you are

01:49   10    implying here.  Plus, I have no understanding of how you are

01:49   11    trying to connect what you just asked me with what I'm looking

01:49   12    at here.  This is something I have never seen before.

01:49   13    **Q.**   If you had connected your pre-erosion geometry and your

01:49   14    post-erosion geometry using a fit other than a linear fit, it

01:49   15    would have had an impact on how quickly your pressure drop

01:50   16    happened, right?

01:50   17         **MR. BROCK:**  I'll just object as asked and answered.

01:50   18    That's the same question that was just asked.

01:50   19         **THE COURT:**  I sustain the objection.

01:50   20    BY MS. CROSS:

01:50   21    **Q.**   Dr. Nesic, you're aware that there was pressure data from

01:50   22    the response, right?

01:50   23    **A.**   Yes, I know that there were various pressure measurements

01:50   24    done at various points in time, correct.

01:50   25    **Q.**   There were pressure drop measurements across the BOP,

SRDJAN NESIC - CROSS

01:50   1   right?

01:50   2   A.   That, I'm not aware of.  At least I know there were some

01:50   3   measurements and a gauge just below the BOP.  I think it was

01:50   4   referred to as the PT-B gauge, which was often discussed in

01:50   5   various reports, but that's as far as I would go.

01:50   6   Q.   So were you aware that on May 25 and at several other

01:51   7   times during the Top Kill, May 25 through May 28, BP measured

01:51   8   the pressure drops across each of the BOP elements, including

01:51   9   the blind shear rams that you looked at?

01:51   10  A.   As far as I understand the data available at the time of

01:51   11  Top Kill and Junk Shot, that is after the period that I

01:51   12  analyzed.  And there were all kinds of complications there that

01:51   13  were introduced by the Junk Shot as they pump these different

01:51   14  things up and clog certain openings and not others.

01:51   15       So any measurements done at that period of time would

01:51   16  have absolutely no clear connection with what I've done.  I

01:51   17  thought it was hard enough to figure out what happened before

01:51   18  they started plugging some of these things up.  I definitely

01:51   19  never looked at what happened after the Junk Shot and then

01:51   20  Top Kill.

01:51   21  Q.   You didn't look at any pressure data points from any of

01:51   22  the gauges used -- PT-B, PT-C, PT-K -- prior to May 27, which

01:52   23  is in your erosion period, right?

01:52   24  A.   Ms. Cross, I think we had this conversation at the

01:52   25  deposition, and I said that for me the only gauge that would at

SRDJAN NESIC - CROSS

01:52    1    least theoretically help me was the PT-B gauge and that I did

01:52    2    look at it, but the accuracy of that gauge was not sufficient

01:52    3    for me to compare with the pressure drops I was calculating.

01:52    4           That was a very coarse measurement, and the accuracy

01:52    5    of that gauge was actually larger.  The error associated with

01:52    6    that gauge was actually larger than the pressure drops across

01:52    7    the individual elements that I was modeling.  So that was the

01:52    8    only reason I have excluded it.  Indeed, if it was more

01:52    9    accurate, I would have used it, but that was not the case.

01:52   10    Q.   So you don't know what the error rates for the PT-C and

01:52   11    PT-K gauges were, do you?

01:52   12    A.   I already commented in my deposition those were not the

01:52   13    gauges I consider would offer relevant data for my

01:53   14    calculations.

01:53   15    Q.   You used your transient modeling to produce the results we

01:53   16    saw before.

01:53   17           MS. CROSS:  Could we have TREX-11732 again, please.

01:53   18    Could we please have page 5.  Could you please call out the

01:53   19    highlighted column Cumulative Eroded Distance.

01:53   20           THE COURT:  It's kind of blurry.  Is there any way to

01:53   21    sharpen that?

01:53   22           THE WITNESS:  Your Honor, I think I know what I'm

01:53   23    looking at.

01:53   24           THE COURT:  If it's good enough for you, it's fine

01:53   25    with me.

**SRDJAN NESIC - CROSS**

| | |
|---|---|
| 01:53 | 1 |
| 01:53 | 2 |
| 01:54 | 3 |
| 01:54 | 4 |
| 01:54 | 5 |

01:53  1          **MR. BROCK:**  We'll have a hard time objecting if we

01:53  2  can't see it.  I can't see it.

01:54  3          **MS. CROSS:**  Let me see quickly whether I can get a

01:54  4  better version of it.

01:54  5  **BY MS. CROSS:**

01:54  6  **Q.**   Dr. Nesic, can you read the column that says "Cumulative

01:54  7  Eroded Distance"?

01:54  8  **A.**   Yes.

01:54  9          Ms. Cross, if I'm not mistaken, I think we had this

01:54  10  put up in the deposition and we looked at this data too.

01:54  11  Right?

01:54  12  **Q.**   Correct.

01:54  13  **A.**   Thank you.  Then I think I know what I'm looking at for

01:54  14  sure.

01:54  15  **Q.**   Again, this is your 10 days of transient modeling, and you

01:54  16  have a cumulative eroded distance at the bottom of 3.98 times

01:54  17  10 to the minus 5.  Do you see that?

01:54  18  **A.**   Yes.

01:54  19  **Q.**   That's about 1/400 of a millimeter that was your

01:54  20  cumulative eroded distance for the blind shear ram for your

01:54  21  transient modeling, right?

01:54  22  **A.**   This is -- if I do a quick math, because you're putting me

01:54  23  on the spot here, that's about 40 microns, which is 1/250 part

01:54  24  of a millimeter.  Yes, that's a very small distance in any

01:54  25  case.  So you weren't too far off.

SRDJAN NESIC - CROSS

01:54    1    **Q.**    You testified about massive erosion.  You wouldn't

01:55    2    consider the transient modeling results here you got for the

01:55    3    blind shear ram to reflect massive erosion, would you?

01:55    4    **A.**    Well, no.  A fraction of a millimeter is not massive

01:55    5    erosion.

01:55    6          But, Ms. Cross, again, if I may refer to our

01:55    7    discussion at the deposition, I explained to you this is an

01:55    8    output from Fluent.

01:55    9          That's the package, Your Honor, we used.

01:55    10          Strangely enough -- and I couldn't do anything about

01:55    11   it -- this package does not output a cumulative distance at any

01:55    12   particular location.  So if, say, we are simulating something

01:55    13   like this, you would want to know what was the cumulative loss

01:55    14   at that location.  It averages out over the whole surface.  So

01:55    15   here it was a lot, but here it was nothing.  So when it does

01:55    16   that and averages it out, it kind of dilutes that number.

01:55    17          I explained to you that this is not the actual

01:55    18   erosion depth at any given location.  That is not something

01:55    19   that I could get out of that package.  It does not predict

01:55    20   that.

01:55    21          In any case, that was immaterial for what I was

01:55    22   trying to do.  Erosion rate never played a role in me finding

01:56    23   my final answer that we already discussed.

01:56    24   **Q.**    Let's turn to the areas that you modeled.  You didn't

01:56    25   consider resistances to flow other than the four that you

SRDJAN NESIC - CROSS

01:56  1   talked about with Mr. Brock, right?

01:56  2   **A.**   After considering all the resistances in that flow path --

01:56  3   so the first thing I looked at, where was the fluid going and

01:56  4   what was in its way?  After considering the flow path and

01:56  5   looking at the physical evidence of erosion, we focused only on

01:56  6   those four.  So in that sense it is correct.

01:56  7   **Q.**   You modeled each of the four areas separately, the blind

01:56  8   shear rams, the casing shear rams, the upper annular, and the

01:56  9   kinked riser, right?

01:56  10  **A.**   That is correct.

01:56  11  **Q.**   You didn't look at the impact of any upstream erosion on

01:56  12  any part.  Say, upstream erosion, upstream from the blind shear

01:56  13  rams, you didn't assess the impact of any upstream erosion,

01:57  14  right?

01:57  15  **A.**   Just, please, if you can just define what you mean by

01:57  16  "upstream erosion."  I don't want to mistakenly answer that

01:57  17  question.

01:57  18  **Q.**   Let's call upstream anything below the BOP closer to the

01:57  19  wellbore and the reservoir.

01:57  20       You didn't assess any impact of change in resistance

01:57  21  anywhere in the wellbore or the reservoir on your blind shear

01:57  22  ram calculations, right?

01:57  23  **A.**   So if we are going that deep, no.  My analysis only

01:57  24  focused on the BOP and the kinked riser.  So I never looked at

01:57  25  any changes within the wellbore or in the reservoir.  That was

SRDJAN NESIC - CROSS

01:57  1    not my charge.  That wasn't the question I was trying to
01:57  2    answer.
01:57  3            Now, we also have a couple elements below the casing
01:57  4    shear rams in the BOP, the variable bore rams and the test
01:57  5    rams.  We looked at those, but given the flow path through
01:57  6    those elements that was going through the drill pipe, these
01:57  7    restrictions were from the outside but through the drill pipe
01:57  8    was open, that didn't matter in the end.  So that's why the
01:57  9    first place where that flow going through drill pipe hits an
01:58  10   obstacle was in the casing shear rams and then the blind shear
01:58  11   rams and the upper annular and then the kink.  So that's why we
01:58  12   eliminated those bottom three valves that were being opened and
01:58  13   closed at various points in time.
01:58  14   Q.   But you're aware that there were resistances in the
01:58  15   wellbore and in the reservoir that you didn't consider, right?
01:58  16   A.   Yes, I am.
01:58  17   Q.   Okay.  You're aware of BP's analysis during the response
01:58  18   that complete removal of the entire BOP and the riser would
01:58  19   increase flow rates by only 15 to 30 percent, right?
01:58  20   A.   Yes, I'm aware of that statement, but I'm not aware how
01:58  21   that's relevant for what I did.
01:58  22   Q.   Your conclusion about the increase in the flow rate is
01:58  23   based on your assumption that the BOP and the kinked riser were
01:58  24   the main restrictions to flow, right?
01:58  25   A.   I'm sorry, I have to disagree with that.  That's taking my

SRDJAN NESIC - CROSS

01:58   1    words out of context.  I did not assume that they were the main
01:58   2    restrictions of flow.  I write explicitly, assuming that they
01:58   3    are the main restrictions of flow, the flow would have doubled.
01:59   4    So I didn't say that I assumed that they are.  I said if they
01:59   5    are, then the flow would have doubled.
01:59   6    Q.    Right.  And I apologize if I took your words out of
01:59   7    context.  I believe your conclusion is, assuming the BOP and
01:59   8    kinked riser were the main restrictions to flow in this period,
01:59   9    Figure 34 shows that the flow rate would have almost doubled?
01:59   10   A.    That's correct.  Thank you, Ms. Cross.
01:59   11   Q.    And if you had looked at other resistances, that
01:59   12   conclusion could have changed, right?
01:59   13   A.    Well, I did not do that exercise with any precision.  My
01:59   14   charge and my focus was to say what is the effect of the
01:59   15   erosion of the BOP and the kinked riser on flow.  I did not
01:59   16   look anywhere below there, the wellbore or the reservoir.  That
01:59   17   is not what I am an expert on and that's not what I was asked
01:59   18   to do.
01:59   19         But, however, one can say that, indeed, in such a
01:59   20   long string of flow obstacles, the BOP is just one subset, and
02:00   21   I understand that.  So I keep coming back to the statement.  My
02:00   22   answer is about what type of restriction only the BOP and the
02:00   23   kinked riser would do.  I did not put it in context of the
02:00   24   other obstacles in the flow path.
02:00   25   Q.    Let's switch paths a little bit and turn to some of your

**SRDJAN NESIC - CROSS**

<div style="text-align:center">02:00</div>

1  inputs.  Now, you say in your report that your "model assumes

2  that hydrocarbon flow can be approximated as a two-phase flow,

3  i.e., consisting of a single homogenous fluid phase."

4          Do you recall that?

5  A.   Yes.

6  Q.   In your modeling you were trying to model the flow of

7  hydrocarbons through the BOP, right?

8  A.   That was part of the work I did, yes.

9  Q.   And the density has an impact on the rate of erosion,

10  right?

11  A.   The density of the fluid, is that what you are referring

12  to, Ms. Cross?

13  Q.   Yes.

14  A.   The density of the fluid has some relatively small effect

15  on the rate of erosion.

16          THE WITNESS:  Because, Your Honor, a denser fluid

17  kind of pulls the particle more effectively, whereas a lighter

18  fluid kind of passes by it and doesn't drag them as much.

19          But that's not a huge effect, but it's there,

20  Ms. Cross.

21  BY MS. CROSS:

22  Q.   Right.  So variations in the density of the fluid impact

23  the pressure drop results you obtained through your modeling,

24  right?

25  A.   We have changed topics here now.  The previous question


SRDJAN NESIC - CROSS

| | |
|---|---|
| 02:01 | 1 |
| 02:01 | 2 |
| 02:01 | 3 |
| 02:01 | 4 |
| 02:01 | 5 |
| 02:01 | 6 |
| 02:01 | 7 |
| 02:01 | 8 |
| 02:01 | 9 |
| 02:01 | 10 |
| 02:01 | 11 |
| 02:01 | 12 |
| 02:01 | 13 |
| 02:01 | 14 |
| 02:01 | 15 |
| 02:01 | 16 |
| 02:01 | 17 |
| 02:01 | 18 |
| 02:02 | 19 |
| 02:02 | 20 |
| 02:02 | 21 |
| 02:02 | 22 |
| 02:02 | 23 |
| 02:02 | 24 |
| 02:02 | 25 |

1  was about erosion, so let me see, Ms. Cross.  You say the

2  denser fluid will have a different pressure drop through any

3  given geometry?

4  **Q.**   Right.

5  **A.**   That is true.  That is true.

6  **Q.**   You used a density range for your modeling of 645 to

7  688 kilograms per meter cubed, right?

8  **A.**   I believe that's true.  I would have to check that, if

9  that means anything.  But, yeah, that sounds right from what I

10  remember.

11  **Q.**   I believe it's Footnote 5.

12  **A.**   That's right.  It was in a footnote.  Okay.

13  **Q.**   Those density values are representative of liquid oil

14  only, not a combination of oil and gas, right?

15  **A.**   Well, again, I believe we talked about this at the

16  deposition.

17  **THE WITNESS:**  Your Honor, this is complicated enough

18  even if we assume that the fluid is just one fluid.  We don't

19  get into breaking it up into gas and liquid.  That would have

20  made it completely impossible to tackle.

21  So I have replaced that mixture of hydrocarbon,

22  liquid hydrocarbons, and hydrocarbon gas with one generic fluid

23  that represented both.  That is a leap of imagination but one

24  that we have to make if we are going to get any answer.

25  So, yes, I have used a single fluid to call it a

SRDJAN NESIC - CROSS

02:02  1    fluid in my simulations.  And it was incompressible in my
02:02  2    calculations.  It did not expand like a gas would.  It was a
02:02  3    constant density.
02:02  4    **BY MS. CROSS:**
02:02  5    **Q.**   Okay.  You were given that constant density range by
02:02  6    counsel?
02:02  7    **A.**   That is correct, in the sense that I've been told that
02:02  8    their experts -- I believe the name is Whitson -- has provided
02:02  9    the range of this fluid densities that I would use in my model.
02:02  10   I never questioned that because that's not something I got into
02:03  11   at all.
02:03  12   **Q.**   The mixture density range that you used is not, in fact,
02:03  13   Dr. Whitson's range for a mixture of oil and gas, is it?
02:03  14   **A.**   I'm sorry, you would have to ask Dr. Whitson about that.
02:03  15   I don't know.  I was just given this number and I was told that
02:03  16   this range is what I should be using.  I did not ever
02:03  17   communicate directly to Dr. Whitson at all about that.
02:03  18   **Q.**   But you looked at BP's black oil tables from the response,
02:03  19   right?
02:03  20   **A.**   I'm sorry?
02:03  21   **Q.**   You looked at BP black oil tables from the response, from
02:03  22   June 11, 2010, right?
02:03  23   **A.**   Well, with all due respect, I can't remember that
02:03  24   particular table, no.  I definitely don't recall that I looked
02:03  25   at any particular set of tables.  I know what black oil is, but

SRDJAN NESIC - CROSS

02:03  1   that's the extent of that.

02:03  2   Q.   Taking a look at page 64 of your report, your considered

02:03  3   materials, you list the black oil tables from the equation of

02:03  4   state for all temps, 11 June 2010?

02:04  5   A.   Yes.  I guess it was in the million things that I have

02:04  6   reviewed over that period of time, but please understand I

02:04  7   couldn't remember every table that I looked at and what it

02:04  8   contained.  That doesn't stick in my memory.

02:04  9        MS. CROSS:  Can we please have D-22818.

02:04  10  BY MS. CROSS:

02:04  11  Q.   Dr. Nesic, pulled out here from the BP black oil table

02:04  12  from early June is the density value for oil only at 4084 psig,

02:04  13  which is the approximate pressure of the bottom of the BOP,

02:04  14  right?

02:04  15  A.   I'm sorry, could you point to me on the screen what you --

02:04  16  Q.   Sure.

02:04  17  A.   There's too many numbers here for me to know exactly where

02:04  18  you are pointing.

02:04  19  Q.   At the top of the screen, you see your density range for

02:04  20  the --

02:04  21  A.   What I used, yeah.

02:04  22  Q.   And then here is taken from BP's black oil table, 9732,

02:04  23  the density range for oil only at 200 degrees Fahrenheit and

02:04  24  4084 psig?

02:04  25  A.   Okay.  That middle table there.

SRDJAN NESIC - CROSS

02:05   1   **Q.**   Correct.

02:05   2   **A.**   Okay.

02:05   3   **Q.**   In the interest of having apples compared to apples, I

02:05   4   converted the 41.22 pounds per foot cubed that were in the

02:05   5   table according to the equation at the bottom.

02:05   6        Your density range is -- the oil-only density range

02:05   7   from the BP black oil table falls in the middle of the density

02:05   8   range that you used, right?

02:05   9   **A.**   That's -- trusting that you got these numbers right,

02:05  10   that's what it appears, yes.

02:05  11   **Q.**   And the gas density, which is at the bottom, is over

02:05  12   400 kilograms per meters cubed less than the oil density,

02:05  13   right?

02:05  14   **A.**   Yes.  Gas is typically lighter than the liquid, but again,

02:05  15   I haven't looked at this in any detail.

02:05  16   **Q.**   So if you had used a fluid mixture that took into account

02:05  17   both oil and gas, you would have a different ratio of pressure

02:05  18   drops as you present in Figure 33, right?

02:05  19   **A.**   Ms. Cross, I just said I did not -- I mean, I know it's a

02:05  20   hypothetical question, but I did not go through that exercise.

02:06  21   I asked explicitly my counsel, what is the range of densities I

02:06  22   have to use for this simple one fluid, which is characterizing

02:06  23   both gas and liquid together and they told me that based on

02:06  24   their other expert, Dr. Whitson's opinion, should be in the

02:06  25   range 645 to 688 like you have it.  That's the extent to which

02:06   1    I worried about that.

02:06   2            It wasn't my charge or my expertise to look at black

02:06   3    oil and some gas and figure out what to do with it.  Again, I

02:06   4    think I explained that in my deposition very clear.

02:06   5    Q.   Dr. Nesic, if the density range of oil and gas were

02:06   6    substantially different than the range that you used, if it

02:06   7    were, say, 500, you would have to speculate about the impact

02:06   8    that would have on the ratio of pressure drops that you present

02:06   9    in Figure 33, right?

02:06   10   A.   Ms. Cross, I just refuse to speculate.  I have done

02:06   11   precise calculations.  I really do not speculate about these

02:07   12   things.  They are too important.  I have clearly listed the

02:07   13   ranges of the parameters I have used.  I told you where I got

02:07   14   them from, and that's the extent to which I can answer that.

02:07   15           I don't speculate even when I'm doing this work in my

02:07   16   study.  I won't speculate now about that.  I apologize.  I just

02:07   17   can't do that.

02:07   18   Q.   No.  Understood.  But what you're saying is that if the

02:07   19   combined density were 500, you can't say what the results would

02:07   20   be, right?

02:07   21   A.   I just can't -- these are enormously complicated

02:07   22   calculations.  I just can't eyeball them like that.  That's not

02:07   23   something I did.  Some other people might, but I just can't do

02:07   24   that here.

02:07   25   Q.   You're not familiar with the gas expansion erosion

**SRDJAN NESIC - CROSS**

02:07  1   mechanism, right?

02:07  2   **A.**   Can you rephrase that, please?

02:07  3   **Q.**   Have you heard of the concept of gas expansion erosion?

02:07  4   **A.**   Gas expansion erosion?  Being an expert on erosion, that

02:07  5   sounds like cavitation to me, but I'm not sure I --

02:08  6            (Discussion off the record.)

02:08  7            **THE WITNESS:**  Cavitation.  But, no, I'm not familiar

02:08  8   with that particular term.  I must admit that.

02:08  9            **THE COURT:**  Cavitation, C-A-V-A --

02:08  10           **THE WITNESS:**  That's correct, C-A-V like a cavity,

02:08  11  and then -ation.  Yes, cavitation.  But it doesn't seem to be

02:08  12  what you are asking me.  I never heard of that particular term.

02:08  13  **BY MS. CROSS:**

02:08  14  **Q.**   You didn't evaluate the impact of gas on erosion of any of

02:08  15  the well parts or the BOP or the kinked riser, right?

02:08  16  **A.**   Again, no, because I explained I only had a single fluid

02:08  17  pulling all those particles along.  I did not have -- it wasn't

02:08  18  either a gas or a liquid.  It was just one fluid that

02:08  19  represented both.  That's the extent.  So direct answer to your

02:08  20  question, no, I did not consider a gas, per se, no.

02:08  21  **Q.**   Now, you relied on Dr. Vaziri's opinions regarding the

02:08  22  duration of sanding.  We talked about that earlier, right?

02:08  23  **A.**   That's right.  That was one of the two important

02:08  24  considerations.  One is physical evidence that I saw of

02:09  25  erosion.  The other one was Dr. Vaziri's opinion, that's right.

SRDJAN NESIC - CROSS

02:09  1    Q.   Dr. Vaziri, to do his sand prediction analysis, used a BP
02:09  2    proprietary program called ENHANS, E-N-H-A-N-S, right?
02:09  3    A.   That's maybe what it was called.  I know it was BP's
02:09  4    proprietary program for sand production prediction and -- but
02:09  5    then that's the extent that I know about it.  I haven't used
02:09  6    it.  I haven't seen it.  I actually never talked to Dr. Vaziri
02:09  7    either about it.
02:09  8    Q.   You didn't see any of the outputs from Dr. Vaziri's ENHANS
02:09  9    modeling, did you?
02:09  10   A.   Not that I recall.  All I used from Dr. Vaziri are some
02:09  11   very simple high-level statements, and that's the duration that
02:09  12   you just asked me about.  I also looked at his numbers for how
02:09  13   much sand was there because I wanted to be sure that there is
02:10  14   enough sand.  That's the extent of that, and there was.
02:10  15        And the last thing was this half of the sand was
02:10  16   produced in the first two weeks and the other half in the last
02:10  17   three.  That's the extent to it.  I did not go and analyze.
02:10  18   I'm not an expert for that.  Anything else he did in great
02:10  19   detail.
02:10  20   Q.   Are you aware that ENHANS, the modeling program he used,
02:10  21   doesn't predict the duration of a sanding event?
02:10  22   A.   Ms. Cross, I thought I just said the three things I
02:10  23   extracted from his work.  And I never worked with him on
02:10  24   ENHANS.  I never asked him anything about it.  I don't even
02:10  25   know how it works.  That is not something that I was part of,

SRDJAN NESIC - CROSS

02:10  1    so I can't answer that question.

02:10  2    **Q.**   You testified on direct that sand duration was predicted

02:10  3    by Dr. Vaziri's modeling.  You don't know that that's, in fact,

02:10  4    the case, right?

02:10  5    **A.**   No.  I think what I said on direct was that I relied on

02:10  6    Dr. Vaziri's opinion that sand production lasted at least until

02:11  7    the end of May and I know that he used his experience, his

02:11  8    understanding of this problem, as well as his software

02:11  9    predictions, but I never said that he got it in any particular

02:11  10   way.  I have not been privileged to go and work with him on

02:11  11   this at all.  That wasn't what I was asked to do.

02:11  12   **Q.**   So you're not aware that Dr. Vaziri had to rely on a flow

02:11  13   rate and a permeability to make his predictions, are you?

02:11  14           **MR. BROCK:**  Your Honor, I'm going to object.  I think

02:11  15   he has described what he knows about this.

02:11  16           **THE COURT:**  Yes, he did.  Sustained.

02:11  17   **BY MS. CROSS:**

02:11  18   **Q.**   Dr. Nesic, you calculated the concentration of sand and

02:11  19   oil for your modeling as a ratio of pounds of sand per barrel

02:11  20   of oil, right?

02:11  21   **A.**   That is correct.  I really wanted to use his range of

02:11  22   numbers he had for sand production divided with the range of

02:12  23   hydrocarbon production rates.  Remember, I didn't know what

02:12  24   exactly it was, so I used a range of sand production, a range

02:12  25   of oil production.

SRDJAN NESIC - CROSS

02:12   1    THE WITNESS:  And I wanted to see, Your Honor, do I
02:12   2  have enough sand there so that when I claim something was
02:12   3  erosion, that in fact it was erosion.  Because if I came up
02:12   4  with some ridiculously small concentration of sand, I would
02:12   5  have said, Well, this might not be right.  Either there was no
02:12   6  erosion, which we know it was, or the sand production rate was
02:12   7  not correct.
02:12   8          Now, within reason, those two pieces of
02:12   9  information did match up.  When I used Dr. Vaziri's range for
02:12  10  sand production, I used my range for hydrocarbon production, I
02:12  11  came up with sand concentrations which are known to cause
02:12  12  erosion.  So I was confident that this was sufficient for me to
02:12  13  move forward.  I did not get a mismatch there.
02:12  14          Now, I never attempted to use a particular sand
02:12  15  production rate and a particular hydrocarbon production rate to
02:13  16  get a particular erosion rate.  I knew I don't have that
02:13  17  accuracy.  And thanks to the methodology, I didn't need it.
02:13  18  Q.   You actually inputted the same volume of sand for both
02:13  19  flow rates, for 5,000 and 65,000 barrels per day, right?
02:13  20  A.   Ms. Cross, I'm not sure I understand what you are exactly
02:13  21  referring to, but if I may try to answer it.  I think we talked
02:13  22  about this in the deposition as well.
02:13  23          I wasn't aiming to get a particular concentration and
02:13  24  then run with it and get something important out of it.  I was
02:13  25  trying to establish whether the sand concentration that came

SRDJAN NESIC - CROSS

02:13  1   out of this ranges of numbers was within what one would assume

02:13  2   to be an erosive condition because I didn't want to talk about

02:13  3   erosion and make all these calculations if, in fact, there

02:13  4   wasn't enough sand there to do erosion.  That was the extent of

02:14  5   that.  And that was confirmed.  So I hope this answers what you

02:14  6   asked me.

02:14  7   Q.   It does.  Let's turn to one final area.

02:14  8        You focused on direct on the holes in the kinked

02:14  9   riser, right?

02:14  10  A.   Yes.

02:14  11  Q.   You focused specifically in one of the pictures on the

02:14  12  first two holes that were created, right?

02:14  13  A.   Well, actually, my primary focus is the third hole, but I

02:14  14  did talk about the first two as well, that's true.

02:14  15  Q.   You also testified on direct that the erosion rates are

02:14  16  different for different parts of the BOP and kinked riser,

02:14  17  right?

02:14  18  A.   That's right.

02:14  19  Q.   You don't know what the erosion rate was on May 19 for

02:14  20  anything, right?  You don't know what it was for the blind

02:14  21  shear ram?

02:14  22  A.   The erosion rate, is that what you are asking me?

02:14  23  Q.   Yes.

02:14  24  A.   Actually, I don't know what the erosion rates at any given

02:14  25  moment in time were in the whole period.  That's not how my

SRDJAN NESIC - CROSS

02:14   1   analysis went.  I hope I made that point.

02:15   2   **Q.**   So your conclusion that there was erosion causing a hole

02:15   3   in the kinked riser on May 19 does not mean that there was

02:15   4   erosion in the blind shear ram on that date, does it?

02:15   5   **A.**   Well, yes, it does.  I beg to differ there, Ms. Cross.  We

02:15   6   all know that the blind shear rams were eroding.  We all know

02:15   7   that the kink was eroding at the same time because the same

02:15   8   sand with the same flow was carried through both.  They don't

02:15   9   live in two different universes so that one could do one thing

02:15   10  for a while and another thing for another period of time.  They

02:15   11  were doing the same things at the same time because they were

02:15   12  seeing the same sand carried by the same flow.

02:15   13         So long story short, if I see that a kinked riser

02:15   14  developed a third hole after we had the first two the week

02:15   15  before, I would have to assume that the blind shear rams, who

02:15   16  were in the same system at the same time, have taken similar

02:16   17  hits because there, too, the flow was having to curve left and

02:16   18  right and go through tight passages.

02:16   19         Now, I'm not saying it was the same rate, Ms. Cross.

02:16   20  I'm not saying everything is identical like some of the

02:16   21  government experts are.  I'm saying that it's safe to say the

02:16   22  kink was eroding, the blind shear rams were eroding, and

02:16   23  everything else that was eroding previously is still eroding.

02:16   24  I think that's a commonsense statement.

02:16   25         **MS. CROSS:**   Thank you.  No further questions.

02:16    1           **THE COURT:**  Redirect?

02:16    2           **MR. BROCK:**  Yes, sir, just a couple.

02:16    3                   **REDIRECT EXAMINATION**

02:16    4   BY MR. BROCK:

02:16    5   **Q.**   Dr. Nesic, thank you for your patience and just a couple

02:16    6   questions in follow-up.

02:16    7           **MR. BROCK:**  If I can have D-23645, please.  D-23645.

02:17    8   BY MR. BROCK:

02:17    9   **Q.**   This is a demonstrative that we discussed earlier in your

02:17   10   exam but which I did not identify.  And I just want to call

02:17   11   your attention to the second bullet point there that we

02:17   12   actually discussed earlier, but we didn't offer this particular

02:17   13   demonstrative.

02:17   14           One of the things you relied on from Dr. Vaziri was

02:17   15   the conclusion that half of the sand was produced in the first

02:17   16   two weeks and the remainder was produced by the end of May?

02:17   17   **A.**   That's correct.

02:17   18   **Q.**   Now, changing topics to components of the BOP that you

02:17   19   analyzed.  You did not undertake to study flow restrictions of

02:17   20   the variable bore rams or the test rams after the period of

02:17   21   your analysis; that is, if we get past the time of Top Kill,

02:17   22   you didn't undertake to analyze whether or not the VBRs or the

02:17   23   test rams were restrictions to flow?

02:18   24   **A.**   That is correct.

02:18   25   **Q.**   There were some questions asked of you about viscosity and

**SRDJAN NESIC - REDIRECT**

02:18   1    density.  Do you recall those questions?

02:18   2    **A.**    I think we talked density most of the time, yes.

02:18   3    **Q.**    Density, yes.  Can you tell the Court whether or not your

02:18   4    model is sensitive to viscosity and density?

02:18   5    **A.**    No, it is not.  Actually, when one inputs the different

02:18   6    densities, one still gets the same ratio for pressure drop

02:18   7    change, one still gets the same ratio for flow increase.  That

02:18   8    is an analogous behavior to what I explained for flow rates.

02:18   9    So the short answer is:  No, my simulations were not sensitive

02:18   10   to the density or viscosity changes, as I write in my report.

02:18   11   **Q.**    You studied that for this case?

02:18   12   **A.**    Indeed I did.

02:18   13   **Q.**    Thank you.  Last question.  I want to go back to your

02:18   14   testimony about the transient simulations and in particular

02:19   15   about the linear trend you drew from the beginning and end

02:19   16   points of your simulations.  Is there an industry standard as

02:19   17   to what to do in that circumstance; that is, in order -- an

02:19   18   industry standard for working out whether the line is linear or

02:19   19   has some other shape?

02:19   20   **A.**    Probably not enshrined as a real standard, but anyone you

02:19   21   would ask, if you showed him that sequence of points with that

02:19   22   degree of linearity and asked him, Does this look like a

02:19   23   straight line, for all practical and theoretical purposes, I

02:19   24   think the answer would be, without a doubt, yes.

02:19   25   **Q.**    Did you employ the same engineering standards for this

**SRDJAN NESIC - REDIRECT**

02:19   1   case in deriving the linear line as you would in your work as

02:19   2   an erosion specialist?

02:19   3   **A.**    Absolutely.

02:19   4           **MR. BROCK:**  That's all I have.  Thank you very much.

02:19   5           **THE WITNESS:**  Thank you.

02:19   6           **THE COURT:**  Thank you, sir.

02:19   7           **THE WITNESS:**  Thank you.

02:20   8           **THE COURT:**  BP and Anadarko can call their next

02:20   9   witness.

02:20  10           **MR. BROCK:**  BP and Anadarko will call as their next

02:20  11   witness Dr. Momber, and I believe he is in the hall.

02:20  12           Your Honor, just for the purposes of informing

02:20  13   the Court, Dr. Momber will be examined by Bridget O'Connor, one

02:20  14   of my colleagues.

02:21  15                       **ANDREAS MOMBER,**

02:21  16   having been duly sworn, testified as follows:

02:21  17           **THE DEPUTY CLERK:**  State your full name and correct

02:21  18   spelling for the record, please.

02:21  19           **THE WITNESS:**  My name is Andreas Momber, the last

02:21  20   name is M-O-M-B-E-R.  First name is A-N-D-R-E-A-S.

02:22  21           **MS. O'CONNOR:**  Your Honor, my name is Bridget

02:22  22   O'Connor, here for BP and Anadarko.  I will be doing the direct

02:22  23   of Dr. Momber.

02:22  24           **THE COURT:**  You may proceed.

       25

<center>**VOIR DIRE**</center>

**BY MS. O'CONNOR:**

**Q.**   Dr. Momber, you already introduced yourself to the Court.
Where do you live?

**A.**   I live in Hamburg, Germany.

**Q.**   Is English your native language?

**A.**   No, it is not.

**Q.**   But you are fluent in English?

**A.**   I guess so, yes.

**Q.**   What do you do for a living?

**A.**   I am the head of research and develop department of a
German engineering company.  I also am a lecturer at the Aachen
University of Technology in the range of erosion.  I also do
consulting to the industry in terms of material degradation
processes.

        **MS. O'CONNOR:**  If we can see D-24707, please.

**BY MS. O'CONNOR:**

**Q.**   Dr. Momber, could you tell the Court about your
educational background, please?

**A.**   Yes, I will.  I am -- from the point of view of my study,
I am a process engineer.  I studied at a German university in
Weimar and I finished this with a diploma -- I think it is
equivalent to a master's degree here -- in the field of heating
cement.

        I got a Ph.D. from the University of Leipzig as well

<center>OFFICIAL TRANSCRIPT</center>

ANDREAS MOMBER - VOIR DIRE

02:24  1    in Germany on the topic of rehabilitation of concrete
02:24  2    structures.  And I also got a habilitation degree from the
02:24  3    Aachen University of Technology for the erosion of
02:24  4    geomaterials.
02:24  5    **Q.**   Could you explain what the habilitation degree is?
02:24  6    **A.**   Yes.  The habilitation is an academic degree, actually the
02:24  7    highest academic degree you could earn.  And if you have it, it
02:24  8    shows that you oversee a particular field of engineering, not
02:24  9    just a particular topic or particular point, an entire field,
02:24  10   and I was awarded the habilitation for the field of erosion of
02:24  11   geomaterials.
02:24  12   **Q.**   How long have you been working in the field --
02:24  13          **THE COURT:**  Are you saying geomaterials?
02:24  14          **THE WITNESS:**  Geomaterials, G-E-O materials.
02:24  15   BY MS. O'CONNOR:
02:24  16   **Q.**   While we are on that subject, can you explain what do you
02:24  17   mean by "geomaterials"?
02:25  18   **A.**   What are mineral-based materials.  That would include all
02:25  19   the cement-based materials like cement, reinforced cement,
02:25  20   concrete, mortar, but also rock materials and soil.
02:25  21   **Q.**   Can you explain -- you mentioned both cement and concrete.
02:25  22   Can you explain what is the difference between the two?
02:25  23   **A.**   Well, with plain cement and a concrete, the major
02:25  24   difference is that a cement doesn't contain any secondary solid
02:25  25   phase in its structure.  It's just solidified cement, whereas a

ANDREAS MOMBER - VOIR DIRE

02:25  1    concrete would include another secondary phase, what's being
02:25  2    called aggregate materials of different sizes starting from
02:25  3    very small one to rather large ones.
02:25  4    **Q.**   The term "well cement," where would that fall within the
02:25  5    range of cement to concrete?
02:25  6    **A.**   Well, what is being called "well cement" here, it belongs
02:26  7    to the cementitious materials, to the cement-based materials
02:26  8    because the well cement here contains small aggregates, somehow
02:26  9    situated between a plain cement and a concrete containing
02:26  10   coarse aggregate materials.  It's -- technically spoken, from
02:26  11   my point of view, concrete contains very small pieces of
02:26  12   aggregate materials.
02:26  13   **Q.**   Getting back to your educational and work background, have
02:26  14   you conducted research in your field?
02:26  15   **A.**   In what field?
02:26  16   **Q.**   In the field that you work and practice.
02:26  17   **A.**   Yes, I did extensive research on material degradation
02:26  18   processes in general and specifically on the erosion of
02:26  19   cement-based materials, doing it for more than 20 years now.
02:27  20   **Q.**   Have you published any of that work?
02:27  21   **A.**   Yes.  I have published extensively on this topic.  I have
02:27  22   published more than 120 peer-reviewed papers in my career, a
02:27  23   number of textbooks where two of the textbooks are dedicated
02:27  24   particularly to erosion of cement-based materials.
02:27  25   **Q.**   Where specifically are you currently employed?

**ANDREAS MOMBER - VOIR DIRE**

02:27    1    **A.**    I am currently employed a company named Muehlhan situated

02:27    2    in Germany.  This is a company that provides engineering

02:27    3    services to industry in general, including offshore oil and

02:27    4    gas, including bridge constructions, including infrastructure

02:27    5    structures and things like this.

02:27    6    **Q.**    What is your role there?

02:28    7    **A.**    Well, my role is that of the head of the research and

02:28    8    development department.  I oversee all the activities in the

02:28    9    company -- it's worldwide active -- and I'm also responsible

02:28   10    for training issues.

02:28   11    **Q.**    Have you ever testified as an expert witness before?

02:28   12    **A.**    No, I haven't.

02:28   13    **Q.**    You were retained by BP as an expert in this litigation,

02:28   14    though, right?

02:28   15    **A.**    Yes.

02:28   16    **Q.**    What were you asked to do?

02:28   17    **A.**    I was asked to calculate, evaluate, to assess erosion

02:28   18    rates in the well cement, and I was particularly asked to

02:28   19    respond to the expert reports of Dr. Griffiths and of

02:28   20    Dr. Dykhuizen.

02:28   21    **Q.**    In undertaking that work, did you have the opportunity to

02:28   22    review information about the Macondo well?

02:28   23    **A.**    I had the opportunity, yes, and I did it.  I reviewed

02:28   24    quite some documents that are related to that case.

02:29   25    **Q.**    Can you describe the types of information that you

ANDREAS MOMBER - VOIR DIRE

02:29  1    reviewed in your work?

02:29  2    A.   Yes.  I reviewed expert reports from Phase One.  I have

02:29  3    reviewed other reports, like the Bly report or the chief

02:29  4    counsel's report.  I reviewed supporting literature.  I

02:29  5    reviewed scientific literature about the erosion of

02:29  6    cement-based materials, just to name a few.

02:29  7    Q.   Was the approach that you took in your work for this case

02:29  8    consistent with the way you approach your work generally?

02:29  9    A.   Yes, it is generally consistent with how I do approach

02:29  10   problems like this.

02:29  11   Q.   Based on your review, have you reached any opinions in

02:29  12   this matter?

02:29  13   A.   Yes.  I have come up with two opinions, two core or two

02:29  14   key opinions.

02:30  15        MS. O'CONNOR:  If we could see D24708, please.

02:30  16   BY MS. O'CONNOR:

02:30  17   Q.   Dr. Momber, could you tell the Court what opinions you

02:30  18   have reached in this matter.

02:30  19   A.   Well, the first opinion is that, assuming that the cement

02:30  20   in the Macondo well was set, it is scientifically unsound and

02:30  21   unproven that the cement could have been eroded in the time

02:30  22   periods issued by the two experts, which would be roughly nine

02:30  23   hours and 48 hours.

02:30  24        This is not plausible to me and this is not supported

02:30  25   by any numbers from the scientific literature about the issue.

ANDREAS MOMBER - VOIR DIRE

02:30   1    So the erosion rates required to meet that -- these time
02:30   2    periods must have been orders of magnitudes larger than erosion
02:30   3    rates that are usually known for this area.
02:30   4            The second opinion relates to the net pay change from
02:30   5    Mr. Emilsen's report.  I do not agree about the gradual net pay
02:31   6    change issued by Dr. Griffiths, and I do not agree that the net
02:31   7    pay change could have been the result of an erosion process.  I
02:31   8    rather think it's another process, and I suggested the
02:31   9    hydraulic fragmentation as an alternative scenario.
02:31   10   **Q.**   Dr. Momber --
02:31   11           **MR. CERNICH:**  Your Honor, I would like to object to
02:31   12   the second opinion.
02:31   13           **THE COURT:**  Come to the microphone.
02:31   14           **MR. CERNICH:**  Scott Cernich for the United States.
02:31   15           I'm objecting to the second opinion that
02:31   16   Dr. Momber is offering.  He is offering an opinion as to the
02:31   17   failure mode of the cement on April 20 before hydrocarbons even
02:31   18   reached the BOP.  This is a Phase One matter; he is trying to
02:31   19   redo expert work from Phase One, including Mr. Emilsen's work.
02:31   20           **MS. O'CONNOR:**  Your Honor, the U.S. government moved
02:31   21   this summer on this issue and Judge Shushan ruled that he was
02:32   22   not -- his opinions were not Phase One opinions, including his
02:32   23   second opinion, the hydraulic fragmentation.  Their motion to
02:32   24   strike his report was denied after her review of his report.
02:32   25           **THE COURT:**  All right.  I'll see where it goes.

ANDREAS MOMBER - VOIR DIRE

02:32   1              Mr. Cernich, any particular areas of questions
02:32   2   he gets into, you can object and I'll consider it at that time.
02:32   3              MR. CERNICH:  Thank you, Your Honor.
02:32   4   BY MS. O'CONNOR:
02:32   5   Q.   Dr. Momber, on the screen is D-24708.  Does that slide
02:32   6   accurately summarize the opinions that you reached in this
02:32   7   matter?
02:32   8   A.   Yes, it does.
02:32   9   Q.   Have you also prepared an expert report in this case?
02:32   10  A.   Yes, I did.
02:32   11             MS. O'CONNOR:  Could we see TREX-11644.1, please.
02:32   12  BY MS. O'CONNOR:
02:32   13  Q.   Is that the front page of your report?
02:32   14  A.   Yes, that's the one.
02:33   15             MS. O'CONNOR:  Your Honor, at this point I would
02:33   16  offer Dr. Momber as an expert in cement erosion.
02:33   17             THE COURT:  I don't believe there were any motions
02:33   18  regarding this expert. correct?
02:33   19             MR. CERNICH:  We have questions regarding
02:33   20  Dr. Momber's specific qualifications.  We'll take those up on
02:33   21  cross.
02:33   22             THE COURT:  Okay.  I'm going to accept him and allow
02:33   23  him to testify.
02:33   24             MS. O'CONNOR:  We would also move that his expert
02:33   25  report, TREX-11644, be admitted.

ANDREAS MOMBER - VOIR DIRE

02:33   1          THE COURT:  Any objection to that?

02:33   2          MR. CERNICH:  Your Honor, I would like that to be

02:33   3   subject to our objections regarding Dr. Momber's Phase One

02:33   4   opinions.

02:33   5          THE COURT:  Okay.  We'll admit it subject to that.

02:33   6                     DIRECT EXAMINATION

02:33   7   BY MS. O'CONNOR:

02:33   8   Q.   Dr. Momber, could we please start by having you explain in

02:33   9   general terms:  How does cement erosion work?

02:33  10   A.   Yes, sure.  The erosion of the Macondo well, in

02:33  11   particular, is the result of a particular erosion process which

02:33  12   is called "slurry erosion," and by talking "slurry" I do not

02:34  13   mean the cement slurry that was pumped into the well.  I'm

02:34  14   talking about a slurry consisting of a liquid, which is the

02:34  15   hydrocarbon, and a solid suspended in the hydrocarbon, which

02:34  16   are the sand particulates from the reservoir.

02:34  17          We have two phases in the erosion process.  One phase

02:34  18   is through the liquid, the high-speed -- the liquid flowing at

02:34  19   a high speed will enter cracks, interfaces, and pores into the

02:34  20   system and will generate damages.  On the other side, the

02:34  21   particles suspended in the liquid, they will impinge the

02:34  22   surface of the cement working like a micro cutting tool and

02:34  23   they will remove tiny particles from the cement in a successive

02:34  24   manner.

02:34  25   Q.   With that as a background, how did you approach your

ANDREAS MOMBER - DIRECT

02:34  1  analysis of the question at hand in assessing cement erosion at
02:35  2  the Macondo well after the blowout?
02:35  3  A.   Can you repeat the question?
02:35  4  Q.   How did you approach your analysis of cement erosion at
02:35  5  Macondo for your work here?
02:35  6  A.   Well, I first was trying to calculate erosion rates that
02:35  7  are required to meet these two time marks offered by the
02:35  8  experts, Dr. Griffiths and Dr. Dykhuizen.  Then I compared
02:35  9  those rates with rates that seems to be plausible to me from my
02:35  10  scientific background and with rates that I found in the
02:35  11  supporting scientific literature.  That's basically the way I
02:35  12  did it.
02:35  13  Q.   You mentioned that you had reviewed some scientific
02:35  14  literature on cement erosion.  Can you describe the process
02:35  15  that you followed for that review?
02:35  16  A.   Yes, I can.  First of all, the erosion rates I calculated
02:36  17  for these two cases seemed very implausible to me.  I did not
02:36  18  find any support on those from my previous work.  But I
02:36  19  reviewed other scientific references from the literature.  I
02:36  20  started with reviewing papers about erosion of cement-based
02:36  21  materials in general and finally found out that there is a
02:36  22  number of eight papers which covers more than 200 different
02:36  23  erosion scenarios can be related to that particular case in the
02:36  24  Macondo well.  I calculated all the erosion rates for all the
02:36  25  more than 200 erosion scenarios, and then I related those

**ANDREAS MOMBER - DIRECT**

02:36  1    erosion rates to the erosion rates I calculated for the

02:36  2    requirements regarding Dr. Griffiths and Dr. Dykhuizen's time

02:36  3    marks.

02:37  4    **Q.**   The scientific articles that you reviewed, broadly

02:37  5    speaking, what do those articles evaluate?

02:37  6    **A.**   Well, those researchers investigated two issues.  Issue

02:37  7    Number 1 is those papers were about the development of

02:37  8    erosion-resistant cement-based materials.  The second issues

02:37  9    those researchers investigated was what parameters might affect

02:37  10   the erosion rates and how can these parameters be related?

02:37  11   **Q.**   Based on your experience and also your review of the

02:37  12   scientific literature, can you explain what are the factors

02:37  13   that primarily determine erosion rates in cement or concrete

02:37  14   materials?

02:37  15   **A.**   Yes.  So far, the slurry erosion that I just briefly

02:37  16   described, you could subdivide the inferencing parameters into

02:37  17   two groups.  There's one group I call "process parameters."

02:38  18   These parameters actually describe the loading process, the

02:38  19   load.  That would include the speed of flow, the angle of

02:38  20   impingement.  It would include the solid content of the flow,

02:38  21   the size and the type of the solid particles.

02:38  22          The second group is a group I call "resistance

02:38  23   parameters."  They describe the resistance of the material.

02:38  24   For the cement-based materials, these are basically the

02:38  25   porosity, the water:cement ratio, the aggregate content, the

ANDREAS MOMBER - DIRECT

02:38    1    aggregate size and distribution.  But all those resistance
02:38    2    parameters could actually be summarized in a single parameter,
02:38    3    which is the compressive strengths, because any change in what
02:39    4    I said -- porosity, etc., etc. -- will immediately be reflected
02:39    5    in a change of the comprehensive strengths.
02:39    6    Q.   In assessing the rate of erosion at the Macondo well
02:39    7    specifically, what information did you need to know to do that?
02:39    8    A.   Well, I would need information about the status of the
02:39    9    cement in the well.
02:39   10    Q.   Can you explain what you mean by "information about the
02:39   11    status of the cement"?  Specifically -- more specifically, what
02:39   12    did you need to know?
02:39   13    A.   I would actually need to know how much cement was in the
02:39   14    well and how was it conditioned.
02:39   15    Q.   Can you describe the cement barrier as you considered it
02:39   16    in your analysis?
02:39   17    A.   Well, yes, I considered the cement barrier the shoe track,
02:40   18    between the reamer shoe and the float collar.
02:40   19             MS. O'CONNOR:  If we could see TREX-11644.7.1,
02:40   20    please.
02:40   21    BY MS. O'CONNOR:
02:40   22    Q.   Dr. Momber, is this a figure from your report?
02:40   23    A.   Yes.
02:40   24    Q.   Using this figure, can you explain how you calculated the
02:40   25    volume of the cement column or the cement barrier between the

ANDREAS MOMBER - DIRECT

02:40  1    shoe and the float collar?

02:40  2    A.    Yes, it was a simple procedure because it's a column and

02:40  3    the lengths of the height of the column was known.  It's 180

02:40  4    and 9 feet.  And the diameter of the column was known as

02:40  5    well -- it's roughly 6.1 inch -- and with those two parameters,

02:41  6    it was easy to calculate the volume of cement being placed

02:41  7    there.

02:41  8    Q.    Why did you analyze only the cement in that shoe track

02:41  9    area?

02:41  10   A.    Because that was the flow path of the hydrocarbons through

02:41  11   the shoe track.

02:41  12   Q.    Was that the only place in the well where cement could

02:41  13   have provided a barrier to flow?

02:41  14   A.    No, this is not the only place.  There's also cement in

02:41  15   the annulus that could have provided a barrier to the flow.

02:41  16   Q.    Turning now -- did you make any assumptions in your work

02:41  17   about the condition of the cement for the purposes of your

02:41  18   analysis?

02:41  19   A.    Well, for the conditions of the cement, I made two basic

02:41  20   assumptions.  The first assumption is that cement had been set

02:41  21   and the second assumption is that the cement structure was

02:42  22   disturbed predamaged.

02:42  23   Q.    The first assumption, to be clear, are you offering any

02:42  24   opinions about whether or not the cement was set?

02:42  25   A.    No, I do not offer any opinion.  I just made an assumption

ANDREAS MOMBER - DIRECT

02:42  1    that the cement had been set.

02:42  2    Q.   When you say "set," what do you mean by that?

02:42  3    A.   What I mean is that the cement would have a particular

02:42  4    compressive strength.

02:42  5    Q.   What effect would the cement in the well have on the flow

02:42  6    from the reservoir if it was set?

02:42  7    A.   Well, it would act as a barrier to the flow.

02:42  8    Q.   Why did you start with the assumption that the cement was

02:42  9    set?

02:42  10   A.   Well, that is basically because I was replying to

02:42  11   Dr. Griffiths' expert report and I was trying to make the same

02:42  12   assumptions and using the same procedures he used in his

02:43  13   report.  And while I went through his report, I found that he

02:43  14   made assumptions on the status of the cement by mentioning that

02:43  15   the cement was reasonably intact and provided at least an

02:43  16   initial barrier to erosion as well.

02:43  17            MS. O'CONNOR:   If we could see TREX-114854.12.3,

02:43  18   please.

02:43  19   BY MS. O'CONNOR:

02:43  20   Q.   Dr. Momber, is this the language from Dr. Griffiths'

02:43  21   report that you were referring to?

02:43  22   A.   Yes.

02:43  23   Q.   Specifically, could you direct our attention to the

02:43  24   language that you looked at in your finding a need to respond

02:43  25   with the assumption that the cement was set?

ANDREAS MOMBER - DIRECT

02:44  1   **A.**   Well, the cement barrier would provide no significant
02:44  2   restriction to flow from the reservoir into the casing.  And
02:44  3   assuming that the cement remained reasonably intact, the likely
02:44  4   mechanism for progressive failure is erosion.
02:44  5   **Q.**   You also mentioned earlier that you were also responding
02:44  6   to Dr. Dykhuizen's expert report.  What were you responding to
02:44  7   in his report with respect to cement erosion?
02:44  8   **A.**   What I responded to his report in the way that he claimed
02:44  9   that, after 48 hours, any erosion process would not be of any
02:44  10  meaning to the flow -- the flow rate of the hydrocarbons.
02:44  11  **Q.**   In addition to responding to those same assumptions that
02:44  12  the government experts had made, was there any other evidence
02:45  13  that you reviewed that confirmed to you that that was a
02:45  14  reasonable assumption?
02:45  15  **A.**   That the cement had been set?
02:45  16  **Q.**   Right.
02:45  17  **A.**   I might also refer to --
02:45  18         **MR. CERNICH:**  Objection, Your Honor.  Any opinions by
02:45  19  Dr. Momber regarding his own analysis or consideration of why
02:45  20  he thinks the cement was set was excluded by an order by
02:45  21  Judge Shushan.
02:45  22         **THE COURT:**  As being really Phase One?
02:45  23         **MR. CERNICH:**  That's right.  Judge Shushan's order
02:45  24  said that Dr. Momber could simply assume the cement was set and
02:45  25  that was the extent of the testimony that he could give on

ANDREAS MOMBER - DIRECT

02:45  1    that.

02:45  2          THE COURT:  We are certainly not going to retry in

02:45  3    Phase Two whether the cement was or was not set.  We heard a

02:45  4    lot about that in Phase One, so I sustain the objection.

02:45  5    BY MS. O'CONNOR:

02:45  6    Q.   Dr. Momber, you mentioned that compressive strength was

02:46  7    one of the elements that you looked at in assessing the cement

02:46  8    erosion after the blowout.  Where did you get the information

02:46  9    that you used about the compressive strength?

02:46  10   A.   I got information from testing reports; one from the

02:46  11   Chevron Laboratory, the other from Halliburton testing records.

02:46  12         MS. O'CONNOR:  If we could see D-24709.

02:46  13   BY MS. O'CONNOR:

02:46  14   Q.   Dr. Momber, is this the Chevron report that you looked at

02:46  15   for the compressive strength information?

02:46  16   A.   Yes.

02:46  17         MR. CERNICH:  Your Honor --

02:46  18   BY MS. O'CONNOR:

02:46  19   Q.   What information in that --

02:46  20         THE COURT:  Wait, wait, wait.

02:46  21         MR. CERNICH:  Because of the way the demonstrative is

02:46  22   titled, I'm just going to make another objection regarding the

02:46  23   reasonable -- any opinions --

02:46  24         THE COURT:  It sounds like we are going right back

02:46  25   into was the cement set or not, so I sustain the objection.

ANDREAS MOMBER - DIRECT

02:47    1            MS. O'CONNOR:  Your Honor, Dr. Momber has said he
02:47    2    is --
02:47    3            THE COURT:  I sustain the objection.
02:47    4    BY MS. O'CONNOR:
02:47    5    Q.   You mentioned a second assumption that you have made,
02:47    6    which is that the cement structure was predisturbed.  Can you
02:47    7    explain what you meant by that?
02:47    8    A.   What I meant by that is that there was a net of cracks --
02:47    9            MR. CERNICH:  Your Honor, I'm going to object again.
02:47   10    This testimony relates to the condition of the Macondo cement
02:47   11    at the time of the blowout.  This is continued Phase One
02:47   12    testimony trying to retread everything that we spent two months
02:47   13    here hearing about in Phase One.
02:47   14            MS. O'CONNOR:  Your Honor, Dr. Momber is being very
02:47   15    clear that he is not offering --
02:48   16            THE COURT:  But wait a minute.
02:48   17            Whether the cement was set or not set was a
02:48   18    significant issue in Phase One.  It's one thing for the witness
02:48   19    to be asked to assume that the cement was set for whatever
02:48   20    reason or be told to assume that and then render opinions based
02:48   21    on that.  But if he is going to get into his view of whether
02:48   22    that was reasonable or not reasonable, that's another issue.
02:48   23    Because, then, he is basically giving his opinion as to whether
02:48   24    the cement was set or not set, which is a Phase One issue and
02:48   25    we are not going to go there.  So I sustain the objection.

ANDREAS MOMBER - DIRECT

02:48    1    BY MS. O'CONNOR:
02:48    2    Q.   Dr. Momber, I'm asking you now about the assumption that
02:48    3    you expressed which is about the cement structure -- the
02:48    4    predisturbance in the cement structure that you used in your
02:48    5    calculations.  Can you explain what you mean by "predisturbed"?
02:49    6    A.   Well, I assumed that the structure of the cement was
02:49    7    containing a net of cracks and voids and pores and of
02:49    8    interfaces that would allow a particular volume of hydrocarbons
02:49    9    to flow through it.
02:49   10         MS. O'CONNOR:  Could we see TREX-11644.10.1, please.
02:49   11    BY MS. O'CONNOR:
02:49   12    Q.   Is this a chart from your expert report, Dr. Momber?
02:49   13    A.   Yes, it is.
02:49   14    Q.   When you are looking at the cement erosion for your
02:49   15    analysis, how do you use this information?
02:49   16    A.   Well, for example, the Situation Number 3 would very well
02:50   17    describe the condition of the cement in the first phase of the
02:50   18    erosion process.
02:50   19         MR. CERNICH:  Your Honor, I'm going to object again.
02:50   20    Now Dr. Momber is providing further opinions on the condition
02:50   21    of the Macondo cement at the bottom of the well.
02:50   22         MS. O'CONNOR:  Your Honor, he is not saying -- my
02:50   23    next question can clear that up if there's any confusion.  He
02:50   24    is not saying that this was the condition of the cement.  He is
02:50   25    saying, for the purposes of his analysis, he starts with this

ANDREAS MOMBER - DIRECT

02:50 1    as his assumption.

02:50 2            **THE COURT:**  All right.  With that understanding, I

02:50 3    will overrule the objection.

02:50 4    **BY MS. O'CONNOR:**

02:50 5    **Q.**   Dr. Momber, is this illustration intended to represent

02:50 6    what the cement in the Macondo well actually did look like?

02:50 7    **A.**   No.  It's an example how it could look like.  It's

02:50 8    representative of how it could look like.

02:50 9    **Q.**   The channels that you describe that could have been in the

02:51 10   cement, how do you take those channels into account in doing

02:51 11   your calculations?

02:51 12   **A.**   Well, for calculating the erosion rates required for the

02:51 13   time frames of the two experts, I needed to know the volume and

02:51 14   I just told how I calculated the volume of the cement.  But if

02:51 15   there's a crack, a void, and pore network into the cement, I

02:51 16   must subtract the volume occupied by that net from the actual

02:51 17   volume of the cement.  That is how I considered the

02:51 18   predisturbed structure in my calculations.

02:51 19   **Q.**   So you subtract the volume for these channels.  Can you

02:51 20   explain how do you calculate a volume for these channels?

02:51 21   **A.**   Yes, this is outlined in Appendix A of my report, and

02:51 22   basically I combined well-known relationships from fluid

02:52 23   mechanics from information provided in Mr. Emilsen's report

02:52 24   about the net pay and about flow rates, and this procedure

02:52 25   enabled me to calculate the volume of the correct net void and

**ANDREAS MOMBER - DIRECT**

02:52  1   pore net.

02:52  2           MS. O'CONNOR:  Could we see TREX-11644.28.1, please.

02:52  3   BY MS. O'CONNOR:

02:52  4   Q.   Dr. Momber, is this another table, Table A1 from your

02:52  5   expert report?

02:52  6   A.   Yes.

02:52  7   Q.   Can you explain here where the pressure drop calculations

02:52  8   that you performed appear.

02:52  9   A.   Well, it's on Line 4 and the basic result of the

02:52  10  calculation is the last line, DF, where I was able to calculate

02:53  11  the cross section that is correct, devising the volume of net

02:53  12  void and correct network, and I related this to the volume of

02:53  13  the cement and what I found out actually is that about

02:53  14  19 percent of the entire volume of the cement is occupied by

02:53  15  this crack void network.  And this is -- very well reflects the

02:53  16  number in Mr. Emilsen's report who said about one-fifth, right,

02:53  17  of the reservoir is exposed is actually a good proof of my

02:53  18  calculation.

02:53  19  Q.   You said, just to be clear for the record, you said 19,

02:53  20  1-9?

02:53  21  A.   19, 1-9, yes.

02:53  22  Q.   At these percentages you have calculated, would the cement

02:53  23  column still be providing a sizeable flow restriction?

02:54  24  A.   Yes, it still would.

02:54  25  Q.   Could you explain what your basis for that is?

ANDREAS MOMBER - DIRECT

02:54   1   **A.**   First of all, this is not an unusual number for

02:54   2   cement-based materials.  As you can see from the table, it

02:54   3   still provided a resistance to the flow in terms of pressure

02:54   4   drop.

02:54   5   **Q.**   Turning now to the reports of Dr. Griffiths and

02:54   6   Dr. Dykhuizen, I think you stated earlier you reviewed both of

02:54   7   their expert reports.  Correct?

02:54   8   **A.**   Yes.

02:54   9   **Q.**   Have you also reviewed their deposition and trial

02:54   10   testimony?

02:54   11   **A.**   Yes, I did.

02:54   12   **Q.**   Does Dr. Griffiths address cement erosion in his report?

02:54   13   **A.**   Yes, he did.

02:54   14   **Q.**   What is your understanding of what Dr. Griffiths'

02:54   15   assumption or analysis was with respect to cement erosion?

02:54   16   **A.**   Well, his assumption was, if the cement is in a reasonable

02:55   17   shape, then it would take about nine hours to erode it almost

02:55   18   completely.

02:55   19   **Q.**   Did he have any other analysis relating to -- well, I

02:55   20   guess, first of all, did you see any scientific basis in

02:55   21   Dr. Griffiths' report for his conclusion that the cement would

02:55   22   have eroded within nine hours?

02:55   23   **A.**   No.  I didn't see any scientific proof in terms of an

02:55   24   erosion process.

02:55   25   **Q.**   Did he have any other discussion --

ANDREAS MOMBER - DIRECT

02:55  1          MS. O'CONNOR:  And I will ask if we could see
02:55  2  TREX-11485R.12.4.
02:55  3  **BY MS. O'CONNOR:**
02:55  4  **Q.**    Did he have any other discussion in that section about
02:55  5  cement erosion?
02:56  6  **A.**    Well, basically, Dr. Griffiths was using a procedure for
02:56  7  the calculation of these nine hours, which, actually -- as a
02:56  8  basis for his erosion assumption, which I actually could not
02:56  9  agree upon.  He is using the net pay numbers reported in
02:56  10  Mr. Emilsen's report and he transferred them into PI numbers,
02:56  11  and then he assumed a gradual increase in the PI numbers in the
02:56  12  period between 9:00 p.m. and 9:30 p.m. that night.  And he
02:56  13  finally came up with a PI rate, and he extrapolated this rate
02:57  14  was estimating just for a 30-minute duration.  He extrapolated
02:57  15  that rate linearly to a time frame after the 9:30 time mark
02:57  16  which completely unknown conditions.  So this is actually
02:57  17  something that is not acceptable.
02:57  18  **Q.**    Turning to Dr. Dykhuizen's report, TREX-11452.11.2,
02:57  19  please.  With respect to his discussion of erosion, did you see
02:57  20  any scientific basis for Dr. Dykhuizen's position on erosion
02:57  21  generally or cement erosion more specifically in his report?
02:57  22  **A.**    No, I haven't seen any.
02:57  23  **Q.**    Have you also reviewed Dr. Dykhuizen's discussion in his
02:57  24  trial testimony about his analysis of cement erosion?
02:57  25  **A.**    Yes.

ANDREAS MOMBER - DIRECT

02:58   1   **Q.**   Did you see his --

02:58   2        **MR. CERNICH:**   Your Honor, I'm going to object to any

02:58   3   surrebuttal offered based on Dr. Dykhuizen's trial testimony at

02:58   4   this time.   Dr. Momber didn't have that testimony when he wrote

02:58   5   his expert report.

02:58   6        **MS. O'CONNOR:**   The question doesn't call for any new

02:58   7   opinions.   It's consistent with his existing opinions as to

02:58   8   whether Dykhuizen's testimony --

02:58   9        **THE COURT:**   Okay.   I overrule the objection.

02:58   10  BY MS. O'CONNOR:

02:58   11  **Q.**   Have you reviewed -- sorry.   Have you reviewed

02:58   12  Dr. Dykhuizen's trial testimony with respect to the analysis

02:58   13  that he has done as to erosion or cement erosion?

02:58   14  **A.**   Yes.

02:58   15  **Q.**   Do you recall that he described that analysis as a hand

02:58   16  wave or a wave to erosion?

02:58   17  **A.**   Yes, I noted that.

02:58   18  **Q.**   Turning to your analysis of Dr. Griffiths' and

02:58   19  Dr. Dykhuizen's assumptions, can you describe your assessment

02:58   20  and your comparison of those erosion rates to those that you

02:58   21  were able to identify in the scientific literature?

02:59   22  **A.**   Well, yes.   I compared the numbers for the erosion rates

02:59   23  that I found in the scientific literature, including my own

02:59   24  investigations, with the erosion rates I calculated for the two

02:59   25  cases being developed by Dr. Griffiths and by Dr. Dykhuizen.

**ANDREAS MOMBER - DIRECT**

02:59    1           I did a comparison erosion rate in terms of cubic

02:59    2    feet per hour, did a comparison, and I found that the erosion

02:59    3    rates required for Dr. Dykhuizen and Dr. Griffiths are far off

02:59    4    the erosion rates known for cement-based materials even under

02:59    5    extreme conditions.  They must have been some orders of

02:59    6    magnitudes higher.

02:59    7           **MS. O'CONNOR:**  Could we see D-24238, please.

02:59    8    BY MS. O'CONNOR:

02:59    9    **Q.**   Dr. Momber, did you prepare this graph to reflect the

03:00   10    calculations and comparison that you have done in your

03:00   11    analysis?

03:00   12    **A.**   Yes, that's my graph.

03:00   13    **Q.**   Can you explain to the Court, using this chart, what your

03:00   14    opinions were based on that analysis.

03:00   15    **A.**   Yes, I can do that.

03:00   16           This is a so-called ASHBY chart.

03:00   17           **MR. CERNICH:**  Your Honor, may I object?

03:00   18           This chart is not in Dr. Momber's report.

03:00   19    During his deposition, for the first time we learned about

03:00   20    Dr. Momber doing an ASHBY analysis.  He described an ASHBY

03:00   21    chart.  He admitted that it hadn't been disclosed, it wasn't

03:00   22    included in his consideration materials or his modeling runs or

03:00   23    anything of the type.  This is the first time we have seen

03:00   24    this.  Now he is bringing it to court to explain his opinions.

03:01   25           I'm going to move to strike any testimony

**ANDREAS MOMBER - DIRECT**

03:01  1    regarding this and ask that it be excluded.

03:01  2              MS. O'CONNOR:  Your Honor, this chart was produced to

03:01  3    the government on September 27.  It was part of the group of

03:01  4    demonstratives that they withdrew any objections to.  I have

03:01  5    their communication on that.

03:01  6              Moreover, in Dr. Momber's deposition, he

03:01  7    discussed having -- that this relates to an ASHBY analysis.

03:01  8              THE COURT:  I overrule the objection.

03:01  9              THE WITNESS:  I might say that this graph is actually

03:01 10    providing identical information to my table in my report.  It's

03:01 11    just another type of expressing them.

03:01 12              I don't know whether this one works.  No.  It's

03:01 13    too far.

03:01 14    BY MS. O'CONNOR:

03:01 15    Q.   I think you just turn to the right a little bit.

03:01 16    A.   Well, in the graph, on the horizontal line you will find

03:01 17    compressive strength numbers in psi.

03:01 18              Thank you.

03:01 19    Q.   Does that work a little better for you?

03:02 20    A.   Right.  On the vertical scale you will find the erosion

03:02 21    rates in cubic feet per hour.  You will see two horizontal

03:02 22    lines.  These are the erosion rates I calculated for

03:02 23    Dr. Griffiths' and Dr. Dykhuizen's approaches for the nine

03:02 24    hours and the 24 hours.  So it's about 3.42 cubic feet per hour

03:02 25    and 0.64 cubic feet per hour.

ANDREAS MOMBER - DIRECT

03:02     1          Those data points here are the results of the
03:02     2    references I reviewed.  It doesn't look like this, but it's
03:02     3    more than 200 data points here.
03:02     4          So basically the diagram shows that all the data
03:02     5    points, even the largest one, which I just highlight here, are
03:03     6    orders of magnitudes away from the erosion rates required for
03:03     7    Dr. Griffiths' and Dr. Dykhuizen's approaches.
03:03     8          I also added an inclined line here.  That line is
03:03     9    actually based on my own research originally, but I found that
03:03    10    one of the references I cited and I checked came out with a
03:03    11    very similar one.  And it shows the effects of the compressive
03:03    12    strength changes on the erosion rates.
03:03    13          Even at rather low compressive strength numbers here
03:03    14    on the left side of the graph, we see that there are still
03:03    15    orders of magnitudes differences between real erosion rates and
03:03    16    erosion rates required for Dr. Griffiths' and Dr. Dykhuizen's
03:03    17    approaches.
03:03    18    BY MS. O'CONNOR:
03:03    19    Q.   You mentioned in that explanation orders of magnitude
03:03    20    difference.  What do you mean by "orders of magnitude"?
03:04    21    A.   One order of magnitude is a difference of 10 times, so two
03:04    22    orders would be 100 times, etc.
03:04    23          MS. O'CONNOR:  Could we see TREX-11644.16.1, please.
03:04    24    BY MS. O'CONNOR:
03:04    25    Q.   You referred at the beginning of your explanation to your

ANDREAS MOMBER - DIRECT

03:04    1    table in your report.  Is this the table you were referring to?

03:04    2    A.    This is the table from my report, yes.

03:04    3    Q.    Table 6.1.  Could you just to explain to the Court, where

03:04    4    do you find the erosion rates that you had plotted in that

03:04    5    graph we looked at a moment ago in this table?

03:04    6    A.    The two upper erosion rates I calculated according to the

03:04    7    scenario we were just discussing.  These two.

03:04    8            And the lower part, those are the erosion rates I

03:04    9    found in the reference literature.  I said it's more than

03:04   10    200 cases I reviewed.  But I also -- I only took the highest

03:05   11    erosion rate from each individual reference and put this one

03:05   12    into the table.  So this actually the erosion rates that are

03:05   13    known for cement-based materials, and those are the erosion

03:05   14    rates that are required for Dr. Dykhuizen's and Dr. Griffiths'

03:05   15    approaches.

03:05   16            MS. O'CONNOR:  If we could go back to D-24238,

03:05   17    please.

03:05   18    BY MS. O'CONNOR:

03:05   19    Q.    Dr. Momber, besides aggregate, does well cement contain

03:05   20    any other additives?

03:05   21    A.    Yes, it does.

03:05   22    Q.    Have you considered whether those additives would affect

03:05   23    the erosion rates that you have considered here?

03:05   24    A.    Well, I consider it in a way that any change in

03:05   25    ingredients, whether it's the type of ingredients or the

ANDREAS MOMBER - DIRECT

03:05  1    quantity of particular ingredients, will immediately affect the
03:06  2    compressive strengths.  So any change, any additional
03:06  3    ingredients is being reflected by the compressive strengths.
03:06  4    And because I have plot compressive strength numbers here on my
03:06  5    X-axis, so those changes are being considered.
03:06  6    Q.   Similarly, the difference as to whether you're looking at
03:06  7    a cement or a concrete, how would that difference impact the
03:06  8    analysis that you have done here?
03:06  9    A.   Well, if we compare, let's say, a cement and a concrete in
03:06  10   terms of slurry erosion, I might just repeat that a concrete is
03:06  11   containing rather large aggregate particles, and the well
03:06  12   cement in question here contains very small aggregate
03:06  13   particles.
03:06  14        When it comes to the large aggregate particles, in
03:06  15   the cement matrix they form a very weak interface between
03:07  16   aggregate and cement matrix.  It's highly porous.  It is well
03:07  17   known in cement and concrete technology.  And those are
03:07  18   preferred locations for the hydrocarbon penetrating the
03:07  19   material to erode it.
03:07  20        On the other side, the well cement in question here
03:07  21   containing these very tiny particles, the silica blend, these
03:07  22   ingredient is actually added to the well cement in order to
03:07  23   make it very dense, to generate a very low permeability, and
03:07  24   this will actually increase the erosion resistance.
03:07  25        So if you compare a concrete and a well cement in

ANDREAS MOMBER - DIRECT

03:07  1  terms of erosion by slurry erosion, the cement would have the

03:08  2  lower resistance.

03:08  3  **Q.**    Finally, Dr. Momber, based on your experience and your

03:08  4  review of the scientific literature, is there anything that you

03:08  5  have seen in the expert reports or trial testimony from

03:08  6  Drs. Griffiths or Dykhuizen that provides a scientific basis

03:08  7  for the cement erosion rates they have assumed in their

03:08  8  estimates here?

03:08  9  **A.**    No, I haven't seen any scientific base in terms of erosion

03:08  10  investigations.

03:08  11          **MS. O'CONNOR:**  Thank you, Dr. Momber.  That's all I

03:08  12  have.

03:08  13          **THE WITNESS:**  Thank you.

03:08  14          **THE COURT:**  Cross.  What's your estimated time,

03:08  15  Mr. Cernich?

03:08  16          **MR. CERNICH:**  I'm hoping an hour or so.

03:08  17          **THE COURT:**  Let's take a 15-minute recess.

03:08  18          **THE DEPUTY CLERK:**  All rise.

03:08  19          (Recess.)

03:28  20          **THE COURT:**  Please be seated, everyone.

03:28  21              Mr. Cernich, you may proceed.

03:28  22          **MR. CERNICH:**  Scott Cernich on behalf of the

03:28  23  United States.  Dr. Momber, I have you on cross-examination.

24

25

<div align="center">CROSS-EXAMINATION</div>

**BY MR. CERNICH:**

**Q.**   First, as a matter of housekeeping, Dr. Momber, do you recall at your deposition there were a couple of mistakes you described as typographical errors in your report?

**A.**   Yes.

          **MR. CERNICH:**  I would like to go to page 11 -- well, actually, let me do it this way, TREX-11644.0014.  If we could have --

**BY MR. CERNICH:**

**Q.**   On this page of your report you describe the float collar as being made of steel; is that right?

**A.**   No.  It is one of the typographical errors you mentioned.  This is not right.

**Q.**   You said that was a typographical error; you meant to write "aluminum" in your report?

**A.**   Right, yes.

          **THE COURT:**  Where are you reading that?  That's page 11?  I know you gave the TREX number, but I'm looking at the report itself.  Is that page 11?

          **MS. HIMMELHOCH:**  Yes, sir.

          **MR. CERNICH:**  Here it is.  It's right down here towards the bottom of the page.

          **THE COURT:**  I see it, yes.

          **MR. CERNICH:**  It says "steel on the float collar."

**ANDREAS MOMBER - CROSS**

1    THE COURT:  Right.

2    BY MR. CERNICH:

3    Q.   You're aware of that -- you were aware of that error

4    before your deposition, correct?

5    A.   Sorry?

6    Q.   You were aware of that error before your deposition?

7    A.   We noted it before my deposition, yes.

8    Q.   But you didn't disclose it to anyone else, any of the

9    other parties in the case until your deposition?

10   A.   Me personally, no.

11   MR. CERNICH:  Then if we could go to page 13.  This

12   is TREX-11644.0015.  One page back, please, Don.

13   BY MR. CERNICH:

14   Q.   Right here you say:  "I have investigated erosion rates in

15   concrete materials and exposed these materials to a high-speed

16   slurry flow (like oil containing sand particles) at velocities

17   of 180 feet per minute."

18   You told me at your deposition that that was a typo.

19   It should have said 180 feet per second; is that right?

20   A.   This is right, yes.

21   Q.   So that's a 60-fold difference?

22   A.   Yes.

23   Q.   This particular study you're referencing here in your

24   report, that is a study of concrete reinforced with steel

25   fibers; isn't that right?

ANDREAS MOMBER - CROSS

03:31  1    A.    No, this is not completely right.  I investigated two
03:31  2    types of concrete.  One was steel fibers, and the other one
03:31  3    without steel fibers.
03:31  4    Q.    The Macondo cement didn't have any steel fibers in it, did
03:31  5    it?
03:31  6    A.    No.
03:32  7    Q.    Now, just to be clear, Dr. Momber, moving on, you didn't
03:32  8    actually quantify any erosion rates for the Macondo cement
03:32  9    assuming it was set; is that right?
03:32  10   A.    I'm afraid I do not understand the question.
03:32  11   Q.    You did not quantify erosion rates for the Macondo cement?
03:32  12   A.    Well, I calculated erosion rates that are required in
03:32  13   order to meet Dr. Griffiths' and Dr. Dykhuizen's approaches.
03:32  14   Q.    You took Dr. Dykhuizen's and Dr. Griffiths' work and you
03:32  15   implied an erosion rate based on their work; is that right?
03:32  16   A.    An erosion rate required to meet the time limits that they
03:32  17   mention in their reports, yes.
03:32  18   Q.    But you're not offering any opinions on the actual
03:32  19   quantitative erosion rate of any cement, assuming there was any
03:32  20   cement in the Macondo well?
03:33  21   A.    No, I did not do any calculations, if that was the
03:33  22   question, that would precisely come up with a particular
03:33  23   erosion rate for those conditions.  Mainly for the reason
03:33  24   because it's actually not possible to do this.
03:33  25   Q.    In fact, according to you, assuming the cement was set,

ANDREAS MOMBER - CROSS

03:33    1    the erosion period of the cement in the Macondo well could have

03:33    2    lasted for as little as a week?

03:33    3    A.    Did I say that?

03:33    4    Q.    It's written in your report.  We can go there, too.

03:33    5         MR. CERNICH:  TREX-11644.0020.  If we could call out

03:33    6    the top of the page there, please.

03:33    7    BY MR. CERNICH:

03:33    8    Q.    You write here:  "We do not know for certain if this

03:33    9    lasted for a week or a month or longer."

03:33   10         There you are talking about what you call the erosion

03:34   11    period of the cement; is that right?

03:34   12    A.    Yes.  And the focus is that I really do not know that for

03:34   13    certain whatever period that might be.

03:34   14    Q.    And you say that the final period after the -- what you

03:34   15    call the erosion period, the effects of erosion are negligible?

03:34   16    A.    Yes.

03:34   17    Q.    Now, you, in your work here, attempted to compare the

03:34   18    Macondo well cement to construction concrete materials?

03:34   19    A.    Well, I compared two types of cement-based materials, two

03:34   20    types which are technically concrete materials.  One contains

03:34   21    very small aggregates, and the others contain small aggregates

03:34   22    plus larger aggregates.  That was what I actually comparing.

03:34   23    Q.    Since you didn't review any of the Phase One trial

03:35   24    testimony in this case, you're not aware that any of -- you're

03:35   25    not aware that none of the cement experts who testified in this

ANDREAS MOMBER - CROSS

03:35  1  courtroom referred to well cement as concrete at any point?
03:35  2          MS. O'CONNOR:  Objection, Your Honor.  On direct
03:35  3  Mr. Cernich objected on the basis of bringing Phase One
03:35  4  evidence in.  I would object on the same basis.  I think if we
03:35  5  are not going to have Phase One evidence, we shouldn't have
03:35  6  Phase One evidence.
03:35  7          THE COURT:  I think this is different.  First of all,
03:35  8  he is on cross-examination.  Second, he is asking him if he
03:35  9  is -- it's sort of a hypothetical, I mean, if that's the case,
03:35 10  whether the witness considered that.
03:35 11               Go ahead.  Overrule the objection.
03:35 12          MR. CERNICH:  Thank you, Your Honor.
03:35 13          THE WITNESS:  Can you repeat, please, your question.
03:35 14  BY MR. CERNICH:
03:35 15  Q.   You, Dr. Momber, didn't review any of the Phase One trial
03:35 16  testimony in this case prior to writing your expert report;
03:35 17  isn't that right?
03:36 18  A.   Phase One?  I reviewed Phase One records, yes.
03:36 19  Q.   I said the Phase One trial transcripts.
03:36 20  A.   Oh, okay.  No.
03:36 21  Q.   Because you didn't review those trial transcripts, you
03:36 22  wouldn't know that none of the cement experts --
03:36 23          THE COURT:  Why don't you -- I think instead of
03:36 24  stating that as a fact, what I was getting into -- without
03:36 25  getting into a debate of what the testimony showed or didn't

OFFICIAL TRANSCRIPT

ANDREAS MOMBER - CROSS

1   show in Phase One, why don't you state it as a hypothetical.

2   Okay?

3            MR. CERNICH:  Sure, Your Honor.

4   BY MR. CERNICH:

5   Q.   Are you aware whether any expert, cement expert in this

6   case -- you are aware that there were a number of cement

7   experts who testified in this case in Phase One, correct?

8   A.   Yes.

9   Q.   Are you aware that none of those experts --

10           THE COURT:  Wait a minute.  That's not stating a

11  hypothetical.  You're stating "are you aware" as a fact.  Why

12  don't you pose it to him "assuming this" and then whatever your

13  question is, if you want to do that.

14           MR. CERNICH:  Okay.

15           THE COURT:  That will be the last time I help you

16  phrase a question.

17           MR. CERNICH:  Thank you, Your Honor.  I appreciate

18  it.  I'm not quite sure how to phrase it as a hypothetical.

19           THE COURT:  I can't help you anymore.

20  BY MR. CERNICH:

21  Q.   My point is simply that -- I'll move on.

22           You're not offering any opinions on the actual flow

23  rates from the Macondo well, are you?

24  A.   No, I do not.

25  Q.   And the entire scope of your report is solely a response

**ANDREAS MOMBER - CROSS**

03:37  1    to the reports of U.S. experts Dr. Griffiths and Dr. Dykhuizen?

03:37  2    A.   Yes, that's basically what I have done.

03:37  3    Q.   Isn't it true that Dr. Dykhuizen, in his report, never

03:37  4    makes any reference to cement erosion at all?

03:38  5    A.   He did not mention cement erosion particularly, this is

03:38  6    true.

03:38  7    Q.   And when Dr. Griffiths discusses erosion in his report, he

03:38  8    is talking generally about all the possible restrictions that

03:38  9    might be at the bottom of the well; he is not talking about

03:38  10   cement specifically?

03:38  11   A.   No, I don't agree on this.  He is talking about cement

03:38  12   specifically in a number of sentences.  And in one footnote, as

03:38  13   I understood it, he even paid special attention to the cement

03:38  14   in the shoe track and neglected, in terms of wording, the other

03:38  15   obstacles that might have been there.  I don't agree.

03:38  16   Q.   And his analysis lumps in all of those various possible

03:38  17   restrictions in the well?

03:38  18   A.   This is right, yes.

03:38  19   Q.   I think we have established your entire analysis is based

03:38  20   on the assumption that there was set cement in the Macondo shoe

03:39  21   track?

03:39  22   A.   It's an assumption I made, yes.

03:39  23   Q.   Your focus is solely on the shoe track cement?

03:39  24   A.   My focus is on the shoe track cement because that's where

03:39  25   the flow path was.

ANDREAS MOMBER - CROSS

03:39  1   **Q.**   Now, on direct you said -- and I wrote this down -- that

03:39  2   you needed to know how much cement was in the shoe track and

03:39  3   the condition of that cement in order to do your analysis.  Do

03:39  4   you recall that testimony?

03:39  5   **A.**   Yes.

03:39  6   **Q.**   But you would admit that you're not an expert in the

03:39  7   cementing issue and you cannot evaluate the condition of the

03:39  8   cement in the shoe track?

03:39  9   **A.**   No, that was outside the scope of my work.  I made that

03:39  10  assumption, that the cement must have been disturbed in terms

03:39  11  of its structure because there is some evidence of this.

03:39  12  **Q.**   You would also admit you're not an expert in the cementing

03:40  13  issue?

03:40  14  **A.**   I'm not an expert in the cementing issue, no.

03:40  15  **Q.**   Now, you weren't retained in this case until 2012; is that

03:40  16  right?

03:40  17  **A.**   Yes, this is right.

03:40  18  **Q.**   So when BP told the Oil Spill Commission that it is

03:40  19  possible that cement remaining in the wellbore inhibited flow

03:40  20  from the well, that wasn't based on any expert advice from you,

03:40  21  was it?

03:40  22  **A.**   When was that issued, that sentence?

03:40  23  **Q.**   That was in October 2010.

03:40  24  **A.**   No.

03:40  25  **Q.**   You're not aware personally of any other cement erosion

ANDREAS MOMBER - CROSS

03:40    1    experts who may have helped BP with that press release,

03:40    2    correct?

03:40    3    A.    I'm not aware, no.

03:40    4    Q.    Isn't it true, Dr. Momber, you have absolutely no

03:40    5    experience or expertise with oil field cementing or oil field

03:40    6    cement?

03:40    7    A.    Difficult to answer.  I do have experience for more than

03:41    8    20 years now with any type of cement-based materials.  That

03:41    9    would include plain cement; that would include cement

03:41   10    containing small aggregates very similar to what you call a

03:41   11    well cement, and it also includes concrete materials.  So for

03:41   12    this group of materials where the well cement, from my

03:41   13    understanding, is just a part of, I have extensive experience.

03:41   14    Q.    Let's break it down into the parts then.  You don't have

03:41   15    any experience in the process of oil field cementing, do you?

03:41   16    A.    What do you mean, "with the process"?

03:41   17    Q.    It's the same question I asked you at your deposition.

03:41   18    You don't have any experience in the process of oil field

03:41   19    cementing, how you conduct a cement job, an oil field cement

03:41   20    job?

03:41   21    A.    No.

03:41   22    Q.    Prior to your work in this case, you had never studied the

03:42   23    erosion of well cement; isn't that correct?

03:42   24    A.    Again, it's not completely correct.  I investigated

03:42   25    erosion processes on materials that are very, very close to

ANDREAS MOMBER - CROSS

03:42   1   what you call -- what's been usually called here in this case
03:42   2   well cement.
03:42   3   Q.   But no erosion studies on well cement?
03:42   4   A.   On what you really -- well, what is your definition of the
03:42   5   "well cement," please?
03:42   6          MR. CERNICH:  Could we go to Dr. Momber's deposition,
03:42   7   please, page 26.
03:42   8   BY MR. CERNICH:
03:42   9   Q.   I would like to go to lines 10 through 14.
03:42  10          "QUESTION:  Have you ever studied erosion of well
03:42  11       cement?
03:42  12          "ANSWER:  No, I did not study the erosion of well
03:42  13       cement.  I studied erosion on similar materials."
03:42  14             Were you asked that question at your deposition?
03:43  15          MS. O'CONNOR:  Your Honor, I think that is exactly
03:43  16   what Dr. Momber just responded to that question here.
03:43  17          THE COURT:  Okay.  I think he has answered the
03:43  18   question.  Go ahead.
03:43  19   BY MR. CERNICH:
03:43  20   Q.   You haven't published any articles on well cement, have
03:43  21   you?
03:43  22   A.   No.
03:43  23   Q.   And the full extent of the -- of your review of the
03:43  24   literature in the field of well cement was about four articles
03:43  25   that you read after you were retained by BP and Anadarko in

ANDREAS MOMBER - CROSS

03:43    1    this case; isn't that right?

03:43    2    **A.**   Can you please repeat the number you mentioned?

03:43    3    **Q.**   About four papers, four articles.

03:43    4    **A.**   No, it's more.  Maybe just repeat the question.

03:43    5    **Q.**   Yes.  The full extent of your review of the literature in

03:43    6    the field of well cement was about four papers that you read

03:43    7    after you were retained by BP and Anadarko in this case?

03:44    8    **A.**   Do you mean papers about erosion of cement?

03:44    9    **Q.**   About well cement.

03:44   10    **A.**   Oh, okay.  Sorry.  Yes.  That might be, yes.

03:44   11    **Q.**   Prior to your engagement by BP and Anadarko in this case,

03:44   12    you had done no research regarding the ingredients or

03:44   13    formulation of oil field well cements?

03:44   14    **A.**   No.

03:44   15    **Q.**   You have never taken any courses in oil field cementing?

03:44   16    **A.**   No.

03:44   17    **Q.**   You have never designed an oil well cement system, foam or

03:44   18    otherwise?

03:44   19    **A.**   No.

03:44   20    **Q.**   You have never designed oil field cement slurry?

03:44   21    **A.**   No.

03:44   22    **Q.**   You have never tested a well cement slurry?

03:44   23    **A.**   No, I did not do that, but the expertise requested for

03:44   24    this particular case was my expertise on the erosion of

03:45   25    cement-based material, of any type of cement-based material.

ANDREAS MOMBER - CROSS

03:45  1    Q.    Now, for the assumptions you make in your report regarding

03:45  2    the Macondo cement, you rely on BP's Bly report and I think you

03:45  3    also mentioned the Presidential Oil Spill Commission Chief

03:45  4    Counsel's report?

03:45  5    A.    Yes, I think so.

03:45  6    Q.    Now, you testified on direct that you had reviewed

03:45  7    information about the Macondo well and you had included in that

03:45  8    list expert reports from Phase One.  Do you recall that

03:45  9    testimony?

03:45  10   A.    Yeah.

03:45  11   Q.    There's only one Phase One report that's listed on your

03:45  12   considered list, isn't there?

03:45  13        MS. O'CONNOR:  Objection, Your Honor.  This is

03:45  14   exactly what he -- what he objected to us trying to explain on

03:45  15   direct examination.  He is getting into actual evidence about

03:45  16   the Phase One record on cement.  I would object to that.

03:46  17        MR. CERNICH:  Your Honor, Dr. Momber made a number of

03:46  18   assumptions in his report to form his opinions, and all I'm

03:46  19   establishing is what materials he reviewed from the Phase One

03:46  20   record, if there are any.

03:46  21        THE COURT:  I thought he said he didn't review the

03:46  22   Phase One record.  That's what I heard him say earlier.  I

03:46  23   don't know what you are going to ask him.

03:46  24        MR. CERNICH:  What I'm asking is that he -- if you

03:46  25   will give me a couple questions, I can -- he testified at his

ANDREAS MOMBER - CROSS

03:46  1    deposition that he hadn't reviewed any of the cement expert

03:46  2    reports from Phase One.

03:46  3          MS. O'CONNOR:  I would object.  It's characterizing

03:46  4    what he -- the point is is he going to ask questions about the

03:46  5    Phase One record, which he has just started doing?  If he is

03:46  6    going to do that, then I object to that.

03:46  7          THE COURT:  I sustain the objection.

03:46  8          MR. CERNICH:  Your Honor, just briefly, I want to --

03:46  9    I'm not asking any questions about the Phase One record.  I'm

03:47  10   just establishing what Dr. Momber reviewed from the Phase One

03:47  11   record that he based his assumptions on.  He had to have some

03:47  12   basis for these assumptions he makes in his report regarding

03:47  13   the condition of the cement.

03:47  14         THE COURT:  I thought he said it was based on

03:47  15   something he read in Dr. -- which expert of yours?

03:47  16         MS. O'CONNOR:  Drs. Griffiths and Dykhuizen.

03:47  17         THE COURT:  What he read in there and he just

03:47  18   assumed -- I think what this witness is saying, assuming the

03:47  19   cement was set, these are my opinions.

03:47  20         MS. O'CONNOR:  That's right.

03:47  21         THE COURT:  You can certainly argue later whether

03:47  22   that assumption is accurate or not accurate, whether there's a

03:47  23   basis for it from the Phase One record or not.

03:48  24   BY MR. CERNICH:

03:48  25   Q.   Now, in forming your opinions in this case, you looked at

ANDREAS MOMBER - CROSS

03:48  1  some Halliburton lab test results; isn't that correct?
03:48  2  A.   Yes, this is correct.
03:48  3  Q.   You cite those lab test results in your report as one of
03:48  4  the pieces of evidence you rely on; isn't that correct?
03:48  5  A.   I cited the numbers, yes.
03:48  6      MR. CERNICH:  If we could go to TREX-7722, please.
03:48  7      THE COURT:  Mr. Cernich, it sounds like this is what
03:48  8  you objected to when BP's lawyer was questioning this witness.
03:48  9  She wanted to go into this type of evidence and you objected
03:48  10  and I sustained it.  Now you're going to go there?
03:48  11      MR. CERNICH:  No, Your Honor.  These are the
03:48  12  materials that Dr. Momber -- if we can get -- if all of
03:49  13  Dr. Momber's opinions are excluded regarding whatever condition
03:49  14  there was of the Macondo cement, we can move on through all of
03:49  15  this.
03:49  16      THE COURT:  Again, my understanding of this witness'
03:49  17  testimony is he was asked to assume that.  He assumed that, and
03:49  18  then he stated his opinions.  So I'm not going to retry the
03:49  19  issue of whether the concrete was -- the cement was set or not
03:49  20  set in this phase of the case.  Okay?
03:49  21      MR. CERNICH:  Very well, Your Honor.
03:49  22  BY MR. CERNICH:
03:50  23  Q.   Now, Professor Momber, in forming your opinions, you
03:50  24  compare compressive strengths of construction concrete with oil
03:50  25  well cement?

ANDREAS MOMBER - CROSS

03:50    1   **A.**   Dr. Momber is the right --

03:50    2   **Q.**   Dr. Momber, I'm sorry.

03:50    3   **A.**   -- title, yes.

03:50    4        The question was, please?  Can you please repeat it?

03:50    5   **Q.**   Yes.  You compare compressive strengths of construction

03:50    6   concrete with the oil well cement for the Macondo well?

03:50    7   **A.**   Well, no.  I used compressive strength numbers from the

03:50    8   concrete samples I found in the reference literature, right,

03:50    9   and compressive strength numbers I found on the laboratory

03:50   10   testing reports for the well cement, yes, in order to establish

03:51   11   the resistance of these different types of materials.

03:51   12   **Q.**   In forming those opinions, you looked at the Chevron

03:51   13   cement lab tests?

03:51   14   **A.**   Yes, I did.

03:51   15       **MR. CERNICH:**  Your Honor, I'm moving into an area

03:51   16   that relates directly to Dr. Momber's opinions.  Dr. Momber

03:51   17   looked at the Chevron cement testing to get compressive

03:51   18   strengths that he used to compare to these articles that you

03:51   19   saw that he testified about on direct.  I would ask the Court's

03:51   20   indulgence to at least explore this with Professor Momber.  I

03:51   21   can't examine -- if I can't examine these areas, then I would

03:51   22   request that all such comparisons to lab testing on the Macondo

03:51   23   cement be stricken from Professor Momber's report.

03:51   24       **MS. O'CONNOR:**  The document that counsel is asking

03:52   25   about is exactly what he objected to on direct, the Chevron lab

ANDREAS MOMBER - CROSS

03:52  1   report.  He objected to us going into that any further.

03:52  2   Dr. Momber testified that he got compressive strength numbers

03:52  3   from that document, and that's all that Dr. Momber was allowed

03:52  4   to do about that document.  And so I would object to him being

03:52  5   able to explore it further when he himself has objected to

03:52  6   that.

03:52  7           THE COURT:  I sustain the objection.

03:52  8   BY MR. CERNICH:

03:52  9   Q.   Dr. Momber, you have never conducted any investigations of

03:52  10  erosion rates using oil and sand particles, have you?

03:52  11  A.   No.  The investigations I conducted in terms of slurry

03:52  12  erosion, many contained water as a liquid and sand particles,

03:52  13  but a difference would be, actually, the densities of the two

03:53  14  different liquids, oil compared to water, and water has a

03:53  15  higher densities, twice as high as that of the oil.  And that

03:53  16  would lead to a more aggressive erosion action if water is

03:53  17  being considered in terms of oil.  So using water-based erosion

03:53  18  scenarios is not a bad choice in that case.

03:53  19  Q.   But just to be clear, you have never conducted any

03:53  20  investigations of erosion rates using oil and sand particles

03:53  21  personally?

03:53  22  A.   No.

03:53  23  Q.   None of the literature you used for comparison in your

03:53  24  expert report involves oil with sand particles, does it?

03:53  25  A.   No, this is not true.  For the concrete materials, yes,

OFFICIAL TRANSCRIPT

ANDREAS MOMBER - CROSS

03:53   1    this is true.
03:53   2    **Q.**   You have never performed erosion experiments on concrete
03:53   3    materials enclosed inside of a pipe, have you?
03:54   4    **A.**   Inside a pipe?  Oh, I did it in the past.
03:54   5    **Q.**   Just to make sure we are on the same page here, you have
03:54   6    never performed erosion experiments on concrete materials
03:54   7    enclosed inside of a pipe?
03:54   8    **A.**   No.
03:54   9    **Q.**   You have never performed erosion experiments on well
03:54   10   cements whether inside or outside of a pipe?
03:54   11   **A.**   No.
03:54   12   **Q.**   Now, according to you, Dr. Momber, assuming, again, for
03:54   13   the sake of argument, there was set cement in the well, it is
03:54   14   not required that the cement be completely removed to eliminate
03:54   15   its resistance to flow; isn't that right?
03:54   16   **A.**   Yes.
03:54   17   **Q.**   At some point there could be some amount of cement in the
03:55   18   well providing only a negligible resistance to flow?
03:55   19   **A.**   Yes.
03:55   20   **Q.**   You have not quantified in any way how much or how little
03:55   21   cement erosion would result in such negligible resistance?
03:55   22   **A.**   No, I did not do this and it was not actually required
03:55   23   regarding the very large differences I found out in my report
03:55   24   in terms of the erosion rate, so it would not matter at all if
03:55   25   there are 10 or 20 percent of the cement being left.

ANDREAS MOMBER - CROSS

03:55  1  **Q.**   You talked on your direct about the calculations that are

03:55  2  contained in Appendix A to your report.  Do you recall that?

03:55  3  **A.**   Appendix A?  Yes.

03:55  4  **Q.**   And that single cylindrical flow path you modeled through

03:55  5  the shoe track doesn't actually reflect the reality of the

03:55  6  assumptions you make regarding the shoe track; is that right?

03:56  7  **A.**   This is right, it was just being used for calculation

03:56  8  purposes.

03:56  9  **Q.**   Dr. Griffiths doesn't contend that there's a single

03:56  10  cylindrical flow path through the shoe track, right?

03:56  11  **A.**   He was not mentioning this, no.

03:56  12  **Q.**   In fact, he doesn't posit any particular flow path for the

03:56  13  shoe track, does he?

03:56  14  **A.**   I don't think so, no, but regarding this question whether

03:56  15  it's a single capillary type flow path or it's that net of

03:56  16  cracks and pores and etc., I said this is not the point in

03:56  17  terms of my calculation in Appendix A.  The point is the total

03:56  18  cross section, this is open to the flow and I can model that

03:56  19  cross section by using one capillary -- that is what I did --

03:56  20  or I can use 10, 20, or whatever cracks and voids providing the

03:56  21  same cross section.

03:57  22       So for doing calculations for simplifying the

03:57  23  calculation process, I did this and this is physically sound,

03:57  24  there is no doubt about it.

03:57  25  **Q.**   But you don't have any specific evidence of what this

ANDREAS MOMBER - CROSS

03:57   1   network of cracks and pores you describe in your report

03:57   2   actually is?  That's all an assumption?

03:57   3   A.   Well, this is an assumption, yes.

03:57   4   Q.   Now, when you do this calculation, you looked -- earlier

03:57   5   you looked at your report and you had two different diameters

03:57   6   of that cylindrical flow path.  One was, I believe, 2.14 inches

03:57   7   and one was 2 point -- 2.17 inches and 2.64 inches.  Do you

03:57   8   recall that from your report?

03:58   9   A.   I think those numbers are right, yes.

03:58   10  Q.   That less-than-half-an-inch difference between the

03:58   11  diameters of those flow paths resulted in over a doubling of

03:58   12  the flow rate; is that right?

03:58   13  A.   Well, it refers to the difference in flow rate between

03:58   14  9:00 and 9:30, which is, I think, 12 standard barrels per

03:58   15  minute and 27, yes.

03:58   16  Q.   Which is over 17,000 stock tank barrels per day to over

03:58   17  38,000 stock tank barrels per day?

03:58   18  A.   Maybe.  I did not follow your calculation now.

03:58   19  Q.   Now, in performing that calculation, you also made an

03:58   20  assumption about productivity index scaling linearly to the

03:58   21  exposed reservoir.  Do you recall that?

03:58   22  A.   Actually, this is not an assumption.  This is a procedure

03:59   23  that has been used by Mr. Emilsen.  For example, he did as well

03:59   24  linearly scaling the productivity index with the reservoir

03:59   25  height.  Dr. Griffiths particularly did it as well in

03:59  1   estimating his erosion time.  So this is actually a procedure
03:59  2   that is used throughout the case by experts.
03:59  3   **Q.**   But you never used this procedure before?
03:59  4   **A.**   No.
03:59  5          **MR. CERNICH:**  Your Honor, I have questions for
03:59  6   cross-examination regarding the theory -- the hydraulic
03:59  7   fragmentation theory that I objected to earlier.  I would be
03:59  8   happy to just skip those, but I would request that that new
03:59  9   opinion be stricken from Dr. Momber's report and redacted if
03:59  10  I'm not allowed to explore that on cross-examination.
04:00  11         **MS. O'CONNOR:**  Your Honor, the hydraulic
04:00  12  fragmentation opinion is in Dr. Momber's report.  It's not a
04:00  13  new opinion and it's specifically responsive to the footnote in
04:00  14  Dr. Griffiths' report that we showed about the nine hours and
04:00  15  his basis for the nine hours.
04:00  16         **THE COURT:**  All right.  Well, then, I guess I have to
04:00  17  let Mr. Cernich ask his questions.
04:00  18  BY MR. CERNICH:
04:00  19  **Q.**   Now, you contend that the over twofold increase in flow
04:00  20  rates between 2130 and 2142 on April 20 results from a process
04:00  21  called hydraulic fragmentation; isn't that right?
04:00  22  **A.**   This is right, yes.  And the thing is that this increase
04:00  23  in flow rate related to the PI numbers occurred rather
04:00  24  instantaneously -- is this the right word? -- in a stepwise
04:00  25  fashion.  It does not occur in a linear scale as being

04:01    1   mentioned by Dr. Griffiths.  And this instantaneously increase
04:01    2   in the flow rate could not be explained by any erosion process
04:01    3   and so I put forward an alternative scenario.  And, right, yes,
04:01    4   this is the so-called "hydraulic fragmentation."
04:01    5   Q.   You opine that this occurred before the hydrocarbons even
04:01    6   reached the BOP on April 20, 2010; isn't that right?
04:01    7   A.   I don't know.  I assumed that to be happening at 9:30 at
04:01    8   night.
04:01    9   Q.   Well, Mr. Emilsen, who testified in Phase One, testified
04:01   10   that the gas reached the surface at 2146.  So that's before
04:01   11   2142; is that right?
04:02   12   A.   Okay.  Uh-huh.
04:02   13          MR. CERNICH:  Your Honor, I would move to strike the
04:02   14   theory of hydraulic fragmentation again, based on the fact that
04:02   15   this theory that Professor Momber is putting forward occurred
04:02   16   prior to the blowout and this is Phase One testimony.  No
04:02   17   one -- the words "hydraulic fragmentation" weren't uttered, as
04:02   18   far as I am aware of, in Phase One at any point.
04:02   19          MS. O'CONNOR:  Your Honor, this hydraulic
04:02   20   fragmentation explanation is specifically responsive to the
04:02   21   discussion in Dr. Griffiths' report at pages 11 and 12, where
04:02   22   he posits that the change that occurred at 2130 -- or 9:30 --
04:02   23   on April 20 is the basis for him extrapolating out an erosion
04:02   24   rate that allows him to conclude that cement erosion and all
04:02   25   other erosion had completed by nine hours.

ANDREAS MOMBER - CROSS

04:02    1          **THE COURT:**  All right.  All right.  I'm not going to

04:02    2    strike it.

04:02    3                Go ahead, Mr. Cernich.  Continue.

04:03    4    BY MR. CERNICH:

04:03    5    **Q.**   Now, in order -- as part of your calculation or your

04:03    6    opinion regarding this hydraulic fragmentation, you were

04:03    7    referring back to the work of BP's Phase One expert Morten

04:03    8    Emilsen; isn't that correct?

04:03    9    **A.**   Yes.

04:03   10    **Q.**   That's where -- I believe you testified a few moments ago

04:03   11    that's where this increase in net pay assumption came from?

04:03   12    **A.**   I didn't get the question, I think, or the content of the

04:03   13    question.

04:03   14    **Q.**   The increase in net pay that was described by Mr. Emilsen

04:03   15    in his Phase One report is the time period that you're trying

04:03   16    to represent with this hydraulic fragmentation?

04:03   17    **A.**   This instant change at about 9:30 from 13 feet up to

04:04   18    16.5 feet, yes, that must have been incurred by a sudden event,

04:04   19    not something like an erosion process.  That is actually my

04:04   20    point.

04:04   21    **Q.**   Now, are you aware that Mr. Emilsen testified during the

04:04   22    Phase One trial that this increase in net pay resulted from

04:04   23    washout?

04:04   24    **A.**   I can't remember exactly.

04:04   25                **MR. CERNICH:**  Can we go to Mr. Emilsen's Phase One

**ANDREAS MOMBER - CROSS**

04:04  1   trial testimony?

04:04  2           **MS. O'CONNOR:**  Objection, Your Honor.  We are again

04:04  3   getting into the Phase One trial testimony and Phase One record

04:04  4   that Mr. Cernich has objected to putting up the actual evidence

04:04  5   of testimony in Phase One.  We would object to that.

04:04  6           **MR. CERNICH:**  Your Honor, Dr. Momber is trying to

04:04  7   rewrite the Phase One record, and his opinion in this case is

04:05  8   contradicted by the Phase One testimony of Mr. Emilsen.

04:05  9           **THE COURT:**  Why don't you just point that out when

04:05 10   you have a chance to brief it to me.  We don't have to retry

04:05 11   that here.

04:05 12           Okay.  I sustain the objection.

04:05 13   **BY MR. CERNICH:**

04:05 14   **Q.**   Dr. Momber, you have never performed any hydraulic

04:05 15   fragmentation experiments inside of a confined pipe, have you?

04:05 16   **A.**   No.

04:05 17   **Q.**   You performed some calculations to translate some of your

04:05 18   past work on hydraulic fragmentation to your work on the

04:05 19   Macondo well; isn't that right?

04:05 20   **A.**   That was too quick, sorry.  Can you please repeat?

04:05 21   **Q.**   Yes.  You performed some calculations to translate some of

04:05 22   your past work on hydraulic fragmentation to your work on the

04:05 23   Macondo well?

04:05 24   **A.**   Yes.

04:05 25   **Q.**   And you used those calculations to confirm your opinions

ANDREAS MOMBER - CROSS

04:05   1   in this case?

04:06   2   A.   Those calculations would support my opinion, yes.

04:06   3   Q.   But those calculations weren't contained in your report?

04:06   4   A.   In my report?  No.

04:06   5   Q.   They weren't produced with any of the materials that were

04:06   6   produced to the parties along with your report?

04:06   7   A.   No.

04:06   8   Q.   You also did another calculation of the specific energy it

04:06   9   would take to hydraulically fragment 189 feet of cement in the

04:06   10  Macondo shoe track; isn't that right?

04:06   11  A.   No, this is not another one; this is the one you just

04:06   12  mentioned.

04:06   13  Q.   So that's the same calculation?

04:06   14  A.   Uh-huh.

04:06   15       MR. CERNICH:  If we could go to Table 6.1 of

04:06   16  Dr. Momber's report.

04:06   17  BY MR. CERNICH:

04:06   18  Q.   I would like to briefly discuss a few of the references

04:07   19  you have in that report.  This is TREX-11644.016.

04:07   20       Dr. Momber, none of these experimental results you

04:07   21  reference here in your report relate to well cement; is that

04:07   22  correct?

04:07   23  A.   Yeah, that's correct.

04:07   24  Q.   They are all some type of construction concrete?

04:07   25  A.   They are some type of construction concrete containing

ANDREAS MOMBER - CROSS

04:07   1    different types and different sizes of aggregate materials.
04:07   2    **Q.**    None of these were tested in a way that replicates the
04:07   3    conditions on the Macondo well?
04:07   4    **A.**    They were all tested in terms of slurry and high-speed
04:08   5    liquid erosion.
04:08   6    **Q.**    But none of them were tested in a combined wellbore with a
04:08   7    metal pipe, correct?
04:08   8    **A.**    Right.
04:08   9         **MR. CERNICH:**  If we could go to TREX-11647, please.
04:08   10   BY MR. CERNICH:
04:08   11   **Q.**    This paper by Dr. Binici, "Effect of Crushed Ceramic and
04:08   12   Basaltic Pumice as Fine Aggregates on Concrete Mortars
04:08   13   Properties," that's one of the references you cite in your
04:08   14   report?
04:08   15   **A.**    Yes.
04:08   16   **Q.**    This study examines concretes made with crushed ceramic
04:08   17   and crushed basaltic pumice; is that right?
04:08   18   **A.**    This is right, yes.
04:08   19   **Q.**    But the Macondo cement contained neither of those
04:08   20   substances?
04:08   21   **A.**    No.
04:08   22        **MR. CERNICH:**  Could we go to 11648.0001.
04:08   23   BY MR. CERNICH:
04:08   24   **Q.**    This is a paper titled "Hydraulic Erosion of Concrete by a
04:09   25   Submerged Jet" from 2001, and this is another one of the

ANDREAS MOMBER - CROSS

04:09    1    references in Table 6.1 in your report?
04:09    2    **A.**    Yes.
04:09    3    **Q.**    This deals with hydraulic erosion of concrete in civil
04:09    4    engineering and marine engineering applications; is that right?
04:09    5    **A.**    I think so.  Did you just read it from the paper?
04:09    6    **Q.**    Yes.
04:09    7           **MR. CERNICH:**  If we could go to the call-out.
04:09    8    **BY MR. CERNICH:**
04:09    9    **Q.**    Do you see the "Hydraulic erosion of concrete is often
04:09    10   found in civil and marine engineering construction"?
04:09    11   **A.**    Right.
04:09    12   **Q.**    That's the type of concrete that this paper is dealing
04:09    13   with?
04:09    14   **A.**    Yes.
04:09    15   **Q.**    The Macondo cement isn't a civil engineering or marine
04:09    16   engineering application, is it?
04:09    17   **A.**    No, it is not.
04:10    18   **Q.**    You don't know what the components of the concrete mixture
04:10    19   are in this paper, correct?
04:10    20   **A.**    I can't remember on this particular paper.
04:10    21   **Q.**    Do you recall --
04:10    22   **A.**    Maybe we can check it out.  I can't remember.
04:10    23   **Q.**    Do you recall that the components of the concrete mixture
04:10    24   aren't actually listed in the paper?
04:10    25   **A.**    I'm not sure.

ANDREAS MOMBER - CROSS

04:10    1          **MR. CERNICH:**  Could we go back from the call-out,

04:10    2   please, back to the full page.  Can we call out this section

04:10    3   right here, please.

04:10    4   BY MR. CERNICH:

04:10    5   **Q.**   Here, it says:  "The angle of attack is of fundamental

04:10    6   importance in predicting the hydraulic erosion of a concrete

04:10    7   construction in an engineering application."

04:11    8          Did I read that correctly?

04:11    9   **A.**   Yes.

04:11   10   **Q.**   But nowhere in your report do you compare the angle of

04:11   11   attack of the Macondo cement to the concrete in the study, do

04:11   12   you?

04:11   13   **A.**   Well, the angle of attack in the Macondo well is not a

04:11   14   known parameter, particularly if you consider the situation of

04:11   15   the flow path -- the locations and the structure of the flow

04:11   16   paths in that cement, there is no way to define any particular

04:11   17   angle of attack.

04:11   18          And the more than 200 erosion situations I discussed

04:11   19   in my paper, they cover a wide range of angle of attacks

04:11   20   starting from very shallow ones up to particular angles.  So

04:11   21   the unknown situation that many angles of impingement could

04:11   22   occur in the Macondo well because of the structure of the flow

04:11   23   path is very, very represented by the numbers I cited in my

04:12   24   report, the same as with other inferencing parameters like the

04:12   25   flow speed as another example.

ANDREAS MOMBER - CROSS

04:12  1   **Q.**   But you agree that the angle of attack is of fundamental
04:12  2   importance in predicting the hydraulic erosion of concrete?
04:12  3   **A.**   I agree on this and I mention again I considered the
04:12  4   changes in angle of impingement by investigating papers that --
04:12  5   at varying angles of impingement.
04:12  6         MR. CERNICH:  Could we go to 11649, please.
04:12  7   BY MR. CERNICH:
04:12  8   **Q.**   This is another paper you reference in your report, titled
04:12  9   "Abrasion Erosion of Concrete by Water-Borne Sand."
04:12  10        Did I read that correctly?
04:12  11  **A.**   Yes.
04:12  12  **Q.**   This paper is dated 2006?
04:12  13  **A.**   Yes.
04:13  14  **Q.**   This is the paper that you cite in Table 6.1 of your
04:13  15  report that you say is closest to the specific erosion scenario
04:13  16  on the Macondo well, correct?
04:13  17  **A.**   Yeah.
04:13  18  **Q.**   This study doesn't examine well cement, does it?
04:13  19  **A.**   No.
04:13  20  **Q.**   In fact, it investigates hydraulic structures like
04:13  21  spillway aprons and spilling basins?
04:13  22  **A.**   It investigated cement-based composite, and again I might
04:13  23  stress this point:  These are the materials, the cement-based
04:13  24  materials -- you call them "concrete" -- that are closest to
04:13  25  the material in the Macondo well, what you call a "well

ANDREAS MOMBER - CROSS

04:13    1    cement."  They might differ in one or the other parameter; for
04:13    2    example, the aggregate size.  That's okay, but those are the
04:13    3    closest one and they are close in some way to the well cement.
04:14    4            And again, considering concrete materials with the
04:14    5    large aggregate is a conservative approach because this type of
04:14    6    material, under slurry erosion condition, will erode faster
04:14    7    than the material type -- as you call "the well cement" --
04:14    8    which is very fine particles creating a very dense structure.
04:14    9    That's actually the point.
04:14   10            I agree completely the mixtures are not equal, but by
04:14   11    investigating concrete materials with large aggregate, I feel
04:14   12    very comfortable to be on the conservative side.  That's
04:14   13    actually the point.
04:14   14    Q.   The authors here actually investigated slabs of
04:14   15    construction concrete; isn't that right?
04:14   16    A.   Sorry?
04:14   17    Q.   The authors of this article investigated slabs of
04:14   18    construction concrete?
04:15   19    A.   All right.  Uh-huh.
04:15   20    Q.   Do you agree with that?
04:15   21    A.   I agree with that.
04:15   22    Q.   And the components of the material used in this study
04:15   23    included fly ash; do you recall that?
04:15   24    A.   Yes.
04:15   25    Q.   And river sand?

ANDREAS MOMBER - CROSS

04:15  1    A.    Yes.
04:15  2    Q.    And crushed basalt coarse aggregate?
04:15  3    A.    Yes.
04:15  4    Q.    And a super-plasticizer?
04:15  5    A.    Yes.
04:15  6    Q.    And none of those components were components of the
04:15  7    Macondo cement, were they?
04:15  8    A.    No, but I might refer to my direct examination here and
04:15  9    might repeat:  The particular composition where it plays a role
04:15  10   regarding the erosion resistance, but it's finally the
04:15  11   compressive strengths that counts as a resistance parameter.
04:15  12   That's what I was using as a resistance parameter against the
04:16  13   erosion of these materials.
04:16  14   Q.    So you were comparing compressive strengths?
04:16  15   A.    Yes.
04:16  16   Q.    You were comparing compressive strengths of the concretes
04:16  17   that were listed in Table 6.1 with the Chevron report that you
04:16  18   reference in your expert report?
04:16  19   A.    As an example.  And it is well known in many erosion
04:16  20   studies, not just for slurry erosion but for other erosion
04:16  21   types as well, that the compressive strength is a parameter
04:16  22   that can characterize the erosion resistance of cement-based
04:16  23   material.  And particularly the study of Liu, et al., showed
04:16  24   that very clear changes in the compressive strengths will
04:16  25   change erosion rates.  It's a very well-known engineering

ANDREAS MOMBER - CROSS

04:16    1    approach from erosion science and engineering.
04:17    2    **Q.**   Now, in this paper, Dr. Momber, the concrete that was
04:17    3    tested was cured for 28 and 56 days in a humidity-controlled
04:17    4    room; isn't that right?
04:17    5    **A.**   Right.  Maybe.  I just trust you, what you said.
04:17    6    **Q.**   And, but the Macondo cement was only in place for about 16
04:17    7    hours before the negative pressure test, correct?
04:17    8    **A.**   Yeah, I think that's correct.
04:17    9    **Q.**   Could we go to Figure 3?
04:17   10    **A.**   Sorry.  This is not the time frame I was using for
04:17   11    comparing the erosion results.  It is not about 16 hours after
04:17   12    the cement has been placed.  I'm talking about the time period
04:17   13    21 hours after the cement-placing process has been done.  So
04:17   14    I'm talking not about this time period.
04:17   15    **Q.**   Okay.  So 21 hours, you would agree, is a lot less than 28
04:17   16    or 56 days?
04:18   17    **A.**   This is right, but, again, the curing or the hardening
04:18   18    time changes in hardening time.  What does it mean?  It just
04:18   19    means that compressive strengths changed.  I did not refer to
04:18   20    whether the cement has been hardened for 20 hours or 20 days
04:18   21    because this is not important.  Important is actually what was
04:18   22    the compressive strengths after those time periods.  Those are
04:18   23    the numbers I used, and it is not important how long the curing
04:18   24    time took.
04:18   25    **Q.**   You don't know what the compressive strength of the cement

ANDREAS MOMBER - CROSS

04:18  1    at the bottom of the Macondo well was for the time period that

04:18  2    you are examining, do you?

04:18  3    A.    I don't know that and anyone else wouldn't know that.

04:18  4    Q.    You don't know if it had zero compressive strength?  You

04:18  5    don't know.  You don't know anything about the condition of the

04:18  6    shoe track cement?  Isn't that what you testified about

04:18  7    earlier?

04:19  8    A.    Well, I know the compressive testing strength testing

04:19  9    results from the sources we just discussed from Halliburton and

04:19  10   from Chevron.  And those testing scenarios were designed to be

04:19  11   as close as possible to the situation in the Macondo well in

04:19  12   terms of the pressure, in terms of the temperature, in terms of

04:19  13   the temperature ramp.  So those are numbers I really could use

04:19  14   that gives me a feeling about compressive strength numbers I

04:19  15   could expect.  I do not know the precise numbers.  No one else

04:19  16   knows it.  But I have numbers available that would tell me,

04:19  17   Okay, if it's that low, that maybe any erosion process would be

04:19  18   obvious, but that was not the case.  So there is information

04:19  19   available.

04:20  20   Q.    But all of that is your gloss going back and looking at

04:20  21   the evidence from Phase One and forming your own new opinions

04:20  22   about what you think, Dr. Momber, about the compressive

04:20  23   strength of the Macondo cement?

04:20  24        MS. O'CONNOR:  Objection, Your Honor.  He has made

04:20  25   clear that he started his analysis with the assumption as to

ANDREAS MOMBER - CROSS

04:20  1    the set cement, and he has not actually been permitted to

04:20  2    testify about Phase One evidence.  So he has not put any

04:20  3    "gloss" on it, and we would object to that question.

04:20  4            MR. CERNICH:  Your Honor, Dr. Momber just testified

04:20  5    that he used the Halliburton test results and the Chevron test

04:20  6    results to form his opinions regarding the Macondo cement in

04:20  7    this case.  I would again move to strike those opinions.

04:20  8            THE COURT:  Did you make your own analysis of the

04:20  9    compressive strength of the cement?  Or did you just take

04:20  10   something that you got from this Chevron report?

04:20  11           THE WITNESS:  I just took the numbers from the

04:20  12   Chevron report.  I did not --

04:21  13           THE COURT:  Sustain the objection.

04:21  14           MR. CERNICH:  Let me ask my question again,

04:21  15   Dr. Momber.

04:21  16   BY MR. CERNICH:

04:21  17   Q.   You don't know the compressive strength of the cement at

04:21  18   the bottom of the Macondo well?

04:21  19           THE COURT:  I think he just answered that question by

04:21  20   answering my question.

04:21  21           MR. CERNICH:  Okay.  Thank you.

04:21  22   BY MR. CERNICH:

04:21  23   Q.   Now, just a couple more things on this article.

04:21  24           Figure 3 in this article, this is a diagram of the

04:21  25   process that was used for the experiment on the concrete slabs

ANDREAS MOMBER - CROSS

1  in this case, right?

2  A.   Yes.

3  Q.   You would agree that this doesn't replicate the conditions

4  at the bottom of the Macondo well?

5  A.   Not precisely, and I do not believe that any test you

6  would develop in terms of erosion could a hundred percent

7  duplicate the situation in the Macondo well in terms of erosion

8  because that was just not known.  This is a scenario very well

9  replicating a slurry erosion process of a cement-based surface

10  by a mixture of, in that case, water and some sand in it.

11        MR. CERNICH:  One more thing on this article.  Could

12  we go to 11649.0007.  Here in the conclusions -- if we could

13  call out the "Conclusions" section here, please.

14  BY MR. CERNICH:

15  Q.   The author here writes:  "Test Data - the data obtained

16  indicated that the splitting tensile strength is a more

17  effective predictive factor than compressive and flexural

18  strength in determining concrete abrasion erosion resistance to

19  water-borne sand."

20        Did I read that correctly?

21  A.   Yes.

22  Q.   You didn't do anything to quantify the splitting tensile

23  strength of the cement that was used on the Macondo well, did

24  you?

25  A.   No.

ANDREAS MOMBER - CROSS

04:23   1          But he didn't say that the compressive strength does
04:23   2   not have any meaning.  I just want to make that clear.
04:23   3   Q.   But it did say it's a more effective predictive factor
04:23   4   than compressive --
04:23   5   A.   More effective, but compressive strength itself is also
04:23   6   effective.
04:23   7   Q.   One more item, Dr. Momber.  You -- during your direct
04:23   8   examination, you said that you could compare the Macondo cement
04:23   9   to the concrete that you've worked with because it contained --
04:23   10  the Macondo cement contained sand and you described that as an
04:24   11  aggregate, correct?
04:24   12  A.   I'm not sure what I said.  It's sand, but it's a silica
04:24   13  blend.
04:24   14  Q.   It's a silica blend.  Okay.
04:24   15          And that silica blend is a very fine silica blend?
04:24   16  A.   That's right.
04:24   17  Q.   There's silica flour, correct?
04:24   18  A.   Yeah.
04:24   19  Q.   And 200 mesh silica sand, right?
04:24   20  A.   200 mesh and I think also 100 mesh.
04:24   21  Q.   You have never used silica flour in any of your
04:24   22  experimental work on concretes, have you?
04:24   23  A.   No, I think that's not right.  In the technology called
04:24   24  high-strength concrete, a material is called silica dust -- I
04:24   25  think this is the same material you're talking about -- is

ANDREAS MOMBER - CROSS

04:24  1   being added to the concrete material in order to increase its
04:24  2   strength.  And I remember at least one study I did on the
04:25  3   erosion of such a material which contained that silica dust is
04:25  4   just another designation.  A study I performed and I think I
04:25  5   even published the results.
04:25  6   Q.   Did you recall that study since your deposition?
04:25  7   A.   I'm not sure what I mentioned -- I'm not sure whether you
04:25  8   asked me even that.
04:25  9        MR. CERNICH:  Could we go to Dr. Momber's deposition
04:25 10   at page 338.  If we could go to lines 12 through 23.
04:25 11        I have the wrong citation.  Can we go to 338 of
04:26 12   Dr. Momber's deposition at line 15.
04:25 13   BY MR. CERNICH:
04:25 14   Q.   Here we go.
04:26 15        "QUESTION:  Have you ever used silica flour in any of
04:26 16        your experimental work on concretes?
04:26 17        "ANSWER:  No, I haven't used this particular
04:26 18        material, but I was dealing with small aggregate."
04:26 19             Do you recall giving that answer at your
04:26 20        deposition?
04:26 21   A.   Yeah.  I certainly have given that answer and I probably
04:26 22   was not, at that particular moment, aware that with the --
04:26 23   recalling small aggregate where it was, in fact, that silica
04:26 24   dust, but now it came back in my mind.
04:26 25   Q.   As far as 200-mesh sand, you have only used that in

ANDREAS MOMBER - CROSS

04:27  1   cavitation erosion experiments; is that right?

04:27  2   **A.**   Right.

04:27  3   **Q.**   But the erosion process you propose for the Macondo cement

04:27  4   is not cavitation erosion, is it?

04:27  5   **A.**   This is right.

04:27  6           **MR. CERNICH:**  Thank you, Dr. Momber.  That's all I

04:27  7   have.

04:27  8           **THE COURT:**  Thank you.

04:27  9               Any redirect?

04:27  10          **MS. O'CONNOR:**  No, Your Honor.

04:27  11          **THE COURT:**  Thank you.  Okay, sir, you are finished.

04:27  12          **THE WITNESS:**  Thank you very much.

04:27  13          **THE COURT:**  BP and Anadarko may call their next

04:27  14  witness.

04:27  15          **MR. BROCK:**  Yes, Your Honor, our next witness is

04:27  16  Dr. Adrian Johnson and he is in the hall and we will get him.

04:27  17  Actually he is in the back of the courtroom, even better, but

04:27  18  he's on his way up here.

04:28  19                          **ADRIAN JOHNSON,**

04:28  20  having been duly sworn, testified as follows:

04:28  21          **THE DEPUTY CLERK:**  State your full name and correct

04:28  22  spelling for the record, please.

04:28  23          **THE WITNESS:**  My name is Adrian Johnson, and it's

04:28  24  spelled A-D-R-I-A-N J-O-H-N-S-O-N.

        25

04:28    1                          **VOIR DIRE**

04:28    2    **BY MR. REGAN:**

04:28    3    **Q.**   Matt Regan on behalf of BP and Anadarko.  And,

04:28    4    Dr. Johnson, I have you on direct examination.

04:29    5                Dr. Johnson, where do you live?

04:29    6    **A.**   I live just outside London in the UK.

04:29    7    **Q.**   What do you do for a living?

04:29    8    **A.**   I'm a consultant engineer.  I'm consultancy manager for a

04:29    9    consultancy and software company called FEESA, in Farmborough,

04:29   10    in the UK.

04:29   11    **Q.**   Dr. Johnson, were you retained as an expert to testify in

04:29   12    this case, retained by BP and Anadarko?

04:29   13    **A.**   I was, yes.

04:29   14    **Q.**   Have you ever testified as an expert before?

04:29   15    **A.**   I have not.

04:29   16                **MR. REGAN:**  Can you put up D-24618.

04:29   17    **BY MR. REGAN:**

04:29   18    **Q.**   Dr. Johnson, could you briefly describe your educational

04:29   19    background for the Court.

04:29   20    **A.**   Yeah, sure.  I have a degree in mechanical engineering,

04:29   21    specializing in maritime and offshore engineering.  I went on

04:29   22    from doing my degree to do a Ph.D. in mechanical engineering,

04:30   23    where I studied complex turbulent flows.  I also have -- I'm a

04:30   24    chartered engineer, which I think is equivalent to a

04:30   25    professional engineer in the United States.  And a member of

ADRIAN JOHNSON - VOIR DIRE

| | |
|---|---|
| 04:30 | 1 |
| 04:30 | 2 |
| 04:30 | 3 |

1    the Institute of Mechanical Engineers.

2    **Q.**    Could you walk the Court briefly through your professional

3    history or your professional background.

4    **A.**    Yeah, sure.  After my Ph.D. -- well, while writing up my

5    Ph.D., I joined the oil and gas industry in 1989.  I joined BP.

6    I was there for 10 years, and in that time I spent about the

7    first three years in research at BP Sunbury, where I was

8    studying things such as the behavior of risers, drill pipes,

9    drill pipe protectors, some erosion work, various bits of valve

10   work and multiphase flow, that sort of thing.

11   **Q.**    What did you do after leaving BP?

12   **A.**    Well, after the research part of BP, about three years

13   afterwards I went into the engineering side where I was

14   basically doing consultancy work mainly, and it was looking at

15   the thermal hydraulics of pipelines and production systems.

16   **Q.**    Now, after you left BP, what did you do?

17   **A.**    After leaving BP, I set up -- which was in 1999, I set up

18   my own consultancy, and I worked for a number of different

19   clients over an 11-year period looking at, again, thermal

20   hydraulics of pipelines and production systems.

21   **Q.**    When did you join your current employer, FEESA?

22   **A.**    I joined FEESA in 2010 as consultancy manager.

23   **Q.**    How would you describe, Dr. Johnson, the focus of your

24   professional work in the oil and gas industry over this past

25   20 years?

ADRIAN JOHNSON - VOIR DIRE

04:31  1    **A.**   The focus since after the research part was radiant
04:32  2    hydraulics, thermal hydraulics of pipeline and production
04:32  3    systems all the way through, always associated with the fluid
04:32  4    behavior of oil and gas.
04:32  5    **Q.**   Just to orient us, when you use the word "hydraulics" or
04:32  6    "hydraulic behavior of oil and gas," what do you mean by that?
04:32  7    **A.**   I mean the connection between the pressure flow rate and
04:32  8    temperature of the flowing system, sometimes single-phase,
04:32  9    sometimes multiphase.  And it's all about tracking the physics
04:32  10   of that -- of the fluids through whatever system we're
04:32  11   studying.
04:32  12   **Q.**   On the demonstrative and in your expert report, you talk
04:32  13   about working in an area called "flow assurance."  Could you
04:32  14   explain what that means.
04:32  15   **A.**   Yes.  Flow assurance is looking at a flowing system,
04:32  16   usually a production system, what we do at FEESA, to establish
04:32  17   if there are going to be any thermal or hydraulic issues that
04:32  18   need to be -- that the client needs to be made aware of.
04:33  19   **Q.**   And again, by "flowing system," are you referring to the
04:33  20   pipes and valves and other mechanical devices?
04:33  21   **A.**   By "flowing system," I'm -- in a production context I'm
04:33  22   referring -- we look at from the reservoir right up the well,
04:33  23   through a network of flow lines potentially, or it could be a
04:33  24   single flow line back to a production system, and up to some
04:33  25   point maybe on the production system, like a floating

**ADRIAN JOHNSON - VOIR DIRE**

04:33  1   production system.

04:33  2   **Q.**   What type of projects will you typically work on in your

04:33  3   current role at FEESA?

04:33  4   **A.**   Most of what we do is production, oil and gas production.

04:33  5   A lot of the work we do is at the early stage of projects,

04:33  6   looking at the big questions, the multibillion-dollar

04:33  7   questions.  So how a system is going to work, whether it's

04:33  8   going to work, how it's going to be put together.

04:33  9          And these vary from single well systems that might be

04:34  10  in deep water or shallow water through to multiple well systems

04:34  11  looking at hundreds of wells all tied together in a big network

04:34  12  that could be -- some will be on land, some in deep water.  It

04:34  13  varies a great deal.

04:34  14  **Q.**   Does your work include looking at existing systems,

04:34  15  multiphase flow in existing systems in addition to looking at

04:34  16  the design of systems?

04:34  17  **A.**   Yes, it does, absolutely.  We look at operating systems as

04:34  18  well.

04:34  19          So our work will go right through from the very early

04:34  20  stages, like, say, sometimes an appraisal where very little is

04:34  21  known, right through to the operations where we are modeling

04:34  22  the actual systems that are existing and looking at how they

04:34  23  behave.

04:34  24  **Q.**   Beyond your education, Dr. Johnson, and your professional

04:34  25  experience, are there any particular tools that you will

**ADRIAN JOHNSON - VOIR DIRE**

04:34   1    typically use in this work?

04:34   2    **A.**   Yes.  In FEESA we have an in-house software called

04:34   3    "Maximus," which is a detailed thermal hydraulic multiphase

04:35   4    simulator.  It has the capability to model flow through one

04:35   5    well or all -- multiple wells, through complex networks.  It

04:35   6    has the ability to go through life of field, so it can step

04:35   7    through the life of a field or, in this case, the 86 days.

04:35   8         So most of our work revolves around using Maximus

04:35   9    for -- I think we have about 24 clients at the moment.

04:35   10   **Q.**   What was Maximus developed to do?  What is its purpose?

04:35   11   **A.**   Its purpose is to do the software work I have just been

04:35   12   describing and to model in detail the behavior of fluids in

04:35   13   some oil and gas production system.

04:35   14   **Q.**   What type of companies or clients would typically use

04:35   15   FEESA or FEESA's Maximus software?

04:35   16   **A.**   We do work for, like I say, about 24 clients at the

04:36   17   moment.  Companies, the oil and gas majors, such as Statoil,

04:36   18   Chevron, ConocoPhillips, BP, Woodside, British Gas, those sorts

04:36   19   of large companies.

04:36   20         We also do work for the engineering contract

04:36   21   companies, Exodus, Genesis, those kinds of companies.  And also

04:36   22   some of the smaller consultancies as well.

04:36   23   **Q.**   This Maximus simulator, is it the type of thing you can

04:36   24   just buy off the shelf and go start using?

04:36   25   **A.**   Oh, no.  No.  It's not Microsoft Word.  You can't just

ADRIAN JOHNSON - VOIR DIRE

04:36  1   pick it up and start using it.  It's a very complex piece of

04:36  2   software that does some very complex analysis of the physics of

04:36  3   flow through a system, and it's important to have training in

04:36  4   its use.

04:36  5   Q.   Has the Maximus simulator been field-tested and validated

04:36  6   in the oil industry since its introduction?

04:36  7   A.   Oh, yes.  Yeah.  We have validated it against numerous

04:37  8   operating systems, numerous operating well systems as well.

04:37  9   Q.   Just to be clear, it's not something you developed purely

04:37  10  for purposes of this litigation?

04:37  11  A.   Oh, no, no.  We developed it at the incorporation of our

04:37  12  company in 2001 and have been using it on many, many projects

04:37  13  since then, yeah.  It's what we do every day, is that sort of

04:37  14  work.

04:37  15  Q.   Dr. Johnson, could you let the Court know, what were you

04:37  16  asked to do in this litigation?

04:37  17  A.   I was asked to examine the work of Dr. Dykhuizen and

04:37  18  Dr. Griffiths, their expert reports, and give technical

04:37  19  comments on those.

04:37  20  Q.   So I take it you looked at the expert reports that were

04:37  21  submitted by Dr. Dykhuizen and Dr. Griffiths.  Is that correct?

04:37  22  A.   That's correct, yes.

04:37  23  Q.   Did you use, again, any particular tools in your technical

04:37  24  review?

04:37  25  A.   I used Maximus because that's the tool we use, and we know

ADRIAN JOHNSON - VOIR DIRE

04:37  1    it's a very accurate and reliable piece of software.

04:38  2            I also used some of their spreadsheets that they

04:38  3    produced to do various calculations; and where they didn't

04:38  4    produce spreadsheets to us, I recreated the calculations and

04:38  5    did them that way.

04:38  6    Q.   In your work for this matter, Dr. Johnson, did you go and

04:38  7    physically look at or observe any of the evidence that was

04:38  8    recovered from the Macondo well?

04:38  9    A.   Yes.  In September last year I went down to Michoud and

04:38  10   looked at all the evidence in the various evidence yards down

04:38  11   there.

04:38  12   Q.   Material from the BOP and other material recovered?

04:38  13   A.   I looked at all the drill pipes, all the rams, all the

04:38  14   capping stack parts.  I went up the cherry-picker and looked

04:38  15   inside all the different housings in the BOP.  I looked at all

04:38  16   the erosion that's happening in there.  I inspected the bore.

04:38  17   I inspected the LMRP and saw all the materials, like Junk Shot

04:38  18   materials, that were found in the BP.

04:38  19   Q.   Dr. Johnson, have you prepared an expert report in this

04:39  20   matter that contains your opinions?

04:39  21   A.   I have, yes.

04:39  22            MR. REGAN:  If we can bring up TREX-11488.

04:39  23   BY MR. REGAN:

04:39  24   Q.   Are we displaying on the screen, Dr. Johnson, the cover

04:39  25   page of your expert report in this matter?

OFFICIAL TRANSCRIPT

ADRIAN JOHNSON - VOIR DIRE

04:39    1   **A.**   Yes, you are.

04:39    2            **MR. REGAN:**   Your Honor, at this time I would offer

04:39    3   Dr. Johnson as an expert in multiphase thermal hydraulic

04:39    4   modeling and the analysis of multiphase hydrocarbon flow in

04:39    5   flow systems.

04:39    6            **THE COURT:**   Any objection?

04:39    7            **MR. CERNICH:**   Subject to cross, no objection.

04:39    8            **THE COURT:**   All right.  I'll accept him.

04:39    9            **MR. REGAN:**   Your Honor, I will offer Dr. Johnson's

04:39   10   expert report, TREX-11488.

04:39   11            **THE COURT:**   That's admitted.

04:39   12            **MR. REGAN:**   If we could pull up D-24703.

04:39   13                      **DIRECT EXAMINATION**

04:39   14   BY MR. REGAN:

04:39   15   **Q.**   Dr. Johnson, have you prepared a demonstrative that

04:39   16   summarizes your expert report in substance here on one page?

04:39   17   **A.**   Yes, I have.  Yes.

04:39   18   **Q.**   Can you briefly review the principal opinions you have

04:39   19   reached in this matter.

04:39   20   **A.**   Sure.  Yes.  Well, the top bullet point on there makes the

04:40   21   overriding conclusion, really, of this work, that you can't use

04:40   22   the government's hydraulic methods to get any kind of

04:40   23   cumulative release estimate from the -- to any reasonable

04:40   24   degree of engineering certainty.

04:40   25            There are many inputs that are needed into a

ADRIAN JOHNSON - DIRECT

04:40  1   hydraulic model, and those inputs in this case are changing
04:40  2   through time.  That puts huge uncertainty on the whole problem.
04:40  3   Now, that uncertainty can't be handled by simply calculating
04:40  4   what's going on on one day, on July 15, and then basically
04:40  5   extrapolating that backwards over the 86 days.
04:40  6   **Q.**   In addition to that first primary opinion that you have
04:40  7   just set forth, did you reach some additional specific opinions
04:40  8   about the work and opinions of Dr. Griffiths?
04:40  9   **A.**   I did, yes.  Yes.
04:41  10  **Q.**   What are those?
04:41  11  **A.**   Well, they are listed here.  And Dr. Griffiths doesn't
04:41  12  account for any variations in PI profile and he should have
04:41  13  done to take account of uncertainty in this case.  He is
04:41  14  relying on PT-B data to do his calculations.  He has no data
04:41  15  between the 20th of April, at the time of the blowout, and 8th
04:41  16  of May, when the first PT-B data appears.  He extrapolates back
04:41  17  from existing PT-B data, which has no physical basis.
04:41  18       He doesn't take account of the change in multiphase
04:41  19  effects in the well.  He knows what's going on on July 15 to
04:41  20  some degree, but the changes that those multiphase effects will
04:41  21  have going back in time in the dual flow paths have a
04:41  22  significant effect on the trend in flow rate through that well.
04:42  23  He didn't take account of that.
04:42  24       He also really doesn't validate his model in any way.
04:42  25  He has no validation.  He really hasn't got the data to

ADRIAN JOHNSON - DIRECT

1    validate it.  He does present a validation, but it isn't really
2    any validation.
3    **Q.**   Similarly, in addition to your overall opinion, do you
4    have some specific comments on the opinions of Dr. Dykhuizen?
5    **A.**   Yes, I do.  Yes.
6    **Q.**   Could you briefly just highlight those for the Court
7    before we get into detail.
8    **A.**   Sure.  Yeah.  Well, on the bottom of the slide, there are
9    two points there.  Dr. Dykhuizen did a similar extrapolation
10   back that Dr. Griffiths did from July 15 for his cumulative
11   estimate.  But he also did two point estimates using Top Hat
12   flow rates and Top Kill flow rates.
13          Dr. Dykhuizen himself admits that his Top Hat flow
14   rates -- I think I heard last Monday he said they were
15   especially inaccurate.  I totally agree with that.
16          The Top Kill flow rates, I think he said, were very
17   inaccurate.  I would go even further than that and say they
18   were especially inaccurate as well.
19   **Q.**   Dr. Johnson, could you briefly just explain, as we turn to
20   some of the detail of your work, why does the oil industry use
21   hydraulic models in looking at multiphase flow?
22   **A.**   Well, the first point is we use hydraulic models that are
23   used regularly throughout the industry because it's important
24   to have something that's validated.  When you are doing this
25   sort of work where you are investigating what's gone on, you

ADRIAN JOHNSON - DIRECT

04:43    1    have to start on the right foot, you have to start from
04:43    2    something that's clearly validated and is accepted in the
04:43    3    industry.
04:43    4         But then what's going on in a well.  Most wells are
04:43    5    multiphase, almost all wells.  And what's going on in a well is
04:43    6    very complex.  The multiphase behavior in a well, especially in
04:44    7    this case where we have got dual flow paths, is very complex.
04:44    8    And that needs to be modeled correctly to get all the correct
04:44    9    effects.
04:44   10    Q.   Now, in using models to look at an oil and gas well, are
04:44   11    you trying to examine the physics of what's going on in the
04:44   12    system?
04:44   13    A.   That's right, yeah.  We are trying to look at the physics
04:44   14    of what's going on in the system and track that physics, track
04:44   15    what's happening to the fluids as we go through a well or
04:44   16    through any other flowing system.
04:44   17    Q.   The Court has heard from a number of witnesses about
04:44   18    pressure drops and changes in pressure drops and temperatures.
04:44   19    But just briefly in your own words could you explain what you
04:44   20    mean by trying to track the physics of flow through a system.
04:44   21    A.   Sure.  What we are primarily -- well, what we are
04:44   22    interested in in this case, of course, is, what is the flow out
04:44   23    of the reservoir?  That's our question.
04:44   24         To get that, what we need to know is what is the back
04:44   25    pressure on the reservoir; and to know that, we need to know

ADRIAN JOHNSON - DIRECT

1    what the pressure drops are as we go up the well.  And to know

2    that, we need to fully model the physics of the fluids as we go

3    up the well and take account of any detailed geometry as we go

4    up the well, such as the dual flow paths created by the drill

5    pipe in the well.

6    Q.   Are there different kinds of physical pressure losses or

7    drops that are occurring in a vertical well like Macondo?

8    A.   There are, yes.  The pressure drops -- there are various

9    pressure drop components in the calculation.  They are the

10   gravitational pressure drop, which is the pressure drop that

11   occurs purely because of elevation change and density

12   differences in the fluids.  There's a frictional pressure drop,

13   which occurs because of interfacial slip of fluids over either

14   surfaces or over each other.  And also included in that are

15   turbulent losses.  And then there's the accelerational pressure

16   drops, which are caused by fluids when they accelerate for some

17   reason.

18   Q.   These three general types of pressure drops --

19   gravitational, frictional, and accelerational -- do they relate

20   to one another?

21   A.   Yeah, absolutely.  You have to calculate them all at the

22   same time because as we move up that well, all of these things

23   are changing, and they all affect each other.  So we need to be

24   calculating all three of those simultaneously as we integrate

25   up the well.

3043

**ADRIAN JOHNSON - DIRECT**

04:46  1   **Q.**   Is that what is happening in the models?  You are trying

04:46  2   to make all of these calculations at the same time?  Is that

04:46  3   why they were developed?

04:46  4   **A.**   That's right, yes.  So we are doing that full integration

04:46  5   across whatever the system is simultaneously, yes, so that we

04:46  6   get the correct answer.

04:46  7   **Q.**   Dr. Johnson, did Dr. Griffiths use an industry standard

04:46  8   model to arrive at his cumulative estimate?

04:46  9   **A.**   No, he didn't.  No.

04:46 10   **Q.**   Did Dr. Dykhuizen use an industry standard hydraulic model

04:46 11   to arrive at his cumulative estimate?

04:46 12   **A.**   No, he didn't.  No.

04:46 13   **Q.**   In your work, did you prepare a thermal hydraulic model to

04:46 14   aid you in reaching your opinions?

04:46 15   **A.**   I did, yes.  I prepared a Maximus model as part of the

04:47 16   work.

04:47 17   **Q.**   Can you just explain briefly, how did you use your thermal

04:47 18   model, your hydraulic model in your work for this case?

04:47 19   **A.**   The Maximus model -- or models, should I say -- we did six

04:47 20   of them, I think -- or five or six -- were used to compare

04:47 21   primarily with Dr. Griffiths' work.

04:47 22   **Q.**   Why did you use an industry standard model rather than

04:47 23   develop a custom approach for this problem?

04:47 24   **A.**   There's a lot of uncertainty in this whole problem.  I

04:47 25   mean, that is the great thing -- I'm sorry, not great.  That's

ADRIAN JOHNSON - DIRECT

04:47   1   the wrong word to use -- but that is the big thing about the
04:47   2   Macondo case, is that there is an enormous amount of
04:47   3   uncertainty.
04:47   4           The only way to check what the impact of that
04:47   5   uncertainty is on how much oil came out of that well is to use
04:47   6   a detailed thermal hydraulic model in which you can adjust
04:48   7   various input parameters and test out the effects of that
04:48   8   uncertainty.  And, of course, like we said before, you know,
04:48   9   Maximus is validated, so we don't have to worry about the fact
04:48   10  that it's doing the right thing.  We know that from many
04:48   11  projects.
04:48   12  Q.   Let's then turn just in a very general way to what you
04:48   13  modeled.
04:48   14          MR. REGAN:  Can we bring up D-23398.
04:48   15  BY MR. REGAN:
04:48   16  Q.   Now, Dr. Johnson, as you see here in this demonstrative
04:48   17  D-23398, does this represent the type of information that you
04:48   18  need in your work to try to prepare an accurate flow rate
04:48   19  estimate using hydraulic methods?
04:48   20  A.   Yes.  Yes, it does.  Yes.
04:48   21  Q.   Could you explain to the Court, orient us in terms of what
04:48   22  you have put together here on this slide.
04:48   23  A.   Sure.  Well, in the middle we have here a schematic of the
04:48   24  well.  We are interested in this primary flow path of the
04:48   25  production casing.  Also in there, of course, we have a drill

ADRIAN JOHNSON - DIRECT

04:49  1    pipe.

04:49  2              Now, our big question is:  How much oil is coming out
04:49  3    of this reservoir?  That's what we want to know, the mass flow
04:49  4    rate of oil coming out of the reservoir.

04:49  5              As that oil is traveling up the well -- and we've
04:49  6    represented it by this yellow line here -- it travels up the
04:49  7    well, the conditions of that oil change, the phases of that oil
04:49  8    change, the flow regimes change.  And then it reaches the
04:49  9    bottom of the drill pipe, and at that point we've got two flow
04:49  10   paths through which it can go.  It can either go up the drill
04:49  11   pipe or it can go up the annulus.  So the flow splits at that
04:49  12   point.

04:49  13             On the left-hand side we have all the inputs we
04:49  14   require to this model to do a rigorous accurate model of this
04:49  15   system.

04:49  16             On the right-hand side we have all the effects, the
04:49  17   various inputs and changes through the system going to have, so
04:49  18   they're the changes as that oil and gas moves up the well.
04:49  19   Q.   We won't go through each of the elements on the chart,
04:50  20   but, for example, when you talk about flow path geometry or
04:50  21   flow path characteristics, what are you referring to there?
04:50  22   A.   Well, of course, one of the first things we need to do in
04:50  23   building a model is know all the sizes, all the lengths, all
04:50  24   the diameters of the drill pipe and the casing.  Because we
04:50  25   have an annulus in there, which is the space between the drill

OFFICIAL TRANSCRIPT

ADRIAN JOHNSON - DIRECT

04:50  1    pipe and the production casing.  That's far more restrictive

04:50  2    than an equivalent cross-sectional area would be because you

04:50  3    have got the surfaces over which the fluid is flowing are far

04:50  4    greater than they would be for a simple pipe.  So we need to

04:50  5    take that sort of thing into account.

04:50  6    Q.   How about the issue of -- you have on there "hydraulic

04:50  7    diameter."  What is that referring to?

04:50  8    A.   As I say, that refers to the annulus and how we handle the

04:50  9    annulus.  We use a standard method that we have been doing for

04:50  10   years, you can find in many, many textbooks.

04:50  11   Q.   Why does temperature matter?

04:51  12   A.   Temperature matters because as the fluids travel up the

04:51  13   well, the temperature changes and the pressure changes.  As the

04:51  14   pressure and temperature changes, the phases will change.  So

04:51  15   you get gas coming out of solution, you'll get the fluids

04:51  16   speeding up, you'll get phase changes, which cause flow regime

04:51  17   changes.  And all of these things lead to pressure changes and

04:51  18   also temperature changes as well.  As gas expands you get a

04:51  19   temperature drop just due to that.

04:51  20            So it's very important to get the temperature right

04:51  21   to enable you to model properly what the fluids are doing as

04:51  22   you move up that well.  And then that has an effect on the

04:51  23   pressure, which has an effect on the back pressure on the

04:51  24   reservoir, which ultimately has an effect on how much oil is

04:51  25   coming out of that reservoir.

ADRIAN JOHNSON - DIRECT

1   Q.   You also have an input for fluids, and you have
2   composition or equation of state.  Briefly, what do you mean by
3   fluids as an input?
4   A.   By "fluids" we mean we need a composition, as you say.
5   It's all the materials that are in a particular oil and gas.
6   So it's describing all the different components.  And we need
7   an equation of state to dictate -- to model how those fluids
8   are going to react to changes in pressure, temperature, volume.
9   And this all has an enormous impact on what happens as we go up
10  the well, which has an enormous impact on the pressure drops in
11  the well, which has an enormous impact on how much oil comes
12  out of the reservoir.
13  Q.   The fluids at some point in the flow path are multiphase;
14  is that correct?
15  A.   Yes.
16  Q.   Have you prepared a demonstrative to try to illustrate for
17  the Court what multiphase behavior you might see in this well?
18  A.   I have, yes.
19       MR. REGAN:   If we could pull up D-23396A.
20  BY MR. REGAN:
21  Q.   Dr. Johnson, what are we looking at here on this
22  demonstrative?
23  A.   What this is, on the right-hand side of this demonstrative
24  we have a schematic of -- schematic animation of what goes on
25  in the Macondo well.  On the outside we have the production

ADRIAN JOHNSON - DIRECT

04:53    1    casing.  This here you can see is the drill pipe within the

04:53    2    production casing.

04:53    3         As the oil comes up from the reservoir, it starts off

04:53    4    single phase, so it's just all oil.  As pressures and

04:53    5    temperatures change as we move up this well, the gas starts to

04:53    6    come out of the oil as we move through the bubble point, and

04:53    7    you can see that represented here as bubbles.

04:53    8         As we go further up, more bubbles come out.  The

04:53    9    bubbles start to coalesce as the pressures and temperatures

04:53   10    change again until you get to the point you've got so much gas

04:53   11    that it changes the flow regime from a bubble flow regime to an

04:53   12    annular flow regime.

04:53   13         In an annular flow regime we have gas going up the

04:54   14    central core, often at very high velocity; we have oil going up

04:54   15    the walls, and sometimes, under certain conditions, going down

04:54   16    the walls as well.  And we have oil droplets in the gas core,

04:54   17    and those oil droplets are coming off the walls and going back

04:54   18    onto the walls.

04:54   19         Now, in this you can see here we have the two flow

04:54   20    paths, and those two flow paths, you can get different

04:54   21    behaviors in them.  And that affects the pressure across that

04:54   22    drill pipe annulus section, which obviously, as I have said

04:54   23    before, affects the pressure at the bottom of the well, which

04:54   24    affects the amount of oil coming up the well.

04:54   25         You can see here we have depicted different

ADRIAN JOHNSON - DIRECT

| | |
|---|---|
| 04:54 | 1 |
| 04:54 | 2 |
| 04:54 | 3 |
| 04:54 | 4 |
| 04:54 | 5 |
| 04:54 | 6 |
| 04:54 | 7 |
| 04:54 | 8 |
| 04:55 | 9 |
| 04:55 | 10 |
| 04:55 | 11 |
| 04:55 | 12 |
| 04:55 | 13 |
| 04:55 | 14 |
| 04:55 | 15 |
| 04:55 | 16 |
| 04:55 | 17 |
| 04:55 | 18 |
| 04:55 | 19 |
| 04:55 | 20 |
| 04:55 | 21 |
| 04:55 | 22 |
| 04:55 | 23 |
| 04:55 | 24 |
| 04:55 | 25 |

1  velocities going through the drill pipe and annulus, and that's

2  because, like I say, you have different conditions in those two

3  flow paths.

4  **Q.**   How, Dr. Johnson, do you then account for these type of

5  complicated phenomena when you are trying to model a flow

6  system?

7  **A.**   We use industry-standard tools to do it.  It's a very

8  complex system to model, so we need to use a rigorous thermal

9  hydraulic validated model to do it.

10        **MR. REGAN:**  If we can go back, then, to D-23398.

11  **BY MR. REGAN:**

12  **Q.**   Dr. Johnson, what you have on the right side here of the

13  page is entitled "The Effect of Inputs on the Physics of

14  Multiphase Flow."

15  **A.**   Uh-huh.

16  **Q.**   Can you just briefly relate what we just saw in terms of

17  your animation to what you are representing here?

18  **A.**   Yes.  So as we move up the well and go from single phase

19  to bubble and then bubble to annular flow, we are having phase

20  changes in there.  So we are getting gas coming out of the oil.

21        Those changes from bubble to annular, etc., are flow

22  regime changes.  They are examples of different flow regimes.

23  Those affect the changes in pressure in the well.  They affect

24  the changes in temperature in the well as well as heat loss to

25  the surroundings of the well, of course.  And all the pressures

ADRIAN JOHNSON - DIRECT

04:55   1   and temperatures are affecting fluid properties.

04:55   2          Now, all of these things that you see here in yellow,

04:55   3   they are all very interactive.  You can't just say one leads to

04:56   4   the other, which leads to the other.  They all affect each

04:56   5   other, and they all need to be modeled in detail to capture the

04:56   6   physics of that flow as it travels up the well.

04:56   7   Q.   Dr. Johnson, would you need clarity of these inputs to

04:56   8   model the flow rate for just a single point in time?

04:56   9   A.   Yes, you would.  Yes, yes.

04:56  10   Q.   What if you were attempting to use hydraulic methods to

04:56  11   model flow over a long period of time?  What additional

04:56  12   complications does that lead to in hydraulic modeling?

04:56  13   A.   Well, in this case we have lots of changes in the system.

04:56  14   We have geometric changes, we have temperature changes, we

04:56  15   potentially have flow path characteristic changes, productivity

04:56  16   index changes, pressure changes.

04:56  17          So you need to do a rigorous model for each point in

04:56  18   time that you are going to try and calculate a flow rate.

04:56  19   Q.   In your opinion, Dr. Johnson, is there sufficient

04:56  20   information available from Macondo during the 86-day time

04:57  21   period to arrive at a reliable and accurate calculation or

04:57  22   estimate using this type of method?

04:57  23   A.   There's not really.  There's a lot of information

04:57  24   available, but there's a lot of uncertainty around that

04:57  25   information.  And that's the real problem here, is trying to

ADRIAN JOHNSON - DIRECT

04:57  1   get a good range or a tight range of outputs from a wide range

04:57  2   of inputs is just not possible.

04:57  3   Q.   Dr. Johnson, are you offering an opinion about what the

04:57  4   actual total cumulative number of barrels released from Macondo

04:57  5   was?

04:57  6   A.   No, I'm not.

04:57  7   Q.   Why not?

04:57  8   A.   Because I don't believe it can be done using hydraulic

04:57  9   methods for the well alone.

04:57  10  Q.   Is it your opinion, Dr. Johnson, that there were changes

04:57  11  over time at Macondo?

04:57  12  A.   Oh, undoubtedly, yes.

04:57  13  Q.   Have you prepared a demonstrative that identifies some of

04:57  14  the changes that you have appreciated from your review of the

04:57  15  records?

04:57  16  A.   I have, yes.

04:57  17  Q.   Have you prepared a demonstrative that identifies some of

04:57  18  the changes that you have appreciated from your review of the

04:57  19  records?

04:57  20  A.   I have, yes.

04:57  21       MR. REGAN:  If we could call up D-24656.

04:57  22  BY MR. REGAN:

04:58  23  Q.   If we can kind of take this demonstrative in thirds,

04:58  24  Dr. Johnson.  Could you first explain, what have you put forth

04:58  25  here on the top third of your demonstrative?

ADRIAN JOHNSON - DIRECT

04:58  1    **A.**   The top third of the demonstrative indicates all the
04:58  2    things we know something about.  We are fairly certain when
04:58  3    they occurred and what occurred.  So we know we have a good
04:58  4    handle on what the PI was at the time of the blowout.  We have
04:58  5    a reasonable handle on what the PI was at the end of the
04:58  6    incident on July 15.  We know Top Kill occurred.  We know rams
04:58  7    were activated, those sorts of things.
04:58  8    **Q.**   What do you have represented, then, in the middle third of
04:58  9    Demonstrative 24656?
04:58  10   **A.**   The middle third shows all the uncertainty really.  It
04:58  11   shows the things we know something about but we don't know
04:58  12   everything, so changes are happening over time to these things.
04:58  13   **Q.**   Can you give the Court just a few examples that you have
04:59  14   listed here?
04:59  15   **A.**   Well, a prime example is the top one, which is the PI
04:59  16   profile over time.  We know that PI was about 10 -- well, 9.4
04:59  17   at the time of the blowout.  We get that evidence from
04:59  18   Mr. Emilsen's work, Appendix W of the Bly report.  We know the
04:59  19   PI at the end of the incident on July 15 was much greater than
04:59  20   that, somewhere 40, 50, somewhere in that range.  I don't think
04:59  21   there's an awful lot of dispute of this sort of change.  But
04:59  22   what we don't know is how it changed between those two points.
04:59  23   Great uncertainty on that.
04:59  24   **Q.**   By PI -- we will talk about it in a minute -- you are
04:59  25   referring to productivity index?

ADRIAN JOHNSON - DIRECT

1    A.    Productivity index, yes.  So it's the measure of how much
2    is going to come out of a reservoir for a given pressure drop
3    over the reservoir to the bottom hole.
4    Q.    What are some of the other uncertainties that you identify
5    as you look at this problem?
6    A.    Well, looking at PT-B data, for example, one of the
7    problems there is we don't have any PT-B data prior to May 8
8    and then when we do have PT-B data, determining what that PT-B
9    data means is not possible.  It reflects everything that's
10   going on in the system, so you can't say what a change means
11   there.
12   Q.    You reference erosion in the wellbore, erosion in the BOP,
13   and the Court has heard today from some other experts on those
14   topics, so let's go to the next one.
15         Drill pipe -- detachment of drill pipe dropped, what
16   are you referring to there?
17   A.    Well, we know the drill pipe that was going through the
18   BOP and -- about 3,000-odd feet down into the well.  We know
19   that detached from the bottom of the BOP at some point in time.
20   Indications seem to be that it detached probably by Top Kill or
21   during Top Kill, but that's uncertain.  Then once detached,
22   what happened to it?  When did it drop?
23         We know it dropped by the end of the incident because
24   we found it further down the well by lead impression block
25   tests, but when it happened, we don't know, and whether it

**ADRIAN JOHNSON - DIRECT**

05:01   1   moved around in the well, we don't know even.

05:01   2   **Q.**   Let's pull up D-24631 on this topic you just mentioned

05:01   3   about drill pipe location.

05:01   4           **MR. REGAN:**   D-24631.

05:01   5   **BY MR. REGAN:**

05:01   6   **Q.**   What we have here are some pictures of a drill pipe -- let

05:01   7   me -- Dr. Johnson, why don't you explain to the Court, what are

05:01   8   we looking at here?

05:01   9   **A.**   What we have here is on the left we have a picture from my

05:01  10   report which I took when visiting Michoud.  This is the bottom

05:01  11   of the section of drill pipe that was found in the BOP going

05:01  12   from the bottom of the BOP up to the casing shear ram.  They

05:01  13   call it Drill Pipe 148.

05:01  14           As you can see, the rest of the drill pipe is

05:01  15   detached and we can tell from this that there was some flow

05:02  16   over the drill pipe for some time after it detached because all

05:02  17   these edges are smoothed off.  So we know there was an erosive

05:02  18   flow over that after that drill pipe detached.

05:02  19   **Q.**   What do you have here on the right side of the page?

05:02  20   **A.**   The right side of the page is a picture -- again, it's in

05:02  21   my report, but it's taken from a slide pack that was produced

05:02  22   after the -- what we call the fishing exercise with a lead

05:02  23   impression block where they dropped a block filled with lead

05:02  24   down into the well to find what was down there.  And they found

05:02  25   that -- at a certain depth they found the top of the drill

ADRIAN JOHNSON - DIRECT

1   pipe, and that's represented by the drill pipe sitting here

2   partway down the well.

3   Q.   That operation that you just described, that took place in

4   September after the well was killed, correct?

5   A.   That's right, yes.  So it's after the well has stopped

6   flowing.

7   Q.   If you could bring this back to hydraulic analysis.

8   What's the impact of the drill pipe dropping at some point in

9   time on a hydraulic analysis?

10  A.   It's an uncertainty.  We don't know when it happened,

11  whether it happened consistently, so whether it dropped and

12  stayed there or whether it came back up.  But it's a

13  restriction in the well, a changing restriction in the well and

14  a change of those flow paths in the well, the dual flow paths

15  we talked about.  And that's all going to affect the physics of

16  the flow, which is going to affect the back pressure on the

17  reservoir, which is going to affect the amount of oil that

18  comes out of the reservoir.

19           MR. REGAN:   If we could go back to D-24656.

20  BY MR. REGAN:

21  Q.   You also list on here "impact of Top Kill Junk Shot on

22  BOP."  What does that refer to?

23  A.   Well, 26th of May to the 28th of May, there were three

24  Top Kill attempts.  During those Top Kill attempts, they

25  injected Junk Shots where they were putting various sizes,

ADRIAN JOHNSON - DIRECT

05:03  1    shapes, and hardnesses of material into the BOP, pumping them
05:03  2    into the BOP in an attempt to block the BOP.  The idea is they
05:04  3    wanted to change the restriction in the BOP.
05:04  4            MR. REGAN:  If we could pull up D-23410.
05:04  5    BY MR. REGAN:
05:04  6    Q.   What are we seeing here on this demonstrative,
05:04  7    Dr. Johnson?
05:04  8    A.   Well, on the left you see a picture of the BOP and LMRP.
05:04  9    And down here we have -- the little red box is where Drill
05:04 10    Pipe 148 that I referred to was sitting when the BOP was
05:04 11    recovered.
05:04 12            The pictures on the right, they all show -- they are
05:04 13    my pictures I took at Michoud of all the Junk Shot material
05:04 14    that was found in that Drill Pipe 148, like I say, various
05:04 15    sizes, shapes, hardness of materials.  Also up there there's
05:04 16    what appears to be cement that was found in Drill Pipe 148,
05:04 17    suggesting possibly that the bottom hole was still changing
05:04 18    fairly late in the incident.
05:05 19    Q.   Okay.  Sorry.
05:05 20    A.   I was going to say also, this is just a small sample of
05:05 21    the contents of the BOP.  Sitting to the left of these pictures
05:05 22    in the container at Michoud, there was some -- probably
05:05 23    40 buckets full, these plastic buckets full of Junk Shot
05:05 24    material that were recovered from the BOP.
05:05 25    Q.   From the standpoint of someone looking to do a hydraulic

ADRIAN JOHNSON - DIRECT

05:05  1    calculation of cumulative flow, what's the impact of 40 buckets
05:05  2    of Junk Shot material being found in the BOP after it was
05:05  3    recovered?
05:05  4    A.   Again, it's uncertainty.  We don't know -- obviously that
05:05  5    was all there at the end, but we don't know how much was there
05:05  6    at various points between Top Kill and the end of the incident
05:05  7    and how that changed over time.  We don't know how the
05:05  8    Junk Shot moved around in the BOP and changed restrictions in
05:05  9    the BOP.  So it just adds uncertainty to what's going on.
05:05  10   Q.   Was there Junk Shot material found inside the drill pipe
05:05  11   that was in the BOP?
05:06  12   A.   Yes.  As I say, in Drill Pipe 148, yes.
05:06  13   Q.   Was there additional material other than Junk Shot
05:06  14   material found inside that drill pipe?
05:06  15   A.   Oh, yes, there was.  There was -- yeah.
05:06  16   Q.   Did you take a picture of that?
05:06  17   A.   I did.  Yeah.  Very nice picture.
05:06  18        MR. REGAN:  D-23411.  I think we have a zoom on this.
05:06  19   There we are.
05:06  20   BY MR. REGAN:
05:06  21   Q.   All right, Dr. Johnson.  What are we looking at here?
05:06  22   A.   Well, you remember the end of the drill pipe I showed
05:06  23   earlier with the eroded end where the drill pipe in the well
05:06  24   detached?  Well, this is about a foot up inside that drill
05:06  25   pipe.  So they have chopped the end of the drill pipe off and

ADRIAN JOHNSON - DIRECT

05:06   1   you see a cut end there.  And here you see one of the VBR or
05:06   2   test ram elements or teeth that has fallen off -- it's probably
05:06   3   from the test ram.  It's fallen off and gone up inside the
05:06   4   drill pipe and then gradually wedged itself harder and harder
05:07   5   in there.
05:07   6          All of the Junk Shot material I've referred to and
05:07   7   showed pictures of was above this test ram element.  It was in
05:07   8   that space above the test ram element between there and the
05:07   9   casing shear ram.  We also see here some Junk Shot material
05:07   10  stuck in behind this test ram element, which suggests that
05:07   11  things were moving around after the test ram fell apart.
05:07   12  Q.   Again, Dr. Johnson, the fact that you see this physical
05:07   13  evidence after the fact, what does it mean to someone doing a
05:07   14  hydraulic analysis of flow over time?
05:07   15  A.   Well, this drill pipe was a flow path at some point in
05:07   16  time.  We know that by virtue of the fact that there's erosion
05:07   17  patterns on the bottom of the casing shear ram -- one of the
05:07   18  casing shear ram blades.  It's a very clear, circular pattern.
05:07   19         Now, when it's full of Junk Shot, as we -- as it is
05:07   20  here or was, and when it's got parts of the test ram jammed in
05:07   21  it, that is going to be a restriction on that flow path.  So
05:08   22  this is a change in the flow path over time that's occurring.
05:08   23  Q.   Go back to D-24656, which is your timeline.
05:08   24         So, Dr. Johnson, how did Dr. Griffiths and
05:08   25  Dr. Dykhuizen approach these uncertainties that you have just

**ADRIAN JOHNSON - DIRECT**

05:08    1    gone through in arriving at their cumulative flow estimates?

05:08    2    **A.**    They didn't.

05:08    3    **Q.**    What did Dr. Griffiths and Dr. -- how did Dr. Griffiths

05:08    4    and Dr. Dykhuizen, in general terms, arrive at their cumulative

05:08    5    flows?

05:08    6    **A.**    What they did was they took data from the capping stack

05:08    7    period on July 15, right at the end of incident here, a few

05:08    8    hours of data, and did an analysis of that data.  In

05:08    9    Dr. Griffiths' case, he did sort of a curved fitting exercise

05:08   10    to get a what he calls discharge coefficients throughout the

05:08   11    system.

05:08   12         Dr. Dykhuizen did a number of capping stack analyses

05:09   13    to get flow rates of the capping stack time.  They then took

05:09   14    those analyses and basically extrapolated them back in time

05:09   15    using various assumptions, keeping pretty much everything

05:09   16    constant apart from reservoir pressure and, in Dr. Griffiths'

05:09   17    case, PT-B pressure as well.

05:09   18    **Q.**    Does Dr. Dykhuizen's use of constant July 15 values

05:09   19    resolve the uncertainties that you believe took place over the

05:09   20    course of those 86 days?

05:09   21    **A.**    No.  It ignores them.

05:09   22    **Q.**    Dr. Griffiths, does his use of a constant PI and a

05:09   23    constant wellbore geometry, does that resolve the uncertainties

05:09   24    that you have identified were present over 86 days?

05:09   25    **A.**    No.  Again, it pretty much ignores them.

ADRIAN JOHNSON - DIRECT

05:09  1   **Q.**   So what, then, is the impact of the assumptions made by

05:09  2   Dr. Dykhuizen and Griffiths, these use of constant values, on

05:09  3   the accuracy of the cumulative flow estimates that they have

05:09  4   opined on?

05:10  5   **A.**   Well, it means their estimates are going to be -- because

05:10  6   they are using constants from the end, it means their estimates

05:10  7   are going to be at the high end of an estimate.  It means that

05:10  8   their estimates are really very, very inaccurate.

05:10  9   **Q.**   I would like to turn now to some of the more specific

05:10  10  opinions you have about Dr. Griffiths' model or method.

05:10  11          **MR. REGAN:**  If we could go to D-23400.

05:10  12  **BY MR. REGAN:**

05:10  13  **Q.**   Now, in your review of Dr. Griffiths' method of arriving

05:10  14  at a cumulative release, did he use flow path geometry changes

05:10  15  as an input in his best estimate case?

05:10  16  **A.**   No, he has no geometry inputs in his method.

05:10  17  **Q.**   Did Dr. Griffiths use changes in flow path characteristics

05:10  18  as an input in his best estimate case?

05:10  19  **A.**   No, he has no input for flow path characteristics at all.

05:11  20  **Q.**   Did Dr. Griffiths use temperature changes over time in

05:11  21  arriving at his best estimate case?

05:11  22  **A.**   No, he has no input for temperature in his method.

05:11  23  **Q.**   Did Dr. Griffiths analyze changes in fluid properties over

05:11  24  time in arriving at his best estimate case?

05:11  25  **A.**   No, he didn't.  He has no input for fluid properties.

ADRIAN JOHNSON - DIRECT

1  **Q.**   Did Dr. Griffiths study changes in multiphase flow over

2  time in arriving at his best estimate case?

3  **A.**   No, he didn't.  No, he can't take account of multiphase

4  changes through time.

5  **Q.**   So with respect to what Dr. Griffiths did do, what did he

6  do in using productivity index?

7  **A.**   He calculated the productivity index for July 15, as I

8  said a minute ago, from the set of data from the capping stack

9  period, a few hours of data, and then kept that productivity

10  index perfectly constant through the previous 86 days.

11          MR. REGAN:  If we could turn, then, to D-24373.

12  BY MR. REGAN:

13  **Q.**   Dr. Johnson, do you recognize what we have set forth here

14  on D-24373?

15  **A.**   Yes.  On the left there, that's a diagram from

16  Dr. Griffiths' own report.

17  **Q.**   Could you briefly explain in your own words how

18  Dr. Griffiths -- what methodology he used to try to arrive at a

19  cumulative flow estimate as represented here on this

20  demonstrative?

21  **A.**   Excuse me.  Yes.  Like I say, he used the data from

22  July 15, a few hours of data, and he calculated from a

23  regression analysis a curve fitting, effectively.  He

24  calculated a series of discharge coefficients, which are shown

25  here in these boxes.  And so we have the productivity index, a

**ADRIAN JOHNSON - DIRECT**

05:12  1  discharge coefficient for the well, discharge coefficient for

05:13  2  the BOP, and a couple of others further up.

05:13  3  **Q.**   What data did Dr. Griffiths use or information to arrive

05:13  4  at these unknown parameters?

05:13  5  **A.**   The data from that July 15, a few hours of July 15 and a

05:13  6  little bit on July 14.

05:13  7  **Q.**   Once Dr. Griffiths arrived at these parameters, what did

05:13  8  he do with them?

05:13  9  **A.**   He locked them in basically.  He kept them constant.  So

05:13  10  here we have -- sorry, one thing I did forget to mention,

05:13  11  though.  At the same time as calculating those parameters, he

05:13  12  calculates the flow rates as well.  But he locks the parameters

05:13  13  in and keeps them constant back through time.

05:13  14  **Q.**   So what well geometry do Dr. Griffiths' discharge

05:13  15  coefficients represent?

05:13  16  **A.**   The well geometry on July 15, whatever that was.

05:13  17  **Q.**   What BOP conditions do Dr. Griffiths' discharge

05:13  18  coefficients represent?

05:13  19  **A.**   The BOP conditions on July 15, whatever that was.

05:13  20  **Q.**   What drill pipe conditions do Dr. Griffiths' coefficients

05:13  21  represent?

05:14  22  **A.**   The same, the July 15 conditions.

05:14  23  **Q.**   In your opinion, Dr. Johnson, would discharge coefficients

05:14  24  estimates on July 15 inform you in any way about the state of

05:14  25  the well on all the days prior to July 15?

**ADRIAN JOHNSON - DIRECT**

05:14  1   **A.**   No.  No, not at all.

05:14  2   **Q.**   So let's turn now to after Dr. Griffiths arrives at these

05:14  3   July 15 constants, how does he then use them in arriving at a

05:14  4   best estimate cumulative release figure?

05:14  5   **A.**   What he does, he uses PT-B data and -- from May 8 to

05:14  6   July 15 and he uses reservoir pressure linearly declining over

05:14  7   the 86 days and he uses his K-well and his PI, keeping them

05:14  8   fixed as he calculated them for July 15, and then just does a

05:14  9   calculation based on those two pressures and those two

05:15  10  constants.

05:15  11  **Q.**   By using a fixed PI or productivity index and a fixed

05:15  12  K-well, what assumption is Dr. Griffiths making in his best

05:15  13  estimate?

05:15  14  **A.**   He is assuming nothing changed in the well or the bottom

05:15  15  hole or the reservoir.  He feels that he is accounting for

05:15  16  changes in the BOP by using PT-B data, but what he doesn't

05:15  17  recognize is that that PT-B data is really showing all the

05:15  18  changes throughout the system, not just BOP changes, and it --

05:15  19  but he's keeping all the other changes constant, so he is

05:15  20  keeping all the other things constant.

05:15  21  **Q.**   Let's turn to productivity index.

05:15  22           **MR. REGAN:**  Can we bring up D-23394A.

05:15  23  **BY MR. REGAN:**

05:15  24  **Q.**   Again, just for orientation purposes, can you again show

05:15  25  us what are we talking about when we use this term

**ADRIAN JOHNSON - DIRECT**

05:15  1   "productivity index"?

05:15  2   **A.**   The productivity index is basically how much oil the

05:16  3   reservoir is going to produce into the bottom of the well.  So

05:16  4   with a far-field reservoir pressure and a bottom hole pressure,

05:16  5   you can say what the flow from that reservoir is going to be.

05:16  6   **Q.**   Now, you have mentioned a second ago that Dr. Griffiths

05:16  7   holds this PI number constant in his best estimate.  In your

05:16  8   experience in working in the oil and gas industry and looking

05:16  9   at these questions, would it be normal to have a PI remain

05:16  10  constant in a flowing well?

05:16  11  **A.**   We work with wells every day, and I can't think of a well

05:16  12  where we have ever had a constant PI.

05:16  13  **Q.**   Was there information available about the PI for Macondo

05:16  14  outside of what Dr. Griffiths calculated on July 15?

05:16  15  **A.**   Yes, there was.  As I mentioned earlier, there's evidence

05:16  16  from Mr. Emilsen's work in Appendix W of the Bly report.

05:16  17  **Q.**   Does Dr. Griffiths acknowledge in his expert report in

05:16  18  this case that there is a different PI at the outset of the

05:17  19  incident?

05:17  20  **A.**   He acknowledges it, but he explains it away by

05:17  21  misinterpretation of Mr. Emilsen's report.

05:17  22  **Q.**   What is the range of value of that PI at the outset of the

05:17  23  incident?

05:17  24  **A.**   It's just below 10, it's 9.4.

05:17  25  **Q.**   How does Dr. Griffiths get from a PI of 9.4 to his

**ADRIAN JOHNSON - DIRECT**

05:17  1   constant value of 43.8?

05:17  2   **A.**   He says that all of the changes in the system, regardless

05:17  3   of what they are, happened -- well, originally he was saying in

05:17  4   8.6 hours, so he extrapolates -- he misunderstands

05:17  5   Mr. Emilsen's work and based on that does an extrapolation to

05:17  6   arrive at 8.6 hours when he is going to hit that 43.8 figure

05:17  7   and then he keeps 43.8 for the rest of the time, for the rest

05:17  8   of the 86 days.

05:17  9   **Q.**   Briefly, why do you believe Dr. Griffiths has

05:17  10  mischaracterized and misunderstood Mr. Emilsen's simulation

05:18  11  work?

05:18  12  **A.**   What Mr. Emilsen did was he was looking at -- used an OLGA

05:18  13  Well-Kill to look at drill string pressure data and trying to

05:18  14  match that and he -- to match it, he was adjusting the net pay

05:18  15  of the reservoir, so how much of the reservoir is exposed to

05:18  16  flow.  And he needed a constant net pay of 13 prior to the

05:18  17  shutdown of the mud pumps at 9:30 before -- just leading up to

05:18  18  the blowout.  And then after the mud pump shut down at that

05:18  19  particular point in time, he needed a net pay of 16.5 feet, but

05:18  20  he kept that constant and he got a very good match up to the

05:18  21  data keeping those two things constant with just that one step

05:18  22  change.

05:18  23  **Q.**   Does Mr. Emilsen's work support what Dr. Griffiths says,

05:18  24  that there is a 25 percent change of net pay or effective PI

05:19  25  between 9:00 and 9:30?

ADRIAN JOHNSON - DIRECT

05:19   1   **A.**   No, it doesn't.  No, it says he needs a step change when

05:19   2   the mud pumps shut down.

05:19   3   **Q.**   Understanding that in his expert report, Dr. Griffiths

05:19   4   used a nine-hour time period, have you reviewed Dr. Griffiths'

05:19   5   testimony here at trial about the time frame he now applies?

05:19   6   **A.**   Yeah.  I believe he is saying now that it's about

05:19   7   36 hours.

05:19   8   **Q.**   In your work, Dr. Johnson, what is your opinion about the

05:19   9   potential PIs or productivity index or indices that could apply

05:19   10  over the 86-day time period?

05:19   11  **A.**   Well, the path between those two points of about 10 and

05:19   12  some higher value in the 40s, 50s at the end of the incident is

05:19   13  very uncertain and there's potentially an infinite number of

05:19   14  paths you can draw that will fit the available data.

05:19   15  **Q.**   What do you mean by that, that there are other PIs that

05:19   16  will fit the available data?  What do you mean by that?

05:20   17  **A.**   Well, you can draw various PI paths between those two

05:20   18  points of 10 and 40, 50, whatever, and using Dr. Griffiths' own

05:20   19  methods and using his calculation, calculate how much of a

05:20   20  restriction change in the BOP you would need to still match the

05:20   21  PT-B data given any PI path.

05:20   22          What I found from doing those calculations, testing

05:20   23  out whether the PI paths are credible or not -- this was a real

05:20   24  test of that -- was that I needed a change in the effective

05:20   25  opening of the BOP from about 3 inches to about 3 1/2 inches,

ADRIAN JOHNSON - DIRECT

05:20    1    so about a half-inch change just to account for changes in PT-B

05:20    2    over that whole 86 days.

05:20    3    Q.    Now, in your report did you prepare a chart that shows

05:20    4    some of these alternative PI profiles that also match the data?

05:20    5    A.    I did, yes.

05:20    6              MR. REGAN:  Can we have TREX-11488.12.1.

05:20    7    BY MR. REGAN:

05:21    8    Q.    Dr. Johnson, first of all, what do we have on the Y-axis

05:21    9    and the X-axis of this chart?

05:21   10    A.    This shows -- on the vertical axis we have productivity

05:21   11    index, and on the horizontal axis we have time in days since

05:21   12    the blowout.

05:21   13    Q.    What is the black line, the flat black line at the top?

05:21   14    A.    The flat black line at the top is Dr. Griffiths' PI

05:21   15    profile, constant PI profile of 43.8.

05:21   16    Q.    What is the red line which you have labeled Path A?

05:21   17    A.    Well, that's just an assumption of how we might get from

05:21   18    10 at the time of the blowout up to 43.8 using but not

05:21   19    endorsing Dr. Griffiths' PI value.

05:21   20    Q.    So that's an interpolation, you are basically going from

05:21   21    one data point to a second data point?

05:21   22    A.    Yeah, just a pure linear interpolation.

05:21   23    Q.    Is there any data that you have seen that might give an

05:21   24    indication of a PI value in between April 20 and July 15?

05:22   25    A.    Yeah.  Dr. Zaldivar did a piece of work looking at the

ADRIAN JOHNSON - DIRECT

05:22  1    slugging in the riser due to the movement of the riser between

05:22  2    May 13 and May 20, and it's a very repeatable slugging pattern.

05:22  3         I looked at the slugging at the end of the riser

05:22  4    myself.  I looked at some video myself, and it's very

05:22  5    repeatable.  And that -- using his flow rates of around

05:22  6    30,000 barrels a day, let's say, in Dr. Griffiths' method, that

05:22  7    implies a PI of about 10 on Day 30.

05:22  8    Q.   So what you have represented here as the green line,

05:22  9    Path B, is that a PI that would be consistent with the --

05:22  10   Dr. Zaldivar's work?

05:22  11   A.   Yes, that's right.  So we have a PI of 10 at the blowout,

05:22  12   PI of 10 at the time of Dr. Zaldivar mid-May, mid to latish

05:22  13   May.  So we've got a constant PI between those two points and

05:22  14   then some linear interpolation again up to the --

05:23  15   Q.   The reason you have just a straight line going up from

05:23  16   that point is that you have no other data?

05:23  17   A.   No, that's right.  So it's just a pure linear

05:23  18   interpolation between three points in this case.  But, yeah, I

05:23  19   mean, that PI profile could follow many other paths and

05:23  20   probably didn't follow a straight line.  That's probably not

05:23  21   what it did.

05:23  22   Q.   Did you quantify the impact of these other PI profiles

05:23  23   that also matched the data on Dr. Griffiths' method of

05:23  24   calculating cumulative estimate?

05:23  25   A.   I did, yes, sir.

ADRIAN JOHNSON - DIRECT

05:23    1              MR. REGAN:   TREX-11488.14.2.

05:23    2    BY MR. REGAN:

05:23    3    Q.    Again, using the legend that you just walked us through of

05:23    4    constant PI, Path A and Path B, can you tell the Court what

05:23    5    happens to Dr. Griffiths' method if you use these different PI

05:23    6    assumptions?  What happens to his cumulative flow estimate?

05:23    7    A.    Well, his cumulative flow estimate for the constant PI is

05:23    8    5 million barrels.  If we go to Path A, it reduces down to --

05:24    9    using Dr. Griffiths' own method, this reduces down to

05:24   10    4.2 million barrels, so that's .8 of a million barrels less.

05:24   11    If we go to Path B, it reduces down to 3.7 million barrels,

05:24   12    which is 1.3 million barrels less.

05:24   13    Q.    The only thing you are changing in Dr. Griffiths' method

05:24   14    here is the profile of PI over time; is that right?

05:24   15    A.    That's right, yes.

05:24   16    Q.    That has an -- up to a 1.3-million-barrel estimate on his

05:24   17    estimate, under your analysis?

05:24   18    A.    Yeah, just that one change in his method and that still

05:24   19    matches the data.  That still matches all available data.

05:24   20    Q.    What does that suggest to you in your opinion,

05:24   21    Dr. Johnson, that you can match different PI profiles and have

05:24   22    this type of variance in the best estimate, or at least from

05:24   23    Dr. Griffiths' way of doing the calculations?

05:24   24    A.    It suggests that there's a huge range of input

05:24   25    uncertainty, which gives a huge range of output uncertainty.

**ADRIAN JOHNSON - DIRECT**

05:25  1   **Q.**   Turn to a second one of the elements used in

05:25  2   Dr. Griffiths' methodology, and that is PT-B.  I think as you

05:25  3   said earlier, is there a period of time where there is no PT-B

05:25  4   BOP pressure data?

05:25  5   **A.**   Yes, that's right.  PT-B data exists between May 8 and

05:25  6   July 15 with some gaps in there as well, but there's nothing

05:25  7   before May 8.

05:25  8   **Q.**   Does Dr. Griffiths require PT-B values in order to

05:25  9   calculate his best estimate?

05:25  10  **A.**   He does, yes.

05:25  11  **Q.**   So what pressure did Dr. Griffiths use for PT-B in this

05:25  12  period of 18 days where there is no data?

05:25  13  **A.**   What he did, he took the PT-B data that was available and

05:25  14  removed some points like Top Kill, and when the second battery

05:25  15  change-out was about to happen, things like that, and then did

05:25  16  a straight line fit through that data and just extrapolated

05:25  17  back that straight line fit until it hit the time zero point,

05:25  18  so it hit 20th of April and he took that as the PT-B value at

05:26  19  time zero.

05:26  20  **Q.**   Is there, in fact, pressure data available that you

05:26  21  examined, Dr. Johnson, that Dr. Griffiths could have used to

05:26  22  determine where to start his PT-B pressure?

05:26  23  **A.**   Yeah, there's a point from the end of the Sperry-Sun data

05:26  24  that Dr. Emilsen -- sorry, Mr. Emilsen used as well, which if

05:26  25  you take that -- I think it was 5786 psi, that last point.  If

**ADRIAN JOHNSON - DIRECT**

05:26  1  you take that point and you do a calculation of the head in the

05:26  2  drill pipe from the measurement point down to the bottom of the

05:26  3  drill pipe and then calculate the head from that point up to

05:26  4  the bottom of the BOP, you come out with a value of about

05:26  5  8700 psi at the bottom of the BOP at the time of the blowout.

05:26  6  **Q.**   So you used drill pipe pressure and did a calculation to

05:26  7  determine what would the mud line pressure be as of the point

05:27  8  in time where you had drill pipe pressure; is that right?

05:27  9  **A.**   That's right, yes.

05:27  10  **Q.**   Did you, Dr. Johnson, see any other expert from the

05:27  11  United States who similarly provided a calculation of what PT-B

05:27  12  pressure could have been as of the night of April 20?

05:27  13  **A.**   Yes.  Dr. Pooladi-Darvish did a similar calculation.

05:27  14  **Q.**   Did he come up with a similar number?

05:27  15  **A.**   Yes, he came up with pretty much the same number.

05:27  16          **MR. REGAN:**   If we could look at TREX-11653.27.4.

05:27  17  **BY MR. REGAN:**

05:27  18  **Q.**   Is this Figure 16, Dr. Johnson, what you were referring to

05:27  19  about Dr. Pooladi-Darvish's calculation?

05:27  20  **A.**   Yes, that's right.  And you can see that he has about

05:27  21  8700 psi at the top here going down to the first PT-B data on

05:27  22  May 8 and with a linear interpolation between the two.

05:28  23  **Q.**   Now I'd like to go back, then, to your report,

05:28  24  TREX-11488.17.4.  Again, Dr. Johnson, what are we looking at

05:28  25  here in Figure 5 of your report?

ADRIAN JOHNSON - DIRECT

05:28   1   A.   This is the PT-B data profile.  So the solid red line

05:28   2   that's up and down and all over the place is the PT-B data

05:28   3   profile.  The black dotted line is a linear interpolation

05:28   4   between -- well, it's my extrapolation of that data to get the

05:28   5   same number, essentially, as Dr. Griffiths' 4300 psi times

05:28   6   zero.  And the red dotted line is a linear interpolation from

05:28   7   the point implied by the Sperry-Sun data down to the first

05:28   8   May 8 point.

05:28   9   Q.   So the red dotted line on Figure 5 represents starting at

05:28   10   a number around 8700 psi and drawing a straight line down to

05:28   11   the first PT-B data, correct?

05:29   12   A.   Yes, it's just a pure linear interpolation.

05:29   13   Q.   The black line is what Dr. Griffiths used, correct?

05:29   14   A.   Yes, that's based on the linear extrapolation.

05:29   15   Q.   Dr. Johnson, did you quantify the effect that it would

05:29   16   have on Dr. Griffiths' cumulative estimate if you used this

05:29   17   PT-B extrapolation from 8700 instead of what he did use?

05:29   18   A.   Yes, I did.  Yes.

05:29   19        MR. REGAN:   If we can bring up D-24634.

05:29   20   BY MR. REGAN:

05:29   21   Q.   Again, while this is coming up, what variable or element

05:29   22   of Dr. Griffiths' work are you changing here?

05:29   23   A.   I'm just changing that one assumption about the starting

05:29   24   PT-B pressure and the trend down to the first May 8.

05:29   25   Q.   So are you using his constant PI?

ADRIAN JOHNSON - DIRECT

05:29   1   **A.**   Yes, I'm using all of his assumptions, constant PI, PT-B
05:29   2   offset, etc., all his constants -- K-well, you name it.  All
05:30   3   the same assumptions.
05:30   4   **Q.**   What is the impact on Dr. Griffiths' cumulative estimate
05:30   5   if, instead of using his extrapolated PT-B data, you instead
05:30   6   start at 8700 psi?
05:30   7   **A.**   You see on the table here the top row is Dr. Griffiths'
05:30   8   results.  And starting at 4300 psi, he gets a cumulative
05:30   9   release over that period up to May 8 of 1 million barrels.
05:30   10  Using the 8700 psi starting point, you get a cumulative release
05:30   11  of 500,000 barrels.  It's a 50 percent difference in those two
05:30   12  numbers.  That 500,000-barrel difference represents a
05:30   13  10 percent difference in Dr. Griffiths' cumulative estimate.
05:30   14  **Q.**   The fact that you can have a 50 percent difference in the
05:30   15  flow rate estimate for those 18 days where there is no data,
05:30   16  what does that suggest to you, Dr. Johnson, about
05:30   17  Dr. Griffiths' method?
05:30   18  **A.**   It just says, again, there's huge uncertainty there which
05:31   19  makes the method unreliable to get a cumulative estimate.
05:31   20  **Q.**   As you have here, negative 10 percent -- is that the
05:31   21  uncertainty change to the total cumulative release?
05:31   22  **A.**   The negative 10 percent is to the total cumulative
05:31   23  release, yes.  So that's 500,000 barrels.
05:31   24  **Q.**   What did Dr. Griffiths estimate as his uncertainty for
05:31   25  this pre-May 8 time period?

ADRIAN JOHNSON - DIRECT

05:31   1   **A.**   He estimated minus 3.3 percent to plus .9.  That's shown

05:31   2   in the top right of that table.

05:31   3   **Q.**   In your opinion, has Dr. Griffiths accurately captured the

05:31   4   uncertainty that exists in his estimate, given the absence of

05:31   5   data?

05:31   6   **A.**   No.  He should have used this point and explored various

05:31   7   paths between that point, and he would have found that he has a

05:31   8   much wider uncertainty range than he actually came up with.

05:32   9   **Q.**   We talked about just changing the PI assumption of holding

05:32  10   something constant.  And now you've addressed what happens if

05:32  11   you just change the PT-B data in that first 18 days where there

05:32  12   is no data.  Did you calculate the impact of both of those

05:32  13   inputs together on Dr. Griffiths' analysis?

05:32  14   **A.**   I did, yes.  I combined those two assumptions into

05:32  15   Dr. Griffiths' method and looked at the number.

05:32  16            **MR. REGAN:**  Can we pull up TREX-11488.19.3.

05:32  17   **BY MR. REGAN:**

05:32  18   **Q.**   Dr. Johnson, can you just quickly walk the Court through

05:32  19   what you have calculated here in this Table 2 in your report?

05:32  20   **A.**   Well, some of these numbers you have seen before.  But

05:32  21   what we have got here is the constant PI with Dr. Griffiths'

05:32  22   PT-B extrapolation producing a 5 million-barrel estimate.  If

05:32  23   we combine the two assumptions that we have just talked about,

05:33  24   which is varying PI along Path B and the starting from 8700 psi

05:33  25   with the linear interpolation down to the first May 8 pressure

ADRIAN JOHNSON - DIRECT

05:33  1   data point, you come down to a 3.4 million-barrel release,

05:33  2   which you can see is a large difference there.

05:33  3   Q.   Just to change the PI, Path B, that's the one that matches

05:33  4   Dr. Zaldivar's work?

05:33  5   A.   That's correct, yes.  The green line in my Figure 1.

05:33  6   Q.   Just using that PI and then starting at 8700 psi and using

05:33  7   Dr. Griffiths' method, you calculate a total release -- using

05:33  8   his method -- of 3.4?

05:33  9   A.   Yes, yes, yes.

05:33  10  Q.   I would like to turn now to PT-B data after May 8.  Did

05:33  11  you review the data that existed from May 8 through the end of

05:33  12  the flow period?

05:33  13  A.   Yes, I did.  Yes.

05:33  14  Q.   You looked at some of the raw data; is that right?

05:33  15  A.   I looked at all the raw data, yes.

05:33  16       MR. REGAN:  Could you pull up TREX-11488.29.1.

05:33  17  BY MR. REGAN:

05:34  18  Q.   Is this a figure from your report that plots the raw data?

05:34  19  A.   Yes.  This is Figure 10 from my report.  On there is all

05:34  20  of the data points that were available to me.  In total,

05:34  21  there's some 200,000 -- in excess of 200,000 data points on

05:34  22  there, and I think some of those 200,000 go off past July 15,

05:34  23  but I have only shown up to July 15 on there.

05:34  24  Q.   I think I misspoke.  This includes -- as it says in the

05:34  25  legend, it includes an adjustment.  You're again using

**ADRIAN JOHNSON - DIRECT**

1  Dr. Griffiths' -- what he believes the appropriate correction

2  should be, right?

3  **A.**   Yes, that's correct.  I have used Dr. Griffiths'

4  corrections.

5  **Q.**   The Court has heard a fair amount about PT-B, but in your

6  words, Dr. Johnson, what does the pressure reading on PT-B

7  represent?

8  **A.**   It represents all the changes going on through the system.

9  So whether they are changes in the BOP, the riser, the well

10  upstream of PT-B, or bottom hole and reservoir, it's reflecting

11  all of those changes through the system.

12  **Q.**   Dr. Griffiths, in his report, claims that the PT-B data

13  after May 8 perfectly captures any erosion above the pressure

14  gauge -- that is, downstream of the PT-B pressure gauge -- and

15  reflects that erosion.  Do you agree with that opinion of

16  Dr. Griffiths?

17  **A.**   No, he can't say that.

18  **Q.**   Why not?

19  **A.**   Because like I say, it reflects all changes in the system.

20  So any change downstream of PT-B will be reflected in PT-B

21  data, but so will all the changes upstream.  You can't, from

22  looking at the data, decide what changes in that data are due

23  to what changes in the system.

24  **Q.**   Did you see variations in the PT-B data from May 8

25  forward?

ADRIAN JOHNSON - DIRECT

05:35   1   **A.**   Yes, many.  Yes.
05:35   2   **Q.**   Are you able to rule out whether these variations are
05:36   3   gauge error or physical behavior inside the well system?
05:36   4   **A.**   No, not at all.  They could be either.
05:36   5   **Q.**   Dr. Griffiths opined that the changes in the data between
05:36   6   May 8 and, I believe, May 19 were nonphysical.  Do you agree
05:36   7   with that?
05:36   8   **A.**   No, not at all.
05:36   9   **Q.**   Why do you disagree with Dr. Griffiths' statement these
05:36   10  must be nonphysical changes?
05:36   11  **A.**   Well, the changes are way outside the error bars that he
05:36   12  and other people have put on the PT-B gauge, for one thing.
05:36   13  You have only got to look at the Top Kill period and you can
05:36   14  see that there are changes going on there due to Top Kill.  So,
05:36   15  no, I don't agree with that at all.
05:36   16  **Q.**   Dr. Griffiths also says in his report that, in order to
05:36   17  have changes below the gauge, upstream, and changes above the
05:36   18  gauge, that is downstream, in order to have changes in both
05:36   19  places, you would need some sort of fantastic coincidence for
05:37   20  that to be reflected in the PT-B.  Do you agree with that?
05:37   21         **MR. CERNICH:**  Objection, Your Honor, this is outside
05:37   22  Dr. Johnson's expert report.  This is surrebuttal.
05:37   23         **MR. REGAN:**  I think it's entirely consistent with --
05:37   24  I think it's in maybe Section 4 of his report.
05:37   25         **THE COURT:**  I overrule the objection.

ADRIAN JOHNSON - DIRECT

05:37   1   BY MR. REGAN:

05:37   2   Q.   I asked you, Dr. Johnson, if you agree with Dr. Griffiths'

05:37   3   proposition that PT-B data, in order for it to reflect both

05:37   4   upstream and downstream, you need a fantastic coincidence.  Do

05:37   5   you agree with it?

05:37   6   A.   No, I don't.  I think he is looking at it from the wrong

05:37   7   direction.  I say PT-B data reflect all the changes going on in

05:37   8   the system, and we don't know -- there's a lot of uncertainty

05:37   9   around those changes.  So, no -- and one of the points that

05:37   10  illustrates that or enforces my opinion there is that this is

05:37   11  one system.  It's all connected.  So any flow that's coming out

05:37   12  the reservoir and going up that well is affecting everything as

05:38   13  you go up the well and through the BOP.  So to say there's a

05:38   14  change in the flow from the reservoir and that will pass

05:38   15  through the BOP -- so it's going to cause changes in the BOP

05:38   16  potentially.  It's going to cause erosion.  It's going to move

05:38   17  things around in the BOP like Junk Shots and drill pipe.  So

05:38   18  there's all sorts of changes that could happen because of

05:38   19  changes further up the system.  So, no, I don't agree with

05:38   20  that.

05:38   21  Q.   Let's turn now to another of Dr. Griffiths' July 15

05:38   22  constant coefficients, which he calls K-well or the wellbore

05:38   23  discharge coefficient.

05:38   24       Did you review how Dr. Griffiths uses this K-well in

05:38   25  his best estimate?

ADRIAN JOHNSON - DIRECT

05:38   1   A.   Yes, I did, yes.

05:38   2   Q.   Did you test the use of a constant wellbore discharge

05:38   3   coefficient?

05:38   4   A.   I did, yes.  Yes.

05:38   5   Q.   Have you prepared a demonstrative to help explain to the

05:38   6   Court how you conducted an evaluation of this?

05:38   7   A.   I have, yes.

05:38   8            MR. REGAN:  If we could pull up D-24659.

05:38   9   BY MR. REGAN:

05:39   10  Q.   Dr. Johnson, what do we see here on the left side of

05:39   11  D-24659?

05:39   12  A.   The left side of this slide shows what Dr. Griffiths did.

05:39   13  So he has got a reservoir pressure, PT-B pressure, a constant

05:39   14  PI, and a constant K-well.  So everything constant through that

05:39   15  system.

05:39   16  Q.   What did you do to test the impact of Dr. Griffiths' use

05:39   17  of a constant wellbore or a constant -- what he calls "K-well"?

05:39   18  A.   I built a Maximus model in our software, which was a

05:39   19  detailed model incorporating all the things we discussed

05:39   20  earlier, all those details of geometry, fluids, flow path

05:39   21  characteristics, thermal behavior, etc. -- to model the physics

05:39   22  of the system, the multiphase behavior as you travel up this

05:39   23  well into the drill pipe and around the drill pipe through the

05:39   24  annulus.  I used his constant PI in there, but other than that,

05:40   25  it was just modeling properly the well.  So I wasn't keeping

ADRIAN JOHNSON - DIRECT

05:40    1    things constant.

05:40    2    **Q.**   So the only variable -- or "coefficient" is a better way

05:40    3    to put it.  The only coefficient you are testing here is

05:40    4    K-well; is that correct?

05:40    5    **A.**   It's just testing K-well.  So I'm keeping his PI -- or

05:40    6    rather, a PI consistent with his flow rate, I should say, but

05:40    7    keeping it constant through time.  And I'm doing two

05:40    8    assumptions.  I'm saying, Well, the drill pipe could be at the

05:40    9    top of the well or it could be partway down the well.

05:40   10           I'm looking at how that affects things as well.

05:40   11    **Q.**   What did you observe when you used your multiphase model

05:40   12    for the wellbore but all of Dr. Griffiths' other coefficients

05:40   13    in terms of the way his cumulative estimate turned out?

05:40   14    **A.**   Well, his cumulative estimate gives a -- by necessity,

05:40   15    really, because he has just got a decreasing pressure drop

05:41   16    across that system -- produces decreasing flow rates.  But when

05:41   17    you take account of the physics and the changes in the well,

05:41   18    you actually get an increase in flow rate instead.

05:41   19    **Q.**   So are you referring to the trend in flow?

05:41   20    **A.**   Yes, the trend in flow.  We looked at two points in time

05:41   21    for this comparison.  We looked at July 15 and May 8 and looked

05:41   22    at the trend between those two points.

05:41   23    **Q.**   What do you believe caused this reversal of Dr. Griffiths'

05:41   24    flow trend even using his approach to the problem?

05:41   25    **A.**   It's due to the multiphase effects in these dual flow

**ADRIAN JOHNSON - DIRECT**

05:41   1   paths in the well.

05:41   2   **Q.**   Let me pull up D-24629, which is a figure out of your

05:41   3   report.

05:41   4          Dr. Johnson, can you explain:  What do we have on the

05:41   5   Y-axis and X-axis in Figure 8A?

05:41   6   **A.**   Yes, sure.  The vertical axis is the oil flow rate in

05:41   7   thousands of barrels per day, and the horizontal axis is the

05:42   8   PT-B pressure, and we doing a sensitivity analysis basically of

05:42   9   a range of PT-B pressures.

05:42   10  **Q.**   Let's first focus on the dotted lines.  What are the

05:42   11  dotted blue and red lines?

05:42   12  **A.**   The dotted blue line is Dr. Griffiths' method for May 8.

05:42   13  **Q.**   What's the dotted red line?

05:42   14  **A.**   The dotted red line is Dr. Griffiths' method for July 15.

05:42   15  **Q.**   What is the dark black arrow between those two lines?

05:42   16  What does that represent?

05:42   17  **A.**   The black arrow represents the change in flow rate for

05:42   18  Dr. Griffiths from the May 8 PT-B pressure point, operating

05:42   19  point, down to the July 15 operating point.

05:42   20  **Q.**   So that's just his model running the way he has designed

05:42   21  it?

05:42   22  **A.**   Yes.  Yes, that's his method -- using his method, yes.

05:42   23  **Q.**   Now, if you can orient us, what's the solid blue line and

05:42   24  the solid red line?

05:43   25  **A.**   The solid blue line are the results from the Maximus

**ADRIAN JOHNSON - DIRECT**

05:43  1   model.  The solid blue line is May 8 again, and the solid red
05:43  2   line is July 15.  So those are the results from the Maximus
05:43  3   model.  As you see, they don't follow the same simple quadratic
05:43  4   behavior, and this bump in curve, if you like, is due to flow
05:43  5   rate regime changes in those new flow paths and the effect they
05:43  6   have on the flow rate in the well.
05:43  7   **Q.**   And what is the green line, then?  What does that mean?
05:43  8   **A.**   The green line, similar to the black line, is just joining
05:43  9   the operating points for May 8 from the Maximus modeling to
05:43  10  July 15.
05:43  11  **Q.**   Based on what you saw the data show after you just changed
05:43  12  Dr. Griffiths' one coefficient of a constant well and instead
05:43  13  substituted in drill pipe high and drill pipe low and
05:43  14  multiphase flows, what did that lead you to conclude about
05:43  15  Dr. Griffiths' method?
05:43  16  **A.**   Well, it led me to conclude that you can't hold K-well
05:44  17  constant, and it led me to conclude that the flow rate
05:44  18  trends -- just changing that one assumption is different.  It
05:44  19  goes up instead of down.
05:44  20  **Q.**   Now, Dr. Griffiths has what he calls "alternative
05:44  21  methods"; is that right?
05:44  22  **A.**   He does, yes.
05:44  23  **Q.**   Have you studied what Dr. Griffiths has presented as his
05:44  24  alternative methods?
05:44  25  **A.**   I have, yes.

ADRIAN JOHNSON - DIRECT

05:44   1   **Q.**   Do you have an opinion about whether Dr. Griffiths'
05:44   2   alternative methods validate his best estimate?
05:44   3   **A.**   I do, yes.  They are no validation of his best estimate at
05:44   4   all.  He has got a circular argument there.  He uses the same
05:44   5   coefficients, and all they do is really validate his
05:44   6   arithmetic, show that he has added 2 and 2 together and got 4.
05:44   7   It doesn't say 4 is the right answer.  It doesn't validate his
05:44   8   estimate at all.
05:44   9        **MR. REGAN:**   If we could bring up D-24377.
05:44   10  **BY MR. REGAN:**
05:44   11  **Q.**   Dr. Johnson, could you again explain for the Court what
05:45   12  has Dr. Griffiths presented in terms of his approach to doing a
05:45   13  best estimate Alternate 1 and Alternative 2?
05:45   14  **A.**   Sure.  Just briefly, we have gone through his calculation
05:45   15  of these coefficients for July 15 based on July 15 data, and he
05:45   16  uses those same coefficients for all three methods.  And the
05:45   17  best estimate method, he has a reservoir pressure at the bottom
05:45   18  and a PT-B pressure at the top and keeps constant PI and
05:45   19  constant K-well.  In his Alternative 1 method, he uses
05:45   20  reservoir at the bottom and a C-pressure at the top and uses
05:45   21  the same PI, the same K-well and K-BOP calculated for 15th of
05:45   22  July.
05:45   23        In his Alternative 2 method, he uses the PT-B
05:45   24  pressure and the C-pressure and uses the same K-BOP that he
05:46   25  used for the other method as well.  So it's not really a

ADRIAN JOHNSON - DIRECT

05:46   1   validation at all.

05:46   2   **Q.**   Did Dr. Griffiths prepare an alternative case of his

05:46   3   cumulative release where he had one of these constant discharge

05:46   4   coefficients actually vary over time?

05:46   5   **A.**   No, no, he didn't.

05:46   6   **Q.**   Did Dr. Griffiths prepare an alternative case where two of

05:46   7   these discharge coefficients were varying over time?

05:46   8   **A.**   No, he did not.

05:46   9   **Q.**   Did he explain in his rebuttal report what the impact

05:46   10  would be on his 5 million-barrel cumulative estimate if, in

05:46   11  fact, two of these constants -- that is, one below the BOP and

05:46   12  one above -- in fact, varied over time?

05:46   13  **A.**   Yes, he did.  He put a sentence in there explaining that.

05:46   14         **MR. REGAN:**  If we could bring up TREX-11486R.12.6.

05:46   15  **BY MR. REGAN:**

05:46   16  **Q.**   This is from Dr. Griffiths' rebuttal report and,

05:47   17  Dr. Johnson, if you could read for us in the bottom line, what

05:47   18  did Dr. Griffiths say about his best estimate and his

05:47   19  alternative cases if, in fact, there was --

05:47   20  **A.**   He says -- well, I'll just read that.

05:47   21         He says:  "And if both the PI and BOP varies, then

05:47   22  all three of my cases would yield a cumulative discharge that

05:47   23  differs from the true value."

05:47   24         So what he is saying there is:  He can't do it.  He

05:47   25  can't use his method to do this.

ADRIAN JOHNSON - DIRECT

05:47  1          **MR. CERNICH:**  Objection, Your Honor.  I object to

05:47  2   this.  By definition, this is surrebuttal.  We are talking

05:47  3   about Dr. Griffiths' rebuttal report and interpreting it.

05:47  4          **MR. REGAN:**  I think there's about 25 cases --

05:47  5          **THE COURT:**  Overruled.

05:47  6   BY MR. REGAN:

05:47  7   **Q.**   Dr. Johnson, if you could again maybe start from the

05:47  8   beginning:  What does this statement mean -- the statement you

05:47  9   see in Dr. Griffiths' report, what does it mean about the

05:48  10  method he has used to arrive at a cumulative estimate?

05:48  11  **A.**   It means that he doesn't know enough -- and he can't know

05:48  12  enough using this method -- to arrive at a reliable cumulative

05:48  13  estimate.

05:48  14  **Q.**   Dr. Johnson, in your experience, do you think it is likely

05:48  15  that the PI -- that is, a value below the BOP -- and the BOP

05:48  16  discharge -- that is, above the PT-B -- do you believe it's

05:48  17  likely that they stayed constant for 86 days?

05:48  18  **A.**   No, I don't.  Given all the changes we know went on in

05:48  19  that system, I can't believe they stayed constant for 86 days.

05:48  20  **Q.**   If they weren't constant for 86 days, is Dr. Griffiths'

05:48  21  method flawed?

05:48  22  **A.**   It is.

05:48  23  **Q.**   I turn now to some of the specific opinions you have about

05:48  24  Dr. Dykhuizen.

05:48  25          **MR. REGAN:**  Your Honor, I probably have about 20

**ADRIAN JOHNSON - DIRECT**

05:48    1    minutes.

05:48    2            THE COURT:  We are going to finish, whatever it

05:49    3    takes.  You might want to move it along.

05:49    4    BY MR. REGAN:

05:49    5    Q.    Dr. Johnson, with respect to Dr. Dykhuizen's cumulative

05:49    6    estimates, are the flaws you have just testified about with

05:49    7    respect to Dr. Griffiths, do they apply to Dr. Dykhuizen?

05:49    8    A.    Yes, many of them do.  He held things pretty much constant

05:49    9    over the 86 days apart from reservoir pressure.

05:49   10    Q.    Do you recall what error bar Dr. Dykhuizen put on his

05:49   11    5 million-barrel cumulative estimate?

05:49   12    A.    In his original report?  He didn't.  He couldn't put one

05:49   13    on it.

05:49   14    Q.    Did you hear in his testimony at trial the error bar that

05:49   15    he now assigns to his cumulative estimate?

05:49   16    A.    Yes, I did.  It was plus 20 percent and minus 30 percent.

05:49   17    Q.    Do you agree that Dr. Dykhuizen's cumulative estimate has

05:49   18    an error bar of at least plus 20 and minus 30?

05:49   19    A.    Well, I think his cumulative estimate is at the top end of

05:50   20    all estimates by virtue of the fact of the assumptions he has

05:50   21    made.  So I'm not sure plus 20 is correct, but I can state

05:50   22    certainly that the error bar below that is greater than

05:50   23    30 percent.  So I would expect it to be far greater than minus

05:50   24    30 percent.

05:50   25    Q.    Why do you believe Dr. Dykhuizen's error bar should be

**ADRIAN JOHNSON - DIRECT**

05:50    1    even greater than 30 percent on the low end?

05:50    2    **A.**   For all the reasons we have just discussed, all the

05:50    3    changes through the system that aren't accounted for in that

05:50    4    method that he used.

05:50    5    **Q.**   You saw that Dr. Dykhuizen cited Dr. Griffiths in his

05:50    6    report?

05:50    7    **A.**   He did, yes.

05:50    8    **Q.**   Does Dr. Griffiths, in your view, give anyone any more

05:50    9    certainty about what the appropriate cumulative release is?

05:50   10    **A.**   No, no, because I don't believe Dr. Griffiths' estimate is

05:50   11    in any way correct anyway.

05:50   12    **Q.**   Let's briefly turn to two specific additional estimates

05:50   13    that Dr. Dykhuizen testified about.

05:50   14            First, did you hear Dr. Dykhuizen and see in his

05:50   15    report that he has a Top Hat flow rate calculation?

05:50   16    **A.**   Yes, I did.

05:50   17    **Q.**   What do you recall Dr. Dykhuizen testified to about the

05:51   18    accuracy of his Top Hat estimate?

05:51   19    **A.**   He said it was especially inaccurate, on Monday last week.

05:51   20    **Q.**   Do you agree with Dr. Dykhuizen's description?

05:51   21    **A.**   Yes, I do.  I think it is especially inaccurate.

05:51   22    **Q.**   Why do you believe his Top Hat estimate is especially

05:51   23    inaccurate?

05:51   24    **A.**   Because there isn't enough -- there are far too many

05:51   25    uncertainties around that estimate to be able to give an

ADRIAN JOHNSON - DIRECT

05:51  1    estimate to any reasonable engineering certainty.

05:51  2    **Q.**   Now, with respect to his Top Hat estimate, I want to focus

05:51  3    on what we call the flow-out of the bottom of the Top Hat or

05:51  4    what's been referred to as "the skirt."  Do you have criticisms

05:51  5    of Dr. Dykhuizen's estimate of the amount of flow out of the

05:51  6    skirt?

05:51  7    **A.**   Yes, I do.

05:51  8    **Q.**   What are your criticisms of his estimate there?

05:51  9    **A.**   Well, it is a hugely uncertain calculation.  I think

05:51  10   Dr. Dykhuizen recognized this during the response, and I think

05:51  11   he recognizes it now as well.  It's subject to great bounds of

05:52  12   uncertainty around what the exit of the skirt is at the bottom

05:52  13   of the Top Hat.  We don't know that.  We don't know how much of

05:52  14   a seal at the bottom of the Top Hat was missing.  We don't know

05:52  15   the shape.  We could make some description of the shape into

05:52  16   that exit of the Top Hat, but the Top Hat was tilted and it

05:52  17   throws huge uncertainty on calculating the exit.

05:52  18        And also the pressure in the Top Hat.  I calculated

05:52  19   that he needed to change that pressure in the Top Hat by half a

05:52  20   psi, and I halved the estimate out of that skirt and that just

05:52  21   says it's totally unreliable.

05:52  22   **Q.**   Dr. Johnson, you had some calculations where you were

05:52  23   trying to determine how Dr. Dykhuizen was arriving at his skirt

05:52  24   flow; is that right?

05:52  25   **A.**   I did, yes.

**ADRIAN JOHNSON - DIRECT**

05:52  1   **Q.**   Did you have to correct those calculations after seeing

05:52  2   Dr. Dykhuizen's rebuttal report?

05:52  3   **A.**   Yes.  Yes.  He pointed out in the rebuttal report that I

05:52  4   had misunderstood the velocity used for the K-value that he

05:53  5   used.  Normally, we'd use a velocity upstream.  When I have

05:53  6   measured K-values in the past, I have always used the upstream

05:53  7   velocity, because that's usually the one you can measure

05:53  8   easily.  And I used a K-value consistent with that, which

05:53  9   wasn't consistent with what Dr. Dykhuizen used.  So we had a

05:53  10  misunderstanding there.  He pointed that out for me and I'm

05:53  11  grateful to him for that, and I corrected that calculation.

05:53  12  **Q.**   When you revised your calculation, did it in any way

05:53  13  change your opinion about the Top Hat skirt calculation?

05:53  14  **A.**   The numbers changed, but it really didn't change my

05:53  15  opinion about the total inaccuracy of that method, no.

05:53  16  **Q.**   Dr. Dykhuizen also estimated a lower bound for Top Hat; is

05:53  17  that correct?

05:53  18  **A.**   He does, yes.

05:53  19  **Q.**   Do you think that his lower bound estimate is reliable and

05:53  20  appropriate?

05:53  21  **A.**   No, no, it's a lower bound for a point in time at the end

05:53  22  of the Top Hat period, but he doesn't -- he applies it

05:54  23  throughout the whole of the Top Hat period.  Whereas, by

05:54  24  applying it to the collection flow rate of 25,000 barrels a day

05:54  25  at the end of the Top Hat period.  Whereas the collection flow

3090

ADRIAN JOHNSON - DIRECT

05:54    1    rate throughout the Top Hat period was varying considerably and

05:54    2    it was increasing over that period.

05:54    3    **Q.**   If, in fact, flow was increasing over time rather than

05:54    4    decreasing over time, is Dr. Dykhuizen's assumptions on his

05:54    5    lower bound accurate?

05:54    6    **A.**   No, it isn't.  The lower bound changes over time.

05:54    7    **Q.**   Finally, turning to Dr. Dykhuizen's Top Kill flow rate

05:54    8    calculation, what was Dr. Dykhuizen's opinion about the

05:54    9    accuracy of his Top Kill calculation?

05:54   10    **A.**   I believe he said it was very inaccurate.

05:54   11    **Q.**   Do you agree with Dr. Dykhuizen?

05:54   12    **A.**   Yes, I do.  In fact, I would say I would give it as much

05:54   13    inaccuracy, if not more, than the Top Hat calculation.

05:54   14    **Q.**   With respect to the way that Dr. Dykhuizen makes this

05:54   15    Top Kill calculation, what are some of the key uncertainties in

05:55   16    his method or in his equation?

05:55   17    **A.**   Well, in his Equation 5 in his report, he needs to make

05:55   18    assumptions about the changes in restriction in the BOP and he

05:55   19    assumes those are constant between the Top Hat Kill -- sorry,

05:55   20    the Top Kill period and the period after Top Kill.  He needs to

05:55   21    make assumptions about where the mud is going in the BOP in the

05:55   22    well.  And he assumes that all the mud being pumped in during

05:55   23    Top Kill is going up through the BOP.

05:55   24         Now, if he doesn't know that -- and I assert that he

05:55   25    doesn't know that -- then he hasn't got a flow rate on which to

ADRIAN JOHNSON - DIRECT

05:55    1    base the lower bound calculation nor his best estimate
05:55    2    calculation.
05:55    3           He also needs to know the oil flow rate during
05:55    4    Top Kill, and how can he know that?  I can't see how he could
05:55    5    know that.
05:56    6    Q.   If Dr. Dykhuizen is not correct that all mud that was
05:56    7    pumped into the BOP went up and out of the BOP and that no
05:56    8    changes occurred in the BOP resistance during Top Kill, is his
05:56    9    Top Kill estimate reliable?
05:56    10   A.   No, not at all.
05:56    11   Q.   Again, you saw -- how many buckets of material were pulled
05:56    12   out of the BOP from Top Kill?
05:56    13   A.   I estimated, just from looking at them, something like 40
05:56    14   buckets full of material.
05:56    15   Q.   Does that suggest to you that there would be changes in
05:56    16   resistances inside the BOP during Top Kill?
05:56    17   A.   It does, yeah.  We don't know what that Top Kill material
05:56    18   was doing over time over the Top Kill period, how it was moving
05:56    19   around.
05:56    20   Q.   Dr. Dykhuizen has a lower bound calculation that he
05:56    21   ascribes to Top Kill.  You saw that in his report?
05:56    22   A.   I did, yes.
05:56    23   Q.   Did you investigate whether that is a true lower bound?
05:56    24   A.   Yes, I did, yes.
05:56    25   Q.   Can you just briefly tell the Court, what did you do?

ADRIAN JOHNSON - DIRECT

05:56   1   A.   I did a second calculation using his spreadsheet -- I just

05:56   2   took his spreadsheet that he did provide to us -- and I changed

05:57   3   the inputs from the pressure and multiflow rate data for the

05:57   4   28th of May Top Kill period, the Top Kill 3, to the ones for

05:57   5   Top Kill 1 on the 26th of May.  And doing that, I got a

05:57   6   different result.  I got the result of about 32-,

05:57   7   33,000 barrels a day.

05:57   8   Q.   What was Dr. Dykhuizen's lower bound when he used the

05:57   9   third Top Kill, Top Kill 3?

05:57   10  A.   He got a result of 434,000 barrels a day.

05:57   11  Q.   So you used his exact methodology, just on a different

05:57   12  Top Kill event?

05:57   13  A.   Yes, exactly.

05:57   14  Q.   Even with your 32,000-barrel calculation, using

05:57   15  Dr. Dykhuizen's method, do you think that's an accurate

05:57   16  calculation?

05:57   17  A.   No, because it's subject to all those uncertainties of

05:57   18  where the mud is going and what erosion is going on in the BOP,

05:57   19  things like that, so we don't know, we don't know a lot of

05:58   20  what's going on.  So, no, it isn't accurate.

05:58   21  Q.   In his rebuttal report did Dr. Dykhuizen agree that you

05:58   22  had accurately calculated that the lower bound would be lower

05:58   23  if you used May 26 data instead of May 28 data?

05:58   24  A.   Yes, he agreed with me on that.  Yes.

05:58   25  Q.   Dr. Johnson, based on your review of Dr. Dykhuizen's

ADRIAN JOHNSON - DIRECT

05:58  1  Top Hat and Top Kill flow rate calculations, do you believe

05:58  2  that they provide any support for the line that Dr. Dykhuizen

05:58  3  has drawn from July 15 to April 20 in his cumulative estimate?

05:58  4  **A.**   No, not at all.  They are far, far too inaccurate.

05:58  5           **MR. REGAN:**  Thank you, Dr. Johnson.

05:58  6           **THE WITNESS:**  Thank you.

05:58  7           **THE COURT:**  Who is going to do the cross?

05:58  8           **MR. BENSON:**  I will, Your Honor, Tom Benson for the

05:58  9  United States.

05:58  10          **THE COURT:**  How much time do you think?

05:58  11          **MR. BENSON:**  I think it will be a while, Your Honor,

05:58  12  certainly probably more than an hour.

05:59  13          **THE COURT:**  All right.  I was really hoping to finish

05:59  14  this witness today.

05:59  15          **MR. BENSON:**  I can start.

05:59  16          **THE COURT:**  Let's go about 30 minutes and see where

05:59  17  we are.  Maybe I can push you along.

05:59  18                    **CROSS-EXAMINATION**

05:59  19  BY MR. BENSON:

06:00  20  **Q.**   Good afternoon, Dr. Johnson.  Tom Benson on behalf of the

06:00  21  United States, and I have you on cross-examination.

06:00  22  **A.**   Good afternoon.

06:00  23  **Q.**   Dr. Johnson, let's talk about your company's involvement

06:00  24  with BP over the years.  I think you testified FEESA was

06:00  25  started in about 2001?

ADRIAN JOHNSON - CROSS

| | | |
|---|---|---|
| 06:00 | 1 | **A.**   That's correct, yes. |
| 06:00 | 2 | **Q.**   BP has been a significant client of FEESA ever since, |
| 06:00 | 3 | right? |
| 06:00 | 4 | **A.**   Well, they have been a client of FEESA.  They were very |
| 06:00 | 5 | significant at the beginning.  We don't -- apart from this |
| 06:00 | 6 | *Deepwater Horizon* work, we don't do any work for them at the |
| 06:00 | 7 | moment. |
| 06:00 | 8 | **Q.**   There's a brochure that FEESA provides to potential |
| 06:00 | 9 | clients, right, that's available on the Web site? |
| 06:01 | 10 | **A.**   Yes, that's correct. |
| 06:01 | 11 | **Q.**   If there's 19 projects that FEESA has worked on listed in |
| 06:01 | 12 | that brochure, five of those are BP projects, right? |
| 06:01 | 13 | **A.**   That's correct, yes.  But we have 24 clients at the |
| 06:01 | 14 | moment, and that's an old list.  I would suggest that the |
| 06:01 | 15 | number of projects we have done for BP is a very, very small |
| 06:01 | 16 | proportion. |
| 06:01 | 17 | **Q.**   Now, FEESA wasn't asked to help during the response, was |
| 06:01 | 18 | it? |
| 06:01 | 19 | **A.**   You are correct.  No, it wasn't. |
| 06:01 | 20 | **Q.**   We heard a lot about Maximus in your direct exam.  We will |
| 06:01 | 21 | talk more about Maximus today and perhaps tomorrow. |
| 06:01 | 22 | **A.**   Sure. |
| 06:01 | 23 | **Q.**   BP didn't use Maximus for any purpose during the response, |
| 06:01 | 24 | did it? |
| 06:01 | 25 | **A.**   I don't know. |

ADRIAN JOHNSON - CROSS

06:01  1  **Q.**   Would you know if they had?

06:01  2  **A.**   We might not.  They have a license.  They have people

06:01  3  experienced in using Maximus, so they wouldn't necessarily come

06:01  4  to us if they were using it in the response.

06:01  5  **Q.**   Sir, you would be interested if they had used it during

06:01  6  the response, wouldn't you?

06:01  7  **A.**   Yes.  But like I say, they wouldn't necessarily come to us

06:02  8  because they have experienced users.

06:02  9  **Q.**   BP hired FEESA for Macondo-specific work in fall of 2011,

06:02  10  correct?

06:02  11  **A.**   Yes.  In November 2011, yes.

06:02  12  **Q.**   As of the time of your deposition in July of this year,

06:02  13  you estimated that FEESA had billed about 1.5 million pounds

06:02  14  for the Macondo work, right?

06:02  15  **A.**   Yes.  I think that's correct, yes.

06:02  16  **Q.**   That's about $2.4 million?

06:02  17  **A.**   Probably, yes, yeah, without doing the calculation,

06:02  18  something like that.

06:02  19  **Q.**   That figure represents about half of FEESA's annual

06:02  20  revenue, doesn't it?

06:02  21  **A.**   No, because that's not over a year.  Actually, in the last

06:02  22  financial year I think it accounted for about a third, the work

06:02  23  we did on this account, about a third of our revenue.

06:02  24  **Q.**   Now, Dr. Johnson, you personally have a stake in the

06:02  25  outcome of this case as well, don't you?

ADRIAN JOHNSON - CROSS

06:02   1          MR. REGAN:  Your Honor, I object to this.  At a

06:03   2   certain point we are getting fairly irrelevant to the scope of

06:03   3   the opinions.

06:03   4          MR. BENSON:  I think I'm allowed to inquire into

06:03   5   bias, Your Honor.  I can give another question.

06:03   6          THE COURT:  I overrule the objection.

06:03   7   BY MR. BENSON:

06:03   8   Q.  Let me ask a more specific question, Dr. Johnson.  You

06:03   9   personally own a significant amount of BP stock, correct?

06:03  10   A.  I do own about 13,000 shares, yeah.  I wouldn't describe

06:03  11   that as particularly significant.  It's not going to change my

06:03  12   life.

06:03  13   Q.  It's worth more than a half a million dollars, right?

06:03  14   A.  Oh, no.  No, no, no.  I think you're an order of magnitude

06:03  15   out there.  It's about -- that stock, all those shares are

06:03  16   worth about 50,000 pounds.

06:03  17   Q.  What's the current stock price for BP?

06:03  18   A.  I don't know.  I haven't looked for a long time.

06:03  19          THE COURT:  We have gone too far afield.  If you have

06:03  20   some substantive questions for the witness -- let's move on.

06:03  21          MR. BENSON:  I will, Your Honor.

06:03  22   BY MR. BENSON:

06:03  23   Q.  We talked a little bit about the point estimates that you

06:04  24   criticized on behalf of Dr. Griffiths and Dr. Dykhuizen.  First

06:04  25   let's get out you agree that there was sufficient data at the

OFFICIAL TRANSCRIPT

ADRIAN JOHNSON - CROSS

06:04    1    end of the incident to estimate the flow rate, don't you?

06:04    2    A.    Yes.  I've seen many people's estimates of flow rate for

06:04    3    July 15 during the capping stack period, yes.

06:04    4    Q.    So you're not making any criticism of Dr. Griffiths' final

06:04    5    day flow rate estimate of 53,000 barrels, are you?

06:04    6    A.    It's at the higher end of some of the estimates that I

06:04    7    have seen, but it's in the range, yes.

06:04    8    Q.    And same with Dr. Dykhuizen.  You're not making any

06:04    9    criticism of his final day flow rate estimate of 53,000, are

06:04   10    you?

06:04   11    A.    The same comment, the same comment as I just gave.

06:04   12    Q.    Now, let's talk about Dr. Dykhuizen's Top Kill

06:04   13    calculations which you were just speaking about with Mr. Regan.

06:04   14            You understand Dr. Dykhuizen calculated a best

06:04   15    estimate at the time of Top Kill of about 60,000 barrels per

06:04   16    day, correct?

06:04   17    A.    I understand that, yes.

06:04   18    Q.    In your expert report you did not offer an opinion on

06:05   19    whether that estimate was correct, did you?

06:05   20    A.    I didn't, but in my deposition I did state that I don't

06:05   21    believe it.

06:05   22    Q.    So there's nothing in your expert report that says this is

06:05   23    incorrect, right?

06:05   24    A.    I believe it's highly inaccurate and incorrect.

06:05   25    Q.    You didn't say that in your expert report.  That's all I'm

**ADRIAN JOHNSON - CROSS**

06:05   1    asking you.

06:05   2    **A.**   I don't think that statement is in my expert report, no.

06:05   3    **Q.**   Let's talk about Dr. Dykhuizen's Top Hat calculation for a

06:05   4    minute.

06:05   5           **MR. BENSON:**   If we could have demonstrative D-21267,

06:05   6    please.

06:05   7    **BY MR. BENSON:**

06:05   8    **Q.**   This is a version the Court has seen before.

06:05   9           Dr. Johnson, you understand there were three flow

06:05  10    paths during the Top Hat period, right?

06:05  11    **A.**   Yes, that's correct.

06:05  12    **Q.**   Some oil was being collected to the ship, right?

06:05  13    **A.**   To the *Discoverer Enterprise*, yes.

06:05  14    **Q.**   Some oil was coming out the vents, right?

06:05  15    **A.**   Correct, yes.

06:05  16    **Q.**   And then some oil was coming out the skirt?

06:06  17    **A.**   Yes.

06:06  18    **Q.**   You're not presenting an opinion on whether

06:06  19    Dr. Dykhuizen's vent flow calculation was inaccurate, are you?

06:06  20    **A.**   I repeated Dr. Dykhuizen's vent flow calculation.  In

06:06  21    making the same assumptions as him of homogeneous flow and

06:06  22    certain vents being open, I arrived at about the same number

06:06  23    for vent flow.

06:06  24    **Q.**   The same with the collection numbers.  You're not offering

06:06  25    any objection to the collection numbers that Dr. Dykhuizen

**ADRIAN JOHNSON - CROSS**

06:06  1   used, are you?

06:06  2   **A.**    Yes, I am.

06:06  3   **Q.**    How is that?

06:06  4   **A.**    He only uses the collection number at the end of the

06:06  5   Top Hat period.  I think I mentioned this in my direct.  And

06:06  6   that's not correct because that relies on the assumption of a

06:06  7   decreasing flow rate through time.  And I have proven that the

06:06  8   flow rate wasn't decreasing through time if you take account of

06:06  9   all the multiphase effects in the dual flow paths in the well.

06:06  10  So he should have used the actual collection data through the

06:07  11  Top Hat period, and he didn't do that.

06:07  12  **Q.**    You would agree that there's about two weeks of collection

06:07  13  data where they're consistently collecting about 25,000 barrels

06:07  14  per day, correct?

06:07  15  **A.**    Yes.  It's something like that approaching the end of the

06:07  16  Top Hat period.

06:07  17  **Q.**    You would agree that there was some flow coming out the

06:07  18  skirt, correct?

06:07  19  **A.**    Yes.  Video evidence shows that there was volume of flow

06:07  20  coming out the skirt.

06:07  21  **Q.**    So everyone can see that.

06:07  22           You talked a little bit about your skirt flow

06:07  23  calculation on your direct exam.  And you made a mistake in

06:07  24  doing your skirt flow calculation the first time around, right?

06:07  25  **A.**    Yes.  Like I said in my direct, I had a misunderstanding

ADRIAN JOHNSON - CROSS

06:07  1   of what Dr. Dykhuizen had used in the way of velocities for the
06:07  2   K values.
06:07  3   Q.   Your report is incorrect when you say that Dr. Dykhuizen's
06:07  4   skirt flow calculation was off by an order of magnitude, right?
06:08  5   A.   Well, I still believe that skirt flow calculation to be
06:08  6   very, very inaccurate because of all the uncertainties that I
06:08  7   mentioned in my direct.
06:08  8   Q.   With your correction after you got Dr. Dykhuizen's
06:08  9   information and you corrected your own results, your results
06:08  10  from the skirt flow alone went from being about 2,000 to about
06:08  11  30,000; isn't that right?
06:08  12  A.   Yes, that's correct.  But like I say, that is subject to
06:08  13  all those huge uncertainties about geometry of the skirt and
06:08  14  the pressure in the Top Hat.  And that is using Dr. Dykhuizen's
06:08  15  assumptions about that geometry and about the Top Hat pressure.
06:08  16  So if we change those by small amounts -- like I say, if I
06:08  17  change the pressure by half a psi in the Top Hat, I halve the
06:08  18  estimate coming out of that skirt.
06:08  19  Q.   If you halve the estimate coming out of the skirt, what's
06:08  20  the total flow that Dr. Dykhuizen would calculate, it's still
06:09  21  about 60,000 barrels per day, right?
06:09  22  A.   Sorry.  Can you repeat that question?
06:09  23  Q.   Sure.
06:09  24       MR. BENSON:  If we could have the prior demonstrative
06:09  25  back up, please, which is 21267.  Thank you.

ADRIAN JOHNSON - CROSS

BY MR. BENSON:

Q.   So when you calculated the skirt flow calculation, you calculated 30,000.  And so the total that you could use, that skirt flow calculation, you get over 70,000 for the total Top Hat, right?

A.   Like I say, I don't believe that 30,000.  I think the calculation is highly inaccurate.  I mean, we only have to look at the end period, when Dr. Dykhuizen's calculating a lower bound of 43 using vent flow and collection data at the end of the Top Hat period.  Yet a short period after that, when the capping stack is on, he calculates a flow rate out the well of 53.  So it suggests there's about 10,000 maybe coming out the skirt, something like that, at the most.

Q.   But that wasn't your calculation, was it, Dr. Johnson? Your qualification was 30,000 coming out the skirt, based on Dr. Dykhuizen's method, correct?

A.   Like I say, it's an unreliable -- that whole calculation is totally unreliable.  Dr. Dykhuizen -- it appears Dr. Dykhuizen is no longer relying on it.  He is relying on essentially a guess of 20,000.  I don't believe the 20,000, even, for reasons I've just said.

Q.   My question is simply this:  If you use 30,000 for your skirt flow calculation, you get a total of over 70,000, right?

A.   I repeat what I said before.  It's just not a reliable calculation.

ADRIAN JOHNSON - CROSS

06:10   1          Yes, you can add the numbers together, yes, and you

06:10   2   will get that sort of number, but I don't agree with that.  I

06:10   3   don't agree with the total.

06:10   4   Q.   Understanding you don't agree with it, if you then cut

06:11   5   that skirt flow calculation in half and get 15,000, you are

06:11   6   still close to 60,000 barrels per day, aren't you?

06:11   7   A.   At the end of the Top Hat period, yes.  And only at the

06:11   8   end of the Top Hat period.

06:11   9   Q.   Let's turn to your criticism of Dr. Griffiths' cumulative

06:11   10  discharge estimate, and I want to start by talking about your

06:11   11  Maximus modeling.

06:11   12         I think what you said in your direct was that your

06:11   13  intent was to test what you call and what Dr. Griffiths called

06:11   14  K-well, which is his discharge coefficient for the wellbore.

06:11   15  Is that --

06:11   16  A.   Yes.  He uses a constant discharge coefficient for the

06:11   17  wellbore.

06:11   18  Q.   You were trying to match your model to what Dr. Griffiths

06:11   19  did in his model, right?

06:11   20  A.   Yes.  I was trying to use a rigorous thermal hydraulic

06:11   21  model for the well to check the assumption of everything in the

06:11   22  well being constant through 86 days, that's correct.

06:11   23  Q.   Your intention was to use the same PI that Dr. Griffiths

06:11   24  used and the same other basic parameters that Dr. Griffiths

06:12   25  used other than the constant K-well, right?

ADRIAN JOHNSON - CROSS

06:12  1   A.   Yes.  I was examining just that one change, just the

06:12  2   change by using a proper model instead of a spreadsheet

06:12  3   calculation, yeah.

06:12  4   Q.   So if there were differences between what you modeled and

06:12  5   what Dr. Griffiths modeled other than the constant K-well, that

06:12  6   would affect whether your results are valid for pointing out

06:12  7   the point that you were trying to make, right?

06:12  8   A.   Well, I was examining that one change.  As we discussed in

06:12  9   direct, we examined single changes and the effect of those

06:12  10  single changes, and that was one of those single changes.

06:12  11        We could have gone on and varied PI in the Maximus

06:12  12  model and varied various other things in the Maximus model and

06:12  13  come out with very different numbers.  You are highlighting

06:12  14  here, I think, the uncertainty, the whole uncertainty around

06:12  15  this calculation.  And that's the problem with this, that all

06:13  16  of the inputs are enormously uncertain, and how they change

06:13  17  through time is enormously uncertain; and that leads to an

06:13  18  enormous amount of uncertainty on the estimate that comes out.

06:13  19  Q.   I don't think that was my question, Dr. Johnson.

06:13  20  A.   Sorry.

06:13  21  Q.   My question is simply you're trying to model -- you're

06:13  22  trying to replicate Dr. Griffiths' model by changing one

06:13  23  parameter and seeing what effect that has, right?

06:13  24  A.   Yes.  That was what we were doing, was just trying to

06:13  25  check the effect of one parameter, yes.

ADRIAN JOHNSON - CROSS

06:13  1   **Q.**   You built your version of the Griffiths model based on a
06:13  2   flow rate of 55,000 stock tank barrels on the last day, right?
06:13  3   **A.**   I forget the exact number, but, yeah, it was the number
06:13  4   that I believe Dr. Griffiths used.
06:13  5   **Q.**   So if Dr. Griffiths actually calculated a number of
06:13  6   53,000 barrels on the last day and you used 55,000, that would
06:13  7   be a discrepancy in matching your model to Dr. Griffiths'
06:14  8   model, correct?
06:14  9   **A.**   Well, what we did was -- Dr. Griffiths didn't produce his
06:14  10  spreadsheet to us, so we re-created his spreadsheet.  It wasn't
06:14  11  a big deal, and it took about a morning to put together a
06:14  12  spreadsheet that did what he did.
06:14  13         So we did that, and then we used that spreadsheet,
06:14  14  and we made sure it replicated his flow rate profile and
06:14  15  produced his 5-million-barrel-a-day estimate.  And then we
06:14  16  compared that to the Maximus model, using the same capping
06:14  17  stack flow rate for that 15th of July period.
06:14  18  **Q.**   My question, Dr. Johnson, is, if you, in replicating the
06:14  19  Griffiths model, used 55,000 for the last day and Dr. Griffiths
06:14  20  used 53,000 for the last day, there's a discrepancy there,
06:14  21  right?
06:14  22  **A.**   Yes.  But the comparison is still internally consistent,
06:14  23  so I think it still proves the point about K-well.
06:14  24  **Q.**   Let me ask you a question about the PI that you used.  You
06:14  25  understand Dr. Griffiths' PI for the last day was about

ADRIAN JOHNSON - CROSS

06:15    1    44 barrels per psi, right?

06:15    2    **A.**    Yeah.  43.8 standard barrels per day per psi.

06:15    3    **Q.**    The PI that you used in your model was either 57 or 59,

06:15    4    depending on which iteration, right?

06:15    5    **A.**    Yes.  And if we used different -- slightly different flow

06:15    6    rates, we needed a slightly different PI to match his --

06:15    7    whatever that flow rate was.  Yes, that's correct.

06:15    8    **Q.**    So again, you have a different PI than Dr. Griffiths used

06:15    9    in your model?

06:15   10    **A.**    Yes.  That's because we are modeling the wellbore

06:15   11    correctly, of course.

06:15   12    **Q.**    You also used a different fluid characterization.  You

06:15   13    testified on direct that when you used Maximus, you need a

06:15   14    fluid characterization in the EOS, correct?

06:15   15    **A.**    Yes, that's right.  You need a composition and equation of

06:15   16    state.

06:15   17    **Q.**    You used a different composition in your Maximus modeling

06:15   18    than any other expert used in this case; isn't that right?

06:16   19    **A.**    We used the Schlumberger sample, yes.  We compared it with

06:16   20    one of the others and didn't find an awful lot of difference in

06:16   21    the comparisons we did.

06:16   22    **Q.**    You understand that BP had an expert in fluid

06:16   23    characterization, named Dr. Whitson, testify at trial, right?

06:16   24    **A.**    I understand that, yes.

06:16   25    **Q.**    He created his own fluid characterization for this case,

ADRIAN JOHNSON - CROSS

06:16    1    right?

06:16    2    **A.**   Yes, that's what I understand.

06:16    3    **Q.**   You didn't use that fluid characterization?

06:16    4    **A.**   No, I didn't.

06:16    5    **Q.**   You didn't use Dr. Zick's fluid characterization?

06:16    6    **A.**   That's correct.

06:16    7    **Q.**   Zick, Z-I-C-K.

06:16    8    **A.**   That's correct.

06:16    9    **Q.**   You didn't try to match the fluid characterization

06:16   10    Dr. Griffiths got by looking at the collected oil from the

06:16   11    ships, did you?

06:16   12    **A.**   No.

06:16   13    **Q.**   As you say, you used one fluid sample.  And I believe that

06:16   14    is Schlumberger Sample 106.  Is that right?

06:16   15    **A.**   I believe that's correct, yeah, from memory.

06:16   16    **Q.**   That's a sample that neither Dr. Whitson nor Dr. Zick used

06:17   17    in their -- in building their EOS, isn't it?

06:17   18    **A.**   I'm not that familiar with either of their work to be able

06:17   19    to comment on that.

06:17   20    **Q.**   In your Maximus modeling you assumed a single-stage

06:17   21    separation process, didn't you?

06:17   22    **A.**   Yes, effectively.

06:17   23             **MR. BENSON:**  If we can have Demonstrative 21271,

06:17   24    please.  If we can call out the column on the very right here.

06:17   25             **MR. REGAN:**  I interpose an objection to the

OFFICIAL TRANSCRIPT

ADRIAN JOHNSON - CROSS

06:17  1   demonstrative because I don't think there's any foundation as
06:17  2   to who actually created these spreadsheets that are used --
06:17  3   there's a series of these demonstratives -- who created them.
06:17  4   And as best I can figure out, it was a consultant that worked
06:17  5   for one of the testifying experts for the U.S., but there's
06:17  6   been no foundation in trial laid for them.  I object to them on
06:17  7   that basis.

06:18  8          THE COURT:  What's the source of this?

06:18  9          MR. BENSON:  It's modeling files that Dr. Johnson
06:18  10  produced to the United States.  We had to convert them into
06:18  11  something we could read.  And because, as Mr. Regan says, we
06:18  12  did that through the help of one of our experts.  There's no
06:18  13  great mystery here.  We talked about this at his deposition.
06:18  14  He has seen these spreadsheets before.  They were an exhibit in
06:18  15  his deposition.  There was no objection to them at that time as
06:18  16  being misleading or otherwise inaccurate.

06:18  17         MR. REGAN:  Your Honor, Dr. Pooladi-Darvish has
06:18  18  already testified --

06:18  19         THE COURT:  Speak into the microphone.

06:18  20         MR. REGAN:  Pardon me, Your Honor.  There's been no
06:18  21  foundation laid for these spreadsheets.  As counsel has just
06:18  22  made clear, they're not Dr. Johnson's work; it's somebody
06:18  23  else's work.  I don't know what fact he is going through on
06:18  24  this slide per se, but all of them are infected by the same
06:18  25  problem.

ADRIAN JOHNSON - CROSS

06:18    1            THE COURT:  I sustain the objection.
06:18    2            MR. BENSON:  Take that down, please.
06:18    3   BY MR. BENSON:
06:18    4   Q.   So, Dr. Johnson, you testified a moment ago that the flash
06:19    5   assumption used a single-stage flash for your Maximus work in
06:19    6   this case, correct?
06:19    7   A.   Yes.  That's correct, essentially, yes.
06:19    8   Q.   That's another difference between you and Dr. Griffiths,
06:19    9   right?  He uses a multistage flash in his calculations?
06:19   10   A.   Yes.  I believe so, yes.
06:19   11   Q.   That could have a difference of about 10 percent in terms
06:19   12   of the standard barrels at the surface you get, right?
06:19   13   A.   Yes.  Yeah.  The multistage flash process is usually used
06:19   14   for a production facility where you can control what's going on
06:19   15   in flashing the fluids over a number of stages.  That's not
06:19   16   what we are doing here.  So, yeah, it could make a difference
06:19   17   in volume.
06:19   18   Q.   The original question was, it could make a difference of
06:19   19   about 10 percent.  You would have no reason to disagree with
06:19   20   that?
06:19   21            MR. REGAN:  Your Honor, Dr. Johnson is not here as
06:19   22   one of the experts who have testified to you at length about
06:19   23   this question.  He used a process which he has already
06:19   24   testified to, but he is not here to testify about this other
06:20   25   issue that's been talked about by Dr. Whitson, Dr. Zick, and

ADRIAN JOHNSON - CROSS

06:20   1   perhaps even others.

06:20   2           MR. BENSON:  With respect, Your Honor, this isn't

06:20   3   another issue.  This goes to the Maximus modeling that

06:20   4   Dr. Johnson did.  That's all I'm talking about.

06:20   5           MR. REGAN:  He's testified as to what he did.  Now

06:20   6   you are asking him, well, what should you do?  How would it

06:20   7   impact it, and what would be the impact of these things?

06:20   8           We have had hours of testimony on this already.

06:20   9           THE COURT:  I sustain the objection.

06:20  10   BY MR. BENSON:

06:20  11   Q.  Dr. Johnson, Maximus is not typically -- sorry.

06:20  12           I believe you testified on direct Maximus is

06:20  13   typically used in the design phase of production systems.  Is

06:20  14   that right?

06:20  15   A.  All through design phases and into the operations of

06:20  16   actual operating oil and gas systems and wells, yes.

06:20  17   Q.  You are not aware of any instance of using Maximus to

06:20  18   model a system after it has failed, are you?

06:20  19   A.  I can't honestly say.  No, I'm not aware of one.  No.

06:21  20   Q.  You're certainly not aware of any instance of anyone using

06:21  21   Maximus to model a system after a blowout, are you?

06:21  22   A.  No, I'm not.  But, I mean, the physics of the system are

06:21  23   important, and the physics of the system is what we are

06:21  24   modeling in Maximus.  So there's no reason why Maximus couldn't

06:21  25   be used for doing this sort of work.  It's used every day in

**ADRIAN JOHNSON - CROSS**

06:21   1   modeling wells.  We model thousands of different oil and gas
06:21   2   wells around the world.
06:21   3   Q.   Now, you would admit that the range of uncertainty for
06:21   4   Maximus in looking at multiphase flow is going to be on the
06:21   5   order of plus or minus 10 percent, correct?
06:21   6   A.   It depends what quantities you are talking about.  Can you
06:21   7   define which quantities?
06:21   8   Q.   How about if we are talking about in terms of barrels of
06:21   9   oil, stock tank barrels?
06:21   10  A.   I think we discussed this at my deposition.  Usually for
06:22   11  any multiphase flow simulation -- it doesn't matter whether
06:22   12  it's Maximus, OLGA, PIPESIM, any of these proprietary models --
06:22   13  a pressure calculation in a multiphase flow system is going to
06:22   14  be accurate to about plus or minus 10 percent.  So a flow rate
06:22   15  calculation, I think I said in deposition, was going to be a
06:22   16  few percent error bounds on it given that multiphase simulation
06:22   17  isn't an exact science.
06:22   18  Q.   When you say a few percent, you mean a few percent on top
06:22   19  of that plus or minus 10 percent?
06:22   20  A.   Oh, no, no, no.  No.  If the pressure calculation is
06:22   21  10 percent, then the flow rate calculation based on pressures
06:22   22  is going to be a few percent.
06:22   23  Q.   Now let's talk a little bit of how the Maximus model
06:22   24  works.  Did you run the Maximus model yourself in this case?
06:23   25  A.   Well, originally it was run by Dr. Martin Watson.  The

ADRIAN JOHNSON - CROSS

06:23　1　original modeling was done by him.  And I have run the model

06:23　2　many times since then myself.

06:23　3　**Q.**   You did modeling runs for this specific case?

06:23　4　**A.**   I've run the model, but the modeling runs in my report

06:23　5　were done by Dr. Watson.

06:23　6　**Q.**   The Maximus model that Dr. Watson ran for your work in

06:23　7　this case depend on a piece of software called OLGA S, correct?

06:23　8　**A.**   In this case we used OLGA S, yes, as the flow correlation

06:23　9　embedded within Maximus.

06:23　10　**Q.**   As you said, that's the multiphase flow correlation piece

06:23　11　of software that you used in Maximus, right?

06:23　12　**A.**   Well, OLGA is a transient software that is owned by

06:24　13　Schlumberger now, and it's probably the leading software,

06:24　14　leading transient multiphase simulation software in the

06:24　15　industry, in the oil and gas industry.  They produce, along

06:24　16　with that or aside to that, a steady-state point estimate --

06:24　17　point calculating software; and we have what we call a "DLL,"

06:24　18　which is a piece -- that piece of software embedded in Maximus

06:24　19　is one of about 20 flow correlations we can use.

06:24　20　**Q.**   The way it works is, OLGA S is sort of a standalone piece

06:24　21　within Maximus; Maximus provides OLGA S inputs; and OLGA S

06:24　22　provides outputs, such as pressure and flow rate.  Right?

06:24　23　**A.**   No, it doesn't provide flow rate.  It provides pressure

06:24　24　gradients, holdups, and flow regime information.

06:24　25　**Q.**   Because OLGA S is sold and marketed by another company, as

OFFICIAL TRANSCRIPT

ADRIAN JOHNSON - CROSS

06:25   1   far as you're concerned it's a black box, right?

06:25   2   A.   Like any software company -- a wise software company

06:25   3   doesn't make their source code privy to -- to make people privy

06:25   4   to their source code.  So, yes, we don't know what's in their

06:25   5   source code.  But like I say, it's widely accepted around the

06:25   6   oil and gas industry as being very reliable.

06:25   7   Q.   When you use Maximus, the flow regimes that you get would

06:25   8   be dictated by the OLGA S software, right?

06:25   9   A.   Yes, the flow regime would come from OLGA.

06:25   10  Q.   It's your opinion that the differences -- I believe you

06:25   11  said this on direct -- the differences between Maximus and

06:25   12  Dr. Griffiths' work come from differences in treatment of flow

06:25   13  regimes.  Isn't that right?

06:25   14  A.   It's to do with the multiphase effects in the dual flow

06:25   15  paths and the effect they have on the pressure drop in those

06:25   16  dual flow paths and, therefore, the oil flowing from the well.

06:26   17  One of the elements of that, yes, is the flow regimes and the

06:26   18  pressure gradients.

06:26   19  Q.   That's information you get from OLGA S, right?

06:26   20  A.   Yes.  That comes out of the OLGA S correlation, yes.

06:26   21  Q.   Were you in court for Dr. Blunt's testimony last week,

06:26   22  Dr. Johnson?

06:26   23  A.   No, I wasn't there.

06:26   24  Q.   So you didn't hear him say that he didn't want to rely on

06:26   25  black box software for his work in this case?

OFFICIAL TRANSCRIPT

ADRIAN JOHNSON - CROSS

06:26  1    A.   I didn't hear that, no.
06:26  2    Q.   Now, let's turn to how you modeled the flow path in
06:26  3    Maximus.  You would agree that Maximus is a one-dimensional
06:26  4    model, right?
06:26  5    A.   Yes, that's correct.
06:26  6    Q.   What we are talking about here with the dual flow paths is
06:26  7    the drill pipe inside the production casing, right?
06:26  8    A.   Yes, that's right.  We have dual flow paths represented by
06:26  9    a drill pipe inside the production casing at whatever point it
06:26  10   is in the system, yes.
06:26  11   Q.   We have a pipe within a bigger pipe, right?
06:26  12   A.   That's correct, yes.
06:26  13   Q.   You are not aware of any instance where FEESA has used
06:27  14   Maximus to model a drill pipe within a larger production
06:27  15   casing, are you?
06:27  16   A.   Well, we have done a lot of work modeling pipe within
06:27  17   pipe, flow of pipe within pipe for such things as heat
06:27  18   exchanging contraflow systems.  So we have done similar things,
06:27  19   yes, many times.
06:27  20   Q.   But never a case with a drill pipe inside a production
06:27  21   casing, correct?
06:27  22   A.   Well, it's a pipe within a pipe.  It really doesn't matter
06:27  23   whether it's a drill pipe or what it is; it's pipe within pipe.
06:27  24        MR. BENSON:  Could we have Demonstrative 21272,
06:27  25   please.

3114

**ADRIAN JOHNSON - CROSS**

06:27  1   BY MR. BENSON:

06:27  2   Q.   Dr. Johnson, on the left-hand side we have an image from

06:27  3   your expert report, right?

06:27  4   A.   Yes, I believe so.  I think that's from Appendix B

06:27  5   probably, or C.  I forget which.

06:27  6   Q.   This depicts the actual geometry of the system and what

06:27  7   you call the drill pipe high case, correct?

06:28  8   A.   Yes, that's correct.

06:28  9   Q.   So here we have the drill pipe and we have the larger

06:28  10  casing.  Then on the right-hand side we have a visual depiction

06:28  11  of how you model this system in MAXIMUS, right?

06:28  12  A.   Yes.  On the right-hand side what you have is -- it looks

06:28  13  like a screenshot from the graphical user interface of MAXIMUS,

06:28  14  so that's how we piece all these objects together as we are

06:28  15  building a model, yes.  But behind each of the objects in

06:28  16  there -- so each of the pipes, each of the connectors, each of

06:28  17  the sources, etc. -- is a lot of information about each of

06:28  18  those objects' dimensions and flow correlations, heat transfer

06:28  19  details, all that sort of thing.

06:28  20  Q.   I'm just looking at the basic geometry here.  The way you

06:28  21  model in MAXIMUS a pipe within a pipe is to model two pipes in

06:28  22  parallel, right?

06:28  23  A.   Yes, that's correct.

06:28  24      MR. BENSON:  Your Honor, I'm reminded it's been half

06:28  25  an hour.  I don't know if this is a good time or --

OFFICIAL TRANSCRIPT

ADRIAN JOHNSON - CROSS

| | | |
|---|---|---|
| 06:29 | 1 | **THE COURT:** I'll tell you when to stop. Just keep |
| 06:29 | 2 | going. |
| 06:29 | 3 | **MR. BENSON:** Thank you, Your Honor. |
| 06:29 | 4 | Could we have TREX-11562, please. If we can call up |
| 06:29 | 5 | the upper right-hand corner, please. |
| 06:29 | 6 | **BY MR. BENSON:** |
| 06:29 | 7 | **Q.** Dr. Johnson, we have talked about -- |
| 06:29 | 8 | **THE COURT:** Go ahead. |
| 06:29 | 9 | **BY MR. BENSON:** |
| 06:29 | 10 | **Q.** Dr. Johnson, this has the dimensions for your drill pipe |
| 06:29 | 11 | high case, correct? |
| 06:29 | 12 | **A.** Yeah. I don't remember all the dimensions, but I see a |
| 06:29 | 13 | lot of dimensions up there, yes. I'll take your word for it |
| 06:29 | 14 | that they are. |
| 06:29 | 15 | **MR. BENSON:** If we can have the second page of |
| 06:29 | 16 | TREX-11562. |
| 06:29 | 17 | **BY MR. BENSON:** |
| 06:29 | 18 | **Q.** Again, calling out the upper right, these are the |
| 06:29 | 19 | dimensions for your drill pipe low case; is that right? |
| 06:30 | 20 | **A.** Again, many dimensions, I'll take your word for it that |
| 06:30 | 21 | they are the dimensions in the model. |
| 06:30 | 22 | **Q.** Now, you would agree that cross-sectional area is going to |
| 06:30 | 23 | be proportional to flow rate, right? |
| 06:30 | 24 | **A.** Well, you have to be careful here because we -- if you're |
| 06:30 | 25 | talking about the annulus, then it's not just all about |

ADRIAN JOHNSON - CROSS

1   cross-sectional area.  You need to take account of the -- what
2   we call the wetted perimeter as well.  When flow goes through a
3   pipe, we have the cross-sectional area, which is important, but
4   we also have the surface of the pipe, which is effectively
5   adding drag to the fluid, if you like to think of it as that,
6   and causing pressure drop.
7        When we've got the annulus, we have not only got the
8   cross-sectional area, but we have also got the -- more surface
9   area over which the fluids are traveling.  So we've got the
10  inside of the casing and the outside of the drill pipe in this
11  case, and it's very important to take into account that
12  additional surface area over which the fluids are flowing and
13  we do that by a method -- it's a commonly used method in the
14  industry, a method called hydraulic diameter.
15  **Q.**   I think you've anticipated me a little bit here,
16  Dr. Johnson.  Let me just walk back to my question first and
17  then we will get into the hydraulic diameter.
18       You agree that cross-sectional area is important to
19  flow rate?
20       **MR. REGAN:**  Asked and answered, Your Honor.
21       **THE COURT:**  I think he did.  I think he just answered
22  that.
23       **MR. BENSON:**  I wasn't sure I got an answer, but I
24  will take it if I got it.
25

OFFICIAL TRANSCRIPT

ADRIAN JOHNSON - CROSS

06:31   1   BY MR. BENSON:

06:31   2   Q.   In your modeling, Dr. Johnson, you used what you just

06:31   3   referred to, the concept of hydraulic diameter, correct?

06:31   4   A.   Yes, that's correct.

06:31   5   Q.   That technique is going to understate the cross-sectional

06:31   6   area for the production casing, correct?

06:31   7   A.   No, that's not correct.

06:31   8   Q.   Let's look at an example, if we could.

06:32   9          MR. BENSON:   If we could have Demonstrative 21266,

06:32   10  please.

06:32   11  BY MR. BENSON:

06:32   12  Q.   This is just an example looking at your drill pipe high

06:32   13  case and looking at the part of that system where we have the

06:32   14  9 7/8-inch casing and the 5 1/2-inch pipe.  Okay, Dr. Johnson?

06:32   15         MR. REGAN:   Your Honor, I just need to pose an

06:32   16  objection.  Obviously I don't -- I'm not objecting to geometry,

06:32   17  but there's a phrase on this slide that's unattributed to

06:32   18  somebody, and I don't think there's any testimony --

06:32   19         THE COURT:   All right.  I'll tell you what, how much

06:32   20  time do you have left, Mr. Benson?

06:32   21         MR. BENSON:   I'm guessing we are about halfway

06:32   22  through, Your Honor.

06:32   23         THE COURT:   We are not going to be able to finish

06:32   24  tonight.  We have a couple other matters we need to discuss, so

06:32   25  maybe this is a good place to stop.  We will stop here and

06:32  1  resume at 8:00 a.m in the morning.

06:32  2          I'm sorry we couldn't get to finish it this

06:32  3  evening.

06:32  4          THE WITNESS:  That's okay.

06:32  5          THE COURT:  We have a couple of matters we need to

06:32  6  discuss, though, before tomorrow.

06:32  7          You're finished for the evening, so you can step

06:32  8  down, sir.

06:32  9          THE WITNESS:  Thank you.

06:33  10         THE COURT:  BP has filed a number of pleadings --

06:33  11  well, several.  There's a memorandum and a couple of letter

06:33  12  briefs, it looks like, all apparently dealing with the issues

06:33  13  of the proper scope of the government's planned rebuttal case

06:33  14  for tomorrow.  So you want to talk about that briefly right

06:33  15  now?

06:33  16         MR. BROCK:  Mr. Langan will cover that.

06:33  17         MS. HIMMELHOCH:  Your Honor, I think we can make

06:33  18  short shrift of one of those.  The letter regarding the video

06:33  19  designations, we had told them we were going to sleep on it and

06:33  20  get back to them.  We have slept on it.  We do not intend to

06:33  21  offer those segments --

06:33  22         THE COURT:  You slept during the trial?

06:33  23         MS. HIMMELHOCH:  No, of course not, Your Honor.  No.

06:33  24  We had an exchange yesterday.  We told them we would get back

06:34  25  to them today.  We're getting back to them, and the answer is

06:34    1    we are not planning to play those video segments.  So you can

06:34    2    take that one off your to-do list.

06:34    3             THE COURT:  That's the letter brief today regarding

06:34    4    certain video clips.  So that's moot, right?

06:34    5             MS. HIMMELHOCH:  Yes, Your Honor.

06:34    6             THE COURT:  You have won one, Mr. Langan.

06:34    7             MR. LANGAN:  So far so good, Your Honor.

06:34    8             THE COURT:  I think I understand your arguments.

06:34    9             Let me hear from the government, if you don't

06:34   10    mind.  I know they haven't responded in writing, but I want to

06:34   11    get their response.

06:34   12             Here's the issue to me as far as I can see it.

06:34   13    BP makes the argument that based on some earlier rulings by

06:34   14    Judge Shushan and based on the law, really, that the government

06:34   15    should not be allowed to, in effect, buttress any deficiencies

06:34   16    in its case in chief with evidence that was available and could

06:35   17    and should have been produced -- or introduced during the

06:35   18    government's case in chief by means of so-called rebuttal

06:35   19    witnesses.

06:35   20             I'm pretty much stating your opinion?

06:35   21             MR. LANGAN:  It does, Your Honor, yeah, the law and

06:35   22    the prior rulings in this case.

06:35   23             THE COURT:  Right.  Right.  On the other hand,

06:35   24    rebuttal is just that.  You can use that to properly criticize,

06:35   25    critique, if you will, the -- BP's and Anadarko's case in

06:35
06:35
06:35
06:35
06:35
06:35
06:36
06:36
06:36
06:36
06:36
06:36
06:36
06:36
06:36
06:36
06:36
06:36
06:36
06:36
06:37
06:37
06:37
06:37
06:37

1   chief, but not just to buttress -- not to buttress your case.

2   I have looked at some of the issues here.  It seems to me that

3   clearly some of the reports -- some of the opinions expressed

4   by -- is it Rogers or Roegiers?

5              MS. HIMMELHOCH:  Roegiers, Your Honor.

6              THE COURT:  Dr. Roegiers and Dr. Huffman clearly seem

7   to me to appear to be evidence that could and should have been

8   introduced by the government in its case in chief.  I don't

9   understand why you didn't, but for some reason the government

10  chose not to.  You can't just hold that out and expect to get

11  it in in the form of a rebuttal case.  So I'll let you respond

12  to that.

13             MS. KING:  Your Honor, Rachel King for the

14  United States.

15                  The opinions that --

16             THE COURT:  Put that on so we can hear you better.

17             MS. KING:  Your Honor, Dr. Roegiers and Dr. Huffman

18  are responding to Dr. Blunt and Dr. Zimmerman's use of the

19  compressibility value of 6.  In particular they're responding

20  to Dr. Zimmerman's arguments about the validity of the core

21  tests.

22             THE COURT:  But you are really trying to buttress or

23  introduce evidence to support Dr. Kelkar's assumption that it

24  was 12 or the use of 12 instead of 6.  That was available data.

25  Why didn't the government introduce that in its case in chief?

1    I don't understand how you think you could hold that out as

2    rebuttal.

3               MS. KING:  Your Honor --

4               THE COURT:  It was available to you.  It wasn't a

5    surprise.  I mean, your expert said it was 12.  If you wanted

6    to support that, you could have and should have done that in

7    your case in chief, it seems to me.

8               MS. KING:  During the case in chief we did support

9    that value.  Dr. Kelkar testified about why 12 was the correct

10   value of compressibility.

11              THE COURT:  He did.  That's in evidence, but now you

12   are trying to introduce other, additional evidence through two

13   additional experts to say why they think he used the right

14   number.  That's not critiquing or that's not rebutting the BP

15   case; that's supporting your case.

16              MS. KING:  The thrust of their opinions, Your Honor,

17   is that the core tests relied upon by Dr. Zimmerman are

18   unreliable.

19              THE COURT:  That's a different issue.  I think you

20   can go there.  But that's different than the affirmative --

21   attempt to prove affirmatively that 12 is the right number.

22              MS. KING:  Absolutely, Your Honor, and we do intend

23   to comply fully with Judge Shushan's order --

24              THE COURT:  Maybe we are arguing about nothing here.

25   But BP says you haven't complied, that you haven't, for

06:38 1    example, redacted these things out of their reports.

06:38 2            MS. KING:  Well, Your Honor, what has been redacted

06:38 3    from the reports is all support, all affirmative support for a

06:39 4    value of 12.  And so what's been redacted from the reports

06:39 5    includes a complete appendix from the Roegiers report, and

06:39 6    those are the affirmative calculations that Judge Shushan

06:39 7    specifically refers to in her order as stricken, and those have

06:39 8    been completely removed from Dr. Roegiers' report.

06:39 9            Now, today -- rather, Monday, in the midst of

06:39 10   trial, BP comes to us and says that they believe there's an

06:39 11   additional affirmative support for 12 microsips in the Roegiers

06:39 12   report; but what they are pointing to is, in fact, a portion of

06:39 13   Dr. Roegiers' report where he is talking about the core data.

06:39 14   He is saying that tight curves in this figure that he is

06:39 15   referring to don't match the core data; and he is saying,

06:39 16   therefore, he thinks the core data is unreliable.  Now, BP

06:39 17   never produced --

06:39 18           THE COURT:  Meaning the sidewall cores?

06:39 19           MS. KING:  Exactly.

06:40 20           THE COURT:  Again, that's different than what I'm

06:40 21   talking about.

06:40 22           MS. KING:  But these are the redactions that BP --

06:40 23   that BP is --

06:40 24           THE COURT:  I think Ms. Karis wants to say something.

06:40 25   She wants to preempt Mr. Langan here.

1          Are you going to yield time to her, Mr. Langan?

2          **MR. LANGAN:**  Absolutely.  It's her witness,

3     Your Honor, so it's perfectly appropriate.

4          **THE COURT:**  All right.  Yeah.

5          **MS. KARIS:**  I think Your Honor has got it exactly

6     right.  We have no criticism or no objection to the

7     United States' experts.  We have cumulativeness issues, and

8     we'll address that separately tomorrow, depending on how the

9     testimony comes in.  But we have no objection to them

10    criticizing the basis for the sips.  That is still in the

11    report.  That complies with Judge Shushan's order.  That is not

12    our issue.

13         However, the United States has left in

14    Dr. Roegiers' report and Dr. Huffman's report statements that

15    were in support of why they now, as part of rebuttal, are

16    sponsoring a new number, the number of 12, which Dr. Kelkar put

17    forth.  It's their statements about why 12 being reasonable or

18    unreasonable -- reasonable, as they conclude -- to support

19    Dr. Kelkar is what we have objected to.

20         So the issue of we raised this Monday, it's

21    correct we raised it Monday, but the order has been out there

22    for a while and the redactions should take place.  It's the

23    United States' obligation to comply with the Court's order and

24    to take the 12 out.  That's what we are asking, and affirmative

25    statements --

**THE COURT:**  Here's what we're going to do.  I have
made my view pretty clear, I think, on what I think is proper
rebuttal and what's not.  So I expect the government to comply
with that when they present these witnesses tomorrow.  To the
extent they try to go beyond that, you can raise an objection.
I will rule on it at the time.

Meanwhile, I'm not going to -- the reports
themselves can be offered.  We are not going to put them into
evidence until we are sure that all the necessary redactions
are made.  Okay?

**MS. KARIS:**  Thank you, Your Honor.

**THE COURT:**  That may be after they testify.  Okay?

**MS. KING:**  Can we respond in writing to the motion?

**THE COURT:**  If you care to, but I doubt you are going
to change my mind.

**MR. BROCK:**  Judge Barbier, I was going to let you
know that Dr. Johnson is our last witness.  We don't have other
videotape.  We will be ready to "officiantly" rest tomorrow
morning when Dr. Johnson concludes and to move into the
rebuttal case.

**THE COURT:**  The government, you need to have your
witnesses here tomorrow morning.

**MS. HIMMELHOCH:**  We will, Your Honor, and we have
every reason to believe we'll complete tomorrow evening.

**MR. DOYEN:**  Your Honor, a bit of housekeeping.  Mike

06:42  1   Doyen for Transocean and the aligned parties.

06:42  2        THE COURT:  There's some issue regarding some dispute

06:42  3   over exhibits relating to the expert Iain Adams?

06:43  4        MR. DOYEN:  That's correct, Your Honor.  We have been

06:43  5   trying to find a sensible point to impose upon the Court.  I

06:43  6   know you're trying to get this all done this week.  I just

06:43  7   won't be here tomorrow, so we were hoping to take this up

06:43  8   before.  If it's inconvenient for the Court to do it now, I'll

06:43  9   have one of my colleagues --

06:43  10        THE COURT:  Refresh my recollection.  What was the

06:43  11   nature of his testimony, again?

06:43  12        MR. DOYEN:  You may remember on the last day, BP came

06:43  13   in and said they would call Adams and perhaps Gibson.

06:43  14   Mr. Adams testified it was reasonable not to use the

06:43  15   BOP-on-BOP, that it wasn't ready --

06:43  16        THE COURT:  I remember Mr. Adams, certainly, yes.  He

06:43  17   was the -- yeah, okay, I remember him.

06:43  18        MR. DOYEN:  So there's one little issue, Your Honor,

06:43  19   there's only one issue that pertains to four call-outs.

06:43  20        THE COURT:  These are exhibits that you wish to

06:43  21   introduce?

06:43  22        MR. DOYEN:  That BP is introducing.  And we've

06:43  23   talked --

06:43  24        THE COURT:  You object to them?

06:43  25        MR. DOYEN:  Yes, Your Honor.

06:43  1          THE COURT:  Four exhibits?

06:43  2          MR. DOYEN:  There's four call-outs, all from one

06:43  3  exhibit.  The exhibit is Mr. Gibson's report.

06:43  4          MS. KARIS:  No.  That's not entirely accurate.

06:44  5          MR. DOYEN:  I will state my part.  Maybe there's some

06:44  6  other exhibit they're talking about.

06:44  7          THE COURT:  What is your objection?

06:44  8          MR. DOYEN:  There are four pages they want to put in

06:44  9  from Mr. Gibson's report.

06:44  10          THE COURT:  Remind me who Mr. Gibson is.

06:44  11          MR. DOYEN:  So Mr. Gibson was a witness who did not

06:44  12  testify because BP did not call him.  They had always announced

06:44  13  that he would be testifying before Adams that came in in the

06:44  14  morning.  I'm sure the Court has read it.  I came fully

06:44  15  prepared to cross-examine him on Thursday.  They said, We are

06:44  16  going to switch the order, we'll call Adams; maybe we'll call

06:44  17  Gibson, maybe we won't.

06:44  18          They never called Gibson, so his report is not

06:44  19  coming into evidence.  Mr. Adams said in his report, I looked

06:44  20  at Mr. Gibson's report.  I rely on it.  I think it's

06:44  21  reasonable, well done, etc., etc.

06:44  22          THE COURT:  Okay.

06:44  23          MR. DOYEN:  Okay.  I, therefore, put up one sentence

06:44  24  from Mr. Gibson's report, said, Do you agree with this?

06:44  25          Yes.

1               We offer that one sentence.
06:44         2               On redirect, counsel then put up three
06:44         3    additional sentences from Mr. Gibson's report, perhaps under
06:45         4    the rule of completeness, giving some additional context.  I
06:45         5    made no objection to that and have no objection to that.
06:45         6               But in addition to those three sentences from
06:45         7    Mr. Gibson's report that BP asked Mr. Adams about, said, Do you
06:45         8    agree with this?
06:45         9               Yes.  Yes.
06:45        10               They want to put in the entire page that that
06:45        11    sentence comes from from Mr. Gibson's report for, as far as I
06:45        12    can see, no good reason.  It's just a back-door way into
06:45        13    getting in a chunk of Mr. Gibson's report.  The way to get in
06:45        14    Mr. Gibson's report was to do what they said they would do at
06:45        15    the beginning of the week and the middle of the week, which was
06:45        16    to call Mr. Gibson and offer the report.
06:45        17               **THE COURT:**  I understand.  Let me hear from
06:45        18    Ms. Karis.
06:45        19               **MR. DOYEN:**  Thank you, Your Honor.
06:45        20               **MS. KARIS:**  I'm going to try to get through this
06:45        21    quickly.
06:45        22               Mr. Doyen, as he correctly pointed out, was the
06:45        23    one that elected to go into Mr. Gibson's opinions with
06:45        24    Mr. Adams.  There are pages and pages of the transcript, 1130
06:45        25    on, where he begins by saying he relied on Mr. Gibson, here's

1    what Mr. Gibson said in his report.  He uses the TREX.  He goes

2    through Mr. Gibson's opinion.

3              In fact, if you look up the submission of the

4    aligned parties in their response for a summary judgment, they

5    quote extensively Mr. Adams referencing Mr. Gibson.  On

6    redirect, following up on what Mr. Doyen had done, I asked

7    Mr. Adams, for completeness, about those opinions and used the

8    pages from Mr. Gibson's report that that testimony that

9    Mr. Doyen asked about, what the basis was for that.

10             What we are now offering -- we are not offering

11   the entire report, to be clear.  What we are offering is where

12   the call-out came from and where we referenced the page during

13   the testimony, to put only those pages into the record.  And we

14   established a rule in Phase One, as I understood it -- and I

15   have here the e-mails from this in which Mr. Barr and

16   Mr. Carter, counsel for Transocean, asked at the very

17   beginning, they said -- this is in March of 2012.  They said:

18   "If a party offers an entire exhibit, we believe for context

19   it's appropriate to put not only the page or call-out but the

20   entire page."

21             This is the agreement we had in Phase One.

22   Here's a quote from Mr. Barr, page 1663.  It says -- he is

23   saying:  "Almost all of them are individual pages.  I would

24   like to propose we can offer the page, not only the call-out

25   displayed for context."

06:47     1              That is exactly what we are doing.  I am just
06:47     2     asking to put in the call-out with the page for context.
06:47     3              THE COURT:  Obviously I haven't looked at what you
06:47     4     have in your hand, so I don't know if it's necessary for
06:47     5     context or not.  Often it is, but --
06:47     6              MR. DOYEN:  Your Honor, what we will do -- and I
06:47     7     don't think this needs to be ruled on tonight as far as we are
06:47     8     concerned.  What we have made is --
06:48     9              THE COURT:  You know what, why don't we do it this
06:48    10     way.  I know the issue is you are not going to be here
06:48    11     tomorrow.  Right?
06:48    12              MR. DOYEN:  Yes, Your Honor, that's the problem.
06:48    13              THE COURT:  Why don't we do this.  This is something
06:48    14     that pertains to the first segment.  We don't have to resolve
06:48    15     this tonight.  Why don't you-all each submit just informally
06:48    16     directly to Ben tonight or whatever --
06:48    17              MR. DOYEN:  We've got them as we think they should
06:48    18     come in.  She's got them as she thinks --
06:48    19              THE COURT:  Give them to Ben.  We will look at it.  I
06:48    20     will rule on it.  Okay?
06:48    21              MS. KARIS:  Your Honor, I am happy to give the
06:48    22     transcripts that I just referenced --
06:48    23              THE COURT:  That's fine.  Give them to Ben, please.
06:48    24     Thank you.
06:48    25              MR. DOYEN:  Thank you, Your Honor.

06:48     1          **THE COURT:**  All right.  Any other matters?

06:48     2          **MR. BROCK:**  Thanks for the extra 30 minutes today.  I

06:48     3     think that gives us a chance tomorrow.

06:48     4          **THE COURT:**  Long day.  Thanks, everybody, for hanging

06:48     5     in there.  We will see you tomorrow morning.

06:48     6          **THE DEPUTY CLERK:**  All rise.

06:48     7          (Proceedings adjourned.)

06:48     8                              * * *

          9                          <u>CERTIFICATE</u>

         10          I, Toni Doyle Tusa, CCR, FCRR, Official Court

         11     Reporter for the United States District Court, Eastern District

         12     of Louisiana, do hereby certify that the foregoing is a true

         13     and correct transcript, to the best of my ability and

         14     understanding, from the record of the proceedings in the

         15     above-entitled matter.

         16

         17

         18                                        *s/ Toni Doyle Tusa*
                                                   Toni Doyle Tusa, CCR, FCRR
         19                                        Official Court Reporter

         20

         21

         22

         23

         24

         25

OFFICIAL TRANSCRIPT

$

$2.4 [1]  3095/16
$2.4 million [1]  3095/16

-

-ation [1]  2957/11

.

.8 [1]  3069/10
.9 [1]  3074/1

0

0.64 cubic [1]  2989/25
02771 [1]  2917/7

1

1 million barrels [1]  3073/9
1-9 [2]  2984/20 2984/21
1.3 million barrels [1]  3069/12
1.3-million-barrel [1]  3069/16
1.5 million pounds [1]  3095/13
1/2-inch [1]  3117/14
1/23 [2]  2933/12 2934/1
1/250 [1]  2946/23
1/400 [1]  2946/19
10 [32]  2923/10 2923/13 2923/13
2925/6 2925/8 2925/12 2926/13
2926/20 2927/4 2927/8 2927/9 2929/20
2930/9 2930/15 2931/8 2931/14
2933/22 2939/11 2946/17 2990/21
3003/9 3010/25 3011/20 3052/16
3064/24 3066/11 3066/18 3067/18
3068/7 3068/11 3068/12 3075/19
10 days [1]  2946/15
10 percent [9]  3073/13 3073/20 3073/22
3108/11 3108/19 3110/5 3110/14
3110/19 3110/21
10 years [1]  3032/6
10,000 [1]  3101/12
10-CV-02771 [1]  2917/7
10-CV-4536 [1]  2917/9
10-MD-2179 [1]  2917/4
10.4 [1]  2924/17
10.4 days [2]  2923/24 2924/3
10.5 [2]  2931/17 2931/18
100 [2]  2990/22 3028/20
100,000 [2]  2930/25 2931/5
10003 [1]  2918/11
1001 [1]  2920/16
106 [1]  3106/14
11 [7]  2917/14 2953/22 2954/4 2994/7
2994/19 2994/20 3014/21
11 psi [1]  2931/15
11-year [1]  3032/19
11.1 day [1]  2924/4
11.1 days [3]  2923/22 2923/25 2924/17
11.3 [2]  2931/16 2931/18
11.3 psi [1]  2931/1
1100 [1]  2920/13
1130 [1]  3127/24
11352 [1]  2940/5
11452.11.2 [1]  2986/18
114854.12.3 [1]  2978/17
11485R.12.4 [1]  2986/2
11486R.12.6 [1]  3084/14
11488 [2]  3037/22 3038/10
11488.12.1 [1]  3067/6
11488.14.2 [1]  3069/1
11488.17.4 [1]  3071/24
11488.19.3 [1]  3074/16
11488.29.1 [1]  3075/16
11529R.35.1.US [1]  2934/18

11562 [2]  3115/4 3115/16
11644.0011 [1]  2994/3
11644.0014 [1]  2994/8
11644.0015 [1]  2995/12
11644.0020 [1]  2997/5
11644.016 [1]  3017/19
11644.1 [1]  2972/11
11644.10.1 [1]  2982/10
11644.16.1 [1]  2990/23
11644.28.1 [1]  2984/2
11644.7.1 [1]  2976/19
11647 [1]  3018/9
11648.0001 [1]  3018/22
11649 [1]  3021/6
11649.0007 [1]  3027/12
11653.27.4 [1]  3071/16
11732 [1]  2945/17
11735 [1]  2930/10
11807 [1]  2940/5
12 [16]  2923/11 2925/6 2930/9 3012/14
3014/21 3029/10 3120/24 3120/24
3121/5 3121/9 3121/21 3122/4 3122/11
3123/16 3123/17 3123/24
120 [1]  2968/22
1201 [2]  2920/10 2921/5
12308 [1]  2974/8
13 [3]  2995/11 3065/16 3068/2
13 feet [1]  3015/17
13,000 [1]  3096/10
1300 [1]  2921/12
1331 [1]  2921/9
14 [4]  2924/25 2924/25 3003/9 3062/6
14271 [1]  2972/9
148 [5]  3054/13 3056/10 3056/14
3056/16 3057/12
15 [36]  2949/19 3029/12 3039/4
3039/19 3040/10 3052/6 3052/19
3059/7 3059/18 3061/7 3061/22 3062/5
3062/5 3062/16 3062/19 3062/22
3062/24 3062/25 3063/3 3063/6 3063/8
3064/14 3067/24 3070/6 3075/22
3075/23 3078/21 3080/21 3081/14
3081/19 3082/2 3082/10 3083/15
3083/15 3093/3 3097/3
15,000 [1]  3102/5
15-minute [1]  2993/17
15th [2]  3083/21 3104/17
16 [3]  3024/6 3024/11 3071/18
16.5 feet [2]  3015/18 3065/19
1615 [1]  2921/12
1663 [1]  3128/22
1665 [1]  2921/9
17 [2]  2917/7 2923/2
17,000 [1]  3012/16
1700 [1]  2921/5
18 [3]  3070/12 3073/15 3074/11
180 [1]  2977/3
180 feet [2]  2995/17 2995/19
188 [1]  2918/16
1885 [1]  2918/23
189 feet [1]  3017/9
19 [6]  2961/19 2962/3 2984/19 2984/21
3077/6 3094/11
19 percent [1]  2984/14
1989 [1]  3032/5
1999 [1]  3032/17

2

2,000 [1]  3100/10
2.14 inches [1]  3012/6
2.17 [1]  3012/7
2.64 [1]  3012/7
20 [16]  2917/5 2971/17 3011/20

3013/20 3014/6 3014/23 3024/20
3034/14 3036/3 3066/22 3085/12
3085/25 3086/18 3086/21 3093/3
3111/19
20 percent [2]  3010/25 3086/16
20 years [3]  2968/19 3022/8 3032/25
20,000 [2]  3101/20 3101/20
200 [6]  2974/22 2974/25 2990/3
3020/18 3028/19 3028/20
200 cases [1]  2991/10
200 degrees [1]  2954/23
200,000 [3]  3075/21 3075/21 3075/22
200-mesh [1]  3029/25
20004 [1]  2920/11
20005 [1]  2920/8
20006 [1]  2921/16
2001 [3]  3018/25 3036/12 3093/25
20044 [2]  2919/8 2919/16
2006 [1]  3021/12
2010 [6]  2917/5 2953/22 2954/4
3001/23 3014/6 3032/22
2011 [2]  3095/9 3095/11
2012 [2]  3001/15 3128/17
2013 [2]  2917/7 2923/2
2020 [1]  2921/16
20th [2]  3039/15 3070/18
21 [2]  3024/13 3024/15
21266 [1]  3117/9
21267 [2]  3098/5 3100/25
21271 [1]  3106/23
21272 [1]  3113/24
2130 [2]  3013/20 3014/22
2142 [2]  3013/20 3014/11
2146 [1]  3014/10
2179 [1]  2917/4
22 [3]  2935/6 2936/18 2943/7
2216 [1]  2918/7
22800 [2]  2923/14 2924/22
22801 [2]  2923/19 2923/22
22802 [1]  2926/22
22803 [1]  2928/22
22804 [2]  2929/22 2933/7
22805 [1]  2936/16
22806 [1]  2939/25
22807 [1]  2942/11
22809 [1]  2943/3
22818 [1]  2954/9
22nd [1]  2934/22
23 [4]  2930/2 2933/12 2934/1 3029/10
23-fold [1]  2930/6
23394A [1]  3063/22
23396A [1]  3047/19
23398 [3]  3044/14 3044/17 3049/10
23400 [1]  3060/11
23410 [1]  3056/4
23411 [1]  3057/18
23645 [2]  2963/7 2963/7
24 [3]  3035/9 3035/16 3094/13
24 hours [1]  2989/24
24238 [2]  2988/7 2991/16
24373 [2]  3061/11 3061/14
24377 [1]  3083/9
24618 [1]  3031/16
24629 [1]  3081/2
24631 [2]  3054/2 3054/4
24634 [1]  3072/19
24656 [4]  3051/21 3052/9 3055/19
3058/23
24659 [2]  3079/8 3079/11
24703 [1]  3038/12
24707 [1]  2966/16
24708 [1]  2972/5
24709 [1]  2980/12

## 2

25 [3]  2944/6 2944/7 3085/4
25 percent [2]  2931/24 3065/24
25,000 barrels [2]  3089/24 3099/13
250 [1]  2946/23
26 [2]  3003/7 3092/23
26th [2]  3055/23 3092/23
27 [6]  2935/7 2936/19 2943/7 2944/22
 2989/3 3012/15
28 [4]  2944/7 3024/3 3024/15 3092/23
28th [2]  3055/23 3092/4

## 3

3 1/2 inches [1]  3066/25
3 inches [1]  3066/25
3,000-odd [1]  3053/18
3.3 percent [1]  3074/1
3.4 [1]  3075/8
3.4 million-barrel [1]  3075/1
3.42 cubic [1]  2989/24
3.7 million barrels [1]  3069/11
3.98 [1]  2946/16
30 [3]  2924/24 3068/7 3086/18
30 minutes [2]  3093/16 3130/2
30 percent [5]  2949/19 3086/16 3086/23
 3086/24 3087/1
30,000 [5]  3100/11 3101/3 3101/6
 3101/15 3101/22
30,000 barrels [1]  3068/6
30-minute [1]  2986/14
300 [1]  2919/23
316 [1]  2918/4
32 [1]  3092/6
32,000-barrel [1]  3092/14
32591 [1]  2918/5
33 [3]  2934/18 2955/18 2956/9
33,000 barrels [1]  3092/7
333 [1]  2920/3
338 [2]  3029/10 3029/11
34 [2]  2937/12 2950/9
35 [3]  2932/25 2933/23 2939/23
35 days [1]  2939/18
35-day [1]  2925/9
355 [1]  2920/21
35th [1]  2920/21
36 hours [1]  3066/7
36130 [1]  2918/20
3668 [1]  2917/23
3700 [2]  2920/13 2920/16
38,000 [1]  3012/17
39201 [1]  2918/17

## 4

4.2 million barrels [1]  3069/10
40 [4]  3052/20 3057/1 3066/18 3091/13
40 buckets [1]  3056/23
40 microns [1]  2946/23
400 [1]  2946/19
400 kilograms [1]  2955/12
406 [1]  2921/18
4084 psig [2]  2954/12 2954/24
40s [1]  3066/12
41.22 pounds [1]  2955/4
43 [1]  3101/9
43.8 [6]  3065/1 3065/6 3065/7 3067/15
 3067/18 3105/2
4300 psi [2]  3072/5 3073/8
434,000 barrels [1]  3092/10
44 barrels [1]  3105/1
4536 [1]  2917/9
48 [2]  2970/23 2979/9

## 5

5 million barrels [1]  3069/8
5 million-barrel [3]  3074/22 3084/10
 3086/11
5,000 [1]  2960/19
5-million-barrel-a-day [1]  3104/15
50 [1]  3052/20 3066/18
50 percent [2]  3073/11 3073/14
50,000 pounds [1]  3096/16
500 [5]  2917/23 2918/20 2921/18
 2956/7 2956/19
500,000 barrels [2]  3073/11 3073/23
500,000-barrel [1]  3073/12
5000 [1]  2919/18
501 [1]  2918/13
504 [1]  2921/19
50s [1]  3066/12
53 [1]  3101/12
53,000 [2]  3097/9 3104/20
53,000 barrels [2]  3097/5 3104/6
55,000 [3]  3104/2 3104/6 3104/19
556 [1]  2917/23
56 [2]  3024/3 3024/16
57 [1]  3105/3
5786 psi [1]  3070/25
589-7778 [1]  2921/19
59 [1]  3105/3

## 6

6.1 [5]  2991/3 3017/15 3019/1 3021/14
 3023/17
6.1 inch [1]  2977/5
60,000 barrels [3]  3097/15 3100/21
 3102/6
60-fold [1]  2995/21
600 [1]  2918/4
60654 [1]  2919/24
64 [1]  2954/2
645 [2]  2952/6 2955/25
65,000 barrels [1]  2960/19
655 [1]  2920/7
688 [1]  2955/25
688 kilograms [1]  2952/7

## 7

7 percent [1]  2931/18
70 percent [1]  2928/2
70,000 [2]  3101/4 3101/23
70-kilopascal [1]  2929/16
700 [1]  2918/10
701 [2]  2919/4 2919/18
70112 [1]  2921/13
70113 [1]  2917/20
70130 [3]  2918/8 2919/4 2921/19
70139 [1]  2919/19
70163 [1]  2920/14
70502 [1]  2917/24
70601 [1]  2918/14
70804 [1]  2918/24
75270 [1]  2921/6
7611 [1]  2919/15
77002 [1]  2920/17
77010 [1]  2921/9
7722 [1]  3007/6
777 [1]  2918/16
7778 [1]  2921/19

## 8

8.6 [1]  3065/6
8.6 hours [1]  3065/4
820 [1]  2917/19
86 [13]  3035/7 3039/5 3059/20 3059/24
 3061/10 3063/7 3065/8 3067/2 3085/17
 3085/19 3086/3 3089/9 3101/22
86-day [2]  3050/20 3066/10
8700 [1]  3072/17
8700 psi [7]  3071/5 3071/21 3072/10
 3073/6 3073/10 3074/24 3075/6
8:00 a.m [1]  3118/1
8A [1]  3081/5
8th [1]  3039/15

## 9

9 7/8-inch [1]  3117/14
9 feet [1]  2977/4
9.4 [3]  3052/16 3064/24 3064/25
900,000 [1]  2931/6
90071 [2]  2920/4 2920/22
94005 [1]  2918/23
97 percent [1]  2928/2
97.6 [3]  2941/13 2941/24 2942/2
97.6 percent [1]  2941/10
97.8 percent [1]  2927/25
9732 [1]  2954/22
98 [2]  2941/13 2941/25
99 [2]  2941/14 2942/2
99 point-something [1]  2941/25
9:00 [1]  3012/14
9:00 and [1]  3065/25
9:00 p.m [1]  2986/12
9:30 [8]  2986/12 2986/15 3012/14
 3014/7 3014/22 3015/17 3065/17
 3065/25

## A

a priori [1]  2932/23
A-D-R-I-A-N [1]  3030/24
A-N-D-R-E-A-S [1]  2965/20
a.m [1]  3118/1
A1 [1]  2984/4
Aachen [2]  2966/12 2967/3
ability [2]  3035/6 3130/13
able [11]  2926/12 2930/8 2930/18
 2931/10 2984/10 2987/21 3009/5
 3077/2 3087/25 3106/18 3117/23
about [223]
above [8]  2928/1 3058/7 3058/8
 3076/13 3077/17 3084/12 3085/16
 3130/15
above-entitled [1]  3130/15
abrasion [2]  3021/9 3027/18
absence [1]  3074/4
absolutely [7]  2944/16 2965/3 3002/4
 3034/17 3042/21 3121/22 3123/2
academic [2]  2967/6 2967/7
accelerate [1]  3042/16
accelerational [2]  3042/15 3042/19
accept [2]  2972/22 3038/8
acceptable [1]  2986/17
accepted [2]  3041/2 3112/5
according [5]  2931/16 2955/5 2991/6
 2996/25 3010/12
account [16]  2955/16 2983/10 3039/12
 3039/13 3039/18 3039/23 3042/3
 3046/5 3049/4 3061/3 3067/1 3080/17
 3095/23 3099/8 3116/1 3116/11
accounted [2]  3087/3 3095/22
accounting [1]  3063/15
accuracy [6]  2945/2 2945/4 2960/17
 3060/3 3087/18 3090/9
accurate [14]  2941/11 2942/3 2945/9
 3006/22 3006/22 3037/1 3044/18
 3045/14 3050/21 3090/5 3092/15
 3092/20 3110/14 3126/4
accurately [4]  2934/8 2972/6 3074/3

A

accurately... [1] 3092/22
acknowledge [1] 3064/17
acknowledges [1] 3064/20
across [13] 2926/2 2926/9 2930/1
2930/6 2930/16 2931/14 2931/19
2943/25 2944/8 2945/6 3043/5 3048/21
3080/16
act [1] 2978/7
action [1] 3009/16
activated [1] 3052/7
active [1] 2969/9
activities [1] 2969/8
actual [12] 2933/5 2947/17 2983/16
2996/18 2999/22 3005/15 3016/4
3034/22 3051/4 3099/10 3109/16
3114/6
actually [53] 2929/24 2935/6 2936/21
2938/16 2939/1 2941/12 2945/5 2945/6
2958/6 2960/18 2961/13 2961/24
2963/12 2964/5 2967/6 2975/18 2976/2
2976/13 2983/6 2984/13 2984/17
2986/7 2986/8 2986/16 2989/9 2990/9
2991/12 2992/22 2992/24 2994/8
2996/8 2996/24 2997/22 3009/13
3010/22 3011/5 3012/2 3012/22 3013/1
3015/19 3019/24 3022/9 3022/13
3022/14 3024/21 3026/1 3030/17
3074/8 3080/18 3084/4 3095/21 3104/5
3107/2
Adams [11] 3125/3 3125/13 3125/14
3125/16 3126/13 3126/16 3126/19
3127/7 3127/24 3128/5 3128/7
add [4] 2937/23 2938/2 2938/19 3102/1
added [4] 2990/8 2992/22 3029/1
3083/6
adding [1] 3116/5
addition [5] 2979/11 3034/15 3039/6
3040/3 3127/6
additional [11] 2992/2 3039/7 3050/11
3057/13 3087/12 3116/12 3121/12
3121/13 3122/11 3127/3 3127/4
additives [2] 2991/20 2991/22
address [3] 2942/5 2985/12 3123/8
addressed [1] 3074/10
adds [1] 3057/9
adjacent [1] 2929/8
adjourned [1] 3130/7
adjust [1] 3044/6
adjusted [1] 3077/3
adjusting [1] 3065/14
adjustment [2] 2935/19 2935/24 2937/6
3075/25
adjusts [1] 2936/18
admit [5] 2957/8 2973/5 3001/6 3001/12
3110/3
admits [1] 3040/13
admitted [3] 2972/25 2988/21 3038/11
Adrian [3] 3030/16 3030/19 3030/23
advice [1] 3001/20
affect [11] 2975/9 2991/22 2992/1
3042/23 3049/23 3049/23 3050/4
3055/15 3055/16 3055/17 3103/6
affecting [2] 3050/1 3078/12
affects [4] 3048/21 3048/23 3048/24
3080/10
affirmative [5] 3121/20 3122/3 3122/6
3122/11 3123/24
affirmatively [1] 3121/21
afield [1] 3096/19
afraid [1] 2996/10
after [47] 2923/10 2923/13 2925/6

2941/21 2944/11 2944/19 2948/2
2949/20 2959/12 2972/7 2973/24
2974/2 2979/9 2980/8 2986/15 2997/14
3003/25 3004/7 3024/11 3024/13
3024/22 3032/4 3032/11 3032/12
3032/16 3032/17 3033/1 3054/16
3054/18 3054/22 3055/4 3055/5 3057/2
3058/11 3058/13 3063/2 3065/18
3075/10 3076/13 3082/11 3089/1
3090/20 3100/8 3101/10 3109/18
3109/21 3124/12
afternoon [4] 2917/14 2923/1 3093/20
3093/22
afterwards [1] 3032/13
again [55] 2924/16 2924/22 2927/10
2931/10 2931/20 2933/9 2933/14
2938/9 2942/16 2943/8 2945/17
2946/15 2947/6 2952/15 2955/14
2956/3 2957/16 2981/9 2982/19
3002/24 3007/16 3010/12 3014/14
3016/2 3021/3 3021/22 3022/4 3024/17
3026/7 3026/14 3032/19 3033/19
3036/23 3048/10 3054/20 3057/4
3058/12 3059/25 3063/24 3063/24
3068/14 3069/3 3071/24 3072/21
3073/18 3075/25 3082/1 3083/11
3085/7 3091/11 3105/8 3115/18
3115/20 3122/20 3125/11
against [2] 3023/12 3036/7
aggregate [6] 2938/19 2968/2 2968/10
2968/12 2975/25 2976/1 2991/19
2992/11 2992/12 2992/14 2992/16
3018/1 3022/2 3022/5 3022/11 3023/2
3028/11 3029/18 3029/23
aggregates [6] 2968/8 2997/21 2997/21
2997/22 3002/10 3018/12
aggressive [1] 3009/16
ago [6] 2930/21 2991/5 3015/10 3061/8
3064/6 3108/4
agree [37] 2936/19 2940/19 2971/5
2971/6 2986/9 3000/11 3000/15 3021/1
3021/3 3022/10 3022/20 3022/21
3024/15 3027/3 3040/15 3076/15
3077/6 3077/15 3077/20 3078/2 3078/5
3078/19 3086/17 3087/20 3090/11
3092/21 3096/25 3099/12 3099/17
3102/2 3102/3 3102/4 3113/3 3115/22
3116/18 3126/24 3127/8
agreed [1] 3092/24
agreement [1] 3128/21
ahead [5] 2929/12 2998/11 3003/18
3015/3 3115/8
aid [1] 3043/14
aided [1] 2921/25
aiming [1] 2960/23
al [3] 2917/8 2917/11 3023/23
Alabama [1] 2918/20
ALAN [1] 2921/9
aligned [2] 3125/1 3128/4
all [179] 2924/2 2924/3 2926/2 2926/8
2926/16 2927/19 2929/16 2930/14
2931/5 2931/10 2932/10 2933/10
2934/10 2934/21 2937/9 2937/23
2938/19 2939/5 2939/5 2940/24
2944/12 2948/2 2953/11 2953/17
2953/23 2954/4 2957/17 2958/10
2959/11 2961/3 2962/6 2962/6 2964/23
2965/4 2967/18 2969/8 2971/25
2974/16 2974/24 2974/24 2976/1
2983/2 2985/1 2985/20 2990/4 2993/11
2993/18 2998/7 3000/4 3000/8 3000/16
3005/18 3007/12 3007/14 3008/22
3009/3 3010/24 3012/2 3013/16

3014/24 3015/1 3015/1 3017/24 3018/4
3019/1 3033/1 3033/6 3033/3 3033/9
3034/11 3035/5 3037/10 3037/13
3037/13 3037/13 3037/15 3037/15
3037/17 3038/8 3041/5 3041/8 3042/21
3042/22 3042/23 3042/24 3043/2
3045/13 3045/16 3045/23 3045/23
3045/23 3046/14 3047/5 3047/6 3047/9
3048/4 3049/25 3050/2 3050/3 3050/4
3050/5 3052/1 3052/10 3054/16
3055/15 3056/12 3056/13 3057/5
3057/21 3058/6 3059/19 3062/25
3063/1 3063/17 3063/19 3063/20
3065/2 3067/8 3069/19 3072/2 3073/1
3073/2 3073/2 3075/15 3075/19 3076/8
3076/11 3076/19 3076/21 3077/4
3077/8 3077/15 3078/7 3078/11
3078/18 3079/19 3079/20 3080/12
3083/4 3083/5 3083/8 3083/16 3084/1
3084/22 3085/18 3086/20 3087/2
3087/2 3090/22 3091/6 3091/10
3092/17 3093/4 3093/13 3096/15
3097/25 3099/9 3100/6 3100/13
3103/15 3107/24 3109/4 3109/15
3114/14 3114/19 3115/12 3115/25
3117/19 3118/12 3122/3 3122/3 3123/4
3124/9 3125/6 3126/2 3128/23 3129/15
3130/1 3130/6
ALLAN [1] 2919/3
ALLEN [1] 2920/21
allow [2] 2972/22 2982/8
allowed [4] 3009/3 3013/10 3096/4
3119/15
allows [1] 3014/24
almost [7] 2924/2 2924/6 2938/21
2950/9 2985/17 3041/5 3128/23
alone [3] 2938/8 3051/9 3100/10
along [8] 2938/1 2940/12 2957/17
3017/6 3074/24 3086/3 3093/17
3111/15
already [7] 2932/6 2945/12 2947/23
2966/3 3107/18 3108/23 3109/9
also [49] 2949/3 2958/12 2961/15
2966/12 2966/13 2967/2 2967/20
2969/9 2972/9 2972/24 2975/11
2977/14 2979/5 2979/5 2979/17 2985/9
2986/23 2990/8 2991/10 3001/12
3002/11 3003/3 3012/19 3017/8 3028/5
3028/20 3031/23 3035/20 3035/21
3037/2 3039/24 3040/11 3042/14
3044/25 3046/18 3047/1 3055/21
3056/15 3056/20 3058/9 3067/4
3068/23 3077/16 3088/18 3089/16
3091/3 3105/12 3116/4 3116/8
Alternate [1] 3083/13
alternative [12] 2971/9 3014/3 3067/4
3082/20 3082/24 3083/2 3083/13
3083/19 3083/23 3084/2 3084/6
3084/19
aluminum [1] 2994/16
always [4] 2936/22 3033/3 3089/6
3126/12
am [11] 2949/16 2950/17 2966/11
2966/12 2966/20 2966/21 2969/1
3014/18 3099/2 3129/1 3129/21
AMERICA [8] 2917/10 2919/6 2919/10
2919/18 2919/21 2920/3 2920/6
2920/10
amount [10] 2935/16 2936/2 3010/17
3044/2 3048/24 3055/17 3076/5 3088/5
3096/9 3103/18
amounts [1] 3100/16
Anadarko [13] 2921/11 2921/11 2921/14

A

Anadarko... [10] 2921/15 2965/8
2965/10 2965/22 3003/25 3004/7
3004/11 3030/13 3031/3 3031/12
Anadarko's [1] 3119/25
analogous [1] 2964/8
analyses [2] 3059/12 3059/14
analysis [38] 2948/23 2949/17 2958/1
2962/1 2963/21 2974/1 2974/4 2976/16
2977/18 2979/19 2982/15 2982/25
2985/15 2985/19 2986/24 2987/12
2987/15 2987/18 2988/11 2988/14
2988/20 2989/7 2992/8 3000/16
3000/19 3001/3 3025/25 3026/8 3036/2
3038/4 3055/7 3055/9 3058/14 3059/8
3061/23 3069/17 3074/13 3081/8
analyze [4] 2958/17 2963/22 2977/8
3060/23
analyzed [2] 2944/12 2963/19
ANDREAS [2] 2965/15 2965/19
ANDREW [1] 2919/21
Angeles [2] 2920/4 2920/22
angle [8] 2975/19 3020/5 3020/10
3020/13 3020/17 3020/19 3021/1
3021/4
angles [3] 3020/20 3020/21 3021/5
animation [2] 3047/24 3049/17
ANNA [1] 2919/13
announced [1] 3126/12
annual [1] 3095/19
annular [6] 2948/8 2949/11 3048/12
3048/13 3049/19 3049/21
annulus [10] 2977/15 3045/11 3045/25
3046/8 3046/9 3048/22 3049/1 3079/24
3115/25 3116/7
another [20] 2962/10 2962/10 2968/1
2971/8 2980/22 2981/22 2984/4
2989/11 3017/8 3017/11 3018/25
3020/25 3021/8 3029/4 3042/20
3078/21 3096/5 3108/8 3109/3 3111/25
answer [24] 2927/14 2936/1 2937/18
2942/4 2942/10 2942/10 2947/23
2948/16 2949/2 2950/22 2952/24
2956/14 2957/19 2959/1 2960/21
2964/9 2964/24 3002/7 3029/19
3029/21 3043/6 3083/7 3116/23
3118/25
answered [6] 2938/9 2943/17 3003/17
3026/19 3116/20 3116/21
answering [1] 3026/20
answers [1] 2961/5
ANTHONY [1] 2918/7
anticipated [1] 3116/15
any [151] 2927/8 2927/19 2929/4
2930/5 2932/10 2932/16 2933/16
2939/12 2941/15 2942/2 2942/6
2944/15 2944/21 2944/21 2945/20
2946/24 2947/11 2947/18 2947/21
2948/11 2948/12 2948/13 2948/20
2948/25 2950/13 2952/2 2952/24
2953/25 2955/15 2957/14 2958/8
2959/9 2961/24 2967/24 2968/20
2970/11 2970/25 2972/1 2972/17
2973/1 2974/18 2976/3 2977/16
2977/23 2977/25 2979/9 2979/9
2979/12 2979/18 2980/23 2982/23
2985/19 2985/20 2985/23 2985/25
2986/4 2986/20 2986/22 2987/2 2987/6
2988/25 2989/4 2991/20 2991/24
2992/2 2992/2 2993/9 2995/8 2996/4
2996/8 2996/18 2996/19 2996/19
2996/21 2997/23 2997/24 2998/1

2998/15 2999/5 2999/22 3000/4
3000/25 3001/8 3002/10 3002/11
3002/18 3003/20 3004/15 3004/25
3005/20 3006/1 3006/9 3009/1 3009/9
3009/19 3010/20 3011/12 3011/25
3014/2 3014/18 3016/14 3017/5
3020/16 3025/17 3026/2 3027/5 3028/2
3028/21 3029/15 3030/9 3033/17
3034/25 3036/23 3037/7 3038/6
3038/22 3038/23 3039/12 3039/24
3040/2 3041/16 3042/3 3053/7 3062/24
3066/21 3067/23 3071/10 3076/13
3076/20 3078/11 3087/8 3087/11
3088/1 3089/12 3093/2 3094/6 3094/23
3097/4 3097/8 3098/25 3105/18 3107/1
3109/17 3109/20 3110/11 3110/12
3112/2 3113/13 3117/18 3119/15
3130/1
anymore [2] 2924/10 2999/19
anyone [5] 2964/20 2995/8 3025/3
3087/8 3109/20
anything [14] 2927/3 2928/4 2940/12
2940/23 2947/10 2948/18 2952/9
2958/18 2958/24 2961/20 2988/23
2993/4 3025/5 3027/22
anyway [2] 2937/25 3087/11
anywhere [2] 2948/21 2950/16
apart [1] 3058/11 3059/16 3086/9
3094/5
APLC [1] 2919/17
apologize [3] 2940/1 2950/6 2956/16
apparently [1] 3118/12
appear [2] 2984/8 3120/7
Appearances [5] 2917/17 2918/1 2919/1
2920/1 2921/1
appears [5] 2929/21 2955/10 3039/16
3056/16 3101/18
appendix [8] 2983/21 3011/2 3011/3
3011/17 3052/18 3064/16 3114/4
3122/5
Appendix A [4] 2983/21 3011/2 3011/3
3011/17
Appendix B [1] 3114/4
Appendix W [2] 3052/18 3064/16
apples [3] 2934/5 2955/3 2955/3
application [2] 3019/16 3020/7
applications [1] 3019/4
applies [3] 2917/6 3066/5 3089/22
apply [3] 2935/19 3066/9 3086/7
applying [1] 3089/24
appraisal [1] 3034/20
appreciate [1] 2999/17
appreciated [2] 3051/14 3051/18
approach [11] 2970/7 2970/8 2970/9
2973/25 2974/4 3022/5 3024/1 3043/23
3058/25 3080/24 3083/12
approaches [5] 2989/23 2990/7 2990/17
2991/15 2996/13
approaching [1] 3099/15
appropriate [5] 3076/1 3087/9 3089/20
3123/3 3128/19
approximate [1] 2954/13
approximated [1] 2951/2
approximately [1] 2931/8
APRIL [14] 2917/5 2934/23 2935/6
2936/18 2943/7 2971/17 3013/20
3014/6 3014/23 3039/15 3067/24
3070/18 3071/12 3093/3
April 20 [7] 2971/17 3013/20 3014/6
3014/23 3067/24 3071/12 3093/3
April 22 [3] 2935/6 2936/18 2943/7
aprons [1] 3021/21
are [259]

area [14] 2961/7 2971/3 2977/9 3008/15
3013/3 3013/6 3071/1 3077/1 3116/3
3116/8 3116/9 3116/12 3116/18 3117/6
areas [4] 2947/24 2948/7 2972/1
3008/21
aren't [3] 3019/24 3087/3 3102/6
argue [1] 3006/21
arguing [1] 3121/24
argument [3] 3010/13 3083/4 3119/13
arguments [3] 2933/3 3119/8 3120/20
arithmetic [1] 3083/6
around [18] 2928/10 3035/8 3050/24
3054/1 3057/8 3058/11 3068/5 3072/10
3078/9 3078/17 3079/23 3087/25
3088/12 3091/19 3099/24 3103/14
3110/2 3112/5
arrive [9] 3043/8 3043/11 3050/21
3059/4 3061/18 3062/3 3065/6 3085/10
3085/12
arrived [2] 3062/7 3098/22
arrives [1] 3063/2
arriving [3] 3059/1 3060/13 3060/21
3060/24 3061/2 3063/3 3088/23
arrow [2] 3081/15 3081/17
article [4] 3022/17 3026/23 3026/24
3027/11
articles [6] 2975/4 2975/5 3003/20
3003/24 3004/3 3008/18
as [208] 2923/7 2923/20 2924/9 2929/2
2929/8 2931/23 2935/12 2935/12
2935/13 2935/13 2940/11 2940/11
2940/13 2941/7 2943/17 2944/4 2944/5
2944/5 2944/10 2944/10 2944/13
2951/2 2951/18 2955/18 2959/8 2959/8
2959/19 2960/22 2961/14 2964/10
2964/16 2964/20 2965/1 2965/1
2965/10 2965/16 2966/25 2969/11
2969/13 2971/9 2971/16 2972/16
2973/25 2976/15 2977/4 2978/7
2978/16 2979/22 2981/23 2983/1
2985/2 2986/7 2987/7 2987/13 2987/15
2992/6 2994/3 2994/5 2994/12 2997/2
2997/2 2998/1 2998/24 2999/1 2999/11
2999/18 3000/12 3007/3 3009/12
3009/15 3009/15 3012/23 3012/25
3013/25 3014/17 3014/18 3015/5
3018/12 3020/24 3020/25 3022/7
3023/11 3023/12 3023/19 3023/21
3025/11 3025/11 3025/25 3028/10
3029/25 3029/25 3030/20 3031/11
3031/14 3032/8 3032/22 3034/17
3035/17 3035/22 3036/8 3038/3
3040/18 3040/19 3041/15 3042/1
3042/2 3042/3 3042/4 3042/22 3042/24
3043/15 3044/16 3045/5 3045/18
3046/8 3046/12 3046/13 3046/18
3046/18 3046/21 3047/3 3047/4 3047/9
3048/3 3048/4 3048/5 3048/6 3048/7
3048/8 3048/9 3048/16 3048/22
3049/18 3049/24 3049/24 3050/6
3053/5 3054/14 3057/12 3058/19
3058/19 3059/17 3060/15 3060/18
3061/7 3061/19 3062/11 3062/12
3063/8 3064/15 3068/8 3070/2 3070/6
3070/18 3070/24 3071/7 3071/12
3072/5 3073/20 3073/24 3075/24
3078/12 3079/22 3080/10 3082/3
3082/23 3083/25 3088/4 3088/11
3090/12 3095/12 3095/25 3096/11
3097/11 3098/21 3103/8 3106/13
3107/1 3107/4 3107/11 3107/15
3107/21 3108/21 3109/5 3111/8
3111/10 3111/22 3111/25 3112/1

# A

as... [19] 3112/6 3113/17 3114/14
3116/2 3116/5 3119/12 3119/12 3121/1
3122/7 3123/15 3123/18 3127/11
3127/11 3127/22 3128/14 3129/7
3129/7 3129/17 3129/18
Asbill [1] 2920/15
ascribes [1] 3091/21
ash [1] 3022/23
ASHBY [4] 2988/16 2988/20 2988/20
2989/7
aside [1] 3111/16
ask [12] 2940/19 2953/14 2964/21
2986/1 2989/1 3005/23 3006/4 3008/19
3013/17 3026/14 3096/8 3104/24
asked [30] 2928/24 2933/4 2943/11
2943/17 2943/18 2950/17 2955/21
2958/12 2958/24 2959/11 2961/6
2963/25 2964/22 2969/16 2969/17
2969/18 2981/19 3002/17 3003/14
3007/17 3029/8 3036/16 3036/17
3078/2 3094/17 3116/20 3127/7 3128/6
3128/9 3128/16
asking [11] 2957/12 2961/22 2982/2
2998/8 3005/24 3006/9 3008/24 3098/1
3109/6 3123/24 3129/2
assert [1] 3090/24
assess [3] 2948/13 2948/20 2969/17
assessing [3] 2974/1 2976/6 2980/7
assessment [1] 2987/19
ASSET [1] 2917/8
assigns [1] 3086/15
associated [2] 2945/5 3033/3
assume [8] 2950/1 2952/18 2961/1
2962/15 2979/24 2981/19 2981/20
3007/17
assumed [8] 2950/4 2982/6 2986/11
2993/7 3006/18 3007/17 3014/7
3106/20
assumes [3] 2951/1 3090/19 3090/22
assuming [11] 2950/2 2950/7 2970/19
2979/3 2996/9 2996/19 2996/25
2999/12 3006/18 3010/12 3063/14
assumption [33] 2949/23 2977/20
2977/21 2977/23 2977/25 2978/8
2978/25 2979/14 2981/5 2982/2 2983/1
2985/15 2985/16 2986/8 3000/20
3000/22 3001/10 3006/22 3012/2
3012/3 3012/20 3012/22 3015/11
3025/25 3063/12 3067/17 3072/23
3074/9 3082/18 3099/6 3102/21 3108/5
3120/23
assumptions [25] 2977/16 2977/20
2978/12 2978/14 2979/11 2987/19
3005/1 3005/18 3006/11 3006/12
3011/6 3059/15 3060/1 3060/6 3073/1
3073/3 3074/14 3074/23 3080/8
3086/20 3090/4 3090/18 3090/21
3098/21 3100/15
assurance [2] 3033/13 3033/15
at [295]
ation [1] 2957/11
attack [5] 3020/5 3020/11 3020/13
3020/17 3021/1
attacks [1] 3020/19
attempt [2] 3056/12 3121/21
attempted [2] 2960/14 2997/17
attempting [1] 3050/10
attempts [2] 3055/24 3055/24
attention [3] 2963/11 2978/23 3000/13
Attorney [2] 2918/18 2918/22
author [1] 3027/15

authors [2] 3022/14 3022/17
available [16] 2941/2 2950/5 3025/19
3050/20 3050/24 3064/13 3066/14
3066/16 3069/19 3070/13 3070/20
3075/20 3094/9 3119/16 3120/24
3121/4
Avenue [4] 2917/19 2918/20 2920/10
2920/21
averages [2] 2947/14 2947/16
awarded [1] 2967/10
aware [28] 2943/21 2944/2 2944/6
2949/14 2949/17 2949/20 2949/20
2958/20 2959/12 2995/3 2995/3 2995/6
2997/24 2997/25 2999/5 2999/6 2999/9
2999/11 3001/25 3002/3 3014/18
3015/21 3029/22 3033/18 3109/17
3109/19 3109/20 3113/13
away [2] 2990/6 3064/20
awful [2] 2945/21 3105/20
axis [10] 2929/17 2992/5 3067/8 3067/9
3067/10 3067/11 3081/5 3081/5 3081/6
3081/7

# B

back [36] 2941/20 2950/21 2964/13
2968/13 2980/24 2991/16 2995/12
3015/7 3020/1 3020/2 3025/20 3029/24
3030/17 3033/24 3039/16 3039/21
3040/10 3041/24 3046/23 3048/17
3049/10 3055/7 3055/12 3055/16
3055/19 3058/23 3059/14 3062/13
3070/17 3071/23 3100/25 3116/16
3118/20 3118/24 3118/25 3127/12
back-door [1] 3127/12
background [7] 2931/4 2966/19 2968/13
2973/25 2974/10 3031/19 3032/3
backwards [1] 3039/5
bad [1] 3009/18
ballpark [1] 2931/21
bar [5] 3086/10 3086/14 3086/18
3086/22 3086/25
BARBIER [3] 2917/15 2928/24 3124/16
BARR [3] 2918/3 3128/15 3128/22
barrel [9] 2959/19 3069/16 3073/12
3074/22 3075/1 3084/10 3086/11
3092/14 3104/15
barrels [30] 2960/19 3012/14 3012/16
3012/17 3051/4 3068/6 3069/8 3069/10
3069/10 3069/11 3069/12 3073/9
3073/11 3073/23 3081/7 3089/24
3092/7 3092/10 3097/5 3097/15
3099/13 3100/21 3102/6 3104/2 3104/6
3105/1 3105/2 3108/12 3110/8 3110/9
barrier [8] 2976/15 2976/17 2976/25
2977/13 2977/15 2978/7 2978/16
2979/1
BARRY [1] 2919/23
bars [2] 2935/2 3077/11
basalt [1] 3023/2
basaltic [2] 3018/12 3018/17
base [2] 2993/9 3091/1
based [49] 2933/24 2936/4 2949/23
2955/23 2967/18 2967/19 2968/7
2968/19 2968/24 2970/6 2970/11
2974/20 2975/8 2975/11 2975/24
2981/20 2985/2 2987/3 2988/4 2988/14
2990/9 2991/13 2993/3 2996/15
2997/19 3000/19 3001/20 3002/8
3004/25 3004/25 3006/11 3006/14
3009/17 3014/14 3021/22 3021/23
3023/22 3027/9 3063/9 3065/5 3072/14
3082/11 3083/15 3092/25 3101/15
3104/1 3110/21 3119/13 3119/14

basic [4] 2977/19 2984/9 3102/24
basically [15] 2974/11 2975/24 2978/10
2981/23 2983/22 2986/6 2990/4 3000/2
3032/14 3039/4 3059/14 3062/9 3064/2
3067/20 3081/8
basins [1] 3021/21
basis [18] 2934/3 2940/16 2940/17
2984/25 2985/20 2986/8 2986/20
2993/6 2998/3 2998/4 3006/12 3006/23
3013/15 3014/23 3039/17 3107/7
3123/10 3128/9
Baton [1] 2918/24
battery [1] 3070/14
Baylen [1] 2918/4
be [120] 2923/3 2925/23 2926/7 2928/2
2929/3 2929/5 2929/9 2929/21 2931/23
2934/7 2940/6 2940/8 2951/2 2953/16
2955/24 2956/20 2957/11 2958/13
2960/5 2961/2 2964/24 2965/13
2965/22 2970/22 2972/25 2973/2
2974/9 2974/23 2975/10 2976/2 2976/4
2977/23 2979/9 2981/19 2981/20
2984/19 2984/23 2989/1 2990/22
2993/20 2996/7 2997/13 2999/15
3000/9 3004/10 3008/23 3009/13
3009/19 3010/14 3010/17 3013/7
3013/9 3014/2 3014/7 3022/12 3025/10
3025/17 3033/17 3033/18 3033/18
3033/23 3034/8 3034/9 3034/12
3034/12 3036/9 3039/3 3041/8 3042/23
3046/2 3046/4 3050/5 3051/8 3053/20
3056/16 3058/21 3060/5 3060/7 3064/5
3064/9 3068/9 3071/7 3076/2 3076/20
3077/4 3077/10 3077/20 3080/8 3080/9
3084/10 3086/23 3086/25 3087/25
3091/15 3092/22 3093/11 3095/5
3100/5 3104/7 3106/18 3109/7 3109/25
3110/4 3110/14 3110/15 3110/22
3112/8 3115/23 3115/24 3117/23
3119/15 3120/7 3124/8 3124/12
3124/18 3125/7 3126/13 3128/11
3129/7 3129/10
because [70] 2924/13 2926/9 2930/8
2932/4 2932/12 2933/5 2934/14 2937/1
2937/23 2937/25 2939/4 2939/9 2942/5
2946/22 2951/16 2953/10 2957/16
2958/13 2960/3 2961/2 2962/7 2962/11
2962/17 2968/8 2976/3 2977/2 2977/10
2978/10 2980/21 2981/23 2992/4
2996/24 2998/21 3000/24 3001/11
3020/22 3022/5 3024/21 3027/8 3028/9
3036/25 3040/22 3042/11 3042/13
3042/22 3045/24 3046/2 3046/12
3049/2 3051/8 3053/23 3054/16 3060/5
3076/19 3078/18 3080/15 3087/10
3087/24 3089/7 3092/17 3095/8
3095/21 3099/6 3100/6 3105/10 3107/1
3107/11 3111/25 3115/24 3126/12
been [48] 2923/7 2933/15 2939/24
2940/5 2941/3 2942/17 2953/7 2959/10
2965/16 2967/12 2970/21 2971/2
2971/7 2977/20 2978/1 2979/15 2983/9
2988/5 2988/21 3000/15 3001/10
3003/1 3012/23 3015/18 3024/12
3024/13 3024/20 3026/1 3030/20
3035/11 3036/5 3036/12 3046/9
3071/12 3088/4 3094/2 3094/4 3107/6
3107/20 3108/25 3114/24 3119/17
3120/7 3122/2 3122/4 3122/8 3123/21
3125/4
before [29] 2917/14 2929/24 2935/13
2943/12 2944/17 2945/16 2962/15

B

before... [22] 2969/11 2971/17 2995/4
2995/6 2995/7 3013/3 3014/5 3014/10
3024/7 3031/14 3040/7 3044/8 3048/23
3065/17 3070/7 3074/20 3098/8
3101/24 3107/14 3118/6 3125/8
3126/13
beg [1] 2962/5
beginning [9] 2932/5 2936/25 2937/25
2964/15 2990/25 3085/8 3094/5
3127/15 3128/17
begins [1] 3127/25
behalf [4] 2993/22 3031/3 3093/20
3096/24
behave [1] 3034/23
behavior [11] 2964/8 3032/8 3033/4
3033/6 3035/12 3041/6 3047/17 3077/3
3079/21 3079/22 3082/4
behaviors [2] 2939/5 3048/21
behind [2] 3058/10 3114/15
being [27] 2940/20 2949/12 2957/4
2968/1 2968/6 2977/6 2979/22 2981/14
2987/25 2992/3 2992/5 2994/12 3009/4
3009/17 3010/25 3011/7 3013/25
3029/1 3057/2 3090/22 3098/12
3098/22 3100/10 3102/22 3107/16
3112/6 3123/17
believe [41] 2923/23 2938/24 2941/12
2950/7 2952/8 2952/11 2952/15 2953/8
2965/11 2972/17 3012/6 3015/10
3027/5 3051/8 3059/19 3065/9 3066/6
3077/6 3080/23 3085/16 3085/19
3086/25 3087/10 3087/22 3090/10
3093/1 3097/21 3097/24 3100/5 3101/6
3101/20 3104/4 3106/13 3106/15
3108/10 3109/12 3112/10 3114/4
3122/10 3124/24 3128/18
believes [1] 3076/1
belongs [1] 2968/6
below [9] 2944/3 2948/18 2949/3
2950/16 3064/24 3077/17 3084/11
3085/15 3086/22
Ben [3] 3129/16 3129/19 3129/23
BENSON [4] 2919/11 3093/8 3093/20
3117/20
besides [1] 2991/19
best [25] 2925/25 2927/12 2927/12
2927/16 2939/10 3060/15 3060/18
3060/21 3060/24 3061/2 3063/4
3063/12 3064/7 3069/22 3070/9
3078/25 3083/2 3083/3 3083/13
3083/17 3084/18 3091/1 3097/14
3107/4 3130/13
BETHANY [1] 2919/13
better [12] 2927/15 2936/23 2938/11
2941/3 2941/19 2942/2 2942/3 2946/4
2989/19 3030/17 3080/2 3120/16
between [43] 2923/24 2927/1 2930/25
2932/22 2933/23 2935/6 2935/7
2938/23 2942/5 2967/22 2968/9
2976/18 2976/25 2986/12 2990/15
2992/15 3012/10 3012/13 3013/20
3033/7 3039/15 3045/25 3052/22
3057/6 3058/8 3065/25 3066/11
3066/17 3067/24 3068/1 3068/13
3068/18 3070/5 3071/22 3072/4 3074/7
3077/5 3080/22 3081/15 3090/19
3103/4 3108/8 3112/11
beyond [8] 2923/13 2925/6 2938/25
2939/4 2939/6 2942/23 3034/24 3124/5
bias [1] 3096/5
big [7] 2936/1 2937/8 3034/6 3034/11

3044/1 3045/2 3104/11
bigger [1] 3092/6
billed [1] 3095/13
Bingham [1] 2921/14
Binici [1] 3018/11
bit [8] 2950/25 2989/15 3062/6 3096/23
3099/22 3110/23 3116/15 3124/25
bits [1] 3032/9
black [20] 2926/24 2933/10 2953/18
2953/21 2953/25 2954/3 2954/11
2954/22 2955/7 2956/2 3067/13
3067/13 3067/14 3072/13 3072/13
3081/15 3081/17 3082/8 3112/1
3112/25
blades [1] 3058/18
blend [5] 2992/21 3028/13 3028/14
3028/15 3028/15
blind [25] 2923/16 2925/14 2930/1
2930/6 2930/16 2931/14 2931/19
2931/24 2933/12 2934/22 2935/2
2938/4 2938/5 2944/9 2946/20 2947/3
2948/7 2948/12 2948/21 2949/10
2961/20 2962/4 2962/6 2962/15
2962/22
block [4] 3053/24 3054/23 3054/23
3056/2
blocks [1] 2934/24
blowout [13] 2974/2 2980/8 2981/11
3014/16 3039/15 3052/4 3052/17
3065/18 3067/12 3067/18 3068/11
3071/5 3109/21
blue [10] 2933/11 2935/2 2938/5
2938/16 2941/8 3081/1 3081/12
3081/23 3081/25 3082/1
Blunt [1] 3120/18
Blunt's [1] 3112/21
blurry [1] 2945/20
Bly [4] 2970/3 3005/2 3052/18 3064/16
board [1] 2942/24
BOLES [1] 2920/3
BOP [71] 2943/25 2944/3 2944/8
2948/18 2948/24 2949/4 2949/18
2949/23 2950/7 2950/15 2950/20
2950/22 2951/7 2954/13 2957/15
2961/16 2963/18 2971/18 3014/6
3037/12 3037/15 3053/12 3053/18
3053/19 3054/11 3054/12 3055/22
3056/1 3056/2 3056/2 3056/3 3056/8
3056/10 3056/21 3056/24 3057/2
3057/8 3057/9 3057/11 3062/2 3062/17
3062/19 3063/16 3063/18 3066/20
3066/25 3070/4 3071/4 3071/5 3076/9
3078/13 3078/15 3078/15 3078/17
3083/21 3083/24 3084/11 3084/21
3085/15 3085/15 3090/18 3090/21
3090/23 3091/7 3091/7 3091/8 3091/12
3091/16 3092/18 3125/15 3125/15
BOP-on-BOP [1] 3125/15
bore [3] 2949/4 2963/20 3037/16
borne [2] 3021/9 3027/19
both [17] 2935/23 2938/16 2938/17
2938/17 2941/16 2952/23 2955/17
2955/23 2957/19 2960/18 2962/8
2967/21 2985/6 3074/12 3077/18
3078/3 3084/21
bottom [33] 2946/16 2949/12 2954/13
2955/5 2955/11 2982/21 2994/23
3000/9 3025/1 3026/18 3027/4 3040/8
3045/9 3048/23 3053/3 3053/19
3054/10 3054/12 3056/17 3058/17
3063/14 3064/3 3064/4 3071/2 3071/4
3071/5 3076/10 3083/17 3083/20
3084/17 3088/3 3088/12 3088/14

bound [1] 3089/16 3089/19 3089/21
3090/2 3090/5 3090/6 3090/9 3091/23
3092/8 3092/22 3101/9
bounds [2] 3088/11 3110/16
BOWMAN [1] 2921/4
box [9] 2917/23 2918/4 2918/23 2919/7
2919/15 2931/2 3056/9 3112/1 3112/25
boxes [1] 3061/25
BP [62] 2917/10 2919/17 2919/18
2919/19 2919/20 2919/21 2919/22
2920/2 2920/3 2920/4 2920/5 2920/6
2920/7 2920/9 2920/10 2920/11 2944/7
2953/21 2954/11 2955/7 2958/1 2965/8
2965/10 2965/22 2969/13 3001/18
3002/1 3003/25 3004/7 3004/17
3030/13 3031/3 3031/12 3032/5 3032/7
3032/11 3032/12 3032/16 3032/17
3035/18 3037/18 3093/24 3094/2
3094/12 3094/15 3094/23 3095/9
3096/9 3096/17 3105/22 3118/10
3119/13 3121/14 3121/25 3122/10
3122/16 3122/22 3122/23 3125/12
3125/22 3126/12 3127/7
BP's [8] 2949/17 2953/18 2954/22
2958/3 3005/2 3007/8 3015/7 3119/25
BRAD [1] 2920/19
Branch [1] 2919/6
break [1] 3002/14
breaking [1] 2952/19
Brennan [1] 2920/15
BRIAN [2] 2918/3 2920/19
bridge [1] 2969/4
BRIDGET [3] 2920/7 2965/13 2965/21
brief [2] 3016/10 3119/3
briefly [18] 2975/15 3006/8 3017/18
3031/18 3032/2 3038/18 3040/6
3040/19 3041/19 3043/17 3047/2
3049/16 3061/17 3065/9 3083/14
3087/12 3091/25 3118/14
briefs [1] 3118/12
bring [7] 3037/22 3044/14 3055/7
3063/22 3072/19 3083/9 3084/14
bringing [2] 2988/24 2998/3
British [1] 3035/18
Broad [1] 2918/13
broadly [1] 2975/4
Broadway [1] 2918/10
brochure [2] 3094/8 3094/12
BROCK [2] 2920/10 2948/1
BRUCE [1] 2921/4
BSR [1] 2938/20
bubble [5] 3048/6 3048/11 3049/19
3049/19 3049/21
bubbles [3] 3048/7 3048/8 3048/9
buckets [5] 3056/23 3056/23 3057/1
3091/11 3091/14
building [3] 3045/23 3106/17 3114/15
built [2] 3079/18 3104/1
bulge [1] 2925/3
bullet [2] 2963/11 3038/20
bullets [1] 2926/24
bump [1] 3082/4
Burling [1] 2920/9
burst [1] 2924/6
burst-out [1] 2924/6
Bushnell [5] 2940/2 2940/3 2940/12
2940/23 2941/11
Bushnell's [4] 2940/9 2940/17 2941/22
2942/8
but [173] 2924/7 2925/3 2926/7 2926/10
2927/3 2927/9 2927/11 2930/19
2930/21 2930/22 2931/11 2932/19
2933/2 2935/4 2935/8 2936/1 2936/14

# B

but... [156] 2937/8 2938/2 2938/9
2938/16 2939/22 2940/5 2940/18
2942/2 2944/5 2945/2 2945/9 2947/6
2947/15 2949/5 2949/7 2949/14
2949/20 2950/19 2951/19 2951/19
2952/9 2952/23 2953/18 2953/25
2954/6 2955/14 2955/20 2956/18
2956/23 2957/5 2957/7 2957/11 2958/4
2959/9 2960/21 2961/13 2963/10
2963/12 2964/20 2966/8 2967/20
2974/18 2976/1 2981/16 2981/21
2983/14 2990/2 2990/9 2991/10
2994/19 2995/8 2996/18 3001/6 3003/3
3004/23 3009/13 3009/19 3011/14
3011/25 3013/3 3013/8 3017/3 3018/6
3018/19 3020/10 3021/1 3022/2
3022/10 3023/8 3023/10 3023/20
3024/6 3024/17 3025/16 3025/18
3025/20 3028/1 3028/3 3028/5 3028/12
3029/18 3029/24 3030/3 3030/17
3039/20 3040/1 3040/11 3041/4
3041/19 3044/1 3045/20 3050/24
3052/11 3052/21 3053/21 3053/25
3054/21 3055/12 3057/5 3062/12
3063/16 3063/19 3064/20 3065/19
3067/18 3068/18 3070/6 3074/20
3075/23 3076/5 3076/21 3079/24
3080/6 3080/12 3080/16 3086/21
3088/16 3089/14 3089/22 3094/13
3095/7 3097/7 3097/20 3100/12
3101/14 3102/2 3104/3 3104/22 3107/5
3107/24 3108/24 3109/22 3111/4
3112/5 3113/20 3114/15 3115/12
3116/3 3116/8 3116/23 3117/17
3119/10 3120/1 3120/9 3120/22
3121/11 3121/20 3121/25 3122/12
3122/22 3123/9 3123/21 3124/14
3127/6 3128/19 3129/5
buttress [4] 3119/15 3120/1 3120/1
3120/22
buy [1] 3035/24

# C

C-A-V [1] 2957/10
C-A-V-A [1] 2957/9
C-pressure [2] 3083/20 3083/24
calculate [16] 2924/15 2941/6 2969/17
2974/6 2977/6 2983/20 2983/25
2984/10 3042/21 3050/18 3066/19
3070/9 3071/3 3074/12 3075/7 3100/20
calculated [25] 2933/24 2959/18
2974/16 2974/24 2975/1 2976/24
2983/14 2984/22 2987/24 2989/22
2991/6 2996/12 3061/7 3061/22
3061/24 3063/8 3064/14 3074/19
3083/21 3088/18 3092/22 3097/14
3101/2 3101/3 3104/5
calculates [2] 3062/12 3101/11
calculating [9] 2945/3 2983/12 3039/3
3042/24 3062/11 3068/24 3088/17
3101/8 3111/17
calculation [60] 2984/10 2984/18 2986/7
3011/7 3011/17 3011/23 3012/4
3012/18 3012/19 3015/5 3017/8
3017/13 3042/9 3050/21 3057/1 3063/9
3066/19 3071/1 3071/6 3071/11
3071/13 3071/19 3083/14 3087/15
3088/9 3089/11 3089/12 3089/13
3090/8 3090/9 3090/13 3090/15 3091/1
3091/2 3091/20 3092/1 3092/14
3092/16 3095/17 3098/3 3098/19

3098/20 3099/23 3099/24 3100/4
3100/6 3100/14 3100/19 3100/24
3101/17 3101/23 3101/25 3102/5
3103/3 3103/15 3110/13 3110/15
3110/20 3110/21
calculations [32] 2941/21 2945/14
2948/22 2953/2 2956/11 2956/22
2961/3 2982/5 2983/11 2983/18 2984/7
2988/10 2996/21 3011/1 3011/22
3016/17 3016/21 3016/25 3017/2
3017/3 3037/3 3037/4 3039/14 3043/2
3066/22 3069/23 3088/22 3089/1
3093/1 3097/13 3108/9 3122/6
CALDWELL [1] 2918/22
California [2] 2920/4 2920/22
call [47] 2925/16 2934/17 2938/11
2940/2 2945/18 2948/18 2952/25
2963/10 2965/8 2965/10 2975/17
2975/22 2987/6 2997/5 2997/10
2997/15 3002/10 3003/1 3019/7 3020/1
3020/2 3021/24 3021/25 3022/7
3027/13 3030/13 3051/21 3054/13
3054/22 3088/3 3102/13 3106/24
3111/17 3114/7 3115/4 3116/2 3125/13
3125/19 3126/2 3126/12 3126/16
3126/16 3127/16 3128/12 3128/19
3128/24 3129/2
call-out [8] 2934/17 2940/2 3019/7
3020/1 3128/12 3128/19 3128/24
3129/2
call-outs [3] 3125/19 3126/2
called [20] 2924/7 2958/2 2958/3 2968/2
2968/6 2973/12 2988/16 3003/1
3013/21 3014/4 3028/23 3028/24
3031/9 3033/13 3035/2 3102/13 3111/7
3116/14 3119/18 3126/18
calling [1] 3115/18
calls [4] 3059/10 3078/22 3079/17
3082/20
came [15] 2960/3 2960/11 2960/25
2986/13 2990/10 3015/11 3029/24
3044/5 3055/12 3071/15 3074/8
3125/12 3126/13 3126/14 3128/12
Camp [1] 2919/4
can [130] 2924/5 2929/22 2933/1
2933/18 2939/5 2939/25 2940/18
2941/16 2946/3 2946/6 2948/15
2950/19 2951/2 2954/9 2956/14 2957/2
2963/7 2964/3 2965/8 2966/16 2967/16
2967/21 2967/22 2969/25 2972/2
2974/3 2974/14 2974/16 2974/23
2975/10 2975/12 2976/10 2976/15
2976/24 2981/6 2982/5 2982/23
2983/19 2984/7 2985/2 2987/19
2988/13 2988/15 2997/4 2998/13
3004/2 3005/25 3006/21 3007/12
3007/14 3008/4 3011/18 3011/20
3015/25 3016/20 3019/22 3020/2
3023/22 3029/11 3031/16 3035/6
3035/23 3037/22 3038/18 3043/17
3044/6 3044/14 3045/10 3045/10
3045/11 3046/10 3048/1 3048/7
3048/19 3048/20 3048/25 3049/10
3049/16 3051/8 3051/23 3052/13
3054/14 3054/15 3063/22 3063/24
3064/5 3066/14 3066/17 3067/6 3069/4
3069/21 3071/20 3072/19 3073/14
3074/16 3074/18 3075/2 3077/13
3081/4 3081/23 3086/21 3089/7 3091/4
3091/25 3093/15 3093/17 3096/5
3099/21 3100/22 3102/1 3106/23
3106/24 3107/4 3108/14 3110/6
3111/19 3115/4 3115/15 3118/7

3118/17 3119/1 3119/12 3119/24
3119/25 3122/6 3124/15 3124/18
3124/13 3127/12 3128/24
can't [33] 2925/2 2946/2 2946/2 2953/23
2956/17 2956/19 2956/21 2956/22
2956/23 2959/1 2999/21 3008/21
3008/21 3015/24 3019/20 3019/22
3035/25 3038/21 3039/3 3050/3
3053/10 3061/3 3064/11 3076/17
3076/21 3082/16 3084/24 3084/25
3085/11 3085/19 3091/4 3109/19
3120/10
cannot [2] 2940/6 3001/7
capability [1] 3035/4
capillary [2] 3011/15 3011/19
Capital [1] 2918/16
capping [8] 3037/14 3059/6 3059/12
3059/13 3061/8 3097/3 3101/11
3104/16
capture [1] 3050/5
captured [1] 3074/3
captures [1] 3076/13
care [1] 3124/14
career [1] 2968/22
careful [1] 3115/24
CARL [1] 2917/15
CARRIE [1] 2919/21
carried [2] 2962/8 2962/12
Carter [1] 3128/16
case [87] 2936/13 2936/15 2939/16
2941/15 2942/2 2945/9 2946/25
2947/21 2959/4 2964/11 2965/1
2969/24 2970/7 2972/9 2974/23 2995/9
2997/24 2998/9 2998/16 2999/6 2999/7
3001/15 3002/22 3003/1 3004/1 3004/7
3004/11 3004/24 3006/25 3007/20
3009/18 3013/2 3016/7 3017/1 3025/18
3026/7 3027/1 3027/10 3031/12 3035/7
3039/1 3039/13 3041/7 3041/22
3043/18 3044/2 3050/13 3059/9
3059/17 3060/15 3060/18 3060/21
3060/24 3061/2 3064/18 3068/18
3084/2 3084/6 3095/25 3105/18
3105/25 3108/6 3110/24 3111/3 3111/7
3111/8 3112/25 3113/20 3114/7
3115/11 3115/19 3116/11 3117/13
3118/13 3119/16 3119/18 3119/22
3119/25 3120/1 3120/8 3120/11
3120/25 3121/7 3121/8 3121/15
3121/15 3124/20
cases [7] 2938/16 2974/17 2987/25
2991/10 3084/19 3084/22 3085/4
casing [22] 2925/14 2948/8 2949/3
2949/10 2979/2 3044/25 3045/24
3046/1 3048/1 3048/2 3054/12 3058/9
3058/17 3058/18 3113/7 3113/9
3113/15 3113/21 3114/10 3116/10
3117/6 3117/14
cause [4] 2960/11 3046/16 3078/15
3078/16
caused [2] 3042/16 3080/23
causing [2] 2962/2 3116/6
cavitation [6] 2957/5 2957/7 2957/9
2957/11 3030/1 3030/4
cavity [1] 2957/10
CCR [3] 2921/18 3130/10 3130/18
cement [211] 2966/24 2967/19 2967/19
2967/19 2967/21 2967/23 2967/24
2967/25 2968/4 2968/5 2968/6 2968/7
2968/8 2968/9 2968/19 2968/24
2969/18 2970/6 2970/19 2970/21
2971/17 2972/16 2973/9 2973/13
2973/22 2973/23 2974/1 2974/4

C

cement... [183] 2974/14 2974/20 2975/8
2975/13 2975/24 2976/9 2976/11
2976/13 2976/15 2976/17 2976/25
2976/25 2977/5 2977/8 2977/12
2977/14 2977/17 2977/19 2977/20
2977/21 2977/24 2978/1 2978/3 2978/5
2978/8 2978/14 2978/15 2978/25
2979/1 2979/3 2979/7 2979/15 2979/20
2979/24 2980/3 2980/7 2980/25 2981/6
2981/10 2981/17 2981/19 2981/24
2982/3 2982/4 2982/6 2982/14 2982/17
2982/21 2982/24 2983/6 2983/10
2983/14 2983/15 2983/17 2984/13
2984/14 2984/22 2985/2 2985/12
2985/15 2985/16 2985/21 2986/5
2986/21 2986/24 2987/13 2988/4
2991/13 2991/19 2992/7 2992/9
2992/12 2992/15 2992/16 2992/17
2992/20 2992/22 2992/25 2993/1
2993/7 2996/4 2996/8 2996/11 2996/19
2996/20 2996/25 2997/1 2997/11
2997/18 2997/19 2997/25 2998/1
2998/22 2999/5 2999/6 3000/4 3000/5
3000/10 3000/11 3000/13 3000/20
3000/23 3000/24 3001/2 3001/3 3001/8
3001/10 3001/19 3001/25 3002/6
3002/8 3002/9 3002/9 3002/11 3002/12
3002/19 3002/19 3002/23 3003/2
3003/3 3003/5 3003/11 3003/13
3003/20 3003/24 3004/6 3004/8 3004/9
3004/17 3004/20 3004/22 3004/25
3004/25 3005/2 3005/16 3006/1
3006/13 3006/19 3007/14 3007/19
3007/25 3008/6 3008/10 3008/13
3008/17 3008/23 3010/13 3010/14
3010/17 3010/21 3010/25 3014/24
3017/9 3017/21 3018/19 3019/15
3020/11 3020/16 3021/18 3021/22
3021/23 3022/1 3022/3 3022/7 3023/7
3023/22 3024/6 3024/12 3024/13
3024/20 3024/25 3025/6 3025/23
3026/1 3026/6 3026/9 3026/17 3027/9
3027/23 3028/8 3028/10 3030/3
3056/16
cement-based [19] 2967/19 2968/7
2968/19 2968/24 2970/6 2974/20
2975/8 2975/24 2985/2 2988/4 2991/13
2997/19 3002/8 3004/25 3004/25
3021/22 3021/23 3023/22 3027/9
cement-placing [1] 3024/13
cementing [7] 3001/7 3001/12 3001/14
3002/5 3002/15 3002/19 3004/15
cementitious [1] 2968/7
cements [2] 3004/13 3010/10
central [1] 3048/14
ceramic [2] 3018/11 3018/16
CERNICH [11] 2919/12 2971/14 2972/1
2993/15 2993/21 2993/22 2998/3
3007/7 3013/17 3015/3 3016/4
certain [9] 2944/14 2997/8 2997/13
3048/15 3052/2 3054/25 3096/2
3098/22 3119/4
certainly [7] 2980/2 3006/21 3029/21
3086/22 3103/12 3109/20 3125/16
certainty [3] 3038/24 3087/9 3088/1
CERTIFICATE [1] 3130/9
certify [1] 3130/12
CFD [1] 2924/11
CHAKERES [1] 2919/12
chance [2] 3016/10 3130/3
change [58] 2931/23 2932/11 2932/13

2932/14 2933/4 2935/22 2937/17
2953/9 2968/20 2967/23 2970/5
2971/7 2976/3 2976/5 2991/24 2992/2
3014/22 3015/17 3023/25 3039/18
3042/11 3045/7 3045/8 3045/8 3046/14
3048/5 3048/10 3052/21 3053/10
3055/14 3056/3 3058/22 3065/22
3065/24 3066/1 3066/20 3066/24
3067/1 3069/18 3070/15 3073/21
3074/11 3075/3 3076/20 3078/14
3081/17 3088/19 3089/13 3089/14
3096/11 3100/16 3100/17 3103/1
3103/2 3103/8 3103/16 3124/15
change-out [1] 3070/15
changed [12] 2936/4 2936/7 2950/12
2951/25 3024/19 3052/22 3057/7
3057/8 3063/14 3082/11 3089/14
3092/2
changes [80] 2926/3 2928/19 2932/4
2948/25 2964/10 2990/12 2992/5
3021/4 3023/24 3024/18 3039/20
3041/18 3045/17 3045/18 3046/13
3046/13 3046/14 3046/16 3046/17
3046/17 3046/18 3047/8 3048/11
3049/20 3049/21 3049/22 3049/23
3049/24 3050/13 3050/14 3050/14
3050/15 3050/16 3050/16 3051/10
3051/14 3051/18 3052/12 3060/14
3060/17 3060/20 3060/23 3061/1
3061/4 3063/16 3063/18 3063/18
3063/19 3065/2 3067/1 3076/8 3076/9
3076/11 3076/19 3076/21 3076/22
3076/23 3077/5 3077/10 3077/11
3077/14 3077/17 3077/17 3077/18
3078/7 3078/9 3078/15 3078/18
3078/19 3080/17 3082/5 3085/18
3087/3 3090/6 3090/18 3091/8 3091/15
3103/9 3103/10 3103/10
changing [11] 2963/18 3039/1 3042/23
3055/13 3056/17 3069/13 3072/22
3072/24 3074/9 3082/18 3103/22
channels [4] 2983/9 2983/10 2983/19
2983/20
characteristic [1] 3050/15
characteristics [4] 3045/21 3060/17
3060/19 3079/21
characterization [7] 3105/12 3105/14
3105/23 3105/25 3106/3 3106/8 3106/9
characterize [1] 3023/22
characterizing [2] 2955/22 3006/3
charge [3] 2949/1 2950/14 2956/2
Charles [1] 2918/14
chart [10] 2940/14 2982/12 2988/13
2988/16 2988/18 2988/21 2989/2
3045/19 3067/3 3067/9
chartered [1] 3031/24
check [5] 2952/8 3019/22 3044/4
3102/21 3103/25
checked [1] 2990/10
cherry [1] 3037/14
cherry-picker [1] 3037/14
Chevron [11] 2980/11 2980/14 3008/12
3008/17 3008/25 3023/17 3025/10
3026/5 3026/10 3026/12 3035/18
Chicago [1] 2919/24
chief [9] 2970/3 3005/3 3119/16
3119/18 3120/1 3120/8 3120/25 3121/7
3121/8
choice [1] 3009/18
choose [1] 2929/10
chopped [1] 3057/25
chose [1] 3120/10
chunk [1] 3127/13

circular [2] 3058/18 3083/4
citation [1] 3029/11
cite [3] 3007/3 3018/13 3021/14
cited [4] 2990/10 3007/5 3020/23
3087/5
civil [4] 2919/6 3019/3 3019/10 3019/15
claim [1] 2960/2
claimed [3] 2933/5 2934/5 2979/8
claims [1] 3076/12
clarity [1] 3050/7
clear [17] 2934/11 2944/16 2956/4
2977/23 2981/15 2982/23 2984/19
2996/7 3009/19 3023/24 3025/25
3028/2 3036/9 3058/18 3107/22 3124/2
3128/11
clearly [6] 2930/18 2938/3 2956/12
3041/2 3120/3 3120/6
client [3] 3033/18 3094/4 3094/4
clients [6] 3032/19 3035/9 3035/14
3035/16 3094/9 3094/13
clips [1] 3119/4
clog [1] 2944/14
close [4] 3002/25 3022/3 3025/11
3102/6
closed [1] 2949/13
closer [1] 2948/18
closest [3] 3021/15 3021/24 3022/3
coalesce [1] 3048/9
coarse [3] 2945/4 2968/10 3023/2
code [3] 3112/3 3112/4 3112/5
coefficient [12] 2927/25 2928/1 2941/10
3062/1 3062/1 3078/23 3079/3 3080/2
3080/3 3082/12 3102/14 3102/16
coefficients [13] 3059/10 3061/24
3062/15 3062/18 3062/20 3062/23
3078/22 3080/12 3083/5 3083/15
3083/16 3084/4 3084/7
coincidence [2] 3077/19 3078/4
collar [4] 2976/18 2977/1 2994/11
2994/25
colleagues [2] 2965/14 3125/9
collected [2] 3098/12 3106/10
collecting [1] 3099/13
collection [8] 3089/24 3089/25 3098/24
3098/25 3099/4 3099/10 3099/12
3101/9
COLLIER [1] 2919/22
column [11] 2930/11 2930/12 2931/2
2945/19 2946/6 2976/25 2977/2 2977/3
2977/4 2984/23 3106/24
combination [1] 2952/14
combine [1] 3074/23
combined [2] 2956/19 2983/22 3018/6
3074/14
come [18] 2927/7 2927/20 2929/6
2970/13 2971/13 2996/22 3048/6
3048/8 3053/2 3071/4 3071/14 3075/1
3095/3 3095/7 3103/13 3112/9 3112/12
3129/18
comes [11] 2929/16 2941/13 2992/14
3047/11 3048/3 3055/18 3103/18
3112/20 3122/10 3123/9 3127/11
comfortable [1] 3022/12
coming [19] 2950/21 3045/2 3045/4
3046/15 3046/25 3048/17 3048/24
3049/20 3072/21 3078/11 3098/14
3098/16 3099/17 3099/20 3100/18
3100/19 3101/12 3101/15 3126/19
comment [3] 3097/11 3097/11 3106/19
commented [1] 2945/12
comments [2] 3036/19 3040/4
Commission [2] 3001/18 3005/3

C

common [1] 2939/8
commonly [1] 3116/13
commonsense [1] 2962/24
communicate [1] 2953/17
communication [1] 2989/5
companies [5] 3035/14 3035/17 3035/19 3035/21 3035/21
company [16] 2919/19 2919/22 2920/4 2920/7 2920/11 2921/12 2921/15 2966/12 2969/1 2969/2 2969/9 3031/9 3036/12 3111/25 3112/2 3112/2
company's [1] 3093/23
compare [10] 2945/3 2992/9 2992/25 2997/17 3007/24 3008/5 3008/18 3020/10 3028/8 3043/20
compared [7] 2955/3 2974/8 2987/22 2997/19 3009/14 3104/16 3105/19
comparing [3] 2934/5 2997/22 3023/14 3023/16 3024/11
comparison [7] 2987/20 2988/1 2988/2 2988/10 3009/23 3080/21 3104/22
comparisons [2] 3008/22 3105/21
compelling [1] 2939/16
COMPLAINT [1] 2917/7
complete [3] 2949/18 3122/5 3124/24
completed [1] 3014/25
completely [10] 2924/19 2934/4 2952/20 2985/18 2986/16 2996/1 3002/24 3010/14 3022/10 3122/8
completeness [2] 3127/4 3128/7
complex [7] 3031/23 3035/5 3036/1 3036/2 3041/6 3041/7 3049/8
complicated [3] 2952/17 2956/21 3049/5
complications [2] 2944/12 3050/12
complied [1] 3121/25
complies [1] 3123/11
comply [3] 3121/23 3123/23 3124/3
components [8] 2963/18 3019/18 3019/23 3022/22 3023/6 3023/6 3042/9 3047/6
composite [1] 3021/22
composition [5] 3023/9 3047/2 3047/4 3105/15 3105/17
comprehensive [1] 2976/5
compressibility [2] 3120/19 3121/10
compressive [35] 2976/3 2978/4 2980/6 2980/9 2980/15 2989/17 2990/11 2990/13 2992/2 2992/3 2992/4 3007/24 3008/5 3008/7 3008/9 3008/17 3009/2 3023/11 3023/14 3023/16 3023/21 3023/24 3024/19 3024/22 3024/25 3025/4 3025/8 3025/14 3025/22 3026/9 3026/17 3027/17 3028/1 3028/4 3028/5
computer [1] 2921/25
computer-aided [1] 2921/25
concentration [5] 2936/6 2959/18 2960/4 2960/23 2960/25
concentrations [1] 2960/11
concept [2] 2957/3 3117/3
concerned [2] 3112/1 3129/8
conclude [5] 3014/24 3082/14 3082/16 3082/17 3123/18
concluded [1] 2927/15
concludes [1] 3124/19
conclusion [8] 2938/21 2949/22 2950/7 2950/12 2962/2 2963/15 2985/21 3038/21
conclusions [3] 2937/11 3027/12 3027/13
concrete [52] 2967/1 2967/20 2967/21 2967/23 2968/1 2968/5 2968/9 2968/11

2975/13 2992/7 2992/9 2992/10 2992/12 2993/21 2993/24 2996/1 2996/2 2997/18 2997/20 2998/1 3002/11 3007/19 3007/24 3008/6 3008/8 3009/25 3010/2 3010/6 3017/24 3017/25 3018/12 3018/24 3019/3 3019/9 3019/12 3019/18 3019/23 3020/6 3020/11 3021/2 3021/9 3021/24 3022/4 3022/11 3022/15 3022/18 3024/2 3026/25 3027/18 3028/9 3028/24 3029/1
concretes [4] 3018/16 3023/16 3028/22 3029/16
condition [12] 2961/2 2977/17 2981/10 2982/17 2982/20 2982/24 3001/3 3001/7 3006/13 3007/13 3022/6 3025/5
conditioned [1] 2976/14
conditions [13] 2977/19 2986/16 2988/5 2996/23 3018/3 3027/3 3045/7 3048/15 3049/2 3062/17 3062/19 3062/20 3062/22
conduct [1] 3002/19
conducted [5] 2968/14 3009/9 3009/11 3009/19 3079/6
confident [2] 2926/11 2960/12
confined [1] 3016/15
confirm [1] 3016/25
confirmed [3] 2941/20 2961/5 2979/13
confusion [1] 2982/23
connect [7] 2925/12 2925/24 2926/1 2932/18 2932/19 2934/11 2943/11
connected [4] 2929/8 2936/25 2943/13 3078/11
connection [2] 2944/16 3033/7
connectors [1] 3114/16
ConocoPhillips [1] 3035/18
conservative [5] 3022/5 3022/12 3022/14
consider [13] 2927/3 2927/17 2927/23 2928/4 2928/5 2945/13 2947/2 2947/25 2949/15 2957/20 2972/2 2991/24 3020/14
considerably [1] 3090/1
consideration [2] 2979/19 2988/22
considerations [1] 2957/24
considered [12] 2928/2 2954/2 2976/15 2976/17 2983/17 2991/22 2991/23 2992/5 2998/10 3005/12 3009/17 3021/3
considering [3] 2948/2 2948/4 3022/4
consistent [9] 2970/8 2970/9 2987/7 3068/9 3077/23 3080/6 3089/8 3089/9 3104/22
consistently [2] 3055/11 3099/13
consisting [2] 2951/3 2973/14
constant [54] 2935/12 2936/11 2938/12 2953/3 2953/5 3059/16 3059/18 3059/22 3059/23 3060/2 3061/10 3062/9 3062/13 3063/19 3063/20 3064/7 3064/10 3064/12 3065/1 3065/16 3065/20 3065/21 3067/15 3068/13 3069/4 3069/7 3072/25 3073/1 3074/10 3074/21 3078/22 3079/2 3079/13 3079/14 3079/14 3079/17 3079/17 3079/24 3081/1 3080/7 3082/12 3082/17 3083/18 3083/19 3084/3 3085/17 3085/19 3085/20 3086/8 3090/19 3102/16 3102/22 3102/25 3103/5
constants [1] 3060/6 3063/3 3063/10 3073/2 3084/11
constructed [1] 2942/20
construction [9] 2997/18 3007/24 3008/5 3017/24 3017/25 3019/10 3020/7

3022/15 3022/18
consultancies [1] 3035/22
consultancy [5] 3031/8 3031/9 3032/1 3032/18 3032/22
consultant [2] 3031/8 3107/4
consulting [1] 2966/14
contain [3] 2967/24 2991/19 2997/21
contained [2] 2954/8 3009/12 3011/2 3017/3 3018/19 3028/9 3028/10 3029/3
container [1] 3056/22
containing [7] 2968/9 2982/7 2992/11 2992/21 2995/16 3002/10 3017/25
contains [5] 2968/8 2968/11 2992/12 2997/20 3037/20
contend [2] 3011/9 3013/19
content [3] 2975/20 2975/25 3015/12
contents [1] 3056/21
context [7] 2950/1 2950/7 2950/23 3033/21 3127/4 3128/18 3128/25 3129/2 3129/5
Continue [1] 3015/3
continued [1] 2981/11
contract [1] 3035/20
contradicted [1] 3016/8
contraflow [1] 3113/18
control [1] 3108/14
controlled [1] 3024/3
converging [1] 2924/11
conversation [2] 2939/2 2944/24
convert [1] 3107/10
converted [2] 2937/16 2955/4
core [8] 2970/13 3048/14 3048/16 3120/20 3121/17 3122/13 3122/15 3122/16
cores [1] 3122/18
COREY [1] 2918/19
corner [1] 3115/5
Corporation [2] 2921/11 2921/15
correct [108] 2923/18 2923/23 2925/11 2925/17 2926/14 2926/14 2926/14 2927/1 2927/2 2931/7 2931/21 2935/5 2935/8 2943/24 2946/12 2948/6 2948/10 2950/10 2953/7 2955/1 2957/10 2959/21 2960/7 2963/17 2963/24 2965/17 2972/18 2983/25 2984/11 2984/12 2985/7 2995/4 2999/7 3002/2 3002/23 3002/24 3007/1 3007/2 3007/4 3015/8 3017/22 3017/23 3018/7 3019/19 3021/16 3024/7 3024/8 3028/11 3028/17 3030/21 3036/21 3036/22 3041/8 3043/6 3047/14 3055/4 3072/11 3072/13 3075/5 3076/3 3080/4 3086/21 3087/11 3089/1 3089/17 3091/6 3094/1 3094/10 3094/13 3094/19 3095/10 3095/15 3096/9 3097/16 3097/19 3098/11 3098/15 3099/6 3099/14 3099/18 3100/12 3101/16 3102/22 3104/8 3105/7 3105/14 3106/6 3106/8 3106/15 3108/6 3108/7 3110/5 3111/7 3113/5 3113/12 3113/21 3114/7 3114/8 3114/22 3115/11 3117/3 3117/4 3117/6 3117/7 3121/9 3123/21 3125/4 3130/13
corrected [3] 2935/4 3089/11 3100/9
correction [3] 2924/2 3076/1 3100/8
corrections [1] 3076/4
correctly [6] 3020/8 3021/10 3027/20 3041/8 3105/11 3127/22
correlation [8] 2927/24 2928/1 2928/9 2941/10 2942/5 3111/8 3111/10 3112/20
correlations [2] 3111/19 3114/18

C

corresponds [1] 2936/17
could [132] 2924/22 2926/4 2926/6
2926/22 2927/12 2927/15 2928/22
2928/24 2929/9 2930/10 2930/10
2934/17 2940/13 2940/14 2942/14
2943/3 2945/17 2945/18 2945/18
2947/19 2950/12 2954/15 2962/9
2966/18 2967/5 2967/7 2970/11
2970/17 2970/21 2971/7 2972/11
2973/8 2975/16 2976/2 2976/19
2977/12 2977/15 2978/17 2978/23
2979/24 2979/25 2980/12 2982/10
2983/7 2983/8 2983/9 2984/2 2984/25
2986/1 2986/8 2988/7 2990/23 2991/3
2991/16 2994/8 2995/11 2997/1 2997/5
3003/6 3007/6 3010/17 3014/2 3017/15
3018/9 3018/22 3019/7 3020/1 3020/21
3021/6 3024/9 3025/13 3025/15 3027/6
3027/11 3027/12 3028/8 3029/9
3029/10 3031/18 3032/2 3033/13
3033/23 3034/12 3036/15 3038/12
3040/6 3040/19 3041/19 3044/23
3047/19 3051/21 3051/24 3055/7
3055/19 3056/4 3060/11 3061/11
3061/17 3066/9 3068/19 3070/21
3071/12 3071/16 3075/16 3077/4
3078/18 3079/8 3080/8 3080/9 3083/9
3083/11 3084/14 3084/17 3085/7
3088/15 3091/4 3098/5 3100/24 3101/3
3103/11 3107/11 3108/11 3108/16
3108/18 3113/24 3115/4 3117/8 3117/9
3119/16 3120/7 3121/1 3121/6
couldn't [15] 2947/10 2954/7 3086/12
3109/24 3118/2
counsel [6] 2953/6 2955/21 3008/24
3107/21 3127/2 3128/16
counsel's [2] 2970/4 3005/4
counts [1] 3023/11
couple [11] 2935/25 2949/3 2963/2
2963/5 2994/4 3005/25 3026/23 3062/2
3117/24 3118/5 3118/11
course [9] 2928/6 3041/22 3044/8
3044/25 3045/22 3049/25 3059/20
3105/11 3118/23
courses [1] 3004/15
court [34] 2917/1 2921/18 2964/3
2965/13 2966/3 2966/18 2970/17
2988/13 2988/24 2991/3 3031/19
3032/2 3036/15 3040/6 3041/17
3044/21 3047/17 3052/13 3053/13
3054/7 3069/4 3074/18 3076/5 3079/6
3083/11 3091/25 3098/8 3112/21
3125/5 3125/8 3126/14 3130/10
3130/11 3130/19
Court's [2] 3008/19 3123/23
courtroom [2] 2998/1 3030/17
cover [3] 3020/19 3037/24 3118/16
covers [1] 2974/22
Covington [1] 2920/9
crack [2] 2983/15 2984/15
cracks [6] 2973/19 2981/8 2982/7
3011/16 3011/20 3012/1
created [6] 2961/12 3042/4 3104/10
3105/25 3107/2 3107/3
creating [1] 3022/8
credible [1] 3066/23
criticism [4] 3097/4 3097/9 3102/9
3123/6
criticisms [2] 3088/4 3088/8
criticize [1] 3119/24
criticized [1] 3096/24
criticizing [1] 3123/10
critiqued [1] 3112/25
critiquing [1] 3121/14
cross [49] 2919/13 2923/4 2923/8
2927/5 2928/5 2929/5 2932/21 2934/2
2934/25 2936/21 2937/14 2942/19
2943/8 2944/24 2946/9 2947/6 2950/10
2951/12 2951/20 2952/1 2955/19
2956/10 2958/22 2960/20 2962/5
2962/19 2972/21 2984/11 2993/14
2993/23 2994/1 2998/8 3011/18
3011/19 3011/21 3013/6 3013/10
3038/7 3046/2 3093/7 3093/18 3093/21
3115/22 3116/1 3116/3 3116/8 3116/18
3117/5 3126/15
cross section [2] 2984/11 3011/18
3011/19 3011/21
cross-examination [9] 2923/8 2929/5
2993/23 2994/1 2998/8 3013/6 3013/10
3093/18 3093/21
cross-examine [1] 3126/15
cross-sectional [7] 3046/2 3115/22
3116/1 3116/3 3116/8 3116/18 3117/5
3023/2
crushed [4] 3018/11 3018/16 3018/17
3023/2
cubed [3] 2952/7 2955/4 2955/12
cubic [4] 2988/1 2989/21 2989/24
2989/25
cumulative [44] 2945/19 2946/6 2946/16
2946/20 2947/11 2947/13 3038/23
3040/10 3043/8 3043/11 3051/4 3057/1
3059/1 3059/4 3060/3 3060/14 3061/19
3063/4 3068/24 3069/6 3069/7 3072/16
3073/4 3073/8 3073/10 3073/13
3073/19 3073/21 3073/22 3080/13
3080/14 3084/3 3084/10 3084/22
3085/10 3085/12 3086/5 3086/11
3086/15 3086/17 3086/19 3087/9
3093/3 3102/9
cumulativeness [1] 3123/7
cured [1] 3024/3
curing [2] 3024/17 3024/23
current [3] 3032/21 3034/3 3096/17
currently [2] 2968/25 2969/1
curve [6] 2939/18 2939/20 2939/22
2962/17 3061/23 3082/4
curveball [1] 2932/9
curved [3] 2927/7 2934/13 3059/9
curves [4] 2928/11 2939/5 2939/5
3122/14
curvy [1] 2939/4
custom [1] 3043/23
cut [2] 3058/1 3102/4
cutting [1] 2973/22
CV [2] 2915/7 2917/9
cylindrical [3] 3011/4 3011/10 3012/6

D

D-21267 [1] 3098/5
D-22800 [2] 2923/14 2924/22
D-22801 [1] 2923/22
D-22802 [1] 2926/22
D-22803 [1] 2928/22
D-22804 [2] 2929/22 2933/7
D-22805 [1] 2936/16
D-22806 [1] 2939/25
D-22807 [1] 2942/11
D-22809 [1] 2943/3
D-22818 [1] 2954/9
D-23394A [1] 3063/22
D-23396A [1] 3047/19
D-23398 [3] 3044/14 3044/17 3049/10
D-23400 [1] 3060/11
D-23410 [1] 3056/4
D-23411 [1] 3057/20
D-23645 [2] 2963/7 2963/7
D-24238 [2] 2988/7 2991/16
D-24373 [2] 3061/11 3061/14
D-24377 [1] 3083/9
D-24618 [1] 3031/16
D-24629 [1] 3081/2
D-24631 [2] 3054/2 3054/4
D-24634 [1] 3072/19
D-24656 [3] 3051/21 3055/19 3058/23
D-24659 [2] 3079/8 3079/11
D-24703 [1] 3038/12
D-24707 [1] 2966/16
D-24708 [1] 2972/5
D-24709 [1] 2980/12
D.C [5] 2919/8 2919/16 2920/8 2920/11
2921/16
D24708 [1] 2970/15
Dallas [1] 2921/6
damages [1] 2973/20
dangerous [1] 2939/2
dark [1] 3081/15
Darvish [2] 3071/13 3107/17
Darvish's [1] 3071/19
data [110] 2924/20 2925/8 2926/15
2927/4 2927/6 2927/7 2927/19 2928/6
2929/19 2930/15 2933/9 2933/10
2933/21 2933/22 2939/4 2939/6
2939/21 2942/6 2942/14 2943/21
2944/10 2944/21 2945/13 2946/10
2990/1 2990/3 2990/4 3027/15 3027/15
3039/14 3039/14 3039/16 3039/17
3039/25 3053/6 3053/7 3053/8 3053/9
3059/6 3059/8 3059/8 3061/8 3061/9
3061/21 3061/22 3062/3 3062/5 3063/5
3063/16 3063/17 3065/13 3065/21
3066/14 3066/16 3066/21 3067/4
3067/21 3067/21 3067/23 3068/16
3068/23 3069/19 3069/19 3070/4
3070/5 3070/12 3070/13 3070/16
3070/20 3070/23 3071/21 3072/1
3072/2 3072/4 3072/7 3072/11 3073/5
3073/15 3074/5 3074/11 3074/12
3075/1 3075/10 3075/11 3075/14
3075/15 3075/18 3075/20 3075/21
3076/12 3076/21 3076/22 3076/22
3076/24 3077/5 3078/3 3078/7 3082/11
3083/15 3092/3 3092/23 3092/23
3096/25 3099/10 3099/13 3101/9
3120/24 3122/13 3122/15 3122/16
date [2] 2934/15 2962/4
dated [1] 3021/12
DAVIS [1] 2920/20
DAVIS-DENNY [1] 2920/20
day [43] 2917/14 2924/4 2924/15
2924/16 2924/25 2924/25 2925/9
2931/14 2931/14 2931/15 2932/4
2933/23 2939/23 2960/19 3012/16
3012/17 3036/13 3039/4 3050/20
3064/11 3066/10 3068/6 3068/7 3081/7
3089/24 3092/7 3092/10 3097/5 3097/9
3097/16 3099/14 3100/21 3102/6
3104/2 3104/6 3104/15 3104/19
3104/20 3104/25 3105/2 3109/25
3125/12 3130/4
Day 10 [1] 2931/14
Day 14 [2] 2924/25 2924/25
Day 30 [1] 3068/7
Day Zero [2] 2931/14 2933/23
days [40] 2923/11 2923/13 2923/13
2923/22 2923/24 2923/25 2924/3
2924/17 2925/6 2925/8 2925/12

D

days... [29] 2926/13 2926/20 2930/9
2931/8 2932/25 2939/11 2939/18
2946/15 3024/3 3024/16 3024/20
3035/7 3035/9 3059/20 3059/24
3061/10 3062/25 3063/7 3065/8 3067/2
3067/11 3070/12 3073/15 3074/11
3085/17 3085/19 3085/20 3086/9
3102/22
deal [2] 3034/13 3104/11
dealing [3] 3019/12 3029/18 3118/12
deals [1] 3019/3
debate [1] 2998/25
DEBORAH [1] 2921/12
decide [2] 2928/11 3076/22
decided [1] 2924/25
declining [1] 3063/6
decrease [2] 2931/18 2933/11
decreased [1] 2930/2
decreasing [5] 3080/15 3080/16 3090/4
3099/7 3099/8
dedicated [1] 2968/23
deep [3] 2948/23 3034/10 3034/12
DEEPWATER [8] 2917/4 2920/13
2920/14 2920/16 2920/17 2920/19
2920/20 3094/6
Deepwater Horizon [1] 3094/6
deficiencies [1] 3119/15
define [3] 2948/15 3020/16 3110/7
defined [1] 2932/23
definitely [2] 2944/18 2953/24
definition [2] 3003/4 3085/2
deformed [1] 2924/19
degradation [2] 2966/14 2968/17
degree [10] 2964/22 2966/23 2967/2
2967/5 2967/6 2967/7 3031/20 3031/22
3038/24 3039/20
degrees [1] 2954/23
demonstrative [27] 2929/7 2929/10
2940/11 2963/9 2963/13 2980/21
3033/12 3038/15 3044/16 3047/16
3047/22 3047/23 3051/13 3051/17
3051/23 3051/25 3052/1 3052/9 3056/6
3061/20 3079/5 3098/5 3100/24
3106/23 3107/1 3113/24 3117/9
Demonstrative 21266 [1] 3117/9
Demonstrative 24656 [1] 3052/9
demonstratives [2] 2989/4 3107/3
denied [1] 2971/24
DENNY [1] 2920/20
dense [2] 2992/23 3022/8
denser [2] 2951/16 2952/2
densities [5] 2953/9 2955/21 2964/6
3009/13 3009/15
density [26] 2932/14 2951/9 2951/11
2951/14 2951/22 2952/6 2952/13
2953/14 2953/5 2953/12 2954/12
2954/19 2954/23 2955/6 2955/6 2955/7
2955/11 2955/12 2956/5 2956/19
2964/1 2964/2 2964/3 2964/4 2964/10
3042/11
deny [1] 2939/24
department [4] 2919/6 2919/9 2966/11
2969/8
depend [1] 3111/7
depending [3] 2928/19 3105/4 3123/8
depends [1] 3110/6
depicted [2] 2942/14 3048/25
depiction [1] 3114/10
depicts [1] 3114/6
deposition [34] 2930/20 2939/1 2941/18
2941/21 2944/25 2945/12 2946/10

2947/7 2952/16 2956/4 2960/22 2985/9
2985/10 2990/12 2995/4 2995/7 2995/17
2995/7 2995/9 2995/18 3002/17 3003/6
3003/14 3006/1 3029/6 3029/9 3029/12
3029/20 3095/12 3097/20 3107/13
3107/15 3110/10 3110/15
depth [2] 2947/18 3054/25
deriving [1] 2965/1
describe [13] 2969/25 2974/14 2975/18
2975/23 2976/15 2982/17 2983/9
2987/19 2994/11 3012/1 3031/18
3032/23 3096/10
described [8] 2959/15 2975/16 2987/15
2988/20 2994/5 3015/14 3028/10
3055/3
describing [2] 3035/12 3047/6
description [2] 3087/20 3088/15
design [3] 3034/18 3109/13 3109/15
designation [1] 3029/4
designations [1] 3118/19
designed [4] 3004/17 3004/20 3025/10
3081/20
detached [7] 3053/19 3053/20 3053/21
3054/15 3054/16 3054/18 3057/24
detachment [1] 3053/15
detail [8] 2925/13 2930/22 2955/15
2958/19 3035/12 3040/7 3040/20
3050/5
detailed [4] 3035/3 3042/3 3044/6
3079/19
details [2] 3079/20 3114/19
determine [5] 2925/19 2975/13 3070/22
3071/7 3088/23
determined [2] 2931/11 2940/6
determining [2] 3027/18 3053/8
develop [3] 2966/11 3027/6 3043/23
developed [6] 2962/14 2987/25 3035/10
3036/9 3036/11 3043/3
development [2] 2969/8 2975/7
deviation [1] 2936/13
devices [1] 3033/20
devising [1] 2984/11
Dexter [1] 2918/20
DF [1] 2984/10
diagram [4] 2940/13 2990/4 3026/24
3061/15
diameter [5] 2977/4 3046/7 3116/14
3116/17 3117/3
diameters [3] 3012/5 3012/11 3045/24
dictate [1] 3047/7
dictated [1] 3112/8
did [212] 2923/12 2925/5 2927/6
2927/14 2927/17 2928/3 2928/5
2928/10 2929/6 2930/8 2930/21
2931/11 2931/23 2932/5 2932/16
2933/6 2938/14 2940/12 2941/12
2941/20 2942/5 2945/1 2949/21 2950/1
2950/13 2950/15 2950/23 2951/8
2953/2 2953/16 2955/19 2955/20
2956/23 2957/17 2957/20 2958/9
2958/17 2958/18 2959/16 2960/9
2960/13 2961/14 2963/10 2963/19
2964/12 2964/25 2968/17 2969/21
2969/23 2972/10 2973/25 2974/4
2974/12 2974/17 2976/7 2976/12
2977/8 2977/16 2978/8 2980/8 2983/6
2985/11 2985/13 2985/19 2985/20
2985/25 2986/4 2986/19 2987/1 2988/1
2988/2 2988/9 2996/4 2996/11 2996/21
2997/3 3000/5 3003/12 3004/23
3008/14 3010/4 3010/22 3011/19
3011/23 3012/18 3012/23 3012/25
3017/8 3019/5 3020/8 3021/10 3024/19

3026/8 3026/9 3026/12 3027/20
3027/23 3028/13 3029/8 3032/11
3032/16 3032/21 3036/23 3037/5
3037/6 3039/7 3039/9 3040/9 3040/10
3040/11 3043/7 3043/10 3043/13
3043/15 3043/17 3043/19 3043/22
3053/22 3057/16 3057/17 3058/24
3059/3 3059/3 3059/6 3059/8 3059/9
3059/12 3060/14 3060/17 3060/20
3060/23 3061/1 3061/5 3061/5 3062/3
3062/7 3062/10 3065/12 3067/3 3067/5
3067/25 3068/4 3068/21 3068/22 3068/25
3070/11 3070/13 3070/15 3071/6
3071/10 3071/13 3071/14 3072/15
3072/17 3072/18 3073/24 3074/12
3074/14 3075/10 3075/13 3076/24
3078/24 3079/1 3079/2 3079/4 3079/12
3079/16 3080/11 3082/14 3084/2
3084/6 3084/8 3084/9 3084/13 3084/18
3086/14 3086/16 3087/7 3087/14
3087/16 3088/25 3089/1 3089/12
3091/22 3091/23 3091/24 3091/25
3092/1 3092/2 3092/21 3094/24
3095/23 3097/18 3097/19 3097/20
3102/19 3104/9 3104/12 3104/12
3104/13 3105/21 3106/11 3107/12
3109/4 3109/5 3110/24 3111/3 3116/21
3121/8 3121/11 3126/11 3126/12
didn't [64] 2925/7 2925/24 2926/8
2927/3 2927/7 2930/5 2933/5 2937/14
2937/24 2944/21 2947/24 2948/11
2948/13 2948/20 2949/8 2949/15
2950/4 2957/14 2958/8 2959/23
2960/17 2961/2 2963/12 2963/22
2985/23 2987/4 2995/8 2996/4 2996/7
2997/23 2998/15 2998/21 2998/25
3005/21 3015/12 3027/22 3028/1
3037/3 3039/23 3043/9 3043/12 3059/2
3060/25 3061/3 3068/20 3084/5
3086/12 3089/14 3094/23 3097/20
3097/25 3099/11 3104/9 3105/20
3106/3 3106/4 3106/5 3106/9 3106/21
3112/24 3112/24 3113/1 3120/9
3120/25
differ [2] 2962/5 3022/1
difference [26] 2935/8 2935/25 2937/10
2938/20 2938/22 2941/17 2967/22
2967/24 2990/20 2990/21 2992/6
2992/7 2995/21 3009/13 3012/10
3012/13 3073/11 3073/12 3073/13
3073/14 3075/2 3105/20 3108/8
3108/11 3108/16 3108/18
differences [8] 2942/1 2990/15 3010/23
3042/12 3103/4 3112/10 3112/11
3112/12
different [53] 2925/5 2925/5 2926/4
2927/23 2927/23 2928/11 2929/9
2935/6 2937/23 2937/24 2937/25
2938/1 2944/13 2952/2 2955/17 2956/6
2961/16 2961/16 2962/9 2964/5 2968/2
2974/22 2998/7 3008/11 3009/14
3012/5 3018/1 3018/1 3032/18 3037/15
3042/6 3047/6 3048/20 3048/25 3049/2
3049/22 3064/14 3069/5 3069/21
3082/18 3092/6 3092/11 3103/13
3105/5 3105/5 3105/6 3105/8 3105/12
3105/17 3110/1 3121/19 3121/20
3122/20
differs [1] 3084/23
Difficult [1] 3002/7
dilutes [1] 2947/16
dimensional [1] 3113/3
dimensions [7] 3114/18 3115/10

D
dimensions... [5] 3115/12 3115/13 3115/19 3115/20 3115/21
diploma [1] 2966/22
DIRE [2] 2966/1 3031/1
direct [30] 2929/25 2957/19 2959/2 2959/5 2961/8 2961/15 2965/22 2973/6 2978/23 2998/2 3001/1 3005/6 3005/15 3008/19 3008/25 3011/1 3023/8 3028/7 3031/4 3038/13 3094/20 3099/5 3099/23 3099/25 3100/7 3102/12 3103/9 3105/13 3109/12 3112/11
direction [1] 3078/7
directly [3] 2953/17 3008/16 3129/16
disagree [4] 2934/4 2949/25 3077/9 3108/19
discarded [1] 2924/19
discharge [16] 3059/10 3061/24 3062/1 3062/1 3062/14 3062/17 3062/23 3078/23 3079/2 3084/3 3084/7 3084/22 3085/16 3102/10 3102/14 3102/16
disclose [2] 2930/5 2995/8
disclosed [1] 2988/21
Discoverer [1] 3098/13
Discoverer Enterprise [1] 3098/13
discrepancy [2] 3104/7 3104/20
discuss [3] 3017/18 3117/24 3118/6
discussed [11] 2944/4 2947/23 2963/9 2963/12 2989/7 3020/18 3025/9 3079/19 3087/2 3103/8 3110/10
discusses [1] 3000/7
discussing [1] 2991/7
discussion [7] 2947/7 2957/6 2985/25 2986/4 2986/19 2986/23 3014/21
dismissed [1] 2928/8
displayed [1] 3128/25
displaying [1] 3037/24
dispute [2] 3052/21 3125/2
distance [6] 2945/19 2946/7 2946/16 2946/20 2946/24 2947/11
distribution [1] 2976/1
DISTRICT [5] 2917/1 2917/2 2917/15 3130/11 3130/11
disturbed [2] 2977/22 3001/10
diverged [1] 2924/10
divergence [1] 2924/9
divide [1] 2931/10
divided [1] 2959/22
Division [1] 2919/6
DLL [1] 3111/17
do [193] 2924/16 2926/1 2926/6 2926/18 2927/15 2927/20 2928/25 2931/10 2931/20 2936/19 2939/5 2939/15 2939/16 2940/19 2942/15 2942/21 2943/22 2945/11 2946/17 2946/22 2947/10 2947/22 2950/13 2950/18 2950/23 2951/4 2956/3 2956/11 2956/17 2956/23 2958/1 2959/11 2960/1 2961/4 2962/9 2964/1 2964/17 2966/4 2966/10 2966/10 2966/13 2967/16 2969/16 2970/9 2971/5 2971/6 2973/12 2975/5 2976/7 2977/25 2943/2 2982/15 2983/10 2983/20 2987/15 2988/15 2990/20 2991/4 2994/3 2994/8 2996/10 2996/21 2996/24 2997/8 2997/12 2999/13 2999/24 3001/3 3001/3 3002/7 3002/15 3002/16 3003/4 3004/23 3005/8 3006/6 3009/4 3010/22 3011/2 3012/4 3012/7 3012/21 3019/9 3019/21 3019/23 3020/10 3020/11 3022/20 3022/23 3025/2 3025/15 3027/5 3027/22

3029/19 3031/5 3031/7 3031/7 3031/22 3032/2 3032/8 3032/20 3033/3 3034/2 3034/4 3034/5 3035/10 3035/11 3035/16 3035/20 3036/13 3036/16 3037/3 3039/14 3040/3 3040/5 3042/19 3045/14 3045/22 3047/2 3049/4 3049/7 3049/9 3050/17 3052/8 3053/8 3054/19 3056/25 3061/5 3061/6 3061/13 3062/8 3062/14 3062/17 3062/20 3065/9 3066/15 3066/16 3067/8 3071/1 3076/15 3077/6 3077/9 3077/20 3078/4 3079/10 3079/16 3080/23 3081/4 3083/1 3083/3 3083/5 3084/24 3084/25 3085/14 3085/16 3086/7 3086/8 3086/10 3086/17 3086/25 3087/17 3087/20 3087/21 3087/22 3088/4 3088/7 3089/19 3090/11 3090/12 3091/25 3092/15 3093/1 3093/7 3093/10 3094/6 3096/10 3099/11 3109/6 3112/14 3116/13 3117/20 3118/20 3119/2 3121/22 3124/1 3125/8 3126/24 3127/7 3127/14 3127/14 3129/6 3129/9 3129/13 3130/12
Docket [3] 2917/4 2917/7 2917/9
document [4] 2930/20 3008/24 3009/3 3009/4
documents [1] 2969/24
does [59] 2928/7 2940/19 2947/11 2947/15 2947/19 2961/7 2962/3 2962/4 2962/5 2964/22 2972/5 2972/8 2973/9 2985/12 2989/19 2991/19 2991/21 3009/24 3011/13 3013/25 3021/18 3024/18 3028/1 3034/14 3034/17 3036/2 3040/1 3040/20 3044/17 3044/20 3046/11 3050/12 3055/22 3058/13 3059/18 3059/22 3059/23 3063/3 3063/5 3063/8 3064/17 3064/25 3065/5 3065/23 3069/20 3070/8 3070/10 3073/16 3076/6 3081/16 3082/7 3082/22 3085/8 3085/9 3087/8 3089/18 3091/15 3091/17 3119/21
doesn't [30] 2935/10 2940/11 2951/18 2954/8 2957/11 2958/21 2967/24 2987/6 2990/2 3011/5 3011/9 3011/12 3021/18 3027/3 3039/11 3039/18 3039/24 3063/16 3066/1 3083/7 3083/7 3085/11 3089/22 3090/24 3090/25 3095/20 3110/11 3111/23 3112/3 3113/22
doing [31] 2937/5 2938/1 2956/15 2962/11 2965/22 2968/19 2983/10 2988/20 3006/5 3011/22 3031/22 3032/14 3040/24 3043/4 3044/10 3046/9 3046/21 3058/13 3066/22 3069/23 3080/7 3081/8 3083/12 3091/18 3092/5 3095/17 3099/24 3103/24 3108/16 3109/25 3129/1
dollar [1] 3034/6
dollars [1] 3096/13
Domengeaux [1] 2917/21
DON [2] 2919/18 2995/12
don't [104] 2929/4 2930/21 2932/22 2936/13 2938/2 2938/7 2939/24 2940/7 2942/21 2943/2 2943/9 2945/10 2948/16 2952/18 2953/15 2953/24 2956/15 2958/24 2959/3 2960/16 2961/19 2961/20 2961/24 2962/8 2972/17 2989/12 2998/23 2999/1 2999/12 3000/11 3000/15 3002/14 3002/18 3005/23 3011/14 3011/25 3014/7 3016/9 3016/10 3019/18 3024/25 3025/3 3025/4 3025/5 3025/5 3026/17 3044/9 3051/8 3052/11

3052/20 3052/22 3053/7 3053/25 3054/5 3055/10 3056/4 3057/5 3057/7 3077/15 3078/6 3078/8 3078/19 3082/3 3085/18 3087/10 3088/13 3088/13 3088/14 3091/17 3092/19 3092/19 3094/5 3094/6 3094/25 3095/25 3096/18 3097/1 3097/20 3098/2 3101/6 3101/20 3102/2 3102/3 3102/4 3103/19 3107/1 3107/23 3112/4 3114/25 3115/12 3117/16 3117/18 3119/9 3120/8 3121/1 3122/15 3124/17 3129/4 3129/7 3129/9 3129/13 3129/14 3129/15
DONALD [1] 2921/3
done [24] 2938/16 2938/17 2940/14 2943/24 2944/15 2944/16 2956/10 2987/13 2988/10 2992/8 3000/2 3004/12 3024/13 3039/13 3051/8 3094/13 3111/1 3115/1 3113/16 3113/18 3121/6 3125/6 3126/21 3128/6
door [1] 3127/12
dots [1] 2927/13
dotted [8] 3072/3 3072/6 3072/9 3081/10 3081/11 3081/12 3081/13 3081/14
doubled [3] 2950/3 2950/5 2950/9
doubling [1] 3012/11
doubt [3] 2964/24 3011/24 3124/14
DOUGLAS [1] 2919/3
down [38] 2926/10 2929/16 2931/17 2933/1 2934/21 2934/23 2935/3 2938/6 2994/22 3001/1 3002/14 3037/9 3037/10 3048/15 3053/18 3053/24 3054/24 3054/24 3055/2 3056/9 3065/18 3066/2 3069/8 3069/9 3069/11 3071/2 3071/21 3072/2 3072/7 3072/10 3072/24 3074/25 3075/1 3080/9 3081/19 3082/19 3108/2 3118/8
downstream [4] 3076/14 3076/20 3077/18 3078/4
DOYEN [5] 2920/19 3125/1 3127/22 3128/6 3128/9
Doyle [4] 2921/18 3130/10 3130/18 3130/18
Dr [11] 2943/21 2970/17 2991/19 3006/15 3008/2 3031/11 3038/9 3059/3 3061/13 3075/4 3076/3
Dr. [439]
Dr. Adrian [1] 3030/16
Dr. Binici [1] 3018/11
Dr. Blunt [1] 3120/18
Dr. Blunt's [1] 3112/21
Dr. Bushnell [5] 2940/2 2940/3 2940/12 2940/23 2941/11
Dr. Bushnell's [2] 2940/9 2940/17
Dr. Dykhuizen [42] 2969/20 2974/8 2985/6 2987/25 2988/3 3000/1 3000/3 3036/17 3036/21 3040/4 3040/9 3040/13 3043/10 3058/25 3059/4 3059/12 3060/2 3085/24 3086/7 3086/10 3087/5 3087/13 3087/14 3087/17 3088/10 3088/23 3089/9 3089/16 3090/11 3090/14 3091/6 3091/20 3092/21 3093/2 3096/24 3097/8 3097/14 3098/25 3100/1 3100/20 3101/18 3101/19
Dr. Dykhuizen's [36] 2975/2 2979/6 2986/18 2986/20 2986/23 2987/3 2987/12 2987/19 2989/23 2990/7 2990/16 2991/14 2996/13 2996/14 3059/18 3086/5 3086/17 3086/25 3087/20 3088/5 3089/2 3090/4 3090/7 3090/8 3092/8 3092/15 3092/25

**D**

Dr. Dykhuizen's... [9]  3097/12 3098/3
3098/19 3098/20 3100/3 3100/8
3100/14 3101/8 3101/16
Dr. Emilsen [1]  3070/24
Dr. Griffiths [76]  2969/19 2971/6 2974/8
2975/2 2985/5 2985/12 2986/6 2987/25
2988/3 3000/1 3000/7 3011/9 3012/25
3014/1 3036/18 3036/21 3039/8
3039/11 3040/10 3043/7 3058/24
3059/3 3059/3 3060/20 3060/17
3060/20 3060/23 3061/1 3061/5
3061/18 3062/3 3062/7 3063/2 3063/12
3064/6 3064/14 3064/17 3064/25
3065/9 3065/23 3066/3 3070/8 3070/11
3070/21 3072/13 3073/24 3074/3
3076/12 3076/16 3077/5 3077/16
3078/24 3079/12 3081/18 3082/20
3082/23 3083/12 3084/2 3084/6
3084/18 3086/7 3087/5 3087/8 3096/24
3102/13 3102/18 3102/23 3102/24
3103/5 3104/4 3104/5 3104/9 3104/19
3105/8 3106/10 3108/8
Dr. Griffiths' [67]  2978/11 2978/20
2985/14 2985/21 2987/18 2989/23
2990/7 2990/16 2991/14 2996/13
2996/14 3013/14 3014/21 3043/21
3059/9 3059/16 3060/10 3060/13
3061/16 3062/14 3062/17 3062/20
3066/4 3066/18 3067/14 3067/19
3068/6 3068/23 3069/5 3069/9 3069/13
3069/23 3070/2 3072/5 3072/16
3072/22 3073/4 3073/7 3073/13
3073/17 3074/13 3074/15 3074/21
3075/7 3076/1 3077/9 3078/2 3078/21
3079/16 3080/12 3080/23 3081/12
3081/14 3082/12 3082/15 3083/1
3084/16 3085/3 3085/9 3085/20
3087/10 3097/4 3102/9 3103/22 3104/7
3104/25 3112/12
Dr. Huffman [2]  3120/6 3120/17
Dr. Huffman's [1]  3123/14
Dr. Johnson [72]  3031/4 3031/5 3031/18
3032/23 3034/24 3036/15 3037/6
3037/19 3037/24 3038/3 3038/15
3040/19 3043/7 3044/16 3047/21
3049/4 3049/12 3050/7 3050/19 3051/3
3051/10 3053/14 3054/7 3056/7
3057/21 3058/12 3058/24 3062/23
3066/8 3067/8 3069/21 3070/21
3071/10 3071/18 3071/24 3072/15
3073/16 3074/18 3076/6 3078/2
3079/10 3081/4 3083/11 3084/17
3085/7 3085/14 3086/5 3088/22
3092/25 3093/5 3093/20 3093/23
3095/24 3096/8 3098/9 3101/14
3103/19 3104/18 3107/9 3108/4
3108/21 3109/4 3109/11 3112/22
3114/2 3115/7 3115/10 3116/16 3117/2
3117/14 3124/17 3124/19
Dr. Johnson's [2]  3077/22 3107/22
Dr. Kelkar [3]  3121/9 3123/16 3123/19
Dr. Kelkar's [1]  3120/23
Dr. Martin [1]  3110/25
Dr. Momber [52]  2965/11 2965/13
2965/23 2966/3 2966/18 2971/10
2971/16 2972/5 2972/16 2973/8
2976/22 2978/20 2979/19 2979/24
2980/6 2980/14 2981/1 2981/14 2982/2
2982/12 2982/20 2983/5 2984/4 2987/4
2988/9 2988/20 2993/3 2993/11
2993/23 2994/3 2996/7 2998/15 3002/4
3003/16 3005/17 3006/10 3007/12
3008/11 3009/23 3009/13 3009/15
3010/12 3016/6 3016/14 3017/20
3024/2 3025/22 3026/4 3026/15 3028/7
3030/6
Dr. Momber's [12]  2972/20 2973/3
2988/18 2989/6 3003/6 3007/13
3008/16 3013/9 3013/12 3017/16
3029/9 3029/12
Dr. Nesic [19]  2923/10 2923/15 2926/24
2928/3 2928/24 2929/14 2930/14
2933/21 2934/20 2938/4 2941/2 2942/5
2942/13 2943/5 2946/6 2954/11 2956/5
2959/18 2963/5
Dr. Pooladi-Darvish [2]  3071/13 3107/17
Dr. Pooladi-Darvish's [1]  3071/19
Dr. Roegiers [2]  3120/6 3120/17
Dr. Roegiers' [3]  3122/8 3122/13
3123/14
Dr. Vaziri [8]  2935/15 2935/22 2936/5
2958/1 2958/6 2958/10 2959/12
2963/14
Dr. Vaziri's [7]  2937/6 2957/21 2957/25
2958/8 2959/3 2959/6 2960/9
Dr. Watson [3]  3111/5 3111/6
Dr. Whitson [5]  2953/14 2953/17
3105/23 3106/16 3108/25
Dr. Whitson's [2]  2953/13 2955/24
Dr. Zaldivar [2]  3067/25 3068/12
Dr. Zaldivar's [1]  3068/10
Dr. Zick [2]  3106/16 3108/25
Dr. Zick's [1]  3106/5
Dr. Zimmerman [1]  3121/17
Dr. Zimmerman's [2]  3120/18 3120/20
drag [2]  2951/18 3116/5
draw [10]  2925/22 2926/1 2936/8
2937/11 2940/13 2940/14 2940/18
2942/24 3066/14 3066/17
drawing [2]  2943/1 3072/10
drawn [3]  2929/15 2938/15 3093/3
drew [7]  2934/16 2934/20 2934/23
2936/17 2937/12 2937/20 2964/15
drill [63]  2949/6 2949/7 2949/9 3032/8
3032/9 3037/13 3042/4 3044/25 3045/9
3045/10 3045/24 3045/25 3048/1
3048/22 3049/1 3053/15 3053/15
3053/17 3054/3 3054/6 3054/11
3054/13 3054/14 3054/16 3054/18
3054/25 3055/1 3055/8 3056/9 3056/14
3056/16 3057/10 3057/12 3057/14
3057/22 3057/23 3057/24 3057/25
3058/4 3058/15 3062/20 3065/13
3071/2 3071/3 3071/6 3071/8 3078/17
3079/23 3079/23 3080/8 3082/13
3082/13 3113/7 3113/9 3113/14
3113/20 3113/23 3114/7 3114/9
3115/10 3115/19 3116/10 3117/12
Drill Pipe 148 [2]  3056/16 3057/12
Drilling [3]  2920/13 2920/16 2920/19
drop [30]  2928/14 2930/1 2930/6
2930/24 2931/13 2931/19 2931/24
2933/12 2934/1 2936/4 2937/9 2938/12
2943/6 2943/15 2943/25 2951/23
2952/2 2964/6 2984/7 2985/4 3042/9
3042/10 3042/10 3042/12 3046/19
3053/2 3053/22 3080/15 3112/15
3116/6
droplets [2]  3048/16 3048/17
dropped [3]  3053/15 3053/23 3054/23
3055/11
dropping [1]  3055/8
drops [14]  2930/15 2944/8 2945/3
2945/6 2955/18 2956/8 3041/18
3041/18 3042/1 3042/7 3042/8 3042/16
3042/16
Drs [1]  3006/16
Drs. [1]  2993/6
Drs. Griffiths [1]  2993/6
dual [10]  3039/21 3041/7 3042/4
3055/14 3080/25 3099/9 3112/14
3112/16 3113/6 3113/8
due [8]  2930/2 2953/23 3046/19 3068/1
3076/22 3077/14 3080/25 3082/4
duly [3]  2923/7 2965/16 3030/20
duplicate [1]  3027/7
duration [5]  2957/22 2958/11 2958/21
2959/2 2986/14
during [22]  2944/7 2949/17 2988/19
3015/21 3028/7 3050/20 3053/21
3055/24 3088/10 3090/22 3091/3
3091/8 3091/16 3094/17 3094/23
3095/5 3097/3 3098/10 3118/22
3119/17 3121/8 3128/12
dust [3]  3028/24 3029/3 3029/24
Dykhuizen [44]  2969/20 2974/8 2985/6
2987/25 2988/3 2993/6 3000/1 3000/3
3006/16 3036/14 3040/2 3040/4
3040/9 3040/13 3043/10 3058/25
3059/4 3059/12 3060/2 3085/24 3086/7
3086/10 3087/5 3087/13 3087/14
3087/17 3088/10 3088/23 3089/9
3089/16 3090/11 3090/14 3091/6
3091/20 3092/21 3093/2 3096/24
3097/8 3097/14 3098/25 3100/1
3100/20 3101/18 3101/19
Dykhuizen's [37]  2975/2 2979/6 2986/18
2986/20 2986/23 2987/3 2987/8
2987/12 2987/19 2989/23 2990/7
2990/16 2991/14 2996/13 2996/14
3059/18 3086/5 3087/10 3087/25
3087/20 3088/5 3089/2 3090/4 3090/7
3090/8 3092/8 3092/15 3092/25
3097/12 3098/3 3098/19 3098/20
3100/3 3100/8 3100/14 3101/8 3101/16

**E**

e-mails [1]  3128/15
E-N-H-A-N-S [1]  2958/2
each [17]  2932/4 2938/2 2939/23
2944/8 2948/7 2991/11 3042/14
3042/23 3045/19 3050/4 3050/17
3114/15 3114/16 3114/16 3114/16
3114/17 3129/15
earlier [14]  2957/22 2963/9 2963/12
2979/5 2985/6 3005/22 3012/4 3013/7
3025/7 3057/23 3064/15 3070/3
3079/20 3119/13
early [3]  2954/12 3034/5 3034/19
earn [1]  2967/7
easily [1]  3089/8
East [1]  2918/16
EASTERN [2]  2917/2 3130/11
easy [2]  2936/7 2977/6
edges [1]  3054/17
education [1]  3034/24
educational [3]  2966/19 2968/13
3031/18
Edwards [1]  2917/22
effect [18]  2936/1 2950/14 2951/14
2951/19 2978/5 3018/11 3039/22
3046/22 3046/23 3046/24 3049/13
3072/15 3082/5 3103/9 3103/23
3103/25 3112/15 3119/15
effective [3]  3027/17 3028/3 3028/5
3028/6 3065/24 3066/24
effectively [4]  2951/17 3061/23 3106/22

effectively... [1] 3116/4
effects [10] 2990/11 2997/15 3039/19
3039/20 3041/9 3044/7 3045/16
3080/25 3099/9 3112/14
eight [1] 2974/22
EISERT [1] 2920/6
either [9] 2943/9 2957/18 2958/7 2960/5
3042/13 3045/10 3077/4 3105/3
3106/18
elected [1] 3127/23
element [6] 2935/1 2938/7 3058/7
3058/8 3058/10 3072/21
elements [12] 2937/23 2938/1 2938/19
2944/8 2945/7 2949/3 2949/6 2980/7
3045/19 3058/22 3070/1 3112/17
elevation [1] 3042/11
eliminate [1] 3010/14
eliminated [1] 2949/12
Ellis [3] 2919/20 2920/2 2920/5
Elm [1] 2921/5
else [7] 2926/18 2928/8 2958/18
2962/23 2995/8 3025/3 3025/15
else's [1] 3107/23
embedded [2] 3111/9 3111/18
Emilsen [9] 3012/23 3014/9 3015/8
3015/14 3015/21 3016/8 3065/12
3070/24 3070/24
Emilsen's [12] 2971/5 2971/19 2983/23
2984/16 2986/10 3015/25 3052/18
3064/16 3064/21 3065/5 3065/10
3065/23
employ [1] 2964/25
employed [2] 2968/25 2969/1
employer [1] 3032/21
enable [1] 3046/21
enabled [1] 2983/25
enclosed [2] 3010/3 3010/7
end [38] 2926/5 2932/5 2934/15
2934/15 2937/1 2937/25 2949/8 2959/7
2963/16 2964/15 3032/5 3052/19
3053/23 3057/5 3057/6 3057/22
3057/23 3057/25 3058/1 3059/7 3060/6
3060/7 3066/12 3068/3 3070/23
3075/11 3086/19 3087/1 3089/21
3089/25 3097/1 3097/6 3099/4 3099/15
3101/8 3101/9 3102/7 3102/8
ending [1] 2925/19
endorsing [1] 3067/19
energy [3] 2921/2 2921/7 3017/8
Enforcement [1] 2919/10
enforces [1] 3078/10
engagement [1] 3004/11
ENGEL [1] 2919/13
engineer [4] 2966/21 3031/8 3031/24
3031/25
engineering [19] 2964/25 2966/12
2967/8 2969/2 3019/4 3019/4 3019/10
3019/15 3019/16 3020/7 3023/25
3024/1 3031/20 3031/21 3031/22
3032/13 3035/20 3038/24 3088/1
Engineers [1] 3032/1
English [2] 2966/6 2966/8
ENHANS [4] 2958/2 2958/8 2958/20
2958/24
enormous [5] 3044/2 3047/9 3047/10
3047/11 3103/18
enormously [3] 2956/21 3103/16
3103/17
enough [11] 2928/10 2944/17 2945/24
2947/10 2952/17 2958/14 2960/2
2961/4 3085/11 3085/12 3087/24

enshrined [1] 2964/20
enter [1] 2971/16
Enterprise [1] 3098/13
entire [11] 2925/9 2939/19 2949/18
2967/9 2984/14 2999/25 3000/19
3127/10 3128/11 3128/18 3128/20
entirely [2] 3077/23 3126/4
entitled [1] 3049/13 3130/15
envelope [1] 2937/15
Environment [1] 2919/10
Environmental [1] 2919/10
EOS [2] 3105/14 3106/17
equal [1] 3022/10
equation [7] 2954/3 2955/5 3047/2
3047/7 3090/16 3090/17 3105/15
equivalent [3] 2966/23 3031/24 3046/2
erode [3] 2985/17 2992/19 3022/6
eroded [7] 2945/19 2946/7 2946/16
2946/20 2970/21 2985/22 3057/23
eroding [7] 2924/6 2962/6 2962/7
2962/22 2962/22 2962/23 2962/23
erosion [205] 2924/15 2925/10 2925/20
2928/15 2928/17 2928/20 2929/25
2930/2 2931/4 2932/20 2933/24
2933/25 2935/11 2937/12 2943/13
2943/14 2944/23 2947/1 2947/3 2947/5
2947/18 2947/22 2948/5 2948/11
2948/12 2948/13 2948/16 2950/15
2951/9 2951/15 2952/1 2956/25 2957/3
2957/4 2957/4 2957/14 2957/25 2960/3
2960/3 2960/6 2960/12 2960/16 2961/3
2961/4 2961/15 2961/19 2961/22
2961/24 2962/2 2962/4 2965/2 2966/13
2967/3 2967/10 2968/18 2968/24
2969/17 2970/5 2971/1 2971/2 2971/7
2972/16 2973/9 2973/10 2973/11
2973/12 2973/17 2974/1 2974/4 2974/6
2974/14 2974/16 2974/20 2974/23
2974/24 2974/25 2975/1 2975/1 2975/8
2975/10 2975/13 2975/15 2976/6
2978/16 2979/4 2979/7 2979/9 2980/8
2982/14 2982/18 2983/12 2985/12
2985/15 2985/24 2986/5 2986/8
2986/19 2986/20 2986/21 2986/24
2987/13 2987/13 2987/16 2987/20
2987/22 2987/24 2988/1 2988/2 2988/4
2989/20 2989/22 2990/6 2990/12
2990/15 2990/16 2991/4 2991/6 2991/8
2991/11 2991/12 2991/13 2991/23
2992/10 2992/24 2993/1 2993/1 2993/7
2993/9 2995/14 2996/8 2996/11
2996/12 2996/15 2996/16 2996/19
2996/23 2997/1 2997/10 2997/15
2997/15 3000/4 3000/5 3000/7 3001/25
3002/23 3002/25 3003/3 3003/10
3003/12 3003/13 3004/8 3004/24
3009/10 3009/12 3009/16 3009/17
3009/20 3010/2 3010/6 3010/9 3010/21
3010/24 3013/1 3014/2 3014/23
3014/24 3014/25 3015/19 3018/5
3018/24 3019/3 3019/9 3020/6 3020/18
3021/2 3021/9 3021/15 3022/6 3023/10
3023/13 3023/19 3023/20 3023/20
3023/22 3023/25 3024/1 3024/11
3025/17 3027/6 3027/7 3027/9 3027/18
3029/3 3030/1 3030/3 3030/4 3032/9
3037/16 3053/12 3053/12 3058/16
3076/13 3076/15 3076/18 3092/18
erosion-resistant [1] 2975/8
erosive [2] 2961/2 3054/17
erroneous [1] 2941/22
error [13] 2945/5 2945/10 2994/15
2995/3 2995/6 3077/3 3077/11 3086/10

3086/14 3086/18 3086/22 3086/25
3092/19
errors [2] 2994/5 2994/13
especially [6] 3040/15 3040/18 3041/6
3087/19 3087/21 3087/22
ESQ [50] 2917/19 2917/22 2918/3
2918/7 2918/10 2918/13 2918/16
2918/19 2918/19 2918/22 2919/3
2919/3 2919/7 2919/11 2919/11
2919/12 2919/12 2919/13 2919/13
2919/14 2919/14 2919/15 2919/18
2919/21 2919/21 2919/22 2919/22
2919/23 2920/3 2920/6 2920/6 2920/7
2920/10 2920/13 2920/16 2920/19
2920/19 2920/20 2920/20 2920/21
2921/3 2921/3 2921/4 2921/4 2921/5
2921/8 2921/8 2921/12 2921/15
2921/15
essentially [3] 3072/5 3101/20 3108/7
establish [3] 2960/25 3008/10 3033/16
established [4] 2933/16 2938/18
3000/19 3128/14
establishing [2] 3005/19 3006/10
estimate [72] 2927/12 3038/23 3040/11
3043/8 3043/11 3044/19 3050/22
3060/7 3060/15 3060/18 3060/21
3060/24 3061/2 3061/19 3063/4
3063/13 3064/7 3068/24 3069/6 3069/7
3069/16 3069/17 3069/22 3070/9
3072/16 3073/4 3073/13 3073/15
3073/19 3073/24 3074/4 3074/22
3078/25 3080/13 3080/14 3083/2
3083/3 3083/8 3083/13 3083/17
3084/10 3084/18 3085/10 3085/13
3086/11 3086/15 3086/17 3086/19
3087/10 3087/18 3087/22 3087/25
3088/1 3088/2 3088/5 3088/8 3088/12
3089/19 3091/1 3091/9 3093/3 3097/1
3097/5 3097/9 3097/15 3097/19
3100/18 3100/19 3102/10 3103/18
3104/15 3111/16
estimated [5] 2993/14 3074/1 3089/16
3091/13 3095/13
estimates [14] 2993/8 3040/11 3059/1
3060/3 3060/5 3060/6 3060/8 3062/24
3086/6 3086/20 3087/12 3096/23
3097/2 3097/6
estimating [2] 2986/14 3013/1
et [3] 2917/8 2917/11 3023/23
etc [11] 2925/14 2976/4 2976/4 2990/22
3011/16 3049/21 3073/2 3079/21
3114/17 3126/21 3126/21
evaluate [4] 2957/14 2969/17 2975/5
3001/7
evaluation [1] 3079/6
even [23] 2936/12 2938/5 2938/8
2939/13 2952/18 2956/15 2958/24
2971/17 2988/4 2990/5 2990/13
3000/13 3014/5 3029/5 3029/8 3030/17
3040/17 3054/1 3080/24 3087/1
3092/14 3101/21 3109/1
evening [3] 3118/3 3118/7 3124/24
event [3] 2958/21 3015/18 3092/12
ever [9] 2930/22 2936/7 2953/16
2969/11 3003/10 3029/15 3031/14
3064/12 3094/2
every [7] 2930/22 2930/22 2954/7
3036/13 3064/11 3109/25 3124/24
everybody [1] 3130/4
everyone [3] 2923/3 2993/20 3099/21
everything [10] 2928/1 2962/20 2962/23
2981/12 3052/12 3053/9 3059/15
3078/12 3079/14 3102/21

**E**

evidence [29]  2929/10 2948/5 2957/24
2979/12 2998/4 2998/5 2998/6 3001/11
3005/15 3007/4 3007/9 3011/25 3016/4
3025/21 3026/2 3037/7 3037/10
3037/10 3052/17 3058/13 3064/15
3099/19 3119/16 3120/7 3120/23
3121/11 3121/12 3124/9 3126/19
exact [3]  3092/11 3104/3 3110/17
exactly [16]  2927/5 2932/3 2934/6
2936/21 2941/12 2954/17 2959/24
2960/20 3003/15 3005/14 3008/25
3015/24 3092/13 3122/19 3123/5
3129/1
exam [3]  2963/10 3094/20 3099/23
examination [16]  2923/8 2929/5 2963/3
2973/6 2993/23 2994/1 2998/8 3005/15
3013/6 3013/10 3023/8 3028/8 3031/4
3038/13 3093/18 3093/21
examine [6]  3008/21 3008/21 3021/18
3036/17 3041/11 3126/15
examined [3]  2965/13 3070/21 3103/9
examines [1]  3018/16
examining [3]  3025/2 3103/1 3103/8
example [12]  2982/16 2983/7 3012/23
3020/25 3022/2 3023/19 3045/20
3052/15 3053/6 3117/8 3117/12 3122/1
examples [2]  3049/22 3052/13
excess [1]  3075/21
exchange [1]  3118/24
exchanging [1]  3113/18
excluded [4]  2945/8 2979/20 2989/1
3007/13
Excuse [1]  3061/21
exercise [4]  2950/13 2955/20 3054/22
3059/9
exercises [1]  2938/18
exhibit [8]  2929/2 2929/2 2929/3
3107/14 3126/3 3126/3 3126/6 3128/18
exhibits [3]  3125/3 3125/20 3126/1
existed [1]  3075/11
existing [5]  2987/7 3034/14 3034/15
3034/22 3039/17
exists [2]  3070/5 3074/4
exit [3]  3088/12 3088/16 3088/17
Exodus [1]  3035/21
expand [1]  2953/2
expands [1]  3046/18
expansion [3]  2956/25 2957/3 2957/4
expect [4]  3025/15 3086/23 3120/10
3124/3
expectations [1]  2927/8
experience [12]  2939/15 2959/7
2975/11 2993/3 3002/5 3002/7 3002/13
3002/15 3002/18 3034/25 3064/8
3085/14
experienced [2]  3095/3 3095/8
experiment [1]  3026/25
experimental [3]  3017/20 3028/22
3029/16
experiments [5]  3010/2 3010/6 3010/9
3016/15 3030/1
expert [62]  2923/16 2924/24 2928/3
2929/4 2933/16 2940/3 2950/17
2955/24 2957/4 2958/18 2969/11
2969/13 2969/19 2970/2 2971/19
2972/9 2972/16 2972/18 2972/24
2978/11 2979/6 2982/12 2984/5 2985/7
2987/5 2993/5 2998/16 2999/5 2999/5
3001/6 3001/12 3001/14 3002/10
3005/8 3006/1 3006/15 3009/24 3015/7
3023/18 3031/11 3031/14 3033/12

3036/18 3036/20 3037/19 3037/25
3058/24 3059/8 3059/9 3066/12
3066/3 3071/10 3077/22 3097/18
3097/22 3097/25 3098/2 3105/18
3105/22 3114/3 3121/5 3125/3
expertise [4]  2956/2 3002/5 3004/23
3004/24
experts [19]  2953/8 2962/21 2970/22
2974/8 2979/12 2983/13 2997/25
2998/22 2999/7 2999/9 3000/1 3002/1
3013/2 3053/13 3107/5 3107/12
3108/22 3121/13 3123/7
explain [31]  2933/18 2936/22 2967/5
2967/16 2967/21 2967/22 2973/8
2975/12 2976/10 2979/24 2982/4
2982/5 2983/20 2984/7 2984/25
2988/13 2988/24 2991/3 3005/14
3033/14 3040/19 3041/19 3043/17
3044/21 3051/24 3054/7 3061/17
3079/5 3081/4 3083/11 3084/9
explained [7]  2938/3 2947/7 2947/17
2956/4 2957/16 2964/8 3014/2
explaining [1]  3084/13
explains [1]  3064/20
explanation [4]  2929/12 2990/19
2990/25 3014/20
explicitly [2]  2950/2 2955/21
exploded [2]  2923/10 2924/1
EXPLORATION [6]  2917/10 2919/17
2919/20 2920/2 2920/5 2920/9
explore [3]  3008/20 3009/5 3013/10
explored [1]  3074/6
explosion [1]  2924/7
exponential [3]  2941/2 2941/11 2941/18
exposed [4]  2984/17 2995/15 3012/21
3065/15
expressed [3]  2939/1 2982/3 3120/3
expressing [1]  2989/11
extensive [2]  2968/17 3002/13
extensively [2]  2968/21 3128/5
extent [12]  2954/1 2955/25 2956/14
2957/19 2958/5 2958/14 2958/17
2961/4 2979/25 3003/23 3004/5 3124/5
extra [1]  3130/2
extract [1]  2932/16
extracted [2]  2932/17 2958/23
extrapolate [2]  2939/3 2939/3
extrapolated [7]  2925/8 2931/22
2986/13 2986/14 3059/14 3070/16
3073/5
extrapolates [2]  3039/16 3065/4
extrapolating [2]  3014/23 3039/5
extrapolation [7]  2938/24 3040/9 3065/5
3072/4 3072/14 3072/17 3074/22
extreme [1]  2988/5
eye [1]  2941/15
eyeball [1]  2956/22

**F**

facility [1]  3108/14
fact [26]  2953/12 2959/3 2960/3 2961/3
2996/25 2998/24 2999/11 3011/12
3014/14 3021/20 3029/23 3044/9
3058/12 3058/13 3058/16 3070/20
3073/14 3084/11 3084/12 3084/19
3086/20 3090/3 3090/12 3107/23
3122/12 3128/3
factor [5]  2930/2 2934/1 2938/21
3027/17 3028/3
factors [1]  2975/12
Fahrenheit [1]  2954/23
failed [1]  3109/18
failure [2]  2971/17 2979/4

faint [1]  2931/4
fairly [3]  3052/2 3056/18 3096/2
fall [2]  2968/4 3095/9
fallen [2]  3058/2 3058/3
falls [1]  2955/7
familiar [3]  2956/25 2957/7 3106/18
fancied [1]  2928/12
Fannin [1]  2920/16
fantastic [2]  3077/19 3078/4
far [23]  2930/11 2930/11 2944/5
2944/10 2946/25 2975/15 2988/3
2989/13 3014/18 3029/25 3046/1
3046/3 3064/4 3086/23 3087/24 3093/4
3093/4 3096/19 3112/1 3119/7 3119/12
3127/11 3129/7
far-field [1]  3064/4
Farmborough [1]  3031/9
fashion [1]  3013/25
faster [2]  2932/13 3022/6
FCRR [3]  2921/18 3130/10 3130/18
feel [1]  3022/11
feeling [1]  3025/14
feels [1]  3063/15
FEESA [16]  3031/9 3032/21 3032/22
3033/16 3034/3 3035/2 3035/15
3093/24 3094/2 3094/4 3094/8 3094/11
3094/17 3095/9 3095/13 3113/13
FEESA's [1]  3035/15 3095/19
feet [12]  2977/4 2988/2 2989/21
2989/24 2989/25 2995/17 2995/19
3015/17 3015/18 3017/9 3053/18
3065/19
fell [2]  2943/6 3058/11
felt [1]  2926/12
few [12]  2970/6 3015/10 3017/18
3052/13 3059/7 3061/9 3061/22 3062/5
3110/16 3110/18 3110/18 3110/22
fibers [4]  2995/25 2996/2 2996/3 2996/4
field [22]  2966/23 2967/8 2967/9
2967/10 2967/12 2968/14 2968/15
2968/16 3002/5 3002/5 3002/15
3002/18 3002/19 3003/24 3004/6
3004/13 3004/15 3004/20 3035/6
3035/7 3036/5 3064/4
field-tested [1]  3036/5
FIELDS [1]  2919/23
Fifteenth [1]  2920/7
fifth [1]  2984/16
figure [25]  2924/24 2934/18 2937/12
2944/17 2950/9 2955/18 2956/3 2956/9
2976/22 2976/24 3024/9 3026/24
3063/4 3065/6 3071/18 3071/25 3072/9
3075/5 3075/18 3075/19 3081/2 3081/5
3095/19 3107/4 3122/14
Figure 10 [1]  3075/19
Figure 16 [1]  3071/18
Figure 3 [2]  3024/9 3026/24
Figure 30 [1]  2924/24
Figure 33 [1]  2934/18
Figure 34 [1]  2937/12
Figure 5 [2]  3071/25 3072/9
filed [1]  3118/10
files [2]  2923/20 3107/9
filled [1]  3054/23
final [7]  2923/20 2934/12 2947/23
2961/7 2997/14 3097/4 3097/9
finally [6]  2934/25 2974/21 2986/13
2993/3 3023/10 3090/7
financial [1]  3095/22
find [8]  2974/18 2989/16 2989/20
2991/4 3046/10 3054/24 3105/20
3125/5

Case 2:10-md-02179-CJB-DPC Document 11296-42 Filed 04/30/13 Page 230 of 255

**F**

finding [2]  2947/22 2978/24
fine [7]  2924/4 2940/13 2945/24
  3018/12 3022/8 3028/15 3129/23
finish [4]  3086/2 3093/13 3117/23
  3118/2
finished [3]  2966/22 3030/11 3118/7
firm [2]  2918/6 2925/25
first [52]  2925/12 2926/13 2929/14
  2929/15 2931/1 2931/2 2935/17
  2935/20 2935/23 2937/2 2938/13
  2939/11 2939/14 2948/3 2949/9
  2958/16 2961/12 2961/14 2962/14
  2963/15 2965/20 2970/19 2974/6
  2974/16 2977/20 2977/23 2982/17
  2985/1 2985/20 2988/19 2988/23
  2994/3 2998/7 3032/7 3039/6 3039/16
  3040/22 3045/12 3051/24 3067/8
  3071/21 3072/7 3072/11 3072/24
  3074/11 3124/25 3081/10 3087/14
  3096/24 3099/24 3116/16 3129/14
fishing [1]  3054/22
fit [23]  2927/3 2927/18 2928/4 2928/25
  2936/20 2938/6 2938/7 2938/10
  2939/20 2939/22 2941/2 2941/3
  2941/11 2941/19 2941/19 2941/19
  2941/24 2943/14 2943/14 3066/14
  3066/16 3070/16 3070/17
FITCH [1]  2921/15
fits [9]  2927/17 2928/5 2933/10 2939/3
  2939/15 2942/3 2942/13 2942/15
  2943/5
fitting [2]  3059/9 3061/23
five [4]  2930/2 2942/15 3043/20
  3094/12
five-week [1]  2930/2
fixed [3]  3063/8 3063/11 3063/11
flash [4]  3108/4 3108/5 3108/9 3108/13
flashing [1]  3108/15
flat [2]  3067/13 3067/14
flawed [1]  3085/21
flaws [1]  3086/6
FLEMING [1]  2921/5
flexural [1]  3027/17
float [4]  2976/18 2977/1 2994/11
  2994/25
floating [1]  3033/25
Floor [1]  2920/21
Florida [1]  2918/5
flour [3]  3028/17 3028/21 3029/15
flow [229]
flow-out [1]  3088/3
flowing [11]  2973/18 3033/8 3033/15
  3033/19 3033/21 3041/16 3046/3
  3055/6 3064/10 3112/16 3116/12
flows [3]  3031/23 3059/5 3082/14
fluent [2]  2947/8 2966/8
fluid [33]  2948/3 2951/3 2951/11
  2951/14 2951/16 2951/18 2951/22
  2952/2 2952/18 2952/18 2952/22
  2952/25 2953/1 2953/9 2955/16
  2955/22 2957/16 2957/18 2983/22
  3033/3 3046/3 3050/1 3060/2 3060/25
  3105/12 3105/14 3105/22 3105/25
  3106/3 3106/5 3106/9 3106/13 3116/5
fluids [19]  3033/10 3035/12 3041/15
  3042/2 3042/12 3042/13 3042/16
  3046/12 3046/15 3046/21 3047/1
  3047/3 3047/4 3047/7 3047/13 3079/20
  3108/15 3116/9 3116/12
fly [2]  2933/1 3022/23
FLYNN [1]  2919/7

foam [1]  3004/17
focus [3]  2850/11 2967/9 2997/12
  3000/23 3000/24 3032/23 3033/1
  3081/10 3088/2
focused [4]  2948/5 2948/24 2961/8
  2961/11
focusing [1]  2938/4
fold [2]  2930/6 2995/21
follow [5]  2963/6 3012/18 3068/19
  3068/20 3082/3
follow-up [1]  2963/6
followed [1]  2974/15
following [1]  3128/6
follows [3]  2923/7 2965/16 3030/20
foot [3]  2955/4 3041/1 3057/24
footnote [4]  2952/11 2952/12 3000/12
  3013/13
foregoing [1]  3130/12
forget [3]  3062/10 3104/3 3114/5
form [5]  2933/17 2992/15 3005/18
  3026/6 3120/11
forming [4]  3006/25 3007/23 3008/12
  3025/21
formula [1]  2941/22
formulation [1]  3004/13
forth [5]  2932/15 3039/7 3051/24
  3061/13 3123/17
forward [4]  2960/13 3014/3 3014/15
  3076/25
found [24]  2974/10 2974/21 2978/13
  2984/13 2987/23 2988/2 2990/9 2991/9
  3008/8 3008/9 3010/23 3019/10
  3037/18 3053/24 3054/11 3054/24
  3054/25 3056/14 3056/16 3057/2
  3057/10 3057/14 3066/22 3074/7
foundation [6]  2929/2 2933/15 2942/16
  3107/1 3107/6 3107/21
four [12]  2937/25 2947/25 2948/6
  2948/7 3003/24 3004/3 3004/3 3004/6
  3125/19 3126/1 3126/2 3126/8
fraction [1]  2947/4
fragment [1]  3017/9
fragmentation [14]  2971/9 2971/23
  3013/7 3013/12 3013/21 3014/4
  3014/14 3014/17 3014/20 3015/6
  3015/16 3016/11 3016/18 3016/22
frame [3]  2986/15 3024/10 3066/5
frames [1]  2983/13
FRANK [1]  2918/16
freestanding [1]  2930/12
frictional [2]  3042/12 3042/19
Frilot [1]  2920/12
front [2]  2936/14 2972/13
full [10]  2965/17 3003/23 3004/5 3020/2
  3030/21 3043/4 3056/23 3056/23
  3058/19 3091/14
fully [3]  3042/2 3121/23 3126/14
function [1]  2928/15
functions [1]  2938/24
fundamental [2]  3020/5 3021/1
funny [1]  2939/5
further [10]  2942/25 2962/25 2982/20
  3009/1 3009/5 3040/17 3048/8 3053/24
  3062/2 3078/19
future [1]  2926/16

**G**

G-E-O [1]  2967/14
gaps [1]  3070/6
gas [42]  2952/14 2952/19 2952/22
  2953/2 2953/13 2955/11 2955/14
  2955/17 2955/23 2956/3 2956/5
  2956/25 2957/3 2957/4 2957/14

2957/18 2957/20 2969/4 3014/10
  3032/5 3032/24 3033/4 3033/6 3034/4
  3035/13 3035/17 3035/18 3041/10
  3045/18 3046/15 3046/18 3047/5
  3048/5 3048/10 3048/13 3048/16
  3049/20 3064/8 3109/16 3110/1
  3111/15 3112/6
GASAWAY [1]  2920/6
gauge [13]  2944/3 2944/4 2944/25
  2945/1 2945/2 2945/5 2945/6 3076/14
  3076/14 3077/3 3077/12 3077/17
  3077/18
gauges [3]  2944/22 2945/11 2945/13
gave [6]  2926/2 2930/16 2930/25
  2934/6 2994/19 3097/11
general [7]  2968/18 2969/3 2973/9
  2974/21 3042/18 3044/12 3059/4
General's [2]  2918/18 2918/22
generally [4]  2970/8 2970/9 2986/21
  3000/8
generate [2]  2973/20 2992/23
generated [1]  2934/2
generic [1]  2952/22
Genesis [1]  3035/21
geomaterials [5]  2967/4 2967/11
  2967/13 2967/14 2967/17
geometric [1]  3050/14
geometries [4]  2925/13 2930/1 2932/20
  2934/7
geometry [21]  2924/5 2924/16 2924/18
  2933/25 2933/25 2943/13 2943/14
  2952/3 3042/3 3045/20 3059/23
  3060/14 3060/16 3062/14 3062/16
  3079/20 3100/13 3100/15 3114/6
  3114/20 3117/16
German [2]  2966/12 2966/21
Germany [3]  2966/5 2967/1 2969/2
get [57]  2926/8 2932/6 2937/10 2946/3
  2947/19 2952/19 2952/24 2960/13
  2960/16 2960/23 2960/24 2963/21
  2980/8 2981/21 3007/12 3008/17
  3015/12 3030/16 3038/22 3040/7
  3041/8 3041/24 3043/6 3046/15
  3046/15 3046/16 3046/18 3046/20
  3048/10 3048/20 3051/1 3052/17
  3059/10 3059/13 3064/25 3067/17
  3072/4 3073/10 3073/19 3080/18
  3096/25 3101/4 3101/23 3102/2 3102/5
  3108/12 3112/7 3112/19 3116/17
  3120/10 3125/6 3127/13 3127/20
gets [4]  2964/6 2964/7 2972/2 3073/8
getting [10]  2942/23 2968/13 2998/24
  2998/25 3005/15 3016/3 3049/20
  3096/2 3118/25 3127/13
Gibson [9]  3125/13 3126/10 3126/11
  3126/17 3126/18 3127/16 3127/25
  3128/1 3128/5
Gibson's [12]  3126/3 3126/9 3126/20
  3126/24 3127/3 3127/7 3127/11
  3127/13 3127/14 3127/23 3128/2
  3128/8
give [13]  2923/12 2979/25 3005/25
  3036/18 3052/13 3067/23 3087/8
  3087/25 3090/12 3096/5 3129/19
  3129/21 3129/23
given [12]  2947/18 2949/5 2952/3
  2953/5 2953/15 2961/24 3029/21
  3053/2 3066/21 3074/4 3085/18
  3110/16
gives [3]  3025/14 3069/25 3080/14
  3130/3
giving [3]  2981/23 3029/19 3127/4

**G**

GLADSTEIN [1] 2919/14
gloss [2] 3025/20 3026/3
GmbH [1] 2917/8
go [77] 2924/14 2924/16 2926/8
2929/12 2929/24 2932/8 2932/9
2934/21 2935/3 2938/6 2939/6 2939/6
2940/11 2942/25 2944/5 2955/20
2958/17 2959/10 2962/18 2964/13
2981/25 2991/16 2994/7 2995/11
2997/4 2998/11 3003/6 3003/9 3003/18
3007/6 3007/9 3007/10 3015/3 3015/25
3017/15 3018/9 3018/22 3019/7 3020/1
3021/6 3024/9 3027/12 3029/9 3029/10
3029/11 3029/14 3034/19 3035/6
3035/24 3037/6 3040/17 3041/15
3042/1 3042/2 3042/3 3045/10 3045/10
3045/11 3045/19 3047/9 3048/8
3049/10 3049/18 3053/14 3055/19
3058/23 3060/11 3069/8 3069/11
3071/23 3075/22 3078/13 3093/16
3115/8 3121/20 3124/5 3127/23
Godwin [3] 2921/2 2921/3 2921/7
goes [10] 2931/4 2931/5 2937/15
2939/11 2971/25 3047/24 3082/19
3109/3 3116/2 3128/1
going [107] 2924/9 2924/20 2929/1
2932/8 2934/7 2935/19 2939/11
2941/16 2942/10 2942/16 2948/3
2948/23 2949/6 2949/9 2952/24
2959/14 2972/22 2980/2 2980/22
2980/24 2981/9 2981/21 2981/25
2982/19 2987/2 2988/25 2998/5
3005/23 3006/4 3006/6 3007/10
3007/18 3009/1 3015/1 3025/20
3033/17 3034/7 3034/8 3034/8 3039/4
3039/19 3039/21 3041/4 3041/5
3041/11 3041/14 3045/17 3047/8
3048/13 3048/14 3048/15 3048/17
3049/1 3050/18 3053/2 3053/10
3053/17 3054/11 3055/15 3055/16
3055/17 3056/20 3057/9 3058/21
3060/5 3060/7 3064/3 3064/5 3065/6
3067/20 3068/15 3071/21 3076/8
3077/14 3078/7 3078/12 3078/15
3078/16 3078/16 3086/2 3090/21
3090/23 3092/18 3092/18 3092/20
3093/7 3096/11 3107/23 3108/14
3110/4 3110/13 3110/15 3110/22
3115/2 3115/22 3117/5 3117/23
3118/19 3123/1 3124/1 3124/7 3124/8
3124/14 3124/16 3126/16 3127/20
3129/10
gone [6] 3040/25 3058/3 3059/1
3083/14 3096/19 3103/11
good [11] 2945/24 2984/17 3051/1
3052/3 3065/20 3093/20 3093/22
3114/25 3117/25 3119/7 3127/12
got [43] 2927/8 2928/9 2941/23 2941/24
2947/2 2953/10 2955/9 2956/13 2959/9
2966/25 2967/2 2980/10 3009/2
3026/10 3039/25 3041/7 3045/9 3046/3
3048/10 3058/20 3065/20 3068/13
3074/21 3077/13 3079/13 3080/15
3083/4 3083/6 3090/25 3092/5 3092/6
3092/10 3100/8 3106/10 3116/7 3116/7
3116/8 3116/9 3116/23 3116/24 3123/5
3129/17 3129/18
government [12] 2940/7 2962/21
2971/20 2979/12 2989/3 3119/9
3119/14 3120/8 3120/9 3120/25 3124/3
3124/21

government's [3] 3038/22 3118/13
3119/6
gradients [2] 3111/24 3112/18
gradual [2] 2971/5 2986/11
Grand [1] 2920/2
GRANT [1] 2920/20
graph [8] 2934/2 2941/13 2988/9
2988/12 2989/9 2989/16 2990/14
2991/5
graphical [1] 3114/13
grateful [1] 3089/11
gravitational [2] 3042/10 3042/19
great [8] 2925/13 2958/18 3034/13
3043/25 3043/25 3052/23 3088/11
3107/13
greater [5] 3046/4 3052/19 3086/22
3086/23 3087/1
green [4] 3068/8 3075/5 3082/7 3082/8
GREENWALD [1] 2918/10
Griffiths [81] 2969/19 2971/6 2974/8
2975/2 2985/5 2985/12 2986/6 2987/25
2988/3 2993/6 3000/1 3000/7 3006/16
3011/9 3012/25 3014/1 3036/18
3036/21 3039/8 3039/11 3040/10
3043/7 3058/24 3059/3 3059/3 3059/22
3060/2 3060/17 3060/20 3060/23
3061/1 3061/5 3061/18 3062/3 3062/7
3063/2 3063/12 3064/6 3064/14
3064/17 3064/25 3065/9 3065/23
3066/3 3070/8 3070/11 3070/21
3072/13 3073/24 3074/3 3076/12
3076/16 3077/5 3077/16 3078/24
3079/12 3081/18 3082/20 3082/23
3083/12 3084/2 3084/6 3084/18 3086/7
3087/5 3087/8 3096/24 3102/13
3102/18 3102/23 3102/24 3103/5
3104/1 3104/4 3104/5 3104/9 3104/19
3104/19 3105/8 3106/10 3108/8
Griffiths' [68] 2978/11 2978/20 2985/14
2985/21 2987/18 2989/23 2990/7
2990/16 2991/14 2996/13 2996/14
3013/14 3014/21 3043/21 3059/9
3059/16 3060/10 3060/13 3061/16
3062/14 3062/17 3062/20 3066/4
3066/18 3067/14 3067/19 3068/6
3068/23 3069/5 3069/9 3069/13
3069/23 3070/2 3072/5 3072/16
3072/22 3073/4 3073/7 3073/13
3073/17 3074/13 3074/15 3074/21
3075/7 3076/1 3076/3 3077/9 3078/2
3078/21 3079/16 3080/12 3080/23
3081/12 3081/14 3082/12 3082/15
3083/1 3084/16 3085/3 3085/9 3085/20
3087/10 3097/4 3102/9 3103/22 3104/7
3104/25 3112/12
group [5] 2975/17 2975/22 2975/22
2989/3 3002/12
groups [1] 2975/17
guarantee [1] 2939/10
guess [5] 2954/5 2966/9 2985/20
3013/16 3101/20
guessing [1] 3117/21
GULF [1] 2917/5
GWENDOLYN [1] 2921/8

**H**

habilitation [4] 2967/2 2967/5 2967/6
2967/10
had [68] 2924/25 2925/8 2926/13
2926/16 2926/17 2927/8 2927/24
2928/2 2932/6 2933/22 2934/14
2935/13 2935/23 2936/12 2936/24

2937/20 2939/2 2939/18 2939/18
2939/19 2940/24 2943/5
2943/13 2943/15 2944/24 2946/9
2950/11 2955/16 2957/16 2959/12
2959/22 2962/14 2969/23 2974/13
2977/20 2978/1 2979/12 2979/15
2991/4 3002/22 3004/12 3005/6 3005/7
3006/11 3012/5 3014/25 3045/3
3064/12 3071/8 3084/3 3088/22 3089/4
3089/9 3092/22 3095/1 3095/5 3095/13
3099/25 3100/1 3105/22 3107/10
3109/8 3118/19 3118/24 3126/12
3128/6 3128/21
hadn't [2] 2988/21 3006/1
half [12] 2935/16 2958/15 2958/16
2963/15 3012/10 3067/1 3088/19
3095/19 3096/13 3100/17 3102/5
3114/24
half-inch [1] 3067/1
halfway [1] 3117/21
hall [2] 2965/11 3030/16
Halliburton [6] 2921/2 2921/7 2980/11
3007/1 3025/9 3026/5
halve [2] 3100/17 3100/19
halved [1] 3088/20
Hamburg [1] 2966/5
hand [11] 2974/1 2987/15 3045/13
3045/16 3047/23 3114/2 3114/10
3114/12 3115/5 3119/23 3129/4
handle [3] 3046/8 3052/4 3052/5
handled [1] 3039/3
hanging [1] 3130/4
happen [3] 2932/25 3070/15 3078/18
happened [10] 2924/5 2933/1 2943/16
2944/17 2944/19 3053/22 3053/25
3055/10 3055/11 3065/3
happening [5] 3014/7 3037/16 3041/15
3043/1 3052/12
happens [6] 2932/12 2932/15 3047/9
3069/5 3069/6 3074/10
happy [2] 3013/8 3129/21
hard [3] 2932/18 2944/17 2946/1
hardened [1] 3024/20
hardening [2] 3024/17 3024/18
harder [2] 3058/4 3058/4
hardness [1] 3056/15
hardnesses [1] 3056/1
HARIKLIA [1] 2919/21
HARVEY [1] 2919/14
has [83] 2924/6 2924/10 2929/3
2935/12 2935/14 2941/12 2951/9
2951/14 2953/8 2959/15 2964/19
2981/1 2987/13 3003/17 3006/5 3009/5
3009/14 3012/23 3016/4 3024/12
3024/13 3024/20 3025/24 3026/1
3026/2 3035/4 3035/6 3036/5 3039/14
3039/17 3039/25 3041/17 3046/22
3046/23 3046/24 3047/9 3047/10
3047/11 3053/13 3055/5 3058/2
3060/16 3060/19 3060/22 3060/25
3065/9 3069/16 3071/20 3074/3 3074/7
3076/5 3079/13 3080/15 3081/20
3082/20 3082/23 3083/4 3083/6
3083/12 3083/17 3085/10 3086/17
3086/20 3087/15 3091/20 3093/3
3094/2 3094/11 3098/8 3103/23
3107/14 3107/17 3107/21 3108/23
3109/18 3113/13 3115/10 3118/10
3122/2 3123/5 3123/13 3123/21
3126/14
hasn't [2] 3039/25 3090/25
Hat [34] 3040/11 3040/13 3087/15
3087/18 3087/22 3088/2 3088/3

H

Hat... [27] 3088/13 3088/14 3088/16
3088/16 3088/19 3088/20 3089/13
3089/16 3089/22 3089/23 3089/25
3090/1 3090/13 3090/19 3093/1 3098/3
3098/10 3099/5 3099/11 3099/16
3100/14 3100/15 3100/17 3101/5
3101/10 3102/7 3102/8
have [395]
haven't [13] 2955/15 2958/5 2958/6
2969/12 2986/22 2993/9 3003/20
3029/17 3096/18 3119/10 3121/25
3121/25 3129/3
having [10] 2923/7 2929/2 2935/19
2955/3 2962/17 2965/16 2973/8 2989/7
3030/20 3049/19
HAYCRAFT [1] 2919/18
HB [1] 2921/18
HB-406 [1] 2921/18
he [278]
he's [3] 3030/18 3063/19 3109/5
head [4] 2966/11 2969/7 3071/1 3071/3
hear [7] 3086/14 3087/14 3112/24
3113/1 3119/9 3120/16 3127/17
heard [9] 2937/3 2957/12 2980/3
3005/22 3040/14 3041/17 3053/13
3076/5 3094/20
hearing [1] 2981/13
heat [3] 3049/24 3113/17 3114/18
heating [1] 2966/23
height [2] 2977/3 3012/25
held [1] 3086/8
help [6] 2945/1 2999/15 2999/19 3079/5
3094/17 3107/12
helped [1] 3002/1
her [4] 2971/24 3122/7 3123/1 3123/2
here [137] 2923/21 2923/24 2926/24
2927/13 2929/14 2929/21 2929/24
2931/2 2931/4 2932/12 2932/17 2933/3
2933/9 2934/22 2934/23 2935/2
2936/17 2937/16 2938/15 2938/17
2939/17 2942/14 2942/22 2943/10
2943/12 2946/23 2947/2 2947/15
2947/15 2951/25 2954/11 2954/17
2954/22 2956/24 2965/22 2966/23
2968/6 2968/8 2974/5 2981/13 2984/7
2990/1 2990/3 2990/5 2990/8 2990/13
2991/23 2992/4 2992/8 2992/12
2992/20 2993/8 2994/22 2994/22
2995/14 2995/23 2997/8 2997/17
3003/1 3003/16 3010/5 3016/11
3017/21 3020/3 3020/5 3022/14 3023/8
3027/12 3027/13 3027/15 3029/14
3030/18 3038/16 3039/11 3044/16
3044/22 3044/23 3045/6 3047/21
3048/1 3048/7 3048/19 3048/25
3049/12 3049/17 3050/2 3050/25
3051/25 3052/14 3054/6 3054/8 3054/9
3054/19 3055/1 3055/21 3056/6 3056/9
3057/21 3058/1 3058/9 3058/20 3059/7
3061/13 3061/19 3061/25 3062/10
3066/5 3068/8 3069/14 3071/21
3071/25 3072/22 3073/7 3073/20
3074/19 3074/21 3079/10 3080/3
3103/14 3106/24 3107/13 3108/16
3108/21 3108/24 3113/6 3114/9
3114/20 3115/24 3116/15 3117/25
3120/2 3121/24 3122/25 3124/22
3125/7 3128/15 3129/10
here's [4] 3119/12 3124/1 3127/25
3128/22
hereby [1] 3130/12

Herman [3] 2917/18 2917/18 2917/19
high [15] 2928/9 2929/23 2970/18
2973/18 2973/19 2995/15 3009/15
3018/4 3028/24 3048/14 3060/7
3082/13 3114/7 3115/11 3117/12
high-level [1] 2958/11
high-speed [3] 2973/18 2995/15 3018/4
high-strength [1] 3028/24
higher [6] 2932/12 2932/14 2988/6
3009/15 3066/12 3097/6
highest [2] 2967/7 2991/10
highlight [3] 2930/11 2990/5 3040/6
highlighted [1] 2945/19
highlighting [1] 3103/13
highly [3] 2992/16 3097/24 3101/7
him [25] 2942/9 2958/23 2958/24
2959/10 2964/21 2964/22 2972/22
2972/23 2998/8 2999/12 3005/22
3005/23 3009/4 3014/23 3014/24
3030/16 3038/8 3089/11 3098/21
3109/6 3111/1 3112/24 3125/17
3126/12 3126/15
HIMMELHOCH [1] 2919/15
himself [2] 3009/5 3040/13
hired [1] 3095/9
his [170] 2935/15 2936/2 2940/4 2940/6
2940/8 2941/13 2942/5 2942/10 2958/1
2958/12 2958/23 2959/7 2959/7 2959/8
2959/13 2959/21 2971/22 2971/22
2971/24 2971/24 2972/24 2978/12
2978/13 2979/7 2979/8 2979/19
2981/21 2981/23 2982/25 2983/1
2985/12 2985/16 2985/21 2986/8
2986/19 2986/21 2986/23 2986/24
2987/1 2987/5 2987/7 2988/19 2988/22
2988/22 2988/24 3000/3 3000/7
3000/16 3005/18 3005/18 3005/25
3006/11 3006/12 3007/18 3013/1
3013/15 3013/17 3015/15 3016/7
3025/25 3026/6 3030/18 3039/14
3039/24 3040/10 3040/13 3043/8
3043/11 3059/22 3060/15 3060/16
3060/18 3060/21 3060/22 3060/24
3061/2 3063/7 3063/7 3063/12 3064/7
3064/17 3064/25 3066/3 3066/19
3068/5 3069/6 3069/7 3069/14 3069/18
3070/9 3070/22 3072/25 3073/1 3073/2
3073/5 3073/24 3074/4 3075/8 3076/12
3077/16 3077/24 3078/25 3079/24
3080/5 3080/6 3080/13 3080/14
3080/24 3081/20 3081/22 3081/22
3082/23 3083/2 3083/3 3083/5 3083/7
3083/12 3083/14 3083/19 3083/23
3084/2 3084/9 3084/10 3084/18
3084/18 3084/25 3086/10 3086/12
3086/14 3086/15 3086/19 3087/5
3087/14 3087/18 3087/22 3088/2
3088/8 3088/23 3089/19 3090/4 3090/9
3090/16 3090/16 3090/17 3090/17
3091/1 3091/8 3091/21 3092/1 3092/2
3092/11 3092/21 3093/3 3097/9
3102/14 3102/19 3104/9 3104/10
3104/14 3104/15 3105/6 3105/25
3107/13 3107/15 3108/9 3112/25
3125/11 3126/18 3126/19 3128/1
history [1] 3032/3
hit [4] 2932/9 3065/6 3070/17 3070/18
hits [2] 2949/9 2962/17
hold [3] 3082/16 3120/10 3121/1
holding [1] 3074/9
Holdings [3] 2920/12 2920/15 2920/18
holds [1] 3064/7
holdups [1] 3111/24

hole [8] 2961/13 2962/2 2962/14 3053/3
3053/10 3117/19 3121/14 3121/14
holes [2] 2961/8 2961/12
homogeneous [1] 3098/21
homogenous [1] 2951/3
honestly [2] 2942/21 3109/19
Honor [99] 2923/5 2924/14 2926/15
2929/1 2929/7 2933/14 2940/1 2940/22
2941/7 2942/4 2943/1 2945/22 2947/9
2951/16 2952/17 2959/14 2960/1
2965/12 2965/21 2971/11 2971/20
2972/3 2972/15 2973/2 2979/18
2980/17 2981/1 2981/9 2981/14
2982/19 2982/22 2987/2 2988/17
2989/2 2998/2 2998/12 2999/3 2999/17
3003/15 3005/13 3005/17 3006/8
3007/11 3007/21 3008/15 3013/5
3013/11 3014/13 3014/19 3016/2
3016/6 3025/24 3026/4 3030/10
3030/15 3038/2 3038/9 3077/21 3085/1
3085/25 3093/8 3093/11 3096/1 3096/5
3096/21 3107/17 3107/20 3108/21
3109/2 3114/24 3115/3 3116/20
3117/15 3117/22 3118/17 3118/23
3119/5 3119/7 3119/21 3120/5 3120/13
3120/17 3121/3 3121/16 3121/22
3122/2 3123/3 3123/5 3124/11 3124/23
3124/25 3125/4 3125/18 3125/25
3127/19 3129/6 3129/12 3129/21
3129/25
HONORABLE [1] 2917/15
hope [3] 2920/3 2961/5 2962/1
hoping [3] 2993/16 3093/13 3125/7
HORIZON [2] 2917/4 3094/6
horizontal [4] 2989/16 2989/21 3067/11
3081/7
hour [8] 2988/2 2989/21 2989/24
2989/25 2993/16 3066/4 3093/12
3114/25
hours [24] 2970/23 2970/23 2979/9
2985/17 2985/22 2986/7 2989/24
2989/24 3013/14 3013/15 3014/25
3024/7 3024/11 3024/13 3024/15
3024/20 3059/8 3061/9 3061/22 3062/5
3065/4 3065/6 3066/7 3109/8
house [1] 3031/2
housekeeping [2] 2994/3 3124/25
housings [1] 3037/15
Houston [2] 2920/17 2921/9
how [89] 2925/19 2925/20 2925/24
2927/12 2932/3 2934/3 2934/11
2940/22 2941/7 2941/8 2942/20 2943/6
2943/10 2943/15 2949/20 2958/12
2958/25 2961/25 2967/12 2970/9
2973/9 2973/25 2974/4 2975/10
2976/13 2976/14 2976/24 2982/15
2983/7 2983/8 2983/10 2983/14
2983/17 2983/20 2992/7 2999/18
3001/2 3002/19 3010/20 3010/20
3024/23 3032/23 3034/7 3034/8
3034/22 3043/17 3044/5 3045/2 3046/6
3046/8 3046/24 3047/7 3047/11 3049/4
3052/22 3053/1 3057/5 3057/7 3057/7
3058/24 3059/3 3061/17 3063/3 3064/2
3064/25 3065/15 3066/19 3067/17
3078/24 3079/6 3080/10 3088/13
3088/23 3091/4 3091/4 3091/11
3091/18 3093/10 3099/3 3103/16
3109/6 3110/8 3110/23 3113/2 3114/11
3114/14 3117/19 3121/1 3123/8
however [2] 2950/19 3123/13
Huffman [2] 3120/6 3120/17
Huffman's [1] 3123/14

huge [8]  2927/25 2951/19 3039/2
3069/24 3069/25 3073/18 3088/17
3100/13
hugely [1]  3088/9
huh [4]  3014/12 3017/14 3022/19
3049/15
humidity [1]  3024/3
humidity-controlled [1]  3024/3
hundred [2]  2927/11 3027/6
hundreds [2]  2928/11 3034/11
hydraulic [46]  2971/9 2971/23 3013/6
3013/11 3013/21 3014/4 3014/14
3014/17 3014/19 3015/6 3015/16
3016/14 3016/18 3016/22 3018/24
3019/3 3019/9 3020/6 3021/2 3021/20
3033/6 3033/17 3035/3 3038/3 3038/22
3039/1 3040/21 3040/22 3043/10
3043/13 3043/18 3044/6 3044/19
3046/6 3049/9 3050/10 3050/12 3051/8
3055/7 3055/9 3056/25 3058/14
3102/20 3116/14 3116/17 3117/3
hydraulically [1]  3017/9
hydraulics [5]  3032/15 3032/20 3033/2
3033/2 3033/5
hydrocarbon [10]  2951/2 2952/21
2952/22 2959/23 2960/10 2960/15
2973/15 2973/15 2992/18 3038/4
hydrocarbons [7]  2951/7 2952/22
2971/17 2977/10 2979/10 2982/8
3014/5
hyperbola [1]  2928/8
hypothetical [6]  2933/18 2955/20 2998/9
2999/1 2999/11 2999/18

I

I'd [1]  3071/23
I'll [14]  2929/11 2933/14 2943/17
2971/25 2972/2 2999/21 3038/8
3084/20 3115/1 3115/13 3115/20
3117/19 3120/11 3125/8
I'm [96]  2924/20 2925/22 2927/20
2929/1 2930/18 2931/10 2932/8 2933/3
2934/2 2936/14 2937/5 2942/10
2942/16 2943/8 2943/11 2944/2
2945/22 2946/9 2946/13 2949/20
2949/20 2949/25 2953/14 2953/20
2954/15 2956/15 2957/5 2957/7
2958/18 2959/14 2960/20 2962/19
2962/20 2962/21 2969/9 2971/15
2972/22 2973/13 2980/22 2981/9
2982/2 2982/19 2987/2 2988/25
2993/16 2994/19 2996/10 2999/18
3001/14 3002/3 3005/18 3005/24
3006/9 3006/9 3007/18 3008/2 3008/15
3013/10 3015/1 3019/25 3024/12
3024/14 3028/12 3029/7 3029/7 3031/8
3031/8 3031/23 3033/21 3033/21
3043/25 3051/6 3072/23 3073/1 3080/5
3080/7 3080/8 3080/10 3086/21
3089/10 3096/4 3097/25 3106/18
3109/4 3109/19 3109/22 3114/20
3114/24 3117/16 3117/21 3118/2
3119/20 3122/20 3124/7 3126/14
3127/20
I've [9]  2938/16 2938/17 2941/21
2944/16 2953/7 3058/6 3097/2 3101/21
3111/4
i.e [1]  2951/3
Iain [1]  3125/3
idea [2]  2942/20 3056/2
identical [2]  2962/20 2989/10

identified [1]  3059/24
identifies [1]  2951/17
identify [3]  2963/10 2987/21 3053/4
if [177]  2924/2 2925/4 2928/5 2929/8
2931/11 2931/22 2932/12 2932/13
2932/14 2932/21 2932/21 2932/24
2935/1 2936/8 2936/10 2936/11
2936/24 2937/3 2937/8 2937/18 2938/6
2939/13 2939/18 2939/18 2939/23
2941/5 2941/6 2941/9 2943/1 2943/5
2943/13 2945/8 2945/24 2946/1 2946/9
2946/22 2947/6 2947/12 2948/15
2948/23 2950/4 2950/6 2950/11 2952/8
2952/18 2952/24 2955/16 2956/5
2956/6 2956/18 2960/3 2960/21 2961/3
2962/13 2963/7 2963/21 2964/21
2966/16 2967/7 2970/15 2976/19
2978/6 2978/17 2980/12 2981/21
2982/23 2983/14 2985/16 2986/1
2991/16 2992/9 2992/25 2994/8
2995/11 2996/21 2997/5 2997/8 2998/4
2998/8 2998/9 2999/13 3005/20
3005/24 3006/5 3007/6 3007/12
3007/12 3008/21 3009/16 3010/24
3013/9 3017/15 3018/9 3019/7 3020/14
3025/4 3025/17 3027/12 3029/10
3033/17 3037/22 3038/12 3047/19
3049/10 3050/10 3051/21 3051/23
3055/7 3055/19 3056/4 3060/11
3061/11 3069/5 3069/8 3069/11
3070/24 3070/25 3071/16 3072/16
3072/19 3073/5 3074/10 3074/22
3078/2 3079/8 3081/23 3082/4 3083/9
3084/10 3084/14 3084/17 3084/19
3084/21 3085/7 3085/20 3090/3
3090/13 3090/24 3091/6 3092/7
3094/11 3095/1 3095/4 3095/5 3096/19
3098/5 3099/8 3100/16 3100/16
3100/19 3100/24 3101/22 3102/4
3103/4 3104/5 3104/18 3105/5 3106/23
3106/24 3110/8 3110/20 3114/25
3115/4 3115/15 3115/24 3116/5
3116/24 3117/8 3117/9 3119/9 3119/25
3121/5 3124/14 3125/8 3128/3 3128/18
3129/4
ignores [2]  3059/21 3059/25
Illinois [1]  2919/24
illustrate [1]  3047/16
illustrates [2]  2936/22 3078/10
illustration [1]  2983/5
image [4]  2923/21 2923/24 2923/25
3114/2
images [1]  2923/15
imagination [2]  2932/2 2952/23
immaterial [3]  2941/17 2941/25 2947/21
immediately [2]  2976/4 2992/1
impact [26]  2937/12 2943/6 2943/15
2948/11 2948/13 2948/20 2951/9
2951/22 2956/7 2957/14 2992/7 3044/4
3047/9 3047/10 3047/11 3055/8
3055/21 3057/1 3060/1 3068/22 3073/4
3074/12 3079/16 3084/9 3109/7 3109/7
impinge [1]  2973/21
impingement [4]  2975/20 3020/21
3021/4 3021/5
implausible [1]  2974/17
implied [3]  2932/17 2996/15 3072/7
implies [1]  3068/7
implying [1]  2943/10
importance [2]  3020/6 3021/2
important [13]  2956/12 2957/23 2960/24
3024/21 3024/21 3024/23 3036/3
3040/23 3046/20 3109/23 3116/3

3116/11 3116/18
impossible [1]  2952/20
impression [2]  3053/24 3054/23
improper [1]  2942/6
improvement [1]  2941/24
in [847]
in-house [1]  3035/2
inaccuracy [2]  3089/15 3090/13
inaccurate [14]  3040/15 3040/17
3040/18 3060/18 3087/19 3087/21
3087/23 3090/10 3093/4 3097/24
3098/19 3100/6 3101/7 3107/16
INC [14]  2917/11 2919/18 2919/21
2920/3 2920/6 2920/10 2920/13
2920/14 2920/16 2920/17 2920/19
2920/20 2921/3 2921/8
inch [5]  2977/5 3012/10 3067/1 3117/14
3117/14
inches [5]  3012/6 3012/7 3012/7
3066/25 3066/25
incident [10]  3052/6 3052/19 3053/23
3056/18 3057/6 3059/7 3064/19
3064/23 3066/12 3097/1
inclined [1]  2990/8
include [7]  2967/18 2968/1 2975/19
2975/20 3002/9 3002/9 3034/14
included [5]  2923/15 2988/22 3005/7
3022/23 3042/14
includes [4]  3002/11 3075/24 3075/25
3122/5
including [7]  2944/8 2969/3 2969/4
2969/4 2971/19 2971/22 2987/23
incompressible [1]  2953/1
inconvenient [1]  3125/8
incorporating [1]  3079/19
incorporation [1]  3036/11
incorrect [3]  3097/23 3097/24 3100/3
increase [13]  2949/19 2949/22 2964/7
2986/11 2992/24 3013/19 3013/22
3014/1 3015/11 3015/14 3015/22
3029/1 3080/18
increased [1]  2938/21
increasing [2]  3090/2 3090/3
incurred [1]  3015/18
indeed [4]  2939/23 2945/8 2950/19
2964/12
index [15]  3012/20 3012/24 3050/16
3052/25 3053/1 3061/6 3061/7 3061/10
3061/25 3063/11 3063/21 3064/1
3064/2 3066/9 3067/11
indicated [1]  3027/16
indicates [1]  3052/1
indication [1]  3067/24
Indications [1]  3049/7
indicators [1]  2924/3
indices [1]  3066/9
individual [4]  2932/10 2945/7 2991/11
3128/23
indulgence [1]  3008/20
industry [19]  2964/16 2964/18 2966/14
2969/3 3032/5 3032/24 3036/6 3040/20
3040/23 3041/3 3043/7 3043/10
3043/22 3049/7 3064/8 3111/15
3111/15 3112/6 3116/14
industry-standard [1]  3049/7
infected [1]  3107/24
inferencing [2]  2975/16 3020/24
infinite [1]  3066/13
inflection [3]  2935/20 2936/9 2938/22
inform [1]  3062/24
informally [1]  3129/15
information [27]  2936/5 2936/11 2960/9

**I**

information... [24] 2969/22 2969/25 2976/7 2976/8 2976/10 2980/8 2980/10 2980/15 2980/19 2982/15 2983/23 2989/10 3005/7 3025/18 3044/17 3050/20 3050/23 3050/25 3062/3 3064/13 3100/9 3111/24 3112/19 3114/17
informing [1] 2965/12
infrastructure [1] 2969/4
ingredient [1] 2992/22
ingredients [5] 2991/25 2991/25 2992/1 2992/3 3004/12
inhibited [1] 3001/19
initial [3] 2930/24 2934/11 2978/16
injected [1] 3055/25
input [9] 3044/7 3047/1 3047/3 3060/15 3060/18 3060/19 3060/22 3060/25 3069/24
inputs [14] 2951/1 2964/5 3038/25 3039/1 3045/13 3045/17 3049/13 3050/7 3051/2 3060/16 3074/13 3092/3 3103/16 3111/21
inputted [1] 2960/18
inquire [1] 3096/4
inside [16] 3010/3 3010/4 3010/7 3010/10 3016/15 3037/15 3057/10 3057/14 3057/24 3058/3 3077/3 3091/16 3113/7 3113/9 3113/20 3116/10
inspected [2] 3037/16 3037/17
instance [4] 2924/17 3109/17 3109/20 3113/13
instant [1] 3015/17
instantaneously [2] 3013/24 3014/1
instead [11] 2935/19 2998/23 3072/17 3073/5 3073/5 3080/18 3082/12 3082/19 3092/23 3103/2 3120/24
Institute [1] 3032/1
intact [2] 2978/15 2979/3
integrate [1] 3042/24
integration [1] 3043/4
intend [3] 2940/22 3118/20 3121/22
intended [1] 2983/5
intense [2] 2937/2 2937/3
intent [1] 3102/13
intention [1] 3102/23
intentionally [1] 2927/8
interactive [1] 3050/3
intercept [1] 2929/16
interest [1] 2955/3
interested [3] 3041/22 3044/24 3095/5
Interests [1] 2918/19
interface [2] 2992/15 3114/13
interfaces [2] 2973/19 2982/8
interfacial [1] 3042/13
internally [1] 3104/22
interpolation [9] 3067/20 3067/22 3068/14 3068/18 3071/22 3072/3 3072/6 3072/12 3074/25
interpose [1] 3106/25
interpreting [1] 3085/3
interrupting [1] 2940/1
into [51] 2926/16 2937/16 2940/11 2952/19 2952/19 2953/10 2955/16 2972/2 2973/13 2973/19 2975/16 2979/2 2980/25 2981/21 2983/10 2983/15 2986/10 2991/12 2998/24 2998/25 3002/14 3005/15 3007/9 3008/15 3009/1 3016/3 3032/13 3038/25 3040/7 3046/5 3053/18 3054/24 3056/1 3056/2 3064/3 3074/14

3079/23 3088/15 3091/7 3096/4 3100/7 3108/11 3109/9 3116/2 3116/17 3124/8 3124/19 3126/19 3127/12 3127/23 3128/13
introduce [4] 3120/23 3120/25 3121/12 3125/21
introduced [4] 2944/13 2966/3 3119/17 3120/8
introducing [1] 3125/22
introduction [1] 3036/6
investigate [1] 3091/23
investigated [8] 2975/6 2975/9 2995/14 2996/1 3002/24 3021/22 3022/14 3022/17
investigates [1] 3021/20
investigating [3] 3021/4 3022/11 3040/25
investigations [5] 2987/24 2993/10 3009/9 3009/11 3009/20
invited [1] 2942/9
involvement [1] 3093/23
involves [1] 3009/24
Irpino [2] 2918/6 2918/7
irrelevant [1] 3096/2
is [635]
isn't [32] 2927/4 2927/16 2930/16 2995/25 2998/17 3000/3 3002/4 3002/23 3004/1 3005/12 3007/1 3007/4 3010/15 3013/21 3014/6 3015/8 3016/19 3017/10 3019/15 3022/15 3024/4 3025/6 3040/1 3087/24 3090/6 3092/20 3100/11 3105/18 3106/17 3109/3 3110/7 3112/13
issue [21] 2970/25 2971/21 2975/6 2981/18 2981/22 2981/24 3001/7 3001/13 3001/14 3007/19 3046/6 3108/25 3109/3 3119/12 3121/19 3123/12 3123/20 3125/2 3125/18 3125/19 3129/10
issued [3] 2970/22 2971/6 3001/22
issues [7] 2969/10 2975/6 2975/8 3033/17 3118/12 3122/0 3123/7
it [410]
it's [152] 2928/17 2929/3 2929/10 2929/10 2932/22 2933/16 2933/17 2934/11 2934/23 2935/4 2935/22 2936/2 2936/13 2937/10 2940/5 2940/13 2940/13 2945/20 2945/24 2945/24 2951/19 2952/11 2955/19 2962/21 2967/25 2968/10 2969/9 2971/8 2977/2 2977/3 2977/5 2981/18 2983/7 2983/7 2984/9 2987/7 2989/10 2989/12 2989/24 2990/2 2991/9 2991/25 2992/16 2994/22 2996/24 2997/4 2998/9 3000/22 3002/17 3002/24 3004/4 3006/3 3011/15 3011/15 3013/12 3013/13 3023/10 3023/25 3025/17 3028/3 3028/12 3028/12 3028/14 3030/23 3033/9 3034/7 3034/8 3035/25 3036/1 3036/3 3036/9 3036/13 3037/1 3040/23 3044/10 3046/20 3047/5 3047/6 3048/4 3049/7 3053/1 3054/20 3054/21 3055/5 3055/10 3055/12 3057/4 3058/2 3058/3 3058/18 3058/19 3058/20 3064/24 3064/24 3066/6 3068/2 3068/4 3068/17 3072/4 3072/12 3073/11 3076/10 3077/23 3077/24 3078/11 3078/15 3078/16 3078/16 3080/5 3080/25 3083/25 3085/16 3088/11 3088/21 3089/21 3092/17 3096/11 3096/14 3096/15 3097/6 3097/7 3097/24 3099/15 3100/20 3101/17 3101/24

3107/9 3107/22 3109/25 3110/12 3112/14 3113/22 3113/23 3113/23 3114/24 3115/25 3116/11 3116/13 3123/2 3123/3 3123/17 3123/20 3123/22 3125/8 3126/20 3127/12 3128/19 3129/4
item [1] 3028/7
iteration [3] 3105/4
its [12] 2948/4 2967/25 3001/11 3010/15 3029/1 3035/10 3035/11 3036/4 3036/6 3119/16 3120/8 3120/25
itself [3] 2994/20 3028/5 3058/4

**J**

J-O-H-N-S-O-N [1] 3030/24
Jackson [1] 2918/17
JAMES [2] 2917/22 2918/22
jammed [1] 3058/20
Jefferson [1] 2917/23
JENNY [1] 2921/3
Jet [1] 3018/25
job [2] 3002/19 3002/20
Johnson [77] 3030/16 3030/19 3030/23 3031/4 3031/5 3031/11 3031/18 3032/23 3034/24 3036/15 3037/6 3037/19 3037/24 3038/3 3038/15 3040/19 3043/7 3044/16 3047/21 3049/4 3049/12 3050/7 3050/19 3051/3 3051/10 3051/24 3054/7 3056/7 3057/21 3058/12 3058/24 3061/13 3062/23 3066/8 3067/8 3069/21 3070/21 3071/10 3071/18 3071/24 3072/15 3073/16 3074/18 3076/6 3078/2 3079/10 3081/4 3083/11 3084/17 3085/7 3085/14 3086/5 3088/22 3092/25 3093/5 3093/20 3093/23 3095/24 3096/8 3098/9 3101/14 3103/19 3104/18 3107/9 3108/4 3108/21 3109/4 3109/11 3112/22 3114/2 3115/7 3115/10 3116/16 3117/2 3117/14 3124/17 3124/19
Johnson's [3] 3038/9 3077/22 3107/22
join [1] 3032/21
joined [3] 3032/5 3032/5 3032/22
joining [1] 3082/8
JOSEPH [1] 2920/6
JR [1] 2921/4
JUDGE [10] 2917/15 2928/24 2971/21 2979/21 2979/23 3119/14 3121/23 3122/6 3123/11 3124/16
Judge Barbier [1] 2928/24
Judge Shushan [3] 2979/21 3119/14 3122/6
Judge Shushan's [3] 2979/23 3121/23 3123/11
judgment [1] 3128/4
JUDY [1] 2919/14
July [38] 3039/4 3039/19 3040/10 3052/6 3052/19 3059/7 3059/18 3061/7 3061/22 3062/5 3062/5 3062/6 3062/16 3062/19 3062/22 3062/24 3062/25 3063/3 3063/6 3063/8 3064/14 3067/24 3070/6 3075/22 3075/23 3078/21 3080/21 3081/14 3081/19 3082/2 3082/10 3083/15 3083/15 3083/22 3093/3 3095/12 3097/3 3104/17
July 14 [1] 3062/6
July 15 [34] 3039/4 3039/19 3040/10 3052/6 3052/19 3059/7 3059/18 3061/7 3061/22 3062/5 3062/5 3062/16 3062/19 3062/22 3062/24 3062/25

## J

July 15... [18] 3063/3 3063/6 3063/8 3064/14 3067/24 3070/6 3075/22 3075/23 3078/21 3080/21 3081/14 3081/19 3082/2 3082/10 3083/15 3083/15 3093/3 3097/3
June [3] 2953/22 2954/4 2954/12
June 11 [1] 2953/22
Junk [16] 2944/11 2944/13 2944/19 3037/17 3055/21 3055/25 3056/13 3056/23 3057/2 3057/8 3057/10 3057/13 3058/6 3058/9 3058/19 3078/17
Junk Shot [14] 2944/11 2944/13 2944/19 3037/17 3055/21 3056/13 3056/23 3057/2 3057/8 3057/10 3057/13 3058/6 3058/9 3058/15
Junk Shots [2] 3055/25 3058/17
just [178] 2924/2 2925/4 2925/22 2926/1 2926/12 2927/1 2927/7 2928/24 2932/8 2932/17 2932/17 2933/14 2934/25 2936/12 2936/24 2937/10 2937/20 2938/4 2938/19 2938/22 2940/9 2940/13 2941/5 2941/5 2941/20 2942/8 2943/11 2943/17 2943/18 2944/3 2948/15 2948/15 2950/20 2952/18 2953/15 2955/19 2956/10 2956/16 2956/21 2956/22 2956/23 2957/18 2958/12 2958/22 2963/2 2963/5 2963/10 2965/12 2967/9 2967/25 2970/6 2975/15 2977/25 2980/22 2983/14 2984/19 2986/14 2989/11 2989/15 2990/5 2991/3 2991/7 2992/10 2996/7 3002/13 3003/16 3004/4 3006/5 3006/8 3006/10 3006/17 3009/19 3010/5 3011/7 3013/8 3016/9 3017/11 3019/5 3023/20 3024/5 3024/18 3025/9 3026/4 3026/9 3026/11 3026/19 3026/23 3027/8 3028/2 3029/4 3031/6 3033/5 3035/11 3035/24 3035/25 3036/9 3037/6 3040/6 3040/19 3041/19 3043/17 3044/12 3046/19 3048/4 3049/16 3049/16 3050/3 3050/8 3051/2 3052/13 3054/2 3055/3 3056/20 3057/9 3058/25 3063/8 3063/18 3063/24 3064/24 3065/17 3065/21 3067/1 3067/17 3067/22 3068/15 3068/17 3069/3 3069/18 3070/16 3072/12 3072/23 3073/18 3074/9 3074/11 3074/18 3074/23 3075/3 3075/6 3079/25 3080/5 3080/15 3081/20 3082/8 3082/11 3082/18 3083/14 3084/20 3086/6 3087/2 3088/20 3091/13 3091/25 3092/1 3092/11 3097/11 3097/13 3101/21 3101/24 3103/1 3103/13 3103/24 3107/21 3114/20 3115/1 3115/25 3116/16 3116/21 3117/2 3117/12 3117/15 3119/24 3120/1 3120/10 3125/6 3127/12 3129/1 3129/15 3129/22
Justice [2] 2919/6 2919/9
justified [1] 2935/25

## K

K values [1] 3100/2
K-BOP [2] 3083/21 3083/24
K-value [2] 3089/4 3089/8
K-values [1] 3089/6
K-well [16] 3063/7 3063/12 3073/2 3078/22 3078/24 3079/14 3079/17 3080/4 3080/5 3082/16 3083/19

3083/21 3102/14 3102/25 3103/5 3103/9 3103/17
Kanner [2] 2919/2 2919/3
KARIS [3] 2919/21 3122/24 3127/18
Katz [2] 2917/18 2920/21
keep [2] 2950/21 3115/1
keeping [8] 3059/15 3063/7 3063/19 3063/20 3065/21 3079/25 3080/5 3080/7
keeps [3] 3062/13 3065/7 3083/18
Kelkar [3] 3121/9 3123/16 3123/19
Kelkar's [1] 3120/23
kept [3] 3061/9 3062/9 3065/20
KERRY [1] 2920/13
key [2] 2970/14 3090/15
Kill [41] 2944/7 2944/11 2944/20 2963/21 3040/12 3040/16 3052/6 3053/20 3053/21 3055/21 3055/24 3055/24 3057/6 3065/13 3070/14 3077/13 3077/14 3090/7 3090/9 3090/15 3090/19 3090/20 3090/20 3090/23 3091/4 3091/8 3091/9 3091/12 3091/16 3091/17 3091/18 3091/21 3092/4 3092/4 3092/5 3092/9 3092/9 3092/12 3093/1 3097/12 3097/15
killed [1] 3055/4
kilograms [2] 2952/7 2955/12
kilopascal [1] 2929/16
kind [8] 2924/8 2927/19 2945/20 2947/16 2951/17 2951/18 3038/22 3051/23
kinds [3] 2944/12 3035/21 3042/6
King [1] 3120/13
kink [3] 2949/11 2962/7 2962/22
kinked [11] 2948/9 2948/24 2949/23 2950/8 2950/15 2950/23 2957/15 2961/8 2961/16 2962/3 2962/13
KIRBY [1] 2921/15
Kirkland [3] 2919/20 2920/2 2920/5
knew [10] 2925/18 2932/4 2932/7 2933/2 2933/2 2934/6 2934/14 2936/10 2937/1 2960/16
know [113] 2925/24 2928/7 2932/8 2932/21 2932/22 2932/25 2934/10 2934/11 2939/2 2941/23 2942/21 2943/9 2943/23 2944/2 2945/10 2945/22 2946/13 2947/13 2953/15 2953/25 2954/17 2955/19 2958/3 2958/5 2958/25 2959/3 2959/7 2959/23 2960/6 2961/19 2961/20 2961/24 2962/6 2962/6 2976/7 2976/12 2976/13 2983/13 2989/12 2994/19 2997/8 2997/12 2998/22 3001/2 3005/23 3014/7 3019/18 3024/25 3025/3 3025/3 3025/4 3025/5 3025/5 3025/8 3025/15 3026/17 3036/15 3036/25 3041/24 3041/25 3041/25 3042/1 3044/8 3044/10 3045/3 3045/23 3052/2 3052/3 3052/6 3052/6 3052/11 3052/11 3052/16 3052/18 3052/22 3053/17 3053/18 3053/23 3053/25 3054/1 3054/17 3055/10 3057/4 3057/5 3057/7 3058/16 3078/8 3085/11 3085/11 3085/18 3088/13 3088/13 3088/14 3090/24 3090/25 3091/3 3091/4 3091/5 3091/17 3092/19 3092/22 3094/25 3095/1 3096/18 3107/23 3112/4 3114/25 3119/10 3124/17 3125/6 3129/4 3129/9 3129/10
knowing [1] 2934/7
known [15] 2936/9 2940/8 2960/11 2971/3 2977/3 2977/4 2983/22 2988/4 2991/13 2992/17 3020/14 3023/19

3023/25 3027/8 3034/21 3038/19 3039/3 3039/8 3039/19
KRAUS [1] 2919/3
Kuchler [2] 2921/11 2921/12
KY [1] 2921/15

## L

lab [5] 3007/1 3007/3 3008/13 3008/22 3008/25
labeled [1] 3067/16
laboratory [2] 2980/11 3008/9
laed.uscourts.gov [1] 2921/20
Lafayette [1] 2917/24
laid [2] 3107/6 3107/21
Lake [1] 2918/14
Lamar [1] 2921/9
land [1] 3034/12
LANGAN [5] 2919/21 3118/16 3119/6 3122/25 3123/1
language [3] 2966/6 2978/20 2978/24
large [8] 2968/3 2992/11 2992/14 3010/23 3022/5 3022/11 3035/19 3075/2
larger [6] 2945/5 2945/6 2971/2 2997/22 3113/14 3114/9
largest [1] 2990/5
Lasalle [1] 2919/23
last [21] 2932/1 2935/20 2958/15 2958/16 2964/13 2965/19 2984/10 2999/15 3037/9 3040/14 3070/25 3087/19 3095/21 3104/2 3104/6 3104/19 3104/20 3104/25 3112/21 3124/17 3125/12
lasted [3] 2959/6 2997/2 2997/9
late [1] 3056/18
later [1] 3006/21
latish [1] 3068/12
law [3] 2918/6 3119/14 3119/21
lawyer [3] 2940/18 2942/24 3007/8
lead [7] 3009/16 3046/17 3050/12 3053/24 3054/22 3054/23 3082/14
leading [3] 3065/17 3111/13 3111/14
leads [3] 3050/3 3050/4 3103/17
leap [2] 2932/1 2952/23
learned [1] 2988/19
LEASING [1] 2917/8
least [8] 2944/2 2945/1 2959/6 2978/15 3008/20 3029/2 3069/22 3086/18
leaving [2] 3032/11 3032/17
lecturer [1] 2966/12
led [2] 3082/16 3082/17
left [15] 2923/25 2962/17 2990/14 3010/25 3032/16 3045/13 3054/9 3056/8 3056/21 3061/15 3079/10 3079/12 3114/2 3117/20 3123/13
left-hand [1] 3045/13 3114/2
legend [3] 3069/3 3075/25
Leipzig [1] 2966/25
length [1] 3108/22
lengths [2] 2977/3 3045/23
less [7] 2933/23 2937/2 2955/12 3012/10 3024/15 3069/10 3069/12
less-than-half-an-inch [1] 3012/10
let [20] 2929/11 2938/9 2939/6 2939/6 2942/25 2946/3 2952/1 2994/8 3013/17 3026/14 3036/15 3054/6 3081/2 3096/8 3104/24 3116/16 3119/9 3120/11 3124/16 3127/17
let's [33] 2923/14 2923/19 2926/20 2933/7 2934/16 2936/16 2938/10 2947/24 2948/18 2950/25 2967/1 2992/9 2993/17 3002/14 3044/12 3053/14 3054/2 3063/2 3063/21 3068/6

**L**

let's... [13]  3078/21 3081/10 3087/12
3093/16 3093/23 3096/20 3096/25
3097/12 3098/3 3102/9 3110/23 3113/2
3117/8
letter [3]  3118/11 3118/18 3119/3
level [2]  2935/14 2958/11
Levin [1]  2918/2
Lewis [3]  2919/17 2921/2 2921/7
LI [1]  2920/20
license [1]  3095/2
life [5]  2942/20 2943/9 3035/6 3035/7
3096/12
lighter [2]  2951/17 2955/14
like [71]  2925/23 2925/23 2926/6 2926/7
2927/21 2927/22 2928/7 2932/17
2934/6 2947/13 2953/2 2955/25
2956/22 2957/5 2957/10 2962/20
2964/22 2967/19 2969/5 2970/3
2970/10 2971/11 2973/2 2973/22
2980/24 2983/6 2983/7 2983/8 2990/2
2994/7 2995/16 3003/9 3007/7 3015/19
3017/18 3020/24 3021/20 3033/25
3034/20 3035/16 3037/17 3042/7
3044/8 3049/2 3054/14 3060/9 3061/21
3070/14 3070/15 3071/23 3075/10
3076/19 3078/17 3082/4 3091/13
3092/19 3095/7 3095/18 3099/15
3099/25 3100/12 3100/16 3101/6
3101/13 3101/17 3112/2 3112/5
3114/13 3116/5 3118/12 3128/24
likely [3]  2979/3 3085/14 3085/17
limited [1]  2926/15
limits [1]  3096/16
line [95]  2925/23 2926/1 2926/2 2926/7
2926/8 2927/13 2927/16 2927/21
2927/22 2927/24 2928/9 2928/13
2928/14 2928/18 2928/19 2929/9
2929/15 2929/15 2932/3 2932/22
2932/23 2933/10 2934/12 2934/13
2934/13 2934/16 2934/20 2934/21
2934/21 2934/22 2935/4 2935/10
2935/12 2935/14 2935/19 2935/23
2936/8 2936/25 2937/4 2937/11
2937/14 2937/16 2937/20 2937/20
2937/22 2938/7 2938/16 2938/17
2939/9 2939/10 2941/8 2941/10
2941/24 2942/6 2964/18 2964/23
2965/1 2984/9 2984/10 2989/16 2990/8
2990/8 3029/12 3033/24 3045/6
3067/13 3067/13 3067/14 3067/16
3068/8 3068/15 3068/20 3070/16
3070/17 3071/7 3072/1 3072/3 3072/6
3072/9 3072/10 3072/13 3081/6
3081/12 3081/13 3081/14 3081/23
3081/24 3081/25 3082/1 3082/2 3082/7
3082/8 3082/8 3084/17 3093/2
linear [27]  2925/11 2927/3 2927/18
2928/4 2936/20 2938/2 2938/6 2938/7
2938/10 2938/10 2938/11 2939/14
2941/19 2943/14 2964/15 2964/18
2965/1 3013/25 3067/22 3068/14
3068/17 3071/22 3072/3 3072/6
3072/12 3072/14 3074/25
linearity [1]  2964/22
linearly [5]  2931/23 2986/15 3012/20
3012/24 3063/6
lines [16]  2926/4 2927/1 2928/25 2929/9
2933/23 2938/22 2940/12 2941/8
2941/16 2989/22 3003/9 3029/10
3033/23 3081/10 3081/11 3081/15
liquid [12]  2952/13 2952/19 2952/22

2955/14 2955/23 2957/18 2973/14
2976/24 2978/18 2978/19 3009/21
3018/5
liquids [1]  3009/14
Liskow [1]  2919/17
list [6]  2954/3 3005/8 3005/12 3055/21
3094/14 3119/2
listed [7]  2956/12 3005/11 3019/24
3023/17 3039/11 3052/14 3094/11
literature [15]  2970/4 2970/5 2970/25
2974/11 2974/14 2974/19 2975/12
2987/21 2987/23 2991/9 2993/4
3003/24 3004/5 3008/8 3009/23
litigation [3]  2969/13 3036/10 3036/16
little [19]  2924/16 2934/25 2937/4
2937/6 2937/10 2942/23 2950/25
2989/15 2989/19 2997/2 3010/20
3034/20 3056/9 3062/6 3096/23
3099/22 3110/23 3116/15 3125/18
Liu [1]  3023/23
live [5]  2962/9 2966/4 2966/5 3031/5
3031/6
living [2]  2966/10 3031/7
LLC [8]  2917/18 2917/22 2919/2
2920/12 2920/13 2920/16 2920/19
2921/11
LLP [8]  2918/12 2919/20 2920/2 2920/5
2920/9 2920/15 2920/18 2921/14
LMRP [2]  3037/17 3056/8
load [1]  2975/19
loading [1]  2975/18
location [4]  2947/12 2947/14 2947/18
3054/3
locations [2]  2992/18 3020/15
locked [1]  3062/16
locks [1]  3062/12
logical [2]  2917/4 2928/12
London [1]  3031/6
long [11]  2935/12 2935/13 2939/14
2940/11 2950/20 2962/13 2967/12
3024/23 3050/11 3096/18 3130/4
longer [2]  2997/9 3101/19
look [35]  2923/14 2923/19 2925/7
2926/20 2927/6 2928/7 2933/7 2936/16
2937/8 2937/22 2938/6 2944/21 2945/2
2948/11 2950/16 2954/2 2956/2
2964/22 2983/6 2983/7 2983/8 2990/2
3033/22 3034/17 3037/7 3041/10
3041/13 3053/5 3065/13 3071/16
3077/13 3101/7 3117/8 3128/3 3129/19
looked [46]  2924/19 2926/17 2927/11
2927/19 2928/6 2928/6 2943/5 2944/9
2944/19 2946/10 2948/3 2948/24
2949/5 2950/11 2953/18 2953/21
2953/24 2954/7 2955/15 2958/12
2978/24 2980/7 2980/14 2991/5
3006/25 3008/12 3008/17 3012/4
3012/5 3036/20 3037/10 3037/13
3037/14 3037/15 3068/3 3068/4
3074/15 3075/14 3075/15 3080/20
3080/21 3080/21 3096/18 3120/2
3126/19 3129/3
looking [38]  2925/4 2929/14 2943/8
2943/11 2945/23 2946/13 2948/5
2982/14 2992/6 2994/19 3025/20
3032/14 3032/19 3033/15 3034/6
3034/11 3034/14 3034/15 3034/22
3040/21 3047/21 3053/6 3054/8
3056/25 3057/21 3064/8 3065/12
3067/25 3071/24 3076/22 3078/6
3080/10 3091/13 3106/10 3110/4
3114/20 3117/12 3117/13
looks [3]  2924/3 2927/21 2927/22

2930/23 3114/12 3118/12
loss [2]  2947/13 3049/24
losses [2]  3042/6 3042/15
lot [16]  2933/3 2947/15 2980/4 3024/15
3034/5 3043/24 3050/23 3050/24
3052/21 3078/8 3092/19 3094/20
3105/20 3113/16 3114/17 3115/13
lots [1]  3050/13
LOUISIANA [15]  2917/2 2917/6 2917/20
2917/24 2918/8 2918/14 2918/22
2918/24 2919/3 2919/4 2919/19
2920/14 2921/13 2921/19 3130/12
low [7]  2932/10 2990/13 2992/23
3025/17 3082/13 3087/1 3115/19
lower [15]  2932/13 2991/8 2993/2
3089/16 3089/19 3089/21 3090/5
3090/6 3091/1 3091/20 3091/23 3092/8
3092/22 3092/22 3101/8
LP [2]  2921/12 2921/15
LUIS [1]  2920/20
lumps [1]  3000/16
lunch [1]  2935/13
Lundy [3]  2918/12 2918/12 2918/13
Luxenberg [1]  2918/9

**M**

M-O-M-B-E-R [1]  2965/20
Macondo [57]  2969/22 2970/20 2973/10
2974/2 2974/5 2974/24 2976/6 2981/10
2982/21 2983/6 2996/4 2996/8 2996/11
2996/20 2997/1 2997/18 2999/23
3000/20 3005/2 3005/7 3007/14 3008/6
3008/22 3016/19 3016/23 3017/10
3018/3 3018/19 3019/15 3020/11
3020/13 3020/22 3021/16 3021/25
3023/7 3024/6 3025/1 3025/11 3025/23
3026/6 3026/18 3027/4 3027/7 3027/23
3028/8 3028/10 3030/3 3037/8 3042/7
3044/2 3047/25 3050/20 3051/4
3051/11 3064/13 3095/9 3095/14
Macondo-specific [1]  3095/9
made [27]  2932/1 2935/24 2941/23
2952/20 2962/1 2977/19 2977/25
2978/14 2979/12 2981/5 2994/12
3000/22 3001/9 3005/17 3012/19
3018/16 3025/24 3033/18 3060/1
3086/21 3090/23 3104/14 3107/22
3124/2 3124/10 3127/5 3129/8
Magazine [1]  2918/7
magnitude [5]  2990/19 2990/20 2990/21
3096/14 3100/4
magnitudes [4]  2971/2 2988/6 2990/6
2990/15
mails [1]  3128/15
main [4]  2949/24 2950/1 2950/3 2950/8
mainly [2]  2996/23 3032/14
major [1]  2967/23
majors [1]  3035/17
make [23]  2940/19 2952/24 2959/13
2961/3 2977/16 2978/11 2980/22
2992/23 3005/1 3010/5 3011/6 3026/8
3028/2 3043/2 3088/15 3090/17
3090/21 3103/7 3108/16 3108/18
3112/3 3112/3 3118/17
makes [6]  3000/4 3006/12 3038/20
3073/19 3090/14 3119/13
making [7]  2937/5 2937/6 2938/18
3063/12 3097/4 3097/8 3098/21
manager [2]  3031/8 3032/22
manner [1]  2973/24
many [21]  2925/5 2932/3 2954/17
3009/12 3020/21 3023/19 3036/12

Case 2:10-md-02179-CJB-DPC Document 11276-14 Filed 09/04/13 Page 237 of 255

many... [14]  3036/12 3038/25 3044/10
3046/10 3046/10 3068/19 3077/1
3086/8 3087/24 3091/11 3097/2 3111/2
3113/19 3115/20
March [1]  3128/17
marine [3]  3019/4 3019/10 3019/15
maritime [1]  3031/21
mark [1]  2986/15
marketed [1]  3111/25
marks [2]  2974/7 2975/3
MARTIN [2]  2920/3 3110/25
MARTINEZ [1]  2921/3
mass [1]  3045/3
massive [3]  2947/1 2947/3 2947/4
master's [1]  2966/23
match [12]  2934/9 2960/9 3065/14
3065/14 3065/20 3066/20 3067/4
3069/21 3102/18 3105/6 3106/9
3122/15
matched [1]  3068/23
matches [3]  3069/19 3069/19 3075/3
matching [1]  3104/7
material [30]  2966/14 2968/17 2975/23
2992/19 3004/25 3004/25 3021/25
3022/6 3022/7 3022/22 3023/23
3028/24 3028/25 3029/1 3029/3
3029/18 3037/12 3037/12 3056/1
3056/13 3056/24 3057/2 3057/10
3057/13 3057/14 3058/6 3058/9
3091/11 3091/14 3091/17
materials [48]  2954/3 2967/14 2967/18
2967/19 2967/20 2968/2 2968/7 2968/7
2968/10 2968/12 2968/19 2968/24
2970/6 2974/21 2975/8 2975/14
2975/24 2985/4 2988/22
2991/13 2995/15 2995/15 2997/18
2997/19 2997/20 3002/8 3002/11
3002/12 3002/25 3003/13 3005/19
3007/12 3008/11 3009/25 3010/3
3010/6 3017/5 3018/1 3021/23 3021/24
3022/4 3022/11 3023/13 3037/17
3037/18 3047/5 3056/15
math [4]  2931/10 2931/12 2931/20
2946/22
mathematically [3]  2924/8 2941/2
2941/6
mathematics [1]  2924/10
matrix [2]  2992/15 2992/16
Matt [1]  3031/3
matter [16]  2933/5 2949/8 2970/12
2970/18 2971/18 2972/7 2994/3
3010/24 3037/6 3037/20 3037/25
3038/19 3046/11 3110/11 3113/22
3130/15
matters [5]  2937/10 3046/12 3117/24
3118/5 3130/1
MATTHEW [2]  2918/13 2919/22
Maximus [51]  3035/3 3035/8 3035/10
3035/15 3035/23 3036/5 3036/25
3043/15 3043/14 3044/9 3079/18
3081/25 3082/2 3082/9 3094/20
3094/21 3094/23 3095/3 3102/11
3103/11 3103/12 3104/16 3105/13
3105/17 3106/20 3108/5 3109/3
3109/11 3109/12 3109/17 3109/21
3109/24 3110/24 3110/4 3110/12
3110/23 3110/24 3111/6 3111/9
3111/11 3111/18 3111/21 3111/21
3112/7 3112/11 3113/3 3113/3 3113/14
3114/11 3114/13 3114/21
may [59]  2924/2 2935/7 2935/7 2935/7

2936/18 2936/19 2936/19 2941/5
2942/6 2942/11 2943/24 2944/18
2944/22 2947/6 2959/7 2960/21
2961/19 2962/3 2963/16 2965/24
2988/17 2993/21 3002/1 3030/13
3039/16 3053/7 3055/23 3055/23
3063/5 3068/2 3068/2 3068/12 3068/13
3065/5 3070/7 3071/22 3072/8 3072/24
3073/9 3073/25 3074/25 3075/10
3075/11 3076/13 3076/24 3077/6
3077/6 3080/21 3081/12 3081/18
3082/1 3082/9 3092/4 3092/5 3092/23
3092/23 3124/12 3125/12
May 13 [1]  3068/2
May 19 [3]  2961/19 2962/3 3077/6
May 20 [1]  3068/2
May 25 [2]  2944/6 2944/7
May 26 [1]  3092/23
May 27 [4]  2935/7 2936/19 2943/7
2944/22
May 28 [2]  2944/7 3092/23
May 6 [4]  2935/7 2935/7 2936/18
2936/19
May 8 [19]  3053/7 3063/5 3070/5
3070/7 3071/22 3072/8 3072/24 3073/9
3074/25 3075/10 3075/11 3076/13
3076/24 3077/6 3080/21 3081/12
3081/18 3082/1 3082/9
maybe [18]  2930/21 2938/10 2958/3
3004/4 3012/18 3019/22 3024/5
3025/17 3033/25 3077/24 3085/7
3093/17 3101/12 3117/25 3121/24
3126/5 3126/16 3126/17
MAZE [1]  2918/19
McCutchen [1]  2921/14
MD [1]  2917/4
me [61]  2925/25 2926/2 2928/6 2930/23
2932/3 2934/6 2936/14 2938/9 2940/9
2942/25 2943/11 2944/25 2945/1
2945/3 2945/25 2946/3 2946/22
2947/22 2952/1 2954/15 2954/17
2955/23 2957/5 2957/12 2958/12
2960/12 2961/6 2961/22 2970/24
2974/9 2974/17 2983/25 2994/8
2995/10 2995/18 3005/25 3016/10
3025/14 3025/16 3026/14 3029/8
3054/7 3061/21 3075/20 3081/2
3082/16 3082/17 3089/10 3092/24
3096/8 3104/24 3107/20 3116/15
3116/16 3119/9 3119/12 3120/2 3120/7
3121/7 3126/10 3127/17
mean [33]  2928/5 2942/21 2948/15
2955/19 2962/3 2967/17 2973/13
2976/10 2978/2 2978/3 2982/5 2990/20
2998/9 3002/16 3004/8 3024/18 3033/6
3033/7 3041/20 3043/25 3047/2 3047/4
3058/13 3066/15 3066/16 3068/19
3082/7 3085/8 3085/9 3101/7 3109/22
3110/18 3121/5
meaning [3]  2979/10 3028/2 3122/18
means [12]  2939/3 2941/6 2952/9
3024/19 3033/14 3053/9 3053/10
3060/5 3060/6 3060/7 3085/11 3119/18
meant [7]  2932/2 2934/15 2937/18
2941/23 2981/7 2981/8 2994/15
Meanwhile [1]  3124/7
measure [3]  2941/7 2941/9 3053/1
3089/7
measured [2]  2944/7 3089/6
measurement [2]  2945/4 3071/2
measurements [4]  2943/23 2943/25
2944/3 2944/15
measures [1]  2941/15

mechanical [5]  2921/24 3031/20
mechanics [1]  2983/23
mechanism [2]  2957/1 2979/4
meet [4]  2971/1 2974/7 2996/13
2996/16
member [1]  3031/25
memorandum [1]  3118/11
memory [2]  2954/8 3106/15
mental [2]  2931/10 2931/20
mention [4]  2996/17 3000/5 3021/3
3062/10
mentioned [17]  2967/21 2974/13 2979/5
2980/6 2981/5 2990/19 2994/13 3004/2
3005/3 3014/1 3017/12 3029/7 3054/2
3064/6 3064/15 3099/5 3100/7
mentioning [2]  2978/14 3011/11
mesh [5]  2924/11 3028/19 3028/20
3028/20 3029/25
metal [1]  3018/7
meter [1]  2952/7
meters [1]  2955/12
method [40]  2924/13 2924/14 3046/9
3050/22 3060/10 3060/13 3060/16
3060/22 3068/6 3068/23 3069/5 3069/9
3069/13 3069/18 3073/17 3073/19
3074/15 3075/7 3075/8 3081/12
3081/14 3081/22 3081/22 3082/15
3083/17 3083/19 3083/23 3083/25
3084/25 3085/10 3085/12 3085/21
3087/4 3089/15 3090/16 3092/15
3101/16 3116/13 3116/13 3116/14
methodology [4]  2960/17 3061/18
3070/2 3092/11
methods [9]  3038/22 3044/19 3050/10
3051/9 3066/19 3082/21 3082/24
3083/2 3083/16
MEXICO [1]  2917/5
MICHAEL [1]  2920/19
Michoud [4]  3037/9 3054/10 3056/13
3056/22
micro [1]  2973/22
microns [2]  2946/23
microphone [2]  2971/13 3107/19
microsips [1]  3122/11
Microsoft [1]  3035/25
mid [2]  3068/12 3068/12
mid-May [1]  3068/12
middle [6]  2954/25 2955/7 3044/23
3052/8 3052/10 3127/15
midst [1]  3122/9
might [20]  2956/23 2960/5 2975/9
2979/17 2989/9 2992/10 2997/13
3000/9 3000/15 3004/10 3021/22
3022/1 3023/8 3023/9 3034/9 3047/17
3067/17 3067/23 3086/3 3095/2
MIKE [2]  2920/10 3124/25
MILLER [1]  2920/13
millimeter [3]  2946/19 2946/24 2947/4
million [16]  2954/5 3069/8 3069/10
3069/10 3069/11 3069/12 3069/16
3073/9 3074/22 3075/1 3084/10
3086/11 3095/13 3095/16 3096/13
3104/15
mind [5]  2927/20 2928/7 3029/24
3119/10 3124/15
mineral [1]  2967/18
mineral-based [1]  2967/18
minus [8]  2946/17 3074/1 3086/16
3086/18 3086/23 3110/5 3110/14
3110/19
minute [10]  2942/9 2981/16 2986/14
2993/17 2995/17 2999/10 3012/15

minute... [3] 3052/24 3061/8 3098/4
minutes [3] 3086/1 3093/16 3130/2
misbehave [1] 2939/11
mischaracterized [1] 3065/10
misinterpretation [1] 3064/21
misleading [1] 3107/16
mismatch [1] 2960/13
misplaced [1] 2933/3
missing [1] 3088/14
Mississippi [1] 2918/17
misspoke [1] 3075/24
mistake [2] 2932/1 3099/23
mistaken [1] 2946/9
mistakenly [1] 2948/16
mistakes [1] 2994/4
misunderstanding [2] 3089/10 3099/25
misunderstands [1] 3065/4
misunderstood [2] 3065/10 3089/4
Mitchell [1] 2918/2
mixture [7] 2952/21 2953/12 2953/13
2955/16 3019/18 3019/23 3027/10
mixtures [1] 3022/10
mode [1] 2971/17
model [70] 2923/25 2930/5 2951/1
2951/6 2953/9 2964/4 3011/18 3035/4
3035/12 3039/1 3039/24 3042/2 3043/8
3043/10 3043/13 3043/15 3043/18
3043/18 3043/19 3043/22 3044/6
3045/14 3045/14 3045/23 3046/21
3047/7 3049/5 3049/8 3049/9 3050/8
3050/11 3050/17 3060/10 3079/18
3079/19 3079/21 3080/11 3081/20
3082/1 3082/3 3102/18 3102/19
3102/21 3103/2 3103/12 3103/12
3103/21 3103/22 3104/1 3104/7 3104/8
3104/16 3104/19 3105/3 3105/9
3109/18 3109/21 3110/1 3110/23
3110/24 3111/1 3111/4 3111/6 3113/4
3113/14 3114/11 3114/15 3114/21
3114/21 3115/1 3115/18
modeled [10] 2925/13 2947/24 2948/7
3011/4 3041/8 3044/13 3050/5 3103/4
3103/5 3113/2
modeling [45] 2923/11 2923/20 2925/9
2925/16 2926/21 2926/25 2930/16
2930/24 2931/9 2931/13 2931/22
2933/22 2938/25 2941/3 2945/7
2945/15 2946/15 2946/21 2947/2
2951/6 2951/23 2952/6 2958/9 2958/20
2959/3 2959/19 2988/22 3034/21
3038/4 3050/12 3079/25 3082/9
3102/11 3105/10 3105/17 3106/20
3107/9 3109/3 3109/24 3110/1 3111/1
3111/3 3111/4 3113/16 3117/2
models [6] 3040/21 3040/22 3041/10
3043/1 3043/19 3110/12
modification [1] 2924/18
modify [1] 2924/15
Member [60] 2965/11 2965/13 2965/15
2965/19 2965/23 2966/3 2966/18
2970/17 2971/10 2971/16 2972/5
2972/16 2973/8 2976/22 2978/20
2979/19 2979/24 2980/6 2980/14
2981/1 2981/14 2982/2 2982/12
2982/20 2983/5 2984/4 2987/4 2988/9
2988/20 2991/19 2993/3 2993/11
2993/23 2994/3 2996/7 2998/15 3002/4
3003/16 3005/17 3006/10 3007/12
3007/23 3008/1 3008/2 3008/16
3008/20 3008/9 2 3009/3 3009/9 3010/12
3014/15 3016/6 3016/14 3017/20

3024/2 3025/22 3026/4 3026/15 3028/7
3030/6
Momber [13] 2972/20 2973/3 2988/18
2989/6 3003/6 3007/13 3008/16
3008/23 3013/9 3013/12 3017/16
3029/9 3029/12
moment [8] 2961/25 2991/5 3029/22
3035/9 3035/17 3094/7 3094/14 3108/4
moments [1] 3015/10
Monday [5] 3040/14 3087/19 3122/9
3123/20 3123/21
Montgomery [1] 2918/20
month [1] 2997/9
months [2] 2930/21 2981/12
moot [1] 3119/4
more [35] 2928/7 2934/10 2934/25
2937/2 2937/4 2945/8 2951/17 2968/19
2968/22 2974/22 2974/25 2976/11
2986/21 2990/3 2991/9 3002/7 3004/4
3009/16 3020/18 3026/23 3027/11
3027/16 3028/3 3028/5 3028/7 3046/1
3048/8 3060/9 3087/8 3090/13 3093/12
3094/21 3096/8 3096/13 3116/8
Moreover [1] 2989/6
Morgan [2] 2918/15 2918/15
morning [6] 3104/11 3118/1 3124/19
3124/22 3126/14 3130/5
mortar [1] 2967/20
Mortars [1] 3018/12
Morten [1] 3015/7
most [7] 2927/14 2928/12 2964/2
3034/4 3035/8 3041/4 3101/13
motion [2] 2971/23 3124/13
motions [1] 2972/17
move [17] 2942/4 2960/13 2972/24
2988/25 2999/21 3007/14 3014/13
3026/7 3042/22 3046/22 3048/5 3048/6
3049/18 3078/16 3086/3 3096/20
3124/19
moved [3] 2971/20 3054/1 3057/8
movement [1] 3068/1
moves [1] 3115/18
moving [4] 2996/7 3008/15 3058/11
3091/18
Mr [2] 3015/25 3126/10
Mr. [64] 2948/1 2971/5 2971/19 2972/1
2983/23 2984/16 2986/10 2993/15
2993/21 2998/3 3007/7 3012/23
3013/17 3014/9 3015/3 3015/14
3015/21 3016/4 3016/8 3052/18
3064/16 3064/21 3065/5 3065/10
3065/12 3065/23 3070/24 3097/13
3107/11 3117/20 3118/16 3119/6
3122/25 3123/1 3125/14 3125/16
3126/3 3126/9 3126/11 3126/19
3126/20 3126/24 3127/3 3127/7 3127/7
3127/11 3127/13 3127/14 3127/20
3127/22 3127/23 3127/24 3127/25
3128/1 3128/2 3128/5 3128/5 3128/6
3128/7 3128/8 3128/9 3128/15 3128/16
3128/22
Mr. Adams [7] 3125/14 3125/16 3126/19
3127/7 3127/24 3128/5 3128/7
Mr. Barr [2] 3128/15 3128/22
Mr. Benson [1] 3117/20
Mr. Brock [1] 2948/1
Mr. Carter [1] 3128/16
Mr. Cernich [8] 2972/1 2993/15 2993/21
2998/3 3007/7 3013/17 3015/3 3016/4
Mr. Doyen [3] 3127/22 3128/6 3128/9
Mr. Emilsen [7] 3012/23 3014/9 3015/14
3015/21 3016/8 3065/12 3070/24
Mr. Emilsen's [1] 2971/5 2971/19

2983/23 2984/16 2986/10 3052/18
3054/16 3064/2 3065/5 3065/10
3065/23
Mr. Gibson [5] 3126/11 3127/16 3127/25
3128/1 3128/5
Mr. Gibson's [12] 3126/3 3126/9
3126/20 3126/24 3127/3 3127/7
3127/11 3127/13 3127/14 3127/23
3128/2 3128/8
Mr. Langan [4] 3118/16 3119/6 3122/25
3123/1
Mr. Regan [2] 3097/13 3107/11
Ms. [25] 2923/4 2927/5 2928/5 2932/21
2934/2 2934/25 2936/21 2937/14
2942/19 2943/8 2944/24 2946/9 2947/6
2950/10 2951/12 2951/20 2952/1
2955/19 2956/10 2958/22 2960/20
2962/5 2962/19 3122/24 3127/18
Ms. Cross [23] 2923/4 2927/5 2928/5
2932/21 2934/2 2934/25 2936/21
2937/14 2942/19 2943/8 2944/24
2946/9 2947/6 2950/10 2951/12
2951/20 2952/1 2955/19 2956/10
2958/22 2960/20 2962/5 2962/19
Ms. Karis [2] 3122/24 3127/18
much [29] 2933/23 2951/18 2958/13
2965/4 2976/13 3001/2 3010/20
3030/12 3044/5 3045/2 3046/24
3047/11 3048/10 3052/19 3053/1
3057/5 3059/15 3059/25 3064/2
3065/15 3066/19 3071/15 3074/8
3086/8 3088/13 3090/12 3093/10
3117/19 3119/20
mud [8] 3065/17 3065/18 3066/2 3071/7
3090/21 3090/22 3091/6 3092/18
Muehlhan [1] 2969/1
multibillion [1] 3034/6
multibillion-dollar [1] 3034/6
multiflow [1] 3092/3
multiphase [28] 3032/10 3033/9 3034/15
3035/3 3038/3 3038/4 3039/18 3039/20
3040/21 3041/5 3041/6 3047/13
3047/17 3049/14 3061/1 3061/3
3079/22 3080/11 3080/25 3082/14
3099/9 3110/4 3110/11 3110/13
3110/16 3111/10 3111/14 3112/14
multiple [2] 3034/10 3035/5
multistage [2] 3108/9 3108/13
Munger [1] 2920/18
must [7] 2957/8 2971/2 2983/16 2988/5
3001/10 3015/18 3077/10
my [116] 2923/12 2925/13 2927/20
2928/7 2932/2 2932/18 2933/2 2934/4
2934/5 2934/11 2934/12 2935/12
2935/14 2936/25 2938/3 2938/16
2939/1 2941/20 2941/24 2942/19
2943/9 2945/12 2945/13 2947/23
2948/23 2949/1 2949/25 2950/13
2950/14 2950/21 2953/1 2953/1 2953/9
2954/8 2955/21 2956/2 2956/2 2956/4
2956/15 2960/10 2961/13 2961/25
2964/9 2964/10 2965/14 2965/5 2965/19
2965/21 2966/20 2968/11 2968/22
2969/7 2974/9 2974/18 2982/22
2983/18 2983/21 2984/17 2987/23
2988/12 2989/10 2989/10 2990/9
2991/2 2992/4 2995/7 2999/21 3000/24
3001/9 3002/12 3004/24 3006/19
3007/16 3010/23 3011/17 3015/19
3017/2 3017/4 3020/19 3020/23 3023/8
3026/14 3026/20 3029/24 3030/23
3031/22 3032/4 3032/4 3032/18 3054/9
3054/21 3056/13 3072/4 3075/5

Case 2:10-md-02179-CJB-DPC Document 12792-3 Filed 04/30/14 Page 239 of 255

my... [3]  3075/19 3078/10 3084/22
3089/14 3096/11 3097/20 3098/2
3099/5 3099/25 3100/7 3101/22
3103/19 3103/21 3104/18 3110/10
3111/4 3116/16 3124/2 3124/15 3125/9
3125/10 3126/5 3130/13
myself [3]  3068/4 3068/4 3111/2
mystery [1]  3107/13

N

N.W [3]  2920/7 2920/10 2921/16
naked [1]  2941/15
name [11]  2938/11 2953/8 2965/17
2965/19 2965/20 2965/20 2965/21
2970/6 3030/21 3030/23 3073/2
named [2]  2969/1 3105/23
NATHANIEL [1]  2919/12
native [1]  2966/6
Natural [1]  2919/10
nature [2]  2926/3 3125/11
necessarily [2]  3095/3 3095/7
necessary [2]  3124/9 3129/4
necessity [1]  3080/14
need [36]  2932/5 2932/22 2932/25
2933/6 2937/14 2940/16 2960/17
2976/7 2976/8 2976/12 2976/13
2978/24 3033/18 3041/24 3041/25
3042/2 3042/23 3044/18 3045/22
3046/4 3047/4 3047/6 3049/8 3050/5
3050/7 3050/17 3066/20 3077/19
3078/4 3105/13 3105/15 3116/1
3117/15 3117/24 3118/5 3124/21
needed [17]  2932/8 2932/19 2934/10
2934/11 2937/11 2937/15 2937/15
2939/20 2939/22 2983/13 3001/2
3038/25 3065/16 3065/19 3066/24
3088/19 3105/6
needs [7]  3033/18 3041/8 3066/1
3090/17 3090/20 3091/3 3129/7
negative [3]  3024/7 3073/20 3073/22
neglected [1]  3000/14
negligible [3]  2997/15 3010/18 3010/21
neither [3]  2934/3 3018/19 3106/16
NESIC [21]  2923/6 2923/10 2923/15
2926/24 2928/3 2928/24 2929/14
2930/14 2933/21 2934/20 2938/4
2941/2 2942/5 2942/13 2943/5 2943/21
2946/6 2954/11 2956/5 2959/18 2963/5
net [19]  2971/4 2971/5 2971/6 2981/8
2982/7 2983/16 2983/24 2983/25
2984/1 2984/11 2986/9 3011/15
3015/11 3015/14 3015/22 3065/14
3065/16 3065/19 3065/24
network [6]  2983/15 2984/12 2984/15
3012/1 3033/23 3034/11
networks [1]  3035/5
never [38]  2930/8 2932/2 2932/10
2933/5 2934/2 2934/5 2934/8 2938/15
2942/19 2943/8 2943/12 2944/19
2947/22 2948/24 2953/10 2957/12
2958/6 2958/23 2958/24 2959/9
2960/14 3000/3 3002/22 3004/15
3004/17 3004/20 3004/22 3009/9
3009/19 3010/2 3010/6 3010/9 3013/3
3016/14 3028/21 3113/20 3122/17
3126/18
new [16]  2917/6 2917/20 2918/8
2918/11 2918/11 2919/4 2919/19
2920/14 2921/13 2921/19 2987/6
3013/8 3013/13 3025/21 3082/5
3123/16

next [11]  2924/16 2935/18 2936/16
2938/22 2948/13 2957/22 2965/11
2982/23 3030/13 3030/15 3053/14
nice [11]  3057/17
night [3]  2986/12 3014/8 3071/12
nine [9]  2970/22 2985/17 2985/22
2986/7 2989/23 3013/14 3013/15
3014/25 3066/4
nine-hour [1]  3066/4
no [181]  2926/17 2927/6 2927/15
2929/2 2932/1 2932/21 2936/1 2937/14
2940/18 2942/20 2943/10 2944/16
2947/4 2948/23 2953/24 2956/18
2957/7 2957/16 2957/20 2957/20
2959/5 2960/5 2962/25 2964/5 2964/9
2966/7 2969/12 2977/14 2977/25
2979/1 2983/7 2985/23 2986/22
2989/12 2993/9 2994/13 2995/10
2996/1 2996/6 2996/21 2998/20
2999/24 3000/11 3001/9 3001/14
3001/24 3002/3 3002/4 3002/21 3003/3
3003/12 3003/22 3004/4 3004/12
3004/14 3004/16 3004/19 3004/21
3004/23 3007/11 3008/7 3009/11
3009/22 3009/25 3010/8 3010/11
3010/22 3011/11 3011/14 3011/24
3013/4 3014/16 3016/16 3017/4 3017/7
3017/11 3018/21 3019/17 3020/16
3021/19 3023/8 3025/15 3027/25
3028/23 3029/17 3030/10 3035/25
3035/25 3036/11 3036/11 3038/7
3039/14 3039/17 3039/25 3043/9
3043/9 3043/12 3043/12 3051/6
3059/21 3059/25 3060/16 3060/16
3060/19 3060/19 3060/22 3060/22
3060/25 3060/25 3061/3 3061/3 3063/1
3063/1 3066/1 3066/1 3068/16 3068/17
3070/3 3070/12 3073/15 3074/6
3074/12 3076/17 3077/4 3077/8
3077/15 3078/6 3078/9 3078/19 3083/3
3084/5 3084/5 3084/8 3085/18 3087/10
3087/10 3089/15 3089/21 3089/21
3090/6 3091/7 3091/10 3092/17
3092/20 3093/4 3094/19 3095/21
3096/14 3096/14 3096/14 3096/14
3098/2 3101/19 3106/4 3106/12 3107/6
3107/12 3107/15 3107/20 3108/19
3109/19 3109/19 3109/22 3109/24
3110/20 3110/20 3110/20 3110/20
3111/23 3112/23 3113/1 3117/7
3118/23 3118/23 3123/6 3123/6 3123/7
3126/4 3127/5 3127/5 3127/12
none [8]  2927/25 2998/22 2999/9
3009/23 3017/20 3018/2 3018/6 3023/6
NONJURY [1]  2917/14
nonlinear [4]  2938/24 2939/3 2939/14
2939/15
nonphysical [2]  3077/6 3077/10
nor [2]  3091/1 3106/16
normal [1]  3064/9
Normally [1]  3089/5
North [1]  2918/2
not [261]
noted [2]  2987/17 2995/7
nothing [6]  2939/17 2947/15 3063/14
3070/6 3097/22 3121/24
notoriously [1]  2939/2
November [1]  3095/11
November 2011 [1]  3095/11
now [87]  2924/24 2925/8 2926/8 2927/3
2928/14 2934/20 2935/6 2935/15
2939/22 2942/13 2949/3 2951/1
2951/25 2956/16 2957/21 2960/8

2960/14 2962/19 2963/18 2968/19
2977/16 2982/5 2984/20 2985/5
2988/24 2996/7 2997/17 3001/1
3001/15 3002/8 3005/1 3005/6 3006/25
3007/10 3007/23 3010/12 3012/4
3012/18 3012/19 3013/19 3015/5
3015/21 3024/2 3026/23 3029/24
3032/16 3039/3 3041/10 3044/16
3045/2 3048/19 3050/2 3058/19 3060/9
3060/13 3063/2 3064/6 3066/5 3066/6
3067/3 3071/23 3074/10 3075/10
3078/21 3081/23 3082/20 3085/23
3086/15 3088/2 3088/11 3090/24
3094/17 3095/24 3097/12 3109/5
3110/3 3110/23 3111/13 3113/2
3115/22 3118/15 3121/11 3122/9
3122/16 3123/15 3125/8 3128/10
nowhere [1]  3020/10
number [37]  2947/16 2953/15 2968/23
2974/22 2975/7 2982/16 2984/16
2985/1 2994/19 2999/6 3000/12 3004/2
3005/17 3032/18 3041/17 3051/4
3059/12 3064/7 3066/13 3071/14
3071/15 3072/5 3072/10 3074/8
3094/15 3098/22 3099/4 3102/2 3104/3
3104/3 3104/5 3108/15 3118/10
3121/14 3121/21 3123/16 3123/16
Number 1 [1]  2975/7
numbers [36]  2928/10 2932/13 2932/14
2954/17 2955/9 2958/12 2959/22
2961/1 2970/25 2986/9 2986/10
2986/11 2987/22 2989/17 2990/13
2992/4 3007/5 3008/7 3008/9 3009/2
3012/9 3013/23 3020/23 3024/23
3025/13 3025/14 3025/15 3025/16
3026/11 3073/12 3074/20 3089/14
3098/24 3098/25 3102/1 3103/13
numerous [2]  3036/7 3036/8

O

O'CONNOR [3]  2920/7 2965/13 2965/22
O'Keefe [1]  2917/19
O'ROURKE [1]  2919/11
object [22]  2929/1 2933/14 2942/16
2943/17 2959/14 2971/11 2972/2
2981/9 2982/19 2987/2 2988/17 2998/4
3005/16 3006/3 3006/6 3009/4 3016/5
3026/3 3085/1 3096/1 3107/6 3125/24
objected [10]  2998/3 3005/14 3007/8
3007/9 3008/25 3009/1 3009/5 3013/7
3016/4 3123/19
objecting [3]  2946/1 2971/15 3117/16
objection [39]  2942/17 2943/19 2973/1
2979/18 2980/4 2980/22 2980/25
2981/3 2981/25 2983/3 2987/9 2989/8
2998/2 2998/11 3005/13 3006/7 3009/7
3016/2 3016/12 3025/24 3026/13
3038/6 3038/7 3077/21 3077/25 3085/1
3096/6 3098/25 3106/25 3107/15
3108/1 3109/9 3117/16 3123/6 3123/9
3124/5 3126/7 3127/5 3127/5
objections [2]  2973/3 2989/14
objects [2]  3114/14 3114/15
objects' [1]  3114/18
obligation [1]  3123/23
observe [2]  3037/7 3080/11
obstacle [1]  2949/10
obstacles [3]  2950/20 2950/24 3000/15
obtained [3]  2925/12 2951/23 3027/15
obvious [1]  3025/18
obviously [4]  2926/5 2935/23 3048/22
3057/4 3117/16 3129/3
occupied [2]  2983/16 2984/14

occur [2]  3013/25 3020/22
occurred [9]  2925/20 3013/23 3014/5
 3014/15 3014/22 3052/3 3052/3 3052/6
 3091/8
occurring [2]  3042/7 3058/22
occurs [3]  3042/11 3042/13
October [3]  2917/7 2923/2 3001/23
October 2010 [1]  3001/23
odd [1]  3053/18
off [13]  2946/25 2957/6 2988/3 3035/24
 3048/3 3048/17 3054/17 3057/25
 3058/2 3058/3 3075/22 3100/4 3119/2
offer [12]  2924/2 2945/13 2963/12
 2972/16 2977/25 3038/2 3038/9
 3097/18 3118/21 3127/1 3127/16
 3128/24
offered [2]  2941/22 2974/7 2987/3
 3124/8
offering [12]  2940/8 2971/16 2971/16
 2977/23 2981/15 2996/18 2999/22
 3051/3 3098/24 3128/10 3128/10
 3128/11
offers [1]  3128/18
Office [7]  2917/23 2918/4 2918/18
 2918/22 2918/23 2919/7 2919/15
Official [3]  2921/18 3130/10 3130/19
officiantly [1]  3124/18
offset [1]  3073/2
offshore [5]  2920/13 2920/16 2920/19
 2969/3 3031/21
often [6]  2926/15 2927/23 2944/4
 3019/9 3048/14 3129/5
Oh [10]  2998/20 3004/10 3010/4
 3035/25 3036/7 3036/11 3051/12
 3057/15 3096/14 3110/20
oil [86]  2917/4 2917/4 2952/13 2952/14
 2953/13 2953/18 2953/21 2953/25
 2954/3 2954/11 2954/12 2954/22
 2954/23 2955/6 2955/7 2955/12
 2955/17 2956/3 2956/5 2959/19
 2959/20 2959/25 2969/3 2995/16
 3001/18 3002/5 3002/6
 3002/18 3002/19 3004/13 3004/15
 3004/17 3040/20 3005/3 3007/24
 3008/6 3009/10 3009/14 3009/15
 3009/17 3029/20 3029/24 3032/5
 3032/24 3033/4 3033/6 3034/4 3035/13
 3035/17 3036/6 3040/20 3041/10
 3044/5 3045/2 3045/4 3045/5 3045/7
 3045/7 3045/18 3046/24 3047/5
 3047/11 3048/3 3048/4 3048/6 3048/14
 3048/16 3048/17 3048/24 3049/20
 3055/17 3064/2 3064/8 3081/6 3091/3
 3098/12 3098/14 3098/16 3106/10
 3109/16 3110/1 3110/9 3111/15 3112/6
 3112/16
oil-only [1]  2955/6
okay [33]  2933/17 2942/18 2949/17
 2952/12 2953/5 2954/25 2955/2
 2972/22 2973/5 2987/9 2998/20 2999/2
 2999/14 3003/17 3004/10 3007/20
 3014/12 3016/12 3022/2 3024/15
 3025/17 3026/21 3028/14 3030/11
 3056/19 3117/14 3118/4 3124/10
 3124/12 3125/17 3126/22 3126/23
 3129/20
old [1]  3094/14
OLGA [13]  3065/12 3110/12 3111/7
 3111/8 3111/12 3111/20 3111/21
 3111/21 3111/25 3112/8 3112/9
 3112/19 3112/20

OLGA S [7]  3111/20 3111/21 3111/21
 3111/25 3112/19 3112/20 3112/24
Olson [1]  2920/18
on [347]
once [5]  2934/10 2939/6 2939/6
 3053/21 3062/7
one [170]  2924/14 2926/10 2928/11
 2928/12 2928/12 2931/2 2932/24
 2935/1 2935/19 2935/23 2936/12
 2936/24 2939/23 2942/3 2942/25
 2950/19 2950/20 2952/18 2952/22
 2952/23 2955/22 2957/18 2957/23
 2957/24 2957/25 2961/1 2961/7
 2961/11 2962/9 2962/9 2963/14 2964/5
 2964/6 2964/7 2965/13 2968/3 2970/2
 2971/18 2971/19 2971/22 2972/14
 2973/3 2973/17 2975/17 2979/22
 2980/4 2980/7 2980/10 2981/11
 2981/13 2981/18 2981/18 2981/24
 2984/16 2989/12 2990/5 2990/10
 2990/11 2990/21 2991/11 2994/13
 2995/12 2996/2 2996/2 2997/20
 2997/23 2998/3 2998/5 2998/6 2998/15
 2998/18 2998/18 2998/19 2999/1
 2999/7 3000/12 3005/8 3005/11
 3005/11 3005/16 3005/19 3005/22
 3006/2 3006/5 3006/9 3006/10 3006/23
 3007/3 3011/19 3012/6 3012/7 3014/9
 3014/16 3014/17 3014/18 3015/7
 3015/15 3015/22 3015/25 3016/3
 3016/3 3016/5 3016/7 3016/8 3017/11
 3017/11 3018/13 3018/25 3022/1
 3022/3 3025/15 3025/21 3026/2
 3027/11 3028/7 3029/2 3035/4 3038/16
 3039/4 3042/20 3045/22 3050/3
 3052/15 3053/6 3053/14 3058/1
 3058/17 3062/10 3065/21 3067/21
 3069/18 3070/1 3072/23 3075/3
 3077/12 3078/9 3078/11 3082/12
 3082/18 3084/3 3084/11 3084/12
 3086/12 3089/7 3103/1 3103/8 3103/10
 3103/22 3103/25 3105/20 3106/13
 3107/5 3107/12 3108/22 3109/19
 3111/19 3112/17 3113/3 3118/18
 3119/2 3119/6 3125/9 3125/18 3125/19
 3126/2 3126/23 3127/1 3127/23
 3128/14 3128/21
one-dimensional [1]  3113/3
one-fifth [1]  2984/16
ones [4]  2925/5 2968/3 3020/20 3092/4
only [38]  2927/9 2929/10 2932/24
 2934/14 2935/25 2944/25 2945/8
 2948/5 2948/23 2949/19 2950/22
 2952/14 2954/12 2954/23 2955/6
 2957/16 2977/8 2977/12 2977/14
 2991/10 3005/11 3010/18 3024/6
 3029/25 3044/4 3069/13 3075/23
 3077/13 3080/2 3080/3 3099/4 3101/7
 3102/7 3116/7 3125/19 3128/13
 3128/19 3128/24
onto [1]  3048/18
open [3]  2949/8 3011/18 3098/22
opened [1]  2949/12
opening [1]  3066/25
openings [1]  2944/14
operating [7]  3034/17 3036/8 3036/8
 3081/18 3081/19 3082/9 3109/16
operation [2]  3055/3
operations [2]  3034/21 3109/15
opine [1]  3014/5
opined [2]  3060/4 3077/5
opinion [40]  2936/2 2937/7 2939/1
 2955/24 2957/25 2959/6 2970/19

2971/4 2971/12 2971/15 2971/16
 2971/23 2972/22 2996/13 3001/3
 3013/12 3013/13 3015/6 3016/7 3017/2
 3039/6 3040/3 3050/19 3051/3 3051/10
 3062/23 3066/8 3069/20 3074/3
 3076/15 3078/10 3083/1 3089/13
 3089/15 3090/8 3097/18 3098/18
 3112/10 3119/20 3128/2
opinions [47]  2935/5 2957/21 2970/11
 2970/13 2970/14 2970/17 2971/22
 2971/22 2972/6 2973/4 2977/24
 2979/18 2980/23 2981/20 2982/20
 2987/7 2987/7 2988/14 2988/24
 2996/18 2999/22 3005/18 3006/19
 3006/25 3007/13 3007/18 3007/23
 3008/12 3008/16 3016/25 3025/21
 3026/6 3026/7 3037/20 3038/18 3039/7
 3039/8 3040/4 3043/14 3060/10
 3085/23 3096/3 3120/3 3120/15
 3121/16 3127/23 3128/7
opportunity [2]  2969/21 2969/23
or [147]  2925/20 2925/23 2925/23
 2926/7 2927/7 2928/8 2930/22 2932/9
 2932/9 2933/15 2934/13 2940/12
 2940/12 2940/20 2941/14 2941/15
 2941/25 2942/20 2948/21 2948/25
 2950/16 2956/2 2957/15 2957/15
 2957/18 2960/6 2963/20 2963/22
 2963/22 2964/3 2964/10 2964/18
 2967/9 2970/3 2970/13 2975/13
 2976/25 2977/24 2979/19 2980/3
 2980/25 2981/17 2981/20 2981/22
 2981/24 2985/15 2986/21 2987/13
 2987/16 2988/22 2988/22 2991/25
 2992/7 2993/5 2993/6 2993/16 2997/9
 2997/9 2998/25 3002/5 3002/5 3004/12
 3004/17 3006/22 3006/23 3007/19
 3010/10 3010/20 3010/25 3011/15
 3011/20 3011/20 3014/22 3015/5
 3015/12 3019/15 3022/1 3024/16
 3024/17 3024/20 3026/9 3032/3 3033/5
 3033/17 3033/23 3034/10 3035/5
 3035/7 3035/14 3035/15 3037/7
 3041/15 3042/6 3042/14 3043/19
 3043/20 3043/20 3045/11 3045/20
 3047/2 3050/21 3051/1 3053/20
 3055/12 3058/1 3058/2 3058/20
 3060/10 3062/3 3063/11 3063/14
 3063/15 3065/24 3066/9 3066/9
 3066/23 3069/22 3072/21 3076/10
 3077/3 3078/10 3078/22 3079/17
 3080/2 3080/5 3080/9 3088/3 3090/16
 3105/3 3107/16 3110/5 3110/14
 3110/19 3111/16 3113/23 3114/3
 3114/25 3119/17 3120/4 3120/22
 3120/24 3121/14 3123/6 3123/17
 3128/19 3129/5 3129/16
oranges [1]  2934/5
order [23]  2964/17 2979/20 2979/23
 2990/21 2992/22 2996/13 3001/3
 3008/10 3015/5 3029/1 3070/8 3077/16
 3077/18 3078/3 3096/14 3100/4 3110/5
 3121/23 3122/7 3123/11 3123/21
 3123/23 3126/16
orders [8]  2940/5 2971/2 2988/5 2990/6
 2990/15 2990/19 2990/20 2990/22
orient [3]  3033/5 3044/21 3081/23
orientation [1]  3063/24
original [3]  3086/12 3108/18 3111/1
originally [3]  2990/9 3065/3 3110/25
Orleans [4]  2917/6 2917/20 2918/8
 2919/4 2919/19 2920/14 2921/13
 2921/19

**Q**

other [73]  2927/17 2928/4 2928/5
2928/25 2929/4 2934/13 2939/12
2940/14 2942/3 2942/13 2943/5
2943/14 2944/6 2947/25 2950/11
2950/24 2955/24 2956/23 2957/25
2958/16 2964/19 2970/3 2973/20
2974/19 2979/12 2980/11 2985/19
2985/25 2986/4 2991/20 2992/20
2995/9 2996/2 3000/14 3001/25
3014/25 3020/24 3022/1 3023/20
3033/20 3037/12 3041/16 3042/14
3042/23 3050/4 3050/4 3050/5 3053/4
3053/13 3057/13 3063/19 3063/20
3066/15 3068/16 3068/19 3068/22
3071/10 3077/12 3079/24 3080/12
3083/25 3102/24 3102/25 3103/5
3103/12 3105/18 3108/24 3117/24
3119/23 3121/12 3124/17 3126/6
3130/1
others [5]  2944/14 2997/21 3062/2
3105/20 3109/1
otherwise [2]  3004/18 3107/16
our [14]  2947/6 2973/3 2978/23 3030/15
3034/19 3035/8 3036/11 3041/23
3045/2 3079/18 3095/23 3107/12
3123/12 3124/17
out [87]  2924/6 2926/7 2927/7 2931/16
2934/17 2937/5 2940/2 2941/13
2944/17 2945/18 2947/14 2947/16
2947/19 2950/1 2950/6 2954/11 2956/3
2960/24 2961/1 2964/18 2974/21
2984/13 2990/10 2997/5 3010/23
3014/23 3016/9 3019/7 3019/22 3020/1
3020/2 3027/13 3041/22 3044/5 3044/7
3045/2 3045/4 3046/15 3046/25
3047/12 3048/6 3048/8 3049/20 3053/2
3055/18 3066/23 3070/15 3071/4
3077/2 3078/11 3080/13 3081/2 3088/3
3088/5 3088/20 3089/3 3089/10 3091/7
3091/12 3096/15 3096/25 3098/14
3098/16 3099/17 3099/20 3100/18
3100/19 3101/11 3101/12 3101/15
3103/6 3103/13 3103/18 3106/24
3107/4 3112/20 3115/18 3120/10
3121/1 3122/1 3123/21 3123/24
3127/22 3128/12 3128/19 3128/24
3129/2
outcome [1]  3095/25
outlined [1]  2983/21
output [3]  2947/8 2947/11 3069/25
outputs [3]  2958/8 3051/1 3111/22
outs [2]  3125/19 3126/2
outset [2]  3064/18 3064/22
outside [9]  2949/7 3001/9 3010/10
3031/6 3047/25 3064/14 3077/11
3077/21 3116/10
over [60]  2925/20 2926/13 2927/9
2927/10 2930/2 2933/12 2937/16
2940/14 2947/14 2954/6 2955/11
3012/11 3012/16 3012/16 3013/19
3032/19 3032/24 3039/5 3042/13
3042/14 3046/3 3050/11 3051/11
3052/12 3052/16 3053/3 3054/16
3054/18 3057/7 3058/14 3058/22
3059/19 3059/24 3060/20 3060/23
3061/1 3063/6 3066/10 3067/2 3069/14
3072/2 3073/9 3084/4 3084/7 3084/12
3086/9 3090/2 3090/3 3090/4 3090/6
3091/18 3091/18 3093/24 3095/21
3101/4 3101/23 3108/15 3116/9
3116/12 3125/3

overall [5]  2936/1 2937/9 2937/9
2937/16 3016/14
overriding [1]  3038/21
overrule [6]  2983/3 2987/9 2989/8
2998/11 3077/25 3096/6
Overruled [1]  3085/5
oversee [2]  2967/8 2969/8
own [15]  2979/19 2987/23 2990/9
3025/21 3026/8 3032/18 3041/19
3061/16 3061/17 3066/18 3069/9
3096/9 3096/10 3100/9 3105/25
owned [1]  3111/12

**P**

p.m [2]  2986/12 2986/12
PA [1]  2918/3
pack [1]  3054/21
package [3]  2947/9 2947/11 2947/19
page [29]  2922/2 2945/18 2954/2
2972/13 2994/7 2994/11 2994/19
2994/20 2994/23 2995/11 2995/12
2997/6 3003/7 3010/5 3020/2 3029/10
3037/25 3038/16 3049/13 3054/19
3054/20 3115/15 3127/10 3128/12
3128/19 3128/20 3128/22 3128/24
3129/2
page 11 [1]  2994/19
page 338 [1]  3029/10
pages [5]  3014/21 3126/8 3127/24
3127/24 3128/8 3128/13 3128/23
paid [1]  3000/13
Papantonio [1]  2918/2
paper [12]  3018/11 3018/24 3019/5
3019/12 3019/19 3019/20 3019/24
3020/19 3021/8 3021/12 3021/14
3024/2
papers [8]  2988/22 2974/20 2974/22
2975/7 3004/3 3004/6 3004/8 3021/4
parabola [1]  2927/22
parallel [1]  3114/22
parameter [9]  2942/13 2976/2 3020/14
3022/1 3023/11 3023/12 3023/21
3103/23 3103/25
parameters [1]  2956/13 2975/9
2975/10 2975/16 2975/17 2975/18
2975/23 2976/2 2977/5 3020/24 3044/7
3062/4 3062/7 3062/11 3062/12
3102/24
Pardon [1]  3107/20
part [14]  2946/23 2948/12 2951/8
2958/25 2989/3 2991/8 3002/13 3015/5
3032/12 3033/1 3043/15 3117/13
3123/15 3126/5
particle [1]  2951/17
particles [14]  2957/17 2973/21 2973/23
2975/21 2992/11 2992/13 2992/14
2992/21 2995/16 3009/10 3009/12
3009/20 3009/24 3022/8
particular [40]  2925/2 2925/5 2932/16
2947/12 2953/24 2953/25 2957/8
2957/12 2959/9 2960/14 2960/15
2960/16 2960/23 2963/12 2964/14
2967/8 2967/9 2967/9 2972/1 2973/11
2973/11 2974/23 2978/3 2982/8 2992/1
2995/23 2996/22 3004/24 3011/12
3019/20 3020/16 3020/20 3023/9
3029/17 3029/22 3034/25 3036/23
3047/5 3065/19 3120/19
particularly [7]  2968/24 2969/18 3000/5
3012/25 3020/14 3023/23 3096/11
particulates [1]  2973/16
parties [4]  2995/9 3017/6 3125/1 3128/4
parts [5]  2957/15 2961/16 3002/14

3037/14 3058/20
3081/4 3105/24 3108/23
party [1]  3128/18
pass [2]  2939/9 2941/9 3078/14
passages [1]  2962/18
passed [1]  2928/7
passes [1]  2951/18
past [9]  2930/9 2939/11 2963/21 3010/4
3016/18 3016/22 3032/24 3075/22
3089/6
path [36]  2948/2 2948/4 2949/5 2950/24
2977/10 3000/8 3011/4 3011/10
3011/12 3011/15 3012/6 3020/15
3047/13 3050/15 3058/15 3058/21
3058/22 3060/14 3060/17 3060/19
3066/11 3066/21 3067/16 3068/9
3069/4 3069/4 3069/8 3069/11 3074/24
3075/3 3079/20 3113/2
Path A [3]  3067/16 3069/4 3069/8
Path B [5]  3068/9 3069/4 3069/11
3074/24 3075/3
paths [25]  2950/25 3012/11 3020/16
3039/21 3041/7 3042/4 3045/10
3048/20 3048/20 3049/3 3055/14
3055/14 3066/14 3066/17 3066/23
3068/19 3074/7 3081/1 3082/5 3098/10
3099/9 3112/15 3112/16 3113/6 3113/8
patience [1]  2963/5
pattern [2]  3058/18 3068/2
patterns [1]  3058/17
PAUL [1]  2919/22
pay [12]  2971/4 2971/5 2971/7 2983/24
2986/9 3015/11 3015/14 3015/22
3065/14 3065/16 3065/19 3065/24
PC [3]  2918/9 2921/2 2921/7
peer [1]  2968/22
peer-reviewed [1]  2968/22
penetrating [1]  2992/18
Pennsylvania [1]  2920/10
Pensacola [1]  2918/5
people [5]  2940/14 2956/23 3077/12
3095/2 3112/3
people's [1]  3097/2
per [26]  2931/15 2932/4 2952/7 2955/4
2955/12 2957/20 2959/19 2960/19
2988/2 2989/21 2989/24 2989/25
2995/17 2995/19 3012/14 3012/16
3012/17 3081/7 3097/15 3099/14
3100/21 3102/6 3105/1 3105/2 3105/2
3107/24
percent [34]  2927/11 2927/25 2928/2
2928/2 2931/18 2931/24 2935/25
2941/10 2949/19 2984/14 3010/25
3027/6 3065/24 3073/11 3073/13
3073/14 3073/20 3073/22 3074/1
3086/16 3086/16 3086/23 3086/24
3087/1 3108/11 3108/19 3110/5
3110/14 3110/16 3110/18 3110/18
3110/19 3110/21 3110/22
percentages [1]  2984/22
percents [1]  2932/4
perfectly [3]  3061/10 3076/13 3123/3
performed [8]  2984/8 3010/2 3010/6
3010/9 3016/14 3016/17 3016/21
3029/4
performing [1]  3012/19
perhaps [4]  3094/21 3109/1 3125/13
3127/3
perimeter [1]  3116/2
period [60]  2925/9 2925/10 2925/20
2930/3 2935/10 2936/11 2938/1
2939/19 2943/7 2944/11 2944/15

P

period... [49]  2944/23 2950/8 2954/6
2961/25 2962/10 2963/20 2986/12
2997/1 2997/11 2997/13 2997/14
2997/15 3015/15 3024/12 3024/14
3025/1 3032/19 3050/11 3050/21
3059/7 3061/9 3066/4 3066/10 3070/3
3070/12 3073/9 3073/25 3075/12
3077/13 3089/22 3089/23 3089/25
3090/1 3090/2 3090/20 3090/20
3091/18 3092/4 3097/3 3098/10 3099/5
3099/11 3099/16 3101/8 3101/10
3101/10 3102/7 3102/8 3104/17
periods [3]  2970/22 2971/2 3024/22
permeability [2]  2959/13 2992/23
permitted [1]  3026/1
personally [6]  2936/14 2995/10 3001/25
3009/21 3095/24 3096/9
pertains [2]  3125/19 3129/14
PETITION [1]  2917/8
PETOSA [1]  2918/16
Petroleum [2]  2921/11 2921/14
Ph.D [4]  2966/25 3031/22 3032/4
3032/5
phase [61]  2951/2 2951/3 2967/25
2968/1 2970/2 2971/18 2971/19
2971/22 2973/3 2973/17 2979/22
2980/3 2980/4 2981/11 2981/13
2981/18 2981/24 2982/17 2997/23
2998/3 2998/5 2998/6 2998/15 2998/18
2998/18 2998/19 2999/1 2999/7 3005/8
3005/11 3005/16 3005/19 3005/22
3006/2 3006/5 3006/9 3006/10 3006/23
3007/20 3014/9 3014/16 3014/18
3015/7 3015/15 3015/22 3015/25
3016/3 3016/3 3016/5 3016/7 3016/8
3025/21 3026/2 3033/8 3046/16 3048/4
3049/18 3049/19 3109/13 3128/14
3128/21
Phase One [46]  2970/2 2971/18
2971/19 2971/22 2973/3 2979/22
2980/4 2981/11 2981/13 2981/18
2981/24 2997/23 2998/3 2998/5 2998/6
2998/15 2998/18 2998/18 2998/19
2999/1 2999/7 3005/8 3005/11 3005/16
3005/19 3005/22 3006/2 3006/5 3006/9
3006/10 3006/23 3014/9 3014/16
3014/18 3015/7 3015/15 3015/22
3016/3 3016/3 3016/5 3016/7 3016/8
3025/21 3026/2 3128/14 3128/21
Phase Two [1]  2980/3
phases [4]  2973/17 3045/7 3046/14
3109/15
phenomena [1]  3049/5
phrase [3]  2999/16 2999/18 3117/17
physical [6]  2948/5 2957/24 3039/17
3042/6 3058/12 3077/3
physically [2]  3011/23 3037/7
physics [15]  2924/10 3033/9 3036/2
3041/11 3041/13 3041/14 3041/20
3042/2 3049/13 3050/6 3055/15
3079/21 3080/17 3109/22 3109/23
PI [64]  2986/10 2986/11 2986/13
3013/23 3039/12 3052/4 3052/5
3052/15 3052/16 3052/19 3052/24
3059/22 3063/7 3063/11 3064/7 3064/9
3064/12 3064/14 3064/18 3064/22
3064/25 3065/24 3066/17 3066/21
3067/19 3067/24 3067/24 3068/7 3068/9
3068/11 3068/12 3068/13 3068/19
3068/22 3069/4 3069/5 3069/7 3069/14

3069/21 3072/25 3073/1 3074/9
3075/6 3078/6 3078/10 3079/8
3079/14 3079/24 3080/5 3080/6
3083/18 3083/21 3084/21 3085/15
3102/23 3103/11 3104/24 3104/25
3105/3 3105/6 3105/8
pick [1]  3036/1
picker [1]  3037/14
picture [6]  2937/9 3054/9 3054/20
3056/8 3057/16 3057/17
pictures [7]  2936/22 2961/11 3054/6
3056/12 3056/13 3056/21 3058/7
piece [9]  3036/1 3037/1 3067/25 3111/7
3111/10 3111/18 3111/18 3111/20
3114/14
pieces [3]  2960/8 2968/11 3007/4
piecewise [2]  2936/19 2938/6
pipe [82]  2949/6 2949/7 2949/9 3010/3
3010/4 3010/7 3010/10 3016/15 3018/7
3032/9 3042/5 3045/1 3045/9 3045/11
3045/24 3046/1 3046/4 3048/1 3048/22
3049/1 3053/15 3053/15 3053/17
3054/3 3054/6 3054/11 3054/13
3054/14 3054/16 3054/18 3055/1
3055/1 3055/8 3056/10 3056/14
3056/16 3057/10 3057/12 3057/14
3057/22 3057/23 3057/25 3057/25
3058/4 3058/15 3062/20 3071/2 3071/3
3071/6 3071/8 3078/17 3079/23
3079/23 3080/8 3082/13 3082/13
3113/7 3113/9 3113/11 3113/11
3113/14 3113/16 3113/17 3113/17
3113/17 3113/20 3113/22 3113/22
3113/23 3113/23 3113/23 3114/7
3114/9 3114/21 3114/21 3115/10
3115/19 3116/3 3116/4 3116/10
3117/12 3117/14
Pipe 148 [3]  3054/13 3056/10 3056/14
pipeline [1]  3033/2
pipelines [2]  3032/15 3032/20
pipes [5]  3032/8 3033/20 3037/13
3114/16 3114/21
PIPESIM [1]  3110/12
PIs [2]  3066/9 3066/15
place [10]  2926/5 2949/9 2977/12
2977/14 3024/6 3055/3 3059/19 3072/2
3117/25 3123/22
placed [2]  2977/6 3024/12
places [1]  3077/19
placing [1]  3024/13
plain [3]  2967/23 2968/9 3002/9
Plaintiffs [7]  2917/18 2917/21 2918/2
2918/6 2918/9 2918/12 2918/15
planned [1]  3118/13
planning [1]  3119/1
plastic [1]  3056/23
plasticizer [1]  3023/4
plausible [2]  2970/24 2974/9
play [2]  2928/10 3119/1
played [1]  2947/22
plays [1]  3023/9
PLC [5]  2919/19 2919/22 2920/4 2920/7
2920/11
pleadings [1]  3118/10
please [58]  2923/3 2924/22 2926/22
2928/22 2930/10 2930/11 2934/17
2939/25 2942/11 2943/3 2945/17
2945/18 2945/18 2948/15 2954/6
2954/9 2957/2 2963/7 2965/18 2966/16
2966/19 2970/15 2972/11 2973/8
2976/20 2978/18 2982/10 2984/2
2986/19 2988/7 2990/23 2991/17
2993/20 2995/12 2997/6 2998/13

3003/5 3003/7 3004/2 3007/6 3008/4
3008/11 3008/20 3012/8 3012/25
3018/4 3018/20 3018/8 3020/3
3021/6 3027/13 3030/22 3098/6
3100/25 3106/24 3108/2 3113/25
3115/4 3115/5 3117/10 3129/23
plot [1]  2992/4
plots [1]  3075/18
plotted [3]  2933/9 2933/11 2991/4
plugging [1]  2944/18
plus [9]  2943/10 2997/22 3074/1
3086/16 3086/18 3086/21 3110/5
3110/14 3110/19
point [75]  2924/12 2925/15 2925/18
2925/19 2932/5 2932/24 2932/25
2934/25 2935/3 2935/20 2939/23
2941/25 2954/15 2962/1 2963/11
2966/20 2967/9 2968/11 2972/15
2998/1 2999/21 3006/4 3010/17
3011/16 3011/17 3012/7 3014/18
3015/20 3016/9 3021/23 3022/9
3022/13 3033/25 3038/20 3040/11
3040/22 3045/9 3045/12 3047/13
3048/6 3048/10 3050/8 3050/17
3053/19 3055/8 3058/15 3065/19
3067/21 3067/21 3068/16 3070/17
3070/23 3070/25 3071/1 3071/2 3071/3
3071/7 3072/7 3072/8 3073/10 3074/6
3074/7 3075/1 3081/18 3081/19
3081/19 3089/21 3096/2 3096/23
3103/7 3104/23 3111/16 3111/17
3113/9 3125/5
pointed [4]  2937/20 3089/3 3089/10
3127/22
pointing [3]  2954/18 3103/6 3122/12
points [50]  2925/12 2925/24 2927/1
2927/4 2927/9 2927/9 2928/25 2929/8
2929/14 2929/15 2929/20 2930/15
2932/18 2932/21 2932/24 2933/9
2933/10 2933/11 2933/21 2933/22
2938/5 2938/5 2939/9 2939/23 2941/7
2941/9 2941/17 2942/6 2943/24
2944/21 2949/13 2964/16 2964/21
2990/1 2990/3 2990/5 3040/9 3052/22
3057/6 3066/11 3066/18 3068/13
3068/18 3070/14 3075/20 3075/21
3078/9 3080/20 3080/22 3082/9
Polk [1]  2921/11
Pooladi [3]  3071/13 3071/19 3107/17
pore [2]  2983/15 2984/1
pores [4]  2973/19 2982/7 3011/16
3012/1
porosity [2]  2975/25 2976/4
porous [1]  2992/16
portion [1]  3122/12
pose [2]  2999/12 3117/15
posit [3]  3011/12
position [1]  2986/20
posits [1]  3014/22
possibilities [1]  2927/20
possible [8]  2939/9 2996/24 3000/8
3000/16 3001/19 3025/11 3051/2
3053/9
possibly [1]  3056/17
post [9]  2917/23 2918/4 2918/23 2919/7
2919/15 2929/25 2932/20 2933/25
2943/14
post-erosion [4]  2929/25 2932/20
2933/25 2943/14
potential [3]  3066/9 3094/8
potentially [4]  3033/23 3050/15 3066/13
3078/16
pounds [4]  2955/4 2959/19 3095/13
3096/16

P
Poydras [4]  2919/18 2920/13 2921/12
2921/18
practical [1]  2964/23
practice [2]  2939/8 2968/16
pre [5]  2929/25 2932/19 2933/24
2943/13 3073/25
pre-erosion [2]  2933/24 2943/13
pre-May 8 [1]  3073/25
precise [2]  2956/11 3025/15
precisely [3]  2935/1 2996/22 3027/5
precision [1]  2950/13
predamaged [1]  2977/22
predict [3]  2934/8 2947/19 2958/21
predicted [1]  2959/2
predicting [2]  3020/6 3021/2
prediction [2]  2958/1 2958/4
predictions [2]  2959/9 2959/13
predictive [2]  3027/17 3028/3
predisturbance [1]  2982/4
predisturbed [3]  2981/6 2982/5 2983/18
preempt [1]  3122/25
preferred [2]  2939/24 2992/18
prejudice [1]  2927/6
prepare [6]  2988/9 3043/13 3044/18
3067/3 3084/2 3084/6
prepared [9]  2972/9 3037/19 3038/15
3043/15 3047/16 3051/13 3051/17
3079/5 3126/15
PRESCOTT [1]  2921/4
present [6]  2939/17 2955/18 2956/8
3040/1 3059/24 3124/4
presented [3]  2924/24 3082/23 3083/12
presenting [1]  3098/18
Presidential [1]  3005/3
press [1]  3002/1
pressure [102]  2928/14 2930/1 2930/6
2930/15 2930/24 2931/13 2931/19
2931/24 2933/11 2933/12 2934/1
2936/4 2937/9 2938/12 2943/6 2943/15
2943/21 2943/23 2943/25 2944/8
2944/21 2945/3 2945/6 2951/23 2952/2
2954/13 2955/17 2956/8 2966/4 2984/7
2985/3 3024/7 3025/12 3033/7 3041/18
3041/18 3041/25 3042/1 3042/6 3042/8
3042/9 3042/10 3042/10 3042/12
3042/15 3042/18 3046/13 3046/14
3046/17 3046/23 3046/23 3047/8
3047/10 3048/21 3048/23 3049/23
3050/16 3053/2 3055/16 3059/16
3059/17 3063/6 3064/4 3064/4 3065/13
3070/4 3070/11 3070/20 3070/22
3071/6 3071/7 3071/8 3071/12 3072/24
3074/25 3076/6 3076/14 3076/14
3079/13 3079/13 3080/15 3081/8
3081/18 3083/17 3083/18 3083/20
3083/24 3083/24 3086/9 3088/18
3088/19 3092/3 3100/14 3100/15
3100/17 3110/13 3110/20 3111/22
3111/23 3112/15 3112/18 3116/6
pressures [6]  3048/4 3048/9 3049/25
3063/9 3081/9 3110/21
pretty [6]  3059/15 3059/25 3071/15
3086/8 3119/20 3124/2
previous [3]  2951/25 2974/18 3061/10
previously [1]  2962/23
price [1]  3096/17
primarily [3]  2975/13 3041/21 3043/21
primary [3]  2961/13 3039/6 3044/24
prime [1]  3052/15
principal [1]  3038/18
prior [11]  2928/3 2944/22 2998/16

3002/22 3004/11 3014/16 3053/7
3062/25 3066/11 3117/39 3117/22
priori [1]  2932/23
privileged [1]  2959/10
privy [2]  3112/3 3112/3
probably [15]  2924/7 2931/20 2940/4
2964/20 3029/21 3053/20 3056/22
3058/2 3068/20 3068/20 3085/25
3093/12 3095/17 3111/13 3114/5
problem [10]  2959/8 3039/2 3043/23
3043/24 3050/25 3053/5 3080/24
3103/15 3107/25 3129/12
problems [2]  2970/10 3053/7
procedure [6]  2977/2 2983/24 2986/6
3012/22 3013/1 3013/3
procedures [1]  2978/12
proceed [2]  2965/24 2993/21
proceedings [3]  2921/24 3130/7
3130/14
process [26]  2966/21 2971/7 2971/8
2973/11 2973/17 2974/14 2975/17
2975/18 2979/9 2982/18 2985/24
3002/15 3002/16 3002/18 3011/23
3013/20 3014/2 3015/19 3024/13
3025/17 3026/25 3027/9 3030/3
3106/21 3108/13 3108/23
processes [3]  2966/15 2968/18 3002/25
Proctor [1]  2918/3
produce [5]  2945/15 3037/4 3064/3
3104/9 3111/15
produced [17]  2923/20 2935/16 2935/17
2935/18 2936/3 2958/16 2963/15
2963/16 2968/2 3017/5 3017/6 3037/3
3054/21 3104/15 3107/10 3119/17
3122/17
produces [1]  3080/16
producing [1]  3074/22
production [50]  2917/10 2919/18
2919/18 2919/24 2919/21 2920/3
2920/3 2920/6 2920/6 2920/10 2920/10
2935/14 2936/10 2936/10 2936/24
2937/1 2938/13 2958/4 2959/6 2959/22
2959/23 2959/24 2959/25 2960/6
2960/10 2960/10 2960/15 2960/15
3032/15 3032/20 3033/2 3033/16
3033/21 3033/24 3033/25 3034/1
3034/4 3034/4 3035/13 3044/25 3046/1
3047/25 3048/2 3108/14 3109/13
3113/7 3113/9 3113/14 3113/20 3117/6
productivity [15]  3012/20 3012/24
3050/15 3052/25 3053/1 3061/6 3061/7
3061/9 3061/25 3063/11 3063/21
3064/1 3064/2 3066/9 3067/10
professional [5]  3031/25 3032/2 3032/3
3032/24 3034/24
Professor [4]  3007/23 3008/20 3008/23
3014/15
Professor Member's [1]  3008/23
profile [9]  3039/12 3052/16 3067/15
3067/15 3068/19 3069/14 3072/1
3072/3 3104/14
profiles [3]  3067/4 3068/22 3069/21
program [3]  2958/2 2958/4 2958/20
progressive [1]  2940/4
prohibited [1]  2940/4
project [3]  2926/12 2926/16 2927/12
projected [1]  2926/17
projects [7]  3034/2 3034/5 3036/12
3044/11 3094/11 3094/12 3094/15
proof [3]  2927/25 2984/17 2985/23
proper [3]  3103/2 3118/13 3124/2
properly [3]  3046/21 3079/25 3119/24
properties [4]  3018/13 3050/1 3060/23

3060/25
proportion [1]  3024/36
proportional [1]  3115/23
propose [2]  3030/3 3128/24
proposition [1]  3078/3
proprietary [3]  2958/2 2958/4 3110/12
protectors [1]  3032/9
prove [1]  3121/21
proven [1]  3099/7
proves [1]  3104/23
provide [4]  2979/1 3092/2 3093/2
3111/23
provided [7]  2953/8 2977/13 2977/15
2978/15 2983/23 2985/3 3071/11
provides [6]  2969/2 2993/6 3094/8
3111/21 3111/22 3111/23
providing [5]  2982/20 2984/23 2989/10
3010/18 3011/20
psi [17]  2931/1 2931/15 2989/17
3070/25 3071/5 3071/21 3072/5
3072/10 3073/6 3073/8 3073/10
3074/24 3075/6 3088/20 3100/17
3105/1 3105/2
psig [2]  2954/12 2954/24
PT [59]  2944/4 2944/22 2944/22
2944/22 2945/1 2945/10 2945/11
3039/14 3039/16 3039/17 3053/6
3053/7 3053/8 3053/8 3059/17 3063/5
3063/16 3063/17 3066/21 3067/1
3070/2 3070/3 3070/5 3070/8 3070/11
3070/13 3070/18 3070/22 3071/11
3071/21 3072/1 3072/2 3072/11
3072/17 3072/24 3073/1 3073/5
3074/11 3074/22 3075/10 3076/5
3076/6 3076/10 3076/24 3076/14
3076/20 3076/20 3076/24 3077/12
3077/20 3078/3 3078/7 3079/13 3081/8
3081/9 3081/18 3083/18 3083/23
3085/16
PT-B [52]  2944/4 2944/22 2945/1
3053/6 3053/7 3053/8 3053/8 3059/17
3063/5 3063/16 3063/17 3066/21
3067/1 3070/2 3070/3 3070/5 3070/8
3070/11 3070/13 3070/18 3070/22
3071/11 3071/21 3072/1 3072/2
3072/11 3072/17 3072/24 3073/1
3073/5 3074/11 3074/22 3075/10
3076/5 3076/6 3076/10 3076/12
3076/14 3076/20 3076/20 3076/24
3077/12 3077/20 3078/3 3078/7
3079/13 3081/8 3081/9 3081/18
3083/18 3083/23 3085/16
PT-B data [3]  3039/14 3039/16 3039/17
PT-C [2]  2944/22 2945/10
PT-K [2]  2944/22 2945/11
published [5]  2968/20 2968/21 2968/22
3003/20 3029/5
pull [8]  3038/12 3047/19 3054/2 3056/4
3074/16 3075/16 3079/8 3081/2
pulled [2]  2954/11 3091/11
pulling [1]  2957/17
pulls [1]  2951/17
pumice [2]  3018/12 3018/17
pump [2]  2944/13 3065/18
pumped [3]  2973/13 3090/22 3091/7
pumping [1]  3056/1
pumps [2]  3065/17 3066/2
pure [3]  3067/22 3068/17 3072/12
purely [2]  3036/9 3042/11
purpose [3]  3035/10 3035/11 3094/23
purposes [8]  2940/11 2964/23 2965/12
2977/17 2982/25 3011/8 3036/10
3063/24

**P**

push [1] 3093/17
put [27] 2929/22 2934/3 2946/10
2950/23 2991/11 3014/3 3026/2
3031/16 3034/8 3044/22 3051/24
3077/12 3080/3 3084/13 3086/10
3086/12 3104/11 3120/16 3123/16
3124/8 3126/8 3126/23 3127/2 3127/10
3128/13 3128/19 3129/2
puts [1] 3039/2
putting [5] 2940/10 2946/22 3014/15
3016/4 3055/25

**Q**

quadratic [1] 3082/3
qualification [1] 3101/15
qualifications [1] 2972/20
quantified [1] 3010/20
quantify [5] 2996/8 2996/11 3027/22
3068/22 3072/15
quantitative [1] 2996/19
quantities [2] 3110/6 3110/7
quantity [1] 2992/1
question [46] 2934/14 2943/18 2948/17
2949/1 2951/25 2955/20 2957/20
2959/1 2964/13 2974/1 2974/3 2982/23
2987/6 2992/12 2992/20 2996/10
2996/22 2998/13 2999/13 2999/16
3002/17 3003/14 3003/16 3003/18
3004/4 3008/4 3011/14 3015/12
3015/13 3026/3 3026/14 3026/19
3026/20 3041/23 3045/2 3096/5 3096/8
3100/22 3101/22 3103/19 3103/21
3104/18 3104/24 3108/18 3108/23
3116/16
questioned [1] 2953/10
questioning [1] 3007/8
questions [15] 2962/25 2963/6 2963/25
2964/1 2972/1 2972/19 3005/25 3006/4
3006/9 3013/5 3013/17 3034/6 3034/7
3064/9 3096/20
quick [2] 2946/9 3016/20
quickly [6] 2925/20 2943/6 2943/15
2946/3 3074/18 3127/21
quite [2] 2969/24 2999/18
quote [2] 3128/5 3128/22

**R**

Rachel [1] 3120/13
radiant [1] 3033/1
Rafferty [1] 2918/3
raise [1] 3124/5
raised [2] 3123/20 3123/21
raising [1] 2942/17
ram [24] 2923/17 2930/1 2930/16
2931/14 2931/19 2934/22 2938/4
2938/5 2946/20 2947/3 2948/22
2961/21 2962/4 3054/12 3058/2 3058/3
3058/7 3058/8 3058/9 3058/10 3058/11
3058/17 3058/18 3058/20
ramp [1] 3025/13
rams [23] 2925/14 2925/14 2930/7
2931/24 2933/13 2935/2 2944/9 2948/8
2948/8 2948/13 2949/4 2949/4 2949/5
2949/10 2949/11 2962/6 2962/15
2962/22 2963/20 2963/20 2963/23
3037/13 3037/20
ran [2] 2931/9 3111/6
range [35] 2952/6 2953/5 2953/9
2953/12 2953/13 2953/16 2954/19
2954/23 2955/6 2955/6 2955/8 2955/21
2955/25 2956/5 2956/6 2959/21

2959/22 2959/24 2959/24 2960/9
2960/10 2960/11 2983/9 3024/14
3051/1 3051/1 3051/1 3052/20 3064/22
3069/24 3069/25 3074/8 3081/9 3097/7
3110/3
ranges [2] 2956/13 2961/1
rate [80] 2928/15 2928/17 2928/20
2932/13 2932/14 2936/10 2936/24
2937/13 2937/17 2938/13 2938/21
2947/22 2949/22 2950/9 2951/9
2951/15 2959/13 2960/6 2960/15
2960/15 2960/16 2961/19 2961/22
2962/19 2976/6 2979/10 2986/13
2986/13 2986/15 2988/1 2991/11
2996/15 2996/16 2996/19 2996/23
3010/24 3012/12 3012/13 3013/23
3014/2 3014/24 3033/7 3039/22
3044/18 3045/4 3050/8 3050/18
3073/15 3080/6 3080/18 3081/6
3081/17 3082/5 3082/6 3082/17
3087/15 3089/24 3090/1 3090/7
3090/25 3091/3 3092/3 3093/1 3097/1
3097/2 3097/5 3097/9 3099/7 3099/8
3101/11 3104/2 3104/14 3104/17
3105/7 3110/14 3110/21 3111/22
3111/23 3115/23 3116/19
rates [59] 2925/6 2945/10 2949/19
2959/23 2960/19 2961/15 2961/24
2964/8 2969/18 2971/1 2971/3 2974/6
2974/9 2974/9 2974/10 2974/16
2974/24 2975/1 2975/1 2975/10
2975/13 2983/12 2983/24 2987/20
2987/22 2987/24 2988/3 2988/4
2989/21 2989/22 2990/6 2990/12
2990/15 2990/16 2991/4 2991/6 2991/8
2991/12 2991/14 2991/23 2993/7
2995/14 2996/8 2996/11 2996/12
2999/23 3009/10 3009/20 3013/20
3023/25 3040/12 3040/12 3040/14
3040/16 3059/13 3062/12 3068/5
3080/16 3105/6
rather [9] 2968/3 2971/8 2990/13
2992/11 3013/23 3043/22 3080/6
3090/3 3122/9
ratio [6] 2955/17 2956/8 2959/19 2964/6
2964/7 2975/25
raw [3] 3075/14 3075/15 3075/18
re [3] 2917/4 2917/7 3104/10
re-created [1] 3104/10
reach [2] 2932/24 3039/7
reached [8] 2938/20 2970/11 2970/18
2971/18 2972/6 3014/6 3014/10
3038/19
reaches [1] 3045/8
reaching [1] 3043/14
react [1] 3047/8
read [13] 2946/6 3003/25 3004/6
3006/15 3006/17 3019/5 3020/8
3021/10 3022/20 3084/17 3084/20
3107/11 3126/14
reading [2] 2994/18 3076/6
ready [2] 3124/18 3125/15
real [6] 2925/13 2925/14 2964/20
2990/15 3050/25 3066/23
realistic [2] 2923/13 2937/7
reality [2] 2924/8 3011/5
really [23] 2924/18 2956/11 2959/21
2979/22 2997/12 3003/4 3025/13
3038/21 3039/24 3039/25 3040/1
3050/23 3052/10 3060/8 3063/17
3080/15 3083/5 3083/25 3089/14
3093/13 3113/22 3119/14 3120/22
reamer [1] 2976/18

reason [12] 2926/17 2945/8 2960/8
2979/11 2986/22 3024/17 3058/15
3108/19 3109/24 3120/9 3124/24
3127/12
reasonable [13] 2924/3 2979/14
2980/23 2981/22 2981/22 2985/16
3038/23 3052/5 3088/1 3123/17
3123/18 3125/14 3126/21
reasonably [2] 2978/15 2979/3
reasons [3] 2929/4 3087/2 3101/21
rebuttal [14] 3084/9 3084/16 3085/3
3089/2 3089/3 3092/21 3118/13
3119/18 3119/24 3120/11 3121/2
3123/15 3124/3 3124/20
rebutting [1] 3121/14
recall [20] 2928/25 2941/18 2951/4
2953/24 2958/10 2964/1 2987/15
2994/4 3001/4 3005/8 3011/2 3012/8
3012/21 3019/21 3019/23 3022/23
3029/6 3029/19 3086/10 3087/17
recalling [1] 3029/23
recess [2] 2993/17 2993/19
recognize [2] 3061/13 3063/17
recognized [1] 3088/10
recognizes [1] 3088/11
recollection [1] 3125/10
reconstructed [1] 2941/21
record [15] 2957/6 2965/18 2984/19
3005/16 3005/20 3005/22 3006/5
3006/9 3006/11 3006/23 3016/3 3016/7
3030/22 3128/13 3130/14
recorded [1] 2921/24
records [4] 2980/11 2998/18 3051/15
3051/19
recovered [5] 3037/8 3037/12 3056/11
3056/24 3057/3
recreated [1] 3037/4
red [14] 2937/4 2938/7 2938/17 2941/8
3056/9 3067/16 3072/1 3072/6 3072/9
3081/11 3081/13 3081/14 3081/24
3082/1
redacted [4] 3013/9 3122/1 3122/2
3122/4
redactions [3] 3122/22 3123/22 3124/9
redirect [5] 2963/1 2963/3 3030/9
3127/2 3128/6
redo [1] 2971/19
reduces [3] 3069/8 3069/9 3069/11
reduction [1] 2930/6
refer [5] 2947/6 2979/17 3023/8 3024/19
3055/22
reference [8] 2991/9 2991/11 3000/4
3008/8 3017/21 3021/8 3023/18
3053/12
referenced [2] 3128/12 3129/22
references [6] 2974/19 2990/2 2990/10
3017/18 3018/13 3019/1
referencing [2] 2995/23 3128/5
referred [8] 2924/8 2944/4 2990/25
2998/1 3056/10 3058/6 3088/4 3117/3
referring [14] 2951/11 2960/21 2978/21
2991/1 3015/7 3033/19 3033/22
3045/21 3046/7 3052/25 3053/16
3071/18 3080/19 3122/15
refers [3] 3012/13 3046/8 3122/7
reflect [8] 2936/2 2936/9 2937/6 2947/3
2988/9 3011/5 3078/3 3078/7
reflected [5] 2934/23 2976/4 2992/3
3076/20 3077/20
reflecting [1] 3076/10
reflects [5] 2935/21 2984/15 3053/9
3076/15 3076/19
Refresh [1] 3125/10

refuse [1] 2956/10
REGAN [4] 2919/22 3031/3 3097/13
3107/11
regarding [5] 2957/21 2972/18 2972/19
2973/3 2975/2 2979/19 2980/22 2989/1
3004/12 3005/1 3006/12 3007/13
3010/23 3011/6 3011/14 3013/6 3015/6
3023/10 3026/6 3118/18 3119/3 3125/2
regardless [1] 3065/2
regime [9] 3046/16 3048/11 3048/11
3048/12 3048/13 3049/22 3082/5
3111/24 3112/9
regimes [5] 3045/8 3049/22 3112/7
3112/13 3112/17
regression [1] 3061/23
regularly [1] 3040/23
rehabilitation [1] 2967/1
reinforced [2] 2967/19 2995/24
relate [3] 3017/21 3042/19 3049/16
related [6] 2969/24 2974/23 2974/25
2975/10 2984/12 3013/23
relates [4] 2971/4 2981/10 2989/7
3008/16
relating [2] 2985/19 3125/3
relationships [1] 2983/22
relative [2] 2931/23 2943/6
relatively [1] 2951/14
release [12] 3002/1 3038/23 3060/14
3063/4 3073/9 3073/10 3073/21
3073/23 3075/1 3075/7 3084/3 3087/9
released [1] 3051/4
relevant [2] 2945/13 2949/21
reliable [7] 3037/1 3050/21 3085/12
3089/19 3091/9 3101/24 3112/6
relied [9] 2929/3 2933/15 2935/15
2936/5 2957/21 2959/5 2963/14
3121/17 3127/25
relies [1] 3099/6
reluctant [1] 2939/12
rely [2] 2959/12 3005/2 3007/4 3112/24
3126/20
relying [3] 3039/14 3101/19 3101/19
remain [1] 3064/9
remainder [1] 2963/16
remained [1] 2979/3
remaining [1] 3001/19
remember [16] 2925/2 2925/4 2930/22
2952/10 2953/23 2954/7 2959/23
3015/24 3019/20 3019/22 3029/2
3057/22 3115/12 3125/12 3125/16
3125/17
remind [2] 2924/13 3126/10
reminded [1] 3114/24
removal [1] 2949/18
remove [1] 2973/23
removed [3] 3010/14 3070/14 3122/8
render [1] 2981/20
rendering [1] 2929/21
repeat [12] 2934/10 2934/14 2974/3
2992/10 2998/13 3004/2 3004/4 3008/4
3016/20 3023/9 3100/22 3101/24
repeatable [2] 3068/2 3068/5
repeated [1] 3098/20
rephrase [1] 2957/2
replaced [1] 2952/21
replicate [3] 3027/3 3103/22
replicated [1] 3104/14
replicates [1] 3018/2
replicating [2] 3027/9 3104/18
replying [1] 2978/10
report [160] 2923/16 2924/24 2928/3

2929/24 2938/3 2938/16 2940/2 2940/4
2940/6 2940/8 2941/2 2941/20 2941/21
2941/22 2951/1 2954/2 2964/10 2970/3
2970/4 2971/5 2971/24 2971/24 2972/9
2972/13 2972/25 2976/22 2978/11
2978/13 2978/13 2978/21 2979/6
2979/7 2979/8 2980/14 2982/12
2983/21 2983/23 2984/5 2984/16
2985/12 2985/21 2986/10 2986/18
2986/21 2987/5 2988/18 2989/10
2991/1 2991/2 2994/5 2994/11 2994/16
2994/20 2995/24 2997/4 2998/16
2999/25 3000/3 3000/7 3005/1 3005/2
3005/4 3005/11 3005/18 3006/12
3007/3 3008/23 3009/1 3009/24
3010/23 3011/2 3012/1 3012/5 3012/8
3013/9 3013/12 3013/14 3014/21
3015/15 3017/3 3017/4 3017/6 3017/16
3017/19 3017/21 3018/14 3019/1
3020/10 3020/24 3021/8 3021/15
3023/17 3023/18 3026/10 3026/12
3033/12 3037/19 3037/25 3038/10
3038/16 3052/18 3054/10 3054/21
3061/16 3064/16 3064/17 3064/21
3066/3 3067/3 3071/23 3071/25
3074/19 3075/18 3075/19 3076/12
3077/16 3077/22 3077/24 3081/3
3084/9 3084/16 3085/3 3085/9 3086/12
3087/6 3087/15 3089/2 3089/3 3090/17
3091/21 3092/21 3097/18 3097/22
3097/25 3098/2 3100/3 3111/4 3114/3
3122/5 3122/8 3122/12 3122/13
3123/11 3123/14 3123/14 3126/3
3126/9 3126/18 3126/19 3126/20
3126/24 3127/3 3127/7 3127/11
3127/13 3127/14 3127/16 3128/1
3128/8 3128/11
reported [1] 2986/9
Reporter [3] 2921/18 3130/11 3130/19
reports [20] 2944/5 2969/19 2970/2
2970/3 2980/10 2985/5 2985/7 2993/5
2996/17 3000/1 3005/8 3006/2 3008/10
3036/18 3036/20 3120/3 3122/1 3122/3
3122/4 3124/7
represent [8] 2983/5 3015/16 3044/17
3062/15 3062/18 3062/21 3076/7
3081/16
representative [2] 2952/13 2983/8
represented [10] 2952/23 2957/19
3020/23 3045/6 3048/7 3052/8 3055/1
3061/19 3068/8 3113/8
representing [1] 3049/17
represents [5] 3072/9 3073/12 3076/8
3081/17 3095/19
request [2] 3008/22 3013/8
requested [1] 3004/23
require [2] 3045/14 3070/8
required [11] 2971/1 2974/7 2983/12
2988/3 2990/6 2990/16 2991/14
2996/12 2996/16 3010/14 3010/22
requirements [1] 2975/2
research [9] 2966/11 2968/14 2968/17
2969/7 2990/9 3004/12 3032/7 3032/12
3033/1
researchers [2] 2975/6 2975/9
reservoir [39] 2948/19 2948/21 2948/25
2949/15 2950/16 2973/16 2978/6
2979/2 2984/17 3012/21 3012/24
3033/22 3041/23 3041/25 3045/3
3045/4 3046/24 3046/25 3047/12
3048/3 3053/2 3053/3 3055/17 3055/18
3059/16 3063/6 3063/15 3064/3 3064/4
3064/5 3065/15 3065/15 3076/10

3078/12 3078/14 3079/13 3083/17
3084/18 3091/3
resistance [17] 2948/20 2975/22
2975/23 2976/1 2985/3 2992/24 2993/2
3008/11 3010/15 3010/18 3010/21
3023/10 3023/11 3023/12 3023/22
3027/18 3091/8
resistances [12] 2947/25 2948/2 2949/14
2950/11 3091/16
resistant [1] 2975/8
resolve [3] 3059/19 3059/23 3129/14
Resources [1] 2919/10
respect [11] 2953/23 2979/7 2985/15
2986/19 2987/12 3061/5 3086/5 3086/7
3088/2 3090/14 3109/2
respond [4] 2969/19 2978/24 3120/11
3124/13
responded [3] 2979/8 3003/16 3119/10
responding [5] 2979/5 2979/6 2979/11
3120/18 3120/19
response [12] 2943/22 2949/17 2953/18
2953/21 2999/25 3088/10 3094/17
3094/23 3095/4 3095/6 3119/11 3128/4
responsible [1] 2969/9
responsive [2] 3013/13 3014/20
rest [4] 3054/14 3065/7 3065/7 3124/18
restate [1] 2941/5
restriction [5] 2950/22 2979/2 2984/23
3055/13 3055/13 3056/3 3058/21
3066/20 3090/18
restrictions [10] 2949/7 2949/24 2950/2
2950/3 2950/8 2963/19 2963/23 3000/8
3000/17 3057/8
restrictive [1] 3046/1
result [7] 2971/7 2973/11 2984/9
3010/21 3092/6 3092/6 3092/10
resulted [2] 3012/11 3015/22
results [29] 2923/13 2925/1 2926/20
2926/25 2930/14 2930/16 2931/22
2938/25 2941/3 2945/15 2947/2
2951/23 2956/19 2990/1 3007/1 3007/3
3013/20 3017/20 3024/11 3025/9
3026/5 3026/6 3029/5 3073/8 3081/25
3082/2 3100/9 3100/9 3103/6
resume [1] 3118/1
retained [6] 2969/13 3001/15 3003/25
3004/7 3031/11 3031/12
retread [1] 2981/12
retry [3] 2980/2 3007/18 3016/10
revenue [2] 3095/20 3095/23
reversal [1] 3080/23
review [20] 2969/22 2970/11 2971/24
2974/15 2975/11 2993/4 2997/23
2998/15 2998/21 3003/23 3004/5
3005/21 3036/24 3038/18 3051/14
3051/18 3060/13 3075/11 3078/24
3092/25
reviewed [25] 2954/6 2968/22 2969/23
2970/1 2970/2 2970/3 2970/4 2970/5
2974/13 2974/19 2975/4 2979/13
2985/6 2985/9 2986/23 2987/11
2987/11 2990/2 2991/10 2998/18
3005/6 3005/19 3006/1 3006/10 3066/4
reviewing [1] 2974/20
revised [1] 3089/12
revolves [1] 3035/8
rewrite [1] 3016/7
RICHARD [2] 2919/14 2921/8
Richeson [1] 2921/11
ridiculously [1] 2960/4
RIG [1] 2917/4
right [266]
right-hand [5] 3045/16 3047/23 3114/10

**R**

right-hand... [2]  3114/12 3115/5
rigorous [4]  3045/14 3049/8 3050/17
3102/20
rise [2]  2993/18 3130/6
riser [16]  2948/9 2948/24 2949/18
2949/23 2950/8 2950/15 2950/23
2957/15 2961/9 2961/16 2962/3
2962/13 3068/1 3068/1 3068/3 3076/9
risers [1]  3032/8
river [1]  3022/25
ROBERT [2]  2920/6 2920/10
ROBERTS [1]  2920/16
ROBIN [1]  2918/10
rock [1]  2967/20
Roegiers [6]  3120/4 3120/5 3120/6
3120/17 3122/5 3122/11
Roegiers' [3]  3122/8 3122/13 3123/14
Rogers [1]  3120/4
role [5]  2947/22 2969/6 2969/7 3023/9
3034/3
room [2]  2921/18 3024/4
Rouge [1]  2918/24
roughly [2]  2970/22 2977/5
row [2]  2931/1 3073/7
Roy [2]  2917/21 2917/22
rule [5]  3077/2 3124/6 3127/4 3128/14
3129/20
ruled [2]  2971/21 3129/7
rulings [2]  3119/13 3119/22
run [7]  2930/8 2939/19 2960/24 3110/24
3110/25 3111/1 3111/4
running [1]  3081/20
runs [4]  2930/5 2988/22 3111/3 3111/4

**S**

safe [1]  2962/21
said [59]  2924/20 2925/18 2927/11
2928/10 2933/12 2935/12 2935/16
2940/12 2940/23 2941/5 2944/25
2950/4 2955/19 2958/22 2959/5 2959/9
2960/5 2976/4 2979/24 2981/1 2984/16
2984/19 2984/19 2991/9 2994/15
2995/19 2998/19 3001/1 3005/21
3006/14 3011/16 3024/5 3028/8
3028/12 3040/14 3040/16 3044/8
3048/22 3061/8 3070/3 3087/19
3090/10 3099/25 3101/21 3101/24
3102/12 3110/15 3111/10 3112/11
3121/5 3125/13 3126/15 3126/19
3126/24 3127/7 3127/14 3128/1
3128/17 3128/17
sake [1]  3010/13
same [57]  2926/5 2935/10 2935/14
2935/14 2935/24 2938/20 2939/10
2941/13 2942/17 2943/18 2960/18
2962/7 2962/7 2962/8 2962/11 2962/11
2962/12 2962/12 2962/16 2962/16
2962/19 2964/6 2964/7 2964/25
2978/11 2978/12 2979/11 2998/4
3002/17 3010/5 3011/21 3017/13
3020/24 3028/25 3042/22 3043/2
3062/11 3062/22 3071/15 3072/5
3073/3 3082/3 3083/4 3083/16 3083/21
3083/21 3083/24 3097/8 3097/11
3097/11 3098/21 3098/22 3098/24
3102/23 3102/24 3104/16 3107/24
sample [5]  3056/20 3105/19 3106/13
3106/14 3106/16
samples [1]  3008/8
sand [47]  2935/14 2935/16 2935/16
2936/3 2936/6 2936/9 2936/10 2936/24

2937/1 2938/12 2958/1 2958/4 2958/13
2958/24 2958/24 2958/24 2959/13
2959/18 2959/19 2959/22 2959/24
2960/2 2960/4 2960/6 2960/10 2960/11
2960/14 2960/18 2960/25 2961/4
2962/8 2962/12 2963/15 2973/16
2995/16 3009/10 3009/12 3009/20
3009/24 3021/9 3022/25 3027/10
3027/19 3028/10 3028/12 3028/19
3029/25
sanding [2]  2957/22 2958/21
SARAH [1]  2919/15
saw [11]  2930/20 2931/13 2945/16
2957/24 3008/19 3037/17 3049/16
3082/11 3087/5 3091/11 3091/21
say [62]  2925/10 2925/11 2925/22
2929/24 2933/24 2947/12 2948/12
2950/4 2950/14 2950/19 2951/1 2952/1
2956/7 2956/19 2962/21 2978/2 2989/9
2992/9 2995/14 2997/3 2997/14
3005/22 3021/15 3028/1 3028/3
3034/20 3035/16 3040/17 3043/19
3046/8 3047/4 3049/2 3050/3 3053/10
3056/14 3056/20 3057/12 3061/21
3064/5 3068/6 3076/17 3076/19 3078/7
3078/13 3080/6 3083/7 3084/18
3090/12 3095/7 3097/25 3100/3
3100/12 3100/16 3101/6 3101/17
3106/13 3109/19 3110/18 3112/5
3112/24 3121/13 3122/24
saying [18]  2941/18 2956/18 2962/19
2962/20 2962/21 2967/13 2982/22
2982/24 2982/25 3006/18 3065/3
3066/6 3080/8 3084/24 3122/14
3122/15 3127/25 3128/23
says [17]  2946/6 2994/25 3020/5 3065/2
3065/23 3066/1 3073/18 3075/24
3077/16 3084/20 3084/21 3088/21
3097/22 3107/11 3121/25 3122/10
3128/22
scale [2]  2989/20 3013/25
scaling [2]  3012/20 3012/24
scenario [5]  2971/9 2991/7 3014/3
3021/15 3027/8
scenarios [4]  2974/23 2974/25 3009/18
3025/10
Schell [1]  2921/11
schematic [3]  3044/23 3047/24 3047/24
scheme [1]  2937/8
Schlumberger [3]  3105/19 3106/14
3111/13
science [2]  3024/1 3110/17
scientific [16]  2970/5 2970/25 2974/10
2974/11 2974/13 2974/19 2975/4
2975/12 2985/20 2985/23 2986/20
2987/21 2987/23 2993/4 2993/6 2993/9
scientifically [1]  2970/20
scope [4]  2999/25 3001/9 3096/2
3118/13
SCOTT [3]  2919/12 2971/14 2993/22
screen [5]  2940/10 2954/15 2954/19
2972/5 3037/24
screenshot [1]  3114/13
se [2]  2957/20 3107/24
seal [1]  3088/14
SEAN [1]  2921/5
seated [2]  2923/3 2993/20
second [18]  2939/13 2963/11 2971/4
2971/12 2971/15 2971/23 2975/8
2975/22 2977/21 2981/5 2995/19
2998/8 3064/3 3067/21 3070/1 3070/14
3092/1 3115/15
secondary [2]  2967/24 2968/1

seconds [3]  2930/25 2931/5 2931/6
section [4]  2984/17 2984/22 2984/11
2986/4 3011/18 3011/19 3011/21
3020/2 3027/13 3048/22 3054/11
3077/24
sectional [7]  3046/2 3115/22 3116/1
3116/3 3116/8 3116/18 3117/5
see [76]  2923/21 2924/5 2927/13
2927/21 2930/18 2932/24 2933/1
2933/21 2936/8 2936/8 2936/17 2937/4
2938/15 2941/16 2942/15 2943/3
2946/2 2946/2 2946/3 2946/17 2952/1
2954/19 2958/8 2960/1 2962/13
2966/16 2970/15 2971/25 2972/11
2976/19 2978/17 2980/12 2982/10
2984/2 2985/2 2985/20 2985/23 2986/1
2986/19 2987/1 2988/7 2989/21
2990/14 2990/23 2994/24 3019/9
3044/16 3047/17 3048/1 3048/7
3048/19 3048/25 3050/2 3054/14
3056/8 3058/1 3058/1 3058/9 3058/12
3071/10 3071/20 3073/7 3075/2
3076/24 3077/14 3079/10 3082/3
3085/9 3087/14 3091/4 3093/16
3099/21 3115/12 3119/12 3127/12
3130/5
seeing [5]  2929/19 2962/12 3056/6
3089/1 3103/23
seem [3]  2957/11 3053/20 3120/6
seemed [1]  2974/17
seems [5]  2925/3 2931/7 2974/9 3120/2
3121/7
seen [16]  2926/13 2930/22 2942/19
2943/9 2943/12 2958/6 2986/22
2988/23 2993/5 2993/9 3067/23
3074/20 3097/2 3097/7 3098/8 3107/14
segment [1]  3129/14
segments [2]  3118/21 3119/1
sense [3]  2940/19 2948/6 2953/7
sensible [1]  3125/5
sensitive [3]  2928/17 2964/4 2964/9
sensitivity [1]  3081/8
sentence [5]  3001/22 3084/13 3126/23
3127/1 3127/11
sentences [3]  3000/12 3127/3 3127/6
separately [2]  2948/7 3123/8
separation [1]  3106/21
September [3]  2989/3 3037/9 3055/4
September 27 [1]  2989/3
sequence [1]  2964/21
series [3]  3061/24 3107/3
services [3]  2921/3 2921/8 2969/3
session [3]  2917/14 2923/1 2935/13
set [33]  2927/19 2953/25 2970/20
2977/20 2977/24 2978/1 2978/2 2978/6
2978/9 2978/25 2979/15 2979/20
2979/24 2980/3 2980/25 2981/17
2981/17 2981/19 2981/24 2981/24
2996/9 2996/25 3000/20 3006/19
3007/19 3007/20 3010/13 3026/1
3032/17 3032/17 3039/7 3061/8
3061/13
several [2]  2944/6 3118/11
shallow [2]  3020/20 3034/10
shape [4]  2964/19 2985/17 3088/15
3088/15
shapes [2]  3056/1 3056/15
shares [2]  3096/10 3096/15
sharpen [1]  2945/21
she [4]  2940/11 3007/9 3122/25
3129/18
She's [1]  3129/18
shear [33]  2923/17 2925/14 2925/14

S

shear... [30] 2930/1 2930/7 2930/16
2931/14 2931/19 2931/24 2933/13
2934/22 2935/2 2938/4 2938/5 2944/9
2946/20 2947/3 2948/8 2948/8 2948/12
2948/21 2949/4 2949/10 2949/10
2961/21 2962/14 2962/6 2962/15
2962/22 3054/12 3058/9 3058/17
3058/18
shelf [1] 3035/24
ship [1] 3098/12
ships [1] 3106/11
shoe [17] 2976/17 2976/18 2977/1
2977/8 2977/11 3000/14 3000/20
3000/23 3000/24 3001/2 3001/8 3011/5
3011/6 3011/10 3011/13 3017/10
3025/6
shoot [1] 2932/6
short [4] 2962/13 2964/9 3101/10
3118/18
Shot [14] 2944/11 2944/13 2944/19
3037/17 3055/21 3056/13 3056/23
3057/2 3057/8 3057/10 3057/13 3058/6
3058/9 3058/19
Shots [2] 3055/25 3078/17
should [25] 2925/22 2925/23 2927/7
2929/5 2932/9 2934/12 2934/13
2939/13 2953/16 2955/24 2995/19
3039/12 3043/19 3074/6 3076/2 3080/6
3086/25 3099/10 3109/6 3119/15
3119/17 3120/7 3121/6 3123/22
3129/17
shouldn't [1] 2998/5
show [7] 2923/16 2942/21 2999/1
3056/12 3063/24 3082/11 3083/6
showed [7] 2930/23 2964/21 2998/25
3013/14 3023/23 3057/22 3058/7
showing [2] 2929/8 3063/17
shown [3] 3061/24 3074/1 3075/23
shows [10] 2950/9 2967/8 2990/4
2990/11 3052/10 3052/11 3067/3
3067/10 3079/12 3099/19
shrift [1] 3118/18
Shushan [4] 2971/21 2979/21 3119/14
3122/6
Shushan's [3] 2979/23 3121/23 3123/11
shut [2] 3065/18 3066/2
shutdown [1] 3065/17
side [16] 2973/20 2990/14 2992/20
3022/12 3032/13 3045/13 3045/16
3047/23 3049/12 3054/19 3054/20
3079/10 3079/12 3114/2 3114/10
3114/12
sidewall [1] 3122/18
significant [7] 2979/1 2981/18 3039/22
3094/2 3094/5 3096/9 3096/11
silica [12] 2992/21 3028/12 3028/14
3028/15 3028/15 3028/17 3028/19
3028/21 3028/24 3029/3 3029/15
3029/23
similar [11] 2927/10 2930/23 2962/16
2990/11 3002/10 3003/13 3040/9
3071/13 3071/14 3082/8 3113/18
similarly [3] 2992/6 3040/3 3071/11
simple [6] 2938/2 2955/22 2958/11
2977/2 3046/4 3082/3
simpler [1] 2942/25
simplest [3] 2927/13 2928/12 2939/9
simplifying [1] 3011/22
simply [6] 2929/8 2979/24 2999/21
3039/3 3101/22 3103/21
simulated [1] 2934/8

simulating [1] 2947/12
simulation [25] 2927/22 2927/25 2926/9
2926/9 2930/9 2930/14 3065/10
3110/11 3110/16 3111/14
simulations [14] 2923/10 2923/12
2923/16 2923/21 2925/3 2925/25
2932/2 2934/6 2939/18 2939/19 2953/1
2964/9 2964/14 3046/5
simulator [3] 3035/4 3035/23 3036/5
simultaneously [2] 3042/24 3043/5
since [8] 2997/23 3029/6 3033/1 3036/6
3036/13 3067/11 3094/2 3111/2
SINCLAIR [1] 2918/19
single [21] 2936/12 2936/24 2937/24
2951/3 2952/25 2957/16 2976/2 3011/4
3011/9 3011/15 3033/8 3033/24 3034/9
3048/4 3049/18 3050/8 3103/9 3103/10
3103/10 3106/20 3108/5
single-phase [1] 3033/8
single-stage [2] 3106/20 3108/5
sips [1] 3123/10
sir [7] 2963/2 2965/6 2994/21 3030/11
3068/25 3095/5 3118/8
site [1] 3094/9
sitting [3] 3055/1 3056/10 3056/21
situated [2] 2968/9 2969/1
situation [8] 2927/10 2933/2 2939/24
2982/16 3020/14 3020/21 3025/11
3027/7
situations [3] 2924/8 2936/23 3020/18
six [2] 3043/19 3043/20
size [3] 2975/21 2976/1 3022/2
sizeable [1] 2984/23
sizes [5] 2968/2 3018/1 3045/23
3055/25 3056/15
skip [1] 3013/8
skirt [23] 3088/4 3088/6 3088/12
3088/20 3088/23 3089/13 3098/16
3099/18 3099/20 3099/22 3099/24
3100/4 3100/5 3100/10 3100/13
3100/18 3100/19 3101/2 3101/4
3101/13 3101/15 3101/23 3101/24
slabs [3] 3022/14 3022/17 3026/25
sleep [1] 3118/20
slept [2] 3118/20 3118/22
slide [9] 2936/14 2936/16 2972/5 3040/8
3044/22 3054/21 3079/12 3107/24
3117/17
slight [2] 2935/8 2935/20
slightly [6] 2935/4 2936/7 2937/2 2942/3
3105/5 3105/6
slip [1] 3042/13
slope [28] 2928/14 2928/19 2929/19
2932/3 2932/16 2932/19 2932/23
2933/1 2933/4 2933/5 2933/22 2933/24
2934/6 2934/8 2935/6 2935/10 2935/12
2935/14 2935/24 2936/4 2936/9
2936/12 2936/18 2936/18 2937/11
2937/14 2937/21 2937/24
slower [1] 2932/14
slowly [2] 2924/6 2925/20
slugging [3] 3068/1 3068/2 3068/3
slurry [15] 2973/12 2973/12 2973/13
2973/14 2975/15 2992/10 2993/1
2995/16 3004/20 3004/22 3009/11
3018/4 3022/6 3023/20 3027/9
small [21] 2924/2 2935/18 2935/22
2936/9 2936/13 2938/20 2946/24
2951/14 2960/4 2968/3 2968/8 2968/11
2992/12 2997/21 2997/21 3002/10
3029/18 3029/23 3056/20 3094/15
3100/16
smaller [1] 3035/22

SMITH [1] 2921/4
so [239]
so-called [3] 2988/16 3014/4 3119/18
software [20] 2921/25 2959/8 3031/9
3035/2 3035/11 3035/15 3036/2 3037/1
3079/18 3111/7 3111/11 3111/12
3111/13 3111/14 3111/17 3111/18
3112/2 3112/2 3112/8 3112/25
soil [1] 2967/20
Soileau [1] 2918/12
sold [1] 3111/25
solely [2] 2999/25 3000/23
solid [10] 2967/24 2973/15 2975/20
2975/21 3072/1 3081/23 3081/24
3081/25 3082/1 3082/1
solidified [1] 2967/25
solution [3] 2924/4 2924/9 3046/15
some [88] 2931/20 2934/13 2940/16
2941/6 2944/2 2944/18 2950/25
2951/14 2956/3 2956/23 2958/10
2960/4 2962/20 2963/25 2964/19
2969/24 2974/13 2988/5 3001/11
3006/11 3007/1 3010/17 3010/17
3016/17 3016/17 3016/21 3016/21
3017/24 3017/25 3022/3 3027/10
3032/9 3033/24 3034/12 3034/12
3035/13 3035/22 3036/2 3037/2 3039/7
3039/20 3040/4 3040/20 3042/16
3047/13 3051/13 3051/17 3053/4
3053/13 3053/19 3054/6 3054/15
3054/16 3055/8 3056/22 3058/9
3058/15 3060/9 3066/12 3067/4 3068/4
3068/14 3070/6 3070/14 3074/20
3075/14 3075/21 3075/22 3077/19
3085/23 3088/15 3088/22 3090/15
3096/20 3097/6 3098/12 3098/14
3098/16 3099/17 3119/13 3120/2
3120/3 3120/3 3120/9 3125/2 3125/2
3126/5 3127/4
somebody [2] 3107/22 3117/18
somehow [1] 2968/8
someone [2] 3056/25 3058/13
something [37] 2924/5 2924/18 2926/18
2927/15 2927/21 2927/22 2928/8
2933/15 2939/4 2939/13 2940/18
2941/25 2943/12 2947/12 2947/18
2953/10 2956/23 2958/25 2960/2
2960/24 2986/17 3006/15 3015/19
3026/10 3036/9 3040/24 3041/2 3052/2
3052/11 3074/10 3091/13 3095/18
3099/15 3101/13 3107/11 3122/24
3129/13
sometimes [4] 3033/8 3033/9 3034/20
3048/15
somewhere [5] 2923/24 2932/6 2938/23
3052/20 3052/20
sorry [21] 2930/11 2949/25 2953/14
2953/20 2954/15 2987/11 2995/5
3004/10 3008/2 3016/20 3022/16
3024/10 3043/25 3056/19 3062/10
3070/24 3090/19 3100/22 3103/20
3109/11 3118/2
sort [12] 2998/9 3032/10 3036/13
3040/25 3046/5 3052/21 3059/9
3077/19 3102/2 3109/25 3111/20
3114/19
sorts [5] 2939/5 2939/5 3035/18 3052/7
3078/18
sound [1] 3011/23
sounds [5] 2930/4 2952/9 2957/5
2980/24 3007/7
source [4] 3107/8 3112/3 3112/4 3112/5

Case 2:10-md-02179-CJB-DPC Document 14737 Filed 06/30/15 Page 248 of 255

sources [2]  3025/9 3114/17
South [3]  2918/4 2918/12 2920/3
space [2]  3045/25 3058/8
Speak [1]  3107/19
speaking [2]  2975/5 3097/13
special [1]  3000/13
specialist [1]  2965/2
specializing [1]  3031/21
specific [12]  2972/20 3011/25 3017/8
  3021/15 3039/7 3040/4 3060/9 3085/23
  3087/12 3095/9 3096/8 3111/3
specifically [13]  2961/11 2968/18
  2968/25 2976/23 2976/11 2976/11
  2978/23 2986/21 3000/10 3000/12
  3013/13 3014/20 3122/7
speculate [5]  2956/7 2956/10 2956/11
  2956/15 2956/16
speed [6]  2973/18 2973/19 2975/19
  2995/15 3018/4 3020/25
speeding [1]  3046/16
spelled [1]  3030/24
spelling [2]  2965/18 3030/22
spent [2]  2981/12 3032/6
Sperry [2]  3070/23 3072/7
Sperry-Sun [2]  3070/23 3072/7
SPILL [3]  2917/4 3001/18 3005/3
spilling [1]  3021/21
spillway [1]  3021/21
splits [1]  3045/11
splitting [2]  3027/16 3027/22
spoken [1]  2968/10
sponsored [1]  2929/3
sponsoring [1]  3123/16
spot [2]  2941/16 2946/23
spreadsheet [7]  3092/1 3092/2 3103/2
  3104/10 3104/10 3104/12 3104/13
spreadsheets [5]  3037/2 3037/4 3107/2
  3107/14 3107/21
SRDJAN [1]  2923/6
stack [8]  3037/14 3059/6 3059/12
  3059/13 3061/8 3097/3 3101/11
  3104/17
stage [3]  3034/5 3106/20 3108/5
stages [2]  3034/20 3108/15
stake [1]  3095/24
standalone [1]  3111/20
standard [11]  2964/16 2964/18 2964/20
  3012/14 3043/7 3043/10 3043/22
  3046/9 3049/7 3105/2 3108/12
standards [1]  2964/25
standpoint [1]  3056/25
start [14]  2932/5 2935/2 2973/8 2978/8
  3035/24 3036/1 3041/1 3041/1 3048/9
  3070/22 3073/6 3085/7 3093/15
  3102/10
started [6]  2931/16 2944/18 2974/20
  3006/5 3025/25 3093/25
starting [9]  2925/18 2968/2 3020/20
  3072/9 3072/23 3073/8 3073/10
  3074/24 3075/6
starts [3]  2982/25 3048/3 3048/5
state [17]  2918/22 2919/2 2934/12
  2934/12 2934/15 2954/4 2965/17
  2999/1 3030/21 3040/7 3047/7 3062/24
  3086/21 3097/20 3105/16 3111/16
  3126/5
stated [2]  2985/6 3007/18
statement [7]  2949/20 2950/21 2962/24
  3077/9 3085/8 3085/8 3098/2
statements [4]  2958/11 3123/14
  3123/17 3123/25

STATES [16]  2917/1 2917/10 2917/15
  2919/6 2918/24 3027/22 3028/3 3028/24
  3031/25 3071/11 3093/9 3093/21
  3107/10 3120/14 3123/13 3130/11
States' [3]  2918/18 3123/7 3123/23
stating [4]  2998/24 2999/10 2999/11
  3119/20
Statoil [1]  3035/17
status [3]  2976/8 2976/11 2978/14
stayed [3]  3055/12 3085/17 3085/19
steady [1]  3111/16
steady-state [1]  3111/16
steel [6]  2994/12 2994/25 2995/24
  2996/2 2996/3 2996/4
steep [2]  2933/23 2937/4
steeper [1]  2929/19
stenography [1]  2921/24
step [5]  2942/25 3035/6 3065/21 3066/1
  3118/7
STEPHEN [2]  2917/19 2919/7
stepwise [1]  3013/24
STEVEN [2]  2919/11 2920/16
stick [1]  2954/8
still [18]  2939/22 2962/23 2964/6 2964/7
  2984/23 2984/24 2985/3 2990/14
  3056/17 3066/20 3069/18 3069/19
  3100/5 3100/20 3102/6 3104/22
  3104/23 3123/10
stock [7]  3012/16 3012/17 3096/9
  3096/15 3096/17 3104/2 3110/9
stop [3]  3115/1 3117/25 3117/25
stopped [3]  2924/11 2926/9 3055/5
story [1]  2962/13
straight [35]  2925/23 2926/1 2926/2
  2926/7 2926/8 2926/10 2926/17
  2926/17 2927/7 2927/11 2927/13
  2927/16 2927/21 2927/22 2927/24
  2928/1 2928/2 2928/6 2928/9 2928/13
  2932/9 2932/22 2934/13 2935/3 2936/8
  2936/25 2937/23 2938/7 2941/24
  2964/23 3068/15 3068/20 3070/16
  3070/17 3072/10
straightens [1]  2937/5
strange [1]  2924/5
Strangely [1]  2947/10
Street [16]  2917/23 2918/4 2918/7
  2918/13 2918/16 2918/23 2919/4
  2919/18 2920/3 2920/7 2920/13
  2920/16 2921/5 2921/12 2921/16
  2921/18
strength [26]  2978/4 2980/6 2980/9
  2980/15 2989/17 2990/12 2990/13
  2992/4 3008/7 3008/9 3009/2 3023/21
  3024/25 3025/4 3025/8 3025/14
  3025/23 3026/9 3026/17 3027/16
  3027/18 3027/23 3028/1 3028/5
  3028/24 3029/2
strengths [13]  2976/3 2976/5 2992/2
  2992/3 3007/24 3008/5 3008/18
  3023/11 3023/14 3023/16 3023/24
  3024/19 3024/22
stress [1]  3021/23
stricken [3]  3008/23 3013/9 3122/7
strike [7]  2942/4 2942/10 2971/24
  2988/25 3014/13 3015/2 3026/7
string [2]  2950/20 3065/13
strong [1]  2940/4
structure [11]  2967/25 2977/21 2981/6
  2982/3 2982/4 2982/6 2983/18 3001/11
  3020/15 3020/22 3022/8
structures [3]  2967/2 2969/5 3021/20
stuck [1]  3058/10
studied [7]  2964/11 2966/21 3002/22

3003/10 3003/13 3031/23 3082/23
study [15]  2956/16 2963/19 2966/20
  2995/23 2995/24 3003/12 3018/16
  3020/11 3021/18 3022/22 3023/23
  3029/2 3029/4 3029/6 3061/1
studying [2]  3032/8 3033/11
subdivide [1]  2975/16
subject [7]  2967/16 2973/3 2973/5
  3038/7 3088/11 3092/17 3100/12
Submerged [1]  3018/25
submission [1]  3128/3
submit [1]  3129/15
submitted [1]  3036/21
submitting [1]  2928/3
subset [1]  2950/20
substance [1]  3038/16
substances [1]  3018/20
substantially [1]  2956/6
substantive [1]  3096/20
substituted [1]  3082/13
subtract [2]  2983/16 2983/19
successive [1]  2973/23
such [10]  2942/15 2950/19 3008/22
  3010/21 3029/3 3032/8 3035/17 3042/4
  3111/22 3113/17
sudden [1]  3015/18
sufficient [4]  2945/2 2960/12 3050/19
  3096/25
suggest [4]  3069/20 3073/16 3091/15
  3094/14
suggested [1]  2971/8
suggesting [1]  3056/17
suggests [3]  3058/10 3069/24 3101/12
Suite [9]  2917/23 2918/4 2918/16
  2919/18 2920/13 2920/16 2921/5
  2921/9 2921/12
summarize [1]  2972/6
summarized [1]  2976/2
summarizes [1]  3038/16
summary [1]  3128/4
summer [1]  2971/21
Sun [2]  3070/23 3072/7
Sunbury [1]  3032/7
super [1]  3023/4
super-plasticizer [1]  3023/4
superimpose [1]  2927/8
support [12]  2974/18 3017/2 3065/23
  3093/2 3120/23 3121/6 3121/8 3122/3
  3122/3 3122/11 3123/15 3123/18
supported [1]  2970/24
supporting [3]  2970/4 2974/11 3121/15
suppose [1]  2930/18
sure [30]  2934/3 2936/14 2946/14
  2954/16 2957/5 2958/13 2960/20
  2973/10 2999/3 2999/18 3010/5
  3019/25 3028/12 3029/7 3029/7
  3031/20 3032/4 3038/20 3040/8
  3041/21 3044/23 3081/6 3083/14
  3086/21 3094/22 3100/23 3104/14
  3116/23 3124/9 3126/14
surface [8]  2947/14 2973/22 3014/10
  3027/9 3108/12 3116/4 3116/8 3116/12
surfaces [2]  3042/14 3046/3
surprise [1]  3121/5
surrebuttal [4]  2942/7 2987/3 3077/22
  3085/2
surroundings [1]  3049/25
suspended [2]  2973/15 2973/21
sustain [11]  2943/19 2980/4 2980/25
  2981/3 2981/25 3006/7 3009/7 3016/12
  3026/13 3108/1 3109/9
sustained [2]  2959/16 3007/10

S

Sutherland [1]  2920/15
switch [1]  2950/15
sworn [3]  2923/7 2965/16 3030/20
system [51]  2962/16 2973/20 3004/17
3033/8 3033/10 3033/15 3033/16
3033/19 3033/21 3033/24 3033/25
3034/1 3034/7 3035/13 3036/3 3041/12
3041/14 3041/16 3041/20 3043/5
3045/15 3045/17 3049/6 3049/8
3050/13 3053/10 3059/11 3063/18
3065/2 3076/8 3076/11 3076/19
3076/23 3077/3 3078/8 3078/11
3078/19 3079/15 3079/22 3080/16
3085/19 3087/3 3109/18 3109/21
3109/22 3109/23 3110/13 3113/10
3114/6 3114/11 3117/13
systems [16]  3032/15 3032/20 3033/3
3034/9 3034/10 3034/14 3034/15
3034/16 3034/17 3034/22 3036/8
3036/8 3038/5 3109/13 3109/16
3113/18

T

table [26]  2930/18 2930/22 2953/24
2954/7 2954/11 2954/22 2954/25
2955/5 2955/7 2984/4 2984/4 2985/2
2989/10 2991/1 2991/1 2991/2 2991/3
2991/5 2991/12 3017/15 3019/1
3021/14 3023/17 3073/7 3074/2
3074/19
Table 2 [1]  3074/19
tables [5]  2931/16 2953/18 2953/21
2953/25 2954/3
tackle [1]  2952/20
take [41]  2923/14 2923/19 2930/19
2931/12 2932/12 2932/13 2932/14
2933/7 2935/1 2935/2 2936/16 2941/9
2972/20 2983/10 2985/17 2993/17
3017/9 3026/9 3036/20 3039/13
3039/18 3039/23 3042/3 3046/5
3051/23 3057/16 3061/3 3070/25
3071/1 3080/17 3099/8 3108/2 3115/13
3115/20 3116/1 3116/11 3116/24
3119/2 3123/22 3123/24 3125/7
taken [4]  2954/22 2962/16 3004/15
3054/21
takes [1]  3086/3
taking [2]  2949/25 2954/2
talk [14]  2934/16 2934/20 2936/23
2961/2 2961/14 3033/12 3045/20
3052/24 3093/23 3094/21 3097/12
3098/3 3110/23 3118/14
talked [16]  2948/1 2952/15 2957/22
2958/6 2960/21 2964/2 3011/1 3055/15
3074/9 3074/23 3096/23 3099/22
3107/13 3108/25 3115/7 3125/23
talking [21]  2941/25 2973/12 2973/14
2997/10 3000/8 3000/9 3000/11
3024/12 3024/14 3028/25 3063/25
3085/2 3102/10 3109/4 3110/6 3110/8
3113/6 3115/25 3122/13 3122/21
3126/6
tank [4]  3012/16 3012/17 3104/2 3110/9
target [2]  2932/6 2933/2
technical [2]  3036/18 3036/23
technically [2]  2968/10 2997/20
technique [1]  3117/5
technology [4]  2966/13 2967/3 2992/17
3028/23
teeth [1]  3058/2
tell [10]  2932/3 2964/3 2966/18 2970/17

3025/16 3054/15 3069/4 3091/25
3115/20 3117/1
temperature [15]  3025/12 3025/13
3033/8 3046/11 3046/12 3046/13
3046/14 3046/18 3046/19 3046/20
3047/8 3049/24 3050/14 3060/20
3060/22
temperatures [4]  3041/18 3048/5 3048/9
3050/1
temps [1]  2954/4
tensile [2]  3027/16 3027/22
term [22]  2957/8 2957/12 2968/4 3063/25
terms [28]  2940/10 2966/14 2973/9
2985/3 2985/23 2988/1 2992/10 2993/1
2993/9 3000/14 3001/10 3009/11
3009/17 3010/24 3011/17 3018/4
3025/12 3025/12 3025/12 3027/6
3027/7 3044/21 3049/16 3059/4
3080/13 3083/12 3108/11 3110/8
test [22]  2949/4 2963/20 2963/23
3007/1 3007/3 3024/7 3026/5 3026/5
3027/5 3027/15 3044/7 3058/2 3058/3
3058/7 3058/8 3058/10 3058/11
3058/20 3066/24 3079/2 3079/16
3102/13
tested [6]  3004/22 3018/2 3018/4
3018/6 3024/3 3036/5
testified [34]  2923/7 2929/25 2947/1
2959/2 2961/15 2965/16 2969/11
2997/25 2999/7 3005/6 3005/25
3008/19 3009/2 3014/9 3014/9 3015/10
3015/21 3025/6 3026/4 3030/20
3031/14 3086/6 3087/13 3087/17
3093/24 3105/13 3107/18 3108/4
3108/22 3108/24 3109/5 3109/12
3121/9 3125/14
testify [7]  2972/23 3026/2 3031/11
3105/23 3108/24 3124/12 3126/12
testifying [3]  2927/17 3107/5 3126/13
testimony [32]  2964/14 2979/25 2981/10
2981/12 2985/10 2986/24 2987/3
2987/4 2987/8 2987/12 2988/25 2993/5
2997/24 2998/16 2998/25 3001/4
3005/9 3007/17 3014/16 3016/1 3016/3
3016/5 3016/8 3066/5 3086/14 3109/8
3112/21 3117/18 3123/9 3125/11
3128/8 3128/13
testing [11]  2980/10 2980/11 3008/10
3008/17 3008/22 3025/8 3025/8
3025/10 3066/22 3080/3 3080/5
tests [4]  3008/13 3053/25 3120/21
3121/17
Texas [3]  2920/17 2921/6 2921/9
textbooks [3]  2968/23 2968/23 3046/10
than [49]  2927/17 2928/4 2929/19
2933/23 2935/7 2941/19 2942/2 2942/3
2943/14 2945/6 2947/25 2955/12
2955/14 2956/6 2968/19 2968/22
2971/2 2974/22 2974/25 2990/3 2991/9
3002/7 3012/10 3020/18 3022/7
3024/15 3027/17 3028/4 3040/17
3043/22 3046/2 3046/4 3052/19
3057/13 3074/8 3079/24 3086/22
3086/23 3087/1 3090/3 3090/13
3093/12 3096/13 3102/25 3103/5
3105/8 3105/18 3121/20 3122/20
thank [32]  2923/5 2933/19 2936/21
2946/13 2950/10 2962/25 2963/5
2964/13 2965/4 2965/5 2965/6 2965/7
2972/3 2989/18 2993/11 2993/13
2998/12 2999/17 3026/21 3030/6
3030/8 3030/11 3030/12 3093/5 3093/6
3100/25 3115/3 3118/9 3124/11

3127/19 3129/24 3129/25
3130/18 3130/19 3130/19 3130/4
that [1192]
that's [201]  2923/12 2923/18 2923/23
2924/13 2924/20 2925/3 2925/14
2925/17 2926/2 2926/6 2926/14
2926/15 2927/5 2927/15 2929/19
2931/4 2931/8 2931/11 2931/18 2932/1
2932/10 2933/15 2933/17 2935/3
2935/4 2935/5 2935/8 2936/7 2937/18
2938/14 2939/4 2939/8 2940/4 2940/20
2943/18 2944/5 2946/19 2946/23
2946/24 2947/9 2949/8 2949/11
2949/21 2949/25 2950/10 2950/17
2951/19 2952/8 2952/12 2953/10
2954/1 2955/9 2955/10 2955/25
2956/14 2956/22 2957/10 2957/19
2957/23 2957/25 2958/3 2958/5
2958/11 2958/14 2958/17 2959/3
2961/4 2961/18 2961/25 2962/24
2963/17 2965/4 2972/14 2974/11
2979/23 2981/22 2988/12 2993/11
2994/18 2995/21 2998/9 2999/10
3000/2 3000/24 3005/11 3005/22
3006/20 3009/3 3012/2 3014/10
3015/10 3015/11 3017/13 3017/23
3018/13 3019/12 3022/2 3022/9
3022/12 3023/12 3024/8 3028/16
3028/23 3030/6 3036/22 3036/25
3037/16 3038/11 3040/24 3041/2
3041/13 3041/23 3043/4 3043/25
3045/3 3046/1 3049/1 3050/25 3053/9
3053/21 3055/1 3055/5 3055/15
3058/22 3061/15 3067/17 3067/20
3068/11 3068/17 3068/20 3069/10
3069/15 3070/5 3071/9 3071/20 3072/2
3072/14 3073/23 3074/1 3075/3 3075/5
3076/3 3078/11 3081/20 3081/22
3089/7 3092/15 3094/1 3094/9 3094/10
3094/13 3094/14 3095/15 3095/16
3095/21 3097/25 3098/11 3099/6
3100/12 3102/22 3103/15 3105/7
3105/10 3105/15 3106/2 3106/6 3106/8
3106/15 3106/16 3108/7 3108/8
3108/15 3108/25 3109/4 3111/10
3112/19 3113/5 3113/8 3113/12 3114/4
3114/8 3114/14 3114/23 3117/4 3117/7
3117/17 3118/4 3119/3 3119/4 3121/11
3121/14 3121/14 3121/15 3121/19
3121/20 3122/20 3123/24 3125/4
3126/4 3129/12 3129/23
their [30]  2953/8 2955/24 2965/8
2965/10 2971/23 2985/7 2985/9 2989/5
2993/7 2996/15 2996/17 3030/13
3036/18 3037/2 3059/1 3059/4 3060/5
3060/6 3060/8 3106/17 3106/17
3106/18 3112/3 3112/4 3112/4 3119/11
3121/16 3122/1 3123/17 3128/4
them [51]  2926/1 2927/11 2932/22
2938/2 2938/17 2939/6 2939/7 2951/18
2956/14 2956/22 2986/10 2989/11
3018/6 3021/24 3037/5 3042/21
3043/20 3048/21 3056/1 3059/14
3059/21 3059/25 3062/8 3062/9 3062/9
3062/13 3063/3 3063/7 3063/8 3086/8
3091/13 3094/8 3107/3 3107/6 3107/8
3107/10 3107/15 3107/24 3118/19
3118/20 3118/24 3118/25 3118/25
3123/9 3124/8 3125/24 3128/23
3129/17 3129/18 3129/19 3129/23
themselves [1]  3124/8
then [88]  2924/4 2924/6 2924/15
2924/15 2924/16 2926/15 2926/16

then... [81] 2928/11 2930/19 2930/23
2931/5 2931/17 2932/9 2932/25
2934/16 2935/3 2935/24 2936/18
2937/2 2937/4 2937/16 2937/18 2938/2
2939/14 2941/11 2943/1 2944/19
2946/13 2949/10 2949/11 2950/5
2954/22 2957/11 2958/5 2960/24
2974/8 2974/25 2981/20 2981/23
2985/17 2986/11 2995/11 2999/12
3002/14 3006/6 3007/18 3008/21
3013/16 3036/13 3039/4 3041/4
3042/15 3044/12 3045/8 3046/22
3049/4 3049/10 3049/19 3052/8 3053/8
3053/21 3058/4 3059/13 3060/1 3061/9
3061/11 3063/3 3063/8 3065/7 3065/18
3068/14 3070/15 3071/3 3071/23
3075/6 3082/7 3084/21 3090/25
3098/16 3102/4 3104/13 3104/15
3110/21 3111/2 3114/10 3115/25
3116/17 3127/2
theoretical [1] 2964/23
theoretically [1] 2945/1
theory [4] 3013/6 3013/7 3014/14
3014/15
there [163] 2925/3 2927/14 2927/16
2929/9 2930/5 2931/1 2933/1 2935/3
2935/21 2936/1 2937/1 2937/4 2937/5
2937/10 2937/25 2938/12 2938/14
2938/23 2940/15 2942/13 2943/21
2944/12 2945/20 2949/14 2950/16
2951/19 2954/25 2958/13 2958/13
2958/14 2960/2 2960/5 2960/13 2961/3
2961/4 2962/2 2962/3 2962/5 2962/17
2963/11 2963/25 2964/16 2969/6
2972/17 2974/21 2977/7 2979/12
2981/8 2981/25 2990/14 2993/4 2994/4
2996/19 2997/4 2997/6 2997/10 2999/6
3000/15 3000/20 3001/11 3005/12
3005/20 3006/17 3007/10 3007/14
3010/13 3010/17 3010/25 3011/24
3020/16 3025/18 3032/6 3033/17
3034/25 3037/11 3037/16 3038/20
3038/25 3040/8 3040/9 3042/6 3042/8
3042/8 3044/2 3044/25 3045/21
3045/25 3046/6 3049/20 3050/19
3051/10 3053/7 3053/11 3053/16
3054/15 3054/17 3054/24 3055/12
3055/23 3056/15 3056/22 3057/5
3057/5 3057/10 3057/13 3057/15
3057/15 3057/19 3058/1 3058/5 3058/8
3061/15 3064/13 3064/15 3064/18
3065/24 3066/15 3067/23 3070/3
3070/3 3070/6 3070/12 3070/20
3073/15 3073/18 3074/11 3075/2
3075/19 3075/22 3075/23 3077/14
3077/14 3078/10 3079/24 3083/4
3084/13 3084/19 3084/24 3087/24
3087/24 3088/8 3089/10 3091/15
3096/15 3096/25 3098/9 3099/17
3099/19 3103/4 3104/20 3107/15
3112/23 3114/16 3115/13 3121/20
3123/21 3126/8 3127/24 3130/5
there's [55] 2929/14 2933/3 2935/6
2937/23 2941/10 2954/17 2975/17
2977/14 2982/23 2983/15 3005/11
3006/22 3011/9 3028/17 3042/12
3042/15 3043/24 3050/23 3050/23
3050/24 3052/21 3056/15 3058/16
3064/15 3066/13 3069/24 3070/6
3070/23 3073/18 3075/21 3078/8

3078/13 3078/18 3085/4 3094/8
3095/9 3098/12 3099/12 3104/25
3104/20 3107/1 3107/3 3107/5 3107/12
3107/20 3109/24 3117/7 3117/18
3118/11 3122/10 3125/2 3125/18
3125/19 3126/2 3126/5
therefore [3] 3112/16 3122/16 3126/23
thermal [12] 3032/15 3032/19 3033/2
3033/17 3035/3 3038/3 3043/13
3043/17 3044/6 3049/8 3079/21
3102/20
these [97] 2923/15 2925/25 2926/24
2927/7 2927/9 2927/12 2928/25
2929/19 2931/11 2931/16 2932/13
2932/14 2934/9 2934/23 2936/23
2937/23 2938/19 2938/22 2941/7
2941/7 2941/9 2941/15 2941/17
2944/13 2944/18 2949/6 2955/9
2956/11 2956/21 2961/3 2971/1 2974/7
2974/17 2975/10 2975/18 2975/24
2983/19 2983/20 2984/22 2986/7
2989/22 2991/7 2992/21 2992/21
2995/15 3006/12 3006/19 3007/11
3008/11 3008/18 3023/11 3023/20
3018/2 3021/23 3023/13 3034/9
3042/18 3042/22 3043/2 3046/17
3049/4 3050/2 3050/7 3052/12 3054/17
3056/21 3056/23 3058/25 3060/2
3061/25 3062/4 3062/7 3063/2 3064/9
3067/4 3068/22 3069/5 3074/20 3077/2
3077/9 3080/25 3083/15 3084/3 3084/7
3084/11 3107/2 3107/3 3107/14
3107/21 3109/7 3110/12 3114/14
3115/18 3122/1 3122/22 3124/4
3125/20
they [120] 2924/9 2926/2 2927/10
2928/6 2938/2 2939/6 2939/15 2941/8
2943/5 2944/13 2944/18 2950/1 2950/2
2950/4 2950/4 2955/23 2956/12 2962/8
2962/10 2962/11 2973/21 2973/23
2975/23 2988/5 2989/4 2992/15 2993/7
2996/16 3017/5 3017/24 3017/25
3018/4 3020/19 3022/1 3022/3 3023/7
3034/22 3037/2 3037/3 3039/11
3040/14 3040/17 3042/9 3042/16
3042/19 3042/23 3043/3 3046/4
3049/22 3049/23 3050/3 3050/4 3050/5
3052/3 3054/12 3054/23 3054/24
3054/25 3055/24 3055/25 3056/2
3056/12 3056/12 3057/25 3059/2
3059/6 3059/6 3059/13 3060/3 3060/6
3065/3 3076/9 3077/4 3082/3 3082/5
3083/3 3083/5 3085/17 3085/19
3085/20 3086/7 3093/2 3093/4 3094/4
3094/4 3095/1 3095/2 3095/2 3095/3
3095/4 3095/5 3095/7 3095/8 3103/16
3107/14 3111/15 3112/15 3115/14
3115/21 3119/10 3121/13 3122/10
3122/12 3123/15 3123/18 3124/4
3124/5 3124/12 3125/13 3126/8
3126/12 3126/15 3126/18 3127/10
3127/14 3127/14 3128/4 3128/17
3128/17 3129/17
they're [5] 3045/18 3099/13 3107/22
3120/19 3126/6
thing [17] 2948/3 2958/15 2962/9
2962/10 2981/18 3013/22 3027/11
3032/10 3035/23 3043/25 3044/1
3044/10 3046/5 3062/10 3069/13
3077/12 3114/19
things [39] 2925/6 2927/23 2931/11
2934/9 2937/8 2938/1 2944/14 2944/18
2954/5 2956/12 2958/22 2962/11

2963/14 2969/5 3026/23 3032/8
3052/2 3052/7 3052/11 3052/12
3058/11 3063/20 3065/21 3070/15
3078/17 3079/19 3080/1 3080/10
3086/8 3092/19 3103/12 3109/7
3113/17 3113/18 3122/1
think [107] 2927/14 2929/4 2930/23
2933/3 2936/13 2937/7 2938/3 2940/13
2941/11 2941/13 2942/9 2944/3
2944/24 2945/22 2946/9 2946/13
2956/4 2959/5 2959/14 2960/21
2962/24 2964/2 2964/24 2966/22
2971/8 2985/6 2989/15 2998/4 2998/7
2998/23 3000/19 3003/15 3003/17
3005/2 3005/5 3006/18 3011/14 3012/9
3012/14 3015/12 3019/5 3024/8
3025/22 3026/19 3028/20 3028/23
3028/25 3029/4 3031/24 3035/9
3040/14 3040/16 3043/20 3052/20
3057/18 3064/11 3070/2 3070/25
3075/22 3075/24 3077/23 3077/24
3078/6 3085/4 3085/14 3086/19
3087/21 3088/9 3088/10 3091/19
3092/15 3093/10 3093/11 3093/24
3095/15 3095/22 3096/4 3096/14
3098/2 3099/5 3101/6 3102/12 3103/14
3103/19 3104/23 3107/1 3110/10
3110/15 3114/4 3116/5 3116/15
3116/21 3116/21 3117/18 3118/17
3119/8 3121/1 3121/13 3121/19
3122/24 3123/5 3124/2 3124/2 3126/20
3129/7 3129/17 3130/3
thinks [4] 2933/18 2979/20 3122/16
3129/18
third [11] 2918/23 2926/10 2961/13
2962/14 3051/25 3052/1 3052/8
3052/10 3092/9 3095/22 3095/23
thirds [2] 2935/17 3051/23
this [424]
Thomas [2] 2918/2 2919/11
those [124] 2924/8 2924/20 2925/24
2927/4 2929/4 2929/15 2930/15
2932/23 2933/10 2939/11 2940/12
2941/16 2942/2 2942/15 2945/12
2948/6 2949/5 2949/6 2949/12 2952/13
2957/17 2960/8 2964/1 2972/20 2974/9
2974/18 2974/25 2975/5 2975/6 2975/7
2975/9 2976/1 2977/5 2979/11 2983/10
2987/20 2987/20 2990/1 2991/8
2991/13 2991/22 2992/5 2992/17
2996/23 2998/21 2999/9 3000/16
3007/3 3008/12 3012/9 3012/11 3013/8
3016/25 3017/2 3017/3 3018/19 3022/2
3023/6 3024/22 3024/22 3025/10
3025/13 3026/7 3035/18 3035/21
3036/19 3039/1 3039/10 3039/20
3040/6 3042/24 3047/7 3048/17
3048/20 3049/2 3049/21 3049/23
3052/7 3052/22 3053/13 3055/14
3055/24 3059/14 3059/20 3062/11
3063/9 3063/9 3065/21 3066/11
3066/17 3066/22 3068/13 3073/11
3073/15 3074/12 3074/14 3075/22
3076/11 3078/9 3079/20 3080/22
3081/15 3082/2 3082/5 3083/16 3089/1
3090/19 3092/17 3094/12 3096/15
3100/13 3100/16 3103/9 3103/10
3112/15 3114/18 3118/18 3118/21
3119/1 3122/6 3122/7 3127/6 3128/7
3128/13
though [4] 2940/16 2969/14 3062/11
3118/6

thought [9]  2927/13 2935/25 2936/2
 2938/9 2939/13 2944/17 2958/22
 3005/21 3006/14
thousands [2]  3081/7 3110/1
three [18]  2935/18 2935/21 2937/3
 2938/14 2942/12 2958/17 2958/22
 3032/7 3032/12 3042/18 3042/24
 3055/23 3068/18 3083/16 3084/22
 3098/9 3127/2 3127/6
through [81]  2929/15 2929/20 2931/24
 2939/9 2939/23 2941/9 2941/16 2944/7
 2949/5 2949/6 2949/7 2949/9 2951/7
 2951/23 2952/2 2955/20 2962/8
 2962/18 2973/18 2977/10 2978/13
 2982/9 3003/9 3007/14 3011/4 3011/10
 3029/10 3032/2 3033/3 3033/10
 3033/23 3034/10 3034/19 3034/21
 3035/4 3035/5 3035/6 3035/7 3036/3
 3039/2 3039/22 3041/15 3041/16
 3041/20 3045/10 3045/17 3045/19
 3048/6 3049/1 3053/17 3059/1 3061/4
 3061/10 3062/13 3069/3 3070/16
 3074/18 3075/11 3076/8 3076/11
 3078/13 3078/15 3079/14 3079/23
 3080/7 3083/14 3087/3 3090/23 3099/7
 3099/8 3099/10 3102/22 3103/17
 3107/12 3107/23 3109/15 3116/2
 3117/22 3117/12 3127/20 3128/2
throughout [7]  2936/11 3013/2 3040/23
 3059/10 3063/18 3089/23 3090/1
throws [1]  3088/17
thrust [1]  3121/16
Thursday [1]  3126/15
tied [1]  3034/11
tight [3]  2962/18 3051/1 3122/14
tilted [1]  3088/16
time [114]  2925/21 2926/16 2931/4
 2935/1 2935/21 2938/1 2938/12
 2943/24 2944/10 2944/15 2946/1
 2949/13 2954/6 2961/25 2962/7
 2962/10 2962/11 2962/16 2963/21
 2964/2 2970/21 2971/1 2972/2 2974/7
 2975/2 2981/11 2983/13 2986/15
 2986/15 2987/4 2988/19 2988/23
 2993/14 2996/16 2999/15 3013/1
 3015/15 3024/10 3024/12 3024/14
 3024/18 3024/18 3024/22 3024/24
 3025/1 3032/6 3038/2 3039/2 3039/15
 3039/21 3042/22 3043/2 3050/8
 3050/11 3050/18 3050/20 3051/11
 3052/4 3052/12 3052/16 3052/17
 3053/19 3054/16 3055/9 3057/7
 3058/14 3058/16 3058/22 3059/13
 3059/14 3060/20 3060/24 3061/2
 3061/4 3062/11 3062/13 3065/7
 3065/19 3066/4 3066/5 3066/10
 3067/11 3067/18 3068/12 3069/14
 3070/3 3070/17 3070/19 3071/5 3071/8
 3073/25 3080/7 3080/20 3084/4 3084/7
 3084/12 3089/21 3090/3 3090/4 3090/6
 3091/18 3093/10 3095/12 3096/18
 3097/15 3099/7 3099/8 3099/24
 3103/17 3107/15 3114/25 3117/20
 3123/1 3124/6
timeline [1]  3058/23
times [9]  2930/25 2930/25 2944/7
 2946/16 2990/21 2990/22 3072/5
 3111/2 3113/19
tiny [3]  2937/10 2973/23 2992/21
title [1]  3008/3
titled [3]  2980/22 3018/24 3021/8

to-do [1]  3119/2
today [7]  3058/18 3097/9 3097/21
 3118/25 3119/3 3122/9 3130/2
together [10]  2934/3 2955/23 3034/8
 3034/11 3044/22 3074/13 3083/6
 3102/1 3104/1 3114/14
told [12]  2925/25 2940/9 2953/7
 2953/15 2955/23 2956/13 2981/20
 2983/14 2995/18 3001/18 3118/19
 3118/24
Tolles [1]  2920/18
Tom [2]  3093/8 3093/20
tomorrow [12]  3094/21 3118/6 3118/14
 3123/8 3124/4 3124/18 3124/22
 3124/24 3125/7 3129/11 3130/3 3130/5
Toni [5]  2921/18 2921/20 3130/10
 3130/18 3130/18
tonight [4]  3117/24 3129/7 3129/15
 3129/16
too [12]  2940/4 2946/10 2946/25
 2954/17 2956/12 2962/17 2989/13
 2997/4 3016/20 3087/24 3093/4
 3096/19
took [20]  2928/12 2932/10 2932/10
 2950/6 2955/16 2970/7 2991/10
 2996/14 3024/24 3026/11 3054/10
 3055/3 3056/13 3059/6 3059/13
 3059/19 3070/13 3070/18 3092/2
 3104/11
tool [2]  2973/22 3036/25
tools [3]  3034/25 3036/23 3049/7
top [93]  2933/10 2937/15 2937/22
 2944/7 2944/11 2944/20 2954/19
 2963/21 2997/6 3038/20 3040/11
 3040/12 3040/13 3040/16 3051/25
 3052/1 3052/6 3052/15 3053/20
 3053/21 3054/25 3055/21 3055/24
 3055/24 3057/6 3067/13 3067/14
 3070/14 3071/21 3073/7 3074/2
 3077/13 3077/14 3080/9 3083/18
 3083/20 3086/19 3087/15 3087/18
 3087/22 3088/2 3088/3 3088/13
 3088/14 3088/16 3088/16 3088/18
 3088/19 3089/13 3089/16 3089/22
 3089/23 3089/25 3090/1 3090/7 3090/9
 3090/13 3090/15 3090/19 3090/20
 3090/20 3090/23 3091/4 3091/8 3091/9
 3091/12 3091/16 3091/17 3091/18
 3091/21 3092/4 3092/4 3092/5 3092/9
 3092/9 3092/12 3093/1 3093/1 3097/12
 3097/15 3098/3 3098/10 3099/5
 3099/11 3099/16 3100/14 3100/15
 3100/17 3101/5 3101/10 3102/7 3102/8
 3110/18
Top Hat [34]  3040/11 3040/13 3087/15
 3087/18 3087/22 3088/2 3088/3
 3088/13 3088/14 3088/16 3088/16
 3088/18 3088/19 3089/13 3089/16
 3089/22 3089/23 3089/25 3090/1
 3090/13 3090/19 3093/1 3098/3
 3098/10 3099/5 3099/11 3099/16
 3100/14 3100/15 3100/17 3101/5
 3101/10 3102/7 3102/8
Top Kill [39]  2944/7 2944/11 2944/20
 2963/21 3040/12 3040/16 3052/6
 3053/20 3053/21 3055/21 3055/24
 3055/24 3057/6 3070/14 3077/13
 3077/14 3090/7 3090/9 3090/15
 3090/20 3090/20 3090/23 3091/4
 3091/8 3091/9 3091/12 3091/16
 3091/17 3091/18 3091/21 3092/4
 3092/4 3092/5 3092/9 3092/9 3092/12
 3093/1 3097/12 3097/15

topic [4]  2967/1 2967/9 2968/21 3054/2
topic [3]  2956/7 2961/8 3053/14
Torts [1]  2919/6
total [12]  3011/17 3051/4 3073/21
 3073/22 3075/7 3075/20 3089/15
 3100/20 3101/3 3101/4 3101/23 3102/3
totally [3]  3040/15 3088/21 3101/18
towards [2]  2924/9 2994/23
track [18]  2976/17 2977/8 2977/11
 3000/14 3000/21 3000/23 3000/24
 3001/2 3001/8 3011/5 3011/6 3011/10
 3011/13 3017/10 3025/6 3041/14
 3041/14 3041/20
tracking [1]  3033/9
trained [1]  2927/20
training [2]  2969/10 3036/3
transcript [3]  2917/14 3127/24 3130/13
transcription [1]  2921/25
transcripts [3]  2998/19 2998/21 3129/22
transfer [1]  3114/18
transferred [1]  2986/10
transient [33]  2923/10 2923/12 2923/16
 2923/21 2924/25 2925/9 2925/15
 2925/25 2926/9 2926/20 2926/25
 2930/5 2930/8 2930/14 2930/15
 2930/24 2931/8 2931/13 2931/22
 2932/2 2933/9 2933/22 2934/6 2939/18
 2939/19 2941/3 2945/15 2946/16
 2946/21 2947/2 2964/14 3111/12
 3111/14
translate [2]  3016/17 3016/21
Transocean [11]  2920/12 2920/13
 2920/14 2920/15 2920/16 2920/17
 2920/18 2920/19 2920/20 3125/1
 3128/16
transparent [1]  2934/24
travel [2]  3046/12 3079/22
traveling [2]  3045/5 3116/9
travels [2]  3045/6 3050/6
treatment [1]  3112/12
trend [9]  2925/11 2938/11 2964/15
 3039/22 3072/24 3080/19 3080/20
 3080/22 3080/24
trends [1]  3082/18
TREX [30]  2930/10 2945/17 2972/11
 2972/25 2976/19 2978/17 2982/10
 2984/2 2986/2 2986/18 2990/23 2994/8
 2994/19 2995/12 2997/5 3007/6
 3017/19 3018/9 3037/22 3038/10
 3067/6 3069/1 3071/16 3071/24
 3074/16 3075/16 3084/14 3115/4
 3115/16 3128/1
TREX-11452.11.2 [1]  2986/18
TREX-114854.12.3 [1]  2978/17
TREX-11485R.12.4 [1]  2986/2
TREX-11486R.12.6 [1]  3084/14
TREX-11488 [2]  3037/22 3038/10
TREX-11488.12.1 [1]  3067/6
TREX-11488.14.2 [1]  3069/1
TREX-11488.17.4 [1]  3071/24
TREX-11488.19.3 [1]  3074/16
TREX-11488.29.1 [1]  3075/16
TREX-11562 [2]  3115/4 3115/16
TREX-11644 [1]  2972/25
TREX-11644.0014 [1]  2994/8
TREX-11644.0015 [1]  2995/12
TREX-11644.0020 [1]  2997/5
TREX-11644.016 [1]  3017/19
TREX-11644.1 [1]  2972/11
TREX-11644.10.1 [1]  2982/10
TREX-11644.16.1 [1]  2990/23
TREX-11644.28.1 [1]  2984/2
TREX-11644.7.1 [1]  2976/19

**T**

TREX-11647 [1] 3018/9
TREX-11653.27.4 [1] 3071/16
TREX-11732 [1] 2945/17
TREX-11735 [1] 2930/10
TREX-7722 [1] 3007/6
trial [20] 2917/14 2940/6 2985/9
2986/24 2987/3 2987/12 2993/5
2997/23 2998/15 2998/19 2998/21
3015/22 3016/1 3016/3 3066/5 3086/14
3105/23 3107/6 3118/22 3122/10
tried [3] 2928/8 2934/8 2935/23
TRITON [1] 2917/8
true [14] 2925/14 2928/21 2952/5
2952/5 2952/8 2961/14 3000/3 3000/6
3002/4 3009/25 3010/1 3084/23
3091/23 3130/12
trust [1] 3024/5
trusting [1] 2955/9
try [16] 2927/21 2927/23 2928/5
2928/11 2932/16 2938/9 2940/11
2941/5 2960/21 3044/18 3047/16
3050/18 3061/18 3106/9 3124/5
3127/20
trying [33] 2925/19 2925/22 2936/22
2943/11 2947/22 2949/1 2951/6
2960/25 2971/18 2974/6 2978/11
2981/12 3005/14 3015/15 3016/6
3041/11 3041/13 3041/20 3043/1
3049/5 3050/25 3065/13 3088/23
3102/18 3102/20 3103/7 3103/21
3103/22 3103/24 3120/22 3121/12
3125/5 3125/6
turbulent [2] 3031/23 3042/15
turn [17] 2947/24 2950/25 2961/7
2989/15 3040/19 3044/12 3060/9
3061/11 3063/2 3063/21 3070/1
3075/10 3078/21 3085/23 3087/12
3102/9 3113/2
turned [2] 2926/7 3080/13
turning [5] 2977/16 2985/5 2986/18
2987/18 3090/7
Tusa [5] 2921/18 2921/20 3130/10
3130/18 3130/18
twice [1] 3009/15
two [76] 2925/24 2929/14 2929/15
2930/21 2932/21 2932/23 2934/7
2935/17 2935/17 2935/21 2937/2
2938/13 2941/7 2942/13 2951/2
2957/23 2958/16 2960/8 2961/12
2961/14 2962/9 2962/14 2963/16
2967/22 2968/23 2970/13 2970/13
2970/13 2970/22 2973/17 2974/7
2974/17 2975/6 2975/17 2977/5
2977/19 2980/3 2981/12 2983/13
2987/24 2989/21 2990/21 2991/6
2991/7 2996/1 2997/19 2997/19
3009/13 3012/5 3040/9 3040/11 3045/9
3048/19 3048/20 3049/2 3052/22
3063/9 3063/9 3065/21 3066/11
3066/17 3068/13 3071/22 3073/11
3074/14 3074/23 3080/7 3080/20
3080/22 3081/15 3084/6 3084/11
3087/12 3099/12 3114/21 3121/12
two-parameter [1] 2942/13
two-phase [1] 2951/2
two-thirds [1] 2935/17
twofold [1] 3013/19
tying [1] 2939/7
type [23] 2934/12 2939/12 2950/22
2975/21 2988/23 2989/11 2991/25
3002/8 3004/25 3007/9 3011/15
types [9] 2936/23 2969/25 2996/2
2997/19 2997/20 3008/11 3018/1
3023/21 3042/18
typically [8] 2925/6 2930/9 2955/14
3034/2 3035/1 3035/14 3109/11
3109/13
typo [1] 2995/18
typographical [3] 2994/5 2994/13
2994/15

**U**

U.S [5] 2919/6 2919/9 2971/20 3000/1
3107/5
Uh [4] 3014/12 3017/14 3022/19
3049/15
Uh-huh [4] 3014/12 3017/14 3022/19
3049/15
UK [2] 3031/6 3031/10
ultimately [1] 3046/24
unattributed [1] 3117/17
uncertain [5] 3053/21 3066/13 3088/9
3103/16 3103/17
uncertainties [9] 3053/4 3058/25
3059/19 3059/23 3087/25 3090/15
3092/17 3100/6 3100/13
uncertainty [27] 3039/2 3039/3 3039/13
3043/24 3044/3 3044/5 3044/8 3050/24
3052/10 3052/23 3055/10 3057/4
3057/9 3069/25 3069/25 3073/18
3073/21 3073/24 3074/4 3074/8 3078/8
3088/12 3088/17 3103/14 3103/14
3103/18 3110/3
under [5] 2988/4 3022/6 3048/15
3069/17 3127/3
underneath [1] 2923/22
understand [18] 2940/7 2940/20
2944/10 2950/21 2954/6 2960/20
2996/10 3097/14 3097/17 3098/9
3104/25 3105/22 3105/24 3106/2
3119/8 3120/9 3121/1 3127/17
understanding [9] 2943/10 2959/8
2983/2 2985/14 3002/13 3007/16
3066/3 3102/4 3110/14
understate [1] 3117/5
understood [3] 2956/18 3000/13
3128/14
undertake [2] 2963/19 2963/22
undertaking [1] 2969/21
undoubtedly [1] 3051/12
UNITED [18] 2917/1 2917/10 2917/15
2919/6 2919/9 2940/3 2971/14 2993/23
3031/25 3071/11 3093/9 3093/21
3107/10 3120/14 3123/7 3123/13
3123/23 3130/11
United States [10] 2940/3 2971/14
2993/23 3031/25 3071/11 3093/9
3093/21 3107/10 3120/14 3123/13
United States' [2] 3123/7 3123/23
universes [1] 2962/9
university [4] 2966/13 2966/21 2966/25
2967/3
unknown [3] 2986/16 3020/21 3062/4
unless [1] 2939/16
unproven [1] 2970/21
unrealistically [1] 2924/19
unreasonable [1] 3123/18
unreliable [8] 2938/25 2939/15 3073/19
3088/21 3101/17 3101/18 3121/18
3122/16
unsound [1] 2970/20
until [7] 2940/9 2959/6 2995/9 3001/15
3018/10 3068/7 3124/9
unusual [1] 2985/1
up [104] 2926/5 2929/22 2931/1 2934/9
2937/24 2938/2 2940/10 2944/14
2944/18 2946/10 2952/19 2960/3
2960/9 2960/11 2963/6 2970/13
2972/20 2982/23 2986/13 2996/22
3015/17 3016/4 3020/20 3030/18
3031/16 3032/4 3032/17 3032/17
3033/22 3033/24 3036/1 3037/14
3037/22 3038/4 3042/1 3042/3 3042/4
3042/22 3042/25 3044/14 3045/5
3045/6 3045/10 3045/11 3045/18
3046/12 3046/16 3046/22 3047/9
3047/19 3048/3 3048/5 3048/8 3048/13
3048/14 3048/24 3049/18 3050/6
3051/21 3054/2 3054/12 3055/12
3056/4 3056/15 3057/24 3058/3 3062/2
3063/22 3065/17 3065/20 3067/18
3068/14 3068/15 3069/16 3071/3
3071/14 3071/15 3072/2 3072/19
3072/21 3073/9 3074/8 3074/16
3075/16 3075/23 3078/12 3078/13
3078/19 3079/8 3079/22 3081/2
3082/19 3083/9 3084/14 3090/23
3091/7 3100/25 3115/4 3115/13 3125/7
3126/23 3127/2 3128/3 3128/6
upon [3] 2986/9 3121/17 3125/5
upper [5] 2948/8 2949/11 2991/6 3115/5
3115/18
uppermost [1] 2931/2
upstream [12] 2948/11 2948/12 2948/12
2948/13 2948/16 2948/18 3076/10
3076/21 3077/17 3078/4 3089/5 3089/6
us [15] 3005/14 3009/1 3033/5 3037/4
3044/21 3063/25 3069/3 3083/21
3084/17 3092/2 3095/4 3095/7 3104/10
3122/10 3130/3
use [66] 2924/20 2929/11 2932/5
2933/5 2934/12 2934/13 2939/8
2939/12 2939/13 2940/4 2940/22
2953/9 2955/22 2959/21 2960/14
2982/15 3011/20 3025/13 3033/5
3035/1 3035/14 3036/4 3036/23
3036/25 3038/21 3040/20 3040/22
3043/7 3043/10 3043/17 3043/22
3044/1 3044/5 3046/9 3049/7 3049/8
3050/10 3059/18 3059/22 3060/2
3063/3 3063/25 3069/5 3070/11
3072/17 3079/2 3079/16 3084/25
3089/5 3094/23 3101/3 3101/22
3102/20 3102/23 3106/3 3106/5
3111/19 3112/7 3119/24 3120/18
3120/24 3125/14
used [119] 2925/11 2925/12 2929/5
2935/4 2935/22 2936/12 2936/20
2936/25 2938/10 2938/11 2940/6
2940/21 2942/8 2942/14 2944/22
2945/9 2945/15 2947/9 2952/6 2952/25
2953/12 2954/21 2955/8 2955/16
2956/6 2956/13 2958/1 2958/5 2958/10
2958/20 2959/7 2959/24 2960/9
2960/10 2978/12 2980/9 2982/4 3008/7
3008/18 3009/23 3011/7 3012/23
3013/2 3013/3 3016/25 3022/22
3024/23 3026/5 3026/25 3027/23
3028/21 3029/15 3029/17 3029/25
3036/25 3037/2 3040/23 3043/20
3061/18 3061/21 3065/12 3066/4
3070/1 3070/21 3070/24 3071/6
3072/13 3072/16 3074/6 3076/3

# U

used... [49]  3079/24 3080/11 3083/25
3085/10 3087/4 3089/4 3089/5 3089/6
3089/8 3089/9 3092/8 3092/11 3092/23
3095/5 3099/1 3099/10 3100/1 3102/24
3102/25 3104/4 3104/6 3104/13
3104/19 3104/20 3104/24 3105/3
3105/5 3105/8 3105/12 3105/13
3105/17 3105/18 3105/19 3106/13
3106/16 3107/2 3108/5 3108/13
3108/23 3109/13 3109/25 3109/25
3111/8 3111/11 3113/13 3116/13
3117/2 3121/13 3128/7
user [1]  3114/13
users [1]  3095/8
uses [14]  3063/5 3063/6 3063/7
3078/24 3083/4 3083/16 3083/19
3083/20 3083/23 3083/24 3099/4
3102/16 3108/9 3128/1
using [56]  2921/24 2941/15 2943/14
2953/16 2976/24 2978/12 2986/6
2986/9 2988/13 3009/10 3009/17
3009/20 3011/19 3023/12 3024/10
3035/8 3035/24 3036/1 3036/12
3040/11 3041/10 3044/19 3050/22
3051/8 3059/15 3060/6 3061/6 3063/11
3063/16 3066/18 3066/19 3067/18
3068/5 3069/3 3069/9 3072/25 3073/1
3073/5 3073/10 3075/6 3075/6 3075/7
3075/25 3080/24 3081/22 3085/12
3092/1 3092/14 3095/3 3095/4 3100/14
3101/9 3103/2 3104/16 3109/17
3109/20
usually [6]  2971/3 3003/1 3033/16
3089/7 3108/13 3110/10
uttered [1]  3014/17

# V

valid [3]  2924/20 2925/1 3103/6
validate [5]  3039/24 3040/1 3083/2
3083/5 3083/7
validated [6]  3036/5 3036/7 3040/24
3041/2 3044/9 3049/9
validation [5]  3039/25 3040/1 3040/2
3083/3 3084/1
validity [1]  3120/20
value [16]  2954/12 3064/22 3065/1
3066/12 3067/19 3067/24 3070/18
3071/4 3084/23 3085/15 3089/4 3089/8
3120/19 3121/9 3121/10 3122/4
values [6]  2952/13 3059/18 3060/2
3070/8 3089/6 3100/2
valve [1]  3032/9
valves [2]  2949/12 3033/20
variable [4]  2949/4 2963/20 3072/21
3080/2
variance [1]  3069/22
variations [4]  2951/22 3039/12 3076/24
3077/2
varied [3]  3084/12 3103/11 3103/12
varies [2]  3034/13 3084/21
various [18]  2943/23 2943/24 2944/5
2949/13 3000/16 3032/9 3037/3
3037/10 3042/8 3044/7 3045/17
3055/25 3056/14 3057/6 3059/15
3066/17 3074/6 3103/12
vary [2]  3034/9 3084/4
varying [4]  3021/5 3074/24 3084/7
3090/1
Vaziri [8]  2935/15 2935/22 2936/5
2958/1 2958/6 2958/10 2959/12
2963/14

Vaziri's [7]  2937/6 2957/21 2957/25
2958/5 2961/23 3026/10 3041/4
VBR [1]  3058/1
VBRs [1]  2963/22
velocities [3]  2995/16 3049/1 3100/1
velocity [4]  3048/14 3089/4 3089/5
3089/7
vent [4]  3098/19 3098/20 3098/23
3101/9
vents [2]  3098/14 3098/22
version [5]  2925/2 2925/5 2946/4
3098/8 3104/1
versus [1]  2935/21
vertical [4]  2989/20 3042/7 3067/10
3081/6
very [83]  2924/5 2927/24 2928/9
2934/11 2935/8 2935/18 2935/20
2935/22 2936/7 2936/9 2936/13
2938/20 2939/12 2939/14 2939/16
2939/16 2942/3 2945/4 2946/24 2956/4
2958/11 2965/4 2968/3 2968/11
2974/17 2981/14 2982/16 2984/15
2990/11 2992/12 2992/15 2992/21
2992/23 2992/23 2997/21 3002/10
3002/25 3002/25 3007/21 3010/23
3020/20 3020/23 3020/23 3022/8
3022/8 3022/12 3023/24 3023/25
3027/8 3028/15 3030/12 3034/19
3034/20 3036/1 3036/2 3037/1 3040/16
3041/6 3041/7 3044/12 3046/20
3048/14 3049/7 3050/3 3057/17
3058/18 3060/8 3060/8 3065/20
3066/13 3068/2 3068/4 3090/10 3094/4
3094/15 3094/15 3100/6 3100/6
3103/13 3106/24 3112/6 3116/11
3128/16
video [5]  3068/4 3099/19 3118/18
3119/1 3119/4
videotape [1]  3124/18
view [6]  2934/4 2966/20 2968/11
2981/21 3087/8 3124/2
violates [1]  2940/5
virtue [2]  3058/16 3086/20
viscosity [3]  2963/25 2964/4 2964/10
visiting [1]  3054/10
visual [1]  3114/10
void [4]  2983/15 2983/25 2984/12
2984/15
voids [2]  2982/7 3011/20
VOIR [2]  2966/1 3031/1
volume [18]  2936/5 2960/18 2976/25
2977/6 2982/8 2983/13 2983/14
2983/16 2983/17 2983/19 2983/20
2983/25 2984/11 2984/12 2984/14
3047/8 3099/19 3108/17

# W

wait [6]  2942/9 2980/20 2980/20
2980/20 2981/16 2999/10
walk [3]  3032/2 3074/18 3116/16
walked [1]  3069/3
walls [4]  3048/15 3048/16 3048/17
3048/18
want [19]  2927/8 2932/24 2947/13
2948/16 2961/2 2963/10 2964/13
2999/13 3006/8 3028/2 3045/3 3086/3
3088/2 3102/10 3112/24 3118/14
3119/10 3126/8 3127/10
wanted [6]  2958/13 2959/21 2960/1
3007/9 3056/3 3121/5
wants [2]  3122/24 3122/25
WARREN [1]  2921/15
was [343]

Washington [5]  2919/8 2919/16 2920/8
2920/11 2921/4
washout [1]  3015/23
wasn't [19]  2949/1 2956/2 2957/17
2959/11 2960/23 2961/4 2988/21
3001/20 3079/25 3089/9 3094/17
3094/19 3099/8 3101/14 3104/10
3112/23 3116/23 3121/4 3125/15
water [11]  3009/12 3009/14 3009/14
3009/16 3009/17 3021/9 3027/10
3027/19 3034/10 3034/10 3034/12
water-based [1]  3009/17
water-borne [2]  3021/9 3027/19
water:cement [1]  2975/25
Watson [3]  3110/25 3111/5 3111/6
wave [2]  2987/16 2987/16
way [46]  2926/1 2926/10 2927/9
2929/16 2931/5 2932/17 2934/21
2937/22 2938/3 2939/9 2940/20 2942/6
2945/20 2948/4 2959/10 2970/8
2974/11 2979/8 2980/21 2991/24
2994/8 3010/20 3018/2 3020/16 3022/3
3030/18 3033/3 3037/5 3039/24 3044/4
3044/12 3062/24 3069/23 3077/11
3080/2 3080/13 3081/20 3087/11
3089/12 3090/14 3100/1 3111/20
3114/20 3127/12 3127/13 3129/10
ways [1]  2937/24
we [436]
we'd [1]  3089/5
we'll [7]  2946/1 2972/20 2973/5 3123/8
3124/24 3126/16 3126/16
we're [3]  3033/10 3118/25 3124/1
we've [7]  3045/5 3045/9 3068/13 3116/7
3116/9 3125/22 3129/17
weak [1]  2992/15
Web [1]  3094/9
wedged [1]  3058/4
week [3]  2930/2 2962/14 2997/2 2997/9
3087/19 3112/21 3125/6 3127/15
3127/15
weeks [9]  2935/17 2935/18 2937/2
2937/3 2938/13 2938/14 2958/16
2963/16 3099/12
weeks' [1]  2935/21
Weimar [1]  2966/22
Weiner [1]  2921/11
Weitz [1]  2918/9
well [298]
Well-Kill [1]  3065/13
well-known [2]  2983/22 3023/25
wellbore [16]  2948/19 2948/21 2948/25
2949/15 2950/16 3001/19 3018/6
3053/12 3059/23 3078/22 3079/2
3079/17 3080/12 3102/14 3102/17
3105/10
wells [8]  3034/11 3035/5 3041/4 3041/5
3064/11 3109/16 3110/1 3110/2
went [15]  2924/4 2924/17 2924/18
2931/17 2933/25 2941/20 2962/2
2978/13 3031/21 3032/13 3037/9
3037/14 3085/18 3091/7 3100/10
were [103]  2924/3 2924/9 2925/1
2925/25 2926/12 2935/17 2943/23
2943/25 2944/2 2944/6 2944/12
2944/13 2945/11 2945/12 2949/7
2949/12 2949/14 2949/23 2950/1
2950/8 2951/6 2953/5 2955/4 2956/5
2956/7 2956/19 2961/12 2961/25
2962/6 2962/11 2962/11 2962/16
2962/22 2963/23 2963/25 2964/4
2969/13 2969/16 2971/22 2972/17
2975/7 2978/21 2979/5 2979/6 2987/21

W

were... [58] 2988/14 2991/1 2991/7
2994/4 2995/3 2995/6 2999/6 3003/14
3003/25 3004/7 3015/6 3017/5 3018/2
3018/4 3018/6 3023/6 3023/7 3023/14
3023/16 3023/17 3025/10 3031/11
3036/15 3036/20 3037/18 3040/14
3040/16 3040/18 3043/3 3043/20
3050/10 3051/10 3052/7 3055/23
3055/25 3056/24 3058/11 3059/24
3071/18 3075/20 3077/6 3084/7
3088/22 3091/11 3094/4 3095/4
3097/13 3098/9 3102/18 3103/4 3103/7
3103/24 3107/14 3111/5 3112/21
3118/19 3123/15 3125/7
weren't [7] 2927/10 2946/25 3001/15
3014/17 3017/3 3017/5 3085/20
wetted [1] 3116/2
what [350]
what's [25] 2968/1 2993/14 3003/1
3039/4 3039/19 3040/25 3041/4 3041/5
3041/11 3041/14 3041/15 3055/8
3057/1 3057/9 3081/13 3081/23 3088/4
3092/20 3096/17 3100/19 3107/8
3108/14 3112/4 3122/4 3124/3
whatever [14] 2981/19 2997/13 2999/12
3007/13 3011/20 3033/10 3043/5
3062/16 3062/19 3066/18 3086/2
3105/7 3113/9 3129/16
when [64] 2924/4 2924/17 2927/5
2927/11 2927/20 2927/22 2931/11
2938/12 2938/18 2938/19 2939/11
2947/15 2956/15 2960/2 2960/9 2964/5
2978/2 2982/14 2987/4 2992/14 3000/7
3001/18 3001/22 3007/8 3009/5 3012/4
3016/9 3032/21 3033/5 3039/16
3040/24 3042/16 3045/20 3049/5
3052/2 3053/8 3053/22 3053/25
3054/10 3055/10 3056/10 3058/19
3058/20 3063/25 3065/6 3066/1
3070/14 3080/11 3080/16 3089/5
3089/12 3092/8 3100/3 3101/2 3101/8
3101/10 3105/13 3110/18 3112/7
3115/1 3116/2 3116/7 3124/4 3124/19
whenever [1] 2927/19
where [64] 2929/6 2930/5 2932/1
2932/7 2933/3 2937/3 2939/6 2940/5
2948/3 2949/9 2954/17 2956/13 2966/4
2968/4 2968/23 2968/25 2971/25
2977/12 2980/8 2984/7 2984/10 2991/3
2994/18 3000/24 3002/12 3014/21
3015/10 3015/11 3023/9 3029/23
3031/5 3031/23 3032/7 3032/13
3034/20 3034/21 3037/3 3040/25
3041/7 3054/23 3055/25 3056/9
3057/23 3064/12 3070/3 3070/12
3070/22 3071/8 3073/15 3074/11
3084/3 3084/6 3088/22 3090/21
3092/18 3093/16 3099/13 3108/14
3113/13 3117/13 3122/13 3127/25
3128/11 3128/12
whereas [4] 2951/17 2967/25 3089/23
3089/25
whether [41] 2928/24 2932/8 2946/3
2960/25 2963/22 2964/3 2964/18
2977/24 2980/3 2981/17 2981/21
2981/23 2987/8 2989/12 2991/22
2991/25 2992/6 2998/10 2999/5
3006/21 3006/22 3007/19 3010/10
3011/14 3023/24 3030/7 3034/7
3053/25 3055/11 3055/11 3055/12
3066/23 3076/9 3077/2 3083/1 3091/23

3097/19 3098/18 3103/6 3110/11
3119/20
which [90] 2927/22 2928/11 2933/12
2933/25 2937/7 2937/9 2944/4 2944/22
2946/23 2954/13 2955/11 2955/22
2955/25 2956/14 2960/6 2960/11
2963/10 2970/22 2973/11 2973/14
2973/15 2974/22 2976/3 2981/6
2981/24 2982/3 2986/7 2986/8 2986/16
2990/5 2997/20 3006/5 3006/15
3012/14 3012/16 3022/8 3029/3
3031/24 3032/17 3035/3 3039/17
3042/10 3042/13 3042/16 3044/6
3045/10 3045/25 3046/3 3046/16
3046/23 3046/24 3047/10 3047/11
3048/22 3048/23 3050/4 3052/15
3054/10 3055/16 3055/17 3058/10
3058/23 3061/24 3067/16 3069/12
3069/25 3070/24 3073/18 3074/24
3075/2 3078/22 3079/18 3081/2 3089/8
3090/25 3097/13 3100/25 3102/14
3105/4 3108/23 3110/7 3111/18 3114/5
3116/3 3116/4 3116/9 3116/12 3123/16
3127/15 3128/15
whichever [1] 2937/22
while [7] 2962/7 2967/16 2978/13
3032/4 3072/21 3093/11 3123/22
Whiteley [1] 2919/2
Whitson [6] 2953/8 2953/14 2953/17
3105/23 3106/16 3108/25
Whitson's [2] 2953/13 2955/24
who [14] 2935/15 2962/15 2984/16
2997/25 2999/7 3002/1 3014/9 3071/11
3093/7 3107/2 3107/3 3108/22 3126/10
3126/11
whole [11] 2925/15 2930/18 2938/12
2947/14 2961/25 3039/2 3043/24
3067/2 3089/23 3101/17 3103/14
why [34] 2924/7 2939/8 2942/20 2943/2
2949/8 2949/11 2977/8 2978/8 2979/19
2998/23 2999/1 2999/11 3016/9
3040/20 3043/3 3043/22 3046/11
3051/7 3054/7 3065/9 3076/18 3077/9
3086/25 3087/22 3109/24 3120/9
3120/25 3121/9 3121/13 3123/15
3123/17 3129/9 3129/13 3129/15
wide [2] 3020/19 3051/1
widely [1] 3112/5
wider [1] 3074/8
will [60] 2929/3 2930/19 2931/12
2931/20 2932/3 2932/25 2936/8 2952/2
2965/10 2965/13 2965/22 2966/20
2973/19 2973/20 2973/21 2973/23
2976/4 2983/3 2986/1 2989/16 2989/20
2989/21 2992/1 2992/24 2999/15
3005/25 3022/6 3023/24 3030/16
3034/2 3034/12 3034/19 3034/25
3038/9 3039/20 3046/14 3052/24
3066/14 3066/16 3076/20 3076/21
3078/14 3093/8 3093/11 3094/20
3096/21 3102/2 3116/17 3116/24
3117/25 3118/16 3119/25 3124/6
3124/18 3124/23 3126/5 3129/6
3129/19 3129/20 3130/5
WINFIELD [1] 2918/19
wise [1] 3112/2
wish [1] 3125/20
withdrew [2] 2940/3 2989/4
within [15] 2948/25 2960/8 2961/1
2968/4 2985/22 3048/1 3111/9 3111/21
3113/11 3113/14 3113/16 3113/17
3113/22 3113/23 3114/21
without [4] 2964/24 2996/3 2998/24

3095/17
witness [4] 2933/24 2940/25 2965/9
2965/11 2969/11 2981/18 2998/10
3006/18 3007/8 3030/14 3030/15
3093/14 3096/20 3123/2 3124/17
3126/11
witness' [1] 3007/16
witnesses [4] 3041/17 3119/19 3124/4
3124/22
won [1] 3119/6
won't [4] 2956/16 3045/19 3125/7
3126/17
Woodside [1] 3035/18
word [9] 2930/19 2931/12 2940/5
3013/24 3033/5 3035/25 3044/1
3115/13 3115/20
wording [1] 3000/14
words [6] 2950/1 2950/6 3014/17
3041/19 3061/17 3076/6
work [83] 2951/8 2956/15 2958/23
2959/10 2965/1 2968/13 2968/16
2968/20 2969/21 2970/1 2970/7 2970/8
2971/19 2971/19 2973/9 2974/5
2974/18 2977/16 2989/19 2996/14
2996/15 2997/17 3001/9 3002/22
3015/7 3016/18 3016/18 3016/22
3016/22 3028/22 3029/16 3032/9
3032/10 3032/14 3032/24 3034/2
3034/5 3034/7 3034/8 3034/14 3034/19
3035/1 3035/8 3035/11 3035/16
3035/20 3036/14 3036/17 3037/6
3038/21 3039/8 3040/20 3040/25
3043/13 3043/16 3043/18 3043/21
3044/18 3052/18 3064/11 3064/16
3065/5 3065/11 3065/23 3066/8
3067/25 3068/10 3072/22 3075/4
3094/6 3094/6 3095/9 3095/14 3095/22
3106/18 3107/22 3107/23 3108/5
3109/25 3111/6 3112/12 3112/25
3113/16
worked [5] 2958/23 3028/9 3032/18
3094/11 3107/4
working [5] 2964/18 2967/12 2973/22
3033/13 3064/8
works [4] 2958/25 2989/12 3110/24
3111/20
world [1] 3110/2
worldwide [1] 2969/9
worried [1] 2956/1
worry [1] 3044/9
worth [2] 3096/13 3096/16
would [148] 2929/9 2929/9 2931/23
2932/25 2933/4 2934/9 2934/21
2936/12 2936/25 2939/20 2939/22
2939/24 2941/2 2942/21 2942/24
2943/5 2943/15 2944/5 2944/15
2944/25 2945/9 2945/13 2947/3
2947/13 2949/18 2950/3 2950/5 2950/9
2950/23 2952/8 2952/19 2953/2 2953/9
2953/14 2955/17 2956/7 2956/8
2956/19 2960/4 2961/1 2962/15
2964/21 2964/24 2965/1 2967/18
2968/1 2968/4 2970/22 2971/11
2972/15 2972/24 2973/2 2975/19
2975/20 2976/8 2976/13 2978/3 2978/5
2978/7 2979/1 2979/9 2982/8 2982/16
2984/22 2984/24 2985/17 2985/21
2990/22 2991/22 2992/7 2993/1 2994/7
2996/22 2998/4 3001/6 3001/12 3002/9
3002/9 3003/9 3005/16 3006/3 3008/19
3008/21 3009/4 3009/13 3009/16
3010/21 3010/24 3013/7 3013/8
3014/13 3016/5 3017/2 3017/9 3017/18

## W

would... [53]  3024/15 3025/16 3025/17
3026/3 3026/7 3027/3 3027/6 3032/23
3035/14 3038/2 3040/17 3046/2 3046/4
3050/7 3050/9 3060/9 3062/23 3064/9
3066/20 3068/9 3071/7 3072/15 3074/7
3075/10 3077/19 3084/10 3084/22
3086/23 3090/12 3090/12 3091/15
3092/22 3094/14 3095/1 3095/5
3099/12 3099/17 3100/20 3103/6
3104/6 3108/19 3109/6 3109/7 3110/3
3112/7 3112/9 3113/3 3115/22 3118/24
3125/13 3126/13 3127/14 3128/23
wouldn't [9]  2939/20 2940/8 2947/1
2998/22 3025/3 3095/3 3095/6 3095/7
3096/10
Wright [1]  2917/21
write [5]  2941/12 2950/2 2964/10
2994/16 2997/8
writes [1]  3027/15
writing [4]  2998/16 3032/4 3119/10
3124/13
written [2]  2923/22 2997/4
wrong [4]  2924/18 3029/11 3044/1
3078/6
wrote [2]  2987/4 3001/1

## X

X-axis [4]  2929/17 2992/5 3067/9
3081/5

## Y

Y-axis [2]  3067/8 3081/5
yards [1]  3037/10
yeah [37]  2931/7 2952/9 2954/21
3005/10 3017/23 3021/17 3024/8
3028/18 3029/21 3031/20 3032/4
3036/7 3036/13 3040/8 3041/13
3042/21 3057/15 3057/17 3066/6
3067/22 3067/25 3068/18 3069/18
3070/23 3091/17 3095/17 3096/10
3103/3 3104/3 3105/2 3106/15 3108/13
3108/16 3115/12 3119/21 3123/4
3125/17
year [5]  3032/19 3037/9 3095/12
3095/21 3095/22
years [8]  2968/19 3002/8 3032/6 3032/7
3032/12 3032/25 3046/10 3093/24
yellow [2]  3045/6 3050/2
yes [293]
yesterday [1]  3118/24
Yet [1]  3101/10
yield [2]  3084/22 3123/1
York [3]  2918/11 2918/11 2921/8
you [990]
you'll [2]  3046/15 3046/16
you're [36]  2925/19 2927/17 2943/21
2946/22 2949/14 2949/17 2956/18
2956/25 2959/12 2992/6 2995/3
2995/23 2996/18 2997/24 2997/24
2999/11 2999/22 3001/6 3001/12
3001/25 3007/10 3015/15 3028/25
3075/25 3096/14 3097/4 3097/8
3098/18 3098/24 3103/21 3103/21
3109/20 3112/1 3115/24 3118/7 3125/6
you've [4]  3028/9 3048/10 3074/10
3116/15
you-all [1]  3129/15
your [379]
Your Honor [69]  2924/14 2926/15
2929/7 2940/1 2941/7 2945/22 2947/9
2951/16 2952/17 2959/14 2960/1

2965/12 2965/21 2971/20 2972/3
2972/06 2978/16 2979/09 2981/5
2981/9 2981/14 2982/19 2982/22
2987/2 2988/17 2989/2 2998/2 2998/12
2999/3 2999/17 3003/15 3005/13
3050/7 3006/8 3007/11 3007/21
3008/15 3013/5 3013/11 3014/13
3014/19 3016/2 3016/6 3025/24 3026/4
3030/10 3077/21 3085/25 3093/8
3093/11 3096/21 3109/2 3114/24
3115/3 3118/23 3119/5 3120/17 3121/3
3121/16 3121/22 3122/2 3123/3 3123/5
3124/11 3125/25 3127/19 3129/6
3129/12 3129/21
yours [1]  3006/15
yourself [2]  2966/3 3110/24

## Z

Z-I-C-K [1]  3106/7
Zaldivar [2]  3067/25 3068/12
Zaldivar's [2]  3068/10 3075/4
zero [8]  2930/25 2931/5 2931/14
2933/23 3025/4 3070/17 3070/19
3072/6
Zick [3]  3106/7 3106/16 3108/25
Zick's [1]  3106/5
Zimmerman [1]  3121/17
Zimmerman's [2]  3120/18 3120/20
zoom [1]  3057/18