09:31:22

                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

    ***************************************************************

    IN RE:  OIL SPILL BY THE           Docket No. MDL-2179
    OIL RIG *DEEPWATER HORIZON*        Section "J"
    IN THE GULF OF MEXICO ON           New Orleans, LA
    APRIL 20, 2010                     Friday, October 18, 2013
    CIVIL

    ***************************************************************
    IN RE:  THE COMPLAINT AND          Docket No. 10-CV-2771
    PETITION OF TRITON ASSET           Section "J"
    LEASING GmbH, ET AL
    ***************************************************************
    UNITED STATES OF AMERICA           Docket No. 10-CV-4536
    V.                                 Section "J"
    BP EXPLORATION & PRODUCTION,
    INC., ET AL
    ***************************************************************
                        DAY 12, MORNING SESSION
                 TRANSCRIPT OF NON-JURY TRIAL PROCEEDINGS
                HEARD BEFORE THE HONORABLE CARL J. BARBIER
                        UNITED STATES DISTRICT JUDGE


    APPEARANCES:

    FOR THE PLAINTIFFS:                HERMAN HERMAN & KATZ
                                       BY:  STEPHEN J. HERMAN, ESQ.
                                       820 O'Keefe Ave.
                                       New Orleans, LA 70113

                                       DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                       BY:  JAMES P. ROY, ESQ.
                                       P. O. Box 3668
                                       556 Jefferson St.
                                       Lafayette, LA 70502-3668

                                       LEVIN PAPANTONIO THOMAS MITCHELL
                                       RAFFERTY & PROCTOR
                                       BY:  BRIAN H. BARR, ESQ.
                                       316 South Baylen Street, Suite 600
                                       Pensacola, FL 32502

                                       WEITZ & LUXENBERG
                                       BY:  ROBIN L. GREENWALD, ESQ.
                                       700 Broadway
                                       New York, NY 10003

```
 1                                    IRPINO LAW FIRM
                                      BY: ANTHONY IRPINO, ESQ.
 2                                    2216 Magazine Street
                                      New Orleans, LA 70130
 3
                                      LUNDY LUNDY SOILEAU & SOUTH
 4                                    BY:  MATTHEW E. LUNDY, ESQ.
                                      501 Broad Street
 5                                    Lake Charles, LA 70601

 6                                    MORGAN & MORGAN
                                      BY:  FRANK M. PETOSA, ESQ.
 7                                    600 N. Pine Island Rd., Suite 400
                                      Plantation, FL 33324
 8

 9   FOR THE STATE OF LOUISIANA:      KANNER & WHITELEY
                                      BY:  ALLAN KANNER, ESQ.
10                                         DOUGLAS R. KRAUS, ESQ.
                                      701 Camp St.
11                                    New Orleans, LA 70130

12
13   FOR THE STATE INTERESTS:         ATTORNEY GENERAL OF ALABAMA
                                      BY:  COREY L. MAZE, ESQ.
13                                         WINFIELD J. SINCLAIR, ESQ.
                                      500 Dexter Ave.
14                                    Montgomery, AB 36130

15
16   FOR THE UNITED STATES
     DEPARTMENT OF JUSTICE:           U.S. DEPARTMENT OF JUSTICE
17                                    ENVIRONMENTAL ENFORCEMENT SECTION
                                      BY:  SARAH HIMMELHOCH, ESQ.
18                                         A. NATHANIEL CHAKERES, ESQ.
                                           STEVEN O'ROURKE, ESQ.
19                                         SCOTT CERNICH, ESQ.
                                           THOMAS BENSON, ESQ.
20                                         ANNA CROSS, ESQ.
                                           BETHANY ENGEL, ESQ.
21                                         RICHARD GLADSTEIN, ESQ.
                                           JUDY HARVEY, ESQ.
22                                    P.O. Box 7611
                                      Washington, DC 20044
23
                                      U.S. DEPARTMENT OF JUSTICE
24                                    TORTS BRANCH, CIVIL DIVISION
                                      BY:  STEPHEN G. FLYNN, ESQ.
25                                    P.O. Box 14271
                                      Washington, DC 20044-4271
```

```
 1
     FOR BP AMERICA INC., BP
 2   AMERICA PRODUCTION COMPANY,
     BP COMPANY NORTH AMERICA,
 3   INC., BP CORPORATION NORTH
     AMERICA, INC., BP EXPLORATION &
 4   PRODUCTION INC., BP HOLDINGS
     NORTH AMERICA LIMITED, BP
 5   PRODUCTS NORTH AMERICA INC.:      LISKOW & LEWIS
                                       BY:  DON K. HAYCRAFT, ESQ.
 6                                     One Shell Square, Suite 5000
                                       701 Poydras St.
 7                                     New Orleans, LA 70139

 8                                     COVINGTON & BURLING
                                       BY:  ROBERT C. "MIKE" BROCK, ESQ.
 9                                     1201 Pennsylvania Ave., NW
                                       Washington, DC 20004
10
                                       KIRKLAND & ELLIS
11                                     BY:  J. ANDREW LANGAN, ESQ.
                                            HARIKLIA KARIS, ESQ.
12                                          MATTHEW T. REGAN, ESQ.
                                            BARRY E. FIELDS, ESQ.
13                                          PAUL D. COLLIER, ESQ.
                                       300 N. LaSalle
14                                     Chicago, IL 60654

15                                     KIRKLAND & ELLIS
                                       BY:  ROBERT R. GASAWAY, ESQ.
16                                          JOSEPH A. EISERT, ESQ.
                                            BRIDGET K. O'CONNOR, ESQ.
17                                     655 Fifteenth St., N.W.
                                       Washington, D.C. 20005
18
                                       KIRKLAND & ELLIS, LLP
19                                     BY:  MARTIN BOLES, ESQ.
                                       333 South Hope St.
20                                     Los Angeles, CA 90071

21   FOR HALLIBURTON
     ENERGY SERVICES, INC.:            GODWIN LEWIS
22                                     BY:  DONALD E. GODWIN, ESQ.
                                            SEAN W. FLEMING, ESQ.
23                                          JENNY L. MARTINEZ, ESQ.
                                            BRUCE W. BOWMAN, JR., ESQ.
24                                          PRESCOTT W. SMITH, ESQ.
                                       Renaissance Tower
25                                     1201 Elm St., Suite 1700
                                       Dallas, TX 75270
```

OFFICIAL TRANSCRIPT

1
2                                       GODWIN LEWIS
                                        BY:  R. ALAN YORK, ESQ.
                                             GWEN E. RICHARD, ESQ.
3                                       4 Houston Center
                                        1331 Lamar, Suite 1665
4                                       Houston, TX 77010

5
       FOR ANADARKO PETROLEUM
6      CORPORATION, ANADARKO E&P
       COMPANY, LP:                     KUCHLER POLK SCHELL WEINER &
7                                        RICHESON
                                        BY:  DEBORAH D. KUCHLER, ESQ.
8                                       1615 Poydras St., Suite 1300
                                        New Orleans, LA 70112
9
                                        BINGHAM McCUTCHEN
10                                      BY:  WARREN A. FITCH, ESQ.
                                             KY E. KIRBY, ESQ.
11                                      2020 K Street, N.W.
                                        Washington, D.C. 20006
12

13     FOR TRANSOCEAN HOLDINGS, LLC,
       TRANSOCEAN OFFSHORE DEEPWATER
14     DRILLING INC., AND TRANSOCEAN
       DEEPWATER
15     INC.:                            FRILOT
                                        BY:  KERRY J. MILLER, ESQ.
16                                      Energy Centre, 36th Floor
                                        1100 Poydras St.
17                                      New Orleans, LA 70163

18                                      SUTHERLAND ASBILL & BRENNAN
                                        BY:  STEVEN L. ROBERTS, ESQ.
19                                      1001 Fannin St., Suite 3700
                                        Houston, TX 77002
20
                                        MUNGER TOLLES & OLSON
21                                      BY:  MICHAEL R. DOYEN, ESQ.
                                             BRAD D. BRIAN, ESQ.
22                                           LUIS LI, ESQ.
                                             GRANT A. DAVIS-DENNY, ESQ.
23                                           TAMERLIN J. GODLEY, ESQ.
                                        355 South Grand Ave., 35th Floor
24                                      Los Angeles, CA 90071-1560

25

```
 1                                    ALLEN J. KATZ, ESQ.
                                      316 East Diamond Avenue
 2                                    Gaithersburg, MD 20877

 3

     FOR THE STATE OF TEXAS:         OFFICE OF THE ATTORNEY GENERAL
 4                                   BY:  CRAIG PRITZLAFF, ESQ.
                                          THOMAS H. EDWARDS, ESQ.
 5                                   ASSISTANT ATTORNEY GENERAL
                                     P.O. Box 12548
 6                                   Austin, TX 78711-2548

 7

     FOR THE STATE OF FLORIDA:       NIX PATTERSON & ROACH
 8                                   BY:  S. DRAKE MARTIN, ESQ.
                                     1701 E. Count Highway 30-A
 9                                   Suite 201-B
                                     Santa Rosa Beach, FL 32459
10
                                     OFFICE OF THE ATTORNEY GENERAL
11                                   STATE OF FLORIDA
                                     BY:  RUSSELL S. KENT, ESQ.
12                                   The Capitol, PL-01
                                     Tallahassee, FL 32399
13

14   FOR THE STATE OF MISSISSIPPI:   MIKE MOORE LAW FIRM
                                     BY:  DAVID LEE MARTIN, ESQ.
15                                   10 Canebrake Blvd., Suite 150
                                     Flowood, MS 39232
16
                                     McCRANEY MONTAGNET QUIN NOBLE
17                                   BY:  WILLIAM M. QUIN, II, ESQ.
                                     602 Steed Rd., Suite 200
18                                   Ridgeland, MS 39157

19

     OFFICIAL COURT REPORTER:        Karen A. Ibos, CCR, RPR, CRR, RMR
20                                   500 Poydras Street, Room HB-406
                                     New Orleans, LA 70130
21                                   (504) 589-7776

22

          Proceedings recorded by mechanical stenography, transcript
23   produced by computer.

24

25
```

1

2                               <u>I N D E X</u>

3

4

5   <u>WITNESSES FOR BP/ANADARKO</u>:                    PAGE/LINE:

6   <u>ADRIAN JOHNSON</u>

7     Continued Cross-Examination by Mr. Benson      3137/24

8     Redirect Examination by Mr. Regan             3174/24

9

10  <u>DEFENDANTS REST</u>                              3178/11

11

12

13  <u>WITNESSES FOR THE GOVERNMENT</u>:

14  <u>LIEF LARSEN</u>

15    Voir Dire Examination by Ms. Himmelhoch       3184/22

16    Direct Examination by Ms. Himmelhoch          3191/3

17    Cross-Examination by Mr. Boles                3217/20

18

19  <u>JEAN-CLAUDE ROEGIERS</u>

20    Voir Dire Examination by Ms. Harvey           3244/7

21    Direct Examination by Ms. Harvey              3249/2

22

23

24

25

<u>P R O C E E D I N G S</u>

(FRIDAY, OCTOBER 18, 2013)

(MORNING SESSION)

08:09:24   5    (OPEN COURT.)

08:09:24   6        THE COURT:  Good morning, everyone.  Please be seated.

08:09:30   7   All right.  Do we have any preliminary matters to take up?

08:09:36   8        MR. BENSON:  I don't believe so, your Honor.

08:09:38   9        THE COURT:  All right.  I think this is pretty much

08:09:43  10   irrelevant at this point, but I'll announce it anyway.  Times:  The

08:09:48  11   United States has used 20 hours and 50 minutes; they have 24:10

08:09:54  12   remaining.  And BP and Anadarko have used 25 hours and 33 minutes;

08:10:00  13   they have 19 hours and 27 remaining.  So quite obviously we'll end

08:10:06  14   up with surplus time; which proves my point.  I've been telling

08:10:11  15   Judge Shushan all along that she gave y'all too much time.  Next

08:10:15  16   time I'll take her number and cut it in half, we'll probably come

08:10:20  17   out with the right number.

08:10:20  18        All right.  Ready to proceed?  You're still under oath,

08:10:20  19   sir.

08:10:24  20        THE WITNESS:  Yes, sir.

08:10:25  21        THE COURT:  Go ahead.

08:10:26  22        MR. BENSON:  Thank you, your Honor.

08:10:28  23                   CONTINUED CROSS-EXAMINATION

08:10:28  24   BY MR. BENSON:

08:10:28  25   Q.  Dr. Johnson, good morning.  Tom Benson for the United States

08:10:31  1  continuing your cross-examination.

08:10:33  2  A.  Good morning.

08:10:33  3  Q.  If we could have Demonstrative 21266, please.

08:11:51  4       MR. BENSON:  This is a cured version of 21266 that we

08:11:55  5  changed in order, I think, to cure the objection.  I don't know if

08:11:58  6  that suffices.

08:11:59  7       MR. REGAN:  Yes, that was the objection.  Thank you for

08:12:02  8  curing it.

08:12:03  9       MR. BENSON:  Thank you, Mr. Regan.

08:12:06 10  BY MR. BENSON:

08:12:06 11  Q.  Dr. Johnson, we were talking yesterday about how we've got a

08:12:07 12  drill pipe within a production casing, correct?

08:12:10 13  A.  That's correct, yes.

08:12:10 14  Q.  And that's what you modelled in Maximus?

08:12:13 15  A.  That's correct, yes.

08:12:13 16  Q.  And what we've done here is just set forth the area of the true

08:12:17 17  geometry and the Maximus geometry, and let's walk through that.

08:12:20 18  The drill pipe, the inner diameter is known and it's pretty simple

08:12:25 19  to calculate the cross-sectional area for the drill pipe, right,

08:12:28 20  you get about 18 square inches?

08:12:30 21  A.  Yes, that's correct.

08:12:31 22  Q.  And in your Maximus model, you used a hydraulic diameter to

08:12:35 23  reflect the production casing geometry, right?

08:12:38 24  A.  No.  We used the hydraulic diameter to reflect the geometry of

08:12:45 25  the annulus, so the area of the annulus and the wetted perimeter of

08:12:50  1    that annulus; so that's the outer surface of the drill pipe and the

08:12:54  2    inner surface of the production casing.

08:12:55  3    Q.  So what we're talking about, just so we're on the same page,

08:12:59  4    we're talking about an annulus here, because they're different

08:13:03  5    annuli in the system, we're talking about the space between the

08:13:05  6    outside of the drill pipe and the inside of the production casing,

08:13:08  7    correct?

08:13:09  8    A.  Yes, that's what the annulus is, yes; and of course, the

08:13:13  9    surfaces of that annulus take into account as well.

08:13:16 10    Q.  And so the hydraulic diameter you used to calculate that

08:13:19 11    annulus is the difference between the inner diameter of the

08:13:23 12    production casing and the outer diameter of the drill pipe,

08:13:26 13    correct?

08:13:28 14    A.  Yes, that's correct.  That's how it comes out.  The actual

08:13:31 15    equation is four times the area of the annulus divided by the

08:13:35 16    wetted perimeter.  But when you do the arithmetic, you find that it

08:13:42 17    comes out to the difference in the two diameters, yes.

08:13:44 18           THE COURT:  So you're basically excluding or deducting

08:13:49 19    the inside diameter of the drill pipe?

08:13:53 20           THE WITNESS:  No.  What we're doing is, there's a

08:13:55 21    standard formula that's used throughout the industry and can be

08:13:59 22    found in many textbooks for working out hydraulic diameter for any

08:14:04 23    non-circular cross-section, so non-circular pipe.  And that is four

08:14:09 24    times the cross-sectional area of that non-circular pipe divided by

08:14:18 25    this wetted perimeter that I was referring to, which is the surface

3140

08:14:21 1   over which the fluid is traveling.  And when you do that

08:14:24 2   calculation for this annulus geometry, it just happens to come out

08:14:28 3   as the difference in the diameters between the inside of the

08:14:32 4   production casing and the outside of the drill pipe.

08:14:36 5             THE COURT:  So is that another way of saying what I said

08:14:40 6   that you're effectively deducting the inside diameter of the drill

08:14:43 7   pipe?

08:14:44 8             THE WITNESS:  Well, the -- small difference, but the

08:14:47 9   outside diameter of the drill pipe, yes, from the inside diameter

08:14:51 10  of the production casing.

08:14:52 11            THE COURT:  Does that in any way assume that there was no

08:14:55 12  flow through the drill pipe?

08:14:56 13            THE WITNESS:  Oh, no, no, no.  This is just to obtain a

08:14:59 14  hydraulic diameter to represent the annulus space, both the

08:15:04 15  cross-sectional area of it and the wetted perimeter.  So it's a far

08:15:09 16  more hydraulically restrictive flow path than would be described

08:15:14 17  purely by the cross-section.

08:15:15 18            THE COURT:  Because you have two round pipes, in essence,

08:15:19 19  one inside the other?

08:15:21 20            THE WITNESS:  That's correct, yes.

08:15:21 21            THE COURT:  And of course, they each have -- well, in the

08:15:24 22  annulus you have an inside surface?

08:15:28 23            THE WITNESS:  That's correct.

08:15:28 24            THE COURT:  But with the drill pipe, you have inside and

08:15:31 25  outside surfaces, which adds some friction or something I suppose,

08:15:35  1    right?

08:15:36  2                THE WITNESS:  Yeah.  The friction --

08:15:37  3                THE COURT:  Is that what you're trying to take out of the

08:15:40  4    equation, so to speak, to come up with this model?

08:15:43  5                THE WITNESS:  No, we're not trying to take it out of the

08:15:46  6    equation.  What we're talking about here is modeling the annulus

08:15:48  7    space, which has the cross-section area and the two wetted

08:15:53  8    surfaces, so the outside of the drill pipe and the inside of the

08:15:56  9    casing.

08:15:57 10                But then a side to that, we model the drill pipe as a

08:16:02 11    pipe, as a normal pipe of the area that you see there with the

08:16:06 12    diameter that you see of 4.778 inches.

08:16:10 13                THE COURT:  You do them separately as two different

08:16:13 14    calculations?

08:16:13 15                THE WITNESS:  No, they're done simultaneously as a

08:16:15 16    network, and it's very important to solve it as a network and

08:16:17 17    that's what we do.

08:16:18 18                So we have a flow coming up the production casing and

08:16:21 19    then that flow splits between the drill pipe and the annulus and

08:16:25 20    the physics of the pressure drop across those two flow paths, and

08:16:30 21    what's going on in the two flow paths in terms of flow rates

08:16:34 22    dictates how much is going up the two flow paths.

08:16:38 23                THE COURT:  But bottom line is, your model, in your

08:16:41 24    opinion, accounts for the flow path, the flow through both the

08:16:45 25    annulus and the drill pipe?

3142

08:16:49  1            THE WITNESS:  Oh, yes, sir; yes, it does.

08:16:50  2            THE COURT:  Go ahead, Mr. Benson.

08:16:52  3            MR. BENSON:  Thank you, your Honor.

08:16:53  4    BY MR. BENSON:

08:16:53  5    Q.  The hydraulic diameter you calculate for this portion of this

08:16:56  6    system in your drill pipe high case with a 9 7/8-inch case and a

08:17:01  7    5 1/2-inch pipe, the hydraulic diameter is 3.125 inches, correct?

08:17:06  8    A.  Yes, correct, that's the hydraulic diameter.

08:17:09  9    Q.  And that gets you an area in your model for the annular space

08:17:12 10    in the production casing of a little bit less than eight square

08:17:16 11    inches, correct?

08:17:17 12    A.  Yes, that's correct.

08:17:17 13    Q.  And now, if we were to look at the actual cross-sectional area

08:17:22 14    in the production casing annulus as it exists in real life, it

08:17:27 15    would be more like 35 square inches, right?

08:17:29 16    A.  That's correct, yes.  But do remember that we need to account

08:17:32 17    for the perimeter, the wetted perimeter, the wetted surfaces of

08:17:37 18    this as well because they're what's making this a very

08:17:41 19    hydraulically restrictive flow path.

08:17:42 20    Q.  And to do the calculation to get that 35 square inches, you

08:17:45 21    would take the area of the entire production casing and then

08:17:49 22    subtract the area of the drill pipe, right?

08:17:51 23    A.  Yes, that's correct.

08:17:52 24    Q.  So in your Maximus modeling, your cross-sectional area for the

08:18:02 25    annular space in the production casing is about four-and-a-half

08:18:07  1    times less than it is in the actual geometry, correct?

08:18:11  2    A.  For the cross-sectional area of the hydraulic diameter is

08:18:17  3    about, yeah, four-and-a-half times less than the actual

08:18:22  4    cross-sectional area of the annulus.  But that's the purpose of

08:18:26  5    that is, what we're doing is we're maintaining the same pressure

08:18:31  6    drop/flow rate relationship between those two flow paths, and we're

08:18:37  7    maintaining the same cross-sectional area to wetted perimeter ratio

08:18:43  8    between those two flow paths, too.  And that's the important thing.

08:18:46  9    That's how we do it.

08:18:47  10   Q.  Let me just make sure we're clear on the area part.  In

08:18:51  11   reality, the cross-sectional area of the production casing annular

08:18:55  12   space is about twice as big as the area of the drill pipe, correct?

08:19:00  13   A.  Sorry, could you repeat that?

08:19:01  14   Q.  Sure.  In reality, the annular space in the production casing

08:19:05  15   of almost 35 square inches is about twice as big as the

08:19:10  16   cross-sectional area of the drill pipe?

08:19:12  17   A.  Yes, roughly, yes.

08:19:14  18   Q.  And in Maximus, it's the other way around, the drill pipe in

08:19:17  19   Maximus has twice as big a cross-sectional area -- more than twice

08:19:21  20   as big a cross-sensational area than the annular twice, right?

08:19:25  21   A.  It's not just in Maximus, that's the way we do it.  That's the

08:19:28  22   way we represent a non-circular geometry where we've got additional

08:19:33  23   wetted perimeter, and that additional wetted perimeter is giving

08:19:38  24   additional drag on the fluids which is causing additional pressure

08:19:41  25   drop; and that needs to be taken account of in the calculation of

08:19:44  1   the pressure drop across that annulus, the pressure drop of that

08:19:47  2   annulus.  And if we didn't do that, we would get the wrong split of

08:19:52  3   flow between the drill pipe and the annulus.

08:19:53  4   Q.  You would agree you have a different area in your model than

08:19:57  5   exists in reality, right?

08:19:59  6   A.  Yes, by necessity, yes.

08:20:00  7   Q.  And it's by a factor of about four-and-a-half?

08:20:03  8   A.  Yes, by necessity to take account of the -- to respect that

08:20:08  9   pressure drop/flow rate relationship.  Because what we're

08:20:11 10   interested in here is getting the right pressure drop across that

08:20:14 11   drill pipe annulus combination so that we can get the right

08:20:18 12   pressure drop pressure at the bottom of the drill pipe, and then we

08:20:21 13   can get the right pressure at the bottom of the well.  And it's

08:20:25 14   that pressure that dictates the back pressure on the reservoir.

08:20:28 15   And that's all important to get the right flow rate out of the

08:20:31 16   reservoir, and that's the number we're interested in.

08:20:34 17   Q.  Can we have Demonstrative 22201, please.  Dr. Johnson, while

08:21:01 18   we're waiting to get that up.  You will agree that the mass flow

08:21:04 19   rate is generally equal to the density times velocity times flowing

08:21:09 20   area, right?

08:21:09 21   A.  Yes.

08:21:10 22   Q.  And the Court heard about that yesterday.  So if you have an

08:21:14 23   incorrect area, either your velocity is going to be wrong or your

08:21:20 24   flow rate is going to be wrong, right?

08:21:22 25   A.  No.  That's not correct.  We have a velocity that is consistent

3145

08:21:28 1  with the correct pressure drop/flow rate relationship for that

08:21:31 2  hydraulic diameter related to the actual geometry of the annulus,

08:21:37 3  so that's what we're respecting here.  We've got to respect that

08:21:41 4  relationship and keep that relationship correct.

08:21:43 5          So we're not trying to find the velocity, that's not what

08:21:47 6  we're interested in.  What we're interested in is the pressure drop

08:21:50 7  across that annulus and drill pipe and, therefore, the split in

08:21:56 8  flow between those two flow paths.  And that's what we've got to

08:21:59 9  make sure we get right, and that's how we do with hydraulic

08:22:03 10 diameter.

08:22:04 11 Q.  So if I'm understanding you right, when you use a hydraulic

08:22:06 12 diameter, you're not necessarily going to have the right velocity

08:22:08 13 for the system, correct?

08:22:09 14 A.  It's the velocity to do with that hydraulic diameter that

08:22:12 15 respects that pressure drop/flow rate relationship.

08:22:15 16 Q.  So again, that would be a different velocity than exists in the

08:22:19 17 actual system?

08:22:19 18 A.  In that annulus, yes, yes; but the mass flow rate into those

08:22:25 19 flow paths is the correct mass flow rate.  I mean, the equation

08:22:30 20 you've got there, that is true.  It's really a single phase

08:22:35 21 condition; we're talking about multiphase conditions here where we

08:22:38 22 have more than one velocity and more than one density.  But, yes,

08:22:41 23 generally that's true.

08:22:42 24 Q.  And we talked to Dr. Zaldivar about this yesterday, and he said

08:22:47 25 this would be true for multiphase conditions as long as you take an

08:22:51  1   average velocity; is that right?

08:22:52  2   A.  You could take a mixture velocity, yes, and you could take a

08:22:55  3   mixture density.

08:22:56  4   Q.  If you have the wrong velocity, you're, in turn, going to have

08:23:00  5   the wrong flow regimes for different parts of the system, right?

08:23:03  6   A.  You have flow regimes consistent with that velocity which are

08:23:06  7   consistent with the pressure drop/flow rate relationship, and that,

08:23:11  8   as I say, I'll repeat it, that's what we need to respect here.  We

08:23:14  9   need to get the correct pressure drop/flow rate relationship to

08:23:18 10   make sure we get the correct split of mass flow between those two

08:23:22 11   flow paths.  And that's what we've done here.  It's a standard way

08:23:25 12   of doing it.

08:23:26 13   Q.  Now, you testified yesterday, I believe, that flow regimes --

08:23:29 14   differences in flow regimes are one of the critical differences

08:23:32 15   between how Maximus modelled this system and how Dr. Griffiths

08:23:35 16   modelled this system, correct?

08:23:37 17   A.  That's correct, yes.

08:23:37 18   Q.  And flow regimes are, in turn, dictated by the density and the

08:23:42 19   velocity of the fluid, right?

08:23:43 20   A.  Yes.  They're dictated by many things and density and velocity

08:23:48 21   of the fluid are two of them, yes.

08:23:49 22   Q.  And so if you don't have the correct velocity, your flow

08:23:53 23   regimes are going to be different, right?

08:23:55 24   A.  They're going to be consistent in that flow path with what we

08:23:59 25   need to respect that pressure flow rate relationship, and that's

08:24:02  1  the all important thing here.  We're interested in that pressure

08:24:05  2  drop across the annulus, that's the all important thing.

08:24:08  3  Q.  Now, you said yesterday that the goal of using an industry

08:24:13  4  model is to track the physics of the system, right?

08:24:17  5  A.  That's correct, yes.

08:24:19  6  Q.  But here you're not tracking the physics, are you, because you

08:24:22  7  don't have the right area and you don't have the right velocity?

08:24:24  8  A.  No.  What we're doing is using a standard method that we've

08:24:28  9  used many times before that you could find in many, many textbooks,

08:24:34 10  that has been proven empirically as well, that can be used to take

08:24:40 11  account of the non-circular cross-section, so an annulus in this

08:24:45 12  case.

08:24:45 13       And so what we're doing is tracking physics, but it's the

08:24:50 14  physics consistent with that pressure flow rate relationship that

08:24:54 15  we've got to respect for that annulus.

08:24:57 16  Q.  The hydraulic diameter concept is just an approximation, right,

08:25:01 17  that folks have used over time to try to approximate physics in a

08:25:06 18  one dimensional model, right?

08:25:07 19  A.  Yes, it's an approximation, yes.  It's what you need to do in

08:25:11 20  the absence of doing CFD or such thing as that.

08:25:16 21  Q.  And you didn't do CFD, computational fluid dynamics modeling

08:25:21 22  here, did you?

08:25:21 23  A.  No, I don't think that was necessary for this comparison.

08:25:23 24  Q.  Let me ask you a question about some of the modeling that BP

08:25:28 25  has done and you've looked at.  Are you aware of BP modeling that

08:25:30    1    shows higher flow rates in the production casing than in the drill

08:25:34    2    pipe?

08:25:34    3    A.  No, I am not aware of that.

08:25:38    4    Q.  Could we have TREX 41026, please.  If we stay on this front

08:25:51    5    page for a minute.  You've seen this document before, right,

08:25:54    6    Dr. Johnson?

08:25:55    7    A.  I have, yes.

08:25:56    8    Q.  And this is Appendix W.  It's Mr. Emilsen's report that was an

08:26:00    9    Appendix to the Bly Report.  And Mr. Emilsen came and testified in

08:26:03   10    the Phase One trial based, in part, on this work.  And you relied

08:26:07   11    on this report, in part, in developing your opinions in this case,

08:26:10   12    correct?

08:26:11   13    A.  Yes, I did, I relied on this to infer a PI at the time of the

08:26:18   14    blowout.

08:26:19   15    Q.  And Mr. Emilsen performed modeling with the industry standard

08:26:24   16    model known as OLGA-Well-Kill, correct?

08:26:27   17    A.  Yes, that's correct, yes.

08:26:28   18    Q.  And that's a hydraulic model designed specifically for blowout

08:26:32   19    situations, right?

08:26:33   20    A.  I believe so, yes.

08:26:35   21    Q.  And as part of his work, Mr. Emilsen studied the blowout

08:26:39   22    potential for the Macondo well, didn't he?

08:26:41   23    A.  Blowout potential.  What do you mean by "blowout potential,"

08:26:46   24    sir?

08:26:47   25    Q.  If we could have, let's see, the first callout 41026.29 and

08:26:53  1   30.1.US.  If we look at the top of the page, Mr. Emilsen says here,

08:27:00  2   "Estimation of the well's flowing potential is important for the

08:27:02  3   determination of the events leading up to the explosion."  Do you

08:27:05  4   see that, Dr. Johnson?

08:27:06  5   A.  I do, yes.

08:27:07  6   Q.  And he describes here Table 3.4 and 3.5 showing the

08:27:14  7   distribution of the flow between the drill pipe and the riser for

08:27:17  8   the scenario of flow through the production casing.  It's a little

08:27:20  9   confusing when he says, "riser" here, he is referring to the

08:27:23 10   annular space.  Do you recall that?

08:27:25 11   A.  Yes, I do remember, vaguely remember some of the confusion like

08:27:29 12   that, yes.

08:27:30 13   Q.  If you see Tables 3.4 and 3.5, in both cases, he shows greater

08:27:38 14   flow up the riser, which is, as we just talked about, the

08:27:41 15   production casing annular space, as compared to the drill pipe.

08:27:46 16   And in each case, he shows more than twice as much flow in the

08:27:50 17   production casing as the drill pipe, correct?

08:27:53 18   A.  Yes, it does appear so, yes.

08:27:55 19   Q.  And in your modeling, you show more flow up the drill pipe than

08:27:58 20   up the production casing, correct?

08:28:00 21   A.  That's correct, yes.

08:28:01 22   Q.  And did you look at any modeling that BP did during the

08:28:06 23   response about how flow would go between the production casing and

08:28:10 24   the drill pipe?

08:28:11 25   A.  No, I didn't look at the model during the response, no.

08:28:14 1   Q.  Let me turn to one last point about the Maximus modeling that
08:28:19 2   you did.  One of the things you did in this case was to make a
08:28:23 3   conversion of PT-B pressures to bottom hole pressures, right?
08:28:27 4   A.  Yes, we did a separate piece of work from most of the rest that
08:28:32 5   we've been discussing, yes, to do that.
08:28:34 6   Q.  But you used the same Maximus model, right?
08:28:37 7   A.  We used a very similar Maximus model.  It was a flow rate
08:28:42 8   specified model instead of a pressure specified model.  That means
08:28:45 9   that in the pressure specified one, which we've been using for the
08:28:48 10  comparison with Dr. Griffiths' work -- with one part of
08:28:51 11  Dr. Griffiths' work should I say, we used -- we had a pressure at
08:28:55 12  the reservoir and pressure at PT-B.  A flow rate specified model
08:28:59 13  means we had a pressure at the top and we were specifying the flow
08:29:02 14  rate up, so we were calculating the pressure at the bottom.
08:29:04 15  Q.  In the type of modeling you're talking about here, a flow rate
08:29:09 16  specified model, you need the correct flow rate if you're going to
08:29:13 17  get the correct bottom hole pressure, right?
08:29:15 18  A.  Yes, you do, yes.
08:29:16 19  Q.  And that's information that you provided to Dr. Gringarten as
08:29:20 20  part of his work in this case, right?
08:29:22 21  A.  Which part, sir?
08:29:24 22  Q.  The bottom hole pressure.
08:29:25 23  A.  We provided bottom hole pressures, that's what we were doing,
08:29:28 24  yes.  We didn't know who we were providing it to at the time, but,
08:29:31 25  yes, that's what we did.

08:29:32  1   Q.  And you used the same approximation for hydraulic diameter that

08:29:35  2   we just talked about in the bottom hole pressure modeling that you

08:29:39  3   did for Dr. Gringarten, correct?

08:29:40  4   A.  Yes, yes.

08:29:41  5   Q.  Now, you talked a lot in your direct about hydraulic models

08:29:51  6   like Maximus that are used in the industry.  Do you recall that?

08:29:54  7   A.  Yes, that's correct.

08:29:55  8   Q.  And over the course of this trial, the Court has also heard

08:30:00  9   about programs like PROSPER and OLGA, and you would agree that

08:30:03 10   those are also industry standard models for flow analysis, right?

08:30:07 11   A.  Yes, they are, yes.

08:30:08 12   Q.  And you would also agree that it can be appropriate to use a

08:30:13 13   custom model rather than a commercial model to do flow rate

08:30:17 14   analysis, correct?

08:30:19 15   A.  Yes, I think you can use a custom model.  We've got something

08:30:22 16   very complex here that we need to model correctly, and starting

08:30:27 17   from a validated industry standard model is a better thing to do.

08:30:32 18   But if someone did a very detailed custom model then, yeah, that

08:30:36 19   would be acceptable.

08:30:36 20   Q.  And you've done custom models yourself, haven't you?

08:30:39 21   A.  Yes, I've done a lot of detailed custom models, yes.

08:30:43 22   Q.  And you've used them in your own consulting in the oil and gas

08:30:46 23   industry, right?

08:30:47 24   A.  I have, yes.

08:30:48 25   Q.  You talked about you had your own company called Whitewood for

08:30:51 1    about 11 years, right?

08:30:52 2    A.  That's correct, yes.

08:30:52 3    Q.  And that's what you did when you were at Whitewood, you used

08:30:55 4    custom models for the oil and gas industry, right?

08:30:57 5    A.  Yes, correct, that's a lot of what I did, yes, yes.

08:31:02 6    Q.  And that included spreadsheet models, right?

08:31:05 7    A.  Yeah, there were some very, very detailed spreadsheet models of

08:31:09 8    thermal hydraulics, yes.

08:31:10 9    Q.  And, in fact, isn't Maximus the only commercially available

08:31:15 10   flow software that you've ever used?

08:31:18 11   A.  No, no.

08:31:18 12   Q.  You've never personally used OLGA, have you?

08:31:21 13   A.  I do tinker with OLGA, let's say, but I have a team of

08:31:26 14   consultants who run OLGA for me; so I lead a lot of work with the

08:31:32 15   transient OLGA software, but I am past doing hands-on work with

08:31:38 16   things like that.

08:31:39 17   Q.  You don't personally run OLGA yourself, right?

08:31:42 18   A.  I don't, no.

08:31:42 19   Q.  And you started using Maximus in 2010 when you joined FEESA,

08:31:47 20   correct?

08:31:48 21   A.  Yes, that's correct.

08:31:48 22   Q.  Let's turn to your testimony about productivity index over

08:31:57 23   time, you talked about that yesterday.  Let's start with the

08:32:01 24   productivity index trend that Dr. Griffiths calculated.

08:32:04 25           You're not disputing, are you, that he had a reasonable

3153

08:32:06  1   PI for the shut-in time period, right?

08:32:09  2   A.  His PI was in the sort of range of PIs that I've seen for the

08:32:15  3   capping stack period.

08:32:17  4   Q.  And let's turn to the hypothetical PI trends that you used

08:32:22  5   yesterday.  First of all, you're not offering an opinion, are you,

08:32:25  6   on what the correct PI trend is over the 86 days?

08:32:28  7   A.  No, that's correct.  I think there's a huge uncertainty over

08:32:36  8   that and I think I made that point in my direct yesterday.

08:32:39  9   Q.  And when you developed your expert report and set forth the two

08:32:42 10   PI trends that are in there, that was simply based on information

08:32:46 11   you were asked to assume by counsel, right?

08:32:48 12   A.  I -- yes, that's right.  And brief discussion with Dr. Zaldivar

08:32:54 13   just before I submitted my report.

08:32:56 14   Q.  And that brief discussion with Dr. Zaldivar came after you did

08:33:01 15   the work setting forth your PI trends, right?

08:33:03 16   A.  Yes, yes, you're referring to Path B, I think, there, probably,

08:33:07 17   yes.

08:33:08 18   Q.  Yes.

08:33:08 19   A.  Yes.

08:33:09 20   Q.  So when you developed your opinions, you didn't know why those

08:33:13 21   trends would make any sense, right?

08:33:14 22   A.  No.  And as I've said, as I say in my report, there are many,

08:33:20 23   many more trends that could be postulated.  There's -- those are

08:33:27 24   two examples of trends that could exist.  And we're not saying

08:33:32 25   those are exactly the right trends, but that's the whole point,

08:33:36  1   there's huge uncertainty around that what path is.

08:33:41  2   Q.  I believe on your direct you stated that you used Mr. Emilsen's

08:33:43  3   work from Appendix W that we were just looking at as a starting

08:33:47  4   point for your PI trends, correct?

08:33:49  5   A.  Yes, that's correct.

08:33:49  6   Q.  But you would agree that Mr. Emilsen's work only looked at what

08:33:55  7   the productivity index was before the blowout, right?

08:33:57  8   A.  Leading up to the blowout, yeah.  I mean, his last point was,

08:34:02  9   if arguably, at the point of blowout after some of the rams had

08:34:05  10  been closed, yes.

08:34:05  11  Q.  You would agree that Dr. Emilsen's work doesn't tell us

08:34:10  12  anything about how the productivity index changed over time from

08:34:15  13  2149 on 20 April until the well was shut-in, correct?

08:34:20  14  A.  Yes, that's correct.

08:34:21  15  Q.  And you mentioned Dr. Zaldivar a minute ago and one of your PI

08:34:28  16  path references Dr. Zaldivar's work.  Let me make sure I understand

08:34:33  17  this.  For Dr. Zaldivar to reach the estimate that he testified

08:34:36  18  about in Court, that requires a PI of approximately 10 standard

08:34:42  19  barrels per psi, correct?

08:34:44  20  A.  Yes, that's using Dr. Griffiths' method and my recreation of

08:34:48  21  Dr. Griffiths' method to calculate the flow rate, and that required

08:34:53  22  a PI of about 10, yes.

08:34:55  23  Q.  And that's for the period of May 13th to May 20th, right?

08:34:58  24  A.  Yes, yes.

08:34:59  25  Q.  Now, let's turn to the PI that BP was using internally from the

08:35:04 1  first days of the spill.  Are you aware of evidence that BP was

08:35:08 2  modeling a PI of 50 from the outset?

08:35:10 3  A.  I've seen numbers of 50, yes.  And they were based on

08:35:18 4  information they had at the time, I guess.

08:35:19 5  Q.  If we could have TREX 10483, please.  If we could just callout

08:35:43 6  the header of that e-mail.  So this is an e-mail from William Burch

08:35:49 7  on April 22nd, 2010, and Mr. Birch worked for Wild Well Control,

08:35:57 8  right?

08:35:57 9  A.  I don't know.

08:35:57 10 Q.  BP hired Wild Well to do modeling after the blowout, and so

08:36:01 11 this is dated just two days after the well exploded.  If we could

08:36:05 12 have the first callout, please.

08:36:08 13      MR. REGAN:  Your Honor, I just object to the testimony

08:36:09 14 from the podium here about what the documents are.  I don't object

08:36:12 15 to him asking questions, but we're hearing a lot of testimony about

08:36:15 16 evidence at this point.

08:36:19 17      THE COURT:  Well, this is cross-examination.  I think the

08:36:23 18 phrasing of the question was okay.  Overrule the objection.

08:36:27 19 BY MR. BENSON:

08:36:29 20 Q.  If we can have callout one from that page or if you could just

08:36:33 21 highlight the middle.  Sorry.

08:36:39 22      If we can start from, "Here's what's known at the moment

08:36:43 23 from an R/G group perspective," about halfway down.  Perfect.  Do

08:36:47 24 you see this, Dr. Johnson?  The first line is, "Here's what's known

08:36:50 25 at the moment from an R/G group perspective."  Do you see that?

08:36:54  1    A.  I do, yes.

08:36:55  2    Q.  And then if we go down about seven bullets it says, "PI equals

08:36:59  3    50 barrels per day per psi and possibly 55 barrels per day per

08:37:05  4    psi."  Do you see that?

08:37:06  5    A.  I see that, yes.

08:37:07  6    Q.  And you didn't see this document, BP didn't share this document

08:37:12  7    with you in developing your opinions?

08:37:14  8    A.  I don't believe I've seen that document before, no.

08:37:17  9    Q.  TREX 10658.1.1.US.  This is an e-mail on May 2nd from Tim

08:37:33 10    Lockett to Yun Wang.  And Dr. Lockett says, "From our telephone

08:37:38 11    discussion, the following items need to be addressed to improve the

08:37:42 12    OLGA well model."  And one of those items is, "inflow PI set at

08:37:47 13    50 bbl/d/psi."  And he says, (not done yet, set at 10)."  Do you

08:37:52 14    see that?

08:37:52 15    A.  I do see that, yes.

08:37:54 16    Q.  Did BP share this e-mail with you in developing your opinions?

08:37:57 17    A.  I don't -- I might have seen that e-mail, I forget.  I've

08:38:02 18    reviewed a lot of documents.  But this is all during the response,

08:38:05 19    of course, when they didn't know an awful lot of what was going on.

08:38:10 20    So they were basing their PI assumptions on probably a fully

08:38:15 21    exposed reservoir instead of the partly expected reservoir as we

08:38:20 22    believe it was at the beginning of the incident.

08:38:22 23    Q.  You would agree that from the beginning of the incident, BP was

08:38:24 24    using a PI of 50 in its modeling?

08:38:28 25    A.  Yes, it appears to be.  And that's consistent with the end PI,

08:38:32  1   of course.  But as I say that's based on the assumption of a fully

08:38:36  2   expected reservoir which people now believe wasn't the case.  I

08:38:42  3   don't know what Tim Lockett would say now if you asked him that

08:38:46  4   question.

08:38:49  5   Q.  And the PI that we're seeing here of 50 that BP was using from

08:38:52  6   the start, that's higher than the PI Dr. Griffiths had at the end

08:38:56  7   of the period, right?

08:38:56  8   A.  Yes.  It's consistent with many of the PIs that various people

08:38:59  9   have calculated at the end of the period, of the capping stack

08:39:02 10   period, yes.

08:39:03 11   Q.  And the PI that BP is using at the beginning of the spill is

08:39:07 12   five times higher than the PI that you used as a starting point

08:39:10 13   assumption, correct?

08:39:11 14   A.  Yeah.  I think the starting point assumption of 10 from

08:39:17 15   Mr. Emilsen's work is later information and more reliable

08:39:21 16   information than the various assumptions.  I don't know what they

08:39:24 17   were assuming at the time and I don't know what they were doing

08:39:27 18   this for.  Of course, during the response, they were wanting to

08:39:32 19   shut the well down, and so if they wanted to shut the well down,

08:39:37 20   they would have needed a conservative estimate of what the flow

08:39:41 21   rate was to judge how they were going to pump mud, what junk shot

08:39:48 22   they were going to use, and what other methods they were going use

08:39:51 23   to shut the well down.

08:39:51 24        That was what they were trying to do at that time, I

08:39:53 25   assume.  So I can well imagine they would have made a worst case

08:39:58  1    assumption on what the PI would have been and assume that the

08:40:01  2    reservoir was probably fully exposed so that they got a

08:40:05  3    conservative flow rate.

08:40:07  4    Q.  You're just speculating here, right, Dr. Johnson?

08:40:10  5    A.  Well, yes, I am.  But I am thinking, well, what would I do if I

08:40:14  6    was trying to shut this well down?  And I would want to know a

08:40:17  7    conservative number.  So I don't know what exactly what they were

08:40:19  8    doing, I haven't studied their work, the things that were going on

08:40:24  9    the in response; but, you know, that's consistent with what I'd

08:40:29 10    probably do anyway.

08:40:30 11    Q.  Did you ever talk to Dr. Lockett about what he meant in this

08:40:33 12    e-mail?

08:40:34 13    A.  No, no.

08:40:35 14    Q.  Did you ever talk to Dr. Lockett or any BP employees during

08:40:38 15    your expert work in this case?

08:40:40 16    A.  Not about anything to do with this, no.

08:40:43 17    Q.  Let's turn to the PT-B data before May 8th for a moment.  Now,

08:40:52 18    you testified on direct about the potential BOP pressure trends

08:40:59 19    that could have existed before May 8th, but like the PI trend, you

08:41:03 20    can't say what the correct BOP pressure trend was from the time of

08:41:08 21    the blowout to May 8th, right?

08:41:09 22    A.  Yeah, thank you for pointing that out.  There's huge

08:41:12 23    uncertainty in that trend, and this is the point we're making.  All

08:41:18 24    of these inputs have huge uncertainty, and that makes the outputs

08:41:23 25    very, very uncertain and gives a very wide range of possible

08:41:27  1    discharges to the sea.

08:41:29  2            So, yeah, you're quite right, we had a data point at

08:41:32  3    8700 psi at the time of the beginning of the incident, at the time

08:41:38  4    of the blowout, and there are various assumptions you can make

08:41:42  5    about the interpolation between that point and May the 8th, and

08:41:46  6    this just highlights the whole uncertainty and many of the inputs.

08:41:49  7    Q.  You mentioned the 8700 point is the one data point that you

08:41:53  8    relied on.  Again, that data point came from before the blowout,

08:41:57  9    correct?

08:41:59 10    A.  That data point was basically from the last Sperry Sun drill

08:42:04 11    pipe pressure reading, so at the time of the explosion basically.

08:42:09 12    Q.  But it was before the explosion, right?

08:42:11 13    A.  Well, I assumed it was at the time of the explosion because

08:42:16 14    there was no more data from that point on.

08:42:17 15    Q.  You're saying you don't know whether it was before the

08:42:23 16    explosion or after the explosion?

08:42:24 17    A.  Well, for the purpose of what we're doing here, it actually

08:42:27 18    really doesn't matter too much.  We know that rams were closed

08:42:31 19    before it, so -- and you can see in the pressure trend that the

08:42:34 20    pressure went up in a couple of steps up to 8700 psi due to the

08:42:40 21    closure of the rams.  And that's what's important for this thermal

08:42:46 22    hydraulic analysis and various other hydraulic analysis that's

08:42:49 23    being done.  I mean, the explosion isn't a feature in any of that,

08:42:55 24    any of the work we've done.

08:42:56 25    Q.  You said yesterday and you say in your report that your

08:43:01 1   hypothesized trend from 8700 straight line down to the May 8th

08:43:06 2   value was adopted by U.S. expert Dr. Pooladi-Darvish; isn't that

08:43:10 3   right?

08:43:11 4   A.  It was, yes, I think we put up a plot from his report that

08:43:15 5   showed that.

08:43:15 6   Q.  You've seen in his report he specifically says he did not adopt

08:43:20 7   that value, right?

08:43:21 8   A.  Well, he did adopt the value.  It's in his report.

08:43:24 9   Q.  Let's have TREX 11653.28.1.US.  This is from

08:43:34 10  Dr. Pooladi-Darvish's report.  He says, "This scenario is an

08:43:37 11  extreme," and those are his italics, "case because the way I have

08:43:42 12  model the BOP restriction at the time of blowout leads to zero flow

08:43:46 13  on April 20th, 2010.  The evidence is otherwise."  You read that in

08:43:51 14  his report, right?

08:43:52 15  A.  Yes, I did, yes.  I don't think he is saying anything

08:43:57 16  inconsistent with what I am saying.  I'd agree with him that it

08:44:03 17  could be an extreme case.  We've -- the assumption of a linear

08:44:07 18  interpolation between those two points is probably not the exact

08:44:11 19  path.  And as I say, there's great uncertainty and there are many

08:44:15 20  paths we could take between those two points.

08:44:17 21          And this is the whole point of what I am saying in my

08:44:21 22  report that there is wide ranges of input uncertainty that give

08:44:26 23  wide ranges of output uncertainty, and that's the problem with this

08:44:30 24  whole case.  So, no, I don't think that's inconsistent with what I

08:44:34 25  am saying.

3161

08:44:34   1   Q.  Well, you're talking about wide ranges of uncertainty here, but

08:44:38   2   you picked the highest possible pressure trend starting at the

08:44:42   3   8700, right?

08:44:43   4   A.  It's a real data point, yes.

08:44:45   5   Q.  8700 is essentially a shut-in pressure, right?

08:44:49   6   A.  Yes, it's probably close to a shut-in pressure.  It's difficult

08:44:53   7   to say depending on assumptions of how much gas was in the well and

08:44:56   8   things like that.

08:44:56   9   Q.  But it can't be a higher pressure than that?

08:45:00  10   A.  Like I say, it depends how much gas is in the well.  If you've

08:45:03  11   got a lot of gas in the well, then that would create a lower

08:45:08  12   gravitational pressure drop in the well.  So for -- if the flow

08:45:12  13   rate is low -- and let's assume the flow rate is low at that point

08:45:15  14   in time -- then what is effectively a near shut-in pressure, you

08:45:22  15   could have a high one if there's a lot of gas in the well because

08:45:25  16   of that difference in head.

08:45:26  17   Q.  Do you recall in your deposition telling me that the 8700 was

08:45:30  18   essentially a shut-in pressure and you couldn't have a higher

08:45:32  19   pressure than that?

08:45:33  20   A.  I think I discussed in my deposition what I've just mentioned

08:45:37  21   about, if you've got gas in the well.  And I think I discussed

08:45:40  22   about closing in two closed-in tubing head pressures.  We had a

08:45:45  23   discussion about that, and if you've got a gas filled well, then

08:45:48  24   you'll get a higher closed-in tube in pressure than if you've got

08:45:54  25   an oil-filled well, so I think we had a discussion of that in the

08:45:57  1    deposition if I remember right.

08:45:58  2    Q.   If we could have page 344 of Dr. Johnson's deposition.

08:46:02  3    Starting at line seven, and going through line 13, please.  The

08:46:13  4    question was, "I think you said earlier that 8700 was essentially a

08:46:17  5    shut-in pressure for PT-B, correct?"  Your answer was, "Essentially

08:46:21  6    at that point in time, yeah."  And then I asked, "And there can't

08:46:25  7    be a higher pressure than the shut-in pressure, right?"  And you

08:46:28  8    said, "Correct, yes."

08:46:30  9    A.   I don't think that's inconsistent with what I've just said.  It

08:46:34 10    is essentially a shut-in pressure.  I mean, there may have been

08:46:39 11    small flow at that time.  And it is true you can't have a higher

08:46:43 12    pressure than a shut-in pressure, but what I've just said is you

08:46:47 13    could have a higher pressure potentially than an 8700 number if

08:46:51 14    you've got a gas-filled well.  So I don't think that's inconsistent

08:46:56 15    with what I just said.

08:46:57 16    Q.   In reality, you didn't have a gas-filled well at the time, the

08:47:00 17    well was full of mud and seawater?

08:47:02 18    A.   Yes.  Well, we know that gas went to the surface, so I assume

08:47:05 19    there was some gas in there; but we have, you know, a good data

08:47:09 20    point there that should have been used in the analysis of the U.S.

08:47:14 21    experts to assess their uncertainty ranges.

08:47:16 22    Q.   Let's look at the data that we did have before the blowout.  If

08:47:19 23    we could have TREX 41026.57.1.US.  We're going to be going back to

08:47:27 24    Mr. Emilsen's report, and this is where you got your 8700, right?

08:47:32 25    A.   Yes -- no, the 8700 came from Sperry Sun data which he used as

3163

08:47:37  1  well.  And I calculated the 8700 based on the assumption of

08:47:40  2  seawater in the drill pipe and the assumption of mud in the annulus

08:47:44  3  around the drill pipe, and calculated the head differences to

08:47:48  4  arrive at 8700 at the bottom of the BOP.

08:47:50  5  Q.  And here Mr. Emilsen is modeling pressure at the BOP based on

08:47:56  6  the Sperry Sun data, correct?

08:47:58  7  A.  Yes, correct.

08:47:59  8  Q.  And so we see, as you've talked about, at the time of the

08:48:02  9  blowout, at about 2149, it's over 8000, right?

08:48:06  10  A.  Correct.

08:48:07  11  Q.  And if you go back about three minutes -- use my pointer -- you

08:48:12  12  go back about three minutes, you are between 3000 and 4000 psi,

08:48:18  13  correct?

08:48:19  14  A.  Yes, yes.

08:48:20  15  Q.  And if you go back another hour or more, the pressure trend

08:48:25  16  stays in that 3000 to 4000 range, right?

08:48:28  17  A.  Before rams were shut, yes.

08:48:30  18  Q.  And you can't say, sitting here today, that the line you drew

08:48:35  19  from 8700 to the May 8th value is anymore likely than a flat line

08:48:41  20  from 4,000 psi to the May 8th value, can you?

08:48:44  21  A.  Well, your argument there is that the pressure before the rams

08:48:50  22  were shut is much lower.  That's kind of self-evident.  I don't

08:48:57  23  quite understand what you're getting at there.

08:48:59  24  Q.  My question is simply this, Dr. Johnson, let me say it again.

08:49:03  25  You can't say that the line you drew from 8700 down to the May 8th

08:49:07  1    value is anymore likely than a line from 4000 to the May 8th value?

08:49:14  2    A.  Yes, I can.

08:49:17  3    Q.  Okay.  Can we have page 355 from Dr. Johnson's deposition.

08:49:26  4    Dr. Johnson's deposition, starting at line 16 going through the

08:49:31  5    rest of the page.  My question is:  "Well, can you say that the

08:49:35  6    line from 8700 to May 8th is anymore accurate than the line from,

08:49:40  7    say, 4000 to May 8th?"  And your answer was, "It's one of the lines

08:49:43  8    that could be assumed, but we need to test out that range of

08:49:47  9    uncertainty because we have uncertainty there."

08:49:50  10          MR. REGAN:  Your Honor, I just object to that as improper

08:49:52  11   impeachment.  I don't think that's an inconsistent statement at

08:49:55  12   all.

08:49:55  13          THE COURT:  It's really not.  I sustain the objection.

08:49:59  14   BY MR. BENSON:

08:50:05  15   Q.  Let's turn to erosion for a minute, Dr. Johnson.  You haven't

08:50:10  16   done anything to quantify how any of the changes in the system that

08:50:14  17   you talked about yesterday affected the flow rate, have you?

08:50:16  18   A.  Only in the comparisons that you saw used in Dr. Griffiths'

08:50:24  19   method and using the Maximus modeling in one case.

08:50:26  20   Q.  So you're saying the Maximus modeling that you did test out

08:50:33  21   changes in the system over time?

08:50:35  22   A.  Yeah, the Maximus modeling was used for testing out the changes

08:50:40  23   of -- effectively the changes of K well.  So assuming -- taking

08:50:44  24   away that assumption of everything being constant in the well for

08:50:48  25   86 days and assuming that you've got multiphase flow and the

1    effects of those multiphase flow -- that multiphase flow, then

2    that's what the Maximus modeling did, that was that part of it.

3         Also, we did the comparisons that you heard about in my

4    direct, and you can read about in my report, which look at the

5    effect of those PT-B -- different PT-B assumptions that we've just

6    been discussing, and also the effect of the different PI

7    assumptions that we've been discussing.  So for purposes of

8    comparison and demonstration of the effect of input uncertainties,

9    then, yes, I did do some quantification, but it was only for

10   comparison purposes.

11   Q.  I'm sorry, let me clarify my question a little bit.

12   A.  Sure.

13   Q.  Let me give you an example.  You talked about when the drill

14   pipe detached and when it fell.  You said you're not quite sure

15   when it happened.  You didn't do anything to quantify how when the

16   drill pipe fell or when the drill pipe detached would effect the

17   flow rate at that time, did you?

18   A.  Well, we did the drill pipe high, drill pipe low case, but our

19   aim wasn't to specifically try and find out when the drill pipe

20   detached and dropped.  That is something that is subject to

21   enormous uncertainty.  And this is the point again.  And, you know,

22   you're highlighting the uncertainty again.

23        So for purposes of comparison, we did an exercise where

24   we calculated cumulative release for those different input

25   uncertainty assumptions, changes in input uncertainty assumptions,

08:52:31 1  but we weren't doing it for the purpose of producing a

08:52:36 2  quantification.

08:52:36 3  Q.  You can't opine, can you, on which elements of the BOP were the

08:52:41 4  biggest restrictions to flow?

08:52:43 5  A.  Well, it's uncertain like I say.

08:52:48 6  Q.  As a general matter, you would agree that erosion will occur

08:52:52 7  more rapidly at the beginning of a process and then slow down,

08:52:55 8  right?

08:52:56 9  A.  All else being equal, erosion will be faster at the beginning;

08:53:01 10  but as we know from this Macondo case, that all else isn't equal,

08:53:05 11  many things are changing throughout time.

08:53:07 12  Q.  And erosion depends on the velocity in that area, right?

08:53:12 13  A.  That's one of the factors, yes.

08:53:14 14  Q.  And if you have an orifice, for instance, as that orifice

08:53:18 15  grows, the velocity is going to decrease, correct?

08:53:22 16  A.  Like I say, hypothetical case, all else being equal, that is

08:53:26 17  true; but as I say, not all else isn't equal in the Macondo case

08:53:30 18  because there are many things changing through time.

08:53:33 19  Q.  Now, you agree with Dr. Griffiths that the physical evidence

08:53:36 20  shows that the drill pipe was eroded at the upper annular within

08:53:40 21  36 hours, right?

08:53:41 22  A.  We know the drill pipe eroded through at the upper annular

08:53:46 23  because it was found -- that section of drill pipe was found in the

08:53:49 24  kinked riser.  It could have only got there before or at the time

08:53:54 25  when the riser fell and kinked.  So that is good evidence of that

08:53:59  1    particular part eroded in that 36 hours.

08:54:02  2    Q.  Let's talk about Top Kill for a moment.  During Top Kill, BP

08:54:09  3    pumped mud, they pumped junk, they pumped all kinds of stuff into

08:54:13  4    the well, right?

08:54:13  5    A.  Correct, yes.

08:54:14  6    Q.  And after Top Kill was over, BP vice-president Paul Tooms

08:54:20  7    concluded that Top Kill had not significantly changed the flow

08:54:23  8    rate, correct?

08:54:24  9    A.  I do remember seeing an e-mail where he concluded that, yes.

08:54:28 10    Q.  Can we have TREX 5066.1.1.US, please.  And this is just -- the

08:54:38 11    header of that, it's from Paul Tooms to a number of people,

08:54:41 12    including and Andy Inglis, Kent Wells, James Dupree, Mark Mazella,

08:54:47 13    a number of people the Court has heard from already.

08:54:50 14          If we could have .3.US.  And Here is what Mr. Tooms said.

08:54:56 15    He said, "Attached is a chart showing BOP pressure over time.  A

08:54:59 16    number of points can be taken from the graphs, including pressures

08:55:04 17    below and across the BOP with the test rams closed are broadly the

08:55:09 18    same now as they were prior to Top Kill.  This suggests that the

08:55:13 19    overall flow rates have not changed much, unless there's some

08:55:17 20    unexplained mechanism in the well."  It goes on, "The pressure drop

08:55:21 21    across the BOP has been relatively consistent, and it can be

08:55:26 22    inferred that the drill pipe is present and that flow through it

08:55:31 23    has remained relatively unchanged."  Do you see that?

08:55:33 24    A.  I do, yeah.  There's a number of points I would like to make on

08:55:37 25    that.  One --

08:55:38  1   Q.  Well, if I can cut you off, Dr. Johnson.  Mr. Regan can ask you

08:55:44  2   about whatever points you want to make about this.

08:55:45  3          MR. REGAN:  I would respectfully ask that you not cut the

08:55:48  4   witness off.

08:55:48  5          THE COURT:  He can explain his answer.

08:55:50  6          THE WITNESS:  Thank you, your Honor.  My first point is

08:55:53  7   he qualifies his statement there with "unless there is some

08:55:57  8   unexplained mechanism in the well."  And we have many unexplained

08:56:02  9   mechanisms in the well.

08:56:05  10         He also is -- the data he is using here is data that's

08:56:09  11  read from various instruments.  It's not logged data as such.  And

08:56:15  12  I think at some point -- I don't know if it's in this e-mail or in

08:56:19  13  a related piece of text to this e-mail -- he or someone else

08:56:23  14  associated with it talks about the fact that these points are

08:56:27  15  measured.  And if you look to a slightly different point in time,

08:56:30  16  you might get a slightly different answer to the pressure.

08:56:34  17         Also, a third point I would like to make is I've looked

08:56:39  18  at the pressure data through Top Kill and there is a change.  Now,

08:56:43  19  maybe Paul Tooms didn't have that pressure data available to him at

08:56:47  20  the time when he wrote this e-mail.  I don't know.  I haven't

08:56:50  21  spoken to the man.  And there is a pressure change before and after

08:56:55  22  Top Kill.  There is evidence of things like mud flowing down the

08:56:59  23  well, there are many things going on like that.

08:57:02  24  Q.  You didn't take the opportunity to talk to Paul Tooms and ask

08:57:05  25  him what he meant, ask him if he changed his mind?

08:57:08  1    A.  I don't know Paul Tooms.

08:57:09  2    Q.  Let's talk briefly about the pressure data that Dr. Griffiths

08:57:13  3    used.  First, you don't have any objection to the reservoir

08:57:17  4    pressure values that Dr. Griffiths used in his analysis, do you?

08:57:20  5    A.  The starting reservoir pressure is the reservoir pressure that

08:57:28  6    everyone tends to be taking of 11,850.  And he uses a number of

08:57:34  7    different end reservoir pressures in his expert report, I think

08:57:37  8    he's got 10,050 in there, and 10,090 in there, and I think he's got

08:57:48  9    10,310 in there as well, so he's got a number of ending pressures,

08:57:54  10   so I might take a little bit of issue with that.

08:57:58  11   Q.  There's nothing in your expert report that criticizes

08:58:02  12   Dr. Griffiths' reservoir pressures, is there?

08:58:03  13   A.  I think only the points I've just made.

08:58:05  14   Q.  Let's talk about BOP pressure.  You haven't done your own

08:58:09  15   analysis of what the appropriate correction would be for the BOP --

08:58:13  16   I'm sorry, for PT-B?

08:58:15  17   A.  I did look at PT-B correction.  I looked at the BP correction

08:58:19  18   for the 26th of May Top Kill period, Top Kill 1, where they found a

08:58:28  19   correction to PT-B of 966 at that point in time, and that seemed an

08:58:33  20   appropriate correction given the data that they got.  But that

08:58:37  21   doesn't say anything about the correction outside of that period.

08:58:41  22   Of course, it could have been different, probably was different.

08:58:45  23   And that's just, again, another uncertainty in the whole issue.

08:58:49  24   Q.  You're not offering an opinion about what the appropriate

08:58:53  25   correction was on those days other than May 26th, correct?

3170

08:58:57  1    A.  No, I only looked at the May 26th data.

08:59:00  2    Q.  And you haven't done anything to assess how uncertainty in PT-B

08:59:04  3    data affected Dr. Griffiths' results, have you?

08:59:07  4    A.  No, I didn't look at the uncertainty of the PT-B data and the

08:59:12  5    effect on Dr. Griffiths' results.

08:59:14  6    Q.  Now, you're aware at the time of Top Kill there were also

08:59:18  7    pressures measured from the gauges PT-C and PT-K, correct?

08:59:23  8    A.  Yes, correct.

08:59:24  9    Q.  And did you -- you considered those pressure gauges reliable,

08:59:28  10   right?

08:59:28  11   A.  I think if memory serves me right, one of them had an offset,

08:59:33  12   the other one didn't.

08:59:34  13   Q.  Last topic, Dr. Johnson.  You talked a lot yesterday about

08:59:40  14   changes in the system over time.  You talked yesterday and we

08:59:45  15   visited a little bit today about how your hypothetical trends or

08:59:50  16   how the PI might have changed over time and how PT-B pressure might

08:59:54  17   have changed over time before May 8th, and you also testified

08:59:59  18   yesterday that if you combine your assumed PT-B trend and your PI

09:00:05  19   trend for Path B, then Dr. Griffiths' flow rate would be just

09:00:11  20   $3.4 million barrels, right?

09:00:14  21   A.  Yes, using Dr. Griffiths' method, that's the number I got, yes.

09:00:17  22   Q.  Talking about changes in the system, you would agree that the

09:00:20  23   biggest change that happened in the system came on April 20th,

09:00:24  24   right?

09:00:24  25   A.  There was an explosion on April 20th, unfortunately, yes.

09:00:29   1    Q.  There was an explosion, the top drive fell, and at that point,

09:00:33   2    there was a clear path through the drill pipe, through the BOP and

09:00:37   3    out into the Gulf, right?

09:00:39   4    A.  There were changes going on throughout the whole of the

09:00:42   5    86 days, as far as I can see, and the problem is we have

09:00:46   6    uncertainty -- and this is my whole point, we have uncertainty when

09:00:49   7    those changes happened and the magnitude of those changes, and data

09:00:53   8    like PT-B data doesn't tell us -- doesn't give us enough evidence

09:00:57   9    to say what was happening there.

09:00:59  10    Q.  So you're saying April 20th is just another day, another day of

09:01:04  11    changes in 86 days of changes?

09:01:06  12    A.  April 20th there were changes going on, no doubt; but there

09:01:10  13    were changes going on everywhere else as well, so I am not quite

09:01:14  14    sure what the point is you're making.

09:01:15  15    Q.  You don't think there is a different order of magnitude in the

09:01:18  16    changes happening on April 20th when there was an explosion and the

09:01:22  17    top drive fell, as compared to any other day in the response?

09:01:27  18    A.  I can't say there was an order of magnitude difference.  How

09:01:33  19    can you quantify the changes then to the changes elsewhere.  You

09:01:37  20    know, it's an uncertain thing, and this is the whole point, this is

09:01:41  21    the whole point.  You've got a great range of uncertainty about

09:01:45  22    those inputs.

09:01:45  23    Q.  You would agree, though, that on April 20th, the top drive fell

09:01:50  24    and there was a clear path through the drill pipe to the Gulf?

09:01:53  25            MR. REGAN:  Your Honor, I think we've been asked and

09:01:55  1   answered this about four times.

09:01:56  2               THE COURT:  Okay.  Overruled.

09:01:59  3               THE WITNESS:  On April 20th -- if by top drive you mean

09:02:02  4   traveling block fell, is that what you're talking about?

09:02:05  5   BY MR. BENSON:

09:02:06  6   Q.  Right.

09:02:06  7   A.  Yeah, the traveling block fell, and -- yes, it did.  There was

09:02:11  8   obviously hydrocarbons leaking to the *Deepwater Horizon* because we

09:02:17  9   know that because there was an explosion.

09:02:21 10               But to quantify the changes then in relation to the

09:02:26 11   changes -- to the point through the 86 days, I don't think it's

09:02:32 12   possible to say -- it depends what changes you mean as well, what

09:02:36 13   changes are you talking about, what quantities are you talking

09:02:40 14   about?  It's a very nebulous thing you're asking.

09:02:44 15   Q.  Demonstrative D-22833, please.  And, Dr. Johnson, I think

09:02:56 16   you'll recognize this.  We just put two of your curves on the same

09:03:00 17   graph.  In the red we have your PT-B pressure assumption for before

09:03:04 18   May 8th, do you see that?

09:03:06 19   A.  Yes, I do, yes.

09:03:07 20   Q.  And in green, we have your Path B, PI trend assumption, right?

09:03:13 21   A.  Yes, that's correct.

09:03:14 22   Q.  And so based on this, you're hypothesizing that the PI after

09:03:20 23   the explosion, after the traveling block fell was the same as the

09:03:24 24   PI before the explosion, correct?

09:03:29 25   A.  I'm saying that the -- this is an example of a PI trend that

09:03:35  1   should have been considered by, in this particular case,

09:03:40  2   Dr. Griffiths.  But it's one example of a PI trend, so you could

09:03:44  3   draw many, many PI trends, as I say, between those two points of

09:03:48  4   ten and about 44.

09:03:51  5          So in this particular one, we have evidence from

09:03:56  6   Dr. Zaldivar that there's a flow rate of about somewhere around 30

09:04:01  7   MBD at this point here, which in Dr. Griffiths' method implies a PI

09:04:06  8   of 10.  So all I've simply done is interpolated between those two

09:04:12  9   points of the Emilsen number and the Dr. Zaldivar number.  And now

09:04:15 10   we could, of course, have all sorts of things going on in this

09:04:18 11   trend.  We could have it going down to start with and then up or up

09:04:22 12   a bit and then down, who knows.  And that's the whole point, this

09:04:25 13   is very uncertain.

09:04:26 14   Q.  But, Dr. Johnson, this is the PI trend that you chose to

09:04:30 15   present and this is the PI trend that you rely on in saying that

09:04:33 16   Dr. Griffiths' number could be as low as 3.4, correct?

09:04:37 17   A.  Yes, this is an example of the PI trend, one of the possible PI

09:04:41 18   trends.

09:04:41 19   Q.  And for this trend, you say that the PI is the same after the

09:04:45 20   explosion as it was before the explosion and it stays at that level

09:04:48 21   for 30 days?

09:04:49 22   A.  Yes, that's the assumption here.

09:04:52 23   Q.  And for your PT-B trend you assume that it starts at the

09:04:58 24   maximum shut-in pressure and then slowly declines over the course

09:05:02 25   of 18 days to the May 8th value, correct?

09:05:05 1  A.  For testing out the input uncertainties, that's the assumption

09:05:08 2  here, yes.

09:05:08 3  Q.  So in each case you're treating April 20th just like any other

09:05:13 4  day, right, any other day in that trend?

09:05:16 5  A.  Yes.  Yes, to demonstrate the range of input uncertainty, we're

09:05:21 6  treating it as the start of the incident, that is true.

09:05:24 7  Q.  And based on those assumptions, the flow rate on the first day

09:05:29 8  would just be a trickle, right?

09:05:31 9  A.  It would be a small flow rate with that 8700 using

09:05:35 10 Dr. Griffiths' method.  I think if you look in my report, you will

09:05:38 11 see a plot of flow rate trends over time using these assumptions,

09:05:43 12 and it starts off at the very low flow rate of a couple hundred

09:05:48 13 thousand barrels a day -- I'm sorry, a couple of hundred barrels a

09:05:51 14 day at the time 0.

09:05:53 15 Q.  You describe the first day flow in your report as close to 0,

09:05:57 16 correct?

09:05:57 17 A.  Yes.  Like I say, it's close to 0, it's about 200 barrels a day

09:06:02 18 or something like at that time.

09:06:04 19         MR. BENSON:  Thank you, Dr. Johnson.  I have no further

09:06:06 20 questions.

09:06:07 21         THE WITNESS:  Thank you.

09:06:08 22         THE COURT:  Redirect.

09:06:11 23                    REDIRECT EXAMINATION

09:06:11 24 BY MR. REGAN:

09:06:30 25 Q.  Good morning, your Honor.  Good morning, Dr. Johnson.  Matt

09:06:33 1  Regan on behalf of BP and Anadarko, and I have Dr. Johnson on

09:06:37 2  redirect.

09:06:38 3          Dr. Johnson, I would like to start with one of the

09:06:40 4  documents that was shown to you, TREX 5066.  If we could put that

09:06:43 5  up, please.  You were shown this document, Dr. Johnson, about

09:06:55 6  15 minutes ago.  Do you recall seeing paragraphs one and two?

09:06:59 7  A.  Yes, that's correct.

09:07:00 8  Q.  I would like to show you paragraph three.  Could you read the

09:07:05 9  last sentence, or we can read the entire paragraph.  What does

09:07:10 10  Mr. Tooms say about trying to use the pressure information from Top

09:07:14 11  Kill to reach and interpret trends?

09:07:16 12  A.  Well, he says "Test rams would appear to be holding back

09:07:22 13  pressure when they are closed," which is what we've kind of just

09:07:25 14  been discussing, "which suggests that there is at least some flow

09:07:28 15  past the pipe rams.  This graph will be included in a more complete

09:07:33 16  report on pressures and flow indications which will be issued

09:07:36 17  shortly.  However, I thought it useful to share this now as it can

09:07:40 18  dispel certain myths that have taken root amongst the teams.  Note

09:07:45 19  that it might be tempting to try and interpret trends for

09:07:49 20  individual parts of the graph - this is not advisable since there

09:07:54 21  is quite a lot of noise in the readings and they are taken

09:07:57 22  infrequently."

09:07:58 23          And I think this is the point I was trying to explain

09:08:04 24  when Mr. Benson put that e-mail up.

09:08:07 25  Q.  Thank you.  Secondly, you were asked about the topic of

09:08:11  1   hydraulic diameter and asked about whether areas were appropriately

09:08:16  2   modeling things in reality.  And first, just to confirm, in your

09:08:22  3   modeling of the drill pipe trends, you were modeling flow both in

09:08:26  4   the drill pipe and the annulus, the area outside of the drill pipe,

09:08:29  5   correct?

09:08:29  6   A.  Yes, that's correct.

09:08:30  7   Q.  Now, can you explain how in reality using hydraulic diameter

09:08:34  8   actually respects what is happening in the physics of the system?

09:08:39  9   A.  Sure.  What we're aiming to do there is respect the

09:08:44  10  cross-sectional area and perimeter, the wetted perimeter ratio.  So

09:08:50  11  for that hydraulic diameter that Mr. Benson put up on the screen,

09:08:56  12  that ratio is the same for both the annulus and for the hydraulic

09:09:01  13  diameter case.

09:09:02  14      And what that does, and this has been proven many times

09:09:07  15  empirically and in many, many textbooks and papers, and what that

09:09:11  16  does is it preserves the pressure drop/flow rate relationship for

09:09:17  17  the annulus and so that it's the same, that relationship is the

09:09:20  18  same in the hydraulic diameter case.

09:09:23  19      Now, the result of that is that you then get the correct

09:09:27  20  pressure drop across the drill pipe annulus section, which means

09:09:32  21  you get the correct pressure at the bottom of the drill pipe, which

09:09:36  22  means you get the correct pressure at the bottom of the well, which

09:09:39  23  means you get the correct back pressure on the reservoir and,

09:09:43  24  therefore, the correct flow out of the reservoir.  And that flow

09:09:46  25  out of the reservoir is the number we're interested in here.

3177

09:09:49  1   Q.  Finally, you were asked about whether you can say what the

09:09:52  2   correct PI trend was or whether you could say what the correct PT-B

09:09:56  3   trend was when there was no data.  Can Dr. Griffiths say what the

09:10:01  4   correct PI trend is from April 20th to July 15th?

09:10:04  5   A.  No, he can't, no.

09:10:06  6   Q.  Can Dr. Griffiths say what the correct PT-B trend is when there

09:10:11  7   is no PT-B data available?

09:10:13  8   A.  No, he can't.  It's highly uncertain.

09:10:16  9   Q.  And what is the impact of the fact that Dr. Griffiths does not

09:10:19 10   know what the appropriate PI trend is and does not know what the

09:10:23 11   appropriate PT-B data is, what's the impact of that on his

09:10:26 12   cumulative estimate that he presents as his best estimate to the

09:10:29 13   Court?

09:10:29 14   A.  Well, it makes the uncertainty bound on his cumulative estimate

09:10:33 15   very, very wide, and far wider than he concluded in his report.  He

09:10:38 16   didn't really do a proper uncertainty analysis, and so it makes the

09:10:45 17   cumulative estimate really totally unreliable, I believe.

09:10:50 18           MR. REGAN:  Thank you, Dr. Johnson.

09:10:52 19           THE WITNESS:  Thank you.

09:10:53 20           THE COURT:  Thank you, sir, you're done.

09:10:55 21           THE WITNESS:  Thank you.

09:10:57 22           MR. BROCK:  I wasn't encouraging you to finish.

09:10:59 23           MR. REGAN:  You looked like you were ready for me to be

09:11:01 24   done.  Let's keep it moving.

09:11:18 25           MR. BROCK:  Good morning, your Honor.  May I proceed?

09:11:26   1              THE COURT:  Yes.

09:11:27   2              MR. BROCK:  First, Judge Barbier, BP would like to offer

09:11:34   3       the exhibits that were used with Bob Merrill, Dr. Zaldivar,

09:11:42   4       Mr. Hampstead, Dr. Ratzel and Mr. Hill.  A couple of these relate

09:11:50   5       to videos that were played in the court.  These exhibits have been

09:11:55   6       circulated and there are no objections to these.  And I have copies

09:11:58   7       here for others who might want them.

09:11:59   8              THE COURT:  Any objection?

09:12:00   9              MS. HIMMELHOCH:  No, your Honor.

09:12:01  10              THE COURT:  Without objection, they will be admitted.

09:12:06  11              MR. BROCK:  And at this time, your Honor, BP and Anadarko

09:12:10  12       rest their case, subject to the following:

09:12:14  13              We are still preparing the customary list of exhibits,

09:12:18  14       callouts and demonstratives used with the last few witnesses.  We

09:12:25  15       have some issues that we are working through, we are working with

09:12:29  16       the United States and trying to work through with regard to

09:12:32  17       exhibits on Blunt, Gringarten and Nesic, so I think probably in the

09:12:39  18       interest of time, probably the best thing to do on those is to let

09:12:42  19       us continue to see if we can work those out and just deal with

09:12:45  20       those at the final marshaling conference.  If we can't work them

09:12:49  21       out, we will come back to you.

09:12:50  22              THE COURT:  What's the date that we have scheduled for

09:12:52  23       you all to meet with Judge Shushan on that?

09:12:55  24              MS. HIMMELHOCH:  The 29th, your Honor.

09:12:56  25              THE COURT:  29th of October?

09:12:57  1             MS. HIMMELHOCH:  Yes -- I'm sorry, November,

09:13:01  2   November 7th, I'm sorry, your Honor.  I shouldn't speak without

09:13:03  3   checking with Ms. Pencak.

09:13:06  4             THE COURT:  Okay.  Very well.

09:13:08  5             MR. BROCK:  I wasn't going to speak at all because I

09:13:11  6   didn't know.  I was looking over to Mr. Langan.  So, okay.  So we

09:13:16  7   will try to work those out, and if we can't, we will tee those up

09:13:20  8   for the Court in the appropriate way.

09:13:23  9             MS. HIMMELHOCH:  No objection, your Honor.

09:13:24 10             THE COURT:  Okay.

09:13:29 11             MR. BROCK:  We will also submit a list of the Category 2

09:13:32 12   and Category 4 exhibits and seek those exhibits' admission at the

09:13:36 13   final marshaling conference.  That's the protocol that we worked

09:13:39 14   out in advance of trial.  So there will be some work to do on that.

09:13:42 15   And then that's another matter that we will present, Anadarko and

09:13:46 16   BP will present jointly.

09:13:48 17             We also offer into evidence at this time a list of the 11

09:13:54 18   Phase Two deposition bundles that BP and Anadarko designated for

09:13:59 19   the Phase Two trial.  These bundles were not previously offered by

09:14:04 20   the Aligned Parties or BP in the source control segment or by the

09:14:09 21   United States in the quantification segment, and I have a thumb

09:14:13 22   drive that I will offer up in just a second that contains this

09:14:17 23   testimony of the deposition bundles.

09:14:24 24             THE COURT:  Those relate to which part of Phase Two?

09:14:28 25   Just quantification?

09:14:30  1          MR. BROCK:  The ones I am talking about now relate to the

09:14:33  2   quantification case.  I guess we have the understanding, I believe

09:14:36  3   this is right, that anything that's in evidence in the Phase Two

09:14:38  4   trial can be cited, but these are primarily quantification.

09:14:41  5          THE COURT:  Right, of course.

09:14:43  6          MR. BROCK:  Quantification matters.  With those

09:14:47  7   deposition bundles that we are offering, we also have the -- a list

09:14:52  8   of the bundle exhibits.  I am told that we've got the right list

09:15:00  9   here, but if there is a problem with this list and it needs to be

09:15:05 10   sorted out amongst the parties, we are certainly open to do that,

09:15:09 11   if we need to add something or take something off.  I will offer

09:15:12 12   them now.  I am told this is right, but if there's an issue with

09:15:15 13   that, we will take care of that.

09:15:18 14          THE COURT:  Okay.  Let's deal with the deposition

09:15:21 15   bundles.  11 deposition -- Phase Two quantification-related

09:15:24 16   deposition bundles offered by BP and Anadarko.

09:15:27 17          MS. HIMMELHOCH:  No objection, your Honor.

09:15:28 18          THE COURT:  No objection, okay.  Those are admitted.

09:15:31 19          MR. BROCK:  In the interest of time, your Honor, I have a

09:15:33 20   list of those names here, and so I'll just hand that up for the

09:15:36 21   record, if that's okay, and then I won't have to read them.

09:15:40 22          THE COURT:  That's fine.  Okay.

09:15:44 23          MS. HIMMELHOCH:  Trusting that it's the same as what

09:15:46 24   we've seen, we're fine with that.

09:15:50 25          MR. BROCK:  We won't try to run one past you on that,

09:15:54  1  so...

09:15:54  2          And this disk here is identified as exhibits designated

09:15:59  3  by all parties within the deposition bundles offered, admitted by

09:16:03  4  BP today.  So this is the exhibits to the depositions, I think I

09:16:07  5  misnamed that earlier.

09:16:08  6          THE COURT:  And, again, you have the designations by both

09:16:11  7  sides and the related exhibits from both sides?

09:16:15  8          MR. BROCK:  Yes, sir.

09:16:16  9          THE COURT:  Okay.  No objection from the government?

09:16:19 10          MS. HIMMELHOCH:  No, your Honor.

09:16:19 11          THE COURT:  Okay.  Those are admitted.

09:16:22 12          MR. BROCK:  I need to say for the record that by offering

09:16:25 13  each of these deposition bundles into evidence in regard to all of

09:16:27 14  the deposition bundles offered into evidence by the parties during

09:16:30 15  the Phase Two trial, BP does not waive, but maintains all of its

09:16:35 16  general and specific objections to the designated testimony and the

09:16:40 17  exhibits contained within the deposition bundles.  I think I said

09:16:43 18  BP there, but I am presenting this both for BP and Anadarko.

09:16:50 19          There's one outstanding legal issue, your Honor, that I

09:16:55 20  thought I might just get your guidance on.  And that's the issue of

09:17:00 21  the summary judgment motion that was filed by the United States on

09:17:04 22  the issue of the conversion of oil to stock-tank barrels.

09:17:11 23          THE COURT:  I am just going to deal with that on the

09:17:13 24  merits.

09:17:14 25          MR. BROCK:  I was going to suggest that we just deal with

09:17:16  1    that in our post trial brief and not respond to the summary

09:17:20  2    judgment specifically, but if you thought that was something you

09:17:23  3    wanted to deal with --

09:17:24  4              THE COURT:  Really you all already did -- I think

09:17:27  5    Ms. Karis said that you all had briefed it.  There was a motion for

09:17:31  6    summary judgment, but it was really also a motion in limine.

09:17:35  7              MR. BROCK:  It is, but we have probably -- I'm sorry.

09:17:38  8              THE COURT:  And I just said I would let him testify and I

09:17:41  9    would sort it all out later.

09:17:43  10             MR. BROCK:  Right.  Our response -- our motion in limine

09:17:47  11   does not set out completely our argument.  Our motion in limine is

09:17:52  12   a little narrower than what we will be saying on the legal side.

09:17:56  13   But we will take that up as a post trial motion and will not worry

09:18:00  14   about responding to the summary judgment specifically.

09:18:03  15             THE COURT:  Okay.

09:18:13  16             MR. BROCK:  I think that's it, your Honor.  So with those

09:18:17  17   qualifications, BP rests its case at this time.

09:18:21  18             THE COURT:  And Anadarko, right?

09:18:22  19             MR. BROCK:  I'm sorry.  BP and Anadarko rest their case.

09:18:26  20   Thank you.

09:18:27  21             THE COURT:  Okay.  Very well.  Okay.  Before we get to

09:18:31  22   the government's rebuttal evidence, I want to just make sure

09:18:37  23   everybody understands where we are.  When we left late yesterday

09:18:42  24   evening -- or yesterday evening, I expressed my view.  I don't

09:18:46  25   believe the government's actually filed anything else, right?

09:18:51  1          MS. HIMMELHOCH:  That's correct, your Honor.

09:18:52  2          THE COURT:  There was a statement that you all might file

09:18:54  3    something.  I haven't seen anything else being filed.

09:18:56  4          MS. HIMMELHOCH:  Your Honor, we intended to address that

09:18:58  5    in the post trial briefing.  I can assure you that none of the

09:19:01  6    testimony elicited today will relate to the disputed portions of

09:19:05  7    Dr. Huffman or Dr. Roegiers' reports.

09:19:09  8          THE COURT:  The way -- I think the best way to handle

09:19:11  9    this for the record is that I've told you what my ruling is that I

09:19:17 10    thought part of the rebuttal experts' testimony was really case in

09:19:23 11    chief stuff, and so I'm not going to allow it in your rebuttal

09:19:27 12    case.  Obviously you can proffer whatever evidence you want on that

09:19:31 13    point in terms of the expert -- you know, if you want to proffer

09:19:35 14    the entire expert report, for example, and related deposition

09:19:39 15    testimony.  And then I think in fairness, what I will do then is

09:19:42 16    allow BP and Anadarko to proffer in response any -- it would be in

09:19:49 17    the form of surrebuttal.

09:19:51 18          In other words, if I was allowing them to go into that in

09:19:54 19    their rebuttal case, in fairness, I would allow you surrebuttal on

09:19:58 20    that point.  Okay.  So you all can both make your proffers along

09:20:02 21    those lines.

09:20:03 22          MS. HIMMELHOCH:  So today when we offer the expert

09:20:05 23    reports, it will be subject to the additional redactions?

09:20:07 24          THE COURT:  Right.

09:20:08 25          MS. HIMMELHOCH:  Understood, your Honor.

09:20:09  1          THE COURT:  Right.  Okay.  Anybody have any questions

09:20:12  2  about that?

09:20:12  3          MR. BROCK:  I think that's clear.

09:20:14  4          THE COURT:  Okay.  All right.

09:20:15  5          MS. HIMMELHOCH:  Your Honor, at this time, the United

09:20:16  6  States calls our first rebuttal witness, Dr. Leif Larsen.

09:20:21  7          THE COURT:  Dr. Larsen.

09:20:48  8          THE DEPUTY CLERK:  If you'll raise your right hand.

09:20:50  9      (WHEREUPON, LEIF LARSEN, WAS SWORN IN AND TESTIFIED AS

09:20:56 10      FOLLOWS:)

09:20:56 11          THE DEPUTY CLERK:  If you would take a seat.  If you

09:20:58 12  would state and spell your name for the record, please.

09:21:02 13          THE WITNESS:  My name is Leif Larsen, L-E-I-F

09:21:06 14  L-A-R-S-E-N.

09:21:10 15          MS. HIMMELHOCH:  I'm going to let the opposing counsel

09:21:12 16  settle in before we get started, Dr. Larsen.

09:21:15 17          THE WITNESS:  Sure.

09:21:23 18          MS. HIMMELHOCH:  Your Honor, Sarah Himmelhoch for the

09:21:25 19  United States.  May I proceed?

09:21:26 20          THE COURT:  Yes.

09:21:27 21                      VOIR DIRE EXAMINATION

09:21:27 22  BY MS. HIMMELHOCH:

09:21:28 23  Q.  Good morning, Dr. Larsen.

09:21:30 24  A.  Good morning.

09:21:31 25  Q.  You've been hired as an expert for the United States; is that

09:21:33  1    correct?

09:21:33  2    A.  Yes.

09:21:33  3    Q.  What question were you asked to answer?

09:21:36  4    A.  I was asked to review the probability estimate that

09:21:42  5    Dr. Gringarten derived from the data he selected before the

09:21:47  6    explosion and determine if it was reasonable.

09:21:50  7    Q.  And what is your understanding of the role that permeability

09:21:54  8    plays in Dr. Gringarten's analysis?

09:21:56  9    A.  He uses permeability as a key estimate to compute the

09:22:00  10   cumulative volume of oil released.

09:22:01  11   Q.  And is Dr. Gringarten the only BP expert who uses

09:22:06  12   Dr. Gringarten's permeability estimates?

09:22:08  13   A.  No, Dr. Blunt also used the permeability from Dr. Gringarten to

09:22:15  14   do computations of cumulative oil, of oil released.

09:22:18  15   Q.  We will get to the answer to your question after we've

09:22:21  16   introduced you to the Court.  Please call up D-21701.

09:22:28  17           Dr. Larsen, is this a summary of your educational and

09:22:31  18   work experience?

09:22:32  19   A.  Yes.

09:22:32  20   Q.  And let's begin by asking you what you consider to be your

09:22:37  21   expertise as it relates to the work that you did in this case.

09:22:40  22   A.  Well test analysis.

09:22:43  23   Q.  And please remind the judge very briefly what you mean by "well

09:22:46  24   test analysis."

09:22:47  25   A.  Well test analysis is the -- we're looking at pressure changes

3186

09:22:53 1   caused by rate changes, and use that signal to determine formation

09:22:57 2   properties.

09:22:57 3   Q.  And is one of those formation properties permeability?

09:23:00 4   A.  Yes.

09:23:00 5   Q.  Do you hold any advanced degrees, Dr. Larsen?

09:23:04 6   A.  Yes, I have a Ph.D. in mathematics from the University of

09:23:07 7   California at Irvine.

09:23:08 8   Q.  Once you got your Ph.D., let's now turn to your experience, and

09:23:13 9   we'll work backwards in time.  So where do you work now?

09:23:16 10  A.  I work at Kappa Engineering, which is a software company.

09:23:20 11  Q.  Is Kappa well known within the oil and gas industry?

09:23:23 12  A.  Yeah, it's one of the leading companies in -- for software for

09:23:28 13  petroleum engineering.

09:23:28 14  Q.  And what position do you hold at Kappa Engineering?

09:23:33 15  A.  I'm the senior reservoir engineer.

09:23:38 16  Q.  What do you do as a senior reservoir engineer?

09:23:41 17  A.  I do both software development and I do consulting work for the

09:23:45 18  industry through Kappa.

09:23:46 19  Q.  What types of software do you develop?

09:23:48 20  A.  It's for well test analysis and also for use in production

09:23:52 21  analysis, which is sort of the opposite.

09:23:55 22  Q.  And what type of consulting analysis do you provide for your

09:24:00 23  clients?

09:24:01 24  A.  I look at both the MDT data and DSTs and analyze production

09:24:06 25  data and also do some studies that related to rock mechanics, like

3187

09:24:11 1    stress testing.

09:24:12 2    Q.  And by DST, you mean well test analysis for well tests?

09:24:17 3    A.  Yes.

09:24:17 4    Q.  How long have you been with Kappa Engineering?

09:24:19 5    A.  Since January of 2008.

09:24:23 6    Q.  Where did you work before you joined Kappa?

09:24:26 7    A.  In Statoil.

09:24:28 8    Q.  Is this the same Statoil that the Court has heard about

09:24:30 9    throughout this case?

09:24:31 10   A.  Yes.

09:24:31 11   Q.  And where is Statoil headquartered?

09:24:33 12   A.  In Stavanger, Norway.

09:24:37 13   Q.  Is that where you reside, Dr. Larsen?

09:24:39 14   A.  Yes.

09:24:39 15   Q.  How many years did you work for Statoil?

09:24:41 16   A.  Roughly 20 years.

09:24:42 17   Q.  During the years that you worked for Statoil, what type of work

09:24:45 18   did you perform?

09:24:45 19   A.  Well, initially my role was divided between continuing work on

09:24:51 20   in-house software that we used for well test analysis, and at the

09:24:57 21   same time, also the analysis of the field data.  But after the

09:25:00 22   industry turned away from in-house program to commercial software,

09:25:05 23   since then I worked only or mostly with analysis of field data.

09:25:09 24   Q.  And we'll get to your field data analysis in a minute, but you

09:25:13 25   said you finished the design of software that you had started

09:25:16  1   before you joined Statoil?

09:25:18  2   A.  Yes.

09:25:18  3   Q.  Where were you working at the time that you began the work on

09:25:21  4   Statoil's well test analysis program?

09:25:23  5   A.  That was Rogaland Research Institute, also in Stavanger.

09:25:29  6   Q.  Approximately how long did you work for Rogaland Research

09:25:31  7   Institute?

09:25:31  8   A.  I was there for ten years.

09:25:32  9   Q.  Let's turn now back to the consulting work or the analysis of

09:25:36 10   field data, more appropriately, that you did while you were working

09:25:39 11   for Statoil.  What was that analysis addressed to?

09:25:45 12   A.  While I was in Stavanger I had a similar role in well test

09:25:50 13   analysis, so I probably looked at almost all of the past and

09:25:53 14   present well tests within the company and especially when new wells

09:25:59 15   were put in production, we had to go back and redo all of the

09:26:02 16   analysis and write the summary of the results.  So I came across

09:26:06 17   everything.

09:26:07 18          And for the international operation, it is mostly a lot

09:26:09 19   of the work done when we are considering buying into existing -- or

09:26:15 20   buying new acreage or buying into other operations; but then again,

09:26:21 21   we would do -- go through all of the analysis done in the past.  So

09:26:25 22   I looked at quite a few different types of analysis.

09:26:29 23   Q.  Were any of the acquisitions that you looked at in the Gulf of

09:26:33 24   Mexico?

09:26:33 25   A.  Yes, I looked at a lot of data from the Gulf of Mexico.

09:26:36  1  Q.  And on an order of magnitude level, approximately how many well

09:26:40  2  test analyses have you performed or reviewed in the course of your

09:26:43  3  career?

09:26:43  4  A.  It's difficult to say, but it's in the thousands.

09:26:46  5  Q.  And during your career, have you become familiar with the

09:26:50  6  wireline formation test tool or MDT tool that was used in the

09:26:55  7  Macondo well before the explosion?

09:26:56  8  A.  Yes.

09:26:56  9  Q.  And what type of work have you done with such wireline

09:27:00  10  formation tests?

09:27:01  11  A.  Well, in Statoil we did quite a few MDT oil -- ran MDTs as DST

09:27:11  12  replacements, as a low-cost replacement.  But also when we do

09:27:17  13  sampling with such tools at Statoil, we would always plan for -- to

09:27:24  14  do a proper flow shut-in to have a good data set so we can

09:27:30  15  determine probability at the same time, not just the sampling.

09:27:34  16  Q.  And rounding out the discussion of your work experience, do you

09:27:37  17  have any work experience in academia relating to well test

09:27:40  18  analysis?

09:27:40  19  A.  Yes, I am an adjunct professor at the University of Stavanger.

09:27:44  20  Q.  What do you teach at the University of Stavanger?

09:27:47  21  A.  I teach a master's course in well test analysis.

09:27:50  22  Q.  How long have you been teaching that master's course in well

09:27:53  23  test analysis?

09:27:54  24  A.  Since '87.

09:27:54  25  Q.  Let's go ahead and call up TREX 012102R.  Dr. Larsen, is this a

3190

09:28:04  1    copy of your expert report?

09:28:05  2    A.  Yes.

09:28:06  3    Q.  And does this document accurately summarize your opinions in

09:28:09  4    this matter and the bases for those opinions?

09:28:12  5    A.  It does.

09:28:12  6    Q.  And let's turn to TREX 12102R.064.  Dr. Larsen, this is the

09:28:25  7    first page of your curriculum vitae; is that correct?

09:28:27  8    A.  Yes, it is.

09:28:28  9    Q.  And does this accurately summarize your qualifications and

09:28:31 10    publications?

09:28:31 11    A.  Yes.

09:28:32 12    Q.  Let's go back to D-21701 just one last time.  Dr. Larsen, in

09:28:39 13    your over 30 years of work in the petroleum industry, have you

09:28:44 14    received any awards?

09:28:45 15    A.  I was the SPE distinguished lecturer from '98 to '99, and last

09:28:50 16    year I received SPE Formation Evaluation Award.

09:28:53 17    Q.  And for what work did you receive your -- the SPE Formation

09:28:58 18    Evaluation Award last year?

09:28:58 19    A.  That's for my work in well test analysis through the years.

09:29:03 20             MS. HIMMELHOCH:  Your Honor, at this time I tender

09:29:05 21    Dr. Leif Larsen as an expert in well test analysis.  Neither BP nor

09:29:08 22    Anadarko have filed a *Daubert* motion with respect to Dr. Larsen.

09:29:12 23             MR. BOLES:  No objection, your Honor.  Obviously, we will

09:29:14 24    be cross-examining.

09:29:15 25             THE COURT:  All right.  Without objection, he is

3191

09:29:16  1   accepted.

09:29:18  2                    DIRECT EXAMINATION

09:29:18  3   BY MS. HIMMELHOCH:

09:29:22  4   Q.  Dr. Larsen, do you adopt the entirety of your report,

09:29:25  5   TREX-012102R, as your testimony here today?

09:29:29  6   A.  Yes.

09:29:31  7             MS. HIMMELHOCH:  Your Honor, at this time, I move

09:29:32  8   Dr. Larsen's expert report into evidence.

09:29:34  9             MR. BOLES:  No objection.

09:29:36 10             THE COURT:  Without objection, it's admitted.

09:29:39 11   BY MS. HIMMELHOCH:

09:29:39 12   Q.  We're going to take a short detour before we get into your

09:29:42 13   permeability analysis to address an issue that came up during BP's

09:29:46 14   case.

09:29:47 15             During BP's case they put up a demonstrative that

09:29:49 16   indicated that you had reached certain conclusions regarding the

09:29:54 17   porosity of the Macondo reservoir.  Did you, in fact, develop any

09:29:57 18   opinions regarding the porosity of the Macondo reservoir?

09:30:00 19   A.  No.

09:30:01 20   Q.  Did you use porosity as an input into your analysis?

09:30:04 21   A.  We have to input the porosity and compressibility as part of

09:30:08 22   the model data, so -- but I just took those values from

09:30:13 23   Dr. Gringarten's report.

09:30:14 24   Q.  And if you varied the porosity of the reservoir, would that

09:30:18 25   have a significant impact on your analysis of the permeability?

09:30:22  1   A.   No, it doesn't affect computation of the permeability.

09:30:25  2   Q.   Now let's turn to the heart of your opinion, which is the

09:30:29  3   permeability analysis that you were asked to perform.  And you

09:30:33  4   indicated that you were asked to determine whether Dr. Gringarten's

09:30:37  5   estimate of the permeability based on the MDT data before the

09:30:40  6   explosion, to determine whether or not that was reasonable.  What,

09:30:45  7   if any, conclusion did you reach?

09:30:46  8   A.   I concluded it was clearly underestimated.

09:30:50  9   Q.   And in the course of developing that conclusion, did you also

09:30:54 10   develop your own estimate of permeability?

09:30:56 11   A.   Yes.

09:30:56 12   Q.   And what was your opinion as to the permeability of the Macondo

09:31:00 13   reservoir?

09:31:01 14   A.   My -- it has to be between 400 and 500 millidarcies or higher.

09:31:09 15   Q.   Let's call up D-21702.  Dr. Larsen, does this summarize your

09:31:15 16   conclusions and compare those to Dr. Gringarten's?

09:31:18 17   A.   Yes.

09:31:19 18   Q.   And you indicate here on the graph that your thickness-based

09:31:24 19   average is 438 millidarcies.

09:31:26 20   A.   Yeah.

09:31:26 21   Q.   What is a thickness-based average, very briefly?

09:31:29 22   A.   Well, both I and Dr. Gringarten, we do the analysis layer by

09:31:34 23   layer, and then afterwards you come up with a permeability that

09:31:37 24   would drive flow from all layers.  We use the thickness-based

09:31:42 25   average; that is, you use the fraction of the total thickness for

3193

09:31:46  1    each layer as a weight.

09:31:46  2    Q.  You so weight the average by the thickness of the layer?

09:31:49  3    A.  Yes.

09:31:49  4    Q.  Now, Dr. Gringarten has already testified that the M56E lower

09:31:55  5    layer is the thickest, with the M56D next, and then the M56E upper

09:32:02  6    the thinnest.  Do you agree with that testimony?

09:32:05  7    A.  Yes.

09:32:05  8    Q.  What is the significance of the fact that the M56E lower layer

09:32:09  9    is thicker than the other two layers you analyzed?

09:32:12  10   A.  Being the thickest layer, it would have the greatest impact on

09:32:16  11   the average.

09:32:16  12   Q.  Before we jump right into a detailed discussion of your

09:32:21  13   analysis, are there any layers on which you and Dr. Gringarten are

09:32:24  14   substantially in agreement?

09:32:26  15   A.  Yes.  For the M56E upper, we are roughly on par.

09:32:31  16   Q.  If we can go ahead and bring this demonstrative down.

09:32:35  17   Dr. Larsen, what is your -- what are your and Dr. Gringarten's

09:32:39  18   estimates for the M56E upper layer?

09:32:43  19   A.  My best estimate for that layer is 150 millidarcies.  And

09:32:47  20   Dr. Gringarten in his direct analysis is first -- sort of direct

09:32:52  21   analysis, he came with 120 millidarcies, but then after his Monte

09:33:00  22   Carlo analysis his P50 was 117, slightly lower.

09:33:02  23   Q.  If you could slow down just a little bit to help the court

09:33:05  24   reporter out, I think that would be appreciated.

09:33:08  25            Do you have an opinion as to why your estimate and

09:33:10  1   Dr. Gringarten's are so close for the M56E upper layer?

09:33:15  2   A.  Yeah, for the E upper layer, they are -- obviously the mobility

09:33:19  3   is much lower and then you get data easier to work with.  Then

09:33:23  4   different people come up with similar result.

09:33:26  5   Q.  Using different methodologies?

09:33:28  6   A.  Pardon?

09:33:30  7   Q.  Using different methodologies?

09:33:32  8   A.  Similar methodology, yeah.

09:33:34  9   Q.  And what is the reason for the slight difference between your

09:33:38 10   estimate and Dr. Gringarten's estimate for the M56E upper layer?

09:33:43 11   A.  Yeah.  In my direct analysis, if I just focus sort of at the

09:33:47 12   end of the data, just looking for permeability alone, then I would

09:33:51 13   come up with quite similar result as Dr. Gringarten.  But you have

09:33:54 14   to match all of the data during flow, and then to avoid having an

09:33:59 15   unrealistic flow model, I had to go slightly higher on the

09:34:04 16   permeability.

09:34:05 17   Q.  And when you said model, you were referring to the wellbore

09:34:09 18   model?

09:34:09 19   A.  Yes.

09:34:10 20   Q.  Let's call up D-21709.  Dr. Larsen, what is shown on this

09:34:20 21   demonstrative D-21709?

09:34:22 22   A.  This schematic here shows the two different models.  So on the

09:34:28 23   left you have the single probe model that I used, and there we have

09:34:32 24   flow into the wellbore going through a small hole on the side of

09:34:36 25   the wellbore.  The model that Dr. Gringarten used is traditional

3195

09:34:41  1  limited flow entry model where you have the short opening and you

09:34:45  2  have flow from all sides.

09:34:47  3  Q.  What is the most significant difference between those two

09:34:49  4  models?

09:34:50  5  A.  In applications, it's normally the area, the flow area, because

09:34:57  6  it's easier with a probe model to constrain dimension with a

09:35:02  7  wellbore.  And so the importance of this is Darcy's Law says that

09:35:09  8  the rate by area is equal to mobility times pressure gradient.  And

09:35:15  9  from data you have the rates, you have the gradient, and you can

09:35:23 10  compensate for -- if the permeability is too low you can compensate

09:35:26 11  by using a slightly bigger flow area.  And that's the main sort of

09:35:30 12  difference.  As long as you keep the flow area small, also in the

09:35:33 13  limited flow entry model, that it was small wellbore radius, then

09:35:39 14  they were quite similar, but this is easily overlooked.  It has to

09:35:46 15  do with the flowing, not for the buildups.

09:35:49 16  Q.  So does Dr. Gringarten --

09:35:51 17         THE COURT:  Tell me again, which one of these is your

09:35:54 18  model?

09:35:54 19         THE WITNESS:  The one on the left.  It's difficult to see

09:35:56 20  from here, but there is a small hole.

09:35:58 21         THE COURT:  I can see it on the screen in front of me

09:36:00 22  better.  The one on the right is what Dr. Gringarten used?

09:36:02 23         THE WITNESS:  Yes, that's a conventional limited flow

09:36:04 24  into the well, when you just have flow from all sides.

09:36:09 25  BY MS. HIMMELHOCH:

09:36:09 1   Q.  So the one labeled "single probe model" is yours, Dr. Larsen?

09:36:12 2   A.  Yes.

09:36:12 3   Q.  And the one labeled "limited flow entry" is Dr. Gringarten's?

09:36:16 4   A.  Yes.

09:36:16 5   Q.  And what was the impact of Dr. Gringarten's use of too large an

09:36:24 6   effective area on his permeability analysis?

09:36:26 7   A.  Like I said, it has to do with the flow periods because when

09:36:29 8   you do the analysis, you're focusing just on the buildup data, you

09:36:34 9   can sort of overlook this as a problem, but you have to match also

09:36:37 10  the flow and then you will see that you are constrained by the

09:36:42 11  dimensions here.  You have to increase the permeability to actually

09:36:46 12  match the performance of the two.

09:36:47 13  Q.  Now, we talked about the M56E upper layer in which you and

09:36:54 14  Dr. Gringarten are largely in agreement.  Are you largely in

09:36:56 15  agreement on the other two layers?

09:36:58 16  A.  No.

09:36:58 17  Q.  Please call up D-21703.  To help the judge understand the

09:37:09 18  differences between your analysis and Dr. Gringarten's, let's just

09:37:13 19  do a brief overview of the analysis that you performed and then we

09:37:17 20  will walk through it step by step for the M56D layer.  In very

09:37:21 21  short terms, can you describe for the judge what was your

09:37:25 22  methodology in analyzing the permeability of the Macondo reservoir?

09:37:29 23  A.  The first step is always the same, you locate or identify

09:37:33 24  buildups through your data set, and then you have select buildups

09:37:39 25  that you find --

09:37:40  1          THE COURT:  What's a buildup?

09:37:44  2          THE WITNESS:  That's when you flow the well or the tool,

09:37:46  3  then you draw the pressure down in the formation next to the tool.

09:37:50  4  And when you shut in the well, the pressure will build back up.  So

09:37:53  5  that's what we call a buildup.

09:37:54  6          THE COURT:  Okay.

09:37:55  7          THE WITNESS:  And that's the main source of the

09:37:57  8  information in the analysis in terms of trends and properties.

09:38:04  9  BY MS. HIMMELHOCH:

09:38:06 10  Q.  And did you and Dr. Gringarten do anything different in

09:38:08 11  identifying the buildups?

09:38:09 12  A.  No, this is standard for the industry.

09:38:12 13  Q.  After identification of buildups, can you run through the

09:38:15 14  remaining steps?

09:38:16 15  A.  Yeah, then we use a log-log plot for the best buildup, the one

09:38:21 16  to me that appeared to be the best buildup just to get the initial

09:38:24 17  estimate of the show of the pressure change and the permeability.

09:38:27 18  And this is also traditional approach.

09:38:31 19          Then I used the semi-log plot to more accurately in my

09:38:36 20  analysis due to the recording of the data to get the properties,

09:38:40 21  and then I would verify with the rest of the buildups.

09:38:44 22  Q.  So let's walk through everything after the first step, since

09:38:47 23  you and Dr. Gringarten agree on that.  Let's turn to your second

09:38:51 24  step which you identified as selecting the buildups.  Before you

09:38:57 25  went about selecting the buildups, were there any buildups that you

3198

09:39:00 1   knew you were going to analyze?

09:39:02 2   A.  Yeah.  The pretests at the end of the data set, those tests

09:39:07 3   were run specifically for pressure data, so I knew -- and also

09:39:11 4   since they came at the end of the entire flow period, I expect that

09:39:17 5   you have oil next to the tool, so you should be at the right

09:39:20 6   pressure level and also should be fairly good quality data in terms

09:39:25 7   of at least being at the right level.

09:39:28 8   Q.  Let's call up D-21705.  What did you do to select the other

09:39:35 9   buildups or buildup that you were going to analyze for the M56D

09:39:40 10  layer?

09:39:41 11  A.  Having identified or located all of the buildups in the data

09:39:44 12  set, we normally set up a log-log diagnostic plot of everything.

09:39:48 13  Q.  And is that log-log diagnostic plot in the graphic that's shown

09:39:52 14  on this slide?

09:39:53 15  A.  Yes.

09:39:54 16  Q.  I'm sorry.  Keep going.

09:39:56 17  A.  And then looking for consistency in the behavior or the

09:40:00 18  response from the -- during the tests, then we're looking for -- if

09:40:05 19  you can pick up some general trends toward the end, that would give

09:40:10 20  an indication of where is the radial flow.

09:40:14 21  Q.  Is that because radial flow is where you derive your estimate

09:40:16 22  of permeability from?

09:40:17 23  A.  Yes, that's the most important source for determining

09:40:22 24  permeability, yes.

09:40:23 25  Q.  For the M56D layer, did you see general consistency between the

09:40:28 1    buildups and a dominating trend?

09:40:30 2    A.  Just looking at the -- I mean, there is some consistency in the

09:40:33 3    behavior.  There is sort of a downturn towards -- I mean, the

09:40:37 4    main -- the upper part of the pressure changes, they are scattered

09:40:41 5    a lot.  This is because of the dimension of the tool is very

09:40:44 6    sensitive to changes just in the probe opening and so on.  So the

09:40:49 7    scatter there is due to cleanup, due to different pumps being

09:40:53 8    operated and so on.  So we can't really -- so that is not a

09:40:57 9    surprise.

09:40:58 10        But what you're looking for is the derivative, the lower

09:41:01 11   points, and we expect certain behavior from these tools, initially

09:41:05 12   sort of a downward trend in the data, and we see that to some

09:41:09 13   extent.  But we would expect to see a levelling off of the

09:41:13 14   derivatives, and that doesn't really stand out as one would hope.

09:41:18 15   Q.  And once you determined that you couldn't see a dominating

09:41:22 16   trend on the log-log plot, what did you do next?

09:41:25 17   A.  Then I would go to more of a semi-log, looking directly at the

09:41:30 18   pressure data to focus more on detail and see if I can -- even with

09:41:37 19   this, you know, see if it's possible in that type of a coordinating

09:41:42 20   system to actually identify buildups that are consistent, that have

09:41:46 21   the proper trends and so on.

09:41:48 22   Q.  And you went -- when you say semi-log, that means that time is

09:41:53 23   in the log scale, but pressure is not?

09:41:54 24   A.  Pressure isn't in the scale, but log is and the superposition

09:41:58 25   time, but that is indirectly a log scale.

3200

09:42:01  1    Q.  And can you in one sentence explain to the judge what

09:42:04  2    superposition time is?

09:42:06  3    A.  Well, it's not that easy.  But roughly, it tries to take into

09:42:11  4    account pressure change or rate change prior to shut-in so that the

09:42:13  5    behavior is more or less the same that you would see if you

09:42:16  6    actually had just one rate.

09:42:18  7    Q.  So it's a mathematical way to chart differing rates on the same

09:42:23  8    graph?

09:42:24  9    A.  That's another part, that's the normalization part.  But it's a

09:42:28 10    way of transforming the time axis so that the behavior, it looks

09:42:33 11    like the flow, even though it is the shut-in.

09:42:38 12    Q.  Using the semi-log plots, were you able to select additional

09:42:43 13    buildups beyond the pretest to perform analysis on?

09:42:46 14    A.  For the D sand there is one other buildup that stands out

09:42:50 15    having good quality, the others -- I mean, together with the

09:42:54 16    pretest.  They are the same level.  And this other buildup, it does

09:42:59 17    have a consistent shape, as expected, pressure building up.  The

09:43:06 18    others are more clearly influenced by operator interaction, the

09:43:10 19    sampling operations.

09:43:11 20    Q.  Did you apply a numbering convention to the buildups for ease

09:43:14 21    of reference?

09:43:15 22    A.  Pardon?

09:43:16 23    Q.  Did you apply a numbering convention, did you number the

09:43:20 24    buildups?

09:43:21 25    A.  Yeah, the buildups are numbered.  So No. 1, 2, 3 and so on.  In

09:43:28 1   the software, Dr. Gringarten, he numbers everything from the first

09:43:30 2   probe, second probe, so on, regardless if they are flowing or

09:43:35 3   shut-in.  So our numbers are quite different.  To me, the one in

09:43:38 4   the middle was No. 4; and the one at the end, the pretest, was

09:43:42 5   No. 6.

09:43:42 6   Q.  Once you decided -- well, before we move on to the next step.

09:43:46 7   Dr. Gringarten only analyzed in detail the pretest.  Why did you

09:43:50 8   look for other buildups beyond the pretest?

09:43:53 9   A.  It's because the pressure response is directly proportional to

09:43:58 10  the rate, and here we know that this is a high mobility formation;

09:44:01 11  and with a low rate, it's very challenging to do a convincing

09:44:07 12  analysis.

09:44:07 13  Q.  And why is it challenging to do a convincing analysis in a

09:44:12 14  low-rate buildup?

09:44:13 15  A.  Because of gauge resolution issues.

09:44:15 16  Q.  Can you explain a little bit more what you mean by gauge

09:44:19 17  resolution issues?

09:44:19 18  A.  When you have a high mobility and low rate, the pressure will

09:44:24 19  recover quite quickly after you shut in the well, shut in the tool.

09:44:28 20  So the pressure recovers quickly and it quickly approaches and goes

09:44:35 21  below the resolution of the gauge, so you cannot rely -- actually

09:44:40 22  record or measure the changes that you need.

09:44:43 23  Q.  So once you had decided that you were going to analyze

09:44:48 24  Buildup 4 and Buildup 6 -- let's go to D-21708 -- what did you do

09:44:53 25  next?

09:44:53  1    A.  Next I would -- like I said, initially I would then go to --

09:45:01  2         MS. HIMMELHOCH:  Your Honor, I am going to ask the

09:45:03  3    witness to pause because I'm seeing Mr. Boles stand up for an

09:45:06  4    objection.

09:45:06  5         MR. BOLES:  Thank you, Counsel.  We've had some back and

09:45:09  6    forth about this before.  Your Honor, this graph is not in the

09:45:13  7    report, nor -- and I don't think there's any dispute about that.

09:45:17  8         MS. HIMMELHOCH:  That's correct.

09:45:19  9         MR. BOLES:  Nor is the analysis in the report.  This is

09:45:20 10    the opposite of what he describes in his report.  We've seen a

09:45:24 11    distinction described just now between the semi-log and a log-log

09:45:29 12    plot.  What's described in the report is Dr. Larsen using the

09:45:34 13    semi-log, and then comparing it against the log plot here, he is

09:45:40 14    deriving -- he is doing the opposite.  So this analysis is not

09:45:42 15    presented in the report, let alone depicted in the report.

09:45:45 16         MS. HIMMELHOCH:  Your Honor, it is correct that this

09:45:47 17    particular graph does not appear in the report, but on Page 26 is a

09:45:52 18    similar plot showing his final permeability estimate --

09:45:55 19         THE COURT:  Is this a demonstrative that you disclosed?

09:45:58 20         MR. BOLES:  Yes, it is.

09:45:59 21         THE COURT:  Was there any objection to this?

09:46:01 22         MS. HIMMELHOCH:  Yes, there was, your Honor.

09:46:02 23         MR. BOLES:  I am objecting to it.  It is outside of the

09:46:05 24    scope of the report.

09:46:06 25         MS. HIMMELHOCH:  So he does present the log-log analysis

3203

09:46:08  1    on a different permeability value graphically in his report, but he

09:46:13  2    also states in two places that he looks at the shape of the curves

09:46:17  3    in relation to both the log-log and the semi-log plot.  For

09:46:22  4    instance, on page 21 --

09:46:24  5              THE COURT:  Okay.  I am going to allow it.  Let's go on.

09:46:26  6              MS. HIMMELHOCH:  Thank you, your Honor.

09:46:27  7              THE COURT:  Overrule the objection.

09:46:28  8    BY MS. HIMMELHOCH:

09:46:29  9    Q.  So, Dr. Larsen, what do you get first when you put the measured

09:46:34  10   data into the software program on this graph?

09:46:37  11   A.  When you're looking at the new data set, the first thing you

09:46:42  12   come up on the screen is just the data, not the curves.  So it

09:46:46  13   would be the dots at the top and the dots towards the bottom here

09:46:49  14   (INDICATING).

09:46:50  15   Q.  And then what is this dashed line that is labeled "Derivative

09:46:53  16   Value"?

09:46:53  17   A.  The dashed line is what -- the software always assumes that the

09:46:59  18   end of your derivatives will give you an indication of radial flow

09:47:05  19   and, indirectly, the permeability.  So it's an estimate of radial

09:47:12  20   flow stabilization.

09:47:12  21   Q.  And how does that give you a permeability value?

09:47:15  22   A.  Well, from the value of the derivative, you can compute the

09:47:19  23   value of the M which is the semi-log slope that we use in this, so

09:47:25  24   it's the equation that's on the screen that relates the slope M

09:47:29  25   obtained from the derivative and the permeability.

OFFICIAL TRANSCRIPT

3204

09:47:33  1    Q.  And once you got that -- what was the value of the permeability

09:47:38  2    estimate that the computer first gave you?

09:47:39  3    A.  From the location of the dashed line here, it's 125

09:47:44  4    millidarcies.

09:47:45  5    Q.  And then once you have that initial estimate of permeability,

09:47:48  6    what you did do next?

09:47:49  7    A.  Then I would do what's already up on the screen.  I would --

09:47:53  8    well, when you do these type of analysis, you select a model, but

09:47:57  9    we already know the model that we are going to use is the single

09:48:00 10    probe.  The permeability which is always part of all modeling

09:48:03 11    efforts is already in there.  That's from the dashed line.

09:48:07 12         But I have to enter a vertical permeability also as part

09:48:10 13    of the input, and then, of course, a skin value that sort of

09:48:16 14    controls the shift in the data at the top.  So I just run the model

09:48:23 15    with -- initially, I would just do a default for the vertical

09:48:27 16    permeability, it's the same as the horizontal, just to see what it

09:48:29 17    looks like and use the reference --

09:48:31 18    Q.  Let's stop there for a moment.  You're talking about vertical

09:48:34 19    and horizontal permeability.  Are those exactly what those terms

09:48:38 20    mean, permeability up and down and permeability across?

09:48:41 21    A.  Yes.

09:48:41 22    Q.  And you indicated that the default is one.  Do you consider

09:48:46 23    that to be an appropriate value for this reservoir?

09:48:50 24    A.  Especially for the D sand there was every indication in the BP

09:48:56 25    technical memorandum that this is a heterogeneous formation, and

OFFICIAL TRANSCRIPT

3205

09:49:00  1   also shows clear sort of anisotropic feature.  So here you would

09:49:07  2   expect for sure the vertical permeability is going to be clearly

09:49:09  3   less than horizontal.

09:49:11  4   Q.  And just for the Court's reference, can we call up TREX 003533.

09:49:42  5   Let me ask you this:  Have you seen a TREX stamped version -- there

09:49:46  6   we go.  Dr. Larsen, is this the subsurface technical memo to which

09:49:50  7   you were referring?

09:49:51  8   A.  Yes.

09:49:51  9   Q.  Let's go ahead and bring that down then, and go back to the

09:49:54 10   slide.  Thank you.

09:49:55 11          So once you had adjusted the model to address the

09:50:00 12   vertical to horizontal permeability ratio, what did you do next?

09:50:05 13   A.  Here considered well scatter in the derivative, you cannot

09:50:12 14   pinpoint what a reasonable value for the permeability is, it's just

09:50:16 15   an indication.  So then I would go on to a semi-log and look at

09:50:24 16   this more carefully.

09:50:25 17   Q.  And what does -- the one set of lines we haven't described on

09:50:29 18   this graph, before we move on from D-21708, the green lines, what

09:50:34 19   do those represent?

09:50:35 20   A.  The one on top is a model output for pressure change during

09:50:40 21   this buildup, and the one on the bottom just shows the slope of the

09:50:45 22   model input -- output.

09:50:48 23   Q.  And let's, now, show the Judge how you take this model and go

09:50:51 24   to the semi-log plot.  Let's call up D-21710.

09:50:58 25          MS. HIMMELHOCH:  And, your Honor, there's an objection to

09:51:00  1    this demonstrative as well.

09:51:01  2              MR. BOLES:  For the same reason, your Honor, we object

09:51:04  3    because this is not -- this graph is not in his report nor is this

09:51:07  4    analysis described in the report.

09:51:09  5              MS. HIMMELHOCH:  I can, again, refer you to the pages in

09:51:11  6    his report if you would like.  On page 21 he states, "Software

09:51:15  7    based determination of point by point trends cannot be trusted

09:51:18  8    offhand.  Results must be verified by considering the data

09:51:22  9    directly."  That's what he is doing in moving to a semi-log plot.

09:51:27 10              He also discusses on page 11 the effect of changing the

09:51:31 11    shape of this curve that is represented on the semi-log plot --

09:51:35 12              THE COURT:  Okay.  Let's continue.  Overrule the

09:51:37 13    objection.

09:51:38 14              MS. HIMMELHOCH:  Thank you, your Honor.

09:51:39 15    BY MS. HIMMELHOCH:

09:51:40 16    Q.  So, Dr. Larsen, just briefly describe to the judge how you move

09:51:44 17    from the log-log plot to the semi-log plot.

09:51:47 18    A.  The semi-log plot just shows the data from the top of the

09:51:50 19    log-log plot, just the pressures.  So that's what's showed there,

09:51:57 20    the pressures versus the same superposition time.

09:52:00 21              MS. HIMMELHOCH:  And we're going to, now, go to D-21711

09:52:04 22    which has the same objection to it.

09:52:07 23              MR. BOLES:  And, your Honor, I'll just make a note of

09:52:09 24    continuing objection to all of these exhibits, that way I won't

09:52:13 25    keep interrupting the flow of the examination.

09:52:16  1            THE COURT:  Okay.  All right.  Go ahead.

09:52:18  2   BY MS. HIMMELHOCH:

09:52:18  3   Q.  So if we can go to D-21711, please.  And, Dr. Larsen, I want to

09:52:27  4   start on just one note.  What did the green lots represent on this

09:52:31  5   plot?

09:52:32  6   A.  Those are the data from Buildup 4, so this is a high rate

09:52:37  7   buildup.

09:52:38  8   Q.  Let's focus for a moment and I want you to listen very

09:52:41  9   carefully to my questions.  At your deposition did BP raise any

09:52:45 10   challenge to the data that you had used?

09:52:47 11   A.  Yes.

09:52:48 12   Q.  And what did they challenge?  What did they say about the data

09:52:52 13   that you had used?

09:52:53 14   A.  Turned out that I had undersampled the data.  I assumed that

09:53:00 15   the file that was provided was a complete file, so I just used it

09:53:04 16   as I found it with 8 point -- or a pressure value per -- for

09:53:10 17   each -- one per second.

09:53:11 18   Q.  And what did it turn out that data represented?  Let me ask it

09:53:17 19   a little more clear.

09:53:17 20   A.  Two different things here.  First of all, the raw data actually

09:53:22 21   came one point every 300-millisecond.  I used one per second and

09:53:28 22   since this doesn't go up, so when I'm -- I'm not doing this, but

09:53:36 23   when the Schlumberger toolkit asked for pressure at a given point,

09:53:42 24   if there isn't one, they would just interpolate between neighbors.

09:53:45 25   Q.  So in essence, you used interpolated data as opposed to the

09:53:49  1    direct data in certain points?

09:53:51  2    A.  It's a mix of direct and interpolated.

09:53:55  3    Q.  And is interpolation the same thing as data smoothing?

09:54:00  4    A.  No.

09:54:01  5    Q.  I just want to ask you this, and, again, listen very carefully

09:54:03  6    to my question.  Using only the information that you considered in

09:54:07  7    preparing your report and nothing that you have learned since or

09:54:12  8    done since, what opinion do you have regarding the effect of using

09:54:18  9    interpolated data on your results?

09:54:20  10   A.  It would not change anything.

09:54:21  11   Q.  And why is that?

09:54:23  12   A.  Because any trend that you can pick up in this data set has to

09:54:30  13   fall within the full data set.

09:54:32  14   Q.  So now let's turn back to the graph, and we're in the midst of

09:54:36  15   your analysis of the M56D layer.  And we're looking at this graph,

09:54:41  16   and you've indicated that the green line is that initial estimate

09:54:45  17   transferred to the semi-log plot, correct?

09:54:47  18   A.  Yes.

09:54:47  19   Q.  What is the permeability for the green line?

09:54:49  20   A.  125 millidarcies.

09:54:51  21   Q.  And what did you conclude regarding that initial estimate

09:54:55  22   provided by the software?

09:54:56  23   A.  Well, since the upper from the model does not follow the data,

09:55:02  24   then I know that this is poor estimate.

09:55:04  25   Q.  And what did you do once you determined that that computer

09:55:08 1    generated estimate was too low?

09:55:10 2    A.  For this type of data set here, this is a very long flow prior

09:55:15 3    to the shut-in for the Buildup 4, so it's a very -- sort of --

09:55:21 4    there was a logical connection between permeability and the output

09:55:24 5    there, so it's obvious that I have to increase the permeability to

09:55:29 6    match the data.

09:55:30 7    Q.  And ultimately, what permeability did you determine matched the

09:55:34 8    data?

09:55:35 9    A.  The purple line represents 500 millidarcies for this sand.

09:55:40 10   Q.  And once you had determined that the purple line or the 500

09:55:45 11   millidarcies estimate matched the data points better for Buildup 4,

09:55:50 12   which is the high rate buildup, what did you do next?

09:55:53 13   A.  Then I would go on and verify that the -- this model also

09:55:57 14   matches the pretest.

09:55:59 15   Q.  And did you do that?

09:56:00 16   A.  Yes.

09:56:00 17   Q.  And so based on the analysis that we've just walked through,

09:56:05 18   what did you conclude based -- for the permeability of the M56D

09:56:10 19   layer?

09:56:11 20   A.  My best estimate is this value of 500.

09:56:14 21   Q.  Now, we've gone through all of the steps of your analysis and

09:56:21 22   what -- we can go ahead and bring this demonstrative down -- what I

09:56:25 23   didn't hear in your description of your analysis that we did hear

09:56:27 24   from Dr. Gringarten was the use of de-convolution, so I want to

09:56:32 25   talk for just a short moment about de-convolution.  Are you

09:56:36  1  familiar with de-convolution?

09:56:37  2  A.  Yes, this is a mathematical method I fully understand.  I use

09:56:41  3  it from time to time if I have a data set that really is

09:56:46  4  appropriate.

09:56:46  5  Q.  Did you use de-convolution in your analysis of the MDT data for

09:56:50  6  the Macondo?

09:56:51  7  A.  No.

09:56:51  8  Q.  Why not?

09:56:52  9  A.  No, because I don't have the initial pressure.  If you don't

09:56:55 10  have the initial pressure, you cannot use de-convolution based on

09:57:00 11  data and, therefore, I don't do it.

09:57:02 12  Q.  What did Dr. Gringarten use for the initial pressure if he

09:57:05 13  didn't have a measured initial pressure?

09:57:08 14  A.  He used the estimate from the pretest as input to the

09:57:12 15  de-convolution.

09:57:13 16  Q.  So he used his calculated value to get -- to put into his

09:57:18 17  de-convolution?

09:57:18 18  A.  Yes.

09:57:18 19  Q.  Now, Dr. Gringarten testified in his direct that de-convolution

09:57:25 20  is a more modern technique and, therefore, superior to your

09:57:30 21  methodology.  Do you agree with that conclusion?

09:57:32 22  A.  It all depends on what type of data that you're looking at.  I

09:57:36 23  mean, for some data set this is a quick way to sampling that you

09:57:41 24  can do also interactively with some experience; but, yeah, it's

09:57:45 25  newer and for certain data sets I've used it -- I mean,

09:57:50  1   successfully used it for certain types, but not here, no.

09:57:54  2   Q.  And not here because of the pressure issue that you just

09:57:57  3   described?

09:57:57  4   A.  Yeah, you don't have the key input.

09:57:59  5   Q.  So let's now compare your estimate to Dr. Gringarten's

09:58:03  6   estimate.  Let's call up D-21713.  Dr. Larsen, this is an excerpt

09:58:13  7   from Dr. Gringarten's report, correct?

09:58:15  8   A.  Yes.

09:58:15  9   Q.  And we saw a similar plot like this in Dr. Gringarten's direct

09:58:19 10   testimony; isn't that true?

09:58:21 11   A.  Yeah, for the E upper sand.

09:58:25 12   Q.  And that looked like a very good data match, right?

09:58:27 13   A.  Yes.

09:58:28 14   Q.  And that's the sand on which you and Dr. Gringarten largely

09:58:31 15   agree?

09:58:31 16   A.  Yes.

09:58:31 17   Q.  Let's focus on the M56D.  What values is he confirming or

09:58:37 18   checking in this Horner plot?

09:58:40 19   A.  This is his 110 millidarcies upward from the main trend, what

09:58:46 20   he refers to as the main trend analysis.

09:58:49 21   Q.  What is the value that he is looking at?

09:58:51 22   A.  110 millidarcies.

09:58:53 23   Q.  And in your opinion is this a good match to the data?

09:58:55 24   A.  No.

09:58:56 25   Q.  Why not?

09:58:57  1   A.  No, because it misses most of the data.  These sort of the

09:59:05  2   different levels of data that sort of stands out there on the

09:59:09  3   screen, they are shifted by the resolution of the gauge roughly.

09:59:12  4   There's .01, .02, depends on the type of resolution in the data, so

09:59:19  5   they have been clustered at these steps.

09:59:22  6          So to honor the information in this buildup, you have to

09:59:26  7   be sort of in the middle of the area part, you have to be in the

09:59:33  8   middle of the middle part to have -- be in the middle or the end,

09:59:35  9   and this particular model output does not honor that.  It just sort

09:59:38 10   of selects a -- sort of, you know, a trend stands out.  But his

09:59:45 11   analysis based on the average trend is more true to the data.

09:59:48 12   Q.  And what was his analysis?  What was the result of his analysis

09:59:53 13   on the average trend?

09:59:54 14   A.  That was 282 millidarcies.

09:59:56 15   Q.  Now, let's focus for a moment on his final estimate for the

10:00:02 16   M56D.  That was 116 millidarcies, correct?

10:00:05 17   A.  116, yes.

10:00:06 18   Q.  And in your opinion, would plotting a Horner plot using 116

10:00:11 19   match the data significantly better than this plot of 110?

10:00:15 20   A.  No.  On a scale like this, if you change 110 to 116, you would

10:00:20 21   not be able to see it.

10:00:23 22          MS. HIMMELHOCH:  Let's call up D-21714.  This also is

10:00:27 23   objected to.

10:00:29 24          MR. BOLES:  That's right, your Honor, for the same

10:00:31 25   reason.  It's not in the report either in depiction or in

10:00:34  1    discussion and substance.

10:00:36  2              MS. HIMMELHOCH:  And I rely on the same segments.

10:00:38  3              THE COURT:  All right.  I'll let him go.

10:00:41  4    BY MS. HIMMELHOCH:

10:00:42  5    Q.  Dr. Larsen, what does the line that's labeled "116" on this

10:00:46  6    semi-log plot represent?

10:00:48  7    A.  This -- what I've done here, I've taken the permeability 116,

10:00:55  8    but that's an output from the Monte Carlo analysis.  This is not

10:00:59  9    one of his actually analysis, so I don't know exactly which

10:01:03  10   vertical permeability to go with this number.  But I just used the

10:01:06  11   same ratio that he had for the 110.  So that is using those same

10:01:12  12   assumptions, and looking at what you get out of the single probe

10:01:18  13   model, and that's this curve here and the diagonal curve

10:01:23  14   (INDICATING).

10:01:23  15   Q.  So it's using Dr. Gringarten's KvKh from his main trend

10:01:27  16   analysis, yes?

10:01:28  17   A.  Yes.

10:01:28  18   Q.  And your probe model?

10:01:30  19   A.  Yes.

10:01:31  20   Q.  If you would use Dr. Gringarten's probe model as opposed to

10:01:35  21   yours, would it significantly change the shape of the 116

10:01:39  22   millidarcies?

10:01:40  23   A.  Not if you use a small wellbore radius so that you have a

10:01:45  24   consistent in-flow area.  The contact between the tube and the

10:01:48  25   formation is similar, then there will be a slight difference in the

10:01:51  1   very beginning, but not the rest.

10:01:53  2   Q.  And what does the upper green line labeled "500 millidarcies"

10:01:57  3   represent?

10:01:57  4   A.  That's the 500 millidarcies from before just for reference.

10:02:01  5   Q.  So once you compared your results to Dr. Gringarten's, did you

10:02:04  6   change your conclusion that 500 millidarcies was the best estimate

10:02:08  7   of the permeability for the M56D layer?

10:02:11  8   A.  No.

10:02:12  9   Q.  Now, Dr. Larsen, we've gone in very great detail and -- you can

10:02:17 10   go ahead and bring this down -- we've gone in very great detail

10:02:21 11   through your methodology for the M56D.  To save the Court some time

10:02:24 12   and hopefully finish today, I am just going to ask you:  Did you

10:02:28 13   use a similar analysis for the M56E lower layer?

10:02:31 14   A.  Yes, I followed exactly the same steps.

10:02:34 15   Q.  And using those steps, what did you conclude regarding the

10:02:37 16   permeability of the M56E lower layer?

10:02:41 17   A.  For the best estimate, I came up -- well, the same number also

10:02:46 18   served quite well as the best estimate, sort of the middle, 500

10:02:51 19   millidarcies.

10:02:51 20   Q.  Other than the graphs that you have drawn, are there any other

10:02:54 21   reasons why you think 500 millidarcies is your best estimate for

10:03:01 22   the M56E lower layer?

10:03:03 23   A.  For these three data sets, the pretest sort of same, it's the

10:03:08 24   same tool, same gauge, everything is the same, so if you just

10:03:12 25   compare the output from the D sand, E upper, E lower, as soon as

10:03:18  1   you have one, you have a pretty good handle on what the others are.

10:03:21  2   And here, just by looking at the gauge problems, it's quite clear

10:03:25  3   that the total -- I mean, the thickness times the permeability here

10:03:30  4   has to be clearly higher than for the D sand, and we already know

10:03:36  5   that it's thicker so that could explain it.  But the permeability

10:03:39  6   cannot be lower.

10:03:40  7   Q.  So now that we've come up -- we've talked through your best

10:03:44  8   estimates, I just want to talk about for the M56E lower and the

10:03:50  9   M56D layers, did you try to attempt -- did you attempt to match any

10:03:55 10   values other than 500 to the data?

10:03:59 11   A.  I had to establish a range.  I mean, how low can you go and

10:04:03 12   still have any sort of match of your data and then do the same

10:04:07 13   thing in the other direction, so to pinpoint what is possible

10:04:11 14   range.

10:04:11 15   Q.  And how low were you able to bring the permeability and still

10:04:15 16   match your data?

10:04:15 17   A.  For the D sand, I could do down to -- well, I went down to 250

10:04:20 18   millidarcies with the .3 KvKh ratio; so the ratio seemed high, but

10:04:27 19   also the match was not that good.  So I cannot really go much below

10:04:32 20   500 for that sand to have something that looks acceptable.  But I

10:04:36 21   can go up to 750 with less restriction because you can always

10:04:41 22   compensate that then by reducing the KvKh ratio.

10:04:45 23        For the E lower, I had to go to isotropic formation to

10:04:51 24   use 250 millidarcies and still had a poor match, so there, clearly,

10:04:56 25   the permeability has to be, again, close to 500 or higher.  And I

10:05:02  1  also tried 750 there to see how far up I could go.

10:05:06  2  Q.  You used the word "isotropic," is that the same thing as having

10:05:10  3  a KvKh ratio of one?

10:05:12  4  A.  Yes.

10:05:13  5  Q.  And the reason that you think that is unreasonable is the same

10:05:16  6  reason you discussed earlier?

10:05:17  7  A.  Yes.

10:05:18  8  Q.  So wrapping up, based on the analysis you have presented here

10:05:24  9  and in your report, what is your conclusion regarding

10:05:27 10  Dr. Gringarten's estimate of the permeability of the Macondo

10:05:30 11  reservoir?

10:05:30 12  A.  It's underestimated.

10:05:32 13  Q.  And in your opinion, what is your best estimate of the

10:05:35 14  permeability of the Macondo reservoir?

10:05:37 15  A.  It has to lie between four and 500 millidarcies or more likely

10:05:42 16  slightly higher.

10:05:44 17          MS. HIMMELHOCH:  Thank you.  I have no further questions,

10:05:46 18  your Honor.

10:05:47 19          THE COURT:  All right.  Mr. Boles, why don't we take our

10:05:54 20  morning recess first.

10:05:56 21          MR. BOLES:  All right.  Thanks, your Honor.

10:05:58 22          THE COURT:  We will come back in 15 minutes.

10:06:00 23          MS. MARTINEZ:  All rise.

10:06:01 24      (WHEREUPON, A RECESS WAS TAKEN.)

10:07:31 25      (OPEN COURT.)

10:18:43  1        THE COURT:  All right.  Please be seated, everyone.

10:25:17  2        MR. YORK:  Good morning, your Honor.  Alan York for

10:25:21  3   Halliburton and the Aligned Parties.  One very brief preliminary

10:25:23  4   matter.

10:25:23  5        I am happy to report that through conversations with BP,

10:25:25  6   the Aligned Parties have reached an agreement with regard to

10:25:29  7   redactions to the initial and rebuttal expert reports of Ed

10:25:32  8   Ziegler, a source control expert.  We're completing the actual

10:25:36  9   technical redactions, and those will be submitted as part of the

10:25:39 10   final marshaling conference.  But in conjunction with that

10:25:42 11   agreement, we're prepared to now offer the list of exhibits,

10:25:45 12   callouts, and demonstratives used with Mr. Ziegler.  The list has

10:25:50 13   been circulated and has received no objection.

10:25:52 14        THE COURT:  All right.  Any remaining objections?

10:25:54 15   Hearing none, those are admitted.

10:26:01 16        MR. BOLES:  Good morning, your Honor, Martin Boles on

10:26:04 17   behalf of BP and Anadarko.  If I may begin?

10:26:07 18        THE COURT:  Yes.

10:26:08 19                    CROSS-EXAMINATION

10:26:09 20   BY MR. BOLES:

10:26:10 21   Q.  Good morning, Dr. Larsen.

10:26:10 22   A.  Good morning.

10:26:12 23   Q.  My name is Martin Boles.  We haven't had the pleasure of

10:26:15 24   meeting yet.

10:26:16 25        I wanted to, mostly for the benefit of Judge Barbier,

10:26:19  1   just go over sort of a few terminology things just to kind of make

10:26:23  2   this more clear and efficient, so I put these two boards up in

10:26:28  3   front of you.  And this one on the right here in the gold and brown

10:26:35  4   summarizes the different layers of the M56 reservoir.  Let's begin

10:26:45  5   with D-24739.

10:26:56  6            TECHNICAL OPERATOR:  I don't have that.

10:26:58  7            MR. BOLES:  All right.  We'll just go with the board I

10:27:00  8   have then.

10:27:01  9   BY MR. BOLES:

10:27:01  10  Q.  So, Dr. Larsen, are you looking at D-24746 now, the board on

10:27:07  11  the right there?

10:27:07  12  A.  Yes.

10:27:07  13  Q.  And you see, I'll point them out there, there's these three

10:27:14  14  sublayers, if you call them that, of the M56 Macondo reservoir,

10:27:19  15  correct?

10:27:20  16  A.  Yes.

10:27:20  17  Q.  And the top one is the M56D, right?

10:27:24  18  A.  Yes.

10:27:25  19  Q.  And you came up with a permeability analysis of that layer,

10:27:28  20  correct?

10:27:29  21  A.  Yes.

10:27:29  22  Q.  And we've got your estimate there on the right-hand side and

10:27:33  23  Dr. Gringarten's next to yours, correct?

10:27:35  24  A.  Yes.

10:27:35  25  Q.  And then the M56E you and Dr. Gringarten divided into two

10:27:41  1   sublayers and you have permeability estimates for each of those?

10:27:45  2   A.  Yes.

10:27:45  3   Q.  And then down at the bottom is the M56F.  You did not do an

10:27:51  4   analysis of the permeability of that layer; is that correct?

10:27:53  5   A.  No, because an MDT was not run there, so I didn't have pressure

10:27:59  6   data to work with.

10:28:01  7   Q.  And just in terms of so we can speed this along, there's

10:28:05  8   certain things, I believe, you were not analyzing or you were not

10:28:09  9   offering opinions about that were within the scope of

10:28:13 10   Dr. Gringarten's work, and I just want to confirm that.

10:28:18 11          He went beyond his MDT data analysis of permeability to

10:28:24 12   use de-convolution and other methods to calculate Macondo incident

10:28:29 13   flow rates.  You're not offering an opinion on that, are you, sir?

10:28:33 14   A.  No.

10:28:33 15   Q.  Or on his cumulative production numbers?

10:28:36 16   A.  No.

10:28:36 17   Q.  And I think you said that, on your direct that you and

10:28:43 18   Dr. Gringarten essentially agree on the permeability for the M56E

10:28:48 19   upper, the one I am pointing to there (INDICATING); is that

10:28:53 20   correct?

10:28:54 21   A.  Yes, that's correct.

10:28:54 22   Q.  And again, there is a lot of terminology in the documents and

10:29:00 23   used in the direct, and will be on the cross-examination as well,

10:29:04 24   with respect to the well test analysis methods that you and

10:29:09 25   Dr. Gringarten used, so I just wanted to review those with you and

3220

10:29:13 1  we put those on this board to your left.  You used -- is it fair to
10:29:23 2  say that your primary basis -- the primary method you used to
10:29:27 3  estimate permeability for Macondo was a semi-log plot?
10:29:34 4  A.  No, I always start from the log-log, from the log-log
10:29:37 5  diagnostic, that's the standard approach.  So I guess my initial
10:29:40 6  estimate from the log-log derivatives and then I move on, if
10:29:45 7  necessary, to improve on the analysis.
10:29:48 8  Q.  So let's take a look at this board, then, because we will be
10:29:53 9  coming back to this again and again.  By log-log, that's also
10:29:55 10  called the derivative plot; is that correct?
10:29:59 11  A.  Well, a log-log in itself doesn't have to have derives
10:30:03 12  included; but when you say, "log-log diagnostics" you normally
10:30:06 13  assume that it's all there, both pressures and derives.
10:30:10 14  Q.  And when you refer to using the log-log approach, you're
10:30:15 15  trying -- you're using a derivative plot; is that correct?
10:30:18 16  A.  Both.
10:30:18 17  Q.  Okay.  And when you look at the derivative plot, you look for
10:30:22 18  the radial flow stabilization, where it flattens out to the right;
10:30:27 19  is that correct?
10:30:28 20  A.  Yes.
10:30:28 21  Q.  And that's what tells you the permeability number?
10:30:32 22  A.  Yeah, I mean, that's an estimate.  It's a starting point.  If
10:30:39 23  you have high quality data that's very straightforward, then that
10:30:43 24  might be -- you draw a lot of your conclusions right there and
10:30:47 25  then.  I mean, this is the easy way, but if you have more

10:30:50  1   challenging data, then you have to do more.

10:30:52  2   Q.  And I know I heard you that say that a number of times that the

10:30:56  3   methodology determines -- is determined -- the appropriateness of

10:30:59  4   the methodology is determined by the quality of the data set,

10:31:02  5   correct?

10:31:03  6   A.  Yes.

10:31:03  7   Q.  And, for example, you mentioned that the de-convolution method,

10:31:08  8   you would have used it here if the data was appropriate, right?

10:31:13  9   A.  If I had the data.

10:31:14  10  Q.  And likewise, you criticize Dr. Gringarten for trying to derive

10:31:22  11  permeability from primarily from the derivative plot or the log-log

10:31:29  12  analysis because of the quality of data that was available from the

10:31:32  13  MDT?

10:31:32  14  A.  Yeah, you cannot conclude -- I mean, in the two, for the D sand

10:31:37  15  and the lower sand, of course, he only came up with a range, and

10:31:44  16  you had rectangle in there, but in there he indicated that's the

10:31:48  17  radial flow stabilization uncertainty range, so it's very similar.

10:31:53  18  Q.  I'm sorry, I didn't mean to cut you off.

10:31:54  19  A.  It's very similar.

10:31:55  20  Q.  But the uncertainty that you're talking about in your

10:31:59  21  criticisms of Dr. Gringarten, the recurring theme in your report is

10:32:04  22  that there's not enough data, and it's the quality of the data;

10:32:09  23  isn't that true, Dr. Larsen?

10:32:11  24  A.  Quality of the data, yes.

10:32:12  25  Q.  So, for example, in page 4 -- let's look at page four of

3222

10:32:16  1    TREX 12102R.004.  The heading, "2.1 Uncertainties in the Data."

10:32:28  2    And in the second sentence you say, "The data under consideration

10:32:31  3    are very noisy and limited."  Don't you, sir?

10:32:35  4    A.  Yes.

10:32:35  5    Q.  And likewise, in TREX 12102R.006, Section 2.3, your critique of

10:32:50  6    Dr. Gringarten's methodology, the second paragraph, fourth line

10:32:56  7    down, you say, "There are too few points for such algorithms to

10:33:04  8    work properly," correct?

10:33:05  9    A.  Yes.

10:33:06 10    Q.  You're referring to the algorithm Dr. Gringarten is using?

10:33:09 11    A.  I'm talking about the general.  Some of these filtering

10:33:16 12    algorithms, they require a lot of points to do the statistics

10:33:18 13    properly.

10:33:19 14    Q.  Is this a criticism of Dr. Gringarten or isn't it?

10:33:22 15    A.  Yes.

10:33:23 16    Q.  I am not going to go through every page, but you refer

10:33:28 17    repeatedly to the -- to this idea of the limited amount and quality

10:33:35 18    of the data from the MDT, correct?

10:33:37 19    A.  Yes.

10:33:37 20    Q.  And at the time you wrote this report, as you said on direct,

10:33:43 21    you had made a mistake in sampling the data so that you only had

10:33:48 22    one third of the available points, correct?

10:33:51 23    A.  I did not sample the data.  That was a file made available and

10:33:58 24    apparently that came from BP.

10:34:01 25    Q.  Well, are you talking about the LAS file?

3223

10:34:04  1   A.  Yes.

10:34:04  2   Q.  Which was sampled every one second, correct?

10:34:07  3   A.  Yes.

10:34:07  4   Q.  But the file that actually got all of the data from the MDT was

10:34:12  5   something called the DLIS file, correct?

10:34:15  6   A.  Yes.

10:34:15  7   Q.  And you had access to that?

10:34:17  8   A.  Yeah.  Normally do, but normally I don't use those.

10:34:25  9   Q.  But the DLIS file with all of the data was made available to

10:34:29 10   you?

10:34:29 11   A.  Yes, that was there on the web site, yes.

10:34:31 12   Q.  So when you did your analysis and you did your criticism of

10:34:59 13   Dr. Gringarten, including these criticisms that his methods are not

10:35:02 14   appropriate given the limitations of the data, you did not have the

10:35:05 15   full data set?

10:35:06 16   A.  I did not use the full data set, yes.

10:35:09 17   Q.  And if you had known that there was three times as much data as

10:35:17 18   you ended up having and using, you would have used that full amount

10:35:22 19   of data for your analysis, correct?

10:35:25 20   A.  Yeah.  Normally, when you do a test like this or any test, you

10:35:30 21   would first load all of the data and look, but normally we

10:35:36 22   undersample more or less immediately when we go on to actually do

10:35:38 23   the real work.

10:35:38 24   Q.  Because you didn't have enough data points, because you only

10:35:41 25   had one third of the data points that had been made available to

10:35:45  1   you in your analysis, most of the pressure points you took and

10:35:50  2   analyzed were interpolated, correct?

10:35:53  3   A.  Yes.

10:35:55  4   Q.  And your belief in well test analysis is that, in general,

10:35:59  5   interpolation should be avoided?

10:36:02  6   A.  Well, what I said in the report is that you should not

10:36:07  7   oversample by interpolation because then you put in linear trends

10:36:12  8   in your data and they will sometimes show up in your derivatives

10:36:17  9   with a special feature.  That's different from the undersampling

10:36:22 10   and interpolation.  That's very different.

10:36:24 11   Q.  It may be different from my question which is, you agree that

10:36:28 12   interpolation should be avoided, correct?

10:36:32 13   A.  Yes.  But I said specifically in that context you should avoid

10:36:39 14   oversampling with interpolation.

10:36:44 15   Q.  That it's always better to take the data points themselves than

10:36:49 16   an interpolation of the data points?

10:36:51 17   A.  Yeah.  Until you know.  If you don't know, then you should, of

10:36:55 18   course, work with real data, the actual data.

10:37:01 19   Q.  Interpolation may hide things that may actually be in the data;

10:37:05 20   isn't that correct?

10:37:06 21   A.  Pardon me -- yes, yes, I remember.

10:37:07 22   Q.  And interpolated data can introduce error into your analysis

10:37:15 23   and conclusions, can't it?

10:37:17 24   A.  That's possible.

10:37:23 25   Q.  And you would not have used interpolation if you had realized

3225

10:37:31 1  that you had access to the full data set from the MDT tool?

10:37:35 2  A.  Now, here, since this is a fairly short test, I would probably

10:37:40 3  not undersample.  But I might have, so we probably just work with

10:37:49 4  the full data set if I had it.  But not adding anything or very

10:37:57 5  little.

10:37:57 6  Q.  Let me just ask my question again, Dr. Larsen.  You would not

10:38:01 7  have used interpolation of this data if you had known about and

10:38:06 8  utilized the full data set that was made available to you from this

10:38:10 9  MDT tool; isn't that right?

10:38:11 10 A.  Yeah.  If I had worked -- if I had used the full data set,

10:38:17 11 then, by design, I would not interpolate; but since I am

10:38:22 12 undersampling, then the interpolation there is not really doing

10:38:27 13 much difference.  If you're undersampling by picking every third

10:38:31 14 point or 10 points and stuff like that that we normally do, then

10:38:34 15 you pick data points.  But when you're undersampling and more or

10:38:37 16 less end up with interpolation as part of that, then it's -- that's

10:38:43 17 very different.

10:38:44 18 Q.  As of the time you wrote this report, Dr. Larsen, you did not

10:38:48 19 know the effect on your -- well, first of all, you didn't know you

10:38:53 20 had only used one third of the data points, correct?

10:38:55 21 A.  Correct.

10:38:55 22 Q.  And as of the time of your deposition, in any event, you did

10:39:00 23 not know the affect on this analysis that you're presenting to the

10:39:05 24 court of interpolating rather than using the full data?

10:39:09 25 A.  No.

10:39:09  1    Q.  Is that -- am I correct?

10:39:12  2    A.  Yes.  I did see there was some differences between the data

10:39:15  3    that I used and those Dr. Gringarten used.  But since he describes

10:39:20  4    that he uses over two different -- at least, for the D sand, two

10:39:27  5    different ways of smoothing the data, I thought it was some upward

10:39:33  6    event.

10:39:33  7    Q.  Now, in terms of the smoothing that Dr. Gringarten did, there

10:39:38  8    are two kinds of smoothing in this kind of well test analysis to

10:39:41  9    determine permeability, correct?  There's smoothing of the original

10:39:45 10    data and then there's smoothing of the derivative such as the

10:39:50 11    derivative being shown in this -- on our illustrative board there;

10:39:56 12    isn't that correct, sir?

10:39:57 13    A.  That's correct.

10:39:58 14    Q.  And smoothing of the derivative is standard in well test

10:40:06 15    analysis, correct?

10:40:06 16    A.  Yes.  There are different algorithms but they're standard.

10:40:10 17    Different softwares have slightly different approaches, but it's

10:40:15 18    trying to do the same thing.

10:40:16 19    Q.  Right.  And, in fact, a smoothing is a default built into this

10:40:20 20    kind of software that the industry uses, correct?

10:40:23 21    A.  Yes.

10:40:23 22    Q.  And Dr. Gringarten only smoothed the derivative, the industry

10:40:37 23    standard practice, correct?

10:40:40 24    A.  Yeah.  But in his report, he describes the smoothing of data

10:40:46 25    and illustrates what his smooth data looks like compared to the

10:40:51  1    original.  So I had every reason to believe that he did that.

10:40:56  2    Q.  But you don't -- at least, as of the time of the deposition,

10:41:00  3    you didn't know whether Dr. Gringarten had smoothed the derivative,

10:41:04  4    which is industry standard built into all of the software, or

10:41:08  5    smoothed the original data; isn't that right?

10:41:12  6    A.  That's right.  But even now reading his report, I am not a

10:41:16  7    hundred percent certain exactly, but it appears that he used -- he

10:41:20  8    illustrated what the smooth data would look like compared to his

10:41:23  9    data, but he didn't use the smooth data in his -- as they move

10:41:29 10    forward.  He just used it as an input to computing derivatives,

10:41:35 11    which is the standard.

10:41:35 12    Q.  It appears toy you, doesn't it, sir, that Dr. Gringarten did

10:41:39 13    not smooth the original data?

10:41:41 14    A.  Pardon?

10:41:42 15    Q.  Doesn't it appear to you, sir, that Dr. Gringarten did not

10:41:46 16    smooth the original data?

10:41:47 17    A.  Even though he seemed to say the opposite, it appears that he

10:41:51 18    did not.

10:41:51 19    Q.  Now, Dr. Gringarten used the -- he used -- he started with the

10:42:15 20    log-log or the derivative plot in his analysis; isn't that right?

10:42:19 21    A.  Yes.

10:42:19 22    Q.  And then he used the other type of analysis, a Horner plot

10:42:28 23    which is a kind of a semi-log plot, as a verification of what he

10:42:32 24    came up with in the derivative analysis; isn't that right?

10:42:36 25    A.  Yes.

3228

10:42:37  1    Q.  Now, Dr. Larsen, is part of what you talk about in your report

10:42:57  2    is that because of the nature of the MDT tool there is noise in the

10:43:01  3    data, correct?

10:43:02  4    A.  Yes.

10:43:02  5    Q.  And I believe part of your opinion is that the signal to noise

10:43:09  6    ratio or the ability to see through that noise and get something

10:43:12  7    meaningful is, in part, a function of the mobility of the formation

10:43:19  8    being studied?

10:43:21  9    A.  Yeah.  For the signal, yeah, as far as the signal.

10:43:26  10   Q.  And you have a certain threshold that you've talked about that,

10:43:31  11   a mobility above that might not have a reliable result from an MDT

10:43:36  12   tool test and data for assessing permeability?

10:43:41  13        MS. HIMMELHOCH:  Objection, your Honor.  He is asking

10:43:42  14   questions about a portion of his report that, at their objection,

10:43:45  15   we chose not to offer.  It was a supplement given at his

10:43:49  16   deposition.  So they're going beyond his four corners at this

10:43:53  17   point.

10:43:54  18        MR. BOLES:  That's right, I am.  I am looking at the

10:43:56  19   supplement.  I am not aware that you've withdrawn the supplement

10:43:59  20   that was given to us at the time of his deposition.

10:44:01  21        MS. HIMMELHOCH:  We did not offer it into evidence

10:44:03  22   because BP objected to it as improperly supplementing his report.

10:44:12  23        THE COURT:  Well --

10:44:13  24        MR. BOLES:  Can I just ask one question of either the

10:44:16  25   witness or counsel?

10:44:16  1                THE COURT:  Go ahead.

10:44:18  2                MR. BOLES:  Are they taking the position that the

10:44:20  3     mobility of the Macondo reservoir means that the MDT tool test

10:44:25  4     cannot be reliably used as to permeability?

10:44:29  5                MS. HIMMELHOCH:  I have no objection to his asking that

10:44:31  6     question.  I have an objection to his asking questions on the

10:44:34  7     supplement that we did not offer because of BP's objection.

10:44:36  8                THE COURT:  Why don't you ask the witness that question.

10:44:38  9                MR. BOLES:  All right.  Thank you.

10:44:40 10     BY MR. BOLES:

10:44:41 11     Q.  There's no absolute rule that says that above a certain

10:44:46 12     mobility you cannot use the MDT tool to determine permeability,

10:44:50 13     correct, Dr. Larsen?

10:44:53 14     A.  Yeah, those are just sort of indications that we use during the

10:44:58 15     planning phase.  You know, whether or not you can go ahead and try

10:45:04 16     to do it.

10:45:04 17     Q.  And then when you get the data, you look at the signal-to-noise

10:45:08 18     ratio?

10:45:08 19     A.  You look at the data, yes.

10:45:10 20     Q.  Or at least as much of the data that you end up sampling,

10:45:14 21     correct?

10:45:14 22     A.  Yes.

10:45:14 23     Q.  Now, you looked at the -- you did an analysis of the amount of

10:45:19 24     noise in the MDT tool pressure and rate data to see if it could be

10:45:25 25     used to come up with a permeability?

10:45:27  1    A.  Meaning computing a number?

10:45:30  2    Q.  Well, that is actually my point.  Let me ask this:  Do you

10:45:35  3    criticize Dr. Gringarten for trying to use the MDT tool to

10:45:40  4    calculate permeability because this data is just too noisy to do

10:45:43  5    it?

10:45:44  6    A.  Yeah.  From the -- especially because he relied on the low rate

10:45:49  7    buildup, then you are really pushing the limits of what you can

10:45:55  8    reliably conclude.

10:45:57  9    Q.  Now, were you pushing the limits when you used the same data

10:46:01  10   or, at least one third of that data, to come up with your

10:46:05  11   permeability estimates using the measurements from the MDT tool?

10:46:09  12   A.  No, I used the higher rate buildups.  And for the D sand that

10:46:13  13   the rate there was 12 times higher, that is the same as actually

10:46:19  14   improving the quality of the gauge by the same factor.

10:46:22  15   Q.  So is the basis of your criticism, sir, that Dr. Gringarten

10:46:25  16   didn't look at all of the buildups?

10:46:26  17   A.  Yeah.  When I refer to the problem with the data, is the part

10:46:33  18   of the data that's been used.

10:46:34  19   Q.  The problem of the substance of the data that you use or the

10:46:38  20   totality of the data that Dr. Gringarten --

10:46:40  21   A.  No, I mean the data from the buildups that have been looked up.

10:46:43  22   That's the key.

10:46:43  23   Q.  But, Dr. Larsen, Dr. Gringarten looked at all of the buildups,

10:46:48  24   didn't he?

10:46:49  25   A.  He did the same sort of overview-type approach that I had.

3231

10:46:53   1   Q.  In your view, is there a problem in Dr. Gringarten's analysis

10:47:10   2   and its reliability because of the noise in the data he used?

10:47:13   3   A.  Yeah, the noise is the source of the uncertainty and not using

10:47:20   4   the higher rate buildups he is not -- yeah, I mean, that's the main

10:47:26   5   problem.

10:47:26   6   Q.  So just so it's clear because Judge Barbier will have

10:47:32   7   Dr. Gringarten's report.  It's the basis of your criticism is that

10:47:35   8   Dr. Gringarten didn't analyze some or all of the buildups; is that

10:47:39   9   right?

10:47:39  10   A.  That's the main reason why we draw different conclusions as far

10:47:45  11   as I can figure out.

10:47:46  12   Q.  Now, did you analyze the noise in the data to see what kind of

10:47:54  13   problems it could cause?

10:47:55  14   A.  No, I don't do any type of analysis.  I mean, it's just look at

10:48:03  15   it.  You see the scatter in the data and the slope, the underlying

10:48:08  16   trend, I mean, that's what you're looking for.

10:48:11  17   Q.  You didn't use the kind of quantitative or computerized

10:48:15  18   analysis of noise that you would sometimes do on other projects

10:48:19  19   here?

10:48:19  20   A.  Not here, no.

10:48:20  21   Q.  You just looked at it?

10:48:22  22   A.  Yes.

10:48:22  23   Q.  Now, you talked in your discussion in your direct examination

10:48:38  24   about the way -- where the probe was that was lowered into the hole

10:48:48  25   in order to sample the fluids in the Macondo and what kind of --

3232

10:48:53 1  the word you used was a wellbore model.  What kind of wellbore

10:48:58 2  model should be used in analyzing permeability?  Either a single

10:49:02 3  probe model or the limited flow entry model.  Do you remember that?

10:49:07 4  A.  Yes.

10:49:07 5  Q.  And you used the limited flow entry model, correct?

10:49:11 6  A.  No, I used the single probe model.

10:49:12 7  Q.  Okay.  Thank you.  You use the single probe model,

10:49:15 8  Dr. Gringarten used the limited flow entry model?

10:49:18 9  A.  Yes.

10:49:18 10  Q.  And you don't -- that's not really a basis of your criticism of

10:49:22 11  the permeability numbers that Dr. Gringarten has come up with, is

10:49:26 12  it, sir?

10:49:27 13  A.  No.  Like I said, you have to also be able to match the flow

10:49:32 14  part of your data, and that's where the two models really make a

10:49:37 15  difference.

10:49:38 16  Q.  Dr. Larsen, it's not your view that Dr. Gringarten should have

10:49:44 17  used the your single probe model; isn't that correct?

10:49:48 18  A.  Yes.

10:49:48 19  Q.  Now, when you did your -- when you were looking at some of your

10:50:02 20  plots, when you did your match of your semi-log plots, you

10:50:07 21  determined the quality of the match.  And let's step back a minute.

10:50:11 22  The way you do this analysis, and Dr. Gringarten did the same

10:50:16 23  thing, is you create a model of the reservoir; is that right?

10:50:18 24  A.  Yes.

10:50:18 25  Q.  So it's going to try and imitate or simulate the reservoir's

10:50:24  1   behavior?

10:50:24  2   A.  Yes.

10:50:24  3   Q.  And you put some parameters into it?

10:50:27  4   A.  Yes.

10:50:27  5   Q.  And by the way, when we saw all of those demonstratives that I

10:50:33  6   objected to, I don't know if we can call those up, but let's see if

10:50:37  7   we can look at, for example, D-21710.  Now, if I understood it

10:50:50  8   correctly, Dr. Larsen, this purple line is based on your prediction

10:50:55  9   of permeability?

10:50:56 10   A.  Yes.

10:50:57 11   Q.  And then we have this green line hanging way down here, right?

10:51:00 12   A.  Yes.

10:51:00 13   Q.  That's not made with Dr. Gringarten's model, is it?

10:51:04 14   A.  No.

10:51:06 15   Q.  And that's true of all of those spots like that where you show

10:51:10 16   the green line way below the plot that fits the points, right?

10:51:14 17   A.  Yes.  But the question was raised through the direct, and I

10:51:16 18   said that it would make a slight difference in the very beginning,

10:51:21 19   otherwise they would track perfectly.

10:51:23 20   Q.  But that -- the green line is not Dr. Gringarten's model, is

10:51:28 21   it?

10:51:28 22   A.  No, this is my initial estimate of 125 millidarcies.

10:51:32 23   Q.  With your model?

10:51:34 24   A.  Yeah.  But the key thing is that the dimension of the model, if

10:51:37 25   you use a small wellbore radius, I mean, very small, then I

OFFICIAL TRANSCRIPT

10:51:43 1  indicated they would be similar.  You can reproduce the same type

10:51:47 2  of response.  But it's very easy when you have a limited flow into

10:51:53 3  the well to overlook this problem, and then you end up using an

10:52:01 4  incorrect inner boundary area.

10:52:03 5  Q.  Now, when you come up with your model, you -- your model

10:52:09 6  generates this purple line, correct?

10:52:11 7  A.  Yes.

10:52:11 8  Q.  And then you see how well am I fitting the data points,

10:52:18 9  correct?

10:52:19 10  A.  Yeah.  I'm looking at whether or not I can sort of track the

10:52:23 11  test response, and I do that.  I don't compute a sort of a number

10:52:31 12  given the quality of the distance or root mean square or any things

10:52:35 13  because it's scattered.

10:52:36 14  Q.  And so if your purple line fits the points pretty well then you

10:52:41 15  think you've got a good match, as they say, or good fit to the

10:52:43 16  data?

10:52:43 17  A.  Yes.

10:52:44 18  Q.  And if there's a good fit to the data, then your model is

10:52:48 19  confirmed and the permeability built into it is confirmed; is that

10:52:53 20  right?

10:52:53 21  A.  Yes.

10:52:53 22  Q.  And this is, again, going over to our little taxonomies of

10:52:59 23  methods here, this is the semi-log method.  That's down here, right

10:53:05 24  (INDICATING)?

10:53:05 25  A.  Yes.

3235

10:53:05  1    Q.  And that semi-log because you've got a version of logarithmic

10:53:12  2    time called superposition time on the horizontal axis?

10:53:15  3    A.  Yes.

10:53:16  4    Q.  But this is not logarithmic, right?

10:53:18  5    A.  It's linear time -- I'm sorry, linear pressure.

10:53:22  6    Q.  But that's semi-log, right?

10:53:24  7    A.  Yes.

10:53:24  8    Q.  And this is log-log?

10:53:26  9    A.  Yes.

10:53:26  10   Q.  Also known as the derivative plot, correct?

10:53:32  11   A.  Like I said, you can -- when you say "log-log diagnostic,"

10:53:35  12   normally you think in terms of both.  But the plot you have

10:53:39  13   indicated here is just derivative.  It's the same thing as a

10:53:47  14   log-log plot.  What you have on there you have to -- if you see the

10:53:53  15   derivatives at the bottom, you can say it's a derivative plot, but

10:53:55  16   here it's both.

10:53:55  17   Q.  And when you assess the quality of your match to see if you've

10:54:00  18   got the right permeability in this semi-log plot, you did that

10:54:05  19   based on a visual analysis?

10:54:07  20   A.  Yes.

10:54:07  21   Q.  You often in your work outside of this case you use a computer

10:54:15  22   to assess the quality of your matches, correct?

10:54:18  23   A.  Yes.

10:54:19  24   Q.  For this work you didn't do that?

10:54:23  25   A.  I can't remember if I did the regression.  Quite often you do.

10:54:30  1   It's just hit the button and do a regression on the model, but here

10:54:35  2   I probably did not.

10:54:35  3   Q.  Now, there was some discussion about this concept of KvKh.

10:54:44  4   That's the ratio of vertical permeability going this way through

10:54:48  5   the reservoir and horizontal permeability going that way through

10:54:52  6   the reservoir, correct (INDICATING)?

10:54:53  7   A.  Yes.

10:54:53  8   Q.  Is that an important part of your analysis and your critique of

10:54:59  9   Dr. Gringarten in this case?

10:55:00 10   A.  It's an important input to the models.  And I can't remember

10:55:10 11   right off as somebody's -- for the D sand he did two models, and I

10:55:20 12   think on both of that he had KvKh ratio of .277 or something.  And

10:55:27 13   that seemed to be on the high side, but it's not -- that's not the

10:55:31 14   key point here really.

10:55:33 15   Q.  Okay.  If it's not the key point then, I'll move on.  If that's

10:55:37 16   not a basis of your criticism of Dr. Gringarten.

10:55:39 17   A.  For the D sand he is -- I mean, it would not really have much

10:55:44 18   of an impact on the -- you can put B off a little bit off your

10:55:55 19   permeability if you go low, but some of the others, of course, you

10:55:59 20   had a higher ratios.

10:56:01 21   Q.  Do you criticize him for that?

10:56:03 22   A.  I cannot remember directly if I made a direct reference to his

10:56:11 23   choice of this ratio compared to mine.  I can't remember.

10:56:15 24   Q.  You don't have any measurement based evidence of what the true

10:56:24 25   Kv over Kh ratio is; isn't that correct, Dr. Larsen?

10:56:28  1   A.  That's not possible to get.  You normally would do a test like

10:56:32  2   this just to get that number, but then you would have to do a

10:56:36  3   little more -- a little bit more careful than was done here.  But

10:56:41  4   it's very difficult to get that dynamic KvKh ratio without running

10:56:46  5   a test that is specifically designed for this purpose.

10:56:49  6   Q.  Can we go back to that last demonstrative again?  In terms of

10:56:56  7   these matching of your purple model to the points that's part of

10:57:01  8   your determination or estimate of permeability, there are other

10:57:07  9   matches, other curves that could have been drawn that would also

10:57:12 10   visually match the data; isn't that right?

10:57:15 11   A.  It depends on how much you change.  I mean, here you can move

10:57:25 12   up in permeability and at the same time go down in KvKh ratio.  It

10:57:33 13   depends on the length.  But you cannot move that far off the main

10:57:39 14   sort of trend here without noticing it.

10:57:43 15   Q.  Let's take a look, let's walk through some of those then.

10:57:47 16   Let's look at TREX 12102R.6.1.  Now, we're going to start with

10:58:07 17   M56D, Dr. Larsen, right here, this top row, right (INDICATING)?

10:58:10 18   A.  Yeah, the yellow, yes.

10:58:12 19   Q.  You've got -- Dr. Gringarten has 116 millidarcies permeability

10:58:16 20   and you've got 500, right?

10:58:17 21   A.  Yes.

10:58:17 22   Q.  So let's take a look at Figure 5 in your report,

10:58:28 23   TREX 12102R.13.2.  So this is your plot for Buildup 4 for the M56D,

10:58:36 24   correct?

10:58:37 25   A.  Yes.

10:58:37  1    Q.  And again, your model is the green line, right?

10:58:43  2    A.  Yes.

10:58:43  3    Q.  Now the top green line -- you're applying two things if I

10:58:47  4    understand it, the top green line is that just raw pressure?

10:58:50  5    A.  This is the pressure change from the last flowing point before

10:58:56  6    the shut-in and then afterwards, and this is what Dr. Gringarten

10:59:00  7    referred to as the signal.

10:59:02  8    Q.  And this, the lower green line generated by your model, is that

10:59:08  9    the derivative?

10:59:09 10    A.  Yes.

10:59:09 11    Q.  And these red dots, that's the actual derivative data, correct?

10:59:17 12    A.  Yeah.  Of my data set, yes, with my software.

10:59:21 13    Q.  Now I am going to go to the more simplified version, generic

10:59:28 14    version of the derivative plot.  What you look for is where that

10:59:33 15    derivative plot flattens out, correct?  That's called the radial

10:59:40 16    flow stabilization?

10:59:41 17    A.  Yes.

10:59:41 18    Q.  And if your model gets a match and flattens out with a good fit

10:59:46 19    to those points, then that tells you what the permeability is,

10:59:49 20    doesn't it?

10:59:50 21    A.  It might.

10:59:52 22    Q.  Well, isn't that the standard way of doing it, sir?

10:59:55 23    A.  Yeah, but you always have to verify.

10:59:58 24    Q.  Okay.

10:59:58 25    A.  And of course -- that's Dr. Gringarten also did that.

1   Q.  Right, he verified --

2   A.  Normally, yeah.  If there's limited noise and it really stands

3   out clearly like this and is consistent with your model, that is it

4   never soft, stays constant.  I would be surprised if it didn't

5   really do the job.

6   Q.  I wasn't intending to leave out Dr. Gringarten's verifications,

7   let's go through that.  He verified the derivative permeability

8   first of all with a semi-log plot; is that right?

9   A.  Yes.

10  Q.  And then he also did the de-convolution, right?

11  A.  By going back to the semi-log he doesn't verify a number, he

12  had an upper and a lower, and he said both --

13  Q.  He takes into account an uncertainty range?

14  A.  Yes.  He doesn't have a unique match, but he said he can match

15  sort of paying attention to part of the data for this once case and

16  then he can pay attention to other parts of the data for the other

17  case, so there's no uniqueness.

18  Q.  Well, we'll -- Dr. Gringarten's already testified his matches

19  are in his report, I want to talk about your matches now.

20  A.  Okay.

21  Q.  So the radial flow stabilization, as you've -- in your model

22  it's happening down here right at this just, so happens it's this

23  dark, black horizontal line that goes over to 0.01 on the vertical

24  axis, correct?

25  A.  Well, okay.  It doesn't go over to, I mean it's just a value,

11:01:21  1   it's a number, and it's showed across the screen, yes.

11:01:25  2   Q.  But that's what you approximated when we talked to you last

11:01:28  3   time, that's what you approximated the radial flow stabilization

11:01:33  4   would be right about 0.01 as indicated by your model, correct?

11:01:37  5   A.  That's correct.

11:01:37  6   Q.  Now, if there was another model of the reservoir and it showed

11:01:45  7   a radial flow stabilization higher, let's say going right through

11:01:51  8   the middle of those red points, the actual data, that would be a

11:01:55  9   different radial flow stabilization, wouldn't it?

11:01:57 10   A.  Yes.

11:01:57 11   Q.  And in the topsy-turvy world that we've seen here in this case,

11:02:02 12   a higher radial flow stabilization means a lower permeability,

11:02:06 13   correct?

11:02:07 14   A.  Yes.  I already showed that it's not possible for this data

11:02:15 15   set.  I mean, the derivative is fine, but the derivatives here are

11:02:20 16   not capable of picking out what's going on.

11:02:22 17   Q.  You could, in fact, match this data, this actual derivative

11:02:35 18   data with a model having a lower permeability, couldn't you?

11:02:39 19   A.  On this plot, yes.

11:02:42 20   Q.  This is your plot, correct?

11:02:44 21   A.  Yeah.  I mean, on the log-log plot, you can do that, but you

11:02:48 22   would quickly see there was something wrong if you moved on to try

11:02:52 23   and verify on the semi-log.

11:02:53 24   Q.  And this, in fact, would even be -- this cluster of data points

11:02:57 25   could even be consistent with a permeability of 100 millidarcies?

3241

11:03:03  1    A.  On the log-log plot, yes.  But you couldn't verify it.

11:03:11  2    Q.  Let's take a look at -- let's look at -- I am going to skip the

11:03:20  3    upper, the E upper since we have a substantial agreement, I guess,

11:03:24  4    or reasonable agreement, according to your testimony, between you

11:03:27  5    and Dr. Gringarten.

11:03:28  6            So let's go to the lower M56E, where Dr. Gringarten's got

11:03:34  7    an average value of 285 millidarcies and you have 500 millidarcies.

11:03:40  8    Let's take a look at TREX 12102R.6.1.  Let's look at the plot which

11:03:57  9    is TREX 12102R57.1.  Again, this is your model, right, sir, this

11:04:08  10   kind of greenish-blue line in Figure 63 from your report?

11:04:15  11   A.  Yes.

11:04:16  12   Q.  And these red dots are the actual derivative data; is that

11:04:20  13   right?

11:04:21  14   A.  Yes.

11:04:21  15   Q.  And if a radial flow stabilization were found by a different

11:04:26  16   model to go right through the middle of those points, that would be

11:04:29  17   a lower permeability, wouldn't it?

11:04:31  18   A.  Yes.  But you have to verify by looking at the data, not on the

11:04:38  19   derivatives.  The derivatives is just a guide.

11:04:41  20   Q.  Well, the derivative is the standard approach in well test

11:04:45  21   analysis for determining permeability, isn't it, sir?

11:04:48  22   A.  Only if it works.

11:04:58  23   Q.  But it is the standard approach in well test analysis for

11:05:00  24   determining permeability?

11:05:02  25   A.  Yes, if it works.  I mean, if it can reproduce the

11:05:06  1    characteristics of your pressure response then, yes, that's the

11:05:11  2    easy way, quick way to move forward.  But you have to verify it.

11:05:17  3    Q.  You were asked about -- you testified about -- I think I've

11:05:40  4    already covered that.  I'll withdraw that and start over.

11:05:44  5            I want to go back to this document that we keep seeing in

11:05:49  6    this case, the BP post drill subsurface technical memorandum that

11:05:57  7    you were shown in your direct examination.  Let's look at a chart

11:06:01  8    that you reviewed as part of your analysis in this case at the end

11:06:05  9    of that document, TREX 3533.36.2.  Do you remember seeing this,

11:06:17  10   sir?

11:06:17  11   A.  Yes.

11:06:17  12   Q.  And this is permeability measurements on drill cores?

11:06:24  13   A.  Yes.

11:06:25  14   Q.  The rotary sidewall cores?

11:06:28  15   A.  Yes.

11:06:28  16   Q.  And these last two columns are the permeability numbers, right?

11:06:36  17   A.  Yeah, the two to the right.

11:06:38  18   Q.  And one says arithmetic air permeability, correct?

11:06:44  19   A.  Yes.

11:06:44  20   Q.  One says geometric air permeability, right?

11:06:47  21   A.  Yes.

11:06:47  22   Q.  And let's go to the bottom three rows, let's see, that's the

11:06:53  23   Macondo reservoir, right, that I am circling in green, M56D, E and

11:06:58  24   F?

11:06:58  25   A.  Yes.

| | | |
|---|---|---|
| 11:06:59 | 1 | Q.  And the thick ones, the ones you've concentrated on, are the D |
| 11:07:04 | 2 | and the E, right?  That's the ones you've done permeability for? |
| 11:07:09 | 3 | A.  The E here is combined for the upper and the lower as one unit. |
| 11:07:13 | 4 | Q.  That's right.  Now, if you look -- if we go over -- and can we |
| 11:07:17 | 5 | just highlight D and E, please.  That was the right shot.  So let's |
| 11:07:31 | 6 | just look at the D and E layers, the permeability goes from about, |
| 11:07:36 | 7 | rounding off here, 250 millidarcies to about 500 millidarcies, |
| 11:07:40 | 8 | correct? |
| 11:07:40 | 9 | A.  Yes. |
| 11:07:40 | 10 | Q.  And that is an air permeability, isn't it, sir? |
| 11:07:46 | 11 | A.  Yes. |
| 11:07:46 | 12 | Q.  And the oil permeability would be lower than that, wouldn't it? |
| 11:07:50 | 13 | A.  Yes. |
| 11:07:53 | 14 | MR. BOLES:  That's all I have.  Thank you. |
| 11:07:55 | 15 | THE COURT:  Any redirect? |
| 11:07:57 | 16 | MS. HIMMELHOCH:  No redirect, your Honor. |
| 11:07:58 | 17 | THE COURT:  Okay.  Thank you, sir.  Thank you for your |
| 11:08:01 | 18 | time. |
| 11:08:02 | 19 | Okay.  The government can call its next witness. |
| 11:08:16 | 20 | MS. HARVEY:  Judy Harvey for the United States.  We'll |
| 11:08:18 | 21 | call Dr. Jean-Claude Roegiers. |
| 11:09:02 | 22 | THE DEPUTY CLERK:  If you'll raise your right hand. |
| 11:09:08 | 23 | (WHEREUPON, JEAN-CLAUDE ROEGIERS, WAS SWORN IN AND TESTIFIED |
| 11:09:08 | 24 | AS FOLLOWS:) |
| 11:09:09 | 25 | THE DEPUTY CLERK:  If you'll come around and take a seat. |

OFFICIAL TRANSCRIPT

11:09:11   1    And if you'll state and spell your name for the record.

11:09:41   2            THE WITNESS:  Jean-Claude, J-E-A-N hyphen C-L-A-U-D-E,

11:09:46   3    Roegiers, R-O-E-G-I-E-R-S.

11:09:46   4            MS. HARVEY:  Your Honor, may it please the Court, Judy

11:09:51   5    Harvey on behalf of the United States.

11:09:51   6                         VOIR DIRE EXAMINATION

11:09:51   7    BY MS. HARVEY:

11:10:00   8    Q.  Dr. Roegiers, what is the subject of your expert opinion in

11:10:00   9    this case?

11:10:04  10    A.  Geomechanics.

11:10:04  11    Q.  I'm sorry, the subject of the opinion that you reached in this

11:10:07  12    case.

11:10:07  13    A.  I have been reviewing the -- provided a rebuttal to the report

11:10:13  14    from Professor Zimmerman regarding the interpretation of the UPVC

11:10:21  15    for the Macondo well.

11:10:22  16    Q.  And by UPVC, do you mean the uniaxial core volume

11:10:27  17    compressibility?

11:10:27  18    A.  Correct.

11:10:27  19    Q.  Let's pull up, please, TREX 011698R.  And is this a copy of the

11:10:32  20    rebuttal report you prepared?

11:10:34  21    A.  Yes.

11:10:34  22    Q.  And do you adopt that report as your testimony today?

11:10:37  23    A.  Yes.

11:10:40  24    Q.  Dr. Roegiers, what is your area of expertise?

11:10:42  25    A.  Geomechanics, especially experimental geomechanics where I have

11:10:48  1   lots of experience, and also applied geomechanics or rock

11:10:52  2   mechanics.

11:10:59  3   Q.  Let's please pull up D-21305 to discuss your educational

11:11:02  4   background and work experience.  Dr. Roegiers, can you please

11:11:09  5   summarize your educational background for the Court?

11:11:11  6   A.  Yes, I obtained a civil engineering degree at the Universite de

11:11:17  7   Liege in Belgium in 1969, followed by a Ph.D. at the University of

11:11:20  8   Minnesota in geomechanics.

11:11:22  9   Q.  And working forward to the closest in time period, can you

11:11:28 10   please summarize your employment history?

11:11:30 11   A.  Upon completion of Ph.D., I was hired by Los Alamos Scientific

11:11:37 12   Lab in Los Alamos, New Mexico to work on the dry rock project,

11:11:42 13   which was an injection of cold water and retrieval of steam for

11:11:48 14   energy purposes.  I was in charge of starting a rock mechanics lab

11:11:55 15   for this project, geothermal energy project.

11:11:59 16        After that I was called to join the University of

11:12:02 17   Toronto, where I started a program in geomechanics, but this time

11:12:07 18   applied to the civil engineering, which would mean essentially

11:12:12 19   underground openings, slopes ability, dam foundations.  After that,

11:12:21 20   I went to Dowell Schlumberger, later on it became bought by

11:12:29 21   Schlumberger in Tulsa, Oklahoma in the research area where I got

11:12:33 22   the leadership of the rock and fluid mechanics research, and that

11:12:37 23   was my first approach to the petroleum industry.  I started their

11:12:42 24   lab for problems that you might solve from research point of view.

11:12:50 25        And then more recently, since 1988, I accepted chair,

11:12:58   1   McCasland Chair at the University of Oklahoma in petroleum and

11:13:02   2   geological engineering where I retired from as an emeritus a little

11:13:08   3   bit more than three years ago.  Again, started a lab and do

11:13:13   4   research and applied on petroleum engineering side.

11:13:19   5   Q.  And can we, please, turn now D-21306.  And, Dr. Roegiers, over

11:13:27   6   the course of your career, about how many rock mechanics labs were

11:13:30   7   you involved in starting?

11:13:32   8   A.  I started nationally and internationally seven rock mechanics.

11:13:38   9   The ones that I've mentioned before, plus internationally a rock

11:13:41  10   mechanics lab in Venezuela for Pervesa (PHONETIC); a rock mechanics

11:13:47  11   lab in Japan, in Waikiki for nuclear waste repository and

11:13:53  12   subsidence; and a rock mechanics lab in Germany for the transit

11:14:01  13   administration using fracturing.

11:14:06  14        I have supervised an enormous amount of projects around

11:14:10  15   the world in my consulting, and some of them were in the Gulf of

11:14:16  16   Mexico.  But I worked around the world.

11:14:18  17   Q.  And, Dr. Roegiers, during your work in the laboratories that

11:14:23  18   you started, were you involved in developing procedures for rock

11:14:26  19   mechanics tests?

11:14:28  20   A.  Obviously, because, you know, when I start the lab, you have to

11:14:32  21   buy some equipment, and each equipment has different capabilities

11:14:37  22   that specifically we had to develop some procedure for that

11:14:40  23   particular equipment to run the tests.

11:14:43  24   Q.  And in terms of the tests that you helped develop procedures

11:14:50  25   for, did that include a UPVC tests?

11:14:51  1  A.  Yes.

11:14:52  2  Q.  And can you please summarize some of the focus of your

11:14:55  3  consulting work that you've done over the course of your 44 years

11:14:58  4  of experience?

11:14:59  5  A.  Well, I've been involved in consulting work ever since I was a

11:15:04  6  grad student in different areas.  In the petroleum more

11:15:08  7  specifically, I was involved with major -- most major oil companies

11:15:12  8  nationally and international and also in the service companies.

11:15:17  9  And my areas have been essentially -- my specialty has been trying

11:15:22 10  to understand strange behavior of reservoirs.

11:15:26 11  Q.  And let's turn to D-21307 to discuss your publications and some

11:15:33 12  of your awards.  Dr. Roegiers, can you please summarize for the

11:15:38 13  Court some of the publications you've had over the course of your

11:15:41 14  career?

11:15:41 15  A.  I've published over 230 papers which I either published in

11:15:49 16  technical journals or in symposium conferences that have a broad

11:15:55 17  scope of my expertise, including bore stability,

11:16:04 18  thermo-poroelasticity, in-situ stress measurements, very more

11:16:10 19  recently gas yeilds, fracking as you call it here, and also spent

11:16:13 20  quite a bit of time recently in temperature fix by looking at the

11:16:19 21  high pressure/high temperature reservoirs.

11:16:21 22  Q.  And, Dr. Roegiers, can you please tell the Court about some of

11:16:26 23  the recognitions you've received over the course of your career.

11:16:29 24  A.  I received quite a bit of recognition, of which I only mention

11:16:32 25  here the four ones that I am proud of, or the proudest of the four.

11:16:36  1    I was recently, three years ago, became a Fellow for the American

11:16:41  2    Rock Mechanics Association.  Before that, I became nominated by the

11:16:48  3    State of Oklahoma as most eminent scholar.  I am honorary professor

11:16:54  4    in two universities in China.  And last, but not least, I received

11:17:01  5    International Francqui Chair, and that involves all of the

11:17:07  6    disciplines including medicine in Europe.

11:17:12  7             MS. HARVEY:  Your Honor, at this time I would like to

11:17:13  8    tender Dr. Jean Claude Roegiers as an expert in geomechanics, and

11:17:18  9    move in his expert report TREX 11698, subject to objection, pending

11:17:22 10    objections from BP into evidence.  Dr. Roegiers' CV is included in

11:17:28 11    his report, along with a list of materials he considered in forming

11:17:30 12    his opinions.  There are no *Daubert* motions that have been filed

11:17:34 13    with respect to Dr. Roegiers.

11:17:36 14             THE COURT:  Mr. Fields.

11:17:37 15             MR. FIELDS:  Thank you, your Honor.  Barry Fields on

11:17:40 16    behalf of BP.  We will reserve questions for Dr. Roegiers on

11:17:43 17    cross-examination.  And with respect to the issue on the expert

11:17:45 18    report, obviously we will work with the parties, the U.S. to

11:17:50 19    resolve any issue.

11:17:52 20             THE COURT:  Right.  With that understanding I will accept

11:17:53 21    him as an expert in that field.  And we will introduce his report

11:18:01 22    after the redaction, any necessary redactions are agreed upon.

11:18:06 23             MS. HARVEY:  Just for clarification, there's only about

11:18:08 24    from Dr. Roegiers' report one page or paragraph.

11:18:10 25             THE COURT:  Okay, fine.

11:18:12  1                    DIRECT EXAMINATION

11:18:13  2  BY MS. HARVEY:

11:18:13  3  Q.  Dr. Roegiers, when did you start work on the Macondo Project?

11:18:17  4  A.  In May of this year.

11:18:19  5  Q.  And what were you asked to do?

11:18:22  6  A.  I was asked to review the reports from Dr. Zimmerman and the

11:18:31  7  Weatherford reports, essentially doing two things, review the

11:18:36  8  computation of how the number that, interpretation was made by

11:18:44  9  Professor Zimmerman; and also to review at the same time the

11:18:47 10  standard testing procedure that were followed to obtain these

11:18:52 11  numbers.

11:18:52 12  Q.  And let's pull up D-21309.  And, Dr. Roegiers, can you please

11:19:02 13  summarize your key opinions in rebuttal to Dr. Zimmerman?

11:19:05 14  A.  Yes.  My key opinions essentially, number one, are that the

11:19:12 15  UPVC data generated by Weatherford from rotary sidewall cores

11:19:22 16  cannot be used to generate reliable estimates for the Macondo

11:19:26 17  reservoir, that's number one.

11:19:28 18          Number two, that the two other tests that were carried

11:19:31 19  out, one which is referred to as a "stairstep" hydrostatic test and

11:19:36 20  the other one is the ultrasonic velocity measurements are indirect

11:19:39 21  methods and therefore you cannot use them to validate the UPVC data

11:19:44 22  to obtain the number one.

11:19:48 23  Q.  Can now we, please, turn to D-21310.  Dr. Roegiers, can you

11:19:55 24  please tell me why it's your opinion that the lab data here cannot

11:19:57 25  be used to generate a reliable and representative estimate of UPVC

11:20:02  1    for the Macondo reservoir?

11:20:03  2    A.  Yes.  We have to realize that the data was generated using

11:20:08  3    rotary sidewall cores that cannot be used to obtain reliable data

11:20:16  4    for two reasons:  Number one, as you will see, the poor recovery of

11:20:23  5    the core and the sample condition were not representative at all;

11:20:31  6    then the Weatherford's testing in the lab was flawed on the

11:20:38  7    sidewall cores and, therefore, yield very unreliable results.

11:20:41  8    Q.  And let's begin with the discussion of the core recovery and

11:20:45  9    sample condition issues you just raised.  Can you please provide

11:20:48 10    the Court with an overview of the core recovery that happened with

11:20:53 11    respect to the Macondo well?

11:20:54 12    A.  Yes.  This is based on document that was an inventory of the

11:21:05 13    cores that were retrieved.  In this inventory there's about 44

11:21:13 14    cores retrieved.  From those 44 cores when you look at the

11:21:19 15    inventory only about 29 of them showed some distress.

11:21:27 16    Q.  And we can pull up, please, TREX 01510.  And we'll actually go

11:21:51 17    to the TREX 011510.2.2.US.  Dr. Roegiers, is this the sample

11:22:00 18    inventory you just referred to?

11:22:02 19    A.  Yes.  This is the report of the core inventory provided by

11:22:08 20    Weatherford, they generated that when they received the cores.  On

11:22:15 21    the left side column, right there (INDICATING), are the 44 cores.

11:22:24 22    And if you go to the fifth column here, it's visual inspection and

11:22:30 23    you will see all of the ones that are outlined in yellow have been

11:22:35 24    rejected either due to they were rubblized or refractured --

11:22:40 25              THE COURT:  What was what word you used?

OFFICIAL TRANSCRIPT

11:22:40  1              THE WITNESS:  Rubblized, rubble.

11:22:44  2              THE COURT:  Rubberized.

11:22:44  3              THE WITNESS:  Yes.

11:22:44  4              THE COURT:  Oh, okay.

11:22:47  5              THE WITNESS:  R-U-B --

11:22:51  6              THE COURT:  Like a rubber band?

11:22:53  7              THE WITNESS:  Exactly.  Pieces.  So that only not even

11:23:01  8  half of them have cylindrical shape that can be used for rock

11:23:09  9  mechanics testing.

11:23:12 10  BY MS. HARVEY:

11:23:13 11  Q.  And just to be clear, I believe your Honor heard rubber, and

11:23:16 12  did you rubble?

11:23:18 13  A.  No, no, no, rubble.  I'm sorry.

11:23:19 14              THE COURT:  Then I did mishear it.  So it's not rubber,

11:23:19 15  rubber band?

11:23:27 16              THE WITNESS:  No, rubblized.

11:23:28 17              THE COURT:  Like rubble, broken up.

11:23:30 18              THE WITNESS:  Many pieces.

11:23:32 19              THE COURT:  I got it, okay.

11:23:32 20  BY MS. HARVEY:

11:23:32 21  Q.  And just to be clear, you also added highlights to show which

11:23:35 22  of the pieces you saw couldn't be used for this rock mechanics

11:23:39 23  tests that were done here because they were fractured or rubble,

11:23:42 24  you added those highlights?

11:23:45 25  A.  Can you repeat?

11:23:46  1    Q.  Sorry.  Just to be clear for the Court, with respect to the

11:23:50  2    highlighting that is shown here, that was highlighting that you did

11:23:54  3    to illustrate that the pieces, the samples that were fractured --

11:24:00  4    A.  Yes, yes, the pieces you could not use.

11:24:02  5    Q.  And some of them under sample condition there's the notation

11:24:06  6    CYL, what is that?

11:24:09  7    A.  Cylindrical.  In other words, you need to have a cylindrical

11:24:13  8    specimen, decent specimen to be able to do some tests in

11:24:17  9    geomechanics.

11:24:18 10    Q.  And could the condition of the samples we have here have an

11:24:22 11    impact on whether the tested samples are representative of the

11:24:25 12    reservoir?

11:24:25 13    A.  Yes.  Obviously you end up with the most strong specimen that

11:24:32 14    you're going to bias the numbers right away from the start.

11:24:35 15    Q.  And bias them in a particular direction?

11:24:38 16    A.  Well, yes.  What's happening is that since you have the

11:24:41 17    strongest ones you're going to underestimate the compressibility.

11:24:47 18    Q.  In the course of your work on this case, did you review any

11:24:52 19    commentary regarding the cores that were recovered for the Macondo

11:24:54 20    well?

11:24:55 21    A.  Yes.  I recollect there were about three internal e-mails from

11:25:03 22    Weatherford that written by Loos, that lady that you saw on the

11:25:11 23    television a few days ago --

11:25:15 24    Q.  And we can pull up now --

11:25:17 25    A.  Can you pull up it?

1:25:18   1   Q.  Yes, we can pull up TREX 008794.1.1.US.  Dr. Roegiers, is this

1:25:32   2   the e-mail you were just referring to in your testimony?

1:25:34   3   A.  Yes, those are the three e-mails started with from Loos --

1:25:41   4   Q.  Do you know who Ms. Loos is?

1:25:44   5   A.  Yes, she works at Weatherford and I believe she is one of the

1:25:49   6   senior -- two days ago, she is one of the managers of properties

1:25:55   7   including the rock mechanics.

1:25:59   8          But look at the wording there, she said she looked at the

1:26:02   9   cores and said they were really ugly.  And her response --

1:26:08  10          THE COURT:  Can you blow that up, the part, whatever

1:26:10  11   parts he is referring to because it's hard to read?

1:26:16  12          THE WITNESS:  See, they are really ugly.

1:26:18  13          Go to the next one.  There was only one disagreement this

1:26:22  14   time.  This time they are iffy.  I don't know what the difference

1:26:29  15   between ugly and iffy is.

1:26:30  16          And then it says also here, "hope we can get some useful

1:26:35  17   data."

1:26:36  18          And last one.  The top one.  "This won't give us much to

1:26:45  19   work with."  In other words, they are questioning really if the

1:26:51  20   data are going to be able to be produced, that it's very poor and

1:26:56  21   ugly cores that the data will be valuable.

1:27:00  22          MS. HARVEY:  Thank you.

1:27:01  23          THE COURT:  Just to be clear, these were all, these 44 I

1:27:05  24   think you said samples?

1:27:06  25          THE WITNESS:  Yeah, it was a total of 44 samples taken

11:27:09  1    out of about more than half of them had to be rejected.

11:27:12  2              THE COURT:  Right, I understand that.  But all of these

11:27:17  3    were -- these were samples taken before the blowout?

11:27:19  4              THE WITNESS:  Yes.

11:27:20  5              THE COURT:  But they analyzed afterwards?

11:27:24  6              THE WITNESS:  Correct.  Correct, your Honor.

11:27:25  7              THE COURT:  Okay.  Thank you.  Go ahead.

11:27:27  8    BY MS. HARVEY:

11:27:28  9    Q.  Thank you.  We can pull that down.

11:27:31 10              Before we turn to your critique of the testing procedure

11:27:34 11    conducted by Weatherford, can you just please provide the Court

11:27:37 12    with an overview of how a UPVC test is conducted?

11:27:42 13    A.  Yes.  As we've seen this very good animation from Professor

11:27:49 14    Zimmerman a couple of days ago, the way you conduct a UPVC test is

11:27:57 15    you take a core --

11:27:59 16    Q.  Wait.  And, Dr. Roegiers, what are you holding in your hand?

11:28:04 17    Is that something you brought to assist in your explanation?

11:28:08 18    A.  Just a core to later on discuss some of the implications.  But

11:28:12 19    I just want to show how you do a UPVC test.

11:28:16 20              You take a core and then you apply a certain loads on top

11:28:21 21    of the core and what does that going to do is going to shorten the

11:28:27 22    rock.  At the same time it's going to expand the rock.  And a UPVC

11:28:34 23    test is a special test because what you do, you do not allow the

11:28:38 24    lateral displacement to occur because you want to mimic what's

11:28:42 25    happening in the reservoir in the field.  In order to do that, you

11:28:46  1   apply a certain confining pressure.  So what is happening is that

11:28:52  2   you have a load that's applied there, and also because you don't

11:28:56  3   want any displacement, a lateral confining pressure.  Well, that is

11:29:02  4   the characteristics of a triaxial test.

11:29:06  5   Q.  And what is a triaxial test?

11:29:08  6   A.  Triaxial test is essentially by definition a test where you a

11:29:10  7   normal load and two equal lateral loads.  The definition can be

11:29:15  8   found in Professor Zimmerman's book actually in Chapter 6.

11:29:20  9          So you have a triaxial test, which means for me that you

11:29:25 10   can consider UPVC test as a special case of a triaxial test, which

11:29:30 11   means also that everything that are regulations to run triaxial

11:29:38 12   test have to be followed.

11:29:39 13   Q.  Thank you.  So let's turn to your critique of the specific

11:29:45 14   procedures that were followed here, and call up please D-21311.1.

11:29:53 15          And, Dr. Roegiers, does this table summarize the opinions

11:29:58 16   contained in your report and your opinions in this case regarding

11:30:01 17   your concerns with the Weatherford test procedures and the possible

11:30:06 18   effect those concerns had on the reliability of the Weatherford

11:30:10 19   data?

11:30:10 20   A.  Yes.  I listed here on the first column what I would, what I

11:30:15 21   would call the best practices that should have been followed.

11:30:18 22   That's my opinion.  On the second column I show what was done on

11:30:29 23   the Macondo by Weatherford.  And then I tried to, since there was

11:30:37 24   differences I tried to say what kind of importance are the

11:30:42 25   differences here, and in most cases it's underpredicted

11:30:48  1  compressibility by ignoring the best practice; or if some cases if

11:30:52  2  I didn't know if it was going underpredict or overpredict, I said

11:30:57  3  increases uncertainty.

11:30:58  4  Q.  And what is the source of the best practices that you list

11:31:01  5  here?

11:31:02  6  A.  Well, obviously my 44 years of experience is one of them.  And

11:31:07  7  also, the International Society of Rock Mechanics has decided to

11:31:15  8  form a small commission working group to come up with some numbers

11:31:19  9  and some protocol for the UPVC.  And I had the privy to see the

11:31:28 10  first working I would say proposals, not the final one, they are

11:31:38 11  working on that.  And that should be finished, finalized within the

11:31:42 12  next two years.

11:31:43 13  Q.  And can we please call up TREX 011508.  And is this the

11:31:52 14  proposal, the ISRM proposal you were referring to?

11:31:56 15  A.  Yes.  In order to have the blessing from the International

11:32:03 16  Society of Rock Mechanics, a group of people wrote a proposal to

11:32:06 17  establish a working group.  That proposal is being accepted and the

11:32:10 18  working group is working.

11:32:12 19  Q.  It says here, "uniaxial strain compressibility testing".

11:32:15 20  A.  That's the same UPVC, you have uniaxial strain, we'll talk

11:32:21 21  about that a little bit later how important that is.

11:32:24 22  Q.  And let's go back, please, to D-21311.2 to discuss the first

11:32:31 23  issue you list regarding Weatherford's test procedure.  The

11:32:35 24  dimensions and size of the UPVC samples that were tested here.  And

11:32:40 25  let's go to .2, please.  Just the 21311 and instead of .1, .2.

11:32:58  1          If you could please summarize your opinion with respect

11:33:01  2  to the potential impact of sample dimensions on the reliability of

11:33:05  3  the Weatherford test results?

11:33:06  4  A.  Yes.  In general I think universally worldwide we expect to

11:33:13  5  have a two to one length to diameter ratio to the testing.

11:33:20  6  Actually, for the triaxial test, Professor Zimmerman treat his

11:33:24  7  dimension with the same number he agreed with us; two to one, even

11:33:28  8  three to one.

11:33:29  9  Q.  And what do you mean by length to diameter ratio?

11:33:33 10  A.  As it says, the length is twice the diameter.

11:33:37 11  Q.  Of the testing core?

11:33:38 12  A.  Of the testing core.

11:33:39 13  Q.  And here what happens with respect to the Macondo core?

11:33:42 14  A.  Due to the fact that you had very poor core recovery and also

11:33:47 15  the geometry, the best cores they could have show an L over D of

11:33:56 16  1.1 to 1.2 ratio.  And this underpredicts definitely the

11:34:05 17  compressibility and invalidates the UPVC.  I think I have a sketch

11:34:10 18  on that.

11:34:10 19  Q.  Yes.  Let's please go to TREX 11698R.24.1.US.  And this is a

11:34:18 20  diagram from your report, correct?

11:34:21 21  A.  Yes.

11:34:21 22  Q.  And can you explain to the court what is happening here?

11:34:25 23  A.  Let me make it clear here.  Okay.  On the left side is my core,

11:34:35 24  let's say a two to one core.  And the loads are applied by steel

11:34:42 25  platens on the top and on the bottom.  When you apply a load, as I

3258

11:34:48  1    said just before, you will shorten the core but that you also try

11:34:54  2    to expand.

11:34:55  3              What's happening here is the expansion occurs in the core

11:35:00  4    but also in the steel due to what we call Poisson's ratio.  Now,

11:35:10  5    what's happening there, and due to the fact that the steel also

11:35:14  6    expand differently than the rock core, you create friction at the

11:35:20  7    interfaces right here, here too (INDICATING).  Those friction at

11:35:24  8    interfaces will essentially restrain this core and create what they

11:35:29  9    call here friction cones.  Okay.  So that you have two zones where

11:35:39 10    the stress is lot more uniform strain but you have traction state

11:35:44 11    of stress on both sides and you only have small amount of area here

11:35:53 12    where you have uniaxial strain.

11:35:55 13    Q.  Why is it important to have uniaxial strain condition?

11:35:58 14    A.  Because that's a better definition what you want to mimic in

11:36:03 15    the reservoir.

11:36:04 16              Now what's happening here, you can see the end effect --

11:36:09 17    we call this end effect -- end effects we create here two cones

11:36:15 18    which are essentially intact, and you can very realize if I start

11:36:18 19    to reduce the length of the core those two cones come close to each

11:36:24 20    other and you don't have any zone anymore for uniform strain.

11:36:30 21    That's why this test that if you don't have two to one should be

11:36:33 22    rejected completely, you don't know what the stress conditions are.

11:36:37 23    Q.  And in your work have you ever investigated the impact of

11:36:39 24    length to diameter ratios and size effects in rock mechanics

11:36:44 25    testing?

11:36:45  1   A.  Yes.  In the beginning when I was a grad student at the

11:36:48  2   University of Minnesota we did, we had a very large project where

11:36:53  3   we had to look at size effects, which means that we started to plot

11:37:00  4   effects of strains or other properties related to compressibility;

11:37:07  5   not directly compressibility but related to.  And where we would

11:37:11  6   plot N over D as a function of a certain property, and we found out

11:37:15  7   that all of the time when you start to have two to one or even two

11:37:20  8   to one and three to one, you didn't have anymore side effect.  That

11:37:25  9   work was carried out over a period of three years, and an enormous

11:37:33 10   amount of publications by two other people.

11:37:35 11   Q.  And, Dr. Roegiers, what is your opinion about the effect that

11:37:38 12   having a length to diameter ratio of 1.2 as we had here with the

11:37:46 13   three UPVC samples, as opposed to your recommendation of two to

11:37:49 14   one, what effect would that have on the reliability of the test

11:37:52 15   results?

11:37:52 16   A.  Well, as I just explained, what's happening is that this

11:37:55 17   friction cones make this core stronger, therefore, if you run at

11:38:03 18   the small length diameter issue you would underpredict the

11:38:08 19   compressibility.

11:38:08 20   Q.  And please call you up D-21311.3 to move on to your next

11:38:14 21   opinion regarding whole core samples and test direction.

11:38:18 22           Dr. Roegiers, can you please summarize your opinion with

11:38:22 23   respect to these issues?

11:38:23 24   A.  Yes.  What's happening here is the cores or the tests were run

11:38:31 25   on sidewall cores.  Sidewall cores have complete different problem.

11:38:41  1    Number one, it's in a direction that does not mimic the field

11:38:47  2    conditions; in other words, you take a core on the side and you

11:38:51  3    don't mimic the condition of vertical.  You don't have this issue,

11:38:57  4    you don't have this problem with the whole core because the whole

11:39:00  5    core takes essentially the diameter of the hole itself and you can

11:39:05  6    take plugs in different orientations.

11:39:08  7          So that they have measured the compressibility in the

11:39:15  8    direction that is 90 degrees from what it should have been and that

11:39:23  9    is definitely an underprediction of compressibility because the

11:39:26 10    ones that are -- when you test parallel or let's say if take a

11:39:32 11    sidewall core it's going to be stiffer than a vertical core.

11:39:38 12    Q.  And in your work when you're trying to characterize formation

11:39:42 13    properties such as rock compressibility, does it matter to you what

11:39:45 14    type of core you use?

11:39:46 15    A.  Yes.  When I want to determine the characteristics of the rock

11:39:54 16    itself, I like a whole core because, number one, it is longer, it's

11:40:00 17    usually 30 feet long so I can select where I want to take my cores

11:40:04 18    and I can do the test in his different orientation and answer the

11:40:08 19    question that was raised by Professor Zimmerman yesterday that and

11:40:12 20    I saw to be so important.

11:40:14 21          THE COURT:  Let me ask a couple of questions.  Doctor,

11:40:19 22    what would be the reason why a company would take these sidewall

11:40:24 23    cores if they're not as usable or reliable?

11:40:29 24          THE WITNESS:  Okay.  Sidewall cores are useful, but they

11:40:32 25    are useful for two other purposes:  Number one, to check how well

11:40:38 1  the geophysicist interpreted the logs; number two, to check the

11:40:44 2  geologies to see if where he predicted the hydrocarbons were are

11:40:49 3  there, are they really there.

11:40:51 4      So as far as I'm concerned, that's why I like sidewall

11:40:53 5  cores for that purpose.  I don't like sidewall cores at all for

11:40:57 6  testing and coming up with properties that you're going to effect

11:41:01 7  and use for the design itself.

11:41:05 8      THE COURT:  Okay.

11:41:07 9  BY MS. HARVEY:

11:41:07 10 Q.  Dr. Roegiers, do you know if anyone in the industry shares your

11:41:11 11 view that sidewall cores are not as reliable as whole cores for

11:41:14 12 purposes of estimating formation properties across a reservoir?

11:41:18 13 A.  Yes, I think quite a few people share that information based on

11:41:24 14 my contacts that I have had.

11:41:26 15     But what was interesting is that I was in charge of the

11:41:30 16 Rock Mechanics Institute for about 15 years at the University of

11:41:34 17 Oklahoma, which is an institute that is funded by industry, about

11:41:40 18 15 companies.  And we would discuss twice a year some findings --

11:41:47 19     MR. FIELDS:  Excuse me, your Honor, this is outside the

11:41:49 20 four corners of his report.

11:41:51 21     MS. HARVEY:  This is discussing his, the basis for his

11:41:53 22 opinion of why sidewall cores are less reliable than whole cores

11:41:57 23 for purposes of estimating compressibility.  It's the entire scope

11:42:00 24 of his opinion.

11:42:00 25     THE COURT:  I'll overrule the objection.  Go ahead.

11:42:04  1          THE WITNESS:  Can I respond?

11:42:05  2          MS. HARVEY:  Yes.

11:42:07  3          THE WITNESS:  Okay.  So that's what's happening is that

11:42:12  4  it prompted the discussions over coffee or beer in the evening

11:42:17  5  where we talk about --

11:42:19  6          MR. FIELDS:  Okay, that's hearsay, your Honor.

11:42:21  7          MS. HARVEY:  He can rely on hearsay as an expert.

11:42:24  8          MR. FIELDS:  He can rely on hearsay --

11:42:26  9          THE COURT:  Overrule the objection.

11:42:29 10          THE WITNESS:  So we had discussions about the usefulness

11:42:33 11  or the non-usefulness of sidewall cores to determine.  If you want

11:42:40 12  some specific names that I have talked about that I can recollect,

11:42:46 13  Sid Green which was the owner and president of Terra Tek which is

11:42:55 14  probably the golden lab in rock mechanics.  And then there were

11:42:59 15  some people like Professor Ye or Dr. Ye from ExxonMobil, we had

11:43:05 16  discussions about that.

11:43:06 17          We never really researched it because it was too obvious

11:43:13 18  that there was no need to research it further.

11:43:15 19          MS. HARVEY:  Thank you, Dr. Roegiers.

11:43:16 20  BY MS. HARVEY:

11:43:17 21  Q.  Now let's pull up your -- actually, sorry.  Do you have any

11:43:21 22  personal experience in your work comparing the results of sidewall

11:43:24 23  cores to whole cores from the same reservoir?

11:43:27 24          MR. FIELDS:  Your Honor, this is clearly outside the

11:43:29 25  scope of his report.  He in no way mentions anything about his

11:43:33  1   experience in comparing sidewall cores to whole cores.  This is a

11:43:37  2   direct violation of the court's order regarding what information

11:43:41  3   should be disclosed at court versus in the report.

11:43:44  4           MS. HARVEY:  Your Honor, this is a matter that was

11:43:46  5   explored at the deposition and Dr. Roegiers talked about this

11:43:49  6   experience --

11:43:50  7           THE COURT:  Is it in his report is the question?

11:43:52  8           MS. HARVEY:  The actual discussion or the data that he

11:43:57  9   cited was not in his report.

11:43:59  10           THE COURT:  I sustain the objection.

11:44:01  11           MS. HARVEY:  Thank you.

11:44:03  12   BY MS. HARVEY:

11:44:04  13   Q.  Now let's pull up -- have you prepared anything to assist the

11:44:09  14   Court in explaining the differences between whole cores and

11:44:14  15   sidewall cores in terms of how the core's oriented in the

11:44:18  16   reservoir?

11:44:18  17   A.  Yes, I have an animation.

11:44:20  18   Q.  Let's pull up D-22202.

11:44:27  19   A.  Here is the representation of a core that would be taken from

11:44:34  20   whole core in the right direction that you pressurize it with a

11:44:40  21   load on the top and then you have a certain stiffness of that

11:44:47  22   spring is very small, you don't have lots of space.  So that mimics

11:44:55  23   essentially what's happening to the reservoir itself.

11:44:58  24   Q.  And this is just to be clear, this is when you are testing in

11:45:01  25   the vertical direction?

11:45:02  1   A.  It's a vertical direction just like mimicking the reservoir.

11:45:06  2   Q.  Let's move onto the next slide, please.

11:45:09  3   A.  If I turn this on the side, which would mimic what's happening

11:45:13  4   in a sidewall core, here it is, you have much less axial space

11:45:24  5   because you have a material that is much stiffer than it is.

11:45:31  6   Q.  And when you're trying to determine whether -- the difference

11:45:36  7   in results that you get in changing the orientation of the core, is

11:45:40  8   that also called anisotropy?

11:45:43  9   A.  Yes, anisotropy in stresses; you get also anisotropy due to

11:45:49 10   layering.  And actually if you want, I took with me two samples to

11:45:55 11   show whoever wants to have a look.  Your Honor, if you would like

11:45:58 12   to have a look at it.

11:46:00 13          This is sandstone --

11:46:01 14   Q.  Let's pull up D-22838.

11:46:04 15   A.  Okay.

11:46:06 16   Q.  This is just a larger picture of the cores that Dr. Roegiers

11:46:10 17   has brought with him.  And if the Court would like to see them

11:46:13 18   closer he can.

11:46:14 19   A.  Okay.  Those are sandstone cores they are a little bit

11:46:17 20   different than the Macondo, they are consolidated and they contain

11:46:24 21   some layering.  And they are also diameter to length ratio of one

11:46:31 22   to two.

11:46:34 23          On the left side -- they were taken of the whole core of

11:46:39 24   the same formation.  On the right side, the one depicted "V" is the

11:46:43 25   one that should have been tested, the orientation it comes from a

11:46:49  1  whole core and it's going be to give you a lower compressibility.

11:46:55  2  On the left side is the one that is imagine a sidewall core that

11:47:01  3  I've taken out on the side and put it on the vertical direction,

11:47:05  4  and now if I load this, it would be much different.

11:47:09  5          MR. FIELDS:  Your Honor, this, again, is an issue that is

11:47:11  6  not within his report, and so we're going and we're continuing to

11:47:15  7  put information into the record that is not within the four corners

11:47:18  8  of his report.

11:47:19  9          MS. HARVEY:  Your Honor, if we can please, on page 10 of

11:47:22 10  his report, Dr. Roegiers has a depiction from one of BP's memos

11:47:27 11  that the Court saw several days ago with respect to Dr. Zimmerman

11:47:30 12  of two different cores, and the cores have the bedding planes in

11:47:34 13  one lane versus another lane.  This is basically just showing --

11:47:36 14          THE COURT:  Okay.  I am going to let him testify about

11:47:38 15  it.  This seems to be similar to putting the diagram up and

11:47:42 16  illustrating the difference between the orientations of the layers.

11:47:45 17  So overrule the objection.

11:47:51 18          You're illustrating what would be represented by a side

11:47:54 19  core versus a vertical core?

11:47:56 20          THE WITNESS:  Yes.  But now, this is different, those are

11:47:59 21  both taken from a whole core within two different directions.

11:48:03 22          THE COURT:  So you took the side core in this case was

11:48:07 23  taken from a whole core?

11:48:09 24          THE WITNESS:  Yes.

11:48:11 25          THE COURT:  One taken --

11:48:13  1                 THE WITNESS:  One like that -- exactly.

11:48:14  2                 THE COURT:  -- one taken from the side or horizontally

11:48:17  3    and one taken vertically?

11:48:19  4                 THE WITNESS:  Yes.  And if you want to take a look at it,

11:48:21  5    if you please.

11:48:22  6                 THE COURT:  They kind of look like a wine cork.  I guess

11:48:25  7    they wouldn't work for that, would they?

11:48:28  8    BY MS. HARVEY:

11:48:29  9    Q.  Dr. Roegiers, are those cores approximately the same size of

11:48:32 10    the cores that --

11:48:32 11    A.  No, those are two to one, those are cores that should be

11:48:35 12    accepted.

11:48:36 13                 THE COURT:  Let me see those.

11:48:39 14                 THE WITNESS:  You can have them if you want to.

11:48:40 15                 THE COURT:  No, I prefer the screw tops.

11:48:40 16    BY MS. HARVEY:

11:48:47 17    Q.  So Dr. Roegiers, you're saying how the size is different as far

11:48:51 18    as what was tested for at Macondo?

11:48:53 19    A.  Yeah, two to one.

11:48:54 20    Q.  Those cores are two to one?

11:48:56 21    A.  Yes.

11:48:56 22    Q.  And the Macondo cores were?

11:48:58 23    A.  One to one, essentially half of them.

11:49:02 24    Q.  Did you see any evidence with respect to the Macondo cores of

11:49:06 25    this, of the layering that is illustrated in the demonstrative?

1    A.  Yes.  There is definitely some what we call anisotropy due to

2    layering that occurs in the Macondo reservoir, and it was seen

3    visually and also from CT scans.

4    Q.  And let's pull up TREX 011523.2.2.US.  And, Dr. Roegiers, is

5    this a CT scan of one of the cores tested for UPVC?

6    A.  That's a CT scan of one of the cores, actually one that was

7    used I believe for the UPVC.  In the scan different layers are

8    different gray shades.  I don't know if you can see this very well.

9         But here you can see different layers.  You can even see

10   it better in a cross-section.  Go ahead, here.  You can see the

11   layering right there, layering right there (INDICATING).

12   Q.  Is the layering indicated by different levels of lightness and

13   darkness?

14   A.  Yes.

15   Q.  Based on the evidence you've reviewed in this case with respect

16   to the laminations, can you discount the possible effect of

17   anisotropy on your compressibility results?

18   A.  Yes, because as I said before, if I am going to test something

19   like this with layering in the core in that direction, which is a

20   sidewall core, that's going to be much stiffer than the one that is

21   going to be tested with layering like this (DEMONSTRATING).

22        Now, I need to make a comment because last time at the

23   deposition there was a mentioning that 94 or 95 percent of the

24   composition of the core is quartz and you have only maybe five

25   percent the rest.  That doesn't make any difference at all because

11:51:21  1  what they call the weakest link theory which means that the weakest

11:51:26  2  link, the weakest element controls the deformations.  And I believe

11:51:30  3  I have a display for that.

11:51:35  4  Q.  Do you want to go back to demonstrative D-22202.  And it will

11:51:48  5  be the third of the series.

11:51:54  6  A.  It's just an analogy that I want to make people understand

11:51:58  7  about the weakest link theories.  No, if you skip ahead to the

11:52:16  8  third.  No, further.  No.

11:52:21  9         Okay.  Here we are.  This is a schematic representation.

11:52:27 10  Imagine you have a certain material that's hard and very stiff and

11:52:34 11  you have a layer there.  If I start pushing on that all of the

11:52:41 12  deformation is going to be taken on that layer.  Suffice one layer,

11:52:46 13  that's what we call the weakest link is going to take all the

11:52:49 14  displacement.

11:52:50 15         If you don't like this analogy, just think about you

11:52:53 16  eating a sandwich with mayonnaise and you start biting it, the

11:52:57 17  mayonnaise starts squeezes out on the side.

11:52:58 18  Q.  And let's go to the next demonstrative to illustrate this

11:53:01 19  effect on a rotary sidewall core.  And you can play the animation.

11:53:16 20         And can you describe what's happening here?

11:53:20 21  A.  Yes.  This time you can see the weakest layer in this

11:53:22 22  particular does not influence whatsoever the vertical displacement.

11:53:31 23  So that you end up with the sidewall core being much stiffer than

11:53:35 24  the vertical core.

11:53:39 25  Q.  And, thank you, Dr. Roegiers.  Let's go to D-21311.4 to talk to

11:53:48 1    your opinion about in-situ liquid and temperature conditions.  Why

11:53:53 2    is it your recommended practice to replicate the in-situ conditions

11:53:57 3    of the reservoir as best as possible?

11:53:59 4    A.  Well, everybody knows that rock properties are going to be

11:54:03 5    affected by the temperature and by the pore pressure and by the

11:54:07 6    saturation, so that when you want to have some realistic numbers

11:54:12 7    generated in the lab, you need to simulate the in-situ conditions

11:54:17 8    from the reservoir itself.  The Macondo, the cores were done at

11:54:25 9    room temperature, all of them, all of the tests.  UPVC was done

11:54:28 10   using kerosene, and the hydrostatic and triaxial test were done on

11:54:37 11   dry cores.

11:54:39 12        So that we violated temperature, we violated saturation,

11:54:45 13   and again underpredicts the compressibility.

11:54:48 14   Q.  And today let's just focus about the potential impact of

11:54:52 15   temperature.  And what is your recommended practice with respect to

11:54:56 16   temperature when you're doing rock mechanics testing?

11:54:59 17   A.  Well, some of those parameters you can qualify like I have done

11:55:04 18   here, but in order to quantify them you need to look at how

11:55:10 19   important different rocks are affected differently to a different

11:55:15 20   percentage.  So what I usually do I will take, do two tests at two

11:55:21 21   different temperatures, look at the results, and if the results are

11:55:25 22   within about five or six percent I wouldn't care to do anymore

11:55:30 23   temperature effects, which are temperature tests of very tedious

11:55:34 24   and expensive.

11:55:36 25        But I would not assume like the professor Zimmerman said

3270

11:55:41  1    that the temperatures don't have an effect or the saturation

11:55:45  2    doesn't have any effect.

11:55:47  3    Q.  And in your work have you seen temperature effects?

11:55:51  4    A.  Yes.  I've been spending the last ten years on temperature

11:55:55  5    effects in rocks, both for the sandstone reservoirs and also for

11:56:05  6    the rocks that involved with geothermal energy.

11:56:11  7         Now, the problem with the temperature is that some rocks

11:56:15  8    are very much affected, some rocks are very poorly affected.  You

11:56:19  9    do not know that to start with.  In general, the sandstones are

11:56:24  10   going to be very much affected, especially if you have a higher

11:56:29  11   porosity.

11:56:32  12        Now, one thing I need to clarify that might be a shock to

11:56:39  13   everybody.  If temperature effects and I say, for example,

11:56:47  14   quantity, my temperature effect is an effect of 20 percent, and

11:56:51  15   then I do some saturation and I find out that my temperature

11:56:56  16   saturation is effect let's say another 20 percent.  I cannot say

11:57:01  17   that where I put the two and two together that they're going to

11:57:05  18   give me four.  That does not mean that you're going to get

11:57:09  19   40 percent of error when you put it together, it's usually much

11:57:12  20   larger than that, it's not the normal numerical addition.

11:57:18  21        And I have some cases, if you want to go into detail to

11:57:22  22   explain it.

11:57:24  23        MR. FIELDS:  Your Honor, again, what we're heading into

11:57:26  24   is outside the scope of his report.

11:57:28  25        MS. HARVEY:  Your Honor, Dr. Roegiers says, "The

11:57:31  1   temperature plays a very significant role in how stiff the rocks

11:57:34  2   will behave, and the combination of wetting fluid of brine (as

11:57:38  3   opposed to the kerosene used in the Macondo testing) and high

11:57:40  4   temperature would cause a sandstone sample to exhibit much higher

11:57:43  5   compressibility than tests done on a bench at low temperature."  So

11:57:44  6   he is elaborating on the basis for that opinion.

11:57:47  7           MR. FIELDS:  That's exactly the problem, your Honor, is

11:57:49  8   that that's exactly what he said in the report and he is trying to

11:57:52  9   elaborate on that here.

11:57:54 10           THE COURT:  Well, you know --

11:57:54 11           THE WITNESS:  But it's --

11:57:55 12           THE COURT:  Wait a minute, Dr. Roegiers.  If all an

11:57:59 13   expert is going to do is sit in the court and read their report

11:58:02 14   word for word, we're wasting our time.  So they obviously can

11:58:06 15   explain and elaborate a little bit, so I overrule the objection.

11:58:09 16   But I think we ought to move along, okay?

11:58:12 17           MS. HARVEY:  All right.

11:58:13 18   BY MS. HARVEY:

11:58:14 19   Q.  Let's move on -- first, do you want to provide your example

11:58:17 20   that you were just referring to?

11:58:21 21   A.  The difference?  The example?

11:58:24 22   Q.  Yes.

11:58:25 23   A.  Okay.  About three or four years ago there's been a very big

11:58:31 24   controversy in the petroleum industry about property called

11:58:37 25   fracture toughness because we have fracture toughness in the field

11:58:41  1   which was towards the magnitude larger than what we could measure

11:58:44  2   in the lab.

11:58:45  3           THE COURT:  Hold on one second.

11:58:47  4           MR. FIELDS:  Your Honor, again --

11:58:48  5           THE COURT:  I am going to sustain your objection now.  I

11:58:50  6   thought I suggested we move along here.  That means move to

11:58:54  7   something else.

11:58:54  8   BY MS. HARVEY:

11:58:56  9   Q.  All right.  Let's move on to D-21311.5.  And, Dr. Roegiers,

11:59:03 10   let's turn to your opinion regarding loading rate.  And as an

11:59:07 11   initial matter can you --

11:59:08 12           THE COURT:  Before we go there.  I am trying to get an

11:59:10 13   estimate, how much time do you have left on your direct?

11:59:13 14           MS. HARVEY:  Probably about 20 minutes, your Honor.

11:59:16 15           THE COURT:  Let's go ahead and recess for lunch and we'll

11:59:19 16   come back at 1:15.  Okay?

11:59:22 17           THE WITNESS:  Okay.  Thank you.

11:59:22 18           THE DEPUTY CLERK:  All rise.

11:59:24 19        (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

         20

         21                   *  *  *  *  *  *

         22

         23

         24

         25

REPORTER'S CERTIFICATE

I, Karen A. Ibos, CCR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

*Karen A Ibos*

Karen A. Ibos, CCR, RPR, CRR, RMR
Official Court Reporter

**'**

**'87** [1] - 3189:24
**'98** [1] - 3190:15
**'99** [1] - 3190:15

**0**

**0** [3] - 3174:14, 3174:15, 3174:17
**0.01** [2] - 3239:23, 3240:4
**003533** [1] - 3205:4
**008794.1.1.US** [1] - 3253:1
**01** [1] - 3212:4
**011508** [1] - 3256:13
**011510.2.2.US** [1] - 3250:17
**011523.2.2.US** [1] - 3267:4
**011698R** [1] - 3244:19
**012102R** [1] - 3189:25
**01510** [1] - 3250:16
**02** [1] - 3212:4

**1**

**1** [3] - 3169:18, 3200:25, 3256:25
**1.1** [1] - 3257:16
**1.2** [2] - 3257:16, 3259:12
**1/2-inch** [1] - 3142:7
**10** [7] - 3135:15, 3154:18, 3154:22, 3157:14, 3173:8, 3225:14, 3265:9
**10)** [1] - 3156:13
**10,050** [1] - 3169:8
**10,090** [1] - 3169:8
**10,310** [1] - 3169:9
**10-CV-2771** [1] - 3131:7
**10-CV-4536** [1] - 3131:9
**100** [1] - 3240:25
**10003** [1] - 3131:25
**1001** [1] - 3134:19
**10483** [1] - 3155:5
**10658.1.1.US** [1] - 3156:9
**11** [4] - 3152:1, 3179:17, 3180:15, 3206:10
**11,850** [1] - 3169:6

**110** [5] - 3211:19, 3211:22, 3212:19, 3212:20, 3213:11
**1100** [1] - 3134:16
**116** [8] - 3212:16, 3212:17, 3212:18, 3212:20, 3213:5, 3213:7, 3213:21, 3237:19
**11653.28.1.US** [1] - 3160:9
**11698** [1] - 3248:9
**11698R.24.1.US** [1] - 3257:19
**117** [1] - 3193:22
**12** [2] - 3131:11, 3230:13
**120** [1] - 3193:21
**1201** [2] - 3133:9, 3133:25
**12102R.004** [1] - 3222:1
**12102R.006** [1] - 3222:5
**12102R.064** [1] - 3222:8
**12102R.13.2** [1] - 3237:23
**12102R.6.1** [2] - 3237:16, 3241:8
**12102R57.1** [1] - 3241:9
**125** [3] - 3204:3, 3208:20, 3233:22
**12548** [1] - 3135:5
**13** [1] - 3162:3
**1300** [1] - 3134:8
**1331** [1] - 3134:3
**13th** [1] - 3154:23
**14271** [1] - 3132:25
**15** [4] - 3175:6, 3216:22, 3261:16, 3261:18
**150** [2] - 3135:15, 3193:19
**15th** [1] - 3177:4
**16** [1] - 3164:4
**1615** [1] - 3134:8
**1665** [1] - 3134:3
**1700** [1] - 3133:25
**1701** [1] - 3133:8
**18** [4] - 3131:5, 3137:2, 3138:20, 3173:25
**19** [1] - 3137:13
**1969** [1] - 3245:7
**1988** [1] - 3245:25
**1:15** [1] - 3272:16

**2**

**2** [4] - 3179:11, 3200:25, 3256:25
**2.1** [1] - 3222:1
**2.3** [1] - 3222:5
**20** [7] - 3131:5, 3137:11, 3154:13, 3187:16, 3270:14, 3270:16, 3272:14
**200** [2] - 3135:17, 3174:17
**20004** [1] - 3133:9
**20005** [1] - 3133:17
**20006** [1] - 3134:11
**20044** [1] - 3132:22
**20044-4271** [1] - 3132:25
**2008** [1] - 3187:5
**201-B** [1] - 3135:9
**2010** [4] - 3131:5, 3152:19, 3155:7, 3160:13
**2013** [1] - 3131:5, 3137:2
**2020** [1] - 3134:11
**20877** [1] - 3135:2
**20th** [11] - 3154:23, 3160:13, 3170:23, 3170:25, 3171:10, 3171:12, 3171:16, 3171:23, 3172:3, 3174:3, 3177:4
**21** [2] - 3203:4, 3206:6
**21266** [2] - 3138:3, 3138:4
**21311** [1] - 3256:25
**2149** [2] - 3154:13, 3163:9
**2216** [1] - 3132:2
**22201** [1] - 3144:17
**22nd** [1] - 3155:7
**230** [1] - 3247:15
**24:10** [1] - 3137:11
**25** [1] - 3137:12
**250** [3] - 3215:17, 3215:24, 3243:7
**26** [1] - 3202:17
**26th** [3] - 3169:18, 3169:25, 3170:1
**27** [1] - 3137:13
**277** [1] - 3236:12
**282** [1] - 3212:14
**285** [1] - 3241:7
**29** [1] - 3250:15
**29th** [2] - 3178:24, 3178:25
**2nd** [1] - 3156:9

**3**

**3** [2] - 3200:25, 3215:18
**3.125** [1] - 3142:7
**3.4** [4] - 3149:6, 3149:13, 3170:20, 3173:16
**3.5** [2] - 3149:6, 3149:13
**3.US** [1] - 3167:14
**30** [4] - 3173:6, 3173:21, 3190:13, 3260:17
**30-A** [1] - 3135:8
**30.1.US** [1] - 3149:1
**300** [1] - 3133:13
**300-millisecond** [1] - 3207:21
**3000** [2] - 3163:12, 3163:16
**3137/24** [1] - 3136:7
**316** [2] - 3131:22, 3135:1
**3174/24** [1] - 3136:8
**3178/11** [1] - 3136:10
**3184/22** [1] - 3136:15
**3191/3** [1] - 3136:16
**3217/20** [1] - 3136:17
**32399** [1] - 3135:12
**3244/7** [1] - 3136:20
**32459** [1] - 3135:9
**3249/2** [1] - 3136:21
**32502** [1] - 3131:23
**33** [1] - 3137:12
**333** [1] - 3133:19
**33324** [1] - 3132:7
**344** [1] - 3162:2
**35** [2] - 3142:15, 3142:20, 3143:15
**3533.36.2** [1] - 3242:9
**355** [2] - 3134:23, 3164:3
**35th** [1] - 3134:23
**36** [2] - 3166:21, 3167:1
**36130** [1] - 3132:14
**3668** [1] - 3131:19
**36th** [1] - 3134:16
**3700** [1] - 3134:19
**39157** [1] - 3135:18
**39232** [1] - 3135:15

**4**

**4** [9] - 3134:3, 3179:12, 3201:4,

3201:24, 3207:6, 3209:3, 3209:11, 3221:25, 3237:23
**4,000** [1] - 3163:20
**4.778** [1] - 3141:12
**40** [1] - 3270:19
**400** [2] - 3132:7, 3192:14
**4000** [4] - 3163:12, 3163:16, 3164:1, 3164:7
**41026** [1] - 3148:4
**41026.29** [1] - 3148:25
**41026.57.1.US** [1] - 3162:23
**438** [1] - 3192:19
**44** [8] - 3173:4, 3247:3, 3250:13, 3250:14, 3250:21, 3253:23, 3253:25, 3256:6

**5**

**5** [2] - 3142:7, 3237:22
**50** [7] - 3137:11, 3155:2, 3155:3, 3156:3, 3156:13, 3156:24, 3157:5
**500** [18] - 3132:14, 3135:20, 3192:14, 3209:9, 3209:10, 3209:20, 3214:2, 3214:4, 3214:6, 3214:18, 3214:21, 3215:10, 3215:20, 3215:25, 3216:15, 3237:20, 3241:7, 3243:7
**5000** [1] - 3133:6
**501** [1] - 3132:4
**504** [1] - 3135:21
**5066** [1] - 3175:4
**5066.1.1.US** [1] - 3167:10
**55** [1] - 3156:3
**556** [1] - 3131:19
**589-7776** [1] - 3135:21

**6**

**6** [3] - 3201:5, 3201:24, 3255:8
**600** [2] - 3131:22, 3132:7
**602** [1] - 3135:17

**60654** [1] - 3133:14
**63** [1] - 3241:10
**655** [1] - 3133:17

## 7

**7/8-inch** [1] - 3142:6
**700** [1] - 3131:25
**701** [2] - 3132:10, 3133:6
**70112** [1] - 3134:8
**70113** [1] - 3131:17
**70130** [3] - 3132:2, 3132:11, 3135:20
**70139** [1] - 3133:7
**70163** [1] - 3134:17
**70502-3668** [1] - 3131:20
**70601** [1] - 3132:5
**750** [2] - 3215:21, 3216:1
**75270** [1] - 3133:25
**7611** [1] - 3132:22
**77002** [1] - 3134:19
**77010** [1] - 3134:4
**78711-2548** [1] - 3135:6
**7th** [1] - 3179:2

## 8

**8** [1] - 3207:16
**8000** [1] - 3163:9
**820** [1] - 3131:16
**86** [5] - 3153:6, 3164:25, 3171:5, 3171:11, 3172:11
**8700** [17] - 3159:3, 3159:7, 3159:20, 3160:1, 3161:3, 3161:5, 3161:17, 3162:4, 3162:13, 3162:24, 3162:25, 3163:1, 3163:4, 3163:19, 3163:25, 3164:6, 3174:9
**8th** [14] - 3158:17, 3158:19, 3158:21, 3159:5, 3160:1, 3163:19, 3163:20, 3163:25, 3164:1, 3164:6, 3164:7, 3170:17, 3172:18, 3173:25

## 9

**9** [1] - 3142:6

**90** [1] - 3260:8
**90071** [1] - 3133:20
**90071-1560** [1] - 3134:24
**94** [1] - 3267:23
**95** [1] - 3267:23
**966** [1] - 3169:19

## A

**AB** [1] - 3132:14
**ability** [3] - 3228:6, 3245:19, 3273:7
**able** [6] - 3200:12, 3212:21, 3215:15, 3232:13, 3252:8, 3253:20
**above** [3] - 3228:11, 3229:11, 3273:8
**above-entitled** [1] - 3273:8
**absence** [1] - 3147:20
**absolute** [1] - 3229:11
**academia** [1] - 3189:17
**accept** [1] - 3248:20
**acceptable** [2] - 3151:19, 3215:20
**accepted** [4] - 3191:1, 3245:25, 3256:17, 3266:12
**access** [2] - 3223:7, 3225:1
**according** [1] - 3241:4
**account** [7] - 3139:9, 3142:16, 3143:25, 3144:8, 3147:11, 3200:4, 3239:13
**accounts** [1] - 3141:24
**accurate** [1] - 3164:6
**accurately** [3] - 3190:3, 3190:9, 3197:19
**acquisitions** [1] - 3188:23
**acreage** [1] - 3188:20
**across** [12] - 3141:20, 3144:1, 3144:10, 3145:7, 3147:2, 3167:17, 3167:21, 3176:20, 3188:16, 3204:20, 3240:1, 3261:12
**actual** [13] - 3139:14,

3142:13, 3143:1, 3143:3, 3145:2, 3145:17, 3217:8, 3224:18, 3238:11, 3240:8, 3240:17, 3242:12, 3263:8
**actually** [20] - 3159:17, 3176:8, 3182:25, 3196:11, 3199:20, 3200:6, 3201:21, 3207:20, 3213:9, 3223:4, 3223:22, 3224:19, 3230:2, 3230:13, 3250:16, 3255:8, 3257:6, 3262:21, 3264:10, 3267:6
**add** [1] - 3180:11
**added** [2] - 3251:21, 3251:24
**adding** [1] - 3225:4
**addition** [1] - 3270:20
**additional** [6] - 3143:22, 3143:23, 3143:24, 3183:23, 3200:12
**address** [3] - 3183:4, 3191:13, 3205:11
**addressed** [2] - 3156:11, 3188:11
**adds** [1] - 3140:25
**adjunct** [1] - 3189:19
**adjusted** [1] - 3205:11
**administration** [1] - 3246:13
**admission** [1] - 3179:12
**admitted** [6] - 3178:10, 3180:18, 3181:3, 3181:11, 3191:10, 3217:15
**adopt** [4] - 3160:6, 3160:8, 3191:4, 3244:22
**adopted** [1] - 3160:2
**ADRIAN** [1] - 3136:6
**advance** [1] - 3179:14
**advanced** [1] - 3186:5
**advisable** [1] - 3175:20
**affect** [2] - 3192:1, 3225:23
**affected** [7] - 3164:17, 3170:3, 3269:5, 3269:19, 3270:8, 3270:10

**after** [19] - 3153:19, 3154:9, 3155:10, 3155:11, 3159:16, 3167:6, 3168:21, 3172:22, 3172:23, 3173:19, 3185:15, 3187:21, 3193:21, 3197:13, 3197:22, 3201:19, 3245:16, 3245:19, 3248:22
**afterwards** [3] - 3192:23, 3238:6, 3254:5
**again** [25] - 3145:16, 3159:8, 3163:24, 3165:21, 3165:22, 3169:23, 3181:6, 3188:20, 3195:17, 3206:5, 3208:5, 3215:25, 3219:22, 3220:9, 3225:6, 3234:22, 3237:6, 3238:1, 3241:9, 3246:3, 3265:5, 3269:13, 3270:23, 3272:4
**against** [1] - 3202:13
**ago** [9] - 3154:15, 3175:6, 3246:3, 3248:1, 3252:23, 3253:6, 3254:14, 3265:11, 3271:23
**agree** [18] - 3144:4, 3144:18, 3151:9, 3151:12, 3154:6, 3154:11, 3156:23, 3160:16, 3166:6, 3166:19, 3170:22, 3171:23, 3193:6, 3197:23, 3210:21, 3211:15, 3219:18, 3224:11
**agreed** [2] - 3248:22, 3257:7
**agreement** [7] - 3193:14, 3196:14, 3196:15, 3217:6, 3217:11, 3241:3, 3241:4
**ahead** [15] - 3137:21, 3142:2, 3189:25, 3193:16, 3205:9, 3207:1, 3209:22, 3214:10, 3229:1, 3229:15, 3254:7, 3261:25, 3267:10, 3268:7, 3272:15
**aim** [1] - 3165:19
**aiming** [1] - 3176:9
**air** [3] - 3242:18,

**3242:20, 3243:10**
**AL** [2] - 3131:8, 3131:10
**ALABAMA** [1] - 3132:12
**Alamos** [2] - 3245:11, 3245:12
**ALAN** [1] - 3134:2
**Alan** [1] - 3217:2
**algorithm** [1] - 3222:10
**algorithms** [3] - 3222:7, 3222:12, 3226:16
**Aligned** [3] - 3179:20, 3217:3, 3217:6
**all** [81] - 3137:7, 3137:9, 3137:15, 3137:18, 3144:15, 3147:1, 3147:2, 3153:5, 3156:18, 3158:23, 3164:12, 3166:9, 3166:10, 3166:16, 3166:17, 3167:3, 3173:8, 3173:10, 3178:23, 3179:5, 3181:3, 3181:13, 3181:15, 3182:4, 3182:5, 3182:9, 3183:2, 3183:20, 3184:4, 3188:13, 3188:15, 3188:21, 3190:25, 3192:24, 3194:14, 3195:2, 3195:24, 3198:11, 3204:10, 3206:24, 3207:1, 3207:20, 3209:21, 3210:22, 3213:3, 3216:19, 3216:21, 3216:23, 3217:1, 3217:14, 3218:7, 3220:13, 3223:4, 3223:9, 3223:21, 3225:19, 3227:4, 3229:9, 3230:16, 3230:23, 3231:8, 3233:5, 3233:15, 3239:8, 3243:14, 3248:5, 3250:5, 3250:23, 3253:23, 3254:2, 3259:7, 3261:5, 3267:25, 3268:11, 3268:13, 3269:9, 3271:12, 3271:17, 3272:9, 3272:18
**ALLAN** [1] - 3132:9
**ALLEN** [1] - 3135:1

**allow** [5] - 3183:11, 3183:16, 3183:19, 3203:5, 3254:23
**allowing** [1] - 3183:18
**almost** [2] - 3143:15, 3188:13
**alone** [2] - 3194:12, 3202:15
**along** [6] - 3137:15, 3183:20, 3219:7, 3248:11, 3271:16, 3272:6
**already** [10] - 3167:13, 3182:4, 3193:4, 3204:7, 3204:9, 3204:11, 3215:4, 3239:18, 3240:14, 3242:4
**also** [59] - 3151:8, 3151:10, 3151:12, 3165:3, 3165:6, 3168:10, 3168:17, 3170:6, 3170:17, 3179:11, 3179:17, 3180:7, 3182:6, 3185:13, 3186:20, 3186:25, 3187:21, 3188:5, 3189:12, 3192:9, 3195:12, 3196:9, 3197:18, 3198:3, 3198:6, 3203:2, 3204:12, 3205:1, 3206:10, 3209:13, 3210:24, 3212:22, 3214:17, 3215:19, 3216:1, 3220:9, 3232:13, 3235:10, 3237:9, 3238:25, 3239:10, 3245:1, 3247:8, 3247:19, 3249:9, 3251:21, 3253:16, 3255:2, 3255:11, 3256:7, 3257:14, 3258:1, 3258:4, 3258:5, 3264:8, 3264:9, 3264:21, 3267:3, 3270:5
**always** [8] - 3189:13, 3196:23, 3203:17, 3204:10, 3215:21, 3220:4, 3224:15, 3238:23
**AMERICA** [7] - 3131:9, 3133:1, 3133:2, 3133:2, 3133:3, 3133:4, 3133:5
**American** [1] -

3248:1
**amongst** [2] - 3175:18, 3180:10
**amount** [6] - 3222:17, 3223:18, 3229:23, 3246:14, 3258:11, 3259:10
**Anadarko** [2] - 3137:12, 3175:1, 3178:11, 3179:15, 3179:18, 3180:16, 3181:18, 3182:18, 3182:19, 3183:16, 3190:22, 3217:17
**ANADARKO** [2] - 3134:5, 3134:6
**analogy** [2] - 3268:6, 3268:15
**analyses** [1] - 3189:2
**analysis** [97] - 3151:10, 3151:14, 3159:22, 3162:20, 3169:4, 3169:15, 3177:16, 3185:8, 3185:22, 3185:24, 3185:25, 3186:20, 3186:21, 3186:22, 3187:2, 3187:20, 3187:21, 3187:23, 3187:24, 3188:4, 3188:9, 3188:11, 3188:13, 3188:16, 3188:21, 3188:22, 3189:18, 3189:21, 3189:23, 3190:19, 3190:21, 3191:13, 3191:20, 3191:25, 3192:3, 3192:22, 3193:13, 3193:20, 3193:21, 3193:22, 3194:11, 3196:6, 3196:8, 3196:18, 3196:19, 3197:8, 3197:20, 3200:13, 3201:12, 3201:13, 3202:9, 3202:14, 3202:25, 3204:8, 3206:4, 3208:15, 3209:17, 3209:21, 3209:23, 3210:5, 3211:20, 3212:11, 3212:12, 3213:8, 3213:9, 3213:16, 3214:13, 3216:8, 3218:19, 3219:4, 3219:11, 3219:24, 3220:7, 3221:12, 3223:12, 3223:19, 3224:1, 3224:4, 3224:22, 3225:23,

3226:8, 3226:15, 3227:20, 3227:22, 3227:24, 3229:23, 3231:1, 3231:14, 3231:18, 3232:22, 3235:19, 3236:8, 3241:21, 3241:23, 3242:8
**analyze** [6] - 3186:24, 3198:1, 3198:9, 3201:23, 3231:8, 3231:12
**analyzed** [4] - 3193:9, 3201:7, 3224:2, 3254:5
**analyzing** [3] - 3196:22, 3219:8, 3232:2
**AND** [4] - 3131:7, 3134:14, 3184:9, 3243:23
**ANDREW** [1] - 3133:11
**Andy** [1] - 3167:12
**Angeles** [2] - 3133:20, 3134:24
**animation** [3] - 3254:13, 3263:17, 3268:19
**anisotropic** [1] - 3205:1
**anisotropy** [5] - 3264:8, 3264:9, 3267:1, 3267:17
**ANNA** [1] - 3132:20
**announce** [1] - 3137:10
**annular** [9] - 3142:9, 3142:25, 3143:11, 3143:14, 3143:20, 3149:10, 3149:15, 3166:20, 3166:22
**annuli** [1] - 3139:5
**annulus** [31] - 3138:25, 3139:1, 3139:4, 3139:8, 3139:9, 3139:11, 3139:15, 3140:2, 3140:14, 3140:22, 3141:6, 3141:19, 3141:25, 3142:14, 3143:4, 3144:1, 3144:2, 3144:3, 3144:11, 3145:2, 3145:7, 3145:18, 3147:2, 3147:11, 3147:15, 3163:2, 3176:4, 3176:12, 3176:17, 3176:20
**another** [10] -

3140:5, 3163:15, 3169:23, 3171:10, 3179:15, 3200:9, 3240:6, 3265:13, 3270:16
**answer** [7] - 3162:5, 3164:7, 3168:5, 3168:16, 3185:3, 3185:15, 3260:18
**answered** [1] - 3172:1
**ANTHONY** [1] - 3132:1
**any** [47] - 3137:7, 3139:22, 3140:11, 3149:22, 3153:21, 3158:14, 3159:23, 3159:24, 3164:16, 3169:3, 3171:17, 3174:3, 3174:4, 3178:8, 3183:16, 3184:1, 3186:5, 3188:23, 3189:17, 3190:14, 3191:17, 3192:7, 3193:13, 3197:25, 3202:7, 3202:21, 3207:9, 3208:12, 3214:20, 3215:9, 3215:12, 3217:14, 3223:20, 3225:22, 3231:14, 3234:12, 3236:24, 3243:15, 3248:19, 3248:22, 3252:18, 3255:3, 3258:20, 3262:21, 3266:24, 3267:25, 3270:2
**anybody** [1] - 3184:1
**anymore** [6] - 3163:19, 3164:1, 3164:6, 3258:20, 3259:8, 3269:22
**anyone** [1] - 3261:10
**anything** [15] - 3154:12, 3158:16, 3160:15, 3164:16, 3165:15, 3169:21, 3170:2, 3180:3, 3182:25, 3183:3, 3197:10, 3208:10, 3225:4, 3262:25, 3263:13
**anyway** [2] - 3137:10, 3158:10
**apparently** [1] - 3222:24
**appear** [4] - 3149:18, 3175:12, 3202:17, 3227:15
**APPEARANCES** [1] -

3131:14
**appeared** [1] - 3197:16
**appears** [4] - 3156:25, 3227:7, 3227:12, 3227:17
**Appendix** [3] - 3148:8, 3148:9, 3154:3
**applications** [1] - 3195:5
**applied** [5] - 3245:1, 3245:18, 3246:4, 3255:2, 3257:24
**apply** [5] - 3200:20, 3200:23, 3254:20, 3255:1, 3257:25
**applying** [1] - 3238:3
**appreciated** [1] - 3193:24
**approach** [7] - 3197:18, 3220:5, 3220:14, 3230:25, 3241:20, 3241:23, 3245:23
**approaches** [2] - 3201:20, 3226:17
**appropriate** [11] - 3151:12, 3169:15, 3169:20, 3169:24, 3177:10, 3177:11, 3179:8, 3204:23, 3210:4, 3221:8, 3223:14
**appropriately** [2] - 3176:1, 3188:10
**appropriateness** [1] - 3221:3
**approximate** [1] - 3147:17
**approximated** [2] - 3240:2, 3240:3
**approximately** [4] - 3154:18, 3188:6, 3189:1, 3266:9
**approximation** [3] - 3147:16, 3147:19, 3151:1
**APRIL** [1] - 3131:5
**April** [12] - 3154:13, 3155:7, 3160:13, 3170:23, 3170:25, 3171:10, 3171:12, 3171:16, 3171:23, 3172:3, 3174:3, 3177:4
**are** [128] - 3146:6, 3146:14, 3146:18, 3146:21, 3146:23, 3147:6, 3147:25,

3151:6, 3151:10, 3151:11, 3152:25, 3153:5, 3153:10, 3153:22, 3153:23, 3153:25, 3155:1, 3155:14, 3159:4, 3160:11, 3160:19, 3163:12, 3166:11, 3166:18, 3167:17, 3168:14, 3168:23, 3172:13, 3175:13, 3175:21, 3178:6, 3178:13, 3178:15, 3180:4, 3180:7, 3180:10, 3180:18, 3181:11, 3182:23, 3188:19, 3193:13, 3193:15, 3193:17, 3194:1, 3194:2, 3196:10, 3196:14, 3199:4, 3199:20, 3200:16, 3200:18, 3200:25, 3201:2, 3201:3, 3204:9, 3204:19, 3207:6, 3209:25, 3212:3, 3214:20, 3215:1, 3217:15, 3218:10, 3219:13, 3222:3, 3222:7, 3222:25, 3223:13, 3226:8, 3226:16, 3229:2, 3229:14, 3230:7, 3237:8, 3239:19, 3240:15, 3241:12, 3242:16, 3243:1, 3248:12, 3248:22, 3249:14, 3249:20, 3250:21, 3250:23, 3252:11, 3253:3, 3253:12, 3253:14, 3253:19, 3253:20, 3254:16, 3255:11, 3255:24, 3256:10, 3257:24, 3258:14, 3258:22, 3260:10, 3260:24, 3260:25, 3261:2, 3261:3, 3261:11, 3261:22, 3263:24, 3264:19, 3264:20, 3264:21, 3265:20, 3266:9, 3266:11, 3266:20, 3267:7, 3268:9, 3269:4, 3269:19, 3269:21, 3269:23, 3270:8, 3270:9

**area** [41] - 3138:16, 3138:19, 3138:25, 3139:15, 3139:24, 3140:15, 3141:7,

3141:11, 3142:9, 3142:13, 3142:21, 3142:22, 3142:24, 3143:2, 3143:4, 3143:7, 3143:10, 3143:11, 3143:12, 3143:16, 3143:19, 3143:20, 3144:4, 3144:20, 3144:23, 3147:7, 3166:12, 3176:4, 3176:10, 3195:5, 3195:8, 3195:11, 3195:12, 3196:6, 3212:7, 3213:24, 3234:4, 3244:24, 3245:21, 3258:11

**areas** [3] - 3176:1, 3247:6, 3247:9

**arguably** [1] - 3154:9

**argument** [2] - 3163:21, 3182:11

**arithmetic** [2] - 3139:16, 3242:18

**around** [7] - 3143:18, 3154:1, 3163:3, 3173:6, 3243:25, 3246:14, 3246:16

**arrive** [1] - 3163:4

**AS** [2] - 3184:9, 3243:24

**ASBILL** [1] - 3134:18

**ask** [15] - 3147:24, 3168:1, 3168:3, 3168:24, 3168:25, 3202:2, 3205:5, 3207:18, 3208:5, 3214:12, 3225:6, 3228:24, 3229:8, 3230:2, 3260:21

**asked** [15] - 3153:11, 3157:3, 3162:6, 3171:25, 3175:25, 3176:1, 3177:1, 3185:3, 3185:4, 3192:3, 3192:4, 3207:23, 3242:3, 3249:5, 3249:6

**asking** [6] - 3155:15, 3172:14, 3185:20, 3228:13, 3229:5, 3229:6

**assess** [4] - 3162:21, 3170:2, 3235:17, 3235:22

**assessing** [1] - 3228:12

**ASSET** [1] - 3131:7

**assist** [2] - 3254:17, 3263:13

**ASSISTANT** [1] - 3135:5

**associated** [1] - 3168:14

**Association** [1] - 3248:2

**assume** [9] - 3140:11, 3153:11, 3157:25, 3158:1, 3161:13, 3162:18, 3173:23, 3220:13, 3269:25

**assumed** [4] - 3159:13, 3164:8, 3170:18, 3207:14

**assumes** [1] - 3203:17

**assuming** [3] - 3157:17, 3164:23, 3164:25

**assumption** [12] - 3157:1, 3157:13, 3157:14, 3158:1, 3160:17, 3163:1, 3163:2, 3164:24, 3172:17, 3172:20, 3173:22, 3174:1

**assumptions** [11] - 3156:20, 3157:16, 3159:4, 3161:7, 3165:5, 3165:7, 3165:25, 3174:7, 3174:11, 3213:12

**assure** [1] - 3183:5

**at** [193] - 3137:10, 3142:13, 3144:12, 3144:13, 3147:25, 3148:13, 3149:1, 3149:22, 3149:25, 3150:11, 3150:12, 3150:13, 3150:14, 3150:24, 3152:3, 3154:3, 3154:6, 3154:9, 3155:4, 3155:16, 3155:22, 3155:25, 3156:12, 3156:13, 3156:22, 3157:6, 3157:9, 3157:11, 3157:17, 3157:24, 3159:2, 3159:3, 3159:11, 3159:13, 3160:12, 3161:2, 3161:13, 3162:3, 3162:6, 3162:11, 3162:16, 3162:22, 3163:4, 3163:5, 3163:8, 3163:9, 3163:23, 3164:4, 3164:11, 3165:4, 3165:17,

3166:7, 3166:9, 3166:20, 3166:22, 3166:24, 3168:12, 3168:18, 3168:19, 3169:17, 3169:19, 3170:4, 3170:6, 3171:1, 3173:7, 3173:20, 3173:23, 3174:12, 3174:14, 3174:18, 3175:14, 3176:21, 3176:22, 3178:11, 3178:20, 3179:5, 3179:12, 3179:17, 3182:17, 3184:5, 3185:25, 3186:7, 3186:10, 3186:14, 3186:24, 3187:20, 3188:3, 3188:13, 3188:22, 3188:23, 3188:25, 3189:13, 3189:15, 3189:19, 3189:20, 3190:20, 3191:7, 3194:11, 3198:2, 3198:4, 3198:5, 3198:7, 3199:2, 3199:17, 3201:4, 3203:2, 3203:11, 3203:13, 3204:14, 3205:15, 3207:9, 3207:23, 3208:15, 3210:22, 3211:21, 3212:5, 3213:12, 3215:2, 3218:10, 3219:3, 3220:8, 3220:17, 3221:25, 3222:20, 3226:4, 3227:2, 3228:14, 3228:15, 3228:16, 3228:18, 3228:20, 3229:17, 3229:19, 3229:20, 3229:23, 3230:10, 3230:16, 3230:23, 3231:14, 3231:21, 3232:19, 3233:7, 3234:10, 3235:15, 3237:12, 3237:16, 3237:22, 3239:22, 3241:2, 3241:8, 3241:18, 3242:7, 3242:8, 3243:6, 3245:6, 3245:7, 3246:1, 3247:20, 3248:7, 3249:9, 3250:5, 3250:14, 3253:5, 3253:8, 3254:22, 3258:6, 3258:7, 3259:1, 3259:3, 3259:17, 3261:5, 3261:16,

3263:3, 3263:5, 3264:12, 3266:4, 3266:18, 3267:22, 3267:25, 3269:8, 3269:18, 3269:20, 3269:21, 3271:5, 3272:16

**Attached** [1] - 3167:15

**attempt** [2] - 3215:9

**attention** [2] - 3239:15, 3239:16

**ATTORNEY** [4] - 3132:12, 3135:3, 3135:5, 3135:10

**Austin** [1] - 3135:6

**available** [9] - 3152:9, 3168:19, 3177:7, 3221:12, 3222:22, 3222:23, 3223:9, 3223:25, 3225:8

**Ave** [4] - 3131:16, 3132:14, 3133:9, 3134:23

**Avenue** [1] - 3135:1

**average** [9] - 3146:1, 3192:19, 3192:21, 3192:25, 3193:2, 3193:11, 3212:11, 3212:13, 3241:7

**avoid** [2] - 3194:14, 3224:13

**avoided** [2] - 3224:5, 3224:12

**Award** [2] - 3190:16, 3190:18

**awards** [2] - 3190:14, 3247:12

**aware** [5] - 3147:25, 3148:3, 3155:1, 3170:6, 3228:19

**away** [3] - 3164:24, 3187:22, 3252:14

**awful** [1] - 3156:19

**axial** [1] - 3264:4

**axis** [3] - 3200:10, 3235:2, 3239:24

---

# B

**B** [24] - 3150:3, 3150:12, 3153:16, 3158:17, 3162:5, 3165:5, 3169:16, 3169:17, 3169:19, 3170:2, 3170:4, 3170:16, 3170:18, 3170:19, 3171:8,

3172:17, 3172:20, 3173:23, 3177:2, 3177:6, 3177:7, 3177:11, 3236:18

**back** [24] - 3144:14, 3162:23, 3163:11, 3163:12, 3163:15, 3175:12, 3176:23, 3178:21, 3188:9, 3188:15, 3190:12, 3197:4, 3202:5, 3205:9, 3208:14, 3216:22, 3220:9, 3232:21, 3237:6, 3239:11, 3242:5, 3256:22, 3268:4, 3272:16

**background** [2] - 3245:4, 3245:5

**backwards** [1] - 3186:9

**band** [2] - 3251:6, 3251:15

**Barbier** [3] - 3178:2, 3217:25, 3231:6

**BARBIER** [1] - 3131:12

**BARR** [1] - 3131:22

**barrels** [8] - 3154:19, 3156:3, 3170:20, 3174:13, 3174:17, 3181:22

**BARRY** [1] - 3133:12

**Barry** - 3248:15

**based** [24] - 3148:10, 3153:10, 3155:3, 3157:1, 3163:1, 3163:5, 3172:22, 3174:7, 3192:5, 3192:18, 3192:21, 3192:24, 3206:7, 3209:17, 3209:18, 3210:10, 3212:11, 3216:8, 3233:8, 3235:19, 3236:24, 3250:12, 3261:13, 3267:15

**bases** [1] - 3190:4

**basically** [4] - 3139:18, 3159:10, 3159:11, 3265:13

**basing** - 3156:20

**basis** [7] - 3220:2, 3230:15, 3231:7, 3232:10, 3236:16, 3261:21, 3271:6

**Baylen** [1] - 3131:22

**bbl/d/psi** [1] - 3156:13

**be** [121] - 3137:6,

3139:21, 3140:16, 3142:15, 3143:25, 3144:23, 3144:24, 3145:16, 3145:25, 3146:23, 3146:24, 3147:10, 3151:12, 3151:19, 3153:23, 3156:11, 3156:25, 3160:17, 3161:9, 3162:7, 3162:23, 3164:8, 3166:9, 3167:16, 3167:21, 3169:6, 3169:15, 3170:19, 3173:16, 3174:8, 3174:9, 3175:12, 3175:15, 3175:16, 3175:19, 3177:23, 3178:10, 3179:14, 3180:4, 3180:9, 3182:12, 3183:16, 3183:23, 3185:20, 3190:24, 3192:14, 3193:24, 3197:16, 3198:5, 3198:6, 3203:13, 3204:23, 3205:2, 3206:7, 3206:8, 3212:7, 3212:8, 3212:21, 3213:25, 3215:4, 3215:6, 3215:25, 3217:1, 3217:9, 3219:23, 3220:8, 3220:24, 3224:5, 3224:11, 3224:12, 3224:19, 3229:4, 3229:24, 3232:2, 3232:13, 3234:1, 3236:13, 3239:4, 3240:4, 3240:8, 3240:24, 3240:25, 3241:16, 3243:12, 3249:16, 3249:25, 3250:3, 3251:8, 3251:11, 3251:21, 3251:22, 3252:1, 3252:8, 3253:20, 3253:21, 3253:23, 3254:1, 3255:7, 3255:12, 3256:11, 3258:21, 3260:11, 3260:20, 3260:22, 3263:3, 3263:19, 3263:24, 3265:1, 3265:4, 3265:15, 3265:18, 3266:11, 3267:20, 3267:21, 3268:5, 3268:12, 3269:4, 3270:10, 3270:12

**Beach** [1] - 3135:9

**became** [3] -

3245:20, 3248:1, 3248:2

**because** [58] - 3139:4, 3140:18, 3142:18, 3144:9, 3147:6, 3159:13, 3160:11, 3161:15, 3164:9, 3166:18, 3166:23, 3172:8, 3172:9, 3179:5, 3195:5, 3196:7, 3198:21, 3199:5, 3201:9, 3201:15, 3202:3, 3206:3, 3208:12, 3210:9, 3211:2, 3212:1, 3215:21, 3219:5, 3220:8, 3221:12, 3223:24, 3224:7, 3228:2, 3228:22, 3229:7, 3230:4, 3230:6, 3231:2, 3231:6, 3234:13, 3235:1, 3246:20, 3251:23, 3253:11, 3254:23, 3254:24, 3255:2, 3258:14, 3260:4, 3260:9, 3260:16, 3262:17, 3264:5, 3267:18, 3267:22, 3267:25, 3271:25

**become** [1] - 3189:5

**bedding** [1] - 3265:12

**been** [37] - 3137:14, 3147:10, 3150:5, 3150:9, 3154:10, 3158:1, 3162:10, 3162:20, 3165:6, 3165:7, 3167:21, 3169:22, 3171:25, 3173:1, 3175:14, 3176:14, 3178:5, 3184:25, 3187:4, 3189:22, 3212:5, 3217:13, 3223:25, 3230:18, 3230:21, 3237:9, 3244:13, 3247:5, 3247:9, 3248:12, 3250:23, 3255:21, 3260:8, 3264:25, 3270:4, 3271:23

**beer** [1] - 3262:4

**before** [42] - 3147:9, 3148:5, 3153:13, 3154:7, 3156:8, 3158:17, 3158:19, 3159:8, 3159:12,

3159:15, 3159:19, 3162:22, 3163:17, 3163:21, 3166:24, 3168:21, 3170:17, 3172:17, 3172:24, 3173:20, 3182:21, 3184:16, 3185:5, 3187:6, 3188:1, 3189:7, 3191:12, 3192:5, 3193:12, 3197:24, 3201:6, 3202:6, 3205:18, 3214:4, 3238:5, 3246:9, 3248:2, 3254:3, 3254:10, 3258:1, 3267:18, 3272:12

**BEFORE** [1] - 3131:12

**began** [1] - 3188:3

**begin** [4] - 3185:20, 3217:17, 3218:4, 3250:8

**beginning** [9] - 3156:22, 3156:23, 3157:11, 3159:3, 3166:7, 3166:9, 3214:1, 3233:18, 3259:1

**behalf** [4] - 3175:1, 3217:17, 3244:5, 3248:16

**behave** [1] - 3271:2

**behavior** [7] - 3198:17, 3199:3, 3199:11, 3200:5, 3200:10, 3233:1, 3247:10

**being** [12] - 3159:23, 3164:24, 3166:9, 3166:16, 3183:3, 3193:10, 3198:7, 3199:7, 3226:11, 3228:8, 3256:17, 3268:23

**Belgium** [1] - 3245:7

**belief** [1] - 3224:4

**believe** [17] - 3137:8, 3146:13, 3148:20, 3154:2, 3156:8, 3156:22, 3157:2, 3177:17, 3180:2, 3182:25, 3219:8, 3227:1, 3228:5, 3251:11, 3253:5, 3267:7, 3268:2

**below** [4] - 3167:17, 3201:21, 3215:19, 3233:16

**bench** [1] - 3271:5

**benefit** [1] - 3217:25

**Benson** [5] - 3136:7, 3137:25, 3142:2, 3175:24, 3176:11

**BENSON** [13] - 3132:19, 3137:8, 3137:22, 3137:24, 3138:4, 3138:9, 3138:10, 3142:3, 3142:4, 3155:19, 3164:14, 3172:5, 3174:19

**best** [19] - 3177:12, 3178:18, 3183:8, 3193:19, 3197:15, 3197:16, 3209:20, 3214:6, 3214:17, 3214:18, 3214:21, 3215:7, 3216:13, 3255:21, 3256:1, 3256:4, 3257:15, 3269:3, 3273:7

**BETHANY** [1] - 3132:20

**better** [7] - 3151:17, 3195:22, 3209:11, 3212:19, 3224:15, 3258:14, 3267:10

**between** [34] - 3139:5, 3139:11, 3140:3, 3141:19, 3143:6, 3143:8, 3144:3, 3145:8, 3146:10, 3146:15, 3149:7, 3149:23, 3159:5, 3160:18, 3160:20, 3163:12, 3173:3, 3173:8, 3187:19, 3192:14, 3194:9, 3195:3, 3196:18, 3198:25, 3202:11, 3207:24, 3209:4, 3213:24, 3216:15, 3226:2, 3241:4, 3253:15, 3263:14, 3265:16

**beyond** [4] - 3200:13, 3201:8, 3219:11, 3228:16

**bias** [2] - 3252:14, 3252:15

**big** [5] - 3143:12, 3143:15, 3143:19, 3143:20, 3271:23

**bigger** [1] - 3195:11

**biggest** [2] - 3166:4, 3170:23

**BINGHAM** [1] - 3134:9

**birch** [1] - 3155:7

**bit** [15] - 3142:10, 3165:11, 3169:10, 3170:15, 3173:12, 3193:23, 3201:16, 3236:18, 3237:3, 3246:3, 3247:20, 3247:24, 3256:21, 3264:19, 3271:15
**biting** [1] - 3268:16
**black** [1] - 3239:23
**blessing** [1] - 3256:15
**block** [3] - 3172:4, 3172:7, 3172:23
**blow** [1] - 3253:10
**blowout** [16] - 3148:14, 3148:18, 3148:21, 3148:23, 3154:7, 3154:8, 3154:9, 3155:10, 3158:21, 3159:4, 3159:8, 3160:12, 3162:22, 3163:9, 3254:3
**blue** [1] - 3241:10
**Blunt** [2] - 3178:17, 3185:13
**Blvd** [1] - 3135:15
**Bly** [1] - 3148:9
**board** [5] - 3218:7, 3218:10, 3220:1, 3220:8, 3226:11
**boards** [1] - 3218:2
**Bob** [1] - 3178:3
**BOLES** [21] - 3133:19, 3190:23, 3191:9, 3202:5, 3202:9, 3202:20, 3202:23, 3206:2, 3206:23, 3212:24, 3216:21, 3217:16, 3217:20, 3218:7, 3218:9, 3228:18, 3228:24, 3229:2, 3229:9, 3229:10, 3243:14
**Boles** [5] - 3136:17, 3202:3, 3216:19, 3217:16, 3217:23
**book** [1] - 3255:8
**BOP** [12] - 3158:18, 3158:20, 3160:12, 3163:4, 3163:5, 3166:3, 3167:15, 3167:17, 3167:21, 3169:14, 3169:15, 3171:2
**bore** [1] - 3247:17
**both** [22] - 3140:14, 3141:24, 3149:13,

3176:3, 3176:12, 3181:6, 3181:7, 3181:18, 3183:20, 3186:17, 3186:24, 3192:22, 3203:3, 3220:13, 3220:16, 3235:12, 3235:16, 3236:12, 3239:12, 3258:11, 3265:21, 3270:5
**bottom** [18] - 3141:23, 3144:12, 3144:13, 3150:3, 3150:14, 3150:17, 3150:22, 3150:23, 3151:2, 3163:4, 3176:21, 3176:22, 3203:13, 3205:21, 3219:3, 3235:15, 3242:22, 3257:25
**bought** [1] - 3245:20
**bound** [1] - 3177:14
**boundary** [1] - 3234:4
**BOWMAN** [1] - 3133:23
**Box** [3] - 3132:22, 3132:25, 3135:5
**box** [1] - 3131:19
**BP** [49] - 3131:10, 3133:1, 3133:2, 3133:3, 3133:3, 3133:4, 3133:4, 3137:12, 3147:24, 3147:25, 3149:22, 3154:25, 3155:1, 3155:10, 3156:6, 3156:16, 3156:23, 3157:5, 3157:11, 3158:14, 3167:2, 3167:6, 3169:17, 3175:1, 3178:2, 3178:11, 3179:16, 3179:18, 3179:20, 3180:16, 3181:4, 3181:15, 3181:18, 3182:17, 3182:19, 3183:16, 3185:11, 3190:21, 3204:24, 3207:9, 3217:5, 3217:17, 3222:24, 3228:22, 3242:6, 3248:10, 3248:16
**BP's** [4] - 3191:13, 3191:15, 3229:7, 3265:10
**BP/ANADARKO** [1] - 3136:5
**BRAD** [1] - 3134:21
**BRANCH** [1] -

3132:24
**BRENNAN** [1] - 3134:18
**BRIAN** [2] - 3131:22, 3134:21
**BRIDGET** [1] - 3133:16
**brief** [5] - 3153:12, 3153:14, 3182:1, 3196:19, 3217:3
**briefed** [1] - 3182:5
**briefing** [1] - 3183:5
**briefly** [4] - 3169:2, 3185:23, 3192:21, 3206:16
**brine** [1] - 3271:2
**bring** [5] - 3193:16, 3205:9, 3209:22, 3214:10, 3215:15
**Broad** [1] - 3132:4
**broad** [1] - 3247:16
**broadly** [1] - 3167:17
**Broadway** [1] - 3131:25
**BROCK** [19] - 3133:8, 3177:22, 3177:25, 3178:2, 3178:11, 3179:5, 3179:11, 3180:1, 3180:6, 3180:19, 3180:25, 3181:8, 3181:12, 3181:25, 3182:7, 3182:10, 3182:16, 3182:19, 3184:3
**broken** [1] - 3251:17
**brought** [2] - 3254:17, 3264:17
**brown** [1] - 3218:3
**BRUCE** [1] - 3133:23
**build** [1] - 3197:4
**building** [1] - 3200:17
**Buildup** [6] - 3201:24, 3207:6, 3209:3, 3209:11, 3237:23
**buildup** [14] - 3196:8, 3197:1, 3197:5, 3197:15, 3197:16, 3198:9, 3200:14, 3200:16, 3201:14, 3205:21, 3207:7, 3209:12, 3212:6, 3230:7
**buildups** [24] - 3195:15, 3196:24, 3197:11, 3197:13, 3197:21, 3197:24, 3197:25, 3198:9,

3198:11, 3199:1, 3199:20, 3200:13, 3200:20, 3200:24, 3200:25, 3201:8, 3230:12, 3230:16, 3230:21, 3230:23, 3231:4, 3231:8
**built** [3] - 3226:19, 3227:4, 3234:19
**bullets** [1] - 3156:2
**bundle** [1] - 3180:8
**bundles** [10] - 3179:18, 3179:19, 3179:23, 3180:7, 3180:15, 3180:16, 3181:3, 3181:13, 3181:14, 3181:17
**Burch** [1] - 3155:6
**BURLING** [1] - 3133:8
**but** [149] - 3137:10, 3139:16, 3140:8, 3140:24, 3141:10, 3141:23, 3142:16, 3143:4, 3145:18, 3145:22, 3147:6, 3147:13, 3150:6, 3150:24, 3151:18, 3152:13, 3152:15, 3153:25, 3154:6, 3155:15, 3156:18, 3157:1, 3158:5, 3158:9, 3158:19, 3159:12, 3161:1, 3161:9, 3162:12, 3162:19, 3164:8, 3165:9, 3165:18, 3166:1, 3166:10, 3166:17, 3169:20, 3171:12, 3172:10, 3173:2, 3173:14, 3180:4, 3180:9, 3180:12, 3181:15, 3181:18, 3182:2, 3182:6, 3182:7, 3182:13, 3187:21, 3187:24, 3188:20, 3189:4, 3189:12, 3191:22, 3193:21, 3194:13, 3195:14, 3195:20, 3196:9, 3199:10, 3199:13, 3199:23, 3199:24, 3199:25, 3200:3, 3200:9, 3202:17, 3203:1, 3204:8, 3204:12, 3207:22, 3210:24, 3211:1, 3212:10, 3213:8, 3213:10, 3214:1,

3215:5, 3215:18, 3215:20, 3217:10, 3220:12, 3220:25, 3221:16, 3221:20, 3222:16, 3223:4, 3223:8, 3223:9, 3223:21, 3224:13, 3225:3, 3225:4, 3225:11, 3225:15, 3226:3, 3226:16, 3226:17, 3226:24, 3227:2, 3227:6, 3227:7, 3227:9, 3230:23, 3233:6, 3233:17, 3233:20, 3233:24, 3234:2, 3235:4, 3235:6, 3235:12, 3235:15, 3236:1, 3236:13, 3236:19, 3237:2, 3237:3, 3237:13, 3238:23, 3239:14, 3240:2, 3240:15, 3240:21, 3241:1, 3241:18, 3241:23, 3242:2, 3245:17, 3246:16, 3248:4, 3253:8, 3254:2, 3254:5, 3254:18, 3258:1, 3258:4, 3258:10, 3259:5, 3260:24, 3261:15, 3265:20, 3267:9, 3269:18, 3269:25, 3271:11, 3271:16
**button** [1] - 3236:1
**buy** [1] - 3246:21
**buying** [3] - 3188:19, 3188:20
**by** [86] - 3132:9, 3135:22, 3135:23, 3136:7, 3136:8, 3136:15, 3136:16, 3136:17, 3136:20, 3136:21, 3139:15, 3139:24, 3140:17, 3144:6, 3144:7, 3144:8, 3146:18, 3146:20, 3148:23, 3153:11, 3160:2, 3172:3, 3173:1, 3179:19, 3179:20, 3180:16, 3181:3, 3181:6, 3181:12, 3181:14, 3181:21, 3185:20, 3185:23, 3186:1, 3187:2, 3192:22, 3193:2, 3195:8, 3195:11, 3196:10, 3196:20, 3200:18, 3201:16,

3206:7, 3206:8, 3208:22, 3212:3, 3215:2, 3215:22, 3220:9, 3221:4, 3224:7, 3225:11, 3225:13, 3230:14, 3233:5, 3238:8, 3239:11, 3240:4, 3241:15, 3241:18, 3244:16, 3245:7, 3245:11, 3245:20, 3247:20, 3248:2, 3249:8, 3249:15, 3250:19, 3252:22, 3254:11, 3255:6, 3255:23, 3256:1, 3257:9, 3257:24, 3259:10, 3260:19, 3261:17, 3265:18, 3267:12, 3269:5

**BY** [59] - 3131:3, 3131:16, 3131:18, 3131:22, 3131:24, 3132:1, 3132:4, 3132:6, 3132:13, 3132:17, 3132:24, 3133:5, 3133:8, 3133:11, 3133:15, 3133:19, 3133:22, 3134:2, 3134:7, 3134:10, 3134:15, 3134:18, 3134:21, 3135:4, 3135:8, 3135:11, 3135:14, 3135:17, 3137:24, 3138:10, 3142:4, 3155:19, 3164:14, 3172:5, 3174:24, 3184:22, 3191:3, 3191:11, 3195:25, 3197:9, 3203:8, 3206:15, 3207:2, 3213:4, 3217:20, 3218:9, 3229:10, 3244:7, 3249:2, 3251:10, 3251:20, 3254:8, 3261:9, 3262:20, 3263:12, 3266:8, 3266:16, 3271:18, 3272:8

---

# C

**C** [3] - 3133:8, 3137:1, 3170:7
**CA** [2] - 3133:20, 3134:24
**calculate** [6] - 3138:19, 3139:10, 3142:5, 3154:21,

---

3219:12, 3230:4
**calculated** [6] - 3152:24, 3157:9, 3163:1, 3163:3, 3165:24, 3210:16
**calculating** [1] - 3150:14
**calculation** [3] - 3140:2, 3142:20, 3143:25
**calculations** [1] - 3141:14
**California** [1] - 3186:7
**call** [26] - 3185:16, 3189:25, 3192:15, 3194:20, 3196:17, 3197:5, 3198:8, 3205:4, 3205:24, 3211:6, 3212:22, 3218:14, 3233:6, 3243:19, 3243:21, 3247:19, 3255:14, 3255:21, 3256:13, 3258:4, 3258:9, 3258:17, 3259:20, 3267:1, 3268:1, 3268:13
**called** [8] - 3151:25, 3220:10, 3223:5, 3235:2, 3238:15, 3245:16, 3264:8, 3271:24
**callout** [4] - 3148:25, 3155:5, 3155:12, 3155:20
**callouts** [2] - 3178:14, 3217:12
**calls** [1] - 3184:6
**came** [15] - 3148:9, 3153:14, 3159:8, 3162:25, 3170:23, 3188:16, 3191:13, 3193:21, 3198:4, 3207:21, 3214:17, 3218:19, 3221:15, 3222:24, 3227:24
**Camp** [1] - 3132:10
**can** [129] - 3139:21, 3144:11, 3144:13, 3144:17, 3147:10, 3151:12, 3151:15, 3155:20, 3155:22, 3157:25, 3159:4, 3159:19, 3163:20, 3164:2, 3164:3, 3164:5, 3165:4, 3166:3, 3167:10, 3167:16, 3167:21, 3168:1, 3168:5,

---

3171:5, 3171:19, 3175:9, 3175:17, 3176:7, 3177:1, 3177:3, 3177:6, 3178:19, 3180:4, 3183:5, 3183:12, 3183:20, 3189:14, 3193:16, 3195:9, 3195:10, 3195:21, 3196:9, 3196:21, 3197:13, 3198:19, 3199:18, 3200:1, 3201:16, 3203:22, 3205:4, 3206:5, 3207:3, 3208:12, 3209:22, 3210:24, 3214:9, 3215:11, 3215:21, 3219:7, 3224:22, 3228:24, 3229:15, 3230:7, 3231:11, 3233:6, 3233:7, 3234:1, 3234:10, 3235:11, 3235:15, 3236:18, 3237:6, 3237:11, 3239:14, 3239:16, 3240:21, 3241:25, 3243:4, 3243:19, 3245:4, 3245:9, 3246:5, 3247:2, 3247:12, 3247:22, 3249:12, 3249:23, 3250:9, 3250:16, 3251:8, 3251:25, 3252:24, 3252:25, 3253:1, 3253:10, 3253:16, 3254:9, 3254:11, 3255:7, 3255:10, 3256:13, 3257:22, 3258:16, 3258:18, 3259:22, 3260:5, 3260:17, 3260:18, 3262:1, 3262:7, 3262:8, 3262:12, 3264:18, 3265:9, 3266:14, 3267:8, 3267:9, 3267:10, 3267:16, 3268:19, 3268:20, 3268:21, 3269:17, 3271:14, 3272:11
**can't** [17] - 3158:20, 3161:9, 3162:6, 3162:11, 3163:18, 3163:25, 3166:3, 3171:18, 3177:5, 3177:8, 3178:20, 3179:7, 3199:8, 3224:23, 3235:25, 3236:10, 3236:23
**Canebrake** [1] -

---

3135:15
**cannot** [16] - 3201:21, 3205:13, 3206:7, 3210:10, 3215:6, 3215:19, 3221:14, 3229:4, 3229:12, 3236:22, 3237:13, 3249:16, 3249:21, 3249:24, 3250:3, 3270:16
**capabilities** [1] - 3246:21
**capable** [1] - 3240:16
**Capitol** [1] - 3135:12
**capping** [2] - 3153:3, 3157:9
**care** [2] - 3180:13, 3269:22
**career** [5] - 3189:3, 3189:5, 3246:6, 3247:14, 3247:23
**careful** [1] - 3237:3
**carefully** [3] - 3205:16, 3207:9, 3208:5
**CARL** [1] - 3131:12
**Carlo** [2] - 3193:22, 3213:8
**carried** [2] - 3249:18, 3259:9
**case** [47] - 3142:6, 3147:12, 3148:11, 3149:16, 3150:2, 3150:20, 3157:2, 3157:25, 3158:15, 3160:11, 3160:17, 3160:24, 3164:19, 3165:18, 3166:10, 3166:16, 3166:17, 3173:1, 3174:3, 3176:13, 3176:18, 3178:12, 3180:2, 3182:17, 3182:19, 3183:10, 3183:12, 3183:19, 3185:21, 3187:9, 3191:14, 3191:15, 3235:21, 3236:9, 3239:15, 3239:17, 3240:11, 3242:6, 3242:8, 3244:9, 3244:12, 3252:18, 3255:10, 3255:16, 3265:22, 3267:15
**cases** [4] - 3149:13, 3255:25, 3256:1, 3270:21
**casing** [21] - 3138:12, 3138:23,

---

3139:2, 3139:6, 3139:12, 3140:4, 3140:10, 3141:9, 3141:18, 3142:10, 3142:14, 3142:21, 3142:25, 3143:11, 3143:14, 3148:1, 3149:8, 3149:15, 3149:17, 3149:20, 3149:23
**Category** [2] - 3179:11, 3179:12
**cause** [2] - 3231:13, 3271:4
**caused** [1] - 3186:1
**causing** [1] - 3143:24
**CCR** [1] - 3135:19, 3273:4, 3273:12
**Center** [1] - 3134:3
**Centre** [1] - 3134:16
**CERNICH** [1] - 3132:19
**certain** [15] - 3175:18, 3191:16, 3199:11, 3208:1, 3210:25, 3211:1, 3219:8, 3227:7, 3228:10, 3229:11, 3254:20, 3255:1, 3259:6, 3263:21, 3268:10
**certainly** [1] - 3180:10
**CERTIFICATE** [1] - 3273:2
**certify** [1] - 3273:6
**CFD** [2] - 3147:20, 3147:21
**chair** [1] - 3245:25
**Chair** [2] - 3246:1, 3248:5
**CHAKERES** [1] - 3132:18
**challenge** [2] - 3207:10, 3207:12
**challenging** [3] - 3201:11, 3201:13, 3221:1
**change** [13] - 3168:18, 3168:21, 3170:23, 3197:17, 3200:4, 3205:20, 3208:10, 3212:20, 3213:21, 3214:6, 3237:11, 3238:5
**changed** [7] - 3138:5, 3154:12, 3167:7, 3167:19, 3168:25, 3170:16,

3170:17

**changes** [26] - 3164:16, 3164:21, 3164:22, 3164:23, 3165:25, 3170:14, 3170:22, 3171:4, 3171:7, 3171:11, 3171:12, 3171:13, 3171:16, 3171:19, 3172:10, 3172:11, 3172:12, 3172:13, 3185:25, 3186:1, 3199:4, 3199:6, 3201:22

**changing** [4] - 3166:11, 3166:18, 3206:10, 3264:7

**Chapter** [1] - 3255:8

**characteristics** [3] - 3242:1, 3255:4, 3260:15

**characterize** [1] - 3260:12

**charge** [2] - 3245:14, 3261:15

**Charles** [1] - 3132:5

**chart** [3] - 3167:15, 3200:7, 3242:7

**check** [2] - 3260:25, 3261:1

**checking** [2] - 3179:3, 3211:18

**Chicago** [1] - 3133:14

**chief** [1] - 3183:11

**China** [1] - 3248:4

**choice** [1] - 3236:23

**chose** [2] - 3173:14, 3228:15

**circling** [1] - 3242:23

**circular** [5] - 3139:23, 3139:24, 3143:22, 3147:11

**circulated** [2] - 3178:6, 3217:13

**cited** [2] - 3180:4, 3263:9

**CIVIL** [2] - 3131:5, 3132:24

**civil** [2] - 3245:6, 3245:18

**clarification** [1] - 3248:23

**clarify** [2] - 3165:11, 3270:12

**Claude** [3] - 3243:21, 3244:2, 3248:8

**CLAUDE** [3] - 3136:19, 3243:23, 3244:2

**cleanup** [1] - 3199:7

**clear** [15] - 3143:10, 3171:2, 3171:24, 3184:3, 3205:1, 3207:19, 3215:2, 3218:2, 3231:6, 3251:11, 3251:21, 3252:1, 3253:23, 3257:23, 3263:24

**clearly** [7] - 3192:8, 3200:18, 3205:2, 3215:4, 3215:24, 3239:3, 3262:24

**CLERK** [5] - 3184:8, 3184:11, 3243:22, 3243:25, 3272:18

**clients** [1] - 3186:23

**close** [6] - 3161:6, 3174:15, 3174:17, 3194:1, 3215:25, 3258:19

**closed** [6] - 3154:10, 3159:18, 3161:22, 3161:24, 3167:17, 3175:13

**closed-in** [2] - 3161:22, 3161:24

**closer** [1] - 3264:18

**closest** [1] - 3245:9

**closing** [1] - 3161:22

**closure** [1] - 3159:21

**cluster** [1] - 3240:24

**clustered** [1] - 3212:5

**coffee** [1] - 3262:4

**cold** [1] - 3245:13

**COLLIER** [1] - 3133:13

**column** [4] - 3250:21, 3250:22, 3255:20, 3255:22

**columns** [1] - 3242:16

**combination** [2] - 3144:11, 3271:2

**combine** [1] - 3170:18

**combined** [1] - 3243:3

**come** [18] - 3137:16, 3140:2, 3141:4, 3178:21, 3192:23, 3194:4, 3194:13, 3203:12, 3215:7, 3216:22, 3229:25, 3230:10, 3232:11, 3234:5, 3243:25, 3256:8, 3258:19, 3272:16

**comes** [3] - 3139:14,

3139:17, 3264:25

**coming** [3] - 3141:18, 3220:9, 3261:6

**comment** [1] - 3267:22

**commentary** [1] - 3252:19

**commercial** [2] - 3151:13, 3187:22

**commercially** [1] - 3152:9

**commission** [1] - 3256:8

**companies** [4] - 3186:12, 3247:7, 3247:8, 3261:18

**COMPANY** [3] - 3133:2, 3133:2, 3134:6

**company** [4] - 3151:25, 3186:10, 3188:14, 3260:22

**compare** [3] - 3192:16, 3211:5, 3214:25

**compared** [6] - 3149:15, 3171:17, 3214:5, 3226:25, 3227:8, 3236:23

**comparing** [3] - 3202:13, 3262:22, 3263:1

**comparison** [5] - 3147:23, 3150:10, 3165:8, 3165:10, 3165:23

**comparisons** [2] - 3164:18, 3165:3

**compensate** [3] - 3195:10, 3215:22

**COMPLAINT** [1] - 3131:7

**complete** [3] - 3175:15, 3207:15, 3259:25

**completely** [2] - 3182:11, 3258:22

**completing** [1] - 3217:8

**completion** [1] - 3245:11

**complex** [1] - 3151:16

**composition** [1] - 3267:24

**compressibility** [17] - 3191:21, 3244:17, 3252:17, 3256:1, 3256:19, 3257:17,

3259:4, 3259:5, 3259:19, 3260:7, 3260:9, 3260:13, 3261:23, 3265:1, 3267:17, 3269:13, 3271:5

**computation** [2] - 3192:1, 3249:8

**computational** [1] - 3147:21

**computations** [1] - 3185:14

**compute** [3] - 3185:9, 3203:22, 3234:11

**computer** [4] - 3135:23, 3204:2, 3208:25, 3235:21

**computerized** [1] - 3231:17

**computing** [2] - 3227:10, 3230:1

**concentrated** [1] - 3243:1

**concept** [2] - 3147:16, 3236:3

**concerned** [1] - 3261:4

**concerns** [2] - 3255:17, 3255:18

**conclude** [5] - 3208:21, 3209:18, 3214:15, 3221:14, 3230:8

**concluded** [4] - 3167:7, 3167:9, 3177:15, 3192:8

**conclusion** [5] - 3192:7, 3192:9, 3210:21, 3214:6, 3216:9

**conclusions** [5] - 3191:16, 3192:16, 3220:24, 3224:23, 3231:10

**condition** [7] - 3145:21, 3250:5, 3250:9, 3252:5, 3252:10, 3258:13, 3260:3

**conditions** [7] - 3145:21, 3145:25, 3258:22, 3260:2, 3269:1, 3269:2, 3269:7

**conduct** [1] - 3254:14

**conducted** [2] - 3254:11, 3254:12

**cones** [4] - 3258:9,

3258:17, 3258:19, 3259:17

**conference** [3] - 3178:20, 3179:13, 3217:10

**conferences** [1] - 3247:16

**confining** [2] - 3255:1, 3255:3

**confirm** [2] - 3176:2, 3219:10

**confirmed** [2] - 3234:19

**confirming** [1] - 3211:17

**confusing** [1] - 3149:9

**confusion** [1] - 3149:11

**conjunction** [1] - 3217:10

**connection** [1] - 3209:4

**conservative** [3] - 3157:20, 3158:3, 3158:7

**consider** [3] - 3185:20, 3204:22, 3255:10

**consideration** [1] - 3222:2

**considered** [5] - 3170:9, 3173:1, 3205:13, 3208:6, 3248:11

**considering** [2] - 3188:19, 3206:8

**consistency** [3] - 3198:17, 3198:25, 3199:2

**consistent** [14] - 3144:25, 3146:6, 3146:7, 3146:24, 3147:14, 3156:25, 3157:8, 3158:9, 3167:21, 3199:20, 3200:17, 3213:24, 3239:3, 3240:25

**consolidated** [1] - 3264:20

**constant** [2] - 3164:24, 3239:4

**constrain** [1] - 3195:6

**constrained** [1] - 3196:10

**consultants** [1] - 3152:14

**consulting** [7] - 3151:22, 3186:17,

3186:22, 3188:9, 3246:15, 3247:3, 3247:5

**contact** [1] - 3213:24
**contacts** [1] - 3261:14
**contain** [1] - 3264:20
**contained** [2] - 3181:17, 3255:16
**contains** [1] - 3179:22
**context** [1] - 3224:13
**continue** [2] - 3178:19, 3206:12
**CONTINUED** [1] - 3137:23
**Continued** [1] - 3136:7
**continuing** [4] - 3138:1, 3187:19, 3206:24, 3265:6
**control** [2] - 3179:20, 3217:8
**Control** [1] - 3155:7
**controls** [2] - 3204:14, 3268:2
**controversy** [1] - 3271:24
**convention** [2] - 3200:20, 3200:23
**conventional** [1] - 3195:23
**conversations** [1] - 3217:5
**conversion** [2] - 3150:3, 3181:22
**convincing** [2] - 3201:11, 3201:13
**convolution** [11] - 3209:24, 3209:25, 3210:1, 3210:5, 3210:10, 3210:15, 3210:17, 3210:19, 3219:12, 3221:7, 3239:10
**coordinating** [1] - 3199:19
**copies** [1] - 3178:6
**copy** [2] - 3190:1, 3244:19
**core** [47] - 3244:16, 3250:5, 3250:8, 3250:10, 3250:19, 3254:15, 3254:18, 3254:20, 3254:21, 3257:11, 3257:12, 3257:13, 3257:14, 3257:23, 3257:24, 3258:1, 3258:3, 3258:6, 3258:8,

3258:19, 3259:17, 3259:21, 3260:2, 3260:4, 3260:5, 3260:11, 3260:14, 3260:16, 3263:19, 3263:20, 3264:4, 3264:7, 3264:23, 3265:1, 3265:2, 3265:19, 3265:21, 3265:22, 3265:23, 3267:19, 3267:20, 3267:24, 3268:19, 3268:23, 3268:24
**core's** [1] - 3263:15
**cores** [47] - 3242:12, 3242:14, 3249:15, 3250:3, 3250:7, 3250:13, 3250:14, 3250:20, 3250:21, 3252:19, 3253:9, 3253:21, 3257:15, 3259:24, 3259:25, 3260:17, 3260:23, 3260:24, 3261:5, 3261:11, 3261:22, 3262:11, 3262:23, 3263:1, 3263:14, 3263:15, 3264:16, 3264:19, 3265:12, 3266:9, 3266:10, 3266:11, 3266:20, 3266:22, 3266:24, 3267:5, 3267:6, 3269:8, 3269:11
**COREY** [1] - 3132:13
**cork** [1] - 3266:6
**corners** [3] - 3228:16, 3261:20, 3265:7
**CORPORATION** [2] - 3133:3, 3134:6
**correct** [143] - 3138:12, 3138:13, 3138:15, 3138:21, 3139:7, 3139:13, 3139:14, 3140:20, 3140:23, 3142:7, 3142:8, 3142:11, 3142:12, 3142:16, 3142:23, 3143:1, 3143:12, 3144:25, 3145:1, 3145:4, 3145:13, 3145:19, 3146:9, 3146:10, 3146:16, 3146:17, 3146:22, 3147:5, 3148:12, 3148:16, 3148:17, 3149:17, 3149:20, 3149:21, 3150:16, 3150:17,

3151:3, 3151:7, 3151:14, 3152:2, 3152:5, 3152:20, 3152:21, 3153:6, 3153:7, 3154:4, 3154:5, 3154:13, 3154:14, 3154:19, 3157:13, 3158:20, 3159:9, 3162:5, 3163:6, 3163:7, 3163:10, 3163:13, 3166:15, 3167:5, 3167:8, 3169:25, 3170:7, 3170:8, 3172:21, 3172:24, 3173:16, 3173:25, 3174:16, 3175:7, 3176:5, 3176:6, 3176:19, 3176:21, 3176:22, 3176:23, 3176:24, 3177:2, 3177:4, 3177:6, 3183:1, 3185:1, 3190:7, 3202:8, 3202:16, 3208:17, 3211:7, 3212:16, 3218:15, 3218:20, 3218:23, 3219:4, 3219:20, 3219:21, 3220:10, 3220:15, 3220:19, 3221:5, 3222:8, 3222:18, 3222:22, 3223:2, 3223:5, 3223:19, 3224:2, 3224:12, 3224:20, 3225:20, 3225:21, 3226:1, 3226:9, 3226:12, 3226:13, 3226:15, 3226:20, 3226:23, 3228:3, 3229:13, 3229:21, 3232:5, 3232:17, 3234:6, 3234:9, 3235:10, 3235:22, 3236:6, 3236:25, 3237:24, 3238:11, 3238:15, 3239:24, 3240:4, 3240:5, 3240:13, 3240:20, 3242:18, 3243:8, 3244:18, 3254:6, 3257:20, 3273:6
**Correct** [1] - 3162:8
**correction** [7] - 3169:15, 3169:17, 3169:19, 3169:20, 3169:21, 3169:25
**correctly** [2] - 3151:16, 3233:8
**cost** [1] - 3189:12

**could** [45] - 3138:3, 3143:13, 3146:2, 3147:9, 3148:4, 3148:25, 3153:23, 3153:24, 3155:5, 3155:11, 3155:20, 3158:19, 3160:17, 3160:20, 3161:15, 3162:2, 3162:13, 3162:23, 3164:8, 3166:24, 3167:14, 3169:22, 3173:2, 3173:10, 3173:11, 3173:16, 3175:4, 3175:8, 3177:2, 3193:23, 3215:5, 3215:17, 3216:1, 3229:24, 3231:13, 3237:9, 3240:17, 3240:25, 3252:4, 3252:10, 3257:1, 3257:15, 3272:1
**couldn't** [5] - 3161:18, 3199:15, 3240:18, 3241:1, 3251:22
**Counsel** [1] - 3202:5
**counsel** [3] - 3153:11, 3184:15, 3228:25
**Count** [1] - 3135:8
**couple** [6] - 3159:20, 3174:12, 3174:13, 3178:4, 3254:14, 3260:21
**course** [24] - 3139:8, 3140:21, 3151:8, 3156:19, 3157:1, 3157:18, 3169:22, 3173:10, 3173:24, 3180:5, 3189:2, 3189:21, 3189:22, 3192:9, 3204:13, 3221:15, 3224:18, 3236:19, 3238:25, 3246:6, 3247:3, 3247:13, 3247:23, 3252:18
**Court** [22] - 3144:22, 3151:8, 3154:18, 3167:13, 3177:13, 3179:8, 3185:16, 3187:8, 3214:11, 3244:4, 3245:5, 3247:13, 3247:22, 3250:10, 3252:1, 3254:11, 3263:14, 3264:17, 3265:11, 3273:4, 3273:5, 3273:13

**court** [6] - 3178:5, 3193:23, 3225:24, 3257:22, 3263:3, 3271:13
**COURT** [108] - 3131:1, 3135:19, 3137:5, 3137:6, 3137:9, 3137:21, 3139:18, 3140:5, 3140:11, 3140:18, 3140:21, 3140:24, 3141:3, 3141:13, 3141:23, 3142:2, 3155:17, 3164:13, 3168:5, 3172:2, 3174:22, 3177:20, 3178:1, 3178:8, 3178:10, 3178:22, 3178:25, 3179:4, 3179:10, 3179:24, 3180:5, 3180:14, 3180:18, 3180:22, 3181:6, 3181:9, 3181:11, 3181:23, 3182:4, 3182:8, 3182:15, 3182:18, 3182:21, 3183:2, 3183:8, 3183:24, 3184:1, 3184:4, 3184:7, 3184:20, 3190:25, 3191:10, 3195:17, 3195:21, 3197:1, 3197:6, 3202:19, 3202:21, 3203:5, 3203:7, 3206:12, 3207:1, 3213:3, 3216:19, 3216:22, 3216:25, 3217:1, 3217:14, 3217:18, 3228:23, 3229:1, 3229:8, 3243:15, 3243:17, 3248:14, 3248:20, 3248:25, 3250:25, 3251:2, 3251:4, 3251:6, 3251:14, 3251:17, 3251:19, 3253:10, 3253:23, 3254:2, 3254:5, 3254:7, 3260:21, 3261:8, 3261:25, 3262:9, 3263:7, 3263:10, 3265:14, 3265:22, 3265:25, 3266:2, 3266:6, 3266:13, 3266:15, 3271:10, 3271:12, 3272:3, 3272:5, 3272:12, 3272:15
**court's** [1] - 3263:2
**Court's** [1] - 3205:4

**covered** [1] - 3242:4
**COVINGTON** [1] - 3133:8
**CRAIG** [1] - 3135:4
**create** [5] - 3161:11, 3232:23, 3258:6, 3258:8, 3258:17
**critical** [1] - 3146:14
**criticism** [6] - 3222:14, 3223:12, 3230:15, 3231:7, 3232:10, 3236:16
**criticisms** [2] - 3221:21, 3223:13
**criticize** [3] - 3221:10, 3230:3, 3236:21
**criticizes** [1] - 3169:11
**critique** [4] - 3222:5, 3236:8, 3254:10, 3255:13
**Cross** [2] - 3136:7, 3136:17
**cross** [23] - 3138:1, 3138:19, 3139:23, 3139:24, 3140:15, 3140:17, 3141:7, 3142:13, 3142:24, 3143:2, 3143:4, 3143:7, 3143:11, 3143:16, 3143:19, 3143:20, 3147:11, 3155:17, 3176:10, 3190:24, 3219:23, 3248:17, 3267:10
**CROSS** [3] - 3132:20, 3137:23, 3217:19
**Cross-Examination** [2] - 3136:7, 3136:17
**cross-examination** [4] - 3138:1, 3155:17, 3219:23, 3248:17
**CROSS-EXAMINATION** [2] - 3137:23, 3217:19
**cross-examining** [1] - 3190:24
**cross-section** [5] - 3139:23, 3140:17, 3141:7, 3147:11, 3267:10
**cross-sectional** [12] - 3138:19, 3139:24, 3140:15, 3142:13, 3142:24, 3143:2, 3143:4, 3143:7, 3143:11, 3143:16, 3143:19, 3176:10

**cross-sensational** [1] - 3143:20
**CRR** [2] - 3135:19, 3273:12
**CT** [3] - 3267:3, 3267:5, 3267:6
**cumulative** [7] - 3165:24, 3177:12, 3177:14, 3177:17, 3185:10, 3185:14, 3219:15
**cure** [1] - 3138:5
**cured** [1] - 3138:4
**curing** [1] - 3138:8
**curriculum** [1] - 3190:7
**curve** [3] - 3206:11, 3213:13
**curves** [4] - 3172:16, 3203:2, 3203:12, 3237:9
**custom** [6] - 3151:13, 3151:15, 3151:18, 3151:20, 3151:21, 3152:4
**customary** [1] - 3178:13
**cut** [4] - 3137:16, 3168:1, 3168:3, 3221:18
**CV** [1] - 3248:10
**CYL** [1] - 3252:6
**cylindrical** [3] - 3251:8, 3252:7

**D**

**D** [20] - 3133:13, 3134:7, 3134:21, 3136:2, 3137:1, 3200:14, 3204:24, 3214:25, 3215:4, 3215:17, 3221:14, 3226:4, 3230:12, 3236:11, 3236:17, 3243:1, 3243:5, 3243:6, 3257:15, 3259:6
**D-21305** [1] - 3245:3
**D-21306** [1] - 3246:5
**D-21307** [1] - 3247:11
**D-21309** [1] - 3249:12
**D-21310** [1] - 3249:23
**D-21311.1** [1] - 3255:14
**D-21311.2** [1] -

3256:22
**D-21311.3** [1] - 3259:20
**D-21311.4** [1] - 3268:25
**D-21311.5** [1] - 3272:9
**D-21701** [2] - 3185:16, 3190:12
**D-21702** [1] - 3192:15
**D-21703** [1] - 3196:17
**D-21705** [1] - 3198:8
**D-21708** [2] - 3201:24, 3205:18
**D-21709** [2] - 3194:20, 3194:21
**D-21710** [2] - 3205:24, 3233:7
**D-21711** [2] - 3206:21, 3207:3
**D-21713** [1] - 3211:6
**D-21714** [1] - 3212:22
**D-22202** [2] - 3263:18, 3268:4
**D-22833** [1] - 3172:15
**D-22838** [1] - 3264:14
**D-24739** [1] - 3218:5
**D-24746** [1] - 3218:10
**D.C** [2] - 3133:17, 3134:11
**Dallas** [1] - 3133:25
**dam** [1] - 3245:19
**Darcy's** [1] - 3195:7
**dark** [1] - 3239:23
**darkness** [1] - 3267:13
**Darvish** [1] - 3160:2
**Darvish's** [1] - 3160:10
**dashed** [4] - 3203:15, 3203:17, 3204:3, 3204:11
**Data** [1] - 3222:1
**data** [184] - 3158:17, 3159:2, 3159:7, 3159:8, 3159:10, 3159:14, 3161:4, 3162:19, 3162:22, 3162:25, 3163:6, 3168:10, 3168:11, 3168:18, 3168:19, 3169:2, 3169:20, 3170:1, 3170:3, 3170:4, 3171:7,

3171:8, 3177:3, 3177:7, 3177:11, 3185:5, 3186:24, 3186:25, 3187:21, 3187:23, 3187:24, 3188:10, 3188:25, 3189:14, 3191:22, 3192:5, 3194:3, 3194:12, 3194:14, 3195:9, 3196:8, 3196:24, 3197:20, 3198:2, 3198:3, 3198:6, 3198:11, 3199:12, 3199:18, 3203:10, 3203:11, 3203:12, 3204:14, 3206:8, 3206:18, 3207:6, 3207:10, 3207:12, 3207:14, 3207:18, 3207:20, 3207:25, 3208:1, 3208:3, 3208:9, 3208:12, 3208:13, 3208:23, 3209:2, 3209:6, 3209:8, 3209:11, 3210:3, 3210:5, 3210:11, 3210:22, 3210:23, 3210:25, 3211:12, 3211:23, 3212:1, 3212:2, 3212:4, 3212:11, 3212:19, 3214:23, 3215:10, 3215:12, 3215:16, 3219:6, 3219:11, 3220:23, 3221:1, 3221:4, 3221:8, 3221:9, 3221:12, 3221:22, 3221:24, 3222:2, 3222:18, 3222:21, 3222:23, 3223:4, 3223:9, 3223:14, 3223:15, 3223:16, 3223:17, 3223:19, 3223:21, 3223:24, 3223:25, 3224:8, 3224:15, 3224:16, 3224:18, 3224:19, 3224:22, 3225:1, 3225:4, 3225:7, 3225:8, 3225:10, 3225:15, 3225:20, 3225:24, 3226:2, 3226:5, 3226:10, 3226:24, 3226:25, 3227:5, 3227:8, 3227:9, 3227:13, 3227:16, 3228:3, 3228:12, 3229:17, 3229:19, 3229:20, 3229:24,

3230:4, 3230:9, 3230:10, 3230:17, 3230:18, 3230:19, 3230:20, 3230:21, 3231:2, 3231:12, 3231:15, 3232:14, 3234:8, 3234:16, 3234:18, 3237:10, 3238:11, 3238:12, 3239:15, 3239:16, 3240:8, 3240:14, 3240:17, 3240:18, 3240:24, 3241:12, 3241:18, 3249:15, 3249:21, 3249:24, 3250:2, 3250:3, 3253:17, 3253:20, 3253:21, 3255:19, 3263:8
**date** [1] - 3178:22
**dated** [1] - 3155:11
**Daubert** [2] - 3190:22, 3248:12
**DAVID** [1] - 3135:14
**DAVIS** [1] - 3134:22
**DAVIS-DENNY** [1] - 3134:22
**DAY** [1] - 3131:11
**day** [12] - 3156:3, 3171:10, 3171:17, 3174:4, 3174:7, 3174:13, 3174:14, 3174:15, 3174:17
**days** [14] - 3153:6, 3155:1, 3155:11, 3164:25, 3169:25, 3171:5, 3171:11, 3172:11, 3173:21, 3173:25, 3252:23, 3253:6, 3254:14, 3265:11
**DC** [3] - 3132:22, 3132:25, 3133:9
**de** [12] - 3209:24, 3209:25, 3210:1, 3210:5, 3210:10, 3210:15, 3210:17, 3210:19, 3219:12, 3221:7, 3239:10, 3245:6
**de-convolution** [11] - 3209:24, 3209:25, 3210:1, 3210:5, 3210:10, 3210:15, 3210:17, 3210:19, 3219:12, 3221:7, 3239:10
**deal** [5] - 3178:19, 3180:14, 3181:23, 3181:25, 3182:3

**DEBORAH** [1] - 3134:7

**decent** [1] - 3252:8

**decided** [3] - 3201:6, 3201:23, 3256:7

**declines** [1] - 3173:24

**decrease** [1] - 3166:15

**deducting** [2] - 3139:18, 3140:6

**DEEPWATER** [3] - 3131:4, 3134:13, 3134:14

**Deepwater** [1] - 3172:8

**default** [3] - 3204:15, 3204:22, 3226:19

**DEFENDANTS** [1] - 3136:10

**definitely** [3] - 3257:16, 3260:9, 3267:1

**definition** [3] - 3255:6, 3255:7, 3258:14

**deformation** [1] - 3268:12

**deformations** [1] - 3268:2

**degree** [1] - 3245:6

**degrees** [2] - 3186:5, 3260:8

**demonstrate** [1] - 3174:5

**DEMONSTRATING** [1] - 3267:21

**demonstration** [1] - 3165:8

**Demonstrative** [2] - 3138:3, 3144:17

**demonstrative** [11] - 3172:15, 3191:15, 3193:16, 3194:21, 3202:19, 3206:1, 3209:22, 3237:6, 3266:25, 3268:4, 3268:18

**demonstratives** [3] - 3178:14, 3217:12, 3233:5

**DENNY** [1] - 3134:22

**density** [5] - 3144:19, 3145:22, 3146:3, 3146:18, 3146:20

**DEPARTMENT** [3] - 3132:16, 3132:23

**depending** [1] - 3161:7

**depends** [7] - 3161:10, 3166:12, 3172:12, 3210:22, 3212:4, 3237:11, 3237:13

**depicted** [2] - 3202:15, 3264:24

**depiction** [2] - 3212:25, 3265:10

**deposition** [24] - 3161:17, 3161:20, 3162:1, 3162:2, 3164:3, 3164:4, 3179:18, 3179:23, 3180:7, 3180:14, 3180:15, 3180:16, 3181:3, 3181:13, 3181:14, 3181:17, 3183:14, 3207:9, 3225:22, 3227:2, 3228:16, 3228:20, 3263:5, 3267:23

**depositions** [1] - 3181:4

**DEPUTY** [5] - 3184:8, 3184:11, 3243:22, 3243:25, 3272:18

**derivative** [27] - 3199:10, 3203:22, 3203:25, 3205:13, 3220:10, 3220:15, 3220:17, 3221:11, 3226:10, 3226:11, 3226:14, 3226:22, 3227:3, 3227:20, 3227:24, 3235:10, 3235:13, 3235:15, 3238:9, 3238:11, 3238:14, 3238:15, 3239:7, 3240:15, 3240:17, 3241:12, 3241:20

**Derivative** [1] - 3203:15

**derivatives** [9] - 3199:14, 3203:18, 3220:6, 3224:8, 3227:10, 3235:15, 3240:15, 3241:19

**derive** [2] - 3198:21, 3221:10

**derived** [1] - 3185:5

**derives** [2] - 3220:11, 3220:13

**deriving** [1] - 3202:14

**describe** [4] - 3174:15, 3196:21, 3206:16, 3268:20

**described** [6] - 3140:16, 3202:11, 3202:12, 3205:17, 3206:4, 3211:3

**describes** [4] - 3149:6, 3202:10, 3226:3, 3226:24

**description** [1] - 3209:23

**design** [3] - 3187:25, 3225:11, 3261:7

**designated** [3] - 3179:18, 3181:2, 3181:16

**designations** [1] - 3181:6

**designed** [2] - 3148:18, 3237:5

**detached** [3] - 3165:14, 3165:16, 3165:20

**detail** [5] - 3199:18, 3201:7, 3214:9, 3214:10, 3270:21

**detailed** [4] - 3151:18, 3151:21, 3152:7, 3193:12

**determination** [3] - 3149:3, 3206:7, 3237:8

**determine** [11] - 3185:6, 3186:1, 3189:15, 3192:4, 3192:6, 3209:7, 3226:9, 3229:12, 3260:15, 3262:11, 3264:6

**determined** [6] - 3199:15, 3208:25, 3209:10, 3221:3, 3221:4, 3232:21

**determines** [1] - 3221:3

**determining** [3] - 3198:23, 3241:21, 3241:24

**detour** [1] - 3191:12

**develop** [5] - 3186:19, 3191:17, 3192:10, 3246:22, 3246:24

**developed** [2] - 3153:9, 3153:20

**developing** [5] - 3148:11, 3156:7, 3156:16, 3192:9, 3246:18

**development** [1] - 3186:17

**Dexter** [1] - 3132:14

**diagnostic** [4] - 3198:12, 3198:13, 3220:5, 3235:11

**diagnostics** [1] - 3220:12

**diagonal** [1] - 3213:13

**diagram** [2] - 3257:20, 3265:15

**diameter** [36] - 3138:18, 3138:22, 3138:24, 3139:10, 3139:11, 3139:12, 3139:19, 3139:22, 3140:6, 3140:9, 3140:14, 3141:12, 3142:5, 3142:7, 3142:8, 3143:2, 3145:2, 3145:10, 3145:12, 3145:14, 3147:16, 3151:1, 3176:1, 3176:7, 3176:11, 3176:13, 3176:18, 3257:5, 3257:9, 3257:10, 3258:24, 3259:12, 3259:18, 3260:5, 3264:21

**diameters** [2] - 3139:17, 3140:3

**Diamond** [1] - 3135:1

**dictated** [2] - 3146:18, 3146:20

**dictates** [2] - 3141:22, 3144:14

**did** [109] - 3147:22, 3148:13, 3149:22, 3150:2, 3150:4, 3150:25, 3151:3, 3151:18, 3152:3, 3152:5, 3153:14, 3156:16, 3158:11, 3158:14, 3160:6, 3160:8, 3160:15, 3162:22, 3164:20, 3165:2, 3165:3, 3165:9, 3165:17, 3165:18, 3165:23, 3169:17, 3170:9, 3172:7, 3182:4, 3185:21, 3187:6, 3187:15, 3187:18, 3188:6, 3188:10, 3189:11, 3190:17, 3191:17, 3191:20, 3192:7, 3192:9, 3197:10, 3198:8, 3198:25, 3199:16, 3200:20, 3200:23,

3201:7, 3201:24, 3204:6, 3205:12, 3207:4, 3207:9, 3207:12, 3207:18, 3208:21, 3208:25, 3209:7, 3209:12, 3209:15, 3209:18, 3209:23, 3210:5, 3210:12, 3214:5, 3214:12, 3214:15, 3215:9, 3219:3, 3222:23, 3223:12, 3223:14, 3223:16, 3225:18, 3225:22, 3226:2, 3226:7, 3227:1, 3227:12, 3227:15, 3227:18, 3228:21, 3229:7, 3229:23, 3230:25, 3231:12, 3232:19, 3232:20, 3232:22, 3235:18, 3235:25, 3236:2, 3236:11, 3238:25, 3239:10, 3246:25, 3249:3, 3251:12, 3251:14, 3252:2, 3252:18, 3259:2, 3266:24

**didn't** [33] - 3144:2, 3147:21, 3148:22, 3149:25, 3150:24, 3153:20, 3156:6, 3156:19, 3162:16, 3165:15, 3168:19, 3168:24, 3170:4, 3170:12, 3177:16, 3179:6, 3209:23, 3210:13, 3219:5, 3221:18, 3223:24, 3225:19, 3227:3, 3227:9, 3230:16, 3230:24, 3231:8, 3231:17, 3235:24, 3239:4, 3256:2, 3259:8

**difference** [18] - 3139:11, 3139:17, 3140:3, 3140:8, 3161:16, 3171:18, 3194:9, 3195:3, 3195:12, 3213:25, 3225:13, 3232:15, 3233:18, 3253:14, 3264:6, 3265:16, 3267:25, 3271:21

**differences** [8] - 3146:14, 3163:3, 3196:18, 3226:2, 3255:24, 3255:25, 3263:14

**different** [57] -

3139:4, 3141:13,
3144:4, 3145:16,
3146:5, 3146:23,
3165:5, 3165:6,
3165:24, 3168:15,
3168:16, 3169:7,
3169:22, 3171:15,
3188:22, 3194:4,
3194:5, 3194:7,
3194:22, 3197:10,
3199:7, 3201:3,
3203:1, 3207:20,
3212:2, 3218:4,
3224:9, 3224:10,
3224:11, 3225:17,
3226:4, 3226:5,
3226:16, 3226:17,
3231:10, 3240:9,
3241:15, 3246:21,
3247:6, 3259:25,
3260:6, 3260:18,
3264:20, 3265:4,
3265:12, 3265:20,
3265:21, 3266:17,
3267:7, 3267:8,
3267:9, 3267:12,
3269:19, 3269:21

**differently** [2] -
3258:6, 3269:19
**differing** [1] - 3200:7
**difficult** [4] - 3161:6,
3189:4, 3195:19,
3237:4
**dimension** [4] -
3195:6, 3199:5,
3233:24, 3257:7
**dimensional** [1] -
3147:18
**dimensions** [3] -
3196:11, 3256:24,
3257:2
**DIRE** [2] - 3184:21,
3244:6
**Dire** [2] - 3136:15,
3136:20
**direct** [21] - 3151:5,
3153:8, 3154:2,
3158:18, 3165:4,
3193:20, 3194:11,
3208:1, 3208:2,
3210:19, 3211:9,
3219:17, 3219:23,
3222:20, 3231:23,
3233:17, 3236:22,
3242:7, 3263:2,
3272:13
**Direct** [2] - 3136:16,
3136:21
**DIRECT** [2] - 3191:2,
3249:1

**direction** [10] -
3215:13, 3252:15,
3259:21, 3260:1,
3260:8, 3263:20,
3263:25, 3264:1,
3265:3, 3267:19
**directions** [1] -
3265:21
**directly** [5] -
3199:17, 3201:9,
3206:9, 3236:22,
3259:5
**disagreement** [1] -
3253:13
**discharges** [1] -
3159:1
**disciplines** [1] -
3248:6
**disclosed** [2] -
3202:19, 3263:3
**discount** [1] -
3267:16
**discuss** [5] - 3245:3,
3247:11, 3254:18,
3256:22, 3261:18
**discussed** [3] -
3161:20, 3161:21,
3216:6
**discusses** [1] -
3206:10
**discussing** [5] -
3150:5, 3165:6,
3165:7, 3175:14,
3261:21
**discussion** [12] -
3153:12, 3153:14,
3156:11, 3161:23,
3161:25, 3189:16,
3193:12, 3213:1,
3231:23, 3236:3,
3250:8, 3263:8
**discussions** [3] -
3262:4, 3262:10,
3262:16
**disk** [1] - 3181:2
**dispel** [1] - 3175:18
**displacement** [4] -
3254:24, 3255:3,
3268:14, 3268:22
**display** [1] - 3268:3
**dispute** [1] - 3202:7
**disputed** [1] - 3183:6
**disputing** [1] -
3152:25
**distance** [1] -
3234:12
**distinction** [1] -
3202:11
**distinguished** [1] -
3190:15

**distress** [1] -
3250:15
**distribution** [1] -
3149:7
**District** [2] - 3273:5
**DISTRICT** [3] -
3131:1, 3131:1,
3131:13
**divided** [4] -
3139:15, 3139:24,
3187:19, 3218:25
**DIVISION** [1] -
3132:24
**DLIS** [2] - 3223:5,
3223:9
**Docket** [3] - 3131:3,
3131:7, 3131:9
**Doctor** [1] - 3260:21
**document** [9] -
3148:5, 3156:6,
3156:8, 3175:5,
3190:3, 3242:5,
3242:9, 3250:12
**documents** [4] -
3155:14, 3156:18,
3175:4, 3219:22
**does** [30] - 3140:11,
3142:1, 3149:18,
3175:9, 3176:14,
3176:16, 3177:9,
3177:10, 3181:15,
3182:11, 3190:3,
3190:5, 3190:9,
3192:15, 3195:16,
3200:16, 3202:17,
3202:25, 3203:21,
3205:17, 3208:23,
3212:9, 3213:5,
3214:2, 3254:21,
3255:15, 3260:1,
3260:13, 3268:22,
3270:18
**doesn't** [17] -
3154:11, 3159:18,
3169:21, 3171:8,
3192:1, 3199:14,
3207:22, 3220:11,
3227:12, 3227:15,
3238:20, 3239:11,
3239:14, 3239:25,
3267:25, 3270:2
**doing** [19] - 3139:20,
3143:5, 3146:12,
3147:8, 3147:13,
3147:20, 3150:23,
3152:15, 3157:17,
3158:8, 3159:17,
3166:1, 3202:14,
3206:9, 3207:22,
3225:12, 3238:22,

3249:7, 3269:16
**DOMENGEAUX** [1] -
3131:18
**dominating** [2] -
3199:1, 3199:15
**DON** [1] - 3133:5
**don't** [61] - 3137:8,
3138:5, 3146:22,
3147:7, 3147:23,
3152:17, 3152:18,
3155:9, 3155:14,
3156:8, 3156:17,
3157:3, 3157:16,
3157:17, 3158:7,
3159:15, 3160:15,
3160:24, 3162:9,
3162:14, 3163:22,
3164:11, 3168:12,
3168:20, 3169:1,
3169:3, 3171:15,
3172:11, 3182:24,
3202:7, 3210:9,
3210:11, 3211:4,
3213:9, 3216:19,
3218:6, 3222:3,
3223:8, 3224:17,
3227:2, 3229:8,
3231:14, 3232:10,
3233:6, 3234:11,
3236:24, 3253:14,
3255:2, 3258:20,
3258:21, 3258:22,
3260:3, 3260:4,
3261:5, 3263:22,
3267:8, 3268:15,
3270:1
**DONALD** [1] -
3133:22
**done** [30] - 3138:16,
3141:15, 3146:11,
3147:25, 3151:20,
3151:21, 3156:13,
3159:23, 3159:24,
3164:16, 3169:14,
3170:2, 3173:8,
3177:20, 3177:24,
3188:19, 3188:21,
3189:9, 3208:8,
3213:7, 3237:3,
3243:2, 3247:3,
3251:23, 3255:22,
3269:8, 3269:9,
3269:10, 3269:17,
3271:5
**dots** [4] - 3203:13,
3238:11, 3241:12
**doubt** [1] - 3171:12
**DOUGLAS** [1] -
3132:10
**Dowell** [1] - 3245:20

**down** [28] - 3155:23,
3156:2, 3157:19,
3157:23, 3158:6,
3160:1, 3163:25,
3166:7, 3168:22,
3173:11, 3173:12,
3193:16, 3193:23,
3197:3, 3204:20,
3205:9, 3209:22,
3214:10, 3215:17,
3219:3, 3222:7,
3233:11, 3234:23,
3237:12, 3239:22,
3254:9
**downturn** [1] -
3199:3
**downward** [1] -
3199:12
**DOYEN** [1] - 3134:21
**Dr** [220] - 3137:25,
3138:11, 3144:17,
3145:24, 3146:15,
3148:6, 3149:4,
3150:10, 3150:11,
3150:19, 3151:3,
3152:24, 3153:12,
3153:14, 3154:11,
3154:15, 3154:16,
3154:17, 3154:20,
3154:21, 3155:24,
3156:10, 3157:6,
3158:4, 3158:11,
3158:14, 3160:2,
3160:10, 3162:2,
3163:24, 3164:3,
3164:4, 3164:15,
3164:18, 3166:19,
3168:1, 3169:2,
3169:4, 3169:12,
3170:3, 3170:5,
3170:13, 3170:19,
3170:21, 3172:15,
3173:2, 3173:6,
3173:7, 3173:9,
3173:14, 3173:16,
3174:10, 3174:19,
3174:25, 3175:1,
3175:3, 3175:5,
3177:3, 3177:6,
3177:9, 3177:18,
3178:3, 3178:4,
3183:7, 3184:6,
3184:7, 3184:16,
3184:23, 3185:5,
3185:8, 3185:11,
3185:12, 3185:13,
3185:17, 3186:5,
3187:13, 3189:25,
3190:6, 3190:12,
3190:21, 3190:22,

3191:4, 3191:8,
3191:23, 3192:4,
3192:15, 3192:16,
3192:22, 3193:4,
3193:13, 3193:17,
3193:20, 3194:1,
3194:10, 3194:13,
3194:20, 3194:25,
3195:16, 3195:22,
3196:1, 3196:3,
3196:5, 3196:14,
3196:18, 3197:10,
3197:23, 3201:1,
3201:7, 3202:12,
3203:9, 3205:6,
3206:16, 3207:3,
3209:24, 3210:12,
3210:19, 3211:5,
3211:6, 3211:7,
3211:9, 3211:14,
3213:5, 3213:15,
3213:20, 3214:5,
3214:9, 3216:10,
3217:21, 3218:10,
3218:23, 3218:25,
3219:10, 3219:18,
3219:25, 3221:10,
3221:21, 3221:23,
3222:6, 3222:10,
3222:14, 3223:13,
3225:6, 3225:18,
3226:3, 3226:7,
3226:22, 3227:3,
3227:12, 3227:15,
3227:19, 3228:1,
3229:13, 3230:3,
3230:15, 3230:20,
3230:23, 3231:1,
3231:7, 3231:8,
3232:8, 3232:11,
3232:16, 3232:22,
3233:8, 3233:13,
3233:20, 3236:9,
3236:16, 3236:25,
3237:17, 3237:19,
3238:6, 3238:25,
3239:6, 3239:18,
3241:5, 3241:6,
3243:21, 3244:8,
3244:24, 3245:4,
3246:5, 3246:17,
3247:12, 3247:22,
3248:8, 3248:10,
3248:13, 3248:16,
3248:24, 3249:3,
3249:6, 3249:12,
3249:13, 3249:23,
3250:17, 3253:1,
3254:16, 3255:15,
3259:11, 3259:22,
3261:10, 3262:15,

3262:19, 3263:5,
3264:16, 3265:10,
3265:11, 3266:9,
3266:17, 3267:4,
3268:25, 3270:25,
3271:12, 3272:9
**drag** [1] - 3143:24
**DRAKE** [1] - 3135:8
**draw** [4] - 3173:3,
3197:3, 3220:24,
3231:10
**drawn** [2] - 3214:20,
3237:9
**drew** [2] - 3163:18,
3163:25
**drill** [53] - 3138:12,
3138:18, 3138:19,
3139:1, 3139:6,
3139:12, 3139:19,
3140:4, 3140:6,
3140:9, 3140:12,
3140:24, 3141:8,
3141:10, 3141:19,
3141:25, 3142:6,
3142:22, 3143:12,
3143:16, 3143:18,
3144:3, 3144:11,
3144:12, 3145:7,
3148:1, 3149:7,
3149:15, 3149:17,
3149:19, 3149:24,
3159:10, 3163:2,
3163:3, 3165:13,
3165:16, 3165:18,
3165:19, 3166:20,
3166:22, 3166:23,
3167:22, 3171:2,
3171:24, 3176:3,
3176:4, 3176:20,
3176:21, 3242:6,
3242:12
**DRILLING** [1] -
3134:14
**drive** [6] - 3171:1,
3171:17, 3171:23,
3172:3, 3179:22,
3192:24
**drop** [11] - 3141:20,
3143:25, 3144:1,
3144:10, 3144:12,
3145:6, 3147:2,
3161:12, 3167:20,
3176:20
**drop/flow** [7] -
3143:6, 3144:9,
3145:1, 3145:15,
3146:7, 3146:9,
3176:16
**dropped** [1] -
3165:20

**dry** [2] - 3245:12,
3269:11
**DST** [2] - 3187:2,
3189:11
**DSTs** [1] - 3186:24
**due** [10] - 3159:20,
3197:20, 3199:7,
3250:24, 3257:14,
3258:4, 3258:5,
3264:9, 3267:1
**Dupree** [1] - 3167:12
**during** [16] -
3149:22, 3149:25,
3156:18, 3157:18,
3158:14, 3167:2,
3181:14, 3187:17,
3189:5, 3191:13,
3191:15, 3194:14,
3198:18, 3205:20,
3229:14, 3246:17
**dynamic** [1] - 3237:4
**dynamics** [1] -
3147:21

# E

**e** [14] - 3155:6,
3156:9, 3156:16,
3156:17, 3158:12,
3167:9, 3168:12,
3168:13, 3168:20,
3175:24, 3252:21,
3253:2, 3253:3
**E** [23] - 3132:4,
3133:12, 3133:22,
3134:2, 3134:10,
3135:8, 3136:2,
3137:1, 3184:14,
3194:2, 3211:11,
3214:25, 3215:23,
3241:3, 3242:23,
3243:2, 3243:3,
3243:5, 3243:6,
3244:3
**E&P** [1] - 3134:6
**e-mail** [12] - 3155:6,
3156:9, 3156:16,
3156:17, 3158:12,
3167:9, 3168:12,
3168:13, 3168:20,
3175:24, 3253:2
**e-mails** [2] -
3252:21, 3253:3
**each** [9] - 3140:21,
3149:16, 3174:3,
3181:13, 3193:1,
3207:17, 3219:1,
3246:21, 3258:19
**earlier** [3] - 3162:4,
3181:5, 3216:6

**ease** [1] - 3200:20
**easier** [2] - 3194:3,
3195:6
**easily** [1] - 3195:14
**East** [1] - 3135:1
**EASTERN** [1] -
3131:1
**Eastern** [4] - 3273:5
**easy** [4] - 3200:3,
3220:25, 3234:2,
3242:2
**eating** [1] - 3268:16
**Ed** [1] - 3217:7
**educational** [3] -
3185:17, 3245:3,
3245:5
**EDWARDS** [2] -
3131:18, 3135:4
**effect** [22] - 3165:5,
3165:6, 3165:8,
3165:16, 3170:5,
3206:10, 3208:8,
3225:19, 3255:18,
3258:16, 3258:17,
3259:8, 3259:11,
3259:14, 3261:6,
3267:16, 3268:19,
3270:1, 3270:2,
3270:14, 3270:16
**effective** [1] - 3196:6
**effectively** [3] -
3140:6, 3161:14,
3164:23
**effects** [9] - 3165:1,
3258:17, 3258:24,
3259:3, 3259:4,
3269:23, 3270:3,
3270:5, 3270:13
**efficient** [1] - 3218:2
**efforts** [1] - 3204:11
**eight** [1] - 3142:10
**EISERT** [1] - 3133:16
**either** [6] - 3144:23,
3212:25, 3228:24,
3232:2, 3247:15,
3250:24
**elaborate** [2] -
3271:9, 3271:15
**elaborating** [1] -
3271:6
**element** [1] - 3268:2
**elements** [1] -
3166:3
**elicited** [1] - 3183:6
**ELLIS** [3] - 3133:10,
3133:15, 3133:18
**Elm** [1] - 3133:25
**else** [9] - 3166:9,
3166:10, 3166:16,
3166:17, 3168:13,

3171:13, 3182:25,
3183:3, 3272:7
**elsewhere** [1] -
3171:19
**emeritus** [1] - 3246:2
**Emilsen** [6] - 3148:9,
3148:15, 3148:21,
3149:1, 3163:5,
3173:9
**Emilsen's** [6] -
3148:8, 3154:2,
3154:6, 3154:11,
3157:15, 3162:24
**eminent** [1] - 3248:3
**empirically** [2] -
3147:10, 3176:15
**employees** [1] -
3158:14
**employment** [1] -
3245:10
**encouraging** [1] -
3177:22
**end** [21] - 3137:13,
3156:25, 3157:6,
3157:9, 3169:7,
3194:12, 3198:2,
3198:4, 3198:19,
3201:4, 3203:18,
3212:8, 3225:16,
3229:20, 3234:3,
3242:8, 3252:13,
3258:16, 3258:17,
3268:23
**ended** [1] - 3223:18
**ending** [1] - 3169:9
**Energy** [1] - 3134:16
**ENERGY** [1] -
3133:21
**energy** [3] - 3245:14,
3245:15, 3270:6
**ENFORCEMENT** [1]
- 3132:17
**ENGEL** [1] - 3132:20
**engineer** [2] -
3186:15, 3186:16
**Engineering** [3] -
3186:10, 3186:14,
3187:4
**engineering** [5] -
3186:13, 3245:6,
3245:18, 3246:2,
3246:4
**enormous** [3] -
3165:21, 3246:14,
3259:9
**enough** [3] - 3171:8,
3221:22, 3223:24
**enter** [1] - 3204:12
**entire** [5] - 3142:21,
3175:9, 3183:14,

3198:4, 3261:23
**entirety** [1] - 3191:4
**entitled** [1] - 3273:8
**entry** [6] - 3195:1, 3195:13, 3196:3, 3232:3, 3232:5, 3232:8
**ENVIRONMENTAL** [1] - 3132:17
**equal** [7] - 3144:19, 3166:9, 3166:10, 3166:16, 3166:17, 3195:8, 3255:7
**equals** [1] - 3156:2
**equation** [5] - 3139:15, 3141:4, 3141:6, 3145:19, 3203:24
**equipment** [3] - 3246:21, 3246:23
**eroded** [3] - 3166:20, 3166:22, 3167:1
**erosion** [4] - 3164:15, 3166:6, 3166:9, 3166:12
**error** [2] - 3224:22, 3270:19
**especially** [5] - 3188:14, 3204:24, 3230:6, 3244:25, 3270:10
**ESQ** [56] - 3131:16, 3131:18, 3131:22, 3131:24, 3132:1, 3132:4, 3132:6, 3132:9, 3132:10, 3132:13, 3132:13, 3132:17, 3132:18, 3132:18, 3132:19, 3132:19, 3132:20, 3132:20, 3132:21, 3132:21, 3132:24, 3133:5, 3133:8, 3133:11, 3133:11, 3133:12, 3133:12, 3133:13, 3133:15, 3133:16, 3133:16, 3133:19, 3133:22, 3133:22, 3133:23, 3133:23, 3133:24, 3134:2, 3134:2, 3134:7, 3134:10, 3134:10, 3134:15, 3134:18, 3134:21, 3134:21, 3134:22, 3134:22, 3134:23, 3135:1, 3135:4, 3135:4, 3135:8, 3135:11, 3135:14, 3135:17

**essence** [2] - 3140:18, 3207:25
**essentially** [15] - 3161:5, 3161:18, 3162:4, 3162:10, 3219:18, 3245:18, 3247:9, 3249:7, 3249:14, 3255:6, 3258:8, 3258:18, 3260:5, 3263:23, 3266:23
**Essentially** [1] - 3162:5
**establish** [2] - 3215:11, 3256:17
**estimate** [44] - 3154:17, 3157:20, 3177:12, 3177:14, 3177:17, 3185:4, 3185:9, 3192:5, 3192:10, 3193:19, 3193:25, 3194:10, 3197:17, 3198:21, 3202:18, 3203:19, 3204:2, 3204:5, 3208:16, 3208:21, 3208:24, 3209:1, 3209:11, 3209:20, 3210:14, 3211:5, 3211:6, 3212:15, 3214:6, 3214:17, 3214:18, 3214:21, 3216:10, 3216:13, 3218:22, 3220:3, 3220:6, 3220:22, 3233:22, 3237:8, 3249:25, 3272:13
**estimates** [6] - 3185:12, 3193:18, 3215:8, 3219:1, 3230:11, 3249:16
**estimating** [2] - 3261:12, 3261:23
**Estimation** [1] - 3149:2
**ET** [2] - 3131:8, 3131:10
**Europe** [1] - 3248:6
**Evaluation** [2] - 3190:16, 3190:18
**even** [10] - 3199:18, 3200:11, 3227:6, 3227:17, 3240:24, 3240:25, 3251:7, 3257:7, 3259:7, 3267:9
**evening** [3] - 3182:24, 3262:4
**event** [2] - 3225:22, 3226:6

**events** [1] - 3149:3
**ever** [5] - 3152:10, 3158:11, 3158:14, 3247:5, 3258:23
**every** [6] - 3204:24, 3207:21, 3222:16, 3223:2, 3225:13, 3227:1
**everybody** [3] - 3182:23, 3269:4, 3270:13
**everyone** [3] - 3137:6, 3169:6, 3217:1
**everything** [7] - 3164:24, 3188:17, 3197:22, 3198:12, 3201:1, 3214:24, 3255:11
**everywhere** [1] - 3171:13
**evidence** [20] - 3155:1, 3155:16, 3160:13, 3166:19, 3166:25, 3168:22, 3171:8, 3173:5, 3179:17, 3180:3, 3181:13, 3181:14, 3182:22, 3183:12, 3191:8, 3228:21, 3236:24, 3248:10, 3266:24, 3267:15
**evident** [1] - 3163:22
**exact** [1] - 3160:18
**exactly** [10] - 3153:25, 3158:7, 3204:19, 3213:9, 3214:14, 3227:7, 3251:7, 3266:1, 3271:7, 3271:8
**examination** [7] - 3138:1, 3155:17, 3206:25, 3219:23, 3231:23, 3242:7, 3248:17
**EXAMINATION** [7] - 3137:23, 3174:23, 3184:21, 3191:2, 3217:19, 3244:6, 3249:1
**Examination** [7] - 3136:7, 3136:8, 3136:15, 3136:16, 3136:17, 3136:20, 3136:21
**examining** [1] - 3190:24
**example** [11] - 3165:13, 3172:25, 3173:2, 3173:17,

3183:14, 3221:7, 3221:25, 3233:7, 3270:13, 3271:19, 3271:21
**examples** [1] - 3153:24
**excerpt** [1] - 3211:6
**excluding** [1] - 3139:18
**excuse** [1] - 3261:19
**exercise** [1] - 3165:23
**exhibit** [1] - 3271:4
**exhibits** [12] - 3178:3, 3178:5, 3178:13, 3178:17, 3179:12, 3180:8, 3181:2, 3181:4, 3181:7, 3181:17, 3206:24, 3217:11
**exhibits'** [1] - 3179:12
**exist** [1] - 3153:24
**existed** [1] - 3158:19
**existing** [1] - 3188:19
**exists** [3] - 3142:14, 3144:5, 3145:16
**expand** [3] - 3254:22, 3258:2, 3258:6
**expansion** [1] - 3258:3
**expect** [5] - 3198:4, 3199:11, 3199:13, 3205:2, 3257:4
**expected** [3] - 3156:21, 3157:2, 3200:17
**expensive** [1] - 3269:24
**experience** [12] - 3185:18, 3186:8, 3189:16, 3189:17, 3210:24, 3245:1, 3245:4, 3247:4, 3256:6, 3262:22, 3263:1, 3263:6
**experimental** [1] - 3244:25
**expert** [22] - 3153:9, 3158:15, 3160:2, 3169:7, 3169:11, 3183:13, 3183:14, 3183:22, 3184:25, 3185:11, 3190:1, 3190:21, 3191:8, 3217:7, 3217:8, 3244:8, 3248:8, 3248:9, 3248:17,

3248:21, 3262:7, 3271:13
**expertise** [3] - 3185:21, 3244:24, 3247:17
**experts** [1] - 3162:21
**experts'** [1] - 3183:10
**explain** [9] - 3168:5, 3175:23, 3176:7, 3200:1, 3201:16, 3215:5, 3257:22, 3270:22, 3271:15
**explained** [1] - 3259:16
**explaining** [1] - 3263:14
**explanation** [1] - 3254:17
**exploded** [1] - 3155:11
**EXPLORATION** [2] - 3131:10, 3133:3
**explored** [1] - 3263:5
**explosion** [18] - 3149:3, 3159:11, 3159:12, 3159:13, 3159:16, 3159:23, 3170:25, 3171:1, 3171:16, 3172:9, 3172:23, 3172:24, 3173:20, 3185:6, 3189:7, 3192:6
**exposed** [1] - 3156:21, 3158:2
**expressed** [1] - 3182:24
**extent** [1] - 3199:13
**extreme** [2] - 3160:11, 3160:17
**ExxonMobil** [1] - 3262:15

## F

**F** [1] - 3242:24
**fact** [10] - 3152:9, 3168:14, 3177:9, 3191:17, 3193:8, 3226:19, 3240:17, 3240:24, 3257:14, 3258:5
**factor** [2] - 3144:7, 3230:14
**factors** [1] - 3166:13
**fair** [1] - 3220:1
**fairly** [2] - 3198:6, 3225:2
**fairness** [2] -

3183:15, 3183:19
**fall** [1] - 3208:13
**familiar** [2] - 3189:5, 3210:1
**Fannin** [1] - 3134:19
**far** [9] - 3140:15, 3171:5, 3177:15, 3216:1, 3228:9, 3231:10, 3237:13, 3261:4, 3266:17
**faster** [1] - 3166:9
**feature** [3] - 3159:23, 3205:1, 3224:9
**FEESA** [1] - 3152:19
**feet** [1] - 3260:17
**fell** [9] - 3165:14, 3165:16, 3166:25, 3171:1, 3171:17, 3171:23, 3172:4, 3172:7, 3172:23
**Fellow** [1] - 3248:1
**few** [7] - 3178:14, 3188:22, 3189:11, 3218:1, 3222:7, 3252:23, 3261:13
**field** [8] - 3187:21, 3187:23, 3187:24, 3188:10, 3248:21, 3254:25, 3260:1, 3271:25
**FIELDS** [10] - 3133:12, 3248:15, 3261:19, 3262:6, 3262:8, 3262:24, 3265:5, 3270:23, 3271:7, 3272:4
**fields** [1] - 3248:14
**Fields** [1] - 3248:15
**Fifteenth** [1] - 3133:17
**fifth** [1] - 3250:22
**figure** [1] - 3231:11
**Figure** [2] - 3237:22, 3241:10
**file** [8] - 3183:2, 3207:15, 3222:23, 3222:25, 3223:4, 3223:5, 3223:9
**filed** [5] - 3181:21, 3182:25, 3183:3, 3190:22, 3248:12
**filled** [4] - 3161:23, 3161:25, 3162:14, 3162:16
**filtering** [1] - 3222:11
**final** [6] - 3178:20, 3179:13, 3202:18, 3212:15, 3217:10, 3256:10
**finalized** [1] -

3256:11
**finally** [1] - 3177:1
**find** [6] - 3139:16, 3145:5, 3147:9, 3165:19, 3196:25, 3270:15
**findings** [1] - 3261:18
**fine** [4] - 3180:22, 3180:24, 3240:15, 3248:25
**finish** [2] - 3177:22, 3214:12
**finished** [2] - 3187:25, 3256:11
**FIRM** [2] - 3132:1, 3135:14
**first** [30] - 3148:25, 3153:5, 3155:1, 3155:12, 3155:24, 3168:6, 3169:3, 3174:7, 3174:15, 3176:2, 3178:2, 3184:6, 3190:7, 3193:20, 3196:23, 3197:22, 3201:1, 3203:9, 3203:11, 3204:2, 3207:20, 3216:20, 3223:21, 3225:19, 3239:8, 3245:23, 3255:20, 3256:10, 3256:22, 3271:19
**fit** [3] - 3234:15, 3234:18, 3238:18
**FITCH** [1] - 3134:10
**fits** [2] - 3233:16, 3234:14
**fitting** [1] - 3234:8
**five** [4] - 3157:12, 3267:24, 3269:22
**fix** [1] - 3247:20
**FL** [4] - 3131:23, 3132:7, 3135:9, 3135:12
**flat** [1] - 3163:19
**flattens** [3] - 3220:18, 3238:15, 3238:18
**flawed** [1] - 3250:6
**FLEMING** [1] - 3133:22
**Floor** [2] - 3134:16, 3134:23
**FLORIDA** [2] - 3135:7, 3135:11
**flow** [117] - 3140:12, 3140:16, 3141:18, 3141:19, 3141:20, 3141:21, 3141:22,

3141:24, 3142:19, 3143:6, 3143:8, 3144:3, 3144:15, 3144:18, 3144:24, 3145:8, 3145:18, 3145:19, 3146:5, 3146:6, 3146:10, 3146:11, 3146:13, 3146:14, 3146:18, 3146:22, 3146:24, 3146:25, 3147:14, 3148:1, 3149:7, 3149:8, 3149:14, 3149:16, 3149:19, 3149:23, 3150:7, 3150:12, 3150:13, 3150:15, 3150:16, 3151:10, 3151:13, 3152:10, 3154:21, 3157:20, 3158:3, 3160:12, 3161:12, 3161:13, 3162:11, 3164:17, 3164:25, 3165:1, 3165:17, 3166:4, 3167:7, 3167:19, 3167:22, 3170:19, 3173:6, 3174:7, 3174:9, 3174:11, 3174:12, 3174:15, 3175:14, 3175:16, 3176:3, 3176:24, 3189:14, 3192:24, 3194:14, 3194:15, 3194:24, 3195:1, 3195:2, 3195:5, 3195:11, 3195:12, 3195:13, 3195:23, 3195:24, 3196:3, 3196:7, 3196:10, 3197:2, 3198:4, 3198:20, 3198:21, 3200:11, 3203:18, 3203:20, 3206:25, 3209:2, 3213:24, 3219:13, 3220:18, 3221:17, 3232:3, 3232:5, 3232:8, 3232:13, 3234:2, 3238:16, 3239:21, 3240:3, 3240:7, 3240:9, 3240:12, 3241:15
**flowing** [6] - 3144:19, 3149:2, 3168:22, 3195:15, 3201:2, 3238:5
**Flowood** [1] - 3135:15
**fluid** [6] - 3140:1, 3146:19, 3146:21, 3147:21, 3245:22,

3271:2
**fluids** [2] - 3143:24, 3231:25
**FLYNN** [1] - 3132:24
**focus** [7] - 3194:11, 3199:18, 3207:8, 3211:17, 3212:15, 3247:2, 3269:14
**focusing** [1] - 3196:8
**folks** [1] - 3147:17
**follow** [1] - 3208:23
**followed** [6] - 3214:14, 3224:5, 3249:10, 3255:12, 3255:14, 3255:21
**following** [2] - 3156:11, 3178:12
**FOLLOWS** [2] - 3184:10, 3243:24
**for** [249] - 3137:25, 3138:7, 3138:19, 3139:22, 3140:2, 3141:24, 3142:5, 3142:9, 3142:17, 3142:24, 3143:2, 3145:1, 3145:13, 3145:25, 3146:5, 3147:15, 3147:23, 3148:5, 3148:18, 3148:22, 3149:2, 3149:7, 3150:9, 3151:1, 3151:3, 3151:10, 3151:25, 3152:4, 3152:14, 3153:1, 3153:2, 3154:4, 3154:17, 3154:23, 3155:7, 3157:18, 3158:17, 3158:22, 3159:17, 3159:21, 3161:12, 3162:5, 3164:15, 3164:22, 3164:24, 3165:7, 3165:9, 3165:23, 3165:24, 3166:1, 3166:14, 3167:2, 3169:15, 3169:16, 3169:18, 3170:19, 3172:17, 3173:19, 3173:21, 3173:23, 3174:1, 3175:19, 3176:11, 3176:12, 3176:16, 3177:23, 3178:7, 3178:22, 3179:8, 3179:18, 3180:20, 3181:12, 3181:18, 3182:5, 3183:9, 3183:14, 3184:12, 3184:18, 3184:25, 3186:12, 3186:17,

3186:20, 3186:22, 3187:2, 3187:15, 3187:17, 3187:20, 3188:6, 3188:8, 3188:11, 3188:18, 3189:13, 3190:4, 3190:17, 3190:19, 3192:25, 3193:15, 3193:18, 3193:19, 3194:1, 3194:2, 3194:9, 3194:10, 3194:12, 3195:10, 3195:15, 3196:20, 3196:21, 3197:12, 3197:15, 3198:3, 3198:9, 3198:17, 3198:18, 3198:23, 3198:25, 3199:10, 3200:14, 3200:20, 3201:8, 3202:3, 3203:3, 3204:15, 3204:18, 3204:23, 3204:24, 3205:2, 3205:4, 3205:14, 3205:20, 3206:2, 3207:8, 3207:16, 3207:23, 3208:19, 3209:2, 3209:3, 3209:9, 3209:11, 3209:18, 3209:25, 3210:5, 3210:12, 3210:23, 3210:25, 3211:1, 3211:11, 3212:15, 3212:24, 3213:11, 3214:4, 3214:7, 3214:11, 3214:13, 3214:17, 3214:21, 3214:23, 3215:4, 3215:8, 3215:17, 3215:20, 3215:23, 3217:2, 3217:25, 3219:1, 3219:18, 3220:3, 3220:17, 3221:7, 3221:10, 3221:14, 3221:25, 3222:7, 3223:19, 3226:4, 3228:9, 3228:12, 3230:3, 3230:12, 3231:16, 3233:7, 3235:24, 3236:11, 3236:17, 3236:21, 3237:5, 3237:23, 3238:14, 3239:15, 3239:16, 3240:14, 3241:21, 3241:23, 3243:2, 3243:3, 3243:17, 3243:20, 3244:1, 3244:15, 3245:5, 3245:13, 3245:15, 3245:24,

3246:10, 3246:11, 3246:12, 3246:18, 3246:22, 3246:25, 3247:12, 3248:1, 3248:16, 3248:23, 3249:16, 3250:1, 3250:4, 3251:8, 3251:22, 3252:1, 3252:19, 3255:9, 3256:9, 3257:6, 3258:20, 3260:25, 3261:5, 3261:7, 3261:11, 3261:16, 3261:21, 3261:23, 3266:7, 3266:18, 3267:5, 3267:7, 3268:3, 3270:5, 3270:13, 3271:6, 3271:14, 3272:15

**FOR** [13] - 3131:15, 3132:9, 3132:12, 3132:16, 3133:1, 3133:21, 3134:5, 3134:13, 3135:3, 3135:7, 3135:14, 3136:5, 3136:13

**foregoing** [1] - 3273:6

**forget** [1] - 3156:17

**form** [2] - 3183:17, 3256:8

**formation** [13] - 3186:1, 3186:3, 3189:6, 3189:10, 3197:3, 3201:10, 3204:25, 3213:25, 3215:23, 3228:7, 3260:12, 3261:12, 3264:24

**Formation** [2] - 3190:16, 3190:17

**forming** [1] - 3248:11

**formula** [1] - 3139:21

**forth** [4] - 3138:16, 3153:9, 3153:15, 3202:6

**forward** [3] - 3227:10, 3242:2, 3245:9

**found** [8] - 3139:22, 3166:23, 3169:18, 3207:16, 3241:15, 3255:8, 3259:6

**foundations** [1] - 3245:19

**four** [15] - 3139:15, 3139:23, 3142:25, 3143:3, 3144:7, 3172:1, 3216:15,

3221:25, 3228:16, 3247:25, 3261:20, 3265:7, 3270:18, 3271:23

**four-and-a-half** [3] - 3142:25, 3143:3, 3144:7

**fourth** [1] - 3222:6

**fracking** [1] - 3247:19

**fraction** [1] - 3192:25

**fracture** [2] - 3271:25

**fractured** [2] - 3251:23, 3252:3

**fracturing** [1] - 3246:13

**Francqui** [1] - 3248:5

**FRANK** [1] - 3132:6

**friction** [6] - 3140:25, 3141:2, 3258:6, 3258:7, 3258:9, 3259:17

**FRIDAY** [1] - 3137:2

**Friday** [1] - 3131:5

**FRILOT** [1] - 3134:15

**From** [1] - 3156:10

**from** [123] - 3140:9, 3150:4, 3151:17, 3154:3, 3154:12, 3154:25, 3155:2, 3155:6, 3155:14, 3155:20, 3155:22, 3155:23, 3155:25, 3156:9, 3156:23, 3157:5, 3157:14, 3158:20, 3159:8, 3159:10, 3159:14, 3160:1, 3160:4, 3160:9, 3162:25, 3163:19, 3163:20, 3163:25, 3164:1, 3164:3, 3164:6, 3166:10, 3167:11, 3167:13, 3167:16, 3168:11, 3170:7, 3173:5, 3175:10, 3177:4, 3181:7, 3181:9, 3185:5, 3185:13, 3186:6, 3187:22, 3188:25, 3190:15, 3191:22, 3192:24, 3195:2, 3195:9, 3195:20, 3195:24, 3198:18, 3198:22, 3199:11, 3201:1, 3203:22, 3203:25, 3204:3, 3204:11, 3205:18, 3206:17, 3206:18, 3207:6, 3208:23,

3209:24, 3210:3, 3210:14, 3211:7, 3211:19, 3213:8, 3213:15, 3214:4, 3214:25, 3220:4, 3220:6, 3221:11, 3221:12, 3222:18, 3222:24, 3223:4, 3224:9, 3224:11, 3225:1, 3225:8, 3228:11, 3230:6, 3230:11, 3230:21, 3238:5, 3241:10, 3243:6, 3244:14, 3245:24, 3246:2, 3248:10, 3248:24, 3249:6, 3249:15, 3250:14, 3252:14, 3252:21, 3253:3, 3254:13, 3256:15, 3257:20, 3260:8, 3262:15, 3262:23, 3263:19, 3264:25, 3265:10, 3265:21, 3265:23, 3266:2, 3267:3, 3269:8, 3273:7

**front** [3] - 3148:4, 3195:21, 3218:3

**full** [10] - 3162:17, 3208:13, 3223:15, 3223:16, 3223:18, 3225:1, 3225:4, 3225:8, 3225:10, 3225:24

**fully** [4] - 3156:20, 3157:1, 3158:2, 3210:2

**function** [2] - 3228:7, 3259:6

**funded** [1] - 3261:17

**further** [4] - 3174:19, 3216:17, 3262:18, 3268:8

## G

**G** [3] - 3132:24, 3137:1, 3244:3

**Gaithersburg** [1] - 3135:2

**gas** [14] - 3151:22, 3152:4, 3161:7, 3161:10, 3161:11, 3161:15, 3161:21, 3161:23, 3162:14, 3162:16, 3162:18, 3162:19, 3186:11, 3247:19

**gas-filled** [2] -

3162:14, 3162:16

**GASAWAY** [1] - 3133:15

**gauge** [7] - 3201:12, 3201:16, 3201:21, 3212:3, 3214:24, 3215:2, 3230:14

**gauges** [2] - 3170:7, 3170:9

**gave** [2] - 3137:15, 3204:2

**GENERAL** [4] - 3132:12, 3135:3, 3135:5, 3135:10

**general** [8] - 3166:6, 3181:16, 3198:19, 3198:25, 3222:11, 3224:4, 3257:4, 3270:9

**generally** [2] - 3144:19, 3145:23

**generate** [2] - 3249:16, 3249:25

**generated** [6] - 3209:1, 3238:8, 3249:15, 3250:2, 3250:20, 3269:7

**generates** [1] - 3234:6

**generic** [1] - 3238:13

**geological** [1] - 3246:2

**geologies** [1] - 3261:2

**geomechanics** [8] - 3244:10, 3244:25, 3245:1, 3245:8, 3245:17, 3248:8, 3252:9

**geometric** [1] - 3242:20

**geometry** [9] - 3138:17, 3138:23, 3138:24, 3140:2, 3143:1, 3143:22, 3145:2, 3257:15

**geophysicist** [1] - 3261:1

**geothermal** [2] - 3245:15, 3270:6

**Germany** [1] - 3246:12

**get** [39] - 3138:20, 3142:20, 3144:2, 3144:11, 3144:13, 3144:15, 3144:18, 3145:9, 3146:9, 3146:10, 3150:17, 3161:24, 3168:16, 3176:19, 3176:21,

3176:22, 3176:23, 3181:20, 3182:21, 3184:16, 3185:15, 3187:24, 3191:12, 3194:3, 3197:16, 3197:20, 3203:9, 3210:16, 3213:12, 3228:6, 3229:17, 3237:1, 3237:2, 3237:4, 3253:16, 3264:7, 3264:9, 3270:18, 3272:12

**gets** [2] - 3142:9, 3238:18

**getting** [2] - 3144:10, 3163:23

**give** [9] - 3160:22, 3165:13, 3171:8, 3198:19, 3203:18, 3203:21, 3253:18, 3265:1, 3270:18

**given** [6] - 3169:20, 3207:23, 3223:14, 3228:15, 3228:20, 3234:12

**gives** [1] - 3158:25

**giving** [1] - 3143:23

**GLADSTEIN** [1] - 3132:21

**GmbH** [1] - 3131:8

**go** [69] - 3137:21, 3142:2, 3149:23, 3156:2, 3163:11, 3163:12, 3163:15, 3183:18, 3188:15, 3188:21, 3189:25, 3190:12, 3193:16, 3194:15, 3199:17, 3201:24, 3202:1, 3203:5, 3205:6, 3205:9, 3205:15, 3205:23, 3206:21, 3207:1, 3207:3, 3207:22, 3209:13, 3209:22, 3213:3, 3213:10, 3214:10, 3215:11, 3215:19, 3215:21, 3215:23, 3216:1, 3218:1, 3218:7, 3222:16, 3223:22, 3229:1, 3229:15, 3236:19, 3237:6, 3237:12, 3238:13, 3239:7, 3239:25, 3241:6, 3241:16, 3242:5, 3242:22, 3243:4, 3250:16, 3250:22, 3253:13, 3254:7, 3256:22, 3256:25,

3257:19, 3261:25, 3267:10, 3268:4, 3268:18, 3268:25, 3270:21, 3272:12, 3272:15

**goal** [1] - 3147:3
**GODLEY** [1] - 3134:23
**GODWIN** [3] - 3133:21, 3133:22, 3134:1
**goes** [4] - 3167:20, 3201:20, 3239:23, 3243:6
**going** [77] - 3141:21, 3141:22, 3144:23, 3144:24, 3145:12, 3146:4, 3146:23, 3146:24, 3150:16, 3156:19, 3157:21, 3157:22, 3158:8, 3162:3, 3162:23, 3164:4, 3166:15, 3168:23, 3171:4, 3171:12, 3171:13, 3173:10, 3173:11, 3179:5, 3181:23, 3181:25, 3183:11, 3184:15, 3191:12, 3194:24, 3198:1, 3198:9, 3198:16, 3201:23, 3202:2, 3203:5, 3204:9, 3205:2, 3206:21, 3214:12, 3222:16, 3228:16, 3232:25, 3234:22, 3236:4, 3236:5, 3237:16, 3238:13, 3239:11, 3240:7, 3240:16, 3241:2, 3252:14, 3252:17, 3253:20, 3254:21, 3254:22, 3256:2, 3260:11, 3261:6, 3265:1, 3265:6, 3265:14, 3267:18, 3267:20, 3267:21, 3268:12, 3268:13, 3269:4, 3270:10, 3270:17, 3270:18, 3271:13, 3272:5
**gold** [1] - 3218:3
**golden** [1] - 3262:14
**gone** [3] - 3209:21, 3214:9, 3214:10
**good** [26] - 3137:6, 3137:25, 3138:2, 3162:19, 3166:25, 3174:25, 3177:25,

3184:23, 3184:24, 3189:14, 3198:6, 3200:15, 3211:12, 3211:23, 3215:1, 3215:19, 3217:2, 3217:16, 3217:21, 3217:22, 3234:15, 3234:18, 3238:18, 3254:13
**got** [35] - 3138:11, 3143:22, 3145:3, 3145:8, 3145:20, 3147:15, 3151:15, 3158:2, 3161:11, 3161:21, 3161:23, 3161:24, 3162:14, 3162:24, 3164:25, 3166:24, 3169:8, 3169:9, 3169:20, 3170:21, 3171:21, 3180:8, 3186:8, 3204:1, 3218:22, 3223:4, 3234:15, 3235:1, 3235:18, 3237:19, 3237:20, 3241:6, 3245:21, 3251:19
**government** [2] - 3181:9, 3243:19
**GOVERNMENT** [1] - 3136:13
**government's** [2] - 3182:22, 3182:25
**grad** [2] - 3247:6, 3259:1
**gradient** [2] - 3195:8, 3195:9
**Grand** [1] - 3134:23
**GRANT** [1] - 3134:22
**graph** [12] - 3172:17, 3175:15, 3175:20, 3192:18, 3200:8, 3202:6, 3202:17, 3203:10, 3205:18, 3206:3, 3208:14, 3208:15
**graphic** [1] - 3198:13
**graphically** [1] - 3203:1
**graphs** [2] - 3167:16, 3214:20
**gravitational** [1] - 3161:12
**gray** [1] - 3267:8
**great** [4] - 3160:19, 3171:21, 3214:9, 3214:10
**greater** [1] - 3149:13
**greatest** [1] - 3193:10

Green [1] - 3262:13
**green** [14] - 3172:20, 3205:18, 3207:4, 3208:16, 3208:19, 3214:2, 3233:11, 3233:16, 3233:20, 3238:1, 3238:3, 3238:4, 3238:8, 3242:23
**greenish** [1] - 3241:10
**greenish-blue** [1] - 3241:10
**GREENWALD** [1] - 3131:24
**Griffiths** [10] - 3146:15, 3152:24, 3157:6, 3166:19, 3169:2, 3169:4, 3173:2, 3177:3, 3177:6, 3177:9
**Griffiths'** [13] - 3150:10, 3150:11, 3154:20, 3154:21, 3164:18, 3169:12, 3170:3, 3170:5, 3170:19, 3170:21, 3173:7, 3173:16, 3174:10
**Gringarten** [53] - 3150:19, 3151:3, 3178:17, 3185:5, 3185:11, 3185:13, 3192:22, 3193:4, 3193:13, 3193:20, 3194:13, 3194:25, 3195:16, 3195:22, 3196:14, 3197:10, 3197:23, 3201:1, 3201:7, 3209:24, 3210:12, 3210:19, 3211:14, 3218:25, 3219:18, 3219:25, 3221:10, 3221:21, 3222:10, 3222:14, 3223:13, 3226:3, 3226:7, 3226:22, 3227:3, 3227:12, 3227:15, 3227:19, 3230:3, 3230:15, 3230:20, 3230:23, 3231:8, 3232:8, 3232:11, 3232:16, 3232:22, 3236:9, 3236:16, 3237:19, 3238:6, 3238:25, 3241:5
**Gringarten's** [28] - 3185:8, 3185:12, 3191:23, 3192:4,

3192:16, 3193:17, 3194:1, 3194:10, 3196:3, 3196:5, 3196:18, 3211:5, 3211:7, 3211:9, 3213:15, 3213:20, 3214:5, 3216:10, 3218:23, 3219:10, 3222:6, 3231:1, 3231:7, 3233:13, 3233:20, 3239:6, 3239:18, 3241:6
**group** [6] - 3155:23, 3155:25, 3256:8, 3256:16, 3256:17, 3256:18
**grows** [1] - 3166:15
**guess** [5] - 3151:4, 3180:2, 3220:5, 3241:3, 3266:6
**guidance** [1] - 3181:20
**guide** [1] - 3241:19
**Gulf** [5] - 3171:3, 3171:24, 3188:23, 3188:25, 3246:15
**GULF** [1] - 3131:4
**GWEN** [1] - 3134:2

# H

H [2] - 3131:22, 3135:4
**had** [64] - 3150:11, 3150:13, 3151:25, 3152:25, 3154:9, 3155:4, 3157:6, 3159:2, 3161:22, 3161:25, 3167:7, 3170:11, 3182:5, 3187:25, 3188:12, 3188:15, 3191:16, 3194:15, 3200:6, 3201:23, 3202:5, 3205:11, 3207:10, 3207:13, 3207:14, 3209:10, 3213:11, 3215:11, 3215:23, 3215:24, 3217:23, 3221:9, 3221:16, 3222:21, 3223:7, 3223:17, 3223:25, 3224:25, 3225:1, 3225:4, 3225:7, 3225:10, 3225:20, 3227:1, 3227:3, 3230:25, 3236:12, 3236:20, 3239:12, 3246:22, 3247:13, 3254:1, 3255:18,

3256:9, 3257:14, 3259:2, 3259:3, 3259:12, 3261:14, 3262:10, 3262:15
**half** [7] - 3137:16, 3142:25, 3143:3, 3144:7, 3251:8, 3254:1, 3266:23
**halfway** [1] - 3155:23
**Halliburton** [1] - 3217:3
**HALLIBURTON** [1] - 3133:21
**Hampstead** [1] - 3178:4
**hand** [5] - 3180:20, 3184:8, 3218:22, 3243:22, 3254:16
**handle** [2] - 3183:8, 3215:1
**hands** [1] - 3152:15
**hands-on** [1] - 3152:15
**hanging** [1] - 3233:11
**happened** [4] - 3165:15, 3170:23, 3171:7, 3250:10
**happening** [17] - 3171:9, 3171:16, 3176:8, 3239:22, 3252:16, 3254:25, 3255:1, 3257:22, 3258:3, 3258:5, 3258:16, 3259:16, 3259:24, 3262:3, 3263:23, 3264:3, 3268:20
**happens** [3] - 3140:2, 3239:22, 3257:13
**happy** [1] - 3217:5
**hard** [2] - 3253:11, 3268:10
**HARIKLIA** [1] - 3133:11
**Harvey** [4] - 3136:20, 3136:21, 3243:20, 3244:5
**HARVEY** [29] - 3132:21, 3243:20, 3244:4, 3244:7, 3248:7, 3248:23, 3249:2, 3251:10, 3251:20, 3253:22, 3254:8, 3261:9, 3261:21, 3262:2, 3262:7, 3262:19, 3262:20, 3263:4, 3263:8, 3263:11,

3263:12, 3265:9, 3266:8, 3266:16, 3270:25, 3271:17, 3271:18, 3272:8, 3272:14

**has** [29] - 3137:11, 3141:7, 3143:19, 3147:10, 3147:25, 3151:8, 3167:13, 3167:21, 3167:23, 3176:14, 3187:8, 3192:14, 3193:4, 3195:14, 3196:7, 3206:22, 3208:12, 3215:4, 3215:25, 3216:15, 3217:12, 3217:13, 3232:11, 3237:19, 3246:21, 3247:9, 3256:7, 3264:17, 3265:10

**have** [250] - 3137:7, 3137:11, 3137:12, 3137:13, 3138:3, 3140:18, 3140:21, 3140:22, 3140:24, 3141:18, 3144:4, 3144:17, 3144:22, 3144:25, 3145:12, 3145:22, 3146:4, 3146:6, 3146:22, 3147:7, 3147:17, 3148:4, 3148:7, 3148:25, 3151:24, 3152:12, 3152:13, 3155:5, 3155:12, 3155:20, 3156:17, 3157:9, 3157:20, 3157:25, 3158:1, 3158:19, 3158:24, 3160:9, 3160:11, 3161:15, 3161:18, 3162:2, 3162:10, 3162:11, 3162:13, 3162:16, 3162:19, 3162:20, 3162:22, 3162:23, 3164:3, 3164:9, 3164:17, 3166:14, 3166:24, 3167:10, 3167:14, 3167:19, 3168:8, 3168:19, 3169:3, 3169:22, 3170:3, 3170:16, 3170:17, 3171:5, 3171:6, 3172:17, 3172:20, 3173:1, 3173:5, 3173:10, 3173:11, 3174:19, 3175:1, 3175:18, 3178:5, 3178:6, 3178:15, 3178:22, 3179:21,

3180:2, 3180:7, 3180:19, 3180:21, 3181:6, 3182:7, 3184:1, 3186:6, 3187:4, 3189:2, 3189:5, 3189:9, 3189:14, 3189:17, 3189:22, 3190:13, 3190:22, 3191:21, 3191:25, 3193:10, 3193:25, 3194:13, 3194:23, 3195:1, 3195:2, 3195:9, 3195:24, 3196:9, 3196:11, 3196:24, 3198:5, 3199:20, 3200:17, 3201:18, 3204:5, 3204:12, 3205:5, 3208:7, 3208:8, 3209:5, 3210:3, 3210:9, 3210:10, 3210:13, 3211:4, 3212:5, 3212:6, 3212:7, 3212:8, 3213:23, 3214:20, 3215:1, 3215:12, 3215:20, 3216:8, 3216:17, 3217:6, 3218:6, 3218:8, 3219:1, 3219:5, 3220:11, 3220:23, 3220:25, 3221:1, 3221:8, 3223:14, 3223:18, 3223:24, 3224:25, 3225:3, 3225:7, 3226:17, 3228:10, 3228:11, 3229:5, 3229:6, 3230:21, 3231:6, 3232:13, 3232:16, 3233:11, 3234:2, 3235:12, 3235:14, 3236:17, 3236:24, 3237:2, 3237:9, 3238:23, 3239:14, 3241:3, 3241:7, 3241:18, 3242:2, 3243:14, 3244:13, 3244:25, 3246:14, 3246:20, 3247:9, 3247:16, 3248:12, 3250:2, 3250:23, 3251:8, 3252:7, 3252:10, 3252:16, 3255:2, 3255:9, 3255:12, 3255:21, 3256:15, 3256:20, 3257:5, 3257:15, 3257:17, 3258:9, 3258:10, 3258:11, 3258:12,

3258:13, 3258:20, 3258:21, 3258:23, 3259:7, 3259:8, 3259:14, 3259:25, 3260:3, 3260:4, 3260:7, 3260:8, 3261:14, 3262:12, 3262:21, 3263:13, 3263:17, 3263:21, 3263:22, 3264:4, 3264:5, 3264:11, 3264:12, 3264:25, 3265:12, 3266:14, 3267:24, 3268:3, 3268:10, 3268:11, 3269:6, 3269:17, 3270:1, 3270:2, 3270:3, 3270:10, 3270:21, 3271:25, 3272:13

**haven't** [9] - 3151:20, 3158:8, 3164:15, 3168:20, 3169:14, 3170:2, 3183:3, 3205:17, 3217:23

**having** [7] - 3194:14, 3198:11, 3200:15, 3216:2, 3223:18, 3240:18, 3259:12

**HAYCRAFT** [1] - 3133:5

**HB-406** [1] - 3135:20

**he's** [3] - 3169:8, 3169:9

**head** [3] - 3161:16, 3161:22, 3163:3

**header** [2] - 3155:6, 3167:11

**heading** [2] - 3222:1, 3270:23

**headquartered** [1] - 3187:11

**hear** [2] - 3209:23

**heard** [7] - 3144:22, 3151:8, 3165:3, 3167:13, 3187:8, 3221:2, 3251:11

**HEARD** [1] - 3131:12

**hearing** [2] - 3155:15, 3217:15

**hearsay** - 3262:6, 3262:7, 3262:8

**heart** [1] - 3192:2

**help** [2] - 3193:23, 3196:17

**helped** [1] - 3246:24

**her** [2] - 3137:16, 3253:9

**Here** [1] - 3167:14

**here** [108] - 3138:16, 3139:4, 3141:6, 3144:10, 3145:3, 3145:21, 3146:8, 3146:11, 3147:1, 3147:6, 3147:22, 3149:1, 3149:6, 3149:9, 3150:15, 3151:16, 3155:14, 3157:5, 3158:4, 3159:17, 3161:1, 3163:5, 3163:18, 3168:10, 3173:7, 3173:22, 3174:2, 3176:25, 3178:7, 3180:9, 3180:20, 3181:2, 3191:5, 3192:18, 3194:22, 3195:20, 3196:11, 3201:10, 3202:13, 3203:13, 3204:3, 3205:1, 3205:13, 3207:20, 3209:2, 3211:1, 3211:2, 3213:7, 3213:13, 3215:2, 3215:3, 3216:8, 3218:3, 3221:8, 3225:2, 3231:19, 3231:20, 3233:11, 3234:23, 3235:13, 3235:16, 3236:1, 3236:14, 3237:3, 3237:11, 3237:14, 3237:17, 3239:22, 3240:11, 3240:15, 3243:3, 3243:7, 3247:19, 3247:25, 3249:24, 3250:22, 3251:23, 3252:2, 3252:10, 3253:16, 3255:14, 3255:20, 3255:25, 3256:5, 3256:19, 3256:24, 3257:13, 3257:22, 3257:23, 3258:3, 3258:7, 3258:9, 3258:11, 3258:16, 3258:17, 3259:12, 3259:24, 3263:19, 3264:4, 3267:9, 3267:10, 3268:9, 3268:20, 3269:18, 3271:9, 3272:6

**Here's** [2] - 3155:22, 3155:24

**hereby** [1] - 3273:5

**HERMAN** [3] - 3131:15, 3131:16

**heterogeneous** [1] -

3204:25

**hide** [1] - 3224:19

**high** [12] - 3142:6, 3161:15, 3165:18, 3201:10, 3201:18, 3207:6, 3209:12, 3215:18, 3220:23, 3236:13, 3247:21, 3271:3

**higher** [22] - 3148:1, 3157:6, 3157:12, 3161:9, 3161:18, 3161:24, 3162:7, 3162:11, 3162:13, 3192:14, 3194:15, 3215:4, 3215:25, 3216:16, 3230:12, 3230:13, 3231:4, 3236:20, 3240:7, 3240:12, 3270:10, 3271:4

**highest** [1] - 3161:2

**highlight** [2] - 3155:21, 3243:5

**highlighting** [3] - 3165:22, 3252:2

**highlights** [3] - 3159:6, 3251:21, 3251:24

**highly** [1] - 3177:8

**Highway** [1] - 3135:8

**hill** [1] - 3178:4

**him** [12] - 3155:15, 3157:3, 3160:16, 3168:19, 3168:25, 3182:8, 3213:3, 3236:21, 3248:21, 3264:17, 3265:14

**Himmelhoch** [3] - 3136:15, 3136:16, 3184:18

**HIMMELHOCH** [43] - 3132:17, 3178:9, 3178:24, 3179:1, 3179:9, 3180:17, 3180:23, 3181:10, 3183:1, 3183:4, 3183:22, 3183:25, 3184:5, 3184:15, 3184:18, 3184:22, 3190:20, 3191:3, 3191:7, 3191:11, 3195:25, 3197:9, 3202:2, 3202:8, 3202:16, 3202:22, 3202:25, 3203:6, 3203:8, 3205:25, 3206:5, 3206:14, 3206:15, 3206:21, 3207:2, 3212:22,

3213:2, 3213:4,
3216:17, 3228:13,
3228:21, 3229:5,
3243:16

**hired** [3] - 3155:10,
3184:25, 3245:11

**his** [74] - 3148:21,
3150:20, 3153:2,
3154:8, 3160:4,
3160:6, 3160:8,
3160:11, 3160:14,
3168:5, 3168:7,
3168:25, 3169:4,
3169:7, 3177:11,
3177:12, 3177:14,
3177:15, 3193:20,
3193:21, 3193:22,
3196:6, 3202:10,
3202:18, 3203:1,
3206:3, 3206:6,
3210:16, 3210:19,
3211:19, 3212:10,
3212:12, 3212:15,
3213:9, 3213:15,
3219:11, 3219:15,
3223:13, 3226:24,
3226:25, 3227:6,
3227:8, 3227:9,
3227:20, 3228:14,
3228:15, 3228:16,
3228:20, 3228:22,
3229:5, 3229:6,
3236:22, 3239:18,
3239:19, 3248:9,
3248:11, 3248:12,
3248:21, 3257:6,
3260:18, 3261:20,
3261:21, 3261:24,
3262:25, 3263:7,
3263:9, 3265:6,
3265:8, 3265:10,
3270:24

**history** [1] - 3245:10

**hit** [1] - 3236:1

**hold** [3] - 3186:5,
3186:14, 3272:3

**holding** [2] -
3175:12, 3254:16

**HOLDINGS** [2] -
3133:4, 3134:13

**hole** [9] - 3150:3,
3150:17, 3150:22,
3150:23, 3151:2,
3194:24, 3195:20,
3231:24, 3260:5

**honor** [2] - 3212:6,
3212:9

**Honor** [60] - 3137:8,
3137:22, 3142:3,
3155:13, 3164:10,

3168:6, 3171:25,
3174:25, 3177:25,
3178:9, 3178:11,
3178:24, 3179:2,
3179:9, 3180:17,
3180:19, 3181:10,
3181:19, 3182:16,
3183:1, 3183:4,
3183:25, 3184:5,
3184:18, 3190:20,
3190:23, 3191:7,
3202:2, 3202:6,
3202:16, 3202:22,
3203:6, 3205:25,
3206:2, 3206:14,
3206:23, 3212:24,
3216:18, 3216:21,
3217:2, 3217:16,
3228:13, 3243:16,
3244:4, 3248:7,
3248:15, 3251:11,
3254:6, 3261:19,
3262:6, 3262:24,
3263:4, 3264:11,
3265:5, 3265:9,
3270:23, 3270:25,
3271:7, 3272:4,
3272:14

**HONORABLE** [1] -
3131:12

**honorary** [1] -
3248:3

**hope** [2] - 3199:14,
3253:16

**Hope** [1] - 3133:19

**hopefully** [1] -
3214:12

**HORIZON** [1] -
3131:4

**Horizon** [1] - 3172:8

**horizontal** [7] -
3204:16, 3204:19,
3205:3, 3205:12,
3235:2, 3236:5,
3239:23

**horizontally** [1] -
3266:2

**Horner** [3] - 3211:18,
3212:18, 3227:22

**hour** [1] - 3163:15

**hours** [5] - 3137:11,
3137:12, 3137:13,
3166:21, 3167:1

**house** [2] - 3187:20,
3187:22

**Houston** [3] -
3134:3, 3134:4,
3134:19

**however** [1] -
3175:17

**Huffman** [1] - 3183:7

**huge** [4] - 3153:7,
3154:1, 3158:22,
3158:24

**hundred** [3] -
3174:12, 3174:13,
3227:7

**hydraulic** [24] -
3138:22, 3138:24,
3139:10, 3139:22,
3140:14, 3142:5,
3142:7, 3142:8,
3143:2, 3145:2,
3145:9, 3145:11,
3145:14, 3147:16,
3148:18, 3151:1,
3151:5, 3159:22,
3176:1, 3176:7,
3176:11, 3176:12,
3176:18

**hydraulically** [2] -
3140:16, 3142:19

**hydraulics** [1] -
3152:8

**hydrocarbons** [2] -
3172:8, 3261:2

**hydrostatic** [2] -
3249:19, 3269:10

**hyphen** [1] - 3244:2

**hypothesized** [1] -
3160:1

**hypothesizing** [1] -
3172:22

**hypothetical** [3] -
3153:4, 3166:16,
3170:15

## I

**I** [481] - 3136:2,
3137:1, 3137:8,
3137:9, 3138:5,
3139:25, 3140:5,
3140:25, 3145:19,
3146:8, 3146:13,
3147:23, 3148:3,
3148:7, 3148:13,
3148:20, 3149:5,
3149:11, 3149:25,
3150:11, 3151:15,
3151:24, 3152:5,
3152:13, 3152:14,
3152:15, 3152:18,
3153:7, 3153:8,
3153:12, 3153:13,
3153:16, 3153:22,
3154:2, 3154:8,
3154:16, 3155:4,
3155:9, 3155:13,
3155:14, 3155:17,

3156:1, 3156:5,
3156:8, 3156:15,
3156:17, 3157:1,
3157:2, 3157:14,
3157:16, 3157:17,
3157:24, 3157:25,
3158:5, 3158:6,
3158:7, 3158:8,
3159:13, 3159:23,
3160:4, 3160:11,
3160:15, 3160:16,
3160:19, 3160:21,
3160:24, 3161:10,
3161:20, 3161:21,
3161:25, 3162:1,
3162:4, 3162:6,
3162:9, 3162:10,
3162:14, 3162:15,
3162:18, 3163:1,
3163:22, 3164:2,
3164:10, 3164:11,
3164:13, 3165:9,
3166:5, 3166:16,
3166:17, 3167:9,
3167:24, 3168:1,
3168:3, 3168:12,
3168:17, 3168:20,
3169:1, 3169:7,
3169:8, 3169:10,
3169:13, 3169:17,
3170:1, 3170:4,
3170:11, 3170:21,
3171:5, 3171:13,
3171:18, 3171:25,
3172:11, 3172:15,
3172:19, 3173:3,
3174:10, 3174:17,
3174:19, 3175:1,
3175:3, 3175:8,
3175:17, 3175:23,
3177:17, 3177:22,
3177:25, 3178:6,
3178:17, 3179:2,
3179:5, 3179:6,
3179:21, 3179:22,
3180:1, 3180:2,
3180:8, 3180:11,
3180:12, 3180:19,
3180:21, 3181:4,
3181:12, 3181:17,
3181:18, 3181:19,
3181:20, 3181:23,
3181:25, 3182:4,
3182:8, 3182:16,
3182:22, 3182:24,
3183:3, 3183:5,
3183:8, 3183:9,
3183:15, 3183:18,
3183:19, 3184:3,
3184:19, 3185:4,
3186:6, 3186:10,

3186:17, 3186:24,
3187:23, 3188:8,
3188:12, 3188:13,
3188:16, 3188:22,
3188:25, 3189:19,
3189:21, 3190:15,
3190:16, 3190:20,
3191:7, 3191:22,
3192:8, 3192:22,
3193:24, 3194:11,
3194:12, 3194:15,
3194:23, 3195:21,
3196:7, 3197:19,
3197:21, 3198:3,
3198:4, 3199:2,
3199:3, 3199:17,
3199:18, 3200:15,
3202:1, 3202:2,
3202:7, 3202:23,
3203:5, 3204:7,
3204:12, 3204:14,
3204:15, 3205:15,
3206:5, 3206:24,
3207:3, 3207:8,
3207:14, 3207:15,
3207:16, 3207:21,
3208:5, 3208:24,
3209:5, 3209:13,
3209:22, 3209:24,
3210:2, 3210:3,
3210:9, 3210:11,
3210:22, 3210:25,
3213:2, 3213:9,
3213:10, 3214:12,
3214:14, 3214:17,
3215:3, 3215:8,
3215:11, 3215:17,
3215:19, 3215:20,
3215:23, 3215:25,
3216:1, 3216:17,
3217:5, 3217:17,
3217:25, 3218:2,
3218:6, 3218:7,
3219:5, 3219:8,
3219:10, 3219:17,
3219:19, 3219:25,
3220:4, 3220:5,
3220:6, 3220:22,
3220:25, 3221:2,
3221:9, 3221:14,
3221:18, 3222:16,
3222:23, 3223:8,
3223:16, 3224:6,
3224:13, 3224:21,
3225:2, 3225:3,
3225:4, 3225:10,
3225:11, 3226:1,
3226:2, 3226:3,
3226:5, 3227:1,
3227:6, 3228:5,
3228:18, 3228:19,

3228:24, 3229:5, 3229:6, 3230:12, 3230:17, 3230:21, 3230:25, 3231:4, 3231:11, 3231:14, 3231:16, 3232:6, 3232:13, 3233:5, 3233:6, 3233:7, 3233:17, 3233:25, 3234:8, 3234:10, 3234:11, 3235:11, 3235:25, 3236:2, 3236:10, 3236:11, 3236:17, 3236:22, 3236:23, 3237:11, 3238:3, 3238:13, 3239:4, 3239:6, 3239:19, 3239:25, 3240:14, 3240:15, 3240:21, 3241:2, 3241:3, 3241:25, 3242:3, 3242:5, 3242:23, 3243:14, 3244:3, 3244:13, 3244:25, 3245:6, 3245:11, 3245:14, 3245:16, 3245:17, 3245:20, 3245:21, 3245:23, 3245:25, 3246:2, 3246:8, 3246:14, 3246:16, 3246:20, 3247:5, 3247:7, 3247:15, 3247:24, 3247:25, 3248:1, 3248:2, 3248:3, 3248:4, 3248:7, 3248:20, 3249:6, 3251:11, 3251:14, 3251:19, 3252:21, 3253:5, 3253:14, 3253:23, 3254:2, 3254:19, 3255:20, 3255:22, 3255:23, 3255:24, 3256:2, 3256:9, 3256:10, 3257:4, 3257:17, 3257:25, 3258:18, 3259:1, 3259:16, 3260:15, 3260:16, 3260:17, 3260:18, 3260:20, 3261:4, 3261:5, 3261:13, 3261:14, 3261:15, 3262:1, 3262:12, 3263:10, 3263:17, 3264:3, 3264:10, 3265:4, 3265:14, 3266:6, 3266:15, 3267:7, 3267:8, 3267:18, 3267:22, 3268:2,

3268:3, 3268:6, 3268:11, 3269:17, 3269:20, 3269:22, 3269:25, 3270:12, 3270:13, 3270:15, 3270:16, 3270:17, 3270:21, 3271:15, 3271:16, 3272:5, 3272:6, 3272:12, 3273:4

**I'd** [2] - 3158:9, 3160:16

**I'll** [10] - 3137:10, 3137:16, 3146:8, 3180:20, 3206:23, 3213:3, 3218:13, 3236:15, 3242:4, 3261:25

**I'm** [23] - 3145:11, 3165:11, 3169:16, 3172:25, 3174:13, 3179:1, 3179:2, 3182:7, 3182:19, 3183:11, 3184:15, 3186:15, 3198:16, 3202:3, 3207:22, 3221:18, 3222:11, 3234:10, 3235:5, 3244:11, 3251:13, 3261:4

**I've** [23] - 3137:14, 3151:21, 3153:2, 3153:22, 3155:3, 3156:8, 3156:17, 3161:20, 3162:9, 3162:12, 3168:17, 3169:13, 3173:8, 3183:9, 3210:25, 3213:7, 3242:3, 3246:9, 3247:5, 3247:15, 3265:3, 3270:4

**Ibos** [3] - 3135:19, 3273:4, 3273:12

**idea** [1] - 3222:17

**identification** [1] - 3197:13

**identified** [3] - 3181:2, 3197:24, 3198:11

**identify** [2] - 3196:23, 3199:20

**identifying** [1] - 3197:11

**if** [160] - 3138:3, 3138:5, 3142:13, 3144:2, 3144:22, 3145:11, 3146:4, 3146:22, 3148:4, 3148:25, 3149:1,

3149:13, 3150:16, 3151:18, 3154:9, 3155:5, 3155:11, 3155:20, 3155:22, 3156:2, 3157:3, 3157:19, 3158:5, 3161:10, 3161:12, 3161:15, 3161:21, 3161:23, 3161:24, 3162:1, 3162:2, 3162:13, 3162:22, 3163:11, 3163:15, 3166:14, 3167:14, 3168:1, 3168:12, 3168:15, 3168:25, 3170:11, 3170:18, 3172:3, 3174:10, 3175:4, 3178:19, 3178:20, 3179:7, 3180:9, 3180:11, 3180:12, 3180:21, 3182:2, 3183:13, 3183:18, 3184:8, 3184:11, 3185:6, 3191:24, 3192:7, 3193:16, 3193:23, 3194:11, 3195:10, 3198:18, 3199:18, 3199:19, 3200:5, 3201:2, 3206:6, 3207:3, 3207:24, 3210:3, 3210:9, 3210:12, 3212:20, 3213:20, 3213:23, 3214:24, 3217:17, 3218:14, 3220:6, 3220:22, 3220:25, 3221:8, 3221:9, 3223:17, 3224:17, 3224:25, 3225:4, 3225:7, 3225:10, 3225:13, 3229:24, 3233:6, 3233:7, 3233:24, 3234:14, 3234:18, 3235:14, 3235:17, 3235:25, 3236:15, 3236:19, 3236:22, 3238:3, 3238:18, 3239:2, 3239:4, 3240:6, 3240:22, 3241:15, 3241:22, 3241:25, 3243:4, 3243:22, 3243:25, 3244:1, 3250:22, 3253:19, 3256:1, 3256:2, 3257:1, 3258:18, 3258:21, 3259:17, 3260:10, 3260:23, 3261:2, 3261:10, 3262:11, 3264:3,

3264:10, 3264:11, 3264:17, 3265:4, 3265:9, 3266:4, 3266:5, 3266:14, 3267:8, 3267:18, 3268:7, 3268:11, 3268:15, 3269:21, 3270:10, 3270:13, 3270:21, 3271:12, 3273:15

**iffy** [2] - 3253:14, 3253:15

**ignoring** [1] - 3256:1

**II** [1] - 3135:17

**IL** [1] - 3133:14

**illustrate** [2] - 3252:3, 3268:18

**illustrated** [2] - 3227:8, 3266:25

**illustrates** [1] - 3226:25

**illustrating** [2] - 3265:16, 3265:18

**illustrative** [1] - 3226:11

**imagine** [3] - 3157:25, 3265:2, 3268:10

**imitate** [1] - 3232:25

**immediately** [1] - 3223:22

**impact** [10] - 3177:9, 3177:11, 3191:25, 3193:10, 3196:5, 3236:18, 3252:11, 3257:2, 3258:23, 3269:14

**impeachment** [1] - 3164:11

**implications** [1] - 3254:18

**implies** [1] - 3173:7

**importance** [2] - 3195:7, 3255:24

**important** [14] - 3141:16, 3143:8, 3144:15, 3147:1, 3147:2, 3149:2, 3159:21, 3198:23, 3236:8, 3236:10, 3256:21, 3258:13, 3260:20, 3269:19

**improper** [1] - 3164:10

**improperly** [1] - 3228:22

**improve** [2] - 3156:11, 3220:7

**improving** [1] - 3230:14

**in** [513] - 3137:16,

3138:5, 3138:14, 3138:22, 3139:5, 3139:17, 3139:22, 3140:3, 3140:11, 3140:18, 3140:21, 3141:21, 3141:23, 3142:6, 3142:9, 3142:10, 3142:14, 3142:24, 3142:25, 3143:1, 3143:10, 3143:14, 3143:18, 3143:21, 3143:25, 3144:4, 3144:5, 3144:10, 3144:16, 3145:6, 3145:7, 3145:16, 3145:18, 3146:4, 3146:14, 3146:18, 3146:24, 3147:1, 3147:9, 3147:11, 3147:17, 3147:19, 3148:1, 3148:9, 3148:10, 3148:11, 3149:13, 3149:16, 3149:19, 3150:2, 3150:9, 3150:15, 3150:20, 3151:2, 3151:5, 3151:6, 3151:22, 3152:9, 3152:19, 3153:1, 3153:2, 3153:8, 3153:10, 3153:22, 3154:13, 3154:18, 3156:7, 3156:16, 3156:24, 3158:9, 3158:11, 3158:15, 3158:23, 3159:19, 3159:20, 3159:23, 3159:25, 3160:6, 3160:8, 3160:13, 3160:21, 3161:5, 3161:6, 3161:7, 3161:10, 3161:11, 3161:12, 3161:14, 3161:15, 3161:16, 3161:17, 3161:18, 3161:20, 3161:21, 3161:22, 3161:24, 3161:25, 3162:5, 3162:6, 3162:7, 3162:10, 3162:12, 3162:16, 3162:19, 3162:20, 3163:2, 3163:16, 3164:16, 3164:18, 3164:19, 3164:21, 3164:24, 3165:3, 3165:4, 3165:25, 3166:12, 3166:17, 3166:23, 3167:1, 3167:20, 3168:8, 3168:9, 3168:12,

3168:15, 3169:4,
3169:7, 3169:8,
3169:9, 3169:11,
3169:19, 3169:23,
3170:2, 3170:14,
3170:22, 3170:23,
3171:11, 3171:15,
3171:17, 3172:10,
3172:17, 3172:20,
3173:1, 3173:5,
3173:7, 3173:10,
3173:15, 3173:24,
3174:3, 3174:4,
3174:10, 3174:15,
3175:15, 3175:21,
3176:2, 3176:3,
3176:7, 3176:8,
3176:15, 3176:18,
3176:25, 3177:15,
3178:5, 3178:17,
3179:8, 3179:14,
3179:20, 3179:21,
3179:22, 3180:3,
3180:19, 3181:13,
3182:1, 3182:6,
3182:10, 3182:11,
3183:5, 3183:10,
3183:11, 3183:13,
3183:15, 3183:16,
3183:18, 3183:19,
3184:16, 3185:8,
3185:21, 3186:6,
3186:9, 3186:12,
3186:20, 3187:7,
3187:12, 3187:20,
3187:22, 3187:24,
3188:5, 3188:12,
3188:15, 3188:21,
3188:23, 3189:2,
3189:4, 3189:6,
3189:11, 3189:14,
3189:17, 3189:21,
3189:22, 3190:3,
3190:12, 3190:13,
3190:19, 3190:21,
3191:17, 3192:9,
3193:14, 3193:20,
3194:11, 3195:5,
3195:12, 3195:21,
3196:13, 3196:14,
3196:20, 3196:22,
3197:3, 3197:4,
3197:8, 3197:10,
3197:19, 3198:6,
3198:11, 3198:13,
3198:17, 3199:2,
3199:6, 3199:12,
3199:19, 3199:23,
3199:24, 3200:1,
3200:4, 3200:11,
3200:25, 3201:3,

3201:7, 3201:13,
3201:19, 3202:6,
3202:9, 3202:10,
3202:12, 3202:15,
3202:17, 3203:1,
3203:2, 3203:3,
3203:23, 3204:11,
3204:14, 3204:24,
3205:13, 3206:3,
3206:4, 3206:5,
3206:9, 3207:25,
3208:1, 3208:6,
3208:12, 3208:14,
3209:3, 3209:23,
3210:5, 3210:19,
3211:9, 3211:18,
3211:23, 3212:4,
3212:6, 3212:7,
3212:8, 3212:18,
3212:25, 3213:24,
3213:25, 3214:9,
3214:10, 3215:13,
3216:9, 3216:13,
3216:22, 3217:10,
3218:2, 3218:3,
3219:7, 3219:22,
3219:23, 3220:11,
3221:14, 3221:16,
3221:20, 3221:21,
3221:25, 3222:1,
3222:2, 3222:5,
3222:21, 3224:1,
3224:4, 3224:6,
3224:7, 3224:8,
3224:13, 3224:19,
3225:22, 3226:7,
3226:8, 3226:11,
3226:14, 3226:19,
3226:24, 3227:9,
3227:20, 3227:24,
3228:1, 3228:2,
3228:7, 3229:24,
3231:1, 3231:2,
3231:12, 3231:15,
3231:23, 3231:25,
3232:2, 3233:18,
3235:12, 3235:18,
3235:21, 3236:9,
3237:6, 3237:12,
3237:22, 3238:6,
3239:19, 3239:21,
3240:11, 3240:17,
3240:24, 3241:10,
3241:20, 3241:23,
3242:5, 3242:7,
3242:8, 3242:23,
3244:8, 3244:11,
3245:7, 3245:8,
3245:9, 3245:12,
3245:14, 3245:17,
3245:21, 3246:1,

3246:7, 3246:10,
3246:11, 3246:12,
3246:15, 3246:17,
3246:18, 3246:24,
3247:5, 3247:6,
3247:8, 3247:15,
3247:16, 3247:18,
3247:20, 3248:4,
3248:6, 3248:8,
3248:9, 3248:10,
3248:11, 3248:21,
3249:4, 3249:13,
3250:6, 3250:13,
3250:23, 3252:7,
3252:8, 3252:15,
3252:18, 3253:2,
3253:19, 3254:16,
3254:17, 3254:25,
3255:8, 3255:16,
3255:25, 3256:15,
3257:4, 3258:3,
3258:4, 3258:14,
3258:23, 3258:24,
3259:1, 3260:1,
3260:2, 3260:6,
3260:7, 3260:12,
3260:18, 3261:10,
3261:15, 3262:4,
3262:14, 3262:22,
3262:25, 3263:1,
3263:3, 3263:7,
3263:9, 3263:14,
3263:15, 3263:20,
3263:24, 3264:4,
3264:7, 3264:9,
3265:12, 3265:22,
3266:25, 3267:2,
3267:7, 3267:10,
3267:15, 3267:19,
3268:21, 3269:1,
3269:2, 3269:7,
3269:18, 3270:3,
3270:5, 3270:9,
3271:1, 3271:3,
3271:8, 3271:13,
3271:24, 3271:25,
3272:2, 3273:8

**IN** [5] - 3131:3,
3131:4, 3131:7,
3184:9, 3243:23
**in-flow** [1] - 3213:24
**in-house** [2] -
3187:20, 3187:22
**in-situ** [4] - 3247:18,
3269:1, 3269:2,
3269:7
**INC** [9] - 3131:10,
3133:1, 3133:3,
3133:3, 3133:4,
3133:5, 3133:21,

3134:14, 3134:15
**inches** [7] - 3138:20,
3141:12, 3142:7,
3142:11, 3142:15,
3142:20, 3143:15
**incident** [5] -
3156:22, 3156:23,
3159:3, 3174:6,
3219:12
**include** [1] - 3246:25
**included** [4] -
3152:6, 3175:15,
3220:12, 3248:10
**including** [6] -
3167:12, 3167:16,
3223:13, 3247:17,
3248:6, 3253:7
**inconsistent** [5] -
3160:16, 3160:24,
3162:9, 3162:14,
3164:11
**incorrect** [2] -
3144:23, 3234:4
**increase** [2] -
3196:11, 3209:5
**increases** [1] -
3256:3
**index** [4] - 3152:22,
3152:24, 3154:7,
3154:12
**indicate** [1] -
3192:18
**indicated** [9] -
3191:16, 3192:4,
3204:22, 3208:16,
3221:16, 3234:1,
3235:13, 3240:4,
3267:12
**INDICATING** [5] -
3219:19, 3234:24,
3236:6, 3237:17,
3250:21
**INDICATING)** [4] -
3203:14, 3213:14,
3258:7, 3267:11
**indication** [4] -
3198:20, 3203:18,
3204:24, 3205:15
**indications** [2] -
3175:16, 3229:14
**indirect** [1] - 3249:20
**indirectly** [2] -
3199:25, 3203:19
**individual** [1] -
3175:20
**industry** [20] -
3139:21, 3147:3,
3148:15, 3151:6,
3151:10, 3151:17,
3151:23, 3152:4,

3186:11, 3186:18,
3187:22, 3190:13,
3197:12, 3226:20,
3226:22, 3227:4,
3245:23, 3261:10,
3261:17, 3271:24
**infer** [1] - 3148:13
**inferred** [1] -
3167:22
**inflow** [1] - 3156:12
**influence** [1] -
3268:22
**influenced** [1] -
3200:18
**information** [12] -
3150:19, 3153:10,
3155:4, 3157:15,
3157:16, 3175:10,
3197:8, 3208:6,
3212:6, 3261:13,
3263:2, 3265:7
**infrequently** [1] -
3175:22
**Inglis** [1] - 3167:12
**initial** [12] - 3197:16,
3204:5, 3208:16,
3208:21, 3210:9,
3210:10, 3210:12,
3210:13, 3217:7,
3220:5, 3233:22,
3272:11
**initially** [4] -
3187:19, 3199:11,
3202:1, 3204:15
**injection** [1] -
3245:13
**inner** [4] - 3138:18,
3139:2, 3139:11,
3234:4
**input** [14] - 3160:22,
3165:8, 3165:24,
3165:25, 3174:1,
3174:5, 3191:20,
3191:21, 3204:13,
3205:22, 3210:14,
3211:4, 3227:10,
3236:10
**inputs** [3] - 3158:24,
3159:6, 3171:22
**inside** [9] - 3139:6,
3139:19, 3140:3,
3140:6, 3140:9,
3140:19, 3140:22,
3140:24, 3141:8
**inspection** [1] -
3250:22
**instance** [2] -
3166:14, 3203:4
**instead** [3] - 3150:8,
3156:21, 3256:25

**institute** [1] - 3261:17
**Institute** [3] - 3188:5, 3188:7, 3261:16
**instruments** [1] - 3168:11
**intact** [1] - 3258:18
**intended** [1] - 3183:4
**intending** [1] - 3239:6
**interaction** [1] - 3200:18
**interactively** [1] - 3210:24
**interest** [2] - 3178:18, 3180:19
**interested** [6] - 3144:10, 3144:16, 3145:6, 3147:1, 3176:25
**interesting** [1] - 3261:15
**INTERESTS** [1] - 3132:12
**interfaces** [2] - 3258:7, 3258:8
**internal** [1] - 3252:21
**internally** [1] - 3154:25
**international** [2] - 3188:18, 3247:8
**International** [3] - 3248:5, 3256:7, 3256:15
**internationally** [2] - 3246:8, 3246:9
**interpolate** [2] - 3207:24, 3225:11
**interpolated** [6] - 3173:8, 3207:25, 3208:2, 3208:9, 3224:2, 3224:22
**interpolating** [1] - 3225:24
**interpolation** [14] - 3159:5, 3160:18, 3208:3, 3224:5, 3224:7, 3224:10, 3224:12, 3224:14, 3224:16, 3224:19, 3224:25, 3225:7, 3225:12, 3225:16
**interpret** [2] - 3175:11, 3175:19
**interpretation** [2] - 3244:14, 3249:8
**interpreted** [1] - 3261:1
**interrupting** [1] - 3206:25

**into** [33] - 3139:9, 3145:18, 3167:3, 3171:3, 3179:17, 3181:13, 3181:14, 3183:18, 3188:19, 3188:20, 3191:8, 3191:12, 3191:20, 3193:12, 3194:24, 3195:24, 3200:3, 3203:10, 3210:16, 3218:25, 3224:22, 3226:19, 3227:4, 3228:21, 3231:24, 3233:3, 3234:2, 3234:19, 3239:13, 3248:10, 3265:7, 3270:21, 3270:23
**introduce** [2] - 3224:22, 3248:21
**introduced** [1] - 3185:16
**invalidates** [1] - 3257:17
**inventory** [5] - 3250:12, 3250:13, 3250:15, 3250:18, 3250:19
**investigated** [1] - 3258:23
**involved** [5] - 3246:7, 3246:18, 3247:5, 3247:7, 3270:6
**involves** [1] - 3248:5
**IRPINO** [2] - 3132:1, 3132:1
**irrelevant** [1] - 3137:10
**Irvine** [1] - 3186:7
**Island** [1] - 3132:7
**isn't** [22] - 3152:9, 3159:23, 3160:2, 3166:10, 3166:17, 3199:24, 3207:24, 3211:10, 3221:23, 3222:14, 3224:20, 3225:9, 3226:12, 3227:5, 3227:20, 3227:24, 3232:17, 3236:25, 3237:10, 3238:22, 3241:21, 3243:10
**isotropic** [2] - 3215:23, 3216:2
**ISRM** [1] - 3256:14
**issue** [14] - 3169:10, 3169:23, 3180:12, 3181:19, 3181:20, 3181:22, 3191:13, 3211:2, 3248:17,

3248:19, 3256:23, 3259:18, 3260:3, 3265:5
**issued** [1] - 3175:16
**issues** [5] - 3178:15, 3201:15, 3201:17, 3250:9, 3259:23
**it** [209] - 3137:10, 3137:16, 3138:8, 3139:14, 3139:16, 3140:2, 3140:15, 3141:5, 3141:16, 3142:1, 3142:14, 3143:1, 3143:9, 3143:21, 3146:8, 3146:12, 3149:18, 3150:7, 3150:24, 3151:12, 3156:2, 3156:22, 3156:25, 3159:12, 3159:13, 3159:15, 3159:17, 3159:19, 3160:4, 3160:16, 3161:9, 3161:10, 3162:9, 3162:11, 3163:24, 3165:2, 3165:9, 3165:14, 3165:15, 3166:1, 3166:23, 3166:24, 3167:20, 3167:21, 3167:22, 3168:14, 3169:22, 3172:7, 3172:12, 3173:11, 3173:20, 3173:23, 3174:6, 3174:9, 3174:12, 3175:17, 3175:19, 3176:16, 3177:14, 3177:16, 3177:24, 3180:9, 3182:5, 3182:6, 3182:7, 3182:9, 3182:16, 3183:11, 3183:16, 3183:23, 3185:6, 3185:21, 3188:18, 3190:5, 3190:8, 3192:1, 3192:8, 3192:14, 3193:10, 3195:13, 3195:14, 3195:21, 3196:7, 3196:20, 3200:3, 3200:10, 3200:11, 3200:16, 3201:13, 3201:20, 3202:13, 3202:16, 3202:20, 3202:23, 3203:5, 3203:12, 3204:16, 3206:22, 3207:15, 3207:16, 3207:18, 3208:10, 3210:3, 3210:11, 3210:22, 3210:25, 3211:1,

3212:1, 3212:9, 3212:21, 3213:21, 3215:5, 3216:15, 3220:1, 3220:18, 3221:8, 3222:14, 3224:11, 3224:23, 3225:4, 3226:5, 3227:7, 3227:10, 3227:12, 3227:15, 3227:17, 3228:15, 3228:21, 3228:22, 3229:16, 3229:24, 3230:5, 3231:13, 3231:15, 3231:21, 3232:12, 3233:3, 3233:7, 3233:13, 3233:18, 3233:21, 3234:19, 3236:17, 3237:11, 3237:12, 3237:14, 3238:4, 3238:20, 3238:21, 3238:22, 3239:2, 3239:3, 3239:4, 3239:25, 3240:6, 3240:9, 3241:1, 3241:17, 3241:21, 3241:22, 3241:23, 3241:25, 3242:2, 3243:10, 3243:12, 3244:4, 3245:20, 3247:19, 3251:14, 3251:19, 3252:25, 3253:16, 3253:25, 3256:2, 3256:19, 3257:10, 3257:23, 3258:13, 3260:8, 3260:13, 3260:16, 3262:4, 3262:17, 3262:18, 3263:7, 3263:20, 3264:4, 3264:5, 3264:12, 3264:25, 3265:3, 3265:4, 3265:15, 3266:4, 3267:2, 3267:10, 3268:4, 3268:16, 3269:2, 3270:19, 3270:22
**It's** [1] - 3164:7
**it's** [111] - 3138:18, 3140:15, 3141:16, 3143:18, 3143:21, 3144:7, 3144:13, 3145:14, 3145:20, 3146:11, 3147:13, 3147:19, 3148:8, 3149:8, 3157:8, 3160:8, 3161:4, 3161:6, 3163:9, 3164:13, 3166:5, 3167:11, 3168:11, 3168:12, 3171:20,

3172:11, 3172:14, 3173:2, 3174:17, 3176:17, 3177:8, 3180:23, 3186:12, 3186:20, 3189:4, 3191:10, 3195:5, 3195:6, 3195:19, 3199:19, 3200:3, 3200:7, 3200:9, 3201:9, 3201:11, 3203:19, 3203:24, 3204:3, 3204:16, 3205:14, 3208:2, 3209:3, 3209:5, 3210:24, 3212:25, 3213:15, 3214:23, 3215:2, 3215:5, 3216:12, 3220:13, 3220:22, 3221:17, 3221:19, 3221:22, 3224:15, 3225:16, 3226:17, 3231:6, 3231:7, 3231:14, 3232:16, 3232:25, 3234:2, 3234:13, 3235:5, 3235:13, 3235:15, 3235:16, 3236:1, 3236:10, 3236:13, 3236:15, 3237:4, 3239:22, 3239:25, 3240:1, 3240:14, 3249:24, 3250:22, 3251:14, 3253:11, 3253:20, 3254:22, 3255:25, 3260:1, 3260:11, 3260:16, 3261:23, 3264:1, 3265:1, 3268:6, 3270:19, 3270:20, 3271:11
**italics** [1] - 3160:11
**items** [2] - 3156:11, 3156:12
**its** [5] - 3156:24, 3181:15, 3182:17, 3231:2, 3243:19
**itself** [6] - 3220:11, 3260:5, 3260:16, 3261:7, 3263:23, 3269:8

## J

**J** [10] - 3131:4, 3131:7, 3131:9, 3131:12, 3131:16, 3132:13, 3133:11, 3134:15, 3134:23, 3135:1
**JAMES** [1] - 3131:18

**James** [1] - 3167:12
**January** [1] - 3187:5
**Japan** [1] - 3246:11
**JEAN** [3] - 3136:19, 3243:23, 3244:2
**Jean** [3] - 3243:21, 3244:2, 3248:8
**JEAN-CLAUDE** [2] - 3136:19, 3243:23
**Jean-Claude** [2] - 3243:21, 3244:2
**Jefferson** [1] - 3131:19
**JENNY** [1] - 3133:23
**job** [1] - 3239:5
**Johnson** [19] - 3137:25, 3138:11, 3144:17, 3148:6, 3149:4, 3155:24, 3158:4, 3163:24, 3164:15, 3168:1, 3170:13, 3172:15, 3173:14, 3174:19, 3174:25, 3175:1, 3175:3, 3175:5, 3177:18
**JOHNSON** [1] - 3136:6
**Johnson's** [3] - 3162:2, 3164:3, 3164:4
**join** [1] - 3245:16
**joined** [3] - 3152:19, 3187:6, 3188:1
**jointly** [1] - 3179:16
**JOSEPH** [1] - 3133:16
**journals** [1] - 3247:16
**JR** [1] - 3133:23
**Judge** [6] - 3137:15, 3178:2, 3178:23, 3205:23, 3217:25, 3231:6
**JUDGE** [1] - 3131:13
**judge** [6] - 3157:21, 3185:23, 3196:17, 3196:21, 3200:1, 3206:16
**judgment** [4] - 3181:21, 3182:2, 3182:6, 3182:14
**Judy** [1] - 3243:20, 3244:4
**JUDY** [1] - 3132:21
**July** [1] - 3177:4
**jump** [1] - 3193:12
**junk** [2] - 3157:21, 3167:3
**JURY** [1] - 3131:12

**just** [127] - 3138:16, 3139:3, 3140:2, 3140:13, 3143:10, 3143:21, 3147:16, 3149:14, 3151:2, 3153:13, 3154:3, 3155:5, 3155:11, 3155:13, 3155:20, 3158:4, 3159:6, 3161:20, 3162:9, 3162:12, 3162:15, 3164:10, 3165:5, 3167:10, 3169:13, 3169:23, 3170:19, 3171:10, 3172:16, 3174:3, 3174:8, 3175:13, 3176:2, 3178:19, 3179:22, 3179:25, 3180:20, 3181:20, 3181:23, 3181:25, 3182:8, 3182:22, 3189:15, 3190:12, 3191:22, 3193:23, 3194:11, 3194:12, 3195:24, 3196:8, 3196:18, 3197:16, 3199:2, 3199:6, 3200:6, 3202:11, 3203:12, 3204:14, 3204:15, 3204:16, 3205:4, 3205:14, 3205:21, 3206:16, 3206:18, 3206:19, 3206:23, 3207:4, 3207:15, 3207:24, 3208:5, 3209:17, 3209:25, 3211:2, 3212:9, 3213:10, 3214:4, 3214:12, 3214:24, 3215:2, 3215:8, 3218:1, 3218:7, 3219:7, 3219:10, 3219:25, 3225:3, 3225:6, 3227:10, 3228:24, 3229:14, 3230:4, 3231:6, 3231:14, 3231:21, 3235:13, 3236:1, 3237:2, 3238:4, 3239:22, 3239:25, 3241:19, 3243:5, 3243:6, 3248:23, 3250:9, 3250:18, 3251:11, 3251:21, 3252:1, 3253:2, 3253:23, 3254:11, 3254:18, 3254:19, 3256:25, 3258:1, 3259:16, 3263:24, 3264:1, 3264:16,

3265:13, 3268:6, 3268:15, 3269:14, 3271:20
**JUSTICE** [3] - 3132:16, 3132:23

### K

**K** [5] - 3133:5, 3133:16, 3134:11, 3164:23, 3170:7
**KANNER** [2] - 3132:9, 3132:9
**Kappa** [6] - 3186:10, 3186:11, 3186:14, 3186:18, 3187:4, 3187:6
**Karen** [3] - 3135:19, 3273:4, 3273:12
**Karis** [1] - 3182:5
**KARIS** [1] - 3133:11
**KATZ** [2] - 3131:15, 3135:1
**keep** [6] - 3145:4, 3177:24, 3195:12, 3198:16, 3206:25, 3242:5
**Kent** [1] - 3167:12
**KENT** [1] - 3135:11
**kerosene** [2] - 3269:10, 3271:3
**KERRY** [1] - 3134:15
**key** [8] - 3185:9, 3211:4, 3230:22, 3233:24, 3236:14, 3236:15, 3249:13, 3249:14
**Kh** [1] - 3236:25
**Kill** [12] - 3148:16, 3167:2, 3167:6, 3167:7, 3167:18, 3168:18, 3168:22, 3169:18, 3170:6, 3175:11
**kind** [13] - 3163:22, 3175:13, 3218:1, 3226:8, 3226:20, 3227:23, 3231:12, 3231:17, 3231:25, 3232:1, 3241:10, 3255:24, 3266:6
**kinds** [2] - 3167:3, 3226:8
**kinked** [2] - 3166:24, 3166:25
**KIRBY** [1] - 3134:10
**KIRKLAND** [3] - 3133:10, 3133:15, 3133:18

**knew** [2] - 3198:1, 3198:3
**know** [52] - 3138:5, 3150:24, 3153:20, 3155:9, 3156:19, 3157:3, 3157:16, 3157:17, 3158:6, 3158:7, 3158:9, 3159:15, 3159:18, 3162:18, 3162:19, 3165:21, 3166:10, 3166:22, 3168:12, 3168:20, 3169:1, 3171:20, 3172:9, 3177:10, 3179:6, 3183:13, 3199:19, 3201:10, 3204:9, 3208:24, 3212:10, 3213:9, 3215:4, 3221:2, 3224:17, 3225:19, 3225:23, 3227:3, 3229:15, 3233:6, 3246:20, 3253:4, 3253:14, 3256:2, 3258:22, 3261:10, 3267:8, 3270:9, 3271:10
**known** [8] - 3138:18, 3148:16, 3155:22, 3155:24, 3186:11, 3223:17, 3225:7, 3235:10
**knows** [2] - 3173:12, 3269:4
**KRAUS** [1] - 3132:10
**KUCHLER** [2] - 3134:6, 3134:7
**Kv** [1] - 3236:25
**KvKh** [8] - 3213:15, 3215:18, 3215:22, 3216:3, 3236:3, 3236:12, 3237:4, 3237:12
**KY** [1] - 3134:10

### L

**L** [6] - 3131:24, 3132:13, 3133:23, 3134:18, 3184:14, 3257:15
**L-A-R-S-E-N** [1] - 3184:14
**LA** [10] - 3131:4, 3131:17, 3131:20, 3132:2, 3132:5, 3132:11, 3133:7, 3134:8, 3134:17, 3135:20
**Lab** [1] - 3245:12

**lab** [12] - 3245:14, 3245:24, 3246:3, 3246:10, 3246:11, 3246:12, 3246:20, 3249:24, 3250:6, 3262:14, 3269:7, 3272:2
**labeled** [5] - 3196:1, 3196:3, 3203:15, 3213:5, 3214:2
**laboratories** [1] - 3246:17
**labs** [1] - 3246:6
**lady** [1] - 3252:22
**Lafayette** [1] - 3131:20
**Lake** [1] - 3132:5
**Lamar** [1] - 3134:3
**laminations** [1] - 3267:16
**lane** [2] - 3265:13
**Langan** [1] - 3179:6
**LANGAN** [1] - 3133:11
**large** [2] - 3196:5, 3259:2
**largely** [3] - 3196:14, 3211:14
**larger** [3] - 3264:16, 3270:20, 3272:1
**LARSEN** [2] - 3136:14, 3184:9
**Larsen** [38] - 3184:6, 3184:7, 3184:13, 3184:16, 3184:23, 3185:17, 3186:5, 3187:13, 3189:25, 3190:6, 3190:12, 3190:21, 3190:22, 3191:4, 3192:15, 3193:17, 3194:20, 3196:1, 3202:12, 3203:9, 3205:6, 3206:16, 3207:3, 3211:6, 3213:5, 3214:9, 3217:21, 3218:10, 3221:23, 3225:6, 3225:18, 3228:1, 3229:13, 3230:23, 3232:16, 3233:8, 3236:25, 3237:17
**Larsen's** [1] - 3191:8
**LAS** [1] - 3222:25
**LaSalle** [1] - 3133:13
**last** [17] - 3150:1, 3154:8, 3159:10, 3170:13, 3175:9, 3178:14, 3190:12, 3190:15, 3190:18,

3237:6, 3238:5,
3240:2, 3242:16,
3248:4, 3253:18,
3267:22, 3270:4
**late** [1] - 3182:23
**later** [5] - 3157:15,
3182:9, 3245:20,
3254:18, 3256:21
**lateral** [3] - 3254:24,
3255:3, 3255:7
**LAW** [2] - 3132:1,
3135:14
**Law** [1] - 3195:7
**layer** [28] - 3192:22,
3192:23, 3193:1,
3193:2, 3193:5,
3193:8, 3193:10,
3193:18, 3193:19,
3194:1, 3194:2,
3194:10, 3196:13,
3196:20, 3198:10,
3198:25, 3208:15,
3209:19, 3214:7,
3214:13, 3214:16,
3214:22, 3218:19,
3219:4, 3268:11,
3268:12, 3268:21
**layering** [9] -
3264:10, 3264:21,
3266:25, 3267:2,
3267:11, 3267:12,
3267:19, 3267:21
**layers** [10] - 3192:24,
3193:9, 3193:13,
3196:15, 3215:9,
3218:4, 3243:6,
3265:16, 3267:7,
3267:9
**lead** [1] - 3152:14
**leadership** [1] -
3245:22
**leading** [3] - 3149:3,
3154:8, 3186:12
**leads** [1] - 3160:12
**leaking** [1] - 3172:8
**learned** [1] - 3208:7
**LEASING** [1] -
3131:8
**least** [7] - 3175:14,
3198:7, 3226:4,
3227:2, 3229:20,
3230:10, 3248:4
**leave** [1] - 3239:6
**lecturer** [1] - 3190:15
**LEE** [1] - 3135:14
**left** [9] - 3182:23,
3194:23, 3195:19,
3220:1, 3250:21,
3257:23, 3264:23,
3265:2, 3272:13

**legal** [2] - 3181:19,
3182:12
**LEIF** [2] - 3184:9,
3184:13
**Leif** [3] - 3184:6,
3184:13, 3190:21
**length** [9] - 3237:13,
3257:5, 3257:9,
3257:10, 3258:19,
3258:24, 3259:12,
3259:18, 3264:21
**less** [10] - 3142:10,
3143:1, 3143:3,
3200:5, 3205:3,
3215:21, 3223:22,
3225:16, 3261:22,
3264:4
**let** [20] - 3143:10,
3147:24, 3150:1,
3154:16, 3163:24,
3165:11, 3165:13,
3178:18, 3182:8,
3184:15, 3202:15,
3205:5, 3207:18,
3213:3, 3225:6,
3230:2, 3257:23,
3260:21, 3265:14,
3266:13
**let's** [89] - 3138:17,
3148:25, 3152:13,
3152:22, 3152:23,
3153:4, 3154:25,
3158:17, 3160:9,
3161:13, 3162:22,
3164:15, 3167:2,
3169:2, 3169:14,
3177:24, 3180:14,
3185:20, 3186:8,
3188:9, 3189:25,
3190:6, 3190:12,
3192:2, 3192:15,
3194:20, 3196:18,
3197:22, 3197:23,
3198:8, 3201:24,
3203:5, 3204:18,
3205:9, 3205:23,
3205:24, 3206:12,
3207:8, 3208:14,
3211:5, 3211:6,
3211:17, 3212:15,
3212:22, 3218:4,
3220:8, 3221:25,
3232:21, 3233:6,
3237:15, 3237:16,
3237:22, 3239:7,
3240:7, 3241:2,
3241:6, 3241:8,
3242:7, 3242:22,
3243:5, 3244:19,
3245:3, 3247:11,

3249:12, 3250:8,
3255:13, 3256:22,
3256:25, 3257:19,
3257:24, 3260:10,
3262:21, 3263:13,
3263:18, 3264:2,
3264:14, 3267:4,
3268:18, 3268:25,
3269:14, 3270:16,
3271:19, 3272:9,
3272:10, 3272:15
**level** [5] - 3173:20,
3189:1, 3198:6,
3198:7, 3200:16
**levelling** [1] -
3199:13
**levels** [2] - 3212:2,
3267:12
**LEVIN** [1] - 3131:21
**LEWIS** [3] - 3133:5,
3133:21, 3134:1
**LI** [1] - 3134:22
**lie** [1] - 3216:15
**LIEF** [1] - 3136:14
**Liege** [1] - 3245:7
**life** [1] - 3142:14
**lightness** [1] -
3267:12
**like** [57] - 3142:15,
3149:11, 3151:6,
3151:9, 3152:16,
3158:19, 3161:8,
3161:10, 3166:5,
3166:16, 3167:24,
3168:17, 3168:22,
3168:23, 3171:8,
3174:3, 3174:17,
3174:18, 3175:3,
3175:8, 3177:23,
3178:2, 3186:25,
3196:7, 3200:11,
3202:1, 3204:17,
3206:6, 3211:9,
3211:12, 3212:20,
3223:20, 3225:14,
3226:25, 3227:8,
3232:13, 3233:15,
3235:11, 3237:1,
3239:3, 3248:7,
3251:6, 3251:17,
3260:16, 3261:4,
3261:5, 3262:15,
3264:1, 3264:11,
3264:17, 3266:1,
3266:6, 3267:19,
3267:21, 3268:15,
3269:17, 3269:25
**likely** [3] - 3163:19,
3164:1, 3216:15
**likewise** [2] -

3221:10, 3222:5
**limine** [3] - 3182:6,
3182:10, 3182:11
**limitations** [1] -
3223:14
**limited** [11] - 3195:1,
3195:13, 3195:23,
3196:3, 3222:3,
3222:17, 3232:3,
3232:5, 3232:8,
3234:2, 3239:2
**LIMITED** [1] - 3133:4
**limits** [2] - 3230:7,
3230:9
**line** [35] - 3141:23,
3155:24, 3160:1,
3162:3, 3163:18,
3163:19, 3163:25,
3164:1, 3164:4,
3164:6, 3203:15,
3203:17, 3204:3,
3204:11, 3208:16,
3208:19, 3209:9,
3209:10, 3213:5,
3214:2, 3222:6,
3233:8, 3233:11,
3233:16, 3233:20,
3234:6, 3234:14,
3238:1, 3238:3,
3238:4, 3238:8,
3239:23, 3241:10
**linear** [4] - 3160:17,
3224:7, 3235:5
**lines** [4] - 3164:7,
3183:21, 3205:17,
3205:18
**link** [4] - 3268:1,
3268:2, 3268:7,
3268:13
**liquid** [1] - 3269:1
**LISKOW** [1] - 3133:5
**list** [12] - 3178:13,
3179:11, 3179:17,
3180:7, 3180:8,
3180:9, 3180:20,
3217:11, 3217:12,
3248:11, 3256:4,
3256:23
**listed** [1] - 3255:20
**listen** [2] - 3207:8,
3208:5
**little** [18] - 3142:10,
3149:8, 3165:11,
3169:10, 3170:15,
3182:12, 3193:23,
3201:16, 3207:19,
3225:5, 3234:22,
3236:18, 3237:3,
3246:2, 3256:21,
3264:19, 3271:15

**LLC** [1] - 3134:13
**LLP** [1] - 3133:18
**load** [6] - 3223:21,
3255:2, 3255:7,
3257:25, 3263:21,
3265:4
**loading** [1] - 3272:10
**loads** [3] - 3254:20,
3255:7, 3257:24
**locate** [1] - 3196:23
**located** [1] - 3198:11
**location** [1] - 3204:3
**Lockett** [5] -
3156:10, 3157:3,
3158:11, 3158:14
**log** [76] - 3197:15,
3197:19, 3198:12,
3198:13, 3199:16,
3199:17, 3199:22,
3199:23, 3199:24,
3199:25, 3200:12,
3202:11, 3202:13,
3202:25, 3203:3,
3203:23, 3205:15,
3205:24, 3206:9,
3206:11, 3206:17,
3206:18, 3206:19,
3208:17, 3213:6,
3220:3, 3220:4,
3220:6, 3220:9,
3220:11, 3220:12,
3220:14, 3221:11,
3227:20, 3227:23,
3232:20, 3234:23,
3235:1, 3235:6,
3235:8, 3235:11,
3235:14, 3235:18,
3239:8, 3239:11,
3240:21, 3240:23,
3241:1
**log-log** [23] -
3197:15, 3198:12,
3198:13, 3199:16,
3202:11, 3202:25,
3203:3, 3206:17,
3206:19, 3220:4,
3220:6, 3220:9,
3220:11, 3220:12,
3220:14, 3221:11,
3227:20, 3235:8,
3235:11, 3235:14,
3240:21, 3241:1
**logarithmic** [2] -
3235:1, 3235:4
**logged** [1] - 3168:11
**logical** [1] - 3209:4
**logs** [1] - 3261:1
**long** [7] - 3145:25,
3187:4, 3188:6,
3189:22, 3195:12,

3209:2, 3260:17
**longer** [1] - 3260:16
**look** [44] - 3142:13,
3149:1, 3149:22,
3149:25, 3162:22,
3165:4, 3168:15,
3169:17, 3170:4,
3174:10, 3186:24,
3201:8, 3205:15,
3220:8, 3220:17,
3221:25, 3223:21,
3227:8, 3229:17,
3229:19, 3230:16,
3231:14, 3233:7,
3237:15, 3237:16,
3237:22, 3238:14,
3241:2, 3241:8,
3242:7, 3243:4,
3243:6, 3250:14,
3253:8, 3259:3,
3264:11, 3264:12,
3266:4, 3266:6,
3269:18, 3269:21
**looked** [16] -
3147:25, 3154:6,
3168:17, 3169:17,
3170:1, 3177:23,
3188:13, 3188:22,
3188:23, 3188:25,
3211:12, 3229:23,
3230:21, 3230:23,
3231:21, 3253:8
**looking** [22] -
3154:3, 3179:6,
3185:25, 3194:12,
3198:17, 3198:18,
3199:2, 3199:10,
3199:17, 3203:11,
3208:15, 3210:22,
3211:21, 3213:12,
3215:2, 3218:10,
3228:18, 3231:16,
3232:19, 3234:10,
3241:18, 3247:20
**looks** [5] - 3200:10,
3203:2, 3204:17,
3215:20, 3226:25
**Loos** [3] - 3252:22,
3253:3, 3253:4
**Los** [4] - 3133:20,
3134:24, 3245:11,
3245:12
**lot** [18] - 3151:5,
3151:21, 3152:5,
3152:14, 3155:15,
3156:18, 3156:19,
3161:11, 3161:15,
3170:13, 3175:21,
3188:18, 3188:25,
3199:5, 3219:22,

3220:24, 3222:12,
3258:10
**lots** [3] - 3207:4,
3245:1, 3263:22
**LOUISIANA** [2] -
3131:1, 3132:9
**Louisiana** [1] -
3273:5
**low** [16] - 3161:13,
3165:18, 3173:16,
3174:12, 3189:12,
3195:10, 3201:11,
3201:14, 3201:18,
3209:1, 3215:11,
3215:15, 3230:6,
3236:19, 3271:5
**low-cost** [1] -
3189:12
**low-rate** [1] -
3201:14
**lower** [24] - 3161:11,
3163:22, 3193:4,
3193:8, 3193:22,
3194:3, 3199:10,
3214:13, 3214:16,
3214:22, 3214:25,
3215:6, 3215:8,
3215:23, 3221:15,
3238:8, 3239:12,
3240:12, 3240:18,
3241:6, 3241:17,
3243:3, 3243:12,
3265:1
**lowered** [1] -
3231:24
**LP** [1] - 3134:6
**LUIS** [1] - 3134:22
**lunch** [1] - 3272:15
**LUNCH** [1] - 3272:19
**LUNDY** [3] - 3132:3,
3132:4
**LUXENBERG** [1] -
3131:24

# M

**M** [4] - 3132:6,
3135:17, 3203:23,
3203:24
**M56** [2] - 3218:4,
3218:14
**M56D** [15] - 3193:5,
3196:20, 3198:9,
3198:25, 3208:15,
3209:18, 3211:17,
3212:16, 3214:7,
3214:11, 3215:9,
3218:17, 3237:17,
3237:23, 3242:23

**M56E** [15] - 3193:4,
3193:5, 3193:8,
3193:15, 3193:18,
3194:1, 3194:10,
3196:13, 3214:13,
3214:16, 3214:22,
3215:8, 3218:25,
3219:18, 3241:6
**M56F** [1] - 3219:3
**Macondo** [32] -
3148:22, 3166:10,
3166:17, 3189:7,
3191:17, 3191:18,
3192:12, 3196:22,
3210:6, 3216:10,
3216:14, 3218:14,
3219:12, 3220:3,
3229:3, 3231:25,
3242:23, 3244:15,
3249:3, 3249:16,
3250:1, 3250:11,
3252:19, 3255:23,
3257:13, 3264:20,
3266:18, 3266:22,
3266:24, 3267:2,
3269:8, 3271:3
**made** [11] - 3153:8,
3157:25, 3169:13,
3222:21, 3222:23,
3223:9, 3223:25,
3225:8, 3233:13,
3236:22, 3249:8
**Magazine** [1] -
3132:2
**magnitude** [5] -
3171:7, 3171:15,
3171:18, 3189:1,
3272:1
**mail** [12] - 3155:6,
3156:9, 3156:16,
3156:17, 3158:12,
3167:9, 3168:12,
3168:13, 3168:20,
3175:24, 3253:2
**mails** [2] - 3252:21,
3253:3
**main** [9] - 3195:11,
3197:7, 3199:4,
3211:19, 3211:20,
3213:15, 3231:4,
3231:10, 3237:13
**maintaining** [2] -
3143:5, 3143:7
**maintains** [1] -
3181:15
**major** [2] - 3247:7
**make** [21] - 3143:10,
3145:9, 3146:10,
3150:2, 3153:21,
3154:16, 3159:4,

3167:24, 3168:2,
3168:17, 3182:22,
3183:20, 3206:23,
3218:1, 3232:14,
3233:18, 3257:23,
3259:17, 3267:22,
3267:25, 3268:6
**makes** [3] - 3158:24,
3177:14, 3177:16
**making** [3] -
3142:18, 3158:23,
3171:14
**man** [1] - 3168:21
**managers** [1] -
3253:6
**many** [23] - 3139:22,
3146:20, 3147:9,
3153:22, 3153:23,
3157:8, 3159:6,
3160:19, 3166:11,
3166:18, 3168:8,
3168:23, 3173:3,
3176:14, 3176:15,
3187:15, 3189:1,
3246:6, 3251:18
**Mark** [1] - 3167:12
**marshaling** [3] -
3178:20, 3179:13,
3217:10
**Martin** [2] - 3217:16,
3217:23
**MARTIN** [3] -
3133:19, 3135:8,
3135:14
**MARTINEZ** [2] -
3133:23, 3216:23
**mass** [4] - 3144:18,
3145:18, 3145:19,
3146:10
**master's** [2] -
3189:21, 3189:22
**match** [22] - 3194:14,
3196:9, 3196:12,
3209:6, 3211:12,
3211:23, 3212:19,
3215:9, 3215:12,
3215:16, 3215:19,
3215:24, 3232:13,
3232:20, 3232:21,
3234:15, 3235:17,
3237:10, 3238:18,
3239:14, 3240:17
**matched** [2] -
3209:7, 3209:11
**matches** [5] -
3209:14, 3235:22,
3237:9, 3239:18,
3239:19
**matching** [1] -
3237:7

**material** [2] - 3264:5,
3268:10
**materials** [1] -
3248:11
**mathematical** [2] -
3200:7, 3210:2
**mathematics** [1] -
3186:6
**Matt** [1] - 3174:25
**matter** [9] - 3159:18,
3166:6, 3179:15,
3190:4, 3217:4,
3260:13, 3263:4,
3272:11, 3273:8
**matters** [2] - 3137:7,
3180:6
**MATTHEW** [2] -
3132:4, 3133:12
**maximum** [1] -
3173:24
**Maximus** [18] -
3138:14, 3138:17,
3138:22, 3142:24,
3143:18, 3143:19,
3143:21, 3146:15,
3150:1, 3150:6,
3150:7, 3151:6,
3152:9, 3152:19,
3164:19, 3164:20,
3164:22, 3165:2
**May** [21] - 3154:23,
3156:9, 3158:17,
3158:19, 3158:21,
3159:5, 3160:1,
3163:19, 3163:20,
3163:25, 3164:1,
3164:6, 3164:7,
3169:18, 3169:25,
3170:1, 3170:17,
3172:18, 3173:25,
3249:4
**may** [8] - 3162:10,
3177:25, 3184:19,
3217:17, 3224:11,
3224:19, 3244:4
**maybe** [2] - 3168:19,
3267:24
**mayonnaise** [2] -
3268:16, 3268:17
**MAZE** [1] - 3132:13
**Mazella** [1] - 3167:12
**MBD** [1] - 3173:7
**McCasland** [1] -
3246:1
**McCRANEY** [1] -
3135:16
**McCUTCHEN** [1] -
3134:9
**MD** [1] - 3135:2
**MDL-2179** [1] -

3131:3
**MDT** [19] - 3186:24,
3189:6, 3189:11,
3192:5, 3210:5,
3219:5, 3219:11,
3221:13, 3222:18,
3223:4, 3225:1,
3225:9, 3228:2,
3228:11, 3229:3,
3229:12, 3229:24,
3230:3, 3230:11
**MDTs** [1] - 3189:11
**me** [28] - 3143:10,
3147:24, 3150:1,
3152:14, 3154:16,
3161:17, 3163:24,
3165:11, 3165:13,
3170:11, 3177:23,
3195:17, 3195:21,
3197:16, 3201:3,
3205:5, 3207:18,
3224:21, 3225:6,
3230:2, 3249:24,
3255:9, 3257:23,
3260:21, 3261:19,
3264:10, 3266:13,
3270:18
**mean** [38] - 3145:19,
3148:23, 3154:8,
3159:23, 3162:10,
3172:3, 3172:12,
3185:23, 3187:2,
3199:2, 3199:3,
3200:15, 3201:16,
3204:20, 3210:23,
3210:25, 3215:3,
3215:11, 3220:22,
3220:25, 3221:14,
3221:18, 3230:21,
3231:4, 3231:14,
3231:16, 3233:25,
3234:12, 3236:17,
3237:11, 3239:25,
3240:15, 3240:21,
3241:25, 3244:16,
3245:18, 3257:9,
3270:18
**meaning** [1] - 3230:1
**meaningful** [1] -
3228:7
**means** [13] - 3150:8,
3150:13, 3176:20,
3176:22, 3176:23,
3199:22, 3229:3,
3240:12, 3255:9,
3255:11, 3259:3,
3268:1, 3272:6
**meant** [2] - 3158:11,
3168:25
**measure** [2] -

3201:22, 3272:1
**measured** [5] -
3168:15, 3170:7,
3203:9, 3210:13,
3260:7
**measurement** [1] -
3236:24
**measurements** [4] -
3230:11, 3242:12,
3247:18, 3249:20
**mechanical** [1] -
3135:22
**Mechanics** [4] -
3248:2, 3256:7,
3256:16, 3261:16
**mechanics** [16] -
3186:25, 3245:2,
3245:14, 3245:22,
3246:6, 3246:8,
3246:10, 3246:12,
3246:19, 3251:9,
3251:22, 3253:7,
3258:24, 3262:14,
3269:16
**mechanism** [2] -
3167:20, 3168:8
**mechanisms** [1] -
3168:9
**medicine** [1] -
3248:6
**meet** [1] - 3178:23
**meeting** [1] -
3217:24
**memo** [1] - 3205:6
**memorandum** [2] -
3204:25, 3242:6
**memory** [1] -
3170:11
**memos** [1] - 3265:10
**mention** [1] -
3247:24
**mentioned** [5] -
3154:15, 3159:7,
3161:20, 3221:7,
3246:9
**mentioning** [1] -
3267:23
**mentions** [1] -
3262:25
**merits** [1] - 3181:24
**Merrill** [1] - 3178:3
**method** [11] -
3147:8, 3154:20,
3154:21, 3164:19,
3170:21, 3173:7,
3174:10, 3210:2,
3220:2, 3221:7,
3234:23
**methodologies** [2] -
3194:5, 3194:7

**methodology** [7] -
3194:8, 3196:22,
3210:21, 3214:11,
3221:3, 3221:4,
3222:6
**methods** [6] -
3157:22, 3219:12,
3219:24, 3223:13,
3234:23, 3249:21
**Mexico** [4] - 3188:24,
3188:25, 3245:12,
3246:16
**MEXICO** [1] - 3131:4
**MICHAEL** [1] -
3134:21
**middle** [9] - 3155:21,
3201:4, 3212:7,
3212:8, 3214:18,
3240:8, 3241:16
**midst** [1] - 3208:14
**might** [15] - 3137:5,
3168:16, 3169:10,
3170:16, 3175:19,
3178:7, 3181:20,
3183:2, 3220:24,
3225:3, 3228:11,
3238:21, 3245:24,
3270:12
**MIKE** [1] - 3135:14
**MILLER** [1] -
3134:15
**millidarcies** [28] -
3192:14, 3192:19,
3193:19, 3193:21,
3204:4, 3208:20,
3209:9, 3209:11,
3211:19, 3211:22,
3212:14, 3212:16,
3213:22, 3214:2,
3214:4, 3214:6,
3214:19, 3214:21,
3215:18, 3215:24,
3216:15, 3233:22,
3237:19, 3240:25,
3241:7, 3243:7
**million** [1] - 3170:20
**mimic** [5] - 3254:24,
3258:14, 3260:1,
3260:3, 3264:3
**mimicking** [1] -
3264:1
**mimics** [1] - 3263:22
**mind** [1] - 3168:25
**mine** [1] - 3236:23
**Minnesota** [2] -
3245:8, 3259:2
**minute** [6] - 3148:5,
3154:15, 3164:15,
3187:24, 3232:21,
3271:12

**minutes** [7] -
3137:11, 3137:12,
3163:11, 3163:12,
3175:6, 3216:22,
3272:14
**mishear** [1] -
3251:14
**misnamed** [1] -
3181:5
**misses** [1] - 3212:1
**MISSISSIPPI** [1] -
3135:14
**mistake** [1] -
3222:21
**MITCHELL** [1] -
3131:21
**mix** [1] - 3208:2
**mixture** [2] - 3146:2,
3146:3
**mobility** [8] - 3194:2,
3195:8, 3201:10,
3201:18, 3228:7,
3228:11, 3229:3,
3229:12
**model** [78] - 3138:22,
3141:4, 3141:10,
3141:23, 3142:9,
3144:4, 3147:4,
3147:18, 3148:16,
3148:18, 3149:25,
3150:6, 3150:7,
3150:8, 3150:12,
3150:16, 3151:13,
3151:15, 3151:16,
3151:17, 3151:18,
3156:12, 3160:12,
3191:22, 3194:15,
3194:17, 3194:18,
3194:23, 3194:25,
3195:1, 3195:6,
3195:13, 3195:18,
3196:1, 3204:8,
3204:9, 3204:14,
3205:11, 3205:20,
3205:22, 3205:23,
3208:23, 3209:13,
3212:9, 3213:13,
3213:18, 3213:20,
3232:1, 3232:2,
3232:3, 3232:5,
3232:6, 3232:7,
3232:8, 3232:17,
3232:23, 3233:13,
3233:20, 3233:23,
3233:24, 3234:5,
3234:18, 3236:1,
3237:7, 3238:1,
3238:8, 3238:18,
3239:3, 3239:21,
3240:4, 3240:6,

3240:18, 3241:9,
3241:16
**modeling** [23] -
3141:6, 3142:24,
3147:21, 3147:24,
3147:25, 3148:15,
3149:19, 3149:22,
3150:1, 3150:15,
3151:2, 3155:2,
3155:10, 3156:24,
3163:5, 3164:19,
3164:20, 3164:22,
3165:2, 3176:2,
3176:3, 3204:10
**modelled** [3] -
3138:14, 3146:15,
3146:16
**models** [12] - 3151:5,
3151:10, 3151:20,
3151:21, 3152:4,
3152:6, 3152:7,
3194:22, 3195:4,
3232:14, 3236:10,
3236:11
**modern** [1] - 3210:20
**moment** [8] -
3155:22, 3155:25,
3158:17, 3167:2,
3204:18, 3207:8,
3209:25, 3212:15
**MONTAGNET** [1] -
3135:16
**Monte** [2] - 3193:21,
3213:8
**Montgomery** [1] -
3132:14
**MOORE** [1] -
3135:14
**more** [39] - 3140:16,
3142:15, 3143:19,
3145:22, 3149:16,
3149:19, 3153:23,
3157:15, 3159:14,
3163:15, 3166:7,
3175:15, 3188:10,
3197:19, 3199:17,
3199:18, 3200:5,
3200:18, 3201:16,
3205:16, 3207:19,
3210:20, 3212:11,
3216:15, 3218:2,
3220:25, 3221:1,
3223:22, 3225:15,
3237:3, 3238:13,
3245:25, 3246:3,
3247:6, 3247:18,
3254:1, 3258:10
**MORGAN** [2] -
3132:6
**MORNING** [2] -

3131:11, 3137:3
**morning** [13] -
3137:6, 3137:25,
3138:2, 3174:25,
3177:25, 3184:23,
3184:24, 3216:20,
3217:2, 3217:16,
3217:21, 3217:22
**most** [9] - 3150:4,
3195:3, 3198:23,
3212:1, 3224:1,
3247:7, 3248:3,
3252:13, 3255:25
**mostly** [3] - 3187:23,
3188:18, 3217:25
**motion** [7] - 3181:21,
3182:5, 3182:6,
3182:10, 3182:11,
3182:13, 3190:22
**motions** [1] -
3248:12
**move** [18] - 3191:7,
3201:6, 3205:18,
3206:16, 3220:6,
3227:9, 3236:15,
3237:11, 3237:13,
3242:2, 3248:9,
3259:20, 3264:2,
3271:16, 3271:19,
3272:6, 3272:9
**moved** [1] - 3240:22
**moving** [2] -
3177:24, 3206:9
**Mr** [28] - 3136:7,
3136:8, 3136:17,
3138:9, 3142:2,
3148:8, 3148:9,
3148:15, 3148:21,
3149:1, 3154:2,
3154:6, 3155:7,
3157:15, 3162:24,
3163:5, 3167:14,
3168:1, 3175:10,
3175:24, 3176:11,
3178:4, 3179:6,
3202:3, 3216:19,
3217:12, 3248:14
**MR** [68] - 3137:8,
3137:22, 3137:24,
3138:4, 3138:7,
3138:9, 3138:10,
3142:3, 3142:4,
3155:13, 3155:19,
3164:10, 3164:14,
3168:3, 3171:25,
3172:5, 3174:19,
3174:24, 3177:18,
3177:22, 3177:23,
3177:25, 3178:2,
3178:11, 3179:5,

3179:11, 3180:1,
3180:6, 3180:19,
3180:25, 3181:8,
3181:12, 3181:25,
3182:7, 3182:10,
3182:16, 3182:19,
3184:3, 3190:23,
3191:9, 3202:5,
3202:9, 3202:20,
3202:23, 3206:2,
3206:23, 3212:24,
3216:21, 3217:2,
3217:16, 3217:20,
3218:7, 3218:9,
3228:18, 3228:24,
3229:2, 3229:9,
3229:10, 3243:14,
3248:15, 3261:19,
3262:6, 3262:8,
3262:24, 3265:5,
3270:23, 3271:7,
3272:4
**mS** [1] - 3244:4
**MS** [72] - 3135:15,
3135:18, 3178:9,
3178:24, 3179:1,
3179:9, 3180:17,
3180:23, 3181:10,
3183:1, 3183:4,
3183:22, 3183:25,
3184:5, 3184:15,
3184:18, 3184:22,
3190:20, 3191:3,
3191:7, 3191:11,
3195:25, 3197:9,
3202:2, 3202:8,
3202:16, 3202:22,
3202:25, 3203:6,
3203:8, 3205:25,
3206:5, 3206:14,
3206:15, 3206:21,
3207:2, 3212:22,
3213:2, 3213:4,
3216:17, 3216:23,
3228:13, 3228:21,
3229:5, 3243:16,
3243:20, 3244:7,
3248:7, 3248:23,
3249:2, 3251:10,
3251:20, 3253:22,
3254:8, 3261:9,
3261:21, 3262:2,
3262:7, 3262:19,
3262:20, 3263:4,
3263:8, 3263:11,
3263:12, 3265:9,
3266:8, 3266:16,
3270:25, 3271:17,
3271:18, 3272:8,
3272:14
**Ms** [7] - 3136:15,

3136:16, 3136:20,
3136:21, 3179:3,
3182:5, 3253:4
**much** [27] - 3137:9,
3137:15, 3141:22,
3149:16, 3159:18,
3161:7, 3161:10,
3163:22, 3167:19,
3194:3, 3215:19,
3223:17, 3225:13,
3229:20, 3236:17,
3237:11, 3253:18,
3264:4, 3264:5,
3265:4, 3267:20,
3268:23, 3270:8,
3270:10, 3270:19,
3271:4, 3272:13
**mud** [5] - 3157:21,
3162:17, 3163:2,
3167:3, 3168:22
**multiphase** [5] -
3145:21, 3145:25,
3146:3, 3164:8,
3164:25, 3165:1
**MUNGER** [1] -
3134:20
**must** [1] - 3206:8
**my** [50] - 3137:14,
3153:8, 3153:13,
3153:22, 3154:20,
3160:21, 3161:20,
3163:11, 3163:24,
3164:5, 3165:3,
3165:4, 3165:15,
3168:6, 3171:6,
3174:10, 3182:24,
3183:9, 3184:13,
3187:19, 3190:19,
3192:14, 3193:19,
3194:11, 3197:19,
3207:9, 3208:6,
3209:20, 3217:23,
3220:5, 3224:11,
3225:6, 3230:2,
3233:22, 3238:12,
3245:23, 3246:15,
3247:9, 3247:17,
3249:14, 3255:22,
3256:6, 3257:23,
3260:17, 3261:14,
3270:14, 3270:15,
3273:7
**myths** [1] - 3175:18

# N

**N** [6] - 3132:7,
3133:13, 3136:2,
3137:1, 3184:14,
3259:6
**N.W** [2] - 3133:17,

3134:11
**name** [4] - 3184:12,
3184:13, 3217:23,
3244:1
**names** [2] - 3180:20,
3262:12
**narrower** [1] -
3182:12
**NATHANIEL** [1] -
3132:18
**nationally** [2] -
3246:8, 3247:8
**nature** [1] - 3228:2
**near** [1] - 3161:14
**nebulous** [1] -
3172:14
**necessarily** [1] -
3145:12
**necessary** [3] -
3147:23, 3220:7,
3248:22
**necessity** [2] -
3144:6, 3144:8
**need** [18] - 3142:16,
3146:8, 3146:9,
3146:25, 3147:19,
3150:16, 3151:16,
3156:11, 3164:8,
3180:11, 3181:12,
3201:22, 3252:7,
3262:18, 3267:22,
3269:7, 3269:18,
3270:12
**needed** [1] - 3157:20
**needs** [2] - 3143:25,
3180:9
**neighbors** [1] -
3207:24
**neither** [1] - 3190:21
**Nesic** [1] - 3178:17
**network** [2] -
3141:16
**never** [3] - 3152:12,
3239:4, 3262:17
**new** [3] - 3188:14,
3188:20, 3203:11
**New** [10] - 3131:4,
3131:17, 3131:25,
3132:2, 3132:11,
3133:7, 3134:8,
3134:17, 3135:20,
3245:12
**newer** [1] - 3210:25
**next** [18] - 3137:15,
3193:5, 3197:3,
3198:5, 3199:16,
3201:6, 3201:25,
3202:1, 3204:6,
3205:12, 3209:12,
3218:23, 3243:19,

3253:13, 3256:12,
3259:20, 3264:2,
3268:18
**NIX** [1] - 3135:7
**No** [6] - 3131:3,
3131:7, 3131:9,
3200:25, 3201:4,
3201:5
**no** [88] - 3138:24,
3139:20, 3140:11,
3140:13, 3141:5,
3141:15, 3144:25,
3147:8, 3147:23,
3148:3, 3149:25,
3152:11, 3152:18,
3153:7, 3153:22,
3156:8, 3158:13,
3158:16, 3159:14,
3160:24, 3162:25,
3170:1, 3170:4,
3171:12, 3174:19,
3177:3, 3177:5,
3177:7, 3177:8,
3178:6, 3178:9,
3179:9, 3180:17,
3180:18, 3181:9,
3181:10, 3185:13,
3190:23, 3191:9,
3191:19, 3192:1,
3196:16, 3197:12,
3208:4, 3210:7,
3210:9, 3211:1,
3211:24, 3212:1,
3212:20, 3214:8,
3216:17, 3217:13,
3219:5, 3219:14,
3219:16, 3220:4,
3225:25, 3229:5,
3229:11, 3230:12,
3230:21, 3231:14,
3231:20, 3232:6,
3232:13, 3233:14,
3233:22, 3239:17,
3243:16, 3248:12,
3251:13, 3251:16,
3262:18, 3262:25,
3266:11, 3266:15,
3268:7, 3268:8
**NOBLE** [1] - 3135:16
**noise** [11] - 3175:21,
3228:2, 3228:5,
3228:6, 3229:17,
3229:24, 3231:2,
3231:3, 3231:12,
3231:18, 3239:2
**noisy** [2] - 3222:3,
3230:4
**nominated** [1] -
3248:2
**non** [6] - 3139:23,

3139:24, 3143:22, 3147:11, 3262:11

**NON** [1] - 3131:12

**non-circular** [5] - 3139:23, 3139:24, 3143:22, 3147:11

**NON-JURY** [1] - 3131:12

**non-usefulness** [1] - 3262:11

**none** [2] - 3183:5, 3217:15

**nor** [4] - 3190:21, 3202:7, 3202:9, 3206:3

**normal** [3] - 3141:11, 3255:7, 3270:20

**normalization** [1] - 3200:9

**normally** [11] - 3195:5, 3198:12, 3220:12, 3223:8, 3223:20, 3223:21, 3225:14, 3235:12, 3237:1, 3239:2

**NORTH** [4] - 3133:2, 3133:3, 3133:4, 3133:5

**Norway** [1] - 3187:12

**not** [127] - 3141:5, 3143:21, 3144:25, 3145:5, 3145:12, 3147:6, 3148:3, 3152:25, 3153:5, 3153:24, 3156:13, 3158:16, 3160:6, 3160:18, 3164:13, 3165:14, 3166:17, 3167:7, 3167:19, 3168:3, 3168:11, 3169:24, 3171:13, 3175:20, 3177:9, 3177:10, 3179:19, 3181:15, 3182:1, 3182:11, 3182:13, 3183:11, 3189:15, 3192:6, 3195:15, 3199:8, 3199:23, 3200:3, 3202:6, 3202:14, 3202:17, 3203:12, 3206:3, 3207:22, 3208:10, 3208:23, 3210:8, 3211:1, 3211:2, 3211:25, 3212:9, 3212:21, 3212:25, 3213:8, 3213:23, 3214:1, 3215:19, 3219:3, 3219:5, 3219:8, 3219:13,

3221:22, 3222:16, 3222:23, 3223:13, 3223:14, 3223:16, 3224:6, 3224:25, 3225:3, 3225:4, 3225:6, 3225:11, 3225:12, 3225:18, 3225:23, 3227:6, 3227:13, 3227:15, 3227:18, 3228:11, 3228:15, 3228:19, 3228:21, 3229:7, 3229:15, 3231:3, 3231:4, 3231:20, 3232:10, 3232:16, 3233:13, 3233:20, 3234:10, 3235:4, 3236:2, 3236:13, 3236:15, 3236:16, 3236:17, 3237:1, 3240:14, 3240:16, 3241:18, 3248:4, 3250:5, 3251:7, 3251:14, 3252:4, 3254:23, 3256:10, 3259:5, 3260:1, 3260:23, 3261:11, 3263:9, 3265:6, 3265:7, 3268:22, 3269:25, 3270:9, 3270:18, 3270:20

**notation** [1] - 3252:5

**note** [3] - 3175:18, 3206:23, 3207:4

**nothing** [2] - 3169:11, 3208:7

**noticing** [1] - 3237:14

**November** [2] - 3179:1, 3179:2

**now** [68] - 3142:13, 3146:13, 3147:3, 3151:5, 3154:25, 3157:2, 3157:3, 3158:17, 3166:19, 3167:18, 3168:18, 3170:6, 3173:9, 3175:17, 3176:7, 3176:19, 3180:1, 3180:12, 3186:8, 3186:9, 3188:9, 3192:2, 3193:4, 3196:13, 3202:11, 3205:23, 3206:21, 3208:14, 3209:21, 3210:19, 3211:5, 3212:15, 3214:9, 3215:7, 3217:11, 3218:10, 3225:2, 3226:7, 3227:6,

3227:19, 3228:1, 3229:23, 3230:9, 3231:12, 3231:23, 3232:19, 3233:7, 3234:5, 3236:3, 3237:16, 3238:3, 3238:13, 3239:19, 3240:6, 3243:4, 3246:5, 3249:23, 3252:24, 3258:4, 3258:16, 3262:21, 3263:13, 3265:4, 3265:20, 3267:22, 3270:7, 3270:12, 3272:5

**nuclear** [1] - 3246:11

**number** [37] - 3137:16, 3137:17, 3144:16, 3158:7, 3162:13, 3167:11, 3167:13, 3167:16, 3167:24, 3169:6, 3169:9, 3170:21, 3173:9, 3173:16, 3176:25, 3200:23, 3213:10, 3214:17, 3220:21, 3221:2, 3230:1, 3234:11, 3237:2, 3239:11, 3240:1, 3249:8, 3249:14, 3249:17, 3249:18, 3249:22, 3250:4, 3257:7, 3260:1, 3260:16, 3260:25, 3261:1

**numbered** [2] - 3200:25, 3273:8

**numbering** [2] - 3200:20, 3200:23

**numbers** [10] - 3155:3, 3201:1, 3201:3, 3219:15, 3232:11, 3242:16, 3249:11, 3252:14, 3256:8, 3269:6

**numerical** [1] - 3270:20

**NW** [1] - 3133:9

**NY** [1] - 3131:25

# O

**O** [3] - 3131:19, 3137:1, 3244:3

**O'CONNOR** [1] - 3133:16

**O'Keefe** [1] - 3131:16

**O'ROURKE** [1] - 3132:18

**oath** [1] - 3137:18

**object** [4] - 3155:13, 3155:14, 3164:10, 3206:2

**objected** [3] - 3212:23, 3228:22, 3233:6

**objecting** [1] - 3202:23

**objection** [35] - 3138:5, 3138:7, 3155:18, 3164:13, 3169:3, 3178:8, 3178:10, 3179:9, 3180:17, 3180:18, 3181:9, 3190:23, 3190:25, 3191:9, 3191:10, 3202:4, 3202:21, 3203:7, 3205:25, 3206:13, 3206:22, 3206:24, 3217:13, 3228:13, 3228:14, 3229:5, 3229:6, 3229:7, 3248:9, 3261:25, 3262:9, 3263:10, 3265:17, 3271:15, 3272:5

**objections** [4] - 3178:6, 3181:16, 3217:14, 3248:10

**obtain** [4] - 3140:13, 3249:10, 3249:22, 3250:3

**obtained** [2] - 3203:25, 3245:6

**obvious** [2] - 3209:5, 3262:17

**obviously** [10] - 3137:13, 3172:8, 3183:12, 3190:23, 3194:2, 3246:20, 3248:18, 3252:13, 3256:6, 3271:14

**occur** [2] - 3166:6, 3254:24

**occurs** [2] - 3258:3, 3267:2

**OCTOBER** [1] - 3137:2

**October** [2] - 3131:5, 3178:25

**of** [757] - 3138:4, 3138:16, 3138:24, 3138:25, 3139:1, 3139:2, 3139:6, 3139:8, 3139:9, 3139:11, 3139:12, 3139:15, 3139:19, 3139:24, 3140:3,

3140:4, 3140:5, 3140:6, 3140:9, 3140:10, 3140:15, 3140:21, 3141:3, 3141:5, 3141:8, 3141:11, 3141:12, 3141:20, 3141:21, 3142:5, 3142:10, 3142:17, 3142:21, 3142:22, 3143:2, 3143:4, 3143:11, 3143:12, 3143:15, 3143:16, 3143:25, 3144:1, 3144:2, 3144:7, 3144:8, 3144:12, 3144:13, 3144:15, 3145:2, 3146:5, 3146:10, 3146:12, 3146:14, 3146:19, 3146:21, 3147:3, 3147:4, 3147:11, 3147:20, 3147:24, 3147:25, 3148:3, 3148:13, 3148:21, 3149:1, 3149:2, 3149:3, 3149:7, 3149:8, 3149:11, 3150:2, 3150:3, 3150:4, 3150:8, 3150:10, 3150:15, 3150:20, 3151:8, 3151:21, 3152:5, 3152:7, 3152:13, 3152:14, 3153:2, 3153:5, 3153:24, 3154:9, 3154:15, 3154:18, 3154:20, 3154:22, 3154:23, 3155:1, 3155:2, 3155:3, 3155:6, 3155:15, 3155:18, 3156:12, 3156:18, 3156:19, 3156:21, 3156:22, 3156:23, 3156:24, 3157:1, 3157:5, 3157:7, 3157:8, 3157:9, 3157:11, 3157:14, 3157:18, 3157:20, 3158:20, 3158:24, 3158:25, 3159:3, 3159:4, 3159:6, 3159:11, 3159:13, 3159:17, 3159:20, 3159:21, 3159:23, 3159:24, 3160:12, 3160:17, 3160:21, 3160:22, 3160:23, 3161:1, 3161:7, 3161:11, 3161:15, 3161:16,

3161:25, 3162:2,
3162:17, 3162:20,
3163:1, 3163:2,
3163:4, 3163:8,
3163:22, 3164:5,
3164:7, 3164:8,
3164:16, 3164:23,
3164:24, 3165:1,
3165:2, 3165:5,
3165:6, 3165:7,
3165:8, 3165:23,
3166:1, 3166:3,
3166:7, 3166:13,
3166:23, 3166:25,
3167:3, 3167:11,
3167:13, 3167:16,
3167:24, 3168:13,
3168:22, 3169:6,
3169:9, 3169:10,
3169:15, 3169:18,
3169:19, 3169:21,
3169:22, 3170:4,
3170:6, 3170:11,
3171:4, 3171:7,
3171:10, 3171:11,
3171:15, 3171:18,
3171:21, 3172:16,
3172:25, 3173:2,
3173:3, 3173:6,
3173:8, 3173:9,
3173:10, 3173:17,
3173:25, 3174:5,
3174:6, 3174:11,
3174:12, 3174:13,
3175:1, 3175:3,
3175:13, 3175:20,
3175:21, 3175:25,
3176:3, 3176:4,
3176:8, 3176:19,
3176:21, 3176:22,
3176:24, 3176:25,
3177:9, 3177:11,
3178:4, 3178:13,
3178:18, 3178:25,
3179:11, 3179:14,
3179:17, 3179:23,
3179:24, 3180:5,
3180:8, 3180:13,
3180:19, 3180:20,
3181:13, 3181:15,
3181:20, 3181:22,
3183:5, 3183:6,
3183:10, 3183:13,
3183:17, 3185:7,
3185:10, 3185:14,
3185:17, 3186:3,
3186:6, 3186:12,
3186:19, 3186:21,
3186:22, 3187:5,
3187:17, 3187:21,
3187:23, 3187:25,

3188:9, 3188:13,
3188:15, 3188:16,
3188:19, 3188:21,
3188:22, 3188:23,
3188:25, 3189:1,
3189:2, 3189:9,
3189:16, 3189:19,
3189:20, 3190:1,
3190:7, 3190:13,
3191:4, 3191:17,
3191:18, 3191:21,
3191:24, 3191:25,
3192:1, 3192:2,
3192:5, 3192:9,
3192:10, 3192:12,
3192:25, 3193:2,
3193:8, 3193:12,
3193:20, 3194:11,
3194:12, 3194:14,
3194:24, 3195:7,
3195:11, 3195:17,
3195:21, 3196:5,
3196:9, 3196:12,
3196:19, 3196:22,
3197:7, 3197:8,
3197:13, 3197:17,
3197:20, 3197:21,
3198:2, 3198:4,
3198:7, 3198:11,
3198:12, 3198:20,
3198:22, 3199:3,
3199:4, 3199:5,
3199:12, 3199:13,
3199:17, 3199:19,
3200:10, 3200:21,
3201:15, 3201:21,
3202:10, 3202:23,
3202:24, 3203:2,
3203:18, 3203:19,
3203:22, 3203:23,
3204:1, 3204:3,
3204:5, 3204:8,
3204:10, 3204:13,
3205:1, 3205:17,
3205:21, 3206:7,
3206:10, 3206:11,
3206:18, 3206:23,
3206:24, 3206:25,
3207:20, 3208:2,
3208:8, 3208:14,
3208:15, 3209:2,
3209:3, 3209:18,
3209:20, 3209:21,
3209:23, 3209:24,
3210:5, 3210:22,
3211:2, 3212:1,
3212:2, 3212:3,
3212:4, 3212:7,
3212:8, 3212:10,
3212:12, 3212:19,
3213:9, 3213:12,

3213:21, 3214:7,
3214:16, 3214:18,
3214:23, 3215:12,
3216:3, 3216:10,
3216:13, 3216:14,
3217:7, 3217:9,
3217:11, 3217:17,
3217:23, 3217:25,
3218:1, 3218:3,
3218:4, 3218:14,
3218:19, 3219:1,
3219:4, 3219:7,
3219:9, 3219:11,
3219:22, 3220:24,
3221:2, 3221:3,
3221:4, 3221:12,
3221:15, 3221:21,
3221:22, 3221:24,
3221:25, 3222:5,
3222:11, 3222:12,
3222:14, 3222:17,
3222:18, 3222:22,
3223:4, 3223:9,
3223:12, 3223:14,
3223:19, 3223:21,
3223:25, 3224:1,
3224:16, 3224:17,
3225:7, 3225:16,
3225:18, 3225:19,
3225:20, 3225:22,
3225:24, 3226:5,
3226:7, 3226:8,
3226:9, 3226:10,
3226:14, 3226:20,
3226:24, 3227:2,
3227:4, 3227:22,
3227:23, 3228:1,
3228:2, 3228:5,
3228:7, 3228:14,
3228:20, 3228:24,
3229:3, 3229:7,
3229:14, 3229:20,
3229:23, 3230:7,
3230:10, 3230:14,
3230:15, 3230:16,
3230:18, 3230:19,
3230:20, 3230:23,
3230:25, 3231:2,
3231:3, 3231:7,
3231:8, 3231:12,
3231:14, 3231:17,
3231:18, 3231:25,
3232:1, 3232:10,
3232:14, 3232:19,
3232:20, 3232:21,
3232:23, 3233:5,
3233:9, 3233:15,
3233:22, 3233:24,
3234:2, 3234:10,
3234:11, 3234:12,
3234:22, 3235:1,

3235:12, 3235:17,
3235:21, 3235:22,
3236:3, 3236:4,
3236:8, 3236:12,
3236:16, 3236:18,
3236:19, 3236:23,
3236:24, 3237:6,
3237:7, 3237:8,
3237:14, 3237:15,
3238:12, 3238:14,
3238:22, 3238:25,
3239:8, 3239:15,
3239:16, 3240:6,
3240:8, 3240:16,
3240:24, 3240:25,
3241:7, 3241:10,
3241:16, 3242:1,
3242:8, 3242:9,
3244:5, 3244:8,
3244:11, 3244:14,
3244:19, 3244:24,
3245:1, 3245:7,
3245:11, 3245:13,
3245:14, 3245:16,
3245:22, 3245:24,
3246:1, 3246:6,
3246:14, 3246:15,
3246:24, 3247:2,
3247:3, 3247:4,
3247:10, 3247:12,
3247:13, 3247:17,
3247:20, 3247:22,
3247:23, 3247:24,
3247:25, 3248:3,
3248:5, 3248:11,
3248:16, 3249:4,
3249:8, 3249:25,
3250:4, 3250:8,
3250:10, 3250:12,
3250:15, 3250:19,
3250:23, 3251:8,
3251:22, 3252:5,
3252:10, 3252:11,
3252:18, 3253:5,
3253:6, 3253:25,
3254:1, 3254:2,
3254:10, 3254:12,
3254:14, 3254:18,
3254:21, 3255:4,
3255:10, 3255:13,
3255:18, 3255:24,
3256:4, 3256:6,
3256:7, 3256:16,
3256:24, 3256:25,
3257:2, 3257:11,
3257:12, 3257:15,
3258:11, 3258:19,
3258:23, 3259:2,
3259:4, 3259:6,
3259:7, 3259:9,
3259:10, 3259:12,

3259:13, 3259:14,
3260:3, 3260:5,
3260:9, 3260:14,
3260:15, 3260:21,
3261:12, 3261:15,
3261:16, 3261:20,
3261:22, 3261:23,
3261:24, 3262:11,
3262:13, 3262:22,
3262:25, 3263:2,
3263:15, 3263:19,
3263:21, 3263:22,
3264:7, 3264:16,
3264:21, 3264:23,
3265:8, 3265:9,
3265:10, 3265:12,
3265:16, 3266:6,
3266:9, 3266:23,
3266:24, 3266:25,
3267:5, 3267:6,
3267:12, 3267:16,
3267:23, 3267:24,
3268:5, 3268:11,
3269:3, 3269:9,
3269:14, 3269:17,
3269:23, 3270:14,
3270:19, 3270:24,
3271:2, 3273:5,
3273:7

**OF** [16] - 3131:1,
3131:4, 3131:7,
3131:9, 3131:12,
3132:9, 3132:12,
3132:16, 3132:23,
3135:3, 3135:7,
3135:10, 3135:11,
3135:14

**off** [11] - 3168:1,
3168:4, 3174:12,
3180:11, 3199:13,
3221:18, 3236:11,
3236:18, 3237:13,
3243:7

**offer** [9] - 3178:2,
3179:17, 3179:22,
3180:11, 3183:22,
3217:11, 3228:15,
3228:21, 3229:7

**offered** [4] - 3179:19,
3180:16, 3181:3,
3181:14

**offering** [6] - 3153:5,
3169:24, 3180:7,
3181:12, 3219:9,
3219:13

**offhand** [1] - 3206:8
**OFFICE** [2] - 3135:3,
3135:10
**OFFICIAL** [1] -
3135:19

**Official** [2] - 3273:4,
3273:13
  **offset** [1] - 3170:11
  **OFFSHORE** [1] -
3134:13
  **often** [2] - 3235:21,
3235:25
  **oh** [3] - 3140:13,
3142:1, 3251:4
  **OIL** [2] - 3131:3,
3131:4
  **oil** [12] - 3151:22,
3152:4, 3161:25,
3181:22, 3185:10,
3185:14, 3186:11,
3189:11, 3198:5,
3243:12, 3247:7
  **oil-filled** [1] -
3161:25
  **okay** [48] - 3155:18,
3164:3, 3172:2,
3179:4, 3179:6,
3179:10, 3180:14,
3180:18, 3180:21,
3180:22, 3181:9,
3181:11, 3182:15,
3182:21, 3183:20,
3184:1, 3184:4,
3197:6, 3203:5,
3206:12, 3207:1,
3220:17, 3232:7,
3236:15, 3238:24,
3239:20, 3239:25,
3243:17, 3243:19,
3248:25, 3251:4,
3251:19, 3254:7,
3257:23, 3258:9,
3260:24, 3261:8,
3262:3, 3262:6,
3264:15, 3264:19,
3265:14, 3268:9,
3271:16, 3271:23,
3272:16, 3272:17
  **Oklahoma** [4] -
3245:21, 3246:1,
3248:3, 3261:17
  **OLGA** [8] - 3148:16,
3151:9, 3152:12,
3152:13, 3152:14,
3152:15, 3152:17,
3156:12
  **OLGA-Well-Kill** [1] -
3148:16
  **OLSON** [1] - 3134:20
  **on** [233] - 3139:3,
3141:21, 3143:10,
3143:24, 3144:14,
3148:4, 3148:10,
3148:11, 3148:13,
3152:15, 3153:6,

3153:10, 3154:2,
3154:13, 3155:3,
3155:7, 3156:9,
3156:19, 3156:20,
3157:1, 3158:1,
3158:8, 3158:18,
3159:8, 3159:14,
3160:13, 3161:7,
3163:1, 3163:5,
3166:3, 3166:12,
3167:20, 3167:24,
3168:23, 3169:25,
3170:5, 3170:23,
3170:25, 3171:4,
3171:12, 3171:13,
3171:16, 3171:23,
3172:3, 3172:16,
3172:22, 3173:10,
3173:15, 3174:7,
3175:1, 3175:16,
3176:11, 3176:23,
3177:11, 3177:14,
3178:17, 3178:18,
3178:23, 3179:14,
3180:25, 3181:20,
3181:21, 3181:23,
3182:12, 3183:12,
3183:19, 3187:19,
3188:3, 3189:1,
3191:25, 3192:5,
3192:18, 3193:10,
3193:13, 3193:15,
3194:15, 3194:20,
3194:22, 3194:24,
3195:19, 3195:21,
3195:22, 3196:6,
3196:8, 3196:15,
3197:23, 3198:14,
3199:6, 3199:8,
3199:16, 3199:18,
3199:21, 3200:7,
3200:13, 3200:25,
3201:2, 3201:6,
3202:17, 3203:1,
3203:4, 3203:5,
3203:10, 3203:12,
3203:24, 3204:7,
3205:15, 3205:17,
3205:18, 3205:20,
3205:21, 3206:6,
3206:10, 3206:11,
3207:4, 3208:9,
3209:13, 3209:17,
3210:10, 3210:22,
3211:14, 3211:17,
3212:2, 3212:4,
3212:11, 3212:13,
3212:15, 3212:20,
3213:2, 3213:5,
3215:1, 3216:8,
3217:16, 3218:3,

3218:10, 3218:22,
3219:13, 3219:15,
3219:17, 3219:18,
3219:23, 3220:1,
3220:6, 3220:7,
3222:20, 3223:11,
3223:22, 3225:19,
3225:23, 3226:11,
3229:6, 3230:6,
3231:18, 3233:8,
3235:2, 3235:14,
3235:19, 3236:1,
3236:12, 3236:13,
3236:15, 3236:18,
3237:11, 3237:13,
3239:23, 3240:16,
3240:19, 3240:21,
3240:22, 3240:23,
3241:1, 3241:18,
3242:12, 3243:1,
3244:5, 3245:12,
3245:20, 3246:4,
3248:15, 3248:16,
3248:17, 3249:3,
3250:6, 3250:12,
3250:20, 3252:11,
3252:18, 3252:22,
3254:18, 3254:20,
3255:18, 3255:20,
3255:22, 3256:11,
3257:2, 3257:18,
3257:23, 3257:25,
3258:11, 3259:19,
3259:20, 3259:25,
3260:2, 3261:13,
3262:7, 3262:8,
3263:21, 3264:3,
3264:23, 3264:24,
3265:2, 3265:3,
3265:15, 3267:15,
3267:17, 3268:11,
3268:12, 3268:17,
3268:19, 3269:10,
3270:4, 3271:5,
3271:6, 3271:9,
3271:19, 3272:3,
3272:9, 3272:13
  **ON** [1] - 3131:4
  **once** [11] - 3186:8,
3199:15, 3201:6,
3201:23, 3204:1,
3204:5, 3205:11,
3208:25, 3209:10,
3214:5, 3239:15
  **One** [2] - 3133:6,
3148:10
  **one** [116] - 3140:19,
3145:22, 3146:14,
3147:18, 3150:1,
3150:2, 3150:9,
3150:10, 3154:15,

3155:20, 3156:12,
3159:7, 3161:15,
3164:7, 3164:19,
3166:13, 3167:25,
3170:11, 3170:12,
3173:2, 3173:5,
3173:17, 3175:3,
3175:6, 3180:25,
3181:19, 3186:3,
3186:12, 3190:12,
3195:17, 3195:19,
3195:22, 3196:1,
3196:3, 3197:15,
3199:14, 3200:1,
3200:6, 3200:14,
3201:3, 3201:4,
3204:22, 3205:17,
3205:20, 3205:21,
3207:4, 3207:17,
3207:21, 3207:24,
3213:9, 3215:1,
3216:3, 3217:3,
3218:3, 3218:17,
3219:19, 3222:22,
3223:2, 3223:25,
3225:20, 3228:24,
3230:10, 3242:18,
3242:20, 3243:3,
3248:24, 3249:14,
3249:17, 3249:19,
3249:20, 3249:22,
3250:4, 3253:5,
3253:6, 3253:13,
3253:18, 3256:6,
3256:10, 3257:5,
3257:7, 3257:8,
3257:24, 3258:21,
3259:7, 3259:8,
3259:14, 3260:1,
3260:16, 3260:25,
3264:21, 3264:24,
3264:25, 3265:2,
3265:10, 3265:13,
3265:25, 3266:1,
3266:2, 3266:3,
3266:11, 3266:19,
3266:20, 3266:23,
3267:5, 3267:6,
3267:20, 3268:12,
3270:12, 3272:3
  **ones** [9] - 3180:1,
3243:1, 3243:2,
3246:9, 3247:25,
3250:23, 3252:17,
3260:10
  **only** [24] - 3152:9,
3154:6, 3164:18,
3165:9, 3166:24,
3169:13, 3170:1,
3185:11, 3187:23,
3201:7, 3208:6,

3221:15, 3222:21,
3223:24, 3225:20,
3226:22, 3241:22,
3247:24, 3248:23,
3250:15, 3251:7,
3253:13, 3258:11,
3267:24
  **onto** [1] - 3264:2
  **open** [1] - 3180:10
  **OPEN** [1] - 3137:5,
3216:25
  **opening** [2] - 3195:1,
3199:6
  **openings** [1] -
3245:19
  **operated** [1] - 3199:8
  **operation** [1] -
3188:18
  **operations** [2] -
3188:20, 3200:19
  **OPERATOR** [1] -
3218:6
  **operator** [1] -
3200:18
  **opine** [1] - 3166:3
  **opinion** [25] -
3141:24, 3153:5,
3169:24, 3192:2,
3192:12, 3193:25,
3208:8, 3211:23,
3212:18, 3216:13,
3219:13, 3228:5,
3244:8, 3244:11,
3249:24, 3255:22,
3257:1, 3259:11,
3259:21, 3259:22,
3261:22, 3261:24,
3269:1, 3271:6,
3272:10
  **opinions** [13] -
3148:11, 3153:20,
3156:7, 3156:16,
3190:3, 3190:4,
3191:18, 3219:9,
3248:12, 3249:13,
3249:14, 3255:15,
3255:16
  **opportunity** [1] -
3168:24
  **opposed** [4] -
3207:25, 3213:20,
3259:13, 3271:3
  **opposing** [1] -
3184:15
  **opposite** [4] -
3186:21, 3202:10,
3202:14, 3227:17
  **or** [97] - 3139:18,
3140:25, 3144:23,
3147:20, 3155:20,

3158:14, 3159:16,
3163:15, 3165:16,
3166:24, 3168:12,
3168:13, 3170:15,
3173:11, 3174:18,
3175:9, 3177:2,
3179:20, 3180:11,
3182:24, 3183:7,
3187:23, 3188:9,
3188:19, 3188:20,
3189:2, 3189:6,
3192:6, 3192:14,
3196:23, 3197:2,
3198:9, 3198:11,
3198:17, 3200:4,
3200:5, 3201:2,
3201:22, 3207:16,
3208:7, 3209:10,
3211:17, 3212:8,
3212:25, 3215:25,
3216:15, 3219:8,
3219:15, 3221:11,
3222:14, 3223:20,
3223:22, 3225:4,
3225:14, 3225:15,
3227:4, 3227:20,
3228:6, 3228:25,
3229:15, 3229:20,
3230:10, 3230:19,
3231:8, 3231:17,
3232:3, 3232:25,
3234:10, 3234:12,
3234:15, 3236:12,
3237:8, 3241:4,
3245:1, 3247:16,
3247:25, 3248:24,
3250:24, 3251:23,
3256:1, 3256:2,
3259:4, 3259:7,
3259:24, 3260:10,
3260:23, 3262:4,
3262:11, 3262:15,
3263:8, 3266:2,
3267:23, 3269:22,
3270:1, 3271:23
   **order** [9] - 3138:5,
3171:15, 3171:18,
3189:1, 3231:25,
3254:25, 3256:15,
3263:2, 3269:18
   **orientation** [3] -
3260:18, 3264:7,
3264:25
   **orientations** [2] -
3260:6, 3265:16
   **oriented** [1] -
3263:15
   **orifice** [2] - 3166:14
   **original** [5] - 3226:9,
3227:1, 3227:5,

3227:13, 3227:16
   **Orleans** [8] - 3131:4,
3131:17, 3132:2,
3132:11, 3133:7,
3134:8, 3134:17,
3135:20
   **other** [37] - 3140:19,
3143:18, 3157:22,
3159:22, 3169:25,
3170:12, 3171:17,
3174:3, 3174:4,
3183:18, 3188:20,
3193:9, 3196:15,
3198:8, 3200:14,
3200:16, 3201:8,
3214:20, 3215:10,
3215:13, 3219:12,
3227:22, 3231:18,
3237:8, 3237:9,
3239:16, 3249:18,
3249:20, 3252:7,
3253:19, 3258:20,
3259:4, 3259:10,
3260:2, 3260:25
   **others** [5] - 3178:7,
3200:15, 3200:18,
3215:1, 3236:19
   **otherwise** [2] -
3160:13, 3233:19
   **ought** [1] - 3271:16
   **our** [13] - 3156:10,
3165:18, 3182:1,
3182:10, 3182:11,
3184:6, 3201:3,
3216:19, 3226:11,
3234:22, 3271:14
   **out** [48] - 3137:17,
3139:14, 3139:17,
3139:22, 3140:2,
3141:3, 3141:5,
3144:15, 3158:22,
3164:8, 3164:20,
3164:22, 3165:19,
3171:3, 3174:1,
3176:24, 3176:25,
3178:19, 3178:21,
3179:7, 3179:14,
3180:10, 3182:9,
3182:11, 3189:16,
3193:24, 3199:14,
3200:14, 3207:14,
3207:18, 3212:2,
3212:10, 3213:12,
3218:13, 3220:18,
3231:11, 3238:15,
3238:18, 3239:3,
3239:6, 3240:16,
3249:19, 3254:1,
3259:6, 3259:9,
3265:3, 3268:17,

3270:15
   **outer** [2] - 3139:1,
3139:12
   **outlined** [1] -
3250:23
   **output** [7] - 3160:23,
3205:20, 3205:22,
3209:4, 3212:9,
3213:8, 3214:25
   **outputs** [1] - 3158:24
   **outset** [1] - 3155:2
   **outside** [12] -
3139:6, 3140:4,
3140:9, 3140:25,
3141:8, 3169:21,
3176:4, 3202:23,
3235:21, 3261:19,
3262:24, 3270:24
   **outstanding** [1] -
3181:19
   **over** [35] - 3140:1,
3147:17, 3151:8,
3152:22, 3153:6,
3153:7, 3154:12,
3163:9, 3164:21,
3167:6, 3167:15,
3170:14, 3170:16,
3170:17, 3173:24,
3174:11, 3179:6,
3190:13, 3218:1,
3226:4, 3234:22,
3236:25, 3239:23,
3239:25, 3242:4,
3243:4, 3246:5,
3247:3, 3247:13,
3247:15, 3247:23,
3257:15, 3259:6,
3259:9, 3262:4
   **overall** [1] - 3167:19
   **overlook** [2] -
3196:9, 3234:3
   **overlooked** [1] -
3195:14
   **overpredict** [1] -
3256:2
   **overrule** [7] -
3155:18, 3203:7,
3206:12, 3261:25,
3262:9, 3265:17,
3271:15
   **overruled** [1] -
3172:2
   **oversample** [1] -
3224:7
   **oversampling** [1] -
3224:14
   **overview** [4] -
3196:19, 3230:25,
3250:10, 3254:12
   **overview-type** [1] -

3230:25
   **own** [4] - 3151:22,
3151:25, 3169:14,
3192:10
   **owner** [1] - 3262:13

**P**

   **P** [3] - 3131:18,
3131:19, 3137:1
   **P.O** [3] - 3132:22,
3132:25, 3135:5
   **P50** [1] - 3193:22
   **Page** [1] - 3202:17
   **page** [16] - 3139:3,
3148:5, 3149:1,
3155:20, 3162:2,
3164:3, 3164:5,
3190:7, 3203:4,
3206:6, 3206:10,
3221:25, 3222:16,
3248:24, 3265:9
   **PAGE/LINE** [1] -
3136:5
   **pages** [1] - 3206:5
   **PAPANTONIO** [1] -
3131:21
   **papers** [2] - 3176:15,
3247:15
   **par** [1] - 3193:15
   **paragraph** [4] -
3175:8, 3175:9,
3222:6, 3248:24
   **paragraphs** [1] -
3175:6
   **parallel** [1] - 3260:10
   **parameters** [2] -
3233:3, 3269:17
   **pardon** [1] - 3194:6,
3200:22, 3224:21,
3227:14
   **part** [31] - 3143:10,
3148:10, 3148:11,
3148:21, 3150:10,
3150:20, 3150:21,
3165:2, 3167:1,
3179:24, 3183:10,
3191:21, 3199:4,
3200:9, 3204:10,
3204:12, 3212:7,
3212:8, 3217:9,
3225:16, 3228:1,
3228:5, 3228:7,
3230:17, 3232:14,
3236:8, 3237:7,
3239:15, 3242:8,
3253:10
   **particular** [8] -
3167:1, 3173:1,

3230:25
   **own** [4] - 3151:22,

3173:5, 3202:17,
3212:9, 3246:23,
3252:15, 3268:22
   **Parties** [3] - 3179:20,
3217:3, 3217:6
   **parties** [4] - 3180:10,
3181:3, 3181:14,
3248:18
   **partly** [1] - 3156:21
   **parts** [4] - 3146:5,
3175:20, 3239:16,
3253:11
   **past** [5] - 3152:15,
3175:15, 3180:25,
3188:13, 3188:21
   **path** [9] - 3140:16,
3141:24, 3142:19,
3146:24, 3154:1,
3154:16, 3160:19,
3171:2, 3171:24
   **Path** [3] - 3153:16,
3170:19, 3172:20
   **paths** [9] - 3141:20,
3141:21, 3141:22,
3143:6, 3143:8,
3145:8, 3145:19,
3146:11, 3160:20
   **PATTERSON** [1] -
3135:7
   **PAUL** [1] - 3133:13
   **Paul** [5] - 3167:6,
3167:11, 3168:19,
3168:24, 3169:1
   **pause** [1] - 3202:3
   **pay** [1] - 3239:16
   **paying** [1] - 3239:15
   **Pencak** [1] - 3179:3
   **pending** [1] - 3248:9
   **Pennsylvania** [1] -
3133:9
   **Pensacola** [1] -
3131:23
   **people** [10] - 3157:2,
3157:8, 3167:11,
3167:13, 3194:4,
3256:16, 3259:10,
3261:13, 3262:15,
3268:6
   **per** [8] - 3154:19,
3156:3, 3207:16,
3207:17, 3207:21
   **percent** [7] - 3227:7,
3267:23, 3267:25,
3269:22, 3270:14,
3270:16, 3270:19
   **percentage** [1] -
3269:20
   **perfect** [1] - 3155:23
   **perfectly** [1] -
3233:19

**perform** [3] - 3187:18, 3192:3, 3200:13

**performance** [1] - 3196:12

**performed** [3] - 3148:15, 3189:2, 3196:19

**perimeter** [11] - 3138:25, 3139:16, 3139:25, 3140:15, 3142:17, 3143:7, 3143:23, 3176:10

**period** [11] - 3153:1, 3153:3, 3154:23, 3157:7, 3157:9, 3157:10, 3169:18, 3169:21, 3198:4, 3245:9, 3259:9

**periods** [1] - 3196:7

**permeability** [95] - 3185:7, 3185:9, 3185:12, 3185:13, 3186:3, 3191:13, 3191:25, 3192:1, 3192:3, 3192:5, 3192:10, 3192:12, 3192:23, 3194:12, 3194:16, 3195:10, 3196:6, 3196:11, 3196:22, 3197:17, 3198:22, 3198:24, 3202:18, 3203:1, 3203:19, 3203:21, 3203:25, 3204:1, 3204:5, 3204:10, 3204:12, 3204:16, 3204:19, 3204:20, 3205:2, 3205:12, 3205:14, 3208:19, 3209:4, 3209:5, 3209:7, 3209:18, 3213:7, 3213:10, 3214:7, 3214:16, 3215:3, 3215:5, 3215:15, 3215:25, 3216:10, 3216:14, 3218:19, 3219:1, 3219:4, 3219:11, 3219:18, 3220:3, 3220:21, 3221:11, 3226:9, 3228:12, 3229:4, 3229:12, 3229:25, 3230:4, 3230:11, 3232:2, 3232:11, 3233:9, 3234:19, 3235:18, 3236:4, 3236:5, 3236:19, 3237:8, 3237:12, 3237:19,

3238:19, 3239:7, 3240:12, 3240:18, 3240:25, 3241:17, 3241:21, 3241:24, 3242:12, 3242:16, 3242:18, 3242:20, 3243:2, 3243:6, 3243:10, 3243:12

**personal** [1] - 3262:22

**personally** [2] - 3152:12, 3152:17

**perspective** [2] - 3155:23, 3155:25

**Pervesa** [1] - 3246:10

**PETITION** [1] - 3131:7

**PETOSA** [1] - 3132:6

**PETROLEUM** [1] - 3134:5

**petroleum** [7] - 3186:13, 3190:13, 3245:23, 3246:1, 3246:4, 3247:6, 3271:24

**Ph.D** [4] - 3186:6, 3186:8, 3245:7, 3245:11

**phase** [2] - 3145:20, 3229:15

**Phase** [7] - 3148:10, 3179:18, 3179:19, 3179:24, 3180:3, 3180:15, 3181:15

**PHONETIC** [1] - 3246:10

**phrasing** [1] - 3155:18

**physical** [1] - 3166:19

**physics** [7] - 3141:20, 3147:4, 3147:6, 3147:13, 3147:14, 3147:17, 3176:8

**PI** [42] - 3148:13, 3153:1, 3153:2, 3153:4, 3153:6, 3153:10, 3153:15, 3154:4, 3154:15, 3154:18, 3154:22, 3154:25, 3155:2, 3156:2, 3156:12, 3156:20, 3156:24, 3156:25, 3157:5, 3157:6, 3157:11, 3157:12, 3158:1, 3158:19, 3165:6, 3170:16, 3170:18,

3172:20, 3172:22, 3172:24, 3172:25, 3173:2, 3173:3, 3173:7, 3173:14, 3173:15, 3173:17, 3173:19, 3177:2, 3177:4, 3177:10

**pick** [3] - 3198:19, 3208:12, 3225:15

**picked** [1] - 3161:2

**picking** [2] - 3225:13, 3240:16

**picture** [2] - 3264:16

**piece** [2] - 3150:4, 3168:13

**pieces** [5] - 3251:7, 3251:18, 3251:22, 3252:3, 3252:4

**Pine** [1] - 3132:7

**pinpoint** [2] - 3205:14, 3215:13

**pipe** [57] - 3138:12, 3138:18, 3138:19, 3139:1, 3139:6, 3139:12, 3139:19, 3139:23, 3139:24, 3140:4, 3140:7, 3140:9, 3140:12, 3140:24, 3141:8, 3141:10, 3141:11, 3141:19, 3141:25, 3142:6, 3142:7, 3142:22, 3143:12, 3143:16, 3143:18, 3144:3, 3144:11, 3144:12, 3145:7, 3148:2, 3149:7, 3149:15, 3149:17, 3149:19, 3149:24, 3159:11, 3163:2, 3163:3, 3165:14, 3165:16, 3165:18, 3165:19, 3166:20, 3166:22, 3166:23, 3167:22, 3171:2, 3171:24, 3175:15, 3176:3, 3176:4, 3176:20, 3176:21

**pipes** [1] - 3140:18

**Pls** [2] - 3153:2, 3157:8

**PL-01** [1] - 3135:12

**places** [1] - 3203:2

**PLAINTIFFS** [1] - 3131:15

**plan** [1] - 3189:13

**planes** [1] - 3265:12

**planning** [1] - 3229:15

**Plantation** [1] -

3132:7

**platens** [1] - 3257:25

**play** [1] - 3268:19

**played** [1] - 3178:5

**plays** [2] - 3185:8, 3271:1

**please** [43] - 3137:6, 3138:3, 3144:17, 3148:4, 3155:5, 3155:12, 3162:3, 3167:10, 3172:15, 3175:5, 3184:12, 3185:16, 3185:23, 3196:17, 3207:3, 3217:1, 3243:5, 3244:4, 3244:19, 3245:3, 3245:4, 3245:10, 3246:5, 3247:2, 3247:12, 3247:22, 3249:12, 3249:23, 3249:24, 3250:9, 3250:16, 3254:11, 3255:14, 3256:13, 3256:22, 3256:25, 3257:1, 3257:19, 3259:20, 3259:22, 3264:2, 3265:9, 3266:5

**pleasure** [1] - 3217:23

**plot** [50] - 3160:4, 3174:11, 3197:15, 3197:19, 3198:12, 3198:13, 3199:16, 3202:12, 3202:13, 3202:18, 3203:3, 3205:24, 3206:9, 3206:11, 3206:17, 3206:18, 3206:19, 3207:5, 3208:17, 3211:9, 3211:18, 3212:18, 3212:19, 3213:6, 3220:3, 3220:10, 3220:15, 3220:17, 3221:11, 3227:20, 3227:22, 3227:23, 3233:16, 3235:10, 3235:12, 3235:14, 3235:15, 3235:18, 3237:23, 3238:14, 3238:15, 3239:8, 3240:19, 3240:20, 3240:21, 3241:1, 3241:8, 3259:3, 3259:6

**plots** [3] - 3200:12, 3232:20

**plotting** [1] - 3212:18

**plugs** [1] - 3260:6

**plus** [1] - 3246:9

**podium** [1] - 3155:14

**point** [55] - 3137:10, 3137:14, 3150:1, 3153:8, 3153:25, 3154:4, 3154:8, 3154:9, 3155:16, 3157:12, 3157:14, 3158:23, 3159:2, 3159:5, 3159:7, 3159:8, 3159:10, 3159:14, 3160:21, 3161:4, 3161:13, 3162:6, 3162:20, 3165:21, 3168:6, 3168:12, 3168:15, 3168:17, 3169:19, 3171:1, 3171:6, 3171:14, 3171:20, 3171:21, 3172:11, 3173:7, 3173:12, 3175:23, 3183:13, 3183:20, 3206:7, 3207:16, 3207:21, 3207:23, 3218:13, 3220:22, 3225:14, 3228:17, 3230:2, 3236:14, 3236:15, 3238:5, 3245:24

**pointer** [1] - 3163:11

**pointing** [2] - 3158:22, 3219:19

**points** [31] - 3160:18, 3160:20, 3167:16, 3167:24, 3168:2, 3168:14, 3169:13, 3173:3, 3173:9, 3199:11, 3208:1, 3209:11, 3222:7, 3222:12, 3222:22, 3223:24, 3223:25, 3224:1, 3224:15, 3224:16, 3225:14, 3225:15, 3225:20, 3233:16, 3234:8, 3234:14, 3237:7, 3238:19, 3240:8, 3240:24, 3241:16

**Poisson's** [1] - 3258:4

**POLK** [1] - 3134:6

**Pooladi** [2] - 3160:2, 3160:10

**Pooladi-Darvish** [1] - 3160:2

**Pooladi-Darvish's** [1] - 3160:10

**poor** [5] - 3208:24, 3215:24, 3250:4, 3253:20, 3257:14

**poorly** [1] - 3270:8
**pore** [1] - 3269:5
**poroelasticity** [1] - 3247:18
**porosity** [6] - 3191:17, 3191:18, 3191:20, 3191:21, 3191:24, 3270:11
**portion** [2] - 3142:5, 3228:14
**portions** [1] - 3183:6
**position** [2] - 3186:14, 3229:2
**possible** [12] - 3158:25, 3161:2, 3172:12, 3173:17, 3199:19, 3215:13, 3224:24, 3237:1, 3240:14, 3255:17, 3267:16, 3269:3
**possibly** [1] - 3156:3
**post** [4] - 3182:1, 3182:13, 3183:5, 3242:6
**postulated** [1] - 3153:23
**potential** [7] - 3148:22, 3148:23, 3149:2, 3158:18, 3257:2, 3269:14
**potentially** [1] - 3162:13
**Poydras** [4] - 3133:6, 3134:8, 3134:16, 3135:20
**practice** [4] - 3226:23, 3256:1, 3269:2, 3269:15
**practices** [2] - 3255:21, 3256:4
**predicted** [1] - 3261:2
**prediction** [1] - 3233:8
**prefer** [1] - 3266:15
**preliminary** [2] - 3137:7, 3217:3
**prepared** [3] - 3217:11, 3244:20, 3263:13
**preparing** [2] - 3178:13, 3208:7
**PRESCOTT** [1] - 3133:24
**present** [6] - 3167:22, 3173:15, 3179:15, 3179:16, 3188:14, 3202:25
**presented** [2] - 3202:15, 3216:8

**presenting** [2] - 3181:18, 3225:23
**presents** [1] - 3177:12
**preserves** [1] - 3176:16
**president** [2] - 3167:6, 3262:13
**pressure** [109] - 3141:20, 3143:5, 3143:24, 3144:1, 3144:9, 3144:10, 3144:12, 3144:13, 3144:14, 3145:1, 3145:6, 3145:15, 3146:7, 3146:9, 3146:25, 3147:1, 3147:14, 3150:8, 3150:9, 3150:11, 3150:12, 3150:13, 3150:14, 3150:17, 3150:22, 3151:2, 3158:18, 3158:20, 3159:11, 3159:19, 3159:20, 3161:2, 3161:5, 3161:6, 3161:9, 3161:12, 3161:14, 3161:18, 3161:19, 3161:24, 3162:5, 3162:7, 3162:10, 3162:12, 3162:13, 3163:5, 3163:15, 3163:21, 3167:15, 3167:20, 3168:16, 3168:18, 3168:19, 3168:21, 3169:2, 3169:4, 3169:5, 3169:14, 3170:9, 3170:16, 3172:17, 3173:24, 3175:10, 3175:13, 3176:16, 3176:20, 3176:21, 3176:22, 3176:23, 3185:25, 3195:8, 3197:3, 3197:4, 3197:17, 3198:3, 3198:6, 3199:4, 3199:18, 3199:23, 3199:24, 3200:4, 3200:17, 3201:9, 3201:18, 3201:20, 3205:20, 3207:16, 3207:23, 3210:9, 3210:10, 3210:12, 3210:13, 3211:2, 3219:5, 3224:1, 3229:24, 3235:5, 3238:4, 3238:5, 3242:1, 3255:1, 3255:3,

3269:5
**pressure/high** [1] - 3247:21
**pressures** [13] - 3150:3, 3150:23, 3161:22, 3167:16, 3169:7, 3169:9, 3169:12, 3170:7, 3175:16, 3206:19, 3206:20, 3220:13
**pressurize** [1] - 3263:20
**pretest** [8] - 3200:13, 3200:16, 3201:4, 3201:7, 3201:8, 3209:14, 3210:14, 3214:23
**pretests** [1] - 3198:2
**pretty** [4] - 3137:9, 3138:18, 3215:1, 3234:14
**previously** [1] - 3179:19
**primarily** [2] - 3180:4, 3221:11
**primary** [2] - 3220:2
**prior** [3] - 3167:18, 3200:4, 3209:2
**PRITZLAFF** [1] - 3135:4
**privy** [1] - 3256:9
**probability** [2] - 3185:4, 3189:15
**probably** [17] - 3137:16, 3153:16, 3156:20, 3158:2, 3158:10, 3160:18, 3161:6, 3169:22, 3178:17, 3178:18, 3182:7, 3188:13, 3225:2, 3225:3, 3236:2, 3262:14, 3272:14
**probe** [15] - 3194:23, 3195:6, 3196:1, 3199:6, 3201:2, 3204:10, 3213:12, 3213:18, 3213:20, 3231:24, 3232:3, 3232:6, 3232:7, 3232:17
**problem** [13] - 3160:23, 3171:5, 3180:9, 3196:9, 3230:17, 3230:19, 3231:1, 3231:5, 3234:3, 3259:25, 3260:4, 3270:7, 3271:7
**problems** [3] -

3215:2, 3231:13, 3245:24
**procedure** [4] - 3246:22, 3249:10, 3254:10, 3256:23
**procedures** [4] - 3246:18, 3246:24, 3255:14, 3255:17
**proceed** [3] - 3137:18, 3177:25, 3184:19
**Proceedings** [1] - 3135:22
**proceedings** [1] - 3273:8
**PROCEEDINGS** [1] - 3131:12
**process** [1] - 3166:7
**PROCTOR** [1] - 3131:21
**produced** [2] - 3135:23, 3253:20
**producing** [1] - 3166:1
**PRODUCTION** [3] - 3131:10, 3133:2, 3133:4
**production** [24] - 3138:12, 3138:23, 3139:2, 3139:6, 3139:12, 3140:4, 3140:10, 3141:18, 3142:10, 3142:14, 3142:21, 3142:25, 3143:11, 3143:14, 3148:1, 3149:8, 3149:15, 3149:17, 3149:20, 3149:23, 3186:20, 3186:24, 3188:15, 3219:15
**productivity** [4] - 3152:22, 3152:24, 3154:7, 3154:12
**PRODUCTS** [1] - 3133:5
**professor** [3] - 3189:19, 3248:3, 3269:25
**Professor** [7] - 3244:14, 3249:9, 3254:13, 3255:8, 3257:6, 3260:19, 3262:15
**proffer** [3] - 3183:12, 3183:13, 3183:16
**proffers** [1] - 3183:20
**program** [4] - 3187:22, 3188:4, 3203:10, 3245:17

**programs** [1] - 3151:9
**project** [4] - 3245:12, 3245:15, 3259:2
**Project** [1] - 3249:3
**projects** [2] - 3231:18, 3246:14
**prompted** [1] - 3262:4
**proper** [3] - 3177:16, 3189:14, 3199:21
**properly** [2] - 3222:8, 3222:13
**properties** [10] - 3186:2, 3186:3, 3197:8, 3197:20, 3253:6, 3259:4, 3260:13, 3261:6, 3261:12, 3269:4
**property** [2] - 3259:6, 3271:24
**proportional** [1] - 3201:9
**proposal** [4] - 3256:14, 3256:16, 3256:17
**proposals** [1] - 3256:10
**PROSPER** [1] - 3151:9
**protocol** [2] - 3179:13, 3256:9
**proud** [1] - 3247:25
**proudest** [1] - 3247:25
**proven** [2] - 3147:10, 3176:14
**proves** [1] - 3137:14
**provide** [4] - 3186:22, 3250:9, 3254:11, 3271:19
**provided** [6] - 3150:19, 3150:23, 3207:15, 3208:22, 3244:13, 3250:19
**providing** [1] - 3150:24
**psi** [7] - 3154:19, 3156:3, 3156:4, 3159:3, 3159:20, 3163:12, 3163:20
**PT** [22] - 3150:3, 3150:12, 3158:17, 3162:5, 3165:5, 3169:16, 3169:17, 3169:19, 3170:2, 3170:4, 3170:7, 3170:16, 3170:18, 3171:8, 3172:17, 3173:23, 3177:2,

3177:6, 3177:7,
3177:11
**PT-B** [20] - 3150:3,
3150:12, 3158:17,
3162:5, 3165:5,
3169:16, 3169:17,
3169:19, 3170:2,
3170:4, 3170:16,
3170:18, 3171:8,
3172:17, 3173:23,
3177:2, 3177:6,
3177:7, 3177:11
**PT-C** [1] - 3170:7
**PT-K** [1] - 3170:7
**publications** [4] -
3190:10, 3247:11,
3247:13, 3259:10
**published** [2] -
3247:15
**pull** [13] - 3244:19,
3245:3, 3249:12,
3250:16, 3252:24,
3252:25, 3253:1,
3254:9, 3262:21,
3263:13, 3263:18,
3264:14, 3267:4
**pump** [1] - 3157:21
**pumped** [3] - 3167:3
**pumps** [1] - 3199:7
**purely** [1] - 3140:17
**purple** [6] - 3209:9,
3209:10, 3233:8,
3234:6, 3234:14,
3237:7
**purpose** [5] - 3143:4,
3159:17, 3166:1,
3237:5, 3261:5
**purposes** [7] -
3165:7, 3165:10,
3165:23, 3245:14,
3260:25, 3261:12,
3261:23
**pushing** [3] - 3230:7,
3230:9, 3268:11
**put** [18] - 3160:4,
3172:16, 3175:4,
3175:24, 3176:11,
3188:15, 3191:15,
3203:9, 3210:16,
3218:2, 3220:1,
3224:7, 3233:3,
3236:18, 3265:3,
3265:7, 3270:17,
3270:19
**putting** [1] - 3265:15

# Q

**qualifications** [2] -

3182:17, 3190:9
**qualifies** [1] - 3168:7
**qualify** [1] - 3269:17
**quality** [13] - 3198:6,
3200:15, 3220:23,
3221:4, 3221:12,
3221:22, 3221:24,
3222:17, 3230:14,
3232:21, 3234:12,
3235:17, 3235:22
**quantification** [8] -
3165:9, 3166:2,
3179:21, 3179:25,
3180:2, 3180:4,
3180:6, 3180:15
**quantification-
related** [1] - 3180:15
**quantify** [5] -
3164:16, 3165:15,
3171:19, 3172:10,
3269:18
**quantitative** [1] -
3231:17
**quantities** [1] -
3172:13
**quantity** [1] -
3270:14
**quartz** [1] - 3267:24
**question** [18] -
3147:24, 3155:18,
3157:4, 3162:4,
3163:24, 3164:5,
3165:11, 3185:3,
3185:15, 3208:6,
3224:11, 3225:6,
3228:24, 3229:6,
3229:8, 3233:17,
3260:19, 3263:7
**questioning** [1] -
3253:19
**questions** [9] -
3155:15, 3174:20,
3184:1, 3207:9,
3216:17, 3228:14,
3229:6, 3248:16,
3260:21
**quick** [2] - 3210:23,
3242:2
**quickly** [4] -
3201:19, 3201:20,
3240:20, 3240:22
**QUIN** [2] - 3135:16,
3135:17
**quite** [18] - 3137:13,
3159:2, 3163:23,
3165:14, 3171:13,
3175:21, 3188:22,
3189:11, 3194:13,
3195:14, 3201:3,
3201:19, 3214:18,

3215:2, 3235:25,
3247:20, 3247:24,
3261:13

# R

**R** [8] - 3132:10,
3133:15, 3134:2,
3134:21, 3137:1,
3184:14, 3244:3
**R-O-E-G-I-E-R-S** [1]
- 3244:3
**R/G** [2] - 3155:23,
3155:25
**radial** [13] - 3198:20,
3198:21, 3203:18,
3203:19, 3220:18,
3221:17, 3238:15,
3239:21, 3240:3,
3240:7, 3240:9,
3240:12, 3241:15
**radius** [3] - 3195:13,
3213:23, 3233:25
**RAFFERTY** [1] -
3131:21
**raise** [3] - 3184:8,
3207:9, 3243:22
**raised** [3] - 3233:17,
3250:9, 3260:19
**rams** [8] - 3154:9,
3159:18, 3159:21,
3163:17, 3163:21,
3167:17, 3175:12,
3175:15
**ran** [1] - 3189:11
**range** [11] - 3153:2,
3158:25, 3163:16,
3164:8, 3171:21,
3174:5, 3215:11,
3215:14, 3221:15,
3221:17, 3239:13
**ranges** [4] - 3160:22,
3160:23, 3161:1,
3162:21
**rapidly** [1] - 3166:7
**rate** [50] - 3143:6,
3144:9, 3144:15,
3144:19, 3144:24,
3145:1, 3145:15,
3145:18, 3145:19,
3146:7, 3146:9,
3146:25, 3147:14,
3150:7, 3150:12,
3150:14, 3150:15,
3150:16, 3151:13,
3154:21, 3157:21,
3158:3, 3161:13,
3164:17, 3165:17,
3167:8, 3170:19,
3173:6, 3174:7,

3174:9, 3174:11,
3174:12, 3176:16,
3186:1, 3195:8,
3200:4, 3200:6,
3201:10, 3201:11,
3201:14, 3201:18,
3207:6, 3209:12,
3229:24, 3230:6,
3230:12, 3230:13,
3231:4, 3272:10
**rates** [6] - 3141:21,
3148:1, 3167:19,
3195:9, 3200:7,
3219:13
**rather** [2] - 3151:13,
3225:24
**ratio** [23] - 3143:7,
3176:10, 3176:12,
3205:12, 3213:11,
3215:18, 3215:22,
3216:3, 3228:6,
3229:18, 3236:4,
3236:12, 3236:23,
3236:25, 3237:4,
3237:12, 3257:5,
3257:9, 3257:16,
3258:4, 3259:12,
3264:21
**ratios** [2] - 3236:20,
3258:24
**Ratzel** [1] - 3178:4
**raw** [2] - 3207:20,
3238:4
**Rd** [2] - 3132:7,
3135:17
**RE** [2] - 3131:3,
3131:7
**reach** [3] - 3154:17,
3175:11, 3192:7
**reached** [3] -
3191:16, 3217:6,
3244:11
**read** [8] - 3160:13,
3165:4, 3168:11,
3175:8, 3175:9,
3180:21, 3253:11,
3271:13
**reading** [2] -
3159:11, 3227:6
**readings** [1] -
3175:21
**ready** [2] - 3137:18,
3177:23
**real** [4] - 3142:14,
3161:4, 3223:23,
3224:18
**realistic** [1] - 3269:6
**reality** [6] - 3143:11,
3143:14, 3144:5,
3162:16, 3176:2,

3176:7
**realize** [2] - 3250:2,
3258:18
**realized** [1] -
3224:25
**really** [25] - 3145:20,
3159:18, 3164:13,
3177:16, 3177:17,
3182:4, 3182:6,
3183:10, 3199:8,
3199:14, 3210:3,
3215:19, 3225:12,
3230:7, 3232:10,
3232:14, 3236:14,
3236:17, 3239:2,
3239:5, 3253:9,
3253:12, 3253:19,
3261:3, 3262:17
**reason** [8] - 3194:9,
3206:2, 3212:25,
3216:5, 3216:6,
3227:1, 3231:10,
3260:22
**reasonable** [5] -
3152:25, 3185:6,
3192:6, 3205:14,
3241:4
**reasons** [2] -
3214:21, 3250:4
**rebuttal** [9] -
3182:22, 3183:10,
3183:11, 3183:19,
3184:6, 3217:7,
3244:13, 3244:20,
3249:13
**recall** [4] - 3149:10,
3151:6, 3161:17,
3175:6
**receive** [1] - 3190:17
**received** [7] -
3190:14, 3190:16,
3217:13, 3247:23,
3247:24, 3248:4,
3250:20
**recently** [4] -
3245:25, 3247:19,
3247:20, 3248:1
**recess** [2] - 3216:20,
3272:15
**RECESS** [2] -
3216:24, 3272:19
**recognition** [1] -
3247:24
**recognitions** [1] -
3247:23
**recognize** [1] -
3172:16
**recollect** [1] -
3252:21, 3262:12
**recommendation** [1]

- 3259:13
**recommended** [2] -
3269:2, 3269:15
**record** [8] - 3180:21,
3181:12, 3183:9,
3184:12, 3201:22,
3244:1, 3265:7,
3273:7
**recorded** [1] -
3135:22
**recording** [1] -
3197:20
**recover** [1] - 3201:19
**recovered** [1] -
3252:19
**recovers** [1] -
3201:20
**recovery** [4] -
3250:4, 3250:8,
3250:10, 3257:14
**recreation** [1] -
3154:20
**rectangle** [1] -
3221:16
**recurring** [1] -
3221:21
**red** [4] - 3172:17,
3238:11, 3240:8,
3241:12
**redaction** [1] -
3248:22
**redactions** [4] -
3183:23, 3217:7,
3217:9, 3248:22
**Redirect** [1] - 3136:8
**redirect** [4] -
3174:22, 3175:2,
3243:15, 3243:16
**REDIRECT** [1] -
3174:23
**redo** [1] - 3188:15
**reduce** [1] - 3258:19
**reducing** [1] -
3215:22
**refer** [4] - 3206:5,
3220:14, 3222:16,
3230:17
**reference** [5] -
3200:21, 3204:17,
3205:4, 3214:4,
3236:22
**references** [1] -
3154:16
**referred** [3] - 3238:7,
3249:19, 3250:18
**referring** [10] -
3139:25, 3149:9,
3153:16, 3194:17,
3205:7, 3222:10,
3253:2, 3253:11,

3256:14, 3271:20
**refers** [1] - 3211:20
**reflect** [2] - 3138:23,
3138:24
**refractured** [1] -
3250:24
**REGAN** [9] -
3133:12, 3138:7,
3155:13, 3164:10,
3168:3, 3171:25,
3174:24, 3177:18,
3177:23
**Regan** [4] - 3136:8,
3138:9, 3168:1,
3175:1
**regard** [3] - 3178:16,
3181:13, 3217:6
**regarding** [13] -
3191:16, 3191:18,
3208:8, 3208:21,
3214:15, 3216:9,
3244:14, 3252:19,
3255:16, 3256:23,
3259:21, 3263:2,
3272:10
**regardless** [1] -
3201:2
**regimes** [6] - 3146:5,
3146:6, 3146:13,
3146:14, 3146:18,
3146:23
**regression** [2] -
3235:25, 3236:1
**regulations** [1] -
3255:11
**rejected** [3] -
3250:24, 3254:1,
3258:22
**relate** [4] - 3178:4,
3179:24, 3180:1,
3183:6
**related** [8] - 3145:2,
3168:13, 3180:15,
3181:7, 3183:14,
3186:25, 3259:4,
3259:5
**relates** [2] - 3185:21,
3203:24
**relating** [1] - 3189:17
**relation** [2] -
3172:10, 3203:3
**relationship** [12] -
3143:6, 3144:9,
3145:1, 3145:4,
3145:15, 3146:7,
3146:9, 3146:25,
3147:14, 3176:16,
3176:17
**relatively** [2] -
3167:21, 3167:23

**release** [1] - 3165:24
**released** [2] -
3185:10, 3185:14
**reliability** [4] -
3231:2, 3255:18,
3257:2, 3259:14
**reliable** [9] -
3157:15, 3170:9,
3228:11, 3249:16,
3249:25, 3250:3,
3260:23, 3261:11,
3261:22
**reliably** [2] - 3229:4,
3230:8
**relied** [4] - 3148:10,
3148:13, 3159:8,
3230:6
**rely** [5] - 3173:15,
3201:21, 3213:2,
3262:7, 3262:8
**remained** [1] -
3167:23
**remaining** [4] -
3137:12, 3137:13,
3197:14, 3217:14
**remember** [12] -
3142:16, 3149:11,
3162:1, 3167:9,
3224:21, 3232:3,
3235:25, 3236:10,
3236:22, 3236:23,
3242:9
**remind** [1] - 3185:23
**Renaissance** [1] -
3133:24
**repeat** [2] - 3143:13,
3146:8, 3251:25
**repeatedly** [1] -
3222:17
**replacement** [1] -
3189:12
**replacements** [1] -
3189:12
**replicate** [1] - 3269:2
**report** [77] - 3148:8,
3148:11, 3153:9,
3153:13, 3153:22,
3159:25, 3160:4,
3160:6, 3160:8,
3160:10, 3160:14,
3160:22, 3162:24,
3165:4, 3169:7,
3169:11, 3174:10,
3174:15, 3175:16,
3177:15, 3183:14,
3190:1, 3191:4,
3191:8, 3191:23,
3202:7, 3202:9,
3202:10, 3202:12,
3202:15, 3202:17,

3202:24, 3203:1,
3206:3, 3206:4,
3206:6, 3208:7,
3211:7, 3212:25,
3216:9, 3217:5,
3221:21, 3222:20,
3224:6, 3225:18,
3226:24, 3227:6,
3228:1, 3228:14,
3228:22, 3231:7,
3237:22, 3239:19,
3241:10, 3244:13,
3244:20, 3244:22,
3248:9, 3248:11,
3248:18, 3248:21,
3248:24, 3250:19,
3255:16, 3257:20,
3261:20, 3262:25,
3263:3, 3263:7,
3263:9, 3265:6,
3265:8, 3265:10,
3270:24, 3271:8,
3271:13
**Report** [1] - 3148:9
**Reporter** [2] -
3273:4, 3273:13
**reporter** [1] -
3193:24
**REPORTER** [1] -
3135:19
**REPORTER'S** [1] -
3273:2
**reports** [5] - 3183:7,
3183:23, 3217:7,
3249:6, 3249:7
**repository** [1] -
3246:11
**represent** [6] -
3140:14, 3143:22,
3205:19, 3207:4,
3213:6, 3214:3
**representation** [2] -
3263:19, 3268:9
**representative** [3] -
3249:25, 3250:5,
3252:11
**represented** [3] -
3206:11, 3207:18,
3265:18
**represents** [1] -
3209:9
**reproduce** [2] -
3234:1, 3241:25
**require** [1] - 3222:12
**required** [1] -
3154:21
**requires** [1] -
3154:18
**Research** [2] -
3188:5, 3188:6

**research** [5] -
3245:21, 3245:22,
3245:24, 3246:4,
3262:18
**researched** [1] -
3262:17
**reserve** [1] - 3248:16
**reservoir** [46] -
3144:14, 3144:16,
3150:12, 3156:21,
3157:2, 3158:2,
3169:3, 3169:5,
3169:7, 3169:12,
3176:23, 3176:24,
3176:25, 3186:15,
3186:16, 3191:17,
3191:18, 3191:24,
3192:13, 3196:22,
3204:23, 3216:11,
3216:14, 3218:4,
3218:14, 3229:3,
3232:23, 3236:5,
3236:6, 3240:6,
3242:23, 3249:17,
3250:1, 3252:12,
3254:25, 3258:15,
3261:12, 3262:23,
3263:16, 3263:23,
3264:1, 3267:2,
3269:3, 3269:8
**reservoir's** [1] -
3232:25
**reservoirs** [3] -
3247:10, 3247:21,
3270:5
**reside** [1] - 3187:13
**resolution** [5] -
3201:15, 3201:17,
3201:21, 3212:3,
3212:4
**resolve** [1] - 3248:19
**respect** [19] - 3144:8,
3145:3, 3146:8,
3146:25, 3147:15,
3176:9, 3190:22,
3219:24, 3248:13,
3248:17, 3250:11,
3252:1, 3257:1,
3257:13, 3259:23,
3265:11, 3266:24,
3267:15, 3269:15
**respectfully** [1] -
3168:3
**respecting** [1] -
3145:3
**respects** [2] -
3145:15, 3176:8
**respond** [2] - 3182:1,
3262:1
**responding** [1] -

3182:14
**response** [14] -
3149:23, 3149:25,
3156:18, 3157:18,
3158:9, 3171:17,
3182:10, 3183:16,
3198:18, 3201:9,
3234:2, 3234:11,
3242:1, 3253:9
**REST** [1] - 3136:10
**rest** [7] - 3150:4,
3164:5, 3178:12,
3182:19, 3197:21,
3214:1, 3267:25
**restrain** [1] - 3258:8
**restriction** [2] -
3160:12, 3215:21
**restrictions** [1] -
3166:4
**restrictive** [2] -
3140:16, 3142:19
**rests** [1] - 3182:17
**result** [5] - 3176:19,
3194:4, 3194:13,
3212:12, 3228:11
**results** [14] - 3170:3,
3170:5, 3188:16,
3206:8, 3208:9,
3214:5, 3250:7,
3257:3, 3259:15,
3262:22, 3264:7,
3267:17, 3269:21
**retired** [1] - 3246:2
**retrieval** [1] -
3245:13
**retrieved** [2] -
3250:13, 3250:14
**review** [6] - 3185:4,
3219:25, 3249:6,
3249:7, 3249:9,
3252:18
**reviewed** [4] -
3156:18, 3189:2,
3242:8, 3267:15
**reviewing** [1] -
3244:13
**RICHARD** [2] -
3132:21, 3134:2
**RICHESON** [1] -
3134:7
**Ridgeland** [1] -
3135:18
**RIG** [1] - 3131:4
**right** [161] - 3137:7,
3137:9, 3137:17,
3137:18, 3138:19,
3138:23, 3141:1,
3142:15, 3142:22,
3143:20, 3144:5,
3144:10, 3144:11,

3144:13, 3144:15,
3144:20, 3144:24,
3145:9, 3145:11,
3145:12, 3146:1,
3146:5, 3146:19,
3146:23, 3147:4,
3147:7, 3147:16,
3147:18, 3148:5,
3148:19, 3150:3,
3150:6, 3150:17,
3150:20, 3151:10,
3151:23, 3152:1,
3152:4, 3152:6,
3152:17, 3153:1,
3153:11, 3153:12,
3153:15, 3153:21,
3153:25, 3154:7,
3154:23, 3155:8,
3157:7, 3158:4,
3158:21, 3159:2,
3159:12, 3160:3,
3160:7, 3160:14,
3161:3, 3161:5,
3162:1, 3162:7,
3162:24, 3163:9,
3163:16, 3166:8,
3166:12, 3166:21,
3167:4, 3170:10,
3170:11, 3170:20,
3170:24, 3171:3,
3172:6, 3172:20,
3174:4, 3174:8,
3180:3, 3180:5,
3180:8, 3180:12,
3182:10, 3182:18,
3182:25, 3183:24,
3184:1, 3184:4,
3184:8, 3190:25,
3193:12, 3195:22,
3198:5, 3198:7,
3207:1, 3211:12,
3212:24, 3213:3,
3216:19, 3216:21,
3217:1, 3217:14,
3218:3, 3218:7,
3218:11, 3218:17,
3218:22, 3220:18,
3220:24, 3221:8,
3225:9, 3226:19,
3227:5, 3227:6,
3227:20, 3227:24,
3228:18, 3229:9,
3231:9, 3232:23,
3233:11, 3233:16,
3234:20, 3234:23,
3235:4, 3235:6,
3235:18, 3236:11,
3237:10, 3237:17,
3237:20, 3238:1,
3239:1, 3239:8,
3239:10, 3239:22,

3240:4, 3240:7,
3241:9, 3241:13,
3241:16, 3242:16,
3242:17, 3242:20,
3242:23, 3243:2,
3243:4, 3243:5,
3243:22, 3248:20,
3250:21, 3252:14,
3254:2, 3258:7,
3263:20, 3264:24,
3267:11, 3271:17,
3272:9
**right-hand** [1] -
3218:22
**rise** [2] - 3216:23,
3272:18
**riser** [5] - 3149:7,
3149:9, 3149:14,
3166:24, 3166:25
**RMR** [2] - 3135:19,
3273:12
**ROACH** [1] - 3135:7
**ROBERT** [2] -
3133:8, 3133:15
**ROBERTS** [1] -
3134:18
**ROBIN** [1] - 3131:24
**rock** [23] - 3186:25,
3245:1, 3245:12,
3245:14, 3245:22,
3246:6, 3246:8,
3246:9, 3246:10,
3246:12, 3246:18,
3251:8, 3251:22,
3253:7, 3254:22,
3258:6, 3258:24,
3260:13, 3260:15,
3262:14, 3269:4,
3269:16
**Rock** [4] - 3248:2,
3256:7, 3256:16,
3261:16
**rocks** [5] - 3269:19,
3270:5, 3270:6,
3270:7, 3270:8,
3271:1
**ROEGIERS** [2] -
3136:19, 3243:23
**Roegiers** [33] -
3243:21, 3244:3,
3244:8, 3244:24,
3245:4, 3246:5,
3246:17, 3247:12,
3247:22, 3248:8,
3248:13, 3248:16,
3249:3, 3249:12,
3249:23, 3250:17,
3253:1, 3254:16,
3255:15, 3259:11,
3259:22, 3261:10,

3262:19, 3263:5,
3264:16, 3265:10,
3266:9, 3266:17,
3267:4, 3268:25,
3270:25, 3271:12,
3272:9
**Roegiers'** [2] -
3183:7, 3248:10,
3248:24
**Rogaland** [2] -
3188:5, 3188:6
**role** [4] - 3185:7,
3187:19, 3188:12,
3271:1
**room** [1] - 3269:9
**Room** [1] - 3135:20
**root** [2] - 3175:18,
3234:12
**Rosa** [1] - 3135:9
**rotary** [4] - 3242:14,
3249:15, 3250:3,
3268:19
**roughly** [5] -
3143:17, 3187:16,
3193:15, 3200:3,
3212:3
**round** [2] - 3140:18
**rounding** [2] -
3189:16, 3243:7
**row** [1] - 3237:17
**rows** [1] - 3242:22
**ROY** [2] - 3131:18,
3131:18
**RPR** [2] - 3135:19,
3273:12
**RUB** [1] - 3251:5
**rubber** [4] - 3251:6,
3251:11, 3251:14,
3251:15
**rubberized** [1] -
3251:2
**rubble** [5] - 3251:1,
3251:12, 3251:13,
3251:17, 3251:23
**rubblized** [3] -
3250:24, 3251:1,
3251:16
**rule** [1] - 3229:11
**ruling** [1] - 3183:9
**run** [11] - 3152:14,
3152:17, 3180:25,
3197:13, 3198:3,
3204:14, 3219:5,
3246:23, 3255:11,
3259:17, 3259:24
**running** [1] - 3237:4
**RUSSELL** [1] -
3135:11

**S**

**S** [5] - 3135:8,
3135:11, 3137:1,
3184:14, 3244:3
**said** [37] - 3140:5,
3145:24, 3147:3,
3153:22, 3159:25,
3162:4, 3162:8,
3162:9, 3162:12,
3162:15, 3165:14,
3167:14, 3167:15,
3181:17, 3182:5,
3182:8, 3187:25,
3194:17, 3196:7,
3202:1, 3219:17,
3222:20, 3224:6,
3224:13, 3232:13,
3233:18, 3235:11,
3239:12, 3239:14,
3253:8, 3253:9,
3253:24, 3256:2,
3258:1, 3267:18,
3269:25, 3271:8
**same** [54] - 3139:3,
3143:5, 3143:7,
3150:6, 3151:1,
3167:18, 3172:16,
3172:23, 3173:19,
3176:12, 3176:17,
3176:18, 3180:23,
3187:8, 3187:21,
3189:15, 3196:23,
3200:5, 3200:7,
3200:16, 3204:16,
3206:2, 3206:20,
3206:22, 3208:3,
3212:24, 3213:2,
3213:11, 3214:14,
3214:17, 3214:23,
3214:24, 3215:12,
3216:2, 3216:5,
3226:18, 3230:9,
3230:13, 3230:14,
3230:25, 3232:22,
3234:1, 3235:13,
3237:12, 3249:9,
3254:22, 3256:20,
3257:7, 3262:23,
3264:24, 3266:9
**sample** [8] -
3222:23, 3231:25,
3250:5, 3250:9,
3250:17, 3252:5,
3257:2, 3271:4
**sampled** [1] - 3223:2
**samples** [10] -
3252:3, 3252:10,
3252:11, 3253:24,
3253:25, 3254:3,

3256:24, 3259:13, 3259:21, 3264:10

**sampling** [6] - 3189:13, 3189:15, 3200:19, 3210:23, 3222:21, 3229:20

**sand** [15] - 3200:14, 3204:24, 3209:9, 3211:11, 3211:14, 3214:25, 3215:4, 3215:17, 3215:20, 3221:14, 3221:15, 3226:4, 3230:12, 3236:11, 3236:17

**sandstone** [4] - 3264:13, 3264:19, 3270:5, 3271:4

**sandstones** [1] - 3270:9

**sandwich** [1] - 3268:16

**Santa** [1] - 3135:9

**Sarah** [1] - 3184:18

**SARAH** [1] - 3132:17

**saturation** [5] - 3269:6, 3269:12, 3270:1, 3270:15, 3270:16

**save** [1] - 3214:11

**saw** [7] - 3164:18, 3211:9, 3233:5, 3251:22, 3252:22, 3260:20, 3265:11

**say** [52] - 3146:8, 3150:11, 3152:13, 3153:22, 3157:1, 3157:3, 3158:20, 3159:25, 3160:19, 3161:7, 3161:10, 3163:18, 3163:24, 3163:25, 3164:5, 3164:7, 3166:5, 3166:16, 3166:17, 3169:21, 3171:9, 3171:18, 3172:12, 3173:3, 3173:19, 3174:17, 3175:10, 3177:1, 3177:2, 3177:3, 3177:6, 3181:12, 3189:4, 3199:22, 3207:12, 3220:2, 3220:12, 3221:2, 3222:2, 3222:7, 3227:17, 3234:15, 3235:11, 3235:15, 3240:7, 3255:24, 3256:10, 3257:24, 3260:10, 3270:13, 3270:16

**saying** [13] - 3140:5,

3153:24, 3159:15, 3160:15, 3160:16, 3160:21, 3160:25, 3164:20, 3171:10, 3172:25, 3173:15, 3182:12, 3266:17

**says** [16] - 3149:1, 3149:9, 3156:2, 3156:10, 3156:13, 3160:6, 3160:10, 3175:12, 3195:7, 3229:11, 3242:18, 3242:20, 3253:16, 3256:19, 3257:10, 3270:25

**scale** [4] - 3199:23, 3199:24, 3199:25, 3212:20

**scan** [3] - 3267:5, 3267:6, 3267:7

**scans** [1] - 3267:3

**scatter** [3] - 3199:7, 3205:13, 3231:15

**scattered** [2] - 3199:4, 3234:13

**scenario** [2] - 3149:8, 3160:10

**scheduled** [1] - 3178:22

**SCHELL** [1] - 3134:6

**schematic** [2] - 3194:22, 3268:9

**Schlumberger** [3] - 3207:23, 3245:20, 3245:21

**scholar** [1] - 3248:3

**Scientific** [1] - 3245:11

**scope** [6] - 3202:24, 3219:9, 3247:17, 3261:23, 3262:25, 3270:24

**SCOTT** [1] - 3132:19

**screen** [7] - 3176:11, 3195:21, 3203:12, 3203:24, 3204:7, 3212:3, 3240:1

**screw** [1] - 3266:15

**sea** [1] - 3159:1

**SEAN** [1] - 3133:22

**seat** [2] - 3184:11, 3243:25

**seated** [2] - 3137:6, 3217:1

**seawater** [2] - 3162:17, 3163:2

**second** [10] - 3179:22, 3197:23, 3201:2, 3207:17, 3207:21, 3222:2,

3222:6, 3223:2, 3255:22, 3272:3

**secondly** [1] - 3175:25

**SECTION** [1] - 3132:17

**section** [7] - 3139:23, 3140:17, 3141:7, 3147:11, 3166:23, 3176:20, 3267:10

**Section** [4] - 3131:4, 3131:7, 3131:9, 3222:5

**sectional** [12] - 3138:19, 3139:24, 3140:15, 3142:13, 3142:24, 3143:2, 3143:4, 3143:7, 3143:11, 3143:16, 3143:19, 3176:10

**see** [58] - 3141:11, 3141:12, 3148:25, 3149:4, 3149:13, 3155:24, 3155:25, 3156:4, 3156:5, 3156:6, 3156:14, 3156:15, 3159:19, 3163:8, 3167:23, 3171:5, 3172:18, 3174:11, 3178:19, 3195:19, 3195:21, 3196:10, 3198:25, 3199:12, 3199:13, 3199:15, 3199:18, 3199:19, 3200:5, 3204:16, 3212:21, 3216:1, 3218:13, 3226:2, 3228:6, 3229:24, 3231:12, 3231:15, 3233:6, 3234:8, 3235:14, 3235:17, 3240:22, 3242:22, 3250:4, 3250:23, 3253:12, 3256:9, 3258:16, 3261:2, 3264:17, 3266:13, 3266:24, 3267:8, 3267:9, 3267:10, 3268:21

**seeing** [6] - 3157:5, 3167:9, 3175:6, 3202:3, 3242:5, 3242:9

**seek** [1] - 3179:12

**seemed** [4] - 3169:19, 3215:18, 3227:17, 3236:13

**seems** [1] - 3265:15

**seen** [14] - 3148:5,

3153:2, 3155:3, 3156:8, 3156:17, 3160:6, 3180:24, 3183:3, 3202:10, 3205:5, 3240:11, 3254:13, 3267:2, 3270:3

**segment** [2] - 3179:20, 3179:21

**segments** [1] - 3213:2

**select** [5] - 3196:24, 3198:8, 3200:12, 3204:8, 3260:17

**selected** [1] - 3185:5

**selecting** [2] - 3197:24, 3197:25

**selects** [1] - 3212:10

**self** [1] - 3163:22

**self-evident** [1] - 3163:22

**semi** [26] - 3197:19, 3199:17, 3199:22, 3200:12, 3202:11, 3202:13, 3203:3, 3203:23, 3205:15, 3205:24, 3206:9, 3206:11, 3206:17, 3206:18, 3208:17, 3213:6, 3220:3, 3227:23, 3232:20, 3234:23, 3235:1, 3235:6, 3235:18, 3239:8, 3239:11, 3240:23

**semi-log** [26] - 3197:19, 3199:17, 3199:22, 3200:12, 3202:11, 3202:13, 3203:3, 3203:23, 3205:15, 3205:24, 3206:9, 3206:11, 3206:17, 3206:18, 3208:17, 3213:6, 3220:3, 3227:23, 3232:20, 3234:23, 3235:1, 3235:6, 3235:18, 3239:11, 3240:23

**senior** [3] - 3186:15, 3186:16, 3253:6

**sensational** [1] - 3143:20

**sense** [3] - 3153:21

**sensitive** [1] - 3199:6

**sentence** [3] - 3175:9, 3200:1, 3222:2

**separate** [1] - 3150:4

**separately** [1] - 3141:13

**series** [1] - 3268:5

**served** [1] - 3214:18

**serves** [1] - 3170:11

**service** [1] - 3247:8

**SERVICES** [1] - 3133:21

**SESSION** [2] - 3131:11, 3137:3

**set** [26] - 3138:16, 3153:9, 3156:12, 3156:13, 3182:11, 3189:14, 3196:24, 3198:2, 3198:12, 3203:11, 3205:17, 3208:12, 3208:13, 3209:2, 3210:3, 3210:23, 3221:4, 3223:15, 3223:16, 3225:1, 3225:4, 3225:8, 3225:10, 3238:12, 3240:15

**sets** [2] - 3210:25, 3214:23

**setting** [1] - 3153:15

**settle** [1] - 3184:16

**seven** [3] - 3156:2, 3162:3, 3246:8

**several** [1] - 3265:11

**shades** [1] - 3267:8

**shape** [5] - 3200:17, 3203:2, 3206:11, 3213:21, 3251:8

**share** [4] - 3156:6, 3156:16, 3175:17, 3261:13

**shares** [1] - 3261:10

**Shell** [1] - 3133:6

**shift** [1] - 3204:14

**shifted** [1] - 3212:3

**shock** [1] - 3270:12

**short** [5] - 3191:12, 3195:1, 3196:21, 3209:25, 3225:2

**shorten** [2] - 3254:21, 3258:1

**shortly** [1] - 3175:17

**shot** [2] - 3157:21, 3243:5

**should** [19] - 3150:11, 3162:20, 3173:1, 3198:5, 3198:6, 3224:5, 3224:6, 3224:12, 3224:13, 3224:17, 3232:2, 3232:16, 3255:21, 3256:11, 3258:21, 3260:8, 3263:3, 3264:25,

3266:11
**shouldn't** [1] - 3179:2
**show** [11] - 3149:19, 3175:8, 3197:17, 3205:23, 3224:8, 3233:15, 3251:21, 3254:19, 3255:22, 3257:15, 3264:11
**showed** [6] - 3160:5, 3206:19, 3240:1, 3240:6, 3240:14, 3250:15
**showing** [4] - 3149:6, 3167:15, 3202:18, 3265:13
**shown** [7] - 3175:4, 3175:5, 3194:20, 3198:13, 3226:11, 3242:7, 3252:2
**shows** [8] - 3148:1, 3149:13, 3149:16, 3166:20, 3194:22, 3205:1, 3205:21, 3206:18
**Shushan** [2] - 3137:15, 3178:23
**shut** [26] - 3153:1, 3154:13, 3157:19, 3157:23, 3158:6, 3161:5, 3161:6, 3161:14, 3161:18, 3162:5, 3162:7, 3162:10, 3162:12, 3163:17, 3163:22, 3173:24, 3189:14, 3197:4, 3200:4, 3200:11, 3201:3, 3201:19, 3209:3, 3238:6
**shut-in** [17] - 3153:1, 3154:13, 3161:5, 3161:6, 3161:14, 3161:18, 3162:5, 3162:7, 3162:10, 3162:12, 3173:24, 3189:14, 3200:4, 3200:11, 3201:3, 3209:3, 3238:6
**Sid** [1] - 3262:13
**side** [19] - 3141:10, 3182:12, 3194:24, 3218:22, 3236:13, 3246:4, 3250:21, 3257:23, 3259:8, 3260:2, 3264:3, 3264:23, 3264:24, 3265:2, 3265:3, 3265:18, 3265:22, 3266:2, 3268:17

**sides** [5] - 3181:7, 3195:2, 3195:24, 3258:11
**sidewall** [22] - 3242:14, 3249:15, 3250:3, 3250:7, 3259:25, 3260:11, 3260:22, 3260:24, 3261:4, 3261:5, 3261:11, 3261:22, 3262:11, 3262:22, 3263:1, 3263:15, 3264:4, 3265:2, 3267:20, 3268:19, 3268:23
**signal** [6] - 3186:1, 3228:5, 3228:9, 3229:17, 3238:7
**signal-to-noise** [1] - 3229:17
**significance** [1] - 3193:8
**significant** [3] - 3191:25, 3195:3, 3271:1
**significantly** [3] - 3167:7, 3212:19, 3213:21
**similar** [14] - 3150:7, 3188:12, 3194:4, 3194:8, 3194:13, 3195:14, 3202:18, 3211:9, 3213:25, 3214:13, 3221:17, 3221:19, 3234:1, 3265:15
**simple** [1] - 3138:18
**simplified** [1] - 3238:13
**simply** [3] - 3153:10, 3163:24, 3173:8
**simulate** [2] - 3232:25, 3269:7
**simultaneously** [1] - 3141:15
**since** [18] - 3175:20, 3187:5, 3187:23, 3189:24, 3197:22, 3198:4, 3207:22, 3207:7, 3208:8, 3208:23, 3225:2, 3225:11, 3226:3, 3241:3, 3245:25, 3247:5, 3252:16, 3255:23
**SINCLAIR** [1] - 3132:13
**single** [9] - 3145:20, 3194:23, 3196:1, 3204:9, 3213:12,

3232:2, 3232:6, 3232:7, 3232:17
**sir** [20] - 3137:19, 3137:20, 3142:1, 3148:24, 3150:21, 3177:20, 3181:8, 3219:13, 3222:3, 3226:12, 3227:12, 3227:15, 3230:15, 3232:12, 3238:22, 3241:9, 3241:21, 3242:10, 3243:10, 3243:17
**sit** [1] - 3271:13
**site** [1] - 3223:11
**sitting** [1] - 3163:18
**situ** [4] - 3247:18, 3269:1, 3269:2, 3269:7
**situations** [1] - 3148:19
**six** [1] - 3269:22
**size** [5] - 3256:24, 3258:24, 3259:3, 3266:9, 3266:17
**sketch** [1] - 3257:17
**skin** [1] - 3204:13
**skip** [2] - 3241:2, 3268:7
**slide** [3] - 3198:14, 3205:10, 3264:2
**slight** [3] - 3194:9, 3213:25, 3233:18
**slightly** [7] - 3168:15, 3168:16, 3193:22, 3194:15, 3195:11, 3216:16, 3226:17
**slope** [4] - 3203:23, 3203:24, 3205:21, 3231:15
**slopes** [1] - 3245:19
**slow** [2] - 3166:7, 3193:23
**slowly** [1] - 3173:24
**small** [14] - 3140:8, 3162:11, 3174:9, 3194:24, 3195:12, 3195:13, 3195:20, 3213:23, 3233:25, 3256:8, 3258:11, 3259:18, 3263:22
**SMITH** [1] - 3133:24
**smooth** [5] - 3226:25, 3227:8, 3227:9, 3227:13, 3227:16
**smoothed** [3] - 3226:22, 3227:3, 3227:5

**smoothing** [9] - 3208:3, 3226:5, 3226:7, 3226:8, 3226:9, 3226:10, 3226:14, 3226:19, 3226:24
**so..** [1] - 3181:1
**Society** [2] - 3256:7, 3256:16
**soft** [1] - 3239:4
**Software** [1] - 3206:6
**software** [16] - 3152:10, 3152:15, 3186:10, 3186:12, 3186:17, 3186:19, 3187:20, 3187:22, 3187:25, 3201:1, 3203:10, 3203:17, 3208:22, 3226:20, 3227:4, 3238:12
**softwares** [1] - 3226:17
**SOILEAU** [1] - 3132:3
**solve** [2] - 3141:16, 3245:24
**some** [56] - 3140:25, 3147:24, 3149:11, 3152:7, 3154:9, 3162:19, 3165:9, 3167:19, 3168:7, 3168:12, 3175:14, 3178:15, 3179:14, 3186:25, 3198:19, 3199:2, 3199:12, 3202:5, 3210:23, 3210:24, 3214:11, 3222:11, 3226:2, 3226:5, 3231:8, 3232:19, 3233:3, 3236:3, 3236:19, 3237:15, 3246:15, 3246:21, 3246:22, 3247:2, 3247:11, 3247:13, 3247:22, 3250:15, 3252:5, 3252:8, 3253:16, 3254:18, 3256:1, 3256:8, 3256:9, 3261:18, 3262:12, 3262:15, 3264:21, 3267:1, 3269:6, 3269:17, 3270:7, 3270:8, 3270:15, 3270:21
**somebody's** [1] - 3236:11
**someone** [2] - 3151:18, 3168:13
**something** [16] -

3140:25, 3151:15, 3165:20, 3174:18, 3180:11, 3182:2, 3183:3, 3215:20, 3223:5, 3228:6, 3236:12, 3240:22, 3254:17, 3267:18, 3272:7
**sometimes** [2] - 3224:8, 3231:18
**somewhere** [1] - 3173:6
**soon** [1] - 3214:25
**sorry** [16] - 3143:13, 3155:21, 3165:11, 3169:16, 3174:13, 3179:1, 3179:2, 3182:7, 3182:19, 3198:16, 3221:18, 3235:5, 3244:11, 3251:13, 3252:1, 3262:21
**sort** [27] - 3153:2, 3182:9, 3186:21, 3193:20, 3194:11, 3195:11, 3196:9, 3199:3, 3199:12, 3204:13, 3205:1, 3209:3, 3212:1, 3212:2, 3212:7, 3212:9, 3212:10, 3214:18, 3214:23, 3215:12, 3218:1, 3229:14, 3230:25, 3234:10, 3234:11, 3237:14, 3239:15
**sorted** [1] - 3180:10
**sorts** [1] - 3173:10
**source** [6] - 3179:20, 3197:7, 3198:23, 3217:8, 3231:3, 3256:4
**SOUTH** [1] - 3132:3
**South** [3] - 3131:22, 3133:19, 3134:23
**space** [11] - 3139:5, 3140:14, 3141:7, 3142:9, 3142:25, 3143:12, 3143:14, 3149:10, 3149:15, 3263:22, 3264:4
**SPE** [3] - 3190:15, 3190:16, 3190:17
**speak** [3] - 3141:4, 3179:2, 3179:5
**special** [3] - 3224:9, 3254:23, 3255:10
**specialty** [1] - 3247:9
**specific** [3] - 3181:16, 3255:13,

3262:12

**specifically** [10] - 3148:18, 3160:6, 3165:19, 3182:2, 3182:14, 3198:3, 3224:13, 3237:5, 3246:22, 3247:7

**specified** [5] - 3150:8, 3150:9, 3150:12, 3150:16

**specifying** [1] - 3150:13

**specimen** [3] - 3252:8, 3252:13

**speculating** [1] - 3158:4

**speed** [1] - 3219:7

**spell** [2] - 3184:12, 3244:1

**spending** [1] - 3270:4

**spent** [1] - 3247:19

**Sperry** [3] - 3159:10, 3162:25, 3163:6

**SPILL** [1] - 3131:3

**spill** [2] - 3155:1, 3157:11

**split** [3] - 3144:2, 3145:7, 3146:10

**splits** [1] - 3141:19

**spoken** [1] - 3168:21

**spots** [1] - 3233:15

**spreadsheet** [2] - 3152:6, 3152:7

**spring** [1] - 3263:22

**Square** [1] - 3133:6

**square** [6] - 3138:20, 3142:10, 3142:15, 3142:20, 3143:15, 3234:12

**squeezes** [1] - 3268:17

**St** [9] - 3131:19, 3132:10, 3133:6, 3133:17, 3133:19, 3133:25, 3134:8, 3134:16, 3134:19

**stability** [1] - 3247:17

**stabilization** [10] - 3203:20, 3220:18, 3221:17, 3238:16, 3239:21, 3240:3, 3240:7, 3240:9, 3240:12, 3241:15

**stack** [2] - 3153:3, 3157:9

**stairstep** [1] - 3249:19

**stamped** [1] - 3205:5

**stand** [2] - 3199:14, 3202:3

**standard** [18] - 3139:21, 3146:11, 3147:8, 3148:15, 3151:10, 3151:17, 3154:18, 3197:12, 3220:5, 3226:14, 3226:16, 3226:23, 3227:4, 3227:11, 3238:22, 3241:20, 3241:23, 3249:10

**stands** [4] - 3200:14, 3212:2, 3212:10, 3239:2

**start** [18] - 3152:23, 3155:22, 3157:6, 3173:11, 3174:6, 3175:3, 3207:4, 3220:4, 3237:16, 3242:4, 3246:20, 3249:3, 3252:14, 3258:18, 3259:7, 3268:11, 3268:16, 3270:9

**started** [11] - 3152:19, 3184:16, 3187:25, 3227:19, 3245:17, 3245:23, 3246:3, 3246:8, 3246:18, 3253:3, 3259:3

**starting** [11] - 3151:16, 3154:3, 3157:12, 3157:14, 3161:2, 3162:3, 3164:4, 3169:5, 3220:22, 3245:14, 3246:7

**starts** [3] - 3173:23, 3174:12, 3268:17

**STATE** [6] - 3132:9, 3132:12, 3135:3, 3135:7, 3135:11, 3135:14

**state** [3] - 3184:12, 3244:1, 3258:10

**State** [1] - 3248:3

**stated** [1] - 3154:2

**statement** [3] - 3164:11, 3168:7, 3183:2

**states** [2] - 3203:2, 3206:6

**STATES** [4] - 3131:1, 3131:9, 3131:13, 3132:16

**States** [11] - 3137:11, 3137:25, 3178:16, 3179:21, 3181:21,

3184:6, 3184:19, 3184:25, 3243:20, 3244:5, 3273:5

**statistics** [1] - 3222:12

**Statoil** [9] - 3187:7, 3187:8, 3187:11, 3187:15, 3187:17, 3188:1, 3188:11, 3189:11, 3189:13

**Statoil's** [1] - 3188:4

**Stavanger** [5] - 3187:12, 3188:5, 3188:12, 3189:19, 3189:20

**stay** [1] - 3148:4

**stays** [3] - 3163:16, 3173:20, 3239:4

**steam** [1] - 3245:13

**Steed** [1] - 3135:17

**steel** [3] - 3257:24, 3258:4, 3258:5

**stenography** [1] - 3135:22

**step** [7] - 3196:20, 3196:23, 3197:22, 3197:24, 3201:6, 3232:21

**STEPHEN** [2] - 3131:16, 3132:24

**steps** [6] - 3159:20, 3197:14, 3209:21, 3212:5, 3214:14, 3214:15

**STEVEN** [2] - 3132:18, 3134:18

**stiff** [2] - 3268:10, 3271:1

**stiffer** [4] - 3260:11, 3264:5, 3267:20, 3268:23

**stiffness** [1] - 3263:21

**still** [5] - 3137:18, 3178:13, 3215:12, 3215:15, 3215:24

**stock** [1] - 3181:22

**stock-tank** [1] - 3181:22

**stop** [1] - 3204:18

**straight** [1] - 3160:1

**straightforward** [1] - 3220:23

**strain** [6] - 3256:19, 3256:20, 3258:10, 3258:12, 3258:13, 3258:20

**strains** [1] - 3259:4

**strange** [1] - 3247:10

**Street** [5] - 3131:22,

3132:2, 3132:4, 3134:11, 3135:20

**stress** [5] - 3187:1, 3247:18, 3258:10, 3258:11, 3258:22

**stresses** [1] - 3264:9

**strong** [1] - 3252:13

**stronger** [1] - 3259:17

**strongest** [1] - 3252:17

**student** [2] - 3247:6, 3259:1

**studied** [3] - 3148:21, 3158:8, 3228:8

**studies** [1] - 3186:25

**stuff** [3] - 3167:3, 3183:11, 3225:14

**subject** [6] - 3165:20, 3178:12, 3183:23, 3244:8, 3244:11, 3248:9

**sublayers** [2] - 3218:14, 3219:1

**submit** [1] - 3179:11

**submitted** [2] - 3153:13, 3217:9

**subsidence** [1] - 3246:12

**substance** [2] - 3213:1, 3230:19

**substantial** [1] - 3241:3

**substantially** [1] - 3193:14

**subsurface** [2] - 3205:6, 3242:6

**subtract** [1] - 3142:22

**successfully** [1] - 3211:1

**such** [7] - 3147:20, 3168:11, 3189:9, 3189:13, 3222:7, 3226:10, 3260:13

**suffice** [1] - 3268:12

**suffices** [1] - 3138:6

**suggest** [1] - 3181:25

**suggested** [1] - 3272:6

**suggests** [2] - 3167:18, 3175:14

**Suite** [10] - 3131:22, 3132:7, 3133:6, 3133:25, 3134:3, 3134:8, 3134:19, 3135:9, 3135:15, 3135:17

**summarize** [11] - 3190:3, 3190:9, 3192:15, 3245:5, 3245:10, 3247:2, 3247:12, 3249:13, 3255:15, 3257:1, 3259:22

**summarizes** [1] - 3218:4

**summary** [6] - 3181:21, 3182:1, 3182:6, 3182:14, 3185:17, 3188:16

**Sun** [3] - 3159:10, 3162:25, 3163:6

**superior** [1] - 3210:20

**superposition** [4] - 3199:24, 3200:2, 3206:20, 3235:2

**supervised** [1] - 3246:14

**supplement** [4] - 3228:15, 3228:19, 3229:7

**supplementing** [1] - 3228:22

**suppose** [1] - 3140:25

**sure** [12] - 3143:10, 3143:14, 3145:9, 3146:10, 3154:16, 3165:12, 3165:14, 3171:14, 3176:9, 3182:22, 3184:17, 3205:2

**surface** [5] - 3139:1, 3139:2, 3139:25, 3140:22, 3162:18

**surfaces** [4] - 3139:9, 3140:25, 3141:8, 3142:17

**surplus** [1] - 3137:14

**surprise** [1] - 3199:9

**surprised** [1] - 3239:4

**surrebuttal** [2] - 3183:17, 3183:19

**sustain** [3] - 3164:13, 3263:10, 3272:5

**SUTHERLAND** [1] - 3134:18

**SWORN** [2] - 3184:9, 3243:23

**symposium** [1] - 3247:16

**system** [15] - 3139:5, 3142:6, 3145:13, 3145:17, 3146:5,

3146:15, 3146:16, 3147:4, 3164:16, 3164:21, 3170:14, 3170:22, 3170:23, 3176:8, 3199:20

## T

**T** [1] - 3133:12
**Table** [1] - 3149:6
**table** [1] - 3255:15
**Tables** [1] - 3149:13
**take** [39] - 3137:7, 3137:16, 3139:9, 3141:3, 3141:5, 3142:21, 3144:8, 3145:25, 3146:2, 3147:10, 3160:20, 3168:24, 3169:10, 3180:11, 3180:13, 3182:13, 3184:11, 3191:12, 3200:3, 3205:23, 3216:19, 3220:8, 3224:15, 3237:15, 3237:22, 3241:2, 3241:8, 3243:25, 3254:15, 3254:20, 3260:2, 3260:6, 3260:10, 3260:17, 3260:22, 3266:4, 3268:13, 3269:20
**TAKEN** [2] - 3216:24, 3272:19
**taken** [16] - 3143:25, 3167:16, 3175:18, 3175:21, 3213:7, 3253:25, 3254:3, 3263:19, 3264:23, 3265:3, 3265:21, 3265:23, 3265:25, 3266:2, 3266:3, 3268:12
**takes** [2] - 3239:13, 3260:5
**taking** [3] - 3164:23, 3169:6, 3229:2
**talk** [13] - 3158:11, 3158:14, 3167:2, 3168:24, 3169:2, 3169:14, 3209:25, 3215:8, 3228:1, 3239:19, 3256:20, 3262:5, 3268:25
**talked** [18] - 3145:24, 3149:14, 3151:2, 3151:5, 3151:25, 3152:23, 3163:8, 3164:17, 3165:13, 3170:13, 3170:14,

3196:13, 3215:7, 3228:10, 3231:23, 3240:2, 3262:12, 3263:5
**talking** [17] - 3138:11, 3139:3, 3139:4, 3139:5, 3141:6, 3145:21, 3150:15, 3161:1, 3170:22, 3172:4, 3172:13, 3180:1, 3204:18, 3221:20, 3222:11, 3222:25
**talks** [1] - 3168:14
**Tallahassee** [1] - 3135:12
**TAMERLIN** [1] - 3134:23
**tank** [1] - 3181:22
**taxonomies** [1] - 3234:22
**teach** [2] - 3189:20, 3189:21
**teaching** [1] - 3189:22
**team** [1] - 3152:13
**teams** [1] - 3175:18
**technical** [5] - 3204:25, 3205:6, 3217:9, 3242:6, 3247:16
**TECHNICAL** [1] - 3218:6
**technique** [1] - 3210:20
**tedious** [1] - 3269:23
**tee** [1] - 3179:7
**Tek** [1] - 3262:13
**telephone** [1] - 3156:10
**television** [1] - 3252:23
**tell** [5] - 3154:11, 3171:8, 3195:17, 3247:22, 3249:24
**telling** [2] - 3137:14, 3161:17
**tells** [2] - 3220:21, 3238:19
**temperature** [19] - 3247:20, 3247:21, 3269:1, 3269:5, 3269:9, 3269:12, 3269:15, 3269:16, 3269:23, 3270:3, 3270:4, 3270:7, 3270:13, 3270:14, 3270:15, 3271:1, 3271:4, 3271:5
**temperatures** [2] -

3269:21, 3270:1
**tempting** [1] - 3175:19
**ten** [3] - 3173:4, 3188:8, 3270:4
**tender** [2] - 3190:20, 3248:8
**tends** [1] - 3169:6
**terminology** [2] - 3218:1, 3219:22
**terms** [12] - 3141:21, 3183:13, 3196:21, 3197:8, 3198:6, 3204:19, 3219:7, 3226:7, 3235:12, 3237:6, 3246:24, 3263:15
**Terra** [1] - 3262:13
**test** [57] - 3164:8, 3164:20, 3167:17, 3185:22, 3185:24, 3185:25, 3186:20, 3187:2, 3187:20, 3188:4, 3188:12, 3189:2, 3189:6, 3189:17, 3189:21, 3189:23, 3190:19, 3190:21, 3219:24, 3223:20, 3224:4, 3225:2, 3226:8, 3226:14, 3228:12, 3229:3, 3234:11, 3237:1, 3237:5, 3241:20, 3241:23, 3249:19, 3254:12, 3254:14, 3254:19, 3254:23, 3255:4, 3255:5, 3255:6, 3255:9, 3255:10, 3255:12, 3255:17, 3256:23, 3257:3, 3257:6, 3258:21, 3259:14, 3259:21, 3260:10, 3260:18, 3267:18, 3269:10
**Test** [1] - 3175:12
**tested** [6] - 3252:11, 3256:24, 3264:25, 3266:18, 3267:5, 3267:21
**TESTIFIED** [2] - 3184:9, 3243:23
**testified** [9] - 3146:13, 3148:9, 3154:17, 3158:18, 3170:17, 3193:4, 3210:19, 3239:18, 3242:3
**testify** [2] - 3182:8, 3265:14

**testimony** [14] - 3152:22, 3155:13, 3155:15, 3179:23, 3181:16, 3183:6, 3183:10, 3183:15, 3191:5, 3193:6, 3211:10, 3241:4, 3244:22, 3253:2
**testing** [15] - 3164:22, 3174:1, 3187:1, 3249:10, 3250:6, 3251:9, 3254:10, 3257:5, 3257:11, 3257:12, 3258:25, 3261:6, 3263:24, 3269:16, 3271:3
**testing"** [1] - 3256:19
**tests** [17] - 3187:2, 3188:14, 3189:10, 3198:2, 3198:18, 3246:19, 3246:23, 3246:24, 3246:25, 3249:18, 3251:23, 3252:8, 3259:24, 3269:9, 3269:20, 3269:23, 3271:5
**TEXAS** [1] - 3135:3
**text** [1] - 3168:13
**textbooks** [3] - 3139:22, 3147:9, 3176:15
**than** [51] - 3140:16, 3142:10, 3143:1, 3143:3, 3143:19, 3143:20, 3144:4, 3145:16, 3145:22, 3148:1, 3149:16, 3149:19, 3151:13, 3157:6, 3157:12, 3157:16, 3161:9, 3161:19, 3161:24, 3162:7, 3162:12, 3162:13, 3163:19, 3164:1, 3164:6, 3169:25, 3177:15, 3182:12, 3193:9, 3205:3, 3212:19, 3214:20, 3215:4, 3215:10, 3224:15, 3225:24, 3237:3, 3243:12, 3246:3, 3254:1, 3258:6, 3260:11, 3261:22, 3264:5, 3264:20, 3267:20, 3268:23, 3270:20, 3271:5, 3272:1
**thank** [33] - 3137:22,

3138:7, 3138:9, 3142:3, 3158:22, 3168:6, 3174:19, 3174:21, 3175:25, 3177:18, 3177:19, 3177:20, 3177:21, 3182:20, 3202:5, 3203:6, 3205:10, 3206:14, 3216:17, 3229:9, 3232:7, 3243:14, 3243:17, 3248:15, 3253:22, 3254:7, 3254:9, 3255:13, 3262:19, 3263:11, 3268:25, 3272:17
**thanks** [1] - 3216:21
**that** [756] - 3137:15, 3138:4, 3138:6, 3138:7, 3138:17, 3139:1, 3139:9, 3139:10, 3139:16, 3139:23, 3139:24, 3139:25, 3140:1, 3140:5, 3140:6, 3140:11, 3141:3, 3141:10, 3141:11, 3141:12, 3141:19, 3142:9, 3142:16, 3142:20, 3143:5, 3143:13, 3143:23, 3143:25, 3144:1, 3144:2, 3144:8, 3144:10, 3144:11, 3144:14, 3144:18, 3144:22, 3144:25, 3145:1, 3145:3, 3145:4, 3145:7, 3145:14, 3145:15, 3145:16, 3145:18, 3145:20, 3146:1, 3146:6, 3146:7, 3146:13, 3146:24, 3146:25, 3147:1, 3147:3, 3147:8, 3147:9, 3147:10, 3147:14, 3147:15, 3147:17, 3147:20, 3147:23, 3147:24, 3147:25, 3148:3, 3148:8, 3149:4, 3149:10, 3149:12, 3149:22, 3150:1, 3150:4, 3150:5, 3150:8, 3150:9, 3150:19, 3151:1, 3151:2, 3151:6, 3151:9, 3151:12, 3151:16, 3151:18, 3152:6, 3152:10, 3152:16, 3152:23,

3152:24, 3152:25,
3153:2, 3153:4,
3153:8, 3153:10,
3153:14, 3153:23,
3153:24, 3154:1,
3154:2, 3154:3,
3154:6, 3154:11,
3154:17, 3154:18,
3154:21, 3154:25,
3155:1, 3155:6,
3155:20, 3155:25,
3156:4, 3156:5,
3156:8, 3156:14,
3156:15, 3156:17,
3156:23, 3157:3,
3157:5, 3157:8,
3157:11, 3157:12,
3157:24, 3158:1,
3158:2, 3158:8,
3158:19, 3158:22,
3158:23, 3158:24,
3159:5, 3159:7,
3159:8, 3159:10,
3159:14, 3159:18,
3159:19, 3159:23,
3159:25, 3160:2,
3160:4, 3160:5,
3160:7, 3160:13,
3160:16, 3160:22,
3161:8, 3161:9,
3161:11, 3161:13,
3161:16, 3161:17,
3161:19, 3161:23,
3161:25, 3162:4,
3162:6, 3162:11,
3162:18, 3162:20,
3162:22, 3163:16,
3163:18, 3163:21,
3163:25, 3164:5,
3164:8, 3164:10,
3164:16, 3164:18,
3164:20, 3164:24,
3164:25, 3165:1,
3165:2, 3165:3,
3165:5, 3165:7,
3165:17, 3165:20,
3166:6, 3166:10,
3166:12, 3166:14,
3166:16, 3166:19,
3166:20, 3166:23,
3166:25, 3167:1,
3167:7, 3167:9,
3167:11, 3167:18,
3167:22, 3167:23,
3167:25, 3168:3,
3168:14, 3168:19,
3168:23, 3169:2,
3169:4, 3169:5,
3169:10, 3169:11,
3169:19, 3169:20,
3169:21, 3170:18,

3170:22, 3170:23,
3171:1, 3171:23,
3172:4, 3172:9,
3172:18, 3172:22,
3172:25, 3173:6,
3173:14, 3173:15,
3173:19, 3173:20,
3173:23, 3174:4,
3174:6, 3174:9,
3174:18, 3175:4,
3175:14, 3175:18,
3175:19, 3175:24,
3176:11, 3176:12,
3176:14, 3176:15,
3176:17, 3176:19,
3176:24, 3177:9,
3177:11, 3177:12,
3178:3, 3178:5,
3178:15, 3178:22,
3178:23, 3179:13,
3179:14, 3179:15,
3179:18, 3179:22,
3180:3, 3180:7,
3180:8, 3180:10,
3180:13, 3180:20,
3180:23, 3180:24,
3180:25, 3181:5,
3181:12, 3181:19,
3181:21, 3181:23,
3181:25, 3182:1,
3182:2, 3182:5,
3182:13, 3183:2,
3183:4, 3183:5,
3183:9, 3183:12,
3183:18, 3183:20,
3184:2, 3184:25,
3185:4, 3185:7,
3185:21, 3186:1,
3186:25, 3187:8,
3187:13, 3187:17,
3187:20, 3187:25,
3188:3, 3188:5,
3188:10, 3188:11,
3188:23, 3189:6,
3189:22, 3190:7,
3191:13, 3191:15,
3191:16, 3191:24,
3192:3, 3192:4,
3192:6, 3192:9,
3192:18, 3192:23,
3192:25, 3193:4,
3193:6, 3193:8,
3193:19, 3193:24,
3194:23, 3194:25,
3195:7, 3195:13,
3196:10, 3196:19,
3196:25, 3197:16,
3197:23, 3197:25,
3198:4, 3198:9,
3198:13, 3198:19,
3198:21, 3199:8,

3199:12, 3199:14,
3199:15, 3199:19,
3199:20, 3199:22,
3199:25, 3200:3,
3200:4, 3200:5,
3200:10, 3200:14,
3201:10, 3201:22,
3201:23, 3202:7,
3202:16, 3202:19,
3203:2, 3203:15,
3203:17, 3203:21,
3203:23, 3203:24,
3204:1, 3204:2,
3204:5, 3204:9,
3204:13, 3204:22,
3204:23, 3204:25,
3205:9, 3206:11,
3206:24, 3207:10,
3207:13, 3207:14,
3207:15, 3207:18,
3208:6, 3208:7,
3208:11, 3208:12,
3208:16, 3208:21,
3208:24, 3208:25,
3209:5, 3209:10,
3209:13, 3209:15,
3209:17, 3209:23,
3210:3, 3210:19,
3210:21, 3210:22,
3210:23, 3211:2,
3211:10, 3211:12,
3211:21, 3212:2,
3212:9, 3212:14,
3212:16, 3213:11,
3213:23, 3214:6,
3214:20, 3215:3,
3215:5, 3215:7,
3215:19, 3215:20,
3215:22, 3216:2,
3216:5, 3217:5,
3217:10, 3218:6,
3218:14, 3218:19,
3219:4, 3219:9,
3219:10, 3219:13,
3219:17, 3219:19,
3219:24, 3220:2,
3220:10, 3220:13,
3220:15, 3220:19,
3220:23, 3221:2,
3221:7, 3221:12,
3221:20, 3221:22,
3221:23, 3222:21,
3222:23, 3222:24,
3223:4, 3223:7,
3223:11, 3223:13,
3223:17, 3223:18,
3223:25, 3224:4,
3224:6, 3224:11,
3224:13, 3224:15,
3224:19, 3224:20,
3225:1, 3225:8,

3225:9, 3225:14,
3225:16, 3225:23,
3226:1, 3226:3,
3226:4, 3226:7,
3226:12, 3226:20,
3227:1, 3227:5,
3227:7, 3227:12,
3227:15, 3227:17,
3227:20, 3227:24,
3228:2, 3228:5,
3228:6, 3228:10,
3228:11, 3228:14,
3228:19, 3228:20,
3229:2, 3229:3,
3229:5, 3229:7,
3229:8, 3229:11,
3229:14, 3229:20,
3230:2, 3230:10,
3230:12, 3230:13,
3230:15, 3230:19,
3230:20, 3230:21,
3230:25, 3231:7,
3231:8, 3231:18,
3231:24, 3232:3,
3232:11, 3232:16,
3232:17, 3232:23,
3233:5, 3233:15,
3233:16, 3233:18,
3233:20, 3233:24,
3234:11, 3234:19,
3235:1, 3235:18,
3235:24, 3236:5,
3236:8, 3236:12,
3236:13, 3236:21,
3236:25, 3237:2,
3237:4, 3237:5,
3237:6, 3237:9,
3237:10, 3237:13,
3238:4, 3238:8,
3238:14, 3238:19,
3238:22, 3238:25,
3239:3, 3239:7,
3239:8, 3239:23,
3240:8, 3240:11,
3240:14, 3240:21,
3241:12, 3241:16,
3242:4, 3242:5,
3242:6, 3242:8,
3242:9, 3242:23,
3243:5, 3243:10,
3243:12, 3244:11,
3244:22, 3245:16,
3245:19, 3245:22,
3245:24, 3246:9,
3246:17, 3246:22,
3246:24, 3246:25,
3247:3, 3247:16,
3247:25, 3248:2,
3248:5, 3248:12,
3248:20, 3248:21,
3249:8, 3249:10,

3249:14, 3249:18,
3249:24, 3250:2,
3250:3, 3250:10,
3250:12, 3250:13,
3250:20, 3250:23,
3251:7, 3251:8,
3251:23, 3252:2,
3252:3, 3252:6,
3252:13, 3252:16,
3252:19, 3252:22,
3253:10, 3253:20,
3253:21, 3254:2,
3254:9, 3254:17,
3254:21, 3254:25,
3255:1, 3255:3,
3255:9, 3255:11,
3255:14, 3255:21,
3256:4, 3256:11,
3256:17, 3256:21,
3256:24, 3257:14,
3257:18, 3258:1,
3258:5, 3258:9,
3258:21, 3259:3,
3259:7, 3259:8,
3259:11, 3259:14,
3259:16, 3260:1,
3260:7, 3260:8,
3260:10, 3260:19,
3261:5, 3261:6,
3261:11, 3261:13,
3261:14, 3261:15,
3261:17, 3262:3,
3262:12, 3262:16,
3262:18, 3263:4,
3263:8, 3263:19,
3263:20, 3263:21,
3263:22, 3264:5,
3264:7, 3264:8,
3264:16, 3264:25,
3265:2, 3265:5,
3265:7, 3265:11,
3266:1, 3266:7,
3266:10, 3266:11,
3266:25, 3267:2,
3267:6, 3267:19,
3267:20, 3267:23,
3267:25, 3268:1,
3268:3, 3268:6,
3268:11, 3268:12,
3268:23, 3269:4,
3269:6, 3269:12,
3270:1, 3270:6,
3270:7, 3270:9,
3270:12, 3270:15,
3270:17, 3270:18,
3270:20, 3271:6,
3271:8, 3271:9,
3271:20, 3272:6,
3273:6
  **that's** [162] -
3138:13, 3138:14,

3138:15, 3138:21,
3139:1, 3139:8,
3139:14, 3139:21,
3140:20, 3140:23,
3141:17, 3142:8,
3142:12, 3142:16,
3142:23, 3143:4,
3143:8, 3143:9,
3143:21, 3144:15,
3144:16, 3144:25,
3145:3, 3145:5,
3145:8, 3145:9,
3145:23, 3146:8,
3146:11, 3146:17,
3146:25, 3147:2,
3147:5, 3148:17,
3148:18, 3149:21,
3150:19, 3150:23,
3150:25, 3151:7,
3152:2, 3152:3,
3152:5, 3152:21,
3153:7, 3153:12,
3153:25, 3154:5,
3154:14, 3154:20,
3154:23, 3156:25,
3157:1, 3157:6,
3158:9, 3159:21,
3159:22, 3160:23,
3160:24, 3162:9,
3162:14, 3163:22,
3164:11, 3165:2,
3166:13, 3168:10,
3169:23, 3170:21,
3172:21, 3173:12,
3173:22, 3174:1,
3175:7, 3176:6,
3179:13, 3179:15,
3180:3, 3180:21,
3180:22, 3181:20,
3182:16, 3183:1,
3184:3, 3190:19,
3195:11, 3195:23,
3197:2, 3197:5,
3197:7, 3198:13,
3198:23, 3200:9,
3202:8, 3203:24,
3204:11, 3206:9,
3206:19, 3211:14,
3212:24, 3213:5,
3213:8, 3213:13,
3214:4, 3219:21,
3220:5, 3220:9,
3220:21, 3220:22,
3220:23, 3221:16,
3224:9, 3224:10,
3224:24, 3225:16,
3226:13, 3227:6,
3228:18, 3230:18,
3230:22, 3231:4,
3231:10, 3231:16,
3232:10, 3232:14,

3233:13, 3233:15,
3234:23, 3235:6,
3236:4, 3236:13,
3236:15, 3237:1,
3237:7, 3238:11,
3238:15, 3238:25,
3240:2, 3240:3,
3240:5, 3242:1,
3242:22, 3243:2,
3243:4, 3243:14,
3249:17, 3255:2,
3255:22, 3256:20,
3258:14, 3258:21,
3261:4, 3262:3,
3262:6, 3267:6,
3267:20, 3268:10,
3268:13, 3271:7,
3271:8

**THE** [166] – 3131:3,
3131:4, 3131:7,
3131:12, 3131:15,
3132:9, 3132:12,
3132:16, 3135:3,
3135:7, 3135:10,
3135:14, 3136:13,
3137:6, 3137:9,
3137:20, 3137:21,
3139:18, 3139:20,
3140:5, 3140:8,
3140:11, 3140:13,
3140:18, 3140:20,
3140:21, 3140:23,
3140:24, 3141:2,
3141:3, 3141:5,
3141:13, 3141:15,
3141:23, 3142:1,
3142:2, 3155:17,
3164:13, 3168:5,
3168:6, 3172:2,
3172:3, 3174:21,
3174:22, 3177:19,
3177:20, 3177:21,
3178:1, 3178:8,
3178:10, 3178:22,
3178:25, 3179:4,
3179:10, 3179:24,
3180:5, 3180:14,
3180:18, 3180:22,
3181:6, 3181:9,
3181:11, 3181:23,
3182:4, 3182:8,
3182:15, 3182:18,
3182:21, 3183:2,
3183:8, 3183:24,
3184:1, 3184:4,
3184:7, 3184:8,
3184:11, 3184:13,
3184:17, 3184:20,
3190:25, 3191:10,
3195:17, 3195:19,
3195:21, 3195:23,

3197:1, 3197:2,
3197:6, 3197:7,
3202:19, 3202:21,
3203:5, 3203:7,
3206:12, 3207:1,
3213:3, 3216:19,
3216:22, 3217:1,
3217:14, 3217:18,
3228:23, 3229:1,
3229:8, 3243:15,
3243:17, 3243:22,
3243:25, 3244:2,
3248:14, 3248:20,
3248:25, 3250:25,
3251:1, 3251:2,
3251:3, 3251:4,
3251:5, 3251:6,
3251:7, 3251:14,
3251:16, 3251:17,
3251:18, 3251:19,
3253:10, 3253:12,
3253:23, 3253:25,
3254:2, 3254:4,
3254:5, 3254:6,
3254:7, 3260:21,
3260:24, 3261:8,
3261:25, 3262:1,
3262:3, 3262:9,
3262:10, 3263:7,
3263:10, 3265:14,
3265:20, 3265:22,
3265:24, 3265:25,
3266:1, 3266:2,
3266:4, 3266:6,
3266:13, 3266:14,
3266:15, 3271:10,
3271:11, 3271:12,
3272:3, 3272:5,
3272:12, 3272:15,
3272:17, 3272:18

**their** [9] – 3156:20,
3158:8, 3162:21,
3178:12, 3182:19,
3183:19, 3228:14,
3245:23, 3271:13

**theme** [1] – 3221:21

**themselves** [1] –
3224:15

**theories** [1] – 3268:7

**theory** [1] – 3268:1

**there's** [29] –
3139:20, 3153:7,
3153:23, 3154:1,
3158:22, 3160:19,
3161:15, 3167:19,
3167:24, 3169:11,
3173:6, 3180:12,
3181:19, 3202:7,
3205:25, 3212:4,
3218:13, 3219:7,

3221:22, 3226:9,
3226:10, 3229:11,
3234:18, 3239:2,
3239:17, 3248:23,
3250:13, 3252:5,
3271:23

**therefore** [7] –
3145:7, 3176:24,
3210:11, 3210:20,
3249:21, 3250:7,
3259:17

**thermal** [2] – 3152:8,
3159:21

**thermo** [1] – 3247:18

**thermo-
poroelasticity** [1] –
3247:18

**these** [31] – 3158:24,
3168:14, 3174:11,
3178:4, 3178:5,
3178:6, 3179:19,
3180:4, 3181:13,
3195:17, 3199:11,
3204:8, 3206:24,
3212:1, 3212:5,
3214:23, 3218:2,
3218:13, 3222:11,
3223:13, 3237:7,
3238:11, 3241:12,
3242:16, 3249:10,
3253:23, 3254:2,
3254:3, 3259:23,
3260:22

**they're** [9] – 3139:4,
3141:15, 3142:18,
3146:20, 3146:24,
3226:16, 3228:16,
3260:23, 3270:17

**thick** [1] – 3243:1

**thicker** [2] – 3193:9,
3215:5

**thickest** [2] – 3193:5,
3193:10

**thickness** [6] –
3192:18, 3192:21,
3192:24, 3192:25,
3193:2, 3215:3

**thickness-based** [3]
– 3192:18, 3192:21,
3192:24

**thing** [17] – 3143:8,
3147:1, 3147:2,
3147:20, 3151:17,
3171:20, 3172:14,
3178:18, 3203:11,
3208:3, 3215:13,
3216:2, 3232:8,
3232:23, 3233:24,
3235:13, 3270:12

**things** [18] –

3146:20, 3150:2,
3152:16, 3158:8,
3161:8, 3166:11,
3166:18, 3168:22,
3168:23, 3173:10,
3176:2, 3207:20,
3218:1, 3219:8,
3224:19, 3234:12,
3238:3, 3249:7

**think** [53] – 3137:9,
3138:5, 3147:23,
3151:15, 3153:7,
3153:8, 3153:16,
3155:17, 3157:14,
3160:4, 3160:15,
3160:24, 3161:20,
3161:21, 3161:25,
3162:4, 3162:9,
3162:14, 3164:11,
3168:12, 3169:7,
3169:8, 3169:13,
3170:11, 3171:15,
3171:25, 3172:11,
3172:15, 3174:10,
3175:23, 3178:17,
3181:4, 3181:17,
3182:4, 3182:16,
3183:8, 3183:15,
3184:3, 3193:24,
3202:7, 3214:21,
3216:5, 3219:17,
3234:15, 3235:12,
3236:12, 3242:3,
3253:24, 3257:4,
3257:17, 3261:13,
3268:15, 3271:16

**thinking** [1] – 3158:5

**thinnest** [1] – 3193:6

**third** [8] – 3168:17,
3222:22, 3223:25,
3225:13, 3225:20,
3230:10, 3268:5,
3268:8

**This** [2] – 3156:9,
3160:10

**this** [295] – 3137:9,
3137:10, 3138:4,
3139:25, 3140:2,
3140:13, 3141:4,
3142:5, 3142:18,
3145:24, 3145:25,
3146:15, 3146:16,
3147:11, 3147:23,
3148:4, 3148:5,
3148:8, 3148:10,
3148:11, 3148:13,
3150:2, 3150:20,
3151:8, 3154:17,
3155:6, 3155:11,
3155:16, 3155:17,

3155:24, 3156:6,
3156:16, 3156:18,
3157:18, 3158:6,
3158:11, 3158:15,
3158:16, 3158:23,
3159:6, 3159:21,
3160:9, 3160:21,
3160:23, 3162:24,
3163:24, 3165:21,
3166:10, 3167:10,
3167:18, 3168:2,
3168:12, 3168:13,
3168:20, 3171:6,
3171:20, 3172:1,
3172:16, 3172:22,
3172:25, 3173:1,
3173:5, 3173:7,
3173:10, 3173:12,
3173:14, 3173:15,
3173:17, 3173:19,
3175:5, 3175:15,
3175:17, 3175:20,
3175:23, 3176:14,
3178:11, 3179:17,
3179:22, 3180:3,
3180:9, 3180:12,
3181:2, 3181:4,
3181:18, 3182:17,
3183:9, 3184:5,
3185:17, 3185:21,
3187:8, 3187:9,
3189:25, 3190:3,
3190:4, 3190:6,
3190:9, 3190:20,
3191:7, 3192:15,
3193:16, 3194:20,
3194:22, 3195:7,
3195:14, 3196:9,
3197:12, 3197:18,
3198:14, 3199:5,
3199:19, 3200:16,
3201:10, 3202:6,
3202:9, 3202:14,
3202:16, 3202:19,
3202:21, 3203:10,
3203:15, 3203:23,
3204:23, 3204:25,
3205:5, 3205:6,
3205:16, 3205:18,
3205:21, 3205:23,
3206:1, 3206:3,
3206:11, 3207:4,
3207:6, 3207:22,
3208:5, 3208:12,
3208:15, 3208:24,
3209:2, 3209:9,
3209:13, 3209:20,
3209:22, 3210:2,
3210:23, 3211:6,
3211:9, 3211:18,
3211:19, 3211:23,

3212:6, 3212:9,
3212:19, 3212:20,
3212:22, 3213:5,
3213:7, 3213:8,
3213:10, 3213:13,
3214:10, 3218:2,
3218:3, 3219:7,
3220:1, 3220:8,
3220:9, 3220:25,
3222:14, 3222:17,
3222:20, 3223:20,
3225:2, 3225:7,
3225:8, 3225:18,
3225:23, 3226:8,
3226:11, 3226:19,
3228:16, 3230:2,
3230:4, 3232:22,
3233:8, 3233:11,
3233:22, 3234:3,
3234:6, 3234:22,
3234:23, 3235:4,
3235:8, 3235:18,
3235:21, 3235:24,
3236:3, 3236:4,
3236:9, 3236:23,
3237:2, 3237:5,
3237:17, 3237:23,
3238:5, 3238:6,
3238:8, 3239:3,
3239:15, 3239:22,
3240:11, 3240:14,
3240:17, 3240:19,
3240:20, 3240:24,
3241:9, 3242:5,
3242:6, 3242:8,
3242:9, 3242:12,
3244:9, 3244:11,
3244:19, 3245:15,
3245:17, 3248:7,
3249:4, 3250:12,
3250:13, 3250:17,
3250:19, 3251:22,
3252:18, 3253:1,
3253:13, 3253:14,
3253:18, 3254:13,
3255:15, 3255:16,
3256:13, 3257:16,
3257:19, 3258:8,
3258:17, 3258:21,
3259:16, 3259:17,
3260:3, 3260:4,
3261:19, 3261:21,
3262:24, 3263:1,
3263:4, 3263:5,
3263:24, 3264:3,
3264:13, 3264:16,
3265:4, 3265:5,
3265:13, 3265:15,
3265:20, 3265:22,
3266:25, 3267:5,
3267:8, 3267:15,

3267:19, 3267:21,
3268:9, 3268:15,
3268:18, 3268:21
   **THOMAS** [3] -
3131:21, 3132:19,
3135:4
   **those** [79] - 3141:20,
3143:6, 3143:8,
3145:8, 3145:18,
3146:10, 3151:10,
3153:20, 3153:23,
3153:25, 3156:12,
3160:11, 3160:18,
3160:20, 3165:1,
3165:5, 3165:24,
3169:25, 3170:9,
3171:7, 3171:22,
3173:3, 3173:8,
3174:7, 3178:18,
3178:19, 3178:20,
3179:7, 3179:12,
3179:24, 3180:6,
3180:18, 3180:20,
3181:11, 3182:16,
3183:21, 3186:3,
3190:4, 3191:22,
3192:16, 3195:3,
3198:2, 3204:19,
3205:19, 3207:6,
3213:11, 3214:15,
3217:9, 3217:15,
3219:1, 3219:25,
3220:1, 3223:8,
3226:3, 3229:14,
3233:5, 3233:6,
3233:15, 3237:15,
3238:19, 3240:8,
3241:16, 3250:14,
3251:24, 3253:3,
3255:18, 3258:7,
3258:19, 3264:19,
3265:20, 3266:9,
3266:11, 3266:13,
3266:20, 3269:17
   **though** [3] - 3171:23,
3200:11, 3227:17
   **thought** [6] -
3175:17, 3181:20,
3182:2, 3183:10,
3226:5, 3272:6
   **thousand** [1] -
3174:13
   **thousands** [1] -
3189:4
   **three** [16] - 3163:11,
3163:12, 3175:8,
3214:23, 3218:13,
3223:17, 3242:22,
3246:3, 3248:1,
3252:21, 3253:3,

3257:8, 3259:8,
3259:9, 3259:13,
3271:23
   **threshold** [1] -
3228:10
   **through** [38] -
3138:17, 3140:12,
3141:24, 3149:8,
3162:3, 3164:4,
3166:18, 3166:22,
3167:22, 3168:18,
3171:2, 3171:24,
3172:11, 3178:15,
3178:16, 3186:18,
3188:21, 3190:19,
3194:24, 3196:20,
3196:24, 3197:13,
3197:22, 3209:17,
3209:21, 3214:11,
3215:7, 3217:5,
3222:16, 3228:6,
3233:17, 3236:4,
3236:5, 3237:15,
3239:7, 3240:7,
3241:16
   **throughout** [4] -
3139:21, 3166:11,
3171:4, 3187:9
   **thumb** [1] - 3179:21
   **Tim** [2] - 3156:9,
3157:3
   **time** [84] - 3137:14,
3137:15, 3137:16,
3147:17, 3148:13,
3150:24, 3152:23,
3153:1, 3154:12,
3155:4, 3157:17,
3157:24, 3158:20,
3159:3, 3159:11,
3159:13, 3160:12,
3161:14, 3162:6,
3162:11, 3162:16,
3163:8, 3164:21,
3165:17, 3166:11,
3166:18, 3166:24,
3167:15, 3168:15,
3168:20, 3169:19,
3170:6, 3170:14,
3170:16, 3170:17,
3174:11, 3174:14,
3174:18, 3178:11,
3178:18, 3179:17,
3180:19, 3182:17,
3184:5, 3186:9,
3187:21, 3188:3,
3189:15, 3190:12,
3190:20, 3191:7,
3199:22, 3199:25,
3200:2, 3200:10,
3206:20, 3210:3,

3214:11, 3222:20,
3225:18, 3225:22,
3227:2, 3228:20,
3235:2, 3235:5,
3237:12, 3240:3,
3243:18, 3245:9,
3245:17, 3247:20,
3248:7, 3249:9,
3253:14, 3254:22,
3259:7, 3267:22,
3268:21, 3271:14,
3272:13
   **times** [16] - 3137:10,
3139:15, 3139:24,
3143:1, 3143:3,
3144:19, 3147:9,
3157:12, 3172:1,
3176:14, 3195:8,
3215:3, 3221:2,
3223:17, 3230:13
   **tinker** [1] - 3152:13
   **today** [9] - 3163:18,
3170:15, 3181:4,
3183:6, 3183:22,
3191:5, 3214:12,
3244:22, 3269:14
   **together** [3] -
3200:15, 3270:17,
3270:19
   **told** [3] - 3180:8,
3180:12, 3183:9
   **TOLLES** [1] -
3134:20
   **Tom** [1] - 3137:25
   **too** [10] - 3137:15,
3143:8, 3159:18,
3195:10, 3196:5,
3209:1, 3222:7,
3230:4, 3258:7,
3262:17
   **took** [4] - 3191:22,
3224:1, 3264:10,
3265:22
   **tool** [17] - 3189:6,
3197:2, 3197:3,
3198:5, 3199:5,
3201:19, 3214:24,
3225:1, 3225:9,
3228:2, 3228:12,
3229:3, 3229:12,
3229:24, 3230:3,
3230:11
   **toolkit** [1] - 3207:23
   **tools** [2] - 3189:13,
3199:11
   **Tooms** [7] - 3167:6,
3167:11, 3167:14,
3168:19, 3168:24,
3169:1, 3175:10
   **top** [18] - 3149:1,

3150:13, 3171:1, 3171:17, 3171:23, 3172:3, 3203:13, 3204:14, 3205:20, 3206:18, 3218:17, 3237:17, 3238:3, 3238:4, 3253:18, 3254:20, 3257:25, 3263:21

**Top** [1] - 3167:2, 3167:6, 3167:7, 3167:18, 3168:18, 3168:22, 3169:18, 3170:6, 3175:10

**topic** [2] - 3170:13, 3175:25

**tops** [1] - 3266:15

**topsy** [1] - 3240:11

**topsy-turvy** [1] - 3240:11

**Toronto** [1] - 3245:17

**TORTS** [1] - 3132:24

**total** [3] - 3192:25, 3215:3, 3253:25

**totality** [1] - 3230:20

**totally** [1] - 3177:17

**toughness** [2] - 3271:25

**toward** [1] - 3198:19

**towards** [3] - 3199:3, 3203:13, 3272:1

**Tower** [1] - 3133:24

**toy** [1] - 3227:12

**track** [3] - 3147:4, 3233:19, 3234:10

**tracking** [2] - 3147:6, 3147:13

**traction** [1] - 3258:10

**traditional** [2] - 3194:25, 3197:18

**TRANSCRIPT** [1] - 3131:12

**transcript** [2] - 3135:22, 3273:6

**transferred** [1] - 3208:17

**transforming** [1] - 3200:10

**transient** [1] - 3152:15

**transit** [1] - 3246:12

**TRANSOCEAN** [3] - 3134:13, 3134:13, 3134:14

**traveling** [4] - 3140:1, 3172:4, 3172:7, 3172:23

**treat** [1] - 3257:6

**treating** [2] - 3174:3,

3174:6

**trend** [38] - 3152:24, 3153:6, 3158:19, 3158:20, 3158:23, 3159:19, 3160:1, 3161:2, 3163:15, 3170:18, 3170:19, 3172:20, 3172:25, 3173:2, 3173:11, 3173:14, 3173:15, 3173:17, 3173:19, 3173:23, 3174:4, 3177:2, 3177:3, 3177:4, 3177:6, 3177:10, 3199:1, 3199:12, 3199:16, 3208:12, 3211:19, 3211:20, 3212:10, 3212:11, 3212:13, 3213:15, 3231:16, 3237:14

**trends** [21] - 3153:4, 3153:10, 3153:15, 3153:21, 3153:23, 3153:24, 3153:25, 3154:4, 3158:18, 3170:15, 3173:3, 3173:18, 3174:11, 3175:11, 3175:19, 3176:3, 3197:8, 3198:19, 3199:21, 3206:7, 3224:7

**TREX** [26] - 3148:4, 3155:5, 3156:9, 3160:9, 3162:23, 3167:10, 3175:4, 3189:25, 3190:6, 3204:4, 3205:5, 3222:1, 3222:5, 3237:16, 3237:23, 3241:8, 3241:9, 3242:9, 3244:19, 3248:9, 3250:16, 3250:17, 3253:1, 3256:13, 3257:19, 3267:4

**TREX-012102R** [1] - 3191:5

**trial** [9] - 3148:10, 3151:8, 3179:14, 3179:19, 3180:4, 3181:15, 3182:1, 3182:13, 3183:5

**TRIAL** [1] - 3131:12

**triaxial** [8] - 3255:4, 3255:5, 3255:6, 3255:9, 3255:10, 3255:11, 3257:6, 3269:10

**trickle** [1] - 3174:8

**tried** [3] - 3216:1, 3255:23, 3255:24

**tries** [1] - 3200:3

**TRITON** [1] - 3131:7

**true** [13] - 3138:16, 3145:20, 3144:23, 3145:25, 3162:11, 3166:17, 3174:6, 3211:10, 3212:11, 3221:23, 3233:15, 3236:24, 3273:6

**trusted** [1] - 3206:7

**trusting** [1] - 3180:23

**try** [10] - 3147:17, 3165:19, 3175:19, 3179:7, 3180:25, 3215:9, 3229:15, 3232:25, 3240:22, 3258:1

**trying** [17] - 3141:3, 3141:5, 3145:5, 3157:24, 3158:6, 3175:10, 3175:23, 3178:16, 3220:15, 3221:10, 3226:18, 3230:3, 3247:9, 3260:12, 3264:6, 3271:8, 3272:12

**tube** [2] - 3161:24, 3213:24

**tubing** [1] - 3161:22

**Tulsa** [1] - 3245:21

**turn** [22] - 3146:4, 3146:18, 3150:1, 3152:22, 3153:4, 3154:25, 3158:17, 3164:15, 3186:8, 3188:9, 3190:6, 3192:2, 3197:23, 3207:18, 3208:14, 3246:5, 3247:11, 3249:23, 3254:10, 3255:13, 3264:3, 3272:10

**turned** [2] - 3187:22, 3207:14

**turvy** [1] - 3240:11

**twice** [8] - 3143:12, 3143:15, 3143:19, 3143:20, 3149:16, 3257:10, 3261:18

**Two** [6] - 3179:18, 3179:19, 3179:24, 3180:3, 3180:15, 3181:15

**two** [72] - 3139:17, 3140:18, 3141:7, 3141:13, 3141:20, 3141:21, 3141:22,

3143:6, 3143:8, 3145:8, 3146:10, 3146:21, 3153:9, 3153:24, 3155:11, 3160:18, 3160:20, 3161:22, 3172:16, 3173:3, 3173:8, 3175:6, 3193:9, 3194:22, 3195:3, 3196:12, 3196:15, 3203:2, 3207:20, 3218:2, 3218:25, 3221:14, 3226:4, 3226:8, 3232:14, 3236:11, 3238:3, 3242:16, 3242:17, 3248:4, 3249:7, 3249:18, 3250:4, 3253:6, 3255:7, 3256:12, 3257:7, 3257:24, 3258:9, 3258:17, 3258:19, 3258:21, 3259:7, 3259:10, 3259:13, 3260:25, 3261:1, 3264:10, 3264:22, 3265:12, 3265:21, 3266:11, 3266:19, 3266:20, 3269:20, 3270:17

**TX** [4] - 3133:25, 3134:4, 3134:19, 3135:6

**type** [14] - 3150:15, 3186:22, 3187:17, 3189:9, 3199:19, 3204:8, 3209:2, 3210:22, 3212:4, 3227:22, 3230:25, 3231:14, 3234:1, 3260:14

**types** [3] - 3186:19, 3188:22, 3211:1

## U

**U.S** [5] - 3132:16, 3132:23, 3160:2, 3162:20, 3248:18

**ugly** [4] - 3253:9, 3253:12, 3253:15, 3253:21

**ultimately** [1] - 3209:7

**ultrasonic** [1] - 3249:20

**uncertain** [5] - 3158:25, 3166:5, 3171:20, 3173:13, 3177:8

**Uncertainties** [1] - 3222:1

**uncertainties** [2] - 3165:8, 3174:1

**uncertainty** [30] - 3153:7, 3154:1, 3158:23, 3158:24, 3159:6, 3160:19, 3160:22, 3160:23, 3161:1, 3162:21, 3164:9, 3165:21, 3165:22, 3165:25, 3169:23, 3170:2, 3170:4, 3171:6, 3171:21, 3174:5, 3177:14, 3177:16, 3221:17, 3221:20, 3231:3, 3239:13, 3256:3

**unchanged** [1] - 3167:23

**under** [3] - 3137:18, 3222:2, 3252:5

**underestimate** [1] - 3252:17

**underestimated** [2] - 3192:8, 3216:12

**underground** [1] - 3245:19

**underlying** [1] - 3231:15

**underpredict** [2] - 3256:2, 3259:18

**underpredicted** [1] - 3255:25

**underprediction** [1] - 3260:9

**underpredicts** [2] - 3257:16, 3269:13

**undersample** [2] - 3223:22, 3225:3

**undersampled** [1] - 3207:14

**undersampling** [4] - 3224:9, 3225:12, 3225:13, 3225:15

**understand** [8] - 3154:16, 3163:23, 3196:17, 3210:2, 3238:4, 3247:10, 3254:2, 3268:6

**understanding** [5] - 3145:11, 3180:2, 3185:7, 3248:20, 3273:7

**understands** [1] - 3182:23

**understood** [2] - 3183:25, 3233:7

**unexplained** [3] -

3167:20, 3168:8

**unfortunately** [1] - 3170:25

**uniaxial** [5] - 3244:16, 3256:19, 3256:20, 3258:12, 3258:13

**uniform** [2] - 3258:10, 3258:20

**unique** [1] - 3239:14

**uniqueness** [1] - 3239:17

**unit** [1] - 3243:3

**United** [11] - 3137:11, 3137:25, 3178:16, 3179:21, 3181:21, 3184:5, 3184:19, 3184:25, 3243:20, 3244:5, 3273:4

**UNITED** [4] - 3131:1, 3131:9, 3131:13, 3132:16

**universally** [1] - 3257:4

**Universite** [1] - 3245:6

**universities** [1] - 3248:4

**University** [8] - 3186:6, 3189:19, 3189:20, 3245:7, 3245:16, 3246:1, 3259:2, 3261:16

**unless** [2] - 3167:19, 3168:7

**unrealistic** [1] - 3194:15

**unreasonable** [1] - 3216:5

**unreliable** [2] - 3177:17, 3250:7

**until** [2] - 3154:13, 3224:17

**up** [92] - 3137:7, 3137:14, 3141:4, 3141:18, 3141:22, 3144:18, 3149:3, 3149:14, 3149:19, 3149:20, 3150:14, 3154:8, 3159:20, 3160:4, 3173:11, 3175:5, 3175:24, 3176:11, 3179:7, 3179:22, 3180:20, 3182:13, 3185:16, 3189:25, 3191:13, 3191:15, 3192:15, 3192:23, 3194:4, 3194:13, 3194:20,

3196:17, 3197:4, 3198:8, 3198:12, 3198:19, 3200:17, 3202:3, 3203:12, 3204:7, 3204:20, 3205:4, 3205:24, 3207:22, 3208:12, 3211:6, 3212:22, 3214:17, 3215:7, 3215:21, 3216:1, 3216:8, 3218:2, 3218:19, 3221:15, 3223:18, 3224:8, 3225:16, 3227:24, 3229:20, 3229:25, 3230:10, 3230:21, 3232:11, 3233:6, 3234:3, 3234:5, 3237:12, 3244:19, 3245:3, 3249:12, 3250:16, 3251:17, 3252:13, 3252:24, 3252:25, 3253:1, 3253:10, 3255:14, 3256:8, 3256:13, 3259:20, 3261:6, 3262:21, 3263:13, 3263:18, 3264:14, 3265:15, 3267:4, 3268:23

**upon** [2] - 3245:11, 3248:22

**upper** [19] - 3166:20, 3166:22, 3193:5, 3193:15, 3193:18, 3194:1, 3194:2, 3194:10, 3196:13, 3199:4, 3208:23, 3211:11, 3214:2, 3214:25, 3219:19, 3239:12, 3241:3, 3243:3

**UPVC** [19] - 3244:14, 3244:16, 3246:25, 3249:15, 3249:21, 3249:25, 3254:12, 3254:14, 3254:19, 3254:22, 3255:10, 3256:9, 3256:20, 3256:24, 3257:17, 3259:13, 3267:5, 3267:7, 3269:9

**upward** [2] - 3211:19, 3226:5

**us** [7] - 3154:11, 3171:8, 3178:19, 3228:20, 3253:18, 3257:7

**usable** [1] - 3260:23

**use** [42] - 3145:11,

3151:12, 3151:15, 3157:22, 3163:11, 3175:10, 3186:1, 3186:20, 3191:20, 3192:24, 3192:25, 3196:5, 3197:15, 3203:23, 3204:9, 3204:17, 3209:24, 3210:2, 3210:5, 3210:10, 3210:12, 3213:20, 3213:23, 3214:13, 3215:24, 3219:12, 3223:8, 3223:16, 3227:9, 3229:12, 3229:14, 3230:3, 3230:19, 3231:17, 3232:7, 3233:25, 3235:21, 3249:21, 3252:4, 3260:14, 3261:7

**used** [85] - 3137:11, 3137:12, 3138:22, 3138:24, 3139:10, 3139:21, 3147:9, 3147:10, 3147:17, 3150:6, 3150:7, 3150:11, 3151:1, 3151:6, 3151:22, 3152:3, 3152:10, 3152:12, 3153:4, 3154:2, 3157:12, 3162:20, 3162:25, 3164:18, 3164:22, 3169:3, 3169:4, 3178:3, 3178:14, 3185:13, 3187:20, 3189:6, 3194:23, 3194:25, 3195:22, 3197:19, 3207:10, 3207:13, 3207:15, 3207:21, 3207:25, 3210:14, 3210:16, 3210:25, 3211:1, 3213:10, 3216:2, 3217:12, 3219:23, 3219:25, 3220:1, 3220:2, 3221:8, 3223:18, 3224:25, 3225:7, 3225:10, 3225:20, 3226:3, 3227:7, 3227:10, 3227:19, 3227:22, 3229:4, 3229:25, 3230:9, 3230:12, 3230:18, 3231:2, 3232:1, 3232:2, 3232:5, 3232:6, 3232:8, 3232:17, 3249:16, 3249:25, 3250:3, 3250:25, 3251:8, 3251:22,

3267:7, 3271:3

**useful** [4] - 3175:17, 3253:16, 3260:24, 3260:25

**usefulness** [2] - 3262:10, 3262:11

**uses** [5] - 3169:6, 3185:9, 3185:11, 3226:4, 3226:20

**using** [37] - 3147:3, 3147:8, 3150:9, 3152:19, 3154:20, 3154:25, 3156:24, 3157:5, 3157:11, 3164:19, 3168:10, 3170:21, 3174:9, 3174:11, 3176:7, 3194:5, 3194:7, 3195:11, 3200:12, 3202:12, 3208:6, 3208:8, 3212:18, 3213:11, 3213:15, 3214:15, 3220:14, 3220:15, 3222:10, 3223:18, 3225:24, 3230:11, 3231:3, 3234:3, 3246:13, 3250:2, 3269:10

**usually** [3] - 3260:17, 3269:20, 3270:19

**utilized** [1] - 3225:8

## V

**V** [1] - 3264:24

**v** [1] - 3131:9

**vaguely** [1] - 3149:11

**validate** [1] - 3249:21

**validated** [1] - 3151:17

**valuable** [1] - 3253:21

**value** [22] - 3160:2, 3160:7, 3160:8, 3163:19, 3163:20, 3164:1, 3173:25, 3203:1, 3203:21, 3203:22, 3203:23, 3204:1, 3204:13, 3204:23, 3205:14, 3207:16, 3209:20, 3210:16, 3211:21, 3239:25, 3241:7

**Value** [1] - 3203:16

**values** [4] - 3169:4, 3191:22, 3211:17, 3215:10

**varied** [1] - 3191:24

**various** [5] - 3157:8, 3157:16, 3159:4, 3159:22, 3168:11

**velocity** [19] - 3144:19, 3144:23, 3144:25, 3145:5, 3145:12, 3145:14, 3145:16, 3145:22, 3146:1, 3146:2, 3146:4, 3146:6, 3146:19, 3146:20, 3146:22, 3147:7, 3166:12, 3166:15, 3249:20

**Venezuela** [1] - 3246:10

**verification** [1] - 3227:23

**verifications** [1] - 3239:6

**verified** [3] - 3206:8, 3239:1, 3239:7

**verify** [6] - 3197:21, 3209:13, 3238:23, 3239:11, 3240:23, 3241:1, 3241:18, 3242:2

**version** [5] - 3138:4, 3205:5, 3235:1, 3238:13, 3238:14

**versus** [4] - 3206:20, 3263:3, 3265:13, 3265:19

**vertical** [16] - 3204:12, 3204:15, 3204:18, 3205:2, 3205:12, 3213:10, 3236:4, 3239:23, 3260:3, 3260:11, 3263:25, 3264:1, 3265:3, 3265:19, 3268:22, 3268:24

**vertically** [1] - 3266:3

**very** [58] - 3141:16, 3142:18, 3150:7, 3151:16, 3151:18, 3152:7, 3158:25, 3172:14, 3173:13, 3174:12, 3177:15, 3179:4, 3182:21, 3185:23, 3192:21, 3196:20, 3199:5, 3201:11, 3207:8, 3208:5, 3209:2, 3209:3, 3211:12, 3214:1, 3214:9, 3214:10, 3217:3, 3220:23, 3221:17, 3221:19, 3222:3,

3224:10, 3225:4,
3225:17, 3233:18,
3233:25, 3234:2,
3237:4, 3247:18,
3250:7, 3253:20,
3254:13, 3257:14,
3258:18, 3259:2,
3263:22, 3267:8,
3268:10, 3269:23,
3270:8, 3270:10,
3271:1, 3271:23

**vice** [1] - 3167:6

**vice-president** [1] -
3167:6

**videos** [1] - 3178:5

**view** [5] - 3182:24,
3231:1, 3232:16,
3245:24, 3261:11

**violated** [2] -
3269:12

**violation** [1] - 3263:2

**visited** [1] - 3170:15

**visual** [2] - 3235:19,
3250:22

**visually** [2] -
3237:10, 3267:3

**vitae** [1] - 3190:7

**VOIR** [2] - 3184:21,
3244:6

**Voir** [2] - 3136:15,
3136:20

**volume** [2] -
3185:10, 3244:16

# W

**W** [5] - 3133:22,
3133:23, 3133:24,
3148:8, 3154:3

**Waikiki** [1] - 3246:11

**wait** [2] - 3254:16,
3271:12

**waiting** [1] - 3144:18

**waive** [1] - 3181:15

**walk** [4] - 3138:17,
3196:20, 3197:22,
3237:15

**walked** [1] - 3209:17

**Wang** [1] - 3156:10

**want** [29] - 3158:6,
3168:2, 3178:7,
3182:22, 3183:12,
3183:13, 3207:3,
3207:8, 3208:5,
3209:24, 3215:8,
3219:10, 3239:19,
3242:5, 3254:19,
3254:24, 3255:3,
3258:14, 3260:15,

3260:17, 3262:11,
3264:10, 3266:4,
3266:14, 3268:4,
3268:6, 3269:6,
3270:21, 3271:19

**wanted** [4] -
3157:19, 3182:3,
3217:25, 3219:25

**wanting** [1] -
3157:18

**wants** [1] - 3264:11

**WARREN** [1] -
3134:10

**WAS** [4] - 3184:9,
3216:24, 3243:23,
3272:19

**Washington** [5] -
3132:22, 3132:25,
3133:9, 3133:17,
3134:11

**wasn't** [5] - 3157:2,
3165:19, 3177:22,
3179:5, 3239:6

**waste** [1] - 3246:11

**wasting** [1] -
3271:14

**water** [1] - 3245:13

**way** [27] - 3140:5,
3140:11, 3143:18,
3143:21, 3143:22,
3146:11, 3160:11,
3179:8, 3183:8,
3200:7, 3200:10,
3206:24, 3210:23,
3220:25, 3231:24,
3232:22, 3233:5,
3233:11, 3233:16,
3236:4, 3236:5,
3238:22, 3242:2,
3254:14, 3262:25

**ways** [1] - 3226:5

**we** [232] - 3137:7,
3138:3, 3138:4,
3138:11, 3138:24,
3141:10, 3141:17,
3141:18, 3142:13,
3142:16, 3143:9,
3143:21, 3143:22,
3144:2, 3144:11,
3144:12, 3144:17,
3144:25, 3145:9,
3145:21, 3145:24,
3146:8, 3146:10,
3146:24, 3148:4,
3148:25, 3149:1,
3149:14, 3150:4,
3150:7, 3150:11,
3150:13, 3150:14,
3150:23, 3150:24,
3150:25, 3151:2,

3151:16, 3154:3,
3155:5, 3155:11,
3155:20, 3155:22,
3156:2, 3156:21,
3159:2, 3159:18,
3160:4, 3160:20,
3161:22, 3161:25,
3162:2, 3162:18,
3162:19, 3162:22,
3162:23, 3163:8,
3164:3, 3164:8,
3164:9, 3165:3,
3165:18, 3165:23,
3165:24, 3166:1,
3166:10, 3166:22,
3167:10, 3167:14,
3168:8, 3170:14,
3171:5, 3171:6,
3172:8, 3172:16,
3172:17, 3172:20,
3173:5, 3173:10,
3173:11, 3175:4,
3175:9, 3178:13,
3178:14, 3178:15,
3178:19, 3178:20,
3178:21, 3178:22,
3179:6, 3179:7,
3179:11, 3179:13,
3179:15, 3179:17,
3180:2, 3180:7,
3180:10, 3180:11,
3180:13, 3180:25,
3181:25, 3182:7,
3182:12, 3182:13,
3182:21, 3182:23,
3183:4, 3183:22,
3184:16, 3185:15,
3187:20, 3188:15,
3188:19, 3188:21,
3189:11, 3189:12,
3189:13, 3189:14,
3190:23, 3191:12,
3191:21, 3192:22,
3192:24, 3193:12,
3193:15, 3193:16,
3194:23, 3196:13,
3196:19, 3197:5,
3197:15, 3198:12,
3199:8, 3199:11,
3199:12, 3199:13,
3201:6, 3201:10,
3203:23, 3204:9,
3205:4, 3205:6,
3205:17, 3205:18,
3206:2, 3207:3,
3209:22, 3209:23,
3211:9, 3215:4,
3216:19, 3216:22,
3217:23, 3219:7,
3220:1, 3220:8,
3223:21, 3223:22,

3225:3, 3225:14,
3228:15, 3228:21,
3229:7, 3229:14,
3231:10, 3233:5,
3233:6, 3233:7,
3233:11, 3237:6,
3240:2, 3241:3,
3242:5, 3243:4,
3246:5, 3246:22,
3248:16, 3248:18,
3248:21, 3249:23,
3250:2, 3250:16,
3252:10, 3252:24,
3253:1, 3253:16,
3254:9, 3254:10,
3256:13, 3257:4,
3258:4, 3258:17,
3259:2, 3259:3,
3259:5, 3259:6,
3259:12, 3261:18,
3262:5, 3262:10,
3262:15, 3262:17,
3265:9, 3267:1,
3268:9, 3268:13,
3269:12, 3271:16,
3271:25, 3272:1,
3272:6, 3272:12

**we'll** [10] - 3137:13,
3137:16, 3186:9,
3187:24, 3218:7,
3239:18, 3243:20,
3250:16, 3256:20,
3272:15

**we're** [45] - 3139:3,
3139:4, 3139:5,
3139:20, 3141:5,
3141:6, 3143:5,
3143:6, 3143:10,
3144:9, 3144:16,
3144:18, 3145:3,
3145:5, 3145:6,
3145:21, 3147:1,
3147:8, 3147:13,
3153:24, 3155:15,
3157:5, 3158:23,
3159:17, 3162:23,
3174:5, 3176:9,
3176:25, 3180:24,
3185:25, 3191:12,
3198:18, 3206:21,
3208:14, 3208:15,
3217:8, 3217:11,
3237:16, 3265:6,
3270:23, 3271:14

**we've** [31] - 3138:11,
3138:16, 3143:22,
3145:3, 3145:8,
3146:11, 3147:8,
3147:15, 3150:5,
3150:9, 3151:15,
3159:24, 3160:17,

3165:5, 3165:7,
3171:25, 3175:13,
3180:8, 3180:24,
3185:15, 3202:5,
3202:10, 3209:17,
3209:21, 3214:9,
3214:10, 3215:7,
3218:22, 3240:11,
3254:13

**weakest** [6] - 3268:1,
3268:2, 3268:7,
3268:13, 3268:21

**Weatherford** [10] -
3249:7, 3249:15,
3250:20, 3252:22,
3253:5, 3254:11,
3255:17, 3255:18,
3255:23, 3257:3

**Weatherford's** [2] -
3250:6, 3256:23

**web** [1] - 3223:11

**weight** [2] - 3193:1,
3193:2

**WEINER** [1] - 3134:6

**WEITZ** [1] - 3131:24

**well** [123] - 3139:9,
3140:8, 3140:21,
3142:18, 3144:13,
3147:10, 3148:22,
3154:13, 3155:11,
3155:17, 3156:12,
3157:19, 3157:23,
3157:25, 3158:5,
3158:6, 3159:13,
3159:17, 3160:8,
3161:1, 3161:7,
3161:10, 3161:11,
3161:12, 3161:15,
3161:21, 3161:23,
3161:25, 3162:14,
3162:16, 3162:17,
3162:18, 3163:1,
3163:21, 3164:5,
3164:23, 3164:24,
3165:18, 3166:5,
3167:4, 3167:20,
3168:1, 3168:8,
3168:9, 3168:23,
3169:9, 3171:13,
3172:12, 3175:12,
3176:22, 3177:14,
3179:4, 3182:21,
3185:22, 3185:23,
3185:25, 3186:11,
3186:20, 3187:2,
3187:19, 3187:20,
3188:4, 3188:12,
3188:14, 3189:1,
3189:7, 3189:11,
3189:17, 3189:21,

3189:22, 3190:19, 3190:21, 3192:22, 3195:24, 3197:2, 3197:4, 3200:3, 3201:6, 3201:19, 3203:22, 3204:8, 3205:13, 3206:1, 3208:23, 3214:17, 3214:18, 3215:17, 3219:23, 3219:24, 3220:11, 3222:25, 3224:4, 3224:6, 3225:19, 3226:8, 3226:14, 3228:23, 3230:2, 3234:3, 3234:8, 3234:14, 3238:22, 3239:18, 3239:25, 3241:20, 3241:23, 3244:15, 3247:5, 3250:11, 3252:16, 3252:20, 3255:3, 3256:6, 3259:16, 3260:25, 3267:8, 3269:4, 3269:17, 3271:10

**Well** [3] - 3148:16, 3155:7, 3155:10

**well's** [1] - 3149:2

**wellbore** [9] - 3194:17, 3194:24, 3194:25, 3195:7, 3195:13, 3213:23, 3232:1, 3233:25

**Wells** [1] - 3167:12

**wells** [1] - 3188:14

**went** [7] - 3159:20, 3162:18, 3197:25, 3199:22, 3215:17, 3219:11, 3245:20

**weren't** [1] - 3166:1

**wetted** [11] - 3138:25, 3139:16, 3139:25, 3140:15, 3141:7, 3142:17, 3143:7, 3143:23, 3176:10

**wetting** [1] - 3271:2

**what's** [23] - 3141:21, 3142:18, 3155:22, 3155:24, 3159:21, 3177:11, 3178:22, 3197:1, 3202:12, 3204:7, 3206:19, 3240:16, 3252:16, 3254:24, 3258:3, 3258:5, 3258:16, 3259:16, 3259:24, 3262:3, 3263:23, 3264:3, 3268:20

**whatever** [3] - 3168:2, 3183:12, 3253:10

**whatsoever** [1] - 3268:22

**WHEREUPON** [4] - 3184:9, 3216:24, 3243:23, 3272:19

**whether** [11] - 3159:15, 3176:1, 3177:1, 3177:2, 3192:4, 3192:6, 3227:3, 3229:15, 3234:10, 3252:11, 3264:6

**which** [60] - 3137:14, 3139:25, 3140:1, 3140:25, 3141:7, 3143:24, 3146:6, 3149:14, 3150:9, 3150:21, 3157:2, 3162:25, 3165:4, 3166:3, 3173:7, 3175:13, 3175:14, 3175:16, 3176:20, 3176:21, 3176:22, 3179:24, 3186:10, 3186:21, 3192:2, 3193:13, 3195:17, 3196:13, 3197:24, 3203:23, 3204:10, 3205:6, 3206:22, 3209:12, 3211:14, 3213:9, 3223:2, 3224:11, 3227:4, 3227:11, 3227:23, 3241:8, 3245:13, 3245:18, 3247:15, 3247:24, 3249:19, 3251:21, 3255:9, 3255:10, 3258:18, 3259:3, 3261:17, 3262:13, 3264:3, 3267:19, 3268:1, 3269:23, 3272:1

**while** [3] - 3144:17, 3188:10, 3188:12

**WHITELEY** [1] - 3132:9

**Whitewood** [2] - 3151:25, 3152:3

**whoever** [1] - 3264:11

**whole** [24] - 3153:25, 3159:6, 3160:21, 3160:24, 3169:23, 3171:4, 3171:6, 3171:20, 3171:21, 3173:12, 3259:21, 3260:4, 3260:16,

3261:11, 3261:22, 3262:23, 3263:1, 3263:14, 3263:20, 3264:23, 3265:1, 3265:21, 3265:23

**wide** [5] - 3158:25, 3160:22, 3160:23, 3161:1, 3177:15

**wider** [1] - 3177:15

**Wild** [2] - 3155:7, 3155:10

**will** [49] - 3144:18, 3166:6, 3166:9, 3174:10, 3175:15, 3175:16, 3178:10, 3178:21, 3179:7, 3179:11, 3179:14, 3179:15, 3179:16, 3179:22, 3180:11, 3180:13, 3182:12, 3182:13, 3183:6, 3183:15, 3183:23, 3185:15, 3190:23, 3196:10, 3196:20, 3197:4, 3201:18, 3203:18, 3213:25, 3216:22, 3217:9, 3219:23, 3220:8, 3224:8, 3231:6, 3248:16, 3248:18, 3248:20, 3248:21, 3250:4, 3250:23, 3253:21, 3258:1, 3258:8, 3268:4, 3269:20, 3271:2

**WILLIAM** [1] - 3135:17

**William** [1] - 3155:6

**wine** [1] - 3266:6

**WINFIELD** [1] - 3132:13

**wireline** [2] - 3189:6, 3189:9

**with** [158] - 3137:14, 3137:17, 3140:24, 3141:4, 3141:11, 3142:6, 3145:1, 3145:9, 3145:14, 3146:6, 3146:7, 3146:24, 3147:14, 3148:15, 3150:10, 3152:13, 3152:14, 3152:15, 3152:23, 3153:12, 3153:14, 3156:7, 3156:16, 3156:25, 3157:8, 3158:9, 3158:16, 3160:16, 3160:23, 3160:24, 3162:9, 3162:15, 3166:19,

3167:17, 3168:7, 3168:14, 3169:10, 3173:11, 3174:9, 3175:3, 3178:3, 3178:14, 3178:15, 3178:16, 3178:19, 3178:23, 3179:3, 3180:6, 3180:9, 3180:12, 3180:14, 3180:24, 3181:23, 3181:25, 3182:3, 3182:16, 3187:4, 3187:23, 3189:5, 3189:9, 3189:13, 3190:22, 3192:23, 3193:5, 3193:6, 3193:21, 3194:3, 3194:4, 3194:13, 3195:6, 3195:15, 3196:7, 3197:21, 3199:18, 3200:15, 3201:11, 3204:15, 3207:16, 3210:1, 3210:21, 3210:24, 3213:10, 3215:18, 3215:21, 3217:5, 3217:6, 3217:10, 3217:12, 3218:5, 3218:7, 3218:19, 3219:6, 3219:24, 3219:25, 3221:15, 3223:9, 3224:9, 3224:14, 3224:18, 3225:3, 3225:16, 3227:19, 3227:24, 3229:25, 3230:10, 3230:17, 3232:11, 3233:13, 3233:23, 3234:5, 3237:16, 3238:12, 3238:18, 3239:3, 3239:8, 3240:18, 3240:25, 3247:7, 3248:11, 3248:13, 3248:17, 3248:18, 3248:20, 3250:8, 3250:10, 3252:1, 3252:13, 3253:3, 3253:19, 3254:12, 3255:17, 3256:8, 3257:1, 3257:7, 3257:13, 3259:12, 3259:22, 3260:4, 3261:6, 3263:20, 3264:10, 3264:17, 3265:11, 3266:24, 3267:15, 3267:19, 3267:21, 3268:16, 3268:23, 3269:15, 3270:6, 3270:7, 3270:9

**withdraw** [1] -

3242:4

**withdrawn** [1] - 3228:19

**within** [13] - 3138:12, 3166:20, 3181:3, 3181:17, 3186:11, 3188:14, 3208:13, 3219:9, 3256:11, 3265:6, 3265:7, 3265:21, 3269:22

**without** [6] - 3178:10, 3179:2, 3190:25, 3191:10, 3237:4, 3237:14

**witness** [6] - 3168:4, 3184:6, 3202:3, 3228:25, 3229:8, 3243:19

**WITNESS** [43] - 3137:20, 3139:20, 3140:8, 3140:13, 3140:20, 3140:23, 3141:2, 3141:5, 3141:15, 3142:1, 3168:6, 3172:3, 3174:21, 3177:19, 3177:21, 3184:13, 3184:17, 3195:19, 3195:23, 3197:2, 3197:7, 3244:2, 3251:1, 3251:3, 3251:5, 3251:7, 3251:16, 3251:18, 3253:12, 3253:25, 3254:4, 3254:6, 3260:24, 3262:1, 3262:3, 3262:10, 3265:20, 3265:24, 3266:1, 3266:4, 3266:14, 3271:11, 3272:17

**WITNESSES** [2] - 3136:5, 3136:13

**witnesses** [1] - 3178:14

**won't** [4] - 3180:21, 3180:25, 3206:24, 3253:18

**word** [5] - 3216:2, 3232:1, 3250:25, 3271:14

**wording** [1] - 3253:8

**words** [4] - 3183:18, 3252:7, 3253:19, 3260:2

**work** [66] - 3148:10, 3148:21, 3150:4, 3150:10, 3150:11, 3150:20, 3152:14, 3152:15, 3153:15,

3154:3, 3154:6,
3154:11, 3154:16,
3157:15, 3158:8,
3158:15, 3159:24,
3178:16, 3178:19,
3178:20, 3179:7,
3179:14, 3185:18,
3185:21, 3186:9,
3186:10, 3186:17,
3187:6, 3187:15,
3187:17, 3187:19,
3188:3, 3188:6,
3188:9, 3188:19,
3189:9, 3189:16,
3189:17, 3190:13,
3190:17, 3190:19,
3194:3, 3219:6,
3219:10, 3222:8,
3223:23, 3224:18,
3225:3, 3235:21,
3235:24, 3245:4,
3245:12, 3246:17,
3247:3, 3247:5,
3248:18, 3249:3,
3252:18, 3253:19,
3258:23, 3259:9,
3260:12, 3262:22,
3266:7, 3270:3
    **worked** [6] - 3155:7,
3179:13, 3187:17,
3187:23, 3225:10,
3246:16
    **working** [12] -
3139:22, 3178:15,
3188:3, 3188:10,
3245:9, 3256:8,
3256:10, 3256:11,
3256:17, 3256:18
    **works** [3] - 3241:22,
3241:25, 3253:5
    **world** [3] - 3240:11,
3246:15, 3246:16
    **worldwide** [1] -
3257:4
    **worry** [1] - 3182:13
    **worst** [1] - 3157:25
    **would** [115] -
3140:16, 3142:15,
3142:21, 3144:2,
3144:4, 3145:16,
3145:25, 3149:23,
3151:9, 3151:12,
3151:19, 3153:21,
3154:6, 3154:11,
3156:23, 3157:3,
3157:20, 3157:25,
3158:1, 3158:5,
3158:6, 3161:11,
3165:16, 3166:6,
3167:24, 3168:3,

3168:17, 3169:15,
3170:19, 3170:22,
3171:23, 3174:8,
3174:9, 3175:3,
3175:8, 3175:12,
3178:2, 3182:8,
3182:9, 3183:16,
3183:19, 3184:11,
3184:12, 3188:21,
3189:13, 3191:24,
3192:24, 3193:10,
3193:24, 3194:12,
3197:21, 3198:19,
3199:13, 3199:14,
3199:17, 3200:5,
3202:1, 3203:13,
3204:7, 3204:15,
3205:1, 3205:15,
3206:6, 3207:24,
3208:10, 3209:13,
3212:18, 3212:20,
3213:20, 3213:21,
3221:8, 3223:18,
3223:21, 3224:25,
3225:2, 3225:6,
3225:11, 3227:8,
3231:18, 3233:18,
3233:19, 3234:1,
3236:17, 3237:1,
3237:2, 3237:9,
3239:4, 3240:4,
3240:8, 3240:22,
3240:24, 3241:16,
3243:12, 3245:18,
3248:7, 3255:20,
3255:21, 3256:10,
3259:5, 3259:14,
3259:18, 3260:22,
3261:18, 3263:19,
3264:3, 3264:11,
3264:17, 3265:4,
3265:18, 3266:7,
3269:25, 3271:4
    **wouldn't** [5] -
3240:9, 3241:17,
3243:12, 3266:7,
3269:22
    **wrapping** [1] -
3216:8
    **WRIGHT** [1] -
3131:18
    **write** [1] - 3188:16
    **written** [1] - 3252:22
    **wrong** [6] - 3144:2,
3144:23, 3144:24,
3146:4, 3146:5,
3240:22
    **wrote** [4] - 3168:20,
3222:20, 3225:18,
3256:16

**X**

**X** [1] - 3136:2

**Y**

    **y'all** [1] - 3137:15
    **Ye** [1] - 3262:15
    **ye** [1] - 3262:15
    **yeah** [47] - 3141:2,
3143:3, 3151:18,
3152:7, 3154:8,
3157:14, 3158:22,
3159:2, 3162:6,
3164:22, 3167:24,
3172:7, 3186:12,
3192:20, 3194:2,
3194:8, 3194:11,
3197:15, 3198:2,
3200:25, 3210:24,
3211:4, 3211:11,
3220:22, 3221:14,
3223:8, 3223:20,
3224:17, 3225:10,
3226:24, 3228:9,
3229:14, 3230:6,
3230:17, 3231:3,
3231:4, 3233:24,
3234:10, 3237:18,
3238:12, 3238:23,
3239:2, 3240:21,
3242:17, 3253:25,
3266:19
    **year** [4] - 3190:16,
3190:18, 3249:4,
3261:18
    **years** [16] - 3152:1,
3187:15, 3187:16,
3187:17, 3188:8,
3190:13, 3190:19,
3246:3, 3247:3,
3248:1, 3256:6,
3256:12, 3259:9,
3261:16, 3270:4,
3271:23
    **yeilds** [1] - 3247:19
    **yellow** [2] - 3237:18,
3250:23
    **yes** [291] - 3137:20,
3138:7, 3138:13,
3138:15, 3138:21,
3139:8, 3139:14,
3139:17, 3140:9,
3140:20, 3142:1,
3142:8, 3142:12,
3142:16, 3142:23,
3143:17, 3144:6,
3144:8, 3144:21,
3145:18, 3145:22,

3146:2, 3146:17,
3146:20, 3146:21,
3147:5, 3147:19,
3148:7, 3148:13,
3148:17, 3148:20,
3149:5, 3149:11,
3149:12, 3149:18,
3149:21, 3150:4,
3150:5, 3150:18,
3150:24, 3150:25,
3151:4, 3151:7,
3151:11, 3151:15,
3151:21, 3151:24,
3152:2, 3152:5,
3152:8, 3152:21,
3153:12, 3153:16,
3153:17, 3153:18,
3153:19, 3154:5,
3154:10, 3154:14,
3154:20, 3154:22,
3154:24, 3155:3,
3156:1, 3156:5,
3156:15, 3156:25,
3157:8, 3157:10,
3158:5, 3160:4,
3160:15, 3161:4,
3161:6, 3162:8,
3162:18, 3162:25,
3163:7, 3163:14,
3163:17, 3164:2,
3165:9, 3166:13,
3167:5, 3167:9,
3170:8, 3170:21,
3170:25, 3172:7,
3172:19, 3172:21,
3173:17, 3173:22,
3174:2, 3174:5,
3174:17, 3175:7,
3176:6, 3178:1,
3179:1, 3181:8,
3184:20, 3185:2,
3185:19, 3186:4,
3186:6, 3187:3,
3187:10, 3187:14,
3188:2, 3188:25,
3189:8, 3189:19,
3190:2, 3190:8,
3190:11, 3191:6,
3192:11, 3192:17,
3193:3, 3193:7,
3193:15, 3194:19,
3195:23, 3196:2,
3196:4, 3198:15,
3198:23, 3198:24,
3202:20, 3202:22,
3204:21, 3205:8,
3207:11, 3208:18,
3209:16, 3210:2,
3210:18, 3211:8,
3211:13, 3211:16,
3212:17, 3213:16,

3213:17, 3213:19,
3214:14, 3216:4,
3216:7, 3217:18,
3218:12, 3218:16,
3218:18, 3218:21,
3218:24, 3219:2,
3219:21, 3220:20,
3221:6, 3221:24,
3222:4, 3222:9,
3222:15, 3222:19,
3223:1, 3223:3,
3223:6, 3223:11,
3223:16, 3224:3,
3224:13, 3224:21,
3226:2, 3226:16,
3226:21, 3227:21,
3227:25, 3228:4,
3229:19, 3229:22,
3231:22, 3232:4,
3232:9, 3232:18,
3232:24, 3233:2,
3233:4, 3233:10,
3233:12, 3233:17,
3234:7, 3234:17,
3234:21, 3234:25,
3235:3, 3235:7,
3235:9, 3235:20,
3235:23, 3236:7,
3237:18, 3237:21,
3237:25, 3238:2,
3238:10, 3238:12,
3238:17, 3239:9,
3239:14, 3240:1,
3240:10, 3240:14,
3240:19, 3241:1,
3241:11, 3241:14,
3241:18, 3241:25,
3242:1, 3242:11,
3242:13, 3242:15,
3242:19, 3242:21,
3242:25, 3243:9,
3243:11, 3243:13,
3244:21, 3244:23,
3245:6, 3247:1,
3249:14, 3250:2,
3250:12, 3250:19,
3251:3, 3252:4,
3252:13, 3252:16,
3252:21, 3253:1,
3253:3, 3253:5,
3254:4, 3254:13,
3255:20, 3256:15,
3257:4, 3257:19,
3257:21, 3259:1,
3259:24, 3260:15,
3261:13, 3262:2,
3263:17, 3264:9,
3265:20, 3265:24,
3266:4, 3266:21,
3267:1, 3267:14,
3267:18, 3268:21,

3270:4, 3271:22
**yesterday** [16] -
3138:11, 3144:22,
3145:24, 3146:13,
3147:3, 3152:23,
3153:5, 3153:8,
3159:25, 3164:17,
3170:13, 3170:14,
3170:18, 3182:23,
3182:24, 3260:19
**yet** [2] - 3156:13,
3217:24
**yield** [1] - 3250:7
**York** [2] - 3131:25,
3217:2
**YORK** [2] - 3134:2,
3217:2
**you** [786] - 3137:22,
3138:7, 3138:9,
3138:14, 3138:20,
3138:22, 3139:10,
3139:16, 3140:1,
3140:18, 3140:22,
3140:24, 3141:11,
3141:12, 3141:13,
3142:3, 3142:5,
3142:9, 3142:20,
3143:13, 3144:4,
3144:18, 3144:22,
3145:11, 3145:25,
3146:2, 3146:4,
3146:6, 3146:13,
3146:22, 3147:3,
3147:6, 3147:7,
3147:9, 3147:19,
3147:21, 3147:22,
3147:24, 3147:25,
3148:10, 3148:23,
3149:3, 3149:10,
3149:13, 3149:19,
3149:22, 3150:2,
3150:6, 3150:16,
3150:18, 3150:19,
3151:1, 3151:2,
3151:5, 3151:6,
3151:9, 3151:12,
3151:15, 3151:20,
3151:25, 3152:3,
3152:12, 3152:17,
3152:19, 3152:23,
3152:25, 3153:4,
3153:5, 3153:9,
3153:11, 3153:14,
3153:20, 3154:2,
3154:6, 3154:11,
3154:15, 3155:1,
3155:20, 3155:24,
3155:25, 3156:4,
3156:6, 3156:7,
3156:13, 3156:16,

3156:23, 3157:3,
3157:12, 3158:9,
3158:11, 3158:14,
3158:18, 3158:19,
3158:22, 3159:4,
3159:7, 3159:15,
3159:19, 3159:25,
3160:13, 3161:2,
3161:14, 3161:17,
3161:18, 3162:4,
3162:7, 3162:11,
3162:12, 3162:16,
3162:19, 3162:24,
3163:11, 3163:12,
3163:15, 3163:18,
3163:20, 3163:25,
3164:5, 3164:15,
3164:17, 3164:18,
3164:20, 3165:3,
3165:4, 3165:13,
3165:14, 3165:15,
3165:17, 3165:21,
3166:3, 3166:6,
3166:14, 3166:19,
3167:23, 3168:1,
3168:2, 3168:3,
3168:6, 3168:15,
3168:16, 3168:24,
3169:3, 3169:4,
3169:14, 3170:2,
3170:3, 3170:9,
3170:13, 3170:14,
3170:17, 3170:18,
3170:22, 3171:15,
3171:19, 3171:23,
3172:3, 3172:12,
3172:13, 3172:18,
3173:2, 3173:14,
3173:15, 3173:19,
3173:23, 3174:10,
3174:15, 3174:19,
3174:21, 3175:4,
3175:5, 3175:6,
3175:8, 3175:25,
3176:3, 3176:7,
3176:19, 3176:21,
3176:22, 3176:23,
3177:1, 3177:2,
3177:18, 3177:19,
3177:20, 3177:21,
3177:22, 3177:23,
3178:21, 3178:22,
3180:25, 3181:6,
3182:2, 3182:4,
3182:5, 3182:20,
3183:2, 3183:5,
3183:9, 3183:12,
3183:13, 3183:19,
3183:20, 3184:11,
3185:3, 3185:16,
3185:20, 3185:21,

3185:23, 3186:5,
3186:8, 3186:9,
3186:14, 3186:16,
3186:19, 3186:22,
3187:2, 3187:4,
3187:6, 3187:13,
3187:15, 3187:17,
3187:18, 3187:24,
3187:25, 3188:1,
3188:3, 3188:6,
3188:10, 3188:23,
3189:2, 3189:5,
3189:9, 3189:16,
3189:20, 3189:22,
3190:13, 3190:17,
3191:4, 3191:16,
3191:17, 3191:20,
3191:24, 3192:3,
3192:4, 3192:7,
3192:9, 3192:18,
3192:23, 3192:25,
3193:2, 3193:6,
3193:9, 3193:13,
3193:23, 3193:25,
3194:3, 3194:13,
3194:17, 3194:23,
3195:1, 3195:9,
3195:10, 3195:12,
3195:24, 3196:8,
3196:9, 3196:10,
3196:11, 3196:13,
3196:14, 3196:19,
3196:21, 3196:23,
3196:24, 3196:25,
3197:2, 3197:3,
3197:4, 3197:10,
3197:13, 3197:23,
3197:24, 3197:25,
3198:1, 3198:5,
3198:8, 3198:9,
3198:19, 3198:21,
3198:25, 3199:15,
3199:16, 3199:19,
3199:22, 3200:1,
3200:5, 3200:12,
3200:20, 3200:23,
3201:6, 3201:7,
3201:16, 3201:18,
3201:19, 3201:21,
3201:22, 3201:23,
3201:24, 3202:5,
3202:19, 3203:6,
3203:9, 3203:11,
3203:18, 3203:21,
3203:22, 3204:1,
3204:2, 3204:5,
3204:6, 3204:8,
3204:22, 3205:1,
3205:5, 3205:7,
3205:10, 3205:11,
3205:12, 3205:13,

3205:23, 3206:5,
3206:6, 3206:14,
3206:16, 3207:8,
3207:10, 3207:13,
3207:25, 3208:5,
3208:6, 3208:7,
3208:8, 3208:12,
3208:21, 3208:25,
3209:7, 3209:10,
3209:12, 3209:15,
3209:18, 3209:25,
3210:5, 3210:9,
3210:10, 3210:21,
3210:23, 3211:2,
3211:4, 3211:14,
3212:6, 3212:7,
3212:10, 3212:20,
3213:12, 3213:20,
3213:23, 3214:5,
3214:9, 3214:12,
3214:15, 3214:20,
3214:21, 3214:24,
3215:1, 3215:9,
3215:11, 3215:15,
3215:21, 3216:2,
3216:5, 3216:6,
3216:8, 3216:17,
3218:3, 3218:10,
3218:13, 3218:14,
3218:19, 3218:25,
3219:1, 3219:3,
3219:8, 3219:13,
3219:17, 3219:24,
3219:25, 3220:1,
3220:2, 3220:12,
3220:14, 3220:17,
3220:21, 3220:23,
3220:24, 3220:25,
3221:1, 3221:2,
3221:7, 3221:8,
3221:10, 3221:14,
3221:16, 3221:18,
3222:2, 3222:3,
3222:7, 3222:16,
3222:20, 3222:21,
3222:25, 3223:7,
3223:10, 3223:12,
3223:14, 3223:17,
3223:18, 3223:20,
3223:24, 3224:1,
3224:6, 3224:7,
3224:11, 3224:13,
3224:17, 3224:25,
3225:1, 3225:6,
3225:7, 3225:8,
3225:15, 3225:18,
3225:19, 3225:22,
3227:2, 3227:3,
3227:12, 3227:15,
3228:1, 3228:10,
3229:8, 3229:9,

3229:12, 3229:15,
3229:17, 3229:19,
3229:20, 3229:23,
3230:2, 3230:7,
3230:9, 3230:19,
3231:12, 3231:15,
3231:17, 3231:18,
3231:21, 3231:23,
3232:1, 3232:3,
3232:5, 3232:7,
3232:10, 3232:13,
3232:19, 3232:20,
3232:22, 3232:23,
3233:3, 3233:15,
3233:25, 3234:1,
3234:2, 3234:3,
3234:5, 3234:8,
3234:14, 3235:11,
3235:12, 3235:14,
3235:15, 3235:17,
3235:18, 3235:21,
3235:24, 3235:25,
3236:18, 3236:19,
3236:21, 3236:24,
3237:1, 3237:2,
3237:11, 3237:13,
3238:14, 3238:19,
3238:23, 3240:2,
3240:3, 3240:17,
3240:18, 3240:21,
3240:22, 3241:1,
3241:4, 3241:7,
3241:18, 3242:2,
3242:3, 3242:7,
3242:8, 3242:9,
3243:4, 3243:14,
3243:17, 3244:11,
3244:16, 3244:20,
3244:22, 3245:4,
3245:9, 3245:24,
3246:7, 3246:18,
3246:20, 3246:24,
3247:2, 3247:12,
3247:19, 3247:22,
3248:15, 3249:3,
3249:5, 3249:12,
3249:21, 3249:23,
3250:4, 3250:9,
3250:14, 3250:18,
3250:22, 3250:23,
3250:25, 3251:12,
3251:21, 3251:22,
3251:24, 3251:25,
3252:2, 3252:4,
3252:7, 3252:13,
3252:16, 3252:18,
3252:22, 3252:25,
3253:2, 3253:4,
3253:10, 3253:22,
3253:24, 3254:7,
3254:9, 3254:11,

3254:14, 3254:15, 3254:16, 3254:17, 3254:19, 3254:20, 3254:23, 3254:24, 3254:25, 3255:2, 3255:6, 3255:9, 3255:13, 3256:4, 3256:14, 3256:20, 3256:23, 3257:1, 3257:9, 3257:14, 3257:22, 3257:25, 3258:1, 3258:6, 3258:9, 3258:10, 3258:11, 3258:12, 3258:14, 3258:16, 3258:18, 3258:20, 3258:21, 3258:22, 3258:23, 3259:7, 3259:8, 3259:17, 3259:18, 3259:20, 3259:22, 3260:2, 3260:3, 3260:4, 3260:5, 3260:10, 3260:13, 3260:14, 3261:10, 3262:11, 3262:19, 3262:21, 3263:11, 3263:13, 3263:20, 3263:21, 3263:22, 3263:24, 3264:4, 3264:5, 3264:7, 3264:9, 3264:10, 3264:11, 3265:1, 3265:22, 3266:4, 3266:5, 3266:14, 3266:24, 3267:8, 3267:9, 3267:10, 3267:16, 3267:24, 3268:4, 3268:7, 3268:10, 3268:11, 3268:15, 3268:16, 3268:19, 3268:20, 3268:21, 3268:23, 3268:25, 3269:6, 3269:7, 3269:17, 3269:18, 3270:3, 3270:8, 3270:10, 3270:19, 3270:21, 3271:10, 3271:19, 3271:20, 3272:11, 3272:13, 3272:17

**you'll** [6] - 3161:24, 3172:16, 3184:8, 3243:22, 3243:25, 3244:1

**you're** [53] - 3137:18, 3139:18, 3140:6, 3141:3, 3145:12, 3146:4, 3147:6, 3150:15, 3150:16, 3152:25, 3153:5,

3153:16, 3158:4, 3159:2, 3159:15, 3161:1, 3163:23, 3164:20, 3165:14, 3165:22, 3169:24, 3170:6, 3171:10, 3171:14, 3172:4, 3172:14, 3172:22, 3174:3, 3177:20, 3196:8, 3199:10, 3203:11, 3204:18, 3210:22, 3219:13, 3220:14, 3220:15, 3221:20, 3222:10, 3225:13, 3225:15, 3225:23, 3231:16, 3238:3, 3252:14, 3252:17, 3260:12, 3261:6, 3264:6, 3265:18, 3266:17, 3269:16, 3270:18

**you've** [32] - 3145:20, 3147:25, 3148:5, 3151:20, 3151:22, 3152:10, 3152:12, 3160:6, 3161:10, 3161:21, 3161:23, 3161:24, 3162:14, 3163:8, 3164:25, 3171:21, 3184:25, 3208:16, 3228:10, 3228:19, 3234:15, 3235:1, 3235:17, 3237:19, 3237:20, 3239:21, 3243:1, 3243:2, 3247:3, 3247:13, 3247:23, 3267:15

**Your** [2] - 3183:4, 3190:20

**your** [284] - 3137:8, 3137:22, 3138:1, 3138:22, 3141:23, 3142:3, 3142:6, 3142:9, 3142:24, 3144:4, 3144:23, 3146:22, 3148:11, 3149:19, 3151:5, 3151:22, 3151:25, 3152:22, 3153:9, 3153:15, 3153:20, 3154:2, 3154:4, 3154:15, 3155:13, 3156:7, 3156:16, 3158:15, 3159:25, 3161:17, 3162:5, 3162:24, 3163:21, 3164:7, 3164:10, 3168:6, 3169:11, 3169:14, 3170:15, 3170:18, 3171:25,

3172:16, 3172:17, 3172:20, 3173:23, 3174:15, 3174:25, 3176:2, 3177:25, 3178:9, 3178:11, 3178:24, 3179:2, 3179:9, 3180:17, 3180:19, 3181:10, 3181:19, 3181:20, 3182:16, 3183:1, 3183:11, 3183:20, 3183:25, 3184:5, 3184:8, 3184:12, 3184:18, 3185:7, 3185:15, 3185:17, 3185:20, 3186:8, 3186:22, 3187:24, 3189:2, 3189:5, 3189:16, 3190:1, 3190:3, 3190:7, 3190:9, 3190:13, 3190:17, 3190:23, 3191:4, 3191:5, 3191:7, 3191:12, 3191:20, 3191:25, 3192:2, 3192:10, 3192:12, 3192:15, 3192:18, 3193:12, 3193:17, 3193:25, 3194:9, 3195:17, 3196:18, 3196:21, 3196:24, 3197:23, 3201:3, 3202:2, 3202:6, 3202:16, 3202:22, 3203:6, 3203:18, 3205:25, 3206:2, 3206:14, 3206:23, 3207:9, 3208:7, 3208:9, 3208:15, 3209:21, 3209:23, 3210:5, 3210:20, 3211:5, 3211:23, 3212:18, 3212:24, 3213:18, 3214:5, 3214:6, 3214:11, 3214:21, 3215:7, 3215:12, 3215:16, 3216:9, 3216:13, 3216:18, 3216:21, 3217:2, 3217:16, 3218:22, 3219:17, 3220:1, 3220:2, 3220:24, 3221:20, 3221:21, 3222:5, 3223:12, 3223:19, 3224:1, 3224:4, 3224:8, 3224:22, 3225:19, 3225:22, 3228:1, 3228:5, 3228:13, 3230:10, 3230:15,

3231:1, 3231:7, 3231:23, 3232:10, 3232:14, 3232:16, 3232:17, 3232:19, 3232:20, 3233:8, 3233:23, 3234:5, 3234:14, 3234:18, 3235:17, 3235:21, 3235:22, 3236:8, 3236:16, 3236:18, 3237:7, 3237:8, 3237:22, 3237:23, 3238:1, 3238:8, 3238:18, 3239:3, 3239:19, 3239:21, 3240:4, 3240:20, 3241:4, 3241:9, 3241:10, 3242:1, 3242:7, 3242:8, 3243:16, 3243:17, 3243:22, 3244:1, 3244:4, 3244:8, 3244:22, 3244:24, 3245:3, 3245:5, 3245:10, 3246:6, 3246:17, 3247:2, 3247:3, 3247:11, 3247:12, 3247:13, 3247:23, 3248:7, 3248:15, 3249:13, 3249:24, 3251:11, 3252:18, 3253:2, 3254:6, 3254:10, 3254:16, 3254:17, 3255:13, 3255:16, 3255:17, 3257:1, 3257:20, 3258:23, 3259:11, 3259:13, 3259:20, 3259:22, 3260:12, 3261:10, 3261:19, 3262:6, 3262:21, 3262:22, 3262:24, 3263:4, 3264:11, 3265:5, 3265:9, 3267:17, 3269:1, 3269:2, 3269:15, 3270:3, 3270:23, 3270:25, 3271:7, 3271:19, 3272:4, 3272:5, 3272:10, 3272:13, 3272:14

**yours** [3] - 3196:1, 3213:21, 3218:23

**yourself** [2] - 3151:20, 3152:17

**Yun** [1] - 3156:10

# Z

**Zaldivar** [8] - 3145:24, 3153:12, 3153:14, 3154:15, 3154:17, 3173:6, 3173:9, 3178:3

**Zaldivar's** [1] - 3154:16

**zero** [1] - 3160:12

**Ziegler** [2] - 3217:8, 3217:12

**Zimmerman** [9] - 3244:14, 3249:6, 3249:9, 3249:13, 3254:14, 3257:6, 3260:19, 3265:11, 3269:25

**Zimmerman's** [1] - 3255:8

**zone** [1] - 3258:20

**zones** [1] - 3258:9

**"**

**"MIKE"** [1] - 3133:8