1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG  *   Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE         *
5    GULF OF MEXICO ON APRIL 20, 2010  *   Section J
                                       *
6    Applies to:                       *   New Orleans, Louisiana
                                       *
7    Docket 10-CV-02771,               *   October 18, 2013
     *IN RE:   THE COMPLAINT AND*       *
8    *PETITION OF TRITON ASSET*         *
     *LEASING GmbH, et al.*             *
9                                      *
     Docket 10-CV-4536,                *
10   *UNITED STATES OF AMERICA v.*      *
     *BP EXPLORATION & PRODUCTION,*     *
11   *INC., et al.*                     *
                                       *
12   * * * * * * * * * * * * * * * * * *

13

14              DAY 12, AFTERNOON SESSION
            TRANSCRIPT OF NONJURY TRIAL BEFORE
15           THE HONORABLE CARL J. BARBIER
             UNITED STATES DISTRICT JUDGE

16

17   Appearances:

18

19   For the Plaintiffs:          Herman Herman & Katz, LLC
                                   BY:  STEPHEN J. HERMAN, ESQ.
20                                 820 O'Keefe Avenue
                                   New Orleans, Louisiana 70113

21

22   For the Plaintiffs:          Domengeaux Wright Roy
                                     & Edwards, LLC
23                                 BY:   JAMES P. ROY, ESQ.
                                   556 Jefferson Street, Suite 500
24                                 Post Office Box 3668
                                   Lafayette, Louisiana 70502

25

                     OFFICIAL TRANSCRIPT

```
 1    Appearances:

 2
      For the Plaintiffs:          Levin Papantonio Thomas Mitchell
 3                                   Rafferty & Proctor, PA
                                   BY:  BRIAN H. BARR, ESQ.
 4                                 316 South Baylen Street, Suite 600
                                   Post Office Box 12308
 5                                 Pensacola, Florida 32591

 6
      For the Plaintiffs:          Irpino Law Firm
 7                                 BY: ANTHONY IRPINO, ESQ.
                                   2216 Magazine Street
 8                                 New Orleans, Louisiana 70130

 9
      For the Plaintiffs:          Weitz & Luxenberg, PC
10                                 BY:  ROBIN L. GREENWALD, ESQ.
                                   700 Broadway
11                                 New York, New York 10003

12
      For the Plaintiffs:          Lundy Lundy Soileau & South, LLP
13                                 BY:  MATTHEW E. LUNDY, ESQ.
                                   501 Broad Street
14                                 Lake Charles, Louisiana 70601

15
      For the Plaintiffs:          Morgan & Morgan
16                                 BY:  FRANK M. PETOSA, ESQ.
                                   188 East Capital Street, Suite 777
17                                 Jackson, Mississippi 39201

18
      For the States'             Attorney General's Office
19    Interests:                  BY:  COREY L. MAZE, ESQ.
                                        WINFIELD J. SINCLAIR, ESQ.
20                                 500 Dexter Avenue
                                   Montgomery, Alabama 36130
21

22    For the State of            Attorney General's Office
      Louisiana:                  BY:   JAMES D. CALDWELL, ESQ.
23                                 1885 North Third Street
                                   Post Office Box 94005
24                                 Baton Rouge, Louisiana 70804

25
```

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2

3    For the State of          Kanner & Whiteley, LLC
     Louisiana:                BY:  ALLAN KANNER, ESQ.
4                                   DOUGLAS R. KRAUS, ESQ.
                               701 Camp Street
5                              New Orleans, Louisiana 70130

6    For the United States     U.S. Department of Justice
     of America:               Torts Branch, Civil Division
7                              BY:  STEPHEN G. FLYNN, ESQ.
                               Post Office Box 14271
8                              Washington, D.C. 20044

9

10   For the United States     U.S. Department of Justice
     of America:               Environment & Natural Resources
                               Environmental Enforcement Section
11                             BY:  THOMAS BENSON, ESQ.
                                    STEVEN O'ROURKE, ESQ.
12                                  SCOTT CERNICH, ESQ.
                                    A. NATHANIEL CHAKERES, ESQ.
13                                  ANNA CROSS, ESQ.
                                    BETHANY ENGEL, ESQ.
14                                  RICHARD GLADSTEIN, ESQ.
                                    JUDY HARVEY, ESQ.
15                                  SARAH HIMMELHOCH, ESQ.
                               Post Office Box 7611
16                             Washington, D.C. 20044

17

18   For BP Exploration &      Liskow & Lewis, APLC
     Production Inc.,          BY:  DON K. HAYCRAFT, ESQ.
     BP America Production     701 Poydras Street, Suite 5000
19   Company, BP PLC:          New Orleans, Louisiana 70139

20

21   For BP Exploration &      Kirkland & Ellis, LLP
     Production Inc.,          BY:  J. ANDREW LANGAN, ESQ.
     BP America Production          HARIKLIA "CARRIE" KARIS, ESQ.
22   Company, BP PLC:               MATTHEW T. REGAN, ESQ.
                                    PAUL D. COLLIER, ESQ.
23                                  BARRY E. FIELDS, ESQ.
                               300 N. Lasalle
24                             Chicago, Illinois 60654

25

OFFICIAL TRANSCRIPT

```
1   Appearances:

2

3   For BP Exploration &        Kirkland & Ellis, LLP
    Production Inc.,            BY:  MARTIN BOLES, ESQ.
    BP America Production       333 South Hope Street
4   Company, BP PLC:           Los Angeles, California 90071

5
    For BP Exploration &        Kirkland & Ellis, LLP
6   Production Inc.,            BY:  ROBERT R. GASAWAY, ESQ.
    BP America Production            JOSEPH A. EISERT, ESQ.
7   Company, BP PLC:                 BRIDGET K. O'CONNOR, ESQ.
                                655 Fifteenth Street, N.W.
8                               Washington, D.C. 20005

9
    For BP Exploration &        Covington & Burling, LLP
10  Production Inc.,            BY:  ROBERT C. "MIKE" BROCK, ESQ.
    BP America Production       1201 Pennsylvania Avenue, N.W.
11  Company, BP PLC:           Washington, D.C. 20004

12

13  For Transocean Holdings     Frilot, LLC
    LLC, Transocean Offshore    BY:  KERRY J. MILLER, ESQ.
14  Deepwater Drilling Inc.,    1100 Poydras Street, Suite 3700
    Transocean Deepwater Inc.:  New Orleans, Louisiana 70163
15

16  For Transocean Holdings     Sutherland Asbill & Brennan, LLP
    LLC, Transocean Offshore    BY:  STEVEN L. ROBERTS, ESQ.
17  Deepwater Drilling Inc.,    1001 Fannin Street, Suite 3700
    Transocean Deepwater Inc.:  Houston, Texas 77002
18

19  For Transocean Holdings     Munger Tolles & Olson, LLP
    LLC, Transocean Offshore    BY:  MICHAEL R. DOYEN, ESQ.
20  Deepwater Drilling Inc.,         BRAD D. BRIAN, ESQ.
    Transocean Deepwater Inc.:       LUIS LI, ESQ.
21                                   GRANT A. DAVIS-DENNY, ESQ.
                                     ALLEN M. KATZ, ESQ.
22                              355 S. Grand Avenue, 35th Floor
                                Los Angeles, California 90071
23

24

25
```

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For Halliburton Energy          Godwin Lewis, PC
 3   Services, Inc.:                 BY:   DONALD E. GODWIN, ESQ.
                                           JENNY L. MARTINEZ, ESQ.
 4                                         BRUCE W. BOWMAN JR., ESQ.
                                           PRESCOTT W. SMITH, ESQ.
 5                                         SEAN W. FLEMING, ESQ.
                                     1201 Elm Street, Suite 1700
 6                                   Dallas, Texas 75270

 7
     For Halliburton Energy:         Godwin Lewis, PC
 8   Services, Inc.:                 BY:  R. ALAN YORK, ESQ.
                                          GWENDOLYN E. RICHARD, ESQ.
 9                                   1331 Lamar, Suite 1665
                                     Houston, Texas 77010
10
     For Anadarko Petroleum          Kuchler Polk Schell Weiner
11   Corporation, Anadarko             & Richeson, LLC
     E&P Company LP:                 BY:   DEBORAH D. KUCHLER, ESQ.
12                                   1615 Poydras Street, Suite 1300
                                     New Orleans, Louisiana 70112
13

14
     For Anadarko Petroleum          Bingham McCutchen, LLP
15   Corporation, Anadarko          BY:   WARREN A. FITCH, ESQ.
     E&P Company LP:                       KY E. KIRBY, ESQ.
16                                   2020 K Street, N.W.
                                     Washington, D.C. 20006
17

18   Official Court Reporter:        Jodi Simcox, RMR, FCRR
                                     500 Poydras Street, Room HB-406
19                                   New Orleans, Louisiana 70130
                                     (504) 589-7780
20                                   Jodi_Simcox@laed.uscourts.gov

21

22

23

24   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
25
```

OFFICIAL TRANSCRIPT

1                          **I N D E X**

2                                                    Page

3
Jean-Claude Roegiers, Ph.D.
4        Direct Examination By Ms. Harvey:          3283
         Cross-Examination By Mr. Fields:           3294
5
Alan Huffman, Ph.D.
6        Direct Examination By Mr. Gladstein:       3336
         Cross-Examination By Mr. Fields:           3352
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

01:10    1              **AFTERNOON SESSION**

01:10    2              **(October 18, 2013)**

01:10    3                   * * * * *

01:10    4        **THE DEPUTY CLERK:**  All rise.

01:19    5        **THE COURT:**  All right.  Please be seated, everyone.

01:19    6            All right, Mr. Cernich.

01:19    7        **MR. CERNICH:**  Scott Cernich for the United States.

01:19    8            Just a couple of preliminary matters, Your

01:20    9   Honor.  We have the list of exhibits, call-outs, and

01:20   10   demonstratives from Dr. Zaldivar.  It's been circulated, and

01:20   11   there are no objections.

01:20   12        **THE COURT:**  All right.  Without objection, those are

01:20   13   admitted.

01:20   14        **MR. CERNICH:**  And then we also have a list from our

01:20   15   cross-examination of Professor Blunt.  There are a few

01:20   16   objections to some of the demonstratives and some of the

01:20   17   call-outs that we haven't been able to resolve.  And I want to

01:20   18   offer those into evidence.  We've met and conferred, and we

01:20   19   haven't been able to reach a resolution on this.

01:20   20        **THE COURT:**  Which ones are objected to?  Do you have

01:20   21   them identified or something?

01:20   22        **MR. CERNICH:**  Yes, Your Honor.  They are -- Don, are

01:20   23   we --

01:20   24        **THE COURT:**  How many are there?

01:20   25        **MR. CERNICH:**  There are three -- three

OFFICIAL TRANSCRIPT

01:20   1   demonstratives, Your Honor, and then the call-outs are simply a
01:20   2   reproduction of the call-outs we used from the spreadsheets
01:20   3   that we looked at during trial.  It's simply a reproduction of
01:21   4   those -- of the cross-examination showing the entries into the
01:21   5   spreadsheet and the resulting -- the results in
01:21   6   Professor Blunt's spreadsheet.
01:21   7           THE COURT:  What's the basis of the objections?
01:21   8           MR. BROCK:  Your Honor, these were the items we were
01:21   9   mentioning this morning.  There are some objections to exhibits
01:21   10  that are offered by Dr. Blunt, as well as we have some
01:21   11  objections to these.
01:21   12          I don't know if Mr. Cernich was in court this
01:21   13  morning or not when we opened, but these are the ones that I
01:21   14  said, Let us meet and confer and see if we can work this out,
01:21   15  and if we can't, we'll come back and present it to you.
01:21   16          THE COURT:  Why don't we do this:  If you all could
01:21   17  identify the list of the ones that are objected to, and then we
01:21   18  could set those aside temporarily and admit all the others.
01:21   19          MR. BROCK:  That would be fine with us.
01:21   20          THE COURT:  So let us know when you've done that.
01:21   21  Okay?
01:21   22          MR. CERNICH:  Okay.
01:21   23          THE COURT:  All right.  Good.
01:21   24          MS. HIMMELHOCH:  Your Honor, Sarah Himmelhoch with
01:22   25  one more preliminary matter -- not in my sleep, I promise.  But

01:22   1   over the lunch break, we've conferred within the United States,

01:22   2   and we've decided that we will agree to submit the reports in

01:22   3   redacted format, redacting each of the specific redactions

01:22   4   requested by BP in their letter to you.  We will make those

01:22   5   redactions and submit the redacted versions to the Court at the

01:22   6   final marshaling conference.  That should eliminate any need

01:22   7   for offers of proof or surrebuttals or anything like that.

01:22   8              MR. BROCK:  We do have an offer of proof of our own

01:22   9   that could be construed in part to be surrebuttal, so from our

01:22   10  perspective, that will stand.  Just so it's clear for the

01:22   11  record.

01:22   12             THE COURT:  Whatever.

01:22   13             MR. BROCK:  I understand.  I know you've offered to

01:22   14  let us make that offer of proof at a time when we you're not

01:22   15  here, so we put that in writing and we submitted it.  So I

01:22   16  didn't want that statement to mean that we don't preserve our

01:22   17  right to do that.

01:22   18             THE COURT:  Very well.

01:22   19             MS. HIMMELHOCH:  May I ask for a clarification?  Are

01:22   20  you referring to the offer of proof already submitted, sir?

01:23   21             MR. BROCK:  Yes.

01:23   22             MS. HIMMELHOCH:  Okay.  Thank you, Your Honor.

01:23   23             THE COURT:  Go ahead, Ms. Harvey.

10:32   24             (WHEREUPON, **JEAN-CLAUDE ROEGIERS, PH.D.** , having been

10:32   25  previously duly sworn, testified as follows.)

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

**DIRECT EXAMINATION**

01:23  1
01:23  2  **BY MS. HARVEY:**
01:23  3  **Q.**   Dr. Roegiers, I have you again to finish up your direct
01:23  4  examination.
01:23  5          **MS. HARVEY:**  Let me begin by pulling up D-21311.5.
01:23  6  **BY MS. HARVEY:**
01:23  7  **Q.**   Just before the break we were discussing loading rate.
01:23  8  And we're just going to focus on the practice you list here
01:23  9  with respect to the depletion loading rate of .1 psi per second
01:23  10  as compared to the Macondo samples that were tested at a .5
01:23  11  depletion rate per second.
01:23  12          And if you could just explain to the Court what you
01:23  13  mean by the depletion loading rate.
01:23  14  **A.**   It's the rate at which you change the pressure either on a
01:23  15  buildup when you reestablish downhole conditions --
01:23  16          (Reporter request.)
01:23  17          **THE WITNESS:**  Okay.  I'll try to slow down.
01:23  18          **THE COURT:**  Slow down.  We have a new reporter, so
01:23  19  she has to get accustomed to it.
01:24  20          **THE WITNESS:**  So it's a break-in.
01:24  21          **THE COURT:**  Yeah, break -- you have to break her in.
01:24  22  Right.  Of course.  Okay.
01:24  23          **THE WITNESS:**  It's the rate at which the pressure is
01:24  24  increased or decreased.  It's versus a buildup rate when we try
01:24  25  to reestablish on the core the stresses encountered

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:24  1    underground.  And the depletion rate is when you start now to

01:24  2    mimic the production of the well in such a way that you will

01:24  3    not rock itself when the formation itself is compacting.

01:24  4    BY MS. HARVEY:

01:24  5    Q.   What is your opinion with respect to the faster depletion

01:24  6    rate with respect to the Macondo samples as compared to your

01:24  7    best practice and what effect that would have on the

01:24  8    Weatherford results?

01:24  9    A.   The reason we have recommended rate of loading that is

01:24  10   given by the ISRM is to avoid dynamic conditions.  And in other

01:25  11   words, what's happening is that if you move too fast, you

01:25  12   stiffen the rock.  And that is particularly true in sandstones

01:25  13   and even more so in sandstones of higher porosity.

01:25  14          MS. HARVEY:  And let's please pull up TREX-11519.

01:25  15   BY MS. HARVEY:

01:25  16   Q.   Dr. Roegiers, in preparing your opinions, did you review

01:25  17   any documents containing loading rate recommendations from

01:25  18   individuals at BP?

01:25  19   A.   Yes.  This document that is showing right now addresses

01:25  20   that issue.  This is a document that gives you presentation

01:25  21   made by Stephen Wilson at the SPE workshop.  An SPE workshop is

01:25  22   essentially a workshop that gathers a few specialists on a

01:25  23   particular topic.  And if you go to one of my slides, it

01:26  24   mentions the rate of loading.

01:26  25   Q.   And just so that the Court's clear, the topic or subject

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:26  1    of this particular SPE presentation is entitled "Pore volume

01:26  2    compressibility in weakly-cemented sandstones."

01:26  3              Let's go, please, to page 15.  We have a call-out

01:26  4    there.

01:26  5              MR. FIELDS:  Excuse me, Your Honor.  Objection.  This

01:26  6    particular document has not been cited in support of

01:26  7    Dr. Roegiers' opinion on loading rate.

01:26  8              MS. HARVEY:  Yes, if we go to page...

01:26  9              Well, this particular document is cited in terms

01:26  10   of other slides that are presented here on creep, which is a

01:27  11   different issue but related to how you're doing the testing.

01:27  12   And it's, you know, cited several times in his opinion, not

01:27  13   specifically with respect to loading rate, but it is clearly

01:27  14   within the report itself.  And it's mentioned several times on

01:27  15   related issues about how you get up to pressure, down to

01:27  16   pressure, and when you're doing the pressure measurements, if

01:27  17   you're holding it at a certain rate.

01:27  18              THE COURT:  What's the source of this slide?  Is this

01:27  19   a BP document?

01:27  20              MS. HARVEY:  Yes.

01:27  21              MR. FIELDS:  Your Honor, I would also indicate that

01:27  22   when you look at the particular opinion which is on loading

01:27  23   rate, which is on section 6 on page 19 of his report, he has

01:27  24   specific references to the information about loading rates.

01:27  25   This document, which is in -- the section on loading rates is

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:27  1   not mentioned at all.

01:27  2            So this is an additional document that he's

01:28  3   trying to use to bolster his opinions.  So it's outside the

01:28  4   four corners.

01:28  5            MS. HARVEY:  This document addresses pore volume

01:28  6   compressibility in sandstones.  It covers a lot of topics.

01:28  7   Dr. Roegiers does cite it in his report, specifically with

01:28  8   respect to PVC testing.  I think it's appropriate to use it to

01:28  9   talk about loading rate, as an example.

01:28  10           THE COURT:  Well, but he didn't use it for that

01:28  11  purpose in his report; correct?  Right?

01:28  12           MS. HARVEY:  He does discuss another BP document.

01:28  13  This one is slightly more on point, and in the interest of

01:28  14  moving along, that's why I decided to use this document.

01:28  15           THE COURT:  Okay.  Well, maybe you can get it in in

01:28  16  another way on another topic, but I'll sustain the objection

01:28  17  for now.

01:28  18           MS. HARVEY:  All right.

01:28  19  BY MS. HARVEY:

01:28  20  Q.   Dr. Roegiers, let's move back to the summary slide of the

01:28  21  opinions.

01:29  22           Dr. Roegiers, this document also mentions creep in

01:29  23  terms of your opinion on what effect creep might have on the

01:29  24  reliability of Weatherford data.

01:29  25           Did you review any documents -- first of all, can you

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:29  1   explain to the Court what creep is?

01:29  2   A.   Creep is a phenomenon that if you apply certain loads,

01:29  3   constant load on a material, it will immediately have some

01:29  4   deformation, which is called instantaneous deformation,

01:29  5   followed up by some additional information that goes over time.

01:29  6   And that's called "creep."

01:29  7   Q.   And what effect could -- or with respect to the

01:29  8   Weatherford test, did Weatherford test to determine whether

01:29  9   creep would be -- have an effect on the compressibility

01:29  10  results?

01:29  11  A.   They did not consider creep at all; neither did they

01:30  12  attempt to quantify it.

01:30  13        MS. HARVEY:  Can we go back, please, to the SPE

01:30  14  presentation we were just referring to, 11519.  Can we go to

01:30  15  page 24, please.

01:30  16  BY MS. HARVEY:

01:30  17  Q.   Dr. Roegiers, does this document discuss anything related

01:30  18  to creep?

01:30  19        Pull up the second bullet.

01:30  20  A.   "Compressibility acting on over reservoir depletion time

01:30  21  scales will include creep and other 'slow deformation'

01:30  22  effects."

01:30  23        What essentially this memo, which is a recommended

01:31  24  procedure by BP, tells you is that you should take or measure

01:31  25  the deformation when you do UPVC by adding two terms.  The

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:31   1   first term, which is, as I said, elastic instantaneous creep

01:31   2   for that, plus the creep itself.

01:31   3   **Q.**   Thank you, Dr. Roegiers.

01:31   4            **MS. HARVEY:**  Let's move back to the summary slide,

01:31   5   please.  You can just do the 21311.1, please.  .1, please.

01:31   6   **BY MS. HARVEY:**

01:31   7   **Q.**   We're just going to focus on the last two bullets for

01:31   8   items that you discuss in this chart here, damage to cores and

01:32   9   calibration or lack thereof on the effect of the reliability of

01:32   10  the Weatherford data.

01:32   11           Dr. Roegiers, do you discuss the potential impact of

01:32   12  those issues in your report?

01:32   13  **A.**   Yes.  I summarize the damage or the damage on the core,

01:32   14  which exists mostly inside the core by, number one, the search

01:32   15  concentrations existing in that particular area around the

01:32   16  wellbore, which is where you take your core out; and suddenly

01:32   17  the mud weight that they're filtering, the mud weight will be

01:32   18  larger pressure in the wellbore, and it will be in the

01:32   19  reservoir, therefore, there's going to be an inflow of mud into

01:32   20  the core, and that could change dramatically the properties of

01:32   21  the core.

01:32   22  **Q.**   And what is your opinion with respect to the impact that

01:32   23  might have on the test results here?

01:32   24  **A.**   Definitely increase the uncertainty because we don't know,

01:32   25  depending if the mud is just stopped at the boundary, or the

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:33  1   mud is allowed to penetrate.

01:33  2        I did not review any drilling reports.  I cannot

01:33  3   justify one way or another.  It could be positive; it could be

01:33  4   negative.  So that's why I'm saying I don't want to say it's

01:33  5   underpredict; I said it increases uncertainty at the present

01:33  6   time.

01:33  7   Q.   Thank you.

01:33  8        With respect to calibration, did you review any

01:33  9   information that suggested to you that the equipment had been

01:33  10  calibrated as you would recommend?

01:33  11  A.   This was a big surprise to me because this project was so

01:33  12  large and so important that I had expect -- would have expected

01:33  13  to have in the reports from Weatherford a calibration curve

01:33  14  that was done right before the project started and another

01:33  15  calibration after the project was finished so it could give you

01:33  16  some idea about the uncertainties and also the error bar that

01:33  17  you could have expected reinterpreting the results.

01:33  18  Q.   Thank you.  Let's please turn to your opinion regarding

01:34  19  the other two tests relied upon by Dr. Zimmerman to confirm his

01:34  20  UPVC estimate.

01:34  21       MS. HARVEY:  Pull up, please, D-21312.

01:34  22  BY MS. HARVEY:

01:34  23  Q.   Starting with the hydrostatic test, why is it your opinion

01:34  24  that this test cannot be used to validate Dr. Zimmerman's UPVC

01:34  25  estimate?

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:34   1   **A.**   Okay.  The hydrostatic test -- essentially, in laymen

01:34   2   terms what this means is you take a piece of rock, you put it

01:34   3   in your container and you increase the pressure around it,

01:34   4   everywhere the same, so that you change or look at the

01:34   5   deformation over a volume -- over the volume.  It's an average.

01:34   6          And as Dr. Zimmerman said three days ago, obviously,

01:34   7   if you don't have any anisotropy, you have the 6, 6, 6, you

01:34   8   definitely -- 6 is average.  But that can have the same average

01:34   9   by putting 4, 4, 8 or 2, 2, 12.

01:34   10          So that as far as I'm concerned, that's a big flaw.

01:35   11   You have to -- you cannot deduct from there the anisotropy that

01:35   12   you would have in compressibility.

01:35   13          Second thing, the test was done, as I said before,

01:35   14   without reproducing the saturation or the saturant or also the

01:35   15   temperature.  God knows what the effect that will give them on

01:35   16   those tests.

01:35   17          Thirdly, as I mentioned earlier in my deposition

01:35   18   today, the hydrostatic tests -- I lost my track here.

01:35   19   **Q.**   How do you convert the hydrostatic to UPVC value?

01:35   20   **A.**   Okay.  Okay.  Sorry.  Thanks a lot.

01:35   21          If you would submit in completing your test that

01:35   22   you're measuring a quantity, another quantity, hoping that you

01:35   23   can transfer back with some known relationships to UPVC.

01:35   24          In the case of the hydrostatic test, what you look

01:35   25   upon is the porosity, and you assume that there is a

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:36  1    relationship between porosity and compressibility.

01:36  2            Dr. Zimmerman mentioned that he used one standard

01:36  3    relationship that is, to my knowledge, only valid in

01:36  4    consolidated rocks.

01:36  5            If you go into the unconsolidated rocks, I refer to

01:36  6    some diagrams that have been shown, the strain becomes much

01:36  7    larger.  There is much more viability of compressibilities of

01:36  8    eventual porosity, so that it's site dependent, and I reject

01:36  9    having -- that is, let's use one relationship that is good to

01:36  10   consolidate it and apply it to as equal reconsolidated

01:36  11   materials.

01:36  12   **Q.**   Let's turn to your opinion regarding the ultrasonic

01:36  13   velocity measurements.  Why is it your opinion that that

01:36  14   test -- the results from that test cannot be used to confirm

01:36  15   Dr. Zimmerman's UPVC estimate?

01:37  16   **A.**   Similar problems, first, with saturation temperature.  You

01:37  17   know, he done it on dry cores with the room temperature instead

01:37  18   of on wet cores.

01:37  19            Number two, this time this is a little bit different.

01:37  20   Dr. Zimmerman showed a sketch of how to conduct an ultrasonic

01:37  21   test.  He said you take a piece of rock, like I had before

01:37  22   here, but this time you put a piece of electric casing on top

01:37  23   and on the bottom, and you propagate a P-wave and an S-wave.

01:37  24   From this P-wave, in the next phase, you calculate the elastic

01:37  25   constants.  Young's typical -- Young's modulus, Poisson ratio.

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:37    1          So he gets those numbers and then from there he
01:37    2    calculates the bulk compressi- -- no, the bulk models.  And
01:37    3    then, as he said at his deposition, he takes the inverse of
01:38    4    that to have the compressibility.
01:38    5          May I point out to you that those measurements were
01:38    6    dynamic.  Dynamic properties of rocks are quite different than
01:38    7    static.  So he needs to -- you need to convert them to static.
01:38    8    And it is site-dependent.  You cannot take something in the
01:38    9    literature that tells you this is how we did it, and we apply
01:38   10    the same thing.
01:38   11    Q.    Thank you, Dr. Roegiers.
01:38   12          Have you ever used ultrasonic velocity measurements
01:38   13    to estimate UPVC?
01:38   14    A.    Definitely -- oh, and for -- no -- ultrasonic
01:38   15    measurements, yes.
01:38   16    Q.    But have you used them to measure UPVC?
01:38   17    A.    No.
01:38   18    Q.    Dr. Roegiers, did you attempt to quantify the impact of
01:38   19    all the problems that you point out in your report and here
01:38   20    today?
01:38   21    A.    I wouldn't dare.  I just think that I don't want to make
01:38   22    assumption.  The assumption made by the Weatherford people is
01:38   23    essentially they quantify it, they say it is not important.  I
01:38   24    wouldn't dare do that.
01:39   25    Q.    And in your expert opinion, is it appropriate, as

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:39  1    Dr. Zimmerman did, to take an average of the three UPVC results
01:39  2    he derived from the data to come up with the average that would
01:39  3    be reliable for the reservoir?
01:39  4    **A.**   That was another surprise for me.  If you look at the
01:39  5    three cores that were tested for UPVC, he generated three
01:39  6    numbers:  4, 6 and 8.
01:39  7             **MR. FIELDS:**  Excuse me, Your Honor.  Again, this is
01:39  8    information that is not contained in his report.
01:39  9             **MS. HARVEY:**  Dr. Roegiers' report is basically a
01:39  10   discussion of why it is inappropriate to take those three --
01:39  11            **THE COURT:**  Okay.  Overrule the objection.
01:39  12            **THE WITNESS:**  So that if I would have been in this --
01:39  13   you need to realize that between 4 and 8, it's 100 percent
01:39  14   deviation.  So that if I would have received such numbers from
01:39  15   a lab and ask me to interpret them, I would say that I cannot.
01:40  16   I wouldn't dare take an average for 100 percent variation.
01:40  17            What I would do is to go back to try to do some
01:40  18   additional core testing, additional core testing which the goal
01:40  19   would be to narrow the spread.  That's one thing.
01:40  20            If I would not have any additional cores
01:40  21   available, I would start looking into some wells in the
01:40  22   neighborhood, look through the seismic data or seismic logs and
01:40  23   select one that I would call an analog and then use that number
01:40  24   as the start for it.  That's my experience for the field.
01:40  25            **MR. FIELDS:**  Your Honor, again, this is well beyond

JEAN-CLAUDE ROEGIERS, PH.D. - CROSS

01:40  1    the scope of his report.  He says nothing about analog wells in
01:40  2    his report.
01:40  3              THE COURT:  All right.  Let's move on.
01:40  4              MS. HARVEY:  That's my final question.  And actually
01:40  5    I will pass the witness.
01:40  6                   Thank you very much.
01:40  7              THE COURT:  All right.
01:41  8              MR. FIELDS:  May I proceed, Your Honor?
01:41  9              THE COURT:  Yes.
01:41  10             MR. FIELDS:  Your Honor, thank you.
01:41  11                   **CROSS-EXAMINATION**
01:41  12   **BY MR. FIELDS:**
01:41  13   **Q.**   Dr. Roegiers, as you know, my name is Barry Fields and I
01:42  14   am conducting your cross-examination on behalf of both BP and
01:42  15   Anadarko.
01:42  16   **A.**   I remember you.
01:42  17   **Q.**   Okay.
01:42  18   **A.**   And always will.
01:42  19   **Q.**   I hope that is a good thing.
01:42  20   **A.**   It's called nightmares.
01:42  21             MR. FIELDS:  Before we start, Your Honor, just a
01:42  22   housekeeping matter.  With respect to the last answer, I would
01:42  23   request that Your Honor strike that from the record as being
01:42  24   outside the scope of the record.
01:42  25             THE COURT:  Which last answer?  When he said it was

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:42  1    nightmares?

01:42  2         MR. FIELDS:  That's a good question.  There have been

01:42  3    a lot of things.  His last response.

01:42  4         THE COURT:  He was referring to you at a deposition,

01:42  5    I guess.

01:42  6         MR. FIELDS:  No, you can leave that in the record,

01:42  7    Your Honor.

01:42  8         THE COURT:  Okay.

01:42  9         MR. FIELDS:  Actually, the last question from counsel

01:42  10   for the United States.

01:42  11        MS. HARVEY:  Not the entire -- only at the very end

01:42  12   was there a reference to analogs.  The entire answer should not

01:42  13   be stricken.

01:42  14        THE COURT:  All right.  I'll sort it out.  I'll get

01:42  15   to it.  Let's go ahead and complete this testimony, okay?

01:43  16        MR. FIELDS:  Okay.

01:43  17   BY MR. FIELDS:

01:43  18   Q.  Dr. Roegiers, you're aware that Professor Zimmerman

01:43  19   concludes that 6.35 microsips is the compressibility of the

01:43  20   Macondo reservoir?

01:43  21   A.  Yes.

01:43  22   Q.  And he bases his opinion on the results of three different

01:43  23   types of laboratory tests conducted by Weatherford Labs?

01:43  24   A.  Correct.

01:43  25        MR. FIELDS:  If you'll pull up D-23686.

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:43     1   **BY MR. FIELDS:**

01:43     2   **Q.**   The three types -- the three types of tests that

01:43     3   Dr. Zimmerman reviewed in order to reach his conclusion were

01:43     4   the uniaxial compression test, the hydrostatic stairstep

01:43     5   porosity test, and the ultrasonic velocity or acoustic velocity

01:43     6   test?

01:43     7   **A.**   Correct.

01:43     8   **Q.**   Let's pull up -- well, first of all, I think you mentioned

01:44     9   that you believe the hydrostatic stairstep test analyzed by

01:44    10   Dr. Zimmerman is an indirect method in order to calculate UPVC?

01:44    11   **A.**   Correct.

01:44    12   **Q.**   You believe that this test is not a reliable method of

01:44    13   calculating or estimating UPVC?

01:44    14   **A.**   No.  What I said is that in order to go from that

01:44    15   particular geometry of testing to UPVC, you would have to make

01:44    16   a correction.  That's what I call indirect.  While in the first

01:44    17   test I measure the compressibility directly, without relying on

01:44    18   any other parameter.

01:44    19   **Q.**   But you agree that there are well-established

01:44    20   relationships to convert the porosity measurements from the

01:44    21   hydrostatic stairstep test to a UPVC value?

01:44    22   **A.**   Only for consolidated materials, yes.  And still -- there

01:44    23   would still be a different spread, maybe the spread is 5,

01:44    24   10 percent.

01:45    25   **Q.**   Let's take a look at your deposition, page 434, 15 through

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:45  1   19.

01:45  2          Dr. Roegiers, were you asked this question and did

01:45  3   you give this answer:

01:45  4          "QUESTION:  My question is simply:  Do you agree that

01:45  5      there are well-established relationships to convert

01:45  6      porosity measurements from hydrostatic compression tests

01:45  7      to a UPVC value?

01:45  8          "ANSWER:   --

01:45  9          **MS. HARVEY:**  Objection, improper --

01:45  10  BY MR. FIELDS:

01:45  11  Q.   -- "Yes."

01:45  12         **THE COURT:**  Let him finish.  Go ahead.

01:45  13         **THE WITNESS:**  Yes, I said yes, but I could never

01:45  14  qualify -- you never let me qualify anything.  You stopped me

01:45  15  each time in my tracks.

01:45  16  BY MR. FIELDS:

01:45  17  Q.   You also say that Dr. Zimmerman's calculations from the

01:45  18  acoustic velocity tests are unreliable because the acoustic

01:45  19  velocity tests are an indirect method of measuring UPVC?

01:45  20  A.   Same problem, yes.  But this time it's dynamic versus

01:46  21  static.

01:46  22  Q.   And you agree that there are well-accepted equations and

01:46  23  correlations that can be used to convert ultrasonic velocities

01:46  24  to UPVC values?

01:46  25  A.   But again, it's site specific.  In other words, the

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:46   1   correlation should be calculated and you can do that in the lab

01:46   2   when doing the same analysis for dynamic and static, take the

01:46   3   ratio and that will be your correction factor.

01:46   4          **MR. FIELDS:**  Deposition page 434, 21 through 435, 2.

01:46   5   **BY MR. FIELDS:**

01:46   6   **Q.**   At your deposition, were you asked this question and did

01:46   7   you give this answer:

01:46   8          "QUESTION:  Okay.  Similarly, do you agree,

01:46   9       Dr. Roegiers, that there are accepted equations and

01:46   10      correlations one can use to convert ultrasonic wave

01:46   11      velocity measurements to a UPVC value?

01:46   12         "ANSWER:  Yes"?

01:46   13  **A.**   But, again, I could not -- you did not let me elaborate on

01:47   14  my "yes."

01:47   15  **Q.**   My simple question was:  Did I ask you that question and

01:47   16  did you give that answer?

01:47   17  **A.**   Yes.

01:47   18          **MR. FIELDS:**  If you pull up TREX-009050.9.  Just pull

01:47   19  up the heading there.

01:47   20  **BY MR. FIELDS:**

01:47   21  **Q.**   This is an excerpt from one of the reports that you

01:47   22  reviewed.  Is this a summary of the hydrostatic stairstep

01:47   23  permeability and porosity tests that you reviewed?

01:47   24  **A.**   I don't recall, but I've seen so many reports.  I don't

01:48   25  recall.  I might have seen it.

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:48  1    **Q.**    Let's talk about the Weatherford test.  Now, you would

01:48  2    agree that uniaxial compression testing is a direct method for

01:48  3    measuring UPVC?

01:48  4    **A.**    Yes, uniaxial strain, yes.

01:48  5    **Q.**    But you believe the testing protocol for conducting

01:48  6    uniaxial compression testing on Macondo samples did not follow

01:48  7    industry best practices?

01:48  8    **A.**    That's my experience, yes.

01:48  9    **Q.**    Now, you have published a number of articles in your

01:48  10   career.  I think in one of the -- in your direct examination

01:48  11   you indicated that you had published over 200 scientific

01:48  12   papers?

01:48  13   **A.**    Yes.

01:48  14   **Q.**    And you've also, during the course of your career,

01:48  15   published books?

01:48  16   **A.**    No books.

01:48  17   **Q.**    No books.  Okay.  None of your published articles --

01:48  18   **A.**    Actually, can I correct that?

01:48  19   **Q.**    Sure.

01:48  20   **A.**    One or two chapters in books, yes.

01:49  21   **Q.**    Okay.  None of your published articles are on the subject

01:49  22   of UPVC testing, are they?

01:49  23   **A.**    Because I don't believe that they need any research.  It's

01:49  24   a well-established test and a well-established protocol.

01:49  25   **Q.**    Sir, my question is simply that none of your published

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:49   1   articles are on the subject of UPVC testing?

01:49   2   A.   That is correct.

01:49   3   Q.   You have not written any books on performing UPVC testing?

01:49   4   A.   No, but I have notes, class notes that I have given in

01:49   5   courses.

01:49   6   Q.   You have not published any articles setting forth best

01:49   7   practices or guidelines for performing uniaxial pore volume

01:49   8   compressibility tests?

01:49   9   A.   No, nobody likes to publish that.  It's established,

01:49   10   counselor.

01:49   11   Q.   My question, sir, is simply:  Have you published any

01:49   12   articles setting forth best practices or guidelines for

01:49   13   performing uniaxial pore volume compressibility tests?

01:49   14   A.   No.

01:49   15   Q.   As part of your work in this case, you created a list of

01:50   16   what you call 16 best practices for conducting such tests?

01:50   17   A.   Correct.

01:50   18   Q.   And I think you --

01:50   19        **MR. FIELDS:**  Can you pull up TREX-011698R.11.

01:50   20   **BY MR. FIELDS:**

01:50   21   Q.   This is from Figure 2 in your redacted expert witness

01:50   22   report?

01:50   23   A.   Yes.

01:50   24   Q.   And I think you said on direct exam that the title of this

01:50   25   particular figure or table is called "Best Practices for

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:50  1   Uniaxial Strain Compressibility Test Protocol."  Do you see

01:50  2   that?

01:50  3   **A.**   Yes.

01:50  4   **Q.**   And I think you said earlier that's sort of the same as a

01:50  5   UPVC test?

01:50  6   **A.**   Yes.

01:50  7   **Q.**   Now, you believe these are best practices for testing

01:50  8   compressibility in a laboratory so as to best simulate

01:50  9   reservoir conditions?

01:51  10  **A.**   This document, as I told you, is a live document.  It's a

01:51  11  rough draft that has probably been put together by TerraTek and

01:51  12  it is considered now the first draft for the commission on the

01:51  13  work group.  Yes, I am to come up with a final protocol.

01:51  14  **Q.**   Just to be clear, Dr. Roegiers, this is not the ISRM

01:51  15  document that we were talking about earlier.  This is

01:51  16  actually --

01:51  17  **A.**   That's --

01:51  18  **Q.**   -- this is the figure that you have in your own expert

01:51  19  report that you say is your list of best practices?

01:51  20  **A.**   Yes.

01:51  21  **Q.**   Are we on the same page now?

01:51  22  **A.**   Yes.

01:51  23  **Q.**   But in any event, you believe these best practices that

01:51  24  you listed in your redacted report are designed to simulate

01:51  25  reservoir conditions?

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:51   1   **A.**    To obtain a good -- a good number to use with the design

01:51   2   of the signs of compaction on the reservoir, yes.

01:51   3   **Q.**    And you contend that Weatherford's tests deviated from

01:52   4   these lists of so-called best practices in a number of ways?

01:52   5   **A.**    Yes.

01:52   6   **Q.**    And because of the deviations from your list of so-called

01:52   7   best practices, that the reliability of the compressibility

01:52   8   test results are substantially diminished?

01:52   9   **A.**    Definitely.

01:52   10  **Q.**    Now, the list of best practices that we just looked at in

01:52   11  your report are not any type of published industry standard?

01:52   12  **A.**    That's correct.

01:52   13  **Q.**    According to your résumé, you've been involved in 15 or

01:52   14  16 professional associations over the course of your career?

01:52   15  **A.**    Yes.

01:52   16  **Q.**    And to your knowledge, none of the professional

01:52   17  associations have written any types of written guidelines or

01:52   18  best practices for performing pore volume compressibility

01:52   19  tests?

01:52   20  **A.**    No, the ISRM is -- that's why the ISRM has formed a

01:52   21  group -- a work group.

01:52   22  **Q.**    They formed a work group.  But just to be clear, with

01:52   23  respect to all the other professional associations that you

01:52   24  have belonged to, none of those have issued any type of written

01:53   25  guidelines for best practices for performing UPVC tests?

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:53  1  **A.**   To the best of my knowledge, no.

01:53  2  **Q.**   Now, you agree that in testing the Macondo samples,

01:53  3  Weatherford did not violate any published industry standard for

01:53  4  performing uniaxial compressibility tests?

01:53  5  **A.**   No.

01:53  6  **Q.**   And --

01:53  7  **A.**   I'm surprised because usually even if you have a protocol

01:53  8  internally, you still have to follow up what the client wants

01:53  9  you to do.

01:53  10  **Q.**   My question simply, sir, is:  You agree that in testing

01:53  11  the Macondo samples, Weatherford did not violate any published

01:53  12  industry standard for performing uniaxial compressibility

01:53  13  tests?

01:53  14  **A.**   That's correct.  And you can bet they don't rely on their

01:53  15  own results.

01:53  16  **Q.**   Indeed, there are currently no standards or suggested test

01:53  17  methods for performing uniaxial compressibility tests?

01:54  18          **MS. HARVEY:**  Objection.  It's been asked and

01:54  19  answered.

01:54  20          **THE COURT:**  Overrule the objection.

01:54  21  **BY MR. FIELDS:**

01:54  22  **Q.**   Would you like me to repeat the question.

01:54  23  **A.**   Yeah, yeah.

01:54  24  **Q.**   There are currently no standards or suggested test methods

01:54  25  for uniaxial compressibility measurements?

OFFICIAL TRANSCRIPT

JEAN–CLAUDE ROEGIERS, PH.D.  - CROSS

01:54    1    **A.**   Well, they might have some internal protocol but by

01:54    2    different companies, that's for sure, but I have not been privy

01:54    3    to see them.

01:54    4            **MR. FIELDS:**  Deposition page 405, 16 through 25.  16

01:54    5    through 21, I'm sorry.

01:54    6    **BY MR. FIELDS:**

01:54    7    **Q.**   In your deposition were you asked this question and did

01:54    8    you give this answer:

01:54    9            "QUESTION:  Do you agree that there are currently no

01:54   10        standards or suggested test methods -- suggested test

01:54   11        methods for uniaxial strain measurements?

01:54   12            "ANSWER:  I agree."

01:54   13            **MS. HARVEY:**  And I guess I objected to this because

01:54   14    it was a vague question asked at the deposition and it was not

01:55   15    clear what --

01:55   16            **THE COURT:**  All right.  I'll overrule the deposition

01:55   17    objection.  Go ahead, you can read the answer.

01:55   18            **THE WITNESS:**  Okay.  I agree that I said that because

01:55   19    it refers to standards, which would be something would be

01:55   20    exam -- admitted worldwide or suggested -- or suggested methods

01:55   21    would be a method that comes from the ISRM.  No, there are not

01:55   22    presently any standards that might come from the ASTM or

01:55   23    suggested methods from the ISRM.

01:55   24    **BY MR. FIELDS:**

01:55   25    **Q.**   Before we get into the specific practices that were listed

JEAN-CLAUDE ROEGIERS, PH.D.   - CROSS

01:55   1   on that table, let's first -- let's first discuss something you
01:55   2   talked about on direct examination, and I think you talked
01:55   3   about it a little earlier here, which is that table that you
01:55   4   have in your report is actually based in part on a table from a
01:55   5   proposal for establishing a working group to develop a -- a
01:55   6   suggested test method?
01:55   7   A.   Well, it's also mostly based on my experience.
01:56   8   Q.   Okay.  But it's based in part on that table from the --
01:56   9   A.   In part.  Maybe a few percent.
01:56   10  Q.   And you indicated earlier with respect to the ISM -- ISRM
01:56   11  working group, that was established earlier this year?
01:56   12  A.   Yes.  I believe it was something to get -- well, the idea
01:56   13  was more than a year ago that we started to talk to people
01:56   14  about it.  But I believe that the official start of this work
01:56   15  group was probably in perhaps February when there was the ARMA
01:56   16  meeting in California.
01:56   17  Q.   February of 2013?
01:56   18  A.   Yes.
01:56   19  Q.   And you anticipate that it will take a couple of years for
01:56   20  this particular group before it issues any type of suggested
01:56   21  method for testing for UPVC?
01:56   22  A.   Yes.  You need to realize that there's right now, I
01:56   23  believe, something like 15 to 20 members on that.  Each of them
01:56   24  is going to provide their own alter input.  So it's from my
01:56   25  experience with the suggested method that are existing already,

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:57  1    it takes about two or three years.

01:57  2    Q.   Now, you have not published any of the 16 so-called best

01:57  3    practices in the peer-reviewed literature, have you?

01:57  4    A.   No, because it's standard.

01:57  5    Q.   You have not given any presentation to your peers about

01:57  6    any of these practices?

01:57  7    A.   That's not exactly true.  I give from time to time courses

01:57  8    in industry, internal courses, and I might have -- I might have

01:57  9    discussed some of the issues.

01:57  10   Q.   Let's go to your deposition, page 87, 19 through 22.

01:57  11          At your deposition were you asked this answer -- were

01:57  12   you asked this question and did you give this answer:

01:58  13          "QUESTION:  Have you ever given any presentations in

01:58  14      which you presented some or all of these best practices to

01:58  15      your peers?

01:58  16          "ANSWER:  No."

01:58  17   A.   Since that time I've been thinking and I said no; I say

01:58  18   might -- might be.

01:58  19   Q.   In fact, with respect to these best practices, your hope

01:58  20   is that everyone will eventually agree with you on these

01:58  21   practices?

01:58  22   A.   I hope so.

01:58  23   Q.   Let's take a look at your -- one of the issues and that

01:58  24   has to do with your best practice where you say the best

01:58  25   practice is to use whole cores versus the use of rotary

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

01:58  1  sidewall cores for Macondo.  Okay.  We're going to talk about
01:58  2  that.
01:58  3  A.   Okay.
01:58  4  Q.   Now, a whole core is also commonly called a conventional
01:58  5  core?
01:58  6  A.   Yes.
01:58  7  Q.   And you know that there were no conventional cores
01:59  8  collected from the Macondo reservoir?
01:59  9  A.   As far as I know, yes.
01:59  10  Q.   And rotary sidewall cores have been available in the
01:59  11  industry for at least the last 20 or so years?
01:59  12  A.   Even longer than that, yes.
01:59  13  Q.   I just want to focus on rotary sidewall cores.
01:59  14  A.   Okay.  Okay.
01:59  15  Q.   They've been around for at least 20 years?
01:59  16  A.   Yes.  Around the 1980s, I believe, the first prototype
01:59  17  was -- come up from Schlumberger.
01:59  18  Q.   And you believe that testing samples from conventional
01:59  19  cores would provide the most accurate estimate of UPVC?
01:59  20  A.   Definitely.  Of all properties.
01:59  21  Q.   Now, you have not personally performed a uniaxial pore
01:59  22  volume compressibility test on a rotary sidewall core?
01:59  23  A.   Can you repeat that question?
01:59  24  Q.   Sure.  You have personally not performed UPVC testing on a
01:59  25  rotary sidewall core?

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:00  1   A.   No, I don't believe in it.

02:00  2   Q.   But you know that service companies in the industry do

02:00  3   perform UPVC testing on rotary sidewall cores?

02:00  4   A.   Yes.  With the risk of having strange numbers.

02:00  5   Q.   And you heard Jaime Loos, Weatherford's 30(b)(6) witness,

02:00  6   testify by video a few days ago, you said.  It was up on the TV

02:00  7   screen; right?

02:00  8   A.   Yes.  She's not a rock mechanics person, by the way.

02:00  9   Q.   But you heard her testimony, that's my question.

02:00  10  A.   Oh, yeah.  Sure.

02:00  11  Q.   And you heard that her testimony was that Weatherford

02:00  12  commonly performs UPVC testing on rotary sidewall cores?

02:00  13  A.   Yes.  But she didn't say how many times she performs on

02:00  14  whole cores.

02:00  15  Q.   And you also heard Ms. Loos testify that she believes you

02:00  16  can obtain reliable UPVC measurements on rotary sidewall cores.

02:00  17  A.   I don't believe that.

02:00  18  Q.   You heard her say that?  But you heard her say it?

02:00  19  A.   I heard her say it, and I don't believe it.

02:00  20  Q.   Now, you're also familiar with another service lab and

02:00  21  it's called TerraTek.  You mentioned them on direct

02:01  22  examination?

02:01  23  A.   Yes, yes.

02:01  24  Q.   And it's your opinion that TerraTek is perhaps the best

02:01  25  commercial rock testing lab in the world?

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:01   1    A.   Right now, yes.

02:01   2    Q.   And I think you said on direct examination they were sort

02:01   3    of the gold standard?

02:01   4    A.   Yes.

02:01   5    Q.   You consider TerraTek as being one of the best commercial

02:01   6    laboratories for performing uniaxial pore volume

02:01   7    compressibility tests?

02:01   8    A.   I consider them one of the best lab to do rock mechanics

02:01   9    and geomechanics testing.

02:01   10   Q.   Including pore volume --

02:01   11   A.   Including.  Including, yeah.

02:01   12   Q.   Including performing uniaxial pore volume compressibility

02:01   13   tests?

02:01   14   A.   Yes.

02:01   15   Q.   And you actually believe that TerraTek probably performs

02:01   16   uniaxial compressibility tests on rotary sidewall cores?

02:01   17   A.   Maybe very little.  I don't know the percentage-wise how

02:01   18   much they do sidewall cores for the UPVC or whole cores.

02:02   19   Q.   But you know they do.

02:02   20   A.   The only thing I know is that they prefer whole cores, and

02:02   21   this is what was told to me really directly.

02:02   22   Q.   Sir, my question was simply:  You believe that TerraTek

02:02   23   probably performs UPVC testing on rotary sidewall cores?

02:02   24   A.   I believe that TerraTek can do UPVC tests on sidewall

02:02   25   cores.

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

| | |
|---|---|
| 02:02 | 1 |
| 02:02 | 2 |
| 02:02 | 3 |
| 02:02 | 4 |

**Q.**   You believe they probably do perform them on sidewall cores?

**A.**   If requested by the customer, yes.  They don't have a choice.

**Q.**   You're not familiar with any article written since rotary sidewall cores were introduced that says whole cores rather than rotary sidewall cores should be used for UPVC testing?

**A.**   No, but I'm aware of quite a few articles that actually were mentioned in my report where it says if you need some very good geomechanics testing, which includes UPVC in my language, it should be whole cores and it's 100 percent satisfactory.

**Q.**   My question was simply, sir:  You are not familiar with any article written since rotary sidewall cores were introduced 20-some-odd years ago or even longer saying that whole cores rather than rotary sidewall cores should be used for UPVC testing?

**A.**   Off the top of my head, no.  I know about internal reports.

**Q.**   Do you know of any -- you do not know of any published papers, articles, or books that evaluate the reliability or accuracy of UPVC measurements on rotary sidewall cores?

**MS. HARVEY:**  Objection.  Asked and answered.

**MR. FIELDS:**  It's a different question, Your Honor.

**THE COURT:**  Okay.  Overruled.

**THE WITNESS:**  No.  But what I have seen very

JEAN-CLAUDE ROEGIERS, PH.D.   - CROSS

02:03    1    clearly -- and it's actually written on some of the reports for
02:04    2    Macondo -- is that the measurements of UPVC from sidewall cores
02:04    3    cannot explain the amount of conduction, which means to me that
02:04    4    you have underevaluated the compressibility.
02:04    5    BY MR. FIELDS:
02:04    6    Q.   Sir, my question is simply --
02:04    7    A.   My answer is simple, too.
02:04    8    Q.   No.  Sir, I want you to answer my question, please.  I'm
02:04    9    not trying to be rude.  I just want you to answer my question.
02:04   10    A.   Okay.
02:04   11    Q.   You do not know of any published papers, articles, or
02:04   12    books that evaluate the reliability or accuracy of PVC
02:04   13    measurements on rotary sidewall cores?
02:04   14         THE COURT:   I think the problem here, Mr. Fields, it
02:04   15    seems like, with this back and forth that I'm hearing, is that
02:04   16    the witness is saying no -- he's answering your question, but
02:04   17    then he's trying to say something else to explain, which he's
02:04   18    entitled to do.
02:04   19         So you might move this along, as long as he
02:05   20    answers your question, if he wants to say something else and
02:05   21    explain, he's able to do that.  As long as he answers your
02:05   22    question first, which I know that he did in that last one at
02:05   23    least.
02:05   24    BY MR. FIELDS:
02:05   25    Q.   You are not aware of any publically available analysis

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

| | | |
|---|---|---|
| 02:05 | 1 | comparing the results of UPVC testing on rotary sidewall cores |
| 02:05 | 2 | from a reservoir versus whole core samples from the same |
| 02:05 | 3 | reservoir? |
| 02:05 | 4 | A.   Publically, no; internal, yes. |
| 02:05 | 5 | Q.   Let's talk about an issue related to rotary sidewall |
| 02:05 | 6 | cores, and that's orientation.  And you talked a little bit |
| 02:05 | 7 | about that on your direct examination. |
| 02:05 | 8 | Now, anisotropy is when parameters or properties of a |
| 02:05 | 9 | rock vary with orientation? |
| 02:05 | 10 | A.   Correct. |
| 02:05 | 11 | Q.   And you can have different rock -- you can have anisotropy |
| 02:05 | 12 | for different rock properties? |
| 02:05 | 13 | A.   Correct. |
| 02:06 | 14 | Q.   Now, the fact that a rock is anisotropic or tropic for one |
| 02:06 | 15 | rock property does not necessarily mean that it will be |
| 02:06 | 16 | anisotropic for another rock property? |
| 02:06 | 17 | A.   Right.  It depends on what you call rock properties.  For |
| 02:06 | 18 | example, if you look upon permeability, like we mentioned this |
| 02:06 | 19 | morning, it's a different matter.  You can have anisotropic |
| 02:06 | 20 | permeability and not have anisotropic properties.  But if you |
| 02:06 | 21 | talk about the properties of the rock itself, if I have an |
| 02:06 | 22 | anisotropy -- for example, in Young's modulus, I would have an |
| 02:06 | 23 | anisotropy in strength, I would have an anisotropy in |
| 02:06 | 24 | compressibility, because they're all related. |
| 02:06 | 25 | Q.   And one property that could be anisotropic in a sandstone |

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

| | | |
|---|---|---|
| 02:06 | 1 | is compressibility? |
| 02:06 | 2 | **A.**   Yes. |
| 02:06 | 3 | **Q.**   And compressibility and anisotropy means that the |
| 02:06 | 4 | compressibility differs in different directions? |
| 02:06 | 5 | **A.**   Correct. |
| 02:06 | 6 | **Q.**   Now, you believe that a rock is anisotropic with regards |
| 02:07 | 7 | to compressibility if a rock is laminated? |
| 02:07 | 8 | **A.**   Yes. |
| 02:07 | 9 | **Q.**   And lamination is just layering of different rock types? |
| 02:07 | 10 | **A.**   Yes, as I explained this morning. |
| 02:07 | 11 | **Q.**   And Weatherford Labs took CT scans of extracted core |
| 02:07 | 12 | sampling, and I think we looked at one of those earlier in your |
| 02:07 | 13 | testimony? |
| 02:07 | 14 | **A.**   Yes. |
| 02:07 | 15 | **Q.**   And you claimed that the presence of light and dark |
| 02:07 | 16 | shading in a CT scan of one of the samples for Macondo |
| 02:07 | 17 | indicates the presence of laminations? |
| 02:07 | 18 | **A.**   Yes, it confirmed it was -- it confirmed what was seen |
| 02:07 | 19 | visually in some of the cores. |
| 02:07 | 20 | **Q.**   And you believe the presence of lamination suggests |
| 02:07 | 21 | compressibility -- compressibility anisotropy? |
| 02:07 | 22 | **A.**   Yes. |
| 02:07 | 23 | **Q.**   Now, there were a number of core samples that were |
| 02:07 | 24 | collected for testing at Macondo? |
| 02:07 | 25 | **A.**   Yes. |

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:07  1  **Q.**   You only looked at a CT scan for a single core?

02:08  2  **A.**   That's correct.  Just to confirm what my belief was.

02:08  3  **Q.**   And, indeed, you were only asked to look at one example?

02:08  4  **A.**   No.  I actually saw a few other examples.  I couldn't tell

02:08  5  you how many, but probably four or five other cores that showed

02:08  6  CT scan and anisotropy.

02:08  7         **MR. FIELDS:**  Deposition page 197, 11 through 14.

02:08  8  **BY MR. FIELDS:**

02:08  9  **Q.**   At the deposition were you asked this question and did you

02:08  10  give this answer:

02:08  11         "QUESTION:  Okay.  Did you look at the CT scans of

02:08  12     any sample other than Sample 3-16R?

02:08  13         "ANSWER:  No.  I just asked for one example -- looked

02:08  14     at one example."

02:08  15         Did I ask you that question and did you give that

02:08  16  answer?

02:08  17  **A.**   Yes, counselor, but since that time, since that

02:08  18  deposition, I looked at some other CT scans.

02:08  19         **MR. FIELDS:**  Your Honor, I'm going to move to strike

02:08  20  that because I'm talking about what happened up until the time

02:08  21  of his deposition.

02:08  22         **THE WITNESS:**  And I didn't lie.

02:08  23         **MS. HARVEY:**  Your Honor, he opened the door --

02:09  24         **THE COURT:**  Well --

02:09  25         **MS. HARVEY:**  -- that answer.

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:09    1            THE COURT:  Again, the problem is your original
02:09    2    question didn't specify that.  It said:  Have you looked at
02:09    3    other examples?
02:09    4                 I think the witness apparently said he had.  You
02:09    5    didn't specify a time frame.  Now he's explained it.
02:09    6            MR. FIELDS:  Okay.
02:09    7            THE COURT:  Okay.
02:09    8    BY MR. FIELDS:
02:09    9    Q.   Now, when I ask you for your analysis or -- and I'll try
02:09   10    to remember to remind you -- when I ask you that, I'm actually
02:09   11    talking about any analysis that you performed prior to your
02:09   12    deposition which took place.
02:09   13    A.   Okay.  Then only one here.
02:09   14            MS. HARVEY:  You should be clear then in your
02:09   15    question.
02:09   16            THE COURT:  Okay.  I think he's going to try to do
02:09   17    that.
02:09   18    BY MR. FIELDS:
02:09   19    Q.   Now, even if some anisotropy -- I keep pronouncing the
02:09   20    word wrong, but everybody knows what I'm talking about --
02:09   21    A.   That's fine.
02:09   22    Q.   -- exists in the one sample, you are not able to quantify
02:09   23    the extent of that anisotropy?
02:09   24    A.   That's correct.
02:09   25            THE WITNESS:  And I would like to make a reference of

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:09    1    a comment on this, if you allow me, Your Honor.

02:10    2            THE COURT:  Go ahead.

02:10    3            THE WITNESS:  In general, it's difficult to -- from

02:10    4    visual to quantify the level of anisotropy.  Usually what is

02:10    5    done when the core arrives in the lab, you do non-destructive

02:10    6    testing, where you put the porosity profile, for example, in

02:10    7    this case, a vertical and horizontal, and that will give you an

02:10    8    idea about the anisotropy.

02:10    9            I do not understand why this was not done,

02:10   10    especially since there were marked laminations.

02:10   11    BY MR. FIELDS:

02:10   12    Q.   Let's move to another topic, which has to do with mud

02:10   13    invasion.  You talked about the fact that if there's mud

02:10   14    invasion, it could potentially -- it could potentially affect

02:10   15    the reliability of the testing?

02:10   16    A.   Correct.

02:10   17    Q.   And by mud invasion, you mean that sometimes drilling mud

02:10   18    can enter into the pore spaces of the sample?

02:11   19    A.   Correct.

02:11   20    Q.   And you say that there is evidence that indicates that a

02:11   21    drilling mud was found in some of the core samples?

02:11   22    A.   Yes.  There was a comment made by -- upon visual that they

02:11   23    had to scrape off the mud from the core.

02:11   24    Q.   But you know the core samples were clean before they were

02:11   25    tested for uniaxial compression testing?

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.   - CROSS

02:11  1   **A.**   Yes.

02:11  2   **Q.**   And as part of the -- part of your work in this case, you

02:11  3   reviewed the depositions of Jaime Loos?

02:11  4   **A.**   Yes.

02:11  5   **Q.**   And don't you recall Ms. Loos indicating that the samples

02:11  6   that were tested by Weatherford were clean and dried?

02:11  7   **A.**   Yes.  But she did not mention how it was cleaned, and I

02:11  8   couldn't comment on that because I'm not a drilling engineer.

02:11  9   I didn't know, the private joke was, what kind of mud had been

02:11  10   used.  Of course, it's very much dependent on the mud and the

02:11  11   size of the molecules.

02:12  12   **Q.**   Well, you could not point to any document that says that

02:12  13   the cores that were tested for UPVC by Weatherford still

02:12  14   contained mud when they were tested?

02:12  15   **A.**   That's correct.  Neither, I cannot, from the information I

02:12  16   have.

02:12  17   **Q.**   Let's talk about core damage, and I think one of the

02:12  18   things that you believe is that sometimes these -- these

02:12  19   samples come from something called the "stress cage"?

02:12  20   **A.**   Yes.

02:12  21   **Q.**   And that that's the area around the borehole that goes

02:12  22   in -- I believe you said several inches around --

02:12  23   **A.**   Something actually like 3 to 5 diameters, yes.

02:12  24   **Q.**   And you believe that potential damage caused by the coring

02:12  25   operation itself can affect the reliability of the sidewall

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

| | | |
|---|---|---|
| 02:12 | 1 | core sample? |
| 02:12 | 2 | **A.**   It's definitely an inference, and it might explain why we |
| 02:12 | 3 | have such poor pore/core recovery due to the very high stress |
| 02:13 | 4 | concentrations. |
| 02:13 | 5 | **Q.**   Now, you cannot determine what effect, if any, potential |
| 02:13 | 6 | damage from coring had on the uniaxial compression test here? |
| 02:13 | 7 | **A.**   No.  But since that time, I've looked at it more in |
| 02:13 | 8 | detail, upon the stresses that bind this reservoir.  They were |
| 02:13 | 9 | not measured, okay, so you have to take my comments here with a |
| 02:13 | 10 | grain of salt. |
| 02:13 | 11 | The vertical stress is the overburden.  It can be |
| 02:13 | 12 | calculated.  This is the density of the material.  The |
| 02:13 | 13 | horizontal stress, they assumed -- and I have no ides from |
| 02:13 | 14 | where it came -- that it's 13,300 psi, and then they assumed |
| 02:13 | 15 | that the two horizontal stresses are the same.  I have no idea |
| 02:13 | 16 | from where that comes. |
| 02:13 | 17 | But if you look at all that, stress concentration |
| 02:13 | 18 | would be twice.  So if you have a stress concentration of |
| 02:13 | 19 | 26,600 psi at the borehole with a strength of the rock of the |
| 02:13 | 20 | other one of about 8,000 psi. |
| 02:14 | 21 | Now, you can understand very quickly that under under |
| 02:14 | 22 | induced stress conditions, the material was broken up.  That's |
| 02:14 | 23 | why we have poor core recovery. |
| 02:14 | 24 | **Q.**   My question is simply:  You do not determine what effect, |
| 02:14 | 25 | if any, potential damage from coring had on the uniaxial |

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

| | | |
|--|--|--|
| 02:14 | 1 | compression test? |
| 02:14 | 2 | **A.**   No, but I can just do the same calculation I gave you. |
| 02:14 | 3 | I'd anticipate. |
| 02:14 | 4 | **Q.**   In our case, you cannot even tell us whether there is |
| 02:14 | 5 | actually any damage induced by the coring? |
| 02:14 | 6 | **A.**   Not by the coring, by the drilling. |
| 02:14 | 7 | **Q.**   Now, let's discuss the stress cage.  As a general rule, |
| 02:14 | 8 | any rotary sidewall core obtained from a wellbore would come |
| 02:14 | 9 | from the stress cage? |
| 02:14 | 10 | **A.**   Correct. |
| 02:14 | 11 | **Q.**   And the Macondo samples that were tested for pore volume |
| 02:15 | 12 | compressibility would have been taken from the so-called stress |
| 02:15 | 13 | cage? |
| 02:15 | 14 | **A.**   Within the stress cage, yes. |
| 02:15 | 15 | **Q.**   But you're not able to determine what impact this has on |
| 02:15 | 16 | the UPVC value? |
| 02:15 | 17 | **A.**   Well, you know what's going to happen.  As I explained |
| 02:15 | 18 | this morning, is that if it is broken up, that means the only |
| 02:15 | 19 | test that's left is what's testing is through the medium, which |
| 02:15 | 20 | means you underestimate compressibility. |
| 02:15 | 21 | **Q.**   Deposition page 217, line 19, to 218, 2. |
| 02:15 | 22 | It starts:  "These various cores were" -- and I asked |
| 02:15 | 23 | you -- I need a little set up here. |
| 02:15 | 24 | First of all, in the prior question, you see, I |
| 02:15 | 25 | asked: |

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:15  1          "QUESTION:  These various cores were tested from --
02:15  2     for UPVC were taken, in your view, from the stress cage
02:16  3     area?
02:16  4          "ANSWER:  Correct.
02:16  5          "QUESTION:  Are you able to determine what impact
02:16  6     this has on the UPVC value?
02:16  7          "ANSWER:  No, because it was not measured in both
02:16  8     directions."
02:16  9          Were you asked those questions and did you give those
02:16  10    answers?
02:16  11    A.   Yes, and I stand by my response.
02:16  12    Q.   Let's turn to another criticism that you had of the
02:16  13    Weatherford testing procedures.  You've indicated that you
02:16  14    couldn't find any evidence that Weatherford testing equipment
02:16  15    was properly calibrated?
02:16  16    A.   Correct.
02:16  17    Q.   And as part of your work for this case, you indicated
02:16  18    earlier you reviewed the deposition transcript of Jaime Loos?
02:16  19    A.   Can you repeat, please?
02:16  20    Q.   Yes.  As part of your work in this case, you reviewed the
02:16  21    deposition of Ms. Loos?
02:16  22    A.   Yes.
02:16  23    Q.   If we take a look at -- the demonstrative is depo
02:17  24    338.1.61.2, which is actually the page 160 of her deposition.
02:17  25          Were you aware that Ms. Loos testified that, with

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:17   1   respect to Weatherford's equipment, calibration is heavily

02:17   2   evaluated and monitored by Weatherford?

02:17   3   A.   Yes, but I repeat:  I never saw any documentation that

02:17   4   this was done.  Neither could I evaluate the error bar with the

02:17   5   measurements.

02:17   6   Q.   And were you aware that Ms. Loos also testified that

02:17   7   Weatherford has standard operating procedures for its test,

02:17   8   including calibration?

02:17   9   A.   She did not explain to me what standard procedure there

02:17   10  was.  Was that twice a year?  Once every two years?  One every

02:17   11  five years?

02:17   12  Q.   Right.  But you know that she said they had standard

02:17   13  operating procedures for testing, including calibration?

02:17   14  A.   Yes, but she didn't explain what she did.

02:17   15  Q.   And you're aware that she testified that those standard

02:18   16  operating procedures were followed with respect to the Macondo

02:18   17  testing?

02:18   18  A.   Same answer.

02:18   19  Q.   Which is:  That's what she testified?

02:18   20  A.   Uh-huh.

02:18   21  Q.   Is that a yes?

02:18   22  A.   That's a uh-huh.

02:18   23  Q.   Okay.  Let's move to saturate.

02:18   24       When Weatherford tested the three core samples for

02:18   25  UPVC, it filled the pores of these samples with fluid?

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:18   1   **A.**   In the field, in the reservoir.

02:18   2   **Q.**   No.  What I'm asking is:  They're getting ready to do the

02:18   3   testing, and so when Weatherford was testing the three core

02:18   4   samples for UPVC, it filled the pores of those samples with a

02:18   5   fluid?

02:18   6   **A.**   Yeah, and they cleaned it out.

02:18   7   **Q.**   And the fluid is called a "saturant" or "saturating"

02:18   8   fluid?

02:18   9   **A.**   Yes.

02:18   10  **Q.**   And you believe the type of pore fluid or saturant used in

02:19   11  the uniaxial compressibility test affects UPVC measurements?

02:19   12  **A.**   Correct.

02:19   13  **Q.**   You believe the type of saturant used can affect the rock

02:19   14  samples' stiffness and deformability?

02:19   15  **A.**   Yes.

02:19   16  **Q.**   Weatherford used lab oil as a saturant, kerosene?

02:19   17  **A.**   Yes.

02:19   18  **Q.**   You believe that the use of kerosene as a saturant is

02:19   19  inconsistent with your so-called list of best practices?

02:19   20  **A.**   Well, what is missing is the brine phase.  The brine phase

02:19   21  is something that is existing in almost every reservoir that I

02:19   22  know of and can affect because it's -- it's essentially is

02:19   23  hydrophilic to the grains.  Setting bounds on the grains, you

02:19   24  can never get rid completely of this grain.

02:19   25  **Q.**   So in your view, using kerosene only as a saturating fluid

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:19   1   is inconsistent with your list of best practices?
02:19   2   **A.**   Yes.
02:19   3   **Q.**   You have never used kerosene as a saturant for pores?
02:20   4   **A.**   When I was a young kid, yes, I did use it.
02:20   5   **Q.**   But you know of others besides Weatherford that have used
02:20   6   kerosene to saturate rock samples?
02:20   7   **A.**   Very few examples --
02:20   8   **Q.**   That you know of.
02:20   9   **A.**   -- that I know of.  Some of them have done it.  Those
02:20   10   other ones haven't talked to me.
02:20   11   **Q.**   Now, you're not aware of any literature discussing the
02:20   12   effect of using kerosene versus another saturating fluid on
02:20   13   UPVC testing?
02:20   14   **A.**   Can you repeat again?  I want to make sure I catch --
02:20   15   **Q.**   Sure.  As of the time of your deposition, you were not
02:20   16   aware of any literature discussing the effect of using kerosene
02:20   17   versus another saturating fluid on UPVC testing?
02:20   18   **A.**   No.  I was even surprised they're still using kerosene.
02:20   19   **Q.**   In fact, as of the time of your deposition, there is
02:20   20   nothing -- you were not aware of anything in the literature
02:20   21   supporting your view that kerosene is a less appropriate
02:21   22   saturant than, say, brine for purposes of UPVC testing?
02:21   23   **A.**   My point, counselor, is that you're missing the phase that
02:21   24   is the brine.  That plays a very important role.
02:21   25   **Q.**   Deposition page 261, lines 19 through 23.

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.   - CROSS

02:21  1        At the deposition, were you asked this question and

02:21  2  did you give this answer:

02:21  3        "QUESTION:  Is there anything in the literature

02:21  4     supporting your view that kerosene is a less appropriate

02:21  5     saturant than brine for purposes of testing UPVC?

02:21  6        "ANSWER:  For testing UPVC, no."

02:21  7        Were you asked that question and did you give that

02:21  8  answer?

02:21  9  A.   I still stand by that.

02:21  10  Q.   Up until the time of your deposition, you had not tried to

02:21  11  determine whether there are any laboratories that still use

02:22  12  kerosene as a saturant when performing uniaxial compression

02:22  13  testing?

02:22  14  A.   I didn't think that there was anyone even using that

02:22  15  anymore.  I was surprised.

02:22  16        And, actually, I need to make a comment here, if you

02:22  17  look at the tests that were performed on the two other wells by

02:22  18  Weatherford, they were brine saturated.

02:22  19        **MR. FIELDS:**  Your Honor, I move to strike that answer

02:22  20  as nonresponsive.

02:22  21        **THE COURT:**  Well, I think it's responsive to your

02:22  22  question.  Go ahead.

02:22  23  **BY MR. FIELDS:**

02:22  24  Q.   Deposition line [verbatim] 248, 25 through 249, 5.

02:22  25        At your deposition, were you asked this question and

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:22  1  did you give this answer?

02:22  2           "QUESTION:  As part of your work in this case, did

02:22  3       you try to determine whether there are any laboratories

02:22  4       that would use -- that use kerosene as a saturant on cores

02:22  5       being tested for uniaxial pore value compressability?

02:23  6           "ANSWER:  No."

02:23  7           Were you asked that question and did you give that

02:23  8  answer?

02:23  9  A.   That's correct.

02:23  10  Q.   And as of the time of the deposition, you had not

02:23  11  performed any research to determine whether the use of kerosene

02:23  12  had had any affect on the reliability of the results from a

02:23  13  UPVC test?

02:23  14  A.   No, because I believe that we have to saturate with the

02:23  15  same fluids that -- or very close to what you get in the

02:23  16  reservoir, since I've never used kerosene.

02:23  17  Q.   Deposition line -- page 262, lines 20 through 24.

02:23  18           THE COURT:  Well, he agreed with you.  He said no.

02:23  19  He said no.  So you're constantly doing this, Mr. Fields, and

02:23  20  we're taking twice as much time as this examination should take

02:23  21  if you're going to ask the same question over again once you

02:23  22  get an answer.

02:23  23           MR. FIELDS:  Understood, Your Honor.

02:23  24           THE COURT:  Okay.

       25

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:23    1    **BY MR. FIELDS:**

02:23    2    **Q.**   You were also critical of Weatherford's testing procedures

02:24    3    because of the temperature at which the test was conducted?

02:24    4    **A.**   Correct.

02:24    5    **Q.**   The Macondo reservoir was estimated to be around

02:24    6    243 degrees Fahrenheit?

02:24    7    **A.**   Correct.

02:24    8    **Q.**   And you believe that Weatherford tested the rock samples

02:24    9    at ambient or room temperature?

02:24    10   **A.**   They did, yes.

02:24    11   **Q.**   And you believe that testing at room temperature rather

02:24    12   than reservoir temperature would have an effect on

02:24    13   compressibility?

02:24    14   **A.**   Definitely.

02:24    15   **Q.**   And you, yourself, have performed the uniaxial compression

02:24    16   test at ambient temperatures?

02:24    17   **A.**   Yes.

02:24    18   **Q.**   As of the time of the deposition, you hadn't reviewed any

02:24    19   literature or any other information that tells you that service

02:24    20   laboratories always perform uniaxial compression tests at

02:24    21   reservoir temperature?

02:24    22   **A.**   You need to reestablish the downhole conditions.

02:24    23   Temperature, you need to get -- it can very important or it can

02:24    24   be negative or you don't know at different times.  I don't want

02:24    25   to make the opinion to start with, but I can give some examples

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:25  1    on my recent work that a change in temperature of the mud by

02:25  2    about 50 degrees C gives you a pore pressure change by

02:25  3    7,000-psi.  We changed completely the stress conditions in the

02:25  4    UPVC test.

02:25  5            MR. FIELDS:  Your Honor, that is nonresponsive.  I

02:25  6    move to strike that.

02:25  7            MS. HARVEY:  He said "any other information."  I

02:25  8    think it is responsive.

02:25  9            MR. FIELDS:  I'll move on, Your Honor.

02:25  10           THE COURT:  Yeah.  Just move on.  Your question was

02:25  11   so broad, I don't know how I can say it's not responsive, or

02:25  12   any other information.  Go ahead.

02:25  13   BY MR. FIELDS:

02:25  14   Q.   You do not know how often uniaxial compression tests are

02:25  15   performed at reservoir temperatures versus at ambient

02:25  16   temperatures?

02:26  17   A.   No, I have no idea.

02:26  18   Q.   As of the time of your deposition, you had not performed

02:26  19   any analysis to determine the quantitative effect that

02:26  20   Weatherford had performed the uniaxial compression test at

02:26  21   reservoir temperatures instead of at ambient temperatures?

02:26  22   A.   I don't even know if they have the capabilities to run

02:26  23   testing for temperature.  That could be a limitation, or time

02:26  24   could be a limitation because testing temperature would take

02:26  25   easily five days compared to one day.

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:26  1   Q.   Let's jump forward to loading rate and briefly talk about

02:26  2   that.  You talked about this in your direct examination.

02:26  3        It's your view that the samples -- that Weatherford

02:26  4   loaded the samples too rapidly?

02:26  5   A.   Correct.

02:26  6   Q.   And you contend that, as a best practice, the buildup

02:26  7   loading rate should be less than 1 psi per second?

02:26  8   A.   Yes, that's a standard that we use usually in rock

02:27  9   mechanics.

02:27  10  Q.   And for Weatherford, they performed the loading or the

02:27  11  buildup rate at four times that, at about 4.2 psi per second?

02:27  12  A.   Yes, on the loading rate.  On general rating, it went much

02:27  13  faster.

02:27  14  Q.   And as of the time of the deposition, you did not know how

02:27  15  much of a difference a loading rate greater than 1 psi per

02:27  16  second would make to UPVC test results?

02:27  17  A.   That is correct.

02:27  18  Q.   And you had no idea at the time of your deposition by what

02:27  19  amount the measured UPVC values would change if Weatherford's

02:27  20  loading rate had been less than 1 psi per second instead of

02:27  21  4.2 psi per second?

02:27  22  A.   No.  They did not determine how much changes in desiganted

02:27  23  properties.  This number for 1 psi per second comes in because

02:27  24  you want to avoid any dynamic loading conditions.

02:27  25  Q.   Let's move to the topic of creep, and you mentioned creep

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:27   1   a little bit earlier in your direct examination.

02:28   2          "Creep" is a type of inelastic deformation?

02:28   3   A.   No.  You have two kinds of creep.  On the deposition, you

02:28   4   talked only about inelastic, but there's also elastic creep.

02:28   5   Okay.  So that you have creep that could start virtually in the

02:28   6   inelastic regime and can go so into the elastic regime.

02:28   7          In the elastic regime, what would happen is that the

02:28   8   creep would be accelerating.  It's called tertiary creep.

02:28   9   Q.   Not all reservoir rocks experience creep, do they?

02:28   10  A.   Many do.

02:28   11  Q.   And if rocks experience creep, then this can have an

02:28   12  affect on compressibility?

02:28   13  A.   Correct.  You have to add this term to the elastic

02:28   14  instantaneous creep that you measure.

02:28   15  Q.   For creep to affect UPVC, creep has to first be initiated

02:28   16  in the reservoir?

02:28   17  A.   Yes.

02:28   18  Q.   And once creep has been initiated, the magnitude of creep

02:29   19  could have an affect on UPVC over time?

02:29   20  A.   Correct.

02:29   21  Q.   Now, to the best of your knowledge, there were no tests

02:29   22  performed on the Macondo rock samples to determine whether

02:29   23  creep would occur in the reservoir?

02:29   24  A.   Yes.  And I'm surprised about that because it's usually

02:29   25  BP's protocol to look at creep.

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:29   1   **Q.**   Now, the amount of stress will affect whether creep will

02:29   2   be initiated?

02:29   3   **A.**   Correct.

02:29   4   **Q.**   Okay.  And you believe it is effective stresses that

02:29   5   important to determining whether creep will be initiated in the

02:29   6   reservoir?

02:29   7   **A.**   Well, yes.  But the -- okay.  Go ahead.

02:29   8   **Q.**   Go ahead.  I didn't mean do cut you off.

02:29   9   **A.**   No, go ahead.

02:29   10   **Q.**   All right.  Effective stress is essentially the total

02:29   11   confining stress minus pore pressure?

02:29   12   **A.**   In the simplified analysis, yes.

02:29   13   **Q.**   Now, the initial pore pressure of the Macondo reservoir

02:29   14   was about 11,800 psi?

02:29   15   **A.**   Pore pressure, yes.

02:29   16   **Q.**   And the final reservoir pressure, I think you estimate it,

02:30   17   it might be around 10,300 psi?

02:30   18   **A.**   Yes.

02:30   19   **Q.**   As of the time of the deposition, you had no idea -- you

02:30   20   had no data showing that creep was initiated at the Macondo

02:30   21   reservoir when the pressure dropped from 11,800 to

02:30   22   approximately 10,300 psi?

02:30   23   **A.**   Correct.

02:30   24   **Q.**   You cannot tell us at what level of effective stress creep

02:30   25   would have initiated at the Macondo reservoir?

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.   - CROSS

| | | |
|---|---|---|
| 02:30 | 1 | **A.**   No, because I didn't try it. |
| 02:30 | 2 | **MR. FIELDS:**  That's all the questions I have, Your |
| 02:30 | 3 | Honor. |
| 02:30 | 4 | **THE COURT:**  All right.  Any redirect? |
| 02:30 | 5 | **MS. HARVEY:**  No redirect, Your Honor. |
| 02:31 | 6 | **THE COURT:**  You're done, sir.  Thank you. |
| 02:31 | 7 | **THE WITNESS:**  I'm through? |
| 02:31 | 8 | **THE COURT:**  You're through. |
| 02:31 | 9 | **THE WITNESS:**  Okay.  Thanks. |
| 02:31 | 10 | **THE COURT:**  Was that a nightmare? |
| 02:31 | 11 | **THE WITNESS:**  I'll have a dream about you. |
| 02:31 | 12 | **THE COURT:**  About me?  Or about Mr. Fields, huh? |
| 02:31 | 13 | Okay. |
| 02:31 | 14 | **MR. FIELDS:**  Did someone say something bad about me? |
| 02:31 | 15 | **THE COURT:**  He did not.  He was talking about me. |
| 02:31 | 16 | Okay.  Do you have another witness? |
| 02:31 | 17 | **MR. GLADSTEIN:**  Yes, Your Honor.  The United States |
| 02:31 | 18 | would call Dr. Alan Huffman. |
| 02:31 | 19 | **THE COURT:**  All right. |
| 02:31 | 20 | **MR. BROCK:**  Your Honor, could I be heard on this for |
| 02:31 | 21 | one minute? |
| 02:31 | 22 | **THE COURT:**  Sure. |
| 02:31 | 23 | **MR. BROCK:**  Mike Brock on behalf of BP and Anadarko. |
| 02:31 | 24 | We believe that Dr. Huffman's testimony is |
| 02:32 | 25 | completely duplicative of issues that have already been |

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:32  1  presented to the Court.  As Your Honor is aware, a great

02:32  2  portion of Dr. Huffman's report has been struck.  I think his

02:32  3  initial report was around 75 pages; 67 pages of that report

02:32  4  have been struck.  A few of those are partial restrictions --

02:32  5  or partial pages that are struck, but almost all of them are

02:32  6  complete pages.

02:32  7        So what's left of his opinions, from our point

02:32  8  of view, is the opinion that BP's permeability value was too

02:32  9  low and that has been covered today by Dr. Larsen.  And the

02:32  10  other issue that is left is his criticism of the Weatherford

02:32  11  test and the samples, and that has been covered in full by

02:33  12  Dr. Roegiers, who you have just heard from.

02:33  13        There is a third opinion which is related --

02:33  14  related to the issue of permeability, and that is his

02:33  15  discussion about the stairstep compression test, but

02:33  16  Dr. Roegiers has covered that issue.

02:33  17        So we believe that anything that he has to say

02:33  18  that's left in his report is duplicative of what has already

02:33  19  been presented during this trial and we object to it.

02:33  20        MR. GLADSTEIN:  May I be heard on this, Your Honor?

02:33  21        THE COURT:  Yes.

02:33  22        MR. GLADSTEIN:  Your Honor, Dr. Huffman is

02:33  23  approaching these issues --

02:33  24        THE COURT:  State your name for the record.

02:33  25        MR. GLADSTEIN:  Richard Gladstein, may it please the

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:33  1  court, Your Honor.

02:33  2           Dr. Huffman is approaching these issues from the

02:33  3  standpoint of a rock physicist.  His testimony will be short,

02:33  4  Your Honor.

02:33  5       THE COURT:  I'm looking at the report.  I mean,

02:34  6  Mr. Brock is right, a large -- large portions were struck for

02:34  7  the reasons that we discussed yesterday afternoon.

02:34  8       MR. BROCK:  There's actually more that will come out

02:34  9  based on the agreement today in addition to that.

02:34  10      THE COURT:  And, you know, for Dr. Huffman's sake,

02:34  11 since he's sitting right here listening to this, this is really

02:34  12 not directed to your qualifications or anything like that.

02:34  13      THE WITNESS:  I understand, Your Honor.

02:34  14      THE COURT:  It's what's relevant at this point in

02:34  15 this case -- in this trial, I mean.

02:34  16           But it does look like he's criticizing the

02:34  17 Weatherford core test, along -- it seems like along the same

02:34  18 lines that Dr. Roegiers was and --

02:34  19      MR. GLADSTEIN:  What he's talking about, Your Honor,

02:34  20 is how the well logs give him insight into whether or not these

02:35  21 core samples are representative.  What he's talking about is

02:35  22 the question of what they're harping on is the scientific

02:35  23 basis.

02:35  24           What you will hear from Dr. Huffman is that

02:35  25 there's another scientific basis.  Those are the well logs, and

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:35  1   that scientific basis, he will testify, shows that those core

02:35  2   samples are not representative of the reservoir.  That is his

02:35  3   first opinion.

02:35  4             His second opinion that you will hear today, if

02:35  5   you are willing, Your Honor, is on anisotropy.  Dr. Zimmerman

02:35  6   testified as to the importance of anisotropy.  Dr. Huffman will

02:35  7   not testify as to what Dr. Roegiers testified to.  He will

02:35  8   testify to as to BP's own assessment that the resistivity logs

02:35  9   and the CT scanner logs show anisotropy.  This is uniquely

02:35  10   within Dr. Huffman's area of expertise.

02:35  11             The last area he will testify on is a specific

02:36  12   rebuttal to Dr. Blunt, which was not struck from his report,

02:36  13   related to permeability.  This can probably be done in

02:36  14   approximately 15 minutes, Your Honor.

02:36  15           **MR. BROCK:**  Your Honor, permeability has been covered

02:36  16   in full.  The last issue that he covered just before that has

02:36  17   been struck from the report.  And anisotropy -- I can't say it

02:36  18   either -- has been --

02:36  19           **THE COURT:**  How about you spell it?  Can you spell

02:36  20   it?

02:36  21           **MR. BROCK:**  I can't.  I was a business major, too,

02:36  22   and that term is way over any head.

02:36  23           But these topics have been covered.  They're

02:36  24   talking about other topics that aren't in the report --

02:36  25           **THE COURT:**  Well, I agree.  As long as we keep it

OFFICIAL TRANSCRIPT

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:36   1   short and we don't go beyond what was just said, I'm going to
02:36   2   allow him to testify.  We've had some overlap along the way
02:36   3   throughout these last couple of weeks with different experts
02:36   4   opining on similar or same subjects.
02:36   5           But I don't want it just to turn out to be -- if
02:37   6   it seems like it's going to be a rehash or a repeat of what
02:37   7   Dr. Roegiers just testified about, we're going to have to cut
02:37   8   it off, okay.
02:37   9       MR. GLADSTEIN:  Your Honor, I will be very responsive
02:37   10  to whatever you say on this.
02:37   11      THE COURT:  Okay.
02:37   12      MR. BROCK:  One point -- just so when we stand up,
02:37   13  you will know what we're doing -- there is no reference or
02:37   14  analysis of the well log in this report.  So the only reference
02:37   15  that is in here is well log and pressure data in the Macondo
02:37   16  well from Phase One of this trial.  But there is no reference
02:37   17  to that, there many no analysis of that, there's no
02:37   18  presentation on that issue.
02:37   19          So when we get do that, we'll have an objection.
02:37   20      MR. GLADSTEIN:  Your Honor, this is not true.  There
02:37   21  is an opinion --
02:37   22      THE COURT:  Let's just start the examination and
02:37   23  we'll see where it goes.
02:37   24      MR. GLADSTEIN:  Thank you, Your Honor.  Let's see if
02:37   25  we can get through this in 15 minutes.

JEAN-CLAUDE ROEGIERS, PH.D.  - CROSS

02:37  1          THE COURT:  Okay.  You're on the clock.  We've
02:37  2  started a new time clock here.
02:37  3          MR. GLADSTEIN:  New time clock, 20 to 3:00.
02:37  4          THE COURT:  Okay.
02:37  5          (WHEREUPON, **ALAN R. HUFFMAN, PH.D.,** having been duly
02:37  6  sworn, testified as follows**:)**
02:37  7          THE DEPUTY CLERK:  Please state your full name and
02:37  8  correct spelling for the record.
02:38  9          THE WITNESS:  My name is Dr. Alan R. Huffman.
02:38  10  A-L-A-N.  Middle initial R, last name Huffman, H-U-F-F-M-A-N.
02:38  11                  **DIRECT EXAMINATION**
02:38  12  BY MR. GLADSTEIN:
02:38  13  **Q.**  Dr. Huffman, please briefly summarize your education to
02:38  14  the Court.
02:38  15          MR. GLADSTEIN:  Putting up D-21400.1.
02:38  16          THE COURT:  Has it changed since Phase One?
02:38  17          MR. GLADSTEIN:  I has not changed.  We'll skip it.
02:38  18          THE COURT:  Okay.
02:38  19  BY MR. GLADSTEIN:
02:38  20  **Q.**  I think we can also stip to your employment.
02:38  21          MR. GLADSTEIN:  If that's okay, Your Honor?
02:38  22          THE COURT:  Okay.
02:38  23  BY MR. GLADSTEIN:
02:38  24  **Q.**  In terms of your area of expertise, what is your area of
02:38  25  expertise?

ALAN R. HUFFMAN, PH.D. - DIRECT

02:38  1   A.   My area of expertise is theoretical and experimental rock
02:38  2   mechanics and rock physics and the application of those
02:38  3   disciplines to the integration of seismic well log and core
02:38  4   data for use in the oil and gas exploration and production
02:38  5   business.
02:38  6   Q.   Do you know about the geology and rock properties
02:38  7   development?
02:38  8   A.   Yes, sir.  I have been actively involved in the
02:39  9   interpretation of seismic log and core data from rocks in the
02:39  10  Gulf of Mexico for 30 years starting at my time at Texas A&M
02:39  11  and in my heavy involvement in my years at Exxon and Conoco.
02:39  12  Continued into my current role at Fusion Geophysical.
02:39  13  Q.   Were you qualified and did you testify as an expert in
02:39  14  Phase One of this case?
02:39  15  A.   Yes, I did.
02:39  16          MR. GLADSTEIN:  Your Honor, at this time, we tender
02:39  17  Dr. Huffman as an expert in rock physics, rock mechanics,
02:39  18  geology, and geophysics of the deepwater Gulf of Mexico.
02:39  19          THE COURT:  All right.  I'll accept him in that
02:39  20  field.
02:39  21  BY MR. GLADSTEIN:
02:39  22  Q.   Please identify TREX-11515R.
02:39  23  A.   This is any rebuttal report of Phase Two of this
02:39  24  proceeding, and I believe it's the as-redacted version?
02:39  25  Q.   Do you adopt this report as your testimony today?

ALAN R. HUFFMAN, PH.D. - DIRECT

02:39   1  **A.**   Yes, I do.

02:39   2          **MR. GLADSTEIN:**   Your Honor, this is subject to the

02:39   3  additional redactions that we agreed to.

02:39   4          **THE COURT:**   Okay.

02:39   5          **MR. GLADSTEIN:**   We move Dr. Huffman's report into

02:39   6  evidence.

02:39   7          **THE COURT:**   All right.  With the understandings that,

02:40   8  whatever further redactions will be made, I'll admit it.

02:40   9          **MR. GLADSTEIN:**   Please pull up D-21400.5.

02:40   10 **BY MR. GLADSTEIN:**

02:40   11 **Q.**   Dr. Huffman, can you please summarize the opinions you

02:40   12 formed in this phase of the case?

02:40   13 **A.**   Yes, sir.  The first opinion, Your Honor, is that the

02:40   14 Weatherford test results relied on by both Drs. Zimmerman and

02:40   15 Blunt are not reliable and a substatement to that is that the

02:40   16 value of 6 microsips is much too low in my view.

02:40   17         Within that opinion, I would note that my analysis of

02:40   18 the well logs, which was done in Phase One of the trial and was

02:40   19 cited in my Phase Two report and discussed in the Phase Two

02:40   20 report, showed that the tested cores are not representative of

02:40   21 the average overall reservoir properties.

02:40   22         The well logs also show anisotropy, which is an issue

02:40   23 of doing rocks mechanics testing.  And they also failed to

02:40   24 replicate the in situ conditions of temperature, saturation,

02:41   25 and correct loading.

ALAN R. HUFFMAN, PH.D. - DIRECT

02:41  1          My second opinion is the reservoir permeability,
02:41  2   volume, and connectivity of the Macondo reservoir are greater
02:41  3   than the values relied on by Dr. Blunt in his analysis.
02:41  4   Q.   Is the Weatherford sidewall core data the only scientific
02:41  5   data available related to rock compressibility?
02:41  6   A.   No, we had a database of well logs and other information
02:41  7   that were collected during the drilling and the preservation of
02:41  8   the wellbore that are over and above the cores that
02:41  9   Dr. Zimmerman evaluated.
02:41  10  Q.   Did you hear Dr. Zimmerman testify?
02:41  11  A.   Yes.
02:41  12  Q.   Did you hear him say he did not analyze the well log data?
02:41  13  A.   That is correct; he did not analyze it.
02:41  14  Q.   Did you always hear him say that he is not an expert in
02:41  15  logs?
02:41  16  A.   He did say that, yes.
02:41  17          MR. FIELDS:  Your Honor, we're getting into an area
02:41  18  that is clearly outside the four corners of the report.
02:41  19          MR. GLADSTEIN:  Your Honor, this is completely not
02:41  20  true.  They brought this up before Judge Shushan and
02:41  21  she explicitly ruled that this stayed in.  This is the first
02:41  22  full paragraph on page 39 of his report.
02:42  23          MR. FIELDS:  What the issue is -- what she's saying
02:42  24  also is that we can clearly reserve the right to invoke the
02:42  25  four corners rule to any effort to go beyond his report.

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

02:42    1              THE COURT:  Wait a minute.  I'm looking at his

02:42    2      report.  What page?

02:42    3              MR. GLADSTEIN:  Page 30 -- I apologize.  It is

02:42    4      page 37.  It's the first -- it's the second paragraph, "A

02:42    5      careful study of the data," and he's comparing the porosities

02:42    6      from the cores to the porosities from the logs.  They asked

02:42    7      that this be taken out.  Judge Shushan said on September 10th:

02:42    8      "The criticism found on page 37 regarding the sidewall core

02:42    9      data is valid rebuttal."

02:42   10              THE COURT:  Okay.  I've looked at it.  I overrule the

02:42   11      objection.

02:42   12              MR. GLADSTEIN:  Thank you, Your Honor.

02:42   13              MR. FIELDS:  Say it one more time.

02:42   14              MR. GLADSTEIN:  Please bring up TREX-11512.

02:42   15              THE COURT:  Wait, wait.

02:42   16              MR. FIELDS:  Your Honor, the issue really is -- on

02:42   17      this particular issue on the well logs, that is in there, but

02:43   18      he has no opinion in this report that the well logs basically

02:43   19      deal with the anisotropy issue, and that's where we have an

02:43   20      issue.

02:43   21              MR. GLADSTEIN:  I'm not talking about anisotropy.

02:43   22      That's a separate question, Your Honor.  This is the question

02:43   23      of representativeness, whether or not those three uniaxial

02:43   24      cores represent the 90 feet thickness.

02:43   25              THE COURT:  Okay.  Ask your question.

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

02:43    1          **MR. GLADSTEIN:**  Thank you, Your Honor.  Again, trying

02:43    2    to get through this.

02:43    3                TREX-11512.0001.

02:43    4    **BY MR. GLADSTEIN:**

02:43    5    **Q.**   Can you identify that document, please.

02:43    6    **A.**   Yes, sir.  This is the -- a portion of my Phase One

02:43    7    rebuttal report, Appendix 1, Well Log Display, that was

02:43    8    discussed in Phase One of the trial.  And it is the lower

02:43    9    right-hand corner of that display in the M56D and E reservoir

02:43   10    interval.

02:43   11    **Q.**   Is it standard industry practice to match core and log

02:43   12    data?

02:43   13    **A.**   Yes, it is.

02:43   14    **Q.**   What does this exhibit show you with respect to log

02:43   15    porosity data?

02:43   16    **A.**   If you look at the display --

02:44   17          **THE WITNESS:**  I'll describe briefly, Your Honor, what

02:44   18    it includes.  The left-hand track is the logged porosities.  So

02:44   19    these are the porosity measurements from the well log tool

02:44   20    going through the wellbore, measuring the entire reservoir.

02:44   21                On the right side -- if you could actually blow

02:44   22    it back out for a second.

02:44   23                On the far right side are the two reservoirs,

02:44   24    labeled M56D and E, and the colors there represent shale in

02:44   25    brown, sand in yellow, and the red represents the hydrocarbon

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

02:44   1   fluids in the two reservoirs.  So that's the rocks and fluids.

02:44   2              To the left of the colored section on the right

02:44   3   is the depth track.  And I've also in that track posted the

02:44   4   actual measurements of the core, measured porosities from

02:44   5   Weatherford.

02:44   6              Now, they are color-coded by the eight tests

02:44   7   that Dr. Zimmerman discussed.  In the lower right-hand corner

02:44   8   there is a legend.  The yellow three lines are the depths of

02:44   9   the three UPVC cores.  And I'll circle those here if I can.

02:44   10  There's the first one, the second one, and the third one is the

02:45   11  red color right there.  So these are the three UPVC core

02:45   12  values.  Okay.

02:45   13             You can zoom out again.  That's okay.

02:45   14             And on the left-hand track I have -- from the

02:45   15  well log data, I have posted a well log value at the same depth

02:45   16  from the porosity neutron log to show the comparison between

02:45   17  the core property and the log property.

02:45   18             Now, this is important because when you're doing

02:45   19  the process of trying to determine the average UPVC or porosity

02:45   20  or any other measurement that we're talking about, the core,

02:45   21  being just a one-inch sample, doesn't give you the perspective

02:45   22  of the whole reservoir.

02:45   23             The log is measured through the entire interval.

02:45   24  So I can correlate these two properties and identify whether

02:45   25  the core is representative of the entire interval that I'm

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

02:45  1    trying to model in any of the work that's being discussed here

02:45  2    by our engineering colleagues.

02:45  3    **BY MR. GLADSTEIN:**

02:45  4    **Q.**   What do you conclude from the two sets of numbers?

02:45  5    **A.**   What I concluded is that the cores, if you look at the

02:45  6    three UPVC values, are not representative at the same depths of

02:46  7    measurement in the porosity logs, and they underestimate the

02:46  8    porosities.

02:46  9          **THE WITNESS:**  And I would note here that the logs,

02:46  10   Your Honor, are in situ, so they are measured in the ground.

02:46  11   So the porosities we're seeing here in the log data are under

02:46  12   the correct confining and loading conditions at the wellbore ^,

02:46  13   because in the ground.

02:46  14          The cores, the three cores for UPVC are,

02:46  15   in situ, confining stress that Dr. Zimmerman reported in his

02:46  16   report before they began depletion for the UPVC.  So they're

02:46  17   the roughly equivalent stress state for the two porosity

02:46  18   measurements.

02:46  19   **Q.**   In terms of compressibility, are these differences between

02:46  20   the log and pore porosity significant?

02:46  21   **A.**   Yes, they are.  If you compare the values, the value at

02:46  22   M56D, the core is 21.7 percent, the log value is 22.3.  So

02:46  23   that's only about .6-porosity units difference.  That's not a

02:46  24   large difference.

02:46  25          If you look in the upper and lower lobes of the E --

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

02:46   1      THE WITNESS:  And, Your Honor, I'm just dividing the
02:47   2   lobes, as we heard earlier, to break the upper and lower there
02:47   3   with that blue line.
02:47   4            The core value at initial reservoir conditions
02:47   5   is 20.6 percent.  The log value at that same depth on the left
02:47   6   is 23.5.  So that's three porosity units, almost a 15 percent
02:47   7   change.  That's pretty large.
02:47   8            The lower, the M56E lower lobe, the core value
02:47   9   is 21.4 percent, and the log value is 23.9.  So that is about
02:47   10   2.5 porosity units difference, again, a significant difference.
02:47   11   BY MR. GLADSTEIN:
02:47   12   Q.   Does this have a direct impact on Dr. Zimmerman's
02:47   13   assertion that he can take the average of the three UPVC cores
02:47   14   and scale them up for the entire reservoir?
02:47   15      MR. FIELDS:  Objection, Your Honor.  I don't think
02:47   16   that's covered by the four corners of the report.
02:47   17      MR. GLADSTEIN:  Your Honor, it is -- he says in
02:47   18   page 37:  "This bias in the cores is toward the middle to the
02:47   19   lower end of the porosity range of the M56 sand."  It's right
02:47   20   in here, Your Honor.
02:47   21      THE COURT:  Okay.  I'll allow it.  Overruled.
02:47   22            Go ahead.
02:47   23      MR. GLADSTEIN:  Thank you, sir.
02:47   24      THE WITNESS:  Yes, it does impact Dr. Zimmerman's
02:48   25   assertion.  In fact, you can't, in my view, take three 1-inch

OFFICIAL TRANSCRIPT

3345

ALAN R. HUFFMAN, PH.D. - DIRECT

02:48   1   unrepresentative cores from a 90-plus-foot-thick reservoir and

02:48   2   claim that those three unrepresentative cores are

02:48   3   representative of the entire reservoir.  That is not

02:48   4   scientifically appropriate to do.

02:48   5           MR. GLADSTEIN:  Let's look at the next exhibit,

02:48   6   please.  This is 11512.0002.

02:48   7   BY MR. GLADSTEIN:

02:48   8   Q.   What does this show?

02:48   9           THE WITNESS:  This shows on -- the data in the

02:48   10  right-hand side is the same, Your Honor.  On the left-hand

02:48   11  track, now, what I have done is I have taken my log analysis

02:48   12  for the three zones.  So I've got the D here -- the D and the

02:48   13  upper and the lower E, those three intervals, and I have taken

02:48   14  the average of the porosity for the entire interval.

02:48   15          So I've come up with my average porosity for the

02:48   16  entire thickness of each of the three sublayers we're talking

02:48   17  about.  And I'm now able to compare the average of the D, M56D,

02:49   18  at 21.6 percent, to the UPVC core here at 21.7.  It turns out

02:49   19  that one's pretty much the same.  So you could make that

02:49   20  argument that that core would be roughly representative of the

02:49   21  whole layer's average value.

02:49   22          If you look at the upper lobe again of the E,

02:49   23  dividing it in half, the upper lobe is 23.6 percent average,

02:49   24  and the core was 20.6.  So again a 15 percent difference,

02:49   25  3 porosity units out of 23.

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

02:49  1        The lower zone is 23.7 percent for the average
02:49  2   of the whole interval, and the core was 21.4 percent.  That's
02:49  3   the red value there.  So again we have a significant
02:49  4   difference.
02:49  5        And there is a fundamental principle that we use
02:49  6   in the work that I do and others that do this kind of analysis
02:49  7   where we go from the core scaled up to the log, scale up to the
02:49  8   whole reservoir.
02:49  9        So we're trying to get from an individual
02:49 10   measurement that may not be representative to a representative
02:49 11   average value that I can then apply a reservoir simulation and
02:50 12   modeling and the other practices that we've talked about during
02:50 13   this trial.
02:50 14   BY MR. GLADSTEIN:
02:50 15   Q.   So can you summarize the basis of your opinion that the
02:50 16   Weatherford test results are not reliable based upon the logs?
02:50 17   A.   Yes.  The well log data clearly shows that the average
02:50 18   values of the reservoir are different, are higher than the
02:50 19   three UPVC cores that Dr. Zimmerman relied on for his average.
02:50 20   And to reiterate what's been said earlier, taking the average
02:50 21   of those three values is also wrong.
02:50 22   Q.   Okay.  Let's turn to the subject of anisotropy briefly.
02:50 23        MR. GLADSTEIN:  We're begging the Court's indulgence
02:50 24   here with another five minutes or so.
      25

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

| | |
|---|---|
| 02:50 | 1 |
| 02:50 | 2 |
| 02:50 | 3 |
| 02:50 | 4 |
| 02:50 | 5 |
| 02:50 | 6 |
| 02:51 | 7 |
| 02:51 | 8 |

BY MR. GLADSTEIN:

Q.   Are the Macondo reservoirs anisotropic, in your opinion?

A.   Yes, they are.

Q.   What is the basis for your opinion that the Macondo reservoirs are anisotropic?

        THE COURT:  I know we had this earlier, but remind me again, what is "anisotropy"?

        THE WITNESS:  Anisotropy, Your Honor, is when I have a measurement in a rock, a volume of rock, and I measure it vertically, for example, and then I measure it by east, west, north, south.  If the values are different for that same measurement, the rock is called anisotropic.  If they're all the same in every orientation, it's called isotropic.  The same everywhere.

        THE COURT:  Okay.  Thank you.

BY MR. GLADSTEIN:

Q.   What is the basis for your opinion that the Macondo reservoir is anisotropic?

A.   Again, my basis for this is the well log data.  In my analysis of the well, it was clearly identified that the RT scanner, which is tensile resistivity tools, and the continuous magnetic resonance, or CMR, tools showed significant anisotropy in parts of the M56 reservoirs.

        MR. GLADSTEIN:  Could we please bring up TREX --

        THE COURT:  Wait a minute.  We have an objection.

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

02:51  1          **MR. FIELDS:**  Your Honor, this is clearly beyond the
02:51  2  four corners of the document.  If you look at pages 37 and 38
02:51  3  of the report, there is no reference to using these well logs
02:52  4  to suggest there's anisotropy.
02:52  5          **MR. GLADSTEIN:**  Your Honor, in response to that, the
02:52  6  second sentence under core orientation says:  "It is well
02:52  7  documented that the orientation of cores can significantly
02:52  8  impact the results of rock mechanics testing, especially in the
02:52  9  case of highly anisotropic materials, such as shales and
02:52  10  channelized deposits, when they're involved."
02:52  11          **THE COURT:**  Okay.  Overrule the objection.
02:52  12          **MR. GLADSTEIN:**  Thank you, Your Honor.
02:52  13          Please bring up TREX-3533.1.1.US.
02:52  14  **BY MR. GLADSTEIN:**
02:52  15  **Q.**   This is the post-well technical memorandum that we saw
02:52  16  earlier today.
02:52  17          **MR. GLADSTEIN:**  Can we please go to
02:52  18  TREX-3533.13.2.US.
02:52  19  **BY MR. GLADSTEIN:**
02:52  20  **Q.**   Could you please read that for the Court.
02:52  21  **A.**   Yes, sir.
02:52  22          **MR. FIELDS:**  Your Honor, I apologize.  But, again,
02:53  23  this is not referenced and relied upon by this witness in
02:53  24  supporting his opinions on core orientation bias.
02:53  25          **MR. GLADSTEIN:**  Again, Your Honor, he states in his

ALAN R. HUFFMAN, PH.D. - DIRECT

02:53  1  report -- it is well documented, this is within his area of

02:53  2  expertise, log interpretation.  He's merely stating that BP in

02:53  3  its own analysis --

02:53  4       **THE COURT:**  Okay.  I'm going to allow it.  Overrule

02:53  5  the objection.

02:53  6            Let's move on.  Come on.

02:53  7  **BY MR. GLADSTEIN:**

02:53  8  **Q.**  Quickly.

02:53  9  **A.**  Yes, sir.  The quote from the post-well memorandum states:

02:53  10  "Nuclear magnetic resonance, or CMR" -- which is continuous

02:53  11  magnetic resonance -- "and RT" -- reservoir tensor -- "scanner

02:53  12  logs response also show higher rock anisotropy of the M56D

02:53  13  lobe."

02:53  14       **MR. GLADSTEIN:**  Please turn to TREX 3533.34.1.US.

02:53  15  **BY MR. GLADSTEIN:**

02:53  16  **Q.**  Please read for the Court the excerpt.

02:53  17  **A.**  It reads:  "Rock Type 2 in the M56D unit may be associated

02:53  18  with some thin-bedded pay, as evidenced by increased anisotropy

02:54  19  from the tensor resistivity data and the CMR bin porosity

02:54  20  distribution."

02:54  21  **Q.**  Based on your understanding of these log properties, do

02:54  22  you believe that BP can make this assessment from looking at

02:54  23  these log properties?

02:54  24  **A.**  Yes, sir.  And I look at them in similar ways in other

02:54  25  wells that I've worked.

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

02:54   1   **Q.**   Last series of questions, and then we'll be finished,

02:54   2   Dr. Huffman.

02:54   3        Dr. Blunt used a permeability of 329 millidarcys in

02:54   4   his work.  Do you disagree with that value?

02:54   5   **A.**   Yes, I do.

02:54   6   **Q.**   What is the basis of your opinion as to the overall

02:54   7   permeability of the Macondo reservoir?

02:54   8        **THE WITNESS:**  I used the same upscaling principles,

02:54   9   Your Honor, to look at the -- in my case, the log relationships

02:54   10  as opposed to the MDTs and other things that we've heard about.

02:54   11  So again, I come at this from my expertise in logs.

02:54   12        In doing the upscaling, with the same porosity

02:54   13  approach that I just discussed, and comparing the

02:54   14  permeabilities of the average porosity of the reservoir, I come

02:54   15  up with a permeability in the 400-to-500-millidarcy range, as

02:55   16  cited in my report.

02:55   17        Now, in saying that, as has been said by other

02:55   18  experts in the case, there's a range of porosities and

02:55   19  permeabilities.  Some zones will have lower, some will have

02:55   20  higher.  But my estimate for the average is 4- to

02:55   21  500 millidarcys.

02:55   22        **MR. FIELDS:**  Your Honor, excuse me, but this is one

02:55   23  issue that is clearly dealt with by Judge Shushan where she is

02:55   24  saying you cannot use log analysis to support his conclusion

02:55   25  about permeability relationships.  This is an issue that has

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

02:55  1   been stricken.

02:55  2          MR. GLADSTEIN:  Your Honor, again, I don't --

02:55  3   maybe -- I just don't know what he's referring to.  Because if

02:55  4   you look at page -- and, again, I'm finished, Your Honor.  It's

02:55  5   page 42.  He says:  "Based on all the data that I have seen, it

02:55  6   is my expert opinion that the most reasonable values for

02:55  7   permeability to use for the M56D and E sands are in the

02:55  8   400-to-500-millidarcy range, which agrees with Dr. Blunt's mean

02:55  9   value of 442 millidarcys," et cetera, et cetera, et cetera.

02:55  10         There's one sentence out of two paragraphs on

02:56  11  permeability that Judge Shushan struck, and that's what now

02:56  12  he's referring to.

02:56  13         MR. FIELDS:  Judge --

02:56  14         THE COURT:  All right.  All right.  Well, we can look

02:56  15  at Judge Shushan's -- I mean, I don't know.  I haven't seen

02:56  16  every order that Judge Shushan has issued.  If she said that,

02:56  17  I'll look at it.  But I obviously make the final call as to

02:56  18  what's admissible at trial.

02:56  19         So if you're right, you can argue that later.

02:56  20         Okay.  Your examination's over?

02:56  21         MR. GLADSTEIN:  Thank you, Your Honor.

02:56  22         THE COURT:  Good.  Cross-examination.

02:56  23         You got an extra five minutes, by the way.

02:56  24         MR. GLADSTEIN:  Maybe on redirect, but hopefully no

02:56  25  redirect.

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - DIRECT

02:56   1        THE COURT:  About how long do you think you'll be
02:56   2   with this witness?
02:56   3        MR. FIELDS:  About five or ten minutes, Your Honor.
02:56   4        THE COURT:  Okay.
        5                    **CROSS-EXAMINATION**
02:57   6   BY MR. FIELDS:
02:57   7   Q.   Good afternoon, Dr. Huffman.  I'm Barry Fields.  I will be
02:57   8   conducting your cross-examination on behalf of BP and Anadarko.
02:57   9   A.   Good afternoon.
02:57  10   Q.   Now, one of the issues in this case is the UPVC at the
02:57  11   Macondo reservoir?
02:57  12   A.   Correct.
02:57  13   Q.   And Weatherford performed testing for UPVC on cores in the
02:57  14   Macondo reservoir?
02:57  15   A.   That's correct.
02:57  16   Q.   And you had opinions about the quality of the UPVC
02:57  17   testing?
02:57  18   A.   That's correct.
02:57  19   Q.   But you have no experience performing UPVC tests?
02:57  20   A.   That is correct.  I have never done a UPVC test myself.
02:57  21   My experience is with other triaxial and other measurements
02:57  22   that are in the same genre that Dr. Roegiers talked about
02:57  23   earlier, but no UPVC.
02:58  24   Q.   You have never been responsible for evaluating the
02:58  25   compressibility of a rock core based on results of UPVC tests?

3353

ALAN R. HUFFMAN, PH.D. - CROSS

02:58  1    A.   Not from UPVC, no.

02:58  2    Q.   And this case is the first time that you've been involved

02:58  3    in reviewing UPVC test procedures?

02:58  4    A.   For procedures, that's correct.  But, again, I would note,

02:58  5    as was stated earlier, that in the general class of triaxial

02:58  6    testing, I've done quite a bit of work, and the procedures are

02:58  7    all very similar.

02:58  8    Q.   You've not taught any classes or published any articles on

02:58  9    UPVC testing?

02:58  10   A.   That's correct.

02:58  11   Q.   And you haven't done any research on UPVC testing?

02:58  12   A.   That is correct.

02:58  13   Q.   You talked a little bit earlier about core orientation.

02:58  14   You're not aware of any standard industry procedure that

02:58  15   specifies the orientation of the cores that should be used for

02:59  16   purposes of UPVC testing?

02:59  17   A.   I think, as a general principle, in all the work that I've

02:59  18   done where I've selected cores for wells that we were drilling

02:59  19   at Exxon or Conoco or when I work with my current clients, I

02:59  20   always recommend the conventional core because it gives us the

02:59  21   option to test in any direction.

02:59  22            So the rotary sidewall obviously has its limits by

02:59  23   the way it's oriented.

02:59  24   Q.   But you're not aware of any industry procedure or standard

02:59  25   that specifies the orientation of the cores that should be used

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - CROSS

02:59   1   for purposes of UPVC testing?

02:59   2   **A.**   No.

02:59   3   **Q.**   And in your report, you didn't quantify the effect of pore

02:59   4   orientation or anisotropy on Weatherford's UPVC test results?

02:59   5   **A.**   I didn't quantify them, that's correct.

02:59   6   **Q.**   You testified -- you testified about your log analysis and

03:00   7   the porosity measurements that you were able to obtain from the

03:00   8   log analysis?

03:00   9   **A.**   Yes.

03:00   10  **Q.**   And you were able to determine or estimate porosities in

03:00   11  different lobes or sand layers?

03:00   12  **A.**   Correct.

03:00   13  **Q.**   And you came up with an average porosity value for the

03:00   14  reservoir?

03:00   15  **A.**   For each of the individual zones, correct.

03:00   16  **Q.**   And in your report, I believe you say the -- just one

03:00   17  second -- you then come up with -- what is your overall value

03:00   18  of porosity for those three layers combined?

03:00   19  **A.**   Well, I don't normally combine them because they're

03:00   20  different lobes of sand.  So I treated them independently.  But

03:00   21  as a general number, from the exhibit we looked at earlier, the

03:01   22  M56D was about 21.7 percent -- or 21.6, I believe, on the

03:01   23  average; and the average for the M56E for both lobes was about

03:01   24  23.6 or 23.7.

03:01   25  **Q.**   There are --

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - CROSS

03:01  1   **A.**   Percent, that is.

03:01  2   **Q.**   There are several experts for the United States, and

03:01  3   you're familiar with those experts?

03:01  4   **A.**   Which ones are you referring to?  I haven't read them all.

03:01  5   **Q.**   There's a lot of them.  But Dr. Kelkar, are you familiar

03:01  6   with Dr. Kelkar?

03:01  7   **A.**   Yes.

03:01  8   **Q.**   Are you familiar with Dr. Pooladi-Darvish?

03:01  9   **A.**   Yes, I am.

03:01  10  **Q.**   Are any of those experts relying on your porosity value

03:01  11  for purposes of their analysis?

03:01  12  **A.**   I don't believe they are.

03:01  13          **MR. FIELDS:**  No further questions, Your Honor.

03:01  14          **THE COURT:**  Any redirect?

03:01  15          **MR. GLADSTEIN:**  No, Your Honor.  Thank you.

03:01  16          **THE COURT:**  All right.  Thank you, Dr. Huffman.

03:01  17          **THE WITNESS:**  Thank you, Your Honor.  Have a great

03:01  18  weekend.

03:02  19          **THE COURT:**  Okay.  United States?  Anything else?

03:02  20          **MS. HIMMELHOCH:**  No further rebuttal, Your Honor.

03:02  21          **THE COURT:**  All right.  We've come to the end of this

03:02  22  trial a week early.  I haven't calculated the time today, but

03:02  23  obviously we have many hours left.  So I appreciate counsel's

03:02  24  help in moving this matter along.

03:02  25          I have a memo from Mr. Langan, I believe it is,

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - CROSS

03:02   1   about post-trial briefing.

03:02   2           MR. LANGAN:  Yes, Your Honor.

03:02   3           THE COURT:  Do you want to speak about that briefly?

03:02   4           MR. LANGAN:  Yes, Your Honor.  Andy Langan for BP.

03:02   5           I can give you some thoughts from our

03:02   6   perspective.  I think we have an agreement.  But in terms of

03:02   7   what our thinking was, at least for BP, we wanted to have

03:02   8   similar timing from the close of the evidence that we did in

03:02   9   Phase One to file opening briefs.

03:03   10          Second, we wanted to have a similar structure

03:03   11  where it would be opening briefs by both sides and then

03:03   12  simultaneous replies some period later.  So that was our second

03:03   13  principle.

03:03   14          And third, we thought that it made sense to do

03:03   15  source control and quantification on the same schedule.  That's

03:03   16  not the best for BP, but probably for the overall picture it

03:03   17  makes sense.

03:03   18          THE COURT:  Separate briefs but on the same time

03:03   19  schedule.

03:03   20          MR. LANGAN:  Correct, Your Honor.

03:03   21          We thought that we would file, for BP at least,

03:03   22  one set of proposed findings and conclusions, joined by

03:03   23  Anadarko for the quantification side, since there is some

03:03   24  foundational overlap to some of it.

03:03   25          And then the page limits were a negotiated

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - CROSS

03:03  1    number.  40 for opening briefs, 25 for replies.

03:03  2          I do want to note that the aligned parties are

03:03  3    going to file separate briefs, the PSC and the states on one

03:03  4    side, and Transocean and the Halliburton on the other.  But the

03:03  5    page limit is 40 for that side, full, not pages each.

03:04  6          So anyway, that was our thinking.  It's all

03:04  7    subject to the Court's review, but that's sort of how we got to

03:04  8    where we are.

03:04  9          THE COURT:  I looked at your suggestion.  Ben gave me

03:04  10   the memo that you forwarded by e-mail.  It appears to be

03:04  11   reasonable to me.

03:04  12          Let me hear from the government or the aligned

03:04  13   parties.  Does anybody have any comments?

03:04  14          MS. HIMMELHOCH:  We're fine with it, Your Honor.

03:04  15          MR. BARR:  Your Honor, the aligned parties are fine

03:04  16   with it, too.

03:04  17          THE COURT:  Great.  All right.  What I'll do, I'll

03:04  18   take a closer look at this between now and probably Monday or

03:04  19   so, and I'll go ahead and issue a formal order with a briefing

03:04  20   schedule set forth in it like we did the last time.

03:04  21          MR. LANGAN:  Very good, Your Honor.

03:04  22          THE COURT:  I'm not sure everybody did this the first

03:04  23   time around, but when you all submit your proposed findings and

03:04  24   conclusions, it is helpful to me -- I like to get those in

03:04  25   separately numbered paragraphs.  I think that's helpful.

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - CROSS

03:05   1              If I think of anything else, I'll include it in
03:05   2   there, any specific instruction that I think I should give you
03:05   3   all.
03:05   4         **MR. LANGAN:**  We have a Word version of our proposal.
03:05   5         **THE COURT:**  Why don't you send that to me.
03:05   6         **MR. LANGAN:**  I'll send it to Ben.
03:05   7         **THE COURT:**  Thank you.
03:05   8         **MR. LANGAN:**  Thank you.
03:05   9         **THE COURT:**  Anybody have anything else for the good
03:05  10   of the order?
03:05  11              Everybody have a good day, a good evening.  And
03:05  12   we'll -- I'm not sure what -- in terms of the overall case,
03:05  13   when we'll get together again.  I'm sure I'll schedule some
03:05  14   sort of status conference at some point in the not-too-distant
03:05  15   future.  We'll see what else is on the calendar in terms of any
03:05  16   motions that we need to clear out or any other issues we need
03:05  17   to deal with.
03:05  18              I think -- now, we don't have a date for the
03:05  19   penalty phase yet, right, Mr. Langan?
03:06  20         **MR. LANGAN:**  We do not, Your Honor.  We've been
03:06  21   talking to Judge Shushan about that, and we need to talk to the
03:06  22   United States to try to figure the path forward out on that.
03:06  23         **THE COURT:**  Sure.
03:06  24         **MR. LANGAN:**  With Anadarko as well.
03:06  25         **THE COURT:**  Right.

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - CROSS

03:06    1              I'm trying to see what we actually have

03:06    2    scheduled in way of a trial -- I think there's a trial

03:06    3    scheduled that wouldn't involve most of you.  I think there's a

03:06    4    trial scheduled in the insurance cases.

03:06    5              Am I right about that, Ben?

03:06    6         MR. ALLUMS:  Sorry?

03:06    7         THE COURT:  Don't we have a trial scheduled with --

03:06    8    and probably no one here is involved in that -- well, BP would

03:06    9    be involved.

03:06   10              No, no.  It's the Cameron/Liberty Mutual case

03:06   11    I'm thinking of.

03:06   12         MR. ALLUMS:  Correct.  It is, Your Honor.

03:06   13              We have something scheduled, but I think they

03:06   14    moved to amend their scheduling order.  I think Judge Shushan

03:06   15    perhaps suspended the trial date.

03:06   16         THE COURT:  We'll have to look at that.  We'll look

03:06   17    at the calendar.  I think what we should do is probably regroup

03:07   18    to kind of look forward on the entire MDL and figure out what

03:07   19    makes sense to tackle next, you know.

03:07   20              I know we have something going on with the

03:07   21    discovery with Alabama.  With Alabama; right?  Mr. Maze, what's

03:07   22    the status of this?

03:07   23         MR. MAZE:  Corey Maze for the State of Alabama.  Yes,

03:07   24    Your Honor.

03:07   25              We have met with Mr. Langan once, and I've asked

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - CROSS

03:07  1    him whenever the next time we can meet again.  But Alabama
03:07  2    stands ready to start the discovery process as soon as we can
03:07  3    get both parties on the same page and Judge Shushan available
03:07  4    as well.  But we're ready to go forward with discovery.
03:07  5         THE COURT:  Well, I told her to go ahead and do that,
03:07  6    not that she doesn't have other things on her plate.
03:07  7         MR. MAZE:  We are presently meeting with BP to start
03:07  8    the process.
03:07  9         THE COURT:  Okay.  And I think that there's a lot --
03:07  10   what I envision is, in terms of legal issues that arise in the
03:08  11   context of your case starting to be a test case, because I
03:08  12   think it will apply to the other states, too, in a lot of
03:08  13   respects.
03:08  14        MR. MAZE:  Yes, sir.  I agree.  And Mr. Langan and I,
03:08  15   at our last meeting we talked about what some of those issues
03:08  16   might be and sort of teeing some of those up for briefing if we
03:08  17   don't come to agreement on all of them ahead of time.
03:08  18        MS. HIMMELHOCH:  Your Honor, we have one final
03:08  19   matter.  You asked us to clean up the list of exhibits to be
03:08  20   admitted, to remove the objected ones so we could get the
03:08  21   nonobjected ones into evidence.  And my colleague, Ms. Pencak,
03:08  22   would like to do that.
03:08  23        MR. LANGAN:  Mr. Brock may have something similar.
03:08  24        MS. PENCAK:  Good afternoon, Your Honor.  I'll make
03:08  25   it quick.  Erica Pencak for the United States.

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - CROSS

03:08   1          I have here the list of exhibits that were used

03:08   2   by the United States during its examination of Dr. Nesic that

03:08   3   have not been objected to.  BP objected to two documents on the

03:09   4   list.  We've removed them.  We'll meet and confer with BP about

03:09   5   those before the final marshaling conference.  So now I simply

03:09   6   offer the list of unobjected-to.

03:09   7          THE COURT:  The amended list or revised list.

03:09   8          MS. PENCAK:  Yes.

03:09   9          THE COURT:  There's no remaining objection to this

03:09  10   list; right?

03:09  11          MR. BROCK:  To this list, I accept that

03:09  12   representation.

03:09  13          THE COURT:  Without objection, that's admitted.

03:09  14          MS. PENCAK:  Thank you, Your Honor.

03:09  15          MR. BROCK:  Likewise, Your Honor, since the lunch

03:09  16   break, we have gone back, and for those witnesses where there

03:09  17   are a few objections, we've taken those exhibits out and now

03:09  18   have a list of exhibits that we would offer for Mr. Adams,

03:09  19   Dr. Blunt, Dr. Gringarten, and Dr. Nessic.  So these are the

03:09  20   unobjected-to exhibits that were used in those examinations.

03:09  21          THE COURT:  When you said Mr. Adams, did that

03:09  22   encompass the issues we spoke about late yesterday with

03:09  23   Mr. Doyen?

03:09  24          MR. BROCK:  As far as I know.

03:09  25          THE COURT:  You've worked that out?

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - CROSS

03:10    1              **MS. KARIS:**  We have not.  That was the only

03:10    2    outstanding issue.  We were waiting for guidance from the

03:10    3    Court.

03:10    4              **THE COURT:**  Have you all submitted something to Ben?

03:10    5              **MS. KARIS:**  We did.

03:10    6              **THE COURT:**  I haven't had a chance to see it.

03:10    7              **MR. BROCK:**  Those exhibits are not on this list.

03:10    8              **MS. KARIS:**  That's correct.

03:10    9              **MR. BROCK:**  So those are our exhibits, excluding the

03:10   10    ones where -- there are just a few where there are some

03:10   11    issues --

03:10   12              **THE COURT:**  Without objection, those are admitted.

03:10   13              And to the extent there's anything that

03:10   14    obviously can't be worked out between now and the marshaling

03:10   15    conference on November -- what was the date we said?

03:10   16              **MR. BROCK:**  30th.

03:10   17              **UNIDENTIFIED SPEAKER:**  7th.

03:10   18              **THE COURT:**  December 7th -- on November 7th, it can

03:10   19    be worked out at that time.

03:10   20              **MS. KARIS:**  Your Honor, I was going to say for the

03:10   21    benefit of the Court and hopefully for the record, I will make

03:10   22    another attempt to see if we can resolve our differences with

03:10   23    Transocean with respect to those Adams exhibits as well.  I

03:10   24    know Mr. Doyen was pressed for time yesterday, so we'll see

03:11   25    what we can do.

OFFICIAL TRANSCRIPT

ALAN R. HUFFMAN, PH.D. - CROSS

03:11    1          **THE COURT:**  All right.

03:11    2          **MS. KARIS:**  Thank you.

03:11    3          **THE COURT:**  Thank you.

03:11    4              You see, Ben, you did check it, it looks like,

03:11    5    on the Liberty Mutual case.  Right?

03:11    6          **MR. ALLUMS:**  I'm sorry?

03:11    7          **THE COURT:**  I got a message from you -- you checked

03:11    8    on the -- we don't have a trial date for Liberty Mutual.

03:11    9          **MR. ALLUMS:**  No.  The pretrial conference and trial

03:11   10    date are to be determined by you.

03:11   11          **THE COURT:**  All right.  Very well.

03:11   12              Unless someone has anything else, court's

03:11   13    adjourned.  Have a good evening.

03:11   14          **THE DEPUTY CLERK:**  All rise.

03:11   15          (WHEREUPON, the proceedings were concluded.)

03:11   16                         *****

03:11   17                      <u>CERTIFICATE</u>

03:11   18          I, Jodi Simcox, RMR, FCRR, Official Court Reporter
03:11         for the United States District Court, Eastern District of
03:11   19    Louisiana, do hereby certify that the foregoing is a true and
03:11         correct transcript, to the best of my ability and
03:11   20    understanding, from the record of the proceedings in the
03:11         above-entitled and numbered matter.
03:11   21

03:11   22

03:11                    *s/Jodi Simcox, RMR, FCRR*
03:11   23              Jodi Simcox, RMR, FCRR
03:11                   Official Court Reporter

03:11   24

        25

OFFICIAL TRANSCRIPT

'slow [1] 3287/21

.

.1 [2] 3283/9 3288/5
.5 [1] 3283/10
.6 [1] 3343/23
.6-porosity [1] 3343/23

**0**

009050.9 [1] 3298/18
011698R.11 [1] 3300/19
02771 [1] 3274/7

**1**

1-inch [1] 3344/25
10 percent [1] 3296/24
10,300 psi [2] 3330/17 3330/22
10-CV-02771 [1] 3274/7
10-CV-4536 [1] 3274/9
10-MD-2179 [1] 3274/4
100 percent [3] 3293/13 3293/16
 3310/11
10003 [1] 3275/11
1001 [1] 3277/17
10th [1] 3340/7
11 [1] 3314/7
11,800 [1] 3330/21
11,800 psi [1] 3330/14
1100 [1] 3277/14
11512 [1] 3340/14
11512.0001 [1] 3341/3
11512.0002 [1] 3345/6
11515R [1] 3337/22
11519 [2] 3284/14 3287/14
12 [2] 3274/14 3290/9
1201 [2] 3277/10 3278/5
12308 [1] 3275/4
13,300 psi [1] 3318/14
1300 [1] 3278/12
1331 [1] 3278/9
14 [1] 3314/7
14271 [1] 3276/7
15 [6] 3285/3 3296/25 3302/13 3305/23
 3334/14 3335/25
15 percent [2] 3344/6 3345/24
16 [4] 3300/16 3304/4 3304/4 3306/2
16 professional [1] 3302/14
160 [1] 3320/24
1615 [1] 3278/12
1665 [1] 3278/9
16R [1] 3314/12
1700 [1] 3278/5
18 [2] 3274/7 3280/2
188 [1] 3275/16
1885 [1] 3275/23
19 [5] 3285/23 3297/1 3306/10 3319/21
 3323/25
197 [1] 3314/7
1980s [1] 3307/16

**2**

2.5 porosity [1] 3344/10
20 [6] 3274/5 3305/23 3307/11 3307/15
 3325/17 3336/3
20-some-odd [1] 3310/14
20.6 [1] 3345/24
20.6 percent [1] 3344/5
200 [1] 3299/11
20004 [1] 3277/11
20005 [1] 3277/8
20006 [1] 3278/16
20044 [2] 3278/8 3276/16

2010 [1] 3274/5
2013 [1] 3274/12 3280/3
2020 [1] 3278/16
21 [2] 3298/4 3304/5
21.4 percent [2] 3344/9 3346/2
21.6 [1] 3354/22
21.6 percent [1] 3345/18
21.7 [1] 3345/18
21.7 percent [2] 3343/22 3354/22
21311.1 [1] 3288/5
21311.5 [1] 3283/5
21312 [1] 3289/21
21400.1 [1] 3336/15
21400.5 [1] 3338/9
217 [1] 3319/21
2179 [1] 3274/4
218 [1] 3319/21
22 [1] 3306/10
22.3 [1] 3343/22
2216 [1] 3275/7
23 [2] 3323/25 3345/25
23.5 [1] 3344/6
23.6 [2] 3345/23 3354/24
23.7 [1] 3354/24
23.7 percent [1] 3346/1
23.9 [1] 3344/9
23686 [1] 3295/25
24 [2] 3287/15 3325/17
243 degrees [1] 3326/6
248 [1] 3324/24
249 [1] 3324/24
25 [3] 3304/4 3324/24 3357/1
26,600 psi [1] 3318/19
261 [1] 3323/25
262 [1] 3325/17

**3**

3 porosity [1] 3345/25
3-16R [1] 3314/12
30 [3] 3308/5 3337/10 3340/3
300 [1] 3276/23
30th [1] 3362/16
316 [1] 3275/4
32591 [1] 3275/5
329 [1] 3350/3
333 [1] 3277/22
338.1.61.2 [1] 3320/24
3533.1.1.US [1] 3348/13
3533.13.2.US [1] 3348/18
3533.34.1.US [1] 3349/14
355 [1] 3277/22
35th [1] 3277/22
36130 [1] 3275/20
3668 [1] 3274/23
37 [4] 3340/4 3340/8 3344/18 3348/2
3700 [2] 3277/14 3277/17
38 [1] 3348/2
39 [1] 3339/22
39201 [1] 3275/17
3:00 [1] 3336/3

**4**

4.2 psi [2] 3328/11 3328/21
40 [2] 3357/1 3357/5
400-to-500-millidarcy [2] 3350/15
 3351/8
405 [1] 3304/4
406 [1] 3278/18
42 [1] 3351/5
434 [2] 3296/25 3298/4
435 [1] 3298/4
442 [1] 3351/9
4536 [1] 3274/9

50 degrees [1] 3327/2
500 [3] 3274/23 3275/20 3278/18
500 millidarcys [1] 3350/21
5000 [1] 3276/18
501 [1] 3275/13
504 [1] 3278/19
556 [1] 3274/23
589-7780 [1] 3278/19

**6**

6.35 [1] 3295/19
600 [1] 3275/4
60654 [1] 3276/24
655 [1] 3277/7
67 [1] 3332/3

**7**

7,000-psi [1] 3327/3
700 [1] 3275/10
701 [2] 3276/4 3276/18
70112 [1] 3278/13
70113 [1] 3274/20
70130 [3] 3275/8 3276/4 3278/19
70139 [1] 3276/19
70163 [1] 3277/14
70502 [1] 3274/24
70601 [1] 3275/14
70804 [1] 3275/24
75 [1] 3332/3
75270 [1] 3278/6
7611 [1] 3276/15
77002 [1] 3277/17
77010 [1] 3278/9
777 [1] 3275/16
7780 [1] 3278/19
7th [3] 3362/17 3362/18 3362/18

**8**

8,000 psi [1] 3318/20
820 [1] 3274/19
87 [1] 3306/10

**9**

90 feet [1] 3340/24
90-plus-foot-thick [1] 3345/1
90071 [2] 3277/4 3277/22
94005 [1] 3275/23

**A**

A-L-A-N [1] 3336/10
ability [1] 3363/19
able [9] 3280/17 3280/19 3311/21
 3315/22 3319/15 3320/5 3345/17
 3354/7 3354/10
about [66] 3285/15 3285/24 3286/9
 3289/16 3294/1 3299/1 3301/15 3305/2
 3305/3 3305/14 3306/1 3306/5 3307/1
 3310/17 3312/5 3312/7 3312/21
 3314/20 3315/11 3315/20 3316/8
 3316/13 3317/17 3318/20 3327/2
 3328/1 3328/2 3328/11 3329/4 3329/24
 3330/1 3331/11 3331/12 3331/12
 3331/14 3331/15 3332/15 3333/19
 3333/21 3334/19 3334/24 3335/7
 3337/6 3340/21 3342/20 3343/23
 3344/9 3345/17 3346/12 3350/10
 3350/25 3352/1 3352/3 3352/16
 3352/22 3353/13 3354/6 3354/22
 3354/23 3356/1 3356/3 3358/21 3359/5
 3360/15 3361/4 3361/22
above [2] 3339/8 3363/20
above-entitled [1] 3363/20

**A**

accelerating [1]  3329/8
accept [2]  3337/19 3361/11
accepted [2]  3297/22 3298/9
According [1]  3302/13
accuracy [2]  3310/21 3311/12
accurate [1]  3307/19
accustomed [1]  3283/19
acoustic [3]  3296/5 3297/18 3297/18
acting [1]  3287/20
actively [1]  3337/8
actual [1]  3342/4
actually [17]  3294/4 3295/9 3299/18
3301/16 3305/4 3305/19 3310/8 3311/1
3314/4 3315/10 3317/23 3319/5
3320/24 3324/16 3333/8 3341/21
3359/1
Adams [3]  3361/18 3361/21 3362/23
add [1]  3329/13
adding [1]  3287/25
addition [1]  3333/9
additional [6]  3286/2 3287/5 3293/18
3293/18 3293/20 3338/13
addresses [2]  3284/19 3286/5
adjourned [1]  3363/13
admissible [1]  3351/18
admit [2]  3281/18 3338/8
admitted [5]  3280/13 3304/20 3360/20
3361/13 3362/12
adopt [1]  3337/25
affect [9]  3316/14 3317/25 3322/13
3322/22 3325/12 3329/12 3329/15
3329/19 3330/1
affects [1]  3322/11
after [1]  3289/15
afternoon [6]  3274/14 3280/1 3333/7
3352/7 3352/9 3360/24
again [24]  3283/3 3293/7 3293/25
3297/25 3298/13 3315/1 3323/14
3325/21 3341/1 3342/13 3344/10
3345/22 3345/24 3347/7
3347/19 3348/22 3348/25 3350/11
3351/2 3351/4 3353/4 3358/13 3360/1
ago [4]  3290/6 3305/13 3308/6 3310/14
agree [4]  3282/2 3296/19 3297/4
3297/22 3298/8 3299/2 3303/2 3303/10
3304/9 3304/12 3304/18 3306/20
3334/25 3360/14
agreed [2]  3325/18 3338/3
agreement [3]  3333/9 3356/6 3360/17
agrees [1]  3351/8
ahead [14]  3282/23 3295/15 3297/12
3304/17 3316/2 3324/22 3327/12
3330/7 3330/8 3330/9 3344/22 3357/19
3360/5 3360/17
aided [1]  3278/24
al [2]  3274/8 3274/11
Alabama [5]  3275/20 3359/21 3359/21
3359/23 3360/1
ALAN [4]  3278/8 3331/18 3336/5 3336/9
aligned [3]  3357/2 3357/12 3357/15
all [49]  3280/4 3280/5 3280/6 3280/12
3281/16 3281/18 3281/23 3286/1
3286/18 3286/25 3287/11 3292/19
3294/3 3294/7 3295/14 3296/8 3302/23
3304/16 3306/14 3307/20 3312/24
3318/17 3319/24 3329/9 3330/10
3331/2 3331/4 3331/19 3332/5 3337/19
3338/7 3347/12 3351/5 3351/14
3351/14 3353/7 3353/17 3355/4
3355/16 3355/21 3357/6 3357/17
3357/23 3358/3 3360/17 3362/4 3363/1
3363/11 3363/14
ALLAN [1]  3277/21
ALLEN [1]  3277/21
allow [4]  3316/1 3335/2 3344/21 3349/4
allowed [1]  3289/1
almost [3]  3322/21 3332/5 3344/6
along [6]  3286/14 3311/19 3333/17
3333/17 3335/2 3355/24
already [4]  3282/20 3305/25 3331/25
3332/18
alter [1]  3305/24
always [4]  3294/18 3326/20 3339/14
3353/20
am [4]  3294/14 3301/13 3355/9 3359/5
ambient [4]  3326/9 3326/16 3327/15
3327/21
amend [1]  3359/14
amended [1]  3361/7
AMERICA [8]  3274/10 3276/6 3276/10
3276/18 3276/21 3277/3 3277/6
3277/10
amount [3]  3311/3 3328/19 3330/1
Anadarko [9]  3278/11 3278/11 3278/14
3278/15 3294/15 3331/23 3352/8
3356/23 3358/24
analog [2]  3293/23 3294/1
analogs [1]  3295/12
analysis [18]  3298/2 3311/25 3315/9
3315/11 3327/19 3330/12 3335/14
3335/17 3338/17 3339/3 3345/11
3346/6 3347/20 3349/3 3350/24 3354/6
3354/8 3355/11
analyze [2]  3339/12 3339/13
analyzed [1]  3296/9
ANDREW [1]  3276/21
Andy [1]  3356/4
Angeles [2]  3277/4 3277/22
anisotropic [11]  3312/14 3312/16
3312/19 3312/20 3312/25 3313/6
3347/2 3347/5 3347/12 3347/18 3348/9
anisotropy [29]  3290/7 3290/11 3312/8
3312/11 3312/22 3312/23 3312/23
3313/3 3313/21 3314/6 3315/19
3315/23 3316/4 3316/8 3334/5 3334/6
3334/9 3334/17 3338/22 3340/19
3340/21 3346/22 3347/7 3347/8
3347/22 3348/4 3349/12 3349/18
3354/4
ANNA [1]  3276/13
another [17]  3286/12 3286/16 3286/16
3289/3 3289/14 3290/22 3293/4
3308/20 3312/16 3316/12 3320/12
3323/12 3323/17 3331/16 3333/25
3346/24 3362/22
answer [23]  3294/22 3294/25 3295/12
3297/3 3298/7 3298/16 3304/8 3304/17
3306/11 3306/12 3311/7 3311/8 3311/9
3314/10 3314/16 3314/25 3321/18
3324/2 3324/8 3324/19 3325/1 3325/8
3325/22
answered [2]  3303/19 3310/22
answering [1]  3311/16
answers [3]  3311/20 3311/21 3320/10
ANTHONY [1]  3275/7
anticipate [2]  3305/19 3319/3
any [69]  3282/6 3284/17 3286/25
3289/2 3289/8 3290/7 3293/20 3296/18

3299/23 3300/3 3300/6 3300/11
3302/1 3302/2 3303/8 3303/9
3303/3 3303/11 3304/22 3305/20
3306/2 3306/5 3306/6 3306/13 3310/5
3310/13 3310/19 3310/19 3311/11
3311/25 3314/12 3315/11 3317/12
3318/5 3318/25 3319/5 3319/8 3320/14
3321/3 3323/11 3323/16 3324/11
3325/3 3325/11 3325/12 3326/18
3326/19 3327/7 3327/12 3327/17
3328/24 3331/4 3334/22 3337/23
3339/25 3342/24 3343/1 3353/8 3353/8
3353/11 3353/14 3353/21 3353/24
3355/10 3355/14 3357/13 3358/2
3358/15 3358/16
anybody [2]  3357/13 3358/9
anymore [1]  3324/15
anyone [1]  3324/14
anything [5]  3282/7 3287/17 3297/14
3323/20 3324/3 3332/17 3333/12
3355/19 3358/1 3358/9 3362/13
3363/12
anyway [1]  3357/6
APLC [1]  3276/17
apologize [2]  3340/3 3348/22
apparently [1]  3315/4
Appearances [5]  3274/17 3275/1 3276/1
3277/1 3278/1
appears [1]  3357/10
Appendix [1]  3341/7
application [1]  3337/2
Applies [1]  3274/6
apply [5]  3287/2 3291/10 3292/9
3346/11 3360/12
appreciate [1]  3355/23
approach [1]  3350/13
approaching [2]  3332/23 3333/2
appropriate [5]  3286/8 3292/25 3323/21
3324/4 3345/4
approximately [2]  3330/22 3334/14
APRIL [1]  3274/5
are [96]
area [10]  3288/15 3317/21 3320/3
3334/10 3334/11 3336/24 3336/24
3337/1 3339/17 3349/1
aren't [1]  3334/24
argue [1]  3351/19
argument [1]  3345/20
arise [1]  3360/10
ARMA [1]  3305/15
around [10]  3288/15 3290/3 3307/15
3307/16 3317/21 3317/22 3326/5
3330/17 3332/3 3357/23
arrives [1]  3316/5
article [2]  3310/5 3310/13
articles [10]  3299/9 3299/17 3299/21
3300/1 3300/6 3300/12 3310/8 3310/20
3311/11 3353/8
as [83]  3281/10 3281/10 3282/25
3283/10 3284/6 3286/9 3288/1 3289/10
3290/6 3290/10 3290/10 3290/13
3290/17 3291/10 3292/3 3292/25
3293/24 3294/13 3294/23 3300/15
3301/4 3301/8 3301/10 3307/9 3307/9
3309/5 3311/19 3311/19 3311/21
3311/21 3313/10 3317/2 3319/7
3319/17 3320/17 3320/20 3322/16
3322/18 3322/25 3323/3 3323/15
3323/19 3324/12 3324/20 3325/2
3325/4 3325/10 3325/20 3325/20
3326/18 3327/18 3328/6 3328/14
3330/19 3332/1 3334/6 3334/8
3334/25 3334/25 3336/6 3337/13

**A**

as... [21]  3337/17 3337/24 3337/25
3344/2 3348/9 3349/18 3350/6 3350/10
3350/15 3350/17 3351/17 3353/5
3353/17 3354/21 3358/24 3360/2
3360/2 3360/4 3361/24 3361/24
3362/23
as-redacted [1]  3337/24
Asbill [1]  3277/16
aside [1]  3281/18
ask [8]  3282/19 3293/15 3298/15
3314/15 3315/9 3315/10 3325/21
3340/25
asked [8]  3297/2 3298/6 3303/18
3304/7 3304/14 3306/11 3306/12
3310/22 3314/3 3314/9 3314/13
3319/22 3319/25 3320/9 3324/1 3324/7
3324/25 3325/7 3340/6 3359/25
3360/19
asking [1]  3322/2
assertion [2]  3344/13 3344/25
assessment [2]  3334/8 3349/22
ASSET [1]  3274/8
associated [1]  3349/17
associations [3]  3302/14 3302/17
3302/23
assume [1]  3290/25
assumed [2]  3318/13 3318/14
assumption [2]  3292/22 3292/22
ASTM [1]  3304/22
attempt [3]  3287/12 3292/18 3362/22
Attorney [2]  3275/18 3275/22
available [5]  3293/21 3307/10 3311/25
3339/5 3360/3
Avenue [4]  3274/19 3275/20 3277/10
3277/22
average [24]  3290/5 3290/8 3290/8
3293/1 3293/2 3293/16 3338/21
3342/19 3344/13 3345/14 3345/15
3345/17 3345/21 3345/23 3346/1
3346/11 3346/17 3346/19 3346/20
3350/14 3350/20 3354/13 3354/23
3354/23
avoid [2]  3284/10 3328/24
aware [12]  3295/18 3310/8 3311/25
3320/25 3321/6 3321/15 3323/11
3323/16 3323/20 3332/1 3353/14
3353/24

**B**

back [9]  3281/15 3286/20 3287/13
3288/4 3290/23 3293/17 3311/15
3341/22 3361/16
bad [1]  3331/14
bar [2]  3289/16 3321/4
BARBIER [1]  3274/15
BARR [1]  3275/3
BARRY [3]  3276/23 3294/13 3352/7
based [8]  3305/4 3305/7 3305/8 3333/9
3346/16 3349/21 3351/5 3352/25
bases [1]  3295/22
basically [2]  3293/9 3340/18
basis [9]  3281/7 3333/23 3333/25
3334/1 3346/15 3347/4 3347/17
3347/19 3350/6
Baton [1]  3275/24
Baylen [1]  3275/4
be [70]  3280/5 3281/19 3282/9 3282/9
3287/9 3288/17 3288/18 3288/19
3289/3 3289/3 3289/24 3291/14 3293/3
3293/19 3295/13 3296/23 3297/23
3298/1 3298/3 3301/14 3302/22

3304/19 3304/19 3304/21 3306/18
3311/7 3311/10 3311/15 3312/14
3312/15 3312/25 3315/14 3318/11
3318/18 3326/5 3326/24 3327/23
3327/24 3328/7 3329/8 3329/15 3330/2
3330/5 3330/17 3331/20 3332/20
3333/3 3334/13 3335/5 3335/6 3335/9
3338/8 3340/7 3345/20 3346/10
3349/17 3350/1 3352/1 3352/7 3353/15
3353/25 3356/11 3357/10 3359/9
3360/11 3360/16 3360/19 3362/14
3362/19 3363/10
because [26]  3288/24 3289/11 3297/18
3299/23 3302/6 3303/7 3304/13
3304/18 3306/4 3312/24 3314/20
3317/8 3320/7 3322/22 3325/14 3326/3
3327/24 3328/23 3329/24 3331/1
3342/18 3343/13 3351/3 3353/20
3354/19 3360/11
becomes [1]  3291/6
bedded [1]  3349/18
been [39]  3280/10 3280/17 3280/19
3282/24 3285/6 3289/9 3291/6 3293/12
3295/2 3301/11 3302/13 3303/18
3304/2 3306/17 3307/10 3307/15
3317/9 3319/12 3328/20 3329/18
3331/25 3332/2 3332/4 3332/9 3332/11
3332/19 3334/15 3334/17 3334/18
3334/23 3336/5 3337/8 3346/20
3350/17 3351/1 3352/24 3353/2
3358/20 3361/3
before [13]  3274/14 3283/7 3289/14
3290/13 3291/21 3294/21 3304/25
3305/20 3316/24 3334/16 3339/20
3343/16 3361/5
began [1]  3343/16
begging [1]  3346/23
begin [1]  3283/5
behalf [3]  3294/14 3331/23 3352/8
being [5]  3294/23 3309/5 3325/5
3342/21 3343/1
belief [1]  3314/2
believe [38]  3296/9 3296/12 3299/5
3299/23 3301/7 3301/23 3305/12
3305/14 3305/23 3307/16 3307/18
3308/1 3308/17 3308/19 3309/15
3309/22 3309/24 3310/1 3313/6
3313/20 3317/18 3317/22 3317/24
3322/10 3322/13 3322/18 3325/14
3326/8 3326/11 3330/4 3331/24
3332/17 3337/24 3349/22 3354/16
3354/22 3355/12 3355/25
believes [1]  3308/15
belonged [1]  3302/24
Ben [5]  3357/9 3358/6 3359/5 3362/4
3363/4
benefit [1]  3362/21
BENSON [1]  3276/11
besides [1]  3323/5
best [30]  3284/7 3299/7 3300/6 3300/12
3300/16 3300/25 3301/7 3301/8
3301/19 3301/24 3302/7 3302/8
3302/10 3302/18 3302/25 3303/1
3306/2 3306/14 3306/19 3306/24
3306/24 3308/24 3309/5 3309/8
3322/19 3323/1 3328/6 3329/21
3356/16 3363/19
bet [1]  3303/14
BETHANY [1]  3276/13
between [6]  3291/1 3293/13 3342/16
3343/19 3357/18 3362/14
beyond [4]  3293/25 3335/1 3339/25
3348/1

bias [2]  3344/18 3348/24
bin [1]  3349/19
bind [1]  3318/8
Bingham [1]  3278/14
bit [5]  3291/19 3312/6 3329/1 3353/6
3353/13
blow [1]  3341/21
blue [1]  3344/3
Blunt [5]  3280/15 3281/10 3334/12
3338/15 3339/3 3350/3 3361/19
Blunt's [2]  3281/6 3351/8
BOLES [1]  3277/3
bolster [1]  3286/3
books [7]  3299/15 3299/16 3299/17
3299/20 3300/3 3310/20 3311/12
borehole [2]  3317/21 3318/19
both [6]  3294/14 3320/7 3338/14
3354/23 3356/11 3360/3
bottom [1]  3291/23
boundary [1]  3288/25
bounds [1]  3322/23
BOWMAN [1]  3278/4
Box [5]  3274/23 3275/4 3275/23 3276/7
3276/15
BP [34]  3274/10 3276/17 3276/18
3276/19 3276/20 3276/21 3276/22
3277/2 3277/3 3277/4 3277/5 3277/6
3277/7 3277/9 3277/10 3277/11 3282/4
3284/18 3285/19 3286/12 3287/24
3294/14 3331/23 3349/2 3349/22
3352/8 3356/4 3356/7 3356/16 3356/21
3359/8 3360/7 3361/3 3361/4
BP's [3]  3329/25 3332/8 3334/8
BRAD [1]  3277/20
Branch [1]  3276/6
break [7]  3282/1 3283/7 3283/20
3283/21 3283/21 3344/2 3361/16
break-in [1]  3283/20
Brennan [1]  3277/16
BRIAN [2]  3275/3 3277/20
BRIDGET [1]  3277/7
briefing [3]  3356/1 3357/19 3360/16
briefly [5]  3328/1 3336/13 3341/17
3346/22 3356/3
briefs [5]  3356/9 3356/11 3356/18
3357/1 3357/3
brine [2]  3322/20 3322/20 3323/22
3323/24 3324/5 3324/18
bring [3]  3340/14 3347/24 3348/13
broad [2]  3275/13 3327/11
Broadway [1]  3275/10
BROCK [4]  3277/10 3331/23 3333/6
3360/23
broken [2]  3318/22 3319/18
brought [1]  3339/20
brown [1]  3341/25
BRUCE [1]  3278/4
buildup [3]  3283/15 3283/24 3328/6
3328/11
bulk [2]  3292/2 3292/2
bullet [1]  3287/19
bullets [1]  3288/7
Burling [1]  3277/9
business [2]  3334/21 3337/5

**C**

cage [6]  3317/19 3319/7 3319/9
3319/13 3319/14 3320/2
calculate [2]  3291/24 3296/10
calculated [3]  3298/1 3318/12 3355/22
calculates [1]  3292/2
calculating [1]  3296/13

C

calculation [1] 3319/2
calculations [1] 3297/17
CALDWELL [1] 3275/22
calendar [1] 3358/15 3359/17
calibrated [2] 3289/10 3320/15
calibration [7] 3288/9 3289/8 3289/13
 3289/15 3321/1 3321/8 3321/13
California [3] 3277/4 3277/22 3305/16
call [11] 3280/9 3280/17 3281/1 3281/2
 3285/3 3293/23 3296/16 3300/16
 3312/17 3331/18 3351/17
call-out [1] 3285/3
call-outs [4] 3280/9 3280/17 3281/1
 3281/2
called [16] 3287/4 3287/6 3294/20
 3300/25 3302/4 3302/6 3306/2 3307/4
 3308/21 3317/19 3319/12 3322/7
 3322/19 3329/8 3347/12 3347/13
came [2] 3318/14 3354/13
Cameron [1] 3359/10
Cameron/Liberty [1] 3359/10
Camp [1] 3276/4
can [62] 3281/14 3286/15 3286/25
 3287/13 3287/14 3288/5 3290/8
 3290/23 3295/6 3297/23 3298/1
 3298/10 3299/18 3300/19 3303/14
 3304/17 3307/23 3308/16 3309/24
 3312/11 3312/11 3312/19 3316/18
 3317/25 3318/11 3318/21 3319/2
 3320/19 3322/13 3322/22 3322/24
 3323/14 3325/23 3326/23 3326/25
 3327/11 3329/6 3329/11 3334/13
 3334/19 3335/25 3336/20 3338/11
 3339/24 3341/5 3342/9 3342/13
 3342/24 3344/13 3346/11 3346/15
 3348/7 3348/17 3349/22 3351/14
 3351/19 3356/5 3360/1 3360/2 3362/18
 3362/22 3362/25
can't [5] 3281/15 3334/17 3334/21
 3344/25 3362/14
cannot [12] 3289/2 3289/24 3290/11
 3291/14 3292/8 3293/15 3311/3
 3317/15 3318/5 3319/4 3330/24
 3350/24
capabilities [1] 3327/22
Capital [1] 3275/16
career [3] 3299/10 3299/14 3302/14
careful [1] 3340/5
CARL [1] 3274/15
CARRIE [1] 3276/21
case [21] 3290/24 3300/15 3316/7
 3317/2 3319/4 3320/17 3320/20 3325/2
 3333/15 3337/14 3338/12 3348/9
 3350/9 3350/18 3352/10 3353/2
 3358/12 3359/10 3360/11 3360/11
 3363/5
cases [1] 3359/4
casing [1] 3291/22
catch [1] 3323/14
caused [1] 3317/24
cemented [1] 3285/2
CERNICH [4] 3276/12 3280/6 3280/7
 3281/12
certain [2] 3285/17 3287/2
CERTIFICATE [1] 3363/17
certify [1] 3363/19
cetera [3] 3351/9 3351/9 3351/9
CHAKERES [1] 3276/12
chance [1] 3362/6
change [7] 3283/14 3288/20 3290/4
 3327/1 3327/2 3328/19 3344/7

changed [3] 3327/3 3336/16 3336/17
changes [3] 3328/22 3332/6 3344/14
channelized [1] 3348/10
chapters [1] 3299/20
Charles [1] 3275/14
chart [1] 3288/8
check [1] 3363/4
checked [1] 3363/7
Chicago [1] 3276/24
choice [1] 3310/4
circle [1] 3342/9
circulated [1] 3280/10
cite [1] 3286/7
cited [5] 3285/6 3285/9 3285/12
 3338/19 3350/16
Civil [1] 3276/6
claim [1] 3345/2
claimed [1] 3313/15
clarification [1] 3282/19
class [2] 3300/4 3353/5
classes [1] 3353/8
CLAUDE [1] 3282/24
clean [3] 3316/24 3317/6 3360/19
cleaned [2] 3317/7 3322/6
clear [7] 3282/10 3284/25 3301/14
 3302/22 3304/15 3315/14 3358/16
clearly [8] 3285/13 3311/1 3339/18
 3339/24 3346/17 3347/20 3348/1
 3350/23
client [1] 3303/8
clients [1] 3353/19
clock [3] 3336/1 3336/2 3336/3
close [2] 3325/15 3356/8
closer [1] 3357/18
CMR [3] 3347/22 3349/10 3349/19
coded [1] 3342/6
colleague [1] 3360/21
colleagues [1] 3343/2
collected [3] 3307/8 3313/24 3339/7
COLLIER [1] 3276/22
color [2] 3342/6 3342/11
color-coded [1] 3342/6
colored [1] 3342/2
colors [1] 3341/24
combine [1] 3354/19
combined [1] 3354/18
come [15] 3281/15 3293/2 3301/13
 3304/22 3307/17 3317/19 3319/8
 3333/8 3345/15 3349/6 3350/11
 3350/14 3354/17 3355/21 3360/17
comes [3] 3304/21 3318/16 3328/23
comment [4] 3316/1 3316/22 3317/8
 3324/16
comments [2] 3318/9 3357/13
commercial [2] 3308/25 3309/5
commission [1] 3301/12
commonly [1] 3307/4 3308/12
compacting [1] 3284/3
compaction [1] 3302/2
companies [2] 3304/2 3308/2
Company [7] 3276/19 3276/22 3277/4
 3277/7 3277/11 3278/12 3278/23
compare [3] 3343/21 3345/17
compared [3] 3283/10 3284/6 3327/25
comparing [3] 3312/1 3340/5 3350/13
comparison [1] 3342/16
COMPLAINT [1] 3274/7
complete [2] 3295/15 3332/6
completely [4] 3322/24 3327/3 3331/25
 3339/19
completing [1] 3290/21
compressability [1] 3325/5
compressi [1] 3292/2

compressibilities [1] 3291/7
compressibility [39] 3285/25 3286/6
 3287/9 3287/20 3290/12 3291/1 3292/4
 3295/19 3296/17 3300/8 3300/13
 3301/1 3301/8 3302/7 3302/18 3303/4
 3303/12 3303/17 3303/25 3307/22
 3309/7 3309/12 3309/16 3311/4
 3312/24 3313/1 3313/3 3313/4 3313/7
 3313/21 3313/21 3319/12 3319/20
 3322/11 3326/13 3329/12 3339/5
 3343/19 3352/25
compression [13] 3296/4 3297/6 3299/2
 3299/6 3316/25 3318/6 3319/1 3324/12
 3326/15 3326/20 3327/14 3327/20
 3332/15
computer [1] 3278/24
computer-aided [1] 3278/24
concentration [2] 3318/17 3318/18
concentrations [2] 3288/15 3318/4
concerned [1] 3290/10
conclude [1] 3343/4
concluded [2] 3343/5 3363/15
concludes [1] 3295/19
conclusion [2] 3296/3 3350/24
conclusions [2] 3356/22 3357/24
conditions [11] 3283/15 3284/10 3301/9
 3301/25 3318/22 3326/22 3327/3
 3328/24 3338/24 3343/12 3344/4
conduct [1] 3291/20
conducted [2] 3295/23 3326/3
conducting [4] 3294/14 3299/5 3300/16
 3352/8
conduction [1] 3311/3
confer [2] 3281/14 3361/4
conference [5] 3282/6 3358/14 3361/5
 3362/15 3363/9
conferred [2] 3280/18 3282/1
confining [3] 3330/11 3343/12 3343/15
confirm [3] 3289/19 3291/14 3314/2
confirmed [2] 3313/18 3313/18
connectivity [1] 3339/2
Conoco [2] 3337/11 3353/19
consider [3] 3287/11 3309/5 3309/8
considered [1] 3301/12
consolidate [1] 3291/10
consolidated [2] 3291/4 3296/22
constant [1] 3287/3
constantly [1] 3325/19
constants [1] 3291/25
construed [1] 3282/9
contained [2] 3293/8 3317/14
container [1] 3290/3
containing [1] 3284/17
contend [2] 3302/3 3328/6
context [1] 3360/11
Continued [1] 3337/12
continuous [2] 3347/21 3349/10
control [1] 3356/15
conventional [4] 3307/4 3307/7 3307/18
 3353/20
convert [6] 3290/19 3292/7 3296/20
 3297/5 3297/23 3298/10
core [53] 3283/25 3288/13 3288/14
 3288/16 3288/20 3288/21 3293/18
 3293/18 3307/4 3307/5 3307/22
 3307/25 3312/2 3313/11 3313/23
 3314/1 3316/5 3316/21 3316/23
 3316/24 3317/17 3318/1 3318/3
 3318/23 3319/8 3321/24 3322/3
 3333/17 3333/21 3334/1 3337/3 3337/9
 3339/4 3340/8 3341/11 3342/4 3342/11
 3342/17 3342/20 3342/25 3343/22
 3344/4 3344/8 3345/18 3345/20

**C**

core... [8]  3345/24 3346/2 3346/7
3348/6 3348/24 3352/25 3353/13
3353/20
cores [58]  3288/8 3291/17 3291/18
3293/5 3293/20 3306/25 3307/1 3307/7
3307/10 3307/13 3307/19 3308/3
3308/12 3308/14 3308/16 3309/16
3309/18 3309/18 3309/20 3309/23
3309/25 3310/2 3310/6 3310/6 3310/7
3310/11 3310/13 3310/14 3310/15
3310/21 3311/2 3311/13 3312/1 3312/6
3313/19 3314/5 3317/13 3319/22
3320/1 3325/4 3338/20 3339/8 3340/6
3340/24 3342/9 3343/5 3343/14
3343/14 3344/13 3344/18 3345/1
3345/2 3346/19 3348/7 3352/13
3353/15 3353/18 3353/25
COREY [2]  3275/19 3359/23
coring [5]  3317/24 3318/6 3318/25
3319/5 3319/6
corner [2]  3341/9 3342/7
corners [5]  3286/4 3339/18 3339/25
3344/16 3348/2
Corporation [2]  3278/11 3278/15
correct [48]  3286/11 3295/24 3296/7
3296/11 3299/18 3300/2 3300/17
3302/12 3303/14 3312/10 3312/13
3313/5 3314/2 3315/24 3316/16
3316/19 3317/15 3319/10 3320/4
3320/16 3322/12 3325/9 3326/4 3326/7
3328/5 3328/17 3329/13 3329/20
3330/3 3330/23 3336/8 3338/25
3339/13 3343/12 3352/12 3352/15
3352/18 3352/20 3353/4 3353/10
3353/12 3354/5 3354/12 3354/15
3356/20 3359/12 3362/8 3363/19
correction [2]  3296/16 3298/3
correlate [1]  3342/24
correlation [1]  3298/1
correlations [2]  3297/23 3298/10
could [27]  3281/16 3281/18 3282/9
3283/12 3287/7 3288/20 3289/3 3289/3
3289/15 3289/17 3297/13 3298/13
3312/25 3316/14 3316/14 3317/12
3321/4 3327/23 3327/24 3329/5
3329/19 3331/20 3341/21 3345/19
3347/24 3348/20 3360/20
couldn't [3]  3314/4 3317/8 3320/14
counsel [1]  3295/9
counsel's [1]  3355/23
counselor [3]  3300/10 3314/17 3323/23
couple [4]  3280/8 3305/19 3335/3
course [4]  3283/22 3299/14 3302/14
3317/10
courses [3]  3300/5 3306/7 3306/8
court [16]  3274/1 3278/18 3281/12
3282/5 3283/12 3287/1 3332/1 3333/1
3336/14 3348/20 3349/16 3362/3
3362/21 3363/18 3363/18 3363/23
court's [4]  3284/25 3346/23 3357/7
3363/12
covered [5]  3332/9 3332/11 3332/16
3334/15 3334/16 3334/23 3344/16
covers [1]  3286/6
Covington [1]  3277/9
created [1]  3300/15
creep [33]  3285/10 3286/22 3286/23
3287/1 3287/2 3287/6 3287/9 3287/11
3287/18 3287/21 3288/1 3288/2
3328/25 3328/25 3329/2 3329/3 3329/4
3329/5 3329/8 3329/8 3329/9 3329/11
3329/14 3329/15 3329/15 3329/18
3329/19 3329/23 3329/25 3330/1
3330/5 3330/20 3330/24
critical [1]  3326/2
criticism [3]  3320/12 3332/10 3340/8
criticizing [1]  3333/16
cross [8]  3276/13 3280/15 3281/4
3294/11 3294/14 3351/22 3352/5
3352/8
cross-examination [7]  3280/15 3281/4
3294/11 3294/14 3351/22 3352/5
3352/8
CT [7]  3313/11 3313/16 3314/1 3314/6
3314/11 3314/18 3334/9
current [2]  3337/12 3353/19
currently [3]  3303/16 3303/24 3304/9
curve [1]  3289/13
customer [1]  3310/3
cut [2]  3315/3 3330/8 3335/7
CV [1]  3274/7 3274/9

**D**

D-21311.5 [1]  3283/5
D-21312 [1]  3286/21
D-21400.1 [1]  3336/15
D-21400.5 [1]  3338/9
D-23686 [1]  3295/25
D.C [5]  3276/8 3276/16 3277/8 3277/11
3278/16
Dallas [1]  3278/6
damage [8]  3288/8 3288/13 3288/13
3317/17 3317/24 3318/6 3318/25
3319/5
dare [3]  3292/21 3292/24 3293/16
dark [1]  3313/15
Darvish [1]  3355/8
data [22]  3286/24 3288/10 3293/2
3293/22 3330/20 3335/15 3337/4
3337/9 3339/4 3339/5 3339/12 3340/5
3340/9 3341/12 3341/15 3342/15
3343/11 3345/9 3346/17 3347/19
3349/19 3351/5
database [1]  3339/6
date [5]  3358/18 3359/15 3362/15
3363/8 3363/10
DAVIS [1]  3277/21
DAVIS-DENNY [1]  3277/21
day [3]  3274/14 3327/25 3358/11
days [3]  3290/6 3308/6 3327/25
deal [2]  3340/19 3358/17
dealt [1]  3350/23
DEBORAH [1]  3278/12
December [1]  3362/18
decided [2]  3282/2 3286/14
decreased [1]  3283/24
deduct [1]  3290/11
deepwater [8]  3274/4 3277/14 3277/14
3277/17 3277/17 3277/20 3277/20
3337/18
definitely [7]  3288/24 3290/8 3292/14
3302/9 3307/20 3318/2 3326/14
deformability [1]  3322/14
deformation [5]  3287/4 3287/4 3287/25
3290/5 3329/2
deformation' [1]  3287/21
degrees [2]  3326/6 3327/2
demonstrative [1]  3320/23
demonstratives [3]  3280/10 3280/16
3281/1
DENNY [1]  3277/21
density [1]  3318/12
Department [2]  3276/6 3276/9
dependent [3]  3291/8 3292/8 3317/10
depending [1]  3288/25
depletion [7]  3283/9 3283/11 3283/13
3284/1 3284/5 3287/20 3343/16
depo [1]  3320/23
deposition [36]  3290/17 3292/3 3295/4
3296/25 3298/4 3298/6 3304/4 3304/7
3304/14 3304/16 3306/10 3306/11
3314/7 3314/9 3314/18 3314/21
3315/12 3319/21 3320/18 3320/21
3320/24 3323/15 3323/19 3323/25
3324/1 3324/10 3324/24 3324/25
3325/10 3325/17 3326/18 3327/18
3328/14 3328/18 3329/3 3330/19
depositions [1]  3317/3
deposits [1]  3348/10
depth [3]  3342/3 3342/15 3344/5
depths [2]  3342/8 3343/6
derived [1]  3293/2
describe [1]  3341/17
designated [1]  3328/22
design [1]  3302/1
designed [1]  3301/24
destructive [1]  3316/5
detail [1]  3318/8
determine [13]  3287/8 3318/5 3318/24
3319/15 3320/5 3324/11 3325/3
3325/11 3327/19 3328/22 3329/22
3342/19 3354/10
determined [1]  3363/10
determining [1]  3330/5
develop [1]  3305/5
development [1]  3337/7
deviated [1]  3302/3
deviation [1]  3293/14
deviations [1]  3302/6
Dexter [1]  3275/20
diagrams [1]  3291/6
diameters [1]  3317/23
did [54]  3284/16 3286/25 3287/8
3287/11 3287/11 3289/2 3289/8 3292/9
3292/18 3293/1 3297/2 3298/6 3298/13
3298/15 3298/16 3299/6 3303/3
3303/11 3304/7 3306/12 3311/22
3314/9 3314/11 3314/15 3314/15
3317/7 3320/9 3321/9 3321/14 3323/4
3324/2 3324/7 3325/1 3325/2 3325/7
3326/10 3328/14 3328/22 3331/14
3331/15 3337/13 3337/15 3339/10
3339/12 3339/12 3339/13 3339/14
3339/16 3356/8 3357/20 3357/22
3361/21 3362/5 3363/4
didn't [13]  3282/16 3286/10 3308/13
3314/22 3315/2 3315/5 3317/9 3321/14
3324/14 3330/8 3331/1 3354/3 3354/5
difference [7]  3328/15 3343/23 3343/24
3344/10 3344/10 3345/24 3346/4
differences [2]  3343/19 3362/22
different [18]  3285/11 3291/19 3292/6
3295/22 3296/23 3304/2 3310/23
3312/11 3312/12 3312/19 3313/4
3313/9 3326/24 3335/3 3346/18
3347/11 3354/11 3354/20
differs [1]  3313/4
difficult [1]  3316/3
diminished [1]  3302/8
direct [13]  3283/1 3283/3 3299/2
3299/10 3300/24 3305/2 3308/21
3309/2 3312/7 3328/2 3329/1 3336/11
3344/12
directed [1]  3333/12
direction [1]  3353/21
directions [2]  3313/4 3320/8

directly [2]  3296/17 3309/21
disagree [1]  3350/4
disciplines [1]  3337/3
discovery [3]  3359/21 3360/2 3360/4
discuss [6]  3286/12 3287/17 3288/8
  3288/11 3305/1 3319/7
discussed [7]  3306/9 3333/7 3338/19
  3341/8 3342/7 3343/1 3350/13
discussing [3]  3283/7 3323/11 3323/16
discussion [2]  3293/10 3332/15
display [3]  3341/7 3341/9 3341/16
distant [1]  3358/14
distribution [1]  3349/20
DISTRICT [5]  3274/1 3274/2 3274/15
  3363/18 3363/18
dividing [2]  3344/1 3345/23
Division [1]  3276/6
do [63]  3280/20 3281/16 3282/8
  3282/17 3287/25 3288/5 3288/11
  3290/19 3292/24 3293/17 3293/17
  3297/4 3298/1 3298/8 3301/1 3303/9
  3304/9 3306/24 3308/2 3309/8 3309/18
  3309/19 3309/24 3310/1 3310/19
  3310/19 3311/11 3311/18 3311/21
  3315/16 3316/5 3316/9 3316/12
  3318/24 3319/2 3322/2 3327/14 3329/9
  3329/10 3330/8 3331/16 3335/19
  3337/6 3337/25 3338/1 3343/4 3345/4
  3346/6 3346/6 3349/21 3350/4 3350/5
  3352/1 3356/3 3356/14 3357/2 3357/17
  3358/20 3359/17 3360/5 3360/22
  3362/25 3363/19
Docket [3]  3274/4 3274/7 3274/9
document [18]  3284/19 3284/20 3285/6
  3285/9 3285/19 3285/25 3286/2 3286/5
  3286/12 3286/14 3286/22 3287/17
  3301/10 3301/10 3301/15 3317/12
  3341/5 3348/2
documentation [1]  3321/3
documented [2]  3348/7 3349/1
documents [3]  3284/17 3286/25 3361/3
does [10]  3286/7 3286/12 3287/17
  3312/15 3333/16 3341/14 3344/12
  3344/24 3345/8 3357/13
doesn't [2]  3342/21 3360/6
doing [8]  3285/11 3285/16 3298/2
  3325/19 3335/13 3338/23 3342/18
  3350/12
Domengeaux [1]  3274/21
DON [2]  3276/18 3280/22
don't [34]  3281/12 3281/16 3282/16
  3288/24 3289/4 3290/7 3292/21
  3298/24 3298/24 3299/23 3303/14
  3308/1 3308/17 3308/19 3309/17
  3310/3 3317/5 3326/24 3326/24
  3327/11 3327/22 3335/1 3335/5
  3344/15 3351/2 3351/3 3351/15
  3354/19 3355/12 3358/5 3358/18
  3359/7 3360/17 3363/8
DONALD [1]  3278/3
done [16]  3281/20 3289/14 3290/13
  3291/17 3316/5 3316/9 3321/4 3323/9
  3331/6 3334/13 3338/18 3345/11
  3352/20 3353/6 3353/11 3353/18
door [1]  3314/23
DOUGLAS [1]  3276/3
down [6]  3283/17 3283/18 3285/15
downhole [2]  3283/15 3326/22
DOYEN [3]  3277/19 3361/23 3362/24
Dr [3]  3334/10 3339/10 3355/5
Dr. [69]  3280/10 3281/10 3283/3

3284/16 3285/7 3286/7 3286/20
3287/23 3288/7 3288/11 3288/16
3289/19 3289/24 3290/6 3291/2
3291/15 3291/20 3292/11 3292/18
3293/1 3293/9 3294/13 3295/18 3296/3
3296/10 3297/2 3297/17 3298/9
3301/14 3331/18 3331/24 3332/2
3332/9 3332/12 3332/16 3332/22
3333/2 3333/10 3333/18 3333/24
3334/5 3334/6 3334/7 3334/12 3335/7
3336/9 3336/13 3337/17 3338/5
3338/11 3339/3 3339/9 3342/7 3343/15
3344/12 3344/24 3346/19 3350/2
3350/3 3351/8 3352/7 3352/22 3355/6
3355/8 3355/16 3361/2 3361/19
3361/19 3361/19
Dr. Alan [2]  3331/18 3336/9
Dr. Blunt [5]  3281/10 3334/12 3339/3
  3350/3 3361/19
Dr. Blunt's [1]  3351/8
Dr. Gringarten [1]  3361/19
Dr. Huffman [10]  3332/22 3333/2
  3333/24 3334/6 3336/13 3337/17
  3338/11 3350/2 3352/7 3355/16
Dr. Huffman's [4]  3331/24 3332/2
  3333/10 3338/5
Dr. Kelkar [1]  3355/6
Dr. Larsen [1]  3332/9
Dr. Nesic [1]  3361/2
Dr. Nessic [1]  3361/19
Dr. Pooladi-Darvish [1]  3355/8
Dr. Roegiers [21]  3283/3 3284/16
  3286/7 3286/20 3286/22 3287/17
  3288/3 3288/11 3292/11 3292/18
  3294/13 3295/18 3297/2 3297/2
  3301/14 3332/12 3332/16 3333/18
  3334/7 3335/7 3352/22
Dr. Roegiers' [2]  3285/7 3293/9
Dr. Zaldivar [1]  3280/10
Dr. Zimmerman [12]  3289/19 3290/6
  3291/2 3291/20 3293/1 3296/3 3296/10
  3334/5 3339/9 3342/7 3343/15 3346/19
Dr. Zimmerman's [5]  3289/24 3291/15
  3297/17 3344/12 3344/24
draft [2]  3301/11 3301/12
dramatically [1]  3288/20
dream [1]  3331/11
dried [1]  3317/6
drilling [10]  3277/14 3277/17 3277/20
  3289/2 3316/17 3316/21 3317/8 3319/6
  3339/7 3353/18
dropped [1]  3330/21
Drs [1]  3338/14
dry [1]  3291/17
due [1]  3318/3
duly [2]  3282/25 3336/5
duplicative [2]  3331/25 3332/18
during [6]  3281/3 3299/14 3332/19
  3339/7 3346/12 3361/2
dynamic [6]  3284/10 3292/6 3292/6
  3297/20 3298/2 3328/24

E

e-mail [1]  3357/10
each [6]  3282/3 3297/15 3305/23
  3345/16 3354/15 3357/5
earlier [17]  3290/17 3301/4 3301/15
  3305/3 3305/10 3305/11 3313/12
  3320/18 3329/1 3344/2 3346/20 3347/6
  3348/16 3352/23 3353/5 3353/13
  3354/21
early [1]  3355/22
easily [1]  3327/25

east [2]  3275/16 3347/10
EASTERN [1]  3276/2 3308/8
education [1]  3336/13
Edwards [1]  3274/22
effect [13]  3284/7 3286/23 3287/7
  3287/9 3288/9 3290/15 3318/5 3318/24
  3323/12 3323/16 3326/12 3327/19
  3354/3
effective [3]  3330/4 3330/10 3330/24
effects [1]  3287/22
effort [1]  3339/25
eight [1]  3342/6
EISERT [1]  3277/6
either [2]  3283/14 3334/18
elaborate [1]  3298/13
elastic [6]  3288/1 3291/24 3329/4
  3329/6 3329/7 3329/9 3329/13
electric [1]  3291/22
electrical [3]  3282/6
Ellis [3]  3276/20 3277/2 3277/5
Elm [1]  3278/5
else [7]  3311/17 3311/20 3355/19
  3358/1 3358/9 3358/15 3363/12
employment [1]  3336/20
encompass [1]  3361/22
encountered [1]  3283/25
end [3]  3295/11 3344/19 3355/21
Energy [2]  3278/2 3278/7
Enforcement [1]  3276/10
ENGEL [1]  3276/13
engineer [1]  3317/8
engineering [1]  3343/2
enter [1]  3316/18
entire [10]  3295/11 3295/12 3341/20
  3342/23 3342/25 3344/14 3345/3
  3345/14 3345/16 3359/18
entitled [3]  3285/1 3311/18 3363/20
entries [1]  3281/4
Environment [1]  3276/10
Environmental [1]  3276/10
envision [1]  3360/10
equal [1]  3291/10
equations [2]  3297/22 3298/9
equipment [3]  3289/9 3320/14 3321/1
equivalent [1]  3343/17
Erica [1]  3360/25
error [2]  3289/16 3321/4
especially [2]  3316/10 3348/8
ESQ [50]  3274/19 3274/22 3275/3
  3275/7 3275/10 3275/13 3275/16
  3275/19 3275/19 3275/22 3276/3
  3276/3 3276/7 3276/11 3276/11
  3276/12 3276/12 3276/13 3276/13
  3276/14 3276/14 3276/15 3276/18
  3276/21 3276/21 3277/2 3277/6 3277/7
  3277/10 3277/13 3277/16 3277/19
  3277/20 3277/20 3277/21 3277/21
  3278/3 3278/3 3278/4 3278/4 3278/5
  3278/8 3278/8 3278/12 3278/15
  3278/15
essentially [6]  3284/22 3287/23 3290/1
  3292/23 3322/22 3330/10
established [6]  3296/19 3297/5 3299/24
  3299/24 3300/9 3305/11
establishing [1]  3305/5
estimate [8]  3289/20 3289/25 3291/15
  3292/13 3307/19 3330/16 3350/20
  3354/10
estimated [1]  3326/5
estimating [1]  3296/13
et [5]  3274/8 3274/11 3351/9 3351/9
  3351/9

**E**

evaluate [3]  3310/20 3311/12 3321/4
evaluated [2]  3321/2 3339/9
evaluating [1]  3352/24
even [9]  3284/13 3303/7 3307/12
 3310/14 3315/19 3319/4 3323/18
 3324/14 3327/22
evening [2]  3358/11 3363/13
event [1]  3301/23
eventual [1]  3291/8
eventually [1]  3306/20
ever [2]  3292/12 3306/13
every [5]  3321/10 3321/10 3322/21
 3347/13 3351/16
everybody [3]  3315/20 3357/22 3358/11
everyone [2]  3280/5 3306/20
everywhere [2]  3290/4 3347/14
evidence [6]  3280/18 3316/20 3320/14
 3338/6 3356/8 3360/21
evidenced [1]  3349/18
exactly [1]  3306/7
exam [2]  3300/24 3304/20
examination [20]  3280/15 3281/4 3283/1
 3283/4 3294/11 3294/14 3299/10
 3305/2 3308/22 3309/2 3312/7 3325/20
 3328/2 3329/1 3335/22 3336/11
 3351/22 3352/5 3352/8 3361/2
examination's [1]  3351/20
examinations [1]  3361/20
example [8]  3286/9 3312/18 3312/22
 3314/3 3314/13 3314/14 3316/6
 3347/10
examples [4]  3314/4 3315/3 3323/7
 3326/25
excerpt [2]  3298/21 3349/16
excluding [1]  3362/9
excuse [3]  3285/5 3293/7 3350/22
exhibit [3]  3341/14 3345/5 3354/21
exhibits [10]  3280/9 3281/9 3360/19
 3361/1 3361/17 3361/18 3361/20
 3362/7 3362/9 3362/23
existing [3]  3288/15 3305/25 3322/21
exists [2]  3288/14 3315/22
expect [1]  3289/12
expected [2]  3287/12 3289/17
experience [8]  3293/24 3299/8 3305/7
 3305/25 3329/9 3329/11 3352/19
 3352/21
experimental [1]  3337/1
expert [7]  3292/25 3300/21 3301/18
 3337/13 3337/17 3339/14 3351/6
expertise [6]  3334/10 3336/24 3336/25
 3337/1 3349/2 3350/11
experts [5]  3335/3 3350/18 3355/2
 3355/3 3355/10
explain [8]  3283/12 3287/1 3311/3
 3311/17 3311/21 3318/2 3321/9
 3321/14
explained [3]  3313/10 3315/5 3319/17
explicitly [1]  3339/21
exploration [7]  3274/10 3276/17
 3276/20 3277/2 3277/5 3277/9 3337/4
extent [2]  3315/23 3362/13
extra [1]  3351/23
extracted [1]  3313/11
Exxon [2]  3337/11 3353/19

**F**

fact [5]  3306/19 3312/14 3316/13
 3323/19 3344/25
factor [1]  3298/3
Fahrenheit [1]  3326/6

failed [1]  3338/23
familiar [3]  3298/13 3312/11 3339/11
 3355/3 3355/5 3355/8
Fannin [1]  3277/17
far [4]  3290/10 3307/9 3341/23 3361/24
fast [1]  3284/1
faster [2]  3284/5 3328/13
FCRR [2]  3278/18 3363/18 3363/22
 3363/23
February [2]  3305/15 3305/17
feet [1]  3340/24
few [10]  3280/15 3284/22 3305/9
 3308/6 3310/8 3314/4 3323/7 3332/4
 3361/17 3362/10
field [3]  3293/24 3322/1 3337/20
FIELDS [6]  3276/23 3294/13 3311/14
 3325/19 3331/12 3352/7
Fifteenth [1]  3277/7
figure [5]  3292/1 3300/25 3301/18
 3358/22 3359/18
file [3]  3356/9 3356/21 3357/3
filled [3]  3321/25 3322/4
filtering [1]  3288/17
final [7]  3282/6 3294/4 3301/13 3330/16
 3351/17 3360/18 3361/5
find [1]  3320/14
findings [2]  3356/22 3357/23
fine [4]  3281/19 3315/21 3357/14
 3357/15
finish [2]  3283/3 3297/12
finished [3]  3289/15 3350/1 3351/4
Firm [1]  3275/6
first [19]  3286/25 3288/1 3291/16
 3296/8 3296/16 3301/12 3305/1 3305/1
 3307/16 3311/22 3319/24 3329/15
 3334/3 3338/13 3339/21 3340/4
 3342/10 3353/2 3357/22
FITCH [1]  3278/15
five [3]  3314/5 3321/11 3327/25
 3346/24 3351/23 3352/3
flaw [1]  3290/10
FLEMING [1]  3278/5
Floor [1]  3277/22
Florida [1]  3277/22
fluid [8]  3321/25 3322/5 3322/7 3322/8
 3322/10 3322/25 3323/12 3323/17
fluids [3]  3325/15 3342/1 3342/1
FLYNN [1]  3276/7
focus [3]  3283/8 3288/7 3307/13
follow [3]  3299/6 3303/8
followed [2]  3287/5 3321/16
follows [2]  3282/25 3336/6
foot [1]  3345/1
foregoing [1]  3363/19
formal [1]  3357/19
format [1]  3282/3
formation [1]  3284/3
formed [3]  3302/20 3302/22 3338/12
forth [4]  3300/6 3300/12 3311/15
 3357/20
forward [4]  3328/1 3358/22 3359/18
 3360/4
forwarded [1]  3357/10
found [2]  3316/21 3340/8
foundational [1]  3356/24
four [7]  3286/4 3314/5 3328/11 3339/18
 3339/25 3344/16 3348/2
frame [1]  3315/5
FRANK [1]  3275/16
Frilot [1]  3277/13
full [5]  3332/11 3334/16 3336/7 3339/22
 3357/5
fundamental [1]  3346/5

further [3]  3338/8 3355/13 3355/20
future [1]  3357/7
future [1]  3358/15

**G**

gas [1]  3337/4
GASAWAY [1]  3277/6
gathers [1]  3284/22
gave [2]  3319/2 3357/9
general [6]  3316/3 3319/7 3328/12
 3353/5 3353/17 3354/21
General's [2]  3275/18 3275/22
generated [1]  3293/5
genre [1]  3352/22
geology [2]  3337/6 3337/18
geomechanics [2]  3309/9 3310/10
geometry [1]  3296/15
Geophysical [1]  3337/12
geophysics [1]  3337/18
get [18]  3283/19 3285/15 3286/15
 3295/14 3304/25 3305/12 3322/24
 3325/15 3325/22 3326/23 3335/19
 3335/25 3341/2 3346/9 3357/24
 3358/13 3360/3 3360/20
gets [1]  3292/1
getting [2]  3322/2 3339/17
give [21]  3289/15 3290/15 3297/3
 3298/7 3298/16 3304/8 3306/7 3306/12
 3314/10 3314/15 3316/7 3320/9 3324/2
 3324/7 3325/1 3325/7 3326/25 3333/20
 3342/21 3356/5 3358/2
given [4]  3284/10 3300/4 3306/5
 3306/13
gives [3]  3284/20 3327/2 3353/20
GLADSTEIN [2]  3276/14 3332/25
GmbH [1]  3274/8
go [28]  3282/23 3284/23 3285/3 3285/8
 3287/13 3287/14 3291/5 3293/17
 3295/15 3296/14 3297/12 3304/17
 3306/10 3316/2 3324/22 3327/12
 3329/6 3330/7 3330/8 3330/9 3335/1
 3339/25 3344/22 3346/7 3348/17
 3357/19 3360/4 3360/5
goal [1]  3293/18
God [1]  3290/15
Godwin [3]  3278/2 3278/3 3278/7
goes [3]  3287/5 3317/21 3335/23
going [17]  3283/8 3288/7 3288/19
 3305/24 3307/1 3314/19 3315/16
 3319/17 3325/21 3335/1 3335/6 3335/7
 3341/20 3349/4 3357/3 3359/20
 3362/20
gold [1]  3309/3
gone [1]  3361/16
good [16]  3281/23 3291/9 3294/19
 3295/2 3302/1 3302/1 3310/10 3351/22
 3352/7 3352/9 3357/21 3358/9 3358/11
 3358/11 3360/24 3363/13
got [4]  3345/12 3351/23 3357/7 3363/7
government [1]  3357/12
grain [2]  3318/10 3322/24
grains [2]  3322/23 3322/23
Grand [1]  3277/22
GRANT [1]  3277/21
great [3]  3332/1 3355/17 3357/17
greater [2]  3328/15 3339/2
GREENWALD [1]  3275/10
Gringarten [1]  3361/19
ground [2]  3343/10 3343/13
group [8]  3301/13 3302/21 3302/21
 3302/22 3305/5 3305/11 3305/15
 3305/20
guess [2]  3295/5 3304/13

**G**

guidance [1]  3362/2
guidelines [4]  3300/7 3300/12 3302/17
3302/25
GULF [3]  3274/5 3337/10 3337/18
GWENDOLYN [1]  3278/8

**H**

H-U-F-F-M-A-N [1]  3336/10
had [26]  3289/9 3289/12 3291/21
3299/11 3315/4 3316/23 3317/9 3318/6
3318/25 3320/12 3321/12 3324/10
3325/10 3325/12 3325/12 3327/18
3327/20 3328/18 3328/20 3330/19
3330/20 3335/2 3339/6 3347/6 3352/16
3362/6
hadn't [1]  3326/18
half [1]  3345/23
Halliburton [3]  3278/2 3278/7 3357/4
hand [6]  3341/9 3341/18 3342/7
3342/14 3345/10 3345/10
happen [2]  3319/17 3329/7
happened [1]  3314/20
happening [1]  3284/11
HARIKLIA [1]  3276/21
harping [1]  3333/22
HARVEY [2]  3276/14 3282/23
has [29]  3283/19 3285/6 3285/23
3301/11 3302/20 3306/24 3316/12
3319/15 3320/6 3321/7 3329/15
3329/18 3332/2 3332/9 3332/11
3332/16 3332/17 3332/18 3334/15
3334/16 3334/18 3336/16 3336/17
3340/18 3350/17 3350/25 3351/16
3353/22 3363/12
have [144]
haven't [8]  3280/17 3280/19 3323/10
3351/15 3353/11 3355/4 3355/22
3362/6
having [4]  3282/24 3291/9 3308/4
3336/5
HAYCRAFT [1]  3276/18
HB [1]  3278/18
HB-406 [1]  3278/18
he [43]  3285/23 3286/10 3286/12
3291/2 3291/17 3291/21 3292/1 3292/1
3292/3 3292/3 3292/7 3293/2 3293/5
3294/1 3294/25 3295/4 3295/22
3311/19 3311/20 3311/21 3311/22
3314/23 3315/4 3325/18 3325/18
3325/19 3327/7 3331/15 3331/15
3332/17 3334/1 3334/7 3334/11
3334/16 3339/12 3339/13 3339/14
3339/16 3340/18 3344/13 3344/17
3348/25 3351/5
he's [15]  3286/2 3311/16 3311/17
3311/17 3311/21 3315/5 3315/16
3333/11 3333/16 3333/19 3333/21
3340/5 3349/2 3351/3 3351/12
head [2]  3310/17 3334/22
heading [1]  3298/19
hear [6]  3333/24 3334/4 3339/10
3339/12 3339/14 3357/12
heard [12]  3308/5 3308/9 3308/11
3308/15 3308/18 3308/18 3308/19
3331/20 3332/12 3332/20 3344/2
3350/10
hearing [1]  3311/15
heavily [1]  3321/1
heavy [1]  3337/11
help [1]  3355/24
helpful [2]  3357/24 3357/25

her [9]  3283/21 3308/9 3308/11 3308/18
3308/24 3308/25 3328/21 3360/5
3360/6
here [28]  3282/15 3283/8 3285/10
3288/8 3288/23 3290/18 3291/22
3292/19 3305/3 3311/14 3315/13
3318/6 3318/9 3319/23 3324/16
3333/11 3335/15 3336/2 3342/9 3343/1
3343/9 3343/11 3344/20 3345/12
3345/18 3346/24 3359/8 3361/1
hereby [1]  3363/19
Herman [3]  3274/18 3274/18 3274/19
high [1]  3318/3
higher [4]  3284/13 3346/18 3349/12
3350/20
highly [1]  3348/9
him [7]  3297/12 3333/20 3335/2
3337/19 3339/12 3339/14 3360/1
HIMMELHOCH [2]  3276/15 3281/24
his [34]  3285/12 3285/23 3286/3 3286/7
3286/11 3289/19 3292/3 3293/8 3294/1
3294/2 3295/3 3295/22 3296/3 3314/21
3332/2 3332/7 3332/10 3332/14
3332/18 3333/3 3334/4 3334/4 3334/12
3339/3 3339/22 3339/25 3340/1
3343/15 3346/19 3348/24 3348/25
3349/1 3350/4 3350/24
holding [1]  3285/17
Holdings [3]  3277/13 3277/16 3277/19
Honor [87]  3280/9 3280/22 3281/1
3281/8 3281/24 3282/22 3285/5
3285/21 3293/7 3293/25 3294/8
3294/10 3294/21 3294/23 3295/7
3310/23 3314/19 3314/23 3316/1
3324/19 3325/23 3327/5 3327/9 3331/3
3331/5 3331/17 3331/20 3332/1
3332/20 3332/22 3333/1 3333/4
3333/13 3333/19 3334/5 3334/14
3334/15 3335/9 3335/20 3336/24
3336/21 3337/16 3338/2 3338/13
3339/17 3339/19 3340/12 3340/16
3340/22 3341/1 3341/17 3343/10
3344/1 3344/15 3344/17 3344/20
3345/10 3347/8 3348/1 3348/5 3348/12
3348/22 3348/25 3350/9 3350/22
3351/2 3351/4 3351/21 3352/3 3355/13
3355/15 3355/17 3355/20 3356/2
3356/4 3356/20 3357/14 3357/15
3357/21 3358/20 3359/12 3359/24
3360/18 3360/24 3361/14 3361/15
3362/20
HONORABLE [1]  3274/15
hope [4]  3277/3 3294/19 3306/19
3306/22
hopefully [2]  3351/24 3362/21
hoping [1]  3290/22
HORIZON [1]  3274/4
horizontal [3]  3316/7 3318/13 3318/15
hours [1]  3355/23
housekeeping [1]  3294/22
Houston [2]  3277/17 3278/9
how [18]  3280/24 3285/11 3285/15
3290/19 3291/20 3292/9 3308/13
3309/17 3314/5 3317/7 3327/11
3327/14 3328/14 3328/22 3333/20
3334/19 3352/1 3357/7
Huffman [14]  3331/18 3332/22 3333/2
3333/24 3334/6 3336/5 3336/9 3336/10
3336/13 3337/17 3338/11 3350/2
3352/7 3355/16
Huffman's [5]  3331/24 3332/2 3333/10
3334/10 3338/5
huh [3]  3321/20 3321/22 3331/12

hydrocarbon [1]  3341/25
hydrophilic [1]  3328/23
hydrostatic [10]  3289/23 3290/1 3290/18
3290/19 3290/24 3296/4 3296/9
3296/21 3297/6 3298/22

**I**

I'd [1]  3319/3
I'll [21]  3283/17 3286/16 3295/14
3295/14 3304/16 3315/9 3327/9
3331/11 3337/19 3338/8 3341/17
3342/9 3344/21 3351/17 3357/17
3357/17 3357/19 3358/1 3358/6
3358/13 3360/24
I'm [31]  3289/4 3290/10 3303/7 3304/5
3310/8 3311/8 3311/15 3314/19
3314/20 3315/10 3315/20 3317/8
3322/2 3329/24 3331/7 3333/5 3335/1
3340/1 3340/21 3342/25 3344/1
3345/17 3349/4 3351/4 3352/7 3357/22
3358/12 3358/13 3359/1 3359/11
3363/6
I've [13]  3298/24 3306/17 3318/7
3325/16 3340/10 3342/3 3345/12
3345/15 3349/25 3353/6 3353/17
3353/18 3359/25
idea [7]  3289/16 3305/12 3316/8
3318/15 3327/17 3328/18 3330/19
identified [2]  3280/21 3347/20
identify [4]  3281/17 3337/22 3341/5
3342/24
ides [1]  3318/13
Illinois [1]  3276/24
immediately [1]  3287/3
impact [8]  3288/11 3288/22 3292/18
3319/15 3320/5 3344/12 3344/24
3348/8
importance [1]  3334/6
important [6]  3289/12 3292/23 3323/24
3326/23 3330/5 3342/18
improper [1]  3297/9
in situ [2]  3343/10 3343/15
inappropriate [1]  3293/10
INC [14]  3274/11 3276/18 3276/21
3277/3 3277/6 3277/10 3277/14
3277/14 3277/17 3277/17 3277/20
3277/20 3278/3 3278/8
inch [2]  3342/21 3344/25
inches [1]  3317/22
include [2]  3287/21 3358/1
includes [2]  3310/10 3341/18
including [6]  3309/10 3309/11 3309/11
3309/12 3321/8 3321/13
inconsistent [2]  3322/19 3323/1
increase [2]  3288/24 3290/8
increased [2]  3283/24 3349/18
increases [1]  3289/5
indeed [2]  3303/16 3314/3
independently [1]  3354/20
indicate [1]  3285/21
indicated [4]  3299/11 3305/10 3320/13
3320/17
indicates [2]  3313/17 3316/20
indicating [1]  3317/5
indirect [3]  3296/10 3296/16 3297/19
individual [2]  3346/9 3354/15
individuals [1]  3284/18
induced [2]  3318/22 3319/5
indulgence [1]  3346/23
industry [10]  3299/7 3302/11 3303/3
3303/12 3306/8 3307/11 3308/2
3341/11 3353/14 3353/24
inelastic [3]  3329/2 3329/4 3329/6

**I**

inference [1]  3318/2
inflow [1]  3288/19
information [9]  3285/24 3287/5 3289/9
3293/8 3317/15 3326/19 3327/7
3327/12 3339/6
initial [4]  3330/13 3332/3 3336/10
3344/4
initiated [5]  3329/15 3329/18 3330/2
3330/5 3330/20 3330/25
input [1]  3305/24
inside [1]  3288/14
insight [1]  3333/20
instantaneous [3]  3287/4 3288/1
3329/14
instead [3]  3291/17 3327/21 3328/20
instruction [1]  3358/2
insurance [1]  3359/4
integration [1]  3337/3
interest [1]  3286/13
Interests [1]  3275/19
internal [4]  3304/1 3306/8 3310/17
3312/4
internally [1]  3303/8
interpret [1]  3293/15
interpretation [2]  3337/9 3349/2
interval [5]  3341/10 3342/23 3342/25
3345/14 3346/2
intervals [1]  3345/13
introduced [2]  3310/6 3310/13
invasion [3]  3316/13 3316/14 3316/17
inverse [1]  3292/3
invoke [1]  3339/24
involve [1]  3359/3
involved [6]  3302/13 3337/8 3348/10
3353/2 3359/8 3359/9
involvement [1]  3337/11
Irpino [2]  3275/6 3275/7
is [257]
ISM [1]  3305/10
isotropic [1]  3347/13
ISRM [7]  3284/10 3301/14 3302/20
3302/20 3304/21 3304/23 3305/10
issue [18]  3284/20 3285/11 3312/5
3332/10 3332/14 3332/16 3334/16
3335/18 3338/22 3339/23 3340/16
3340/17 3340/19 3340/20 3350/23
3350/25 3357/19 3362/2
issued [2]  3302/24 3351/16
issues [14]  3285/15 3288/12 3305/20
3306/9 3306/23 3331/25 3332/23
3333/2 3352/10 3358/16 3360/10
3360/15 3361/22 3362/11
it [142]
it's [54]  3280/10 3281/3 3282/10
3283/14 3283/20 3283/23 3283/24
3285/12 3285/14 3286/3 3286/8 3289/4
3290/5 3291/8 3293/13 3294/20
3297/20 3297/25 3299/23 3300/9
3301/10 3303/18 3305/7 3305/8
3305/24 3306/4 3306/21 3308/24
3310/11 3310/23 3311/1 3312/19
3316/3 3317/10 3318/2 3318/14
3322/22 3322/22 3324/21 3327/11
3328/3 3329/8 3329/24 3333/14 3335/6
3337/24 3340/4 3340/4 3344/19
3347/13 3351/4 3353/23 3357/6
3359/10
items [2]  3281/8 3288/8
its [4]  3321/7 3349/3 3353/22 3361/2
itself [6]  3284/3 3284/3 3285/14 3288/2
3312/21 3317/25

**J**

Jackson [1]  3275/17
Jaime [3]  3308/5 3317/3 3320/18
JAMES [2]  3274/22 3275/22
JEAN [1]  3282/24
JEAN-CLAUDE [1]  3282/24
Jefferson [1]  3274/23
JENNY [1]  3278/3
Jodi [5]  3278/18 3278/20 3363/18
3363/22 3363/23
joined [1]  3356/22
joke [1]  3317/9
JOSEPH [1]  3277/6
JR [1]  3278/4
JUDGE [11]  3274/15 3339/20 3340/7
3350/23 3351/11 3351/13 3351/15
3351/16 3358/21 3359/14 3360/3
JUDY [1]  3276/14
jump [1]  3328/1
just [36]  3280/8 3282/10 3283/7 3283/8
3283/12 3284/25 3287/14 3288/5
3288/7 3288/25 3292/21 3294/21
3298/18 3301/14 3302/10 3302/22
3307/13 3311/9 3313/9 3314/2 3314/13
3319/2 3327/10 3332/12 3334/16
3335/1 3335/5 3335/7 3335/12 3335/22
3342/21 3344/1 3350/13 3351/3
3354/16 3362/10
Justice [2]  3276/6 3276/9
justify [1]  3289/3

**K**

Kanner [2]  3276/2 3276/3
KARIS [1]  3276/2
Katz [2]  3274/18 3277/21
keep [2]  3315/19 3334/25
Kelkar [2]  3355/5 3355/6
kerosene [14]  3322/16 3322/18 3322/25
3323/3 3323/6 3323/12 3323/16
3323/18 3323/21 3324/4 3324/12
3325/4 3325/11 3325/16
KERRY [1]  3277/13
kid [1]  3323/4
kind [3]  3317/9 3346/6 3359/18
kinds [1]  3323/2
KIRBY [1]  3278/15
Kirkland [3]  3276/20 3277/2 3277/5
know [41]  3281/12 3281/20 3282/13
3285/12 3288/24 3291/17 3294/13
3307/7 3307/9 3308/2 3309/17 3309/19
3309/20 3310/17 3310/19 3310/19
3311/11 3311/22 3316/24 3317/9
3319/17 3321/12 3322/22 3323/5
3323/8 3323/9 3326/24 3327/11
3327/14 3327/22 3328/14 3333/10
3335/13 3337/6 3347/6 3351/3 3351/15
3359/19 3359/20 3361/24 3362/24
knowledge [4]  3291/3 3302/16 3303/1
3329/21
known [1]  3290/23
knows [2]  3290/15 3315/20
KRAUS [1]  3276/3
Kuchler [2]  3278/11 3278/12
KY [1]  3278/15

**L**

lab [7]  3293/15 3298/1 3308/20 3308/25
3309/8 3316/5 3322/16
labeled [1]  3341/24
laboratories [4]  3309/6 3324/11 3325/3
3326/20
laboratory [2]  3295/23 3301/8

Labs [2]  3295/23 3313/11
LLC [1]  3283/6
laed.uscourts.gov [1]  3278/20
Lafayette [1]  3274/24
Lake [1]  3275/14
Lamar [1]  3278/19
laminated [1]  3313/7
lamination [2]  3313/9 3313/20
laminations [2]  3313/17 3316/10
LANGAN [6]  3276/21 3355/25 3356/4
3358/19 3359/25 3360/14
language [1]  3310/10
large [5]  3289/12 3333/6 3333/6
3343/24 3344/7
larger [2]  3288/18 3291/7
Larsen [1]  3332/9
Lasalle [1]  3276/23
last [14]  3288/7 3294/22 3294/25
3295/3 3295/9 3307/11 3311/22
3334/11 3334/16 3335/3 3336/10
3350/1 3357/20 3360/15
late [1]  3361/22
later [2]  3351/19 3356/12
Law [1]  3275/6
layer's [1]  3345/21
layering [1]  3313/9
layers [2]  3354/11 3354/18
laymen [1]  3290/1
LEASING [1]  3274/8
least [5]  3307/11 3307/15 3311/23
3356/7 3356/21
leave [1]  3295/6
left [10]  3319/19 3332/7 3332/10
3332/18 3341/18 3342/2 3342/14
3344/5 3345/10 3355/23
left-hand [3]  3341/18 3342/14 3345/10
legal [1]  3360/10
legend [1]  3342/8
less [4]  3321/3 3324/4 3328/7 3328/20
let [8]  3281/14 3281/20 3282/14 3283/5
3297/12 3297/14 3298/13 3357/12
let's [29]  3284/14 3285/3 3286/20
3288/4 3289/18 3291/9 3291/12 3294/3
3295/15 3296/8 3296/25 3299/1 3305/1
3305/1 3306/10 3306/23 3312/5
3316/12 3317/17 3319/7 3320/12
3321/23 3328/1 3328/25 3335/22
3335/24 3345/5 3346/22 3349/6
letter [1]  3282/4
level [2]  3316/4 3330/24
Levin [1]  3275/2
Lewis [3]  3276/17 3278/2 3278/7
LI [1]  3277/20
Liberty [3]  3359/10 3363/5 3363/8
lie [1]  3314/22
light [1]  3313/15
like [16]  3282/7 3291/21 3303/22
3305/23 3311/15 3312/18 3315/25
3317/23 3333/12 3333/16 3333/17
3335/6 3357/20 3357/24 3360/22
3363/4
likes [1]  3300/9
Likewise [1]  3361/15
limit [1]  3357/5
limitation [1]  3327/23 3327/24
limits [2]  3353/22 3356/25
line [4]  3319/21 3324/24 3325/17
3344/3
lines [4]  3323/25 3325/17 3333/18
3342/8
Liskow [1]  3276/17
list [20]  3280/9 3280/14 3281/17 3283/8
3300/15 3301/19 3302/6 3302/10

**L**

list... [12]  3322/19 3323/1 3360/19
3361/1 3361/4 3361/6 3361/7 3361/7
3361/10 3361/11 3361/18 3362/7
listed [2]  3301/24 3304/25
listening [1]  3333/11
lists [1]  3302/4
literature [7]  3292/9 3306/3 3323/11
3323/16 3323/20 3324/3 3326/19
little [7]  3291/19 3305/3 3309/17 3312/6
3319/23 3329/1 3353/13
live [1]  3301/10
LLC [8]  3274/18 3274/22 3276/2
3277/13 3277/13 3277/16 3277/19
3278/11
LLP [8]  3275/12 3276/20 3277/2 3277/5
3277/9 3277/16 3277/19 3278/14
load [1]  3287/3
loaded [1]  3328/4
loading [21]  3283/7 3283/9 3283/13
3284/9 3284/17 3284/24 3285/7
3285/13 3285/22 3285/24 3285/25
3286/9 3328/1 3328/7 3328/10 3328/12
3328/15 3328/20 3328/24 3338/25
3343/12
loads [1]  3287/2
lobe [4]  3344/8 3345/22 3345/23
3349/13
lobes [5]  3343/25 3344/2 3354/11
3354/20 3354/23
log [30]  3335/14 3335/15 3337/3 3337/9
3339/12 3341/7 3341/11 3341/14
3341/19 3342/15 3342/15 3342/16
3342/17 3342/23 3343/11 3343/20
3343/22 3344/5 3344/9 3345/11 3346/7
3346/17 3347/19 3349/2 3349/21
3349/23 3350/9 3350/24 3354/6 3354/8
logged [1]  3341/18
logs [18]  3293/22 3333/20 3333/25
3334/8 3334/9 3338/18 3338/22 3339/6
3339/15 3340/6 3340/17 3340/18
3343/7 3343/9 3346/16 3348/3 3349/12
3350/11
long [4]  3311/19 3311/21 3334/25
3352/1
longer [2]  3307/12 3310/14
look [30]  3285/22 3290/4 3290/24
3293/4 3293/22 3296/25 3306/23
3312/18 3314/3 3314/11 3318/17
3320/23 3324/17 3329/25 3333/16
3341/16 3343/5 3343/25 3345/5
3345/22 3348/2 3349/24 3350/9 3351/4
3351/14 3351/17 3357/18 3359/16
3359/16 3359/19
looked [11]  3281/3 3302/10 3313/12
3314/1 3314/13 3314/18 3315/2 3318/7
3340/10 3354/21 3357/9
looking [4]  3293/21 3333/5 3340/1
3349/22
looks [1]  3363/4
Loos [8]  3308/5 3308/15 3317/3 3317/5
3320/18 3320/21 3320/25 3321/6
Los [2]  3277/4 3277/22
lost [1]  3290/18
lot [5]  3286/6 3290/20 3295/3 3355/5
3360/9 3360/12
LOUISIANA [15]  3274/2 3274/6 3274/20
3274/24 3275/8 3275/14 3275/22
3275/24 3276/3 3276/4 3276/19
3277/14 3278/13 3278/19 3363/19
low [2]  3332/9 3338/16
lower [10]  3341/8 3342/7 3343/25

3344/2 3344/8 3344/8 3344/19 3345/13
3345/20 3346/10
LP [2]  3278/12 3278/15
LUIS [1]  3277/20
lunch [2]  3282/1 3361/15
Lundy [3]  3275/12 3275/12 3275/13
Luxenberg [1]  3275/9

**M**

M56 [2]  3344/19 3347/23
M56D [8]  3341/9 3341/24 3343/22
3345/17 3349/12 3349/17 3351/7
3354/22
M56E [2]  3344/8 3354/23
Macondo [26]  3283/10 3284/6 3295/20
3299/6 3303/2 3303/11 3307/1 3307/8
3311/2 3313/16 3313/24 3319/11
3321/16 3326/5 3329/22 3330/13
3330/20 3330/25 3335/15 3339/2
3347/2 3347/4 3347/17 3350/7 3352/11
3352/14
made [5]  3284/21 3292/22 3316/22
3338/8 3356/14
Magazine [1]  3275/7
magnetic [3]  3347/22 3349/10 3349/11
magnitude [1]  3329/18
mail [1]  3357/10
major [1]  3334/21
make [14]  3282/4 3282/14 3292/21
3296/15 3315/25 3323/14 3324/16
3326/25 3328/16 3345/19 3349/22
3351/17 3360/24 3362/21
makes [2]  3356/17 3359/19
many [7]  3280/24 3298/24 3308/13
3314/5 3329/10 3335/17 3355/23
marked [1]  3316/10
marshaling [3]  3282/6 3361/5 3362/14
MARTIN [1]  3277/3
MARTINEZ [1]  3278/3
match [1]  3341/11
material [3]  3287/3 3318/12 3318/22
materials [3]  3291/11 3296/22 3348/9
matter [6]  3281/25 3294/22 3312/19
3355/24 3360/19 3363/20
matters [1]  3280/8
MATTHEW [2]  3275/13 3276/22
may [8]  3282/19 3292/5 3294/8 3332/20
3332/25 3346/10 3349/17 3360/23
maybe [6]  3286/15 3296/23 3305/9
3309/17 3351/3 3351/24
MAZE [3]  3275/19 3359/21 3359/23
McCutchen [1]  3278/14
MD [1]  3274/4
MDL [1]  3359/18
MDTs [1]  3350/10
me [25]  3283/5 3285/5 3289/11 3293/4
3293/7 3293/15 3294/14 3297/14
3298/13 3303/22 3309/21 3311/3
3316/1 3321/9 3323/10 3331/12
3331/14 3331/15 3347/6 3350/22
3357/9 3357/11 3357/12 3357/24
3358/5
mean [9]  3282/16 3283/13 3312/15
3316/17 3330/8 3333/5 3333/15 3351/8
3351/15
means [5]  3282/2 3311/3 3313/3
3319/18 3319/20
measure [6]  3287/24 3292/16 3296/17
3329/14 3347/9 3347/10
measured [6]  3318/9 3320/7 3328/19
3342/4 3342/23 3343/10
measurement [5]  3342/20 3343/7
3346/10 3347/9 3347/12

measurements [21]  3285/16 3291/13
3291/25 3292/2 3292/6 3293/20
3297/6 3298/11 3303/25 3304/11
3308/16 3310/21 3311/2 3311/13
3321/5 3322/11 3341/19 3342/4
3343/18 3352/21 3354/7
measuring [4]  3290/22 3297/19 3299/3
3341/20
mechanical [1]  3278/24
mechanics [7]  3308/8 3309/8 3328/9
3337/2 3337/17 3338/23 3348/8
medium [1]  3319/19
meet [3]  3281/14 3360/1 3361/4
meeting [3]  3305/16 3360/7 3360/15
members [1]  3305/23
memo [3]  3287/23 3355/25 3357/10
memorandum [2]  3348/15 3349/9
mention [1]  3317/7
mentioned [9]  3285/14 3286/1 3290/17
3291/2 3296/8 3308/21 3310/9 3312/18
3328/25
mentioning [1]  3281/9
mentions [2]  3284/24 3286/22
merely [1]  3349/2
message [1]  3363/7
met [2]  3280/18 3359/25
method [8]  3296/10 3296/12 3297/19
3299/2 3304/21 3305/6 3305/21
3305/25
methods [6]  3303/17 3303/24 3304/10
3304/11 3304/20 3304/23
MEXICO [3]  3274/5 3337/10 3337/18
MICHAEL [1]  3277/19
microsips [2]  3295/19 3338/16
middle [2]  3336/10 3344/18
might [13]  3286/23 3288/23 3298/25
3304/1 3304/22 3306/8 3306/8 3306/18
3306/18 3311/19 3318/2 3330/17
3360/16
MIKE [2]  3277/10 3331/23
MILLER [1]  3277/13
millidarcy [2]  3350/15 3351/8
millidarcys [3]  3350/3 3350/21 3351/9
mimic [1]  3284/2
minus [1]  3330/11
minute [3]  3331/21 3340/1 3347/25
minutes [5]  3334/14 3335/25 3346/24
3351/23 3352/3
missing [3]  3322/20 3323/23
Mississippi [1]  3275/17
Mitchell [1]  3275/2
model [1]  3343/1
modeling [1]  3346/12
models [1]  3292/2
modulus [2]  3291/25 3312/22
molecules [1]  3317/11
Monday [1]  3357/18
monitored [1]  3321/2
Montgomery [1]  3275/20
more [8]  3281/25 3284/13 3286/13
3291/7 3305/13 3318/7 3333/8 3340/13
Morgan [2]  3275/15 3275/15
morning [5]  3281/9 3301/13 3312/19
3313/10 3319/18
most [3]  3307/19 3351/6 3359/3
mostly [2]  3288/14 3305/7
motions [1]  3358/16
move [15]  3284/11 3286/20 3288/4
3294/3 3311/19 3314/19 3316/12
3321/23 3324/19 3327/6 3327/9
3327/10 3328/23 3338/5 3349/6
moved [1]  3359/14
moving [2]  3286/14 3355/24

**M**

Mr [1]  3360/14
Mr. [15]  3280/6 3281/12 3311/14
3325/19 3331/12 3333/6 3355/25
3358/19 3359/21 3359/25 3360/23
3361/18 3361/21 3361/23 3362/24
Mr. Adams [2]  3361/18 3361/21
Mr. Brock [2]  3333/6 3360/23
Mr. Cernich [2]  3280/6 3281/12
Mr. Doyen [2]  3361/23 3362/24
Mr. Fields [3]  3311/14 3325/19 3331/12
Mr. Langan [3]  3355/25 3358/19
3359/25
Mr. Maze [1]  3359/21
Ms [1]  3320/21
Ms. [6]  3282/23 3308/15 3317/5
3320/25 3321/6 3360/21
Ms. Harvey [1]  3282/23
Ms. Loos [4]  3308/15 3317/5 3320/25
3321/6
Ms. Pencak [1]  3360/21
much [11]  3291/6 3291/7 3294/6
3309/18 3317/10 3325/20 3328/12
3328/15 3328/22 3338/16 3345/19
mud [15]  3288/17 3288/17 3288/19
3288/25 3289/1 3316/12 3316/13
3316/17 3316/17 3316/21 3316/23
3317/9 3317/10 3317/14 3327/1
Munger [1]  3277/19
Mutual [3]  3359/10 3363/5 3363/8
my [60]  3281/25 3284/23 3290/17
3290/18 3291/3 3293/24 3294/4
3294/13 3297/4 3297/15 3298/14
3298/15 3299/8 3299/25 3300/11
3303/1 3303/10 3305/7 3305/24 3308/9
3309/22 3310/9 3310/10 3310/12
3310/17 3311/6 3311/7 3311/8 3311/9
3314/2 3318/9 3318/24 3320/11
3323/23 3327/1 3336/9 3337/1 3337/10
3337/11 3337/11 3337/12 3338/16
3338/17 3338/19 3338/19 3341/6
3344/25 3345/11 3345/15 3347/19
3347/19 3350/9 3350/11 3350/16
3350/20 3351/6 3352/21 3353/19
3360/21 3363/19
myself [1]  3352/20

**N**

N.W [3]  3277/7 3277/10 3278/16
name [5]  3294/13 3332/24 3336/7
3336/9 3336/10
narrow [1]  3293/19
NATHANIEL [1]  3276/12
Natural [1]  3276/10
necessarily [1]  3312/15
need [13]  3282/6 3292/7 3293/13
3299/23 3305/22 3310/9 3319/23
3324/16 3326/23 3326/23 3358/16
3358/16 3358/21
needs [1]  3292/7
negative [2]  3289/4 3326/24
negotiated [1]  3356/25
neighborhood [1]  3293/22
neither [3]  3287/11 3317/15 3321/4
Nesic [1]  3361/2
Nessic [1]  3361/19
neutron [1]  3342/16
never [8]  3297/13 3297/14 3321/3
3322/24 3323/3 3325/16 3352/20
3352/24
new [13]  3274/6 3274/20 3275/8
3275/11 3275/11 3276/4 3276/19

3277/14 3278/13 3278/19 3283/18
3283/18
next [4]  3291/24 3345/5 3359/19 3360/1
nightmare [1]  3331/10
nightmares [2]  3294/20 3295/1
no [74]  3280/11 3292/2 3292/14
3292/17 3295/6 3296/14 3299/16
3299/17 3300/4 3300/9 3300/14
3302/20 3303/1 3303/5 3303/16
3303/24 3304/9 3304/21 3306/4
3306/16 3306/17 3307/7 3308/1 3310/8
3310/17 3310/25 3311/8 3311/16
3312/4 3314/4 3314/13 3318/7 3318/13
3318/15 3319/2 3320/7 3322/2 3323/18
3324/6 3325/6 3325/14 3325/18
3325/19 3327/17 3327/17 3328/18
3328/22 3329/3 3329/21 3330/9
3330/19 3330/20 3331/1 3331/5
3335/13 3335/16 3335/17 3335/17
3339/6 3340/18 3348/3 3351/24
3352/19 3352/23 3353/1 3354/2
3355/13 3355/15 3355/20 3359/8
3359/10 3359/10 3361/9 3363/9
nobody [1]  3300/9
non [1]  3316/5
non-destructive [1]  3316/5
none [5]  3299/17 3299/21 3299/25
3302/16 3302/24
NONJURY [1]  3274/14
nonobjected [1]  3360/21
nonresponsive [2]  3324/20 3327/5
normally [1]  3354/19
north [2]  3275/23 3347/11
not [100]
not-too-distant [1]  3358/14
note [4]  3338/17 3343/9 3353/4 3357/2
notes [2]  3300/4 3300/4
nothing [2]  3294/1 3323/20
November [2]  3362/15 3362/18
November 7th [1]  3362/18
now [42]  3284/1 3284/19 3286/17
3299/1 3299/9 3301/7 3301/12 3301/21
3302/10 3303/2 3305/22 3306/2 3307/4
3307/21 3308/20 3309/1 3312/8
3312/14 3313/6 3313/23 3315/5 3315/9
3315/19 3318/5 3318/21 3319/7
3323/11 3329/21 3330/1 3330/13
3342/6 3342/18 3345/11 3345/17
3350/17 3351/11 3352/10 3357/18
3358/18 3361/5 3361/17 3362/14
Nuclear [1]  3349/10
number [10]  3288/14 3291/19 3293/23
3299/9 3302/1 3302/4 3313/23 3328/23
3354/21 3357/1
numbered [2]  3357/25 3363/20
numbers [5]  3292/1 3293/6 3293/14
3308/4 3343/4

**O**

O'CONNOR [1]  3277/7
O'Keefe [1]  3274/19
O'ROURKE [1]  3276/11
object [1]  3332/19
objected [6]  3280/20 3281/17 3304/13
3360/20 3361/3 3361/3
objection [18]  3280/12 3285/5 3286/16
3293/11 3297/9 3303/18 3303/20
3304/17 3310/22 3335/19 3340/11
3344/15 3347/25 3348/11 3349/5
3361/9 3361/13 3362/12
objections [6]  3280/11 3280/16 3281/7
3281/9 3281/11 3361/17
obtain [3]  3302/1 3308/16 3354/7

obtained [1]  3319/8
obviously [2]  3290/3 3351/10
occasion [2]  3290/18 3353/22
3355/23 3362/14
occur [1]  3329/23
October [2]  3274/7 3280/2
odd [1]  3310/14
off [4]  3310/17 3316/23 3330/8 3335/8
offer [6]  3280/18 3282/8 3282/14
3282/20 3361/6 3361/18
offered [2]  3281/10 3282/13
offers [1]  3282/7
Office [7]  3274/23 3275/4 3275/18
3275/22 3275/23 3276/7 3276/15
official [4]  3278/18 3305/14 3363/18
3363/23
Offshore [3]  3277/13 3277/16 3277/19
often [1]  3327/14
oh [2]  3292/14 3308/10
oil [3]  3274/4 3274/4 3322/16 3337/4
okay [60]  3281/21 3281/22 3282/22
3283/17 3283/22 3286/15 3290/1
3290/20 3290/20 3293/11 3294/17
3295/8 3295/15 3295/16 3298/8
3299/17 3299/21 3304/18 3305/8
3307/1 3307/3 3307/14 3307/14
3310/24 3311/10 3314/11 3315/6
3315/7 3315/13 3315/16 3318/9
3321/23 3325/24 3329/5 3330/4 3330/7
3331/9 3331/13 3331/16 3335/8
3335/11 3336/1 3336/4 3336/18
3336/21 3336/22 3338/4 3340/10
3340/25 3342/12 3342/13 3344/21
3346/22 3347/15 3348/11 3349/4
3351/20 3352/4 3355/19 3360/9
Olson [1]  3277/19
once [4]  3321/10 3325/21 3329/18
3359/25
one [52]  3281/25 3284/23 3286/13
3288/14 3289/3 3291/2 3291/9 3293/19
3293/23 3298/10 3298/21 3299/10
3299/20 3306/23 3309/5 3309/8
3311/22 3312/14 3312/25 3313/12
3313/16 3314/3 3314/13 3314/14
3315/13 3315/22 3317/17 3318/20
3321/10 3327/25 3331/21 3335/12
3335/16 3336/16 3337/14 3338/18
3340/13 3341/6 3341/8 3342/10
3342/10 3342/10 3342/21 3350/22
3351/10 3352/10 3354/16 3356/9
3356/22 3357/3 3359/8 3360/18
one's [1]  3345/19
one-inch [1]  3342/21
ones [8]  3280/20 3281/13 3281/17
3323/10 3355/4 3360/20 3360/21
3362/10
only [14]  3291/3 3295/11 3296/22
3309/20 3314/1 3314/3 3315/13
3319/18 3322/25 3329/4 3335/14
3339/4 3343/23 3362/1
opened [2]  3281/13 3314/23
opening [3]  3356/9 3356/11 3357/1
operating [3]  3321/7 3321/13 3321/16
operation [1]  3317/25
opining [1]  3335/4
opinion [29]  3284/5 3285/7 3285/12
3285/22 3286/23 3288/22 3289/18
3289/23 3291/12 3291/13 3292/25
3295/22 3308/24 3326/25 3332/8
3332/13 3334/3 3334/4 3335/21
3338/13 3338/17 3339/1 3340/18
3346/15 3347/2 3347/4 3347/17 3350/6
3351/6
opinions [7]  3284/16 3286/3 3286/21

Q

opinions... [4] 3332/7 3338/11 3348/24 3352/16
opposed [1] 3350/10
option [1] 3353/21
order [7] 3296/3 3296/10 3296/14 3351/16 3357/19 3358/10 3359/14
orientation [10] 3312/6 3312/9 3347/13 3348/6 3348/7 3348/24 3353/13 3353/15 3353/25 3354/4
oriented [1] 3353/23
original [1] 3315/1
Orleans [8] 3274/6 3274/20 3275/8 3276/4 3276/19 3277/14 3278/13 3278/19
other [32] 3284/10 3285/10 3287/21 3289/19 3296/18 3297/25 3302/23 3314/4 3314/5 3314/12 3314/18 3315/3 3318/20 3323/10 3324/17 3326/19 3327/7 3327/12 3332/10 3334/24 3339/6 3342/20 3346/12 3349/24 3350/10 3350/17 3352/21 3352/21 3357/4 3358/16 3360/6 3360/12
others [3] 3281/18 3323/5 3346/6
our [15] 3280/14 3282/8 3282/9 3282/16 3319/4 3332/7 3343/2 3356/5 3356/7 3356/12 3357/6 3358/4 3360/15 3362/9 3362/22
out [22] 3281/14 3285/3 3288/16 3292/5 3292/19 3295/14 3322/6 3333/8 3335/5 3340/7 3341/22 3342/13 3345/18 3345/25 3351/10 3358/16 3358/22 3359/18 3361/17 3361/25 3362/14 3362/19
outs [4] 3280/9 3280/17 3281/1 3281/2
outside [3] 3286/3 3294/24 3339/18
outstanding [1] 3362/2
over [12] 3282/1 3287/5 3287/20 3290/5 3290/5 3299/11 3302/14 3325/21 3329/19 3334/22 3339/8 3351/20
overall [5] 3338/21 3350/6 3354/17 3356/16 3358/12
overburden [1] 3318/11
overlap [2] 3335/2 3356/24
overrule [6] 3293/11 3303/20 3304/16 3340/10 3348/11 3349/4
Overruled [2] 3310/24 3344/21
own [6] 3282/8 3301/18 3303/15 3305/24 3334/8 3349/3

P

P-wave [2] 3291/23 3291/24
PA [1] 3275/3
page [26] 3279/2 3285/3 3285/8 3285/23 3287/15 3296/25 3298/4 3301/21 3304/4 3306/10 3314/7 3319/21 3320/24 3323/25 3325/17 3339/22 3340/2 3340/3 3340/4 3340/8 3344/18 3351/4 3351/5 3356/25 3357/5 3360/3
page 37 [3] 3340/4 3340/8 3344/18
pages [6] 3332/3 3332/3 3332/5 3332/6 3348/2 3357/5
Papantonio [1] 3275/2
papers [3] 3299/12 3310/20 3311/11
paragraph [2] 3339/22 3340/4
paragraphs [2] 3351/10 3357/25
parameter [1] 3296/18
parameters [1] 3312/8
part [10] 3282/9 3300/15 3305/4 3305/8 3305/9 3317/2 3317/2 3320/17 3320/20 3325/2

partial [2] 3332/4 3332/5
particular [11] 3281/23 3285/7 3285/9 3285/10 3285/9 3285/22 3288/15 3296/15 3300/25 3305/20 3340/17
particularly [1] 3284/12
parties [4] 3357/2 3357/13 3357/15 3360/3
parts [1] 3347/23
pass [1] 3294/5
path [1] 3358/22
PAUL [1] 3276/22
pay [1] 3349/18
PC [3] 3275/9 3278/2 3278/7
peer [1] 3306/3
peer-reviewed [1] 3306/3
peers [2] 3306/5 3306/15
penalty [1] 3358/19
Pencak [2] 3360/21 3360/25
penetrate [1] 3289/1
Pennsylvania [1] 3277/10
Pensacola [1] 3275/5
people [3] 3292/22 3305/13
per [8] 3283/9 3283/11 3328/7 3328/11 3328/15 3328/20 3328/21 3328/23
percent [16] 3293/13 3293/16 3296/24 3305/9 3310/11 3343/22 3344/5 3344/6 3344/9 3345/18 3345/23 3345/24 3346/1 3346/2 3346/22 3355/1
percentage [1] 3309/17
percentage-wise [1] 3309/17
perform [3] 3308/3 3310/1 3326/20
performed [12] 3307/21 3307/24 3315/11 3324/17 3325/11 3326/15 3327/15 3327/18 3327/20 3328/10 3329/22 3352/13
performing [12] 3300/3 3300/7 3300/13 3302/18 3302/25 3303/4 3303/12 3303/17 3309/6 3309/12 3324/12 3352/19
performs [4] 3308/12 3308/13 3309/15 3309/23
perhaps [3] 3305/15 3308/24 3359/15
period [1] 3356/12
permeabilities [2] 3350/14 3350/19
permeability [14] 3298/23 3312/18 3312/20 3332/8 3332/14 3334/13 3334/15 3339/1 3350/3 3350/7 3350/15 3350/25 3351/7 3351/11
person [1] 3308/8
personally [2] 3307/21 3307/24
perspective [3] 3282/10 3342/21 3356/6
PETITION [1] 3274/8
PETOSA [1] 3275/16
Petroleum [2] 3278/11 3278/14
PH.D [2] 3333/2 3336/5
phase [16] 3291/24 3322/20 3322/20 3323/23 3335/16 3336/16 3337/14 3337/23 3338/12 3338/18 3338/19 3338/19 3341/6 3341/8 3356/9 3358/19
phenomenon [1] 3287/2
physicist [1] 3333/3
physics [2] 3337/2 3337/17
picture [1] 3356/16
piece [3] 3292/9 3291/21 3291/22
place [1] 3315/12
Plaintiffs [7] 3274/18 3274/21 3275/2 3275/6 3275/9 3275/12 3275/15
plate [1] 3360/6
plays [1] 3323/24
PLC [5] 3276/19 3276/22 3277/4 3277/7 3277/11
please [27] 3280/5 3284/14 3285/3 3287/13 3287/15 3288/5 3288/5 3288/5

post [18] 3289/21 3311/8 3320/19 3338/9 3338/11 3340/14 3341/5 3345/6 3347/24 3348/13 3348/17 3348/20 3349/14 3349/16
plus [2] 3288/2 3345/1
point [9] 3286/13 3292/5 3292/19 3317/12 3323/23 3332/7 3333/14 3335/12 3358/14
Poisson [1] 3291/25
Polk [1] 3278/11
Pooladi [1] 3355/8
poor [2] 3318/3 3318/23
pore [20] 3285/1 3286/5 3300/7 3300/13 3302/18 3307/21 3309/6 3309/10 3309/12 3316/18 3318/3 3319/11 3322/10 3325/5 3327/2 3330/11 3330/13 3330/13 3343/20 3354/3
pore/core [1] 3318/3
pores [3] 3321/25 3322/4 3323/3
porosities [8] 3340/5 3340/6 3341/18 3342/4 3343/8 3343/11 3350/18 3354/10
porosity [30] 3284/13 3290/25 3291/1 3291/8 3296/5 3296/20 3297/6 3298/23 3316/6 3341/15 3341/19 3342/16 3342/19 3343/7 3343/17 3343/20 3343/23 3346/6 3344/10 3345/14 3345/15 3345/25 3349/19 3350/12 3350/14 3354/7 3354/13 3354/18 3355/10
portion [2] 3332/2 3341/6
portions [1] 3333/6
positive [1] 3289/3
post [8] 3274/23 3275/4 3275/23 3276/7 3276/15 3348/15 3349/9 3356/1
post-trial [1] 3356/1
post-well [2] 3348/15 3349/9
posted [2] 3342/3 3342/15
potential [4] 3288/11 3317/24 3318/5 3318/25
potentially [2] 3316/14 3316/14
Poydras [4] 3276/18 3277/14 3278/12 3278/18
practice [6] 3283/8 3284/7 3306/24 3306/25 3328/6 3341/11
practices [22] 3299/7 3300/7 3300/12 3300/16 3300/25 3301/7 3301/19 3301/23 3302/4 3302/7 3302/10 3302/18 3302/25 3304/25 3306/3 3306/6 3306/14 3306/19 3306/21 3322/19 3323/1 3346/12
prefer [1] 3309/20
preliminary [2] 3280/8 3281/25
preparing [1] 3284/16
PRESCOTT [1] 3278/4
presence [3] 3313/15 3313/17 3313/20
present [2] 3281/15 3289/5
presentation [5] 3284/20 3285/1 3287/14 3306/5 3335/18
presentations [1] 3306/13
presented [4] 3285/10 3306/14 3332/1 3332/19
presently [2] 3304/22 3360/7
preservation [1] 3339/7
preserve [1] 3282/16
pressed [1] 3362/24
pressure [14] 3283/14 3283/23 3285/15 3285/16 3285/16 3288/18 3290/3 3327/2 3330/11 3330/13 3330/15 3330/16 3330/21 3335/15
pretrial [1] 3363/9
pretty [2] 3344/7 3345/19

P

previously [1] 3282/25
principle [3] 3346/5 3353/17 3356/13
principles [1] 3350/8
prior [2] 3315/11 3319/24
private [1] 3317/9
privy [1] 3304/2
probably [11] 3301/11 3305/15 3309/15 3309/23 3310/1 3314/5 3334/13 3356/16 3357/18 3359/8 3359/17
problem [3] 3297/20 3311/14 3315/1
problems [2] 3291/16 3292/19
procedure [4] 3287/24 3321/9 3353/14 3353/24
procedures [8] 3320/13 3321/7 3321/13 3321/16 3326/2 3353/3 3353/4 3353/6
proceed [1] 3294/8
proceeding [1] 3337/24
proceedings [5] 3278/24 3363/15 3363/20
process [3] 3342/19 3360/2 3360/8
Proctor [1] 3275/3
production [13] 3274/10 3276/18 3276/18 3276/21 3276/21 3277/3 3277/3 3277/6 3277/6 3277/10 3277/10 3284/2 3337/4
professional [3] 3302/14 3302/16 3302/23
Professor [3] 3280/15 3281/6 3295/18
Professor Blunt [1] 3280/15
Professor Blunt's [1] 3281/6
Professor Zimmerman [1] 3295/18
profile [1] 3316/6
project [3] 3289/11 3289/14 3289/15
promise [1] 3281/25
pronouncing [1] 3315/19
proof [4] 3282/7 3282/8 3282/14 3282/20
propagate [1] 3291/23
properly [1] 3320/15
properties [14] 3288/20 3292/6 3307/20 3312/8 3312/12 3312/17 3312/20 3312/21 3328/23 3337/6 3338/21 3342/24 3349/21 3349/23
property [5] 3312/15 3312/16 3312/25 3342/17 3342/17
proposal [2] 3305/5 3358/4
proposed [2] 3356/22 3357/23
protocol [7] 3299/5 3299/24 3301/1 3301/13 3303/7 3304/1 3329/25
prototype [1] 3307/16
provide [2] 3305/24 3307/19
PSC [1] 3357/3
psi [14] 3283/9 3318/14 3318/19 3318/20 3327/3 3328/7 3328/11 3328/15 3328/20 3328/21 3328/23 3330/14 3330/17 3330/22
publically [2] 3311/25 3312/4
publish [1] 3300/9
published [15] 3299/9 3299/11 3299/15 3299/17 3299/21 3299/25 3300/6 3300/11 3302/11 3303/3 3303/11 3306/2 3310/19 3311/11 3353/8
pull [9] 3284/14 3287/19 3289/21 3295/25 3296/8 3298/18 3298/18 3300/19 3338/9
pulling [1] 3283/5
purpose [1] 3286/11
purposes [5] 3323/22 3324/5 3353/16 3354/1 3355/11
put [5] 3282/15 3290/2 3291/22 3301/11 3316/6

putting [2] 3290/9 3336/15
PVC [1] 3364/8 3312/1

Q

qualifications [1] 3333/12
qualified [1] 3337/13
qualify [2] 3297/14 3297/14
quality [1] 3352/16
quantification [2] 3356/15 3356/23
quantify [7] 3287/12 3292/18 3292/23 3315/22 3316/4 3354/3 3354/5
quantitative [1] 3327/19
quantity [3] 3290/22 3290/22
question [43] 3294/4 3295/2 3295/9 3297/2 3297/4 3298/6 3298/15 3298/15 3299/25 3300/11 3303/10 3303/22 3304/7 3304/14 3306/12 3307/23 3308/9 3309/22 3310/12 3310/23 3311/6 3311/8 3311/9 3311/16 3311/20 3311/22 3314/9 3314/15 3315/2 3315/15 3318/24 3319/24 3324/1 3324/7 3324/22 3324/25 3325/7 3325/21 3327/10 3333/22 3340/22 3340/22 3340/25
questions [4] 3320/9 3331/2 3350/1 3355/13
quick [1] 3360/25
quickly [2] 3318/21 3349/8
quite [3] 3292/6 3310/8 3353/6
quote [1] 3349/9

R

Rafferty [1] 3275/3
range [4] 3344/19 3350/15 3350/18 3351/8
rapidly [1] 3328/4
rate [23] 3283/7 3283/9 3283/11 3283/13 3283/14 3283/23 3283/24 3284/1 3284/6 3284/9 3284/17 3284/24 3285/7 3285/13 3285/17 3285/23 3286/9 3328/1 3328/7 3328/11 3328/12 3328/15 3328/20
rates [2] 3285/24 3285/25
rather [3] 3310/6 3310/15 3326/11
rating [1] 3328/12
ratio [2] 3291/25 3298/3
RE [2] 3274/4 3274/7
reach [2] 3280/19 3296/3
read [4] 3304/17 3348/20 3349/16 3355/4
reads [1] 3349/17
ready [3] 3322/2 3360/2 3360/4
realize [2] 3293/13 3305/22
really [3] 3309/21 3333/11 3340/16
reason [1] 3284/9
reasonable [2] 3351/6 3357/11
reasons [1] 3333/7
rebuttal [5] 3334/12 3337/23 3340/9 3341/7 3355/20
recall [3] 3298/24 3298/25 3317/5
received [1] 3293/14
recent [1] 3327/1
recommend [1] 3289/10 3353/20
recommendations [1] 3284/17
recommended [2] 3284/9 3287/23
reconsolidated [1] 3291/10
record [8] 3282/11 3294/23 3294/24 3295/6 3332/24 3336/8 3362/21 3363/20
recorded [1] 3278/24
recovery [2] 3318/3 3318/23
red [3] 3341/25 3342/11 3346/3
redacted [5] 3282/3 3282/5 3300/21

3301/24 3337/24
redactions [4] 3282/3 3282/5 3338/3 3338/8
redirect [5] 3331/4 3331/5 3351/24 3351/25 3355/14
reestablish [3] 3283/15 3283/25 3326/22
refer [1] 3291/5
reference [6] 3295/12 3315/25 3335/13 3335/14 3335/16 3348/3
referenced [1] 3348/23
references [1] 3285/24
referring [6] 3282/20 3287/14 3295/4 3351/3 3351/12 3355/4
refers [1] 3304/19
REGAN [1] 3276/22
regarding [3] 3289/18 3291/12 3340/8
regards [1] 3313/6
regime [3] 3329/6 3329/6 3329/7
regroup [1] 3359/17
rehash [1] 3335/6
reinterpreting [1] 3289/17
reiterate [1] 3346/20
reject [1] 3291/8
related [9] 3285/11 3285/15 3287/17 3312/5 3312/24 3332/13 3332/14 3334/13 3339/5
relationship [3] 3291/1 3291/3 3291/9
relationships [5] 3290/23 3296/20 3297/5 3350/9 3350/25
relevant [1] 3333/14
reliability [8] 3286/24 3288/9 3302/7 3310/20 3311/12 3316/15 3317/25 3325/12
reliable [5] 3293/3 3296/12 3308/16 3338/15 3346/16
relied [3] 3289/19 3338/14 3339/3 3346/19 3348/23
rely [1] 3303/14
relying [2] 3296/17 3355/10
remaining [1] 3361/9
remember [2] 3294/16 3315/10
remind [2] 3315/10 3347/6
remove [1] 3360/20
removed [1] 3361/4
repeat [6] 3303/22 3307/23 3320/19 3321/3 3323/14 3335/6
replicate [1] 3338/24
replies [2] 3356/12 3357/1
report [43] 3285/14 3285/23 3286/7 3286/11 3288/12 3292/19 3293/8 3293/9 3294/1 3294/2 3300/22 3301/19 3301/24 3302/11 3305/4 3310/9 3332/2 3332/3 3332/3 3332/18 3333/5 3334/12 3334/17 3334/24 3335/14 3337/23 3337/25 3338/5 3338/19 3338/20 3339/18 3339/22 3339/25 3340/2 3340/18 3341/7 3343/16 3344/16 3348/3 3349/1 3350/16 3354/3 3354/16
reported [1] 3343/15
reporter [5] 3278/18 3283/16 3283/18 3363/18 3363/23
reports [7] 3282/2 3289/2 3289/13 3298/21 3298/24 3311/3 3311/1
represent [2] 3340/24 3341/24
representation [1] 3361/12
representative [9] 3333/21 3334/2 3338/20 3342/25 3343/6 3345/3 3345/20 3346/10 3346/10
representativeness [1] 3340/23
represents [1] 3341/25
reproducing [1] 3290/14
reproduction [2] 3281/2 3281/3

R
request [2]  3283/16 3294/23
requested [2]  3282/4 3310/3
research [3]  3299/23 3325/11 3353/11
reserve [1]  3339/24
reservoir [48]  3287/20 3288/19 3293/3
3295/20 3301/9 3301/25 3302/2 3307/8
3312/2 3312/3 3318/8 3322/1 3322/21
3325/16 3326/5 3326/12 3326/21
3327/15 3327/21 3329/9 3329/16
3329/23 3330/6 3330/13 3330/16
3330/21 3330/25 3334/2 3338/21
3339/1 3339/2 3341/9 3341/20 3342/22
3344/4 3344/14 3345/1 3345/3 3346/8
3346/11 3346/18 3347/18 3349/11
3350/7 3350/14 3352/11 3352/14
3354/14
reservoirs [5]  3341/23 3342/1 3347/2
3347/5 3347/23
resistivity [3]  3334/8 3347/21 3349/19
resolution [1]  3280/19
resolve [2]  3280/17 3362/22
resonance [3]  3347/22 3349/10 3349/11
Resources [1]  3276/10
respect [16]  3283/9 3284/5 3284/6
3285/13 3286/8 3287/7 3288/22 3289/8
3294/22 3302/23 3305/10 3306/19
3321/1 3321/16 3341/14 3362/23
respects [1]  3360/13
response [4]  3295/3 3320/11 3348/5
3349/12
responsible [1]  3352/24
responsive [4]  3324/21 3327/8 3327/11
3335/9
restrictions [1]  3332/4
resulting [1]  3281/5
results [18]  3281/5 3284/8 3287/10
3288/23 3289/17 3291/14 3293/1
3295/22 3302/8 3303/15 3312/1
3325/12 3328/16 3338/14 3346/16
3348/8 3352/25 3354/4
review [5]  3284/16 3286/25 3289/2
3289/8 3357/7
reviewed [8]  3296/3 3298/22 3298/23
3306/3 3317/3 3320/18 3320/20
3326/18
reviewing [1]  3353/3
revised [1]  3361/7
RICHARD [3]  3276/14 3278/8 3332/25
Richeson [1]  3278/11
rid [1]  3322/24
RIG [1]  3274/4
right [49]  3280/5 3280/6 3280/12
3281/23 3282/17 3283/22 3284/19
3286/11 3286/18 3289/14 3294/3
3294/7 3295/14 3304/16 3305/22
3308/7 3309/1 3312/17 3321/12
3330/10 3331/4 3331/19 3333/6
3333/11 3337/19 3338/7 3339/24
3341/9 3341/21 3341/23 3342/2 3342/7
3342/11 3344/19 3345/10 3351/14
3351/14 3351/19 3355/16 3355/21
3357/17 3358/19 3358/25 3359/5
3359/21 3361/10 3363/1 3363/5
3363/11
right-hand [3]  3341/9 3342/7 3345/10
rise [2]  3280/4 3363/14
risk [1]  3308/4
RMR [4]  3278/18 3363/18 3363/22
3363/23
ROBERT [2]  3277/6 3277/10
ROBERTS [1]  3277/16

ROBIN [1]  3275/10
rock [30]  3286/13 3288/2 3290/6
3291/21 3308/8 3308/25 3309/8 3312/9
3312/11 3312/12 3312/14 3312/15
3312/16 3312/17 3312/21 3313/6
3313/7 3313/9 3318/19 3322/13 3323/6
3326/8 3328/8 3329/22 3333/3 3337/1
3337/2 3337/6 3337/17 3337/17 3339/5
3347/9 3347/9 3347/12 3348/8 3349/12
3349/17 3352/25
rocks [8]  3291/4 3291/5 3292/6 3329/9
3329/11 3337/9 3338/23 3342/1
ROEGIERS [22]  3282/24 3283/3
3284/16 3286/7 3286/20 3286/22
3287/17 3288/8 3291/11 3292/11
3292/18 3294/13 3295/18 3297/2
3298/9 3301/14 3332/12 3332/16
3333/18 3334/7 3335/7 3352/22
Roegiers' [2]  3285/7 3293/9
role [2]  3323/24 3337/12
room [4]  3278/18 3291/17 3326/9
3326/11
rotary [20]  3306/25 3307/10 3307/13
3307/22 3307/25 3308/3 3308/12
3308/16 3309/16 3309/23 3310/5
3310/7 3310/13 3310/15 3310/21
3311/13 3312/1 3312/5 3319/8 3353/22
Rouge [1]  3275/24
rough [1]  3301/11
roughly [2]  3343/17 3345/20
Roy [2]  3274/21 3274/22
RT [2]  3347/20 3349/11
rude [1]  3311/9
rule [2]  3319/7 3339/25
ruled [1]  3339/21
run [1]  3327/22
résumé [1]  3302/13

S
S-wave [1]  3291/23
s/Jodi [1]  3363/22
said [30]  3281/14 3288/1 3289/5 3290/6
3290/13 3291/21 3292/3 3294/25
3296/14 3297/13 3304/24 3301/4
3304/18 3306/17 3308/6 3309/2 3315/2
3315/4 3317/22 3321/12 3325/18
3325/19 3327/7 3335/1 3340/7 3346/20
3350/17 3351/16 3361/21 3362/15
sake [1]  3333/10
salt [1]  3318/10
same [29]  3290/4 3290/8 3292/10
3297/20 3298/2 3301/4 3301/21 3312/2
3318/15 3319/2 3321/18 3325/15
3325/21 3333/17 3335/4 3342/15
3343/6 3344/5 3345/10 3345/19
3347/11 3347/13 3347/13 3350/8
3350/12 3352/22 3356/15 3356/18
3360/3
sample [6]  3314/12 3314/12 3315/22
3316/18 3318/1 3342/21
samples [26]  3283/10 3284/6 3299/6
3303/2 3303/11 3307/18 3312/2
3313/16 3313/23 3316/21 3316/24
3317/5 3317/19 3319/11 3321/24
3321/25 3322/4 3322/4 3323/6 3326/8
3328/3 3328/4 3329/22 3332/11
3333/21 3334/2
samples' [1]  3322/14
sampling [1]  3313/12
sand [4]  3341/25 3344/19 3354/11
3354/20
sands [1]  3351/7
sandstone [1]  3312/25

sandstones [4]  3284/12 3284/13 3285/2
3285/2
SARAH [2]  3276/15 3281/24
satisfactory [1]  3310/11
saturant [11]  3290/14 3322/7 3322/10
3322/13 3322/16 3322/18 3323/3
3323/22 3324/5 3324/12 3325/4
saturate [3]  3321/23 3323/6 3325/14
saturated [3]  3324/18
saturating [4]  3322/7 3322/25 3323/12
3323/17
saturation [3]  3290/14 3291/16 3338/24
saw [3]  3314/4 3321/3 3348/15
say [26]  3289/4 3292/23 3293/15
3297/17 3301/19 3306/17 3306/24
3308/13 3308/18 3308/18 3308/19
3311/17 3311/20 3316/20 3323/22
3327/11 3331/14 3332/17 3334/17
3335/10 3339/12 3339/14 3339/16
3340/13 3354/16 3362/20
saying [6]  3289/4 3310/14 3311/16
3339/23 3350/17 3350/24
says [7]  3294/1 3310/6 3310/9 3317/12
3344/17 3348/6 3351/5
scale [2]  3344/14 3346/7
scaled [1]  3346/7
scales [1]  3287/21
scan [3]  3313/16 3314/1 3314/6
scanner [3]  3334/9 3347/21 3349/11
scans [3]  3313/11 3314/11 3314/18
schedule [3]  3356/15 3356/19 3357/20
3358/13
scheduled [5]  3359/2 3359/3 3359/4
3359/7 3359/13
scheduling [1]  3359/14
Schell [1]  3278/11
Schlumberger [1]  3307/17
scientific [5]  3299/11 3333/22 3333/25
3334/1 3339/4
scientifically [1]  3345/4
scope [2]  3294/1 3294/24
SCOTT [2]  3276/12 3280/7
scrape [1]  3316/23
screen [1]  3308/7
SEAN [1]  3278/5
search [1]  3288/14
seated [1]  3280/5
second [3]  3283/9 3283/11 3287/19
3290/13 3328/7 3328/11 3328/16
3328/20 3328/21 3328/23 3334/4
3339/1 3340/4 3341/22 3342/10 3348/6
3354/17 3356/10 3356/12
section [5]  3274/5 3276/10 3285/23
3285/25 3342/2
see [12]  3281/14 3301/1 3304/3
3319/24 3335/23 3335/24 3358/15
3359/1 3362/6 3362/22 3362/24 3363/4
seeing [1]  3343/11
seems [3]  3311/15 3333/17 3335/6
seen [6]  3298/24 3298/25 3310/25
3313/18 3351/5 3351/15
seismic [4]  3293/22 3293/22 3337/3
3337/9
select [1]  3293/23
selected [1]  3353/18
send [2]  3358/5 3358/6
sense [3]  3356/14 3356/17 3359/19
sentence [2]  3348/6 3351/10
separate [3]  3340/22 3356/18 3357/3
separately [1]  3357/25
September [1]  3340/7
September 10th [1]  3340/7
series [1]  3350/1

S

service [3]  3308/2 3308/20 3326/19
Services [2]  3278/3 3278/8
SESSION [2]  3274/14 3280/1
set [4]  3281/18 3319/23 3356/22
3357/20
sets [1]  3343/4
setting [3]  3300/6 3300/12 3322/23
several [4]  3285/12 3285/14 3317/22
3355/2
shading [1]  3313/16
shale [1]  3341/24
shales [1]  3348/9
she [15]  3282/19 3308/13 3308/13
3308/15 3317/7 3321/9 3321/12
3321/14 3321/14 3321/15 3321/19
3339/21 3350/23 3351/16 3360/6
she's [2]  3308/8 3339/23
short [2]  3333/3 3335/1
should [14]  3282/6 3287/24 3295/12
3298/1 3310/7 3310/11 3310/15
3315/14 3325/20 3328/7 3353/15
3353/25 3358/2 3359/17
show [6]  3334/9 3338/22 3341/14
3342/16 3345/8 3349/12
showed [4]  3291/20 3314/5 3338/20
3347/22
showing [3]  3281/4 3284/19 3330/20
shown [1]  3291/6
shows [3]  3334/1 3345/9 3346/17
Shushan [8]  3339/20 3340/7 3350/23
3351/11 3351/16 3358/21 3359/14
3360/3
Shushan's [1]  3351/15
side [6]  3341/21 3341/23 3345/10
3356/23 3357/4 3357/5
sides [1]  3356/11
sidewall [27]  3307/1 3307/10 3307/13
3307/22 3307/25 3308/3 3308/12
3308/16 3309/16 3309/18 3309/23
3309/24 3310/1 3310/6 3310/7 3310/13
3310/15 3310/21 3311/2 3311/13
3312/1 3312/5 3317/25 3319/8 3339/4
3340/8 3353/22
significant [4]  3343/20 3344/10 3346/3
3347/22
significantly [1]  3348/7
signs [1]  3302/2
Simcox [5]  3278/18 3278/20 3363/18
3363/22 3363/23
similar [7]  3291/16 3335/4 3349/24
3353/7 3356/8 3356/10 3360/23
Similarly [1]  3298/8
simple [2]  3298/15 3311/7
simplified [1]  3330/12
simply [11]  3281/1 3281/3 3297/4
3299/25 3300/11 3303/10 3309/22
3310/12 3311/6 3318/24 3361/5
simulate [2]  3301/8 3301/24
simulation [1]  3346/11
simultaneous [1]  3356/12
since [12]  3306/17 3310/5 3310/13
3314/17 3314/17 3316/10 3318/7
3325/16 3333/11 3336/16 3356/23
3361/15
SINCLAIR [1]  3275/19
single [1]  3314/1
sir [17]  3282/20 3299/25 3300/11
3303/10 3309/22 3310/12 3311/6
3311/8 3331/6 3337/8 3338/13 3341/6
3344/23 3348/21 3349/9 3349/24
3360/14

site [3]  3291/8 3292/8 3297/25
Site [1]  3289/8
sitting [1]  3333/11
situ [3]  3338/24 3343/10 3343/15
size [1]  3317/11
sketch [1]  3291/20
skip [1]  3336/17
sleep [3]  3285/18 3286/20 3288/4
slide [3]  3285/18 3286/20 3288/4
slides [2]  3284/23 3285/10
slightly [1]  3286/13
slow [2]  3283/17 3283/18
SMITH [1]  3278/4
so [77]  3281/20 3282/9 3282/10
3282/15 3283/18 3283/20
3284/13 3284/25 3286/2 3286/3 3289/4
3289/11 3289/12 3289/15 3290/4
3290/10 3291/8 3292/1 3292/7 3293/12
3293/14 3298/24 3301/8 3302/4 3302/6
3305/24 3306/2 3306/22 3307/11
3311/19 3318/9 3318/18 3319/12
3322/3 3322/19 3322/25 3325/19
3327/11 3329/5 3329/6 3332/7 3332/17
3335/12 3335/14 3335/19 3341/18
3342/1 3342/11 3342/24 3343/10
3343/11 3343/16 3343/22 3344/6
3344/9 3345/12 3345/15 3345/19
3345/24 3346/3 3346/9 3346/15
3346/24 3350/11 3351/19 3353/22
3354/20 3355/23 3356/12 3357/6
3357/19 3360/20 3361/5 3361/19
3362/9 3362/24
so-called [5]  3302/4 3302/6 3306/2
3319/12 3322/19
software [1]  3278/24
Soileau [1]  3275/12
some [36]  3280/16 3280/16 3281/9
3281/10 3287/3 3287/5 3289/16
3290/23 3291/6 3293/17 3293/21
3304/1 3306/9 3306/14 3310/9 3310/14
3311/1 3313/19 3314/18 3315/19
3316/21 3323/9 3326/25 3335/2
3349/18 3350/19 3350/19 3356/5
3356/12 3356/23 3264/3 3358/13
3358/14 3360/15 3360/16 3362/10
someone [2]  3314/14 3363/12
something [16]  3280/21 3292/8 3304/19
3305/1 3305/12 3305/23 3311/17
3311/20 3317/19 3317/23 3322/21
3331/14 3359/13 3359/20 3360/23
3362/4
sometimes [2]  3316/17 3317/18
soon [1]  3360/2
sorry [4]  3290/20 3304/5 3359/6 3363/6
sort [6]  3295/14 3301/4 3309/2 3357/7
3358/14 3360/16
source [2]  3285/18 3356/15
south [4]  3275/4 3275/12 3277/3
3347/11
spaces [1]  3316/18
SPE [4]  3284/21 3284/21 3285/1
3287/13
speak [1]  3356/3
specialists [1]  3284/22
specific [6]  3282/3 3285/24 3297/25
3304/25 3334/11 3358/2
specifically [2]  3285/13 3286/7
specifies [2]  3353/15 3353/25
specify [2]  3315/2 3315/5
spell [2]  3334/19 3334/19
spelling [1]  3336/8
SPILL [1]  3274/4
spoke [1]  3361/22

spread [3]  3293/19 3296/23 3296/23
30/ said [1]  3296/2
spreadsheets [1]  3281/2
stairstep [5]  3296/4 3296/9 3296/21
3298/22 3332/15
stand [4]  3282/10 3320/11 3324/9
3335/12
standard [4]  3291/2 3302/11 3303/3
3303/12 3306/4 3309/3 3321/7 3321/9
3321/12 3321/15 3328/8 3341/11
3353/14 3353/24
standards [5]  3303/16 3303/24 3304/10
3304/19 3304/22
standpoint [1]  3333/3
stands [1]  3360/2
start [10]  3284/1 3293/21 3293/24
3294/21 3305/14 3326/25 3329/5
3335/22 3360/2 3360/7
started [3]  3289/14 3305/13 3336/2
starting [3]  3289/23 3337/10 3360/11
starts [1]  3319/22
state [6]  3275/22 3276/2 3332/24
3336/7 3343/17 3359/23
stated [1]  3353/5
statement [1]  3282/16
states [19]  3274/1 3274/10 3274/15
3276/6 3276/9 3280/7 3282/1 3295/10
3331/17 3348/25 3349/9 3355/2
3355/19 3357/3 3358/22 3360/12
3360/25 3361/2 3363/18
States' [1]  3275/18
static [4]  3292/7 3292/7 3297/21 3298/2
stating [1]  3349/2
status [2]  3358/14 3359/22
stayed [1]  3339/21
stenography [1]  3278/24
STEPHEN [3]  3274/19 3276/7 3284/21
STEVEN [2]  3276/11 3277/16
stiffen [1]  3284/12
stiffness [1]  3322/14
still [7]  3296/22 3296/23 3303/8 3317/13
3323/18 3324/9 3324/11
stip [1]  3336/20
stopped [2]  3288/25 3297/14
strain [4]  3291/6 3299/4 3301/1 3304/11
strange [1]  3308/4
Street [16]  3274/23 3275/4 3275/7
3275/13 3275/16 3275/23 3276/4
3276/18 3277/3 3277/7 3277/14
3277/17 3278/5 3278/12 3278/16
3278/18
strength [3]  3312/23 3318/19
stress [19]  3317/19 3318/3 3318/11
3318/13 3318/17 3318/18 3318/22
3319/7 3319/9 3319/12 3319/14 3320/2
3327/3 3330/1 3330/10 3330/11
3330/24 3343/15 3343/17
stresses [4]  3283/25 3318/8 3318/15
3330/4
stricken [2]  3295/13 3351/1
strike [4]  3294/23 3314/19 3324/19
3327/6
struck [7]  3332/2 3332/4 3332/5 3333/6
3334/12 3334/17 3351/11
structure [1]  3356/10
study [1]  3340/5
subject [6]  3284/25 3299/21 3300/1
3338/2 3346/22 3357/7
subjects [1]  3335/4
sublayers [1]  3345/16
submit [3]  3282/2 3282/5 3290/21
3357/23
submitted [3]  3282/15 3282/20 3362/4

**S**

substantially [1] 3302/8
substatement [1] 3338/15
such [5] 3284/2 3293/14 3300/16
 3318/3 3348/9
suddenly [1] 3288/16
suggest [1] 3348/4
suggested [11] 3289/9 3303/16 3303/24
 3304/10 3304/10 3304/20 3304/20
 3304/23 3305/6 3305/20 3305/25
suggestion [1] 3357/9
suggests [1] 3313/20
Suite [9] 3274/23 3275/4 3275/16
 3276/18 3277/14 3277/17 3278/5
 3278/9 3278/12
summarize [4] 3288/13 3336/13
 3338/11 3346/15
summary [3] 3286/20 3288/4 3298/22
support [2] 3285/6 3350/24
supporting [3] 3323/21 3324/4 3348/24
sure [11] 3299/19 3304/2 3307/24
 3308/10 3323/14 3323/15 3331/22
 3357/22 3358/12 3358/13 3358/23
surprise [1] 3289/11 3293/4
surprised [4] 3303/7 3323/18 3324/15
 3329/24
surrebuttal [1] 3282/9
surrebuttals [1] 3282/7
suspended [1] 3359/15
sustain [1] 3286/16
Sutherland [1] 3277/16
sworn [2] 3282/25 3336/6

**T**

table [5] 3300/25 3305/1 3305/3 3305/4
 3305/8
tackle [1] 3359/19
take [19] 3287/24 3288/16 3290/2
 3291/21 3292/8 3293/1 3293/10
 3293/16 3296/25 3298/2 3305/19
 3306/23 3318/9 3320/23 3325/20
 3327/24 3344/13 3344/25 3357/18
taken [6] 3319/12 3320/2 3340/7
 3345/11 3345/13 3361/17
takes [2] 3292/3 3306/1
taking [2] 3325/20 3346/20
talk [9] 3286/9 3299/1 3305/13 3307/1
 3312/5 3312/21 3317/17 3328/1
 3358/21
talked [11] 3305/2 3305/2 3312/6
 3316/13 3323/10 3328/2 3329/4
 3346/12 3352/22 3353/13 3360/15
talking [12] 3301/15 3314/20 3315/11
 3315/20 3331/15 3333/19 3333/21
 3334/24 3340/21 3342/20 3345/16
 3358/21
taught [1] 3353/8
technical [1] 3348/15
teeing [1] 3360/16
tell [3] 3314/4 3319/4 3330/24
tells [3] 3287/24 3292/9 3326/19
temperature [13] 3290/15 3291/16
 3291/17 3325/3 3325/9 3326/19
 3326/12 3326/21 3326/23 3327/1
 3327/23 3327/24 3338/24
temperatures [5] 3326/16 3327/15
 3327/16 3327/21 3327/21
temporarily [1] 3281/18
ten [1] 3352/3
tender [1] 3337/16
tensile [1] 3347/21
tensor [2] 3349/11 3349/19

term [3] 3288/1 3329/13 3334/22
term [1] 3335/6 3336/2 3347/15
 3290/2 3336/24 3343/19 3356/6
 3358/12 3358/15 3360/10
TerraTek [7] 3301/11 3308/21 3308/24
 3309/5 3309/19 3322/22 3309/24
tertiary [1] 3329/8
test [51] 3287/8 3287/8 3288/23
 3289/23 3289/24 3290/1 3290/13
 3290/21 3290/24 3291/14 3291/14
 3291/21 3296/4 3296/5 3296/6 3296/9
 3296/12 3296/17 3296/21 3299/1
 3299/24 3301/1 3301/5 3302/8 3303/16
 3303/24 3304/10 3304/10 3305/6
 3307/22 3318/6 3319/1 3319/19 3321/7
 3322/11 3325/13 3326/3 3326/16
 3327/4 3327/20 3328/16 3332/11
 3332/15 3333/17 3338/14 3346/16
 3352/20 3353/3 3353/21 3354/4
 3360/11
tested [12] 3283/10 3293/5 3316/25
 3317/6 3317/13 3317/14 3319/11
 3320/1 3321/24 3325/5 3326/8 3338/20
testified [11] 3282/25 3320/25 3321/6
 3321/15 3321/19 3334/6 3334/7 3335/7
 3336/6 3354/6 3354/6
testify [9] 3308/6 3308/15 3334/1 3334/7
 3334/8 3334/11 3335/2 3337/13
 3339/10
testimony [7] 3295/15 3308/9 3308/11
 3313/13 3331/24 3333/3 3337/25
testing [56] 3285/11 3286/8 3293/18
 3293/18 3296/15 3299/2 3299/5 3299/6
 3299/22 3300/1 3300/3 3301/7 3303/2
 3303/10 3305/21 3307/18 3307/24
 3308/3 3308/12 3308/25 3309/9
 3309/23 3310/7 3310/10 3310/16
 3312/1 3313/24 3316/6 3316/15
 3316/25 3319/19 3320/13 3320/14
 3321/13 3321/17 3322/3 3322/3
 3323/13 3323/17 3323/22 3324/5
 3324/6 3324/13 3326/2 3326/11
 3327/23 3327/24 3338/23 3348/8
 3352/13 3352/17 3353/6 3353/9
 3353/11 3353/16 3354/1
tests [29] 3287/19 3290/16 3290/18
 3295/23 3296/2 3297/6 3297/18
 3297/19 3298/23 3300/8 3300/13
 3300/16 3302/3 3302/19 3302/25
 3303/4 3303/13 3303/17 3309/7
 3309/13 3309/16 3309/24 3324/17
 3326/20 3327/14 3329/21 3342/6
 3352/19 3352/21
Texas [4] 3277/17 3278/6 3278/9
 3337/10
than [14] 3292/6 3305/13 3307/12
 3310/7 3310/15 3314/12 3323/22
 3324/5 3326/12 3328/7 3328/15
 3328/20 3339/3 3346/18
thank [23] 3282/22 3288/3 3289/7
 3289/18 3292/11 3294/6 3294/10
 3331/6 3335/24 3340/12 3341/1
 3344/23 3347/15 3348/12 3351/21
 3355/15 3355/16 3355/17 3358/7
 3358/8 3361/14 3363/2 3363/3
Thanks [2] 3290/20 3331/9
that [435]
that's [55] 3286/14 3287/6 3289/4
 3290/10 3293/19 3293/24 3294/4
 3295/2 3296/16 3299/8 3301/4 3301/17
 3302/12 3302/20 3303/14 3304/2
 3306/7 3308/9 3312/6 3314/2 3315/21
 3315/24 3317/15 3317/21 3318/22

3319/19 3321/19 3321/22 3325/9
3328/8 3337/17 3337/20 3339/3
3340/19 3340/22 3342/1 3342/13
3343/1 3343/23 3343/23 3344/6 3344/7
3344/16 3346/2 3351/11 3352/15
3352/18 3353/4 3354/3 3354/5
3356/15 3357/7 3357/25 3361/13
3362/8
their [5] 3282/4 3303/14 3305/24
 3355/11 3359/14
them [21] 3280/21 3290/15 3292/7
 3292/16 3293/15 3304/3 3305/23
 3308/21 3309/8 3310/1 3323/9 3332/5
 3344/14 3349/24 3354/5 3354/19
 3354/20 3355/4 3355/5 3360/17 3361/4
then [17] 3280/14 3281/1 3281/17
 3292/1 3292/3 3293/23 3311/17
 3315/13 3315/14 3318/14 3329/11
 3346/11 3347/10 3350/1 3354/17
 3356/11 3356/25
theoretical [1] 3337/1
there [56] 3280/11 3280/15 3280/24
 3280/25 3281/9 3285/4 3290/11
 3290/25 3291/7 3292/17 3295/2 3295/12
 3296/19 3296/22 3297/5 3297/22
 3298/9 3298/19 3303/16 3303/24
 3304/9 3304/21 3305/15 3307/7
 3313/23 3316/10 3316/20 3316/22
 3319/4 3321/9 3323/19 3324/3 3324/11
 3324/14 3325/23 3329/21 3332/13
 3335/13 3335/16 3335/17 3335/20
 3340/17 3341/24 3342/8 3342/11
 3344/2 3346/3 3346/5 3348/3 3354/25
 3355/2 3356/23 3358/2 3361/16
 3362/10 3362/10
there's [17] 3288/19 3305/22 3316/13
 3329/4 3333/8 3333/25 3335/17
 3342/10 3348/4 3350/18 3351/10
 3355/5 3359/2 3359/3 3360/9 3361/9
 3362/13
therefore [1] 3288/19
thereof [1] 3288/9
these [28] 3281/8 3281/11 3281/13
 3301/7 3301/23 3302/4 3306/6 3306/14
 3306/19 3306/20 3317/18 3317/18
 3319/22 3320/1 3321/25 3332/23
 3333/2 3333/20 3334/23 3335/3
 3341/19 3342/11 3342/24 3343/19
 3348/3 3349/21 3349/23 3361/19
they [41] 3280/22 3287/11 3287/11
 3292/23 3292/23 3299/22 3299/23
 3302/22 3303/14 3304/1 3309/2
 3309/18 3309/19 3309/20 3310/1
 3310/3 3316/22 3316/24 3317/14
 3318/8 3318/13 3318/14 3321/12
 3322/6 3324/18 3326/10 3327/22
 3328/10 3328/22 3329/9 3338/22
 3339/20 3340/6 3342/6 3343/7 3343/10
 3343/16 3343/21 3347/3 3355/12
 3359/13
they're [10] 3288/17 3312/24 3322/2
 3323/18 3333/22 3334/23 3343/16
 3347/12 3348/10 3354/19
They've [1] 3307/15
thick [1] 3345/1
thickness [2] 3340/24 3345/16
thin [1] 3349/18
thin-bedded [1] 3349/18
thing [5] 3290/13 3292/10 3293/19
 3294/19 3309/20
things [4] 3295/3 3317/18 3350/10
 3360/6
think [35] 3286/8 3292/21 3296/8

**T**

think... [32] 3299/10 3300/18 3300/24 3301/4 3303/2 3309/2 3311/14 3313/12 3315/4 3315/16 3317/17 3324/14 3324/21 3327/8 3330/16 3332/2 3336/20 3344/15 3352/1 3353/17 3356/6 3357/25 3358/1 3358/2 3358/18 3359/2 3359/3 3359/13 3359/14 3359/17 3360/9 3360/12
thinking [4] 3306/17 3356/7 3357/6 3359/11
third [4] 3275/23 3332/13 3342/10 3356/14
Thirdly [1] 3290/17
this [152]
Thomas [2] 3275/2 3276/11
those [40] 3280/12 3280/18 3281/4 3281/18 3282/4 3288/12 3290/16 3292/1 3292/5 3293/10 3302/24 3313/12 3320/9 3320/9 3321/15 3322/4 3323/9 3332/4 3333/25 3334/1 3337/2 3340/23 3342/9 3345/2 3345/13 3346/21 3354/18 3355/3 3355/10 3357/24 3360/15 3360/16 3361/5 3361/16 3361/17 3362/10 3362/7 3362/9 3362/12 3362/23
thought [2] 3356/14 3356/21
thoughts [1] 3356/5
three [29] 3280/25 3280/25 3290/6 3293/1 3293/5 3293/5 3293/10 3295/22 3296/2 3296/2 3306/1 3321/24 3322/3 3340/23 3342/8 3342/9 3342/11 3343/6 3343/14 3344/6 3344/13 3344/25 3345/2 3345/12 3345/13 3345/16 3346/19 3346/21 3354/18
through [13] 3293/22 3296/25 3298/4 3304/4 3304/5 3306/10 3314/7 3319/19 3323/25 3324/24 3325/17 3331/7 3331/8 3335/25 3341/2 3341/20 3342/23
throughout [1] 3335/3
time [41] 3282/14 3287/5 3287/20 3289/6 3291/19 3291/22 3297/15 3297/20 3306/7 3306/7 3306/17 3314/17 3314/20 3315/5 3318/7 3323/15 3323/19 3324/10 3325/10 3325/20 3326/18 3327/18 3327/23 3328/14 3328/18 3329/19 3330/19 3336/2 3336/3 3337/10 3337/16 3340/13 3353/2 3355/22 3356/18 3357/20 3357/23 3360/1 3360/17 3362/19 3362/24
times [5] 3285/12 3285/14 3308/13 3326/24 3328/11
timing [1] 3356/8
title [1] 3300/24
today [8] 3290/18 3292/20 3332/9 3333/9 3334/4 3337/25 3348/16 3355/22
together [2] 3301/11 3358/13
told [3] 3301/10 3309/21 3360/5
Tolles [1] 3277/19
too [9] 3284/11 3311/7 3328/4 3332/8 3334/21 3338/16 3357/16 3358/14 3360/12
took [2] 3313/11 3315/12
tool [1] 3341/19
tools [2] 3347/21 3347/22
top [2] 3291/22 3310/17
topic [5] 3284/23 3284/25 3286/16 3316/12 3328/25
topics [3] 3286/6 3334/23 3334/24

Torts [1] 3276/6
total [1] 3348/11
toward [1] 3344/18
track [6] 3290/18 3341/18 3342/3 3342/3 3342/14 3345/11
tracks [1] 3297/15
transcript [3] 3274/14 3320/18 3363/19
transcription [1] 3278/24
transfer [1] 3290/23
Transocean [11] 3277/13 3277/13 3277/14 3277/16 3277/16 3277/17 3277/19 3277/19 3277/20 3357/4 3362/23
treated [1] 3354/20
TREX [10] 3284/14 3298/18 3300/19 3337/22 3340/14 3341/3 3347/24 3348/13 3348/18 3349/14
TREX-009050.9 [1] 3298/18
TREX-011698R.11 [1] 3300/19
TREX-11512 [1] 3340/14
TREX-11512.0001 [1] 3341/3
TREX-11515R [1] 3337/22
TREX-11519 [1] 3284/14
TREX-3533.1.1.US [1] 3348/13
TREX-3533.13.2.US [1] 3348/18
trial [18] 3274/14 3281/3 3332/19 3333/15 3335/16 3338/18 3341/8 3346/13 3351/18 3355/22 3356/1 3359/2 3359/2 3359/4 3359/7 3359/7 3363/8 3363/9
triaxial [2] 3352/21 3353/5
tried [1] 3324/10
TRITON [1] 3274/8
tropic [1] 3312/14
true [2] 3284/12 3306/7 3335/20 3339/20 3363/19
try [8] 3283/17 3283/24 3293/17 3315/9 3315/16 3325/3 3331/1 3358/22
trying [8] 3286/3 3311/9 3311/17 3341/1 3342/19 3343/1 3346/9 3359/1
turn [6] 3289/18 3291/12 3320/12 3335/5 3346/22 3349/14
turns [1] 3345/18
TV [1] 3308/6
twice [1] 3318/18 3321/10 3325/20
two [20] 3287/25 3288/7 3289/19 3291/19 3299/20 3306/1 3318/15 3321/10 3324/17 3329/3 3337/23 3338/19 3338/19 3341/23 3342/1 3342/24 3343/4 3343/17 3351/10 3361/3
type [7] 3302/11 3302/24 3305/20 3322/10 3322/13 3329/2 3349/17
types [5] 3295/23 3296/2 3296/2 3302/17 3313/9
typical [1] 3291/25

**U**

U.S [2] 3276/6 3276/9
uh [2] 3321/20 3321/22
uh-huh [2] 3321/20 3321/22
ultrasonic [7] 3291/12 3291/20 3292/12 3292/14 3296/5 3297/23 3298/10
uncertainties [1] 3289/16
uncertainty [2] 3288/24 3289/5
unconsolidated [1] 3291/5
under [4] 3318/21 3318/21 3343/11 3348/6
underestimate [2] 3319/20 3343/7
underevaluated [1] 3311/4
underground [1] 3284/1
underpredict [1] 3289/5
understand [4] 3282/13 3316/9 3318/21

3333/13
3333/14
understandings [1] 3338/7
Understood [1] 3325/23
uniaxial [27] 3296/4 3299/2 3299/4 3299/6 3300/7 3303/13 3301/1 3303/4 3303/12 3303/17 3303/25 3304/11 3307/21 3309/6 3309/12 3309/16 3316/25 3318/6 3318/25 3322/11 3324/12 3325/5 3326/15 3326/20 3327/14 3327/20 3340/23
uniquely [1] 3334/9
unit [1] 3349/17
UNITED [15] 3274/1 3274/10 3274/15 3276/6 3276/9 3280/7 3282/1 3295/10 3331/17 3355/2 3355/19 3358/22 3360/25 3361/2 3363/18
units [4] 3343/23 3344/6 3344/10 3345/25
Unless [1] 3363/12
unobjected [2] 3361/6 3361/20
unobjected-to [1] 3361/6 3361/20
unreliable [1] 3297/18
unrepresentative [2] 3345/1 3345/2
until [2] 3314/20 3324/10
up [38] 3283/3 3283/5 3284/14 3285/15 3287/5 3287/19 3289/21 3293/2 3295/25 3296/8 3298/18 3298/19 3300/19 3301/13 3303/8 3307/17 3308/6 3314/20 3318/22 3319/18 3319/23 3324/10 3335/12 3336/15 3338/9 3339/20 3340/14 3344/14 3345/15 3346/7 3347/24 3348/13 3350/15 3354/13 3354/17 3360/16 3360/19
upon [7] 3289/19 3290/25 3312/18 3316/22 3318/8 3346/16 3348/23
upper [5] 3343/25 3344/2 3345/13 3345/22 3345/23
upscaling [2] 3350/8 3350/12
UPVC [80] 3287/25 3289/20 3289/24 3290/19 3290/23 3291/15 3292/13 3292/16 3293/1 3293/5 3296/10 3296/13 3296/15 3296/21 3297/7 3297/19 3297/24 3298/11 3299/3 3299/22 3300/1 3300/3 3301/5 3302/25 3305/21 3307/19 3307/24 3308/3 3308/12 3308/16 3309/18 3309/23 3309/24 3310/7 3310/10 3310/15 3310/21 3311/2 3312/1 3317/13 3319/16 3320/2 3320/6 3321/25 3322/4 3322/11 3323/13 3323/17 3323/22 3324/5 3324/6 3325/13 3327/4 3328/16 3328/19 3329/15 3329/19 3342/9 3342/11 3342/19 3343/6 3343/11 3343/14 3344/13 3345/11 3345/18 3346/19 3352/10 3352/13 3352/16 3352/19 3352/20 3352/23 3352/25 3353/1 3353/3 3353/9 3353/11 3353/16 3354/1 3354/4
us [8] 3281/14 3281/19 3281/20 3282/14 3319/4 3330/24 3353/20 3360/19
use [21] 3286/3 3286/8 3286/10 3286/14 3291/9 3293/23 3298/10 3302/1 3306/25 3306/25 3322/18 3323/4 3324/11 3325/4 3325/4 3325/11 3328/8 3337/4 3346/5 3350/24 3351/7
used [22] 3281/2 3289/24 3291/2 3291/14 3292/12 3292/16 3297/23 3310/7 3310/15 3317/10 3322/10 3322/13 3322/16 3323/3 3323/5 3325/16 3350/3 3350/8 3353/15

**U**

used... [3]  3353/25 3361/1 3361/20
using [7]  3278/24 3322/25 3323/12
3323/16 3323/18 3324/14 3348/3
usually [4]  3303/7 3316/4 3328/8
3329/24

**V**

vague [1]  3304/14
valid [2]  3291/3 3340/9
validate [1]  3289/24
value [24]  3290/19 3296/21 3297/7
3298/11 3319/16 3320/6 3325/5 3332/8
3338/16 3342/15 3343/21 3343/22
3344/4 3344/5 3344/8 3344/9 3345/21
3346/3 3346/11 3350/4 3351/9 3354/13
3354/17 3355/10
values [10]  3297/24 3328/19 3339/3
3342/12 3343/6 3343/21 3346/18
3346/21 3347/11 3351/6
variation [1]  3293/16
various [2]  3319/22 3320/1
vary [1]  3312/9
velocities [1]  3297/23
velocity [7]  3291/13 3292/12 3296/5
3296/5 3297/18 3297/19 3298/11
verbatim [1]  3324/24
version [2]  3337/24 3358/4
versions [1]  3282/5
versus [7]  3283/24 3297/20 3306/25
3312/2 3323/12 3323/17 3327/15
vertical [2]  3316/7 3318/11
vertically [1]  3347/10
very [17]  3282/18 3294/6 3295/11
3309/17 3310/9 3310/25 3317/10
3318/3 3318/21 3323/7 3323/24
3325/15 3326/23 3335/9 3353/7
3357/21 3363/11
viability [1]  3291/7
video [1]  3308/6
view [8]  3320/2 3322/25 3323/21 3324/4
3328/3 3332/8 3338/16 3344/25
violate [2]  3303/3 3303/11
virtually [1]  3329/5
visual [2]  3316/4 3316/22
visually [1]  3313/19
volume [14]  3285/1 3286/5 3290/5
3290/5 3300/7 3300/13 3302/18
3307/22 3309/6 3309/10 3309/12
3319/11 3339/2 3347/9

**W**

wait [4]  3340/1 3340/15 3340/15
3347/25
waiting [1]  3362/2
want [13]  3280/17 3282/16 3289/4
3292/21 3307/13 3311/8 3311/9
3323/14 3326/24 3328/24 3335/5
3356/3 3357/2
wanted [2]  3356/7 3356/10
wants [2]  3303/8 3311/20
WARREN [1]  3278/15
was [72]  3281/12 3289/11 3289/11
3289/14 3289/15 3290/13 3293/4
3294/25 3295/4 3295/7 3298/15
3304/14 3304/14 3305/11 3305/12
3305/13 3305/15 3305/15 3307/17
3308/6 3308/11 3309/21 3309/22
3310/12 3313/18 3313/18 3314/2
3316/9 3316/21 3316/22 3317/7 3317/9
3318/22 3320/7 3320/15 3321/4
3321/10 3321/10 3322/3 3323/4

3323/18 3324/14 3324/15 3326/3
3326/19 3327/11 3330/13 3330/16
3331/10 3331/15 3332/3 3332/8
3333/18 3334/12 3334/21 3335/1
3338/18 3338/18 3341/7 3345/24
3346/2 3347/20 3353/5 3354/22
3354/23 3356/7 3356/12 3357/6 3362/1
3362/15 3362/20 3362/24
Washington [5]  3276/8 3276/16 3277/8
3277/11 3278/16
wave [4]  3291/23 3291/23 3291/24
3298/10
way [9]  3284/2 3286/16 3289/3 3308/8
3334/22 3335/2 3351/23 3353/23
3359/2
ways [2]  3302/4 3349/24
we [115]
we'll [12]  3281/15 3335/19 3335/23
3336/17 3350/1 3358/12 3358/13
3358/15 3359/16 3359/16 3361/4
3362/24
we're [14]  3283/8 3288/7 3307/1
3325/20 3335/7 3335/13 3339/17
3342/20 3343/11 3346/16 3346/9
3346/23 3357/14 3360/4
we've [11]  3282/18 3282/1 3282/2
3335/2 3336/1 3346/12 3350/10
3355/21 3358/20 3361/4 3361/17
weakly [1]  3285/2
weakly-cemented [1]  3285/2
Weatherford [35]  3284/8 3286/24
3287/8 3287/8 3288/10 3289/13
3292/22 3295/23 3299/1 3303/3
3303/11 3308/11 3313/11 3317/6
3317/13 3320/13 3320/14 3321/2
3321/7 3321/24 3322/3 3322/16 3323/5
3324/18 3326/8 3327/20 3328/3
3328/10 3332/10 3333/17 3338/14
3339/4 3342/5 3346/16 3352/13
Weatherford's [6]  3302/3 3308/5 3321/1
3326/2 3328/19 3354/4
week [1]  3355/22
weekend [1]  3355/18
weeks [1]  3278/11
weight [2]  3288/17 3288/17
Weiner [1]  3278/11
Weitz [1]  3275/9
well [56]  3281/10 3282/18 3284/2
3285/9 3286/10 3286/15 3293/25
3296/8 3296/19 3297/5 3297/22
3299/24 3299/24 3304/11 3305/7
3305/12 3314/24 3317/12 3319/17
3322/20 3324/21 3325/18 3330/7
3333/20 3333/25 3334/25 3335/14
3335/15 3335/16 3337/3 3338/18
3338/22 3339/6 3339/12 3340/17
3340/18 3341/7 3341/19 3342/15
3342/15 3346/17 3347/19 3347/20
3348/3 3348/6 3348/15 3349/1 3349/9
3351/14 3354/19 3358/24 3359/8
3360/4 3360/5 3362/23 3363/11
well-accepted [1]  3297/22
well-established [4]  3296/19 3297/5
3299/24 3299/24
wellbore [6]  3288/16 3288/18 3319/8
3339/8 3341/20 3343/12
wells [5]  3293/21 3294/1 3324/17
3349/25 3353/18
went [1]  3328/12
were [61]  3281/8 3281/8 3283/7
3283/10 3287/14 3292/5 3293/5 3296/3
3297/2 3298/6 3301/15 3304/7 3304/25
3306/11 3306/11 3307/7 3309/2 3310/6

3310/10 3313/13 3313/23 3313/23
3316/24 3317/6 3317/6 3317/13
3317/14 3318/8 3319/11 3319/22
3320/1 3320/2 3320/9 3320/25 3321/6
3321/16 3323/15 3323/20 3324/1
3324/7 3324/17 3324/18 3324/25
3325/7 3326/2 3329/21 3333/6 3337/13
3339/7 3353/18 3354/7 3354/10
3356/25 3361/1 3361/20 3362/2
3363/15
west [1]  3347/10
wet [1]  3291/18
what [76]  3283/12 3284/5 3284/7
3286/23 3287/1 3287/7 3287/23
3288/22 3290/2 3290/15 3290/24
3293/17 3296/14 3296/16 3300/16
3303/8 3304/15 3309/21 3310/25
3312/17 3313/18 3314/2 3314/20
3315/20 3316/4 3317/9 3318/5 3318/24
3319/15 3320/5 3321/9 3321/14
3321/19 3322/2 3322/20 3325/15
3328/18 3329/7 3330/24 3332/18
3333/19 3333/21 3333/22 3333/24
3334/7 3335/1 3335/6 3335/13 3336/24
3339/23 3339/23 3340/2 3341/14
3341/17 3343/4 3343/5 3345/8 3345/11
3347/4 3347/7 3347/17 3350/6 3351/3
3351/11 3354/17 3356/7 3357/17
3358/12 3358/15 3359/1 3359/17
3359/18 3360/10 3360/15 3362/15
3362/25
what's [10]  3281/7 3284/11 3285/18
3319/17 3319/19 3332/7 3333/14
3346/20 3351/18 3359/21
whatever [3]  3282/12 3335/10 3338/8
when [32]  3281/13 3281/20 3282/14
3283/15 3283/24 3284/1 3284/3
3285/16 3285/22 3287/25 3294/25
3298/2 3305/15 3312/8 3315/9 3315/10
3316/5 3317/14 3321/24 3322/3 3323/4
3324/12 3330/21 3335/12 3335/19
3342/18 3347/8 3348/10 3353/19
3357/23 3358/13 3361/21
whenever [1]  3360/1
where [16]  3288/16 3306/24 3310/9
3316/6 3318/14 3318/16 3335/23
3340/19 3346/7 3350/23 3353/18
3356/11 3357/8 3361/16 3362/10
3362/10
WHEREUPON [3]  3282/24 3336/5
3363/15
whether [11]  3287/8 3319/4 3324/11
3325/3 3325/11 3329/22 3330/1 3330/5
3333/20 3340/23 3342/24
which [35]  3280/20 3283/14 3283/23
3285/10 3285/22 3285/23 3285/25
3287/4 3287/23 3288/1 3288/14
3288/16 3293/18 3294/25 3304/19
3305/3 3306/14 3310/10 3311/3
3311/17 3311/22 3315/12 3316/12
3319/19 3320/24 3321/24 3326/3
3332/13 3334/12 3338/18 3338/22
3347/21 3349/10 3351/8 3355/4
While [1]  3296/16
Whiteley [1]  3276/2
who [1]  3332/12
whole [13]  3306/25 3307/4 3308/14
3309/18 3309/20 3310/6 3310/11
3310/14 3312/2 3342/22 3345/21
3346/2 3346/8
why [11]  3281/16 3286/14 3289/4
3289/23 3291/13 3293/10 3302/20

**W**

why... [4] 3316/9 3318/2 3318/23 3358/5
will [35] 3282/2 3282/4 3282/10 3284/2
3287/3 3287/21 3288/17 3288/18
3290/15 3294/5 3294/18 3298/3
3305/19 3306/20 3312/15 3316/7
3330/1 3330/1 3330/5 3333/3 3333/8
3333/24 3334/1 3334/4 3334/6 3334/7
3334/11 3335/9 3335/13 3338/8
3350/19 3350/19 3352/7 3360/12
3362/21
willing [1] 3334/5
Wilson [1] 3284/21
WINFIELD [1] 3275/19
wise [1] 3309/17
within [6] 3282/1 3285/14 3319/14
3334/10 3338/17 3349/1
without [5] 3280/12 3290/14 3296/17
3361/13 3362/12
witness [8] 3300/21 3308/5
3311/16 3315/4 3331/16 3348/23
3352/2
witnesses [1] 3361/16
word [2] 3315/20 3358/4
words [2] 3284/11 3297/25
work [17] 3281/14 3300/15 3301/13
3302/3 3302/22 3305/14 3317/2
3320/17 3320/20 3325/2 3327/1 3343/1
3346/6 3350/4 3353/6 3353/17 3353/19
worked [4] 3349/25 3361/25 3362/14
3362/19
working [2] 3305/5 3305/11
workshop [3] 3284/21 3284/21 3284/22
world [1] 3308/25
worldwide [1] 3304/20
would [51] 3281/19 3284/7 3285/21
3287/9 3289/10 3289/12 3290/12
3290/21 3293/2 3293/12 3293/14
3293/15 3293/17 3293/19 3293/20
3293/21 3293/23 3294/22 3296/15
3296/23 3299/1 3303/22 3304/19
3304/19 3304/21 3307/19 3312/22
3312/23 3315/25 3318/18 3319/8
3319/12 3325/4 3326/12 3327/24
3328/16 3328/19 3329/7 3329/8
3329/23 3330/25 3331/18 3338/17
3343/9 3345/20 3353/4 3356/11
3356/21 3359/8 3360/22 3361/18
wouldn't [4] 3292/21 3292/24 3293/16
3359/3
Wright [1] 3274/21
writing [1] 3282/15
written [7] 3300/3 3302/17 3302/17
3302/24 3310/5 3310/13 3311/1
wrong [2] 3315/20 3346/21

**Y**

yeah [7] 3283/21 3303/23 3303/23
3308/10 3309/11 3322/6 3327/10
year [3] 3305/11 3305/13 3321/10
years [9] 3305/19 3306/1 3307/11
3307/15 3310/14 3321/10 3321/11
3337/10 3337/11
yellow [2] 3341/25 3342/8
yes [110]
yesterday [3] 3333/7 3361/22 3362/24
yet [1] 3358/19
York [3] 3275/11 3275/11 3278/8
you [392]
you'll [2] 3295/25 3352/1
you're [22] 3282/14 3285/11 3285/16
3285/17 3290/22 3295/18 3308/20
3310/5 3319/15 3321/15 3323/11
3324/3 3325/13 3329/21 3331/6
3331/8 3336/1 3342/18 3351/19
3353/14 3353/24 3355/3
you've [8] 3281/20 3282/13 3299/14
3302/13 3320/13 3353/2 3353/8
3361/25
young [1] 3323/4
Young's [3] 3291/25 3291/25 3312/22
your [189]
yourself [1] 3326/15

**Z**

Zaldivar [1] 3280/10
Zimmerman [15] 3289/19 3290/6 3291/2
3291/20 3293/1 3295/18 3296/3
3296/10 3334/5 3338/14 3339/9
3339/10 3342/7 3343/15 3346/19
Zimmerman's [5] 3289/24 3291/15
3297/17 3344/12 3344/24
zone [1] 3346/1
zones [3] 3345/12 3350/19 3354/15
zoom [1] 3342/13