IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig       "Deepwater Horizon" in the       Gulf of Mexico, on April 20, 2010 | *  *  *  * | MDL NO. 2179

SECTION: J |
| This filing applies to:

*Bon Secour, et al v. BP,* No.12-970 | *  *  * | HONORABLE CARL J. BARBIER

MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Clarifying and Amending the Court's Order of March 25, 2014 on Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court]

At the request of the Claims Administrator and without objection by the Parties, the Court's Order of March 25, 2014 on Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court [Rec. Doc. 12591], is hereby clarified and amended as follows:

Certain vendors who provide independent assistance to the Claims Administrator, GCR Consulting and Alvarez & Marsal ("the Vendors"), were originally retained as consultants by the BP Defendants. In connection with the independent services they provide to the Claims Administrator, these Vendors routinely obtain and utilize Claim- and Claimant-specific data and information. As agreed to by Class Counsel and the BP Defendants, the Court's Order of March 25th shall not be interpreted to apply to the Vendors in connection with services that they provide to the Claims Administrator. The same terms that apply to the BP Defendants and Class Counsel under the Court's March 25 Order and any subsequent modifications, shall apply to the Vendors in connection with their retention by BP. The Parties agree and the Court Orders that the Vendors will be able to continue work for BP and that the work performed by the Vendors for

the Claims Administrator (including review of pre-determination claim information) will not serve as a basis to bar the Vendors from any engagement for BP for any reason.

New Orleans, Louisiana, this 29th day of April, 2014.

_____
CARL J. BARBIER
United States District Judge