1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5       IN RE:  OIL SPILL BY THE OIL
        RIG *DEEPWATER HORIZON* IN THE
6       GULF OF MEXICO ON APRIL 20,
        2010
7

8                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
9                              Tuesday, April 2, 2013

10

11      THIS DOCUMENT RELATES TO:

12      CASE NO. 2:10-CV-02771,
        *IN RE:  THE COMPLAINT AND*
13      *PETITION OF TRITON ASSET*
        *LEASING GmbH, ET AL*
14
        CASE NO. 2:10-CV-4536,
15      *UNITED STATES OF AMERICA V.*
        *BP EXPLORATION & PRODUCTION,*
16      *INC., ET AL*

17
     ****************************************************************
18

19

20              **DAY 20 - AFTERNOON SESSION**

21         TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22      HEARD BEFORE THE HONORABLE CARL J. BARBIER

23              UNITED STATES DISTRICT JUDGE

24

25

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS
                                   BY:  JAMES P. ROY, ESQ.
 4                                 556 JEFFERSON STREET, SUITE 500
                                   POST OFFICE BOX 3668
 5                                 LAFAYETTE, LA  70502

 6                                 HERMAN HERMAN & KATZ
                                   BY:  STEPHEN J. HERMAN, ESQ.
 7                                 820 O'KEEFE AVENUE
                                   NEW ORLEANS, LA  70113
 8
                                   CUNNINGHAM BOUNDS
 9                                 BY:  ROBERT T. CUNNINGHAM, ESQ.
                                   1601 DAUPHIN STREET
10                                 MOBILE, AL  36604

11                                 LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                   BY:  PAUL M. STERBCOW, ESQ.
12                                 PAN AMERICAN LIFE BUILDING
                                   601 POYDRAS STREET, SUITE 2615
13                                 NEW ORLEANS, LA  70130

14                                 BREIT DRESCHER IMPREVENTO & WALKER
                                   BY:  JEFFREY A. BREIT, ESQ.
15                                 600 22ND STREET, SUITE 402
                                   VIRGINIA BEACH, VA  23451
16
                                   LEGER & SHAW
17                                 BY:  WALTER J. LEGER, JR., ESQ.
                                   600 CARONDELET STREET, 9TH FLOOR
18                                 NEW ORLEANS, LA  70130

19                                 WILLIAMS LAW GROUP
                                   BY:  CONRAD S. P. WILLIAMS, ESQ.
20                                 435 CORPORATE DRIVE, SUITE 101
                                   HOUMA, LA  70360
21
                                   THORNHILL LAW FIRM
22                                 BY:  THOMAS THORNHILL, ESQ.
                                   1308 NINTH STREET
23                                 SLIDELL, LA  70458

24

25
```

```
 1
                              DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
 2                            BY:  JOHN W. DEGRAVELLES, ESQ.
                              618 MAIN STREET
 3                            BATON ROUGE, LA 70801

 4                            WILLIAMSON & RUSNAK
                              BY:  JIMMY WILLIAMSON, ESQ.
 5                            4310 YOAKUM BOULEVARD
                              HOUSTON, TX  77006
 6
                              IRPINO LAW FIRM
 7                            BY:  ANTHONY IRPINO, ESQ.
                              2216 MAGAZINE STREET
 8                            NEW ORLEANS, LA  70130

 9

10   FOR THE UNITED STATES
     OF AMERICA:             U.S. DEPARTMENT OF JUSTICE
11                           TORTS BRANCH, CIVIL DIVISION
                             BY:  R. MICHAEL UNDERHILL, ESQ.
12                           450 GOLDEN GATE AVENUE
                             7TH FLOOR, ROOM 5395
13                           SAN FRANCISCO, CA  94102

14                           U.S. DEPARTMENT OF JUSTICE
                             ENVIRONMENT & NATURAL RESOURCES DIVISION
15                           ENVIRONMENTAL ENFORCEMENT SECTION
                             BY:  STEVEN O'ROURKE, ESQ.
16                                SCOTT CERNICH, ESQ.
                                  DEANNA CHANG, ESQ.
17                                RACHEL HANKEY, ESQ.
                                  A. NATHANIEL CHAKERES, ESQ.
18                           P.O. BOX 7611
                             WASHINGTON, DC  20044
19
                             U.S. DEPARTMENT OF JUSTICE
20                           TORTS BRANCH, CIVIL DIVISION
                             BY:  JESSICA McCLELLAN, ESQ.
21                                MICHELLE DELEMARRE, ESQ.
                                  JESSICA SULLIVAN, ESQ.
22                                SHARON SHUTLER, ESQ.
                                  MALINDA LAWRENCE, ESQ.
23                           POST OFFICE BOX 14271
                             WASHINGTON, DC  20044
24

25
```

```
 1                              U.S. DEPARTMENT OF JUSTICE
                               FRAUD SECTION
 2                              COMMERCIAL LITIGATION BRANCH
                               BY:  DANIEL SPIRO, ESQ.
 3                                   KELLEY HAUSER, ESQ.
                                     ELIZABETH YOUNG, ESQ.
 4                              BEN FRANKLIN STATION
                               WASHINGTON, DC  20044
 5

 6      FOR THE STATE OF
        ALABAMA:                 ALABAMA ATTORNEY GENERAL'S OFFICE
 7                              BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                     COREY L. MAZE, ESQ.
 8                                   WINFIELD J. SINCLAIR, ESQ.
                               500 DEXTER AVENUE
 9                              MONTGOMERY, AL  36130

10

11      FOR THE STATE OF
        LOUISIANA OFFICE
12      OF THE ATTORNEY
        GENERAL:
13                              STATE OF LOUISIANA
                               BY:  JAMES D.  CALDWELL,
14                              ATTORNEY GENERAL
                               1885 NORTH THIRD STREET
15                              POST OFFICE BOX 94005
                               BATON ROUGE, LA  70804
16
                               KANNER & WHITELEY
17                              BY:  ALLAN KANNER, ESQ.
                                     DOUGLAS R. KRAUS, ESQ.
18                              701 CAMP STREET
                               NEW ORLEANS, LA  70130
19

20
        FOR BP EXPLORATION &
21      PRODUCTION INC.,
        BP AMERICA PRODUCTION
22      COMPANY, BP PLC:         LISKOW & LEWIS
                               BY:  DON K. HAYCRAFT, ESQ.
23                              ONE SHELL SQUARE
                               701 POYDRAS STREET
24                              SUITE 5000
                               NEW ORLEANS, LA  70139
25
```

OFFICIAL TRANSCRIPT

```
 1                          COVINGTON & BURLING
 2                          BY:  ROBERT C. "MIKE" BROCK, ESQ.
                            1201 PENNSYLVANIA AVENUE, NW
 3                          WASHINGTON, DC  20004

 4                          KIRKLAND & ELLIS
                            BY:  J. ANDREW LANGAN, ESQ.
 5                               HARIKLIA "CARRIE" KARIS, ESQ.
                                 MATTHEW T. REGAN, ESQ.
 6                          300 N. LASALLE
                            CHICAGO, IL  60654
 7

 8   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 9   OFFSHORE DEEPWATER
     DRILLING INC., AND
10   TRANSOCEAN DEEPWATER
     INC.:                  FRILOT
11                          BY:  KERRY J. MILLER, ESQ.
                            ENERGY CENTRE
12                          1100 POYDRAS STREET, SUITE 3700
                            NEW ORLEANS, LA  70163
13
                            SUTHERLAND ASBILL & BRENNAN
14                          BY:  STEVEN L. ROBERTS, ESQ.
                                 RACHEL G. CLINGMAN, ESQ.
15                          1001 FANNIN STREET, SUITE 3700
                            HOUSTON, TX  77002
16
                            MUNGER TOLLES & OLSON
17                          BY:  MICHAEL R. DOYEN, ESQ.
                                 BRAD D. BRIAN, ESQ.
18                               LUIS LI, ESQ.
                            335 SOUTH GRAND AVENUE, 35TH FLOOR
19                          LOS ANGELES, CA  90071

20                          MAHTOOK & LAFLEUR
                            BY:  RICHARD J. HYMEL, ESQ.
21                          1000 CHASE TOWER
                            600 JEFFERSON STREET
22                          LAFAYETTE, LA  70502

23                          HUGHES ARRELL KINCHEN
                            BY:  JOHN KINCHEN, ESQ.
24                          2211 NORFOLK, SUITE 1110
                            HOUSTON, TX  77098
25
```

```
 1
     FOR CAMERON INTERNATIONAL
 2   CORPORATION:                    STONE PIGMAN WALTHER WITTMANN
                                     BY:  PHILLIP A. WITTMANN, ESQ.
 3                                   546 CARONDELET STREET
                                     NEW ORLEANS, LA 70130
 4
                                     BECK REDDEN & SECREST
 5                                   BY:  DAVID J. BECK, ESQ.
                                          DAVID W. JONES, ESQ.
 6                                        GEOFFREY GANNAWAY, ESQ.
                                          ALEX B. ROBERTS, ESQ.
 7                                   ONE HOUSTON CENTER
                                     1221 MCKINNEY STREET, SUITE 4500
 8                                   HOUSTON, TX  77010

 9
     FOR HALLIBURTON
10   ENERGY SERVICES,
     INC.:                          GODWIN LEWIS
11                                   BY:  DONALD E. GODWIN, ESQ.
                                          FLOYD R. HARTLEY, JR., ESQ.
12                                        GAVIN HILL, ESQ.
                                     RENAISSANCE TOWER
13                                   1201 ELM STREET, SUITE 1700
                                     DALLAS, TX  75270
14
                                     GODWIN LEWIS
15                                   BY:  JERRY C. VON STERNBERG, ESQ.
                                     1331 LAMAR, SUITE 1665
16                                   HOUSTON, TX  77010

17
     FOR M-I L.L.C.:                 MORGAN, LEWIS & BOCKIUS
18                                   BY:  HUGH E. TANNER, ESQ.
                                          DENISE SCOFIELD, ESQ.
19                                        JOHN C. FUNDERBURK, ESQ.
                                     1000 LOUISIANA STREET, SUITE 4000
20                                   HOUSTON, TX  77002

21
     OFFICIAL COURT REPORTER:        KAREN A. IBOS, CRR, RMR, CCR
22                                   500 POYDRAS STREET, ROOM HB406
                                     NEW ORLEANS, LA  70130
23                                   (504) 589-7776
                                     Karen_Ibos@laed.uscourts.gov
24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
```

OFFICIAL TRANSCRIPT

1                        I N D E X

2

3    WITNESS:                                PAGE/LINE:

4

5    JESSE GAGLIANO

6

7      Cross-Examination by Ms. Sullivan        6772/16

8

9      Cross-Examination by Mr. Li              6779/8

10

11     Cross-Examination by Mr. Brock           6803/15

12

13     Redirect Examination by Mr. Godwin       6870/16

14

15   DR. GLEN STEVICK

16

17     Voir Dire Examination by Mr. Von Sternberg   6876/6

18

19     Direct Examination by Mr. Von Sternberg   6882/14

20

21     Cross-Examination by Mr. Williamson      6895/11

22

23     Cross-Examination by Mr. Doyen           6917/16

24

25

```
 1                     P-R-O-C-E-E-D-I-N-G-S

 2                  TUESDAY, APRIL 2, 2013

 3              A F T E R N O O N   S E S S I O N

 4
```

13:34:09  5       (OPEN COURT.)

13:34:09  6       MR. UNDERHILL:  Your Honor, just one small piece of

13:21:46  7  housekeeping.  I would like to offer into evidence the United

13:21:49  8  States's exhibits and call-outs for Mr. Chaisson, and there's no

13:21:52  9  objection from the parties.  The list has been circulated, so with

13:21:55 10  that, I would offer them.

13:21:56 11       THE COURT:  Any remaining objections?  Hearing none,

13:21:58 12  those are admitted.

13:21:59 13       MR. UNDERHILL:  Thank you.

13:22:00 14       THE COURT:  You're welcome.

13:22:05 15       MS. SULLIVAN:  Good afternoon, your Honor.  Jessica

13:22:08 16  Sullivan on behalf of the United States.

13:22:10 17       THE COURT:  I thought you were just going to introduce

13:22:14 18  exhibits first, but Mr. Godwin has something else.

13:22:18 19       MR. GODWIN:  Thank you, Judge, be very brief.  Your

13:22:20 20  Honor, at lunchtime I met with my team, and what I am trying to do

13:22:23 21  is move this trial along and our next witness is scheduled and was

13:22:27 22  planned as David Bolado.  He is here, ready.  The one after him is

13:22:32 23  Mr. Glen Stevick.  He is here and ready and we can put him up.  And

13:22:37 24  I may be able tonight decide I don't need Mr. Bolado.  I will know

13:22:42 25  that when Mr. Gagliano finishes.  My request has been -- I've

13:22:47  1    checked with Jim Roy --

13:22:49  2              MR. ROY:  We're okay with that.

13:22:51  3              MR. GODWIN:  -- and with all of the parties and BP said

13:22:53  4    they may have an objection to it, but if everyone is in agreement.

13:22:56  5              THE COURT:  Object to?

13:22:57  6              MR. GODWIN:  To me going to Mr. Stevick next and not

13:23:00  7    calling Bolado next in order as he was according to the letter I

13:23:03  8    sent last week, Judge, next after Mr. Gagliano.  And so Mr. Stevick

13:23:07  9    is very next after that in the list that I gave.  If I decide -- we

13:23:13 10    would go this afternoon with Mr. Gagliano, and if there's any time

13:23:16 11    left, my preference would be to start with Mr. Stevick, see if we

13:23:20 12    can get through with him or get most of it done.  That would allow

13:23:23 13    me tonight to decide if I can get rid of a witness, Mr. Bolado; but

13:23:28 14    if your Honor prefers after I finish Mr. Gagliano that I stay with

13:23:31 15    the list that I gave and that is Mr. Bolado next, I'm ready to do

13:23:34 16    that.  I just wanted to bring it to your attention for a place

13:23:38 17    holder.

13:23:41 18              MR. BROCK:  We don't have any objection to Mr. Godwin's

13:23:46 19    proposal.  I think what we would ask for, now, so that we can be

13:23:50 20    making plans with our team that if Mr. Bolado is not the next

13:23:56 21    witness following Mr. Stevick that we be advised now of who that

13:24:01 22    would be.

13:24:03 23              MR. GODWIN:  Yes, sir.

13:24:04 24              THE COURT:  What I am understanding, what you're

13:24:07 25    proposing Mr. Godwin is that following Mr. Gagliano you would call

13:24:14  1  Mr. Stevick.

13:24:15  2          MR. GODWIN:  Yes, your Honor.

13:24:15  3          THE COURT:  And you would decide this evening whether

13:24:18  4  you're going to call Mr. Bolado or not.

13:24:21  5          MR. GODWIN:  That's correct, Judge.

13:24:23  6          THE COURT:  You would advise us, the Court and other

13:24:25  7  parties by when?  This evening sometime?  Mr. Bolado I mean.  When

13:24:32  8  would you make a final decision on Mr. Bolado?

13:24:35  9          MR. GODWIN:  Tonight by eight o'clock, your Honor.  I'll

13:24:38 10  represent that I'll e-mail the Court, Ben, Judge Shushan, and all

13:24:41 11  of the parties about Mr. Bolado.  And then that same notice, Judge,

13:24:46 12  I will tell everybody the list of our remaining witnesses.  We now

13:24:49 13  have Sam Louis --

13:24:50 14          THE COURT:  The next that I had, from what you talked

13:24:52 15  about last week, was Mr. Louis following Mr. Stevick.

13:24:58 16          MR. GODWIN:  Following Mr. Stevick is Mr. Louis and then

13:25:00 17  Dr. Gene Beck and two videos.  And tonight by eight o'clock I will

13:25:04 18  tell you if I am going to call all of those people, Judge, and in

13:25:07 19  what order they will going to be called.

13:25:10 20          THE COURT:  Okay.

13:25:10 21          MR. GODWIN:  If that works with you.

13:25:12 22          THE COURT:  Is that okay Mr. Brock?

13:25:15 23          MR. BROCK:  Yes, sir.

13:25:15 24          THE COURT:  Okay.  Thank you.

13:25:16 25          MR. GODWIN:  Thank you, I will do that by eight o'clock

13:25:19  1    tonight.

13:25:20  2              MR. BRIAN:  Brad Brian for Transocean.  One follow-up

13:25:23  3    comment, maybe a question that your Honor can put to Mr. Godwin.

13:25:27  4    As I look at the list, if Halliburton chooses to not call Mr.

13:25:33  5    Bolado and possibly shed another witness, maybe I am the optimist

13:25:38  6    here, but I think there is a possibility that they will not use all

13:25:41  7    of this week; in which case, I wanted the Court to possibly inquire

13:25:44  8    and see what the next step would be because we need to know whether

13:25:48  9    BP has a witness and who that person would be on Thursday.

13:25:51 10              MR. GODWIN:  May I, Judge?  Your Honor, it was my

13:25:54 11    expectation by noon on Wednesday to be able to announce that, but

13:25:56 12    as things are moving along, certainly I believe you'll appreciate

13:26:00 13    with Mr. Gagliano quicker maybe than we anticipated.  I understand

13:26:05 14    everybody's interest and tonight by eight o'clock, rather than

13:26:08 15    Wednesday at noon, I will tell everybody by eight o'clock tonight

13:26:11 16    the list of my remaining witnesses, whether I am going to have any

13:26:15 17    beyond Mr. Beck, or if I intend to rest this week, I will be

13:26:18 18    forthright with the Court and everyone and tell you that tonight by

13:26:21 19    eight o'clock.

13:26:25 20              THE COURT:  I guess the question is -- what Mr. Brian

13:26:28 21    alluded to is if Halliburton finishes before Wednesday afternoon

13:26:35 22    when we recess, who would be BP's first witness or two?  That's

13:26:41 23    what we're talking about.

13:26:43 24              MR. BROCK:  We were anticipating our first witness would

13:26:45 25    not be before Monday based on what Mr. Godwin said, I guess, it was

13:26:50 1  Wednesday evening; so we will have to look at that and see if we

13:26:54 2  can get someone here.  I do not have, right now, anyone lined up

13:26:57 3  and available for Thursday.

13:26:59 4          THE COURT:  Would you look at that, at least, tentatively

13:27:02 5  and let everyone know by maybe eight this evening, too?

13:27:06 6          MR. BROCK:  Yes, sir.

13:27:07 7          THE COURT:  Why don't you respond as soon as you can

13:27:08 8  after you get Mr. Godwin's e-mail.

13:27:12 9          MR. BROCK:  I need to first see if I can get someone here

13:27:15 10 would be my first hurdle.

13:27:17 11         THE COURT:  All right.  Ms. Sullivan, I think we're

13:27:20 12 ready.

13:27:20 13         MS. SULLIVAN:  Jessica Sullivan for the United States.

13:27:23 14 Mr. Gagliano, I have you on cross-examination.

13:27:26 15                         CROSS-EXAMINATION

13:27:26 16 BY MS. SULLIVAN:

13:27:26 17 Q.  Earlier today, you were asked some questions about a meeting

13:27:28 18 you attended on April 14th in BP's offices.  Do you recall that

13:27:32 19 testimony that you gave?

13:27:32 20 A.  Yes.

13:27:33 21 Q.  And you attended that meeting with some of BP engineers -- BP's

13:27:37 22 engineers and an Eric Cunningham, correct?

13:27:39 23 A.  Yes.

13:27:39 24 Q.  And you had testified that the purpose of that meeting was to

13:27:45 25 make a decision -- for BP to make a decision as to whether to go

6773

13:27:47  1   with a long-string casing option or a liner, correct?

13:27:51  2   A.  That's correct.

13:27:51  3   Q.  I wanted to talk to you a little bit more about that, that

13:27:56  4   meeting.  During the meeting, you had your OptiCem modeling program

13:28:00  5   up on a projector, correct?

13:28:01  6   A.  That's correct.  That was tied into a projector and we had it

13:28:04  7   on the screen for everybody to view.

13:28:06  8   Q.  And while you were projecting the OptiCem up on the screen, can

13:28:12  9   you explain to the Court what the BP engineers were doing during

13:28:15 10   that meeting?

13:28:16 11   A.  The first thing we did we were -- they were verifying all of my

13:28:20 12   inputs were accurate based on the latest information they had.

13:28:23 13   Also, Brian Morel was sitting to my left and he had a log of some

13:28:28 14   sort in front of him, and he was having me change inputs for pore

13:28:31 15   pressures and things of that sort based on whatever log he was

13:28:35 16   looking at.  That was the first thing that verified inputs.  And

13:28:37 17   after that, we started modeling to see if we can get cement in

13:28:41 18   place with full returns using the long-string option.

13:28:44 19   Q.  And wasn't that -- wasn't, in fact, Mr. Morel standing over

13:28:48 20   your shoulder telling you what inputs to put into the OptiCem

13:28:51 21   model?

13:28:51 22   A.  Yes.  It was on the screen so everybody in the room could see

13:28:54 23   clearly, and he was dictating to me what I needed to change based

13:28:58 24   on the log he was looking at for pore pressures.

13:28:59 25   Q.  And aside from this April 14th meeting, weren't there other

6774

13:29:04 1    occasions when BP was dictating to you what inputs to put into your

13:29:10 2    OptiCem model?

13:29:10 3    A.  Yes, I had several meetings prior to that day with Brian Morel

13:29:15 4    where he looked over my shoulder and OptiCem.

13:29:19 5    Q.  I am going to change topic on you now.  I would like to talk to

13:29:22 6    you about wait-on-cement time.  Mr. Gagliano, BP never discussed

13:29:25 7    with you a wait-on-cement time for continuing operations after the

13:29:29 8    production casing job on -- the cement job on the Macondo, is that

13:29:33 9    correct?

13:29:34 10   A.  I don't recall them talking to me about that.

13:29:36 11   Q.  And BP also did not discuss with you continuing with well

13:29:40 12   operations after the cement job was completed, isn't that right?

13:29:43 13   A.  Correct.

13:29:44 14   Q.  Earlier today you were asked several questions about the foam

13:29:48 15   stability testing that was conducted by Halliburton.  I would like

13:29:51 16   to discuss with you some of the other tests; one particular test

13:29:54 17   that Halliburton also conducted, the UCA strength test.

13:29:59 18   Halliburton conducted UCA strength tests for the .08 and .09

13:30:03 19   slurries, correct?

13:30:04 20   A.  Yes.

13:30:04 21   Q.  And UCA compressive strength test determines the strength of

13:30:09 22   the base unfoamed slurry, correct?

13:30:11 23   A.  That's correct.

13:30:11 24   Q.  And the Broussard lab conducted both of the tests and the .08

13:30:17 25   and .09 cement slurries using a four-hour temperature range; isn't

13:30:22  1   that correct?

13:30:23  2   A.  I believe so.

13:30:24  3           MS. SULLIVAN:  Can we go to TREX 3032, Dawn?

13:30:24  4   BY MS. SULLIVAN:

13:30:26  5   Q.  Mr. Morel -- Mr. Gagliano, this is an e-mail from yourself to

13:30:36  6   Mr. Morel, Mr. Hafle, Mr. Walz on April 19th along with several

13:30:41  7   other individuals, correct?

13:30:42  8   A.  Yes.

13:30:42  9   Q.  And attached to this e-mail, you can see there is an

13:30:46 10   attachments line here, there is a chart of progress for the

13:30:48 11   compressive strength testing that was conducted on the .09 slurry,

13:30:52 12   correct?

13:30:52 13   A.  Yes.

13:30:53 14           MS. SULLIVAN:  Can we go to TREX 3032.7.2?

13:30:53 15   BY MS. SULLIVAN:

13:30:56 16   Q.  Mr. Gagliano, this is a chart of progress of the UCA testing

13:31:04 17   that was conducted on the .09 slurry, correct?

13:31:06 18   A.  It appears to be, yes.

13:31:07 19   Q.  And the red line that we see on this chart reflects the

13:31:12 20   temperature that was used during the testing on the unfoamed .09

13:31:16 21   slurry, correct?

13:31:16 22   A.  Yes.

13:31:17 23   Q.  And the red line indicates that we see here that the slurry was

13:31:25 24   gradually heated over a four-hour period from 135-degrees to

13:31:29 25   210-degrees, correct?

13:31:30  1    A.  Yes.

13:31:31  2    Q.  No one at BP discussed with you how to perform the UCA testing

13:31:35  3    that we see depicted in this chart, correct?

13:31:37  4    A.  No.

13:31:38  5    Q.  More specifically, BP never advised you that they objected to

13:31:42  6    the use of a four-hour temperature ramp during the UCA test that

13:31:46  7    Halliburton conducted, correct?

13:31:48  8    A.  Correct.  They never communicated that to me.

13:31:50  9    Q.  And they never asked that you perform the UCA testing on these

13:31:54 10    slurries using a custom temperature ramp, did they?

13:31:57 11    A.  No.

13:31:57 12    Q.  You talked today about some of the tools that you used in

13:32:02 13    testing at Halliburton, and one of those tools that you discussed

13:32:05 14    was the WellCat program which is a temperature simulation program,

13:32:10 15    correct?

13:32:10 16    A.  Yes, it has as one of the functions temperature modeling.

13:32:13 17    Q.  It's a modeling program, right?

13:32:14 18    A.  Yes.

13:32:15 19    Q.  You also testified that WellCat, beyond calculating bottom hole

13:32:19 20    circulating temperatures, it has other capabilities or functions,

13:32:23 21    correct?

13:32:23 22    A.  Yes.

13:32:23 23    Q.  And one of those functions that WellCat has is the creation of

13:32:28 24    custom temperature ramps, correct?

13:32:30 25    A.  Yes.

6777

13:32:30  1   Q.  And a custom -- or a temperature -- a custom temperature ramp

13:32:34  2   is something that can be used to develop what we call a temperature

13:32:37  3   schedule, right?

13:32:38  4   A.  Yes, you can use that.

13:32:39  5   Q.  And a temperature ramping schedule is used to simulate the rate

13:32:43  6   at which a wellbore will reheat, correct?

13:32:45  7   A.  Yes, that's correct.

13:32:48  8            MS. SULLIVAN:  Can we go to TREX 6233, please?

13:32:48  9   BY MS. SULLIVAN:

13:32:51 10   Q.  Mr. Gagliano, do you recognize this document?

13:32:55 11   A.  I don't believe I've seen this before.

13:32:59 12   Q.  This is BP's segment recommended practice for cement laboratory

13:33:03 13   testing Section 4.1-003.  So prior to the blowout of the Macondo

13:33:09 14   well, had you ever seen this document?

13:33:11 15   A.  I don't recall seeing this document, no.

13:33:13 16   Q.  So you wouldn't be familiar with any of the provisions

13:33:16 17   contained in it which detail using temperature ramps or temperature

13:33:20 18   simulations in cement testing?

13:33:23 19   A.  No, I wouldn't.

13:33:24 20   Q.  And just a few moments ago we talked about WellCat and how

13:33:28 21   WellCat can do exactly that.  It can develop temperature ramps for

13:33:33 22   use in lab testing, correct?

13:33:34 23   A.  That's correct, yes.

13:33:35 24   Q.  Mr. Gagliano, if you had had -- if you had used WellCat to

13:33:38 25   create a custom temperature ramp, and used that or had that used in

13:33:43  1    the Halliburton's lab testing, would you have expected to see

13:33:46  2    different results in the UCA strength tests?

13:33:49  3            MR. BROCK:  Your Honor, objection.  He has not been

13:33:51  4    tendered as an expert.  I think he is now being asked for opinion

13:33:55  5    testimony, so we would object to it on that basis.

13:33:57  6            THE COURT:  Sounds like it.  I sustain the objection.

13:34:00  7    BY MS. SULLIVAN:

13:34:00  8    Q.  Mr. Gagliano, if BP had provided you with its cement laboratory

13:34:04  9    testing, wouldn't you have met with them and discussed what their

13:34:08  10   expectations were for purposes of conducting these UCA tests?

13:34:12  11            MR. BROCK:  Same objection.  That's speculation.  He said

13:34:14  12   he didn't see it.

13:34:15  13            THE COURT:  I'll overrule the -- I'll let him answer

13:34:18  14   that.

13:34:19  15            THE WITNESS:  I'm sorry.  Can you repeat the question?

13:34:21  16            MS. SULLIVAN:  Sure.

13:34:23  17   BY MS. SULLIVAN:

13:34:23  18   Q.  If BP had met with you -- if BP had provided you with its

13:34:28  19   segment recommended practice for cement laboratory testing,

13:34:31  20   wouldn't you have met with them and discussed what their

13:34:33  21   expectations were with respect to the lab testing?

13:34:35  22   A.  Yes, I would.

13:34:37  23            MS. SULLIVAN:  I have no further question, your Honor.

13:34:38  24            THE COURT:  All right.  Alabama.

13:34:41  25            MR. MAZE:  No questions from Alabama, your Honor.

6779

13:34:44 1                    THE COURT:  Louisiana.

13:34:45 2                    MR. KANNER:  No question, your Honor.

13:34:47 3                    THE COURT:  Transocean.

13:34:48 4                    MR. LI:  Yes, your Honor.  Louis Li on behalf of

13:34:52 5      Transocean.  Mr. Gagliano, good afternoon.  I have you on cross.

13:34:56 6                    THE WITNESS:  Good afternoon.

13:35:01 7                              CROSS-EXAMINATION

13:35:01 8      BY MR. LI:

13:35:13 9      Q.  Mr. Gagliano, you've been on awhile, so I will try to be quick.

13:35:20 10                   MR. LI:  If we could have TREX 287 up?

13:35:20 11     BY MR. LI:

13:35:23 12     Q.  This is an e-mail we discussed earlier -- you discussed earlier

13:35:29 13     with Mr. Godwin relating to the retarder concentration.  Are you

13:35:34 14     familiar with it?  Do you remember this?

13:35:35 15     A.  Yes.

13:35:36 16     Q.  Let's talk for a second about what a retarder is, okay.  It

13:35:41 17     slows the time it takes for cement to thicken, is that right?

13:35:46 18     A.  Yes.

13:35:46 19     Q.  And how it does that is it basically slows the ability of the

13:35:51 20     chemicals to form bonds, correct?

13:35:53 21     A.  In a chemistry level, I believe so, yes.

13:35:59 22                   MR. LI:  And if we could pull up the -- I would prefer

13:36:05 23     the extra pump time, right here.

13:36:05 24     BY MR. LI:

13:36:17 25     Q.  This is an e-mail from Mr. Morel and -- essentially, saying

13:36:23  1    that they would like to have the extra pump time, correct?

13:36:26  2    A.  Yes.

13:36:27  3    Q.  And the extra pump time comes with the .09 concentration,

13:36:33  4    correct?

13:36:33  5            MR. GODWIN:  Your Honor, I am going to object to this as

13:36:35  6    cumulative.  Transocean's name was not mentioned in the entire

13:36:39  7    direct examination or in PSC's cross of this witness.  We're

13:36:44  8    reading over an e-mail we read this morning, and we've all been

13:36:47  9    encouraged to move it along.  And here we are rereading an e-mail

13:36:51 10    that we covered extensively this morning both in my direct and in

13:36:55 11    Paul Sterbcow's cross.

13:36:56 12            THE COURT:  Certainly true.  I don't remember

13:36:58 13    Transocean's name being mentioned.

13:36:59 14            MR. GODWIN:  It was not, Judge.

13:37:01 15            THE COURT:  I don't know where we're going with this.

13:37:03 16            MR. LI:  It'll be very quick and it's just one point

13:37:05 17    about the retarder.

13:37:06 18            THE COURT:  Let's try not to be repetitive, though.

13:37:09 19            MR. LI:  Yes, your Honor, I promise.  Now, if we could go

13:37:14 20    down to the lower e-mail.

13:37:11 21    BY MR. LI:

13:37:22 22    Q.  And you see this is the retarder concentration .9 gallons

13:37:27 23    increases the pump time to seven hours and 37 minutes, correct?

13:37:33 24    A.  Yes.

13:37:33 25    Q.  And that's an increase of over two hours?

13:37:35  1    A.   Correct.

13:37:35  2    Q.   Now, you had testified earlier that the difference between

13:37:40  3    .08 gallons per sack and .09 gallons per sack is two tablespoons

13:37:47  4    actually, right?

13:37:47  5    A.   Yes.

13:37:48  6    Q.   But those two tablespoons change in concentration.  Actually,

13:37:51  7    increases the retarder effect by over two hours, correct?

13:37:54  8    A.   Yes.  It has a various effect on thickening time and UCA.

13:37:59  9    Q.   So it's a fairly potent chemical, correct?

13:38:02  10   A.   The retarder is designed to delay the set of cement, so, yes.

13:38:07  11   Q.   You would agree with me, would you not, that the retarder is a

13:38:11  12   dispersant?

13:38:12  13   A.   This retarder does have dispersant properties.

13:38:18  14            MR. LI:  If we could look at TREX 4350.1.1.

13:38:18  15   BY MR. LI:

13:38:22  16   Q.   This is from Halliburton's manual here, SCR-100L, effect on

13:38:27  17   slurry properties, dispersant; is that correct?

13:38:30  18   A.   Yes.

13:38:30  19   Q.   And now, earlier you had testified under direct that this

13:38:37  20   dispersant would have no impact on the foam stability, is that

13:38:42  21   correct?

13:38:42  22   A.   That's correct.

13:38:43  23   Q.   You can take a look at TREX 745.15.1.  Now, this is also from a

13:38:54  24   Halliburton manual and it says -- could you read that for us?

13:38:56  25   A.   "In general, defoamers and dispersants tend to destabilize the

6782

13:39:01  1    foam cement."

13:39:01  2    Q.  So would you agree, then, that increasing the amount of

13:39:04  3    dispersant could tend to increase the destabilization of foam

13:39:11  4    cement?

13:39:11  5    A.  In this small concentration, I believe it would not have an

13:39:14  6    affect.

13:39:16  7    Q.  Now, you would agree, though, that this dispersant was able to

13:39:23  8    delay the ability of the cement to set by two hours, which is

13:39:26  9    almost about 36 percent?

13:39:28  10   A.  It delayed it by two hours.

13:39:30  11   Q.  Now, sir, you would agree with me that contamination can harm a

13:39:41  12   cement's ability to develop strength?

13:39:43  13   A.  Yes, mud contamination can affect that.

13:39:47  14   Q.  It can affect the time it takes for the cement to set?

13:39:49  15   A.  Yes.

13:39:49  16   Q.  It can affect the ability of the cement to set at all, correct?

13:39:52  17   A.  It depends on the concentration amount.  Yes, it could.

13:39:54  18   Q.  And you would agree that the value of cement that was pumped at

13:39:57  19   the Macondo well was only 60 barrels?

13:40:00  20   A.  I believe it was about that much.

13:40:02  21   Q.  And this is lower than other jobs you've done?

13:40:05  22   A.  Yes, but the other jobs were also bigger hole sizes so it

13:40:14  23   dictates the volume being pumped.

13:40:14  24   Q.  You'd agree that with less cement, there's a higher chance of

13:40:15  25   contamination?

13:40:16  1    A.  That could be potentially, yes.

13:40:17  2    Q.  And ideally you'd want to pour more cement in there to dilute

13:40:21  3    any contamination that might occur?

13:40:23  4    A.  You can do that or either pump additional spacer to try to get

13:40:26  5    the mud out of the way.

13:40:27  6    Q.  Okay.

13:40:27  7    A.  A number of things you can do to handle that.

13:40:29  8    Q.  You'd also agree that the pump volume on the Macondo well is

13:40:33  9    about four barrels per minute?

13:40:35 10    A.  I think it was about four barrels a minute.

13:40:38 11    Q.  That's a pretty low pump rate?

13:40:40 12    A.  That pump rate is dictated by the frac reading EPA gave me.

13:40:44 13    Q.  But it was a pretty low pump rate?  I think you testified

13:40:47 14    earlier in the deposition that it was a pretty low pump rate.

13:40:48 15    A.  It's lower than some of the past jobs.

13:40:50 16    Q.  Okay.  And BP dictated that rate?

13:40:52 17    A.  BP told me what the frac rate was, and that pretty much

13:40:55 18    dictates how fast you can pump the cement job without fracturing

13:40:59 19    your formation.

13:40:59 20    Q.  Okay.  But my question to you, though, was that BP dictated

13:41:01 21    that rate, correct?

13:41:01 22    A.  I was given the frac rating by BP, yes.

13:41:03 23    Q.  You would have better mud removal and less contamination with a

13:41:06 24    higher pump --

13:41:08 25            Sorry, sir.

6784

13:41:08  1   A.  I'm sorry, I missed your question.

13:41:10  2   Q.  You need some water?

13:41:11  3   A.  I'm good.  Thank you.

13:41:12  4   Q.  You'd have better removal of mud with a faster pump rate,

13:41:16  5   correct?

13:41:16  6   A.  You could potentially have better mud removal with faster pump

13:41:19  7   rates, yes.

13:41:20  8   Q.  Therefore, less risk of a contamination?

13:41:23  9   A.  Yes.

13:41:23  10  Q.  And you'd also agree with me that a synthetic oil-based mud

13:41:28  11  environment, quote/unquote, can destabilize foam systems in certain

13:41:32  12  concentrations?

13:41:33  13       MR. BROCK:  Your Honor, I'm just going to object to the

13:41:35  14  general questions being asked of him.  He's not saying for this

13:41:38  15  well any of these things happened.  So I object to this as being in

13:41:43  16  the area of expert testimony.

13:41:45  17       MR. LI:  Your Honor, there's a series of tests that can

13:41:47  18  be run about contamination, and I am just going to establish that

13:41:50  19  he didn't run this test despite these risks.

13:41:53  20       THE COURT:  Well, why don't you ask him if he ran this or

13:41:56  21  that because some of this is getting cumulative, too.

13:42:01  22       MR. LI:  Okay.

13:42:02  23  BY MR. LI:

13:42:02  24  Q.  Sir, you didn't run any contamination tests for the Macondo

13:42:07  25  well, did you?

6785

13:42:08  1    A.   Not on the Macondo, no.

13:42:09  2    Q.   You weren't asked to?

13:42:11  3    A.   No.

13:42:11  4    Q.   And you knew all of the factors that were taking place at

13:42:14  5    Macondo well could increase contamination, correct?

13:42:16  6    A.   Yes.

13:42:16  7    Q.   And you, on your own, decided not to run any contamination

13:42:21  8    tests, correct?

13:42:22  9    A.   We took measures to try to limit the contamination by pumping

13:42:26 10    additional spacer.

13:42:26 11    Q.   So my question, though, sir, is you didn't run any

13:42:28 12    contamination tests, correct?

13:42:29 13    A.   No, we didn't run any contamination tests on this job.

13:42:33 14    Q.   Now, are you aware --

13:42:34 15                MR. LI:  If we could have D-6656.

13:42:02 16    BY MR. LI:

13:42:40 17    Q.   Are you aware that after the accident, after the incident,

13:42:42 18    Ronnie Faul, your boss, asked Tim Quirk to run contamination tests?

13:42:47 19    A.   I wasn't involved with any testing postincident.

13:42:50 20    Q.   Are you aware that Ronnie Faul asked Tim Quirk to run

13:42:54 21    contamination tests after the accident?

13:42:56 22    A.   I was aware some testing took place, but I wasn't made aware of

13:43:01 23    that until postincident.

13:43:03 24    Q.   Are you aware that Mr. Quirk destroyed his notes and did not

13:43:05 25    make a report about the results of his contamination testing?

6786

13:43:09  1    A.  I had heard that.

13:43:10  2    Q.  I'm just going to move to the centralizers for a minute.  I am

13:43:22  3    just trying to be quick with you here, sir, so -- I understand

13:43:22  4    you've been on for a while.

13:43:23  5            You originally thought there should be 21 centralizers,

13:43:27  6    correct?

13:43:27  7            MR. GODWIN:  Objection, Your Honor.  Cumulative.

13:43:29  8            MR. LI:  I have a very specific set of questions about

13:43:32  9    one e-mail, Your Honor, and I just kind of have to lead up.

13:43:35 10            THE COURT:  You know about the 21 and 6 --

13:43:35 11            MR. LI:  Yes, Your Honor.

13:43:38 12            THE COURT:  -- and the arguments there?

13:43:39 13            MR. LI:  Yes.

13:43:40 14            THE COURT:  Okay.

13:43:40 15    BY MR. LI:

13:43:40 16    Q.  And you originally wanted 21 centralizers?

13:43:42 17            THE COURT:  We know that.  Get right to the question.

13:43:44 18            MR. LI:  I've move on.  All right.

13:43:46 19            I have to ramp up sometimes.

13:43:49 20    BY MR. LI:

13:43:51 21    Q.  At some point they told you to run fewer centralizers, correct?

13:43:56 22    A.  I was informed by BP personnel they ran fewer after I

13:43:59 23    recommended 21.

13:44:00 24    Q.  It's kind of out of context, but I'll just go right to the

13:44:04 25    e-mail.  On April 15th Mr. Morel wrote to you saying that they --

6787

13:44:08  1          MR. LI:  If we could have TREX-28 -- 2580.1.1.

13:42:02  2    BY MR. LI:

13:44:17  3    Q.  Now, in response to this discussion about how many

13:44:20  4    centralizers, Mr. Morel wrote you an e-mail on April 15th, 2010,

13:44:26  5    saying that essentially "We have six centralizers and that's what

13:44:29  6    we're going to use."  Do you remember that?

13:44:31  7    A.  I do recall this e-mail.

13:44:33  8    Q.  Now, I want to focus you on one part of this, and not

13:44:37  9    necessarily the dispute about how many centralizers to use.  But

13:44:42  10   there is a sentence right here, if you could read that for us.

13:44:45  11   A.  "It's a vertical hole so hopefully the pipe stays centered due

13:44:49  12   to gravity."

13:44:50  13   Q.  We will stop right there.  Sir, you've been in the drilling

13:44:53  14   industry for over a decade, correct?

13:44:56  15   A.  Yes.

13:44:56  16   Q.  And you know, do you not, that a deep water well is not

13:45:02  17   actually a straight vertical line down, correct?

13:45:05  18   A.  No, it's not.

13:45:06  19   Q.  It's actually sort of helical, correct?

13:45:08  20   A.  It can be, yes.

13:45:09  21   Q.  And, in fact, in this particular case you guys had to drop a

13:45:13  22   cement plug to get around a piece of pipe that had gotten stuck,

13:45:16  23   correct?

13:45:16  24   A.  Yes, we had to set a kickoff plug.

13:45:19  25   Q.  So this is not a straight shot mile down into the earth,

6788

13:45:22  1  correct?

13:45:22  2  A.  No, it did have a little dogleg built into the hole.

13:45:25  3  Q.  And a helical shape, correct?

13:45:28  4  A.  It could have helical shape to it, yes.

13:45:31  5  Q.  So when you read this, this idea that "it's a vertical hole so

13:45:37  6  hopefully the pipe stays centralized due to gravity," you knew

13:45:42  7  that, one, it was not a vertical hole, correct?

13:45:44  8  A.  I was aware of the dogleg we'd had further up the hole would

13:45:49  9  affect the way the pipe would lay.

13:45:51  10  Q.  Right.  It's not a vertical hole?

13:45:52  11  A.  No, it's not.

13:45:53  12  Q.  It's actually got all sorts of shape to it, correct?

13:45:56  13  A.  Yes, it could, yes.

13:45:58  14  Q.  And you also know, do you not, that holding a pipe that's

13:46:02  15  basically a mile long down a, what, 9-inch hole is not going to

13:46:09  16  centralize naturally due to gravity, is it?

13:46:12  17          MR. BROCK:  I am going to object to this as expert

13:46:15  18  testimony, Your Honor.

13:46:15  19          THE COURT:  Sustained.

13:46:17  20  BY MR. LI:

13:46:17  21  Q.  Well, sir, when you read that, did you believe that that

13:46:21  22  statement would be true, any of that?

13:46:22  23  A.  I didn't believe that, no.

13:46:24  24  Q.  You didn't think that gravity was going to centralize this

13:46:27  25  pipe, did you?

13:46:27 1    A.  No.

13:46:28 2    Q.  Now, did you write anything back to the BP folks when you saw

13:46:31 3    this idea that a vertical hole would centralize a pipe due to

13:46:36 4    gravity?  Did you write anything to the BP folks saying "I don't

13:46:39 5    think that's actually accurate"?

13:46:41 6    A.  I didn't write, but I was in -- at this point I was working

13:46:43 7    with Brett Cocales on adding centralizers.  I had already been

13:46:48 8    working with him.  I did approach Brett and ask him, "Did you get

13:46:50 9    the e-mail from Brian?"  He says, "Don't worry about it."

13:46:53 10           Brian was on a rig at this point, he wasn't in the

13:46:55 11   office, and he wasn't in the loop of what was happening.  So Brett

13:46:58 12   Cocales told me that he would take care and talk to Brian, and I

13:47:01 13   needed to continue doing my modeling, see how many additional

13:47:04 14   centralizers we needed to run.  So at that paint I talked to BP,

13:47:08 15   and they took care of it and they were --

13:47:09 16   Q.  And essentially you told BP that "This is not -- this is not

13:47:12 17   good science here, we are not going to centralize a pipe due to

13:47:17 18   pure gravity"?

13:47:17 19   A.  I don't remember talking about that, but I was told by BP "just

13:47:21 20   continue modeling the additional centralizers" at that point.

13:47:23 21   Q.  And ultimately BP ignored your recommendations?

13:47:26 22   A.  In the end they only ran six centralizers.

13:47:28 23   Q.  And they ignored your recommendations, correct?

13:47:30 24   A.  Yes.

13:47:31 25   Q.  Now, we talked quickly about wait on cement with the DOJ.

13:47:39  1   Let's just get this clear.  Wait on cement is essentially waiting

13:47:41  2   for the cement to set, correct?

13:47:43  3   A.  Correct.

13:47:43  4   Q.  And in layman's terms, it's when the cement is hard enough that

13:47:49  5   you can conduct further operations, right?

13:47:51  6   A.  Yes.

13:47:51  7   Q.  And in your experience, you want to wait until there's at least

13:47:57  8   500 psi -- that it has 500 psi strength, compressive strength,

13:48:02  9   before you conduct further operations?

13:48:03  10  A.  That's what you shoot for, is 500 psi.

13:48:06  11  Q.  And you would typically wait until the cement has achieved

13:48:09  12  500 psi before performing a positive pressure test, right?

13:48:13  13  A.  Yes.

13:48:13  14  Q.  You have recommended that in the past, that you wait until

13:48:17  15  there's 500 psi before performing a positive pressure test?

13:48:20  16  A.  Yes, we had discussions in the past.

13:48:23  17  Q.  And if a positive pressure test is run before the shoe track

13:48:26  18  cement is set, the test could actually push the cement out of the

13:48:30  19  shoe track, right?

13:48:31  20       MR. BROCK:  Your Honor, again, that's a hypothetical.

13:48:34  21  There's no evidence --

13:48:34  22       THE COURT:  It sounds like a cross of an expert, and he

13:48:36  23  is not here as an expert.  I think you ought to confine your

13:48:40  24  questions to what happened in this case.

13:48:43  25       MR. LI:  Thank you, Your Honor, I will.

13:48:44  1    BY MR. LI:

13:48:46  2    Q.  You have two kinds of strength testing at Halliburton, correct?

13:48:51  3    I'm going to move on from that series of questions.

13:48:53  4            There's two types of testing, strength testing, you do at

13:48:57  5    Halliburton?

13:48:58  6    A.  Yes.  They are --

13:48:58  7    Q.  Crush compressive --

13:48:59  8    A.  -- crush compressive and UCA.

13:49:02  9    Q.  -- and UCA?

13:49:02  10   A.  Yes.

13:49:03  11   Q.  Let's focus on crush compressive, first, and then I'll move to

13:49:07  12   UCA.  Okay?

13:49:07  13   A.  Yes.

13:49:08  14   Q.  On February 12th you ran a crush compressive strength test?

13:49:11  15   A.  I believe I did.

13:49:13  16            MR. LI:  If we could have TREX-808.2.1.

13:42:02  17   BY MR. LI:

13:49:19  18   Q.  This is the weigh-up sheet from that crush comprehensive

13:49:23  19   strength test run on February 12th, 2010?

13:49:26  20   A.  It appears to be.

13:49:27  21   Q.  And the strength at 12 hours was 0, correct?

13:49:32  22   A.  I'm not seeing -- I don't see where it says 12 hours.  Am I

13:49:41  23   missing something?

13:49:41  24   Q.  You see how it says "crush compressive strength"?

13:49:45  25   A.  Yes.  Oh, 12, 24, and 48, yes.

6792

13:49:46 1    Q.  12, 24, and 48, you with me so far?

13:49:48 2    A.  Yes.

13:49:48 3    Q.  So at 12 hours, it's 0?

13:49:50 4    A.  Yes.

13:49:50 5    Q.  And at 24 hours, it's also 0?

13:49:53 6    A.  Yes.

13:49:54 7    Q.  Also says that the slurry is settling, right?

13:49:57 8    A.  Yes.

13:49:57 9    Q.  Now, you ran another test on February 16, correct?

13:50:05 10   A.  I believe so.

13:50:07 11         MR. LI:  If we could have Exhibit TREX-809.2.1.

13:42:02 12   BY MR. LI:

13:50:14 13   Q.  And here at 12 hours, the crush compressive strength was 0?

13:50:19 14   A.  Yes.

13:50:20 15   Q.  And then at 24 hours, it was also 0?

13:50:23 16   A.  Yes.

13:50:28 17         MR. LI:  If we could have TREX-8 -- or 984.2.1.

13:42:02 18   BY MR. LI:

13:50:35 19   Q.  And on April 13th you ran another crush compressive strength

13:50:41 20   test; is that correct?

13:50:42 21   A.  Yes.

13:50:42 22   Q.  And at 12 hours, it was again 0?

13:50:45 23   A.  Yes.

13:50:46 24   Q.  And at 24 hours, it was 0?

13:50:49 25   A.  Yes.

6793

13:50:51  1          MR. LI:  If we could have 984.5.1.

13:42:02  2   BY MR. LI:

13:50:59  3   Q.  Now, this is -- it's kind of out of order here, but I am just

13:51:03  4   trying to establish that the next weigh-up sheet you're going to

13:51:06  5   see relates to the .09 retarder concentration.  Okay?  Are you with

13:51:10  6   me so far?

13:51:11  7   A.  Okay.

13:51:11  8          MR. LI:  So let's take a look at TREX-984.6.2.

13:42:02  9   BY MR. LI:

13:51:18  10  Q.  And this is the concentration of cement that was actually

13:51:23  11  pumped down the hole, correct?

13:51:24  12  A.  Yes.

13:51:25  13  Q.  Now, you canceled the crush compressive strength test for the

13:51:29  14  slurry that was actually going down the hole, correct?

13:51:31  15  A.  Yes.

13:51:31  16  Q.  Says "cancel per Jesse"?

13:51:33  17  A.  Yes.

13:51:33  18  Q.  And that brings me to another point.

13:51:42  19          MR. LI:  If you could pull up, Phil, this section right

13:51:45  20  up here (INDICATING), foam stability test.  No, the foam stability.

13:51:56  21  It's a little higher.  Thank you, right there.  Great.

13:42:02  22  BY MR. LI:

13:51:59  23  Q.  So this is, again, the slurry that was pumped down the hole,

13:52:02  24  correct?

13:52:02  25  A.  Yes.

6794

13:52:03  1   Q.  And you also canceled the foam stability test for this slurry,

13:52:09  2   right?

13:52:09  3   A.  Yes.

13:52:10  4   Q.  So the slurry that you -- the test that you told us all that

13:52:15  5   you believe showed stability is not actually the slurry that was

13:52:19  6   pumped down the hole, correct?

13:52:20  7   A.  The test was performed at .08.

13:52:23  8   Q.  So they're not the same, right?

13:52:25  9   A.  I believe they're the same.  That small of a concentration, it

13:52:28 10   wouldn't be no different in the test results.

13:52:29 11   Q.  I understand that.  But they're actually not the same slurry,

13:52:32 12   right?  They're different slurries:  One has a .09, one has .08?

13:52:37 13   A.  Right, the concentration of retarder is different.

13:52:41 14   Q.  Now, on February 18, you sent some of your compressive -- crush

13:52:49 15   compressive strength tests to BP.

13:52:51 16          MR. LI:  And if we could just have TREX-717.1.1 up.

13:42:02 17   BY MR. LI:

13:52:57 18   Q.  And this is that e-mail that we've seen where you send the test

13:53:01 19   results to a number of BP engineers and some folks from

13:53:04 20   Halliburton.  Do you remember this?

13:53:06 21   A.  Yes.

13:53:07 22          MR. LI:  If we could have TREX-717.3.1.

13:42:02 23   BY MR. LI:

13:53:15 24   Q.  And this is the crush compressive strength test from this

13:53:20 25   document that was sent to BP, correct?

6795

13:53:22  1   A.  That's correct.

13:53:22  2   Q.  And at 12 hours, you have 0 compressive strength, correct?

13:53:27  3   A.  Yes.

13:53:27  4   Q.  And at 24 hours, you have 0 compressive strength, correct?

13:53:32  5   A.  Yes.

13:53:33  6   Q.  Are you aware that the positive pressure test was planned to be

13:53:38  7   done about nine to ten hours after the cement job was finished?

13:53:42  8   A.  I wasn't sure when they were going to do it, but...

13:53:44  9   Q.  Sounds about right?

13:53:45 10   A.  Sounds about right.

13:53:46 11   Q.  So actually even before 12 hours, the positive pressure test

13:53:52 12   was going to be run, correct?

13:53:54 13   A.  Yes.

13:53:54 14   Q.  Now, if we could focus a second on the UCA testing.  Did you

13:54:03 15   run a WellCat in April 2010?

13:54:07 16   A.  Yes, I did.

13:54:08 17   Q.  Now, let's take a second about ramp up time, what this actually

13:54:15 18   means, okay?  When you -- and you tell me if I'm wrong about this.

13:54:19 19   When you pump cement down a hole in a deep-water application, it

13:54:22 20   gets cooled on the way down, right?

13:54:25 21   A.  Yes.

13:54:25 22   Q.  And it's going through thousands of feet of water, and it can

13:54:29 23   get cooled down to a pretty low temperature, correct?

13:54:31 24   A.  Potentially it could, yes.

13:54:33 25   Q.  And then it hits the bottom of the well, and the earth starts

13:54:35 1    to heat it up again?

13:54:37 2    A.  Yes.

13:54:37 3    Q.  And what you're trying to do when you're doing a ramp up time

13:54:42 4    in testing is replicate that experience; is that about right?

13:54:46 5    A.  You can do that, yes.

13:54:47 6    Q.  That's what you're trying to do, right?

13:54:49 7    A.  You can set up a test to do that, yes.

13:54:51 8    Q.  Let me ask you a few questions about cement.  Cement is very

13:54:56 9    temperature dependent?

13:54:56 10   A.  Temperature plays a big factor in cement setting, yes.

13:55:00 11   Q.  The hotter it is, the quicker it sets?

13:55:03 12   A.  Yes.

13:55:03 13   Q.  The opposite, the cooler it is, the slower it sets?

13:55:06 14   A.  Pressure does play a factor, but yes, generally yes.

13:55:09 15   Q.  And if it's too cool, it actually might never set, right?

13:55:13 16   A.  I guess potentially you could -- I'd have to --

13:55:20 17            MR. BROCK:  Your Honor, I am going to object to it.

13:55:22 18   We're again into expert testimony, speculation, hypothetical.

13:55:28 19            THE COURT:  Yes, we really are.

13:55:30 20            You have to direct it to this case.

13:55:35 21            MR. LI:  I'll go right to the point, Your Honor.

13:55:38 22   BY MR. LI:

13:55:39 23   Q.  Now, you ran -- I think it's Ms. Sullivan -- I think is her

13:55:44 24   name -- showed you a chart, TREX-5 -- 752.1.

13:55:51 25            MR. LI:  Can we have that up?

6797

13:42:02  1   BY MR. LI:

13:55:52  2   Q.  This was the UCA test that you ran, correct?

13:56:00  3   A.  It appears to be, yes.

13:56:02  4   Q.  And you start -- this is the temperature line here

13:56:06  5   (INDICATING), correct?

13:56:07  6   A.  Yes.

13:56:07  7   Q.  And you started it at 135, and in four hours you heated it up

13:56:15  8   to 210, and then you held that constant, right?

13:56:18  9   A.  Yes.

13:56:18  10  Q.  That's called a four-hour API conventional ramp up time,

13:56:26  11  correct?

13:56:26  12  A.  Yes, I just give the lab the static temperature, and they run

13:56:33  13  this ramp based on API.

13:56:36  14  Q.  Now, Halliburton recognizes that the bottom hole circulating

13:56:40  15  temperature is critical for the success of the job?

13:56:42  16  A.  It's a factor in the job, yes.

13:56:44  17          MR. LI:  And if we could have TREX-2133.92.1.

13:42:02  18  BY MR. LI:

13:56:53  19  Q.  And Halliburton also recognizes that conventional API methods

13:56:58  20  may be insufficient for determination of bottom hole circulating

13:57:08  21  temperature for many HPHT applications?

13:57:09  22  A.  That's what it states.  But I used WellCat modeling to get to

13:57:12  23  the bottom hole circulating temperature in this case.

13:57:16  24  Q.  But you would agree with me that Halliburton recognizes that

13:57:18  25  the API method may be insufficient for determination of that,

13:57:24  1   correct?

13:57:25  2   A.   That's what the document states, yes.

13:57:28  3           MR. LI:   Now, if we could take a look at TREX-7481.1.1.

13:42:02  4   BY MR. LI:

13:57:35  5   Q.   This is a really hard document to read so I'm going to

13:57:38  6   apologize ahead of time.   If you look really carefully, this says

13:57:43  7   Macondo.   Is this the WellCat you ran?

13:57:46  8   A.   It appears to be one of the input pages.   I don't know if this

13:57:51  9   is actually WellCat, but that's one of the input pages in WellCat.

13:57:52 10   Q.   And you see "Macondo," right?

13:57:54 11   A.   I can make out a little bit of it, yes.

13:57:56 12   Q.   I know it's really bad.   And then right here it says 18,360?

13:57:59 13   A.   Yes.

13:58:00 14   Q.   And that was, in fact, the total depth of Macondo?

13:58:02 15   A.   Yes, I believe so.

13:58:04 16   Q.   Would you agree with me that this is the Macondo WellCat that

13:58:07 17   you ran?

13:58:07 18   A.   It appears to be, yes.

13:58:10 19           MR. LI:   If we could turn to TREX-7481.1.60.1.

13:42:02 20   BY MR. LI:

13:58:25 21   Q.   And is this the temperature ramp up that your WellCat created

13:58:30 22   in April 2010?

13:58:32 23   A.   It appears to be one of the graphs.

13:58:37 24           MR. LI:   Your Honor, I'm trying to get through this

13:58:39 25   quickly so I'm just going to go right to it.   If I can approach?

13:58:45  1          THE COURT:  All right.

13:42:02  2   BY MR. LI:

13:58:54  3   Q.  I've taken the liberty of blowing up that exhibit, and you can

13:59:00  4   probably actually see it better here, right?

13:59:02  5   A.  Yes.

13:59:03  6   Q.  So if you can explain to us what these two lines are

13:59:06  7   (INDICATING).

13:59:07  8   A.  The darker line represents the first sack of cement, and the

13:59:13  9   dotted line on top represents the last sack of cement, I believe.

13:59:16 10   Q.  And it's the temperature these various cements will reach over

13:59:20 11   time, correct?

13:59:21 12   A.  Yes.

13:59:21 13   Q.  Given all of the conditions that you know about in the well,

13:59:24 14   correct?

13:59:24 15   A.  Yes.

13:59:24 16   Q.  Now, in the actual test that you ran, the UCA test, is it

13:59:33 17   correct that you started at 135?

13:59:37 18   A.  Yes, that was the bottom circulating temperature the WellCat

13:59:41 19   predicted.

13:59:42 20   Q.  And then you ramped it up to 210 degrees in about four hours;

13:59:46 21   is that correct?

13:59:46 22   A.  That was the standard API ramp that the lab used, yes.

13:59:49 23   Q.  But you used four hours, right?

13:59:51 24   A.  Used four hours, yes.

13:59:51 25   Q.  So this is five right here?

6800

13:59:51  1    A.   Yes.

13:59:53  2    Q.   So if I mark it right about there; is that fair?

13:59:56  3    A.   Yes.

13:59:57  4    Q.   And I am going to draw that ramp (INDICATING.)  Is that fair?

14:00:06  5    A.   Yes.

14:00:06  6    Q.   And then you held the temperature at 210 for the entire period

14:00:12  7    of the test; is that fair?

14:00:15  8    A.   Yes.

14:00:15  9    Q.   I am just going to write "UCA."  So this is the temperature

14:00:23 10    that you tested the cement at, right?

14:00:25 11    A.   Yes.

14:00:26 12    Q.   When the actual WellCat conditions showed this ramp up time?

14:00:32 13    A.   That's correct.

14:00:32 14    Q.   Now, the first sack of cement never gets higher than 185,

14:00:39 15    190 degrees, give or take; is that correct?

14:00:42 16    A.   Approximately, yes.

14:00:43 17    Q.   And the second -- or the last sack here actually never reaches

14:00:48 18    210; is that correct?

14:00:50 19    A.   It's right below 210.

14:00:52 20    Q.   So it never reaches 210, correct?

14:00:55 21    A.   It's right at 210.  It looks like maybe a couple of degrees

14:00:59 22    lower.

14:01:00 23    Q.   And then we're talking about all the way up to 50 hours?

14:01:03 24    A.   I believe I ran the model at 48, yes.

14:01:06 25    Q.   So at 48 hours, it still hasn't reached 210 degrees?

14:01:11 1   A.  At 48 hours, it reached close to 210.  I'm not sure what that

14:01:15 2   is based on that scale.

14:01:16 3   Q.  And at ten hours when the positive pressure test was run, the

14:01:21 4   first sack was something like 170 degrees?

14:01:25 5   A.  Approximately.

14:01:26 6   Q.  And the last sack was something just under 180 degrees?

14:01:31 7   A.  Approximately, yes.

14:01:32 8   Q.  So is it fair to say that had you run the tests with WellCat as

14:01:38 9   opposed to the four-hour ramp up time that you used, you would have

14:01:43 10  had much lower temperatures?

14:01:46 11  A.  You would have some difference in temperatures, yes.

14:01:48 12  Q.  And would that -- sir, in your experience, wouldn't lower

14:01:52 13  temperatures change the rate that the cement set at?

14:01:57 14          MR. BROCK:  Object to the request for expert testimony

14:02:00 15  from this witness, Your Honor.

14:02:01 16          MR. GODWIN:  I join in that, too, Your Honor.

14:02:03 17          THE COURT:  I sustain the objection.

13:42:02 18  BY MR. LI:

14:02:07 19  Q.  The bottom line is you didn't --

14:02:10 20          You all right?

14:02:11 21  A.  Yes.

14:02:12 22  Q.  The bottom line is you didn't use the WellCat to run your test,

14:02:14 23  did you?

14:02:14 24  A.  I used the WellCat so get my bottom hole circulating

14:02:18 25  temperature and static temperature.

6802

14:02:20  1   Q.  But you didn't run the UCA test using these numbers, did you?

14:02:23  2   A.  No, I just gave the lab the bottom hole circ stat and they used

14:02:29  3   the API ramp.

14:02:30  4   Q.  And you used much higher numbers for your test; isn't that

14:02:32  5   correct?

14:02:32  6   A.  They used the higher temperatures.

14:02:34  7   Q.  Now, sir, you testified earlier that failure to achieve zonal

14:02:49  8   isolation does not result in a blowout?

14:02:51  9   A.  That's correct.

14:02:52  10        MR. LI:  If we could have TREX-2133.283.1.

13:42:02  11  BY MR. LI:

14:03:00  12  Q.  Now, this is Halliburton's U.S. land offshore work methods, and

14:03:04  13  it says, "Among other concerns, poor zonal isolations could

14:03:08  14  possibly result in fluid migration from high pressure to low

14:03:11  15  pressure zones such as freshwater zone or migrate completely to the

14:03:15  16  surface, causing a major environmental hazard."

14:03:20  17        At least this manual believes that failure to achieve

14:03:24  18  zonal isolation could result in a blowout?

14:03:29  19  A.  It didn't say it could be a blowout.  There are other factors

14:03:32  20  in a well that hold the formation back.

14:03:34  21  Q.  Sir, do you agree or disagree with this statement?

14:03:37  22  A.  I believe there's other things in a well that hold the

14:03:39  23  formation back.  If the correct mud weight was chosen, that would

14:03:43  24  hold the formation back.  If there's a BOP there --

14:03:46  25  Q.  My only question is, do you agree or disagree with your

14:03:49 1   company's manual that says "Failure to achieve" -- or "Poor zonal

14:03:54 2   isolation could result in hydrocarbons migrating completely to the

14:03:58 3   surface, causing a major environmental hazard"?

14:04:01 4           Do you agree or disagree?

14:04:02 5   A.  Poor zonal isolation can have a flow path of hydrocarbons back

14:04:06 6   up the well.

14:04:07 7   Q.  A blowout?

14:04:07 8   A.  Doesn't need to be a blowout, it could have hydrocarbons come

14:04:10 9   back doesn't need to be a fire.

14:04:13 10           MR. LI:  Your Honor, I pass the witness.

14:04:16 11           THE COURT:  All right.

14:04:59 12           MR. BROCK:  Is it okay to proceed, Your Honor?

14:05:00 13           THE COURT:  Yes.

14:04:19 14                     CROSS-EXAMINATION

14:05:01 15   BY MR. BROCK:

14:05:01 16   Q.  Mr. Gagliano, my name is Mike Brock and I represent BP, and I

14:05:04 17   need to tell you that I have you on cross-examination for the

14:05:06 18   record.  Okay.

14:05:07 19   A.  Okay.

14:05:08 20   Q.  I am going to do my best not to go over questions that you've

14:05:12 21   already been asked.  A lot of the questions that I had to ask of

14:05:15 22   you have been asked, and so if you see me rustling with my papers

14:05:20 23   over here a little bit, it just means that every time I turn a

14:05:22 24   page, that's something I won't be asking you about, okay?

14:05:25 25   A.  Okay.

6804

14:05:25  1    Q.  One of the questions you were asked about toward the end of the

14:05:30  2    cross-examination was a meeting you attended where the issue of the

14:05:35  3    long string and the liner were discussed.  Do you remember that?

14:05:37  4    A.  Yes.

14:05:38  5    Q.  And I believe you have said on a prior occasion that with

14:05:45  6    regard to the selection of the long string, that it seemed

14:05:51  7    reasonable to you because you could get a good cement job in place

14:05:55  8    without losses using that -- using the long string, correct?

14:06:01  9    A.  I knew BP preferred the long string, and their determination or

14:06:05  10   decision was based on the fact that we can do the modeling and get

14:06:09  11   it in place without lost circulation.

14:06:11  12   Q.  And from your perspective as the cement advisor on the well,

14:06:16  13   that seemed reasonable to you, correct?

14:06:19  14   A.  Based on the modeling, we were -- it looked like we could get

14:06:22  15   it in place successfully.

14:06:24  16   Q.  Now, you've talked a little bit about your role with BP.  I am

14:06:35  17   going to try not to go back through all of the details.  But you do

14:06:40  18   agree that the construction of a well is a team effort, correct?

14:06:43  19   A.  I am part of the team.  I provide a small portion of what they

14:06:47  20   do.

14:06:47  21   Q.  But you're a member of that team that develops the plan for the

14:06:52  22   casing and the cementing of the casing, correct?

14:06:54  23   A.  I don't develop the casing, that is provided, the cement

14:06:57  24   solutions for their casing design.

14:06:59  25   Q.  Correct.  There is a casing plan in place, and then your job is

6805

14:07:02  1   to recommend a cement plan that will accommodate the casing plan

14:07:06  2   that's being suggested, correct?

14:07:08  3   A.  Yes, I make cement recommendations to them.

14:07:10  4   Q.  Now, you were embedded within the Macondo well team, correct?

14:07:15  5   A.  Yes.

14:07:15  6   Q.  I don't think you've described this completely yet today.  You

14:07:20  7   actually sat in an open room in a cubical at BP's Westlake

14:07:25  8   facility, correct?

14:07:26  9   A.  Yes, we sat in cubes.

14:07:28  10  Q.  And on that floor where you were located were the BP engineers

14:07:33  11  and other support personnel that you have been talking about some

14:07:36  12  here today, correct?

14:07:37  13  A.  Yes.

14:07:38  14  Q.  So that when you had questions, you had available to you just

14:07:43  15  to step over to the cube or raise your head up over and ask a

14:07:47  16  question, correct?

14:07:47  17  A.  Yes, we had access to each other right there on the same floor.

14:07:51  18  Q.  And you also had the ability to e-mail them?  If one of the

14:07:54  19  persons that you needed to talk to were not available, you could

14:07:57  20  send them an e-mail and you could communicate that way?

14:08:00  21  A.  Yes.

14:08:00  22  Q.  A lot of your communication with the BP people, though, was

14:08:04  23  through conversation, correct?

14:08:07  24  A.  I would say the majority of it was verbally.

14:08:09  25  Q.  Right.  Now, you had -- well, at the Westlake 4 facility, was

14:08:16  1   there an operations room where the morning meetings took place?

14:08:22  2   A.  Yes, we had a conference room designated just for the *Horizon*

14:08:25  3   team.

14:08:26  4   Q.  And during the team meetings that would take place there at

14:08:32  5   Westlake 4 within the operations room, was there information about

14:08:37  6   the well -- the Macondo well posted on the walls and on the boards

14:08:42  7   around the room?

14:08:43  8   A.  I don't specifically remember for Macondo, but they would

14:08:48  9   sometimes put up schematics.  I don't remember if we had that for

14:08:51 10   this particular well or not.

14:08:52 11   Q.  Typically there would be information about the well that you

14:08:56 12   were working on posted within the room, correct?

14:08:58 13   A.  It could potentially be a whole one side of the wall was white

14:09:02 14   board.  People would take notes.  I don't specifically remember for

14:09:05 15   Macondo if they had much up there.  But they would use that for --

14:09:08 16   utilize that for oil information.

14:09:10 17   Q.  Was there an open and free flee of communication between you

14:09:13 18   and BP about the design of the cement job?

14:09:15 19   A.  Yes.

14:09:15 20   Q.  Now, is it correct that, to your knowledge, BP never directed

14:09:23 21   you to do anything that you deemed to be unsafe on the Macondo

14:09:27 22   well?

14:09:28 23   A.  I don't believe they did.

14:09:29 24   Q.  Now, the expertise that you brought to the Macondo well's team

14:09:40 25   was in the area of cementing, correct?

6807

14:09:43  1    A.  My experience was in cementing.

14:09:44  2    Q.  And as you've described, by the time you got to the Macondo

14:09:49  3    well, you had about 100 foam jobs under your belt in terms of work

14:09:54  4    that you had done previously?

14:09:55  5    A.  Approximately, yes.

14:09:55  6    Q.  You had on-the-job training and you'd also attended courses

14:10:02  7    that were put on by Halliburton teaching you about achieving zonal

14:10:07  8    isolation, correct?

14:10:08  9    A.  Yes.

14:10:09 10    Q.  And that included course work with regard to foam cement,

14:10:13 11    correct, sir?

14:10:14 12    A.  Yes.

14:10:16 13          MR. BROCK:  Let's see TREX-2133.238.1, please.

14:10:16 14    BY MR. BROCK:

14:10:24 15    Q.  This is a callout from the U.S. land offshore work methods

14:10:29 16    document of Halliburton's.  Do you see that there?

14:10:33 17    A.  Yes.

14:10:34 18    Q.  I want to ask you just a couple of questions about this.  Do

14:10:37 19    you see in the middle where I've highlighted about ZoneSeal

14:10:43 20    isolation that "Utilizing this process we, Halliburton, provide the

14:10:46 21    customer with the highest quality controlled stable foamed cement

14:10:51 22    possible."  Do you see that?

14:10:52 23    A.  Yes.

14:10:52 24    Q.  And is that true?

14:10:53 25    A.  Yes.

14:10:54  1    Q.  And then it says, "Also, we have designated personnel that have

14:10:59  2    been internally trained and certified in the ZoneSeal process."

14:11:04  3            Do you see that?

14:11:05  4    A.  Yes.

14:11:05  5    Q.  Were you one of the people who was internally trained and

14:11:09  6    certified in the ZoneSeal process?

14:11:12  7    A.  I have caught foam jobs before in the past as a foam team

14:11:17  8    leader, but I wasn't -- I don't believe I was certified as a

14:11:20  9    ZoneSeal process.

14:11:21 10    Q.  Who was the person on the Halliburton team that was internally

14:11:24 11    trained and certified in the ZoneSeal process for the Macondo job?

14:11:29 12    A.  They had a foam team leader on location that caught the job.

14:11:33 13    Q.  Who was that?

14:11:34 14    A.  I'm drawing a blank right now.  I can't think of his name.  I

14:11:44 15    can see his face.

14:11:46 16    Q.  Where would he have been located?

14:11:48 17    A.  He would have been officed out of Lafayette.

14:11:49 18    Q.  Did you have any interaction --

14:11:50 19    A.  Paul Anderson.  I'm sorry, it just came to mind.

14:11:53 20    Q.  All right.  Thank you.

14:11:56 21            Did you have any interaction with Paul Anderson about the

14:12:00 22    design of the Macondo job?

14:12:02 23    A.  Yes.

14:12:03 24    Q.  Did he provide any input to you with regard to using D-Air in

14:12:09 25    the foam cement job?

14:12:11   1    A.  I don't recall him raising any issues.

14:12:13   2    Q.  I am asking you a different question.

14:12:15   3             Did you have any interaction with him, conversation with

14:12:17   4    him, about the fact that D-Air was included in the slurry design?

14:12:24   5    A.  I don't remember that being brought up when I talked to him.

14:12:26   6    Q.  Is it required for the person who is trained and certified in

14:12:37   7    the zone seal process to review the slurry design?

14:12:41   8    A.  I provide him with all of the lab test, and I would assume he

14:12:45   9    would review it.

14:12:45  10    Q.  But whether he did or not you don't know?

14:12:47  11    A.  I e-mailed it to him and he had to review it for the job for

14:12:50  12    him to get his concentrations correct.

14:12:52  13    Q.  So when you say, "to get the concentrations correct," are you

14:12:56  14    talking about on the rig?

14:12:57  15    A.  Yes.  They have to -- a CMS system that injects the liquids and

14:13:02  16    he has to review the lab tests to know what that is.

14:13:04  17    Q.  So one of the things you referenced that he was in Lafayette,

14:13:08  18    but he would have also been out on the rig for the pumping of the

14:13:15  19    job?

14:13:15  20    A.  Yes.  He was officed in Lafayette, but he would actually go

14:13:15  21    into the rig location to catch a job.

14:13:17  22    Q.  Before he went to the rig, though, you don't recall any

14:13:20  23    interaction with him with regard to the design of the slurry,

14:13:23  24    correct?

14:13:23  25    A.  I believe I did e-mail him proposals and lab data if I had that

6810

14:13:29  1    at the time.  I would keep in communication with him that way.

14:13:31  2    Q.  Any responses from him or any conversations that you can

14:13:34  3    recall?

14:13:34  4    A.  I don't recall any at this time.

14:13:37  5    Q.  Now, you don't recall any BP member of the Macondo wells team

14:13:51  6    who had prior experience doing a foam job across a production

14:13:55  7    interval, do you?

14:13:57  8    A.  I believe Mark Hafle was involved in one or two of those

14:14:02  9    production jobs prior to this one.

14:14:03 10    Q.  Let me just direct you to your deposition at 483, three through

14:14:08 11    eight.  And I'll just ask you this question.  Do you remember being

14:14:22 12    asked at your deposition, "Had any member of the BP part of the

14:14:26 13    team, either Mr. Morel or Mr. Hafle or Mr. Walz, ever had prior

14:14:31 14    experience doing a foam cement job across a production interval on

14:14:35 15    any well, to your knowledge?"  And did you answer, "I don't -- I

14:14:41 16    don't recall at this time."

14:14:41 17    A.  Yes.

14:14:42 18    Q.  And was that your recollection at the time that you gave your

14:14:45 19    deposition?

14:14:46 20    A.  Yes.

14:14:46 21    Q.  And that was back in early 2012?

14:14:49 22    A.  The deposition?  Yes.

14:14:50 23    Q.  Yes.

14:14:51 24    A.  Yes.

14:14:51 25    Q.  You had more experience than Mr. Morel did when it came to

14:14:58  1  cementing knowledge, correct?

14:15:00  2  A.  I had more experience, yes.

14:15:01  3  Q.  Indeed, you've said on prior occasions that you felt his

14:15:07  4  experience in cementing was limited compared to yours?

14:15:11  5  A.  Yeah.  All of my background has been in cementing.  That's what

14:15:14  6  I focused on for over 13 years.

14:15:16  7  Q.  And likewise, you had more experience with regard to the

14:15:22  8  design, testing, and pumping of cement than did Mr. Mark Hafle,

14:15:26  9  correct?

14:15:27 10  A.  I believe so.

14:15:27 11  Q.  In fact, do you recall that Mr. Hafle actually reached out to

14:15:34 12  you in March on the issue of whether foam cement could be pumped

14:15:40 13  across a production interval?

14:15:41 14  A.  I believe I recall an e-mail.

14:15:43 15  Q.  Let's look quickly at 7483.1.2.  Do you see that this is a

14:15:51 16  note, an e-mail from Mark Hafle to you dated March 7th, 2010?

14:15:58 17  A.  Yes.

14:15:58 18  Q.  And he's actually asking you in this note, "Can we put foam

14:16:03 19  cement across the zone to be perforated during the completion?"  Do

14:16:09 20  you see that?

14:16:09 21  A.  Yes.

14:16:09 22  Q.  And 7484.1.2.  Do we see your answer where you say, "We have

14:16:20 23  foamed several production liners and casings across the production

14:16:24 24  zone to be perforated."  Do you see that?

14:16:26 25  A.  Yes.

6812

14:16:26  1   Q.  And you say, "This has been done in the past with success."  Do

14:16:31  2   you see that?

14:16:31  3   A.  Yes.

14:16:31  4   Q.  And the BP team that you've described as having limited or

14:16:44  5   basic cementing knowledge accepted your recommendation to use foam

14:16:49  6   cement on the production interval at the Macondo well?

14:16:53  7   A.  I made the recommendation and BP accepted it.

14:16:55  8   Q.  Now, I want to ask you just a few questions about resources

14:17:04  9   that were available to you in the early part of 2010.  And just to

14:17:11  10  guide our discussion, I am going to put up on the board a

14:17:14  11  demonstrative, Exhibit 4290.  And it's a bit cartoonish, but I am

14:17:26  12  just trying to make the point with it, if you'll just bear with me

14:17:29  13  just a second.  The place where you did your work on a daily basis

14:17:35  14  was over at BP's building on BP's side of the fence, as we have it

14:17:41  15  here.  And you would have been working there with Mark Hafle, Brian

14:17:46  16  Morel and others in terms of the design of the cement and the

14:17:52  17  recommendations that you would be making, correct?

14:17:54  18  A.  Yes.

14:17:55  19  Q.  Then you had available to you a number of resources, if you had

14:18:01  20  questions about design, about chemistry, about testing, that you

14:18:09  21  could reach out to as a member of the Halliburton team, correct?

14:18:12  22  A.  Yes, if I had concerns, I had people and resources I can talk

14:18:17  23  to.

14:18:17  24  Q.  BP's access to these other resources would be through you,

14:18:21  25  correct?

6813

14:18:22  1    A.  That's incorrect.  They had internal cement specialties they

14:18:25  2    had access to.

14:18:26  3    Q.  In terms of the design of this slurry and the testing of this

14:18:30  4    slurry, BP's access to Halliburton's labs and research was through

14:18:37  5    you?

14:18:37  6    A.  Yes, but they could have their internal cement specialist

14:18:41  7    review all lab test.

14:18:42  8    Q.  I am focussing right now -- I appreciate that.  I am focussing

14:18:44  9    on BP's access to the Halliburton systems, okay.

14:18:49 10    A.  Okay.

14:18:50 11    Q.  Are you with me?

14:18:50 12    A.  Yes.

14:18:51 13    Q.  That would have been through you?

14:18:53 14    A.  For the Halliburton side, yes.

14:18:54 15    Q.  That's what I'm asking.  And do you see here that we have just,

14:18:59 16    in a cartoonish kind of way, shown some of the places and people

14:19:05 17    that you could reach out to if you had questions about the design

14:19:10 18    or testing of cement, correct?

14:19:12 19    A.  Yes.

14:19:12 20    Q.  You had access to people in the field labs, correct?

14:19:15 21    A.  Yes.

14:19:16 22    Q.  You had a chemistry research and development department,

14:19:22 23    correct?

14:19:22 24    A.  We have a technology center, yes.

14:19:24 25    Q.  Who led that?

6814

14:19:26  1    A.  Who ran the technology center?

14:19:28  2    Q.  Who led that or ran that?

14:19:29  3    A.  At that time, I believe Anthony Badalamenti was the technical

14:19:32  4    director for cementing.

14:19:33  5    Q.  And he could answer questions for you if you had questions

14:19:36  6    about the interaction of the chemicals that were being used to make

14:19:40  7    up the cement, correct?

14:19:41  8    A.  Yes.

14:19:42  9    Q.  Engineering R and D, what issues did they address?

14:19:47 10    A.  I'm sorry?

14:19:50 11    Q.  You see I have on the top left there, there's an engineering

14:19:53 12    research and development department?

14:19:54 13    A.  Yes, that would be part of our technology group.

14:19:57 14    Q.  You call that technology.  What's the difference between what's

14:20:00 15    done on the engineering side and the chemistry side?

14:20:03 16    A.  The engineering side would be the field engineers out of

14:20:05 17    Lafayette, and our technology group at this time was in Duncan,

14:20:10 18    Oklahoma, where they develop a lot of our chemistry.

14:20:12 19    Q.  So those resources were available to you also?

14:20:16 20    A.  Yes.

14:20:16 21    Q.  And then the QC group would be a group that you could reach out

14:20:21 22    to if you had a question about the quality of a batch or a set of

14:20:26 23    chemicals that you were thinking about using in a design, correct?

14:20:29 24    A.  I am not aware of a QC group that we had, but they did QC

14:20:35 25    testing on the cement when we received it.

14:20:37  1    Q.  If you had questions about the quality of cement that you were

14:20:40  2    going to use for a proposed job, would you reach out to someone in

14:20:47  3    quality control for that?

14:20:48  4    A.  I can talk to several people.  I can talk to technology, the

14:20:54  5    lab, technical advisers, there were several people I could reach

14:20:57  6    out to.

14:20:57  7    Q.  You mentioned technical advisors.  They're available to you

14:21:00  8    also, and is there technical support that's available to you also?

14:21:03  9    A.  Yes.

14:21:03 10    Q.  So with regard to the things that are on the Halliburton side

14:21:23 11    of the fence, BP did not have access to any of those cementing

14:21:29 12    resources except through you?

14:21:31 13    A.  For Halliburton, yes.

14:21:33 14    Q.  Now, you were the cementing specialist who was working out of

14:21:43 15    the BP offices in Houston.  You had 100 foam jobs under your belt,

14:21:51 16    and you had one task and one task only, and that was to focus on

14:21:56 17    the cementing portion of the Macondo well, correct?

14:21:59 18    A.  My primary function was to provide cement support.

14:22:03 19    Q.  You had one task and one task only and that was to focus on

14:22:07 20    cementing that Macondo well?

14:22:09 21    A.  Yes.

14:22:09 22    Q.  You're aware, are you not, that the drilling engineers on the

14:22:14 23    team, Morel and Hafle and others, had a lot of responsibilities in

14:22:19 24    terms of the drilling of the well, correct?

14:22:23 25    A.  They oversaw everything.  They had all of the information.

6816

14:22:27  1   Q.   Yep.   They had to make decisions about tubulars, they had to

14:22:32  2   interact with you about centralizers, they had to worry about ECD

14:22:37  3   management, a number of things that would not be related to cement?

14:22:40  4   A.   They had other things not related to cement.

14:22:42  5   Q.   Let's look at 7485.1.4.   This is a document that comes under

14:23:00  6   the heading of the "Halliburton Advantage."   And we see here that

14:23:05  7   Halliburton is saying that it helps safely reduce the cost of

14:23:09  8   producing a barrel of energy by bringing new efficiencies to deep

14:23:15  9   water projects.   And is this a way in which Halliburton promoted

14:23:18  10  itself at the time of this event?

14:23:20  11  A.   That's what the document states.   I am not sure when it came

14:23:24  12  out.

14:23:24  13  Q.   Do you see the last sentence there where it says, "Whether you

14:23:29  14  need a single tool, a partner to manage entire projects, or a

14:23:33  15  trusted advisor to recommend the best solution for you, your job,

14:23:38  16  Halliburton delivers."   Do you see that?

14:23:39  17  A.   Yes.

14:23:42  18  Q.   So is it right that Halliburton was BP's partner for the

14:23:46  19  Macondo well, and you would have been the trusted advisor that

14:23:50  20  Halliburton placed in the offices of BP to recommend the best

14:23:55  21  solution for this well?

14:23:56  22  A.   We weren't partners in the well.   We just provided one

14:24:01  23  third-party service for the well.

14:24:03  24  Q.   When I say "partners" I am talking about partners in helping to

14:24:06  25  design an appropriate cement, testing it, and bringing it forward

6817

14:24:11  1    so that it could be pumped safely?

14:24:13  2    A.  I was a member of the BP team.

14:24:15  3    Q.  And were you the person who would have been the trusted advisor

14:24:19  4    to recommend the best solution for the job?

14:24:22  5    A.  My function there was to give cement recommendations to BP for

14:24:26  6    their well.

14:24:27  7    Q.  Other than you, did anyone at Halliburton serve the role of

14:24:32  8    trusted advisor to BP?

14:24:34  9    A.  We had other account reps and we do have technical advisers

14:24:40  10   that would visit with BP on occasion, yes.

14:24:41  11   Q.  For this job were you the primary trusted advisor?

14:24:45  12   A.  Yes.

14:24:45  13   Q.  Now, as the trusted advisor to the BP Macondo well's team, did

14:24:59  14   you believe that the team could trust you to know how to design a

14:25:03  15   stable foam cement slurry?

14:25:05  16   A.  I believe they did.

14:25:06  17   Q.  As the trusted advisor to the BP Macondo well's team, did you

14:25:11  18   believe that the BP's well team could trust you to bring to their

14:25:15  19   attention any issues if they existed with respect to the stability

14:25:18  20   of the foam cement?

14:25:19  21   A.  If I thought there was an issue, I would bring it to their

14:25:23  22   attention.

14:25:23  23   Q.  Now, we've talked about three other wells that you had

14:25:31  24   involvement with with regard to BP; Isabela, King South, and

14:25:37  25   Nakika, correct?

6818

14:25:38  1    A.  Yes.

14:25:38  2    Q.  And those other wells did not use D-Air 3,000 as a part of the

14:25:44  3    foam cement job, did they?

14:25:45  4    A.  I don't believe those had that in there.

14:25:47  5    Q.  At the time of your deposition, do you recall saying that you

14:25:54  6    couldn't identify a single foam cement job that you did on a deep

14:25:58  7    water well for production interval or as part of the blend you

14:26:03  8    included D-Air 3,000?

14:26:04  9    A.  I don't recall being -- me designing one, no.

14:26:08 10    Q.  So is what I just said correct, that prior to Macondo, you had

14:26:15 11    never participated in the design of a foam cement job for

14:26:24 12    production interval where you included D-Air 3,000?

14:26:28 13    A.  I personally have not, but I've been involved in discussions

14:26:30 14    and know other people who have done it successfully.

14:26:33 15    Q.  I am going to come to that later.  But in terms of your

14:26:36 16    personal experience, you had never done that?

14:26:38 17    A.  No.

14:26:38 18    Q.  Now, in terms of the work that you would be doing from Houston,

14:26:50 19    you would have an open line of communication with the Halliburton

14:26:55 20    representatives who were serving on the *Horizon* rig, correct?

14:27:00 21    A.  Yes.

14:27:01 22    Q.  And going back the other way, any time they wanted to pick up

14:27:05 23    the phone, they had the ability to reach you?

14:27:09 24    A.  Yes.

14:27:09 25    Q.  I am not saying they could always reach you at three o'clock in

6819

14:27:13  1   the morning, but you had -- maybe they could, but you had an open

14:27:16  2   line of communication back and forth?

14:27:18  3   A.  Yes, we did.

14:27:18  4   Q.  One of the things that the Halliburton crew did from the rig

14:27:26  5   was to send you updates on the cement inventory on the rig,

14:27:30  6   correct, sir?

14:27:31  7   A.  Yes.

14:27:31  8   Q.  Let's look at TREX 7493.1.1.  And do you see that this is a

14:27:42  9   report to you from Chris Haire?  This is also addressed Danny

14:27:48 10   Mooney, Kathryn Miller, and others.  Do you see that?

14:27:51 11   A.  Yes.

14:27:55 12   Q.  Do you have water?

14:27:56 13   A.  Yes, I'm good.

14:27:57 14   Q.  Do you want to take a sip?

14:27:57 15           THE COURT:  Karen, did we lose our feed?  Let's take a

14:27:57 16   short break.

14:37:52 17       (WHEREUPON, A RECESS WAS TAKEN.)

14:37:52 18       (OPEN COURT.)

14:43:35 19           THE COURT:  Everybody be seated.  I see Mr. Gagliano is

14:43:38 20   coming back in.

14:43:58 21           All right.  You can resume.

14:44:00 22   BY MR. BROCK:

14:44:02 23   Q.  All right.  Mr. Gagliano, are you ready to proceed?

14:44:04 24   A.  Yes.

14:44:05 25   Q.  So we're going back to the document we were talking about just

6820

14:44:09  1   before the break.  And is it correct that this chart that we have

14:44:13  2   on the board here that was forwarded to you describes that there

14:44:17  3   are six different tanks available on the *Deepwater Horizon* for

14:44:23  4   cement storage?

14:44:24  5   A.  Yes.

14:44:24  6   Q.  And it shows 1270 sacks of cement came over on the *Deepwater*

14:44:32  7   *Horizon* from the Kodiak well, and a portion of that is in tank two

14:44:36  8   and another portion is in tank three.  Do you see that?

14:44:38  9   A.  Yes.

14:44:38  10  Q.  Those letters that appear beside tank one where it says

14:44:47  11  "material transfer," what does that mean?  It says "MT."  Tell us

14:44:52  12  what that means, please.

14:44:53  13  A.  We usually do a material transfer when we move from one well to

14:44:57  14  another, basically we just do -- for accounting purposes at BP, we

14:45:00  15  credit that amount to the previous well and charge it to the new

14:45:04  16  well so accounting on the BP side will be accurate.

14:45:06  17  Q.  Does this chart here indicate that tanks one and tanks four are

14:45:12  18  empty?

14:45:14  19  A.  Tank four appears to be empty, but they do have something that

14:45:19  20  shows in tank one, but doesn't show a volume, so I would assume

14:45:23  21  that's empty as well.

14:45:24  22  Q.  The point here I am just coming to is that when the *Deepwater*

14:45:35  23  *Horizon* got to the Macondo well, there was plenty of capacity to

14:45:37  24  fill those tanks with whatever slurry you felt was necessary for

14:45:41  25  the upcoming jobs, correct?

6821

14:45:43  1    A.  We did have additional space.

14:45:44  2    Q.  And let's look at TREX-7494.1.1.  And do you see that this is a

14:45:56  3    note from yourself to Chris Haire, I think Vincent Tabler is on

14:46:06  4    here also, dated January the 28th, 2010?

14:46:09  5    A.  Yes.

14:46:09  6    Q.  And this is a note that you authored, correct?

14:46:13  7    A.  Yes.

14:46:13  8    Q.  And if you look down to the second -- well, first of all, you

14:46:19  9    say in here, "Attached is a proposal for the 16-inch liner on

14:46:22 10    Macondo.  Looking ahead, below is what I think we will need for the

14:46:26 11    next couple of strings."  Do you see that?

14:46:28 12    A.  Yes.

14:46:29 13    Q.  So you're talking about the cementing that will be done as the

14:46:35 14    *Deepwater Horizon* completes the drilling of the well, correct?

14:46:38 15    A.  Yeah, this is looking ahead for the next two strings in the

14:46:41 16    well.

14:46:41 17    Q.  And this is looking at the 16-inch and 13 5/8-inch liners,

14:46:46 18    correct?

14:46:46 19    A.  Yes.

14:46:46 20    Q.  And then if we come down to the last full paragraph, you see

14:46:53 21    that it says:  "Plan on foaming the 9 7/8-inch production casing if

14:46:59 22    the well is a find."  Do you see that?

14:47:02 23    A.  Yes.

14:47:02 24    Q.  And so at least as early as January of 2010, and probably well

14:47:09 25    in advance of that, you were contemplating that the production

6822

14:47:15  1    zones, that is the last string of casing, would be isolated using a

14:47:22  2    foam cement?

14:47:24  3    A.  Yes, that was my recommendation.

14:47:26  4    Q.  So at this point, you did feel that the Kodiak blend was

14:47:34  5    suitable for a foam job at Macondo?

14:47:37  6    A.  Yes.

14:47:38  7    Q.  When I say the Kodiak blend, I am talking about the cement that

14:47:42  8    was on the *Deepwater Horizon* that was moving from the Kodiak well

14:47:45  9    over to the Macondo well, correct?

14:47:47 10    A.  Correct.

14:47:48 11    Q.  Now, as of January 28th, 2010, if it was your intent to follow

14:47:58 12    the recommended procedures of Halliburton and not use D-Air in the

14:48:05 13    slurry, you had plenty of time to get additional cement out to the

14:48:09 14    rig and you had storage capacity to utilize to keep the cement

14:48:16 15    there until you were ready to do the final string of casing, cement

14:48:22 16    the final string of casing, correct?

14:48:24 17    A.  I believe at this point, we weren't sure if we could still set

14:48:27 18    the production casing job, so we weren't sure if we were going to

14:48:31 19    go that far or not.

14:48:32 20    Q.  You were planning if this turned out to be a find or keeper

14:48:36 21    well, that you would use foam cement for the final production

14:48:41 22    casing, correct?

14:48:41 23    A.  Correct.  If it was a find, we would plan on using foam.

14:48:44 24    Q.  If you started work on January the 28th, you had plenty of time

14:48:49 25    to get cement to the rig that did not include D-Air 3000, correct?

6823

14:48:55  1    A.  I would not load cement out this early until I knew we would be

14:49:00  2    doing that job.  I wouldn't sell BP cement that would just sit out

14:49:04  3    and potentially not be used.

14:49:05  4    Q.  What was the date by which you knew you would be using foam

14:49:09  5    cement to seal the well?

14:49:11  6    A.  I don't remember exactly when I gave the recommendation, but

14:49:15  7    the plan was if we were to have a find, that we would foam it.

14:49:18  8    Q.  And whenever that was, there was nothing to prevent you from

14:49:25  9    getting out to the rig cement that did not include the D-Air

14:49:29  10   component in the blend, correct?

14:49:31  11   A.  I felt that the cement we had on location could be used for the

14:49:35  12   production casing job for foaming.

14:49:36  13   Q.  Right.  I just want to speak to the logistical issue, that if

14:49:40  14   you decided to follow the recommended procedure and not utilize

14:49:43  15   D-Air in a foam cement, you had time and space to get the materials

14:49:49  16   to the rig, correct?

14:49:51  17   A.  Yeah, we could have gotten some additional cement out, yes.

14:49:54  18   Q.  Okay, that's all.  Thank you.  But as you said, you didn't have

14:50:00  19   any issues with the Kodiak blend; you felt it was appropriate, and

14:50:05  20   recommended it to BP as appropriate?

14:50:07  21   A.  Yes.

14:50:08  22   Q.  You actually have said, "I notified BP that we'd be using the

14:50:18  23   blend for the production casing job if we're actually going to run

14:50:23  24   one," correct?

14:50:23  25   A.  Yes.

6824

14:50:24  1   Q.  I want to turn our attention now to the issue of best

14:50:32  2   practices, and I am not going -- I promise I am not going to go

14:50:35  3   over the ones you've already seen.  I just have got just a couple

14:50:38  4   more I want to ask you about.

14:50:39  5        If we could see first D-4381.  And do you see that this is

14:50:54  6   three of the global practices that you have been shown by some of

14:51:02  7   the other lawyers that are here in your examination today?

14:51:04  8   A.  Yes.

14:51:05  9   Q.  And you are familiar with these, correct?

14:51:07 10   A.  Yes.

14:51:07 11   Q.  And you have said that Halliburton has learned things since the

14:51:12 12   publication of these documents that suggest that it is appropriate

14:51:18 13   to use -- it is appropriate to use a defoamer when suggesting a

14:51:25 14   foam cement job, correct?

14:51:27 15   A.  Yes, we've had learning since these have been published.

14:51:31 16   Q.  Now, let me ask you to look, please, at 2133.239.  Let's see

14:51:42 17   the cover page on 2133 first.  Do you see this is the U.S. Land-

14:51:50 18   Offshore Cementing Work Methods Prepared for the North American

14:51:55 19   Region Districts April 2010?  Do you see that?

14:51:58 20   A.  Yes.

14:51:58 21   Q.  And are you within the North American region district s?

14:52:02 22   A.  Yes.

14:52:03 23   Q.  Now, let's look at page 239.  2133.239, and if you could call

14:52:14 24   out that part right at the top.

14:52:20 25        Now, the ZoneSeal Isolation Process is what was being

14:52:23  1    utilized at the Macondo well, correct?

14:52:26  2    A.  Yes.

14:52:26  3    Q.  And in April of 2010, does Halliburton publish a bulletin that

14:52:34  4    says the following:  "The ZoneSeal Isolation Process must include

14:52:39  5    all of the following"?  Do you see that?

14:52:42  6    A.  Yes.

14:52:43  7    Q.  And if you go down to the last check mark, do you see where it

14:52:47  8    says "cementing best practices"?

14:52:51  9    A.  Yes.

14:52:51 10    Q.  And cementing best practices at this point in time included the

14:53:00 11    concept of not using a defoamer in a foam cement, correct?

14:53:04 12    A.  The best practice stated that as a guidance.

14:53:08 13    Q.  And your bulletin, your North American Land - Offshore Work

14:53:13 14    Methods book said that you must include cementing best practices

14:53:19 15    when using the ZoneSeal Isolation Process, correct?

14:53:22 16    A.  I'm sorry, repeat the question.

14:53:25 17    Q.  U.S. Land - Offshore Work Methods published in April of 2010

14:53:32 18    said that you must include cementing best practices when using the

14:53:37 19    ZoneSeal Isolation Process?

14:53:39 20    A.  That's what that document states.

14:53:41 21    Q.  Now, let's look at one more.  TREX-4347 point -- well, let's

14:53:48 22    look at 4347.  And if you could call out the date of this one.  I

14:54:03 23    think there's one that says July 2009, is that there?  Bottom of

14:54:10 24    the page?  Okay.  Now, do you see that this is approved July of

14:54:20 25    2009?

14:54:21  1    A.  Yes.

14:54:22  2    Q.  And do you know who DG is that's notated there?

14:54:28  3    A.  I am not sure.

14:54:29  4    Q.  And do you see that this says in July of 2009, "for the base

14:54:36  5    slurry test outlined, a defoamer is recommended to avoid excessive

14:54:40  6    air entrainment."  And then the next sentence.  "The defoamer is

14:54:45  7    for base slurry testing purposes only."  And then read the rest,

14:54:49  8    please.

14:54:49  9    A.  "And should not be included in the foam slurry tests outlined

14:54:54 10    in this section or in actual job designs."

14:54:55 11    Q.  Now, let's go back to 4381, D-4381.  The language we just

14:55:11 12    looked at is the same language in the Halliburton Global Laboratory

14:55:17 13    Best Practices manual that we have looked at, isn't it?

14:55:20 14    A.  Yes.

14:55:20 15    Q.  That's not an out-of-date bulletin or instruction, is it?

14:55:25 16    A.  This one?

14:55:28 17    Q.  Yes, sir.

14:55:29 18    A.  The July '09?

14:55:32 19    Q.  Yes.

14:55:33 20    A.  Yes, it's more current than the other ones.

14:55:36 21    Q.  Let me ask you a few questions about materials that would have

14:55:48 22    been shared with the BP wells team in the ordinary course.  You

14:55:54 23    would not have given to BP all of the laboratory weigh-up sheets,

14:55:59 24    correct?

14:56:00 25    A.  I don't have access to the weigh-up sheets, no.

6827

14:56:03   1    Q.  You have access to the Viking system, correct?

14:56:05   2    A.  Yes.

14:56:06   3    Q.  You could ask for the weigh-up sheets, couldn't you?

14:56:09   4    A.  I guess I could call the lab, but that wasn't standard

14:56:14   5    practice.  I never did usually see those.

14:56:16   6    Q.  You didn't give BP access to the Viking system where the lab

14:56:20   7    technician's comments about the lab test were contained in the

14:56:23   8    system?

14:56:24   9    A.  I don't think BP had access to Viking.

14:56:27  10    Q.  You didn't give BP copies of or report the results of all of

14:56:32  11    the tests that were run on the Macondo slurry?

14:56:35  12    A.  I did provide them the results.

14:56:37  13    Q.  You provided some results, but you didn't provide all, did you?

14:56:40  14    A.  I provided the ones that BP requested.

14:56:42  15    Q.  Let me see if I can get you to focus on my question.  You did

14:56:47  16    not affirmatively provide BP copies or report the results of all of

14:56:52  17    the tests that were run on the Macondo slurry, correct?

14:56:55  18    A.  The tests that were required for me to run by BP, I provided to

14:56:58  19    BP.

14:56:58  20    Q.  You did not furnish them the tests that were run in February,

14:57:05  21    did you?

14:57:06  22    A.  I did provide them some test results from February.

14:57:09  23    Q.  You didn't provide the comments or the notes that were made as

14:57:13  24    part of those tests, did you?

14:57:14  25    A.  If the comments were on Viking, it would have been on the lab

14:57:17 1  report I provided to BP.

14:57:19 2  Q.  You didn't provide them with the comments that went along with

14:57:24 3  the tests that were run in early April, did you?

14:57:27 4  A.  If the comments were in Viking when I generated the report, it

14:57:31 5  would be on there.

14:57:31 6  Q.  You had access to Halliburton internal management manuals that

14:57:39 7  said don't use D-Air or defoamer in a foam cement, correct?

14:57:43 8  A.  There are internal documents that state that.

14:57:46 9  Q.  And you didn't provide those internal Halliburton manuals to

14:57:50 10  BP, did you?

14:57:50 11  A.  I personally did not, no.

14:57:51 12  Q.  You never told Brian Morel or anyone on the BP wells team that

14:57:56 13  you were designing a foam cement that was contrary to Halliburton's

14:58:00 14  internal best practices, did you?

14:58:02 15  A.  I don't remember that conversation.

14:58:03 16  Q.  Let's see TREX-7492.5.1.  Just by way of background,

14:58:32 17  Mr. Gagliano, this is an interrogatory, which is just a big word

14:58:37 18  for question, and the question here is, "Please identify and

14:58:42 19  describe each instance of cement failure, where nitrogen-based foam

14:58:46 20  cement slurry designed by you," that was Halliburton, "was used to

14:58:50 21  seal or cap a deepwater well within the past ten years."  Do you

14:58:55 22  see that?

14:58:55 23  A.  Yes.

14:58:56 24  Q.  Now, if we could go to 7492.6.1, I am going to show you the

14:59:01 25  response to the question.  And there are a number of deepwater foam

14:59:10  1    cement jobs that are listed here and that -- it's just representing

14:59:16  2    that the 20 below experienced a failure to achieve zonal isolation,

14:59:23  3    do you see that?

14:59:23  4    A.  Yes.

14:59:24  5    Q.  Would you focus just for a second on the one at the very

14:59:27  6    bottom, 1/31/2010.  And do you see that that is a well that is a

14:59:36  7    surface casing at 2460 feet water depth, and a total depth of 4289?

14:59:43  8    Do you see that?

14:59:43  9    A.  Yes.

14:59:46 10    Q.  If we could now turn to D-4684.  I've just now -- what I've

15:00:03 11    done now is I've put that single job in a demonstrative just so we

15:00:09 12    can have that for a point of reference.  Do you see that?

15:00:11 13    A.  Yes.

15:00:11 14    Q.  Just pull that one out.  And then if we look at D-4683, now, do

15:00:23 15    you remember the document that Mr. Sterbcow showed you earlier that

15:00:26 16    had a list of Halliburton foam jobs in the Gulf containing D-Air,

15:00:31 17    and you mentioned that you didn't recognize the one at the top?  Do

15:00:34 18    you remember that?

15:00:34 19    A.  Yes.

15:00:34 20    Q.  So this is the bottom two entries from that log.  Do you see

15:00:40 21    that?

15:00:40 22    A.  Yes.

15:00:40 23    Q.  And do you see the one that's January of 2010?  It has a water

15:00:47 24    depth of 2460 and a job vertical -- job depth true vertical of

15:00:53 25    4289?  Do you see that?

15:00:54  1    A.   Yes.

15:00:54  2    Q.   And now if we could pull up 4686, D-4686.  Do you see now I've

15:01:15  3    put the two things that we've been talking about in the same

15:01:21  4    document, the 1/31/2010, and then if you can come down, you can see

15:01:27  5    how that matches.  Do you see that?

15:01:28  6    A.   Yes.

15:01:29  7    Q.   And do you remember that the 1/31/2010 was a note of foam jobs

15:01:37  8    with D-Air that failed, correct?

15:01:39  9    A.   Yes.  Are you stating the list of 20 all had D-Air in it?

15:01:46 10    Q.   Go back to -- I think -- no.  The list of 20 did not; the list

15:01:53 11    of six did.

15:01:55 12    A.   Okay.

15:01:55 13    Q.   The list of six had D-Air.

15:01:58 14    A.   Okay.

15:01:59 15    Q.   The list of 20 was 20 jobs that experienced a failure to

15:02:04 16    achieve zonal isolation.

15:02:05 17    A.   Okay.

15:02:05 18    Q.   Okay.

15:02:07 19    A.   Okay.

15:02:08 20    Q.   So this is showing you that the one on the bottom, OCSG 32301,

15:02:16 21    the one in red, is a job that included D-Air and was a failed job,

15:02:26 22    do you see that?

15:02:27 23    A.   The one on 19, yes.

15:02:34 24    Q.   Yes.  So what this tells us is that as recently as January of

15:02:41 25    2010, a foam cement job using D-Air in the Gulf of Mexico failed,

6831

15:02:49   1    correct?

15:02:50   2    A.  I wouldn't contribute it to D-Air.  I mean, a number of things

15:02:57   3    can fail a zonal isolation:  Circulation ahead of the job,

15:03:00   4    centralization.  And this is just one job out of the 20.  The other

15:03:03   5    19 didn't have D-Air and failed to have zonal isolation, so I

15:03:06   6    wouldn't pinpoint this as a D-Air issue.

15:03:10   7    Q.  The other 20 did not have D-Air?

15:03:12   8    A.  Correct.

15:03:12   9    Q.  The other 20 were a list of failures, the list of six was the

15:03:16  10    list that had D-Air, do you remember that?

15:03:18  11    A.  Yes.  Yes.

15:03:20  12    Q.  My question to you is, do you agree that from these records,

15:03:24  13    it's apparent that there was a failure -- there was a job with a

15:03:28  14    failure to achieve zonal isolation in January of 2010 in a job

15:03:34  15    using D-Air?

15:03:34  16    A.  This states it was a failure, but I am not sure why it was a

15:03:40  17    failure.

15:03:40  18    Q.  Understood.  My question to you is, was this failure to achieve

15:03:46  19    zonal isolation in January of 2010 just a couple of months before

15:03:50  20    the Macondo incident where D-Air was used, was that reported to you

15:03:56  21    in any way by management of Halliburton?

15:03:58  22    A.  I don't recall being made aware of this one.

15:04:03  23    Q.  And I take it from that, then, that you would not have reported

15:04:06  24    this fact to BP as you were submitting your cement design, correct?

15:04:13  25    A.  I wasn't aware of it, so I wouldn't have reported it to BP.

15:04:17  1    Q.  Thank you.  I want to turn our attention now to the issue of

15:04:23  2    testing, and I want to try to do this with you the quick way, and I

15:04:29  3    hope we can.  If we can't or you have a question, we will go to a

15:04:33  4    document if you need to.

15:04:34  5         Let's put up D-4687, please.  This is my version of the

15:04:44  6    preincident Viking information, okay?

15:04:47  7    A.  Okay.

15:04:47  8    Q.  Have you seen this before now?

15:04:49  9    A.  No.

15:04:50  10   Q.  So just work with me here to walk through this.  As you said a

15:04:57  11   few minutes ago, the information that you had access to from BP's

15:05:03  12   offices in Houston was the Viking system, correct?

15:05:07  13   A.  Yes.

15:05:07  14   Q.  So I want to focus my discussion with you on what would be

15:05:12  15   available to you in the Viking system, okay?

15:05:15  16   A.  Okay.

15:05:15  17   Q.  Now, first of all, if we look at the February 12th test, you

15:05:24  18   see that I have D-Air .25 percent, ZoneSealant 2000, .11 gallons

15:05:34  19   per sack, the SCR-100 L that you spoke to earlier today at 20 --

15:05:48  20   .20 gallons per sack and then conditioning time zero.  Do you see

15:05:49  21   that?

15:05:49  22   A.  Yes.

15:05:50  23   Q.  And is that consistent with your recollection of what the

15:05:54  24   Viking system shows?

15:05:55  25   A.  I believe it is.

6833

15:05:56  1    Q.  Now, my question for you at this point is, you indicated that

15:06:03  2    your desire with regard to the testing is that it would always be

15:06:09  3    tested after three hours of conditioning, correct?

15:06:14  4    A.  If the job placement time is three hours, I would test it for

15:06:19  5    three hours, yes.

15:06:19  6    Q.  What I want to know from you, please, is would you input to the

15:06:26  7    Viking system the conditioning time that you desired the lab to

15:06:31  8    utilize before conducting the test?

15:06:35  9    A.  Yes.  There is a cement section where I would type in how long

15:06:39  10   I like them to condition.

15:06:41  11   Q.  Did you type in three hours for the February 12th test?

15:06:45  12   A.  I believe I did.

15:06:48  13   Q.  So for some reason the technicians missed your instruction and

15:06:56  14   conditioned this slurry not at all?

15:07:00  15   A.  The results showed they didn't condition it.  I'm not sure why,

15:07:05  16   what happened.

15:07:05  17   Q.  And have you ever made inquiry as to why that occurred?

15:07:10  18   A.  No, I haven't.

15:07:11  19   Q.  Now, do you remember earlier we were talking about the February

15:07:18  20   the 16th test?  You were talking about the February 16th test with

15:07:22  21   counsel, and you were looking at the foam stability density of

15:07:28  22   1.9 -- 1.91.  Do you remember that?

15:07:31  23   A.  Yes.

15:07:32  24   Q.  And there were some questions of you about there being some

15:07:38  25   notes with regard to the February the 16th test that demonstrated

15:07:45  1   that the sample was hard on bottom and soft on top.  Do you

15:07:50  2   remember that?

15:07:50  3   A.  Yes.

15:07:51  4   Q.  And you said that wasn't really significant to you, but if

15:07:57  5   there had been settling then -- that that would be a concern and

15:08:01  6   that would show that the test reflected instability.  Do you

15:08:05  7   remember that?

15:08:06  8   A.  That's one of the indications of foam instability.

15:08:08  9   Q.  Now, let's come on across and look at February the 12th test.

15:08:15 10   Do you see here that the foam stability density is reflected as

15:08:21 11   2.02 and 2.11.  Do you see that?

15:08:24 12   A.  Yes.

15:08:25 13   Q.  And I've translated that to 16.8 and 17.6.  Do you see that?

15:08:32 14   A.  Yes.

15:08:32 15   Q.  The math here is basically to take the specific gravity and

15:08:37 16   multiply it by 8.33?

15:08:40 17   A.  That's correct.

15:08:41 18   Q.  Now, for this foam stability density, you have missed your

15:08:49 19   target in a significant way, correct?

15:08:51 20   A.  This is an invalid test.

15:08:53 21   Q.  See if you can focus on my question.  You've missed your target

15:08:57 22   density significantly, haven't you?

15:08:59 23   A.  Again, this test is not a valid test because the weight at the

15:09:04 24   top and bottom is even heavier than the base density of the slurry.

15:09:08 25   That tells me it's weighed up incorrectly.

6835

15:09:11  1    Q.  Now, do you see here there was a note in this file, and we can

15:09:15  2    pull it up if we need to, but I'll just ask you if you remember

15:09:19  3    this, that in the Viking system there is a note that says, "The

15:09:22  4    slurry needs to be conditioned.  Will repeat."  Do you see that?  I

15:09:29  5    just underlined it.  It's the second bullet point.

15:09:31  6    A.  Yes.

15:09:32  7    Q.  Do you remember that?

15:09:32  8    A.  I see it here.

15:09:34  9    Q.  And did you give instructions to condition the slurry and to

15:09:42 10    repeat this test?

15:09:43 11    A.  I wasn't aware that this test existed until after the incident.

15:09:48 12    Q.  Let's look at 48195.10.1.  Now, is this a screen shot of the

15:10:02 13    Viking test status system for the February 12th test?

15:10:11 14    A.  Yes, it's one of the inputs, yes.

15:10:13 15    Q.  And do you see there under test status it shows test failed?

15:10:20 16    A.  Yes.

15:10:20 17    Q.  Had you gone into the Viking system in February of 2010, you

15:10:31 18    would have been able to see this entry test status failed?

15:10:35 19    A.  I don't remember if -- from my end if I can see that or not.  I

15:10:40 20    know in the labs they have different functionality in Viking than I

15:10:45 21    have visibility of.

15:10:46 22    Q.  Well, you testified with regard to the April 17th test that you

15:10:51 23    could see that there was an entry along the lines of test complete,

15:10:55 24    correct?

15:10:56 25    A.  Yeah, I get e-mail notifications showing the lab had completed

15:11:01  1    it.

15:11:02  2    Q.  So whether or not the Halliburton system would tell you that

15:11:07  3    the test had failed or not, you don't know the answer to that as

15:11:10  4    you sit here right now?

15:11:11  5    A.  I don't recall if I see that on my end or not.

15:11:15  6    Q.  Do you see that this is the foam mix and stability test?

15:11:22  7    A.  Yes.

15:11:23  8    Q.  Let's look at 48195.9.1.  Now, do you see that this is the foam

15:11:43  9    crush compressive strength test for February the 12th?

15:11:47 10    A.  Yes.

15:11:48 11    Q.  Do you see under the comment section, "Foamed to 14.5."  Do you

15:11:55 12    see that?

15:11:55 13    A.  Yes.

15:11:56 14    Q.  That means they foamed it and the weight was 14.5, right?

15:12:02 15    A.  That was the target density.

15:12:03 16    Q.  That was the target density.  And then what we know from the

15:12:07 17    results is that when they weighed it out at the end that the weight

15:12:13 18    was 168 and 176, right?

15:12:16 19    A.  Yes, I believe so.

15:12:18 20    Q.  And the notes in the file say, "Slurry needs to be conditioned.

15:12:26 21    Will repeat.  Severe settling."  Do you see that?

15:12:30 22    A.  Yes.

15:12:31 23    Q.  Was that ever brought to your attention by anyone in the lab?

15:12:35 24    A.  No, I wasn't aware of this test until after the incident.

15:12:39 25    Q.  Did you ever advise BP that the February 12th test showed

6837

15:12:44 1  instability in the form of severe settling?

15:12:49 2  A.  Well, it is an invalid test.  You can't tell stability or

15:12:54 3  unstability with this because it was mixed improperly.

15:12:58 4  Q.  Focus on my question, please.  Did you ever advise BP that the

15:13:02 5  February 12th test had a report of severe settling?

15:13:05 6  A.  I wasn't aware of this test until after the incident, and you

15:13:08 7  can't tell from this because it was mixed improperly to begin with.

15:13:12 8  Q.  So there is a report here of severe settling, isn't there?

15:13:16 9  A.  That's what it states.

15:13:25 10  Q.  Now, let's look at 48195.10.6.  Now, do you see that this is

15:13:41 11  foam mix and stability and it has specific gravity on top of 1.91

15:13:50 12  and specific gravity on bottom of 1.19.  Do you see that?

15:13:54 13  A.  Yes.

15:13:54 14  Q.  And that converts to 15.9, 15.9 roughly, correct?

15:14:02 15  A.  I believe so, approximately.

15:14:04 16  Q.  Now, this was not a successful test that proved stability, was

15:14:14 17  it?

15:14:14 18  A.  This test indicates to me for the pilot test that it has the

15:14:18 19  capability of entraining nitrogen without break up.

15:14:21 20  Q.  Does this reflect a successful test?

15:14:25 21  A.  This test does not show any settling, does not show free water,

15:14:29 22  nitrogen break out, or volume change; so it shows the ability that

15:14:32 23  it can sustain nitrogen and be stable.

15:14:34 24  Q.  It has significantly missed its target of 14.5, hasn't it?

15:14:40 25  A.  That's correct.  It's not at target density, but it has no

15:14:44  1   indications of instability.

15:14:45  2   Q.  It's missed its target and from that you would not consider

15:14:51  3   this a successful test, true?

15:14:53  4   A.  If I was going to pump this in the job, I would have had the

15:14:57  5   lab reweigh it or get it closer to the target weight.

15:14:59  6   Q.  You would need to rerun the test, correct?

15:15:03  7   A.  If we were going to run this, yes.  But the plan was never to

15:15:06  8   run this into the hole.

15:15:07  9   Q.  Right.  The test status box over here that you see on the

15:15:13 10   left-hand side where it says, "finished."  Do you see that?

15:15:16 11   A.  Yes.

15:15:16 12   Q.  That does not tell you for this test that you have achieved a

15:15:24 13   successful result in the testing, does it?

15:15:27 14   A.  That just tells me the lab completed the test and posted the

15:15:33 15   results and it's been finished.

15:15:34 16   Q.  They finished the test and posted the result and that's all it

15:15:37 17   tells you, isn't it?

15:15:38 18   A.  It shows it a stable system as well.

15:15:41 19   Q.  It says it's finished.  It says it's missed its target density,

15:15:46 20   but it doesn't say anywhere on this document that it's a stable

15:15:49 21   system, does it?

15:15:50 22   A.  You can look at the result and show it's a stable system.  The

15:15:53 23   same top and bottom.

15:15:54 24   Q.  If you looked at them you could?

15:15:56 25   A.  Yes.

6839

15:15:56  1    Q.  That would be your opinion?

15:15:58  2    A.  If you look at it the same weight top and bottom, there's no

15:16:03  3    indication of instability.

15:16:04  4    Q.  Now, this designation here of finished does not say,

15:16:12  5    "Successful result, stable cement," does it?

15:16:16  6    A.  I don't think that's one of the options.  I am not sure.

15:16:18  7    Q.  Now, you also conducted a test on March the 7th, correct?

15:16:33  8    A.  I would like to see the document.

15:16:35  9    Q.  Let me help you here.  So you remember that you conducted a

15:16:39 10    test where you used a different foamer?

15:16:41 11    A.  Yes.

15:16:42 12    Q.  And do you see here I have that reflected as a March the 7th

15:16:47 13    test.  Do you see that?

15:16:48 14    A.  Yes.

15:16:48 15    Q.  And for this test, you did not change the SCR-100L the

15:17:02 16    dispersant, did you?

15:17:03 17    A.  I didn't change the retarder, no.

15:17:05 18    Q.  You did not change the retarder.  I'm sorry, you did not change

15:17:08 19    the retarder and the D-Air is, essentially at this point, baked

15:17:14 20    into the dry blend, it's already there?

15:17:17 21    A.  That's correct.

15:17:18 22    Q.  But what you did add for this test is a different foamer,

15:17:22 23    correct?

15:17:23 24    A.  Yes.

15:17:23 25    Q.  And not changing any of the parameters other than the foamer,

6840

15:17:33 1   again, you got a result that did not achieve the target density;

15:17:40 2   that is, you got it to 16.5 and 17.0.  Do you see that?

15:17:45 3   A.  Yes.  This test was never designed for this well.  It was

15:17:49 4   actually only run per a request of BP from Daryl Kellingray.

15:17:54 5   Q.  Let's look at 5595.1. -- well, hang on just a second on that.

15:18:05 6       Let's look at 482 -- let's don't.  Let's look at 5595.1.2.

15:18:21 7   And do you see that this is a test that is conducted with using the

15:18:28 8   sample ID 63981?

15:18:33 9   A.  Yes.

15:18:33 10  Q.  Do you understand this to be the sample that was recently

15:18:41 11  produced by Halliburton -- let me rephrase that.  Do you understand

15:18:49 12  that this is the sample that was recently discovered and produced

15:18:54 13  by Halliburton, that is, after this trial began?

15:18:57 14  A.  I am not sure what the sample ID was of that sample.

15:19:01 15  Q.  Other than through counsel, have you heard that a sample was

15:19:07 16  recently located at Halliburton that should have been produced back

15:19:14 17  in 2010?

15:19:15 18  A.  Heard from outside counsel?  No.

15:19:17 19  Q.  Other than from counsel?

15:19:18 20  A.  No, I haven't.

15:19:19 21  Q.  I don't want to ask you about the conversation of counsel.

15:19:22 22  Okay.

15:19:30 23      What this tells us, though, is that this test is being run

15:19:38 24  on rig blend that has come from the *Deepwater Horizon*.

15:19:44 25  A.  I believe it was.

6841

15:19:44  1    Q.  Let's go back to D 4687.  Now, we looked at the March 7th note

15:20:01  2    from Mark Hafle to you where he asked the question, "Can we put

15:20:06  3    foam cement across the zone to be perforated during the

15:20:09  4    completion?"  Do you remember that?

15:20:10  5    A.  Yes.

15:20:13  6    Q.  And your response we looked at, "This has been done in the past

15:20:16  7    with success," correct?

15:20:17  8    A.  Yes.

15:20:18  9    Q.  Now, you also, as part of that, prepared to send him one of the

15:20:27 10    lab tests that had been performed by Halliburton, correct?

15:20:32 11    A.  The February test?

15:20:36 12    Q.  Yes.

15:20:36 13    A.  Yes, I did share it with BP.

15:20:39 14    Q.  And when you said that you had conducted a foam cement job in

15:20:45 15    the past, you had already conducted two tests, the February 12th

15:20:51 16    and the February the 16th, correct?

15:20:54 17    A.  Yes.

15:20:55 18    Q.  And as part of your communication with Mr. Hafle, you did not

15:21:01 19    say that you had a situation where you had a test and severe

15:21:07 20    settling had occurred?

15:21:09 21    A.  I wasn't aware of that until after the incident.

15:21:12 22    Q.  Okay.  That's fine.  And then on April the 1st, Mr. Morel wrote

15:21:21 23    to you and said, "Can you start running some tests on the nitrogen

15:21:25 24    job?"  And you say to him, "I've already run a pilot test, see

15:21:29 25    attached."  And again, on April the 1st you send him the results of

6842

15:21:33  1    the February the 16th test, correct?

15:21:35  2    A.  Yes.

15:21:35  3    Q.  Still not referring to the severe settling that had been noted

15:21:38  4    on February the 12th?

15:21:39  5    A.  Again, I wasn't aware of that until after the incident.

15:21:42  6    Q.  So your testimony is that at no point in time did you go back

15:21:45  7    and look in the Viking system to see what was there?

15:21:48  8    A.  I wasn't aware of that test.  I mean, I pulled the latest

15:21:53  9    results from the February test and the last one had stability.  The

15:21:56 10    first one was invalid test because it was mixed incorrectly.

15:22:00 11    Q.  The one that said, "stability" does not achieve the target

15:22:03 12    density.  You couldn't use that slurry on this well, could you?

15:22:07 13    A.  I'm sorry.

15:22:07 14    Q.  The February 16th did not achieve target density?

15:22:12 15    A.  It was at the wrong density, but it did entrain nitrogen.

15:22:17 16    Q.  Now, was it your intent that the March 7th test would be

15:22:22 17    conditioned for three hours?

15:22:23 18    A.  I believe on my request it was consistent with three hours,

15:22:26 19    yes.

15:22:26 20    Q.  So on three occasions now you've given instructions to the lab

15:22:31 21    to condition for three hours and they've conditioned for zero, two,

15:22:35 22    and two when we look at what's happened up through March the 7th?

15:22:39 23    A.  I believe so.

15:22:40 24    Q.  On April the 13th there is a test using .11 gallons per sack of

15:22:56 25    ZoneSealant 2,000, .08 SCR 100 L.  Do you see that?

6843

15:23:02  1    A.  Yes.

15:23:02  2    Q.  And this time for this test, the conditioning is 1.5 hours.  Do

15:23:08  3    you see that?

15:23:08  4    A.  Yes.

15:23:09  5    Q.  Had you given instructions that it be conditioned for three

15:23:12  6    hours?

15:23:13  7    A.  Yes.

15:23:13  8    Q.  Are they listening to you?

15:23:16  9    A.  I can't explain what happened, but my request through the

15:23:23  10   system was three hours.

15:23:25  11   Q.  And let's go 48196.2.1.  And do you see here that the

15:23:39  12   conditioning time is noted as 1.5 hours?

15:23:43  13   A.  Yes.

15:23:44  14   Q.  And the entry in your system is "Test status:  Test failed."

15:23:50  15   Do you see that?

15:23:51  16   A.  That's what it states.

15:23:52  17   Q.  Did you see this record before the blowout?

15:23:55  18   A.  No.  But I got a call from Rich Dubois about this test.

15:24:03  19   Q.  Let's go back to our demonstrative.  Now, I am going to go to

15:24:14  20   the April 17th test.  And let me make sure that I understand what

15:24:22  21   you're saying about this test.  First of all, did you know that the

15:24:30  22   April 17th test had been conditioned for three hours prior to the

15:24:34  23   blowout?

15:24:34  24   A.  That's what I had requested, so I assumed it was.

15:24:38  25   Q.  Well, you had requested that five other times and it didn't

6844

15:24:41 1  happen.  I am asking:  Did you specifically know that it had been

15:24:46 2  conditioned for three hours before the blowout?

15:24:48 3  A.  I had put that in my request, so I would think they would

15:24:52 4  follow my request.

15:24:52 5  Q.  Did you see a record before the blowout that indicated that the

15:25:01 6  slurry had been conditioned for three hours?

15:25:02 7  A.  No.

15:25:03 8  Q.  Now, the entry that you get here on 48196.2.2.  Is this the

15:25:27 9  screen shot that you looked at to see that the test was finished?

15:25:33 10  A.  No, I got an e-mail notification from Viking.  It automatically

15:25:39 11  generates, I get an e-mail.

15:25:40 12  Q.  It was different than this, wasn't it?

15:25:42 13  A.  Yes.

15:25:42 14  Q.  Because this one tells you the specific gravity of 1.8 and

15:25:47 15  1.799, and you did not know those numbers before the blowout?

15:25:51 16  A.  No.  When I received that e-mail, that gave me an indication

15:25:54 17  that it passed and it had been posted.

15:26:01 18  Q.  Now, let's look at TREX 37037.5.2.  Now, do you see that this

15:26:23 19  is an e-mail from non reply Halliburton to Jesse Gagliano and it's

15:26:31 20  request 73909.  Do you see that?

15:26:33 21  A.  Yes.

15:26:34 22  Q.  And then it says, "Finished in lab."  Do you see that?

15:26:38 23  A.  Yes.

15:26:38 24  Q.  And then if you come down it says, "Request 73909," which you

15:26:45 25  are responsible for, "has now been set to finished in lab."  Do you

15:26:49  1  see that?

15:26:50  2  A.  Yes.

15:26:50  3  Q.  Is this the e-mail transmittal that you received from which you

15:26:58  4  inferred that the test was successful and that the foam was

15:27:05  5  demonstrated to be stable?

15:27:06  6  A.  This is an indication that they completed all parts of the

15:27:09  7  test, all tests results have been posted, and it has passed.

15:27:14  8  Q.  This does not tell you anything about whether or not there was

15:27:17  9  settling during the test, does it?

15:27:19  10  A.  If there was settling, it would be a failed test and this

15:27:22  11  indicates that it was passed.

15:27:25  12  Q.  This document, sir, does not say passed.  It says, "finished,"

15:27:29  13  doesn't it?

15:27:30  14  A.  My understanding is you can't set a lab to finished unless you

15:27:34  15  have all parts that have been passed.  If it had failed, the test

15:27:38  16  would still be open and you can't set it to finished in the lab.

15:27:41  17  You have a part of the test that's still open.

15:27:44  18  Q.  Who decided within the lab that the target density that had not

15:27:49  19  been reached was within an acceptable standard?

15:27:53  20  A.  This target density was reached it was within a half pound per

15:27:57  21  gallon.

15:27:58  22  Q.  I am coming to that.  The target density for this test was

15:28:03  23  14.5, wasn't it?

15:28:05  24  A.  Yes.

15:28:05  25  Q.  The density that was demonstrated by this test was 15.0,

15:28:13 1    correct?

15:28:13 2    A.  Yes.

15:28:14 3    Q.  Was it written anywhere at Halliburton that you could miss a

15:28:23 4    target density by .5 pounds and that would be acceptable?

15:28:27 5    A.  I am not sure if the documentation, but to take into account

15:28:32 6    the Archimedes' principle, that's a half pound per gallon is what

15:28:36 7    I've been taught.

15:28:36 8    Q.  Have you ever seen in writing in any document at Halliburton a

15:28:41 9    statement that says, "Missing target density by .5 per gallons is

15:28:48 10   acceptable."  Have you ever seen that?

15:28:50 11   A.  I can't recall.  I can't say if there is or isn't.

15:28:54 12   Q.  Do you know whether or not Halliburton's present standard is

15:29:00 13   two percent off of target density?

15:29:04 14          MR. GODWIN:  Objection, your Honor.  Subsequent remedial

15:29:06 15   measures he's asking about.  The Court has ruled this is

15:29:09 16   impermissible.

15:29:10 17          MR. BROCK:  That is not a subsequent remedial measure.

15:29:13 18   This goes to the issue of causation because they claim .5 is

15:29:17 19   acceptable standard.  If they're using something else now, that's a

15:29:20 20   causation issue not a remedial measure.

15:29:24 21          MR. GODWIN:  The fact, Judge, that there are changes in

15:29:27 22   how one runs its business does not mean that the way they ran it

15:29:30 23   before is improper or incorrect.  The subsequent remedial measures

15:29:34 24   addressed this very point in my opinion, your Honor.

15:29:37 25          MR. BROCK:  If it's two percent now, that demonstrates

15:29:39  1    that their understanding is it's not stable if it misses by two

15:29:47  2    percent.

15:29:47  3            THE COURT:  Well, I am going to let him answer the

15:29:51  4    question.  Okay.  Do you remember the question?

15:29:55  5            THE WITNESS:  Repeat the question.

15:29:57  6    BY MR. BROCK:

15:29:58  7    Q.  Presently, if Halliburton misses target density by more than

15:30:03  8    two percent, is there a procedure in place for the lab to call the

15:30:10  9    customer; that is, you or some other technical engineer who is

15:30:16 10    assisting with the design of the foam, to advise of that fact so

15:30:20 11    that the matter can be reviewed?

15:30:22 12    A.  I believe the standards have changed.

15:30:26 13    Q.  Presently, Halliburton says that if you miss by two percent

15:30:31 14    that's not stable, correct?

15:30:33 15    A.  I kind of disagree with that.  I think if you miss by two

15:30:38 16    percent you just redo the test and get it closer to target density.

15:30:43 17    Doesn't mean it's unstable.

15:30:45 18    Q.  If it misses by two percent, at present, you would not call

15:30:49 19    that a pass test?

15:30:50 20    A.  You would rerun the test to closer to target density.

15:30:54 21    Q.  You would rerun the test if you missed by two percent?

15:30:58 22    A.  To get it closer to the target density, yes.

15:31:04 23    Q.  And what is two percent of 14.5?  Can you give me that?

15:31:16 24    A.  .3.

15:31:17 25    Q.  Now, let me go back to my demonstrative, please.  With regard

15:31:44 1   to the test that was conducted on April the 13th, is it correct

15:31:51 2   that you and Mr. Dubois had a conversation about that test?

15:31:57 3   A.  Yes, the lab called me about this test.

15:32:00 4   Q.  And I believe that you testified that it was conveyed to you

15:32:11 5   that the lab thought there was something funny about the April 13th

15:32:15 6   test.  Do you remember that?

15:32:16 7   A.  Yes.

15:32:17 8   Q.  In fact, what Mr. Dubois told you was that the test came off

15:32:24 9   and showed instability, and both you and Mr. Dubois agreed that the

15:32:30 10  test result of April the 13th demonstrated that it was unstable?

15:32:36 11  A.  I remember the conversation being confused on why it showed

15:32:39 12  this and then we reran it.  It was later determined that it was

15:32:42 13  mixed improperly, so it was an invalid test.

15:32:45 14  Q.  Let's look at your testimony at page 789, lines nine through

15:32:51 15  15.  It says:  "And did Mr. Dubois tell you that the lab weighed

15:33:06 16  this incorrectly at this time?"  And was your answer, "No.  At that

15:33:09 17  time, he told me the test results came off and showed instability.

15:33:14 18  I asked about it, we discussed it, both seemed odd to us that it

15:33:19 19  was unstable.  We didn't understand why this -- this would be

15:33:23 20  unstable."  Do you see that?

15:33:24 21  A.  Yes.

15:33:24 22  Q.  So there was a conversation between you and Mr. Dubois in which

15:33:37 23  he conveyed to you that the lab found this result to be unstable?

15:33:43 24  A.  Yes, but it was weighed improperly, so you can't call that a

15:33:47 25  valid test.

6849

15:33:47  1   Q.  Right.  I am talking about what you knew in April, sir.  In

15:33:53  2   April, you came away from a conversation with Mr. Dubois about the

15:33:58  3   test on the 13th believing that the April 13th test does not

15:34:04  4   demonstrate stability?

15:34:04  5   A.  It was something odd with the test.

15:34:08  6   Q.  Well, he told you it was unstable.

15:34:11  7   A.  At that point, he didn't verify his calculations, but it was

15:34:14  8   mixed improperly, so you can't call it a valid test.

15:34:18  9   Q.  I don't mean to fuss with you.  I am going to ask this question

15:34:26 10   one more time.  Did Mr. Dubois tell you that the test results came

15:34:31 11   off and showed instability?

15:34:33 12   A.  He might have said that at the time, but again, it's an invalid

15:34:36 13   test when he checked his calculations.  It wasn't even mixed

15:34:39 14   properly.

15:34:39 15   Q.  You're saying that from what your opinion is after the fact,

15:34:43 16   correct?

15:34:44 17   A.  It explains the reason why the test came back as it did.

15:34:47 18   Q.  At the time, Mr. Dubois said he thought it was unstable.  I am

15:34:51 19   talking about before the blowout, true?

15:34:53 20   A.  He also stated to me he wasn't sure why it was.  It seemed odd.

15:34:57 21   Q.  Now, with regard to the test on the 17th.  You assumed that the

15:35:21 22   test had passed because you were relying on Mr. Dubois or the lab

15:35:26 23   to tell you if the test had failed?

15:35:29 24   A.  I would have received a call if there was another issue.  It

15:35:32 25   was on their radar from my prior discussions with Mr. Richard

15:35:36  1    Dubois.

15:35:37  2    Q.  So you would have expected Mr. Dubois to call you if there was

15:35:40  3    a problem with the test, correct?

15:35:41  4    A.  Yeah.  I didn't receive a phone call and then I got the

15:35:44  5    finished in lab, which indicated it had passed and was posted.

15:35:48  6    Q.  And since you expected that Mr. Dubois was going to check on

15:35:53  7    this because you had let him know that it was a high priority and

15:35:56  8    since he didn't call you, you didn't call the lab or talk to anyone

15:36:01  9    about the results, did you?

15:36:02 10    A.  No.  When I got the e-mail notification, that indicated to me

15:36:05 11    that it passed and was posted, so there was no reason to have a

15:36:08 12    conversation with the lab.

15:36:09 13    Q.  Now, do you know that Mr. Dubois has testified in this case

15:36:15 14    that like you, he didn't see the results of the April 17th test

15:36:21 15    until after the blowout?

15:36:22 16    A.  I am not sure what he testified to.

15:36:25 17    Q.  Let's look at his deposition quickly.  Let me just ask you a

15:36:29 18    question about it; 376, 11 through 17.  Says, "Since you ordered

15:36:50 19    this test on the 17th and it was run on the 18th, were you in the

15:36:53 20    lab when the results came out?  I do not know.  Did you see the

15:36:58 21    results before the blowout?  No, I did not."  Do you see that?

15:37:03 22    A.  Yes.

15:37:04 23    Q.  Was it on the 19th when you saw the Viking system e-mail that

15:37:28 24    said that for Request 73909 that the test was set to finished?

15:37:35 25    A.  Yes.

15:37:36  1   Q.  Now, changing subjects now.

15:37:51  2        Halliburton has pumped other foam cement jobs before

15:37:54  3   Macondo where there was a severe gas flow potential, correct?

15:37:58  4   A.  Yes, I believe so.

15:38:01  5   Q.  In fact, you've been involved previously with production or

15:38:04  6   liner casing jobs where the gas flow potential was severe?

15:38:07  7   A.  I believe I have, yes.

15:38:14  8        BY MR. BROCK:  If we look at TREX-7872.11.

13:42:02  9   BY MR. BROCK:

15:38:20  10  Q.  This is another one of these requests or interrogatories, and

15:38:26  11  it shows a number of jobs conducted by Halliburton between

15:38:30  12  January 1, 2005, and April 20th.  Do you see that that's the

15:38:34  13  request?

15:38:34  14  A.  Yes.

15:38:35  15        MR. BROCK:  And then if we go to 7872.2.1.

15:38:35  16  BY MR. BROCK:

15:38:40  17  Q.  We see the job cemented where the gas flow potential was

15:38:47  18  severe, eight or more.  Do you see that?

15:38:48  19  A.  Yes.

15:38:48  20  Q.  And do you see that you have there five for Shell, twelve for

15:38:54  21  Petrobras, so you have a good number of those there?  Do you see

15:38:58  22  that?

15:38:58  23  A.  Yes.

15:38:58  24  Q.  Were you personally involved in any of these that we have

15:39:02  25  highlighted there?

6852

15:39:02  1    A.  I might have been.  I know I did a lot of work with Shell when

15:39:06  2    I was in the field, but I can't say that it was one of these.  I

15:39:09  3    might have.

15:39:10  4    Q.  Now, Halliburton advertises and promotes foam cement as a

15:39:15  5    solution for severe gas flow potential, does it not?

15:39:18  6    A.  I believe it does, yes.

15:39:20  7    Q.  So if you have severe gas flow potential, a foam cement is a

15:39:25  8    good mitigation for that prediction, correct?

15:39:29  9    A.  Yes.

15:39:30 10    Q.  Just a couple of questions about OptiCem.  It's right, isn't

15:39:51 11    it, that OptiCem depends on inputs to generate results?

15:39:56 12    A.  Yes, you have -- you're required to put inputs into it.

15:39:59 13    Q.  And the more accurate the data that you get in, the better the

15:40:03 14    prediction will be?

15:40:04 15    A.  Yes.

15:40:05 16    Q.  And just in general, the models are only as good as the data

15:40:10 17    that's put in, correct?

15:40:11 18    A.  Yes.

15:40:11 19    Q.  Have you learned, as part of any of your work in the case, that

15:40:20 20    the six centralizer models that you ran is not consistent with the

15:40:29 21    actual placement of the centralizers in the well?

15:40:31 22    A.  I have heard that, yes.

15:40:32 23    Q.  Same thing with regard to the pore pressure that was utilized,

15:40:40 24    have you heard that the pore pressure that you utilized was

15:40:43 25    different than the actual pore pressure in the well?

6853

15:40:45  1   A.  I have heard that, yes.

15:40:46  2   Q.  Now, the centralizer diameter is also an issue in terms of an

15:40:55  3   input that you would make?

15:40:57  4   A.  I've heard that, but the diameter and centralizer and the hole

15:41:02  5   size I stuck them in, yes, it works.  It's two separate hole sizes

15:41:07  6   in this well.

15:41:07  7   Q.  And base oil density would be a factor also, correct?

15:41:12  8   A.  Very minimal.

15:41:13  9   Q.  It's a smaller one?

15:41:15 10   A.  It's very minimal, yes.

15:41:16 11   Q.  What are the big ones?  The pore pressure and the location?

15:41:19 12   A.  The location of the centralizers would affect it.  I never knew

15:41:25 13   where the location was.  It was never communicated to me by BP.

15:41:28 14   Q.  Well, did you ever say to BP, "I don't have the location of the

15:41:33 15   centralizers, I need to get that to input it into the model"?

15:41:37 16   A.  By the time I learned they ran six centralizers, they had

15:41:41 17   already run it in the hole so it was too late for them to move it

15:41:45 18   anyway.

15:41:45 19   Q.  But just in terms of making a prediction, if you knew where

15:41:48 20   they were, I'm just asking, did you ever ask for the information?

15:41:51 21   It's okay if you didn't.  I just want to know if you did.

15:41:53 22   A.  No, I didn't.  It was the area where they had run them in the

15:41:55 23   hole so at this point it was already too late to do anything about

15:41:58 24   it.

15:41:58 25   Q.  And as you've said, you did not in any way consider the issue

OFFICIAL TRANSCRIPT

6854

15:42:03  1    of the number or the placement of the centralizers to be a safety

15:42:08  2    issue?

15:42:08  3    A.  No.

15:42:08  4    Q.  I think you've described it, it could be an issue in terms of

15:42:13  5    coming back and having the need to do what you've described as a

15:42:17  6    squeeze job, but it was not a safety issue to the men on the rig?

15:42:22  7    A.  No.

15:42:22  8    Q.  Now, do you recall that the model that you ran using six

15:42:44  9    centralizers predicted that the ECDs, that is the equivalent

15:42:55 10    circulating densities, would exceed the fracture gradient?

15:42:58 11    A.  I believe that's the first indication I got, yes.

15:43:00 12    Q.  And if the ECDs exceed the fracture gradient, then you would

15:43:08 13    have losses, correct?

15:43:08 14    A.  Yes.

15:43:09 15    Q.  And for this particular well in terms of the cement job, there

15:43:14 16    were no losses, were there?

15:43:15 17    A.  There was reported to be no losses.

15:43:17 18    Q.  Well --

15:43:24 19            Are you okay?

15:43:24 20    A.  Yeah.

15:43:24 21    Q.  If you want to get a drink of water just like at any time --

15:43:29 22    A.  I've got a cough today.  Sorry.

15:43:35 23    Q.  You good?

15:43:35 24    A.  Uh-huh.

15:43:36 25    Q.  All right.  The model that you ran with six centralizers

6855

15:43:41  1  predicted that there would be losses, just coming back to the

15:43:44  2  point, correct?

15:43:45  3  A.  It did.  But we also had an additive in there that kind of

15:43:50  4  prevented losses in the WellLife® 734.  That was a fibrous material

15:43:54  5  that was added to the cement specifically for that to kind of

15:43:56  6  increase the fracture gradient or attempt to do that to get full

15:43:59  7  returns.  So that's one factor they obviously didn't take into

15:44:02  8  account.

15:44:02  9  Q.  So we talked to Mr. Chaisson -- we talked to Mr. Chaisson here

15:44:06 10  last week, and he described the protocol for insuring that the

15:44:14 11  returns were monitored and how that was done and, in fact, in your

15:44:19 12  post job report you reported to BP that there were full returns,

15:44:23 13  correct?

15:44:24 14  A.  I didn't write it, but the post job report that I received from

15:44:28 15  Nathaniel indicated full returns.

15:44:30 16  Q.  Mr. Chaisson sent it to you and you sent it on to BP?

15:44:33 17  A.  Yes.

15:44:37 18  Q.  So the post job report showing that there were no losses during

15:44:45 19  the pumping of the cement means that at least to the issue of the

15:44:50 20  ECDs and the fracture gradient, that the OptiCem prediction was not

15:44:54 21  correct, right?

15:44:55 22  A.  It indicated that we didn't have -- I mean, the WellLife® 734

15:45:03 23  fibers could have definitely helped with so that doesn't take into

15:45:06 24  the ECDs or the OptiCem.

15:45:08 25  Q.  Fair enough.  But your model that predicted that there would be

15:45:11  1    losses did not occur, correct?

15:45:13  2    A.  We didn't have losses in the job.

15:45:15  3    Q.  So what I'm coming to is that if the OptiCem that you generated

15:45:21  4    on April 18th predicted -- well, let me rephrase the question.

15:45:28  5            If the OptiCem that you generated on April the 18th, if

15:45:31  6    the prediction did not match the actual results on the well with

15:45:35  7    regard to losses due to ECD exceeding the frac gradient, it's also

15:45:41  8    possible, then, that the OptiCem prediction might not have matched

15:45:44  9    what actually happened on the well with respect to channelling?

15:45:47 10    A.  I disagree with that statement because we had WellLife® fibers

15:45:50 11    in there, and it obviously didn't take it into account so that

15:45:54 12    could have definitely helped the loss circulation issue.

15:45:56 13    Q.  Do you agree that it's possible that there was not channelling

15:45:59 14    that occurred on the Macondo well?

15:46:02 15    A.  I believe from all of the modeling I did, there was channelling

15:46:05 16    involved.

15:46:05 17    Q.  Haven't you said before, sir, that you don't know if there was

15:46:09 18    channelling or not?

15:46:10 19    A.  All indications on the modeling show there was channelling.

15:46:13 20    The only way to verify is to run a CBL log.

15:46:18 21    Q.  Is it true, sir, that you don't know if there was channelling

15:46:21 22    or not?

15:46:21 23    A.  The only sure way to be -- to verify it is a cement bound log.

15:46:24 24    Q.  Can you answer my question?

15:46:26 25    A.  I thought I did.  I'm sorry.

15:46:27  1    Q.  It is correct that you never ran the six centralizer model with

15:46:42  2    the centralizers in the places where they would -- where they were

15:46:47  3    actually put in the well, correct?

15:46:48  4    A.  I'm not sure where they were placed.  I know I ran several

15:46:53  5    iterations of six centralizers when I was trying to get the six to

15:46:56  6    work, and no matter where I placed them and the distance between

15:47:00  7    them, nothing would handle the channelling or take care of the

15:47:03  8    channelling.

15:47:04  9    Q.  Let me ask you to look at Exhibit 2580.2.1.  Do you see that

15:47:17  10   this is a spacing for centralizers?

15:47:19  11   A.  Yes.

15:47:19  12   Q.  And do you know that this was sent to you by Brian Morel on

15:47:25  13   April the 15th of 2010?

15:47:27  14   A.  I believe it was.

15:47:28  15   Q.  This spacing is not every 4 -- 45 feet, as you put in your

15:47:33  16   OptiCem model, is it?

15:47:34  17   A.  No.  But at the 15th I was running a number of iterations of

15:47:39  18   six centralizers, and I could have very well tried this and tried

15:47:43  19   several other ones and nothing worked.

15:47:45  20   Q.  Is it correct that you never modeled the centralizers in the

15:47:49  21   locations that were suggested to you by Mr. Morel?

15:47:52  22   A.  If I received this on the 15th when I was running OptiCem, I

15:47:57  23   can't see why I wouldn't run this.  So if it didn't work, I

15:48:02  24   probably moved them around to try to get them to work, and nothing

15:48:05  25   with six centralizers worked.

6858

15:48:06  1    Q.  Let's look at your deposition, 604, line 22 to 605, line three.

15:48:20  2    Did you ever model the configuration of centralizers in OptiCem

15:48:26  3    that Mr. Morel shows on Exhibit 2580, tab 89?  And do you see what

15:48:32  4    your answer was?

15:48:34  5    A.  Yes.

15:48:35  6    Q.  "I don't recall modeling this layout."

15:48:37  7    A.  Right.

15:48:38  8    Q.  Is that still true?

15:48:39  9    A.  I don't remember if I did or didn't, but if he sent it to me

15:48:43  10   that day, I don't see why I wouldn't have.

15:48:46  11   Q.  You didn't recall at your deposition and you don't recall today

15:48:49  12   modeling the layout that he gave you, do you?

15:48:52  13   A.  I modeled so many variations of six centralizers and nothing

15:48:55  14   worked, I can't recall if I did that specific one.

15:48:58  15   Q.  In terms of what he gave you, you don't recall doing it?

15:49:01  16   A.  I might have, but I don't remember.

15:49:02  17   Q.  Let's turn our attention to TREX-982.1.1.  Now, this is the

15:49:22  18   slide deck that you worked on with Tommy Roth and John Gisclair,

15:49:27  19   correct?

15:49:28  20   A.  I worked with Tommy Roth.  John was not present.

15:49:31  21   Q.  All right.  Tell me who was present for this preparation.

15:49:34  22   A.  My recollection is Tommy Roth, Anthony Badalamenti, Chris Ravi,

15:49:41  23   and occasionally Ronnie Faul would come in and out of the room.

15:49:47  24   Q.  During your meetings to prepare for this presentation, did you

15:49:53  25   discuss the preincident testing that took place, that is the

OFFICIAL TRANSCRIPT

6859

15:49:55 1   February 12th, February 16, March 7th, April 3rd, and April 17th

15:50:01 2   tests?

15:50:03 3   A.  We did have all of the lab tests present in the room, yes.

15:50:06 4   Q.  You did look at them?

15:50:07 5   A.  I provided copies and everybody looked at them, yes.

15:50:12 6        MR. BROCK:  Now I want to focus on 982.11.1.

13:42:02 7   BY MR. BROCK:

15:50:20 8   Q.  And do you see this is a blown-up version of the OptiCem

15:50:26 9   modeling that you conducted?

15:50:28 10  A.  It's one of the screen shots.  I'm not sure if it's the exact

15:50:33 11  one I did or not.

15:50:34 12  Q.  Well, you see on the left there's the one with the 11

15:50:37 13  centralizers and the one on the right with the model with the 21

15:50:41 14  centralizers?

15:50:42 15  A.  Oh, 7 and 21?

15:50:43 16  Q.  Yes.

15:50:44 17  A.  Yes.

15:50:46 18  Q.  Okay.  I am going to now turn over to -- well, just for the

15:50:59 19  record, in this model on the left, what we see in yellow is cement

15:51:05 20  in the model and what we see in green is what you would describe as

15:51:11 21  mud, correct?

15:51:12 22  A.  Yes.

15:51:13 23  Q.  And then at the very bottom, I am not sure if you can do the

15:51:20 24  arrow, but would you show the Court where the cut is for the float

15:51:26 25  collar on that?  Can you just tap it?

15:51:39  1   A.  Approximately right there would be (INDICATING).

15:51:42  2   Q.  Right.  So what this is showing here is that there is

15:51:57  3   channelling in your model in the OptiCem model with seven

15:52:03  4   centralizers, correct?

15:52:04  5   A.  Yes.

15:52:04  6   Q.  And that channelling that's demonstrated in the model is the

15:52:11  7   green that's going on the outside of the casing, it's even outside

15:52:15  8   the cement, correct?

15:52:18  9   A.  Yes.

15:52:18  10  Q.  And that channelling begins above the float collar in your

15:52:27  11  model, correct?

15:52:28  12  A.  Yes.

15:52:33  13          MR. BROCK:  Now, if we turn to 31181.1.

13:42:02  14  BY MR. BROCK:

15:52:44  15  Q.  This is a native file where -- the OptiCem graph with seven

15:52:53  16  centralizers that you utilized that modeled channeling, and we've

15:52:57  17  blown it up and we've put -- you put -- Halliburton put some labels

15:53:02  18  on it for the different fluids.

15:53:04  19          MR. BROCK:  So if we can turn to 3118.3.1.

15:53:04  20  BY MR. BROCK:

15:53:15  21  Q.  Now, do you see this is a blown-up version of this

15:53:19  22  seven-centralizer model?

15:53:21  23  A.  Yes.

15:53:21  24  Q.  And I think you've testified before that the seven-centralizer

15:53:26  25  model should not be significantly different from a six-centralizer

15:53:31  1   model, correct?

15:53:31  2   A.  The channelling would be worse the less centralizers you have.

15:53:34  3   Q.  Now, if we look at this model right here, the area that's

15:54:01  4   shown -- let me do this.

15:54:08  5           MR. BROCK:  Your Honor, can I approach the witness?

15:54:12  6           THE COURT:  Yes.

15:54:13  7   BY MR. BROCK:

15:54:14  8   Q.  I am going to hand you, Mr. Gagliano, D-4692.

15:54:36  9           MR. BROCK:  Could I have the ELMO, please.

15:54:39 10           THE COURT:  It's on.

15:54:54 11   BY MR. BROCK:

15:54:55 12   Q.  All right.  So I've put on the ELMO here the diagram that you

15:54:59 13   have in your hand there.  Do you see that?

15:55:00 14   A.  Yes.

15:55:06 15   Q.  Now, what your model is showing is that this area that I am

15:55:13 16   going to color in here with yellow has no channelling, right?

15:55:32 17   That's what your model shows?

15:55:33 18   A.  Right.

15:55:34 19   Q.  And then we know the cement comes out and it makes the turn,

15:55:43 20   and up to above the float collar -- we're going to talk about how

15:55:58 21   far up -- again your modeling shows no channelling, right?

15:56:06 22   A.  I believe so.  But my model also is modeled with centralizers

15:56:13 23   every 45 feet at the bottom, so I don't know where they actually

15:56:16 24   ran it.  So it would definitely change the output if we ran it

15:56:22 25   where we actually put the centralizers.

15:56:23  1  Q.  I want to talk to you about your model.  This is your model,

15:56:26  2  right?

15:56:26  3  A.  Yes.

15:56:27  4  Q.  And your April 18th model demonstrates that there should have

15:56:38  5  been good cement bond between 18,050 and 18,300, correct?

15:56:45  6  A.  That's what my model with seven centralizers showed.

15:57:05  7  Q.  Now, one of the things that you're knowledgeable about is that

15:57:12  8  as little as ten feet of good bond has been considered effective

15:57:17  9  isolation for most operations, correct?

15:57:19 10  A.  For drilling ahead for shoe squeezes, yes.

15:57:24 11  Q.  And as we're seeing here, in Halliburton's model there is

15:57:33 12  250 feet of unchannelled cement between 18,050 and 18,300, correct?

15:57:40 13  A.  That's what the placement of the centralizers I ran shows.

15:57:55 14          MR. BROCK:  Now, if we turn to 5420.20.3.

13:42:02 15  BY MR. BROCK:

15:58:11 16  Q.  Do you see that this is a slide discussing the use of

15:58:15 17  centralizers?  And it says, "Three centralizers used around the

15:58:19 18  shoe, covering one bottom primary reservoir sand out of four, this

15:58:24 19  should have helped in achieving good cement around the shoe."

15:58:28 20          Do you see that?

15:58:28 21  A.  Yes.

15:58:32 22  Q.  Let's turn our attention now to the post job report for just a

15:59:04 23  minute.

15:59:10 24          MR. BROCK:  If we could see 708.1.4.

13:42:02 25  BY MR. BROCK:

6863

15:59:15  1    Q.  Do you see that this is Mr. Chaisson's note to you of

15:59:19  2    April 20th, 2010, at 5:45, and he convoys to you, "We have

15:59:25  3    completed the job and it went well.  Full returns were observed

15:59:30  4    throughout"?  Do you see that?

15:59:31  5    A.  Yes.

15:59:32  6    Q.  "Estimated 100 psi of lift pressure before we bumped the plug.

15:59:37  7    I have attached the report, the CemWin data, as well as the rig

15:59:42  8    displacement."  And that's what was conveyed to you in the early

15:59:49  9    morning hours of the 20th, just after the job had been completed I

15:59:53 10    think around 12:30 in the evening, correct?

15:59:55 11    A.  Yes.

15:59:55 12    Q.  And these are all positive indications that the cement job went

16:00:02 13    as planned, correct?

16:00:03 14    A.  All indications was on the surface the job went well.

16:00:07 15    Q.  You felt Mr. Chaisson was qualified and capable of issuing an

16:00:12 16    accurate post job report, correct?

16:00:14 17    A.  I had no issues with Nathaniel.

16:00:26 18    Q.  Now, after the blowout, did you know that Mr. Chaisson and

16:00:31 19    Mr. Anderson went back and looked at the report to see if there was

16:00:36 20    anything that needed to be included that had not been placed in the

16:00:40 21    original post job report?

16:00:42 22    A.  Yes.

16:00:42 23    Q.  And did you get --

16:00:47 24         MR. BROCK:  Let's see 713.1.2.

13:42:02 25    BY MR. BROCK:

16:00:54  1   Q.  And does he transmit to you his revised post job report to

16:00:59  2   include all of the events that occurred prior to the cement job?

16:01:02  3   Do you see that?

16:01:03  4   A.  Yes.

16:01:04  5   Q.  And the two things he adds are circulating and getting gas back

16:01:09  6   and an issue with the drill equip tool, correct?

16:01:12  7   A.  Yes.

16:01:12  8   Q.  He's told us about that.  Do you have any personal knowledge as

16:01:15  9   to either one of those items?

16:01:17  10  A.  No, I knew there was number of incidents that took place before

16:01:21  11  the cement job, and I asked him to go ahead and document those

16:01:23  12  things and revise the post job report.

16:01:32  13           MR. BROCK:  Now, let's look at TREX-4340.1.2.

13:42:02  14  BY MR. BROCK:

16:01:39  15  Q.  And this is an e-mail from you to Mr. Roth, copies to Mr. Vargo

16:01:45  16  and Mr. Faul.  It's sent on April the 21st, 2010.  Do you see that?

16:01:52  17  A.  Yes.

16:01:52  18  Q.  And in this note you say, "We executed the Foamed Cement job

16:01:58  19  with no issues and full circulation."  Do you see that?

16:02:02  20  A.  Yes.

16:02:02  21  Q.  "Saw indication of all plugs leaving and bumping.  They

16:02:08  22  finished the cement job around 1:00 pm on Tuesday morning and

16:02:12  23  performed casing test about 10:00."  Do you see that?

16:02:15  24  A.  Yes.

16:02:15  25  Q.  And I think you refer in this note to this being, "Below is

16:02:25  1  what I do know at this time," if you look in the first paragraph.

16:02:29  2  Do you see that?

16:02:30  3  A.  Yes.

16:02:30  4  Q.  In this note you don't express any concerns about centralizers,

16:02:40  5  channelling, bottoms up, cement volume, or CBL, do you?

16:02:47  6  A.  No, at this point we're more concerned about finding everyone

16:02:51  7  on the rig.

16:02:52  8  Q.  Talking about in terms of the full report that you're making on

16:02:56  9  the 21st, the things that I've said are true, correct?

16:02:59 10  A.  I've got a request for information and I sent this, but that

16:03:02 11  day was all focused on trying to find personnel and where everybody

16:03:05 12  was at.

16:03:06 13  Q.  Fair enough.  The report will speak for itself.  Thank you.

16:03:20 14          MR. BROCK:  Let's look quickly at 47996.3.1.

13:42:02 15  BY MR. BROCK:

16:03:29 16  Q.  This is out of the post job report.  Do you see that you convey

16:03:35 17  in the post job report that returns while circulating had occurred,

16:03:40 18  returns while cementing had occurred, MMS regulations met, and

16:03:45 19  estimated top of cement is 17,300?

16:03:49 20  A.  That's what Nathaniel had filled out on his report.

16:04:04 21  Q.  We're getting close now.  Let me now ask you to look at

16:04:11 22  Exhibit 7722.2.2.  Now, there's been some questioning of you today

16:04:24 23  about compressive strength, and do you see that this is a UCA

16:04:35 24  compressive strength test and it has a test ID number of 811522

16:04:41 25  there?  Do you see that?

6866

16:04:42  1    A.  Yes.

16:04:42  2    Q.  And there are several numbers here, but the one I want to focus

16:04:49  3    on is the 500 psi number that appears right there in the middle.

16:04:53  4    Do you see that?

16:04:54  5    A.  Yes, I do.

16:04:55  6    Q.  And what's the significance of 500 psi to the compressive

16:05:02  7    strength test, please?

16:05:04  8    A.  That's the target psi you try to target before doing any tests.

16:05:08  9    Q.  Now, does this mean that in eight hours and 40 minutes -- or,

16:05:15 10    excuse me, eight hours 40 minutes and 30 seconds after the cement

16:05:21 11    is pumped, that you would expect 500 psi?

16:05:26 12    A.  This test is done on an unfoamed system, so this should show

16:05:30 13    what you get in an unfoamed system.

16:05:32 14    Q.  Let me direct your attention to TREX-2033.73.1, and this is

16:05:47 15    your testimony to Congress in -- I believe it was May of 2010.  Do

16:05:59 16    you remember that?

16:05:59 17    A.  Yes.

16:06:00 18    Q.  I just want to just review this answer with you and make sure

16:06:06 19    that I understand it.  It says:  "So these numbers where it says

16:06:11 20    500 psi at eight hours, 40 minutes and 30 seconds, does that mean

16:06:14 21    eight hours and 40 minutes and 30 seconds after the cement job was

16:06:18 22    completely pumped?  Where do we start measuring the time?"

16:06:23 23            And then just your answer:  "In the case I had the lab

16:06:27 24    circulate the cement before pouring the compressor" -- I think that

16:06:31 25    should be "compressive" but maybe not, "strength development to

OFFICIAL TRANSCRIPT

6867

16:06:34  1    simulate job placement time, so in this case this should have meant

16:06:39  2    after the cement was in place, eight hours, 40 minutes and

16:06:42  3    30 seconds later, it should have reached approximately 500 psi in

16:06:46  4    compressive strength."  Do you see that?

16:06:48  5    A.  Yes.

16:06:48  6    Q.  You stand by that?

16:06:52  7    A.  For an unfoamed system, yes.

16:06:54  8    Q.  Now, Halliburton is comfortable proceeding with casing tests

16:06:59  9    when the cement has reached 500 psi, correct?

16:07:03 10    A.  That's what we usually recommend.

16:07:04 11    Q.  In fact, using 500 psi gives you a significant safety factor in

16:07:13 12    terms of being able to conduct positive and negative tests, doesn't

16:07:17 13    it?

16:07:17 14    A.  I believe there's a safety factor built in there, but you also

16:07:20 15    take in account contamination.  If there's contamination, it might

16:07:24 16    be a little bit longer.

16:07:25 17    Q.  Do you recall having said to the Congressional Investigative

16:07:35 18    Committee that "You could probably test the casing with a lower

16:07:37 19    psi, but we like to wait until 500 in case the temperature is off a

16:07:42 20    little bit and the compression development is lower than we

16:07:44 21    expected"?

16:07:45 22    A.  Yes, if there's no contamination, you can probably test it with

16:07:48 23    lower psi, but we wait for 500 to kind of account for some

16:07:54 24    contamination.

16:07:55 25            MR. BROCK:  Now, let's look at 7876.1.1.

OFFICIAL TRANSCRIPT

13:42:02  1    BY MR. BROCK:

16:08:02  2    Q.  And do you see this is an October 29, 2009, e-mail from you to

16:08:09  3    Trent Fleece.  Do you see that?

16:08:10  4    A.  Yes.

16:08:11  5    Q.  And it says, "How long until I can do a casing and negative

16:08:14  6    test on the 18-inch shoe after pumping the job?"  And you say, "I

16:08:19  7    would give it five hours."  Do you see that?

16:08:21  8    A.  Yes.

16:08:21  9    Q.  And then if we look at 786.4.1, do you see that this is UCA

16:08:37 10    graph that's attached to the e-mail that we just looked at?

16:08:42 11    A.  Yes.

16:08:42 12    Q.  And does this show that, at five hours, your compressive

16:09:00 13    strength is about 200, something in that range?

16:09:03 14    A.  That appears to be about 200, yes.

16:09:06 15    Q.  And then if you move on over to the 500 mark, you can see

16:09:10 16    that's another three hours or so down the road?

16:09:16 17    A.  About two hours later, yes.

16:09:18 18    Q.  When you recommended it to Mr. Fleece in this e-mail that he

16:09:28 19    could do a positive and a negative test with the compressive

16:09:30 20    strength -- well let me ask the question this way.

16:09:55 21         A compressive -- a positive and negative test can be run

16:09:59 22    once you achieve about 500 psi, correct?

16:10:01 23    A.  That's what we usually recommend.

16:10:17 24         MR. BROCK:  Your Honor, if I could have just a second to

16:10:19 25    confer with my colleagues.

OFFICIAL TRANSCRIPT

16:10:46  1          Your Honor, I am going to mark the demonstrative that I

16:10:49  2   used today as D-4691A.  And with that, I will pass the witness.

16:10:55  3   Mr. Gagliano, thank you for your patience and your time today.

16:10:59  4          THE WITNESS:  Thank you.

16:11:00  5          THE COURT:  All right.  Cameron.

16:11:02  6          MR. BECK:  No questions, your Honor.

16:11:05  7          THE COURT:  Any redirect of this witness?

16:11:07  8          MR. GODWIN:  Be very brief.  Would you like to take a

16:11:09  9   quick break before we do that?  Maybe five minutes.  Give me a

16:11:13  10  chance to confer.

16:11:14  11         THE COURT:  How long will your redirect be?

16:11:16  12         MR. GODWIN:  Judge, I am thinking five or ten minutes

16:11:19  13  maximum.

16:11:20  14         THE COURT:  We had an unanticipated short recess earlier.

16:11:24  15  Let's take about a ten-minute recess.

16:11:26  16         MR. GODWIN:  Thank you, Judge.

16:11:27  17         THE DEPUTY CLERK:  All rise.

16:11:29  18      (WHEREUPON, A RECESS WAS TAKEN.)

16:23:34  19      (OPEN COURT.)

16:27:08  20         THE COURT:  Please be seated, everyone.

16:27:12  21         MR. GODWIN:  Judge, just a very few.

16:27:15  22         THE COURT:  Before you begin, let me make one little

16:27:17  23  announcement.  I've been reminded of something.  Tomorrow afternoon

16:27:24  24  at around three o'clock, Ben, we're going to have a few visitors

16:27:31  25  from Tulane law school.  Professor Sherman who teaches a class in

16:27:36  1   complex litigation has asked if he could bring some -- I think he

16:27:41  2   said about 17 students to observe a little bit of the trial around

16:27:49  3   three o'clock.  So what I am going to have to do is we're going to

16:27:55  4   set aside two rows right behind the press row tomorrow afternoon.

16:28:01  5   Nobody has to get up and leave right now, but we may have to ask a

16:28:06  6   couple of people to move aside and just let them have enough space

16:28:10  7   for them to sit for a couple of hours tomorrow afternoon at around

16:28:14  8   three o'clock.  We will try to time it with our afternoon recess

16:28:17  9   and hopefully it will all work out, okay.

16:28:21  10           MR. GODWIN:  Thank you, Judge.

16:28:22  11           THE COURT:  Okay.  Go ahead.

16:28:23  12           MR. GODWIN:  Your Honor, I won't be but a few moments.  I

16:28:26  13   give you my word on that.

16:28:28  14           Would you pull up D-4687.

16:28:28  15                        REDIRECT EXAMINATION

16:28:28  16   BY MR. GODWIN:

16:28:31  17   Q.  Jesse, I want to go back here very, very, quickly and briefly

16:28:40  18   and talk about a couple of points.  Mr. Brock had asked you about a

16:28:45  19   March 7 test here among the series of tests that we have here on

16:28:50  20   this demonstrative.  Do you see that?

16:28:51  21   A.  Yes.

16:28:51  22   Q.  And this is the one where, if you look across there, you can

16:28:59  23   see it on your screen or up here, either one, where it says

16:29:04  24   March 7th and it has the D-Air 3,000 to .25 percent, the foamer

16:29:10  25   7060, and the .20 gallons per sack, and then the two hours and you

16:29:17  1    see it all the way across, do you not?

16:29:19  2    A.  Yes.

16:29:19  3    Q.  First, was this particular test, was it one of the series of

16:29:24  4    tests that were run for the cement slurry to be poured on the

16:29:27  5    Macondo well?

16:29:31  6    A.  No.

16:29:31  7    Q.  And if it was not, then why is it shown as one of the tests

16:29:36  8    associated with the Macondo?

16:29:38  9    A.  I had received an e-mail request from Daryl Kellingray a BP

16:29:45 10    cement specialist inquiring about a greener, more environmentally

16:29:49 11    friendly foamer to be used in the Gulf of Mexico.  I knew we had a

16:29:51 12    foamer 760 that had been used in the North Sea prior.  So what I

16:29:55 13    did was I just ran a test for comparison purposes, and I just

16:29:58 14    basically copied the last foam test I had, which was the February

16:30:02 15    Macondo test, and just changed out the foamer, just so I could

16:30:07 16    compare apples to apples.

16:30:08 17    Q.  Just so Judge Barbier will know who Daryl Kellingray is, did

16:30:13 18    you say he was a BP cementing expert?

16:30:15 19    A.  Yes, he was one of the cement specialists at BP.

16:30:18 20    Q.  You mentioned earlier Erick Cunningham was one of two in the

16:30:23 21    world.  Did Mr. Kellingray hold a position similar to that of

16:30:26 22    Mr. Erick Cunningham?

16:30:27 23    A.  Yes, I believe so.  He is located in the UK.

16:30:30 24    Q.  And had you ever worked with Mr. Kellingray before he made this

16:30:34 25    call or contacted you about doing this particular test, if you

16:30:38  1   will?

16:30:38  2   A.  Yes, I have.  I have had communications with him in the past.

16:30:42  3   Q.  Was Mr. Kellingray, in addition to Erick Cunningham, was he in

16:30:46  4   any way involved, no matter how slight, in connection with the work

16:30:49  5   that you were doing for BP there on the Macondo well?

16:30:53  6   A.  He was not involved with the Macondo well.

16:30:56  7   Q.  Let me ask you this, and just to kind of close it out here,

16:31:02  8   Mr. Brock asked you about centralizer issues and the channelling.

16:31:07  9   And I believe you said earlier that -- or did you say that failure

16:31:14 10   to achieve zonal isolation there are a number of things that can

16:31:16 11   cause that?

16:31:16 12   A.  Yes.

16:31:17 13   Q.  And if you will, give us, again, was channelling one of those

16:31:22 14   things?

16:31:23 15   A.  Channelling could be one of the things, yes.

16:31:25 16   Q.  That can result in the failure to achieve zonal isolation?

16:31:28 17   A.  Yes.

16:31:29 18   Q.  You said you ran several -- on a different number -- on a

16:31:33 19   number of different days, several different OptiCem models with the

16:31:38 20   BP drilling team, Mr. Hafle, Mr. Morel, Mr. Cocales and others, and

16:31:44 21   you ran different models there showing different number of

16:31:47 22   centralizers there on the OptiCem, did you not?

16:31:50 23   A.  Yes, on the 15th I ran a number of scenarios with six because I

16:31:54 24   knew that's how many we had on the rig.  I varied them up and down

16:31:57 25   the well, various locations and when I reported back to Brett

16:32:00  1    Cocales that nothing was working and that I tried, he dictated to

16:32:04  2    me to go ahead and try to start adding centralizers to see if we

16:32:09  3    could mediate the problem.

16:32:10  4    Q.  Did Mr. Cocales suggest to you a number of centralizers that he

16:32:13  5    would ask that you also run the OptiCem modeling on to see what

16:32:16  6    level of channelling there might be there in the well?

16:32:19  7    A.  I don't think he dictated to me how many to add, but I just

16:32:23  8    started adding slowly to see what would remediate the problem until

16:32:27  9    I hit 21 total centralizers.

16:32:29 10    Q.  Briefly, if you would, tell Judge Barbier, what other number of

16:32:33 11    centralizers do you recall running a model on other than the seven,

16:32:37 12    the six, and the 21.  Do you remember running OptiCem model on any

16:32:43 13    other number of centralizers?

16:32:44 14    A.  Yes, I generated a report with ten and, I believe, I ran some

16:32:47 15    additional with less than 21, but I didn't generate reports for

16:32:51 16    those.

16:32:51 17    Q.  And did you provide a report to BP, the drilling engineers,

16:32:54 18    with regard to running ten centralizers?

16:32:56 19    A.  Yes, I did.

16:32:57 20    Q.  Do you recall what the gas flow potential was when you ran the

16:33:02 21    OptiCem model, prepared it, using only ten centralizers?

16:33:06 22    A.  I don't recall.  It wasn't severe, but it was close to being

16:33:10 23    severe.  It was like seven or eight.

16:33:12 24    Q.  Close to being severe.  What is the scale, if you will, please,

16:33:14 25    for Judge Barbier's purposes, of the gas flow potential?  You said

6874

16:33:18  1   seven or eight and what is the scale there?

16:33:20  2   A.  The scale could be from zero to ten.  The higher the number,

16:33:25  3   the more severe the gas flow potential will be.

16:33:27  4   Q.  And what was the number that you arrived at using 21

16:33:30  5   centralizers?

16:33:31  6   A.  I believe it was around 2.8, three.

16:33:33  7   Q.  What was it using only seven centralizers?

16:33:36  8   A.  It was 10.29.

16:33:38  9   Q.  And do you recall what it was when you used ten?

16:33:40 10   A.  I want to say it was around seven or eight.

16:33:43 11   Q.  Final question, at any time when you gave to the BP drilling

16:33:51 12   engineers any of the OptiCem models showing the extent of the

16:33:59 13   channelling based upon the number of centralizers that they wanted

16:34:03 14   to see run there on the casing, did any of those BP drilling

16:34:07 15   engineers ever question the results of your OptiCem models and how

16:34:11 16   you arrived at the gas flow potential in each of those modeling

16:34:16 17   results?

16:34:16 18   A.  No.

16:34:17 19        MR. GODWIN:  Thank you, pass the witness.  Nothing

16:34:19 20   further, Judge.

16:34:20 21        THE COURT:  All right.  Thank you, sir.  You're finished.

16:34:22 22        THE WITNESS:  Thank you.

16:34:22 23        THE COURT:  All right.  Who is your next witness?

16:34:27 24   Mr. Stevick?

16:34:28 25        MR. GODWIN:  Mr. Stevick, Judge.

| | | |
|---|---|---|
| 16:34:29 | 1 | THE COURT:  Okay.  You can call him. |
| 16:34:30 | 2 | MR. GODWIN:  Thank you, your Honor. |
| 16:34:31 | 3 | MR. LI:  Your Honor, Louis Li on behalf of Transocean. |
| 16:34:35 | 4 | We are going to make a PDF of that demonstrative and circulate |
| 16:34:39 | 5 | that.  I just want to put that on the record. |
| 16:34:41 | 6 | THE COURT:  Do you have a number on it already? |
| 16:34:43 | 7 | MR. LI:  We don't yet. |
| 16:34:44 | 8 | THE COURT:  Why don't you put a number on it right now. |
| 16:34:49 | 9 | MR. LI:  Whatever the next in order would be. |
| 16:34:50 | 10 | THE COURT:  I am not keeping track of that. |
| 16:34:58 | 11 | MR. LI:  Mr. Miller says 6,000 series. |
| 16:35:01 | 12 | THE COURT:  Just pick a number. |
| 16:35:03 | 13 | MR. LI:  D 6900. |
| 16:35:06 | 14 | THE COURT:  D 6900, okay. |
| 16:35:09 | 15 | MR. LI:  And I'll take it down. |
| 16:35:11 | 16 | THE COURT:  Why don't you write it on there somewhere so |
| 16:35:14 | 17 | we all remember. |
| 16:35:28 | 18 | MR. LI:  And I'll take it down, your Honor. |
| 16:35:30 | 19 | THE COURT:  Go ahead and swear in the witness. |
| 16:35:32 | 20 | THE DEPUTY CLERK: |
| 16:35:33 | 21 | (WHEREUPON, DR. GLEN STEVICK, WAS SWORN IN AND TESTIFIED AS |
| 16:35:36 | 22 | FOLLOWS:) |
| 16:35:36 | 23 | THE DEPUTY CLERK:  If you will take a seat, and state and |
| 16:35:38 | 24 | spell your name for the record, please. |
| 16:35:40 | 25 | THE WITNESS:  You bet.  Glen Stevick.  Glen, G-L-E-N, |

6876

16:35:47  1    Stevick, S-T-E-V-I-C-K.

16:35:56  2         MR. VON STERNBERG:  Jerry Von Sternberg here for

16:35:57  3    Halliburton, your Honor.  May we proceed?

16:35:59  4         THE COURT:  Yes.

16:36:01  5                   VOIR DIRE EXAMINATION

16:36:01  6    BY MR. VON STERNBERG:

16:36:01  7    Q.  Good afternoon, Dr. Stevick.  Can you tell us what your

16:36:04  8    educational experience is?

16:36:05  9    A.  Sure.  Good afternoon.  I have a bachelors in mechanical

16:36:08  10   engineering from Michigan Tech, masters in mechanical engineering

16:36:12  11   from UC Berkely and Ph.D. in mechanical engineering from UC Berkely

16:36:17  12   also.

16:36:17  13   Q.  You've authored a couple of reports in this matter, have you

16:36:23  14   not?

16:36:23  15   A.  Yes, I have.

16:36:25  16        MR. VON STERNBERG:  Hey, Robb, can you bring up 61124,

16:36:27  17   please.  That's his report.  Very good.

16:36:27  18   BY MR. VON STERNBERG:

16:36:54  19   Q.  Hey, Dr. Stevick, do you recognize this as the front page of

16:36:57  20   your report that you've issued in this matter?

16:37:00  21   A.  I do.

16:37:00  22        THE COURT:  You may be going there, but that may answer

16:37:05  23   my question.  The amended report supersedes and replaces the

16:37:08  24   earlier report.

16:37:10  25        MR. VON STERNBERG:  It certainly does.

6877

16:37:11  1          THE COURT:  It's not just a supplemental report.

16:37:13  2          MR. VON STERNBERG:  It's an amended report due to

16:37:16  3  agreement of the parties.

16:37:16  4          THE COURT:  That's fine.

16:37:18  5  BY MR. VON STERNBERG:

16:37:18  6  Q.  Was your CV attached to that report, Doctor?

16:37:21  7  A.  Yes, it was.

16:37:22  8  Q.  Do you remember which appendix?

16:37:24  9  A.  No, I don't.

16:37:25  10         MR. VON STERNBERG:  It's Appendix D, Robb, can you get

16:37:28  11  that up?  There is no page number.  Can't do it?  All right.

16:37:28  12  BY MR. VON STERNBERG:

16:37:42  13  Q.  Can you tell the Court in reference to when you got your

16:37:45  14  masters degree what you did for your thesis?

16:37:47  15  A.  Sure.  Did my master's degree in 1981.  My thesis was on wear.

16:37:53  16  Did a lot of study on wear and erosion and, subsequently, published

16:37:57  17  a paper -- peer-reviewed paper on erosion.

16:38:00  18  Q.  What did you do for doctorate?

16:38:01  19  A.  For my doctor's degree, my major was design and material

16:38:06  20  behavior, but I had two minors in electronics were dynamics and

16:38:11  21  controls and also structures.

16:38:13  22  Q.  Give us a little bit of your work background.  Where did you

16:38:19  23  start in the oil field?

16:38:20  24  A.  I started in the oil field in 1977.  I ran out of money in

16:38:25  25  college, so I became a scaffolder, then a pipe fitter, and then a

16:38:30  1   plant operator.  And I was a plant engineer, and then, once I
16:38:34  2   finally finished my master's degree, I started in the oil fields
16:38:39  3   designing small plants that would separate oil and water, and also
16:38:44  4   the lines from the wellheads, all the way to these plants doing the
16:38:48  5   two-phase flow calculations.  And then, because they're small, I
16:38:52  6   was also the project manager to build those plants.
16:38:55  7   Q.  You started about 1981, is that true?
16:38:58  8   A.  In the oil fields as an engineer.
16:39:01  9   Q.  Which companies did you work for?
16:39:04 10   A.  It was Standard Oil of California which then became Chevron.
16:39:08 11   Q.  Can you tell the Court whether you have any patents?
16:39:14 12   A.  Yes.
16:39:15 13   Q.  Anything in particular that's relevant to what you're doing in
16:39:19 14   this case for us?
16:39:19 15   A.  Sure.  We have patents on imaging systems that we use for
16:39:27 16   inspecting large vessels.  We design robots and inspection-type
16:39:31 17   devices.  We also just received a patent on a magnetic response
16:39:37 18   imaging system that allows us to determine metal loss due to
16:39:41 19   corrosion or metal gained due to the presence of welds or drill
16:39:45 20   collars, so you can tell the position of various devices like a
16:39:49 21   drill collar in a BP, for instance.
16:39:52 22   Q.  You also have done a lot of failure analysis, have you not?
16:39:56 23   A.  Yes.
16:39:57 24   Q.  Can you describe some of that work for the Court, please?
16:40:01 25   A.  After my stint in the oil field with Chevron, I was transferred

OFFICIAL TRANSCRIPT

16:40:04  1   to the engineering department, to a position referred to as

16:40:07  2   engineering mechanic specialist.  That meant I would have to help

16:40:10  3   the folks in the field with a very technical, difficult problem.

16:40:15  4          It could be cracks in an offshore platform in the North

16:40:20  5   Sea, happened a couple of times.  They wanted to know, can we

16:40:22  6   survive winter waves, which average 15 meters, till spring to make

16:40:27  7   the repair or do we have to abandon the platform?  I've also

16:40:32  8   assisted in the design of Chevron's deepwater tension leg

16:40:36  9   platforms.

16:40:37  10          Back in the refineries, in the fluid ice catalytic

16:40:42  11   cracking plant, I redesigned the internals so it can operate at

16:40:46  12   1,400-degrees Farenheit.  These vessels are as big as this building

16:40:51  13   and at 1,400-degree sand like catalyst, hydrocarbon and air, and I

16:40:54  14   would have to redesign the internals to survive in there as well as

16:40:58  15   valves that are three, four-foot in diameter.  And I've redesigned

16:41:01  16   the internals so those valves can shut when those plants have an

16:41:05  17   upset that could damage the plant.

16:41:07  18   Q.  Do you have any experience in shearing analysis?

16:41:11  19   A.  A great deal.  I am about to get there.

16:41:14  20          From the erosion experience, I also got involved with

16:41:18  21   drill bits downhole for the upstream folks, people that get the oil

16:41:23  22   out of the ground, redesigning the materials so that they could

16:41:25  23   survive.

16:41:27  24          Also got involved with the buckling and fatigue analysis

16:41:31  25   of casing, drill pipes, and pumping tubes.  Pumping tubes is when

6880

16:41:37　1　you have those horse head pumps you see all over the oil field.

16:41:41　2　That's probably the only other location you'll see buckling due to

16:41:44　3　internal pressure like you'll see in a well; because you've got a

16:41:48　4　long tube with an open end that the pressure can't push against, so

16:41:52　5　it can actually buckle just due to internal pressure.

16:41:57　6　Q.  Do you have any experience in dealing with piping codes and

16:41:59　7　things of that nature?

16:42:00　8　A.  Yes.  I'm on the ASME, American Society of Mechanical

16:42:04　9　Engineering, piping code.  And I was asked about two years ago to

16:42:09　10　come up with a new criteria for the shear allowable.  And I used

16:42:12　11　the exact same equations I've used here there to set the allowable

16:42:17　12　shear loads for the piping code.

16:42:20　13　Q.  Now, in reference to the work you've done in this case, can you

16:42:27　14　describe that for the Court a little bit, in reference to what

16:42:30　15　you're trying to do and how you did it?

16:42:33　16　A.  Sure.  Well, first I was at Michoud inspecting the BOP, all of

16:42:39　17　the elements of the BOP, as well as the reading the depositions of

16:42:45　18　others.  Actually did some testing in terms of bringing -- I went

16:42:51　19　to a hardware store, picked up a six foot rule so I could actually

16:42:56　20　test the straightness of the various pieces of pipe to figure out

16:42:59　21　which ones had actually buckled and which ones hadn't.  And from

16:43:03　22　that you can logically determine what happened in this particular

16:43:05　23　case.

16:43:05　24　Q.  Captain Englebert took a picture of you inside the BOP, did she

16:43:09　25　not?

6881

16:43:09  1   A.  She did.  And I have a measuring tool that's still at the

16:43:13  2   bottom apparently.

16:43:13  3   Q.  You dropped it, didn't you?

16:43:15  4   A.  Yes, I did.

16:43:16  5        MR. VON STERNBERG:  Your Honor, at this time we tender

16:43:18  6   Dr. Stevick as an expert and tender his reports, TREX 61123 and

16:43:24  7   61124.

16:43:27  8        MS. KARIS:  Your Honor, Hariklia Karis on behalf of BP.

16:43:31  9   We have filed a *Daubert* motion against Dr. Stevick in connection

16:43:36 10   with the opinions that he renders for which we haven't heard any

16:43:40 11   qualifications at this point, and that is specifically with respect

16:43:43 12   to his opinions about the BAST technology.  He has admitted that he

16:43:50 13   has done no analysis in order to determine BAST, he has never

16:43:55 14   applied the regulation, he had never read the regulation before

16:43:58 15   this case, and has his own view of what the regulation means.  And

16:44:03 16   admitted that he didn't apply even the language of the regulation

16:44:07 17   itself.

16:44:07 18        He disagrees as to what the regulation should require

16:44:10 19   with respect to the director and his input.  And so I don't know if

16:44:15 20   Dr. Stevick intends to offer those opinions, but to the extent he

16:44:19 21   does, because they are in his report --

16:44:21 22        THE COURT:  Is he going to testify about BAST?

16:44:26 23        MR. VON STERNBERG:  Your Honor, to the extent that he is

16:44:27 24   going to utilize the regulation, it's only going to be in reference

16:44:29 25   to what he thinks the standard in the industry is, not in reference

16:44:32  1    as to whether it's against the law or whether it's a legal issue.

16:44:35  2    It's really just a matter of looking at what's available and, in

16:44:38  3    his opinion, what should have been used.

16:44:40  4            THE COURT:  I am going to let him testify, and again as

16:44:48  5    I've done, since this is a bench trial, as we've done with other

16:44:48  6    witnesses, I will hear the cross-examination and I'll consider

16:44:51  7    whether to credit his testimony in that area and, if so, what

16:44:56  8    weight to give it.

16:44:56  9            MS. KARIS:  Thank you, your Honor.

16:44:58 10            MR. VON STERNBERG:  Thank you, your Honor.  May we

16:45:00 11    proceed?

16:45:01 12            THE COURT:  Yes.

16:45:02 13                      DIRECT EXAMINATION

16:45:02 14    BY MR. VON STERNBERG:

16:45:03 15    Q.  Robb, can we have 7691.  Page one.  Dr. Stevick, you've seen

16:45:11 16    reports in this case in reference to West Engineering's

16:45:16 17    investigation of the BOP, is that true?

16:45:17 18    A.  Yes, I have.

16:45:18 19    Q.  Is this the executive summary of the *Deepwater Horizon*

16:45:23 20    acceptance of well control equipment that you've reviewed?

16:45:26 21    A.  Yes, it is.

16:45:26 22    Q.  You see right here?

16:45:31 23    A.  Yes.

16:45:31 24    Q.  Now, you remember that it says that it should have a good

16:45:37 25    probability of high reliability, is that correct?

6883

16:45:39  1    A.  Well, that's what it says, but due to the deficiencies of the

16:45:46  2    configuration design in this case and also the systematic

16:45:51  3    degradation that occurred over the ten years before this incident,

16:45:54  4    that's simply not true.

16:45:56  5    Q.  So back in 2001, when this vessel was commissioned, do you

16:46:00  6    believe that it had a high probability of reliability?

16:46:03  7    A.  For cutting pipe in an emergency, no, it simply could not.

16:46:07  8    Q.  And as of April 20th of 2010, is it your opinion that many

16:46:12  9    changes that were made to the BOP that made it even more degraded

16:46:17  10   than originally?

16:46:18  11   A.  Yes, right down the stack, every element was degraded.

16:46:22  12   Q.  Can you tell the Court about those?

16:46:23  13   A.  Yes.

16:46:26  14   Q.  Robb, can we get D-8169.1.

16:46:38  15        Is this something that you created for the Court?

16:46:39  16   A.  It is.

16:46:40  17   Q.  I know the judge has seen several of these already, so we are

16:46:43  18   not going to go through it in great detail.  But can you help him

16:46:47  19   out, tell him what these things mean?

16:46:50  20   A.  We are not going to go into detail of how they work.  We're

16:46:52  21   just going to go through each one how it was degraded.  At the top,

16:46:54  22   we have the two annular s and the blind shear ram, the casing shear

16:46:58  23   ram, two variable bore rams and then the test ram.  And I would

16:47:02  24   like to start with the upper annular.

16:47:04  25   Q.  Okay.  Can you go to number two, 8169.2, Robb.

16:47:16  1          Now, when the upper annular was first put on this BOP in

16:47:20  2     2001, what was its pressure rating?

16:47:25  3     A.  Its pressure rating due to a revised permit for drilling was

16:47:30  4     downgraded to 7,500 psi on 5 1/2-inch pipe, which is actually less

16:47:37  5     than MASP, so that's a problem right out of the box.  This is their

16:47:41  6     go-to well control device, and it's not even rated to the

16:47:44  7     anticipated surface pressure at the BOP.

16:47:47  8     Q.  Can you describe for the Court again what you mean by MASP?

16:47:50  9     A.  Yes.  And I think we have a demonstrative.

16:47:55 10     Q.  Robb, 6169, please.  Is this the document you were talking

16:48:10 11     about?  That right there?

16:48:14 12     A.  Yes.

16:48:15 13     Q.  Is this how you decide what MASP is?

16:48:18 14     A.  No, but it tells you what you should do with MASP.

16:48:21 15     Q.  Well, can you explain that?

16:48:24 16     A.  MASP is just the calculated anticipated pressure at the BOP,

16:48:27 17     and the calculated value that BOP turned in is as 8404 psi.  And

16:48:33 18     what the regulation says is you must design, install and maintain

16:48:36 19     and test and use the BOP system and system components to ensure

16:48:41 20     well control.  The working pressure rating of each BOP component

16:48:44 21     must exceed maximum anticipated surface pressure.  7,500 is below

16:48:53 22     8,404.  So the go-to well control device is already below MASP.

16:48:59 23     Q.  Just so I understand what you're talking about, each individual

16:49:03 24     component on the BOP has to be sufficient for MASP, true?

16:49:06 25     A.  Right.  And others refer to them as elements.  An annular is an

6885

16:49:09  1  element, the lower annular is an element, the blind shear ram and

16:49:13  2  so on.

16:49:13  3  Q.  Robb, 1454, please.  Now, you found other evidence of MASP in

16:49:24  4  the records that you reviewed, have you not?

16:49:26  5  A.  Yes.

16:49:26  6  Q.  We need Bates No. ending in 6797, Robb.  Is that it?

16:49:38  7        So this is the well control handbook from Transocean,

16:49:46  8  correct?

16:49:47  9  A.  Yes, it is.

16:49:47 10  Q.  And you've seen the definition of MASP in this, have you not?

16:49:51 11  A.  It actually says the same thing, just like the regulation, that

16:49:54 12  each component must be rated for MASP.

16:49:58 13  Q.  And I think you've told the Court what BP calculated the MASP

16:50:03 14  at already, but do you want to tell him again and how they came to

16:50:06 15  that?

16:50:06 16  A.  The 8404 is calculated from the -- first from the bottom of the

16:50:11 17  well, and they add the weight of the fluids until they get to the

16:50:15 18  surface, then they back down to the mud line where the BOP is

16:50:19 19  through a calculation of weight of gas and mud.  And it's been

16:50:25 20  discussed by other experts in the case extensively.

16:50:28 21  Q.  And is this the Transocean statement right here in reference to

16:50:33 22  MASP that you found in the well control handbook?

16:50:36 23  A.  Yes.

16:50:36 24  Q.  And that's basically the same as the regulation?

16:50:39 25  A.  It is.

6886

16:50:43  1    Q.  Now, you told us that it was optimized for 6 5/8-inch pipe.

16:50:49  2    How did you find that out?

16:50:50  3    A.  Well, it's in the revised permit for drilling.

16:50:52  4    Q.  3527, please, Robb.

16:51:07  5        Where do you see that, sir?  Right here (INDICATING)?

16:51:15  6    A.  No.  I think it might be on the second page.

16:51:18  7    Q.  Okay.  Second page, please, Robb.

16:51:24  8        How about right there (INDICATING)?  Is that what you're

16:51:31  9    talking about?

16:51:32  10   A.  Yeah, there it is.

16:51:35  11   Q.  So we know there was 5 1/2-inch pipe in the hole during the

16:51:40  12   well control event, right?

16:51:41  13   A.  Right.  That's their primary drilling pipe.

16:51:44  14   Q.  This is what made you determine that it could only handle

16:51:47  15   7,500 psi on the upper annular, true?

16:51:51  16   A.  And BP's VP for drilling, Mr. Abbassian, testified that, yes,

16:51:54  17   that's what it says.  It's rated 7.5 K, or 7.5 ksi, short for

16:52:04  18   7,500 psi.

16:52:05  19   Q.  Let's go to D-8169.2, please.

16:52:14  20       Did you see other evidence that the upper annular was

16:52:17  21   incapable of supporting the pressures that were coming from below?

16:52:20  22   A.  Yes, several weeks before the incident --

16:52:25  23       MR. DOYEN:  Your Honor, I object.  This is outside of the

16:52:26  24   scope of the report.  There has been some testimony about whether

16:52:28  25   or not the crew stripped through the upper annular or the lower

OFFICIAL TRANSCRIPT

16:52:31   1   annular.  It's not something discussed by this expert in his

16:52:34   2   report.

16:52:35   3               MR. VON STERNBERG:  Your Honor, he has certainly talked

16:52:37   4   about MASP and what pressures each can take, each individual

16:52:41   5   component.

16:52:41   6               MR. DOYEN:  He is not an expert on whether or not the

16:52:43   7   crew was stripping through the annular and it's not something that

16:52:45   8   he looked at --

16:52:46   9               THE COURT:  Is that in your report or not?

16:52:48  10               THE WITNESS:  I talked about the BOP as a whole in that

16:52:51  11   regard, not this element.

16:52:53  12               THE COURT:  I'll sustain the objection.

16:52:57  13   BY MR. VON STERNBERG:

16:52:58  14   Q.  What about the lower annular, what was its rating at the time

16:53:01  15   of the incident?

16:53:02  16   A.  5,000 psi.

16:53:03  17   Q.  And how did you determine that?

16:53:04  18   A.  It's in the records as being converted.  If we go to the

16:53:09  19   next --

16:53:11  20   Q.  D-8169.3, Robb.

16:53:21  21               Can you describe what this means?

16:53:22  22   A.  Yes.  In June 2006, this was converted from a 10,000 psi

16:53:28  23   annular to a stripping annular, so it's only rated at 5,000 psi.

16:53:34  24   Q.  And how does that deal with MASP, or does it?

16:53:40  25   A.  It's far below MASP, which is 8404, so now both annulars are

16:53:46  1   below MASP.

16:53:48  2   Q.  Robb, can we go to 8169.4, please.

16:54:03  3        What do you want to discuss with the Court in reference

16:54:05  4   to this particular demonstrative?

16:54:08  5   A.  Well, the blind shear ram has no backup.  Every valve -- all of

16:54:13  6   other valves of import in the BOP, the annulars, there's two of

16:54:18  7   them, VBRs, there were three -- started out as three, and if you

16:54:24  8   look at the valves in the choke line and the kill line, they always

16:54:27  9   have double valves.  And, in fact, this is not something just in

16:54:31 10   deepwater drilling.  In refineries, we call it double block and

16:54:35 11   bleed.  You always have two valves in series at critical locations,

16:54:40 12   always.  It's a tenet of mechanical engineering design.

16:54:44 13   Q.  How about 8169.5, Robb.

16:54:50 14   A.  Okay.  Hold on.  It also doesn't have blades that are likely to

16:54:55 15   push the pipe to the center, and it's not backed up by a casing

16:55:00 16   shear ram.  So all of these things are problems, so it's very

16:55:03 17   unlikely to work in an emergency.

16:55:05 18   Q.  I don't want to go into it in great detail because the Court's

16:55:09 19   already heard this, but was there another shearing ram that was

16:55:12 20   available at the time of the commissioning of this vessel?

16:55:14 21   A.  Yes, there was.  It was the casing shear ram, but it can't

16:55:17 22   seal.

16:55:17 23   Q.  What about in reference to putting another ram in the blind

16:55:21 24   shear ram cavity?  Was the DBS not available?

16:55:25 25   A.  You mean in the blind shear ram cavity?

16:55:28  1    Q.  Yes.

16:55:28  2    A.  Yes, you can put a DBS in the blind shear ram cavity.  Both

16:55:33  3    blades would be V shaped at 10 degrees, which is enough to shove

16:55:37  4    the pipe to the center if it's off center.

16:55:40  5           Now, on the casing shear ram, which we're showing right

16:55:43  6    here, it also will push the pipe to the center, but in an

16:55:46  7    emergency, it actually does two more things, if you can activate

16:55:50  8    it.  And that's that it will -- because it covers the entire well

16:55:56  9    bore, it slow the flow down to a very low rate, so the seals and

16:56:00 10    the packers are not going be damaged in the blind shear ram if it's

16:56:04 11    activated second.

16:56:05 12           Secondly, it cuts the drill pipe and equalizes the

16:56:08 13    pressure from inside the drill pipe to the annular area.  So no

16:56:11 14    longer are you in that situation where cutting a pressurized hose

16:56:16 15    which can create jets that can go right through the seals and

16:56:19 16    packers.  So it does all three of those things.  But unfortunately,

16:56:23 17    in the deadman system, the CSR is not activated, so this component

16:56:28 18    is effectively not there in an emergency.

16:56:31 19    Q.  And you've seen the technical position papers that discuss

16:56:34 20    these issues, have you not?

16:56:35 21    A.  I have.

16:56:36 22    Q.  Robb, can we go to 5094, please.  Is this the document you're

16:56:47 23    talking about, sir?

16:56:48 24    A.  It is.

16:56:49 25    Q.  Robb, page six of nine, which ends in Bates 4073, please.

16:57:03  1          Now, CSR, do you see where it is, Doctor?

16:57:06  2  A.  I'm looking for it.

16:57:07  3  Q.  Can you put an arrow for us?  It's right here.  (Indicating.)

16:57:12  4  A.  There it is.

16:57:13  5  Q.  It is that essentially what you're saying right here about the

16:57:17  6  CSR being located below?

16:57:19  7  A.  But in this position paper, they're not talking about an

16:57:21  8  emergency operation.  They're just talking about in general when

16:57:23  9  the crew has control.  The CSRs are located below the SBR, which is

16:57:28 10  the same as the blind shear ram.  The purpose for this arrangement

16:57:32 11  is to protect the sealing capabilities of the blind shear ram by

16:57:35 12  first shearing with the CSR and then raising the pipe up, which is

16:57:39 13  the optimal situation.  The blind shear rams can then close without

16:57:44 14  risking any damage to the seal.

16:57:46 15  Q.  And, in fact, you've seen documents in reference to that issue,

16:57:49 16  too, on reference to the deadman system, have you not?

16:57:52 17  A.  I have.

16:57:52 18  Q.  Robb, 4114, please.

16:58:08 19          Sir, page two, ending in 6743.  Is this the document

16:58:16 20  you're talking about?

16:58:17 21  A.  Yes, it is.

16:58:18 22  Q.  Can you describe for the Court what they're discussing and why?

16:58:21 23  A.  Well, let's go up one paragraph.

16:58:26 24  Q.  Here?

16:58:27 25  A.  Yep, where it starts "deadman system."

6891

16:58:29  1    Q.  All right, sir.

16:58:30  2    A.  The very first line, it says, "The deadman system is the final

16:58:33  3    means of shutting in the well and effecting an environmental seal

16:58:36  4    across the wellbore."

16:58:38  5         The second sentence is even more important.  "It is

16:58:42  6    anticipated that this would be an emergency measure only, initiated

16:58:45  7    by events such as fire and explosion."  Now, if we go down.

16:58:52  8    Q.  Right here (INDICATING)?

16:58:53  9    A.  Where it starts, "the DMS," deadman system.  This is what

16:58:59  10   they've decided.  After deciding this is an emergency device that's

16:59:03  11   important, in order for the blind shear ram to work, you have to

16:59:07  12   shut the CSR first in this system.  Now they decide "The DMS will

16:59:14  13   close only the blind shear ram using the dedicated shear bottle

16:59:19  14   circuit.  The casing shears will not be closed due to accumulator

16:59:23  15   volumetric constraints.  This should cover 95 to 97 percent of all

16:59:28  16   drilling activities."

16:59:30  17   Q.  Do you believe that that was -- based on your design

16:59:34  18   experience, do you believe that they should be designing something

16:59:37  19   for only 95 and 97 percent of all drilling activity?

16:59:40  20   A.  No.  When I taught the senior design course in mechanical

16:59:44  21   engineering at U.S. Berkeley, I always insisted, showed them

16:59:47  22   textbooks, you must have a safety factor at the bare minimum of

16:59:50  23   1.3.  That means you're going to be beyond 100 percent.  If you're

16:59:55  24   going to use a purely statistical method, you're going to have to

17:00:00  25   be at 99.999, when life and limb is at risk.  This is as low as one

OFFICIAL TRANSCRIPT

6892

17:00:05  1  out of 20 you're saying are just simply out of luck.  This is

17:00:09  2  criminal negligence.

17:00:11  3  Q.  Now, this isn't the only document --

17:00:13  4       MR. DOYEN:  Your Honor, I object to that and move to

17:00:15  5  strike that.  He has no confidence in that.

17:00:18  6       MS. KARIS:  We join that objection.

17:00:19  7       THE COURT:  We'll strike that answer, the last part of

17:00:23  8  the answer.

17:00:25  9  BY MR. VON STERNBERG:

17:00:26  10  Q.  This isn't the only Vastar document that you've seen that

17:00:28  11  discusses this issue, is it?

17:00:30  12  A.  No.

17:00:30  13  Q.  Let's go to 4115, please.  This is the DMS system.  Is that

17:00:40  14  what you're talking about in reference to the deadman system?

17:00:44  15  A.  Yes.

17:00:44  16  Q.  This is when they're deciding the pros and cons of whether

17:00:49  17  there's a BSR only for the casing shear ram and then the BSR,

17:00:53  18  correct?

17:00:54  19  A.  That's correct.

17:00:54  20  Q.  What of importance do you see here in reference to the cons of

17:01:00  21  the BSR only close?

17:01:02  22  A.  They come right out and say what everybody knows, there's no

17:01:06  23  guarantee that the blind shear ram can seal if you only close the

17:01:15  24  blind shear ram.  If you shut with the CSR first, it's almost

17:01:19  25  always going to seal.

17:01:20  1   Q.  And then if you look at the cons where they're going to talk

17:01:23  2   about the CSR and then the BSR, what we're talking about is what,

17:01:28  3   reconfiguring software?

17:01:30  4   A.  Yes.

17:01:30  5   Q.  And adding some accumulator bottles, right?

17:01:34  6   A.  Right.  It's just simple cost, and very little at that.

17:01:37  7   Q.  Robb, can we go to D-8169.6, please.

17:01:54  8          Why did you draft this for the Court?

17:01:56  9   A.  Well, the next two rams in order are the variable bore rams.

17:02:01 10   But we will show that those will become ineffectual because of the

17:02:07 11   other elements in this that are deficient in this BOP.  But for

17:02:10 12   now, let's move on to the test ram.

17:02:12 13   Q.  Okay.  D-8169.7, please, Robb.

17:02:18 14          And what do you want to tell the Court about this

17:02:21 15   demonstrative?

17:02:22 16   A.  This started out being a third variable bore ram because it was

17:02:26 17   considered standard in the industry to use three variable bore rams

17:02:29 18   because they can wear and it's an element that needs double backup.

17:02:37 19   Q.  Was there a bilateral ram available?

17:02:41 20   A.  Yes.

17:02:41 21   Q.  And can you tell the Court what that means?

17:02:43 22   A.  That means it has seals on both top and bottom, so it could be

17:02:47 23   used as a test ram and as a backup for the other two variable bore

17:02:51 24   rams.

17:02:51 25          MS. KARIS:  Your Honor, I am going to object and move to

17:02:53  1    strike his opinion regarding the availability of the bilateral ram

17:02:57  2    and any opinions regarding the test ram.  Those are not in his

17:03:00  3    report.

17:03:02  4    BY MR. VON STERNBERG:

17:03:04  5    Q.  Did you discuss this in your report?

17:03:05  6    A.  Only the BOP as a whole, not that individual element.

17:03:08  7            THE COURT:  All right.  I'll sustain the objection.

17:03:11  8            MS. KARIS:  Thank you, your Honor.

17:03:13  9    BY MR. VON STERNBERG:

17:03:17 10    Q.  Now, Dr. Stevick, you have already given us the opinion that

17:03:25 11    you thought the casing shear rams should be utilized before the

17:03:28 12    blind shear rams in an emergency, is that correct?

17:03:30 13    A.  Yes.

17:03:31 14    Q.  Have you made a demonstrative for the Court --

17:03:34 15    A.  Yes.

17:03:35 16    Q.  -- to show how the operation would have worked?

17:03:37 17    A.  Yes.

17:03:38 18    Q.  Robb, can we go to D-8246, please.  D-8176.

17:04:29 19            MR. VON STERNBERG:  Sorry, your Honor.

17:04:35 20    BY MR. VON STERNBERG:

17:04:36 21    Q.  Can you describe this for the Court?

17:04:37 22    A.  Sure.  This is the actual system.  If you operate it timely in

17:04:43 23    the correct order, you will have no problem cutting this pipe.

17:04:48 24    Because what's going to happen is you're going to shut the upper

17:04:51 25    annular, your variable bore rams are going to close, the casing

6895

17:05:03  1   shear ram is going to cut through the pipe, and the standard in the

17:05:07  2   industry is then to lift the pipe, and the blind shear ram cuts on

17:05:12  3   nothing.

17:05:12  4   Q.  And seals?

17:05:14  5   A.  And seals.

17:05:21  6          MR. VON STERNBERG:  Thank you, your Honor, pass the

17:05:22  7   witness.

17:05:22  8          THE COURT:  All right.  Plaintiffs have questions?

17:05:28  9          MR. WILLIAMSON:  Briefly, Judge.

17:06:04  10                    CROSS-EXAMINATION

17:06:05  11  BY MR. WILLIAMSON:

17:06:05  12  Q.  Mr. Stevick, I have a few questions because a lot of the BOP

17:06:08  13  questions have already been covered.  My name is Jimmy Williamson,

17:06:13  14  I'm from the PSC and I have you on cross-examination.

17:06:16  15  A.  Okay.  Very good.

17:06:17  16  Q.  Batteries, I don't want to talk about the batteries.  I want to

17:06:20  17  ask something.  Did you look at the issue of whether the blue pod

17:06:25  18  battery was bad when it was retrieved?

17:06:28  19  A.  Yes.

17:06:28  20  Q.  I want to ask a different question.  Did Transocean know, did

17:06:35  21  they have knowledge before April 2010 of battery longevity issues

17:06:42  22  in connection with their subsea battery system?

17:06:45  23  A.  Yes.  In fact, they even requested from Cameron a rechargeable

17:06:49  24  system.

17:06:49  25  Q.  Sure.  Can I have TREX-5155.08.  Is there a laser?  All right.

17:07:12   1   Blow up right here, Carl (INDICATING).  Can I get it a little

17:07:21   2   larger.

17:07:22   3        This is a July 2005 e-mail chain between Cameron and

17:07:27   4   Transocean, and it says:  Cameron have kept the recommendation for

17:07:31   5   replacement as the older type which, incidentally, we never

17:07:36   6   believed nor trusted.  (As read.)

17:07:38   7        THE COURT:  You're leaving out a few words there,

17:07:40   8   Mr. Williamson.  If you're going to read it, why don't you read it

17:07:44   9   verbatim.

17:07:46  10        MR. WILLIAMSON:  I apologize.  Thank you.

17:07:46  11   BY MR. WILLIAMSON:

17:07:49  12   Q.  "Cameron have kept their recommendations for replacement

17:07:51  13   exactly as the older type (1 year in use or more than 33

17:07:58  14   actuations) which, incidentally, we never believed nor trusted.

17:08:01  15   With the older batteries, we replaced them approximately every

17:08:05  16   three months."

17:08:05  17        Did I read that correctly Mr. Stevick?

17:08:08  18   A.  Yes.

17:08:09  19   Q.  So as of 2005, Transocean, in discussing this issue with

17:08:13  20   Cameron, knew that the life of the subsea batteries was in

17:08:18  21   question, right?

17:08:19  22   A.  Yes, absolutely.

17:08:21  23   Q.  What does that mean in terms of whether Transocean needs to

17:08:25  24   monitor and be scrupulous about changing those batteries, given

17:08:30  25   that they have actual knowledge of those batteries failing?

17:08:34 1    A.  It means they have to actually check them before they splash or

17:08:36 2    just simply change them before they splash, every time.

17:08:40 3    Q.  5155.06.  Same e-mail chain.  A later e-mail.  Right here, I

17:09:06 4    believe (INDICATING).

17:09:08 5    A.  Yes.

17:09:08 6    Q.  This is .06.

17:09:12 7         "The Express has stated that even the old batteries never

17:09:15 8    lived up to their rating."  Did I read that correctly?

17:09:18 9    A.  Yes.

17:09:18 10   Q.  So Exhibit TREX-5155, this e-mail chain, deals with the fact

17:09:25 11   that Transocean knows they have a battery longevity issue with

17:09:30 12   batteries that they cannot monitor subsea and they cannot recharge

17:09:36 13   subsea, correct?

17:09:38 14   A.  Correct.

17:09:38 15   Q.  New subject.  Shearing capacity.

17:09:44 16   A.  Yes.

17:09:44 17   Q.  Did Transocean know -- we don't need to talk about the

17:09:52 18   shearing.  It's in your report and the Court's already heard about

17:09:55 19   shearing, so I am not going to go through the calculations.  But

17:09:58 20   this particular BOP only had 4,000 pounds per square inch available

17:10:04 21   to push the pistons to close, right?

17:10:05 22   A.  Right.

17:10:06 23   Q.  And that's a problem when you're talking about increased

17:10:10 24   wellbore pressure, because when you have increased wellbore

17:10:13 25   pressure, you need more piston pressure, correct?

6898

17:10:16  1   A.  Yes.

17:10:17  2   Q.  Did Transocean know that they had a 4,000 psi limitation and

17:10:24  3   that that was an issue?

17:10:26  4          MR. DOYEN:  Your Honor, I just object to the question the

17:10:29  5   way it is framed.  He is obviously not an expert about what

17:10:31  6   Transocean knows.  He can talk about the equipment and information

17:10:34  7   that's available.

17:10:35  8          THE COURT:  Rephrase your question.

17:10:37  9          MR. WILLIAMSON:  Sure.

17:10:37  10  BY MR. WILLIAMSON:

17:10:37  11  Q.  Have you seen documentation where Transocean was on that notice

17:10:41  12  of the problem that they only had a 4,000 psi accumulator to push

17:10:45  13  the pistons?

17:10:45  14  A.  Yes.

17:10:46  15  Q.  Please pull up 21789.1.  And I think the part I am going to

17:11:02  16  start with is -- have you seen this e-mail before?

17:11:05  17  A.  Yes.

17:11:06  18  Q.  Right here (INDICATING).  Calculated shear pressure -- or I'm

17:11:15  19  sorry, start from the top.  "Therefore a 5000 PSI operator is

17:11:20  20  required.  Also, a shear test is recommended since the value is so

17:11:25  21  high.  ... exceeds 12 ppg the shear pressure requirement

17:11:33  22  increases."

17:11:35  23          This e-mail chain, 21789, dated January 9, 2009, is a

17:11:43  24  communication between Cameron and Transocean regarding the shear

17:11:47  25  pressure that is needed, correct?

6899

17:11:49  1    A.  Yes.

17:11:51  2    Q.  And Cameron tells Transocean in January 2009 they need a

17:11:57  3    5,000 psi operator if they're going to shear this particular string

17:12:01  4    of drill pipe that's being discussed in this particular e-mail

17:12:03  5    chain?

17:12:04  6    A.  Right.

17:12:05  7    Q.  Okay.

17:12:05  8    A.  And, you know, while I was at Chevron, I set up the

17:12:09  9    calculations three times for shearing and blind shear rams.  You

17:12:12 10    have to consider all of the aspects, pressure available, the

17:12:16 11    variation of the pipes you have, and how you're testing them.  If

17:12:20 12    you test them up in the air, the rams themselves can actually pick

17:12:24 13    up a little velocity and it shears at a lower pressure, and you'll

17:12:28 14    get a very high variation.

17:12:30 15    Q.  Carl, let's go to the point right above this -- oh, I'm sorry.

17:12:34 16    One more question before I leave this insert.

17:12:37 17    A.  Sure.

17:12:37 18    Q.  Which operator are they talking about?  Which component are

17:12:42 19    they using to shear at this?

17:12:45 20    A.  Hold on.  Let me read it.

17:12:49 21    Q.  Right there (INDICATING).

17:12:50 22    A.  (Witness reads document. )

17:12:53 23          Yes, this is the super shear rams, yeah, I agree.

17:12:56 24    Q.  The super shear rams is another name for what?

17:12:58 25    A.  The CSR.

17:13:00   1    Q.  Right.

17:13:00   2    A.  The casing shear rams.

17:13:02   3    Q.  Okay.  So they know they have a drill pipe string,

17:13:08   4    January 2009 -- oh, let's look at the insert above before I ask you

17:13:12   5    this question.  Right above where we were.  Down here, they're

17:13:25   6    actually calculating, Cameron gives them how much it would take to

17:13:29   7    shear with DBS rams.  And what does Cameron tell them it will take

17:13:33   8    if they want to shear this particular string of drill pipe with DBS

17:13:37   9    rams?

17:13:37  10    A.  Again, you need the 5,000 psi pressure.

17:13:40  11    Q.  Right.

17:13:41  12         MR. DOYEN:  Your Honor, I'm sorry, I object to all of

17:13:44  13    this line of questioning.  We're just going into what's the

17:13:46  14    strength needed to shear 6.625 pipe, which is not the pipe we had

17:13:51  15    in the well that evening.  This is a nice academic discussion, but

17:13:55  16    it doesn't pertain to the blowout.

17:13:58  17         MR. WILLIAMSON:  Can I respond?

17:13:59  18         THE COURT:  Go ahead.

17:14:01  19         MR. WILLIAMSON:  I am doing this to show that they are on

17:14:03  20    notice that there is a 5,000 psi available and that they are on

17:14:06  21    notice that they cannot shear the strings of drill pipe, and they

17:14:10  22    are on notice that they only have 4,000 psi, and that they are on

17:14:13  23    notice that there will be circumstances in which they're going to

17:14:16  24    need the casing shear rams.

17:14:18  25         THE COURT:  All right.  Overrule the objection.

6901

17:14:20  1    BY MR. WILLIAMSON:

17:14:22  2    Q.  Does this e-mail chain tell them you're going to need the

17:14:25  3    casing shear rams to shear various strings of drill pipe?

17:14:29  4    A.  Yes.

17:14:30  5    Q.  After January 2009, did you -- and by the way, does this

17:14:36  6    particular e-mail tell them expressly you need to do shear tests?

17:14:41  7    A.  I don't see it here yet, hang on.

17:14:50  8    Q.  Right below that, Carl, the part we had up before.

17:14:55  9    A.  All right.

17:14:57  10   Q.  Also a shear test is recommended since the value is so high?

17:15:01  11   A.  I agree, that's what it says.  So they knew they had to do

17:15:04  12   tests.  And again, you have to carefully watch how you do the tests

17:15:11  13   to interpret the results correctly.

17:15:13  14   Q.  Right.  And, in fact, the Court's already seen it, so I am not

17:15:16  15   going to pull this exhibit up, but you have seen engineering

17:15:19  16   bulletin 702D by Cameron that talks about their shearing needs?

17:15:23  17   A.  Yes.

17:15:24  18   Q.  That document also -- and it's in evidence, so the Court can

17:15:26  19   look at it -- but that document also recommended that operators do

17:15:32  20   shear tests in order to determine whether their pipe strings are

17:15:35  21   shearable or not, correct?

17:15:37  22   A.  Absolutely.

17:15:37  23   Q.  Did you ever see any evidence that after 2000 when Cameron did

17:15:42  24   a shear test in their factory onshore, did you see any evidence

17:15:47  25   that BP or Transocean ever did any additional shear tests on the

6902

17:15:51 1  *Deepwater Horizon* blowout preventer?

17:15:53 2  A.  Not that I am aware of.

17:15:55 3  Q.  Did you ever see any evidence that after they got these e-mail

17:15:58 4  strings that they ever switched and said, we need to reprogram to

17:16:02 5  go casing shear rams, then blind shear rams?

17:16:05 6         MS. KARIS:  I am going to object to the question, your

17:16:07 7  Honor, because I think it said they, and there is no evidence that

17:16:10 8  BP ever received this document.  And so if he is asking about

17:16:15 9  Transocean --

17:16:15 10        THE COURT:  I'll sustain the objection.

17:16:17 11        MR. WILLIAMSON:  I'll rephrase as to Transocean.

17:16:21 12  BY MR. WILLIAMSON:

17:16:21 13  Q.  As to Transocean, did you see any evidence that Transocean did

17:16:24 14  shear tests after they received this e-mail from Cameron telling

17:16:26 15  them to do shear tests and warning them that they needed a

17:16:31 16  5,000 psi accumulator?

17  A.  No.

18  Q.  Did you see any evidence that Transocean ever tried to switch

19  to a 5,000 psi accumulator?

20  A.  No.  In fact, the charts they were using didn't even have the

21  size pipe that was on the rig.

22  Q.  Also, BP, there is documentation that BP knew that they had a

23  shearability problem with the drill pipe string.  Isn't that true?

24  A.  Yes.

25  Q.  Would you pull up TREX-7046.3.

1          MR. WILLIAMSON:  Excuse me, Judge.  I want to make sure I

2     get this out.

3     BY MR. WILLIAMSON:

17:17:48  4     Q.  I want you to start at the bottom, here, "Katy, basic question

17:17:48  5     has come up," can you blow that up, Carl.  Can you blow it up?

17:17:54  6     "Basic question has come up regarding BOP shear rams?"

17:17:57  7     A.  Yes.

17:17:58  8     Q.  "Will the rams shear 6-5/8" 50.4# 0.813 WT S-135 landing string

17:18:11  9     if required for any unforeseen reason.  Asked a few folks here at

17:18:16  10    BOP but no one was definite in their response."  Correct?

17:18:18  11    A.  Yes.

17:18:18  12    Q.  And this is a BP drilling engineer sending this e-mail, right?

17:18:22  13    A.  Yes.

17:18:22  14    Q.  So he is asking around and no one can tell him what the

17:18:26  15    shearability is on the *Horizon* BOP, correct?

17:18:29  16    A.  Right.  And they ought to be doing their own double check on

17:18:34  17    those calculations anyway, and it's not happening.

17:18:36  18    Q.  In fact, this e-mail is dated June 16th, 2005, correct?

17:18:39  19    A.  Yes.

17:18:39  20    Q.  As a matter of fact, by the way, let's go to the last page, go

17:18:45  21    to 7046.4.  This was before Cameron came out with their formula,

17:18:56  22    Cameron used to provide charts with shearability, right?

17:19:00  23    A.  Yes.

17:19:00  24    Q.  This particular chart does not have 5-1/2 inch 21.9 pound per

17:19:07  25    foot S-135 pipe, does it?

6904

17:19:10  1    A.  Correct, this is the chart I was referring to.

17:19:12  2    Q.  But it does have five inch 19.5, S-135 pipe, correct?

17:19:19  3    A.  Yes.

17:19:20  4    Q.  Let me see if I can find it.  Carl, can you blow up that line

17:19:24  5    right there, please.  It may be the one right above it

17:19:29  6    (INDICATING).  All right.  And you'll also notice this chart says,

17:19:39  7    it provides the shearing pressure at ambient, the shearing pressure

17:19:43  8    at 5,000 psi wellbore pressure, and the shearing pressure at 10,000

17:19:47  9    wellbore pressure, right?

17:19:48 10    A.  Yes.

17:19:49 11    Q.  What did Cameron tell Transocean and BP, because BP got this

17:19:55 12    e-mail and Transocean also, what did they tell them was going

17:20:00 13    needed at 10,000 psi in the wellbore just for 5 inch pipe at 19.5

17:20:04 14    pounds per foot?  Is that the right number?  With 10,000 psi

17:20:09 15    wellbore pressure.

17:20:09 16    A.  Hold on here.  Which column do we have?  This is the 3516?

17:20:23 17    Q.  Right.

17:20:24 18    A.  Yep.

17:20:24 19    Q.  Okay.  By the way, if it really was going to take 3,516 psi to

17:20:31 20    shear 10,000 psi, would that be enough of a safety margin in your

17:20:36 21    opinion?

17:20:36 22    A.  No.  Again, the textbooks I use when I taught mechanical

17:20:40 23    engineering, the minimum safety factor 1.3.  And that's when you

17:20:45 24    test the exact material you have.

17:20:47 25    Q.  And if we actually went down here and looked -- go back, Carl,

17:20:51  1    to the document itself.  If we go down here and looked at 6 5/8,

17:20:57  2    they would actually start going over 4,000, correct?

17:21:00  3    A.  Yes.

17:21:01  4    Q.  So BP -- let's ask the question that counsel addressed while

17:21:05  5    ago.  Did BP have notice in 2005 that this particular BOP did not

17:21:12  6    have the capacity to shear the drill pipe strings that were being

17:21:16  7    used on the *Deepwater Horizon*?

17:21:17  8    A.  Yes.  In fact, they even put it in the APDs.

17:21:21  9    Q.  As a matter of fact, BP actually had an assessment, a risk

17:21:25 10    assessment of this particular BOP done in 2007, BP had a risk

17:21:29 11    assessment done by Wild Well Control, didn't they?

17:21:34 12    A.  Yes.

17:21:34 13    Q.  And did BP when they hired Wild Well Control, their

17:21:41 14    subcontractor, to do a risk assessment on this blowout preventer,

17:21:45 15    did BP talk about upping their blind shear rams so that they could

17:21:49 16    cut the drill pipe strings they were drilling oil with?

17:21:53 17    A.  Yes, they did.

17:21:53 18    Q.  And did they upgrade them?

17:21:55 19    A.  No.

17:21:55 20    Q.  Did they go to CSR BSR?

17:22:00 21    A.  No.

17:22:01 22    Q.  Did they go to two BSRs?

17:22:04 23    A.  No.

17:22:05 24    Q.  One more on BP.  Please pull up 7.009.1 -- 7009.1, I think

17:22:20 25    that's what I called out, TREX.  *Ultradeep Drilling Pushes*

6906

17:22:28  1   *Drillstring Technology Innovations*.   Can you blow up this part at

17:22:31  2   the top (INDICATING).   Have you seen this article?

17:22:33  3   A.   Yes.

17:22:33  4   Q.   And who is this article written by in 2008?

17:22:40  5   A.   Transocean.

17:22:41  6   Q.   Yeah.   Well, one person is Transocean's coauthor?

17:22:44  7   A.   Right.

17:22:45  8   Q.   And BP is a coauthor, aren't they?

17:22:47  9   A.   Yes.

17:22:47 10   Q.   And it talks about the blowout preventer shearability strings

17:22:52 11   and how the necessity is for blowout preventers to be able to shear

17:22:57 12   the drill pipe, correct?

17:22:58 13   A.   Yes.

17:22:58 14   Q.   And BP and Transocean actually wrote the article?

17:23:02 15   A.   Yes.

17:23:02 16   Q.   Would you please turn, Carl, to 7009.09.   And I think the

17:23:13 17   paragraph I want to blow up is this paragraph right here, Carl

17:23:17 18   (INDICATING).

17:23:22 19          It is important -- and this is BP and Transocean's person

17:23:25 20   they write -- "It is important during the UD well planning process

17:23:29 21   that engineers fully evaluate the ability of the BOP to

17:23:32 22   successfully shear the drill pipe.   Project-specific full-scale

17:23:37 23   shear testing with actual drillpipe to be used on the project may

17:23:42 24   be necessary to fully answer this question."   Did I read that

17:23:45 25   correctly?

17:23:46  1    A.  Yes, that's actually what I've been saying.  And you also need

17:23:49  2    to test them slowly so you get the maximum of that range.

17:23:53  3    Q.  Not only is that what you're saying, it's what BP is saying?

17:23:57  4    A.  Exactly.

17:23:57  5    Q.  And it's not only what BP is saying, it's what Transocean is

17:24:01  6    saying, correct?

17:24:02  7    A.  Yes.

17:24:02  8    Q.  Please go to TREX 7009.10.  This is the conclusions part of the

17:24:11  9    paper that BP and Transocean wrote.  And the paragraph we're going

17:24:15 10    to need, Carl, is this one right -- that's Conclusions go down the

17:24:22 11    second column, paragraph No. 5, I believe it's that one

17:24:27 12    (INDICATING).  Yes, that's it.

17:24:32 13            "UDD presents increased operational considerations that

17:24:37 14    require attention of the well designer."  Did I read that

17:24:41 15    correctly?

17:24:41 16    A.  Yes.

17:24:41 17    Q.  Who is the well designer here?

17:24:44 18    A.  Well, it's going to be the operator, which is BP.

17:24:47 19    Q.  Right.  "BOP shearing capacity of drillpipe and BOP pressure

17:24:54 20    integrity upon drillpipe collapse are adversely affected in UD

17:25:00 21    wells.  Well designers should work closely with OEMs to fully

17:25:05 22    evaluate the performance limits of these products in ultradeep

17:25:10 23    applications."

17:25:11 24            Do you agree with the conclusion that BP and Transocean

17:25:16 25    posited in this article in 2008?

17:25:18  1    A.  Yes.

17:25:19  2    Q.  And what does the word OEM mean for the record?

17:25:21  3    A.  Well, it would be Cameron.

17:25:23  4    Q.  Right.  Original equipment manufacturer.

17:25:27  5    A.  Right.  Cameron makes Lego parts that can be put together to

17:25:30  6    work in this situation, that's just not the ones that were chosen.

17:25:33  7    Q.  Sure.  So does BP and Transocean have knowledge that they have

17:25:38  8    a shearing capacity problem on the *Deepwater Horizon* and that they

17:25:42  9    should address it, and do they have that knowledge well before

17:25:47 10    April 2010?

17:25:48 11              MR. DOYEN:  Objection, leading.

17:25:50 12              THE COURT:  It is.  But it is cross-examination so he can

17:25:54 13    lead.

17:25:54 14              MR. DOYEN:  I --

17:26:00 15              THE COURT:  You were right, it was leading.

17:26:07 16              MR. DOYEN:  It was so friendly up to that point I lost

17:26:10 17    track.

17:26:13 18    BY MR. WILLIAMSON:

17:26:14 19    Q.  Question, do BP and TO have knowledge well in advance of

17:26:18 20    April 2010 that they have a shearing capacity problem on the

17:26:22 21    *Deepwater Horizon* blowout preventer?

17:26:23 22    A.  Absolutely.  In fact, even in their own well control manual and

17:26:26 23    written in 2000 they suggest that two BSRs ought to be used for the

17:26:31 24    very problem we're talking about, which is damage to the sealers

17:26:34 25    and packers.

6909

17:26:34 1   Q.  Right.  New subject.  Erosion.

17:26:37 2   A.  Yes.

17:26:39 3   Q.  This particular BOP, like all subsea BOPs and high pressure

17:26:43 4   high temperature deep water wells in the Gulf of Mexico, is subject

17:26:47 5   to a highly erosive environment, correct?

17:26:50 6   A.  Yes, it is.

17:26:50 7   Q.  Especially if you take oil, gas, mud, sand and brine that's

17:26:54 8   being shot out of it at thousands of pounds per square inch,

17:26:58 9   correct?

17:26:58 10  A.  Yes.

17:26:59 11  Q.  Have you seen documentation that knew, that Transocean knew

17:27:05 12  that that could cause a problem in terms of sealing with the

17:27:08 13  elastomeric elements?

17:27:10 14  A.  Yes.

17:27:11 15  Q.  Pull up 14 -- TREX 1454.132.  What I am looking for is right

17:27:42 16  here at the bottom, right here I believe.  This section right in

17:27:48 17  here (INDICATING).

17:27:49 18          This is the Transocean Well Control Manual, did you

17:27:51 19  review it?

17:27:51 20  A.  Yes.

17:27:52 21  Q.  And it says:  "Under severe well control conditions failure of

17:27:58 22  ram packers can occur."  Correct?

17:28:01 23  A.  Yes, this is a well-known problem.

17:28:03 24  Q.  And as a matter of fact, this particular page of the well

17:28:06 25  control manual says it's March 31st, 2009, over a year before the

17:28:12  1    *Deepwater Horizon* tragedy, correct?

17:28:13  2    A.  Yes.

17:28:13  3    Q.  While I am on this page, I would like to go up to the first

17:28:18  4    paragraph, Carl.  Not the first one, this paragraph right here

17:28:22  5    (INDICATING), and address another subject.

17:28:28  6             First the question.  The upper annular was closed during

17:28:31  7    the negative pressure test, wasn't it?

17:28:34  8    A.  Yes.

17:28:34  9    Q.  And the upper annular leaked during the negative pressure test,

17:28:38 10    didn't it?

17:28:38 11    A.  Yes.

17:28:38 12    Q.  Did Transocean know that a leaking annular packer will manifest

17:28:44 13    itself by requiring steadily high pressures to affect a seal during

17:28:49 14    BOP tests, and is the first indication that it is worn or damaged

17:28:53 15    and should be changed a the earliest opportunity?

17:28:55 16    A.  Yes.

17:28:56 17    Q.  Did they require a higher pressure test to close and seal the

17:29:00 18    upper annular in the negative pressure test that took place on the

17:29:03 19    evening of April 20th?

17:29:04 20    A.  Yes, it did.

17:29:06 21    Q.  Should that should given Transocean, according to their own

17:29:10 22    rules, an indication that this component was worn or damaged?

17:29:14 23    A.  Yes.  Because if it's leaking it can cause erosion right

17:29:18 24    through the drill pipe, and then you'll connect the drill pipe to

17:29:21 25    the annular area which bypasses the only two elements that work

6911

17:29:24  1   down there which are the two VBRs.  They're rendered useless now

17:29:28  2   because the drill pipe is now connected to the annular area due to

17:29:32  3   eroding right through the drill pipe up at the upper annular.  So

17:29:36  4   every single element has been taken out.

17:29:37  5   Q.  Again, this is the same page that's dated March 31st, 2009,

17:29:42  6   over a year before the deep water tragedy, or the *Horizon* tragedy?

17:29:47  7   A.  Correct.

17:29:47  8   Q.  TREX 4423.1 -- sorry should be I think it's .01.  4423, let's

17:30:06  9   go to the top of it and figure out what this is.  This is actually

17:30:09  10  from Michael Byrd.  Mr. Byrd was with Vastar and later with BP,

17:30:16  11  correct?

17:30:16  12  A.  Yes.

17:30:16  13  Q.  And Mr. Byrd is actually being asked a question down here:

17:30:23  14  "Can we close the shear rams with ROV over-ride without further

17:30:27  15  damage to the BOP at 100, 200 and 300 BPD flow rate?"  And he says,

17:30:35  16  no -- now, I am not here to talk about ROVs, I want to ask you

17:30:39  17  about -- have you read it?

17:30:42  18  A.  Yeah, I'm reading it.  Go ahead.

17:30:43  19  Q.  What I am here to talk about is, what's the date of this

17:30:46  20  e-mail?

17:30:47  21  A.  2001.

17:30:48  22  Q.  All right.  So BP 's e-mail in 2001 is asking what happens if

17:30:55  23  we have flow when we're trying to close the blind shear rams,

17:31:00  24  correct?

17:31:00  25  A.  Yes.

17:31:01  1   Q.  And Mr. Byrd's answer was:  "Closing the shear rams at any of
17:31:06  2   the above flow rates will probably cause them to wash out.  One has
17:31:10  3   to assume that given that rate, there is a lot of sand being
17:31:13  4   transported as well which only accelerates the erosion process."
17:31:19  5   Correct?
17:31:19  6   A.  Yes.  So not only during a blowout but even after the rig a
17:31:24  7   sunk you still should have cut the CSR first and then the BSR, it
17:31:29  8   just was crazy.
17:31:30  9   Q.  Well, let's go now and see what BP -- this is a BP document,
17:31:36 10   correct?
17:31:37 11   A.  Yes.
17:31:37 12   Q.  Let's go down and see, go down further to paragraph F, Carl,
17:31:42 13   which I believe is here (INDICATING).  "There is a significant
17:31:47 14   chance the blind shear rams will be washed prior to sealing.  The
17:31:54 15   safest scenario," would you please read it for the court.
17:31:56 16   A.  "This is a significant chance the blind shear rams would be
17:31:59 17   washed prior to sealing.  The safest scenario may be to close the
17:32:04 18   top casing super shears first to reduce the flow rate then close
17:32:10 19   the blind shears."
17:32:11 20   Q.  All right.  So did BP have actual knowledge that closing the
17:32:17 21   CSRs first and closing the BSRs behind it would be a safer
17:32:21 22   alternative if you want to prevent erosion in a blowout flow
17:32:26 23   situation?
17:32:26 24   A.  Yes.  Not only does it close the flow down in the whole entire
17:32:32 25   well, it pushes the pipe to the center so the blind shear ram can

17:32:36  1  work; and second, it equalizes the pressure because it cuts the
17:32:40  2  drill pipe.  The pressure in the drill pipe is the same as the
17:32:43  3  annular area now, and so you're not cutting into a high pressure
17:32:46  4  hose.  So it does all three of those things.
17:32:49  5  Q.  Have you read the other expert reports regarding the blowout
17:32:55  6  preventer issues in the case?
17:32:56  7  A.  Yes.
17:32:57  8  Q.  And BP and Transocean and Cameron experts all have postulated
17:33:03  9  that, in fact, the VBRs sealed the wellbore at approximately 21:47,
17:33:10 10  a couple of minutes before the explosion.
17:33:12 11  A.  Yes.
17:33:13 12  Q.  Right?
17:33:13 13  A.  Yes.
17:33:14 14  Q.  If the VBR sealed the well at 21:47, they would have sealed the
17:33:19 15  well at 21:41, wouldn't they?
17:33:22 16  A.  Yes.
17:33:22 17  Q.  If they sealed the well at 21:47 they would have sealed the
17:33:27 18  well at 21:31, wouldn't they?
17:33:30 19  A.  Yes.
17:33:30 20  Q.  But BP and Transocean did not have a policy to close the VBRs
17:33:35 21  first in an emergency, correct?
17:33:38 22  A.  Correct.  And further, in erosive service you should never ever
17:33:44 23  close a single valve, you'll end up sequentially eroding out one
17:33:49 24  after another after another.  You have to get on at least two
17:33:51 25  valves immediately.  This is not just deep water, this is in

6914

17:33:54  1    refinery service, any service.  That's erosive.

17:33:58  2    Q.  Because -- and I think the court's already seen these documents

17:34:02  3    from BP's Well Control Manual and from Transocean's Well Control

17:34:05  4    Manual so I am not going to pull them up, but their policy was to

17:34:09  5    close the annular first and not close the VBR first, correct?

17:34:13  6    A.  That's a big mistake, yes.

17:34:15  7    Q.  Because for reasons you've already said the VBR has more

17:34:20  8    capacities, higher rated, right?

17:34:22  9    A.  Right.

17:34:23  10   Q.  And --

17:34:23  11   A.  And if you erode through the drill pipe at the upper annular,

17:34:27  12   you've now bypassed the VBRs, they do nothing.

17:34:31  13   Q.  I'm glad you brought that point up, explain it to the court.

17:34:35  14   If that fancy piece of pipe -- that's not out here now, but did you

17:34:38  15   see the fancy blue piece of pipe?

17:34:39  16   A.  I've seen it.

17:34:40  17   Q.  And Transocean says there was erosion right there at the tool

17:34:43  18   joint on that drill pipe because when the upper annular's closed

17:34:47  19   the flow increased because the closing area got smaller?

17:34:50  20   A.  Yes.

17:34:50  21   Q.  When that happens, when you get a hole in that drill pipe at

17:34:54  22   the upper annular, how effective will the VBRs be in preventing gas

17:35:01  23   from getting to the rig floor?

17:35:03  24   A.  Not at all.

17:35:03  25   Q.  Why?

17:35:04  1    A.  You've now allowed the flow to go through the drill pipe, past

17:35:07  2    the VBRs, then back into the annular space of the riser and up to

17:35:12  3    the rig.  So even if the drill pipe is sealed off at the top up at

17:35:16  4    the rig by what they call an internal BOP, it still can get to the

17:35:20  5    rig because now it has access back to the annular area above the

17:35:24  6    BOP.  Just right at the top of the upper annular.

17:35:28  7    Q.  Once it gets in the riser above the BOP, nothing is stopping it

17:35:32  8    from getting into the rig floor, correct, except the diverter?

17:35:36  9    A.  Well, you're supposed to go out the overboard lines in proper

17:35:40 10    operation, if they had done it that wouldn't have happened.

17:35:42 11             MR. DOYEN:  Your Honor, this is outside the scope of the

17:35:45 12    report.

17:35:45 13             MR. WILLIAMSON:  I'll rephrase.

17:35:47 14             MR. DOYEN:  I'd move to strike that last part.

17:35:51 15             THE COURT:  All right.  Sustained.

17:35:51 16    BY MR. WILLIAMSON:

17:35:53 17    Q.  One last question.  The ratings that Cameron has put upon their

17:35:58 18    BOP equipment are based upon static testing, correct?

17:36:01 19    A.  Sure.

17:36:02 20    Q.  And static testing means -- and I am not going to use these

17:36:07 21    because I think the court knows by now what we're doing -- you

17:36:10 22    close the rams, get a seal, and then you pressure up, right?

17:36:13 23    A.  Sure.

17:36:14 24    Q.  Do those ratings tell you what the blowout preventer is going

17:36:21 25    to do, how it's going to perform under flow pressures when you're

17:36:25  1    already flowing as you're trying to close the BOP?

17:36:28  2    A.  Well, of course not.  You have a situation here where the

17:36:33  3    annulars aren't rated to 10,000 -- not even to MASP, and so a chain

17:36:39  4    is only as strong as its weakest link.  If your go-to device for

17:36:43  5    well control is below MASP and will cause erosion, which will

17:36:47  6    bypass the only high pressure sealers you have, no, the effective

17:36:52  7    rating is much less than MASP.

17:36:56  8    Q.  Given the fact that -- did everyone in the industry know that

17:37:00  9    Cameron's BOP ratings were static tests?

17:37:03 10    A.  Yes.

17:37:05 11    Q.  Given that they're static tests and not dynamic tests, how does

17:37:09 12    that play into your opinion about the need for a safety margin?

17:37:13 13    A.  You always need a higher safety margin whenever there's

17:37:18 14    dynamics of any type involved, whether it's physical loads or loads

17:37:21 15    due to flowing pressure.

17:37:23 16            MR. WILLIAMSON:  Pass the witness.

17:37:29 17            THE COURT:  United States.

17:37:31 18            MS. McCLELLAN:  No questions, your Honor.

17:37:32 19            THE COURT:  Alabama.

17:37:33 20            MR. MAZE:  No questions, your Honor.

17:37:35 21            THE COURT:  Louisiana.

17:37:36 22            MR. KANNER:  Thank you, no questions, your Honor.

17:37:38 23            THE COURT:  Transocean.

17:37:45 24            MR. DOYEN:  Your Honor, we scurried a little bit to take

17:37:48 25    this witness out of order, and I wonder if I can indulge the court

17:37:53   1   for five minutes to set up the stuff that I need to do this

17:37:57   2   examination?

17:37:57   3           THE COURT:  Take five minutes to set it up?

17:37:59   4           MR. DOYEN:  It won't take very long.  I just hate to do

17:38:03   5   is it while everyone is sitting around.  It's up to you, your

17:38:06   6   Honor.

17:38:06   7           THE COURT:  I just prefer to keep going.

17:38:08   8           MR. DOYEN:  I'll be quick.

17:38:40   9           THE COURT:  Okay.  Can you get an assistant from your

17:38:44  10   team to help you with that?

17:38:44  11           MR. DOYEN:  No, it will just take me a second.

17:38:46  12           THE COURT:  Nobody is volunteering.

17:38:49  13           MR. BRIAN:  He doesn't let us touch that stuff, your

17:38:52  14   Honor.

17:39:20  15                   CROSS-EXAMINATION

17:39:20  16   BY MR. DOYEN:

17:39:45  17   Q.  Dr. Stevick, Mike Doyen here for Transocean on

17:39:50  18   cross-examination, I do get to ask leading questions.

17:39:54  19   A.  Thank you.

17:39:55  20   Q.  Dr. Stevick, we went pretty briefly over some of your

17:40:04  21   qualifications earlier, and I just want to highlight a couple of

17:40:06  22   things at the risk of some small amount of repetition.

17:40:09  23   A.  Sure.

17:40:10  24   Q.  You have had quite a bit of experience in analyzing buckling

17:40:15  25   pipe, haven't you?

17:40:15  1   A.  Yes.

17:40:16  2   Q.  In fact, there is buckling in a wide range of applications,

17:40:20  3   right?

17:40:20  4   A.  Yes.

17:40:20  5   Q.  Pipe, underground pipe?

17:40:22  6   A.  Underground pipe, the Trans-Alaska pipeline, the main part, the

17:40:29  7   four-foot diameter that's 1,000 miles long, not the gathering part

17:40:33  8   that BP had trouble with.

17:40:34  9   Q.  And you've done drill pipe in wells as well for Chevron?

17:40:37  10  A.  Yes.

17:40:38  11  Q.  You've done fair to say buckling calculations many times,

17:40:41  12  haven't you?

17:40:41  13  A.  Yes.

17:40:42  14  Q.  I think you said you provided math models to Cameron -- sorry,

17:40:49  15  not to Cameron, to Chevron so that they could figure out their own

17:40:53  16  buckling calculations, correct?

17:40:54  17  A.  Yes.  We were expected to help the field engineers when they

17:40:57  18  had technically difficult problems, and set up models, if we could,

17:41:00  19  to they could take over whatever the issue was.

17:41:02  20  Q.  Let me ask to put up 61123.29.1.  Expert report.  I think what

17:41:29  21  we had up earlier when counsel for Halliburton were first examining

17:41:34  22  you as your amended rebuttal report.

17:41:37  23  A.  Yes.

17:41:37  24  Q.  On the same date you submitted an amended report, correct?

17:41:41  25  A.  Yes.

17:41:41  1    Q.  Both the report and the rebuttal report?

17:41:44  2    A.  Yes.

17:41:44  3    Q.  Both amended and then signed on January 17th, 2012, right?

17:41:49  4    A.  Yes.

17:41:49  5    Q.  And I am only going to refer to those, and when I refer to the

17:41:53  6    report I am talking about your amended one; if I talk about your

17:41:57  7    rebuttal, I am talking about your amended rebuttal.  Fair enough?

17:42:01  8    A.  Fair enough.

17:42:02  9    Q.  And, in fact, both of these reports from you were the last BOP

17:42:06 10    expert reports received in the case, weren't they?

17:42:08 11    A.  Yes.

17:42:09 12    Q.  Nobody else came in after that?

17:42:11 13    A.  Well, I don't know that.

17:42:12 14    Q.  Yours were a couple of months after all of others had come in

17:42:15 15    and your first ones had come in, correct?

17:42:17 16    A.  I'll take your word for it.

17:42:18 17    Q.  And it was after the completion of all of the DNV testing,

17:42:22 18    which had been done back in the middle of 2011?

17:42:25 19    A.  Yes.

17:42:26 20    Q.  Let's pull up 61123.28.1.  This is from page 28 from your

17:42:49 21    report, Dr. Stevick.  You say:  "As discussed above, there is

17:42:54 22    evidence that suggests that AMF/Deadman function did not activate

17:42:59 23    the BSR, but the overall evidence is inconclusive on this point."

17:43:04 24    Did I read that correctly?

17:43:05 25    A.  Yes.

17:43:06   1   Q.  And then the next sentence say, "There is also evidence that
17:43:09   2   suggests the AMF/Deadman may have activated the BSR."  I did read
17:43:17   3   that correctly?
17:43:17   4   A.  You did.
17:43:18   5   Q.  And we're talking about blind shear rams when we say BSR,
17:43:21   6   correct?
17:43:21   7   A.  Correct.
17:43:21   8   Q.  And the AMF, when we talk about the AMF function we're talking
17:43:24   9   about the circumstances that came into being shortly after the
17:43:29  10   explosion on the evening of April the 20th, correct?
17:43:30  11   A.  Well, we don't know how shortly.  The electrical lines probably
17:43:34  12   right away; hydraulic lines, I've investigated hundreds of fires in
17:43:39  13   explosions, hydraulic lines don't always break right away.  They
17:43:43  14   may have lasted until the riser fell, we just don't know.
17:43:45  15   Q.  I was making a somewhat cruder point in time, I was
17:43:49  16   distinguishing the auto shear which happened on the 22nd of April
17:43:52  17   and the AMF conditions which would have been sometime after the
17:43:55  18   explosion on the 20th, right?
17:43:57  19   A.  Possibly.
17:43:57  20   Q.  You identified in your report a number of possible things that
17:44:10  21   can cause pipe to be off to the side inside the wellbore?
17:44:14  22   A.  Yes.
17:44:14  23   Q.  Do you recall that?
17:44:15  24   A.  I do.
17:44:15  25   Q.  Let's look at 61123.16.1, again from your report.  And you

6921

17:44:25  1   state:  Of all of the potential causes -- sorry, I didn't read that

17:44:29  2   correctly.  "Of the potential causes, elastic buckling is the most

17:44:33  3   likely to have forced the drill pipe off-center."  Did I read that

17:44:36  4   correctly?

17:44:36  5   A.  Yes.

17:44:36  6   Q.  Let's put up D-6746, please.  There are really four experts

17:44:48  7   that speak to the question of when, when did the blind shear rams

17:44:53  8   activate and talk about why is the pipe off to the side.  And we

17:44:56  9   have on the one side here Mr. Childs, you read his report, right?

17:45:00 10   A.  Yes.

17:45:00 11   Q.  And Dr. Stevick, indicating that there's a force from below,

17:45:05 12   the blow of the well causing buckling of the pipe.  And then we

17:45:10 13   have Dr. Davis who says the rig drifted after the explosion and

17:45:14 14   held the pipe to the side, not at the time of the AMF but at the

17:45:19 15   time of the 22nd, the time of auto shear.  And we have Mr. Shanks

17:45:24 16   theory that the traveling block fell and then held the pipe off to

17:45:28 17   the side till the 22nd at the time of the auto shear.

17:45:32 18           You're familiar broadly with those four positions,

17:45:35 19   correct?

17:45:35 20   A.  Sure.  Any of them could have caused the buckling and that's

17:45:40 21   why you have to be ready for off-center pipe.

17:45:43 22   Q.  Understood.  That's a design question.  I am focussing in now

17:45:47 23   on what you believe actually happened, and you believe the physical

17:45:51 24   evidence, based on the physical evidence we can eliminate the rig

17:45:54 25   drift and the traveling block theories as to the explanation of why

6922

17:45:59 1   the pipe is off-center, correct?

17:46:02 2   A.  In this case.

17:46:02 3   Q.  In this case.  That's what we're talking about right now, I am

17:46:06 4   I am not talking about how he design this for all case, I am

17:46:09 5   talking about what happened at Macondo.  Correct?

17:46:11 6   A.  Yes.

17:46:12 7   Q.  And you've reviewed the physical evidence, correct?

17:46:13 8   A.  Yes.

17:46:14 9   Q.  And you've reviewed the laser scans of the physical evidence?

17:46:16 10   A.  Carefully, yes.

17:46:17 11   Q.  Based on that evidence, you believe the theories about rig

17:46:21 12   drift and traveling block as an explanation for what pushed this

17:46:25 13   particular piece of pipe to the side of this particular BOP, those

17:46:30 14   theories are eliminated by the physical evidence, correct?

17:46:34 15   A.  Yes.  It's clear the traveling block was observed to fall at

17:46:37 16   roughly 10:20 the night of the incident.

17:46:43 17   Q.  Okay.

17:46:44 18   A.  And that caused a buckling of the pipe above the upper annular

17:46:49 19   and it smashed the end of the drill pipe into the upper annular.

17:46:53 20   Q.  I am going to come back to that in a few minutes with some

17:46:57 21   pieces of pipe that I think will help us see what you're actually

17:46:59 22   saying there.

17:47:00 23           Let me talk for a couple of minutes here about your

17:47:03 24   explanation of why the pipe's offside, which is the flow of the

17:47:06 25   well, correct?

6923

17:47:07  1   A.   Yes.

17:47:07  2   Q.   Now let's put up your amended report -- I'm sorry, your amended

17:47:12  3   rebuttal report, 61124.15.1.   And you indicate that "the buckling

17:47:28  4   of the drill string probably began upon closure of the upper

17:47:32  5   annular"?

17:47:32  6   A.   Yes.

17:47:33  7   Q.   And I think you indicated just a few minutes ago that you

17:47:35  8   understand the crew closes the VBRs, the variable bore rams at

17:47:41  9   about 21:47, correct?

17:47:42 10   A.   Right.

17:47:42 11   Q.   And the annulars are believed to be closed sometime in the

17:47:45 12   21:43 time frame, correct?

17:47:47 13   A.   It would almost certainly be off-centered.

17:47:49 14   Q.   At that time?

17:47:50 15   A.   Well, off-center.   I am not sure we can say it's buckled at

17:47:54 16   that time.

17:47:54 17   Q.   Well, in your report you say the buckling of the drill string

17:47:58 18   probably began upon the closure of the upper annular, correct?

17:48:02 19   A.   Correct.

17:48:02 20   Q.   And I am just trying to identify the time we're talking about,

17:48:06 21   closing of the upper annular is something you believe occurred in

17:48:10 22   the 21:43 time frame, correct?

17:48:12 23   A.   Or maybe a little earlier.

17:48:13 24   Q.   A few minutes before the closing of the VBRs?

17:48:15 25   A.   That's correct.

6924

17:48:16  1   Q.  And a few minutes before the explosion?

17:48:18  2   A.  Correct.

17:48:18  3   Q.  In those conditions, if the pipe's already buckled by the time

17:48:27  4   the crew closes the annular and closes the VBR, then even if the

17:48:34  5   AMF functions perfectly, it cannot cut the pipe and seal the well

17:48:38  6   at that time, correct?

17:48:39  7   A.  Right, because the CSR doesn't go first.

17:48:42  8   Q.  The blind shear ram acting alone in those circumstances cannot

17:48:47  9   cut and shear -- cannot cut the pipe and seal the well, correct?

17:48:52  10  A.  Correct.  But let me just correct this.  I would say it's

17:48:56  11  off-center at the time of the VBR shutting, and it probably buckles

17:49:00  12  as -- or excuse me, as the annular is shutting.  It probably

17:49:02  13  buckles as VBRs are shutting.

17:49:04  14  Q.  I am going to take you through that.

17:49:06  15  A.  That's the order of how it actually happened.

17:49:08  16  Q.  I am going to walk through those in a few minutes just as you

17:49:12  17  do in your report.

17:49:13  18  A.  Sure.  No problem.

17:49:14  19  Q.  Let's look at TREX 61124.15.2, just looking a little bit

17:49:24  20  further down the same page.  This is just the language we were

17:49:30  21  looking at a minute ago, you said the buckling of the drill string

17:49:34  22  probably began upon closure of the upper annular.  Then you talk

17:49:38  23  about the VBRs, but you come back to the annular in the highlighted

17:49:43  24  space below that.  So I am going to jump down to that and I am

17:49:47  25  going to come back to the VBRs.  Are you with me so far?

17:49:50  1    A.  Yes.

17:49:50  2    Q.  So going down to the next highlighted segment there.  You say:

17:49:52  3    "As the upper annular is closed, the velocity up the drill string

17:49:57  4    dramatically increased.  This is evidenced by the drop in the hook

17:50:00  5    load of approximately 60,000 pounds (and a corresponding increase

17:50:04  6    in upward force on the drill string)."  Did I read that correctly?

17:50:08  7    A.  Absolutely.

17:50:09  8    Q.  I want to make sure we understand what we're talking about,

17:50:12  9    because I didn't the first time I heard this.  What's the hook load

17:50:16 10    and why does a decrease in the hook load tell us something?  So I

17:50:20 11    have a demonstrative for that.  I'm sorry it's a little silly, but

17:50:25 12    let me put up D-6750.

17:50:28 13         So this is a hook load I grew up with, I know we don't do

17:50:32 14    it in the vegetable department like this anymore.  But what we're

17:50:36 15    talking about literally on the drill string is we have this drill

17:50:39 16    string three miles long, a mile long, whatever it is that

17:50:48 17    particular night, hanging from the top, right?

17:50:48 18    A.  Yes.

17:50:48 19    Q.  And we have a weight gauge up there that tells us how much does

17:50:50 20    that drill string weigh, correct?

17:50:52 21    A.  Correct.

17:50:52 22    Q.  That is what everyone means when they say the hook load is how

17:50:56 23    much we see on that gauge which is the weight of the drill string

17:50:59 24    hanging down below, correct?

17:51:00 25    A.  Correct.

6926

17:51:01 1    Q.  And if I were to push up on this -- you know in the legal cases

17:51:06 2    what usually happens is people put their finger on the scale and

17:51:11 3    push down, which could cause a reading that looks heavier than it

17:51:14 4    really is without actually adding more tomatoes to the scale.  But

17:51:18 5    here, if we push up, the tomatoes don't weigh any less but the

17:51:23 6    gauge is going to go down, correct?

17:51:25 7    A.  Correct.

17:51:26 8    Q.  And in the grocery department, the grocer or one of those kids

17:51:28 9    or something, they take that hose they always has and starts

17:51:31 10   spraying that underneath hitting the bottom of that pan with that

17:51:35 11   hose all of the water, that will reduce the weight on the load at

17:51:39 12   the top, right?  The upward force of that stream of fluid will

17:51:42 13   reduce the weight that's being registered on the hook load,

17:51:46 14   correct?

17:51:46 15   A.  Absolutely.

17:51:47 16   Q.  And that's what you observed in the Sperry data happened that

17:51:50 17   night, correct?

17:51:50 18   A.  Yes.

17:51:51 19   Q.  Let's look at the Sperry data.  68 -- I think that is D-6683,

17:51:58 20   please.  The decrease in the hook load that you're talking about is

17:52:09 21   this what looks here like an orange line, brown line, I can't quite

17:52:14 22   tell, it's identified in the chart as hook load, do you see that?

17:52:17 23   A.  Yes.

17:52:17 24   Q.  And then right around 21:42, 43, I am not sure exactly where it

17:52:22 25   is in the line there, that hook load which is registering

6927

17:52:25  1  390,000 pounds, right, drops quite dramatically, correct, over the

17:52:31  2  next several minutes?

17:52:31  3  A.  Yes.

17:52:32  4  Q.  Dropping 60,000 pounds in weight, correct?

17:52:35  5  A.  Well, about 50 is more right.

17:52:37  6  Q.  All right.  50 to 60,000 pounds?

17:52:40  7  A.  If you look at it closely.

17:52:41  8  Q.  Okay.  I can't quite tell where we are at the end here,

17:52:46  9  50,000 pounds, that is the force -- that is a reflection --

17:52:49 10  A.  Fifty, 60, yes.

17:52:50 11  Q.  -- that is a reflection of the force of the flow lifting up the

17:52:53 12  pipe, correct?

17:52:54 13  A.  Yes.

17:52:54 14  Q.  And it's confirmation in your view of your explanation for why

17:52:59 15  this pipe is offside, it's experiencing this extraordinarily large

17:53:04 16  force with the force of this blowout literally lifting up the pipe,

17:53:07 17  correct?

17:53:08 18  A.  Yes.

17:53:08 19  Q.  In fact, you strongly believe that while the annular was

17:53:14 20  closing the force of this blowout is lifting the tool joint up into

17:53:19 21  the annular, correct?

17:53:21 22  A.  Yes.

17:53:28 23       MR. DOYEN:  Your Honor, if I can just use my

17:53:29 24  demonstrative over here.

17:53:32 25  BY MR DOYEN:

OFFICIAL TRANSCRIPT

6928

17:53:33  1    Q.  Have you been here before when we've been using these

17:53:35  2    demonstratives?  You understand these are created from laser scans

17:53:40  3    and 3-D printers?

17:53:41  4    A.  We use that in our lab.

17:53:42  5    Q.  I am going to get one of these 3-D printers at home when we're

17:53:45  6    all done with this.

17:53:45  7         THE COURT:  You're going to have to move the microphone

17:53:48  8    if you're going to turn that way so we can hear you.

17:53:52  9         THE WITNESS:  Thank you, your Honor.

17:53:53  10   BY MR. DOYEN:

17:53:54  11   Q.  So what happens, your contention is the annular closes around

17:54:02  12   here, right, we can see that clear evidence, this is where the

17:54:04  13   elastomeric elements, the main body of them are here coming down to

17:54:08  14   where this lower erosion point is, right, and the part that's

17:54:11  15   eroded as the stream is directed inward to come inside this rubber

17:54:16  16   annular, right?

17:54:16  17   A.  Yes.

17:54:16  18   Q.  And then where it exits the annular causes extreme erosion here

17:54:21  19   at the top, right?

17:54:22  20   A.  Yes.

17:54:22  21   Q.  And your conclusion is from the data you've looked at and the

17:54:25  22   forensic evidence, that the force of this well lifted this up as

17:54:30  23   the annulars were closing.  If that didn't happen, the annular

17:54:34  24   would have closed around the pipe here, probably made a better

17:54:37  25   seal, correct, instead of being around two different surfaces, but

OFFICIAL TRANSCRIPT

6929

17:54:41  1   the tool joint here got pushed up in the annular so that the

17:54:44  2   annular closes partially around the tool joint and partially around

17:54:49  3   a narrower surface, correct?

17:54:51  4   A.  Correct.

17:54:51  5   Q.  And that's as a result of the lifting flow that you're talking

17:54:54  6   about?

17:54:54  7   A.  Yes.

17:54:55  8   Q.  I am going to lay this back down before I hurt myself.

17:55:00  9   A.  And that's also why the VBRs are bypassed because you now

17:55:04 10   connect the end of that pipe with the annular space.

17:55:06 11   Q.  I was going to come do that later, but since you mentioned that

17:55:11 12   right here I'll go ahead and talk about that right now.

17:55:12 13   A.  You bet.

17:55:13 14   Q.  As a result of this extensive erosion up here -- let me back up

17:55:17 15   for one second.

17:55:17 16          The closing of the annular around here and then this very

17:55:21 17   high velocity stream of hydrocarbons coming through this, causes

17:55:26 18   erosion extremely quickly, doesn't it?

17:55:28 19   A.  Yes.

17:55:28 20   Q.  You believe this pipe eroded and then broke and this upper edge

17:55:33 21   here pulled apart within minutes of the explosion, right?

17:55:36 22   A.  Right.  Which is why you have to change your annular elements

17:55:39 23   any time you have signs of stripping through or damage or wear.

17:55:43 24   Q.  Understood.  I am just focussing on timing of events right now,

17:55:47 25   what happened that night, not on the design issues yet.

17:55:50  1          Within minutes of the explosion, within minutes of the

17:55:52  2    closing of the annular and getting locked here in the tool joint,

17:55:56  3    this pipe would be eaten away and it would break apart, correct?

17:56:00  4    A.  Yes.

17:56:00  5    Q.  Let's go back to what you were talking about before, we were

17:56:30  6    talking about what's happening when the VBRs close and the buckling

17:56:34  7    of the pipe, right?

17:56:34  8    A.  Sure.

17:56:35  9    Q.  So we are moving past the closing of the annular time frame

17:56:38 10    around 21:42 or so.

17:56:40 11    A.  Sure.

17:56:41 12    Q.  I am not trying to be precise, just a rough time estimate

17:56:44 13    there.  And then what's going on over the next few minutes leading

17:56:48 14    up to the closing of the variable bar rams.  Can you put up

17:56:53 15    61124.16.1.

17:56:53 16          So here you're talking about what's happening with the

17:56:58 17    drill pipe at the time of the variable bore ram closure, correct?

17:57:02 18    A.  Correct.

17:57:02 19    Q.  You know the VBRs cannot close instantly either, "Prior to

17:57:07 20    their complete closure, the drill string is already in its buckled

17:57:11 21    state forced to a position near the bore wall (kill side)," as it

17:57:17 22    happens, "in the BSR."  Did I read that correctly?

17:57:21 23    A.  Yes.

17:57:21 24    Q.  At this time, you go on to make another sentence:  "At this

17:57:26 25    time, even if friction were present between the VBR and the drill

6931

17:57:30  1   pipe, that friction would only act to hold the drill pipe in the

17:57:34  2   buckled state even if the axial loads were to change."  Did I read

17:57:38  3   that correctly?

17:57:39  4   A.  Yes.

17:57:39  5   Q.  Let me just grab one of my models of piping here.  What you're

17:57:47  6   saying here is I've got this pipe caught in the annular, correct,

17:57:51  7   tool joint stuck in the annular?

17:57:53  8   A.  Yes.

17:57:53  9   Q.  And the flow -- the well continues to flow and it's pushing the

17:57:58 10   pipe off to the side, kill side here (INDICATING).  And as the VBR

17:58:03 11   is closed, it's already in its buckled state, and even if there's

17:58:06 12   friction here so it's hard to move down, the effect of that is just

17:58:09 13   to lock this buckled piece of pipe into its buckled position,

17:58:13 14   correct (DEMONSTRATING)?

17:58:13 15   A.  Yes.  If it's not completely buckled at that point it will be

17:58:17 16   because of two effects:  Buckling due to internal pressure and

17:58:22 17   pressure pushing on the end of the metal at the bottom of the pipe.

17:58:25 18   Those two effects will push it into a buckled state as the VBRs are

17:58:30 19   closing.

17:58:30 20   Q.  Maybe we'll go to our last demonstrative here just to show the

17:58:35 21   point you just made before we close here today.  Let's go back to

17:58:40 22   6683, the Sperry data that we were looking at.

17:58:46 23          So we see here stand pipe pressure and cement pressure

17:58:53 24   both reading similar measures at the time, correct, and we see them

17:58:57 25   come across the rig -- I'm sorry, across the chart here.  And then

OFFICIAL TRANSCRIPT

17:59:01  1    right around 9:47 both of them spike upward, correct, right along

17:59:07  2    this line here (INDICATING)?

17:59:08  3    A.  Right.  These are measured up at the rig and the max pressure

17:59:11  4    at the end is about 5,700 and change.

17:59:15  5    Q.  I think the experts are all in agreement that this is a

17:59:17  6    reflection of the variable bore rams closing and as a result of

17:59:22  7    closing creating a huge rise in pressure inside the drill pipe,

17:59:27  8    correct?

17:59:27  9    A.  Yes.

17:59:27 10    Q.  And that increase in drill pipe -- that increase in pressure

17:59:30 11    that you just talked about would further contribute to the buckling

17:59:34 12    of the pipe inside the BOP, correct?

17:59:37 13    A.  Well, not alone, that plus pressure pushing on the bottom of

17:59:41 14    the pipe, yes.

17:59:42 15    Q.  Understood.

17:59:42 16    A.  Yes.  And the flow that's still going by the annular -- or

17:59:45 17    excuse me, by the VBRs as they close.

17:59:50 18             MR. DOYEN:  Your Honor, is this a convenient point for a

17:59:53 19    break?

17:59:53 20             THE COURT:  All right, it's six o'clock.  Let's recess

17:59:55 21    until 8:00 A.M. in the morning.

17:59:59 22             THE WITNESS:  Yes, your Honor.

18:00:00 23             THE DEPUTY CLERK:  All rise.

18:00:02 24         (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)

         25                      *  *  *  *  *  *

```
 1
 2
 3                      REPORTER'S CERTIFICATE
 4
 5        I, Karen A. Ibos, CCR, Official Court Reporter, United
 6   States District Court, Eastern District of Louisiana, do hereby
 7   certify that the foregoing is a true and correct transcript, to the
 8   best of my ability and understanding, from the record of the
 9   proceedings in the above-entitled and numbered matter.
10
11
12                    _____
13                    Karen A. Ibos, CCR, RPR, CRR, RMR
14                    Official Court Reporter
15
16
17
18
19
20
21
22
23
24
25
```

OFFICIAL TRANSCRIPT

'

**'09** [1] - 6826:18

# 0

**0** [9] - 6791:21, 6792:3, 6792:5, 6792:13, 6792:15, 6792:22, 6792:24, 6795:2, 6795:4
**0.813** [1] - 6903:8
**01** [1] - 6911:8
**06** [1] - 6897:6
**08** [6] - 6774:18, 6774:24, 6781:3, 6794:7, 6794:12, 6842:25
**09** [9] - 6774:18, 6774:25, 6775:11, 6775:17, 6775:20, 6780:3, 6781:3, 6793:5, 6794:12

# 1

**1** [2] - 6851:12, 6896:13
**1,000** [1] - 6918:7
**1,400-degree** [1] - 6879:13
**1,400-degrees** [1] - 6879:12
**1.19** [1] - 6837:12
**1.3** [2] - 6891:23, 6904:23
**1.5** [2] - 6843:2, 6843:12
**1.799** [1] - 6844:15
**1.8** [1] - 6844:14
**1.9** [1] - 6833:22
**1.91** [2] - 6833:22, 6837:11
**1/2-inch** [2] - 6884:4, 6886:11
**1/31/2010** [3] - 6829:6, 6830:4, 6830:7
**10** [1] - 6889:3
**10,000** [6] - 6887:22, 6904:8, 6904:13, 6904:14, 6904:20, 6916:3
**10-MD-2179** [1] - 6761:8
**10.29** [1] - 6874:8
**100** [6] - 6807:3, 6815:15, 6842:25,

6863:6, 6891:23, 6911:15
**1000** [2] - 6765:21, 6766:19
**1001** [1] - 6765:15
**101** [1] - 6762:20
**10:00** [1] - 6864:23
**10:20** [1] - 6922:16
**11** [4] - 6832:18, 6842:24, 6850:18, 6859:12
**1100** [1] - 6765:12
**1110** [1] - 6765:24
**12** [10] - 6791:21, 6791:22, 6791:25, 6792:1, 6792:3, 6792:13, 6792:22, 6795:2, 6795:11, 6898:21
**1201** [2] - 6765:2, 6766:13
**1221** [1] - 6766:7
**1270** [1] - 6820:6
**12:30** [1] - 6863:10
**12th** [12] - 6791:14, 6791:19, 6832:17, 6833:11, 6834:9, 6835:13, 6836:9, 6836:25, 6837:5, 6841:15, 6842:4, 6859:1
**13** [2] - 6811:6, 6821:17
**1308** [1] - 6762:22
**1331** [1] - 6766:15
**135** [2] - 6797:7, 6799:17
**135-degrees** [1] - 6775:24
**13th** [7] - 6792:19, 6842:24, 6848:1, 6848:5, 6848:10, 6849:3
**14** [1] - 6909:15
**14.5** [5] - 6836:11, 6836:14, 6837:24, 6845:23, 6847:23
**14271** [1] - 6763:23
**1454** [1] - 6885:3
**1454.132** [1] - 6909:15
**14th** [2] - 6772:18, 6773:25
**15** [2] - 6848:15, 6879:6
**15.0** [1] - 6845:25
**15.9** [2] - 6837:14
**15th** [6] - 6786:25, 6787:4, 6857:13, 6857:17, 6857:22,

6872:23
**16** [2] - 6792:9, 6859:1
**16-inch** [2] - 6821:9, 6821:17
**16.5** [1] - 6840:2
**16.8** [1] - 6834:13
**1601** [1] - 6762:9
**1665** [1] - 6766:15
**168** [1] - 6836:18
**16th** [7] - 6833:20, 6833:25, 6841:16, 6842:1, 6842:14, 6903:18
**17** [2] - 6850:18, 6870:2
**17,300** [1] - 6865:19
**17.0** [1] - 6840:2
**17.6** [1] - 6834:13
**170** [1] - 6801:4
**1700** [1] - 6766:13
**176** [1] - 6836:18
**17th** [8] - 6835:22, 6843:20, 6843:22, 6849:21, 6850:14, 6850:19, 6859:1, 6919:3
**18** [1] - 6794:14
**18,050** [2] - 6862:5, 6862:12
**18,300** [2] - 6862:5, 6862:12
**18,360** [1] - 6798:12
**18-inch** [1] - 6868:6
**180** [1] - 6801:6
**185** [1] - 6800:14
**1885** [1] - 6764:14
**18th** [4] - 6850:19, 6856:4, 6856:5, 6862:4
**19** [2] - 6830:23, 6831:5
**19.5** [2] - 6904:2, 6904:13
**190** [1] - 6800:15
**1977** [1] - 6877:24
**1981** [2] - 6877:15, 6878:7
**19th** [2] - 6775:6, 6850:23
**1:00** [1] - 6864:22
**1st** [2] - 6841:22, 6841:25

# 2

**2** [2] - 6761:9, 6768:2
**2,000** [1] - 6842:25
**2.02** [1] - 6834:11

**2.11** [1] - 6834:11
**2.8** [1] - 6874:6
**20** [14] - 6761:6, 6761:20, 6829:2, 6830:9, 6830:10, 6830:15, 6831:4, 6831:7, 6831:9, 6832:19, 6832:20, 6870:25, 6892:1
**200** [3] - 6868:13, 6868:14, 6911:15
**2000** [2] - 6832:18, 6901:23, 6908:23
**20004** [1] - 6765:3
**2001** [4] - 6883:5, 6884:2, 6911:21, 6911:22
**20044** [3] - 6763:18, 6763:23, 6764:4
**2005** [5] - 6851:12, 6896:3, 6896:19, 6903:18, 6905:5
**2006** [1] - 6887:22
**2007** [1] - 6905:10
**2008** [2] - 6906:4, 6907:25
**2009** [10] - 6825:23, 6825:25, 6826:4, 6868:2, 6898:23, 6899:2, 6900:4, 6901:5, 6909:25, 6911:5
**2010** [27] - 6761:6, 6787:4, 6791:19, 6795:15, 6798:22, 6811:16, 6812:9, 6821:4, 6821:24, 6822:11, 6824:19, 6825:3, 6825:17, 6829:23, 6830:25, 6831:14, 6831:19, 6835:17, 6840:17, 6857:13, 6863:2, 6864:16, 6866:15, 6883:8, 6895:21, 6908:10, 6908:20
**2011** [1] - 6919:18
**2012** [2] - 6810:21, 6919:3
**2013** [2] - 6761:9, 6768:2
**20th** [7] - 6851:12, 6863:2, 6863:9, 6883:8, 6910:19, 6920:10, 6920:18
**21** [10] - 6786:5, 6786:10, 6786:16, 6786:23, 6859:13, 6859:15, 6873:9, 6873:12, 6873:15,

**2.11** [1] - 6834:11
**2.8** [1] - 6874:6
**20** [14] - 6761:6, 6761:20, 6829:2, 6830:9, 6830:10, 6830:15, 6831:4, 6831:7, 6831:9, 6832:19, 6832:20, 6870:25, 6892:1

**6874:4**
**21.9** [1] - 6903:24
**210** [9] - 6797:8, 6799:20, 6800:6, 6800:18, 6800:19, 6800:20, 6800:21, 6800:25, 6801:1
**210-degrees** [1] - 6775:25
**2133** [1] - 6824:17
**2133.239** [2] - 6824:16, 6824:23
**21789** [1] - 6898:23
**21789.1** [1] - 6898:15
**21:31** [1] - 6913:18
**21:41** [1] - 6913:15
**21:42** [2] - 6926:24, 6930:10
**21:43** [2] - 6923:12, 6923:22
**21:47** [4] - 6913:9, 6913:14, 6913:17, 6923:9
**21st** [2] - 6864:16, 6865:9
**22** [1] - 6858:1
**2211** [1] - 6765:24
**2216** [1] - 6763:7
**22ND** [1] - 6762:15
**22nd** [3] - 6920:16, 6921:15, 6921:17
**23451** [1] - 6762:15
**239** [1] - 6824:23
**24** [6] - 6791:25, 6792:1, 6792:5, 6792:15, 6792:24, 6795:4
**2460** [2] - 6829:7, 6829:24
**25** [2] - 6832:18, 6870:24
**250** [1] - 6862:12
**2580** [1] - 6858:3
**2580.1.1** [1] - 6787:1
**2580.2.1** [1] - 6857:9
**2615** [1] - 6762:12
**28** [1] - 6919:20
**287** [1] - 6779:10
**28th** [3] - 6821:4, 6822:11, 6822:24
**29** [1] - 6868:2
**2:10-CV-02771** [1] - 6761:12
**2:10-CV-4536** [1] - 6761:14

# 3

**3** [1] - 6847:24

**3,000** [4] - 6818:2, 6818:8, 6818:12, 6870:24
**3,516** [1] - 6904:19
**3-D** [2] - 6928:3, 6928:5
**30** [4] - 6866:10, 6866:20, 6866:21, 6867:3
**300** [2] - 6765:6, 6911:15
**3000** [1] - 6822:25
**3032** [1] - 6775:3
**3032.7.2** [1] - 6775:14
**3118.3.1** [1] - 6860:19
**31181.1** [1] - 6860:13
**31st** [2] - 6909:25, 6911:5
**32301** [1] - 6830:20
**33** [1] - 6896:13
**335** [1] - 6765:18
**3516** [1] - 6904:16
**3527** [1] - 6886:4
**35TH** [1] - 6765:18
**36** [1] - 6782:9
**36130** [1] - 6764:9
**36604** [1] - 6762:10
**3668** [1] - 6762:4
**37** [1] - 6780:23
**3700** [2] - 6765:12, 6765:15
**37037.5.2** [1] - 6844:18
**376** [1] - 6850:18
**390,000** [1] - 6927:1
**3rd** [1] - 6859:1

### 4

**4** [3] - 6805:25, 6806:5, 6857:15
**4,000** [5] - 6897:20, 6898:2, 6898:12, 6900:22, 6905:2
**4.1-003** [1] - 6777:13
**40** [1] - 6866:9, 6866:10, 6866:20, 6866:21, 6867:2
**4000** [1] - 6766:19
**402** [1] - 6762:15
**4073** [1] - 6889:25
**4114** [1] - 6890:18
**4115** [1] - 6892:13
**4289** [2] - 6829:7, 6829:25
**4290** [1] - 6812:11
**43** [1] - 6926:24

**4310** [1] - 6763:5
**4347** [1] - 6825:22
**435** [1] - 6762:20
**4350.1.1** [1] - 6781:14
**4381** [1] - 6826:11
**4423** [1] - 6911:8
**4423.1** [1] - 6911:8
**45** [2] - 6857:15, 6861:23
**450** [1] - 6763:12
**4500** [1] - 6766:7
**4686** [1] - 6830:2
**4687** [1] - 6841:1
**47996.3.1** [1] - 6865:14
**48** [5] - 6791:25, 6792:1, 6800:24, 6800:25, 6801:1
**48195.10.1** [1] - 6835:12
**48195.10.6** [1] - 6837:10
**48195.9.1** [1] - 6836:8
**48196.2.1** [1] - 6843:11
**48196.2.2** [1] - 6844:8
**482** [1] - 6840:6
**483** [1] - 6810:10

### 5

**5** [7] - 6846:4, 6846:9, 6846:18, 6884:4, 6886:11, 6904:13, 6907:11
**5,000** [8] - 6887:16, 6887:23, 6899:3, 6900:10, 6900:20, 6902:16, 6902:19, 6904:8
**5,700** [1] - 6932:4
**5-1/2** [1] - 6903:24
**5/8** [1] - 6905:1
**5/8-inch** [2] - 6821:17, 6886:1
**50** [3] - 6800:23, 6927:5, 6927:6
**50,000** [1] - 6927:9
**50.4** [1] - 6903:8
**500** [19] - 6762:4, 6764:8, 6766:22, 6790:8, 6790:10, 6790:12, 6790:15, 6866:3, 6866:6, 6866:11, 6866:20, 6867:3, 6867:9,

6867:11, 6867:19, 6867:23, 6868:15, 6868:22
**5000** [2] - 6764:24, 6898:19
**504** [1] - 6766:23
**5094** [1] - 6889:22
**5155.06** [1] - 6897:3
**5395** [1] - 6763:12
**5420.20.3** [1] - 6862:14
**546** [1] - 6766:3
**556** [1] - 6762:4
**5595.1** [1] - 6840:5
**5595.1.2** [1] - 6840:6
**589-7776** [1] - 6766:23
**5:45** [1] - 6863:2

### 6

**6** [3] - 6786:10, 6886:1, 6905:1
**6,000** [1] - 6875:11
**6-5/8** [1] - 6903:8
**6.625** [1] - 6900:14
**60** [2] - 6782:19, 6927:10
**60,000** [3] - 6925:5, 6927:4, 6927:6
**600** [3] - 6762:15, 6762:17, 6765:21
**601** [1] - 6762:12
**604** [1] - 6858:1
**605** [1] - 6858:1
**60654** [1] - 6765:6
**61123** [1] - 6881:6
**61123.16.1** [1] - 6920:25
**61123.28.1** [1] - 6919:20
**61123.29.1** [1] - 6918:20
**61124** [2] - 6876:16, 6881:7
**61124.15.1** [1] - 6923:3
**61124.15.2** [1] - 6924:19
**61124.16.1** [1] - 6930:15
**6169** [1] - 6884:10
**618** [1] - 6763:2
**6233** [1] - 6777:8
**63981** [1] - 6840:8
**6683** [1] - 6931:22
**6743** [1] - 6890:19
**6772/16** [1] - 6767:7
**6779/8** [1] - 6767:9

**6797** [1] - 6885:6
**68** [1] - 6926:19
**6803/15** [1] - 6767:11
**6870/16** [1] - 6767:13
**6876/6** [1] - 6767:17
**6882/14** [1] - 6767:19
**6895/11** [1] - 6767:21
**6900** [2] - 6875:13, 6875:14
**6917/16** [1] - 6767:23

### 7

**7** [2] - 6859:15, 6870:19
**7,500** [4] - 6884:4, 6884:21, 6886:15, 6886:18
**7.009.1** [1] - 6905:24
**7.5** [2] - 6886:17
**7/8-inch** [1] - 6821:21
**7009.09** [1] - 6906:16
**7009.1** [1] - 6905:24
**7009.10** [1] - 6907:8
**701** [2] - 6764:18, 6764:23
**70113** [1] - 6762:7
**70130** [6] - 6762:13, 6762:18, 6763:8, 6764:18, 6766:3, 6766:22
**70139** [1] - 6764:24
**70163** [1] - 6765:12
**702D** [1] - 6901:16
**70360** [1] - 6762:20
**70458** [1] - 6762:23
**7046.4** [1] - 6903:21
**70502** [2] - 6762:5, 6765:22
**7060** [1] - 6870:25
**708.1.4** [1] - 6862:24
**70801** [1] - 6763:3
**70804** [1] - 6764:15
**713.1.2** [1] - 6863:24
**734** [2] - 6855:4, 6855:22
**73909** [3] - 6844:20, 6844:24, 6850:24
**745.15.1** [1] - 6781:23
**7483.1.2** [1] - 6811:15
**7484.1.2** [1] - 6811:22
**7485.1.4** [1] - 6816:5
**7492.6.1** [1] - 6828:24
**7493.1.1** [1] - 6819:8

**752.1** [1] - 6796:24
**75270** [1] - 6766:13
**760** [1] - 6871:12
**7611** [1] - 6763:18
**7691** [1] - 6882:15
**77002** [2] - 6765:15, 6766:20
**77006** [1] - 6763:5
**77010** [2] - 6766:8, 6766:16
**77098** [1] - 6765:24
**7722.2.2** [1] - 6865:22
**786.4.1** [1] - 6868:9
**7872.2.1** [1] - 6851:15
**7876.1.1** [1] - 6867:25
**789** [1] - 6848:14
**7th** [8] - 6811:16, 6839:7, 6839:12, 6841:1, 6842:16, 6842:22, 6859:1, 6870:24
**7TH** [1] - 6763:12

### 8

**8,404** [1] - 6884:22
**8.33** [1] - 6834:16
**811522** [1] - 6865:24
**8169.2** [1] - 6883:25
**8169.4** [1] - 6888:2
**8169.5** [1] - 6888:13
**820** [1] - 6762:7
**8404** [3] - 6884:17, 6885:16, 6887:25
**89** [1] - 6858:3
**8:00** [1] - 6932:21

### 9

**9** [3] - 6780:22, 6821:21, 6898:23
**9-inch** [1] - 6788:15
**90071** [1] - 6765:19
**94005** [1] - 6764:15
**94102** [1] - 6763:13
**95** [2] - 6891:15, 6891:19
**97** [2] - 6891:15, 6891:19
**982.11.1** [1] - 6859:6
**984.2.1** [1] - 6792:17
**984.5.1** [1] - 6793:1
**99.999** [1] - 6891:25
**9:47** [1] - 6932:1
**9TH** [1] - 6762:17

# A

**A.M** [1] - 6932:21
**abandon** [1] - 6879:7
**Abbassian** [1] -
6886:16
**ability** [9] - 6779:19,
6782:8, 6782:12,
6782:16, 6805:18,
6818:23, 6837:22,
6906:21, 6933:8
**able** [6] - 6768:24,
6771:11, 6782:7,
6835:18, 6867:12,
6906:11
**above** [12] - 6860:10,
6861:20, 6899:15,
6900:4, 6900:5,
6904:5, 6912:2,
6915:5, 6915:7,
6919:21, 6922:18,
6933:9
**above-entitled** [1] -
6933:9
**ABRAMSON** [1] -
6762:11
**absolutely** [5] -
6896:22, 6901:22,
6908:22, 6925:7,
6926:15
**academic** [1] -
6900:15
**accelerates** [1] -
6912:4
**acceptable** [4] -
6845:19, 6846:4,
6846:10, 6846:19
**acceptance** [1] -
6882:20
**accepted** [2] -
6812:5, 6812:7
**access** [14] -
6805:17, 6812:24,
6813:2, 6813:4,
6813:9, 6813:20,
6815:11, 6826:25,
6827:1, 6827:6,
6827:9, 6828:6,
6832:11, 6915:5
**accident** [2] -
6785:17, 6785:21
**accommodate** [1] -
6805:1
**according** [2] -
6769:7, 6910:21
**account** [2] - 6817:9,
6846:5, 6855:8,
6856:11, 6867:15,
6867:23

**accounting** [2] -
6820:14, 6820:16
**accumulator** [5] -
6891:14, 6893:5,
6898:12, 6902:16,
6902:19
**accurate** [5] -
6773:12, 6789:5,
6820:16, 6852:13,
6863:16
**achieve** [13] -
6802:7, 6802:17,
6803:1, 6829:2,
6830:16, 6831:14,
6831:18, 6840:1,
6842:11, 6842:14,
6868:22, 6872:10,
6872:16
**achieved** [2] -
6790:11, 6838:12
**achieving** [2] -
6807:7, 6862:19
**across** [12] - 6810:6,
6810:14, 6811:13,
6811:19, 6811:23,
6834:9, 6841:3,
6870:22, 6871:1,
6891:4, 6931:25
**act** [1] - 6931:1
**acting** [1] - 6924:8
**ACTION** [1] - 6761:8
**activate** [3] - 6889:7,
6919:22, 6921:8
**activated** [3] -
6889:11, 6889:17,
6920:2
**activities** [1] -
6891:16
**activity** [1] - 6891:19
**actual** [10] - 6799:16,
6800:12, 6826:10,
6852:21, 6852:25,
6856:6, 6894:22,
6896:25, 6906:23,
6912:20
**actually** [49] -
6781:4, 6781:6,
6787:17, 6787:19,
6788:12, 6789:5,
6790:18, 6793:10,
6793:14, 6794:5,
6794:11, 6795:11,
6795:17, 6796:15,
6798:9, 6799:4,
6800:17, 6805:7,
6809:20, 6811:11,
6811:18, 6823:22,
6823:23, 6840:4,
6856:9, 6857:3,
6861:23, 6861:25,

**6880:5**, 6880:18,
6880:19, 6880:21,
6884:4, 6885:11,
6889:7, 6897:1,
6899:12, 6900:6,
6904:25, 6905:2,
6905:9, 6906:14,
6907:1, 6911:9,
6911:13, 6921:23,
6922:21, 6924:15,
6926:4
**actuations** [1] -
6896:14
**add** [3] - 6839:22,
6873:7, 6885:17
**added** [1] - 6855:5
**adding** [5] - 6789:7,
6873:2, 6873:8,
6893:5, 6926:4
**addition** [1] - 6872:3
**additional** [2] -
6783:4, 6785:10,
6789:13, 6789:20,
6821:1, 6822:13,
6823:17, 6873:15,
6901:25
**additive** [1] - 6855:3
**address** [3] - 6814:9,
6908:9, 6910:5
**addressed** [3] -
6819:9, 6846:24,
6905:4
**adds** [1] - 6864:5
**admitted** [3] -
6768:12, 6881:12,
6881:16
**advance** [2] -
6821:25, 6908:19
**Advantage** [1] -
6816:6
**adversely** [1] -
6907:20
**advertises** [1] -
6852:4
**advise** [4] - 6770:6,
6836:25, 6837:4,
6847:10
**advised** [2] -
6769:21, 6776:5
**advisers** [2] -
6815:5, 6817:9
**advisor** [8] -
6804:12, 6816:15,
6816:19, 6817:3,
6817:8, 6817:11,
6817:13, 6817:17
**advisors** [1] - 6815:7
**affect** [7] - 6782:6,
6782:13, 6782:14,
6782:16, 6788:9,

**6853:12**, 6910:13
**affected** [1] -
6907:20
**affirmatively** [1] -
6827:16
**after** [43] - 6768:22,
6769:8, 6769:9,
6769:14, 6772:8,
6773:17, 6774:7,
6774:12, 6785:17,
6785:21, 6786:22,
6795:7, 6833:3,
6835:11, 6836:24,
6837:6, 6840:13,
6841:21, 6842:5,
6849:15, 6850:15,
6863:9, 6863:18,
6866:10, 6866:21,
6867:2, 6868:6,
6878:25, 6891:10,
6901:5, 6901:23,
6902:3, 6902:14,
6912:6, 6913:24,
6919:12, 6919:14,
6919:17, 6920:9,
6920:17, 6921:13
**AFTERNOON** [1] -
6761:20
**afternoon** [11] -
6768:15, 6769:10,
6771:21, 6779:5,
6779:6, 6869:23,
6870:4, 6870:7,
6870:8, 6876:7,
6876:9
**again** [20] - 6790:20,
6792:22, 6793:23,
6796:1, 6796:18,
6834:23, 6840:1,
6841:25, 6842:5,
6849:12, 6861:21,
6872:13, 6882:4,
6884:8, 6885:14,
6900:10, 6901:12,
6904:22, 6911:5,
6920:25
**against** [3] - 6880:4,
6881:9, 6882:1
**ago** [6] - 6777:20,
6832:11, 6880:9,
6905:5, 6923:7,
6924:21
**agree** [19] - 6781:11,
6782:2, 6782:7,
6782:11, 6782:18,
6782:24, 6783:8,
6784:10, 6797:24,
6798:16, 6802:21,
6802:25, 6803:4,
6804:18, 6831:12,

**6856:13**, 6899:23,
6901:11, 6907:24
**agreed** [1] - 6848:9
**agreement** [3] -
6769:4, 6877:3,
6932:5
**ahead** [12] - 6798:6,
6821:10, 6821:15,
6831:3, 6862:10,
6864:11, 6870:11,
6873:2, 6875:19,
6900:18, 6911:18,
6929:12
**Air** [26] - 6808:24,
6809:4, 6818:2,
6818:8, 6818:12,
6822:12, 6822:25,
6823:9, 6823:15,
6828:7, 6829:16,
6830:8, 6830:9,
6830:13, 6830:21,
6830:25, 6831:2,
6831:5, 6831:6,
6831:7, 6831:10,
6831:15, 6831:20,
6832:18, 6839:19,
6870:24
**air** [3] - 6826:6,
6879:13, 6899:12
**AL** [4] - 6761:13,
6761:16, 6762:10,
6764:9
**Alabama** [3] -
6778:24, 6778:25,
6916:19
**ALABAMA** [2] -
6764:6
**Alaska** [1] - 6918:6
**ALEX** [1] - 6766:6
**all** [94] - 6769:3,
6770:10, 6770:18,
6771:6, 6772:11,
6773:11, 6778:24,
6780:8, 6782:16,
6785:4, 6786:18,
6788:12, 6794:4,
6799:1, 6799:13,
6800:23, 6801:20,
6803:11, 6804:17,
6808:20, 6809:8,
6811:5, 6813:7,
6815:25, 6819:21,
6819:23, 6821:8,
6823:18, 6825:5,
6826:23, 6827:10,
6827:13, 6827:16,
6830:9, 6832:17,
6833:14, 6838:16,
6843:21, 6845:6,
6845:7, 6845:15,

6854:25, 6856:15, 6856:19, 6858:21, 6859:3, 6861:12, 6863:12, 6863:14, 6864:2, 6864:21, 6865:11, 6869:5, 6869:17, 6870:9, 6871:1, 6874:21, 6874:23, 6875:17, 6877:11, 6878:4, 6880:1, 6880:16, 6888:5, 6888:16, 6889:16, 6891:1, 6891:15, 6891:19, 6894:7, 6895:8, 6895:25, 6899:10, 6900:12, 6900:25, 6901:9, 6904:6, 6909:3, 6911:22, 6912:20, 6913:4, 6913:8, 6914:24, 6915:15, 6919:14, 6919:17, 6921:1, 6922:4, 6926:11, 6927:6, 6928:6, 6932:5, 6932:20, 6932:23

**ALLAN** [1] - 6764:17
**allow** [1] - 6769:12
**allowable** [2] - 6880:10, 6880:11
**allowed** [1] - 6915:1
**allows** [1] - 6878:18
**alluded** [1] - 6771:21
**almost** [3] - 6782:9, 6892:24, 6923:13
**alone** [2] - 6924:8, 6932:13
**along** [7] - 6768:21, 6771:12, 6775:6, 6780:9, 6828:2, 6835:23, 6932:1
**already** [23] - 6789:7, 6803:21, 6824:3, 6839:20, 6841:15, 6841:24, 6853:17, 6853:23, 6875:6, 6883:17, 6884:22, 6885:14, 6888:19, 6894:10, 6895:13, 6897:18, 6901:14, 6914:2, 6914:7, 6916:1, 6924:3, 6930:20, 6931:11
**also** [54] - 6773:13, 6774:11, 6774:17, 6776:19, 6781:23, 6782:22, 6783:8, 6784:10, 6788:14, 6792:5, 6792:7,

6792:15, 6794:1, 6797:19, 6805:18, 6807:6, 6809:18, 6814:19, 6815:8, 6819:9, 6821:4, 6839:7, 6841:9, 6849:20, 6853:2, 6853:7, 6855:3, 6856:7, 6861:22, 6867:14, 6873:5, 6876:12, 6877:21, 6878:3, 6878:6, 6878:17, 6878:22, 6879:7, 6879:20, 6879:24, 6883:2, 6888:14, 6889:6, 6898:20, 6901:10, 6901:18, 6901:19, 6902:22, 6904:6, 6904:12, 6907:1, 6920:1, 6929:9
**Also** [1] - 6808:1
**alternative** [1] - 6912:22
**always** [10] - 6818:25, 6833:2, 6888:8, 6888:11, 6888:12, 6891:21, 6892:25, 6916:13, 6920:13, 6926:9
**ambient** [1] - 6904:7
**amended** [9] - 6876:23, 6877:2, 6918:22, 6918:24, 6919:3, 6919:6, 6919:7, 6923:2
**AMERICA** [3] - 6761:15, 6763:10, 6764:21
**American** [4] - 6824:18, 6824:21, 6825:13, 6880:8
**AMERICAN** [1] - 6762:12
**AMF** [5] - 6920:8, 6920:17, 6921:14, 6924:5
**AMF/Deadman** [2] - 6919:22, 6920:2
**among** [1] - 6870:19
**Among** [1] - 6802:13
**amount** [4] - 6782:2, 6782:17, 6820:15, 6917:22
**analysis** [4] - 6878:22, 6879:18, 6879:24, 6881:13
**analyzing** [1] - 6917:24
**AND** [3] - 6761:12,

6765:9, 6875:21
**Anderson** [3] - 6808:19, 6808:21, 6863:19
**ANDREW** [1] - 6765:4
**ANGELES** [1] - 6765:19
**announce** [1] - 6771:11
**announcement** [1] - 6869:23
**annular** [55] - 6883:22, 6883:24, 6884:1, 6884:25, 6885:1, 6886:15, 6886:20, 6886:25, 6887:1, 6887:7, 6887:14, 6887:23, 6889:13, 6894:25, 6910:6, 6910:9, 6910:12, 6910:18, 6910:25, 6911:2, 6911:3, 6913:3, 6914:5, 6914:11, 6914:22, 6915:2, 6915:5, 6915:6, 6922:18, 6922:19, 6923:5, 6923:18, 6923:21, 6924:4, 6924:12, 6924:22, 6924:23, 6925:3, 6927:19, 6927:21, 6928:11, 6928:16, 6928:18, 6928:23, 6929:1, 6929:2, 6929:10, 6929:16, 6929:22, 6930:2, 6930:9, 6931:6, 6931:7, 6932:16
**annular's** [1] - 6914:18
**annulars** [5] - 6887:25, 6888:6, 6916:3, 6923:11, 6928:23
**another** [16] - 6771:5, 6792:9, 6792:19, 6793:18, 6820:8, 6820:14, 6849:24, 6851:10, 6868:16, 6888:19, 6888:23, 6899:24, 6910:5, 6913:24, 6930:24
**answer** [16] - 6778:13, 6810:15, 6811:22, 6814:5, 6836:3, 6847:3, 6848:16, 6856:24,

6858:4, 6866:18, 6866:23, 6876:22, 6892:7, 6892:8, 6906:24, 6912:1
**Anthony** [2] - 6814:3, 6858:22
**ANTHONY** [1] - 6763:7
**anticipated** [5] - 6771:13, 6884:7, 6884:16, 6884:21, 6891:6
**anticipating** [1] - 6771:24
**any** [65] - 6768:11, 6769:10, 6769:18, 6771:16, 6777:16, 6783:3, 6784:15, 6784:24, 6785:7, 6785:11, 6785:13, 6785:19, 6808:22, 6808:18, 6808:21, 6808:24, 6809:1, 6809:3, 6809:22, 6810:2, 6810:4, 6810:5, 6810:12, 6810:15, 6815:11, 6817:19, 6818:22, 6823:19, 6831:21, 6837:21, 6839:25, 6846:8, 6851:24, 6852:19, 6853:25, 6854:21, 6864:8, 6865:4, 6866:8, 6869:7, 6872:4, 6873:12, 6874:11, 6874:12, 6874:14, 6878:11, 6879:18, 6880:6, 6881:10, 6890:14, 6894:2, 6901:23, 6901:24, 6901:25, 6902:3, 6902:13, 6902:18, 6903:9, 6912:1, 6914:1, 6916:14, 6921:20, 6926:5, 6929:23
**anymore** [1] - 6925:14
**anyone** [5] - 6772:2, 6817:7, 6828:12, 6836:23, 6850:8
**anything** [7] - 6789:2, 6789:4, 6806:21, 6845:8, 6853:23, 6863:20, 6878:13
**anyway** [2] - 6853:18, 6903:17
**anywhere** [2] -

6838:20, 6846:3
**apart** [2] - 6929:21, 6930:3
**APDs** [1] - 6905:8
**API** [6] - 6797:10, 6797:13, 6797:19, 6797:25, 6799:22, 6802:3
**apologize** [2] - 6798:6, 6896:10
**apparent** [1] - 6831:13
**apparently** [1] - 6881:2
**appear** [1] - 6820:10
**APPEARANCES** [1] - 6762:1
**appears** [9] - 6775:18, 6791:20, 6797:3, 6798:8, 6798:18, 6798:23, 6820:19, 6866:3, 6868:14
**appendix** [1] - 6877:8
**Appendix** [1] - 6877:10
**apples** [2] - 6871:16
**application** [1] - 6795:19
**applications** [3] - 6797:21, 6907:23, 6918:2
**applied** [1] - 6881:14
**apply** [1] - 6881:16
**appreciate** [2] - 6771:12, 6813:8
**approach** [3] - 6789:8, 6798:25, 6861:5
**appropriate** [5] - 6816:25, 6823:19, 6823:20, 6824:12, 6824:13
**approved** [1] - 6825:24
**approximately** [10] - 6800:16, 6801:5, 6801:7, 6807:5, 6837:15, 6860:1, 6867:3, 6896:15, 6913:9, 6925:5
**APRIL** [2] - 6761:6, 6768:2
**April** [42] - 6761:9, 6772:18, 6773:25, 6775:6, 6786:25, 6787:4, 6792:19, 6795:15, 6798:22, 6824:19, 6825:3,

6825:17, 6828:3,
6835:22, 6841:22,
6841:25, 6842:24,
6843:20, 6843:22,
6848:1, 6848:5,
6848:10, 6849:1,
6849:2, 6849:3,
6850:14, 6851:12,
6856:4, 6856:5,
6857:13, 6859:1,
6862:4, 6863:2,
6864:16, 6883:8,
6895:21, 6908:10,
6908:20, 6910:19,
6920:10, 6920:16

**Archimedes'** [1] -
6846:6

**are** [80] - 6768:12,
6771:12, 6779:13,
6780:9, 6785:14,
6785:17, 6785:20,
6785:24, 6789:17,
6791:6, 6793:5,
6795:6, 6796:19,
6799:6, 6802:19,
6809:13, 6813:11,
6815:10, 6815:22,
6819:23, 6820:3,
6820:17, 6824:7,
6824:9, 6824:21,
6828:8, 6828:25,
6829:1, 6830:9,
6843:8, 6844:25,
6846:21, 6852:16,
6853:11, 6854:19,
6863:12, 6864:5,
6865:9, 6866:2,
6872:10, 6875:4,
6879:12, 6879:15,
6881:21, 6883:17,
6883:20, 6887:25,
6888:14, 6888:16,
6889:10, 6889:14,
6890:9, 6892:1,
6893:9, 6893:11,
6894:2, 6894:25,
6899:18, 6900:19,
6900:20, 6900:22,
6901:20, 6907:20,
6911:1, 6915:18,
6921:6, 6922:14,
6923:11, 6924:13,
6924:25, 6927:8,
6928:2, 6928:13,
6929:9, 6930:9,
6931:18, 6932:3,
6932:5

**area** [12] - 6784:16,
6806:25, 6853:22,
6861:3, 6861:15,
6882:7, 6889:13,

6910:25, 6911:2,
6913:3, 6914:19,
6915:5

**aren't** [2] - 6906:8,
6916:3

**arguments** [1] -
6786:12

**around** [23] -
6787:22, 6806:7,
6857:24, 6862:17,
6862:19, 6863:10,
6864:22, 6869:24,
6870:2, 6870:7,
6874:6, 6874:10,
6903:14, 6917:5,
6926:24, 6928:11,
6928:24, 6928:25,
6929:2, 6929:16,
6930:10, 6932:1

**arrangement** [1] -
6890:10

**ARRELL** [1] -
6765:23

**arrived** [2] - 6874:4,
6874:16

**arrow** [2] - 6859:24,
6890:3

**article** [4] - 6906:2,
6906:4, 6906:14,
6907:25

**AS** [1] - 6875:21

**ASBILL** [1] - 6765:13

**aside** [3] - 6773:25,
6870:4, 6870:6

**ask** [31] - 6769:19,
6784:20, 6789:8,
6796:8, 6803:21,
6805:15, 6807:18,
6810:11, 6812:8,
6824:4, 6824:16,
6826:21, 6827:3,
6835:2, 6840:21,
6849:9, 6850:17,
6853:20, 6857:9,
6865:21, 6868:20,
6870:5, 6872:7,
6873:5, 6895:17,
6895:20, 6900:4,
6905:4, 6911:16,
6917:18, 6918:20

**asked** [21] - 6772:17,
6774:14, 6776:9,
6778:4, 6784:14,
6785:2, 6785:18,
6785:20, 6803:21,
6803:22, 6804:1,
6810:12, 6841:2,
6848:18, 6864:11,
6870:1, 6870:18,
6872:8, 6880:9,

6903:9, 6911:13

**asking** [10] -
6803:24, 6809:2,
6811:18, 6813:15,
6844:1, 6846:15,
6853:20, 6902:8,
6903:14, 6911:22

**ASME** [1] - 6880:8

**aspects** [1] -
6899:10

**assessment** [4] -
6905:9, 6905:10,
6905:11, 6905:14

**ASSET** [1] - 6761:13

**assistant** [1] -
6917:9

**assisted** [1] - 6879:8

**assisting** [1] -
6847:10

**associated** [1] -
6871:8

**assume** [3] - 6809:8,
6820:20, 6912:3

**assumed** [2] -
6843:24, 6849:21

**At** [1] - 6930:24

**at** [243] - 6768:20,
6771:4, 6771:15,
6772:1, 6772:4,
6773:16, 6773:24,
6776:2, 6776:13,
6777:6, 6781:14,
6781:23, 6782:16,
6782:18, 6785:4,
6786:21, 6789:6,
6789:10, 6789:14,
6789:20, 6790:7,
6791:2, 6791:4,
6791:21, 6792:3,
6792:5, 6792:13,
6792:15, 6792:22,
6792:24, 6793:8,
6794:7, 6795:2,
6795:4, 6797:7,
6798:3, 6799:17,
6800:6, 6800:10,
6800:21, 6800:24,
6800:25, 6801:1,
6801:3, 6801:13,
6802:17, 6805:7,
6805:25, 6806:4,
6810:1, 6810:4,
6810:10, 6810:12,
6810:16, 6810:18,
6811:15, 6812:6,
6812:14, 6814:3,
6814:17, 6816:5,
6816:10, 6817:7,
6818:5, 6818:25,
6819:8, 6820:14,

6821:2, 6821:17,
6821:24, 6822:4,
6822:5, 6822:17,
6824:16, 6824:23,
6824:24, 6825:1,
6825:10, 6825:21,
6825:22, 6826:12,
6826:13, 6829:5,
6829:7, 6829:14,
6829:17, 6832:17,
6832:19, 6833:1,
6833:14, 6833:21,
6834:9, 6834:23,
6835:12, 6836:8,
6836:17, 6837:10,
6837:25, 6838:22,
6838:24, 6839:2,
6839:19, 6840:5,
6840:6, 6840:16,
6841:1, 6841:6,
6842:6, 6842:15,
6842:22, 6844:9,
6844:18, 6846:3,
6846:8, 6847:18,
6848:14, 6848:16,
6849:7, 6849:12,
6849:18, 6850:17,
6851:8, 6853:23,
6854:21, 6855:19,
6857:9, 6857:17,
6858:1, 6858:11,
6859:4, 6859:5,
6859:23, 6861:3,
6861:23, 6863:2,
6863:19, 6864:13,
6865:1, 6865:6,
6865:12, 6865:14,
6865:21, 6866:20,
6867:25, 6868:9,
6868:10, 6868:12,
6869:24, 6870:7,
6871:19, 6874:4,
6874:11, 6874:16,
6879:11, 6879:13,
6880:16, 6881:1,
6881:5, 6881:11,
6882:2, 6883:21,
6884:7, 6884:16,
6885:14, 6887:8,
6887:14, 6887:23,
6888:8, 6888:11,
6888:20, 6889:3,
6891:21, 6891:22,
6891:25, 6893:1,
6893:6, 6895:17,
6899:8, 6899:13,
6899:19, 6900:4,
6901:19, 6903:4,
6903:9, 6904:7,
6904:8, 6904:13,
6905:1, 6906:1,

6909:8, 6909:16,
6911:3, 6911:15,
6912:1, 6913:9,
6913:14, 6913:15,
6913:17, 6913:18,
6913:24, 6914:11,
6914:17, 6914:21,
6914:24, 6915:3,
6915:6, 6917:22,
6920:25, 6921:14,
6921:17, 6922:5,
6922:15, 6923:8,
6923:14, 6923:15,
6924:6, 6924:11,
6924:19, 6924:21,
6926:11, 6926:19,
6927:7, 6927:8,
6928:5, 6928:19,
6928:21, 6930:17,
6930:24, 6931:15,
6931:17, 6931:22,
6931:24, 6932:3,
6932:4

**Attached** [1] - 6821:9
**attached** [5] -
6775:9, 6841:25,
6863:7, 6868:10,
6877:6

**attachments** [1] -
6775:10

**attempt** [1] - 6855:6

**attended** [4] -
6772:18, 6772:21,
6804:2, 6807:6

**attention** [10] -
6769:16, 6817:19,
6817:22, 6824:1,
6832:1, 6836:23,
6858:17, 6862:22,
6866:14, 6907:14

**ATTORNEY** [4] -
6764:6, 6764:7,
6764:12, 6764:14

**authored** [2] -
6821:6, 6876:13

**auto** [3] - 6920:16,
6921:15, 6921:17

**automatically** [1] -
6844:10

**availability** [1] -
6894:1

**available** [18] -
6772:3, 6805:14,
6805:19, 6812:9,
6812:19, 6814:19,
6815:7, 6815:8,
6820:3, 6832:15,
6882:2, 6888:20,
6888:24, 6893:19,
6897:20, 6898:7,

6899:10, 6900:20
**AVENUE** [5] -
6762:7, 6763:12,
6764:8, 6765:2,
6765:18
  **average** [1] - 6879:6
  **avoid** [1] - 6826:5
  **aware** [19] - 6785:14,
6785:17, 6785:20,
6785:22, 6785:24,
6788:8, 6795:6,
6814:24, 6815:22,
6831:22, 6831:25,
6835:11, 6836:24,
6837:6, 6841:21,
6842:5, 6842:8,
6902:2
  **away** [4] - 6849:2,
6920:12, 6920:13,
6930:3
  **awhile** [1] - 6779:9
  **axial** [1] - 6931:2

# B

**B** [1] - 6766:6
**bachelors** [1] -
6876:9
**back** [40] - 6789:2,
6802:20, 6802:23,
6802:24, 6803:5,
6803:9, 6804:17,
6810:21, 6818:22,
6819:2, 6819:20,
6819:25, 6826:11,
6830:10, 6840:16,
6841:1, 6842:6,
6843:19, 6847:25,
6849:17, 6854:5,
6855:1, 6863:19,
6864:5, 6870:17,
6872:25, 6879:10,
6883:5, 6885:18,
6904:25, 6915:2,
6915:5, 6919:18,
6922:20, 6924:23,
6924:25, 6929:8,
6929:14, 6930:5,
6931:21
  **backed** [1] - 6888:15
  **background** [3] -
6811:5, 6828:16,
6877:22
  **backup** [3] - 6888:5,
6893:18, 6893:23
  **bad** [2] - 6798:12,
6895:18
  **Badalamenti** [2] -
6814:3, 6858:22
  **baked** [1] - 6839:19

**bar** [1] - 6930:14
**Barbier** [2] -
6871:17, 6873:10
**BARBIER** [1] -
6761:22
**Barbier's** [1] -
6873:25
**bare** [1] - 6891:22
**barrel** [1] - 6816:8
**barrels** [3] - 6782:19,
6783:9, 6831:10
**base** [5] - 6774:22,
6826:4, 6826:7,
6834:24, 6853:7
**based** [15] - 6771:25,
6773:12, 6773:15,
6773:23, 6784:10,
6797:13, 6801:2,
6804:10, 6804:14,
6828:19, 6874:13,
6891:17, 6915:18,
6921:24, 6922:11
**basic** [2] - 6812:5,
6903:4, 6903:6
**basically** [6] -
6779:19, 6788:15,
6820:14, 6834:15,
6871:14, 6885:24
**basis** [2] - 6778:5,
6812:13
**BAST** [3] - 6881:12,
6881:13, 6881:22
**batch** [1] - 6814:22
**Bates** [2] - 6885:6,
6889:25
**BATON** [2] - 6763:3,
6764:15
**batteries** [8] -
6895:16, 6896:15,
6896:20, 6896:24,
6896:25, 6897:7,
6897:12
**battery** [4] - 6895:18,
6895:21, 6895:22,
6897:11
**be** [154] - 6768:19,
6768:24, 6769:11,
6769:19, 6769:21,
6769:22, 6770:19,
6771:8, 6771:9,
6771:11, 6771:17,
6771:22, 6771:25,
6772:10, 6775:18,
6777:2, 6777:16,
6779:9, 6780:16,
6780:18, 6783:1,
6784:18, 6786:3,
6786:5, 6787:20,
6788:22, 6791:20,
6794:10, 6795:6,

6795:12, 6797:3,
6797:20, 6797:25,
6798:8, 6798:18,
6798:23, 6802:19,
6803:8, 6803:9,
6803:24, 6806:11,
6806:13, 6806:21,
6811:12, 6811:19,
6811:24, 6812:17,
6812:24, 6814:13,
6814:16, 6814:21,
6816:3, 6817:1,
6818:18, 6819:19,
6820:16, 6820:19,
6821:13, 6822:1,
6822:20, 6823:1,
6823:3, 6823:4,
6823:11, 6823:22,
6826:9, 6828:5,
6832:14, 6833:2,
6834:5, 6835:4,
6836:20, 6837:23,
6839:1, 6840:10,
6841:3, 6842:16,
6843:5, 6845:5,
6845:10, 6845:16,
6846:4, 6847:11,
6848:19, 6848:23,
6852:14, 6853:7,
6854:1, 6854:4,
6854:17, 6855:1,
6855:25, 6856:23,
6860:1, 6860:25,
6861:2, 6863:20,
6866:25, 6867:16,
6868:14, 6868:21,
6869:8, 6869:11,
6869:20, 6870:12,
6871:4, 6871:11,
6872:15, 6873:6,
6874:2, 6874:3,
6875:9, 6876:22,
6879:4, 6881:24,
6884:24, 6885:12,
6886:6, 6889:3,
6889:10, 6891:6,
6891:14, 6891:18,
6891:23, 6891:25,
6893:22, 6894:11,
6896:24, 6900:23,
6903:16, 6904:5,
6904:20, 6906:11,
6906:23, 6906:24,
6907:18, 6908:3,
6908:5, 6908:23,
6910:15, 6911:8,
6912:14, 6912:16,
6912:17, 6912:21,
6914:22, 6917:8,
6920:21, 6921:21,
6923:11, 6923:13,

6930:3, 6930:12,
6931:15
  **BEACH** [1] - 6762:15
  **bear** [1] - 6812:12
  **became** [2] -
6877:25, 6878:10
  **because** [39] -
6771:8, 6784:21,
6804:7, 6834:23,
6837:3, 6837:7,
6842:10, 6844:14,
6846:18, 6849:22,
6850:7, 6856:10,
6872:23, 6878:5,
6880:3, 6881:21,
6888:18, 6889:8,
6893:10, 6893:16,
6893:18, 6894:24,
6895:12, 6897:24,
6902:7, 6904:11,
6910:23, 6911:2,
6913:1, 6914:2,
6914:7, 6914:18,
6914:19, 6915:5,
6915:21, 6924:7,
6925:9, 6929:9,
6931:16
  **BECK** [3] - 6766:4,
6766:5, 6869:6
  **Beck** [2] - 6770:17,
6771:17
  **become** [1] -
6893:10
  **been** [62] - 6768:9,
6768:25, 6778:3,
6779:9, 6780:8,
6786:4, 6787:13,
6789:7, 6803:21,
6803:22, 6805:11,
6808:2, 6808:16,
6808:17, 6809:18,
6811:5, 6812:1,
6812:15, 6813:13,
6816:19, 6817:3,
6818:13, 6824:6,
6824:15, 6826:22,
6827:25, 6830:3,
6834:5, 6835:18,
6838:15, 6840:16,
6841:6, 6841:10,
6842:3, 6843:22,
6844:1, 6844:6,
6844:17, 6844:25,
6845:7, 6845:15,
6845:19, 6846:7,
6851:5, 6852:1,
6862:5, 6862:8,
6863:9, 6863:20,
6865:22, 6869:23,
6871:12, 6882:3,

6885:19, 6886:24,
6895:13, 6907:1,
6911:4, 6919:18,
6920:17, 6928:1
  **before** [53] -
6771:21, 6771:25,
6777:11, 6790:9,
6790:12, 6790:15,
6790:17, 6795:11,
6808:7, 6809:22,
6820:1, 6831:19,
6832:8, 6833:8,
6843:17, 6844:2,
6844:5, 6844:15,
6846:23, 6849:19,
6850:21, 6851:2,
6856:17, 6860:24,
6863:6, 6864:10,
6866:8, 6866:24,
6869:9, 6869:22,
6871:24, 6881:14,
6883:3, 6886:22,
6894:11, 6895:21,
6897:1, 6897:2,
6898:16, 6899:16,
6900:4, 6901:8,
6903:21, 6908:9,
6909:25, 6911:6,
6913:10, 6923:24,
6924:1, 6928:1,
6929:8, 6930:5,
6931:21
  **BEFORE** [1] -
6761:22
  **began** [4] - 6840:13,
6923:4, 6923:18,
6924:22
  **begin** [2] - 6837:7,
6869:22
  **begins** [1] - 6860:10
  **behalf** [4] - 6768:16,
6779:4, 6875:3,
6881:8
  **behavior** [1] -
6877:20
  **behind** [2] - 6870:4,
6912:21
  **being** [30] - 6778:4,
6780:13, 6782:23,
6784:14, 6784:15,
6805:2, 6809:5,
6810:11, 6814:6,
6818:9, 6824:25,
6831:22, 6833:24,
6840:23, 6848:11,
6864:25, 6867:12,
6873:22, 6873:24,
6887:18, 6890:6,
6893:16, 6899:4,
6905:6, 6909:8,

6911:13, 6912:3,
6920:9, 6926:13,
6928:25
  **believe** [64] -
6771:12, 6775:2,
6777:11, 6779:21,
6782:5, 6782:20,
6788:21, 6788:23,
6791:15, 6792:10,
6794:5, 6794:9,
6798:15, 6799:9,
6800:24, 6802:22,
6804:5, 6806:23,
6808:8, 6809:25,
6810:8, 6811:10,
6811:14, 6814:3,
6817:14, 6817:16,
6817:18, 6818:4,
6822:17, 6832:25,
6833:12, 6836:19,
6837:15, 6840:25,
6842:18, 6842:23,
6847:12, 6848:4,
6851:4, 6851:7,
6852:6, 6854:11,
6856:15, 6857:14,
6861:22, 6866:15,
6867:14, 6871:23,
6872:9, 6873:14,
6874:6, 6883:6,
6891:17, 6891:18,
6897:4, 6907:11,
6909:16, 6912:13,
6921:23, 6922:11,
6923:21, 6927:19,
6929:20
  **believed** [3] -
6896:6, 6896:14,
6923:11
  **believes** [1] -
6802:17
  **believing** [1] -
6849:3
  **below** [15] - 6800:19,
6821:10, 6829:2,
6884:21, 6884:22,
6886:21, 6887:25,
6888:1, 6890:6,
6890:9, 6901:8,
6916:5, 6921:11,
6924:24, 6925:24
  **Below** [1] - 6864:25
  **belt** [2] - 6807:3,
6815:15
  **BEN** [1] - 6764:4
  **Ben** [2] - 6770:10,
6869:24
  **bench** [1] - 6882:5
  **Berkeley** [1] -
6891:21

  **Berkely** [2] - 6876:11
  **beside** [1] - 6820:10
  **Best** [1] - 6826:13
  **best** [12] - 6803:20,
6816:15, 6816:20,
6817:4, 6824:1,
6825:8, 6825:10,
6825:12, 6825:14,
6825:18, 6828:14,
6933:8
  **bet** [2] - 6875:25,
6929:13
  **better** [6] - 6783:23,
6784:4, 6784:6,
6799:4, 6852:13,
6928:24
  **between** [11] -
6781:2, 6806:17,
6814:14, 6848:22,
6851:11, 6857:6,
6862:5, 6862:12,
6896:3, 6898:24,
6930:25
  **beyond** [3] -
6771:17, 6776:19,
6891:23
  **big** [5] - 6796:10,
6828:17, 6853:11,
6879:12, 6914:6
  **bigger** [1] - 6782:22
  **bilateral** [2] -
6893:19, 6894:1
  **bit** [13] - 6773:3,
6798:11, 6803:23,
6804:16, 6812:11,
6867:16, 6867:20,
6870:2, 6877:22,
6880:14, 6916:24,
6917:24, 6924:19
  **bits** [1] - 6879:21
  **blades** [2] - 6888:14,
6889:3
  **blank** [1] - 6808:14
  **bleed** [1] - 6888:11
  **blend** [8] - 6818:7,
6822:4, 6822:7,
6823:10, 6823:19,
6823:23, 6839:20,
6840:24
  **blind** [27] - 6883:22,
6885:1, 6888:5,
6888:23, 6888:25,
6889:2, 6889:10,
6890:10, 6890:11,
6890:13, 6891:11,
6891:13, 6892:23,
6892:24, 6894:12,
6895:2, 6899:9,
6902:5, 6905:15,
6911:23, 6912:14,

6912:16, 6912:19,
6912:25, 6920:5,
6921:7, 6924:8
  **block** [5] - 6888:10,
6921:16, 6921:25,
6922:12, 6922:15
  **blow** [7] - 6896:1,
6903:5, 6904:4,
6906:1, 6906:17,
6921:12
  **blowing** [1] - 6799:3
  **blown** [3] - 6859:8,
6860:17, 6860:21
  **blown-up** [2] -
6859:8, 6860:21
  **blowout** [27] -
6777:13, 6802:8,
6802:18, 6802:19,
6803:7, 6803:8,
6843:17, 6843:23,
6844:2, 6844:5,
6844:15, 6849:19,
6850:15, 6850:21,
6863:18, 6900:16,
6902:1, 6905:14,
6906:10, 6906:11,
6908:21, 6912:6,
6912:22, 6913:5,
6915:24, 6927:16,
6927:20
  **blue** [2] - 6895:17,
6914:15
  **board** [3] - 6806:14,
6812:10, 6820:2
  **boards** [1] - 6806:6
  **BOCKIUS** [1] -
6766:17
  **body** [1] - 6928:13
  **Bolado** [11] -
6768:22, 6768:24,
6769:7, 6769:13,
6769:15, 6769:20,
6770:4, 6770:7,
6770:8, 6770:11,
6771:5
  **bond** [2] - 6862:5,
6862:8
  **bonds** [1] - 6779:20
  **book** [1] - 6825:14
  **BOP** [40] - 6802:24,
6880:16, 6880:17,
6880:24, 6882:17,
6883:9, 6884:1,
6884:7, 6884:16,
6884:17, 6884:19,
6884:20, 6884:24,
6885:18, 6887:10,
6888:6, 6893:11,
6894:6, 6895:12,
6897:20, 6903:6,

6903:10, 6903:15,
6905:5, 6905:10,
6906:21, 6907:19,
6909:3, 6910:14,
6911:15, 6915:4,
6915:6, 6915:7,
6915:18, 6916:1,
6916:9, 6919:9,
6922:13, 6932:12
  **BOPs** [1] - 6909:3
  **bore** [11] - 6883:23,
6889:9, 6893:9,
6893:16, 6893:17,
6893:23, 6894:25,
6923:8, 6930:17,
6930:21, 6932:6
  **boss** [1] - 6785:18
  **both** [12] - 6774:24,
6780:10, 6848:9,
6848:18, 6887:25,
6889:2, 6893:22,
6919:1, 6919:3,
6919:9, 6931:24,
6932:1
  **bottle** [1] - 6891:13
  **bottles** [1] - 6893:5
  **bottom** [30] -
6776:19, 6795:25,
6797:14, 6797:20,
6797:23, 6799:18,
6801:19, 6801:22,
6801:24, 6802:2,
6825:23, 6829:6,
6829:20, 6830:20,
6834:1, 6834:24,
6837:12, 6838:23,
6839:2, 6859:23,
6861:23, 6862:18,
6881:2, 6885:16,
6893:22, 6903:4,
6909:16, 6926:10,
6931:17, 6932:13
  **bottoms** [1] - 6865:5
  **BOULEVARD** [1] -
6763:5
  **bound** [1] - 6856:23
  **BOUNDS** [1] -
6762:8
  **box** [2] - 6838:9,
6884:5
  **BOX** [4] - 6762:4,
6763:18, 6763:23,
6764:15
  **BP** [122] - 6761:15,
6764:20, 6764:21,
6764:22, 6769:3,
6771:9, 6772:21,
6772:25, 6773:9,
6774:1, 6774:6,
6774:11, 6776:2,

6776:5, 6778:8,
6778:18, 6783:16,
6783:17, 6783:20,
6783:22, 6786:22,
6789:2, 6789:4,
6789:14, 6789:16,
6789:19, 6789:21,
6794:15, 6794:19,
6794:25, 6803:16,
6804:9, 6804:16,
6805:10, 6805:22,
6806:18, 6806:20,
6810:5, 6810:12,
6812:4, 6812:7,
6815:11, 6815:15,
6816:20, 6817:2,
6817:5, 6817:8,
6817:10, 6817:13,
6817:17, 6817:24,
6820:14, 6820:16,
6823:2, 6823:20,
6823:22, 6826:22,
6826:23, 6827:6,
6827:9, 6827:10,
6827:14, 6827:16,
6827:18, 6827:19,
6828:1, 6828:10,
6828:12, 6831:24,
6831:25, 6836:25,
6837:4, 6840:4,
6841:13, 6853:13,
6853:14, 6855:12,
6855:16, 6871:9,
6871:18, 6871:19,
6872:5, 6872:20,
6873:17, 6874:11,
6874:14, 6878:21,
6881:8, 6885:13,
6901:25, 6902:8,
6902:22, 6903:12,
6904:11, 6905:4,
6905:5, 6905:9,
6905:10, 6905:13,
6905:15, 6905:24,
6906:8, 6906:14,
6906:19, 6907:3,
6907:5, 6907:9,
6907:18, 6907:24,
6908:7, 6908:19,
6911:10, 6911:22,
6912:9, 6912:20,
6913:8, 6913:20,
6918:8
  **BP's** [15] - 6771:22,
6772:18, 6772:21,
6777:12, 6805:7,
6812:14, 6812:24,
6813:4, 6813:9,
6816:18, 6817:18,
6832:11, 6886:16,
6914:3

**BPD** [1] - 6911:15
**BRAD** [1] - 6765:17
**Brad** [1] - 6771:2
**BRANCH** [3] -
6763:11, 6763:20,
6764:2
**break** [8] - 6819:10,
6820:1, 6837:19,
6837:22, 6869:9,
6920:13, 6930:3,
6932:19
**BREIT** [2] - 6762:14,
6762:14
**BRENNAN** [1] -
6765:13
**Brett** [4] - 6789:7,
6789:8, 6789:11,
6872:25
**Brian** [10] - 6771:2,
6771:20, 6773:13,
6774:3, 6789:9,
6789:10, 6789:12,
6812:15, 6828:12,
6857:12
**BRIAN** [3] - 6765:17,
6771:2, 6917:13
**brief** [2] - 6768:19,
6869:8
**briefly** [4] - 6870:17,
6873:10, 6895:9,
6917:20
**brine** [1] - 6909:7
**bring** [5] - 6769:16,
6817:18, 6817:21,
6870:1, 6876:16
**bringing** [3] -
6816:8, 6816:25,
6880:18
**brings** [1] - 6793:18
**broadly** [1] - 6921:18
**BROCK** [48] -
6765:2, 6769:18,
6770:23, 6771:24,
6772:6, 6772:9,
6778:3, 6778:11,
6784:13, 6788:17,
6790:20, 6796:17,
6801:14, 6803:12,
6803:15, 6807:13,
6807:14, 6819:22,
6846:17, 6846:25,
6847:6, 6851:8,
6851:9, 6851:15,
6851:16, 6859:6,
6859:7, 6860:13,
6860:14, 6860:19,
6860:20, 6861:5,
6861:7, 6861:9,
6861:11, 6862:14,
6862:15, 6862:24,

6862:25, 6863:24,
6863:25, 6864:13,
6864:14, 6865:14,
6865:15, 6867:25,
6868:1, 6868:24
**Brock** [5] - 6767:11,
6770:22, 6803:16,
6870:18, 6872:8
**broke** [1] - 6929:20
**brought** [4] -
6804:21, 6806:8,
6836:23, 6914:13
**Broussard** [1] -
6774:24
**brown** [1] - 6926:21
**BSR** [10] - 6892:17,
6892:21, 6893:2,
6905:20, 6912:7,
6919:23, 6920:2,
6920:5, 6930:22
**BSRs** [3] - 6905:22,
6908:23, 6912:21
**buckle** [1] - 6880:5
**buckled** [10] -
6880:21, 6923:15,
6924:3, 6930:20,
6931:2, 6931:11,
6931:13, 6931:15,
6931:18
**buckles** [2] -
6924:11, 6924:13
**buckling** [16] -
6879:24, 6880:2,
6917:24, 6918:2,
6918:11, 6918:16,
6921:2, 6921:12,
6921:20, 6922:18,
6923:3, 6923:17,
6924:21, 6930:6,
6931:16, 6932:11
**build** [1] - 6878:6
**building** [2] -
6812:14, 6879:12
**BUILDING** [1] -
6762:12
**built** [2] - 6788:2,
6867:14
**bullet** [1] - 6835:5
**bulletin** [4] - 6825:3,
6825:13, 6826:15,
6901:16
**bumped** [1] - 6863:6
**bumping** [1] -
6864:21
**BURLING** [1] -
6765:1
**business** [1] -
6846:22
**but** [115] - 6768:18,
6769:4, 6769:13,

6771:6, 6771:11,
6781:6, 6782:22,
6783:13, 6783:20,
6785:22, 6786:24,
6787:9, 6789:6,
6789:19, 6793:3,
6794:11, 6796:14,
6797:22, 6797:24,
6798:9, 6799:23,
6802:1, 6804:17,
6804:21, 6806:8,
6806:15, 6808:8,
6809:10, 6809:18,
6809:20, 6812:11,
6813:6, 6814:24,
6818:13, 6818:15,
6819:1, 6820:19,
6820:20, 6823:6,
6823:18, 6827:4,
6827:13, 6831:16,
6834:4, 6835:2,
6837:25, 6838:7,
6838:20, 6839:22,
6842:15, 6843:9,
6843:18, 6846:5,
6848:24, 6849:7,
6849:12, 6852:2,
6853:4, 6853:19,
6854:6, 6855:3,
6855:14, 6855:25,
6857:17, 6858:9,
6858:16, 6859:24,
6861:22, 6865:10,
6866:2, 6866:25,
6867:14, 6867:19,
6867:23, 6870:5,
6870:12, 6873:7,
6873:15, 6873:22,
6876:22, 6877:20,
6880:20, 6883:1,
6883:18, 6884:14,
6885:14, 6888:19,
6888:21, 6889:6,
6889:16, 6890:7,
6890:13, 6893:11,
6897:19, 6900:15,
6901:15, 6901:19,
6903:10, 6904:2,
6908:12, 6912:6,
6913:20, 6914:4,
6914:14, 6919:23,
6921:14, 6924:10,
6924:23, 6925:11,
6925:14, 6926:4,
6926:5, 6928:25,
6929:11
**but..** [1] - 6795:8
**BY** [108] - 6761:5,
6762:3, 6762:6,
6762:9, 6762:11,
6762:14, 6762:17,

6762:19, 6762:22,
6763:2, 6763:4,
6763:7, 6763:11,
6763:15, 6763:20,
6764:2, 6764:7,
6764:13, 6764:17,
6764:22, 6765:2,
6765:4, 6765:11,
6765:14, 6765:17,
6765:20, 6765:23,
6766:2, 6766:5,
6766:11, 6766:15,
6766:18, 6766:25,
6766:25, 6772:16,
6775:4, 6775:15,
6777:9, 6778:7,
6778:17, 6779:8,
6779:11, 6779:24,
6780:21, 6781:15,
6784:23, 6785:16,
6786:15, 6786:20,
6787:2, 6788:20,
6791:1, 6791:17,
6792:12, 6792:18,
6793:2, 6793:9,
6793:22, 6794:17,
6794:23, 6796:22,
6797:1, 6797:18,
6798:4, 6798:20,
6799:2, 6801:18,
6802:11, 6803:15,
6807:14, 6819:22,
6847:6, 6851:8,
6851:9, 6851:16,
6859:7, 6860:14,
6860:20, 6861:7,
6861:11, 6862:15,
6862:25, 6863:25,
6864:14, 6865:15,
6868:1, 6870:16,
6876:6, 6876:18,
6877:5, 6877:12,
6882:14, 6887:13,
6892:9, 6894:4,
6894:9, 6894:20,
6895:11, 6896:11,
6898:10, 6901:1,
6902:12, 6903:3,
6908:18, 6915:16,
6917:16, 6927:25,
6928:10
**by** [75] - 6767:7,
6767:9, 6767:11,
6767:13, 6767:17,
6767:19, 6767:21,
6767:23, 6770:7,
6770:9, 6770:17,
6770:25, 6771:11,
6771:14, 6771:15,
6771:18, 6772:5,
6774:15, 6781:7,

6762:19, 6762:22,
6763:2, 6763:4,
6763:7, 6763:11,
6763:15, 6763:20,
6764:2, 6764:7,
6764:13, 6764:17,
6764:22, 6765:2,
6765:4, 6765:11,
6765:14, 6765:17,
6765:20, 6765:23,
6766:2, 6766:5,
6766:11, 6766:15,
6766:18, 6766:25,
6766:25, 6772:16,
6775:4, 6775:15,
6777:9, 6778:7,
6778:17, 6779:8,
6779:11, 6779:24,
6780:21, 6781:15,
6784:23, 6785:16,
6786:15, 6786:20,
6787:2, 6788:20,
6791:1, 6791:17,
6792:12, 6792:18,
6793:2, 6793:9,
6793:22, 6794:17,
6794:23, 6796:22,
6797:1, 6797:18,
6798:4, 6798:20,
6799:2, 6801:18,
6802:11, 6803:15,
6807:14, 6819:22,
6847:6, 6851:6,
6851:9, 6851:16,
6859:7, 6860:14,
6860:20, 6861:7,
6861:11, 6862:15,
6862:25, 6863:25,
6864:14, 6865:15,
6868:1, 6870:16,
6876:6, 6876:18,
6877:5, 6877:12,
6882:14, 6887:13,
6892:9, 6894:4,
6894:9, 6894:20,
6895:11, 6896:11,
6898:10, 6901:1,
6902:12, 6903:3,
6908:18, 6915:16,
6917:16, 6927:25,
6928:10
**bypass** [1] - 6916:6
**bypassed** [2] -
6914:12, 6929:9
**bypasses** [1] -
6910:25
**Byrd** [3] - 6911:10,
6911:13
**Byrd's** [1] - 6912:1

---

## C

**C** [4] - 6765:2,
6766:15, 6766:19,
6876:1
**CA** [2] - 6763:13,
6765:19
**calculated** [5] -
6884:16, 6884:17,
6885:13, 6885:16,
6898:18
**calculating** [2] -
6776:19, 6900:6
**calculation** [1] -
6885:19
**calculations** [8] -
6849:7, 6849:13,
6878:5, 6897:19,
6899:9, 6903:17,
6918:11, 6918:16
**CALDWELL** [1] -
6764:13
**California** [1] -

6878:10

**call** [24] - 6768:8, 6769:25, 6770:4, 6770:18, 6771:4, 6777:2, 6814:14, 6824:23, 6825:22, 6827:4, 6843:18, 6847:8, 6847:18, 6848:24, 6849:8, 6849:24, 6850:2, 6850:4, 6850:8, 6871:25, 6875:1, 6888:10, 6915:4

**call-outs** [1] - 6768:8

**called** [4] - 6770:19, 6797:10, 6848:3, 6905:25

**calling** [1] - 6769:7

**callout** [1] - 6807:15

**came** [14] - 6808:19, 6810:25, 6816:11, 6820:6, 6848:8, 6848:17, 6849:2, 6849:10, 6849:17, 6850:20, 6885:14, 6903:21, 6919:12, 6920:9

**CAMERON** [1] - 6766:1

**Cameron** [22] - 6869:5, 6895:23, 6896:3, 6896:4, 6896:12, 6896:20, 6898:24, 6899:2, 6900:6, 6900:7, 6901:16, 6901:23, 6902:14, 6903:21, 6903:22, 6904:11, 6908:3, 6908:5, 6913:8, 6915:17, 6918:14, 6918:15

**Cameron's** [1] - 6916:9

**CAMP** [1] - 6764:18

**can** [138] - 6768:23, 6769:12, 6769:13, 6769:19, 6771:3, 6772:2, 6772:7, 6772:9, 6773:8, 6773:17, 6775:3, 6775:9, 6775:14, 6777:2, 6777:4, 6777:8, 6777:21, 6778:15, 6781:23, 6782:11, 6782:13, 6782:14, 6782:16, 6783:4, 6783:7, 6783:18, 6784:11, 6784:17, 6787:20, 6790:5, 6795:22,

6796:5, 6796:7, 6796:25, 6798:11, 6798:25, 6799:3, 6799:6, 6803:5, 6804:10, 6808:15, 6810:2, 6812:22, 6815:4, 6819:21, 6827:15, 6829:12, 6830:4, 6831:3, 6832:3, 6834:21, 6835:1, 6835:19, 6837:23, 6838:22, 6847:11, 6847:23, 6856:24, 6859:23, 6859:25, 6860:19, 6861:5, 6867:22, 6868:5, 6868:15, 6868:21, 6870:22, 6872:10, 6872:16, 6875:1, 6876:7, 6876:16, 6877:10, 6877:13, 6878:11, 6878:20, 6878:24, 6879:5, 6879:11, 6879:16, 6880:5, 6880:13, 6880:22, 6882:15, 6883:12, 6883:14, 6883:18, 6883:25, 6884:8, 6884:15, 6887:4, 6887:21, 6888:2, 6889:2, 6889:7, 6889:15, 6889:22, 6890:3, 6890:13, 6890:22, 6892:23, 6893:7, 6893:18, 6893:21, 6894:18, 6894:21, 6895:25, 6896:1, 6898:6, 6899:12, 6900:17, 6901:18, 6903:5, 6903:14, 6904:4, 6906:1, 6908:5, 6908:12, 6909:22, 6910:23, 6911:14, 6912:25, 6915:4, 6916:25, 6917:9, 6920:21, 6921:24, 6923:15, 6927:23, 6928:8, 6928:12, 6930:14

**Can** [3] - 6811:18, 6841:2, 6841:23

**can't** [19] - 6808:14, 6832:3, 6837:2, 6837:7, 6843:9, 6845:14, 6845:16, 6846:11, 6848:24, 6849:8, 6852:2, 6857:23, 6858:14, 6877:11, 6880:4,

6888:21, 6926:21, 6927:8

**cancel** [1] - 6793:16

**canceled** [2] - 6793:13, 6794:1

**cannot** [7] - 6897:12, 6900:21, 6924:5, 6924:8, 6924:9, 6930:19

**cap** [1] - 6828:21

**capabilities** [2] - 6776:20, 6890:11

**capability** [1] - 6837:19

**capable** [1] - 6863:15

**capacities** [1] - 6914:8

**capacity** [7] - 6820:23, 6822:14, 6897:15, 6905:6, 6907:19, 6908:8, 6908:20

**captain** [1] - 6880:24

**care** [3] - 6789:12, 6789:15, 6857:7

**carefully** [3] - 6798:6, 6901:12, 6922:10

**CARL** [1] - 6761:22

**Carl** [11] - 6896:1, 6899:15, 6901:8, 6903:5, 6904:4, 6904:25, 6906:16, 6906:17, 6907:10, 6910:4, 6912:12

**CARONDELET** [2] - 6762:17, 6766:3

**CARRIE** [1] - 6765:5

**cartoonish** [2] - 6812:11, 6813:16

**CASE** [2] - 6761:12, 6761:14

**case** [22] - 6771:7, 6787:21, 6790:24, 6796:20, 6797:23, 6866:23, 6867:1, 6867:19, 6878:14, 6880:13, 6880:23, 6881:15, 6882:16, 6883:2, 6885:20, 6913:6, 6919:10, 6922:2, 6922:3, 6922:4

**cases** [1] - 6926:1

**casing** [38] - 6773:1, 6774:8, 6804:22, 6804:23, 6804:24, 6804:25, 6805:1,

6821:21, 6822:1, 6822:15, 6822:16, 6822:18, 6822:22, 6823:12, 6823:23, 6829:7, 6851:6, 6860:7, 6864:23, 6867:8, 6867:18, 6868:5, 6874:14, 6879:25, 6883:22, 6889:5, 6891:14, 6892:17, 6894:11, 6894:25, 6900:2, 6900:24, 6901:3, 6902:5, 6912:18

**casings** [1] - 6811:23

**catalyst** [1] - 6879:13

**catalytic** [1] - 6879:10

**catch** [1] - 6809:21

**caught** [3] - 6808:7, 6808:12, 6931:6

**causation** [2] - 6846:18, 6846:20

**cause** [7] - 6872:11, 6909:12, 6910:23, 6912:2, 6916:5, 6920:21, 6926:3

**caused** [2] - 6921:20, 6922:18

**causes** [4] - 6921:1, 6921:2, 6928:18, 6929:17

**causing** [3] - 6802:16, 6803:3, 6921:12

**cavity** [3] - 6888:24, 6888:25, 6889:2

**CBL** [2] - 6856:20, 6865:5

**CCR** [3] - 6766:21, 6933:5, 6933:13

**Cement** [1] - 6864:18

**cement** [129] - 6773:17, 6774:6, 6774:7, 6774:8, 6774:12, 6774:25, 6777:12, 6777:18, 6778:8, 6778:19, 6779:17, 6781:10, 6782:1, 6782:4, 6782:8, 6782:14, 6782:16, 6782:18, 6782:24, 6783:2, 6783:18, 6787:22, 6789:25, 6790:1, 6790:2, 6790:4, 6790:11, 6790:18, 6793:10, 6795:7,

6795:19, 6796:8, 6796:10, 6799:8, 6799:9, 6800:10, 6800:14, 6801:13, 6804:7, 6804:12, 6804:23, 6805:1, 6805:3, 6806:18, 6807:10, 6807:21, 6808:25, 6810:14, 6811:8, 6811:12, 6811:19, 6812:6, 6812:16, 6813:1, 6813:6, 6813:18, 6814:7, 6814:25, 6815:1, 6815:18, 6816:3, 6816:4, 6816:25, 6817:5, 6817:15, 6817:20, 6818:3, 6818:6, 6818:11, 6819:5, 6820:4, 6820:6, 6822:2, 6822:7, 6822:13, 6822:14, 6822:15, 6822:21, 6822:25, 6823:1, 6823:2, 6823:5, 6823:9, 6823:11, 6823:15, 6823:17, 6824:14, 6825:11, 6828:7, 6828:13, 6828:19, 6828:20, 6829:1, 6830:25, 6831:24, 6833:9, 6839:5, 6841:3, 6841:14, 6851:2, 6852:4, 6852:7, 6854:15, 6855:5, 6855:19, 6856:23, 6859:19, 6860:8, 6861:19, 6862:5, 6862:12, 6862:19, 6863:12, 6864:2, 6864:11, 6864:22, 6865:5, 6865:19, 6866:10, 6866:21, 6866:24, 6867:2, 6867:9, 6871:4, 6871:10, 6871:19, 6931:23

**cement's** [1] - 6782:12

**cemented** [1] - 6851:17

**cementing** [19] - 6804:22, 6806:25, 6807:1, 6811:1, 6811:4, 6811:5, 6812:5, 6814:4, 6815:11, 6815:14, 6815:17, 6815:20, 6821:13, 6825:8,

6825:10, 6825:14, 6825:18, 6865:18, 6871:18

**Cementing** [1] - 6824:18

**cements** [1] - 6799:10

**CemWin** [1] - 6863:7

**CENTER** [1] - 6766:7

**center** [12] - 6813:24, 6814:1, 6888:15, 6889:4, 6889:6, 6912:25, 6921:3, 6921:21, 6922:1, 6923:15, 6924:11

**centered** [2] - 6787:11, 6923:13

**centralization** [1] - 6831:4

**centralize** [4] - 6788:16, 6788:24, 6789:3, 6789:17

**centralized** [1] - 6788:6

**centralizer** [8] - 6852:20, 6853:2, 6853:4, 6857:1, 6860:22, 6860:24, 6860:25, 6872:8

**centralizers** [50] - 6786:2, 6786:5, 6786:16, 6786:21, 6787:4, 6787:5, 6787:9, 6789:7, 6789:14, 6789:20, 6789:22, 6816:2, 6852:21, 6853:12, 6853:15, 6853:16, 6854:1, 6854:9, 6854:25, 6857:2, 6857:5, 6857:10, 6857:18, 6857:20, 6857:25, 6858:2, 6858:13, 6859:13, 6859:14, 6860:4, 6860:16, 6861:2, 6861:22, 6861:25, 6862:6, 6862:13, 6862:17, 6865:4, 6872:22, 6873:2, 6873:4, 6873:9, 6873:11, 6873:13, 6873:18, 6873:21, 6874:5, 6874:7, 6874:13

**CENTRE** [1] - 6765:11

**CERNICH** [1] - 6763:16

**certain** [1] - 6784:11

**certainly** [5] - 6771:12, 6780:12, 6876:25, 6887:3, 6923:13

**CERTIFICATE** [1] - 6933:3

**certified** [5] - 6808:2, 6808:6, 6808:8, 6808:11, 6809:6

**certify** [1] - 6933:7

**chain** [7] - 6896:3, 6897:3, 6897:10, 6898:23, 6899:5, 6901:2, 6916:3

**Chaisson** [6] - 6768:8, 6855:9, 6855:16, 6863:15, 6863:18

**Chaisson's** [1] - 6863:1

**CHAKERES** [1] - 6763:17

**chance** [4] - 6782:24, 6869:10, 6912:14, 6912:16

**CHANG** [1] - 6763:16

**change** [15] - 6773:14, 6773:23, 6774:5, 6781:6, 6801:13, 6837:22, 6839:15, 6839:17, 6839:18, 6861:24, 6897:2, 6929:22, 6931:2, 6932:4

**changed** [3] - 6847:12, 6871:15, 6910:15

**changes** [2] - 6846:21, 6883:9

**changing** [3] - 6839:25, 6851:1, 6896:24

**channeling** [1] - 6860:16

**channelling** [20] - 6856:9, 6856:13, 6856:15, 6856:18, 6856:19, 6856:21, 6857:7, 6857:8, 6860:3, 6860:6, 6860:10, 6861:2, 6861:16, 6861:21, 6865:5, 6872:8, 6872:13, 6872:15, 6873:6, 6874:13

**charge** [1] - 6820:15

**chart** [12] - 6775:10, 6775:16, 6775:19, 6776:3, 6796:24, 6820:1, 6820:17,

6903:24, 6904:1, 6904:6, 6926:22, 6931:25

**charts** [2] - 6902:20, 6903:22

**CHASE** [1] - 6765:21

**check** [4] - 6825:7, 6850:6, 6897:1, 6903:16

**checked** [2] - 6769:1, 6849:13

**chemical** [1] - 6781:9

**chemicals** [3] - 6779:20, 6814:6, 6814:23

**chemistry** [5] - 6779:21, 6812:20, 6813:22, 6814:15, 6814:18

**Chevron** [5] - 6878:10, 6878:25, 6899:8, 6918:9, 6918:15

**Chevron's** [1] - 6879:8

**CHICAGO** [1] - 6765:6

**Childs** [1] - 6921:9

**choke** [1] - 6888:8

**chooses** [1] - 6771:4

**chosen** [2] - 6802:23, 6908:6

**Chris** [3] - 6819:9, 6821:3, 6858:22

**circ** [1] - 6802:2

**circuit** [1] - 6891:14

**circulate** [2] - 6866:24, 6875:4

**circulated** [1] - 6768:9

**circulating** [9] - 6776:20, 6797:14, 6797:20, 6797:23, 6799:18, 6801:24, 6834:10, 6864:5, 6865:17

**circulation** [4] - 6804:11, 6831:3, 6856:12, 6864:19

**circumstances** [3] - 6900:23, 6920:9, 6924:8

**CIVIL** [3] - 6761:8, 6763:11, 6763:20

**claim** [1] - 6846:18

**class** [1] - 6869:25

**clear** [3] - 6790:1, 6922:15, 6928:12

**clearly** [1] - 6773:23

**CLERK** [4] - 6869:17, 6875:20, 6875:23, 6932:23

**CLINGMAN** [1] - 6765:14

**close** [27] - 6801:1, 6865:21, 6872:7, 6873:22, 6873:24, 6890:13, 6891:13, 6892:21, 6892:23, 6894:25, 6897:21, 6910:17, 6911:14, 6911:23, 6912:17, 6912:18, 6912:24, 6913:20, 6913:23, 6914:5, 6915:22, 6916:1, 6930:6, 6930:19, 6931:21, 6932:17

**closed** [7] - 6891:14, 6910:6, 6914:18, 6923:11, 6925:3, 6928:24, 6931:11

**closely** [2] - 6907:21, 6927:7

**closer** [4] - 6838:5, 6847:16, 6847:20, 6847:22

**closes** [5] - 6923:8, 6924:4, 6928:11, 6929:2

**closing** [15] - 6912:1, 6912:20, 6912:21, 6914:19, 6923:21, 6923:24, 6927:20, 6928:23, 6929:16, 6930:2, 6930:9, 6930:14, 6931:19, 6932:6, 6932:7

**closure** [5] - 6923:4, 6923:18, 6924:22, 6930:17, 6930:20

**CMS** [1] - 6809:15

**coauthor** [2] - 6906:6, 6906:8

**Cocales** [5] - 6789:7, 6789:12, 6872:20, 6873:1, 6873:4

**code** [2] - 6880:9, 6880:12

**codes** [1] - 6880:6

**collapse** [1] - 6907:20

**collar** [4] - 6859:25, 6860:10, 6861:20, 6878:21

**collars** [1] - 6878:20

**colleagues** [1] - 6868:25

**college** [1] - 6877:25

**color** [1] - 6861:16

**column** [2] - 6904:16, 6907:11

**come** [20] - 6803:8, 6818:15, 6821:20, 6830:4, 6834:9, 6840:24, 6844:24, 6858:23, 6880:10, 6892:22, 6903:5, 6903:6, 6919:14, 6919:15, 6922:20, 6924:23, 6924:25, 6928:15, 6929:11, 6931:25

**comes** [3] - 6780:3, 6816:5, 6861:19

**comfortable** [1] - 6867:8

**coming** [9] - 6819:20, 6820:22, 6845:22, 6854:5, 6855:1, 6856:3, 6886:21, 6928:13, 6929:17

**comment** [2] - 6771:3, 6836:11

**comments** [5] - 6827:7, 6827:23, 6827:25, 6828:2, 6828:4

**COMMERCIAL** [1] - 6764:2

**commissioned** [1] - 6883:5

**commissioning** [1] - 6888:20

**Committee** [1] - 6867:18

**communicate** [1] - 6805:20

**communicated** [2] - 6776:8, 6853:13

**communication** [7] - 6805:22, 6806:17, 6810:1, 6818:19, 6819:2, 6841:18, 6898:24

**communications** [1] - 6872:2

**companies** [1] - 6878:9

**COMPANY** [1] - 6764:22

**company's** [1] - 6803:1

**compare** [1] - 6871:16

**compared** [1] - 6811:4

**comparison** [1] -

6871:13
**COMPLAINT** [1] - 6761:12
**complete** [2] - 6835:23, 6930:20
**completed** [6] - 6774:12, 6835:25, 6838:14, 6845:6, 6863:3, 6863:9
**completely** [5] - 6802:15, 6803:2, 6805:6, 6866:22, 6931:15
**completes** [1] - 6821:14
**completion** [3] - 6811:19, 6841:4, 6919:17
**complex** [1] - 6870:1
**component** [8] - 6823:10, 6884:20, 6884:24, 6885:12, 6887:5, 6889:17, 6899:18, 6910:22
**components** [1] - 6884:19
**comprehensive** [1] - 6791:18
**compression** [1] - 6867:20
**compressive** [25] - 6774:21, 6775:11, 6790:8, 6791:7, 6791:8, 6791:11, 6791:14, 6791:24, 6792:13, 6792:19, 6793:13, 6794:14, 6794:15, 6794:24, 6795:2, 6795:4, 6836:9, 6865:23, 6865:24, 6866:6, 6866:25, 6867:4, 6868:12, 6868:19, 6868:21
**compressor** [1] - 6866:24
**COMPUTER** [1] - 6766:25
**concentration** [10] - 6779:13, 6780:3, 6780:22, 6781:6, 6782:5, 6782:17, 6793:5, 6793:10, 6794:9, 6794:13
**concentrations** [3] - 6784:12, 6809:12, 6809:13
**concept** [1] - 6825:11
**concern** [1] - 6834:5

**concerned** [1] - 6865:6
**concerns** [3] - 6802:13, 6812:22, 6865:4
**CONCLUDED** [1] - 6932:24
**conclusion** [2] - 6907:24, 6928:21
**conclusions** [1] - 6907:8
**Conclusions** [1] - 6907:10
**condition** [4] - 6833:10, 6833:15, 6835:9, 6842:21
**conditioned** [9] - 6833:14, 6835:4, 6836:20, 6842:17, 6842:21, 6843:5, 6843:22, 6844:2, 6844:6
**conditioning** [5] - 6832:20, 6833:3, 6833:7, 6843:2, 6843:12
**conditions** [5] - 6799:13, 6800:12, 6909:21, 6920:17, 6924:3
**conduct** [3] - 6790:5, 6790:9, 6867:12
**conducted** [15] - 6774:15, 6774:17, 6774:18, 6774:24, 6775:11, 6775:17, 6776:7, 6839:7, 6839:9, 6840:7, 6841:14, 6841:15, 6848:1, 6851:11, 6859:9
**conducting** [2] - 6778:10, 6833:8
**confer** [2] - 6868:25, 6869:10
**conference** [1] - 6806:2
**confidence** [1] - 6892:5
**configuration** [2] - 6858:2, 6883:2
**confine** [1] - 6790:23
**confirmation** [1] - 6927:14
**confused** [1] - 6848:11
**Congress** [1] - 6866:15
**Congressional** [1] - 6867:17

**connect** [2] - 6910:24, 6929:10
**connected** [1] - 6911:2
**connection** [3] - 6872:4, 6881:9, 6895:22
**CONRAD** [1] - 6762:19
**cons** [3] - 6892:16, 6892:20, 6893:1
**consider** [4] - 6838:2, 6853:25, 6882:6, 6899:10
**considerations** [1] - 6907:13
**considered** [2] - 6862:8, 6893:17
**consistent** [3] - 6832:23, 6842:18, 6852:20
**constant** [1] - 6797:8
**constraints** [1] - 6891:15
**construction** [1] - 6804:18
**contacted** [1] - 6871:25
**contained** [2] - 6777:17, 6827:7
**containing** [1] - 6829:16
**contamination** [20] - 6782:11, 6782:13, 6782:25, 6783:3, 6783:23, 6784:8, 6784:18, 6784:24, 6785:5, 6785:7, 6785:9, 6785:12, 6785:13, 6785:18, 6785:21, 6785:25, 6867:15, 6867:22, 6867:24
**contemplating** [1] - 6821:25
**contention** [1] - 6928:11
**context** [1] - 6786:24
**continue** [2] - 6789:13, 6789:20
**continues** [1] - 6931:9
**continuing** [2] - 6774:7, 6774:11
**contrary** [1] - 6828:13
**contribute** [2] - 6831:2, 6932:11
**control** [13] - 6815:3, 6882:20, 6884:6,

6884:20, 6884:22, 6885:7, 6885:22, 6886:12, 6890:9, 6908:22, 6909:21, 6909:25, 6916:5
**Control** [5] - 6905:11, 6905:13, 6909:18, 6914:3
**controlled** [1] - 6807:21
**controls** [1] - 6877:21
**convenient** [1] - 6932:18
**conventional** [2] - 6797:10, 6797:19
**conversation** [9] - 6805:23, 6809:3, 6828:15, 6840:21, 6848:2, 6848:11, 6848:22, 6849:2, 6850:12
**conversations** [1] - 6810:2
**converted** [2] - 6887:18, 6887:22
**converts** [1] - 6837:14
**convey** [1] - 6865:16
**conveyed** [3] - 6848:4, 6848:23, 6863:8
**convoys** [1] - 6863:2
**cool** [1] - 6796:15
**cooled** [2] - 6795:20, 6795:23
**cooler** [1] - 6796:13
**copied** [1] - 6871:14
**copies** [4] - 6827:10, 6827:16, 6859:5, 6864:15
**COREY** [1] - 6764:7
**CORPORATE** [1] - 6762:20
**CORPORATION** [1] - 6766:2
**correct** [277] - 6770:5, 6772:22, 6773:1, 6773:2, 6773:5, 6773:6, 6774:9, 6774:13, 6774:19, 6774:22, 6774:23, 6775:1, 6775:7, 6775:12, 6775:17, 6775:21, 6775:25, 6776:3, 6776:7, 6776:8, 6776:15, 6776:21, 6776:24, 6777:6, 6777:7, 6777:22,

6777:23, 6779:20, 6780:1, 6780:4, 6780:23, 6781:1, 6781:7, 6781:9, 6781:17, 6781:21, 6781:22, 6782:16, 6783:21, 6784:5, 6785:5, 6785:8, 6785:12, 6786:6, 6786:21, 6787:14, 6787:17, 6787:19, 6787:23, 6788:1, 6788:3, 6788:7, 6788:12, 6789:23, 6790:2, 6790:3, 6791:2, 6791:21, 6792:9, 6792:20, 6793:11, 6793:14, 6793:24, 6794:6, 6794:25, 6795:1, 6795:2, 6795:4, 6795:12, 6795:23, 6797:2, 6797:5, 6797:11, 6798:1, 6799:11, 6799:14, 6799:17, 6799:21, 6800:13, 6800:15, 6800:18, 6800:20, 6802:5, 6802:9, 6802:23, 6804:8, 6804:13, 6804:18, 6804:22, 6804:25, 6805:2, 6805:4, 6805:8, 6805:12, 6805:16, 6805:23, 6806:12, 6806:20, 6806:25, 6807:8, 6807:11, 6809:12, 6809:13, 6809:24, 6811:1, 6811:9, 6812:17, 6812:21, 6812:25, 6813:18, 6813:20, 6813:23, 6814:7, 6814:23, 6815:17, 6815:24, 6817:25, 6818:10, 6818:20, 6819:6, 6820:1, 6820:25, 6821:6, 6821:14, 6821:18, 6822:9, 6822:10, 6822:16, 6822:22, 6822:23, 6822:25, 6823:10, 6823:16, 6823:24, 6824:9, 6824:14, 6825:1, 6825:11, 6825:15, 6826:24, 6827:1, 6827:17, 6828:7, 6830:8, 6831:1, 6831:8, 6831:24, 6832:12,

6833:3, 6834:17,
6834:19, 6835:24,
6837:14, 6837:25,
6838:6, 6839:7,
6839:21, 6839:23,
6841:7, 6841:10,
6841:16, 6842:1,
6846:1, 6847:14,
6848:1, 6849:16,
6850:3, 6851:3,
6852:8, 6852:17,
6853:7, 6854:13,
6855:2, 6855:13,
6855:21, 6856:1,
6857:1, 6857:3,
6857:20, 6858:19,
6859:21, 6860:4,
6860:8, 6860:11,
6861:1, 6862:5,
6862:9, 6862:12,
6863:10, 6863:13,
6863:16, 6864:6,
6865:9, 6867:9,
6868:22, 6882:25,
6885:8, 6892:18,
6892:19, 6894:12,
6894:23, 6897:13,
6897:14, 6897:25,
6898:25, 6901:21,
6903:10, 6903:15,
6903:18, 6904:1,
6904:2, 6905:2,
6906:12, 6907:6,
6909:5, 6909:9,
6909:22, 6910:1,
6911:7, 6911:11,
6911:24, 6912:5,
6912:10, 6913:21,
6913:22, 6914:5,
6915:8, 6915:18,
6918:16, 6918:24,
6919:15, 6920:6,
6920:7, 6920:10,
6921:19, 6922:1,
6922:5, 6922:7,
6922:14, 6922:25,
6923:9, 6923:12,
6923:18, 6923:19,
6923:22, 6923:25,
6924:2, 6924:6,
6924:9, 6924:10,
6925:20, 6925:21,
6925:24, 6925:25,
6926:6, 6926:7,
6926:14, 6926:17,
6927:1, 6927:4,
6927:12, 6927:17,
6927:21, 6928:25,
6929:3, 6929:4,
6930:3, 6930:17,
6930:18, 6931:6,

6931:14, 6931:24,
6932:1, 6932:8,
6932:12, 6933:7
    **correctly** [12] -
6896:17, 6897:8,
6901:13, 6906:25,
6907:15, 6919:24,
6920:3, 6921:2,
6921:4, 6925:6,
6930:22, 6931:3
    **corresponding** [1] -
6925:5
    **corrosion** [1] -
6878:19
    **cost** [2] - 6816:7,
6893:6
    **cough** [1] - 6854:22
    **could** [96] - 6773:22,
6779:10, 6779:22,
6780:19, 6781:14,
6781:24, 6782:3,
6782:17, 6783:1,
6784:6, 6785:5,
6785:15, 6787:1,
6787:10, 6788:4,
6788:13, 6790:18,
6791:16, 6792:11,
6792:17, 6793:1,
6793:19, 6794:16,
6794:22, 6795:14,
6795:24, 6796:16,
6797:17, 6798:3,
6798:19, 6802:10,
6802:13, 6802:18,
6802:19, 6803:2,
6803:8, 6804:7,
6804:14, 6805:19,
6805:20, 6806:13,
6811:12, 6812:21,
6813:6, 6813:17,
6814:5, 6814:21,
6815:5, 6817:1,
6817:14, 6817:18,
6818:25, 6819:1,
6822:17, 6823:11,
6823:17, 6824:5,
6824:23, 6825:22,
6827:3, 6827:4,
6828:24, 6829:10,
6830:2, 6835:23,
6838:24, 6842:12,
6846:3, 6854:4,
6855:23, 6856:12,
6857:18, 6861:9,
6862:24, 6867:18,
6868:19, 6868:24,
6870:1, 6871:15,
6872:15, 6873:3,
6874:2, 6879:4,
6879:17, 6879:22,

6880:19, 6883:7,
6886:14, 6893:22,
6905:15, 6909:12,
6918:15, 6918:18,
6918:19, 6921:20,
6926:3
    **couldn't** [3] - 6818:6,
6827:3, 6842:12
    **counsel** [7] -
6833:21, 6840:15,
6840:18, 6840:19,
6840:21, 6905:4,
6918:21
    **couple** [15] -
6800:21, 6807:18,
6821:11, 6824:3,
6831:19, 6852:10,
6870:6, 6870:7,
6870:18, 6876:13,
6879:5, 6913:10,
6917:21, 6919:14,
6922:23
    **course** [4] - 6807:10,
6826:22, 6891:20,
6916:2
    **courses** [1] - 6807:6
    **Court** [26] - 6770:6,
6770:10, 6771:7,
6771:18, 6773:9,
6846:15, 6859:24,
6877:13, 6878:11,
6878:24, 6880:14,
6883:12, 6883:15,
6884:8, 6885:13,
6888:3, 6890:22,
6893:8, 6893:14,
6893:21, 6894:14,
6894:21, 6901:18,
6933:5, 6933:6,
6933:14
    **court** [4] - 6912:15,
6914:13, 6915:21,
6916:25
    **COURT** [92] - 6761:1,
6766:21, 6768:5,
6768:11, 6768:14,
6768:17, 6769:5,
6769:24, 6770:3,
6770:6, 6770:14,
6770:20, 6770:22,
6770:24, 6771:20,
6772:4, 6772:7,
6772:11, 6778:6,
6778:13, 6778:24,
6779:1, 6779:3,
6780:12, 6780:15,
6780:18, 6784:20,
6786:10, 6786:12,
6786:14, 6786:17,
6788:19, 6790:22,

6796:19, 6799:1,
6801:17, 6803:11,
6803:13, 6819:15,
6819:18, 6819:19,
6847:3, 6861:6,
6861:10, 6869:5,
6869:7, 6869:11,
6869:14, 6869:19,
6869:20, 6869:22,
6870:11, 6874:21,
6874:23, 6875:1,
6875:6, 6875:8,
6875:10, 6875:12,
6875:14, 6875:16,
6875:19, 6876:4,
6876:22, 6877:1,
6877:4, 6881:22,
6882:4, 6882:12,
6887:9, 6887:12,
6892:7, 6894:7,
6895:8, 6896:7,
6898:8, 6900:18,
6900:25, 6902:10,
6908:12, 6908:15,
6915:15, 6916:17,
6916:19, 6916:21,
6916:23, 6917:3,
6917:7, 6917:9,
6917:12, 6928:7,
6932:20
    **Court's** [3] -
6888:18, 6897:18,
6901:14
    **court's** [1] - 6914:2
    **cover** [2] - 6824:17,
6891:15
    **covered** [2] -
6780:10, 6895:13
    **covering** [1] -
6862:18
    **covers** [1] - 6889:8
    **COVINGTON** [1] -
6765:1
    **cracking** [1] -
6879:11
    **cracks** [1] - 6879:4
    **crazy** [1] - 6912:8
    **create** [2] - 6777:25,
6889:15
    **created** [3] -
6798:21, 6883:15,
6928:2
    **creating** [1] - 6932:7
    **creation** [1] -
6776:23
    **credit** [2] - 6820:15,
6882:7
    **crew** [6] - 6819:4,
6886:25, 6887:7,
6890:9, 6923:8,

6924:4
    **criminal** [1] - 6892:2
    **criteria** [1] - 6880:10
    **critical** [2] - 6797:15,
6888:11
    **cross** [11] - 6772:14,
6779:5, 6780:7,
6780:11, 6790:22,
6803:17, 6804:2,
6882:6, 6895:14,
6908:12, 6917:18
    **Cross** [5] - 6767:7,
6767:9, 6767:11,
6767:21, 6767:23
    **CROSS** [5] -
6772:15, 6779:7,
6803:14, 6895:10,
6917:15
    **Cross-Examination**
[5] - 6767:7, 6767:9,
6767:11, 6767:21,
6767:23
    **cross-examination**
[7] - 6772:14, 6803:17,
6804:2, 6882:6,
6895:14, 6908:12,
6917:18
    **CROSS-**
**EXAMINATION** [5] -
6772:15, 6779:7,
6803:14, 6895:10,
6917:15
    **CRR** [2] - 6766:21,
6933:13
    **cruder** [1] - 6920:15
    **crush** [12] - 6791:7,
6791:8, 6791:11,
6791:14, 6791:18,
6791:24, 6792:13,
6792:19, 6793:13,
6794:14, 6794:24,
6836:9
    **CSR** [11] - 6889:17,
6890:1, 6890:6,
6890:12, 6891:12,
6892:24, 6893:2,
6899:25, 6905:20,
6912:7, 6924:7
    **CSRs** [2] - 6890:9,
6912:21
    **cube** [1] - 6805:15
    **cubes** [1] - 6805:9
    **cubical** [1] - 6805:7
    **cumulative** [3] -
6780:6, 6784:21,
6786:7
    **CUNNINGHAM** [2] -
6762:8, 6762:9
    **Cunningham** [4] -
6772:22, 6871:20,

6871:22, 6872:3
**current** [1] - 6826:20
**custom** [5] -
6776:10, 6776:24,
6777:1, 6777:25
**customer** [2] -
6807:21, 6847:9
**cut** [7] - 6859:24,
6895:1, 6905:16,
6912:7, 6924:5,
6924:9
**cuts** [3] - 6889:12,
6895:2, 6913:1
**cutting** [4] - 6883:7,
6889:14, 6894:23,
6913:3
**CV** [1] - 6877:6

# D

**D** [34] - 6764:13,
6765:17, 6767:1,
6808:24, 6809:4,
6814:9, 6818:2,
6818:8, 6818:12,
6822:12, 6822:25,
6823:9, 6823:15,
6828:7, 6829:16,
6830:8, 6830:9,
6830:13, 6830:21,
6830:25, 6831:2,
6831:5, 6831:6,
6831:7, 6831:10,
6831:15, 6831:20,
6832:18, 6839:19,
6841:1, 6870:24,
6875:13, 6875:14,
6877:10
**D-4381** [2] - 6824:5,
6826:11
**D-4683** [1] - 6829:14
**D-4684** [1] - 6829:10
**D-4686** [1] - 6830:2
**D-4687** [2] - 6832:5,
6870:14
**D-4691A** [1] - 6869:2
**D-4692** [1] - 6861:8
**D-6656** [1] - 6785:15
**D-6683** [1] - 6926:19
**D-6746** [1] - 6921:6
**D-6750** [1] - 6925:12
**D-8169.1** [1] -
6883:14
**D-8169.2** [1] -
6886:19
**D-8169.3** [1] -
6887:20
**D-8169.6** [1] - 6893:7
**D-8169.7** [1] -

6893:13
**D-8176** [1] - 6894:18
**D-8246** [1] - 6894:18
**D-Air** [26] - 6808:24,
6809:4, 6818:2,
6818:8, 6818:12,
6822:12, 6822:25,
6823:9, 6823:15,
6828:7, 6829:16,
6830:8, 6830:9,
6830:13, 6830:21,
6830:25, 6831:2,
6831:7, 6831:10,
6831:15, 6831:20,
6832:18, 6839:19,
6870:24
**daily** [1] - 6812:13
**DALLAS** [1] -
6766:13
**damage** [5] -
6879:17, 6890:14,
6908:24, 6911:15,
6929:23
**damaged** [3] -
6889:10, 6910:14,
6910:22
**DANIEL** [1] - 6764:2
**Danny** [1] - 6819:9
**darker** [1] - 6799:8
**Daryl** [3] - 6840:4,
6871:9, 6871:17
**data** [8] - 6809:25,
6852:13, 6852:16,
6863:7, 6926:16,
6926:19, 6928:21,
6931:22
**date** [5] - 6823:4,
6825:22, 6826:15,
6911:19, 6918:24
**dated** [5] - 6811:16,
6821:4, 6898:23,
6903:18, 6911:5
**Daubert** [1] - 6881:9
**DAUPHIN** [1] -
6762:9
**DAVID** [2] - 6766:5,
6766:5
**David** [1] - 6768:22
**Davis** [1] - 6921:13
**Dawn** [1] - 6775:3
**day** [3] - 6774:3,
6858:10, 6865:11
**DAY** [1] - 6761:20
**days** [1] - 6872:19
**DBS** [4] - 6888:24,
6889:2, 6900:7,
6900:8
**DC** [4] - 6763:18,
6763:23, 6764:4,

6765:3
**deadman** [6] -
6889:17, 6890:16,
6890:25, 6891:2,
6891:9, 6892:14
**deal** [2] - 6879:19,
6887:24
**dealing** [1] - 6880:6
**deals** [1] - 6897:10
**DEANNA** [1] -
6763:16
**decade** [1] - 6787:14
**decide** [6] - 6768:24,
6769:9, 6769:13,
6770:3, 6884:13,
6891:12
**decided** [4] - 6785:7,
6823:14, 6845:18,
6891:10
**deciding** [2] -
6891:10, 6892:16
**decision** [4] -
6770:8, 6772:25,
6804:10
**decisions** [1] -
6816:1
**deck** [1] - 6858:18
**decrease** [2] -
6925:10, 6926:20
**dedicated** [1] -
6891:13
**deemed** [1] -
6806:21
**deep** [7] - 6787:16,
6795:19, 6816:8,
6818:6, 6909:4,
6911:6, 6913:25
**deep-water** [1] -
6795:19
**Deepwater** [12] -
6820:3, 6820:6,
6820:22, 6821:14,
6822:8, 6840:24,
6882:19, 6902:1,
6905:7, 6908:8,
6908:21, 6910:1
**deepwater** [4] -
6821:8, 6828:25,
6879:8, 6888:10
**DEEPWATER** [3] -
6761:5, 6765:9,
6765:10
**deficiencies** [1] -
6883:1
**deficient** [1] -
6893:11
**definite** [1] - 6903:10
**definitely** [3] -
6855:23, 6856:12,
6861:24

**definition** [1] -
6885:10
**defoamer** [6] -
6824:13, 6825:11,
6826:5, 6826:6,
6828:7
**defoamers** [1] -
6781:25
**degradation** [1] -
6883:3
**degraded** [3] -
6883:9, 6883:11,
6883:21
**DEGRAVELLES** [2] -
6763:1, 6763:2
**degree** [4] - 6877:14,
6877:15, 6877:19,
6878:2
**degrees** [7] -
6799:20, 6800:15,
6800:21, 6800:25,
6801:4, 6801:6,
6889:3
**delay** [2] - 6781:10,
6782:8
**delayed** [1] - 6782:10
**DELEMARRE** [1] -
6763:21
**delivers** [1] -
6816:16
**demonstrate** [1] -
6849:4
**demonstrated** [5] -
6833:25, 6845:5,
6845:25, 6848:10,
6860:6
**demonstrates** [2] -
6846:25, 6862:4
**DEMONSTRATING**
[1] - 6931:14
**demonstrative** [14] -
6812:11, 6829:11,
6843:19, 6847:25,
6869:1, 6870:20,
6875:4, 6884:9,
6888:4, 6893:15,
6894:14, 6925:11,
6927:24, 6931:20
**demonstratives** [1] -
6928:2
**DENISE** [1] -
6766:18
**densities** [1] -
6854:10
**density** [25] -
6833:21, 6834:10,
6834:18, 6834:22,
6834:24, 6836:15,
6836:16, 6837:25,
6838:19, 6840:1,

6842:12, 6842:14,
6842:15, 6845:18,
6845:20, 6845:22,
6845:25, 6846:4,
6846:9, 6846:13,
6847:7, 6847:16,
6847:20, 6847:22,
6853:7
**department** [5] -
6813:22, 6814:12,
6879:1, 6925:14,
6926:8
**DEPARTMENT** [4] -
6763:10, 6763:14,
6763:19, 6764:1
**dependent** [1] -
6796:9
**depends** [2] -
6782:17, 6852:11
**depicted** [1] - 6776:3
**deposition** [9] -
6783:14, 6810:10,
6810:12, 6810:19,
6810:22, 6818:5,
6850:17, 6858:1,
6858:11
**depositions** [1] -
6880:17
**depth** [2] - 6798:14,
6829:7, 6829:24
**DEPUTY** [4] -
6869:17, 6875:20,
6875:23, 6932:23
**describe** [8] -
6828:19, 6859:20,
6878:24, 6880:14,
6884:8, 6887:21,
6890:22, 6894:21
**described** [6] -
6805:6, 6807:2,
6812:4, 6854:4,
6854:5, 6855:10
**describes** [1] -
6820:2
**design** [28] -
6804:24, 6806:18,
6808:22, 6809:4,
6809:7, 6809:23,
6811:8, 6812:16,
6812:20, 6813:3,
6813:17, 6814:23,
6816:25, 6817:14,
6818:11, 6831:24,
6847:10, 6877:19,
6878:16, 6879:8,
6883:2, 6884:18,
6888:12, 6891:17,
6891:20, 6921:22,
6922:4, 6929:25
**designated** [2] -

6806:2, 6808:1

**designation** [1] - 6839:4

**designed** [3] - 6781:10, 6828:20, 6840:3

**designer** [2] - 6907:14, 6907:17

**designers** [1] - 6907:21

**designing** [4] - 6818:9, 6828:13, 6878:3, 6891:18

**designs** [1] - 6826:10

**desire** [1] - 6833:2

**desired** [1] - 6833:7

**despite** [1] - 6784:19

**destabilization** [1] - 6782:3

**destabilize** [2] - 6781:25, 6784:11

**destroyed** [1] - 6785:24

**detail** [4] - 6777:17, 6883:18, 6883:20, 6888:18

**details** [1] - 6804:17

**determination** [3] - 6797:20, 6797:25, 6804:9

**determine** [6] - 6878:18, 6880:22, 6881:13, 6886:14, 6887:17, 6901:20

**determined** [1] - 6848:12

**determines** [1] - 6774:21

**develop** [5] - 6777:2, 6777:21, 6782:12, 6804:23, 6814:18

**development** [4] - 6813:22, 6814:12, 6866:25, 6867:20

**develops** [1] - 6804:21

**device** [4] - 6884:6, 6884:22, 6891:10, 6916:4

**devices** [2] - 6878:17, 6878:20

**DEXTER** [1] - 6764:8

**DG** [1] - 6826:2

**diagram** [1] - 6861:12

**diameter** [4] - 6853:2, 6853:4, 6879:15, 6918:7

**dictated** [5] -

6783:12, 6783:16, 6783:20, 6873:1, 6873:7

**dictates** [2] - 6782:23, 6783:18

**dictating** [2] - 6773:23, 6774:1

**Did** [2] - 6789:8, 6906:24

**did** [174] - 6773:11, 6774:11, 6776:10, 6784:25, 6785:24, 6788:2, 6788:21, 6788:25, 6789:2, 6789:4, 6789:8, 6791:15, 6795:14, 6795:16, 6801:23, 6802:1, 6806:23, 6808:18, 6808:21, 6808:24, 6809:3, 6809:10, 6809:25, 6810:15, 6810:25, 6811:8, 6812:13, 6814:9, 6814:24, 6815:11, 6817:7, 6817:13, 6817:16, 6817:17, 6818:2, 6818:3, 6818:6, 6819:3, 6819:4, 6819:15, 6821:1, 6822:4, 6822:25, 6823:9, 6827:5, 6827:12, 6827:13, 6827:15, 6827:20, 6827:21, 6827:22, 6827:24, 6828:3, 6828:10, 6828:11, 6828:14, 6830:10, 6830:11, 6831:7, 6833:11, 6833:12, 6835:9, 6836:25, 6837:4, 6839:15, 6839:16, 6839:18, 6839:22, 6840:1, 6841:13, 6841:18, 6842:6, 6842:14, 6842:15, 6843:17, 6843:21, 6844:1, 6844:5, 6844:15, 6848:15, 6849:10, 6849:17, 6850:9, 6850:20, 6850:21, 6852:1, 6853:14, 6853:20, 6853:21, 6853:25, 6855:3, 6856:1, 6856:6, 6856:15, 6856:25, 6858:2, 6858:9, 6858:14, 6858:24, 6859:3, 6859:4, 6859:11, 6863:18,

6863:23, 6871:13, 6871:17, 6871:21, 6872:9, 6872:22, 6873:4, 6873:17, 6873:19, 6874:14, 6877:14, 6877:15, 6877:16, 6877:18, 6877:22, 6878:9, 6880:15, 6880:18, 6880:24, 6881:1, 6881:4, 6886:2, 6886:20, 6887:17, 6893:8, 6894:5, 6895:17, 6895:20, 6896:17, 6897:8, 6897:17, 6898:2, 6901:5, 6901:23, 6901:24, 6901:25, 6902:3, 6902:13, 6902:18, 6904:11, 6904:12, 6905:5, 6905:13, 6905:15, 6905:17, 6905:18, 6905:20, 6905:22, 6907:14, 6909:18, 6910:12, 6910:17, 6910:20, 6912:20, 6913:20, 6914:14, 6916:8, 6919:22, 6919:24, 6920:2, 6920:4, 6921:3, 6921:7, 6925:6, 6930:22, 6931:2

**didn't** [49] - 6778:12, 6784:19, 6784:24, 6785:11, 6785:13, 6788:23, 6788:24, 6789:6, 6801:19, 6801:22, 6802:1, 6802:19, 6823:18, 6827:6, 6827:10, 6827:13, 6827:23, 6828:2, 6828:9, 6829:17, 6831:5, 6833:15, 6839:17, 6843:25, 6848:19, 6849:7, 6850:4, 6850:8, 6850:14, 6853:21, 6853:22, 6855:7, 6855:14, 6855:22, 6856:2, 6856:11, 6857:23, 6858:9, 6858:11, 6873:15, 6881:3, 6881:16, 6902:20, 6905:11, 6910:10, 6921:1, 6925:9, 6928:23

**difference** [3] - 6781:2, 6801:11, 6814:14

**different** [20] - 6778:2, 6794:10, 6794:12, 6794:13, 6809:2, 6820:3, 6835:20, 6839:10, 6839:22, 6844:12, 6852:25, 6860:18, 6860:25, 6872:18, 6872:19, 6872:21, 6895:20, 6928:25

**difficult** [2] - 6879:3, 6918:18

**dilute** [1] - 6783:2

**DIRE** [1] - 6876:5

**Dire** [1] - 6767:17

**DIRECT** [1] - 6882:13

**direct** [6] - 6780:7, 6780:10, 6781:19, 6796:20, 6810:10, 6866:14

**Direct** [1] - 6767:19

**directed** [2] - 6806:20, 6928:15

**director** [2] - 6814:4, 6881:19

**disagree** [5] - 6802:21, 6802:25, 6803:4, 6847:15, 6856:10

**disagrees** [1] - 6881:18

**discovered** [1] - 6840:12

**discuss** [6] - 6774:11, 6774:16, 6858:25, 6888:3, 6889:19, 6894:5

**discussed** [13] - 6774:6, 6776:2, 6776:13, 6778:9, 6778:20, 6779:12, 6804:3, 6848:18, 6885:20, 6887:1, 6899:4, 6919:21

**discusses** [1] - 6892:11

**discussing** [3] - 6862:16, 6890:22, 6896:19

**discussion** [4] - 6787:3, 6812:10, 6832:14, 6900:15

**discussions** [3] - 6790:16, 6818:13, 6849:25

**dispersant** [7] - 6781:12, 6781:13, 6781:17, 6781:20, 6782:3, 6782:7,

6839:16

**dispersants** [1] - 6781:25

**displacement** [1] - 6863:8

**dispute** [1] - 6787:9

**distance** [1] - 6857:6

**distinguishing** [1] - 6920:16

**District** [2] - 6933:6

**DISTRICT** [3] - 6761:1, 6761:2, 6761:23

**district** [1] - 6824:21

**Districts** [1] - 6824:19

**diverter** [1] - 6915:8

**DIVISION** [3] - 6763:11, 6763:14, 6763:20

**DMS** [3] - 6891:9, 6891:12, 6892:13

**DNV** [1] - 6919:17

**Doctor** [2] - 6877:6, 6890:1

**doctor's** [1] - 6877:19

**doctorate** [1] - 6877:18

**document** [30] - 6777:10, 6777:14, 6777:15, 6794:25, 6798:2, 6798:5, 6807:16, 6816:5, 6816:11, 6819:25, 6825:20, 6829:15, 6830:4, 6832:4, 6838:20, 6839:8, 6845:12, 6846:8, 6864:11, 6884:10, 6889:22, 6890:19, 6892:3, 6892:10, 6899:22, 6901:18, 6901:19, 6902:8, 6905:1, 6912:9

**DOCUMENT** [1] - 6761:11

**documentation** [4] - 6846:5, 6898:11, 6902:22, 6909:11

**documents** [4] - 6824:12, 6828:8, 6890:15, 6914:2

**does** [47] - 6779:19, 6781:13, 6796:14, 6802:8, 6820:11, 6820:17, 6825:3, 6837:20, 6837:21, 6838:12, 6838:13, 6838:21, 6839:4,

6839:5, 6842:11,
6845:8, 6845:9,
6845:12, 6846:22,
6849:3, 6852:5,
6852:6, 6864:1,
6866:9, 6866:20,
6868:12, 6876:25,
6881:21, 6887:24,
6889:7, 6889:16,
6896:23, 6900:7,
6901:2, 6901:5,
6903:24, 6903:25,
6904:2, 6908:2,
6908:7, 6912:24,
6913:4, 6916:11,
6925:10, 6925:19
   **doesn't** [13] - 6803:8,
6803:9, 6820:20,
6838:20, 6845:13,
6847:17, 6855:23,
6867:12, 6888:14,
6900:16, 6917:13,
6924:7, 6929:18
   **dogleg** [2] - 6788:2,
6788:8
   **doing** [16] - 6773:9,
6789:13, 6796:3,
6810:6, 6810:14,
6818:18, 6823:2,
6858:15, 6866:8,
6871:25, 6872:5,
6878:4, 6878:13,
6900:19, 6903:16,
6915:21
   **DOJ** [1] - 6789:25
   **DOMENGEAUX** [1] -
6762:3
   **DON** [1] - 6764:22
   **don't** [72] - 6768:24,
6769:18, 6772:7,
6774:10, 6777:11,
6777:15, 6780:12,
6780:15, 6784:20,
6789:4, 6789:19,
6791:22, 6798:8,
6804:23, 6805:6,
6806:8, 6806:9,
6806:14, 6806:23,
6808:8, 6809:1,
6809:5, 6809:10,
6809:22, 6810:4,
6810:5, 6810:15,
6810:16, 6818:4,
6818:9, 6823:6,
6826:25, 6827:9,
6828:7, 6828:15,
6831:22, 6835:19,
6836:3, 6836:5,
6839:6, 6840:6,
6840:21, 6849:9,

6853:14, 6856:17,
6856:21, 6858:6,
6858:9, 6858:10,
6858:11, 6858:15,
6858:16, 6861:23,
6865:4, 6873:7,
6873:22, 6875:7,
6875:8, 6875:16,
6877:9, 6881:19,
6888:18, 6895:16,
6896:8, 6897:17,
6901:7, 6919:13,
6920:11, 6920:13,
6920:14, 6925:13,
6926:5
   **Don't** [1] - 6789:9
   **DONALD** [1] -
6766:11
   **done** [25] - 6769:12,
6782:21, 6795:7,
6807:4, 6812:1,
6814:15, 6818:14,
6818:16, 6821:13,
6829:11, 6841:6,
6855:11, 6866:12,
6878:22, 6880:13,
6881:13, 6882:5,
6905:10, 6905:11,
6915:10, 6918:9,
6918:11, 6919:18,
6928:6
   **dotted** [1] - 6799:9
   **double** [4] - 6888:9,
6888:10, 6893:18,
6903:16
   **DOUGLAS** [1] -
6764:17
   **down** [42] - 6780:20,
6787:17, 6787:25,
6788:15, 6793:11,
6793:14, 6793:23,
6794:6, 6795:19,
6795:20, 6795:23,
6821:8, 6821:20,
6825:7, 6830:4,
6844:24, 6868:16,
6872:24, 6875:15,
6875:18, 6883:11,
6885:18, 6889:9,
6891:7, 6900:5,
6904:25, 6905:1,
6907:10, 6911:1,
6911:13, 6912:12,
6912:24, 6924:20,
6924:24, 6925:2,
6925:24, 6926:3,
6926:6, 6928:13,
6929:8, 6931:12
   **downgraded** [1] -
6884:4

**downhole** [1] -
6879:21
   **Doyen** [2] - 6767:23,
6917:17
   **DOYEN** [20] -
6765:17, 6886:23,
6887:6, 6892:4,
6898:4, 6900:12,
6908:11, 6908:14,
6908:16, 6915:11,
6915:14, 6916:24,
6917:4, 6917:8,
6917:11, 6917:16,
6927:23, 6927:25,
6928:10, 6932:18
   **Dr** [13] - 6770:17,
6876:7, 6876:19,
6881:6, 6881:9,
6881:20, 6882:15,
6894:10, 6917:17,
6917:20, 6919:21,
6921:11, 6921:13
   **DR** [2] - 6767:15,
6875:21
   **draft** [1] - 6893:8
   **dramatically** [2] -
6925:4, 6927:1
   **draw** [1] - 6800:4
   **drawing** [1] -
6808:14
   **DRESCHER** [1] -
6762:14
   **drift** [2] - 6921:25,
6922:12
   **drifted** [1] - 6921:13
   **drill** [46] - 6864:6,
6878:19, 6878:21,
6879:21, 6879:25,
6889:12, 6889:13,
6899:4, 6900:3,
6900:8, 6900:21,
6901:3, 6902:23,
6905:6, 6905:16,
6906:12, 6906:22,
6910:24, 6911:2,
6911:3, 6913:2,
6914:11, 6914:18,
6914:21, 6915:1,
6915:3, 6918:9,
6921:3, 6922:19,
6923:4, 6923:17,
6924:21, 6925:3,
6925:6, 6925:15,
6925:20, 6925:23,
6930:17, 6930:20,
6930:25, 6931:1,
6932:7, 6932:10
   **DRILLING** [1] -
6765:9
   **Drilling** [1] - 6905:25

**drilling** [18] -
6787:13, 6815:22,
6815:24, 6821:14,
6862:10, 6872:20,
6873:17, 6874:11,
6874:14, 6884:3,
6886:3, 6886:13,
6886:16, 6888:10,
6891:16, 6891:19,
6903:12, 6905:16
   **drillpipe** [3] -
6906:23, 6907:19,
6907:20
   **Drillstring** [1] -
6906:1
   **drink** [1] - 6854:21
   **DRIVE** [1] - 6762:20
   **drop** [2] - 6787:21,
6925:4
   **dropped** [1] - 6881:3
   **dropping** [1] -
6927:4
   **drops** [1] - 6927:1
   **dry** [1] - 6839:20
   **Dubois** [14] -
6843:18, 6848:2,
6848:8, 6848:9,
6848:15, 6848:22,
6849:2, 6849:10,
6849:18, 6849:22,
6850:1, 6850:2,
6850:6, 6850:13
   **due** [17] - 6787:11,
6788:6, 6788:16,
6789:3, 6789:17,
6856:7, 6877:2,
6878:18, 6878:19,
6880:2, 6880:5,
6883:1, 6884:3,
6891:14, 6911:2,
6916:15, 6931:16
   **Duncan** [1] - 6814:17
   **during** [16] - 6773:4,
6773:9, 6775:20,
6776:6, 6806:4,
6811:19, 6841:3,
6845:9, 6855:18,
6858:24, 6886:11,
6906:20, 6910:6,
6910:9, 6910:13,
6912:6
   **dynamic** [1] -
6916:11
   **dynamics** [2] -
6877:20, 6916:14

# E

**E** [6] - 6766:11,

6766:18, 6767:1,
6768:3, 6876:1
   **e** [5] - 6770:10,
6772:8, 6775:5,
6775:9, 6779:12,
6779:25, 6780:8,
6780:9, 6780:20,
6786:9, 6786:25,
6787:4, 6787:7,
6789:9, 6794:18,
6805:18, 6805:20,
6809:11, 6809:25,
6811:14, 6811:16,
6835:25, 6844:10,
6844:11, 6844:16,
6844:16, 6844:19,
6845:3, 6850:10,
6850:10, 6850:23,
6864:15, 6868:2,
6868:10, 6868:18,
6871:9, 6896:3,
6897:3, 6897:10,
6898:16, 6898:23,
6899:4, 6901:2,
6901:6, 6902:3,
6902:14, 6903:12,
6903:18, 6904:12,
6911:20, 6911:22
   **e-mail** [49] - 6770:10,
6772:8, 6775:5,
6775:9, 6779:12,
6779:25, 6780:8,
6780:9, 6780:20,
6786:9, 6786:25,
6787:4, 6787:7,
6789:9, 6794:18,
6805:18, 6805:20,
6809:25, 6811:14,
6811:16, 6835:25,
6844:10, 6844:11,
6844:16, 6844:19,
6845:3, 6850:10,
6850:23, 6864:15,
6868:2, 6868:10,
6868:18, 6871:9,
6896:3, 6897:3,
6897:10, 6898:16,
6898:23, 6899:4,
6901:2, 6901:6,
6902:3, 6902:14,
6903:12, 6903:18,
6904:12, 6911:20,
6911:22
   **e-mailed** [1] -
6809:11
   **each** [9] - 6805:17,
6828:19, 6874:16,
6883:21, 6884:20,
6884:23, 6885:12,
6887:4
   **earlier** [18] - 6772:17,

6774:14, 6779:12, 6781:2, 6781:19, 6783:14, 6802:7, 6829:15, 6832:19, 6833:19, 6869:14, 6871:20, 6872:9, 6876:24, 6917:21, 6918:21, 6923:23

**earliest** [1] - 6910:15

**early** [6] - 6810:21, 6812:9, 6821:24, 6823:1, 6828:3, 6863:8

**earth** [2] - 6787:25, 6795:25

**Eastern** [1] - 6933:6

**EASTERN** [1] - 6761:2

**eaten** [1] - 6930:3

**ECD** [2] - 6816:2, 6856:7

**ECDs** [4] - 6854:9, 6854:12, 6855:20, 6855:24

**edge** [1] - 6929:20

**educational** [1] - 6876:8

**EDWARDS** [1] - 6762:3

**effect** [4] - 6781:7, 6781:8, 6781:16, 6931:12

**effecting** [1] - 6891:3

**effective** [3] - 6862:8, 6914:22, 6916:6

**effectively** [1] - 6889:18

**effects** [2] - 6931:16, 6931:18

**efficiencies** [1] - 6816:8

**effort** [1] - 6804:18

**eight** [17] - 6770:9, 6770:17, 6770:25, 6771:14, 6771:15, 6771:19, 6772:5, 6810:11, 6851:18, 6866:9, 6866:10, 6866:20, 6866:21, 6867:2, 6873:23, 6874:1, 6874:10

**either** [5] - 6783:4, 6810:13, 6864:9, 6870:23, 6930:19

**elastic** [1] - 6921:2

**elastomeric** [2] - 6909:13, 6928:13

**electrical** [1] - 6920:11

**electronics** [1] - 6877:20

**element** [7] - 6883:11, 6885:1, 6887:11, 6893:18, 6894:6, 6911:4

**elements** [7] - 6880:17, 6884:25, 6893:11, 6909:13, 6910:25, 6928:13, 6929:22

**eliminate** [1] - 6921:24

**eliminated** [1] - 6922:14

**ELIZABETH** [1] - 6764:3

**ELLIS** [1] - 6765:4

**ELM** [1] - 6766:13

**ELMO** [2] - 6861:9, 6861:12

**else** [3] - 6768:18, 6846:19, 6919:12

**embedded** [1] - 6805:4

**emergency** [9] - 6883:7, 6888:17, 6889:7, 6889:18, 6890:8, 6891:6, 6891:10, 6894:12, 6913:21

**empty** [3] - 6820:18, 6820:19, 6820:21

**encouraged** [1] - 6780:9

**end** [12] - 6789:22, 6804:1, 6835:19, 6835:6, 6836:17, 6880:4, 6913:23, 6922:19, 6927:8, 6929:10, 6931:17, 6932:4

**ending** [2] - 6885:6, 6890:19

**ends** [1] - 6889:25

**energy** [1] - 6816:8

**ENERGY** [2] - 6765:11, 6766:10

**ENFORCEMENT** [1] - 6763:15

**engineer** [4] - 6847:9, 6878:1, 6878:8, 6903:12

**engineering** [13] - 6814:9, 6814:11, 6814:15, 6814:16, 6876:10, 6876:11, 6879:1, 6879:2, 6888:12, 6891:21, 6901:15, 6904:23

**Engineering** [1] - 6880:9

**Engineering's** [1] - 6882:16

**engineers** [12] - 6772:21, 6772:22, 6773:9, 6794:19, 6805:10, 6814:16, 6815:22, 6873:17, 6874:12, 6874:15, 6906:21, 6918:17

**Englebert** [1] - 6880:24

**enough** [8] - 6790:4, 6855:25, 6865:13, 6870:6, 6889:3, 6904:20, 6919:7, 6919:8

**ensure** [1] - 6884:19

**entire** [5] - 6780:6, 6800:6, 6816:14, 6889:8, 6912:24

**entitled** [1] - 6933:9

**entrain** [1] - 6842:15

**entraining** [1] - 6837:19

**entrainment** [1] - 6826:6

**entries** [1] - 6829:20

**entry** [4] - 6835:18, 6835:23, 6843:14, 6844:8

**environment** [2] - 6784:11, 6909:5

**ENVIRONMENT** [1] - 6763:14

**environmental** [3] - 6802:16, 6803:3, 6891:3

**ENVIRONMENTAL** [1] - 6763:15

**environmentally** [1] - 6871:10

**EPA** [1] - 6783:12

**equalizes** [2] - 6889:12, 6913:1

**equations** [1] - 6880:11

**equip** [1] - 6864:6

**equipment** [4] - 6882:20, 6898:6, 6908:4, 6915:18

**equivalent** [1] - 6854:9

**Eric** [1] - 6772:22

**Erick** [3] - 6871:20, 6871:22, 6872:3

**erode** [1] - 6914:11

**eroded** [2] - 6928:15, 6929:20

**eroding** [2] - 6911:3, 6913:23

**erosion** [13] - 6877:16, 6877:17, 6879:20, 6909:1, 6910:23, 6912:4, 6912:22, 6914:17, 6916:5, 6928:14, 6928:18, 6929:14, 6929:18

**erosive** [3] - 6909:5, 6913:22, 6914:1

**especially** [1] - 6909:7

**ESQ** [54] - 6762:3, 6762:6, 6762:9, 6762:11, 6762:14, 6762:17, 6762:19, 6762:22, 6763:2, 6763:4, 6763:7, 6763:11, 6763:15, 6763:16, 6763:16, 6763:17, 6763:17, 6763:20, 6763:21, 6763:21, 6763:22, 6763:22, 6764:2, 6764:3, 6764:3, 6764:7, 6764:8, 6764:17, 6764:17, 6764:22, 6765:2, 6765:4, 6765:5, 6765:5, 6765:11, 6765:14, 6765:14, 6765:17, 6765:17, 6765:18, 6765:20, 6765:23, 6766:2, 6766:5, 6766:5, 6766:6, 6766:6, 6766:11, 6766:11, 6766:12, 6766:15, 6766:18, 6766:18, 6766:19

**essentially** [6] - 6779:25, 6787:5, 6789:16, 6790:1, 6839:19, 6890:5

**establish** [2] - 6784:18, 6793:4

**estimate** [1] - 6930:12

**estimated** [2] - 6863:6, 6865:19

**ET** [2] - 6761:13, 6761:16

**evaluate** [2] - 6906:21, 6907:22

**even** [20] - 6795:11, 6834:24, 6849:13, 6860:7, 6881:16, 6883:9, 6884:6,

6891:5, 6895:23, 6897:7, 6902:20, 6905:8, 6908:22, 6912:6, 6915:3, 6916:3, 6924:4, 6930:25, 6931:2, 6931:11

**evening** [8] - 6770:3, 6770:7, 6772:1, 6772:5, 6863:10, 6900:15, 6910:19, 6920:10

**event** [2] - 6816:10, 6886:12

**events** [3] - 6864:2, 6891:7, 6929:24

**ever** [20] - 6777:14, 6810:13, 6833:17, 6836:23, 6836:25, 6837:4, 6846:8, 6846:10, 6853:14, 6853:20, 6858:2, 6871:24, 6874:15, 6901:23, 6901:25, 6902:3, 6902:4, 6902:8, 6902:18, 6913:22

**every** [8] - 6803:23, 6857:15, 6861:23, 6883:11, 6888:5, 6896:15, 6897:2, 6911:4

**everybody** [8] - 6770:12, 6771:15, 6773:7, 6773:22, 6819:19, 6859:5, 6865:11, 6892:22

**everybody's** [1] - 6771:14

**everyone** [8] - 6769:4, 6771:18, 6772:5, 6865:6, 6869:20, 6916:8, 6917:5, 6925:22

**everything** [1] - 6815:25

**evidence** [22] - 6768:7, 6790:21, 6885:3, 6886:20, 6901:18, 6901:23, 6901:24, 6902:3, 6902:7, 6902:13, 6902:18, 6919:22, 6919:23, 6920:1, 6921:24, 6922:7, 6922:9, 6922:11, 6922:14, 6928:12, 6928:22

**evidenced** [1] - 6925:4

**exact** [3] - 6859:10, 6880:11, 6904:24

**exactly** [5] - 6777:21, 6823:6, 6896:13, 6907:4, 6926:24

**Examination** [8] - 6767:7, 6767:9, 6767:11, 6767:13, 6767:17, 6767:19, 6767:21, 6767:23

**examination** [10] - 6772:14, 6780:7, 6803:17, 6804:2, 6824:7, 6882:6, 6895:14, 6908:12, 6917:2, 6917:18

**EXAMINATION** [8] - 6772:15, 6779:7, 6803:14, 6870:15, 6876:5, 6882:13, 6895:10, 6917:15

**examining** [1] - 6918:21

**exceed** [3] - 6854:10, 6854:12, 6884:21

**exceeding** [1] - 6856:7

**exceeds** [1] - 6898:21

**except** [2] - 6815:12, 6915:8

**excessive** [1] - 6826:5

**excuse** [4] - 6866:10, 6903:1, 6924:12, 6932:17

**executed** [1] - 6864:18

**executive** [1] - 6882:19

**exhibit** [2] - 6799:3, 6901:15

**Exhibit** [6] - 6792:11, 6812:11, 6857:9, 6858:3, 6865:22, 6897:10

**exhibits** [2] - 6768:8, 6768:18

**existed** [2] - 6817:19, 6835:11

**exits** [1] - 6928:18

**expect** [1] - 6866:11

**expectation** [1] - 6771:11

**expectations** [2] - 6778:10, 6778:21

**expected** [5] - 6778:1, 6850:2, 6850:6, 6867:21, 6918:17

**experience** [17] - 6790:7, 6796:4, 6801:12, 6807:1, 6810:6, 6810:14, 6810:25, 6811:2, 6811:4, 6811:7, 6818:16, 6876:8, 6879:18, 6879:20, 6880:6, 6891:18, 6917:24

**experienced** [2] - 6829:2, 6830:15

**experiencing** [1] - 6927:15

**expert** [15] - 6778:4, 6784:16, 6788:17, 6790:22, 6790:23, 6796:18, 6801:14, 6871:18, 6881:6, 6887:1, 6887:6, 6898:5, 6913:5, 6918:20, 6919:10

**expertise** [1] - 6806:24

**experts** [4] - 6885:20, 6913:8, 6921:6, 6932:5

**explain** [5] - 6773:9, 6799:6, 6843:9, 6884:15, 6914:13

**explains** [1] - 6849:17

**explanation** [4] - 6921:25, 6922:12, 6922:24, 6927:14

**EXPLORATION** [2] - 6761:15, 6764:20

**explosion** [8] - 6891:7, 6913:10, 6920:10, 6920:18, 6921:13, 6924:1, 6929:21, 6930:1

**explosions** [1] - 6920:13

**Express** [1] - 6897:7

**express** [1] - 6865:4

**expressly** [1] - 6901:6

**extensive** [1] - 6929:14

**extensively** [2] - 6780:10, 6885:20

**extent** [3] - 6874:12, 6881:20, 6881:23

**extra** [3] - 6779:23, 6780:1, 6780:3

**extraordinarily** [1] - 6927:15

**extreme** [1] - 6928:18

**extremely** [1] - 6929:18

# F

**F** [2] - 6768:3, 6912:12

**face** [1] - 6808:15

**facility** [2] - 6805:8, 6805:25

**fact** [31] - 6773:19, 6787:21, 6798:14, 6804:10, 6809:4, 6811:11, 6831:24, 6846:21, 6847:10, 6848:8, 6849:15, 6851:5, 6855:11, 6867:11, 6888:9, 6890:15, 6895:23, 6897:10, 6901:14, 6902:20, 6903:18, 6903:20, 6905:8, 6905:9, 6908:22, 6909:24, 6913:9, 6916:8, 6918:2, 6919:9, 6927:19

**factor** [9] - 6796:10, 6796:14, 6797:16, 6853:7, 6855:7, 6867:11, 6867:14, 6891:22, 6904:23

**factors** [2] - 6785:4, 6802:19

**factory** [1] - 6901:24

**fail** [1] - 6831:3

**failed** [11] - 6830:8, 6830:21, 6830:25, 6831:5, 6835:15, 6835:18, 6836:3, 6843:14, 6845:10, 6845:15, 6849:23

**failing** [1] - 6896:25

**failure** [14] - 6802:7, 6802:17, 6828:19, 6829:2, 6830:15, 6831:13, 6831:14, 6831:16, 6831:17, 6831:18, 6872:9, 6872:16, 6878:22, 6909:21

**Failure** [1] - 6803:1

**failures** [1] - 6831:9

**fair** [9] - 6800:2, 6800:4, 6800:7, 6801:8, 6855:25, 6865:13, 6918:11, 6919:7, 6919:8

**fairly** [1] - 6781:9

**fall** [1] - 6922:15

**familiar** [4] - 6777:16, 6779:14, 6824:9, 6921:18

**fancy** [1] - 6914:14, 6914:15

**FANNIN** [1] - 6765:15

**far** [6] - 6792:1, 6793:6, 6822:19, 6861:21, 6887:25, 6924:25

**Farenheit** [1] - 6879:12

**fast** [1] - 6783:18

**faster** [2] - 6784:4, 6784:6

**fatigue** [1] - 6879:24

**Faul** [4] - 6785:18, 6785:20, 6858:23, 6864:16

**February** [27] - 6791:14, 6791:19, 6792:9, 6794:14, 6827:20, 6827:22, 6832:17, 6833:11, 6833:19, 6833:20, 6833:25, 6834:9, 6835:13, 6835:17, 6836:9, 6836:25, 6837:5, 6841:11, 6841:15, 6841:16, 6842:1, 6842:4, 6842:9, 6842:14, 6859:1, 6871:14

**feed** [1] - 6819:15

**feel** [1] - 6822:4

**feet** [6] - 6795:22, 6829:7, 6857:15, 6861:23, 6862:8, 6862:12

**fell** [2] - 6920:14, 6921:16

**felt** [5] - 6811:3, 6820:24, 6823:11, 6823:19, 6863:15

**fence** [2] - 6812:14, 6815:11

**few** [17] - 6777:20, 6796:8, 6812:8, 6826:21, 6832:11, 6869:21, 6869:24, 6870:12, 6895:12, 6896:7, 6903:9, 6922:20, 6923:7, 6923:24, 6924:1, 6924:16, 6930:13

**fewer** [2] - 6786:21, 6786:22

**fibers** [2] - 6855:23, 6856:10

**fibrous** [1] - 6855:4

**field** [9] - 6813:20, 6814:16, 6852:2, 6877:23, 6877:24, 6878:25, 6879:3, 6880:1, 6918:17

**fields** [2] - 6878:2, 6878:8

**fifty** [1] - 6927:10

**figure** [3] - 6880:20, 6911:9, 6918:15

**file** [3] - 6835:1, 6836:20, 6860:15

**filed** [1] - 6881:9

**fill** [1] - 6820:24

**filled** [1] - 6865:20

**final** [6] - 6770:8, 6822:15, 6822:16, 6822:21, 6874:11, 6891:2

**finally** [1] - 6878:2

**find** [7] - 6821:22, 6822:20, 6822:23, 6823:7, 6865:11, 6886:2, 6904:4

**finding** [1] - 6865:6

**fine** [2] - 6841:22, 6877:4

**finger** [1] - 6926:2

**finish** [1] - 6769:14

**finished** [16] - 6795:7, 6838:10, 6838:15, 6838:16, 6838:19, 6839:4, 6844:9, 6844:25, 6845:12, 6845:14, 6845:16, 6850:5, 6850:24, 6864:22, 6874:21, 6878:2

**Finished** [1] - 6844:22

**finishes** [2] - 6768:25, 6771:21

**fire** [2] - 6803:9, 6891:7

**fires** [1] - 6920:12

**FIRM** [2] - 6762:21, 6763:6

**first** [41] - 6768:18, 6771:22, 6771:24, 6772:9, 6772:10, 6773:11, 6773:16, 6791:11, 6799:8, 6800:14, 6801:4, 6821:8, 6824:5, 6824:17, 6832:17, 6842:10, 6843:21, 6854:11, 6865:1, 6871:3, 6880:16, 6884:1, 6885:16,

6890:12, 6891:2, 6891:12, 6892:24, 6910:3, 6910:4, 6910:6, 6910:14, 6912:7, 6912:18, 6912:21, 6913:21, 6914:5, 6918:21, 6919:15, 6924:7, 6925:9

**fitter** [1] - 6877:25

**five** [10] - 6799:25, 6843:25, 6851:20, 6868:7, 6868:12, 6869:9, 6869:12, 6904:2, 6917:1, 6917:3

**flee** [1] - 6806:17

**Fleece** [2] - 6868:3, 6868:18

**float** [3] - 6859:24, 6860:10, 6861:20

**floor** [4] - 6805:14, 6805:17, 6914:23, 6915:8

**FLOOR** [3] - 6762:17, 6763:12, 6765:18

**flow** [27] - 6803:5, 6851:3, 6851:6, 6851:17, 6852:5, 6852:7, 6873:20, 6873:25, 6874:3, 6874:16, 6878:5, 6889:9, 6911:15, 6911:23, 6912:2, 6912:18, 6912:22, 6912:24, 6914:19, 6915:1, 6915:25, 6922:24, 6927:11, 6929:5, 6931:9, 6932:16

**flowing** [2] - 6916:1, 6916:15

**FLOYD** [1] - 6766:11

**fluid** [3] - 6802:14, 6879:10, 6926:12

**fluids** [2] - 6860:18, 6885:17

**foam** [57] - 6774:14, 6781:20, 6782:1, 6782:3, 6784:11, 6793:20, 6794:1, 6807:3, 6807:10, 6808:7, 6808:12, 6808:25, 6810:6, 6810:14, 6811:12, 6811:18, 6812:5, 6815:15, 6817:15, 6817:20, 6818:3, 6818:6, 6818:11,

6822:2, 6822:5, 6822:21, 6822:23, 6823:4, 6823:7, 6823:15, 6824:14, 6825:11, 6826:9, 6828:7, 6828:13, 6828:19, 6828:25, 6829:16, 6830:7, 6830:25, 6833:21, 6834:8, 6834:10, 6834:18, 6836:6, 6836:8, 6837:11, 6841:3, 6841:14, 6845:4, 6847:10, 6851:2, 6852:4, 6852:7, 6871:14

**Foamed** [2] - 6836:11, 6864:18

**foamed** [3] - 6807:21, 6811:23, 6836:14

**foamer** [7] - 6839:10, 6839:22, 6839:25, 6870:24, 6871:11, 6871:12, 6871:15

**foaming** [2] - 6821:21, 6823:12

**focus** [12] - 6787:8, 6791:11, 6795:14, 6815:16, 6815:19, 6827:15, 6829:5, 6832:14, 6834:21, 6837:4, 6859:6, 6866:2

**focused** [2] - 6811:6, 6865:11

**focussing** [4] - 6813:8, 6921:22, 6929:24

**folks** [6] - 6789:2, 6789:4, 6794:19, 6879:3, 6879:21, 6929:24

**follow** [4] - 6771:2, 6822:11, 6823:14, 6844:4

**follow-up** [1] - 6771:2

**following** [6] - 6769:21, 6769:25, 6770:15, 6770:16, 6825:4, 6825:5

**FOLLOWS** [1] - 6875:22

**foot** [5] - 6879:15, 6880:19, 6903:25, 6904:14, 6918:7

**for** [208] - 6768:8, 6769:16, 6769:19, 6771:2, 6772:3,

6772:13, 6772:25, 6773:7, 6773:14, 6773:24, 6774:7, 6774:18, 6775:10, 6777:12, 6777:21, 6778:4, 6778:10, 6778:19, 6779:16, 6779:17, 6781:24, 6782:14, 6784:14, 6784:24, 6786:2, 6786:4, 6787:10, 6787:14, 6790:2, 6790:10, 6793:13, 6794:1, 6797:15, 6797:20, 6797:21, 6797:25, 6800:6, 6801:14, 6802:4, 6803:17, 6804:21, 6804:24, 6806:2, 6806:8, 6806:9, 6806:14, 6806:15, 6806:16, 6808:11, 6809:6, 6809:11, 6809:18, 6811:6, 6813:14, 6814:4, 6814:5, 6815:2, 6815:3, 6815:13, 6816:15, 6816:18, 6816:21, 6816:23, 6817:4, 6817:5, 6817:11, 6818:7, 6818:11, 6820:3, 6820:14, 6820:24, 6821:9, 6821:10, 6821:15, 6822:5, 6822:21, 6823:11, 6823:12, 6823:23, 6824:18, 6826:4, 6826:7, 6827:3, 6827:18, 6828:18, 6829:5, 6829:12, 6833:1, 6833:4, 6833:11, 6833:13, 6834:18, 6835:13, 6836:9, 6837:18, 6838:12, 6839:15, 6839:22, 6840:3, 6842:17, 6842:21, 6843:2, 6843:5, 6843:22, 6844:2, 6844:6, 6844:25, 6845:22, 6847:8, 6850:24, 6851:20, 6852:5, 6852:8, 6853:17, 6853:20, 6854:15, 6855:5, 6855:10, 6857:10, 6858:21, 6858:24, 6859:18, 6859:24, 6860:18, 6862:9, 6862:10, 6862:22,

6865:10, 6865:13, 6867:7, 6867:23, 6869:3, 6870:7, 6871:4, 6871:13, 6872:5, 6873:15, 6873:25, 6875:24, 6876:2, 6877:14, 6877:18, 6877:19, 6878:9, 6878:14, 6878:15, 6878:21, 6878:24, 6879:21, 6880:10, 6880:12, 6880:14, 6881:10, 6883:7, 6883:15, 6884:3, 6884:8, 6884:24, 6885:12, 6886:1, 6886:3, 6886:16, 6886:17, 6890:2, 6890:3, 6890:10, 6890:22, 6891:11, 6891:19, 6892:17, 6893:8, 6893:11, 6893:23, 6894:14, 6894:21, 6896:4, 6896:12, 6899:9, 6899:24, 6903:9, 6904:13, 6906:11, 6908:2, 6908:23, 6909:15, 6912:15, 6914:7, 6916:4, 6916:12, 6917:1, 6917:17, 6918:9, 6918:21, 6919:16, 6921:21, 6922:4, 6922:12, 6922:23, 6925:11, 6927:14, 6929:15, 6932:18

**FOR** [9] - 6762:3, 6763:10, 6764:6, 6764:11, 6764:20, 6765:8, 6766:1, 6766:9, 6766:17

**force** [9] - 6921:11, 6925:6, 6926:12, 6927:9, 6927:11, 6927:16, 6927:20, 6928:22

**forced** [2] - 6921:3, 6930:21

**foregoing** [1] - 6933:7

**forensic** [1] - 6928:22

**form** [2] - 6779:20, 6837:1

**formation** [4] - 6783:19, 6802:20, 6802:23, 6802:24

**formula** [1] - 6903:21

**forth** [1] - 6819:2

**forthright** [1] - 6771:18

**forward** [1] - 6816:25

**forwarded** [1] - 6820:2

**found** [3] - 6848:23, 6885:3, 6885:22

**four** [18] - 6774:25, 6775:24, 6776:6, 6783:9, 6783:10, 6797:7, 6797:10, 6799:20, 6799:23, 6799:24, 6801:9, 6820:17, 6820:19, 6862:18, 6879:15, 6918:7, 6921:6, 6921:18

**four-foot** [2] - 6879:15, 6918:7

**four-hour** [5] - 6774:25, 6775:24, 6776:6, 6797:10, 6801:9

**frac** [4] - 6783:12, 6783:17, 6783:22, 6856:7

**fracture** [2] - 6854:10, 6854:12, 6855:6, 6855:20

**fracturing** [1] - 6783:18

**frame** [3] - 6923:12, 6923:22, 6930:9

**framed** [1] - 6898:5

**FRANCISCO** [1] - 6763:13

**FRANKLIN** [1] - 6764:4

**FRAUD** [1] - 6764:1

**free** [2] - 6806:17, 6837:21

**freshwater** [1] - 6802:15

**friction** [3] - 6930:25, 6931:1, 6931:12

**friendly** [2] - 6871:11, 6908:16

**FRILOT** [1] - 6765:10

**from** [90] - 6768:9, 6770:14, 6773:25, 6775:5, 6775:24, 6778:25, 6779:25, 6781:16, 6781:23, 6789:9, 6791:3, 6791:18, 6794:19, 6794:24, 6801:15, 6802:14, 6804:12, 6807:15, 6810:2, 6811:16, 6818:18,

6819:4, 6819:9,
6820:7, 6820:13,
6821:3, 6822:8,
6823:8, 6827:22,
6829:20, 6831:12,
6831:23, 6832:11,
6833:6, 6835:19,
6836:16, 6837:7,
6838:2, 6840:4,
6840:18, 6840:19,
6840:24, 6841:2,
6842:9, 6843:18,
6844:10, 6844:19,
6845:3, 6849:2,
6849:15, 6849:25,
6855:14, 6856:15,
6860:25, 6864:15,
6868:2, 6869:25,
6871:9, 6874:2,
6876:10, 6876:11,
6878:4, 6879:20,
6880:21, 6885:7,
6885:16, 6886:21,
6887:22, 6889:13,
6895:14, 6895:23,
6898:19, 6902:14,
6911:10, 6914:3,
6914:23, 6915:8,
6917:9, 6919:9,
6919:20, 6920:25,
6921:11, 6925:17,
6928:2, 6928:21,
6933:8
  **front** [2] - 6773:14,
6876:19
  **FRUGE** [1] - 6763:1
  **full** [9] - 6773:18,
6821:20, 6855:6,
6855:12, 6855:15,
6863:3, 6864:19,
6865:8, 6906:22
  **full-scale** [1] -
6906:22
  **fully** [3] - 6906:21,
6906:24, 6907:21
  **function** [4] -
6815:18, 6817:5,
6919:22, 6920:8
  **functionality** [1] -
6835:20
  **functions** [4] -
6776:16, 6776:20,
6776:23, 6924:5
  **FUNDERBURK** [1] -
6766:19
  **funny** [1] - 6848:5
  **furnish** [1] - 6827:20
  **further** [10] -
6778:23, 6788:8,
6790:5, 6790:9,

6874:20, 6911:14,
6912:12, 6913:22,
6924:20, 6932:11
  **fuss** [1] - 6849:9

## G

  **G** [1] - 6765:14
  **Gagliano** [22] -
6768:25, 6769:8,
6769:10, 6769:14,
6769:25, 6771:13,
6772:14, 6774:6,
6775:5, 6775:16,
6777:10, 6777:24,
6778:8, 6779:5,
6779:9, 6803:16,
6819:19, 6819:23,
6828:17, 6844:19,
6861:8, 6869:3
  **GAGLIANO** [1] -
6767:5
  **gained** [1] - 6878:19
  **gallon** [2] - 6845:21,
6846:6
  **gallons** [8] -
6780:22, 6781:3,
6832:18, 6832:20,
6842:24, 6846:9,
6870:25
  **GANNAWAY** [1] -
6766:6
  **gas** [13] - 6851:3,
6851:6, 6851:17,
6852:5, 6852:7,
6864:5, 6873:20,
6873:25, 6874:3,
6874:16, 6885:19,
6909:7, 6914:22
  **GATE** [1] - 6763:12
  **gathering** [1] -
6918:7
  **gauge** [3] - 6925:19,
6925:23, 6926:6
  **gave** [11] - 6769:9,
6769:15, 6772:19,
6783:12, 6802:2,
6810:18, 6823:6,
6844:16, 6858:12,
6858:15, 6874:11
  **GAVIN** [1] - 6766:12
  **Gene** [1] - 6770:17
  **general** [4] -
6781:25, 6784:14,
6852:16, 6890:8
  **GENERAL** [3] -
6764:7, 6764:12,
6764:14
  **GENERAL'S** [1] -

6764:6
  **generally** [1] -
6796:14
  **generate** [2] -
6852:11, 6873:15
  **generated** [4] -
6828:4, 6856:3,
6856:5, 6873:14
  **generates** [1] -
6844:11
  **GEOFFREY** [1] -
6766:6
  **get** [56] - 6769:12,
6769:13, 6772:2,
6772:8, 6772:9,
6773:17, 6783:4,
6786:17, 6787:22,
6788:9, 6790:1,
6795:23, 6797:22,
6798:24, 6801:24,
6804:7, 6804:10,
6804:14, 6809:12,
6809:13, 6822:13,
6822:25, 6823:15,
6827:15, 6835:25,
6838:5, 6844:8,
6844:11, 6847:16,
6847:22, 6852:13,
6853:15, 6854:21,
6855:6, 6857:5,
6857:24, 6863:23,
6866:13, 6870:5,
6877:10, 6879:19,
6879:21, 6883:14,
6885:17, 6896:1,
6899:14, 6903:2,
6907:2, 6913:24,
6914:21, 6915:4,
6915:22, 6917:9,
6917:18, 6928:5
  **gets** [3] - 6795:20,
6800:14, 6915:7
  **getting** [7] - 6784:21,
6823:9, 6864:5,
6865:21, 6914:23,
6915:8, 6930:2
  **Gisclair** [1] - 6858:18
  **give** [13] - 6797:12,
6800:15, 6817:5,
6827:6, 6827:10,
6835:9, 6847:23,
6868:7, 6869:9,
6870:13, 6872:13,
6877:22, 6882:8
  **given** [11] - 6783:22,
6799:13, 6826:23,
6842:20, 6843:5,
6894:10, 6896:24,
6910:21, 6912:3,
6916:8, 6916:11

  **gives** [2] - 6867:11,
6900:6
  **glad** [1] - 6914:13
  **Glen** [3] - 6768:23,
6875:25
  **GLEN** [3] - 6767:15,
6875:21, 6875:25
  **Global** [1] - 6826:12
  **global** [1] - 6824:6
  **GmbH** [1] - 6761:13
  **go** [76] - 6769:10,
6772:25, 6775:3,
6775:14, 6777:8,
6780:19, 6786:24,
6796:21, 6798:25,
6803:20, 6804:17,
6809:20, 6822:19,
6824:2, 6825:7,
6826:11, 6828:24,
6830:10, 6832:3,
6841:1, 6842:6,
6843:11, 6843:19,
6847:25, 6851:15,
6864:11, 6870:11,
6870:17, 6873:2,
6875:19, 6883:18,
6883:20, 6883:21,
6883:25, 6884:6,
6884:22, 6886:19,
6887:18, 6888:2,
6888:18, 6889:15,
6889:22, 6890:23,
6891:7, 6892:13,
6893:7, 6894:18,
6897:19, 6899:15,
6900:18, 6902:5,
6903:20, 6904:25,
6905:1, 6905:20,
6905:22, 6907:8,
6907:10, 6910:3,
6911:9, 6911:18,
6912:9, 6912:12,
6915:1, 6915:9,
6916:4, 6924:7,
6926:6, 6929:12,
6930:5, 6930:24,
6931:20, 6931:21
  **go-to** [3] - 6884:6,
6884:22, 6916:4
  **GODWIN** [30] -
6766:10, 6766:11,
6766:14, 6768:19,
6769:3, 6769:6,
6769:23, 6770:2,
6770:5, 6770:9,
6770:16, 6770:21,
6770:25, 6771:10,
6780:5, 6780:14,
6786:7, 6801:16,
6846:14, 6846:21,

6869:8, 6869:12,
6869:16, 6869:21,
6870:10, 6870:12,
6870:16, 6874:19,
6874:25, 6875:2
  **Godwin** [6] -
6767:13, 6768:18,
6769:25, 6771:3,
6771:25, 6779:13
  **Godwin's** [2] -
6769:18, 6772:8
  **goes** [1] - 6846:18
  **going** [109] -
6768:17, 6769:6,
6770:4, 6770:18,
6770:19, 6771:16,
6774:5, 6780:5,
6780:15, 6784:13,
6784:18, 6786:2,
6787:6, 6788:15,
6788:17, 6788:24,
6789:17, 6791:3,
6793:4, 6793:14,
6795:8, 6795:12,
6795:22, 6796:17,
6798:5, 6798:25,
6800:4, 6800:9,
6803:20, 6804:17,
6812:10, 6815:2,
6818:15, 6818:22,
6819:25, 6822:18,
6823:23, 6824:2,
6828:24, 6838:4,
6838:7, 6843:19,
6847:3, 6849:9,
6850:6, 6859:18,
6860:7, 6861:8,
6861:16, 6861:20,
6869:1, 6869:24,
6870:3, 6875:4,
6876:22, 6881:22,
6881:24, 6882:4,
6883:18, 6883:20,
6883:21, 6889:10,
6891:23, 6891:24,
6892:25, 6893:1,
6893:25, 6894:24,
6894:25, 6895:1,
6896:8, 6897:19,
6898:15, 6899:3,
6900:13, 6900:23,
6901:2, 6901:15,
6902:6, 6904:12,
6904:19, 6905:2,
6907:9, 6907:18,
6914:4, 6915:20,
6915:24, 6915:25,
6917:7, 6919:5,
6922:20, 6924:14,
6924:16, 6924:24,
6924:25, 6925:2,

6926:6, 6928:5, 6928:7, 6928:8, 6929:8, 6929:11, 6930:13, 6932:16

**GOLDEN** [1] - 6763:12

**gone** [1] - 6835:17

**good** [19] - 6768:15, 6779:5, 6779:6, 6784:3, 6789:17, 6804:7, 6819:13, 6851:21, 6852:8, 6852:16, 6854:23, 6862:5, 6862:8, 6862:19, 6876:7, 6876:9, 6876:17, 6882:24, 6895:15

**got** [22] - 6788:12, 6807:2, 6820:23, 6824:3, 6840:1, 6840:2, 6843:18, 6844:10, 6850:4, 6850:10, 6854:11, 6854:22, 6865:10, 6877:13, 6879:20, 6879:24, 6880:3, 6902:3, 6904:11, 6914:19, 6929:1, 6931:6

**gotten** [2] - 6787:22, 6823:17

**grab** [1] - 6931:5

**gradient** [5] - 6854:10, 6854:12, 6855:6, 6855:20, 6856:7

**gradually** [1] - 6775:24

**GRAND** [1] - 6765:18

**graph** [2] - 6860:15, 6868:10

**graphs** [1] - 6798:23

**gravity** [10] - 6787:12, 6788:6, 6788:16, 6788:24, 6789:4, 6789:18, 6834:15, 6837:11, 6837:12, 6844:14

**great** [4] - 6793:21, 6879:19, 6883:18, 6888:18

**green** [2] - 6859:20, 6860:7

**greener** [1] - 6871:10

**grew** [1] - 6925:13

**grocer** [1] - 6926:8

**grocery** [1] - 6926:8

**ground** [1] - 6879:22

**GROUP** [1] - 6762:19

**group** [5] - 6814:13,

6814:17, 6814:21, 6814:24

**guarantee** [1] - 6892:23

**guess** [4] - 6771:20, 6771:25, 6796:16, 6827:4

**guidance** [1] - 6825:12

**guide** [1] - 6812:10

**GULF** [1] - 6761:6

**Gulf** [4] - 6829:16, 6830:25, 6871:11, 6909:4

**guys** [1] - 6787:21

# H

**had** [159] - 6770:14, 6772:24, 6773:4, 6773:6, 6773:12, 6773:13, 6774:3, 6777:14, 6777:24, 6777:25, 6778:8, 6778:18, 6781:2, 6781:19, 6786:1, 6787:21, 6787:22, 6787:24, 6788:8, 6789:7, 6790:16, 6801:8, 6801:10, 6803:21, 6805:14, 6805:17, 6805:18, 6805:25, 6806:2, 6806:9, 6806:15, 6807:3, 6807:4, 6807:6, 6808:12, 6809:11, 6809:25, 6810:6, 6810:13, 6810:25, 6811:2, 6811:7, 6812:19, 6812:22, 6813:1, 6813:2, 6813:17, 6813:20, 6813:22, 6814:5, 6814:22, 6814:24, 6815:1, 6815:15, 6815:16, 6815:19, 6815:23, 6815:25, 6816:1, 6816:2, 6816:4, 6817:9, 6817:23, 6818:4, 6818:10, 6818:16, 6818:23, 6819:1, 6822:13, 6822:14, 6822:24, 6823:11, 6823:15, 6824:15, 6827:9, 6828:6, 6829:16, 6830:9, 6830:13, 6831:10, 6832:11, 6834:5, 6835:17,

6835:25, 6836:3, 6837:5, 6838:4, 6841:10, 6841:14, 6841:15, 6841:19, 6841:20, 6842:3, 6842:9, 6843:5, 6843:22, 6843:24, 6843:25, 6844:1, 6844:3, 6844:6, 6844:17, 6845:15, 6845:18, 6848:2, 6849:22, 6849:23, 6850:5, 6850:7, 6853:16, 6853:22, 6855:3, 6856:10, 6863:9, 6863:17, 6863:20, 6865:17, 6865:18, 6865:20, 6866:23, 6869:14, 6870:18, 6871:9, 6871:11, 6871:12, 6871:14, 6871:24, 6872:2, 6872:24, 6877:20, 6880:21, 6881:14, 6883:6, 6897:20, 6898:2, 6898:12, 6900:14, 6901:8, 6901:11, 6902:22, 6905:9, 6905:10, 6915:10, 6917:24, 6918:8, 6918:18, 6918:21, 6919:14, 6919:15, 6919:18

**Had** [1] - 6810:12

**hadn't** [1] - 6880:21

**Hafle** [11] - 6775:6, 6810:8, 6810:13, 6811:8, 6811:11, 6811:16, 6812:15, 6815:23, 6841:2, 6841:18, 6872:20

**Haire** [2] - 6819:9, 6821:3

**half** [2] - 6845:20, 6846:6

**HALLIBURTON** [1] - 6766:9

**Halliburton** [57] - 6771:4, 6771:21, 6774:15, 6774:17, 6774:18, 6776:7, 6776:13, 6781:24, 6791:2, 6791:5, 6794:20, 6797:14, 6797:19, 6797:24, 6807:7, 6807:20, 6808:10, 6812:21, 6813:9, 6813:14, 6815:10, 6815:13,

6816:6, 6816:7, 6816:9, 6816:16, 6816:18, 6816:20, 6817:7, 6818:19, 6819:4, 6822:12, 6824:11, 6825:3, 6826:12, 6828:6, 6828:9, 6828:20, 6829:16, 6831:21, 6836:2, 6840:11, 6840:13, 6840:16, 6841:10, 6844:19, 6846:3, 6846:8, 6847:7, 6847:13, 6851:2, 6851:11, 6852:4, 6860:17, 6867:8, 6876:3, 6918:21

**Halliburton's** [8] - 6778:1, 6781:16, 6802:12, 6807:16, 6813:4, 6828:13, 6846:12, 6862:11

**hand** [3] - 6838:10, 6861:8, 6861:13

**handbook** [2] - 6885:7, 6885:22

**handle** [3] - 6783:7, 6857:7, 6886:14

**hang** [2] - 6840:5, 6901:7

**hanging** [2] - 6925:17, 6925:24

**HANKEY** [1] - 6763:17

**happen** [3] - 6844:1, 6894:24, 6928:23

**happened** [15] - 6784:15, 6790:24, 6833:16, 6842:22, 6843:9, 6856:9, 6879:5, 6880:22, 6915:10, 6920:16, 6921:23, 6922:5, 6924:15, 6926:16, 6929:25

**happening** [4] - 6789:11, 6903:17, 6930:6, 6930:16

**happens** [5] - 6911:22, 6914:21, 6926:2, 6928:11, 6930:22

**hard** [4] - 6790:4, 6798:5, 6834:1, 6931:12

**hardware** [1] - 6880:19

**HARIKLIA** [1] - 6765:5

**Hariklia** [1] - 6881:8

**harm** [1] - 6782:11

**HARTLEY** [1] - 6766:11

**has** [57] - 6768:9, 6768:18, 6768:25, 6771:9, 6776:16, 6776:20, 6776:23, 6778:3, 6781:8, 6790:8, 6790:11, 6794:12, 6809:16, 6811:5, 6812:1, 6824:11, 6829:23, 6837:11, 6837:18, 6837:24, 6837:25, 6840:24, 6841:6, 6844:25, 6845:7, 6846:15, 6850:13, 6851:2, 6861:16, 6862:8, 6865:24, 6867:9, 6870:1, 6870:5, 6870:24, 6881:12, 6881:13, 6881:15, 6883:17, 6884:24, 6886:24, 6887:3, 6888:5, 6890:9, 6892:5, 6893:22, 6897:7, 6903:5, 6903:6, 6911:4, 6912:2, 6914:7, 6915:5, 6915:17, 6926:9

**hasn't** [2] - 6800:25, 6837:24

**hate** [1] - 6917:4

**HAUSER** [1] - 6764:3

**have** [269] - 6769:4, 6769:18, 6770:13, 6771:16, 6772:1, 6772:2, 6772:14, 6778:1, 6778:9, 6778:20, 6778:23, 6779:5, 6779:10, 6780:1, 6781:13, 6781:20, 6782:5, 6783:23, 6784:4, 6784:6, 6785:15, 6786:8, 6786:9, 6786:19, 6787:1, 6787:5, 6788:2, 6788:4, 6790:14, 6791:2, 6791:16, 6792:11, 6792:17, 6793:1, 6794:16, 6794:22, 6795:2, 6795:4, 6796:16, 6796:20, 6796:25, 6797:17, 6801:9, 6801:11, 6802:10, 6803:5, 6803:8,

6803:17, 6803:22,
6804:5, 6805:11,
6808:1, 6808:7,
6808:16, 6808:17,
6808:18, 6808:21,
6809:3, 6809:15,
6809:18, 6811:22,
6812:14, 6812:15,
6813:6, 6813:13,
6813:15, 6813:24,
6814:11, 6815:11,
6816:19, 6817:3,
6817:9, 6818:13,
6818:14, 6818:19,
6819:12, 6820:1,
6820:19, 6821:1,
6823:7, 6823:17,
6823:18, 6823:22,
6824:3, 6824:6,
6824:11, 6824:15,
6826:13, 6826:21,
6826:23, 6826:25,
6827:1, 6827:25,
6829:12, 6831:5,
6831:7, 6831:23,
6831:25, 6832:3,
6832:8, 6832:18,
6833:17, 6834:18,
6835:18, 6835:20,
6835:21, 6838:4,
6838:12, 6839:12,
6840:15, 6840:16,
6845:7, 6845:15,
6845:17, 6846:8,
6846:10, 6847:12,
6849:12, 6849:24,
6850:2, 6850:11,
6851:7, 6851:20,
6851:21, 6851:24,
6852:1, 6852:3,
6852:7, 6852:12,
6852:19, 6852:22,
6852:24, 6853:1,
6853:14, 6854:13,
6855:22, 6855:23,
6856:2, 6856:8,
6856:12, 6857:18,
6858:10, 6858:16,
6859:3, 6861:2,
6861:9, 6861:13,
6862:4, 6862:19,
6863:2, 6863:7,
6864:8, 6867:1,
6867:3, 6868:24,
6869:24, 6870:3,
6870:5, 6870:6,
6870:19, 6872:2,
6875:6, 6876:9,
6876:13, 6876:15,
6878:11, 6878:15,
6878:22, 6879:2,

6879:7, 6879:14,
6879:16, 6879:18,
6880:1, 6880:6,
6881:1, 6881:9,
6882:3, 6882:15,
6882:18, 6882:24,
6883:22, 6884:9,
6885:4, 6885:10,
6888:9, 6888:11,
6888:14, 6889:20,
6889:21, 6890:16,
6890:17, 6891:11,
6891:22, 6891:24,
6894:10, 6894:14,
6894:16, 6894:23,
6895:8, 6895:12,
6895:13, 6895:14,
6895:21, 6895:25,
6896:4, 6896:12,
6896:25, 6897:1,
6897:11, 6897:24,
6898:11, 6898:16,
6899:10, 6899:19,
6900:3, 6900:22,
6901:12, 6901:15,
6902:20, 6903:24,
6904:2, 6904:16,
6904:24, 6905:5,
6905:6, 6906:2,
6908:7, 6908:9,
6908:19, 6908:20,
6909:11, 6911:17,
6911:23, 6912:7,
6912:20, 6913:5,
6913:8, 6913:14,
6913:17, 6913:20,
6913:24, 6915:10,
6916:2, 6916:6,
6917:24, 6920:2,
6920:14, 6920:17,
6921:3, 6921:9,
6921:13, 6921:15,
6921:20, 6921:21,
6925:11, 6925:15,
6925:19, 6928:1,
6928:7, 6928:24,
6929:22, 6929:23

**haven't** [7] -
6833:18, 6834:22,
6840:20, 6856:17,
6881:10, 6917:25,
6918:12

**having** [4] - 6773:14,
6812:4, 6854:5,
6867:17

**HAYCRAFT** [1] -
6764:22

**hazard** [2] - 6802:16,
6803:3

**HB406** [1] - 6766:22

**he's** [4] - 6784:14,
6811:18, 6846:15,
6864:8

**head** [2] - 6805:15,
6880:1

**heading** [1] - 6816:6

**hear** [2] - 6882:6,
6928:8

**heard** [11] - 6786:1,
6840:15, 6840:18,
6852:22, 6852:24,
6853:1, 6853:4,
6881:10, 6888:19,
6897:18, 6925:9

**HEARD** [1] - 6761:22

**hearing** [1] - 6768:11

**heat** [1] - 6796:1

**heated** [2] - 6775:24,
6797:7

**heavier** [2] -
6834:24, 6926:3

**held** [4] - 6797:8,
6800:6, 6921:14,
6921:16

**helical** [3] - 6787:19,
6788:3, 6788:4

**help** [6] - 6839:9,
6879:2, 6883:18,
6917:10, 6918:17,
6922:21

**helped** [3] - 6855:23,
6856:12, 6862:19

**helping** [1] - 6816:24

**helps** [1] - 6816:7

**her** [1] - 6796:23

**here** [121] - 6768:22,
6768:23, 6771:6,
6772:2, 6772:9,
6775:10, 6775:23,
6779:23, 6780:9,
6781:16, 6786:3,
6787:10, 6789:17,
6790:23, 6792:13,
6793:3, 6793:20,
6797:4, 6798:12,
6799:4, 6799:25,
6800:17, 6803:23,
6805:12, 6812:15,
6813:15, 6816:6,
6820:2, 6820:17,
6820:22, 6821:4,
6821:9, 6824:7,
6828:18, 6829:1,
6832:10, 6834:10,
6834:15, 6835:1,
6835:8, 6836:4,
6837:8, 6838:9,
6839:4, 6839:9,
6839:12, 6843:11,
6844:8, 6855:9,

6860:2, 6861:3,
6861:12, 6861:16,
6862:11, 6866:2,
6870:17, 6870:19,
6870:23, 6872:7,
6876:2, 6880:11,
6882:22, 6885:21,
6886:5, 6889:6,
6890:3, 6890:5,
6890:24, 6891:8,
6892:20, 6896:1,
6897:3, 6898:18,
6900:5, 6901:7,
6903:4, 6903:9,
6904:16, 6904:25,
6905:1, 6906:17,
6907:17, 6909:16,
6909:17, 6910:4,
6911:13, 6911:16,
6911:19, 6912:13,
6914:14, 6916:2,
6917:17, 6921:9,
6922:23, 6926:5,
6926:21, 6927:8,
6927:24, 6928:1,
6928:12, 6928:13,
6928:18, 6928:24,
6929:1, 6929:12,
6929:14, 6929:16,
6929:21, 6930:2,
6930:16, 6931:5,
6931:6, 6931:10,
6931:12, 6931:20,
6931:21, 6931:23,
6931:25, 6932:2

**hereby** [1] - 6933:6

**HERMAN** [3] -
6762:6, 6762:6

**hey** [2] - 6876:16,
6876:19

**high** [13] - 6802:14,
6850:7, 6882:25,
6883:6, 6898:21,
6899:14, 6901:10,
6909:3, 6909:4,
6910:13, 6913:3,
6916:6, 6929:17

**higher** [10] -
6782:24, 6783:24,
6793:21, 6800:14,
6802:4, 6802:6,
6874:2, 6910:17,
6914:8, 6916:13

**highest** [1] - 6807:21

**highlight** [1] -
6917:21

**highlighted** [4] -
6807:19, 6851:25,
6924:23, 6925:2

**highly** [1] - 6909:5

**HILL** [1] - 6766:12

**him** [33] - 6768:22,
6768:23, 6769:12,
6773:14, 6778:13,
6784:14, 6784:20,
6789:8, 6809:1,
6809:3, 6809:4,
6809:5, 6809:8,
6809:11, 6809:12,
6809:23, 6809:25,
6810:1, 6810:2,
6841:9, 6841:24,
6841:25, 6847:3,
6850:7, 6864:11,
6872:2, 6875:1,
6882:4, 6883:18,
6883:19, 6885:14,
6903:14

**hired** [1] - 6905:13

**his** [23] - 6785:24,
6785:25, 6808:14,
6808:15, 6809:12,
6811:3, 6849:7,
6849:13, 6850:17,
6864:1, 6865:20,
6876:17, 6881:6,
6881:12, 6881:15,
6881:19, 6881:21,
6882:3, 6882:7,
6887:1, 6894:1,
6894:2, 6921:9

**hit** [1] - 6873:9

**hits** [1] - 6795:25

**hitting** [1] - 6926:10

**hold** [8] - 6802:20,
6802:22, 6802:24,
6871:21, 6888:14,
6899:20, 6904:16,
6931:1

**holder** [1] - 6769:17

**holding** [1] - 6788:14

**HOLDINGS** [1] -
6765:8

**hole** [27] - 6776:19,
6782:22, 6787:11,
6788:2, 6788:5,
6788:7, 6788:8,
6788:10, 6788:15,
6789:3, 6793:11,
6793:14, 6793:23,
6794:6, 6795:19,
6797:14, 6797:20,
6797:23, 6801:24,
6802:2, 6838:8,
6853:4, 6853:5,
6853:17, 6853:23,
6886:11, 6914:21

**HOLTHAUS** [1] -
6763:1

**home** [1] - 6928:5

**Honor** [67] - 6768:6, 6768:15, 6768:20, 6769:14, 6770:2, 6770:9, 6771:3, 6771:10, 6778:3, 6778:23, 6778:25, 6779:2, 6779:4, 6780:5, 6780:19, 6784:13, 6784:17, 6786:7, 6786:9, 6786:11, 6788:18, 6790:20, 6790:25, 6796:17, 6796:21, 6798:24, 6801:15, 6801:16, 6803:10, 6803:12, 6846:14, 6846:24, 6861:5, 6868:24, 6869:1, 6869:6, 6870:12, 6875:2, 6875:3, 6875:18, 6876:3, 6881:5, 6881:8, 6881:23, 6882:9, 6882:10, 6886:23, 6887:3, 6892:4, 6893:25, 6894:8, 6894:19, 6895:6, 6898:4, 6900:12, 6902:7, 6915:11, 6916:18, 6916:20, 6916:22, 6916:24, 6917:6, 6917:14, 6927:23, 6928:9, 6932:18, 6932:22

**HONORABLE** [1] - 6761:22

**hook** [9] - 6925:4, 6925:9, 6925:10, 6925:13, 6925:22, 6926:13, 6926:20, 6926:22, 6926:25

**hope** [1] - 6832:3

**hopefully** [3] - 6787:11, 6788:6, 6870:9

**HORIZON** [1] - 6761:5

**Horizon** [16] - 6806:2, 6818:20, 6820:3, 6820:7, 6820:23, 6821:14, 6822:8, 6840:24, 6882:19, 6902:1, 6903:15, 6905:7, 6908:8, 6908:21, 6910:1, 6911:6

**horse** [1] - 6880:1

**hose** [5] - 6889:14, 6913:4, 6926:9, 6926:11

**hotter** [1] - 6796:11

**HOUMA** [1] - 6762:20

**hour** [5] - 6774:25, 6775:24, 6776:6, 6797:10, 6801:9

**hours** [51] - 6780:23, 6780:25, 6781:7, 6782:8, 6782:10, 6791:21, 6791:22, 6792:3, 6792:5, 6792:13, 6792:15, 6792:22, 6792:24, 6795:2, 6795:4, 6795:7, 6795:11, 6797:7, 6799:20, 6799:23, 6799:24, 6800:23, 6800:25, 6801:1, 6801:3, 6833:3, 6833:4, 6833:5, 6833:11, 6842:17, 6842:18, 6842:21, 6843:2, 6843:6, 6843:10, 6843:12, 6843:22, 6844:2, 6844:6, 6863:9, 6866:9, 6866:10, 6866:20, 6866:21, 6867:2, 6868:7, 6868:12, 6868:16, 6868:17, 6870:7, 6870:25

**housekeeping** [1] - 6768:7

**Houston** [3] - 6815:15, 6818:18, 6832:12

**HOUSTON** [7] - 6763:5, 6765:15, 6765:24, 6766:7, 6766:8, 6766:16, 6766:20

**HPHT** [1] - 6797:21

**huge** [1] - 6932:7

**HUGH** [1] - 6766:18

**HUGHES** [1] - 6765:23

**huh** [1] - 6854:24

**hundreds** [1] - 6920:12

**hurdle** [1] - 6772:10

**hurt** [1] - 6929:8

**hydraulic** [2] - 6920:12, 6920:13

**hydrocarbon** [1] - 6879:13

**hydrocarbons** [4] - 6803:2, 6803:5, 6803:8, 6929:17

**HYMEL** [1] - 6765:20

**hypothetical** [2] - 6790:20, 6796:18

## I

**I** [626] - 6767:1, 6768:3, 6768:7, 6768:10, 6768:17, 6768:20, 6768:24, 6769:7, 6769:9, 6769:13, 6769:14, 6769:15, 6769:16, 6769:19, 6769:24, 6770:7, 6770:12, 6770:14, 6770:17, 6770:18, 6770:25, 6771:4, 6771:5, 6771:6, 6771:7, 6771:10, 6771:12, 6771:13, 6771:15, 6771:16, 6771:17, 6771:20, 6771:25, 6772:2, 6772:9, 6772:11, 6772:14, 6773:3, 6773:23, 6774:3, 6774:5, 6774:10, 6774:15, 6775:2, 6777:11, 6777:15, 6777:19, 6778:4, 6778:6, 6778:22, 6778:23, 6779:5, 6779:9, 6779:21, 6779:22, 6780:12, 6780:14, 6780:15, 6780:19, 6782:5, 6782:20, 6783:10, 6783:13, 6783:22, 6784:1, 6784:15, 6784:18, 6785:19, 6785:22, 6786:1, 6786:2, 6786:3, 6786:8, 6786:9, 6786:19, 6786:22, 6787:7, 6787:8, 6788:8, 6788:17, 6788:23, 6789:4, 6789:6, 6789:7, 6789:8, 6789:12, 6789:14, 6789:19, 6790:23, 6790:25, 6791:15, 6791:22, 6792:10, 6793:3, 6794:9, 6794:11, 6795:8, 6795:16, 6796:16, 6796:17, 6796:23, 6797:12, 6797:22, 6798:6, 6798:11, 6798:12, 6798:15, 6798:25, 6799:9,

6800:2, 6800:4, 6800:9, 6800:24, 6801:16, 6801:17, 6801:24, 6802:2, 6802:22, 6803:10, 6803:16, 6803:17, 6803:20, 6803:21, 6803:23, 6803:24, 6804:5, 6804:9, 6804:16, 6804:19, 6804:23, 6805:3, 6805:6, 6805:24, 6806:8, 6806:9, 6806:14, 6806:23, 6807:18, 6808:7, 6808:8, 6808:14, 6809:1, 6809:2, 6809:5, 6809:8, 6809:11, 6809:25, 6810:1, 6810:4, 6810:8, 6810:15, 6811:2, 6811:6, 6811:10, 6811:14, 6812:7, 6812:8, 6812:10, 6812:11, 6812:22, 6813:8, 6814:3, 6814:11, 6814:24, 6815:4, 6815:5, 6816:11, 6816:24, 6817:2, 6817:16, 6817:21, 6818:4, 6818:9, 6818:10, 6818:13, 6818:15, 6818:25, 6819:19, 6820:20, 6820:22, 6821:3, 6821:10, 6822:7, 6822:17, 6823:1, 6823:2, 6823:6, 6823:11, 6823:13, 6823:22, 6824:1, 6824:2, 6824:3, 6824:4, 6825:22, 6826:3, 6826:25, 6827:4, 6827:5, 6827:9, 6827:12, 6827:14, 6827:15, 6827:18, 6827:22, 6828:1, 6828:4, 6828:11, 6828:15, 6828:24, 6830:10, 6831:2, 6831:3, 6831:16, 6831:22, 6831:23, 6831:25, 6832:1, 6832:2, 6832:14, 6832:18, 6832:25, 6833:4, 6833:6, 6833:9, 6833:10, 6833:12, 6833:18, 6835:4, 6835:8, 6835:11,

6835:19, 6835:20, 6835:25, 6836:5, 6836:19, 6836:24, 6837:6, 6837:15, 6838:4, 6839:6, 6839:8, 6839:12, 6839:17, 6840:14, 6840:20, 6840:21, 6840:25, 6841:13, 6841:21, 6842:5, 6842:8, 6842:18, 6842:23, 6843:9, 6843:18, 6843:19, 6843:20, 6843:24, 6844:1, 6844:3, 6844:10, 6844:11, 6844:16, 6845:22, 6846:5, 6846:11, 6847:3, 6847:12, 6847:15, 6848:4, 6848:11, 6848:18, 6849:1, 6849:9, 6849:18, 6849:24, 6850:4, 6850:10, 6850:16, 6850:20, 6850:21, 6851:4, 6851:7, 6852:1, 6852:2, 6852:6, 6852:22, 6853:1, 6853:5, 6853:12, 6853:14, 6853:15, 6853:16, 6853:21, 6853:22, 6854:4, 6854:11, 6855:14, 6855:22, 6856:10, 6856:15, 6856:25, 6857:4, 6857:5, 6857:6, 6857:14, 6857:17, 6857:18, 6857:22, 6857:23, 6858:6, 6858:9, 6858:10, 6858:13, 6858:14, 6858:16, 6858:20, 6859:5, 6859:6, 6859:11, 6859:18, 6859:23, 6860:24, 6861:5, 6861:8, 6861:9, 6861:15, 6861:22, 6861:23, 6862:1, 6862:13, 6863:7, 6863:9, 6863:17, 6864:10, 6864:11, 6864:25, 6865:1, 6865:10, 6866:2, 6866:5, 6866:15, 6866:18, 6866:19, 6866:23, 6866:24, 6867:14, 6868:5, 6868:6, 6868:24, 6869:1, 6869:2,

6869:12, 6870:1,
6870:3, 6870:12,
6870:17, 6871:9,
6871:11, 6871:12,
6871:13, 6871:14,
6871:15, 6871:23,
6872:2, 6872:9,
6872:23, 6872:24,
6872:25, 6873:1,
6873:7, 6873:9,
6873:14, 6873:15,
6873:19, 6873:22,
6874:6, 6874:10,
6875:5, 6875:10,
6876:1, 6876:9,
6876:15, 6876:21,
6877:9, 6877:20,
6877:24, 6877:25,
6878:1, 6878:2,
6878:5, 6878:25,
6879:2, 6879:11,
6879:13, 6879:19,
6879:20, 6880:9,
6880:10, 6880:16,
6880:18, 6880:19,
6881:1, 6881:4,
6881:19, 6882:4,
6882:6, 6882:18,
6883:17, 6883:23,
6884:9, 6884:23,
6885:13, 6886:6,
6886:23, 6887:10,
6888:18, 6889:21,
6890:17, 6891:20,
6891:21, 6892:4,
6893:25, 6895:12,
6895:14, 6895:16,
6895:20, 6895:25,
6896:1, 6896:10,
6896:17, 6897:3,
6897:8, 6897:19,
6898:4, 6898:15,
6899:8, 6899:16,
6899:23, 6900:4,
6900:12, 6900:17,
6900:19, 6901:7,
6901:11, 6901:14,
6902:2, 6902:6,
6902:7, 6903:1,
6903:4, 6904:1,
6904:4, 6904:22,
6905:24, 6905:25,
6906:16, 6906:17,
6906:24, 6907:11,
6907:14, 6908:14,
6908:16, 6909:15,
6909:16, 6910:3,
6911:8, 6911:16,
6911:19, 6912:13,
6914:2, 6914:4,
6915:20, 6915:21,

6916:25, 6917:1,
6917:4, 6917:7,
6917:18, 6917:21,
6918:14, 6918:20,
6919:5, 6919:6,
6919:7, 6919:13,
6919:24, 6920:2,
6920:15, 6920:24,
6921:1, 6921:3,
6921:22, 6922:3,
6922:4, 6922:20,
6922:21, 6923:7,
6923:15, 6923:20,
6924:10, 6924:14,
6924:16, 6924:24,
6925:6, 6925:8,
6925:9, 6925:10,
6925:13, 6926:1,
6926:19, 6926:21,
6926:24, 6927:8,
6927:23, 6928:5,
6929:8, 6929:11,
6929:24, 6930:12,
6930:22, 6931:2,
6932:5, 6933:5

**I'd** [2] - 6796:16,
6915:14

**I'll** [20] - 6770:9,
6770:10, 6778:13,
6786:24, 6791:11,
6796:21, 6810:11,
6835:2, 6875:15,
6875:18, 6882:6,
6887:12, 6894:7,
6902:10, 6902:11,
6915:13, 6917:8,
6919:16, 6929:12

**I'm** [38] - 6769:15,
6778:15, 6784:1,
6784:3, 6784:13,
6786:2, 6791:3,
6791:22, 6795:18,
6798:5, 6798:24,
6798:25, 6801:1,
6808:14, 6808:19,
6813:15, 6814:10,
6819:13, 6825:16,
6833:15, 6839:18,
6842:13, 6853:20,
6856:3, 6856:25,
6857:4, 6859:10,
6880:8, 6890:2,
6895:14, 6898:18,
6899:15, 6900:12,
6911:18, 6914:13,
6923:2, 6925:11,
6931:25

**I've** [27] - 6768:25,
6777:11, 6786:18,
6799:3, 6807:19,
6818:13, 6829:10,

6829:11, 6830:2,
6834:13, 6841:24,
6846:7, 6853:4,
6854:22, 6861:12,
6865:9, 6865:10,
6869:23, 6879:7,
6879:15, 6880:11,
6882:5, 6907:1,
6914:16, 6920:12,
6931:6

**IBOS** [1] - 6766:21
**Ibos** [2] - 6933:5,
6933:13
**ice** [1] - 6879:10
**ID** [3] - 6840:8,
6840:14, 6865:24
**idea** [2] - 6788:5,
6789:3
**ideally** [1] - 6783:2
**identified** [2] -
6920:20, 6926:22
**identify** [3] - 6818:6,
6828:18, 6923:20
**if** [209] - 6769:4,
6769:9, 6769:10,
6769:11, 6769:13,
6769:14, 6769:20,
6770:18, 6770:21,
6771:4, 6771:17,
6771:21, 6772:1,
6772:9, 6773:17,
6777:24, 6778:8,
6778:18, 6779:10,
6779:22, 6780:19,
6781:14, 6784:20,
6785:15, 6787:10,
6790:17, 6791:16,
6792:11, 6792:17,
6793:1, 6793:19,
6794:16, 6794:22,
6795:14, 6795:18,
6796:15, 6797:17,
6798:3, 6798:6,
6798:8, 6798:19,
6798:25, 6799:6,
6800:2, 6802:10,
6802:23, 6802:24,
6803:22, 6805:18,
6806:9, 6806:15,
6809:25, 6812:12,
6812:19, 6812:22,
6813:17, 6814:5,
6814:22, 6815:1,
6817:19, 6817:21,
6821:8, 6821:20,
6821:21, 6822:11,
6822:17, 6822:18,
6822:20, 6822:23,
6822:24, 6823:7,
6823:13, 6823:23,

6824:5, 6824:23,
6825:7, 6825:22,
6827:15, 6827:25,
6828:4, 6828:24,
6829:10, 6829:14,
6830:2, 6830:4,
6832:3, 6832:4,
6832:17, 6833:4,
6834:4, 6834:21,
6835:2, 6835:19,
6836:5, 6838:4,
6838:7, 6838:24,
6839:2, 6844:24,
6845:10, 6845:15,
6846:5, 6846:11,
6846:19, 6846:25,
6847:1, 6847:7,
6847:13, 6847:15,
6847:18, 6847:21,
6849:23, 6849:24,
6850:2, 6851:8,
6851:15, 6852:7,
6853:19, 6853:21,
6854:12, 6854:21,
6856:3, 6856:5,
6856:17, 6856:21,
6857:22, 6857:23,
6858:9, 6858:14,
6859:10, 6859:23,
6860:13, 6860:19,
6861:3, 6861:24,
6862:14, 6862:24,
6863:19, 6865:1,
6867:15, 6867:22,
6868:9, 6868:15,
6868:24, 6870:1,
6870:22, 6871:7,
6871:25, 6872:13,
6873:2, 6873:10,
6873:24, 6875:23,
6881:19, 6882:7,
6887:18, 6888:7,
6889:4, 6889:7,
6889:10, 6891:7,
6891:23, 6892:23,
6892:24, 6893:1,
6894:22, 6896:8,
6899:3, 6899:11,
6900:8, 6902:8,
6903:9, 6904:4,
6904:19, 6904:25,
6905:1, 6909:7,
6910:23, 6911:22,
6912:22, 6913:14,
6913:17, 6914:11,
6914:14, 6915:3,
6915:10, 6916:4,
6916:25, 6918:18,
6919:6, 6924:3,
6924:4, 6926:1,
6926:5, 6927:7,

6927:23, 6928:8,
6928:23, 6930:25,
6931:2, 6931:11,
6931:15
**If** [1] - 6787:1
**ignored** [2] -
6789:21, 6789:23
**IL** [1] - 6765:6
**imaging** [2] -
6878:15, 6878:18
**immediately** [1] -
6913:25
**impact** [1] - 6781:20
**impermissible** [1] -
6846:16
**import** [1] - 6888:6
**importance** [1] -
6892:20
**important** [4] -
6891:5, 6891:11,
6906:19, 6906:20
**IMPREVENTO** [1] -
6762:14
**improper** [1] -
6846:23
**improperly** [5] -
6837:3, 6837:7,
6848:13, 6848:24,
6849:8
**in** [478] - 6769:4,
6769:7, 6769:9,
6770:18, 6771:7,
6772:18, 6773:14,
6773:17, 6773:19,
6773:22, 6776:3,
6776:12, 6777:17,
6777:18, 6777:22,
6777:25, 6778:2,
6779:21, 6780:6,
6780:7, 6780:10,
6781:6, 6781:25,
6782:5, 6783:2,
6783:14, 6784:11,
6784:15, 6787:3,
6787:13, 6787:21,
6789:6, 6789:10,
6789:11, 6789:22,
6790:4, 6790:7,
6790:14, 6790:16,
6790:24, 6794:10,
6795:15, 6795:19,
6796:4, 6796:10,
6797:7, 6797:16,
6797:23, 6798:9,
6798:14, 6798:22,
6799:13, 6799:16,
6799:20, 6801:11,
6801:12, 6801:16,
6802:8, 6802:14,
6802:18, 6802:20,

6802:22, 6803:2,
6804:7, 6804:11,
6804:15, 6804:25,
6805:7, 6805:9,
6806:25, 6807:1,
6807:3, 6807:19,
6808:2, 6808:6,
6808:7, 6808:11,
6808:24, 6809:4,
6809:6, 6809:17,
6809:20, 6810:1,
6810:8, 6810:21,
6811:4, 6811:5,
6811:11, 6811:12,
6811:18, 6812:1,
6812:9, 6812:16,
6813:3, 6813:16,
6813:20, 6814:17,
6814:23, 6815:2,
6815:15, 6815:23,
6816:9, 6816:20,
6816:22, 6816:24,
6818:4, 6818:11,
6818:13, 6818:15,
6818:18, 6818:25,
6819:20, 6820:7,
6820:8, 6820:20,
6821:9, 6821:15,
6821:25, 6822:12,
6823:10, 6823:15,
6824:7, 6825:3,
6825:10, 6825:11,
6825:17, 6826:4,
6826:9, 6826:10,
6826:12, 6826:22,
6827:7, 6827:20,
6828:3, 6828:4,
6828:7, 6829:11,
6829:16, 6830:3,
6830:9, 6830:21,
6830:25, 6831:14,
6831:19, 6831:21,
6832:12, 6832:15,
6833:9, 6833:11,
6834:19, 6835:1,
6835:3, 6835:17,
6835:20, 6836:20,
6836:23, 6837:1,
6838:4, 6838:13,
6840:17, 6841:6,
6841:14, 6842:6,
6842:7, 6843:14,
6844:3, 6844:22,
6844:25, 6845:16,
6846:8, 6846:21,
6846:24, 6847:8,
6848:8, 6848:22,
6849:1, 6850:5,
6850:13, 6850:19,
6851:5, 6851:24,
6852:2, 6852:13,

6852:16, 6852:17,
6852:19, 6852:21,
6852:25, 6853:2,
6853:5, 6853:6,
6853:17, 6853:19,
6853:22, 6853:25,
6854:4, 6854:15,
6855:3, 6855:4,
6855:11, 6856:2,
6856:11, 6857:2,
6857:3, 6857:15,
6857:20, 6858:2,
6858:15, 6858:23,
6859:3, 6859:19,
6859:20, 6860:3,
6860:6, 6860:10,
6861:13, 6861:16,
6862:11, 6862:19,
6863:8, 6863:10,
6863:20, 6864:18,
6864:25, 6865:1,
6865:4, 6865:8,
6865:17, 6866:3,
6866:9, 6866:13,
6866:15, 6866:23,
6867:1, 6867:2,
6867:3, 6867:11,
6867:14, 6867:15,
6867:19, 6868:13,
6868:18, 6869:25,
6871:11, 6871:12,
6871:20, 6871:23,
6872:2, 6872:3,
6872:4, 6872:16,
6873:6, 6874:16,
6875:9, 6875:19,
6876:9, 6876:10,
6876:11, 6876:13,
6876:20, 6877:13,
6877:15, 6877:20,
6877:23, 6877:24,
6878:2, 6878:8,
6878:13, 6878:21,
6878:25, 6879:3,
6879:4, 6879:8,
6879:10, 6879:14,
6879:15, 6879:18,
6880:3, 6880:6,
6880:13, 6880:14,
6880:18, 6880:22,
6881:9, 6881:13,
6881:21, 6881:24,
6881:25, 6882:2,
6882:7, 6882:16,
6883:2, 6883:5,
6883:7, 6883:18,
6884:1, 6884:17,
6885:3, 6885:6,
6885:10, 6885:20,
6885:21, 6885:22,
6886:3, 6886:11,

6887:1, 6887:9,
6887:10, 6887:18,
6887:22, 6888:3,
6888:6, 6888:8,
6888:9, 6888:10,
6888:11, 6888:17,
6888:18, 6888:23,
6888:25, 6889:2,
6889:6, 6889:10,
6889:14, 6889:17,
6889:18, 6889:25,
6890:7, 6890:8,
6890:15, 6890:19,
6891:3, 6891:11,
6891:12, 6891:20,
6892:5, 6892:14,
6892:20, 6893:9,
6893:11, 6893:17,
6894:2, 6894:5,
6894:12, 6894:22,
6895:1, 6895:22,
6895:23, 6896:13,
6896:19, 6896:20,
6896:23, 6897:18,
6899:2, 6899:4,
6899:12, 6900:15,
6900:23, 6901:14,
6901:18, 6901:20,
6901:24, 6902:20,
6903:10, 6903:18,
6904:13, 6904:20,
6905:5, 6905:8,
6905:10, 6906:4,
6907:20, 6907:22,
6907:25, 6908:6,
6908:19, 6908:22,
6908:23, 6909:4,
6909:12, 6909:16,
6910:18, 6911:22,
6912:22, 6912:24,
6913:2, 6913:6,
6913:9, 6913:21,
6913:22, 6913:25,
6914:21, 6914:22,
6915:7, 6915:9,
6916:8, 6917:24,
6918:2, 6918:9,
6919:9, 6919:10,
6919:12, 6919:14,
6919:15, 6919:18,
6920:12, 6920:15,
6920:20, 6921:22,
6922:2, 6922:3,
6922:20, 6923:11,
6923:17, 6923:21,
6924:3, 6924:8,
6924:16, 6924:17,
6924:23, 6925:4,
6925:6, 6925:10,
6925:14, 6926:1,
6926:8, 6926:16,

6926:20, 6926:22,
6926:25, 6927:4,
6927:14, 6927:19,
6928:4, 6929:1,
6930:2, 6930:20,
6930:22, 6931:1,
6931:6, 6931:7,
6931:11, 6932:5,
6932:7, 6932:10,
6932:21, 6933:9

**IN** [4] - 6761:5,
6761:5, 6761:12,
6875:21

**INC** [5] - 6761:16,
6764:21, 6765:9,
6765:10, 6766:10

**incapable** [1] -
6886:21

**inch** [5] - 6897:20,
6903:24, 6904:2,
6904:13, 6909:8

**incident** [11] -
6785:17, 6831:20,
6835:11, 6836:24,
6837:6, 6841:21,
6842:5, 6883:3,
6886:22, 6887:15,
6922:16

**incidentally** [2] -
6896:5, 6896:14

**incidents** [1] -
6864:10

**include** [6] -
6822:25, 6823:9,
6825:4, 6825:14,
6825:18, 6864:2

**included** [8] -
6807:10, 6809:4,
6818:8, 6818:12,
6825:10, 6826:9,
6830:21, 6863:20

**inconclusive** [1] -
6919:23

**incorrect** [2] -
6813:1, 6846:23

**incorrectly** [3] -
6834:25, 6842:10,
6848:16

**increase** [7] -
6780:25, 6782:3,
6785:5, 6855:6,
6925:5, 6932:10

**increased** [5] -
6897:23, 6897:24,
6907:13, 6914:19,
6925:4

**increases** [3] -
6780:23, 6781:7,
6898:22

**increasing** [1] -

6782:2

**indeed** [1] - 6811:3

**indicate** [2] -
6820:17, 6923:3

**indicated** [7] -
6833:1, 6844:5,
6850:5, 6850:10,
6855:15, 6855:22,
6923:7

**indicates** [3] -
6775:23, 6837:18,
6845:11

**INDICATING** [8] -
6793:20, 6797:5,
6800:4, 6886:5,
6886:8, 6891:8,
6910:5, 6932:2

**indicating** [2] -
6890:3, 6921:11

**INDICATING)** [13] -
6799:7, 6860:1,
6896:1, 6897:4,
6898:18, 6899:21,
6904:6, 6906:2,
6906:18, 6907:12,
6909:17, 6912:13,
6931:10

**indication** [7] -
6839:3, 6844:16,
6845:6, 6854:11,
6864:21, 6910:14,
6910:22

**indications** [5] -
6834:8, 6838:1,
6856:19, 6863:12,
6863:14

**individual** [3] -
6884:23, 6887:4,
6894:6

**individuals** [1] -
6775:7

**indulge** [1] - 6916:25

**industry** [5] -
6787:14, 6881:25,
6893:17, 6895:2,
6916:8

**ineffectual** [1] -
6893:10

**inferred** [1] - 6845:4

**information** [10] -
6773:12, 6806:5,
6806:11, 6806:16,
6815:25, 6832:6,
6832:11, 6853:20,
6865:10, 6898:6

**informed** [1] -
6786:22

**initiated** [1] - 6891:6

**injects** [1] - 6809:15

**Innovations** [1] -

6906:1
**input** [7] - 6798:8,
6798:9, 6808:24,
6833:6, 6853:3,
6853:15, 6881:19
**inputs** [8] - 6773:12,
6773:14, 6773:16,
6773:20, 6774:1,
6835:14, 6852:11,
6852:12
**inquire** [1] - 6771:7
**inquiring** [1] -
6871:10
**inquiry** [1] - 6833:17
**insert** [2] - 6899:16,
6900:4
**inside** [6] - 6880:24,
6889:13, 6920:21,
6928:15, 6932:7,
6932:12
**insisted** [1] -
6891:21
**inspecting** [2] -
6878:16, 6880:16
**inspection** [1] -
6878:16
**inspection-type** [1] -
6878:16
**instability** [8] -
6834:6, 6834:8,
6837:1, 6838:1,
6839:3, 6848:9,
6848:17, 6849:11
**install** [1] - 6884:18
**instance** [2] -
6828:19, 6878:21
**instantly** [1] -
6930:19
**instead** [1] - 6928:20
**instruction** [2] -
6826:15, 6833:13
**instructions** [3] -
6835:9, 6842:20,
6843:5
**insufficient** [2] -
6797:20, 6797:25
**insuring** [1] -
6855:10
**integrity** [1] -
6907:20
**intend** [1] - 6771:17
**intends** [1] - 6881:20
**intent** [2] - 6822:11,
6842:16
**interact** [1] - 6816:2
**interaction** [5] -
6808:18, 6808:21,
6809:3, 6809:23,
6814:6

**interest** [1] - 6771:14

**internal** [10] -
6813:1, 6813:6,
6828:6, 6828:8,
6828:9, 6828:14,
6880:3, 6880:5,
6915:4, 6931:16
**internally** [3] -
6808:2, 6808:5,
6808:10
**internals** [3] -
6879:11, 6879:14,
6879:16
**INTERNATIONAL** [1]
- 6766:1
**interpret** [1] -
6901:13
**interrogatories** [1] -
6851:10
**interrogatory** [1] -
6828:17
**interval** [6] - 6810:7,
6810:14, 6811:13,
6812:6, 6818:7,
6818:12
**into** [29] - 6768:7,
6773:6, 6773:20,
6774:1, 6787:25,
6788:2, 6796:18,
6809:21, 6835:17,
6838:8, 6839:20,
6846:5, 6852:12,
6853:15, 6855:7,
6855:23, 6856:11,
6883:20, 6888:18,
6900:13, 6913:3,
6915:2, 6915:8,
6916:12, 6920:9,
6922:19, 6927:20,
6931:13, 6931:18
**introduce** [1] -
6768:17
**invalid** [5] - 6834:20,
6837:2, 6842:10,
6848:13, 6849:12
**inventory** [1] -
6819:5
**investigated** [1] -
6920:12
**investigation** [1] -
6882:17
**Investigative** [1] -
6867:17
**involved** [11] -
6785:19, 6810:8,
6818:13, 6851:5,
6851:24, 6856:16,
6872:4, 6872:6,
6879:20, 6879:24,
6916:14
**involvement** [1] -

6817:24
**inward** [1] - 6928:15
**IRPINO** [2] - 6763:6,
6763:7
**Isabela** [1] - 6817:24
**isn't** [11] - 6774:12,
6774:25, 6802:4,
6826:13, 6837:8,
6838:17, 6846:11,
6852:10, 6892:3,
6892:10, 6902:23
**isolated** [1] - 6822:1
**isolation** [15] -
6802:8, 6802:18,
6803:2, 6803:5,
6807:8, 6807:20,
6829:2, 6830:16,
6831:3, 6831:5,
6831:14, 6831:19,
6862:9, 6872:10,
6872:16
**Isolation** [4] -
6824:25, 6825:4,
6825:15, 6825:19
**isolations** [1] -
6802:13
**issue** [26] - 6804:2,
6811:12, 6817:21,
6823:13, 6824:1,
6831:6, 6832:1,
6846:18, 6846:20,
6849:24, 6853:2,
6853:25, 6854:2,
6854:4, 6854:6,
6855:19, 6856:12,
6864:6, 6882:1,
6890:15, 6892:11,
6895:17, 6896:19,
6897:11, 6898:3,
6918:19
**issued** [1] - 6876:20
**issues** [11] - 6809:1,
6814:9, 6817:19,
6823:19, 6863:17,
6864:19, 6872:8,
6889:20, 6895:21,
6913:6, 6929:25
**issuing** [1] - 6863:15
**it** [475] - 6769:4,
6769:12, 6769:16,
6771:10, 6771:25,
6773:6, 6773:22,
6775:18, 6776:16,
6776:20, 6777:17,
6777:21, 6778:5,
6778:6, 6778:12,
6779:14, 6779:16,
6779:17, 6779:19,
6780:9, 6780:14,
6781:8, 6781:24,

6782:5, 6782:10,
6782:14, 6782:16,
6782:17, 6782:20,
6782:22, 6783:10,
6783:13, 6783:14,
6787:20, 6788:2,
6788:4, 6788:7,
6788:12, 6788:13,
6788:16, 6789:9,
6789:15, 6790:8,
6790:22, 6791:20,
6791:22, 6791:24,
6792:15, 6792:22,
6792:24, 6794:9,
6795:8, 6795:19,
6795:22, 6795:24,
6795:25, 6796:1,
6796:11, 6796:13,
6796:15, 6796:17,
6796:20, 6797:3,
6797:7, 6797:22,
6798:8, 6798:11,
6798:12, 6798:18,
6798:23, 6798:25,
6799:4, 6799:16,
6799:20, 6800:2,
6800:20, 6800:21,
6800:25, 6801:1,
6801:8, 6802:13,
6802:19, 6803:8,
6803:12, 6803:23,
6804:6, 6804:11,
6804:14, 6804:15,
6805:24, 6806:13,
6806:20, 6808:1,
6808:19, 6809:6,
6809:9, 6809:11,
6810:25, 6812:7,
6812:12, 6812:14,
6814:25, 6816:7,
6816:11, 6816:13,
6816:18, 6816:25,
6817:1, 6817:21,
6818:14, 6820:1,
6820:6, 6820:10,
6820:11, 6820:15,
6821:21, 6822:11,
6822:23, 6823:7,
6823:19, 6823:20,
6824:12, 6824:13,
6825:7, 6826:13,
6826:15, 6827:25,
6828:4, 6829:23,
6830:9, 6831:2,
6831:16, 6831:23,
6831:25, 6832:25,
6833:2, 6833:4,
6833:15, 6834:16,
6835:2, 6835:5,
6835:8, 6835:15,
6836:1, 6836:14,

6836:17, 6837:2,
6837:3, 6837:7,
6837:9, 6837:11,
6837:17, 6837:18,
6837:22, 6837:23,
6837:24, 6837:25,
6838:5, 6838:10,
6838:13, 6838:16,
6838:17, 6838:18,
6838:19, 6838:20,
6838:21, 6839:2,
6839:5, 6840:2,
6840:3, 6840:25,
6841:13, 6842:10,
6842:15, 6842:16,
6842:18, 6843:5,
6843:16, 6843:24,
6843:25, 6844:1,
6844:10, 6844:12,
6844:17, 6844:22,
6844:24, 6845:7,
6845:9, 6845:10,
6845:11, 6845:12,
6845:13, 6845:15,
6845:16, 6845:20,
6845:23, 6846:3,
6846:22, 6847:1,
6847:16, 6847:18,
6847:22, 6848:1,
6848:4, 6848:10,
6848:11, 6848:12,
6848:13, 6848:15,
6848:18, 6848:24,
6849:5, 6849:6,
6849:7, 6849:8,
6849:13, 6849:17,
6849:18, 6849:20,
6849:24, 6850:5,
6850:7, 6850:11,
6850:18, 6850:19,
6850:23, 6851:11,
6852:2, 6852:5,
6852:6, 6852:11,
6852:12, 6853:5,
6853:12, 6853:13,
6853:15, 6853:17,
6853:22, 6853:23,
6853:24, 6854:4,
6854:6, 6855:3,
6855:14, 6855:16,
6855:22, 6856:11,
6856:21, 6856:23,
6857:1, 6857:14,
6857:16, 6857:20,
6857:23, 6858:9,
6858:15, 6859:25,
6860:17, 6860:18,
6861:19, 6861:24,
6862:17, 6863:3,
6865:24, 6866:15,
6866:19, 6867:3,

6867:13, 6867:15, 6867:22, 6868:5, 6868:7, 6868:18, 6870:8, 6870:9, 6870:23, 6870:24, 6871:1, 6871:3, 6871:7, 6872:7, 6873:21, 6873:22, 6873:23, 6874:6, 6874:7, 6874:8, 6874:9, 6874:10, 6875:6, 6875:8, 6875:15, 6875:16, 6875:18, 6876:25, 6877:7, 6877:11, 6879:11, 6880:5, 6880:15, 6881:3, 6882:8, 6882:21, 6882:24, 6883:1, 6883:6, 6883:7, 6883:8, 6883:9, 6883:16, 6883:18, 6883:21, 6884:14, 6885:6, 6885:9, 6885:11, 6885:25, 6886:1, 6886:6, 6886:10, 6886:14, 6886:17, 6887:24, 6888:10, 6888:14, 6888:18, 6888:21, 6889:6, 6889:7, 6889:8, 6889:9, 6889:12, 6889:16, 6889:24, 6890:1, 6890:2, 6890:4, 6890:5, 6890:21, 6890:25, 6891:2, 6891:5, 6891:9, 6892:11, 6893:16, 6893:22, 6894:22, 6895:18, 6896:1, 6896:4, 6896:8, 6897:1, 6898:5, 6899:13, 6899:20, 6900:6, 6900:7, 6900:16, 6901:7, 6901:11, 6901:14, 6901:19, 6902:7, 6903:5, 6903:25, 6904:2, 6904:4, 6904:5, 6904:7, 6904:19, 6905:8, 6906:10, 6906:19, 6907:12, 6908:3, 6908:9, 6908:12, 6908:15, 6908:16, 6909:6, 6909:8, 6909:19, 6909:21, 6910:7, 6910:10, 6910:14, 6910:20, 6910:23, 6911:9,

6911:17, 6911:18, 6912:7, 6912:15, 6912:21, 6912:24, 6912:25, 6913:1, 6913:4, 6914:13, 6914:16, 6915:4, 6915:5, 6915:7, 6915:10, 6917:3, 6917:4, 6917:5, 6917:11, 6919:16, 6919:17, 6922:19, 6923:13, 6924:5, 6924:11, 6924:12, 6924:15, 6925:14, 6925:16, 6926:3, 6926:24, 6927:7, 6928:18, 6929:18, 6930:3, 6930:21, 6931:15, 6931:18

**It** [3] - 6878:10, 6879:4, 6906:20

**it'll** [1] - 6780:16

**it's** [108] - 6776:17, 6780:16, 6781:9, 6783:15, 6786:24, 6787:11, 6787:18, 6787:19, 6788:5, 6788:10, 6788:11, 6788:12, 6790:4, 6792:3, 6792:5, 6793:3, 6793:21, 6795:22, 6796:15, 6796:23, 6797:16, 6798:12, 6799:10, 6800:19, 6800:21, 6812:11, 6826:20, 6829:1, 6831:13, 6834:25, 6835:5, 6835:14, 6837:25, 6838:2, 6838:15, 6838:19, 6838:20, 6838:22, 6839:20, 6844:19, 6846:25, 6847:1, 6847:17, 6849:12, 6852:10, 6853:5, 6853:9, 6853:10, 6853:21, 6856:7, 6856:13, 6859:10, 6860:7, 6861:10, 6864:16, 6877:1, 6877:2, 6877:10, 6881:24, 6882:1, 6882:2, 6884:6, 6885:19, 6886:3, 6886:17, 6887:1, 6887:7, 6887:18, 6887:23, 6887:25, 6888:12, 6888:15, 6888:16, 6889:4, 6889:10, 6890:3, 6892:24,

6893:6, 6893:18, 6897:18, 6901:18, 6903:17, 6907:3, 6907:5, 6907:11, 6907:18, 6909:25, 6910:23, 6911:8, 6915:25, 6916:14, 6917:5, 6922:15, 6923:15, 6924:10, 6925:11, 6926:22, 6927:14, 6927:15, 6931:9, 6931:11, 6931:12, 6931:15, 6932:20

**items** [1] - 6864:9

**iterations** [2] - 6857:5, 6857:17

**its** [13] - 6778:8, 6778:18, 6837:24, 6838:2, 6838:19, 6846:22, 6884:2, 6884:3, 6887:14, 6916:4, 6930:20, 6931:11, 6931:13

**itself** [5] - 6816:10, 6865:13, 6881:17, 6905:1, 6910:13

## J

**J** [9] - 6761:8, 6761:22, 6762:6, 6762:17, 6764:8, 6765:4, 6765:11, 6765:20, 6766:5

**JAMES** [2] - 6762:3, 6764:13

**January** [14] - 6821:4, 6821:24, 6822:11, 6822:24, 6829:23, 6830:24, 6831:14, 6831:19, 6851:12, 6898:23, 6899:2, 6900:4, 6901:5, 6919:3

**JEFFERSON** [2] - 6762:4, 6765:21

**JEFFREY** [1] - 6762:14

**Jerry** [1] - 6876:2

**JERRY** [1] - 6766:15

**Jesse** [3] - 6793:16, 6844:19, 6870:17

**JESSE** [1] - 6767:5

**Jessica** [2] - 6768:15, 6772:13

**JESSICA** [2] - 6763:20, 6763:21

**jets** [1] - 6889:15

**Jim** [1] - 6769:1

**JIMMY** [1] - 6763:4

**Jimmy** [1] - 6895:13

**job** [74] - 6774:8, 6774:12, 6783:18, 6785:13, 6795:7, 6797:15, 6797:16, 6804:7, 6804:25, 6806:18, 6807:6, 6808:11, 6808:12, 6808:22, 6808:25, 6809:11, 6809:19, 6809:21, 6810:6, 6810:14, 6815:2, 6816:15, 6817:4, 6817:11, 6818:3, 6818:6, 6818:11, 6822:5, 6822:18, 6823:2, 6823:12, 6823:23, 6824:14, 6826:10, 6829:11, 6829:24, 6830:21, 6830:25, 6831:3, 6831:4, 6831:13, 6831:14, 6833:4, 6838:4, 6841:14, 6841:24, 6851:17, 6854:6, 6854:15, 6855:12, 6855:14, 6855:18, 6856:2, 6862:22, 6863:3, 6863:9, 6863:12, 6863:14, 6863:16, 6863:21, 6864:1, 6864:2, 6864:11, 6864:12, 6864:18, 6864:22, 6865:16, 6865:17, 6866:21, 6867:1, 6868:6

**jobs** [15] - 6782:21, 6782:22, 6783:15, 6807:3, 6808:7, 6810:9, 6815:15, 6820:25, 6829:1, 6829:16, 6830:7, 6830:15, 6851:2, 6851:6, 6851:11

**John** [2] - 6858:18, 6858:20

**JOHN** [3] - 6763:2, 6765:23, 6766:19

**join** [2] - 6801:16, 6892:6

**joint** [6] - 6914:18, 6927:20, 6929:1, 6929:2, 6930:2, 6931:7

**JONES** [1] - 6766:5

**JR** [2] - 6762:17, 6766:11

**Judge** [18] - 6768:19, 6769:8, 6770:5, 6770:10, 6770:11, 6770:18, 6771:10, 6780:14, 6846:21, 6869:16, 6870:10, 6871:17, 6873:10, 6873:25, 6874:20, 6874:25, 6895:9, 6903:1

**judge** [3] - 6869:12, 6869:21, 6883:17

**JUDGE** [1] - 6761:23

**July** [5] - 6825:23, 6825:24, 6826:4, 6826:18, 6896:3

**jump** [1] - 6924:24

**June** [2] - 6887:22, 6903:18

**just** [125] - 6768:6, 6768:17, 6769:16, 6777:20, 6780:16, 6784:13, 6784:18, 6786:2, 6786:3, 6786:9, 6786:24, 6789:19, 6790:1, 6793:3, 6794:16, 6797:12, 6798:25, 6800:9, 6801:6, 6802:2, 6803:23, 6805:14, 6806:2, 6807:18, 6808:19, 6810:10, 6810:11, 6812:8, 6812:9, 6812:12, 6812:13, 6813:15, 6816:22, 6818:10, 6819:25, 6820:14, 6820:22, 6823:2, 6823:13, 6824:3, 6826:11, 6828:16, 6828:17, 6829:1, 6829:5, 6829:10, 6829:11, 6829:14, 6831:4, 6831:19, 6832:10, 6835:2, 6835:5, 6838:14, 6840:5, 6847:16, 6850:17, 6852:10, 6852:16, 6853:19, 6853:20, 6853:21, 6854:21, 6855:1, 6859:18, 6859:25, 6862:22, 6863:9, 6866:18, 6866:23, 6868:10, 6868:24, 6869:21, 6870:6, 6871:13, 6871:15, 6871:17, 6872:7, 6873:7, 6875:5, 6875:12,

6877:1, 6878:17,
6880:5, 6882:2,
6883:21, 6884:16,
6884:23, 6885:11,
6888:9, 6890:8,
6892:1, 6893:6,
6897:2, 6898:4,
6900:13, 6904:13,
6908:6, 6912:8,
6913:25, 6915:6,
6917:4, 6917:7,
6917:11, 6917:21,
6920:14, 6923:7,
6923:20, 6924:10,
6924:16, 6924:19,
6924:20, 6927:23,
6929:24, 6930:12,
6931:5, 6931:12,
6931:20, 6931:21,
6932:11
  **JUSTICE** [4] -
6763:10, 6763:14,
6763:19, 6764:1

# K

  **K** [3] - 6764:22,
6876:1, 6886:17
  **KANNER** [4] -
6764:16, 6764:17,
6779:2, 6916:22
  **KAREN** [1] - 6766:21
  **Karen** [3] - 6819:15,
6933:5, 6933:13
  **karen_lbos@laed.
uscourts.gov** [1] -
6766:23
  **KARIS** [7] - 6765:5,
6881:8, 6882:9,
6892:6, 6893:25,
6894:8, 6902:6
  **Karis** [1] - 6881:8
  **Kathryn** [1] -
6819:10
  **Katy** [1] - 6903:4
  **KATZ** [1] - 6762:6
  **keep** [3] - 6810:1,
6822:14, 6917:7
  **keeper** [1] - 6822:20
  **keeping** [1] -
6875:10
  **KELLEY** [1] - 6764:3
  **Kellingray** [6] -
6840:4, 6871:9,
6871:17, 6871:21,
6871:24, 6872:3
  **kept** [2] - 6896:4,
6896:12
  **KERRY** [1] - 6765:11

  **kickoff** [1] - 6787:24
  **kids** [1] - 6926:8
  **kill** [3] - 6888:8,
6930:21, 6931:10
  **KINCHEN** [2] -
6765:23, 6765:23
  **kind** [9] - 6786:9,
6786:24, 6793:3,
6813:16, 6847:15,
6855:3, 6855:5,
6867:23, 6872:7
  **kinds** [1] - 6791:2
  **King** [1] - 6817:24
  **KIRKLAND** [1] -
6765:4
  **knew** [16] - 6785:4,
6788:6, 6804:9,
6823:1, 6823:4,
6849:1, 6853:12,
6853:19, 6864:10,
6871:11, 6872:24,
6896:20, 6901:11,
6902:22, 6909:11
  **know** [55] - 6768:24,
6771:8, 6772:5,
6780:15, 6786:10,
6786:17, 6787:16,
6788:14, 6798:8,
6798:12, 6799:13,
6809:10, 6809:16,
6818:14, 6818:14,
6826:2, 6833:6,
6835:20, 6836:3,
6836:16, 6843:21,
6844:1, 6844:15,
6846:12, 6850:7,
6850:13, 6850:20,
6852:1, 6853:21,
6856:17, 6856:21,
6857:4, 6857:12,
6861:19, 6861:23,
6863:18, 6865:1,
6871:17, 6879:5,
6881:19, 6883:17,
6886:11, 6895:20,
6897:17, 6898:2,
6899:8, 6900:3,
6910:12, 6916:8,
6919:13, 6920:11,
6920:14, 6925:13,
6926:1, 6930:19
  **knowledge** [11] -
6806:20, 6810:15,
6811:1, 6812:5,
6864:8, 6895:21,
6896:25, 6908:7,
6908:9, 6908:19,
6912:20
  **knowledgeable** [1] -
6862:7

  **known** [1] - 6909:23
  **knows** [4] - 6892:22,
6897:11, 6898:6,
6915:21
  **Kodiak** [5] - 6820:7,
6822:4, 6822:7,
6822:8, 6823:19
  **KRAUS** [1] - 6764:17
  **ksi** [1] - 6886:17
  **KULLMAN** [1] -
6762:11

# L

  **L** [4] - 6764:7,
6765:14, 6832:19,
6842:25
  **L.L.C** [1] - 6766:17
  **LA** [15] - 6762:5,
6762:7, 6762:13,
6762:18, 6762:20,
6762:23, 6763:3,
6763:8, 6764:15,
6764:18, 6764:24,
6765:12, 6765:22,
6766:3, 6766:22
  **lab** [41] - 6774:24,
6777:22, 6778:1,
6778:21, 6797:12,
6799:22, 6802:2,
6809:8, 6809:16,
6809:25, 6813:7,
6815:5, 6827:4,
6827:6, 6827:7,
6827:25, 6833:7,
6835:25, 6836:23,
6838:5, 6838:14,
6841:10, 6842:20,
6844:22, 6844:25,
6845:14, 6845:16,
6845:18, 6847:8,
6848:3, 6848:5,
6848:15, 6848:23,
6849:22, 6850:5,
6850:8, 6850:12,
6850:20, 6859:3,
6866:23, 6928:4
  **labels** [1] - 6860:17
  **Laboratory** [1] -
6826:12
  **laboratory** [4] -
6777:12, 6778:8,
6778:19, 6826:23
  **labs** [3] - 6813:4,
6813:20, 6835:20
  **LAFAYETTE** [2] -
6762:5, 6765:22
  **Lafayette** [4] -
6808:17, 6809:17,
6809:20, 6814:17

  **LAFLEUR** [1] -
6765:20
  **LAMAR** [1] - 6766:15
  **land** [2] - 6802:12,
6807:15
  **Land** [1] - 6824:17,
6825:13, 6825:17
  **landing** [1] - 6903:8
  **LANGAN** [1] - 6765:4
  **language** [4] -
6826:11, 6826:12,
6881:16, 6924:20
  **large** [2] - 6878:16,
6927:15
  **larger** [1] - 6896:2
  **LASALLE** [1] -
6765:6
  **laser** [3] - 6895:25,
6922:9, 6928:2
  **last** [18] - 6769:8,
6770:15, 6799:9,
6800:17, 6801:6,
6816:13, 6821:20,
6822:1, 6825:7,
6842:9, 6855:10,
6871:14, 6892:7,
6903:20, 6915:14,
6915:17, 6919:9,
6931:20
  **lasted** [1] - 6920:14
  **late** [2] - 6853:17,
6853:23
  **later** [7] - 6818:15,
6848:12, 6867:3,
6868:17, 6897:3,
6911:10, 6929:11
  **latest** [2] - 6773:12,
6842:8
  **law** [2] - 6869:25,
6882:1
  **LAW** [3] - 6762:19,
6762:21, 6763:6
  **LAWRENCE** [1] -
6763:22
  **lawyers** [1] - 6824:7
  **lay** [2] - 6788:9,
6929:8
  **layman's** [1] - 6790:4
  **layout** [2] - 6858:6,
6858:12
  **lead** [2] - 6786:9,
6908:13
  **leader** [2] - 6808:8,
6808:12
  **leading** [4] -
6908:11, 6908:15,
6917:18, 6930:13
  **leaked** [1] - 6910:9
  **leaking** [2] -
6910:12, 6910:23

  **learned** [3] -
6824:11, 6852:19,
6853:16
  **learning** [1] -
6824:15
  **LEASING** [1] -
6761:13
  **least** [6] - 6772:4,
6790:7, 6802:17,
6821:24, 6855:19,
6913:24
  **leave** [2] - 6870:5,
6899:16
  **leaving** [2] -
6864:21, 6896:7
  **led** [2] - 6813:25,
6814:2
  **left** [6] - 6769:11,
6773:13, 6814:11,
6838:10, 6859:12,
6859:19
  **left-hand** [1] -
6838:10
  **leg** [1] - 6879:8
  **legal** [2] - 6882:1,
6926:1
  **LEGER** [2] -
6762:16, 6762:17
  **Lego** [1] - 6908:5
  **less** [8] - 6782:24,
6783:23, 6784:8,
6861:2, 6873:15,
6884:4, 6916:7,
6926:5
  **let** [33] - 6772:5,
6778:13, 6796:8,
6810:10, 6824:16,
6826:21, 6827:15,
6839:9, 6840:11,
6843:20, 6847:3,
6847:25, 6850:7,
6850:17, 6856:4,
6857:9, 6861:4,
6865:21, 6866:14,
6868:20, 6869:22,
6870:6, 6872:7,
6882:4, 6899:20,
6904:4, 6917:13,
6918:20, 6922:23,
6924:10, 6925:12,
6929:14, 6931:5
  **Let's** [1] - 6819:15
  **let's** [60] - 6779:16,
6780:18, 6790:1,
6791:11, 6793:8,
6795:17, 6807:13,
6811:15, 6816:5,
6819:8, 6821:2,
6824:16, 6824:23,
6825:21, 6826:11,

6828:16, 6832:5,
6834:9, 6835:12,
6836:8, 6837:10,
6840:5, 6840:6,
6841:1, 6843:11,
6843:19, 6844:18,
6848:14, 6850:17,
6858:1, 6858:17,
6862:22, 6863:24,
6864:13, 6865:14,
6867:25, 6869:15,
6886:19, 6890:23,
6892:13, 6893:12,
6899:15, 6900:4,
6903:20, 6905:4,
6911:8, 6912:9,
6912:12, 6919:20,
6920:25, 6921:6,
6923:2, 6924:19,
6926:19, 6930:5,
6931:21, 6932:20

**letter** [1] - 6769:7
**letters** [1] - 6820:10
**level** [2] - 6779:21,
6873:6

**LEWIS** [5] - 6762:11,
6764:22, 6766:10,
6766:14, 6766:17
**LI** [67] - 6765:18,
6779:4, 6779:8,
6779:10, 6779:11,
6779:22, 6779:24,
6780:16, 6780:19,
6780:21, 6781:14,
6781:15, 6784:17,
6784:22, 6784:23,
6785:15, 6785:16,
6786:8, 6786:11,
6786:13, 6786:15,
6786:18, 6786:20,
6787:1, 6787:2,
6788:20, 6790:25,
6791:1, 6791:16,
6791:17, 6792:11,
6792:12, 6792:17,
6792:18, 6793:1,
6793:2, 6793:8,
6793:9, 6793:19,
6793:22, 6794:16,
6794:17, 6794:22,
6794:23, 6796:21,
6796:22, 6796:25,
6797:1, 6797:17,
6797:18, 6798:3,
6798:4, 6798:19,
6798:20, 6798:24,
6799:2, 6801:18,
6802:10, 6802:11,
6803:10, 6875:3,
6875:7, 6875:9,

6875:11, 6875:13,
6875:15, 6875:18
**Li** [3] - 6767:9,
6779:4, 6875:3
**liberty** [1] - 6799:3
**LIFE** [1] - 6762:12
**life** [2] - 6891:25,
6896:20
**lift** [2] - 6863:6,
6895:2
**lifted** [1] - 6928:22
**lifting** [4] - 6927:11,
6927:16, 6927:20,
6929:5
**like** [25] - 6768:7,
6774:5, 6774:15,
6778:6, 6780:1,
6790:22, 6800:21,
6801:4, 6804:14,
6833:10, 6839:8,
6854:14, 6854:21,
6867:19, 6869:8,
6873:23, 6878:20,
6879:13, 6880:3,
6883:24, 6885:11,
6909:3, 6910:3,
6925:14, 6926:21
**likely** [2] - 6888:14,
6921:3
**likewise** [1] - 6811:7
**limb** [1] - 6891:25
**limit** [1] - 6785:9
**limitation** [1] -
6898:2
**limited** [2] - 6811:4,
6812:4
**limits** [1] - 6907:22
**line** [23] - 6775:10,
6775:19, 6775:23,
6787:17, 6797:4,
6799:8, 6799:9,
6801:19, 6801:22,
6818:19, 6819:2,
6858:1, 6885:18,
6888:8, 6891:2,
6900:13, 6904:4,
6926:21, 6926:25,
6932:2
**lined** [1] - 6772:2
**liner** [4] - 6773:1,
6804:3, 6821:9,
6851:6
**liners** [2] - 6811:23,
6821:17
**lines** [8] - 6799:6,
6835:23, 6848:14,
6878:4, 6915:9,
6920:11, 6920:12,
6920:13
**link** [1] - 6916:4

**liquids** [1] - 6809:15
**LISKOW** [1] -
6764:22
**list** [15] - 6768:9,
6769:9, 6769:15,
6770:12, 6771:4,
6771:16, 6829:16,
6830:9, 6830:10,
6830:13, 6830:15,
6831:9, 6831:10
**listed** [1] - 6829:1
**listening** [1] - 6843:8
**literally** [2] -
6925:15, 6927:16
**LITIGATION** [1] -
6764:2
**litigation** [1] - 6870:1
**little** [20] - 6773:3,
6788:2, 6793:21,
6798:11, 6803:23,
6804:16, 6862:8,
6867:16, 6867:20,
6869:22, 6870:2,
6877:22, 6880:14,
6893:6, 6896:1,
6899:13, 6916:24,
6923:23, 6924:19,
6925:11
**lived** [1] - 6897:8
**LLC** [1] - 6765:8
**load** [11] - 6823:1,
6925:5, 6925:9,
6925:10, 6925:13,
6925:22, 6926:11,
6926:13, 6926:20,
6926:22, 6926:25
**loads** [4] - 6880:12,
6916:14, 6931:2
**located** [6] -
6805:10, 6808:16,
6840:16, 6871:23,
6890:6, 6890:9
**location** [8] -
6808:12, 6809:21,
6823:11, 6853:11,
6853:12, 6853:13,
6853:14, 6880:2
**locations** [3] -
6857:21, 6872:25,
6888:11
**lock** [1] - 6931:13
**locked** [1] - 6930:2
**log** [6] - 6773:13,
6773:15, 6773:24,
6829:20, 6856:20,
6856:23
**logically** [1] -
6880:22
**logistical** [1] -
6823:13

**long** [15] - 6773:1,
6773:18, 6788:15,
6804:3, 6804:6,
6804:8, 6804:9,
6833:9, 6868:5,
6869:11, 6880:4,
6917:4, 6918:7,
6925:16
**long-string** [2] -
6773:1, 6773:18
**longer** [2] - 6867:16,
6889:14
**longevity** [2] -
6895:21, 6897:11
**look** [54] - 6771:4,
6772:1, 6772:4,
6781:14, 6781:23,
6793:8, 6798:3,
6798:6, 6811:15,
6816:5, 6819:8,
6821:2, 6821:8,
6824:16, 6824:23,
6825:21, 6825:22,
6829:14, 6832:17,
6834:9, 6835:12,
6836:8, 6837:10,
6838:22, 6839:2,
6840:5, 6840:6,
6842:7, 6842:22,
6844:18, 6848:14,
6850:17, 6851:8,
6857:9, 6858:1,
6859:4, 6861:3,
6864:13, 6865:1,
6865:14, 6865:21,
6867:25, 6868:9,
6870:22, 6888:8,
6893:1, 6895:17,
6900:4, 6901:19,
6920:25, 6924:19,
6926:19, 6927:7
**looked** [15] - 6774:4,
6804:14, 6826:12,
6826:13, 6838:24,
6841:1, 6841:6,
6844:9, 6859:5,
6863:19, 6868:10,
6887:8, 6904:25,
6905:1, 6928:21
**looking** [12] -
6773:16, 6773:24,
6821:10, 6821:15,
6821:17, 6833:21,
6882:2, 6890:2,
6909:15, 6924:19,
6924:21, 6931:22
**looks** [3] - 6800:21,
6926:3, 6926:21
**loop** [1] - 6789:11
**LOS** [1] - 6765:19

**lose** [1] - 6819:15
**loss** [2] - 6856:12,
6878:18
**losses** [10] - 6804:8,
6854:13, 6854:16,
6854:17, 6855:1,
6855:4, 6855:18,
6856:1, 6856:2,
6856:7
**lost** [2] - 6804:11,
6908:16
**lot** [9] - 6803:21,
6805:22, 6814:18,
6815:23, 6852:1,
6877:16, 6878:22,
6895:12, 6912:3
**Louis** [5] - 6770:13,
6770:15, 6770:16,
6779:4, 6875:3
**Louisiana** [3] -
6779:1, 6916:21,
6933:6
**LOUISIANA** [5] -
6761:2, 6761:8,
6764:11, 6764:13,
6766:19
**low** [7] - 6783:11,
6783:13, 6783:14,
6795:23, 6802:14,
6889:9, 6891:25
**lower** [14] - 6780:20,
6782:21, 6783:15,
6800:22, 6801:10,
6801:12, 6867:18,
6867:20, 6867:23,
6885:1, 6886:25,
6887:14, 6899:13,
6928:14
**luck** [1] - 6892:1
**LUIS** [1] - 6765:18
**lunchtime** [1] -
6768:20
**LUTHER** [1] - 6764:7

# M

**M** [1] - 6762:11
**Macondo** [44] -
6774:8, 6777:13,
6782:19, 6783:8,
6784:24, 6785:1,
6785:5, 6798:7,
6798:10, 6798:14,
6798:16, 6805:4,
6806:6, 6806:8,
6806:15, 6806:21,
6806:24, 6807:2,
6808:11, 6808:22,
6810:5, 6812:6,
6815:17, 6815:20,

6816:19, 6817:13, 6817:17, 6818:10, 6820:23, 6821:10, 6822:5, 6822:9, 6825:1, 6827:11, 6827:17, 6831:20, 6851:3, 6856:14, 6871:5, 6871:8, 6871:15, 6872:5, 6872:6, 6922:5

**made** [12] - 6785:22, 6812:7, 6827:23, 6831:22, 6833:17, 6871:24, 6883:9, 6886:14, 6894:14, 6928:24, 6931:21

**MAGAZINE** [1] - 6763:7

**magnetic** [1] - 6878:17

**MAHTOOK** [1] - 6765:20

**mail** [49] - 6770:10, 6772:8, 6775:5, 6775:9, 6779:12, 6779:25, 6780:8, 6780:9, 6780:20, 6786:9, 6786:25, 6787:4, 6787:7, 6789:9, 6794:18, 6805:18, 6805:20, 6809:25, 6811:14, 6811:16, 6835:25, 6844:10, 6844:11, 6844:16, 6844:19, 6845:3, 6850:10, 6850:23, 6864:15, 6868:2, 6868:10, 6868:18, 6871:9, 6896:3, 6897:3, 6897:10, 6898:16, 6898:23, 6899:4, 6901:2, 6901:6, 6902:3, 6902:14, 6903:12, 6903:18, 6904:12, 6911:20, 6911:22

**mailed** [1] - 6809:11

**main** [2] - 6918:2, 6928:13

**MAIN** [1] - 6763:2

**maintain** [1] - 6884:18

**major** [3] - 6802:16, 6803:3, 6877:19

**majority** [1] - 6805:24

**make** [18] - 6770:8, 6772:25, 6785:25, 6798:11, 6805:3,

6812:12, 6814:6, 6816:1, 6843:20, 6853:3, 6866:18, 6869:22, 6875:4, 6879:6, 6903:1, 6925:8, 6930:24

**makes** [2] - 6861:19, 6908:5

**making** [5] - 6769:20, 6812:17, 6853:19, 6865:8, 6920:15

**MALINDA** [1] - 6763:22

**manage** [1] - 6816:14

**management** [3] - 6816:3, 6828:6, 6831:21

**manager** [1] - 6878:6

**manifest** [1] - 6910:12

**manual** [7] - 6781:16, 6781:24, 6802:17, 6803:1, 6826:13, 6908:22, 6909:25

**Manual** [3] - 6909:18, 6914:3, 6914:4

**manuals** [2] - 6828:6, 6828:9

**manufacturer** [1] - 6908:4

**many** [9] - 6787:3, 6787:9, 6789:13, 6797:21, 6858:13, 6872:24, 6873:7, 6883:8, 6918:11

**March** [12] - 6811:12, 6811:16, 6839:7, 6839:12, 6841:1, 6842:16, 6842:22, 6859:1, 6870:19, 6870:24, 6909:25, 6911:5

**margin** [3] - 6904:20, 6916:12, 6916:13

**mark** [5] - 6800:2, 6811:8, 6825:7, 6868:15, 6869:1

**Mark** [4] - 6810:8, 6811:16, 6812:15, 6841:2

**MASP** [19] - 6884:5, 6884:8, 6884:13, 6884:14, 6884:16, 6884:22, 6884:24, 6885:3, 6885:10, 6885:12, 6885:13,

6885:22, 6887:4, 6887:24, 6887:25, 6888:1, 6916:3, 6916:5, 6916:7

**master's** [2] - 6877:15, 6878:2

**masters** [2] - 6876:10, 6877:14

**match** [1] - 6856:6

**matched** [1] - 6856:8

**matches** [1] - 6830:5

**material** [5] - 6820:11, 6820:13, 6855:4, 6877:19, 6904:24

**materials** [3] - 6823:15, 6826:21, 6879:22

**math** [2] - 6834:15, 6918:14

**matter** [10] - 6847:11, 6857:6, 6872:4, 6876:13, 6876:20, 6882:2, 6903:20, 6905:9, 6909:24, 6933:9

**MATTHEW** [1] - 6765:5

**max** [1] - 6932:3

**maximum** [3] - 6869:13, 6884:21, 6907:2

**may** [15] - 6768:24, 6769:4, 6771:10, 6797:20, 6797:25, 6870:5, 6876:3, 6876:22, 6882:10, 6904:5, 6906:23, 6912:17, 6920:2, 6920:14

**May** [1] - 6866:15

**maybe** [10] - 6771:3, 6771:5, 6771:13, 6772:5, 6800:21, 6819:1, 6866:25, 6869:9, 6923:23, 6931:20

**MAZE** [3] - 6764:7, 6778:25, 6916:20

**McCLELLAN** [2] - 6763:20, 6916:18

**MCKINNEY** [1] - 6766:7

**me** [71] - 6769:6, 6769:13, 6773:14, 6773:23, 6774:10, 6776:8, 6781:11, 6782:11, 6783:12, 6783:17, 6784:10, 6789:12, 6792:1,

6793:6, 6793:18, 6795:18, 6796:8, 6797:24, 6798:16, 6803:22, 6810:10, 6812:12, 6813:11, 6818:9, 6824:16, 6826:21, 6827:15, 6827:18, 6832:10, 6834:25, 6837:18, 6838:14, 6839:9, 6840:11, 6843:20, 6844:16, 6847:23, 6847:25, 6848:3, 6848:17, 6849:20, 6850:10, 6850:17, 6853:13, 6856:4, 6857:9, 6858:9, 6858:21, 6861:4, 6865:21, 6866:10, 6866:14, 6868:20, 6869:9, 6869:22, 6872:7, 6873:2, 6873:7, 6899:20, 6903:1, 6904:4, 6917:11, 6918:20, 6922:23, 6924:10, 6924:12, 6924:25, 6925:12, 6929:14, 6931:5, 6932:17

**mean** [15] - 6770:7, 6820:11, 6831:2, 6842:8, 6846:22, 6847:17, 6849:9, 6855:22, 6866:9, 6866:20, 6883:19, 6884:8, 6888:25, 6896:23, 6908:2

**means** [14] - 6795:18, 6803:23, 6820:12, 6836:14, 6855:19, 6881:15, 6887:21, 6891:3, 6891:23, 6893:21, 6893:22, 6897:1, 6915:20, 6925:22

**meant** [2] - 6867:1, 6879:2

**measure** [3] - 6846:17, 6846:20, 6891:6

**measured** [1] - 6932:3

**measures** [4] - 6785:9, 6846:15, 6846:23, 6931:24

**measuring** [2] - 6866:22, 6881:1

**mechanic** [1] - 6879:2

**MECHANICAL** [1] -

6766:25

**mechanical** [6] - 6876:9, 6876:10, 6876:11, 6888:12, 6891:20, 6904:22

**Mechanical** [1] - 6880:8

**mediate** [1] - 6873:3

**meeting** [8] - 6772:17, 6772:21, 6772:24, 6773:4, 6773:10, 6773:25, 6804:2

**meetings** [4] - 6774:3, 6806:1, 6806:4, 6858:24

**member** [5] - 6804:21, 6810:5, 6810:12, 6812:21, 6817:2

**men** [1] - 6854:6

**mentioned** [6] - 6780:6, 6780:13, 6815:7, 6829:17, 6871:20, 6929:11

**met** [5] - 6768:20, 6778:9, 6778:18, 6778:20, 6865:18

**metal** [3] - 6878:18, 6878:19, 6931:17

**meters** [1] - 6879:6

**method** [2] - 6797:25, 6891:24

**Methods** [3] - 6824:18, 6825:14, 6825:17

**methods** [3] - 6797:19, 6802:12, 6807:15

**MEXICO** [1] - 6761:6

**Mexico** [3] - 6830:25, 6871:11, 6909:4

**MI** [1] - 6766:17

**Michael** [1] - 6911:10

**MICHAEL** [2] - 6763:11, 6765:17

**MICHELLE** [1] - 6763:21

**Michigan** [1] - 6876:10

**Michoud** [1] - 6880:16

**microphone** [1] - 6928:7

**middle** [3] - 6807:19, 6866:3, 6919:18

**might** [10] - 6783:3, 6796:15, 6849:12, 6852:1, 6852:3, 6856:8, 6858:16,

6867:15, 6873:6,
6886:6
  **migrate** [1] - 6802:15
  **migrating** [1] -
6803:2
  **migration** [1] -
6802:14
  **Mike** [2] - 6803:16,
6917:17
  **mile** [3] - 6787:25,
6788:15, 6925:16
  **miles** [2] - 6918:17,
6925:16
  **MILLER** [1] -
6765:11
  **Miller** [2] - 6819:10,
6875:11
  **mind** [1] - 6808:19
  **minimal** [2] - 6853:8,
6853:10
  **minimum** [2] -
6891:22, 6904:23
  **minors** [1] - 6877:20
  **minute** [6] - 6783:9,
6783:10, 6786:2,
6862:23, 6869:15,
6924:21
  **minutes** [23] -
6780:23, 6832:11,
6866:9, 6866:10,
6866:20, 6866:21,
6867:2, 6869:9,
6869:12, 6913:10,
6917:1, 6917:3,
6922:20, 6922:23,
6923:7, 6923:24,
6924:1, 6924:16,
6927:2, 6929:21,
6930:1, 6930:13
  **miss** [3] - 6846:3,
6847:13, 6847:15
  **missed** [8] - 6784:1,
6833:13, 6834:18,
6834:21, 6837:24,
6838:2, 6838:19,
6847:21
  **misses** [3] - 6847:1,
6847:7, 6847:18
  **missing** [1] -
6791:23
  **Missing** [1] - 6846:9
  **mistake** [1] - 6914:6
  **mitigation** [1] -
6852:8
  **mix** [2] - 6836:6,
6837:11
  **mixed** [6] - 6837:3,
6837:7, 6842:10,
6848:13, 6849:8,
6849:13

  **MMS** [1] - 6865:18
  **MOBILE** [1] -
6762:10
  **model** [32] - 6773:21,
6774:2, 6800:24,
6853:15, 6854:8,
6854:25, 6855:25,
6857:1, 6857:16,
6858:2, 6859:13,
6859:19, 6859:20,
6860:3, 6860:6,
6860:11, 6860:22,
6860:25, 6861:1,
6861:3, 6861:15,
6861:17, 6861:22,
6862:1, 6862:4,
6862:6, 6862:11,
6873:11, 6873:12,
6873:21
  **modeled** [4] -
6857:20, 6858:13,
6860:16, 6861:22
  **modeling** [17] -
6773:4, 6773:17,
6776:16, 6776:17,
6789:13, 6789:20,
6797:22, 6804:10,
6804:14, 6856:15,
6856:19, 6858:6,
6858:12, 6859:9,
6861:21, 6873:5,
6874:16
  **models** [9] -
6852:16, 6852:20,
6872:19, 6872:21,
6874:12, 6874:15,
6918:14, 6918:18,
6931:5
  **moments** [2] -
6777:20, 6870:12
  **Monday** [1] -
6771:25
  **money** [1] - 6877:24
  **monitor** [2] -
6896:24, 6897:12
  **monitored** [1] -
6855:11
  **MONTGOMERY** [1] -
6764:9
  **months** [3] -
6831:19, 6896:16,
6919:14
  **Mooney** [1] -
6819:10
  **more** [26] - 6773:3,
6776:5, 6783:2,
6810:25, 6811:2,
6811:7, 6824:4,
6825:21, 6826:20,
6847:7, 6849:10,

6851:18, 6852:13,
6865:6, 6871:10,
6874:3, 6883:9,
6889:7, 6891:5,
6896:13, 6897:25,
6899:16, 6905:24,
6914:7, 6926:4,
6927:5
  **Morel** [18] - 6773:13,
6773:19, 6774:3,
6775:5, 6775:6,
6779:25, 6786:25,
6787:4, 6810:13,
6810:25, 6812:16,
6815:23, 6828:12,
6841:22, 6857:12,
6857:21, 6858:3,
6872:20
  **MORGAN** [1] -
6766:17
  **morning** [7] -
6780:8, 6780:10,
6806:1, 6819:1,
6863:9, 6864:22,
6932:21
  **most** [3] - 6769:12,
6862:9, 6921:2
  **motion** [1] - 6881:9
  **move** [16] - 6768:21,
6780:9, 6786:2,
6786:18, 6791:3,
6791:11, 6820:13,
6853:17, 6868:15,
6870:6, 6892:4,
6893:12, 6893:25,
6915:14, 6928:7,
6931:12
  **moved** [1] - 6857:24
  **moving** [3] -
6771:12, 6822:8,
6930:9
  **MR** [207] - 6768:6,
6768:13, 6768:19,
6769:2, 6769:3,
6769:6, 6769:18,
6769:23, 6770:2,
6770:5, 6770:9,
6770:16, 6770:21,
6770:23, 6770:25,
6771:2, 6771:10,
6771:24, 6772:6,
6772:9, 6778:3,
6778:11, 6778:25,
6779:2, 6779:4,
6779:8, 6779:10,
6779:11, 6779:22,
6779:24, 6780:5,
6780:14, 6780:16,
6780:19, 6780:21,
6781:14, 6781:15,

6784:13, 6784:17,
6784:22, 6784:23,
6785:15, 6785:16,
6786:7, 6786:8,
6786:11, 6786:13,
6786:15, 6786:18,
6786:20, 6787:1,
6787:2, 6788:17,
6788:20, 6790:20,
6790:25, 6791:1,
6791:16, 6791:17,
6792:11, 6792:12,
6792:17, 6792:18,
6793:1, 6793:2,
6793:8, 6793:9,
6793:19, 6793:22,
6794:16, 6794:17,
6794:22, 6794:23,
6796:17, 6796:21,
6796:22, 6796:25,
6797:1, 6797:17,
6797:18, 6798:3,
6798:4, 6798:19,
6798:20, 6798:24,
6799:2, 6801:14,
6801:16, 6801:18,
6802:10, 6802:11,
6803:10, 6803:12,
6803:15, 6807:13,
6807:14, 6819:22,
6846:14, 6846:17,
6846:21, 6846:25,
6847:6, 6851:8,
6851:9, 6851:15,
6851:16, 6859:6,
6859:7, 6860:13,
6860:14, 6860:19,
6860:20, 6861:5,
6861:7, 6861:9,
6861:11, 6862:14,
6862:15, 6862:24,
6862:25, 6863:24,
6863:25, 6864:13,
6864:14, 6865:14,
6865:15, 6867:25,
6868:1, 6868:24,
6869:6, 6869:8,
6869:12, 6869:16,
6869:21, 6870:10,
6870:12, 6870:16,
6874:19, 6874:25,
6875:2, 6875:3,
6875:7, 6875:9,
6875:11, 6875:13,
6875:15, 6875:18,
6876:2, 6876:6,
6876:16, 6876:18,
6876:25, 6877:2,
6877:5, 6877:10,
6877:12, 6881:5,
6881:23, 6882:10,

6882:14, 6886:23,
6887:3, 6887:6,
6887:13, 6892:4,
6892:9, 6894:4,
6894:9, 6894:19,
6894:20, 6895:6,
6895:9, 6895:11,
6896:10, 6896:11,
6898:4, 6898:9,
6898:10, 6900:12,
6900:17, 6900:19,
6901:1, 6902:11,
6902:12, 6903:1,
6903:3, 6908:11,
6908:14, 6908:16,
6908:18, 6915:11,
6915:13, 6915:14,
6915:16, 6916:16,
6916:20, 6916:22,
6916:24, 6917:4,
6917:8, 6917:11,
6917:13, 6917:16,
6927:23, 6927:25,
6928:10, 6932:18
  **Mr** [124] - 6767:9,
6767:11, 6767:13,
6767:17, 6767:19,
6767:21, 6767:23,
6768:8, 6768:18,
6768:23, 6768:24,
6768:25, 6769:6,
6769:8, 6769:10,
6769:11, 6769:13,
6769:14, 6769:15,
6769:18, 6769:20,
6769:21, 6769:25,
6770:1, 6770:4,
6770:7, 6770:8,
6770:11, 6770:15,
6770:16, 6770:22,
6771:3, 6771:4,
6771:13, 6771:17,
6771:20, 6771:25,
6772:8, 6772:14,
6773:19, 6774:6,
6775:5, 6775:6,
6775:16, 6777:10,
6777:24, 6778:8,
6779:5, 6779:9,
6779:13, 6779:25,
6785:24, 6786:25,
6787:4, 6803:16,
6810:13, 6810:25,
6811:8, 6811:11,
6819:19, 6819:23,
6828:17, 6829:15,
6841:18, 6841:22,
6848:2, 6848:8,
6848:9, 6848:15,
6848:22, 6849:2,
6849:10, 6849:18,

6849:22, 6849:25,
6850:2, 6850:6,
6850:13, 6855:9,
6855:16, 6857:21,
6858:3, 6861:8,
6863:1, 6863:15,
6863:18, 6863:19,
6864:15, 6864:16,
6868:18, 6869:3,
6870:18, 6871:21,
6871:22, 6871:24,
6872:3, 6872:8,
6872:20, 6873:4,
6874:24, 6874:25,
6875:11, 6886:16,
6895:12, 6896:8,
6896:17, 6911:10,
6911:13, 6912:1,
6921:9, 6921:15
 **MS** [20] - 6768:15,
6772:13, 6772:16,
6775:3, 6775:4,
6775:14, 6775:15,
6777:8, 6777:9,
6778:7, 6778:16,
6778:17, 6778:23,
6881:8, 6882:9,
6892:6, 6893:25,
6894:8, 6902:6,
6916:18
 **Ms** [3] - 6767:7,
6772:11, 6796:23
 **MT** [1] - 6820:11
 **much** [9] - 6782:20,
6783:17, 6801:10,
6802:4, 6806:15,
6900:6, 6916:7,
6925:19, 6925:23
 **mud** [11] - 6782:13,
6783:5, 6783:23,
6784:4, 6784:6,
6784:10, 6802:23,
6859:21, 6885:18,
6885:19, 6909:7
 **multiply** [1] -
6834:16
 **MUNGER** [1] -
6765:16
 **must** [7] - 6825:4,
6825:14, 6825:18,
6884:18, 6884:21,
6885:12, 6891:22
 **my** [58] - 6768:20,
6768:25, 6769:11,
6771:10, 6771:16,
6772:10, 6773:11,
6773:13, 6774:4,
6780:10, 6783:20,
6785:11, 6789:13,
6801:24, 6802:25,

6803:16, 6803:20,
6803:22, 6807:1,
6811:5, 6815:18,
6817:5, 6822:3,
6827:15, 6831:12,
6831:18, 6832:5,
6832:14, 6833:1,
6834:21, 6835:19,
6836:5, 6837:4,
6842:18, 6843:9,
6844:3, 6844:4,
6845:14, 6846:24,
6847:25, 6849:25,
6856:24, 6858:22,
6861:22, 6862:6,
6868:25, 6870:13,
6876:23, 6877:15,
6877:19, 6878:2,
6878:25, 6889:13,
6927:23, 6931:5,
6933:8
 **myself** [1] - 6929:8

## N

 **N** [5] - 6765:6,
6767:1, 6768:3
 **Nakika** [1] - 6817:25
 **name** [8] - 6780:6,
6780:13, 6796:24,
6803:16, 6808:14,
6875:24, 6895:13,
6899:24
 **narrower** [1] -
6929:3
 **NATHANIEL** [1] -
6763:17
 **Nathaniel** [3] -
6855:15, 6863:17,
6865:20
 **native** [1] - 6860:15
 **NATURAL** [1] -
6763:14
 **naturally** [1] -
6788:16
 **nature** [1] - 6880:7
 **near** [1] - 6930:21
 **necessarily** [1] -
6787:9
 **necessary** [2] -
6820:24, 6906:24
 **necessity** [1] -
6906:11
 **need** [28] - 6768:24,
6771:8, 6772:9,
6784:2, 6803:8,
6803:9, 6803:17,
6816:14, 6821:10,
6832:4, 6835:2,
6838:6, 6853:15,

6854:5, 6885:6,
6897:17, 6897:25,
6899:2, 6900:10,
6900:24, 6901:2,
6901:6, 6902:4,
6907:1, 6907:10,
6916:12, 6916:13,
6917:1
 **needed** [9] -
6773:23, 6789:13,
6789:14, 6805:19,
6863:20, 6898:25,
6900:14, 6902:15,
6904:13
 **needs** [5] - 6835:4,
6836:20, 6893:18,
6896:23, 6901:16
 **negative** [7] -
6867:12, 6868:5,
6868:19, 6868:21,
6910:7, 6910:9,
6910:18
 **negligence** [1] -
6892:2
 **never** [25] - 6774:6,
6776:5, 6776:8,
6776:9, 6796:15,
6800:14, 6800:17,
6800:20, 6806:20,
6818:11, 6818:16,
6827:5, 6828:12,
6838:7, 6840:3,
6853:12, 6853:13,
6857:1, 6857:20,
6881:13, 6881:14,
6896:5, 6896:14,
6897:7, 6913:22
 **NEW** [10] - 6761:8,
6762:7, 6762:13,
6762:18, 6763:8,
6764:18, 6764:24,
6765:12, 6766:3,
6766:22
 **new** [5] - 6816:8,
6820:15, 6880:10,
6897:15, 6909:1
 **next** [21] - 6768:21,
6769:6, 6769:7,
6769:8, 6769:9,
6769:15, 6769:20,
6770:14, 6771:8,
6793:4, 6821:11,
6821:15, 6826:6,
6874:23, 6875:9,
6887:19, 6893:9,
6920:1, 6925:2,
6927:2, 6930:13
 **nice** [1] - 6900:15
 **night** [4] - 6922:16,
6925:17, 6926:17,

6929:25
 **nine** [3] - 6795:7,
6848:14, 6889:25
 **NINTH** [1] - 6762:22
 **nitrogen** [6] -
6828:19, 6837:19,
6837:22, 6837:23,
6841:23, 6842:15
 **nitrogen-based** [1] -
6828:19
 **No** [3] - 6848:16,
6885:6, 6907:11
 **no** [91] - 6768:8,
6776:2, 6776:4,
6776:11, 6777:15,
6777:19, 6778:23,
6778:25, 6779:2,
6781:20, 6785:1,
6785:3, 6785:13,
6787:18, 6788:2,
6788:11, 6788:23,
6789:1, 6790:21,
6793:20, 6794:10,
6802:2, 6818:9,
6818:17, 6826:25,
6828:11, 6830:10,
6832:9, 6833:18,
6836:24, 6837:25,
6839:2, 6839:17,
6840:18, 6840:20,
6842:6, 6843:18,
6844:7, 6844:10,
6844:16, 6850:10,
6850:11, 6850:21,
6853:22, 6854:3,
6854:7, 6854:16,
6854:17, 6855:18,
6857:6, 6857:17,
6861:16, 6861:21,
6863:17, 6864:10,
6864:19, 6865:6,
6867:22, 6869:6,
6871:6, 6872:4,
6874:18, 6877:9,
6877:11, 6881:13,
6883:7, 6884:14,
6886:6, 6888:5,
6889:13, 6891:20,
6892:5, 6892:12,
6892:22, 6894:23,
6902:7, 6902:17,
6902:20, 6903:10,
6903:14, 6904:22,
6905:19, 6905:21,
6905:23, 6911:16,
6916:6, 6916:18,
6916:20, 6916:22,
6917:11, 6924:18
 **NO** [3] - 6761:8,
6761:12, 6761:14

 **nobody** [3] - 6870:5,
6917:12, 6919:12
 **non** [1] - 6844:19
 **none** [1] - 6768:11
 **NONJURY** [1] -
6761:21
 **noon** [2] - 6771:11,
6771:15
 **nor** [2] - 6896:6,
6896:14
 **NORFOLK** [1] -
6765:24
 **NORTH** [1] - 6764:14
 **North** [5] - 6824:18,
6824:21, 6825:13,
6871:12, 6879:4
 **not** [209] - 6769:6,
6769:20, 6770:4,
6771:4, 6771:6,
6771:25, 6772:2,
6774:11, 6778:3,
6780:6, 6780:14,
6780:18, 6781:11,
6782:5, 6784:14,
6785:1, 6785:7,
6785:24, 6787:8,
6787:16, 6787:18,
6787:25, 6788:7,
6788:10, 6788:11,
6788:14, 6788:15,
6789:16, 6789:17,
6790:23, 6791:22,
6794:5, 6794:8,
6794:11, 6801:1,
6802:8, 6803:20,
6804:17, 6805:19,
6806:10, 6809:10,
6814:24, 6815:11,
6815:22, 6816:3,
6816:4, 6816:11,
6818:2, 6818:13,
6818:25, 6822:12,
6822:19, 6822:25,
6823:1, 6823:3,
6823:9, 6823:14,
6824:2, 6825:11,
6826:3, 6826:9,
6826:15, 6826:23,
6827:16, 6827:20,
6828:11, 6830:10,
6831:7, 6831:16,
6831:23, 6833:14,
6833:15, 6834:23,
6835:19, 6836:2,
6836:3, 6836:5,
6837:16, 6837:21,
6837:25, 6838:2,
6838:12, 6839:4,
6839:6, 6839:15,
6839:18, 6839:25,

6840:1, 6840:14,
6841:18, 6842:3,
6842:11, 6842:14,
6844:15, 6845:8,
6845:12, 6845:18,
6846:5, 6846:12,
6846:17, 6846:20,
6846:22, 6847:1,
6847:14, 6847:18,
6849:3, 6850:16,
6850:20, 6850:21,
6852:5, 6852:20,
6853:25, 6854:6,
6855:20, 6856:1,
6856:6, 6856:8,
6856:13, 6856:18,
6856:22, 6857:4,
6857:15, 6858:20,
6859:10, 6859:11,
6859:23, 6860:25,
6863:20, 6866:25,
6871:1, 6871:7,
6872:6, 6872:22,
6875:10, 6876:14,
6877:1, 6878:22,
6880:25, 6881:25,
6883:4, 6883:7,
6883:18, 6883:20,
6884:6, 6885:4,
6885:10, 6886:25,
6887:1, 6887:6,
6887:7, 6887:9,
6887:11, 6888:9,
6888:15, 6888:24,
6889:10, 6889:17,
6889:18, 6889:20,
6890:7, 6890:16,
6891:14, 6894:2,
6894:6, 6897:19,
6898:5, 6900:14,
6901:14, 6901:21,
6902:2, 6903:17,
6903:24, 6905:5,
6907:3, 6907:5,
6908:6, 6910:4,
6911:16, 6912:6,
6912:24, 6913:3,
6913:20, 6913:25,
6914:4, 6914:5,
6914:14, 6914:24,
6915:20, 6916:2,
6916:3, 6916:11,
6918:7, 6918:15,
6919:22, 6921:14,
6922:4, 6923:15,
6926:24, 6929:25,
6930:12, 6931:15,
6932:13

    **notated** [1] - 6826:2
    **note** [12] - 6811:16,
6811:18, 6821:3,

6821:6, 6830:7,
6835:1, 6835:3,
6841:1, 6863:1,
6864:18, 6864:25,
6865:4
    **noted** [2] - 6842:3,
6843:12
    **notes** [5] - 6785:24,
6806:14, 6827:23,
6833:25, 6836:20
    **nothing** [10] -
6823:8, 6857:7,
6857:19, 6857:24,
6858:13, 6873:1,
6874:19, 6895:3,
6914:12, 6915:7
    **notice** [8] - 6770:11,
6898:11, 6900:20,
6900:21, 6900:22,
6900:23, 6904:6,
6905:5
    **notification** [2] -
6844:10, 6850:10
    **notifications** [1] -
6835:25
    **notified** [1] - 6823:22
    **Now** [1] - 6782:11
    **now** [141] - 6769:19,
6769:21, 6770:12,
6772:2, 6774:5,
6778:4, 6780:19,
6781:2, 6781:19,
6781:23, 6782:7,
6785:14, 6787:3,
6787:8, 6789:2,
6789:25, 6792:9,
6793:3, 6793:13,
6794:14, 6795:14,
6795:17, 6796:23,
6797:14, 6798:3,
6799:16, 6800:14,
6802:7, 6802:12,
6804:16, 6805:4,
6805:25, 6806:20,
6806:24, 6808:14,
6810:5, 6812:8,
6813:8, 6815:14,
6817:13, 6817:23,
6818:18, 6822:11,
6824:1, 6824:16,
6824:23, 6824:25,
6825:21, 6825:24,
6826:11, 6828:24,
6829:10, 6829:11,
6829:14, 6830:2,
6832:1, 6832:8,
6832:17, 6833:1,
6833:19, 6834:9,
6834:18, 6835:1,
6835:12, 6836:4,

6836:8, 6837:10,
6837:16, 6839:4,
6839:7, 6841:1,
6841:9, 6842:16,
6842:20, 6843:19,
6844:8, 6844:18,
6844:25, 6846:19,
6846:25, 6847:25,
6849:21, 6850:13,
6851:1, 6852:4,
6853:2, 6854:8,
6858:17, 6859:6,
6859:18, 6860:13,
6860:21, 6861:3,
6861:15, 6862:7,
6862:14, 6862:22,
6863:18, 6864:13,
6865:21, 6865:22,
6866:9, 6867:8,
6867:25, 6870:5,
6875:8, 6880:13,
6882:24, 6884:1,
6885:3, 6886:1,
6887:25, 6889:5,
6890:1, 6891:7,
6891:12, 6892:3,
6893:12, 6894:10,
6911:1, 6911:2,
6911:16, 6912:9,
6913:3, 6914:12,
6914:14, 6915:1,
6915:5, 6915:21,
6921:22, 6922:3,
6923:2, 6929:9,
6929:12, 6929:24
    **number** [31] -
6783:7, 6794:19,
6812:19, 6816:3,
6828:25, 6831:2,
6851:11, 6851:21,
6854:1, 6857:17,
6864:10, 6865:24,
6866:3, 6872:10,
6872:18, 6872:19,
6872:21, 6872:23,
6873:4, 6873:10,
6873:13, 6874:2,
6874:4, 6874:13,
6875:6, 6875:8,
6875:12, 6877:11,
6883:25, 6904:14,
6920:20
    **numbered** [1] -
6933:9
    **numbers** [5] -
6802:1, 6802:4,
6844:15, 6866:2,
6866:19
    **NW** [1] - 6765:2

# O

    **O** [3] - 6768:3
    **o'clock** [11] - 6770:9,
6770:17, 6770:25,
6771:14, 6771:15,
6771:19, 6818:25,
6869:24, 6870:3,
6870:8, 6932:20
    **O'KEEFE** [1] -
6762:7
    **O'ROURKE** [1] -
6763:15
    **object** [14] - 6769:5,
6778:5, 6780:5,
6784:13, 6784:15,
6788:17, 6796:17,
6801:14, 6886:23,
6892:4, 6893:25,
6898:4, 6900:12,
6902:6
    **objected** [1] - 6776:5
    **objection** [15] -
6768:9, 6769:4,
6769:18, 6778:3,
6778:6, 6778:11,
6786:7, 6801:17,
6846:14, 6887:12,
6892:6, 6894:7,
6900:25, 6902:10,
6908:11
    **objections** [1] -
6768:11
    **observe** [1] - 6870:2
    **observed** [3] -
6863:3, 6922:15,
6926:16
    **obviously** [3] -
6855:7, 6856:11,
6898:5
    **occasion** [2] -
6804:5, 6817:10
    **occasionally** [1] -
6858:23
    **occasions** [3] -
6774:1, 6811:3,
6842:20
    **occur** [3] - 6783:3,
6856:1, 6909:22
    **occurred** [8] -
6833:17, 6841:20,
6856:14, 6864:2,
6865:17, 6865:18,
6883:3, 6923:21
    **OCSG** [1] - 6830:20
    **October** [1] -
6768:17, 6806:2
    **odd** [3] - 6848:18,
6849:5, 6849:20
    **OEM** [1] - 6908:2

    **OEMs** [1] - 6907:21
    **of** [610] - 6768:6,
6768:16, 6769:3,
6769:12, 6769:13,
6769:21, 6770:11,
6770:12, 6770:18,
6771:7, 6771:16,
6772:21, 6772:24,
6773:11, 6773:13,
6773:14, 6773:15,
6774:16, 6774:21,
6774:24, 6775:10,
6775:16, 6776:6,
6776:12, 6776:13,
6776:16, 6776:23,
6777:13, 6777:16,
6778:10, 6779:4,
6779:19, 6780:7,
6780:25, 6781:10,
6782:2, 6782:3,
6782:8, 6782:16,
6782:18, 6782:24,
6783:5, 6783:7,
6783:15, 6784:4,
6784:8, 6784:14,
6784:15, 6784:16,
6784:17, 6784:21,
6785:4, 6785:22,
6785:25, 6786:8,
6786:9, 6786:24,
6787:8, 6787:19,
6787:22, 6788:8,
6788:12, 6788:22,
6789:11, 6789:15,
6790:18, 6790:22,
6791:2, 6791:3,
6791:4, 6793:3,
6793:10, 6794:9,
6794:13, 6794:14,
6794:19, 6795:22,
6795:25, 6797:15,
6797:20, 6797:25,
6798:6, 6798:8,
6798:9, 6798:11,
6798:14, 6798:23,
6799:3, 6799:8,
6799:9, 6799:13,
6800:7, 6800:14,
6800:21, 6803:5,
6803:21, 6804:1,
6804:2, 6804:6,
6804:17, 6804:18,
6804:19, 6804:21,
6804:22, 6805:18,
6805:22, 6805:24,
6806:13, 6806:17,
6806:18, 6806:25,
6807:3, 6807:16,
6807:18, 6808:5,
6808:14, 6808:17,
6808:22, 6809:8,

6809:17, 6809:18, 6809:23, 6810:5, 6810:8, 6810:12, 6811:5, 6811:8, 6811:12, 6812:9, 6812:14, 6812:16, 6812:19, 6812:21, 6813:3, 6813:16, 6813:18, 6814:6, 6814:13, 6814:16, 6814:18, 6814:22, 6814:24, 6815:1, 6815:11, 6815:14, 6815:17, 6815:23, 6815:24, 6815:25, 6816:3, 6816:6, 6816:7, 6816:8, 6816:10, 6816:20, 6817:2, 6817:7, 6817:20, 6818:2, 6818:5, 6818:7, 6818:11, 6818:15, 6818:18, 6818:19, 6819:2, 6819:4, 6820:6, 6820:7, 6820:23, 6821:8, 6821:11, 6821:14, 6821:24, 6821:25, 6822:1, 6822:11, 6822:12, 6822:13, 6822:15, 6822:16, 6822:24, 6824:1, 6824:6, 6824:12, 6825:3, 6825:5, 6825:11, 6825:17, 6825:22, 6825:23, 6825:24, 6826:4, 6826:15, 6826:23, 6827:10, 6827:16, 6827:24, 6828:16, 6828:19, 6828:25, 6829:7, 6829:12, 6829:16, 6829:23, 6829:24, 6830:7, 6830:9, 6830:10, 6830:11, 6830:13, 6830:15, 6830:24, 6830:25, 6831:2, 6831:3, 6831:4, 6831:9, 6831:14, 6831:19, 6831:21, 6831:22, 6831:25, 6832:1, 6832:5, 6832:17, 6832:23, 6833:3, 6833:21, 6833:24, 6834:8, 6834:24, 6835:12, 6835:14, 6835:17, 6835:21, 6835:23, 6836:24, 6837:1, 6837:5, 6837:6,

6837:8, 6837:11, 6837:12, 6837:19, 6837:24, 6838:1, 6839:3, 6839:4, 6839:6, 6839:25, 6840:4, 6840:14, 6840:21, 6841:9, 6841:18, 6841:21, 6841:25, 6842:5, 6842:8, 6842:24, 6843:21, 6844:14, 6845:6, 6845:17, 6846:13, 6846:18, 6847:10, 6847:15, 6847:23, 6848:10, 6850:14, 6851:10, 6851:11, 6851:21, 6851:24, 6852:1, 6852:2, 6852:10, 6852:19, 6852:21, 6853:2, 6853:12, 6853:14, 6853:19, 6854:1, 6854:4, 6854:15, 6854:21, 6855:3, 6855:5, 6855:19, 6856:15, 6857:5, 6857:7, 6857:13, 6857:17, 6858:2, 6858:13, 6858:15, 6858:23, 6859:3, 6859:8, 6859:10, 6860:7, 6860:21, 6862:7, 6862:8, 6862:12, 6862:13, 6862:16, 6862:18, 6863:1, 6863:6, 6863:9, 6863:15, 6864:2, 6864:9, 6864:10, 6864:21, 6865:8, 6865:16, 6865:19, 6865:22, 6865:24, 6866:6, 6866:15, 6867:12, 6867:23, 6869:7, 6869:23, 6870:2, 6870:6, 6870:7, 6870:18, 6870:19, 6871:3, 6871:7, 6871:11, 6871:19, 6871:20, 6871:21, 6872:7, 6872:10, 6872:13, 6872:15, 6872:19, 6872:21, 6872:23, 6873:4, 6873:6, 6873:10, 6873:13, 6873:25, 6874:12, 6874:13, 6874:14, 6874:15, 6874:16, 6875:3, 6875:4, 6875:10, 6876:13,

6876:19, 6877:3, 6877:16, 6877:22, 6877:24, 6878:10, 6878:19, 6878:20, 6878:22, 6878:24, 6879:5, 6879:8, 6879:22, 6879:25, 6880:7, 6880:8, 6880:16, 6880:17, 6880:18, 6880:20, 6880:24, 6881:8, 6881:15, 6881:16, 6882:2, 6882:17, 6882:19, 6882:20, 6882:25, 6883:1, 6883:8, 6883:8, 6883:17, 6883:20, 6884:5, 6884:20, 6885:3, 6885:10, 6885:16, 6885:17, 6885:19, 6886:21, 6886:23, 6886:24, 6887:15, 6888:5, 6888:6, 6888:12, 6888:16, 6888:20, 6889:16, 6889:25, 6890:11, 6891:3, 6891:15, 6891:19, 6891:22, 6892:1, 6892:7, 6892:16, 6892:20, 6893:10, 6894:1, 6895:12, 6895:17, 6895:21, 6896:19, 6896:20, 6896:23, 6896:25, 6898:12, 6899:4, 6899:10, 6899:11, 6900:8, 6900:12, 6900:13, 6900:21, 6901:3, 6902:2, 6903:20, 6904:20, 6905:9, 6905:10, 6906:21, 6907:2, 6907:8, 6907:14, 6907:19, 6907:22, 6908:19, 6909:4, 6909:8, 6909:12, 6909:21, 6909:24, 6910:19, 6911:9, 6911:19, 6912:1, 6912:3, 6913:4, 6913:10, 6914:14, 6914:15, 6915:2, 6915:6, 6915:11, 6916:2, 6916:14, 6916:25, 6917:20, 6917:21, 6917:22, 6917:24, 6918:2, 6919:9, 6919:14, 6919:17, 6919:18, 6920:10, 6920:12,

6920:16, 6920:20, 6921:1, 6921:2, 6921:7, 6921:12, 6921:14, 6921:15, 6921:17, 6921:20, 6921:25, 6922:9, 6922:13, 6922:16, 6922:18, 6922:19, 6922:21, 6922:23, 6922:24, 6923:4, 6923:17, 6923:18, 6923:21, 6923:24, 6924:11, 6924:15, 6924:21, 6924:22, 6925:5, 6925:23, 6926:8, 6926:10, 6926:11, 6926:12, 6927:11, 6927:14, 6927:16, 6927:20, 6928:5, 6928:13, 6928:22, 6928:25, 6929:5, 6929:10, 6929:14, 6929:16, 6929:17, 6929:21, 6929:23, 6929:24, 6930:1, 6930:2, 6930:7, 6930:9, 6930:14, 6930:17, 6931:5, 6931:12, 6931:13, 6931:16, 6931:17, 6932:1, 6932:6, 6932:12, 6932:13, 6933:6, 6933:8

**OF** [14] - 6761:2, 6761:6, 6761:13, 6761:15, 6761:21, 6763:10, 6763:14, 6763:19, 6764:1, 6764:6, 6764:11, 6764:12, 6764:13

**off** [17] - 6846:13, 6848:8, 6848:17, 6849:11, 6867:19, 6889:4, 6915:3, 6920:21, 6921:3, 6921:8, 6921:16, 6921:21, 6922:1, 6923:13, 6923:15, 6924:11, 6931:10

**off-center** [5] - 6921:3, 6921:21, 6922:1, 6923:15, 6924:11

**off-centered** [1] - 6923:13

**offer** [3] - 6768:7, 6768:10, 6881:20

**office** [1] - 6789:11

**OFFICE** [5] - 6762:4,

6763:23, 6764:6, 6764:11, 6764:15

**officed** [2] - 6808:17, 6809:20

**offices** [4] - 6772:18, 6815:15, 6816:20, 6832:12

**Official** [2] - 6933:5, 6933:14

**OFFICIAL** [1] - 6766:21

**OFFSHORE** [1] - 6765:9

**Offshore** [3] - 6824:18, 6825:13, 6825:17

**offshore** [3] - 6802:12, 6807:15, 6879:4

**offside** [2] - 6922:24, 6927:15

**oh** [4] - 6791:25, 6859:15, 6899:15, 6900:4

**OIL** [2] - 6761:5

**oil** [13] - 6784:10, 6806:16, 6853:7, 6877:23, 6877:24, 6878:2, 6878:3, 6878:8, 6878:25, 6879:21, 6880:1, 6905:16, 6909:7

**Oil** [1] - 6878:10

**oil-based** [1] - 6784:10

**okay** [53] - 6769:2, 6770:20, 6770:22, 6770:24, 6779:16, 6783:6, 6783:16, 6783:20, 6784:22, 6786:14, 6791:12, 6793:5, 6793:7, 6795:18, 6803:12, 6803:18, 6803:19, 6803:24, 6803:25, 6813:9, 6813:10, 6823:18, 6825:24, 6830:12, 6830:14, 6830:17, 6830:18, 6830:19, 6832:6, 6832:7, 6832:15, 6832:16, 6840:22, 6841:22, 6847:4, 6853:21, 6854:19, 6859:18, 6870:9, 6870:11, 6875:1, 6875:14, 6883:25, 6886:7, 6888:14, 6893:13, 6895:15, 6899:7, 6900:3,

6904:19, 6917:9, 6922:17, 6927:8

**Oklahoma** [1] - 6814:18

**old** [1] - 6897:7

**older** [3] - 6896:5, 6896:13, 6896:15

**OLSON** [1] - 6765:16

**on** [272] - 6768:16, 6770:8, 6771:9, 6771:11, 6771:25, 6772:14, 6772:18, 6773:5, 6773:7, 6773:8, 6773:12, 6773:15, 6773:22, 6773:24, 6774:5, 6774:6, 6774:7, 6774:8, 6775:6, 6775:11, 6775:17, 6775:19, 6775:20, 6776:9, 6778:5, 6779:4, 6779:5, 6779:9, 6781:8, 6781:16, 6781:20, 6782:17, 6783:8, 6785:1, 6785:7, 6785:13, 6786:4, 6786:18, 6786:25, 6787:4, 6787:8, 6789:7, 6789:10, 6789:25, 6790:1, 6791:3, 6791:11, 6791:14, 6791:19, 6792:9, 6792:19, 6794:14, 6795:14, 6795:20, 6797:13, 6799:9, 6801:2, 6803:17, 6804:5, 6804:10, 6804:12, 6804:14, 6805:10, 6805:17, 6806:6, 6806:12, 6806:21, 6807:6, 6807:7, 6808:10, 6808:12, 6809:14, 6809:18, 6810:14, 6811:3, 6811:6, 6811:12, 6812:6, 6812:10, 6812:13, 6812:14, 6813:9, 6814:11, 6814:15, 6814:25, 6815:10, 6815:16, 6815:19, 6815:22, 6817:10, 6818:6, 6818:20, 6819:5, 6820:2, 6820:3, 6820:6, 6820:16, 6821:3, 6821:9, 6821:21, 6822:8, 6822:23, 6822:24,

6823:11, 6824:17, 6827:11, 6827:15, 6827:17, 6827:25, 6828:5, 6828:12, 6829:5, 6830:20, 6830:23, 6832:14, 6834:1, 6834:9, 6834:21, 6836:5, 6837:4, 6837:11, 6837:12, 6838:9, 6838:20, 6839:7, 6840:5, 6840:24, 6841:22, 6841:23, 6841:25, 6842:4, 6842:12, 6842:18, 6842:20, 6842:24, 6844:8, 6848:1, 6848:11, 6849:3, 6849:21, 6849:22, 6849:25, 6850:6, 6850:19, 6850:23, 6852:11, 6854:6, 6855:16, 6856:4, 6856:5, 6856:6, 6856:9, 6856:14, 6856:19, 6857:12, 6857:22, 6858:3, 6858:18, 6859:6, 6859:12, 6859:13, 6859:19, 6859:25, 6860:7, 6860:18, 6861:10, 6861:12, 6863:14, 6864:16, 6864:22, 6865:7, 6865:8, 6865:11, 6865:20, 6866:3, 6866:12, 6868:6, 6868:15, 6870:13, 6870:19, 6870:23, 6871:4, 6872:5, 6872:18, 6872:22, 6872:23, 6872:24, 6873:5, 6873:11, 6873:12, 6874:14, 6875:3, 6875:5, 6875:6, 6875:8, 6875:16, 6877:15, 6877:16, 6877:17, 6878:15, 6878:17, 6880:8, 6881:8, 6884:1, 6884:4, 6884:24, 6885:2, 6886:6, 6886:15, 6887:6, 6888:14, 6889:5, 6890:16, 6891:17, 6893:12, 6893:22, 6895:2, 6895:14, 6898:11, 6899:20, 6900:19, 6900:20, 6900:22, 6901:7, 6901:25,

6902:21, 6903:15, 6903:16, 6904:16, 6905:7, 6905:14, 6905:24, 6906:23, 6908:8, 6908:20, 6910:3, 6910:18, 6913:24, 6914:18, 6917:17, 6918:24, 6919:3, 6919:23, 6920:10, 6920:16, 6920:18, 6921:9, 6921:23, 6921:24, 6922:11, 6925:6, 6925:15, 6925:23, 6926:1, 6926:2, 6926:11, 6926:13, 6929:24, 6929:25, 6930:13, 6930:24, 6931:17, 6932:13

**ON** [1] - 6761:6

**on-the-job** [1] - 6807:6

**once** [3] - 6868:22, 6878:1, 6915:7

**ONE** [2] - 6764:23, 6766:7

**one** [103] - 6768:6, 6768:22, 6771:2, 6774:16, 6776:2, 6776:13, 6776:16, 6776:23, 6780:16, 6786:9, 6787:8, 6787:6, 6794:12, 6798:8, 6798:9, 6798:23, 6804:1, 6805:18, 6806:13, 6808:5, 6809:17, 6810:8, 6810:9, 6815:16, 6815:19, 6816:22, 6818:9, 6819:4, 6820:10, 6820:13, 6820:17, 6820:20, 6823:24, 6825:21, 6825:22, 6825:23, 6826:16, 6829:5, 6829:14, 6829:17, 6829:23, 6830:20, 6830:21, 6830:23, 6831:4, 6831:22, 6834:8, 6835:14, 6839:6, 6841:9, 6842:9, 6842:10, 6842:11, 6844:14, 6846:22, 6850:21, 6851:10, 6852:2, 6853:9, 6855:7, 6858:14, 6859:10, 6859:11, 6859:12, 6859:13, 6862:7, 6862:18,

6864:9, 6866:2, 6869:22, 6870:22, 6870:23, 6871:3, 6871:7, 6871:19, 6871:20, 6872:13, 6872:15, 6882:15, 6883:21, 6890:23, 6891:25, 6899:16, 6903:10, 6903:14, 6904:5, 6905:24, 6906:6, 6907:10, 6907:11, 6910:4, 6912:2, 6913:23, 6915:17, 6919:6, 6921:9, 6926:8, 6928:5, 6929:15, 6931:5

**ones** [9] - 6824:3, 6826:20, 6827:14, 6853:11, 6857:19, 6880:21, 6908:6, 6919:15

**only** [38] - 6782:19, 6789:22, 6802:25, 6815:16, 6815:19, 6826:7, 6840:4, 6852:16, 6856:20, 6856:23, 6873:21, 6874:7, 6880:2, 6881:24, 6886:14, 6887:23, 6891:6, 6891:13, 6891:19, 6892:3, 6892:10, 6892:17, 6892:21, 6892:23, 6894:6, 6897:20, 6898:12, 6900:22, 6907:3, 6907:5, 6910:25, 6912:4, 6912:6, 6912:24, 6916:4, 6916:6, 6919:5, 6931:1

**onshore** [1] - 6901:24

**open** [7] - 6805:7, 6806:17, 6818:19, 6819:1, 6845:16, 6845:17, 6880:4

**OPEN** [3] - 6768:5, 6819:18, 6869:19

**operate** [2] - 6879:11, 6894:22

**operation** [3] - 6890:8, 6894:16, 6915:10

**operational** [1] - 6907:13

**operations** [7] - 6774:7, 6774:12, 6790:5, 6790:9,

6806:1, 6806:5, 6862:9

**operator** [5] - 6878:1, 6898:19, 6899:3, 6899:18, 6907:18

**operators** [1] - 6901:19

**opinion** [10] - 6778:4, 6839:1, 6846:24, 6849:15, 6882:3, 6883:8, 6894:1, 6894:10, 6904:21, 6916:12

**opinions** [4] - 6881:10, 6881:12, 6881:20, 6894:2

**opportunity** [1] - 6910:15

**opposed** [1] - 6801:9

**opposite** [1] - 6796:13

**OptiCem** [25] - 6773:4, 6773:8, 6773:20, 6774:2, 6774:4, 6852:10, 6852:11, 6855:20, 6855:24, 6856:3, 6856:5, 6856:8, 6857:16, 6857:22, 6858:2, 6859:8, 6860:3, 6860:15, 6872:19, 6872:22, 6873:5, 6873:12, 6873:21, 6874:12, 6874:15

**optimal** [1] - 6890:13

**optimist** [1] - 6771:5

**optimized** [1] - 6886:1

**option** [2] - 6773:1, 6773:18

**options** [1] - 6839:6

**or** [107] - 6769:12, 6770:4, 6771:17, 6771:22, 6773:1, 6776:20, 6777:1, 6777:17, 6777:25, 6780:7, 6783:4, 6784:20, 6792:17, 6800:15, 6800:17, 6802:15, 6802:21, 6802:25, 6803:1, 6803:4, 6804:9, 6805:15, 6806:10, 6809:10, 6810:2, 6810:8, 6810:13, 6812:4, 6813:18, 6814:2, 6814:22, 6816:14, 6818:7,

6822:19, 6822:20, 6826:10, 6826:15, 6827:10, 6827:16, 6827:23, 6828:7, 6828:12, 6828:21, 6832:3, 6835:19, 6836:2, 6836:3, 6836:5, 6837:2, 6837:22, 6838:5, 6845:8, 6846:11, 6846:12, 6846:23, 6847:9, 6849:22, 6850:8, 6851:5, 6851:10, 6851:18, 6854:1, 6855:6, 6855:24, 6856:18, 6856:22, 6857:7, 6858:9, 6859:11, 6865:5, 6866:9, 6868:16, 6869:12, 6870:23, 6871:25, 6872:9, 6873:23, 6874:1, 6874:10, 6878:19, 6879:7, 6882:1, 6886:17, 6886:25, 6887:6, 6887:9, 6887:24, 6896:13, 6897:1, 6898:18, 6901:21, 6901:25, 6910:14, 6910:22, 6911:6, 6916:14, 6923:23, 6924:12, 6926:8, 6926:9, 6929:23, 6930:10, 6932:16

**orange** [1] - 6926:21
**order** [11] - 6769:7, 6770:19, 6793:3, 6875:9, 6881:13, 6891:11, 6893:9, 6894:23, 6901:20, 6916:25, 6924:15
**ordered** [1] - 6850:18
**ordinary** [1] - 6826:22
**original** [2] - 6863:21, 6908:4
**originally** [3] - 6786:5, 6786:16, 6883:10
**ORLEANS** [10] - 6761:8, 6762:7, 6762:13, 6762:18, 6763:8, 6764:18, 6764:24, 6765:12, 6766:3, 6766:22
**other** [44] - 6770:6, 6773:25, 6774:16, 6775:7, 6776:20,

6782:21, 6782:22, 6802:13, 6802:19, 6802:22, 6805:11, 6805:17, 6812:24, 6816:4, 6817:7, 6817:9, 6817:23, 6818:2, 6818:14, 6818:22, 6824:7, 6826:20, 6831:4, 6831:7, 6831:9, 6839:25, 6840:15, 6840:19, 6843:25, 6847:9, 6851:2, 6857:19, 6873:10, 6873:11, 6873:13, 6880:2, 6882:5, 6885:3, 6885:20, 6886:20, 6888:6, 6893:11, 6893:23, 6913:5
**others** [7] - 6812:16, 6815:23, 6819:10, 6872:20, 6880:18, 6884:25, 6919:14
**ought** [3] - 6790:23, 6903:16, 6908:23
**our** [17] - 6768:21, 6769:20, 6770:12, 6771:24, 6812:10, 6814:13, 6814:17, 6814:18, 6819:15, 6824:1, 6832:1, 6843:19, 6858:17, 6862:22, 6870:8, 6892:4, 6931:20
**out** [62] - 6783:5, 6786:24, 6790:18, 6793:3, 6798:11, 6808:17, 6809:18, 6811:11, 6812:21, 6813:17, 6814:16, 6814:21, 6815:2, 6815:6, 6815:14, 6816:12, 6822:13, 6822:20, 6823:1, 6823:2, 6823:9, 6823:17, 6824:24, 6825:22, 6826:15, 6829:14, 6831:4, 6836:17, 6837:22, 6850:20, 6858:23, 6861:19, 6862:18, 6865:16, 6865:20, 6870:9, 6871:15, 6872:7, 6877:24, 6879:22, 6880:20, 6883:19, 6884:5, 6886:2, 6888:7, 6892:1, 6892:22, 6893:16, 6896:7, 6903:2, 6903:21,

6905:25, 6909:8, 6911:4, 6911:9, 6912:2, 6913:23, 6914:14, 6915:9, 6916:25, 6918:15
**out-of-date** [1] - 6826:15
**outlined** [2] - 6826:5, 6826:9
**output** [1] - 6861:24
**outs** [1] - 6768:8
**outside** [5] - 6840:18, 6860:7, 6886:23, 6915:11
**over** [31] - 6773:19, 6774:4, 6775:24, 6780:8, 6780:25, 6781:7, 6787:14, 6799:10, 6803:20, 6803:23, 6805:15, 6811:6, 6812:14, 6820:6, 6822:9, 6824:3, 6838:9, 6859:18, 6868:15, 6880:1, 6883:3, 6905:2, 6909:25, 6911:6, 6911:14, 6917:20, 6918:19, 6927:1, 6927:24, 6930:13
**over-ride** [1] - 6911:14
**overall** [1] - 6919:23
**overboard** [1] - 6915:9
**overrule** [2] - 6778:13, 6900:25
**oversaw** [1] - 6815:25
**own** [6] - 6785:7, 6881:15, 6903:16, 6908:22, 6910:21, 6918:15

## P

**P** [2] - 6762:3, 6762:19
**P.O** [1] - 6763:18
**packer** [1] - 6910:12
**packers** [4] - 6889:10, 6889:16, 6908:25, 6909:22
**page** [18] - 6803:24, 6824:17, 6824:23, 6825:24, 6848:14, 6876:19, 6877:11, 6882:15, 6886:6, 6886:7, 6889:25,

6890:19, 6903:20, 6909:24, 6910:3, 6911:5, 6919:20, 6924:20
**PAGE/LINE** [1] - 6767:3
**pages** [2] - 6798:8, 6798:9
**paint** [1] - 6789:14
**PALMINTIER** [1] - 6763:1
**pan** [1] - 6926:10
**PAN** [1] - 6762:12
**paper** [4] - 6877:17, 6890:7, 6907:9
**papers** [2] - 6803:22, 6889:19
**paragraph** [10] - 6821:20, 6865:1, 6890:23, 6906:17, 6907:9, 6907:11, 6910:4, 6912:12
**parameters** [1] - 6839:25
**part** [22] - 6787:8, 6804:19, 6810:12, 6812:9, 6814:13, 6818:2, 6818:7, 6824:24, 6827:24, 6841:9, 6841:18, 6845:17, 6852:19, 6892:7, 6898:15, 6901:8, 6906:1, 6907:8, 6915:14, 6918:6, 6918:7, 6928:14
**partially** [2] - 6929:2
**participated** [1] - 6818:11
**particular** [22] - 6774:16, 6787:21, 6806:10, 6854:15, 6871:3, 6871:25, 6878:13, 6880:22, 6888:4, 6897:20, 6899:3, 6899:4, 6900:8, 6901:6, 6903:24, 6905:5, 6905:10, 6909:3, 6909:24, 6922:13, 6925:17
**parties** [5] - 6768:9, 6769:3, 6770:7, 6770:11, 6877:3
**partner** [2] - 6816:14, 6816:18
**partners** [3] - 6816:22, 6816:24
**parts** [3] - 6845:6, 6845:15, 6908:5

**party** [1] - 6816:23
**pass** [6] - 6803:10, 6847:19, 6869:2, 6874:19, 6895:6, 6916:16
**passed** [2] - 6844:17, 6845:7, 6845:11, 6845:12, 6845:15, 6849:22, 6850:5, 6850:11
**past** [1] - 6783:15, 6790:14, 6790:16, 6808:7, 6812:1, 6828:21, 6841:6, 6841:15, 6872:2, 6915:1, 6930:9
**patent** [1] - 6878:17
**patents** [2] - 6878:11, 6878:15
**path** [1] - 6803:5
**patience** [1] - 6869:3
**PAUL** [1] - 6762:11
**Paul** [3] - 6780:11, 6808:19, 6808:21
**PDF** [1] - 6875:4
**peer** [1] - 6877:17
**peer-reviewed** [1] - 6877:17
**PENNSYLVANIA** [1] - 6765:2
**people** [13] - 6770:18, 6805:22, 6806:14, 6808:5, 6812:22, 6813:16, 6813:20, 6815:4, 6815:5, 6818:14, 6870:6, 6879:21, 6926:2
**per** [16] - 6781:3, 6783:9, 6793:16, 6832:19, 6832:20, 6840:4, 6842:24, 6845:20, 6846:6, 6846:9, 6870:25, 6897:20, 6903:24, 6904:14, 6909:8
**percent** [15] - 6782:9, 6832:18, 6846:13, 6846:25, 6847:2, 6847:8, 6847:13, 6847:16, 6847:18, 6847:21, 6847:23, 6870:24, 6891:15, 6891:19, 6891:23
**perfectly** [1] - 6924:5
**perforated** [3] - 6811:19, 6811:24, 6841:3
**perform** [3] - 6776:2,

6776:9, 6915:25
**performance** [1] - 6907:22
**performed** [3] - 6794:7, 6841:10, 6864:23
**performing** [2] - 6790:12, 6790:15
**period** [2] - 6775:24, 6800:6
**permit** [2] - 6884:3, 6886:3
**person** [6] - 6771:9, 6808:10, 6809:6, 6817:3, 6906:6, 6906:19
**personal** [2] - 6818:16, 6864:8
**personally** [3] - 6818:13, 6828:11, 6851:24
**personnel** [4] - 6786:22, 6805:11, 6808:1, 6865:11
**persons** [1] - 6805:19
**perspective** [1] - 6804:12
**pertain** [1] - 6900:16
**PETITION** [1] - 6761:13
**Petrobras** [1] - 6851:21
**Ph.D** [1] - 6876:11
**phase** [1] - 6878:5
**Phil** [1] - 6793:19
**PHILLIP** [1] - 6766:2
**phone** [2] - 6818:23, 6850:4
**physical** [6] - 6916:14, 6921:23, 6921:24, 6922:7, 6922:9, 6922:14
**pick** [3] - 6818:22, 6875:12, 6899:12
**picked** [1] - 6880:19
**picture** [1] - 6880:24
**piece** [6] - 6768:6, 6787:22, 6914:14, 6914:15, 6922:13, 6931:13
**pieces** [2] - 6880:20, 6922:21
**PIGMAN** [1] - 6766:2
**pilot** [2] - 6837:18, 6841:24
**pinpoint** [1] - 6831:6
**pipe** [94] - 6787:11, 6787:22, 6788:6, 6788:9, 6788:14,

6788:25, 6789:3, 6789:17, 6877:25, 6880:20, 6883:7, 6884:4, 6886:1, 6886:11, 6886:13, 6888:15, 6889:4, 6889:6, 6889:12, 6889:13, 6890:12, 6894:23, 6895:1, 6895:2, 6899:4, 6900:3, 6900:8, 6900:14, 6900:21, 6901:3, 6901:20, 6902:21, 6902:23, 6903:25, 6904:2, 6904:13, 6905:6, 6905:16, 6906:12, 6906:22, 6910:24, 6911:2, 6911:3, 6912:25, 6913:2, 6914:11, 6914:14, 6914:15, 6914:18, 6914:21, 6915:1, 6915:3, 6917:25, 6918:5, 6918:6, 6918:9, 6920:21, 6921:3, 6921:8, 6921:12, 6921:14, 6921:16, 6921:21, 6922:1, 6922:13, 6922:18, 6922:19, 6922:21, 6924:5, 6924:9, 6927:12, 6927:15, 6927:16, 6928:24, 6929:10, 6929:20, 6930:3, 6930:7, 6930:17, 6931:1, 6931:6, 6931:10, 6931:13, 6931:17, 6931:23, 6932:7, 6932:10, 6932:12, 6932:14
**pipe's** [2] - 6922:24, 6924:3
**pipeline** [1] - 6918:6
**pipes** [2] - 6879:25, 6899:11
**piping** [4] - 6880:6, 6880:9, 6880:12, 6931:5
**piston** [1] - 6897:25
**pistons** [2] - 6897:21, 6898:13
**place** [16] - 6769:16, 6773:18, 6785:4, 6785:22, 6804:7, 6804:11, 6804:15, 6804:25, 6806:1, 6806:4, 6812:13, 6847:8, 6858:25,

6864:10, 6867:2, 6910:18
**placed** [4] - 6816:20, 6857:4, 6857:6, 6863:20
**placement** [5] - 6833:4, 6852:21, 6854:1, 6862:13, 6867:1
**places** [2] - 6813:16, 6857:2
**plaintiffs** [1] - 6895:8
**PLAINTIFFS** [1] - 6762:3
**plan** [8] - 6804:21, 6804:25, 6805:1, 6821:21, 6822:23, 6823:7, 6838:7
**planned** [3] - 6768:2, 6795:6, 6863:13
**planning** [2] - 6822:20, 6906:20
**plans** [1] - 6769:20
**plant** [4] - 6878:1, 6879:11, 6879:17
**plants** [4] - 6878:3, 6878:4, 6878:6, 6879:16
**platform** [2] - 6879:4, 6879:7
**platforms** [1] - 6879:9
**play** [2] - 6796:14, 6916:12
**plays** [1] - 6796:10
**PLC** [1] - 6764:22
**Please** [1] - 6828:18
**please** [37] - 6777:8, 6807:13, 6820:12, 6822:16, 6826:8, 6832:5, 6833:6, 6837:4, 6847:25, 6861:9, 6866:7, 6869:20, 6873:24, 6875:24, 6876:17, 6878:24, 6884:10, 6885:3, 6886:4, 6886:7, 6886:19, 6888:2, 6889:22, 6889:25, 6890:18, 6892:13, 6893:7, 6893:13, 6894:18, 6898:15, 6904:5, 6905:24, 6906:16, 6907:8, 6912:15, 6921:6, 6926:20
**plenty** [3] - 6820:23, 6822:13, 6822:24
**plug** [3] - 6787:22,

6787:24, 6863:6
**plugs** [1] - 6864:21
**plus** [1] - 6932:13
**pm** [1] - 6864:22
**pod** [1] - 6895:17
**point** [33] - 6780:16, 6786:21, 6789:6, 6789:10, 6789:20, 6793:18, 6796:21, 6812:12, 6820:22, 6822:4, 6822:17, 6825:10, 6825:21, 6829:12, 6833:1, 6835:5, 6839:19, 6842:6, 6846:24, 6849:7, 6853:23, 6855:2, 6865:6, 6881:11, 6899:15, 6908:16, 6914:13, 6919:23, 6920:15, 6928:14, 6931:15, 6931:21, 6932:18
**points** [1] - 6870:18
**policy** [2] - 6913:20, 6914:4
**poor** [2] - 6802:13, 6803:5
**Poor** [1] - 6803:1
**pore** [6] - 6773:14, 6773:24, 6852:23, 6852:24, 6852:25, 6853:11
**portion** [4] - 6804:19, 6815:17, 6820:7, 6820:8
**posited** [1] - 6907:25
**position** [7] - 6871:21, 6878:20, 6879:1, 6889:19, 6890:7, 6930:21, 6931:13
**positions** [1] - 6921:18
**positive** [10] - 6790:12, 6790:15, 6790:17, 6795:6, 6795:11, 6801:3, 6863:12, 6867:12, 6868:19, 6868:21
**possibility** [1] - 6771:6
**possible** [4] - 6807:22, 6856:8, 6856:13, 6920:20
**possibly** [4] - 6771:5, 6771:7, 6802:14, 6920:19
**POST** [2] - 6762:4, 6763:23, 6764:15
**post** [10] - 6855:12,

6855:14, 6855:18, 6862:22, 6863:16, 6863:21, 6864:1, 6864:12, 6865:16, 6865:17
**posted** [8] - 6806:6, 6806:12, 6838:14, 6838:16, 6844:17, 6845:7, 6850:5, 6850:11
**postincident** [2] - 6785:19, 6785:23
**postulated** [1] - 6913:8
**potent** [1] - 6781:9
**potential** [11] - 6851:3, 6851:6, 6851:17, 6852:5, 6852:7, 6873:20, 6873:25, 6874:3, 6874:16, 6921:1, 6921:2
**potentially** [6] - 6783:1, 6784:6, 6795:24, 6796:16, 6806:13, 6823:3
**pound** [3] - 6845:20, 6846:6, 6903:24
**pounds** [9] - 6846:4, 6897:20, 6904:14, 6909:8, 6925:5, 6927:1, 6927:4, 6927:6, 6927:9
**pour** [1] - 6783:2
**poured** [1] - 6871:4
**pouring** [1] - 6866:24
**POYDRAS** [4] - 6762:12, 6764:23, 6765:12, 6766:22
**ppg** [1] - 6898:21
**practice** [4] - 6777:12, 6778:19, 6825:12, 6827:5
**practices** [7] - 6824:2, 6824:6, 6825:8, 6825:10, 6825:14, 6825:18, 6828:14
**Practices** [1] - 6826:13
**precise** [1] - 6930:12
**predicted** [5] - 6799:19, 6854:9, 6855:1, 6855:25, 6856:4
**prediction** [6] - 6852:8, 6852:14, 6853:19, 6855:20, 6856:6, 6856:8

**prefer** [2] - 6779:22, 6917:7
**preference** [1] - 6769:11
**preferred** [1] - 6804:9
**prefers** [1] - 6769:14
**preincident** [2] - 6832:6, 6858:25
**preparation** [1] - 6858:21
**prepare** [1] - 6858:24
**Prepared** [1] - 6824:18
**prepared** [2] - 6841:9, 6873:21
**presence** [1] - 6878:19
**present** [6] - 6846:12, 6847:18, 6858:20, 6858:21, 6859:3, 6930:25
**presentation** [1] - 6858:24
**presently** [2] - 6847:7, 6847:13
**presents** [1] - 6907:13
**press** [1] - 6870:4
**pressure** [59] - 6790:12, 6790:15, 6790:17, 6795:6, 6795:11, 6796:14, 6801:3, 6802:14, 6802:15, 6852:23, 6852:24, 6852:25, 6853:11, 6863:6, 6880:3, 6880:4, 6880:5, 6884:2, 6884:3, 6884:7, 6884:16, 6884:20, 6884:21, 6889:13, 6897:24, 6897:25, 6898:18, 6898:21, 6898:25, 6899:10, 6899:13, 6900:10, 6904:7, 6904:8, 6904:9, 6904:15, 6907:19, 6909:3, 6910:7, 6910:9, 6910:17, 6910:18, 6913:1, 6913:2, 6913:3, 6915:22, 6916:6, 6916:15, 6931:16, 6931:17, 6931:23, 6932:3, 6932:7, 6932:10, 6932:13
**pressures** [6] - 6773:15, 6773:24,

6886:21, 6887:4, 6910:13, 6915:25
**pressurized** [1] - 6889:14
**pretty** [6] - 6783:11, 6783:13, 6783:14, 6783:17, 6795:23, 6917:20
**prevent** [1] - 6823:8, 6912:22
**prevented** [1] - 6855:4
**preventer** [6] - 6902:1, 6905:14, 6906:10, 6908:21, 6913:6, 6915:24
**preventers** [1] - 6906:11
**preventing** [1] - 6914:22
**previous** [1] - 6820:15
**previously** [2] - 6807:4, 6851:5
**primary** [4] - 6815:18, 6817:11, 6862:18, 6886:13
**principle** [1] - 6846:6
**printers** [2] - 6928:3, 6928:5
**Prior** [1] - 6930:19
**prior** [14] - 6774:3, 6777:13, 6804:5, 6810:6, 6810:9, 6810:13, 6811:3, 6818:10, 6843:22, 6849:25, 6864:2, 6871:12, 6912:14, 6912:17
**priority** [1] - 6850:7
**probability** [2] - 6882:25, 6883:6
**probably** [14] - 6799:4, 6821:24, 6857:24, 6867:18, 6867:22, 6880:2, 6912:2, 6920:11, 6923:4, 6923:18, 6924:11, 6924:12, 6924:22, 6928:24
**problem** [15] - 6850:3, 6873:3, 6873:8, 6879:3, 6884:5, 6894:23, 6897:23, 6898:12, 6902:23, 6908:8, 6908:20, 6908:24, 6909:12, 6909:23, 6924:18
**problems** [2] -

6888:16, 6918:18
**procedure** [2] - 6823:14, 6847:8
**procedures** [1] - 6822:12
**proceed** [4] - 6803:12, 6819:23, 6876:3, 6882:11
**proceeding** [1] - 6867:8
**PROCEEDINGS** [4] - 6761:21, 6766:25, 6768:1, 6932:24
**proceedings** [1] - 6933:9
**process** [8] - 6807:20, 6808:2, 6808:6, 6808:9, 6808:11, 6809:7, 6906:20, 6912:4
**Process** [1] - 6824:25, 6825:4, 6825:15, 6825:19
**produced** [3] - 6840:11, 6840:12, 6840:16
**PRODUCED** [1] - 6766:25
**producing** [1] - 6816:8
**PRODUCTION** [3] - 6761:15, 6764:21, 6764:21
**production** [17] - 6774:8, 6810:6, 6810:9, 6810:14, 6811:13, 6811:23, 6812:6, 6818:7, 6818:12, 6821:21, 6821:25, 6822:18, 6822:21, 6823:12, 6823:23, 6851:5
**products** [1] - 6907:22
**professor** [1] - 6869:25
**program** [4] - 6773:4, 6776:14, 6776:17
**progress** [2] - 6775:10, 6775:16
**project** [3] - 6878:6, 6906:22, 6906:23
**project-specific** [1] - 6906:22
**projecting** [1] - 6773:8
**projector** [2] - 6773:5, 6773:6
**projects** [2] - 6816:9,

6816:14
**promise** [2] - 6780:19, 6824:2
**promoted** [1] - 6816:9
**promotes** [1] - 6852:4
**proper** [1] - 6915:9
**properly** [1] - 6849:14
**properties** [2] - 6781:13, 6781:17
**proposal** [2] - 6769:19, 6821:9
**proposals** [1] - 6809:25
**proposed** [1] - 6815:2
**proposing** [1] - 6769:25
**pros** [1] - 6892:16
**protect** [1] - 6890:11
**protocol** [1] - 6855:10
**proved** [1] - 6837:16
**provide** [14] - 6804:19, 6807:20, 6808:24, 6809:8, 6815:18, 6827:12, 6827:13, 6827:16, 6827:22, 6827:23, 6828:2, 6828:9, 6873:17, 6903:22
**provided** [10] - 6778:8, 6778:18, 6804:23, 6816:22, 6827:13, 6827:14, 6827:18, 6828:1, 6859:5, 6918:14
**provides** [1] - 6904:7
**provisions** [1] - 6777:16
**PSC** [1] - 6895:14
**PSC's** [1] - 6780:7
**PSI** [1] - 6898:19
**psi** [37] - 6790:8, 6790:10, 6790:12, 6790:15, 6863:6, 6866:3, 6866:6, 6866:8, 6866:11, 6866:20, 6867:3, 6867:9, 6867:11, 6867:19, 6867:23, 6868:22, 6884:4, 6884:17, 6886:15, 6886:18, 6887:16, 6887:22, 6887:23, 6898:2, 6898:12, 6899:3, 6900:10, 6900:20, 6900:22,

6902:16, 6902:19, 6904:8, 6904:13, 6904:14, 6904:19, 6904:20
**publication** [1] - 6824:12
**publish** [1] - 6825:3
**published** [3] - 6824:15, 6825:17, 6877:16
**pull** [13] - 6779:22, 6793:19, 6829:14, 6830:2, 6835:2, 6870:14, 6898:15, 6901:15, 6902:25, 6905:24, 6909:15, 6914:4, 6919:20
**pulled** [2] - 6842:8, 6929:21
**pump** [16] - 6779:23, 6780:1, 6780:3, 6780:23, 6783:4, 6783:8, 6783:11, 6783:12, 6783:13, 6783:14, 6783:18, 6783:24, 6784:4, 6784:6, 6795:19, 6838:4
**pumped** [10] - 6782:18, 6782:23, 6793:11, 6793:23, 6794:6, 6811:12, 6817:1, 6851:2, 6866:11, 6866:22
**pumping** [7] - 6785:9, 6809:18, 6811:8, 6855:19, 6868:6, 6879:25
**pumps** [1] - 6880:1
**pure** [1] - 6789:18
**purely** [1] - 6891:24
**purpose** [2] - 6772:24, 6890:10
**purposes** [5] - 6778:10, 6820:14, 6826:7, 6871:13, 6873:25
**push** [10] - 6790:18, 6880:4, 6888:15, 6889:6, 6897:21, 6898:12, 6926:1, 6926:3, 6926:5, 6931:18
**pushed** [2] - 6922:12, 6929:1
**pushes** [1] - 6912:25
**Pushes** [1] - 6905:25
**pushing** [3] - 6931:9, 6931:17, 6932:13
**put** [36] - 6768:23,

6771:3, 6773:20, 6774:1, 6806:9, 6807:7, 6811:18, 6812:10, 6829:11, 6830:3, 6832:5, 6841:2, 6844:3, 6852:12, 6852:17, 6857:3, 6857:15, 6860:17, 6861:12, 6861:25, 6875:5, 6875:8, 6884:1, 6889:2, 6890:3, 6905:8, 6908:5, 6915:17, 6918:20, 6921:6, 6923:2, 6925:12, 6926:2, 6930:14

**putting** [1] - 6888:23

## Q

**QC** [3] - 6814:21, 6814:24
**qualifications** [2] - 6881:11, 6917:21
**qualified** [1] - 6863:15
**quality** [4] - 6807:21, 6814:22, 6815:1, 6815:3
**question** [54] - 6771:3, 6771:20, 6778:15, 6778:23, 6779:2, 6783:20, 6784:1, 6785:11, 6786:17, 6802:25, 6805:16, 6809:2, 6810:11, 6814:22, 6825:16, 6827:15, 6828:18, 6828:25, 6831:12, 6831:18, 6832:3, 6833:1, 6834:21, 6837:4, 6841:2, 6847:4, 6847:5, 6849:9, 6850:18, 6856:4, 6856:24, 6868:20, 6874:11, 6874:15, 6876:23, 6895:20, 6896:21, 6898:4, 6898:8, 6899:16, 6900:5, 6902:6, 6903:4, 6903:6, 6905:4, 6906:24, 6908:19, 6910:6, 6911:13, 6915:17, 6921:7, 6921:22
**questioning** [2] - 6865:22, 6900:13
**questions** [30] -

6772:17, 6774:14, 6778:25, 6784:14, 6786:8, 6790:24, 6791:3, 6796:8, 6803:20, 6803:21, 6804:1, 6805:14, 6807:18, 6812:8, 6812:20, 6813:17, 6814:5, 6815:1, 6826:21, 6833:24, 6852:10, 6869:6, 6895:8, 6895:12, 6895:13, 6916:18, 6916:20, 6916:22, 6917:18
**quick** [6] - 6779:9, 6780:16, 6786:3, 6832:2, 6869:9, 6917:8
**quicker** [2] - 6771:13, 6796:11
**quickly** [7] - 6789:25, 6798:25, 6811:15, 6850:17, 6865:14, 6870:17, 6929:18
**Quirk** [3] - 6785:18, 6785:20, 6785:24
**quite** [4] - 6917:24, 6926:21, 6927:1, 6927:8
**quote/unquote** [1] - 6784:11

## R

**R** [6] - 6763:11, 6764:17, 6765:17, 6766:11, 6768:3, 6814:9
**RACHEL** [2] - 6763:17, 6765:14
**radar** [1] - 6849:25
**raise** [1] - 6805:15
**raising** [2] - 6809:1, 6890:12
**ram** [33] - 6883:22, 6883:23, 6885:1, 6888:5, 6888:16, 6888:19, 6888:21, 6888:23, 6888:24, 6888:25, 6889:2, 6889:5, 6889:10, 6890:10, 6890:11, 6891:11, 6891:13, 6892:17, 6892:23, 6892:24, 6893:12, 6893:16, 6893:19, 6893:23, 6894:1, 6894:2, 6895:1,

6895:2, 6909:22, 6912:25, 6924:8, 6930:17
**ramp** [15] - 6776:6, 6776:10, 6777:1, 6777:25, 6786:19, 6795:17, 6796:3, 6797:10, 6797:13, 6798:21, 6799:22, 6800:4, 6800:12, 6801:9, 6802:3
**ramped** [1] - 6799:20
**ramping** [1] - 6777:5
**ramps** [3] - 6776:24, 6777:17, 6777:21
**rams** [34] - 6883:23, 6890:13, 6893:9, 6893:17, 6893:24, 6894:11, 6894:12, 6894:25, 6899:9, 6899:12, 6899:23, 6899:24, 6900:2, 6900:9, 6900:24, 6901:3, 6902:5, 6903:6, 6903:8, 6905:15, 6911:14, 6911:23, 6912:1, 6912:14, 6912:16, 6915:22, 6920:5, 6921:7, 6923:8, 6930:14, 6932:6
**ran** [31] - 6784:20, 6786:22, 6789:22, 6791:14, 6792:9, 6792:19, 6796:23, 6797:2, 6798:7, 6798:17, 6799:16, 6800:24, 6814:1, 6814:2, 6846:22, 6852:20, 6853:16, 6854:8, 6854:25, 6857:1, 6857:4, 6861:24, 6862:13, 6871:13, 6872:18, 6872:21, 6872:23, 6873:14, 6873:20, 6877:24
**range** [4] - 6774:25, 6868:13, 6907:2, 6918:2
**rate** [14] - 6776:5, 6783:11, 6783:12, 6783:13, 6783:14, 6783:16, 6783:17, 6783:21, 6784:4, 6801:13, 6889:9, 6911:15, 6912:3, 6912:18
**rated** [6] - 6884:6,

6885:12, 6886:17, 6887:23, 6914:8, 6916:3
**rates** [2] - 6784:7, 6912:2
**rather** [1] - 6771:14
**rating** [7] - 6783:22, 6884:2, 6884:3, 6884:20, 6887:14, 6897:8, 6916:7
**ratings** [3] - 6915:17, 6915:24, 6916:9
**Ravi** [1] - 6858:22
**RE** [2] - 6761:5, 6761:12
**reach** [8] - 6799:10, 6812:21, 6813:17, 6814:21, 6815:2, 6815:5, 6818:23, 6818:25
**reached** [7] - 6800:25, 6801:1, 6811:11, 6845:19, 6845:20, 6867:3, 6867:9
**reaches** [2] - 6800:17, 6800:20
**read** [27] - 6780:8, 6781:24, 6787:10, 6788:5, 6788:21, 6798:5, 6826:7, 6881:14, 6896:6, 6896:8, 6896:17, 6897:8, 6899:20, 6906:24, 6907:14, 6911:17, 6912:15, 6913:5, 6919:24, 6920:2, 6921:1, 6921:3, 6921:9, 6925:6, 6930:22, 6931:2
**reading** [6] - 6780:8, 6783:12, 6880:17, 6911:18, 6926:3, 6931:24
**reads** [1] - 6899:22
**ready** [7] - 6768:22, 6768:23, 6769:15, 6772:12, 6819:23, 6822:15, 6921:21
**really** [9] - 6796:19, 6798:5, 6798:6, 6798:12, 6834:4, 6882:2, 6904:19, 6921:6, 6926:4
**reason** [4] - 6833:13, 6849:17, 6850:11, 6903:9
**reasonable** [2] - 6804:7, 6804:13

**reasons** [1] - 6914:7
**rebuttal** [5] - 6918:22, 6919:1, 6919:7, 6923:3
**recall** [29] - 6772:18, 6774:10, 6777:15, 6787:7, 6809:1, 6809:22, 6810:3, 6810:4, 6810:5, 6810:16, 6811:11, 6811:14, 6818:5, 6818:9, 6831:22, 6836:5, 6846:11, 6854:8, 6858:6, 6858:11, 6858:14, 6858:15, 6867:17, 6873:11, 6873:20, 6873:22, 6874:9, 6920:23
**receive** [1] - 6850:4
**received** [11] - 6814:25, 6844:16, 6845:3, 6849:24, 6855:14, 6857:22, 6871:9, 6878:17, 6902:8, 6902:14, 6919:10
**recently** [4] - 6830:24, 6840:10, 6840:12, 6840:16
**recess** [5] - 6771:22, 6869:14, 6869:15, 6870:8, 6932:20
**RECESS** [2] - 6819:17, 6869:18
**recharge** [1] - 6897:12
**rechargeable** [1] - 6895:23
**recognize** [3] - 6777:10, 6829:17, 6876:19
**recognizes** [3] - 6797:14, 6797:19, 6797:24
**recollection** [3] - 6810:18, 6832:23, 6858:22
**recommend** [6] - 6805:1, 6816:15, 6816:20, 6817:4, 6867:10, 6868:23
**recommendation** [5] - 6812:5, 6812:7, 6822:3, 6823:6, 6896:4
**recommendations** [6] - 6789:21, 6789:23, 6805:3, 6812:17, 6817:5, 6896:12

**recommended** [12] - 6777:12, 6778:19, 6786:23, 6790:14, 6822:12, 6823:14, 6823:20, 6826:5, 6868:18, 6898:20, 6901:10, 6901:19

**reconfiguring** [1] - 6893:3

**record** [8] - 6803:18, 6843:17, 6844:5, 6859:19, 6875:5, 6875:24, 6908:2, 6933:8

**RECORDED** [1] - 6766:25

**records** [3] - 6831:12, 6885:4, 6887:18

**red** [3] - 6775:19, 6775:23, 6830:21

**REDDEN** [1] - 6766:4

**redesign** [1] - 6879:14

**redesigned** [2] - 6879:11, 6879:15

**redesigning** [1] - 6879:22

**Redirect** [1] - 6767:13

**redirect** [2] - 6869:7, 6869:11

**REDIRECT** [1] - 6870:15

**redo** [1] - 6847:16

**reduce** [4] - 6816:7, 6912:18, 6926:11, 6926:13

**refer** [4] - 6864:25, 6884:25, 6919:5

**reference** [14] - 6829:12, 6877:13, 6880:13, 6880:14, 6881:24, 6881:25, 6882:16, 6885:21, 6888:3, 6888:23, 6890:15, 6890:16, 6892:14, 6892:20

**referenced** [1] - 6809:17

**referred** [1] - 6879:1

**referring** [2] - 6842:3, 6904:1

**refineries** [2] - 6879:10, 6888:10

**refinery** [1] - 6914:1

**reflect** [1] - 6837:20

**reflected** [3] - 6834:6, 6834:10, 6839:12

**reflection** [3] - 6927:9, 6927:11, 6932:6

**reflects** [1] - 6775:19

**REGAN** [1] - 6765:5

**regard** [16] - 6804:6, 6807:10, 6808:24, 6809:23, 6811:7, 6815:10, 6817:24, 6833:2, 6833:25, 6835:22, 6847:25, 6849:21, 6852:23, 6856:7, 6873:18, 6887:11

**regarding** [5] - 6894:1, 6894:2, 6898:24, 6903:6, 6913:5

**Region** [1] - 6824:19

**region** [1] - 6824:21

**registered** [1] - 6926:13

**registering** [1] - 6926:25

**regulation** [9] - 6881:14, 6881:15, 6881:16, 6881:18, 6881:24, 6884:18, 6885:11, 6885:24

**regulations** [1] - 6865:18

**reheat** [1] - 6777:6

**related** [2] - 6816:3, 6816:4

**RELATES** [1] - 6761:11

**relates** [1] - 6793:5

**relating** [1] - 6779:13

**relevant** [1] - 6878:13

**reliability** [2] - 6882:25, 6883:6

**relying** [1] - 6849:22

**remaining** [3] - 6768:11, 6770:12, 6771:16

**remedial** [4] - 6846:14, 6846:17, 6846:20, 6846:23

**remediate** [1] - 6873:8

**remember** [36] - 6779:14, 6780:12, 6787:6, 6789:19, 6794:20, 6804:3, 6806:8, 6806:9, 6806:14, 6809:5, 6810:11, 6823:6, 6828:15, 6829:15, 6829:18, 6830:7,

6831:10, 6833:19, 6833:22, 6834:2, 6834:7, 6835:2, 6835:7, 6835:19, 6839:9, 6841:4, 6847:4, 6848:6, 6848:11, 6858:9, 6858:16, 6866:16, 6873:12, 6875:17, 6877:8, 6882:24

**reminded** [1] - 6869:23

**removal** [3] - 6783:23, 6784:4, 6784:6

**RENAISSANCE** [1] - 6766:12

**rendered** [1] - 6911:1

**renders** [1] - 6881:10

**repair** [1] - 6799:7

**repeat** [6] - 6778:15, 6825:16, 6835:4, 6835:10, 6836:21, 6847:5

**repetition** [1] - 6917:22

**repetitive** [1] - 6780:18

**rephrase** [5] - 6840:11, 6856:4, 6898:8, 6902:11, 6915:13

**replaced** [1] - 6896:15

**replacement** [2] - 6896:5, 6896:12

**replaces** [1] - 6876:23

**replicate** [1] - 6796:4

**reply** [1] - 6844:19

**report** [54] - 6785:25, 6819:9, 6827:10, 6827:16, 6828:1, 6828:4, 6837:5, 6837:8, 6855:12, 6855:14, 6855:18, 6862:22, 6863:7, 6863:16, 6863:19, 6863:21, 6864:1, 6864:12, 6865:8, 6865:13, 6865:16, 6865:17, 6865:20, 6873:14, 6873:17, 6876:17, 6876:20, 6876:23, 6876:24, 6877:1, 6877:2, 6877:6, 6881:21, 6886:24, 6887:2, 6887:9, 6894:3,

6894:5, 6897:18, 6915:12, 6918:20, 6918:22, 6918:24, 6919:1, 6919:6, 6919:21, 6920:20, 6920:25, 6921:9, 6923:2, 6923:3, 6923:17, 6924:17

**reported** [6] - 6831:20, 6831:23, 6831:25, 6854:17, 6855:12, 6872:25

**Reporter** [2] - 6933:5, 6933:14

**REPORTER** [1] - 6766:21

**REPORTER'S** [1] - 6933:3

**reports** [7] - 6873:15, 6876:13, 6881:6, 6882:16, 6913:5, 6919:9, 6919:10

**represent** [2] - 6770:10, 6803:16

**representatives** [1] - 6818:20

**representing** [1] - 6829:1

**represents** [2] - 6799:8, 6799:9

**reprogram** [1] - 6902:4

**reps** [1] - 6817:9

**Request** [2] - 6844:24, 6850:24

**request** [11] - 6768:25, 6801:14, 6840:4, 6842:18, 6843:9, 6844:3, 6844:4, 6844:20, 6851:13, 6865:10, 6871:9

**requested** [4] - 6827:14, 6843:24, 6843:25, 6895:23

**requests** [1] - 6851:10

**require** [3] - 6881:14, 6907:14, 6910:17

**required** [5] - 6809:6, 6827:18, 6852:12, 6898:20, 6903:9

**requirement** [1] - 6898:21

**requiring** [1] - 6910:13

**reran** [1] - 6848:12

**rereading** [1] -

6780:9

**rerun** [3] - 6838:6, 6847:20, 6847:21

**research** [3] - 6813:4, 6813:22, 6814:12

**reservoir** [1] - 6862:18

**RESOURCES** [1] - 6763:14

**resources** [6] - 6812:8, 6812:19, 6812:22, 6812:24, 6814:19, 6815:12

**respect** [5] - 6778:21, 6817:19, 6856:9, 6881:11, 6881:19

**respond** [2] - 6772:7, 6900:17

**response** [5] - 6787:3, 6828:25, 6841:6, 6878:17, 6903:10

**responses** [1] - 6810:2

**responsibilities** [1] - 6815:23

**responsible** [1] - 6844:25

**rest** [2] - 6771:17, 6826:7

**result** [15] - 6802:8, 6802:14, 6802:18, 6803:2, 6838:13, 6838:16, 6838:22, 6839:5, 6840:1, 6848:10, 6848:23, 6872:16, 6929:5, 6929:14, 6932:6

**results** [26] - 6778:2, 6785:25, 6794:10, 6794:19, 6827:10, 6827:12, 6827:13, 6827:16, 6827:22, 6833:15, 6836:17, 6838:15, 6841:25, 6842:9, 6845:7, 6848:17, 6849:10, 6850:9, 6850:14, 6850:20, 6850:21, 6852:11, 6856:6, 6874:15, 6874:17, 6901:13

**resume** [1] - 6819:21

**retarder** [13] - 6779:13, 6779:16, 6780:17, 6780:22, 6781:7, 6781:10, 6781:11, 6781:13,

6793:5, 6794:13, 6839:17, 6839:18, 6839:19

**retrieved** [1] - 6895:18

**returns** [8] - 6773:18, 6855:7, 6855:11, 6855:12, 6855:15, 6863:3, 6865:17, 6865:18

**review** [7] - 6809:7, 6809:9, 6809:11, 6809:16, 6813:7, 6866:18, 6909:19

**reviewed** [6] - 6847:11, 6877:17, 6882:20, 6885:4, 6922:7, 6922:9

**revise** [1] - 6864:12

**revised** [3] - 6864:1, 6884:3, 6886:3

**reweigh** [1] - 6838:5

**Rich** [1] - 6843:18

**Richard** [1] - 6849:25

**RICHARD** [1] - 6765:20

**rid** [1] - 6769:13

**ride** [1] - 6911:14

**RIG** [1] - 6761:5

**rig** [29] - 6789:10, 6809:14, 6809:18, 6809:21, 6809:22, 6818:20, 6819:4, 6819:5, 6822:14, 6822:25, 6823:9, 6823:16, 6840:24, 6854:6, 6863:7, 6865:7, 6872:24, 6902:21, 6912:6, 6914:23, 6915:3, 6915:4, 6915:5, 6915:8, 6921:13, 6921:24, 6922:11, 6931:25, 6932:3

**right** [182] - 6772:2, 6772:11, 6774:12, 6776:17, 6777:3, 6778:24, 6779:17, 6779:23, 6781:4, 6786:17, 6786:18, 6786:24, 6787:10, 6787:13, 6788:10, 6790:5, 6790:12, 6790:19, 6792:7, 6793:19, 6793:21, 6794:2, 6794:8, 6794:12, 6794:13, 6795:9, 6795:10, 6795:20, 6796:4,

6796:6, 6796:15, 6796:21, 6797:8, 6798:10, 6798:12, 6798:25, 6799:1, 6799:4, 6799:23, 6799:25, 6800:2, 6800:10, 6800:19, 6800:21, 6801:20, 6803:11, 6805:17, 6805:25, 6808:14, 6808:20, 6813:8, 6816:18, 6819:21, 6819:23, 6823:13, 6824:24, 6836:4, 6836:14, 6836:18, 6838:9, 6849:1, 6852:10, 6854:25, 6855:21, 6858:7, 6858:21, 6859:13, 6860:1, 6860:2, 6861:3, 6861:12, 6861:16, 6861:18, 6861:21, 6862:2, 6866:3, 6869:5, 6870:4, 6870:5, 6874:21, 6874:23, 6875:8, 6877:11, 6882:22, 6883:11, 6884:5, 6884:11, 6884:25, 6885:21, 6886:5, 6886:8, 6886:12, 6886:13, 6889:5, 6889:15, 6890:3, 6890:5, 6891:1, 6891:8, 6892:22, 6893:5, 6893:6, 6894:7, 6895:8, 6895:25, 6896:1, 6896:21, 6897:3, 6897:21, 6897:22, 6898:18, 6899:6, 6899:15, 6899:21, 6900:1, 6900:5, 6900:11, 6900:25, 6901:8, 6901:9, 6901:14, 6903:12, 6903:16, 6903:22, 6904:5, 6904:6, 6904:9, 6904:14, 6904:17, 6906:7, 6906:17, 6907:10, 6907:19, 6908:4, 6908:5, 6908:15, 6909:1, 6909:15, 6909:16, 6910:4, 6910:23, 6911:3, 6911:22, 6912:20, 6913:12, 6914:8, 6914:9, 6914:17, 6915:6, 6915:15, 6915:22,

6918:3, 6919:3, 6920:12, 6920:13, 6920:18, 6921:9, 6922:3, 6923:10, 6924:7, 6925:17, 6926:12, 6926:24, 6927:1, 6927:5, 6927:6, 6928:12, 6928:14, 6928:16, 6928:19, 6929:12, 6929:21, 6929:22, 6929:24, 6930:7, 6932:1, 6932:3, 6932:20

**rise** [3] - 6869:17, 6932:7, 6932:23

**riser** [3] - 6915:2, 6915:7, 6920:14

**risk** [6] - 6784:8, 6891:25, 6905:9, 6905:10, 6905:14, 6917:22

**risking** [1] - 6890:14

**risks** [1] - 6784:19

**RMR** [2] - 6766:21, 6933:13

**road** [1] - 6868:16

**Robb** [19] - 6876:16, 6877:10, 6882:15, 6883:14, 6883:25, 6884:10, 6885:3, 6885:6, 6886:4, 6886:7, 6887:20, 6888:2, 6888:13, 6889:22, 6889:25, 6890:18, 6893:7, 6893:13, 6894:18

**ROBERT** [2] - 6762:9, 6765:2

**ROBERTS** [2] - 6765:14, 6766:6

**robots** [1] - 6878:16

**role** [2] - 6804:16, 6817:7

**Ronnie** [3] - 6785:18, 6785:20, 6858:23

**room** [9] - 6773:22, 6805:7, 6806:1, 6806:2, 6806:5, 6806:7, 6806:12, 6858:23, 6859:3

**ROOM** [2] - 6763:12, 6766:22

**Roth** [4] - 6858:18, 6858:20, 6858:22, 6864:15

**ROUGE** [2] - 6763:3, 6764:15

**rough** [1] - 6930:12

**roughly** [2] -

6837:14, 6922:16

**ROV** [1] - 6911:14

**ROVs** [1] - 6911:16

**row** [1] - 6870:4

**rows** [1] - 6870:4

**Roy** [1] - 6769:1

**ROY** [3] - 6762:3, 6762:3, 6769:2

**RPR** [1] - 6933:13

**rubber** [1] - 6928:15

**rule** [1] - 6808:19

**ruled** [1] - 6846:15

**rules** [1] - 6910:22

**run** [39] - 6784:18, 6784:19, 6784:24, 6785:7, 6785:11, 6785:13, 6785:18, 6785:20, 6786:21, 6789:14, 6790:17, 6791:19, 6795:12, 6795:15, 6797:12, 6801:3, 6801:8, 6801:22, 6802:1, 6823:23, 6827:11, 6827:17, 6827:18, 6827:20, 6828:3, 6838:7, 6838:8, 6840:4, 6840:23, 6841:24, 6850:19, 6853:17, 6853:22, 6856:20, 6857:23, 6868:21, 6871:4, 6873:5, 6874:14

**running** [6] - 6841:23, 6857:17, 6857:22, 6873:11, 6873:12, 6873:18

**runs** [1] - 6846:22

**RUSNAK** [1] - 6763:4

**rustling** [1] - 6803:22

# S

**s** [3] - 6824:21, 6883:22, 6911:22

**S** [5] - 6762:19, 6768:3, 6876:1

**S-135** [2] - 6903:8, 6903:25, 6904:2

**S-T-E-V-I-C-K** [1] - 6876:1

**sack** [12] - 6781:3, 6799:8, 6799:9, 6800:14, 6800:17, 6801:4, 6801:6, 6832:19, 6832:20, 6842:24, 6870:25

**sacks** [1] - 6820:6

**safely** [2] - 6816:7,

6817:1

**safer** [1] - 6912:21

**safest** [2] - 6912:15, 6912:17

**safety** [9] - 6854:1, 6854:6, 6867:11, 6867:14, 6891:22, 6904:20, 6904:23, 6916:12, 6916:13

**said** [33] - 6769:3, 6771:25, 6778:11, 6804:5, 6811:3, 6818:10, 6823:18, 6823:22, 6824:11, 6825:14, 6825:18, 6828:7, 6832:10, 6834:4, 6841:14, 6841:23, 6842:11, 6849:12, 6849:18, 6850:24, 6853:25, 6856:17, 6865:9, 6867:17, 6870:2, 6872:9, 6872:18, 6873:25, 6902:4, 6902:7, 6914:7, 6918:14, 6924:21

**Sam** [1] - 6770:13

**same** [20] - 6770:11, 6778:11, 6794:8, 6794:9, 6794:11, 6805:17, 6826:12, 6830:3, 6838:23, 6839:2, 6852:23, 6880:11, 6885:11, 6885:24, 6890:10, 6897:3, 6911:5, 6913:2, 6918:24, 6924:20

**sample** [7] - 6834:1, 6840:8, 6840:10, 6840:12, 6840:14, 6840:15

**SAN** [1] - 6763:13

**sand** [4] - 6862:18, 6879:13, 6909:7, 6912:3

**sat** [2] - 6805:7, 6805:9

**saw** [3] - 6789:2, 6850:23, 6864:21

**say** [33] - 6801:8, 6802:19, 6805:24, 6809:13, 6811:22, 6812:1, 6816:24, 6821:9, 6822:7, 6836:20, 6838:20, 6839:4, 6841:19, 6841:24, 6845:12, 6846:11, 6852:2, 6853:14, 6864:18,

6868:6, 6871:18,
6872:9, 6874:10,
6892:22, 6918:11,
6919:21, 6920:1,
6920:5, 6923:15,
6923:17, 6924:10,
6925:2, 6925:22

**saying** [19] -
6779:25, 6784:14,
6786:25, 6787:5,
6789:4, 6816:7,
6818:5, 6818:25,
6843:21, 6849:15,
6890:5, 6892:1,
6907:1, 6907:3,
6907:5, 6907:6,
6922:22, 6931:6

**says** [50] - 6781:24,
6789:9, 6791:22,
6791:24, 6792:7,
6793:16, 6798:6,
6798:12, 6802:13,
6803:1, 6808:1,
6816:13, 6820:10,
6820:11, 6821:21,
6825:4, 6825:8,
6825:23, 6826:4,
6835:3, 6838:10,
6838:19, 6844:22,
6844:24, 6845:12,
6846:9, 6847:13,
6848:15, 6850:18,
6862:17, 6866:19,
6868:5, 6870:23,
6875:11, 6882:24,
6883:1, 6884:18,
6885:11, 6886:17,
6891:2, 6896:4,
6901:11, 6904:6,
6909:21, 6909:25,
6911:15, 6914:17,
6921:13

**SBR** [1] - 6890:9

**scaffolder** [1] -
6877:25

**scale** [7] - 6801:2,
6873:24, 6874:1,
6874:2, 6906:22,
6926:2, 6926:4

**scans** [2] - 6922:9,
6928:2

**scenario** [2] -
6912:15, 6912:17

**scenarios** [1] -
6872:23

**schedule** [2] -
6777:3, 6777:5

**scheduled** [1] -
6768:21

**schematics** [1] -

6806:9

**school** [1] - 6869:25

**science** [1] - 6789:17

**SCOFIELD** [1] -
6766:18

**scope** [2] - 6886:24,
6915:11

**SCOTT** [1] - 6763:16

**SCR** [1] - 6842:25

**SCR-100** [1] -
6832:19

**SCR-100L** [2] -
6781:16, 6839:15

**screen** [7] - 6773:7,
6773:8, 6773:22,
6835:12, 6844:9,
6859:10, 6870:23

**scrupulous** [1] -
6896:24

**scurried** [1] -
6916:24

**Sea** [2] - 6871:12,
6879:5

**seal** [14] - 6809:7,
6823:5, 6828:21,
6888:22, 6890:14,
6891:3, 6892:23,
6892:25, 6910:13,
6910:17, 6915:22,
6924:5, 6924:9,
6928:25

**sealed** [6] - 6913:9,
6913:14, 6913:17,
6915:3

**sealers** [2] -
6908:24, 6916:6

**sealing** [4] -
6890:11, 6909:12,
6912:14, 6912:17

**seals** [5] - 6889:9,
6889:15, 6893:22,
6895:4, 6895:5

**seat** [1] - 6875:23

**seated** [2] - 6819:19,
6869:20

**second** [18] -
6779:16, 6795:14,
6795:17, 6800:17,
6812:13, 6821:8,
6829:5, 6835:5,
6840:5, 6868:24,
6886:6, 6886:7,
6889:11, 6891:5,
6907:11, 6913:1,
6917:11, 6929:15

**secondly** [1] -
6889:12

**seconds** [4] -
6866:10, 6866:20,
6866:21, 6867:3

**SECREST** [1] -
6766:4

**Section** [1] - 6777:13

**SECTION** [2] -
6763:15, 6764:1

**section** [5] -
6793:19, 6826:10,
6833:9, 6836:11,
6909:16

**see** [181] - 6769:11,
6771:8, 6772:1,
6772:9, 6773:17,
6773:22, 6775:9,
6775:19, 6775:23,
6776:3, 6778:1,
6778:12, 6780:22,
6789:13, 6791:22,
6791:24, 6793:5,
6798:10, 6799:4,
6803:22, 6807:13,
6807:16, 6807:19,
6807:22, 6808:3,
6808:15, 6811:15,
6811:20, 6811:22,
6811:24, 6812:2,
6813:15, 6814:11,
6816:6, 6816:13,
6816:16, 6818:9,
6819:10, 6819:19,
6820:8, 6821:2,
6821:11, 6821:20,
6821:22, 6824:5,
6824:16, 6824:17,
6824:19, 6825:5,
6825:7, 6825:24,
6826:4, 6827:5,
6827:15, 6828:16,
6828:22, 6829:3,
6829:6, 6829:8,
6829:12, 6829:20,
6829:23, 6829:25,
6830:2, 6830:4,
6830:5, 6830:22,
6832:18, 6832:20,
6834:10, 6834:11,
6834:13, 6834:21,
6835:1, 6835:4,
6835:8, 6835:15,
6835:18, 6835:19,
6835:23, 6836:5,
6836:6, 6836:8,
6836:11, 6836:12,
6836:21, 6837:10,
6837:12, 6838:9,
6838:10, 6839:8,
6839:12, 6839:13,
6840:2, 6840:7,
6841:24, 6842:7,
6842:25, 6843:3,
6843:11, 6843:15,

6843:17, 6844:5,
6844:9, 6844:18,
6844:20, 6844:22,
6845:1, 6848:20,
6850:14, 6850:20,
6850:21, 6851:12,
6851:17, 6851:18,
6851:20, 6851:21,
6857:9, 6857:23,
6858:3, 6858:10,
6859:8, 6859:12,
6859:19, 6859:20,
6860:21, 6861:13,
6862:16, 6862:20,
6862:24, 6863:1,
6863:4, 6863:19,
6863:24, 6864:3,
6864:16, 6864:19,
6864:23, 6865:2,
6865:16, 6865:23,
6865:25, 6866:4,
6867:4, 6868:2,
6868:3, 6868:7,
6868:9, 6868:15,
6870:20, 6870:23,
6871:1, 6873:2,
6873:5, 6873:8,
6874:14, 6880:1,
6880:2, 6880:3,
6882:22, 6886:5,
6886:20, 6890:1,
6892:20, 6901:7,
6901:23, 6901:24,
6902:3, 6902:13,
6902:18, 6904:4,
6912:9, 6912:12,
6914:15, 6922:21,
6925:23, 6926:22,
6928:12, 6931:23,
6931:24

**seeing** [3] - 6777:15,
6791:22, 6862:11

**seemed** [4] - 6804:6,
6804:13, 6848:18,
6849:20

**seen** [21] - 6777:11,
6777:14, 6784:19,
6824:3, 6832:8,
6846:8, 6846:10,
6882:15, 6883:17,
6885:10, 6889:19,
6890:15, 6892:10,
6898:11, 6898:16,
6906:2, 6909:11,
6914:2, 6914:16

**segment** [3] -
6777:12, 6778:19,
6925:2

**selection** [1] -

6804:6

**sell** [1] - 6823:2

**send** [5] - 6794:18,
6805:20, 6819:5,
6841:9, 6841:25

**sending** [1] -
6903:12

**senior** [1] - 6891:20

**sent** [9] - 6769:8,
6794:14, 6794:25,
6855:16, 6857:12,
6858:9, 6864:16,
6865:10

**sentence** [6] -
6787:10, 6816:13,
6826:6, 6891:5,
6920:1, 6930:24

**separate** [2] -
6853:5, 6878:3

**sequentially** [1] -
6913:23

**series** [6] - 6784:17,
6791:3, 6870:19,
6871:3, 6875:11,
6888:11

**serve** [1] - 6817:7

**service** [4] - 6816:23,
6913:22, 6914:1

**SERVICES** [1] -
6766:10

**serving** [1] - 6818:20

**SESSION** [1] -
6761:20

**set** [23] - 6781:10,
6782:8, 6782:14,
6782:16, 6786:8,
6787:24, 6790:2,
6790:18, 6796:7,
6796:15, 6801:13,
6814:22, 6822:17,
6844:25, 6845:14,
6845:16, 6850:24,
6870:4, 6880:11,
6899:8, 6917:1,
6917:3, 6918:18

**sets** [2] - 6796:11,
6796:13

**setting** [1] - 6796:10

**settling** [11] -
6792:7, 6834:5,
6836:21, 6837:1,
6837:5, 6837:8,
6837:21, 6841:20,
6842:3, 6845:9,
6845:10

**seven** [11] - 6780:23,
6860:3, 6860:15,
6860:22, 6860:24,
6862:6, 6873:11,
6873:23, 6874:1,

6874:7, 6874:10
**seven-centralizer** [2] - 6860:22, 6860:24
**several** [14] - 6774:3, 6774:14, 6775:6, 6811:23, 6815:4, 6815:5, 6857:4, 6857:19, 6866:2, 6872:18, 6872:19, 6883:17, 6886:22, 6927:2
**severe** [16] - 6836:21, 6837:1, 6837:5, 6837:8, 6841:19, 6842:3, 6851:3, 6851:6, 6851:18, 6852:5, 6852:7, 6873:22, 6873:23, 6873:24, 6874:3, 6909:21
**shanks** [1] - 6921:15
**shape** [3] - 6788:3, 6788:4, 6788:12
**shaped** [1] - 6889:3
**share** [1] - 6841:13
**shared** [1] - 6826:22
**SHARON** [1] - 6763:22
**SHAW** [1] - 6762:16
**shear** [73] - 6880:10, 6880:12, 6883:22, 6885:1, 6888:5, 6888:16, 6888:21, 6888:24, 6888:25, 6889:2, 6889:5, 6889:10, 6890:10, 6890:11, 6890:13, 6891:11, 6891:13, 6892:17, 6892:23, 6892:24, 6894:11, 6894:12, 6895:1, 6895:2, 6898:18, 6898:20, 6898:21, 6898:24, 6899:3, 6899:9, 6899:19, 6899:23, 6899:24, 6900:2, 6900:7, 6900:8, 6900:14, 6900:21, 6900:24, 6901:3, 6901:6, 6901:10, 6901:20, 6901:24, 6901:25, 6902:5, 6902:14, 6902:15, 6903:6, 6903:8, 6904:20, 6905:6, 6905:15, 6906:11, 6906:22, 6906:23, 6911:14, 6911:23, 6912:1, 6912:14, 6912:16,

6912:25, 6920:5, 6920:16, 6921:7, 6921:15, 6921:17, 6924:8, 6924:9
**shearability** [4] - 6902:23, 6903:15, 6903:22, 6906:10
**shearable** [1] - 6901:21
**shearing** [14] - 6879:18, 6888:19, 6890:12, 6897:15, 6897:18, 6897:19, 6899:9, 6901:16, 6904:7, 6904:8, 6907:19, 6908:8, 6908:20
**shears** [4] - 6891:14, 6899:13, 6912:18, 6912:19
**shed** [1] - 6771:5
**sheet** [2] - 6791:18, 6793:4
**sheets** [3] - 6826:23, 6826:25, 6827:3
**Shell** [2] - 6851:20, 6852:1
**SHELL** [1] - 6764:23
**Sherman** [1] - 6869:25
**shoe** [6] - 6790:17, 6790:19, 6862:10, 6862:18, 6862:19, 6868:6
**shoot** [1] - 6790:10
**short** [3] - 6819:16, 6869:14, 6886:17
**shortly** [2] - 6920:9, 6920:11
**shot** [4] - 6787:25, 6835:12, 6844:9, 6909:8
**shots** [1] - 6859:10
**should** [25] - 6786:5, 6826:9, 6840:16, 6860:25, 6862:4, 6862:19, 6866:12, 6866:25, 6867:1, 6867:3, 6881:18, 6882:3, 6882:24, 6884:14, 6891:15, 6891:18, 6894:11, 6907:21, 6908:9, 6910:15, 6910:21, 6911:8, 6912:7, 6913:22
**shoulder** [2] - 6773:20, 6774:4
**shove** [1] - 6889:3
**show** [14] - 6820:20,

6828:24, 6834:6, 6837:21, 6838:22, 6856:19, 6859:24, 6866:12, 6868:12, 6893:10, 6894:16, 6900:19, 6931:20
**showed** [12] - 6794:5, 6796:24, 6800:12, 6829:15, 6833:15, 6836:25, 6848:9, 6848:11, 6848:17, 6849:11, 6862:6, 6891:21
**showing** [8] - 6830:20, 6835:25, 6855:18, 6860:2, 6861:15, 6872:21, 6874:12, 6889:5
**shown** [4] - 6813:16, 6824:6, 6861:4, 6871:7
**shows** [11] - 6820:6, 6820:20, 6832:24, 6835:15, 6837:22, 6838:18, 6851:11, 6858:3, 6861:17, 6861:21, 6862:13
**Shushan** [1] - 6770:10
**shut** [4] - 6879:16, 6891:12, 6892:24, 6894:24
**SHUTLER** [1] - 6763:22
**shutting** [4] - 6891:3, 6924:11, 6924:12, 6924:13
**side** [18] - 6806:13, 6812:14, 6813:14, 6814:15, 6814:16, 6815:10, 6820:16, 6838:10, 6920:21, 6921:8, 6921:9, 6921:14, 6921:17, 6922:13, 6930:21, 6931:10
**signed** [1] - 6919:3
**significance** [1] - 6866:6
**significant** [5] - 6834:4, 6834:19, 6867:11, 6912:13, 6912:16
**significantly** [3] - 6834:22, 6837:24, 6860:25
**signs** [1] - 6929:23
**silly** [1] - 6925:11
**similar** [2] - 6871:21, 6931:24

**simple** [1] - 6893:6
**simply** [4] - 6883:4, 6883:7, 6892:1, 6897:2
**simulate** [2] - 6777:5, 6867:1
**simulation** [1] - 6776:14
**simulations** [1] - 6777:18
**since** [8] - 6824:11, 6824:15, 6850:6, 6850:8, 6882:5, 6898:20, 6901:10, 6929:11
**Since** [1] - 6850:18
**SINCLAIR** [1] - 6764:8
**single** [5] - 6816:14, 6818:6, 6829:11, 6911:4, 6913:23
**sip** [1] - 6819:14
**sir** [25] - 6769:23, 6770:23, 6772:6, 6782:11, 6783:25, 6784:24, 6785:11, 6786:3, 6787:13, 6788:21, 6801:12, 6802:7, 6802:21, 6807:11, 6819:6, 6826:17, 6845:12, 6849:1, 6856:17, 6856:21, 6874:21, 6886:5, 6889:23, 6890:19, 6891:1
**sit** [3] - 6823:2, 6836:4, 6870:7
**sitting** [2] - 6773:13, 6917:5
**situation** [6] - 6841:19, 6889:14, 6890:13, 6908:6, 6912:23, 6916:2
**six** [22] - 6787:5, 6789:22, 6820:3, 6830:11, 6830:13, 6831:9, 6852:20, 6853:16, 6854:8, 6854:25, 6857:1, 6857:5, 6857:18, 6857:25, 6858:13, 6860:25, 6872:23, 6873:12, 6880:19, 6889:25, 6932:20
**six-centralizer** [1] - 6860:25
**size** [2] - 6853:5, 6902:21
**sizes** [2] - 6782:22, 6853:5

**slide** [2] - 6858:18, 6862:16
**SLIDELL** [1] - 6762:23
**slight** [1] - 6872:4
**slow** [1] - 6889:9
**slower** [1] - 6796:13
**slowly** [2] - 6873:8, 6907:2
**slows** [2] - 6779:17, 6779:19
**slurries** [4] - 6774:19, 6874:25, 6776:10, 6794:12
**Slurry** [1] - 6836:20
**slurry** [34] - 6774:22, 6775:11, 6775:17, 6775:21, 6775:23, 6781:17, 6792:7, 6793:14, 6793:23, 6794:1, 6794:4, 6794:5, 6794:11, 6809:4, 6809:7, 6809:23, 6813:3, 6813:4, 6817:15, 6820:24, 6822:13, 6826:5, 6826:7, 6826:9, 6827:11, 6827:17, 6828:20, 6833:14, 6834:24, 6835:4, 6835:9, 6842:12, 6844:6, 6871:4
**small** [7] - 6768:6, 6782:5, 6794:9, 6804:19, 6878:3, 6878:5, 6917:22
**smaller** [2] - 6853:9, 6914:19
**smashed** [1] - 6922:19
**Society** [1] - 6880:8
**soft** [1] - 6834:1
**software** [1] - 6893:3
**solution** [4] - 6816:15, 6816:21, 6817:4, 6852:5
**solutions** [1] - 6804:24
**some** [36] - 6772:17, 6772:21, 6773:13, 6774:16, 6776:12, 6783:15, 6784:2, 6784:21, 6785:22, 6786:21, 6794:14, 6794:19, 6801:11, 6805:11, 6813:16, 6823:17, 6824:6, 6827:13, 6827:22, 6833:13, 6833:24,

6841:23, 6847:9, 6860:17, 6865:22, 6867:23, 6870:1, 6873:14, 6878:24, 6880:18, 6886:24, 6893:5, 6917:20, 6917:22, 6922:20

**someone** [3] - 6772:2, 6772:9, 6815:2

**something** [21] - 6768:18, 6777:2, 6791:23, 6801:4, 6801:6, 6803:24, 6820:19, 6846:19, 6848:5, 6849:5, 6868:13, 6869:23, 6883:15, 6887:1, 6887:7, 6888:9, 6891:18, 6895:17, 6923:21, 6925:10, 6926:9

**sometime** [3] - 6770:7, 6920:17, 6923:11

**sometimes** [2] - 6786:19, 6806:9

**somewhat** [1] - 6920:15

**somewhere** [1] - 6875:16

**soon** [1] - 6772:7

**sorry** [20] - 6778:15, 6783:25, 6784:1, 6808:19, 6814:10, 6825:16, 6839:18, 6842:13, 6854:22, 6856:25, 6894:19, 6898:19, 6899:15, 6900:12, 6911:8, 6918:14, 6921:1, 6923:2, 6925:11, 6931:25

**sort** [3] - 6773:14, 6773:15, 6787:19

**sorts** [1] - 6788:12

**sounds** [4] - 6778:6, 6790:22, 6795:9, 6795:10

**SOUTH** [1] - 6765:18

**South** [1] - 6817:24

**space** [6] - 6821:1, 6823:15, 6870:6, 6915:2, 6924:24, 6929:10

**spacer** [2] - 6783:4, 6785:10

**spacing** [2] - 6857:10, 6857:15

**speak** [3] - 6823:13,

6865:13, 6921:7

**specialist** [4] - 6813:6, 6815:14, 6871:10, 6879:2

**specialists** [1] - 6871:19

**specialties** [1] - 6813:1

**specific** [7] - 6786:8, 6834:15, 6837:11, 6837:12, 6844:14, 6858:14, 6906:22

**specifically** [6] - 6776:5, 6806:8, 6806:14, 6844:1, 6855:5, 6881:11

**speculation** [2] - 6778:11, 6796:18

**spell** [1] - 6875:24

**Sperry** [3] - 6926:16, 6926:19, 6931:22

**spike** [1] - 6932:1

**SPILL** [1] - 6761:5

**SPIRO** [1] - 6764:2

**splash** [2] - 6897:1, 6897:2

**spoke** [1] - 6832:19

**spraying** [1] - 6926:10

**spring** [1] - 6879:6

**square** [2] - 6897:20, 6909:8

**SQUARE** [1] - 6764:23

**squeeze** [1] - 6854:6

**squeezes** [1] - 6862:10

**stability** [17] - 6774:15, 6781:20, 6793:20, 6794:1, 6794:5, 6817:19, 6833:21, 6834:10, 6834:18, 6836:6, 6837:2, 6837:11, 6837:16, 6842:9, 6842:11, 6849:4

**stable** [10] - 6807:21, 6817:15, 6837:23, 6838:18, 6838:20, 6838:22, 6839:5, 6845:5, 6847:1, 6847:14

**stack** [1] - 6883:11

**stand** [2] - 6867:6, 6931:23

**standard** [8] - 6799:22, 6827:4, 6845:19, 6846:12, 6846:19, 6881:25, 6893:17, 6895:1

**Standard** [1] - 6878:10

**standards** [1] - 6847:12

**standing** [1] - 6773:19

**start** [11] - 6769:11, 6797:4, 6841:23, 6866:22, 6873:2, 6877:23, 6883:24, 6898:16, 6898:19, 6903:4, 6905:2

**started** [10] - 6773:17, 6797:7, 6799:17, 6822:24, 6873:8, 6877:24, 6878:2, 6878:7, 6888:7, 6893:16

**starts** [4] - 6795:25, 6890:25, 6891:9, 6926:9

**stat** [1] - 6802:2

**STATE** [3] - 6764:6, 6764:11, 6764:13

**state** [7] - 6828:8, 6875:23, 6921:1, 6930:21, 6931:2, 6931:11, 6931:18

**stated** [3] - 6825:12, 6849:20, 6897:7

**statement** [5] - 6788:22, 6802:21, 6846:9, 6856:10, 6885:21

**STATES** [4] - 6761:1, 6761:15, 6761:23, 6763:10

**States** [4] - 6768:16, 6772:13, 6916:17, 6933:6

**states** [7] - 6797:22, 6798:2, 6816:11, 6825:20, 6831:16, 6837:9, 6843:16

**States's** [1] - 6768:8

**static** [6] - 6797:12, 6801:25, 6915:18, 6915:20, 6916:9, 6916:11

**stating** [1] - 6830:9

**STATION** [1] - 6764:4

**statistical** [1] - 6891:24

**status** [5] - 6835:13, 6835:15, 6835:18, 6838:9, 6843:14

**stay** [1] - 6769:14

**stays** [2] - 6787:11, 6788:6

**steadily** [1] - 6910:13

**STENOGRAPHY** [1] - 6766:25

**step** [2] - 6771:8, 6805:15

**STEPHEN** [1] - 6762:6

**Sterbcow** [1] - 6829:15

**STERBCOW** [2] - 6762:11, 6762:11

**Sterbcow's** [1] - 6780:11

**Sternberg** [3] - 6767:17, 6767:19, 6876:2

**STERNBERG** [22] - 6766:15, 6876:2, 6876:6, 6876:16, 6876:18, 6876:25, 6877:2, 6877:5, 6877:10, 6877:12, 6881:5, 6881:23, 6882:10, 6882:14, 6887:3, 6887:13, 6892:9, 6894:4, 6894:9, 6894:19, 6894:20, 6895:6

**STEVEN** [2] - 6763:15, 6765:14

**STEVICK** [2] - 6767:15, 6875:21

**Stevick** [25] - 6768:23, 6769:6, 6769:8, 6769:11, 6769:21, 6770:1, 6770:15, 6770:16, 6874:24, 6874:25, 6875:25, 6876:1, 6876:7, 6876:19, 6881:6, 6881:9, 6881:20, 6882:15, 6894:10, 6895:12, 6896:17, 6917:17, 6917:20, 6919:21, 6921:11

**still** [10] - 6800:25, 6822:17, 6842:3, 6845:16, 6845:17, 6858:8, 6881:1, 6912:7, 6915:4, 6932:16

**stint** [1] - 6878:25

**STONE** [1] - 6766:2

**stop** [1] - 6787:13

**stopping** [1] - 6915:7

**storage** [2] - 6820:4, 6822:14

**store** [1] - 6880:19

**straight** [2] -

6787:17, 6787:25

**straightness** [1] - 6880:20

**STRANGE** [1] - 6764:7

**stream** [3] - 6926:12, 6928:15, 6929:17

**STREET** [19] - 6762:4, 6762:9, 6762:12, 6762:15, 6762:17, 6762:22, 6763:2, 6763:7, 6764:14, 6764:18, 6764:23, 6765:12, 6765:15, 6765:21, 6766:3, 6766:7, 6766:13, 6766:19, 6766:22

**strength** [31] - 6774:17, 6774:18, 6774:21, 6775:11, 6778:2, 6782:12, 6790:8, 6791:2, 6791:4, 6791:14, 6791:19, 6791:21, 6791:24, 6792:13, 6792:19, 6793:13, 6794:15, 6794:24, 6795:2, 6795:4, 6836:9, 6865:23, 6865:24, 6866:7, 6866:25, 6867:4, 6868:13, 6868:20, 6900:14

**strike** [4] - 6892:5, 6892:7, 6894:1, 6915:14

**string** [23] - 6773:1, 6773:18, 6804:3, 6804:6, 6804:8, 6804:9, 6822:1, 6822:15, 6822:16, 6899:3, 6900:3, 6900:8, 6902:23, 6903:8, 6923:4, 6923:17, 6924:21, 6925:3, 6925:15, 6925:16, 6925:20, 6925:23, 6930:20

**string)** [1] - 6925:6

**strings** [9] - 6821:11, 6821:15, 6900:21, 6901:3, 6901:20, 6902:4, 6905:6, 6905:16, 6906:10

**stripped** [1] - 6886:25

**stripping** [3] - 6887:7, 6887:23, 6929:23

**strong** [1] - 6916:4
**strongly** [1] - 6927:19
**structures** [1] - 6877:21
**stuck** [3] - 6787:22, 6853:5, 6931:7
**students** [1] - 6870:2
**study** [1] - 6877:16
**stuff** [2] - 6917:1, 6917:13
**subcontractor** [1] - 6905:14
**subject** [4] - 6897:15, 6909:1, 6909:4, 6910:5
**subjects** [1] - 6851:1
**submitted** [1] - 6918:24
**submitting** [1] - 6831:24
**subsea** [5] - 6895:22, 6896:20, 6897:12, 6897:13, 6909:3
**subsequent** [3] - 6846:14, 6846:17, 6846:23
**subsequently** [1] - 6877:16
**success** [3] - 6797:15, 6812:1, 6841:7
**successful** [5] - 6837:16, 6837:20, 6838:3, 6838:13, 6845:4
**Successful** [1] - 6839:5
**successfully** [3] - 6804:15, 6818:14, 6906:22
**such** [2] - 6802:15, 6891:7
**sufficient** [1] - 6884:24
**suggest** [3] - 6824:12, 6873:4, 6908:23
**suggested** [2] - 6805:2, 6857:21
**suggesting** [1] - 6824:13
**suggests** [2] - 6919:22, 6920:2
**suitable** [1] - 6822:5
**SUITE** [12] - 6762:4, 6762:12, 6762:15, 6762:20, 6764:24, 6765:12, 6765:15,

6765:24, 6766:7, 6766:13, 6766:15, 6766:19
**Sullivan** [5] - 6767:7, 6768:16, 6772:11, 6772:13, 6796:23
**SULLIVAN** [14] - 6763:21, 6768:15, 6772:13, 6772:16, 6775:3, 6775:4, 6775:14, 6775:15, 6777:8, 6777:9, 6778:7, 6778:16, 6778:17, 6778:23
**summary** [1] - 6882:19
**sunk** [1] - 6912:7
**super** [3] - 6899:23, 6899:24, 6912:18
**supersedes** [1] - 6876:23
**supplemental** [1] - 6877:1
**support** [3] - 6805:11, 6815:8, 6815:18
**supporting** [1] - 6886:21
**supposed** [1] - 6915:9
**sure** [40] - 6778:16, 6795:8, 6801:1, 6816:11, 6822:17, 6822:18, 6826:3, 6831:16, 6833:15, 6839:6, 6840:14, 6843:20, 6846:5, 6849:20, 6850:16, 6856:23, 6857:4, 6859:10, 6859:23, 6866:18, 6876:9, 6877:15, 6878:15, 6880:16, 6894:22, 6895:25, 6898:9, 6899:17, 6903:11, 6908:7, 6915:19, 6915:23, 6917:23, 6921:20, 6923:15, 6924:18, 6925:8, 6926:24, 6930:8, 6930:11
**surface** [8] - 6802:16, 6803:3, 6829:7, 6863:14, 6884:7, 6884:21, 6885:18, 6929:3
**surfaces** [1] - 6928:25
**survive** [3] - 6879:6, 6879:14, 6879:23

**sustain** [6] - 6778:6, 6801:17, 6837:23, 6887:12, 6894:7, 6902:10
**sustained** [2] - 6788:19, 6915:15
**SUTHERLAND** [1] - 6765:13
**swear** [1] - 6875:19
**switch** [1] - 6902:18
**switched** [1] - 6902:4
**SWORN** [1] - 6875:21
**synthetic** [1] - 6784:10
**system** [36] - 6809:15, 6827:1, 6827:6, 6827:8, 6832:12, 6832:15, 6832:24, 6833:7, 6835:3, 6835:13, 6835:17, 6836:2, 6838:18, 6838:21, 6838:22, 6842:7, 6843:10, 6843:14, 6850:23, 6866:12, 6866:13, 6867:7, 6878:18, 6884:19, 6889:17, 6890:16, 6890:25, 6891:2, 6891:9, 6891:12, 6892:13, 6892:14, 6894:22, 6895:22, 6895:24
**systematic** [1] - 6883:2
**systems** [3] - 6784:11, 6813:9, 6878:15

# T

**T** [4] - 6762:9, 6765:5, 6768:3, 6876:1
**tab** [1] - 6858:3
**Tabler** [1] - 6821:3
**tablespoons** [2] - 6781:3, 6781:6
**take** [36] - 6781:23, 6789:12, 6793:8, 6795:17, 6798:3, 6800:15, 6806:4, 6806:14, 6819:14, 6819:15, 6831:23, 6834:15, 6846:5, 6855:7, 6855:23, 6856:11, 6857:7, 6867:15, 6869:8,

6869:15, 6875:15, 6875:18, 6875:23, 6887:4, 6900:6, 6900:7, 6904:19, 6909:7, 6916:24, 6917:3, 6917:4, 6917:11, 6918:19, 6919:16, 6924:14, 6926:9
**taken** [2] - 6799:3, 6911:4
**TAKEN** [2] - 6819:17, 6869:18
**takes** [2] - 6779:17, 6782:14
**taking** [1] - 6785:4
**talk** [25] - 6773:3, 6774:5, 6779:16, 6789:12, 6805:19, 6812:22, 6815:4, 6850:8, 6861:20, 6862:1, 6870:18, 6893:1, 6895:16, 6897:17, 6898:6, 6905:15, 6911:16, 6911:19, 6919:6, 6920:8, 6921:8, 6922:23, 6924:22, 6929:12
**talked** [13] - 6770:14, 6776:12, 6777:20, 6789:14, 6789:25, 6804:16, 6809:5, 6817:23, 6855:9, 6887:3, 6887:10, 6932:11
**talking** [43] - 6771:23, 6774:10, 6789:19, 6800:23, 6805:11, 6809:14, 6816:24, 6819:25, 6821:13, 6822:7, 6830:3, 6833:19, 6833:20, 6849:1, 6849:19, 6865:8, 6884:10, 6884:23, 6886:9, 6889:23, 6890:7, 6890:8, 6890:20, 6892:14, 6893:2, 6897:23, 6899:18, 6908:24, 6919:6, 6919:7, 6920:5, 6920:8, 6922:3, 6922:4, 6922:5, 6923:20, 6925:8, 6925:15, 6926:20, 6929:5, 6930:5, 6930:6, 6930:16
**talks** [2] - 6901:16,

6906:10
**tank** [5] - 6820:7, 6820:8, 6820:10, 6820:19, 6820:20
**tanks** [4] - 6820:3, 6820:17, 6820:24
**TANNER** [1] - 6766:18
**tap** [1] - 6859:25
**target** [24] - 6834:19, 6834:21, 6836:15, 6836:16, 6837:24, 6837:25, 6838:2, 6838:5, 6838:19, 6840:1, 6842:11, 6842:14, 6845:18, 6845:20, 6845:22, 6846:4, 6846:9, 6846:13, 6847:7, 6847:16, 6847:20, 6847:22, 6866:8
**task** [4] - 6815:16, 6815:19
**taught** [3] - 6846:7, 6891:20, 6904:22
**teaches** [1] - 6869:25
**teaching** [1] - 6807:7
**team** [26] - 6768:20, 6769:20, 6804:18, 6804:19, 6804:21, 6805:4, 6806:3, 6806:4, 6806:24, 6808:7, 6808:10, 6808:12, 6810:5, 6810:13, 6812:4, 6812:21, 6815:23, 6817:2, 6817:13, 6817:14, 6817:17, 6817:18, 6828:12, 6872:20, 6917:10
**Tech** [1] - 6876:10
**technical** [8] - 6814:3, 6815:5, 6815:7, 6815:8, 6817:9, 6847:9, 6879:3, 6889:19
**technically** [1] - 6918:18
**technician's** [1] - 6827:7
**technicians** [1] - 6833:13
**technology** [7] - 6813:24, 6814:1, 6814:13, 6814:14, 6814:17, 6815:4, 6881:12
**Technology** [1] -

6906:1

**tell** [36] - 6770:12, 6770:18, 6771:15, 6771:18, 6795:18, 6803:17, 6820:11, 6836:2, 6837:2, 6837:7, 6838:12, 6845:8, 6848:15, 6849:10, 6849:23, 6858:21, 6873:10, 6876:7, 6877:13, 6878:11, 6878:20, 6883:12, 6883:19, 6885:14, 6893:14, 6893:21, 6900:7, 6901:2, 6901:6, 6903:14, 6904:11, 6904:12, 6915:24, 6925:10, 6926:22, 6927:8

**telling** [2] - 6773:20, 6902:14

**tells** [9] - 6830:24, 6834:25, 6838:14, 6838:17, 6840:23, 6844:14, 6884:14, 6899:2, 6925:19

**temperature** [32] - 6774:25, 6775:20, 6776:6, 6776:10, 6776:14, 6776:16, 6776:24, 6777:1, 6777:2, 6777:5, 6777:17, 6777:21, 6777:25, 6795:23, 6796:9, 6796:10, 6797:4, 6797:12, 6797:15, 6797:21, 6797:23, 6798:21, 6799:10, 6799:18, 6800:6, 6800:9, 6801:25, 6867:19, 6909:4

**temperatures** [5] - 6776:20, 6801:10, 6801:11, 6801:13, 6802:6

**ten** [12] - 6795:7, 6801:3, 6828:21, 6862:8, 6869:12, 6869:15, 6873:14, 6873:18, 6873:21, 6874:2, 6874:9, 6883:3

**ten-minute** [1] - 6869:15

**tend** [2] - 6781:25, 6782:3

**tender** [2] - 6881:5, 6881:6

**tendered** [1] - 6778:4

**tenet** [1] - 6888:12

**tension** [1] - 6879:8

**tentatively** [1] - 6772:4

**terms** [17] - 6790:4, 6807:3, 6812:16, 6813:3, 6815:24, 6818:15, 6818:18, 6853:2, 6853:19, 6854:4, 6854:15, 6858:15, 6865:8, 6867:12, 6880:18, 6896:23, 6909:12

**test** [168] - 6774:16, 6774:17, 6774:21, 6776:6, 6784:19, 6790:12, 6790:15, 6790:17, 6790:18, 6791:14, 6791:19, 6792:9, 6792:20, 6793:13, 6793:20, 6794:1, 6794:4, 6794:7, 6794:10, 6794:18, 6794:24, 6795:6, 6795:11, 6796:7, 6797:2, 6799:16, 6800:7, 6801:3, 6801:22, 6802:1, 6802:4, 6809:8, 6813:7, 6826:5, 6827:7, 6827:22, 6832:17, 6833:4, 6833:8, 6833:11, 6833:20, 6833:25, 6834:6, 6834:9, 6834:20, 6834:23, 6835:10, 6835:11, 6835:13, 6835:15, 6835:18, 6835:22, 6835:23, 6836:3, 6836:6, 6836:9, 6836:24, 6836:25, 6837:2, 6837:5, 6837:6, 6837:16, 6837:18, 6837:20, 6837:21, 6838:3, 6838:6, 6838:9, 6838:12, 6838:14, 6838:16, 6839:7, 6839:10, 6839:13, 6839:15, 6839:22, 6840:3, 6840:7, 6840:23, 6841:11, 6841:19, 6841:24, 6842:1, 6842:8, 6842:9, 6842:10, 6842:16, 6842:24, 6843:2, 6843:14, 6843:18,

6843:20, 6843:21, 6843:22, 6844:9, 6845:4, 6845:7, 6845:9, 6845:10, 6845:15, 6845:17, 6845:22, 6845:25, 6847:16, 6847:19, 6847:20, 6847:21, 6848:1, 6848:2, 6848:3, 6848:6, 6848:8, 6848:10, 6848:13, 6848:17, 6848:25, 6849:3, 6849:5, 6849:8, 6849:10, 6849:13, 6849:17, 6849:21, 6849:22, 6849:23, 6850:3, 6850:14, 6850:19, 6850:24, 6864:23, 6865:24, 6866:7, 6866:12, 6867:18, 6867:22, 6868:6, 6868:19, 6868:21, 6870:19, 6871:3, 6871:13, 6871:14, 6871:15, 6871:25, 6880:20, 6883:23, 6884:19, 6893:12, 6893:23, 6894:2, 6898:20, 6899:12, 6901:10, 6901:24, 6904:24, 6907:2, 6910:7, 6910:9, 6910:17, 6910:18

**Test** [1] - 6843:14

**tested** [2] - 6800:10, 6833:3

**TESTIFIED** [1] - 6875:21

**testified** [12] - 6772:24, 6776:19, 6781:2, 6781:19, 6783:13, 6802:7, 6835:22, 6848:4, 6850:13, 6850:16, 6860:24, 6886:16

**testify** [2] - 6881:22, 6882:4

**testimony** [11] - 6772:19, 6778:5, 6784:16, 6788:18, 6796:18, 6801:14, 6842:6, 6848:14, 6866:15, 6882:7, 6886:24

**testing** [39] - 6774:15, 6775:11, 6775:16, 6775:20, 6776:2, 6776:9,

6776:13, 6777:13, 6777:18, 6777:22, 6778:1, 6778:9, 6778:19, 6778:21, 6785:19, 6785:22, 6785:25, 6791:2, 6791:4, 6795:14, 6796:4, 6811:8, 6812:20, 6813:3, 6813:18, 6814:25, 6816:25, 6826:7, 6832:2, 6833:2, 6838:13, 6858:25, 6880:18, 6899:11, 6906:23, 6915:18, 6915:20, 6919:17

**tests** [45] - 6774:16, 6774:18, 6774:24, 6778:2, 6778:10, 6784:17, 6784:24, 6785:8, 6785:12, 6785:13, 6785:18, 6785:21, 6794:15, 6801:8, 6809:16, 6826:9, 6827:11, 6827:17, 6827:18, 6827:20, 6827:24, 6828:3, 6841:10, 6841:16, 6841:23, 6845:7, 6859:2, 6859:3, 6866:8, 6867:8, 6867:12, 6870:19, 6871:4, 6871:7, 6901:6, 6901:12, 6901:20, 6901:25, 6902:14, 6902:15, 6910:14, 6916:9, 6916:11

**textbooks** [2] - 6891:22, 6904:22

**than** [25] - 6771:13, 6771:14, 6782:21, 6783:15, 6800:14, 6810:25, 6811:8, 6817:7, 6826:20, 6834:24, 6835:20, 6839:25, 6840:15, 6840:19, 6844:12, 6847:7, 6852:25, 6867:20, 6873:11, 6873:15, 6883:10, 6884:5, 6896:13, 6916:7, 6926:3

**thank** [27] - 6768:13, 6768:19, 6770:24, 6770:25, 6784:3, 6790:25, 6793:21, 6808:20, 6823:18, 6832:1, 6865:13, 6869:3, 6869:4, 6869:16, 6870:10,

6874:19, 6874:21, 6874:22, 6875:2, 6882:9, 6882:10, 6894:8, 6895:6, 6896:10, 6916:22, 6917:19, 6928:9

**that** [992] - 6768:10, 6768:25, 6769:2, 6769:9, 6769:12, 6769:14, 6769:15, 6769:16, 6769:19, 6769:20, 6769:21, 6769:25, 6770:10, 6770:11, 6770:14, 6770:21, 6770:22, 6770:25, 6771:3, 6771:6, 6771:9, 6771:11, 6771:18, 6772:1, 6772:4, 6772:18, 6772:19, 6772:21, 6772:24, 6773:3, 6773:6, 6773:10, 6773:15, 6773:16, 6773:17, 6773:19, 6774:3, 6774:8, 6774:10, 6774:12, 6774:15, 6774:17, 6775:1, 6775:11, 6775:17, 6775:19, 6775:20, 6775:23, 6776:3, 6776:5, 6776:6, 6776:8, 6776:9, 6776:12, 6776:13, 6776:19, 6776:23, 6777:2, 6777:4, 6777:21, 6777:25, 6778:5, 6778:14, 6779:17, 6779:19, 6780:1, 6780:10, 6781:2, 6781:11, 6781:17, 6781:19, 6781:20, 6781:24, 6782:2, 6782:7, 6782:11, 6782:13, 6782:18, 6782:20, 6782:24, 6783:1, 6783:3, 6783:4, 6783:7, 6783:8, 6783:12, 6783:14, 6783:16, 6783:17, 6783:20, 6783:21, 6784:10, 6784:17, 6784:18, 6784:21, 6785:4, 6785:17, 6785:20, 6785:23, 6785:24, 6786:1, 6786:17, 6786:25, 6787:5, 6787:6, 6787:10, 6787:16, 6787:22, 6788:5,

6788:7, 6788:14,
6788:21, 6788:22,
6788:23, 6788:24,
6789:3, 6789:12,
6789:14, 6789:16,
6789:19, 6789:20,
6790:4, 6790:8,
6790:14, 6791:3,
6791:18, 6792:7,
6792:20, 6793:4,
6793:10, 6793:14,
6793:18, 6793:23,
6794:4, 6794:5,
6794:9, 6794:11,
6794:18, 6794:25,
6795:6, 6796:4,
6796:5, 6796:7,
6796:25, 6797:2,
6797:8, 6797:14,
6797:19, 6797:24,
6797:25, 6798:14,
6798:16, 6798:21,
6799:3, 6799:13,
6799:16, 6799:17,
6799:18, 6799:21,
6799:22, 6800:2,
6800:4, 6800:7,
6800:10, 6800:15,
6800:18, 6801:1,
6801:2, 6801:8,
6801:9, 6801:12,
6801:13, 6801:16,
6802:4, 6802:7,
6802:17, 6802:20,
6802:22, 6802:23,
6803:1, 6803:17,
6803:20, 6803:21,
6803:23, 6804:3,
6804:5, 6804:6,
6804:8, 6804:10,
6804:13, 6804:18,
6804:21, 6804:23,
6805:1, 6805:10,
6805:11, 6805:14,
6805:19, 6805:20,
6806:4, 6806:9,
6806:11, 6806:15,
6806:16, 6806:20,
6806:21, 6806:24,
6807:4, 6807:7,
6807:10, 6807:16,
6807:20, 6807:22,
6807:24, 6808:1,
6808:3, 6808:10,
6808:12, 6808:13,
6809:4, 6809:5,
6809:15, 6809:16,
6809:17, 6809:25,
6810:1, 6810:2,
6810:18, 6810:21,
6811:3, 6811:11,

6811:15, 6811:20,
6811:24, 6812:2,
6812:4, 6812:9,
6812:17, 6812:20,
6813:8, 6813:13,
6813:15, 6813:17,
6813:25, 6814:2,
6814:3, 6814:6,
6814:13, 6814:14,
6814:21, 6814:23,
6814:24, 6815:1,
6815:3, 6815:10,
6815:16, 6815:19,
6815:20, 6815:22,
6816:3, 6816:5,
6816:6, 6816:7,
6816:16, 6816:18,
6816:19, 6817:1,
6817:10, 6817:14,
6817:18, 6817:23,
6818:4, 6818:5,
6818:6, 6818:10,
6818:15, 6818:16,
6818:18, 6819:4,
6819:8, 6819:10,
6820:1, 6820:2,
6820:7, 6820:8,
6820:10, 6820:11,
6820:12, 6820:15,
6820:17, 6820:19,
6820:22, 6821:2,
6821:6, 6821:11,
6821:13, 6821:21,
6821:22, 6821:25,
6822:1, 6822:3,
6822:4, 6822:7,
6822:8, 6822:19,
6822:21, 6822:25,
6823:2, 6823:7,
6823:8, 6823:9,
6823:11, 6823:13,
6823:22, 6824:5,
6824:6, 6824:7,
6824:11, 6824:12,
6824:19, 6824:24,
6825:3, 6825:5,
6825:12, 6825:14,
6825:18, 6825:20,
6825:23, 6825:24,
6826:4, 6826:13,
6826:21, 6827:4,
6827:11, 6827:14,
6827:17, 6827:18,
6827:20, 6827:23,
6828:2, 6828:3,
6828:6, 6828:8,
6828:12, 6828:13,
6828:15, 6828:20,
6828:22, 6829:1,
6829:2, 6829:3,
6829:6, 6829:8,

6829:11, 6829:12,
6829:14, 6829:15,
6829:17, 6829:18,
6829:20, 6829:21,
6829:25, 6830:3,
6830:5, 6830:7,
6830:8, 6830:15,
6830:20, 6830:21,
6830:22, 6830:24,
6831:10, 6831:12,
6831:13, 6831:20,
6831:23, 6832:11,
6832:18, 6832:19,
6832:21, 6832:23,
6833:1, 6833:2,
6833:7, 6833:17,
6833:22, 6833:25,
6834:1, 6834:2,
6834:4, 6834:5,
6834:6, 6834:7,
6834:10, 6834:11,
6834:13, 6834:25,
6835:3, 6835:4,
6835:7, 6835:11,
6835:19, 6835:22,
6835:23, 6836:2,
6836:3, 6836:5,
6836:6, 6836:8,
6836:12, 6836:14,
6836:15, 6836:16,
6836:17, 6836:21,
6836:23, 6836:25,
6837:4, 6837:10,
6837:12, 6837:14,
6837:16, 6837:18,
6837:22, 6838:2,
6838:9, 6838:10,
6838:12, 6838:14,
6838:20, 6839:1,
6839:9, 6839:12,
6839:13, 6840:1,
6840:2, 6840:5,
6840:7, 6840:10,
6840:11, 6840:12,
6840:13, 6840:14,
6840:15, 6840:16,
6840:23, 6840:24,
6841:4, 6841:9,
6841:10, 6841:14,
6841:19, 6841:21,
6842:3, 6842:5,
6842:6, 6842:8,
6842:11, 6842:12,
6842:16, 6842:25,
6843:3, 6843:5,
6843:11, 6843:15,
6843:20, 6843:21,
6843:25, 6844:1,
6844:3, 6844:4,
6844:8, 6844:9,
6844:16, 6844:17,

6844:18, 6844:20,
6844:22, 6845:1,
6845:3, 6845:4,
6845:6, 6845:11,
6845:15, 6845:18,
6845:22, 6845:25,
6846:3, 6846:4,
6846:9, 6846:10,
6846:17, 6846:21,
6846:22, 6846:25,
6847:1, 6847:9,
6847:10, 6847:11,
6847:13, 6847:15,
6847:19, 6847:23,
6848:1, 6848:2,
6848:4, 6848:5,
6848:6, 6848:8,
6848:9, 6848:10,
6848:12, 6848:15,
6848:16, 6848:18,
6848:20, 6848:23,
6848:24, 6849:3,
6849:7, 6849:10,
6849:12, 6849:15,
6849:21, 6850:6,
6850:7, 6850:10,
6850:11, 6850:13,
6850:14, 6850:21,
6850:23, 6850:24,
6851:12, 6851:18,
6851:20, 6851:22,
6851:24, 6852:2,
6852:8, 6852:11,
6852:13, 6852:19,
6852:20, 6852:22,
6852:23, 6852:24,
6853:1, 6853:3,
6853:4, 6853:15,
6854:8, 6854:9,
6854:25, 6855:1,
6855:3, 6855:4,
6855:5, 6855:6,
6855:10, 6855:11,
6855:12, 6855:14,
6855:18, 6855:19,
6855:20, 6855:22,
6855:23, 6855:25,
6856:3, 6856:5,
6856:8, 6856:10,
6856:11, 6856:13,
6856:14, 6856:17,
6856:21, 6857:1,
6857:9, 6857:12,
6857:20, 6857:21,
6858:3, 6858:8,
6858:10, 6858:12,
6858:14, 6858:18,
6858:25, 6859:9,
6859:25, 6860:2,
6860:6, 6860:10,
6860:16, 6860:24,

6861:12, 6861:13,
6861:15, 6862:4,
6862:7, 6862:16,
6862:20, 6863:1,
6863:4, 6863:12,
6863:18, 6863:20,
6864:2, 6864:3,
6864:8, 6864:10,
6864:16, 6864:19,
6864:23, 6865:2,
6865:8, 6865:9,
6865:10, 6865:16,
6865:17, 6865:23,
6865:25, 6866:3,
6866:4, 6866:9,
6866:11, 6866:16,
6866:19, 6866:20,
6866:24, 6867:4,
6867:6, 6867:18,
6868:3, 6868:7,
6868:9, 6868:10,
6868:12, 6868:13,
6868:14, 6868:18,
6869:1, 6869:2,
6869:9, 6870:13,
6870:19, 6870:20,
6871:4, 6871:12,
6871:21, 6872:5,
6872:9, 6872:10,
6872:11, 6872:16,
6873:1, 6873:4,
6873:5, 6874:4,
6874:13, 6875:4,
6875:5, 6875:10,
6876:20, 6876:22,
6877:6, 6877:11,
6878:3, 6878:7,
6878:15, 6878:18,
6878:24, 6879:2,
6879:15, 6879:17,
6879:21, 6879:22,
6880:4, 6880:7,
6880:14, 6880:22,
6881:10, 6881:11,
6881:12, 6881:16,
6881:23, 6882:7,
6882:17, 6882:20,
6882:24, 6882:25,
6883:3, 6883:6,
6883:8, 6883:9,
6883:15, 6884:11,
6884:15, 6884:17,
6885:4, 6885:6,
6885:11, 6885:15,
6885:22, 6886:1,
6886:2, 6886:5,
6886:8, 6886:14,
6886:16, 6886:20,
6886:21, 6887:7,
6887:9, 6887:10,
6887:17, 6887:24,

6888:14, 6888:19,
6889:8, 6889:14,
6889:15, 6889:19,
6890:5, 6890:15,
6891:6, 6891:17,
6891:18, 6891:23,
6892:4, 6892:5,
6892:6, 6892:7,
6892:10, 6892:13,
6892:23, 6893:6,
6893:10, 6893:11,
6893:18, 6893:21,
6893:22, 6894:6,
6894:10, 6894:12,
6896:17, 6896:20,
6896:23, 6896:25,
6897:7, 6897:8,
6897:11, 6897:12,
6898:2, 6898:3,
6898:11, 6898:12,
6898:25, 6900:15,
6900:19, 6900:20,
6900:21, 6900:22,
6900:23, 6901:8,
6901:16, 6901:18,
6901:19, 6901:23,
6901:25, 6902:2,
6902:3, 6902:4,
6902:7, 6902:13,
6902:15, 6902:18,
6902:21, 6902:22,
6902:23, 6903:5,
6904:4, 6904:14,
6904:20, 6905:4,
6905:5, 6905:6,
6905:15, 6906:21,
6906:24, 6907:2,
6907:3, 6907:9,
6907:11, 6907:13,
6907:14, 6907:24,
6908:5, 6908:6,
6908:7, 6908:8,
6908:9, 6908:16,
6908:20, 6908:23,
6909:11, 6909:12,
6910:12, 6910:14,
6910:18, 6910:21,
6910:22, 6910:25,
6912:3, 6912:20,
6913:9, 6914:13,
6914:14, 6914:18,
6914:21, 6915:10,
6915:14, 6915:17,
6916:8, 6916:11,
6916:12, 6917:1,
6917:10, 6917:13,
6918:8, 6918:15,
6919:12, 6919:13,
6919:22, 6919:24,
6920:1, 6920:3,
6920:9, 6920:20,

6920:23, 6921:1,
6921:3, 6921:7,
6921:11, 6921:16,
6922:11, 6922:18,
6922:20, 6922:21,
6923:3, 6923:7,
6923:14, 6923:16,
6924:6, 6924:14,
6924:24, 6925:6,
6925:11, 6925:16,
6925:19, 6925:20,
6925:22, 6925:23,
6926:3, 6926:9,
6926:10, 6926:11,
6926:12, 6926:16,
6926:19, 6926:20,
6926:22, 6926:25,
6927:9, 6927:11,
6927:19, 6928:4,
6928:8, 6928:12,
6928:22, 6928:23,
6929:1, 6929:5,
6929:10, 6929:11,
6929:12, 6929:25,
6930:22, 6931:1,
6931:3, 6931:12,
6931:15, 6931:22,
6932:5, 6932:10,
6932:11, 6932:13,
6933:7

   **that's** [110] - 6770:5,
6771:22, 6773:2,
6773:6, 6774:23,
6777:7, 6777:23,
6778:11, 6780:25,
6781:22, 6783:11,
6787:5, 6788:14,
6789:5, 6790:10,
6790:20, 6795:1,
6796:6, 6797:10,
6797:22, 6798:2,
6798:9, 6800:13,
6802:9, 6803:24,
6805:2, 6811:5,
6813:1, 6813:15,
6815:8, 6816:11,
6820:21, 6823:18,
6825:20, 6826:2,
6826:15, 6829:23,
6834:8, 6834:17,
6837:9, 6837:25,
6838:16, 6839:6,
6839:21, 6841:22,
6843:16, 6843:24,
6845:17, 6846:6,
6846:19, 6847:14,
6851:12, 6852:17,
6854:11, 6855:7,
6860:6, 6860:7,
6861:3, 6861:17,
6862:6, 6862:13,

6863:8, 6865:20,
6866:8, 6867:10,
6868:10, 6868:16,
6868:23, 6872:24,
6876:17, 6877:4,
6878:13, 6880:2,
6881:1, 6883:1,
6883:4, 6884:5,
6885:24, 6886:13,
6886:17, 6889:8,
6891:10, 6892:19,
6897:23, 6898:7,
6899:4, 6901:11,
6904:23, 6905:25,
6907:1, 6907:10,
6907:12, 6908:6,
6909:7, 6911:5,
6914:1, 6914:6,
6914:14, 6918:7,
6921:20, 6921:22,
6922:3, 6923:25,
6924:15, 6926:13,
6926:16, 6928:14,
6929:5, 6929:9,
6932:16

   **THE** [110] - 6761:5,
6761:5, 6761:12,
6761:22, 6762:3,
6763:10, 6764:6,
6764:11, 6764:12,
6768:11, 6768:14,
6768:17, 6769:5,
6769:24, 6770:3,
6770:6, 6770:14,
6770:20, 6770:22,
6770:24, 6771:20,
6772:4, 6772:7,
6772:11, 6778:6,
6778:13, 6778:15,
6778:24, 6779:1,
6779:3, 6779:6,
6780:12, 6780:15,
6780:18, 6784:20,
6786:10, 6786:12,
6786:14, 6786:17,
6788:19, 6790:22,
6796:19, 6799:1,
6801:17, 6803:11,
6803:13, 6819:15,
6819:19, 6847:3,
6847:5, 6861:6,
6861:10, 6869:4,
6869:5, 6869:7,
6869:11, 6869:14,
6869:17, 6869:20,
6869:22, 6870:11,
6874:21, 6874:22,
6874:23, 6875:1,
6875:6, 6875:8,
6875:10, 6875:12,
6875:14, 6875:16,

6875:19, 6875:20,
6875:23, 6875:25,
6876:4, 6876:22,
6877:1, 6877:4,
6881:22, 6882:4,
6882:12, 6887:9,
6887:10, 6887:12,
6892:7, 6894:7,
6895:8, 6896:7,
6898:8, 6900:18,
6900:25, 6902:10,
6908:12, 6908:15,
6915:15, 6916:17,
6916:19, 6916:21,
6916:23, 6917:3,
6917:7, 6917:9,
6917:12, 6928:7,
6928:9, 6932:20,
6932:22, 6932:23,
6932:24

   **their** [30] - 6778:9,
6778:20, 6804:9,
6804:24, 6813:6,
6817:6, 6817:18,
6817:21, 6847:1,
6849:25, 6884:5,
6886:13, 6895:22,
6896:12, 6897:8,
6901:16, 6901:20,
6901:24, 6903:10,
6903:16, 6903:21,
6905:13, 6905:15,
6908:22, 6910:21,
6914:4, 6915:17,
6918:15, 6926:2,
6930:20

   **themselves** [1] -
6899:12

   **theories** [3] -
6921:25, 6922:11,
6922:14

   **theory** [1] - 6921:16
   **there's** [24] - 6768:8,
6769:10, 6782:24,
6784:17, 6790:7,
6790:15, 6790:21,
6791:4, 6802:22,
6802:24, 6814:11,
6825:23, 6839:2,
6859:12, 6865:22,
6867:14, 6867:15,
6867:22, 6888:6,
6892:17, 6892:22,
6916:13, 6921:11,
6931:11

   **therefore** [2] -
6784:8, 6898:19
   **these** [32] - 6776:9,
6778:10, 6784:15,
6784:19, 6799:6,

6799:10, 6802:1,
6812:24, 6824:9,
6824:12, 6824:15,
6831:12, 6851:10,
6851:24, 6852:2,
6863:12, 6866:19,
6878:4, 6879:12,
6883:17, 6883:19,
6888:16, 6889:20,
6902:3, 6907:22,
6914:2, 6915:20,
6919:9, 6928:1,
6928:2, 6928:5,
6932:3

   **thesis** [2] - 6877:14,
6877:15
   **they're** [17] - 6794:8,
6794:9, 6794:11,
6794:12, 6815:7,
6846:19, 6878:5,
6890:7, 6890:8,
6890:22, 6892:16,
6893:1, 6899:3,
6900:5, 6900:23,
6911:1, 6916:11
   **they've** [2] - 6842:21,
6891:10
   **thicken** [1] - 6779:17
   **thickening** [1] -
6781:8
   **thing** [4] - 6773:11,
6773:16, 6852:23,
6885:11
   **things** [28] -
6771:12, 6773:15,
6783:7, 6784:15,
6802:22, 6809:17,
6815:10, 6816:3,
6816:4, 6819:4,
6824:11, 6830:3,
6831:2, 6862:7,
6864:5, 6864:12,
6865:9, 6872:10,
6872:14, 6872:15,
6880:7, 6883:19,
6888:16, 6889:7,
6889:16, 6913:4,
6917:22, 6920:20
   **think** [44] - 6769:19,
6771:6, 6772:11,
6778:4, 6783:10,
6783:13, 6788:24,
6789:5, 6790:23,
6796:23, 6805:6,
6808:14, 6821:3,
6821:10, 6825:23,
6827:9, 6830:10,
6839:6, 6844:3,
6847:15, 6854:4,
6860:24, 6863:10,

6864:25, 6866:24, 6870:1, 6873:7, 6884:9, 6885:13, 6886:6, 6898:15, 6902:7, 6905:24, 6906:16, 6911:8, 6914:2, 6915:21, 6918:14, 6918:20, 6922:21, 6923:7, 6926:19, 6932:5

**thinking** [2] - 6814:23, 6869:12

**thinks** [1] - 6881:25

**third** [2] - 6816:23, 6893:16

**THIRD** [1] - 6764:14

**third-party** [1] - 6816:23

**This** [3] - 6789:16, 6812:1, 6841:6

**this** [432] - 6768:21, 6769:10, 6770:3, 6770:7, 6771:7, 6771:17, 6772:5, 6773:25, 6775:5, 6775:9, 6775:16, 6775:19, 6776:3, 6777:10, 6777:11, 6777:12, 6777:14, 6777:15, 6779:12, 6779:14, 6779:25, 6780:5, 6780:7, 6780:8, 6780:10, 6780:15, 6780:22, 6781:13, 6781:16, 6781:19, 6781:23, 6782:5, 6782:7, 6782:21, 6784:14, 6784:15, 6784:19, 6784:20, 6784:21, 6785:13, 6787:3, 6787:7, 6787:8, 6787:21, 6787:25, 6788:5, 6788:17, 6788:24, 6789:3, 6789:6, 6789:10, 6789:16, 6790:1, 6790:24, 6791:18, 6793:3, 6793:10, 6793:19, 6793:23, 6794:1, 6794:18, 6794:20, 6794:24, 6795:17, 6795:18, 6796:20, 6797:2, 6797:4, 6797:13, 6797:23, 6798:5, 6798:6, 6798:7, 6798:8, 6798:16, 6798:21, 6798:24, 6799:25, 6800:9,

6800:12, 6801:15, 6802:12, 6802:17, 6802:21, 6805:6, 6806:10, 6807:15, 6807:18, 6807:20, 6810:4, 6810:9, 6810:11, 6810:16, 6811:15, 6811:18, 6813:3, 6814:17, 6816:5, 6816:9, 6816:10, 6816:21, 6817:11, 6819:8, 6819:9, 6820:1, 6820:17, 6821:2, 6821:6, 6821:15, 6821:17, 6822:4, 6822:17, 6822:20, 6823:1, 6824:5, 6824:17, 6825:10, 6825:22, 6825:24, 6826:4, 6826:10, 6826:16, 6828:17, 6829:20, 6830:20, 6830:24, 6831:4, 6831:6, 6831:16, 6831:18, 6831:22, 6831:24, 6832:2, 6832:5, 6832:8, 6832:10, 6833:1, 6833:14, 6834:18, 6834:20, 6834:23, 6835:1, 6835:3, 6835:10, 6835:11, 6835:12, 6835:18, 6836:6, 6836:8, 6836:24, 6837:3, 6837:6, 6837:7, 6837:10, 6837:16, 6837:18, 6837:20, 6837:21, 6838:3, 6838:4, 6838:7, 6838:8, 6838:12, 6838:20, 6839:4, 6839:15, 6839:19, 6839:22, 6840:3, 6840:7, 6840:10, 6840:12, 6840:13, 6840:23, 6842:12, 6843:2, 6843:17, 6843:18, 6843:21, 6844:8, 6844:12, 6844:14, 6844:18, 6845:3, 6845:6, 6845:8, 6845:10, 6845:12, 6845:20, 6845:22, 6845:25, 6846:15, 6846:18, 6846:24, 6848:3, 6848:12, 6848:16, 6848:19, 6848:23, 6849:9, 6850:7,

6850:13, 6850:19, 6851:10, 6853:6, 6853:23, 6854:15, 6857:10, 6857:12, 6857:15, 6857:18, 6857:22, 6857:23, 6858:6, 6858:17, 6858:21, 6858:24, 6859:8, 6859:19, 6860:2, 6860:15, 6860:21, 6861:3, 6861:4, 6861:15, 6862:1, 6862:16, 6862:18, 6863:1, 6864:15, 6864:18, 6864:25, 6865:1, 6865:4, 6865:6, 6865:10, 6865:16, 6865:23, 6866:9, 6866:12, 6866:14, 6866:18, 6867:1, 6868:2, 6868:9, 6868:12, 6868:18, 6868:20, 6869:7, 6870:20, 6870:22, 6871:3, 6871:24, 6871:25, 6872:7, 6876:13, 6876:19, 6876:20, 6878:14, 6879:12, 6880:13, 6880:22, 6881:5, 6881:11, 6881:15, 6882:5, 6882:16, 6882:19, 6883:2, 6883:3, 6883:5, 6883:15, 6884:1, 6884:5, 6884:10, 6884:13, 6885:7, 6885:10, 6885:21, 6886:14, 6886:23, 6887:1, 6887:11, 6887:21, 6887:22, 6888:4, 6888:9, 6888:19, 6888:20, 6889:17, 6889:22, 6890:7, 6890:10, 6890:19, 6891:6, 6891:9, 6891:10, 6891:12, 6891:15, 6891:25, 6892:1, 6892:3, 6892:10, 6892:11, 6892:13, 6892:16, 6893:8, 6893:11, 6893:14, 6893:16, 6894:5, 6894:21, 6894:22, 6894:23, 6896:3, 6896:19, 6897:6, 6897:10, 6897:20, 6898:16, 6898:23, 6899:3, 6899:4,

6899:15, 6899:16, 6899:19, 6899:23, 6900:5, 6900:8, 6900:13, 6900:15, 6900:19, 6901:2, 6901:5, 6901:15, 6902:8, 6902:14, 6903:2, 6903:12, 6903:18, 6903:21, 6903:24, 6904:1, 6904:6, 6904:11, 6904:16, 6905:5, 6905:10, 6905:14, 6906:1, 6906:2, 6906:4, 6906:17, 6906:19, 6906:24, 6907:8, 6907:10, 6907:25, 6908:6, 6909:3, 6909:16, 6909:18, 6909:23, 6909:24, 6910:3, 6910:4, 6910:22, 6911:5, 6911:9, 6911:19, 6912:9, 6912:16, 6913:25, 6915:11, 6916:25, 6917:1, 6919:20, 6919:23, 6922:2, 6922:3, 6922:4, 6922:12, 6922:13, 6924:10, 6924:20, 6925:4, 6925:9, 6925:13, 6925:14, 6925:15, 6926:1, 6926:21, 6927:15, 6927:16, 6927:20, 6928:6, 6928:12, 6928:14, 6928:15, 6928:22, 6929:8, 6929:14, 6929:16, 6929:17, 6929:20, 6930:3, 6930:24, 6931:6, 6931:13, 6932:2, 6932:5, 6932:18

**THIS** [1] - 6761:11

**THOMAS** [1] - 6762:22

**THORNHILL** [2] - 6762:21, 6762:22

**those** [45] - 6768:12, 6770:18, 6776:13, 6776:23, 6781:6, 6810:8, 6814:19, 6815:11, 6818:2, 6818:4, 6820:10, 6820:24, 6827:5, 6827:24, 6828:9, 6844:15, 6851:21, 6864:9, 6864:11, 6872:13, 6873:16,

6874:14, 6874:16, 6878:6, 6879:16, 6880:1, 6881:20, 6883:12, 6889:16, 6893:10, 6894:2, 6896:24, 6896:25, 6903:17, 6913:4, 6915:24, 6919:5, 6921:18, 6922:13, 6924:3, 6924:8, 6924:16, 6926:8, 6931:18

**though** [7] - 6780:18, 6782:7, 6783:20, 6785:11, 6805:22, 6809:22, 6840:23

**thought** [7] - 6768:17, 6786:5, 6817:21, 6848:5, 6849:18, 6856:25, 6894:11

**thousands** [2] - 6795:22, 6909:8

**Three** [1] - 6862:17

**three** [33] - 6810:10, 6817:23, 6818:25, 6820:8, 6824:6, 6833:3, 6833:4, 6833:5, 6833:11, 6842:17, 6842:18, 6842:20, 6842:21, 6843:5, 6843:10, 6843:22, 6844:2, 6844:6, 6858:1, 6868:16, 6869:24, 6870:3, 6870:8, 6874:6, 6879:15, 6888:7, 6889:16, 6893:17, 6896:16, 6899:9, 6913:4, 6925:16

**through** [32] - 6769:12, 6795:22, 6798:24, 6804:17, 6805:23, 6810:10, 6812:24, 6813:4, 6813:13, 6815:12, 6832:10, 6840:15, 6842:22, 6843:9, 6848:14, 6850:18, 6883:18, 6883:21, 6885:19, 6886:25, 6887:7, 6889:15, 6895:1, 6897:19, 6910:24, 6911:3, 6914:11, 6915:1, 6924:14, 6924:16, 6929:17, 6929:23

**throughout** [1] - 6863:4

**Thursday** [2] - 6771:9, 6772:3
**tied** [1] - 6773:6
**till** [2] - 6879:6, 6921:17
**Tim** [2] - 6785:18, 6785:20
**time** [76] - 6769:10, 6774:6, 6774:7, 6779:17, 6779:23, 6780:1, 6780:3, 6780:23, 6781:8, 6782:14, 6795:17, 6796:3, 6797:10, 6798:6, 6799:11, 6800:12, 6801:9, 6803:23, 6807:2, 6810:1, 6810:4, 6810:16, 6810:18, 6816:10, 6818:5, 6818:22, 6822:13, 6822:24, 6823:15, 6825:10, 6832:20, 6833:4, 6833:7, 6842:6, 6843:2, 6843:12, 6848:16, 6848:17, 6849:10, 6849:12, 6849:18, 6853:16, 6854:21, 6865:1, 6866:22, 6867:1, 6869:3, 6870:8, 6874:11, 6881:5, 6887:14, 6888:20, 6897:2, 6920:15, 6921:14, 6921:15, 6921:17, 6923:12, 6923:14, 6923:16, 6923:20, 6923:22, 6924:3, 6924:6, 6924:11, 6925:9, 6929:23, 6930:9, 6930:12, 6930:17, 6930:24, 6930:25, 6931:24
**timely** [1] - 6894:22
**times** [4] - 6843:25, 6879:5, 6899:9, 6918:11
**timing** [1] - 6929:24
**TO** [2] - 6761:11, 6908:19
**today** [13] - 6772:17, 6774:14, 6776:12, 6805:6, 6805:12, 6824:7, 6832:19, 6854:22, 6858:11, 6865:22, 6869:2, 6869:3, 6931:21
**together** [1] - 6908:5

**told** [13] - 6783:17, 6786:21, 6789:12, 6789:16, 6789:19, 6794:4, 6828:12, 6848:8, 6848:17, 6849:6, 6864:8, 6885:13, 6886:1
**TOLLES** [1] - 6765:16
**tomatoes** [2] - 6926:4, 6926:5
**Tommy** [3] - 6858:18, 6858:20, 6858:22
**tomorrow** [3] - 6869:23, 6870:4, 6870:7
**tonight** [8] - 6768:24, 6769:13, 6770:9, 6770:17, 6771:1, 6771:14, 6771:15, 6771:18
**too** [7] - 6772:5, 6784:21, 6796:15, 6801:16, 6853:17, 6853:23, 6890:16
**took** [8] - 6785:9, 6785:22, 6789:15, 6806:1, 6858:25, 6864:10, 6880:24, 6910:18
**tool** [9] - 6816:14, 6864:6, 6881:1, 6914:17, 6927:20, 6929:1, 6929:2, 6930:2, 6931:7
**tools** [2] - 6776:12, 6776:13
**top** [21] - 6799:9, 6814:11, 6824:24, 6829:17, 6834:1, 6834:24, 6837:11, 6838:23, 6839:2, 6865:19, 6883:21, 6883:22, 6898:19, 6906:2, 6911:9, 6912:18, 6915:3, 6915:6, 6925:17, 6926:12, 6928:19
**topic** [1] - 6774:5
**TORTS** [2] - 6763:11, 6763:20
**total** [3] - 6798:14, 6829:7, 6873:9
**touch** [1] - 6917:13
**toward** [1] - 6804:1
**TOWER** [2] - 6765:21, 6766:12
**track** [4] - 6790:17, 6790:19, 6875:10,

6908:17
**tragedy** [1] - 6910:1, 6911:6
**trained** [4] - 6808:2, 6808:5, 6808:11, 6809:6
**training** [1] - 6807:6
**Trans** [1] - 6918:6
**Trans-Alaska** [1] - 6918:6
**TRANSCRIPT** [2] - 6761:21, 6766:25
**transcript** [1] - 6933:7
**transfer** [2] - 6820:11, 6820:13
**transferred** [1] - 6878:25
**translated** [1] - 6834:13
**transmit** [1] - 6864:1
**transmittal** [1] - 6845:3
**Transocean** [40] - 6771:2, 6779:3, 6779:5, 6875:3, 6885:7, 6885:21, 6895:20, 6896:4, 6896:19, 6896:23, 6897:11, 6897:17, 6898:2, 6898:6, 6898:11, 6898:24, 6899:2, 6901:25, 6902:9, 6902:11, 6902:13, 6902:18, 6904:11, 6904:12, 6906:5, 6906:14, 6907:5, 6907:9, 6907:24, 6908:7, 6909:11, 6909:18, 6910:12, 6910:21, 6913:8, 6913:20, 6914:17, 6916:23, 6917:17
**TRANSOCEAN** [3] - 6765:8, 6765:8, 6765:10
**Transocean's** [5] - 6780:6, 6780:13, 6906:6, 6906:19, 6914:3
**transported** [1] - 6912:4
**traveling** [4] - 6921:16, 6921:25, 6922:12, 6922:15
**Trent** [1] - 6868:3
**TREX** [14] - 6775:3, 6775:14, 6777:8, 6779:10, 6781:14,

6781:23, 6819:8, 6844:18, 6881:6, 6905:25, 6907:8, 6909:15, 6911:8, 6924:19
**TREX-2033.73.1** [1] - 6866:14
**TREX-2133.238.1** [1] - 6807:13
**TREX-2133.283.1** [1] - 6802:10
**TREX-2133.92.1** [1] - 6797:17
**TREX-28** [1] - 6787:1
**TREX-4340.1.2** [1] - 6864:13
**TREX-4347** [1] - 6825:21
**TREX-5** [1] - 6796:24
**TREX-5155** [1] - 6897:10
**TREX-5155.08** [1] - 6895:25
**TREX-7046.3** [1] - 6902:25
**TREX-717.1.1** [1] - 6794:16
**TREX-717.3.1** [1] - 6794:22
**TREX-7481.1.1** [1] - 6798:3
**TREX-7481.1.60.1** [1] - 6798:19
**TREX-7492.5.1** [1] - 6828:16
**TREX-7494.1.1** [1] - 6821:2
**TREX-7872.11** [1] - 6851:8
**TREX-8** [1] - 6792:17
**TREX-808.2.1** [1] - 6791:16
**TREX-809.2.1** [1] - 6792:11
**TREX-982.1.1** [1] - 6858:17
**TREX-984.6.2** [1] - 6793:8
**TRIAL** [1] - 6761:21
**trial** [4] - 6768:21, 6840:13, 6870:2, 6882:5
**tried** [4] - 6857:18, 6873:1, 6902:18
**TRITON** [1] - 6761:13
**trouble** [1] - 6918:8
**true** [16] - 6780:12, 6788:22, 6807:24, 6829:24, 6838:3, 6849:19, 6856:21,

6858:8, 6865:9, 6878:7, 6882:17, 6883:4, 6884:24, 6886:15, 6902:23, 6933:7
**trust** [2] - 6817:14, 6817:18
**trusted** [9] - 6816:15, 6816:19, 6817:3, 6817:8, 6817:11, 6817:13, 6817:17, 6896:6, 6896:14
**try** [10] - 6779:9, 6780:18, 6783:4, 6785:9, 6804:17, 6832:2, 6857:24, 6866:8, 6870:8, 6873:2
**trying** [14] - 6768:20, 6786:3, 6793:4, 6796:3, 6796:6, 6798:24, 6812:12, 6857:5, 6865:11, 6880:15, 6911:23, 6916:1, 6923:20, 6930:12
**tube** [1] - 6880:4
**tubes** [2] - 6879:25
**tubulars** [1] - 6816:1
**TUESDAY** [1] - 6768:2
**Tuesday** [2] - 6761:9, 6864:22
**Tulane** [1] - 6869:25
**turn** [14] - 6798:19, 6803:23, 6824:1, 6829:10, 6832:1, 6858:17, 6859:18, 6860:13, 6860:19, 6861:19, 6862:14, 6862:22, 6906:16, 6928:8
**turned** [2] - 6822:20, 6884:17
**twelve** [1] - 6851:20
**two** [54] - 6770:17, 6771:22, 6780:25, 6781:3, 6781:6, 6781:7, 6782:8, 6782:10, 6791:2, 6791:4, 6799:6, 6810:8, 6820:7, 6821:15, 6829:20, 6830:3, 6841:15, 6842:21, 6842:22, 6846:13, 6846:25, 6847:1, 6847:8, 6847:13, 6847:15, 6847:18, 6847:21, 6847:23, 6853:5,

6864:5, 6868:17,
6870:4, 6870:25,
6871:20, 6877:20,
6878:5, 6880:9,
6883:22, 6883:23,
6883:25, 6888:6,
6888:11, 6889:7,
6890:19, 6893:9,
6893:23, 6905:22,
6908:23, 6910:25,
6911:1, 6913:24,
6928:25, 6931:16,
6931:18

**two-phase** [1] -
6878:5

**TX** [7] - 6763:5,
6765:15, 6765:24,
6766:8, 6766:13,
6766:16, 6766:20

**type** [6] - 6833:9,
6833:11, 6878:16,
6896:5, 6896:13,
6916:14

**types** [1] - 6791:4

**typically** [2] -
6790:11, 6806:11

## U

**U.S** [9] - 6763:10,
6763:14, 6763:19,
6764:1, 6802:12,
6807:15, 6824:17,
6825:17, 6891:21

**UC** [2] - 6876:11

**UCA** [20] - 6774:17,
6774:18, 6774:21,
6775:16, 6776:2,
6776:6, 6776:9,
6778:2, 6778:10,
6781:8, 6791:8,
6791:9, 6791:12,
6795:14, 6797:2,
6799:16, 6800:9,
6802:1, 6865:23,
6868:9

**UD** [2] - 6906:20,
6907:20

**UDD** [1] - 6907:13

**uh** [1] - 6854:24

**uh-huh** [1] - 6854:24

**UK** [1] - 6871:23

**ultimately** [1] -
6789:21

**ultradeep** [2] -
6905:25, 6907:22

**unanticipated** [1] -
6869:14

**unchannelled** [1] -

6862:12

**under** [9] - 6781:19,
6801:6, 6807:3,
6815:15, 6816:5,
6835:15, 6836:11,
6909:21, 6915:25

**underground** [2] -
6918:5, 6918:6

**UNDERHILL** [3] -
6763:11, 6768:6,
6768:13

**underlined** [1] -
6835:5

**underneath** [1] -
6926:10

**understand** [12] -
6771:13, 6786:3,
6794:11, 6840:10,
6840:11, 6843:20,
6848:19, 6866:19,
6884:23, 6923:8,
6925:8, 6928:2

**understanding** [4] -
6769:24, 6845:14,
6847:1, 6933:8

**understood** [4] -
6831:18, 6921:22,
6929:24, 6932:15

**unfoamed** [5] -
6774:22, 6775:20,
6866:12, 6866:13,
6867:7

**unforeseen** [1] -
6903:9

**unfortunately** [1] -
6889:16

**United** [5] - 6768:7,
6768:16, 6772:13,
6916:17, 6933:5

**UNITED** [4] - 6761:1,
6761:15, 6761:23,
6763:10

**unless** [1] - 6845:14

**unlikely** [1] -
6888:17

**unsafe** [1] - 6806:21

**unstability** [1] -
6837:3

**unstable** [7] -
6847:17, 6848:10,
6848:19, 6848:20,
6848:23, 6849:6,
6849:18

**until** [18] - 6785:23,
6790:7, 6790:11,
6790:14, 6822:15,
6823:1, 6835:11,
6836:24, 6837:6,
6841:21, 6842:5,
6850:15, 6867:19,

6868:5, 6873:8,
6885:17, 6920:14,
6932:21

**up** [114] - 6768:23,
6771:2, 6772:2,
6773:5, 6773:8,
6779:10, 6779:22,
6786:9, 6786:19,
6788:8, 6791:18,
6793:4, 6793:19,
6793:20, 6794:16,
6795:17, 6796:1,
6796:3, 6796:7,
6796:25, 6797:7,
6797:10, 6798:21,
6799:3, 6799:20,
6800:12, 6800:23,
6801:9, 6803:6,
6805:15, 6806:9,
6806:15, 6809:5,
6812:10, 6814:7,
6818:22, 6826:23,
6826:25, 6827:3,
6830:2, 6832:5,
6834:25, 6835:2,
6837:19, 6842:22,
6859:8, 6860:17,
6860:21, 6861:20,
6861:21, 6865:5,
6870:5, 6870:14,
6870:23, 6872:24,
6876:16, 6877:11,
6880:10, 6880:19,
6888:15, 6890:12,
6890:23, 6896:1,
6897:8, 6898:15,
6899:8, 6899:12,
6899:13, 6901:8,
6901:15, 6902:25,
6903:5, 6903:6,
6904:4, 6905:24,
6906:1, 6906:17,
6908:16, 6909:15,
6910:3, 6911:3,
6913:23, 6914:4,
6914:13, 6915:2,
6915:3, 6915:22,
6917:1, 6917:3,
6917:5, 6918:18,
6918:20, 6918:21,
6919:20, 6921:6,
6923:2, 6925:3,
6925:12, 6925:13,
6925:19, 6926:1,
6926:5, 6927:11,
6927:16, 6927:20,
6928:22, 6929:1,
6929:14, 6930:14,
6932:3

**upcoming** [1] -
6820:25

**updates** [1] - 6819:5

**upgrade** [1] -
6905:18

**upon** [7] - 6874:13,
6907:20, 6915:17,
6915:18, 6923:4,
6923:18, 6924:22

**upper** [22] - 6883:24,
6884:1, 6886:15,
6886:20, 6886:25,
6894:24, 6910:6,
6910:9, 6910:18,
6911:3, 6914:11,
6914:18, 6914:22,
6915:6, 6922:18,
6922:19, 6923:4,
6923:18, 6923:21,
6924:22, 6925:3,
6929:20

**upping** [1] - 6905:15

**upset** [1] - 6879:17

**upstream** [1] -
6879:21

**upward** [3] - 6925:6,
6926:12, 6932:1

**us** [22] - 6770:6,
6781:24, 6787:10,
6794:4, 6799:6,
6820:11, 6830:24,
6840:23, 6848:18,
6864:8, 6872:13,
6876:7, 6877:22,
6878:14, 6878:18,
6886:1, 6890:3,
6894:10, 6917:13,
6922:21, 6925:10,
6925:19

**use** [27] - 6771:6,
6776:6, 6777:4,
6777:22, 6787:6,
6787:9, 6801:22,
6806:15, 6812:5,
6815:2, 6818:2,
6822:12, 6822:21,
6824:13, 6828:7,
6842:12, 6862:16,
6878:15, 6884:19,
6891:24, 6893:17,
6896:13, 6904:22,
6915:20, 6927:23,
6928:4

**used** [35] - 6775:20,
6776:12, 6777:2,
6777:5, 6777:24,
6777:25, 6797:22,
6799:22, 6799:23,
6799:24, 6801:9,
6801:24, 6802:2,
6802:4, 6802:6,
6814:6, 6823:3,

6823:11, 6828:20,
6831:20, 6839:10,
6862:17, 6869:2,
6871:11, 6871:12,
6874:9, 6880:10,
6880:11, 6882:3,
6893:23, 6903:22,
6905:7, 6906:23,
6908:23

**useless** [1] - 6911:1

**using** [30] - 6773:18,
6774:25, 6776:10,
6777:17, 6802:1,
6804:8, 6808:24,
6814:23, 6822:1,
6822:23, 6823:4,
6823:22, 6825:11,
6825:15, 6825:18,
6830:25, 6831:15,
6840:7, 6842:24,
6846:19, 6854:8,
6867:11, 6873:21,
6874:4, 6874:7,
6891:13, 6899:19,
6902:20, 6928:1

**usually** [5] -
6820:13, 6827:5,
6867:10, 6868:23,
6926:2

**utilize** [5] - 6806:16,
6822:14, 6823:14,
6833:8, 6881:24

**utilized** [5] - 6825:1,
6852:23, 6852:24,
6860:16, 6894:11

**Utilizing** [1] -
6807:20

## V

**V** [3] - 6761:15,
6876:1, 6889:3

**VA** [1] - 6762:15

**valid** [3] - 6834:23,
6848:25, 6849:8

**value** [4] - 6782:18,
6884:17, 6898:20,
6901:10

**valve** [2] - 6888:5,
6913:23

**valves** [7] - 6879:15,
6879:16, 6888:6,
6888:8, 6888:9,
6888:11, 6913:25

**Vargo** [1] - 6864:15

**variable** [10] -
6883:23, 6893:9,
6893:16, 6893:17,
6893:23, 6894:25,
6923:8, 6930:14,

6930:17, 6932:6

**variation** [2] - 6899:11, 6899:14

**variations** [1] - 6858:13

**varied** [1] - 6872:24

**various** [6] - 6781:8, 6799:10, 6872:25, 6878:20, 6880:20, 6901:3

**Vastar** [2] - 6892:10, 6911:10

**VBR** [7] - 6913:14, 6914:5, 6914:7, 6924:4, 6924:11, 6930:25, 6931:10

**VBRs** [17] - 6888:7, 6911:1, 6913:9, 6913:20, 6914:12, 6914:22, 6915:2, 6923:8, 6923:24, 6924:13, 6924:23, 6924:25, 6929:9, 6930:6, 6930:19, 6931:18, 6932:17

**vegetable** [1] - 6925:14

**velocity** [3] - 6899:13, 6925:3, 6929:17

**verbally** [1] - 6805:24

**verbatim** [1] - 6896:9

**verified** [1] - 6773:16

**verify** [3] - 6849:7, 6856:20, 6856:23

**verifying** [1] - 6773:11

**version** [3] - 6832:5, 6859:8, 6860:21

**vertical** [8] - 6787:11, 6787:17, 6788:5, 6788:7, 6788:10, 6789:3, 6829:24

**very** [26] - 6768:19, 6769:9, 6780:16, 6786:8, 6796:8, 6829:5, 6846:24, 6853:8, 6853:10, 6857:18, 6859:23, 6869:8, 6869:21, 6870:17, 6876:17, 6879:3, 6888:16, 6889:9, 6891:2, 6893:6, 6895:15, 6899:14, 6908:24, 6917:4, 6929:16

**vessel** [2] - 6883:5, 6888:20

**vessels** [2] - 6878:16, 6879:12

**videos** [1] - 6770:17

**view** [3] - 6773:7, 6881:15, 6927:14

**Viking** [17] - 6827:1, 6827:6, 6827:9, 6827:25, 6828:4, 6832:6, 6832:12, 6832:15, 6832:24, 6835:7, 6835:3, 6835:13, 6835:17, 6835:20, 6842:7, 6844:10, 6850:23

**Vincent** [1] - 6821:3

**VIRGINIA** [1] - 6762:15

**visibility** [1] - 6835:21

**visit** [1] - 6817:10

**visitors** [1] - 6869:24

**VOIR** [1] - 6876:5

**Voir** [1] - 6767:17

**volume** [5] - 6782:23, 6783:8, 6820:20, 6837:22, 6865:5

**volumetric** [1] - 6891:15

**volunteering** [1] - 6917:12

**VON** [22] - 6766:15, 6876:2, 6876:6, 6876:16, 6876:18, 6876:25, 6877:2, 6877:5, 6877:10, 6877:12, 6881:5, 6881:23, 6882:10, 6882:14, 6887:3, 6887:13, 6892:9, 6894:4, 6894:9, 6894:19, 6894:20, 6895:6

**Von** [3] - 6767:17, 6767:19, 6876:2

**VP** [1] - 6886:16

# W

**W** [2] - 6763:2, 6766:5

**wait** [9] - 6774:6, 6774:7, 6789:25, 6790:1, 6790:7, 6790:11, 6790:14, 6867:19, 6867:23

**wait-on-cement** [2] - 6774:6, 6774:7

**waiting** [1] - 6790:1

**walk** [2] - 6832:10, 6924:16

**WALKER** [1] - 6762:14

**wall** [2] - 6806:13, 6930:21

**walls** [1] - 6806:6

**WALTER** [1] - 6762:17

**WALTHER** [1] - 6766:2

**Walz** [2] - 6775:6, 6810:13

**want** [38] - 6783:2, 6787:8, 6790:7, 6807:18, 6812:8, 6819:14, 6823:13, 6824:1, 6824:4, 6832:1, 6832:2, 6832:14, 6833:6, 6840:21, 6853:21, 6854:21, 6859:6, 6862:1, 6866:2, 6866:18, 6870:17, 6874:10, 6875:5, 6885:14, 6888:3, 6888:18, 6893:14, 6895:16, 6895:20, 6900:8, 6903:1, 6903:4, 6906:17, 6911:16, 6912:22, 6917:21, 6925:8

**wanted** [7] - 6769:16, 6771:7, 6773:3, 6786:16, 6818:22, 6874:13, 6879:5

**warning** [1] - 6902:15

**WAS** [3] - 6819:17, 6869:18, 6875:21

**wash** [1] - 6912:2

**washed** [2] - 6912:14, 6912:17

**WASHINGTON** [4] - 6763:18, 6763:23, 6764:4, 6765:3

**wasn't** [23] - 6773:19, 6785:19, 6785:22, 6789:10, 6789:11, 6795:8, 6808:8, 6827:4, 6831:25, 6834:4, 6835:11, 6836:24, 6837:6, 6841:21, 6842:5, 6842:8, 6844:12, 6845:23, 6849:13, 6849:20, 6873:22, 6910:7

**watch** [1] - 6901:12

**water** [16] - 6784:2, 6787:16, 6795:19, 6795:22, 6816:9, 6818:7, 6819:12, 6829:7, 6829:23, 6837:21, 6854:21, 6878:3, 6909:4, 6911:6, 6913:25, 6926:11

**waves** [1] - 6879:6

**way** [26] - 6783:5, 6788:9, 6795:20, 6800:23, 6805:20, 6810:1, 6813:16, 6816:9, 6818:22, 6828:16, 6831:21, 6832:2, 6834:19, 6846:22, 6853:25, 6856:20, 6856:23, 6868:20, 6871:1, 6872:4, 6878:4, 6898:5, 6901:5, 6903:20, 6904:19, 6928:8

**we** [239] - 6768:23, 6769:9, 6769:11, 6769:18, 6769:19, 6769:21, 6770:12, 6771:8, 6771:13, 6771:22, 6771:24, 6772:1, 6773:6, 6773:11, 6773:17, 6775:3, 6775:14, 6775:19, 6775:23, 6776:3, 6777:2, 6777:8, 6777:20, 6778:5, 6779:10, 6779:12, 6779:22, 6780:8, 6780:9, 6780:10, 6780:19, 6781:14, 6785:9, 6785:13, 6785:15, 6786:17, 6787:1, 6787:13, 6787:24, 6789:14, 6789:17, 6789:25, 6790:16, 6791:16, 6792:11, 6792:17, 6793:1, 6794:16, 6794:22, 6795:14, 6796:19, 6796:25, 6797:17, 6798:3, 6798:19, 6802:10, 6804:10, 6804:14, 6805:9, 6805:17, 6806:2, 6806:9, 6807:20, 6808:1, 6811:18, 6811:22, 6812:14, 6813:15, 6813:24, 6814:24, 6814:25, 6816:6, 6816:22,

6817:9, 6819:3, 6819:15, 6819:25, 6820:1, 6820:13, 6820:14, 6821:1, 6821:10, 6821:20, 6822:17, 6822:18, 6822:23, 6823:1, 6823:7, 6823:11, 6823:17, 6824:5, 6826:11, 6826:13, 6828:24, 6829:10, 6829:11, 6829:14, 6830:2, 6832:3, 6832:17, 6833:19, 6835:1, 6835:2, 6836:16, 6838:7, 6841:1, 6841:2, 6841:6, 6842:22, 6848:12, 6848:18, 6848:19, 6851:8, 6851:15, 6851:17, 6851:24, 6855:3, 6855:9, 6855:22, 6856:2, 6856:10, 6859:3, 6859:19, 6859:20, 6860:13, 6860:19, 6861:3, 6861:19, 6861:24, 6861:25, 6862:14, 6862:24, 6863:6, 6866:22, 6867:10, 6867:19, 6867:20, 6867:23, 6868:9, 6868:10, 6868:23, 6869:9, 6869:14, 6870:5, 6870:8, 6870:19, 6871:11, 6872:24, 6873:2, 6875:4, 6875:7, 6875:17, 6876:3, 6878:15, 6878:16, 6878:17, 6879:5, 6879:7, 6881:5, 6881:9, 6881:10, 6882:10, 6882:15, 6883:14, 6883:17, 6883:20, 6883:22, 6884:9, 6885:6, 6886:11, 6887:18, 6888:2, 6888:10, 6889:22, 6891:7, 6892:6, 6893:7, 6893:10, 6894:18, 6896:5, 6896:14, 6896:15, 6897:17, 6900:5, 6900:14, 6901:8, 6902:4, 6904:16, 6904:25, 6905:1, 6911:14, 6911:23, 6916:24, 6917:20, 6918:17,

6918:18, 6918:21,
6920:5, 6920:8,
6920:11, 6920:14,
6921:8, 6921:12,
6921:15, 6921:24,
6923:15, 6924:20,
6925:8, 6925:13,
6925:15, 6925:19,
6925:23, 6926:5,
6927:8, 6928:4,
6928:8, 6928:12,
6930:5, 6930:9,
6931:21, 6931:22,
6931:23, 6931:24

**We** [4] - 6787:5,
6811:22, 6863:2,
6864:18

**we'd** [2] - 6788:8,
6823:22

**we'll** [2] - 6892:7,
6931:20

**we're** [31] - 6769:2,
6771:23, 6772:11,
6780:7, 6780:15,
6787:6, 6796:18,
6800:23, 6819:25,
6823:23, 6861:20,
6862:11, 6865:6,
6865:21, 6869:24,
6870:3, 6883:20,
6889:5, 6893:2,
6900:13, 6907:9,
6908:24, 6911:23,
6915:21, 6920:5,
6920:8, 6922:3,
6923:20, 6925:8,
6925:14, 6928:5

**we've** [9] - 6780:8,
6794:18, 6817:23,
6824:15, 6830:3,
6860:16, 6860:17,
6882:5, 6928:1

**weakest** [1] - 6916:4

**wear** [4] - 6877:15,
6877:16, 6893:18,
6929:23

**Wednesday** [4] -
6771:11, 6771:15,
6771:21, 6772:1

**week** [5] - 6769:8,
6770:15, 6771:7,
6771:17, 6855:10

**weeks** [1] - 6886:22

**weigh** [7] - 6791:18,
6793:4, 6826:23,
6826:25, 6827:3,
6925:20, 6926:5

**weigh-up** [5] -
6791:18, 6793:4,
6826:23, 6826:25,

6827:3

**weighed** [4] -
6834:25, 6836:17,
6848:15, 6848:24

**weight** [14] -
6802:23, 6834:23,
6836:14, 6836:17,
6838:5, 6839:2,
6882:8, 6885:17,
6885:19, 6925:19,
6925:23, 6926:11,
6926:13, 6927:4

**welcome** [1] -
6768:14

**welds** [1] - 6878:19

**Well** [5] - 6905:11,
6905:13, 6909:18,
6914:3

**well** [145] - 6774:11,
6777:14, 6782:19,
6783:8, 6784:15,
6784:20, 6784:25,
6785:5, 6787:16,
6788:21, 6795:25,
6799:13, 6802:20,
6802:22, 6803:6,
6804:12, 6804:18,
6805:4, 6805:25,
6806:6, 6806:10,
6806:11, 6806:22,
6807:3, 6810:15,
6812:6, 6815:17,
6815:20, 6815:24,
6816:19, 6816:21,
6816:22, 6816:23,
6817:6, 6817:18,
6818:7, 6820:7,
6820:13, 6820:15,
6820:16, 6820:21,
6820:23, 6821:8,
6821:14, 6821:16,
6821:22, 6821:24,
6822:8, 6822:9,
6822:21, 6823:5,
6825:1, 6825:21,
6828:21, 6829:6,
6835:22, 6837:2,
6838:18, 6840:3,
6840:5, 6842:12,
6843:25, 6847:3,
6849:6, 6852:21,
6852:25, 6853:6,
6853:14, 6854:15,
6854:18, 6856:4,
6856:6, 6856:9,
6856:14, 6857:3,
6857:18, 6859:12,
6859:18, 6863:3,
6863:7, 6863:14,
6868:20, 6871:5,

6872:5, 6872:6,
6872:25, 6873:6,
6879:14, 6880:3,
6880:16, 6880:17,
6882:20, 6883:1,
6884:6, 6884:15,
6884:20, 6884:22,
6885:7, 6885:17,
6885:22, 6886:3,
6886:12, 6888:5,
6889:8, 6890:23,
6891:3, 6893:9,
6900:15, 6906:6,
6906:20, 6907:14,
6907:17, 6907:18,
6907:21, 6908:3,
6908:9, 6908:19,
6908:22, 6909:21,
6909:23, 6909:24,
6912:4, 6912:9,
6912:25, 6913:14,
6913:15, 6913:17,
6913:18, 6915:9,
6916:2, 6916:5,
6918:9, 6919:13,
6920:11, 6921:12,
6922:25, 6923:15,
6923:17, 6924:5,
6924:9, 6927:5,
6928:22, 6931:9,
6932:13

**well's** [3] - 6806:24,
6817:13, 6817:17

**well-known** [1] -
6909:23

**wellbore** [10] -
6777:6, 6891:4,
6897:24, 6904:8,
6904:9, 6904:13,
6904:15, 6913:9,
6920:21

**WellCat** [18] -
6776:14, 6776:19,
6776:23, 6777:20,
6777:21, 6777:24,
6795:15, 6797:22,
6798:7, 6798:9,
6798:16, 6798:21,
6799:18, 6800:12,
6801:8, 6801:22,
6801:24

**wellheads** [1] -
6878:4

**WellLife®** [3] -
6855:4, 6855:22,
6856:10

**wells** [8] - 6810:5,
6817:23, 6818:2,
6826:22, 6828:12,
6907:21, 6909:4,

6918:9

**went** [9] - 6809:22,
6828:2, 6863:3,
6863:12, 6863:14,
6863:19, 6880:18,
6904:25, 6917:20

**WERE** [1] - 6932:24

**weren't** [6] -
6773:25, 6785:2,
6816:22, 6822:17,
6822:18, 6919:10

**West** [1] - 6882:16

**Westlake** [3] -
6805:7, 6805:25,
6806:5

**what's** [12] -
6814:14, 6842:22,
6866:6, 6882:2,
6894:24, 6900:13,
6911:19, 6925:9,
6930:6, 6930:13,
6930:16

**whatever** [5] -
6773:15, 6820:24,
6875:9, 6918:19,
6925:16

**whenever** [2] -
6823:8, 6916:13

**WHEREUPON** [4] -
6819:17, 6869:18,
6875:21, 6932:24

**Whether** [1] -
6816:13

**whether** [20] -
6770:3, 6771:8,
6771:16, 6772:25,
6809:10, 6811:12,
6836:2, 6845:8,
6846:12, 6878:11,
6882:1, 6882:7,
6886:24, 6887:6,
6892:16, 6895:17,
6896:23, 6901:20,
6916:14

**which** [50] - 6771:7,
6776:14, 6777:6,
6777:17, 6782:8,
6816:9, 6823:4,
6828:17, 6844:24,
6845:3, 6848:22,
6850:5, 6871:14,
6877:8, 6878:9,
6878:10, 6879:6,
6880:21, 6881:10,
6884:4, 6887:25,
6889:3, 6889:5,
6889:15, 6889:25,
6890:9, 6890:12,
6896:5, 6896:14,
6899:18, 6900:14,

6900:23, 6904:16,
6907:18, 6908:24,
6910:25, 6911:1,
6912:4, 6912:13,
6916:5, 6919:18,
6920:16, 6920:17,
6922:24, 6925:23,
6926:3, 6926:25,
6929:22

**while** [9] - 6773:8,
6786:4, 6865:17,
6865:18, 6899:8,
6905:4, 6910:3,
6917:5, 6927:19

**white** [1] - 6806:13

**WHITELEY** [1] -
6764:16

**whole** [4] - 6806:13,
6887:10, 6894:6,
6912:24

**wide** [1] - 6918:2

**Wild** [2] - 6905:11,
6905:13

**will** [56] - 6768:24,
6770:12, 6770:17,
6770:19, 6770:25,
6771:6, 6771:15,
6771:17, 6772:1,
6777:6, 6779:9,
6787:13, 6790:25,
6799:10, 6805:1,
6820:16, 6821:10,
6821:13, 6832:3,
6835:4, 6836:21,
6852:14, 6865:13,
6869:2, 6869:11,
6870:8, 6870:9,
6871:17, 6872:1,
6872:13, 6873:24,
6874:3, 6875:23,
6882:6, 6889:6,
6889:8, 6891:12,
6891:14, 6893:10,
6894:23, 6900:7,
6900:23, 6903:8,
6910:12, 6912:2,
6912:14, 6914:22,
6916:5, 6917:11,
6922:21, 6926:11,
6926:12, 6931:15,
6931:18

**WILLIAMS** [2] -
6762:19, 6762:19

**Williamson** [3] -
6767:21, 6895:13,
6896:8

**WILLIAMSON** [19] -
6763:4, 6763:4,
6895:9, 6895:11,
6896:10, 6896:11,

6898:9, 6898:10, 6900:17, 6900:19, 6901:1, 6902:11, 6902:12, 6903:1, 6903:3, 6908:18, 6915:13, 6915:16, 6916:16

**WINFIELD** [1] - 6764:8

**winter** [1] - 6879:6

**with** [203] - 6768:9, 6768:20, 6769:1, 6769:2, 6769:3, 6769:10, 6769:11, 6769:12, 6769:14, 6769:20, 6770:21, 6771:13, 6771:18, 6772:21, 6773:1, 6773:18, 6774:3, 6774:7, 6774:11, 6774:16, 6775:6, 6776:2, 6777:16, 6778:8, 6778:9, 6778:18, 6778:20, 6778:21, 6779:13, 6779:14, 6780:3, 6780:15, 6781:11, 6782:11, 6782:24, 6783:23, 6784:4, 6784:6, 6784:10, 6785:19, 6786:3, 6789:7, 6789:8, 6789:25, 6792:1, 6793:5, 6797:24, 6798:16, 6801:8, 6802:21, 6802:25, 6803:22, 6804:5, 6804:16, 6805:22, 6807:10, 6807:21, 6808:21, 6808:24, 6809:3, 6809:8, 6809:23, 6810:1, 6811:7, 6812:1, 6812:12, 6812:15, 6813:11, 6815:10, 6816:2, 6817:10, 6817:19, 6817:24, 6818:19, 6820:24, 6826:22, 6828:2, 6830:8, 6831:13, 6832:2, 6832:10, 6832:14, 6832:23, 6833:2, 6833:20, 6833:25, 6835:22, 6837:3, 6837:7, 6840:7, 6841:7, 6841:13, 6841:18, 6842:18, 6847:10, 6847:15, 6847:25, 6849:2, 6849:5,

6849:9, 6849:21, 6849:25, 6850:3, 6850:12, 6851:5, 6852:1, 6852:20, 6852:23, 6854:25, 6855:23, 6856:6, 6856:9, 6856:10, 6857:1, 6857:25, 6858:18, 6858:20, 6859:12, 6859:13, 6860:3, 6860:15, 6861:16, 6861:22, 6862:6, 6863:17, 6864:6, 6864:19, 6866:18, 6867:8, 6867:18, 6867:22, 6868:19, 6868:25, 6869:2, 6870:8, 6871:8, 6871:24, 6872:2, 6872:4, 6872:6, 6872:19, 6872:23, 6873:14, 6873:15, 6873:18, 6878:25, 6879:3, 6879:20, 6879:24, 6880:4, 6880:6, 6880:10, 6881:10, 6881:11, 6881:19, 6882:5, 6883:24, 6884:14, 6887:24, 6888:3, 6890:12, 6892:24, 6895:22, 6896:15, 6896:19, 6897:10, 6897:11, 6898:16, 6900:7, 6900:8, 6902:23, 6903:21, 6903:22, 6904:14, 6905:16, 6906:23, 6907:21, 6907:24, 6909:12, 6911:10, 6911:14, 6917:10, 6918:8, 6921:18, 6922:20, 6924:25, 6925:13, 6926:10, 6927:16, 6928:6, 6929:10, 6930:16

**within** [11] - 6805:4, 6806:5, 6806:12, 6824:21, 6828:21, 6845:18, 6845:19, 6845:20, 6929:21, 6930:1

**without** [7] - 6783:18, 6804:8, 6804:11, 6837:19, 6890:13, 6911:14, 6926:4

**WITNESS** [10] - 6767:3, 6778:15, 6779:6, 6847:5,

6869:4, 6874:22, 6875:25, 6887:10, 6928:9, 6932:22

**witness** [20] - 6768:21, 6769:13, 6769:21, 6771:5, 6771:9, 6771:22, 6771:24, 6780:7, 6801:15, 6803:10, 6861:5, 6869:2, 6869:7, 6874:19, 6874:23, 6875:19, 6895:7, 6899:22, 6916:16, 6916:25

**witnesses** [3] - 6770:12, 6771:16, 6882:6

**WITTMANN** [2] - 6766:2, 6766:2

**won't** [3] - 6803:24, 6870:12, 6917:4

**wonder** [1] - 6916:25

**word** [4] - 6828:17, 6870:13, 6908:2, 6919:16

**words** [1] - 6896:7

**work** [26] - 6802:12, 6807:3, 6807:10, 6807:15, 6812:13, 6818:18, 6822:24, 6832:10, 6852:1, 6852:19, 6857:6, 6857:23, 6857:24, 6870:9, 6872:4, 6877:22, 6878:9, 6878:24, 6880:13, 6883:20, 6888:17, 6891:11, 6907:21, 6908:6, 6910:25, 6913:1

**Work** [3] - 6824:18, 6825:13, 6825:17

**worked** [7] - 6857:19, 6857:25, 6858:14, 6858:18, 6858:20, 6871:24, 6894:16

**working** [7] - 6789:6, 6789:8, 6806:12, 6812:15, 6815:14, 6873:1, 6884:20

**works** [2] - 6770:21, 6853:5

**world** [1] - 6871:21

**worn** [2] - 6910:14, 6910:22

**worry** [2] - 6789:9, 6816:2

**worse** [1] - 6861:2

**would** [164] - 6768:7,

6768:10, 6769:10, 6769:11, 6769:12, 6769:19, 6769:22, 6769:25, 6770:3, 6770:6, 6770:8, 6771:8, 6771:9, 6771:22, 6771:24, 6772:4, 6772:10, 6774:5, 6774:15, 6778:1, 6778:5, 6778:22, 6779:22, 6780:1, 6781:11, 6781:20, 6782:2, 6782:5, 6782:7, 6782:11, 6782:18, 6783:23, 6788:8, 6788:9, 6788:22, 6789:3, 6789:12, 6790:11, 6797:24, 6798:16, 6801:9, 6801:11, 6801:12, 6802:23, 6805:24, 6806:4, 6806:8, 6806:11, 6806:14, 6806:15, 6808:16, 6808:17, 6809:8, 6809:9, 6809:18, 6809:20, 6810:1, 6812:15, 6812:17, 6812:24, 6813:13, 6814:13, 6814:16, 6814:21, 6815:2, 6816:3, 6816:19, 6817:3, 6817:10, 6817:21, 6818:18, 6818:19, 6820:20, 6822:1, 6822:21, 6822:23, 6823:1, 6823:2, 6823:4, 6823:7, 6826:21, 6826:23, 6827:25, 6828:5, 6829:5, 6831:23, 6832:14, 6833:2, 6833:4, 6833:6, 6833:9, 6834:5, 6834:6, 6835:18, 6836:2, 6838:2, 6838:4, 6838:6, 6839:1, 6839:8, 6842:16, 6844:3, 6845:10, 6845:16, 6846:4, 6847:18, 6847:20, 6847:21, 6848:19, 6849:24, 6850:2, 6853:3, 6853:7, 6853:12, 6854:10, 6854:12, 6855:1, 6855:25, 6857:2, 6857:7, 6858:23, 6859:20, 6859:24,

6860:1, 6861:2, 6861:24, 6866:11, 6868:7, 6869:8, 6870:14, 6873:5, 6873:8, 6873:10, 6875:9, 6878:3, 6879:2, 6879:14, 6883:23, 6889:3, 6891:6, 6894:16, 6900:6, 6902:25, 6904:20, 6905:2, 6906:16, 6908:3, 6910:3, 6912:15, 6912:16, 6912:21, 6913:14, 6913:17, 6920:17, 6923:13, 6924:10, 6928:24, 6930:3, 6931:1, 6932:11

**wouldn't** [15] - 6777:16, 6777:19, 6778:9, 6778:20, 6794:10, 6801:12, 6823:2, 6831:2, 6831:6, 6831:25, 6857:23, 6858:10, 6913:15, 6913:18, 6915:10

**WRIGHT** [1] - 6762:3

**write** [7] - 6789:2, 6789:4, 6789:6, 6800:9, 6855:14, 6875:16, 6906:20

**writing** [1] - 6846:8

**written** [3] - 6846:3, 6906:4, 6908:23

**wrong** [2] - 6795:18, 6842:15

**wrote** [5] - 6786:25, 6787:4, 6841:22, 6906:14, 6907:9

**WT** [1] - 6903:8

## X

**X** [1] - 6767:1

## Y

**yeah** [10] - 6811:5, 6821:15, 6823:17, 6835:25, 6850:4, 6854:20, 6886:10, 6899:23, 6906:6, 6911:18

**year** [3] - 6896:13, 6909:25, 6911:6

**years** [4] - 6811:6, 6828:21, 6880:9,

6883:3
**yellow** [2] - 6859:19, 6861:16
**yep** [3] - 6816:1, 6890:25, 6904:18
**yes** [455] - 6769:23, 6770:2, 6770:23, 6772:6, 6772:20, 6772:23, 6773:22, 6774:3, 6774:20, 6775:8, 6775:13, 6775:18, 6775:22, 6776:1, 6776:16, 6776:18, 6776:22, 6776:25, 6777:4, 6777:7, 6777:23, 6778:22, 6779:4, 6779:15, 6779:18, 6779:21, 6780:2, 6780:19, 6780:24, 6781:5, 6781:8, 6781:10, 6781:18, 6782:13, 6782:15, 6782:17, 6782:22, 6783:1, 6783:22, 6784:7, 6784:9, 6785:6, 6786:13, 6787:15, 6787:20, 6787:24, 6788:4, 6788:13, 6789:24, 6790:6, 6790:13, 6790:16, 6791:6, 6791:10, 6791:13, 6791:25, 6792:2, 6792:4, 6792:6, 6792:8, 6792:14, 6792:16, 6792:21, 6792:23, 6792:25, 6793:12, 6793:15, 6793:17, 6793:25, 6794:3, 6794:21, 6795:3, 6795:5, 6795:13, 6795:16, 6795:21, 6795:24, 6796:2, 6796:5, 6796:7, 6796:10, 6796:12, 6796:14, 6796:19, 6797:3, 6797:6, 6797:9, 6797:12, 6797:16, 6798:2, 6798:11, 6798:13, 6798:15, 6798:18, 6799:5, 6799:12, 6799:15, 6799:18, 6799:22, 6799:24, 6800:1, 6800:3, 6800:5, 6800:8, 6800:11, 6800:16, 6800:24, 6801:7, 6801:11, 6801:21, 6803:13,

6804:4, 6805:3, 6805:5, 6805:9, 6805:13, 6805:17, 6805:21, 6806:2, 6806:19, 6807:5, 6807:9, 6807:12, 6807:17, 6807:23, 6807:25, 6808:4, 6808:23, 6809:15, 6809:20, 6810:17, 6810:20, 6810:22, 6810:23, 6810:24, 6811:2, 6811:17, 6811:21, 6811:25, 6812:3, 6812:18, 6812:22, 6813:6, 6813:12, 6813:14, 6813:19, 6813:21, 6813:24, 6814:8, 6814:13, 6814:20, 6815:9, 6815:13, 6815:21, 6816:17, 6817:10, 6817:12, 6818:1, 6818:21, 6818:24, 6819:3, 6819:7, 6819:11, 6819:13, 6819:24, 6820:5, 6820:9, 6821:5, 6821:7, 6821:12, 6821:19, 6821:23, 6822:3, 6822:6, 6823:17, 6823:21, 6823:25, 6824:8, 6824:10, 6824:15, 6824:20, 6824:22, 6825:2, 6825:6, 6825:9, 6826:1, 6826:14, 6826:17, 6826:19, 6826:20, 6827:2, 6828:23, 6829:4, 6829:9, 6829:13, 6829:19, 6829:22, 6830:1, 6830:6, 6830:9, 6830:23, 6830:24, 6831:11, 6832:13, 6832:22, 6833:5, 6833:9, 6833:23, 6834:3, 6834:12, 6834:14, 6835:6, 6835:14, 6835:16, 6836:7, 6836:10, 6836:13, 6836:19, 6836:22, 6837:13, 6838:7, 6838:11, 6838:25, 6839:11, 6839:14, 6839:24, 6840:3, 6840:9, 6841:5, 6841:8, 6841:12, 6841:13, 6841:17,

6842:2, 6842:19, 6843:1, 6843:4, 6843:7, 6843:13, 6844:13, 6844:21, 6844:23, 6845:2, 6845:24, 6846:2, 6847:22, 6848:3, 6848:7, 6848:21, 6848:24, 6850:22, 6850:25, 6851:4, 6851:7, 6851:14, 6851:19, 6851:23, 6852:6, 6852:9, 6852:12, 6852:15, 6852:18, 6852:22, 6853:1, 6853:5, 6853:10, 6854:11, 6854:14, 6855:17, 6857:11, 6858:5, 6859:3, 6859:5, 6859:16, 6859:17, 6859:22, 6860:5, 6860:9, 6860:12, 6860:23, 6861:6, 6861:14, 6862:3, 6862:10, 6862:21, 6863:5, 6863:11, 6863:22, 6864:4, 6864:7, 6864:17, 6864:20, 6864:24, 6865:3, 6866:1, 6866:5, 6866:17, 6867:5, 6867:7, 6867:22, 6868:4, 6868:8, 6868:11, 6868:14, 6868:17, 6870:21, 6871:2, 6871:19, 6871:23, 6872:2, 6872:12, 6872:15, 6872:17, 6872:23, 6873:14, 6873:19, 6876:4, 6876:15, 6877:7, 6878:12, 6878:23, 6880:8, 6881:4, 6882:12, 6882:18, 6882:21, 6882:23, 6883:11, 6883:13, 6884:9, 6884:12, 6885:5, 6885:9, 6885:23, 6886:16, 6886:22, 6887:22, 6888:21, 6889:1, 6889:2, 6890:21, 6892:15, 6893:4, 6893:20, 6894:13, 6894:15, 6894:17, 6895:19, 6895:23, 6896:18, 6896:22, 6897:5, 6897:9, 6897:16, 6898:1,

6898:14, 6898:17, 6899:1, 6899:23, 6901:4, 6901:17, 6902:24, 6903:7, 6903:11, 6903:13, 6903:19, 6903:23, 6904:3, 6904:10, 6905:3, 6905:8, 6905:12, 6905:17, 6906:3, 6906:9, 6906:13, 6906:15, 6907:1, 6907:7, 6907:12, 6907:16, 6908:1, 6909:2, 6909:6, 6909:10, 6909:14, 6909:20, 6909:23, 6910:2, 6910:8, 6910:11, 6910:16, 6910:20, 6910:23, 6911:12, 6911:25, 6912:6, 6912:11, 6912:24, 6913:7, 6913:11, 6913:13, 6913:16, 6913:19, 6914:6, 6914:20, 6916:10, 6918:1, 6918:4, 6918:10, 6918:13, 6918:17, 6918:23, 6918:25, 6919:2, 6919:4, 6919:11, 6919:19, 6919:25, 6920:22, 6921:5, 6921:10, 6922:6, 6922:8, 6922:10, 6922:15, 6923:1, 6923:6, 6925:1, 6925:18, 6926:18, 6926:23, 6927:3, 6927:10, 6927:13, 6927:18, 6927:22, 6928:17, 6928:20, 6929:7, 6929:19, 6930:4, 6930:23, 6931:4, 6931:8, 6931:15, 6932:9, 6932:14, 6932:16, 6932:22
**Yes** [1] - 6786:11
**yet** [4] - 6805:6, 6875:7, 6901:7, 6929:25
**YOAKUM** [1] - 6763:5
**you** [1011] - 6768:13, 6768:17, 6768:19, 6769:25, 6770:3, 6770:6, 6770:8, 6770:14, 6770:18, 6770:21, 6770:24, 6770:25, 6771:18,

6772:4, 6772:7, 6772:8, 6772:14, 6772:17, 6772:18, 6772:19, 6772:21, 6772:24, 6773:3, 6773:4, 6773:8, 6773:9, 6773:20, 6774:1, 6774:5, 6774:6, 6774:7, 6774:11, 6774:14, 6774:16, 6775:9, 6776:2, 6776:5, 6776:9, 6776:12, 6776:13, 6776:19, 6777:4, 6777:10, 6777:14, 6777:16, 6777:24, 6778:1, 6778:8, 6778:9, 6778:15, 6778:18, 6778:20, 6779:5, 6779:12, 6779:13, 6779:14, 6780:22, 6781:2, 6781:11, 6781:19, 6781:23, 6781:24, 6782:2, 6782:7, 6782:11, 6782:18, 6783:4, 6783:7, 6783:13, 6783:18, 6783:20, 6783:23, 6784:2, 6784:3, 6784:6, 6784:20, 6784:24, 6784:25, 6785:2, 6785:4, 6785:7, 6785:11, 6785:14, 6785:17, 6785:20, 6785:24, 6786:3, 6786:5, 6786:10, 6786:16, 6786:21, 6786:25, 6787:4, 6787:6, 6787:8, 6787:10, 6787:16, 6787:21, 6788:5, 6788:6, 6788:14, 6788:21, 6788:24, 6788:25, 6789:2, 6789:4, 6789:8, 6789:16, 6790:5, 6790:7, 6790:9, 6790:10, 6790:11, 6790:14, 6790:23, 6790:25, 6791:2, 6791:4, 6791:14, 6791:24, 6792:1, 6792:9, 6792:19, 6793:5, 6793:13, 6793:19, 6793:21, 6794:1, 6794:4, 6794:5, 6794:14, 6794:18, 6794:20, 6795:2, 6795:4,

| | | | | |
|---|---|---|---|---|
| 6795:6, 6795:14, | 6814:5, 6814:11, | 6829:23, 6829:25, | 6844:24, 6844:25, | 6864:3, 6864:8, |
| 6795:18, 6795:19, | 6814:14, 6814:19, | 6830:2, 6830:4, | 6845:3, 6845:8, | 6864:15, 6864:16, |
| 6796:5, 6796:7, | 6814:21, 6814:22, | 6830:5, 6830:7, | 6845:14, 6845:16, | 6864:18, 6864:19, |
| 6796:8, 6796:16, | 6814:23, 6815:1, | 6830:9, 6830:20, | 6845:17, 6846:3, | 6864:23, 6864:25, |
| 6796:20, 6796:23, | 6815:2, 6815:7, | 6830:22, 6831:10, | 6846:8, 6846:10, | 6865:1, 6865:2, |
| 6796:24, 6797:2, | 6815:8, 6815:12, | 6831:12, 6831:18, | 6846:12, 6847:4, | 6865:4, 6865:5, |
| 6797:4, 6797:7, | 6815:14, 6815:15, | 6831:20, 6831:23, | 6847:9, 6847:13, | 6865:13, 6865:16, |
| 6797:8, 6797:24, | 6815:16, 6815:19, | 6831:24, 6832:1, | 6847:15, 6847:16, | 6865:21, 6865:22, |
| 6798:6, 6798:7, | 6815:22, 6816:2, | 6832:2, 6832:3, | 6847:18, 6847:20, | 6865:23, 6865:25, |
| 6798:10, 6798:16, | 6816:13, 6816:15, | 6832:4, 6832:8, | 6847:21, 6847:23, | 6866:4, 6866:8, |
| 6798:17, 6799:3, | 6816:16, 6816:19, | 6832:10, 6832:11, | 6848:2, 6848:4, | 6866:11, 6866:13, |
| 6799:6, 6799:13, | 6817:3, 6817:7, | 6832:14, 6832:15, | 6848:6, 6848:8, | 6866:16, 6866:18, |
| 6799:16, 6799:17, | 6817:11, 6817:14, | 6832:17, 6832:19, | 6848:9, 6848:15, | 6867:4, 6867:6, |
| 6799:20, 6799:23, | 6817:17, 6817:18, | 6832:20, 6833:1, | 6848:20, 6848:22, | 6867:11, 6867:14, |
| 6800:6, 6800:10, | 6817:23, 6818:5, | 6833:6, 6833:7, | 6848:23, 6848:24, | 6867:17, 6867:22, |
| 6801:8, 6801:9, | 6818:6, 6818:7, | 6833:11, 6833:17, | 6849:1, 6849:2, | 6868:2, 6868:3, |
| 6801:11, 6801:19, | 6818:10, 6818:12, | 6833:19, 6833:20, | 6849:6, 6849:8, | 6868:6, 6868:7, |
| 6801:20, 6801:22, | 6818:16, 6818:18, | 6833:21, 6833:22, | 6849:9, 6849:10, | 6868:9, 6868:15, |
| 6801:23, 6802:1, | 6818:19, 6818:23, | 6833:24, 6834:1, | 6849:21, 6849:22, | 6868:18, 6868:22, |
| 6802:4, 6802:7, | 6818:25, 6819:1, | 6834:4, 6834:6, | 6849:23, 6850:2, | 6869:3, 6869:4, |
| 6802:21, 6802:25, | 6819:5, 6819:8, | 6834:10, 6834:11, | 6850:6, 6850:7, | 6869:8, 6869:16, |
| 6803:4, 6803:17, | 6819:9, 6819:10, | 6834:13, 6834:18, | 6850:8, 6850:9, | 6869:22, 6870:10, |
| 6803:22, 6803:24, | 6819:12, 6819:14, | 6834:21, 6834:22, | 6850:13, 6850:14, | 6870:13, 6870:14, |
| 6804:1, 6804:2, | 6819:21, 6819:23, | 6835:1, 6835:2, | 6850:17, 6850:18, | 6870:18, 6870:20, |
| 6804:3, 6804:5, | 6820:2, 6820:8, | 6835:4, 6835:7, | 6850:19, 6850:20, | 6870:22, 6870:25, |
| 6804:7, 6804:13, | 6820:24, 6821:2, | 6835:9, 6835:15, | 6850:21, 6850:23, | 6871:1, 6871:18, |
| 6804:17, 6805:4, | 6821:6, 6821:8, | 6835:17, 6835:22, | 6851:12, 6851:18, | 6871:20, 6871:24, |
| 6805:6, 6805:10, | 6821:11, 6821:20, | 6836:2, 6836:3, | 6851:20, 6851:21, | 6871:25, 6872:5, |
| 6805:11, 6805:14, | 6821:22, 6821:25, | 6836:4, 6836:6, | 6851:24, 6852:7, | 6872:7, 6872:8, |
| 6805:18, 6805:19, | 6822:4, 6822:13, | 6836:8, 6836:11, | 6852:12, 6852:13, | 6872:9, 6872:13, |
| 6805:20, 6805:25, | 6822:14, 6822:15, | 6836:21, 6836:25, | 6852:19, 6852:20, | 6872:18, 6872:21, |
| 6806:11, 6806:17, | 6822:20, 6822:21, | 6837:2, 6837:4, | 6852:24, 6853:3, | 6872:22, 6873:4, |
| 6806:21, 6806:24, | 6822:24, 6823:4, | 6837:6, 6837:10, | 6853:14, 6853:19, | 6873:5, 6873:10, |
| 6807:2, 6807:3, | 6823:8, 6823:14, | 6837:12, 6838:2, | 6853:20, 6853:21, | 6873:11, 6873:12, |
| 6807:4, 6807:6, | 6823:15, 6823:18, | 6838:6, 6838:9, | 6853:25, 6854:8, | 6873:17, 6873:20, |
| 6807:7, 6807:16, | 6823:19, 6823:22, | 6838:10, 6838:12, | 6854:12, 6854:19, | 6873:24, 6873:25, |
| 6807:18, 6807:19, | 6824:4, 6824:5, | 6838:17, 6838:22, | 6854:21, 6854:23, | 6874:4, 6874:9, |
| 6807:22, 6808:3, | 6824:6, 6824:9, | 6838:24, 6839:2, | 6854:25, 6855:12, | 6874:11, 6874:16, |
| 6808:5, 6808:18, | 6824:11, 6824:16, | 6839:7, 6839:9, | 6855:16, 6856:3, | 6874:19, 6874:21, |
| 6808:20, 6808:21, | 6824:17, 6824:19, | 6839:10, 6839:12, | 6856:5, 6856:13, | 6874:22, 6875:1, |
| 6808:24, 6809:2, | 6824:21, 6824:23, | 6839:13, 6839:15, | 6856:17, 6856:21, | 6875:2, 6875:6, |
| 6809:3, 6809:10, | 6825:5, 6825:7, | 6839:16, 6839:18, | 6856:24, 6857:1, | 6875:8, 6875:16, |
| 6809:13, 6809:17, | 6825:14, 6825:18, | 6839:22, 6840:1, | 6857:9, 6857:12, | 6875:23, 6875:25, |
| 6809:22, 6810:2, | 6825:22, 6825:24, | 6840:2, 6840:7, | 6857:15, 6857:20, | 6876:7, 6876:13, |
| 6810:5, 6810:7, | 6826:2, 6826:4, | 6840:10, 6840:11, | 6857:21, 6858:2, | 6876:16, 6876:19, |
| 6810:10, 6810:11, | 6826:21, 6826:22, | 6840:15, 6840:21, | 6858:3, 6858:11, | 6876:22, 6877:8, |
| 6810:15, 6810:18, | 6827:1, 6827:3, | 6841:2, 6841:4, | 6858:12, 6858:15, | 6877:10, 6877:13, |
| 6810:25, 6811:3, | 6827:6, 6827:10, | 6841:9, 6841:14, | 6858:18, 6858:24, | 6877:14, 6877:18, |
| 6811:7, 6811:11, | 6827:13, 6827:15, | 6841:15, 6841:18, | 6859:4, 6859:8, | 6877:22, 6878:7, |
| 6811:12, 6811:15, | 6827:20, 6827:21, | 6841:19, 6841:23, | 6859:9, 6859:12, | 6878:9, 6878:11, |
| 6811:16, 6811:18, | 6827:23, 6827:24, | 6841:24, 6841:25, | 6859:20, 6859:23, | 6878:20, 6878:22, |
| 6811:20, 6811:22, | 6828:2, 6828:3, | 6842:6, 6842:12, | 6859:24, 6859:25, | 6878:24, 6879:18, |
| 6811:24, 6812:1, | 6828:6, 6828:9, | 6842:25, 6843:3, | 6860:16, 6860:17, | 6880:1, 6880:6, |
| 6812:2, 6812:8, | 6828:10, 6828:12, | 6843:5, 6843:8, | 6860:21, 6861:2, | 6880:13, 6880:15, |
| 6812:9, 6812:13, | 6828:13, 6828:14, | 6843:11, 6843:15, | 6861:8, 6861:12, | 6880:22, 6880:24, |
| 6812:15, 6812:17, | 6828:20, 6828:21, | 6843:17, 6843:21, | 6861:13, 6862:1, | 6881:3, 6882:9, |
| 6812:19, 6812:20, | 6828:24, 6829:3, | 6843:25, 6844:1, | 6862:16, 6862:20, | 6882:10, 6882:22, |
| 6812:24, 6813:5, | 6829:5, 6829:6, | 6844:5, 6844:8, | 6863:1, 6863:2, | 6882:24, 6883:5, |
| 6813:11, 6813:13, | 6829:8, 6829:12, | 6844:9, 6844:14, | 6863:4, 6863:8, | 6883:12, 6883:15, |
| 6813:15, 6813:17, | 6829:15, 6829:17, | 6844:15, 6844:18, | 6863:15, 6863:18, | 6883:18, 6883:25, |
| 6813:20, 6813:22, | 6829:18, 6829:20, | 6844:20, 6844:22, | 6863:23, 6864:1, | 6884:8, 6884:10, |

6884:13, 6884:14, 6884:15, 6884:18, 6885:3, 6885:4, 6885:10, 6885:14, 6885:22, 6886:1, 6886:2, 6886:5, 6886:14, 6886:20, 6887:17, 6887:21, 6888:3, 6888:7, 6888:11, 6888:25, 6889:2, 6889:7, 6889:14, 6889:20, 6890:1, 6890:3, 6890:16, 6890:22, 6891:11, 6891:17, 6891:18, 6891:22, 6892:20, 6892:23, 6892:24, 6893:1, 6893:8, 6893:14, 6893:21, 6894:5, 6894:8, 6894:10, 6894:11, 6894:14, 6894:21, 6894:22, 6894:23, 6895:6, 6895:14, 6895:17, 6896:8, 6896:10, 6897:24, 6897:25, 6898:11, 6898:16, 6899:8, 6899:9, 6899:11, 6899:12, 6900:4, 6900:10, 6901:5, 6901:6, 6901:12, 6901:15, 6901:23, 6901:24, 6902:3, 6902:13, 6902:18, 6902:25, 6903:4, 6903:5, 6904:4, 6904:23, 6904:24, 6906:1, 6906:2, 6906:16, 6907:1, 6907:2, 6907:24, 6908:15, 6909:7, 6909:11, 6909:18, 6911:16, 6911:17, 6912:7, 6912:15, 6912:22, 6913:5, 6913:22, 6913:24, 6914:11, 6914:13, 6914:14, 6914:21, 6915:21, 6915:22, 6915:24, 6916:2, 6916:6, 6916:13, 6916:22, 6917:5, 6917:9, 6917:10, 6917:19, 6917:24, 6917:25, 6918:12, 6918:14, 6918:22, 6918:24, 6919:9, 6919:21, 6920:4, 6920:20, 6920:23, 6920:25,

6921:9, 6921:21, 6921:23, 6922:11, 6923:3, 6923:7, 6923:17, 6923:21, 6924:14, 6924:16, 6924:21, 6924:22, 6924:23, 6924:25, 6925:2, 6926:1, 6926:16, 6926:22, 6927:7, 6927:19, 6928:1, 6928:2, 6928:8, 6928:9, 6929:9, 6929:11, 6929:13, 6929:20, 6929:22, 6929:23, 6930:5, 6930:14, 6930:19, 6930:24, 6931:21, 6932:11
**You** [1] - 6867:18
**you'd** [6] - 6782:24, 6783:2, 6783:8, 6784:4, 6784:10, 6807:6
**you'll** [8] - 6771:12, 6812:12, 6880:2, 6880:3, 6899:13, 6904:6, 6910:24, 6913:23
**you're** [47] - 6768:14, 6769:24, 6770:4, 6793:4, 6796:3, 6796:6, 6804:21, 6815:22, 6821:13, 6843:21, 6849:15, 6852:12, 6862:7, 6865:8, 6874:21, 6878:13, 6880:15, 6884:23, 6886:8, 6889:22, 6890:5, 6890:20, 6891:23, 6891:24, 6892:1, 6892:14, 6894:24, 6896:7, 6896:8, 6897:23, 6899:11, 6901:2, 6907:3, 6913:3, 6915:9, 6915:25, 6916:1, 6921:18, 6922:21, 6926:20, 6928:7, 6928:8, 6929:5, 6930:16, 6931:5
**you've** [37] - 6779:9, 6782:21, 6786:4, 6787:13, 6803:20, 6804:16, 6805:6, 6807:2, 6811:3, 6812:4, 6824:3, 6834:21, 6842:20, 6851:5, 6853:25, 6854:4, 6854:5,

6860:24, 6876:13, 6876:20, 6880:3, 6880:13, 6882:15, 6882:20, 6885:10, 6885:13, 6889:19, 6890:15, 6892:10, 6914:7, 6914:12, 6915:1, 6918:9, 6918:11, 6922:7, 6922:9, 6928:21
**YOUNG** [1] - 6764:3
**your** [175] - 6768:6, 6768:15, 6768:19, 6769:14, 6769:16, 6770:2, 6770:9, 6771:3, 6771:10, 6773:4, 6773:20, 6774:1, 6778:3, 6778:23, 6778:25, 6779:2, 6779:4, 6780:5, 6780:19, 6783:19, 6784:1, 6784:13, 6784:17, 6785:7, 6785:18, 6789:21, 6789:23, 6790:7, 6790:23, 6794:14, 6798:21, 6801:12, 6801:22, 6802:4, 6802:25, 6804:12, 6804:16, 6804:25, 6805:15, 6805:22, 6806:20, 6807:3, 6810:10, 6810:12, 6810:15, 6810:18, 6811:22, 6812:5, 6812:13, 6815:15, 6816:15, 6818:5, 6818:15, 6822:11, 6824:7, 6825:13, 6831:24, 6832:23, 6833:2, 6833:13, 6834:18, 6834:21, 6836:23, 6839:1, 6841:6, 6841:18, 6842:6, 6842:16, 6843:14, 6846:14, 6846:24, 6848:14, 6848:16, 6849:15, 6852:19, 6855:11, 6855:25, 6857:15, 6858:1, 6858:4, 6858:11, 6858:24, 6860:3, 6860:10, 6861:5, 6861:13, 6861:15, 6861:17, 6861:21, 6862:1, 6862:4, 6866:14, 6866:15, 6866:23, 6868:12, 6868:24, 6869:1, 6869:3, 6869:6,

6869:11, 6870:12, 6870:23, 6874:15, 6874:23, 6875:2, 6875:3, 6875:18, 6875:24, 6876:3, 6876:7, 6876:20, 6877:6, 6877:13, 6877:14, 6877:22, 6881:5, 6881:8, 6881:23, 6882:9, 6882:10, 6883:8, 6886:23, 6887:9, 6891:17, 6892:4, 6893:25, 6894:5, 6894:8, 6894:19, 6894:25, 6896:6, 6897:18, 6898:4, 6898:8, 6900:12, 6902:6, 6904:20, 6915:11, 6916:4, 6916:12, 6916:18, 6916:20, 6916:22, 6916:24, 6917:5, 6917:9, 6917:13, 6917:20, 6918:22, 6919:6, 6919:7, 6919:15, 6919:16, 6919:20, 6920:20, 6920:25, 6922:23, 6923:2, 6923:17, 6924:17, 6927:14, 6927:23, 6928:9, 6928:11, 6928:21, 6929:22, 6932:18, 6932:22
**Your** [14] - 6786:7, 6786:9, 6786:11, 6788:18, 6790:20, 6790:25, 6796:17, 6796:21, 6798:24, 6801:15, 6801:16, 6803:10, 6803:12, 6887:3
**yours** [2] - 6811:4, 6919:14
**yourself** [2] - 6775:5, 6821:3

# Z

**zero** [3] - 6832:20, 6842:21, 6874:2
**zonal** [14] - 6802:7, 6802:13, 6802:18, 6803:1, 6803:5, 6807:7, 6829:2, 6830:16, 6831:3, 6831:5, 6831:14, 6831:19, 6872:10, 6872:16

**zone** [5] - 6802:15, 6809:7, 6811:19, 6811:24, 6841:3
**zones** [2] - 6802:15, 6822:1
**ZoneSeal** [9] - 6807:19, 6808:2, 6808:6, 6808:9, 6808:11, 6824:25, 6825:4, 6825:15, 6825:19
**ZoneSealant** [2] - 6832:18, 6842:25

"

**"MIKE"** [1] - 6765:2