UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding Contact by Ali Salman with the Court Supervised Settlement Program and Others]

A telephone status conference was held this date with the following people participating:

Ali Salman, representing his company, Gulf Coast Representation, LLC ("GCR"); Richard Stanley and Stanley Reuter, counsel for the Court Supervised Settlement Program; and Steven Herman, Class Counsel.

This matter first came to the undersigned's attention by letter dated December 16, 2013 from Mr. Herman (Exhibit 1).  Mr. Herman pointed out that Mr. Salman, as the representative of many claimants with the Court Supervised Settlement Program (the "Program), had been contacting his office as well as frequently contacting Patrick Juneau (the Program's Claims Administrator), BrownGreer, Mr. Stanley's law firm, and Program staff.  By letter dated December 20, 2013 (Exhibit 2), Mr. Stanley wrote to the undersigned explaining in further detail Mr. Salman's involvement as the principal of GCR, a claims preparation firm associated with approximately 900 Program claimants. Mr. Stanley reported that Mr. Salman's contact with Program employees had become abusive, including contacting Program employees and representatives repeatedly, accusing them of lying to him and "playing games" and threatening to "take it to the next level" if his concerns were not addressed.  Id.

Mr. Salman's then attorney, Samuel Reiner, II, by letter dated January 9, 2014 (Exhibit 3) responded to the complaints made by Mr. Herman and Mr. Stanley.  That same day the undersigned

had a telephone status conference with Mr. Reiner, Mr. Salman, Mr. Herman and Mr. Stanley, at which time I instructed Mr. Salman to put his specific complaints in writing so that the Program could investigate and respond to him regarding each of the claims that he was inquiring concerning. In the telephone conference today, Mr. Salman complained that he had subsequently inquired as to 48 claims and had received an inadequate response from Mr. Stanley.

Mr. Stanley, by way of letter to the undersigned dated April 22, 2014 (Exhibit 4), reported that Mr. Salman had been assigned a specific BrownGreer attorney contact, Amy Groat, and he had been instructed to solely contact her with regard to claim inquiries with the Program. Despite that, Mr. Stanley reports that Mr. Salman's "disruptive behavior" has continued with multiple daily calls and emails to senior partners at BrownGreer, some of whom do not even work with the Program, as well as threatening criminal and professional investigations and lawsuits against BrownGreer personnel and the Juneau David law firm in Lafayette, Louisiana (Mr. Juneau's law firm, which is not involved in the Program).

In today's conference, Mr. Salman was clearly frustrated, as are many claimants whose claims have not been paid. However, that frustration does not justify Mr. Salman's disruptive and harassing behavior. His actions are not only unproductive, his continuing demands on and interruptions with Program employees and BrownGreer personnel are disruptive and in fact distract these people from performing their jobs.

Accordingly, in the telephone conference I instructed Mr. Salman that he is to limit his communications regarding the claimants he represents to written communications with Mr. Stanley detailing the claim and the specific complaint or problem being experienced by that claimant. Mr. Stanley will then investigate the situation and respond to Mr. Salman in writing. Accordingly,

IT IS ORDERED that Mr. Salman is prohibited from telephoning the Court, the Program office, BrownGreer, Class Counsel, the Juneau David law firm, and the law firm of Stanley Reuter. His only communication regarding any claimant he is involved with will be limited to written communications directed to Mr. Stanley.  **In the event that Mr. Salman violates the terms of this Order, the undersigned will consider the imposition of sanctions, including to but not limited to prohibiting Mr. Salman from further representation of claimants in the Program.**

New Orleans, Louisiana, this 30th day of April, 2014.

                                               **SALLY SHUSHAN**
                                               **United States Magistrate Judge**

**CLERK TO SERVE:**
Ali Salman via email: ***ali@gulfcoastrepresentation.com***