UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf * of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br>THIS DOCUMENT RELATES TO<br>C.A. NO. 14-CV-121 |
| Applies to: *All Cases.* | * * * | SECTION:  J |
| | * * * | JUDGE CARL BARBIER<br>MAGISTRATE JUDGE<br>SALLY SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Now into court come E. Phelps Gay, Kevin R. Tully, and H. Carter Marshall, and the law firm of Christovich & Kearney, LLP, and Lewis O. Unglesby and Unglesby Law Firm, and pursuant to Local Rule 83.2.11 hereby move for the withdrawal of E. Phelps Gay, Kevin R. Tully, and H. Carter Marshall, and the law firm of Christovich &Kearney, LLP as counsel for defendants in the captioned matter, and the substitution of Lewis J. Unglesby and Unglesby Law Firm, as counsel of record for all defendants - Andry Lerner, L.L.C., Andry Law Group, L.L.C., Jonathan B. Andry, and Christina E. Mancuso.

New Orleans, Louisiana, this 30th day of April, 2014.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/E Phelps Gay | /s/Lewis O. Unglesby |
| E. PHELPS GAY - BAR #5992 | LEWIS O. UNGLESBY – BAR #12498 |
| KEVIN R. TULLY – BAR #1627 | UNGLESBY LAW FIRM |
| H. CARTER MARSHALL BAR #28136 | 246 Napoleon Street |
| CHRISTOVICH & KEARNEY, LLP | Baton Rouge, LA |
| 601 Poydras Street, Suite 2300 | Telephone:  (225) 387-0120 |
| New Orleans, LA  70130-6078 | |
| Telephone:  (504) 561-5700 | |

## **CERTIFICATE**

I do hereby certify that on the 30th day of April, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

/s/E. Phelps Gay

4813-8058-3962, v. 1