**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

**MDL No. 2179**

**SECTION: J**

**This Document Relates to:**

**All Cases**

**JUDGE BARBIER**
**MAG. JUDGE SHUSHAN**

______________________________________/

## ORDER

Considering Kevin LeMaire's Motion for Leave to File Motion to Appoint Special Master;

**IT IS ORDERED** that Kevin LeMaire's Motion for Leave to File Motion to Appoint Special Master is hereby **GRANTED.**

New Orleans, Louisiana this ______ day of ______________, 2014.

______________________________
UNITED STATES DISTRICT JUDGE