## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HEATH AND AMANDA RUSHING; | ) | |
| PANTHER RIDGE ESTATES, INC.; | ) | |
| CHRISTOPHER B. PARKER; and | ) | |
| GLENDA B. PARKER | ) | |
| | ) | |
| versus | ) | CASE NO. 2:13-CV-05366-CJB-SS |
| | ) | |
| BP EXPLORATION & PRODUCTION, | ) | |
| INC.; BP AMERICA PRODUCTION | ) | |
| COMPANY; BP P.L.C.; | ) | LEAD CASE: 2:10-MD-02179-CJB-SS |
| TRANSOCEAN LTD.; TRANSOCEAN | ) | |
| OFFSHORE DEEPWATER DRILLING, | ) | |
| INC.; TRANSOCEAN DEEPWATER, | ) | |
| INC.; TRANSOCEAN HOLDINGS, | ) | |
| LLC; TRITON ASSET LEASING | ) | |
| GMBH; HALLIBURTON ENERGY | ) | |
| SERVICES, INC.; and SPERRY | ) | |
| DRILLING SERVICES, A DIVISION | ) | |
| OF HALLIBURTON ENERGY | ) | |
| SERVICES, INC. | ) | |

**FILED: _____          DY. CLERK: _____**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, come Daniel B. Snellings, co-counsel for Plaintiffs, who respectfully represents:

## I.

That he is currently enrolled as co-counsel of record for Plaintiffs and seeks to withdraw as co-counsel of record, all as more specifically outlined in the attached Memorandum in Support of Motion to Substitute Counsel of Record.

1

WHEREFORE, Daniel B. Snellings prays that he be allowed to withdraw as co-counsel of record for the Plaintiffs, as more fully set forth in the attached Memorandum in Support of Motion to Substitute Counsel of Record.

Respectfully Submitted,

/s/ Daniel B. Snellings
DANIEL B. SNELLINGS (#20004)
THE PENTON LAW FIRM
209 Hoppen Place
Bogalusa, Louisiana  70427
(985) 732-5651
Co-Counsel for Plaintiffs
dsnellings@aol.com

2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HEATH AND AMANDA RUSHING; | ) | |
| PANTHER RIDGE ESTATES, INC.; | ) | |
| CHRISTOPHER B. PARKER; and | ) | |
| GLENDA B. PARKER | ) | |
| | ) | |
| versus | ) | CASE NO. 2:13-CV-05366-CJB-SS |
| | ) | |
| BP EXPLORATION & PRODUCTION, | ) | |
| INC.; BP AMERICA PRODUCTION | ) | |
| COMPANY; BP P.L.C.; | ) | LEAD CASE: 2:10-MD-02179-CJB-SS |
| TRANSOCEAN LTD.; TRANSOCEAN | ) | |
| OFFSHORE DEEPWATER DRILLING, | ) | |
| INC.; TRANSOCEAN DEEPWATER, | ) | |
| INC.; TRANSOCEAN HOLDINGS, | ) | |
| LLC; TRITON ASSET LEASING | ) | |
| GMBH; HALLIBURTON ENERGY | ) | |
| SERVICES, INC.; and SPERRY | ) | |
| DRILLING SERVICES, A DIVISION | ) | |
| OF HALLIBURTON ENERGY | ) | |
| SERVICES, INC. | ) | |

**FILED: _____**          **DY. CLERK: _____**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**MAY IT PLEASE THE COURT:**

Daniel B. Snellings is currently enrolled as co-counsel of record for Plaintiffs.

Daniel B. Snellings was hired as an independent contractor by The Penton Law Firm to

assist in the litigation of this matter, however, as of April 30, 2014, Daniel B. Snellings

will no longer be an independent contractor for The Penton Law Firm. Because Daniel B.

Snellings is no longer associated with The Penton Law Firm and has no contractual

relationship with the plaintiffs, he desires to withdraw as co-counsel of record for the Plaintiff.

Pursuant to Rule 9.13(a) of the Uniform Rules for Louisiana District Court and Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Article 16, Mover has made contact with Plaintiffs through their attorney of record, Ronnie G. Penton, who has advised that they has no opposition to Mover's withdrawal.

The withdrawal of Daniel B. Snellings will not prejudice the Plaintiff, nor will it unduly delay these proceedings.

Therefore, Daniel B. Snellings prays that he be allowed to withdraw as counsel of record for the Plaintiffs.

Respectfully Submitted,

/s/ Daniel B. Snellings
DANIEL B. SNELLINGS (LA #20004)
THE PENTON LAW FIRM
209 Hoppen Place
Bogalusa, Louisiana  70427
(985) 732-5651
Co-Counsel for Plaintiffs
dsnellings@aol.com

4

## CERTIFICATION

Mover hereby certifies that he has complied with Rule 9.13(a) of the Uniform Rules for Louisiana District Court and Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Article 16 by notifying plaintiffs through his current counsel of record, Ronnie G. Penton, that Daniel B. Snellings is withdrawing as his counsel of record and that Plaintiffs has advised that they have no opposition to these actions.

/s/ Daniel B. Snellings
DANIEL B. SNELLINGS

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

April 30, 2014.

/s/ Daniel B. Snellings
DANIEL B. SNELLINGS