## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HEATH AND AMANDA RUSHING; PANTHER RIDGE ESTATES, INC.; CHRISTOPHER B. PARKER; and GLENDA B. PARKER | ) ) ) ) ) | |
| versus | ) ) | CASE NO. 2:13-CV-05366-CJB-SS |
| BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; and SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | LEAD CASE: 2:10-MD-02179-CJB-SS |

**FILED: _____**     **DY. CLERK: _____**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Daniel B. Snellings be and hereby withdrawn as co-counsel of record for the Plaintiffs.

Signed in New Orleans, Louisiana, this the _____ day of April, 2014.

_____
**J U D G E**