UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig         MDL No.  2179
        "Deepwater Horizon" in the
        Gulf of Mexico, on
        April 20, 2010                   SECTION: J

This Document Relates to:  13cv 01791    Judge Barbier
                                         Mag. Judge Shushan

### JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

COME NOW, MATTHEW PAUL PAVLOV, of DENHAM LAW FIRM, PLLC, and ALBERT R. JORDAN, IV, of CARTER & JORDAN, PLLC, and file this their Joint Motion to Substitute Counsel of Record and would move this Court to substitute MATTHEW PAUL PAVLOV, as counsel of record for the Plaintiff, William Earl Peoples, in the place and stead of ALBERT R. JORDAN, IV, formerly of the firm of DENHAM LAW FIRM, PLLC.

Respectfully submitted this the 2nd day of May, 2014.

        CARTER & JORDAN, PLLC

BY:  */s/ Albert R. Jordan, IV*
     ALBERT R. JORDAN, IV
     Mississippi Bar No. 102513
     CARTER & JORDAN, PLLC
     1101 Iberville Drive (39564)
     Post Office Box 2040
     Ocean Springs, MS 39566-2040
     (228) 202-1107 Telephone
     (228) 202-1108 Facsimile
     al@carterjordanlaw.com

        DENHAM LAW FIRM, PLLC

BY:  */s/ Matthew Paul Pavlov*
     MATTHEW PAUL PAVLOV
     Mississippi Bar No. 104540
     DENHAM LAW FIRM, PLLC
     424 Washington Avenue (39564)
     Post Office Drawer 580

Ocean Springs, MS 39566-0580<br>
228.875.1234 Telephone<br>
228.875.4553 Facsimile<br>
matthew@denhamlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Joint Motion to Substitute Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2014.

<i>/s/ Albert R. Jordan, IV</i><br>
ALBERT R. JORDAN, IV

ALBERT R. JORDAN, IV  
Mississippi Bar No. 102513  
CARTER & JORDAN, PLLC  
1101 Iberville Drive (39564)  
Post Office Box 2040  
Ocean Springs, MS 39566-2040  
(228) 202-1107 Telephone  
(228) 202-1108 Facsimile  
al@carterjordanlaw.com

2