UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.  2179<br><br>SECTION: J |
| This Document Relates to:  13cv 01791 | Judge Barbier<br>Mag. Judge Shushan |

### ORDER

Considering the Joint Motion to Substitute Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Matthew Paul Pavlov and the law firm of Denham Law Firm, PLLC is substituted as counsel of record for WILLIAM EARL PEOPLES, in the place and stead of Albert R. Jordan, IV, formerly of the law firm of Denham Law Firm, PLLC, and that Albert R. Jordan, IV, is removed as counsel of record for WILLIAM EARL PEOPLES, in the above-captioned matter.

New Orleans, Louisiana this ___ day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

1