UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HEATH AND AMANDA RUSHING; ) <br> PANTHER RIDGE ESTATES, INC.; ) <br> CHRISTOPHER B. PARKER; and ) <br> GLENDA B. PARKER ) <br> ) <br> versus ) <br> ) <br> BP EXPLORATION & PRODUCTION, ) <br> INC.; BP AMERICA PRODUCTION ) <br> COMPANY; BP P.L.C.; ) <br> TRANSOCEAN LTD.; TRANSOCEAN ) <br> OFFSHORE DEEPWATER DRILLING, ) <br> INC.; TRANSOCEAN DEEPWATER, ) <br> ) <br> INC.; TRANSOCEAN HOLDINGS, ) <br> LLC; TRITON ASSET LEASING ) <br> GMBH; HALLIBURTON ENERGY ) <br> SERVICES, INC.; and SPERRY ) <br> DRILLING SERVICES, A DIVISION ) <br> OF HALLIBURTON ENERGY ) <br> SERVICES, INC. ) | IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 <br><br> MDL # 2179 |

**FILED:** _____      **DY. CLERK:** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Daniel B. Snellings be and hereby withdrawn as co-counsel of record for the Plaintiffs.

Signed in New Orleans, Louisiana, this the _____ day of April, 2014.

_____
J U D G E

1