UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION TO COMPEL THE FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION
TO PROVIDE THE SPECIAL MASTER WITH TRIP TICKET OR EQUIVALENT DATA

COMES NOW Special Master Louis J. Freeh, and for his unopposed Motion to Compel the Florida Fish and Wildlife Conservation Commission to Provide the Special Master with Trip Ticket or Equivalent Data ("Motion"), states as follows:

1. On June 4, 2012, the *Deepwater Horizon* Court Supervised Settlement Program ("CSSP") began processing claims pursuant to the Economic and Property Damages Settlement Agreement as Amended on May 2, 2012.

2. On September 18, 2012, at the request of the Claims Administrator and with the consent of the parties, this Court ordered "all authorities . . . to provide to the [CSSP] trip ticket data, dealer reports, and/or equivalent data for the year or years identified by the Settlement Program" in order to "enhance the efficiency of the Claims process."  (Doc. No. 7441.)

3. On September 6, 2013, the Court ordered the Special Master, "[i]n conjunction with the Claims Administrator's Office," to "examine and investigate . . . any past or pending claims submitted to the CSSP which are deemed to be suspicious."  (Doc. No. 11288.)

4. To assist with carrying out the Court's mandate, the Special Master contacted the Florida Fish and Wildlife Conservation Commission ("FWCC") regarding access to data

- 2 -

maintained as part of Florida's Marine Fisheries Trip Ticket Program.  The Claims Administrator previously had not obtained access to the Florida trip ticket data.

5.  Counsel for the FWCC informed the Special Master that pursuant to Section 379.362, Florida Statutes, all trip ticket records are confidential and are not subject to disclosure under the Florida Open Records Act, Section 119.07, Florida Statutes.  The FWCC will, however, release trip ticket data to a third-party pursuant to a court order.

6.  Therefore, to assist the Special Master and the Claims Administrator, the Special Master respectfully requests this Court grant the Motion requiring FWCC to produce the relevant trip ticket or equivalent data to enhance the efficiency and effectiveness of the examination and investigation of suspicious claims filed with the CSSP.  Counsel for FWCC does not oppose this Motion.

7.  The data also will be shared with the Claims Administrator for analysis of CSSP claims where the data may be of relevance.

                                              Respectfully submitted,

                                              /s/ Louis J. Freeh
                                            Louis J. Freeh
                                            Special Master

Dated:  May 2, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, as well as by e-mail upon the following, this   2nd   day of      May    , 2014:

        Quilla Miralia
        Assistant General Counsel
        Florida Fish and Wildlife Conservation Commission
        620 South Meridian Street
        Tallahassee, Florida 32399


          /s/Louis J. Freeh
        Louis J. Freeh

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER

AND NOW upon consideration of the Special Master's unopposed Motion to Compel the Florida Fish and Wildlife Conservation Commission to Provide the Special Master with Trip Ticket or Equivalent Data, it is hereby

ORDERED that the Special Master's Motion is GRANTED; and it is further

ORDERED that as soon as practicable the Florida Fish and Wildlife Conservation Commission provide the Special Master with all trip ticket data for gulf coast landings in electronic format for the period January 1, 2007 through December 31, 2011; and it is further

ORDERED that the Special Master shall maintain all information received as Confidential Claims Information pursuant to this Court's Order of June 29, 2012 (Doc. No. 6822), and the Special Master shall share all information received pursuant to the Order with the DHECC Claims Administration Office, all in furtherance of the Court's Order of September 6, 2013.

New Orleans, Louisiana, this _____ day of May, 2014.

```
                                    _____
                                    HONORABLE CARL J. BARBIER
                                    UNITED STATES DISTRICT JUDGE
```