

**Patrick A. Juneau**
*Claims Administrator*

March 21, 2014

The Honorable Carl Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Judge Barbier:

Pursuant to your Order of December 24, 2013 (Rec. Doc. 12055), the Claims Administrator has proposed a "policy for handling BEL claims in which the claimant's financial records do not match revenue with corresponding variable expenses." That policy is set out in Policy 495: Business Economic Loss Claims: Matching of Revenue and Expenses. A Claims Administration Panel Meeting was held in effort to reach agreement on this policy, but the Parties were unable to reach such agreement. This matter is thus being referred to the Court for resolution pursuant to Section 4.3.4 of the Settlement Agreement.

Sincerely,

PATRICK A. JUNEAU
Claims Administrator

cc: Hon. Shushan
David Welker
Michael Juneau
Steve Herman
James Roy
Mark Holstein
Keith Moskowtiz

935 Gravier St., Suite 1905 | New Orleans, LA 70112 | TEL 504.934.4999 | FAX 504.934.4998
www.deepwaterhorizoneconomicsettlement.com