

$J(1)$

Attn: MDL 2179  Clerk Of Court

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY 05 2014
WP

WILLIAM W. BLEVINS
CLERK

# U.S. District Court – Eastern District of Louisiana

500  Poydras Street, Room C-151

New Orleans, Louisiana 70130

TENDERED FOR FILING

MAY - 5 2014

U.S. DISTRICT COURT
Eastern District of Louisiana

## NOTICE OF CHANGE OF MAILING ADDRESS

Please take notice that I filed a "Motion for Summary Judgment and Affidavit" in this wrongful death matter that was set to be held before Judge Barbier on the 23rd day of April, 2014, a clerk advised me that it has been stayed.

My name is Ellis Keyes. I am in Propria Persona as Executor for the Estate of Christine C. Keyes Deceased at 3305 Corinne Dr. in Chalmette, Louisiana 70043.

Please forward any mail correspondence to the following U.S. Postal address:

Ellis Keyes

P O Box 1073

Whitesburg, Kentucky 41858-1073

Respectfully

Ellis Keyes

Fee_____
Process_____
X  Dktd_____
X  CtRmDep_____
Doc. No._____

4/30/2014

TENDERED FOR FILING

APR - 1 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
TENDERED FOR FILING

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon"
in the Gulfof Mexico,
on April 20, 2010

MAY - 5 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Civil Action No. MDL-2179

ELLIS KEYES

Plaintiff

## Motion for summary judgment and affidavit

I Ellis L. Keyes, Administrator for the Estate of My Deceased Mother Christine C. Keyes, bring motion for summary judgment to recover cost for WRONGFULL DEATH, INCLUDING MEDICAL AND FUNERAL COST, or the percentage that is fair and just according to the contributing factor caused by British Petroleum in the Deep Water Horizon Incident that poisoned the environment and the atmospheric conditions created in the designated area of zone A that brought about my Mother's death from anoxic brain injury. My Mother's home was located in Zone B she had visited zone A in Grand Isle; furthermore the poisonous atmosphere drifted into Zone B and a stench of chemicals created a nauseating effect that made her sick and visited several times to the hospital Touro Infirmary as a direct result. She was on the third visit diagnosed as brain dead. I stayed with her at Cannon Hospice until she expired on September 23rd, 2010. The Medical cost was over three hundred thousand dollars at Touro, the Funeral cost Eight Thousand and Cannon Hospice cost were ten Thousand. Additionally the loss of filial piety is priceless.

It is undeniable that the disaster was a contributing factor in my Mother's death at the relatively young age of seventy years old. I seek summary Judgment for fair and just compensation to the Estate of Christine C. Keyes as Her first born Son and Executor of the Estate.

Documents have long been submitted to the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program.

Sworn and subscribed before me this 2nd day of April, 2014          Ellis L. Keyes, Executor for Christine C. Keyes

_____my commission expires          3305 Corinne Dr., Chalmette La. 70043

(228)326-8679

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon"
in the Gulf of Mexico,
on April 20, 2010

Civil Action No. MDL-2179

ELLIS KEYES
Plaintiff

## NOTICE OF SUBMISSION

A HEARING WILL BE HELD BOFORE
JUDGE BARBIER ON THE 23RD DAY
OF APRIL, 2014 AT 9:30 AM.

ELLIS KEYES
3305 CORINNE
CHALMETTE, LA
70043

(228) 326-8679

TENDERED FOR FILING

MAY - 5 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Certificate of Service
I hereby certify that I have served a copy of this
document on all counsel of record either in person
or my mailing it postage prepaid on this
_____ ST day of APRIL , 20 14

Signature

Ellis Keyes

P O Box 1073

Whitesburg, Kentucky 41858-1073

7013 1710 0000 6012 4333

CERTIFIED MAIL™

**U.S. District Court - Eastern District of Louisiana**

500 Poydras Street, Room C-151

New Orleans, Louisiana 70130

MDL 2179  Clerk Of Court

U.S. POSTAGE
PAID
WHITESBURG, KY
41858
MAY 08 14
AMOUNT
$3.30
00000146-08

