# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO 2179  SECTION: J  Judge Barbier |
| This Document Relates to: 2:13-CV-05366 | * * | Mag. Judge Shusan |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that Daniel B. Snellings be and hereby withdrawn as co-counsel of record for the Plaintiffs.

Signed in New Orleans, Louisiana, this the _____ day of May, 2014.

_____

J U D G E