UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-02454, 2:10-cv-01768 | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>) **PLAINTIFF'S LR 56.2 RESPONSE TO**<br>) **TRANSOCEAN OFFSHORE**<br>) **DEEPWATER DRILLING'S**<br>) **STATEMENT OF UNDISPUTED**<br>) **MATERIAL FACTS (ECF No. 12675-2)** |

      Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.2, Plaintiff Center for Biological Diversity, Inc. (the "Center") respectfully submits this Response to Transocean Offshore Deepwater Drilling Inc.'s ("Transocean") Statement of Undisputed Material Facts In Support of Its Motion for Summary Judgment, ECF No. 12675-2.  Because Transocean joins in some of the facts identified by the BP Defendants, the Center hereby incorporates its responses to paragraph numbers 1-5, 8-10, 21-30, and 32-45 of the BP Defendants' Statement of Undisputed Material Fact.  *See* Plaintiff's LR 56.2 Response to BP Defendants' Statement of Undisputed Material Facts (ECF No. 12676-2), filed herewith.

      1.      Uncontested.

      2.      Uncontested at this time.

      3.      Contested to the extent that Transocean claims the reporting requirements in the partial consent decree are equivalent to, supersede, or constitute compliance with the emergency notification provisions of EPCRA.  The decree does not relieve Transocean from reporting obligations under any other local, state, or federal statute, rule, regulation, or permit.  ECF No. 8606 at ¶ 34.

      4.      Uncontested.

1

5. Contested to the extent Transocean claims that its communications with emergency response officials somehow constitutes compliance with EPCRA's emergency notification provisions, 42 U.S.C. § 11004(b), (c). Transocean offers no identification of the "detailed information" it allegedly shared with officials, who those officials were beyond the Coast Guard, how that information could possibly comply with the specific categories of information EPCRA requires to be included on a followup written notice, or how that information was made publicly available.

6. Contested to the extent Transocean claims that this press release somehow equates to compliance with EPCRA's emergency release notification requirements, 42 U.S.C. § 11004(b), (c). The press release merely mentions that 700,000 gallons of diesel may have been on board the *Deepwater Horizon* at the time it sank.

7. Contested to the extent Transocean claims that its alleged provision of information pertaining to chemicals or hazardous substances onboard the *Deepwater Horizon* to the "government" somehow constitutes compliance with EPCRA's emergency notification provisions, 42 U.S.C. § 11004(b), (c).

DATED this 5th Day of May, 2014.

Respectfully submitted,

                                                      s/Charles M. Tebbutt
                                                    Charles M. Tebbutt
                                                    Daniel C. Snyder
                                                    Law Offices of Charles M. Tebbutt, P.C.
                                                    941 Lawrence St.
                                                    Eugene, OR 97401
                                                    Ph: 541-344-3505
                                                    E-mail: charlie.tebbuttlaw@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 5, 2014, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                                    s/ Charles M. Tebbutt
                                                    Charles M. Tebbutt
                                                    Law Offices of Charles M. Tebbutt, P.C.