UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-02454, 2:10-cv-01768 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>**DECLARATION OF DANIEL C. SNYDER IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT (ECF No. 12676)** |

I, Daniel C. Snyder, hereby declare as follows:

1.   I am over the age of eighteen and competent to make this declaration. I am counsel for the Center for Biological Diversity (the "Center"), plaintiff the above-captioned matters.

2.   Attached hereto as Exhibit A is a true and correct excerpt of the response of Defendants Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to the Center's First Set of Interrogatories, Requests for Production, and Requests for Admission.

3.   Attached hereto as Exhibit B is a true and correct copy of the Court's "Order Denying Defendant BNSF Railway Company's Motion to Dismiss," ECF No. 77, Case 2:13-cv-00967-JCC (W.D. Wash. March 12, 2014).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

SIGNED AND DATED THIS FIFTH DAY OF MAY, 2014 IN EUGENE, OR.

/s/ Daniel C. Snyder
Daniel C. Snyder
Counsel for Plaintiff

1

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 5, 2014, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                        s/ Charles M. Tebbutt
                                        Charles M. Tebbutt
                                        Law Offices of Charles M. Tebbutt, P.C.