# EXHIBIT A



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: 2:10-cv-01768 & 2:10-cv-02454 | * | MAG. JUDGE SHUSHAN |

**RESPONSE ON BEHALF OF TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC. TO CENTER FOR BIOLOGICAL DIVERSITY'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION[1]**

Pursuant to Federal Rules of Civil Procedure 26, 33, and 34, TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., and TRANSOCEAN DEEPWATER INC. (collectively, "Respondents") respond to the Center for Biological Diversity's ("CBD") First Set of Interrogatories, Requests for Production, and Requests for Admission ("CBD's Interrogatories and Requests") as follows:

**GENERAL OBJECTIONS**

These General Objections are hereby incorporated into each specific response below.

1. Respondents object generally to CBD's Interrogatories and Requests, and to each individual Interrogatory or Request, to the extent that they attempt to impose upon Respondents

---

[1] Although the CBD's Interrogatories and Requests name Transocean Ltd., this party objects generally to the CBD's Interrogatories and Requests, and to each individual Interrogatory and Request, on the grounds that this Court lacks personal jurisdiction over Transocean Ltd. Transocean Ltd. so objects with full reservation of rights, and by appearing now does not waive personal jurisdiction. On May 6, 2011, this Court entered a Special Appearance by Transocean Ltd. and ordered a standstill of jurisdictional discovery, allowing counsel to accept service of process without waiver of jurisdiction (Docket Number 2274). Transocean Ltd. has not consented to personal jurisdiction, and therefore, pending resolution of the standstill, the CBD's Interrogatories and Requests as to Transocean Ltd. are not proper.

DECLARATION OF DANIEL C. SNYDER
EXHIBIT A

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

In addition to the General Objections set forth above, Respondents object to this Request on the grounds that it is overly broad, vague, ambiguous, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Moreover, Respondents are unable to produce documents that were lost with the rig. Subject to and without waiving the foregoing specific and General Objections, Respondents will produce existing non-privileged responsive documents consisting of Material Data Safety Sheets associated with *Deepwater Horizon* cargo manifests for the Macondo well.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that the *DEEPWATER HORIZON* did not move locations once it began drilling the Macondo Well, except as to the April 20, 2010 explosion that eventually caused it to sink.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

In addition to the General Objections set forth above, Respondents object to this Request for Admission on the grounds that is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing specific and General Objections, Respondents state the *Deepwater Horizon* was, at all times it was drilling the Macondo well, a vessel under navigation, engaged in station-keeping and in the maritime activity of conducting an offshore drilling operation; respondents further state that, although it was constantly under navigation throughout the drilling of the Macondo well, the *Deepwater Horizon* did not move locations to a new well or drilling site after it began drilling the Macondo Well until after the April 20, 2010 blowout.

DECLARATION OF DANIEL C. SNYDER
EXHIBIT A

DATED:  March 3, 2014                           Respectfully submitted,

By:       /s/ Brad D. Brian                    By: /s/ Steven L. Roberts
Brad D. Brian                                   Steven L. Roberts
Michael R. Doyen                                Rachel Giesber Clingman
Luis Li                                         Sean Jordan
Grant Davis-Denny                               SUTHERLAND ASBILL & BRENNAN LLP
Daniel B. Levin                                 1001 Fannin Street, Suite 3700
MUNGER TOLLES & OLSON LLP                       Houston, Texas 77002
355 So. Grand Avenue, 35th Floor                Tel:  (713) 470-6100
Los Angeles, CA 90071                           Fax:  (713) 354-1301
Tel:  (213) 683-9100                            Email:   steven.roberts@sutherland.com
Fax: (213) 683-5180                                      rachel.clingman@sutherland.com
Email:  brad.brian@mto.com                               sean.jordan@sutherland.com
        michael.doyen@mto.com
        luis.li@mto.com
        grant.davis-denny@mto.com
        daniel.levin@mto.com

John M. Elsley                                  By:   /s/ Kerry J. Miller
ROYSTON, RAYZOR, VICKERY &                      Kerry J. Miller
WILLIAMS LLP                                    FRILOT, LLC
711 Louisiana Street, Suite 500                 1100 Poydras St., Suite 3800
Houston, TX 77002                               New Orleans, LA 70163
Tel: (713) 224-8380                             Tel:  (504) 599-8194
                                                Fax:  (504) 599-8154
                                                Email: kmiller@frilot.com

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on March 3, 2014.

                                                s/Kerry J. Miller