UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br>Section: J |
| This Document Relates To: 2:10-cv-01768, 2:10-cv-02454 | * * * | District Judge BARBIER<br>Magistrate Judge SHUSHAN |

**BP'S *EX PARTE* MOTION TO FILE UNDER SEAL
CERTAIN PORTIONS OF BP'S RESPONSE TO PLAINTIFF'S
STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS
MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST BP DEFENDANTS
ON COUNT 7 OF THE AMENDED COMPLAINT [REC. DOC. 12673-2]**

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641) and Pre-Trial Order 47 (Rec. Doc. 4237), BP America Inc. and BP Exploration & Production Inc. (collectively "BP"), respectfully request leave to file under seal certain portions of BP's Response to Plaintiff's Statement of Undisputed Material Facts In Support of Its Motion for Partial Summary Judgment Against BP Defendants On Count 7 of the Amended Complaint ("BP Response to CBD UMF"). The grounds for the motion are that these portions of the BP Response to CBD UMF contain material from a document designated Confidential under Pre-Trial Order 13 and respond to the Center for Biological Diversity's ("CBD") use of this material and document in its own filing, for which CBD filed its Motion For Leave to File Document Under Seal Pursuant to Pretrial Orders 13 and 47, Rec. Doc. 12674 (Filed Apr. 15, 2014), which the Court granted. *See* Order, Rec. Doc. 12679 (Filed Apr. 16, 2014).

WHEREFORE, BP respectfully requests that the Court order that certain portions of the BP Response to CBD UMF be filed under seal.

Dated:  May 5, 2014                                             Respectfully submitted,

/s/ Don K. Haycraft

Joel M. Gross                                                        Don K. Haycraft
ARNOLD & PORTER LLP                                    Devin C. Reid
555 Twelfth Street, N.W.                                      LISKOW & LEWIS LLP
Washington, DC 20004                                        701 Poydras Street, Suite 5000
Telephone: (202) 942-5705                                  New Orleans, LA 70139
Facsimile: (202) 942-5999                                    Telephone: (504) 556-4128
                                                                              Facsimile: (504) 556-4108
Kerri L. Stelcen
ARNOLD & PORTER LLP                                    Richard C. Godfrey, P.C.
399 Park Avenue                                                 J. Andrew Langan, P.C.
New York, NY 10022                                          KIRKLAND & ELLIS LLP
Telephone: (212) 715-1047                                  300 North LaSalle
Facsimile: (212) 715-1399                                    Chicago, IL 60654
                                                                              Telephone:  (312) 862-2000
                                                                              Facsimile:  (312) 862-2200

Jeffrey Bossert Clark
Joseph A. Eisert
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

**ATTORNEYS-IN-CHARGE FOR DEFENDANTS BP AMERICA INC.
AND BP EXPLORATION & PRODUCTION INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of May, 2014.

/s/ Don K. Haycraft
Don K. Haycraft