# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 Section:  J |
| This Document Relates To: 2:10-cv-01768, 2:10-cv-02454 | * * * | District Judge BARBIER Magistrate Judge SHUSHAN |

# ORDER

Upon consideration of BP's *Ex Parte* Motion To File Under Seal Certain Portions of BP's Response to Plaintiff's Statement of Undisputed Material Facts In Support of Its Motion for Partial Summary Judgment Against BP Defendants On Count 7 of the Amended Complaint ("BP Response to CBD UMF"), it is **HEREBY ORDERED** that BP's Motion is **GRANTED**, and that the portions of the BP Response to CBD UMF designated by BP shall be filed under seal.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of May, 2014.

                                                                                       _____
                                                                                       United States District Judge