# EXHIBIT 1

```
1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4  IN RE:  OIL SPILL BY THE OIL RIG    *  Docket 10-MD-2179
        DEEPWATER HORIZON IN THE        *
5  GULF OF MEXICO ON APRIL 20, 2010    *  Section J
                                        *
6  Applies to:                          *  New Orleans, Louisiana
                                        *
7  Docket 10-CV-02771,                  *  February 26, 2013
   IN RE:  THE COMPLAINT AND            *
8  PETITION OF TRITON ASSET             *
   LEASING GmbH, et al                  *
9                                        *
   Docket 10-CV-4536,                   *
10 UNITED STATES OF AMERICA v.          *
   BP EXPLORATION & PRODUCTION,         *
11 INC., et al                          *
                                        *
12  * * * * * * * * * * * * * * * *

13

14              DAY 2, AFTERNOON SESSION
              TRANSCRIPT OF NONJURY TRIAL
15         BEFORE THE HONORABLE CARL J. BARBIER
              UNITED STATES DISTRICT JUDGE
16

17 Appearances:

18

19 For the Plaintiffs:    Domengeaux Wright Roy
                             & Edwards, LLC
20                        BY:  JAMES P. ROY, ESQ.
                          556 Jefferson Street, Suite 500
21                        Post Office Box 3668
                          Lafayette, Louisiana 70502

22 For the Plaintiffs:    Herman Herman & Katz, LLC
23                        BY:  STEPHEN J. HERMAN, ESQ.
                          820 O'Keefe Avenue
24                        New Orleans, Louisiana 70113

25
```

OFFICIAL TRANSCRIPT

```
2  Appearances:

3  For the Plaintiffs:    Cunningham Bounds, LLC
                          BY:  ROBERT T. CUNNINGHAM, ESQ.
4                         1601 Dauphin Street
                          Mobile, Alabama 36604

5  For the Plaintiffs:    Lewis Kullman Sterbcow & Abramson
6                         BY:  PAUL M. STERBCOW, ESQ.
                          601 Poydras Street, Suite 2615
7                         New Orleans, Louisiana 70130

8  For the Plaintiffs:    Breit Drescher Imprevento
                             & Walker, PC
9                         BY:  JEFFREY A. BREIT, ESQ.
                          600 22nd Street, Suite 402
10                        Virginia Beach, Virginia 23451

11

12 For the Plaintiffs:    Leger & Shaw
                          BY:  WALTER J. LEGER JR., ESQ.
13                        600 Carondelet Street, 9th Floor
                          New Orleans, Louisiana 70130

14

15 For the Plaintiffs:    Watts Guerra Craft, LLP
                          BY:  MIKAL C. WATTS, ESQ.
16                        4 Dominion Drive
                          Building 3, Suite 100
17                        San Antonio, Texas 78257

18 For the Plaintiffs:    Williams Law Group, LLC
19                        BY:  CONRAD "DUKE" WILLIAMS, ESQ.
                          435 Corporate Drive, Suite 101
20                        Houma, Louisiana 70360

21 For the Plaintiffs:    Thornhill Law Firm
                          BY:  TOM THORNHILL, ESQ.
22                        1308 Ninth Street
23                        Slidell, Louisiana 70458

24

25
```

OFFICIAL TRANSCRIPT

```
1  Appearances:

2  For the Plaintiffs:    deGravelles Palmintier Holthaus
                             & Frugé, LLP
3                         BY:  JOHN W. DEGRAVELLES, ESQ.
                          618 Main Street
4                         Baton Rouge, Louisiana 70801

5  For the Plaintiffs:    Williamson & Rusnak
                          BY:  JIMMY WILLIAMSON, ESQ.
6                         4310 Yoakum Boulevard
                          Houston, Texas 77006

7

8  For the Plaintiffs:    Irpino Law Firm
                          BY:  ANTHONY IRPINO, ESQ.
9                         2216 Magazine Street
                          New Orleans, Louisiana 70130

10

11 For the United States  U.S. Department of Justice
   of America:            Torts Branch, Civil Division
12                        BY:  R. MICHAEL UNDERHILL, ESQ.
                          450 Golden Gate Avenue
13                        7-5395 Federal Bldg., Box 36028
                          San Francisco, California 94102

14

15 For the United States  U.S. Department of Justice
16 of America:            Environment & Natural Resources
                          Environmental Enforcement Section
17                        BY:  STEVEN O'ROURKE, ESQ.
                               SCOTT CERNICH, ESQ.
18                             DEANNA CHANG, ESQ.
                               RACHEL HANKEY, ESQ.
19                             A. NATHANIEL CHAKERES, ESQ.
                          Post Office Box 7611
20                        Washington, D.C. 20044

21

22 For the United States  U.S. Department of Justice
   of America:            Torts Branch, Civil Division
23                        BY:  JESSICA McCLELLAN, ESQ.
                               MICHELLE DELEMARRE, ESQ.
24                             JESSICA SULLIVAN, ESQ.
                               SHARON SHUTLER, ESQ.
25                             MALINDA LAWRENCE, ESQ.
                          Post Office Box 14271
                          Washington, D.C. 20004
```

OFFICIAL TRANSCRIPT

```
2  Appearances:

3  For the United States  U.S. Department of Justice
   of America:            Fraud Section
4                         Commercial Litigation Branch
                          BY:  DANIEL SPIRO, ESQ.
5                              KELLEY HAUSER, ESQ.
                               ELIZABETH YOUNG, ESQ.
6                         Ben Franklin Station
                          Washington, D.C. 20044

7

8  For the State of       Attorney General of Alabama
   Alabama:               BY:  LUTHER STRANGE, ESQ.
9                              COREY L. MAZE, ESQ.
                               WINFIELD J. SINCLAIR, ESQ.
10                        500 Dexter Avenue
                          Montgomery, Alabama 36130

11

12 For the State of       Attorney General of Louisiana
   Louisiana:             BY:  JAMES D. CALDWELL, ESQ.
13                        1885 North Third Street
                          Post Office Box 94005
14                        Baton Rouge, Louisiana 70804

15 For the State of       Kanner & Whiteley, LLC
16 Louisiana:             BY:  ALLAN KANNER, ESQ.
                               DOUGLAS R. KRAUS, ESQ.
17                        701 Camp Street
                          New Orleans, Louisiana 70130

18 For BP Exploration &   Liskow & Lewis, APLC
19 Production Inc.,        BY:  DON K. HAYCRAFT, ESQ.
   BP America Production  701 Poydras Street, Suite 5000
20 Company, BP PLC:       New Orleans, Louisiana 70139

21 For BP Exploration &   Kirkland & Ellis, LLP
22 Production Inc.,        BY:  J. ANDREW LANGAN, ESQ.
   BP America Production       HARIKLIA "CARRIE" KARIS, ESQ.
23 Company, BP PLC:            MATTHEW T. REGAN, ESQ.
                          300 N. Lasalle
24                        Chicago, Illinois 60654

25
```

OFFICIAL TRANSCRIPT

```
1   Appearances:
2
3   For BP Exploration &          Covington & Burling, LLP
    Production Inc.,              BY:  ROBERT C. "MIKE" BROCK, ESQ.
    BP America Production         1201 Pennsylvania Avenue, NW
4   Company, BP PLC:              Washington, D.C. 20004
5   For Transocean Holdings       Frilot, LLC
6   LLC, Transocean Offshore      BY:  KERRY J. MILLER, ESQ.
    Deepwater Drilling Inc.,      1100 Poydras Street, Suite 3700
7   Transocean Deepwater Inc.:    New Orleans, Louisiana 70163
8   For Transocean Holdings       Sutherland Asbill & Brennan, LLP
9   LLC, Transocean Offshore      BY:  STEVEN L. ROBERTS, ESQ.
    Deepwater Drilling Inc.,           RACHEL G. CLINGMAN, ESQ.
10  Transocean Deepwater Inc.:    1001 Fannin Street, Suite 3700
                                  Houston, Texas 77002
11
12  For Transocean Holdings       Munger Tolles & Olson, LLP
13  LLC, Transocean Offshore      BY:  MICHAEL R. DOYEN, ESQ.
    Deepwater Drilling Inc.,           BRAD D. BRIAN, ESQ.
14  Transocean Deepwater Inc.:         LUIS LI, ESQ.
                                  335 S. Grand Avenue, 35th Floor
15                                Los Angeles, California 90071
16  For Transocean Holdings       Mahtook & Lafleur
17  LLC, Transocean Offshore      BY:  RICHARD J. HYMEL, ESQ.
    Deepwater Drilling Inc.,      600 Jefferson Street, Suite 1000
18  Transocean Deepwater Inc.:    Post Office Box 3089
                                  Lafayette, Louisiana 70501
19  For Transocean Holdings       Hughes Arrell Kinchen, LLP
20  LLC, Transocean Offshore      BY:  JOHN KINCHEN, ESQ.
    Deepwater Drilling Inc.,      2211 Norfolk, Suite 1110
21  Transocean Deepwater Inc.:    Houston, Texas 77098
22
23  For Cameron International     Stone Pigman Walther Wittmann, LLC
    Corporation:                  BY:  PHILLIP A. WITTMANN, ESQ.
24                                546 Carondelet Street
                                  New Orleans, Louisiana 70130
25
```

                              OFFICIAL TRANSCRIPT

```
1   Appearances:
2
3   For Cameron International     Beck Redden & Secrest, LLP
    Corporation:                  BY:  DAVID J. BECK, ESQ.
                                       DAVID W. JONES, ESQ.
4                                      GEOFFREY GANNAWAY, ESQ.
                                       ALEX B. ROBERTS, ESQ.
5                                 1221 McKinney Street, Suite 4500
                                  Houston, Texas 77010
6
7   For Halliburton Energy        Godwin Lewis, PC
    Services, Inc.:               BY:  DONALD E. GODWIN, ESQ.
8                                      BRUCE W. BOWMAN JR., ESQ.
                                       FLOYD R. HARTLEY JR., ESQ.
9                                      GAVIN HILL, ESQ.
                                  1201 Elm Street, Suite 1700
10                                Dallas, Texas 75270
11
12  For Halliburton Energy:       Godwin Lewis, PC
    Services, Inc.:               BY:  JERRY C. VON STERNBERG, ESQ.
13                                1331 Lamar, Suite 1665
                                  Houston, Texas 77010
14
    For M-I, LLC:                 Morgan Lewis & Bockius
15                                BY:  HUGH E. TANNER, ESQ.
                                       DENISE SCOFIELD, ESQ.
16                                     JOHN C. FUNDERBURK, ESQ.
                                  1000 Louisiana Street, Suite 4000
17                                Houston, Texas 77002
18
    Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
19                                500 Poydras Street, Room HB-406
                                  New Orleans, Louisiana 70130
20                                (504) 589-7778
21                                Toni_Tusa@laed.uscourts.gov
22
23
24
    Proceedings recorded by mechanical stenography using
25  computer-aided transcription software.
```

                              OFFICIAL TRANSCRIPT

429

```
1                    I N D E X
2                                             Page
3   Robert Bea
4        Cross-Examination By Mr. Brock        430
5        Redirect Examination By Mr. Cunningham 494
6   Lamar McKay
7        Direct Examination By Mr. Cunningham   503
```

I N D E X

|  | Page |
| --- | --- |
| Robert Bea | |
| Cross-Examination By Mr. Brock | 430 |
| Redirect Examination By Mr. Cunningham | 494 |
| Lamar McKay | |
| Direct Examination By Mr. Cunningham | 503 |

                              OFFICIAL TRANSCRIPT

430

```
01:52  1               AFTERNOON SESSION
01:52  2             (February 26, 2013)
02:03  3        THE COURT:  Everyone be seated.
02:03  4        All right, Mr. Brock.
02:03  5        MR. BROCK:  Thank you, Your Honor.
02:03  6               ROBERT BEA,
02:04  7   having been duly sworn, testified as follows:
02:04  8               CROSS-EXAMINATION
02:04  9   BY MR. BROCK:
02:04  10  Q.   Dr. Bea, are you ready to proceed?
02:04  11  A.   Yes.
02:04  12  Q.   Okay.  Thank you.
02:04  13       I want to come back to a topic that you mentioned
02:04  14  this morning, which is the "every dollar counts" topic.  So
02:04  15  that's what I'm moving to now.  Okay?
02:04  16  A.   Thank you.  Yes.
02:04  17  Q.   I want to go back to the performance assessment of John
02:04  18  Guide that you mentioned this morning.
02:05  19       MR. BROCK:  If we could pull up 7099.
02:05  20  BY MR. BROCK:
02:05  21  Q.   This morning you quoted from this document a sentence that
02:05  22  says:  "Culture in place for every dollar matters."  Do you
02:05  23  remember that?
02:05  24  A.   Yes.
02:05  25  Q.   You were not shown the language from this document that
```

                              OFFICIAL TRANSCRIPT

431

ROBERT BEA - CROSS

```
02:05   1   says, "Rentals have been reduced by 40,000 a month," were you?
02:05   2   A.    No.
02:05   3   Q.    That is one of the things that the BP folks were being
02:05   4   encouraged to do, which was not have equipment sitting around
02:05   5   that they weren't using, right?
02:05   6   A.    Correct.
02:05   7   Q.    Because the equipment is expensive, and if you coordinate
02:05   8   things and manage when things go to the rig and when they
02:05   9   leave, you can save a substantial amount of money by doing
02:05  10   that?
02:05  11   A.    That's true.
02:06  12   Q.    There's nothing wrong with conveying to your employees
02:06  13   about costs, "Treat the money like it's your own, spend it
02:06  14   wisely."  That's a good message to send, isn't it?
02:06  15   A.    Yes, sir.
02:06  16         THE COURT:  Mr. Bea, pull that microphone a little
02:06  17   bit closer to you.  Thank you.
02:06  18   BY MR. BROCK:
02:06  19   Q.    Then another point that you did not make this morning when
02:06  20   you were shown this document is John Guide's January to
02:06  21   December 2009 performance evaluation where we see on the first
02:06  22   page, the very first thing that's mentioned in the key
02:06  23   performance indicators is safety.  Do you see that?
02:06  24   A.    Yes, sir.
02:06  25   Q.    If you come down --
```

OFFICIAL TRANSCRIPT

432

ROBERT BEA - CROSS

```
02:06   1         MR. BROCK:  Donny, can you go into the document,
02:06   2   please, and go down.  In that same box it's the last paragraph,
02:07   3   that says: "Safety improved dramatically."  It's right there.
02:07   4   BY MR. BROCK:
02:07   5   Q.    It says: "Safety improved dramatically as the year
02:07   6   progressed.  No DAFWCs."  Can you help us with that?
02:07   7   A.    Personal injuries.
02:07   8   Q.    HiPos is the second one, correct.
02:07   9   A.    High potentials.
02:07  10   Q.    Yes.  High potential events?  Is that what that addresses?
02:07  11   A.    Correct.
02:07  12   Q.    And HiPos takes into account process safety, doesn't it?
02:07  13   A.    It can.
02:07  14   Q.    Yes?
02:07  15   A.    Or it can exclude it.
02:07  16   Q.    So in John Guide's annual individual assessment for the
02:07  17   last year before this event occurred, the first thing in his
02:07  18   review is safety; and we also see safety improved dramatically
02:07  19   as the year progressed, and it mentions HiPos, which is a
02:08  20   process safety issue?
02:08  21   A.    Correct.
02:08  22   Q.    Now, you were also shown Exhibit 866, which is a key
02:08  23   strategies document.  It's the Gulf of Mexico SPU.
02:08  24         And they pulled out for you a statement there about
02:08  25   15 or 20 points down where it says:  "Foster an every dollar
```

OFFICIAL TRANSCRIPT

433

ROBERT BEA - CROSS

```
02:08   1   counts culture."  Do you remember that?
02:08   2   A.    Yes, sir.
02:08   3   Q.    Put it on the screen on there in big letters, "Foster
02:08   4   every dollar counts," remember?
02:08   5   A.    Yes.
02:08   6   Q.    You were not shown at that time, though, the first bullet
02:08   7   point:  "Safe, reliable, and efficient operations."  Do you see
02:08   8   that?
02:08   9   A.    Yes.
02:08  10   Q.    One of the really important points there is the second
02:08  11   one, which says:  "Embrace OMS and continuous improvement as
02:09  12   key enablers to the business."
02:09  13   A.    Yes.
02:09  14   Q.    Those kinds of key strategies are what you want to see in
02:09  15   a company that's safety-minded.
02:09  16   A.    Yes.
02:09  17   Q.    So we have to keep in mind that when we look at documents
02:09  18   like a performance evaluation or a Gulf of Mexico SPU key
02:09  19   strategies, we have to look at the whole document.  You have to
02:09  20   put everything in context, don't you?
02:09  21   A.    Correct.
02:09  22   Q.    Next question, and just a slightly different topic, so I
02:09  23   will introduce that so I'm not sneaking up on you.  You
02:09  24   mentioned this morning or responded to some questions about
02:09  25   some tables that I have produced in the case, and counsel asked
```

OFFICIAL TRANSCRIPT

434

ROBERT BEA - CROSS

```
02:10   1   you some questions about those.  Do you remember that?
02:10   2   A.    Yes, sir.
02:10   3   Q.    I want to just follow up on that for just a second with a
02:10   4   few questions.
02:10   5         First, you have not analyzed the number of fires or
02:10   6   explosions experienced by any of the major oil companies over
02:10   7   the past 10 years, have you?
02:10   8   A.    Please repeat that question.
02:10   9   Q.    Yes.  Have you analyzed the number of fires or explosions
02:10  10   experienced by any of the major oil companies over the past
02:10  11   10 years?
02:10  12   A.    No.
02:10  13   Q.    Have you analyzed the number of oil leaks experienced by
02:10  14   any of the major oil companies in any of the past 5 to
02:10  15   10 years?
02:10  16   A.    No.
02:10  17   Q.    The total of volume of oil leaks?
02:10  18   A.    No.
02:11  19   Q.    Have you analyzed the safety record of the operations --
02:11  20   have you analyzed the safety record of any of the operators in
02:11  21   the Gulf of Mexico over the past five years?
02:11  22   A.    Yes.
02:11  23   Q.    The work that you would have done there is that you did a
02:11  24   review of the U.S. Mineral Management Service website?
02:11  25   A.    That's correct.  In addition, information available
```

OFFICIAL TRANSCRIPT

435

**ROBERT BEA - CROSS**

1  through the International Association of Drilling Contractors.

2  Q.  Have you done any sort of analysis or comparison of the

3  performance of different operators in the Gulf of Mexico based

4  on the MMS data?

5  A.  Yes.

6  Q.  Let me direct your attention to your deposition, and let's

7  see if I can refresh your recollection.  Page 143, line 15.  Do

8  you see the question that's asked of you?

9        "QUESTION:  Have you done any sort of analysis or

10  comparison of the performance of the different operators

11  in the Gulf of Mexico based on the MMS data?"

12        What was your answer?

13  A.  "No."

14  Q.  Now I'm going to switch to a different topic, moving to

15  some safety focus communications from the Macondo team.

16        One of the things that -- well, let me go to a

17  document.

18        MR. BROCK:  TREX-05969, please.  Yes.

19  BY MR. BROCK:

20  Q.  This is a note, March 7, 2010, from Brett Cocales to David

21  Sims and Mark Hafle.  Do you see that?

22  A.  Yes, sir.

23  Q.  Do you understand that Cocales, Sims, and Hafle are

24  onshore representatives of BP who participate in the drilling

25  and completions work?

OFFICIAL TRANSCRIPT

436

**ROBERT BEA - CROSS**

1  A.  Yes, sir.

2  Q.  He says here:  "David, I talked with the guys briefly on

3  the sat phone, as they are having problems with the coms line."

4        Then they go down a bit and they say:  "If anything

5  looks strange on the FC or the PWD tools, they will shut in and

6  bring up the lines.  Sounds like they are aware and have just

7  discussed the concerns we have.  I have no worries at the

8  time."

9        Do you see that?

10  A.  Yes, sir.

11  Q.  Now, if we go to the earlier e-mail, which is Treatment

12  2.1, do you see that Hafle is conveying to Cocales and Sims

13  about using caution below 11,638 feet?

14  A.  Yes.

15  Q.  Several times there he says:  "Use caution, use caution.

16  Be prepared for gas levels, high gas levels, as experienced

17  previously while cleaning out the rathole."

18        Do you see that?

19  A.  Yes, sir.

20  Q.  You agree that an indication of a high-reliability

21  organization is being concerned with failure rather than

22  success?

23  A.  Yes.

24  Q.  Do you agree that this note here reflects Mark Hafle's

25  expression to other members of the team, let's be careful and

OFFICIAL TRANSCRIPT

437

**ROBERT BEA - CROSS**

1  cautious about potential failures?

2  A.  For this particular case -- instance, yes.

3  Q.  Thank you.

4        If we look at Exhibit 5969.1.2, from -- this is

5  treatment -- there we go.

6        Again, this is Sims saying:  "Either way, I think we

7  should be careful about the gas.  Take it through the choke at

8  reduced rate."

9        Do you see that?

10  A.  Yes, sir.

11  Q.  Again, the kind of communication that high-reliability

12  organizations will make?

13  A.  That's one type, yes.

14  Q.  You would agree that this type of e-mail evidences David

15  Sims' safety-mindedness in this instance?

16  A.  Yes.

17  Q.  Now, if we turn to TREX-48154, this is a March 26 e-mail

18  from Dave Rainey to Sims, Guide, Hafle, and others.  Do you

19  have that?

20  A.  I think it's from Brent Cocales.

21  Q.  I apologize for that.  I'm going to show you a different

22  note.  So if we could look at 1.1, from Cocales to LeBleu and

23  others, is the one I want to focus on.  I apologize for that.

24  A.  Correct.

25  Q.  Now, we know that on March 8 there was a kick on the

OFFICIAL TRANSCRIPT

438

**ROBERT BEA - CROSS**

1  Macondo well, correct?

2  A.  Yes, a very serious one.

3  Q.  You have testified about your view about the well being

4  behind schedule.  We've heard about that this morning.  I want

5  to focus on this note that's contained in our

6  Treatment 5721.1.

7        Now, this is March 26.  Do you see that?

8  A.  Yes, sir.

9  Q.  This is after the March 8 kick, obviously, just by date.

10  Let's just look at this for a second.

11        "Some of you will know that we have a standing agenda

12  item on the Gulf of Mexico leadership team staff meeting

13  recognitions.  I wanted to let you know that Pinky, Iain, and

14  Jay recognized you all by name during Monday's staff meeting

15  for your recent efforts on the Macondo exploration well.  I

16  know this well has demanded more than its fair share of your

17  time and attention and wanted you to know that it has not gone

18  unnoticed or unrecognized.  Thank you for your commitment to

19  remaining by far the highest performance exploration wells team

20  in the Gulf of Mexico."

21        Did I read that right?

22  A.  Yes, sir.

23  Q.  This is Rainey communicating to Sims, Guide, Hafle, Morel,

24  Cocales, the Sepulvados, Vidrine, Earl Lee, Bobby Bodek, and

25  others, correct?

OFFICIAL TRANSCRIPT

439

```
02:18    1    A.    Yes.
02:18    2    Q.    Important members of the wells team, right?
02:18    3    A.    Yes.
02:18    4    Q.    And on March 26, Rainey is not communicating to the team,
02:18    5    "Hurry up, we are behind schedule," is he?
02:19    6    A.    Not directly.
02:19    7    Q.    He doesn't say, "Every dollar counts," does he?
02:19    8    A.    Not directly.
02:19    9    Q.    He sends a positive message here about the work that the
02:19   10    men did on the March 8 kick?
02:19   11    A.    Well, I can't make the connection with the March 8 kick.
02:19   12    But he does refer to the highest performing exploration wells
02:19   13    team, and high performance can mean making hole.
02:19   14    Q.    He also says that certain individuals had been recognized
02:19   15    for their work in dealing with the March 8 kick?
02:20   16    A.    Yes.
02:20   17    Q.    You are aware that BP is willing to abandon a well if it's
02:20   18    experiencing high losses, correct?
02:20   19    A.    Please repeat your question.
02:20   20    Q.    Right.  You remember in your deposition we asked you about
02:20   21    the Juneau well, which was abandoned after drilling to
02:20   22    26,500 feet?
02:20   23    A.    Yes, sir.
02:20   24    Q.    I apologize for not changing the topic for you.  We are
02:20   25    going to, just briefly, this topic.
```

440

```
02:20    1         In a high reliability organization, a company that is
02:20    2    willing to stop drilling when they think it's too dangerous
02:20    3    rather than to keep going ahead to try to find oil deeper down,
02:20    4    that's a safety-minded company?
02:20    5    A.    Yes.
02:20    6    Q.    New topic, Houma week.  I'll show you a document.
02:21    7         MR. BROCK:  Pull up 47414, please.
02:21    8    BY MR. BROCK:
02:21    9    Q.    Do you see this is a March 28, 2010 e-mail from Joe
02:21   10    Neumeyer re the Houma leadership week, sending the week agenda?
02:21   11    Do you have that there?
02:21   12    A.    Yes, sir.
02:21   13    Q.    Am I ringing any bells yet?
02:21   14    A.    Not loudly.
02:21   15    Q.    We'll keep going.
02:21   16         You're aware that BP -- or do you recall that BP held
02:21   17    and sponsored a three-day retreat that included sessions on
02:21   18    safety, where they brought in rig contractors?
02:21   19    A.    Yes.
02:22   20    Q.    If we look at 47414.2.1, do you see that this is a note
02:22   21    from John Guide, the wells team leader, to Andrew Frazelle,
02:22   22    Sanders, Paul Johnson, Daun Winslow, and others?  Do you see
02:22   23    that?
02:22   24    A.    Yes, sir.
02:22   25    Q.    Do you recognize those names -- some of those names as
```

441

```
02:22    1    folks that are associated with Transocean leadership?
02:22    2    A.    Yes, sir.
02:22    3    Q.    He says:  "All, attached is the agenda for the HSSE
02:22    4    performance meeting this coming Wednesday during Houma week."
02:22    5         Do you see that?
02:22    6    A.    Yes, sir.
02:22    7    Q.    This is March 28, 2010, right?
02:22    8    A.    Yes, sir.
02:22    9    Q.    Then if we go to our next Treatment 1.2, this is deepwater
02:22   10    wells leadership Houma leadership engagement.  Do you see that?
02:22   11    A.    Yes, sir.
02:22   12    Q.    Then it has on there "town leaders," and you can see that
02:23   13    BP folks are attending.  And then it has below that "offshore
02:23   14    leaders" with -- including BP well-site leaders and
02:23   15    Transocean's OIM, senior toolpusher, toolpusher, maintenance
02:23   16    folks, the deck foreman, the driller, and then similar titles
02:23   17    from folks with Pride.  Do you see that?
02:23   18    A.    Yes, sir.
02:23   19    Q.    Then if we go to 8093.1.1, we see the objectives of the
02:23   20    meeting and it refers to having a deep engagement with rig
02:23   21    leadership, listen to rig leadership.  Do you see that?
02:23   22    A.    Yes.
02:23   23    Q.    This is BP sponsoring the Transocean folks coming in and
02:24   24    having an interaction over a period of days about enhancing
02:24   25    safety performance?
```

442

```
02:24    1    A.    Personal safety performance.
02:24    2    Q.    Well, what the question was is:  "Will it make a
02:24    3    difference in safety performance?"
02:24    4         That's the question, correct?
02:24    5    A.    Correct.
02:24    6    Q.    Now, go to 2.1, which is the agenda.  You have talked
02:24    7    about the Challenger incident today, correct?
02:24    8    A.    I referred to Challenger.  I discussed Columbia, the echo
02:24    9    of Challenger.
02:24   10    Q.    My question was simply:  You have talked about it today,
02:24   11    correct?
02:24   12    A.    I mentioned it, yes.
02:24   13    Q.    The Challenger issue was obviously something you have
02:24   14    described as a process safety issue, correct?
02:24   15    A.    Yes, and NASA as well.
02:24   16    Q.    So it's clear, is it not, that the Houma week clearly
02:25   17    included process safety in terms of the agenda that they were
02:25   18    looking at?
02:25   19    A.    Well, in terms of video shown; but in terms of the agenda,
02:25   20    the focus was HSSE personal safety.
02:25   21    Q.    And the Challenger incident that's being referred to here
02:25   22    was a process safety incident, wasn't it?
02:25   23    A.    That's correct.
02:25   24    Q.    New issue, calling total depth at Macondo.
02:25   25         You're aware that the BP and Transocean team did not
```

443

ROBERT BEA - CROSS

```
02:26   1   reach the original planned depth at Macondo, correct?
02:26   2   A.   That's correct.
02:26   3   Q.   They stopped some 1500 feet short of that?
02:26   4   A.   That's correct.
02:26   5   Q.   BP's decision to call total depth early is another example
02:26   6   of safety-mindedness on the part of BP?
02:26   7   A.   Please repeat that question.
02:26   8   Q.   So this notion that BP was willing to stop when it thought
02:26   9   its risk level had gotten too high, rather than push ahead and
02:26  10   try to find more oil that might be down there, exhibits
02:26  11   safety-mindedness on the part of BP, correct?
02:26  12   A.   That's not correct.
02:26  13   Q.   Let's look at your testimony at page 250, lines 17 to 24.
02:26  14   Page 250.  Were you asked in your deposition:
02:27  15            "QUESTION:  And so, again, this notion that BP was
02:27  16        willing to stop when it thought its risk level had gotten
02:27  17        too high, rather than push ahead and try to find more oil
02:27  18        that might be down there, exhibits some safety-mindedness
02:27  19        on the part of BP, correct?"
02:27  20   A.   Correct.
02:27  21   Q.   Was your answer "Correct"?
02:27  22   A.   Yes.
02:27  23   Q.   Thank you.  Now, I want to talk to you for a minute about
02:27  24   conducting safety drills on the rig.
02:27  25            MR. BROCK:  If we could go to 571 and maybe -- if we
```

OFFICIAL TRANSCRIPT

444

ROBERT BEA - CROSS

```
02:27   1   have a title page on that one, if we can pull that out, please.
02:28   2            BY MR. BROCK:
02:28   3   Q.   You're aware that safety drills were conducted daily on
02:28   4   the Deepwater Horizon rig, correct?
02:28   5   A.   I was not or don't recall the daily part, but they were
02:28   6   performed frequently.
02:28   7   Q.   If we go down to our Treatment 571.13.1, do you see here
02:28   8   that on April -- this is -- the date of this is April 18.
02:28   9   There is a discussion of the roles and responsibilities of the
02:28  10   crew.  Do you see that?
02:28  11   A.   Yes, sir.
02:28  12   Q.   It says down below:  "Wells have been lost."
02:28  13            Do you see that?
02:28  14   A.   Yes, sir.
02:29  15   Q.   Then it gives some circumstances under which that can
02:29  16   occur?
02:29  17   A.   Yes.
02:29  18   Q.   In this particular case you have the crew, including with
02:29  19   the well site leader, discussing the risks associated with
02:29  20   upcoming operations?
02:29  21   A.   Yes.
02:29  22   Q.   And that is a form of risk assessment?
02:29  23   A.   Yes.
02:29  24   Q.   I want to turn your attention now to some language from
02:29  25   your report --
```

OFFICIAL TRANSCRIPT

445

ROBERT BEA - CROSS

```
02:29   1            MR. BROCK:  You can pull that down.
02:29   2            BY MR. BROCK:
02:29   3   Q.   -- some language from your report.
02:29   4            One of the things that you refer to in your report is
02:29   5   some interaction between David Sims and John Guide.  Do you
02:29   6   remember that?
02:29   7   A.   Yes, sir.
02:29   8   Q.   You refer to Sims thinking that Guide was mad at him and
02:29   9   Guide thought Sims was going to fire him and that Sims makes
02:30  10   the comment to Guide, "We can't fight over every decision."
02:30  11   You quote, "I'll turn the well over to you and you will be able
02:30  12   to do whatever you want."
02:30  13            Do you remember that?
02:30  14   A.   Yes, fight.
02:30  15   Q.   In your report you pull out a couple of statements.  I
02:30  16   want to ask you about some other things that would constitute
02:30  17   the rest of the story.  Okay?
02:30  18            At TREX-1148.1.2, John Guide writes to Sims, after
02:30  19   they have had some spirited e-mails in the morning, and says:
02:30  20   "Got it.  I'll visit with John regardless, as I do on a regular
02:31  21   basis.  Have a nice time off.  I give you my word I
02:31  22   will consult the team and make well-thought-out decisions.
02:31  23   Will you be my Valentine?"
02:31  24            You got that?
02:31  25   A.   Yes.
```

OFFICIAL TRANSCRIPT

446

ROBERT BEA - CROSS

```
02:31   1   Q.   Then David Sims writes back later and says:  "Forever
02:31   2   yours."  Right?
02:31   3   A.   Yes.
02:31   4   Q.   This is the rest of the e-mail chain concerning the
02:31   5   information that you put in your report?
02:31   6   A.   Correct.
02:31   7   Q.   Basically what this shows is that they had had a heated
02:31   8   exchange and they made up?
02:31   9   A.   I can't tell.
02:31  10   Q.   Let's look at your testimony at page 236, line 13.
02:31  11            "QUESTION:  So it looks like basically had their
02:32  12        heated exchange and made up, right?"
02:32  13            And was your answer to that "Yes"?
02:32  14   A.   Yes.
02:32  15   Q.   Then do you recall that David Sims went on vacation at
02:32  16   that time, that's what he is referring to -- that is, John
02:32  17   is -- when he says:  "Have a peaceful time off.  I give you my
02:32  18   word I will consult with the team and make well-thought-out
02:32  19   decisions"?
02:32  20   A.   Yes.
02:32  21   Q.   Then David Sims comes back on March 20 or thereabouts and
02:32  22   he has a communication with Guide at that point about what
02:32  23   Guide had been doing while Sims was on vacation.  Do you
02:32  24   remember that?
02:32  25   A.   Vaguely.
```

OFFICIAL TRANSCRIPT

447

ROBERT BEA - CROSS

```
02:32  1   Q.  TREX-05973.1.1, he says -- David does to John:  "Thanks,
02:33  2   John.  Vacation was great.  You did a great job getting
02:33  3   redrilled.  I think everything is going well with the DQ
02:33  4   qualification.  West Sirius may be out.  Haven't farmed out."
02:33  5       Here, Sims is complimenting Guide on the excellent
02:33  6   work getting out of the kick situation, correct?
02:33  7   A.  Correct.
02:33  8   Q.  And that kind of communication -- that is, complimenting
02:33  9   employees when they do well on what is essentially a
02:33 10   safety-related task, that is, dealing with the kick -- is a
02:33 11   good thing?
02:33 12   A.  Yes.
02:33 13   Q.  That's the kind of reinforcement that you look for in
02:33 14   safety-reliable organizations?
02:33 15   A.  Yes.
02:33 16   Q.  Then if we look at TREX-5974.1.1, we see Sims writing to
02:34 17   Guide on March 22 and he says:  "Any thoughts on these
02:34 18   questions?  I have to answer these for next week's meeting."
02:34 19       So he is now seeking out Guide's assistance in
02:34 20   answering questions?
02:34 21   A.  Yes.
02:34 22   Q.  Again, in terms of the relationship of these two men, the
02:34 23   process that's being reflected is Sims, who is now John Guide's
02:34 24   boss, is collaboratively reaching out to John and saying, "I
02:34 25   want your thoughts, too, on these questions that I need to
```

OFFICIAL TRANSCRIPT

448

ROBERT BEA - CROSS

```
02:34  1   answer"?
02:34  2   A.  That's what's represented here.
02:34  3   Q.  Thank you.  And that kind of dialogue reflects a healthy
02:34  4   communication environment?
02:34  5   A.  Correct.  Although, I would comment that these kinds of
02:35  6   things are better conducted in the process safety framework
02:35  7   person to person.  We have learned e-mail is no way to
02:35  8   communicate.
02:35  9   Q.  So what we see here is a good, positive communication
02:35 10   about what Sims saw -- or about Sims asking for John Guide's
02:35 11   input, correct?
02:35 12   A.  Yes.
02:35 13   Q.  I think you probably know this.  I'll just ask you if you
02:35 14   do.  These guys that work together, they talk all the time,
02:35 15   don't they?
02:35 16   A.  I hope.
02:35 17   Q.  Yeah, they do.
02:36 18       Now, let's go to 5946.78.1.  Here, you say that --
02:36 19   this is from your report, sir:  "Guide and his boss, Sims, were
02:36 20   not effectively communicating.  Guide told Sims he didn't know
02:36 21   what his responsibilities or the level of authority," and then
02:36 22   you refer to this language that we heard about yesterday,
02:36 23   "paranoia and chaos."
02:36 24       Do you see that?
02:36 25   A.  Yes.
```

OFFICIAL TRANSCRIPT

449

ROBERT BEA - CROSS

```
02:36  1   Q.  Then you say:  "The wells team leader felt his team was
02:36  2   flying by the seat of his pants and he foretold that the
02:36  3   Macondo operation was not going to succeed if they continued in
02:36  4   this manner."
02:36  5       Do you see that?
02:36  6   A.  Yes, sir.
02:36  7   Q.  Then you say:  "But Sims did not take Guide seriously and
02:36  8   brushed off his remarks before leaving for his vacation."
02:36  9       Do you see that?
02:36 10   A.  Yes.
02:36 11   Q.  But that's not accurate, is it?
02:37 12   A.  Well, that's my impression from the documentation.
02:37 13   Q.  Sims went on vacation in March, didn't he?
02:37 14   A.  Yes.
02:37 15   Q.  So Sims didn't run off on vacation after having this
02:37 16   communication with Guide, did he?
02:37 17   A.  I'm confused.  I'm sorry.
02:37 18   Q.  This note here is a quote from April 17, 2010, right?
02:37 19   A.  Correct.
02:37 20   Q.  You know that David Sims was on the Deepwater Horizon on
02:37 21   the day of the event?
02:37 22   A.  Correct.
02:37 23   Q.  You know that he took a vacation back in March?
02:37 24   A.  Yes.
02:37 25   Q.  We looked at that a few minutes ago.  He said, "Have a
```

OFFICIAL TRANSCRIPT

450

ROBERT BEA - CROSS

```
02:37  1   good vacation"?
02:37  2   A.  Yes.
02:37  3   Q.  Can you tell me what your basis was for saying this:  "But
02:37  4   Sims did not take Guide seriously and brushed off his remarks
02:37  5   before leaving for vacation"?
02:37  6   A.  Referring to the seriousness of the loss of well control
02:37  7   and its implications for the risk of the system.
02:38  8   Q.  Sir, I'm focusing on your statement that Sims did not take
02:38  9   Guide seriously, brushed off his remarks, and then went on
02:38 10   vacation, referring to this April communication.  That's not
02:38 11   true, is it?
02:38 12   A.  I'm confused and don't know.  So restructure, with your
02:38 13   permission, the sequence.
02:38 14   Q.  We should strike this sentence, shouldn't we, that Sims
02:38 15   did not take Guide seriously, brushed off his remarks, and left
02:38 16   on vacation?  You can't support that, can you?
02:38 17   A.  I wouldn't agree to that until I have reconstructed
02:38 18   mentally the sequencing.
02:39 19   Q.  All right.  Let's look at TREX-03695.
02:39 20       MR. BROCK:  That's okay.  I don't need that one.
02:39 21   01694, please.
02:39 22   BY MR. BROCK:
02:39 23   Q.  Now, you remember that John Guide had asked David Sims,
02:39 24   "What is my authority?"  You remember that was in the e-mail?
02:39 25   A.  Yes, sir.
```

OFFICIAL TRANSCRIPT

451

**ROBERT BEA - CROSS**

Q.   There was an issue about the fact that there had been a
reorganization within the group and John Guide is now reporting
to David Sims?

A.   Correct.

Q.   Where they had been equals before?

A.   Yes.

Q.   Or on the same level?

And Sims actually doesn't go off on vacation or brush
off the issue.  Actually what he says is the bottom e-mail:  "I
don't think anything has changed with respect to engineering
and operations.  Mark and Brian . . ."

Let me get you to -- that's okay.

"Mark and Brian write the program based on" -- here
we go.  I want to make clear that we are looking at the note
from Sims to Guide.  Thank you.  I didn't want you to be
confused.  I apologize.

A.   Thank you.

Q.   He says, in response to the issue on the inquiry about
authority:  "I don't think anything has changed with respect to
engineering and operations.  Mark and Brian write the program
based on discussion/direction from you and our best engineering
practicing.  If we had more time to plan this casing job, I
think we would have all worked it out before it got to the rig.
If you don't agree with something engineering related, you and
Greg can't come to an agreement, John or me gets involved.  If

OFFICIAL TRANSCRIPT

---

452

**ROBERT BEA - CROSS**

it's purely operational, it's your call."

Do you see that?

A.   Yes.

Q.   Then let's look at the next e-mail from John Guide back to
Sims at the top:  "I totally concur.  I told them we will work
through it together.  I want to do better."

A.   Yes.

Q.   So Sims didn't blow him off.  He basically sent him a note
clarifying what his authority was and Guide agreed, correct?

A.   I'm not sure I can agree to the authority, but they
reached agreement.

Q.   Have you looked at John Guide's deposition to see that, as
a result of these interactions, that he felt he understood his
authority?

A.   Yes.

Q.   Thank you.

Now you agree, do you not, sir, that the -- new topic
now.  We are going to a new topic.

You agree that the causes of the Macondo well blowout
can be traced to a series of identifiable mistakes by BP and
Transocean?

A.   And others.

Q.   And you agree that Transocean's conduct caused or
contributed to the *Deepwater Horizon* incident?

A.   Repeat.

OFFICIAL TRANSCRIPT

---

453

**ROBERT BEA - CROSS**

Q.   Yes.  You agree that Transocean's conduct caused or
contributed to the *Deepwater Horizon* incident?

A.   Contributed to?

Q.   I just apologize.  I didn't hear the second thing you
said.

A.   Contributed to?

Q.   Contributed to the *Deepwater Horizon* accident?

A.   Yes, sir.  Thank you.

Q.   TO, Transocean, did some things that were wrong which led
to the blowout?

A.   Correct.

Q.   Now, I want to focus you, please, sir, on
Exhibit 5946.86.1.

MR. BROCK:  If we could highlight -- I'm not sure if
we can do this.  I'm trying to get the "Transocean was blind to
major process safety system risks."

BY MR. BROCK:

Q.   One of the things that you identified in your report was
that Transocean was blind to major process system risks,
correct, sir?

A.   Yes.

Q.   I want to focus your attention now on Exhibit 05777.1.2.
Do you see that this is a Transocean launch of a major
evaluation of safety processes and culture in the fall of 2009?

A.   Yes.

OFFICIAL TRANSCRIPT

---

454

**ROBERT BEA - CROSS**

MR. BRIAN:  Your Honor, I would object to this being
as beyond the scope of his report.  He has not opined in his
report about Transocean's safety process system.

MR. BROCK:  This is from his deposition --

THE COURT:  Did you talk about this in your report?

THE WITNESS:  What's "this"?  No.

THE COURT:  What's on the screen.

THE WITNESS:  No.  No.

MR. BROCK:  Your Honor, this goes to our
cross-examination in terms of his opinions about causation.  He
has clearly said that Transocean's conduct was causal.  There
are a number of references in his report to safety failings.

This also goes to the issue of the
incompleteness of his report.  Because when we showed him
things in his deposition, some of which he had seen, some of
which he hadn't, that demonstrate that Transocean's conduct was
causal, he agreed.  So I think for cross-examination, we are
entitled to pursue that.

MR. BRIAN:  Your Honor has ruled at least four times,
maybe five times, that the expert opinions are limited to the
four corners of their report.  I agree with Mr. Brock that he
can test what an expert has or has not considered, but he
cannot elicit opinions --

THE COURT:  I sustain your objection.  Okay.

MR. BROCK:  Your Honor, if I could just say one more

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

```
02:46  1   thing for the record?
02:46  2        THE COURT:  Go ahead.
02:46  3        MR. BROCK:  I should be going quicker.
02:46  4            In his report he says:  "Transocean was blind to
02:46  5   major process safety system risks in the same way as BP's
02:46  6   onshore well team.  In particular, a 2010 study by Lloyd's
02:46  7   Register reached the following conclusions about Transocean."
02:46  8   And this is the document I'm going to right here.
02:46  9            This is what's on the screen.  This is the
02:46 10   report.
02:46 11        THE COURT:  That sounds like a different document to
02:46 12   me.  I don't know if it is or it isn't.  But it didn't sound
02:46 13   like the same document.
02:46 14        THE WITNESS:  It's different.
02:46 15        THE COURT:  Than what was just on the screen?
02:46 16        MR. BROCK:  This is the report --
02:46 17        THE COURT:  What was on the screen referred to
02:46 18   something in 2009.
02:46 19        MR. BROCK:  Go back.
02:46 20        THE COURT:  Now, you are referring to 2010.  It says
02:46 21   fall of 2009.
02:47 22        MR. BROCK:  I'll go to 4261, then, which is this
02:47 23   report.
02:47 24   BY MR. BROCK:
02:47 25   Q.  Dr. Bea, is this the reference to the Transocean safety
```

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

```
02:47  1   management systems and safety culture document that is in your
02:47  2   report?
02:47  3   A.  Attributed to Lloyd's.
02:47  4   Q.  Yes.  Thank you.
02:47  5            This report here is the result of work that was done
02:47  6   by Lloyd's in the fall of 2009 and then into early 2010?
02:47  7   A.  Yes, sir.
02:47  8   Q.  The document I showed you was just the one announcing that
02:47  9   this is what was going to be done?
02:47 10   A.  Yes.
02:47 11   Q.  You agree that it is a good idea for Transocean to have a
02:47 12   study like this conducted by Lloyd's?  This is something that
02:47 13   can be helpful to the company?
02:48 14   A.  Certainly.
02:48 15   Q.  We are looking here now at the Lloyd's Register Safety
02:48 16   Management Systems and Safety Culture/Climate reviews.  This is
02:48 17   the closing meeting, March 16, 2010, correct?
02:48 18   A.  Yes, sir.
02:48 19   Q.  Did this report find, sir, that fatigue was a significant
02:48 20   weakness for Transocean?
02:48 21   A.  I recall that it did, yes.
02:48 22   Q.  Let's look at 4261.1.1, "What we have found."
02:48 23            "Policy changes impacting fatigue and impairment."
02:49 24   Was the finding that overwhelming concern existed relating to
02:49 25   the 21 on/21 off work schedule"?
```

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

```
02:49  1   A.  Yes.
02:49  2   Q.  Was the finding made and reported to Transocean on their
02:49  3   last week, "They seem like they are in another world"?
02:49  4   A.  Yes.
02:49  5   Q.  "On the last week you are so tired you feel like a robot"?
02:49  6   A.  Yes.
02:49  7   Q.  You agree that fatigue is a negative factor that
02:49  8   influences employees and their ability to safely discharge
02:49  9   their duties?
02:49 10   A.  Correct.
02:49 11   Q.  Companies should make sure that their employees are not
02:49 12   overly fatigued, especially in deepwater drilling environments?
02:50 13   A.  Very definitely.
02:50 14   Q.  Do you agree that Transocean should have conducted a
02:50 15   process safety risk assessment before implementing a change to
02:50 16   the 21/21 work schedule?
02:50 17        MR. BRIAN:  Your Honor, I'm going object to this as
02:50 18   going beyond the scope of the report.  The document he refers
02:50 19   to in his footnote is actually Exhibit 929.  This is a
02:50 20   different document that Professor Bea did not cite in his
02:50 21   report.  I would move to object to this question and to strike
02:50 22   the questions and answers, the last four or five.  I think it
02:50 23   goes beyond the report.
02:50 24        THE COURT:  Well, a few minutes ago everyone seemed
02:50 25   to agree that this was a document he referred to in his report.
```

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

```
02:50  1        MR. BRIAN:  I heard -- I thought he was going to put
02:50  2   up the one he cited here, which is 929.
02:50  3        THE COURT:  There are two Lloyd's documents?
02:50  4        MR. BRIAN:  There are two Lloyd's documents, and he
02:50  5   refers to Exhibit 929.
02:51  6        MR. BROCK:  I would have to get them and look at them
02:51  7   side by side.
02:51  8        THE COURT:  What's the difference in the two
02:51  9   documents?  Are they different dates?
02:51 10        MR. BRIAN:  The one he has on the screen now is a
02:51 11   PowerPoint presentation.
02:51 12        THE COURT:  But does it all relate to the same
02:51 13   Lloyd's study?
02:51 14        MR. BRIAN:  Yes, sir, it relates to the same study.
02:51 15        THE COURT:  So the substance of it is the same.  I
02:51 16   will overrule the objection.
02:51 17   BY MR. BROCK:
02:51 18   Q.  Now, as a process safety expert, this raises a red flag to
02:51 19   you as to whether fatigue would have been a contributing factor
02:51 20   in why the driller missed three kick indicators?
02:51 21   A.  Fatigue has a potentially pervasive effect on process
02:51 22   safety.
02:51 23   Q.  Let me go back just a minute because I'm not sure that I
02:52 24   have got an answer to an earlier question.  I may have.  If I
02:52 25   did, I apologize.
```

OFFICIAL TRANSCRIPT

```
02:52   1        Do you believe that Transocean should have done a
02:52   2   risk assessment before implementing a change like the 21/21,
02:53   3   which was going to have a negative effect of making the
02:53   4   employees feel so tired they felt like a robot?
02:53   5        MR. BRIAN:  Objection, beyond the scope of his
02:53   6   report.
02:53   7        THE COURT:  Is that opinion in your report?
02:53   8        THE WITNESS:  I don't think so.
02:53   9        THE COURT:  I sustain the objection.
02:52  10   BY MR. BROCK:
02:52  11   Q.   Are you aware that the Transocean driller on duty at the
02:52  12   time of the incident, Dewey Revette, was on the last day of a
02:52  13   21-day hitch?
02:52  14        MR. BRIAN:  Same objection.
02:52  15        THE COURT:  That's not an opinion; that's asking if
02:52  16   he is aware of it.
02:52  17        MR. BROCK:  A fact I'm asking if he was aware of.
02:52  18        THE COURT:  Are you aware of that?
02:52  19        THE WITNESS:  Yes, sir.
02:52  20   BY MR. BROCK:
02:52  21   Q.   Was he on the last day of a 21-day hitch?
02:52  22   A.   I recall that's accurate.
02:53  23        MR. BROCK:  Your Honor, if I could just have one
02:53  24   second.  I think I understand your ruling, so I don't want to
02:53  25   start some questions on something.
```

```
02:52   1        THE COURT:  Okay.  I was just going to say, we had
02:53   2   had a couple complaints earlier today that the temperature in
02:53   3   the courtroom was a little cold.  I see everybody nodding their
02:53   4   head.  I usually don't it up here with this thing on.
02:54   5        MR. BROCK:  I was going to say exactly the opposite.
02:54   6        THE COURT:  During the lunch hour my assistant back
02:54   7   there supposedly called whoever -- I don't even know who does
02:54   8   these things, but somebody who controls -- we have no control
02:54   9   over the temperature -- no thermostats in here -- it's some big
02:54  10   computer in the sky somewhere -- and asked them to turn it up a
02:54  11   couple notches, so hopefully it will be a little more
02:54  12   comfortable this afternoon.
02:54  13        THE WITNESS:  Thank you.
02:54  14        THE COURT:  We always seem to have a chronic problem.
02:54  15   It's either so warm it's uncomfortable or so cold it's
02:54  16   uncomfortable.
02:54  17   BY MR. BROCK:
02:54  18   Q.   I want to turn year attention to a new issue now.
02:54  19        MR. BROCK:  If we could have TREX-5946.86.2, please.
02:54  20   BY MR. BROCK:
02:55  21   Q.   Do you have that there?
02:55  22   A.   No.
02:55  23   Q.   I'm sorry.  Do you see here that you say in your report,
02:55  24   "In many cases, Transocean managed those risks poorly"?  Do you
02:55  25   see that?
```

```
02:55   1   A.   Yes.
02:55   2   Q.   You say:  "There is no evidence that Transocean performed
02:56   3   a formal risk assessment prior to conducting simultaneous
02:56   4   operations during the displacement of the riser."
02:56   5        Do you see that?
02:56   6   A.   Correct.
02:56   7        MR. BROCK:  You can pull that down.
02:56   8   BY MR. BROCK:
02:55   9   Q.   You're aware, are you not, that Don Vidrine, the BP
02:55  10   well-site leader, requested a flow check during the sheen tests
02:55  11   in that period of time about 9:08 to 9:14?
02:55  12   A.   Yes, sir.
02:56  13   Q.   You agree that that was a good process safety thing to do
02:56  14   by Mr. Vidrine, because with the pumps off during the sheen
02:56  15   test, it was a prime time to check to see if the well was
02:56  16   flowing?
02:56  17   A.   Yes.
02:56  18   Q.   You understand enough about drilling, I know, that once
02:56  19   the pumps go down, you shouldn't see activity in terms of
02:56  20   pressure?
02:56  21        MR. BRIAN:  Two objections, Your Honor.  One, it goes
02:56  22   beyond the scope of the report.  And, two, Mr. Brock has
02:56  23   already elicited he is not an expert in well control and
02:56  24   drilling of wells.
02:56  25        MR. BROCK:  I'll move on.  I'll move on.
```

```
02:56   1        THE COURT:  Okay.  I'll sustain the objection.
02:56   2   BY MR. BROCK:
02:56   3   Q.   You looked at the interface between the driller and the
02:56   4   shaker hand, did you not?
02:56   5   A.   Yes.
02:56   6   Q.   You recall that there was a breakdown in communication
02:57   7   between the TO driller and the shaker hand as to where flow was
02:57   8   going on the rig?
02:57   9   A.   I recall the confusion, yes.
02:57  10   Q.   That was a process safety failure.
02:57  11   A.   What is that in your question?
02:57  12   Q.   The breakdown in communication between the TO driller and
02:57  13   the shaker hand.
02:57  14   A.   Certainly.
02:57  15   Q.   You are familiar with the fact that the Transocean crew
02:57  16   did not divert overboard and instead diverted to the mud/gas
02:57  17   separator?
02:57  18        MR. BRIAN:  Same two objections, Your Honor.  Beyond
02:57  19   the scope of his report and beyond his expertise.  This is a
02:57  20   well control issue, not a process safety issue.
02:58  21        THE COURT:  You did earlier establish he was not an
02:58  22   expert in any of these things, and now it seems like you are
02:58  23   asking him expert questions.
02:58  24        MR. BROCK:  This is a process -- can I ask one more
02:58  25   question?
```

ROBERT BEA - CROSS

| | |
|---|---|
| 02:58 | 1 |
| 02:58 | 2 |
| 02:58 | 3 |
| 02:58 | 4 |
| 02:58 | 5 |
| 02:58 | 6 |
| 02:58 | 7 |
| 02:58 | 8 |
| 02:58 | 9 |
| 02:58 | 10 |
| 02:58 | 11 |
| 02:58 | 12 |
| 02:58 | 13 |
| 02:59 | 14 |
| 02:59 | 15 |
| 02:59 | 16 |
| 02:59 | 17 |
| 02:59 | 18 |
| 02:59 | 19 |
| 02:59 | 20 |
| 02:59 | 21 |
| 02:59 | 22 |
| 02:59 | 23 |
| 03:00 | 24 |
| 03:00 | 25 |

1    THE COURT:  Okay.  I'll give you a chance to restate
2  it, rephrase it.
3  BY MR. BROCK:
4  Q.  Process safety includes both mechanical systems and human
5  elements?
6  A.  Yes.
7  Q.  You agree that on a MODU like the *Deepwater Horizon*, for
8  the hazard of an uncontrolled release of hydrocarbons, well
9  control is the most important process safety event?
10    MR. BRIAN:  Objection, beyond the scope of his
11  report.
12    MR. BROCK:  I think it is supported by the report.
13    THE COURT:  Is that from the report?
14    MR. BROCK:  59.
15    Dr. Bea's report says:  "Additionally" --
16    THE COURT:  What page are you reading from?
17    MR. BROCK:  Page 59.  "Additionally, Transocean
18  personnel on the rig refused to maintain proper situational
19  awareness and missed key indicators that control of the Macondo
20  well was being lost and the well was blowing out."
21    MR. BRIAN:  That's why, Your Honor, at the beginning
22  I reserved the right to move to strike portions of this report,
23  because observations about well control go beyond the scope of
24  Professor Bea's expertise, by his own admission.
25    THE COURT:  It seems like the witness is saying what

ROBERT BEA - CROSS

| | |
|---|---|
| 03:00 | 1 |
| 03:00 | 2 |
| 03:00 | 3 |
| 03:00 | 4 |
| 03:00 | 5 |
| 03:00 | 6 |
| 03:00 | 7 |
| 03:00 | 8 |
| 03:00 | 9 |
| 03:00 | 10 |
| 03:00 | 11 |
| 03:00 | 12 |
| 03:01 | 13 |
| 03:01 | 14 |
| 03:01 | 15 |
| 03:01 | 16 |
| 03:01 | 17 |
| 03:01 | 18 |
| 03:01 | 19 |
| 03:01 | 20 |
| 03:01 | 21 |
| 03:01 | 22 |
| 03:01 | 23 |
| 03:01 | 24 |
| 03:01 | 25 |

1  he understands from other witnesses' testimony.
2    Is that correct?
3    THE WITNESS:  Yes.
4    THE COURT:  So I overrule the objection.
5  BY MR. BROCK:
6  Q.  In the area of process safety, is loss of well control --
7  well, let me rephrase the question.
8    On a MODU like the *Deepwater Horizon*, for the hazard
9  of an uncontrolled release of hydrocarbons, well control is the
10  most important process safety event?
11  A.  It is at a high-risk level.
12  Q.  Dr. Bea, I apologize.  Could you just say that one more
13  time.  I just didn't get it.
14  A.  It is at a high-risk level.
15  Q.  All right.  Let me direct your attention to your
16  deposition at page 175, lines 14 to 18.
17    "QUESTION:  If the hazard or threat is uncontrolled
18    release of hydrocarbons, well control is the most
19    important process safety event, correct?"
20    Was your answer "Correct"?
21  A.  Correct.
22  Q.  Is it your understanding, in looking at the systems on the
23  *Deepwater Horizon*, that Transocean was responsible for kick
24  detection?
25  A.  Yes.

ROBERT BEA - CROSS

| | |
|---|---|
| 03:02 | 1 |
| 03:02 | 2 |
| 03:02 | 3 |
| 03:02 | 4 |
| 03:02 | 5 |
| 03:02 | 6 |
| 03:02 | 7 |
| 03:03 | 8 |
| 03:03 | 9 |
| 03:03 | 10 |
| 03:03 | 11 |
| 03:03 | 12 |
| 03:03 | 13 |
| 03:03 | 14 |
| 03:03 | 15 |
| 03:03 | 16 |
| 03:03 | 17 |
| 03:03 | 18 |
| 03:03 | 19 |
| 03:04 | 20 |
| 03:04 | 21 |
| 03:04 | 22 |
| 03:04 | 23 |
| 03:04 | 24 |
| 03:04 | 25 |

1  Q.  Just one second.  I apologize.
2    Okay.  New topic.  This one concerns BP's evaluation
3  of the risk of an uncontrolled blowout.  You gave some
4  testimony about that this morning.  I'm going to ask you a few
5  questions about that.  Okay?
6  A.  Thank you.
7  Q.  If we look at 4170.1.1, do you see that's the Gulf of
8  Mexico SPU?
9  A.  Yes.
10  Q.  I'm looking for the date.  January 16, 2010.
11  A.  Yes.
12  Q.  Then if we go to -- let me just ask you this question.
13  Would you agree, Dr. Bea, that the loss of well control was one
14  of the top risks identified by BP's Gulf of Mexico business
15  unit?
16  A.  Yes.
17  Q.  In this document here, at 23.1, do we see that loss of
18  well control during the drilling -- during drilling, with the
19  potential for significant environmental spill, is listed as a
20  major accident hazard?
21  A.  Yes, sir.
22  Q.  In this document there is reference to a number of assets
23  within BP's relationships with others.  Some of these are
24  owned, but the *Horizon* is listed there?
25  A.  Yes.

ROBERT BEA - CROSS

| | |
|---|---|
| 03:04 | 1 |
| 03:04 | 2 |
| 03:04 | 3 |
| 03:04 | 4 |
| 03:05 | 5 |
| 03:05 | 6 |
| 03:05 | 7 |
| 03:05 | 8 |
| 03:05 | 9 |
| 03:05 | 10 |
| 03:05 | 11 |
| 03:05 | 12 |
| 03:05 | 13 |
| 03:06 | 14 |
| 03:06 | 15 |
| 03:06 | 16 |
| 03:06 | 17 |
| 03:06 | 18 |
| 03:06 | 19 |
| 03:06 | 20 |
| 03:06 | 21 |
| 03:06 | 22 |
| 03:06 | 23 |
| 03:06 | 24 |
| 03:06 | 25 |

1  Q.  Now, if we look at the Gulf of Mexico annual engineering
2  plan, which is at 4170.23.1, this refers to the *Horizon*.
3    Is this the same document?
4  A.  Yeah.
5  Q.  Let me just do it this way.  From the documents that you
6  looked at of BP's, including the one that we are looking at
7  now, you agreed that BP identified the loss of well control as
8  having the potential for significant environmental and human
9  risks, correct?
10  A.  The record is conflicting there.  But relative to the SPU
11  and what was actually done on Macondo, the risk register
12  reflects not a high-consequence issue associated with loss of
13  well control.
14  Q.  Let's look at your deposition at page 152, lines 4 through
15  13.  Do you see that you were asked the question, sir?
16    "QUESTION:  So in other words, you're not testifying
17    that that was a risk -- the risk of loss of well control
18    is something that BP wasn't conscious of?"
19    What was your answer to that?
20  A.  "That's correct."
21  BY MR. BROCK:
22  Q.  Then do you say:
23    "QUESTION:  They were conscious, from the board of
24    directors all the way to the bottom level of management we
25    discussed earlier."

ROBERT BEA - CROSS

03:06  1  A.   Yes.

03:06  2  Q.   That was your testimony then, and that's your testimony

03:06  3  now?

03:06  4  A.   Yes.  *Conscious* doesn't necessarily translate to an

03:06  5  appropriate evaluation of the risk.

03:06  6  Q.   Sir, I'm asking you if they were aware of it.  That's the

03:06  7  question I'm asking you now.

03:06  8  A.   Yes, they were.

03:06  9  Q.   Just stay with me.

03:06  10          Now, you have said that there was some conflicting

03:07  11  evidence or something to that effect.  Let me ask you to look

03:07  12  at now Exhibit 4946.82.1.

03:07  13          MR. BROCK:  Actually, give me 4170.21.1.  This is the

03:07  14  one I was trying to do a minute ago.

03:07  15  BY MR. BROCK:

03:07  16  Q.   So this is the Gulf of Mexico annual engineering plan.  Do

03:07  17  you see that?

03:07  18  A.   No.

03:07  19  Q.   Do you want me to show you the front page?

03:07  20  A.   Please.

03:07  21  Q.   Gulf of Mexico SPU?

03:07  22  A.   Yes, sir.

03:07  23  Q.   Then if we go back to where we were.

03:07  24          And it says here:  "In conformance with the GoM SPU

03:07  25  major hazard risk management policy, each producing asset and

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

03:08  1  BP-owned drilling rig has developed a major hazard and risk

03:08  2  register.  These registers document hazard scenarios

03:08  3  characteristic of asset and drilling operations that have the

03:08  4  potential to expose the organization to major health, safety,

03:08  5  security, environmental risks."

03:08  6          Do you see that?

03:08  7  A.   Yes.

03:08  8  Q.   Then if you come down below, the second matter that is

03:08  9  listed there is loss of well control, correct?

03:08  10  A.   That's correct, as it applies to BP-owned assets.

03:08  11  Q.   I understand.  This is BP recognizing that loss of well

03:08  12  control exposes the organization to health, safety, security,

03:08  13  and environmental issues, correct?

03:08  14  A.   Correct.

03:08  15  Q.   Then if we look at TREX-4171.1.1, this is the risk

03:08  16  mitigation plan.  Do you see that?

03:09  17  A.   Yes, sir.

03:09  18  Q.   It says:  "Potential environmental damage, and could, if

03:09  19  ignited, lead to fire and explosion."

03:09  20          Do you see that?

03:09  21  A.   Yes, sir.

03:09  22  Q.   "This plan applies to BP-owned rigs in the Gulf of Mexico

03:09  23  along with all contracted MODUs operating in the SPU fleet."

03:09  24          Do you see that?

03:09  25  A.   Yes, sir.

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

03:09  1  Q.   Now, I want to turn your attention, please, sir, to

03:09  2  Exhibit 2187.  And do you see that this is the title page for

03:09  3  the major accident hazard risk assessment for the

03:09  4  *Deepwater Horizon*?

03:09  5  A.   I see this is a MAR for *Deepwater Horizon*, I believe

03:10  6  performed by Transocean.

03:10  7  Q.   This is a Transocean document.  You are correct.

03:10  8          The purpose of this study would be to demonstrate

03:10  9  that adequate controls are in place so that HSE risks on the

03:10  10  *Deepwater Horizon* would be as low as reasonably practicable?

03:10  11          MR. BRIAN:  Objection, beyond the scope of his

03:10  12  report, Your Honor.

03:10  13          MR. BROCK:  Your Honor, on page 21, Dr. Bea

03:10  14  criticizes BP for not conducting a MAR.  Our position is this

03:10  15  assessment is conducted by Transocean.  I want to prove that it

03:10  16  has been conducted.

03:10  17          THE COURT:  I overrule the objection.

03:11  18  BY MR. BROCK:

03:11  19  Q.   So if we turn to 3.1, this is referring to a major

03:11  20  accident hazard risk assessment conducted August 4, 2003, over

03:11  21  a four- or five-day period of time concluding on August 8,

03:11  22  2003.  Do you see that?

03:11  23  A.   Yes.

03:11  24  Q.   If we look at 2187.8.1, do you see that the report lists

03:11  25  various hazard scenarios that are assessed?

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

03:11  1  A.   Yes.

03:11  2  Q.   Reservoir blowout is included in the hazard analysis

03:11  3  that's being conducted here?

03:12  4  A.   It's titled a "Major Hazard Risk Analysis."  That is not

03:12  5  equal to the BP MAR.

03:12  6  Q.   Dr. Bea, would you please focus on trying to answer my

03:12  7  questions?

03:12  8  A.   I'm trying to.

03:12  9  Q.   My question is:  Does this page here that you were looking

03:12  10  at identify reservoir blowout in the list of hazard scenarios

03:12  11  that are included in the Transocean major accident risk

03:12  12  evaluation?

03:13  13  A.   Yes, sir.

03:12  14  Q.   That's process safety?

03:12  15  A.   I can't agree to that.

03:12  16  Q.   In fact, if you have gas in the riser or reservoir

03:12  17  blowout, those are the two biggest, if not biggest, process

03:12  18  safety risks you can encounter while drilling?

03:12  19  A.   Certainly those are close to the top of process safety

03:12  20  hazards, but a process safety system is much more than

03:12  21  recognizing the hazard.

03:12  22  Q.   So for each hazard, Transocean's study looks at

03:13  23  consequences, preventions, and mitigations in place on the

03:13  24  *Deepwater Horizon*.  That's true, isn't it?

03:13  25  A.   Yes.

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

```
03:13   1   Q.   If we look at 2187.178.1., do we see there the hazards and
03:13   2   the preventions and mitigations that are in place to mitigate
03:13   3   the major process safety issue of reservoir blowout?
03:13   4   A.   Yes.
03:13   5   Q.   Those include, for preventions, well control, maintenance
03:13   6   and testing of the BOPs, instrumentation and indication of well
03:14   7   status, hydrocarbon combustible gas detection system, and
03:14   8   redundant BOP controls?
03:14   9   A.   Yes.
03:14  10   Q.   Now, in the deepwater drilling environment, is it correct
03:14  11   that if a prudent operator is going to be operating in a risky
03:14  12   environment that they should put in layers of protection?
03:14  13   A.   Yes.
03:14  14   Q.   One of the first steps that an operator would want to do
03:14  15   would be to hire a drilling contractor who has a track record
03:14  16   and reputation for safe drilling?
03:14  17   A.   Yes.
03:14  18   Q.   Would you want to work with that contractor to select the
03:14  19   right rig for the well?
03:14  20   A.   Yes.
03:15  21   Q.   Would you want to look for them to have a highly trained
03:15  22   crew and make sure that their controls certifications were
03:15  23   current?
03:15  24   A.   Yes.
03:15  25   Q.   Would you want the contractor to instill in its crew that
```

ROBERT BEA - CROSS

```
03:15   1   they should always be vigilant in monitoring a well?
03:15   2   A.   Yes.
03:15   3   Q.   If you are a prudent operator, you would want the drilling
03:15   4   contractor to have the best technology available for kick
03:15   5   detection?
03:15   6   A.   Correct.
03:15   7   Q.   You would want the system for detecting kicks to be
03:15   8   customizable to optimize the driller's ability to detect kicks?
03:15   9   A.   Certainly.
03:15  10   Q.   You would want to have alarms for the system in case the
03:15  11   driller was tired?
03:15  12   A.   Yes.
03:15  13   Q.   A safety-conscious operator would want to have in place a
03:16  14   BOP?
03:16  15   A.   That works.
03:16  16   Q.   And that was approved by the MMS?
03:16  17   A.   That works.
03:16  18   Q.   That works.  And in case it doesn't work, because it's not
03:16  19   activated or it's not maintained, you would want to have a
03:16  20   layer of protection that would say, "Well, maybe one day all
03:16  21   these layers will fail, so I'm going to install a diverter that
03:16  22   will divert well contents safely away from the rig"?
03:16  23   A.   Correct.
03:16  24   Q.   In the eventuality that none of those succeeded, you would
03:16  25   want to have another layer of protection, that we call in this
```

ROBERT BEA - CROSS

```
03:16   1   case EDS, which allows the rig to safely disconnect and sail
03:16   2   away?
03:16   3   A.   Correct.
03:16   4   Q.   The systems that we have just talked about are essentially
03:17   5   the same that are used by other operators in the Gulf of
03:17   6   Mexico, these layers of protection?
03:17   7   A.   Yes.
03:17   8   Q.   Changing topics now to audits.
03:17   9        Before the incident, BP conducted audits of the MODUs
03:17  10   that were under contract to it, correct?
03:17  11   A.   Yes.
03:17  12   Q.   It's important for a company like BP to conduct safety
03:17  13   audits of the Deepwater Horizon and other MODUs, correct?
03:17  14   A.   Yes.
03:17  15   Q.   It was important that BP audited the Deepwater Horizon?
03:17  16   A.   Yes.
03:17  17   Q.   These audits look at equipment that would be important for
03:18  18   process safety issues?
03:18  19   A.   The audits can, if they are performed correctly.
03:18  20   Q.   You're aware that BP conducted an audit of the
03:18  21   Deepwater Horizon, a follow-up audit in September of 2009?
03:18  22   A.   Yes.
03:18  23   Q.   You're aware that in September of 2009, four auditors
03:18  24   spent around five days on the rig?
03:18  25   A.   Yes, sir.
```

ROBERT BEA - CROSS

```
03:18   1   Q.   Coming out of that audit --
03:18   2        MR. BROCK:  If we could look at TREX-4362.2.1.
03:18   3   BY MR. BROCK:
03:18   4   Q.   I just want to confirm what I have just talked about.
03:18   5        A rig and marine assurance audit was performed on the
03:18   6   semisubmersible drilling rig Deepwater Horizon, and do you see
03:19   7   that refers to that being done on the location at the Kodiak
03:19   8   prospect?  Do you see that?
03:19   9   A.   Yes, sir.
03:19  10   Q.   That's where the Deepwater Horizon Transocean crew and BP
03:19  11   folks had drilled the well before Macondo, just before Macondo?
03:19  12   A.   Yes.
03:19  13   Q.   This gives the dates on which that occurred.
03:19  14        If you look at 101.1 -- I'm sorry, 5946.101.1.  This
03:19  15   is a statement from your report that I want to address here.
03:19  16   Okay?
03:19  17   A.   Yes.
03:19  18   Q.   "The GoM D&C did not close out, address important action
03:19  19   items for safety-critical equipment in a timely way."
03:20  20        You go on to say:  "The audit identified an overdue
03:20  21   planned maintenance backlog of 390 jobs, requiring more than
03:20  22   3500 man-hours of work had developed."
03:20  23        Do you see that?
03:20  24   A.   Yes, sir.
03:20  25   Q.   Now, before reaching this conclusion, the one that you
```

ROBERT BEA - CROSS

```
03:20   1  state here, you reviewed deposition testimony and documents
03:20   2  relating to the September 2009 audit, correct?
03:20   3  A.    Yes.
03:20   4  Q.    Are you aware, sir, that the audit was conducted during a
03:20   5  scheduled out-of-service period?
03:20   6  A.    Yes.
03:20   7  Q.    During this scheduled out-of-service period, Transocean
03:20   8  was conducting rig maintenance?
03:20   9  A.    I don't recall that for sure, but I think that's correct.
03:20  10  Q.    In other words, if it was out of service, the rig would
03:21  11  not be drilling while the maintenance was being conducted?
03:21  12  A.    Correct.
03:21  13  Q.    Then if we look at Exhibit 1374.1.1, do you see that there
03:21  14  were issues to be resolved that were noted in a note from John
03:21  15  Guide to Paul Johnson before drilling operations could resume?
03:21  16  A.    Yes.
03:21  17  Q.    There's reference to a new iron roughneck there.  Do you
03:21  18  see that?
03:21  19  A.    Yes.
03:21  20  Q.    And it was not operating mechanically in the right way, so
03:21  21  they felt that needed to get fixed.  Then down below a little
03:21  22  more, you see something about an actuator?
03:21  23  A.    Yes.
03:22  24  Q.    If we look at 1374.1.2, do you see that John Guide is
03:22  25  sending his list of issues to Transocean on September 17, 2009?
```

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

```
03:22   1  Do you see that?
03:22   2  A.    Yes.
03:22   3  Q.    Then if we look at 1.1 -- excuse me, 47182.1.1, they write
03:22   4  back to John, Transocean does, and says:  "We are addressing
03:22   5  all of the issues on the auditor's list."
03:22   6        Do you see that?
03:22   7  A.    Yes.
03:22   8  Q.    That's the kind of interaction you want to see in response
03:22   9  to an audit?
03:22  10  A.    Yes.
03:22  11  Q.    That shows the safety-mindedness that BP is in as well as
03:22  12  that Transocean is in?
03:22  13  A.    Yes.
03:22  14  Q.    If we look at 44024.1.1, Transocean says to BP:  "As per
03:22  15  our conversation with Iain Little, Transocean is satisfied that
03:22  16  we can start up operations safely."
03:23  17        Do you see that?
03:23  18  A.    Yes, sir.
03:23  19  Q.    You have no reason to think that was not true, do you?
03:23  20  A.    Well, the caution word I have as you read that is *safely*.
03:23  21  Q.    What's conveyed to John Guide with BP by Transocean is
03:23  22  that Transocean has addressed the issues and believes it can
03:23  23  start up operations safely, correct?
03:23  24  A.    That's correct.
03:23  25  Q.    You would want BP to have that confirmation from
```

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

```
03:23   1  Transocean before drilling resumed?
03:23   2  A.    Yes, an agreement on what *safely* means.
03:24   3  Q.    If we look at 44027.1.1, do you see that BP evaluated that
03:24   4  and said the information provided throughout the course of the
03:24   5  day is satisfactory for the *Horizon* to return to work?
03:24   6  Correct?
03:24   7  A.    Yes.
03:24   8  Q.    So you would expect an interaction between Transocean and
03:24   9  BP to occur, for BP to get Transocean's input as to whether the
03:24  10  audit items had been addressed, and for BP to have an
03:24  11  interaction to confirm that was so?
03:24  12  A.    Correct.
03:24  13  Q.    This reflects, as far as you can see from this, a good
03:24  14  process and interaction?
03:24  15  A.    To the extent of this documentation, yes.  There were
03:24  16  other components in this phase that indicated otherwise.
03:25  17  Q.    Let me ask you to focus on what I have asked you about,
03:25  18  and then I'm coming to the issue that I think you want to talk
03:25  19  about.
03:25  20        In terms of the interaction between BP and Transocean
03:25  21  as relates to the audit, you would expect Transocean to respond
03:25  22  to BP's audit, to let BP know if, in its judgment, it could
03:25  23  return to operations safely.  You see that here?
03:25  24  A.    Yes.
03:25  25  Q.    You would expect BP to confirm that, as they say here, the
```

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

```
03:25   1  information provided through the course of the day, that the
03:25   2  *Horizon* could work -- return to work?
03:25   3  A.    Yes.
03:25   4  Q.    Now, it's also true, is it not, that BP and Transocean
03:25   5  developed a joint plan to close out the action items on the rig
03:25   6  audit?
03:25   7  A.    Yes, sir.
03:26   8  Q.    This is what you want to talk about, maybe.  We'll see.
03:26   9        Are you aware that BP provided the audit report to
03:26  10  Transocean after the audit?
03:26  11  A.    Yes.
03:26  12  Q.    If we look at 1831.1.1, we see that Brett Cocales
03:26  13  describes the findings and says:  "This is an opportunity for
03:26  14  improvement for the safe and efficient working of the rig.
03:26  15  This is a two-way street.  We very much want your input on
03:26  16  content and timing of these things, which will be reviewed by
03:26  17  John Guide and Paul Johnson.  We are all a team in this
03:26  18  effort."
03:26  19        Right?
03:26  20  A.    Yes.
03:26  21  Q.    Teamwork is expected and is a good thing in this
03:26  22  environment, right?
03:26  23  A.    It's essential.
03:26  24  Q.    Essential.
03:26  25        For the September '09 rig audit, there was a
```

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

```
03:27   1   formalized closeout program, correct?
03:27   2   A.   There was a formalized program, correct.
03:27   3   Q.   John Guide is the person who supervised the program, true?
03:27   4   A.   I believe that's true.
03:27   5   Q.   With regard to the September 2009 audit, Transocean
03:27   6   maintained updated spreadsheets tracking the status of each
03:27   7   audit recommendation?
03:27   8   A.   Yes.
03:27   9   Q.   Transocean was routinely transmitting those spreadsheets
03:27  10   to BP following the September 2009 audit so that BP would be
03:27  11   aware of the progress?
03:27  12   A.   I don't know that to be true.
03:27  13   Q.   Let me ask you to look at -- did you look at the testimony
03:28  14   of Ronnie Sepulvado?  Was that one of the depositions that you
03:28  15   reviewed?
03:28  16   A.   Yes, sir.
03:28  17   Q.   Let me pull up Ronnie Sepulvado's deposition at 166,
03:28  18   line 10.  Do you see the question -- this is of Ronnie.
03:28  19            "QUESTION:  Did BP keep track record or any record of
03:28  20   Transocean's effort to address any of the 350-plus
03:28  21   deficiencies cited in the September 2009 audit?
03:28  22            "ANSWER:  Yes.  We had a printout similar to this
03:28  23   that was on the desk in the office and it had a list of
03:28  24   the items and, you know, every so often the heads of the
03:28  25   department would come in, whether it was maintenance,
```

ROBERT BEA - CROSS

```
03:28   1   marine drilling, whoever was involved with part of the
03:28   2   list, and they would put a percentage complete down, you
03:28   3   know, a hundred percent, 50 percent.  And then some of
03:28   4   them would be -- all I ever saw was 'waiting on parts.'"
03:28   5            Do you see that?
03:29   6   A.   Yes, sir.
03:29   7   Q.   Are you aware that John Guide, the BP wells team leader,
03:29   8   and Paul Johnson, TO's rig manager, were speaking on a regular
03:29   9   basis, at least once a week, once a week to every 10 days, to
03:29  10   make sure that Transocean was making progress on the audit
03:29  11   findings?
03:29  12   A.   I believe that to be factual.
03:29  13   Q.   And that Transocean's crew was conducting weekly meetings
03:29  14   to discuss progress on the audit items?
03:29  15   A.   I don't recall the answer to that weekly progress.
03:29  16   Q.   All right.  Thank you.
03:29  17            Now, do you know that John Guide visited the rig to
03:29  18   assess the closeout of the audit action items?
03:30  19   A.   I think that's true.
03:30  20   Q.   That's what you would expect of a good wells team leader
03:30  21   who was safety-minded?
03:30  22   A.   Yes, sir.
03:30  23   Q.   If we look at TREX-20198.1.1, just to verify here:  "Paul
03:30  24   Johnson, Transocean, and John Guide came out to the rig on
03:30  25   January 12.  They seemed to be pleased with everything except
```

ROBERT BEA - CROSS

```
03:30   1   food quality and bilges, made several changes in the ART
03:30   2   catering personnel."
03:30   3            The food must have been really bad that day.
03:30   4            Then it goes on to say:  "We have been giving
03:30   5   maintenance help wherever possible to clean bilges.  John Guide
03:30   6   signed off on several rig audit items while on board.  BOP was
03:30   7   in the stowed position at that time."
03:30   8            Do you see that?
03:30   9   A.   Yes.
03:30  10   Q.   That shows a good process and interaction between
03:31  11   Transocean and BP in coming to the rig together to look to see
03:31  12   if the audit items are being satisfied?
03:31  13   A.   Yes.
03:31  14   Q.   Now in your report, you reference or call attention to the
03:31  15   audit finding relating to overdue maintenance.  And you refer
03:31  16   to the 390 jobs requiring 350 man-hours of work, correct?
03:31  17   A.   Correct.
03:31  18   Q.   Before reaching your conclusion about the audit closeout,
03:31  19   did you review the deposition of James Kent, Transocean's rig
03:31  20   manager?
03:31  21   A.   I don't recall.
03:31  22   Q.   Are you aware that the 390 figure is a result of duplicate
03:31  23   entries that were made because Transocean was in a transition
03:32  24   system, a transition change in terms of its audit system?
03:32  25   A.   No.
```

ROBERT BEA - CROSS

```
03:32   1   Q.   You didn't know that?
03:32   2   A.   No.
03:32   3            THE COURT:  Mr. Brock, how close are you to
03:32   4   finishing?  This has been going on a long time now.  I would
03:32   5   like to see if we could move this along.
03:32   6            MR. BROCK:  Okay.
03:32   7            THE COURT:  The witness has been on the stand since
03:32   8   8:00 a.m. and you have had him since 11:00.  I know we took a
03:32   9   lunch break in there, but it's been going on for quite a while.
03:32  10            MR. BROCK:  I'm trying to be efficient.  I wonder if
03:32  11   we might take a short break, let me look at where I am, and I
03:32  12   will try to move this as quickly as I can.
03:32  13            THE COURT:  That's a good idea.  Let's take a
03:32  14   15-minute recess.
03:32  15            THE DEPUTY CLERK:  All rise.
03:32  16            (Recess.)
03:49  17            THE COURT:  Please be seated, everyone.
03:49  18   BY MR. BROCK:
03:49  19   Q.   Dr. Bea, hopefully just a little more here.
03:49  20            Let me wrap up our discussion now, if I could, on the
03:49  21   topic of the audit.  And if I could get you to turn to
03:49  22   Exhibit 47221, and I am going to pull out 3.1 here.
03:50  23            I'm directing your attention now to 2.3.5.  Do you
03:50  24   see that?
03:50  25   A.   Yes.
```

483

```
03:50   1          THE COURT:  Was that an eye chart --
03:50   2          MR. BROCK:  I put my reading glasses on and I
03:50   3   thought, What happened?
03:50   4          THE COURT:  Is that an eye chart test?  I think he
03:50   5   passed.
03:50   6   BY MR. BROCK:
03:50   7   Q.   Sorry about that.  So this refers to the overdue
03:50   8   maintenance in excess of 30 days was considered excessive.  It
03:50   9   gives the 390 jobs and the man-hours.  Do you see that?
03:50  10   A.   Yes.
03:51  11   Q.   Then if we come across on that -- well, go back to that
03:51  12   one.  I apologize.
03:51  13        Do you see the last sentence there says, "Many of the
03:51  14   overdue maintenance routines were" -- I need 2.3.5 -- okay --
03:51  15   "were high priority"?
03:51  16        Yes.  Then if you go over to the actual completion
03:51  17   date, you will see the date of October 15.  Do you see that?
03:51  18   A.   Yes, sir.
03:51  19   Q.   And then if you go to the Percent Complete column, you see
03:51  20   it shows 100 percent.
03:51  21   A.   Yes.  I don't know how to interpret the 100 percent, given
03:51  22   the previous statement of many of the high priority.
03:51  23   Q.   This is the close-out report, is it not?
03:52  24   A.   I don't know the report.  I don't think I have looked at
03:52  25   this document before.
```

484

```
03:52   1   Q.   Okay.  This document was not made available to you to
03:52   2   consider in terms of your opinion about the audit, true?
03:52   3   A.   Well, it may have been -- may have been available and I
03:52   4   didn't access it.
03:52   5   Q.   In any event, you don't feel like you're able to comment
03:52   6   on it today?
03:52   7   A.   That's correct.
03:52   8   Q.   Let's go over now to another subject.  I want to talk to
03:52   9   you about the issue that you have raised today and in your
03:52  10   report of "every dollar counts."  Okay?
03:52  11   A.   Yes.
03:52  12   Q.   We have talked about that a little bit already, but I want
03:53  13   to review with you a couple of issues here.
03:53  14        First of all, are you aware that it was Neil Shaw who
03:53  15   came up with the "every dollar counts" slogan?
03:53  16   A.   No.
03:53  17   Q.   Let me show you the testimony of Mr. Shaw at D-12.2.  Do
03:53  18   you see this is a question by Mr. Williamson, and he says:
03:53  19        "QUESTION:  'Every dollar counts' was the slogan you
03:53  20   came up with when you came to the Gulf of Mexico after
03:53  21   meeting with your respective members of your leadership
03:53  22   team?
03:53  23        "ANSWER:  I believe there was an interchangeability
03:53  24   of every dollar matters and every dollar counts, but the
03:53  25   intent of it was all about how do we drive continuous
```

485

```
03:54   1   improvement and efficiency in the business and ensure that
03:54   2   we spend every dollar wisely for the benefit of our
03:54   3   shareholders."
03:54   4        Do you see that?
03:54   5   A.   Yes, sir.
03:54   6   Q.   You are also aware, are you not, that Mr. Shaw testified
03:54   7   that he would never instruct someone to sacrifice safety for
03:54   8   cost?
03:54   9   A.   I don't recall that, but I think that would be
03:54  10   representative of his position.  Thank you.
03:54  11   Q.   Thank you.
03:54  12        You're also aware, are you not, that safety was a
03:54  13   very explicit boundary condition, that is, not to compromise
03:54  14   safety?
03:54  15   A.   No.
03:54  16   Q.   Let's look at Mr. Shaw's testimony on this issue, 12.4.
03:54  17        "QUESTION:  Do you have an expectation of those that
03:54  18   worked in the SPU with respect to how they would handle
03:54  19   safety under the 'every dollar counts' model?"
03:55  20        Do you see that question?
03:55  21   A.   Yes, sir.
03:55  22   Q.   Does he say:
03:55  23        "ANSWER:  Absolutely.  It was very, very clear,
03:55  24   statement and understanding:  Safety is our number one
03:55  25   priority.  And you know, you'll see in the documentation
```

486

```
03:55   1   it is a very explicit boundary condition that cost targets
03:55   2   were all in the boundary condition of not having any
03:55   3   compromise to safety or operating integrity."
03:55   4        Do you see that Mr. Shaw has testified to that?
03:55   5   A.   Yes.
03:55   6        MR. BROCK:  If we look at Exhibit 5689.8.1 -- let's
03:55   7   show him the title page there, or if you can just . . .
03:55   8   BY MR. BROCK:
03:55   9   Q.   This is Performanzfest, September 2009.  Do you see that?
03:56  10   A.   Yes, sir.
03:56  11   Q.   Then if we go over to this page, I think you can see there
03:56  12   at the top, there is a 2009 cash cost.  Do you see that, "every
03:56  13   dollar counts"?
03:56  14   A.   Yes.
03:56  15   Q.   Then in this document does it say:  "All of this, of
03:56  16   course, takes place within the boundary condition that safe and
03:56  17   reliable operations always come first"?
03:56  18   A.   That's what those words say.
03:56  19   Q.   Now, I want to turn our attention to some testimony that
03:56  20   you gave earlier today about the Bly report.
03:56  21        You are aware, are you not, that BP's internal
03:56  22   investigation was initiated on April 22, 2010, just a couple of
03:57  23   days after the event?
03:57  24   A.   Yes, sir.
03:57  25   Q.   And that that investigation, from the beginning, was a
```

**ROBERT BEA - CROSS**

03:57  1  nonprivileged investigation?

03:57  2  A.  I did not know the privilege.

03:57  3  Q.  You do know that that report has been published?

03:57  4  A.  Yes.

03:57  5  Q.  It's Exhibit 1 in this litigation?

03:57  6  A.  Yes.

03:57  7  Q.  It was published in September of 2010?

03:57  8  A.  Correct.

03:57  9  Q.  You know that there was information received from numerous

03:57  10  individuals in terms of the investigation that was conducted?

03:57  11  A.  Yes.

03:57  12  Q.  Over 50 witnesses were interviewed?

03:57  13  A.  Yes.

03:57  14  Q.  Experienced personnel in areas of safety, cementing,

03:57  15  fluids, well control, drilling, BOP, process hazard analysis,

03:58  16  subsea, failure mode testing, and operations participated in

03:58  17  that investigation?

03:58  18  A.  Yes.

03:58  19  Q.  During that period of time, BP was utilizing resources --

03:58  20  its resources, that is, experienced people from across the

03:58  21  globe -- to conduct the investigation?

03:58  22  A.  Yes.

03:58  23  Q.  You had engineers that came -- many engineers and other

03:58  24  experts who came to Houston to help pull the report together?

03:58  25  A.  Yes, sir.

OFFICIAL TRANSCRIPT

---

**ROBERT BEA - CROSS**

03:58  1  Q.  I believe the IIT team constituted about 50 experts or so,

03:58  2  50 engineers and others from within the company?

03:58  3  A.  Yes.

03:58  4  Q.  Now, during that time it's also correct that BP had

03:59  5  limited access to some of the other parties that were involved

03:59  6  in the accident?

03:59  7  A.  I don't know that to be a fact, in terms of the limit on

03:59  8  access.

03:59  9  Q.  Okay.  You don't have a factual basis one way or another

03:59  10  to comment on that?

03:59  11  A.  That's correct.

03:59  12        MR. BROCK:  Just one second.  I apologize.

03:59  13  BY MR. BROCK:

03:59  14  Q.  Now, you have read the testimony of Mr. Mark Bly?

03:59  15  A.  Yes.

03:59  16  Q.  And you know that he has testified that BP believed that

03:59  17  it was important to get as quick an accurate understanding of

03:59  18  the immediate causes of the accident as soon as possible?

04:00  19  A.  Yes.

04:00  20  Q.  So the immediate task that the Bly team had at hand was to

04:00  21  understand what caused the incident?

04:00  22  A.  Correct.

04:00  23  Q.  You agree that the investigation, given the size and

04:00  24  scope, was conducted quickly?

04:00  25  A.  Correct.

OFFICIAL TRANSCRIPT

---

**ROBERT BEA - CROSS**

04:00  1  Q.  Do you know that BP shared its lessons learned from the

04:00  2  accident with folks in industry as well as government?

04:00  3  A.  Yes.

04:01  4  Q.  Okay.  In your report, you note that the Gulf of Mexico

04:01  5  SPU reduced its cash costs between 2008 and 2009 by a

04:01  6  substantial amount.  I think you referenced something in the

04:01  7  range of $250 million?

04:01  8  A.  22 percent reduction.

04:01  9  Q.  You also say that during the same time period that there

04:01  10  was a significant increase in production?

04:01  11  A.  Yes.  55 percent.

04:01  12  Q.  Now, your report does not discuss the specifics of what is

04:01  13  included in the reduction in cash costs, does it?

04:02  14  A.  Specifics to the limit of the information sources used to

04:02  15  compile those figures.

04:02  16  Q.  So you know that there are components, that is, numbers

04:02  17  that relate to why costs are going down in one year and

04:02  18  production is going up in the same year, correct?

04:02  19  A.  Please repeat that question.

04:02  20  Q.  That was terrible.  I apologize.

04:02  21        Your report does not provide any details regarding

04:02  22  either the GoM's cash costs, other than the totals that you put

04:02  23  into your table?

04:02  24  A.  That's correct.

04:02  25  Q.  That's the point I was trying to get to.  Thank you.

OFFICIAL TRANSCRIPT

---

**ROBERT BEA - CROSS**

04:02  1        Now, I want to talk about the reasons for those

04:02  2  differences.  Okay?  If we go to 48250.36.1, do you see this is

04:03  3  a performance management report dated January 28, 2010?

04:03  4  A.  Yes.

04:03  5  Q.  If we go to 36.1 -- first of all, you have not seen this

04:03  6  document before today, have you?

04:03  7  A.  No, I have not.

04:03  8  Q.  This shows, does it not, that in 2008 the Gulf of Mexico

04:03  9  SPU spent $205 million on repairs to the *Thunder Horse* and

04:03  10  *Atlantis* in infrastructures?  Do you see that?

04:03  11  A.  Yes, sir.

04:03  12  Q.  But then when we go over to the 2009 actual totals, the

04:03  13  cost on those items is much less than that, isn't it?

04:04  14  A.  Yes.

04:04  15  Q.  43?

04:04  16  A.  Correct.

04:04  17  Q.  Then if we think about production --

04:04  18        MR. BROCK:  If we could go to 48250.16.1 --

04:04  19  BY MR. BROCK:

04:04  20  Q.  -- you can see that *Thunder Horse*'s production was very --

04:04  21  well, *Thunder Horse*'s production in 2008 was only a fraction of

04:04  22  what it was in 2009.  Correct?

04:05  23  A.  Correct.

04:05  24  Q.  Therein lies the increase in production that occurred,

04:05  25  correct, sir?

OFFICIAL TRANSCRIPT

**Page 491**

```
04:05   1   A.   Part of.
04:05   2   Q.   Increase in production from a production facility like
04:05   3   Thunder Horse is a matter that -- is a matter that requires a
04:05   4   very substantial investment in infrastructure, in setting up
04:05   5   the production facility?
04:05   6   A.   Yes, sir.
04:05   7   Q.   Once that investment is made, it will then begin to
04:05   8   produce if things go well?
04:05   9   A.   Yes.
04:05   10  Q.   Here we see BP has made a substantial investment in a
04:05   11  production facility that pays off in 2009 with substantially
04:05   12  more production in the Gulf of Mexico than it had in 2008?
04:06   13  A.   Yes.
04:06   14  Q.   And I know we haven't talked about every single number
04:06   15  that accounts for the differences in cash and in production.
04:06   16  But those two items that we have just discussed, increased cost
04:06   17  to maintain infrastructure, out-of-pocket costs to repair
04:06   18  infrastructure in 2008 that didn't occur in 2009, and
04:06   19  significantly increased production that occurs in 2009 because
04:06   20  an asset comes on line, account for a good bit of the tables
04:06   21  that you presented?
04:06   22  A.   Yes.
04:06   23       MR. BROCK:   Your Honor, give me just one minute.  I
04:06   24  may be at a place where I can stop.
04:07   25       Dr. Bea, that's all the questions I have.  Thank
```

OFFICIAL TRANSCRIPT

**Page 492**

```
04:07   1   you for your patience today.
04:07   2       THE WITNESS:   Thank you.
04:07   3       MR. BROCK:   Your Honor, we have a good number of
04:07   4   exhibits that we have referenced in our examination.  I think
04:07   5   the most efficient thing for me to do is to -- we'll have a
04:07   6   list by 5:00 that we can present.
04:07   7       THE COURT:   That's fine.  I was going to --
04:07   8       Ben, did you talk to anybody at all about --
04:07   9       THE LAW CLERK:   No.
04:07   10      THE COURT:   Ben raised with me earlier today that it
04:07   11  would be helpful to him -- he is helping me keep track of
04:07   12  exhibits that are used during a witness's examination.
04:07   13      You all have given us, which we requested, the
04:08   14  copies of the demonstratives.  For example, I have the PSC's
04:08   15  demonstratives for Dr. Bea's direct testimony.  We don't have
04:08   16  what was used in cross-examination.
04:08   17      But even within the PSC's, it occurs to me --
04:08   18  and I guess it's a matter of how we -- I know we went back and
04:08   19  forth about how we defined what is a demonstrative.  So I'm not
04:08   20  faulting anybody for this.
04:08   21      If possible, going forward, it would be helpful
04:08   22  if you all could -- when you give us these binders like this,
04:08   23  if you could also include -- an example, Mr. Cunningham, you
04:08   24  referred to other exhibits that are not in the binder because
04:08   25  they are not technically demonstratives.  You just put up
```

OFFICIAL TRANSCRIPT

**Page 493**

```
04:08   1   another document that is a separate exhibit.
04:08   2       MR. CUNNINGHAM:   I have a list of both the graphics
04:08   3   and the exhibits that I offered.
04:08   4       Will that work, Ben?
04:09   5       THE LAW CLERK:   Yes.
04:09   6       THE COURT:   If you all can each do that going
04:09   7   forward, that would be helpful.
04:09   8       Any questions from Cameron?
04:09   9       MR. BECK:   Your Honor, Cameron has no questions of
04:09   10  this witness at this time.
04:09   11      THE COURT:   M-I?
04:09   12      MR. TANNER:   Your Honor, M-I has no questions of this
04:09   13  witness.
04:09   14      MR. BRIAN:   Your Honor, on behalf of Transocean, I
04:09   15  was going to ask leave to reopen to ask three to four minutes
04:09   16  of questions.  Mr. Cunningham did not elicit any testimony from
04:09   17  this witness about Transocean and I asked, as a result, only
04:09   18  about six questions.
04:09   19      Mr. Brock did go into some areas.  I can do it
04:09   20  in three to four minutes, I promise.  It's very short.
04:09   21      THE COURT:   We are going to start a bad precedent
04:09   22  here.
04:09   23      MR. BRIAN:   I know you're afraid of that.  But trust
04:09   24  me, Your Honor, I can be very brief.
04:09   25      MR. BROCK:   The only point we would make about this
```

OFFICIAL TRANSCRIPT

**Page 494**

```
04:09   1   is that -- I think Your Honor has said there will be one
04:09   2   direct, one cross, one redirect.
04:09   3       THE COURT:   We established the order of presentation.
04:09   4       MR. BROCK:   The order of presentation.
04:10   5       The direct exam is in the report, so to the
04:10   6   extent someone wanted to test the direct exam, that opportunity
04:10   7   has been available.
04:10   8       THE COURT:   I'm not going to allow you to do that,
04:10   9   Mr. Brian, for the reasons he just said.
04:10   10      MR. BRIAN:   Very well, Your Honor.
04:10   11      THE COURT:   If I start doing that, it becomes chaos
04:10   12  because everybody will want redirect and recross and all of
04:10   13  this.  We are not going to go there.
04:10   14      MR. BRIAN:   I understand, Your Honor.
04:10   15      THE COURT:   Mr. Cunningham.  Redirect.
04:10   16      MR. CUNNINGHAM:   May it please the Court.
04:10   17      Your Honor, I hope to finish in less than 15
04:10   18  minutes.
04:10   19              REDIRECT EXAMINATION
04:10   20  BY MR. CUNNINGHAM:
04:10   21  Q.   Dr. Bea, I want to give you an opportunity to correct a
04:10   22  part of your report that BP inquired about in their
04:10   23  examination.  Exhibit 1694.
04:10   24      Do you recall the portion of the examination that you
04:10   25  were asked about the statement that Mr. Sims brushed off
```

OFFICIAL TRANSCRIPT

495

ROBERT BEA - REDIRECT

| | |
|---|---|
| 04:11 | 1 remarks and didn't take them seriously before he left for |
| 04:11 | 2 vacation? |
| 04:11 | 3 A.   Yes, sir. |
| 04:11 | 4 Q.   Let me get you to look at the e-mail between Mr. Sims and |
| 04:11 | 5 Mr. Guide and give you a chance to correct it.  At the top of |
| 04:11 | 6 the e-mail from Mr. Sims -- correction, from Mr. Guide -- or, |
| 04:11 | 7 rather, from Mr. Sims to Mr. Guide, where he really went was |
| 04:11 | 8 not on vacation -- if you look at that first sentence -- but he |
| 04:11 | 9 went to dance practice.  Correct?  Is that what you got |
| 04:11 | 10 confused, and instead of saying he went to dance practice, you |
| 04:11 | 11 said he went on vacation? |
| 04:11 | 12 A.   That's correct. |
| 04:11 | 13 Q.   Down at the bottom of the e-mail, he says that they are |
| 04:11 | 14 dancing to the Village People.  Did you read that in the |
| 04:11 | 15 e-mail? |
| 04:11 | 16 A.   Yes. |
| 04:11 | 17 Q.   Now, you were asked about the period 2005 to 2010, and the |
| 04:12 | 18 question from BP was that BP expressed a major commitment to |
| 04:12 | 19 process safety.  Do you recall that? |
| 04:12 | 20 A.   Yes, sir. |
| 04:12 | 21 Q.   Then we went through a long series of citations about |
| 04:12 | 22 multiple expressions by executives at BP or by people at BP |
| 04:12 | 23 about their commitment to process safety? |
| 04:12 | 24 A.   That's correct. |
| 04:12 | 25 Q.   Do you recall that? |

OFFICIAL TRANSCRIPT

496

ROBERT BEA - REDIRECT

| | |
|---|---|
| 04:12 | 1 Is there a difference between expressing a commitment |
| 04:12 | 2 and fulfilling a commitment? |
| 04:12 | 3 A.   Certainly. |
| 04:12 | 4 Q.   In your view and in your opinion, did BP fulfill the |
| 04:12 | 5 commitment that they repeatedly expressed that they had to |
| 04:12 | 6 process safety? |
| 04:12 | 7 A.   Not in terms of the exploratory drilling operations |
| 04:12 | 8 deepwater Gulf of Mexico. |
| 04:12 | 9 Q.   All right. |
| 04:13 | 10 A.   It was absent. |
| 04:13 | 11 Q.   You were shown a series of documents -- some involved |
| 04:13 | 12 Kevin Lacy -- regarding the OMS and the fact it had been -- and |
| 04:13 | 13 I think the word was very carefully used -- adopted in the Gulf |
| 04:13 | 14 of Mexico.  Do you recall that? |
| 04:13 | 15 A.   Yes. |
| 04:13 | 16 Q.   Was it ever implemented in the Gulf of Mexico with respect |
| 04:13 | 17 to contractor-owned MODUs? |
| 04:13 | 18 A.   No. |
| 04:13 | 19 Q.   Who was the lead proponent of the adoption and |
| 04:13 | 20 implementation of OMS in the Gulf of Mexico? |
| 04:13 | 21 A.   Kevin Lacy. |
| 04:13 | 22 Q.   What happened to Kevin Lacy in the fall of 2009? |
| 04:13 | 23 A.   He was fired. |
| 04:13 | 24 Q.   Now, you were shown a colored GAP chart, which stated on |
| 04:13 | 25 the top line certain facts about the implementation of OMS. |

OFFICIAL TRANSCRIPT

497

ROBERT BEA - REDIRECT

| | |
|---|---|
| 04:14 | 1 And I think I'm quoting correctly the statement.  Quote:  This |
| 04:14 | 2 shows implementing OMS was identified as a GAP, and by |
| 04:14 | 3 12-18-09 had been fully implemented in the Gulf of Mexico.  End |
| 04:14 | 4 quote. |
| 04:14 | 5 Do you recall Mr. Brock saying that or words to that |
| 04:14 | 6 effect? |
| 04:14 | 7 A.   Yes.  Yes. |
| 04:14 | 8 Q.   Let's look at D-2874.  We have seen this before. |
| 04:14 | 9 Well, something is not working, so I will describe |
| 04:14 | 10 2874.  It's a quote from the deposition of Mr. John Baxter at |
| 04:14 | 11 the top where he says:  "OMS was not implemented." |
| 04:14 | 12 MR. BROCK:  Your Honor, we are just going over the |
| 04:14 | 13 same ground. |
| 04:14 | 14 MR. CUNNINGHAM:  No.  I'm going to change part of it, |
| 04:14 | 15 Your Honor. |
| 04:14 | 16 THE COURT:  Go ahead. |
| 04:14 | 17 BY MR. CUNNINGHAM: |
| 04:14 | 18 Q.   The second quote was from Mr. O'Bryan -- |
| 04:14 | 19 A.   That's correct. |
| 04:14 | 20 Q.   -- who said OMS was not implemented, correct? |
| 04:14 | 21 A.   That's correct. |
| 04:14 | 22 Q.   Now, what relationship was there between Mr. -- |
| 04:15 | 23 THE COURT:  I think your document might be on the |
| 04:15 | 24 screen.  Is that what you were looking for? |
| 04:15 | 25 MR. CUNNINGHAM:  Yes, sir. |

OFFICIAL TRANSCRIPT

498

ROBERT BEA - REDIRECT

| | |
|---|---|
| 04:15 | 1 BY MR. CUNNINGHAM: |
| 04:15 | 2 Q.   What position did Mr. O'Bryan assume when Mr. Lacy was |
| 04:15 | 3 fired? |
| 04:15 | 4 A.   Mr. Lacy's position. |
| 04:15 | 5 Q.   Mr. Lacy, the person who tried to implement OMS; |
| 04:15 | 6 Mr. O'Bryan, after Mr. Lacy was fired, was appointed to his |
| 04:15 | 7 position? |
| 04:15 | 8 A.   That's correct. |
| 04:15 | 9 MR. BROCK:  I object to leading and argumentative. |
| 04:15 | 10 THE COURT:  Try not to lead the witness. |
| 04:15 | 11 BY MR. CUNNINGHAM: |
| 04:15 | 12 Q.   Were you asked questions about whether or not TO had a |
| 04:15 | 13 safety management system that covered process safety? |
| 04:15 | 14 A.   Yes. |
| 04:15 | 15 Q.   Were you asked questions about whether or not TO did an |
| 04:15 | 16 MAR, a major accident risk assessment? |
| 04:15 | 17 A.   Correct. |
| 04:15 | 18 Q.   What difference was there, if any, between Transocean's |
| 04:15 | 19 safety management system and the BP safety management system |
| 04:15 | 20 OMS? |
| 04:15 | 21 A.   Well, the principal difference is Transocean is addressing |
| 04:16 | 22 their part of the system exemplified by the graphic we |
| 04:16 | 23 discussed earlier today, *Deepwater Horizon*.  BP has to |
| 04:16 | 24 encompass that with the operating management system; in |
| 04:16 | 25 addition, the other onshore operating management elements.  So |

OFFICIAL TRANSCRIPT

ROBERT BEA - REDIRECT

| | |
|---|---|
| 04:16 | 1 |
| 04:16 | 2 |
| 04:16 | 3 |

1  Transocean cannot do a process safety evaluation or a MAR
2  evaluation that will include details of the well and the other
3  parts of that complex system.
4  Q.  Who owned the rig?
5  A.  Transocean.
6  Q.  Who owned the well and who was responsible for the design
7  of the well and the engineering of the well?
8  A.  BP.
9  Q.  Can somebody who is not responsible for the design and
10  engineering of the well implement a process safety system that
11  will deal with all of the risks inherent in the drilling of a
12  well?
13  A.  No, they can't.
14  Q.  Is the same true of a MAR?
15  A.  Yes.
16  Q.  You were also asked about Mr. Guide improving safety in
17  the Gulf of Mexico, and you were shown 5966, page 4.  Do you
18  recall that?
19  A.  Yes, sir.
20  Q.  Let's look at page 4.
21       MR. CUNNINGHAM:  If you blow up that top part, the
22  box there.
23  BY MR. CUNNINGHAM:
24  Q.  Do you recall being asked about what's highlighted on the
25  right-hand side here about safety in the Gulf?

OFFICIAL TRANSCRIPT

---

ROBERT BEA - REDIRECT

1  A.  Yes, sir.
2  Q.  And how that indicated that Mr. Guide was fulfilling his
3  responsibilities?
4  A.  Yes, sir.
5  Q.  Well, let's look down at the bottom left and pull out the
6  bottom left statement, the bottom left sentence.
7       Does it say that the Gulf of Mexico is the only major
8  strategic performance unit with a deteriorating safety
9  performance in 2009?
10  A.  Yes.
11       MR. CUNNINGHAM:  Exhibit 6015.  Pull up the
12  third-from-the-bottom paragraph.
13       Your Honor, this paragraph contains a reference
14  to the Baker Panel.  BP filed a motion in limine to prohibit
15  any reference to the Baker Panel.  We have not referred to the
16  Baker Panel, which was the panel that BP paid to investigate
17  the Texas City event.  Here they have presented to Your Honor
18  this portion of the document which says:  "We are making good
19  progress in addressing the recommendations of the Baker Panel."
20       I would like to have the opportunity to rebut
21  that with three sentences from the Baker Panel report.
22       MR. BROCK:  Your Honor, I would -- I did not draw
23  attention to the Baker Panel report in my examination, did not
24  mention the Baker Panel.
25       MR. CUNNINGHAM:  They pulled out that very paragraph,

OFFICIAL TRANSCRIPT

---

ROBERT BEA - REDIRECT

1  Your Honor.
2       THE COURT:  That document?
3       MR. CUNNINGHAM:  That document and that paragraph.
4  Isn't that true?
5       MR. BROCK:  I did use that document, but I didn't
6  refer to the Baker Panel.
7       THE COURT:  I overrule the objection.  Go ahead.
8       MR. CUNNINGHAM:  22806.  2830.
9  BY MR. CUNNINGHAM:
10  Q.  Dr. Bea, are these quotes from the Baker report?
11  A.  ──
12       MR. BROCK:  Your Honor, excuse me.  The only way in
13  which I used the document was to call attention to progress
14  that had been made from -- I think I said 2006 to 2009, in
15  response to testimony that he had given that we were not making
16  progress during that time period.  So I referenced a very
17  specific statement in that document.  To now have them put in
18  substantive findings relating to another event is walking right
19  into what we have said that we will not do.
20       If this is an issue, I will withdraw that
21  exhibit, just let the testimony stand for what it is, because I
22  was not in any way intending to open the door on examination
23  about prior events which Your Honor has been clear about.
24       MR. CUNNINGHAM:  Judge, that argument might stand if
25  they had not pulled out the very paragraph that says:  "We are

OFFICIAL TRANSCRIPT

---

ROBERT BEA - REDIRECT

1  making good progress in addressing the recommendations of the
2  Baker Panel and have begun to" --
3       THE COURT:  Okay.  I overrule the objection.  Go
4  ahead, Mr. Cunningham.
5  BY MR. CUNNINGHAM:
6  Q.  Dr. Bea, did that report state:  "BP has not provided
7  effective process safety leadership"?
8  A.  Yes.
9  Q.  "BP has not adequately established process safety as a
10  core value"?
11  A.  Yes.
12  Q.  "BP's management system does not effectively translate its
13  corporate expectations into measurable criteria for the
14  management of process risk"?
15  A.  Yes.
16  Q.  In your opinion, based on your study of the events in this
17  case and the materials in this case, has BP changed in any
18  respect with respect to these three points?
19  A.  No.
20       MR. BROCK:  Same objection, Your Honor.
21       THE COURT:  Overruled.
22       MR. CUNNINGHAM:  No further questions.
23       THE COURT:  I think you are finished, Mr. Bea.  It's
24  a long day, huh?
25       THE WITNESS:  Yes.

OFFICIAL TRANSCRIPT

503

```
04:22   1        THE COURT:  Thank you.
04:22   2             Next witness for the plaintiffs.
04:23   3        MR. CUNNINGHAM:  Judge, we call Mr. McKay.
04:23   4        THE COURT:  Mr. McKay.
04:25   5             If anybody needs to stand up and stretch, go
04:25   6    ahead.
04:25   7             I think Mr. McKay has arrived.  Everybody can
04:25   8    take their seats again, please.
04:25   9                    LAMAR MCKAY,
04:25  10    having been duly sworn, testified as follows:
04:25  11        THE DEPUTY CLERK:  State your full name and correct
04:25  12    spelling for the record, please.
04:26  13        THE WITNESS:  My name is Lamar McKay, L-A-M-A-R,
04:26  14    M-C-K-A-Y.
04:26  15             DIRECT EXAMINATION
04:26  16    BY MR. CUNNINGHAM:
04:26  17   Q.   Your name is Lamar McKay?
04:26  18   A.   That's right.
04:26  19   Q.   You are currently the chief executive upstream for BP?
04:26  20   A.   That's right.
04:26  21   Q.   Upstream is comprised of exploration, development, and
04:26  22    production, those three divisions; is that correct?
04:26  23   A.   Yes, as well as the financial groups and other support
04:26  24    groups.
04:26  25   Q.   You report to Bob Dudley?
```

OFFICIAL TRANSCRIPT

504

LAMAR MCKAY - DIRECT

```
04:26   1   A.   I do.
04:26   2   Q.   In April of 2010, you were chairman and president of
04:27   3    BP America, correct?
04:27   4   A.   That is correct.
04:27   5   Q.   You were also chairman and director of BP North America?
04:27   6   A.   BP for North America, yes.
04:27   7   Q.   You were executive vice president of BP PLC; is that
04:27   8    right?
04:27   9   A.   Correct.
04:27  10   Q.   And reported to Bob Dudley at that time?
04:27  11   A.   In April 2010, that would have been Tony Hayward, I think.
04:27  12   Q.   That you reported to?
04:27  13   A.   Yes.
04:27  14   Q.   You were the lead representative in the United States for
04:27  15    BP at the time of the explosion, true?
04:27  16   A.   Yes.  My job included being the chief representative for
04:27  17    the company in the U.S., yes.
04:27  18   Q.   Now, you are a petroleum engineer, are you not?
04:27  19   A.   I am.
04:27  20   Q.   You have been in the industry for 32 years?
04:27  21   A.   Yes.
04:27  22   Q.   At one time you were the business unit leader for the Gulf
04:27  23    of Mexico?
04:27  24   A.   Shelf.
04:27  25   Q.   Shelf.  That included drilling operations?
```

OFFICIAL TRANSCRIPT

505

LAMAR MCKAY - DIRECT

```
04:27   1   A.   It did, on the shelf, yes.
04:27   2   Q.   You were also at one time the business unit leader for
04:28   3    BP's Central North Sea?
04:28   4   A.   That's correct.
04:28   5   Q.   That included drilling operation?
04:28   6   A.   Yes.
04:28   7   Q.   You also held the position chief of staff for worldwide
04:28   8    exploration and production at one time?
04:28   9   A.   Yes.
04:28  10   Q.   Which, of course, included drilling operations?
04:28  11   A.   Well, that was not an operating type role.
04:28  12   Q.   Not an operating --
04:28  13   A.   No.  The chief of staff to the CEO of upstream.
04:28  14   Q.   You have had quite a bit of experience, Mr. McKay, haven't
04:28  15    you, in testifying?
04:28  16   A.   In front of Congress, I have.
04:28  17   Q.   You have testified many times in front of committees of
04:28  18    Congress, some friendly and some not, true?
04:28  19   A.   Mostly the later, yes.
04:28  20   Q.   You have been in the position of answering lawyers'
04:28  21    questions quite a few times in the past, haven't you?
04:28  22   A.   Yes.
04:28  23   Q.   So it would be fair to say you are not an inexperienced
04:28  24    witness, are you?
04:28  25   A.   I am in a courtroom.
```

OFFICIAL TRANSCRIPT

506

LAMAR MCKAY - DIRECT

```
04:28   1   Q.   Well, let's talk about what you knew in 2010, both you and
04:29   2    BP, about the hazards created by BP in the Gulf of Mexico.  All
04:29   3    right?
04:29   4   A.   Okay.
04:29   5   Q.   You and BP knew that a deepwater blowout was a foreseeable
04:29   6    event, didn't you?
04:29   7   A.   Well, as I understand it -- well, first of all, as an
04:29   8    engineer, I know that blowouts are possible, yes.  And BP, in
04:29   9    terms of April 2010, had a blowout in the risk registers of the
04:29  10    Gulf of Mexico as well as the corporation.
04:29  11   Q.   Which demonstrates that both you and BP, certainly you,
04:29  12    were familiar with that fact?
04:29  13   A.   I was -- I'm not sure I was familiar with the risk
04:29  14    register at that point.  I was not in the operating line.  But
04:29  15    I understand it was in the risk register, yes.
04:29  16   Q.   You were certainly familiar with the fact that the
04:29  17    possibility of a blowout and an oil spill existed in your
04:29  18    operations in the Gulf of Mexico, weren't you?
04:29  19   A.   I'm generally familiar with that, yes.
04:30  20   Q.   You and BP knew of that risk before you ever spudded the
04:30  21    Macondo well, didn't you?
04:30  22   A.   There were -- yes.  That was an identified risk, yes.
04:30  23   Q.   You and BP knew there is inherent risk in drilling, and
04:30  24    that once a spill occurs, there is no predictability about
04:30  25    where it will go, didn't you?
```

OFFICIAL TRANSCRIPT

507

04:30  1   A.   I wouldn't say there's great predictability; but, yes,
04:30  2   there was a risk identified for a blowout in a spill of
04:30  3   sizeable proportion, yes.
04:30  4   Q.   BP and you knew the complexity of drilling, with that
04:30  5   inherent risk in deepwater, is far higher than the risk in
04:30  6   shallow water?
04:30  7   A.   Well, I'm not an expert; but as an engineer, I don't
04:30  8   necessarily see the inherent drilling risk that much
04:30  9   difference.  It's harder to deal with, yeah.
04:30  10  Q.   Let me make sure I understand what you are saying, then.
04:30  11  Is it your testimony that deepwater drilling in the Gulf of
04:31  12  Mexico, as opposed to shallow water drilling, for example, in
04:31  13  the Gulf of Mexico, have the equal risk?
04:31  14  A.   I would say each situation is unique, and that the
04:31  15  drilling part of it may be very similar or it could be very
04:31  16  different.  The water depth is the difference, not the
04:31  17  drilling.
04:31  18  Q.   What is the difference that the water depth makes?
04:31  19  A.   The water depth as a subsea set of equipment rather than a
04:31  20  surface set of equipment.
04:31  21  Q.   All right.  So back to the basic question.  Is it more
04:31  22  dangerous, more inherently dangerous, in the deepwater drilling
04:31  23  part of your operations than in the shallow water drilling
04:31  24  part?
04:31  25  A.   I would say both have risks.

OFFICIAL TRANSCRIPT

508

04:31  1   Q.   Then just to bring home the point.  When we talk to the
04:31  2   experts, we can tell them that the president of BP says that
04:31  3   both shallow water drilling and deepwater drilling carry with
04:31  4   them the same risks?
04:31  5   A.   The drilling part could be higher in shallow water than it
04:31  6   could be in deeper water.
04:31  7   Q.   So not only do they carry the same, but it could be higher
04:31  8   in shallow water?
04:32  9   A.   Drilling risk itself, according to what type of formations
04:32  10  you are drilling, yes.  It's my general understanding, yes.
04:32  11  Q.   You speak not only as an executive with BP but as a
04:32  12  drilling engineer?
04:32  13  A.   I don't speak as a drilling engineer.  I'm giving my
04:32  14  general awareness of drilling issues could be difficult
04:32  15  onshore, offshore, and various other places.
04:32  16  Q.   But you are a drilling engineer, right?
04:32  17  A.   No.  I wouldn't call myself a drilling engineer.  I'm a
04:32  18  petroleum engineer, worked drilling just a bit.
04:32  19  Q.   Petroleum engineer?
04:32  20  A.   Right.
04:32  21  Q.   Now, BP knew and you knew that an uncontrolled blowout in
04:32  22  a subsea environment is a huge risk; isn't that true?
04:32  23  A.   Yes.  That was a high-level risk, yes.
04:32  24  Q.   That risk had been specifically identified by BP, hadn't
04:32  25  it?

OFFICIAL TRANSCRIPT

509

04:32  1   A.   Yes.
04:32  2   Q.   BP was fully aware of that risk long before the
04:33  3   *Deepwater Horizon* blowout occurred, weren't they?
04:33  4   A.   I believe that was a recognized risk, yes.
04:33  5   Q.   And as you mentioned, I think, BP had acknowledged the
04:33  6   existence of that risk in writing?
04:33  7   A.   Yes, it was in the risk registers.  That's right.
04:33  8   Q.   Now, the Macondo was BP's well, was it not?
04:33  9   A.   BP is the lease operator of the Macondo lease, yes.  So we
04:33  10  were the operator of that well, yes.
04:33  11  Q.   Well, you owned the lease and you owned the right to drill
04:33  12  the well that you were drilling, correct?
04:33  13  A.   That's correct.  We -- and with partnerships with others,
04:33  14  Anadarko and Mitsui, yes.
04:33  15  Q.   Right.  But Transocean didn't own the well and didn't own
04:33  16  the lease?
04:33  17  A.   That's correct.
04:33  18  Q.   Halliburton didn't and Cameron didn't; isn't that true?
04:33  19  A.   That's correct.
04:33  20  Q.   The only entity entitled to receive money as a result of
04:33  21  the drilling operation out there was going to be BP and its
04:33  22  partners, true?
04:34  23  A.   Well, in a way, people -- contractors are paid before any
04:34  24  revenues are received for their services, so they received
04:34  25  revenue.

OFFICIAL TRANSCRIPT

510

04:34  1   Q.   So I'm not quite sure what you are saying.  Was it BP and
04:34  2   its partners who received the revenue from the well from the
04:34  3   oil that came out of the well?
04:34  4   A.   That would be -- that's correct.  That is right.  Right.
04:34  5   Q.   The only reason that Transocean was drilling the well and
04:34  6   that Halliburton was providing the cement for the well is
04:34  7   because BP selected them; isn't that true?
04:34  8   A.   Yes, that is true.
04:34  9   Q.   BP was in charge of and responsible for planning the
04:34  10  entire operation, weren't you?
04:34  11  A.   Well, BP, as operators in the industry, are responsible
04:34  12  for planning and designing the well, yes.
04:34  13  Q.   All right.  BP was also responsible to safely manage the
04:34  14  risk that it had identified before it started drilling the
04:34  15  well, true?
04:35  16  A.   Well, in deepwater operations, BP would be responsible --
04:35  17  and this is true in the industry -- of designing the well,
04:35  18  planning the well, and the contractors that we hire, the
04:35  19  competent contractors we hire to implement and construct the
04:35  20  well.  And it's a team effort is the way I would say it.
04:35  21  Q.   Let me try the question again.  Was it or was it not BP's
04:35  22  responsibility to safely manage the risk that it had identified
04:35  23  in the drilling of the Macondo well?
04:35  24  A.   Well, I think the responsibility to plan and design the
04:35  25  well was BP's.  BP contracts people to implement the

OFFICIAL TRANSCRIPT

511

04:35 1 construction of the well; and I think that's a shared
04:35 2 responsibility, to manage the safety and the risk.
04:35 3 Q.   I'm not talking about the construction of the well, so let
04:35 4 me try the question again.
04:35 5 A.   Okay.
04:36 6 Q.   Is it or is it not BP's responsibility to safely manage
04:36 7 the risk of drilling the well that it had identified before it
04:36 8 ever started?
04:36 9 A.   Well, partially, because it's partly in the planning and
04:36 10 design.  And the risk that was identified was the risk of a
04:36 11 blowout, which is also managed by the safety systems of the
04:36 12 implementation and construction.  It's both.  It's the planning
04:36 13 and design as well as the implementation.
04:36 14 Q.   Who has overall final ultimate responsibility for managing
04:36 15 the risk that BP identified in the drilling of the Macondo
04:36 16 well?
04:36 17 A.   Well, as designated operator for the lease, BP has agreed
04:36 18 that it had ultimate responsibility and that shared
04:36 19 responsibility.  That responsibility is discharged and shared
04:36 20 with the contractors it hires to help construct the well.
04:36 21 Q.   BP had the ultimate and final responsibility for managing
04:36 22 the risk, didn't they?
04:37 23 A.   What I would say is we have agreed in our plea agreement
04:37 24 that we had ultimate responsibility, as designated operator, to
04:37 25 conduct operations of the well.  Part of that responsibility is

512

04:37 1 exercised by hiring competent, world-class contractors.
04:37 2 Q.   Sure.  But that doesn't relieve BP of its responsibility,
04:37 3 does it?
04:37 4 A.   Well, I think the key point to me is it doesn't mean sole
04:37 5 or exclusive.  It means shared responsibility.  And that's part
04:37 6 of the wording in the plea agreement as well.
04:37 7 Q.   Well, the plea agreement aside, you understand what the
04:37 8 MMS regulations say on this very point, don't you?
04:37 9     MR. REGAN:  Objection, Your Honor, as to the
04:37 10 foundation of his question.
04:37 11     THE COURT:  Overruled.
04:37 12 BY MR. CUNNINGHAM:
04:37 13 Q.   Demonstrative 2908.  Tell me whether or not I read this
04:37 14 correctly.  These are MMS regulations on oil and gas drilling
04:37 15 operations.  250.400:  "Who is subject to the requirements of
04:37 16 this subpart?
04:38 17     "The requirements of this subpart apply to lessees,
04:38 18 operating rights owners, operators, and their contractors and
04:38 19 subcontractors."
04:38 20     Did I read that correctly?
04:38 21 A.   Yes.
04:38 22 Q.   BP was the lessee, correct?
04:38 23 A.   That's correct.
04:38 24 Q.   BP was the operating rights owner, correct?
04:38 25 A.   Yes.

513

04:38 1 Q.   BP was the operator, correct?
04:38 2 A.   Yes.  Yes.
04:39 3 Q.   And then below that:  "What must I do to keep wells under
04:39 4 control?
04:39 5     "You must take necessary precautions to keep wells
04:39 6 under control at all times."
04:39 7     Correct?
04:38 8 A.   Yes.  And I was just pointing out that it's a shared
04:38 9 responsibility with contractors as well.
04:38 10 Q.   It holds them responsible, but it also holds the lessee,
04:38 11 the operating rights owner, and the operator responsible,
04:38 12 doesn't it?
04:38 13 A.   Yes.  And we have said we have been partially responsible,
04:38 14 yes.
04:39 15 Q.   Well, let's get to the partially responsible.  Insofar as
04:39 16 managing the overall risk that you have identified in your own
04:39 17 documents, BP had full responsibility to manage that risk,
04:39 18 didn't it?  Not partial, but full?
04:39 19 A.   Well, I don't agree entirely, because we have
04:39 20 responsibility to manage risk.  That risk is then managed by
04:39 21 the pertinent operations that occur.  And sometimes contractors
04:39 22 manage that risk, sometimes we do.  Most of the time it's a
04:39 23 team effort.
04:39 24 Q.   The way a major risk such as a deepwater blowout is
04:39 25 managed is through a company's safety management system, isn't

514

04:39 1 it?
04:39 2 A.   It can be, yes.
04:39 3 Q.   There may be different descriptions given to that safety
04:39 4 management system and different companies may have different
04:39 5 ways of describing it, but the goal is the same, to manage
04:39 6 safety and to manage the risk of drilling, isn't it?
04:40 7 A.   Yeah, I think any safety management system would want to
04:40 8 understand and mitigate risk and to try to conduct safe and
04:40 9 reliable operations, yes.
04:40 10 Q.   You are generally familiar with safety processes and
04:40 11 procedures, aren't you?
04:40 12 A.   Generally, yes.
04:40 13 Q.   In fact, you're familiar enough that you have testified
04:40 14 before Congress about those issues, haven't you?
04:40 15 A.   Sometimes, yes.
04:40 16 Q.   You understand the basics, at least.  We can agree to
04:40 17 that, right?
04:40 18 A.   I think that's right.
04:40 19 Q.   And you are familiar with the term *process safety*,
04:40 20 correct?
04:40 21 A.   Generally.
04:40 22 Q.   D-2875.  Do you recognize this as a definition, an
04:40 23 accurate definition, with which you would agree of *process
04:40 24 safety*?
04:40 25 A.   Yes.  I'm not a process safety expert, but that seems

515

04:40  1  reasonable, yes.
04:42  2  Q.   Process safety is the avoidance of very high-consequence
04:41  3  risk.  Can we agree on that?
04:41  4  A.   Yes.  Roughly, yes.
04:41  5  Q.   It is an integral part of any safety management system,
04:41  6  isn't it?
04:41  7  A.   Process safety would be part of what's managed through a
04:41  8  safety management system, I would say.
04:41  9  Q.   What happened on the Macondo on April 20, 2010 is a
04:41  10  classic example of the type of high-consequence risk that must
04:41  11  be managed, isn't it?
04:41  12  A.   That was one of -- the blowout or loss of well control,
04:41  13  loss of primary containment, obviously was an identified risk.
04:41  14  And it was a big risk, too.
04:41  15  Q.   D-2887.  This is a BP risk mitigation plan which describes
04:41  16  the very risk that resulted in the Macondo blowout?
04:41  17        MR. REGAN:  Objection, Your Honor, foundation for
04:41  18  this witness.  Mr. McKay is here as a fact witness.  He is not
04:41  19  here as an expert to look at documents that he didn't write or
04:41  20  receive.
04:41  21        MR. CUNNINGHAM:  It's a BP document.
04:41  22        THE COURT:  He can answer for himself whether he can
04:41  23  or not.
04:41  24        THE WITNESS:  I'm sorry.  What's the question?
        25

OFFICIAL TRANSCRIPT

516

04:42  1  BY MR. CUNNINGHAM:
04:42  2  Q.   The question is that what happened on the Macondo on
04:42  3  April 2010 is a classic example of the type of high-consequence
04:42  4  risk that must be managed, isn't it?
04:42  5  A.   Yes.  What happened on Macondo was a tragic accident of a
04:42  6  risk that was identified, yes.
04:42  7  Q.   It has to be managed by the owner and the operator of the
04:42  8  well being drilled, doesn't it?
04:42  9  A.   I think it has to be managed by everybody that's working
04:42  10  on the well, including the owner/operator, yes.
04:42  11  Q.   So would you agree that the risk identified by BP in this
04:42  12  risk mitigation plan was a risk that it was responsible for
04:42  13  managing?
04:42  14        MR. REGAN:  Foundation, Your Honor.
04:42  15        THE COURT:  Overruled.
04:42  16        THE WITNESS:  On this -- I don't know what that risk
04:42  17  mitigation plan says, but . . .
04:42  18  BY MR. CUNNINGHAM:
04:43  19  Q.   Well, you can read right there on the right what it says.
04:43  20  A.   I can read the description of the risk.  I don't know what
04:43  21  the mitigation plan is.
04:43  22  Q.   Well, the question was:  Isn't the risk identified here
04:43  23  one that has to be managed by the operator of the well, in this
04:43  24  case, BP?
04:43  25  A.   Well, again, it has to be managed by everyone who is

OFFICIAL TRANSCRIPT

517

04:43  1  dealing in the well, and in some places it's the operator for
04:44  2  planning and design, some places it's contractor for
04:44  3  construction, sometimes it's both.  I think that matters.  It's
04:44  4  a collaborative team effort.
04:44  5  Q.   Is it your testimony that once the well is under
04:44  6  construction BP has no responsibility for managing the risk?
04:44  7  A.   No.  No, not at all.
04:44  8  Q.   They still have responsibility, don't they?
04:44  9  A.   It's a shared responsibility.  That's --
04:44  10  Q.   Their contractor is who is drilling the well, right?
04:44  11  A.   Yes.  And that's what I have said, a shared
04:44  12  responsibility.
04:44  13  Q.   Process safety specifically focuses on avoiding
04:44  14  low-probability/high-consequence disasters, doesn't it?
04:44  15  A.   I'm not a process safety expert, but it tries to
04:44  16  understand risks and the mitigation around those risks.
04:44  17  Q.   Focuses on those kinds of disasters that may not happen
04:44  18  often, but when they happen, they are major disasters; isn't
04:44  19  that true?
04:44  20  A.   I think -- well, I'm not a process safety expert.  I think
04:44  21  it's not just about that.  It's about managing the process, you
04:44  22  know, thoroughly, not just for major accidents.
04:44  23  Q.   You would agree then, at least, that a deepwater blowout
04:44  24  is one of the types of major catastrophes that process safety
04:46  25  is designed to prevent?

OFFICIAL TRANSCRIPT

518

04:44  1  A.   I think the whole safety management system, which includes
04:44  2  process safety, is integral in trying to prevent blowouts like
04:44  3  that, yes.
04:44  4  Q.   2279.  What we see here -- this is what process safety was
04:44  5  created to avoid, wasn't it?
04:45  6  A.   The whole safety system was created to try to avoid this
04:45  7  type of tragic accident, yes.
04:45  8  Q.   When you say that *whole safety system*, what whole safety
04:45  9  system are you talking about?
04:45  10  A.   Well, in our case, our operating management system.  In
04:45  11  Transocean's case, their safety management system.  The
04:45  12  interrelation of those two as examples -- as examples.
04:45  13  Q.   So as an example of a system designed to prevent what we
04:45  14  see right here, you have named OMS, your operating management
04:45  15  system?
04:45  16  A.   Uh-huh.
04:45  17  Q.   Process safety is not a new concept in the oil and gas
04:45  18  business, is it?
04:45  19  A.   No.
04:45  20  Q.   It's not something somebody dreamed up recently, right?
04:45  21  A.   Not to my knowledge, no.
04:45  22  Q.   It's been around a long time in the drilling industry,
04:45  23  correct?
04:46  24  A.   I think the concepts around well control have been around
04:46  25  forever, yeah.

OFFICIAL TRANSCRIPT

519

1  Q.  Books have been written on the subject of process safety,
2  haven't they?
3  A.  I'm sure they have.
4  Q.  In your capacity as president of BP America, can you tell
5  us what books you read on the subject of process safety?
6  A.  Well, in my job at BP America, I was not involved in the
7  operating businesses, so I can't tell you a book I read on
8  process safety during that time.
9  Q.  How about before April 20, 2010?  Had you read any books
10 on process safety?
11 A.  I wouldn't say read books, but I had had some experience
12 with process safety in the past.
13 Q.  How about after April 20, 2010?  Read any books on process
14 safety?
15 A.  I haven't read any textbooks.  I have read investigations
16 around this accident and others.
17    Not investigations, but any books on process safety since
18 April 20, 2010?
19 A.  I can't recall reading any books on process safety, no.
20 Q.  You now are the highest person in the company under
21 Mr. Dudley that has responsibility for exploration, correct,
22 production?  All of that includes drilling all over the world
23 for BP, doesn't it?
24 A.  That's correct.
25 Q.  Now, companies like BP may actually hire and pay process

OFFICIAL TRANSCRIPT

520

1  safety experts to give them advice about how to incorporate and
2  implement process safety into their systems; is that true?
3  A.  We have an organization that has expertise in process
4  safety within the operating businesses as well as a piece of
5  the corporation called Safety and Operation Risk that has
6  expertise in that.  And of course, we would have available the
7  ability to get other outside consultants if we needed to.
8  Q.  Has BP done that in the past, hired experts in process
9  safety to give them advice on how to implement process safety
10 systems or safety management systems?
11 A.  Probably so, yes.
12 Q.  Are you aware that one of the experts who was paid to give
13 BP advice on that very subject was Dr. Bob Bea, who has just
14 testified in this case?
15 A.  I was only aware of that because I had heard it in leading
16 up to this.
17 Q.  You have no doubt read his report in this case where he
18 discusses the process safety of BP?
19 A.  No, I have not.
20 Q.  As president of BP America or in your current capacity as
21 the chief -- is it chief executive?
22 A.  Yes.
23 Q.  As the chief executive, you don't think it's important to
24 know what one of the leading process safety experts in the
25 world had to say about BP's process safety failure?

OFFICIAL TRANSCRIPT

521

1        MR. REGAN:  Objection, Your Honor, it's
2  argumentative.
3        THE COURT:  Overruled.
4        THE WITNESS:  I have not had a chance to read his
5  report.  The organization that we have that manages our
6  businesses has process safety expertise.  I'm not aware if
7  people have read that report or not.  I'm sure that people
8  have.  I have not had a chance to read that report.
9  BY MR. CUNNINGHAM:
10 Q.  So whatever we have heard in this courtroom today from
11 Dr. Bea in terms of his opinions and conclusions and the
12 analysis of BP's safety programs and processes, you don't know
13 what he had to say about it?
14 A.  I was not here for the testimony, no.
15 Q.  You haven't read his report?
16 A.  That's correct.
17 Q.  Does his report discuss management failures?  Do you know
18 that?
19 A.  I don't know.
20 Q.  You were the president of BP America until January of this
21 year, right?
22 A.  That's correct.
23 Q.  Don't you think it would at least be worthwhile to read
24 and consider his views on the management aspects of process
25 safety at BP?

OFFICIAL TRANSCRIPT

522

1  A.  I don't know.  I have not read the report, so I can't say.
2  Q.  Were you among the executives who he advised, long before
3  the Macondo incident, that from a process safety standpoint BP
4  was headed for trouble?
5  A.  I don't remember meeting Dr. Bea.
6  Q.  Did anybody ever tell you that BP had consulted an expert
7  on process safety who said you were headed for trouble?
8  A.  I don't recall a conversation like that, no.
9  Q.  When did the Amoco BP merger take place?
10 A.  We -- the merger was effective, I think, December 31 of
11 '98, around that day.
12 Q.  Were you employed by BP Amoco at that time?
13 A.  Yes.  I was employed by Amoco and then BP Amoco after the
14 merger, yes.
15 Q.  I want to show you a document, Exhibit 5944, which shows
16 on its face that it was created by BP Amoco Corporation.  And
17 although it doesn't have a date, based on the references, it
18 was created sometime after 2002.
19       Have you seen this document before?
20    I don't believe so.
21 Q.  Let's go to the top.  There's no date that we can find at
22 the top, but it deals with human and organizational factors.
23 Do you see that?
24       MR. REGAN:  Objection to foundation to a fact witness
25 on a document that has no date and that he has just testified

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

1   he has never seen before.
2       MR. CUNNINGHAM:  Go to the bottom, please.
3   BY MR. CUNNINGHAM:
4   Q.   Do you see where it says:  "For the exclusive use of
5   BP Amoco Corporation"?
6   A.   I do.
7   Q.   Can we conclude that this document was created during the
8   time that BP and Amoco were merged and calling themselves
9   BP Amoco?
10  A.   I don't know the provenance of the document, whether it
11  was created before that or after -- or during that or after
12  that.  I don't know.
13  Q.   For what period of time was there an entity called
14  BP Amoco?
15  A.   Probably a year or two.  I can't remember exactly.
16  Q.   What years or two were those?
17  A.   The BP Amoco nomenclature was probably '99, 2000, 2001,
18  possibly.  I don't remember.
19  Q.   So if the nomenclature at the bottom of this document
20  refers to BP Amoco Corporation, then it would be fair to
21  conclude that sometime in that general time frame is when the
22  document existed and was published?
23  A.   I don't know anything about the document.  I don't know if
24  it's a draft document.  It's not dated.  I don't know.  I don't
25  know.

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

1   Q.   Is the subject, going back to the top, avoiding
2   high-consequence accidents?
3       MR. REGAN:  Same objection, Your Honor, as to
4   foundation.
5       THE COURT:  Maybe this was mentioned, but if so, I
6   missed it.  Were you with Amoco before it became part of BP?
7       THE WITNESS:  Uh-huh, yes.
8       THE COURT:  You said '98 is when that occurred?
9       THE WITNESS:  At the very end of '98.
10      THE COURT:  Go ahead.  I'm sorry.
11  BY MR. CUNNINGHAM:
12  Q.   The subject of the article is avoiding high-consequence
13  accidents, isn't it?
14  A.   I don't know.  I don't see that.
15  Q.   2912.
16  A.   Where?
17  Q.   I'm pulling up another document for you to look at that's
18  part of this.  This is in the first -- I think on the first
19  page:  "Experience with high-consequence accidents involving
20  marine and nonmarine systems indicates that approximately
21  80 percent of these accidents have their root causes in human
22  and organizational factors."
23       Did you ever, while you were employed by BP or Amoco
24  or since this article was published, read it?
25  A.   No.  I have never seen this document.

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

1   Q.   Let me ask you if you are familiar with some of the
2   information in it, 2913.
3       "Very similar stories of unexpected and undesirable
4   interactions of people and marine systems are behind other
5   marine accidents such as the *Torrey Canyon*, *Amoco Cadiz*, *Exxon
6   Valdez*, *Brayer* (phonetic), *Herald of Free Enterprise*, and the
7   *Estonia* and more recently the *P36* semisubmersible offshore
8   Brazil."
9       Are you familiar generally with some of those
10  occurrences?
11  A.   A couple of them.
12  Q.   "These stories testified that the majority of
13  high-consequence, low-probability marine accidents have a
14  common theme:  A chain of significant errors made by people in
15  critical situations involving complex technological and
16  organizational systems."
17       Would you agree with that?
18  A.   Well, I don't have any expertise in that.  I don't know.
19  Q.   The errors involved go far beyond the individuals directly
20  involved in the accidents.  In a majority of these accidents,
21  the organizations involved provide cultures that invite
22  excessive risk taking, demand superhuman performance, or
23  develop complacency that result only in reactive safety
24  management.  Excessive cost cutting and a focus on short-term
25  results are frequently symptomatic of such cultures."

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

1       Were you aware of that, Mr. McKay?
2   A.   No.
3   Q.   So not only do you not recall ever reading this BP Amoco
4   document on high-consequence accidents; even aside from this
5   article, you are just now aware of that?
6   A.   I'm not aware of the conclusions that have been made in
7   this article from those accidents, no.
8   Q.   At least BP Amoco, who published this, is aware of it,
9   correct?
10  A.   Well, as I said, there's no date on it, there's no
11  chronology number on it.  So I don't know if it was published
12  or not.  I can't tell.
13  Q.   BP Amoco dropped the "Amoco" and became BP; is that true?
14  A.   That's true.
15  Q.   If we look at the next page of the article, or the second
16  page of the article, D-2914, we find a reference to Dr. Bob
17  Bea's article of May of 2002, correct?
18  A.   As it's shown on the takeout, yes.
19  Q.   You would agree at least that an organization that invites
20  excessive risk taking where the results may be a gigantic
21  catastrophe is a culture that should not exist?
22  A.   That's a hypothetical question.  I would generally agree
23  with that, but I don't know --
24  Q.   You would agree that a culture that focuses on excessive
25  cost cutting and invites excessive risk taking should not

OFFICIAL TRANSCRIPT

527

LAMAR MCKAY - DIRECT

```
04:56   1   exist, wouldn't you?
04:56   2   A.  I don't know what context you would put that in.
04:56   3   Q.  In any context.
04:56   4   A.  Well, I --
04:56   5   Q.  How about in oil and gas, in oil and gas drilling,
04:57   6   exploration, and production?  Would you agree that a culture
04:57   7   that focuses on excessive cost cutting and invites excessive
04:57   8   risk taking should not exist?
04:57   9   A.  Again, it's a hypothetical.  I think it's important to
04:57  10   concentrate on safe and reliable operations.  So I'm not going
04:57  11   to comment on a hypothetical.
04:57  12   Q.  You're not going to comment on whether or not excessive
04:57  13   cost cutting might be a problem in a company?
04:57  14   A.  I generally don't think anything in excess is good, but I
04:57  15   can't comment specifically on that.  You're making a
04:57  16   hypothetical.
04:57  17   Q.   We are here now.  It's February of 2013, three years after
04:57  18   the Deepwater Horizon, and you have not read or studied or
04:57  19   become aware of any materials that discuss the subject of
04:57  20   process safety, the relationship of cost cutting to risk and
04:57  21   catastrophe.  Is that your testimony?
04:58  22        MR. REGAN:  Objection, Your Honor.
04:58  23        THE COURT:  Overruled.
04:58  24        THE WITNESS:  No, I have not said that.  You asked me
04:58  25   had I read a textbook on process safety.
```

OFFICIAL TRANSCRIPT

528

LAMAR MCKAY - DIRECT

```
04:58   1   BY MR. CUNNINGHAM:
04:58   2   Q.  All right.  Have you then read some other documents?
04:58   3   A.  I've read documents.  I've read our investigation of the
04:58   4   accident itself.  I've read other investigations.  So yes, I
04:58   5   have read investigations.  Yes.
04:58   6   Q.  Well, did any of those investigations that you're citing
04:58   7   refer to cost cutting in connection with catastrophic process
04:58   8   safety events?
04:58   9   A.  No, not those.
04:58  10   Q.  So then it would be fair to say that you had not read
04:58  11   about that subject as of today, in February 2013?
04:58  12   A.  I don't recall reading publications based on cost cutting
04:58  13   as you're describing, no.
04:58  14   Q.  Well, let me see if you agree with what the document says
04:58  15   in that respect.  Do you or do you not, as the president of BP
04:58  16   or the chief executive officer, agree with this statement:
04:58  17   "Excessive cost cutting and a focus on short-term results are
04:58  18   frequently symptomatic of such cultures"?
04:58  19   A.  This is in relation to a document I have never seen about
04:58  20   Cadiz, Valdez, Torrey Canyon.  I have no idea.  I can't add
04:59  21   anything to that.
04:59  22   Q.  Even though that's a BP-published statement long before
04:59  23   2010, you don't have any comment about whether that has meaning
04:59  24   or not?
04:59  25   A.  I don't know who put this together, for what reason,
```

OFFICIAL TRANSCRIPT

529

LAMAR MCKAY - DIRECT

```
04:59   1   whether it was ever published, or anything.  I don't know
04:59   2   anything about the document.
04:59   3   Q.   Let me ask you about learning lessons from past disasters.
04:59   4   It's true, and you would agree, that a fundamental foundation
04:59   5   of process safety and risk management is learning lessons from
05:00   6   past events?
05:00   7   A.  I think any safety system incorporates learning, yes.
05:00   8   Q.  Not only learning lessons, but implementing processes and
05:00   9   procedures as a result of those lessons.  You would agree that
05:00  10   that is an appropriate step to take, wouldn't you?
05:00  11   A.  In general, yes.
05:00  12   Q.  For example, one of the examples of that would be airline
05:00  13   crashes where there are tremendous resources brought to bear to
05:00  14   study what happened and why it happened so further catastrophes
05:00  15   can be prevented, correct?
05:00  16   A.  Yes.  Investigations, yes.
05:00  17   Q.  And there may be frequently operational error or pilot
05:00  18   error, which tells you what happened; but the real goal is to
05:00  19   find out why it happened.  Isn't that true?
05:00  20   A.  Well, I'm not a transportation investigation expert.
05:00  21   Q.   Well, from a process safety standpoint, strictly referring
05:00  22   to the oil and gas business, you would not want to just
05:01  23   determine what happened; you would want to determine why it
05:01  24   happened in order to learn a lesson so that you could prevent a
05:01  25   future disaster.  Isn't that correct?
```

OFFICIAL TRANSCRIPT

530

LAMAR MCKAY - DIRECT

```
05:01   1   A.  I think you would like to understand the causes of the
05:01   2   accident.
05:01   3   Q.  And disasters that you learn lessons from don't just have
05:01   4   to be your own company's disasters; they can be disasters
05:01   5   outside the company.  True?
05:01   6   A.  Again, a hypothetical.  I guess potentially, yes.
05:01   7   Q.  So the operational causes of disasters may be different
05:01   8   from one to the other, but the why of disasters may be the
05:01   9   same.  True?
05:01  10   A.  Purely hypothetical.  I don't know.
05:01  11   A.  Management failures, for example, may be the root cause of
05:01  12   a process safety disaster, while the operational causes of the
05:01  13   disaster may be different from one to the other; isn't that
05:01  14   true?
05:01  15   A.  Again, it's purely hypothetical.
05:01  16   Q.  Well, it may be hypothetical.  I'm asking you whether
05:01  17   that's true or not.
05:02  18   A.  Well, I'm not an expert.  I think failures in any areas
05:02  19   can cause problems.
05:02  20   Q.  You will agree, though, that from a process safety
05:02  21   perspective, it's important to learn lessons from other
05:02  22   disasters, whether they be inside or outside of the company,
05:02  23   correct?
05:02  24   A.  I think it's important to share lessons, to try to learn
05:02  25   from others, yes.  I think sharing lessons across industry is
```

OFFICIAL TRANSCRIPT

531

05:02  1   good, yes.
05:03  2   Q.   And since this disaster in the Gulf of Mexico on the
05:03  3   Macondo, that's exactly what BP has been repeatedly saying,
05:02  4   hasn't it, that we are going to learn our lessons, that we are
05:02  5   learning, or we have learned our lessons from this disaster?
05:02  6   A.   Well, I think we have been very clear since the start that
05:03  7   we would try to learn from this and try to make sure that we
05:03  8   did everything we can to minimize it ever happening again, both
05:03  9   for ourselves and the industry across the world.
05:03  10  Q.   That's not -- that mantra that we have heard since the
05:03  11  date of the *Horizon* is not the first time BP has said the same
05:03  12  thing, is it?
05:03  13  A.   Well, I wouldn't call it a mantra.  It is something that
05:03  14  we were dedicated to do and I think we are doing.
05:03  15  Q.   Let me ask you -- talk to you about OMS.  You know what
05:03  16  I'm talking about?
05:03  17  A.   I do.
05:03  18  Q.   You used the term earlier, correct?
05:03  19  A.   Yes.
05:03  20  Q.   In 2010, BP had a safety management system, didn't it?
05:03  21  A.   Yes.
05:03  22  Q.   It had a safety management system that included a key
05:03  23  component of process safety, didn't it?
05:03  24  A.   Our operating management system includes process safety,
05:05  25  yes.

OFFICIAL TRANSCRIPT

532

05:03  1   Q.   Did it include as a key and major component process
05:03  2   safety?
05:03  3   A.   Yes.  Yes.
05:03  4   Q.   It had a safety management system designed and created to
05:04  5   prevent and avoid a major process safety disaster just like the
05:04  6   one that occurred on the Macondo, didn't it?
05:04  7   A.   Yes.  The safety management system has risk assessment,
05:04  8   risk understanding, processes, procedures, yes.
05:04  9   Q.   And the blowout occurred in 2010, correct?
05:04  10  A.   Yes.
05:04  11  Q.   And the very system that BP had that was designed to
05:04  12  prevent what happened on April 20, 2010, was not implemented on
05:04  13  the *Deepwater Horizon*, was it, Mr. McKay?
05:04  14  A.   I don't agree with that.  It was.
05:04  15  Q.   You don't?
05:04  16  A.   I entirely don't agree with it.  It was implemented.  The
05:04  17  operating management system that we have utilizes our own
05:04  18  safety systems for our own facilities and recognizes and
05:04  19  utilizes contractors' safety management systems for their
05:04  20  facilities.  So it entirely did.  It was consistent with OMS,
05:04  21  and it was approved within OMS, yes, absolutely.
05:04  22  Q.   3145.  Do you recall being asked in your deposition this
05:05  23  question:
05:05  24       "QUESTION:  So if I were going to ask you if OMS had
05:05  25       been implemented on third-party rigs, such as Transocean's

OFFICIAL TRANSCRIPT

533

05:05  1       *Deepwater Horizon*, as of April 19, 2010, do you know --
05:05  2       well, first of all, on April 19, 2010, did you know one
05:05  3       way or the other?"
05:05  4            What was your answer?
05:05  5   A.   Should I read it?
05:05  6   Q.   Well, I will read it.  You tell me whether or not I read
05:05  7   it correctly.
05:05  8       "ANSWER:  Well, OMS implemented on someone else's rig
05:05  9       the -- the parts of OMS that are implemented on a -- on
05:05  10      a -- as I understand it, on a contractor's rig, they --
05:05  11      they run their safety system, so their operating systems
05:05  12      are theirs.  OMS contemplates how to select contractors,
05:05  13      judge contractors, understand their safety systems and
05:05  14      management processes around safety, but the -- but the rig
05:05  15      doesn't implement our OMS."
05:06  16  A.   That's exactly correct.  And that's consistent with what I
05:06  17  just said, that our operating management system recognizes and
05:06  18  utilizes our procedures and practices on our owned facilities
05:06  19  and recognizes and utilizes contractors' systems on their own
05:06  20  facilities, yes.  And that is what OMS is.
05:06  21  Q.   Just so I'm clear on this, it is your testimony here today
05:06  22  before the Court that OMS had been implemented and was in
05:06  23  effect on the *Deepwater Horizon* on April 20, 2010.  Yes or no?
05:06  24  A.   Our OMS was implemented in the Gulf of Mexico drilling
05:06  25  function and it was implemented across that drilling function,

OFFICIAL TRANSCRIPT

534

05:06  1   which included the safety management system of Transocean, and
05:06  2   it was recognized and utilized as part of the OMS
05:06  3   implementation, yes.
05:06  4   Q.   I want to rephrase the question, because I'm not asking
05:06  5   you across the Gulf of Mexico.  I'm talking about the
05:07  6   *Deepwater Horizon*.  So I'm going to try it again.
05:07  7            Was OMS implemented, in force and effect on the
05:07  8   *Deepwater Horizon* on April 20, 2010?  Yes or no?
05:07  9   A.   It's not "yes" or "no" question.  The operating management
05:07  10  system was in effect for the drilling of the Macondo well.
05:07  11  That operating management system uses our processes,
05:07  12  procedures, and standards for the things that we own and
05:07  13  operate; and it uses the contractors' safety management system
05:07  14  as part of the overall OMS process as part of that process.
05:07  15            So yes, it was.  It was in place.  And it was the
05:07  16  safety management system of Transocean that owned the rig that
05:07  17  was utilized.
05:07  18  Q.   Then I guess you would agree that OMS should have been in
05:07  19  full force and effect on the *Deepwater Horizon* on April 20,
05:08  20  because it was?
05:08  21  A.   What I'm saying -- you keep saying "on the
05:08  22  *Deepwater Horizon*," and I just want to be very clear.  And let
05:08  23  me say it one more time.  The BP operating management system
05:08  24  utilizes our standards and procedures for the activities we
05:08  25  conduct.  It also recognizes and utilizes and is part of OMS to

OFFICIAL TRANSCRIPT

535

1  utilize a contractor's safety management system, in this case
2  Transocean's, on their rig for conducting the construction and
3  implementation of the well.
4  Q.  So it should not have been a secret to anybody at BP who
5  knew anything about safety at BP that OMS was in effect on the
6  rig, right?
7  A.  You keep saying "OMS effective on the rig." I'm saying
8  the OMS system contemplates using SMS, the contractor's safety
9  management system, on the rig.
10      THE COURT:  I think we are quibbling now about words
11  here, but I think I understand what the witness is saying. I
12  don't know if you do.
13  BY MR. CUNNINGHAM:
14  Q.  You would agree then that OMS --
15      THE COURT:  I think the witness is saying that the
16  OMS applies to BP's part of the responsibility, and they depend
17  on the Transocean safety system for what Transocean does on the
18  rig.
19          Is that essentially right?
20      THE WITNESS:  Yes. And that is compliant with --
21      THE COURT:  We are quibbling about whether that means
22  OMS is in effect on the rig or not, but I understand the
23  difference.
24  BY MR. CUNNINGHAM:
25  Q.  Then you are saying that BP relies on Transocean's safety

OFFICIAL TRANSCRIPT

536

1  management system for process safety on the rig?
2  A.  Yes.
3  Q.  Do you know whether or not Transocean's safety management
4  system even covers process safety on the rig?
5  A.  As far as I understand it, loss of the primary containment
6  is the big process safety risk on that rig drilling in water.
7  And I think it does cover that, yes.
8  Q.  You weren't heavily involved in safety at BP, correct?
9  A.  I haven't been over the last several years.
10  Q.  So you would expect the people that were heavily involved
11  in safety, such as those on the group operating risk committee,
12  would understand how, whether, and why OMS was or was not
13  applied at a given location, wouldn't you?
14  A.  I think in the group -- in the GORC, as you describe it,
15  in the group operating risk committee, I think they are
16  interested in how OMS is being applied across the world, yeah.
17  Q.  Tell us, if you would, who at BP had the ultimate
18  responsibility in the area of safety to monitor operations in
19  the U.S. on behalf of BP and be sure that BP did what it was
20  supposed to do?
21  A.  To monitor operations?
22  Q.  Yes, sir.
23  A.  Well, in our organization line, or what we call the
24  operating businesses, are responsible for conducting safe and
25  reliable operations, so they would be responsible for safety.

OFFICIAL TRANSCRIPT

537

1  Then they have various assurance mechanisms, their own, as well
2  as we have the safety and operations risk group, which is a
3  corporate group, which looks at -- you know, helps with
4  standards, advice, escalation, if there are issues.
5          So when you say "monitor," I'm not sure exactly what
6  you mean.
7  Q.  Well, monitor, for example, to assure that BP was living
8  up to its own standards in the U.S.
9  A.  Well, there would be several different ways. One, the
10  operating organization is responsible for that, and they would
11  have some assurance in their organization. The safety and
12  operation risk group would have mechanisms to understand
13  whether things are improving or continuing to improve. And we
14  have an audit group that looks at compliance with OMS and other
15  things.
16  Q.  Was there a person responsible for that? Overall, a
17  person in the U.S.? Ultimate responsibility?
18  A.  Well, we are not organized by the U.S. for operations; we
19  are organized by function. The E&P segment is a global
20  function, so there's not a U.S. head for that. There would be
21  a head of drilling. There would be a head of Gulf of Mexico,
22  those kind of things.
23  Q.  Exhibit 45393. What is this, Mr. McKay?
24  A.  It says "Sustainability Report 2006."
25  Q.  It's a BP report?

OFFICIAL TRANSCRIPT

538

1  A.  Yes.
2  Q.  Let's look at page 9. This is a section within that
3  report that deals with safety, correct?
4  A.  Yes.
5      MR. REGAN:  Your Honor, I object to this document
6  again in terms of its references to items that have been
7  expressly held to be outside the scope of this trial.
8  Mr. Cunningham has highlighted sections on there, and this
9  is --
10      MR. CUNNINGHAM:  Let's skip to the bottom.
11      MR. REGAN:  I don't know what the bottom -- which are
12  you talking about?
13      MR. CUNNINGHAM:  The bottom of this page.
14          Go up to the third paragraph on the right.
15      MR. REGAN:  I have the same objection.
16      MR. CUNNINGHAM:  It's a defense exhibit.
17      MR. REGAN:  It's a BP corporate document.
18  BY MR. CUNNINGHAM:
19  Q.  Let me ask you, in this section on safety --
20      THE COURT:  Wait. What is this document?
21      MR. CUNNINGHAM:  It's a defense exhibit, a BP
22  document, Your Honor. It's their annual report, their
23  sustainability report, and it's a page out of that.
24      THE COURT:  From what year?
25      MR. CUNNINGHAM:  2006.

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

| 05:13 | 1 |  MR. REGAN:  Your Honor, my objection is that this |
| 05:13 | 2 | section of this report is expressly tied to the prior incident |
| 05:13 | 3 | that this Court has ruled is outside the scope of this trial. |
| 05:13 | 4 | Whether we take one sentence of it or the whole page -- if we |
| 05:14 | 5 | were to look at the whole page outside the presence of the |
| 05:14 | 6 | witness, we would see that.  So I object to the use of it. |
| 05:14 | 7 |  THE COURT:  No, I don't think it is.  So I overrule |
| 05:14 | 8 | the objection. |
| 05:14 | 9 |  Go ahead. |
| 05:14 | 10 | BY MR. CUNNINGHAM: |
| 05:14 | 11 | Q.   Let me ask you whether or not I'm reading this correctly, |
| 05:14 | 12 | Mr. McKay.  "In the U.S. we expanded the responsibilities of |
| 05:14 | 13 | the chairman and president of BP America, Inc., to include |
| 05:14 | 14 | monitoring of our U.S. operations to ensure compliance with |
| 05:14 | 15 | regulatory and company standards." |
| 05:14 | 16 |  Did I read that correctly? |
| 05:14 | 17 | A.   Yes. |
| 05:14 | 18 | Q.   Was that one of the responsibilities, in fact, of the |
| 05:14 | 19 | position once you assumed it at BP -- |
| 05:14 | 20 | A.   No.  No.  No.  It was made exceptionally clear before I |
| 05:14 | 21 | took that position that the line -- the operating businesses |
| 05:14 | 22 | were going to be responsible for safety and compliance with |
| 05:14 | 23 | regulatory and safety standards.  That was made explicitly |
| 05:14 | 24 | clear.  Delegations of authority and accountabilities were |
| 05:15 | 25 | arranged that way, and that was explicitly clear. |

OFFICIAL TRANSCRIPT

---

LAMAR MCKAY - DIRECT

| 05:15 | 1 | Q.   So when BP says in this document that the chairman and |
| 05:15 | 2 | president of BP -- |
| 05:15 | 3 | A.   That was 2006.  I took over in February of 2009. |
| 05:15 | 4 | Q.   So did they change that responsibility? |
| 05:15 | 5 | A.   Yes.  Yes. |
| 05:15 | 6 | Q.   So you no longer had any responsibility for safety? |
| 05:15 | 7 | A.   No, I did not, other than being on the executive team and |
| 05:15 | 8 | chiming in with comments and advice if I could. |
| 05:15 | 9 | Q.   Now, did you know in April of 2010 whether or not OMS had |
| 05:15 | 10 | been implemented on your contractor-owned rigs? |
| 05:15 | 11 | A.   Well, again back to -- OMS incorporates and allows the |
| 05:15 | 12 | usage of the safety management system of the contractors on |
| 05:15 | 13 | their rigs.  Those are generally mobile fleets that work around |
| 05:15 | 14 | the world and for different operators. |
| 05:15 | 15 | Q.   Do you recall testifying to Congress, Mr. McKay, in May of |
| 05:16 | 16 | 2010? |
| 05:16 | 17 | A.   Yes. |
| 05:16 | 18 |  MR. CUNNINGHAM:  7346, cover page, please. |
| 05:16 | 19 | BY MR. CUNNINGHAM: |
| 05:16 | 20 | Q.   Did you testify -- let's look at page 2915.  Were you |
| 05:16 | 21 | asked this by a member of Congress -- and I don't recall which |
| 05:16 | 22 | one it was, but . . . |
| 05:16 | 23 |  "QUESTION:  My question to you is:  Why hasn't BP |
| 05:16 | 24 |  been able to change its corporate culture and end this |
| 05:16 | 25 |  pattern of accidents? |

OFFICIAL TRANSCRIPT

---

LAMAR MCKAY - DIRECT

| 05:16 | 1 |  "ANSWER:  We are changing this company.  We have put |
| 05:16 | 2 |  in management systems that are covering the world in a |
| 05:16 | 3 |  consistent and rigorous way." |
| 05:16 | 4 |  Did you give that testimony? |
| 05:16 | 5 | A.   Probably. |
| 05:16 | 6 | Q.   What management systems were you talking about that you |
| 05:16 | 7 | had put in? |
| 05:16 | 8 | you talking about that you had put in? |
| 05:16 | 9 | A.   In that case, OMS, operating management system. |
| 05:17 | 10 | Q.   2916.  Did you also testify that: |
| 05:17 | 11 |  "ANSWER:  Our operating management system is as good |
| 05:17 | 12 |  as anyone." |
| 05:17 | 13 | A.   I did, yes. |
| 05:17 | 14 | Q.   And that you had no deficiencies in your operating |
| 05:17 | 15 | management system? |
| 05:17 | 16 | A.   Yes. |
| 05:17 | 17 | Q.   Do you know, since you had no responsibility or very |
| 05:17 | 18 | little responsibility for safety, as I think I understood you |
| 05:17 | 19 | to say earlier, why you would be aware that OMS applied on a |
| 05:17 | 20 | drilling rig in the Gulf and executives who had specific |
| 05:17 | 21 | responsibilities for safety would say that it didn't? |
| 05:17 | 22 | A.   Well, I'm generally aware of OMS.  We all went through OMS |
| 05:17 | 23 | training when we started implementing it.  I'm generally aware |
| 05:17 | 24 | of what OMS applies to and doesn't.  I'm not an expert in it. |
| 05:18 | 25 | But I knew at this point in time how OMS worked with |

OFFICIAL TRANSCRIPT

---

LAMAR MCKAY - DIRECT

| 05:18 | 1 | contractors. |
| 05:18 | 2 | Q.   Well, but you weren't responsible for safety, I understood |
| 05:18 | 3 | you to say? |
| 05:18 | 4 | A.   No, I wasn't responsible for any of the line businesses in |
| 05:18 | 5 | the U.S.; but I was, as chief representative, doing my best to |
| 05:18 | 6 | represent the reality and what we do within those businesses. |
| 05:18 | 7 | Q.   You know Mr. John Baxter, correct? |
| 05:18 | 8 | A.   Yes. |
| 05:18 | 9 | Q.   He holds a high position at BP, correct? |
| 05:18 | 10 | A.   Yes. |
| 05:18 | 11 | Q.   On the group operating risk committee, correct? |
| 05:18 | 12 | A.   Yes. |
| 05:18 | 13 | Q.   You know Pat O'Bryan? |
| 05:18 | 14 | A.   I do. |
| 05:18 | 15 | Q.   He holds a high position at BP? |
| 05:18 | 16 | A.   He is no longer at BP. |
| 05:18 | 17 | Q.   He's no longer at BP.  Did he hold a high position, |
| 05:18 | 18 | correct? |
| 05:18 | 19 | A.   He did. |
| 05:18 | 20 | Q.   He was on the *Deepwater Horizon*? |
| 05:18 | 21 | A.   Yes. |
| 05:18 | 22 | Q.   On the night the explosion occurred, wasn't he? |
| 05:18 | 23 | A.   That's correct, yes. |
| 05:18 | 24 | Q.   All right.  Let's talk about root cause investigation, |
| 05:18 | 25 | Mr. McKay.  You testified multiple times to Congress, didn't |

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

```
05:19   1    you?
05:19   2    A.   I did.
05:19   3    Q.   About the Deepwater Horizon event?
05:19   4    A.   Yes.
05:19   5    Q.   You gave both oral testimony and you gave a written
05:19   6    statement each time you testified, correct?
05:19   7    A.   I think each time we did a written, yes.
05:19   8    Q.   7364.  Is this a written statement that you gave to
05:19   9    Congress as part of your testimony?
05:19  10    A.   Yes.  It looks like it, yes.  Presumably that's the final.
05:19  11    I don't know.
05:19  12    Q.   Each time you testified, you gave a written statement that
05:19  13    was similar in many respects but may have some changes
05:19  14    depending on what had occurred in the interim?
05:19  15    A.   Correct.
05:19  16    Q.   Is that correct?
05:19  17    A.   That's right.
05:19  18    Q.   You repeatedly stated to Congress in your written
05:19  19    statement that BP wanted to know what happened and why it
05:19  20    happened and wanted to take learnings from the incident, didn't
05:19  21    you?
05:19  22    A.   Yes.
05:20  23    Q.   2917.  "BP's investigation into the cause of this accident
05:20  24    is being led by a senior BP executive from outside the affected
05:20  25    business.  The team has more than 40 people.  The investigation
```

LAMAR MCKAY - DIRECT

```
05:20   1    is ongoing and has not yet reached conclusions about incident
05:20   2    cause.  We intend to share the results of our findings so that
05:20   3    our industry and our regulators can benefit from the lessons
05:20   4    learned."
05:20   5             Is that what you said in your statement?
05:20   6    A.   Yes.
05:20   7    Q.   That would be important to do, to share so lessons could
05:20   8    be learned throughout the industry, correct?
05:20   9    A.   Yes, I agree.
05:20  10    Q.   2918.  You noted that investigations take time and in
05:20  11    order to ensure that the root cause of the failure is fully
05:20  12    understood, right?
05:20  13    A.   I see that, yes.
05:20  14    Q.   Without me having to go through each of the statements you
05:20  15    gave, you said that virtually every time you gave a statement,
05:20  16    didn't you?
05:20  17    A.   I did, and I think it was in relation -- I think I said
05:20  18    also in the testimony, both written and verbally, about that,
05:21  19    pertaining to the fire that happened on the rig and why some of
05:21  20    the emergency systems didn't shut the well in.  So it was
05:21  21    bulleted, I thought, in most of these.
05:21  22    Q.   I'm sure we will see that in your direct examination, but
05:21  23    I want to be sure I understand what you are saying.
05:21  24             You are saying that you are not talking about typical
05:21  25    root cause such as that involved in your incident investigation
```

LAMAR MCKAY - DIRECT

```
05:21   1    requirements.  You were talking about something different?
05:21   2    A.   Well, I'm not a root cause specialist and I don't know
05:21   3    what typical is.  But what I was intending to -- and I think I
05:21   4    said clearly throughout my testimony -- is that we were trying
05:21   5    to find out why the fire and explosion happened on the rig and
05:21   6    why the emergency system didn't shut the well in.
05:21   7    Q.   Well, isn't that what everybody was trying to find out?
05:22   8    Was there something else you would have been trying to find
05:22   9    out?
05:22  10    A.   No, that's what we were trying to find out.  That's how,
05:22  11    as I understand it, the investigation that we -- that I
05:22  12    mentioned in the prior comment was doing.
05:22  13    Q.   But you knew -- at the time that you gave your testimony
05:22  14    and repeatedly referred to finding the root cause of the
05:22  15    investigation, you knew process safety was not an objective of
05:22  16    the BP internal investigation, didn't you?
05:22  17    A.   I think, yes.  Loss of primary containment was an
05:22  18    objective of the investigation and the understanding of that.
05:22  19    Q.   So you thought process safety was an objective of the
05:22  20    investigation?
05:22  21    A.   The loss of primary containment is a process safety
05:22  22    failure.  And that's -- the well control, the well blowing out
05:22  23    is a process safety failure.
05:22  24    Q.   Did you believe that systemic causes were part of the root
05:22  25    cause of an event such as this?
```

LAMAR MCKAY - DIRECT

```
05:22   1    A.   Well, as I understand it, system causes and the causes
05:22   2    that were on the -- in terms of causing the fire and explosion
05:22   3    were part of the Bly investigation.
05:22   4    Q.   Right.  But my question is:  Did you understand that there
05:23   5    were systemic causes that were considered by BP's own documents
05:23   6    as root causes?
05:23   7    A.   In the Bly investigation?
05:23   8    Q.   No, in BP's investigative requirements.
05:23   9    A.   Oh.  Well, I wasn't familiar with all the requirements of
05:23  10    the investigations.  I'm more familiar now, but I wasn't
05:23  11    familiar then with the detail of the requirements.
05:23  12    Q.   Were you familiar with the fact -- when you talked about
05:23  13    finding the root causes so lessons could be learned, were you
05:23  14    familiar with the fact that BP was not investigating
05:23  15    management-related causes?
05:23  16    A.   Well, I was -- I was not involved in the scoping and
05:23  17    scaling of the investigation, so I was not aware of the
05:23  18    boundaries of that investigation and what it was supposed to do
05:23  19    and not supposed to do.  I knew that it was trying to find out
05:23  20    the cause of the fire and explosion on the rig.
05:23  21    Q.   So does that mean you were not aware whether or not BP was
05:23  22    investigating management-related causes?
05:23  23    A.   I wasn't involved and aware that the report was designed
05:24  24    to -- I wasn't involved in the scope and the scale or the
05:24  25    limits of the report, no.  So I don't know -- on that
```

LAMAR MCKAY - DIRECT

| | |
|---|---|
| 05:24 | 1 | particular day, I don't think I was; but I don't know for sure. |

05:24  1  particular day, I don't think I was; but I don't know for sure.
05:24  2  Q.  How about on any of the days you testified about root
05:24  3  cause?
05:24  4  A.  No.  I wasn't really involved in any sort of, you know,
05:24  5  where the report starts and ends.  That was an independent
05:24  6  investigation by Bly.
05:24  7  Q.  Did you even know whether or not management-related causes
05:24  8  were a standard part of the BP investigation?
05:24  9  A.  I was not familiar with our investigation protocols, no.
05:24  10  Q.  Do you think that if you hoped to have lessons learned
05:24  11  from a disaster like this, that BP should do a full and
05:24  12  complete investigation?
05:24  13  A.  Well, I think -- I believe and BP believes the
05:25  14  investigation was a complete investigation.  It looked at the
05:25  15  causes of what happened.  It, you know, had 50 internal and
05:25  16  external experts working on it for months.  It was a
05:25  17  substantial report and investigation.  And the
05:25  18  recommendations -- 26 recommendations came out of it.  We are
05:25  19  implementing all of those.  I think it was a substantial
05:25  20  investigation.
05:25  21  Q.  Do you believe that BP should do a full and complete
05:25  22  investigation to include management-related causes after a
05:25  23  disaster such as this?
05:25  24  A.  I think the investigation that was done here is a good
05:25  25  investigation.  We are using that to change what we have

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

05:25  1  done -- what we are doing in drilling going forward with those
05:25  2  recommendations.
05:25  3        I would also say that we have done more than the Bly
05:25  4  report.  As you may know, we have reorganized and gone to a
05:25  5  more functional organization setup, a stronger safety and
05:25  6  operational risk organization.  OMS continues to go through its
05:25  7  improvement cycle.  So I don't know -- I think we have learned
05:26  8  what we can from the accident and we are trying to put those
05:26  9  things into practice right now.
05:26  10  Q.  Do you believe that BP should have done an investigation
05:26  11  that included management-related causes?
05:26  12  A.  I'm not a risk -- an investigation expert, so I can't
05:26  13  opine on whether we should or shouldn't.  I know what has been
05:26  14  done and how we are trying to use it.
05:26  15  Q.  All right.  If we looked at management-related causes,
05:26  16  that would include a lot of people at BP, wouldn't it?
05:26  17  A.  And other places, other companies, and lots of different
05:26  18  people, I would presume.
05:26  19  Q.  2673.  Is this the board of directors that the SEEAC
05:26  20  committee is part of?
05:26  21  A.  Yes.  At a point in time, yes.
05:27  22  Q.  2672.  Is this the safety, environment and ethics
05:27  23  assurance committee of the board?
05:27  24  A.  Yes.  In the recent past, yes.
05:27  25  Q.  2674.  Is this the executive management, which included

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

05:27  1  Tony Hayward, Andy Inglis, and also included you?
05:27  2  A.  Yes.  At a point in time, yeah.
05:27  3  Q.  Well, did it include you on April 20, 2010?
05:27  4  A.  Yes.
05:27  5  Q.  And the group operating risk committee is a committee of
05:27  6  the executive management; is that correct?
05:27  7  A.  Well, it's not -- I wasn't on it.  It's not the entire
05:27  8  team.
05:27  9  Q.  I understand, but it is a committee that --
05:27  10  A.  It's part of that.
05:27  11  Q.  -- that includes executives, correct?
05:27  12  A.  Yes.
05:27  13  Q.  2675.  Is this the membership and the group operating risk
05:28  14  committee?
05:28  15  A.  Yes, at that point in time.
05:28  16  Q.  Mr. Bly on the left and Mr. Baxter on the right, correct?
05:28  17  A.  Yes.
05:28  18  Q.  At the time of the blowout, who was the highest-level
05:28  19  executive with group-wide responsibility for safety?
05:28  20  A.  Well, responsibility for safety, the operating
05:28  21  organizations are responsible for safety.  So in the
05:28  22  exploration and production area would have been Andy Inglis.
05:28  23  And in the R&M, refining and marketing, would have been Iain
05:28  24  Conn.  Mark Bly heads a safety and operations group that was a
05:28  25  corporate group to help set standards and help support the

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

05:28  1  businesses.  But the compliance, the safety, the delivery of
05:28  2  safe operations is through what we call the line, the operating
05:28  3  businesses.
05:28  4  Q.  Well, overall safety, global, group head of safety and
05:29  5  operations, Mark Bly.  He was not the top executive?
05:29  6  A.  Well, he was head of the safety and operations group that
05:29  7  was in the corporation that, in effect, helps the businesses,
05:29  8  supports the businesses, audits the businesses.  The businesses
05:29  9  themselves are responsible for safety, delivery of safe
05:29  10  operations.
05:29  11  Q.  But he audited and supported those groups --
05:29  12  A.  Yes.
05:29  13  Q.  -- on the subject of safety?
05:29  14  A.  Yes.  Yes.
05:29  15  Q.  And who was it that was appointed by Tony Hayward to
05:29  16  conduct the investigation?
05:29  17  A.  Mark Bly.
05:29  18  Q.  A member of the group operating risk committee, correct?
05:29  19  A.  That's correct.
05:29  20  Q.  Do you think that if you hoped to have an objective and
05:29  21  unbiased investigation, that you appoint the head -- group head
05:29  22  of safety who is on the very committee responsible for safety?
05:30  23  A.  As I said, I don't consider Mark as responsible for
05:30  24  safety.  The businesses were responsible and accountable for
05:30  25  delivery of safety.  So I think Mark was head of an objective

OFFICIAL TRANSCRIPT

## 551

LAMAR MCKAY - DIRECT

1   piece of the corporation that looked at safety.
2   Q.   The group operating risk committee were the highest level
3   executives at BP who had concentrated responsibility for
4   safety, weren't they?
5   A.   Yes.  They were reviewing safety.  That's right, yeah.
6   Q.   After Tony Hayward, a member of the committee, appointed
7   Mark Bly, a member of the committee, to conduct the
8   investigation, Mark Bly elected not to investigate management
9   causes, didn't he?
10  A.   Again, I wasn't involved in who set the limits on what was
11  looked at and what wasn't, so I don't know if Mark made that
12  decision or what -- well, I don't know if that's accurate to
13  start with; but I don't know who made those decisions.
14  Q.   So you don't know if it's accurate that he and Tony
15  Hayward decided not to investigate management causes?
16  A.   I wasn't involved in whether that was a decision made or
17  not.
18  Q.   You do know that after he completed and submitted his
19  report -- which, by the way, you have read, right?
20  A.   I have.
21  Q.   And you know it makes no mention whatsoever of any
22  management causes, does it?
23  A.   I don't think in the way you are using it, no.
24  Q.   Is there one sentence of criticism of anybody on that
25  committee or any of the executives that we just looked at or

OFFICIAL TRANSCRIPT

## 552

LAMAR MCKAY - DIRECT

1   anybody on the board and the safety committee of the board?  Is
2   there one sentence of criticism about any of those individuals
3   contained in the Bly report?
4   A.   No, I don't think so.
5   Q.   In fact, after the Bly report was completed, Mr. Bly got
6   promoted, didn't he?
7   A.   Well, I don't think he got promoted.  The organization he
8   was running was expanded.
9   Q.   2747.  Didn't Mr. Bly get promoted to executive vice
10  president for safety and operational risk after he finished his
11  report?
12  A.   Honestly, I don't know if that's a promotion.  He was head
13  of what was called *safety and operations*.  And that piece of
14  the organization was strengthened and people were added to it
15  and he was still head of it, renamed safety and operational
16  risk.  I think he may have already been an EVP, an executive
17  vice president.  I'm not sure.
18  Q.   It didn't indicate he was an executive vice president, I
19  don't think, in the GORC --
20  A.   It may not have.  I don't know if he was promoted or not.
21  Q.   You don't know if he got promoted or not?
22  A.   No.
23  Q.   You were president and chairman of BP America at the time
24  of the blowout, right?
25  A.   I was.

OFFICIAL TRANSCRIPT

## 553

LAMAR MCKAY - DIRECT

1   Q.   So we know you got promoted?
2   A.   I got promoted this January, yes.
3   Q.   You are now basically number two, aren't you, behind
4   Mr. Dudley?
5   A.   I head the upstream exploration and production.  I
6   wouldn't necessarily say I'm number two.  There's a CEO of
7   refining and marketing segment.  No, I wouldn't say it that
8   way.
9   Q.   In addition to no mention of BP management in the Bly
10  report, there's plenty of blame laid on Transocean and
11  Halliburton, isn't there?
12  A.   The Bly report and the investigation had -- came up with
13  eight key factors which involved ourselves, involved
14  Transocean, involved Halliburton.  I don't think it was trying
15  to blame.  I think it was an investigation to try to understand
16  what happened, and I think it's laid out fairly clearly.
17  Q.   What is laid out is blaming what happened on rig-level
18  errors, isn't it?
19  A.   Well, I don't agree with your characterization.  It came
20  up with key factors and things that the investigation team
21  thought were causal; and those included mechanical issues,
22  human judgment.  It included operational implementation, all of
23  those things.
24  Q.   They also did not -- do not include any mention of
25  management errors, do they?

OFFICIAL TRANSCRIPT

## 554

LAMAR MCKAY - DIRECT

1   A.   No, I don't recall.
2   Q.   But they do fault rig-level personnel, don't they?
3   A.   I think the way that the investigation was done, it says
4   that there were some misinterpretations and mistakes made.
5   Q.   So when BP recently pled guilty to 11 felonies, who was it
6   that BP claimed to be the actors that caused the 11 felonies,
7   the 11 deaths?
8   A.   The actors?  I don't understand what you mean.
9   Q.   The individuals who caused the 11 deaths that BP pled
10  guilty to.
11  A.   Our plea agreement with the U.S. government noted the
12  misinterpretation of one of the negative pressure tests as a
13  cause, among others; and that was an agreement we made with the
14  U.S. government.
15  Q.   Exhibit 52673.  You have seen the guilty plea agreement?
16  A.   I have.
17  Q.   You have seen the Exhibit A to that, which is the
18  allocution of facts that's on page 14 of 56?
19  A.   Yes, I have.
20  Q.   Let's look at that page.
21       MR. REGAN:  Your Honor, I object to asking the
22  witness to walk through this plea agreement.  It's in evidence.
23  Your Honor can review it.  It's a legal agreement between BP
24  and the government.
25       THE COURT:  We have walked through a lot of things

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

```
05:36   1    that are in evidence that I can read, but I think it's fair for
05:36   2    him to ask the witness questions about it.
05:36   3              MR. CUNNINGHAM:  Pull out that bottom paragraph
05:37   4    first, if you would.
05:36   5    BY MR. CUNNINGHAM:
05:36   6    Q.   You said you had read this, Mr. McKay?
05:36   7    A.   I have, yes.
05:36   8    Q.   "BP's responsibility as the leaseholder and operator of
05:36   9    the Macondo well and Transocean's responsibility as the rig
05:36  10    owner imposed on each a duty to ensure that the negative
05:36  11    pressure test performed prior to temporarily abandoning the
05:36  12    well was done safely in accordance with the standard of care
05:36  13    applicable in the deepwater oil exploration industry.
05:37  14              "On the night of the explosion, BP had two well-site
05:37  15    leaders who were BP's employees, agents, and highest-ranking
05:37  16    representatives on the rig.  The well-site leaders were
05:37  17    responsible for supervising the negative pressure test."
05:37  18              Did I read that correctly?
05:37  19    A.   Yes.
05:37  20    Q.   Next page, top.
05:37  21              "On or about April 20, 2010, between approximately
05:37  22    5:00 and 8:00 p.m., the negative pressure test performed on the
05:37  23    Macondo well provided multiple indications that the wellbore
05:37  24    was not secure.  BP's well-site leaders negligently supervised
05:37  25    the negative pressure test during this time, failed to alert
```

LAMAR MCKAY - DIRECT

```
05:37   1    engineers on the shore of these indications, and along with
05:37   2    others, ultimately deemed the negative pressure test a success,
05:37   3    all in violation of the applicable duty of care.  The negligent
05:37   4    conduct of BP's well-site leaders is attributable to BP."
05:37   5              Did I read that correctly?
05:38   6    A.   Yes.
05:38   7    Q.   If we go throughout this Exhibit A, which is the factual
05:38   8    allocution, the only actors mentioned as causing the 11 deaths
05:38   9    are BP's two well-site leaders; isn't that true?
05:38  10    A.   I think -- I would have to read the whole thing; but I
05:38  11    think they are mentioned in relation to the negative pressure
05:38  12    test, which was one of the causes that's mentioned in here as
05:38  13    one of the causes.
05:38  14    Q.   You're referring to other actors, other contractors as
05:38  15    being mentioned in here, like Transocean?
05:38  16    A.   It could be.  And it says among others, in terms of --
05:38  17    somewhere in there, among others -- and it was one of the
05:38  18    causes.  So all I'm trying to say is I'm not -- I'm not saying
05:39  19    that it would be limited to what you just said.
05:39  20    Q.   Is there anybody else, any other individual, any other
05:39  21    specific job description mentioned in BP's guilty plea other
05:39  22    than the well-site leaders, the two well-site leaders who have
05:39  23    now been indicted?
05:39  24              MR. REGAN:  Objection, Your Honor.  That has been
05:39  25    expressly ruled outside the scope of this trial, mention of
```

LAMAR MCKAY - DIRECT

```
05:39   1    indictments.
05:39   2              MR. CUNNINGHAM:  I didn't know that.
05:39   3              THE COURT:  I didn't know that either.
05:39   4              MR. REGAN:  I believe it should be, Your Honor.
05:39   5              THE COURT:  It's been mentioned, and it's public
05:39   6    knowledge.  So let's go on.  We all know what we are talking
05:39   7    about.  The fact that someone has been indicted is not evidence
05:39   8    of anything.  But in the context of the questioning, I don't
05:39   9    think it's improper.  Go ahead.
05:39  10    BY MR. CUNNINGHAM:
05:39  11    Q.   Isn't that correct, it's the well-site leaders that BP
05:39  12    pled guilty to?
05:39  13    A.   Can I just -- what I'm trying to say is that the cause was
05:39  14    mentioned as a cause, which implies other causes.  And among
05:40  15    others is mentioned in terms of -- in this case contractors as
05:40  16    well as BP.
05:40  17              So what I'm saying is I'm not necessarily -- my view
05:40  18    doesn't limit everything to those two individuals in terms of
05:40  19    this plea agreement and the way it's written.
05:40  20    Q.   One group of people that's not mentioned in the allocution
05:40  21    is any BP management, is it, as being responsible for anything
05:40  22    that happened on April 20?
05:40  23    A.   That is not written in there; that's true.
05:40  24    Q.   There is, along with the allocution, an order, correct,
05:40  25    that BP agreed to as part of its plea agreement, right?
```

LAMAR MCKAY - DIRECT

```
05:40   1    A.   Yes.
05:40   2              MR. CUNNINGHAM:  Pull that up.  That's page 20 of 56.
05:40   3    BY MR. CUNNINGHAM:
05:40   4    Q.   But there's something different about the order, because
05:40   5    the order is what BP agrees that it will do going forward;
05:40   6    isn't that true?
05:40   7    A.   Roughly, yes.  That's -- yes.  That's what we have agreed
05:41   8    to as part of our obligations, yes.
05:41   9    Q.   If we look at the first page of the order, one of the
05:41  10    things BP agrees to do is to institute process safety
05:41  11    activities, correct?
05:41  12    A.   We have agreed to have a process safety monitor, yes.
05:41  13    Q.   The duties of that monitor would be to review, evaluate,
05:41  14    and provide recommendations for the improvement of BP's process
05:41  15    safety and risk management procedures, correct?
05:41  16    A.   Yes.
05:41  17    Q.   That is not an action that could have been undertaken by
05:41  18    anybody at BP but management?
05:41  19    A.   No, I don't agree with that.
05:41  20    Q.   You don't?  You think the well-site leaders could have
05:41  21    reviewed, evaluated, and provided recommendations for improving
05:41  22    BP's process safety and risk management?
05:41  23    A.   Yes.  I think that there are a lot of people involved with
05:41  24    the drilling and construction and implementation of the well
05:41  25    procedure.  The loss of primary containment was the process
```

LAMAR MCKAY - DIRECT

1  safety failure so that the blowout is the process safety

2  failure.

3  Q.  According to you?

4  A.  I'm no expert, you are correct.  But that's -- yes, I

5  think that's -- yeah, that's my opinion.  That's BP's opinion.

6  Q.  But what is agreed to by BP in this order in connection

7  with the guilty plea are actions in the area of process safety

8  that represent correction of management failures; isn't that

9  true?

10 A.  No, I -- no, I don't think that's true.

11 Q.  You think that this represents failures of men on the rig

12 that they could have corrected to prevent this event?

13 A.  I think what -- my view is governed by what the

14 investigation said, which said there were key factors that

15 failed -- all of them failed, unfortunately.  And this -- and

16 our plea agreement has agreed to have a process safety monitor

17 to help us make recommendations to improve our process safety

18 and risk management procedures.  So I don't draw the conclusion

19 that you're drawing.

20 Q.  Page 8.  As part of the order, you also agreed, did you

21 not -- must be page -- excuse me, page 27 of 56.

22         Also agreed to institute safety and environmental

23 management audits, management systems audits, didn't you?

24 A.  Safety and environmental management systems audits.  Yes,

25 we do agree to that.  And that generally encompasses, I think

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

1  in this -- this is for the drilling rigs themselves.

2  Q.  Undertaking safety and environmental management systems

3  audits is a function that would be instituted by management and

4  not by a well-site leader, isn't it?

5  A.  Well, yes, it probably would be executed by that and done

6  by an auditing function of the company, which would be -- and

7  probably get input from well-site leaders, yeah.

8  Q.  That represents a correction in this order, a correction

9  of a management failure, doesn't it?

10 A.  No.  Not necessarily, no.

11 Q.  Let's go to the bottom of this page, back to the bottom of

12 page 8.

13         You also agree to operational oversight regarding

14 third-party verification of the blowout preventers, correct?

15 A.  Yes.

16 Q.  That could only be undertaken by management, correct?

17 A.  Well, you're using the term *management*.  When you drill a

18 well, you have a lot of people involved with the system, the

19 contractors, your own engineers, your own operations people.  I

20 think in this case it would be probably engineers that are

21 familiar and working on the blowout preventer areas that would

22 be working with the third-party verifiers.  So I don't know if

23 you call that management.

24 Q.  Do you call it management?

25 A.  I call them engineers.

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

1  Q.  Turn to the next page.  Deepwater well control competency

2  assessments.  Cement design, at the bottom.  Cement design and

3  competency.  These are actions that are corrective actions that

4  management would take, not the men on the rig; isn't that true?

5  A.  The cement design and competency would generally be done

6  and understood by engineers that I don't think generally would

7  be well-site leaders, but they would be engineers and

8  operations people.

9  Q.  So it would not be upper-level management involved in

10 that?

11 A.  In cement design of wells, no, not generally.

12 Q.  How about the next page, page 10?  "Houston monitoring

13 center:  The defendants shall maintain a real-time drilling

14 operations monitoring center at its Houston office or other

15 appropriate location."

16         Going down:  "The HMC shall monitor such data for all

17 defendant-owned or contracted rigs conducting drilling with a

18 subsea BOP installed on the wellhead."

19         Establishing a Houston monitoring system would be an

20 action taken by management, wouldn't it, Mr. McKay?

21 A.  The Houston monitoring center will be where the engineers

22 and the supervisors of the well-site leaders and folks like

23 that would look at well control monitoring.  You know, I guess

24 it's according to where you call management, but this would

25 still generally be engineers working on this.

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

1  Q.  So we can't even agree that it would be a management

2  decision as opposed to a line-level decision to establish the

3  Houston monitoring center?

4  A.  Well, the establishment and the agreement of the entire

5  agreement was a management decision.

6         MR. CUNNINGHAM:  Your Honor, I think I'm very close

7  to being through.  I don't know if you would give me an

8  opportunity to have any time in the morning if I think of a few

9  questions overnight that I missed.

10        MR. REGAN:  I think he has done a thorough job,

11 Your Honor.

12        MR. CUNNINGHAM:  I appreciate the endorsement.

13        THE COURT:  Why don't you confer with your cohorts

14 there for a minute and see if they have any others.  I would

15 like to break at a logical point here.

16        MR. CUNNINGHAM:  No further questions, Your Honor.

17        THE COURT:  How many people did it take to decide

18 that?

19        I guess this is a good time to recess.  We will

20 recess -- let me just ask -- well, I'm not going to go any

21 further today in testimony, but I'm just trying to see.  Is

22 anybody else on this side of the table planning to ask

23 Mr. McKay questions tomorrow?

24        MR. UNDERHILL:  Not the United States, Your Honor.

25        MR. KANNER:  We might have a few questions,

OFFICIAL TRANSCRIPT

563

```
 1   Your Honor, but I would like to talk to my client tonight if I
 2   could.
 3          THE COURT:  How about Alabama?
 4          MR. MAZE:  Only one question that we may ask just for
 5   impeachment purposes, and we are checking on that now.
 6          THE COURT:  Whatever you two have will be very short
 7   tomorrow?
 8          MR. MAZE:  Yes, sir.
 9          MR. KANNER:  Very short.
10          THE COURT:  Are you all going to question Mr. McKay
11   now, Transocean and Halliburton?  Just trying to get some sense
12   for tomorrow.
13          MR. MILLER:  Kerry Miller for Transocean.  During the
14   break I met with BP and the PSC.  We would like to propose to
15   the Court that when an adverse party calls an employee that the
16   employer actually take the witness before the other defendants
17   go.  So we propose to be somewhat out of order based upon
18   the --
19          MR. REGAN:  What we would propose, Your Honor, is
20   that we could do a short direct.  To the extent that the
21   contractors have questions, they could ask those questions.  We
22   could have a very few --
23          THE COURT:  This is my question.  Usually what we ask
24   is, do you plan to do a direct of Mr. McKay now while he is
25   here, or do you plan to call him back again in your case?
```

OFFICIAL TRANSCRIPT

564

```
 1          MR. REGAN:  We plan to finish Mr. McKay.
 2          THE COURT:  So it's okay with you if we proceed as
 3   Mr. Miller suggests?
 4          MR. REGAN:  Right.  We'll do a short direct.  Any
 5   questions from the contractors can go.  We can have a
 6   brief redirect as our witness, and also to the extent that any
 7   more redirect questions --
 8          THE COURT:  I'm assuming we will be able to finish
 9   Mr. McKay fairly early tomorrow morning.  Am I overly
10   optimistic on that?  When you say a "brief direct," how long is
11   your brief direct?
12          MR. REGAN:  I think it would be less than a half an
13   hour.
14          THE COURT:  So maybe we are talking about an hour,
15   hour and a half total?
16          MR. MILLER:  I have about 10 minutes, Your Honor.
17          MR. GODWIN:  About 10 or 15 for Halliburton, Judge.
18          THE COURT:  Who is the next witness for the plaintiff
19   going to be tomorrow?
20          MR. CUNNINGHAM:  We're going to play about a
21   20-minute clip of Mr. Haywood's deposition video clip and then
22   about a 10-minute clip of Mr. Lacy's deposition.
23          THE COURT:  After that, who is the witness?
24          MR. UNDERHILL:  Huffman would live.
25          THE COURT:  Who is that?
```

OFFICIAL TRANSCRIPT

565

```
 1          MR. UNDERHILL:  Dr. Alan Huffman.
 2          THE COURT:  Huffman?
 3          MR. UNDERHILL:  Correct, Your Honor.
 4          THE COURT:  How long do you guess he will take?  I'm
 5   just trying to get a sense of who else everybody needs to plan
 6   for tomorrow, including myself.
 7          MR. UNDERHILL:  Your Honor, I would say for
 8   Dr. Huffman it would be equal to or less than Mr. Cunningham's
 9   examination of Dr. Bea, but probably less.
10          THE COURT:  I will just make these comments now.
11   When we broke this afternoon when Mr. Brock asked for
12   15 minutes so he could decide how much more cross he had --
13          MR. BROCK:  I shortened it substantially.
14          THE COURT:  You did, and I appreciate that.
15              But I started doing some math, and I will just
16   point it out to everybody now.  Everyone has told me for a long
17   time now that this is going to be a three-month trial, even
18   though I told you all we ought to be able to try it in two
19   months.  Now I did the math.  If we exclude Fridays, Saturdays,
20   and Sundays, which is the plan, and a couple other holidays
21   around Easter, we only had 53 trial days, including today.
22   53 trial days, even though we are working from 8:00 to 6:00.
23   You all have 53 experts listed, including Mr. Bea, who
24   testified today.
25              I don't know how many fact witnesses the parties
```

OFFICIAL TRANSCRIPT

566

```
 1   plan to call beyond the depositions.  I recognize there are a
 2   lot of fact depositions that have been submitted.
 3              But somebody -- you all need to think about how
 4   many of these experts are really going to be called and how
 5   long they are going to take, because I really want to finish
 6   this trial by the end of May.
 7              At your request, the lawyers' request, I did not
 8   put strict time limits on everybody in this trial, but I am
 9   committed to finishing this thing by the end of May.  So just
10   keep that in mind.
11          MR. UNDERHILL:  I don't know if it's a request or a
12   suggestion, Your Honor.  Mike Underhill on behalf of the
13   United States.
14              I suspect that the percipient witnesses are
15   probably going to go a lot faster than the experts.  It could
16   be long.  Mr. Bly might be the exception to that.  I suspect he
17   might be taking some time.
18              The plaintiffs collectively have disclosed our
19   expert witnesses.  I think we are going to call all of them.
20   If we drop one, then that's maybe even better.
21              There's a whole slew of experts on the defense
22   side, especially our friends and colleagues over at BP.  What
23   would help all of us, and I think Your Honor, in terms of
24   budgeting time, especially early up in the plaintiffs' and, for
25   that matter, Transocean's part of the case, if the BP
```

OFFICIAL TRANSCRIPT

567

```
05:54   1   defendants, or other defendants as well, know that they are
05:54   2   going to not call expert witnesses -- and I can think of two
05:54   3   they are probably not going to call -- I won't name them in
05:54   4   court, but I can think of a few at least -- that would help us
05:54   5   all to budget out.
05:54   6        THE COURT:  Have you all exchanged -- because I have
05:54   7   a list, a spreadsheet of each party's experts and the order in
05:55   8   which they plan to be called.  Although when you tell me
05:55   9   Dr. Huffman is going to be called tomorrow, that's already out
05:55  10   of order, because he was number 10 on my list of 11.
05:55  11        MR. UNDERHILL:  Your Honor, I don't want to rat
05:55  12   Judge Shushan out, but I think we -- I'm going to rat
05:55  13   Judge Shushan out.  Actually, I think we did submit an amended
05:55  14   list a couple weeks ago.
05:55  15        THE COURT:  This was supposedly the last list that I
05:55  16   was given.  Have these lists been exchanged with each other
05:55  17   among the parties?  They are?  So none of this is secret.
05:55  18            Without talking about the names or the order
05:55  19   right now, the combination of PSC, U.S. and the States, I have
05:55  20   a list of 11 different experts.  Transocean has four,
05:55  21   Halliburton has eight, BP alone has 23, Cameron has four, and
05:55  22   then M-I has three.  So you're right, BP is the biggest culprit
05:56  23   here in terms of number of witnesses.  Maybe Mr. Brock and his
05:56  24   team can let everyone know within a reasonable time whether
05:56  25   they really plan to call all of these 23 people.
```

OFFICIAL TRANSCRIPT

568

```
05:56   1        MR. BROCK:  Your Honor, on our list we have a number
05:56   2   of witnesses who are employees of BP, but were involved in the
05:56   3   internal investigation and have subject matter expertise.
05:56   4   There is some overlap with that expertise in our expert lineup.
05:56   5   We do not expect we are going to call 23 experts.  But it's a
05:56   6   trial, and we would like to have the opportunity to evaluate as
05:56   7   we go.  We'll do something reasonable on that.
05:56   8        THE COURT:  Okay.  The reason I wanted to know for my
05:56   9   own sake, and of course you all would, too, the order that
05:56  10   these experts are going to be called, some reasonable advance
05:56  11   notice so I can read those expert reports and the motions in
05:57  12   limine and all of that -- *Daubert* motions -- so I can be
05:57  13   conversant with that before the expert takes the stand.
05:57  14            Does anybody envision any other expert
05:57  15   testifying tomorrow other than Dr. Huffman?
05:57  16        MR. BRIAN:  Your Honor, when do they expect to get to
05:57  17   Mark Bly tomorrow?
05:57  18        THE COURT:  Is he going to follow Huffman?  So it's
05:57  19   possible.
05:57  20        MR. BRIAN:  How long would he be on direct?
05:57  21        THE COURT:  Bly or Huffman?
05:57  22        MR. BRIAN:  Bly.
05:57  23        MR. STERBCOW:  A good two hours.
05:57  24        MR. UNDERHILL:  I would say the United States
05:57  25   probably about equal, Your Honor.  Just so Your Honor knows, we
```

OFFICIAL TRANSCRIPT

569

```
05:57   1   are not -- we understand the Court's desire -- let's call it an
05:57   2   order to move things along.  Paul Sterbcow and I have worked to
05:58   3   coordinate our exams so that I don't intend to do what he is
05:58   4   doing.  We tried to divide it up in accordance with the
05:58   5   interests of our clients.  And what we propose to do for the
05:58   6   rest of -- as you can see, today we asked no questions of
05:58   7   Mr. McKay.
05:58   8        THE COURT:  I appreciate that.  I didn't mean by my
05:58   9   comments earlier today that I was prohibiting counsel for each
05:58  10   party from asking, questioning any particular witness.  I just
05:58  11   meant that where your interests are clearly aligned perfectly,
05:58  12   it seems like you all could agree that one lawyer would take
05:58  13   that witness.  But anyway, we'll see how it works out.
05:58  14        MR. UNDERHILL:  We definitely don't plan -- we plan
05:58  15   to coordinate to the extent, if we each plan to do a witness,
05:58  16   to make sure that our areas of questioning are not duplicative,
05:58  17   because we know what's going to happen when we try to do that
05:58  18   with Your Honor.  It's not going to last too long.
05:58  19        THE COURT:  Anybody have anything else?
05:59  20            Have a good evening.  We'll see everybody at
05:59  21   8:00 a.m.
05:59  22        THE DEPUTY CLERK:  All rise.
05:59  23        (Proceedings adjourned.)
05:59  24                    * * *
05:59  25
```

OFFICIAL TRANSCRIPT

570

```
 1                    CERTIFICATE
 2        I, Toni Doyle Tusa, CCR, FCRR, Official Court
 3   Reporter for the United States District Court, Eastern District
 4   of Louisiana, do hereby certify that the foregoing is a true
 5   and correct transcript, to the best of my ability and
 6   understanding, from the record of the proceedings in the
 7   above-entitled matter.
 8
 9
10                    s/ Toni Doyle Tusa
11                    Toni Doyle Tusa, CCR, FCRR
                      Official Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

OFFICIAL TRANSCRIPT

**$**

$205 [1] 490/9
$205 million [1] 490/9
$250 [1] 489/7
$250 million [1] 489/7

**'**

'09 [1] 478/25
'98 [3] 522/11 524/8 524/9
'99 [1] 523/17
'Every [2] 484/19 485/19
'waiting [1] 480/4

**0**

01694 [1] 450/21
02771 [1] 423/7
03695 [1] 450/19
05777.1.2 [1] 453/22
05969 [1] 435/18
05973.1.1 [1] 447/1

**1**

1.1 [2] 437/22 476/3
1.2 [1] 441/9
10 [5] 479/18 480/9 561/12 564/17
567/10
10 minutes [1] 564/16
10 years [3] 434/7 434/11 434/15
10-CV-02771 [1] 423/7
10-CV-4536 [1] 423/9
10-MD-2179 [1] 423/4
10-minute [1] 564/22
100 [1] 424/16
100 percent [2] 483/20 483/21
1000 [2] 427/17 428/16
1001 [1] 427/10
101 [1] 424/19
101.1 [1] 474/14
11 [7] 554/5 554/6 554/7 554/9 556/8
567/10 567/20
11,638 feet [1] 436/13
1100 [1] 427/6
1110 [1] 427/20
1148.1.2 [1] 445/18
11:00 [1] 482/8
12 [1] 480/25
12-18-09 log [1] 497/3
12.2 [1] 484/17
12.4 [1] 485/16
1201 [2] 427/3 428/9
1221 [1] 428/5
13 [2] 446/10 466/15
1308 [1] 424/22
1331 [1] 428/12
1374.1.1 [1] 475/13
1374.1.2 [1] 475/24
14 [2] 464/16 554/18
14271 [1] 425/25
143 [1] 435/7
15 [5] 432/25 435/7 483/17 494/17
564/17
15 minutes [1] 565/12
15-minute [1] 482/14
1500 feet [1] 443/3
152 [1] 466/14
16 [2] 456/17 465/10
1601 [1] 424/3
166 [1] 479/17
1665 [1] 428/12
1694 [1] 494/23
17 [3] 443/13 449/18 475/25
1700 [1] 428/9

175 [1] 464/16
18 [2] 476/19 489/9
1831.1.1 [1] 478/12
1885 [1] 426/12
19 [2] 533/1 533/2

**2**

2.1 [2] 436/12 442/6
2.3.5 [2] 482/23 483/14
20 [15] 423/5 432/25 446/21 515/9 519/9
519/13 519/18 532/12 533/23 534/8
534/19 549/3 555/21 557/22 558/2
20-minute [1] 564/21
2000 [1] 523/17
20004 [2] 425/25 427/4
2001 [1] 523/17
2002 [2] 522/18 526/17
2003 [2] 469/20 469/22
20044 [2] 425/20 426/6
2005 [1] 495/17
2006 [4] 501/14 537/24 538/25 540/3
2008 [5] 489/5 490/8 490/21 491/12
491/18
2009 [24] 431/21 453/24 455/18 455/21
456/6 473/21 473/23 475/2 475/25 479/5
479/10 479/21 486/9 486/12 489/5
490/12 490/22 491/11 491/18 491/19
496/22 500/9 501/14 540/3
2010 [35] 423/5 435/20 440/9 441/7
449/18 455/6 455/20 456/6 456/17
465/10 486/22 487/7 490/3 495/17 504/2
504/11 506/1 506/9 515/9 516/3 519/9
519/13 519/18 528/23 531/20 532/9
532/12 533/1 533/2 533/23 534/8 540/9
540/16 549/3 555/21
2013 [4] 423/7 430/2 527/17 528/11
20198.1.1 [1] 480/23
21 [5] 456/25 456/25 457/16 459/2
469/13
21-day [2] 459/13 459/21
21/21 [2] 457/16 459/2
2179 [1] 423/4
2187 [1] 469/2
2187.178.1 [1] 471/1
2187.8.1 [1] 469/24
22 [2] 447/17 486/22
22 percent [1] 489/8
2211 [1] 427/20
2216 [1] 425/9
2279 [1] 518/4
22806 [1] 501/8
22nd [1] 424/10
23 [3] 567/21 567/25 568/5
23.1 [1] 465/17
23451 [1] 424/10
236 [1] 446/10
24 [1] 443/13
250 [2] 443/13 443/14
250.400 [1] 512/15
26 [6] 423/7 430/2 437/17 438/7 439/4
547/18
26,500 feet [1] 439/22
2615 [1] 424/6
2672 [1] 548/22
2673 [1] 548/19
2674 [1] 548/25
2675 [1] 549/13
27 [1] 559/21
2747 [1] 552/9
28 [3] 440/9 441/7 490/3
2830 [1] 501/8
2874 [2] 497/8 497/10
2875 [1] 514/22

2887 [1] 515/15
2912 [1] 524/15
2913 [1] 525/2
2914 [1] 526/16
2915 [1] 540/20
2916 [1] 541/10
2917 [1] 543/23
2918 [1] 544/10

**3**

3.1 [2] 469/19 482/22
30 days [1] 483/8
300 [1] 426/23
3089 [1] 427/17
31 [1] 522/10
3145 [1] 532/22
32 [1] 504/20
335 [1] 427/14
350 [1] 481/16
350-plus [1] 479/20
3500 man-hours [1] 474/22
35th [1] 427/14
36.1 [1] 490/5
36028 [1] 425/13
36130 [1] 426/10
36604 [1] 424/4
3668 [1] 423/20
3700 [2] 427/6 427/10
390 [4] 474/21 481/16 481/22 483/9

**4**

40 [1] 543/25
40,000 [1] 431/1
4000 [1] 428/16
402 [1] 424/10
406 [1] 428/19
4170.1.1 [1] 465/7
4170.21.1 [1] 467/13
4170.23.1 [1] 466/2
4171.1.1 [1] 468/15
4261 [1] 455/22
4261.1.1 [1] 456/22
43 [1] 490/15
4310 [1] 425/6
435 [1] 424/19
4362.2.1 [1] 474/2
44024.1.1 [1] 476/14
44027.1.1 [1] 477/3
450 [1] 425/13
4500 [1] 428/5
4536 [1] 423/9
45393 [1] 537/23
47182.1.1 [1] 476/3
47221 [1] 482/22
47414 [1] 440/7
47414.2.1 [1] 440/20
48154 [1] 437/17
48250.16.1 [1] 490/18
48250.36.1 [1] 490/2
4946.82.1 [1] 467/12

**5**

50 [4] 487/12 488/1 488/2 547/15
50 percent [1] 480/3
500 [3] 423/20 426/9 428/19
5000 [1] 426/19
504 [1] 428/20
52673 [1] 554/15
53 [2] 565/21 565/23
53 trial [1] 565/22
5395 [1] 425/13
546 [1] 427/23

5

55 percent [1]  489/11
556 [1]  423/20
56 [3]  554/18 558/2 559/21
5689.8.1 [1]  486/6
571 [1]  443/25
571.13.1 [1]  444/7
5721.1 [1]  438/6
589-7778 [1]  428/20
59 [2]  463/14 463/17
5944 [1]  522/15
5946.101.1 [1]  474/14
5946.78.1 [1]  448/18
5946.86.1 [1]  453/13
5946.86.2 [1]  460/19
5966 [1]  499/17
5969.1.2 [1]  437/4
5974.1.1 [1]  447/16
5:00 and [1]  555/22
5:00 that [1]  492/6

6

600 [3]  424/10 424/13 427/17
601 [1]  424/6
6015 [1]  500/11
60654 [1]  426/24
618 [1]  423/5
6:00 [1]  565/22

7

7-5395 [1]  425/13
701 [2]  426/16 426/19
70113 [1]  423/24
70130 [6]  424/7 424/13 425/10 426/17
  427/24 428/19
70139 [1]  426/20
70163 [1]  427/7
70360 [1]  424/20
70458 [1]  424/23
70501 [1]  427/18
70502 [1]  423/21
70801 [1]  425/4
70804 [1]  426/13
7099 [1]  430/19
7346 [1]  540/18
7364 [1]  543/8
75270 [1]  428/10
7611 [1]  425/19
77002 [2]  427/10 428/17
77006 [1]  425/7
77010 [2]  428/5 428/13
77098 [1]  427/21
7778 [1]  428/20
78257 [1]  424/17

8

80 percent [1]  524/21
8093.1.1 [1]  441/19
820 [1]  423/23
866 [1]  432/22
8:00 a.m [2]  482/8 569/21
8:00 p.m [1]  555/22
8:00 to [1]  565/22

9

90071 [1]  427/14
929 [3]  457/19 458/2 458/5
94005 [1]  426/13
94102 [1]  425/14
9:08 [1]  461/11
9:14 [1]  461/11
9th [1]  424/13

A

a.m [2]  482/8 569/21
abandon [1]  439/17
abandoned [1]  439/21
abandoning [1]  555/11
ability [4]  457/8 472/8 520/7 570/5
able [5]  445/11 484/5 540/24 564/8
  565/18
about [120]  431/13 432/24 433/24 434/1
  436/13 437/1 437/7 438/3 438/3 438/4
  439/9 439/20 441/24 442/7 442/10
  443/23 445/16 446/22 448/10 448/10
  448/22 451/1 451/18 454/3 454/5 454/10
  455/7 461/11 461/18 463/23 465/4 465/16
  473/4 474/4 475/22 477/17 477/19 478/8
  481/18 483/7 484/2 484/9 484/12 485/25
  486/20 488/1 490/1 490/17 491/14 492/8
  492/19 493/17 493/18 493/25 494/22
  494/25 495/17 495/21 495/23 496/25
  498/12 498/15 499/16 499/24 499/25
  501/23 501/23 506/1 506/2 506/24 511/3
  514/14 517/21 517/21 518/9 519/9
  519/13 520/1 520/25 521/13 523/23
  527/5 528/11 528/19 528/23 529/2 529/3
  531/15 531/16 534/5 535/5 535/10
  535/21 538/12 541/6 541/8 542/24 543/3
  544/1 544/18 544/24 545/1 546/12 547/2
  547/2 552/2 555/2 555/21 557/7 558/4
  561/12 563/3 564/14 564/16 564/17
  564/20 564/22 566/3 567/18 568/25
above [1]  570/7
above-entitled [1]  570/7
Abramson [1]  424/5
absent [1]  496/10
absolutely [2]  485/23 532/21
access [3]  484/4 488/5 488/8
accident [16]  453/7 465/20 469/3 469/20
  470/11 488/6 488/18 489/2 498/16 516/5
  518/7 519/16 528/4 530/2 543/23 548/8
accidents [12]  517/22 524/2 524/13
  524/19 524/21 525/5 525/13 525/20
  525/20 526/4 526/7 540/25
accordance [1]  512/12 569/4
according [2]  508/9 559/3 561/24
account [2]  432/12 491/20
accountabilities [1]  539/24
accountable [1]  550/24
accounts [1]  491/15
accurate [6]  449/11 459/22 488/1
  514/23 551/12 551/14
acknowledged [1]  509/5
across [7]  483/11 487/20 530/25 531/9
  533/25 534/5 536/16
action [5]  474/18 478/5 480/18 558/17
  561/20
actions [3]  559/7 561/3 561/3
activated [1]  472/19
activities [2]  534/24 558/11
activity [1]  461/19
actors [4]  554/6 554/8 556/8 556/14
actual [2]  483/16 490/12
actually [8]  451/8 451/9 457/19 466/11
  467/13 519/25 563/16 567/13
actuator [1]  475/22
add [1]  528/20
added [1]  552/14
addition [3]  434/25 498/25 553/9
Additionally [2]  463/15 463/17
address [3]  474/15 474/18 479/20
addressed [2]  476/22 477/10
addresses [1]  432/10
addressing [4]  476/4 498/21 500/19

502/1
502/19  [1]  466/24
adequately [1]  502/9
adjourned [1]  569/23
admission [1]  463/24
adopted [1]  496/13
adoption [1]  496/19
advance [1]  568/10
adverse [1]  563/15
advice [5]  520/1 520/9 520/13 537/4
  540/8
advised [1]  522/2
affected [1]  543/24
afraid [1]  493/23
after [20]  438/9 439/21 445/18 449/15
  478/10 484/20 486/23 498/6 519/13
  522/13 522/18 523/11 523/11 527/17
  547/22 551/6 551/18 552/5 552/10
  564/23
afternoon [4]  423/14 430/1 460/12
  565/11
again [17]  437/6 437/11 443/15 447/22
  503/8 510/21 511/4 516/25 527/9 530/6
  530/15 531/8 534/6 538/6 540/11 551/10
  563/25
agenda [6]  438/11 440/10 441/3 442/6
  442/17 442/19
agents [1]  555/15
ago [4]  449/25 457/24 467/14 567/14
agree [47]  436/20 436/24 437/14 450/17
  451/24 452/10 452/17 452/19 452/23
  453/1 454/21 456/11 457/7 457/14
  457/25 461/13 463/7 465/13 470/15
  488/23 513/19 514/16 514/23 515/3
  516/21 517/23 525/17 526/19 526/22
  526/24 527/6 528/14 528/16 529/4 529/9
  530/20 532/14 532/16 534/18 535/14
  544/9 553/19 558/19 559/25 560/13
  562/1 569/12
agreed [12]  452/9 454/17 466/7 511/17
  511/23 557/25 558/7 558/12 559/6
  559/16 559/20 559/22
agreement [16]  451/25 452/11 477/2
  511/23 512/6 512/7 554/11 554/13
  554/15 554/22 554/23 557/19 557/25
  559/16 562/4 562/5
agrees [2]  558/5 558/10
ahead [11]  440/3 443/9 443/17 455/2
  497/16 501/7 502/4 503/6 524/10 539/9
  557/9
aided [1]  428/25
airline [1]  529/12
al [2]  423/8 423/11
Alabama [5]  424/4 426/7 426/8 426/10
  563/3
Alan [1]  565/1
alarms [1]  472/10
alert [1]  555/25
ALEX [1]  428/4
aligned [1]  569/11
all [63]  430/4 438/14 441/3 448/14
  450/19 451/23 458/12 464/15 466/24
  468/23 472/20 476/5 478/17 480/4
  480/16 482/15 484/14 484/25 486/2
  486/15 490/5 491/25 492/8 492/13
  492/22 493/6 494/12 496/9 499/11 506/2
  506/7 507/21 510/13 513/6 517/7 519/22
  519/22 528/2 533/2 541/22 542/24 546/9
  547/19 548/15 553/22 556/3 556/18
  557/6 559/15 561/16 563/10 565/18
  565/23 566/3 566/19 566/23 567/5 567/6
  567/25 568/9 568/12 569/12 569/21
ALLAN [1]  426/15

**A**

allocution [4]  554/18 556/8 557/20 557/24
allow [1]  494/8
allows [2]  473/1 540/11
alone [1]  567/21
along [5]  468/23 482/5 556/1 557/24 569/2
already [4]  461/23 484/12 552/16 567/9
also [27]  432/18 432/22 439/14 454/13 478/4 485/6 485/12 488/4 489/9 492/23 499/16 504/5 505/2 505/7 510/13 511/11 513/10 534/25 541/10 544/18 548/3 549/1 553/24 559/20 559/22 560/13 564/6
although [3]  448/5 522/17 567/8
always [3]  460/14 472/1 486/17
am [7]  440/13 482/11 482/22 504/19 505/25 564/9 566/8
amended [1]  567/13
AMERICA [17]  423/10 425/12 425/16 425/22 426/3 426/19 426/22 427/3 504/3 504/5 504/6 519/4 519/6 520/20 521/20 539/13 552/23
Amoco [18]  522/9 522/12 522/13 522/13 522/16 523/5 523/8 523/9 523/14 523/17 523/20 524/6 524/23 525/5 526/3 526/8 526/13 526/13
among [6]  522/2 554/13 556/16 556/17 557/14 567/17
amount [2]  431/9 489/6
Anadarko [1]  509/14
analysis [6]  435/2 435/9 470/2 470/4 487/15 521/12
analyzed [5]  434/5 434/9 434/13 434/19 434/20
ANDREW [2]  426/22 440/21
Andy [2]  549/1 549/22
Angeles [1]  427/14
announcing [1]  456/8
annual [4]  432/16 466/1 467/16 538/22
another [9]  431/19 443/5 457/3 472/25 484/8 488/9 493/1 501/18 524/17
answer [12]  435/12 443/21 446/13 447/18 448/1 458/24 464/20 466/19 470/6 480/15 515/22 533/4
answering [2]  447/20 505/20
answers [1]  457/22
ANTHONY [1]  425/9
Antonio [1]  424/17
any [54]  434/6 434/10 434/14 434/14 434/20 435/2 435/9 440/13 447/17 462/22 479/19 479/20 484/5 486/2 489/21 493/8 493/16 498/18 500/15 501/22 502/17 509/23 514/7 515/5 519/9 519/13 519/15 519/17 519/19 525/18 527/3 527/19 528/6 528/23 529/7 530/18 540/6 542/4 547/2 547/4 551/21 551/25 552/2 553/24 556/20 556/20 557/21 562/8 562/14 562/20 564/4 564/6 568/14 569/10
anybody [12]  492/8 492/20 503/5 522/6 535/4 551/24 552/1 556/20 558/18 562/22 568/14 569/19
anyone [1]  541/12
anything [12]  436/4 451/10 451/19 523/23 527/14 528/21 529/1 529/2 535/5 557/8 557/21 569/19
anyway [1]  569/13
APLC [1]  426/18
apologize [11]  437/21 437/23 439/24 451/16 453/4 458/25 464/12 465/1

**B**

back [18]  430/13 430/17 446/1 446/21

---

483/12 488/12 489/20
appearance [3]  432/24 511 425/1
426/1 427/1 428/1
applicable [2]  555/13 556/3
applied [3]  536/13 536/16 541/19
applies [5]  423/6 468/10 468/22 535/16 541/24
apply [1]  512/17
appoint [1]  550/21
appointed [3]  498/6 550/15 551/6
appreciate [3]  562/12 565/14 569/8
appropriate [3]  467/5 529/10 561/15
approved [2]  472/16 532/21
approximately [2]  524/20 555/21
APRIL [24]  423/5 444/8 444/8 449/18 450/10 486/22 504/2 504/11 506/9 515/9 516/3 519/9 519/13 519/18 532/12 533/1 533/2 533/23 534/8 534/14 540/9 549/3 555/21 557/22
April 18 [1]  444/8
April 19 [2]  533/1 533/2
April 20 [9]  519/9 519/13 519/18 532/12 533/23 534/8 534/19 549/3 555/21
April 2010 [3]  504/11 506/9 516/3
April 22 [1]  486/22
are [156]
area [4]  464/6 536/18 549/22 559/7
areas [5]  487/14 493/19 530/18 560/21 569/16
aren't [2]  514/11 553/3
argument [1]  501/24
argumentative [2]  498/9 521/2
around [11]  431/4 473/24 517/16 518/22 518/24 518/24 519/16 522/11 533/14 540/13 565/21
arranged [1]  539/25
Arrell [1]  427/19
arrived [1]  503/7
ART [1]  481/1
article [7]  524/12 524/24 526/5 526/7 526/15 526/16 526/17
as [132]  430/7 432/5 432/19 433/11 436/3 436/16 440/25 442/14 442/15 445/20 452/12 454/2 455/5 457/17 458/18 458/19 462/7 465/19 466/7 468/10 469/10 469/10 476/11 476/11 476/14 476/20 477/9 477/13 477/13 477/21 477/25 482/12 482/12 488/17 488/18 488/18 489/2 489/2 493/17 497/2 502/9 503/10 503/23 503/23 506/7 506/7 506/10 506/10 507/7 507/12 507/19 508/11 508/11 508/13 509/5 509/20 510/11 511/13 511/13 511/17 511/24 512/6 512/9 513/9 513/15 513/24 514/22 515/18 515/19 518/12 518/12 518/13 519/4 520/4 520/4 520/20 520/20 520/23 524/3 525/5 526/10 526/18 528/11 528/13 528/15 529/9 532/1 532/25 533/1 533/10 534/2 534/14 534/14 536/5 536/5 536/11 536/14 537/1 537/2 541/11 541/12 541/18 542/5 543/9 544/25 545/11 545/25 546/1 546/6 547/23 548/4 550/23 550/23 554/12 555/8 555/9 556/8 556/12 556/14 557/14 557/15 557/16 557/21 557/25 558/8 559/20 562/2 564/2 564/6 567/1 568/6 569/6
Asbill [1]  427/8
aside [2]  512/7 526/4
ask [22]  445/16 448/13 462/24 465/4 465/12 467/11 477/17 479/13 493/15 493/15 525/1 529/3 531/15 532/24 538/19 539/11 555/2 562/20 562/22 563/4 563/21 563/23

---

asked [20]  433/25 435/8 439/20 443/14 445/23 460/6 466/13 493/17 493/17 494/25 495/17 498/12 498/15 499/16 499/24 527/9 532/22 540/21 565/11 569/6
asking [10]  448/10 459/15 459/17 462/23 467/6 467/7 530/16 534/4 554/21 569/10
aspects [1]  521/24
assess [1]  480/18
assessed [1]  469/25
assessment [11]  430/17 432/16 444/22 457/15 459/2 461/3 469/3 469/15 469/20 498/16 532/7
assessments [1]  561/2
asset [4]  423/8 467/25 468/3 491/20
assets [2]  465/22 468/10
assistance [1]  447/19
assistant [1]  460/6
associated [3]  441/1 444/19 466/12
Association [1]  435/1
assume [1]  498/2
assumed [1]  539/19
assuming [1]  564/8
assurance [4]  474/5 537/1 537/11 548/23
assure [1]  537/7
at [150]
Atlantis [1]  490/10
attached [1]  441/3
attending [1]  441/13
attention [12]  435/6 438/17 444/24 453/22 460/18 464/15 469/1 481/14 482/23 486/19 500/23 501/13
Attorney [2]  426/7 426/11
attributable [1]  556/4
Attributed [1]  456/3
audit [30]  473/20 473/21 474/1 474/5 474/20 475/2 475/4 476/9 477/10 477/21 477/22 478/6 478/9 478/10 478/25 479/5 479/7 479/10 479/21 480/10 480/14 480/18 481/6 481/12 481/15 481/18 481/24 482/21 484/2 537/14
audited [2]  473/15 550/11
auditing [1]  560/6
auditor's [1]  476/5
auditors [1]  473/23
audits [10]  473/8 473/9 473/13 473/17 473/19 550/8 559/23 559/23 559/24 560/3
August [2]  469/20 469/21
August 4 [1]  469/20
August 8 [1]  469/21
authority [7]  448/21 450/24 451/19 452/9 452/10 452/14 539/24
available [6]  434/25 472/4 484/1 484/3 494/7 520/6
Avenue [5]  423/23 425/13 426/9 427/3 427/14
avoid [3]  518/5 518/6 532/5
avoidance [1]  515/2
avoiding [3]  517/13 524/1 524/12
aware [37]  436/6 439/17 440/16 442/25 444/3 459/11 459/16 459/17 459/18 461/9 467/6 473/20 473/23 475/4 478/9 479/11 480/7 481/22 484/14 485/6 485/12 486/21 509/2 520/12 520/15 521/6 526/1 526/5 526/6 526/8 527/19 541/19 541/22 541/23 546/17 546/21 546/23
awareness [2]  463/19 508/14
away [2]  472/22 473/2

back... [14] 449/23 452/4 455/19 458/23
460/6 467/23 476/4 483/11 492/18
507/21 524/1 540/11 560/11 563/25
backlog [1] 474/21
bad [2] 481/3 493/21
Baker [10] 500/14 500/15 500/16 500/19
500/21 500/23 500/24 501/6 501/10
502/2
BARBIER [1] 423/15
based [8] 435/3 435/11 451/13 451/21
502/16 522/17 528/12 563/17
basic [1] 507/21
basically [4] 446/7 446/11 452/8 553/3
basics [1] 514/16
basis [4] 445/21 453/23 480/9 488/9
Baton [2] 425/4 426/13
Baxter [3] 497/10 542/7 549/16
be [126] 430/3 436/16 436/25 437/7
443/10 443/18 445/11 445/23 447/4
451/15 452/20 455/3 456/9 456/13
460/11 469/8 469/10 471/11 471/15
472/1 472/7 473/17 475/11 475/14
478/16 479/10 479/12 480/4 480/12
480/25 482/10 482/17 485/9 488/7
491/24 492/11 492/21 493/7 493/24
494/1 497/23 505/23 507/15 507/15
508/5 508/6 508/7 508/14 509/21 510/4
510/16 514/2 514/3 515/7 515/11 516/4
516/7 516/9 516/23 516/25 521/23
523/20 526/20 527/13 528/10 529/12
529/15 529/17 530/4 530/4 530/7 530/8
530/11 530/13 530/16 530/22 534/22
536/19 536/25 537/9 537/20 537/21
538/7 539/22 541/19 544/7 544/8 544/23
546/13 554/6 556/16 556/19 557/4
558/13 559/21 560/3 560/5 560/6 560/16
560/20 560/22 561/5 561/7 561/7 561/9
561/19 561/21 561/25 562/1 563/6
563/17 564/8 564/12 564/19 565/8
565/17 565/18 566/4 566/16 566/16
566/17 567/8 567/9 568/10 568/12
568/20
BEA [20] 430/6 430/10 431/16 455/25
457/20 464/12 465/13 469/13 470/6
482/19 491/25 494/21 501/10 502/6
502/23 520/13 521/11 522/5 565/9
565/23
Bea's [4] 463/15 463/24 492/15 526/17
Beach [1] 424/10
bear [1] 529/13
became [2] 524/6 526/13
because [22] 431/7 454/14 458/23
461/14 463/23 472/18 481/23 491/19
492/24 494/12 501/21 510/7 511/9
513/19 520/15 534/4 534/20 558/4 566/5
567/6 567/10 569/17
Beck [2] 428/2 428/3
become [1] 527/19
becomes [1] 494/11
been [55] 430/7 431/1 439/14 444/12
446/23 451/1 451/5 458/19 469/16
477/10 481/3 481/4 482/4 482/7 482/9
484/3 484/3 487/3 494/7 496/12 497/3
501/14 501/23 503/10 504/11 504/20
505/20 508/24 513/13 518/22 518/24
519/1 526/6 531/3 531/6 532/25 533/22
534/18 535/4 536/9 538/6 540/10 540/24
545/8 548/13 549/22 549/23 552/16
556/23 556/24 557/5 557/7 558/17 566/2
567/16
before [36] 423/15 432/17 449/8 450/5
451/5 451/23 457/15 459/2 473/9 474/11
474/23 478/15 482/5 482/6 482/21
483/25 490/6 495/1 497/8 506/20 509/2
509/23 510/14 511/7 514/14 519/9 522/2
522/19 523/1 523/11 524/6 528/22
533/22 539/20 563/16 568/13
begin [1] 491/7
beginning [2] 463/21 486/25
begun [1] 502/2
behalf [3] 493/14 536/19 566/12
behind [4] 438/4 439/5 525/4 553/3
being [21] 431/3 436/21 438/3 442/21
447/23 454/1 463/20 470/3 474/7 475/11
481/12 499/24 504/16 516/8 532/22
536/16 540/7 543/24 556/15 557/21
562/7
believe [13] 459/1 469/5 479/4 480/12
484/23 488/1 509/4 522/20 545/24
547/13 547/21 548/10 557/4
believed [1] 488/16
believes [2] 476/22 547/13
bells [1] 440/13
below [6] 436/13 441/13 444/12 468/8
475/21 513/3
Ben [4] 426/5 492/8 492/10 493/4
benefit [2] 452/5 544/3
best [4] 451/21 472/4 542/5 570/5
better [3] 448/6 452/6 566/20
between [14] 445/5 462/3 462/7 462/12
477/8 477/20 481/10 489/5 495/4 496/1
497/22 498/18 554/23 555/21
beyond [12] 454/2 457/18 457/23 459/5
461/22 462/18 462/19 463/10 463/23
469/11 525/19 566/1
big [4] 433/2 460/9 515/14 536/6
biggest [3] 470/17 470/17 567/22
bilges [2] 481/1 481/5
binder [1] 492/24
binders [1] 492/22
bit [6] 431/17 436/4 484/12 491/20
505/14 508/18
blame [2] 553/10 553/15
blaming [1] 553/17
Bldg [1] 425/13
blind [3] 453/15 453/19 455/4
blow [2] 452/8 499/21
blowing [2] 463/20 545/22
blowout [24] 452/19 453/10 465/3 470/2
470/10 470/17 471/3 506/5 506/9 506/17
507/2 508/21 509/3 511/11 513/24
515/12 515/16 517/23 532/9 549/18
552/24 559/1 560/14 560/21
blowouts [2] 506/8 518/2
Bly [23] 486/20 488/14 488/20 546/3
546/7 547/6 548/3 549/16 549/24 550/5
550/17 551/7 551/8 552/3 552/5 552/5
552/9 553/9 553/12 566/16 568/17
568/21 568/22
board [6] 466/23 481/6 548/19 548/23
552/1 552/1
Bob [4] 503/25 504/10 520/13 526/16
Bobby [1] 438/24
Bockius [1] 428/14
Bodek [1] 428/24
book [1] 519/7
books [7] 519/1 519/5 519/9 519/11
519/13 519/17 519/19
BOP [5] 471/8 472/14 481/6 487/15
561/18
BOPs [1] 471/6
boss [2] 447/24 448/19
both [11] 463/4 493/2 506/1 506/11
507/25 508/3 511/12 517/3 531/8 543/5

544/18
544/25 [1] 544/18
[9/11 [4] 485/2 485/2 486/24 486/25] 500/5
500/6 500/6 500/12 523/2 523/19 538/10
538/11 538/13 555/3 560/11 560/11
561/2
Boulevard [1] 425/6
boundaries [1] 546/18
boundary [4] 485/13 486/1 486/2 486/16
Bounds [1] 424/2
BOWMAN [1] 428/8
box [8] 423/20 425/13 425/19 425/25
426/13 427/17 432/2 499/22
BP [207]
BP America [1] 504/3
BP Amoco [10] 522/12 522/16 523/5
523/9 523/14 523/17 523/20 526/3 526/8
526/11
BP's [29] 443/5 455/5 465/2 465/14
465/23 466/6 477/22 486/21 502/12
505/3 509/8 510/21 510/25 511/6 520/25
521/12 535/16 543/23 546/5 546/8 555/8
555/15 555/24 556/4 556/9 556/21
558/14 558/22 559/5
BP-owned [3] 468/1 468/10 468/22
BP-published [1] 528/22
BRAD [1] 427/13
Branch [3] 425/12 425/22 426/3
Brayer [1] 425/8
Brazil [1] 525/8
break [4] 482/9 482/11 562/15 563/14
breakdown [2] 462/6 462/12
Breit [2] 424/8 424/9
Brennan [1] 427/8
Brent [1] 437/20
Brett [2] 435/20 478/12
BRIAN [5] 427/13 451/11 451/13 451/20
494/9
brief [4] 493/24 564/6 564/10 564/11
briefly [2] 436/2 439/25
bring [2] 436/6 508/1
BROCK [9] 427/3 430/4 454/21 461/22
482/3 493/19 497/5 565/11 567/23
broke [1] 565/11
brought [2] 440/18 529/13
BRUCE [1] 428/8
brush [1] 451/8
brushed [5] 449/8 450/4 450/9 450/15
494/25
budget [1] 567/5
budgeting [1] 566/24
Building [1] 424/16
bullet [1] 433/6
bulleted [1] 544/21
Burling [1] 427/2
business [8] 433/12 465/14 485/1 504/22
505/2 518/18 529/22 543/25
businesses [14] 519/7 520/4 521/6
536/24 539/21 542/4 542/6 550/1 550/3
550/7 550/8 550/8 550/8 550/24
but [89] 439/12 442/19 444/5 449/7
449/11 450/3 452/10 454/22 455/12
458/12 460/8 465/24 466/10 470/20
475/9 482/9 484/12 484/24 485/9 490/12
491/16 492/17 493/23 495/8 501/5
506/14 507/1 507/7 508/7 508/11 508/16
509/15 512/2 513/10 513/18 514/5
514/25 516/17 517/15 517/18 519/11
519/17 522/22 524/6 526/23 527/14
529/8 529/18 530/8 533/14 533/14
535/11 535/22 540/22 541/25 542/2
542/5 543/13 544/22 545/3 545/13 546/4
546/10 547/1 549/9 550/1 550/11 551/13
554/2 555/1 556/10 557/8 558/4 558/18

**B**

but... [15]  559/4 559/6 561/7 561/24
562/21 563/1 565/9 565/15 566/3 566/8
567/4 567/12 568/2 568/5 569/13

**C**

Cadiz [2]  525/5 528/20
CALDWELL [1]  426/12
California [2]  425/14 427/14
call [22]  443/5 452/1 472/25 481/14
501/13 503/3 508/17 531/13 536/23
550/2 560/23 560/24 560/25 561/24
563/25 566/1 566/19 567/2 567/3 567/25
568/5 569/1
called [8]  460/7 520/5 523/13 552/13
566/4 567/8 567/9 568/10
calling [2]  442/24 523/8
calls [1]  563/15
came [10]  480/24 484/15 484/20 484/20
487/23 487/24 510/3 547/18 553/12
553/19
Cameron [6]  427/22 428/2 493/8 493/9
509/18 567/21
Camp [1]  426/16
can [64]  431/9 432/1 432/6 432/13
432/15 435/7 439/13 441/12 444/1
444/15 445/1 450/3 450/16 452/10
452/20 453/15 454/22 456/13 461/7
462/24 470/18 473/19 476/16 476/22
477/13 482/12 486/7 486/11 490/20
491/24 492/6 493/6 493/19 493/24 499/9
503/7 508/2 514/2 514/16 515/3 515/22
515/22 516/19 516/20 519/4 522/21
523/7 529/15 530/4 530/19 531/8 544/3
548/8 554/23 555/1 557/13 564/5 564/5
567/2 567/4 567/24 568/11 568/12 569/6
can't [16]  439/11 445/10 446/9 450/16
451/25 470/15 499/13 519/7 519/19
522/1 523/15 526/12 527/15 528/20
548/12 562/1
cannot [2]  454/23 499/1
Canyon [2]  525/5 528/20
capacity [2]  519/4 520/20
care [2]  555/12 556/3
careful [2]  436/25 437/7
carefully [1]  496/13
CARL [1]  423/15
Carondelet [2]  424/13 427/23
CARRIE [1]  426/22
carry [2]  508/3 508/7
case [19]  433/25 437/2 444/18 472/10
472/18 473/1 502/17 502/17 516/24
518/10 518/11 520/14 520/17 535/1
541/9 557/15 560/20 563/25 566/25
cases [1]  460/24
cash [5]  486/12 489/5 489/13 489/22
491/15
casing [1]  451/22
catastrophe [2]  526/21 527/21
catastrophes [2]  517/24 529/14
catastrophic [1]  528/7
catering [1]  481/2
causal [3]  454/11 454/17 553/21
causation [1]  454/10
cause [15]  530/11 530/19 542/24 543/23
544/2 544/11 544/25 545/2 545/14
545/25 546/20 547/3 554/13 557/13
557/14
caused [2]  452/23 453/1 488/21 554/6
554/9
causes [26]  452/19 488/18 524/21 530/1
530/7 530/12 545/24 546/1 546/1 546/5
546/6 546/13 546/15 546/22 547/7
551/15 551/22 556/12 556/13 556/18
557/14
causing [2]  546/2 556/8
caution [4]  436/13 436/15 436/15 476/20
cautious [1]  437/1
CCR [3]  428/18 570/2 570/10
cement [5]  510/6 561/2 561/2 561/5
561/11
cementing [1]  487/14
center [4]  561/13 561/14 561/21 562/3
Central [1]  505/3
CEO [2]  505/13 553/6
CERNICH [1]  425/17
certain [3]  439/14 496/25
certainly [7]  456/14 462/14 470/19 472/9
496/3 506/11 506/16
CERTIFICATE [1]  570/1
certifications [1]  471/22
certify [1]  570/4
chain [2]  446/4 525/14
chairman [5]  504/2 504/5 539/13 540/1
552/23
CHAKERES [1]  425/19
Challenger [5]  442/7 442/8 442/9 442/13
442/21
chance [4]  463/1 495/5 521/4 521/8
change [7]  457/15 459/2 481/24 497/14
540/4 540/24 547/25
changed [3]  451/10 451/19 502/17
changes [3]  456/23 481/1 543/13
changing [3]  439/24 473/8 541/1
chaos [2]  448/23 494/11
characteristic [1]  468/3
characterization [1]  553/19
charge [1]  510/9
chart [3]  483/1 483/4 496/24
check [2]  461/10 461/15
checking [1]  563/5
Chicago [1]  426/24
chief [9]  503/19 504/16 505/7 505/13
520/21 520/21 520/23 528/16 542/5
chiming [1]  540/8
choke [1]  437/7
chronic [1]  460/14
chronology [1]  526/11
circumstances [1]  444/15
citations [1]  495/21
cite [1]  457/20
cited [2]  458/2 479/21
citing [1]  528/6
City [1]  500/17
Civil [2]  425/12 425/22
claimed [1]  554/6
clarifying [1]  452/9
class [1]  512/1
classic [2]  515/10 516/3
clean [1]  481/5
cleaning [1]  436/17
clear [10]  442/16 451/14 485/23 501/23
531/6 533/21 534/22 539/20 539/24
539/25
clearly [5]  442/16 454/11 545/4 553/16
569/11
client [1]  563/1
clients [1]  569/5
Climate [1]  456/16
CLINGMAN [1]  427/9
clip [3]  564/21 564/21 564/22
close [6]  470/19 474/18 478/5 482/3
483/23 562/6
close-out [3]  483/23 482/3 483/18
closer [1]  431/17
closing [1]  456/17
Cocales [7]  435/20 435/23 436/12
437/20 437/22 438/24 478/12
cohorts [1]  562/13
cold [2]  460/3 460/15
collaborative [1]  517/4
collaboratively [1]  447/24
colleagues [1]  566/22
collectively [1]  566/18
colored [1]  496/24
Columbia [1]  442/8
column [1]  483/19
combination [1]  567/19
combustible [1]  471/7
come [3]  430/13 431/25 451/25 468/8
479/25 483/11 486/17
comes [2]  446/21 491/20
comfortable [1]  460/12
coming [5]  441/4 441/23 474/1 477/18
481/11
comment [9]  445/10 448/5 484/5 488/10
527/11 527/12 527/15 528/23 545/12
comments [3]  540/8 565/10 569/9
Commercial [1]  426/3
commitment [6]  438/18 495/18 495/23
496/1 496/2 496/5
committed [1]  566/9
committee [16]  536/11 536/15 542/11
548/20 548/23 549/5 549/5 549/9 549/14
550/18 550/22 551/2 551/6 551/7 551/25
552/1
committees [1]  505/17
common [1]  525/14
communicate [1]  448/8
communicating [3]  438/23 439/4 448/20
communication [9]  437/11 446/22 447/8
448/4 448/9 449/16 450/10 462/6 462/12
communications [1]  435/15
companies [7]  434/6 434/10 434/14
457/11 514/4 519/25 548/17
company [17]  426/20 426/23 427/4
433/15 440/1 440/4 456/13 473/12 488/2
504/17 519/20 527/13 530/5 530/22
539/15 541/1 560/6
company's [2]  513/25 530/4
comparison [1]  435/2 435/10
competency [3]  561/1 561/3 561/5
competent [2]  510/19 512/1
compile [1]  489/15
complacency [1]  525/23
COMPLAINT [1]  423/7
complaints [1]  460/2
complete [5]  480/2 483/19 547/12
547/14 547/21
completed [2]  551/18 552/5
completion [1]  483/16
completions [1]  435/25
complex [2]  499/3 525/15
complexity [1]  507/4
compliance [4]  537/14 539/14 539/22
550/1
compliant [1]  535/20
complimenting [2]  447/5 447/8
component [1]  531/23 532/1
components [2]  477/16 489/16
comprised [1]  503/21
compromise [2]  485/13 486/3
computer [2]  428/25 460/10
computer-aided [1]  428/25
coms [1]  436/3

## C

concentrate [1] 527/10
concentrated [1] 551/3
concept [1] 518/17
concepts [1] 518/24
concern [1] 456/24
concerned [1] 436/21
concerning [1] 446/4
concerns [2] 436/7 465/2
conclude [2] 523/7 523/21
concluding [1] 469/21
conclusion [3] 474/25 481/18 559/18
conclusions [4] 455/7 521/11 526/6
 544/1
concur [1] 452/5
condition [4] 485/13 486/1 486/2 486/16
conduct [12] 452/23 453/1 454/11
 454/16 473/12 487/21 511/25 514/8
 534/25 550/16 551/7 556/4
conducted [14] 444/3 448/6 456/12
 457/14 469/15 469/16 469/20 470/3
 473/9 473/20 475/4 475/11 487/10
 488/24
conducting [8] 443/24 461/3 469/14
 475/8 480/13 535/2 536/24 561/17
confer [1] 562/13
confirm [3] 474/4 477/11 477/25
confirmation [1] 476/25
conflicting [2] 466/10 467/10
conformance [1] 467/24
confused [4] 449/17 450/12 451/16
 495/10
confusion [1] 462/9
Congress [8] 505/16 505/18 514/14
 540/15 540/21 542/25 543/9 543/18
Conn [1] 549/24
connection [3] 439/11 528/7 559/6
CONRAD [1] 424/19
conscious [4] 466/18 466/23 467/4
 472/13
consequence [10] 466/12 515/2 515/10
 516/3 517/14 524/2 524/12 524/19
 525/13 526/4
consequences [1] 470/23
consider [3] 484/2 521/24 550/23
considered [3] 454/22 483/8 546/5
consistent [3] 532/20 533/16 541/3
constitute [1] 445/16
constituted [1] 488/1
construct [2] 510/19 511/20
construction [7] 511/1 511/3 511/12
 517/3 517/6 535/2 558/24
consult [2] 445/22 446/18
consultants [1] 520/7
consulted [1] 522/6
contained [2] 438/5 552/3
containment [5] 515/13 536/5 545/17
 545/21 558/25
contains [1] 500/13
contemplates [2] 533/12 535/8
content [1] 478/16
contents [1] 472/22
context [4] 433/20 527/2 527/3 557/8
continued [1] 449/3
continues [1] 548/6
continuing [1] 537/13
continuous [2] 431/11 484/25
contract [1] 473/10
contracted [2] 468/23 561/17
contractor [8] 471/15 471/18 471/25
 472/4 496/17 517/2 517/10 540/10
contractor's [1] 533/10 535/1 535/8

contractor-owned [2] 496/17 540/10
contractor's [15] 529/18 509/18 509/23
 510/18 510/19 511/20 512/1 512/18
 513/9 513/21 533/12 533/13 540/12
 542/1 556/14 557/15 560/19 563/21
 564/5
contractors' [3] 532/19 533/19 534/13
contracts [1] 510/25
contributed [5] 452/24 453/2 453/3 453/6
 453/7
contributing [1] 458/19
control [26] 450/6 460/8 461/23 462/20
 463/9 463/19 463/23 464/6 464/9 464/18
 465/13 465/18 466/7 466/13 466/17
 468/9 468/12 471/5 487/15 513/4 513/6
 515/12 518/24 545/22 561/1 561/23
controls [4] 460/8 469/9 471/8 471/22
conversant [1] 568/13
conversation [2] 476/15 522/8
conveyed [1] 476/21
conveying [2] 431/12 436/12
coordinate [3] 431/7 569/3 569/15
copies [1] 492/14
core [1] 502/10
COREY [1] 426/8
corners [1] 454/21
corporate [6] 424/19 502/13 537/3
 538/17 540/24 549/25
corporation [9] 427/23 428/3 506/10
 520/5 522/16 523/5 523/20 550/7 551/1
correct [144] 431/6 432/8 432/11 432/21
 433/21 434/25 437/24 438/1 438/25
 439/18 442/4 442/5 442/7 442/11 442/14
 442/23 443/1 443/2 443/4 443/11 443/12
 443/19 443/20 443/21 444/4 446/6 447/6
 447/7 448/5 448/11 449/19 449/22 451/4
 452/9 453/11 453/20 456/17 457/10
 461/6 464/2 464/19 464/20 464/21 466/9
 466/20 468/9 468/10 468/13 468/14
 469/7 471/10 472/6 472/23 473/3 473/10
 473/13 475/2 475/9 475/12 476/23
 476/24 477/6 477/12 479/1 479/2 481/16
 481/17 484/7 487/8 488/4 488/11 488/22
 488/25 489/18 489/24 490/16 490/22
 490/23 490/25 494/21 495/5 495/9
 495/12 495/24 497/19 497/20 497/21
 498/8 498/17 503/11 503/22 504/3 504/4
 504/9 505/4 509/12 509/13 509/17
 509/19 510/4 512/22 512/23 512/24
 513/1 513/7 514/20 518/23 519/21
 519/24 521/16 521/22 526/9 526/17
 529/15 529/25 530/23 531/18 532/9
 533/16 536/8 538/3 542/7 542/9 542/11
 542/18 542/23 543/6 543/15 543/16
 544/8 549/6 549/11 549/16 550/18
 550/19 557/11 557/24 558/11 558/15
 559/4 560/14 560/16 565/3 570/5
corrected [1] 559/12
correction [4] 495/6 559/8 560/8 560/8
corrective [1] 561/3
correctly [9] 473/19 497/1 512/14 512/20
 533/7 539/11 539/16 555/18 556/5
cost [13] 485/8 486/1 486/12 490/13
 491/16 525/24 526/25 527/7 527/13
 527/20 528/7 528/12 528/17
costs [6] 431/13 489/5 489/13 489/17
 489/22 491/17
could [40] 430/19 437/22 443/25 453/14
 454/25 459/23 460/19 464/12 468/18
 474/2 475/15 477/22 478/2 482/5 482/20
 482/21 490/18 492/22 492/23 507/15
 508/5 508/6 508/7 508/14 529/24 540/8
 544/7 546/13 556/16 558/17 558/20

559/12 560/16 563/2 563/20 563/21
 563/22 565/22 566/22 567/21
counsel [2] 433/25 569/9
counts [8] 430/14 433/1 433/4 439/7
 484/10 484/15 484/24 486/13
counts' [2] 484/19 485/19
couple [8] 445/15 460/2 460/11 484/13
 486/22 525/11 565/20 567/14
course [6] 477/4 478/1 486/16 505/10
 520/6 568/9
court [10] 423/1 428/18 494/16 533/22
 539/3 563/15 567/4 570/2 570/3 570/11
Court's [1] 569/1
courtroom [3] 460/3 505/25 521/10
cover [2] 536/7 540/18
covered [1] 498/13
covering [1] 541/2
covers [1] 536/4
Covington [1] 427/2
Craft [1] 424/15
crashes [1] 529/13
created [8] 506/2 518/5 518/6 522/16
 522/18 523/7 523/11 532/4
crew [7] 444/10 444/18 462/15 471/23
 471/25 474/10 480/13
criteria [1] 502/13
critical [2] 474/19 525/15
criticism [2] 551/24 552/2
criticizes [1] 469/14
cross [6] 430/8 454/10 454/17 492/16
 494/2 565/12
cross-examination [4] 430/8 454/10
 454/17 492/16
culprit [1] 567/22
culture [9] 430/22 433/1 453/24 456/1
 456/16 526/21 526/24 527/6 540/24
Culture/Climate [1] 456/16
cultures [3] 525/21 525/25 528/18
Cunningham [7] 424/2 424/3 492/23
 493/16 494/15 502/4 538/8
Cunningham's [1] 565/8
current [2] 471/23 520/20
currently [1] 503/19
customizable [1] 472/8
cutting [8] 525/24 526/25 527/7 527/13
 527/20 528/7 528/12 528/17
CV [2] 423/7 423/9
cycle [1] 548/7

## D

D-12.2 [1] 484/17
D-2874 [1] 497/8
D-2875 [1] 514/22
D-2887 [1] 515/15
D-2914 [1] 526/16
D.C [4] 425/20 425/25 426/6 427/4
DAFWCs [1] 432/6
daily [2] 444/3 444/5
Dallas [1] 428/10
damage [1] 468/18
dance [2] 495/9 495/10
dancing [1] 495/14
dangerous [3] 440/2 507/22 507/22
DANIEL [1] 426/4
data [3] 435/4 435/11 561/16
date [10] 438/9 444/8 465/10 483/17
 483/17 522/17 522/21 522/25 526/10
 531/11
dated [1] 490/3 523/24
dates [2] 458/9 474/13
Daubert [1] 568/12
Daun [1] 440/22
Dauphin [1] 424/3

Case 2:10-md-02179-CJB-DPC Document 13495-1 Filed 05/05/14 Page 45 of 63

Dave [1] 437/18
DAVID [13] 428/3 428/3 435/20 436/2
437/14 445/5 446/1 446/15 446/21 447/1
449/20 450/23 451/3
day [15] 423/14 440/17 449/21 459/12
459/13 459/21 459/21 469/21 472/20
477/5 478/1 481/3 502/24 522/11 547/1
days [8] 441/24 473/24 480/9 483/8
486/23 547/2 565/21 565/22
deal [2] 499/11 507/9
dealing [3] 439/15 447/10 517/1
deals [2] 522/22 538/3
DEANNA [1] 425/18
deaths [3] 554/7 554/9 556/8
December [2] 431/21 522/10
December 2009 [1] 431/21
December 31 [1] 522/10
decide [2] 562/17 565/12
decided [1] 551/15
decision [7] 443/5 445/10 551/12 551/16
562/2 562/2 562/5
decisions [3] 445/22 446/19 551/13
deck [1] 441/16
dedicated [1] 531/14
deemed [1] 556/2
deep [1] 441/20
deeper [2] 440/3 508/6
deepwater [54] 423/4 427/6 427/7 427/9
427/10 427/13 427/13 427/17 427/17
427/20 427/21 441/9 444/4 449/20
452/24 453/2 453/7 457/12 463/7 464/8
464/23 469/4 469/5 469/10 470/24
471/10 473/13 473/15 473/21 474/6
474/10 496/8 498/23 506/5 507/5 507/11
507/22 508/3 509/3 510/16 513/24
517/23 527/18 532/13 533/1 533/23
534/6 534/8 534/19 534/22 542/20 543/3
555/13 561/1
Deepwater Horizon [29] 444/4 449/20
452/24 453/2 453/7 463/7 464/8 464/23
469/4 469/5 469/10 470/24 473/13
473/15 473/21 474/6 474/10 498/23
509/3 527/18 532/13 533/1 533/23 534/6
534/8 534/19 534/22 542/20 543/3
defendant [1] 561/17
defendant-owned [1] 561/17
defendants [4] 561/13 563/16 567/1
567/1
defense [3] 538/16 538/21 566/21
deficiencies [2] 479/21 541/14
defined [1] 492/19
definitely [2] 457/13 569/14
definition [2] 514/22 514/23
deGravelles [2] 425/2 425/3
Delegations [1] 539/24
DELEMARRE [1] 425/23
delivery [3] 550/1 550/9 550/25
demand [1] 525/22
demanded [1] 438/16
demonstrate [2] 454/16 469/8
demonstrates [1] 506/11
demonstrative [2] 492/19 512/13
demonstratives [3] 492/14 492/15 492/25
DENISE [1] 428/15
department [5] 425/11 425/15 425/21
426/2 479/25
depend [1] 535/16
depending [1] 543/14
deposition [15] 435/6 439/20 443/14
452/12 454/4 454/15 464/16 466/14
475/1 479/17 481/19 497/10 532/22

564/21 564/22
depositions [3] 479/15 480/11 566/7
depth [6] 442/24 443/1 443/5 507/16
507/18 507/19
describe [2] 497/9 536/14
described [1] 442/14
describes [2] 478/13 515/15
describing [2] 514/5 528/13
description [2] 516/20 556/21
descriptions [1] 514/3
design [10] 499/6 499/9 510/24 511/10
511/13 517/2 561/2 561/2 561/5 561/11
designated [2] 511/17 511/24
designed [5] 517/25 518/13 532/4
532/11 546/23
designing [2] 510/12 510/17
desire [1] 569/1
desk [1] 479/23
detail [1] 546/11
details [2] 489/21 499/2
detect [1] 472/8
detecting [1] 472/7
detection [3] 464/24 471/7 472/5
deteriorating [1] 500/8
determine [2] 529/23 529/23
develop [1] 525/23
developed [3] 468/1 474/22 478/5
development [1] 503/21
Dewey [1] 459/12
Dexter [1] 426/9
dialogue [1] 448/3
did [73] 431/19 434/23 438/21 439/10
442/25 447/2 449/7 449/16 450/4 450/8
450/15 453/9 454/5 456/19 456/21
457/20 458/25 462/4 462/16 462/21
474/18 479/13 479/19 481/19 487/2
492/8 493/16 493/19 495/14 496/4 498/2
498/15 500/22 500/23 501/5 502/6 505/1
512/20 522/6 522/9 524/23 528/6 531/8
532/1 532/20 533/2 536/19 539/16 540/4
540/7 540/9 540/20 541/4 541/10 541/13
542/17 542/19 543/2 543/7 544/17
545/24 546/4 547/7 549/3 553/24 555/18
556/5 559/20 562/17 565/14 565/19
566/7 567/13
didn't [41] 448/20 449/13 449/15 451/15
452/8 453/4 455/12 464/13 482/1 484/4
491/18 495/1 501/5 506/6 506/21 506/25
509/15 509/15 509/18 509/18 511/22
513/18 515/19 531/20 531/23 532/6
541/21 542/25 543/20 544/16 544/20
545/6 545/16 551/9 552/6 552/9 552/18
557/2 557/3 559/23 569/23
difference [9] 442/3 458/8 496/1 498/18
498/21 507/9 507/16 507/18 535/23
differences [2] 490/2 491/15
different [22] 433/22 435/3 435/10
435/14 437/21 455/11 455/14 457/20
458/9 507/16 508/15 514/3 514/4 514/4
530/7 530/13 537/9 540/14 545/1 548/17
558/4 567/20
difficult [1] 508/14
direct [14] 435/6 464/15 492/15 494/2
494/5 494/6 503/15 544/22 563/20
563/24 564/4 564/10 564/11 568/20
directing [1] 482/23
direction [1] 451/21
directly [3] 439/6 439/8 525/19
director [1] 504/5
directors [2] 466/24 548/19
disaster [8] 529/25 530/12 530/13 531/2
531/5 532/5 547/11 547/23
disasters [10] 517/14 517/17 517/18

529/3 530/3 530/4 530/4 530/7 530/8
530/9
discharge [1] 457/8
discharged [1] 511/19
disclosed [1] 566/18
disconnect [1] 473/1
discuss [4] 480/14 489/12 521/17 527/19
discussed [5] 436/7 442/8 466/25 491/16
498/23
discusses [1] 520/18
discussing [1] 444/19
discussion [3] 444/9 451/21 482/20
discussion/direction [1] 451/21
displacement [1] 461/4
DISTRICT [5] 423/1 423/2 423/15 570/3
570/3
divert [2] 462/16 472/22
diverted [1] 462/16
diverter [1] 472/21
divide [1] 569/4
Division [2] 425/12 425/22
divisions [1] 503/22
do [168]
Docket [5] 423/4 423/7 423/9
document [54] 430/21 430/25 431/20
432/1 432/23 433/19 435/17 440/6 455/8
455/11 455/13 456/1 456/8 457/18
457/20 457/25 465/17 465/22 466/3
468/2 469/7 483/25 484/1 486/15 490/6
493/1 497/23 500/18 501/2 501/3 501/5
501/13 501/17 515/21 522/15 522/19
522/25 523/7 523/10 523/19 523/22
523/23 523/24 524/17 524/25 526/4
528/14 528/19 529/2 538/5 538/17
538/20 538/22 540/1
documentation [3] 449/12 477/15 485/25
documents [12] 433/17 458/3 458/4
458/9 466/5 475/1 496/11 513/17 515/19
528/2 528/3 546/5
does [22] 439/7 439/12 447/1 458/12
460/7 470/9 476/4 485/22 486/15 489/12
489/13 489/21 490/8 500/7 502/12 512/3
521/17 535/17 536/7 546/21 551/22
568/14
doesn't [16] 432/12 439/7 451/8 467/4
472/18 512/2 512/4 513/12 516/8 517/14
519/23 522/17 533/15 541/24 557/18
560/9
doing [9] 431/9 446/23 494/11 531/14
542/5 545/12 548/1 565/15 569/4
dollar [13] 430/14 430/22 432/25 433/4
439/7 484/10 484/15 484/19 484/24
484/24 485/2 485/19 486/13
Domengeaux [1] 423/18
Dominion [1] 424/16
DON [2] 426/19 461/9
don't [105] 431/20 444/5 448/15 450/12
450/20 451/10 451/19 451/24 455/12
459/8 459/24 460/4 460/7 475/9 479/12
480/15 481/21 483/21 483/24 483/24
484/5 485/9 488/7 488/9 492/15 507/7
508/13 512/8 513/19 516/16 516/20
517/8 520/23 521/12 521/19 521/23
522/1 522/5 522/8 522/20 523/10 523/12
523/18 523/23 523/23 523/24 523/24
524/14 524/15 524/18 525/18 526/11
526/23 527/2 527/14 528/12 528/23
528/25 529/1 530/3 530/10 532/14
532/15 532/16 535/12 538/11 539/7
540/21 543/11 545/2 546/25 547/1 547/1
548/7 550/23 551/11 551/12 551/13
551/14 551/23 552/4 552/7 552/12
552/19 552/20 552/21 553/14 553/19

## D

don't... [17]  554/1 554/2 554/8 557/8
558/19 558/20 559/10 559/18 560/22
561/6 562/7 562/13 565/25 566/11
567/11 569/3 569/14
DONALD [1]  428/7
done [19]  434/23 435/2 435/9 456/5
456/9 459/1 466/11 474/7 520/8 547/24
548/1 548/3 548/10 548/14 554/3 555/12
560/5 561/5 562/10
Donny [1]  432/1
door [1]  501/22
doubt [1]  520/17
DOUGLAS [1]  426/16
down [19]  431/25 432/2 432/25 436/4
440/3 443/10 443/18 444/7 444/12 445/1
461/7 461/19 468/8 475/21 480/2 489/17
495/13 500/5 561/16
DOYEN [1]  427/12
Doyle [4]  428/18 570/2 570/10 570/10
DQ [1]  447/3
Dr. [22]  430/10 455/25 463/15 464/12
465/13 469/13 470/6 482/19 491/25
492/15 494/21 501/10 502/6 520/13
521/11 522/5 526/16 565/1 565/8 565/9
567/9 568/15
Dr. Alan [1]  565/1
Dr. Bea [14]  430/10 455/25 464/12
465/13 469/13 470/6 482/19 491/25
494/21 501/10 502/6 521/11 522/5 565/9
Dr. Bea's [2]  463/15 492/15
Dr. Bob [2]  520/13 526/16
Dr. Huffman [3]  565/8 567/9 568/15
draft [1]  523/24
dramatically [3]  432/3 432/5 432/18
draw [2]  500/22 559/18
drawing [1]  559/19
dreamed [1]  518/20
Drescher [1]  424/8
drill [2]  509/11 560/17
drilled [2]  474/11 516/8
driller [7]  441/16 458/20 459/11 462/3
462/7 462/12 472/11
driller's [1]  472/8
drilling [76]  427/6 427/9 427/13 427/17
427/20 435/1 435/24 439/21 440/2
457/12 461/18 461/24 465/18 465/18
468/1 468/3 470/18 471/10 471/10 471/15
471/16 472/3 474/6 475/11 475/15 477/1
480/1 487/15 496/7 499/11 504/25 505/5
505/10 506/23 507/4 507/8 507/11
507/12 507/15 507/17 507/22 507/23
508/3 508/3 508/5 508/9 508/10 508/12
508/13 508/14 508/16 508/17 508/18
509/12 509/21 510/5 510/14 510/23
511/7 511/15 512/14 516/4 517/10
518/22 519/22 527/5 533/24 533/25
534/10 536/6 537/21 541/20 548/1
558/24 560/1 561/13 561/17
drills [2]  443/24 444/3
drive [3]  424/16 424/19 484/25
drop [1]  566/20
dropped [1]  526/13
Dudley [4]  503/25 504/10 519/21 553/4
DUKE [1]  424/19
duly [2]  430/7 503/10
duplicate [1]  481/22
duplicative [1]  569/16
during [20]  438/14 441/4 460/6 461/4
461/10 461/14 461/18 465/18 475/4
475/7 487/19 488/4 489/9 492/12 501/16
519/8 523/7 523/11 555/25 563/13
duties [2]  457/9 558/13
duty [3]  491/14 555/3 555/3

## E

e-mail [13]  436/11 437/14 437/17 440/9
446/4 448/7 450/24 451/9 452/4 495/4
495/6 495/13 495/15
e-mails [1]  445/15
each [14]  467/25 470/22 479/6 493/6
507/14 543/6 543/7 543/12 544/14
555/10 567/7 567/16 569/9 569/15
Earl [1]  438/24
earlier [11]  436/11 458/24 460/2 462/21
466/25 486/20 492/10 498/23 531/18
541/19 569/9
early [4]  443/5 456/6 564/9 566/24
Easter [1]  565/21
EASTERN [2]  423/2 570/3
echo [1]  442/8
EDS [1]  473/1
Edwards [1]  423/19
effect [11]  458/21 459/3 467/11 497/6
533/23 534/7 534/10 534/19 535/5
535/22 550/7
effective [3]  502/7 522/10 535/7
effectively [2]  448/20 502/12
efficiency [1]  485/1
efficient [4]  433/7 478/14 482/10 492/5
effort [5]  478/18 479/20 510/20 513/23
517/4
efforts [1]  438/15
eight [2]  553/13 567/21
either [4]  437/6 460/15 489/22 557/3
elected [1]  551/8
elements [2]  463/5 498/25
elicit [2]  454/23 493/16
elicited [1]  461/23
ELIZABETH [1]  426/5
Ellis [1]  426/21
Elm [1]  428/9
else [15]  545/8 556/20 562/22 565/5
569/19
else's [1]  533/8
Embrace [1]  433/11
emergency [2]  544/20 545/6
employed [3]  522/12 522/13 524/23
employee [1]  563/15
employees [7]  431/12 447/9 457/8
457/11 459/4 555/15 568/2
employer [1]  563/16
enablers [1]  433/12
encompass [1]  498/24
encompasses [1]  559/25
encounter [1]  470/18
encouraged [1]  431/4
end [5]  497/3 524/9 540/24 566/6 566/9
endorsement [1]  562/12
ends [1]  547/5
Energy [2]  428/7 428/11
Enforcement [1]  425/16
engagement [2]  441/10 441/20
engineer [9]  504/18 506/8 507/7 508/12
508/13 508/16 508/17 508/18 508/19
engineering [8]  451/10 451/20 451/21
451/24 466/1 467/16 499/7 499/10
engineers [11]  487/23 487/23 488/2
556/1 560/19 560/20 560/25 561/6 561/7
561/21 561/25
enhancing [1]  441/24
enough [2]  461/18 514/13
ensure [4]  485/1 539/14 544/11 555/10
Enterprise [1]  525/6
entire [3]  510/10 549/7 562/4
entirely [3]  513/19 532/16 532/20
entities [1]  509/6 558/19
entity [2]  509/20 523/13
entries [1]  481/23
environment [7]  425/16 448/4 471/10
471/12 478/22 508/22 548/22
environmental [9]  425/16 465/19 466/8
468/5 468/13 468/18 559/22 559/24
560/2
environments [1]  457/12
envision [1]  568/14
equal [4]  470/5 507/13 565/8 568/25
equals [1]  451/5
equipment [6]  431/4 431/7 473/17
474/19 507/19 507/20
error [2]  529/17 529/18
errors [4]  525/14 525/19 553/18 553/25
escalation [1]  537/4
especially [3]  457/12 566/22 566/24
ESQ [58]  423/19 423/23 424/3 424/6
424/9 424/12 424/15 424/19 424/22
425/3 425/6 425/9 425/12 425/17 425/17
425/18 425/18 425/19 425/22 425/23
425/23 425/24 425/24 426/4 426/4 426/5
426/8 426/8 426/9 426/12 426/15 426/16
426/19 426/22 426/22 426/23 427/3
427/6 427/9 427/9 427/12 427/13 427/13
427/16 427/20 427/23 428/3 428/3 428/4
428/4 428/7 428/8 428/8 428/9 428/12
428/15 428/15 428/16
essential [2]  478/23 478/24
essentially [3]  447/9 473/4 535/19
establish [2]  462/21 562/2
established [2]  494/3 502/9
Establishing [1]  561/19
establishment [1]  562/4
Estonia [1]  525/7
et [2]  423/8 423/11
ethics [1]  548/22
evaluate [2]  558/13 568/6
evaluated [2]  477/3 558/21
evaluation [8]  431/21 433/18 453/24
465/2 467/5 470/12 499/1 499/2
even [10]  460/7 492/17 526/4 528/22
536/4 547/7 562/1 565/17 565/22 566/20
evening [1]  569/20
event [13]  432/17 449/21 463/9 464/10
464/19 484/5 488/23 500/17 501/18
506/6 543/3 545/25 559/12
events [5]  432/10 501/23 502/16 528/8
529/6
eventuality [1]  472/24
ever [19]  480/4 496/16 506/20 511/8
522/6 524/23 526/3 529/1 531/8
every [16]  430/14 430/22 432/25 433/4
439/7 445/10 479/24 480/9 484/10
484/15 484/24 484/24 485/2 486/12
491/14 544/15
everybody [9]  460/3 494/12 503/7 516/9
545/7 565/5 565/16 566/8 569/20
everyone [6]  430/3 457/24 482/17
516/25 565/16 567/24
everything [5]  433/20 447/3 480/25
531/8 557/18
evidence [5]  461/2 467/11 554/22 555/1
557/7
evidences [1]  437/14
EVP [1]  552/16
exactly [5]  460/5 523/15 531/3 533/16
537/5
exam [2]  494/5 494/6
examination [14]  430/8 454/10 454/17
492/4 492/12 492/16 494/19 494/23

**E**

examination... [6] 494/24 500/23 501/22
503/15 544/22 565/9
example [10] 443/5 492/14 492/23
507/12 515/10 516/3 518/13 529/12
530/11 537/7
examples [3] 518/12 518/12 529/12
exams [1] 569/3
excellent [1] 447/5
except [1] 480/25
exception [1] 566/16
exceptionally [1] 539/20
excess [2] 483/8 527/14
excessive [10] 483/8 525/22 525/24
526/20 526/24 526/25 527/7 527/7
527/12 528/17
exchange [2] 446/8 446/12
exchanged [2] 567/6 567/16
exclude [2] 432/15 565/19
exclusive [2] 512/5 523/4
excuse [3] 476/3 501/12 559/21
executed [1] 560/5
executive [15] 503/19 504/7 508/11
520/21 520/23 528/16 540/7 543/24
548/25 549/6 549/19 550/5 552/9 552/16
552/18
executives [6] 495/22 522/2 541/20
549/11 551/3 551/25
exemplified [1] 498/22
exercised [1] 512/1
exhibit [23] 432/22 437/4 453/13 453/22
457/19 458/5 467/12 469/2 475/13
482/22 486/6 487/5 493/1 494/23 500/11
501/21 522/15 537/23 538/16 538/21
554/15 554/17 556/7
Exhibit 05777.1.2 [1] 453/22
Exhibit 1 [1] 487/5
Exhibit 1374.1.1 [1] 475/13
Exhibit 1694 [1] 494/23
Exhibit 2187 [1] 469/2
Exhibit 45393 [1] 537/23
Exhibit 47221 [1] 482/22
Exhibit 4946.82.1 [1] 467/12
Exhibit 52673 [1] 554/15
Exhibit 5689.8.1 [1] 486/6
Exhibit 5944 [1] 522/15
Exhibit 5946.86.1 [1] 453/13
Exhibit 5969.1.2 [1] 437/4
Exhibit 6015 [1] 500/11
Exhibit 866 [1] 432/22
Exhibit 929 [2] 457/19 458/5
Exhibit A [2] 554/17 556/7
exhibits [6] 443/10 443/18 492/4 492/12
492/24 493/3
exist [3] 526/21 527/1 527/8
existed [3] 456/24 506/17 523/22
existence [1] 509/6
expanded [2] 539/12 552/8
expect [7] 477/8 477/21 477/25 480/20
536/10 568/5 568/16
expectation [1] 485/17
expectations [1] 502/13
expected [1] 478/21
expensive [1] 431/7
experience [3] 505/14 519/11 524/19
experienced [6] 434/6 434/10 434/13
436/16 487/14 487/20
experiencing [1] 439/18
expert [23] 454/20 454/22 458/18 461/23
462/22 462/23 507/7 514/25 515/19
517/15 517/20 522/6 529/20 530/18
541/24 548/12 559/4 566/19 567/2 568/4

feel [3] 457/5 459/4 484/5
felonies [2] 554/5 554/6
felt [4] 449/1 452/13 459/4 475/21
few [9] 434/4 449/25 457/24 465/4
505/21 562/8 562/25 563/22 567/4
fight [2] 445/10 445/14
figure [1] 481/22
figures [1] 489/15
filed [1] 500/14
final [3] 511/14 511/21 543/10
financial [1] 503/23
find [12] 440/3 443/10 443/17 456/19
522/21 526/16 529/19 545/5 545/7 545/8
545/10 546/19
finding [5] 456/24 457/2 481/15 545/14
546/13
findings [4] 478/13 480/11 501/18 544/2
fine [1] 492/7
finish [4] 494/17 564/1 564/8 566/5
finished [2] 502/23 552/10
finishing [2] 482/4 566/9
fire [6] 445/9 468/19 544/19 545/5 546/2
546/20
fired [3] 496/23 498/3 498/6
fires [2] 434/5 434/9
Firm [2] 424/21 425/8
first [17] 431/21 431/22 432/17 433/6
434/5 471/14 484/14 486/17 490/5 495/8
506/7 524/18 524/18 531/11 533/2 555/4
558/9
five [5] 434/21 454/20 457/22 469/21
473/24
five-day [1] 469/21
fixed [1] 475/21
flag [1] 458/18
fleet [1] 468/23
fleets [1] 540/13
Floor [2] 424/13 427/14
flow [2] 461/10 462/7
flowing [1] 461/16
FLOYD [1] 428/8
fluids [1] 487/15
flying [1] 449/2
focus [10] 435/15 437/23 438/5 442/20
453/12 453/22 470/6 477/17 525/24
528/17
focuses [4] 517/13 517/17 526/24 527/7
focusing [1] 450/8
folks [9] 431/3 441/1 441/13 441/16
441/17 441/23 474/11 489/2 561/22
follow [3] 434/3 473/21 568/18
follow-up [1] 473/21
following [2] 455/7 479/10
follows [2] 430/7 503/10
food [2] 481/1 481/3
footnote [1] 457/19
force [2] 534/7 534/19
foregoing [1] 570/4
foreman [1] 441/16
foreseeable [1] 506/5
foretold [1] 449/2
forever [2] 446/1 518/25
form [1] 444/22
formal [1] 461/3
formalized [2] 479/1 479/2
formations [1] 508/9
forth [1] 492/19
forward [4] 492/21 493/7 548/1 558/5
Foster [2] 432/25 433/3
found [6] 512/10 515/17 516/14
522/24 524/4 529/4

568/11 568/13 568/14
Expedite [almost] 462/19 520/3 520/6 565/21 536/21
521/6 525/18 568/3 568/4
experts [16] 487/24 488/1 508/2 520/1
520/8 520/12 520/24 547/16 565/23
566/4 566/15 566/21 567/7 567/20 568/5
568/10
explicit [2] 485/13 486/1
explicitly [2] 539/23 539/25
exploration [14] 423/10 426/18 426/21
427/2 438/15 438/19 439/12 503/21
505/8 519/21 527/6 549/22 553/5 555/13
exploratory [1] 496/7
explosion [7] 468/19 504/15 542/22
545/5 546/2 546/20 555/14
explosions [2] 434/6 434/9
expose [1] 468/4
exposes [1] 468/12
expressed [2] 495/18 496/5
expressing [1] 496/1
expression [1] 436/25
expressions [1] 495/22
expressly [3] 538/7 539/2 556/25
extent [5] 477/15 494/6 563/20 564/6
569/15
external [1] 547/16
Exxon [1] 525/5
eye [2] 483/1 483/4

**F**

face [1] 522/16
facilities [4] 532/18 532/20 533/18
533/20
facility [3] 491/2 491/5 491/11
fact [18] 451/1 459/17 462/15 470/16
488/7 496/12 506/12 506/16 514/13
515/18 522/24 539/18 546/12 546/14
552/5 557/7 565/25 566/2
factor [2] 453/13 458/19
factors [5] 522/22 524/22 553/13 553/20
559/14
facts [2] 496/25 554/18
factual [3] 480/12 488/9 556/7
fail [1] 472/21
failed [3] 555/25 559/15 559/15
failings [1] 454/12
failure [10] 436/21 462/10 487/16 520/25
544/11 545/22 545/23 559/1 559/2 560/9
failures [6] 437/1 521/17 530/11 530/18
559/8 559/11
fair [5] 438/16 505/23 523/20 528/10
555/1
fairly [2] 553/16 564/9
fall [4] 453/24 455/21 456/6 496/22
familiar [5] 462/15 506/12 506/13
506/16 506/19 514/10 514/13 514/19
525/1 525/9 546/9 546/10 546/11 546/12
546/14 547/9 560/21
Fannin [1] 427/10
far [5] 438/19 477/13 507/5 525/19 536/5
farmed [1] 447/4
faster [1] 566/15
fatigue [5] 456/19 456/23 457/7 458/19
458/21
fatigued [1] 457/12
fault [1] 554/2
faulting [1] 492/20
FC [1] 436/5
FCRR [3] 428/18 570/2 570/10
February [5] 423/7 430/2 527/17 528/11
540/3
February 2013 [1] 528/11
Federal [1] 425/13

## F

four [9]  454/19 454/21 457/22 469/21
 473/23 493/15 493/20 567/20 567/21
fraction [1]  490/21
frame [1]  523/21
framework [1]  448/6
Francisco [1]  425/14
Franklin [1]  426/5
Fraud [1]  426/3
Frazelle [1]  440/21
Free [1]  525/6
frequently [4]  444/6 525/25 528/18
 529/17
Fridays [1]  565/19
friendly [1]  505/18
friends [1]  566/22
Frilot [1]  427/5
front [3]  467/19 505/16 505/17
Frugé [1]  425/2
fulfill [1]  496/4
fulfilling [2]  496/2 500/2
full [6]  503/11 513/17 513/18 534/19
 547/11 547/21
fully [3]  497/3 509/2 544/11
function [6]  533/25 533/25 537/19
 537/20 560/3 560/6
functional [1]  548/5
fundamental [1]  529/4
FUNDERBURK [1]  428/16
further [4]  502/22 529/14 562/16 562/21
future [1]  529/25

## G

GANNAWAY [1]  428/4
GAP [2]  496/24 497/2
gas [11]  436/16 436/16 437/7 462/16
 470/16 471/7 512/14 518/17 527/5 527/5
 529/22
Gate [1]  425/13
gave [9]  465/3 486/20 543/5 543/5 543/8
 543/12 544/15 544/15 545/13
GAVIN [1]  428/9
general [6]  426/7 426/11 508/10 508/14
 523/21 529/11
generally [15]  506/19 514/10 514/12
 514/21 525/9 526/22 527/14 540/13
 541/22 541/23 559/25 561/5 561/6
 561/11 561/25
GEOFFREY [1]  428/4
get [17]  451/12 453/15 458/6 464/13
 475/21 477/9 482/21 488/17 489/25
 495/4 513/15 520/7 552/9 560/7 563/11
 565/5 568/16
gets [1]  451/25
getting [2]  447/2 447/6
gigantic [1]  526/20
give [13]  445/21 446/17 463/1 467/13
 491/23 492/22 494/21 495/5 520/1 520/9
 520/12 541/4 562/7
given [7]  483/21 488/23 492/13 501/15
 514/3 536/13 567/16
gives [3]  444/15 474/13 483/9
giving [2]  481/4 508/13
glasses [1]  483/2
global [2]  517/19 550/4
globe [1]  487/21
GmbH [1]  423/8
go [59]  430/17 431/8 432/1 432/2 435/16
 436/4 436/11 437/5 441/9 441/19 442/6
 443/25 444/7 448/18 451/8 451/14 455/2
 455/19 455/22 458/23 461/19 463/23
 465/12 467/23 474/20 483/11 483/16

483/19 484/8 486/11 490/2 490/5 490/12
 490/15 491/8 492/3 493/3 497/9 499/19
 501/7 502/3 503/5 506/25 522/21 523/2
 524/10 525/19 538/14 539/9 544/14
 548/6 556/7 557/6 557/9 560/11 562/20
 563/17 564/5 566/15 568/17
goal [2]  514/5 529/18
Godwin [3]  428/7 428/7 428/11
goes [6]  454/9 454/13 457/23 461/21
 481/4
going [65]  435/14 437/21 439/25 440/3
 440/15 445/9 447/3 449/3 452/18 455/3
 455/8 456/9 457/17 457/18 458/1 459/3
 460/1 460/5 462/8 465/4 471/11 472/21
 482/4 482/9 482/22 489/17 489/18 492/7
 492/21 493/6 493/15 493/21 494/8
 494/13 497/12 497/14 509/21 524/1
 527/10 527/12 531/4 532/24 534/6
 539/22 548/1 558/5 561/16 562/20
 563/10 564/19 564/20 565/17 566/4
 566/5 566/15 566/19 567/2 567/3 567/9
 567/12 568/5 568/10 568/18 569/17
 569/18
Golden [1]  425/13
GoM [2]  467/24 474/18
GoM's [1]  489/22
gone [2]  438/17 548/4
good [5]  431/14 447/11 448/9 450/1
 456/11 461/13 477/13 478/21 480/20
 481/10 482/13 491/20 492/3 500/18
 502/1 527/14 531/1 541/11 547/24
 562/19 568/23 569/20
GORC [2]  536/14 552/19
got [10]  445/20 445/24 451/23 458/24
 495/9 552/5 552/7 552/21 553/1 553/2
gotten [2]  443/9 443/16
governed [1]  559/13
government [4]  489/2 554/11 554/14
 554/24
Grand [1]  427/14
graphic [1]  498/22
graphics [1]  493/2
great [3]  447/2 447/2 507/1
Greg [1]  451/25
ground [1]  497/13
group [21]  424/18 451/2 536/11 536/14
 536/15 537/2 537/3 537/12 537/14
 542/11 549/5 549/13 549/19 549/24
 549/25 550/4 550/6 550/18 550/21 551/2
 557/20
group-wide [1]  549/19
groups [3]  503/23 503/24 550/11
Guerra [1]  424/15
guess [6]  492/18 530/6 534/18 561/23
 562/19 565/4
Guide [39]  430/18 437/18 438/23 440/21
 445/5 445/8 445/9 445/10 445/18 446/22
 446/23 447/5 447/17 448/19 448/20
 449/7 449/16 450/4 450/9 450/15 450/23
 451/2 451/15 452/4 452/9 475/15 475/24
 476/21 478/17 479/3 480/7 480/17
 480/24 481/5 495/5 495/6 495/7 499/16
 500/2
Guide's [6]  431/20 432/16 447/19 447/23
 448/10 452/12
guilty [6]  554/5 554/10 554/15 556/21
 557/12 559/7
GULF [38]  423/5 432/23 433/18 434/21
 435/3 435/11 438/12 438/20 465/7
 465/14 466/1 467/16 467/21 468/22
 473/5 484/20 489/4 490/8 491/12 496/8
 496/13 496/16 496/20 497/3 499/17
 499/25 500/7 504/22 506/2 506/10

506/18 507/11 507/13 531/2 533/24
 533/25 537/7 548/14
guys [2]  436/2 448/14

## H

had [76]  439/14 443/9 443/16 445/19
 446/7 446/7 446/11 446/23 450/23 451/1
 451/5 451/22 454/15 460/1 460/2 474/11
 474/22 477/10 479/22 479/23 482/8
 487/23 488/4 488/20 491/12 496/5
 496/12 497/3 498/12 501/14 501/15
 501/25 505/14 506/9 508/24 509/5
 510/14 510/22 511/7 511/18 511/21
 511/24 513/17 519/9 519/11 519/11
 520/15 520/25 521/4 521/8 521/13 522/6
 527/25 528/10 531/20 531/22 532/4
 532/11 532/24 533/22 536/17 540/6
 540/9 541/7 541/8 541/14 541/17 541/20
 543/14 547/15 551/3 553/12 555/6
 555/14 565/12 565/21
hadn't [2]  454/16 508/24
Hafle [5]  435/21 435/23 436/12 437/18
 438/23
Hafle's [1]  436/24
half [2]  564/12 564/15
Halliburton [9]  428/7 428/11 509/18
 510/6 553/11 553/14 563/11 564/17
 567/21
hand [5]  462/4 462/7 462/13 488/20
 499/25
handle [1]  485/18
HANKEY [1]  425/18
happen [3]  517/17 517/18 569/17
happened [20]  483/3 496/22 515/9 516/2
 516/5 529/14 529/14 529/18 529/19
 529/23 529/24 532/12 543/19 543/20
 544/19 545/5 547/15 553/16 553/17
 557/22
happening [1]  531/8
harder [1]  507/9
HARIKLIA [1]  426/22
HARTLEY [1]  428/8
has [70]  438/16 438/17 441/12 441/13
 446/22 451/10 451/19 454/2 454/11
 454/19 454/22 454/22 458/10 458/21
 461/22 468/1 469/16 471/15 476/22
 482/4 482/7 486/4 487/3 488/16 491/10
 493/9 493/12 494/1 494/7 498/23 501/23
 502/6 502/9 502/17 503/7 511/14 511/17
 516/7 516/9 516/23 516/25 517/6 519/21
 520/3 520/5 520/8 520/13 521/6 522/25
 522/25 523/1 528/23 531/3 531/11 532/7
 538/8 539/3 543/25 544/1 548/13 556/24
 557/7 559/16 562/10 565/16 567/20
 567/21 567/21 567/21 567/22
hasn't [2]  531/4 540/23
HAUSER [1]  426/4
have [211]
haven't [9]  447/4 491/14 505/14 505/21
 514/14 519/2 519/15 521/15 536/9
having [9]  430/7 436/3 441/20 441/24
 449/15 466/8 486/2 503/10 544/14
HAYCRAFT [1]  426/19
Hayward [5]  504/11 549/1 550/15 551/6
 551/15
Haywood's [1]  564/21
hazard [16]  463/8 464/8 464/17 465/20
 467/25 468/1 468/2 469/3 469/20 469/25
 470/2 470/4 470/10 470/21 470/22
 487/15
hazards [3]  470/20 471/1 506/2
HB [1]  428/19
HB-406 [1]  428/19

**H**

he [104] 436/2 436/15 439/5 439/7 439/7
439/9 439/12 439/14 441/3 446/16
446/17 446/22 447/1 447/17 447/19
448/20 449/2 449/13 449/16 449/23
449/25 451/9 451/18 452/8 452/13
452/13 454/2 454/10 454/15 454/16
454/17 454/21 454/22 455/4 457/18
457/25 458/1 458/2 458/4 458/10 459/16
459/17 459/21 461/23 462/21 464/1
483/4 484/18 485/7 485/22 488/16
492/11 494/9 495/1 495/7 495/8 495/10
495/11 495/13 496/23 497/11 501/15
515/18 515/19 515/22 515/22 520/17
521/13 522/2 522/25 523/1 542/9 542/15
542/16 542/17 542/19 542/20 542/22
550/5 550/6 550/11 551/9 551/14 551/18
552/6 552/7 552/7 552/10 552/12 552/15
552/16 552/18 552/20 552/21 562/10
563/24 565/4 565/12 565/12 566/16
567/10 568/18 568/20 569/3
He's [1] 542/17
head [12] 460/4 537/20 537/21 537/21
550/4 550/6 550/21 550/21 550/25
552/12 552/15 553/5
headed [2] 522/4 522/7
heads [2] 479/24 549/24
health [2] 468/4 468/12
healthy [1] 448/3
hear [1] 453/4
heard [6] 438/4 448/22 458/1 520/15
521/10 531/10
heated [2] 446/7 446/12
heavily [2] 536/8 536/10
held [3] 440/16 505/7 538/7
help [9] 432/6 481/5 487/24 511/20
549/25 549/25 559/17 566/23 567/4
helpful [4] 456/13 492/11 492/21 493/7
helping [1] 492/11
helps [2] 537/3 550/7
Herald [1] 525/6
here [49] 436/2 436/24 439/9 442/21
444/7 447/5 448/2 448/9 448/18 449/18
451/13 455/8 456/5 456/15 458/2 460/4
460/9 460/23 465/17 467/24 470/3 470/9
474/15 475/1 477/23 477/25 480/23
482/19 482/22 484/13 491/10 493/22
499/25 500/17 515/18 515/19 516/22
518/4 518/14 521/14 527/17 533/21
535/11 547/24 556/12 556/15 562/15
563/25 567/23
hereby [1] 570/4
Herman [3] 423/22 423/22 423/23
high [28] 432/9 432/10 436/16 436/20
437/11 439/13 439/18 440/1 443/9
443/17 464/11 464/14 466/12 483/15
483/22 508/23 515/2 515/10 516/3
517/14 524/2 524/12 524/19 525/13
526/4 542/9 542/15 542/17
high-consequence [9] 466/12 515/2
515/10 516/3 524/2 524/12 524/19
525/13 526/4
high-level [1] 508/23
high-reliability [2] 436/20 437/11
high-risk [2] 464/11 464/14
higher [3] 507/5 508/5 508/7
highest [6] 438/19 439/12 519/20 549/18
551/2 555/15
highest-level [1] 549/18
highest-ranking [1] 555/15
highlight [1] 453/14
highlighted [2] 499/24 538/8

highly [1] 471/21
him [11] 445/8 445/9 452/8 452/8 454/14
462/23 482/8 486/7 492/11 555/2 563/25
himself [1] 515/22
HiPos [3] 432/8 432/12 432/19
hire [4] 471/15 510/18 510/19 519/25
hired [1] 520/8
hires [1] 511/20
hiring [1] 512/1
his [43] 432/17 448/19 448/21 449/1
449/2 449/8 449/8 450/4 450/9 450/15
452/9 452/13 454/2 454/2 454/4 454/10
454/12 454/14 454/15 455/4 457/19
457/20 457/25 459/5 462/19 462/19
463/10 463/24 469/1 475/25 485/10
498/6 500/2 512/10 520/17 521/4 521/11
521/15 521/17 521/24 551/18 552/10
567/23
hitch [2] 459/13 459/21
HMC [1] 561/16
hold [1] 542/17
Holdings [5] 427/5 427/8 427/12 427/16
427/19
holds [4] 513/10 513/10 542/9 542/15
hole [1] 439/13
holidays [1] 565/20
Holthaus [1] 425/2
home [1] 508/1
Honestly [1] 552/12
Honor [61] 430/5 454/1 454/9 454/19
454/25 457/17 459/23 461/21 462/18
463/21 469/12 469/13 491/23 492/3
493/9 493/12 493/14 493/24 494/1
494/10 494/14 494/17 497/12 497/15
500/13 500/17 500/22 501/1 501/12
501/23 502/20 512/9 515/17 516/14
521/1 524/3 527/22 538/5 538/22 539/1
554/21 554/23 556/24 557/4 562/6
562/11 562/16 562/24 563/1 563/19
564/16 565/3 565/7 566/12 566/23
567/11 568/1 568/16 568/25 568/25
569/18
HONORABLE [1] 423/15
hope [1] 448/16 494/17
hoped [2] 547/10 550/20
hopefully [2] 460/11 482/19
HORIZON [35] 423/4 444/4 449/20
452/24 453/2 453/7 463/7 464/8 464/23
465/24 466/2 469/4 469/5 469/10 470/24
473/13 473/15 473/21 474/6 474/10
477/5 478/2 498/23 509/3 527/18 531/11
532/13 533/1 533/23 534/6 534/8 534/19
534/22 542/20 543/3
Horse [2] 490/9 491/3
Horse's [2] 490/20 490/21
Houma [6] 424/20 440/6 440/10 441/4
441/10 442/16
hour [4] 460/6 564/13 564/14 564/15
hours [4] 474/22 481/16 483/9 568/23
Houston [12] 425/7 427/10 427/21 428/5
428/13 428/17 487/24 561/12 561/14
561/19 561/21 562/3
how [30] 482/3 483/21 484/25 485/18
492/18 492/19 500/2 519/9 519/13 520/1
520/9 527/5 533/12 536/12 536/16
541/25 545/10 547/2 548/14 561/12
562/17 563/3 564/10 565/4 565/12
565/25 566/3 566/4 568/20 569/13
HSE [1] 469/9
HSSE [2] 441/3 442/20
Huffman [8] 564/24 565/1 565/2 565/8
567/9 568/15 568/18 568/21

huge [1] 508/22
Hughes [1] 427/19
huh [3] 502/24 518/16 524/7
human [5] 463/4 466/8 522/22 524/21
553/22
hundred [1] 480/3
Hurry [1] 439/5
hydrocarbon [1] 471/7
hydrocarbons [3] 463/8 464/9 464/18
HYMEL [1] 427/16
hypothetical [8] 526/22 527/9 527/11
516/30 530/6 530/10 530/15 530/16

**I**

I'll [9] 440/6 445/11 445/20 448/13
455/22 461/25 461/25 462/1 463/1
I'm [82] 430/15 433/23 435/14 437/21
449/17 449/17 450/8 450/12 452/10
453/14 453/15 455/8 457/17 458/23
459/17 460/23 465/4 465/10 467/6 467/7
470/8 472/21 474/14 477/18 482/10
482/23 492/19 494/8 497/1 497/14
506/13 506/19 507/7 508/13 508/17
510/1 511/3 514/25 515/24 517/15
517/20 519/3 521/6 521/7 524/10 524/17
526/6 527/10 529/20 530/16 530/18
531/16 533/21 534/14 534/16 534/21
535/7 537/5 539/11 541/22 541/23
541/24 544/22 545/2 546/10 548/12
552/17 553/6 556/18 556/18 556/18
557/13 557/17 557/17 559/4 562/6
562/20 562/21 564/8 565/4 567/12
I've [3] 528/3 528/3 528/4
Iain [3] 438/13 476/15 549/23
idea [3] 456/11 482/13 528/20
identifiable [1] 452/20
identified [18] 453/18 465/14 466/7
474/20 497/2 506/22 507/2 508/24
510/14 510/22 511/7 511/10 511/15
513/16 515/13 516/6 516/11 516/22
identify [1] 470/10
if [127] 430/19 431/7 431/25 435/7 436/4
436/11 437/4 437/17 437/22 439/17
440/20 441/9 441/19 443/25 443/25
444/1 444/7 447/16 448/13 449/3 451/22
451/24 451/25 453/14 453/14 454/25
455/12 458/24 459/15 459/17 459/23
460/19 461/15 464/17 465/7 465/12
466/1 467/6 467/23 468/8 468/15 468/18
469/19 469/24 470/16 470/17 471/1
471/11 472/3 473/19 474/2 474/14
475/10 475/13 475/24 476/3 476/14
477/3 477/22 478/12 480/23 481/12
482/5 482/10 482/20 482/21 483/11
483/16 483/19 486/6 486/7 486/11 490/2
490/5 490/17 490/18 491/8 492/21
492/22 492/23 493/6 494/11 495/8
498/18 499/21 501/20 501/24 503/5
520/7 521/6 523/19 523/23 524/5 525/1
526/11 526/15 528/14 532/24 532/24
535/12 536/17 537/4 539/4 540/8 547/10
548/15 550/20 551/11 551/12 551/14
552/12 552/20 552/21 555/4 556/7 558/9
560/22 562/7 562/8 562/14 563/1 564/2
565/19 566/11 566/20 566/25 569/15
ignited [1] 468/19
IIT [1] 488/1
Illinois [1] 426/24
immediate [2] 488/18 488/20
impacting [1] 456/23
impairment [1] 456/23
impeachment [1] 563/5

**I**

implement [7]  498/5 499/10 510/19
510/25 520/2 520/9 533/15
implementation [8]  496/20 496/25 511/12
511/13 534/3 535/3 553/22 558/24
implemented [14]  496/16 497/3 497/11
497/20 532/12 532/16 532/25 533/8
533/9 533/22 533/24 533/25 534/7
540/10
implementing [6]  457/15 459/2 497/2
529/8 541/23 547/19
implications [1]  450/7
implies [1]  557/14
important [15]  433/10 439/2 463/9
464/10 464/19 473/12 473/15 473/17
474/18 488/17 520/23 527/9 530/21
530/24 544/7
imposed [1]  555/10
impression [1]  449/12
Imprevento [1]  424/8
improper [1]  557/9
improve [2]  537/13 559/17
improved [3]  432/3 432/5 432/18
improvement [5]  433/11 478/14 485/1
548/7 558/14
improving [3]  499/16 537/13 558/21
in [422]
INC [17]  423/11 426/19 426/22 427/3
427/6 427/7 427/9 427/10 427/13 427/13
427/17 427/17 427/20 427/21 428/7
428/12 539/13
incident [13]  442/7 442/21 442/22 452/24
453/2 459/12 473/9 488/21 522/3 539/2
543/20 544/1 544/25
include [9]  471/5 492/23 499/2 532/1
539/13 547/22 548/16 549/3 553/6
included [16]  440/17 442/17 470/2
470/11 489/13 504/16 504/25 505/5
505/10 531/22 534/1 548/11 548/25
549/1 553/21 553/22
includes [5]  463/4 518/1 519/22 531/24
549/11
including [7]  441/14 444/18 466/6 516/10
565/6 565/21 565/23
incompleteness [1]  454/14
incorporate [1]  520/1
incorporates [2]  529/7 540/11
increase [3]  489/10 490/24 491/2
increased [2]  491/16 491/19
independent [1]  547/5
indicate [1]  552/18
indicated [2]  477/16 500/2
indicates [1]  524/20
indication [2]  436/20 471/6
indications [2]  555/23 556/1
indicators [3]  431/23 458/20 463/19
indicted [2]  556/23 557/7
indictments [1]  557/1
individual [2]  432/16 556/20
individuals [6]  439/14 487/10 525/19
552/2 554/9 557/18
industry [10]  489/2 504/20 510/11
510/17 518/22 530/25 531/9 544/3 544/8
555/13
inexperienced [1]  505/23
influences [1]  457/8
information [25]  435/24 446/5 477/4 478/1
487/9 489/14 525/2
infrastructure [3]  491/4 491/17 491/18
infrastructures [1]  490/10
Inglis [2]  549/1 549/22
inherent [4]  499/11 506/23 507/5 507/8

inherently [1]  507/22
initiation [1]  482/2
injuries [1]  432/7
input [4]  448/11 477/9 478/15 560/7
inquired [1]  494/22
inquiry [1]  451/18
inside [1]  530/22
Insofar [1]  513/15
install [1]  472/21
installed [1]  561/18
instance [2]  437/2 437/15
instead [2]  462/16 495/10
instill [1]  471/25
institute [2]  558/10 559/22
instituted [1]  560/3
instruct [1]  485/7
instrumentation [1]  471/6
integral [2]  515/5 518/2
integrity [1]  515/25
intend [2]  544/2 569/3
intending [2]  501/22 545/3
intent [1]  484/25
interaction [8]  441/24 445/5 476/8 477/8
477/11 477/14 477/20 481/12
interactions [2]  452/13 525/4
interchangeability [1]  484/23
interested [1]  536/16
interests [2]  569/5 569/11
interface [1]  462/3
interim [1]  543/14
internal [4]  486/21 545/16 547/15 568/3
International [3]  427/22 428/2 435/1
interpret [1]  483/21
interrelation [1]  518/12
interviewed [1]  487/7
into [10]  432/1 432/12 456/6 489/23
493/19 501/19 502/13 520/2 543/23
548/9
introduce [1]  433/23
investigate [3]  500/16 551/8 551/15
investigating [2]  546/14 546/22
investigation [44]  486/22 486/25 487/1
487/10 487/17 487/21 488/23 528/3
529/20 542/24 543/23 543/25 544/25
545/11 545/15 545/16 545/18 545/20
546/3 546/7 546/17 546/18 547/6 547/8
547/9 547/12 547/14 547/14 547/17
547/20 547/22 547/24 547/25 548/10
548/12 550/16 550/21 551/8 553/12
553/15 553/20 554/3 559/14 568/3
investigations [8]  519/15 519/17 528/4
528/5 528/6 529/16 544/10 546/10
investigative [1]  546/8
investment [3]  491/4 491/7 491/10
invite [1]  525/21
invites [3]  526/19 526/25 527/7
involved [24]  451/25 480/1 488/5 496/11
519/6 525/19 525/20 525/21 536/8
536/10 544/25 546/16 546/23 546/24
547/4 551/10 551/16 553/13 553/13
553/14 558/23 560/18 561/9 568/2
involving [2]  524/19 525/15
iron [1]  475/17
Irpino [2]  425/8 425/9
is [348]
isn't [28]  431/14 455/12 470/24 490/13
501/4 508/22 509/18 510/7 513/25 514/6
515/6 515/11 516/4 516/22 517/18
524/13 529/19 529/25 530/13 545/7
553/11 553/18 556/9 557/11 558/6 559/8
560/4 561/4
issue [17]  432/20 442/13 442/14 442/24
451/1 451/9 451/18 454/13 460/18

462/20 462/20 466/12 471/3 477/18
465/9 465/11 475/1 508/20
issues [11]  468/13 473/18 475/14 475/25
476/5 476/22 484/13 508/14 514/14
537/4 553/21
it [300]
it's [84]  431/13 432/2 432/3 432/23
437/20 439/17 440/2 442/16 452/1 452/1
455/14 460/9 460/15 460/15 460/15
470/4 472/18 472/19 473/12 478/4
478/23 482/9 487/5 488/4 492/18 493/20
497/10 502/23 507/9 508/10 510/20
511/9 511/12 511/12 513/8 513/22
515/21 517/1 517/2 517/3 517/3 517/9
517/21 517/21 518/20 518/22 520/23
521/1 523/24 523/24 526/18 527/9 527/9
527/17 529/4 530/15 530/21 530/24
534/9 537/25 538/16 538/17 538/21
538/22 538/23 549/7 549/7 549/10
551/14 553/16 554/22 554/23 555/1
557/5 557/5 557/9 557/11 557/19 561/24
564/2 566/11 568/5 568/18 569/18
item [1]  438/12
items [11]  474/19 477/10 478/5 479/24
480/14 480/18 481/6 481/12 490/13
491/16 538/6
its [21]  438/16 443/9 443/16 450/7
471/25 477/22 481/24 487/20 489/1
489/5 502/12 509/21 510/2 512/2 522/16
537/8 538/6 540/24 548/6 557/25 561/14
itself [2]  508/9 528/4

**J**

JAMES [3]  423/19 426/12 481/19
January [6]  431/20 465/10 480/25 490/3
521/20 553/2
January 12 [1]  480/25
January 16 [1]  465/10
January 28 [1]  490/3
Jay [1]  438/14
Jefferson [2]  423/20 427/17
JEFFREY [1]  424/9
JERRY [1]  428/12
JESSICA [2]  425/22 425/23
JIMMY [1]  425/6
job [6]  447/2 451/22 504/16 519/6
556/21 562/10
jobs [3]  474/21 481/16 483/9
Joe [1]  440/9
JOHN [33]  425/3 427/20 428/16 430/17
431/20 432/16 440/21 445/5 445/18
445/20 446/16 447/1 447/2 447/23
447/24 448/10 450/23 451/2 451/25
452/4 452/12 475/14 475/24 476/4
476/21 478/17 479/3 480/7 480/17
480/24 481/5 497/10 542/7
Johnson [5]  440/22 475/15 478/17 480/8
480/24
joint [1]  478/5
JONES [1]  428/3
JR [3]  424/12 428/8 428/8
judge [7]  423/15 501/24 503/3 533/13
564/17 567/12 567/13
Judge Shushan [2]  567/12 567/13
judgment [2]  477/22 553/22
Juneau [1]  439/21
just [63]  433/22 434/3 434/3 436/6 438/9
438/10 439/25 448/13 453/4 454/25
455/15 456/8 458/23 459/23 460/1
464/12 464/13 465/1 465/12 466/5 467/9
473/4 474/4 474/4 474/11 480/23 482/19
486/7 486/22 488/12 491/16 491/23
492/25 494/9 497/12 501/21 508/1

## J

just... [26] 508/18 513/8 517/21 517/22
520/13 522/25 526/5 529/22 530/3 532/5
533/17 533/21 534/22 551/25 556/19
557/13 562/20 562/21 563/4 563/11
565/5 565/10 565/15 566/9 568/25
569/10
Justice [4] 425/11 425/15 425/21 426/2

## K

Kanner [2] 426/15 426/15
KARIS [1] 426/22
Katz [1] 423/22
keep [10] 433/17 440/3 440/15 479/19
492/11 513/3 513/5 534/21 535/7 566/10
KELLEY [1] 426/4
Kent [1] 481/19
KERRY [2] 427/6 563/13
Kevin [3] 496/12 496/21 496/22
key [12] 431/22 432/22 433/12 433/14
433/18 463/19 512/4 531/22 532/1
553/13 553/20 559/14
kick [10] 437/25 438/9 439/10 439/11
439/15 447/6 447/10 458/20 464/23
472/4
kicks [2] 472/7 472/8
Kinchen [2] 427/19 427/20
kind [6] 437/11 447/8 447/13 448/3
476/8 537/22
kinds [3] 433/14 448/5 517/17
Kirkland [1] 426/21
knew [12] 506/1 506/5 506/20 506/23
507/4 508/21 508/21 535/5 541/25
545/13 545/15 546/19
know [100] 437/25 438/11 438/13 438/16
438/17 448/13 448/20 449/20 449/23
450/12 455/12 460/7 461/18 477/22
479/12 479/24 480/3 480/17 482/1 482/8
483/21 483/24 485/25 487/2 487/3 487/9
488/7 488/16 489/1 489/16 491/14
492/18 493/23 506/8 516/16 516/20
517/22 520/24 521/12 521/17 521/19
522/1 523/10 523/12 523/23 523/23
523/24 523/25 524/14 525/18 526/11
526/23 527/2 528/25 529/1 530/10
531/15 531/3 533/2 535/12 536/3 537/3
538/11 540/9 541/17 542/7 542/13
543/11 543/19 545/2 546/25 547/1 547/4
547/7 547/15 548/4 548/7 548/13 551/11
551/12 551/13 551/14 551/18 551/21
552/12 552/20 552/21 553/1 557/2 557/3
557/6 560/22 561/23 562/7 565/25
566/11 567/1 567/24 568/8 569/17
knowledge [2] 518/21 557/6
knows [1] 568/25
Kodiak [1] 474/7
KRAUS [1] 426/16
Kullman [1] 424/5

## L

L-A-M-A-R [1] 503/13
Lacy [6] 496/12 496/21 496/22 498/2
498/5 498/6
Lacy's [2] 498/4 564/22
laed.uscourts.gov [1] 428/20
Lafayette [2] 423/21 427/18
Lafleur [1] 427/11
laid [3] 553/10 553/16 553/17
Lamar [4] 428/12 503/9 503/13 503/17
LANGAN [1] 426/22
language [4] 430/25 444/24 445/3
448/22

Lasalle [1] 426/23
last [17] 437/12 462/3 457/5
457/22 459/12 459/21 483/13 536/9
567/15 569/18
later [4] 446/1 505/19
launch [1] 453/23
Law [3] 424/18 424/21 425/8
LAWRENCE [1] 425/24
lawyer [1] 569/12
lawyers' [2] 505/20 566/7
layer [2] 472/20 472/25
layers [3] 471/12 472/21 473/6
lead [4] 468/19 496/19 498/10 504/14
leader [9] 440/21 444/19 449/1 461/10
480/7 480/20 504/22 505/2 560/4
leaders [15] 441/12 441/14 441/14
555/15 555/16 555/24 556/4 556/9
556/22 556/22 557/11 558/20 560/7
561/7 561/22
leadership [9] 438/12 440/10 441/1
441/10 441/10 441/21 441/21 484/21
502/7
leading [3] 498/9 520/15 520/24
leaks [2] 434/13 434/17
learn [6] 529/24 530/3 530/21 530/24
531/4 531/7
learned [8] 448/7 490/1 531/5 544/4
544/8 546/13 547/10 548/7
learning [5] 529/3 529/5 529/7 529/8
531/5
learnings [1] 543/20
lease [5] 509/9 509/9 509/11 509/16
511/17
leaseholder [1] 555/8
LEASING [1] 423/8
least [8] 454/19 480/9 514/16 517/23
521/23 526/8 526/19 567/4
leave [2] 431/9 493/15
leaving [2] 449/8 450/5
LeBleu [1] 437/22
led [2] 453/9 543/24
Lee [1] 438/24
left [6] 450/15 495/1 500/5 500/6 500/6
549/16
legal [1] 554/23
Leger [2] 424/12 424/12
less [5] 490/13 494/17 564/12 565/8
565/9
lessee [2] 512/22 513/10
lessees [1] 512/17
lesson [1] 529/24
lessons [15] 489/1 529/3 529/5 529/8
529/9 530/3 530/21 530/24 530/25 531/4
531/5 544/3 544/7 546/13 547/10
let [31] 435/6 435/16 438/13 451/12
458/23 464/7 464/15 465/12 466/5
467/11 477/17 477/22 479/13 479/17
482/11 482/20 484/17 495/4 501/21
507/10 510/21 511/3 525/1 528/14 529/3
531/15 534/22 538/19 539/11 562/20
567/24
let's [28] 435/6 436/25 438/10 443/13
446/10 448/18 450/19 452/4 456/22
466/14 482/13 484/8 485/16 486/6 497/8
499/20 500/5 506/1 513/15 522/21 538/2
538/10 540/20 542/24 554/20 557/6
560/11 569/1
letters [1] 433/3
level [14] 443/9 443/16 448/21 451/7
464/11 464/14 466/24 508/23 549/18
551/2 553/17 554/2 561/9 562/2
levels [2] 436/16 436/16
Lewis [5] 424/5 426/18 428/7 428/11

448/14
lies [1] 490/24
like [35] 431/13 433/18 436/6 446/11
455/11 455/13 456/12 457/3 457/5 459/2
459/4 462/22 463/7 463/25 464/8 473/12
482/5 484/5 491/2 492/22 500/20 518/2
519/25 522/8 530/1 532/5 543/10 547/11
556/15 561/22 562/15 563/1 563/14
568/6 569/12
limine [2] 500/14 568/12
limit [3] 488/7 489/14 557/18
limited [4] 454/20 488/5 556/19
limits [3] 546/25 551/10 566/8
line [12] 435/7 436/3 446/10 479/18
491/20 496/25 506/14 536/23 539/21
542/4 550/2 562/2
line 10 [1] 479/18
line-level [1] 562/2
lines [4] 436/6 443/13 464/16 466/14
lineup [1] 568/4
Liskow [1] 426/18
list [13] 470/10 475/25 476/5 479/23
480/2 492/6 493/2 567/7 567/10 567/14
567/15 567/20 568/1
listed [4] 465/19 465/24 468/9 565/23
listen [1] 441/21
lists [2] 469/24 567/16
litigation [2] 426/3 487/5
little [8] 431/16 460/3 460/11 475/21
476/15 482/19 484/12 541/18
live [1] 564/24
living [1] 537/7
LLC [13] 423/19 423/22 424/2 424/18
426/15 427/5 427/6 427/9 427/12 427/16
427/20 427/22 428/14
Lloyd's [8] 455/6 456/3 456/6 456/12
456/15 458/3 458/4 458/13
LLP [8] 424/15 425/2 426/21 427/2 427/8
427/12 427/19 428/2
location [3] 474/7 536/13 561/15
logical [1] 562/15
long [14] 482/4 495/21 502/24 509/2
518/22 522/2 528/22 564/10 565/4
565/16 566/5 566/16 568/20 569/18
longer [3] 540/6 542/16 542/17
look [52] 433/17 433/19 437/4 437/22
438/10 440/20 443/13 446/10 447/13
447/16 450/19 452/4 456/22 458/6 465/7
466/1 466/14 467/11 468/15 469/24
471/1 471/21 473/17 474/2 474/14
475/13 475/24 476/3 476/14 477/3
478/12 479/13 479/13 480/23 481/11
482/11 485/16 486/6 495/4 495/8 497/8
499/20 500/5 515/19 524/17 526/15
538/2 539/5 540/20 554/20 558/9 561/23
554/24 547/14 548/15 551/1 551/11
551/25
looking [8] 442/18 451/14 456/15 464/22
465/10 466/6 470/9 497/24
looks [6] 436/5 446/11 470/22 537/3
537/14 543/10
Los [1] 427/14
loss [15] 450/6 464/6 465/13 465/17
466/7 466/12 466/17 468/9 468/11
515/12 515/13 536/5 545/17 545/21
558/25
losses [1] 439/18
lost [2] 444/12 463/20
lot [6] 548/16 554/25 558/23 560/18
566/2 566/15
lots [1] 548/17

**L**

loudly [1] 440/14
LOUISIANA [22] 423/2 423/6 423/21
423/24 424/7 424/13 424/20 424/23
425/4 425/10 426/11 426/12 426/13
426/15 426/17 426/20 427/7 427/18
427/24 428/16 428/19 570/4
low [3] 469/10 517/14 525/13
low-probability [1] 525/13
low-probability/high-consequence [1]
517/14
LUIS [1] 427/13
lunch [2] 460/6 482/9
LUTHER [1] 426/8

**M**

M-C-K-A-Y [1] 503/14
M-I [4] 428/14 493/11 493/12 567/22
Macondo [26] 435/15 438/1 438/15
442/24 443/1 449/3 452/19 463/19
466/11 474/11 474/11 506/21 509/8
509/9 510/23 511/15 515/9 515/16 516/2
516/5 522/3 531/3 532/6 534/10 555/9
555/23
mad [1] 445/8
made [18] 446/8 446/12 457/2 481/1
481/23 484/1 491/7 491/10 501/14
525/14 526/6 539/20 539/23 551/11
551/13 551/16 554/4 554/13
Magazine [1] 425/9
Mahtook [1] 427/16
mail [13] 436/11 437/14 437/17 440/9
446/4 448/7 450/24 451/9 452/4 495/4
495/6 495/13 495/15
mails [1] 445/19
Main [1] 425/3
maintain [3] 463/18 491/17 561/13
maintained [2] 472/19 479/6
maintenance [10] 441/15 471/5 474/21
475/8 475/11 479/25 481/5 481/15 483/8
483/14
major [25] 434/6 434/10 434/14 453/16
453/19 453/23 455/5 465/20 467/25
468/1 468/4 469/3 469/19 470/4 470/11
471/3 495/18 498/16 500/7 513/24
517/18 517/22 517/24 532/1 532/5
majority [12] 525/12 525/20
make [16] 431/19 437/12 439/11 442/2
445/22 446/18 451/14 457/11 471/22
480/10 493/25 507/10 531/7 559/17
565/10 569/16
makes [3] 449/5 507/18 551/21
making [7] 439/13 459/3 480/10 500/18
501/15 502/1 527/15
MALINDA [1] 425/24
man [3] 474/22 481/16 483/9
man-hours [2] 481/16 483/9
manage [10] 431/8 510/13 510/22 511/2
511/6 513/17 513/20 513/22 514/5 514/6
managed [11] 460/24 511/11 513/20
513/25 515/7 515/11 516/4 516/7 516/9
516/23 516/25
management [88] 434/24 456/1 456/16
466/24 467/25 490/3 498/13 498/19
498/19 498/24 498/25 502/12 502/14
513/25 514/4 514/7 515/5 515/8 518/1
518/10 518/11 518/14 520/10 521/17
521/24 525/24 529/5 530/11 531/20
531/22 531/24 532/4 532/7 532/17
532/19 533/14 533/17 534/1 534/9
534/11 534/13 534/16 534/23 535/1
535/9 536/1 536/3 540/12 541/2 541/6

541/9 541/11 541/15 546/15 546/22
547/4 548/1 548/2 548/4 548/5 548/9
549/6 551/8 551/15 551/22 553/9 553/25
557/21 558/15 558/18 558/22 559/8
559/18 559/23 559/23 559/24 560/2
560/3 560/9 560/16 560/17 560/23
560/24 561/4 561/9 561/20 561/24 562/1
562/5
management-related [6] 546/15 546/22
547/7 547/22 548/11 548/15
manager [2] 480/8 481/20
manages [1] 521/5
managing [6] 511/14 511/21 513/16
516/13 517/6 517/21
manner [1] 449/4
mantra [2] 531/10 531/13
many [9] 460/24 483/13 483/22 487/23
505/17 543/13 562/17 565/25 566/4
MAR [6] 469/5 469/14 470/5 498/16
499/1 499/14
March [16] 435/20 437/17 437/25 438/7
438/9 439/4 439/10 439/11 439/15 440/9
441/7 446/21 447/17 449/13 449/23
456/17
March 16 [1] 456/17
March 20 [1] 446/21
March 22 [1] 447/17
March 26 [3] 437/17 438/7 439/4
March 28 [2] 440/9 441/7
March 7 [1] 435/20
March 8 [5] 437/25 438/9 439/10 439/11
439/15
marine [6] 474/5 480/1 524/20 525/4
525/5 525/13
Mark [15] 435/21 436/24 451/11 451/13
451/20 488/14 549/24 550/5 550/17
550/23 550/25 551/7 551/8 551/11
568/17
Mark Bly [1] 568/17
marketing [1] 549/23 553/7
materials [2] 502/17 527/19
math [2] 565/15 565/19
matter [7] 468/8 491/3 491/3 492/18
566/25 568/3 570/7
matters [3] 430/22 484/24 517/3
MATTHEW [1] 426/23
may [27] 447/4 458/24 484/3 484/3
491/24 494/16 507/15 514/3 514/4
517/17 519/25 526/17 526/20 529/17
530/7 530/8 530/11 530/13 530/16
540/15 543/13 548/4 552/16 552/20
563/4 566/6 566/9
maybe [8] 443/25 454/20 472/20 478/8
524/5 564/14 566/20 567/23
MAZE [1] 426/8
McCLELLAN [1] 425/22
McKay [2] 503/3 503/4 503/7 503/9
503/13 503/17 505/14 515/18 526/1
532/13 537/23 539/12 540/15 542/25
555/6 561/20 562/23 563/10 563/24
564/1 564/9 569/7
McKinney [1] 428/5
MD [1] 423/4
me [50] 435/6 435/16 450/3 451/12
451/25 455/12 458/23 464/7 464/15
465/12 466/5 467/9 467/11 467/13
467/19 476/3 477/17 479/13 479/17
482/11 482/20 484/17 491/23 492/5
492/10 492/11 492/17 493/24 495/4
501/12 507/10 510/21 511/4 512/4
512/13 525/1 527/24 528/14 529/3
531/15 533/6 534/23 538/19 539/11
544/14 559/21 562/7 562/20 565/16

567/8
567/11 469/14 483/19 485/11 546/21
554/8 569/8
meaning [1] 528/23
means [3] 477/2 512/5 535/21
meant [1] 569/11
measurable [1] 502/13
mechanical [3] 428/24 463/4 553/21
mechanically [1] 475/20
mechanisms [2] 537/1 537/12
meeting [8] 438/12 438/14 441/4 441/20
447/18 456/17 484/21 522/5
meetings [1] 480/13
member [4] 540/21 550/18 551/6 551/7
members [3] 436/25 439/2 484/21
membership [1] 549/13
men [4] 439/10 447/22 559/11 561/4
mentally [1] 450/18
mention [5] 500/24 551/21 553/9 553/24
556/25
mentioned [17] 430/13 430/18 431/22
433/24 442/12 505/9 524/5 545/12 556/8
556/11 556/12 556/15 556/21 557/5
557/14 557/15 557/20
mentions [1] 432/19
merged [1] 523/8
merger [3] 522/9 522/10 522/14
message [2] 431/14 439/9
met [1] 563/14
MEXICO [36] 423/5 432/23 433/18
434/21 435/3 435/11 438/12 438/20
465/8 465/14 466/1 467/16 467/21
468/22 473/6 484/20 489/4 490/8 491/12
496/8 496/14 496/16 496/20 497/3
499/17 500/7 504/23 506/2 506/10
506/18 507/12 507/13 531/2 533/24
534/5 537/21
MICHAEL [2] 425/12 427/12
MICHELLE [1] 425/23
microphone [1] 431/16
might [9] 443/10 443/18 482/11 497/23
501/24 527/13 562/25 566/16 566/17
MIKAL [1] 424/15
MIKE [2] 427/3 566/12
MILLER [3] 427/6 563/13 564/3
million [2] 489/7 490/9
mind [2] 433/17 566/10
minded [3] 433/15 440/4 480/21
mindedness [5] 437/15 443/6 443/11
443/18 476/11
Mineral [1] 434/24
minimize [1] 531/8
minute [8] 443/23 458/23 467/14 482/14
491/23 562/14 564/21 564/22
minutes [7] 449/25 457/24 493/15
493/20 494/18 564/16 565/12
misinterpretation [1] 554/12
misinterpretations [1] 554/4
missed [4] 458/20 463/19 524/6 562/9
mistakes [1] 452/20 554/4
mitigate [2] 471/2 514/8
mitigation [6] 468/16 515/15 516/12
516/17 516/21 517/16
mitigations [2] 470/23 471/2
Mitsui [1] 509/14
MMS [5] 435/4 435/11 472/16 512/8
512/14
mobile [2] 424/4 540/13
mode [1] 487/16
model [1] 485/19
MODU [2] 463/7 464/8
MODUs [4] 468/23 473/9 473/13 496/17
Monday's [1] 438/14

## M

money [3] 431/9 431/13 509/20
monitor [1] 536/18 536/21 537/5 537/7 558/12 558/13 559/16 561/16
monitoring [8] 472/1 539/14 561/12 561/14 561/19 561/21 561/23 562/3
Montgomery [1] 426/10
month [2] 431/1 565/17
months [2] 547/16 565/19
more [23] 438/16 443/10 443/17 451/22 454/25 460/11 462/24 464/12 470/20 474/21 475/22 482/19 491/12 507/21 507/22 525/7 534/23 543/25 546/10 548/3 548/5 564/7 565/12
Morel [1] 438/23
Morgan [1] 428/14
morning [10] 430/14 430/18 430/21 431/19 433/24 438/4 445/19 465/4 562/8 564/9
most [6] 463/9 464/10 464/18 492/5 513/22 544/21
Mostly [1] 505/19
motion [1] 500/14
motions [2] 568/11 568/12
move [7] 457/21 461/25 461/25 463/22 482/5 482/12 569/2
moving [2] 430/15 435/14
Mr [2] 430/4 497/22
Mr. [71] 431/16 454/21 461/14 461/22 482/3 484/17 484/18 485/6 485/16 486/4 488/14 492/23 493/16 493/19 494/9 494/15 494/25 495/4 495/5 495/6 495/6 495/7 495/7 497/5 497/10 497/18 498/2 498/2 498/4 498/5 498/6 498/6 499/16 500/2 502/4 502/23 503/3 503/4 503/7 505/14 515/18 519/21 526/1 532/13 537/23 538/8 539/12 540/15 542/7 542/25 549/16 549/16 552/5 552/9 553/4 555/6 561/20 562/23 563/10 563/24 564/1 564/3 564/9 564/21 564/22 565/8 565/11 565/23 566/16 567/23 569/7
Mr. Baxter [1] 549/16
Mr. Bea [3] 431/16 502/23 565/23
Mr. Bly [4] 549/16 552/5 552/9 566/16
Mr. Brian [1] 494/9
Mr. Brock [7] 454/21 461/22 482/3 493/19 497/5 565/11 567/23
Mr. Cunningham [5] 492/23 493/16 494/15 502/4 538/8
Mr. Cunningham's [1] 565/8
Mr. Dudley [2] 519/21 553/4
Mr. Guide [5] 495/5 495/6 495/7 499/16 500/2
Mr. Haywood's [1] 564/21
Mr. John [2] 497/10 542/7
Mr. Lacy [3] 498/2 498/4 498/6
Mr. Lacy's [2] 498/4 564/22
Mr. Mark [1] 488/14
Mr. McKay [19] 503/3 503/4 503/7 505/14 515/18 526/1 532/13 537/23 539/12 540/15 542/25 555/6 561/20 562/23 563/10 563/24 564/1 564/9 569/7
Mr. Miller [1] 564/3
Mr. O'Bryan [3] 497/18 498/2 498/6
Mr. Shaw [3] 484/17 485/6 486/4
Mr. Shaw's [1] 485/16
Mr. Sims [4] 494/25 495/4 495/6 495/7
Mr. Vidrine [1] 461/14
Mr. Williamson [1] 484/18
much [5] 470/20 478/15 490/13 507/8 565/12
mud [1] 462/16

mud/gas [1] 462/16
multiple [1] 521/22
Munger [1] 427/12
must [6] 481/3 513/3 513/5 515/10 516/4 559/21
my [31] 442/10 445/21 445/23 446/17 449/12 450/24 460/6 470/6 470/9 483/2 500/23 503/13 504/16 508/10 508/13 518/21 519/6 539/1 540/23 542/5 545/4 546/4 557/17 559/5 559/13 563/1 563/23 567/10 568/8 569/8 570/5
myself [2] 508/17 565/6

## N

name [5] 438/14 503/11 503/13 503/17 567/3
named [1] 518/14
names [3] 440/25 440/25 567/18
NASA [1] 442/15
NATHANIEL [1] 425/19
Natural [1] 425/16
necessarily [5] 467/4 507/8 553/6 557/17 560/10
necessary [1] 513/5
need [4] 447/25 450/20 483/14 566/3
needed [2] 477/21 520/7
needs [2] 503/5 565/5
negative [9] 457/7 459/3 554/12 555/10 555/17 555/22 555/25 556/2 556/11
negligent [1] 556/3
negligently [1] 555/24
Neil [1] 484/14
Neumeyer [1] 440/10
never [4] 485/7 523/1 524/25 528/19
new [18] 423/6 423/24 424/7 424/13 425/10 426/17 426/20 427/7 427/24 428/19 440/6 442/24 452/17 452/18 460/18 465/2 475/17 518/17
next [10] 433/22 441/9 447/18 452/4 503/2 526/15 555/20 561/1 561/12 564/18
nice [1] 445/21
night [2] 542/22 555/14
Ninth [1] 424/22
no [89] 431/2 432/6 434/12 434/16 434/18 435/13 436/7 448/7 454/6 454/8 454/8 460/8 460/9 460/22 461/2 467/18 476/19 481/25 482/2 484/16 485/15 490/7 492/9 493/9 493/12 496/18 497/14 499/13 502/19 502/22 505/13 506/24 508/17 517/6 517/7 517/7 518/19 518/21 519/19 520/17 520/19 521/14 522/8 522/21 522/25 524/25 526/2 526/7 526/10 526/10 527/24 528/9 528/13 528/20 533/23 534/8 534/9 539/7 539/20 539/20 539/22 540/6 540/7 541/14 541/17 542/4 542/16 542/17 545/10 546/8 546/25 547/4 547/9 551/21 551/23 552/4 552/22 553/7 553/9 554/1 558/19 559/4 559/10 559/10 560/10 561/11 562/16 569/6
nodding [1] 460/3
nomenclature [2] 523/17 523/19
none [2] 472/24 567/17
NONJURY [1] 423/14
nonmarine [1] 524/20
nonprivileged [1] 487/1
Norfolk [1] 427/20
North [4] 426/12 504/5 504/6 505/3
North America [2] 504/5 504/6
not [216]
notches [1] 460/11
note [10] 435/20 436/24 437/22 438/5

440/20 449/18 451/14 462/8 475/14
noted [3] 475/14 544/10 554/11
nothing [1] 431/12
notice [1] 568/11
notion [2] 443/8 443/15
now [72] 430/15 432/22 435/14 436/11 437/17 437/25 438/5 438/7 442/6 443/23 444/24 447/19 447/23 448/18 450/23 451/2 452/17 452/18 453/12 453/22 455/20 456/15 458/10 458/18 460/18 462/22 466/1 466/7 467/3 467/7 467/10 467/12 469/1 471/10 473/8 474/25 478/4 480/17 481/14 482/4 482/20 482/23 484/8 486/19 488/4 488/14 489/12 490/1 495/17 496/24 497/22 501/17 504/18 508/21 509/8 519/20 519/25 527/17 535/10 540/9 546/10 548/9 553/3 556/23 563/5 563/11 563/24 565/10 565/16 565/17 565/19 567/19
number [14] 434/5 434/9 434/13 454/12 465/22 485/24 491/14 492/3 526/11 553/3 553/6 567/10 567/23 568/1
numbers [1] 489/16
numerous [1] 487/9
NW [1] 427/3

## O

O'Bryan [4] 497/18 498/2 498/6 542/13
O'Keefe [1] 423/23
O'ROURKE [1] 425/17
object [7] 454/1 457/17 457/21 498/9 538/5 539/6 554/21
objection [23] 454/24 458/16 459/5 459/9 459/14 462/1 463/10 464/4 469/11 469/17 501/7 502/3 502/20 512/9 515/17 521/1 522/24 524/3 527/22 538/15 539/1 539/8 556/24
objections [2] 461/21 462/18
objective [5] 545/15 545/18 545/19 550/20 550/25
objectives [1] 441/19
obligations [1] 558/8
observations [1] 463/23
obviously [3] 438/9 442/13 515/13
occur [4] 444/16 477/9 491/18 513/21
occurred [9] 432/17 474/13 490/24 509/3 524/8 532/6 532/9 542/22 543/14
occurrences [1] 525/10
occurs [3] 491/19 492/17 506/24
October [1] 483/17
October 15 [1] 483/17
off [15] 445/21 446/17 449/8 449/15 450/4 450/9 450/15 451/8 451/9 452/8 456/25 461/14 481/6 491/11 494/25
offered [1] 493/3
office [7] 423/20 425/19 425/25 426/13 427/17 479/23 561/14
officer [1] 528/16
Official [3] 428/18 570/2 570/11
offshore [8] 427/6 427/9 427/12 427/16 427/20 441/13 508/15 525/7
often [2] 479/24 517/18
Oh [1] 546/9
oil [18] 423/4 423/4 434/6 434/10 434/13 434/14 434/17 440/3 443/10 443/17 506/17 510/3 512/14 518/17 527/5 527/5 529/22 555/13
OIM [1] 441/15
okay [24] 430/12 430/15 445/17 450/20 451/12 454/24 460/1 462/1 463/1 465/2 465/5 474/16 482/6 483/14 484/1 484/10 488/9 489/4 490/2 502/3 506/4 511/5

okay... [2] 564/2 568/8
Olson [1] 427/12
OMS [44] 433/11 496/12 496/20 496/25
497/2 497/11 497/20 498/5 498/20
518/14 531/15 532/20 532/21 532/24
533/8 533/9 533/12 533/15 533/20
533/22 533/24 534/2 534/7 534/14
534/18 534/25 535/5 535/7 535/8 535/14
535/16 535/22 536/12 536/16 537/14
540/9 540/11 541/9 541/19 541/22
541/22 541/24 541/25 548/6
on [249]
on/21 [1] 456/25
once [7] 461/18 480/9 480/9 491/7
506/24 517/5 539/19
one [67] 431/3 432/8 433/10 433/11
435/16 437/13 437/23 438/2 444/1 445/4
450/20 453/18 454/25 456/8 458/2
458/10 459/23 461/21 462/24 464/12
465/1 465/2 465/13 466/6 467/14 471/14
472/20 474/25 479/14 483/12 485/24
488/9 488/12 489/17 491/23 494/1 494/2
494/2 504/22 505/2 505/8 515/12 516/23
517/24 520/12 520/24 529/12 530/8
530/13 532/6 533/2 534/23 537/9 539/4
539/18 540/22 551/24 552/2 554/12
556/12 556/13 556/17 557/20 558/9
563/4 566/20 569/12
ongoing [1] 544/1
only [17] 490/21 493/17 493/25 500/7
501/12 508/7 508/11 509/20 510/5
520/15 525/23 526/3 529/8 556/8 560/16
563/4 565/21
onshore [4] 435/24 455/6 498/25 508/15
open [1] 501/22
operate [1] 534/13
operating [38] 468/23 471/11 475/20
486/3 498/24 498/25 505/11 505/12
506/14 512/18 512/24 513/11 518/10
518/14 519/7 520/4 531/24 532/17
533/11 533/17 534/9 534/11 534/23
536/11 536/15 536/24 537/10 539/21
541/9 541/11 541/14 542/11 549/5
549/13 549/20 550/2 550/18 551/2
operation [6] 449/3 505/5 509/21 510/10
520/5 537/12
operational [9] 452/1 529/17 530/7
530/12 548/6 552/10 552/15 553/22
560/13
operations [39] 433/7 434/19 444/20
451/11 451/20 461/4 468/3 475/15
476/16 476/23 477/23 486/17 487/16
496/7 504/25 505/10 506/18 507/23
510/16 511/25 512/15 513/21 514/9
527/10 536/18 536/21 536/25 537/2
537/18 539/14 549/24 550/2 550/5 550/6
550/10 552/13 560/19 561/8 561/14
operator [15] 471/11 471/14 472/3
472/13 509/9 509/10 511/17 511/24
513/1 513/11 516/7 516/10 516/23 517/1
555/8
operators [7] 434/20 435/3 435/10 473/5
510/11 512/18 540/14
opine [1] 548/13
opined [1] 454/2
opinion [7] 459/7 459/15 484/2 496/4
502/16 559/5 559/5
opinions [4] 454/10 454/20 454/23
521/11
opportunity [6] 478/13 494/6 494/21
500/20 562/8 568/6

opposed [2] 507/12 562/2
oppositional [1] 516/6
optimistic [1] 564/10
optimize [1] 472/8
or [107] 432/15 432/25 433/18 433/24
434/5 434/9 435/2 435/9 436/5 438/18
440/16 444/5 446/21 448/10 448/21
451/7 451/8 451/25 452/23 453/1 454/22
455/12 457/22 460/15 464/17 467/11
469/21 470/16 472/19 479/19 481/14
486/3 486/7 488/1 488/9 495/6 495/22
497/5 498/12 498/15 499/1 507/15
510/21 511/6 512/5 512/13 515/12
515/19 515/23 520/10 520/20 521/7
523/11 523/11 523/11 523/15 523/16
524/23 524/24 525/22 526/12 526/15
527/12 527/18 527/18 528/15 528/16
528/24 529/1 529/17 530/17 530/22
531/5 533/3 533/6 533/23 534/8 534/9
535/22 536/3 536/12 536/23 537/13
539/4 539/11 540/9 541/17 546/21
546/24 547/7 548/13 551/12 551/16
551/25 551/25 552/20 552/21 555/21
561/14 561/17 563/25 564/17 565/8
566/11 567/1 567/18 568/21
oral [1] 543/5
order [17] 494/3 494/4 529/24 544/11
557/24 558/4 558/5 558/9 559/6 559/20
560/8 563/17 567/7 567/10 567/18 568/9
569/2
organization [14] 436/21 440/1 468/4
468/12 520/3 521/5 526/19 536/23
537/10 537/11 548/5 548/6 552/7 552/14
organizational [3] 522/22 524/22 525/16
organizations [4] 437/12 447/14 525/21
549/21
organized [2] 537/18 537/19
original [1] 443/1
Orleans [10] 423/6 423/24 424/7 424/13
425/10 426/17 426/20 427/7 427/24
428/19
other [40] 436/25 445/16 464/1 466/16
473/5 473/13 475/10 477/16 487/23
488/5 489/22 492/24 498/25 499/2
503/23 520/7 525/4 528/2 528/4 530/8
530/13 530/21 533/3 537/14 540/7
548/17 548/17 556/14 556/14 556/20
556/20 556/21 557/14 561/14 563/16
565/20 567/1 567/16 568/14 568/15
others [16] 437/18 437/23 438/25 440/22
452/22 465/23 488/2 509/13 519/16
530/25 554/13 556/2 556/16 556/17
557/15 562/14
otherwise [1] 477/16
ought [1] 565/18
our [48] 438/5 441/9 444/7 451/21 454/9
469/14 476/15 482/20 485/2 485/24
486/19 492/4 511/23 518/10 518/10
521/5 528/3 531/4 531/5 531/24 532/17
532/18 533/15 533/17 533/18 533/18
533/24 534/11 534/24 536/23 539/14
541/11 544/2 544/3 544/3 547/9 554/11
558/8 559/16 559/17 564/6 566/18
566/22 568/1 568/4 569/3 569/5 569/16
ourselves [2] 531/9 553/13
out [48] 432/24 436/17 444/1 445/15
445/22 446/18 447/4 447/4 447/6 447/19
447/24 451/23 463/20 474/1 474/18
475/5 475/7 475/10 478/5 480/24 482/22
483/23 491/17 500/5 500/25 501/25
509/21 510/3 513/8 529/19 538/23 545/5
545/7 545/9 545/10 545/22 546/19
547/18 553/16 553/17 555/3 563/17

565/16 567/5 567/9 567/12 567/13
569/11
out-of-pocket [1] 491/17
out-of-service [1] 475/5 475/7
outside [8] 520/7 530/5 530/22 538/7
539/3 539/5 543/24 556/25
over [18] 434/6 434/10 434/21 441/24
445/10 445/11 460/9 469/20 483/16
484/8 486/11 487/12 490/12 497/12
519/22 536/9 540/3 566/22
overall [5] 511/14 513/16 534/14 537/16
550/4
overboard [1] 462/16
overdue [4] 474/20 481/15 483/7 483/14
overlap [1] 568/4
overly [2] 457/12 564/9
overnight [1] 562/9
overrule [6] 458/16 464/4 469/17 501/7
502/3 539/7
Overruled [5] 502/21 512/11 516/15
521/3 527/23
oversight [1] 560/13
overwhelming [1] 456/24
own [16] 431/13 463/24 509/15 509/15
513/16 530/4 532/17 532/18 533/19
534/12 537/1 537/8 546/5 560/19 560/19
568/9
owned [13] 465/24 468/1 468/10 468/22
496/17 499/4 499/6 509/11 509/11
533/18 534/16 540/10 561/17
owner [5] 512/24 513/11 516/7 516/10
555/10
owner/operator [1] 516/10
owners [1] 512/18

**P**

p.m [1] 555/22
P36 [1] 525/7
page [41] 429/2 431/22 435/7 443/13
443/14 444/1 446/10 463/16 463/17
466/14 467/19 469/2 469/13 470/9 486/7
486/11 499/17 499/20 524/19 526/15
526/16 538/2 538/13 538/23 539/4 539/5
540/18 540/20 554/18 554/20 555/20
558/2 558/9 559/20 559/21 559/21
560/11 560/12 561/1 561/12 561/12
page 21 [1] 469/13
page 8 [2] 559/20 560/12
page 9 [1] 538/2
paid [3] 500/16 509/23 520/12
Palmintier [1] 425/2
panel [10] 500/14 500/15 500/16 500/16
500/19 500/21 500/23 500/24 501/6
502/2
pants [1] 449/2
paragraph [8] 432/2 500/12 500/13
500/25 501/3 501/25 538/14 555/3
paranoia [1] 448/23
part [35] 443/6 443/11 443/19 444/5
480/1 491/1 494/22 497/14 498/22
499/21 507/15 507/23 507/24 508/5
511/25 512/5 515/5 515/7 524/6 524/18
534/2 534/14 534/14 534/25 535/16
543/9 545/24 546/3 547/8 548/20 549/10
557/25 558/8 559/20 566/25
partial [1] 513/18
partially [1] 511/9 513/13 513/15
participate [1] 435/24
participated [1] 487/16
particular [5] 437/2 444/18 455/6 547/1
569/10
parties [3] 488/5 565/25 567/17
partly [1] 511/9

**P**

partners [2]  509/22 510/2
partnerships [1]  509/13
parts [2]  499/3 533/9
parts.' [1]  480/4
party [5]  532/25 560/14 560/22 563/15 569/10
party's [1]  567/7
passed [1]  483/5
past [10]  434/7 434/10 434/14 434/21 505/21 519/12 520/8 529/3 529/6 548/24
Pat [1]  542/13
patience [1]  492/1
pattern [1]  540/25
PAUL [7]  424/6 440/22 475/15 478/17 480/8 480/23 569/2
pay [1]  519/25
pays [1]  491/11
PC [3]  424/9 428/7 428/11
peaceful [1]  445/21 446/17
Pennsylvania [1]  427/3
people [21]  487/20 495/14 495/22 509/23 510/25 521/7 521/7 525/4 525/14 536/10 543/25 548/16 548/18 552/14 557/20 558/23 560/18 560/19 561/8 562/17 567/25
per [1]  476/14
percent [8]  480/3 480/3 483/19 483/20 483/21 489/8 489/11 524/21
percentage [1]  480/2
percipient [1]  566/14
perfectly [1]  569/11
performance [16]  430/17 431/21 431/23 433/18 435/3 435/10 438/19 439/13 441/4 441/25 442/1 442/3 490/3 500/8 500/9 525/22
Performanzfest [1]  486/9
performed [7]  444/6 461/2 469/6 473/19 474/5 555/11 555/22
performing [1]  439/12
period [10]  441/24 461/11 469/21 475/5 475/7 487/19 489/9 495/17 501/16 523/13
permission [1]  450/13
person [7]  448/7 448/7 478/17 479/3 498/5 519/20 537/16 537/17
personal [3]  432/7 442/1 442/20
personnel [4]  463/18 481/2 487/14 554/2
perspective [1]  530/21
pertaining [1]  544/19
pertinent [1]  513/21
pervasive [1]  458/21
PETITION [1]  423/8
petroleum [3]  504/18 508/18 508/19
phase [1]  477/16
PHILLIP [1]  427/23
phone [1]  436/3
phonetic [1]  525/6
piece [3]  520/4 551/1 552/13
Pigman [1]  427/22
pilot [1]  529/17
Pinky [1]  438/13
place [9]  430/22 469/9 470/23 471/2 472/13 486/16 491/24 522/9 534/15
places [4]  508/15 517/1 517/2 548/17
plaintiff [1]  564/18
plaintiffs [14]  423/18 423/22 424/2 424/5 424/8 424/12 424/15 424/18 424/21 425/2 425/5 425/8 503/2 566/18
plaintiffs' [1]  566/24
plan [22]  451/22 466/2 467/16 468/16 468/22 478/5 510/24 515/15 516/12

516/17 516/21 563/24 563/25 564/1 565/12 565/15 566/1 567/25 567/25 569/14 569/15
planned [2]  443/1 474/21
planning [7]  510/9 510/12 510/18 511/9 511/12 517/2 562/22
play [1]  564/20
PLC [4]  426/20 426/23 427/4 504/7
plea [11]  511/23 512/6 512/7 554/11 554/15 554/22 556/21 557/19 557/25 559/7 559/16
please [20]  432/2 434/8 435/18 439/19 440/7 443/7 444/1 450/21 453/12 460/19 467/20 469/1 470/6 482/17 489/19 494/16 503/8 503/12 523/2 540/18
pleased [1]  480/25
pled [3]  554/5 554/9 557/12
plenty [1]  553/10
plus [1]  479/20
pocket [1]  491/17
point [15]  431/19 433/7 446/22 489/25 493/25 506/14 508/1 512/4 512/8 541/25 548/21 549/2 549/15 562/15 565/16
pointing [1]  513/8
points [3]  432/25 433/10 502/18
policy [2]  456/23 467/25
poorly [1]  460/24
portion [2]  494/24 500/18
portions [1]  463/22
position [15]  469/14 481/7 485/10 498/2 498/4 498/7 505/7 505/20 539/19 539/21 542/9 542/15 542/17
positive [2]  439/9 448/9
possibility [1]  506/17
possible [5]  481/5 488/18 492/21 506/8 568/19
possibly [1]  523/18
Post [5]  423/20 425/19 425/25 426/13 427/17
potential [6]  432/10 437/1 465/19 466/8 468/4 468/18
potentially [2]  458/21 530/6
potentials [1]  432/9
PowerPoint [1]  458/11
Poydras [4]  424/6 426/19 427/6 428/19
practicable [1]  469/10
practice [3]  495/9 495/10 548/9
practices [1]  533/18
practicing [1]  451/22
precautions [1]  513/5
precedent [1]  493/21
predictability [2]  506/24 507/1
prepared [1]  436/16
presence [1]  539/5
present [1]  492/6
presentation [3]  458/11 494/3 494/4
presented [2]  491/21 500/17
president [13]  504/2 504/7 508/2 519/4 520/20 521/20 528/15 539/13 540/2 552/10 552/17 552/18 552/23
pressure [8]  461/20 554/12 555/11 555/17 555/22 555/25 556/2 556/11
Presumably [1]  543/10
presume [1]  548/18
prevent [7]  517/25 518/2 518/13 529/24 532/5 532/12 559/12
prevented [1]  529/15
preventer [1]  560/21
preventers [1]  560/14
preventions [3]  470/23 471/2 471/5
previous [1]  483/22
previously [1]  436/17
Pride [1]  441/17

primary [5]  515/13 536/5 545/17 545/21
prime [1]  461/15
principal [1]  498/21
printout [1]  479/22
prior [5]  461/3 501/23 539/2 545/12 555/11
priority [3]  483/15 483/22 485/25
privilege [1]  487/2
probability [2]  517/14 525/13
probably [12]  448/13 520/11 523/15 523/17 541/6 550/5 560/7 560/20 565/9 566/15 567/3 568/25
problem [2]  460/14 527/13
problems [2]  436/3 530/19
procedure [1]  558/25
procedures [8]  514/11 529/9 532/8 533/18 534/12 534/24 558/15 559/18
proceed [2]  430/10 564/2
proceedings [3]  428/24 569/23 570/6
process [103]  432/12 432/20 442/14 442/17 442/22 447/23 448/6 453/16 453/19 454/3 455/5 457/15 458/18 458/21 461/13 462/10 462/20 462/24 463/4 463/9 464/6 464/10 464/19 470/14 470/17 470/19 470/20 471/3 473/18 477/14 481/10 487/15 495/19 495/23 496/6 498/13 499/1 499/10 502/7 502/9 502/14 514/19 514/23 514/25 515/2 515/7 517/13 517/15 517/20 517/21 517/24 518/2 518/4 518/17 519/1 519/5 519/8 519/10 519/12 519/13 519/17 519/19 519/25 520/2 520/3 520/8 520/9 520/18 520/24 520/25 521/6 521/24 522/3 522/7 527/20 527/25 528/7 529/5 529/21 530/12 530/20 531/23 531/24 532/1 532/5 534/14 534/14 536/1 536/4 536/6 545/15 545/19 545/21 545/23 558/10 558/12 558/14 558/22 558/25 559/1 559/7 559/16 559/17
processes [7]  453/24 514/10 521/12 529/8 532/8 533/14 534/11
produce [1]  491/8
produced [1]  433/25
producing [1]  467/25
production [26]  423/10 426/19 426/19 426/22 426/22 427/3 427/3 489/10 489/18 490/17 490/20 490/21 490/24 491/2 491/2 491/5 491/11 491/12 491/15 491/19 503/22 505/8 519/22 527/6 549/22 553/5
Professor [2]  457/20 463/24
Professor Bea's [1]  463/24
program [5]  451/13 451/20 479/1 479/2 479/3
programs [1]  521/12
progress [8]  479/11 480/10 480/14 480/15 500/19 501/13 501/16 502/1
progressed [2]  432/6 432/19
prohibit [1]  500/14
prohibiting [1]  569/9
promise [1]  493/20
promoted [7]  552/6 552/7 552/9 552/20 552/21 553/1 553/2
promotion [1]  552/12
proper [1]  463/18
proponent [1]  496/19
proportion [1]  507/3
propose [4]  563/14 563/17 563/19 569/5
prospect [1]  474/8
protection [4]  471/12 472/20 472/25 473/6
protocols [1]  547/9

prove [1] 469/15
provenance [1] 523/10
provide [3] 489/21 525/21 558/14
provided [6] 477/4 478/1 478/9 502/6
555/23 558/21
providing [1] 510/6
prudent [2] 471/11 472/3
PSC [2] 563/14 567/19
PSC's [2] 492/14 492/17
public [1] 557/5
publications [1] 528/12
published [8] 487/3 487/7 523/22 524/24
526/8 526/11 528/22 529/1
pull [14] 430/19 431/16 440/7 444/1
445/1 445/15 461/7 479/17 482/22
487/24 500/5 500/11 555/3 558/2
pulled [3] 432/24 500/25 501/25
pulling [1] 524/17
pumps [2] 461/14 461/19
purely [2] 452/1 530/10 530/15
purpose [1] 469/8
purposes [1] 563/5
pursue [1] 454/18
push [2] 443/9 443/17
put [17] 433/3 433/20 446/5 458/1
471/12 480/2 483/2 489/22 492/25
501/17 527/2 528/25 541/1 541/7 541/8
548/8 566/8
PWD [1] 436/5

Q
qualification [1] 447/4
quality [1] 481/1
question [38] 433/22 434/8 435/8 439/19
442/2 442/4 442/10 443/7 457/21 458/24
462/11 462/25 464/7 465/12 466/15
467/7 470/9 479/18 484/18 485/20
489/19 495/18 507/21 510/21 511/4
512/10 515/24 516/2 516/22 526/22
532/23 534/4 534/9 540/23 546/4 563/4
563/10 563/23
questioning [3] 557/8 569/10 569/16
questions [31] 433/24 434/1 434/4
447/18 447/20 447/25 457/22 459/25
462/23 465/5 470/7 491/25 493/8 493/9
493/12 493/16 493/18 498/12 498/15
502/22 505/21 555/2 562/9 562/16
562/23 562/25 563/21 563/21 564/5
564/7 569/6
quibbling [2] 535/10 535/21
quick [1] 488/17
quicker [1] 455/3
quickly [2] 482/12 488/24
quite [4] 482/9 505/14 505/21 510/1
quote [6] 445/11 449/18 497/1 497/4
497/10 497/18
quoted [1] 430/21
quotes [1] 501/10
quoting [1] 497/1

R
RACHEL [2] 425/18 427/9
Rainey [3] 437/18 438/23 439/4
raised [2] 484/9 492/10
raises [1] 458/18
range [1] 489/7
ranking [1] 555/15
rat [2] 567/11 567/12
rate [1] 437/8
rather [6] 436/21 440/3 443/9 443/17
495/7 507/19

rathole [1] 436/17
re [3] 492/7 499/25
reach [1] 443/1
reached [3] 452/11 455/7 544/1
reaching [3] 447/24 474/25 481/18
reactive [1] 525/23
read [42] 438/21 476/20 488/14 495/14
512/13 512/20 516/19 516/20 519/5
519/7 519/9 519/11 519/13 519/15
519/15 520/17 521/4 521/7 521/8 521/15
521/23 522/1 524/24 527/18 527/25
528/2 528/3 528/3 528/4 528/5 528/10
533/5 533/6 533/6 539/16 551/19 555/1
555/6 555/18 556/5 556/10 568/11
reading [6] 463/16 483/2 519/19 526/3
528/12 539/11
ready [1] 430/10
real [2] 529/18 561/13
real-time [1] 561/13
reality [1] 542/6
really [7] 433/10 481/3 495/7 547/4
566/4 566/5 567/25
reason [4] 476/19 510/5 528/25 568/8
reasonable [4] 515/1 567/24 568/7
568/10
reasonably [1] 469/10
reasons [2] 490/1 494/9
rebut [1] 500/20
recall [26] 440/16 444/5 446/15 456/21
459/22 462/6 462/9 475/9 480/15 481/21
485/9 494/24 495/19 495/25 496/14
497/5 499/18 499/24 519/19 522/8 526/3
528/12 532/22 540/15 540/21 554/1
receive [2] 509/20 515/20
received [4] 487/9 509/24 509/24 510/2
recent [2] 438/15 548/24
recently [3] 518/20 525/7 554/5
recess [2] 482/14 482/16 562/19 562/20
recognitions [1] 438/13
recognize [3] 440/25 514/22 566/1
recognized [4] 438/14 439/14 509/4
534/2
recognizes [4] 532/18 533/17 533/19
534/25
recognizing [2] 468/11 470/21
recollection [1] 435/7
recommendation [1] 479/7
recommendations [6] 500/19 502/1
547/18 547/18 548/2 558/14 558/21
559/17
reconstructed [1] 450/17
record [9] 434/19 434/20 455/1 466/10
471/15 479/19 479/19 503/12 570/6
recorded [1] 428/24
recross [1] 494/12
red [1] 458/18
Redden [1] 428/2
redirect [6] 494/2 494/12 494/15 494/19
564/6 564/7
redrilled [1] 447/3
reduced [3] 431/1 437/8 489/5
reduction [2] 489/8 489/13
redundant [1] 471/8
refer [7] 439/12 445/4 445/8 448/22
481/15 501/6 528/7
reference [7] 455/25 465/22 475/17
481/14 500/13 500/15 526/16
referenced [3] 489/6 492/4 501/16
references [3] 454/12 522/17 538/6
referred [7] 442/8 442/21 455/17 457/25
492/24 500/15 545/14
referring [7] 446/16 450/6 450/10 455/20
469/19 529/21 556/14

refers [7] 441/20 457/18 458/5 466/2
457/5/14 537/33/56
refining [2] 549/23 553/7
reflected [1] 447/23
reflects [4] 436/24 448/3 466/12 477/13
refresh [1] 435/7
refused [1] 463/18
REGAN [1] 426/23
regard [1] 479/5
regarding [3] 489/21 496/12 560/13
regardless [1] 445/20
register [6] 455/7 456/15 466/11 468/2
506/14 506/15
registers [3] 468/2 506/9 509/7
regular [2] 445/20 480/8
regulations [2] 512/8 512/14
regulators [1] 544/3
regulatory [2] 539/15 539/23
reinforcement [1] 447/13
relate [2] 458/12 489/17
related [8] 447/10 451/24 546/15 546/22
547/7 547/22 548/11 548/15
relates [2] 458/14 477/21
relating [4] 456/24 475/2 481/15 501/18
relation [3] 528/19 544/17 556/11
relationship [3] 447/22 497/22 527/20
relationships [1] 465/23
relative [1] 466/10
release [3] 463/8 464/9 464/18
reliability [3] 436/20 437/11 440/1
reliable [6] 433/7 447/14 486/17 514/9
527/10 536/25
relies [1] 535/25
relieve [1] 512/2
remaining [1] 438/19
remarks [5] 449/8 450/4 450/9 450/15
495/1
remember [13] 430/23 433/1 433/4 434/1
439/20 445/6 445/13 446/24 450/23
450/24 522/5 523/15 523/18
renamed [1] 552/15
Rentals [1] 431/1
reopen [1] 493/15
reorganization [1] 451/2
reorganized [1] 548/4
repair [1] 491/17
repairs [1] 490/9
repeat [5] 434/8 439/19 443/7 452/25
489/19
repeatedly [4] 496/5 531/3 543/18
545/14
rephrase [3] 463/2 464/7 534/4
report [80] 444/25 445/3 445/4 445/15
446/5 448/19 453/18 454/2 454/3 454/5
454/12 454/14 454/21 455/4 455/10
455/16 455/23 456/2 456/5 456/19
457/18 457/21 457/23 457/25 459/6
459/7 460/23 461/22 462/19 463/11
463/12 463/13 463/15 463/22 469/12
469/24 474/15 478/9 481/14 483/23
483/24 484/10 486/20 487/3 487/24
489/4 489/12 489/21 490/3 494/5 494/22
500/21 500/23 501/10 502/6 503/25
520/7 521/5 521/7 521/8 521/15 521/17
522/1 537/24 537/25 538/3 538/22
538/23 539/2 546/23 546/25 547/5
547/17 548/4 551/19 552/3 552/5 552/11
553/10 553/12
reported [3] 457/2 504/10 504/12
Reporter [3] 428/18 570/3 570/11
reporting [1] 451/2
reports [1] 568/11
represent [2] 542/6 559/8

**R**

representative [4]  485/10 504/14 504/16
542/5
representatives [2]  435/24 555/16
represented [1]  448/2
represents [2]  559/11 560/8
reputation [1]  471/16
request [3]  566/7 566/7 566/11
requested [2]  461/10 492/13
requirements [6]  512/15 512/17 545/1
546/8 546/9 546/11
requires [1]  491/3
requiring [2]  474/21 481/16
reserved [1]  463/22
reservoir [4]  470/2 470/10 470/16 471/3
resolved [1]  475/14
resources [4]  425/16 487/19 487/20
529/13
respect [7]  451/10 451/19 485/18 496/16
502/18 502/18 528/15
respective [1]  484/21
respects [1]  543/13
respond [1]  477/21
responded [1]  433/24
response [3]  451/18 476/8 501/15
responsibilities [6]  444/9 448/21 500/3
539/12 539/18 541/21
responsibility [33]  510/22 510/24 511/2
511/6 511/14 511/18 511/19 511/19
511/21 511/24 511/25 512/2 512/5 513/9
513/17 513/20 517/6 517/8 517/9 517/12
519/21 535/16 536/18 537/17 540/4
540/6 541/17 541/18 549/19 549/20
551/3 555/8 555/9
responsible [26]  464/23 499/6 499/9
510/9 510/11 510/13 510/16 513/10
513/11 513/13 513/15 516/12 536/24
536/25 537/10 537/16 539/22 542/2
542/4 549/21 550/9 550/22 550/23
550/24 555/17 557/21
rest [3]  445/17 446/4 569/6
restate [1]  463/1
restructure [1]  450/12
result [7]  452/13 456/5 481/22 493/17
509/20 525/23 529/9
resulted [1]  515/16
results [4]  525/25 526/20 528/17 544/2
resume [1]  475/15
resumed [1]  477/1
retreat [1]  440/17
return [3]  477/5 477/23 478/2
revenue [2]  509/25 510/2
revenues [1]  509/24
Revette [1]  459/12
review [6]  432/18 434/24 481/19 484/13
554/23 558/13
reviewed [4]  475/1 478/16 479/15 558/21
reviewing [1]  551/5
reviews [1]  456/16
RICHARD [1]  427/16
rig [52]  423/4 431/8 440/18 441/20
441/21 443/24 444/4 451/23 462/8
463/18 468/1 471/19 472/22 473/1
473/24 474/5 474/6 475/8 475/10 478/5
478/14 478/25 480/8 480/17 480/24
481/6 481/11 481/19 499/4 533/8 533/10
533/14 534/16 535/2 535/6 535/7 535/9
535/18 535/22 536/1 536/4 536/6 541/20
544/19 545/5 546/20 553/17 554/2 555/9
555/16 559/11 561/4
rig-level [2]  553/17 554/2
right [61]  430/4 431/5 432/3 438/21
439/2 439/20 441/7 446/2 446/12 449/18
450/5 468/6 474/16 474/24 475/1 475/14
475/20 478/19 478/22 480/16 496/9
499/25 501/18 503/18 503/20 504/8
506/3 507/21 508/16 508/20 509/7
509/11 509/15 510/4 510/4 510/13
514/17 514/18 516/19 516/19 517/10
518/14 518/20 521/21 528/2 535/6
535/19 538/14 542/24 543/17 544/12
546/4 548/9 548/15 549/16 551/5 551/19
552/24 557/25 564/4 567/19 567/22
right-hand [1]  499/25
rights [3]  512/18 512/24 513/11
rigorous [1]  541/3
rigs [6]  468/22 532/25 540/10 540/13
560/1 561/17
ringing [1]  440/13
rise [2]  482/15 569/22
riser [2]  461/4 470/16
risk [99]  443/9 443/16 444/22 450/7
457/15 459/2 461/3 464/11 464/14 465/3
466/11 466/17 466/17 467/5 467/25
468/1 468/15 469/3 469/20 470/4 470/11
498/16 502/14 506/9 506/13 506/15
506/20 506/22 506/23 507/2 507/5 507/5
507/8 507/13 508/9 508/22 508/23
508/24 509/2 509/4 509/6 509/7 510/14
510/22 511/2 511/7 511/10 511/10
511/15 511/22 513/16 513/17 513/20
513/20 513/22 513/24 514/6 514/8 515/3
515/10 515/13 515/14 515/15 515/16
516/4 516/6 516/11 516/12 516/12
516/16 516/20 516/22 517/6 520/5
525/22 526/20 526/25 527/8 527/20
529/5 532/7 532/8 536/6 536/11 536/15
537/2 537/12 542/11 548/6 548/12 549/5
549/13 550/18 551/2 552/10 552/16
558/15 558/22 559/18
risks [15]  444/19 453/16 453/19 455/5
460/24 465/14 466/9 468/5 469/9 470/18
499/11 507/25 508/4 517/16 517/16
risky [1]  471/11
ROBERT [3]  424/3 427/3 430/6
ROBERTS [2]  427/9 428/4
robot [2]  457/5 459/4
role [1]  505/11
roles [1]  444/9
Ronnie [3]  479/14 479/17 479/18
Room [1]  428/19
root [11]  524/21 530/11 542/24 544/11
544/25 545/2 545/14 545/24 546/6
546/13 547/2
Rouge [2]  425/4 426/13
Roughly [2]  515/4 558/7
roughneck [1]  457/17
routinely [1]  479/9
routines [1]  483/14
Roy [2]  423/18 423/19
ruled [3]  454/19 539/3 556/25
ruling [1]  459/24
run [2]  449/15 533/11
running [1]  552/8
Rusnak [1]  425/5

**S**

sacrifice [1]  485/7
safe [9]  433/7 471/16 478/14 486/16
514/8 527/10 536/24 550/2 550/9
safely [12]  457/8 472/22 473/1 476/16
476/20 476/23 477/2 477/23 510/13
510/22 511/6 555/12
safety [220]
safety-conscious [1]  472/13

safety-critical [1]  474/19
safety-induced [1]  453/15
safety-mindedness [5]  437/15 443/6
443/11 443/18 476/11
safety-related [1]  447/10
safety-reliable [1]  447/14
said [28]  449/25 453/5 454/11 467/10
477/4 494/1 494/9 495/11 497/20 501/14
501/19 513/13 517/11 522/7 524/8
526/10 527/24 531/11 533/17 544/5
544/15 544/17 545/4 550/23 555/6
556/19 559/14 559/14
sail [1]  473/1
sake [1]  568/9
same [23]  432/2 451/7 455/5 455/13
458/12 458/14 458/15 459/14 462/18
466/3 473/5 489/9 489/18 497/13 499/14
502/20 508/4 508/7 514/5 524/3 530/9
531/11 538/15
San [2]  424/17 425/14
Sanders [1]  440/22
sat [1]  436/3
satisfactory [1]  477/5
satisfied [2]  476/15 481/12
Saturdays [1]  565/19
save [1]  431/9
saw [2]  448/10 480/4
say [48]  436/4 439/7 448/18 449/1 449/7
454/25 460/1 460/5 460/23 461/2 464/12
466/22 472/20 474/20 477/25 481/4
485/22 486/15 486/18 489/9 500/7
505/23 507/1 507/14 507/25 510/20
511/23 512/8 515/8 518/8 519/11 520/25
521/13 522/1 528/10 534/23 537/5
541/19 541/21 542/3 543/8 553/6 553/7
556/18 557/13 564/10 565/7 568/24
saying [20]  437/6 447/24 450/3 463/25
495/10 497/5 507/10 510/1 531/3 534/21
534/21 535/7 535/7 535/11 535/15
535/25 544/23 544/24 556/18 557/17
says [42]  430/22 431/1 432/3 432/5
432/25 433/11 436/2 436/15 439/14
441/3 442/2 444/12 445/19 446/1 446/17
447/1 447/17 451/9 451/18 455/4 455/20
463/15 467/24 468/18 476/4 476/14
473/13 483/13 484/18 495/13 497/11
500/18 501/25 508/2 516/17 516/19
523/4 528/14 537/24 540/1 554/3 556/16
scale [1]  546/24
scaling [1]  546/17
scenarios [3]  468/2 469/25 470/10
schedule [4]  438/4 439/5 456/25 457/16
scheduled [2]  475/5 475/7
SCOFIELD [1]  428/15
scope [13]  454/2 457/18 459/5 461/22
462/19 463/10 463/23 469/11 488/24
538/7 539/3 546/24 556/25
scoping [1]  546/16
SCOTT [1]  425/17
screen [7]  433/3 454/7 455/9 455/15
455/17 458/10 497/24
Sea [1]  505/3
seat [1]  449/2
seated [2]  430/3 482/17
seats [1]  503/8
second [11]  432/8 433/10 434/3 438/10
453/4 459/24 465/1 468/8 488/12 497/18
526/15
Secrest [1]  428/2
secret [2]  535/4 567/17
section [6]  423/5 425/16 426/3 538/2
538/19 539/2
sections [1]  538/8

secure [1] 555/24
security [2] 468/5 468/12
see [106] 431/21 431/23 432/18 433/7
433/14 435/7 435/8 435/21 436/9 436/12
436/18 437/9 438/7 440/9 440/20 440/22
441/5 441/10 441/12 441/17 441/19
441/21 444/7 444/10 444/13 447/16
448/9 448/24 449/5 449/9 452/2 452/12
453/23 460/3 460/23 460/25 461/5
461/15 461/19 465/7 466/17 466/15
467/17 468/6 468/16 468/20 468/24
469/2 469/5 469/22 469/24 471/1 474/6
474/8 474/23 475/13 475/18 475/22
475/24 476/1 476/6 476/8 476/17 477/3
477/13 477/23 478/8 478/12 479/18
480/5 481/8 481/11 482/5 482/24 483/9
483/13 483/17 483/17 483/19 484/18
485/4 485/20 485/25 486/4 486/9 486/11
486/12 490/2 490/10 490/20 491/10
507/8 518/4 518/14 522/23 523/4 524/14
528/14 539/6 544/13 544/22 562/14
562/21 569/6 569/13 569/20
SEEAC [1] 548/19
seeking [1] 447/19
seem [2] 457/3 460/14
seemed [2] 457/24 480/25
seems [4] 462/22 463/25 514/25 569/12
seen [9] 454/15 490/5 497/8 522/19
523/1 524/25 528/19 554/15 554/17
segment [2] 537/19 553/7
select [2] 471/18 533/12
selected [1] 510/7
semisubmersible [2] 474/6 525/7
send [1] 431/14
sending [2] 440/10 475/25
sends [1] 439/9
senior [2] 441/15 543/24
sense [2] 563/11 565/5
sent [1] 452/8
sentence [8] 430/21 450/14 483/13
495/8 500/6 539/4 551/24 552/2
sentences [1] 500/21
separate [1] 493/1
separator [1] 462/17
September [10] 473/21 473/23 475/2
475/25 478/25 479/5 479/10 479/21
486/9 487/7
September '09 rig [1] 478/25
September 17 [1] 475/25
September 2009 [3] 475/2 479/5 479/10
Sepulvado [1] 479/14
Sepulvado's [1] 479/17
Sepulvados [1] 438/24
sequence [1] 450/13
sequencing [1] 450/18
series [3] 452/20 495/21 496/11
serious [1] 438/2
seriously [5] 449/7 450/4 450/9 450/15
495/1
seriousness [1] 450/6
service [4] 434/24 475/5 475/7 475/10
services [3] 428/7 428/12 509/24
SESSION [2] 423/14 430/1
sessions [1] 440/17
set [4] 507/19 507/20 549/25 551/10
setting [1] 491/4
setup [1] 548/5
several [5] 436/15 481/1 481/6 536/9
537/9
shaker [3] 462/4 462/7 462/13
shall [2] 561/13 561/16

shallow [6] 507/6 507/12 507/23 508/3
508/5 508/6
share [4] 438/16 530/24 544/2 544/7
shared [8] 489/1 511/1 511/18 511/19
512/5 513/8 517/9 517/11
shareholders [1] 485/3
sharing [1] 530/25
SHARON [1] 425/24
Shaw [5] 424/12 484/14 484/17 485/6
486/4
Shaw's [1] 485/16
sheen [2] 461/10 461/14
shelf [3] 504/24 504/25 505/1
shore [1] 556/1
short [9] 443/3 482/11 493/20 525/24
528/17 563/6 563/9 563/20 564/4
short-term [2] 525/24 528/17
shortened [1] 565/13
should [19] 437/7 450/14 455/3 457/11
457/14 459/1 471/12 472/1 526/21
526/25 527/8 533/5 534/18 535/4 547/11
547/21 548/10 548/13 557/4
shouldn't [3] 450/14 461/19 548/13
show [6] 437/21 440/6 467/19 484/17
486/7 522/15
showed [3] 437/21 440/6 456/8
shown [9] 430/25 431/20 432/22 433/6
442/19 496/11 496/24 499/17 526/18
shows [7] 446/7 476/11 481/10 483/20
490/8 497/2 522/15
Shushan [2] 567/12 567/13
shut [3] 436/5 544/20 545/6
SHUTLER [1] 425/24
side [5] 458/7 458/7 499/25 562/22
566/22
signed [1] 481/6
significant [5] 456/19 465/19 466/8
489/10 525/14
significantly [1] 491/19
similar [5] 441/16 479/22 507/15 525/3
543/13
simply [1] 442/10
Sims [39] 435/21 435/23 436/12 437/6
437/18 438/23 445/5 445/8 445/9 445/9
445/18 446/1 446/15 446/21 446/23
447/5 447/16 447/23 448/10 448/10
448/19 448/20 449/7 449/13 449/15
449/20 450/4 450/8 450/14 450/23 451/3
451/8 451/15 452/5 452/8 494/25 495/4
495/6 495/7
Sims' [1] 437/15
simultaneous [1] 461/3
since [8] 482/7 482/8 519/17 524/24
531/2 531/6 531/10 541/17
SINCLAIR [1] 426/9
single [1] 491/14
sir [70] 431/15 431/24 433/2 434/2
435/22 436/1 436/10 436/19 437/10
438/8 438/22 439/23 440/12 440/24
441/2 441/6 441/11 441/18 444/11
444/14 445/7 448/19 449/6 450/8 450/25
452/17 453/8 453/12 453/20 456/7
456/18 456/19 458/14 459/19 461/12
465/21 466/15 467/6 467/22 468/17
468/21 468/25 469/1 470/13 473/25
474/9 474/24 475/4 476/18 478/7 479/16
480/6 480/22 483/18 485/5 485/21
486/10 486/24 487/25 490/11 490/25
491/6 495/3 495/20 497/25 499/19 500/1
500/4 536/22 563/8
Sirius [1] 447/4
site [16] 441/14 444/19 461/10 555/14
555/16 555/24 556/4 556/9 556/22

556/22 557/11 558/20 560/4 560/7 561/7
sitting [1] 431/4
situation [2] 447/6 507/14
situational [1] 463/18
situations [1] 525/15
six [1] 493/18
size [1] 488/23
sizeable [1] 507/3
skip [1] 538/10
sky [1] 460/10
slew [1] 566/21
Slidell [1] 424/23
slightly [1] 433/22
slogan [2] 484/15 484/19
SMS [1] 535/8
sneaking [1] 433/23
so [122] 430/14 432/16 433/17 433/22
433/23 437/22 442/16 443/8 443/15
446/11 447/19 448/9 449/15 450/12
452/8 454/17 457/5 458/15 459/4 459/8
459/24 460/11 460/15 460/15 464/4
466/16 467/16 469/9 469/19 470/22
472/21 475/20 477/8 477/11 479/10
479/24 483/7 488/1 488/20 489/16
492/19 494/5 497/9 498/25 501/16
505/23 507/21 508/7 509/9 509/24 510/1
511/3 516/11 518/13 519/7 520/11
521/10 522/1 522/20 523/19 524/5 526/3
526/11 527/10 528/4 528/10 529/14
529/24 530/7 532/20 532/24 533/11
533/21 534/6 534/15 535/4 536/10
536/25 537/5 537/20 539/6 539/7 540/1
540/4 540/6 544/2 544/7 544/20 545/19
546/13 546/17 546/21 546/24 547/8
548/12 549/21 550/25 551/11 551/14
552/4 553/1 554/5 556/18 557/6 557/17
559/1 559/18 560/22 561/9 562/1 563/17
564/2 564/14 565/12 566/9 567/17
567/22 568/11 568/12 568/18 568/25
569/3
software [1] 428/25
sole [1] 512/4
some [44] 433/24 433/25 434/1 435/15
438/11 440/25 443/3 443/18 444/15
444/24 445/3 445/5 445/16 445/19 453/9
454/15 454/15 459/25 460/9 465/3
465/23 467/10 480/3 486/19 488/5
493/19 496/11 505/18 505/18 517/1
517/2 519/11 525/1 525/9 528/2 537/11
543/13 544/19 554/4 563/11 565/15
566/17 568/4 568/10
somebody [4] 460/8 499/9 518/20 566/3
someone [4] 485/7 494/6 533/8 557/7
something [16] 442/13 451/24 455/18
456/12 459/25 466/18 467/11 475/22
489/6 497/9 518/20 531/13 545/1 545/8
558/4 568/7
sometime [2] 522/18 523/21
sometimes [4] 513/21 513/22 514/15
517/3
somewhat [1] 563/17
somewhere [2] 460/10 556/17
soon [1] 488/18
sorry [6] 449/17 460/23 474/14 483/7
515/24 524/10
sort [3] 435/2 435/9 547/4
sound [1] 455/12
sounds [2] 436/6 455/11
sources [1] 489/14
speak [2] 508/11 508/13
speaking [1] 480/8
specialist [1] 545/2

S
specific [3] 501/17 541/20 556/21
specifically [3] 508/24 517/13 527/15
specifics [1] 489/12 489/14
spelling [1] 503/12
spend [2] 431/13 485/2
spent [2] 473/24 490/9
spill [5] 423/4 465/19 506/17 506/24
 507/2
spirited [1] 445/19
SPIRO [1] 426/4
sponsored [1] 440/17
sponsoring [1] 441/23
spreadsheet [1] 567/7
spreadsheets [2] 479/6 479/9
SPU [10] 432/23 433/18 465/8 466/10
 467/21 467/24 468/23 485/18 489/5
 490/9
spudded [1] 506/20
staff [4] 438/12 438/14 505/7 505/13
stand [5] 482/7 501/21 501/24 503/5
 568/13
standard [2] 547/8 555/12
standards [7] 534/12 534/24 537/4 537/8
 539/15 539/23 549/25
standing [1] 438/11
standpoint [2] 522/3 529/21
start [7] 459/25 476/16 476/23 493/21
 494/11 531/6 551/13
started [4] 510/14 511/8 541/23 565/15
starts [1] 547/5
state [6] 426/7 426/11 426/15 475/1
 502/6 503/11
stated [2] 496/24 543/18
statement [17] 432/24 450/8 474/15
 483/22 485/24 494/25 497/1 500/6
 501/17 528/16 528/22 543/6 543/8
 543/12 543/19 544/5 544/14
statements [2] 445/15 544/14
STATES [13] 423/1 423/10 423/15
 425/11 425/15 425/21 426/2 504/14
 562/24 566/13 567/19 568/24 570/3
Station [1] 426/5
status [2] 471/7 479/6
stay [1] 467/9
stenography [1] 428/24
step [1] 529/10
STEPHEN [1] 423/23
steps [1] 471/14
Sterbcow [3] 424/5 424/6 569/2
STERNBERG [1] 428/12
STEVEN [2] 425/17 427/9
still [3] 517/8 552/15 561/25
Stone [1] 427/22
stop [4] 440/2 443/8 443/16 491/24
stopped [1] 443/3
stories [2] 525/3 525/12
story [1] 445/17
stowed [1] 481/7
strange [2] 426/8 436/5
strategic [1] 500/8
strategies [3] 432/23 433/14 433/19
street [20] 423/20 424/3 424/6 424/10
 424/13 424/22 425/3 425/9 426/12
 426/16 426/19 427/6 427/10 427/17
 427/23 428/5 428/9 428/16 428/19
 478/15
strengthened [1] 552/14
stretch [1] 503/5
strict [1] 566/8
strictly [1] 529/21
strike [3] 450/14 457/21 463/22

stronger [1] 548/5
studied [1] 523/18
study [8] 455/6 456/12 458/13 458/14
 469/8 470/22 502/16 529/14
subcontractors [1] 512/19
subject [11] 484/8 512/15 519/1 519/5
 520/13 524/1 524/12 527/19 528/11
 550/13 568/3
submit [1] 567/13
submitted [2] 551/18 566/2
subpart [2] 512/16 512/17
subsea [4] 487/16 507/19 508/22 561/18
substance [1] 458/15
substantial [6] 431/9 489/6 491/4 491/10
 547/17 547/19
substantially [2] 491/11 565/13
substantive [1] 501/18
succeed [1] 449/3
succeeded [1] 472/24
success [2] 436/22 556/2
such [10] 513/24 525/5 525/25 528/18
 532/25 536/11 544/25 545/25 547/23
 561/16
suggestion [1] 566/12
suggests [1] 564/3
Suite [14] 423/20 424/6 424/10 424/16
 424/19 426/19 427/6 427/10 427/17
 427/20 428/5 428/9 428/12 428/16
SULLIVAN [1] 425/23
Sundays [1] 565/20
superhuman [1] 525/22
supervised [2] 479/3 555/24
supervising [1] 555/17
supervisors [1] 561/22
support [3] 450/16 503/23 549/25
supported [2] 463/12 550/11
supports [1] 550/8
supposed [3] 536/20 546/18 546/19
supposedly [2] 460/7 567/15
sure [21] 452/10 453/14 457/11 458/23
 471/22 475/9 480/10 506/13 507/10
 510/1 512/2 519/3 521/7 531/7 536/19
 537/5 544/22 544/23 547/1 552/17
 569/16
surface [1] 507/20
suspect [2] 566/14 566/16
sustain [3] 454/24 459/9 462/1
sustainability [2] 537/24 538/23
Sutherland [1] 427/8
switch [1] 435/14
sworn [2] 430/7 503/10
symptomatic [2] 525/25 528/18
system [62] 450/7 453/16 453/19 454/3
 455/5 470/20 471/7 472/7 472/10 481/24
 481/24 498/13 498/19 498/19 498/22
 498/24 499/3 499/10 502/12 513/25
 514/4 514/7 515/5 515/8 518/1 518/6
 518/8 518/9 518/10 518/11 518/13
 518/15 529/7 531/20 531/22 531/24
 532/4 532/7 532/11 532/17 533/11
 533/17 534/1 534/10 534/11 534/13
 534/16 534/23 535/1 535/8 535/9 535/17
 536/1 536/4 540/12 541/9 541/11 541/15
 545/6 546/1 560/18 561/19
systemic [2] 545/24 546/5
systems [23] 456/1 456/16 463/4 464/22
 473/4 511/11 520/2 520/10 520/10
 524/20 525/4 525/16 532/18 532/19
 533/11 533/13 533/19 541/2 541/6
 544/20 559/23 559/24 560/2

T
table [2] 489/23 562/22

tables [2] 433/25 491/20
tackled [1] 437/5
takeaway [11] 450/8 450/8
 450/15 482/11 482/13 495/1 503/8 513/5
 522/9 529/10 539/4 543/20 544/10 561/4
 562/17 563/16 565/4 566/5 569/12
taken [1] 561/20
takeout [1] 526/18
takes [3] 432/12 486/16 568/13
taking [5] 525/22 526/20 526/25 527/8
 566/17
talk [13] 443/23 448/14 454/5 477/18
 478/8 484/8 490/1 492/8 506/1 508/1
 531/15 542/24 563/1
talked [8] 436/2 442/6 442/10 473/4
 474/4 484/12 491/14 546/12
talking [12] 511/3 518/9 531/16 534/5
 532/13 541/6 541/8 544/24 545/1 557/6
 564/14 567/18
TANNER [1] 428/15
targets [1] 486/1
task [2] 447/10 488/20
team [28] 435/15 436/25 438/12 438/19
 439/2 439/4 439/13 440/21 442/25
 445/22 446/18 449/1 449/1 455/6 478/17
 480/7 480/20 484/22 488/1 488/20
 510/20 513/23 517/4 540/7 543/25 549/8
 553/20 567/24
Teamwork [1] 478/21
technically [1] 492/25
technological [1] 525/15
technology [1] 472/4
tell [11] 446/9 450/3 508/2 512/13 519/4
 519/7 522/6 526/12 533/6 536/17 567/8
tells [1] 529/18
temperature [2] 460/2 460/9
temporarily [1] 555/11
term [5] 514/19 525/24 528/17 531/18
 560/17
terms [21] 442/17 442/19 442/19 447/22
 454/10 461/19 477/20 481/24 484/2
 487/10 488/7 496/7 506/9 521/11 538/6
 546/2 556/16 557/15 557/18 566/23
 567/23
terrible [1] 489/20
test [10] 454/22 461/15 483/4 494/6
 555/11 555/17 555/22 555/25 556/2
 556/12
testified [16] 430/7 438/3 485/6 486/4
 488/16 503/10 505/17 514/13 520/14
 522/25 525/12 542/25 543/6 543/12
 547/2 565/24
testify [2] 540/20 541/10
testifying [4] 466/16 505/15 540/15
 568/15
testimony [28] 443/13 446/10 464/1
 465/4 467/2 467/2 475/1 479/13 484/17
 485/16 486/19 488/14 492/15 493/16
 501/15 501/21 507/11 517/5 521/14
 527/21 533/21 541/4 543/5 543/9 544/18
 545/4 545/13 562/21
testing [2] 471/6 487/16
tests [2] 461/10 554/12
Texas [9] 424/17 425/7 427/10 427/21
 428/5 428/10 428/13 428/17 500/17
textbook [1] 527/25
textbooks [1] 519/15
than [24] 436/21 438/16 440/3 443/9
 443/17 455/15 470/20 474/21 489/22
 490/13 491/12 494/17 507/5 507/19
 507/23 508/5 540/7 543/25 548/3 556/22
 564/12 565/8 566/15 568/15
Thank [22] 430/5 430/12 430/16 431/17
 437/3 438/18 443/23 448/3 451/15

T

Thank... [13] 451/17 452/16 453/8 456/4 460/13 465/6 480/16 485/10 485/11 489/25 491/25 492/2 503/1
Thanks [1] 447/1
that [817]
that's [108] 430/15 431/11 431/14 431/22 433/15 434/25 435/8 437/13 438/5 440/4 442/4 442/21 442/23 443/2 443/4 443/12 446/16 447/13 447/23 448/2 449/11 449/12 450/10 450/20 451/12 459/15 459/15 459/22 463/21 465/7 466/20 467/2 467/6 468/10 470/3 470/14 470/24 474/10 475/9 476/8 476/24 479/4 480/19 480/20 482/13 484/7 486/18 488/11 489/24 489/25 491/25 492/7 495/12 495/24 497/19 497/21 498/8 503/18 503/20 505/4 509/7 509/13 509/17 509/19 510/4 511/1 512/5 512/23 514/18 516/9 517/9 517/11 519/24 521/16 521/22 524/17 526/14 526/22 528/22 530/17 531/3 531/10 533/16 533/16 542/23 543/10 543/17 545/10 545/10 545/22 550/19 551/5 551/12 552/12 554/18 556/12 557/20 557/23 558/2 558/7 558/7 559/4 559/5 559/5 559/5 559/10 566/20 567/9
their [30] 439/15 446/11 454/21 457/2 457/8 457/9 457/11 460/3 471/22 494/22 495/23 498/22 503/8 509/24 512/18 517/10 518/11 520/2 524/21 532/19 533/11 533/11 533/13 533/19 535/2 537/1 537/11 538/22 538/22 540/13
theirs [1] 533/12
them [19] 452/5 458/6 458/6 460/10 471/21 480/4 495/1 501/17 508/2 508/4 510/7 513/10 520/1 520/9 525/11 559/15 560/25 566/19 567/3
theme [1] 525/14
themselves [3] 523/8 550/9 560/1
then [57] 431/19 436/4 441/9 441/12 441/13 441/16 441/19 444/15 446/1 446/15 446/21 447/16 448/21 449/1 449/7 450/9 452/4 455/22 456/6 465/12 466/22 467/2 467/23 468/8 468/15 475/15 475/21 476/3 477/18 480/3 481/4 483/11 483/16 483/19 486/11 486/15 490/12 490/17 491/7 495/21 507/10 508/1 513/3 513/20 517/23 522/13 523/20 528/2 528/10 534/18 535/14 535/25 537/1 546/11 564/21 566/20 567/22
there [79] 432/3 432/24 433/3 433/10 434/23 436/15 437/5 437/25 440/11 441/12 443/10 443/18 444/9 451/1 451/1 454/11 458/3 458/4 460/7 460/21 461/2 462/6 465/22 465/24 466/10 467/10 468/9 471/1 475/13 475/17 477/15 478/25 479/2 482/9 483/13 484/23 486/7 486/11 486/12 487/9 489/9 489/16 494/1 494/13 496/1 497/22 498/18 499/22 506/22 506/23 506/24 507/2 509/21 514/3 516/19 523/13 529/17 537/4 537/9 537/16 537/20 537/21 538/8 545/8 546/4 551/24 552/2 553/11 554/4 556/17 556/20 557/23 557/24 558/23 559/14 562/14 566/1 568/4
there's [11] 431/12 475/17 507/1 522/21 526/10 526/10 537/20 553/6 553/10 558/4 566/21
thereabouts [1] 446/21
Therein [1] 490/24

thermostats [1] 460/9
these [30] 431/25 446/7/23 447/3 448/5 448/14 452/13 460/8 462/22 465/23 468/2 472/21 473/6 473/17 478/16 492/22 501/10 502/18 512/14 524/21 525/12 525/20 544/21 556/1 561/3 565/10 566/4 567/16 567/25 568/10
they [86] 431/5 431/8 432/24 436/3 436/4 436/4 436/5 436/6 440/2 440/18 442/17 443/3 444/5 445/19 446/7 446/8 447/9 448/14 448/15 448/17 449/3 451/5 452/10 457/3 457/3 458/9 459/4 466/23 467/6 467/8 471/12 472/1 473/19 475/21 476/3 477/20 480/8 480/25 485/18 492/25 495/13 496/5 496/5 499/13 500/17 500/25 501/25 508/7 509/3 509/24 511/22 517/8 517/8 517/18 517/18 519/2 519/3 530/4 530/22 533/10 533/11 535/16 536/15 536/25 537/1 537/10 540/4 551/4 551/5 553/24 553/25 554/2 554/2 556/11 559/12 561/7 562/4 563/21 564/5 566/5 567/1 567/3 567/8 567/17 567/25 568/16
thing [12] 431/22 432/17 447/11 453/4 455/1 460/4 461/13 478/21 492/5 531/12 556/10 566/9
things [24] 431/3 431/8 431/8 435/16 445/4 445/16 448/6 453/9 453/18 454/15 460/8 462/22 478/16 491/8 534/12 537/13 537/15 537/22 548/9 553/20 553/23 554/25 558/10 569/2
think [111] 437/6 437/20 440/2 447/3 448/13 451/10 451/19 451/23 454/17 457/22 459/8 459/24 463/12 475/9 476/19 477/18 480/19 483/4 483/24 485/9 486/11 489/6 490/17 492/4 494/1 496/13 497/1 497/23 501/14 502/23 503/7 504/11 509/5 510/24 511/1 512/4 514/7 514/18 516/9 517/3 517/20 517/20 518/1 518/24 520/23 521/23 522/10 524/18 527/9 527/14 529/7 530/1 530/18 530/24 530/25 531/6 531/11 535/10 535/11 535/15 536/7 536/16 536/15 539/7 541/18 543/7 544/17 544/17 545/3 545/17 547/1 547/10 547/13 547/19 547/24 548/7 550/20 550/25 551/23 552/4 552/7 552/16 552/19 553/14 553/15 553/16 554/3 555/1 556/10 556/11 557/10 557/20 558/23 559/5 559/10 559/11 559/13 559/25 560/20 561/6 562/6 562/8 562/10 564/12 566/3 566/19 566/23 567/4 567/12 567/13
thinking [1] 445/8
third [6] 426/12 500/12 532/25 538/14 560/14 560/22
third-from-the-bottom [1] 500/12
third-party [3] 532/25 560/14 560/22
this [242]
Thornhill [2] 424/21 424/22
thorough [1] 562/10
thoroughly [1] 517/22
those [42] 433/14 434/1 440/25 440/25 460/24 470/17 470/19 471/5 472/24 479/9 485/17 486/18 489/15 490/1 490/13 491/16 503/22 514/14 517/16 517/17 518/12 523/16 525/9 526/7 528/6 528/9 529/6 536/11 537/22 540/13 542/6 547/19 548/1 548/8 550/11 551/13 552/2 553/21 553/23 557/18 563/21 568/11
though [5] 436/6 528/22 530/20 565/18 565/22

thought [10] 443/8 443/16 445/9 445/22 458/7 483/5 505/18 558/24 560/13 565/19
553/21
thoughts [2] 447/17 447/25
threat [1] 464/17
three [10] 440/17 458/20 493/15 493/20 500/21 502/18 503/22 527/17 565/17 567/22
three-day [1] 440/17
three-month [1] 565/17
through [15] 435/1 437/7 452/6 466/14 478/1 495/21 513/25 515/7 541/22 544/14 548/6 550/2 554/22 554/25 562/7
throughout [4] 477/4 544/8 545/4 556/7
Thunder [4] 490/9 490/20 490/21 491/3
tied [1] 539/2
time [55] 433/6 436/8 438/17 445/21 446/16 446/17 448/14 451/22 459/12 461/11 461/15 464/13 469/21 481/7 482/4 487/19 488/4 489/9 493/10 501/16 504/10 504/15 504/22 505/2 505/8 513/22 518/22 519/8 522/12 523/8 523/13 523/21 531/11 534/23 541/25 543/6 543/7 543/12 544/10 544/15 545/13 548/21 549/2 549/15 549/18 552/23 555/25 561/13 562/8 562/19 565/17 566/8 566/17 566/24 567/24
timely [1] 474/19
times [7] 436/15 454/19 454/20 505/17 505/21 513/6 542/25
timing [1] 478/16
tired [3] 457/5 459/4 472/11
title [3] 444/1 469/2 486/7
titled [1] 470/4
titles [1] 441/16
TO's [1] 480/8
today [18] 442/7 442/10 460/2 484/6 484/9 486/20 490/6 492/1 492/10 498/23 521/10 528/11 533/21 562/21 565/21 565/24 569/6 569/9
together [5] 448/14 452/6 481/11 487/24 528/25
told [4] 448/20 452/5 565/16 565/18
Tolles [1] 427/12
TOM [1] 424/22
tomorrow [9] 562/23 563/7 563/12 564/9 564/19 565/6 567/9 568/15 568/17
Toni [5] 428/18 428/20 570/2 570/10 570/10
tonight [1] 563/1
Tony [5] 504/11 549/1 550/15 551/6 551/14
too [6] 440/2 443/9 443/17 447/25 568/9 569/18
took [4] 449/23 482/8 539/21 540/3
toolpusher [2] 441/15 441/15
tools [1] 436/5
top [13] 452/5 465/14 470/19 486/12 495/5 496/25 497/11 499/21 522/21 522/22 524/1 550/5 555/20
topic [11] 430/13 430/14 433/22 435/14 439/24 439/25 440/6 452/17 452/18 465/2 482/21
topics [1] 473/8
Torrey [2] 525/5 528/20
Torts [2] 425/12 425/22
total [4] 434/17 442/24 443/5 564/15
totally [1] 452/5
totals [2] 489/22 490/12
town [1] 441/12
traced [1] 452/20
track [3] 471/15 479/19 492/11
tracking [1] 479/6

T

tragic [2] 516/5 518/7
trained [1] 471/21
training [1] 541/23
transcript [2] 423/14 570/5
transcription [1] 428/25
transition [2] 481/23 481/24
translate [2] 467/4 502/12
transmitting [1] 479/9
Transocean [79] 427/5 427/6 427/7
427/8 427/9 427/10 427/12 427/12
427/13 427/16 427/16 427/17 427/19
427/20 427/21 441/1 441/23 442/25
452/21 453/9 453/15 453/23 453/23
455/4 455/7 455/25 456/11 456/20 457/2
457/14 459/1 459/11 460/24 461/2
462/15 463/17 464/23 469/6 469/7
469/15 470/11 474/10 475/7 475/25
476/4 476/12 476/14 476/15 476/21
476/22 477/1 477/8 477/20 477/21 478/4
478/10 479/5 479/9 480/10 480/24
481/11 481/23 493/14 493/17 498/21
499/1 499/5 509/15 510/5 534/1 534/16
535/17 535/17 553/10 553/14 556/15
563/1 563/13 567/20
Transocean's [19] 441/15 452/23 453/1
454/3 454/11 454/16 470/22 477/9
479/20 480/13 481/19 498/18 518/11
532/25 535/2 535/25 536/3 555/9 566/25
transportation [1] 529/20
Treat [1] 431/13
treatment [5] 436/11 437/5 438/6 441/9
444/7
Treatment 5721.1 [1] 438/6
tremendous [1] 529/13
TREX [10] 435/18 437/17 445/18 447/1
447/16 450/19 460/19 468/15 474/2
480/23
TREX-03695 [1] 450/19
TREX-05969 [1] 435/18
TREX-05973.1.1 [1] 447/1
TREX-1148.1.2 [1] 445/18
TREX-20198.1.1 [1] 480/23
TREX-4171.1.1 [1] 468/15
TREX-4362.2.1 [1] 474/2
TREX-48154 [1] 437/17
TREX-5946.86.2 [1] 460/19
TREX-5974.1.1 [1] 447/16
trial [10] 423/14 538/7 539/3 556/25
565/17 565/21 565/22 566/6 566/8 568/6
tried [2] 498/5 569/4
tries [1] 517/15
TRITON [1] 423/8
trouble [2] 522/4 522/7
true [38] 431/11 450/11 470/24 476/19
478/4 479/3 479/4 479/12 480/19 484/2
499/14 501/4 504/15 505/18 508/22
509/18 509/22 510/7 510/8 510/15
510/17 517/19 520/2 526/13 526/14
529/4 529/19 530/5 530/9 530/14 530/17
556/9 557/23 558/6 559/9 559/10 561/4
570/4
trust [1] 493/23
try [16] 440/3 443/10 443/17 482/12
498/10 510/21 511/4 514/8 518/6 530/24
531/7 531/7 534/6 553/15 565/18 569/17
trying [20] 453/15 467/14 470/6 470/8
482/10 489/25 518/2 545/4 545/7 545/8
545/10 546/19 548/8 548/14 553/14
556/18 557/13 562/21 563/15 563/23
turn [10] 437/17 444/24 445/11 460/10
460/18 469/1 469/19 482/21 486/19

561/1
561/10 489/18 489/25 557/2 570/10
570/10
two [23] 447/22 458/3 458/4 458/8
461/21 461/22 462/18 470/17 478/15
491/16 518/12 523/15 523/16 553/3
553/6 555/14 556/9 556/2 557/18 563/6
565/18 567/2 568/23
two-way [1] 478/15
type [7] 437/13 437/14 505/11 508/9
515/10 516/3 518/7
types [1] 517/24
typical [2] 544/24 545/3

U

U.S [16] 425/11 425/15 425/21 426/2
504/17 536/19 537/8 537/17 537/18
537/20 539/12 539/14 542/5 554/11
554/14 567/19
U.S. [1] 434/24
U.S. Mineral [1] 434/24
Uh [2] 518/16 524/7
Uh-huh [2] 518/16 524/7
ultimate [6] 511/14 511/18 511/21
511/24 536/17 537/17
ultimately [1] 556/2
unbiased [1] 550/21
uncomfortable [2] 460/15 460/16
uncontrolled [5] 463/8 464/9 464/17
465/3 508/21
under [7] 444/15 473/10 485/19 513/3
513/6 517/5 519/20
UNDERHILL [2] 425/12 566/12
understand [29] 435/23 459/24 461/18
468/11 488/21 494/14 506/7 506/15
507/10 512/7 514/8 514/16 517/16 530/1
533/10 533/13 535/11 535/22 536/5
536/12 537/12 544/23 545/11 546/1
546/4 549/9 553/15 554/8 569/1
understanding [7] 464/22 485/24 488/17
508/10 532/8 545/18 570/6
understands [1] 464/1
understood [5] 452/13 541/18 542/2
544/12 561/6
undertaken [2] 558/17 560/16
Undertaking [1] 560/2
undesirable [1] 525/3
unexpected [1] 525/3
unfortunately [1] 559/15
unique [1] 507/14
unit [4] 465/15 500/8 504/22 505/2
UNITED [12] 423/1 423/10 423/15
425/11 425/15 425/21 426/2 504/14
562/24 566/13 568/24 570/3
United States [4] 504/14 562/24 566/13
568/24
unnoticed [1] 438/18
unrecognized [1] 438/18
until [2] 450/17 521/20
up [34] 430/19 433/23 434/3 436/6 439/5
440/7 446/8 446/12 458/2 460/4 460/10
473/21 476/16 476/23 479/17 482/20
484/15 484/20 489/18 491/4 492/25
499/21 500/11 503/5 518/20 520/16
524/17 537/8 538/14 553/12 553/20
558/2 566/24 569/4
upcoming [1] 444/20
updated [1] 479/6
upon [1] 563/17
upper [1] 561/9
upper-level [1] 561/9
upstream [1] 503/19 503/21 505/13
553/5

us [8] 432/6 492/13 492/22 519/5 536/17
565/14 566/23 567/1
usage [1] 540/12
use [6] 436/15 436/15 501/5 523/4 539/6
548/14
used [7] 473/5 489/14 492/12 492/16
496/13 501/13 531/18
uses [2] 534/11 534/13
using [7] 428/24 431/5 436/13 535/8
547/25 551/23 560/17
usually [2] 460/4 563/23
utilize [1] 535/1
utilized [2] 534/2 534/17
utilizes [6] 532/17 532/19 533/18 533/19
534/24 534/25
utilizing [1] 487/19

V

vacation [15] 446/15 446/23 447/2 449/8
449/13 449/15 449/23 450/1 450/5
450/10 450/16 451/8 495/2 495/8 495/11
Vaguely [1] 446/25
Valdez [2] 525/6 528/20
Valentine [1] 445/23
value [1] 502/10
various [3] 469/25 508/15 537/1
verbally [1] 544/18
verification [1] 560/14
verifiers [1] 560/22
verify [1] 480/23
very [34] 431/22 438/2 457/13 478/15
485/13 485/23 485/23 486/1 490/20
491/4 493/20 493/24 494/10 496/13
500/25 501/16 501/25 507/15 507/15
512/8 515/2 515/16 520/13 524/9 525/3
531/6 532/11 534/22 541/17 550/22
562/6 563/6 563/9 563/22
vice [4] 504/7 552/9 552/17 552/18
video [2] 442/19 564/21
Vidrine [3] 438/24 461/9 461/14
view [4] 438/3 496/4 557/17 559/13
views [1] 521/24
vigilant [1] 472/1
Village [1] 495/14
violation [1] 556/3
Virginia [2] 424/10 424/10
virtually [1] 544/15
visit [1] 445/20
visited [1] 480/17
volume [1] 434/17
VON [1] 428/12

W

Wait [1] 538/20
walk [1] 554/22
walked [1] 554/25
Walker [1] 424/9
walking [1] 501/18
WALTER [1] 424/12
Walther [1] 427/22
want [53] 430/13 430/17 433/14 434/3
437/23 438/4 443/23 444/24 445/12
445/16 447/25 451/14 451/15 452/6
453/12 453/22 459/24 460/18 467/19
469/1 469/15 471/14 471/18 471/21
472/19 472/25 474/4 474/15 476/8
476/25 477/18 478/8 478/15 484/8
484/12 486/19 490/1 494/12 494/21
514/7 522/15 529/22 529/23 534/4
534/22 544/23 546/5 567/11
wanted [6] 438/13 438/17 494/6 543/19
543/20 568/8

warm [1] 460/15
was [289]
Washington [4] 425/20 425/25 426/6
427/4
wasn't [14] 442/22 466/18 518/5 542/4
542/22 546/9 546/10 546/23 546/24
547/4 549/7 551/10 551/11 551/16
water [11] 507/6 507/12 507/16 507/18
507/19 507/23 508/3 508/5 508/6 508/8
536/6
Watts [2] 424/15 424/15
way [22] 437/6 448/7 455/5 466/5 466/24
474/19 475/20 478/15 488/9 501/12
501/22 509/23 510/20 513/24 533/3
539/25 541/3 551/19 551/23 553/8 554/3
557/19
ways [2] 514/5 537/9
we [247]
we'll [7] 440/15 478/8 492/5 564/4 568/7
569/13 569/20
We're [1] 564/20
We've [1] 438/4
weakness [1] 456/20
website [1] 434/24
Wednesday [1] 441/4
week [9] 440/6 440/10 440/10 441/4
442/16 457/3 457/5 480/9 480/9
week's [1] 447/18
weekly [2] 480/13 480/15
weeks [1] 567/14
well [193]
well-site [15] 441/14 461/10 555/14
555/16 555/24 556/4 556/9 556/22
556/22 557/11 558/20 560/4 560/7 561/7
561/22
well-thought-out [2] 445/22 446/18
wellbore [1] 555/23
wellhead [1] 561/18
wells [13] 438/19 439/2 439/12 440/21
441/10 444/12 449/1 461/24 480/7
480/20 513/3 513/5 561/11
went [10] 446/15 449/13 450/9 492/18
495/7 495/9 495/10 495/11 495/21
541/22
were [91] 430/25 431/1 431/3 431/20
432/22 433/6 442/17 443/14 444/3 444/5
448/19 453/9 466/15 466/23 467/6 467/8
467/23 470/9 471/22 473/10 475/14
475/14 477/15 480/8 481/23 483/14
483/15 486/2 487/12 488/5 494/25
495/17 496/11 496/24 497/24 498/12
498/15 499/16 499/17 501/15 504/2
504/5 504/7 504/14 504/22 505/2 506/12
506/16 506/22 509/10 509/12 521/20
522/2 522/7 522/12 523/8 523/16 524/6
524/23 526/1 531/14 532/24 536/10
539/5 539/22 539/24 540/20 541/6 545/1
545/4 545/10 545/24 546/2 546/3 546/5
546/5 546/12 546/13 546/21 547/8
550/24 551/2 551/5 552/14 552/23
553/21 554/4 555/15 555/16 559/14
568/2
weren't [7] 431/5 506/18 509/3 510/10
536/8 542/2 551/4
West [1] 447/4
what [132] 430/15 432/10 433/14 435/12
442/2 446/7 446/16 446/22 447/9 448/9
448/10 448/21 450/3 450/24 451/9 452/9
454/22 455/15 455/17 456/9 456/22
462/11 463/16 463/25 466/11 466/19
474/4 477/2 477/17 478/8 480/20 483/3

486/18 488/21 489/12 490/22 492/16
492/20 497/6 497/22 497/24
498/2 498/18 501/19 501/21 506/1
507/10 507/18 508/9 510/1 511/23 512/7
513/3 515/9 516/2 516/5 516/16 516/19
516/20 517/11 518/4 518/4 518/8 518/13
519/5 520/24 521/13 523/13 523/16
527/2 528/14 528/25 529/14 529/18
529/23 531/3 531/15 532/12 533/4
533/16 533/20 534/21 535/11 535/17
536/19 536/23 537/5 537/23 538/11
538/20 538/24 541/6 541/24 542/6
543/14 543/19 544/5 544/23 545/3 545/3
545/7 545/10 546/18 547/15 547/25
548/1 548/8 548/13 550/2 551/10 551/11
551/12 552/13 553/16 553/17 553/17
554/8 556/19 557/6 557/13 557/17 558/5
558/7 559/6 559/13 559/13 563/19
563/23 566/22 569/3 569/5
what's [10] 448/2 454/6 454/7 455/9
458/8 476/21 499/24 515/7 515/24
569/17
whatever [3] 445/12 521/10 563/6
whatsoever [1] 551/21
when [33] 431/8 431/8 431/19 433/17
440/2 443/8 443/16 446/17 447/9 454/14
484/20 490/12 492/22 498/2 508/1
517/18 518/8 522/9 523/21 524/8 537/5
540/1 541/23 546/12 554/5 560/17
563/15 564/10 565/11 565/11 567/8
568/16 569/17
where [21] 431/21 432/25 440/18 451/5
462/7 467/23 474/10 482/11 491/24
495/7 497/11 506/25 520/17 523/4
524/16 526/20 529/13 547/5 561/21
561/24 569/11
wherever [1] 481/5
whether [26] 458/19 477/9 479/25
498/12 498/15 512/13 515/22 523/10
527/12 528/23 529/1 530/16 530/22
533/6 535/21 536/3 536/12 537/13 539/4
539/11 540/9 546/21 547/7 548/13
551/16 567/24
which [49] 430/14 431/4 432/19 432/22
433/11 436/11 439/21 442/6 444/15
453/9 454/15 454/16 455/22 458/2 459/3
466/2 473/1 474/13 478/16 492/13
496/24 500/16 500/18 501/13 501/23
505/10 506/11 511/11 514/23 515/15
518/1 522/15 529/18 534/1 537/2 537/3
538/11 540/21 548/25 551/19 553/13
554/17 556/7 556/12 557/14 559/14
560/6 565/20 567/8
while [9] 436/17 446/23 470/18 475/11
481/6 482/9 524/23 530/12 563/24
Whiteley [1] 426/15
who [46] 435/24 447/23 460/7 460/8
471/15 479/3 480/21 484/14 487/24
496/19 497/20 498/5 499/4 499/6 499/6
499/9 510/2 511/14 512/15 516/25
517/10 520/12 520/13 522/2 522/7 526/8
528/25 535/4 536/17 541/20 549/18
550/15 550/22 551/3 551/10 551/13
554/5 554/9 555/15 556/22 564/18
564/23 564/25 565/5 565/23 568/2
whoever [2] 460/7 480/1
whole [9] 433/19 518/1 518/6 518/8
518/8 539/4 539/5 556/10 566/21
why [15] 458/20 463/21 489/17 529/14
529/19 529/23 530/8 536/12 540/23
541/19 543/19 544/19 545/5 545/6
562/13
wide [1] 549/19

will [38] 433/23 436/5 437/12 438/11
440/22 445/10 450/6 451/22 452/5
452/5 458/16 460/11 472/21 472/22
478/16 482/12 483/17 491/7 493/4 494/1
494/12 497/9 499/2 499/11 501/19
501/20 506/25 530/20 533/6 544/22
558/5 561/21 562/19 563/6 564/8 565/4
565/10 565/15
Williams [2] 424/18 424/19
Williamson [3] 425/5 425/6 484/18
willing [4] 439/17 440/2 443/8 443/16
WINFIELD [1] 426/9
Winslow [1] 440/22
wisely [2] 431/14 485/2
withdraw [1] 501/20
within [10] 451/2 465/23 486/16 488/2
492/17 520/4 532/21 538/2 542/6 567/24
Without [2] 544/14 567/18
witness [23] 463/25 482/7 493/10 493/13
493/17 498/10 503/2 505/24 515/18
515/18 522/24 535/11 535/15 539/6
554/22 555/2 563/16 564/6 564/18
564/23 569/10 569/13 569/15
witness's [1] 492/12
witnesses [7] 487/12 565/25 566/14
566/19 567/2 567/23 568/2
witnesses' [1] 464/1
Wittmann [2] 427/22 427/23
won't [1] 567/3
wonder [1] 482/10
word [4] 445/21 446/18 476/20 496/13
wording [1] 512/6
words [5] 466/16 475/10 486/18 497/5
535/10
work [19] 434/23 435/25 439/9 439/15
447/6 448/14 452/5 456/5 456/25 457/16
471/18 472/18 474/22 477/5 478/2 478/2
481/16 493/4 540/13
worked [5] 451/23 485/18 508/18 541/25
569/2
working [8] 478/14 497/9 516/9 547/16
562/21 560/22 565/21 565/22
works [4] 472/15 472/17 472/18 569/13
world [8] 457/3 512/1 519/22 520/25
531/9 536/16 540/14 541/2
world-class [1] 512/1
worldwide [1] 505/7
worries [1] 436/7
worthwhile [1] 521/23
would [132] 434/23 437/14 445/16 448/5
451/23 454/1 457/21 458/6 458/19
465/13 469/8 469/10 470/6 471/14
471/15 471/18 471/21 471/25 472/3
472/7 472/10 472/13 472/19 472/20
472/24 473/17 475/10 476/25 477/8
477/21 477/25 479/10 479/25 480/2
480/4 480/20 482/4 485/7 485/9 485/18
492/11 492/21 493/7 493/25 500/20
500/22 504/11 505/23 507/14 507/25
510/4 510/16 510/20 511/23 514/7
514/23 515/7 515/8 516/11 517/23 520/6
521/23 523/20 525/17 526/19 526/22
526/24 527/2 527/6 528/10 529/4 529/9
529/12 529/22 529/23 530/1 531/7
534/18 535/14 536/10 536/12 536/17
536/25 537/9 537/10 537/12 537/20
537/21 539/6 541/19 541/21 544/7 545/8
548/3 548/16 548/18 549/22 549/23
555/4 556/10 556/19 558/13 560/3 560/5
560/6 560/20 560/21 561/4 561/5 561/6
561/7 561/9 561/19 561/23 561/24 562/1
562/7 562/14 563/1 563/14 563/19
564/12 564/24 565/7 565/8 566/23 567/4

## W

would... [5]  568/6 568/9 568/20 568/24
569/12
wouldn't [12]  450/17 507/1 508/17
519/11 527/1 529/10 531/13 536/13
548/16 553/6 553/7 561/20
wrap [1]  482/20
Wright [1]  423/18
write [4]  451/13 451/20 476/3 515/19
writes [2]  445/18 446/1
writing [2]  447/16 509/6
written [9]  519/1 543/5 543/7 543/8
543/12 543/18 544/18 557/19 557/23
wrong [2]  431/12 453/9

## Y

yeah [10]  448/17 466/4 507/9 514/7
518/25 536/16 549/2 551/5 559/5 560/7
year [9]  432/5 432/17 432/19 460/18
489/17 489/18 521/21 523/15 538/24
years [8]  434/7 434/11 434/15 434/21
504/20 523/16 527/17 536/9
yes [344]
yesterday [1]  448/22
yet [2]  440/13 544/1
Yoakum [1]  425/6
you [634]
you'll [1]  485/25
you're [19]  440/16 442/25 444/3 461/9
466/16 473/20 473/23 484/5 485/12
493/23 514/13 527/12 527/15 528/6
528/13 556/14 559/19 560/17 567/22
YOUNG [1]  426/5
your [159]
Your Honor [42]  454/9 454/19 454/25
457/17 459/23 469/12 469/13 491/23
492/3 493/9 493/24 494/1 494/14 497/15
500/13 500/17 500/22 501/12 501/23
502/20 515/17 516/14 521/1 524/3
527/22 538/5 538/22 539/1 554/21
554/23 556/24 562/6 562/11 562/24
563/1 565/7 566/23 567/11 568/1 568/25
568/25 569/18
yours [1]  446/2