# EXHIBIT 2

6934

```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE:  OIL SPILL BY THE OIL RIG   *  Docket 10-MD-2179
 5   DEEPWATER HORIZON IN THE           *
     GULF OF MEXICO ON APRIL 20, 2010   *  Section J
 6                                      *
     Applies to:                        *  New Orleans, Louisiana
 7                                      *
     Docket 10-CV-02771,                *  April 3, 2013
 8   IN RE:  THE COMPLAINT AND          *
     PETITION OF TRITON ASSET           *
 9   LEASING GmbH, et al                *
                                        *
10   Docket 10-CV-4536,                 *
     UNITED STATES OF AMERICA v.        *
11   BP EXPLORATION & PRODUCTION,       *
     INC., et al                        *
12                                      *
     *  *  *  *  *  *  *  *  *  *  *  *  *
13

14                  DAY 21, MORNING SESSION
                TRANSCRIPT OF NONJURY TRIAL
15           BEFORE THE HONORABLE CARL J. BARBIER
                 UNITED STATES DISTRICT JUDGE
16

17   Appearances:

18
     For the Plaintiffs:           Domengeaux Wright Roy
19                                    & Edwards, LLC
                                   BY:  JAMES P. ROY, ESQ.
20                                 556 Jefferson Street, Suite 500
                                   Post Office Box 3668
21                                 Lafayette, Louisiana 70502

22
     For the Plaintiffs:           Herman Herman & Katz, LLC
23                                 BY:  STEPHEN J. HERMAN, ESQ.
                                   820 O'Keefe Avenue
24                                 New Orleans, Louisiana 70113

25

                         OFFICIAL TRANSCRIPT
```

6935

```
 1   Appearances:

 2
     For the Plaintiffs:           Cunningham Bounds, LLC
 3                                 BY:  ROBERT T. CUNNINGHAM, ESQ.
                                   1601 Dauphin Street
 4                                 Mobile, Alabama 36604

 5   For the Plaintiffs:           Lewis Kullman Sterbcow & Abramson
 6                                 BY:  PAUL M. STERBCOW, ESQ.
                                   601 Poydras Street, Suite 2615
 7                                 New Orleans, Louisiana 70130

 8
     For the Plaintiffs:           Breit Drescher Imprevento
 9                                   & Walker, PC
                                   BY:  JEFFREY A. BREIT, ESQ.
10                                 600 22nd Street, Suite 402
                                   Virginia Beach, Virginia 23451
11

12   For the Plaintiffs:           Leger & Shaw
13                                 BY:  WALTER J. LEGER JR., ESQ.
                                   600 Carondelet Street, 9th Floor
14                                 New Orleans, Louisiana 70130

15   For the Plaintiffs:           Williams Law Group, LLC
16                                 BY:  CONRAD "DUKE" WILLIAMS, ESQ.
                                   435 Corporate Drive, Suite 101
17                                 Houma, Louisiana 70360

18   For the Plaintiffs:           Thornhill Law Firm
19                                 BY:  TOM THORNHILL, ESQ.
                                   1308 Ninth Street
20                                 Slidell, Louisiana 70458

21   For the Plaintiffs:           deGravelles Palmintier Holthaus
22                                   & Frugé, LLP
                                   BY:  JOHN W. DEGRAVELLES, ESQ.
23                                 618 Main Street
                                   Baton Rouge, Louisiana 70801
24

25

                         OFFICIAL TRANSCRIPT
```

6936

```
 1   Appearances:

 2
 3   For the Plaintiffs:           Williamson & Rusnak
                                   BY:  JIMMY WILLIAMSON, ESQ.
 4                                 4310 Yoakum Boulevard
                                   Houston, Texas 77006

 5
 6   For the Plaintiffs:           Irpino Law Firm
                                   BY:  ANTHONY IRPINO, ESQ.
 7                                 2216 Magazine Street
                                   New Orleans, Louisiana 70130

 8
 9   For the United States         U.S. Department of Justice
     of America:                   Torts Branch, Civil Division
10                                 BY:  R. MICHAEL UNDERHILL, ESQ.
                                   450 Golden Gate Avenue
11                                 7-5395 Federal Bldg., Box 36028
                                   San Francisco, California 94102

12
13   For the United States         U.S. Department of Justice
     of America:                   Environment & Natural Resources
14                                 Environmental Enforcement Section
                                   BY:  STEVEN O'ROURKE, ESQ.
15                                      SCOTT CERNICH, ESQ.
                                        DEANNA CHANG, ESQ.
16                                      RACHEL HANKEY, ESQ.
                                        A. NATHANIEL CHAKERES, ESQ.
17                                 Post Office Box 7611
                                   Washington, D.C. 20044

18
19   For the United States         U.S. Department of Justice
     of America:                   Torts Branch, Civil Division
20                                 BY:  JESSICA McCLELLAN, ESQ.
                                        MICHELLE DELEMARRE, ESQ.
21                                      JESSICA SULLIVAN, ESQ.
                                        SHARON SHUTLER, ESQ.
22                                      MALINDA LAWRENCE, ESQ.
                                   Post Office Box 14271
23                                 Washington, D.C. 20004

24

25

                         OFFICIAL TRANSCRIPT
```

6937

```
 1   Appearances:

 2
 3   For the United States         U.S. Department of Justice
     of America:                   Fraud Section
 4                                 Commercial Litigation Branch
                                   BY:  DANIEL SPIRO, ESQ.
 5                                      KELLEY HAUSER, ESQ.
                                        ELIZABETH YOUNG, ESQ.
 6                                 Ben Franklin Station
                                   Washington, D.C. 20044

 7
 8   For the State of              Attorney General of Alabama
     Alabama:                      BY:  LUTHER STRANGE, ESQ.
 9                                      COREY L. MAZE, ESQ.
                                        WINFIELD J. SINCLAIR, ESQ.
10                                 500 Dexter Avenue
                                   Montgomery, Alabama 36130

11
12   For the State of              Attorney General of Louisiana
     Louisiana:                    BY:  JAMES D. CALDWELL, ESQ.
13                                 1885 North Third Street
                                   Post Office Box 94005
14                                 Baton Rouge, Louisiana 70804

15   For the State of              Kanner & Whiteley, LLC
     Louisiana:                    BY:  ALLAN KANNER, ESQ.
16                                      DOUGLAS R. KRAUS, ESQ.
                                   701 Camp Street
17                                 New Orleans, Louisiana 70130

18
19   For BP Exploration &          Liskow & Lewis, APLC
     Production Inc.,              BY:  DON K. HAYCRAFT, ESQ.
20   BP America Production          701 Poydras Street, Suite 5000
     Company, BP PLC:              New Orleans, Louisiana 70139

21
22   For BP Exploration &          Kirkland & Ellis, LLP
     Production Inc.,              BY:  J. ANDREW LANGAN, ESQ.
23   BP America Production             HARIKLIA "CARRIE" KARIS, ESQ.
     Company, BP PLC:                  MATTHEW T. REGAN, ESQ.
24                                 300 N. Lasalle
                                   Chicago, Illinois 60654

25

                         OFFICIAL TRANSCRIPT
```

6938

6939

```
 1   Appearances:

 2

 3   For BP Exploration &        Covington & Burling, LLP
     Production Inc.,            BY:  ROBERT C. "MIKE" BROCK, ESQ.
 4   BP America Production       1201 Pennsylvania Avenue, NW
     Company, BP PLC:           Washington, D.C. 20004

 5
     For Transocean Holdings     Frilot, LLC
 6   LLC, Transocean Offshore    BY:  KERRY J. MILLER, ESQ.
     Deepwater Drilling Inc.,    1100 Poydras Street, Suite 3700
 7   Transocean Deepwater Inc.:  New Orleans, Louisiana 70163

 8   For Transocean Holdings     Sutherland Asbill & Brennan, LLP
     LLC, Transocean Offshore    BY:  STEVEN L. ROBERTS, ESQ.
 9   Deepwater Drilling Inc.,         RACHEL G. CLINGMAN, ESQ.
     Transocean Deepwater Inc.:  1001 Fannin Street, Suite 3700
10                               Houston, Texas 77002

11

12   For Transocean Holdings     Munger Tolles & Olson, LLP
     LLC, Transocean Offshore    BY:  MICHAEL R. DOYEN, ESQ.
13   Deepwater Drilling Inc.,         BRAD D. BRIAN, ESQ.
     Transocean Deepwater Inc.:       LUIS LI, ESQ.
14                               355 S. Grand Avenue, 35th Floor
     Los Angeles, California 90071

15

16   For Transocean Holdings     Mahtook & Lafleur
     LLC, Transocean Offshore    BY:  RICHARD J. HYMEL, ESQ.
17   Deepwater Drilling Inc.,    600 Jefferson Street, Suite 1000
     Transocean Deepwater Inc.:  Post Office Box 3089
18                               Lafayette, Louisiana 70501

19   For Transocean Holdings     Hughes Arrell Kinchen, LLP
     LLC, Transocean Offshore    BY:  JOHN KINCHEN, ESQ.
20   Deepwater Drilling Inc.,    2211 Norfolk, Suite 1110
     Transocean Deepwater Inc.:  Houston, Texas 77098

21

22   For Cameron International   Stone Pigman Walther Wittmann, LLC
     Corporation:               BY:  PHILLIP A. WITTMANN, ESQ.
23                              546 Carondelet Street
                                New Orleans, Louisiana 70130
24

25
```

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2

 3   For Cameron International   Beck Redden & Secrest, LLP
     Corporation:               BY:  DAVID J. BECK, ESQ.
 4                                   DAVID W. JONES, ESQ.
                                     GEOFFREY GANNAWAY, ESQ.
 5                                   ALEX B. ROBERTS, ESQ.
                                1221 McKinney Street, Suite 4500
 6                              Houston, Texas 77010

 7   For Halliburton Energy      Godwin Lewis, PC
     Services, Inc.:            BY:  DONALD E. GODWIN, ESQ.
 8                                   BRUCE W. BOWMAN JR., ESQ.
                                     FLOYD R. HARTLEY JR., ESQ.
 9                                   GAVIN HILL, ESQ.
                                1201 Elm Street, Suite 1700
10                              Dallas, Texas 75270

11

12   For Halliburton Energy:     Godwin Lewis, PC
     Services, Inc.:            BY:  JERRY C. VON STERNBERG, ESQ.
13                              1331 Lamar, Suite 1665
                                Houston, Texas 77010
14

15

16   Official Court Reporter:    Jodi Simcox, RMR, FCRR
                                500 Poydras Street, Room HB-406
17                              New Orleans, Louisiana 70130
                                (504) 589-7780
18                              Jodi_Simcox@laed.uscourts.gov

19

20   Proceedings recorded by mechanical stenography using
21   computer-aided transcription software.

22

23

24

25
```

OFFICIAL TRANSCRIPT

6940

6941

```
 1                   I N D E X

 2                                              Page

 3
     Glen Stevick
 4       Cross-Examination By Mr. Doyen:        6944
         Cross-Examination By Ms. Karis:        6989
 5       Redirect Examination By Mr. Von Sternberg:  7040

     John Gisclair
 6
 7       Videotaped deposition                  7055

     Kurt Adam Kronenberger
 8       Videotaped deposition                  7055

     Frederick E. Beck
 9
10       Direct Examination By Mr. Hill:        7056

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

```
14:13    1              THE DEPUTY CLERK:  All rise.

07:40    2              THE COURT:  Good morning, everyone.  Please be

08:04    3   seated.

08:04    4              I thought you left out a phrase there at the end

08:04    5   there, Stephanie.  But you caught me by surprise, but it's

08:04    6   okay.

08:04    7              Any preliminary matters before we resume

08:04    8   testimony?

08:04    9

08:04   10              MR. DOYEN:  I understand there are, Your Honor.

08:05   11              MR. GODWIN:  Good morning, Your Honor.

08:05   12              THE COURT:  Good morning.

08:05   13              MR. GODWIN:  Don Godwin for Halliburton, Judge.

08:05   14              I have the exhibits that we used yesterday in

08:05   15   the direct examination of Jesse Gagliano, and we've circulated

08:05   16   these.  To my knowledge there's no objections, and I would

08:05   17   offer them into evidence at this time, sir.

08:05   18              THE COURT:  Any objection to Halliburton's exhibits

08:05   19   regarding Mr. Gagliano?

08:05   20              Hearing none, those are admitted.

08:05   21              MR. GODWIN:  Thank you, Your Honor.

08:05   22              THE COURT:  Sure.

08:05   23              MR. IRPINO:  Good morning, Your Honor.  Anthony

08:05   24   Irpino for the PSC.

08:05   25              I have our list of exhibits and demonstratives
```

OFFICIAL TRANSCRIPT

08:05  1   used in connection with our cross-examination of Mr. Gagliano
08:05  2   yesterday.  We have circulated those, haven't received any
08:05  3   objections as of now, and we would offer, file, and introduce
08:05  4   those exhibits and demonstratives into evidence.
08:05  5        THE COURT:  All right.  Any objection?
08:05  6        Hearing none, those are admitted.
08:05  7        MR. BROCK:  Your Honor, good morning.  Mike Brock for
08:05  8   BP.
08:06  9        Likewise, we've circulated our exhibits for
08:06  10  Jesse Gagliano.  We've received no objections, and we would
08:06  11  offer them at this time.
08:06  12       THE COURT:  All right.  Any remaining objections?
08:06  13       Without objection, those are admitted.
08:06  14       MR. BROCK:  In addition, Your Honor, and as you may
08:06  15  recall, yesterday at lunchtime, or just after the lunch break,
08:06  16  Mr. Godwin advised that he was looking at cutting back his
08:06  17  case.  He's now cut his case back to the witness who is now on
08:06  18  the stand and one additional witness, which we think will
08:06  19  probably take the rest of today and maybe some into tomorrow.
08:06  20       Late yesterday afternoon, I started working to
08:06  21  see if I could get a witness here for tomorrow.  I have some
08:06  22  options, but they're not good options for us.  And I just
08:06  23  wanted to state to the Court that our preference would be to
08:06  24  start first thing Monday morning, if that would be agreeable to
08:06  25  the Court.  I've already gone ahead and served the witnesses

OFFICIAL TRANSCRIPT

08:06  1   that we would call next week.
08:07  2        THE COURT:  All right.  I think that makes perfect
08:07  3   sense, considering the fact that we're -- apparently we've
08:07  4   picked up a little speed that you all didn't anticipate this
08:07  5   week.  So I think that's reasonable.
08:07  6        What we'll do, we'll finish Halliburton's case
08:07  7   today and whatever it takes tomorrow, and then we'll recess
08:07  8   until Monday morning and start BP's case.  Okay?
08:07  9        MR. BROCK:  Thank you, Your Honor.
08:07  10       THE COURT:  Now, have you circulated your first
08:07  11  week's witnesses, or will you do that today?
08:07  12       MR. BROCK:  I have circulated the first week's
08:07  13  witnesses.  One change that I would make to that is -- one of
08:07  14  the witnesses I was working on for tomorrow was Morten Emilsen.
08:07  15  He's not on the list that I -- he is on the list of tentative
08:07  16  witnesses that I told the parties last night I was working on.
08:07  17  Later this morning I will plug his name into the list of next
08:07  18  week's witnesses.  We will plan to call him next week.
08:07  19       THE COURT:  Okay.
08:08  20       MR. BROCK:  Thank you.
08:08  21       THE COURT:  Can you give us your best estimate?  I
08:08  22  know things change day by day here.  But right now, if you
08:08  23  started next Monday, we go four days next week.
08:08  24       MR. BROCK:  Yes, sir, I can.
08:08  25       THE COURT:  How long do you anticipate your case

OFFICIAL TRANSCRIPT

6944

GLEN STEVICK, PH.D. - CROSS

08:08  1   would be?
08:08  2        MR. BROCK:  I'm anticipating that we would finish our
08:08  3   case somewhere between the 18th and the 23rd.  That's next
08:08  4   Friday or possibly earlier than that, next week.
08:08  5        THE COURT:  Okay.  Great.
08:08  6        All right.  Mr. Doyen?
08:08  7        MR. DOYEN:  Good morning, Your Honor.  Let me get
08:08  8   wired up here.
08:08  9        THE COURT:  Okay.  Good morning, Mr. Stevick, how are
08:08  10  you?
08:08  11       One more thing.  I think I mentioned yesterday
08:08  12  afternoon, when we recess around 3:00, 3:15, somewhere around
08:08  13  there, we'll reserve probably two benches.  It may not take all
08:08  14  the two benches, but we may need the two benches for the Tulane
08:09  15  class that's coming in around 3:00 this afternoon.
08:09  16       Also, I do need to break a little bit earlier
08:09  17  today for lunch, probably about ten till, five till, at the
08:09  18  latest, to noon, because I have a Court en banc meeting to
08:09  19  attend.  So we'll recess right before about 10 till noon and
08:09  20  come back about 1:30 or so.
09:20  21       (WHEREUPON, GLEN STEVICK, having been previously duly
08:09  22  sworn, testified as follows.)
08:09  23               CROSS-EXAMINATION
08:09  24  BY MR. DOYEN:
08:09  25  Q.  Good morning, Dr. Stevick.

OFFICIAL TRANSCRIPT

6945

GLEN STEVICK, PH.D. - CROSS

08:09  1   A.  Good morning.
08:09  2   Q.  I'm not going to replow any of the ground yesterday, but
08:09  3   let's just remind ourselves where we were and take off from
08:09  4   there.
08:09  5        We were discussing yesterday afternoon the flow of
08:09  6   the well pushing up on the pipe around the time the annular
08:09  7   closes, and then when the VBRs close, having the pipe pinned
08:10  8   into position with the drill pipe off to the side of the well
08:10  9   near the variable bore ram -- I'm sorry -- near the blind shear
08:10  10  rams, where they would remain for the next couple of days.
08:10  11       Do you recall all that?
08:10  12  A.  Yes.
08:10  13  Q.  Now, this phenomenon that we're talking about, the
08:10  14  buckling of pipe -- the buckling of drill pipe has been well
08:10  15  known in the drilling industry for many years, hasn't it?
08:10  16  A.  Yes.
08:10  17  Q.  I think I saw you bring into court a ruler like the one
08:10  18  we've been using.  Did I see that?
08:10  19  A.  Yes, you did.
08:10  20  Q.  Do you still have it up there?
08:10  21  A.  It's still here.
08:10  22  Q.  That is an example of the buckling phenomenon that we're
08:10  23  talking about?
08:10  24  A.  Yes.  It's a column.  A column can be an I-beam or it can
08:10  25  be a piece of pipe.  The equations are the same, and it

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

```
08:10  1   exhibits the concepts I've been talking about.
08:10  2       We have the classic 1757 formulas that tell you when
08:10  3   it buckles.  And you'll find that in every -- most mechanical
08:11  4   engineering design, civil engineering design textbook.  You
08:11  5   can't buy one without it.
08:11  6       However, there are more advanced equations that tell
08:11  7   you that if it's already buckled, the load to hold it there is
08:11  8   a third to a half of that load.  That, you'll only find in a
08:11  9   few advanced mechanics and engineering textbooks.
08:11 10   Q.  Now, this -- the ruler you and I both have here is
08:11 11   representative in the skinny dimension; right?  It won't bend
08:11 12   in the fat dimension here.
08:11 13       But if we look at it that way, it's more like a very
08:11 14   long piece of pipe, right, and that's why it will buckle in
08:11 15   this direction?
08:11 16   A.  Right.  This is called -- Euler buckling is called planar
08:11 17   buckling.  Now, a tube could pick any plane, but it will tend
08:11 18   to stay in that plane once it's gone in that direction.
08:11 19   Q.  Now, you said a minute ago -- well, let me pause on that
08:11 20   for one more minute.
08:11 21       The buckling we're seeing here is called elastic
08:11 22   buckling, meaning that once we take the force back off of the
08:12 23   tube, or the planar piece, it straightens back out; right?
08:12 24   A.  Correct.
08:12 25   Q.  Plastic buckling is what happens if we go further than the
```

GLEN STEVICK, PH.D. - CROSS

```
08:12  1   elastic limits here, bend it further than that, and then the
08:12  2   pipe becomes -- or the ruler becomes permanently bent; correct?
08:12  3   That's plastic buckling?
08:12  4   A.  Correct.  If you've gone over the yield stress of the
08:12  5   material, it will stay bent.
08:12  6   Q.  And we see evidence of both of those things happening to
08:12  7   the drill pipe segments in and around the BOP; correct?
08:12  8   A.  Correct.  It tells you which buckle -- or it actually
08:12  9   tells you what the cause is, just using logical deductions.
08:12 10   Q.  Okay.
08:12 11   A.  Setting the equations aside completely.
08:12 12   Q.  We're going to come to that in a couple of minutes.
08:12 13       You mentioned, I think a minute ago, that we see
08:12 14   equations being provided for buckling of drill pipe in standard
08:12 15   texts in industry; is that right?
08:12 16   A.  Yes.
08:12 17   Q.  And, in fact, one of the books I think you mentioned
08:12 18   before is a book by Dr. -- by Robert Grace, one of BP's
08:12 19   experts, the *Blowout and Well Control Handbook*.  Do you see
08:12 20   that?
08:13 21   A.  Both versions of his book have that, yes.
08:13 22   Q.  There's a chapter on, in fact, buckling and drill pipe;
08:13 23   correct?
08:13 24   A.  Correct.
08:13 25       MR. DOYEN:  Let's pull up 41594.302.1.
```

GLEN STEVICK, PH.D. - CROSS

```
08:09  1   BY MR. DOYEN:
08:09  2   Q.  And this is just a chapter -- part of a chapter from
08:09  3   Mr. Grace's book on well control.  And it's talking about the
08:13  4   elastic and plastic deformation of drill pipe; correct?
08:13  5   A.  Yes.
08:13  6   Q.  And you mentioned, I think a minute ago, some equations,
08:13  7   some 1757 equations.  You're talking about the fact that the
08:13  8   formulas for this buckling of a long slender piece of metal
08:13  9   like this were provided by the great mathematician -- I think
08:13 10   you pronounced it Leonhard Euler?
08:13 11   A.  Euler is the correct pronunciation.
08:13 12   Q.  Leonhard Euler, in 1757; correct?
08:13 13   A.  Correct.
08:13 14   Q.  And we see that in other textbooks in the industry,
08:13 15   correct, for drill pipe?
08:13 16   A.  Almost all of them, yes.
08:13 17   Q.  Now, from what I have seen, the textbooks in the industry
08:13 18   are often talking about what happens during drilling
08:14 19   operations.  When we have the drill and we have the bit in the
08:14 20   formation, and we're pressing down and the formation pressing
08:14 21   back up, we can get buckling in those circumstances; correct?
08:14 22   A.  Yes.
08:14 23   Q.  But we can also get buckling, as you pointed out, from the
08:14 24   force from below, the force from the flow of oil; correct?
08:14 25   A.  Yes, and internal pressure.  There's only one textbook
```

GLEN STEVICK, PH.D. - CROSS

```
08:14  1   that I've actually seen that formula in.
08:14  2   Q.  This ruler won't provide us with an example of this.  But,
08:14  3   in fact, the long slender tube is not only subject to being
08:14  4   bent in this one dimension, this planar dimension, as you
08:14  5   mentioned, but also helical buckling, right, where it spins
08:14  6   sort of like a corkscrew or a spring shape?
08:14  7   A.  Yes.
08:14  8   Q.  Let me put up TREX-7697.16.1.
08:14  9       These are figures from the Stress Engineering report
08:14 10   of buckling at Macondo at the time of the blowout and their
08:14 11   modeling showing the forces were sufficient to cause the
08:15 12   helical buckling.  And this is also a form of buckling known to
08:15 13   happen to drill pipes; correct?
08:15 14   A.  Yes, sir.
08:15 15   Q.  In fact, I think you cite in your reliance documents --
08:15 16       MR. DOYEN:  Let's pull up 61123.95.1, a 1962 article
08:15 17   by Lubinski and Logan called "Helical Buckling of Tubing Sealed
08:15 18   in Packers."
08:09 19   BY MR. DOYEN:
08:09 20   Q.  You cited that in your paper; correct?
08:15 21   A.  I did.
08:15 22   Q.  And helical buckling has been long known in the drilling
08:15 23   industry as something that can happen to the drill pipe;
08:15 24   correct?
08:15 25   A.  Absolutely.
```

6950

| | |
|---|---|
| 08:15 | 1 |
| 08:15 | 2 |
| 08:15 | 3 |
| 08:16 | 4 |
| 08:16 | 5 |
| 08:16 | 6 |
| 08:16 | 7 |
| 08:16 | 8 |
| 08:16 | 9 |
| 08:16 | 10 |
| 08:16 | 11 |
| 08:16 | 12 |
| 08:16 | 13 |
| 08:16 | 14 |
| 08:16 | 15 |
| 08:16 | 16 |
| 08:16 | 17 |
| 08:16 | 18 |
| 08:16 | 19 |
| 08:16 | 20 |
| 08:16 | 21 |
| 08:16 | 22 |
| 08:16 | 23 |
| 08:16 | 24 |
| 08:16 | 25 |

1    Q.   Let's go back again, just to return briefly to where we
2  were yesterday as a leaping-off point, to the demonstrative
3  D-6746.
4         And we were just talking about -- briefly, about the
5  four experts who talked about why is the pipe offside, when is
6  the pipe offside.  We've been talking about the force from
7  below, the flow theory, that has been explained by you and
8  Mr. Childs.
9         I want to talk now about Mr. Shanks' theories, the BP
10  witness.  You spoke briefly about this, I think, in response to
11  one of my questions yesterday.
12         You understand that Mr. Shanks says what happened
13  here, the traveling block fell -- and there are witness
14  accounts of this -- about half an hour after the explosion, and
15  that that created some downward force in the pipe, and that
16  that can account for why the pipe is off-center.
17         Do you recall that, generally?
18  A.   Yes.  It is a viable theory as to why you can have pipe
19  buckle in a BOP.
20  Q.   That is something that -- I'm sorry.  I didn't mean to
21  interrupt you.
22  A.   Well, it's one more reason that you have to configure
23  those LEGO blocks such that it won't be buckled enough when you
24  cut the pipe.
25  Q.   Understood.

OFFICIAL TRANSCRIPT

6951

1  A.   And you'll safely close the well.
2  Q.   Again, I understand that goes to your design theory.  I do
3  understand that.
4  A.   I'm --
5  Q.   Right now I'm just focusing on what happened that night
6  and over the next couple of days.
7  A.   Very good.
8  Q.   You understand Mr. Shanks' theory is the traveling block
9  falls and pushes the pipe into a buckled position.  And
10  although you say it's possible for something like that to
11  happen and it would result in buckled pipe in the BOP, that did
12  not happen in this case; correct?
13  A.   I don't believe so, no.  Well, it did fall, and it did
14  plastically buckle the pipe above the upper annular, just not
15  in the area where the cutting occurred.
16  Q.   Not down in the BOP?
17  A.   Correct.
18  Q.   Let's talk a little more about that.
19         MR. DOYEN:  Let's put up D-6636.  And let me go back
20  over to the board here.
21  BY MR. DOYEN:
22  Q.   The fundamental problem with Mr. Shanks' theory relates
23  back to this severing of the pipe that we were talking about
24  yesterday here.
25         And I'm looking at the big blue demonstrative,

OFFICIAL TRANSCRIPT

6952

1  severing the pipe, separation of pipe just above the annular.
2  A.   Yes, sir.
3  Q.   And that's something that occurs here on D-6636 on the far
4  left column.  That separation occurred between pipe 1-8-1 and
5  Piece 39; correct?
6  A.   Correct.
7  Q.   Within minutes of the closing of the variable bore rams,
8  that breaks?
9  A.   Yes, it does.
10  Q.   And we can see evidence, correct, in the forensic
11  evidence, that that happened before the traveling block fell;
12  correct?
13  A.   Absolutely.
14  Q.   Okay.  Now, just to go back -- I don't know where all my
15  pieces of pipe here are.
16         I think I want to put up another demonstrative.
17         MR. DOYEN:  Let's put up TREX-61124.19.1.
18  BY MR. DOYEN:
19  Q.   So these are some photos from your report.  Do you
20  recognize those?
21  A.   Yes.
22  Q.   I'm looking for my laser pointer here, which I've
23  misplaced.
24         What we see on your report -- on these pictures which
25  are taken from the DNV's forensic examination, we see the

OFFICIAL TRANSCRIPT

6953

1  extensive erosion, correct, where the pipe is heavily eroded
2  right above the annular?  Correct?
3  A.   Right above the upper annular, yes.
4  Q.   And more of this erosion up in here.
5         And then in this part of the pipe, in the lower two
6  pictures, we see where there was a classic tensile failure of
7  the pipe; correct?
8  A.   Correct.  The remaining ligament that was not eroded away
9  was not strong enough to take the tensile load.
10  Q.   So the tensile load occurs as the rig begins to drift --
11  the rig loses power, begins to drift, and the ocean currents
12  pull on the pipe which has been greatly eroded, there's not
13  much of the pipe left, literally snaps off it; correct?
14  A.   Correct.
15  Q.   I've got our little demonstrative here.  Just the very end
16  of the piece that sticks up above the annular, that classic
17  tensile failure at this 45 degree angle sliced right along the
18  top of this piece; correct?
19  A.   Yes, yes.  Ductile metal in tension will fail in shear
20  mode, which gives you the 45 degrees.
21  Q.   One of the pieces of evidence that that happened before
22  the traveling block fell is the condition of piece of pipe
23  No. 39; correct?
24  A.   Correct.
25  Q.   So let's look at that for just a second.  This is the

OFFICIAL TRANSCRIPT

6954

GLEN STEVICK, PH.D. - CROSS

```
08:20   1   lower end of Exhibit 39.  We've marked this -- this is 39-E, as
08:20   2   it's marked here in the chart.  Okay?
08:20   3   A.   Correct.
08:20   4   Q.   And you've looked at this piece, haven't you?
08:20   5   A.   Yes.
08:20   6   Q.   And I think you explained briefly yesterday that what we
08:20   7   can see from the condition of this pipe where the fingers, the
08:20   8   eroded fingers have been bent over, is that this piece of pipe,
08:20   9   39, did come down with considerable force and slammed into the
08:20  10   top of the annular and bent; correct?
08:20  11   A.   Yes.
08:20  12   Q.   Bent these fingers back?
08:21  13   A.   Bent the fingers back and also plastically buckled the
08:21  14   pipe above it.  It plastically deformed the fingers left from
08:21  15   the erosion -- do you have a label on this?
08:21  16   Q.   39-E, we'll call it.
08:21  17   A.   39-E, and the pipe above it was plastically bowed or bent.
08:21  18   Q.   I've got a model of that, too.  So I'll bring that to you
08:21  19   in just a second.  I think the judge's suggestion is, if we
08:21  20   bring the mic over here, that helps us when we're in this part
08:21  21   of the room.
08:21  22   A.   Further, this area of pipe is still very round.  That
08:21  23   means it wasn't bent by the riser folding over, where there's
08:21  24   other pipes that are plastically deformed but they're not round
08:21  25   anymore, so we know it was from the riser falling over.
```

OFFICIAL TRANSCRIPT

6955

GLEN STEVICK, PH.D. - CROSS

```
08:21   1        So there's a lot of evidence, both bowing and the
08:21   2   shape of the part or the pipe, so you can determine what
08:21   3   happened.
08:21   4   Q.   All right.  So to go with -- on the idea that pictures
08:21   5   help us understand what it is you just said.  This is a model,
08:21   6   obviously, smaller piece.  Full size would be a little bit
08:22   7   unwielding here in the exam.  This is Piece No. 39, again,
08:22   8   created by laser scanning and then having a 3D printer.  And
08:22   9   it's bowed; correct?  This is what you're talking about, this
08:22  10   slight bow we see in the pipe?
08:22  11   A.   Yes.
08:22  12   Q.   And it's also, as you say, round along this long axis;
08:22  13   right?  It's preserved its round shape up and down?
08:22  14   A.   Right.  And for this, the amount of buckling that can
08:22  15   occur trapped inside the riser, 18 3/4 inches, it should still
08:22  16   be round, unless it was folded.
08:22  17   Q.   And it's hard for it to fold inside the riser, which is
08:22  18   constraining the shape; correct?
08:22  19   A.   Right.  Exactly.
08:22  20   Q.   So your contention is that from the forensic evidence, we
08:22  21   can see that this piece, 39, and, of course, all the pieces up
08:22  22   above it were then intact, slammed into the riser -- I'm sorry,
08:22  23   slammed into the top of the annular, the steel top of the
08:22  24   annular, bent the very end of it, and deformed it along the
08:22  25   axis; correct?
```

OFFICIAL TRANSCRIPT

6956

GLEN STEVICK, PH.D. - CROSS

```
08:22   1   A.   Yes.
08:23   2   Q.   While preserving its basic roundness of the pipe up and
08:23   3   down the long axis?
08:23   4   A.   Exactly.
08:23   5   Q.   And we do not see a similar sort of bending in the pipe
08:23   6   inside the BOP; correct?
08:23   7   A.   Correct.  Section 83 is perfectly straight --  Section 83
08:23   8   is not only -- it's still round and it's still straight, and
08:23   9   that's in the section --
08:23  10   Q.   Section 83?
08:23  11   A.   -- that the blind shear ram's going to act on.  And this
08:23  12   is the section between the upper annular all the way down to
08:23  13   the upper VBR.
08:23  14   Q.   We'd need two of those pieces?
08:23  15   A.   Right.  Now the other way.
08:23  16   Q.   Yeah.  This was eventually severed by the blind shear ram?
08:23  17   A.   Correct.
08:23  18   Q.   I'm sorry.  We have 83 -- 1-B-1 and 83 were at one point
08:24  19   one piece of pipe; correct?
08:24  20   A.   Correct.
08:24  21   Q.   And you're talking about 83 being found perfectly
08:24  22   straight; correct?
08:24  23   A.   Right.  It's a remnant of pipe that was undamaged by the
08:24  24   riser folding.
08:24  25   Q.   And you're saying Pipe 39 here has been bowed as a result
```

OFFICIAL TRANSCRIPT

6957

GLEN STEVICK, PH.D. - CROSS

```
08:24   1   of the traveling block falling; correct?
08:24   2   A.   Yes.
08:24   3   Q.   And if that piece of pipe had still been connected and not
08:24   4   severed up here above the annular, we would see a similar sort
08:24   5   of bowing all along these pieces down to whatever point it was
08:24   6   held firmly in place; correct?
08:24   7   A.   Absolutely.
08:24   8   Q.   And we just don't see that.  This piece was found
08:24   9   perfectly straight, 83; right?
08:24  10   A.   Correct.
08:24  11   Q.   Which is evidence that this was elastically buckled;
08:24  12   right?  It did have to be bent to go from the VBRs over to the
08:24  13   blind shear ram?
08:24  14   A.   And be off-center, yeah.
08:24  15   Q.   And be off-center.  It needed to be bent, but it was
08:24  16   elastically bent so that when the pressure was taken back off,
08:24  17   it went back into its straight form, just like our ruler;
08:24  18   correct?
08:24  19   A.   Correct.
08:24  20   Q.   Now, to go back to another point you made a minute ago.
08:25  21   Again, to use our models, Point 1-B-1, which is just below 39,
08:25  22   tool joint stuck in the annular and then extending down a
08:25  23   little ways into the BOP.
08:25  24        This pipe has been bent; correct?
08:25  25   A.   Yes.
```

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:25 | 1   Q.   But it's been bent out of round in this long axis |
| 08:25 | 2   dimension; correct?  It's been flattened? |
| 08:25 | 3   A.   Yes.  It slid through.  As the riser fell, it was in that |
| 08:25 | 4   kinked area and worked its way out as the riser fell. |
| 08:25 | 5   Q.   It was found up in here in the riser, where the riser was |
| 08:25 | 6   kinked; right? |
| 08:25 | 7   A.   Correct. |
| 08:25 | 8   Q.   And the sort of deformation we see in this piece of pipe |
| 08:25 | 9   where it's been flattened out and slightly bent along the axis |
| 08:25 | 10   is consistent with it having been folded over inside the riser; |
| 08:25 | 11   correct? |
| 08:25 | 12   A.   Correct.  Therefore, you can't use its shape for |
| 08:25 | 13   determining what was buckled when. |
| 08:25 | 14   Q.   Okay.  Fair to say, Dr. Stevick, that all the forensic |
| 08:26 | 15   evidence we're looking at here -- the condition of Pipe No. 39, |
| 08:26 | 16   the condition of 1-B-1, the evidence of the separation of those |
| 08:26 | 17   pipes, the condition of 83 -- all of those things in this case |
| 08:26 | 18   eliminate the possibility it's that falling of the traveling |
| 08:26 | 19   block that explains why the pipe is off-center at the blind |
| 08:26 | 20   shear rams; correct? |
| 08:26 | 21   A.   That's correct. |
| 08:27 | 22   Q.   Let's go back to D-6746 for just a minute.  Just very |
| 08:27 | 23   briefly, Dr. Davis's theory in his report that the rig drifted, |
| 08:27 | 24   pulled the pipe far off to the side above the BOP and bent the |
| 08:27 | 25   pipe inside the BOP, again, that is a possible thing to happen |

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:27 | 1   in the world; right?  The drifting of the rig can cause the |
| 08:27 | 2   pipe to be bent inside the BOP; correct? |
| 08:27 | 3   A.   Yes.  And it's one more reason you have to design and |
| 08:27 | 4   operate the BOP accordingly, because it can -- the drill pipe |
| 08:27 | 5   can be buckled in the BOP. |
| 08:27 | 6   Q.   Understood. |
| 08:27 | 7        But your -- the forensic evidence tells us in this |
| 08:27 | 8   case that that is not what happened here in this blowout; |
| 08:27 | 9   correct? |
| 08:27 | 10   A.   Correct.  But the fix, again, is exactly the same for all |
| 08:27 | 11   the buckling theories. |
| 08:27 | 12   Q.   I'm just focusing on what happened.  The basic problem is, |
| 08:28 | 13   again, once this pipe separates, which it does, from the |
| 08:28 | 14   massive erosion, leaving only a little bit of the pipe left |
| 08:28 | 15   when it snaps off, once those two pieces snap apart, the |
| 08:28 | 16   continuing drift of the rig for the next two days, for this |
| 08:28 | 17   broken piece of pipe -- this broken piece of pipe has no impact |
| 08:28 | 18   on the pipe inside the BOP; correct? |
| 08:28 | 19   A.   Correct.  Plus, if you look at the currents -- the buoys |
| 08:28 | 20   survived the *Deepwater Horizon*.  You know, water currents are |
| 08:28 | 21   very slow, less than walking speed.  It's never really going to |
| 08:28 | 22   slam down.  It may come down and kiss the top of the upper |
| 08:28 | 23   annular, but it's not going to slam down. |
| 08:28 | 24   Q.   I think you had stated that in your opinion, based on the |
| 08:28 | 25   physical evidence that we've been looking at, it can't be |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:28 | 1   disputed that it was the force from below that buckled the |
| 08:28 | 2   pipe; correct? |
| 08:28 | 3   A.   Well, it's also the pressure inside the pipe itself, |
| 08:29 | 4   probably one of the big -- it gives you an effective |
| 08:29 | 5   compression. |
| 08:29 | 6   Q.   I'm encompassing that within the force from below.  That's |
| 08:29 | 7   a pressure that's arising from the well; correct? |
| 08:29 | 8   A.   It is, due to flow into the drill pipe, yes. |
| 08:29 | 9   Q.   Flow and the pressure from the well are, in your view, the |
| 08:29 | 10   only things that can explain why this pipe was off-center at |
| 08:29 | 11   the blind shear rams; correct? |
| 08:29 | 12   A.   Yes.  And keep it buckled all the way through the riser |
| 08:29 | 13   falling. |
| 08:29 | 14   Q.   Let me just briefly come back to the timing question we |
| 08:29 | 15   talked about.  We do understand that the explosion occurs right |
| 08:29 | 16   around 9:49 on the 20th; correct? |
| 08:29 | 17   A.   That's correct. |
| 08:29 | 18   Q.   And by that point -- in fact, a few minutes before that, |
| 08:29 | 19   when the crew was closing the annular and then closing the |
| 08:29 | 20   variable bore rams, pipe is already buckled inside the BOP; |
| 08:29 | 21   correct? |
| 08:29 | 22   A.   Yes. |
| 08:29 | 23   Q.   Now, I think you indicated that none of us can know for |
| 08:29 | 24   certain when we lost total communication from the rig down to |
| 08:29 | 25   the BOP.  Correct? |

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:29 | 1   A.   Correct. |
| 08:29 | 2   Q.   We don't have any records like the Sperry data that |
| 08:30 | 3   actually tell us that? |
| 08:30 | 4   A.   Correct. |
| 08:30 | 5   Q.   We know power was lost right away, so electric |
| 08:30 | 6   communication appears to be lost.  But there's also hydraulic |
| 08:30 | 7   communication; correct? |
| 08:30 | 8   A.   Right.  In my experience analyzing explosions and fires, |
| 08:30 | 9   electrical connections are typically much weaker than hydraulic |
| 08:30 | 10   event connections. |
| 08:30 | 11   Q.   Okay. |
| 08:30 | 12   A.   And we know the hydraulic was definitely gone when the |
| 08:30 | 13   riser fell, but we don't know for sure -- |
| 08:30 | 14   Q.   Exactly when. |
| 08:30 | 15   A.   -- exactly. |
| 08:30 | 16   Q.   The hydraulic pipes, like the electronic signals, are |
| 08:30 | 17   coming up through the moon pool, through the MUX cables; |
| 08:30 | 18   correct? |
| 08:30 | 19   A.   Correct. |
| 08:30 | 20   Q.   And subject -- and there was an intense fire burning there |
| 08:30 | 21   for the next two days after the 20th; correct? |
| 08:30 | 22   A.   Correct. |
| 08:30 | 23   Q.   And at some point it's likely that that fire took out |
| 08:30 | 24   those lines of communication? |
| 08:30 | 25   A.   Agreed. |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:30 | 1 Q.   Now, if on April 22nd, when the blind shear rams are |
| 08:30 | 2 activated mechanically -- I shouldn't say it that way -- the |
| 08:31 | 3 autoshear is activated mechanically by the severing of a piece |
| 08:31 | 4 of metal.  Do you recall this? |
| 08:31 | 5 A.   Yes. |
| 08:31 | 6 Q.   You've seen the video of that? |
| 08:31 | 7 A.   Yes. |
| 08:31 | 8 Q.   It's at that point that the blind shear rams are closed, |
| 08:31 | 9 the pipe is off-center as a result of the flow and the pressure |
| 08:31 | 10 from this well; correct? |
| 08:31 | 11 A.   Yes.  That's when I believe the blind shear ram was |
| 08:31 | 12 activated. |
| 08:31 | 13 Q.   And it cannot -- blind shear rams cannot seal -- shear the |
| 08:31 | 14 pipe and seal the well because the pipe is off-centered; |
| 08:31 | 15 correct? |
| 08:31 | 16 A.   Correct.  At that point they should have activated the CSR |
| 08:31 | 17 first, centered the pipe, and then did the autoshear; but |
| 08:31 | 18 that's not what they did. |
| 08:31 | 19 Q.   Understood. |
| 08:31 | 20        Likewise, going back to April 20th or from whenever |
| 08:31 | 21 thereafter when the AMF conditions were met -- and we can't be |
| 08:31 | 22 certain because none of us know here today exactly when |
| 08:31 | 23 hydraulic communicating was lost.  But whenever that was, given |
| 08:31 | 24 the buckled state of the pipe, even if the AMF works perfectly, |
| 08:31 | 25 the pods worked perfectly, it cannot shear the pipe and seal |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:32 | 1 the well; correct? |
| 08:32 | 2 A.   Correct. |
| 08:32 | 3        MR. DOYEN:  Let's pull up TREX-61123.27.2. |
| 08:32 | 4 BY MR. DOYEN: |
| 08:32 | 5 Q.   Turning briefly to the solenoid.  You understand this is a |
| 08:32 | 6 dual-coil solenoid; correct? |
| 08:32 | 7 A.   Yes. |
| 08:32 | 8 Q.   And there was some testing on that solenoid -- I'm sorry. |
| 08:32 | 9 One other fact.  One of the coils is wired in the reverse |
| 08:32 | 10 direction, correct -- |
| 08:32 | 11 A.   Correct. |
| 08:32 | 12 Q.   -- in this particular solenoid? |
| 08:32 | 13        And there was testing done at DNV; correct? |
| 08:32 | 14 A.   Yes.  The technical working group, yes. |
| 08:32 | 15 Q.   And you understand that the way this solenoid has |
| 08:33 | 16 functioned in the field is there's electric and hydraulic |
| 08:33 | 17 communication, as you say, to the pods; and when that's |
| 08:33 | 18 terminated, the pods then go into action on their own, using |
| 08:33 | 19 battery power, sends a signal to the solenoid, cause it to |
| 08:33 | 20 function; correct? |
| 08:33 | 21 A.   Correct. |
| 08:33 | 22 Q.   And you state here in your report, talking about the DNV |
| 08:33 | 23 testing, "The results of Solenoid 103 testing are |
| 08:33 | 24 inconclusive" -- did I read that correctly so far? |
| 08:33 | 25 A.   Yes. |

OFFICIAL TRANSCRIPT

6964

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:33 | 1 Q.   ". . . because 103Y" -- that's Solenoid 103Y; correct? |
| 08:33 | 2 A.   Yes. |
| 08:33 | 3 Q.   . . . "Solenoid 103Y worked properly when connected to and |
| 08:33 | 4 operated by SEM-A and SEM-B, as would have occurred in the |
| 08:33 | 5 field." |
| 08:33 | 6        Did I read that correctly? |
| 08:33 | 7        MS. KARIS:  Your Honor, I'm objecting, move to |
| 08:33 | 8 strike.  This is the DNV results, which the Court has excluded. |
| 08:33 | 9        MR. DOYEN:  No, Your Honor.  The Court's order is |
| 08:34 | 10 quite clear that the testing that occurred of the solenoid, |
| 08:34 | 11 which everybody has relied on and says we shouldn't pay |
| 08:34 | 12 attention to Transocean's testing, the only testing we could |
| 08:34 | 13 look at is the DNV testing.  This is his statement about what's |
| 08:34 | 14 found by the DNV testing. |
| 08:34 | 15        MS. KARIS:  Your Honor, if I may respond.  What this |
| 08:34 | 16 is citing to is the results of that testing, which is precisely |
| 08:34 | 17 what the Court has held to be excluded. |
| 08:34 | 18        Definitely, Mr. Stevick can speak to his own |
| 08:34 | 19 conclusions with respect to DNV's testing, but this paragraph |
| 08:34 | 20 is a direct citation to the results and conclusions of the |
| 08:34 | 21 DNV's report, which the Court has excluded. |
| 08:34 | 22        MR. DOYEN:  This paragraph, Your Honor, is his |
| 08:34 | 23 conclusion that he draws from the testing, which everyone |
| 08:34 | 24 agrees is appropriate to look at, his description of what we |
| 08:34 | 25 take from the results. |

OFFICIAL TRANSCRIPT

6965

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:34 | 1        THE COURT:  Okay.  Is that your conclusion, or are |
| 08:34 | 2 you reporting -- are you citing what was in the DNV report as |
| 08:34 | 3 their conclusion? |
| 08:34 | 4        THE WITNESS:  Your Honor, I actually went back to the |
| 08:35 | 5 laboratory notes. |
| 08:35 | 6        THE COURT:  Okay. |
| 08:35 | 7        THE WITNESS:  It's my conclusion.  The wording's |
| 08:35 | 8 poor.  I'm not relying on their conclusions whatsoever. |
| 08:35 | 9        THE COURT:  Okay. |
| 08:35 | 10        MS. KARIS:  Okay. |
| 08:35 | 11        MR. DOYEN:  Let's turn up -- pull up, I'm sorry. |
| 08:35 | 12 |
| 08:35 | 13 BY MR. DOYEN: |
| 08:35 | 14 Q.   One more point on the solenoids.  The SEMs, the subsea |
| 08:35 | 15 electronic modules, SEM-A and SEM-B, they use something called |
| 08:35 | 16 "pulse-width modulation"; correct? |
| 08:35 | 17 A.   Yes. |
| 08:35 | 18 Q.   That basically involves turning the power off and on |
| 08:35 | 19 really rapidly; correct? |
| 08:35 | 20 A.   Yes. |
| 08:35 | 21 Q.   And that's a common method used in devices like this to |
| 08:35 | 22 save battery power; correct? |
| 08:35 | 23 A.   To save battery power and to control small motors.  I've |
| 08:35 | 24 actually designed that circuit myself for controlling motors |
| 08:35 | 25 and -- |

OFFICIAL TRANSCRIPT

08:35  1    Q.   And the --
08:35  2    A.   Well, hold on.  From these tests, the three tests we've
08:36  3    talked about, from the technical working group, and I concluded
08:36  4    in my rebuttal report that although it worked twice, the first
08:36  5    time it didn't work, and the reason is because it stuck and
08:36  6    became unstuck during the testing.
08:36  7            I've tested lots of solenoid valves, and we know now
08:36  8    that the reason it didn't work at the time was the poles were
08:36  9    reversed, so you had much less force.  You still had force, so
08:36 10    it can work sometimes because pulse-width modulation doesn't
08:36 11    always cancel 100 percent, so you still have some pulling
08:36 12    force; it's just highly reduced.
08:36 13            But when you have a severe environment, the hydraulic
08:36 14    fluid itself will never be completely clean.  So what's been
08:36 15    exhibited by these tests is sticking.  And let me explain why
08:36 16    that happens in a solenoid valve.
08:36 17        MR. DOYEN:  Your Honor, we'll object to that.  The
08:36 18    sticking portion is not in his -- not in his report.
08:36 19        THE COURT:  Well, you asked him the question, let him
08:36 20    answer it.
08:37 21        MR. DOYEN:  Fine.  Understood.
08:37 22        THE WITNESS:  So if I may continue.  The way a
08:37 23    hydraulic valve works, you have a plunger that sticks out into
08:37 24    the coils and it pulls that plunger.  It's attached to what's
08:37 25    called a spool.  The spool has disks and spaces between those

08:37  1    disks that route the hydraulic fluid to ports in the body.
08:37  2            The spool slides in a hole that's only 10,000ths
08:37  3    of an inch larger than the size of those disks on the spool.
08:37  4    So there are no rubber or elastomeric seals.  The seal is just
08:37  5    the tightness of the fit.  So a very common failure mode for
08:37  6    hydraulic valves is a little piece of dirt or debris gets in
08:37  7    there and it sticks.
08:37  8            And when you see the first test not activate
08:37  9    until the last seven seconds, so it's not long enough, this
08:37 10    valve was stuck downhole.  And after that first test, they got
08:37 11    it unstuck, and then they got it to work a couple more times.
08:38 12    That's almost certainly what happened.
08:38 13    BY MR. DOYEN:
08:38 14    Q.   Let me say -- the solenoid was removed from the pod in May
08:38 15    of 2010; correct?
08:38 16    A.   Yes.
08:38 17    Q.   And it wasn't disassembled and photographed until over a
08:38 18    year later; correct?
08:38 19    A.   Correct.  And it was still stuck.
08:38 20    Q.   And you're aware of testimony, aren't you, that if left
08:38 21    stagnant, solenoids like this can have growth that causes the
08:38 22    sticking you're talking about?
08:38 23    A.   I don't think so.
08:38 24    Q.   You said -- I want to go back to pulse-width modulation,
08:38 25    which is where we started this whole thing.

08:38  1    A.   Sure.
08:38  2    Q.   Pulse-width modulation, turning the power on and off;
08:38  3    correct?
08:38  4    A.   Yes.
08:38  5    Q.   Given your understanding of the pulse-width modulation,
08:38  6    it's not a surprise to you that DNV tests showed that when the
08:38  7    solenoid was activated through SEM-A and SEM-B, as it would be
08:38  8    in the field, the solenoid actually functioned?
08:38  9    A.   Correct.  But if you look at the entire test result, it
08:39 10    had lower pulling force because one of the coils was reversed,
08:39 11    and that puts you in a situation where you're extremely
08:39 12    susceptible to a small amount of debris getting caught in that
08:39 13    1/10,000 of an inch gap.
08:39 14    Q.   Okay.
08:39 15    A.   If you look at any book on hydraulic actuating valves,
08:39 16    this is a big problem, sticking.
08:39 17    Q.   And this biggest problem with this debris theory that
08:39 18    you're talking about now is not in your report; correct?
08:39 19    A.   I don't think I ever mentioned it, but I do say in my
08:39 20    rebuttal report I concluded it didn't work based on those test
08:39 21    results.
08:39 22        MR. DOYEN:  Let's turn to 61124.24.1.
08:39 23    BY MR. DOYEN:
08:39 24    Q.   So we're looking back over at the blue pod, just to make
08:39 25    it clear here and remind everybody where we are.  The solenoid

08:39  1    we were talking about, 103Y, the Y is for yellow; correct?
08:39  2    A.   Correct.
08:40  3    Q.   So it's a solenoid on the yellow pod?
08:40  4    A.   Yes.
08:40  5    Q.   Now we're looking over at the blue pod and the question of
08:40  6    the shape of the batteries; correct?
08:40  7    A.   That's correct.
08:40  8    Q.   And you indicate in your report that the control pod that
08:40  9    was in use in the blue pod at the time of the incident,
08:40 10    referred to as Pod No. 3, had been the spare pod on deck since
08:40 11    2007.
08:40 12        MR. DOYEN:  I'm going to read that again, Your Honor.
08:40 13    I was sort of paraphrasing.
08:40 14    BY MR. DOYEN:
08:40 15    Q.   And I won't be able to ask you if I read it correctly
08:40 16    because I didn't.
08:40 17            Let me try again.  "The control pod that was in use
08:40 18    as the blue pod at the time of the incident, referred to as Pod
08:40 19    No. 3, had previously been the spare pod on deck since
08:40 20    November 2007."
08:40 21            Did I read that correctly?
08:40 22    A.   Yes.
08:40 23    Q.   And you understand the batteries had been changed out in
08:40 24    2007 by Cameron; correct?
08:40 25    A.   Yes.

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:40 | 1       MR. DOYEN:  Let's pull up TREX-4617.61.1. |
| 08:40 | 2 BY MR. DOYEN: |
| 08:40 | 3 Q.  This is a document in your reliance list from the RMS |
| 08:40 | 4 system.  Do you recall that? |
| 08:41 | 5 A.  No, but I -- I'm sure it's there. |
| 08:41 | 6 Q.  And this is just indicating back in '08 that the pod had |
| 08:41 | 7 been sent to Cameron and overhauled, the SEM upgraded with new |
| 08:41 | 8 batteries.  Do you see that? |
| 08:41 | 9 A.  Yes. |
| 08:41 | 10       MR. DOYEN:  Let's put up for a second -- 3329 -- just |
| 08:41 | 11 a moment, for a second -- 3329.2.1. |
| 08:41 | 12 BY MR. DOYEN: |
| 08:41 | 13 Q.  There were some discussion yesterday about Cameron's |
| 08:41 | 14 policies, but I don't think we actually had the policies up. |
| 08:41 | 15       So just to remind everybody where we are, it's |
| 08:41 | 16 recommended that the 9-volt and the 27-volt battery be |
| 08:41 | 17 replaced -- either -- the earliest of, after one year of |
| 08:41 | 18 on-time operation, if the number of actuations have exceeded |
| 08:41 | 19 33, or five years after purchase; correct? |
| 08:41 | 20 A.  Yes. |
| 08:41 | 21       MR. DOYEN:  Let's call up TREX-5154.1.1.  Do we have |
| 08:42 | 22 a call-out .1.1 -- 5.41.1.1 [sic]? |
| 08:42 | 23       All right.  We can do it that way. |
| 08:42 | 24 BY MR. DOYEN: |
| 08:42 | 25 Q.  This is another document in your reliance documents.  Do |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:42 | 1 you recall that? |
| 08:42 | 2 A.  Well, I don't recall it, but I'm sure I looked at it at |
| 08:42 | 3 some point. |
| 08:42 | 4 Q.  Okay.  And I think Mr. Williamson was asking you about |
| 08:42 | 5 some correspondence involving Cameron a year or so before this |
| 08:42 | 6 concerning Cameron's old batteries. |
| 08:42 | 7       This is a series of e-mails concerning the testing of |
| 08:42 | 8 Cameron's then-new batteries in 2006.  Let's highlight the |
| 08:42 | 9 first paragraph there:  The results were not published to |
| 08:42 | 10 customers. |
| 08:42 | 11       So looking at the third sentence in that paragraph, |
| 08:42 | 12 let me focus on that first.  Do you see where it says, When |
| 08:43 | 13 Cameron publishes to the customers -- I'm sorry.  I read that |
| 08:43 | 14 wrong. |
| 08:43 | 15       "What Cameron publishes to the customers is |
| 08:43 | 16 33 actuations or one year of normal operation." |
| 08:43 | 17       Do you see that? |
| 08:43 | 18 A.  I do. |
| 08:43 | 19 Q.  You didn't see anything from Cameron, did you, where they |
| 08:43 | 20 indicate that having the pod on deck as the spare pod for a |
| 08:43 | 21 year constitutes one year of normal operations, did you? |
| 08:43 | 22 A.  Oh, I think a pod sitting out in the sun, you've got to |
| 08:43 | 23 count the time -- |
| 08:43 | 24 Q.  Sir, I'm asking you a more specific question, not your |
| 08:43 | 25 opinion.  Did you find anything from Cameron advising its |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:43 | 1 customers that the pod sitting on deck, not being used, |
| 08:43 | 2 constitutes one year of normal operations? |
| 08:43 | 3 A.  I'd have to go back and look at the -- what it says, but I |
| 08:43 | 4 believe there's correspondence asking that, that Cameron |
| 08:43 | 5 replied it was installed time, not -- |
| 08:43 | 6 Q.  You're talking about the correspondence that occurred |
| 08:43 | 7 after the event, aren't you? |
| 08:43 | 8 A.  It could be.  But there was correspondence -- |
| 08:43 | 9 Q.  Can you point to anything before the event where Cameron |
| 08:44 | 10 advised its customers that merely installing the batteries on |
| 08:44 | 11 the unused spare pod for a year constitutes one year of normal |
| 08:44 | 12 operations? |
| 08:44 | 13 A.  No, I can't.  However, in this particular case, this is a |
| 08:44 | 14 known critical issue.  These batteries have to be checked |
| 08:44 | 15 before you splash, or just changed. |
| 08:44 | 16 Q.  I'm just focusing on the recommendation from Cameron to |
| 08:44 | 17 its customers, sir. |
| 08:44 | 18       Let's look at the previous sentence. |
| 08:44 | 19       "The results showed that the batteries should last |
| 08:44 | 20 77 actuations or two years of normal operation." |
| 08:44 | 21       Did you see that? |
| 08:44 | 22 A.  Yes, I see it. |
| 08:44 | 23 Q.  And your report doesn't contain any analysis of how long |
| 08:44 | 24 the batteries will, in fact, last in normal operations, does |
| 08:44 | 25 it? |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 08:44 | 1 A.  No.  I did not test the batteries in this case. |
| 08:44 | 2 Q.  Now, you read the report by BP's expert on batteries and |
| 08:44 | 3 solenoids, Mr. Zatarain, didn't you? |
| 08:44 | 4 A.  I did. |
| 08:45 | 5       MR. DOYEN:  Let's put up TREX-22729.15.1. |
| 08:45 | 6 BY MR. DOYEN: |
| 08:45 | 7 Q.  You saw Mr. Zatarain's analysis showing that if the |
| 08:45 | 8 27-volt battery had been bad on the 20th, April 20th, at the |
| 08:45 | 9 time of the incident, all three batteries would be bad when |
| 08:45 | 10 tested at Michoud; correct? |
| 08:45 | 11 A.  Yes. |
| 08:45 | 12 Q.  And that is not the condition we found the batteries in at |
| 08:45 | 13 Michoud; correct?  We didn't find three dead batteries, did we? |
| 08:45 | 14 A.  No. |
| 08:45 | 15 Q.  According to Mr. Zatarain's analysis, the 27-volt battery, |
| 08:45 | 16 to be in the bad condition we found it at Michoud -- |
| 08:45 | 17 A.  Yes. |
| 08:46 | 18 Q.  -- must have been drained after the incident; correct? |
| 08:46 | 19 A.  Well, I don't know if that's what he said or not.  I'd |
| 08:46 | 20 have to review -- |
| 08:46 | 21 Q.  Well, that does follow from the analysis, doesn't it?  We |
| 08:46 | 22 have to have a bad -- if we had a bad battery in the 27-volt on |
| 08:46 | 23 April 20th, regardless of the condition of the other |
| 08:46 | 24 batteries -- good, bad, weak, whatever -- they would all be |
| 08:46 | 25 dead when we measured them? |

OFFICIAL TRANSCRIPT

6974

6975

08:46  1    A.   I'd have to go back and review that.  I can't tell that
08:46  2  from this.
08:46  3    Q.   You didn't really analyze this chart?
08:46  4    A.   I did at some point, yes.
08:46  5    Q.   You don't recall now whether you agree with Mr. Zatarain's
08:46  6  conclusions on this point or not?
08:46  7    A.   This exact point, no.
08:46  8    Q.   Thank you.
08:46  9         MR. DOYEN:  Let put up TREX-4 -- I'm sorry, I'm
08:46  10  saying that wrong -- 5495.5.1.
08:46  11         BY MR. DOYEN:
08:46  12    Q.   This is another document.  This is from the Transocean
08:47  13  internal investigation, likewise in your reliance documents.
08:47  14  Do you recall reviewing this?
08:47  15    A.   It looks familiar.
08:47  16    Q.   Do you recall reviewing the conclusion of Transocean's
08:47  17  internal investigation team, when they were looking at why do
08:47  18  we have batteries that are more than a year old on one of the
08:47  19  pods, one of the three pods, the Transocean team determined
08:47  20  that the annual battery change-out procedure had been
08:47  21  inadvertently dropped from the EMPAC system, computer-based
08:47  22  system, and then reinstated when the new computer system, RMS,
08:47  23  was rolled out.
08:47  24         Do you recall that?
08:47  25    A.   Yes.

08:47  1    Q.   And you didn't find any evidence that this computer
08:47  2  scheduling error was on purpose, did you?
08:47  3    A.   No.
08:47  4    Q.   And you are aware that, in fact, the RMS system did
08:47  5  reinstate an annual battery change-out, aren't you?
08:47  6    A.   Well, that's what it says.
08:47  7    Q.   Well, let's look at another one of the documents you cite
08:47  8  in your reliance document, 581.4.1.
08:47  9         This is providing definitions for hundreds and
08:48  10  thousands of RMS-mandated maintenance tasks.  This one is for
08:48  11  Standard Preventive Maintenance Task 02, BOP control pod
08:48  12  service.  Do you see that?
08:48  13    A.   Yes.
08:48  14    Q.   And it indicates "change deadman AMF batteries."
08:48  15         Do you see that?
08:48  16    A.   Yes.
08:48  17    Q.   Mr. Stevick, we started talking, I think yesterday
08:48  18  afternoon, about the considerable experience you have had in
08:48  19  looking at what's happened to pipes, buckling of pipes, failure
08:48  20  of pipes.
08:48  21         Do you recall that, generally?
08:48  22    A.   Yes.
08:48  23    Q.   You have never worked for a BOP manufacturer, have you?
08:48  24    A.   No, I have not.
08:48  25    Q.   You don't have any experience operating a BOP, do you?

6976

08:48  1    A.   No.  I've assisted with shearing calculations and
08:48  2  buckling.
08:48  3    Q.   Okay.  Never worked on the installation of a BOP?
08:49  4    A.   No, just what you should close to make sure you don't
08:49  5  buckle when you're going to shear.
08:49  6    Q.   Understood.  Never been asked to evaluate whether a BOP
08:49  7  was suitable for application in a particular well, have you?
08:49  8    A.   Not on a particular well, but on wells in general,
08:49  9  shearing and making sure your free length is too short to have
08:49  10  buckling when you have to shear.
08:49  11    Q.   And you've never designed a BOP stack; correct?
08:49  12    A.   No, I have not, but certainly many devices that hold
08:49  13  pressures up to 27,000 psi.
08:49  14    Q.   And you don't have any experience performing repair or
08:49  15  maintenance on a BOP, do you?
08:49  16    A.   No, I do not.
08:49  17    Q.   Now, I think you said in your report that Transocean
08:49  18  should periodically examine BOP components for corrosion, wear,
08:49  19  and other flaws.  Do you recall that?
08:49  20    A.   Yes, and check the batteries every time, also.
08:49  21    Q.   And you indicated in your report that Transocean should
08:49  22  have periodically replaced components when necessary.  Do you
08:49  23  recall that?
08:49  24    A.   Yes.
08:49  25         MR. DOYEN:  Let's put up TREX-1195.223.1.

6977

08:50  1         BY MR. DOYEN:
08:50  2    Q.   This is from the daily activity report, another one of
08:50  3  your reliance documents.  Do you recall reviewing that?
08:50  4    A.   No, but I'm sure I did.
08:50  5         MR. DOYEN:  Well, let's zoom in on the highlighted
08:50  6  entries.  Phil, if we could, 1195.223.2.
08:50  7         BY MR. DOYEN:
08:50  8    Q.   So this is from the maintenance records, from the subsea
08:50  9  daily activity reports for the several days before this BOP was
08:50  10  splashed at Macondo.
08:50  11         You've heard that phrase before, being "splashed,"
08:50  12  haven't you?
08:50  13    A.   I've used it.
08:50  14    Q.   You understand that's when they put the BOP off the rig
08:50  15  down into the water and lower it into the well?
08:50  16    A.   Yes.
08:50  17    Q.   So it indicates that in the two days before this, the
08:50  18  subsea guys are replacing bad solenoids on the yellow pod.  Do
08:50  19  we see that?
08:50  20    A.   Yes, we do.
08:51  21    Q.   And you understand that included, back in this case,
08:51  22  Solenoid 103Y; correct?
08:51  23    A.   Right.  And they installed one that was -- they installed
08:51  24  it improperly.
08:51  25    Q.   They installed one that had a reverse-wired coil?

08:51  1    A.    Correct.
08:51  2    Q.    "Activated the autoshear valve prior to separation in
08:51  3    order to verify autoshear valve will function and close blind
08:51  4    shears."
08:51  5          Do you see that?
08:51  6    A.    Yes.
08:51  7    Q.    "Change out the pod filters on both pods."  Do you see
08:51  8    that?
08:51  9    A.    Yes.
08:51 10    Q.    "Wiping down and inspecting all bonnets and ram blocks."
08:51 11    Do you see that?
08:51 12    A.    Yes.
08:51 13    Q.    "Installing new ram packers, changed out upper and lower
08:51 14    annular elements."  Do you see that?
08:51 15    A.    Yes.
08:51 16    Q.    "Started changing 1/2-inch hoses on all failsafes on the
08:51 17    LBOP," which I think we can see on the next line is the lower
08:51 18    BOP.  Do you see that?
08:51 19    A.    Yes.
08:51 20    Q.    "Installed new 1/2-inch hoses on all ST-locks."
08:51 21          And then finally pressure testing the BOP.  Do you
08:51 22    see that?
08:52 23    A.    Yes.
08:52 24    Q.    And all of that is drawn -- I think that is page 224 of a
08:52 25    225-page consolidated report of maintenance on the BOP going

08:52  1    back to 2002.  Do you recall that?
08:52  2    A.    Yes.
08:52  3    Q.    Your report doesn't discuss whether the same kind of
08:52  4    maintenance we see here was done in all the previous rig moves;
08:52  5    correct?
08:52  6    A.    No, it doesn't.
08:52  7    Q.    Now, you understand, don't you, that Transocean actually
08:52  8    sends out a special maintenance crew to the rig between rig
08:52  9    moves to assist with all maintenance and specifically with the
08:52 10    maintenance on the BOP?
08:52 11    A.    I would assume that's the case.
08:52 12    Q.    You've seen -- you've seen testimony where this team is
08:52 13    routinely or often referred to as the "SWAT team."  You've seen
08:52 14    that?
08:52 15    A.    That sounds familiar.
08:52 16          MR. DOYEN:  Let's put up TREX-3340.1.1.
08:53 17    BY MR. DOYEN:
08:53 18    Q.    This is another one of your reliance documents, isn't it?
08:53 19    A.    Yes.
08:53 20    Q.    This is a subsea support team daily report -- they don't
08:53 21    call themselves the SWAT team, apparently -- the subsea support
08:53 22    team daily report.  I think we see the date down below that,
08:53 23    1/28/2010.  Do you see that?
08:53 24    A.    Yes.
08:53 25    Q.    Indicating they've arrived on board the rig and they've

08:53  1    reviewed the scope of work with Mr. Hay.
08:53  2          You're familiar with Mr. Hay, aren't you?
08:53  3    A.    Yes.
08:53  4    Q.    One of the subsea guys?
08:53  5    A.    Yes.
08:53  6    Q.    You don't know him personally, but you've seen his
08:53  7    deposition?
08:53  8    A.    Yes.
08:53  9          MR. DOYEN:  Let's pull up TREX-3340.2.1.
08:53 10    BY MR. DOYEN:
08:53 11    Q.    So this is indicating on the 30th of January, the subsea
08:53 12    support team functions the blind shear ram and the super shears
08:53 13    and functioned EDS Modes 1 and 2, both pods, separated the
08:53 14    lower marine riser package from the BOP to fire the autoshear.
08:53 15          Do you see that?
08:53 16    A.    Yes.  They are actually going through all the steps, and
08:53 17    because it is a support team, they would be familiar with the
08:54 18    entire TO fleet.  And most of that fleet has two shearing blind
08:54 19    rams.
08:54 20    Q.    The --
08:54 21    A.    And they would know that this -- they should know that
08:54 22    this configuration is a problem.
08:54 23    Q.    Well, I think anybody that looked at it and saw the
08:54 24    various permit applications would know that it had one blind
08:54 25    shear ram.  Correct?

08:54  1    A.    Exactly.  And that's why I don't understand why the
08:54  2    support team is not stepping up to bat here and saying, "How do
08:54  3    we mitigate this problem?"
08:54  4    Q.    And put in another blind shear ram?
08:54  5    A.    Not necessarily.  There's an intermediate step you can do,
08:54  6    and that is, for deadman, make sure the CSR cuts first, which
08:54  7    will center the pipe and make sure the blind shear ram will
08:54  8    close without damaging the shear and packers.
08:54  9    Q.    I understand you have a bunch of opinions on design.
08:54 10    A.    Yeah.  Now, this is design configuration.
08:54 11    Q.    Focusing here on maintenance that was done.  Okay.
08:54 12    Something you also comment on in your report; correct?
08:54 13    A.    Yes.
08:54 14          MR. DOYEN:  Let's pull up TREX-3340.11.1.
08:55 15    BY MR. DOYEN:
08:55 16    Q.    Now, on the 1st of February, we see the subsea support
08:55 17    team reporting that they're cleaning, inspecting, and prepping
08:55 18    the ram cavities, installing new rubber goods in the bonnets,
08:55 19    removing the blind shear ram blocks, pulling the seal carriers,
08:55 20    removing both lower and upper annulars to change the elements,
08:55 21    cleaned and inspected the annular cavities.
08:55 22          Do you see all that?
08:55 23    A.    Yes.
08:55 24          MR. DOYEN:  Let's look at 3340.15.1.
08:55 25

GLEN STEVICK, PH.D. - CROSS

| 08:55 | 1 | BY MR. DOYEN: |
| 08:55 | 2 | Q.   On the 2nd, the subsea support team is cleaning and |
| 08:55 | 3 | inspecting the annular cavities, installing the new seals, |
| 08:55 | 4 | installing the new seal carrier in the starboard blind shear |
| 08:55 | 5 | ram.  Do you see that? |
| 08:55 | 6 | A.   Yes. |
| 08:55 | 7 | Q.   And finally, the last page of that document -- I've lost |
| 08:56 | 8 | my number -- 3340.22.1. |
| 08:56 | 9 |      On the 6th of February, after a week of work, they |
| 08:56 | 10 | report the testing they're doing on the BOP; correct? |
| 08:56 | 11 | A.   Yes. |
| 08:56 | 12 | Q.   Now, you understand that all this work that we've been |
| 08:56 | 13 | looking at in here is done pursuant to a schedule that's set out |
| 08:56 | 14 | in advance; right? |
| 08:56 | 15 | A.   I would assume. |
| 08:56 | 16 |      MR. DOYEN:  Well, let's look at TREX-5101 -- I'm |
| 08:56 | 17 | sorry, I said that wrong.  5102.3.2, I believe. |
| 08:56 | 18 | BY MR. DOYEN: |
| 08:56 | 19 | Q.   This is another document in your reliance documents.  Do |
| 08:56 | 20 | you recall that? |
| 08:56 | 21 | A.   It looks familiar. |
| 08:56 | 22 | Q.   And here in this particular case, this particular blowout, |
| 08:56 | 23 | is listing the tasks we have to be performed on the blowout |
| 08:57 | 24 | preventer:  function the well test, dry-fire EDS-1 and 2. |
| 08:57 | 25 |      Do you see all that? |

GLEN STEVICK, PH.D. - CROSS

| 08:57 | 1 | A.   Yes. |
| 08:57 | 2 | Q.   And then it's tracking the progress of what's been |
| 08:57 | 3 | completed and not completed.  Do you see that? |
| 08:57 | 4 | A.   Yes. |
| 08:57 | 5 | Q.   And let's just look briefly -- this, I think, is work on |
| 08:57 | 6 | the BOP, which is the lower segment. |
| 08:57 | 7 |      MR. DOYEN:  Let's look at 5102.3.3. |
| 08:57 | 8 | BY MR. DOYEN: |
| 08:57 | 9 | Q.   And here's the work to be performed on the lower marine |
| 08:57 | 10 | riser package; correct? |
| 08:57 | 11 | A.   Yes. |
| 08:57 | 12 | Q.   And many of us in the world would think of the BOP as both |
| 08:57 | 13 | units, right, what's formally called the BOP, those stacks at |
| 08:57 | 14 | the bottom and then lower marine riser package which has |
| 08:57 | 15 | the annular elements; correct? |
| 08:57 | 16 | A.   Correct. |
| 08:57 | 17 | Q.   But in a technical parlance, those get separated.  The |
| 08:57 | 18 | annulars are in the lower marine riser package and the other |
| 08:57 | 19 | BOP elements are in the BOP; correct? |
| 08:57 | 20 | A.   Yes.  It's used both ways. |
| 08:57 | 21 | Q.   Now, you understand that the maintenance schedule, the |
| 08:57 | 22 | tasks that are to be performed when the rig -- I'm sorry, let |
| 08:58 | 23 | me step back for a second. |
| 08:58 | 24 |      You understand that it is common in the industry to |
| 08:58 | 25 | do most of the BOP maintenance when the BOP is up on the rig |

GLEN STEVICK, PH.D. - CROSS

| 08:58 | 1 | and not when it's down on the bottom of the ocean; correct? |
| 08:58 | 2 | A.   Of course. |
| 08:58 | 3 | Q.   And you understand, as we just saw a minute ago, that |
| 08:58 | 4 | there's a schedule for all the work that's going to be |
| 08:58 | 5 | performed over a week on the BOP that's set out in advance; |
| 08:58 | 6 | correct? |
| 08:58 | 7 | A.   Yes, but there's no evaluation of whether it's going to |
| 08:58 | 8 | work. |
| 08:58 | 9 | Q.   I understand, sir.  I'm going again to your design and |
| 08:58 | 10 | configurations.  I'm just looking at the maintenance that's |
| 08:58 | 11 | done. |
| 08:58 | 12 |      You also understand, don't you, that this maintenance |
| 08:58 | 13 | schedule that's laid out here in detail and that is reported in |
| 08:58 | 14 | detail in the records we saw is approved by BP in advance. |
| 08:58 | 15 | Correct? |
| 08:58 | 16 | A.   I would assume that's the case. |
| 08:58 | 17 |      MR. DOYEN:  Well, let's look at TREX-3338.1.1. |
| 08:58 | 18 | BY MR. DOYEN: |
| 08:58 | 19 | Q.   Another one of your reliance documents.  Do you recall |
| 08:58 | 20 | this? |
| 08:58 | 21 | A.   Yes. |
| 08:58 | 22 | Q.   Just internal e-mails among some of the people that we |
| 08:59 | 23 | know in the case:  Mr. Guide, Mr. Cocales, Mr. Duocet.  I'm |
| 08:59 | 24 | probably slaughtering the pronunciation of that. |
| 08:59 | 25 |      They've then forwarded that plan, the schedule that |

GLEN STEVICK, PH.D. - CROSS

| 08:59 | 1 | we talked about before.  This is Transocean's schedule, and |
| 08:59 | 2 | they're talking about does this work for us, do we want to do |
| 08:59 | 3 | this, do we want to make any changes. |
| 08:59 | 4 |      Do you understand that happens routinely, sent to BP, |
| 08:59 | 5 | they approve the maintenance that's been done before the BOP is |
| 08:59 | 6 | splashed?  Correct? |
| 08:59 | 7 |      MS. KARIS:  Object to foundation. |
| 08:59 | 8 |      THE COURT:  Sustained. |
| 08:59 | 9 | BY MR. DOYEN: |
| 08:59 | 10 | Q.   Let's look at -- |
| 08:59 | 11 |      MR. DOYEN:  I'm about done. |
| 08:59 | 12 | BY MR. DOYEN: |
| 08:59 | 13 | Q.   A document you put up -- I shouldn't say you put up.  I |
| 08:59 | 14 | think Mr. Williamson put this up, 611 -- actually, before we go |
| 08:59 | 15 | do that.  Let's look at one thing in your report, 61123.14.1. |
| 09:00 | 16 |      This is, again, your amended report from |
| 09:00 | 17 | January 2012.  You state:  "Furthermore, for BOP designs, BP |
| 09:00 | 18 | decides what the BOP stack configuration will be and instructs |
| 09:00 | 19 | its drilling contractors, including Transocean, regarding what |
| 09:00 | 20 | types of rams should be used and where the rams will be located |
| 09:00 | 21 | in the BOP." |
| 09:00 | 22 |      Did I read that correctly? |
| 09:00 | 23 | A.   Yes.  And that's my experience in the oil industry, the |
| 09:00 | 24 | major does direct how the construction's going to be. |
| 09:00 | 25 | Q.   Okay.  And then the next sentence:  "Here, BP specified |

GLEN STEVICK, PH.D. - CROSS

09:00 1  the configuration of the BOP in its original contract with
09:00 2  Transocean and re-specified the configuration in September 2009
09:00 3  in a contract amendment."
09:00 4       Did I read that correctly?
09:00 5  A.  Yes.
09:00 6  Q.  Again, consistent with your experience in the industry?
09:00 7  A.  Yes.
09:00 8  Q.  Now, let me go to the document that we saw up on the
09:00 9  screen yesterday, that is, 4114.1.1.
09:01 10      You understand this is a memo we were looking at on
09:01 11 the design philosophy relating to, among other things, the
09:01 12 emergency disconnect systems; correct?
09:01 13 A.  Yes.
09:01 14 Q.  And this Vastar Resources is a predecessor for BP;
09:01 15 correct?
09:01 16 A.  Yes.
09:01 17 Q.  And you understand this document is signed by a BP
09:01 18 representative, a Vastar representative, as well as a legacy
09:01 19 company of Transocean's; correct?
09:01 20 A.  Yes.
09:01 21      MR. DOYEN:  I'm trying to find the language
09:01 22 here . . .
09:01 23      If I could have one minute, Your Honor.  I'm
09:01 24 sorry.
09:02 25      Is this 2.1.1?  There we go.  Thank you.  I'm

OFFICIAL TRANSCRIPT

---

GLEN STEVICK, PH.D. - CROSS

09:02 1  sorry.  I called that up incorrectly.  The same document.
09:02 2  BY MR. DOYEN:
09:02 3  Q.  I think you looked at the language and highlighted the
09:02 4  language just before the top sentence that I highlighted there,
09:02 5  and you read that out loud yesterday.
09:02 6  A.  Yes.
09:02 7  Q.  And we had this up on the board, but we didn't read out
09:02 8  the next sentence, which I've highlighted there, where the
09:02 9  announced philosophy is stated, "The overall reliability
09:02 10 philosophy of the deadman system" -- that's DMS; correct?
09:02 11 A.  Yes.
09:02 12 Q.  -- "is to provide reliability through simplicity.  This
09:02 13 means that the fewer decisions the system has to make, the more
09:02 14 reliable it will be in executing its preprogrammed logic."
09:02 15      Do you see that?
09:02 16 A.  Yes, but I --
09:02 17 Q.  Did I read that correctly?
09:02 18 A.  Yes.  However, a proper design -- simplicity is not a --
09:02 19 should not be a governing concept.  You have to determine
09:03 20 whether it will work.  And what's shown here is outside of the
09:03 21 standard of care in engineering.
09:03 22 Q.  I understand, sir.  You disagree with this, don't you?
09:03 23 A.  Yes, I do.
09:03 24 Q.  But people back at the time looked at the very issue
09:03 25 you're talking about, and this is the decision they made and

OFFICIAL TRANSCRIPT

---

GLEN STEVICK, PH.D. - CROSS

09:03 1  wrote down; correct?
09:03 2  A.  It's an absolutely horrible decision.
09:03 3  Q.  Okay.
09:03 4  A.  It's not supported by any text or philosophy that I've
09:03 5  ever seen in mechanical engineering design, in any textbook
09:03 6  when I taught or was taught to.  It's, as I said, well outside
09:03 7  the standard of care in engineering.
09:03 8  Q.  And you understand BP looked at this at the time and came
09:03 9  to this conclusion in 2001.
09:03 10 A.  I understand.
09:03 11 Q.  And pursuant to the philosophy that we get reliability
09:03 12 from simplicity, they decided that the AMF/deadman system will
09:03 13 close only the shearing blind rams; correct?
09:03 14 A.  Yes.  And that completely flies in the face of their own
09:03 15 well control manuals, which state that that probably won't
09:04 16 work.
09:04 17 Q.  And you agree, don't you, that once this is programmed
09:04 18 this way -- I'm losing my stack -- once the program has set and
09:04 19 the crew's working with that programmed system, the crew itself
09:04 20 can't change how the AMF functions; correct?
09:04 21 A.  I agree.
09:04 22      MR. DOYEN:  Your Honor, I would pass the witness.
09:04 23      THE COURT:  All right.  BP?
09:04 24      MS. KARIS:  Yes, Your Honor.
09:05 25      Your Honor, may I proceed?

OFFICIAL TRANSCRIPT

---

GLEN STEVICK, PH.D. - CROSS

09:05 1       THE COURT:  Yes.
09:05 2       MS. KARIS:  Thank you.
09:05 3            CROSS-EXAMINATION
09:05 4  BY MS. KARIS:
09:05 5  Q.  Good morning, Dr. Stevick.  Hariklia Karis on behalf of
09:05 6  BP.  And for the record, I need to state that I have you on
09:06 7  cross-examination.
09:06 8  A.  Good morning.
09:06 9  Q.  I want to follow up on some of the testimony that you've
09:06 10 given from yesterday and today.
09:06 11      But I want to start by asking you, in connection with
09:06 12 all of your opinions regarding the BOP -- whether it's
09:06 13 buckling, whether it's erosion, whatever the analysis is --
09:06 14 would you agree with me that timing of activation of a BOP
09:06 15 matters?
09:06 16 A.  Yes.
09:06 17 Q.  Okay.  And would you agree that the response time for
09:06 18 activating a BOP affects the ability of that BOP to operate and
09:06 19 serve its purpose?
09:06 20 A.  Yes.  In fact, in this case, if you had operated it
09:06 21 timely, you could have shut the well with no problem --
09:06 22 Q.  Exactly.
09:06 23 A.  -- and properly.
09:06 24 Q.  And so if a well control events -- or if a well control
09:06 25 event starts slowly -- well, let me back up.

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:06 | 1 |
| 09:06 | 2 |

09:06  1       You understand from your work in this case, and from
09:06  2  other experience that you have, that well control events
09:07  3  generally start out slowly and then, of course, increase with
09:07  4  time.
09:07  5  A.   Yes, they accelerate.
09:07  6  Q.   Okay.  And you agree that waiting too long results in
09:07  7  having increased flow rates that the BOP needs to contend with.
09:07  8  A.   Yes.  And damaging of equipment and erosion, yes.
09:07  9  Q.   Now, all of the opinions that you've given in your report
09:07 10  and over the last couple of days, you would agree with me that
09:07 11  none of the issues you've identified would have prevented
09:07 12  Transocean's crew from responding to the signs of a kick and
09:07 13  shutting in the well and -- with the BOP prior to 9:41 on
09:07 14  April 20th, 2010?
09:07 15       MR. DOYEN:  Your Honor, I do object to that.  The
09:07 16  witness is not a well control expert, hasn't been qualified as
09:07 17  such, hasn't talked about those issues in his report.  I think
09:07 18  he's limited to talking about the equipment and what happened
09:07 19  to it, but not what the crew should have done.
09:08 20       MS. KARIS:  Your Honor, if I may respond.  Both in
09:08 21  his report and in his deposition, Dr. Stevick opined that there
09:08 22  was buckling and other issues --
09:08 23       THE COURT:  I'll allow it.  I'll allow the witness to
09:08 24  answer that.
09:08 25       MS. KARIS:  Thank you.

OFFICIAL TRANSCRIPT

---

GLEN STEVICK, PH.D. - CROSS

09:08  1  BY MS. KARIS:
09:08  2  Q.   Would you like me to restate --
09:08  3  A.   Yes.
09:08  4  Q.   -- the question?
09:08  5  A.   I'm sorry.
09:08  6  Q.   Sure.
09:08  7  A.   Please.
09:08  8  Q.   Would you agree that none of the issues you've identified
09:08  9  in your report would have prevented Transocean's crew from
09:08 10  responding to the signs of a kick and shutting in the well with
09:08 11  the BOP prior to 9:41 on April 20th, 2010?
09:08 12  A.   That's correct.  There's no reason you could -- in fact,
09:08 13  the signs were obvious.  They shut the pumps off at 9:30, and
09:08 14  it was obvious well before that that there was a problem.
09:08 15       And it doesn't take a well control expert -- you see
09:08 16  the hook load bouncing, inflow.  There's no question this was a
09:08 17  well that was in communication with the reservoir.
09:08 18  Q.   And would you also agree that if Transocean's crew had
09:08 19  activated EDS-2 prior to the first explosion, the BOP would
09:08 20  have successfully sealed the well?
09:09 21  A.   Yes, it would have.
09:09 22  Q.   Now, you reached certain conclusions in this case with
09:09 23  respect to the activation of the deadman that we've discussed
09:09 24  over the last couple of days.  And I want to follow up, and I'm
09:09 25  going to try not to be repetitive.

OFFICIAL TRANSCRIPT

---

GLEN STEVICK, PH.D. - CROSS

09:09  1       You agree that the AMF/deadman failed to activate the
09:09  2  blind shear ram due to a low charge of the 27-volt battery in
09:09  3  the blue pod; correct?
09:09  4  A.   In the blue pod, yes.
09:09  5  Q.   And you agree that had that blue pod battery been replaced
09:09  6  or the yellow pod solenoid been properly wired, the AMF would
09:09  7  have functioned.
09:09  8  A.   Absolutely.  And given the criticality of the batteries,
09:09  9  they should have been changed every splash.
09:10 10  Q.   And you agree that if the drill pipe was centered at the
09:10 11  time of the incident and didn't become centered until later,
09:10 12  then activating the blind shear ram probably would have
09:10 13  completely sheared the drill pipe and sealed the well,
09:10 14  preventing the blowout?
09:10 15  A.   Yes.  And even if late, if you had closed all your annular
09:10 16  devices, closed the CSR first, you would have no problem
09:10 17  shearing that pipe.
09:10 18  Q.   Now, you don't know precisely when AMF conditions were
09:10 19  satisfied; correct?
09:10 20  A.   Correct.
09:10 21  Q.   And you don't know when the AMF conditions -- you don't
09:10 22  know if -- when the AMF conditions were satisfied, whether the
09:10 23  pipe was off-center precisely at that time; correct?
09:10 24  A.   Well, it was off-center right away.  So it was
09:10 25  off-center --

OFFICIAL TRANSCRIPT

---

GLEN STEVICK, PH.D. - CROSS

09:10  1  Q.   Okay.
09:10  2  A.   -- but it just didn't fire.  The blind shear ram was not
09:10  3  activated until -- not 48 hours, but 40 hours later, on the
09:10  4  morning of the 22nd, by autoshear.
09:11  5  Q.   Would you agree that it's entirely possible that at the
09:11  6  time the AMF conditions were satisfied, the drill pipe could
09:11  7  have been sufficiently centered such that the blind shear ram
09:11  8  would have been capable of cutting the pipe and sealing the
09:11  9  well?
09:11 10  A.   At the time the AMF criteria was satisfied?
09:11 11  Q.   Yes.
09:11 12  A.   No.
09:11 13  Q.   You agree with that or you don't agree with that?
09:11 14  A.   Well, I'd have to go through your sentence very carefully.
09:11 15       But what I'm saying is that when the criteria for AMF
09:11 16  was satisfied, the pipe was already buckled, almost certainly.
09:11 17  Q.   Okay.  Let's look at your deposition.
09:11 18  A.   Sure.
09:11 19       MS. KARIS:  Page 483, lines 4 to 13, please.
09:11 20  BY MS. KARIS:
09:11 21  Q.   You gave a deposition in this case; correct?
09:11 22  A.   Yes.
09:11 23  Q.   And were you asked the following question:
09:11 24       "QUESTION:  So it's entirely possible that at the
09:11 25  time the AMF conditions were satisfied, the drill pipe

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| 09:11 | 1 | could have been sufficiently centered such that the blind |
|---|---|---|
| 09:12 | 2 | shear ram would have been capable of cutting the pipe and |
| 09:12 | 3 | sealing the well? |
| 09:12 | 4 | "ANSWER:  Possible.  It seems unlikely, but |
| 09:12 | 5 | possible." |
| 09:12 | 6 | A.    Well -- |
| 09:12 | 7 | Q.    And then you were asked: |
| 09:12 | 8 | "QUESTION:  You can't rule it out? |
| 09:12 | 9 | And you responded: |
| 09:12 | 10 | "ANSWER:  Can't rule it out." |
| 09:12 | 11 | Correct? |
| 09:12 | 12 | A.    Correct.  Anything's possible; it's just extremely |
| 09:12 | 13 | unlikely. |
| 09:12 | 14 | Q.    You just couldn't rule it out, to use your words; correct? |
| 09:12 | 15 | A.    Not absolutely. |
| 09:12 | 16 | Q.    Okay.  Now, you reached a conclusion as to the timing for |
| 09:12 | 17 | when the first explosion likely occurred; correct? |
| 09:12 | 18 | A.    Yes. |
| 09:12 | 19 | Q.    Okay.  And after looking at the data in this case, your |
| 09:12 | 20 | conclusion was that the first explosion likely occurred around |
| 09:12 | 21 | 9:49 p.m.; correct? |
| 09:12 | 22 | A.    Right. |
| 09:12 | 23 | Q.    And you believe that the drill pipe buckled or bowed |
| 09:13 | 24 | closer to 2150; correct, that is, after the explosion? |
| 09:13 | 25 | A.    We can't say exactly when, but I think it's buckled pretty |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| 09:13 | 1 | early at the time of the VBRs closing, or if it's later, it's |
|---|---|---|
| 09:13 | 2 | very short -- a very short time later. |
| 09:13 | 3 | Q.    Okay.  And that's precisely my point.  You can't say |
| 09:13 | 4 | exactly when.  It could have been when the VBRs closed, but |
| 09:13 | 5 | sometime very close after the VBRs closed. |
| 09:13 | 6 | A.    Or while they're closing -- |
| 09:13 | 7 | Q.    Okay. |
| 09:13 | 8 | A.    -- which is more likely, given the internal pressure |
| 09:13 | 9 | buckling mechanism. |
| 09:13 | 10 | Q.    All right.  And, of course, in order to have any chance of |
| 09:13 | 11 | sealing in the well once the explosion occurs, if the pipe |
| 09:13 | 12 | isn't off-center, then you need your AMF/deadman to work; |
| 09:13 | 13 | correct? |
| 09:13 | 14 | A.    Yes. |
| 09:13 | 15 | Q.    All right.  Now, you were asked some questions by counsel |
| 09:13 | 16 | for Transocean regarding the batteries, and I want to follow up |
| 09:13 | 17 | on that very briefly, because there's been a lot of testimony |
| 09:13 | 18 | in this case about the batteries. |
| 09:13 | 19 | But you're aware that multiple other experts have |
| 09:14 | 20 | looked at this battery issue -- Dr. Davis on behalf of the |
| 09:14 | 21 | United States, Mr. Zatarain on behalf of BP, and Mr. Coronado |
| 09:14 | 22 | on behalf of Cameron -- correct? |
| 09:14 | 23 | A.    Yes. |
| 09:14 | 24 | Q.    And yourself. |
| 09:14 | 25 | A.    Yes. |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| 09:14 | 1 | Q.    And all of you reached the conclusion that the batteries |
|---|---|---|
| 09:14 | 2 | in the blue pod were not capable of working -- the 27-volt |
| 09:14 | 3 | battery in the blue pod was not capable of working to activate |
| 09:14 | 4 | the AMF/deadman on the evening of April 20th; correct? |
| 09:14 | 5 | A.    Correct, we all agree on that issue.  There's no question |
| 09:14 | 6 | those batteries were dead and could not activate the AMF. |
| 09:14 | 7 | Q.    The only one that disagrees is Mr. Childs, Transocean's |
| 09:14 | 8 | expert; correct? |
| 09:14 | 9 | A.    Correct.  I think he's mistaken. |
| 09:14 | 10 | Q.    Okay. |
| 09:14 | 11 | MS. KARIS:  If we can pull up 3792.1.1, please. |
| 09:15 | 12 | BY MS. KARIS: |
| 09:15 | 13 | Q.    We've talked a lot about the life of the batteries, and I |
| 09:15 | 14 | don't want to go into all of that again, but are you familiar |
| 09:15 | 15 | with this document, which is from Transocean's subsea |
| 09:15 | 16 | superintendent to James Kent, a Transocean employee, setting |
| 09:15 | 17 | out what the dates for those batteries were? |
| 09:15 | 18 | A.    This is one of the documents I relied on to conclude that |
| 09:15 | 19 | the blue pod batteries were changed in November of '07. |
| 09:15 | 20 | Q.    Okay.  And your conclusion is based on the fact that -- |
| 09:15 | 21 | MS. KARIS:  If we can pull out No. 3 there, which is |
| 09:15 | 22 | the pod at issue. |
| 09:15 | 23 | BY MS. KARIS: |
| 09:15 | 24 | Q.    -- those batteries had been replaced by Transocean most |
| 09:15 | 25 | recently November 4th of 2007; correct? |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| 09:15 | 1 | A.    Correct. |
|---|---|---|
| 09:15 | 2 | Q.    And that is what -- |
| 09:15 | 3 | THE COURT:  Wait.  Refresh my recollection.  No. 3, |
| 09:15 | 4 | again, that's the blue pod; right? |
| 09:15 | 5 | MS. KARIS:  Correct, Your Honor. |
| 09:15 | 6 | THE COURT:  Okay. |
| 09:15 | 7 | THE WITNESS:  Yes. |
| 09:15 | 8 | MS. KARIS:  No. 1 is the spare; No. 2 is the yellow |
| 09:15 | 9 | pod. |
| 09:15 | 10 | THE COURT:  Okay. |
| 09:15 | 11 | BY MS. KARIS: |
| 09:15 | 12 | Q.    So Pod No. 3, which is the one that we're talking about |
| 09:16 | 13 | the batteries not functioning, the most recent time that |
| 09:16 | 14 | Transocean had replaced those batteries was November of 2007; |
| 09:16 | 15 | correct? |
| 09:16 | 16 | A.    Yes. |
| 09:16 | 17 | Q.    And that is well in excess of Cameron's recommended |
| 09:16 | 18 | practice for when batteries should be changed out; correct? |
| 09:16 | 19 | A.    Yes.  And that's what I stated in my report. |
| 09:16 | 20 | Q.    And you agree that the AMF/deadman sequence would have |
| 09:16 | 21 | functioned on April 20th if the blue pod batteries had been |
| 09:16 | 22 | replaced per Cameron's recommended schedule for battery |
| 09:16 | 23 | replacement; correct? |
| 09:16 | 24 | A.    Yes. |
| 09:16 | 25 | Q.    Let's talk briefly about the solenoid. |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

```
09:16   1          The miswired solenoid was in the yellow pod; correct?
09:16   2   A.    Yes.
09:16   3   Q.    And to be clear here, we have a blue pod and a yellow pod,
09:16   4   and those are supposed to be redundant systems to activate the
09:17   5   AMF/deadman.
09:17   6   A.    Yes.
09:17   7   Q.    So if one doesn't work, you can call on the other one; and
09:17   8   assuming that one works, then you can activate your
09:17   9   AMF/deadman.  Correct?
09:17  10   A.    Correct.
09:17  11   Q.    But the problem here was the blue pod had batteries that
09:17  12   didn't work and the yellow pod had a solenoid that had a --
09:17  13   that was miswired, 103Y; correct?
09:17  14   A.    Yes.
09:17  15   Q.    And given that that solenoid was miswired, that eliminated
09:17  16   the possibility that the redundant system in the yellow pod
09:17  17   could possibly activate to kick in the deadman sequence;
09:17  18   correct?
09:17  19   A.    Absolutely.  With a hydraulic system in a severe service
09:17  20   like this, it's always going to have some contamination.
09:17  21   Unless you have full pulling power, you're not going to be able
09:17  22   to activate that valve.
09:17  23          THE COURT:  I want to make sure I understand what you
09:17  24   said about the solenoid being miswired.
09:17  25          Did you say earlier and just now did I
```

OFFICIAL TRANSCRIPT

```
09:18   1   understand you to say that in your opinion, it could function
09:18   2   somewhat at some times, but you don't believe it functioned
09:18   3   fully, properly in this instance?
09:18   4          THE WITNESS:  That's correct, Your Honor.
09:18   5          THE COURT:  Because it didn't have sufficient power?
09:18   6          THE WITNESS:  Exactly.
09:18   7          THE COURT:  Because of the miswiring?
09:18   8          THE WITNESS:  Right.  Yes, yes.  Because they would
09:18   9   oppose each other -- not oppose each other 100 percent, because
09:18  10   we have this pulse-width modulation, and one coil is pulsing
09:18  11   and the other coil is pulsing by two different controllers, so
09:18  12   the pulsing won't line up exactly.  So it substantially cancels
09:18  13   itself, but not 100 percent.
09:18  14          THE COURT:  Okay.  Thank you.
09:18  15          MS. KARIS:  Thank you, Your Honor.  That eliminates a
09:18  16   couple questions.
09:18  17          THE COURT:  Okay.
09:18  18          MS. KARIS:  If we can pull up 61 --
09:18  19          THE COURT:  I'll send you a bill.
09:18  20          MS. KARIS:  At this point, no problem.
09:18  21          THE COURT:  At the billing rate in this courtroom,
09:18  22   that's probably worth a few hundred dollars, you know.
09:19  23          MR. DOYEN:  It would be in a long line.
09:19  24          MS. KARIS:  Sadly, I think our client concurs.
09:19  25          Okay.  If we can pull up 61123.27.3, please.
```

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

```
09:19   1   BY MS. KARIS:
09:19   2   Q.    And just to be clear, Mr. Doyen from Transocean showed you
09:19   3   a line from your report in which you were talking about the DNV
09:19   4   testing.  And I have put up here a page from your expert report
09:19   5   that you've tendered in this case.
09:19   6          And just to be clear, it is your opinion that
09:19   7   post-incident forensic testing by the DNV showed -- also showed
09:19   8   that one of two coils from the yellow control pod Solenoid 103
09:19   9   had been incorrectly wired, and 103Y failed to activate either
09:19  10   yellow control pod SEM during bench testing; correct?
09:19  11   A.    Yes.
09:19  12   Q.    And it's also your opinion that, "As a result of 103Y
09:19  13   being incorrectly wired, the two coils had opposite polarities
09:19  14   and the electromagnetic fields generated by the two coils would
09:20  15   largely cancel each other out and could prevent 103Y actuating
09:20  16   BSR in response to the AMF/deadman circuit in the yellow pod."
09:20  17   Correct?
09:20  18   A.    Correct.
09:20  19   Q.    And the canceling out concept is just what you explained
09:20  20   to His Honor; correct?
09:20  21   A.    That's correct.
09:20  22   Q.    So to eliminate any confusion here, you're not suggesting,
09:20  23   nor did you ever in your report suggest, that the miswired
09:20  24   solenoid would have somehow allowed this AMF/deadman to work;
09:20  25   correct?
```

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

```
09:20   1   A.    Correct.
09:20   2   Q.    Now, you reviewed Mr. Childs', Transocean's expert, report
09:20   3   regarding the solenoid; correct?
09:20   4   A.    Yes.
09:20   5   Q.    And you saw where Mr. Childs opines that he relies on
09:21   6   testing, the testing that was conducted by the DNV, to suggest
09:21   7   that that testing would support his view that that solenoid
09:21   8   could actually activate the deadman.  You saw that testimony in
09:21   9   his report; correct?
09:21  10   A.    Yes.
09:21  11   Q.    And just to be clear, you disagreed with Dr. Childs'
09:21  12   opinions; correct?
09:21  13   A.    I do.  I've tested many solenoids and it's not uncommon to
09:21  14   break a solenoid free in your testing and then all of a sudden
09:21  15   you've fixed it, it now works, and that's -- the evidence is
09:21  16   that it didn't have enough pulling power for its service.
09:21  17          MS. KARIS:  If we can pull up 61124.28.2.
09:21  18   BY MS. KARIS:
09:21  19   Q.    And this is from your report whether you analyzed
09:21  20   Dr. Childs' -- or Mr. Childs' opinions.
09:21  21          MS. KARIS:  And it we can call out the bottom.
09:21  22   BY MS. KARIS:
09:21  23   Q.    "Childs does not address this issue, which contradicts his
09:21  24   argument.  The proper interpretation of the DNV test data in
09:22  25   light of this issue is that an incorrectly wired solenoid is
```

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

```
09:22    1   unlikely to properly function when both SEMs are activated, as
09:22    2   happens in practice."
09:22    3        That's your opinion in this case; correct?
09:22    4   A.   Correct.
09:22    5   Q.   All right.  We're done with the solenoid.
09:22    6        Now, you were asked about some of your opinions in
09:22    7   this case regarding buckling and the timing of that buckling.
09:22    8   We're not going to go back over them.  We'll just cover them a
09:22    9   little bit.
09:22   10        Just to be clear, you initially calculated some
09:22   11   forces on the drill string that would be required in order to
09:22   12   buckle the string; correct?
09:22   13   A.   Yes, I calculated forces due to flow.
09:22   14   Q.   And you attached those to your report as Appendix C
09:22   15   initially; correct?
09:22   16   A.   It could be.  I don't remember the appendix.
09:22   17   Q.   And do you recall that those were actually part of the
09:23   18   materials and the opinions that you withdrew in this case?
09:23   19   A.   I believe that's the case.
09:23   20   Q.   And so you have not submitted to the Court, as a result of
09:23   21   withdrawing some of your opinions, your analyses regarding what
09:23   22   forces were required for the drill string to buckle; correct?
09:23   23   A.   Well, I have not submitted to the Court, but you
09:23   24   could come to the exact conclusions just on looking at the
09:23   25   physical evidence.  You do not need those calculations.  In
```

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

```
09:23    1   fact, it's more a logical deduction.
09:23    2        The numbers are so simple, you have a 6,000-psi
09:23    3   pressure in the drill pipe, you've got an area of 18 square
09:23    4   inches.  That's 108 kips.  It's ready to buckle right off the
09:23    5   bat.
09:23    6   Q.   Okay.  And we're --
09:23    7   A.   It's not complicated.
09:23    8   Q.   I'm sorry.  We're going to get there, but I just want to
09:23    9   be clear.  Whatever opinions you have, it's just based on what
09:23   10   you just identified as the physical evidence; correct?
09:23   11   A.   Yes, and logical deduction with very simple numbers you
09:24   12   can do in your head.
09:24   13   Q.   But whatever numbers you did in your head, to the extent
09:24   14   you did any numbers or calculations or analyses and attached
09:24   15   those to Appendix C for those forces, you've withdrawn those
09:24   16   opinions from this case; correct?
09:24   17   A.   I guess they were withdrawn, yes.
09:24   18   Q.   Okay.  Now, you believe that the blind shear ram did close
09:24   19   at some point in time; correct?
09:24   20   A.   Yes.
09:24   21   Q.   All right.  And you believe that that blind shear ram
09:24   22   closed when the autoshear pin was cut; correct?
09:24   23   A.   Yes.
09:24   24   Q.   And that would have been on April 22nd, about 7:30 in the
09:25   25   morning; correct?
```

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

```
09:25    1   A.   April 22nd, yes.
09:25    2   Q.   Yes.  And you believe that the drill pipe was still
09:25    3   off-center at the time that the blind shear ram was activated
09:25    4   on April 22nd through the autoshear?
09:25    5   A.   No question, yes.
09:25    6   Q.   Okay.  Now, Transocean's expert, Dr. Childs, testified
09:25    7   that in his opinion, it's not possible for the drill pipe to
09:25    8   have been off-center on April 22nd.  Are you aware of that
09:25    9   opinion?
09:25   10   A.   Yes.
09:25   11   Q.   Okay.  And do you agree with that opinion?
09:25   12   A.   No.  I've reviewed the calculations that he's basing his
09:25   13   opinions on, and they don't include the fact that when you
09:25   14   buckle a column or pipe in this case, that once it's buckled,
09:25   15   it takes a third to less than half to hold it in that position.
09:25   16   So you don't need very much flow up that drill pipe to keep it
09:25   17   buckled.
09:25   18   Q.   And so to the extent there was any suggestion by the chart
09:26   19   that we saw up there by Mr. Doyen that you agree with
09:26   20   Mr. Childs' analysis and calculations regarding the buckling of
09:26   21   that off-center pipe, you disagree with him regarding what the
09:26   22   condition of that pipe was on April 22nd, when the blind shear
09:26   23   ram activated; correct?
09:26   24   A.   Yes.  And I've reviewed Dr. Garrett's calculations very --
09:26   25   in much detail.
```

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

```
09:27    1   Q.   I want to talk to you about some of your opinions
09:27    2   regarding the suitability of this BOP for the Macondo well.  I
09:27    3   know you haven't spoken much about your opinions regarding best
09:27    4   and safest available technology, but those opinions still are
09:27    5   in your report that you've tendered to the Court.  So I'll try
09:27    6   and walk through them very briefly, because there's been a lot
09:27    7   of testimony on them, but you've also offered some opinions in
09:27    8   this case.
09:27    9   A.   Okay.
09:27   10   Q.   You would agree with me that there's a federal regulation
09:27   11   that speaks to the issue of best available and safest
09:27   12   technology; correct?
09:27   13   A.   Yes, and it's not substantially different than the codes,
09:27   14   standards, and regulations I've dealt with in California,
09:27   15   Alaska.  In fact, some of them say "best available technology."
09:27   16   So it's very similar to other codes and standards.
09:27   17   Q.   Okay.  And we're going to get to that, but let's see if --
09:28   18   before we get there, you would agree that prior to this case,
09:28   19   you've never been asked to evaluate whether a particular BOP
09:28   20   was suitable for an application for drilling at a particular
09:28   21   well; correct?
09:28   22   A.   Not personally, but I've assisted others in doing just
09:28   23   that, going through the shearing and the buckling to make sure
09:28   24   they don't have a free length that's going to be off-center and
09:28   25   that they could still shear the pipe.  So in a sense, yes, I
```

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:28 1 | have. |
| 09:28 2 | Q. All right. Well, you would agree with me that you, |
| 09:28 3 | personally, have never been asked to evaluate whether a |
| 09:28 4 | particular BOP, either one that was used by Chevron when you |
| 09:28 5 | were working there or anywhere in the field, was suitable for |
| 09:28 6 | the application for a particular well; correct? |
| 09:28 7 | A. Correct. I've assisted others in doing that as a |
| 09:28 8 | consultant. |
| 09:28 9 | Q. Okay. And with respect to BAST, that is, best available |
| 09:28 10 | and safest technology, which is found in the regulations, you |
| 09:28 11 | have never reviewed those regulations before your work in this |
| 09:29 12 | case? |
| 09:29 13 | A. Not those specific regulations, but many regulations that |
| 09:29 14 | say the exact same thing; in other words, from everything from |
| 09:29 15 | piping to cranes to underground gasoline storage tanks to the |
| 09:29 16 | Alaska pipeline. In fact, if you look in any textbook on |
| 09:29 17 | mechanical engineering design, like the one I used when I |
| 09:29 18 | taught, or the one that I used when I went to college, and I |
| 09:29 19 | referenced in my report, they actually start by going through |
| 09:29 20 | and telling you, you have to consider codes and standards. |
| 09:29 21 | Q. Okay. |
| 09:29 22 | A. Not a legal interpretation, but the engineering |
| 09:29 23 | interpretation. |
| 09:29 24 | Q. In this case, however, the regulations that you cited in |
| 09:29 25 | your report as applying to the BOP and its technology are not |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:29 1 | any of those other regulations dealing with pipelines or |
| 09:30 2 | anything else, you cited the MMS' regulations found at |
| 09:30 3 | 30 CFR 250.107, which deals specifically with BOPs; correct? |
| 09:30 4 | A. Correct, because those are the specific codes in this |
| 09:30 5 | case. What I like about them is that they actually describe |
| 09:30 6 | the engineering process. |
| 09:30 7 | Q. Okay. |
| 09:30 8 | A. Engineering is the application of science, considering |
| 09:30 9 | economics, to provide a product that serves man. |
| 09:30 10 | Q. Okay. |
| 09:30 11 | A. In fact, when you look in the front of the design book, |
| 09:30 12 | that's exactly what it tells you, consider the economics -- |
| 09:30 13 | there's always a section on economics. There's always a |
| 09:30 14 | section on codes and standards, make sure you use them, |
| 09:30 15 | calculate the safety factor multiple ways, and make sure you |
| 09:30 16 | have a safe product. |
| 09:30 17 | Q. Okay. And with respect to the regulation that you cited, |
| 09:30 18 | you've never applied that, that specific regulation that speaks |
| 09:30 19 | to best available and safest technology, to any offshore |
| 09:31 20 | drilling environment for a BOP. That specific regulation is |
| 09:31 21 | the one I'm focusing on. |
| 09:31 22 | A. Not that specific one -- |
| 09:31 23 | Q. Okay. |
| 09:31 24 | A. -- but regulations just like it and it just describes the |
| 09:31 25 | engineering process, just like the other regulations do. |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:31 1 | Q. You're aware that several witnesses from Minerals |
| 09:31 2 | Management Service, the MMS, the regulatory agency that applies |
| 09:31 3 | those regulations, were deposed in this case; correct? |
| 09:31 4 | A. Yes. |
| 09:31 5 | Q. And you didn't bother to read a single one of their |
| 09:31 6 | depositions to see how the MMS applies the regulation that you |
| 09:31 7 | cited and have never previously worked with; correct? |
| 09:31 8 | A. I have read Mr. Trocquet, who was the director of MMS in |
| 09:31 9 | Louisiana. |
| 09:31 10 | Q. Okay. |
| 09:31 11 | A. And he stated that the regulation means the plain English |
| 09:31 12 | wording that's right there. |
| 09:31 13 | Q. Did you review that deposition after you gave your |
| 09:31 14 | deposition testimony in this case? |
| 09:32 15 | A. I don't recall. |
| 09:32 16 | Q. All right. |
| 09:32 17 | MS. KARIS: If we can pull up your deposition, |
| 09:32 18 | page 59, line 11 to 14. |
| 09:32 19 | BY MS. KARIS: |
| 09:32 20 | Q. Were you asked the following question: "Did you review |
| 09:32 21 | any of the depositions of the MMS employees who were deposed in |
| 09:32 22 | connection with this case?" |
| 09:32 23 | And did you give the following answer: "No"? |
| 09:32 24 | A. Correct. So obviously I did read it after. So now I know |
| 09:32 25 | when I read it, yes. |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:32 1 | Q. Okay. And you would agree with me that you have never had |
| 09:32 2 | any responsibility with any of your prior employers for |
| 09:32 3 | determining regulatory compliance with MMS' BOP requirements; |
| 09:32 4 | correct? |
| 09:32 5 | A. Certainly I've participated in -- it wasn't any job to say |
| 09:32 6 | whether we met a legal criteria. However, as an engineer, |
| 09:32 7 | you're always looking at the codes and helping those who do |
| 09:32 8 | determine that. |
| 09:32 9 | Q. Okay. |
| 09:32 10 | A. Whether we meet the plain English wording of a code or |
| 09:33 11 | standard. |
| 09:33 12 | Q. We can pull up your deposition at page 59, line 15 to 19, |
| 09:33 13 | please. |
| 09:33 14 | Were you asked the following question at your |
| 09:33 15 | deposition: "Have you ever had any responsibility with any of |
| 09:33 16 | your prior employers for determining regulatory compliance with |
| 09:33 17 | MMS BOP requirements?" |
| 09:33 18 | And did you give the following answer: "No, I've |
| 09:33 19 | not"? |
| 09:33 20 | A. Correct. It's always the job of the company lawyers to do |
| 09:33 21 | that. |
| 09:33 22 | Q. Okay. |
| 09:33 23 | A. But they're always assisted by the engineers, which I |
| 09:33 24 | have? |
| 09:33 25 | Q. Okay. But at least your testimony was you have never had |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:33 | 1   any responsibility for any of your prior -- with any of your |
| 09:33 | 2   prior employers for determining regulatory compliance with MMS |
| 09:33 | 3   requirements; correct? |
| 09:33 | 4   A.   That was not my responsibility.  Do I assist them, sure. |
| 09:33 | 5   Q.   Okay.  And is it correct that you have never been asked, |
| 09:33 | 6   at any time in your career prior to this case, to assess |
| 09:33 | 7   whether a BOP was in compliance with MMS regulations; correct? |
| 09:34 | 8   A.   That's correct. |
| 09:34 | 9   Q.   Okay.  It is also correct that you have never had occasion |
| 09:34 | 10  prior to this case to review or utilize MMS regulations |
| 09:34 | 11  relating to BOPs in offshore use; correct? |
| 09:34 | 12  A.   That's correct. |
| 09:34 | 13  Q.   And prior to your work in this case, you've never offered |
| 09:34 | 14  any testimony or opinions about who has regulatory |
| 09:34 | 15  responsibility under MMS' regulations for maintenance and |
| 09:34 | 16  repair of a BOP; correct? |
| 09:34 | 17  A.   I'm not getting into any legal opinions, and I would |
| 09:34 | 18  consider that to be just that. |
| 09:35 | 19  Q.   Now, you testified that you looked at the MMS regulation |
| 09:35 | 20  with respect to best available and safest technology in |
| 09:35 | 21  connection with the work you did in this case.  And, in fact, |
| 09:35 | 22  that's the one regulation you cite in your report; correct? |
| 09:35 | 23  A.   Correct. |
| 09:35 | 24  Q.   All right. |
| 09:35 | 25       MS. KARIS:  If we can pull up 7762.10.1, please. |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:35 | 1   BY MS. KARIS: |
| 09:35 | 2   Q.   This is from the regulation that you cite in your report; |
| 09:35 | 3   correct? |
| 09:35 | 4   A.   Yes. |
| 09:35 | 5   Q.   And you understand that this would be the applicable |
| 09:35 | 6   regulation for determining best available and safest technology |
| 09:35 | 7   with respect to a BOP used in offshore applications; correct? |
| 09:35 | 8   A.   Correct. |
| 09:35 | 9   Q.   All right.  And what it says is that "Best available and |
| 09:35 | 10  safest technology means the best available and safest |
| 09:36 | 11  technologies that the Director," with a capital D," determines |
| 09:36 | 12  to be economically feasible wherever failure of equipment would |
| 09:36 | 13  have a significant effect on safety, health, or the |
| 09:36 | 14  environment." |
| 09:36 | 15       That's what the regulation states; correct? |
| 09:36 | 16  A.   That's exactly what it says, and the director has |
| 09:36 | 17  testified that it means the plain English language of best |
| 09:36 | 18  available and safest technology that's available, which is |
| 09:36 | 19  standard of care in engineering.  It's fitness for purpose, |
| 09:36 | 20  fitness for service.  There's lots of ways to say it, but it's |
| 09:36 | 21  the plain English interpretation is what the director has |
| 09:36 | 22  testified to. |
| 09:36 | 23  Q.   And who are you calling the director that has testified to |
| 09:36 | 24  this? |
| 09:36 | 25  A.   In this case Mr. Trocquet was the director of Louisiana. |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:36 | 1   Q.   Was he the director of the Minerals Management Services? |
| 09:36 | 2   A.   No.  But in this particular case, if you look at the |
| 09:36 | 3   report to the president, one of the criticisms of MMS was that |
| 09:36 | 4   the director has never been a technical person and, therefore, |
| 09:37 | 5   that's been a problem. |
| 09:37 | 6   Q.   Dr. Stevick, I'm actually going to interrupt you because I |
| 09:37 | 7   think you're citing to a report that the Court has held to be |
| 09:37 | 8   excluded from evidence. |
| 09:37 | 9   A.   All right. |
| 09:37 | 10       MS. KARIS:  That's the Presidential Commissions |
| 09:37 | 11  report, Your Honor. |
| 09:37 | 12       THE WITNESS:  Very good. |
| 09:37 | 13  BY MS. KARIS: |
| 09:37 | 14  Q.   So just to go back to this point.  The director here |
| 09:37 | 15  that's referenced is the MMS' director.  Can we agree to that? |
| 09:37 | 16  A.   I would assume that's the case. |
| 09:37 | 17  Q.   And it was your opinion that the director is far removed |
| 09:37 | 18  from the details in looking at the concepts of BAST; correct? |
| 09:37 | 19  A.   Yes.  They're setting a concept, they're setting the |
| 09:37 | 20  scope, the engineering methodology that has to occur.  They're |
| 09:37 | 21  not going to get into the details.  And that's true of any code |
| 09:37 | 22  and standard.  The same with the ones on the West Coast with |
| 09:37 | 23  best available technology.  It's, of course, the director's job |
| 09:37 | 24  to be the responsible person, but he's not going to get into |
| 09:38 | 25  those kind of details. |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:38 | 1   Q.   All right.  Now, what the MMS and the director has spoken |
| 09:38 | 2   to, though, is they've given guidance on what constitutes BAST, |
| 09:38 | 3   best available and safest technology; correct? |
| 09:38 | 4   A.   Yes. |
| 09:38 | 5   Q.   All right. |
| 09:38 | 6       MS. KARIS:  If we can look at TREX-7765.7.2.  If we |
| 09:38 | 7   look at letter 2(c) -- I'm sorry, (c), not 2(c). |
| 09:38 | 8   BY MS. KARIS: |
| 09:38 | 9   Q.   The guidance that we're speaking to is found in 250.107. |
| 09:38 | 10  It's 30 CFR 250.107.  This is what you've referred to in your |
| 09:38 | 11  report; correct? |
| 09:38 | 12  A.   Yes.  That's a very good description of the engineering |
| 09:38 | 13  process, which you'll see in any textbook on mechanical |
| 09:38 | 14  engineering design. |
| 09:38 | 15  Q.   Correct.  And what it says there is:  "You must use best |
| 09:38 | 16  available and safest technology whenever practical on all |
| 09:38 | 17  exploration, development, and production operations." |
| 09:38 | 18       Correct? |
| 09:39 | 19  A.   Yes.  That would be the economic application of science. |
| 09:39 | 20  Q.   And it goes on to say that:  "In general, we consider your |
| 09:39 | 21  compliance with MMS regulations to be the use of BAST." |
| 09:39 | 22       Correct? |
| 09:39 | 23  A.   Yes. |
| 09:39 | 24  Q.   Now, in your expert reports, both your opening report and |
| 09:39 | 25  your rebuttal report, as well as the amended reports that you |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

09:39  1    issued in this case, you omitted that last sentence, that your
09:39  2    compliance with MMS regulations is considered to be BAST;
09:39  3    correct?
09:39  4    A.   Of course.  Because it's saying in general, and the kind
09:39  5    of details that I'm talking about, such as configuring that
09:39  6    BOP, putting those LEGO blocks together correctly so that they
09:39  7    actually function.  I'm sure if you told the MMS that the BSR
09:39  8    can never work if you don't activate the CSR first, they
09:39  9    wouldn't be too thrilled about this configuration.
09:40 10    Q.   And we'll talk about what the MMS knew and what the MMS
09:40 11    did.
09:40 12         But you would agree with me, that at least in
09:40 13    connection with your opinion, while you were speaking to BAST,
09:40 14    you omitted the sentence that, under the regulations,
09:40 15    compliance with MMS regulations is deemed generally to be
09:40 16    compliance with BAST; correct?
09:40 17    A.   Yes.
09:40 18    Q.   Okay.
09:40 19         MS. KARIS:   Now, if we can pull up D-4607.
09:46 20    BY MS. KARIS:
09:46 21    Q.   You did look at what the MMS requires in terms of
09:40 22    configuration for a BOP under the regulations; correct?
09:40 23    A.   Yes.
09:40 24    Q.   All right.  And I have put here in a demonstrative,
09:40 25    D-4607, in the left-hand column what the MMS requires, and in

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

09:40  1    the right-hand column what the *Deepwater Horizon*'s BOP stack
09:41  2    actually contained.
09:41  3         You would agree with me that under the regulations
09:41  4    what is required is one annular, two pipe rams, one blind shear
09:41  5    ram, one accumulator closing system, and then dual control
09:41  6    pods.
09:41  7         That's what the MMS requires; correct?
09:41  8    A.   Yes, if you want to look at the regulation as merely a
09:41  9    checkoff box.  However --
09:41 10    Q.   Well --
09:41 11    A.   -- my interpretation, and I think any engineer's
09:41 12    interpretation of this -- it says "one blind shear ram."
09:41 13    They're expecting that it will actually work.  Under the
09:41 14    circumstances, it's expected to work.
09:41 15         It cannot work under the situations that it will
09:41 16    encounter unless it has a CSR going first.
09:41 17    Q.   We're going to talk about it.  And the circumstances
09:41 18    you're speaking to is a well control blowout; correct?
09:41 19    A.   Yes.
09:41 20    Q.   Do you think the MMS was aware that there could be a well
09:41 21    control blowout when they put together this regulation as to
09:41 22    what is required?
09:42 23    A.   No.  The head of the MMS has never been a technical
09:42 24    person, and I do not believe that they get into that kind of
09:42 25    detail.

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

09:42  1    Q.   Okay.
09:42  2    A.   They're setting up a framework under which the engineers
09:42  3    are expected to design a system where the one blind shear ram
09:42  4    can work.
09:42  5    Q.   The head of the Minerals Management Service that issues
09:42  6    licenses for offshore drilling, in your opinion, is not aware
09:42  7    that you can have a blowout when drilling offshore, including
09:42  8    in the Gulf of Mexico?
09:42  9    A.   I think he is aware.
09:42 10    Q.   Okay.
09:42 11    A.   And he is also probably unaware that someone might design
09:42 12    a blind shear ram that won't work under those circumstances.
09:42 13    Q.   All right.  Now, the blind shear ram that we're speaking
09:42 14    to are the blind shear rams -- well, let me ask you this.
09:42 15         You think the MMS is now aware, after you've issued
09:42 16    your opinions in this case and various other people have issued
09:42 17    opinions in this case, that a blind shear ram may not work
09:43 18    under certain circumstances?
09:43 19    A.   I would hope so.
09:43 20    Q.   All right.  And definitely no dispute that at least now,
09:43 21    2 1/2 years later, the director should be aware of the
09:43 22    circumstances that you've been telling us about; correct?  At
09:43 23    least you hope so; correct?
09:43 24    A.   I still don't know if they're into those kind of details.
09:43 25    Q.   All right.  After we've had this catastrophic blowout, you

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

09:43  1    still don't know if the director is into, as you call it, those
09:43  2    kind of details; is that correct?
09:43  3    A.   I'm not the director.  I don't know him personally.
09:43  4    Q.   All right.  I accept that you don't know him personally.
09:43  5         Do you know whether, even today, Minerals Management
09:43  6    Services or BOEMRE, a new agency, continues to approve
09:43  7    applications that use the very same configuration and very same
09:44  8    type of blind shear ram that we had on the *Deepwater Horizon*?
09:44  9         Do you know that?
09:44 10    A.   I'm sure they do.
09:44 11    Q.   Okay.
09:44 12    A.   But those are different situations, and there are other
09:44 13    ways to mitigate it, such as configuring your diverters so you
09:44 14    always go overboard, also insisting on closing various elements
09:44 15    so that the free length is too short to buckle.
09:44 16         There are many ways to mitigate this problem.
09:44 17    Unfortunately, on this rig none of them existed.
09:44 18    Q.   All right.  Well, we're speaking to the issue, though, of
09:44 19    blind shear rams and having one or two blind shear rams, which
09:44 20    is what I believe you offered opinions over the last two days
09:44 21    about; correct?
09:44 22    A.   Yes.  But the design --
09:44 23    Q.   And the BOP's configuration --
09:44 24    A.   Let me explain this.  No design stands completely
09:44 25    isolated, and you have to use this particular method to solve a

OFFICIAL TRANSCRIPT

7018

```
09:44   1    problem.  There's usually several methods.
09:44   2            Given the way this rig is configured, I think you
09:45   3    need two blind shear rams and you need to fire your CSR first,
09:45   4    then the blind shear ram, just like the Discoverer Enterprise,
09:45   5    which is one of the ships that came to rescue here.  They had
09:45   6    an event in 2003, and that's exactly what happened.  The CSR,
09:45   7    automatic, the deadman system fired the CSR and then fired a
09:45   8    VSR, then the ROV came down and closed the second VSR.
09:45   9    Q.   Are you aware of any regulations today that say you need
09:45  10    to activate the CSR first in a well control event?  Are you
09:45  11    aware of any regulation anywhere that says that?
09:45  12    A.   No.
09:45  13    Q.   All right.
09:45  14    A.   Because there are multiple ways to solve the problem.
09:45  15    Q.   Are you aware of any regulations --
09:45  16    A.   They're expecting a standard of care in engineering, not
09:45  17    one particular way to solve the problem.
09:45  18    Q.   Let's go back to this chart and see if we can at least
09:45  19    agree that with respect to these configurations in this
09:45  20    regulation, the Deepwater Horizon's BOP had at least those
09:45  21    configurations -- or excuse me -- those type of rams available
09:45  22    to it.
09:46  23            THE COURT:  Ms. Karis, I think you're beating a dead
09:46  24    horse here.
09:46  25            MS. KARIS:  Thank you, Your Honor, and I'll move on.
```

OFFICIAL TRANSCRIPT

7019

```
09:46   1            THE COURT:  The witness has answered.  I think you
09:46   2    need to move on.
09:46   3            MS. KARIS:  Thank you.
09:46   4    BY MS. KARIS:
09:46   5    Q.   Now, you are also aware that in addition to this MMS
09:46   6    requirement, the MMS required operators to submit what is
09:46   7    called an application for permit to drill before any activities
09:46   8    began on a specific well; correct?
09:46   9    A.   Yes.  And like all regulations, these are minimums.
09:46  10    They're floors, to try to get the industry to where it's
09:46  11    supposed to go.  It does not mean you're excused from doing
09:46  12    engineering and just checking off boxes on components.  They
09:46  13    have to work together to (1) function, and (2) protect the
09:46  14    workers, and (3) protect the environment.
09:46  15    Q.   And you would agree with me that Minerals Management
09:46  16    Service, and now BOEMRE, is interested in doing that,
09:47  17    protecting the workers, protecting the environment, and having
09:47  18    requirements that satisfy those objectives?
09:47  19    A.   They're interested.  The government moves slowly.  You
09:47  20    will see more regulations as time proceeds.  That's still not
09:47  21    an excuse for not doing the right thing, which is standard of
09:47  22    care in engineering.
09:47  23    Q.   Can we agree, at least, that before the Deepwater Horizon
09:47  24    BOP was sent to the Macondo well, BP sought and obtained the
09:47  25    approval of the MMS to use this BOP with its configuration at
```

OFFICIAL TRANSCRIPT

7020

```
09:47   1    the Macondo well?
09:47   2    A.   Of course.  They have to.
09:47   3    Q.   And that application contained a schematic that identified
09:47   4    the pressure rating for the annulars, the location and number
09:47   5    of blind shear rams, the number of casing shear rams, as well
09:47   6    as the number of VBRs, including the test ram?
09:47   7    A.   Yes.  But approval by the MMS is a floor.
09:48   8    Q.   Okay.
09:48   9    A.   They're supposed to use the standard of care in
09:48  10    engineering and design a functional, safe piece of equipment,
09:48  11    which simply was not done here.
09:48  12    Q.   Now, you testified yesterday that -- if I heard you
09:48  13    correctly -- and I verified this with the transcript -- that
09:48  14    you believed that one of the annulars had been downgraded to a
09:48  15    7.5, or 7,500 psi rating.  Is that correct?
09:48  16    A.   Yes.  Based on the APDs and the testimony of
09:48  17    Mr. Abbassian.
09:48  18    Q.   Now, did you look at that APD?
09:48  19    A.   Yes.
09:48  20    Q.   Okay.
09:48  21            MS. KARIS:  If we can pull up TREX-5334.1.
09:46  22    BY MS. KARIS:
09:46  23    Q.   And to be clear, it was your testimony that the upper
09:49  24    annular had been revised so that it had been downgraded --
09:49  25    quote, downgraded to 7,500 psi on 5 1/2-inch pipe, which is
```

OFFICIAL TRANSCRIPT

7021

```
09:49   1    actually less than MASP; correct?
09:49   2    A.   Yes.
09:49   3    Q.   That was your testimony yesterday; correct?
09:49   4    A.   Yes.
09:49   5    Q.   And what you were relying on is this application for
09:49   6    revised bypass; correct?
09:49   7    A.   Yes.
09:49   8            MS. KARIS:  And if we can call out TREX-5834.2.1.
09:49   9    BY MS. KARIS:
09:49  10    Q.   And this is what I believe Mr. Williamson showed you when
09:49  11    he was asking you about this.
09:49  12    A.   Yes.
09:49  13    Q.   And just to be clear here, this says Revision I --
09:49  14            MR. WILLIAMSON:  Your Honor, just for the record, it
09:49  15    wasn't me.
09:49  16            MS. KARIS:  Whoever --
09:49  17            MR. WILLIAMSON:  I think it was Mr. Von Sternberg.
09:49  18            MS. KARIS:  Then I stand corrected.
09:49  19            MR. VON STERNBERG:  I'll take credit for it,
09:50  20    Your Honor.
09:50  21    BY MS. KARIS:
09:50  22    Q.   So to be clear here, Revision I is what you relied on to
09:50  23    tell this Court that the upper annular had actually been
09:50  24    downgraded to 7,500 psi.  That's what we're looking at here;
09:50  25    correct?
```

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:50 | 1   A.   Yes. |
| 09:50 | 2   Q.   Revision I, what's the date it? |
| 09:50 | 3   A.   It's 10/15/09.  But if you also look in this document, it |
| 09:50 | 4   says that all references to the *Marianas* have been removed.  So |
| 09:50 | 5   the assumption is the same is being applied to the *Deepwater* |
| 09:50 | 6   *Horizon*, and that was confirmed by Mr. Abbassin. |
| 09:50 | 7   Q.   We're going to get to that. |
| 09:50 | 8   A.   Okay. |
| 09:50 | 9   Q.   But just to be clear, Revision I was for a date that the |
| 09:50 | 10  *Marianas* was actually at the well; correct? |
| 09:50 | 11  A.   Yes. |
| 09:50 | 12  Q.   All right.  The *Deepwater Horizon* did not begin drilling |
| 09:50 | 13  at Macondo until February of 2010; correct? |
| 09:50 | 14  A.   Correct. |
| 09:50 | 15  Q.   And you're aware that the way these APDs work is, to the |
| 09:51 | 16  extent you have received any dispensations or revisions, you |
| 09:51 | 17  carry them over from application to application so that you can |
| 09:51 | 18  have a complete history when you're submitting an application |
| 09:51 | 19  to the MMS; correct? |
| 09:51 | 20  A.   Correct. |
| 09:51 | 21  Q.   Do you know who Scherie Douglas is? |
| 09:51 | 22  A.   No. |
| 09:51 | 23  Q.   Scherie Douglas, I'll represent to you, was the |
| 09:51 | 24  regulatory -- a member of BP's regulatory compliance team who |
| 09:51 | 25  submitted these applications to the MMS.  Were you aware that |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:51 | 1   she was deposed in this case? |
| 09:51 | 2   A.   No. |
| 09:51 | 3   Q.   You never bothered to read her deposition, did you? |
| 09:51 | 4   A.   I read as many depositions as I could. |
| 09:51 | 5   Q.   Okay.  Let's look at Ms. Douglas's testimony regarding |
| 09:51 | 6   this application and whether it applies to the *Marianas* or the |
| 09:51 | 7   *Deepwater Horizon* BOP, which you assumed related to the |
| 09:51 | 8   *Deepwater Horizon*. |
| 09:51 | 9        MS. KARIS:  We can pull up 84.9.1.  I'm sorry -- yep. |
| 09:50 | 10  BY MS. KARIS: |
| 09:51 | 11  Q.   Do you see there -- this is from Ms. Douglas's testimony: |
| 09:52 | 12       "QUESTION:  What positions have you held with BP |
| 09:52 | 13       within those ten years? |
| 09:52 | 14       And she says: |
| 09:52 | 15       "ANSWER:  I was hired in as regulatory adviser for |
| 09:52 | 16       the exploration group, and then in April of 2010 I was |
| 09:52 | 17       promoted to regulatory compliance team lead." |
| 09:52 | 18       Do you see that? |
| 09:52 | 19  A.   Yes. |
| 09:52 | 20  Q.   You have no reason to doubt that she was a member of BP's |
| 09:52 | 21  regulatory compliance team; correct? |
| 09:52 | 22  A.   Correct. |
| 09:52 | 23  Q.   All right. |
| 09:52 | 24       MS. KARIS:  And if we can now look at her testimony |
| 09:52 | 25  at 84.276.1, where she's testifying about the specific |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:52 | 1   provision that you relied on and assumed it related to the |
| 09:52 | 2   *Deepwater Horizon*. |
| 09:52 | 3       If we can first call out the top, just to |
| 09:52 | 4   establish that we're talking about the same provision.  It's |
| 09:53 | 5   lines 8 through 13. |
| 09:53 | 6       MR. KANNER:  Objection, Your Honor.  They can produce |
| 09:53 | 7   this witness live. |
| 09:53 | 8       THE COURT:  Yes, they can.  What's the objection? |
| 09:53 | 9       MR. KANNER:  Inappropriate hearsay. |
| 09:53 | 10      THE COURT:  Overruled.  Go ahead. |
| 09:53 | 11      MS. KARIS:  Thank you, Your Honor. |
| 09:53 | 12  BY MS. KARIS: |
| 09:53 | 13  Q.   Dr. Stevick, do you see here Ms. Douglas, who submitted |
| 09:53 | 14  this application, was being asked about Revision I, which has |
| 09:53 | 15  the date of October 15th of 2009 -- |
| 09:53 | 16  A.   Yes, I do. |
| 09:53 | 17  Q.   -- the same revision we're talking about. |
| 09:53 | 18      MS. KARIS:  If we can go further down back on the |
| 09:53 | 19  page -- further down, please.  Oh, sorry.  Let's go to -- |
| 09:53 | 20  beginning with "Which rig." |
| 09:53 | 21      Sorry.  If we can go to 276.1, and then I'll |
| 09:53 | 22  identify the line numbers.  Here we go, line 21. |
| 09:50 | 23  BY MS. KARIS: |
| 09:50 | 24  Q.   Beginning with line 21, in connection with this revision |
| 09:54 | 25  she was asked: |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 09:54 | 1       "QUESTION:  Which rig was working at the Macondo well |
| 09:54 | 2       at the time of the revision? |
| 09:54 | 3       "ANSWER:  That would have been the *Marianas*." |
| 09:54 | 4       Correct? |
| 09:54 | 5   A.   Yes. |
| 09:54 | 6   Q.   And that's consistent with your understanding and |
| 09:54 | 7   knowledge in this case.  That in October of 2009 the rig that |
| 09:54 | 8   was on the Macondo well was the *Marianas*'s rig with its BOP; |
| 09:54 | 9   correct? |
| 09:54 | 10  A.   Correct. |
| 09:54 | 11  Q.   That was not the same BOP that was on the *Deepwater* |
| 09:54 | 12  *Horizon*; correct? |
| 09:54 | 13  A.   Right.  But these things have to be done ahead of time. |
| 09:54 | 14  Q.   Okay. |
| 09:54 | 15  A.   And, secondly, the -- |
| 09:54 | 16  Q.   Okay.  Now, if we can go back, please -- |
| 09:54 | 17  A.   Never mind.  Go ahead. |
| 09:54 | 18  Q.   So these comments would reflect -- |
| 09:54 | 19      MS. KARIS:  And to the top, to "That's correct." |
| 09:54 | 20  BY MS. KARIS: |
| 09:54 | 21  Q.   And, "So these comments" -- being the comments in Revision |
| 09:54 | 22  I, which is what she's asked about. |
| 09:55 | 23      "QUESTION:  So these comments would reflect the |
| 09:55 | 24      *Marianas* rig; is that correct?" |
| 09:55 | 25      And what does she say? |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

```
09:55   1   A.   She says, "That's correct."
09:55   2        However, the APD says the Marianas references have
09:55   3   been removed.
09:55   4   Q.   And you see Ms. Douglas actually says that was inaccurate,
09:55   5   that it had been removed.  The Marianas, which was the rig at
09:55   6   the site on October 15th, 2009, was the one that had the
09:55   7   downgraded upper annular; correct?
09:55   8   A.   Correct.  And if I'm incorrect -- maybe I am incorrect on
09:55   9   that.  And if I am, the upper annular was still downgraded by
09:55  10   the stripping through, such that at the time of the incident we
09:55  11   knew that it could only hold 2500 psi.
09:55  12   Q.   Do you know who Mr. Ambrose is?
09:55  13   A.   I believe he was the VP of drilling for BP.
09:55  14   Q.   Mr. Ambrose was the --
09:55  15   A.   No, not Mr. Ambrose.  No, I'm sorry.  I was thinking of
09:55  16   Mr. Abbassian.
09:55  17   Q.   All right.  Do you know who Mr. Ambrose is?
09:55  18   A.   No.
09:55  19   Q.   I'll represent to you that Mr. Ambrose is Transocean's
09:55  20   director of maintenance and tech support.  And he was also the
09:56  21   gentleman who headed up Transocean's investigation, including
09:56  22   into the condition of the BOP for this incident.
09:56  23        Did you review Mr. Ambrose's deposition that he gave
09:56  24   in this case?
09:56  25   A.   I don't recall it.
```

GLEN STEVICK, PH.D. - CROSS

```
09:56   1   Q.   Okay.  Were you aware that Mr. Ambrose, as the director of
09:56   2   maintenance, testified that the BOP -- the upper annular on the
09:56   3   BOP of the Deepwater Horizon did, in fact, stay at a 10,000 psi
09:56   4   rating?
09:56   5   A.   If that's true, I was probably incorrect on that.
09:56   6   Q.   Okay.
09:56   7   A.   But again, it was still downgraded by the stripping such
09:56   8   that it couldn't hold more than 2500 psi, well below MASP.
09:56   9   Q.   Now, you would agree with me that -- well, you also spoke
09:56  10   yesterday about a document relating to what BP knew about --
09:56  11   BP's knowledge, I think it was referenced -- about the wear and
09:56  12   tear of the BOP.  Do you recall that, generally?
09:57  13   A.   No, but I'm sure you'll show me.
09:57  14   Q.   Okay.  You're correct.
09:57  15        MS. KARIS:  If we can look at Exhibit 4423, please.
09:53  16   BY MS. KARIS:
09:57  17   Q.   And now I think I have it right.  I think Mr. Williamson
09:57  18   did show you this document.
09:57  19        If we can look at the top, just to verify.  This is
09:57  20   the e-mail that Mr. Williamson used with you to talk about what
09:57  21   Mr. Byrd, of BP, knew in November of 2001.
09:57  22        Do you recall looking at this document yesterday?
09:57  23   A.   Yes.
09:57  24   Q.   All right.  And this is what was used and you testified
09:57  25   from to say that BP was aware of certain conditions in
```

GLEN STEVICK, PH.D. - CROSS

```
09:57   1   connection with the limitations of the BOP; correct?
09:57   2   A.   Yes.
09:57   3   Q.   Okay.  Now, you understand that what this document is
09:57   4   referencing is what would happen if ROVs are used to activate
09:58   5   the BOP; correct?
09:58   6   A.   Correct.  And the same situation occurs.
09:58   7   Q.   We're going to talk about that.
09:58   8   A.   Sure.
09:58   9   Q.   But at least the document itself references what would
09:58  10   happen in the event that an ROV, a remote-operated vehicle, is
09:58  11   used to activate the BOP under certain conditions; correct?
09:58  12   A.   Yes.
09:58  13   Q.   And you would agree with me that closing the blind shear
09:58  14   rams through ROV intervention does not occur in the same way
09:58  15   that you close the blind shear rams through an AMF/deadman
09:58  16   sequence?
09:58  17   A.   Yes.
09:58  18   Q.   The AMF/deadman is activated -- when the AMF/deadman is
09:58  19   activated, the blind shear rams are closed by a subsea
09:58  20   accumulator that's attached to the BOP and supplies a
09:58  21   high-pressure hydraulic fluid; correct?
09:58  22   A.   Yes.  It's going to close much faster.
09:59  23   Q.   It's going as to close much faster.
09:59  24        And, therefore, the time that's permitted for any
09:59  25   kind of flow-through piping in the well and any of the erosion
```

GLEN STEVICK, PH.D. - CROSS

```
09:59   1   or fatigue of the packers is impacted as a result of it closing
09:59   2   much faster; correct?
09:59   3   A.   Yes.
09:59   4   Q.   And the issue that they're looking at here, which you said
09:59   5   gave BP notice to look at the situation -- what they're talking
09:59   6   about here, if you can look at --
09:59   7        MS. KARIS:  Pull out "Situation," please.
09:53   8   BY MS. KARIS:
09:59   9   Q.   The situation that's being evaluated here is if you have
09:59  10   the Horizon driving off.  And it says if the "well is flowing
09:59  11   at 100,000 to 300,000 barrels per day"; correct?
09:59  12   A.   Yes.
09:59  13   Q.   And that is if the BOP is open, no rams closed; correct?
09:59  14   A.   Yes.
09:59  15   Q.   All right.  And you would agree with me that the flow rate
10:00  16   definitely affects the erosion and impact on the BOP and its
10:00  17   ability to function.
10:00  18        That's where we started this -- or earlier today;
10:00  19   correct?
10:00  20   A.   Yes.
10:00  21   Q.   And so the issue or the notice, to use the words
10:00  22   previously used, is about what would happen with the well
10:00  23   flowing at 100- to 300,000 barrels if an ROV, which activates
10:00  24   the blind shear ram at a much slower rate, is called upon to
10:00  25   shut in a well; correct?
```

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 10:00 | 1 | A. Yes. |
| 10:00 | 2 | Q. The blind shear rams here were not -- "here" meaning in |
| 10:01 | 3 | the *Deepwater Horizon* incident -- were not activated by the |
| 10:01 | 4 | ROV; correct? |
| 10:01 | 5 | A. No, they were not. |
| 10:01 | 6 | Q. And they were not activated with rates in the vicinity of |
| 10:01 | 7 | 100- to 300,000 barrels per day flowing through that ram; |
| 10:01 | 8 | correct? |
| 10:01 | 9 | A. No. But that does not matter that much. It could be a |
| 10:01 | 10 | third of that and you still have the same problem. |
| 10:01 | 11 | Because the erosion really doesn't occur until the |
| 10:01 | 12 | blades are getting close to each other, like when you put your |
| 10:01 | 13 | thumb over the top of a hose. And it's -- when it's open, the |
| 10:01 | 14 | flow rate is pretty irrelevant. |
| 10:01 | 15 | Q. Let's go down to the answer, since you say it doesn't |
| 10:01 | 16 | matter. |
| 10:01 | 17 | A. Yes. |
| 10:01 | 18 | Q. The question being asked is: "Can we close the shear rams |
| 10:01 | 19 | with ROV override without further damage to the BOP at 100-, |
| 10:01 | 20 | 200-, or 300,000 barrel per day flow rates?" |
| 10:01 | 21 | That's the question being asked; correct? |
| 10:01 | 22 | A. Correct. |
| 10:02 | 23 | Q. And the answer is: "No. Closing the shear rams at any of |
| 10:02 | 24 | the above flow rates will probably cause them to wash out." |
| 10:02 | 25 | So the answer does pertain to those flow rates; |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 10:02 | 1 | correct? |
| 10:02 | 2 | A. Absolutely. |
| 10:02 | 3 | Q. Okay. |
| 10:02 | 4 | A. But based on standard engineering, this is going to be |
| 10:02 | 5 | true right down to 20,000 barrels a day. |
| 10:02 | 6 | Q. We're just talking about what this document shows. |
| 10:02 | 7 | A. This is not the only document I relied on. This is one |
| 10:02 | 8 | Mr. Williams brought up. |
| 10:02 | 9 | Q. Okay. |
| 10:02 | 10 | A. I did not rely on this at all for my opinions. |
| 10:02 | 11 | Q. All right. Well, that's not exactly how I heard it |
| 10:02 | 12 | yesterday. I thought you said yesterday -- |
| 10:02 | 13 | A. Well, it's not the only document I relied on. |
| 10:02 | 14 | Q. Okay. But I thought you said yesterday that you relied on |
| 10:02 | 15 | this document to speak to the issue of notice. |
| 10:02 | 16 | A. Sure. |
| 10:02 | 17 | Q. It goes on to say: "One has to assume given that rate" -- |
| 10:02 | 18 | and that is the 100-, 200-, 300,000 rate -- "there is a lot of |
| 10:02 | 19 | sand being transported as well which only accelerates the |
| 10:02 | 20 | erosion process." |
| 10:02 | 21 | That was the conclusion at that time when this issue |
| 10:02 | 22 | was considered; correct? |
| 10:03 | 23 | A. Yes. |
| 10:03 | 24 | Q. All right. |
| 10:03 | 25 | THE COURT: How much more do you have to go, |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 10:03 | 1 | Ms. Karis? |
| 10:03 | 2 | MS. KARIS: I'm going to try and wrap up, Your Honor, |
| 10:03 | 3 | but probably another 10 or 15 minutes. |
| 10:03 | 4 | THE COURT: All right. Let's go ahead and take a |
| 10:03 | 5 | 15-minute recess. |
| 10:03 | 6 | MS. KARIS: Thank you, Your Honor. |
| 10:03 | 7 | THE DEPUTY CLERK: All rise. |
| 10:03 | 8 | (WHEREUPON, the Court took a recess.) |
| 10:05 | 9 | THE DEPUTY CLERK: All rise. |
| 10:24 | 10 | THE COURT: Please be seated, everyone. |
| 10:24 | 11 | All right, Ms. Karis. |
| 10:24 | 12 | MS. KARIS: Thank you, Your Honor. |
| 10:24 | 13 | BY MS. KARIS: |
| 10:24 | 14 | Q. Dr. Stevick, are you ready to proceed? |
| 10:24 | 15 | A. Yes. |
| 10:24 | 16 | Q. You testified just before the break that one of the things |
| 10:24 | 17 | you did is you interpreted BAST by looking at engineering |
| 10:24 | 18 | standard of care, I think you called it; is that correct? |
| 10:24 | 19 | A. Yes. |
| 10:24 | 20 | Q. All right. And, of course, part of what engineering |
| 10:24 | 21 | standard of care requires is to understand how the industry |
| 10:24 | 22 | operates; correct? |
| 10:24 | 23 | A. Yes. |
| 10:24 | 24 | MS. KARIS: And if we can look at 7542.3.2. |
| | 25 | |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | |
|---|---|
| 10:25 | 1 | BY MS. KARIS: |
| 10:25 | 2 | Q. As part of the work that you did in this case, in order to |
| 10:25 | 3 | render opinions about what constituted BAST, did you look to |
| 10:25 | 4 | see how other operators configure their BOP stacks? |
| 10:25 | 5 | A. Yes, I -- |
| 10:25 | 6 | Q. Operators and contractors. I'm sorry. Go ahead. |
| 10:25 | 7 | A. Sorry. I looked at the TO fleet -- |
| 10:25 | 8 | Q. Okay. |
| 10:25 | 9 | A. -- as on their website, and the vast majority have two |
| 10:25 | 10 | sealing shear rams. |
| 10:25 | 11 | Q. And we'll get to that -- |
| 10:25 | 12 | A. In fact -- |
| 10:25 | 13 | Q. -- in a second. I'm sorry. |
| 10:25 | 14 | A. -- the *Marianas* and the *Deepwater Horizon* are outliers in |
| 10:25 | 15 | that fleet. |
| 10:25 | 16 | Q. All right. Well, let's look at the -- you're familiar |
| 10:25 | 17 | with this document. It's from Cameron; correct? |
| 10:25 | 18 | A. Okay. |
| 10:25 | 19 | Q. And you see here where it says -- and I don't have a date. |
| 10:25 | 20 | Do we have a date on this? I'm sorry. If we can look at the |
| 10:25 | 21 | beginning of it first -- |
| 10:26 | 22 | A. Yes. |
| 10:26 | 23 | Q. -- just to put it in context. |
| 10:26 | 24 | This is a document dated June of 2010. Do you see |
| 10:26 | 25 | that? |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | | |
|---|---|---|
| 10:26 | 1 | **A.** Yes. |
| 10:26 | 2 | **Q.** And this says: "Thierry, During the current new build |
| 10:26 | 3 | cycle ([from] 2005-2010) we have booked 38 subsea stacks. 36 |
| 10:26 | 4 | of those have one [blind shear ram] and one casing shear |
| 10:26 | 5 | [ram]." |
| 10:26 | 6 | Correct? |
| 10:26 | 7 | **A.** That's what it says. And -- |
| 10:26 | 8 | **Q.** Well, Mr. Stevick -- |
| 10:26 | 9 | **A.** -- it very likely has CSRs that fire first on the deadman. |
| 10:26 | 10 | We don't know that from this sentence. |
| 10:26 | 11 | **Q.** That was going to be my question. |
| 10:26 | 12 | You say "very likely." Did you look at any of those |
| 10:26 | 13 | 36 stacks to see whether the CSRs fire before the blind shear |
| 10:26 | 14 | rams? |
| 10:26 | 15 | **A.** I have no way to look at that. |
| 10:26 | 16 | **Q.** Okay. So you don't know whether those 36 stacks, which |
| 10:27 | 17 | have only one SBR and one casing shear ram, are configured the |
| 10:27 | 18 | exact same way as the *Deepwater Horizon's* BOP is; is that |
| 10:27 | 19 | correct? |
| 10:27 | 20 | **A.** Correct. But from an engineering standard of care, just |
| 10:27 | 21 | because you can find many poorly-designed units that are |
| 10:27 | 22 | similar doesn't make it right. |
| 10:27 | 23 | **Q.** All right. Now -- |
| 10:27 | 24 | **A.** Multiple wrongs don't make a right. There are many stacks |
| 10:27 | 25 | out there that meet what I consider engineered or |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | | |
|---|---|---|
| 10:27 | 1 | properly-configured stack. |
| 10:27 | 2 | **Q.** Okay. We're going to get to that. |
| 10:27 | 3 | MS. KARIS: Let's look at D-4644. |
| 10:27 | 4 | BY MS. KARIS: |
| 10:27 | 5 | **Q.** As part of the work that you did in this case, you said |
| 10:27 | 6 | you looked at what other rig configurations were; correct? |
| 10:27 | 7 | **A.** Yes. |
| 10:27 | 8 | **Q.** You said Transocean rigs; correct? |
| 10:27 | 9 | **A.** Yes. |
| 10:27 | 10 | **Q.** And you're aware, though, that in the course of this case, |
| 10:27 | 11 | some of the materials produced include applications for permit |
| 10:27 | 12 | to drill from a variety of different operators in the industry |
| 10:28 | 13 | operating in the same environment that the *Deepwater Horizon* |
| 10:28 | 14 | was operating in, deepwater out in the Gulf of Mexico; correct? |
| 10:28 | 15 | **A.** Yes. But you still have to evaluate each system based on |
| 10:28 | 16 | a particular well. |
| 10:28 | 17 | **Q.** We're going to talk about that. |
| 10:28 | 18 | You're aware, though, that their APDs were part of |
| 10:28 | 19 | the materials available in this case for you to review in |
| 10:28 | 20 | rendering your opinions about industry standard of care; |
| 10:28 | 21 | correct? |
| 10:28 | 22 | **A.** Correct. |
| 10:28 | 23 | **Q.** Okay. And you would agree with me that this chart |
| 10:28 | 24 | accurately represents applications for permit to drill which |
| 10:28 | 25 | were approved by Mineral Management Services in 2010, the same |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | | |
|---|---|---|
| 10:28 | 1 | year as the *Deepwater Horizon's* BOP, for depths similar to the |
| 10:28 | 2 | *Deepwater Horizon* Macondo well use; correct? |
| 10:28 | 3 | **A.** Well, I can't say that for sure. I'll have to take your |
| 10:28 | 4 | word for it. |
| 10:28 | 5 | **Q.** All right. Well, you worked, you said, for Chevron |
| 10:29 | 6 | previously; is that correct? |
| 10:29 | 7 | **A.** Yes. |
| 10:29 | 8 | **Q.** All right. And do you see one of those applications here |
| 10:29 | 9 | is actually for Chevron? |
| 10:29 | 10 | **A.** Correct. |
| 10:29 | 11 | **Q.** A company you said you had done some suitability and |
| 10:29 | 12 | shearability calculations for. |
| 10:29 | 13 | **A.** Correct. |
| 10:29 | 14 | **Q.** And you see there in 2010, Chevron, through the *Discoverer* |
| 10:29 | 15 | *Inspiration* -- do you know what that stack looks like? |
| 10:29 | 16 | **A.** Well, it says right there, one BSR and one CSR. |
| 10:29 | 17 | **Q.** Okay. And that's the configuration we have here; correct? |
| 10:29 | 18 | **A.** Yes. But you can't compare them that simply. |
| 10:29 | 19 | **Q.** Okay. Well -- |
| 10:29 | 20 | **A.** You have to know -- let me continue. |
| 10:29 | 21 | **Q.** Okay. |
| 10:29 | 22 | **A.** You have to know whether the CSR fires first. |
| 10:29 | 23 | You need to know whether the overboard line is |
| 10:29 | 24 | activated automatically. And we do know from the record that |
| 10:29 | 25 | Chevron's policy is to always have the overboard line activated |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - CROSS

| | | |
|---|---|---|
| 10:29 | 1 | so that you've got lots of time and you're not going to have a |
| 10:29 | 2 | fire or an explosion on the rig. If that was done here, you |
| 10:29 | 3 | could have used the existing equipment and shut in the well. |
| 10:30 | 4 | So you can't look at a system in an isolated fashion |
| 10:30 | 5 | with just the BSR and the CSR. You also have to look at their |
| 10:30 | 6 | well control policies. When you set the diverter, do you go to |
| 10:30 | 7 | the mud-gas separator or do you head overboard? |
| 10:30 | 8 | **Q.** So you're critical of the way Transocean handled the |
| 10:30 | 9 | overboard versus the diverter configuration here; is -- |
| 10:30 | 10 | **A.** Yes. |
| 10:30 | 11 | **Q.** -- that correct? |
| 10:30 | 12 | **A.** You have to consider that in your configuration, what's |
| 10:30 | 13 | your default position. |
| 10:30 | 14 | **Q.** And did you look -- first of all, did you look at that APD |
| 10:30 | 15 | that was submitted by Chevron, since you had previously worked |
| 10:30 | 16 | for them? |
| 10:30 | 17 | **A.** I don't recall. |
| 10:30 | 18 | MS. KARIS: All right. Let's see if we can pull up |
| 10:30 | 19 | 47846-167.1.2. |
| 10:30 | 20 | BY MS. KARIS: |
| 10:30 | 21 | **Q.** And if you haven't looked at it, just let me know. |
| 10:30 | 22 | Do you recognize this as an application for permit to |
| 10:30 | 23 | drill a new well for Chevron -- |
| 10:30 | 24 | MS. KARIS: Highlight Chevron. |
| 10:30 | 25 | |

OFFICIAL TRANSCRIPT

| | |
|---|---|
| 10:30 | 1   BY MS. KARIS: |
| 10:30 | 2   Q.   -- approval date February 8th of 2010, and the water depth |
| 10:30 | 3   is 6,730 feet. |
| 10:30 | 4        Do you see that? |
| 10:31 | 5   A.   Yes, Counselor.  I don't recall if I looked at it or |
| 10:31 | 6   not -- |
| 10:31 | 7   Q.   Fair to -- |
| 10:31 | 8   A.   -- but I have looked at Chevron's policy on going |
| 10:31 | 9   overboard. |
| 10:31 | 10  Q.   All right. |
| 10:31 | 11  A.   And if that had happened in this case and gone down to |
| 10:31 | 12  the -- or gone out the downwind overboard line, there would |
| 10:31 | 13  have been no fire and explosion on the rig.  In fact, I even |
| 10:31 | 14  modeled it.  I know for a fact you won't have a fire or an |
| 10:31 | 15  explosion on the rig.  You would have had all the time in the |
| 10:31 | 16  world to use the preferred method, which is to use the CSR, cut |
| 10:31 | 17  the pipe, pull the drill pipe up, and shut the BSR, without |
| 10:31 | 18  even cutting pipe at all. |
| 10:31 | 19  Q.   And if I just heard you correctly, those criticisms that |
| 10:31 | 20  you just voiced were with respect to how the crew diverted that |
| 10:31 | 21  evening, going overboard as opposed to going to the mud-gas |
| 10:31 | 22  separator. |
| 10:31 | 23       Is that correct? |
| 10:31 | 24  A.   Right.  And I don't know what policy they're following, |
| 10:31 | 25  whether it's TO or BP policy, but the codes and standards are |

| | |
|---|---|
| 10:32 | 1   even clear.  API 59, API 64, they are unambiguous.  You -- |
| 10:32 | 2   whenever you shut the pumps down to investigate, you will set |
| 10:32 | 3   the diverter to go out the overboard lines.  That was not done |
| 10:32 | 4   here. |
| 10:32 | 5   Q.   Now, last series of questions and then we'll be done. |
| 10:32 | 6        You've identified throughout your report various |
| 10:32 | 7   features, some of which we've talked about, that you contend |
| 10:32 | 8   should have been utilized on the *Deepwater Horizon*'s BOP; |
| 10:32 | 9   correct? |
| 10:32 | 10  A.   Yes. |
| 10:32 | 11  Q.   And in your opinion, those features were necessary in |
| 10:32 | 12  order to make this BOP safe for use and fit for purpose. |
| 10:32 | 13  A.   Yes. |
| 10:32 | 14  Q.   Now, you tendered your opinions to Halliburton in this |
| 10:32 | 15  case in late 2011; correct? |
| 10:32 | 16  A.   That sounds right. |
| 10:32 | 17  Q.   All right.  And do you know whether Halliburton, to this |
| 10:32 | 18  day, after you tendered your opinions about what constitutes |
| 10:33 | 19  safe and fit for purpose, whether to this day Halliburton |
| 10:33 | 20  continues to send its crew to rigs that have BOPs with the |
| 10:33 | 21  exact same features and configurations that we had on the |
| 10:33 | 22  *Deepwater Horizon*? |
| 10:33 | 23  A.   I can't say whether they do or don't. |
| 10:33 | 24       But again, I think everybody's on their toes now, and |
| 10:33 | 25  you could have shut this down safely with this equipment.  But |

| | |
|---|---|
| 10:33 | 1   I think you should have both, policies that will shut it down |
| 10:33 | 2   and also automatic systems when the crew fails to act quickly |
| 10:33 | 3   enough.  Mistakes are always made. |
| 10:33 | 4   Q.   So is it fair to say that you have not evaluated whether |
| 10:33 | 5   Halliburton, the company that hired you, continues to allow its |
| 10:33 | 6   crew to go to rigs that have the same policies, same |
| 10:33 | 7   procedures, same configurations as what we saw on the *Deepwater |
| 10:33 | 8   Horizon* on April 20th of 2010?  That's not something you would |
| 10:33 | 9   consider? |
| 10:33 | 10  A.   That's well beyond the scope of what I was looking at. |
| 10:34 | 11       MS. KARIS:  I have nothing further, Your Honor. |
| 10:34 | 12  Thank you. |
| 10:34 | 13       THE COURT:  All right.  Cameron. |
| 10:34 | 14       MR. JONES:  Cameron has no questions of this witness, |
| 10:34 | 15  Your Honor. |
| 10:34 | 16       THE COURT:  All right.  Any redirect by Halliburton? |
| 10:34 | 17       MR. VON STERNBERG:  Just short, Your Honor, I |
| 10:34 | 18  promise.  I know you've heard it from me before, but I promise. |
| 10:34 | 19       THE COURT:  All right. |
| 10:34 | 20            REDIRECT EXAMINATION |
| 10:34 | 21  BY MR. VON STERNBERG: |
| 10:34 | 22  Q.   Hello, Dr. Stevick.  It's been a while you've been on the |
| 10:34 | 23  stand at this point, so we're going to make it quick. |
| 10:34 | 24  A.   Thank you. |
| 10:34 | 25  Q.   Just a few discrete points. |

| | |
|---|---|
| 10:34 | 1        In reference to some of the cross-examination by |
| 10:34 | 2   Transocean, we discussed batteries and replacement of |
| 10:34 | 3   batteries; is that true? |
| 10:34 | 4        And I don't want to go into great detail on this |
| 10:34 | 5   because I know the Court's heard a lot about it. |
| 10:34 | 6        MR. VON STERNBERG:  But can we pick up 3340, Rob, |
| 10:35 | 7   please. |
| 10:35 | 8   BY MR. VON STERNBERG: |
| 10:35 | 9   Q.   One thing that counsel for Transocean did talk to you |
| 10:35 | 10  about was the SWAT team that went out to the vessel to help |
| 10:35 | 11  repair and set up the BOP for the Macondo drilling; is that |
| 10:35 | 12  true? |
| 10:35 | 13  A.   Yes. |
| 10:35 | 14  Q.   And you've had an opportunity to look at documents related |
| 10:35 | 15  to the investigation and repairs that they did throughout that |
| 10:35 | 16  process? |
| 10:35 | 17  A.   Yes. |
| 10:35 | 18  Q.   And you'll see here down at the bottom, it's -- Mark Hay |
| 10:35 | 19  is the rig supervising engineer; is that correct? |
| 10:35 | 20  A.   Yes. |
| 10:35 | 21  Q.   And you understand that Ronald Guidry, he was one of the |
| 10:35 | 22  SWAT team members; is that true? |
| 10:35 | 23  A.   Yes. |
| 10:35 | 24  Q.   Now, have you had an opportunity to look at Exhibit 3340, |
| 10:35 | 25  which appears to be what the SWAT team did to the BOP during |

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:35 | 1 | their time during the rig change between January and February |
| 10:35 | 2 | of 2010? |
| 10:35 | 3 | A.   Yes. |
| 10:35 | 4 | Q.   Did you see anything in this document, Exhibit 3340, which |
| 10:35 | 5 | said the SWAT team or Mr. Hay ever changed out the batteries on |
| 10:36 | 6 | the blue pod? |
| 10:36 | 7 | A.   No. |
| 10:36 | 8 | Q.   Did you see anything in this document, Exhibit 3340, which |
| 10:36 | 9 | indicates to you that the SWAT team or Mr. Hay even tested |
| 10:36 | 10 | whether or not the blue pod batteries were, in fact, available |
| 10:36 | 11 | and could possibly activate the AMF on April 20th of 2010? |
| 10:36 | 12 | A.   No. |
| 10:36 | 13 | Q.   Okay.  Now, we've also heard some things in reference to |
| 10:36 | 14 | whether or not the batteries should have been replaced every |
| 10:36 | 15 | year. |
| 10:36 | 16 |      Do you recall that? |
| 10:36 | 17 | A.   Yes. |
| 10:36 | 18 |      MR. VON STERNBERG:  Let's go to 5495, please. |
| 10:36 | 19 | BY MR. VON STERNBERG: |
| 10:36 | 20 | Q.   Now, counsel for Transocean also asked you about the |
| 10:36 | 21 | Transocean investigation and the things they did to determine |
| 10:36 | 22 | why the batteries were not changed out. |
| 10:36 | 23 |      Do you remember that? |
| 10:36 | 24 | A.   Yes. |
| 10:36 | 25 |      MR. VON STERNBERG:  Rob, if we can go to what ends in |

---

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:36 | 1 | 3662, please. |
| 10:36 | 2 | BY MR. VON STERNBERG: |
| 10:37 | 3 | Q.   This is a Transocean investigation document that discusses |
| 10:37 | 4 | their review of when the batteries were changed. |
| 10:37 | 5 |      Have you reviewed this before? |
| 10:37 | 6 | A.   Yes.  This is one of the documents I relied on to come to |
| 10:37 | 7 | the conclusion that the blue pod batteries were changed out in |
| 10:37 | 8 | November of 2007. |
| 10:37 | 9 |      MR. VON STERNBERG:  And that's right there for the |
| 10:37 | 10 | Court's convenience. |
| 10:37 | 11 | BY MR. VON STERNBERG: |
| 10:37 | 12 | Q.   Pod 3 is 4 November 2007; right? |
| 10:37 | 13 | A.   Correct. |
| 10:37 | 14 | Q.   And that was, in fact, the blue pod? |
| 10:37 | 15 | A.   Correct. |
| 10:37 | 16 | Q.   Now, you've reviewed -- |
| 10:37 | 17 |      THE COURT:  Remind me, that document is from -- |
| 10:37 | 18 |      MR. VON STERNBERG:  Well, let's go to the first page. |
| 10:37 | 19 |      THE COURT:  What is the document? |
| 10:37 | 20 |      MR. VON STERNBERG:  I'll show you, Your Honor. |
| 10:37 | 21 |      It's the first page, Rob. |
| 10:37 | 22 |      It's Exhibit 5495, Your Honor. |
| 10:37 | 23 | BY MR. VON STERNBERG: |
| 10:37 | 24 | Q.   And, Dr. Stevick, can you identify what this is? |
| 10:37 | 25 | A.   Sure. |

---

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:37 | 1 | Q.   You remember looking at the deposition of Ewen Florence; |
| 10:37 | 2 | is that correct? |
| 10:37 | 3 | A.   Yes. |
| 10:37 | 4 | Q.   And he was one of the investigators in reference to the |
| 10:37 | 5 | BOP for Transocean's investigation? |
| 10:37 | 6 | A.   Right. |
| 10:37 | 7 | Q.   Okay. |
| 10:37 | 8 | A.   And they're -- |
| 10:37 | 9 | Q.   That -- go ahead. |
| 10:37 | 10 | A.   Go ahead. |
| 10:37 | 11 | Q.   Well, no, you can tell me; I'm not supposed to tell you. |
| 10:38 | 12 | A.   Right.  Well, they're investigating what actually happened |
| 10:38 | 13 | to the batteries. |
| 10:38 | 14 | Q.   All right.  Thank you. |
| 10:38 | 15 |      MR. VON STERNBERG:  Any other questions, Your Honor, |
| 10:38 | 16 | or can I move on? |
| 10:38 | 17 |      THE COURT:  Move on. |
| 10:38 | 18 |      MR. VON STERNBERG:  Thank you, sir. |
| 10:38 | 19 | BY MR. VON STERNBERG: |
| 10:38 | 20 | Q.   And you remembered looking at depositions in reference to |
| 10:38 | 21 | the testimony of the Transocean employees about the battery |
| 10:38 | 22 | change-out; is that true? |
| 10:38 | 23 | A.   Yes. |
| 10:38 | 24 | Q.   And, in fact, Mark Hay, the very supervisor that we saw in |
| 10:38 | 25 | that previous document, actually testified about the batteries; |

---

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:38 | 1 | true? |
| 10:38 | 2 | A.   Yes. |
| 10:38 | 3 | Q.   Do you remember that testimony or do I need to show it to |
| 10:38 | 4 | you? |
| 10:38 | 5 | A.   You'll have to show it to me.  I don't remember it in |
| 10:38 | 6 | detail. |
| 10:38 | 7 |      MR. VON STERNBERG:  Okay.  Rob, can you get his |
| 10:38 | 8 | deposition at page 358, line 19, please? |
| 10:38 | 9 | BY MR. VON STERNBERG: |
| 10:38 | 10 | Q.   And this is Mark Hay testifying. |
| 10:38 | 11 |      "QUESTION:  Your understanding is it's Transocean's |
| 10:38 | 12 |      policy to change the control pod batteries once a year; is |
| 10:38 | 13 |      that right? |
| 10:38 | 14 |      "ANSWER:  That's correct. |
| 10:38 | 15 |      "QUESTION:  And that's consistent with Cameron's |
| 10:38 | 16 |      policy about the replacement of the batteries; is that |
| 10:38 | 17 |      right? |
| 10:38 | 18 |      "ANSWER:  Yes." |
| 10:38 | 19 |      Do you remember that testimony? |
| 10:38 | 20 | A.   I do. |
| 10:38 | 21 | Q.   And you relied upon that in reference to your report; is |
| 10:38 | 22 | that true? |
| 10:38 | 23 | A.   That's true. |
| 10:39 | 24 | Q.   Let me talk to you about solenoids.  Just two questions. |
| 10:39 | 25 |      We've talked a little bit about Transocean's testing. |

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:39 | 1 | What is it, in your mind, that was fatally deficient about that |
| 10:39 | 2 | testing? |
| 10:39 | 3 | A.   The testing relied on -- well, there were actually many |
| 10:39 | 4 | things wrong with the testing, but one was they would just |
| 10:39 | 5 | listen to determine whether the solenoid actually activated. |
| 10:39 | 6 |      I've tested many solenoids.  What you have to do, you |
| 10:39 | 7 | have to put pressure on them to determine whether they've |
| 10:39 | 8 | actually shut or opened.  You can't rely on sound. |
| 10:39 | 9 |      What you can do, after you've done a few tests with |
| 10:39 | 10 | pressure, you can glue an accelerometer to it and understand |
| 10:39 | 11 | the signature of what it looks like, and then you can do the |
| 10:39 | 12 | test faster without pressure.  But you can't rely on hearing. |
| 10:39 | 13 | It just doesn't work. |
| 10:39 | 14 | Q.   All right.  Well, that was the Ph.D. response.  Can we go |
| 10:39 | 15 | back to just a standard human response. |
| 10:39 | 16 |      How long did you wait to listen for the click? |
| 10:39 | 17 | A.   I don't remember the exact time, but -- |
| 10:39 | 18 | Q.   Well, it was less than 5 seconds, was it not? |
| 10:39 | 19 | A.   Yes. |
| 10:39 | 20 | Q.   How long do you know that it would take for a solenoid to |
| 10:40 | 21 | actually activate the AMF valves if, in fact, it was going to |
| 10:40 | 22 | actuate?  How long would it have to stay actuated to activate |
| 10:40 | 23 | the AMF? |
| 10:40 | 24 | A.   It has to stay actuated a full 30 seconds -- well, it's |
| 10:40 | 25 | supposed to.  It has to say actuated at least 16 seconds. |

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:40 | 1 | Q.   So in your scientific and professional career, is it good |
| 10:40 | 2 | enough for you to listen to a solenoid click when, in fact, you |
| 10:40 | 3 | know it has to go 16 to 30 seconds before it actually utilizes |
| 10:40 | 4 | what it's supposed to do to activate the AMF? |
| 10:40 | 5 | A.   That's not acceptable, and you can't even tell whether the |
| 10:40 | 6 | chick actually actuated the valve. |
| 10:40 | 7 | Q.   All right, sir.  Mr. Williamson talked to you yesterday a |
| 10:40 | 8 | little bit about safety factors and I'm not sure we really got |
| 10:40 | 9 | a lot of what your opinion really is and I just want to go |
| 10:40 | 10 | through it really quick. |
| 10:40 | 11 |      MR. VON STERNBERG:  D-8204, please. |
| 10:40 | 12 | BY MR. VON STERNBERG: |
| 10:41 | 13 | Q.   Can you describe for the Court why you made this document? |
| 10:41 | 14 | A.   Yes. |
| 10:41 | 15 | Q.   Please. |
| 10:41 | 16 | A.   Sure. |
| 10:41 | 17 |      To evaluate a failure like this, it helps to have |
| 10:41 | 18 | some experience in the industry and some outside of the |
| 10:41 | 19 | industry, just to get a feel for whether this industry is -- |
| 10:41 | 20 | has had some blinders on and really isn't paying attention to |
| 10:41 | 21 | standard of care in engineering. |
| 10:41 | 22 |      The blind shear ram itself has a safety factor less |
| 10:41 | 23 | than 1.  It doesn't always have a load that's higher than the |
| 10:41 | 24 | pipes that can be in there.  Typical safety factors for cars |
| 10:41 | 25 | and airplanes, 1.3 to 1.5.  The chairs we all sit in, 2. |

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:41 | 1 | Offshore platforms for piping in refineries, pressure vessels, |
| 10:41 | 2 | it's always between 3 and 4. |
| 10:41 | 3 |      In fact, if we move to elevators, you'll see safety |
| 10:41 | 4 | factors in the 10 to 14 range.  So every industry uses safety |
| 10:41 | 5 | factors that are higher than this.  And your typical textbook |
| 10:42 | 6 | will recommend the absolute minimum is 1.3.  That's when you |
| 10:42 | 7 | understand the material extremely well, you've characterized |
| 10:42 | 8 | it, and you know the upper bounds very well. |
| 10:42 | 9 | Q.   This is not a mistake that you put this vessel on the |
| 10:42 | 10 | right side.  What is that a picture of? |
| 10:42 | 11 | A.   It's the *Deepwater Horizon*. |
| 10:42 | 12 | Q.   Okay.  What was the safety factor on the other mechanical |
| 10:42 | 13 | engineering components of the *Deepwater Horizon* in your |
| 10:42 | 14 | estimation? |
| 10:42 | 15 | A.   Since I'm on the piping code, I'm very aware it has to be |
| 10:42 | 16 | in the 3 to 4 range. |
| 10:42 | 17 |      MR. VON STERNBERG:  Let's go to D-8203, Rob, please. |
| 10:42 | 18 | BY MR. VON STERNBERG: |
| 10:42 | 19 | Q.   This is also a chart you created.  Is that true? |
| 10:42 | 20 | A.   Yes. |
| 10:42 | 21 | Q.   Can you tell the Court where you got this information and |
| 10:42 | 22 | what it means to you? |
| 10:42 | 23 | A.   Yes.  These are the pressures required to shear pipe |
| 10:42 | 24 | reliably, as testified to by the various experts. |
| 10:43 | 25 | Q.   When you say "pipe," you're talking about 5 1/2-inch |

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:42 | 1 | 135 D-21 pipe that we had in this well; correct? |
| 10:42 | 2 | A.   Right. |
| 10:42 | 3 | Q.   Right.  So this is what the other experts have said in |
| 10:42 | 4 | reference to the shearing capacities of the BSR that was |
| 10:43 | 5 | available on April 20th of 2010.  Is that a fair statement? |
| 10:43 | 6 | A.   Yes.  And you'll see the numbers climb as you move toward |
| 10:43 | 7 | experts who have experience outside of this industry. |
| 10:43 | 8 | Q.   All right.  And you have an asterisk down here about the |
| 10:43 | 9 | Bly report.  Can you explain to the Court what you mean by |
| 10:43 | 10 | that? |
| 10:43 | 11 | A.   That's the pressure estimated to be available with the |
| 10:43 | 12 | various leaks that they found in the system. |
| 10:43 | 13 | Q.   The hydraulic leaks? |
| 10:43 | 14 | A.   Yes. |
| 10:43 | 15 | Q.   All right.  So am I wrong in saying that only Mr. Shanks |
| 10:43 | 16 | believes that there was sufficient shearing capacity on |
| 10:43 | 17 | April 20th, 2010 for the blind shear ram? |
| 10:43 | 18 | A.   Yes.  That's the only number below the available pressure. |
| 10:43 | 19 | Q.   So I am wrong? |
| 10:43 | 20 | A.   No, sir. |
| 10:43 | 21 | Q.   Can you try that again?  Am I wrong -- the only person |
| 10:43 | 22 | who's said it wasn't available is Mr. Shanks? |
| 10:43 | 23 | A.   Correct. |
| 10:43 | 24 | Q.   Thank you. |
| 10:43 | 25 |      MR. VON STERNBERG:  Let's go to one last thing, |

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:43 | 1 | Your Honor, and we're done. |
| 10:43 | 2 | D-8226.1, please. |
| 10:44 | 3 | BY MR. VON STERNBERG: |
| 10:44 | 4 | Q.   Now, you talked with counsel for BP about the Transocean |
| 10:44 | 5 | fleet; correct? |
| 10:44 | 6 | A.   Yes. |
| 10:44 | 7 | Q.   All right.  And you discussed it a little bit but didn't |
| 10:44 | 8 | get into details.  Now, will you tell the Court what this |
| 10:44 | 9 | document is? |
| 10:44 | 10 | A.   This is figure 5 from page 15 of Mr. Shanks' rebuttal |
| 10:44 | 11 | report, and it shows the TO fleet.  And if you could draw a |
| 10:44 | 12 | line between the column with one BSR, one CSR, the two BSRs, |
| 10:44 | 13 | you can separate this into two distinct groups. |
| 10:44 | 14 | MR. VON STERNBERG:  All right, Rob.  Can you draw |
| 10:44 | 15 | that line?  .2, please. |
| 10:44 | 16 | BY MR. VON STERNBERG: |
| 10:44 | 17 | Q.   Is that what you're talking about? |
| 10:44 | 18 | A.   Yes. |
| 10:44 | 19 | Q.   So you've got the Marianas and then the AMI.  And |
| 10:44 | 20 | Deepwater Horizon and Petrobras are the only ones in the fleet |
| 10:44 | 21 | that only have one BSR; is that true? |
| 10:44 | 22 | A.   Correct. |
| 10:44 | 23 | Q.   And you say "two sealing shearing rams" over here because |
| 10:44 | 24 | the CSR doesn't seal.  Is that what you're trying to tell us? |
| 10:44 | 25 | A.   Correct.  Yes.  You need backup. |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:44 | 1 | Q.   Now, to your knowledge, were all these TO vessels under |
| 10:44 | 2 | the direction of BP, or no? |
| 10:45 | 3 | A.   No. |
| 10:45 | 4 | Q.   Were there other operators that were utilizing them? |
| 10:45 | 5 | A.   Absolutely.  And I looked up each one and annotated this |
| 10:45 | 6 | at the time of my deposition. |
| 10:45 | 7 | Q.   Now, were any of these vessels contemporaneous with the |
| 10:45 | 8 | build of the Deepwater Horizon? |
| 10:45 | 9 | A.   Yes. |
| 10:45 | 10 | Q.   Have you done that work? |
| 10:45 | 11 | A.   Yes, if we can look at the . . . |
| 10:45 | 12 | MR. VON STERNBERG:  Rob, No. 3, please. |
| 10:45 | 13 | THE COURT:  Wait.  Before you move on. |
| 10:45 | 14 | MR. VON STERNBERG:  Sure. |
| 10:45 | 15 | THE COURT:  I'm looking at . . . |
| 10:45 | 16 | MR. VON STERNBERG:  You want to go back to No. 2? |
| 10:45 | 17 | THE COURT:  No, no, no.  I'm looking at the exhibit |
| 10:45 | 18 | and I'm trying to correlate it with the number that you call a |
| 10:45 | 19 | dot.  I want to make sure the record is clear.  I thought you |
| 10:45 | 20 | called out Demonstrative 6128? |
| 10:45 | 21 | MR. VON STERNBERG:  Your Honor, it was 8226.1. |
| 10:45 | 22 | THE COURT:  I don't see that -- did you call out that |
| 10:45 | 23 | number? |
| 10:45 | 24 | MR. VON STERNBERG:  I did, Your Honor.  I think the |
| 10:45 | 25 | TREX is 6128, maybe that -- |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:45 | 1 | THE COURT:  Well, I missed it or the court reporter |
| 10:45 | 2 | missed it, I'm not sure. |
| 10:45 | 3 | MR. VON STERNBERG:  No worries. |
| 10:45 | 4 | THE COURT:  As long as we made that clear.  Okay. |
| 10:45 | 5 | Thank you. |
| 10:45 | 6 | MR. VON STERNBERG:  No worries. |
| 10:45 | 7 | THE COURT:  Okay. |
| 10:45 | 8 | BY MR. YORK: |
| 10:45 | 9 | Q.   We're on to No. 3 now, Doctor. |
| 10:46 | 10 | A.   Yes. |
| 10:46 | 11 | Q.   And then try to describe for us what you did in reference |
| 10:46 | 12 | to how you annotated this list and what means to you in |
| 10:46 | 13 | reference to contemporaneous builds of other BOPs in deepwater |
| 10:46 | 14 | environments. |
| 10:46 | 15 | A.   Sure.  If you look at the far right, the |
| 10:46 | 16 | Discoverer Enterprise, which is one of the vessels that came to |
| 10:46 | 17 | the rescue here and did the top-down work, that's a |
| 10:46 | 18 | 1999 vessel. |
| 10:46 | 19 | Deepwater Horizon was commissioned in 2001.  It has |
| 10:46 | 20 | two BSRs, one CSR.  And we know from their 2003 incident where |
| 10:46 | 21 | they had to -- the AMF was activated, that the CSR goes first |
| 10:46 | 22 | and then the BSR, which is typical of any vessel that has more |
| 10:46 | 23 | than one BSR. |
| 10:46 | 24 | I know this from calling other manufacturers of BOPs, |
| 10:46 | 25 | GE, NOV, and talking to them about it.  The development |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:46 | 1 | driller, 2 and 3, same thing.  Those are the two vessels that |
| 10:47 | 2 | drilled the relief wells that came to the rescue here. |
| 10:47 | 3 | Q.   Well, you know from your investigation the Marianas was |
| 10:47 | 4 | the first rig on the Macondo well.  True? |
| 10:47 | 5 | A.   Yes.  And it was completely inadequate. |
| 10:47 | 6 | Q.   And then obviously the Deepwater Horizon was the secondary |
| 10:47 | 7 | vessel they brought in when the Marianas was damaged? |
| 10:47 | 8 | A.   Right. |
| 10:47 | 9 | Q.   Okay.  Now, are you trying -- tell the Court what you |
| 10:47 | 10 | think the right side of this line means in reference to the |
| 10:47 | 11 | standard of care in the industry as opposed to the left line. |
| 10:47 | 12 | A.   Well, to the right side we have at least two sealing shear |
| 10:47 | 13 | rams.  We have backup.  On the left side, we've got one BSR, |
| 10:47 | 14 | and, in fact, the Deepwater Horizon, in deadman mode, only has |
| 10:47 | 15 | one BSR.  The CSR does to the activate. |
| 10:47 | 16 | So if you look at deadman, you really have to put the |
| 10:47 | 17 | Deepwater Horizon in the very left column. |
| 10:47 | 18 | Q.   All right.  Well, let's do that before we close. |
| 10:47 | 19 | MR. VON STERNBERG:  Can we put 8226.4 up there, |
| 10:48 | 20 | please, Rob. |
| 10:48 | 21 | BY MR. VON STERNBERG: |
| 10:48 | 22 | Q.   Is that going to do something else, Doctor? |
| 10:48 | 23 | A.   Well, it's supposed to move the Deepwater Horizon to the |
| 10:48 | 24 | left. |
| 10:48 | 25 | Q.   All right.  Well, we'll do that later. |

OFFICIAL TRANSCRIPT

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 10:48 | 1 | A.   Yep. |
| 10:48 | 2 | MR. VON STERNBERG:  Thank you, Your Honor.  I'll pass |
| | 3 | the witness. |
| 10:48 | 4 | THE COURT:  Thank you.  You're done. |
| 10:48 | 5 | THE WITNESS:  Thank you, sir. |
| 10:48 | 6 | THE COURT:  Thank you. |
| 10:48 | 7 | All right.  Halliburton, what do you have next? |
| 10:48 | 8 | SPEAKER:  Yes, Your Honor. |
| 10:48 | 9 | THE COURT:  Videos? |
| 10:48 | 10 | MR. GODWIN:  We were going to play, with your |
| | 11 | permission, Judge -- Don Godwin.  With your permission, we're |
| | 12 | going to play a video first of John Gisclair.  It goes for |
| | 13 | about five minutes, I think, Judge. |
| 10:48 | 14 | And then following that, we'll have the |
| | 15 | deposition of Mr. Kurt Kronenberger.  He goes for about, I |
| | 16 | think, six or seven minutes total.  So it's a total of around |
| | 17 | 11 minutes or so for both of them. |
| 10:48 | 18 | THE COURT:  Do you have the transcripts for us? |
| 10:49 | 19 | MR. GODWIN:  Yes, I do, Judge.  I've got those right |
| | 20 | here. |
| 10:49 | 21 | THE COURT:  Give us those and we'll turn down the |
| | 22 | lights and you can play them. |
| 10:49 | 23 | MR. GODWIN:  I've also got the flash here. |
| 10:49 | 24 | THE COURT:  The first one is John Gisclair? |
| 10:49 | 25 | MR. GODWIN:  Yes, Judge. |

---

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 09:20 | 1 | (WHEREUPON, the videotaped deposition of **John** |
| | 2 | **Gisclair** was played.) |
| 10:57 | 3 | THE COURT:  This is Mr. Kurt Kronenberger; correct? |
| 10:57 | 4 | MR. GODWIN:  Yes, Your Honor. |
| 10:57 | 5 | THE COURT:  Okay.  Go ahead. |
| 10:57 | 6 | MR. GODWIN:  Thank you, Judge. |
| 09:20 | 7 | (WHEREUPON, the videotaped deposition of **Kurt Adam** |
| | 8 | **Kronenberger** was played.) |
| 09:20 | 9 | MR. GODWIN:  Don Godwin for Halliburton, |
| | 10 | Judge Barbier. |
| 11:02 | 11 | That concludes our two video clips there.  I |
| | 12 | passed up the hard copy transcripts for you as well.  We now |
| 11:03 | 13 | have Dr. Gene Beck we'll call live, Your Honor. |
| 11:03 | 14 | THE COURT:  Thank you. |
| 11:03 | 15 | MR. GODWIN:  And subject to Dr. Ravi, and some other |
| | 16 | things that are subject to, Dr. Beck is expected to be our last |
| | 17 | witness for Halliburton. |
| 11:03 | 18 | THE COURT:  We'll go until about 11:45, and then |
| 11:03 | 19 | we'll recess for the morning at that time. |
| 11:03 | 20 | MR. GODWIN:  Thank you, Your Honor. |
| 11:03 | 21 | (WHEREUPON, **FREDERICK E. BECK**, having been duly |
| | 22 | sworn, testified as follows.) |
| 11:03 | 23 | THE DEPUTY CLERK:  Please state your full name and |
| | 24 | correct spelling for the record. |
| 11:03 | 25 | THE WITNESS:  My name is Frederick E. Beck, |

---

GLEN STEVICK, PH.D. - REDIRECT

| | | |
|---|---|---|
| 11:03 | 1 | F-R-E-D-E-R-I-C-K, E, B-E-C-K. |
| 11:04 | 2 | MR. REGAN:  Your Honor, Matt Regan on behalf of BP. |
| 11:04 | 3 | In advance of Mr. Beck's testimony, I would just |
| | 4 | like to again renew the pending *Daubert* motion that we have |
| 11:04 | 5 | with respect to Dr. Beck.  And then it may be something that we |
| | 6 | have to do on a case-by-case basis in terms of testimony.  But |
| | 7 | with respect to the report, there are elements and citations to |
| | 8 | particular government reports, government testimony that's been |
| | 9 | ruled out.  And I think, as you've indicated before, that's |
| 11:04 | 10 | something that you can look at when you're reviewing the report |
| | 11 | later on. |
| 11:04 | 12 | THE COURT:  We'll do that.  We'll proceed like that. |
| 11:04 | 13 | If the report needs to be redacted in any way, hopefully you |
| | 14 | all can agree to that.  Okay? |
| 11:04 | 15 | MR. HILL:  Yes, Your Honor. |
| 11:04 | 16 | Good morning, Your Honor.  Gavin Hill for |
| | 17 | Halliburton, conducting direct examination of Dr. Beck. |
| 11:04 | 18 | DIRECT EXAMINATION |
| 11:04 | 19 | BY MR. HILL: |
| 11:05 | 20 | Q.   Dr. Beck, you don't go by "Frederick," do you? |
| 11:05 | 21 | A.   Typically, I go by "Gene." |
| 11:05 | 22 | Q.   You've already given your name to the Court.  Can you tell |
| 11:05 | 23 | us where you currently live. |
| 11:05 | 24 | A.   I live in Austin, Texas, today. |
| 11:05 | 25 | Q.   By whom are you currently employed? |

---

FREDERICK E. BECK - DIRECT

| | | |
|---|---|---|
| 11:05 | 1 | A.   I work today for Statoil, oil and gas. |
| 11:05 | 2 | Q.   What position do you hold for Statoil? |
| 11:05 | 3 | A.   I'm a drilling and wells manager. |
| 11:05 | 4 | Q.   What are your primary responsibilities as a drilling |
| 11:05 | 5 | manager? |
| 11:05 | 6 | A.   I work in the Williston district, which is in |
| 11:05 | 7 | North Dakota. |
| 11:05 | 8 | Q.   What do you do? |
| 11:05 | 9 | A.   I manage drilling and -- well, I'm the drilling and |
| 11:05 | 10 | completion manager for our operations in North Dakota. |
| 11:05 | 11 | Q.   And how long have you held that position? |
| 11:05 | 12 | A.   I just took that position full-time as an employee back in |
| 11:05 | 13 | December.  I had been a consultant in a similar role for about |
| 11:05 | 14 | 18 months prior to that. |
| 11:05 | 15 | Q.   Thank you, Dr. Beck. |
| 11:05 | 16 | MR. HILL:  Could we please have TREX-22571. |
| 11:04 | 17 | BY MR. HILL: |
| 11:05 | 18 | Q.   Dr. Beck, I'm going to put up on the screen here -- |
| 11:06 | 19 | By the way, do you have a laser pointer up there that |
| | 20 | you can use? |
| 11:06 | 21 | MR. HILL:  Next page, please. |
| 11:04 | 22 | BY MR. HILL: |
| 11:04 | 23 | Q.   I'm putting up on the screen a copy of your CV that has |
| 11:06 | 24 | been produced as an appendix to your report.  I'd like to just |
| 11:06 | 25 | go through a few things. |

7058

| | |
|---|---|
| 11:06 | 1  Can you tell the Court what degrees you have, |
| 11:06 | 2  college-level degrees, please. |
| 11:06 | 3  A.  Yes.  I earned a bachelor's degree in geology, and MS and |
| 11:06 | 4  Ph.D. degrees in petroleum engineering.  They were all from LSU |
| 11:06 | 5  in Baton Rouge. |
| 11:06 | 6  Q.  When did you obtain your Ph.D.? |
| 11:06 | 7  A.  In 1986. |
| 11:06 | 8  MR. HILL:  Let's go to the next section, please. |
| 11:04 | 9  BY MR. HILL: |
| 11:05 | 10  Q.  Can you tell the Court a little bit about the professional |
| 11:06 | 11  associations to which you belong and some of the activities |
| 11:06 | 12  that you have achieved with respect -- in association with |
| 11:06 | 13  those committees. |
| 11:06 | 14  A.  Yeah.  I'm a long-standing member of the Society of |
| 11:06 | 15  Petroleum Engineers, SPE, as it's known.  I've served on |
| 11:06 | 16  various committees for SPE over the years. |
| 11:06 | 17  I've also served on an advisory committee for the LSU |
| 11:07 | 18  petroleum engineering department for quite some time now. |
| 11:07 | 19  At various points in my career, I was a member of the |
| 11:07 | 20  American Association of Petroleum Geologists and a member of |
| 11:07 | 21  the IADC, the International Association of Drilling |
| 11:07 | 22  Contractors. |
| 11:07 | 23  Q.  How long have you been a member, for example, of the |
| 11:07 | 24  Society of Petroleum Engineers? |
| 11:07 | 25  A.  I joined SPE in college, I think, in 1981. |

OFFICIAL TRANSCRIPT

7059

| | |
|---|---|
| 11:07 | 1  Q.  Doctor, turning to some of your prior employment, I see by |
| 11:07 | 2  your CV that prior to Statoil you were actually a professor. |
| 11:07 | 3  Correct? |
| 11:07 | 4  A.  Yes.  I was on the faculty at Texas A&M through August of |
| 11:07 | 5  2012. |
| 11:07 | 6  Q.  What did you teach at A&M? |
| 11:07 | 7  A.  I taught drilling engineering, both a beginning level and |
| 11:07 | 8  an advanced level, at the senior engineering level at the |
| 11:07 | 9  school.  And I also taught a graduate course in drilling |
| 11:07 | 10  engineering. |
| 11:07 | 11  Q.  How long did you actually teach as a professor at Texas |
| 11:08 | 12  A&M? |
| 11:08 | 13  A.  I was there for three full academic years. |
| 11:08 | 14  Q.  Okay.  Prior to that, you've had some experience in the |
| 11:08 | 15  petroleum industry -- the oil and gas industry; correct? |
| 11:08 | 16  A.  Correct. |
| 11:08 | 17  Q.  Let's talk a little bit about that. |
| 11:08 | 18  There's an entry on your CV that says "Vice |
| 11:08 | 19  President, Drilling/Operations, Gastar Exploration"; correct? |
| 11:08 | 20  A.  That is correct. |
| 11:08 | 21  Q.  Can you tell the Court, how long were you with Gastar |
| 11:08 | 22  Exploration? |
| 11:08 | 23  A.  I went to work for them in 2002 and left them in 2011, as |
| 11:08 | 24  I was transitioning into my teaching role at Texas A&M. |
| 11:08 | 25  Q.  So that's approximately nine to ten years. |

OFFICIAL TRANSCRIPT

7060

| | |
|---|---|
| 11:08 | 1  A.  Nine to ten years. |
| 11:08 | 2  Q.  During that time, can you tell the Court primarily what |
| 11:08 | 3  your job responsibilities were. |
| 11:08 | 4  A.  So I was their operations manager early on.  This was a |
| 11:08 | 5  really small company.  And as we grew, my job became the |
| 11:08 | 6  drilling manager, as we hired a completion -- or a production |
| 11:08 | 7  manager for the company. |
| 11:08 | 8  So my job was primarily operations management, from a |
| 11:09 | 9  senior management level all the way down to the drilling |
| 11:09 | 10  engineer, watching the rigs where we were drilling. |
| 11:09 | 11  Q.  How many, approximately, wells did you drill when you were |
| 11:09 | 12  with Gastar Exploration? |
| 11:09 | 13  A.  I think over that time period the count would be somewhere |
| 11:09 | 14  in between 30 and 40 wells. |
| 11:09 | 15  Q.  What types of wells were they? |
| 11:09 | 16  A.  These were very deep, very high pressure, very high |
| 11:09 | 17  temperature natural gas wells.  The depths were in the 19- to |
| 11:09 | 18  20,000-foot vertical depth range. |
| 11:09 | 19  Q.  All right.  In the interest of time, I'm going to skip |
| 11:09 | 20  over the consulting part that came there. |
| 11:09 | 21  I'd like to jump to the time period of June 1996 to |
| 11:09 | 22  February 2002.  Your CV says that you were the vice president |
| 11:09 | 23  at Nabors Drilling USA; correct? |
| 11:09 | 24  A.  That is correct. |
| 11:09 | 25  Q.  Can you tell Judge Barbier, who is Nabors Drilling? |

OFFICIAL TRANSCRIPT

7061

| | |
|---|---|
| 11:09 | 1  A.  Nabors Drilling is a large drilling contractor.  They're |
| 11:09 | 2  primarily land-based.  They do have some offshore operations, |
| 11:10 | 3  but I worked in the land-based department of Nabors Drilling. |
| 11:10 | 4  Q.  All right.  Did you also drill -- and were you responsible |
| 11:10 | 5  for the drilling of high-pressure wells while you were at |
| 11:10 | 6  Nabors? |
| 11:10 | 7  A.  Yes.  My job at Nabors was as the turnkey drilling |
| 11:10 | 8  manager.  And once again, it was a very small group of perhaps |
| 11:10 | 9  five or six engineers.  And we were -- we were drilling wells |
| 11:10 | 10  for a fixed price for operators. |
| 11:10 | 11  Q.  Okay. |
| 11:10 | 12  MR. HILL:  Could you go to the next page, please. |
| 11:10 | 13  BY MR. HILL: |
| 11:05 | 14  Q.  I'd like to go to the part here with respect to your ARCO |
| 11:10 | 15  Alaska experience. |
| 11:10 | 16  Can you tell the Court, between 1990 and 1996, what |
| 11:10 | 17  you did for ARCO Alaska. |
| 11:10 | 18  A.  Well, I was hired into the industry.  I had another |
| 11:10 | 19  academic job prior to this, and I went do work basically as an |
| 11:10 | 20  entry-level engineer, and went through some abbreviated |
| 11:10 | 21  training programs. |
| 11:11 | 22  And then I was in the drilling department, and I |
| 11:11 | 23  served as both a drilling engineer and a well site supervisor |
| 11:11 | 24  in that capacity. |
| 11:11 | 25  Q.  Now, the Court has heard a couple of terms like "company |

OFFICIAL TRANSCRIPT

| | |
|---|---|
| 11:11 | 1 |
| 11:11 | 2 |
| 11:11 | 3 |

11:11  1   man" and "well site leader."
11:11  2          Does any of that pertain to you, in terms of what you
11:11  3   did?
11:11  4   A.   Yeah.  Traditionally, we were referred to as company men,
11:11  5   drilling foreman.  It could be drill site supervisor.  Some of
11:11  6   the modern lingo is team leader or well site leader.  They're
11:11  7   all the same description of that job.
11:11  8   Q.   So on a drilling rig you had experience being the guy, the
11:11  9   company man, who actually directs the operations of drilling;
11:11 10   right?
11:11 11   A.   Yes, I did.
11:11 12   Q.   And you also supervised the activities of service
11:11 13   contractors that were also on the rig; correct?
11:11 14   A.   Correct.
11:11 15   Q.   And then prior to that, you had another teaching job in
11:11 16   academia; is that right?
11:11 17   A.   Yes, I did.
11:11 18   Q.   Could you tell the Court what that was.
11:11 19   A.   Well, I was an assistant professor of petroleum
11:11 20   engineering, so an entry-level professor job at -- it's
11:12 21   New Mexico Tech.  It's also known as New Mexico School of
11:12 22   Mining and Technology.
11:12 23   Q.   What did you teach while you were there?
11:12 24   A.   I taught, really, all phases of petroleum engineering,
11:12 25   primarily drilling, well completions, well design, casing

OFFICIAL TRANSCRIPT

---

11:11  1   design.  But I also taught reservoir engineering and formation
11:12  2   evaluation.
11:12  3   Q.   Okay.  Just a few more things.
11:12  4          In your CV there is a section starting on page 2 and
11:12  5   continuing over to page 3 entitled "Publications and Reports"
11:12  6   that identifies 12 publications or reports that you either
11:12  7   authored or coauthored; correct?
11:12  8   A.   Yes, correct.
11:12  9   Q.   Is this an accurate list of publications that you have
11:12 10   either co-authored or authored in the field of petroleum
11:12 11   engineering and drilling?
11:12 12   A.   I'd have to look at the very bottom.
11:12 13          Yes, I think that is an updated list.  There may be
11:12 14   one or two more papers that were added to that list last fall,
11:13 15   but that is my publication record.
11:13 16   Q.   Very good.
11:13 17          Finally, with respect to prior testimony, have you
11:13 18   testified as an expert before in the last four years?
11:13 19   A.   Yes.
11:13 20   Q.   And is the case identified in your CV the case in which
11:13 21   you testified?
11:13 22   A.   Yes, it is.
11:13 23   Q.   Okay.  Can you tell the Court the nature of that case.
11:13 24   A.   That was a dispute over some leased positions between the
11:13 25   City of Houston and a private company.  And I was asked to be

OFFICIAL TRANSCRIPT

---

11:13  1   an expert in the area of -- primarily drilling engineering and
11:13  2   directional drilling engineering.
11:13  3   Q.   I should ask you this.  Do you consider yourself to be a
11:13  4   professional expert?
11:13  5   A.   Yes.
11:13  6   Q.   Have you previously testified before, before any
11:13  7   government body, regarding the Macondo incident?
11:13  8   A.   Let me clarify my prior answer real quick.
11:13  9          In terms of --
11:13 10   Q.   I was going to ask -- I was trying not to draw attention
11:13 11   to it.
11:13 12   A.   I'm an expert.  I consider myself to be a well-versed
11:14 13   petroleum and drilling engineer.  I'm current with industry
11:14 14   practice.
11:14 15          I'm not a professional expert witness.  That's not
11:14 16   really what I do for a living.
11:14 17   Q.   In fact, you've been hired once in the last four years to
11:14 18   be an expert; correct?
11:14 19   A.   That's correct.
11:14 20   Q.   All right.  You had me a little concerned, because I
11:14 21   didn't understand that to be your first response.
11:14 22          MR. REGAN:  I thought it was pretty clear.
11:14 23   BY MR. HILL:
11:14 24   Q.   But notwithstanding the fact that you've testified only
11:14 25   once in the past, have you been asked to testify before any

OFFICIAL TRANSCRIPT

---

11:14  1   government body regarding the Macondo incident?
11:14  2   A.   Just following the incident I was invited by the
11:14  3   U.S. Senate to provide testimony in front of a committee in the
11:14  4   U.S. Senate.
11:14  5   Q.   Can you tell the Court how that came to pass, how you came
11:14  6   to be someone who was asked to come testify before the Senate
11:14  7   committee.
11:14  8   A.   It was associated with my role on the faculty at Texas
11:14  9   A&M, when -- you know, when experts were being sought in this
11:14 10   area.  They, obviously, contacted universities looking for
11:15 11   experts, Texas A&M being, you know, one of the better-known
11:15 12   petroleum engineering schools in the world.  I'm pretty sure
11:15 13   they came to us early on, and they sent me an invitation to
11:15 14   provide testimony to the senate.
11:15 15   Q.   And do you recall at whose invitation you went?
11:15 16   A.   I had an invitation from Senator Jeff Bingaman to do that.
11:15 17          MR. HILL:  Your Honor, Halliburton would tender
11:15 18   Dr. Frederick Beck as an expert in the area of drilling
11:15 19   operations to assist the Court in understanding the issues that
11:15 20   we're going to talk about in this case.
11:15 21          MR. REGAN:  Without waiving the pending *Daubert*
11:15 22   motion, I think we can have our voir dire questions on
11:15 23   cross-examination.
11:15 24          MR. BRIAN:  Your Honor, Transocean would object, that
11:15 25   there's been an inaccurate foundation as to his expertise in

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

```
11:15   1   reference to mud logging.  I can take up in cross-examination
11:15   2   and renew the objection at that time, Your Honor.
11:15   3            THE COURT:  Is he going to offer opinions in mud
11:15   4   logging?
11:15   5            MR. HILL:  Your Honor, Dr. Beck has actually prepared
11:16   6   part of his report in response to some of the mud logging
11:16   7   issues.  I don't intend on his direct to actually bring a lot
11:16   8   out of it, other than a pit volume analysis that he's done.
11:16   9            If Your Honor wants to see the opinions that
11:16   10  he's filed, it's part of Appendix C to his expert report.
11:16   11           THE COURT:  Okay.  I'll reserve ruling.
11:16   12           MR. BRIAN:  Your Honor, then I guess I would ask --
11:16   13  if he's not going to offer opinions, I would ask that that
11:16   14  portion of his report not be offered into evidence as his
11:16   15  direct testimony, or else I will have to cross-examine him on
11:16   16  it.
11:16   17           THE COURT:  Yes.  We either need to have an agreement
11:16   18  that he's not going to offer opinions, or Mr. Brian will
11:16   19  cross-examine him on that.
11:16   20           MR. HILL:  Your Honor, I think, with respect to the
11:16   21  agreement, we would tender that as part of his report.
11:16   22  Mr. Brian is free to cross-examine him on those issues.
11:16   23           THE COURT:  Very well.  Very well.
11:16   24  BY MR. HILL:
11:16   25  Q.   Dr. Beck, could you basically tell the Court what you were
```

FREDERICK E. BECK - DIRECT

```
11:16   1   asked to do in this case.
11:16   2   A.   Well, I was asked to review the time frame on this
11:17   3   incident, you know, ending at the closing of the BOP, right up
11:17   4   to the explosion, and then going back in time, as I saw fit, to
11:17   5   try to develop an understanding of what happened, you know,
11:17   6   what was the context of the blowout, what were the direct
11:17   7   causes, what were the root causes of blowout.
11:17   8   Q.   Have you done that work?
11:17   9   A.   Yes, I have.
11:17   10  Q.   Have you formed opinions relative to the scope of work
11:17   11  that you just described?
11:17   12  A.   Yes, I have.
11:17   13  Q.   What documents, generally -- and I've seen your reliance
11:17   14  list, but I'm just asking general categories of documents --
11:17   15  did you review to assist you in forming the opinions that you
11:17   16  arrived at?
11:17   17  A.   Well, I looked at some of the basic data, the daily
11:17   18  drilling reports.
11:17   19           I looked at the Sperry drilling log data that -- that
11:17   20  was the direct measurement of -- measurements coming off the
11:17   21  rig.
11:17   22           I looked at e-mail communications amongst people.
11:17   23           I looked at the governing documents that the BP
11:18   24  drilling department was operating under.
11:18   25  Q.   Have you reviewed depositions that have been -- deposition
```

FREDERICK E. BECK - DIRECT

```
11:18   1   transcripts that have been taken in this MDL proceeding?
11:18   2   A.   Yes.  Depositions, as well, are included in my review.
11:18   3   Q.   Have you read or reviewed the reports and rebuttal reports
11:18   4   of the experts of other parties involved in this proceeding?
11:18   5   A.   Yes, I have.
11:18   6   Q.   Have you responded in a rebuttal nature to those, to the
11:18   7   extent they pertain to drilling opinions?
11:18   8   A.   Yes, I have.
11:18   9   Q.   And are those opinions that you've reached contained in a
11:18   10  rebuttal -- in a written report and in a rebuttal report?
11:18   11  A.   Yes, they are.
11:18   12  Q.   Since the issue came up, have you also filed opinions with
11:18   13  the Court, or at least submitted opinions, regarding mud
11:18   14  logging?
11:18   15  A.   Yes, I have.
11:18   16  Q.   And are those contained in Appendix C to your report, as
11:18   17  well as parts of the main report?
11:18   18  A.   Yes, they are.
11:18   19           MR. HILL:  Your Honor, at this time Halliburton would
11:18   20  move to admit Dr. Beck's expert report, or revised expert
11:18   21  report, at TREX-8140.
11:19   22           THE COURT:  Yes.  I'm going to conditionally admit it
11:19   23  with the understanding that it may have to be redacted.  We've
11:19   24  done that with at least one or two of the expert reports, as I
11:19   25  recall.  Okay?
```

FREDERICK E. BECK - DIRECT

```
11:19   1            MR. HILL:  Understood, Your Honor.
11:19   2            For completeness the revised expert report -- by
11:19   3   the way, so that you know it's revised, because he fixed some
11:19   4   citations early on in the case, that's why it's redlined.  But
11:19   5   that's one that's on the Court's list.
11:19   6            And his report is at 8140; the rebuttal is at
11:19   7   TREX-61117; and the Appendix C mud logging report is identified
11:19   8   as TREX-8154.  And those are the three documents we would move
11:19   9   for admission, Your Honor.
11:19   10           THE COURT:  Okay.
11:19   11  BY MR. HILL:
11:19   12  Q.   Dr. Beck, to start out, I'd like to turn to the issue of
11:19   13  an operator in this case, BP's authority with respect to well
11:19   14  construction, okay?
11:20   15           As a former company man, what is your opinion as to
11:20   16  the level of authority that an operator like BP exercises over
11:20   17  its service contractors?
11:20   18  A.   Well, the operator in our business is the boss.  They
11:20   19  command and control operations in terms of the strategies and
11:20   20  down all the way to some particular tactics that are used in
11:20   21  drilling the well.  You know, they provide designs, they
11:20   22  provide supervision, just a variety of things.
11:20   23           But the short answer is the operator is the boss of
11:20   24  the drilling operation.
11:20   25  Q.   Let me ask you this:  In your opinion, could Halliburton
```

FREDERICK E. BECK - DIRECT

| | |
|---|---|
| 11:20 | 1   pump a cement job without BP knowing about that job and |
| 11:20 | 2   approving it? |
| 11:20 | 3   A.   In my opinion, no. |
| 11:20 | 4   Q.   Okay.  Do you find that this relationship between the -- |
| 11:20 | 5   in your experience between the operator and the service |
| 11:20 | 6   contractor is consistent industry-wide? |
| 11:20 | 7   A.   In my experience, it has been the operator maintains |
| 11:20 | 8   control of operations and to qualify that, when these |
| 11:20 | 9   operations are conducted on what's called a day work drilling |
| 11:21 | 10   basis, which is what was happening on the *Deepwater Horizon*. |
| 11:21 | 11   Q.   Explain what that term means. |
| 11:21 | 12   A.   Well, "day work" meaning the contractual basis that the |
| 11:21 | 13   operator basically rents the rig on a day-by-day basis and this |
| 11:21 | 14   is opposed to what I spoke of earlier, turnkey drilling basis |
| 11:21 | 15   where an operator pays a fixed price for drilling a well and a |
| 11:21 | 16   contractor delivers the well at that fixed price. |
| 11:21 | 17   Q.   Now, as part of the analysis of the review that you've |
| 11:21 | 18   conducted, did you look at portions of the BP/Halliburton |
| 11:21 | 19   contract for the Gulf of Mexico? |
| 11:21 | 20   A.   Yes, I did. |
| 11:21 | 21        MR. HILL:  Dave, could you bring up TREX-4477, |
| 11:21 | 22   please. |
| 11:21 | 23        Let's go to Section 29.3, which is on the page Bates |
| 11:21 | 24   ending 5608. |
| 11:22 | 25        Can we pull this out right here, please. |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| | |
|---|---|
| 11:22 | 1   BY MR. HILL: |
| 11:22 | 2   Q.   Dr. Beck, have you seen this Section 29.3 before? |
| 11:22 | 3   A.   Yes, I have. |
| 11:22 | 4   Q.   It says:  "The contractor may give company the benefit of |
| 11:22 | 5   its judgment based on its experience interpreting information |
| 11:22 | 6   and making recommendations. . ." |
| 11:22 | 7        Before I read further, what is your understanding as |
| 11:22 | 8   to who the contractor is in this language? |
| 11:22 | 9   A.   Well, the contractor in this situation would be |
| 11:22 | 10   Halliburton. |
| 11:22 | 11   Q.   And who would the company be? |
| 11:22 | 12   A.   The company would be the operator, BP. |
| 11:22 | 13   Q.   All right.  So starting again:  "Contractor may give |
| 11:22 | 14   company the benefit of its judgment based on its experience |
| 11:23 | 15   interpreting information and making recommendations, either |
| 11:23 | 16   written or oral, as to data or amount of material or type of |
| 11:23 | 17   oilfield service to be provided by contractor, or the manner of |
| 11:23 | 18   performance or in the prediction of results." |
| 11:23 | 19        Did I read that correctly? |
| 11:23 | 20   A.   Yes, you did. |
| 11:23 | 21   Q.   All right.  The next sentence says:  "Notwithstanding the |
| 11:23 | 22   foregoing, all such recommendation and/or predictions shall be |
| 11:23 | 23   received by company as opinions only, and no warranty expressed |
| 11:23 | 24   or implied shall be inferred by company from such |
| 11:23 | 25   recommendations and/or in view of the impracticability of |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| | |
|---|---|
| 11:23 | 1   obtaining firsthand knowledge of the many variable conditions, |
| 11:23 | 2   the reliance on inferences, measurements and assumptions which |
| 11:23 | 3   are not infallible and/or the necessity of relying on facts and |
| 11:23 | 4   supporting oilfield services provided by others." |
| 11:23 | 5        Did I read that correctly? |
| 11:23 | 6   A.   Yes, you did. |
| 11:23 | 7   Q.   Can you explain what your understanding of what this means |
| 11:23 | 8   in terms of the recommendations provided by the service |
| 11:24 | 9   company?  What does it mean to you? |
| 11:24 | 10        MR. REGAN:  Your Honor, I object to that question. |
| 11:24 | 11   He can read the contract.  He's not a legal expert. |
| 11:24 | 12        THE COURT:  I sustain the objection. |
| 11:24 | 13   BY MR. HILL: |
| 11:24 | 14   Q.   Let me ask you this way:  In this case there has been a |
| 11:24 | 15   lot of -- first of all, do you understand that Halliburton can |
| 11:24 | 16   actually provide recommendations on cementing, for example, to |
| 11:24 | 17   BP? |
| 11:24 | 18   A.   Yes. |
| 11:24 | 19   Q.   Okay.  Do you understand that those are actually |
| 11:24 | 20   considered by BP to be opinions only without express warranties |
| 11:24 | 21   applied to them? |
| 11:24 | 22        MR. REGAN:  That's speculation. |
| 11:24 | 23        THE COURT:  I sustain the objection. |
| 11:24 | 24   BY MR. HILL: |
| 11:24 | 25   Q.   Why don't you explain your understanding -- your |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| | |
|---|---|
| 11:24 | 1   understanding in the industry of what a recommendation provided |
| 11:24 | 2   by a service contractor is? |
| 11:24 | 3   A.   Well, first off, I'd like to say that, you know, we |
| 11:24 | 4   conduct business on a daily basis under MSAs, under master |
| 11:24 | 5   service agreements with this similar type of language.  And |
| 11:24 | 6   this type of language establishes a relationship between the |
| 11:24 | 7   contractor and the company where the company may ask the |
| 11:24 | 8   contractor for their opinions and for services to be conducted. |
| 11:25 | 9   And the response from the contractor is, yes, we're glad to |
| 11:25 | 10   help, we'll do our best, but we can't deliver a warranty on |
| 11:25 | 11   this work because we're not in a position to know all of the |
| 11:25 | 12   information that we may need to know to be able to provide |
| 11:25 | 13   something as a warranty. |
| 11:25 | 14        So -- |
| 11:25 | 15        MR. REGAN:  Your Honor, I move to strike that answer |
| 11:25 | 16   as basically back door of the same question he just asked.  And |
| 11:25 | 17   also, it's not a disclosed opinion that he's an expert in the |
| 11:25 | 18   legal relationships between how operators and service providers |
| 11:25 | 19   work. |
| 11:25 | 20        MR. HILL:  Your Honor, he has been a well site |
| 11:25 | 21   leader.  He actually manages wells.  He's talked about he's |
| 11:25 | 22   very familiar with -- even in his report, about the |
| 11:25 | 23   relationship between the contractor and the service provider. |
| 11:25 | 24        THE COURT:  I'll allow the testimony. |
| 11:25 | 25        MR. HILL:  We'll move on. |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| | |
|---|---|
| 11:25 | 1 |
| 11:25 | 2 |
| 11:25 | 3 |

11:25  1      THE COURT:  With the understanding that when the
11:25  2  witness starts talking about warranties and all, we're really
11:25  3  going into legal issues that the Court will decide.
11:25  4      MR. HILL:  Understood, Your Honor.
11:25  5  BY MR. HILL:
11:26  6  Q.   Dr. Beck, with respect to the opinion that you just
11:26  7  expressed about this relationship between operators and
11:26  8  contractors, based on your experience, is this a common
11:26  9  understanding of the relationship in the industry?
11:26 10  A.   Yes, it is.
11:26 11  Q.   Do you have any understanding as to why the relationship
11:26 12  between the operator and the service contractor has developed
11:26 13  this way?
11:26 14  A.   Well, it's primarily a business relationship that's based
11:26 15  on risk/reward.  And typically, a contractor is working for a
11:26 16  fee and it's a set fee in most cases and the company, the
11:26 17  operator is working for a much bigger risk-based reward.  They
11:26 18  take a lot more risk, but they make a lot more reward when they
11:26 19  start producing and selling hydrocarbons.
11:26 20  Q.   Turning -- or shifting directions just a little bit.  I'd
11:26 21  like to discuss with you about some of the specific decisions
11:26 22  made on the Macondo well but first talk to you, when you
11:26 23  conducted your analysis, did you use any particular documents
11:27 24  to, I guess, form a framework for your analysis?
11:27 25  A.   Yes.  When I looked at the information, okay, of course,

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

11:27  1  as I mentioned earlier, numerous documents of data, of reports,
11:27  2  of, you know, the Sperry data, e-mails.  But one of the first
11:27  3  things I really did when I started my analysis was to look at
11:27  4  the governance documents provided by BP or the BP governance
11:27  5  documents that basically set out standards and directives on
11:27  6  how wells are supposed to be drilled.
11:27  7      MR. HILL:  Can we bring up TREX-6121, please.
11:27  8      The cover, please, 5404.
11:28  9  BY MR. HILL:
11:28 10  Q.   Is this the document you're talking about?
11:28 11  A.   Yes, it is.
11:28 12  Q.   Can you explain to the Court what it is, please?
11:28 13  A.   I couldn't understand you.
11:28 14  Q.   Can you explain what it is?
11:28 15  A.   Oh.  This -- this is a governing document.  It's a
11:28 16  drilling and well operations practice, which sets forth a
11:28 17  framework under which to conduct your drilling and well
11:28 18  operations.
11:28 19  Q.   All right.  Let's look at a couple specific provisions.
11:28 20  Is there a provision that you found in this document that
11:28 21  addresses the design standards to which BP's engineers are
11:28 22  expected to design wells?
11:28 23  A.   The whole document is basically design standards, so there
11:28 24  are specific provisions which dictate that, yes.
11:28 25      MR. HILL:  Bring up Section 1.2, ends on Bates

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

11:28  1  page 4512.
11:28  2  BY MR. HILL:
11:28  3  Q.   The first sentence says:  "BP is committed to conducting
11:29  4  its business in a manner which ensures that wells are designed,
11:29  5  drilled, completed, and maintained to high and consistent
11:29  6  standards."
11:29  7      Did I read that correctly?
11:29  8  A.   Yes, you did.
11:29  9  Q.   Is this one of the provisions that you relied on for
11:29 10  purposes of an interpreted framework for your opinions?
11:29 11  A.   Absolutely.  I think it begins to set a framework and a
11:29 12  theme for how business is expected to be conducted.
11:29 13  Q.   Did you see a provision in this DWOP document where BP
11:29 14  spoke to managing risk?
11:29 15  A.   Yes, I did.
11:29 16  Q.   Okay.
11:29 17      MR. HILL:  Can we please bring up Section 3.3.1, ends
11:29 18  Bates page 4519.  Bring that up.
11:29 19  BY MR. HILL:
11:29 20  Q.   Can you please read to the Court the first sentence.  Is
11:29 21  this one of the provisions that you looked at?
11:29 22  A.   It is, and it's one of the key provisions.  "All risks
11:30 23  shall be managed to a level which is as low as reasonably
11:30 24  practicable."
11:30 25  Q.   Is that a good thing, Dr. Beck?

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

11:30  1  A.   I think it is, yes.
11:30  2  Q.   Is there a provision in this DWOP where BP prioritizes the
11:30  3  safety considerations in its activities?
11:30  4  A.   Yes.  Yes, there is.
11:30  5      MR. HILL:  Can you bring up Section 2.3, please, of
11:30  6  this DWOP document, page ending at Bates 4516.
11:30  7  BY MR. HILL:
11:30  8  Q.   Can you explain to the Court what you learned about BP's
11:30  9  DWOP -- DWOP guidance to its engineers about how to prioritize
11:30 10  safety concerns?
11:30 11  A.   Well, it's very clear that -- you know, the priorities are
11:30 12  set forth as listed here:  People first; right?  Protect
11:30 13  people, protect the environment, protect an installation, and
11:30 14  then you worry about what's happening to the economic aspect of
11:30 15  your investment, the reservoir, and the actual well that you're
11:30 16  drilling.
11:31 17  Q.   In terms of delivering a well, where does it rank in this
11:31 18  list of priorities?
11:31 19  A.   Well, it's last.
11:31 20  Q.   What is your opinion, generally, regarding what you
11:31 21  reviewed in the DWOP in terms of guidance to drilling
11:31 22  engineers?
11:31 23  A.   Well, I think that it establishes a spirits that -- you
11:31 24  know, the spirit of the document is to be safe and to do the
11:31 25  right thing, all the way down to details in the document that

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| 11:31 | 1 | tell you some very specific tasks to do to be safe.  So I think |
| 11:31 | 2 | the document is actually quite a good framework under which the |
| 11:31 | 3 | engineers can function and safely drill wells. |
| 11:31 | 4 | Q.  And we're going to talk about specific examples, but I |
| 11:31 | 5 | would like to ask you just generally before we get into it: |
| 11:31 | 6 | What is your opinion as to the BP decision-making on the |
| 11:32 | 7 | Macondo well, whether it was consistent with the spirit and the |
| 11:32 | 8 | letter of the provisions, some of which we just discussed, in |
| 11:32 | 9 | the DWOP? |
| 11:32 | 10 | A.  Well, I looked -- I looked at a period of time, you know, |
| 11:32 | 11 | probably a week period of time, and looked at several critical |
| 11:32 | 12 | decisions.  And in doing my analysis, I mean, I began to be |
| 11:32 | 13 | concerned that there were a series of decisions that were made, |
| 11:32 | 14 | not just one decision, not one decision taken, you know, out of |
| 11:32 | 15 | context, but a series of decisions that were made that seemed, |
| 11:32 | 16 | in my opinion, to be overly concerned with well delivery and I |
| 11:32 | 17 | think in many of the cases, less concerned with safety than |
| 11:32 | 18 | they should have been. |
| 11:32 | 19 | Q.  All right.  Let's talk -- let's jump right to -- and what |
| 11:32 | 20 | I'd like to do is go through and talk about a couple of |
| 11:32 | 21 | specific decisions that were made, okay?  That's what we'll do |
| 11:32 | 22 | up until lunch, if you're okay with that. |
| 11:33 | 23 | Let's talk about the drilling margin.  This Court has |
| 11:33 | 24 | heard lots of testimony already that BP was essentially running |
| 11:33 | 25 | out of drilling margin as it got to total depth.  Okay?  In |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| 11:31 | 1 | fact, that's not inconsistent with an opinion in your report; |
| 11:33 | 2 | correct? |
| 11:33 | 3 | A.  That's very consistent with my report, yes. |
| 11:33 | 4 | Q.  There's been testimony about this, but I would like you to |
| 11:33 | 5 | explain to the Court -- |
| 11:33 | 6 | MR. HILL:  And perhaps if we could bring up |
| 11:33 | 7 | Demonstrative 8015. |
| 11:33 | 8 | BY MR. HILL: |
| 11:33 | 9 | Q.  -- what were the specific circumstances that actually led |
| 11:33 | 10 | to the narrowing of the drilling margin or the running out of |
| 11:33 | 11 | drilling margin that we've heard so much testimony about? |
| 11:33 | 12 | A.  Well, I think first off, I'd like to offer a concept of a |
| 11:33 | 13 | drilling margin that's very simple for non-drilling engineers |
| 11:33 | 14 | to understand, and that's basically that in the context of |
| 11:33 | 15 | drilling a well, you need to have the flexibility at all times |
| 11:33 | 16 | of increasing your mud weight to contain the pressures in the |
| 11:33 | 17 | subsurface formations. |
| 11:34 | 18 | So when you no longer have the ability to increase |
| 11:34 | 19 | your mud weight to contain pressures, you're out of drilling |
| 11:34 | 20 | margin. |
| 11:34 | 21 | Q.  Okay.  So why, in this case of Macondo, was there a |
| 11:34 | 22 | concern over whether or not mud weight could be increased |
| 11:34 | 23 | appropriately? |
| 11:34 | 24 | A.  Well, if you look at, you know, both this diagram and some |
| 11:34 | 25 | of the facts of drilling a well, as they drilled down -- here's |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| 11:34 | 1 | where they set their prior casing.  So -- yeah, here's where |
| 11:34 | 2 | they set the prior casing.  If you look at the pressures -- and |
| 11:34 | 3 | these are expressed, you know, in a fairly odd way.  They're |
| 11:34 | 4 | not in pounds per square inch like you normally see pressure. |
| 11:34 | 5 | They're in pounds per gallon, but that's basically equivalent |
| 11:34 | 6 | to pounds per square inch. |
| 11:34 | 7 | The pressures above the main zones were higher than |
| 11:34 | 8 | the pressures in the lower zones. |
| 11:34 | 9 | Q.  Okay.  What is that called?  Have you heard that referred |
| 11:35 | 10 | to -- |
| 11:35 | 11 | A.  It's pore pressure. |
| 11:35 | 12 | Q.  Have you heard it referred to as "regressive pore |
| 11:35 | 13 | pressure"? |
| 11:35 | 14 | A.  So this is -- when the pressure starts reducing, a normal |
| 11:35 | 15 | situation in the subsurface is that the pressures increase with |
| 11:35 | 16 | depth.  In certain areas and under certain conditions, these |
| 11:35 | 17 | pressures can reduce with depth.  So as that pressure is |
| 11:35 | 18 | reduced in these lower zones, one of the other components that |
| 11:35 | 19 | of a formation is its ability to support the density of the |
| 11:35 | 20 | drilling fluid that's required to balance the pressure. |
| 11:35 | 21 | Q.  Let me ask you this:  The mud weight that was being used |
| 11:35 | 22 | on the Macondo well, its weight was targeted to hold back what |
| 11:35 | 23 | fluid formations? |
| 11:35 | 24 | A.  Well, when you drill any zone, you have to have a weight |
| 11:35 | 25 | high enough to balance the highest pressure that you encounter. |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| 11:35 | 1 | So they would need 14.2 per gallon mud weight.  What happened |
| 11:35 | 2 | on the Macondo well was as they drilled into this lower zone, |
| 11:35 | 3 | into the 12.6 pound per gallon mud weight, they began to -- the |
| 11:36 | 4 | mud began to flow into these subsurface formations where the |
| 11:36 | 5 | lower pressure was. |
| 11:36 | 6 | Q.  Okay.  So at this point, BP faces options; right? |
| 11:36 | 7 | A.  Yes, they did. |
| 11:36 | 8 | Q.  When BP figures out it's run out of drilling margin, what |
| 11:36 | 9 | options are available to BP? |
| 11:36 | 10 | A.  Well, basically you can stop and try and fix and try to |
| 11:36 | 11 | repair the lack of -- the loss of margin, or you can take the |
| 11:36 | 12 | chance to move forward with your operation and try to operate |
| 11:36 | 13 | without suitable drilling margin. |
| 11:36 | 14 | Q.  Based on your review, what did BP decide to do? |
| 11:36 | 15 | A.  Well, they did not stop and repair the lack of margin; |
| 11:36 | 16 | they proceeded. |
| 11:36 | 17 | Q.  So let's talk about that concept of repairing the lack of |
| 11:36 | 18 | margin.  What could BP have done in order to repair this lack |
| 11:36 | 19 | of margin? |
| 11:36 | 20 | A.  Well, the sure repair, the most definite repair in a |
| 11:36 | 21 | situation like this is to actually stop -- there's my pointer |
| 11:36 | 22 | right there -- is to actually as you drill down -- now, they |
| 11:37 | 23 | had drilled this well, had exposed these formations, an option |
| 11:37 | 24 | would have been, then, to recognize that circulation was going |
| 11:37 | 25 | to be difficult, continued operations were going to be |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| 11:37 | 1 | difficult. |
| 11:38 | 2 | They could have filled this portion of the wellbore |
| 11:37 | 3 | back up with cement, basically abandoning it temporarily.  They |
| 11:37 | 4 | could have run another casing string or a liner string down |
| 11:37 | 5 | into this position right here above the low pressured zones. |
| 11:37 | 6 | When you run that liner in and then you cement it in place, you |
| 11:37 | 7 | end up isolating the wellbore from these high pressures. |
| 11:37 | 8 | Q.    What does that do in terms of your flexibility with |
| 11:37 | 9 | managing mud weight if you've isolated the higher pressures? |
| 11:37 | 10 | A.    So once you've done that, you have reduced or eliminated |
| 11:37 | 11 | the need to have the 14-pound mud in the wellbore anymore |
| 11:37 | 12 | because it's now isolated by the casing in the cement and you |
| 11:37 | 13 | can lower your mud weight and successfully drill these bottom |
| 11:38 | 14 | zones with a much lower mud weight than you could circulate |
| 11:38 | 15 | without risk of lost circulation. |
| 11:38 | 16 | Q.    And now -- this is kind of jumping out.  I know we're |
| 11:38 | 17 | going to talk about this later, but I think it's important to |
| 11:38 | 18 | connect this part for the Court. |
| 11:38 | 19 | We've heard difficulties of ECDs in designing the |
| 11:38 | 20 | cement job.  And you understand and you address that in your |
| 11:38 | 21 | report; correct? |
| 11:38 | 22 | A.    Correct. |
| 11:38 | 23 | Q.    We've also heard about BP not circulating full bottoms-up |
| 11:38 | 24 | because of concerns about breaking the formation.  And you |
| 11:38 | 25 | address that in your report as well; right? |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| 11:38 | 1 | A.    Amongst other reasons.  But, I mean, my opinion was one of |
| 11:38 | 2 | the concerns was they were scared of losing circulation if they |
| 11:38 | 3 | had to circulate too much on the well. |
| 11:38 | 4 | Q.    Had BP actually set a liner in the manner you've just |
| 11:38 | 5 | described and isolated those upper sands, what, if anything, |
| 11:38 | 6 | does that do to BP's flexibility with respect to bottoms-up |
| 11:38 | 7 | circulation and not being worried about fracturing formation |
| 11:39 | 8 | during the cement job? |
| 11:39 | 9 | A.    Well, by lowering your mud weight -- once you set that |
| 11:39 | 10 | additional liner, you can lower your mud weight and now you've |
| 11:39 | 11 | returned the well to the appropriate margin, meaning you have |
| 11:39 | 12 | the ability to raise mud weight.  You also have the ability to |
| 11:39 | 13 | circulate a lower mud weight in the well, which would allow you |
| 11:39 | 14 | to circulate bottoms-up.  It would allow you to do a much more |
| 11:39 | 15 | conventional cement job.  It would put the well back in a very |
| 11:39 | 16 | safe framework for proceeding with operations. |
| 11:39 | 17 | MR. HILL:  Could you please bring up D-8027. |
| 11:39 | 18 | BY MR. HILL: |
| 11:39 | 19 | Q.    Now, is this a demonstrative you've prepared? |
| 11:39 | 20 | A.    Yes, it is. |
| 11:39 | 21 | Q.    I probably should have put this up earlier as you were |
| 11:39 | 22 | explaining a liner option.  Is this a representation of what |
| 11:39 | 23 | you were talking about, about setting a liner? |
| 11:39 | 24 | A.    Basically, it is.  You can see where a liner is set in the |
| 11:39 | 25 | well right here, cemented in place so the liner and the cement |

OFFICIAL TRANSCRIPT

7084

FREDERICK E. BECK - DIRECT

| 11:39 | 1 | together isolate these higher pressures.  And by isolating |
| 11:40 | 2 | those formations where the pressure is higher, now you only |
| 11:40 | 3 | need a mud weight appropriate to balance the 12.6 zone.  You |
| 11:40 | 4 | can reduce your med weight, which reduces the potential of lost |
| 11:40 | 5 | circulation as you drill ahead. |
| 11:40 | 6 | Q.    So basically, this boils down to what you said is BP's |
| 11:40 | 7 | option if they went ahead with this long string casing |
| 11:40 | 8 | configuration; right? |
| 11:40 | 9 | A.    Well, I think this is an option that could have been |
| 11:40 | 10 | taken.  BP proceeded, of course, when they drilled into the |
| 11:40 | 11 | reservoir, to complete the well.  And they had choices even at |
| 11:40 | 12 | that point.  Even if you didn't back up and try to repair your |
| 11:40 | 13 | drilling margin, they had choices that could be made between |
| 11:40 | 14 | how they proceeded to complete the well as drilled. |
| 11:40 | 15 | Q.    Okay.  Can you explain that?  What other options were |
| 11:40 | 16 | available? |
| 11:40 | 17 | A.    Well, the two main options -- one would have been to run |
| 11:40 | 18 | the long string like they did.  The other one would be to try |
| 11:40 | 19 | to install a shorter piece of casing in the well, called a |
| 11:40 | 20 | liner, across that zone. |
| 11:40 | 21 | Q.    So those are the two options, liner versus long string? |
| 11:41 | 22 | A.    Correct. |
| 11:41 | 23 | Q.    All right.  Did you review any documents that showed that |
| 11:41 | 24 | BP actually considered the tradeoff between these two |
| 11:41 | 25 | production casing margins? |

OFFICIAL TRANSCRIPT

7085

FREDERICK E. BECK - DIRECT

| 11:41 | 1 | A.    I did see some e-mail communications, and I believe I saw |
| 11:41 | 2 | a form, a management of change form, that showed, you know, why |
| 11:41 | 3 | that decision was made. |
| 11:41 | 4 | MR. HILL:  Can we bring up TREX-901, please. |
| 11:41 | 5 | Let's go up here to the date. |
| 11:42 | 6 | BY MR. HILL: |
| 11:42 | 7 | Q.    This is a document dated April 14th, initiated by Mark |
| 11:41 | 8 | Hafle.  And the stage is "Review." |
| 11:41 | 9 | Can you tell the Court what your understanding of |
| 11:41 | 10 | what we're looking at is. |
| 11:41 | 11 | A.    This is the MOC, management of change.  So that's a |
| 11:41 | 12 | management of change document written by -- I believe Mr. Hafle |
| 11:41 | 13 | was the senior drilling engineer in this situation, relative |
| 11:41 | 14 | to -- I didn't get to the bottom line before you changed it |
| 11:41 | 15 | right there. |
| 11:42 | 16 | Q.    Sorry. |
| 11:42 | 17 | A.    It's just a review stage of -- I don't -- when I see the |
| 11:42 | 18 | bottom, I think it's the decision to run a long string versus |
| 11:42 | 19 | the liner. |
| 11:42 | 20 | Q.    All right. |
| 11:42 | 21 | MR. HILL:  Can you close that out?  And let's blow up |
| 11:42 | 22 | this part right here, please. |
| 11:42 | 23 | Thank you. |
| 11:42 | 24 | BY MR. HILL: |
| 11:42 | 25 | Q.    And I apologize.  This is very, very small print.  We'll |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| | |
|--|--|
| 11:42 | 1 |  try to blow it up as best we can. |
| 11:42 | 2 |      Can you see that on your screen? |
| 11:42 | 3 |  A.  Yes. |
| 11:42 | 4 |  Q.  All right.  As you look at this, does this look to you -- |
| 11:42 | 5 |  does this appear to be comments or justifications for going |
| 11:42 | 6 |  with the long string over the liner option? |
| 11:42 | 7 |  A.  Yes, it does. |
| 11:42 | 8 |  Q.  Can you tell the Court what was given as the justification |
| 11:42 | 9 |  for using the long string. |
| 11:42 | 10 |  A.  Well, the justification is, at the time the -- they |
| 11:42 | 11 |  believed that they could cement the casing in place |
| 11:42 | 12 |  successfully.  They believed that they could cement a long |
| 11:43 | 13 |  string casing in successfully. |
| 11:43 | 14 |      And as the next line says:  "The long string provides |
| 11:43 | 15 |  the best economic case and well integrity case for future |
| 11:43 | 16 |  completion operations." |
| 11:43 | 17 |      And then right below that, it shows that if they were |
| 11:43 | 18 |  to choose a liner it would add 7 to $10 million to the well |
| 11:43 | 19 |  costs. |
| 11:43 | 20 |  Q.  All right.  The risk mitigation -- |
| 11:43 | 21 |      MR. HILL:  This part right here, highlight that. |
| 11:43 | 22 |  BY MR. HILL: |
| 11:43 | 23 |  Q.  And that's the line that you just referenced that |
| 11:43 | 24 |  basically identified a $7- to $10 million completion cost added |
| 11:43 | 25 |  if they went with the liner option; correct? |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| | |
|--|--|
| 11:43 | 1 |  A.  Correct. |
| 11:43 | 2 |  Q.  With respect to risk mitigation, what is said there?  What |
| 11:43 | 3 |  is identified there? |
| 11:43 | 4 |  A.  Well, the risk that was identified is "lost circulation |
| 11:43 | 5 |  during the cement job." |
| 11:43 | 6 |  Q.  So let me ask you this.  We've already talked about the |
| 11:43 | 7 |  DWOP provisions that require BP to actually drill wells and |
| 11:43 | 8 |  plan wells, and to create risks that are as low as reasonably |
| 11:44 | 9 |  practical; correct? |
| 11:44 | 10 |  A.  Correct. |
| 11:44 | 11 |  Q.  Regardless of the economic case for the $7- to $10 million |
| 11:44 | 12 |  extra cost for the liner, and regardless of whether there's |
| 11:44 | 13 |  concerns about lost circulation with the liner, are there risks in |
| 11:44 | 14 |  your opinion, Dr. Beck, associated with going with the long |
| 11:44 | 15 |  string over the liner? |
| 11:44 | 16 |  A.  Yes.  My opinion is that, summarily, a liner in this |
| 11:44 | 17 |  situation is a lower risk completion operation than a long |
| 11:44 | 18 |  string is. |
| 11:44 | 19 |  Q.  Why? |
| 11:44 | 20 |  A.  Because a liner allows you to put additional barriers |
| 11:44 | 21 |  between the hydrocarbons and the surface in place.  And more |
| 11:44 | 22 |  importantly, it lets you test them very effectively. |
| 11:44 | 23 |  Q.  With the long string option, is there a way to test the |
| 11:44 | 24 |  cement barrier directly at the very bottom? |
| 11:44 | 25 |  A.  No, there's not. |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| | |
|--|--|
| 11:44 | 1 |  Q.  With the long string, what is the barrier to hydrocarbon |
| 11:44 | 2 |  flow? |
| 11:45 | 3 |  A.  So whenever you install casing, whether it be a liner or a |
| 11:45 | 4 |  long string -- but in the long string scenario it's important |
| 11:45 | 5 |  to remember that the casing and the liner -- and the cement |
| 11:45 | 6 |  together create a barrier.  They have to work together to form |
| 11:45 | 7 |  a barrier.  They're not independent. |
| 11:45 | 8 |  Q.  This concept of barriers to flow, did you see any of that |
| 11:45 | 9 |  risk identified in the MOC draft that we just looked at? |
| 11:45 | 10 |  A.  Not -- |
| 11:45 | 11 |  Q.  The MOC draft makes it sound like I'm talking about |
| 11:45 | 12 |  football. |
| 11:45 | 13 |      The draft of the MOC, the document that you |
| 11:45 | 14 |  identified. |
| 11:45 | 15 |  A.  I don't recall seeing the mention of risk or safety in |
| 11:45 | 16 |  that. |
| 11:45 | 17 |  Q.  Let's talk about another situation.  There is a decision |
| 11:45 | 18 |  by BP -- and the Court's heard lots of testimony about it -- to |
| 11:45 | 19 |  use 6 centralizers instead of the 21 that were recommended by |
| 11:45 | 20 |  Halliburton. |
| 11:45 | 21 |      You've addressed that in your report, correct? |
| 11:45 | 22 |  A.  Yes. |
| 11:45 | 23 |  Q.  When you learned about this decision for the first time, |
| 11:46 | 24 |  what was your reaction? |
| 11:46 | 25 |  A.  Well, my initial reaction was that I was actually very |

OFFICIAL TRANSCRIPT

FREDERICK E. BECK - DIRECT

| | |
|--|--|
| 11:46 | 1 |  surprised that somebody would try to run a completion string in |
| 11:46 | 2 |  the ground with as little as 6 centralizers.  That's not a very |
| 11:46 | 3 |  big number of centralizers, and I would have expected a lot |
| 11:46 | 4 |  more centralizers to be planned for and used on the well. |
| 11:46 | 5 |  Q.  Now, you understand that there were 21 centralizers -- at |
| 11:46 | 6 |  least with respect to the planning, it was planned to have 21 |
| 11:46 | 7 |  centralizers at one point; correct? |
| 11:46 | 8 |  A.  At one point, I -- my recollection is that there was a |
| 11:46 | 9 |  recommendation to run 21, and that an additional 15 |
| 11:46 | 10 |  centralizers were procured to be run, but the decision was made |
| 11:46 | 11 |  not to run them. |
| 11:46 | 12 |  Q.  All right.  Now, regardless of BP's decisions for not |
| 11:46 | 13 |  having done it, did that decision introduce risks, in your |
| 11:46 | 14 |  opinion? |
| 11:46 | 15 |  A.  I believe so.  I believe that any time a casing string is |
| 11:46 | 16 |  not fully or properly centralized, you increase the risk of |
| 11:47 | 17 |  having a poor cement job. |
| 11:47 | 18 |  Q.  Have you seen, in your review of the documents, any |
| 11:47 | 19 |  management of change analysis specific to how many centralizers |
| 11:47 | 20 |  to run in the well? |
| 11:47 | 21 |  A.  I do not recall a management of change on the |
| 11:47 | 22 |  centralizers. |
| 11:47 | 23 |  Q.  Now, have you seen any other documents in your review, BP |
| 11:47 | 24 |  documents, identifying risks associated with not running 21 |
| 11:47 | 25 |  centralizers? |

OFFICIAL TRANSCRIPT

7090

FREDERICK E. BECK - DIRECT

| | | |
|---|---|---|
| 11:47 | 1 | A.   I do recall a string of e-mails where the communication |
| 11:47 | 2 | between drilling engineers, and I think between drilling |
| 11:47 | 3 | engineers in the field, indicated that, you know, for reasons |
| 11:47 | 4 | of their own they weren't going to run 21 centralizers, and |
| 11:47 | 5 | that the consequence would likely be a poor cement job, or what |
| 11:47 | 6 | we would call a requirement for remedial cementing operations. |
| 11:48 | 7 |           MR. HERMAN:  Your Honor, I just realized we're at |
| 11:48 | 8 | 11:45. |
| 11:48 | 9 |           THE COURT:  Is this a good time to break? |
| 11:48 | 10 |           MR. HILL:  It's a perfect time. |
| 11:48 | 11 |           THE COURT:  Let's go ahead and recess.  It's about 12 |
| 11:48 | 12 | minutes till.  We'll come back at 1:15.  Okay? |
| 11:48 | 13 |           MR. HILL:  Thank you, Your Honor. |
| 11:48 | 14 |           THE DEPUTY CLERK:  All rise. |
| 11:48 | 15 |                   (LUNCHEON RECESS) |
| 11:48 | 16 |                   * * * * * |
| | 17 |       (WHEREUPON, the morning session proceedings were |
| | 18 | concluded.) |
| | 19 |                   ***** |
| | 20 |                   CERTIFICATE |
| | 21 |       I, Jodi Simcox, RMR, FCRR, Official Court Reporter |
| | 22 | for the United States District Court, Eastern District of<br>Louisiana, do hereby certify that the foregoing is a true and |
| | 23 | correct transcript, to the best of my ability and<br>understanding, from the record of the proceedings in the<br>above-entitled and numbered matter. |
| | 24 | |
| | 25 |             s/Jodi Simcox, RMR, FCRR<br>             Jodi Simcox, RMR, FCRR<br>             Official Court Reporter |

OFFICIAL TRANSCRIPT

## $

$10 [3]  7086/18 7086/24 7087/11
$10 million [3]  7086/18 7086/24 7087/11
$7 [2]  7086/24 7087/11

## '

'07 [1]  6996/19
'08 [1]  6970/6

## .

. . . because [1]  6964/1
.1.1 [1]  6970/22
.2 [1]  7050/15

## 0

02 [1]  6975/11
02771 [1]  6934/7
09 [1]  7022/3

## 1

1-B-1 [3]  6952/4 6957/21 6958/16
1-B-1 and [1]  6956/18
1.2 [1]  7075/25
1.3 [2]  7047/25 7048/6
1.5 [1]  7047/25
1/10,000 [1]  6968/13
1/2-inch [2]  6978/16 6978/20
1/28/2010 [1]  6979/23
10 [3]  6944/19 7032/3 7048/4
10,000 [1]  6968/13
10,000 psi [1]  7027/3
10,000ths [1]  6967/2
10-CV-02771 [1]  6934/7
10-CV-4536 [1]  6934/9
10-MD-2179 [1]  6934/4
10/15/09 [1]  7022/3
100 [5]  6966/11 7029/23 7030/7
7030/19 7031/18
100 percent [2]  6999/9 6999/13
100,000 [1]  7029/11
1000 [1]  6938/17
1001 [1]  6938/10
101 [1]  6935/16
103 [2]  6963/23 7000/8
103Y [9]  6964/1 6964/1 6964/3 6969/1
6977/22 6998/13 7000/9 7000/12
7000/15
108 [1]  7003/4
11 [1]  7008/18
11 minutes [1]  7054/17
1100 [1]  6938/6
1110 [1]  6938/20
1195.223.1 [1]  6976/25
1195.223.2 [1]  6977/6
11:45 [2]  7055/18 7090/8
12 [2]  7063/6 7090/11
12.6 [2]  7081/3 7084/3
1201 [2]  6938/3 6939/9
1221 [1]  6939/5
13 [2]  6993/19 7024/5
1308 [1]  6935/19
1331 [1]  6939/12
135 D-21 [1]  7049/1
14 [2]  7008/18 7048/4
14-pound [1]  7082/11
14.2 [1]  7081/1
14271 [1]  6936/22
14th [1]  7085/7
15 [4]  7009/12 7032/3 7050/10 7089/9
15-minute [1]  7032/5
15th [1]  7026/6
16 [2]  7046/25 7047/3
1601 [1]  6935/3

## 2

1665 [1]  6939/12
1697 [1]  7071/3
1700 [1]  6939/9
1757 [3]  6946/2 6948/7 6948/12
18 [3]  6955/15 7003/3 7057/14
1885 [1]  6937/12
18th and [1]  6944/3
19 [3]  7009/12 7045/8 7060/17
1962 [1]  6949/16
1981 [1]  7058/25
1986 [1]  7058/7
1990 [1]  7061/16
1996 [2]  7060/21 7061/16
1999 vessel [1]  7052/18
1:15 [1]  7090/12
1:30 [1]  6944/20
1st of [1]  6981/16

## 2

2 1/2 [1]  7016/21
2.1.1 [1]  6986/25
2.3 [1]  7077/5
20 [1]  6934/5
20,000 barrels [1]  7031/5
20,000-foot [1]  7060/18
200 [2]  7030/20 7031/18
20004 [2]  6936/22 6938/4
2001 [3]  6988/9 7027/21 7052/19
2002 [3]  6979/1 7059/23 7060/22
2003 [2]  7018/6 7052/20
20044 [2]  6936/17 6937/6
2005-2010 [1]  7034/3
2006 [1]  6971/8
2007 [7]  6969/11 6969/20 6969/24
6996/25 6997/14 7043/8 7043/12
2009 [4]  6986/2 7024/15 7025/7 7026/6
2010 [17]  6934/5 6967/15 6979/23
6990/14 6991/11 7022/13 7023/16
7033/24 7034/3 7035/25 7036/14
7038/2 7040/8 7042/2 7042/11 7049/5
7049/17
2011 [2]  7039/15 7059/23
2012 [2]  6985/17 7059/5
2013 [1]  6934/7
20th [10]  6960/16 6961/21 6973/8
6973/8 6973/24 6990/14 6991/11
6996/4 6997/21 7049/17
21 [10]  6934/14 7024/22 7024/24
7049/1 7088/19 7089/5 7089/6 7089/9
7089/24 7090/4
2150 [1]  6994/24
2179 [1]  6934/4
2211 [1]  6938/20
2216 [1]  6936/6
224 [1]  6978/24
225-page [1]  6978/25
22571 [1]  7057/16
22nd [7]  6935/10 6962/1 6993/4
7003/24 7004/1 7004/8 7004/22
23451 [1]  6935/10
23rd [1]  6944/3
250.107 [3]  7007/3 7013/9 7013/10
2500 psi [2]  7026/11 7027/8
2615 [1]  6935/6
27,000 psi [1]  6976/13
27-volt [6]  6970/16 6973/8 6973/15
6973/22 6992/2 6996/2
276.1 [1]  7024/21
29.3 [2]  7070/23 7071/2
2nd [1]  6982/2

## 3

3.3.1 [1]  7076/17

## 3 (continued)

3/4 inches [1]  6955/15
30 [2]  7046/24 7047/2
30 CFR 250.107 [2]  7007/3 7013/10
300 [1]  6937/23
300,000 [2]  7030/20 7031/18
300,000 barrels [3]  7029/11 7029/23
7030/7
3089 [1]  6938/17
30th of [1]  6980/11
33 [1]  6970/19
33 actuations [1]  6971/16
3329 [1]  6970/10
3329.2.1 [1]  6970/11
3338.1.1 [1]  6984/17
3340 [4]  7041/6 7041/24 7042/4 7042/8
3340.1.1 [1]  6979/16
3340.11.1 [1]  6981/14
3340.15.1 [1]  6981/24
3340.2.1 [1]  6980/9
3340.22.1 [1]  6982/8
355 [1]  6938/14
358 [1]  7045/8
35th [1]  6938/14
36 [3]  7034/3 7034/13 7034/16
36028 [1]  6936/10
36130 [1]  6937/10
36604 [1]  6935/4
3662 [1]  7043/1
3668 [1]  6934/20
3700 [2]  6938/6 6938/10
3792.1.1 [1]  6996/11
38 [1]  7034/3
39 [9]  6952/5 6953/23 6954/1 6954/9
6955/7 6955/21 6956/25 6957/21
6958/15
39-E [3]  6954/1 6954/16 6954/17
3:00 [1]  6944/12
3:00 this [1]  6944/15
3:15 [1]  6944/12
3D [1]  6955/8

## 4

40 [2]  6993/3 7060/14
402 [1]  6935/10
406 [1]  6939/16
4114.1.1 [1]  6986/9
41594.302.1 [1]  6947/25
4310 [1]  6936/3
435 [1]  6935/16
4423 [1]  7027/15
4477 [1]  7070/21
45 [1]  6953/17
45 degrees [1]  6953/20
450 [1]  6936/10
4500 [1]  6939/5
4512 [1]  7076/1
4516 [1]  7077/6
4519 [1]  7076/18
4536 [1]  6934/9
4607 [2]  7014/19 7014/25
4617.61.1 [1]  6970/1
4644 [1]  7035/3
47846-167.1.2 [1]  7037/19
48 [1]  6993/3
483 [1]  6993/19

## 5

5 1/2-inch [2]  7020/25 7048/25
5.41.1.1 [1]  6970/22
500 [3]  6934/20 6937/9 6939/16
5000 [1]  6937/19
504 [1]  6939/17
5101 [1]  6982/16

## 5

5102.3.2 [1]  6982/17
5102.3.3 [1]  6983/7
5154.1.1 [1]  6970/21
5334.1 [1]  7020/21
5395 [1]  6936/10
5404 [1]  7075/4
546 [1]  6938/23
5495 [2]  7042/18 7043/22
5495.5.1 [1]  6974/10
556 [1]  6934/20
5608 [1]  7070/24
581.4.1 [1]  6975/8
5834.2.1 [1]  7021/8
589-7780 [1]  6939/17
59 [3]  7008/18 7009/12 7039/1

## 6

6,000-psi [1]  7003/2
6,730 feet [1]  7038/3
600 [3]  6935/10 6935/13 6938/17
601 [1]  6935/6
60654 [1]  6937/24
61 [1]  6999/18
611 [1]  6985/14
61117 [1]  7069/7
61123.14.1 [1]  6985/15
61123.27.2 [1]  6963/3
61123.27.3 [1]  6999/25
61123.95.1 [1]  6949/16
61124.19.1 [1]  6952/17
61124.24.1 [1]  6968/22
61124.28.2 [1]  7001/17
6121 [1]  7075/7
6128 [2]  7051/20 7051/25
618 [1]  6935/22
64 [1]  7039/1
6636 [2]  6951/19 6952/3
6746 [2]  6950/3 6958/22
6th of [1]  6982/9

## 7

7,500 [2]  7020/25 7021/24
7,500 psi [1]  7020/15
7-5395 [1]  6936/10
7.5 [1]  7020/15
701 [2]  6937/16 6937/19
70113 [1]  6934/24
70130 [6]  6935/7 6935/13 6936/7
  6937/17 6938/24 6939/16
70139 [1]  6937/20
70163 [1]  6938/7
70360 [1]  6935/16
70458 [1]  6935/19
70501 [1]  6938/18
70502 [1]  6934/21
70801 [1]  6935/23
70804 [1]  6937/13
75270 [1]  6939/10
7542.3.2 [1]  7032/24
7611 [1]  6936/16
7697.16.1 [1]  6949/8
77 actuations [1]  6972/20
77002 [1]  6938/10
77006 [1]  6936/4
77010 [2]  6939/5 6939/13
77098 [1]  6938/21
7762.10.1 [1]  7010/25
7765.7.2 [1]  7013/6
7780 [1]  6939/17
7:30 in [1]  7003/24

## 8

8015 [1]  7079/7
8027 [1]  7083/17
8140 [2]  7068/21 7069/6
8154 [1]  7069/8
820 [1]  6934/23
8203 [1]  7048/17
8204 [1]  7047/11
8226.1 [2]  7050/2 7051/21
8226.4 [1]  7053/19
83 [8]  6956/7 6956/7 6956/10 6956/18
  6956/18 6956/21 6957/9 6958/17
84.276.1 [1]  7023/25
84.9.1 [1]  7023/24
8th [1]  7038/2

## 9

9-volt [1]  6970/16
90071 [1]  6938/14
901 [1]  7085/4
94005 [1]  6937/13
94102 [1]  6936/11
9:30 [1]  6991/13
9:41 [2]  6990/13 6991/11
9:49 [1]  6960/16
9:49 p.m [1]  6994/21
9th [1]  6935/13

## A

abandoning [1]  7082/3
Abbassian [3]  7020/17 7022/6 7026/16
abbreviated [1]  7061/20
ability [7]  6989/18 7029/17 7079/18
  7080/19 7083/12 7083/12 7090/22
able [3]  6969/15 6998/21 7073/12
about [125]  6944/17 6944/19 6944/20
  6945/13 6945/23 6946/1 6948/3 6948/7
  6948/18 6950/4 6950/4 6950/5 6950/6
  6950/9 6950/10 6950/14 6951/18
  6951/23 6955/9 6956/21 6960/15
  6963/22 6964/13 6966/3 6967/22
  6968/18 6969/1 6970/13 6971/4 6972/6
  6975/18 6985/1 6985/2 6985/11
  6987/25 6990/17 6990/18 6995/18
  6996/13 6997/12 6997/25 6998/24
  7000/3 7002/6 7003/24 7005/1 7005/3
  7007/5 7010/14 7014/5 7014/9 7014/10
  7015/17 7016/22 7017/21 7021/11
  7023/25 7024/4 7024/14 7024/17
  7025/22 7027/10 7027/10 7027/11
  7027/20 7028/7 7029/6 7029/22 7031/6
  7033/3 7035/17 7035/20 7039/7
  7039/18 7041/5 7041/10 7042/20
  7044/21 7044/25 7045/16 7045/24
  7045/25 7046/1 7047/8 7048/25 7049/8
  7050/4 7050/17 7052/25 7054/12
  7054/15 7055/18 7057/13 7058/10
  7059/17 7065/20 7070/1 7073/21
  7073/22 7074/2 7074/7 7074/21
  7075/10 7077/8 7077/9 7077/14 7078/4
  7078/20 7078/23 7079/4 7079/11
  7081/17 7082/17 7082/23 7082/24
  7083/7 7083/23 7083/23 7087/6
  7087/13 7088/11 7088/17 7088/18
  7088/23 7090/11
above [14]  6951/14 6952/1 6953/2
  6953/3 6953/16 6954/14 6954/17
  6955/22 6957/4 6958/24 7030/24
  7080/7 7082/5 7090/23
above-entitled [1]  7090/23
Abramson [1]  6935/5
absolute [1]  7048/6

absolutely [10]  6949/25 6952/13 6957/7
  7033/24 6997/3 6994/3 6998/19 7031/2
  7051/5 7076/11
academia [1]  7062/16
academic [2]  7059/13 7061/19
accelerate [1]  6990/5
accelerates [1]  7031/19
accelerometer [1]  7046/10
accept [1]  7017/4
acceptable [1]  7047/5
According [1]  6973/15
accordingly [1]  6959/4
account [1]  6950/16
accounts [1]  6950/14
accumulator [2]  7015/5 7028/20
accurate [1]  7063/9
accurately [1]  7035/24
achieved [1]  7058/12
across [1]  7084/20
act [2]  6956/11 7040/2
action [1]  6963/18
activate [19]  6967/8 6992/1 6996/3
  6996/6 6998/4 6998/8 6998/17 6998/22
  7000/9 7001/8 7014/8 7018/10 7028/4
  7028/11 7042/11 7046/21 7046/22
  7047/4 7053/15
activated [19]  6962/2 6962/3 6962/12
  6962/16 6968/7 6978/2 6991/19 6993/3
  7002/1 7004/3 7004/23 7028/18
  7028/19 7030/3 7030/6 7036/24
  7036/25 7046/5 7050/21 7052/21
activates [1]  7029/23
activating [2]  6989/18 6992/12
activation [2]  6989/14 6991/23
activities [4]  7019/7 7058/11 7062/12
  7077/3
activity [2]  6977/2 6977/9
actual [1]  7077/15
actually [47]  6947/8 6949/1 6961/3
  6965/4 6965/24 6968/8 6970/14 6979/7
  6980/16 7006/19 7007/5 7012/6 7014/7 7015/2
  7015/13 7021/1 7021/23 7022/10
  7026/4 7036/9 7044/12 7044/25 7046/3
  7046/5 7046/8 7046/21 7047/3 7047/6
  7059/2 7059/11 7062/9 7066/5 7066/7
  7072/16 7072/19 7073/21 7078/2
  7079/9 7081/21 7081/22 7083/4
  7084/24 7087/7 7088/25
actuate [1]  7046/22
actuated [4]  7046/22 7046/24 7046/25
  7047/6
actuating [2]  6968/15 7000/15
actuations [3]  6970/18 6971/16 6972/20
Adam [1]  7055/7
add [1]  7086/18
added [2]  7063/14 7086/24
addition [2]  6942/14 7019/5
additional [4]  6942/18 7083/10 7087/20
  7089/9
address [3]  7001/23 7082/20 7082/25
addressed [1]  7088/21
addresses [1]  7075/5
admission [1]  7069/9
admit [2]  7068/20 7068/22
admitted [3]  6941/20 6942/6 6942/13
advance [4]  6982/14 6984/5 6984/14
  7056/3
advanced [3]  6946/6 6946/9 7059/8
advised [2]  6942/16 6972/10
adviser [1]  7023/15
advising [1]  6971/25
advisory [1]  7058/17

A

affects [2] 6989/18 7029/16
after [18] 6942/15 6950/14 6961/21 6967/10 6970/17 6970/19 6972/7 6973/18 6982/9 6994/19 6994/24 6995/5 7008/13 7008/24 7016/15 7016/25 7039/18 7046/9
afternoon [5] 6942/20 6944/12 6944/15 6945/5 6975/18
again [20] 6950/1 6951/2 6955/7 6957/21 6958/25 6959/10 6959/13 6969/12 6969/17 6984/9 6985/16 6986/6 6996/14 6997/4 7027/7 7039/24 7049/21 7056/4 7061/8 7071/13
agency [2] 7008/2 7017/6
ago [5] 6946/19 6947/13 6948/6 6957/20 6984/3
agree [34] 6974/5 6988/17 6988/21 6989/14 6989/17 6990/6 6990/10 6991/8 6991/18 6992/1 6992/5 6992/10 6993/5 6993/13 6993/13 6996/5 6997/20 7004/11 7004/19 7005/10 7005/18 7006/2 7009/1 7012/15 7014/12 7015/3 7018/19 7019/15 7019/23 7027/9 7028/13 7029/15 7035/23 7056/14
agreeable [1] 6942/24
Agreed [1] 6961/25
agreement [2] 7066/17 7066/21
agreements [1] 7073/5
agrees [1] 6964/24
ahead [12] 6942/25 7024/10 7025/13 7025/17 7032/4 7033/6 7044/9 7044/10 7055/5 7084/5 7084/7 7090/11
aided [1] 6939/21
airplanes [1] 7047/25
al [2] 6934/8 6934/11
Alabama [4] 6935/4 6937/7 6937/8 6937/10
Alaska [4] 7005/15 7006/16 7061/15 7061/17
ALEX [1] 6939/4
all [125] 6941/2 6942/5 6942/12 6943/2 6943/4 6944/6 6944/13 6945/11 6948/16 6952/14 6955/4 6955/21 6956/12 6957/5 6958/14 6958/17 6959/10 6960/12 6970/23 6973/9 6973/24 6978/10 6978/16 6978/20 6978/24 6979/4 6979/9 6980/16 6981/22 6982/12 6982/25 6984/4 6988/23 6989/12 6990/9 6992/15 6995/10 6995/15 6996/1 6996/5 6996/14 7001/14 7002/5 7003/21 7006/2 7008/16 7010/24 7011/9 7012/9 7013/1 7013/5 7013/16 7014/24 7016/13 7016/20 7016/25 7017/4 7017/18 7018/13 7019/9 7022/4 7022/12 7023/23 7026/17 7027/24 7029/15 7031/10 7031/11 7031/24 7032/4 7032/7 7032/9 7032/11 7032/20 7033/16 7034/23 7036/5 7036/8 7037/14 7037/18 7038/10 7038/15 7038/18 7039/17 7040/13 7040/16 7040/19 7044/14 7046/14 7047/7 7047/25 7049/8 7049/15 7050/7 7050/14 7051/1 7053/18 7053/25 7054/7 7056/14 7058/4 7060/9 7060/19 7061/4 7062/7 7062/24 7064/20 7069/20 7071/13 7071/21 7071/22 7072/15 7073/11 7074/2 7075/19 7076/22 7077/25 7078/19 7079/15 7084/23 7085/20 7086/4 7086/20

7089/12 7090/14
allow [6] 6990/23 6990/23 7040/5 7073/24 7083/13 7083/14
allowed [1] 7000/24
allows [1] 7087/20
almost [3] 6948/16 6967/12 6993/16
along [5] 6952/17 6955/12 6955/24 6957/5 6958/9
already [7] 6942/25 6946/7 6960/20 6993/16 7056/22 7078/24 7087/6
also [39] 6944/16 6948/23 6949/5 6949/12 6954/13 6955/12 6960/3 6961/6 6976/20 6981/12 6984/12 6991/18 7000/7 7000/12 7005/7 7010/9 7016/11 7017/14 7019/5 7022/3 7026/20 7027/9 7037/5 7040/2 7042/13 7042/20 7048/19 7054/23 7058/17 7059/9 7061/4 7062/12 7062/13 7062/21 7063/1 7068/12 7073/17 7082/23 7083/12
although [1] 6951/10 6966/4
always [12] 6966/11 6998/20 7007/13 7007/13 7009/7 7009/20 7009/23 7017/14 7036/25 7040/3 7047/20 7048/2
am [5] 7026/8 7026/9 7049/15 7049/19 7049/21
Ambrose [6] 7026/12 7026/14 7026/15 7026/17 7026/19 7026/19 7027/1
Ambrose's [1] 7026/23
amended [2] 6985/16 7013/25
amendment [1] 6986/3
AMERICA [8] 6934/10 6936/9 6936/13 6936/19 6937/3 6937/19 6937/22 6938/3
American [1] 7058/20
AMF [30] 6962/21 6962/24 6975/14 6988/12 6988/20 6992/1 6992/6 6992/18 6992/21 6992/22 6993/6 6993/10 6993/15 6993/25 6995/12 6996/4 6996/6 6997/20 6998/5 6998/9 7000/16 7000/24 7028/15 7028/18 7028/18 7042/11 7046/21 7046/23 7047/4 7052/21
AMF/deadman [2] 6988/12 6992/1 6995/12 6996/4 6997/20 6998/5 6998/9 7000/16 7000/24 7028/15 7028/18 7028/18
AMI [1] 7050/19
among [2] 6984/22 6986/11
amongst [2] 7067/22 7083/1
amount [3] 6955/14 6968/12 7077/16
analyses [2] 7002/21 7003/14
analysis [13] 6972/23 6973/7 6973/15 6973/21 6989/13 7004/20 7066/8 7070/17 7074/23 7074/24 7075/3 7078/12 7089/19
analyze [1] 6974/3
analyzed [1] 7001/19
analyzing [1] 6961/8
and/or [3] 7071/22 7071/25 7072/3
ANDREW [1] 6937/22
Angeles [1] 6938/14
angle [1] 6953/17
annotated [2] 7051/5 7052/12
announced [1] 6987/9
annual [2] 6974/20 6975/5
annular [25] 6945/6 6951/14 6952/1 6953/2 6953/3 6953/16 6954/10 6955/23 6955/24 6956/12 6957/4 6957/22 6959/23 6960/19 6978/14 6981/21 6982/3 6983/15 6992/15

7015/4 7020/24 7021/23 7026/7 7026/9
annulars [4] 6981/20 6983/18 7020/4 7020/14
another [15] 6952/16 6957/20 6970/25 6974/12 6975/7 6977/2 6979/18 6981/4 6982/19 6984/19 7032/3 7061/18 7062/15 7082/4 7088/17
answer [10] 6966/20 6990/24 7008/23 7009/18 7030/15 7030/23 7030/25 7064/8 7069/23 7073/15
answered [1] 7019/1
ANTHONY [2] 6936/6 6941/23
anticipate [2] 6943/4 6943/25
anticipating [1] 6944/2
any [63] 6941/8 6941/18 6942/2 6942/5 6942/12 6945/2 6946/17 6961/2 6968/15 6972/23 6975/1 6975/25 6976/14 6985/3 6988/4 6988/5 6995/10 7000/22 7003/14 7004/18 7006/16 7007/1 7007/19 7008/21 7009/2 7009/2 7009/9 7009/15 7009/15 7010/1 7010/1 7010/1 7010/6 7010/14 7010/17 7012/21 7013/13 7015/11 7018/9 7018/11 7018/15 7019/7 7022/16 7028/24 7028/25 7030/23 7034/12 7040/16 7044/15 7051/7 7052/22 7056/13 7062/2 7064/6 7064/25 7074/11 7074/23 7080/24 7084/23 7088/8 7089/19 7089/18 7089/23
anybody [1] 6980/23
anymore [2] 6954/25 7082/11
anyone [7] 6971/19 6971/25 6972/9 7007/2 7042/4 7042/8 7083/5
Anything's [1] 6994/12
anywhere [2] 7006/5 7018/11
apart [1] 6959/15
APD [3] 7020/18 7026/2 7037/14
APDs [3] 7020/16 7022/15 7035/18
API [2] 7039/1 7039/1
APLC [1] 6937/18
apologize [1] 7085/25
apparently [2] 6943/3 6979/21
appear [1] 7086/5
Appearances [6] 6934/17 6935/1 6936/1 6937/1 6938/1 6939/1
appears [2] 6961/6 7041/25
appendix [7] 7002/14 7002/16 7003/15 7057/24 7066/10 7068/16 7069/7
Appendix C [2] 7002/14 7003/15
applicable [1] 7011/5
application [14] 6976/7 7005/20 7006/6 7007/8 7013/19 7019/7 7020/3 7021/5 7022/17 7022/17 7022/18 7023/6 7024/14 7037/22
applications [6] 6980/24 7011/7 7017/7 7022/25 7035/11 7035/24 7036/8
applied [3] 7007/18 7022/5 7072/21
applies [4] 6934/6 7008/2 7008/6 7023/6
applying [1] 7006/25
appropriate [3] 6964/24 7083/11 7084/3
appropriately [1] 7079/23
approval [3] 7019/25 7020/7 7038/2
approve [2] 6985/5 7017/6
approved [2] 6984/14 7035/25
approving [1] 7070/2
approximately [2] 7059/25 7060/11
APRIL [21] 6934/5 6934/7 6962/1 6962/20 6973/8 6973/23 6990/14 6991/11 6996/4 6997/21 7003/24 7004/1 7004/4 7004/8 7004/22 7023/16 7040/8 7042/11 7049/5 7049/17 7085/7
April 14th [1] 7085/7

**A**

April 20th [7]  6973/8 6973/23 6990/14
6991/11 6996/4 6997/21 7049/17
April 20th of [3]  7040/8 7042/11 7049/5
April 20th or [1]  6962/20
April 22nd [5]  6962/1 7003/24 7004/1
7004/8 7004/22
April 22nd through [1]  7004/4
ARCO [2]  7061/14 7061/17
are [92]  6941/10 6941/20 6942/6
6942/13 6944/9 6945/25 6946/6
6948/18 6949/9 6950/13 6952/15
6952/19 6952/25 6954/24 6959/20
6960/9 6961/9 6961/16 6962/1 6962/8
6963/23 6965/1 6965/2 6967/4 6968/25
6970/15 6974/18 6975/4 6977/18
6980/16 6983/18 6983/19 6983/22
6996/14 6998/4 7002/1 7003/2 7004/8
7005/4 7006/25 7007/4 7011/23 7016/3
7016/14 7017/12 7017/12 7017/16
7018/9 7018/10 7018/14 7018/15
7019/5 7019/9 7028/4 7028/19 7030/12
7032/14 7033/14 7034/17 7034/21
7034/24 7038/25 7039/1 7040/3 7048/5
7048/23 7050/20 7053/1 7053/9
7055/16 7056/7 7056/25 7057/4 7068/9
7068/11 7068/16 7068/18 7069/8
7069/20 7070/9 7072/3 7072/19 7075/6
7075/21 7075/24 7076/4 7077/11
7080/3 7081/9 7084/21 7087/8 7087/13
area [7]  6951/15 6954/22 6958/4 7003/3
7064/1 7065/10 7065/18
areas [1]  7080/16
aren't [4]  6967/20 6972/7 6975/5 6980/2
argument [1]  7001/24
arising [1]  6960/7
around [8]  6944/12 6944/12 6944/15
6945/6 6947/7 6960/16 6994/20
7054/16
Arrell [1]  6938/19
arrived [2]  6979/25 7067/16
article [1]  6949/16
as [128]  6942/3 6942/14 6944/22
6948/23 6949/4 6949/23 6950/2
6950/18 6953/10 6954/1 6955/12
6956/25 6958/3 6958/4 6962/9 6963/17
6964/4 6965/2 6968/7 6969/10 6969/18
6969/18 6971/20 6979/13 6983/12
6984/3 6986/18 6986/18 6988/6
6990/16 6994/16 7000/12 7002/1
7002/14 7002/20 7003/10 7006/7
7006/25 7009/6 7013/25 7013/25
7014/5 7015/8 7015/21 7017/1 7017/13
7019/20 7020/5 7020/6 7023/4 7023/4
7023/15 7027/1 7028/23 7029/1
7031/19 7033/2 7033/9 7034/18 7035/5
7036/1 7037/22 7038/21 7040/7
7048/24 7049/6 7052/4 7052/4 7053/11
7055/12 7055/22 7056/9 7057/4
7057/12 7057/24 7058/15 7059/11
7059/23 7060/5 7060/6 7061/7 7061/19
7061/23 7062/4 7062/21 7063/18
7065/18 7065/25 7066/14 7066/21
7067/4 7068/2 7068/16 7068/17
7068/24 7069/8 7069/15 7069/15
7070/17 7071/7 7071/16 7071/23
7073/13 7073/16 7074/11 7075/1
7076/23 7076/23 7077/12 7078/6
7078/25 7079/25 7080/12 7080/17
7081/2 7081/22 7082/25 7083/21
7084/5 7084/14 7086/1 7086/4 7086/8
7086/14 7087/8 7087/8 7089/2 7089/2

Asbill [1]  6938/8
aside [1]  6969/14
ask [12]  6969/15 7016/14 7064/3
7064/10 7066/12 7066/13 7069/25
7072/14 7073/7 7078/5 7080/21 7087/6
asked [23]  6966/19 6976/6 6993/23
6994/7 6995/15 7002/6 7005/19 7006/3
7008/20 7009/14 7010/5 7024/14
7024/25 7025/22 7030/18 7030/21
7042/20 7063/25 7064/25 7065/6
7067/1 7067/2 7073/16
asking [4]  6971/4 6971/24 6972/4
6989/11 7021/11 7067/14
aspect [1]  7077/14
assess [1]  7010/6
ASSET [1]  6934/8
assist [4]  6979/9 7010/4 7065/19
7067/15
assistant [1]  7062/19
assisted [4]  6976/1 7005/22 7006/7
7009/23
associated [3]  7065/8 7087/14 7089/24
association [3]  7058/12 7058/20
7058/21
associations [1]  7058/11
assume [5]  6979/11 6982/15 6984/16
7012/16 7031/17
assumed [2]  7023/7 7024/1
assuming [1]  6998/8
assumption [1]  7022/5
assumptions [1]  7072/2
asterisk [1]  7049/8
attached [4]  6966/24 7002/14 7003/14
7028/20
attend [1]  6944/19
attention [3]  6964/12 7047/20 7064/10
Attorney [2]  6937/7 6937/11
August [1]  7059/4
Austin [1]  7056/24
authored [3]  7063/7 7063/10 7063/10
authority [2]  7069/13 7069/16
automatic [2]  7018/7 7040/2
automatically [1]  7036/24
autoshear [8]  6962/3 6962/17 6978/2
6978/3 6980/14 6993/4 7003/22 7004/4
available [23]  7005/4 7005/11 7005/15
7006/9 7007/19 7010/20 7011/6 7011/9
7011/10 7011/18 7011/18 7012/23
7013/3 7013/16 7018/21 7035/19
7042/19 7049/5 7049/11 7049/18
7049/22 7081/9 7084/16
Avenue [5]  6934/23 6936/10 6937/9
6938/3 6938/14
aware [21]  6967/20 6975/4 6995/19
7004/8 7008/1 7015/20 7016/6 7016/9
7016/15 7016/21 7018/9 7018/11
7018/15 7019/5 7022/15 7022/25
7027/1 7027/25 7035/10 7035/18
7048/15
away [3]  6953/8 6961/5 6992/24
axis [5]  6955/12 6955/25 6956/3 6958/1
6958/9

**B**

B-E-C-K [1]  7056/1
bachelor's [1]  7058/3
back [44]  6942/16 6942/17 6944/20
6946/22 6946/23 6948/21 6950/1
6951/19 6951/23 6952/14 6954/12
6954/13 6957/16 6957/17 6957/20
6958/22 6960/14 6962/20 6965/4
6967/24 6968/24 6970/6 6972/3 6974/1
6977/21 6979/1 6983/23 6987/24

6989/25 7002/8 7012/14 7018/18
7031/18 7051/2 7051/9 7055/17 7056/1
7057/12 7067/4 7073/16 7080/22
7082/3 7083/15 7084/12 7090/12
backup [2]  7050/25 7053/13
bad [7]  6973/8 6973/9 6973/16 6973/22
6973/22 6973/24 6977/18
balance [2]  7080/20 7080/25 7084/3
banc [1]  6944/18
BARBIER [3]  6934/15 7055/10 7060/25
barrel [1]  7030/20
barrels [4]  7029/11 7029/23 7030/7
7031/5
barrier [4]  7087/24 7088/1 7088/6
7088/7
barriers [2]  7087/20 7088/8
based [16]  6959/24 6968/20 6974/21
6996/20 7003/9 7020/16 7031/4
7035/15 7061/2 7061/3 7071/5 7071/14
7074/8 7074/14 7074/17 7081/14
basic [3]  6956/2 6959/12 7067/17
basically [14]  6965/18 7061/19 7066/25
7070/13 7073/16 7075/5 7075/23
7079/14 7080/5 7081/10 7082/3
7083/24 7084/6 7086/24
basing [1]  7004/12
basis [6]  7056/6 7070/10 7070/12
7070/13 7070/14 7073/4
BAST [9]  7006/9 7012/18 7013/2
7013/21 7014/2 7014/13 7014/16
7032/17 7033/3
bat [2]  6981/2 7003/5
Bates [7]  7070/23 7075/25 7076/18
7077/6
Baton [3]  6935/23 6937/13 7058/5
batteries [44]  6969/6 6969/23 6970/8
6971/6 6971/8 6972/10 6972/14
6972/19 6972/24 6973/1 6973/2 6973/9
6973/12 6973/13 6973/24 6974/18
6975/14 6976/20 6992/8 6995/16
6996/17 6996/19 6996/24 6997/13
6997/14 6997/18 6997/21 6998/11
7041/2 7041/3 7042/5 7042/10 7042/14
7042/22 7043/4 7043/7 7044/13
7044/25 7045/12 7045/16
battery [15]  6963/19 6965/22 6965/23
6970/16 6973/8 6973/15 6973/22
6974/20 6975/5 6992/2 6992/5 6995/20
6996/3 6997/22 7044/21
be [119]  6941/3 6942/23 6942/24
6944/1 6945/24 6945/25 6950/23
6955/6 6955/16 6957/12 6957/14
6957/15 6957/15 6959/2 6959/5
6959/25 6961/6 6962/21 6964/17
6966/14 6968/7 6969/15 6970/16
6972/8 6972/14 6973/9 6973/16
6973/24 6980/17 6982/23 6983/9
6983/22 6984/4 6985/18 6985/20
6985/20 6985/24 6987/14 6987/19
6991/25 6997/18 6998/3 6998/4
6998/21 6999/23 7000/2 7000/6
7001/11 7002/10 7002/11 7002/16
7003/9 7005/24 7010/18 7011/5
7011/12 7012/7 7012/24 7013/19
7013/21 7014/2 7014/9 7014/15
7015/20 7016/16 7020/23 7021/13
7021/22 7022/9 7025/13 7030/9 7031/4
7032/10 7034/17 7039/5 7041/25
7047/24 7048/15 7049/11 7055/16
7056/5 7056/13 7060/13 7062/5
7063/13 7063/25 7064/3 7064/12
7064/18 7064/21 7065/6 7066/14

be... [27]  7068/23 7071/9 7071/11
7071/12 7071/17 7071/22 7072/4
7072/20 7073/8 7073/12 7075/6
7076/12 7076/23 7077/24 7078/1
7078/12 7078/16 7079/22 7081/25
7081/25 7084/13 7084/18 7086/5
7088/3 7089/4 7089/10 7090/5
Beach [1]  6935/10
beam [1]  6945/24
beating [1]  7018/23
became [2]  6966/6 7060/5
because [30]  6944/18 6959/4 6962/14
6962/22 6964/1 6966/5 6966/10
6968/10 6969/16 6980/17 6995/17
6999/5 6999/7 6999/8 6999/9 7005/6
7007/4 7012/6 7014/4 7018/14 7030/11
7034/21 7041/5 7050/23 7064/20
7069/3 7073/11 7082/12 7082/24
7087/20
Beck [19]  6939/2 6939/3 7055/13
7055/16 7055/21 7055/25 7056/5
7056/17 7056/20 7057/15 7057/18
7065/18 7066/5 7066/25 7069/12
7071/2 7074/6 7076/25 7087/14
Beck's [2]  7056/3 7068/20
become [1]  6992/11
becomes [2]  6947/2 6947/2
been [83]  6944/21 6945/14 6945/18
6946/1 6949/22 6950/6 6950/7 6953/12
6954/8 6956/25 6957/3 6957/24 6958/1
6958/2 6958/9 6958/10 6959/25
6966/14 6969/10 6969/19 6969/23
6970/7 6973/8 6973/18 6974/20 6976/6
6982/12 6983/2 6985/5 6990/16 6992/5
6992/6 6992/9 6993/7 6993/8 6994/1
6994/2 6995/4 6995/17 6996/24
6997/21 7000/9 7003/24 7004/8 7005/6
7005/19 7006/3 7010/5 7012/4 7012/5
7015/23 7016/22 7020/14 7020/24
7020/24 7021/23 7022/4 7025/3 7026/3
7026/5 7038/13 7039/8 7040/22
7040/22 7042/14 7055/21 7056/8
7057/13 7057/24 7058/23 7064/17
7064/25 7065/25 7067/25 7068/1
7070/7 7072/14 7073/20 7078/18
7079/4 7081/24 7084/9 7084/17
before [39]  6934/15 6941/8 6944/19
6947/18 6952/11 6953/21 6960/18
6971/5 6972/9 6972/15 6977/9 6977/11
6977/17 6985/1 6985/5 6985/14 6987/4
6991/14 7005/18 7006/11 7019/7
7019/23 7032/16 7034/13 7040/18
7043/5 7047/3 7051/13 7053/18 7056/9
7063/18 7064/6 7064/6 7064/25 7065/6
7071/2 7071/7 7078/5 7085/14
began [4]  7019/8 7078/12 7081/3
7081/4
begin [1]  7022/12
beginning [4]  7024/20 7024/24 7033/21
7059/7
begins [3]  6953/10 6953/11 7076/11
behalf [5]  6989/5 6995/20 6995/21
6995/22 7056/2
being [19]  6947/14 6949/3 6956/21
6972/1 6977/11 6998/24 7000/13
7022/5 7024/14 7025/21 7029/9
7030/18 7030/21 7031/19 7062/8
7065/9 7065/11 7080/21 7083/7
believe [18]  6951/13 6962/11 6972/4
6982/17 6994/23 6999/2 7002/19
7003/18 7003/21 7004/2 7015/24

7017/20 7021/10 7026/13 7085/1
7088/20 7088/21 7089/25
believed [3]  7020/14 7086/11 7086/12
believes [1]  7049/16
belong [1]  7058/11
below [9]  6948/24 6950/7 6957/21
6960/1 6960/6 6979/22 7027/8 7049/18
7086/17
Ben [1]  6937/5
bench [1]  7000/10
benches [3]  6944/13 6944/14 6944/14
bend [2]  6946/11 6947/1
bending [1]  6956/5
benefit [2]  7071/4 7071/14
bent [18]  6947/2 6947/5 6949/4 6954/8
6954/10 6954/12 6954/13 6954/17
6954/23 6955/24 6957/12 6957/15
6957/16 6957/24 6958/1 6958/9
6958/24 6959/2
best [18]  6943/21 7005/3 7005/11
7005/15 7006/9 7007/19 7010/20
7011/6 7011/9 7011/10 7011/17
7012/23 7013/3 7013/15 7073/10
7086/1 7086/15 7090/22
better [1]  7065/11
better-known [1]  7065/11
between [23]  6944/3 6952/4 6956/12
6966/25 6979/8 7042/1 7048/2 7050/12
7060/14 7061/16 7063/24 7070/4
7070/5 7073/6 7073/18 7073/23 7074/7
7074/12 7084/13 7084/24 7087/21
7090/2 7090/2
beyond [1]  7040/10
big [4]  6951/25 6960/4 6968/16 7089/3
bigger [1]  7074/17
biggest [1]  6968/17
bill [1]  6999/19
billing [1]  6999/21
Bingaman [1]  7065/16
bit [11]  6944/16 6948/19 6955/6
6959/14 7002/9 7045/25 7047/8 7050/7
7058/10 7059/17 7074/20
blades [1]  7030/12
Bldg [1]  6936/10
blind [50]  6945/9 6956/11 6956/16
6957/13 6958/19 6960/11 6962/1
6962/8 6962/11 6962/13 6978/3
6980/12 6980/18 6980/24 6981/4
6981/7 6981/19 6982/4 6988/13 6992/2
6992/12 6993/2 6993/7 6994/1 7003/18
7003/21 7004/3 7004/22 7015/4
7015/12 7016/3 7016/12 7016/13
7016/14 7016/17 7017/8 7017/19
7017/19 7018/3 7018/4 7020/5 7028/13
7028/15 7028/19 7029/24 7030/2
7034/4 7034/13 7047/22 7049/17
blinders [1]  7047/20
block [6]  6950/13 6951/8 6952/11
6953/22 6957/1 6958/19
blocks [4]  6950/23 6978/10 6981/19
7014/6
blow [2]  7085/21 7086/1
blowout [12]  6947/19 6949/10 6959/8
6982/22 6982/23 6992/14 7015/18
7015/21 7016/7 7016/25 7067/6 7067/7
blue [19]  6951/25 6968/24 6969/5
6969/9 6969/18 6992/3 6992/4 6992/5
6996/2 6996/3 6996/19 6997/4 6997/21
6998/3 6998/11 7042/6 7042/10 7043/7
7043/14
Bly [1]  7049/9
board [3]  6951/20 6979/25 6987/7
body [3]  6967/1 7064/7 7065/1

BOEMRE [2]  7017/6 7019/16
bonnets [2]  6978/10 6981/18
book [6]  6947/18 6947/21 6948/3
6968/15 7007/11
booked [1]  7034/3
books [1]  6947/17
BOP [90]  6947/7 6950/19 6951/11
6951/16 6956/6 6957/23 6958/24
6958/25 6959/2 6959/4 6959/5 6959/18
6960/20 6960/25 6975/11 6975/23
6975/25 6976/3 6976/6 6976/11
6976/15 6976/18 6977/9 6977/14
6978/18 6978/21 6978/25 6979/10
6980/14 6982/10 6983/6 6983/12
6983/13 6983/19 6983/19 6983/25
6983/25 6984/5 6985/5 6985/17
6985/18 6985/21 6986/1 6989/12
6989/14 6989/18 6989/18 6990/7
6990/13 6991/11 6991/19 7005/2
7005/19 7006/4 7006/25 7007/20
7009/3 7009/17 7010/7 7010/16 7011/7
7014/6 7014/22 7015/1 7018/20
7019/24 7019/25 7023/7 7025/8
7025/11 7026/22 7027/2 7027/3
7027/12 7028/1 7028/5 7028/11
7028/20 7029/13 7029/16 7030/19
7033/4 7034/18 7036/1 7039/8 7039/12
7041/11 7041/25 7044/5 7067/3
BOP's [1]  7017/23
BOPs [5]  7007/3 7010/11 7039/20
7052/13 7052/24
bore [3]  6945/9 6952/7 6960/20
boss [2]  7069/18 7069/23
both [17]  6946/10 6947/6 6947/21
6955/1 6978/7 6980/13 6981/20
6983/12 6983/20 6990/20 7002/1
7013/24 7040/1 7054/17 7059/7
7061/23 7079/24
bother [1]  7008/5
bothered [1]  7023/3
bottom [9]  6983/14 6984/1 7001/21
7041/18 7063/12 7082/13 7085/14
7085/18 7087/24
bottoms [3]  7082/23 7083/6 7083/14
bottoms-up [3]  7082/23 7083/6 7083/14
Boulevard [1]  6936/3
bouncing [1]  6991/16
bounds [2]  6935/2 7048/8
bow [1]  6955/10
bowed [6]  6954/17 6955/9 6956/25
6994/23
bowing [2]  6955/1 6957/5
BOWMAN [1]  6939/8
box [7]  6934/20 6936/10 6936/16
6936/22 6937/13 6938/17 7015/9
boxes [1]  7019/12
BP [59]  6934/10 6937/18 6937/19
6937/20 6937/21 6937/22 6937/23
6938/2 6938/3 6938/4 6942/8 6950/9
6984/14 6985/4 6985/17 6985/25
6986/14 6986/17 6988/8 6988/23
6989/6 6995/21 7019/24 7023/12
7026/13 7027/10 7027/21 7027/25
7029/5 7038/25 7050/4 7051/2 7056/2
7067/23 7069/16 7070/11 7070/18
7071/12 7072/17 7072/20 7075/4
7075/4 7076/3 7076/13 7077/2 7078/6
7078/24 7081/6 7081/8 7081/9 7081/14
7081/18 7082/23 7083/4 7084/10
7084/24 7087/7 7088/18 7089/23
BP's [12]  6943/8 6947/18 6973/2
7022/24 7023/20 7027/11 7069/13

**B**

BP's... [5]  7075/21 7077/8 7083/6
  7084/6 7089/12
BP/Halliburton [1]  7070/18
BRAD [1]  6938/13
Branch [3]  6936/9 6936/19 6937/3
break [5]  6942/15 6944/16 7001/14
  7032/16 7090/9
breaking [1]  7082/24
breaks [1]  6952/8
Breit [2]  6935/8 6935/9
Brennan [1]  6938/8
BRIAN [3]  6938/13 7066/18 7066/22
briefly [11]  6950/1 6950/4 6950/10
  6954/6 6958/23 6960/14 6963/5 6983/5
  6995/17 6997/25 7005/6
bring [13]  6945/17 6954/18 6954/20
  7066/7 7070/21 7075/7 7075/25
  7076/17 7076/18 7077/5 7079/6
  7083/17 7085/4
BROCK [2]  6938/3 6942/7
broken [2]  6959/17 6959/17
brought [2]  7031/8 7053/7
BRUCE [1]  6939/8
BSR [12]  7000/16 7014/7 7036/16
  7037/5 7038/17 7049/4 7050/12
  7050/21 7052/22 7052/23 7053/13
  7053/15
BSRs [2]  7050/12 7052/20
buckle [10]  6946/14 6947/8 6950/19
  6951/14 6976/5 7002/12 7002/22
  7003/4 7004/14 7017/15
buckled [17]  6946/7 6950/23 6951/9
  6951/11 6954/13 6957/11 6958/13
  6959/5 6960/1 6960/12 6960/20
  6962/24 6993/16 6994/23 6994/25
  7004/14 7004/17
buckles [1]  6946/3
buckling [32]  6945/14 6945/14 6945/22
  6946/16 6946/17 6946/21 6946/22
  6946/25 6947/3 6947/14 6947/22
  6948/8 6948/21 6948/23 6949/5
  6949/10 6949/12 6949/12 6949/17
  6949/22 6955/14 6959/11 6975/19
  6976/2 6976/10 6989/13 6990/22
  6995/9 7002/7 7002/7 7004/20 7005/23
build [2]  7034/2 7051/8
builds [1]  7052/13
bunch [1]  6981/9
buoys [1]  6959/19
Burling [1]  6938/2
burning [1]  6961/20
business [5]  7069/18 7073/4 7074/14
  7076/4 7076/12
buy [1]  6946/5
bypass [1]  7021/6
Byrd [1]  7027/21

**C**

cables [1]  6961/17
calculate [1]  7007/15
calculated [2]  7002/10 7002/13
calculations [7]  6976/1 7002/25 7003/14
  7004/12 7004/20 7004/24 7036/12
CALDWELL [1]  6937/12
California [3]  6936/11 6938/14 7005/14
call [15]  6943/1 6943/18 6954/16
  6970/21 6970/22 6979/21 6998/7
  7001/21 7017/1 7021/8 7024/3 7051/18
  7051/22 7055/13 7090/6
call-out [1]  6970/22
called [15]  6946/16 6946/16 6946/21
  6949/17 6965/15 6966/25 6983/13
  6998/19 6998/22 6999/2/18
  7051/20 7070/9 7080/9 7084/19
calling [2]  7011/23 7052/24
came [10]  6988/8 7018/5 7018/8
  7052/16 7053/2 7060/20 7065/5 7065/5
  7065/13 7068/12
Cameron [16]  6938/22 6939/2 6969/24
  6970/7 6971/5 6971/13 6971/15
  6971/19 6971/25 6972/4 6972/9
  6972/16 6995/22 7033/17 7040/13
  7040/14
Cameron's [6]  6970/13 6971/6 6971/8
  6997/17 6997/22 7045/15
Camp [1]  6937/16
can [125]  6943/21 6943/24 6945/24
  6945/24 6948/21 6948/23 6949/23
  6950/16 6950/18 6952/10 6954/7
  6955/2 6955/14 6955/21 6959/1 6959/4
  6959/5 6960/10 6960/23 6964/18
  6966/10 6967/21 6970/23 6972/9
  6978/17 6981/5 6996/11 6996/21
  6998/7 6998/8 6999/18 6999/25
  7001/17 7001/21 7003/12 7008/17
  7009/12 7010/25 7012/15 7013/6
  7014/8 7014/19 7016/4 7016/7 7018/18
  7019/23 7020/21 7021/8 7022/17
  7023/9 7023/24 7024/3 7024/6 7024/8
  7024/18 7024/21 7025/16 7027/15
  7027/19 7029/6 7030/18 7032/24
  7033/20 7034/21 7037/18 7041/6
  7042/25 7043/24 7044/11 7044/16
  7045/7 7046/9 7046/10 7046/11
  7046/14 7047/13 7047/24 7048/21
  7049/9 7049/21 7050/13 7050/14
  7051/11 7053/19 7054/22 7056/10
  7056/14 7056/22 7057/20 7058/1
  7058/10 7059/21 7060/2 7060/25
  7061/16 7063/23 7065/5 7065/22
  7066/1 7070/25 7072/7 7072/11
  7072/15 7075/7 7075/12 7075/14
  7076/17 7076/20 7077/5 7077/8 7078/3
  7080/17 7081/10 7081/11 7082/13
  7083/10 7083/24 7084/4 7084/15
  7085/4 7085/9 7085/21 7086/1 7086/2
  7086/8
can't [19]  6946/5 6958/12 6959/25
  6962/21 6972/13 6974/1 6988/20
  6994/8 6994/10 6994/25 6995/3 7036/3
  7036/18 7037/4 7039/23 7046/8
  7046/12 7047/5 7073/10
cancel [2]  6966/11 7000/15
canceling [1]  7000/19
cancels [1]  6999/12
cannot [4]  6962/13 6962/13 6962/25
  7015/15
capable [4]  6993/8 6994/2 6996/2
  6996/3
capacities [1]  7049/4
capacity [2]  7049/16 7061/24
capital [1]  7011/11
care [12]  6987/21 6988/7 7011/19
  7018/16 7019/22 7020/9 7032/18
  7032/21 7034/20 7035/20 7047/21
  7053/11
career [3]  7010/6 7047/1 7058/19
carefully [1]  6993/14
CARL [1]  6934/15
Carondelet [2]  6935/13 6938/23
CARRIE [1]  6937/22
carrier [1]  6982/4
carriers [1]  6981/19
carry [1]  7022/17
cars [1]  7047/24
case [11]  6938/13 6965/16 7043/6
  6943/8 6943/25 6944/3 6951/12
  6958/17 6959/8 6972/13 6973/1
  6977/21 6979/11 6982/22 6984/16
  6984/23 6989/20 6990/1 6991/22
  6993/21 6994/19 6995/18 7000/5
  7002/3 7002/7 7002/18 7002/19
  7003/16 7004/14 7005/8 7005/18
  7006/12 7006/24 7007/5 7008/3
  7008/14 7008/22 7010/6 7010/10
  7010/13 7010/21 7011/25 7012/2
  7012/16 7014/1 7016/16 7016/17
  7023/1 7025/7 7026/24 7033/2 7035/5
  7035/10 7035/19 7038/11 7039/15
  7056/6 7056/6 7063/20 7063/20
  7063/23 7065/20 7067/1 7069/4
  7069/13 7072/14 7079/21 7086/15
  7086/15 7087/11
case-by-case [1]  7056/6
cases [2]  7074/16 7078/17
casing [7]  7020/5 7034/4 7034/17
  7062/25 7080/1 7080/2 7082/4 7082/12
  7084/7 7084/19 7084/25 7086/11
  7086/13 7088/3 7088/5 7089/15
catastrophic [1]  7016/25
categories [1]  7067/14
caught [2]  6941/6 6968/12
cause [5]  6947/9 6949/11 6959/1
  6963/19 7030/24
causes [1]  6967/21 7067/7 7067/7
cavities [3]  6981/18 6981/21 6982/3
cement [15]  7070/1 7082/3 7082/6
  7082/12 7082/20 7083/8 7083/15
  7083/25 7086/11 7086/12 7087/5
  7087/24 7088/5 7089/17 7090/5
cemented [1]  7083/25
cementing [2]  7072/16 7090/6
center [15]  6950/16 6957/14 6957/15
  6958/19 6960/10 6962/9 6981/7
  6992/23 6992/24 6992/25 6995/12
  7004/3 7004/8 7004/21 7005/24
centered [6]  6962/14 6962/17 6992/10
  6992/11 6993/7 6994/1
centralized [1]  7089/16
centralizers [11]  7088/19 7089/2 7089/3
  7089/4 7089/5 7089/7 7089/10 7089/19
  7089/22 7089/25 7090/4
CERNICH [1]  6936/14
certain [8]  6960/24 6962/22 6991/22
  7016/18 7027/25 7028/11 7080/16
  7080/16
certainly [4]  6967/12 6976/12 6993/16
  7009/5
CERTIFICATE [1]  7090/20
certify [1]  7090/22
CFR [2]  7007/3 7013/10
chairs [1]  7047/25
CHAKERES [1]  6936/16
chance [2]  6995/10 7081/12
CHANG [1]  6936/15
change [16]  6943/13 6943/22 6974/20
  6975/5 6975/14 6978/7 6981/20
  6988/20 7042/1 7044/22 7045/12
  7085/2 7085/11 7085/12 7089/19
  7089/21
change-out [3]  6974/20 6975/5 7044/22
changed [11]  6969/23 6972/15 6978/13
  6992/9 6996/19 6997/18 7042/5
  7042/22 7043/4 7043/7 7085/14
changes [1]  6985/3
changing [1]  6978/16
chapter [3]  6947/22 6948/2 6948/2

characterized [1] 7048/7
charge [1] 6992/2
chart [6] 6954/2 6974/3 7004/18 7018/18 7035/23 7048/19
check [1] 6976/20
checked [1] 6972/14
checking [1] 7019/12
checkoff [1] 7015/9
Chevron [7] 7006/4 7036/5 7036/9 7036/14 7037/15 7037/23 7037/24
Chevron's [2] 7036/25 7038/8
Chicago [1] 6937/24
chick [1] 7047/6
Childs [5] 6950/8 6996/7 7001/5 7001/23 7004/6
Childs' [5] 7001/2 7001/11 7001/20 7001/20 7004/20
choices [2] 7084/11 7084/13
choose [1] 7086/18
circuit [2] 6965/24 7000/16
circulate [4] 7082/14 7083/3 7083/13 7083/14
circulated [5] 6941/15 6942/2 6942/9 6943/10 6943/12
circulating [1] 7082/23
circulation [7] 7081/24 7082/15 7083/2 7083/7 7084/5 7087/4 7087/13
circumstances [7] 6948/21 7015/14 7015/17 7016/12 7016/18 7016/22 7079/9
citation [1] 6964/20
citations [2] 7056/7 7069/4
cite [4] 6949/15 6975/7 7010/22 7011/2
cited [5] 6949/20 7006/24 7007/2 7007/17 7008/7
citing [3] 6964/16 6965/2 7012/7
City [1] 7063/25
civil [3] 6936/9 6936/19 6946/4
clarify [1] 7064/8
class [1] 6944/15
classic [3] 6946/2 6953/6 6953/16
clean [1] 6966/14
cleaned [1] 6981/21
cleaning [2] 6981/17 6982/2
clear [17] 6964/10 6968/25 6998/3 7000/2 7000/6 7001/11 7002/10 7003/9 7020/23 7021/13 7021/22 7022/9 7039/1 7051/19 7052/4 7064/22 7077/11
CLERK [1] 7055/23
click [2] 7046/16 7047/2
client [1] 6999/24
climb [1] 7049/6
CLINGMAN [1] 6938/9
clips [1] 7055/11
close [15] 6945/7 6951/1 6976/4 6978/3 6981/8 6988/13 6995/5 7003/18 7028/15 7028/22 7028/23 7030/12 7030/18 7053/18 7085/21
closed [9] 6962/8 6992/15 6992/16 6995/4 6995/5 7003/22 7018/8 7028/19 7029/13
closer [1] 6994/24
closes [1] 6945/7
closing [11] 6952/8 6960/19 6960/19 6995/1 6995/6 7015/5 7017/14 7028/13 7029/1 7030/23 7067/3
co [1] 7063/10
co-authored [1] 7063/10
Coast [1] 7012/22
coauthored [1] 7063/7

Cocales [1] 6984/23
code [10] 7005/17 7005/24 7008/19 7005/14
codes [7] 7005/13 7005/16 7006/20 7007/4 7007/14 7009/7 7038/25
coil [4] 6963/6 6977/25 6999/10 6999/11
coils [6] 6963/9 6966/24 6968/10 7000/8 7000/13 7000/14
college [3] 7006/18 7058/2 7058/25
college-level [1] 7058/2
column [8] 6945/24 6945/24 6952/4 7004/14 7014/25 7015/1 7050/12 7053/17
come [9] 6944/20 6947/12 6954/9 6959/22 6960/14 7002/24 7043/6 7065/6 7090/12
coming [3] 6944/15 6961/17 7067/20
command [1] 7069/19
comment [1] 6981/12
comments [7] 7025/18 7025/21 7025/21 7025/23 7086/5
Commercial [1] 6937/3
commissioned [1] 7052/19
Commissions [1] 7012/10
committed [1] 7076/3
committee [3] 7058/17 7065/3 7065/7
committees [2] 7058/13 7058/16
common [4] 6965/21 6967/5 6983/24 7074/8
communicating [1] 6962/23
communication [7] 6960/24 6961/6 6961/7 6961/21 6963/17 6991/17 7090/1
communications [2] 7067/22 7085/1
company [24] 6937/20 6937/23 6938/4 6986/19 7009/20 7036/11 7040/5 7060/5 7060/7 7061/25 7062/4 7062/9 7063/25 7069/15 7071/4 7071/1 7071/12 7071/14 7071/23 7071/24 7072/9 7073/7 7073/7 7074/16
compare [1] 7036/18
COMPLAINT [1] 6934/7
complete [3] 7022/18 7084/11 7084/14
completed [3] 6983/3 6983/3 7076/5
completely [6] 6947/11 6966/14 6988/14 6992/13 7017/24 7053/5
completeness [1] 7069/2
completion [6] 7057/10 7060/6 7086/16 7086/24 7087/17 7089/1
completions [1] 7062/25
compliance [11] 7009/3 7009/16 7010/2 7010/7 7013/21 7014/2 7014/15 7014/16 7022/24 7023/17 7023/21
complicated [1] 7003/9
components [5] 6976/18 6976/22 7019/12 7048/13 7080/18
compression [1] 6960/5
computer [4] 6939/21 6974/21 6974/22 6975/1
computer-aided [1] 6939/21
computer-based [1] 6974/21
concept [6] 6987/19 7000/19 7012/19 7079/12 7081/17 7088/8
concepts [2] 6946/1 7012/18
concern [1] 7079/22
concerned [4] 7064/20 7078/13 7078/16 7078/17
concerning [2] 6971/6 6971/7
concerns [4] 7077/10 7082/24 7083/2 7087/13
conclude [1] 6996/18
concluded [3] 6966/3 6968/20 7090/18
concludes [1] 7055/11
conclusion [12] 6964/23 6965/1 6965/3

6965/7 6974/16 6988/9 6994/16 6993/24 6996/5 6998/20 7031/21 7043/7
conclusions [16] 6964/19 6964/20 6965/8 6974/6 6991/22 7002/24
concurs [1] 6999/24
condition [10] 6953/22 6954/7 6958/15 6958/16 6958/17 6973/12 6973/16 6973/23 7004/22 7026/22
conditionally [1] 7068/22
conditions [10] 6962/21 6992/18 6992/21 6992/22 6993/4 6993/22 7027/25 7028/11 7072/1 7080/16
conduct [2] 7073/4 7075/17
conducted [6] 7001/6 7070/9 7070/18 7073/8 7074/23 7076/12
conducting [2] 7056/17 7076/3
configuration [14] 6980/22 6981/10 6985/18 6986/1 6986/2 7014/9 7014/22 7017/7 7017/23 7019/25 7036/17 7037/9 7037/12 7084/8
configurations [6] 6984/10 7018/19 7018/21 7035/6 7039/21 7040/7
configure [2] 6950/22 7033/4
configured [3] 7018/2 7034/17 7035/1
configuring [2] 7014/5 7017/13
confirmed [1] 7022/6
confusion [1] 7000/22
connect [1] 7082/18
connected [2] 6957/3 6964/3
connection [7] 6942/1 6989/11 7008/22 7010/21 7014/13 7024/24 7028/1
connections [2] 6961/9 6961/10
CONRAD [1] 6935/15
consequence [1] 7090/5
consider [9] 7006/20 7007/12 7010/18 7013/20 7034/25 7037/12 7040/9 7064/3 7064/12
considerable [2] 6954/9 6975/18
considerations [1] 7077/3
considered [4] 7014/2 7031/22 7072/20 7084/24
considering [2] 6943/3 7007/8
consistent [8] 6958/10 6986/6 7025/6 7045/15 7070/6 7076/5 7078/7 7079/3
consolidated [1] 6978/25
constituted [1] 7033/3
constitutes [5] 6971/21 6972/2 6972/11 7013/2 7039/18
constraining [1] 6955/18
construction [1] 7069/14
construction's [1] 6985/24
consultant [2] 7006/8 7057/13
consulting [1] 7060/20
contacted [1] 7065/10
contain [3] 6972/23 7079/16 7079/19
contained [4] 7015/2 7020/3 7068/9 7068/16
contamination [1] 6998/20
contemporaneous [2] 7051/7 7052/13
contend [2] 6990/7 7039/7
contention [1] 6955/20
context [4] 7033/23 7067/6 7078/15 7079/14
continue [2] 6966/22 7036/20
continued [1] 7081/25
continues [3] 7017/6 7039/20 7040/5
continuing [2] 6959/16 7063/5
contract [4] 6986/1 6986/3 7070/19 7072/11
contractor [15] 7061/1 7070/6 7070/16 7071/4 7071/8 7071/9 7071/13 7071/17 7073/2 7073/7 7073/8 7073/9 7073/23

# C

contractor... [2] 7074/12 7074/15
contractors [6] 6985/19 7033/6 7058/22
7062/13 7069/17 7074/8
contractual [1] 7070/12
contradicts [1] 7001/23
control [22] 6947/19 6948/3 6965/23
6969/8 6969/17 6975/11 6988/15
6989/24 6989/24 6990/2 6990/16
6991/15 7000/8 7000/10 7015/5
7015/18 7015/21 7018/10 7037/6
7045/12 7069/19 7070/8
controllers [1] 6999/11
controlling [1] 6965/24
convenience [1] 7043/10
conventional [1] 7083/15
copy [2] 7055/12 7057/23
COREY [1] 6937/8
corkscrew [1] 6949/6
Coronado [1] 6995/21
Corporate [1] 6935/16
Corporation [2] 6938/23 6939/3
correct [312]
corrected [1] 7021/18
correctly [13] 6963/24 6964/6 6969/15
6969/21 6985/22 6986/4 6987/17
7014/6 7020/13 7038/19 7071/19
7072/5 7076/7
correlate [1] 7051/18
correspondence [4] 6971/5 6972/4
6972/6 6972/8
corrosion [1] 6976/18
cost [2] 7086/24 7087/12
costs [1] 7086/19
could [45] 6942/21 6946/17 6964/12
6972/8 6977/6 6986/23 6989/21
6991/12 6993/6 6994/1 6995/4 6996/6
6998/17 6999/1 7000/15 7001/8
7002/16 7002/24 7005/25 7015/20
7023/4 7026/11 7030/9 7037/3 7039/25
7042/11 7050/11 7057/16 7061/12
7062/5 7062/18 7066/25 7069/25
7070/21 7079/6 7079/22 7081/18
7082/2 7082/4 7082/14 7083/17 7084/9
7084/13 7086/11 7086/12
couldn't [3] 6994/14 7027/8 7075/13
counsel [4] 6995/15 7041/9 7042/20
7050/4
Counselor [1] 7038/5
count [2] 6971/23 7060/13
couple [10] 6945/10 6947/12 6951/6
6967/11 6990/10 6991/24 6999/16
7061/25 7075/19 7078/20
course [12] 6955/21 6984/2 6990/3
6995/10 7012/23 7014/4 7020/2
7032/20 7035/10 7059/9 7074/25
7084/10
court [46] 6934/1 6939/15 6942/23
6942/25 6944/18 6945/17 6964/8
6964/17 6964/21 7002/20 7002/23
7005/5 7012/7 7021/23 7028/8 7047/13
7048/21 7049/9 7050/8 7052/1 7053/9
7056/22 7058/1 7058/10 7059/21
7060/2 7061/16 7061/25 7062/18
7063/23 7065/5 7065/19 7066/25
7068/13 7074/3 7075/12 7076/20
7077/8 7078/23 7079/5 7082/18 7085/9
7086/8 7090/21 7090/21 7090/25
Court's [5] 6964/9 7041/5 7043/10
7069/5 7088/18
courtroom [1] 6999/21
cover [2] 7002/8 7075/8

Covington [1] 6938/2
crane [1] 7091/15
create [2] 7087/8 7088/6
created [5] 6950/15 6955/8 7048/19
credit [1] 7021/19
crew [11] 6960/19 6979/8 6988/19
6990/12 6990/19 6991/9 6991/18
7038/20 7039/20 7040/2 7040/6
crew's [1] 6988/19
criteria [3] 6993/10 6993/15 7009/6
critical [3] 6972/14 7037/8 7078/11
criticality [1] 6992/8
criticisms [2] 7012/3 7038/19
cross [10] 6942/1 6944/23 6989/3
6989/7 7041/1 7065/23 7066/1 7066/15
7066/19 7066/22
cross-examination [7] 6942/1 6944/23
6989/3 6989/7 7041/1 7065/23 7066/1
cross-examine [3] 7066/15 7066/19
7066/22
CSR [18] 6962/16 6981/6 6992/16
7014/8 7015/16 7018/3 7018/6 7018/7
7018/10 7036/16 7036/22 7037/5
7038/16 7050/12 7050/24 7052/20
7052/21 7053/15
CSRs [2] 7034/9 7034/13
Cunningham [2] 6935/2 6935/3
current [2] 7034/2 7064/13
currently [2] 7056/23 7056/25
currents [3] 6953/11 6959/19 6959/20
customers [6] 6971/10 6971/13 6971/15
6972/1 6972/10 6972/17
cut [4] 6942/17 6950/24 7003/22
7038/16
cuts [1] 6981/6
cutting [5] 6942/16 6951/15 6993/8
6994/2 7038/18
CV [8] 6934/7 6934/9 7057/23 7059/2
7059/18 7060/22 7063/4 7063/20
cycle [1] 7034/3

# D

D-4607 [2] 7014/19 7014/25
D-4644 [1] 7035/3
D-6636 [2] 6951/19 6952/3
D-6746 [2] 6950/3 6958/22
D-8027 [1] 7083/17
D-8203 [1] 7048/17
D-8204 [1] 7047/11
D-8226.1 [1] 7050/2
D.C [4] 6936/17 6936/22 6937/6 6938/4
daily [6] 6977/2 6977/9 6979/20 6979/22
7067/17 7073/4
Dakota [2] 7057/7 7057/10
Dallas [1] 6939/10
damage [1] 7030/19
damaged [1] 7053/7
damaging [2] 6981/8 6990/8
DANIEL [1] 6937/4
data [8] 6961/2 6994/19 7001/24
7067/17 7067/19 7071/16 7075/1
7075/2
date [8] 6979/22 7022/2 7022/9 7024/15
7033/19 7033/20 7038/2 7085/5
dated [2] 7033/24 7085/7
dates [1] 6996/17
Daubert [2] 7056/4 7065/21
Dauphin [1] 6935/3
Dave [1] 7070/21
DAVID [2] 6939/3 6939/3
Davis [1] 6995/20
Davis's [1] 6958/23
day [13] 6934/14 6943/22 6943/22

7029/11 7030/7 7030/20 7031/5
7035/18 7068/14 7069/8 7071/12
7070/13 7070/13
day-by-day [1] 7070/13
days [10] 6943/23 6945/10 6951/6
6959/16 6961/21 6977/9 6977/17
6990/10 6991/24 7017/20
dead [4] 6973/13 6973/25 6996/6
7018/23
deadman [22] 6975/14 6981/6 6987/10
6988/12 6991/23 6992/1 6995/12
6996/4 6997/20 6998/5 6998/9 6998/17
7000/16 7000/24 7001/8 7018/7
7028/15 7028/18 7028/18 7034/9
7053/14 7053/16
dealing [1] 7007/1
deals [1] 7007/3
dealt [1] 7005/14
DEANNA [1] 6936/15
debris [3] 6967/6 6968/12 6968/17
December [1] 7057/13
decide [2] 7074/3 7081/14
decided [1] 6988/12
decides [1] 6985/18
decision [11] 6987/25 6988/2 7078/6
7078/14 7078/14 7085/3 7085/18
7088/17 7088/23 7089/10 7089/13
decision-making [1] 7078/6
decisions [7] 6987/13 7074/21 7078/12
7078/13 7078/15 7078/21 7089/12
deck [4] 6969/10 6969/19 6971/2
6972/1
deduction [2] 7003/1 7003/11
deductions [1] 6947/9
deemed [1] 7014/15
deep [1] 7060/16
deepwater [44] 6934/4 6938/6 6938/7
6938/9 6938/10 6938/13 6938/13
6938/17 6938/17 6938/20 6938/21
6959/20 7015/1 7017/8 7018/20
7019/23 7022/5 7022/12 7023/7 7023/8
7024/2 7025/11 7027/3 7030/3 7033/14
7034/18 7035/13 7035/14 7036/1
7036/2 7039/8 7039/22 7040/7 7048/11
7048/13 7050/20 7051/8 7052/13
7052/19 7053/6 7053/14 7053/17
7053/23 7070/10
default [1] 7037/13
deficient [1] 7046/1
definite [1] 7081/20
definitely [4] 6961/12 6964/18 7016/20
7029/16
definitions [1] 6975/9
deformation [2] 6948/4 6958/8
deformed [6] 6954/14 6954/24 6955/24
deGravelles [2] 6935/21 6935/22
degree [2] 6953/17 7058/3
degrees [4] 6953/20 7058/1 7058/2
7058/4
DELEMARRE [1] 6936/20
deliver [1] 7073/10
delivering [1] 7077/17
delivers [1] 7070/16
delivery [1] 7078/16
demonstrative [8] 6950/2 6951/25
6952/16 6953/15 7014/24 7051/20
7079/7 7083/19
demonstratives [2] 6941/25 6942/4
density [1] 7080/19
department [8] 6936/8 6936/12 6936/18
6937/2 7058/18 7061/3 7061/22
7067/24
deposed [3] 7008/3 7008/21 7023/1

deposition [18]  6980/7 6990/21 6993/17
6993/21 7008/13 7008/14 7008/17
7009/12 7009/15 7023/3 7026/23
7044/1 7045/8 7051/6 7054/15 7055/1
7055/7 7067/25
depositions [6]  7008/6 7008/21 7023/4
7044/20 7067/25 7068/2
depth [5]  7038/2 7060/18 7078/25
7080/16 7080/17
depths [2]  7036/1 7060/17
DEPUTY [1]  7055/23
describe [3]  7007/5 7047/13 7052/11
described [2]  7067/11 7083/5
describes [1]  7007/24
description [3]  6964/24 7013/12 7062/7
design [23]  6946/4 6946/4 6951/2
6959/3 6981/9 6981/10 6984/9 6986/11
6987/18 6988/5 7006/17 7007/11
7013/14 7016/3 7016/11 7017/22
7017/24 7020/10 7062/25 7063/1
7075/21 7075/22 7075/23
designed [4]  6965/24 6976/11 7034/21
7076/4
designing [1]  7082/19
designs [2]  6985/17 7069/21
detail [6]  6984/13 6984/14 7004/25
7015/25 7041/4 7045/6
details [8]  7012/18 7012/21 7012/25
7014/5 7016/24 7017/2 7050/8 7077/25
determine [6]  6955/2 6987/19 7009/8
7042/21 7046/5 7046/7
determined [1]  6974/19
determines [1]  7011/11
determining [5]  6958/13 7009/3 7009/16
7010/2 7011/6
develop [1]  7067/5
developed [1]  7074/12
development [2]  7013/17 7052/25
devices [3]  6965/21 6976/12 6992/16
Dexter [1]  6937/9
diagram [1]  7079/24
dictate [1]  7075/24
did [97]  6945/18 6945/19 6949/21
6951/11 6951/13 6951/13 6954/9
6957/12 6962/17 6962/18 6963/24
6964/6 6969/21 6971/19 6971/21
6971/25 6972/21 6973/1 6973/4
6973/13 6974/4 6975/2 6975/4 6977/4
6985/22 6986/4 6987/17 6998/25
6998/25 7000/23 7003/13 7003/14
7003/18 7008/18 7008/20 7008/23
7008/24 7009/18 7010/21 7014/11
7014/21 7020/18 7022/12 7023/3
7026/23 7027/3 7027/18 7031/10
7032/17 7033/2 7033/3 7034/12 7035/5
7037/14 7037/14 7041/9 7041/15
7041/25 7042/4 7042/8 7042/21
7046/16 7051/22 7051/24 7052/11
7052/17 7058/6 7059/6 7059/11
7060/11 7061/4 7061/17 7062/3
7062/11 7062/17 7062/23 7067/15
7070/18 7070/20 7071/19 7071/20
7072/5 7072/6 7074/23 7075/3 7076/7
7076/8 7076/13 7076/15 7081/7
7081/14 7081/15 7084/18 7084/23
7085/1 7088/8 7089/13
didn't [22]  6943/4 6950/20 6966/5
6966/8 6968/20 6969/16 6971/19
6973/3 6973/13 6974/3 6975/1 6987/7
6992/11 6993/2 6998/12 6999/5
7001/16 7008/5 7050/7 7064/21

7084/12 7085/14
differ [1]  7035/11
different [4]  6989/11 7005/12 7014/8
7035/12
difficult [2]  7081/25 7082/1
difficulties [1]  7082/19
dimension [5]  6946/11 6946/12 6949/4
6949/4 6958/2
dire [1]  7065/22
direct [9]  6941/15 6964/20 6985/24
7056/17 7056/18 7066/7 7066/15
7067/6 7067/20
direction [4]  6946/15 6946/18 6963/10
7051/2
directional [1]  7064/2
directions [1]  7074/20
directives [1]  7075/5
directly [1]  7087/24
director [17]  7008/8 7011/11 7011/16
7011/21 7011/23 7011/25 7012/1
7012/4 7012/14 7012/15 7012/17
7013/1 7016/21 7017/1 7017/3 7026/20
7027/1
director's [1]  7012/23
directs [1]  7062/9
dirt [1]  6967/6
disagree [2]  6987/22 7004/21
disagreed [1]  7001/11
disagrees [1]  6996/7
disassembled [1]  6967/17
disclosed [1]  7073/17
disconnect [1]  6986/12
Discoverer [3]  7018/4 7036/14 7052/16
Discoverer Enterprise [1]  7052/16
discrete [1]  7040/25
discuss [2]  6979/3 7074/21
discussed [4]  6991/23 7041/2 7050/7
7078/8
discusses [1]  7043/3
discussing [1]  6945/5
discussion [1]  6970/13
disks [3]  6966/25 6967/1 6967/3
dispensations [1]  7022/16
dispute [2]  7016/20 7063/24
disputed [1]  6960/1
distinct [1]  7050/13
district [6]  6934/1 6934/2 6934/15
7057/6 7090/21 7090/21
diverted [1]  7038/20
diverter [3]  7037/6 7037/9 7039/3
diverters [1]  7017/13
Division [2]  6936/9 6936/19
DMS [1]  6987/10
DNV [11]  6963/13 6963/22 6964/8
6964/13 6964/14 6965/2 6968/6 7000/3
7000/7 7001/6 7001/24
DNV's [3]  6952/25 6964/19 6964/21
do [146]  6943/6 6943/11 6943/25
6944/16 6945/11 6945/20 6947/19
6950/17 6951/2 6952/19 6954/15
6956/5 6960/15 6962/4 6968/19 6970/4
6970/8 6970/21 6970/23 6970/25
6971/12 6971/17 6971/18 6974/14
6974/16 6974/17 6974/24 6975/12
6975/15 6975/21 6975/25 6976/15
6976/16 6976/19 6976/22 6977/3
6977/18 6977/20 6978/5 6978/7
6978/11 6978/14 6978/18 6978/21
6979/1 6979/23 6980/15 6981/2 6981/5
6981/22 6982/5 6982/19 6982/25
6983/3 6983/25 6984/19 6985/2 6985/2
6985/3 6985/4 6986/15 6987/15
6987/23 6990/15 7001/13 7002/17
7002/25 7003/12 7004/11 7007/25

7009/7 7009/20 7010/4 7015/20
7015/24 7020/5 7020/9 7021/10
7022/21 7023/7 7023/18 7024/13
7024/16 7026/12 7026/17 7027/12
7027/22 7031/25 7033/20 7033/24
7036/8 7036/15 7036/24 7037/6 7037/7
7037/22 7038/4 7039/17 7039/23
7042/16 7042/23 7045/3 7045/3
7045/19 7045/20 7046/6 7046/9
7046/11 7046/20 7047/4 7053/18
7053/22 7053/25 7054/7 7054/18
7054/19 7056/6 7056/12 7056/20
7057/2 7057/8 7057/8 7057/19 7061/2
7061/19 7064/3 7064/16 7065/15
7065/16 7067/1 7070/4 7072/13
7072/19 7073/10 7074/11 7077/24
7078/1 7078/20 7078/21 7081/14
7082/8 7083/6 7083/14 7089/21 7090/1
7090/22
Docket [3]  6934/4 6934/7 6934/9
Doctor [3]  7052/9 7053/22 7059/1
document [43]  6970/3 6970/25 6974/12
6975/8 6982/7 6982/19 6985/13 6986/8
6986/17 6987/1 6996/15 7022/3
7027/10 7027/18 7027/22 7028/3
7028/9 7031/6 7031/7 7031/13 7031/15
7033/17 7033/24 7042/4 7042/8 7043/3
7043/17 7043/19 7044/25 7047/13
7050/9 7075/10 7075/15 7075/20
7075/23 7076/13 7077/6 7077/24
7077/25 7078/2 7085/7 7085/12
7088/13
documents [23]  6949/15 6970/25
6974/13 6975/7 6977/3 6979/18
6982/19 6984/19 6996/18 7041/14
7043/6 7067/13 7067/14 7067/23
7069/8 7074/23 7075/1 7075/4 7075/5
7084/23 7089/18 7089/23 7089/24
does [21]  6952/9 6959/13 6972/24
6973/21 6985/2 6985/24 7001/23
7019/11 7025/25 7028/14 7030/9
7030/25 7053/15 7062/2 7072/9
7077/17 7082/8 7083/6 7086/4 7086/5
7086/7
doesn't [13]  6966/10 6972/23 6973/21
6979/3 6979/6 6991/15 6998/7 7030/11
7030/15 7034/22 7046/13 7047/23
7050/24
doing [7]  6982/10 7005/22 7006/7
7019/11 7019/16 7019/21 7078/12
dollars [1]  6999/22
Domengeaux [1]  6934/18
DON [4]  6937/19 6941/13 7054/11
7055/9
don't [55]  6951/13 6952/14 6957/8
6961/2 6961/13 6967/23 6968/19
6970/14 6971/2 6973/19 6974/5
6975/25 6976/4 6976/14 6979/7
6979/20 6980/6 6981/1 6984/12
6987/22 6988/17 6992/18 6992/21
6992/21 6993/13 6996/14 6999/2
7002/16 7004/13 7004/16 7005/24
7008/15 7014/8 7016/24 7017/1 7017/3
7017/4 7026/25 7033/19 7034/10
7034/16 7034/24 7037/17 7038/5
7038/24 7039/23 7041/4 7045/5
7046/17 7051/22 7056/20 7066/7
7072/25 7085/17 7088/15
DONALD [1]  6939/7
done [25]  6963/13 6979/4 6981/11
6982/13 6984/11 6985/5 6985/11
6990/19 7002/5 7020/11 7025/13
7036/11 7037/2 7039/3 7039/5 7046/9

## D

done... [9]  7050/1 7051/10 7054/4 7066/8 7067/8 7068/24 7081/18 7082/10 7083/16
door [1]  7073/16
dot [1]  7051/19
doubt [1]  7023/20
DOUGLAS [5]  6937/16 7022/21 7022/23 7024/13 7026/4
Douglas's [2]  7023/5 7023/11
down [37]  6948/20 6951/16 6954/9 6955/13 6956/3 6956/12 6957/5 6957/22 6959/22 6959/22 6959/23 6960/24 6977/15 6978/10 6979/22 6984/1 6988/1 7018/8 7024/18 7024/19 7030/15 7031/5 7038/11 7039/2 7039/25 7040/1 7041/18 7049/8 7052/17 7054/21 7060/9 7069/20 7077/25 7079/25 7081/22 7082/4 7084/6
downgraded [7]  7020/14 7020/24 7020/25 7021/24 7026/7 7026/9 7027/7
downhole [1]  6967/10
downward [1]  6950/15
downwind [1]  7038/12
DOYEN [4]  6938/12 6944/6 7000/2 7004/19
Dr [2]  6947/18 7087/14
Dr. [31]  6944/25 6958/14 6958/23 6989/5 6990/21 6995/20 7001/11 7001/20 7004/6 7004/24 7012/6 7024/13 7032/14 7040/22 7043/24 7055/13 7055/15 7055/16 7056/5 7056/17 7056/20 7057/15 7057/18 7065/18 7066/5 7066/25 7068/20 7069/12 7071/2 7074/6 7076/25
Dr. Beck [12]  7055/16 7056/5 7056/17 7056/20 7057/15 7057/18 7066/5 7066/25 7069/12 7071/2 7074/6 7076/25
Dr. Beck's [1]  7068/20
Dr. Childs [1]  7004/6
Dr. Childs' [2]  7001/11 7001/20
Dr. Davis [1]  6995/20
Dr. Davis's [1]  6958/23
Dr. Frederick [1]  7065/18
Dr. Garrett's [1]  7004/24
Dr. Gene [1]  7055/13
Dr. Ravi [1]  7055/15
Dr. Stevick [9]  6944/25 6958/14 6989/5 6990/21 7012/6 7024/13 7032/14 7040/22 7043/24
draft [3]  7088/9 7088/11 7088/13
drained [1]  6973/18
draw [3]  7050/11 7050/14 7064/10
drawn [1]  6978/24
draws [1]  6964/23
Drescher [1]  6935/8
drift [2]  6953/10 6953/11
drifted [1]  6958/23
drifting [2]  6959/1 6959/16
drill [37]  6945/8 6945/14 6947/7 6947/14 6947/22 6948/4 6948/15 6948/19 6949/13 6949/23 6959/4 6960/8 6992/10 6992/13 6993/6 6993/25 6994/23 7002/11 7002/22 7003/3 7004/2 7004/7 7004/16 7019/7 7035/12 7035/24 7037/23 7038/17 7060/11 7061/4 7062/5 7078/3 7080/24 7081/22 7082/13 7084/5 7087/7
drilled [8]  7053/2 7075/6 7076/5 7079/25 7081/2 7081/23 7084/10

7084/14
drilled-out [1]  7058/4
driller [2]  7020/6 7050/17
drilling [75]  6938/6 6938/9 6938/13 6938/17 6938/20 6945/15 6948/18 6949/22 6985/19 7005/20 7007/20 7016/6 7016/7 7022/12 7026/13 7041/11 7057/3 7057/4 7057/9 7057/9 7058/21 7059/7 7059/9 7059/19 7060/6 7060/9 7060/10 7060/13 7060/25 7061/1 7061/1 7061/3 7061/5 7061/7 7061/9 7061/22 7061/23 7062/5 7062/8 7062/9 7062/25 7063/11 7064/1 7064/2 7064/13 7065/18 7067/18 7067/19 7067/24 7068/7 7069/21 7069/24 7070/9 7070/14 7070/15 7075/16 7075/17 7077/16 7077/21 7078/23 7078/25 7079/10 7079/11 7079/13 7079/13 7079/19 7079/25 7080/20 7081/8 7081/13 7084/13 7085/13 7090/2 7090/2
Drilling/Operations [1]  7059/19
Drive [1]  6935/16
driving [1]  7029/10
dropped [1]  6974/21
dry [1]  6982/24
dry-fire [1]  6982/24
dual [2]  6963/6 7015/5
dual-coil [1]  6963/6
Ductile [1]  6953/19
due [3]  6960/8 6992/2 7002/13
DUKE [1]  6935/15
duly [2]  6944/21 7055/21
Duocet [1]  6984/23
during [9]  6948/18 6966/6 7000/10 7034/2 7041/25 7042/1 7060/2 7083/8 7087/5
DWOP [8]  7076/13 7077/2 7077/6 7077/9 7077/9 7077/21 7078/9 7087/7

## E

e-mail [3]  7027/20 7067/22 7085/1
e-mails [4]  6971/7 6984/22 7075/2 7090/1
each [6]  6999/9 6999/9 7000/15 7030/12 7035/15 7051/5
earlier [7]  6944/4 6944/16 6998/25 7029/18 7070/14 7075/1 7083/21
earliest [1]  6970/17
early [4]  6995/1 7060/4 7065/13 7069/4
earned [1]  7058/3
EASTERN [2]  6934/2 7090/21
ECDs [1]  7082/19
economic [4]  7013/19 7077/14 7086/15 7087/11
economically [1]  7011/12
economics [3]  7007/9 7007/12 7007/13
EDS [3]  6980/13 6982/24 6991/19
EDS-1 [1]  6982/24
EDS-2 [1]  6991/19
Edwards [1]  6934/19
effect [1]  7011/13
effective [1]  6960/4
effectively [1]  7087/22
either [7]  6970/17 7000/9 7006/4 7063/6 7063/10 7066/17 7071/15
elastic [3]  6946/21 6947/1 6948/4
elastically [2]  6957/11 6957/16
elastomeric [1]  6967/4
electric [2]  6961/5 6963/16
electrical [1]  6961/9
electromagnetic [1]  7000/14
electronic [2]  6961/16 6965/15
elements [6]  6978/14 6981/20 6983/15

6983/19 7017/14 7056/7
eliminate [2]  6958/18 7000/22
eliminated [2]  6998/15 7082/10
eliminates [1]  6999/15
ELIZABETH [1]  6937/5
Ellis [1]  6937/21
Elm [1]  6939/9
else [3]  7007/2 7053/22 7066/15
emergency [1]  6986/12
Emilsen [1]  6943/14
EMPAC [1]  6974/21
employed [1]  7056/25
employee [2]  6996/16 7057/12
employees [2]  7008/21 7044/21
employers [3]  7009/2 7009/16 7010/2
employment [1]  7059/1
en [1]  6944/18
encompassing [1]  6960/6
encounter [2]  7015/16 7080/25
end [5]  6941/5 6953/15 6954/1 6955/24 7082/7
ending [3]  7067/3 7070/24 7077/6
ends [3]  7042/25 7075/25 7076/17
Energy [2]  6939/7 6939/11
Enforcement [1]  6936/13
engineer [7]  7009/6 7041/19 7060/10 7061/20 7061/23 7064/13 7085/13
engineer's [1]  7015/11
engineered [1]  7034/25
engineering [38]  6946/4 6946/4 6946/9 6949/9 6987/21 6988/5 6988/7 7006/17 7006/22 7007/6 7007/8 7007/25 7011/19 7012/20 7013/12 7013/14 7018/16 7019/12 7019/22 7020/10 7031/4 7032/17 7032/20 7034/20 7047/21 7048/13 7058/4 7058/18 7059/7 7059/8 7059/10 7062/20 7062/24 7063/1 7063/11 7064/1 7064/2 7065/12
engineers [12]  7009/23 7016/2 7058/15 7058/24 7061/9 7075/21 7077/9 7077/22 7078/3 7079/13 7090/2 7090/3
English [4]  7008/11 7009/10 7011/17 7011/21
enough [7]  6950/23 6953/9 6967/9 7001/16 7040/3 7047/2 7080/25
ensures [1]  6976/4
Enterprise [2]  7018/4 7052/16
entire [2]  6968/9 6980/18
entirely [2]  6993/5 6993/24
entitled [2]  7063/5 7090/23
entries [1]  6977/6
entry [3]  7059/18 7061/20 7062/20
entry-level [2]  7061/20 7062/20
environment [8]  6936/13 6966/13 7007/20 7011/14 7019/14 7019/17 7035/13 7077/13
Environmental [1]  6936/13
environments [1]  7052/14
equations [6]  6945/25 6946/6 6947/11 6947/14 6948/6 6948/7
equipment [6]  6990/8 6990/18 7011/12 7020/10 7037/3 7039/25
equivalent [1]  7080/5
eroded [6]  6953/1 6953/8 6953/12 6954/8
erosion [10]  6953/1 6953/4 6954/15 6959/14 6989/13 6990/8 7028/25 7029/16 7030/11 7031/20
error [1]  6975/2
ESQ [54]  6934/19 6934/23 6935/3 6935/6 6935/9 6935/12 6935/15

**E**

ESQ... [47]  6935/18 6935/22 6936/3
6936/6 6936/9 6936/14 6936/14
6936/15 6936/15 6936/16 6936/19
6936/20 6936/20 6936/21 6936/21
6937/4 6937/4 6937/5 6937/8 6937/8
6937/9 6937/12 6937/15 6937/16
6937/19 6937/22 6937/22 6937/23
6938/3 6938/6 6938/9 6938/9 6938/12
6938/13 6938/13 6938/16 6938/20
6938/23 6939/3 6939/3 6939/4 6939/4
6939/7 6939/8 6939/9 6939/9 6939/12
essentially [1]  7078/24
establish [1]  7024/4
establishes [2]  7073/6 7077/23
estimate [1]  6943/21
estimated [1]  7049/11
estimation [1]  7048/14
et [2]  6934/8 6934/11
Euler [4]  6946/16 6948/10 6948/11
6948/12
evaluate [5]  6976/6 7005/19 7006/3
7035/15 7047/17
evaluated [2]  7029/9 7040/4
evaluation [2]  6984/7 7063/2
even [11]  6962/24 6992/15 7017/5
7038/13 7038/18 7039/1 7042/9 7047/5
7073/22 7084/11 7084/12
evening [2]  6996/4 7038/21
event [7]  6961/10 6972/7 6972/9
6989/25 7018/6 7018/10 7028/10
events [2]  6989/24 6990/2
eventually [1]  6956/16
ever [5]  6968/19 6988/5 7000/23
7009/15 7042/5
every [6]  6946/3 6946/3 6976/20 6992/9
7042/14 7048/4
everybody [3]  6964/11 6968/25 6970/15
everybody's [1]  7039/24
everyone [3]  6941/3 6964/23 7032/10
everything [1]  7006/14
evidence [19]  6941/17 6942/4 6947/6
6952/10 6952/11 6953/21 6955/1
6955/20 6957/11 6958/15 6958/16
6959/7 6959/25 6975/1 7001/15
7002/25 7003/10 7012/8 7066/14
Ewen [1]  7044/1
exact [6]  6974/7 7002/24 7006/14
7034/18 7039/21 7046/17
exactly [16]  6955/19 6956/4 6959/10
6961/14 6961/15 6962/22 6981/1
6989/22 6994/25 6995/4 6999/14
6999/12 7007/12 7011/16 7018/6
7031/11
exam [1]  6955/7
examination [12]  6941/15 6942/1
6944/23 6952/25 6989/3 6989/7
7040/20 7041/1 7056/17 7056/18
7065/23 7066/1
examine [4]  6976/18 7066/15 7066/19
7066/22
example [4]  6945/22 6949/2 7058/23
7072/16
examples [1]  7078/4
exceeded [1]  6970/18
excess [1]  6997/17
excluded [4]  6964/8 6964/17 6964/21
7012/8
excuse [2]  7018/21 7019/21
excused [1]  7019/11
executing [1]  6987/14
exercises [1]  7069/16
exhibit [7]  6954/1 7027/15 7041/24
7048/2 7048/8 7048/23 7052/17
exhibited [1]  6966/15
exhibits [6]  6941/14 6941/18 6941/25
6942/4 6942/9 6946/1
existed [1]  7017/17
existing [1]  7037/3
expected [6]  7015/14 7016/3 7055/16
7075/22 7076/12 7089/3
expecting [2]  7015/13 7018/16
experience [17]  6961/8 6975/18
6975/25 6976/14 6985/23 6986/6
6990/2 7047/18 7049/7 7059/14
7061/15 7062/8 7070/5 7070/7 7071/5
7071/14 7074/8
expert [22]  6973/2 6990/16 6991/15
6996/8 7000/4 7001/2 7004/6 7013/24
7063/18 7064/1 7064/2 7064/12
7064/15 7064/18 7065/18 7066/10
7068/20 7068/20 7068/24 7069/2
7072/11 7073/17
expertise [1]  7065/25
experts [9]  6947/19 6950/5 6995/19
7048/24 7049/3 7049/7 7065/9 7065/11
7068/4
explain [12]  6960/10 6966/15 7017/24
7049/9 7070/11 7072/7 7072/25
7075/12 7075/14 7077/8 7079/5
7084/15
explained [3]  6950/7 6954/6 7000/19
explaining [1]  7083/22
explains [1]  6958/19
exploration [9]  6930/14 6937/18
6937/21 6938/2 7013/17 7023/16
7059/19 7059/22 7060/12
explosion [11]  6950/14 6960/15 6991/19
6994/17 6994/20 6994/24 6995/11
7037/2 7038/13 7038/15 7067/4
explosions [1]  6961/8
exposed [1]  7081/23
express [1]  7072/20
expressed [5]  7071/23 7074/7 7080/3
extending [1]  6957/22
extensive [1]  6953/1
extent [4]  7003/13 7004/18 7022/16
7068/7
extra [1]  7087/12
extremely [3]  6968/11 6994/12 7048/7

**F**

F-R-E-D-E-R-I-C-K [1]  7056/1
face [1]  6988/14
faces [1]  7081/6
fact [33]  6943/3 6947/17 6947/22
6948/7 6949/3 6949/15 6960/18 6963/9
6972/24 6975/4 6989/20 6991/12
6996/20 7003/1 7004/13 7005/15
7006/16 7007/11 7010/21 7027/3
7033/12 7038/13 7038/14 7042/10
7043/14 7044/24 7046/21 7047/2
7048/3 7053/14 7064/17 7064/24
7079/1
factor [3]  7007/15 7047/22 7048/12
factors [4]  7047/8 7047/24 7048/4
7048/5
facts [2]  7072/3 7079/25
faculty [2]  7059/4 7065/8
fail [1]  6953/19
failed [2]  6992/1 7000/9
fails [1]  7040/2
failsafes [1]  6978/16
failure [6]  6953/6 6953/17 6967/5
6975/19 7011/12 7047/17
fair [4]  6958/14 7038/7 7040/4 7049/5
7047/12 7065/1 7089/6
fall [2]  6951/13 7063/14
falling [4]  6954/25 6957/1 6958/18
6960/13
falls [1]  6951/9
familiar [8]  6974/15 6979/15 6980/2
6980/17 6982/21 6996/14 7033/16
7073/22
Fannin [1]  6938/10
far [5]  6952/3 6958/24 6963/24 7012/17
7052/15
fashion [1]  7037/4
faster [4]  7028/22 7028/23 7029/2
7046/12
fat [1]  6946/12
fatally [1]  7046/1
fatigue [1]  7029/1
FCRR [4]  6939/15 7090/21 7090/24
7090/25
feasible [1]  7011/12
features [3]  7039/7 7039/11 7039/21
February [6]  6981/16 6982/9 7022/13
7038/2 7042/1 7060/22
February 2002 [1]  7060/22
February 8th [1]  7038/2
federal [2]  6936/10 7005/10
fee [2]  7074/16 7074/16
feel [1]  7047/19
feet [1]  7038/23
fell [6]  6950/13 6952/11 6953/22 6958/3
6958/4 6961/13
few [6]  6946/9 6960/18 6999/22
7040/25 7046/9 7057/25 7063/3
fewer [1]  6987/13
field [6]  6963/16 6964/5 6968/8 7006/5
7063/10 7090/3
fields [1]  7000/14
figure [1]  7050/10
figures [2]  6949/9 7081/8
file [1]  6942/3
filed [2]  7066/10 7068/12
filled [1]  7082/2
filters [1]  6978/7
finally [3]  6978/21 6982/7 7063/17
find [8]  6946/3 6946/8 6971/25 6973/13
6975/1 6986/21 7034/21 7070/4
Fine [1]  6966/21
fingers [5]  6954/7 6954/8 6954/12
6954/13 6954/14
finish [2]  6943/6 6944/2
fire [11]  6961/20 6961/23 6980/14
6982/24 6993/2 7018/3 7034/9 7034/13
7037/2 7038/13 7038/14
fired [2]  7018/7 7018/7
fires [2]  6961/8 7036/22
Firm [2]  6935/18 6936/5
firmly [1]  6957/6
first [39]  6942/24 6943/10 6943/12
6962/17 6966/4 6967/8 6967/10 6971/9
6971/12 6981/6 6991/19 6992/16
6994/17 6994/20 7014/8 7015/16
7018/3 7018/10 7024/3 7033/21 7034/9
7036/22 7037/14 7043/18 7043/21
7052/21 7053/4 7054/12 7054/24
7064/21 7072/15 7073/3 7074/22
7075/2 7076/3 7076/20 7077/12
7079/12 7088/23
firsthand [1]  7072/1
fit [4]  6967/5 7039/12 7039/19 7067/4
fitness [2]  7011/19 7011/20
five [4]  6944/17 6970/19 7054/13
7061/9

**F**

fix [2] 6959/10 7081/10
fixed [5] 7001/15 7061/10 7069/3 7070/15 7070/16
flash [1] 7054/23
flattened [2] 6958/2 6958/9
flaws [1] 6976/19
fleet [7] 6980/18 6980/18 7033/7 7033/15 7050/5 7050/11 7050/20
flexibility [3] 7079/15 7082/8 7083/6
flies [1] 6988/14
floor [3] 6935/13 6938/14 7020/7
floors [1] 7019/10
Florence [1] 7044/1
flow [18] 6945/5 6948/24 6950/7 6960/8 6960/9 6962/9 6990/7 7002/13 7004/16 7028/25 7029/15 7030/14 7030/20 7030/24 7030/25 7081/4 7088/2 7088/8
flow-through [1] 7028/25
flowing [3] 7029/10 7029/23 7030/7
FLOYD [1] 6939/8
fluid [5] 6966/14 6967/1 7028/21 7080/20 7080/23
focus [1] 6971/12
focusing [5] 6951/5 6959/12 6972/16 6981/11 7007/21
fold [1] 6955/17
folded [2] 6955/16 6958/10
folding [2] 6954/23 6956/24
follow [4] 6973/21 6989/9 6991/24 6995/16
following [8] 6993/23 7008/20 7008/23 7009/14 7009/18 7038/24 7054/14 7065/2
follows [2] 6944/22 7055/22
foot [1] 7060/18
football [1] 7088/12
force [12] 6946/22 6948/24 6948/24 6950/6 6950/15 6954/9 6960/1 6960/6 6966/9 6966/9 6966/12 6968/10
forces [5] 6949/11 7002/11 7002/13 7002/22 7003/15
foregoing [2] 7071/22 7090/22
foreman [1] 7062/5
forensic [6] 6952/10 6952/25 6955/20 6958/14 6959/7 7000/7
form [6] 6949/12 6957/17 7074/24 7085/2 7085/2 7088/6
formally [1] 6983/13
formation [6] 6948/20 6948/20 7063/1 7080/19 7082/24 7083/7
formations [6] 7079/17 7080/18 7080/23 7081/4 7081/23 7084/2
formed [1] 7067/10
former [1] 7069/15
forming [1] 7067/15
formula [1] 6949/1
formulas [2] 6946/2 6948/8
forth [2] 7075/16 7077/12
forward [1] 7081/12
forwarded [1] 6984/25
found [11] 6956/21 6957/8 6958/5 6964/14 6973/12 6973/16 7006/10 7007/2 7013/9 7049/12 7075/20
foundation [2] 6985/7 7065/25
four [4] 6943/23 6950/5 7063/18 7064/17
fracturing [1] 7083/7
frame [1] 7067/2
framework [5] 7076/2 7074/24 7075/17 7076/10 7076/11 7078/2 7083/16
Francisco [1] 6936/11
Franklin [1] 6937/5
fraud [1] 6984/3
FREDERICK [4] 7055/21 7055/25 7056/20 7065/18
free [5] 6976/9 7001/14 7005/24 7017/15 7066/22
Friday [1] 6944/4
Frilot [1] 6938/5
front [2] 7007/11 7065/3
Frugé [1] 6935/21
full [7] 6955/6 6998/21 7046/24 7055/23 7057/12 7059/13 7082/23
full-time [1] 7057/12
fully [2] 6999/3 7089/16
function [6] 6963/20 6978/3 6982/24 6999/1 7002/1 7014/7 7019/13 7029/17 7078/3
functional [1] 7020/10
functioned [6] 6963/16 6968/8 6980/13 6992/7 6997/21 6999/2
functioning [1] 6997/13
functions [2] 6980/12 6988/20
fundamental [1] 6951/22
further [8] 6946/25 6947/1 6954/22 7024/18 7024/19 7030/19 7040/11 7071/7
Furthermore [1] 6985/17
future [1] 7086/15

**G**

Gagliano [4] 6941/15 6941/19 6942/1 6942/10
gallon [3] 7080/5 7081/1 7081/3
gap [1] 6968/13
Garrett's [1] 7004/24
gas [5] 7037/7 7038/21 7057/1 7059/15 7060/17
gasoline [1] 7006/15
Gastar [3] 7059/19 7059/21 7060/12
Gate [1] 6936/10
gave [4] 6993/21 7008/13 7026/23 7029/5
GAVIN [2] 6939/9 7056/16
GE [1] 7052/25
Gene [2] 7055/13 7056/21
general [6] 6937/7 6937/11 6976/8 7013/20 7014/4 7067/14
generally [8] 6950/17 6975/21 6990/3 7014/15 7027/12 7067/13 7077/20 7078/5
generated [1] 7000/14
gentleman [1] 7026/21
GEOFFREY [1] 6939/4
Geologists [1] 7058/20
geology [1] 7058/3
get [21] 6942/21 6944/7 6948/21 6948/23 6983/17 6988/11 7003/8 7005/17 7005/18 7012/21 7012/24 7015/24 7019/10 7022/7 7033/11 7035/2 7045/7 7047/19 7050/8 7078/5 7085/14
gets [1] 6967/6
getting [5] 6956/12 7010/17 7030/12
Gisclair [3] 7054/12 7054/24 7055/2
give [6] 6943/21 7008/23 7009/18 7054/21 7071/4 7071/13
given [12] 6962/23 6968/5 6989/10 6990/9 6992/8 6995/8 6998/15 7013/2 7018/2 7031/17 7056/22 7086/8
gives [2] 6953/20 6960/4
glad [1] 7073/9
GLEN [1] 6944/21
glue [1] 6937/5
go [61] 6943/23 6946/25 6950/1 6951/19 6952/14 6955/4 6957/12 6957/20 6958/22 6963/18 6967/24 6972/3 6974/1 6985/14 6986/8 6986/25 6993/14 6996/14 7002/8 7012/14 7017/14 7018/18 7019/11 7024/10 7024/18 7024/19 7024/21 7024/22 7025/16 7025/17 7030/15 7031/25 7032/4 7033/6 7037/6 7039/3 7040/6 7041/4 7042/18 7042/25 7043/18 7044/9 7044/10 7046/14 7047/3 7047/9 7048/17 7049/25 7051/16 7055/5 7055/18 7056/20 7056/21 7057/25 7058/8 7061/12 7061/14 7070/23 7078/20 7085/5 7090/11
Godwin [7] 6939/7 6939/7 6939/11 6941/13 6942/16 7054/11 7055/9
goes [6] 6951/2 7013/20 7031/17 7052/21 7054/12 7054/13
going [63] 6945/2 6947/12 6956/11 6959/21 6959/23 6962/20 6969/12 6976/5 6978/25 6980/16 6984/4 6984/7 6984/9 6985/24 6991/25 6998/20 6998/21 7002/8 7003/8 7005/17 7005/23 7005/24 7006/19 7012/6 7012/21 7012/24 7015/16 7015/17 7022/7 7028/7 7028/22 7028/23 7031/4 7032/2 7034/11 7035/2 7035/17 7037/1 7038/8 7038/21 7038/21 7040/23 7046/21 7053/22 7054/10 7054/12 7057/18 7060/19 7064/10 7065/20 7066/3 7066/13 7066/18 7067/4 7068/22 7074/3 7078/4 7081/24 7081/25 7082/17 7086/5 7087/14 7090/4
Golden [1] 6936/10
gone [6] 6942/25 6946/18 6947/4 6961/12 7038/11 7038/12
good [22] 6941/3 6941/11 6941/12 6941/23 6942/7 6942/22 6944/7 6944/9 6944/25 6945/1 6951/7 6973/24 6989/5 6989/8 7012/12 7013/12 7047/1 7056/16 7063/16 7076/25 7078/2 7090/9
goods [1] 6981/18
got [14] 6953/15 6954/18 6967/10 6967/11 6971/22 7003/3 7037/1 7047/8 7048/21 7050/19 7053/13 7054/19 7054/23 7078/25
governance [2] 7075/4 7075/4
governing [3] 6987/19 7067/23 7075/15
government [5] 7019/19 7056/8 7056/8 7064/7 7065/1
Grace [1] 6947/18
Grace's [1] 6948/3
graduate [1] 7059/9
Grand [1] 6938/14
great [3] 6944/5 6948/9 7041/4
greatly [1] 6953/12
grew [1] 7060/5
ground [2] 6945/2 7089/2
group [5] 6935/15 6963/14 6966/3 7023/16 7061/8
groups [1] 7050/13
growth [1] 6967/21
guess [3] 7003/17 7066/12 7074/24
guidance [4] 7013/2 7013/9 7077/9 7077/21
Guide [1] 6984/23
Guidry [1] 7041/21
GULF [4] 6934/5 7016/8 7035/14

**G**

GULF... [1] 7070/19
guy [1] 7062/8
guys [2] 6977/18 6980/4

**H**

had [66] 6957/3 6959/24 6966/9 6966/9
6968/10 6969/10 6969/19 6969/23
6970/6 6970/14 6973/8 6973/22
6974/20 6975/18 6977/25 6980/24
6987/7 6989/20 6991/18 6992/15
6992/15 6996/24 6997/14 6997/21
6998/11 6998/12 6998/12 7000/9
7000/13 7009/1 7009/15 7009/25
7010/9 7016/25 7017/8 7018/5 7018/20
7020/14 7020/24 7020/24 7021/23
7026/5 7026/6 7036/11 7037/15
7038/11 7038/15 7039/21 7041/14
7041/24 7047/20 7049/1 7052/21
7057/13 7059/14 7061/18 7062/8
7062/15 7064/20 7065/16 7081/23
7081/23 7083/3 7083/4 7084/11
7084/13
Hafle [2] 7085/8 7085/12
half [3] 6946/8 6950/14 7004/15
Halliburton [19] 6939/7 6939/11 6941/13
7039/14 7039/17 7039/19 7040/5
7040/16 7054/7 7055/9 7055/17
7056/17 7065/17 7068/19 7069/25
7070/18 7071/10 7072/15 7088/20
Halliburton's [2] 6941/18 6943/6
hand [2] 7014/25 7015/1
Handbook [1] 6947/19
handled [1] 7037/8
HANKEY [1] 6936/15
happen [8] 6949/13 6949/23 6951/11
6951/12 6958/25 7028/4 7028/10
7029/22
happened [15] 6950/12 6951/5 6952/11
6953/21 6955/3 6959/8 6959/12
6967/12 6975/19 6990/18 7018/6
7038/11 7044/12 7067/5 7081/1
happening [3] 6947/6 7070/10 7077/14
happens [5] 6946/25 6948/18 6966/16
6985/4 7002/2
hard [2] 6955/17 7055/12
HARIKLIA [2] 6937/22 6989/5
HARTLEY [1] 6939/8
has [49] 6945/14 6949/22 6950/7
6953/12 6956/25 6957/24 6959/17
6963/15 6964/8 6964/11 6964/17
6964/21 6966/25 6980/18 6983/14
6987/13 6988/18 7010/14 7011/16
7011/21 7011/23 7012/4 7012/7
7012/20 7013/1 7015/16 7015/23
7019/1 7024/14 7031/17 7034/9
7040/14 7046/24 7046/25 7047/3
7047/20 7047/22 7048/15 7052/19
7052/22 7053/14 7057/23 7061/25
7066/5 7070/7 7072/14 7073/20
7074/12 7078/23
hasn't [3] 6945/15 6990/16 6990/17
HAUSER [1] 6937/4
have [227]
haven't [5] 6942/2 6954/4 6977/12
7005/3 7037/21
having [11] 6944/21 6945/7 6955/8
6958/10 6971/20 6990/7 7017/19
7019/17 7055/21 7089/13 7089/17
Hay [5] 6980/1 6980/2 7041/18 7042/5
7042/9 7044/24 7045/10
HAYCRAFT [1] 6937/19

HB [1] 6939/16
HB-Houma [1] 6939/17
he [22] 6942/16 6943/15 6964/23
6973/19 7001/5 7008/11 7012/1 7016/9
7016/11 7021/11 7026/13 7026/20
7026/23 7041/21 7044/4 7054/15
7066/3 7069/3 7072/11 7073/16
7073/20 7073/21
he's [14] 6942/17 6943/15 6990/18
6996/9 7004/12 7012/24 7066/8
7066/10 7066/13 7066/18 7072/11
7073/17 7073/21 7073/21
head [5] 7003/12 7003/13 7015/23
7016/5 7037/7
headed [1] 7026/21
health [1] 7011/13
heard [15] 6977/11 7020/12 7031/11
7038/19 7040/18 7041/5 7042/13
7061/25 7078/24 7079/11 7080/9
7080/12 7082/19 7082/23 7088/18
hearing [3] 6941/20 6942/6 7046/12
hearsay [1] 7024/9
heavily [1] 6953/1
held [5] 6957/6 6964/17 7012/7 7023/12
7057/11
helical [4] 6946/5 6949/12 6949/17
6949/22
Hello [1] 7040/22
help [3] 6955/5 7041/10 7073/10
helping [1] 7009/7
helps [2] 6954/20 7047/17
her [2] 7023/3 7023/24
here [77] 6942/21 6943/22 6944/8
6945/21 6946/10 6946/12 6946/21
6947/1 6950/13 6951/20 6951/24
6952/3 6952/15 6952/22 6953/4
6953/15 6954/2 6954/20 6955/7
6956/25 6957/4 6958/5 6958/15 6959/8
6962/22 6963/22 6968/25 6979/4
6981/2 6981/11 6982/13 6982/22
6984/13 6985/25 6986/22 6987/20
6998/3 6998/11 7000/4 7000/22
7012/14 7014/24 7018/5 7018/24
7020/11 7021/13 7021/22 7021/24
7024/13 7024/22 7029/4 7029/6 7029/9
7030/2 7030/2 7033/19 7036/8 7036/17
7037/2 7037/9 7039/4 7041/18 7049/8
7050/23 7052/17 7053/2 7054/20
7054/23 7057/18 7061/14 7070/25
7077/12 7082/5 7083/25 7085/5
7085/22 7086/21
here's [3] 6983/9 7079/25 7080/1
hereby [1] 7090/22
Herman [3] 6934/22 6934/22 6934/23
high [7] 7028/21 7060/16 7060/16
7061/5 7076/5 7080/25 7082/7
high-pressure [2] 7028/21 7061/5
higher [6] 7047/23 7048/5 7080/7
7082/9 7084/1 7084/2
highest [1] 7080/25
highlight [3] 6971/8 7037/24 7086/21
highlighted [4] 6977/5 6987/3 6987/4
6987/8
highly [1] 6966/12
HILL [2] 6939/9 7056/16
him [10] 6943/18 6966/19 6966/19
6980/6 7004/21 7017/3 7017/4 7066/15
7066/19 7066/22
hired [5] 7023/15 7040/5 7060/6
7061/18 7064/17
his [31] 6942/16 6942/17 6943/17
6947/21 6958/23 6964/13 6964/18
6964/22 6964/24 6966/18 6966/18

6980/6 6990/17 6990/21 6990/21
6995/24 7004/11 7004/19 7004/23
7004/12 7045/7 7065/25 7066/6 7066/7
7066/10 7066/14 7066/14 7066/21
7069/6 7073/22
history [1] 7022/18
hold [8] 6946/7 6966/2 6976/12 7004/15
7026/11 7027/8 7057/2 7080/22
Holdings [5] 6938/5 6938/8 6938/12
6938/16 6938/19
hole [1] 6967/2
Holthaus [1] 6935/21
Honor [67] 6941/10 6941/11 6941/21
6941/23 6942/7 6942/14 6943/9 6944/7
6964/7 6964/9 6964/15 6964/22 6965/4
6966/17 6969/12 6986/23 6988/22
6988/24 6988/25 6990/15 6990/20
6997/5 6999/4 6999/15 7000/20
7012/11 7018/25 7021/14 7021/20
7024/6 7024/11 7032/2 7032/6 7032/12
7040/11 7040/15 7040/17 7043/20
7043/22 7044/15 7050/1 7051/21
7051/24 7054/2 7054/8 7055/4 7055/13
7055/20 7056/2 7056/15 7056/16
7065/17 7065/24 7066/2 7066/5 7066/9
7066/12 7066/20 7068/19 7069/1
7069/9 7072/10 7073/15 7073/20
7074/4 7090/7 7090/12
HONORABLE [1] 6934/15
hook [1] 6991/16
hope [2] 7016/19 7016/23
hopefully [1] 7056/13
HORIZON [28] 6934/4 6959/20 7017/8
7019/23 7022/6 7022/12 7023/7 7023/8
7024/2 7025/12 7027/3 7029/10 7030/3
7033/14 7035/13 7036/2 7039/22
7040/8 7048/11 7048/13 7050/20
7051/8 7052/19 7053/6 7053/14
7053/17 7053/23 7070/10
Horizon's [5] 7015/1 7018/20 7034/18
7036/1 7039/8
horrible [1] 6988/2
horse [1] 7018/24
hose [1] 7030/13
hoses [2] 6978/16 6978/20
Houma [1] 6935/16
hour [1] 6950/14
hours [2] 6993/3 6993/3
Houston [6] 6936/4 6938/10 6938/21
6939/5 6939/13 7063/25
how [29] 6943/25 6944/9 6972/23
6981/2 6985/24 6988/20 7008/6
7031/11 7031/25 7032/21 7033/4
7038/20 7046/16 7046/20 7046/22
7052/12 7057/11 7058/23 7059/11
7059/21 7060/11 7065/5 7065/5
7073/18 7075/6 7076/12 7077/9
7084/14 7089/19
however [7] 6946/6 6972/13 6987/18
7006/24 7009/6 7015/9 7026/2
Hughes [1] 6938/19
human [1] 7046/15
hundred [1] 6999/22
hundreds [1] 6975/9
hydraulic [14] 6961/6 6961/9 6961/12
6961/16 6962/23 6963/16 6966/13
6966/23 6967/1 6967/6 6968/15
6998/19 7028/21 7049/13
hydrocarbon [1] 7088/1
hydrocarbons [2] 7074/19 7087/21
HYMEL [1] 6938/16

**I**

I'd [13] 6972/3 6973/19 6974/1 6993/14

I'd... [9] 7057/24 7060/21 7061/14
7063/12 7069/12 7073/3 7074/20
7078/20 7079/12
I'll [15] 6954/18 6990/23 6990/23
6999/19 7005/5 7018/25 7021/19
7022/23 7024/21 7026/19 7036/3
7043/20 7054/2 7066/11 7073/24
I'm [76] 6944/2 6945/2 6945/9 6950/20
6951/4 6951/5 6951/25 6952/22
6955/22 6956/18 6959/12 6960/6
6963/8 6964/7 6965/8 6965/11 6969/12
6970/5 6971/2 6971/13 6971/24
6972/16 6974/9 6974/9 6974/4 6982/16
6983/22 6984/9 6984/10 6984/23
6985/11 6986/21 6986/23 6986/25
6988/18 6991/5 6991/24 6993/15
7003/8 7007/21 7010/17 7012/6 7013/7
7014/5 7014/7 7017/3 7017/10 7023/9
7026/8 7026/15 7027/13 7032/2 7033/6
7033/13 7033/20 7044/11 7047/8
7048/15 7048/15 7051/15 7051/17
7051/18 7052/2 7057/3 7057/9 7057/18
7057/23 7058/14 7060/19 7064/12
7064/13 7064/15 7065/12 7067/14
7068/22 7088/11
I've [27] 6942/25 6946/1 6949/1 6952/22
6953/15 6954/18 6965/23 6966/7
6976/1 6977/13 6982/7 6987/8 6988/4
7001/13 7004/12 7004/24 7005/14
7005/22 7006/7 7009/5 7009/18 7046/6
7054/19 7054/23 7058/15 7058/17
7067/13
I-beam [1] 6945/24
IADC [1] 7058/21
idea [1] 6955/4
identified [12] 6990/11 6991/8 7003/10
7020/3 7039/6 7063/20 7069/7 7086/24
7087/3 7087/4 7088/9 7088/14
identifies [1] 7063/6
identify [2] 7024/22 7043/24
identifying [1] 7089/24
Illinois [1] 6937/24
impact [2] 6959/17 7029/16
impacted [1] 7029/1
implied [1] 7071/24
important [2] 7082/17 7088/4
importantly [1] 7087/22
impracticability [1] 7071/25
Imprevento [1] 6935/8
improperly [1] 6977/24
inaccurate [2] 7026/4 7065/25
inadequate [1] 7053/5
inadvertently [1] 6974/21
Inappropriate [1] 7024/9
INC [16] 6934/11 6937/19 6937/22
6938/3 6938/6 6938/7 6938/9 6938/10
6938/13 6938/13 6938/17 6938/17
6938/20 6938/21 6939/7 6939/12
inch [8] 6967/3 6968/13 6978/16
6978/20 7020/25 7048/25 7080/4
7080/6
inches [2] 6955/15 7003/4
incident [14] 6969/9 6969/18 6973/9
6973/18 6992/11 7000/7 7026/10
7026/22 7030/3 7052/20 7064/7 7065/1
7065/2 7067/3
include [2] 7004/13 7035/11
included [2] 6977/21 7068/2
including [4] 6985/19 7016/7 7020/6
7026/21
inconclusive [1] 6963/24

inconsistent [1] 7079/1
incorrect [3] 7026/8 7065/8 7074/5
incorrectly [4] 6987/1 7000/9 7000/13
7001/25
increase [4] 6990/3 7079/18 7080/15
7089/16
increased [2] 6990/7 7079/22
increasing [1] 7079/16
independent [1] 7088/7
indicate [2] 6969/8 6971/20
indicated [4] 6960/23 6976/21 7056/9
7090/3
indicates [3] 6975/14 6977/17 7042/9
indicating [3] 6970/6 6979/25 6980/11
industry [25] 6945/15 6947/15 6948/14
6948/17 6949/23 6983/24 6985/23
6986/6 7019/10 7032/21 7035/12
7035/20 7047/18 7047/19 7047/19
7048/4 7049/7 7053/11 7059/15
7059/15 7061/18 7064/13 7070/6
7073/1 7074/9
industry-wide [1] 7070/6
infallible [1] 7072/3
inferences [1] 7072/2
inferred [1] 7071/24
inflow [1] 6991/16
information [5] 7048/21 7071/5 7071/15
7073/12 7074/25
initial [1] 7088/25
initially [2] 7002/10 7002/15
initiated [1] 7085/7
inside [9] 6955/15 6955/17 6956/6
6958/10 6958/25 6959/2 6959/18
6960/3 6960/20
insisting [1] 7017/14
inspected [1] 6981/21
inspecting [3] 6978/10 6981/17 6982/3
Inspiration [1] 7036/15
install [2] 7084/19 7088/3
installation [2] 6976/3 7077/13
installed [5] 6972/5 6977/23 6977/23
6977/25 6978/20
installing [5] 6972/10 6978/13 6981/18
6982/3 6982/4
instance [1] 6999/3
instead [1] 7088/19
instructs [1] 6985/18
intact [1] 6955/22
integrity [1] 7086/15
intend [1] 7066/7
intense [1] 6961/20
interest [1] 7060/19
interested [2] 7019/16 7019/19
intermediate [1] 6981/5
internal [5] 6948/25 6974/13 6974/17
6984/22 6995/8
International [3] 6938/22 6939/2
7058/21
interpretation [6] 7001/24 7006/22
7006/23 7011/21 7015/11 7015/12
interpreted [2] 7032/17 7076/10
interpreting [2] 7071/5 7071/15
interrupt [2] 6950/21 7012/6
intervention [1] 7028/14
introduce [2] 6942/3 7089/13
investigate [1] 7039/2
investigating [1] 7044/12
investigation [8] 6974/13 6974/17
7026/21 7041/15 7042/21 7043/3
7044/5 7053/3
investigators [1] 7044/4
investment [1] 7077/15
invitation [3] 7065/13 7065/15 7065/16

invited [1] 7065/2
involved [2] 6966/10 7009/11
involves [1] 6965/18
involving [1] 6971/5
Irpino [3] 6936/5 6936/6 6941/24
irrelevant [1] 7030/14
is [372]
isn't [3] 6979/18 6995/12 7047/20
isolate [1] 7084/1
isolated [5] 7017/25 7037/4 7082/9
7082/12 7083/5
isolating [2] 7082/7 7084/1
issue [15] 6972/14 6987/24 6995/20
6996/5 6996/22 7001/23 7001/25
7005/11 7017/18 7029/4 7029/21
7031/15 7031/21 7068/12 7069/12
issued [3] 7014/1 7016/15 7016/16
issues [9] 6990/11 6990/17 6990/22
6991/8 7016/5 7065/19 7066/7 7066/22
7074/3
it [278]
it's [111] 6941/6 6945/21 6945/24
6946/7 6946/13 6946/18 6948/3
6950/22 6951/10 6954/2 6955/9
6955/12 6955/13 6955/17 6956/8
6956/8 6956/23 6958/1 6958/2 6958/9
6958/18 6959/3 6959/21 6959/23
6960/3 6961/23 6962/8 6965/7 6966/12
6966/24 6967/9 6968/6 6969/3 6970/5
6970/15 6983/2 6983/20 6984/1 6984/7
6988/2 6988/4 6988/6 6989/12 6989/13
6993/5 6993/24 6994/12 6994/25
6995/1 6995/1 6998/20 7000/12
7001/13 7003/1 7003/4 7003/7 7003/9
7004/7 7004/14 7005/13 7005/16
7009/20 7011/19 7011/20 7012/23
7013/10 7014/4 7015/14 7019/10
7022/3 7024/4 7028/22 7028/23
7030/13 7030/13 7031/13 7033/17
7038/25 7040/22 7041/18 7043/21
7043/22 7045/11 7046/24 7047/4
7048/2 7048/11 7053/23 7054/16
7058/15 7062/20 7062/21 7066/10
7069/3 7069/4 7073/17 7074/14
7074/16 7075/15 7076/22 7077/11
7077/19 7080/11 7081/8 7082/12
7082/17 7085/17 7085/18 7088/4
7090/10 7090/11
its [29] 6955/13 6956/2 6957/17 6958/4
6958/12 6971/25 6972/10 6972/17
6985/19 6986/1 6987/14 6989/19
7001/16 7006/25 7019/25 7025/8
7029/16 7039/20 7040/5 7069/17
7071/5 7071/5 7071/14 7071/14 7076/4
7077/3 7077/9 7080/19 7080/22
itself [6] 6960/3 6966/14 6988/19
6999/13 7028/9 7047/22

J
JAMES [3] 6934/19 6937/12 6996/16
January [3] 6980/11 6985/17 7042/1
January 2012 [1] 6985/17
Jeff [1] 7065/16
Jefferson [2] 6934/20 6938/17
JEFFREY [1] 6935/9
JERRY [1] 6939/12
Jesse [2] 6941/15 6942/10
JESSICA [2] 6936/19 6936/20
JIMMY [1] 6936/3
job [19] 7009/5 7009/20 7012/23 7060/3
7060/5 7060/8 7061/7 7061/19 7062/7
7062/15 7062/20 7070/1 7070/1
7082/20 7083/8 7083/15 7087/5

## J

job... [2] 7089/17 7090/5
Jodi [5] 6939/15 6939/17 7090/21 7090/24 7090/25
JOHN [5] 6935/22 6938/20 7054/12 7054/24 7055/1
joined [1] 7058/25
joint [1] 6957/22
JONES [1] 6939/3
JR [3] 6935/12 6939/8 6939/8
JUDGE [9] 6934/15 6941/13 7054/11 7054/13 7054/19 7054/25 7055/6 7055/10 7060/25
Judge Barbier [2] 7055/10 7060/25
judge's [1] 6954/19
judgment [2] 7071/5 7071/14
jump [2] 7060/21 7078/19
jumping [1] 7082/16
June [2] 7033/24 7060/21
June 1996 [1] 7060/21
just [99] 6942/15 6942/22 6945/3 6947/9 6948/2 6950/1 6950/4 6951/5 6951/14 6952/1 6952/14 6953/15 6953/25 6954/19 6955/5 6957/8 6957/17 6957/21 6958/22 6958/22 6959/12 6960/14 6966/12 6967/4 6968/24 6970/6 6970/10 6970/15 6972/15 6972/16 6976/4 6983/5 6984/3 6984/10 6984/22 6987/4 6993/2 6994/12 6994/14 6998/25 7000/2 7000/6 7000/19 7001/11 7002/8 7002/10 7002/24 7003/8 7003/9 7003/10 7005/22 7007/24 7007/24 7007/25 7010/18 7012/14 7018/4 7019/12 7021/13 7021/14 7022/9 7024/3 7027/9 7031/6 7032/16 7033/23 7034/20 7037/5 7037/21 7038/19 7038/20 7040/17 7040/25 7045/24 7046/4 7046/8 7046/13 7046/15 7047/9 7047/19 7056/3 7057/12 7057/24 7063/3 7065/2 7067/11 7067/14 7069/22 7073/16 7074/6 7074/20 7078/5 7078/8 7078/14 7083/4 7085/17 7086/23 7088/9 7090/7
Justice [4] 6936/8 6936/12 6936/18 6937/2
justification [2] 7086/8 7086/10
justifications [1] 7086/5

## K

Kanner [2] 6937/15 6937/15
KARIS [5] 6937/22 6989/5 7018/23 7032/1 7032/11
Katz [1] 6934/22
keep [2] 6960/12 7004/16
KELLEY [1] 6937/4
Kent [1] 6996/16
KERRY [1] 6938/6
key [1] 7076/22
kick [3] 6990/12 6991/10 6998/17
Kinchen [2] 6938/19 6938/20
kind [8] 6979/3 7012/25 7014/4 7015/24 7016/24 7017/2 7028/25 7082/16
kinked [2] 6958/4 6958/6
kips [1] 7003/4
Kirkland [1] 6937/21
kiss [1] 6959/22
knew [4] 7014/10 7026/11 7027/10 7027/21
know [69] 6943/22 6952/14 6954/25 6959/20 6960/23 6961/5 6961/12 6961/13 6962/22 6966/7 6973/19

6980/6 6980/21 6980/21 6980/24 6980/24 6981/1 6982/25 6992/21 6999/22 7005/3 7008/24 7016/24 7017/1 7017/3 7017/4 7017/5 7017/9 7022/21 7026/12 7026/17 7034/10 7034/16 7036/15 7036/20 7036/22 7036/23 7036/24 7037/21 7038/14 7038/24 7039/17 7040/18 7041/5 7046/20 7047/3 7048/8 7052/20 7052/24 7053/3 7065/9 7065/11 7067/3 7067/5 7069/3 7069/21 7073/3 7073/11 7073/12 7075/2 7077/11 7077/24 7078/10 7078/14 7079/24 7080/3 7082/16 7085/2 7090/3
knowing [1] 7070/1
knowledge [5] 6941/16 7025/7 7027/11 7051/1 7072/1
known [2] 6945/15 6949/12 6949/22 6972/14 7058/15 7062/21 7065/11
KRAUS [1] 6937/16
Kronenberger [3] 7054/15 7055/3 7055/8
Kullman [1] 6935/5
Kurt [3] 7054/15 7055/3 7055/7

## L

label [1] 6954/15
laboratory [1] 6965/5
lack [4] 7081/11 7081/15 7081/17 7081/18
laed.uscourts.gov [1] 6939/17
Lafayette [2] 6934/21 6938/18
Lafleur [1] 6938/16
laid [1] 6984/13
Lamar [1] 6939/12
land [2] 7061/2 7061/3
land-based [2] 7061/2 7061/3
LANGAN [1] 6937/22
language [7] 6986/21 6987/3 6987/4 7011/17 7071/8 7073/5 7073/6
large [1] 7061/1
largely [1] 7000/15
larger [1] 6967/3
Lasalle [1] 6937/23
last [16] 6943/16 6967/9 6972/19 6972/24 6982/7 6990/10 6991/24 7014/1 7017/20 7039/5 7049/25 7055/16 7063/14 7063/18 7064/17 7077/19
late [3] 6942/20 6992/15 7039/15
later [10] 6943/17 6967/18 6992/11 6993/3 6995/1 6995/2 7016/21 7053/25 7056/11 7082/17
latest [1] 6944/18
Law [3] 6935/15 6935/18 6936/5
LAWRENCE [1] 6936/21
lawyers [1] 7009/20
LBOP [1] 6978/17
lead [1] 7023/17
leader [4] 7062/1 7062/6 7062/6 7073/21
leaks [2] 7049/12 7049/13
leaping [1] 6950/2
leaping-off [1] 6950/2
learned [2] 7077/8 7088/23
leased [1] 7063/24
LEASING [1] 6934/8
least [13] 7009/25 7014/12 7016/20 7016/23 7018/18 7018/20 7019/23 7028/9 7046/25 7053/12 7068/13 7068/24 7089/6
leaving [1] 6959/14

led [1] 7079/9
left [4] 7014/1 7054/25 7063/13 6954/14
6959/14 6967/20 7014/25 7053/11
7053/13 7053/17 7053/24 7059/23
left-hand [1] 7014/25
legacy [1] 6986/18
legal [6] 7006/22 7009/6 7010/17 7072/11 7073/18 7074/3
Leger [2] 6935/12 6935/12
LEGO [2] 6950/23 7014/6
length [3] 6976/9 7005/24 7017/15
Leonhard [2] 6948/10 6948/12
less [1] 6959/21 6966/9 7004/15 7021/1 7046/18 7047/22 7078/17
let [24] 6944/7 6946/19 6949/8 6951/19 6960/14 6966/15 6966/19 6967/14 6969/17 6971/12 6974/9 6983/22 6986/8 6989/25 7016/14 7017/24 7036/20 7037/21 7045/24 7064/8 7069/25 7072/14 7080/21 7087/6
let's [59] 6945/3 6947/25 6949/16 6950/1 6951/18 6951/19 6952/17 6953/25 6958/22 6963/3 6965/11 6968/22 6970/1 6970/10 6970/21 6971/8 6972/18 6973/5 6975/7 6976/25 6977/5 6979/16 6980/9 6981/14 6981/24 6982/16 6983/5 6983/7 6984/17 6985/10 6985/15 6993/17 6997/25 7005/17 7018/18 7023/5 7024/19 7030/13 7032/4 7033/16 7035/3 7037/18 7042/18 7043/18 7048/17 7049/25 7053/18 7058/8 7059/17 7070/23 7075/19 7078/19 7078/19 7078/23 7081/17 7085/5 7085/21 7088/17 7090/11
lets [1] 7087/22
letter [2] 7013/7 7078/8
level [9] 7058/2 7059/7 7059/8 7059/8 7060/9 7061/20 7062/20 7069/16 7076/23
Lewis [4] 6935/5 6937/18 6939/7 6939/11
LI [1] 6938/13
licenses [1] 7016/6
life [1] 6996/13
ligament [1] 6953/8
light [1] 7001/25
lights [1] 7054/22
like [40] 6945/17 6946/13 6948/9 6949/6 6951/10 6957/17 6961/2 6961/16 6965/21 6967/21 6991/2 6998/20 7006/17 7007/5 7007/24 7007/25 7018/4 7019/9 7030/12 7036/15 7046/11 7047/17 7056/4 7056/12 7057/24 7060/21 7061/14 7061/25 7069/12 7069/16 7073/3 7074/21 7078/5 7078/20 7079/4 7079/12 7080/4 7081/21 7084/18 7088/11
likely [7] 6961/23 6994/17 6994/20 6995/8 7034/9 7034/12 7090/5
likewise [1] 6942/9 6962/20 6974/13
limitations [1] 7028/1
limited [1] 6990/18
limits [1] 6947/1
line [20] 6978/17 6999/12 6999/23 7000/3 7008/18 7009/12 7024/22 7024/22 7024/24 7036/23 7036/25 7038/12 7045/8 7050/12 7053/10 7053/11 7085/14 7086/14 7086/23
liner [20] 7082/4 7082/6 7083/4 7083/10 7083/22 7083/23 7083/24 7083/25 7084/20 7084/21 7085/19 7086/6

Case 2:10-md-02179-CJB-DPC Document 29252-56 Filed 03/05/21 Page 56 of 71

**L**

liner... [8] 7086/18 7086/25 7087/12
7087/15 7087/16 7087/20 7088/3
7088/5
lines [4] 6961/24 6993/19 7024/5 7039/3
lingo [1] 7062/6
Liskow [1] 6937/18
list [12] 6941/25 6943/15 6943/15
6943/17 6963/9 7052/12 7063/9
7063/13 7063/14 7067/14 7069/5
7077/18
listed [1] 7077/12
listen [3] 7046/5 7046/16 7047/2
listing [1] 6982/23
literally [1] 6953/13
Litigation [1] 6937/3
little [17] 6943/4 6944/16 6951/18
6953/15 6955/6 6957/23 6959/14
6967/6 7002/9 7045/25 7047/8 7050/7
7058/10 7059/17 7064/20 7074/20
7089/2
live [4] 7024/7 7055/13 7056/23 7056/24
living [1] 7064/16
LLC [12] 6934/19 6934/22 6935/2
6935/15 6937/15 6938/5 6938/6 6938/9
6938/12 6938/16 6938/20 6938/22
LLP [7] 6935/21 6937/21 6938/2 6938/8
6938/12 6938/19 6939/2
load [6] 6946/7 6946/8 6953/9 6953/10
6991/16 7047/23
located [1] 6985/20
location [1] 7020/4
locks [1] 6978/20
log [1] 7067/19
Logan [1] 6949/17
logging [5] 7066/1 7066/4 7066/6
7068/14 7069/7
logic [1] 6987/14
logical [3] 6947/9 7003/1 7003/11
long [35] 6943/25 6946/14 6948/8
6949/3 6949/22 6955/12 6956/3 6958/1
6967/9 6972/23 6990/6 6999/23
7046/16 7046/20 7046/22 7052/4
7057/11 7058/14 7058/23 7059/11
7059/21 7084/7 7084/18 7084/21
7085/18 7086/6 7086/9 7086/12
7086/14 7087/14 7087/17 7087/23
7088/1 7088/4 7088/4
long-standing [1] 7058/14
longer [1] 7079/18
look [58] 6946/13 6953/25 6959/19
6964/13 6964/24 6968/9 6968/15
6972/3 6972/18 6975/7 6981/24
6982/16 6983/5 6984/19 6984/24
6985/10 6985/15 6993/17 7006/16
7007/11 7012/2 7013/6 7013/7 7014/21
7015/8 7020/18 7022/3 7023/5 7023/24
7027/15 7027/19 7029/5 7029/6
7032/24 7033/3 7033/10 7033/20
7034/12 7034/15 7035/3 7037/4 7037/5
7037/14 7052/14 7041/14 7041/24
7051/11 7052/15 7053/16 7056/10
7063/12 7070/18 7075/3 7075/19
7079/24 7080/2 7086/4 7086/4
looked [24] 6954/4 6971/2 6980/23
6987/3 6987/24 6988/8 6995/20
7010/19 7033/7 7035/6 7037/21 7038/5
7038/8 7051/5 7067/17 7067/19
7067/22 7067/23 7074/25 7076/21
7078/10 7078/10 7078/11 7088/9
looking [28] 6942/16 6951/25 6952/22
6958/15 6959/25 6968/24 6969/5
6971/11 6974/17 6975/19 6982/13
6998/10 6998/11 6998/25 7002/11
7009/7 7012/18 7021/24 7027/22
7029/4 7032/17 7040/10 7044/1
7044/20 7051/15 7051/17 7065/10
7085/10
looks [4] 6974/15 6982/21 7036/15
7046/11
Los [1] 6938/14
loses [1] 6953/11
losing [2] 6988/18 7083/2
loss [1] 7081/11
lost [9] 6960/24 6961/5 6961/6 6962/23
6982/7 7082/15 7084/4 7087/4 7087/13
lot [12] 6955/1 6995/17 6996/13 7005/6
7031/18 7041/5 7047/9 7066/7 7072/15
7074/18 7074/18 7089/3
lots [5] 6966/7 7011/20 7037/1 7078/24
7088/18
loud [1] 6987/5
LOUISIANA [23] 6934/2 6934/6 6934/21
6934/24 6935/7 6935/13 6935/16
6935/19 6935/23 6936/7 6937/11
6937/12 6937/13 6937/15 6937/17
6937/20 6938/7 6938/18 6938/24
6939/16 7008/9 7011/25 7090/22
low [14] 6992/2 7076/23 7082/5 7087/8
lower [21] 6953/5 6954/1 6968/10
6977/15 6978/13 6978/17 6980/14
6981/20 6983/6 6983/9 6983/14
6983/18 7080/8 7080/18 7081/2 7081/5
7082/13 7082/14 7083/10 7083/13
7087/17
lowering [1] 7083/9
LSU [2] 7058/4 7058/17
Lubinski [1] 6949/17
LUIS [1] 6938/13
lunch [3] 6942/15 6944/17 7078/22
LUNCHEON [1] 7090/15
lunchtime [1] 6942/15
LUTHER [1] 6937/8

**M**

Macondo [18] 6949/10 6977/10 7005/2
7019/24 7020/1 7022/13 7025/1 7025/8
7036/2 7041/11 7053/4 7064/7 7065/1
7074/22 7078/7 7079/21 7080/22
7081/2
made [12] 6957/20 6987/25 7040/3
7047/13 7052/4 7074/22 7078/13
7078/15 7078/21 7084/13 7085/3
7089/10
Magazine [1] 6936/6
Mahtook [1] 6938/16
mail [3] 7027/20 7067/22 7085/1
mails [4] 6971/7 6984/22 7075/2 7090/1
main [4] 6935/22 7068/17 7080/7
7084/17
maintained [1] 7076/5
maintains [1] 7070/7
maintenance [18] 6975/10 6975/11
6976/15 6977/8 6978/25 6979/4 6979/8
6979/9 6979/10 6981/11 6983/21
6983/25 6984/10 6984/12 6985/5
7010/15 7026/20 7027/2
major [1] 6985/24
majority [1] 7033/9
make [17] 6943/13 6968/24 6976/4
6981/6 6981/7 6985/3 6987/13 6998/23
7005/23 7007/14 7007/15 7034/22
7034/24 7039/12 7040/23 7051/19
7074/18
makes [2] 6943/2 7088/11

making [4] 6976/9 7071/6 7071/15
7075/4
MALINDA [1] 6936/21
man [4] 7007/9 7062/1 7062/9 7069/15
manage [1] 7057/9
managed [1] 7076/23
management [13] 7008/2 7012/1 7016/5
7017/5 7019/15 7035/25 7060/8 7060/9
7085/2 7085/11 7085/12 7089/19
7089/21
manager [7] 7057/3 7057/5 7057/10
7060/4 7060/6 7060/7 7061/8
manages [1] 7073/21
managing [2] 7076/14 7082/9
mandated [1] 6975/10
manner [3] 7071/17 7076/4 7083/4
manuals [1] 6988/15
manufacturer [1] 6975/23
manufacturers [1] 7052/24
many [15] 6945/15 6976/12 6983/12
7001/13 7006/13 7017/16 7023/4
7034/21 7034/24 7046/3 7046/6
7060/11 7072/1 7078/17 7089/19
margin [14] 7078/23 7078/25 7079/10
7079/11 7079/13 7079/20 7081/8
7081/11 7081/13 7081/15 7081/18
7081/19 7083/11 7084/13
margins [1] 7084/25
Marianas [11] 7022/4 7022/10 7023/6
7025/3 7025/24 7026/2 7026/5 7033/14
7050/19 7053/3 7053/7
Marianas's [1] 7025/8
marine [4] 6980/14 6983/9 6983/14
6983/18
Mark [7] 7041/18 7044/24 7045/10
7085/7
marked [2] 6954/1 6954/2
MASP [2] 7021/1 7027/8
massive [1] 6959/14
master [1] 7073/4
material [3] 6947/5 7048/7 7071/16
materials [3] 7002/18 7035/11 7035/19
mathematician [1] 6948/9
Matt [1] 7056/2
matter [3] 7030/9 7030/16 7090/23
matters [2] 6941/8 6989/15
MATTHEW [1] 6937/23
may [17] 6942/14 6944/13 6944/14
6959/22 6964/15 6966/22 6967/14
6988/25 6990/20 7016/17 7056/5
7063/13 7068/23 7071/4 7071/13
7073/7 7073/12
maybe [3] 6942/19 7026/8 7051/25
MAZE [1] 6937/8
McCLELLAN [1] 6936/19
McKinney [1] 6939/5
MD [1] 6934/4
MDL [1] 7068/1
me [45] 6941/6 6944/7 6946/19 6949/8
6951/19 6960/14 6966/15 6967/4
6969/19 6971/12 6983/23 6986/8
6989/14 6989/25 6990/10 6991/2
7005/10 7006/2 7009/1 7014/12 7015/3
7016/14 7017/24 7018/21 7019/15
7021/15 7027/9 7027/13 7028/13
7029/15 7035/23 7036/20 7037/21
7040/18 7043/17 7044/11 7045/5
7045/24 7064/8 7064/20 7065/13
7069/25 7072/14 7080/21 7087/6
mean [6] 6950/20 7019/11 7049/9
7072/9 7078/12 7083/1
meaning [4] 6946/22 7030/2 7070/12
7083/11

# M

means [10]  6954/23 6987/13 7008/11
7011/10 7011/17 7048/22 7052/12
7053/10 7070/11 7072/7
measured [1]  6973/25
measurement [1]  7067/20
measurements [2]  7067/20 7072/2
mechanical [6]  6939/20 6946/3 6988/5
7006/17 7013/13 7048/12
mechanically [2]  6962/2 6962/3
mechanics [1]  6946/9
mechanism [1]  6995/9
med [1]  7084/4
meet [2]  7009/10 7034/25
meeting [1]  6944/18
member [6]  7022/24 7023/20 7058/14
7058/19 7058/20 7058/23
members [1]  7041/22
memo [1]  6986/10
men [1]  7062/4
mention [1]  7088/15
mentioned [7]  6944/11 6947/13 6947/17
6948/6 6949/5 6968/19 7075/1
merely [2]  6972/10 7015/8
met [2]  6962/21 7009/6
metal [3]  6948/8 6953/19 6962/4
method [3]  6965/21 7017/25 7038/16
methodology [1]  7012/20
methods [1]  7018/1
MEXICO [6]  6934/5 7016/8 7035/14
7062/21 7062/21 7070/19
mic [1]  6954/20
MICHAEL [2]  6936/9 6938/12
MICHELLE [1]  6936/20
Michoud [3]  6973/10 6973/13 6973/16
might [1]  7016/11
MIKE [2]  6938/3 6942/7
MILLER [1]  6938/6
million [3]  7086/18 7086/24 7087/11
mind [2]  7025/17 7046/1
Mineral [1]  7035/25
Minerals [5]  7008/1 7012/1 7016/5
7017/5 7019/15
minimum [1]  7048/6
minimums [1]  7019/9
Mining [1]  7062/22
minute [9]  6946/19 6946/20 6947/13
6948/6 6957/20 6958/22 6984/3
6986/23 7032/5
minutes [8]  6947/12 6952/7 6960/18
7032/3 7054/13 7054/16 7054/17
7090/12
misplaced [1]  6952/23
missed [2]  7052/1 7052/2
mistake [1]  7048/9
mistaken [1]  6996/9
Mistakes [1]  7040/3
miswired [5]  6998/1 6998/13 6998/15
6998/24 7000/23
miswiring [1]  6999/7
mitigate [3]  6981/3 7017/13 7017/16
mitigation [2]  7086/20 7087/2
MMS [29]  7008/2 7008/6 7008/8
7008/21 7009/17 7010/2 7010/7
7010/10 7010/19 7012/3 7013/1
7013/21 7014/2 7014/7 7014/10
7014/10 7014/15 7014/21 7014/25
7015/7 7015/20 7015/23 7016/15
7019/5 7019/6 7019/25 7020/7 7022/19
7022/25
MMS' [4]  7007/2 7009/3 7010/15
7012/15

Mobile [1]  6935/4
MOCO [3]  7085/17 7088/25 7088/11
7088/13
mode [3]  6953/20 6967/5 7053/14
model [2]  6954/18 6955/5
modeled [1]  7038/14
modeling [1]  6949/11
models [1]  6957/21
modern [1]  7062/6
Modes [1]  6980/13
modulation [6]  6965/16 6966/10
6967/24 6968/2 6968/5 6999/10
modules [1]  6965/15
moment [1]  6970/11
Monday [3]  6942/24 6943/8 6943/23
Montgomery [1]  6937/10
months [1]  7057/14
moon [1]  6961/17
more [26]  6944/11 6946/6 6946/13
6946/20 6950/22 6951/18 6953/4
6959/3 6965/14 6967/11 6971/24
6974/18 6987/13 6995/8 7003/1
7019/20 7027/8 7031/25 7052/22
7063/3 7063/14 7074/18 7074/18
7083/14 7087/21 7089/4
morning [20]  6934/14 6941/3 6941/11
6941/12 6941/23 6942/7 6942/24
6943/8 6943/17 6944/17 6944/9 6944/25
6945/1 6989/5 6989/8 6993/4 7003/25
7055/19 7056/16 7090/17
Morten [1]  6943/14
most [6]  6980/18 6983/25 6996/24
6997/13 7074/16 7081/20
motion [2]  7056/4 7065/22
motors [2]  6965/23 6965/24
move [14]  6964/7 7018/25 7019/2
7044/16 7044/17 7048/3 7049/6
7051/13 7053/23 7068/20 7069/8
7073/15 7073/25 7081/12
moves [6]  6979/4 6979/9 7019/19
Mr [1]  7026/17
Mr. [63]  6941/19 6942/1 6942/16 6944/6
6944/9 6948/3 6950/8 6950/9 6950/12
6951/8 6951/22 6964/18 6971/4 6973/3
6973/7 6973/15 6974/5 6975/17 6980/1
6980/2 6984/23 6984/23 6984/23
6985/14 6995/21 6995/21 6996/7
7000/2 7001/2 7001/5 7001/20 7004/19
7004/20 7008/8 7011/25 7020/17
7021/10 7021/17 7022/6 7026/12
7026/14 7026/15 7026/16 7026/19
7026/23 7027/1 7027/17 7027/20
7027/21 7031/8 7034/8 7042/5 7042/9
7047/7 7049/15 7049/22 7050/10
7054/15 7055/3 7056/3 7066/18
7066/22 7085/12
Mr. Abbassian [3]  7020/17 7022/6
7026/16
Mr. Ambrose [5]  7026/12 7026/14
7026/15 7026/19 7027/1
Mr. Ambrose's [1]  7026/23
Mr. Beck's [1]  7056/3
Mr. Brian [2]  7066/18 7066/22
Mr. Byrd [1]  7027/21
Mr. Childs [3]  6950/8 6996/7 7001/5
Mr. Childs' [3]  7001/2 7001/20 7004/20
Mr. Cocales [1]  6984/23
Mr. Coronado [1]  6995/21
Mr. Doyen [3]  6944/6 7000/2 7004/19
Mr. Ducet [1]  6984/23
Mr. Gagliano [2]  6941/19 6942/1
Mr. Godwin [1]  6942/16
Mr. Grace's [1]  6948/3

Mr. Guide [1]  6984/23
Mr. Hay [4]  6980/1 6980/2 7042/5
7042/9
Mr. Kurt [2]  7054/15 7055/3
Mr. Shanks [3]  6950/12 7049/15
7049/22
Mr. Shanks' [4]  6950/9 6951/8 6951/22
7050/10
Mr. Stevick [4]  6944/9 6964/18 6975/17
7034/8
Mr. Trocquet [2]  7008/8 7011/25
Mr. Von Sternberg [1]  7021/17
Mr. Williams [1]  7031/8
Mr. Williamson [6]  6971/4 6985/14
7021/10 7027/17 7027/20 7047/7
Mr. Zatarain [2]  6973/3 6995/21
Mr. Zatarain's [3]  6973/7 6973/15
6974/5
MS [1]  7058/3
Ms. [7]  7018/23 7023/5 7023/11
7024/13 7026/4 7032/1 7032/11
7024/13 7026/4 7032/1 7032/11
Ms. Douglas [2]  7024/13 7026/4
Ms. Douglas's [2]  7023/5 7023/11
Ms. Karis [3]  7018/23 7032/1 7032/11
MSAs [1]  7073/4
much [17]  6953/13 6961/9 6966/9
7004/16 7004/25 7005/3 7028/22
7028/23 7029/2 7029/24 7030/9
7031/25 7074/17 7079/11 7082/14
7083/3 7083/14
mud [23]  7037/7 7038/21 7066/1 7066/3
7066/6 7068/13 7069/7 7079/16
7079/19 7079/22 7080/21 7081/1
7081/3 7081/4 7082/9 7082/11 7082/13
7082/14 7083/9 7083/10 7083/12
7083/13 7084/3
mud-gas [2]  7037/7 7038/21
multiple [4]  6995/19 7007/15 7018/14
7034/24
Munger [1]  6938/12
must [2]  6973/18 7013/15
MUX [1]  6961/17
my [42]  6941/16 6950/11 6952/14
6952/22 6961/8 6965/7 6966/4 6968/19
6982/8 6985/23 6988/18 6995/3 6997/3
6997/19 7006/19 7010/4 7015/11
7031/10 7034/11 7051/6 7055/25
7058/19 7059/24 7060/5 7060/8 7061/7
7063/15 7064/8 7065/8 7068/2 7070/3
7070/7 7075/3 7078/12 7078/16 7079/3
7081/21 7083/1 7087/16 7088/25
7089/8 7090/22
myself [2]  6965/24 7064/12

# N

Nabors [6]  7060/23 7060/25 7061/1
7061/3 7061/6 7061/7
name [6]  6943/17 7055/23 7055/25
7056/22
narrowing [1]  7079/10
NATHANIEL [1]  6936/16
natural [2]  6936/13 7060/17
nature [2]  7063/23 7068/6
near [2]  6945/9 6945/9
necessarily [1]  6981/5
necessary [2]  6976/22 7039/11
necessity [1]  7072/3
need [20]  6944/14 6944/16 6956/14
6989/6 6995/12 7002/25 7004/16
7018/3 7018/3 7018/9 7019/2 7036/23
7045/3 7050/25 7066/17 7073/12
7079/15 7081/1 7082/11 7084/3

# N

needed [1] 6957/15
needs [2] 6990/7 7056/13
never [21] 6959/21 6966/14 6975/23
6976/3 6976/6 6976/11 7005/19 7006/3
7006/11 7007/18 7008/7 7009/1
7009/25 7010/5 7010/9 7010/13 7012/4
7014/8 7015/23 7023/3 7025/17
new [23] 6934/6 6934/24 6957/2
6935/13 6936/7 6937/17 6937/20
6938/7 6938/24 6939/16 6970/7 6971/8
6974/22 6978/13 6978/20 6981/18
6982/3 6982/4 7017/6 7034/2 7037/23
7062/21 7062/21
New Mexico [1] 7062/21
next [20] 6943/1 6943/17 6943/18
6943/23 6943/23 6944/2 6944/4
6945/10 6951/6 6959/16 6961/21
6978/17 6985/25 6987/8 7054/7
7057/21 7058/8 7061/12 7071/21
7086/14
night [2] 6943/16 6951/5
nine [2] 7059/25 7060/1
Ninth [1] 6935/19
no [76] 6941/16 6942/10 6951/13
6955/7 6958/15 6959/17 6964/9 6967/4
6969/10 6969/19 6970/5 6972/13
6973/1 6973/14 6974/7 6975/3 6975/24
6976/1 6976/4 6976/12 6976/16 6977/4
6979/6 6984/7 6989/21 6991/12
6991/16 6992/16 6993/12 6996/5
6996/21 6997/3 6997/8 6997/8 6997/12
6999/20 7004/5 7004/12 7008/23
7009/18 7012/2 7015/23 7016/20
7017/24 7018/12 7022/22 7023/2
7023/20 7026/15 7026/15 7026/18
7027/13 7029/13 7030/5 7030/9
7030/23 7034/15 7038/13 7040/14
7042/7 7042/12 7044/11 7049/20
7051/2 7051/3 7051/12 7051/17
7051/17 7051/17 7052/3 7052/6 7052/9
7070/3 7071/23 7079/18 7087/25
No. [2] 6953/23 7051/16
No. 2 [1] 7051/16
No. 39 [1] 6953/23
non [1] 7079/13
non-drilling [1] 7079/13
none [7] 6941/20 6942/6 6960/23
6962/22 6990/11 6991/8 7017/17
NONJURY [1] 6934/14
noon [2] 6944/18 6944/19
Norfolk [1] 6938/20
normal [7] 6971/16 6971/21 6972/2
6972/11 6972/20 6972/24 7080/14
normally [1] 7080/4
North [3] 6937/12 7057/7 7057/10
North Dakota [2] 7057/7 7057/10
not [141] 6942/22 6943/15 6944/13
6945/2 6949/3 6951/12 6951/14
6951/16 6953/8 6953/9 6953/12
6954/24 6956/5 6956/8 6957/3 6959/8
6959/23 6962/18 6965/8 6966/18
6966/18 6967/8 6969/7 6968/6 6968/18
6971/9 6971/24 6972/1 6972/5 6973/1
6973/12 6973/19 6974/6 6975/24
6976/8 6976/12 6976/16 6981/2 6981/5
6983/3 6984/1 6987/18 6987/19 6988/4
6990/16 6990/19 6991/25 6993/2
6993/3 6994/15 6996/2 6996/3 6996/6
6997/13 6998/21 6999/9 6999/13
7000/22 7001/13 7001/23 7002/8
7002/20 7002/23 7002/25 7003/7

# O

O'Keefe [1] 6934/23
O'ROURKE [1] 6936/14
object [5] 6966/17 6985/7 6990/15
7065/24 7072/10
objecting [1] 6964/7
objection [8] 6941/18 6942/5 6942/13
7024/6 7024/8 7066/2 7072/12 7072/23
objections [4] 6941/16 6942/3 6942/10
6942/12
objectives [1] 7019/18
obtain [1] 7058/6
obtained [1] 7019/24
obtaining [1] 7072/1
obvious [2] 6991/13 6991/14
obviously [4] 6955/6 7008/24 7053/6

7004/7 7005/13 7005/22 7006/13
7006/20 7006/21 7007/5 7009/11
7010/4 7010/17 7012/21 7012/24
7013/7 7015/24 7016/6 7016/17 7017/3
7018/16 7019/11 7019/20 7019/21
7020/11 7022/12 7025/11 7026/15
7028/14 7030/2 7030/3 7030/5 7030/6
7030/9 7031/7 7031/10 7031/11
7031/13 7037/1 7038/6 7039/3 7040/4
7040/8 7042/10 7042/14 7042/22
7044/11 7046/18 7047/5 7047/8 7048/9
7052/2 7064/10 7064/15 7064/15
7066/13 7066/14 7066/18 7072/3
7072/11 7073/11 7073/17 7078/14
7078/14 7079/17 7079/22 7080/4
7081/15 7082/23 7083/7 7087/25
7088/7 7088/10 7089/2 7089/11
7089/12 7089/16 7089/21 7089/24
notes [1] 6965/5
nothing [1] 7040/11
notice [3] 7029/5 7029/21 7031/15
notwithstanding [2] 7064/24 7071/21
NOV [1] 7052/25
November [7] 6969/20 6996/19 6996/25
6997/14 7027/21 7043/8 7043/12
November 2007 [2] 6969/20 7043/12
November 4th of [1] 6996/25
now [84] 6942/3 6942/17 6942/17
6943/10 6943/22 6945/13 6946/10
6946/17 6946/19 6948/17 6950/9
6951/5 6952/14 6956/15 6957/20
6960/23 6962/1 6966/7 6968/18 6969/5
6973/2 6974/5 6976/17 6979/7 6981/10
6981/16 6982/12 6983/21 6986/8
6990/9 6991/22 6992/18 6994/16
6995/15 6998/25 7001/2 7001/15
7002/6 7003/18 7004/6 7008/24
7010/19 7013/1 7013/24 7014/19
7016/13 7016/15 7016/20 7019/5
7019/16 7020/12 7020/18 7023/24
7025/16 7027/9 7027/17 7028/3
7034/23 7039/5 7039/14 7039/24
7041/24 7042/13 7042/20 7043/16
7050/4 7050/8 7051/1 7051/7 7052/9
7053/9 7055/12 7058/18 7061/25
7070/17 7081/22 7082/12 7082/16
7083/10 7083/19 7084/2 7089/5
7089/12 7089/23
number [9] 6970/18 6982/8 7020/4
7020/5 7020/6 7049/18 7051/18
7051/23 7089/3
numbered [1] 7090/23
numbers [6] 7003/2 7003/11 7003/13
7003/14 7024/22 7049/6
numerous [1] 7075/1
NW [1] 6938/3

7065/10
7065/15
occur [4] 6955/15 7012/20 7028/14
7030/11
occurred [7] 6951/15 6952/4 6964/4
6964/10 6972/6 6994/17 6994/20
occurs [5] 6952/3 6953/10 6960/15
6995/11 7028/6
ocean [2] 6953/11 6984/1
October [3] 7024/15 7025/7 7026/6
October 15th [1] 7026/6
October 15th of [1] 7024/15
odd [1] 7080/3
off [33] 6945/3 6945/8 6946/22 6950/2
6950/16 6953/13 6957/14 6957/15
6957/16 6958/19 6958/24 6959/15
6960/10 6962/9 6962/14 6965/18
6968/2 6977/14 6991/13 6992/23
6992/24 6992/25 6995/12 7003/4
7004/3 7004/8 7004/21 7005/24
7019/12 7029/10 7067/20 7073/3
7079/12
off-center [14] 6950/16 6957/14 6957/15
6958/19 6960/10 6962/9 6992/23
6992/24 6992/25 6995/12 7004/3
7004/8 7004/21 7005/24
off-centered [1] 6962/14
offer [7] 6941/17 6942/3 6942/11 7066/3
7066/13 7066/18 7079/12
offered [4] 7005/7 7010/13 7017/20
7066/14
Office [5] 6934/20 6936/16 6936/22
6937/13 6938/17
Official [3] 6939/15 7090/21 7090/25
offshore [12] 6938/6 6938/9 6938/12
6938/16 6938/20 7007/19 7010/11
7011/7 7016/6 7016/7 7048/1 7061/2
offside [2] 6950/5 6950/6
often [2] 6948/18 6979/13
Oh [3] 6971/22 7024/19 7075/15
oil [6] 6934/4 6934/4 6948/24 6985/23
7057/1 7059/15
oilfield [2] 7071/17 7072/4
okay [108] 6941/7 6943/8 6943/19
6944/5 6944/9 6947/10 6952/14 6954/2
6958/14 6961/11 6965/1 6965/6 6965/9
6965/10 6968/14 6971/4 6976/3
6981/11 6985/25 6988/3 6989/17
6990/6 6993/1 6993/17 6994/16
6994/19 6995/3 6995/7 6996/10
6996/20 6997/6 6997/10 6999/14
6999/17 6999/25 7003/6 7003/18
7004/6 7004/11 7005/9 7005/17 7006/9
7006/21 7007/7 7007/10 7007/17
7007/23 7008/10 7009/1 7009/9
7009/22 7009/25 7010/5 7010/9
7014/18 7016/1 7016/10 7017/11
7020/8 7020/20 7022/8 7023/5 7025/14
7025/16 7027/1 7027/6 7027/14 7028/3
7031/3 7031/9 7031/14 7033/8 7033/18
7034/16 7035/2 7035/23 7036/17
7036/19 7036/24 7042/13 7044/7
7045/7 7048/12 7052/4 7052/7 7053/9
7055/5 7056/14 7059/14 7061/11
7063/3 7063/23 7066/11 7068/25
7069/10 7069/14 7070/4 7072/19
7074/25 7076/16 7078/21 7078/22
7078/25 7079/21 7080/9 7081/6
7084/15 7090/12
old [2] 6971/6 6974/18
Olson [1] 6938/12
omitted [1] 7014/1 7014/14
on-time [1] 6970/18

Case 2:10-md-02179-CJB-DPC Document 12825-7 Filed 05/05/14 Page 59 of 71

once [14]  6946/18 6946/22 6959/13
6959/15 6988/17 6988/18 6995/11
7004/14 7045/12 7061/8 7064/17
7064/25 7082/10 7083/9
one [108]  6942/18 6943/13 6943/13
6944/11 6945/17 6946/5 6946/20
6947/17 6947/18 6948/25 6949/4
6950/11 6950/22 6953/21 6956/18
6956/19 6959/3 6960/4 6963/9 6963/9
6965/14 6968/10 6970/17 6971/16
6971/21 6972/2 6972/11 6974/18
6974/19 6975/7 6975/10 6977/2
6977/23 6977/25 6979/18 6980/4
6980/24 6984/19 6985/15 6986/23
6996/7 6996/18 6997/12 6998/7 6998/7
6998/8 6999/10 7000/8 7006/4 7006/17
7006/18 7007/21 7007/22 7008/5
7010/22 7012/3 7015/4 7015/4 7015/5
7015/12 7016/3 7017/19 7018/5
7018/17 7020/14 7026/6 7031/7
7031/17 7032/16 7034/4 7034/4
7034/17 7034/17 7036/8 7036/16
7036/16 7041/9 7041/21 7043/6 7044/4
7046/4 7049/25 7050/12 7050/12
7050/21 7051/5 7052/16 7052/20
7052/23 7053/13 7053/15 7054/24
7063/14 7065/11 7068/24 7069/5
7075/2 7076/9 7076/21 7076/22
7078/14 7078/14 7080/18 7083/1
7084/17 7084/18 7089/7 7089/8
ones [2]  7012/22 7050/20
only [25]  6946/8 6948/25 6949/3 6956/8
6959/14 6960/10 6964/12 6967/2
6988/13 6996/7 7026/11 7031/7
7031/13 7031/19 7034/17 7049/15
7049/18 7049/21 7050/20 7050/21
7053/14 7064/24 7071/23 7072/20
7084/2
open [2]  7029/13 7030/13
opened [1]  7046/8
opening [1]  7013/24
operate [3]  6959/4 6989/18 7081/12
operated [3]  6964/4 6989/20 7028/10
operates [1]  7032/22
operating [4]  6975/25 7035/13 7035/14
7067/24
operation [6]  6970/18 6971/16 6972/20
7069/24 7081/12 7087/17
operations [22]  6948/19 6971/21 6972/2
6972/12 6972/24 7013/17 7057/10
7059/19 7060/4 7060/8 7061/2 7062/9
7065/19 7069/19 7070/8 7070/9
7075/16 7075/18 7081/25 7083/16
7086/16 7090/6
operator [11]  7069/13 7069/16 7069/18
7069/23 7070/5 7070/7 7070/13
7070/15 7071/12 7074/12 7074/17
operators [8]  7019/6 7033/4 7033/6
7035/12 7051/4 7061/10 7073/18
7074/7
opined [1]  6990/21
opines [1]  7001/5
opinion [27]  6959/24 6971/25 6999/1
7000/6 7000/12 7002/3 7004/7 7004/9
7004/11 7012/17 7014/13 7016/6
7039/11 7047/9 7069/15 7069/25
7070/3 7073/17 7074/6 7077/20 7078/6
7078/16 7079/1 7083/1 7087/14
7087/16 7089/14
opinions [39]  6981/9 6989/12 6990/9
7001/12 7001/20 7002/6 7002/18

7002/21 7003/9 7003/16 7004/13
7008/25 7009/5 7010/20 7010/23
7010/17 7016/16 7016/17 7017/20
7031/10 7033/3 7035/20 7039/14
7039/18 7066/3 7066/9 7066/13
7066/18 7067/10 7067/15 7068/7
7068/9 7068/12 7068/13 7071/23
7072/20 7073/8 7074/19
opportunity [2]  7041/14 7041/24
oppose [2]  6999/9 6999/9
opposed [3]  7038/21 7053/11 7070/14
opposite [1]  7000/13
option [7]  7081/23 7083/22 7084/7
7084/9 7086/6 7086/25 7087/23
options [7]  6942/22 6942/22 7081/6
7081/9 7084/15 7084/17 7084/21
oral [1]  7071/16
order [7]  6964/9 6978/3 6995/10
7002/11 7033/2 7039/12 7081/18
original [1]  6986/1
Orleans [10]  6934/6 6934/24 6935/7
6935/13 6936/7 6937/17 6937/20
6938/7 6938/24 6939/16
other [39]  6948/14 6954/24 6956/15
6963/9 6973/23 6976/19 6983/18
6986/11 6990/2 6990/22 6995/19
6998/7 6999/9 6999/9 6999/11 7000/15
7005/16 7006/14 7007/1 7007/25
7016/16 7017/12 7030/12 7033/4
7035/6 7044/15 7048/12 7049/3 7051/4
7052/13 7052/24 7055/15 7066/8
7068/4 7080/18 7083/1 7084/15
7084/18 7089/23
others [3]  7005/22 7006/7 7072/4
our [15]  6941/25 6942/1 6942/9 6942/23
6944/2 6953/15 6957/17 6957/21
6999/24 7055/11 7055/16 7057/10
7065/22 7069/18 7073/10
ourselves [1]  6945/3
out [60]  6941/5 6946/23 6948/23 6958/1
6958/4 6958/9 6961/23 6966/23
6969/23 6970/22 6971/22 6974/20
6974/23 6975/5 6978/7 6978/13 6979/8
6982/13 6984/5 6984/13 6987/5 6987/7
6990/3 6994/8 6994/10 6994/14
6996/17 6996/21 6997/18 7000/15
7000/19 7001/21 7021/8 7024/3 7029/7
7030/24 7034/25 7035/14 7038/12
7039/3 7041/10 7042/5 7042/22 7043/7
7044/22 7051/20 7051/22 7056/9
7066/8 7069/12 7075/20 7075/5
7078/14 7078/25 7079/10 7079/19
7081/8 7081/8 7082/16 7085/21
outliers [1]  7033/14
outside [4]  6987/20 6988/6 7047/18
7049/7
over [29]  6947/4 6951/6 6951/20 6954/8
6954/20 6954/23 6954/25 6957/12
6958/10 6967/17 6968/24 6969/5
6984/5 6990/10 6991/24 7002/8
7017/20 7022/17 7030/13 7050/23
7058/16 7060/13 7060/20 7063/5
7063/24 7069/16 7079/22 7086/6
7087/15
overall [1]  6987/9
overboard [9]  7017/14 7036/23 7036/25
7037/7 7037/9 7038/9 7038/12 7038/21
7039/3
overhauled [1]  6970/7
overly [1]  7078/16
override [1]  7030/19
Overruled [1]  7024/10
own [4]  6963/18 6964/18 6988/14

7090/4

p.m [1]  6994/21
package [4]  6980/14 6983/10 6983/14
6983/18
packers [4]  6949/18 6978/13 6981/8
7029/1
page [21]  6940/2 6978/24 6978/25
6982/7 6993/19 7000/4 7008/18
7009/12 7024/19 7043/18 7043/21
7045/8 7050/10 7057/21 7061/12
7063/4 7063/5 7070/23 7076/1 7076/18
7077/6
page 4512 [1]  7076/1
page 59 [1]  7008/18
Palmintier [1]  6935/21
paper [1]  6949/20
papers [1]  7063/14
paragraph [4]  6964/19 6964/22 6971/9
6971/11
paraphrasing [1]  6969/13
parlance [1]  6983/17
part [18]  6948/2 6953/5 6954/20 6955/2
7002/17 7032/20 7033/2 7035/5
7035/18 7060/20 7061/14 7066/6
7066/10 7066/21 7070/17 7082/18
7085/22 7086/21
participated [1]  7009/5
particular [17]  6963/12 6972/13 6976/7
6976/8 6982/22 6982/22 7005/19
7005/20 7006/4 7006/6 7012/2 7017/25
7018/17 7035/16 7056/8 7069/20
7074/23
parties [2]  6943/16 7068/4
parts [1]  7068/17
pass [3]  6988/22 7054/2 7065/5
passed [1]  7055/12
past [1]  7064/25
PAUL [1]  6935/6
pause [1]  6946/19
pay [1]  6964/11
paying [1]  7047/20
pays [1]  7070/15
PC [3]  6935/9 6939/7 6939/11
pending [2]  7056/4 7065/21
Pennsylvania [1]  6938/3
people [6]  6984/22 6987/24 7016/16
7067/22 7077/12 7077/13
per [9]  6997/22 7029/11 7030/7 7030/20
7080/4 7080/5 7080/6 7081/1 7081/3
percent [3]  6966/11 6999/9 6999/13
perfect [2]  6943/2 7090/10
perfectly [5]  6956/7 6956/21 6957/9
6962/24 6962/25
performance [1]  7071/18
performed [4]  6982/23 6983/9 6983/22
6984/5
performing [1]  6976/14
perhaps [2]  7061/8 7079/6
period [4]  7060/13 7060/21 7078/10
7078/11
periodically [2]  6976/18 6976/22
permanently [1]  6947/2
permission [2]  7054/11 7054/11
permit [5]  6980/24 7019/7 7035/11
7035/24 7037/22
permitted [1]  7028/24
person [4]  7012/4 7012/24 7015/24
7049/21
personally [5]  6980/6 7005/22 7006/3
7017/3 7017/4
pertain [3]  7030/25 7062/2 7068/7

P

PETITION [1] 6934/8
Petrobras [1] 7050/20
petroleum [11] 7058/4 7058/15 7058/18
7058/20 7058/24 7059/15 7062/19
7062/24 7063/10 7064/13 7065/12
Ph.D [3] 7046/14 7058/4 7058/6
phases [1] 7062/24
phenomenon [2] 6945/13 6945/22
Phil [1] 6977/6
PHILLIP [1] 6938/23
philosophy [5] 6986/11 6987/9 6987/10
6988/4 6988/11
photographed [1] 6967/17
photos [1] 6952/19
phrase [2] 6941/5 6977/11
physical [3] 6959/25 7002/25 7003/10
pick [2] 6946/17 7041/6
picked [1] 6943/4
picture [1] 7048/10
pictures [3] 6952/24 6953/6 6955/4
piece [23] 6945/25 6946/14 6946/23
6948/8 6952/5 6953/16 6953/18
6953/22 6954/4 6954/8 6955/6 6955/7
6955/21 6956/19 6957/3 6957/8 6958/8
6959/17 6959/17 6962/3 6967/6
7020/10 7084/19
pieces [6] 6952/15 6953/21 6955/21
6956/14 6957/5 6959/15
Pigman [1] 6938/22
pin [1] 7003/22
pinned [1] 6945/7
pipe [99] 6945/6 6945/7 6945/8 6945/14
6945/14 6945/25 6946/14 6947/2
6947/7 6947/14 6947/22 6948/4
6948/15 6949/23 6950/5 6950/6
6950/15 6950/16 6950/18 6950/24
6951/9 6951/11 6951/14 6951/23
6952/1 6952/1 6952/4 6952/15 6953/1
6953/5 6953/7 6953/12 6953/13
6953/22 6954/7 6954/8 6954/14
6954/17 6954/22 6955/2 6955/10
6956/2 6956/5 6956/19 6956/23
6956/25 6957/3 6957/24 6958/8
6958/15 6958/19 6958/24 6958/25
6959/2 6959/4 6959/13 6959/14
6959/17 6959/17 6959/18 6960/2
6960/3 6960/8 6960/10 6960/20 6962/9
6962/14 6962/14 6962/17 6962/24
6962/25 6981/7 6992/10 6992/13
6992/17 6992/23 6993/6 6993/8
6993/16 6993/25 6994/2 6994/23
6995/11 7003/3 7004/2 7004/7 7004/14
7004/16 7004/21 7004/22 7005/25
7015/4 7020/25 7038/17 7038/17
7038/18 7048/23 7048/25 7049/1
Pipe 39 [1] 6956/25
pipeline [1] 7006/16
pipelines [1] 7007/1
pipes [8] 6949/13 6954/24 6958/17
6961/16 6975/19 6975/19 6975/20
7047/24
piping [2] 7006/15 7028/25 7048/1
7048/15
pit [1] 7066/8
place [5] 6957/6 7082/6 7083/25
7086/11 7087/6
plain [4] 7008/11 7009/10 7011/17
7011/21
Plaintiffs [11] 6934/18 6934/22 6935/2
6935/5 6935/8 6935/12 6935/15
6935/18 6935/21 6936/2 6936/5

plan [3] 6943/18 6984/25 7087/8
plane [2] 6946/17 6946/18
planned [2] 7089/4 7089/6
planning [1] 7089/6
plastic [3] 6946/25 6947/3 6948/4
plastically [5] 6951/14 6954/13 6954/14
6954/17 6954/24
platforms [1] 7048/1
play [3] 7054/10 7054/12 7054/22
played [2] 7055/2 7055/8
PLC [3] 6937/20 6937/23 6938/4
please [40] 6941/3 6991/7 6993/19
6996/11 6999/25 7009/13 7010/25
7024/19 7025/16 7027/15 7029/7
7032/10 7041/7 7042/18 7043/1 7045/8
7047/11 7047/15 7048/17 7050/2
7050/15 7051/12 7053/20 7055/23
7057/16 7057/21 7058/2 7058/8
7061/12 7070/22 7070/25 7075/7
7075/8 7075/12 7076/17 7076/20
7077/5 7083/17 7085/4 7085/22
plug [1] 6943/17
plunger [2] 6966/23 6966/24
Plus [1] 6959/19
pod [48] 6967/14 6968/24 6969/3
6969/5 6969/8 6969/9 6969/10 6969/10
6969/17 6969/18 6969/18 6969/19
6970/6 6971/20 6971/20 6971/22
6972/1 6972/11 6975/11 6977/18
6978/7 6992/3 6992/4 6992/5 6992/6
6996/2 6996/3 6996/19 6996/22 6997/4
6997/9 6997/12 6997/21 6998/1 6998/3
6998/3 6998/11 6998/12 6998/16
7000/8 7000/10 7000/16 7042/6
7042/10 7043/7 7043/12 7043/14
7045/12
pods [8] 6962/25 6963/17 6963/18
6974/19 6974/19 6978/7 6980/13
7015/6
point [24] 6950/2 6956/18 6957/5
6957/20 6957/17 6960/18 6961/23
6962/8 6962/16 6965/14 6971/3 6972/9
6974/4 6974/6 6974/7 6995/3 6999/20
7003/19 7012/14 7040/23 7081/6
7084/12 7089/7 7089/8
pointed [1] 6948/23
pointer [3] 6952/22 7057/19 7081/21
points [2] 7040/25 7058/19
polarities [1] 7000/13
poles [1] 6966/8
policies [5] 6970/14 6970/14 7037/6
7040/1 7040/6
policy [6] 7036/25 7038/8 7038/24
7038/25 7045/12 7045/16
pool [1] 6961/17
poor [3] 6965/8 7089/17 7090/5
poorly [1] 7034/21
poorly-designed [1] 7034/21
pore [2] 7080/11 7080/12
portion [3] 6966/18 7066/14 7082/2
portions [1] 7070/18
ports [1] 6967/1
position [9] 6945/8 6951/9 7004/15
7037/13 7057/2 7057/11 7057/12
7073/11 7082/5
positions [2] 7023/12 7063/24
possibility [2] 6958/18 6958/24
possible [8] 6951/10 6958/25 6993/5
6993/24 6994/4 6994/5 6994/12 7004/7
possibly [3] 6944/4 6998/17 7042/11
post [6] 6934/20 6936/16 6936/22
6937/13 6938/17 7000/7

post-incident [1] 7000/7
postal [1] 7086/6
pound [2] 7081/3 7082/11
pounds [3] 7080/4 7080/5 7080/6
power [10] 6953/11 6961/5 6963/19
6965/18 6965/22 6965/23 6968/2
6998/21 6999/5 7001/16
Poydras [4] 6935/6 6937/19 6938/6
6939/16
practicable [1] 7076/24
practical [2] 7013/16 7087/9
practice [4] 6997/18 7002/2 7064/14
7075/16
precisely [4] 6964/16 6992/18 6992/23
6995/3
predecessor [1] 6986/14
prediction [1] 7071/18
predictions [1] 7071/22
preference [1] 6942/23
preferred [1] 7038/16
preliminary [1] 6941/8
prepared [2] 7066/5 7083/19
prepping [1] 6981/17
preprogrammed [1] 6987/14
preserved [1] 6955/13
preserving [1] 6956/2
president [3] 7012/3 7059/19 7060/22
Presidential [1] 7012/10
pressing [2] 6948/20 6948/20
pressure [28] 6948/25 6957/16 6960/3
6960/7 6960/9 6962/9 6978/21 6995/8
7003/3 7020/4 7028/21 7046/7 7046/10
7046/12 7048/1 7049/11 7049/18
7060/16 7061/5 7080/4 7080/11
7080/13 7080/14 7080/17 7080/20
7080/25 7081/5 7084/2
pressured [1] 7082/5
pressures [12] 6976/13 7048/23
7079/16 7079/19 7080/2 7080/7 7080/8
7080/15 7080/17 7082/7 7082/9 7084/1
pretty [4] 6994/25 7030/14 7064/22
7065/12
prevent [1] 7000/15
prevented [2] 6990/11 6991/9
preventer [1] 6982/24
preventing [1] 6992/14
Preventive [1] 6975/11
previous [3] 6972/18 6979/4 7044/25
previously [7] 6944/21 6969/19 7008/7
7029/22 7036/6 7037/15 7064/6
price [3] 7061/10 7070/15 7070/16
primarily [6] 7060/2 7060/8 7061/2
7062/25 7064/1 7074/14
primary [1] 7057/4
print [1] 7085/25
printer [1] 6955/8
prior [22] 6978/2 6990/13 6991/11
6991/19 7005/18 7009/2 7009/16
7010/1 7010/2 7010/6 7010/10 7010/13
7057/14 7059/1 7059/2 7059/14
7061/19 7062/15 7063/17 7064/8
7080/1 7080/2
priorities [2] 7077/11 7077/18
prioritize [1] 7077/9
prioritizes [1] 7077/2
private [1] 7063/25
probably [14] 6942/19 6944/13 6944/17
6960/4 6984/24 6988/15 6992/12
6999/22 7016/11 7027/5 7030/24
7032/3 7078/11 7083/21
problem [17] 6951/22 6959/12 6968/16
6968/17 6980/22 6981/3 6989/21
6991/14 6992/16 6998/11 6999/20

**P**

problem... [6]  7012/5 7017/16 7018/1
  7018/14 7018/17 7030/10
procedure [1]  6974/20
procedures [1]  7040/7
proceed [3]  6988/25 7032/14 7056/12
proceeded [3]  7081/16 7084/10 7084/14
proceeding [3]  7068/1 7068/4 7083/16
proceedings [3]  6939/20 7090/17
  7090/23
proceeds [1]  7019/20
process [5]  7007/6 7007/25 7013/13
  7031/20 7041/16
procured [1]  7089/10
produce [1]  7024/6
produced [2]  7035/11 7057/24
producing [1]  7074/19
product [2]  7007/9 7007/16
production [10]  6934/10 6937/19
  6937/19 6937/22 6937/22 6938/3
  6938/3 7013/17 7060/6 7084/25
professional [4]  7047/1 7058/10 7064/4
  7064/15
professor [4]  7059/2 7059/11 7062/19
  7062/20
program [1]  6988/18
programmed [2]  6988/17 6988/19
programs [1]  7061/21
progress [1]  6983/2
promise [2]  7040/18 7040/18
promoted [1]  7023/17
pronounced [1]  6948/10
pronunciation [2]  6948/11 6984/24
proper [2]  6987/18 7001/24
properly [7]  6964/3 6989/23 6992/6
  6999/3 7002/1 7035/1 7089/16
properly-configured [1]  7035/1
protect [5]  7019/13 7019/14 7077/12
  7077/13 7077/13
protecting [2]  7019/17 7019/12
provide [9]  6949/2 6987/12 7007/9
  7065/3 7065/14 7069/21 7069/22
  7072/16 7073/12
provided [7]  6947/14 6948/9 7071/17
  7072/4 7072/8 7073/1 7075/4
provider [1]  7073/23
providers [1]  7073/18
provides [1]  7086/14
providing [1]  6975/9
provision [5]  7024/1 7024/4 7075/20
  7076/13 7077/2
provisions [7]  7075/19 7075/24 7076/9
  7076/21 7076/22 7078/8 7087/7
PSC [1]  6941/24
psi [8]  6976/13 7003/2 7020/15 7020/25
  7021/24 7026/11 7027/3 7027/8
publication [1]  7063/15
publications [3]  7063/5 7063/6 7063/9
published [1]  6971/9
publishes [2]  6971/13 6971/15
pull [23]  6947/25 6949/16 6953/12
  6963/3 6965/11 6970/1 6980/9 6981/14
  6996/11 6996/21 6999/18 6999/25
  7001/17 7008/17 7009/12 7010/25
  7014/19 7020/21 7023/9 7029/7
  7037/18 7038/17 7070/25
pulled [1]  6958/24
pulling [5]  6966/11 6968/10 6981/19
  6998/21 7001/16
pulls [1]  6966/24
pulse [6]  6965/16 6966/10 6967/24
  6968/2 6968/5 6999/10

pulse-width [6]  6965/16 6966/10
  6966/12 6966/19 6967/24 6999/10
pulsing [3]  6999/10 6999/11 6999/12
pump [1]  7070/1
pumps [2]  6991/13 7039/2
purchase [1]  6970/19
purpose [5]  6975/2 6989/19 7011/19
  7039/12 7039/19
purposes [1]  7076/10
pursuant [2]  6982/13 6988/11
pushes [1]  6951/9
pushing [1]  6945/6
put [27]  6949/8 6951/19 6952/16
  6952/17 6970/10 6973/5 6974/9
  6976/25 6977/14 6979/16 6981/4
  6985/13 6985/13 6985/14 7000/4
  7014/24 7015/21 7030/12 7033/23
  7046/7 7048/9 7053/16 7053/19
  7057/18 7083/15 7083/21 7087/20
puts [1]  6968/11
putting [2]  7014/6 7057/23

**Q**

qualified [1]  6990/16
qualify [1]  7070/8
question [16]  6960/14 6966/19 6969/5
  6971/24 6991/4 6991/16 6993/23
  6996/5 7004/5 7008/20 7009/14
  7030/18 7030/21 7034/11 7072/10
  7073/16
questions [8]  6950/11 6995/15 6999/16
  7039/5 7040/14 7044/15 7045/24
  7065/22
quick [3]  7040/23 7047/10 7064/8
quickly [1]  7040/2
quite [3]  6964/10 7058/18 7078/2
quote [1]  7020/25

**R**

RACHEL [2]  6936/15 6938/9
raise [1]  7083/12
ram [38]  6945/9 6956/16 6957/13
  6962/11 6978/10 6978/13 6980/12
  6980/25 6981/4 6981/7 6981/18
  6981/19 6982/5 6992/2 6992/12 6993/2
  6993/7 6994/2 7003/18 7003/21 7004/3
  7004/23 7015/5 7015/12 7016/3
  7016/12 7016/13 7016/17 7017/8
  7018/4 7020/6 7029/24 7030/7 7034/4
  7034/5 7034/17 7047/22 7049/17
ram's [1]  6956/11
rams [31]  6945/10 6952/7 6958/20
  6960/11 6960/20 6962/1 6962/8
  6962/13 6980/19 6985/20 6985/20
  6988/13 7015/4 7016/14 7017/19
  7017/19 7018/3 7018/21 7020/5 7020/5
  7028/14 7028/15 7028/19 7029/13
  7030/2 7030/18 7030/23 7033/10
  7034/14 7050/23 7053/13
range [3]  7048/4 7048/16 7060/18
rank [1]  7077/17
rapidly [1]  6945/19
rate [6]  6999/21 7029/15 7029/24
  7034/10 7031/17 7031/18
rates [2]  6990/7 7030/6 7030/20
  7030/24 7030/25
rating [3]  7020/4 7020/15 7027/4
Ravi [1]  7055/15
re [3]  6934/4 6934/7 6986/2
re-specified [1]  6986/2
reached [4]  6991/22 6994/16 6996/1
  7068/9
reaction [2]  7088/24 7088/25

read [25]  6963/24 6964/6 6969/12
  6969/13 6969/13 6971/3 7073/2
  7073/19 7083/3 7083/4 7083/9
  6985/22 6986/4 6987/5 6987/7 6987/17
  7008/5 7008/8 7008/24 7008/25 7023/3
  7023/4 7068/3 7071/7 7071/19 7072/5
  7072/11 7076/7 7076/20
ready [2]  7003/4 7032/14
real [1]  7064/8
realized [1]  7090/7
really [14]  6959/21 6965/19 6974/3
  7030/11 7047/8 7047/9 7047/10
  7047/20 7053/16 7060/5 7062/24
  7064/16 7074/2 7075/3
reason [6]  6950/22 6959/3 6966/5
  6966/8 6991/12 7023/20
reasonable [1]  6943/5
reasonably [2]  7076/23 7087/8
reasons [2]  7083/1 7090/3
rebuttal [9]  6966/4 6968/20 7013/25
  7050/10 7068/3 7068/6 7068/10
  7068/10 7069/6
recall [31]  6942/15 6945/11 6950/17
  6962/4 6970/4 6971/1 6971/2 6974/5
  6974/14 6974/16 6974/24 6975/21
  6976/19 6976/23 6977/3 6979/1
  6982/20 6984/19 7002/17 7008/15
  7026/25 7027/12 7027/22 7037/17
  7038/5 7042/16 7065/15 7068/25
  7088/15 7089/21 7090/1
received [4]  6942/2 6942/10 7022/16
  7071/23
recent [1]  6997/13
recently [1]  6996/25
recess [8]  6943/7 6944/12 6944/19
  7032/5 7032/8 7055/19 7090/11
  7090/15
recognize [3]  6952/20 7037/22 7081/24
recollection [2]  6997/3 7089/8
recommend [1]  7048/6
recommendation [4]  6972/16 7071/22
  7073/1 7089/9
recommendations [5]  7071/6 7071/15
  7071/25 7072/8 7072/16
recommended [4]  6970/16 6997/17
  6997/22 7088/19
record [7]  6989/6 7021/14 7036/24
  7051/19 7055/24 7063/15 7090/23
recorded [1]  6939/20
records [3]  6961/2 6977/8 6984/14
redacted [2]  7056/13 7068/23
Redden [1]  6939/2
redirect [2]  7040/16 7040/20
redlined [1]  7069/4
reduce [2]  7080/17 7084/4
reduced [3]  6966/12 7080/18 7082/10
reduces [1]  7084/4
reducing [1]  7080/14
redundant [2]  6998/4 6998/16
reference [10]  7041/1 7042/13 7044/4
  7044/20 7045/21 7049/4 7052/11
  7052/13 7053/10 7066/1
referenced [4]  7006/19 7012/15 7027/11
  7086/23
references [3]  7022/4 7026/2 7028/9
referencing [1]  7028/4
referred [7]  6969/10 6969/18 6979/13
  7013/10 7062/4 7080/9 7080/12
refineries [1]  7048/1
reflect [2]  7025/18 7025/23
Refresh [1]  6997/3
REGAN [2]  6937/23 7056/2
regarding [16]  6941/19 6985/19 6989/12
  6995/16 7001/3 7002/7 7002/21

R

regarding... [9]  7004/20 7004/21 7005/2
7005/3 7023/5 7064/7 7065/1 7068/13
7077/20
regardless [4]  6973/23 7087/11 7087/12
7089/12
regressive [1]  7080/12
regulation [15]  7005/10 7007/17
7007/18 7007/20 7008/6 7008/11
7010/19 7010/22 7011/2 7011/6
7011/15 7015/8 7015/21 7018/11
7018/20
regulations [24]  7005/14 7006/10
7006/11 7006/13 7006/13 7006/24
7007/1 7007/2 7007/24 7007/25 7008/3
7010/7 7010/10 7010/15 7013/21
7014/2 7014/14 7014/15 7014/22
7015/3 7018/9 7018/15 7019/9 7019/20
regulatory [10]  7008/2 7009/3 7009/16
7010/2 7010/14 7022/24 7022/24
7023/15 7023/17 7023/21
reinstate [1]  6975/5
reinstated [1]  6974/22
related [3]  7023/7 7024/1 7041/14
relates [1]  6951/22
relating [3]  6986/11 7010/11 7027/10
relationship [7]  7070/4 7073/6 7073/23
7074/7 7074/9 7074/11 7074/14
relationships [1]  7073/18
relative [2]  7067/10 7085/13
reliability [3]  6987/9 6987/12 6988/11
reliable [1]  6987/14
reliably [1]  7048/24
reliance [11]  6949/15 6970/3 6970/25
6974/13 6975/8 6977/3 6979/18
6982/19 6984/19 7067/13 7072/2
relied [11]  6964/11 6996/18 7021/22
7024/1 7031/7 7031/13 7031/14 7043/6
7045/21 7046/3 7076/9
relief [1]  7053/2
relies [1]  7001/5
rely [3]  7031/10 7046/8 7046/12
relying [3]  6965/8 7021/5 7072/3
remain [1]  6945/10
remaining [2]  6942/12 6953/8
remedial [1]  7090/6
remember [8]  7002/16 7042/23 7044/1
7045/3 7045/5 7045/19 7046/17 7088/5
remembered [1]  7044/20
remind [4]  6945/3 6968/25 6970/15
7043/17
remnant [1]  6956/23
remote [1]  7028/10
remote-operated [1]  7028/10
removed [5]  6967/14 7012/17 7022/4
7026/3 7026/5
removing [2]  6981/19 6981/20
render [1]  7033/3
rendering [1]  7035/20
renew [2]  7056/4 7066/2
rents [1]  7070/13
repair [9]  6976/14 7010/16 7041/11
7081/11 7081/15 7081/18 7081/20
7081/20 7084/12
repairing [1]  7081/17
repairs [1]  7041/15
repetitive [1]  6991/25
replaced [7]  6970/17 6976/22 6992/5
6996/24 6997/14 6997/22 7042/14
replacement [3]  6997/23 7041/2
7045/16
replacing [1]  6977/18

replied [1]  6972/5
reploymnent [1]  6952/5
report [75]  6949/9 6952/19 6952/24
6958/23 6963/22 6964/21 6965/2
6966/4 6966/18 6968/18 6968/20
6969/8 6972/23 6973/2 6976/17
6976/21 6977/2 6978/25 6979/3
6979/20 6979/22 6981/12 6982/10
6985/15 6985/16 6990/9 6990/17
6990/21 6991/9 6997/19 7000/3 7000/4
7000/23 7001/2 7001/9 7001/19
7002/14 7005/5 7006/19 7006/25
7010/22 7011/2 7012/3 7012/7 7012/11
7013/11 7013/24 7013/25 7039/6
7045/21 7049/9 7050/11 7056/7
7056/10 7056/13 7057/24 7066/6
7066/10 7066/14 7066/21 7068/10
7068/10 7068/16 7068/17 7068/20
7068/21 7069/2 7069/6 7069/7 7073/22
7079/1 7079/3 7082/21 7082/25
7088/21
reported [1]  6984/13
reporter [4]  6939/15 7052/1 7090/21
7090/25
reporting [2]  6965/2 6981/17
reports [11]  6977/9 7013/24 7013/25
7056/8 7063/5 7063/6 7067/18 7068/3
7068/3 7068/24 7075/1
represent [2]  7022/23 7026/19
representation [1]  7083/22
representative [3]  6946/11 6986/18
6986/18
represents [1]  7035/24
require [1]  7087/7
required [7]  7002/11 7002/22 7015/4
7015/22 7019/6 7048/23 7080/20
requirement [2]  7019/6 7090/6
requirements [4]  7009/3 7009/17 7010/3
7019/18
requires [4]  7014/21 7014/25 7015/7
7032/21
rescue [3]  7018/5 7052/17 7053/2
reserve [2]  6944/13 7066/11
reservoir [4]  6991/17 7063/1 7077/15
7084/11
Resources [2]  6936/13 6986/14
respect [19]  6964/19 6991/23 7006/9
7007/17 7010/20 7011/7 7018/19
7038/20 7056/5 7056/7 7058/12
7061/14 7063/17 7066/20 7069/13
7074/6 7083/6 7087/2 7089/6
respond [2]  6964/15 6990/20
responded [2]  6994/9 7068/6
responding [2]  6990/12 6991/10
response [8]  6950/10 6989/17 7000/16
7046/14 7046/15 7064/21 7066/6
7073/9
responsibilities [2]  7057/4 7060/3
responsibility [5]  7009/2 7009/15 7010/1
7010/4 7010/15
responsible [2]  7012/24 7061/4
rest [1]  6942/19
restate [1]  6991/2
result [7]  6951/11 6956/25 6962/9
6968/9 7000/12 7002/20 7029/1
results [10]  6963/23 6964/8 6964/16
6964/20 6964/25 6968/21 6971/9
6972/19 6990/6 7071/18
resume [1]  6941/8
return [1]  6950/1
returned [1]  7083/11
reverse [2]  6963/9 6977/25
reverse-wired [1]  6977/25

reversed [2]  6966/9 6968/10
reverses [1]  6969/14
review [18]  6939/20 6960/11
7008/20 7010/10 7026/23 7035/19
7043/4 7067/2 7067/15 7068/2 7070/17
7081/14 7084/23 7085/8 7085/17
7089/18 7089/23
reviewed [10]  6980/1 7001/2 7004/12
7004/24 7006/11 7043/5 7043/16
7067/25 7068/3 7077/21
reviewing [4]  6974/14 6974/16 6977/3
7056/10
revised [5]  7020/24 7021/6 7068/20
7069/2 7069/3
revision [9]  7021/13 7021/22 7022/2
7022/9 7024/14 7024/17 7024/24
7025/2 7025/21
revisions [1]  7022/16
reward [3]  7074/15 7074/17 7074/18
RICHARD [1]  6938/16
rig [33]  6934/4 6953/10 6953/11
6958/23 6959/1 6959/16 6960/24
6977/14 6979/4 6979/8 6979/8 6979/25
6983/22 6983/25 7017/17 7018/2
7024/20 7025/1 7025/7 7025/8 7025/24
7026/5 7035/6 7037/2 7038/13 7038/15
7041/19 7042/1 7053/4 7062/8 7062/13
7067/21 7070/13
right [141]  6942/5 6942/12 6943/2
6943/22 6944/6 6944/19 6946/11
6946/14 6946/16 6946/23 6947/15
6949/5 6951/5 6953/2 6953/3 6953/17
6955/4 6955/13 6955/14 6955/19
6956/15 6956/23 6957/9 6957/12
6958/6 6959/1 6960/15 6961/5 6961/8
6970/23 6977/23 6982/14 6983/13
6988/23 6992/24 6994/22 6995/10
6995/15 6997/4 6999/8 7002/5 7003/4
7003/21 7006/2 7008/12 7008/16
7010/24 7011/9 7012/9 7013/1 7013/5
7014/24 7015/1 7016/13 7016/20
7016/25 7017/4 7017/18 7018/13
7019/21 7022/12 7023/23 7025/13
7026/17 7027/17 7027/24 7029/15
7031/5 7031/11 7031/24 7032/4
7032/11 7032/20 7033/16 7034/22
7034/23 7034/24 7036/5 7036/8
7036/16 7037/18 7038/10 7038/24
7039/16 7039/17 7040/10 7040/16
7040/19 7043/9 7043/12 7044/6
7044/12 7044/14 7045/13 7045/17
7046/14 7047/7 7048/10 7049/2 7049/3
7049/8 7049/15 7050/7 7050/14
7052/15 7053/8 7053/10 7053/12
7053/18 7053/25 7054/7 7054/19
7060/19 7061/4 7062/10 7062/16
7064/20 7067/3 7070/25 7071/13
7071/21 7075/19 7077/12 7077/25
7078/19 7078/19 7081/6 7081/22
7082/5 7082/25 7083/25 7084/8
7084/23 7085/15 7085/20 7085/22
7086/4 7086/17 7086/20 7086/21
7089/12
right-hand [1]  7015/1
rigs [4]  7035/8 7039/20 7040/6 7060/10
rise [4]  6941/2 7032/7 7032/9 7090/14
riser [17]  6954/23 6954/25 6955/15
6955/17 6955/22 6956/24 6958/3
6958/4 6958/5 6958/5 6958/12 6960/12
6961/13 6980/14 6983/10 6983/14
6983/18
risk [12]  7074/15 7074/17 7074/18
7076/14 7082/15 7086/20 7087/2
7087/4 7087/17 7088/9 7088/15

**R**

risk... [1]  7089/16
risk-based [1]  7074/17
risk/reward [1]  7074/15
risks [5]  7076/22 7087/8 7087/13
 7089/13 7089/24
RMR [4]  6939/15 7090/21 7090/24
 7090/25
RMS [4]  6970/3 6974/22 6975/4
 6975/10
RMS-mandated [1]  6975/10
Rob [8]  7041/6 7042/25 7043/21 7045/7
 7048/17 7050/14 7051/12 7053/20
ROBERT [3]  6935/3 6938/3 6947/18
ROBERTS [2]  6938/9 6939/4
role [3]  7057/13 7059/24 7065/8
rolled [1]  6974/23
Ronald [1]  7041/21
room [2]  6939/16 6954/21
root [1]  7067/7
Rouge [3]  6935/23 6937/13 7058/5
round [7]  6954/22 6954/24 6955/12
 6955/13 6955/16 6956/8 6958/1
roundness [1]  6956/2
route [1]  6967/1
routinely [2]  6979/13 6985/4
ROV [6]  7018/8 7028/10 7028/14
 7029/23 7030/4 7030/19
ROVs [1]  7028/4
Roy [2]  6934/18 6934/19
rubber [2]  6967/4 6981/18
rule [3]  6994/8 6994/10 6994/14
ruled [1]  7056/9
ruler [5]  6945/17 6946/10 6947/2 6949/2
 6957/17
ruling [1]  7066/11
run [11]  7081/8 7082/4 7082/6 7084/17
 7085/18 7089/1 7089/9 7089/10
 7089/11 7089/20 7090/4
running [3]  7078/24 7079/10 7089/24
Rusnak [1]  6936/2

**S**

s/Jodi [1]  7090/24
Sadly [1]  6999/24
safe [7]  7007/16 7020/10 7039/12
 7039/19 7077/24 7078/1 7083/16
safely [1]  6951/1 7039/25 7078/3
safest [11]  7005/4 7005/11 7006/10
 7007/19 7010/20 7011/6 7011/10
 7011/10 7011/18 7013/3 7013/16
safety [12]  7007/15 7011/13 7047/8
 7047/22 7047/24 7048/3 7048/4
 7048/12 7077/3 7077/10 7078/17
 7088/15
said [20]  6946/19 6955/5 6967/24
 6973/19 6976/17 6982/17 6988/6
 6998/24 7029/4 7031/12 7031/14
 7035/5 7035/8 7036/5 7036/11 7042/5
 7049/3 7049/22 7084/6 7087/2
same [25]  6945/25 6959/10 6979/3
 6987/1 7006/14 7012/22 7017/7 7017/7
 7022/5 7024/4 7024/17 7025/11 7028/6
 7028/14 7030/10 7034/18 7035/13
 7035/25 7039/21 7040/6 7040/6 7040/7
 7053/1 7062/7 7073/16
San [1]  6936/11
sand [1]  7031/19
sands [1]  7083/5
satisfied [6]  6992/19 6992/22 6993/6
 6993/10 6993/16 6993/25
satisfy [1]  7019/18

save [2]  6965/22 6965/23
saw [6]  6961/17 6978/25 6980/3
 6984/3 6984/14 6986/8 7001/5 7001/8
 7004/19 7040/7 7044/24 7067/4 7085/1
say [30]  6951/10 6955/12 6958/14
 6962/2 6963/17 6967/14 6968/19
 6985/13 6994/25 6995/3 6998/25
 6999/1 7005/15 7006/14 7009/5
 7011/20 7013/20 7018/9 7025/25
 7027/25 7030/15 7031/17 7034/12
 7036/3 7039/23 7040/4 7046/25
 7048/25 7050/23 7073/3
saying [6]  6956/25 6974/10 6981/2
 6993/15 7014/4 7049/15
says [27]  6950/12 6964/11 6971/12
 6972/3 6975/6 7011/9 7011/16 7013/15
 7015/12 7018/11 7021/13 7022/4
 7023/14 7026/1 7026/2 7026/4 7029/10
 7033/19 7034/2 7034/7 7036/16
 7059/18 7060/22 7071/4 7071/21
 7076/3 7086/14
SBR [1]  7034/17
scanning [1]  6955/8
scared [1]  7083/2
scenario [1]  7088/4
schedule [7]  6982/13 6983/21 6984/4
 6984/13 6984/25 6985/1 6997/22
scheduling [1]  6975/2
schematic [1]  7020/3
Scherie [2]  7022/21 7022/23
school [1]  7059/9 7062/21
schools [1]  7065/12
science [2]  7007/8 7013/19
scientific [1]  7047/1
scope [4]  6980/1 7012/20 7040/10
 7067/10
SCOTT [1]  6936/14
screen [4]  6986/9 7057/18 7057/23
 7086/2
seal [7]  6962/13 6962/14 6962/25
 6967/4 6981/19 6982/4 7050/24
sealed [3]  6949/17 6991/20 6992/13
sealing [6]  6993/8 6994/3 6995/11
 7033/10 7050/23 7053/12
seals [2]  6967/4 6982/3
seated [2]  6941/4 7032/10
second [7]  6953/25 6954/19 6970/10
 6970/11 6983/23 7018/8 7033/13
secondary [1]  7053/6
secondly [1]  7025/15
seconds [5]  6967/9 7046/18 7046/24
 7046/25 7047/3
Secrest [1]  6939/2
section [17]  6934/5 6936/13 6937/3
 6956/7 6956/7 6956/9 6956/10 6956/12
 7007/13 7007/14 7058/8 7063/4
 7070/23 7071/2 7075/25 7076/17
 7077/5
Section 83 [1]  6956/7
see [77]  6942/21 6945/18 6947/6
 6947/13 6947/19 6948/14 6952/10
 6952/24 6952/25 6953/6 6954/7
 6955/10 6955/21 6956/5 6957/4 6957/8
 6958/8 6967/8 6970/8 6971/12 6971/17
 6971/19 6972/21 6972/22 6975/12
 6975/15 6977/19 6978/5 6978/7
 6978/11 6978/14 6978/17 6978/18
 6978/22 6979/4 6979/22 6979/23
 6980/15 6981/16 6981/22 6982/5
 6982/25 6983/3 6987/15 6991/15
 7005/17 7008/6 7013/13 7018/18
 7019/20 7023/11 7023/18 7024/13
 7026/4 7033/4 7033/19 7033/24

save [2]  6965/22 6965/23

7034/13 7036/8 7036/14 7037/18
 7038/14 7046/21 7047/8 7048/3
 7049/6 7051/22 7059/1 7066/9 7076/13
 7080/4 7083/24 7085/1 7085/17 7086/2
 7088/8
seeing [2]  6946/21 7088/15
seemed [1]  7078/15
seems [1]  6994/4
seen [12]  6948/17 6949/1 6962/6
 6979/12 6979/12 6979/13 6980/6
 6988/5 7067/13 7071/2 7089/18
 7089/23
segment [1]  6983/6
segments [1]  6947/7
selling [1]  7074/19
SEM [8]  6964/4 6964/4 6965/15
 6965/15 6968/7 6968/7 6970/7 7000/10
SEM-A [3]  6964/4 6965/15 6968/7
SEM-B [3]  6964/4 6965/15 6968/7
SEMs [2]  6965/14 7002/1
senate [4]  7065/3 7065/4 7065/6
 7065/14
Senator [1]  7065/16
send [2]  6999/19 7039/20
sends [2]  6963/19 6979/8
senior [3]  7059/8 7060/9 7085/13
sense [2]  6943/3 7005/25
sent [4]  6970/7 6985/4 7019/24 7065/13
sentence [12]  6971/11 6972/18 6985/25
 6987/4 6987/8 6993/14 7014/1 7014/14
 7034/10 7071/21 7076/3 7076/20
separate [1]  7050/13
separated [2]  6980/13 6983/17
separates [1]  6959/13
separation [4]  6952/1 6952/4 6958/16
 6978/2
separator [2]  7037/7 7038/22
September [1]  6986/2
sequence [3]  6997/20 6998/17 7028/16
series [4]  6971/7 7039/5 7078/13
 7078/15
serve [1]  6989/19
served [4]  6942/25 7058/15 7058/17
 7061/23
serves [1]  7007/9
service [17]  6975/12 6998/19 7001/5
 7008/2 7011/20 7016/5 7019/16
 7062/12 7069/17 7070/5 7071/17
 7072/8 7073/2 7073/5 7073/18 7073/23
 7074/12
services [7]  6939/7 6939/12 7012/1
 7017/6 7035/25 7072/4 7073/8
session [2]  6934/14 7090/17
set [15]  6982/13 6984/5 6988/18 7037/6
 7039/2 7041/11 7074/16 7075/5
 7076/11 7077/12 7080/1 7080/2 7083/4
 7083/9 7083/24
sets [1]  7075/16
setting [6]  6947/11 6996/16 7012/19
 7012/19 7016/2 7083/23
seven [2]  6967/9 7054/16
several [4]  6977/9 7008/1 7018/1
 7078/11
severe [2]  6966/13 6998/19
severed [2]  6956/16 6957/4
severing [3]  6951/23 6952/1 6962/3
shall [3]  7071/22 7071/24 7076/23
Shanks [3]  6950/12 7049/15 7049/22
Shanks' [4]  6950/9 6951/8 6951/22
 7050/10
shape [8]  6949/6 6955/2 6955/13
 6955/18 6958/12 6969/6
SHARON [1]  6936/21

S

Shaw [1] 6935/12
she [6] 7023/1 7023/14 7023/20
7024/25 7025/25 7026/1
she's [2] 7023/25 7025/22
shear [62] 6945/9 6953/19 6956/11
6956/16 6957/13 6958/20 6960/11
6962/1 6962/8 6962/11 6962/13
6962/13 6962/25 6976/5 6976/10
6980/12 6980/25 6981/4 6981/7 6981/8
6981/19 6982/4 6992/2 6992/12 6993/2
6993/7 6994/2 7003/18 7003/21 7004/3
7004/22 7005/25 7015/4 7015/12
7016/3 7016/12 7016/15 7016/14
7016/17 7017/8 7017/19 7017/19
7018/3 7018/4 7020/5 7020/5 7028/13
7028/15 7028/19 7029/24 7030/2
7030/18 7030/23 7033/10 7034/4
7034/4 7034/13 7034/17 7047/22
7048/23 7049/17 7053/12
shearability [1] 7036/12
sheared [1] 6992/13
shearing [9] 6976/1 6976/9 6980/18
6988/13 6992/17 7005/23 7049/4
7049/16 7050/23
shears [2] 6978/4 6980/12
shifting [1] 7074/20
ships [1] 7018/5
short [6] 6976/9 6995/2 6995/2 7017/15
7040/17 7069/23
shorter [1] 7084/19
should [18] 6955/15 6962/16 6972/19
6976/4 6976/18 6976/21 6980/21
6985/20 6987/19 6990/19 6992/9
6997/18 7039/8 7040/1 7042/14 7064/3
7078/18 7083/21
shouldn't [3] 6962/2 6964/11 6985/13
show [5] 7027/13 7027/18 7043/20
7045/3 7045/5
showed [8] 6968/6 6972/19 7000/2
7000/7 7000/7 7021/10 7084/23 7085/2
showing [2] 6949/11 6973/7
shown [1] 6987/20
shows [3] 7031/6 7050/11 7086/17
shut [9] 6989/21 6991/13 7029/25
7037/3 7038/17 7039/2 7039/25 7040/1
7046/8
SHUTLER [1] 6936/21
shutting [2] 6990/13 6991/10
sic [1] 6970/22
side [6] 6945/8 6958/24 7048/10
7053/10 7053/12 7053/13
signal [1] 6963/19
signals [1] 6961/16
signature [1] 7046/11
signed [1] 6986/17
significant [1] 7011/13
signs [1] 6990/12 6991/10 6991/13
Simcox [5] 6939/15 6939/17 7090/21
7090/24 7090/25
similar [7] 6956/5 6957/4 7005/16
7034/22 7036/1 7057/13 7073/5
simple [3] 7003/2 7003/11 7079/13
simplicity [3] 6987/12 6987/18 6988/12
simply [2] 7020/11 7036/18
since [6] 6969/10 6969/19 7030/15
7037/15 7048/13 7056/12
SINCLAIR [1] 6937/9
single [1] 7008/5
sir [12] 6941/17 6943/24 6949/14
6952/2 6971/24 6972/17 6984/9
6987/22 7044/18 7047/7 7049/20

7054/5
7054/25
site [6] 7026/6 7061/23 7062/1 7062/5
7062/6 7073/20
sitting [2] 6971/22 6972/1
situation [11] 6968/11 7028/6 7029/5
7029/7 7029/9 7071/9 7080/15 7081/21
7085/13 7087/17 7088/17
situations [2] 7015/15 7017/12
six [2] 7054/16 7061/9
size [2] 6955/6 6967/3
skinny [1] 6946/11
skip [1] 7060/19
slam [2] 6959/22 6959/23
slammed [3] 6954/9 6955/22 6955/23
slaughtering [1] 6984/24
slender [2] 6948/8 6949/3
sliced [1] 6953/17
slid [1] 6958/3
Slidell [1] 6935/19
slides [1] 6967/2
slight [1] 6955/10
slightly [1] 6958/9
slow [1] 6959/21
slower [1] 7029/24
slowly [3] 6989/25 6990/3 7019/19
small [5] 6965/23 6968/12 7060/5
7061/8 7085/25
smaller [1] 6955/6
snap [1] 6959/15
snaps [2] 6953/13 6959/15
so [107] 6943/5 6944/19 6944/20
6951/13 6952/19 6953/10 6953/25
6954/18 6954/25 6955/1 6955/2 6955/4
6955/20 6957/16 6961/5 6963/24
6966/9 6966/9 6966/11 6966/14
6966/22 6967/4 6967/5 6967/9 6967/23
6968/24 6969/3 6970/15 6971/5
6971/11 6977/8 6977/17 6980/11
6989/24 6992/24 6993/24 6997/12
6998/7 6999/11 6999/12 7000/22
7002/20 7003/2 7004/11 7004/19
7005/5 7005/16 7005/25 7008/24
7008/24 7012/14 7014/6 7016/19
7016/23 7017/13 7017/15 7020/24
7021/22 7022/4 7022/17 7025/18
7025/21 7025/23 7029/21 7030/25
7034/16 7037/1 7037/4 7037/8 7040/4
7040/23 7047/1 7048/4 7049/3 7049/15
7049/19 7050/19 7053/16 7054/16
7054/17 7059/25 7060/4 7060/8 7062/8
7062/20 7069/3 7071/13 7073/14
7075/23 7078/1 7079/11 7079/18
7079/21 7080/1 7080/14 7080/17
7081/1 7081/6 7081/17 7082/10
7083/25 7084/6 7084/21 7085/11
7087/6 7088/3 7089/15
Society [2] 7058/14 7058/24
software [1] 6939/21
solenoid [34] 6963/5 6963/6 6963/8
6963/12 6963/15 6963/19 6963/23
6964/1 6964/3 6964/10 6966/7 6966/16
6967/14 6968/7 6968/8 6968/25 6969/3
6977/22 6992/6 6997/25 6998/1
6998/12 6998/15 6998/24 7000/8
7000/24 7001/3 7001/7 7001/14
7001/25 7002/5 7046/5 7046/20 7047/2
Solenoid 103 [1] 6963/23
Solenoid 103Y [3] 6964/1 6964/3
6977/22
solenoids [7] 6965/14 6967/21 6973/3
6977/18 7001/13 7045/24 7046/6
solve [3] 7017/25 7018/14 7018/17

some [51] 6942/19 6942/21 6948/6
6951/3 6955/25 6955/18 6961/23
6963/8 6966/11 6970/13 6971/3 6971/5
6974/4 6984/22 6989/9 6995/15
6998/20 6999/2 7002/6 7002/10
7002/21 7003/19 7005/1 7005/7
7005/15 7035/11 7036/11 7039/7
7041/1 7042/13 7047/18 7047/18
7047/20 7055/15 7058/11 7058/18
7059/1 7059/14 7061/2 7061/20 7062/5
7063/24 7066/6 7067/17 7069/3
7069/20 7074/21 7078/1 7078/8
7079/24 7085/1
somebody [1] 7089/1
somehow [1] 7000/24
someone [2] 7016/11 7065/6
something [11] 6949/23 6950/20
6951/10 6952/3 6965/15 6981/12
7040/8 7053/22 7056/5 7056/10
7073/13
sometime [1] 6995/5
sometimes [1] 6966/10
somewhat [1] 6999/2
somewhere [3] 6944/3 6944/12 7060/13
sorry [24] 6945/9 6950/20 6955/22
6956/18 6963/8 6965/11 6971/13
6974/9 6982/17 6983/22 6986/24
6987/1 6991/5 7003/8 7013/7 7023/9
7024/19 7024/21 7026/15 7033/6
7033/7 7033/13 7033/20 7085/16
sort [5] 6949/6 6956/5 6957/4 6958/8
6969/13
sought [2] 7019/24 7065/9
sound [2] 7046/8 7088/11
sounds [2] 6979/15 7039/16
spaces [1] 6966/25
spare [5] 6969/10 6969/19 6971/20
6972/11 6997/8
SPE [3] 7058/15 7058/16 7058/25
speak [2] 6964/18 7031/15
speaking [5] 7013/9 7014/13 7015/18
7016/13 7017/18
speaks [2] 7005/11 7007/18
special [1] 6979/8
specific [16] 6971/24 7006/13 7007/4
7007/18 7007/20 7007/22 7019/8
7023/25 7074/21 7075/19 7075/24
7078/1 7078/4 7078/21 7079/9 7089/19
specifically [2] 6979/9 7007/3
specified [2] 6985/25 6986/2
speculation [1] 7072/22
speed [2] 6943/4 6959/21
spelling [1] 7055/24
Sperry [3] 6961/2 7067/19 7075/2
SPILL [1] 6934/4
spins [1] 6949/5
spirit [2] 7077/24 7078/7
spirits [1] 7077/23
SPIRO [1] 6937/4
splash [2] 6972/15 6992/9
splashed [3] 6977/10 6977/11 6985/6
spoke [4] 6950/10 7027/9 7070/14
7076/14
spoken [2] 7005/3 7013/1
spool [4] 6966/25 6966/25 6967/2
6967/3
spring [1] 6949/6
square [3] 7003/3 7080/4 7080/6
ST [1] 6978/20
ST-locks [1] 6978/20
stack [6] 6976/11 6985/18 6988/18
7015/1 7035/1 7036/15
stacks [6] 6983/13 7033/4 7034/3

## S

stacks... [3]  7034/13 7034/16 7034/24
stage [2]  7085/8 7085/17
stagnant [1]  6967/21
stand [3]  6942/18 7021/18 7040/23
standard [18]  6947/14 6975/11 6987/21
 6988/7 7009/11 7011/19 7012/22
 7018/16 7019/21 7020/9 7031/4
 7032/18 7032/21 7034/20 7035/20
 7046/15 7047/21 7053/11
standards [9]  7005/14 7005/16 7006/20
 7007/14 7038/25 7075/5 7075/21
 7075/23 7076/6
standing [1]  7058/14
stands [1]  7017/24
starboard [1]  6982/4
start [7]  6942/24 6943/8 6989/11 6990/3
 7006/19 7069/12 7074/19
started [7]  6942/20 6943/23 6967/25
 6975/17 6978/16 7029/18 7075/3
starting [2]  7063/4 7071/13
starts [3]  6989/25 7074/2 7080/14
state [10]  6937/7 6937/11 6937/15
 6942/23 6962/24 6963/22 6985/17
 6988/15 6989/6 7055/23
stated [4]  6959/24 6987/9 6997/19
 7008/11
statement [2]  6964/13 7049/5
states [10]  6934/1 6934/10 6934/15
 6936/8 6936/12 6936/18 6937/2
 6995/21 7011/15 7090/21
Station [1]  6937/5
Statoil [3]  7057/1 7057/2 7059/2
stay [5]  6946/18 6947/5 7027/3 7046/22
 7046/24
steel [1]  6955/23
stenography [1]  6939/20
step [2]  6981/5 6983/23
Stephanie [1]  6941/6
STEPHEN [1]  6934/23
stepping [1]  6981/2
steps [1]  6980/16
Sterbcow [2]  6935/5 6935/6
STERNBERG [2]  6939/12 7021/17
STEVEN [2]  6936/14 6938/9
Stevick [14]  6944/9 6944/21 6944/25
 6958/14 6964/18 6975/17 6989/5
 6990/21 7012/6 7024/13 7032/14
 7034/8 7040/22 7043/24
sticking [4]  6966/15 6966/18 6967/22
 6968/16
sticks [3]  6953/16 6966/23 6967/7
still [20]  6945/20 6945/21 6954/22
 6955/15 6956/8 6956/8 6957/3 6966/9
 6966/11 6967/19 7004/2 7005/4
 7005/25 7016/24 7017/1 7019/20
 7026/9 7027/7 7030/10 7035/15
Stone [1]  6938/22
stop [3]  7081/10 7081/15 7081/21
storage [1]  7006/15
straight [5]  6956/7 6956/8 6956/22
 6957/9 6957/17
straightens [1]  6946/23
STRANGE [1]  6937/8
strategies [1]  7069/19
Street [18]  6934/20 6935/3 6935/6
 6935/10 6935/13 6935/19 6935/22
 6936/6 6937/12 6937/16 6937/19
 6938/6 6938/10 6938/17 6938/23
 6939/5 6939/9 6939/16
stress [2]  6947/4 6949/9
strike [2]  6964/8 7073/15

string [22]  7002/11 7002/12 7002/22
 7083/3 7083/6 7084/25 7084/18 7084/21
 7085/18 7086/6 7086/9 7086/13
 7086/14 7087/15 7087/18 7087/23
 7088/1 7088/4 7088/4 7089/1 7089/15
 7090/1
stripping [2]  7026/10 7027/7
strong [1]  6953/9
stuck [4]  6957/22 6966/5 6967/10
 6967/19
subject [4]  6949/3 6961/20 7055/15
 7055/16
submit [1]  7019/6
submitted [6]  7002/20 7002/23 7022/25
 7024/13 7037/15 7068/13
submitting [1]  7022/18
subsea [12]  6965/14 6977/8 6977/18
 6979/20 6979/21 6980/4 6980/11
 6981/16 6982/2 6996/15 7028/19
 7034/3
substantially [2]  6999/12 7005/13
subsurface [3]  7079/17 7080/15 7081/4
successfully [4]  6991/20 7082/13
 7086/12 7086/13
such [10]  6950/23 6990/17 6993/7
 6994/1 7014/5 7017/13 7026/10 7027/7
 7071/22 7071/24
sudden [1]  7001/14
sufficient [3]  6949/11 6999/5 7049/16
sufficiently [2]  6993/7 6994/1
suggest [2]  7000/23 7001/6
suggesting [1]  7000/22
suggestion [2]  6954/19 7004/18
suitability [2]  7005/2 7036/11
suitable [4]  6976/7 7005/20 7006/5
 7081/13
Suite [12]  6934/20 6935/6 6935/10
 6935/16 6937/19 6938/6 6938/10
 6938/17 6938/20 6939/5 6939/9
 6939/12
SULLIVAN [1]  6936/20
summarily [1]  7087/16
sun [1]  6971/22
super [1]  6980/12
superintendent [1]  6996/16
supervised [1]  7062/12
supervising [1]  7041/19
supervision [1]  7069/22
supervisor [3]  7044/24 7061/23 7062/5
supplies [1]  7028/20
support [10]  6979/20 6979/21 6980/12
 6980/17 6981/2 6981/16 6982/2 7001/7
 7026/20 7080/19
supported [1]  6988/4
supporting [1]  7072/4
supposed [8]  6998/4 7019/11 7020/9
 7044/11 7046/25 7047/4 7053/23
 7075/6
sure [32]  6941/22 6961/13 6968/1
 6970/5 6971/2 6976/4 6976/9 6977/4
 6981/6 6981/7 6991/6 6993/18 6998/23
 7005/23 7007/14 7007/15 7010/4
 7014/7 7017/10 7027/13 7028/8
 7031/16 7036/3 7043/25 7047/8
 7047/16 7051/14 7051/19 7052/2
 7052/15 7065/12 7081/20
surface [1]  7087/21
surprise [2]  6941/6 6968/6
surprised [1]  7089/1
survived [1]  6959/20
susceptible [1]  6968/12
sustain [2]  7072/12 7072/23
Sustained [1]  6985/8

Sutherland [1]  6938/8
sworn [3]  6939/11 6939/7 6941/1
 7041/10
SWS [1]  6942/8
sworn [2]  6944/22 7055/22
system [17]  6970/4 6974/21 6974/22
 6974/22 6975/4 6987/10 6987/13
 6988/12 6988/19 6998/16 6998/19
 7015/5 7016/3 7018/7 7035/15 7037/4
 7049/12
systems [3]  6986/12 6998/4 7040/2

## T

tactics [1]  7069/20
take [14]  6942/19 6944/13 6945/3
 6946/22 6953/9 6964/25 6991/15
 7021/19 7032/4 7036/3 7046/20 7066/1
 7074/18 7081/11
taken [5]  6952/25 6957/16 7068/1
 7078/14 7084/10
takes [2]  6943/7 7004/15
talk [21]  6950/9 6951/18 6997/25
 7005/1 7014/10 7015/17 7027/20
 7028/7 7035/17 7041/9 7045/24
 7059/17 7065/20 7074/22 7078/4
 7078/19 7078/20 7078/23 7081/17
 7082/17 7088/17
talked [12]  6950/5 6960/15 6966/3
 6985/1 6990/17 6996/13 7039/7
 7045/25 7047/7 7050/4 7073/21 7087/6
talking [34]  6945/13 6945/23 6946/1
 6948/3 6948/7 6948/18 6950/4 6950/6
 6951/23 6955/9 6956/21 6963/22
 6967/22 6968/18 6969/1 6972/6
 6975/17 6985/2 6987/25 6990/18
 6997/12 7000/3 7014/5 7024/4 7024/17
 7029/5 7031/6 7048/25 7050/17
 7052/25 7074/2 7075/10 7083/23
 7088/11
tanks [1]  7006/15
targeted [1]  7080/22
Task [1]  6975/11
tasks [4]  6975/10 6982/23 6983/22
 7078/1
taught [7]  6988/6 6988/6 7006/18
 7059/7 7059/9 7062/24 7063/1
teach [3]  7059/6 7059/11 7062/23
teaching [2]  7059/24 7062/15
team [21]  6974/17 6974/19 6979/12
 6979/13 6979/20 6979/21 6979/22
 6980/12 6980/17 6981/2 6981/17
 6982/2 7022/24 7023/17 7023/21
 7041/10 7041/22 7041/25 7042/5
 7042/9 7062/6
tear [1]  7027/12
tech [2]  7026/20 7062/21
technical [5]  6963/14 6966/3 6983/17
 7012/4 7015/23
technologies [1]  7011/11
technology [14]  7005/4 7005/12 7005/15
 7006/10 7006/25 7007/9 7010/20
 7011/6 7011/10 7011/18 7012/23
 7013/3 7013/16 7062/22
tell [26]  6946/2 6946/6 6961/3 6974/1
 7021/23 7044/11 7044/11 7047/5
 7048/21 7050/8 7050/24 7053/9
 7056/22 7058/1 7058/10 7059/21
 7060/2 7060/25 7061/16 7062/18
 7063/23 7065/5 7066/25 7078/1 7085/9
 7086/8
telling [2]  7006/20 7016/22
tells [4]  6947/8 6947/9 6959/7 7007/12
temperature [1]  7060/17
temporarily [1]  7082/3

ten [4] 6944/17 7023/13 7059/25 7060/1
tend [1] 6946/17
tender [2] 7065/17 7066/21
tendered [4] 7000/5 7005/5 7039/14 7039/18
tensile [4] 6953/6 6953/9 6953/10 6953/17
tension [1] 6953/19
tentative [1] 6943/15
term [1] 7070/11
terminated [1] 6963/18
terms [10] 7014/21 7056/6 7061/25 7062/2 7064/9 7069/19 7072/8 7077/17 7077/21 7082/8
test [11] 6967/8 6967/10 6968/9 6968/20 6973/1 6982/24 7001/24 7020/6 7046/12 7087/22 7087/23
tested [5] 6966/7 6973/10 7001/13 7042/9 7046/6
testified [17] 6944/22 7004/6 7010/19 7011/17 7011/22 7011/23 7020/12 7027/2 7027/24 7032/16 7044/25 7048/24 7055/22 7063/18 7063/21 7064/6 7064/24
testify [2] 7064/25 7065/6
testifying [2] 7023/25 7045/10
testimony [31] 6941/9 6967/20 6979/12 6989/9 6995/17 7001/8 7005/7 7008/14 7009/25 7010/14 7020/16 7020/23 7021/3 7023/5 7023/11 7023/24 7044/21 7045/3 7045/19 7056/3 7056/6 7056/8 7063/17 7065/3 7065/14 7066/15 7073/24 7078/24 7079/4 7079/11 7088/18
testing [27] 6963/8 6963/13 6963/23 6963/23 6964/10 6964/12 6964/12 6964/13 6964/14 6964/16 6964/19 6964/23 6966/6 6971/7 6978/21 6982/10 7000/4 7000/7 7000/10 7001/6 7001/6 7001/7 7001/14 7045/25 7046/2 7046/3 7046/4
tests [5] 6966/2 6966/2 6966/15 6968/6 7046/9
Texas [12] 6936/4 6938/10 6938/21 6939/5 6939/10 6939/13 7056/24 7059/4 7059/11 7059/24 7065/8 7065/11
text [1] 6988/4
textbook [6] 6946/4 6948/25 6988/5 7006/16 7013/13 7048/5
textbooks [3] 6946/9 6948/14 6948/17
texts [1] 6947/15
than [21] 6944/4 6946/25 6947/1 6959/21 6961/9 6967/3 6974/18 7004/15 7005/13 7021/1 7027/8 7046/18 7047/23 7047/23 7048/5 7052/23 7066/8 7078/17 7080/7 7082/14 7087/17
Thank [30] 6941/21 6943/9 6943/20 6974/8 6986/25 6989/2 6990/25 6999/14 6999/15 7018/25 7019/3 7024/11 7032/6 7032/12 7040/12 7040/24 7044/14 7044/18 7049/24 7052/5 7054/2 7054/5 7054/6 7055/6 7055/14 7055/20 7057/15 7085/23 7090/13
that [779]
that's [107] 6943/5 6944/3 6944/15 6946/14 6947/3 6952/3 6956/9 6958/21 6960/6 6960/7 6960/17 6962/11 6962/18 6963/17 6964/1 6965/21

6967/2 6967/12 6969/7 6973/19 6975/6 6977/22 6978/5 6982/23 6982/24 6984/4 6984/5 6984/10 6984/13 6984/16 6985/5 6985/23 6987/10 6991/12 6995/3 6997/4 6997/19 6999/4 6999/22 7000/21 7001/15 7002/3 7002/19 7003/4 7005/24 7007/12 7008/12 7010/8 7010/12 7010/22 7011/15 7011/16 7011/18 7012/5 7012/10 7012/15 7012/16 7012/21 7013/12 7015/7 7018/6 7019/20 7021/24 7025/6 7025/19 7026/1 7027/5 7028/20 7028/24 7029/9 7029/18 7030/21 7031/11 7034/7 7036/17 7040/8 7040/10 7043/9 7045/14 7045/15 7045/23 7047/5 7047/23 7048/6 7049/11 7049/18 7052/17 7056/8 7056/9 7059/25 7064/15 7064/19 7069/4 7069/5 7069/5 7072/22 7074/14 7078/21 7079/1 7079/3 7079/13 7079/14 7080/5 7080/20 7085/11 7086/23 7089/2
their [18] 6949/10 6963/18 6965/3 6965/8 6988/14 7008/5 7033/4 7033/9 7035/18 7037/5 7039/24 7042/1 7043/4 7052/20 7060/4 7073/8 7080/1 7090/4
them [28] 6941/17 6942/11 6948/16 6973/25 7002/8 7002/8 7002/23 7005/6 7005/7 7005/15 7007/5 7007/14 7010/4 7017/17 7022/17 7030/24 7036/18 7037/16 7046/7 7051/4 7052/25 7054/17 7054/22 7059/23 7059/23 7072/21 7087/22 7089/11
theme [1] 7076/12
themselves [1] 6979/21
then [48] 6943/7 6945/7 6947/1 6953/5 6955/8 6955/22 6957/22 6960/19 6962/17 6963/18 6967/11 6971/8 6974/22 6978/21 6983/2 6983/14 6984/25 6985/25 6990/3 6992/12 6994/7 6995/12 6998/8 7001/14 7015/5 7018/4 7018/7 7018/8 7021/18 7023/16 7024/21 7039/5 7046/11 7050/19 7052/11 7052/22 7053/6 7054/14 7055/18 7056/5 7061/22 7062/15 7066/12 7067/4 7077/14 7081/24 7082/6 7086/17
then-new [1] 6971/8
theories [1] 6971/8
theory [7] 6950/9 6959/11
theory [7] 6950/7 6950/18 6951/2 6951/8 6951/22 6958/23 6968/17
there [74] 6941/5 6941/6 6941/10 6944/13 6945/4 6945/20 6946/6 6946/7 6950/13 6953/6 6961/20 6961/20 6963/8 6963/13 6967/4 6967/7 6970/5 6970/13 6971/9 6972/8 6986/25 6987/4 6987/8 6990/21 6991/14 6996/21 7003/8 7004/18 7004/19 7005/18 7006/5 7008/12 7013/15 7015/20 7017/12 7017/16 7018/14 7023/11 7031/18 7034/24 7034/25 7036/14 7036/16 7038/12 7043/9 7046/3 7047/24 7049/16 7051/4 7053/19 7055/11 7056/7 7057/19 7059/13 7060/20 7062/23 7063/4 7063/13 7072/14 7075/20 7075/23 7077/2 7077/4 7078/13 7079/21 7081/22 7085/15 7087/2 7087/3 7087/13 7087/23 7088/17 7089/5 7089/8
there's [28] 6941/16 6947/22 6948/25 6953/12 6953/23 6955/1 6961/6 6963/16 6972/4 6981/5 6984/4 6984/7 6991/12 6991/16 6995/17 6996/5

7005/6 7005/10 7007/13 7007/13 7075/24 7076/7 7076/18 7078/20 7079/4 7081/21 7087/12 7087/25
thereafter [1] 6962/21
therefore [3] 6958/12 7012/4 7028/24
these [31] 6941/16 6949/9 6952/19 6952/24 6954/12 6957/5 6966/2 6966/15 6972/14 7018/19 7019/9 7022/15 7022/25 7025/13 7025/18 7025/21 7025/23 7048/23 7051/1 7051/7 7060/16 7070/8 7080/3 7080/16 7080/18 7081/4 7081/23 7082/7 7082/13 7084/1 7084/24
they [97] 6945/10 6962/16 6962/18 6965/15 6967/10 6967/11 6971/19 6973/24 6974/17 6977/14 6977/23 6977/23 6977/25 6979/20 6980/16 6980/17 6980/21 6980/21 6982/9 6985/5 6987/25 6988/12 6990/5 6991/13 6992/9 6999/8 7003/17 7004/13 7005/24 7005/25 7006/19 7007/5 7014/6 7014/8 7015/21 7015/24 7017/10 7018/5 7019/12 7020/2 7024/6 7024/8 7030/5 7030/6 7039/1 7039/23 7041/15 7042/21 7046/4 7046/16 7049/12 7052/21 7053/7 7058/4 7060/15 7061/2 7065/10 7065/13 7065/13 7065/13 7068/7 7068/11 7068/18 7069/18 7069/21 7069/21 7074/17 7074/18 7074/18 7078/18 7079/25 7080/1 7080/2 7081/1 7081/2 7081/3 7081/7 7081/15 7081/16 7081/22 7082/2 7082/3 7083/2 7083/2 7084/7 7084/10 7084/11 7084/13 7084/14 7084/18 7086/10 7086/11 7086/12 7086/12 7086/17 7086/25 7086/6 7090/4
they're [27] 6942/22 6954/24 6981/17 6982/10 6985/2 6995/6 7009/23 7012/19 7012/19 7012/20 7015/13 7016/2 7016/24 7018/16 7019/10 7019/19 7020/9 7029/4 7029/5 7038/24 7044/8 7044/12 7061/1 7062/6 7080/3 7080/5 7088/7
they've [5] 6979/25 6979/25 6984/25 7013/2 7046/7
Thierry [1] 7034/2
thing [12] 6942/24 6944/11 6958/25 6967/25 6985/15 7006/14 7019/21 7041/9 7049/25 7053/1 7076/25 7077/25
things [15] 6943/22 6947/6 6958/17 6960/10 6986/11 7025/13 7032/16 7042/13 7042/21 7046/4 7055/16 7057/25 7063/3 7069/22 7075/3
think [70] 6942/18 6943/2 6943/5 6944/11 6945/17 6947/13 6947/17 6948/6 6948/9 6949/15 6950/10 6952/16 6954/6 6954/19 6959/24 6960/23 6967/23 6968/19 6970/14 6971/4 6971/22 6975/17 6976/17 6978/17 6978/24 6979/22 6980/23 6983/5 6983/12 6985/14 6987/3 6990/17 6994/25 6996/9 6999/24 7012/7 7015/11 7015/20 7016/9 7016/15 7018/2 7018/23 7019/1 7021/17 7027/11 7027/17 7027/17 7032/18 7039/24 7040/1 7051/24 7053/10 7054/13 7054/16 7056/9 7058/25 7060/13 7063/13 7065/22 7066/20 7076/11 7077/1 7077/23 7078/1 7079/17 7079/12 7082/17 7084/9 7085/18 7090/2

Case 2:10-md-02179-CJB-DPC Document 13285-2 Filed 08/05/14 Page 68 of 71

**T**

thinking [1] 7026/15
third [5] 6937/12 6946/8 6971/11
7004/15 7030/10
this [338]
Thornhill [2] 6935/18 6935/18
those [68] 6941/20 6942/2 6942/4
6942/6 6942/13 6947/6 6948/21
6950/23 6952/20 6956/14 6958/16
6958/17 6959/15 6961/24 6966/25
6967/3 6968/20 6983/13 6983/17
6990/17 6996/6 6996/17 6996/24
6997/14 6998/4 7002/14 7002/17
7002/25 7003/15 7003/15 7003/15
7005/4 7006/11 7006/16 7007/1 7007/4
7008/3 7009/7 7012/25 7014/6 7016/12
7016/24 7017/1 7017/12 7018/20
7018/21 7019/18 7023/13 7030/25
7034/4 7034/12 7034/16 7036/8
7038/19 7039/11 7053/1 7054/19
7054/21 7058/13 7066/22 7068/6
7068/9 7068/16 7069/8 7072/19 7083/5
7084/2 7084/21
though [4] 7013/2 7017/18 7035/10
7035/18
thought [5] 6941/5 7031/12 7031/14
7051/19 7064/22
thousands [1] 6975/10
three [6] 6966/2 6973/9 6973/13
6974/19 7059/13 7069/8
thrilled [1] 7014/9
through [24] 6958/3 6960/12 6961/17
6961/17 6968/7 6980/16 6987/12
6993/14 7004/4 7005/6 7005/23
7006/19 7024/5 7026/10 7028/14
7028/15 7028/25 7030/7 7036/14
7047/10 7057/25 7059/4 7061/20
7078/20
throughout [2] 7039/6 7041/15
thumb [1] 7030/13
tightness [1] 6967/5
till [4] 6944/17 6944/17 6944/19 7090/12
time [57] 6941/17 6942/11 6945/6
6949/10 6966/5 6966/8 6969/9 6969/18
6970/18 6971/23 6972/5 6973/9
6976/20 6987/24 6988/8 6989/17
6990/4 6992/11 6992/23 6993/6
6993/10 6993/25 6995/1 6995/2
6997/13 7003/19 7004/3 7010/6
7019/20 7025/2 7025/13 7026/10
7028/24 7031/21 7037/1 7038/15
7042/1 7046/17 7051/6 7055/19
7057/12 7058/18 7060/2 7060/13
7060/19 7060/21 7066/2 7067/2 7067/4
7068/19 7078/10 7078/11 7086/10
7088/23 7089/15 7090/9 7090/10
timely [1] 6989/21
times [3] 6967/11 6999/2 7079/15
timing [4] 6960/14 6989/14 6994/16
7002/7
today [11] 6942/19 6943/7 6943/11
6944/17 6962/22 6989/10 7017/5
7018/9 7029/18 7056/24 7057/1
toes [1] 7039/24
together [6] 7014/6 7015/21 7019/13
7084/1 7088/6 7088/6
told [2] 6943/16 7014/7
Tolles [1] 6938/12
TOM [1] 6935/18
tomorrow [4] 6942/19 6942/21 6943/7
6943/14
too [6] 6954/18 6976/9 6990/6 7014/9

7017/15 7083/3
tool [1] 6957/22
top [11] 6953/18 6954/10 6955/23
6955/23 6959/22 6987/4 7024/3
7025/19 7027/19 7030/13 7052/17
top-down [1] 7052/17
Torts [2] 6936/9 6936/19
total [6] 6960/24 7054/16 7054/16
7078/25
toward [1] 7049/6
tracking [1] 6983/2
tradeoff [1] 7084/24
Traditionally [1] 7062/4
training [1] 7061/21
transcript [3] 6934/14 7020/13 7090/22
transcription [1] 6939/21
transcripts [3] 7054/18 7055/12 7068/1
transitioning [1] 7059/24
Transocean [37] 6938/5 6938/6 6938/7
6938/8 6938/9 6938/10 6938/12
6938/12 6938/13 6938/16 6938/16
6938/17 6938/19 6938/20 6938/21
6974/12 6974/19 6976/17 6976/21
6979/7 6985/19 6986/2 6995/16
6996/16 6996/24 6997/14 7000/2
7035/8 7037/8 7041/2 7041/9 7042/20
7042/21 7043/3 7044/21 7050/4
7065/24
Transocean's [16] 6964/12 6974/16
6985/1 6986/19 6990/12 6991/9
6991/18 6996/7 6996/15 7001/2 7004/6
7026/19 7026/21 7044/5 7045/11
7045/25
transported [1] 7031/19
trapped [1] 6955/15
traveling [6] 6950/13 6951/8 6952/11
6953/22 6957/1 6958/18
TREX [24] 6949/8 6952/17 6963/3
6970/1 6970/21 6973/5 6974/9 6976/25
6979/16 6980/9 6981/14 6982/16
6984/17 7013/6 7020/21 7021/8
7051/25 7057/16 7068/21 7069/7
7069/8 7070/21 7075/7 7085/4
TREX-1195.223.1 [1] 6976/25
TREX-22571 [1] 7057/16
TREX-22729.15.1 [1] 6973/5
TREX-3338.1.1 [1] 6984/17
TREX-3340.1.1 [1] 6979/16
TREX-3340.11.1 [1] 6981/14
TREX-3340.2.1 [1] 6980/9
TREX-4 [1] 6974/9
TREX-4477 [1] 7070/21
TREX-4617.61.1 [1] 6970/1
TREX-5101 [1] 6982/16
TREX-5154.1.1 [1] 6970/21
TREX-5334.1 [1] 7020/21
TREX-5834.2.1 [1] 7021/8
TREX-61117 [1] 7069/7
TREX-61123.27.2 [1] 6963/3
TREX-61124.19.1 [1] 6952/17
TREX-6121 [1] 7075/7
TREX-7697.16.1 [1] 6949/8
TREX-7765.7.2 [1] 7013/6
TREX-8140 [1] 7068/21
TREX-8154 [1] 7069/8
TREX-901 [1] 7085/4
TRIAL [1] 6934/14
TRITON [1] 6934/8
Trocquet [2] 7008/8 7011/25
true [14] 7012/21 7027/5 7031/5 7041/3
7041/12 7041/22 7044/22 7045/1
7045/22 7045/23 7048/19 7050/21

7053/4 7090/22
7053/10 7069/11 7070/8 7090/25 7091/5
7019/10 7032/2 7049/21 7052/11
7067/5 7081/10 7081/10 7081/12
7084/12 7084/18 7086/1 7089/1
trying [5] 6986/21 7050/24 7051/18
7053/9 7064/10
tube [3] 6946/17 6946/23 6949/3
Tubing [1] 6949/17
Tulane [1] 6944/14
turn [4] 6965/11 6968/22 7054/21
7069/12
turning [5] 6963/5 6965/18 6968/2
7059/1 7074/20
turnkey [2] 7061/7 7070/14
twice [1] 6966/4
two [33] 6944/13 6944/14 6944/14
6953/5 6956/14 6959/15 6959/16
6961/21 6972/20 6977/17 6980/18
6999/11 7000/8 7000/13 7000/14
7015/4 7017/19 7017/20 7018/3 7033/9
7045/24 7050/12 7050/13 7050/23
7052/20 7053/1 7053/12 7055/11
7063/14 7068/24 7084/17 7084/21
7084/24
type [5] 7017/8 7018/21 7071/16 7073/5
7073/6
types [2] 6985/20 7060/15
typical [3] 7047/24 7048/5 7052/22
typically [3] 6961/9 7056/21 7074/15

**U**

U.S [5] 6936/8 6936/12 6936/18 6937/2
7065/4
U.S. [1] 7065/3
U.S. Senate [1] 7065/3
unambiguous [1] 7039/1
unaware [1] 7016/11
uncommon [1] 7001/13
undamaged [1] 6956/23
under [17] 7010/15 7014/14 7014/22
7015/3 7015/13 7015/15 7016/2
7016/12 7016/18 7028/11 7051/1
7067/24 7073/4 7073/4 7075/17 7078/2
7080/16
underground [1] 7006/15
UNDERHILL [1] 6936/9
understand [43] 6941/10 6950/12
6951/2 6951/3 6951/8 6955/5 6960/15
6963/5 6963/15 6969/23 6977/14
6977/21 6979/7 6981/1 6981/9 6982/12
6983/21 6983/24 6984/3 6984/9
6984/12 6985/4 6986/10 6986/17
6987/22 6988/8 6988/10 6990/1
6998/23 6999/1 7011/5 7028/3 7032/21
7041/21 7046/10 7048/7 7064/21
7072/15 7072/19 7075/13 7079/14
7082/20 7089/5
understanding [15] 6968/5 7025/6
7045/11 7065/19 7067/5 7068/23
7071/7 7072/7 7072/25 7073/1 7074/1
7074/9 7074/11 7085/9 7090/23
Understood [7] 6950/25 6959/6 6962/19
6966/21 6976/6 7069/1 7074/4
Unfortunately [1] 7017/17
UNITED [9] 6934/1 6934/10 6934/15
6936/8 6936/12 6936/18 6937/2
6995/21 7090/21
units [2] 6983/13 7034/21
universities [1] 7065/10
unless [3] 6955/16 6998/21 7015/16
unlikely [3] 6994/4 6994/13 7002/1
unstuck [2] 6966/6 6967/11

## U

until [9]  6943/8 6967/9 6967/17 6992/11
6993/3 7022/13 7030/11 7055/18
7078/22
unused [1]  6972/11
unwielding [1]  6955/7
up [96]  6943/4 6944/8 6945/6 6945/20
6947/25 6948/21 6949/8 6949/16
6951/19 6952/16 6952/17 6953/4
6953/16 6955/13 6955/21 6956/2
6957/4 6958/5 6961/17 6963/3 6965/11
6965/11 6970/1 6970/10 6970/14
6970/21 6973/5 6974/9 6976/13
6976/25 6976/19 6980/9 6981/2
6981/14 6983/25 6985/13 6985/13
6985/14 6986/8 6987/1 6987/7 6989/9
6989/25 6991/24 6995/16 6996/11
6999/12 6999/18 6999/25 7000/4
7001/17 7004/16 7004/19 7008/17
7009/12 7010/25 7014/19 7016/2
7020/21 7023/9 7026/21 7031/8 7032/2
7037/18 7038/17 7041/6 7041/11
7051/5 7053/19 7055/12 7057/18
7057/19 7057/23 7066/1 7067/3
7068/12 7070/21 7075/7 7075/25
7076/17 7076/18 7077/5 7078/22
7079/6 7082/3 7082/7 7082/23 7083/6
7083/14 7083/17 7083/21 7084/12
7085/4 7085/5 7085/21 7086/1
updated [1]  7063/13
upgraded [1]  6970/7
upon [2]  7029/24 7045/21
upper [14]  6951/14 6953/3 6956/12
6956/13 6959/22 6978/13 6981/20
7020/23 7021/23 7026/7 7026/9 7027/2
7048/8 7083/5
us [18]  6942/22 6943/21 6949/2
6954/20 6955/5 6959/7 6960/23 6961/3
6962/22 6983/12 6985/2 7016/22
7050/24 7052/11 7054/18 7054/21
7056/23 7065/13
USA [1]  7060/23
use [22]  6957/21 6958/12 6965/15
6969/9 6969/17 6994/14 7007/14
7010/11 7013/15 7013/21 7017/7
7017/25 7019/25 7020/9 7029/21
7036/2 7038/16 7038/16 7039/12
7057/20 7074/23 7088/19
used [20]  6941/14 6942/1 6965/21
6972/1 6977/13 6983/20 6985/20
7006/4 7006/17 7006/18 7011/7
7027/20 7027/24 7028/4 7028/11
7029/22 7037/3 7069/20 7080/21
7089/4
uses [1]  7048/4
using [5]  6939/20 6945/18 6947/9
6963/18 7086/9
usually [1]  7018/1
utilize [1]  7010/10
utilized [1]  7039/8
utilizes [1]  7047/3
utilizing [1]  7051/4

## V

valve [7]  6966/16 6966/23 6967/10
6978/2 6978/3 6998/22 7047/6
valves [4]  6966/7 6967/6 6968/15
7046/21
variable [4]  6945/9 6952/7 6960/20
7072/1
variety [2]  7035/12 7069/22
various [8]  6980/24 7016/16 7017/14

7039/6 7048/24 7049/12 7058/16
7055/9
vast [1]  7033/9
Vastar [2]  6986/14 6986/18
VBR [1]  6956/13
VBRs [6]  6945/7 6957/12 6995/1 6995/4
6995/5 7020/6
vehicle [1]  7028/10
verified [1]  7020/13
verify [2]  6978/3 7027/19
versed [1]  7064/12
versions [1]  6947/21
versus [3]  7037/9 7084/21 7085/18
vertical [1]  7060/18
very [49]  6946/13 6951/7 6953/15
6954/22 6955/24 6958/22 6959/21
6967/5 6987/24 6993/14 6995/2 6995/2
6995/5 6995/17 7003/11 7004/16
7004/24 7005/6 7005/16 7012/12
7013/12 7017/7 7017/7 7034/9 7034/12
7044/24 7048/8 7048/15 7053/17
7060/16 7060/16 7060/16 7061/8
7063/12 7063/16 7066/23 7066/23
7073/22 7077/11 7078/1 7079/3
7079/13 7083/15 7085/25 7085/25
7087/22 7087/24 7088/25 7089/2
vessel [5]  7041/10 7048/9 7052/18
7052/22 7053/7
vessels [5]  7048/1 7051/1 7051/7
7052/16 7053/1
viable [1]  6950/18
vice [2]  7059/18 7060/22
vicinity [1]  7030/6
video [3]  6962/6 7054/12 7055/11
Videos [1]  6961/9
videotaped [2]  7055/1 7055/7
view [3]  6960/9 7001/7 7071/25
Virginia [2]  6935/10 6935/10
voiced [1]  7038/20
voir [1]  7065/22
volt [7]  6970/16 6970/16 6973/8
6973/15 6973/22 6992/2 6996/2
volume [1]  7066/8
VON [2]  6939/12 7021/17
VP [1]  7026/13
VSR [2]  7018/8 7018/8

## W

wait [3]  6997/3 7046/16 7051/13
waiting [1]  6990/6
waiving [1]  7065/21
walk [1]  7005/6
Walker [1]  6935/9
walking [1]  6959/21
WALTER [1]  6935/12
Walther [1]  6938/22
want [18]  6950/9 6952/16 6967/24
6985/2 6985/3 6989/9 6989/11 6991/24
6995/16 6996/14 6998/23 7003/8
7005/1 7015/8 7041/4 7047/9 7051/16
7051/19
wanted [1]  6942/23
wants [1]  7066/9
warranties [2]  7072/20 7074/2
warranty [3]  7071/23 7073/10 7073/13
was [202]
wash [1]  7030/24
Washington [4]  6936/17 6936/22 6937/6
6938/4
wasn't [5]  6954/23 6967/17 7009/5
7021/15 7049/22
watching [1]  7060/10
water [3]  6959/20 6977/15 7038/2

way [27]  6946/19 6956/12 6956/15
7051/14 6961/2 6962/2 6963/15
6966/22 6970/23 6988/18 7018/2
7018/17 7022/15 7028/14 7034/15
7034/18 7037/8 7056/13 7057/19
7060/9 7069/3 7069/20 7072/14
7074/13 7077/25 7080/3 7087/23
ways [7]  6957/23 6983/20 7007/15
7011/20 7017/13 7017/16 7018/14
we [185]
We'd [1]  6956/14
we'll [24]  6943/6 6943/6 6943/7 6944/13
6944/19 6954/16 6966/17 7002/8
7014/10 7033/11 7039/5 7053/25
7054/14 7054/21 7055/13 7055/18
7055/19 7056/12 7056/12 7073/10
7073/25 7078/21 7085/25 7090/12
we're [40]  6943/3 6945/13 6945/22
6946/21 6947/12 6948/4 6948/20 6954/20
6958/15 6968/24 6969/5 6997/12
7002/5 7002/8 7003/6 7003/8 7005/17
7013/9 7015/17 7016/13 7017/18
7021/24 7022/7 7024/4 7024/17 7028/7
7031/6 7035/2 7035/17 7040/23 7050/1
7052/9 7054/11 7065/20 7073/9
7073/11 7074/2 7078/4 7082/16
7085/10 7090/7
we've [22]  6941/15 6942/9 6942/10
6943/3 6945/18 6950/6 6954/1 6959/25
6966/2 6982/12 6991/23 6996/13
7016/25 7039/7 7042/13 7045/25
7053/13 7068/23 7079/11 7082/19
7082/23 7087/6
weak [1]  6973/24
weaker [1]  6961/9
wear [2]  6976/18 7027/11
website [1]  7033/9
week [8]  6943/1 6943/5 6943/18
6943/23 6944/4 6982/9 6984/5 7078/11
week's [3]  6943/11 6943/12 6943/18
weight [17]  7079/16 7079/19 7079/22
7080/21 7080/22 7080/24 7081/1
7081/3 7082/9 7082/13 7082/14 7083/9
7083/10 7083/12 7083/13 7084/3
7084/4
well [178]
well-versed [1]  7064/12
wellbore [3]  7082/2 7082/7 7082/11
wells [16]  6976/8 7053/2 7057/3
7060/11 7060/14 7060/15 7060/17
7061/5 7061/9 7073/21 7075/6 7075/22
7076/4 7078/3 7087/7 7087/8
went [10]  6957/17 6965/4 7006/18
7041/10 7059/23 7061/19 7061/20
7065/15 7084/7 7086/25
were [100]  6945/3 6945/5 6948/9
6949/11 6950/2 6950/4 6951/23
6955/22 6956/18 6962/21 6966/8
6969/1 6970/13 6971/9 6974/17
6986/10 6991/13 6992/18 6992/22
6993/6 6993/23 6993/25 6994/7
6995/15 6996/2 6996/6 6996/17
6996/19 7000/3 7002/6 7002/17
7002/22 7003/17 7006/5 7008/3
7008/20 7008/21 7009/14 7014/13
7021/5 7022/25 7027/1 7030/2 7030/3
7030/5 7030/6 7035/6 7035/18 7035/25
7038/20 7039/11 7042/10 7042/22
7043/4 7043/7 7046/3 7051/1 7051/4
7051/4 7051/7 7054/10 7058/4 7059/2
7059/21 7060/3 7060/10 7060/11
7060/15 7060/16 7060/17 7060/22
7061/4 7061/5 7061/9 7061/9 7062/4

were... [24]  7062/13 7062/23 7063/14
7065/9 7066/25 7067/6 7067/7 7068/2
7078/13 7078/13 7078/15 7078/21
7079/9 7080/7 7081/25 7083/2 7083/21
7083/23 7084/15 7086/17 7088/19
7089/5 7089/10 7090/17
weren't [1]  7090/4
West [1]  7012/22
West Coast [1]  7012/22
what [164]
what's [12]  6964/13 6966/14 6966/24
6975/19 6983/2 6983/13 6987/20
7022/2 7024/8 7037/12 7070/9 7077/14
whatever [6]  6943/7 6957/5 6973/24
6989/13 7003/9 7003/13
whatsoever [1]  6965/8
when [88]  6944/12 6945/7 6946/2
6948/19 6950/5 6950/23 6954/20
6957/16 6958/13 6959/15 6960/19
6960/24 6961/12 6961/14 6962/1
6962/11 6962/21 6962/22 6963/17
6964/3 6966/13 6967/8 6968/6 6971/12
6973/9 6973/25 6974/17 6974/22
6976/5 6976/10 6976/22 6977/14
6983/22 6983/25 6984/1 6988/6
6992/18 6992/21 6992/22 6993/15
6994/17 6994/25 6995/4 6995/4
6997/18 7002/1 7003/22 7004/13
7004/22 7006/4 7006/17 7006/18
7007/11 7008/25 7015/21 7016/7
7021/10 7022/18 7028/18 7030/12
7030/13 7031/21 7037/6 7040/2 7043/4
7047/2 7048/6 7048/25 7053/7 7056/10
7058/6 7060/11 7065/9 7065/9 7070/8
7074/1 7074/18 7074/22 7074/25
7075/3 7079/18 7080/14 7080/24
7081/8 7082/6 7084/10 7085/17
7088/23
whenever [5]  6962/20 6962/23 7013/16
7039/2 7088/3
where [43]  6945/3 6945/10 6949/5
6950/1 6951/15 6952/14 6953/1 6953/6
6954/7 6954/23 6958/5 6958/9 6967/25
6968/11 6968/25 6970/15 6971/12
6971/19 6972/9 6979/12 6985/20
6987/8 7001/5 7016/3 7019/10 7023/25
7029/18 7033/19 7048/21 7052/20
7056/23 7060/10 7070/15 7073/7
7076/13 7077/2 7077/17 7080/1 7080/1
7081/4 7083/24 7084/2 7090/1
WHEREUPON [6]  6944/21 7032/8
7055/1 7055/7 7055/21 7090/17
wherever [1]  7011/12
whether [35]  6974/5 6976/6 6979/3
6984/7 6987/20 6989/12 6989/13
6992/22 7001/19 7005/19 7006/3
7009/6 7009/10 7010/7 7017/5 7023/6
7034/13 7034/16 7036/22 7036/23
7038/25 7039/17 7039/19 7039/23
7040/4 7042/10 7042/14 7046/5 7046/7
7047/5 7047/19 7078/7 7079/22
7087/12 7088/3
which [73]  6942/18 6947/8 6952/22
6952/24 6953/12 6953/20 6955/17
6957/11 6957/21 6959/13 6964/8
6964/11 6964/16 6964/21 6964/23
6967/25 6978/17 6981/6 6983/6
6983/14 6987/8 6988/15 6995/8
6996/15 6996/21 6997/12 7000/3
7001/23 7006/10 7007/3 7009/23
7011/18 7013/13 7016/2 7017/19

7018/5 7019/21 7020/11 7020/25
7021/11 7024/4 7024/25 7025/1
7025/22 7026/5 7029/4 7029/23
7031/19 7034/16 7035/24 7038/16
7039/7 7041/25 7042/4 7042/8 7052/16
7052/22 7057/6 7058/11 7063/20
7070/10 7070/23 7072/2 7075/16
7075/17 7075/21 7075/24 7076/4
7076/23 7078/2 7078/8 7083/13 7084/4
while [6]  6956/2 6995/6 7014/13
7040/22 7061/5 7062/23
Whiteley [1]  6937/15
who [19]  6942/17 6950/5 7008/8
7008/21 7009/7 7010/14 7011/23
7022/21 7022/24 7024/13 7026/12
7026/17 7026/21 7049/7 7060/25
7062/9 7065/6 7071/8 7071/11
who's [1]  7049/22
Whoever [1]  7021/16
whole [2]  6967/25 7075/23
whom [1]  7056/25
whose [1]  7065/15
why [18]  6946/14 6950/5 6950/16
6950/18 6958/19 6960/10 6966/15
6974/17 6981/1 6981/1 7042/22
7047/13 7069/4 7072/25 7074/11
7079/21 7085/2 7087/19
wide [1]  7070/6
width [6]  6965/16 6966/10 6967/24
6968/2 6968/5 6999/10
will [29]  6942/18 6943/11 6943/17
6943/18 6946/14 6946/17 6947/5
6953/19 6966/14 6972/24 6978/3
6981/7 6981/7 6985/18 6985/20
6987/14 6987/20 6988/12 7015/13
7015/15 7019/20 7030/24 7039/2
7040/1 7048/6 7050/8 7066/15 7066/18
7074/3
Williams [3]  6935/15 6935/15 7031/8
Williamson [8]  6936/2 6936/3 6971/4
6985/14 7021/10 7027/17 7027/20
7047/7
Williston [1]  7057/6
WINFIELD [1]  6937/9
Wiping [1]  6978/10
wired [7]  6944/8 6963/9 6977/25 6992/6
7000/9 7000/13 7001/25
withdrawing [1]  7002/21
withdrawn [2]  7003/15 7003/17
withdrew [1]  7002/18
within [3]  6952/7 6960/6 7023/13
without [11]  6942/13 6946/5 6981/8
7030/19 7038/17 7046/12 7065/21
7070/1 7072/20 7081/13 7082/15
witness [15]  6942/17 6942/18 6942/21
6950/10 6950/13 6988/22 6990/16
6990/23 7019/1 7024/7 7040/14 7054/3
7055/17 7064/15 7074/2
witnesses [7]  6942/25 6943/11 6943/13
6943/14 6943/16 6943/18 7008/1
Wittmann [2]  6938/22 6938/23
won't [8]  6946/11 6949/2 6950/23
6969/15 6988/15 6999/12 7016/12
7038/14
word [1]  7036/4
wording [2]  7008/12 7009/10
wording's [1]  6965/7
words [3]  6994/14 7006/14 7029/21
work [48]  6966/5 6966/8 6966/10
6967/11 6968/20 6980/1 6982/9
6982/12 6983/5 6983/9 6984/4 6984/8
6985/2 6987/20 6988/16 6990/1
6995/12 6998/7 6998/12 7000/24

7006/11 7010/13 7010/21 7014/8
7015/14 7015/14 7016/7 7016/4
7016/12 7016/17 7019/13 7022/15
7033/2 7035/5 7046/13 7051/10
7052/17 7057/1 7057/6 7059/23
7061/19 7067/8 7067/10 7070/9
7070/12 7073/11 7073/19 7088/6
worked [10]  6958/4 6962/25 6964/3
6966/4 6975/23 6976/3 7008/7 7036/5
7037/15 7061/3
workers [2]  7019/14 7019/17
working [12]  6942/20 6943/14 6943/16
6963/14 6966/3 6988/19 6996/2 6996/3
7006/5 7025/1 7074/15 7074/17
works [4]  6962/24 6966/23 6998/8
7001/15
world [4]  6959/1 6983/12 7038/16
7065/12
worried [1]  7083/7
worries [2]  7052/3 7052/6
worry [1]  7077/14
worth [1]  6999/22
would [105]  6941/16 6942/3 6942/10
6942/23 6942/24 6943/1 6943/13
6944/1 6944/2 6945/10 6951/11 6955/6
6957/4 6964/4 6968/7 6973/9 6973/24
6979/11 6980/17 6980/21 6980/24
6982/15 6983/12 6984/16 6988/22
6989/14 6989/17 6990/10 6990/11
6991/2 6991/8 6991/9 6991/18 6991/19
6991/21 6992/6 6992/12 6992/16
6993/5 6993/8 6994/2 6997/20 6999/8
6999/23 7000/14 7000/24 7001/7
7002/11 7003/24 7005/10 7005/18
7006/2 7009/1 7010/17 7011/5 7011/12
7012/16 7013/19 7014/12 7015/3
7016/19 7016/21 7019/15 7025/3
7025/18 7025/23 7027/9 7028/4 7028/9
7028/13 7029/15 7029/22 7035/23
7038/12 7038/15 7040/8 7046/4
7046/20 7046/22 7056/3 7060/13
7065/17 7065/24 7066/12 7066/13
7066/21 7068/19 7069/8 7071/9
7071/11 7071/12 7078/5 7079/4 7081/1
7081/24 7083/13 7083/14 7083/15
7084/17 7084/18 7086/18 7089/1
7089/3 7090/5 7090/6
wouldn't [1]  7014/9
wrap [1]  7032/2
Wright [1]  6934/18
written [3]  7068/10 7071/16 7085/12
wrong [7]  6971/14 6974/10 6982/17
7046/4 7049/15 7049/19 7049/21
wrongs [1]  7034/24
wrote [1]  6988/1

Y

yeah [6]  6956/16 6957/14 6981/10
7058/14 7062/4 7080/1
year [13]  6967/18 6970/17 6971/5
6971/16 6971/21 6971/21 6972/2
6972/11 6972/11 6974/18 7036/1
7042/15 7045/12
years [11]  6945/15 6970/19 6972/20
7016/21 7023/13 7058/16 7059/13
7059/25 7060/1 7063/18 7064/17
yellow [12]  6969/1 6969/3 6977/18
6992/6 6997/8 6998/1 6998/3 6998/12
6998/16 7000/8 7000/10 7000/16
yep [2]  7023/9 7054/1
yes [264]
yesterday [24]  6941/14 6942/2 6942/15
6942/20 6944/11 6945/2 6945/5 6950/2

## Y

yesterday... [16]  6950/11 6951/24
6954/6 6970/13 6975/17 6986/9 6987/5
6989/10 7020/12 7021/3 7027/10
7027/22 7031/12 7031/12 7031/14
7047/7
yield [1]  6947/4
Yoakum [1]  6936/3
you [729]
you'll [9]  6946/3 6946/8 6951/1 7013/13
7027/13 7041/18 7045/5 7048/3 7049/6
you're [38]  6948/7 6955/9 6956/21
6956/25 6967/20 6967/22 6968/11
6968/18 6972/6 6976/5 6980/2 6987/25
6995/19 6998/21 7000/22 7008/1
7009/7 7012/7 7015/18 7018/23
7019/11 7022/15 7022/18 7027/14
7033/16 7035/10 7035/18 7037/1
7037/8 7048/25 7050/17 7050/24
7054/4 7056/10 7075/10 7077/15
7078/22 7079/19
you've [48]  6947/4 6954/4 6962/6
6971/22 6976/11 6977/11 6979/12
6979/12 6979/13 6980/6 6989/9 6990/9
6990/11 6991/8 7000/5 7001/15 7003/3
7003/15 7005/5 7005/7 7005/19
7007/18 7010/13 7013/10 7016/15
7016/22 7037/1 7039/6 7040/18
7040/22 7041/14 7043/16 7046/9
7048/7 7050/19 7056/9 7056/22
7059/14 7064/17 7064/24 7068/9
7070/17 7082/9 7082/10 7083/4
7083/10 7083/19 7088/21
YOUNG [1]  6937/5
your [235]
Your Honor [20]  6944/7 7021/14
7021/20 7024/6 7050/1 7055/13 7056/2
7056/15 7056/16 7065/17 7065/24
7066/2 7066/5 7066/9 7066/12 7066/20
7068/19 7069/1 7069/9 7090/7
yourself [2]  6995/24 7064/3

## Z

Zatarain [2]  6973/3 6995/21
Zatarain's [3]  6973/7 6973/15 6974/5
zone [4]  7080/24 7081/2 7084/3
7084/20
zones [4]  7080/7 7080/8 7082/5
7082/14
zoom [1]  6977/5