UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179  Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | The Hon. Sally Shushan |

ORDER

AND NOW upon consideration of the Special Master's unopposed Motion to Compel the Florida Fish and Wildlife Conservation Commission to Provide the Special Master with Trip Ticket or Equivalent Data, it is hereby

ORDERED that the Special Master's Motion is GRANTED; and it is further

ORDERED that as soon as practicable the Florida Fish and Wildlife Conservation Commission provide the Special Master with all trip ticket data for gulf coast landings in electronic format for the period January 1, 2007 through December 31, 2011; and it is further

ORDERED that the Special Master shall maintain all information received as Confidential Claims Information pursuant to this Court's Order of June 29, 2012 (Doc. No. 6822), and the Special Master shall share all information received pursuant to the Order with the DHECC Claims Administration Office, all in furtherance of the Court's Order of September 6, 2013.

New Orleans, Louisiana, this __7th__ day of May, 2014.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE