UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 12-970 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before issuing the Order & Reasons of April 29, 2014 (Rec. Doc. 12794) granting the Special Master's Motion for Return of Payments Made to Casey C. Thonn and Others, the Court considered, *inter alia*, Coastal Claims Group, LLC's Sur-Reply (Rec. Doc. 12605) and the Special Master's response to same (Rec. Doc. 12616). However, the Court had not formally granted the motions seeking leave to file these memoranda. The Court grants these motions now.

IT IS ORDERED that Coastal Claims Group, LLC's Motion for Leave to File Sur-Reply (Rec. Doc. 12605) is GRANTED.

FURTHER ORDERED that the Special Master's Motion for Leave to File Response to Coastal Claims Group's Sur-Reply (Rec. Doc. 12616) is GRANTED.

Signed in New Orleans, Louisiana, this 7th day of May, 2014.

_____
United States District Judge