# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf * of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 THIS DOCUMENT RELATES TO C.A. NO. 14-CV-121 |
| Applies to: *All Cases.* | * * * * * | SECTION:  J JUDGE CARL BARBIER MAGISTRATE JUDGE SALLY SHUSHAN |

## ORDER

Considering the foregoing,

IT IS ORDERED that E. Phelps Gay, Kevin R. Tully, and H. Carter Marshall, and the law firm of Christovich & Kearney, LLP are hereby WITHDRAWN as counsel for defendants in the captioned matter; and that Lewis O. Unglesby and Unglesby Law Firm are hereby SUBSTITUTED as counsel for all defendants, Andry Lerner, L.L.C., Andry Law Group, L.L.C., Jonathan B. Andry, and Christina E. Mancuso.

New Orleans, Louisiana this 7th day of May, 2014.

_____
United States District Judge