UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO 2179  SECTION: J  Judge Barbier |
| This Document Relates to: 2:13-CV-05366 | * * | Mag. Judge Shusan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING THE FOREGOING: (Rec. Doc. 12819)

IT IS ORDERED that Daniel B. Snellings be and hereby withdrawn as co-counsel of record for the Plaintiffs.

New Orleans, Louisiana this 6th day of May, 2014.

_____
United States District Judge

1