

United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 02, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 14-30398   In Re: Deepwater Horizon
                  USDC No. 2:10-MD-2179
                  USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

The designation of record must be filed in the U.S. District Court within 15 days from the date of this order. A letter must be filed with our court through the ECF system advising us the designation has been filed in the district court.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Cindy M. Broadhead, Deputy Clerk
                               504-310-7707

Mr. Matthew Ian David Andrews
Mr. William W. Blevins
Mr. Robert C. Mike Brock
Mr. Timothy A. Duffy
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Mr. Elias John Saad

_____ Fee_____
_____ Process_____
  X   Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana
MAY 0 2 2014