UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS REFERS TO CASE NO. 2:13-CV-2791 | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

The undersigned law firm of Coats | Rose hereby files its Notice of Appearance as counsel on behalf of Danos & Curole Marine Contractors, LLC. It is respectfully requested that all future pleadings, documents, and correspondence in connection with Case No. 2:13-cv-2791 be served upon the undersigned.

In accordance with Paragraph 12 of the Court's Pretrial Order Number 1, please note that the following counsel are members in good standing and admitted to practice in United States District Courts as follows:

1. Charles C. Conrad is an attorney residing and practicing law in Houston, Texas with the law firm of Coats | Rose, 3 E. Greenway Plaza, Suite 2000, Houston, Texas 77046-0307. Mr. Conrad is a member is good standing with the State Bar of Texas and is duly licensed to practice law in Texas. He is admitted to practice before the United States District Court for the Southern District of Texas.

2. Walter W. Christy is an attorney residing and practicing law in New Orleans, Louisiana with the firm of Coats | Rose, 365 Canal Street, Suite 800, New Orleans, Louisiana

011793.000002\4842-7183-5162.v1

70130.  Mr. Christy is a member in good standing with the State Bar of Louisiana, and is duly licensed to practice law in Louisiana.  He is admitted to practice before the United States District Court for the Eastern District of Louisiana.

Respectfully submitted this 8th day of May, 2014.

/s/ Walter W. Christy
Walter W. Christy
COATS | ROSE
365 Canal Street, Suite 800
New Orleans, LA  70130
Telephone:  (504) 299-3073
Facsimile:  (504) 299-3071
wchristy@coatsrose.com

/s/ Charles C. Conrad
Charles C. Conrad
COATS | ROSE
3 East Greenway Plaza, Suite 2000
Houston, Texas 77046
(713) 651-0111
(713) 651-0220 Fax
cconrad@coatsrose.com

**ATTORNEYS FOR DEFENDANT**
Danos & Curole Marine Contractors, LLC

CERTIFICATE OF SERVICE

I certify that the above and foregoing was electronically filed with the Court by operation of the Court's CM/ECF system.  Notice of this filing will be sent to all counsel whose email addresses are shown on the Panel Attorney Service List annexed to Pretrial Order #1.

/s/ Walter W. Christy