UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.:  2179<br><br>SECTION:  "J"<br><br>MAGISTRATE:  01 |

*This Pleading Applies to Case No. 2:11-cv-01806*

## PLAINTIFF'S EX PARTE MOTION
## TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes plaintiff, Tim Terrell, who respectfully informs this Honorable Court that he desires that Craig J. Robichaux, attorney at law and duly-enrolled member of the bar of this Court, be enrolled in this matter as additional counsel of record for him.

Thus, for the reasons set out above, plaintiff/mover hereby requests this Honorable Court for an order recognizing and enrolling Craig J. Robichaux as additional counsel of record on his behalf in this matter.

Respectfully submitted:

**TALLEY, ANTHONY, HUGHES & KNIGHT. L.L.C.**

BY: /s/ Craig J. Robichaux
   CRAIG J. ROBICHAUX (#17119)
2250 7th Street
Mandeville, Louisiana 70471
Telephone:  (985) 624-5010
Fax:  (985) 624-5306
Email: craig.robichaux@talleyanthony.com

- 2 -

-- and --

Byard "Peck" Edwards & Associates, L.L.C.
Byard "Peck" Edwards, Jr. (#5282)
902 C.M. Fagan Drive
Suite G
Hammond, LA  70403
Telephone: (985) 902-7514
Facsimile: (985) 902-7515
Email: byardedwards@bellsouth.net

ATTORNEYS FOR PLAINTIFF
TIM TERRELL

## CERTIFICATE OF SERVICE

I hereby certify that the above pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2014.

/s/ Craig J. Robichaux _____
CRAIG J. ROBICHAUX