UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.:  2179<br><br>SECTION:  "J"<br><br>MAGISTRATE:  01 |

*This Pleading Applies to Case No. 2:11-cv-01806*

### **ORDER**

Pursuant to the above and foregoing Plaintiff's Ex-Parte Motion to Enroll Additional Counsel of Record:

IT IS ORDERED that that Craig J. Robichaux be and is hereby recognized and enrolled as additional counsel of record in the above captioned matter on behalf of plaintiff Tim Terral.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**J U D G E**