UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.:  2179<br><br>SECTION:  "J"<br><br>MAGISTRATE:  01 |

*This Pleading Applies to Case No. 2:11-cv-01806*

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Tim Terrell, plaintiff herein, will submit for hearing the accompanying First Supplemental and Amending Motion to Remand before the appropriate section of the United States District Court for the Eastern District of Louisiana, namely, the Honorable Carl J. Barbier, District Judge, in New Orleans, Louisiana, on the 2nd day of July, 2014 at 9:30 o'clock A.M.

Respectfully submitted:

**TALLEY, ANTHONY, HUGHES & KNIGHT. L.L.C.**

BY: /s/ Craig J. Robichaux
   CRAIG J. ROBICHAUX (#17119)
2250 7th Street
Mandeville, Louisiana 70471
Telephone:  (985) 624-5010
Fax:  (985) 624-5306
Email: craig.robichaux@talleyanthony.com

-- and --

Byard "Peck" Edwards & Associates, L.L.C.
Byard "Peck" Edwards, Jr. (#5282)
902 C.M. Fagan Drive
Suite G
Hammond, LA  70403
Telephone: (985) 902-7514
Facsimile: (985) 902-7515
Email: byardedwards@bellsouth.net

ATTORNEYS FOR PLAINTIFF
TIM TERRELL

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2014, I electronically filed the foregoing Notice of Submission regarding Plaintiff's First Supplemental and Amending Motion for Remand with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record (there being no unrepresented parties) by operation of the court's electronic filing system.

   /s/ Craig J. Robichaux
    CRAIG J. ROBICHAUX