UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>Section:  J |
| This Document Relates To: 2:10-cv-01768, 2:10-cv-02454 | * * * * | District Judge BARBIER<br>Magistrate Judge SHUSHAN |

## JOINT MOTION TO UNSEAL DOCUMENTS

The Center for Biological Diversity (the "Center"), BP America Inc. and BP Exploration & Production Inc. (collectively "BP"), and Transocean Offshore Deepwater Drilling Inc. ("Transocean") respectfully request that certain documents previously filed under seal with this Court be unsealed and placed in the public record.

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641) and Pre-Trial Order 47 (Rec. Doc. 4237), the Center moved on April 15, 2014 to file under seal a document attached as Exhibit 5 to its Motion for Partial Summary Judgment.  *See* Rec. Doc. 12674 (Apr. 15, 2014).  The document at issue was a communication between BP and the U.S. Coast Guard marked "CONFIDENTIAL" during discovery, which was also referenced in the Center's Motion for Partial Summary Judgment and Statement of Undisputed Material Facts in support of that Motion.  The Court granted the Center's Motion to File Under Seal, and on April 16, 2014 ordered that the document marked as Exhibit 5, the unredacted Motion for Partial Summary Judgment, and the unredacted Statement of Undisputed Material Facts be filed under seal.  *See* Rec. Doc. 12679 (April 16, 2014).

BP submitted a Response to the Center's Statement of Undisputed Material Facts that contained material from, and responded to the Center's use of, the confidential document in

question.  Pursuant to the above-referenced pre-trial orders, BP also requested that this Court permit BP to file its Response under seal in order to preserve the document's confidentiality.  *See* Rec. Doc. 12823 (May 5, 2014).  After filing this Motion, BP contacted counsel for the United States regarding the confidentiality of the document in question.  Counsel for the United States stated that it had no objection with BP withdrawing its confidentiality designation over the document.  *See* Ex. 1 (May 6, 2014 Emails between A. Pixton and S. Himmelhoch).  The parties thus believe that the document should no longer be deemed confidential, and believe that it is appropriate for this document to be filed in the public record.

WHEREFORE, BP, the Center, and Transocean hereby respectfully request that the document in question, previously marked as Exhibit 5 to the Center's Motion for Partial Summary Judgment, be unsealed and placed on the public docket.  In addition, the parties request that any documents previously filed under seal because of their citation to or other referencing of the document in question also be unsealed and placed on the public docket.

Dated:  May 12, 2014                                    Respectfully submitted,

/s/ Charles M. Tebbutt_____                        /s/  Don K. Haycraft_____

Charles M. Tebbutt                                      Don K. Haycraft (Bar #14361)
Daniel C. Snyder                                        R. Keith Jarrett (Bar #16984)
Law Officers of Charles M. Tebbutt, P.C.                LISKOW & LEWIS
941 Lawrence St.                                        701 Poydras Street, Suite 5000
Eugene, OR 97401                                        New Orleans, Louisiana 70139
Telephone: 541-344-3505                                 Telephone: (504) 581-7979
                                                        Facsimile: (504) 556-4108

**ATTORNEYS FOR PLAINTIFF CENTER
FOR BIOLOGICAL DIVERSITY**                              Richard C. Godfrey, P.C.
                                                        J. Andrew Langan, P.C.
                                                        KIRKLAND & ELLIS LLP
                                                        300 North LaSalle Street
                                                        Chicago, IL 60654
                                                        Telephone: (312) 862-2000
                                                        Facsimile: (312) 862-2200

/s/_Brad D. Brian_____                           Jeffrey Bossert Clark
                                                        Joseph A. Eisert
Steven L. Roberts                                       Dominic E. Draye
Rachel Giesber Clingman                                 KIRKLAND & ELLIS LLP
SUTHERLAND ASBILL & BRENNAN LLP                         655 Fifteenth Street, N.W.
1001 Fannin Street, Suite 3700                          Washington, D.C. 20005
Houston, Texas  77002                                   Telephone: (202) 879-5000
                                                        Facsimile: (202) 879-5200
Kerry J. Miller (Bar # 24562)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700                         Joel M. Gross
New Orleans, Louisiana  70163                           ARNOLD & PORTER LLP
                                                        555 Twelfth Street, N.W.
Brad D. Brian                                           Washington, DC  20004
Daniel B. Levin                                         Telephone: (202) 942-5000
MUNGER TOLLES & OLSON LLP                               Facsimile: (202) 942-5999
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071                          Kerri L. Stelcen
                                                        ARNOLD & PORTER LLP
**ATTORNEYS FOR TRANSOCEAN                              399 Park Avenue
OFFSHORE DEEPWATER DRILLING INC.**                      New York, NY 10022
                                                        Telephone: (212) 715-1000
                                                        Facsimile:  (212) 715-1399

                                                        **ATTORNEYS FOR BP EXPLORATION
                                                        AND PRODUCTION INC. AND BP
                                                        AMERICA INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of May, 2014.

/s/ Don K. Haycraft
Don K. Haycraft