**Pixton, Allan**

___

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) <Sarah.Himmelhoch@usdoj.gov> |
| **Sent:** | Tuesday, May 06, 2014 7:19 PM |
| **To:** | Pixton, Allan |
| **Cc:** | *Sarah.Himmelhoch@usdoj.gov; phase2us@liskow.com; Nomellini, Mark J.; *abigail.andre@usdoj.gov; *deepwater.horizon@usdoj.gov; Langan, Andrew; *steve.o'rourke@usdoj.gov |
| **Subject:** | Re: Document Confidentiality Question |

no objection

Sarah D. Himmelhoch
202-514-0180
Sent from my mobile device

On May 6, 2014, at 8:09 PM, "Pixton, Allan" <allan.pixton@kirkland.com<mailto:allan.pixton@kirkland.com>> wrote:

Dear Sarah,

In connection with the Center for Biological Diversity ("CBD")'s motion for summary judgment in MDL 2179, CBD has asked BP to remove its confidentiality designation from BP-HZN-2179MDL05612227 (attached), a May 12, 2010 letter from Rear Admiral Mary Landry to Doug Suttles "Re: MC 252 Macondo Flow Containment and Capture Recovery System Document Control No. 2200-T2-DO-PR-4058 Rev 1 (Procedure)." Although BP has not identified any information in the document that merits continued confidential treatment, we wanted to confirm that the U.S. has no issue with BP removing this confidentiality designation (as the document appears to have been created by Adm. Landry).

Please advise at your earliest convenience.

Best Regards,

Allan

R. Allan Pixton | Kirkland & Ellis LLP
300 North LaSalle Street | Chicago, Illinois 60654
Direct: (312) 862-2453 | Fax: (312) 862-2200

************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.
************************************************************

<BP-HZN-2179MDL05612227 (2).pdf>