UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Briefing on BP's Motion to Clarify or Amend Order Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court (Rec. doc. 12702)]

A telephone status conference was held today regarding discussions between BP and Class Counsel concerning the logistics of compliance with the Court's Order entered on March 25, 2014. Rec. doc. 12591. Participating in the conference were Kevin Downey on behalf of BP and Steve Herman on behalf of Class Counsel. The parties agreed to provide the undersigned with stipulations covering those issues.

However, it was clear that the parties' current discussions will not resolve the motion by BP to clarify and amend the Court's previous order. Accordingly,

IT IS ORDERED that Class Counsel file an opposition to BP's motion by **Wednesday, May 21, 2014** with any reply by BP (limited to 7 pages) to be filed by **Tuesday, May 27, 2014**, at which time the motion will be taken under advisement.

Pending the Court's decision on the motion to clarify or amend, the parties may hold off on destruction of data with the understanding that pre-determination data shall be segregated and not accessed during the interim period.

New Orleans, Louisiana, this 12th day of May, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**