# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| T. David Mann & Associates, P.A. | 04/18/14 | 136743 |
| Eastern Shore Toyota, LLC | 04/18/14 | 136745 |