# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Affordable Interiors, Inc. | 04/17/14 | 136737 |
| Morgan, James Dean | 04/17/14 | 136738 |
| Estate of Harold V. Carver | 04/18/14 | 136740 |
| Shri Sai LLC dba The Village Inn Motel | 04/18/14 | 136741 |
| Corrective Care Chiropractic, LLC | 04/18/14 | 136742 |
| Nairn Enterprises, Inc. | 04/18/14 | 136744 |
| Sunderman Pools, Inc. dba South Wind Pools | 04/18/14 | 136746 |
| Robert Sunderman | 04/18/14 | 136747 |
| Key West Properties, LLC | 04/22/14 | 136750 |
| Antill Pipeline Construction Co., Inc. | 04/22/14 | 136751 |
| Wallace, Julie & George | 04/22/14 | 136752 |
| TP Pawn, Inc. dba Platinum Pawn | 04/22/14 | 136753 |
| Brandon Lift Service, Inc. | 04/22/14 | 136754 |
| NASRS Auto Sales, Inc. dba Exotic Motorcars | 04/22/14 | 136755 |
| Wolfman Oil & Marine Services, Inc. | 04/22/14 | 136758 |
| Kri Kar, Inc. dba Sturtz Lock & Safe | 04/22/14 | 136759 |
| Seaport Development LLC | 04/22/14 | 136760 |
| 516 Angela LLC | 04/22/14 | 136761 |
| 512 Angela LLC | 04/22/14 | 136762 |
| Tevis Wernicoff | 04/22/14 | 136763 |
| Sam Dickson | 04/22/14 | 136764 |