**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This document relates to:<br>2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2014.

_____
**HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Affordable Interiors, Inc. | 04/17/14 | 136737 |
| Morgan, James Dean | 04/17/14 | 136738 |
| Estate of Harold V. Carver | 04/18/14 | 136740 |
| Shri Sai LLC dba The Village Inn Motel | 04/18/14 | 136741 |
| Corrective Care Chiropractic, LLC | 04/18/14 | 136742 |
| Nairn Enterprises, Inc. | 04/18/14 | 136744 |
| Sunderman Pools, Inc. dba South Wind Pools | 04/18/14 | 136746 |
| Robert Sunderman | 04/18/14 | 136747 |
| Key West Properties, LLC | 04/22/14 | 136750 |
| Antill Pipeline Construction Co., Inc. | 04/22/14 | 136751 |
| Wallace, Julie & George | 04/22/14 | 136752 |
| TP Pawn, Inc. dba Platinum Pawn | 04/22/14 | 136753 |
| Brandon Lift Service, Inc. | 04/22/14 | 136754 |
| NASRS Auto Sales, Inc. dba Exotic Motorcars | 04/22/14 | 136755 |
| Wolfman Oil & Marine Services, Inc. | 04/22/14 | 136758 |
| Kri Kar, Inc. dba Sturtz Lock & Safe | 04/22/14 | 136759 |
| Seaport Development LLC | 04/22/14 | 136760 |
| 516 Angela LLC | 04/22/14 | 136761 |
| 512 Angela LLC | 04/22/14 | 136762 |
| Tevis Wernicoff | 04/22/14 | 136763 |
| Sam Dickson | 04/22/14 | 136764 |