## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179    SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | |
| 13-CV-05568 | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, come attorneys, **John W. deGravelles, J. Neale deGravelles** and **Richard J. Fernandez**, who move this Honorable Court to allow them to withdraw as counsel of record for Plaintiffs, Aubrey L. Roney, individually and as personal representative of his minor daughter, Brianna L. Roney; and Amber N. Roney, 6530 Belwood Drive West, Theodore, AL 36582.

1.

Movers attest that they have made a good faith effort to abide by the local rules governing Motions to Withdraw.

2.

Movers show that they have heretofore represented Plaintiffs in this cause, but that they desire to withdraw from said representation.

3.

This matter is in its infancy and, as such, there are no pending conferences, hearings or trial and this withdrawal will not impede the progress of this case.

4.

Movers have notified Plaintiffs and counsel for Environmental Services, L.L.C. and Natures's Way Marine, L.L.C. of their intent to withdraw in this matter. Movers have specifically informed Mr. Boland-Manka of their reasons for doing so. Attached to this Motion as Exhibit A is a copy of that written communication. Opposing counsel for for Environmental Services, L.L.C. and Natures's Way Marine, L.L.C. have given consent to the filing of this Motion.

WHEREFORE, Movers, John W. deGravelles, J. Neale deGravelles and Richard J. Fernandez, respectfully pray that they be allowed to withdraw as counsel of record for Plaintiffs, Aubrey L. Roney, individually and as personal representative of his minor daughter, Brianna L. Roney; and Amber N. Roney, in the above entitled and numbered action.

By Attorneys:

*s/John W. deGravelles*
**JOHN W. deGRAVELLES** (04808)
J. NEALE deGRAVELLES (29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
(225) 344-3735 • Fax: (225) 336-1146
jdegravelles@dphf-law.com
ndegravelles@dphf-law.com

*s/Richard J. Fernandez*
**RICHARD J. FERNANDEZ** (05532)
Law Office of Richard J. Fernandez, LLC
3000 West Esplanade Avenue, Ste. 200
Metairie, Louisiana 70002
(504) 834-8500 • Fax: (504) 834-1511
rick@rjfernandezlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of May, 2014, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

*s/John W. deGravelles*
**JOHN W. deGRAVELLES**

# deGravelles, Palmintier, Holthaus & Frugé L.L.P.

**ATTORNEYS AT LAW**
618 Main Street
Baton Rouge, Louisiana 70801-1910
(225) 344-3735
Telecopier (225) 408-5339
www.dphf-law.com

John W. deGravelles, L.L.C.[1,2]
www.degravelles.com
Michael C. Palmintier, P.L.C.
C. Frank Holthaus, P.L.C.[3]
Scott H. Frugé, P.L.C.
Joshua M. Palmintier
J. Neale deGravelles

Jonathan E. Mitchell
Stephanie Bond Hulett
Jennifer G. Prescott

*Of Counsel*
Joseph M. Burke

David W. Robinson
(1927-2004)

[1] ALSO ADMITTED IN COLORADO AND TEXAS
[2] BOARD CERTIFIED - CIVIL TRIAL ADVOCACY
    *National Board of Trial Advocacy*
[3] BOARD CERTIFIED - CRIMINAL TRIAL ADVOCACY
    *National Board of Trial Advocacy*

March 24, 2014

**VIA UPS**

Aubrey L. Roney
6530 Belwood Drive West
Theodore, AL 36582

RE:   In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
      in the Gulf of Mexico, on April 20, 2010
      MDL Number 2179, Section: J
      Related to: Aubrey L. Roney, et al. – USDC-LA (ED) 13-CV-05568
      File Number 13-135

Dear Mr. Roney:

As Joe Burke and I explained to you when we spoke on February 21, 2013, unfortunately it appears to us that, because an opt-out request was not submitted to the Medical Settlement Administrator prior to the extended November 1, 2012 deadline, you are a member of the Medical Class and you will be limited to the recovery provided for by the Medical Settlement.

As we explained, we asked that you notify us whether we are authorized to dismiss your lawsuit or, alternatively, you are to give us the name of an attorney who would take your case.

We have not heard from you since February 21, 2013 and therefore, we are enclosed the following:

1.  Medical Settlement claim form completed by attorneys at Beasley Allen;
2.  All medical records that we received in support of your claims against BP;
3.  A copy of the lawsuit we filed on your behalf in the United States District Court for the Eastern District of Louisiana; and
4.  A copy of Judge Barbier's decision in DuWayne Mason v. Seacor Marine, LLC, which explains that Medical Class members that did not submit a timely Settlement opt-out request are limited to the recovery provided by the Medical Settlement.

If we do not hear from you within 30 days of the date of this letter, with your authorization to dismiss or, alternatively, the name of another attorney who will represent you, we will file a motion to withdraw as your counsel and close our file in this matter.

K:\Public\JWD\RONEY, AUBREY\Correspondence\Roney Ltr 03-24-14 - closing file.wpd

Exhibit A

Aubrey L. Roney
March 24, 2014
Page Two


In the meantime, we will not be taking any further action on your behalf. Please let us know as soon as possible what you want to do.

With kindest regards, I remain

Very truly yours,

John W. deGravelles

enclosures

cc:     Richard J. Fernandez

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z YF2 083 13 9688 957 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/25/2014  1:18 P.M. |
| Location: | LEFT WITH WOMAN |
| Delivered To: | 6530 BELWOOD DR W<br>THEODORE,  AL,  US  36582 |
| Shipped/Billed On: | 03/24/2014 |
| Reference Number(s): | JWD-#13-135, RONEY |
| Service: | NEXT DAY AIR SAVER |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| WHISTLER, AL, US | 03/25/2014 | 1:18 P.M. | Delivered |
| | 03/25/2014 | 8:27 A.M. | Destination Scan |
| | 03/25/2014 | 6:59 A.M. | Arrival Scan |
| PENSACOLA, FL, US | 03/25/2014 | 6:28 A.M. | Departure Scan |
| | 03/25/2014 | 6:08 A.M. | Arrival Scan |
| ALBANY, GA, US | 03/25/2014 | 6:21 A.M. | Departure Scan |
| | 03/25/2014 | 5:49 A.M. | Arrival Scan |
| LOUISVILLE, KY, US | 03/25/2014 | 4:22 A.M. | Departure Scan |
| PORT ALLEN, LA, US | 03/24/2014 | 7:24 P.M. | Origin Scan |
| | 03/24/2014 | 4:55 P.M. | Pickup Scan |
| US | 03/24/2014 | 2:31 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS:  05/13/2014  10:56 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

 Feedback

Close Window

Copyright © 1994-2014 United Parcel Service of America, Inc. All rights reserved.