## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179    SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 13-CV-05568 | MAGISTRATE JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record;

IT IS ORDERED that John W. deGravelles, J. Neale deGravelles and Richard J. Fernandez be allowed to withdraw as counsel of record in this action for Plaintiffs, Aubrey L. Roney, individually and as personal representative of his minor daughter, Brianna L. Roney; and Amber N. Roney.

ORDERED AND SIGNED at New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**JUDGE, UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

**COUNSEL WILL SERVE TO FOLLOWING VIA LEXIS NEXIS FILE & SERVE:**

**BP EXPLORATION & PRODUCTION, INC.**

**BP AMERICA PRODUCTION COMPANY**

**BP P.L.C.**

**COUNSEL WILL SERVE TO FOLLOWING VIA VIA LEXIS NEXIS FILE & SERVE AND CERTIFIED MAIL:**

**APEX ENVIRONMENTAL SERVICES, L.L.C.**
through its registered agent for service:
Ashlee Gibson
4137 South Sherwood Forest Blvd., Suite 130
Baton Rouge, LA 70816

**NATURES'S WAY MARINE, L.L.C.**
through its registered agent for service:
Jules Simon
9332 Blue Bonnet Blvd.
Baton Rouge, LA 70810

**UNITED STATES ENVIRONMENTAL SERVICES, L.L.C.**
through its Attorney of Record:
Matthew R. Jackson
Adams and Reese LLP
11 North Water Street, Suite 23200
Mobile, AL  36602

**ENVIRONMENTAL, SAFETY & HEALTH CONSULTING SERVICES, INC.**
through its registered agent for service:
L. Xavier Boucvalt, III
1730 Coteau Road
Houma, LA 70364