UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG           * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the  * | |
| GULF OF MEXICO, on                           * | SECTION J |
| APRIL 20, 2010                                       * | |
| * | JUDGE BARBIER |
| * | |
| * | MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:**          * | |
| No. 12-00311                                           * | **JURY TRIAL DEMANDED** |

**LIU'S REPLY IN SUPPORT OF ITS
<u>MOTIONS FOR PARTIAL SUMMARY JUDGMENT</u>**[1]

# EXHIBIT V

# FILED UNDER SEAL

| | |
|---|---|
| Judy Y. Barrasso, 2814 | Christopher W. Martin, PRO HAC VICE |
| Celeste Coco-Ewing, 25002 | Federal I.D. 13515 |
| BARRASSO USDIN KUPPERMAN | Gary L. Pate, PRO HAC VICE |
|   FREEMAN & SARVER, L.L.C. | Federal I.D. 29713 |
| 909 Poydras Street, 24th Floor | 808 Travis, Suite 1800 |
| New Orleans, Louisiana 70112 | Houston, Texas 77002 |
| 504.589.9700 (Telephone) | 713-632-1700 (Telephone) |
| 504.589.9701 (Facsimile) | 713-222-0101 (Facsimile) |

Attorneys for Liberty International    Underwriters, Inc.

---

[1]    As the Court ordered (Rec. Doc. No. 12610), Liberty Insurance Underwriters, Inc. ("LIU") submits this Reply in support of its Motion for Partial Summary Judgment Concerning Cameron's Forfeiture of Coverage (Rec. Doc. No. 12580) and its Motion for Summary Judgment on Cameron's § 541 claim (Rec. Doc. No. 12578).

965438_1