UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO: 2179  SECTION: J |
| Relates to: 2:14-cv-657 | ) ) ) ) ) | Judge Barbier Mag. Judge Shushan |

**DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE REPLY TO MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Defendants Downs Law Group, P.A., Craig T. Downs, Jeremy D. Friedman, and Daniel Perez, by and through undersigned counsel, and hereby files their Joint Motion for Leave to File a Reply to Plaintiffs' Memorandum of Law in Opposition to Defendants' Joint Motion to Dismiss and in support would state as follows:

1. On or about March 24, 2014 the Plaintiffs filed a Complaint seeking what appeared to be four separate causes of action in Count One.

2. On or about April 25, 2014 the Defendants filed a Joint Motion to Dismiss, requesting that this court dismiss the Complaint for lack of venue, personal jurisdiction and failure to state a cause of action.

3. On or about May 6, 2014 the Plaintiffs filed a Memorandum in Opposition to the Motion to Dismiss. In the Memorandum in Opposition to the Motion to Dismiss, the Plaintiffs opposed the claims for lack of venue and personal jurisdiction and further attached new evidence for the court's consideration. In addition, the

    Plaintiffs alleged that they were clarifying their complaint to the extent that they were only seeking relief for a single count, i.e. violation of the Louisiana Unfair Trade Practices Act.

4.  The Defendants allege that as a result of this clarification, the complaint must be dismissed with prejudice in its entirety, notwithstanding any other issue, because the Plaintiffs lack standing due to the fact that they are neither consumers nor competitors of the Defendants.

5.  As a result, as such, the Defendants hereby move this court for leave to file a Reply to the Plaintiffs Memorandum in Opposition to Defendants' Joint Motion to Dismiss. In the Reply, the Defendants respond to the various arguments made by the Plaintiffs as to venue and jurisdiction and the evidence attached to their Memorandum as well as address the Louisiana Unfair Trade Practices Act and standing related thereto. A copy of the Reply is being filed herewith.

WHEREFORE, the Defendants would request that this Court grant its Motion for Leave to File a Reply to the Plaintiffs' Memorandum in opposition to Defendants' Motion to Dismiss and for any additional relief this court deems just and proper.

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that the above and foregoing Motion has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

I HEREBY CERTIFY that the above was sent via U.S. Mail and Electronic Mail on this 13th day of May, 2014 to: Melancon Rimes, Jason L. Melancon, Suite B Baton Rouge, LA 70809 jason@melanconrimes.com.

>The Downs Law Group, PA
>3250 Mary Street, Suite 307
>Coconut Grove, FL 33133
>(305) 444-8226
>Attorney for Claimants
>
>__/s/ Jeremy Friedman___
>Jeremy D. Friedman
>Florida Bar # 134643