UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  Section:  J |
| This Document Relates To: 2:10-cv-01768, 2:10-cv-02454 | * * * | District Judge BARBIER  Magistrate Judge SHUSHAN |

## ORDER

Upon consideration of the Parties' Joint Motion to Unseal Documents, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

The Clerk of Court is instructed to place Exhibit 5 of the Center for Biological Diversity's Motion for Partial Summary Judgment (Rec. Doc. 12673) in the public record.  The Clerk is also instructed to unseal and place the following documents in the public record:

(1) the Center's unredacted Motion for Partial Summary Judgment;

(2) the Center's unredacted Statement of Undisputed Material Facts; and

(3) BP's unredacted Response to the Center's Statement of Undisputed Material Facts.

IT IS SO ORDERED.

New Orleans, Louisiana this 12th day of May, 2014.

_____
United States District Judge