UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: 10-4536 …………………………………………………... | : : | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

**UNITED STATES' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES**

Plaintiff, the United States of America, respectfully moves this Court pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure for an order compelling BP to produce documents in response to Plaintiff's requests for production of documents and to fully answer Plaintiff's interrogatories. In support of this motion, Plaintiff states the following:

1. On April 18, 2014, the United States served 23 requests for production and eight interrogatories on Defendant BP Exploration and Production Inc. ("BPXP") and 12 requests for production and seven interrogatories on Defendant Anadarko Petroleum Corp. ("APC"). *See* Ex. 1.

2. BP and the United States met and conferred about the United States' revised discovery requests on April 23 and 25, 2014.

3. APC and the United States met and conferred about the United States' revised discovery requests on April 23, 2014.

4. BPXP and APC served their formal responses to the United States' requests on April 28, 2014.

5. BP and the United States met and conferred again on May 8, 2014.

6. APC and the United States met and conferred again on certain discovery requests on May 2, 2014.

1

      7.      BPXP's responses remain inadequate with respect to requests for production nos. 1–6, 9–10, and 12–16, and interrogatories nos. 1, 2, and 6.

      8.      APC's responses remain inadequate with respect to request for production no. 10.

A memorandum of law in support of this motion and a proposed order is filed herewith.

      Respectfully Submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | MICHAEL MCNULTY |
| Admiralty and Aviation | Senior Litigation Counsel |
| STEPHEN G. FLYNN | NANCY FLICKINGER |
| Assistant Director | Senior Attorney |
| SHARON SHUTLER | RICHARD GLADSTEIN |
| MALINDA LAWRENCE | PATRICK CASEY |
| LAURA MAYBERRY | DANIEL SMITH |
| Trial Attorneys | Senior Counsel |
| | A. NATHANIEL CHAKERES |
| | JUDY HARVEY |
| R. MICHAEL UNDERHILL, T.A. | RACHEL KING |
| Attorney in Charge, West Coast Office | ERICA PENCAK |
| | ABIGAIL ANDRE |
| | RACHEL HANKEY |
| | BRANDON ROBERS |
| | Trial Attorneys |

      /s/  Steven O'Rourke
      STEVEN O'ROURKE
      Senior Attorney
      Environmental Enforcement Section
      U.S. Department of Justice
      P.O. Box 7611
      Washington, D.C. 20044
      Telephone:  202-514-2779
      Facsimile:   202-514-2583
      E-mail:  steve.o'rourke@usdoj.gov
      KENNETH A. POLITE, JR.
      United States Attorney
      Eastern District of Louisiana
      SHARON D. SMITH
      Assistant United States Attorney

Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3000
Facsimile:  (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  May 13, 2014.                                    /s/  Steven O'Rourke
                                                        U.S. Department of Justice