## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010** | : : : | **MDL NO. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to: 10-4536** | : : | **MAG. JUDGE SHUSHAN** |

……………………………………………...

### ORDER
### [Regarding United States' Motion to Compel Discovery]

Upon consideration of the United States' Motion to Compel Discovery (Rec. Doc.  ) filed

on May 13, 2014, the oppositions BP Exploration and Production Inc. ("BPXP") and Anadarko

Petroleum Corp. ("APC") thereto, and for good cause shown, it is hereby

**ORDERED** that BPXP shall:

1.      For RFP #1 - Produce the financial statements at the subsidiary level for BPXP,
BP America Production Company, BP Company North America Inc., BP Corporation North
America Inc., BP America Inc., and BP Holdings North America for each year, 2005-2014.  If
such financial statements and trial balances do not exist, the defendant shall provide the United
States the financial statements that do exist, specify the entities that do not have them and the
years for which they were not maintained, provide an appropriate written verification and amend
its responses to discovery requests accordingly.

2.      For RFP #2 - Produce the consolidated U.S. Federal income tax returns for BP
America Inc., including subsidiary level worksheets and consolidating accounting for each year,
2005-2014.

3.      For RFP #3 - Produce (a) a detailed chart of accounts payable and receivable
balances from 2005-2014; (b) financing or loan agreements in place or in effect between BPXP
and other BP entities from 2005-2014; (c) a representative sample of documents clarifying what
BP contends is "sufficient to summarize" both (i) policies relating to the pricing of intra-Group
debt between BPXP and other BP entities; and (ii) injections of equity by BP entities into BPXP
from 2005 to 2014 (as well as the subsequent production of such summary documents if they

are found adequate); and (d) all service agreements in effect between BPXP and other BP entities from 2005-2014.

  4.  For RFP #4 – Produce the current or most recent final, board of director authorized multi-year budgets that include future projections for BPXP and each of the entities in the line of ownership up to BP p.l.c.  In the alternative, the defendant may verify that it will be bound by credit agency reports for purposes of this litigation.

  5.  For RFP #5 – Produce all documents authored by, addressed to, received by, or that identify Brenda Pennington, D.B. Pinkert, Denise Robertson,  K.D. Heulitt, R.J. Pillari, and P.D. Wessells related to the Macondo Incident.

  6.  For RFP #6 - Produce all BPXP, BP America Production Company, BP Company North America Inc., BP Corporation North America Inc., and BP America Inc. Board of Director, Board of Director committee, and officer meeting resolutions and decisions for each year, 2008-2014.  If such resolutions and decisions do not exist for all or certain of the entities, the defendant shall provide the United States with an appropriate written verification and amend its responses to discovery requests accordingly.

  7.  For RFP #s 9-10 – Provided that the defendant produces the required information in response to RFP #s 1, 3, and 4, no additional documents will be required for RFP #s 9-10.

  8.  For RFP #12 - Produce all documents that identify BPXP's payment of distributions or dividends for 2005 to present.

  9.  For RFP #13 - Provided that the defendant identifies all liabilities that the defendant's fact or expert witnesses will testify to at trial, and provided that the defendant discloses sufficient information that the United States can evaluate each such contingent liability or debt, the defendant's response will be sufficient.

  10.  For RFP #14 – In addition to the service agreements and contracts in place 2005-present, the defendant shall provide summary accounting information tracking the payments made by BPXP to the BP entities.  The defendant must, at a minimum, identify BP entities that provided the seven specific services requested by the United States for each year and the amounts paid.

  11.  For RFP #15 - The United States has indicated it is willing to accept summary information on these asset divestments.  BP must provide contemporaneous accounting records, generated for business purposes or for public reporting, reflecting in spreadsheet form the following information:  the BP entity owning the asset, the names/description of the asset, the date of the sale of the asset, the book or carrying value of the asset, the sales price of the asset, and the gain on the sale of the asset.  In the event this information does not exist, BP must produce Purchase and Sale document for the major transactions.

  12.  For RFP #16 -  Provided that the defendant produces the required information in response to RFP #s 3, 9, 12-15, no additional documents will be required for RFP #16.

13.     For Interrogatory #1 – Identify the members of the Boards of Directors of BPXP, BP America Production Company, BP Company North America Inc., BP Corporation North America Inc., and BP America Inc. for each year, 2005-2014.

14.     For Interrogatory #2 - Identify which BP corporate entity, employed and paid Tony Hayward, Robert Dudley, Andrew Inglis, Lamar McKay, Douglas Suttles, James Dupree, David Rainey, Kevin Lacey, Brian Morel, Mark Hafle, Bret Cocales, John Guide, Robert Kaluza, Don Vidrine, Trevor Hill, Mike Mason, and David Sims for 2010-2011.

15.     For Interrogatory #6 - Identify each penalty obtained against other companies and each environmental incident referenced in BP's submission to the Court of March 3, 2014, and how you contend the penalty should be "calibrated" to the penalty to be imposed for BPXP's violations of the Clean Water Act.

**ORDERED** that APC shall:

For RFP #10 – Produce all APC Board of Director and Board of Director committee and officer meeting resolutions and decisions for each year 2008-2014 that describe, discuss, refer or relate to (1) BP as defined herein (i.e. any BP entity); or (2) APC's investment in oil and gas production in the United States; or (3) operators and non-operators; or (4) oil and gas industry customs, practices, contractual relationships, and responsibilities between operators and non-operators; or (5) the impact of civil penalties on non-operating participating parties.

New Orleans, Louisiana, this        , 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**