UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: 10-4536<br>…………………………………………….... | : : | Honorable CARL J. BARBIER<br>Magistrate Judge SHUSHAN |

## UNITED STATES' MOTION TO COMPEL
## PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES

### INDEX OF EXHIBITS

| Ex. No. | Date | Description |
|---|---|---|
| 1 | 4/18/2014 | United States' First Set of Discovery Requests in the Penalty Phase |
| 2 | 4/28/2014 | BPXP Responses to United States' First Set of Discovery Requests in the Penalty Phase |
| 3 | 4/28/2014 | APC's Response to the United States' First Set of Discovery Requests in the Penalty Phase |
| 4 | 6/20/2010 7/22/2010 | Minutes of the Meetings of the BP p.l.c. Board of Directors, June 20, 2010 and July 22, 2010 |
| 5 | 5/20/2010- 10/21/2010 | Minutes of the Meetings of SEEAC, May 20, 2010 to October 21, 2010 |
| 6 | 7/20/2010 | BP Press Release |
| 7 | 10/18/2010 | BP Press Release |
| 8 | 1/13/2011– 1/24/2014 | State of Delaware Annual Franchise Tax Reports |
| 9 | 1/1/2012 | BP Claims Program—Claim Form for Individuals and Businesses |
| 10 | 3/3/2014 | BPXP's Submission |
| 11 | 3/3/2014 | APC's Submission |
| 12 | 4/4/2014 | BPXP's Amended Initial Disclosures |
| 13 | 3/21/2014 | Hearing Transcript |
| 14 | 4/23/2014 | E-mail from Flickinger to Lotterman, et al. |
| 15 | 5/6/2014 | Letter from Nomellini to Flickinger |
| 16 | 5/13/2014 | Letter from O'Rourke to Nomellini |
| | | |
| Appendix A | | Chart showing business address of the six requested individuals |