# Exhibit 5

Minutes of a meeting of the
Safety, Ethics and Environment Assurance Committee
Held at 1 St James's Square, London SW1Y 4PD
on 20th May 2010

**Present:** Sir William Castell  Chairman
Mr. P.M. Anderson
Mrs. C.B. Carroll

**Apologies:** Mr. A. Burgmans

**In attendance:** Mr. I.C. Conn              Ms. A. Strank        Item 2
Mr. J. Baxter             Ms. T. Harlan        Item 2
Mr. D.J. Pearl            Mr. T. McCormick     Item 3
                          Mr. D. Viles         Item 4

1. **Safety and Operations Risk Reports**

   Mr. Conn noted that he and Mr. Baxter would report to the Committee on this item whilst Dr. Hayward and Mr. Bly were in the US in response to the Gulf of Mexico incident.

   **NON RESPONSIVE**

   Mr. Conn confirmed that where material issues arise during the GoM incident response which could significantly impact the company's reputation or licence to operate these will be reported to the SEEAC chairman.

   **NON RESPONSIVE**

   Mr. Conn reported that GORC was continuing to operate under his chairmanship in the absence of Dr. Hayward.

   **NON RESPONSIVE**

3854
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL                                BP-HZN-2179MDL02004517

TREX-03854

2

**NON RESPONSIVE**

Mr. Conn and Mr. Baxter referred to the Group Defined Practice addressing the identification and assessment of risk. They referred to the S&OI risk matrix, and noted that drilling and well operations practice (DWOP) was a constituent part of OMS in E&P. It was agreed that the audit process related to drilling operations would be discussed at the next SEEAC meeting.

2. **Product Quality Risk**

**NON RESPONSIVE**

3. **Compliance & Ethics Report**

**NON RESPONSIVE**

CONFIDENTIAL

BP-HZN-2179MDL02004518

3

**PRIVILEGED**

[PRIVILEGED redaction]

4. Internal Audit

[NON RESPONSIVE redaction]

5. Any Other Business

[NON RESPONSIVE redaction]

*[signature]*
CHAIRMAN

CONFIDENTIAL                    BP-HZN-2179MDL02004519

Minutes of a meeting of the
Safety, Ethics and Environment Assurance Committee
Held at 1 St James's Square, London SW1Y 4PD
on 21st July 2010

| Present: | Sir William Castell | | | Chairman | |
| --- | --- | --- | --- | --- | --- |
| | Mr. P.M. Anderson | | | | |
| | Mr. A. Burgmans | | | | |
| And | Mr. D.J. Pearl | | | Secretary | |
| Apologies: | Mrs. C.B. Carroll | | | | |
| In attendance: | Dr. A.B. Hayward | | (Items 1-5) | Mr. J. Baxter | (Items 1-7) |
| | Mr. I.C. Conn | | (Items 1-7) | Mr. T. Overton | (Item 3) |
| | Mr. A.G. Inglis | (by video) | (Item 3) | Mr D. Wilson | (Items 1-2) |
| | Mr. R. Bondy | | (Items 3-7) | Mr. K. Bailey | (Items 1-2) |
| | Mr. D. Viles | | (Items 1-7) | Ms. B. Yilmaz | (Item 3) (by video) |
| | Mr. T. McCormick | | (Items 2-8) | Mr. S. Haden | (Item 3) (by video) |
| | Mr. A. Wilson | (Ernst & Young) | (Items 1-7) | Mr. J. Lynch | (Item 3) (by video) |

1. **Safety and Operations Risk Reports**

Dr Hayward reviewed recent safety performance noting that Mr. Conn would discuss in detail the fatality that had occurred at the Rotterdam refinery on 16th June. Dr. Hayward noted that Q2 Orange Book metrics, except for MIAs and HIPOs, excluded data related to the Gulf of Mexico incident. These would be included in subsequent reports once data quality assurance had been completed. He confirmed that safety matters related to the incident response would be brought to SEEAC rather than the Gulf of Mexico Committee.

Dr Hayward noted that personal safety performance had been good in the first half of the year but there had been an increase in MIAs compared with the equivalent period in 2009. He described the focus placed on capability building activities, noting the importance of face to face training through the "Operating Essentials" programme that had commenced in late 2009. Mr. D Wilson commented that he had observed the comprehensive nature of the training in relation to US refineries.

Mr. Baxter reviewed the preliminary Q2 Orange Book noting there had been 6 MIAs in the quarter of which one had been process safety related. He referred to S&O audit findings and the 'heat maps' included in the pre-read materials. He noted that 106 S&O audits had been conducted over the past 3 years and that these had generated ca 11,000 actions of which nearly 9,000 had been verified as closed. Those not closed out had either not reached their closeout date or an extension had been agreed. He noted that QMS audits were now being undertaken and that 5 had been completed in Q2. NON RESPONSIVE

**NON RESPONSIVE**

Mr. Baxter and Dr Hayward noted that in line with plans agreed in 2009, certain functional audit activities, including for drilling rigs and aviation, would be transferred into S&O Audit during 2010.

3855
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL                    BP-HZN-2179MDL02004520

TREX-03855

2

**PRIVILEGED**

**NON RESPONSIVE**

Dr Hayward outlined his initial thoughts on the role of the S&O function going forward. He noted he had also asked Mr. Bly for his recommendations.

2. **Independent Expert's Report**

**NON RESPONSIVE**



CONFIDENTIAL                               BP-HZN-2179MDL02004521

3

3. **Gulf of Mexico**

E&P Drilling Rig Audit Function

Mr. Inglis introduced the presentation on the drilling rig audit activity in E&P. He believed the function's activities were consistent with industry practice but his team had been considering whether improvements could be made by expanding its scope and specific skill base and by bolstering verification of the closing out of audit findings. He noted that it had been intended, prior to the Gulf of Mexico incident, to bring the rig audit activity within the S&O audit function.

Mr. Haden described the evolution of the rig audit group following the Ocean Ranger incident in 1982. He noted that the requirements for rig audit and integrated acceptance testing are now provided for in an Engineering Technical Practice (GP 10-40). He noted that rigs under long-term contract are currently required to have a mandatory follow-up audit every two years. Mr. Haden described the protocols used in the audits and the classification of findings. He noted that all findings were reviewed with the well team leader. Mr. Inglis noted that management was reviewing the escalation of findings and strengthening the protocol on verifying close-outs.

Mr. Haden described the organization of the rig audit team and its staffing. He reviewed the progress made since the ETP was implemented in 2008, noting that only 3 rigs (all in Azerbaijan) remain to be audited. He reviewed the audit status for individual rigs noting that those found to be out of compliance were either 'stacked' or going off contract. He noted that the Deepwater Horizon rig had been audited in September 2009. There had been findings concerning maintenance and testing which would have been addressed early in 2010.

Mr. Inglis noted that he believed rig audit practices were similar across the industry. He considered that in future auditing may be extended to include more physical testing.

Cascading Lessons Learned

Mr. Inglis and Ms Yilmaz discussed the early actions taken by Drilling & Completions in response to the initial focus areas identified by Mr. Bly in his investigation into the Deepwater Horizon incident. Ms Yilmaz described the requests sent to drilling operations to reinforce existing procedures and ensure heightened awareness around equipment operation, well control competency, fluid monitoring and well bore integrity testing. In some cases this included lifting Blow Out Preventers to confirm all functions were working as designed. She noted that confirmation was also sought that drilling contractors were performing well control drills, that roles were clear and any well bore pressure tests that were outside defined pass/fail criteria were reviewed with the Wells team leader before operations proceed. She reported on the responses received to these requests, and noted that additional requests regarding cementing had been made and responses were now due.

**PRIVILEGED**

4. **Process Safety Metrics**

Mr. Baxter introduced Mr. Overton who had joined the company from Dow Chemicals where he had been actively involved in developing process safety metrics for the industry. Mr. Baxter noted that one recommendation of the Baker Panel had been to push forward in developing leading and lagging process safety metrics for the oil and gas industry.

4

Mr. Overton noted BP had been heavily involved in the API Committee's development of the new ANSI standard published in February 2010 which identified leading and lagging process performance indicators for public reporting by both the refining and petrochemical industries. He advised that new metrics will be proposed to GORC with a view to agreeing 6 or 7 new leading indicators to be introduced. These will be validated and may be reported externally from 2013 onwards (initially blind and then by named company in 2014).

Mr. Overton reviewed specific examples of indicators that will be proposed to GORC. He noted that the 17 common safety metrics reported by BP's US refineries (and which had been circulated to the Committee earlier) fitted well with these proposals.

5. **Internal Audit**

Mr. Vilas introduced his paper on Internal Audit's 2010 Forward Programme. PRIVILEGED

PRIVILEGED

PRIVILEGED

6. **Compliance & Ethics Report**

NON RESPONSIVE

PRIVILEGED

CONFIDENTIAL                                    BP-HZN-2179MDL02004523

5

**PRIVILEGED**

7. Any Other Business

**NON RESPONSIVE**

8. Private Meeting with the Group Compliance & Ethics Officer

**NON RESPONSIVE**

9. Minutes

The minutes of the meeting of 20th May 2010 were approved.

*[signature]*
CHAIRMAN


CONFIDENTIAL                    BP-HZN-2179MDL02004524

Minutes of a meeting of the
Safety, Ethics and Environment Assurance Committee
Held at 1 St. James's Square, London SW1Y 4PD
on 24th August 2010

Present:   Sir William Castell   (by telephone)   Chairman
           Mr. P.M. Anderson     (by telephone)
           Mr. A. Burgmans       (by telephone)
           Mrs. C. B. Carroll    (by telephone)

And        Mr. O.J. Pearl                         Secretary

In attendance: Mr. R. Bondy    (by telephone)
               Mr. J. Baxter   (by telephone)
               Mr. D. J. Jackson

1. Gulf of Mexico

The Chairman advised that the purpose of the meeting was for the Committee to have a preliminary review of Mr. Bly's report into the Gulf of Mexico incident in preparation for the Board's review on 26th August. **PRIVILEGED**

**PRIVILEGED** Mr. Baxter, Group Head of Engineering and acting head of S&O, had been asked to assist in commenting on and assessing the report. After discussion the Committee also considered what further assurance activity it might undertake, in particular in monitoring executive action responsive to the Report's recommendations.

The Chairman noted that he had spoken with Mr. Bly prior to the meeting and the latter had confirmed that he was satisfied that he had been able to conduct his work independently and with sufficient professional resources to meet the objectives of his terms of reference.

Mr. Baxter noted that he had only received the Report four days earlier and so had little time to digest the considerable detail. However his initial review indicated it was impressively comprehensive. He noted that some of the Appendices were not yet available and so he was not able to evaluate the detailed calculations underpinning parts of the Report. Allowing for the technical details this would take some months to complete. He believed that the eight findings cited by Mr. Bly on the causes of the incident appropriately reflected the evidence in Section 5 of the Report. Mr. Baxter noted that Mr. Bly had identified a number of relevant deficiencies in contractors, BP and the regulatory process, and he considered that Mr. Bly's recommendations were well directed.

**PRIVILEGED**

3857
Exhibit No. ____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL                BP-HZN-2179MDL02004525

TREX-03857

2

**PRIVILEGED**

The Chairman noted that it would be appropriate for the Board to ask the Executive to discuss its plans in response to the Report's recommendations and how these would address engineering, process, competence and culture going forward, and how accountability and responsibility would be managed. He noted that whilst the report had a limited scope it did give indications of further changes required at both industry and company levels.

**PRIVILEGED**

**PRIVILEGED**

The Chairman noted the Committee's appreciation of the work undertaken by Mr. Bly and the quality of his Report.

It was agreed that an additional SEEAC meeting should be scheduled for 17th September to follow immediately after the Board completes its meeting on that day.

CHAIRMAN

CONFIDENTIAL                                    BP-HZN-2179MDL02004526

**Minutes of a meeting of the
Safety, Ethics and Environment Assurance Committee
Held at 1 St James's Square, London SW1Y 4PD
on 17th September 2010**

| Present: | Sir William Castell | Chairman | | |
| | Mr. P.M. Anderson | | | |
| | Mr. A. Burgmans | | | |
| | Mrs. C.B. Carroll | | | |
| and | Mr. D.J. Pearl | Secretary | | |
| In attendance: | Dr. A.B. Hayward | | Mr. R. Bondy | |
| | Mr. R.W. Dudley | | Mr. D. Viles | |
| | Mr. I.C. Conn | (Item 2) | Mr. J. Lynch | (Item 2) |
| | Mr. J. Baxter | (by video) | | |

1. **Gulf of Mexico**

   The Chairman noted that the company had accepted the recommendations of the Bly report into the Gulf of Mexico incident. He also noted that it would be appropriate for SEEAC, given its assurance role on behalf of the Board, to monitor the implementation of those recommendations. Dr. Hayward noted that a number of recommendations had already been implemented prior to the publication of the report. Mr. Dudley advised that an implementation schedule for all 26 recommendations would be provided to the Committee for review at its next meeting.

   Dr. Hayward referred to other actions being taken by the company which extended beyond the narrow recommendations made in the Bly report. He noted specifically the organisational change proposed in Exploration & Production, a review of the management of high consequence risk, a process safety assessment of drilling, and a review of the oversight of contractors.

   Mr. Baxter noted that implementation of the Bly report recommendations would be monitored by the Group Operations Risk Committee and that the S&O function would complete a close-out audit. Mr. Baxter noted that his detailed review of the Appendices covering the analytical modeling in Mr. Bly's report was still in progress. He would report back to GORC in November but his initial review indicated no concerns with the work undertaken.

   Dr. Hayward confirmed that the report's recommendations were being implemented in Libya and Egypt where deepwater, high pressure wells were being drilled. Mr. Dudley undertook to provide the Committee's next meeting with a schedule of the company's worldwide programme of exploration drilling for the next two years. PRIVILEGED **PRIVILEGED** The Chairman noted that the Committee believed the immediate actions of management in responding to the Bly report were appropriate. Further reporting on the implementation of the recommendations to both SEEAC and the Board would be required. PRIVILEGED

6249
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL     TREX-06249    BP-HZN-2179MDL02004527

2

**PRIVILEGED**

2. **US General Counsel Update**

**PRIVILEGED**

3. **Internal Audit**

**NON RESPONSIVE**

**PRIVILEGED**

4. **Any Other Business**

**NON RESPONSIVE**

CONFIDENTIAL

BP-HZN-2179MDL02004528

3

[NON RESPONSIVE]

5. **Minutes**

   The minutes of the meetings held on 21st July and 24th August were approved.

   *W.D. [signature]*

   **CHAIRMAN**

CONFIDENTIAL

BP-HZN-2179MDL02004529

Minutes of a meeting of the
Safety, Ethics and Environment Assurance Committee
Held at 1 St James's Square, London SW1Y 4PD
on 21st October 2010

| Present: | Sir William Castell | | Chairman | |
| --- | --- | --- | --- | --- |
| | Mr. P.M. Anderson | | | |
| | Mr. A. Burgmans | | | |
| | Mrs. C. B. Carroll | (by audio) | | |
| And | Mr. O.J. Pearl | | Secretary | |
| In attendance: | Mr. R.W. Dudley | (Items 3-6) | Mr. C. Buckingham | (Item 1) |
| | Mr. M. Bly | (Items 1-6) | Mr. B. Looney | (Item 3) |
| | Mr. J. Baxter | (Items 1-4) | Mr. T. McCormick | (Item 6) |
| | Mr. J. Sullivan | (Items 1 & 2) | Mr. D. Viles | (Items 3-6) |
| | Mr. D. Porter | (Items 1 & 2) | Mr. A. Wilson (Ernst & Young) | (Items 3-6) |
| | | | Mr. R. Bondy | (Items 3-6) |

1. **Crisis and Continuity Management**

   NON RESPONSIVE

   Mr. Buckingham reviewed the experience gained by the company in responding to the Gulf of Mexico incident. He commented on the successful implementation of the three tier response structure and noted the importance of the Head of Country role in crisis management.

   NON RESPONSIVE

2. **Security Update (Iraq)**

   NON RESPONSIVE

3859
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL                                          BP-HZN-2179MDL02004530

TREX-03859

2


NON RESPONSIVE

3 **Matters Arising**

**Bly Report Recommendations**

Mr. Looney reviewed his paper outlining the responses in Drilling and Completions to each of the 26 recommendations in Mr. Bly's report into the Macondo incident. He noted that more detailed plans were being developed for review by GORC and these would subsequently be reported to SEEAC. He also advised that a project head would be appointed to lead the implementation, and that the S&O Audit function would undertake quarterly progress tracking.

Mr. Looney reviewed actions already taken including organisational change, additional procedures before commencing new wells and the management of change where variations to standard practice are required. He noted that a local OMS would be developed for the new centralised Wells organization.

Mr. Looney discussed the prioritization of responses noting that amongst topics receiving early attention were improving the supervision of contractors, raising standards in cementing and blow-out preventers and focusing performance measures on quality and longevity.

**Exploration Drilling Programme**

NON RESPONSIVE


Integrity Management Expenditure

NON RESPONSIVE


CONFIDENTIAL

3

NON RESPONSIVE

4. Safety and Operations Risk Report

Mr. Dudley discussed his recent announcements of new organisations for the E&P business segment and for the Safety & Operations Risks function. He also referred to the suspension in Q4 2010 of all performance contract measures other than those related to safety and compliance.

Mr. Bly described the design of the new S&OR organisation noting that it would have more directly reporting resources close to the company's operations. He commented on work that would be undertaken to review the comprehensiveness of engineering practices and technical standards, to provide systematic competency development and to enhance assurance and learning processes.

The Committee discussed with Mr. Bly how S&OR's capacity to intervene will be clearly established. He noted that S&O accountability would continue to rest with the businesses but that S&OR resource would be embedded within the business operations and would have the right of veto.

Mr. Baxter discussed key trends in the Q3 2010 'Orange Book' preview. He noted that the data now included recordable injuries and days away from work related to the Gulf of Mexico incident and subsequent response activities. It was noted that the inclusion of such data had a significant impact and could obscure the observation of trends in the rest of the Group's activities. Mr. Dudley noted that GORC, at its November meeting, would review options for reporting the data in future quarters.

The 3Q report on the 17 Common Safety Metrics for US Refining that was provided by Mr. Conn was noted.

5. Compliance & Ethics Report – Q3 2010


NON RESPONSIVE


CONFIDENTIAL                    BP-HZN-2179MDL02004532

4

**PRIVILEGED**

6. Greenhouse Gases 

**NON RESPONSIVE**

7. Any Other Business

**NON RESPONSIVE**

8. Minutes

The minutes of the meeting held on 19th September 2010 were approved.

*WD. Cashil*

CHAIRMAN

CONFIDENTIAL    BP-HZN-2179MDL02004533