# Exhibit 9

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____



**BP Claims Program – Claim Form for Individuals and Businesses**

| BP Claims Program<br>501 Westlake Park Blvd.<br>Houston, TX 77079 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity - Individuals
- Lost Profits or Impairment of Earning Capacity - Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179.  The BP Claims Program is for claimants who fall into the following three categories:

1) Individuals and businesses that are not class members, as defined in the MDL No. 2179 Economic and Property Damage Class Action Settlement Agreement;
2) Individuals and businesses that are class members, as defined in the MDL No. 2179 Economic and Property Damage Class Action Settlement Agreement but have validly exercised their legal right to timely "opt out" of the class settlement; and
3) Individuals and businesses that are class members, as defined in the MDL No. 2179 Economic and Property Damage Class Action Settlement Agreement but wish to pursue Claims that are Expressly Reserved to them pursuant to the Agreement, to the extent that such Claims may fall within OPA.

This form is intended for use only by individual and business claimants who fall into these three categories.  For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill.  This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA).  Please complete the sections corresponding to the claims you are asserting.  Please complete all of the questions in the relevant section(s) for your claim(s).  Certain questions marked with

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

an asterisk (*) must be completed in order to process your claim(s).  Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form.  Should you require additional space to answer questions, you may attach extra pages to this form.  Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

       Full and Final Payment/ Settlement ?    _____

       Interim Payment/Settlement ?    _____

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

**1.** **Claimant Information (Mandatory for all Claimants)** – All Claimants *must* complete Section I.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.

**2.** ☐ **Property Damage** – Complete Section II only if you are asserting a claim for damage to real or personal property.

**3.** ☐ **Loss of Profits or Impairment of Earning Capacity (Individuals)** – Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

**4.** ☐ **Loss of Profits or Impairment of Earning Capacity (Businesses)** – Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

**5.** ☐ **Removal Costs** – Complete Section V only if you are asserting a claim for removal costs.

**6.** ☐ **Subsistence Use** – Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, 501 Westlake Park Blvd., Houston, TX 77079, or email it to us in PDF format to bpclaimsprogram@bp.com.  Please keep a copy of this form and your attached documentation for your records.

2

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

**I.      Claimant Information**

*Sections I is to be completed by all Claimants.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.*

   **A.      Opt Out Claimants** [You must c*omplete this Section if you are a member of the Settlement Class.]*

1.  *If you are a Settlement Class Member and have elected to opt out, have you filed the appropriate written request to "opt out" of the Settlement Class?  Yes _____   No _____

   If "Yes," please provide the Opt Out Reference Number: _____.
Please attach a copy of the written request to opt out from the Settlement Class.  If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:
_____

2.  If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, 🛑.  You are not eligible to file a claim with the BP Claims Program.  Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at [www.DeepwaterHorizonSettlements.com](www.DeepwaterHorizonSettlements.com) for further information about the opt out procedures.

   **B.      Attorney Representation**

Are you represented by an attorney?   Yes _____   No _____

[You must c*omplete this Section if you are represented by an Attorney.  If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise.  An attorney consent form allowing us to communicate directly with you is available at [www.bp.com/claims](www.bp.com/claims).*

1.* Attorney Name:        _____       _____       _____
                         Last                       First                      Middle Initial

2.  Law Firm Name:       _____

3.* Law Firm Address:    _____
                         Street

                         _____       _____       _____
                         City                       State                     Zip Code

                         _____       _____
                         Parish or County           Country

3

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

4.\* Attorney Phone:    (\_\_\_\_\_) \_\_\_\_\_-_____

5. Attorney Email Address:    _____

      **C.**    **Individual Claimants**  [*Complete this Section only if you are an individual.  If you are a business claimant, skip this Subsection C and proceed to Subsection D below.  However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below*].

1.\* Name:    _____    _____    _____
              Last                     First                     Middle Initial

2.\* Current Address:    _____
      Street

      _____    _____    _____
      City                     State                   Zip Code

      _____    _____
      Parish or County          Country

3.\* Home Phone:    (\_\_\_\_\_) \_\_\_\_\_-_____

4. Cell Phone:    (\_\_\_\_\_) \_\_\_\_\_-_____

5. Email Address:    _____

6.\* Date of Birth:    _____

7.\* Social Security Number :    _____-\_\_\_\_-_____
      *or*
  Individual Taxpayer Identification Number:    _____-\_\_\_\_-_____

8. Other Name Used (Maiden Name, Previous Married Name(s), Aliases):  _____

9.\* Current Employer:    _____
      Employer Name

      _____
      Street

      _____    _____    _____
      City                     State                   Zip Code

      _____    _____
      Parish or County          Country

      _____
      Employer Identification Number (EIN) (*from your W-2 or 1099 Form*)

  Other/Previous    _____

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

Employer:   Employer Name
_____
Street

_____   _____   _____
City                      State                    Zip Code

_____   _____
Parish or County          Country

_____
Employer Identification Number (EIN) (*from your W-2 or 1099 Form*)

10. * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?

   Yes _____   No _____

   If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim Number(s): _____

   Did you receive a payment from BP, the GCCF, or the NPFC?  Yes _____   No _____

   If yes, please provide the amount(s) and source(s) of each payment you received:

_____

_____

   **D.**   **Business Claimants** [*Complete this Section only if you are a business.*]

1.* Name of           _____
    Business:

2.* Type of           _____
    Business:

3.* Business Address: _____
                      Street

                      _____   _____   _____
                      City                      State                    Zip Code

                      _____   _____
                      Parish or County          Country

4.* Business Phone:   (_____) _____-_____

5.  Website Address:  _____

6.* Other Business    _____

5

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

Name:

7.* Name of Business on Federal Income Tax Return: _____

8.* Employer Identification Number (EIN): _____-____-_____
    *or*
    If EIN is also Your Social Security Number: _____-____-_____

9. Date and Place Founded/Incorporated: _____

10.* Person Authorized _____    _____    _____
     To Act on Behalf      Last                    First                  Middle
     The Business:

11.* Title of Authorized Representative: _____

12. Home Address of Authorized Representative:

    _____
    (If Different      Street
    From Business      _____    _____    _____
    Address)           City                       State                     Zip Code

                       _____    _____
                       Parish or County           Country

13.* Authorized Representative's Phone:        (_____) _____-_____

14. Authorized Representative's Cell Phone:    (_____) _____-_____

15. Authorized Representative's Email Address: _____

16.* Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?

    Yes _____    No _____

    If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim Number(s): _____

    Did you receive a payment from BP, the GCCF, or the NPFC?  Yes _____    No _____

    If yes, please provide the amount(s) and source(s) of each payment you received:

    _____

    _____

    _____

6

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

_____

_____

## II.     **Property Damage Claims**

*Complete this Section if you are an individual or business asserting a claim for real or personal property damage.  If you allege personal losses for the sale or rental of real property, please complete Section III.  If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.* Address Where         _____
    Property Damage      Street
    Took Place:          _____    _____     _____
                         City                    State                     Zip Code

                         _____
                         Parish or County

2.* Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

_____

_____

_____

_____

3.* Explain your interest in the real or personal property:  Owner ____; Lease_____; Other _____

4.* If you answered "Other" to question 3, please explain: _____

_____

5.* How much are you claiming for the damage to real property?  $_____

6.* How did you arrive at this figure?  _____

_____

7.* How much are you claiming for the damage to personal property?  $_____

8.* How did you arrive at this figure?  _____

_____

9.   Please list witnesses who have personal knowledge of the damage that occurred:

7

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

| Witness Name: | _____ | _____ | _____ |
|---|---|---|---|
| | Last | First | Middle Initial |

Address: _____
Street

_____   _____   _____
City                                   State                               Zip Code

_____   _____
Parish or County                 Country

Home Phone:  (\_\_\_\_\_) \_\_\_\_\_-_____   Cell Phone:  (\_\_\_\_\_) \_\_\_\_\_-_____

Email Address: _____

Relationship of Witness to you or your business:  _____

| Witness Name: | _____ | _____ | _____ |
|---|---|---|---|
| | Last | First | Middle Initial |

Address: _____
Street

_____   _____   _____
City                                   State                               Zip Code

_____   _____
Parish or County                 Country

Home Phone:  (\_\_\_\_\_) \_\_\_\_\_-_____   Cell Phone:  (\_\_\_\_\_) \_\_\_\_\_-_____

Email Address: _____

Relationship of witness to you or your business:  _____

10.\*  Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?  _____

_____

_____

_____

11.\* Please provide the following documentation in support of your claim for damage to the real or personal property (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

- o Photographs of the property before and after the alleged damage
- o Your calculations and methods for assessing the claim amount
- o Receipts, invoices, estimates or contracts for the work needed or repairs performed
- o Deed, lease, license, rental agreement or other documentation evidencing interest in property
- o Maps or other documents illustrating location of property in relation to Spill
- o Proof of expenses related to substitute equipment or property used
- o Documents establishing that the damage claimed was caused by the Spill

### III.    Loss of Income or Impairment of Earning Capacity (Individuals)

*Complete this Section if you are an individual asserting a claim for loss of profits or impairment of earning capacity.  If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.* Were you employed at the time of the Spill?

  YES, by an employer _____      YES, self-employed _____      NO _____

2.* If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

  _____
  Employer Name or Self-Employed Business Name

  _____
  Street

  _____    _____    _____
  City                            State                           Zip Code

  _____    _____
  Parish or County                Country

  _____
  Employer Identification Number (EIN) (*from your W-2 or 1099 Form*)

  Dates of Employment: _____

  Name of Supervisor(s) (BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:

  _____

3.* Describe your occupation (including job title, if applicable) at the time of the Spill:

_____

_____

9

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

4.* Provide a description of how the Spill affected your profits or impaired your earning capacity:

_____

_____

_____

_____

5.* How much are you claiming for lost profits or impairment of earning capacity?  $ _____

6. How did you arrive at this figure? _____

_____

_____

7. Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

_____

_____

_____

8. * Did you receive any payments from the VoO program or from participation in any other response or removal activity?  Yes _____   No _____

   If yes, list each month you received such payment, the amount received each month, and the unreimbursed expenses you incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

10

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

9.\* Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
- Driver's license or other personal identifying (photographic) documentation
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Receipts for expenses incurred as a result of loss (such as job training or job search costs)
- Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from your former employer if Spill is alleged to have caused a layoff or work stoppage
- Licenses that may be applicable to claim
- Your vessel charter agreement (MVCA) if you participated in the VoO program
- Other documents establishing that your claimed loss was caused by the Spill

**IV.     Loss of Profits or Impairment of Earning Capacity (Businesses)**

*Complete this Section if you are a business claiming loss of profits or impairment of earning capacity.*

1.\* Name of Business: _____

2.\* Describe the nature of the business as of April 20, 2010:

_____

_____

3.\* State the sources of income or types of customers for the business as of April 20, 2010:

_____

_____

4.  Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

_____

_____

5.  State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

_____

_____

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

6.* How much are you claiming for lost profits or impairment of earning capacity?

$_____

7.  How did you arrive at this amount?

_____

_____

8.* Provide a description of the alleged loss the business has sustained:

_____

_____

_____

_____

_____

_____

_____

_____

9.* Describe how you believe the losses were caused by the Spill:

_____

_____

_____

10.* Did the business cease operations, declare bankruptcy or liquidate substantially all of its assets since the Spill?  Yes _____  No _____

11.* Did the business receive any payments from the VoO program or from participation in any other response or removal activity?  Yes _____  No _____

   If "Yes", list each month it received such payments, the amount received each month, and the unreimbursed expenses it incurred each month:

| Month/Year | Payment Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

12

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

_____       _____       _____       _____

_____       _____       _____       _____

_____       _____       _____       _____

_____       _____       _____       _____

_____       _____       _____       _____

_____       _____       _____       _____

12.* Provide the business address where the loss occurred:

_____
Street

_____   _____   _____
City                                                    State                                      Zip Code

_____   _____
Parish or County                                  Country

13.   Provide the North American Industry Classification System (NAICS) Code for this business: _____

14.* Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Photographs of the business showing its proximity to an affected spill area
- Documents establishing that the damage claimed was caused by the Spill
- Your calculations and methods for assessing the claim amount
- Appropriate licenses necessary to operate the business
- Profit and loss statements (for each facility claimed) 2007 through present
- Annual and monthly financial statements 2007 through present
- Monthly sales or revenues statements 2007 through present
- Monthly sales and use tax returns 2007 through present, if applicable to the business
- Lodging tax returns 2007 through present, if applicable to the business
- Occupancy or rental records 2007 through present, if applicable to the business
- Management contracts 2007 through present, if applicable to the business
- Federal Tax Returns, with attachments and schedules, 2007 through present
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Bankruptcy schedules, if applicable
- Your vessel charter agreement (MCVA) if you participated in the VoO program

13

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

## V. Removal and Cleanup Costs Claims

*Complete this Section if you are asserting a claim for removal or cleanup costs.*

1.* Address Where Removal or Cleanup Took Place:

_____
Street

_____    _____    _____
City                                 State                           Zip Code

_____
Parish or County

2.* Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

   YES _____   Date of Approval: _____   NO _____

3.* Provide a description of the Removal and Cleanup Action taken. If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

_____

_____

_____

_____

_____

_____

_____

_____

4.* How much are you claiming for Removal and Cleanup costs? $_____

5. How did you arrive at this figure? _____

_____

6.* Please provide the following documentation in support of the Removal and Cleanup Action taken (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Evidence of approval by the FOSC
- Your calculations and methods for assessing the claim amount
- Receipts, invoices and contracts for the work performed

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

- o Usage logs for equipment and craft used, including policies and rates charged
- o Payroll logs and compensation and reimbursement policies for employees who participated
- o Activity logs describing the work performed by each employee
- o Signed disposal manifests and proof of payment for disposal

**VI.    Subsistence Use Claims**

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources.  Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even if the game or fish is consumed.  Commercial hunting or fishing also is not included in Subsistence Use.  If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1.\* Is your Subsistence Use claim based on hunting and/or fishing losses?   Hunting \_\_\_\_\_    Fishing \_\_\_\_

2.\* List the species of game or seafood that you hunted and/or fished for Subsistence Use:

_____

_____

_____

3.\* Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption:

_____

_____

_____

4.\* Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill:

_____

_____

_____

15

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

5.  Describe the equipment and methods you used to hunt and/or fish:

_____

_____

_____

6.* For each species, how many people in your family relied on the specific species of game or seafood you provided before the Spill?  List each family member along with their relationship to you:

_____

_____

_____

7.* Of the total amount of game or seafood your family relied upon on or before the Spill, what percentage came from the areas that were closed due to the Spill?

_____

8.* Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico *after* the Spill until December 31, 2010:

_____

_____

9.* Provide a specific description of how the area you used for hunting and/or fishing was impaired because of the Spill:

_____

_____

_____

10.* How much are you claiming for Subsistence Use?  $_____

11.* How did you arrive at this figure?

_____

_____

16

Claimant Name: _____
Claimant SSN, TIN, or EIN: _____

12.* Please provide the following documentation in support of the Subsistence Use claim (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Map identifying specific locations for Subsistence Use hunting and/or fishing
- Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
- Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
- Your calculations and methods for assessing the claim amount
- Other documentation establishing that the losses claimed were caused by the Spill

**VII.    Signature**

*I certify under penalty of law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.*

*By submitting this Form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim. I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.*

Signature: _____          Date: _____/_____/_____
                                                                                    (Month/Day/Year)

Print Name: _____

The Claimant must sign this claim form personally. No one can sign on behalf of the Claimant unless the Claimant is a business or is deceased, a Minor, or Incompetent. If the Claimant is a business, an authorized business representative may sign. If the Claimant is deceased, a Minor, or Incompetent, an authorized representative may sign.