# Exhibit 13

```
                   UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF LOUISIANA


                                         *
IN RE:  OIL SPILL BY THE OIL RIG         *    Docket 10-MD-2179
        DEEPWATER HORIZON IN THE         *
        GULF OF MEXICO ON                *    Section J (1)
        APRIL 20, 2010                   *
                                         *    New Orleans, Louisiana
                                         *
                                         *    March 21, 2014
                                         *
Applies to:  All Cases                   *    9:00 a.m.
                                         *
* * * * * * * * * * * * * * * * * * *    *
                                         *
UNITED STATES OF AMERICA                 *    C.A. 10-4536
                                         *
                                         *    Section J (1)
versus                                   *
                                         *    New Orleans, Louisiana
                                         *
BP EXPLORATION & PRODUCTION,             *    March 21, 2014
INC., ET. AL.                            *
                                         *    9:00 a.m.
* * * * * * * * * * * * * * * * * * *    *


              STATUS CONFERENCE RE: PENALTY PHASE
                   AND MOTION HEARING BEFORE
                 THE HONORABLE CARL J. BARBIER
                  UNITED STATES DISTRICT JUDGE
                             AND
                 THE HONORABLE SALLY SHUSHAN
                 UNITED STATES MAGISTRATE JUDGE
```

1 it's just a matter of, you know, what they can get access to.
2 I don't think I'm going to be able to rule on that today.
3 Whether you're offering is sufficient or adequate or whatever,
4 I can't decide today.
5       **MR. LANGAN:** One of the points we made, Your Honor,
6 was that we anticipate that in the normal discovery context
7 there's going to be back and forth, objections, and Judge
8 Shushan will guide us, I'm sure, about what's appropriate and
9 what's not.
10       We've never said that there's no relevance to
11 the group finances. We've said that BPXP is a defendant, the
12 violator, they're the ones that they moved for summary judgment
13 against and that's where the focus should be.
14       **THE COURT:** It's a question of what can that entity
15 afford to pay, but considering the various financial
16 relationships and back and forth and all of that.
17       **MR. LANGAN:** Right. That's correct. In fact, we
18 have provided them a draft stipulation that we always knew
19 would be subject to evaluation and discovery with the documents
20 that would back it up.
21       One of the points they made was, "Well, we don't
22 know that." Well, we understand the stipulations were done
23 before discovery started. So we're more than willing to engage
24 them in appropriate discovery to confirm what we've told them
25 BPXP's financials look like.

1   **THE COURT:**  Well, I've got to tell you, the longer
2  you speak, the more confused I'm getting about your position.
3  Because I thought the government filed a motion in limine
4  asking me to permit additional discovery or evidence, and it
5  sounds like you're saying if I rule in your favor, you don't
6  need any further discovery or evidence.
7   **MS. HANKEY:**  It's not that we don't need further
8  discovery, it will be far less.  Because, for example, we won't
9  need to establish that these entities acted -- that the
10 affiliates are relevant and that they acted together.
11  **THE COURT:**  What ruling do you want me to make?
12  **MS. HANKEY:**  If you grant our motion that the
13 affiliates are relevant, then we do not need to produce a
14 witness to explain to you why they're relevant.  That's our
15 point.  That the Phase One record already told you enough to
16 know that they're relevant.
17  **THE COURT:**  Well, I'm not going to be able to make
18 that ruling here today, but I am going to rule in your favor to
19 the extent that I'm going to allow you, if you wish, to get
20 discovery from BP with respect to the relationship between the
21 entities, between BPXP, BP America, BP p.l.c., and I guess any
22 other entity that's in their direct line.
23  I don't think we're necessarily talking about BP
24 Malaysia or whatever.  But you understand what I'm talking
25 about.  I know BP probably has hundreds of affiliates, I'm