# Exhibit 14

| | |
|---|---|
| **From:** | Flickinger, Nancy (ENRD) |
| **Sent:** | Wednesday, April 23, 2014 6:43 PM |
| **To:** | Lotterman, Thomas R.; Kirby, Ky E.; Dragna, Jim; connie.delgado@bingham.com |
| **Cc:** | Harvey, Judy (ENRD); Casey, Patrick (ENRD); Himmelhoch, Sarah (ENRD); O'Rourke, Steve (ENRD) |
| **Subject:** | dwh.anadarko.follow up to our meet and confer today |

Dear Tom and Ky:  As we discussed, here is a proposed stipulation regarding contingent liabilities for your consideration, and a narrowed discovery request regarding APC Board of Directors and officer documents.

With respect to the stipulation, we would like to discuss some process for updating it to ensure it is still accurate at the time of trial next January.

Stipulation re: contingent liabilities (APC RFP # 8)
Anadarko Petroleum Corporation stipulates that as of April 23, 2014, there are no contingent liabilities other than those reported in its SEC filings that could impact Anadarko's ability to pay a maximum civil penalty of $4.6 billion in this case.

Revised discovery request (new RFP # 10/ old RFP # 12):
Provide all Anadarko Petroleum Corporation Board of Director and Board of Director committee and officer meeting resolutions and decisions for each year 2008-2014 that describe, discuss, refer to or relate to (1) BP as defined herein (i.e. any BP entity); or (2) Anadarko's investment in oil and gas production in the United States; or (3) operators and non-operators; or (4) oil and gas industry customs, practices, contractual relationships, and responsibilities as between operators and non-operators; or (5) the impact of civil penalties on non-operating participating parties

Nancy Flickinger
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
First-class mail
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Overnight Mail
601 D. Street NW
Suite 2121
Washington, DC 20004
Tel:  (202) 514-5258
email:  nancy.flickinger@usdoj.gov