UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: 10-4536 | : : | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| …………………………………………………... | : | |

# ORDER
[Regarding BPXP's Motion to Compel the United States to Produce Discovery]

It is hereby ordered that:

BPXP's Motion to Compel the United States to Produce Discovery in the Clean Water Act Penalty Phase IS GRANTED. It is hereby ORDERED that the United States must:

- Supplement its responses to BPXP's Interrogatories 2, 6, 7, 8, 10, 11, and 12;

- Search for and produce documents responsive to BPXP's Requests for Production Nos. 3, 4, 6, 11, and 13;

- Produce for deposition fact witnesses Dr. Jane Lubchenco, Rear Admiral Steve Poulin, Rear Admiral Paul Zukunft, Dr. Jacqueline Michel, and Dr. Robert Haddad; and

- Designate and produce for deposition designees for noticed Rule 30(b)(6) topics 1, 2(a), 4, 5, and 6.


Date: May ____, 2014         _____
                             **Sally Shushan**
                             **United States Magistrate Judge**