# Exhibit A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle<br>Chicago, Illinois 60654 |  |
|---|---|---|
| Hariklia Karis, P.C.<br>To Call Writer Directly:<br>(312) 862-2330<br>hariklia.karis@kirkland.com | (312) 862-2000<br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

April 24, 2014

**BY ELECTRONIC MAIL**

Sarah D. Himmelhoch, Esq.
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
RFK Main Building
950 Pennsylvania Ave., NW
Washington, DC 20530

    Re:  Clean Water Act Penalty Phase Document Production Issues

Dear Sarah:

  I write to follow up on certain issues discussed during the parties' meet-and-confer conference on April 16, 2014 regarding the United States' responses to BPXP's Requests for Production ("RFPs") in connection with the Clean Water Act Penalty Phase. In particular, I write to confirm certain information that the United States provided during the conference and, as discussed, to propose additional search criteria, including terms and custodians, for certain of BPXP's RFPs. As discussed during our April 16 conference, we are continuing to evaluate the United States' draft responses and objections to BPXP's RFPs and may have questions and issues for discussion in addition to those presented here.

## I.  The Production of Environmental Data

  Since the April 16 meeting, the parties have continued their discussions regarding the production of environmental data. Based on the follow-up call with Sarah Himmelhoch and Abby Andre on April 22, it is our understanding that the United States is willing to produce environmental data (not otherwise available to BPXP) that was collected as part of the NRDA or the Response, including toxicity testing data since April 2010, in the highest form of processing that such data is available. The parties are continuing to discuss this proposal, as well as the United States' April 18 proposal regarding the use of any data that is in raw form and not validated.

## KIRKLAND & ELLIS LLP

Sarah Himmelhoch
April 24, 2014
Page 2

### II.     Custodial Files in Coast Guard Archive

Several of the United States' responses to BPXP's RFPs reference prior productions from the centralized U.S. Coast Guard electronic archive (the "Coast Guard Archive").  Thank you for your email of April 17, in which you confirmed that documents from the U.S. Coast Guard officials listed on BPXP's Rule 26(a) Disclosures were included in the centralized Coast Guard Archive.  For additional clarity, please confirm that all emails and other electronic files relating to the Response from the files of each of the current and former Coast Guard representatives on BPXP's Rule 26(a) Disclosures — specifically Thad Allen, Meredith Austin, James Hanzalik, Julia Hein, Larry Hewett, Roger Laferriere, Scott Paradis, Raymond Perry, Steven Poulin, Thomas Sparks, Edwin Stanton, Lincoln Stroh, Duke Walker, James Watson, and Paul Zukunft — are included in the Coast Guard Archive, such that any search of the Coast Guard Archive would include a search of *all* email and other documents from the files of those individuals relating to the Response.

### III.    Review of Documents Withheld Under Deliberative Process Privilege

During the conference, you confirmed that the United States will review for production documents previously withheld under the deliberative process privilege and will produce any such documents for which the U.S. withdraws its claim of privilege that are responsive to BPXP's RFPs in the Penalty Phase, consistent with the Court's Order Regarding Deliberative Process Privilege.  (Rec. Doc. 6228).

### IV.     Phase 1 and 2 Productions From Coast Guard, NOAA, EPA, and DOI Files

During the meet-and-confer conference, we discussed the United States' Phase 1 and 2 productions as they related to Penalty Phase.  You represented that in connection with Phase 1 and 2 document productions, the United States did not withhold documents from production in those Phases on the basis that such documents were relevant to subsequent phases of the litigation, *i.e.*, the Penalty Phase.

Although the United States may not have *withheld* documents from production on the ground that such documents related to the Penalty Phase, the United States' Phase 1 and 2 productions do not, standing alone, satisfy its obligations with regard to Penalty Phase discovery.  This is the case because during the prior Phases of the litigation, the United States did not conduct searches sufficient to locate and produce documents responsive to discovery requests concerning Penalty Phase issues including, for example, the environmental, economic, human health, or other effects of the *Deepwater Horizon* Spill, or efforts to mitigate or otherwise minimize or prevent those effects.

## KIRKLAND & ELLIS LLP

Sarah Himmelhoch
April 24, 2014
Page 3

The United States disclosed as much in its September 2011 Status Report on Efforts to Respond to Discovery Served on the United States Before July 2, 2011 (the "Status Report," Rec. Doc. No. 3928), to which you directed us during the meet-and-confer. There, the United States represented to the Court that it would not respond to Penalty Phase-related discovery until "greater clarity [was] provided regarding the scope of Phase III discovery." (Status Report at 2-4, FN 2.) Consistent with this approach, the United States did not conduct searches for RFPs relating to "Subsequent Phase" topics including efforts to respond to, or otherwise mitigate, minimize, or prevent any environmental, economic, human health, or other effects of the *Deepwater Horizon* Oil Spill, and analyses of shoreline oiling, impact, monitoring, and cleanup in connection with the *Deepwater Horizon* Oil Spill. (*See* Status Report at Attachment 2 (characterizing certain RFPs as related to a "Subsequent Phase" of litigation); *see* Status Report at Attachments 7 - 10[1] (with a single exception, no searches were run in Coast Guard, NOAA, EPA, or DOI files to locate documents responsive to RFPs relating to a "Subsequent Phase" of litigation).)[2] In light of the United States' representations to the Court about the limited scope of its Phase 1 and 2 productions, additional, targeted searches are warranted, including of the Coast Guard Archive.

To this end, BPXP confirms the following information that the United States provided during the April 16 meet-and-confer conference and proposes targeted searches for certain of its RFPs, as outlined below:

### RFP No. 2

During our April 16 meeting, we discussed satellite data described in the United States' draft response as having been "generated by an international consortia." This will confirm that the United States will seek permission from the vendor to produce this satellite data to BPXP. If the vendor declines to grant permission, please advise us promptly.

### RFP No. 3

This confirms that the United States is willing to consider production of data underlying the summary of birds and other wildlife publicly reported by the Fish & Wildlife service, including data underlying the Deepwater Horizon Response Consolidated Fish and Wildlife

---

[1] As you know, the United States disclosed in its Status Report that "the search terms set forth in Attachments 6-11 represent[ed] the final . . . search terms to which the United States [would] agree for the already propounded discovery requests."

[2] Of all the RFPs characterized as "Subsequent Phase," there appears to be one RFP for which the United States searched for responsive documents during Phases 1 and 2: RFP No. 126, which relates to potential lethal or sub-lethal effects of the use of Corexit dispersants in surface or subsea applications.

## KIRKLAND & ELLIS LLP

Sarah Himmelhoch
April 24, 2014
Page 4

Collection Report at http://www.fws.gov/home/dhoilspill/pdfs/ConsolidatedWildlifeTable042011.pdf.

In your April 21, 2014, email, you asked for additional detail about the proposed search criteria for RFP No. 3. It is our understanding that the US Fish and Wildlife Service was involved in many of the wildlife rehabilitation centers (*see*, *e.g.*, http://www.doi.gov/news/photos/Fort-Jackson-Joint-Wildlife-Rehab-Center.cfm) and that NOAA managed or coordinated the rehabilitation centers for turtles and marine mammals. Accordingly, in addition to searching the Coast Guard Archives, it is appropriate to search US Fish and Wildlife Service and NOAA. We have provided below proposed custodians and search terms.

Proposed custodians:

- Bob Haddad - NOAA
- Kevin Reynolds - US Fish & Wildlife Service
- Barbara Schroeder – NOAA National Sea Turtle Coordinator
- Teri Rowles – NOAA Marine Health and Stranding Program
- Lori Schwacke - NOAA Hollings Marine Lab

Proposed search terms:

- ("observ*" OR "searcher* "NEAR5 "bias*")

- ("search" OR "survey" NEAR5 "effort")

- ("wildlife" NEAR5 "reconnaissance")

- ("stranding" NEAR5 "rates")

- (("great*" OR "more" OR "increas*" OR "high*" OR "large*") NEAR5 ("human" OR "people" OR "observ*" OR "volunteer*" OR "boat*" OR "vessel*" OR "responder*" OR "call*") NEAR50 ("turtle*" or "dolphin*" OR "marine mammal*" OR "Kemp's ridley" OR "loggherhead*" OR "whale*" OR "cetacean*" OR "strand*" OR "carcass*"))

- (("greater" OR "increas*" OR "high*" OR "more" OR "large*" OR "heightened") NEAR5 ("aware*" OR "sight*" OR "observ*" OR "find*" OR "document*" OR "report*" OR "record*" OR "attention" OR "recogn*" OR "detect*") NEAR50 ("turtle*" or "dolphin*" or "marine mammal*" or "Kemp's ridley*" OR "kemp*" OR "loggherhead*" OR "whale*" OR "cetacean*" OR "strand*" OR "carcass*"))

## KIRKLAND & ELLIS LLP

Sarah Himmelhoch
April 24, 2014
Page 5

**RFP No. 4**

We understand from the parties' discussion that the United States refuses to produce any documents responsive to RFP No. 4. Please let us know if this is not correct, and if so, what documents the United States is willing to provide.

**RFP No. 5**

This confirms that the United States agreed to determine whether it has any other data or non-privileged documents related to fish kills. If the United States locates additional data or non-privileged documents responsive to this request, please promptly produce those documents to BPXP.

**RFP Nos. 6 & 13**

In connection with RFP Nos. 6 and 13, BPXP requests that the United States conduct the search described below, for documents created between April 20, 2010 and the present:

In the Coast Guard Archive:  ((("MC252" OR "oil\*" OR "tar\*") AND ("effect\*" OR "impact\*" OR "injur\*" OR "recover\*" OR "health\*" OR "damag\*" OR "clean\*" OR "remov\*" OR "monitor\*" OR "treat\*" OR "survey\*" OR "set-aside\*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach\*" OR "marsh\*"OR "wetland\*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

NOAA Custodian Frank Csulak:  ((("MC252" OR "oil\*" OR "tar\*") AND ("effect\*" OR "impact\*" OR "injur\*" OR "recover\*" OR "health\*" OR "damag\*" OR "clean\*" OR "remov\*" OR "monitor\*" OR "treat\*" OR "survey\*" OR "set-aside\*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach\*" OR "marsh\*"OR "wetland\*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

NOAA Custodian Toni Debosier:  ((("MC252" OR "oil\*" OR "tar\*") AND ("effect\*" OR "impact\*" OR "injur\*" OR "recover\*" OR "health\*" OR "damag\*" OR "clean\*" OR "remov\*" OR "monitor\*" OR "treat\*" OR "survey\*" OR "set-aside\*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach\*" OR "marsh\*"OR "wetland\*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

Custodian Jacqui Michel:  ((("MC252" OR "oil\*" OR "tar\*") AND ("effect\*" OR "impact\*" OR "injur\*" OR "recover\*" OR "health\*" OR "damag\*" OR "clean\*" OR "remov\*" OR "monitor\*" OR "treat\*" OR "survey\*" OR "set-aside\*" OR "STR") AND

**KIRKLAND & ELLIS LLP**

Sarah Himmelhoch
April 24, 2014
Page 6

> ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))
>
> Custodian Mark Hester: ((("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

### RFP No. 7

In connection with RFP No. 7, BPXP requests that the United States conduct the search described below, for documents created between April 20, 2010 and the present:

> In the Coast Guard Archive: ((("Gulf" OR "GOM") AND ("oil*" OR "hydrocarbon*") AND ("spill*" OR "discharge*" or "releas*")) NOT ("BP"))

### RFP No. 8

In connection with RFP No. 8, BPXP requests that the United States conduct the search described below, for documents created between April 20, 2010 and the present:

> In the Coast Guard Archive and in the files of custodian Jacqui Michel:  ((("BP" OR "Deepwater Horizon" OR "DWH" OR "RP") NEAR10 ("effective*" OR "efficient*" OR "prompt*" OR "quick*" OR "competent" OR "commend*" OR "excellent" OR "great" OR "good" OR "well done" OR "nice*"))

### RFP No. 10

Thank you for agreeing to conduct an additional search of the Coast Guard Archive in response to RFP No. 10.  BPXP proposes that the United States' proposed search be modified as follows, for documents created between April 20, 2010 and October 2013, the publication date of the last OSAT report:

> In the Coast Guard Archive:  ((("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND ("OSAT" OR "Operational Science Advisory" OR "Coordinator" OR "OSC Report" OR ("operation*" NEAR ("advis*" NEAR ("team") OR ("residual" NEAR "oil") OR ("remnant" NEAR "oil"))

## KIRKLAND & ELLIS LLP

Sarah Himmelhoch
April 24, 2014
Page 7

>   USCG Custodian Roger Rufe: ((("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND ("ISPR" OR "Incident Specific Preparedness" OR "interview*" OR "response statistics"))
>
>   USCG Custodian Carlton Moore: ((("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND ("ISPR" OR "Incident Specific Preparedness" OR "interview*" OR "response statistics"))
>
>   USCG Custodian Kenneth Boda: ((("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND ("OSAT" OR "Operational Science Advisory" OR ("remnant" NEAR "oil") OR ("residu*" NEAR "oil") OR ("toxic*" NEAR "oil")))

**RFP No. 11**

In connection with RFP No. 11, BPXP requests that the United States conduct the search described below, for documents created between April 20, 2010 and the present:

>   In the Coast Guard Archive: (("Amount*" OR "quantif*" OR "quantit*" OR "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR "collect*" OR "dispers*" OR "burn*" OR "skim*" or "remov*" or "clean*"))
>
>   In the Coast Guard Archive: ("OBC" OR "Oil Budget") AND ("Draft*" OR "outlin*" OR "interview*" OR "note*"))
>
>   NOAA Custodian Bill Lehr: (("Amount*" OR "quantif*" OR "quantit*" OR "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR "collect*" OR "dispers*" OR "burn*" OR "skim*" OR "remov*" OR "clean*"))
>
>   USGS Custodian Sky Bristol: (("Amount*" OR "quantif*" OR "quantit*" OR "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR "collect*" OR "dispers*" OR "burn*" OR "skim*" OR "remov*" OR "clean*"))
>
>   NIST Custodian Antonio Possolo: (("Amount*" OR "quantif*" OR "quantit*" OR "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR "collect*" OR "dispers*" OR "burn*" OR "skim*" OR "remov*" or "clean*"))

# KIRKLAND & ELLIS LLP

Sarah Himmelhoch
April 24, 2014
Page 8

### RFP No. 12

In connection with RFP No. 12, BPXP requests that the United States conduct the search described below, for documents created between April 20, 2010 and the present:

In the Coast Guard Archive: ((("Corexit" OR "9500*" OR "9527*" OR "dispers*") NEAR15 ("approv" OR "authoriz*" OR "permit*" OR "permission" OR "limit*" OR "forbid" OR "prevent*" OR "halt*" OR "stop*"))

EPA Custodian Lisa Jackson: ((("Corexit" OR "9500*" OR "9527*" OR "dispers*") NEAR15 ("approv" OR "authoriz*" OR "permit*" OR "permission" OR "limit*" OR "forbid" OR "prevent*" OR "halt*" OR "stop*"))

### RFP No. 15

Please confirm that the United States has conducted a reasonable search for documents responsive to Request 15 and is not aware of any non-privileged and responsive documents not produced in Phases 1 or 2, and that the United States is not withholding any non-privileged documents from your production based on the objections asserted in your draft responses. In addition, this will confirm that if the United States locates additional non-privileged documents responsive to this request (or other requests), the United States will promptly produce those documents to BPXP.

Please let me know if you have any questions or would like to discuss these issues further.

Sincerely,

/s/ Hariklia Karis, P.C.

Hariklia Karis, P.C.

cc (via electronic mail):

United States' Penalty Phase Distribution List