# Exhibit D

E-SERVICE

55356613
Apr 25 2014
07:07PM

File & ServeXpress

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "*Deepwater* | : | MDL No. 2179 |
| | *Horizon*" in the Gulf of Mexico, on | : | |
| | April 20, 2010 | : | SECTION: J |
| | | : | |
| This Document Relates To: 10-4536 | | : | Honorable CARL J. BARBIER |
| …………………………………………... | | : | Magistrate Judge SHUSHAN |

**UNITED STATES' RESPONSE TO**
**DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS**
**TO THE UNITED STATES OF AMERICA**
**RELATING TO THE CLEAN WATER ACT PENALTY PHASE**

The United States of America by its undersigned Counsel, and pursuant to Rules 26, 33, 34,

and 36 of the Federal Rules of Civil Procedure, as well as the instructions of Magistrate Judge

Shushan, hereby submits the following objections and responses to Defendants' First Set of

Discovery Requests to the United States of America Relating to the Clean Water Act Penalty

Phase.

**I.       GENERAL RESPONSES**

The following responses are applicable to all of the United States' responses to these

requests for production and are incorporated into each specific response below:

1.       Where the United States responds that it will produce documents in response to the

requests, the United States will produce such documents on a rolling basis with such reasonable

speed as the United States can locate and process them, without sacrificing critical operations of

the responding agency or a meaningful review for responsiveness, privilege, and confidentiality.

2.       Where the United States indicates it will respond to a request for production, it will

conduct a good faith search consistent with the search terms and custodians or collections agreed

to after meeting and conferring with BP. The United States is not offering or promising to search

1

for and produce every document or piece of information that may exist in the possession, custody, or control of any of its hundreds of thousands employees and agents where any such items are not included within the results of the to be agreed upon search criteria.

3.      The United States' decision, now or in the future, to provide information or documents notwithstanding the objectionable nature of any of the definitions or instructions, or the requests themselves, should not be construed as: (a) a stipulation that the material is relevant or admissible, (b) a waiver of the United States' objections asserted in response to specific requests, or (c) an agreement that requests for similar information will be treated in a similar manner.

4.      The United States reserves the right to modify, amend, or supplement its responses, which are made based on the current status of its knowledge, understanding, belief, and searches for documents. The investigation of facts and information relating to these requests is continuing, and, therefore, these responses are not intended as an admission or a representation that additional information or documents do not exist.  This point is particularly true with respect to the "other matters" that Defendants contend the Court should consider in establishing the penalty each company should pay.  The United States has only a very limited information regarding Defendants contentions on these matters and therefore the responses set forth below do not include rebuttal evidence that will be provided in response to contentions that have not yet been fully disclosed.

5.      For purposes of conducting a privilege review, the United States will rely in part upon searches and other automated categorization of potentially privileged information such that certain information will be produced without having been reviewed by an attorney. For instance, the United States will conduct searches to identify communications involving counsel or referencing discussions of counsel and other documents containing words or phrases signifying potentially privileged status. Electronically stored information that does not fall within these

2

searches may be produced without further review, depending on the information provided by the originating agency. Given the large volume of information responsive to BP's requests, the United States believes reliance upon such electronic search tools constitutes reasonable steps to protect privileged information within the meaning of Pretrial Order 14 and Federal Rule of Evidence 502(b). The United States expressly states its intent to rely upon the claw-back procedures of Pretrial Order 14 as necessary and appropriate.

6.      For purposes of its responses to these requests for production, and in accordance with the practice in Phases 1 and 2, the United States will not search for or produce any documents generated or collected during the course of its criminal investigations or investigations conducted by the various Offices of Inspector General for purposes of its response to this request and will not identify any such documents withheld from its response on any privilege log.

7.      In collecting documents in response to discovery requests served in Phases 1 and 2, the United States objected to requests that called for information that was not relevant to those Phases of this Litigation.  The United States generally did not, however, withhold documents on the basis of that objection.  In particular, as described for the Court on several occasions, except for certain document requests for which the United States did not use search terms, the United States' procedure in responding to the Phase 1 and Phase 2 discovery requests was as follows: (a) apply the agreed upon search terms against the agreed upon custodian's electronically stored information; (b) process the electronically stored information; (c) apply search terms to the information to identify material unlikely to be privileged; (d) release without further review the documents that did not respond to the privilege search terms; (e) review the documents that were responsive to the privilege search terms; (f) release the non-privileged, relevant documents; (g) log as required the privileged documents; and (h) segregate from further review the completely

3

irrelevant documents.  As a result, any documents withheld from the United States' Phase 1 and

Phase 2 productions were either identified as privileged or determined to be entirely irrelevant.

The United States is aware that a small number of reviewers may not have marked a document for

production if it was only relevant to later phases even if it was non-privileged.  The United States

will undertake a review of the collection of documents in this category using a combination of

search terms and/or computer assisted review, and human review to identify any documents

responsive to these requests and, to the extent such are identified, produce those relevant to Phase

3 as part of its document production in this Phase.  As with all document reviews, while the United

States cannot guarantee perfection, it will make a reasonable effort to identify and release such

documents.

       8.     The United States recognizes that certain documents responsive to these requests

were identified on the United States' privilege logs as withheld pursuant to the assertion of the

deliberative process privilege and were not subject to re-review under the procedures established

during Phase 2.  On or before the deadline for completing document production, the United States

will review this category of documents to (1) identify those responsive to the discovery requests

set forth below; (2) determine whether the United States is willing to withdraw its assertion of the

privilege; (3) produce those documents over which the United States no longer asserts the

deliberative process privilege; and (4) provide supporting declarations for any remaining

deliberative process privilege claims on documents responsive to the discovery requests set forth

below.

## II.     GENERAL OBJECTION

     The United States objects to all of these discovery requests because Defendants have

exceeded the limits on discovery imposed by the Court.  In their requests for production and

interrogatories, as indicated in response to specific requests below, Defendants have posed

compound requests that, when properly counted, exceed the limits on interrogatories and requests

for production. Similarly, by propounding numerous compound requests for admission, which are

identified below, Defendants have exceeded the limit on requests for admission. The United States

objects to the undue burden that this excess of discovery imposes upon it.

## II.     REQUESTS FOR PRODUCTION

1.     Except to the extent such data has already been provided to Defendants, all data
collected as part of, or in connection with, the *Deepwater Horizon* Natural Resource Damages
Assessment including but not limited to all analytical data, unstructured data, raw data, unverified
data, field notes, photographs, videos, survey responses, cooperative data, and independent data.

**OBJECTIONS**: The United States objects to this request for production of documents to

because it seeks survey responses and all field notes (regardless of whether they constitute data),

which are outside the discovery permitted by the Court in its oral rulings on March 21, 2013.

Specifically, in the hearing the following exchange occurred between BP's counsel and the Court:

> MS. KARIS: Fair enough. So in addition to not having the underlying data, part of
> what BP is requesting is the analysis of some of that data that has been conducted
> by the United States.
> THE COURT: The problem with that is, as I understand it, a lot of this analysis is
> very preliminary and scientists talking to each other. I don't think you're entitled to
> that. You may be entitled to data, but I don't think you're entitled to that. . . . .

Tr. of Hearing at 78 (Mar. 21, 2014). The United States will not search for or produce survey

responses and will not produce field notes other than those identified in Exhibit 1.

In addition, the United States objects to the portion of this request that seeks unverified

data. Data verification protocols are standard at all laboratories used by the natural resource

trustees and are often developed for non-laboratory data as well. The normal scientific process

employs verified data, not unverified data, and therefore the laboratories do not have procedures

for producing unverified data. Departing here from the normal process of producing verified data

would be both burdensome and disruptive.  Given the less reliable nature of unverified data and its limited usability for scientific analysis, the burden of producing unverified data greatly outweighs any benefits of doing so.  Moreover, the large majority of data in the possession of the natural resource trustees is verified data.

The United States also objects to this request for production because it seeks data that is not relevant to Defendants' contentions in this litigation.  For instance, as part of the Natural Resources Damage Assessment the United States is gathering data that relates to the overall value of the natural resource damages claim or other similar issues. Such data is not relevant to the seriousness of the Defendants' violations or the Defendants' contention that the Gulf has recovered from the millions of barrels of oil that they discharged into the waters of the United States.  The United States will not search for or produce such data.

During the meet and confer discussions, Andarko and BP have taken the position that this request for production requires the United States to produce to Anadarko data that has already been produced to BP.  The United States objects to such production as unduly burdensome because Andarko and BP have acknowledged to the Court that they are coordinating their presentation of the penalty factor for which this data is sought.

The United States further objects to this request as overly broad with respect to time because instruction 2 below states that "Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005."  Because this request seeks information specific to the Defendants' violations, the United States objects to searching for any records created on or before April 20, 2010.

**RESPONSE**:  Subject to, and without waiving, the foregoing objection, the United States responds as follows:

6

Attached as Exhibit 1 to this discovery response is a list of the data and samples collected in the Natural Resource Damage Assessment that identifies whether it has been produced and, if not, whether it will be produced before close of document production and if not whether it will be produced before the deadline for initial expert reports.

The United States is also in the process of meeting and conferring with BP regarding the production of raw data subject to a protective order that will restrict the use of unprocessed data to circumstances in which such use will be scientifically appropriate.  Upon entry of such an order, the United States will produce raw data that will not be fully processed before the deadline for disclosure of expert opinions on August 15, 2014, except that data that is subject to a data sharing agreement that expressly limits the information to be exchanged to processed data.

2.       All documents, including but not limited to photos, aerial imagery, videos, or graphics, referring or relating to the areal extent, location, duration, thickness, and volume of Oil-Related Materials and/or Dispersants present at the surface of the water (including to a depth of one meter below the surface), including but not limited to all documents from the United States Department of Homeland Security sources.

**OBJECTIONS:**  The United States objects to this request for production for the reasons set forth in its Clean Water Act – Penalty Phase:  Motion of the United States to Limit Evidence About the "Seriousness" Factor (Doc. No. 12373) ("Seriousness Motion"), its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the United States' Clean Water Act – Penalty Phase Rule 26(f) Report of the United States (Doc. No. 12351) ("US 26(f) Report").  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.  The United States will limit its response to aerial photographs and aerial imagery and will not produce other analyses or ancillary documentation.

The United States further objects to this request as overly broad with respect to time

because instruction 2 below states that "Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005." Because this request seeks information specific to the Defendants' violations, the United States objects to searching for any records created on or before April 20, 2010.

The United States also objects to this request because it specifically seeks data from the Department of Homeland Security. The United States has not identified any responsive aerial imagery within the possession of the Department of Homeland Security (other than materials in the Coast Guard's centralized archive that were subject to the searches discussed below). In meet and confer discussions, BP suggested that it requested records from Homeland Security because it was seeking aerial imagery and photographs from the National Geospatial Intelligence Agency. The National Geospatial Intelligence Agency is not part of the Department of Homeland Security. Moreover, inquiry of the Coast Guard and the National Oceanic and Atmospheric Administration ("NOAA") indicates that all of the aerial photography from the National Geospatial Intelligence Agency that was used in the response has been declassified and provided to NOAA for use in its oil spill tracker website. Accordingly, it would be unduly burdensome to search the files of the National Geospatial Intelligence Agency in response to this request and the United States will not do so.

Moreover, the United States is not aware of any classified aerial images or photographs that are responsive to this request, but objects to any search for such images as disproportionately burdensome in light of the fact that the classified nature of any such documents would prevent their disclosure and therefore any search for such documents would be futile.

By seeking "all documents" related to the aerial extent of the oil spill, this request seeks privileged materials including materials protected by attorney-client privilege, the deliberative

process privilege, and the work product doctrine.  Therefore, the United States further objects to

the request on these grounds will identify any documents withheld solely on the basis of privilege

to the extent and in the manner required by PTO 14.[1]

In addition, the United States objects to this request as duplicative of information already

requested and received in response to discovery served in Phase 1 and 2.  Specifically, in response

to BP's requests for production 86, the United States searched for records that contained the

following search string:

> "DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR
> "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block
> 252") AND (("chemical" OR "physical" OR "analysis" OR "properties") NEAR20
> ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase"
> OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble"
> OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR
> "gas" OR "fingerprint%" OR "tar%"))

*See* Doc. No. 3928-6 at 2, 3928-7 at 3, 3928-8 at 2, 3928-9 at 3, 3928-10 at 5.  The United States

also searched for and produced non-privileged documents responsive to the following search

string:

> ("Chemical Safety Board" OR "CSB" OR "Marine Board of Investigation" OR "Joint
> Investigation Team" OR "JIT" OR "MBI" OR "Incident Specific Preparedness Review"
> OR "ISPR" OR "National Commission" OR "Presidential Commission") AND
> ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR
> "Mississippi Canyon Block 252")

*See* Doc. No. 3928-6 at 3, 3928-7 at 1, 3928-8 at 1, 3928-9 at 2, 3928-10 at 4.  In response to BP's

requests for production 73 and 78-85, the United States searched for records that contained the

following search string:

> ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR
> "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR
> "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("dispersed oil")[2]

---

[1] All references to PTOs include any amendments to the referenced PTO.

[2] Irrelevant elements of the search string have been omitted from all quoted search strings.

*See* Doc. No. 3928-6 at 2, 3928-7 at 2, 3928-8 at 2, 3928-9 at 1-2, 3928-10 at 2. Further, in

response to BP's requests for production 123-137, the United States searched agreed locations and

custodians for and produced all non-privileged documents responsive to the following search

string:

> ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR
> "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block
> 252") AND ("corexit" OR "9500%" OR "9527%" OR "dispersant" OR "brat%")
> AND ("permit%" OR "limit%" OR "control" OR "decision" OR "quantit%" OR
> "subsea" OR "surface" OR "volume" OR "amount" OR "appl%" OR "deci%" OR
> "direct%" OR "analy%" OR "identi%" OR "addendum" OR "use" OR "respons%"
> OR "alternative" OR "determin%" OR "guideline" OR "metric%" OR "fate" OR
> "dispersed oil" OR "harm" OR "effect*" OR "predict%" OR "injur%" OR "toxic"
> OR "SMART" OR "waiv%" OR "approv%" OR "measure" OR "assess" OR
> "shore" OR "coast%" OR "land" OR "inventor%" OR "deny" OR "deploy%" OR
> "benefit")

Doc. No. 3928-6 at 3, 3928-7 at 3, 3928-8 at 3, 3928-9 at 3, 3928-10 at 5, 3928-11 at 1.

In addition, the United States produced all non-privileged records within the files of the

National Commission on the BP/Deepwater Horizon Oil Spill. These searches constitute a

reasonable search for information responsive to this request for production and therefore the

United States will restrict its response to aerial photographs and imagery and will not produce any

further other documents relating to the aerial extent of the Spill.

The United States also objects to this request for production because it seeks information

publicly available that is equally accessible to the Defendants as to the United States. In particular,

the United States objects to the Defendants' demand that the United States purchase copies of the

satellite imagery from commercial vendors for the Defendants. In accordance with the general

principles of discovery, the party seeking discovery cannot shift the costs of its own case

preparation to another party. Therefore, the United States will not collect and produce satellite

images purchased from third party providers when such a production would violate the terms of

10

use of the United States' purchase or acquisition of images or imagery.

**RESPONSE**:  Subject to, and without waiving, the foregoing objections, the United States responds as follows:

The United States incorporates by reference its responses to the previously served requests for production 73-86 and 123-137.

In addition, the United States responds that it has identified only four sources of aerial imagery:  (1) AVIRIS imagery developed during cooperative assessment work with BP; (2) imagery developed by Ocean Imaging, which BP already has in its possession; (3) publicly available satellite data; and (4) data housed in the "photologger database" to which BP has access. All of the processed AVIRIS imagery has been provided to BP and the Trustees will continue to provide the processed data as it is completed.

With respect to publicly available satellite data, some data is available at the following sites free of charge: https://earth.esa.int/web/guest/missions/3rd-party-missions/current-missions/terraaqua-modis; http://reverb.echo.nasa.gov; https://earth.esa.int/web/guest/data-access/online-archives; http://www.class.ncdc.noaa.gov/saa/products/search?datatype_family=AVHRR.  Further, the United States refers defendants to EPA's BP Spill website at http://www.epa.gov/bpspill/ and to its Airborne Spectral Photometric Environmental Collection Technology (ASPECT) imagery data, which is publicly available at: http://www.epaaspect.net/googleearth/dhorizon_April_2010/main/kml/dhorizon_apr2010_main.kml.

The following sources also provide additional aerial imagery data, although they provide such data for fees subject to commercial licensing agreements: http://gs.mdacorporation.com/,

http://www.astrium-geo.com/terrasar-x/, http://www.e-geos.it/index.html, http://global.jaxa.jp/,

https://earth.esa.int/.

The United States is continuing its investigation to confirm that there is no unique, responsive, non-classified satellite imagery in the possession of the National Aeronautics and Space Administration.  If any such imagery is identified, the United States will produce it.

With respect to photographs, the United States has identified some photographs collected in a consolidated archive by the National Oceanic and Atmospheric Administration (NOAA), which the United States will produce before the deadline for completion of document production.

3.      All documents referring or relating to the observation, collection, recovery, restoration, or rehabilitation of Wildlife during, or as part of, any Response Activities.

**OBJECTIONS:**  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.  The United States will produce data on the requested subjects, but not analysis, opinion, or other discussion of these topics.

The United States further objects to this request for production because by seeking "all documents referring or relating to" the listed activities it seeks privileged materials including materials protected by the attorney-client, the work product, and other privileges and protections. The United States will identify any documents withheld solely on the basis of privilege as required and to the extent required by PTO 14 and it amendments.

The United States further objects to this request as overly broad with respect to time because instruction 2 below states that "Unless otherwise specified, respond to all requests for

production by searching for documents created on or after April 20, 2005."  Because this request seeks information specific to the Defendants' violations, the United States objects to searching for any records created on or before April 20, 2010.

**RESPONSE**:  Subject to, and without waiving, the foregoing objections, the United States responds as follows:

The United States directs BP to the documents produced in Phase 1 and Phase 2, especially the information such as agency daily reports setting forth observations regarding the effects on wildlife and fisheries.  In particular, attached to this response as Attachment 2 is an inventory of the daily briefing books for the National Incident Commander, which provide a good summary of the information responsive to this request.

NOAA has provided data to BP for marine mammals as required by a negotiated data-sharing plan.  That data is identified by category in Exhibit 1.

A turtle data-sharing plan has been negotiated for necropsy and histopathology results; however the plan has not yet been signed.  Once the plan has been executed, the data will be sent to BP within the time frames specified in Exhibit 1.  In addition, BP already has data stemming from cooperative turtle work.

To the United States' knowledge, there was no collection of oysters in the response beyond that for the human health assessment.  NOAA Status and Trends routinely collected oysters pursuant to their own mission, and the United States will investigate whether this organization collected oysters during the Response.

Moreover, the inventory of birds collected as part of the Response Activities and Natural Resources Damage Assessment is available on the internet at

http://www.fws.gov/home/dhoilspill/pdfs/ConsolidatedWildlifeTable042011.pdf.  The United

13

States will provide the underlying data summarized on that sheet before the deadline for production of documents.

During meet and confer discussions BP requested that the United States apply certain search terms to the custodial files of Bob Haddad, NOAA; Kevin Reynolds, U.S. Fish & Wildlife Service; Barbara Schroeder, NOAA; Teri Rowles, NOAA; and Lori Schwacke, NOAA. The United States will not search the files of Dr. Bob Haddad and Dr. Kevin Reynolds because their role with respect to these issues was as part of the Natural Resources Damage Assessment. Therefore, there is no reasonable likelihood of finding information that is responsive to this request and still within the limits imposed by the Court as described in the objections to request for production 1.

Further, collection from each of the identified custodians, but especially Drs. Haddad and Reynolds, would be unduly burdensome because of the likelihood that the responsive documents would be privileged. Each of the identified individuals' have been assigned primarily if not exclusively to work on the Natural Resources Damage Assessment and, therefore, much of their materials are likely to be privileged.

The United States will not agree to search the files of Teri Rowles because she was a custodian whose files were searched in Phase 1 and Phase 2 and to re-collect from this custodian would be burdensome, particularly in the available.

With respect to the remaining two custodians, Ms. Schroeder and Ms. Schwacke, the United States will search their primary work computers and work email box and any known archives for the time period April 20, 2010- January 31, 2011. The United States objects to extending the search beyond that date because these two individuals were working almost exclusively on Natural Resource Damages Assessment after January 31, 2011 and, therefore, the

14

burden of privilege review for the later time period outweighs the likelihood that some additional information may be discovered.  The United States will use a modified version of the search terms proposed by Ms. Karis in her letter of April 25, 2014, but will need to test and modify the terms before deciding on the final terms.  The United States will advise BP of the final search terms once they have been developed.  In addition to any refinements need to prevent over collection of irrelevant material, the United States anticipates modifying BP's proposed search terms in several respects:

a.   BP's proposed search strings contained no terms that would limit the searches to information related to the Gulf of Mexico, relevant animals, and observations during the response.  In accordance with the Court's limitation on discovery related to the Natural Resources Damage Assessment, the United States has added such limiting phrases.

b.   The United States has combined some of the search strings to reduce duplication.

c.   BP also proposed a search string for "("stranding" NEAR5 "rates")".  The United States declines to implement this search string because data relating to the stranding rates is captured in the data to be produced as identified in Exhibit 1.  Collecting documents relating to discussion of these rates goes beyond the Court's limitation to the production of data rather than analysis in this Phase of the Litigation.

Once it has completed the searches, the United States reserves the right to (1) exclude documents that are responsive to the search terms but not actually responsive to the request; (2) assert privilege over documents that are responsive to the search terms; (3) modify the search terms to address the syntax rules of the particular software being used to conduct the search so long as the search terms to not substantively alter the search terms; and (4) to modify the search terms to address patterns of over-collection identified during the collection.  The United States will notify BP of any changes made to the search terms during collection.  The United States also notes that it may need to seek an extension of time to produce responsive documents, depending on how rapidly the search proceeds and the volume of materials responsive to the search terms.

4.      All documents referring or relating to any Mississippi River Diversions attempted,

undertaken, discussed, or considered in connection with the *Deepwater Horizon* Incident and Spill, including all documents related to the effects or potential effects of any such Mississippi River Diversions.

**OBJECTIONS**:  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.  The United States also objects to this request for production as calling for information that is not reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation.  The Mississippi River Diversions were not performed by the Defendants and, therefore, cannot constitute efforts by the Defendants to mitigate the effects of their violations.   In light of these objections, the United States will not conduct any new searches for documents responsive to this request.

By calling for all documents "referring or relating to any Mississippi River Diversions" this request also seeks information protected by the attorney-client, work product, or other privilege or protection.  The United States will identify any documents withheld solely on the grounds of privilege to the extent and as required by PTO 14.

The United States further objects to this request as overly broad with respect to time because instruction 2 below states that "Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005."  Because this request seeks information specific to the Defendants' violations, the United States objects to searching for any records created on or before April 20, 2010.

**RESPONSE:**  Subject to, and without waiving, its objections, the United States responds as follows:

Some documents responsive to this request for production were collected as part of the document production efforts for Phase 1 and Phase 2 but were not produced because the United States asserted a privilege. *See supra* General Responses. The United States will review those documents already produce any documents that are responsive to this request and for which the United States no longer asserts a privilege.

5.      All documents referring or relating to any Fish Kills that resulted from (or were at any time suspected to have resulted from) the *Deepwater Horizon* Incident and Spill, including without limitation from Oil-Related Materials, Dispersants, and/or any Response Activities.

**OBJECTIONS AND**: The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report. Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

The United States further objects to this request as overly broad with respect to time because instruction 2 below states that "Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005." Because this request seeks information specific to the Defendants' violations, the United States objects to searching for any records created on or before April 20, 2010.

By seeking "all documents" related to Fish Kills, this request seeks privileged materials including materials protected by attorney-client privilege, the deliberative process privilege, and the work product doctrine. Therefore, the United States further objects to the request on these grounds.

In addition, the United States objects to the portion of this request that seeks unverified data. Data verification protocols are standard at all laboratories used by the natural resource

trustees and are often developed for non-laboratory data as well.  The normal scientific process employs verified data, not unverified data, and therefore the laboratories do not have procedures for producing unverified data.  Departing here from the normal process of producing verified data would be both burdensome and disruptive.  Given the less reliable nature of unverified data and its limited usability for scientific analysis, the burden of producing unverified data greatly outweighs any benefits of doing so.  Moreover, the large majority of data in the possession of the natural resource trustees is verified data.  Accordingly, except in accordance with any agreement reached pursuant to the discussions referenced in response to request for production 1 above, the United States will not produce any raw or unverified data.

**RESPONSE**:  Subject to, and without waiving its objections, the United States responds as follows:

The United States incorporates by reference its responses to requests for production 1 and 2 above.  Further, the United States directs the Defendants to EPA's BP Spill website at http://www.epa.gov/bpspill/, including but not necessarily limited to http://www2.epa.gov/home/report-spills-and-environmental-violations.

During meet and confer discussions, BP requested that the United States determine "whether it has any other data or non-privileged documents related to fish kills."  *See* Karis, Letter to Himmelhoch at 5 (Apr. 24, 2014).  As set forth in the objections above, this request goes beyond the limitation the Court imposed upon discovery into the Natural Resources Damage Assessment other than pure data.  While the United States conducts large quantities of basic scientific inquiry as part of the mission of several federal agencies that could potentially fall within this category of information related to fish populations in the Gulf of Mexico, a search for and collection of all that basic science would be overly broad and unduly burdensome.

In addition, the United States notes that there was a 2010 cooperative Fish Kill plan that resulted in a draft report that was never finalized.  This data is addressed in Exhibit 1.

6.      All documents referring or relating to the impact, lack of impact, and/or recovery of the Shoreline Environment from Oil-Related Materials, Dispersants, and/or any Response Activity.

**OBJECTIONS**:  The United States incorporates by reference its objections to requests for production 1 and 2 above.

In meet and confer discussions, BP has requested that the United States conduct the following searches for documents created between April 20, 2010 and the present:

In the Coast Guard Archive: (("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

NOAA Custodian Frank Csulak: (("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

NOAA Custodian Toni Debosier: (("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

Custodian Jacqui Michel: (("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

Custodian Mark Hester: (("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR

"STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Baratatia" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

The United States objects to running this additional search in the files of Jacquie Michel. As discussed during the April 16, 2014, Dr. Michel is an expert working on the United States' Natural Resources Damage Assessment.  The United States also objects to the searches for the other NOAA custodians because they are equally likely to intrude upon the Natural Resources Damage Assessment work.  Any search of these files is unduly burdensome because it exceeds the limitation on discovery into Natural Resources Damage Assessment work other than data as set forth in the United States' objections to request for production 1.

The United States objects to running this search in the Coast Guard archives because it is essentially a search for information regarding harm and human health effects, which exceeds the limit on discovery of analyses as opposed to data imposed by the Court and discussed above. Accordingly, the United States will not agree to these additional search strings.

**RESPONSE**:  Subject to and without waiving its objections, the United States responds as follows:

The United States incorporates by reference its response to requests for production 1 and 2 above.  In addition, BP already has access to the SCAT survey data generated as part of the response.  Accordingly, BP already has sufficient information responsive to this request and the United States will not conduct any further searches or productions of documents responsive to this request for production.

7.      All documents referring or relating to any release or spill of oil in the Area of Response since April 2010 other than Oil-Related Materials resulting from the *Deepwater Horizon* Incident and Spill.

**OBJECTIONS**:  The United States objects to this request for production as overly broad.

As the Defendants have defined it, the "Area of Response" comprises areas outside the jurisdiction of the United States, including apparently Mexican land areas.  The United States will restrict its response to this request for production of documents to spills under the jurisdiction of the United States for purposes of monitoring or response.

By seeking "all documents" relating to the release or spill of oil, this request is indubitably broad enough to encompass information protected by the attorney work product, attorney-client, or other privilege or protection.  The United States will identify documents withheld solely on the basis of privilege to the extent and in the manner required by PTO 14.

The United States further objects to this request for production because it seeks information not reasonably calculated to lead to the discovery of evidence relevant to this Phase of the litigation.  The focus of the Penalty Phase is on the seriousness of the *Defendants'* violation of the Clean Water Act, not the conduct or seriousness of any violations by any other party.  Accordingly, the United States will limit its search to find information sufficient to identify the date, location, and amount of oil spills reported to or observed by the Department of the Interior, EPA, or the Coast Guard in the period April 22, 2010-December 31, 2013.

Further, with respect to information related to natural seeps, the United States objects to this request because it seeks information beyond the limitation set by the Court in the March 25, 2014 hearing, as set forth in the United States' objections to request for production 1 above.  In particular, the United States objects to collecting and producing the underlying work papers for the studies discussed in its response below and will not do such collection or production.

In meet and confer discussions, BP has requested that the United States conduct a search within the Coast Guard's central archives for the period April 20, 2010 to the present:

In the Coast Guard Archive: (("Gulf" OR "GOM") AND ("oil*" OR

21

"hydrocarbon*") AND ("spill*" OR "discharge*" or "releas*")) NOT ("BP"))

The United States objects to running this additional search because it is not reasonably calculated to lead to the discovery of admissible evidence. This request for production seeks information regarding oil spills *other* than that caused by the Defendants' violations. The Coast Guard's centralized archive is an archive of documents determined to be relevant to the Defendants' violations. The information the United States has agreed to produce provides sufficient information to Defendants. For these reasons, the United States will not conduct the proposed search.

**RESPONSE**: Subject to, and without waiving its objections, the United States responds as follows:

Spills of one barrel or more must be reported to the Department of the Interior's Bureau of Safety and Environmental Enforcement ("BSEE"). Reports of these spills are made through eWell (an electronic submissions portal) and are maintained in TIMS. In response to discovery conducted by BP in Phase 1 and 2, the United States produced the information contained within the TIMS database up to January 31, 2011. For spills after that date, BSEE will run an "Accident Pollution Summary Report" and/or a "Spill Volume Report" in TIMS GOM to obtain the required data for the time period February 1, 2011 to December 31, 2013. The United States will produce the search results on or before the deadline for completing document production.

The Coast Guard also maintains a database intended to track information related to spills reported or observed by the Coast Guard: the Marine Information for Safety and Law Enforcement (MISLE) database. The Coast Guard will query that database for any spills of oil reported or observed in the Gulf of Mexico between April 22, 2010 and December 31, 2013. The United States will produce the search results on or before the deadline for completing document

22

production.

In addition, the National Response Center receives reports regarding spills and may have received reports regarding spills of oil in the Gulf of Mexico since April 22, 2010.  Data regarding any such reports can be found at http://www2.epa.gov/home/report-spills-and-environmental-violations.

With respect to natural seeps, NOAA was a part of two cruises with *Oceanos*, one in 2011 and one in 2012, both of which collected data potentially relevant to understanding locations of some seeps and flux rates from the seeps.  The objective of the August 2011 cruise was to determine if NOAA could detect and measure flux from seeps using a multi-beam system.  The objective of the February to March 2012 cruise was to determine if NOAA could detect and measure flux from seeps using both a multi-beam system and video analysis.  Most (if not all) of the data from these cruises has been available to the public through live video and audio streaming, and from datasets on the web at:

http://www.ncddc.noaa.gov/website/google_maps/OE/mapsOE.htm

http://oceanexplorer.noaa.gov/okeanos/explorations/ex1105/welcome.html

http://oceanexplorer.noaa.gov/okeanos/explorations/ex1202/welcome.html

In addition, DOI's Bureau of Ocean Energy Management ("BOEM") uses geophysical data from lessees, observations from cruises it conducts with NOAA, and information from its oil slick database to map potential oil and gas seepage areas in the GOM.  To date, BOEM has identified more than 28,000 areas of potential oil and gas seepage in the GOM, with most of the areas indicating gas seepage.  The seep location maps developed by BOEM are located at:

http://www.boem.gov/Oil-and-Gas-Energy-Program/Mapping-and-Data/Map-Gallery/Seismic-Water-Bottom-Anomalies-Map-Gallery.aspx.

In addition, the BOEM Environmental Studies Program ("ESP") studies and characterizes the chemosynthetic biological communities that use the seeped hydrocarbons as an energy source. BOEM uses this data to: 1) protect chemosynthetic communities that are known to exist near seepage sites through lease stipulations, and 2) calculate the value of individual lease blocks (areas with seepage have a higher value).  The ESP studies are located at:

http://www.data.boem.gov/homepg/data_center/other/espis/espismaster.asp?appid=1.

Further, the Lawrence Berkeley National Laboratory has undertaken studies (paid for at least in part by BP) examining how microbes in the water and sediment from the Gulf of Mexico degrade hydrocarbon and how similar are bacteria that degrade oil from the spill to those that degrade oil that naturally seeps up through the sea floor in nearby areas.  The Laboratory has published several papers on this research, all of which are publicly available:

1.  Deep-sea oil plume enriches indigenous oil-degrading bacteria. (2010) *Science* 330:204-208.

2.  Deep-sea bacteria enriched by oil and dispersant from the Deepwater Horizon spill. (2012). *Environ. Microbiol.* 14:2405-2416

3.  Metagenome, metatranscriptome and single-cell sequencing reveal microbial response to Deepwater Horizon oil spill. (2012). *ISME Journal* 6:1715–1727

4.  Distribution of hydrocarbons released during the 2010 MC252 oil spill in deep offshore waters. (2013). *Environmental Pollution.* 173:224-30

5.  Succession of hydrocarbon-degrading bacteria in the aftermath of the Deepwater Horizon Oil Spill in the Gulf of Mexico (2013, August 12) Environ. Sci. & Technol.  (DOI: 10.1021/es401676y)

6.  New Insights into Microbial Responses to Oil Spills from the Deepwater Horizon Incident. (2011) SIM News, May/June (Invited Feature)

7.  New Insights into Microbial Responses to Oil Spills from the Deepwater Horizon Incident. (2011) SIM News, May/June (Invited Feature)

8.  Microbial response to the MC-252 oil and Corexit 9500 in the Gulf of Mexico. (2012).

Front. Microbiol. 3:357-357

9.    Microbial gene functions enriched in the Deepwater Horizon deep-sea oil plume. (2011) ISME Journal 6:451-460

10.   Hydrocarbon-degrading bacteria and the bacterial community response in Gulf of Mexico beach sands impacted by the Deepwater Horizon oil spill. (2011) Appl. Environ. Microbiol. **77**:7962-7974

8.      All documents commending, praising, or otherwise noting the efforts of BPXP (including contractors and other entities assisting BPXP) and the Unified Command to respond to, or otherwise mitigate, minimize, or prevent any environmental, economic, human health, or other effects of the *Deepwater Horizon* Spill.

**OBJECTIONS:** The United States objects to this request for production because by seeking "all documents" that "otherwise not[e]" the Defendants' efforts it seeks materials protected by attorney-client, the work product, or other privileges or protection.

The United States also objects to this request for production as duplicative of requests made and responded to in Phases 1 and 2. Specifically, the United States has already produced to BP the vast majority of documents contained within the paper Spill Archive maintained by BP and the Coast Guard during the response and will complete that production as the scanning of those records is completed. Similarly, many of the broad search strings run in response to BP and other parties' Phase 1 and 2 requests would result in the collection of responsive documents, including the following search string run in response to requests for production 73, 78-85:

> ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("plume" OR "response")

Doc. No. 3928-6 at 2, 3928-7 at 2, 3928-8 at 2, 3928-9 at 2, 3928-10 at 4. Similarly, in response to BP's requests for production 54, the United States searched the agreed upon locations and custodial files for and produced non-privileged documents responsive to the following search string:

> ("BP" OR "British Petroleum") AND ("MC252" OR "Macondo" OR "Mississippi

Canyon Block 252" OR "Deepwater Horizon" OR "DWH")

Doc. No. 3928-7 at 1, 3928-8 at 1, 3928-9 at 3, 3928-10 at 3.

These searches and BP's access to the Spill Archive constitute a reasonable inquiry in response to this request for production and therefore the United States will not search for or produce any additional documents responsive to this request.

During meet and confer discussions, BP has requested the following additional search for the extended time period April 20, 2010 to the present:

> In the Coast Guard Archive and in the files of custodian Jacqui Michel: (("BP" OR "Deepwater Horizon" OR "DWH" OR "RP") NEAR10 ("effective*" OR "efficient*" OR "prompt*" OR "quick*" OR "competent" OR "commend*" OR "excellent" OR "great" OR "good" OR "well done" OR "nice*"))

The United States objects to running this additional search in the files of Jacquie Michel. As discussed during the April 16, 2014, Dr. Michel is an expert working on the United States' Natural Resources Damage Assessment and any search of her files is unduly burdensome because it exceeds the limitation on discovery into Natural Resources Damage Assessment work other than data as set forth in the United States' objections to request for production 1. Moreover, given the substantial percentage of Dr. Michel's work that is privileged, the burden of the privilege review of responsive documents would be significant in the short time period available for document production.

The United States objects to running this search in the Coast Guard archives because it is essentially duplicative of a search already run in response to Phase 1 and 2 discovery requests. The United States has already searched for all documents that contain the words "BP" and "response." Such a broad search is substantially likely to have captured all documents that are responsive to BP's proposed search and the duplication of this search would impose on the United States outweighs any benefit from the marginal chance of identifying unique new information

relevant to this Phase of the Litigation.  For these reasons, the United States declines to run the additional searches requested by BP.

**RESPONSE**:  Subject to, and without waiving, the foregoing objections, the United States responds as follows:

The United States incorporates by reference its responses to previously served requests for production 54, 73, and 78-85.

9.      All documents analyzing, evaluating, assessing, or discussing the nature, extent and degree of success of any efforts by Anadarko and any offers of assistance by Anadarko to assist after the Incident, including to minimize or mitigate the effects of the discharge with respect to the Incident and Spill.

**OBJECTIONS AND RESPONSE**:  The United States incorporates by reference its objections and response to request for production 8 above.

10.      All documents referring or relating to the "BP Deepwater Horizon Oil Spill: Incident Specific Preparedness Review (ISPR);" the "On Scene Coordinator Report *Deepwater Horizon* Oil Spill;" and the reports and other work of the Operational Science Advisory Team, such as the "Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring" (OSAT-1 Report), the "Summary Report for Fate and Effects of Remnant Oil in the Beach Environment" (OSAT-2 Report), the "Investigation of Recurring Residual Oil in Discrete Shoreline Areas in the Eastern Area of Responsibility" (the OSAT-3 Report), including but not limited to drafts, notes, communications, and outlines.

**OBJECTION**:  The United States objects to this request for production because by seeking "all documents referring or relating to" the referenced documents it seeks materials protected by attorney-client, work product, other privilege or protection.  The United States will identify any documents withheld solely on the bases of these privileges as required and to the extent required by PTO 14.

The United States objects to this request as duplicative of discovery served in Phase 1 and 2 of this litigation.  Specifically, in response to requests for production 62 and 180-181 the United States searched the agreed upon locations and custodial files for and produced non-privileged

documents responsive to the following search string:

> ("Incident Specific Preparedness Review" OR "ISPR" OR "National Commission"
> OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water
> Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252")

Doc. No. 3928-6 at 1, 3928-7 at 1, 3928-8 at 1, 3928-9 at 1, 3928-10 at 4.

The United States further objects to this request as overly broad with respect to time

because instruction 2 below states that "Unless otherwise specified, respond to all requests for

production by searching for documents created on or after April 20, 2005."  Because this request

seeks information specific to the Defendants' violations, the United States objects to searching for

any records created on or before April 20, 2010.

Further, the United States objects to this request as seeking information that is not

reasonably calculated to lead to the discovery of evidence relevant to this phase of this litigation.

The Coast Guard does have internal records generated after the completion of the ISPR that

discuss implementation of the recommendations in the ISPR in future oil spill responses.  These

documents are not relevant to the penalty factors in this litigation and, therefore, the United States

will not search for or collect post-ISPR documents discussing implementation of recommendations

for future responses.

In addition, the United States objects to this request for production as seeking information

already in the possession of BP and as unreasonably cumulative or duplicative.  BP employees or

contractors participated in the development of the reports included in the document request.

During the meet and confer discussions, BP requested that the United States run the

following search strings for the time period April 20, 2010 and October 2013:

> USCG Custodian Roger Rufe: (("Deepwater Horizon" OR "Deep water Horizon"
> OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND ("ISPR"
> OR "Incident Specific Preparedness" OR "interview*" OR "response statistics"))

USCG Custodian Carlton Moore: (("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND ("ISPR" OR "Incident Specific Preparedness" OR "interview*" OR "response statistics"))

USCG Custodian Kenneth Boda: (("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND ("OSAT" OR "Operational Science Advisory" OR ("remnant" NEAR "oil") OR ("residu*" NEAR "oil") OR ("toxic*" NEAR "oil"))

The United States objects to the request to search the custodial files of Roger and Rufe and Carlton Moore because, at the time they performed the work on the ISPR, they were retired Coast Guard personnel and, therefore, their records are not within the control of the United States.

The United States also objects to these additional searches because the ISPR was completed on March 18, 2011 and therefore, searching these custodial files after that date is unlikely to find unique information relevant to this stage and is far more likely to intrude upon privileged internal discussions of how and whether to implement the recommendations of the ISPR for future oil spill responses.

Further, the United States and BP agreed upon search terms designed to identify the information relevant to the preparation of the ISPR as part of the earlier discovery. Had BP wanted these additional search terms related to the report it could and should have requested these search terms at that time. For all these reasons, the United States will not perform the requested searches.

**RESPONSE:** Subject to, and without waiving, the foregoing objections, the United States responds as follows:

The United States will search the electronically stored information in the centralized response archive of the Coast Guard for records created between April 20, 2010 and October 2013. The United States proposes using the following search string:

29

("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND ("OSAT" or "Coordinator" OR "OSC Report" OR ("operation%" NEAR5 ("advis%" NEAR5 "team")) OR ("residual" NEAR5 "oil") OR ("remnant" NEAR5 "oil")

The United States will produce the non-privileged documents responsive to this search string on a rolling basis as soon as the United States and the Defendants have agreed upon the search terms to be used, those search terms have been tested and determined to be acceptable, and the searches have been completed.  The United States also directs the Defendants to

http://www.uscg.mil/foia/docs/dwh/bpdwh.pdf.

11.    All documents referring or relating to any analysis, assessment, evaluation, or study of the amount of Oil-Related Materials that was contained, collected, dispersed, burned, removed, or cleaned up in connection with Response Activities and/or any natural processes, including but not limited to documents relating to the preparation and publication of the "Oil Budget Calculator, Deepwater Horizon, Technical Documentation," and its appendices, dated November 2010, such as drafts, interview notes, communications, and outlines.

**OBJECTIONS:**  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  The United States also incorporates by reference its objections to request for production 1.

The United States further objects to this request for production because by seeking "all documents referring or relating to" the amount of oil it seeks privileged materials including materials protected by the attorney-client, work product, and other privileges and protections.  The United States will identify any documents withheld solely on the basis of privilege as required and to the extent required by PTO 14.

In addition, the face of this discovery requests suggests that BP is using discovery for the Penalty Phase as a stalking horse to conduct discovery related to claims in other cases pending in the MDL, thereby attempting to skirt the greater restriction on third party discovery. Any such

attempt is improper and therefore objectionable.

Further, the United States objects to this request as duplicative of information already requested and received in response to discovery served in Phase 1 and 2.  Specifically, in response to BP's requests for production 73 and 78-85, the United States searched for records that contained the following search string:

> ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("dispersed oil" OR "oil budget")[3]

*See* Doc. No. 3928-6 at 2, 3928-7 at 2, 3928-8 at 2, 3928-9 at 1-2, 3928-10 at 2.  Further, in response to BP's requests for production 123-137, the United States searched agreed locations and custodians for and produced all non-privileged documents responsive to the following search string:

> ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("corexit" OR "9500%" OR "9527%" OR "dispersant" OR "brat%") AND ("permit%" OR "limit%" OR "control" OR "decision" OR "quantit%" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl%" OR "deci%" OR "direct%" OR "analy%" OR "identi%" OR "addendum" OR "use" OR "respons%" OR "alternative" OR "determin%" OR "guideline" OR "metric%" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict%" OR "injur%" OR "toxic" OR "SMART" OR "waiv%" OR "approv%" OR "measure" OR "assess" OR "shore" OR "coast%" OR "land" OR "inventor%" OR "deny" OR "deploy%" OR "benefit")

Doc. No. 3928-6 at 3, 3928-7 at 3, 3928-8 at 3, 3928-9 at 3, 3928-10 at 5, 3928-11 at 1.  In addition, the United States produced all non-privileged records within the files of the National Commission on the BP/Deepwater Horizon Oil Spill.

These searches constitute a reasonable search for information responsive to this request for

---

[3] Irrelevant elements of the search string have been omitted.

production.  Accordingly, the United States will not search for or produce any additional

documents responsive to this request.

In addition, the United States objects to this request for production as seeking information

already in the possession of BP and as unreasonably cumulative or duplicative.  BP employees or

contractors participated in the development of the Oil Budget Calculator.

In meet and confer discussions, BP has requested that the United States conduct searches

described below for documents created between April 20, 2010 and the present:

> In the Coast Guard Archive: (("Amount*" OR "quantif*" OR "quantit*" OR
> "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR
> "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR
> "collect*" OR "dispers*" OR "burn*" OR "skim*" or "remov*" or "clean*"))

> In the Coast Guard Archive: ("OBC" OR "Oil Budget") AND ("Draft*" OR
> "outlin*" OR "interview*" OR "note*"))

> NOAA Custodian Bill Lehr: (("Amount*" OR "quantif*" OR "quantit*" OR
> "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR
> "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR
> "collect*" OR "dispers*" OR "burn*" OR "skim*" OR "remov*" OR "clean*"))

> USGS Custodian Sky Bristol: (("Amount*" OR "quantif*" OR "quantit*" OR
> "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR
> "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR
> "collect*" OR "dispers*" OR "burn*" OR "skim*" OR "remov*" OR "clean*"))

> NIST Custodian Antonio Possolo: (("Amount*" OR "quantif*" OR "quantit*" OR
> "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR
> "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR
> "collect*" OR "dispers*" OR "burn*" OR "skim*" OR "remov*" or "clean*"))

The United States objects to conducting these additional searches for several reasons.  First,

extending the time period from January 31, 2011 to the present.  As stated repeatedly during the

face to face meeting regarding these discovery requests, the United States has conducted a

reasonable inquiry of the individuals involved in working on the budget calculator and confirmed

that the only work performed on the oil budget calculator after January 31, 2011 was software

programming designed to make the calculator a tool that could be universally used to calculate oil budgets in future spills.  As such, searches for documents created after January 31, 2011 are not reasonably calculated to lead to the discovery of relevant information in this Phase of the Litigation.

Second, the custodian files that BP wants the United States to searches were each part of the earlier collection of documents from Phases 1 and 2.  These searches included strings that were sufficient to identify documents related to the oil budget calculator, the search strings included the terms "oil budget" and "dispersed oil" and "skim*" and "burn."  Accordingly, the search BP is requesting is duplicative of the searches already conducted.  Had BP wanted to include these additional terms, it was free to negotiate that in the Phase 2 discovery period, as none of these terms are uniquely related to the Penalty Phase.

Third, BP's proposed search strings are in no way limited to restrict the search to information related to the Defendants' violations or even to the Gulf of Mexico.  As such, these proposed searches are facially overbroad.  Accordingly, the United States will not agree to conduct these additional searches.

**RESPONSE**:  Subject to, and without waiving, the foregoing objections, the United States responds as follows:

The United States incorporates by reference its responses to previously served requests for production 73, 78-85, and 123-127, as well as the Rule 30(b)(6) testimony of Mark Miller.

12.      All documents referring or relating to the use or potential use of Corexit 9500, Corexit 9527, or other dispersant in connection with the Response Activities, including but not limited to all communications between or among the United States Coast Guard, the Unified Command, the Environmental Protection Agency, National Oceanic and Atmospheric Administration, and any other federal, state, or other governmental department, agency, entity, or body, or any representative or employee thereof, regarding the use (or limitations on use), safety, and/or effectiveness of Dispersants in connection with Response Activities.

33

**OBJECTIONS:**  The United States has already searched the Coast Guard central archive and the agreed upon EPA custodians (including Lisa Jackson) for the search string:

> ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("corexit" OR "9500%" OR "9527%" OR "dispersant" OR "brat%") AND ("permit%" OR "limit%" OR "control" OR "decision" OR "quantit%" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl%" OR "deci%" OR "direct%" OR "analy%" OR "identi%" OR "addendum" OR "use" OR "respons%" OR "alternative" OR "determin%" OR "guideline" OR "metric%" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict%" OR "injur%" OR "toxic" OR "SMART" OR "waiv%" OR "approv%" OR "measure" OR "assess" OR "shore" OR "coast%" OR "land" OR "inventor%" OR "deny" OR "deploy%" OR "benefit")

The United States conducted this search for the time period April 20, 2010 through January 31, 2011.  No dispersants were applied during the response after that date.  Accordingly, this request for production is duplicative of searches already performed and responded to in Phase 1 and 2.

In meet and confer discussions, BP has requested additional searches for the period April 20, 2010 to the present:

> In the Coast Guard Archive: (("Corexit" OR "9500*" OR "9527*" OR "dispers*") NEAR15 ("approv" OR "authoriz*" OR "permit*" OR "permission" OR "limit*" OR "forbid" OR "prevent*" OR "halt*" OR "stop*"))

> EPA Custodian Lisa Jackson: (("Corexit" OR "9500*" OR "9527*" OR "dispers*") NEAR15 ("approv" OR "authoriz*" OR "permit*" OR "permission" OR "limit*" OR "forbid" OR "prevent*" OR "halt*" OR "stop*"))

The United States objects to these additional searches and the extended time period for several reasons.  First, extending the search to the present is unlikely to identify additional non-privileged responsive documents because dispersant application ceased before January 31, 2011 and because Administrator Jackson left EPA in December 2012. What this extended search is likely to intrude upon are analyses of the effects of dispersants being conducted as part of the development of the United States' as yet unfiled claims to recover natural resources damages.  Second, the search is

duplicative of a search string already run.  Specifically, by including words used in the prior search string, such as permit and approve, the search string raises the significant likelihood of collecting duplicate documents and increasing the logistical challenges to completing, de-duplicating and reviewing documents in the short time available for the production of documents.   Third, by including such terms as "permit" and "deny" in the search strings negotiated in Phases 1 and 2, BP was clearly contemplating the collection of documents related to the discussions within the Unified Command regarding the approval and/or disapproval of the use of dispersants.  Had BP wanted to expand the words used to identify such documents, the time to do so was during the negotiation of the earlier search string.  The burden on the United States of essentially re-doing an already completed search outweighs any benefit to the marginal chance of identifying unique new information relevant to this Phase of the Litigation.  For these reasons, the United States declines to run the additional searches requested by BP.

**RESPONSE**:  The United States incorporates by reference its objections and responses to previously served requests for production 73, 78-85, and 123-127 and the foregoing requests for production 1 and 2.

13.     All documents referring or relating to any analysis, evaluation, determination, or study of shoreline oiling, impact (including but not limited to any impact on the environment, human health, and Gulf Coast communities), monitoring, and cleanup in connection with the *Deepwater Horizon* Spill and/or Response Activities, including but not limited to documents relating to whether cleanup completion standards had been satisfied.

**OBJECTIONS**:  The United States hereby incorporates by reference its objections and response to Requests for Production 1, 2, and 6. In addition the United States objects to this request for production because it seeks information protected from disclosure pursuant to the Public Health Service Act, 42 U.S.C. 241(d) and any certificates issued pursuant to that Act.  The United States, through the National Institute of Environmental Health Sciences is currently

35

engaged in a large study of the human health impacts of the Incident, but this study has not yet been completed.  Except as explicitly set forth below, the United States will not search for or produce records from that study because of the privacy obligations imposed by the Act and because the study is not yet complete.

The United States further objects to this request for production of documents because it seeks discovery of individual medical records generated or possessed by the United States in the course of the response because the intrusion into individual patients' privacy outweighs the marginal benefit to be derived from such documents given the issues that are relevant to this phase of the litigation.

The United States also objects to this request for production on the grounds that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.  As the Court noted in the March 21, 2014 hearing when it limited discovery on the seriousness penalty factor, detailed information regarding human health and environmental impacts is not necessary to determine whether the Defendants' violations were serious and, therefore, the burden of collecting and producing this information outweighs the benefit in this case.  In fact, the face of this discovery requests suggests that BP is using discovery for the Penalty Phase as a stalking horse to conduct discovery related to claims in other cases pending in the MDL, thereby attempting to skirt the greater restriction on third party discovery. Any such attempt is improper and therefore objectionable.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

In addition to the data that will be produced as described in response to request for production 1, the United States will conduct a search of the Department of Labor's Occupational

Safety and Health Administration's ("OSHA") centralized repository for Deepwater Horizon records and will produce daily reports compiled by OSHA during the initial stages of the response that summarize the monitoring of human health effects of the spill.  In addition, OSHA maintains information regarding its participation in the response on its website:

https://www.osha.gov/oilspills/index.html.

The United States also refers defendants to EPA's BP Spill website at

http://www.epa.gov/bpspill/, including but not necessarily limited to

http://www.epa.gov/bpspill/qanda.html.

In addition, the National Institute of Environmental Health Sciences has published some preliminary observations regarding the human health effects of the spill and the United States will conduct a reasonable search for the information that has been made public regarding this study. These documents will be produced on or before the deadline for producing documents to be instituted by the Court.

14.     All documents referring or relating to the economic impact of a Clean Water Act penalty on BPXP or on any other BP entity.

**OBJECTIONS:**  The United States objects to this request for production because by seeking "all documents" referring to a penalty factor at issue in this litigation, the request for production necessarily calls for the production of documents and information protected by the work product, attorney-client, or other protections or privileges.  The United States will identify documents withheld solely on the grounds of privilege or protection in accordance and to the extent required by PTO 14.

The United States also objects to this request for production because it calls for information already in the possession of BP.  BP possesses far more information than the United States regarding its financial position and the effect of any penalty within the statutory maximum penalty

upon its operations.

The United States further objects to this request because it may call for the disclosure of information developed in the course of settlement negotiations and therefore protected under PTO 1 or PTO 38.  Any such analyses were solely for settlement purposes and the United States will not search for, produce, or log any such analyses.

Finally, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that much of its evidence regarding the impact of the penalty on BP will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

**RESPONSES:**  Subject to and without waiving its objections, the United States responds as follows:

Based upon a reasonable inquiry of the agencies involved in this litigation (the Environmental Protection Agency, the Department of the Interior, the National Oceanic and Atmospheric Administration, the Department of Transportation, the Department of Homeland Security including the Coast Guard, the Department of Energy, and the Department of Labor), the United States has identified no further responsive non-privileged documents except those received from the Defendants during Phase 1 and Phase 2 discovery.  The United States is aware of the following document, which is commercially available for a fee:  "BP plc – What to Expect Ahead of the 'Macondo' Trial?"  Morgan Stanley Research Europe (January 19, 2012)"

15.     All documents supporting your contentions against BPXP with respect to the "history of prior violations" under the Clean Water Act.

**OBJECTIONS:**  The United States objects to this request for production because by seeking "all documents" referring to a penalty factor at issue in this litigation, the request for production necessarily calls for the production of documents and information protected from

production under the work product, attorney-client, or other protections or privileges.  The United States will identify documents withheld solely on the grounds of privilege or protection in accordance and to the extent required by PTO 14.

The United States also objects to this request for production because it calls for information already in the possession of BP regarding BP's own failure to comply with environmental and health and safety requirements.

The United States further objects to this request because it may call for the disclosure of information developed in the course of settlement negotiations and therefore protected under PTO 1 and its amendments or PTO 38.  Any such analyses were solely for settlement purposes and the United States will not search for, produce, or log any such analyses.

The United States objects to this request for production as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that much of its evidence regarding BP's prior violations will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

In addition, as ordered by the Court during the March 21, 2014 hearing, the United States' assertions regarding the "prior violations" penalty factor will be limited to evidence related to the events that occurred at Texas City, Grangemouth, Prudhoe Bay, and Endicott.  These violations were already the subject of discovery during Phase 1, including expert discovery.  Any discovery BP required relating to these violations could have and should have been conducted at that time.

**RESPONSES**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

To date, the United States has not identified any documents, other than work being performed by potential testifying experts, that are responsive to this request other than those

documents exchanged by the parties in Phase 1 and 2 of this litigation, including but not limited to the expert report of Dr. Bea and the documents cited therein.

16.    All documents supporting your contentions against BPXP and/or Anadarko with respect to the "other matters as justice may require" factor under the Clean Water Act.

**OBJECTIONS:**  The United States objects to this request for production because by seeking "all documents" referring to a penalty factor at issue in this litigation, the request for production necessarily calls for the production of documents and information protected from production under the work product, attorney-client, or other protections or privileges.  The United States will identify documents withheld solely on the grounds of privilege or protection in accordance and to the extent required by PTO 14.

As stated in the United States' March 3, 2014 filing:

This factor is a catch-all for any facts that might not fit into the other seven factors (*i.e.,* labels), and we reserve the right to argue that any given evidence already in the record, subject to a stipulation, or to be adduced in the Penalty Phase, falls into this category; but that is just legal argument. As for *new evidence*, we do not currently have any specific new evidence to offer on this topic, other than to the extent that the new factual "Topics" set out in the chart above count under this factor. Specifically, evidence about prior incidents, as described under "culpability" above, might fit into this category (as well as arguably fitting into "prior violations") so we incorporate that discussion here. To the extent any specific events and dates are required; we believe those are due on March 12 along with any prior violations. We also reserve the right to present evidence to counter BP's contention about the economic value it brings to the Gulf in terms of jobs, *etc*., which may fall under this factor.

First Response of the United States to Order [Re: Preparation for Discovery in the Penalty Phase] at 12-13 (Mar. 3, 2014).  Accordingly, the evidence the United States will submit regarding this penalty factor will be information responsive to assertions and claims that the Defendants are making and on which the Defendants will, therefore, bear the burden of proof.  Accordingly, at this time, Defendants possess far more information than the United States regarding these factors.

Finally, the United States objects to this request for production as calling for the premature

disclosure of expert opinions.  The United States anticipates that its evidence responding to the "other matters" that the Defendants have identified will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

**RESPONSE**:  Subject to, and without waiving, its objections the United States responds as follows:

The United States has not, to date, identified any non-privileged documents other than those already produced in Phase 1 and 2 or identified in these discovery responses that it intends to rely upon in responding to the Defendants' "other matters."  To the extent that such documents are identified as the United States receives more information regarding the Defendants' contentions, the United States will supplement this discovery response in accordance with and to the extent required by Federal Rule of Civil Procedure 26(e).

17.    All studies, evaluations, analyses or discussions of the impact of imposing penalties on non-culpable NOIs in oil and gas drilling operations, including but not limited to how imposition of such penalties would or might affect or relate to safety.

**OBJECTIONS**:  By seeking all "discussions" regarding the impact of imposing penalties, this request is objectionable because it necessarily calls for information protected by the attorney-client, work product or other protection or privilege.  Other than discussions related to inquiries necessary to respond to this request for production or to respond to the Defendants' contentions as part of this litigation, the United States is not aware at this time of any such privileged information, but reserves the right to assert privilege over any documents construed as responsive to this request that are protected from disclosure.

**RESPONSE**:  Subject to and without waiving its objections the United States responds as follows:

41

The relevant agencies – EPA, NOAA, DOI, the Coast Guard, and the Department of Labor – have not identified any non-privileged information responsive to this request, particularly because the statutory and regulatory penalty authority of these agencies make no distinction between so-called "non-operating investors" and other violators.

18.     All documents reflecting policies, memoranda, or other guidance regarding the amount of penalties to impose or seek against non-culpable NOIs.

**OBJECTIONS**:  The United States objects to this request for production as overly broad because it requests information regarding all penalties, regardless of whether they relate to process safety, human health, or environmental protection.  Penalties unrelated to these subject areas are not relevant to this Phase of the litigation and the United States has limited its inquiry to such penalty policies.

**RESPONSE**:  Subject to and without waiving its objections the United States responds as follows:

The relevant agencies – EPA, NOAA, DOI, the Coast Guard, and the Department of Labor – have identified several polices that would apply to the settlement of claims related to the violation of environmental, safety, or process safety requirements related to deep water drilling. These penalty policies, written by the Coast Guard, DOI, and EPA, are publicly available and appear on the agencies' websites.  The United States has identified no policies that specifically discuss so-called "non-operating investors", which is not remarkable since the agencies do not use this purported status to distinguish between violators.

19.     All documents reflecting the total royalties paid per annum to the United States from offshore leasing, and activities authorized thereunder, under the Outer Continental Shelf Lands Act and discussing any benefit from such royalties.

**OBJECTIONS**:  The United States objects to this request for production on the grounds that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

The request seeks information regarding all offshore drilling and is not restricted to the Defendants' own activities or even to drilling in the Gulf of Mexico.  Moreover, by requesting all documents, the Defendants have rendered this request for production overly broad and may have included documents subject to the attorney-client, work product, or other privileges and protections.  Since the Defendants are simply seeking the total royalties per annum, the United States will restrict its search to identify sufficient documentation to provide those royalties for the time period 2008-2013.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds that reports listing total royalties paid per fiscal year to the United States from offshore leasing are available at the following link for Fiscal Years 2003 – 2013:

http://statistics.onrr.gov/ReportTool.aspx.

20.     All studies, analysis, assessments, memoranda or guidance regarding the impacts on the national, regional, or local economies, national security or energy independence associated with offshore drilling.

**OBJECTIONS**:  The United States objects to this request for production on the grounds that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.  The request seeks information regarding all offshore drilling and is not restricted to the Defendants' own activities or even to drilling in the Gulf of Mexico.  Moreover, by seeking information regarding the analysis of "national security" issues, this request seeks information that may exist on classified servers or be subject to protection from disclosure.  The United States will not search for or produce any such information.  In light of all of these objections, the United States has confined its search to the following agencies:  Department of Labor, Department of Commerce, Department of the Interior, and the Department of Energy.  Moreover, the United States has confined its search to final reports discussing offshore oil development in the Gulf of

Mexico.

      **RESPONSE**: Subject to and without waiving the foregoing objections, the United States

responds as follows:

      The United States has determined that the Department of Energy's Energy Information

Administration provides publicly available reports responsive to this request, including the

following:

1.    Gulf of Mexico Fact Sheet (providing production data as of 2012) at:
   http://www.eia.gov/special/gulf_of_mexico/

2.    March 31, 2014:  Report finding that the five states and the Gulf of Mexico produce more
   than 80% of U.S. crude oil at:   http://www.eia.gov/todayinenergy/detail.cfm?id=15631

3.    June 2013:  2013 Outlook for Gulf of Mexico Hurricane-Related Production Outages at:
   http://www.eia.gov/forecasts/steo/special/pdf/2013_sp_04.pdf

4.    February 8, 2012:  Tight oil, Gulf of Mexico deepwater drive projected increases in U.S.
   crude oil production at: http://www.eia.gov/todayinenergy/detail.cfm?id=4910#

5.    February 14, 2013: Short-Term Energy Outlook Supplement: Key drivers for EIA's
   short-term U.S. crude oil production  outlook at:
   http://www.eia.gov/forecasts/steo/special/pdf/2013_sp_02.pdf

6.    June 2012:  2012 Outlook for Hurricane-Related Production Outages in the Gulf of Mexico
   at: http://www.eia.gov/forecasts/steo/special/pdf/2012_sp_01.pdf

7.    June 2011:  2011 Outlook for Hurricane-Related Production Outages in the Gulf of Mexico
   at: http://www.eia.gov/forecasts/steo/special/pdf/2011_sp_02.pdf

8.    June 2010:  Short-Term Energy Outlook Supplement:
   2010 Outlook for Hurricane-Related Production  Outages in the Gulf of Mexico at:
   http://www.eia.gov/forecasts/steo/special/pdf/2010_sp_03.pdf

9.    2010:  Short-Term Energy Outlook Supplement: Outlook for Non-OPEC Supply in 2010-
   2011 at: http://www.eia.gov/forecasts/steo/special/pdf/2010_sp_01.pdf

10.    June 2009:  Short-term Energy Outlook Supplement:  The 2009 Outlook for Hurricane
   Production Outages in the Gulf of Mexico at:
   http://www.eia.gov/forecasts/steo/special/pdf/2009_sp_03.pdf

11.    March 31, 2009:  Impact of Limitations on Access to Oil and Natural Gas Resources in the
   Federal Outer Continental Shelf at:

http://www.eia.gov/oiaf/aeo/otheranalysis/aeo_2009analysispapers/aongr.html

12.    March 13, 2009:  Regulations Related to the Outer Continental Shelf Moratoria and
       Implications of Not Renewing the Moratoria at:
       http://www.eia.gov/oiaf/aeo/otheranalysis/aeo_2009analysispapers/ocsm.html

13.    June 2008: Short-Term Energy Outlook Supplement:  The 2008 Outlook for Hurricane
       Production Outages in the Gulf of Mexico at:
       http://www.eia.gov/forecasts/steo/special/pdf/2008_sp_03.pdf

14.    February 2008:  Short-Term Energy Outlook Supplement: Outlook for Non-OPEC Oil
       Supply Growth in 2008-2009 at: http://www.eia.gov/forecasts/steo/special/pdf/2008-non-
       opec-oil-supply.pdf

15.    June 2007:  Short-Term Energy Outlook Supplement:   The 2007 Outlook for Hurricane
       Impacts on Gulf of Mexico Crude Oil and Natural Gas Production at:
       http://www.eia.gov/forecasts/steo/special/pdf/2007_hurricanes.pdf

16.    June 23, 2007:  Overview of the Federal Offshore Royalty Relief Program at:
       http://www.eia.gov/naturalgas/archive/ngoffshore.pdf

17.    June 7, 2006:  The Impact of Tropical Cyclones on Gulf of Mexico Crude Oil and Natural
       Gas Production at:  http://www.eia.gov/naturalgas/archive/hurricanes.pdf

18.    August 1, 2005:  Overview of U.S. Legislation and Regulations Affecting Offshore Natural
       Gas and Oil Activity at:  http://www.eia.gov/naturalgas/archive/offshore.pdf

       DOI's BOEM analyzes the impacts of offshore drilling on the economy and energy

independence.  BOEM's work in these areas is for the purpose of finalizing public documents

related to offshore oil and gas development.  BOEM's public documents can be found on public

websites as follows:

1.    For the 5-Year Leasing Program: http://www.boem.gov/Five-Year-Program-2012-2017

2.    For the Programmatic Environmental Impact Statement (NEPA) associated with the 5-Year
      Leasing Program: http://www.boem.gov/5-Year/2012-2017/PEIS.aspx

3.    For BOEM's Economics Division: http://www.boem.gov/Economics-Division/

4.    For BOEM's regional office's NEPA analyses: http://www.boem.gov/nepaprocess/

5.    For BOEM's Environmental Studies Program, which has conducted research for more than
      30 years to garner a baseline understanding of the environment and to improve our
      understanding of the impacts of offshore energy development:

http://www.data.boem.gov/homepg/data_center/other/espis/espismaster.asp?appid=1

Further, BOEM and BSEE also include general analyses of these topics in the preambles to rulemaking, which are found in the Federal Register.

Further, the Department of Labor's Bureau of Labor Statistics has some publicly available reports on gulf coast employment by sector.  These reports can be found at:

1.  April 2010: Fact Sheet – Oil and Gas Well Drilling: Employment in the Oil and Gas Well Drilling Industry at: http://www.bls.gov/cew/oil_gas_drilling.htm

2.  June 2010: Fact Sheet - Gulf Coast Leisure and Hospitality Employment and Wages at: http://www.bls.gov/cew/gulf_coast_leisure_hospitality.htm

3.  October 2010: Occupational Employment (OES) Highlights: Gulf Coast Occupational Employment and Wages at http://www.bls.gov/oes/highlight_gulf.pdf

4.  August 2012: Gulf Coast unemployment trends, 2000 to 2010: hurricanes, recessions, oil spills at http://www.bls.gov/opub/mlr/2012/08/art2full.pdf

5.  Quarterly Census of Employment and Wages: Gulf Oil Spill and QCEW at http://www.bls.gov/cew/gulf_oil_spill_fact_sheet.htm

6.  Current Employment Statistics – CES (National): Effects of the Gulf Oil Spill on Employment Estimates at http://www.bls.gov/ces/cesgulffaq.htm

7.  2010 National Census of Fatal Occupational Injuries in 2010 at http://www.bls.gov/news.release/archives/cfoi_08252011.htm

8.  2010 Workplace Fatalities in Louisiana at http://www.bls.gov/ro6/fax/cfoi_la.htm

21.  All documents identified in the responses to the Interrogatories set forth below.

**OBJECTIONS:**  The United States incorporates by reference its objections to each of the interrogatories set forth below.

**RESPONSE**:  Subject to and without waiving its objections, the United States responds as follows:

The United States will produce the documents identified in response to the interrogatories, to the extent not previously produced, on or before the deadline for producing documents.

III.    **INTERROGATORIES**

1.      Identify and describe all preliminary and/or final results of testing of toxicity of Oil-Related Materials and/or Dispersants, resulting from the *Deepwater Horizon* Spill and/or Response Activities, to Organisms and all persons with knowledge of, and documents related to such testing.

**OBJECTIONS:**  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

In addition, the United States objects to this request as duplicative of information requested in Request for Production 1.

**RESPONSE:**   Subject to and without waiving the foregoing objections, the United States responds as follows:

Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs BP to the data being produced in response to request for production 1 as well as the information produced to BP during the Phase 1 and 2 discovery periods.

2.      Identify and describe all background rates of land loss and erosion on shorelines in the Gulf Coast states and all persons with knowledge of, and all documents related to, such rates of land loss and erosion.

**OBJECTIONS:**  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

Further, the United States objects to this interrogatory as improper and unduly burdensome

because it seeks to require the United States to prepare and provide an index of documents on a very broad topic and to identify all persons, regardless of whether they are employed by the United States, with knowledge of this same very broad topic.

The United States further objects to this interrogatory because it seeks information not reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation in light of the Court's limitations imposed during the March 21, 2014 hearing.  The focus of the penalty phase is the seriousness of the Defendants' violations, not whether other activities have also impacted the environment of the Gulf of Mexico.  This interrogatory on its face is a stalking horse intended to provide Defendants a preview of the Natural Resource Damages claims not yet brought by the United States.

Further, the United States objects to this Interrogatory as vague in that "background" is not defined as to time.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

EPA maintains a publicly available database that tracks status and trends of wetlands, which can be found at:  www.water.epa.gov.  In addition, information regarding the status of wetlands in the Gulf of Mexico is provided at www.healthygulf.org by the Gulf Restoration Network.

3.      Identify and describe all studies, reports, assessments, and analyses, including without limitation those conducted by government agencies, non-governmental organizations, academic or research institutions, and private consultants, that the United States will or may rely upon regarding actual or potential environmental harms resulting from the *Deepwater Horizon* Incident and Spill.

**OBJECTIONS:**  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in

support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

In addition, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As the United States has already disclosed, the United States anticipates that its evidence regarding the actual and potential environmental harm caused by the Defendants' violation will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

The United States also objects to this Interrogatory as overly broad because it is not limited to studies that the United States will rely upon in the Penalty Phase of discovery.  The United States will confine its response to those studies that may be used in this Phase of the litigation.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States will identify the studies and other materials considered by its expert witnesses in accordance with and to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court.  To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

4.      Identify and describe any human health impact, including but not limited to any potential or future health impact, that resulted from the *Deepwater Horizon* Spill and/or Response Activities and all persons with knowledge of, and all documents related to, any such human health impact(s).

**OBJECTIONS:**  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in

support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

In addition, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As the United States has already disclosed, the United States anticipates that its evidence regarding the potential and actual human health harm caused by the Defendants' violation will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

In addition the United States objects to this interrogatory because it seeks information protected from disclosure pursuant to the Public Health Service Act, 42 U.S.C. 241(d) and any certificates issued pursuant to that Act.  The United States, through the National Institute of Environmental Health Sciences is currently engaged in a large study of the human health impacts of the Incident, but this study has not yet been completed.  Except as explicitly set forth below, the United States will not search for or produce records from that study because of the privacy obligations imposed by the Act and because the study is not yet complete.

The United States further objects to this request for production of documents because it seeks discovery of individual medical records generated in the course of the response because the intrusion into individual patients' privacy outweighs the marginal benefit to be derived from such documents given the issues that are relevant to this phase of the litigation.

The United States also objects to this interrogatory on the grounds that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.  As the Court noted in the March 21, 2014 hearing when it limited discovery on the seriousness factor, detailed information regarding human health and environmental impacts is not necessary to determine

whether the Defendants' violations were serious and, therefore, the burden of collecting and producing this information outweighs the benefit in this case.  In fact, the face of this discovery requests suggests that BP is using discovery for the Penalty Phase as a stalking horse to conduct discovery related to claims in other cases pending in the MDL or to the United States' as yet unfiled natural resources damages claim. Any such attempt is improper and therefore objectionable.

**RESPONSE:**   Subject to and without waiving the foregoing objections, the United States responds as follows:

Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs BP to the data being produced in response to requests for production 1 and 13.  In addition, the United States will identify the studies and other materials considered by its expert witnesses in accordance with and to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court.  To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

5.       Identify and describe in detail any and all sampling, monitoring, testing, and analysis that demonstrate exposure to Oil-Related Materials and/or Dispersants, resulting from the *Deepwater Horizon* Spill and/or Response Activities, at levels sufficient to cause any impact on human health, and identify all documents related to that sampling, monitoring, testing, and analysis.

**OBJECTIONS:**   The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to

Request for Production 1.

**RESPONSE:**   Subject to and without waiving the foregoing objections, the United States responds as follows:

Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs BP to the data being produced in response to request for production 1 and 13, as well as the information produced in response to discovery in Phases 1 and 2.  The United States will identify the studies and other materials considered by its expert witnesses in accordance with and to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court.  To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

6.      Identify and describe any analyses, studies, assessments, or evaluations regarding the nature, extent, or degree of effectiveness of the efforts to respond to, or otherwise mitigate, minimize, or prevent any environmental, human health, economic, or other effects of, the *Deepwater Horizon* Spill, including any statements commending response efforts or determinations that any aspect of the response was effective or successful.  As part of your response, identify the persons most knowledgeable about, and all statements, documents, and other materials that describe or reflect, the analyses, studies, assessments, evaluations, or determinations.

**OBJECTIONS:**  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

Further, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that its evidence regarding the Defendants' efforts to mitigate the effects of their violations will be

presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

Moreover, the United States objects to this interrogatory as premature because the Defendants have not yet disclosed their contentions regarding their efforts to mitigate the effects of their violations and, therefore, the United States cannot yet identify the evidence it will use to rebut those contentions.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States intends to rely upon the information exchanged in Phases 1 and 2, as well as the data produced in response to requests for production 1, 8, 10, and 13 as part of its response to Defendants' contentions regarding their efforts to mitigate their violations, as well as additional information identified by its experts as relevant to the Defendants' contentions.

In addition, the United States will identify the studies and other materials considered by its expert witnesses in accordance with and to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court.  To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

7.	Identify and describe any way in which the United States contends that BPXP or any other entity did not effectively respond to, or otherwise mitigate, minimize, or prevent environmental, human health, economic or other effects of, the *Deepwater Horizon* Spill, and the bases for any such contention.  As part of your response, identify the persons most knowledgeable about, and all statements, documents, and other materials that describe or reflect, the bases for your contention.

**OBJECTIONS:**  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in

support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects

to this request as overbroad in light of the Court's ruling cited in the United States' objections to

Request for Production 1.

Further, the United States objects to this request for production as calling for the premature

disclosure of expert opinions.  As previously disclosed, the United States anticipates that its

evidence regarding the Defendants' efforts to mitigate the effects of their violations will be

presented through expert testimony that will be disclosed in accordance with the schedule to be

established by the Court.

Moreover, the United States objects to this interrogatory as premature because the

Defendants have not yet disclosed their contentions regarding their efforts to mitigate the effects of

their violations and, therefore, the United States cannot yet identify the evidence it will use to rebut

those contentions.

The United States further objects to this interrogatory because it seeks information not

reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation.

The focus of the penalty phase is the seriousness of the Defendants' violations, not whether other

activities have also impacted the environment of the Gulf of Mexico.  If interpreted to call for

discovery into the detailed environmental impact of Defendants' violations, this interrogatory is a

stalking horse intended to provide Defendants a preview of the natural resource damages claims

not yet brought by the United States.

The United States further objects to this interrogatory because it implies that the

Defendants' compliance with the orders and directives of the Unified Command are relevant to

their efforts to mitigate the effect of their violations.  Activities required by law cannot constitute

be credited in considering the "mitigation" penalty factor and, therefore, to the extent this

discovery is sought for purposes of offering evidence on the "mitigation" penalty factor, it seeks discovery not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE:** Subject to and without waiving the foregoing objections, the United States responds as follows:

The harm caused by the Defendants' violations was preventable. With respect to BP, had Defendants not been negligent (or in BP's case, grossly negligent) in the drilling of the Macondo well. For specific citations to the Phase 1 and 2 record, the United States' directs the Defendants to the various Plaintiffs' Phase 1 and 2 proposed findings of fact and conclusions of law regarding BP's gross negligence. With respect to Anadarko, for reasons presented in the United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability and that will be presented in the United States proffer under the schedule set by the Court in the Penalty Phase, defendant Anadarko not only neglected many warning signs of brewing trouble concerning the Macondo Well but also declined to use its authorities under the Operating Agreement to foster safe and professional design, construction, drilling and testing of the Macondo Well.

In addition, the United States will identify the studies and other materials considered by its expert witnesses in accordance with and to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court. To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

8. Identify and describe any decisions or actions by BPXP, the Unified Command, or other agency or entity that limited or constrained efforts to respond to, or otherwise mitigate, minimize, or prevent, environmental, human health, economic or other effects of, the *Deepwater*

*Horizon* Spill.  As part of your response, identify the persons most knowledgeable about, and all statements, documents, and other materials that describe or reflect on, such decisions and actions.

**OBJECTIONS AND RESPONSE:**  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report. Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

The United States also objects to this request for production as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that its evidence regarding the Defendants' efforts to mitigate the effects of their violations will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

Moreover, the United States objects to this interrogatory as premature because the Defendants have not yet disclosed their contentions regarding their efforts to mitigate the effects of their violations and, therefore, the United States cannot yet identify the evidence it will use to rebut those contentions.

The United States further objects to this interrogatory because it seeks information not reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation. The focus of the penalty phase is the seriousness of the Defendants' violations, not whether other activities have also impacted the environment of the Gulf of Mexico.  If interpreted to call for discovery into the detailed environmental impact of Defendants' violations or the removal actions, this interrogatory is a stalking horse intended to provide Defendants a preview of the natural resource damages claims not yet brought by the United States.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States

responds as follows:

For the reasons presented by the United States and its co-plaintiffs in Phase 2, BP's actions during the response (particularly its criminal misrepresentations regarding the flow rate) had an impact on the response. For specific citations to the Phase 1 and 2 record the United States' directs the Defendants to the various Plaintiffs' Phase 1 and 2 proposed findings of fact and conclusions of law.

In addition, certain removal actions have inherent or unavoidable adverse consequences. For instance, deployed boom can be pushed ashore by wind and wave and smother marsh ecosystems. Similarly, the use of dispersants or diversions of freshwater to prevent the oil from reaching the shoreline may have had adverse impacts on particular natural resources.

In addition, the United States will identify the studies and other materials considered by its expert witnesses in accordance with and to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court. To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

9.      Describe in detail the nature, extent, and degree of success of any offer or effort by Anadarko to minimize or mitigate the effects of the discharge from the Incident and Oil Spill, including Anadarko's participation in source control efforts.

**OBJECTIONS AND RESPONSE:** The United States incorporates by reference its objections and response to interrogatory 6 above.

10.      Identify the total amount of Oil-Related Materials that you contend were contained, collected, dispersed, burned, and cleaned up as a result of the Response Activities, as well as the amount of Oil-Related Materials that were removed through natural processes, including the portions of the total volume attributable to each process (for example, through the use of skimming, boom, dispersants, *in situ* burning, shoreline cleanup, and natural processes), and a detailed description of how you performed these analyses. As part of your response, please

identify the persons most knowledgeable about, and all statements, documents, and other materials that describe or reflect, the analyses.

**OBJECTIONS**:  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

In addition, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As the United States has already disclosed, the United States anticipates that its evidence regarding the actual and potential environmental harm caused by the Defendants' violation will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

The United States further objects to this interrogatory because it seeks information not reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation.  The focus of the penalty phase is the seriousness of the Defendants' violations, not whether other activities have also impacted the environment of the Gulf of Mexico.  If interpreted to call for discovery into the detailed environmental impact of Defendants' violations or the removal actions, this interrogatory is a stalking horse intended to provide Defendants a preview of the natural resource damages claims not yet brought by the United States.

**RESPONSE**:  Subject to, and without waiving its objections, the United States responds as follows:

Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs Defendants to the documents produced in response to previously served requests for production 73, 78-85, and 123-127, as well as the Rule 30(b)(6) testimony Mark Miller.

11.     Identify and describe in detail all bases for any contention by the United States that use of Corexit 9500 and/or Corexit 9527 during the Response was ineffective or had any counterproductive or harmful effects on the environment or human health.  As part of your response, please identify the persons most knowledgeable about, and all statements, documents, and other materials that describe or reflect, the alleged ineffectiveness or counterproductive or harmful effects of Corexit 9500 and/or Corexit 9527.

**OBJECTIONS**:  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

In addition, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As the United States has already disclosed, the United States anticipates that its evidence regarding the actual and potential environmental harm caused by the Defendants' violation will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

The United States further objects to this interrogatory because it seeks information not reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation. The focus of the penalty phase is the seriousness of the Defendants' violations, not whether other activities have also impacted the environment of the Gulf of Mexico.  If interpreted to call for discovery into the detailed environmental impact of Defendants' violations or the removal actions, this interrogatory is a stalking horse intended to provide Defendants a preview of the natural resource damages claims not yet brought by the United States.

**RESPONSE**:  Subject to, and without waiving its objections, the United States responds as follows:

Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs the Defendants

59

to the documents produced in response to previously served requests for production 73, 78-85, and 123-127 and the foregoing requests for production 1 and 2.

12.     Identify and describe any Response Activities that were not conducted at the direction and under the oversight of the Unified Command, and for any such activity, describe the activity in detail, the persons or entities involved, the outcome or result of the activity, the cost associated with the activity (including any amounts paid by BPXP), and the reasons why such activity was not conducted at the direction and under the oversight of the Unified Command.

**OBJECTIONS:**  The United States objects to this interrogatory because it is premised on a misreading of the law.  The Clean Water Act, the Oil Pollution Act, and the National Contingency Plan do not refer to "Response Activities."  Instead, these laws and regulations guide what are appropriate "removal actions" the cost of which can be recovered from responsible parties.

The United States also objects to the breadth of this interrogatory because it seeks information about actions taken by parties other than the Defendants.  The question of whether activities undertaken by parties other than the Defendants constitute removal activities under the Clean Water Act, the Oil Pollution Act, or the National Contingency Plan is irrelevant to this Phase of the litigation.  In fact, this interrogatory is, on its face, and attempt to obtain early discovery of an issue that will arise in the Natural Resource Damage Assessment.

The United States further objects to this interrogatory because it implies that the Defendants' compliance with the orders and directives of the Unified Command are relevant to their efforts to mitigate the effect of their violations.  Activities required by law cannot constitute efforts to mitigate and, therefore, to the extent this discovery is sought for purposes of offering evidence on the "mitigation" penalty factor, it seeks discovery not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

Any and all federal, state, local and private "removal actions" that were monitored and directed through authorization provided in an Incident Action Plan, a National Incident Commander directive or a Unified Command directive constitute documented "removal actions." BP and other third parties may have performed activities which could be termed "Response Activities" but are not documented "removal actions." Some of these activities may also constitute "removal actions" under the National Contingency Plan.

BP provided funding directly to certain local governments and/or entities outside of the Unified Command structure.  The United States is not fully aware of the activities or resources that were funded by these expenditures.  The United States lacks sufficient knowledge or information with regard to activities that were not authorized in an Incident Action Plan, a National Incident Commander directive or a Unified Command directive to answer this very broad interrogatory. Nevertheless, pursuant to Federal Rule of Civil Procedure 33(d), the United States directs BP to the information produced to BP during the Phase 1 and 2 discovery periods.

13.     Identify and describe the bases for any assertion by the United States that "the economic impact of the penalty on the violator" factor should increase the amount of any Clean Water Act penalty to be paid by BPXP and documents you intend to rely on to support such a contention.

**OBJECTIONS**:  The United States objects to this interrogatory because it is premised on an incorrect reading of the law.  As previously stated in the United States' briefs to the Court, the appropriate methodology for determining the civil penalty to be imposed upon BP for its extremely serious violations will be determined by the "top-down" approach in which the Court will only mitigate downward from the statutory maximum where the facts demonstrate cause to do so. Therefore, the United States does not assert that BP's substantial history of serious violations should "increase" the amount of the penalty.  Rather, the United States contends that, given BP's substantial history of violations this penalty factor gives no grounds for departing from the

statutory maximum.

The United States also objects to this request for production because it calls for information already in the possession of BP.  BP possesses far more information than the United States regarding its financial position and the effect of any penalty within the statutory maximum penalty upon its operations.

Further, the United States objects to this interrogatory as improper and unduly burdensome because it seeks to require the United States to prepare and provide an index of documents on a very broad topic.

The United States further objects to this request because it may call for the disclosure of information developed in the course of settlement negotiations and therefore protected under PTO 1 or PTO 38.  Any such analyses were solely for settlement purposes and the United States will not search for, produce, or log any such analyses.

Finally, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that much of its evidence regarding the impact of the penalty on BP will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court..

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

As set forth in the United States United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents (Doc. 12460) and the United States' Memorandum in Support of Motion for Discovery Regarding the Financial Information and Activities of Subsidiaries and Affiliates as Relevant to the Economic Impact of a Clean Water Act Civil Penalty on Anadarko Petroleum Corporation, the United States

anticipates providing testimony of expert witnesses responding to BP's contentions regarding the impact that the statutory maximum penalty, or any amount under that would have a significant impact on BP's business operations.  Based on this expert testimony, the United States will demonstrate that BP has provided no basis for departing from the statutory maximum penalty because of the assets available to BP to pay the penalty imposed by the Court.  In the unlikely event that the Court determines that the penalty will be determined using another methodology, the United States will contend that the financial resources of BPXP, particularly in light of its ability to marshal the resources of the entire BP Group, militates for a penalty at or near the statutory maximum to ensure that the penalty has a proportionally deterrent effect.

14.      Identify and describe the bases for any assertion by the United States that the "history of prior violations" factor should increase the amount of any Clean Water Act penalty to be paid by BPXP and documents you intend to rely on to support such a contention.

**OBJECTIONS**:  The United States objects to this interrogatory because it is premised on an incorrect reading of the law.  As previously stated in the United States' briefs filed in this Court, the appropriate methodology for determining the civil penalty to be imposed upon BP for its extremely serious violations will be determined by the "top-down" approach in which the Court will only mitigate downward from the statutory maximum where the facts demonstrate cause to do so.  Therefore, the United States does not assert that BP's substantial history of serious violations should "increase" the amount of the penalty.  Rather, the United States contends that, given BP's substantial history of violations this penalty factor gives no grounds for departing from the statutory maximum.

Further, the United States objects to this interrogatory as improper and unduly burdensome because it seeks to require the United States to prepare and provide an index of documents on a very broad topic.

The United States also objects to this interrogatory because it calls for information already in the possession of BP regarding BP's own failure to comply with environmental and health and safety requirements.

The United States further objects to this interrogatory because it may call for the disclosure of information developed in the course of settlement negotiations and therefore protected under PTO 1 and its amendments or PTO 38. Any such analyses were solely for settlement purposes and the United States will not search for, produce, or log any such analyses.

The United States objects to this interrogatory as calling for the premature disclosure of expert opinions. As previously disclosed, the United States anticipates that much of its evidence regarding BP's prior violations will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

In addition, as ordered by the Court during the March 21, 2014 hearing, the United States' assertions regarding the "prior violations" penalty factor will be limited to evidence related to the events that occurred at Texas City, Grangemouth, Prudhoe Bay, and Endicott. These violations were already the subject of discovery during Phase 1, including expert discovery. Any discovery BP required relating to these violations could have and should have been conducted at that time.

**RESPONSE:** Subject to and without waiving the foregoing objections, the United States responds as follows:

As ordered by the Court during the March 21, 2014, the United States' assertions regarding the "prior violations" penalty factor will be limited to the events that occurred at Texas City, Grangemouth, Prudhoe Bay, and Endicott Island. As set forth in the United States' Memorandum in Support of Motion for Discovery Regarding the Financial Information and Activities of Subsidiaries and Affiliates as Relevant to the Economic Impact of a Clean Water Act Civil Penalty

on Anadarko Petroleum Corporation, the United States anticipates providing testimony of expert

witnesses regarding the nature of those violations and evidence that BP has failed to learn the

lessons of its past.  Through this expert testimony, the United States will demonstrate that BP's

history of violations provides no basis for departing from the statutory maximum penalty.  In the

unlikely event that the Court determines that the penalty will be determined using another

methodology, the United States will contend that this history of past violations warrants a penalty

at the statutory maximum, *inter alia*, to deter and punish BP.

15.     Identify and describe the bases for any assertion by the United States that the "other matters as justice may require" factor should increase the amount of any Clean Water Act penalty to be paid by BPXP and documents you intend to rely on to support such a contention.

**OBJECTIONS:**  As stated in the United States' March 3, 2014 filing:

This factor is a catch-all for any facts that might not fit into the other seven factors (*i.e.,* labels), and we reserve the right to argue that any given evidence already in the record, subject to a stipulation, or to be adduced in the Penalty Phase, falls into this category; but that is just legal argument. As for *new evidence*, we do not currently have any specific new evidence to offer on this topic, other than to the extent that the new factual "Topics" set out in the chart above count under this factor. Specifically, evidence about prior incidents, as described under "culpability" above, might fit into this category (as well as arguably fitting into "prior violations") so we incorporate that discussion here. To the extent any specific events and dates are required; we believe those are due on March 12 along with any prior violations. We also reserve the right to present evidence to counter BP's contention about the economic value it brings to the Gulf in terms of jobs, *etc*., which may fall under this factor.

First Response of the United States to Order [Re: Preparation for Discovery in the Penalty Phase]

at 12-13 (Mar. 3, 2014). Accordingly, the evidence the United States will submit regarding this

penalty factor will be information responsive to assertions and claims that the Defendants are

making and on which the Defendants will bear the burden of proof.  For this reason, at this time,

Defendants possess far more information than the United States regarding these "other matters".

Finally, the United States objects to this interrogatory as calling for the premature

65

disclosure of expert opinions.  As previously disclosed, the United States anticipates that much of its evidence responding to the "other matters" that the Defendants have identified will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

**RESPONSE**:  Subject to, and without waiving, its objections the United States responds as follows:

The United States has not, to date, identified any non-privileged documents other than those already produced in Phase 1 or 2, or on the docket in this MDL that it intends to rely upon in responding to the Defendants' "other matters."  To the extent that such documents are identified as the United States receives more information regarding the Defendants' contentions, the United States will supplement this discovery response in accordance and to the extent required by Federal Rule of Civil Procedure 26(e).

Further, the United States anticipates that some of its evidence rebutting the Defendants' assertions as to the "other matters" they have identified will be offered in the form of expert testimony, which will be disclosed in accordance with this Court's orders.  To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

The United States reserves the right to reference BP's prior violations not referenced in response to the "prior violations" factor to the extent necessary to respond to BP's contention that "justice requires that a penalty here be compared to and calibrated with penalties sought and obtained against other companies, both in relation to this case and other environmental incidents." *See* BP Exploration and Production Inc.'s Submission in Response to the Court's February 21, 2014

66

Order Regarding Preparation for Discovery in the Penalty Phase at Exhibit 11 (Mar. 3, 2014).  The

United States will produce documents upon which it may rely, to the extent identified prior to the

submission of expert reports, as part of its production in this phase.

16.    At such point, if any, as you believe you may offer evidence regarding prior
violations by Anadarko which are not included in the stipulations agreed to with Anadarko on this
factor ("additional prior violations"), describe in detail each additional prior violation that you
contend should be considered under Section 311 of the Clean Water Act for assessment of a
penalty against Anadarko.

**OBJECTIONS**:  The United States objects to this Interrogatory because the Court has

ordered that there shall be no further discovery regarding Anadarko's prior violations in light of the

stipulations.

**RESPONSE**:  Subject to, and without waiving, the foregoing objections, the United States

responds as follows:

The United States does not currently intend to offer evidence regarding violations other

than those identified in the stipulation reached between Anadarko and the United States.  The

United States reserves the right to reference prior violations to the extent necessary to respond to

as yet unidentified contentions by Anadarko pursuant to the "other factors" it contends that this

Court should consider.

17.    Identify and describe the bases for your denial of any Request for Admission
propounded in connection with this action.

**OBJECTIONS:**  The United States objects to this interrogatory as compound and

exceeding the allotted number of permissible discovery requests.  *See, e.g., Safeco of America v.*

*Rawstron*, 181 F.R.D. 441, 446 (C.D. Cal. 1998) (holding that when a set of interrogatories

requires a response for each request for admission that is not fully admitted, there should be "a

strong presumption that each underlying request for admission constitutes a separately countable

subpart . . . .").  As that court held:

> an interrogatory that asks the responding party to state facts, identify witnesses, or identify documents supporting the denial of each request for admission contained in a set of requests for admissions usually should be construed as containing a subpart for each request for admission contained in the set.

*Id.* at 446; s*ee also Estate of Manship v. United States*, 232 FRD 552, 557 (M.D. La. 2005) ("While an interrogatory seeking the basis for the denial of several requests for admission may be viewed as a single interrogatory where each of the requests for admission concerns the same subject area, that rule does not apply to Interrogatory No. 5, where the plaintiffs have requested information regarding thirty-five (35) requests for admission involving different subject areas. Under such circumstances, Interrogatory No. 5 cannot be considered a single interrogatory." (citing *Safeco*)).

**RESPONSE**:  Subject to, and without waiving, the foregoing objection, the United States responds as follows:

In accordance with the requirements of Federal Rule of Civil Procedure 36(a)(4), the United States has stated the basis for any denial of the requests for admission below.  Accordingly, the United States hereby incorporates by reference its responses to the following requests for admission.

## IV.   REQUESTS FOR ADMISSION

### A.   Requests for Admission Propounded by BPXP.

1.   Admit that coastal land subsidence, habitat conversion and fragmentation, decreasing water quality, invasive species, contamination from agricultural run-off, population growth, and/or other anthropogenic effects have diminished the natural resources of the northern Gulf of Mexico coastal ecosystem.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission

renders the number of requests for admission in excess of the number permitted by the Court.

The United States also objects to this request for admission as vague particularly the phrase "and/or other anthropogenic effects", which implies that all the items in the list must be read as anthropogenic even though some may not be.  Further the request does not identify which anthropogenic effects are subject to the request for admission.

**RESPONSE:**  Subject to and without waiving its objections, the United States responds as follows:

The United States admits that coastal land subsidence, habitat conversion and fragmentation, decreasing water quality, invasive species, contamination from agricultural run-off, population growth, and other anthropogenic effects can and have had various effects on components in the Gulf of Mexico's ecosystem, including detrimental effects.  The United States denies the request in all other respects.

2.      Admit that oil and polycyclic aromatic hydrocarbons ("PAHs") exist naturally in the Gulf of Mexico and are released through natural seeps in the seafloor.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

**RESPONSE:**  Subject to and without waiving its objections, the United States responds as follows:

The United States admits that oil and polycyclic aromatic hydrocarbons exist naturally in the deposits underlying the Gulf of Mexico and that there are some natural seeps from those deposits into the Gulf of Mexico at a rate significantly smaller than the rate at which oil was discharged from BP/Anadarko's well for eighty-seven days.

3.      Admit that microbes exist in the Gulf of Mexico that consume oil discharged from natural seeps and that these microbes consumed MC252 oil discharged during the *Deepwater Horizon* Spill.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States objects to this request for admission as vague because the word "consume" can have several different meanings.  Miriam Webster's Collegiate Dictionary provides no fewer than four definitions for the word, more than one of which could be applicable in this circumstance – such as "to do away with completely" or "to eat or drink esp[ecially] in great quantities."

**RESPONSE:**  Subject to and without waiving its objections, the United States responds as follows:

The United States admit that there are microbes that break down components of crude oil and that some of these microbes are found in the waters of the Gulf of Mexico.  The United States further admits that some microbes in the Gulf of Mexico broke down some oil discharged from the Defendants' leaking well, but this admission implies nothing about the extent and rate at which this break down occurred.

4.      Admit that background rates of wetland loss in Louisiana are greater than the rate of wetland loss that is or may be attributable to the *Deepwater Horizon* Spill.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States also objects to this request for admission as vague because the term "background rate" is not defined as to time.  Without specifying the time period under consideration as the "background", the United States cannot identify what the comparator for the effect of the Defendants' violations.

**RESPONSE**: Subject to and without waiving the foregoing objections the United States responds as follows:

After reasonable inquiry, the United States cannot admit or deny this request at this time because it has not yet completed its assessment of the damages caused by the spill from BP/Anadarko's well and therefore cannot yet quantify the rate of wetland loss that is or may be attributable to the spill from BP/Anadarko's well.

5.      Admit that 2011 was the most productive year for Brown Pelican nesting in the northern Gulf of Mexico since Hurricane Katrina in 2005.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States also objects on the grounds that request for admission 5 is vague and ambiguous. "Productive" could refer to the number of nests, the number of eggs, the number of live chicks, or the number of chicks surviving for one year, and the extent of the "northern Gulf of Mexico" is uncertain. In addition, the request could be seeking information about the time period from 2005 to 2011, or from 2005 to the present day.

The United States further objects on the grounds that this request for admission asks for information regarding the United States' ongoing Natural Resources Damage assessment.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States

71

responds as follows:

The United States admits that the sources previously cited by BP in support of this assertion (Exhibit 2 to BP's March 3 submission to the Court, at 24) exist and discuss Brown Pelicans. The United States admits that nest-count data collected from 2010 to 2013 by NRDA Trustees from discrete coastal colonies of brown pelicans in Louisiana, Mississippi, Alabama, and on the Florida panhandle showed that 2011 had the highest number of nests of any year between 2010 and 2013. Despite a reasonable inquiry, the United States cannot further admit or deny this fact because it has not completed the natural resource damage assessment which is addressing, among other things, the effect of the Defendants' violations on bird populations.

6.     Admit that shorelines characterized as heavily oiled decreased from a maximum of 360 km (224 miles) to 22.4 km (14 miles) by one year after the Incident, and to 6.4 km (4 miles) by two years after the Incident.

**OBJECTIONS:** The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated. In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States further objects on the grounds that this request for admission is vague and ambiguous. The phrase "characterized as heavily oiled" does not indicate by whom it was characterized or for what purpose it was characterized, e.g., for Response purposes or for NRDA purposes. The adjective "heavily" could refer to a range of concentrations or thicknesses of oil.

The United States further objects on the grounds that this request for admission incorrectly implies that there is a linear, downward progression in the number of miles of shoreline segments that are "heavily oiled", e.g., sometimes segments of shoreline change from "lightly oiled" to

"heavily oiled" by virtue of shifting tides, uncovered mats, storms, etc., resulting in an increase in the number of miles that of shoreline segments that are "heavily oiled."

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the sources previously cited by BP in support of this assertion (Exhibit 2 to BP's March 3 submission to the Court, at 10) exist and state that, based upon the criteria used for the SCAT studies, that at some point in the first year 22.4 km of shorelines were "heavily oiled" and that at some point in the second year 6.4 km of shoreline were "heavily oiled." After reasonable inquiry, the United States cannot admit or deny the remainder of this request for admission using other standards for determining heavy oiling because the natural resource damage assessment is not yet complete.

7.      Admit that the decision to build sand barrier berms to attempt to mitigate the effects of the *Deepwater Horizon* Incident was not an appropriate removal action under the Oil Pollution Act, 33 U.S.C. §§ 2701 *et seq*.

**OBJECTIONS:**  The United States objects to this request for admission as vague because the term "appropriate removal action" is not defined and the citation provided is to the entire Oil Pollution Act.

The United States further objects to this request for admission because it seeks an admission not related to this Phase of the Litigation.  This request for admission on its face is a stalking horse to seek admissions related to the United States' as yet unfiled natural resources damages claim.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States denies this request for admission.  The Oil Pollution Act at 33 U.S.C. §

2701(30) defines a removal action as the "containment and removal of oil . . . or the taking of other

actions as may be necessary to minimize or mitigate damage to the public health or welfare . . . ."

As Rear Admiral James A. Watson, the Federal On-Scene Coordinator, stated in his directive to

BP of June 4, 2010:

> Under current circumstances, I have determined that the Approved Barrier
> Island Project is a removal action that will achieve the containment and removal of
> oil and an action necessary to minimize or mitigate damage to the public health and
> welfare in areas affected by the BP Deepwater Horizon oil discharge, and the
> expense of this project is an appropriate removal cost under the Oil Pollution Act of
> 1990. I have further determined that construction of the Approved Barrier Island
> Project should occur on the most expeditious schedule possible. I understand the
> State of Louisiana is prepared to undertake this project and BP will make available
> funding, consistent with the obligation of responsible parties to receive and pay
> removal costs. The National Incident Commander has concluded that the cost to
> complete the Approved Barrier Island Project is $360 million, and I concur.

*See* HCE152-005072.  Accordingly, the United States denies this request in all respects.

    8.    Admit that the decision to open the Mississippi River Diversions in 2010 to attempt
to mitigate the effects of the *Deepwater Horizon* Incident was not an appropriate removal action
under the Oil Pollution Act, 33 U.S.C. §§ 2701 *et seq.*

    **OBJECTIONS:**  The United States objects to this request for admission as vague because

the term "appropriate removal action" is not defined and the citation provided is to the entire Oil

Pollution Act.

    The United States further objects to this request for admission because it seeks an

admission not related to this Phase of the Litigation.  This request for admission on its face is a

stalking horse to seek admissions related to the United States' as yet unfiled natural resources

damages claim.

    **RESPONSE:**  Subject to and without waiving the foregoing objections, the United States

responds as follows:

    The United States admits that the Mississippi River Diversions undertaken by the State of

Louisiana were not part of the daily Incident Action Plans that summarize the removal activities undertaken by the Unified Command under the direction of the Federal On-Scene Coordinator, but denies that these actions could not and did not constitute "containment and removal of oil . . . or the taking of other actions as may be necessary to minimize or mitigate damage to the public health or welfare . . . ." as defined in 33 U.S.C. § 2701(30).

9.      Admit that based on monitoring as of September 13, 2013, the Environmental Protection Agency had not seen onshore levels of pollutants resulting from the *Deepwater Horizon* Spill and/or Response Activities that are of concern for long-term health effects.

**OBJECTIONS:**  The United States objects to this request on the grounds that it is vague and ambiguous. "Pollutants" could mean pollutants in air, water, soil, waste, or food, or any combination of those. "Of concern" could mean any of several widely varying degrees of interest, and could refer to medical, psychological, or other types of concern. "Health effects" could refer to the health of the environmental or to human health, or both. In addition, "health effects" could mean health effects in the general population of the Gulf coast, or in response workers, or in some other group.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that based on monitoring of particulate matter, hydrogen sulfide, volatile organic compounds, polycyclic aromatic hydrocarbons, 2-butoxyethanol, and dipropylene glycol monobutyl ether conducted by the EPA, as of October 6, 2010 the EPA had not seen onshore levels of those air pollutants resulting from the *Deepwater Horizon* Spill or Response Activities that were of significant concern for long-term human health effects in the general population. The United States denies the request in all other respects because it mischaracterizes the statement that EPA made.

10.     Admit that the Unified Command directed all efforts to respond to, or otherwise mitigate, minimize, or prevent the effects of, the *Deepwater Horizon* Spill, including the use of skimming, boom, controlled *in situ* burns, dispersants, and the Shoreline Cleanup Assessment Technique during the Response.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  The request for admission seeks admissions regarding thousands of unspecified activities taken over a time span of more than four years.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States further objects to this request for admission because it implies that the Defendants' compliance with the orders and directives of the Unified Command are relevant to their efforts to mitigate the effect of their violations.  Activities required by law cannot be credited as efforts to mitigate the Defendants' violations and, therefore, to the extent this discovery is sought for purposes of offering evidence on the "mitigation" penalty factor, it seeks discovery not reasonably calculated to lead to the discovery of admissible evidence.

The United States also objects to this request for admission because it is premised on the incorrect assertion that the response is complete.  Though the response has transitioned to a different phase, the Coast Guard has made it clear that the response is still ongoing and, therefore, this request for admission is premature.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the actions relating to the response that were set forth in each daily Incident Action Plan were directed by the Unified Command and otherwise denies this request because actions taken by parties other than the United Command can meet the definition of

76

removal actions that are legally appropriate, and the costs of which are recoverable, under the Oil Pollution Act, the Clean Water Act, and the National Contingency Plan.

11.     Admit that the use of controlled *in situ* burning, coupled with dispersant applications, during the Response significantly reduced the amount of oil that might otherwise have impacted near-shore habitats and environmentally sensitive areas.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States also objects to this request for admission as vague because "significantly" is a relative term and no comparator is offered.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the use of *in situ* burning and dispersants reduced the quantity of visible oil that reached the shorelines during the active response period, but after reasonable inquiry is unable to admit or deny the remainder of this request for admission because the ongoing natural resource damage assessment is still evaluating the impact of these removal activities on environmentally sensitive areas, including without limitation the waters of the Gulf of Mexico not near the shorelines.

12.     Admit that the use of Dispersants during the Response prevented millions of gallons of oil from impacting sensitive shorelines of Gulf States.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the use of dispersants reduced the quantity of visible oil that reached the shorelines during the active response period, but after reasonable inquiry is unable to admit or deny the remainder of this request for admission because the ongoing natural resource damage assessment is still evaluating the impact of dispersants and dispersed oil on the sensitive shorelines of Gulf States.

13.     Admit that the Response effectively mitigated the environmental and other effects of the *Deepwater Horizon* Spill.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States also objects to this request for admission as vague because it provides no standard by which "effectiveness" is to be measured.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the removal actions taken under the direction of the Federal On-Scene Coordinator assisted in containing and collecting the oil discharged from BP/Anadarko's leaking well but after reasonable inquiry is unable to admit or deny that these actions "effectively mitigated the environmental and other effects of the *Deepwater Horizon* Spill" because these effects are still being evaluated pursuant to the ongoing Natural Resources Damage Assessment.

14.     Admit that all applications of dispersants during the Response occurred under the guidance of Environmental Protection Agency and with the direct approval of the Federal On-Scene Coordinator.

**OBJECTIONS:**  The United States objects to this request for admission on the grounds that it is compound and not "separately stated" as required by Rule 36(a)(2) of the Federal Rules of Civil Procedure. It seeks admissions with respect to the EPA and with respect to the Federal On-Scene Coordinator.

The United States objects to this request for admission on the grounds that it is vague and ambiguous. The term "guidance" could mean any of a wide range of activities. The term "direct" in "direct approval" could refer to the number of steps in the chain of command or the method of communication.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the Regional Response Team (RRT) and National Response Team (NRT), which included the Environmental Protection Agency, was consulted and concurred on the application of dispersants during the Response. The United States further admits that all applications of dispersants during the Response occurred under the authorization of the Federal On-Scene Coordinator. The United States denies the request in all other respects because certain dispersant applications in the initial phases of the response may have occurred without specific consultation with EPA.

15.     Admit that BPXP was proactive and placed no limits on what was needed to make the Response successful.

**OBJECTIONS:**  The United States objects to this request for admission as so broad and vague as to be unanswerable.  The success of the response can be measured in a variety of ways, and this request for admission does not specify how the success of the response is to be measured for purposes of this request.  Moreover, the request does not identify what actions by BPXP were purportedly "proactive" – i.e. in anticipation of future problems, needs, or changes.  Further the

request for admission is compound in violation of Federal Rule of Civil Procedure 36(a)(2).

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that BP carried out the actions specified in the daily incident action plans and has not to date identified any significant failure by BP to comply with the requirements imposed by the Unified Command, except those that have already resulted in a criminal conviction.  The United States denies this request for admission in all other respects, especially because the term "Response" as defined by BP could be construed to include the activities undertaken as part of the Natural Resources Damage Assessment and BP has placed limits on its contributions to the Assessment.

### B.      Requests for Admission Propounded by Anadarko.

16.      Admit that the Minerals Management Service (now Bureau of Safety and Environmental Enforcement) has not imposed any penalties, under the Outer Continental Shelf Lands Act, against any non-culpable non-operating lessees on the Outer Continental Shelf for violations by the designated operators of offshore oil drilling regulations.

**OBJECTIONS:**  The United States objects to this request for admission as calling for information that is not relevant to any issue in the penalty phase of this litigation.  The imposition of a civil penalty is a case and fact specific matter and the imposition or non-imposition of a civil penalty on other entities has no bearing on the appropriate penalty to be imposed upon a party that is liable for one of the largest environmental disasters in the Nation's history.

Further, the United States objects to this request to the extent it seeks to create a category of violators not recognized under OCSLA – the "non-culpable non-operating lessees."  Neither OCSLA nor the Clean Water Act distinguishes between such parties when establishing the penalties to be imposed for violation of these statutes.

**RESPONSE**:  Subject to and without waiving its objections, the United States responds as

follows:

In its tracking systems, DOI does not identify whether the violators fined under the Outer Continental Shelf Lands Act are designated operators or "non-operating investors." Therefore, in order to determine whether DOI has imposed any penalties, under the Outer Continental Shelf Lands Act, against any non-culpable non-operating lessees on the Outer Continental Shelf for violations by the designated operators of offshore oil drilling regulations the Department would be required to investigate the case file of every single penalty imposed under the statute since its enactment, a manifestly unreasonable inquiry. For this reason, based on a *reasonable* inquiry, the United States cannot admit or deny this request.

## V.    **DEFINITIONS**

1.      "Anadarko" means Anadarko Petroleum Corporation, which was named a defendant in the Complaint, and any other affiliate or subsidiary of Anadarko Petroleum Corporation, including but not limited to Anadarko E&P Company LP (n/k/a Anadarko Onshore United States, LLC), if, and to the extent that, the United States claims that information regarding such affiliate or subsidiary is relevant to the United States' claim for Clean Water Act penalties against Anadarko Petroleum Corporation.

2.      "Area of Response" shall mean the geographical area in and around where Response Activities took place, including without limitation the Gulf of Mexico and contiguous water bodies and adjacent states, provinces, or other sub-national geographic units.

3.      "Communication" or "communications," whether or not capitalized, shall mean any transmission of information by one or more persons to one or more persons by any means including without limitation telephone conversations, letters, telegrams, teletypes, telexes, telecopies, e-mail, computer linkups, written memoranda, and face-to-face conversations; "communication" includes all documents and electronically stored information ("ESI") containing, summarizing, or memorializing any communication.

4.      "*Deepwater Horizon* Incident" or "Incident," whether or not capitalized, shall mean the events leading to (i) the loss of life and injuries on the *Deepwater Horizon* rig on or about April 20, 2010, and (ii) the eventual sinking of the rig on April 22, 2010, including the blowout, explosions, and fire.

**OBJECTION**: The United States objects to this definition as vague and factually inaccurate. By omitting any reference to the Defendants' MC252 well, this definition suggests that

81

the Incident occurred entirely at the surface and involved only the *Deepwater Horizon* and not the well.

5.      "*Deepwater Horizon* Natural Resource Damages Assessment" shall mean the assessment of natural resources conducted pursuant to Section 1006 of the Oil Pollution Act, 33 U.S.C. §2706, and the Oil Pollution Act Regulations, 15 C.F.R. §§990 *et. seq.*, and in connection with the *Deepwater Horizon* Incident and Spill.

6.      "*Deepwater Horizon* Oil Spill," the "Oil Spill," or the "Spill," whether or not capitalized, means the discharge of hydrocarbons that occurred in connection with the *Deepwater Horizon* Incident.

7.      "Dispersants," whether or not capitalized, shall mean (i) dispersants, (ii) dispersant constituents, (iii) derivatives of any of the foregoing from biological, chemical, photochemical or other processes, or (iv) any aggregation, mixture, or combination of any of the foregoing with any other material including without limitation organic matter, inorganic matter, sediments, biological exudates, sand and water.

8.      "Document" or "documents," whether or not capitalized, shall have the full meaning ascribed to it by Federal Rule of Civil Procedure 34(a), including ESI, and includes the original and any identical or non-identical copy, regardless of origin or location, of any writing or record of any type or description, including but not limited to all writings; records; contracts; agreements; communications (intra- or inter-company); correspondence; memoranda; letters;  facsimiles; electronic mail (e-mail); minutes, recordings, transcripts, and summaries of meetings, or recordings of meetings, speeches, presentations, conversations, or telephone calls (whether recorded in writing, mechanically, or electronically); handwritten and typewritten notes of any kind; statements; reports; voice recordings; desk calendars; diaries; logs; drafts; studies; analyses; schedules; forecasts; surveys; invoices; receipts; data of any kind; computer data; working copies of computer programs; computer codes; computer printouts; financial statements; balance sheets; profit and loss statements; statements of earnings; statements of net worth; credit reports; statements of operations; audit reports; financial summaries; statements of lists of assets; work papers; pictures; photographs; videos; computer animations; drawings; computer cards; tapes; discs; printouts and records of all types; instruction manuals; policy manuals and statements; books; pamphlets; cancelled checks; check stubs; and any writing, notes, or information of any kind from any other device or medium by which information or intelligence of any type is transmitted, recorded, or preserved, or from which intelligence or information can be perceived.

**OBJECTION:** The United States objects to this definition to the extent BP seeks to require production of information that is exempt from preservation pursuant to Pre-Trial Order 22 or any other Pre-Trial Order entered in this case.

9.      "Environment" or "Environmental," except when used as or in a proper noun, shall refer to (i) air, surface and subsurface water, beaches, land and sediments, and the organic and

inorganic constituents of the foregoing, (ii) Organisms (as defined below), (iii) natural resources, (iv) ecosystems, (v) niches and other habitats, and (vi) combinations or assemblages of any of the foregoing, in each case in or near the Gulf of Mexico or in or near any other location that may have been affected by Oil-Related Materials (as defined below) regardless whether in a natural state or modified by human activity.

10.   "Fish Kill" shall mean any accumulation of dead fish in a localized area that is significant and sudden as compared to historical or baseline patterns and conditions.

11.   "Identify," whether or not capitalized, when used with respect to: (a) an individual, shall mean to provide the individual's full name, job title, and employer during the period referred to, and current or last-known address and telephone number and business address and telephone number (designating which); (b) any entity other than an individual, shall mean to provide the entity's full name and current or last-known address (designating which); and (c) a document, shall mean to provide the date, title, subject matter, author(s), recipient(s), and Bates number(s).

13.   "Including" or "includes," whether or not capitalized, shall mean "including but not limited to" or "including without limitation."

14.   "MC252 Well" shall mean the exploratory well that was being drilled by the *Deepwater Horizon* in the Macondo Prospect of Mississippi Canyon 252 in the outer continental shelf of the Gulf of Mexico, approximately 130 miles southeast of New Orleans, Louisiana.

15.   "Mississippi River Diversion" shall mean any controlled increase or decrease in the rate of discharge from the Mississippi River, including without limitation through operation of the Bayou Lamoque Diversion, the Davis Pond Diversion, the Violet Siphon, the Caernarvon Diversion, the Whites Ditch Siphon, the Naomi Siphon, the West Point A la Hache Siphon, or the Ostrica Lock.

16.   "Non-Operating Investor" or "NOI" means any person or entity that holds an ownership interest in a lease or facility related to offshore gas or oil exploration, drilling or production operations but is not the designated operator for purposes of activities under that lease or on that facility.

17.   "Oil-Related Materials" shall mean any of the following from the *Deepwater Horizon* Oil Spill or response thereto: (i) oil, (ii) polycyclic aromatic hydrocarbons ("PAHs"), (iii) hydrocarbons, (iv) other oil or gas constituents, and (v) well drilling and closure materials, including without limitation drilling muds and fluids and materials injected into the well-head. Oil-Related Materials also shall include (i) derivatives of any of the foregoing from biological, chemical, photochemical, burning or other processes, (ii) any aggregation, mixture or combination of any of the foregoing with any other material including without limitation organic matter, inorganic matter, sediments, biological exudates, sand and water; or (iii) any combination of the foregoing.

18.   "Organisms" shall refer to any and all members of the six kingdoms of life including animals, plants, fungi, protists, archaea, and bacteria.

83

19.     "Person," whether or not capitalized, shall mean any individual as well as any entity, including any proprietorship, partnership, corporation, firm, committee, government agency or subdivision or consultant, or any other organization.

20.     "Relating to" or "related to," whether or not capitalized, when referring to any given subject matter, shall mean any document that constitutes, comprises, involves, contains, embodies, reflects, identifies, states, mentions, alludes to, refers directly or indirectly to, or is in any way relevant to the particular subject matter identified.

**OBJECTION:** The United States objects to this instruction as rendering all of the requests

for production using these terms overbroad and unduly burdensome.  The United States will

produce documents that contain substantive information that is either relevant to a penalty factor or

reasonably calculated to lead to the discovery of admissible evidence relevant to a penalty factor.

To the extent this definition seeks to impose an obligation to produce additional information, the

United States objects.

21.     "Response Activities," "*Deepwater Horizon* Response," or the "Response," whether or not capitalized, shall mean any and all activities performed to respond to, or otherwise mitigate, minimize, or prevent any environmental, human health, economic, or other effects of, the *Deepwater Horizon* Spill.

**OBJECTION:**  The United States objects to this definition as rendering all requests using

the term overly broad. By including every activity, no matter how minor, that was performed

during the lengthy response to the millions of gallons of oil spilled from BP/Anadarko's well, BP's

requests seek information of marginal relevance which will be costly to collect, review, and

produce.

22.     "Shoreline Environment" shall mean the water, sediments, organisms, natural resources, ecosystems, niches, and other habitats, or any combination of the foregoing, of any oceanic shore or intertidal zone in or near the Gulf of Mexico, including without limitation any beach or marsh environment in or near the Gulf of Mexico.

23.     "Unified Command" shall mean the structure, organization, and team established to oversee and manage the response to the *Deepwater Horizon* Oil Spill following the Incident.

**OBJECTION**:  Unified Command is a term of art within the Incident Command Structure

created for responses to oil spills pursuant to the National Contingency Plan.  The Coast Guard

defines Unified Command as:

> [a]n Incident Command System application used when more than one agency has
> incident jurisdiction or when incidents cross political jurisdictions. Agencies work
> together through the designated members of the UC, often the senior persons from
> agencies and/or disciplines participating in the UC, to establish a common set of
> objectives and strategies and a single Incident Action Plan.

*See* Department of Homeland Security, National Incident Management System (2008).

http://www.fema.gov/pdf/emergency/nims/NIMS_core.pdf

24.     "United States" shall mean the United States of America, including its departments, agencies, and instrumentalities, any employees, agents or assigns of these departments, agencies, and instrumentalities, and any person who possesses information or documents within the custody and control of these departments, agencies, and instrumentalities.

**OBJECTION:** The United States objects to this instruction as rendering all of the requests

for production overly broad. The inclusion of all federal agencies, regardless of their level of

involvement in the events giving rise to this action, would require the search of hundreds of

separate information technology systems and offices with little concomitant benefit.  For purposes

of the penalty phase of the Clean Water Act Claims, the United States will interpret these

discovery requests as applying to the following agencies and information within their possession,

custody, or control: the Department of the Interior, the United States Coast Guard, the

Environmental Protection Agency, and the National Oceanic and Atmospheric Administration.

25.     "Wildlife" shall mean all non-domesticated vertebrate animals, including without limitation birds, mammals, amphibians, and reptiles, but not including fish.

26.     "You," "your," and "yours," whether or not capitalized, shall mean the United States.

**OBJECTION**:  The United States incorporates by reference its objection to definition 24

("United States").

## VI.   <u>INSTRUCTIONS</u>

1.      The words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

2.      Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005.

3.      Produce all documents in the order in which they appear in your files.  Documents that, in their original condition, are stapled, clipped, or otherwise fastened together shall be produced in this same condition.

**OBJECTION:** The United States objects to this instruction to the extent it seeks to impose

obligations beyond those set forth in Pre-Trial Order 16. Paper documents will be scanned and

produced as required by the Order, except for paper documents collected from the Incident

Command Posts and Forward Operating Bases established during the response. The scanning and

processing of these huge collections of documents would be made unreasonably more expensive

by replicating the parent child relationships within these scanned documents. The United States

will preserve the original documents in their parent-child relationships (as they were found at the

time the documents reached the documentation unit). To the extent, reasonable clarification on the

relationships between documents from the Incident Command Posts and Forward Operating Bases

is required the United States will provide such clarification.

In addition, the United States objects to this instruction to the extent it seeks to require the

United States to re-collect and re-produce collections of documents already conducted. For

instance, several of BP's requests for production seek documents collected and produced to

Congress, members of the media, citizens, or other entities. The United States will produce non-

privileged information from these collections in the format set forth in Pretrial Order 16 except that

the United States will not go back to the original files to obtain metadata fields that were not

captured at the time of the production to Congress, members of the media, citizens, or other

86

entities.

Electronically stored information will be produced with the metadata fields specified in Pretrial Order 16 (where those metadata fields exist), except that the United States objects to producing the "custodian" metadata field for e-mails.  The custodians of emails can be identified from the face of the email by examining the sender and recipient fields, all of which the United States will produce.  Because of the need to collect and compile emails for production simultaneously in several different locations, it is not practicable to both de-duplicate email collections and preserve the custodial information.  De-duplication of emails can result in substantial reductions in the volume of documents, thereby decreasing the burden of review, production, and subsequent hosting of the document collection.  Because the utility of the custodian field is marginal at best for emails and because the burden of preserving the custodial information for emails is so much greater than that utility, the United States objects to the requirement to produce the "custodian" metadata field for emails.

4.      Produce all documents within your possession, custody, or control including all documents in the possession, custody, or control of any United States government employee, agent, representative, consultant, attorney, accountant, advisor, or other person(s) directly or indirectly connected with you or subject to your control, or any government department, agency, or any other government subdivision.

**OBJECTION:** The United States objects to this instruction because it seeks to impose an obligation to produce documents that the United States does not have the legal authority to obtain upon demand. *See, e.g.*, *Enron Corp. Savings Plan v. Hewitt Assocs., LLC,* 258 F.R.D. 149, 164 (S.D. Tex. 2009).  Except as otherwise indicated in response to a particular discovery request, the United States will only produce documents within the possession, custody, or control of the following executive branch agencies: Environmental Protection Agency, the Department of the Interior, the National Oceanic and Atmospheric Administration, the Department of Transportation,

the Department of Homeland Security including the Coast Guard, the Department of Energy, and

the Department of Labor.

5.      If any responsive document has been lost, destroyed, removed from, or is no longer
in your possession, custody, or control for any reason, please identify the document, its last known
location, and the circumstances surrounding its loss, destruction, or removal.

**OBJECTION:** The United States objects to this instruction as unduly burdensome and not

reasonably calculated to lead to the discovery of admissible evidence. The United States has made

reasonable good faith efforts to preserve all potentially relevant information. BP's discovery

requests, however, are broad and call for many documents that were created long before this

litigation was reasonably anticipated. It would be unduly burdensome for the United States to

identify every document that may at one time have existed and been responsive to BP's request but

no longer exists and to investigate the fate of each such document. To the extent BP identifies

particular documents of material relevance to the claims or defenses in this action that the United

States has not produced, the United States will respond to reasonable requests to investigate the

fate of such documents.

6.      If you contend that any responsive document is protected from disclosure pursuant
to any privilege or work-product doctrine, please specifically set forth the privilege being asserted
and any factual or legal basis for its assertion.  Also set forth the date and title of the document, its
subject matter generally, its author(s) and recipient(s), and its Bates number(s).

**OBJECTION:** The United States objects to this instruction to the extent it seeks to impose

obligations beyond those set forth in Pre-trial Order 14, which governs the treatment of privileged

materials. Further, to the extent necessary, the United States will seek agreement to reasonable

modifications to the schedule and format of privilege log as required by Pre-trial Order 14 in light

of the large quantity of information sought in these discovery requests.

7.      Each paragraph is to be construed independently and not by or with reference to any
other paragraph for purposes of limiting the scope of any particular request.

8.      If no documents responsive to a particular request exist, or if such documents exist but are not in your possession, custody, or control, then your response to that request shall so state.

**OBJECTION**: The United States objects to this instruction because it inconsistent with the

requirements of Federal Rules of Civil Procedure 26 and 34, which require the United States to

respond to document requests by providing those documents, information, or things that are within

the United States' possession, custody, or control.  This instruction improperly seeks to convert a

request for production into an interrogatory requiring a narrative response regarding information

not within the possession, custody, or control of the United States.

9.      Defendants reserve the right to revise and/or supplement these discovery requests to reflect future scope limitations.

**OBJECTION**:  The United States objects to the reservation of a non-existent right to serve

additional discovery in this Phase of the Litigation.  The Court has ordered limits on discovery and

the deadlines for the service of written discovery requests have passed.

10.      Pursuant to the Federal Rules of Civil Procedure, these requests are continuing and you must revise or supplement your responses and production whenever new or additional responsive information becomes known.

**OBJECTION**: The United States objects to this instruction because it inconsistent with the

requirements of Federal Rule of Civil Procedure 26(e)(1)(A), which requires supplementation of a

response "in a timely manner if the party learns that in some material respect the . . . response is

incomplete or incorrect, and if the additional or corrective information has not otherwise been

made known to [the defendant] during the discovery process or in writing . . . ."  The United States

will comply with the requirements of Rule 26(e)(1)(A).

Respectfully submitted,

BRIAN HAUCK
Deputy Assistant Attorney General
Civil Division
PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
SHARON SHUTLER
MALINDA LAWRENCE
LAURA MAYBERRY
Trial Attorneys
R. MICHAEL UNDERHILL, T.A
Attorney in Charge, West Coast Office

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
MICHAEL MCNULTY
SARAH HIMMELHOCH
Senior Litigation Counsel
NANCY FLICKINGER
Senior Attorney
PATRICK CASEY
RICHARD GLADSTEIN
DANIEL S. SMITH
Senior Counsel
ABIGAIL ANDRE
A. NATHANIEL CHAKERES
ANNA CROSS
RACHEL HANKEY
JUDY HARVEY
RACHEL KING
ERICA PENCAK
BRANDON ROBERS
GORDON YOUNG
Trial Attorneys

/s/ Sarah D. Himmelhoch
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:  202-514-2583
E-mail:  steve.o'rourke@usdoj.gov
KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/ Sarah D. Himmelhoch

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| **FROM NOAA** | | | | | | | |
| Chemistry | Procedure for Obtaining Source Oil Samples from Discoverer Enterprise Drillship -- Source Oil/Product Sampling | 49 | Datasheets | Yes | Bef. 4/18/14 | | File Collections |
| | | 49 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | Work Plan for Obtaining Near Shore Spatial Extent of On-Water Oil Samples & 1st Addendum to Work Plan for Obtaining Near Shore Spatial Extent of On-Water Oil Samples & 2nd Addendum to Work Plan for Obtaining Near Shore Spatial Extent of On-Water Oil Samples -- Forensic Oil | 98, 99, 100 | Datasheets | Yes | Bef. 4/18/14 | | File Collections |
| | | 98, 99, 100 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | Holding Time Study for Environmental Samples in Frozen Archives: Laboratory Analysis Plan (version 2.0, August 2011) & Addendum to the Holding Time Study for Environmental Samples in Frozen Archives (version 3.0, November 2013) | 239 | Analytical Chemistry | Yes | Bef. 5/27/14 | Tissue data validated; sediment data are being validated | Will be placed on Wiki |
| | | 239 | Report (Tissues) | Yes | Bef. 4/18/14 | | Wiki |
| | | 239 | Report (Sediments) | Yes | Bef. 8/15/14 | Webinar with LA,NOAA, and RP occurred April 3, 2014 and BP & LA had no issues with the study; data in validation | |
| | No Formal Workplan/Natural Resource Damage Assessment Work Plan for Preassessment of Injury to Osprey from The Deepwater Horizon (MC252) Oil Spill (Bird Study #9); Osprey Rapid Assessment Plan 2 November 2010 | N/A | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | No Formal Workplan/Fall 2012 Cofferdam Leak Investigation | N/A | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | No Formal Workplan/Chemistry -- Baseline - 2010 | N/A | Analytical Chemistry | NA | NA | April 2010 water samples, No Analysis (disposed) | |
| | No Formal Workplan/Stranded Oil Post-Hurricane Isaac, LA, OCT 2012 | N/A | Analytical Chemistry | Yes | NA | | |
| | No Formal Workplan/Stranded Oil Post-Tropical Storm Lee, LA, SEP 2011 | N/A | Analytical Chemistry | Yes | NA | | |
| | No Formal Workplan/Swift Energy Oil Spill Feb 2013 | N/A | Analytical Chemistry | Yes | NA | | |
| | No Formal Workplan/Tar Mat Forensic Sampling 2013 | N/A | Analytical Chemistry | Yes | Bef. 4/18/14 | | |

MDL 2179: US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| Deepwater Benthic | Deepwater ROV Sampling to Assess Potential Impacts to Hardbottom Coral Communities and Associates from the Deepwater Horizon Oil Spill - HC3 -- Hard Ground Coral (Hardbottom Plan, Holiday Chouest 3) | 311 | Shipboard hard drive | Yes | Bef. 4/18/14 | Data Report - April 2014 | |
| | | 311 | Hard Ground Coral Cruise Report | Yes | Bef. 4/18/14 | | Sent to Joyce Miley (BP) and Laura Riege (Cardno) |
| | | 311 | Sediment trap collection | Yes | N/A | Potential analysis under Sediment Trap Chemistry Analysis plan | |
| | | 311 | Hard Ground Coral Data Report | No | Bef. 8/15/14 | Undergoing revisions. | Processing/Analysis Collection |
| | | 311 | *Analytical Chemistry (Alpha, CAS)* | Yes | Bef. 4/18/14 | | |
| | | 311 | *Narrative of sites visited on HC3 cruise* | Yes | Bef. 8/15/14 | | Data Report |
| | | 311 | *Coral imaging and photo mosaics analysis* | No | Bef. 8/15/14 | | Data Report |
| | | 311 | *Meiofauna evaluation (USGS Demopoulos Lab)* | No | Bef. 8/15/14 | Meiofauna data expected after Peer Review by Jeff Baguley. Submitted data may still be provisional | Data Report |
| | | 311 | *Macrofauna evaluation (USGS Demopoulos Lab)* | Yes | Bef. 4/18/14 | In DIVER. QAQC done with Paul Montagna. | Processing/Analysis Collection |
| | | 311 | *Analysis of time lapse photos (WHOI - Tim Shank)* | No | Bef. 8/15/14 | | Data Report |
| | | 311 | *Genetic Species ID (Temple University - Eric Cordes)* | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | 311 | *Results of coral histopathology (Histopathology) (George Mason University - Esther Peters)* | No | Bef. 8/15/14 | May be archived - significant delays at lab. | To be sent separately after Data Report |
| | Sediment Trap Sample Analysis Plan - HC3, NF, HSW1 + other WHOI | N/A | Draft analysis workplan | Yes | Bef. 4/18/14 | New processing workplan, no sample collection -- Waiting for workplan signatures | Sent to Joyce Miley (BP) and Dave Dutton (BP) |
| | | N/A | Analytical Chemistry | N/A | N/A | Samples will be released for analysis when plan is signed. Includes study "WHOI Sediment Trap Analysis" already in QM/DIVER. | Date dependent on signing of workplan |
| | | N/A | Sediment trap larval counts/taxa (WHOI - Tim Shank) | No | N/A | Split from 1 trap being analyzed in Tim Shank's lab. | No sharing agreement. |
| | Mesophotic Reef Follow-Up Cruise Plan -- Mesophotic Reefs (Holiday Chouest 2) | 188 | Shipboard hard drive | Yes | Bef. 4/18/14 | Data Report - June 2014. Specified Contents: tender vessel station data, specimen collection data, sediment collection data, ROV CTD data, other raw data, copy of all video and still imagery obtained | |
| | | 188 | Mesophotic Reef Cruise Report | Yes | Bef. 4/18/14 | | Sent to Joyce Miley (BP) and Laura Riege (Cardno) |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 188 | Analytical Chemistry (Sediment Cores, Alpha) | Yes | Bef. 4/18/14 | 179 samples (+2 archived) | |
| | | 188 | Mesophotic Reef Data Report | No | Bef. 8/15/14 | Deliverables listed in Appendix G of workplan. | |
| | | 188 | *Coral imaging analysis (NOAA NCOS - Etnoyer Lab)* | No | Bef. 8/15/14 | Image analysis | |
| | | 188 | *Transect Analysis for Fish Abundance (USGS - Ken Sulak)* | No | Bef. 8/15/14 | Video analysis | |
| | | 188 | *Analysis of rotary camera photos (FSU - Ian MacDonald)* | No | Bef. 8/15/14 | Image analysis | |
| | | 188 | *Water Column Profile Information (CTD cast interpretations/DO sags, etc.)* | No | Bef. 8/15/14 | | |
| | | 188 | *Archive (NOAA NCOS - Etnoyer Lab)* | N/A | N/A | 60 samples archived | |
| | | 188 | *Coral Identification (ULL, Scott France)* | N/A | N/A | Archived. | |
| | | 188 | *Voucher (USGS/Demopoulos)* | N/A | N/A | Archived. | |
| | | 188 | *Non-NRDA samples collected on cruise (FSU, Melissa Rohal - genetics, morphology)* | N/A | N/A | Not NOAA samples. Grad student got permission from chief scientist to take non-workplan samples. | |
| | Assessment of Impacts from the Deepwater Horizon Oil Spill on Red Crabs -- Red Crab (BP: Benthic Megafauna) (Pisces 11) | 324 | Shipboard Hard Drive | Yes | Bef. 4/18/14 | Complete. This included raw data sheets for biometrics. | Received email conf of receipt from Laura Riege (Cardno) on 10/21/2013 |
| | | 324 | Red Crab Cruise Report | Yes | Bef. 4/18/14 | | Sent to Joyce Miley (BP) and Laura Riege (Cardno) |
| | | 324 | Red Crab Access Database | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | 324 | *Analytical Chemistry (Alpha and CAS)* | Yes | Bef. 4/18/14 | | Deliverable did not include DOSS Equipment Blanks, which had not been validated. BP has all data as raw EDDs, plus available QM data. |
| | | 324 | *Biometrics (shipboard study)* | Yes | Bef. 4/18/14 | | Data Report |
| | | 324 | *Egg morphometry analysis/ Reproduction (NOAA Alaska Fisheries Sci Cent)* | Yes | Bef. 4/18/14 | | Data Report |
| | | 324 | *Histology (NOAA NWFSC)* | Yes | Bef. 4/18/14 | | Data Report |
| | Deepwater Sediment Sampling to Assess Potential Post-Spill Benthic Impacts from the Deepwater Horizon Oil Spill -- Soft-Bottom Sediment Plan (Sarah Bordelon 9) | 158 | Soft-Bottom Sediment Cruise Report | Yes | Bef. 4/18/14 | One dataset remaining. Expected completion May 15, 2014. This workplan includes analysis of response samples. | Sent to Joyce Miley (BP) and Laura Riege (Cardno) |
| | | 158 | Shipboard Hard drive | Yes | Bef. 4/18/14 | | |
| | | 158 | Macrofauna (Texas A&M Corpus Christi - Montagna) | Yes | Bef. 4/18/14 | Interim data report shared February 18, 2013. Includes analysis of cores leftover from response cruises. | Processing/Analysis Collection |
| | | 158 | Grain Size, TIC/TOC (Texas A&M Corpus Christi - Montagna) | Yes | Bef. 4/18/14 | Undergoing 3rd party validation - expected in April 2014 .Includes analysis of cores leftover from response cruises. | Processing/Analysis Collection |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 158 | Meiofauna (University of Nevada Reno) | Yes | Bef. 4/18/14 | Includes analysis of cores leftover from response cruises. | Processing/Analysis Collection |
| | | 158 | Harpacticoids (University of Nevada Reno) | No | Bef. 5/27/14 | | |
| | | 158 | Lawrence Berkeley National Lab | N/A | N/A | 12 samples. "Pending". Collected under NOAA COC, no analysis agreement, transferred to BP. | |
| | | 158 | Analytical Chemistry (Alpha, CAS) | Yes | Bef. 4/18/14 | Also, 253 archive samples at Alpha | |
| | AUV Reconnaissance Survey II of Hard-Ground Megafaunal Communities in the Vicinity of the Deepwater Horizon Spill Site - AUV Reconnaissance Survey II of Potential Hard-Ground Megafaunal Communities | 196 | Observation/Instrument data | Yes | Bef. 4/18/14 | Complete. Observational data - video, etc. - from AUV. | |
| | Time Lapse Camera and Sediment Trap Retrieval and Redeployment Plan - HSW3 -- Deep Benthic Camera Trap (HOS Sweetwater 01) | 187 | Sample Collection from sediment traps (No analysis) | Yes | Bef. 4/18/14 | Complete. See Sediment Trap Chemistry Analysis Plan | |
| | | 187 | Analytical Chemistry (Alpha) | Yes | Bef. 4/18/14 | | |
| | | 187 | Observation/Instrument data | Yes | Bef. 4/18/14 | | |
| | Reconnaissance Survey of Hard-Ground Megafauna Communities in the Vicinity of the Deepwater Horizon Spill Site -- Hard-Ground Megafauna Survey (Tow Camera Cruise) | 134 | Observation/Instrument Data | Yes | Yes | Complete. | |
| | Quantifying the Distribution, Abundance and Biodiversity of Benthic Megafauna and Mesopelagic/Bathypelagic Megaplankton in the Vicinity of the MC252 Spill (and Analysis of and Addendum) -- Megafauna, Megaplankton Quantification Plan | 203, 237, 250 | Observations/Data | Yes | N/A | Mark Benfield, joint BP and Trustee expert - no data received. | |
| | Natural Hydrocarbon Seeps Cruise 1 Plan -- Natural Hydrocarbon Seeps Plan (Holiday Chouest 01, Sarah Bordelon 10, Wes Bordelon 09) | 204 | Observations/Data | Yes | N/A | Waiting for sample info from BP. POC Rob Barrick | |
| | Natural Hydrocarbon Seeps Cruise 2 Plan -- Natural Hydrocarbon Seeps Plan - Round 2 (Holiday Chouest 04, Meg Skansi 09, Sarah Bordelon 12) | 208 | Observations/Data | Yes | N/A | Waiting for sample info from BP. POC Rob Barrick | |
| | NRDA Tier 1 Proposal SPMD Detection of DWHOS Hydrocarbons in Water Column Immediately Over NEGOM Shelf-Edge Pinnacle Reefs -- NRDA Tier 1 for Deepwater Corals SPMD (Nancy Foster) | 64 | Analytical Chemistry (Alpha and CAS) | Yes | Bef. 4/18/14 | Complete. | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Mississippi Canyon 252 Incident NRDA Tier 1 for Deepwater Communities - NF -- NRDA Tier 1 for Deepwater Corals (Nancy Foster) | 65,66 | Analytical Chemistry (Alpha, CAS) | Yes | Bef. 4/18/14 | | |
| | | 65,66 | Archive (NOAA NCOS - Etnoyer Lab) | N/A | N/A | Archived (31 samples) | |
| | | 65,66 | Species Identification (Scott France, ULL) | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | 65,66 | Genetic Species ID (Temple University - Eric Cordes) | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | 65,66 | Fish Abundance (USGS - Ken Sulak) | Yes | Bef. 4/18/14 | (Re)-Posted on 3/20/14. TWG thinks analysis shared earlier, but could not provide record. | Processing/Analysis Collection |
| | | 65,66 | Sediment trap collection | Yes | N/A | See Sediment Trap Chemistry Analysis Plan | |
| | NRDA Tier 1 for Deepwater Communities-Addendum Plan for Coral Aging -- NRDA Tier 1 for Deepwater Corals Ageing Addendum | 278 | Coral Aging Analysis | Yes | Bef. 4/18/14 | Samples from Holiday Chouest 3, Ron Brown, and Atlantis | Posted to Resource Catalog |
| | Offshore and Deepwater Softbottom Sediment and Benthic Community Structure Survey -- Sediment Profile Imaging | 173 | Imaging Data | Yes | N/A | BP-led, awaiting from them | |
| | Offshore and Deepwater Softbottom Sediment and Benthic Community Structure Survey—Addendum (Cruise Leg 2) -- Sediment Profile Imaging II | 243 | Imaging Data | Yes | N/A | BP-led, awaiting from them | |
| | No Formal Workplan/Atlantis Cruise Dec 4-15 2010 | N/A | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | N/A | Genetic Species Identification (Temple, Cordes) | Yes | Bef. 4/18/14 | 14 no analysis/archive and 13 avail | Processing/Analysis Collection |
| | No Formal Workplan/Cape Hatteras Cruise SEP 20-OCT 3 2010 | N/A | Analytical Chemistry (Alpha) | Yes | Yes | 4 CAS archived. | |
| | No Formal Workplan/Ron Brown Cruise OCT 16-NOV 3 2010 | N/A | Analytical Chemistry (Alpha, CAS) | Yes | Yes | | |
| | | N/A | Genetic Species Identification (Temple, Cordes) | Yes | Yes | 1 result available | Processing/Analysis Collection |
| | No Formal Workplan/DeepwaterBenthic--Red Crab Samples--SEP 2010 - Analytical Chemistry | N/A | Analytical Chemistry (Alpha) | Yes | Bef. 4/18/14 | This was outside the NRDA. Topher has a 1 pg cruise report from Harriet Perry. | |
| | No Formal Workplan/ UCSB Sediment Traps - Analytical Chemistry | N/A | Analytical Chemistry (Alpha) | Yes | N/A | Uta Passow. Complete. 19 complete; 19 in validation. | Not NRDA collection. Not BP funded. |
| | No Formal Workplan/ USF Offshore Sediment Sampling - Analytical Chemistry | N/A | Analytical Chemistry (Alpha) | Yes | N/A | 20 results available, 17 in validation | Not NRDA collection. Not BP funded. 250 remaining samples likely to be archived. |
| | March-April 2011 HOS Sweetwater ROV Sediment and Bottom-Water Sampling Cruise Plan; July-September 2011 HOS Sweetwater ROV Sediment and Bottom-Water Sampling Cruise Plan | 184, 234 | **HOS Sweetwater Sediment Cruises (2 cruises)** | N/A | N/A | counted in Water Column spreadsheet | |
| | 2014 Workplans | N/A | Workplan - 2014 Soft-Bottom Sediment | No | N/A | Draft in Progress | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | N/A | Workplan - 2014 Mesophotic Reef Cruise | No | N/A | Draft in Progress | |
| | | N/A | Workplan - 2014 Red Crab Cruise | No | N/A | Draft in Progress | |
| | | N/A | Workplan - Historical Mesophotic Reef Imagery | No | Bef. 5/27/14 | Got comments back from LA, working with PIs for revisions. Has not gone to BP. | Estimated project completion June 2014 - currently in process. |
| | | N/A | *Raw tapes of historical mesophotic imagery* | No | Bef. 5/27/14 | Hard Drives sent to USGS 4/3/14 | Will be by hard drive transfer. |
| Fish | Investigative Plan for Fish and Invertebrate Kills in the Northern Gulf of Mexico -- Fish Kill Investigation Plan | 55 | Analytical Chemistry | Yes | Bef. 4/18/14 | Alpha Analytical Lab, CAS | |
| | | 55 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Pre-Assessment Plan for the Collection of Data to Determine Potential Exposure and Injuries of Threatened Gulf Sturgeon -- Gulf Sturgeon Plan | 54 | Analytical Chemistry | Yes | Bef. 4/18/14 | Alpha Analytical Lab | |
| | | 54 | Condition assessment, genetics | NA | NA | DOI Lead | |
| | | 54 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Assessment of the Impacts of the Deep Water Horizon Oil Spill on Blue Crab Early Life History Stages Phase I: Megalopae Sample Collection; Assessment of the Impacts of the Deep Water Horizon Oil Spill on Blue Crab Early Life History Stages Phase I: Megalopae Sample Collection -- Blue Crab Megalopae Plan | 54 | Analytical Chemistry | Yes | Bef. 4/18/14 | Mississippi State NRDA plan; samples transferred from Harriet Perry to MSDEQ. CAS, Alpha Analytical Lab | |
| | | 54 | Histology of adult crabs | Yes | Bef. 4/18/14 | GCRL | |
| | | 54 | Ichthyoplankton/Invertebrates sorting and identification | NA | NA | U of Southern Miss GCRL, Harriet Perry & Mike Beiser (MDEQ) | |
| | | 54 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Nearshore Ephemeral Data Collections: Submerged Oil Characterization Across Multiple Habitats Deepwater Horizon Oil Spill (DWHOS) -- Submerged Oil Characterization Plan 2010 | 51 | Analytical Chemistry | Yes | Bef. 4/18/14 | Alpha Analytical Lab, CAS | |
| | | 51 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Nearshore Water Column Injury Ephemeral Data Collections: Submerged Oil Reconnaissance Plan Deepwater Horizon Oil Spill (DWHOS) -- Submerged Oil Collection Plan | 50 | Analytical Chemistry | Yes | Bef. 4/18/14 | Alpha Analytical Lab, CAS, TDI | |
| | | 50 | Raw field data (photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Submerged Oil Characterization Across Multiple Habitats for Assessment of Persistent Exposures in Nearshore Sediments Deepwater Horizon Oil Spill (DWHOS) -- Submerged Oil Characterization Plan 2011 - MESSh | 230 | Analytical Chemistry | Yes | Bef. 4/18/14 | Alpha Analytical Lab | |
| | | 230 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Assessment Plan for Marsh Edges and Sandy Shorelines; Assessment Plan for Marsh Edges and Sandy Shorelines: Addendum for Chemical Analysis of Blue Crab Samples -- Marsh Edge Sandy Shore Biota | 172, 321 | Sample Processing & biomass | Yes | Bef. 4/18/14 | EcoAnalysts Inc, Water and Air Research | |
| | | 172, 321 | Analytical Chemistry | Yes | Bef. 4/18/14 | Alpha Analytical Lab | |
| | Assessment Plan for Marsh Edges and Sandy Shorelines: Addendum for Chemical Analysis of Blue Crab Samples | 172, 321 | Blue_Crab Addendum (Chemistry) | Yes | Bef. 4/18/14 | Alpha Analytical Lab | |
| | | 172, 321 | Taxonomy (BP Task) | NA | NA | Per BP request, all samples transferred to RP contractor, Barry Vittor | |
| | | 172, 321 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Fish--Preassessment--Late JUN 2010 | N/A | Analytical Chemistry | Yes | Bef. 4/18/14 | out-of-area fish collection; BP accepted Archive of samples East of Franklin County line, FL | |
| | Tagging of Atlantic Bluefin Tuna for Evaluation of Habitat Utilization of Gulf of Mexico Spawning Grounds Using Telemetry Data -- Bluefin Tuna Telemetry | 261 | Tracking | Yes | Bef. 4/18/14 | Barbara Block, Stanford; Troy Baker, NOAA | raw data and pre-spill tracks delivered to RP, also on GulfTOPP |
| | Investigative Plan to Monitor and Assess the Potential for Impacts of the Deepwater Horizon Oil Spill on Whale Sharks in the Northern Gulf of Mexico using Satellite Tag Technology -- Whale Shark Tagging | 60, 61 | Tracking | Yes | Bef. 4/18/14 | Eric Hoffmayer, GCRL (now at NOAA) | |
| | | 60, 61 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | Some whale shark raw field data on noaanrda.org | File Collections |
| Marine Mammal | Aerial Surveys for Assessing Marine Mammals and Sea Turtles in the Region of the Mississippi Canyon 252 Incident & Amended Aerial Surveys for Assessing Marine Mammals and Sea Turtles in the Region of the Mississippi Canyon 252 Incident -- Helicopter and Twin Otter Aerial Surveys | 69, 70 | Field Data (datasheets,photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 69, 70 | Edited aerial survey databases (by PI Lance Garrison) | Yes | Bef. 4/18/14 | | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 69, 70 | Report from Lance Garrison | No | Bef. 8/15/14 | | In discussions with Lance for report dates |
| | Assessing Changes in Population Size and Spatial Distribution of Marine Mammals and Turtles in the Northern Gulf of Mexico; & Assessing Changes in Population Size and Spatial Distribution of Marine Mammals and Turtles in the Northern Gulf of Mexico-Addendum | 71, 253 | Field Data (datasheets, GPS, survey databases) | Yes | Bef. 4/18/14 | | File Collections |
| | | 71, 253 | Edited aerial survey database (by PI Lance Garrison) | Yes | Bef. 4/18/14 | | File Collections |
| | Proposed Data Collection Plan to Assess Injury to Florida Manatees from the Deepwater Horizon Oil Spill & Addendum: Proposed Data Collection Plan to Assess Injury to Florida Manatees from the Deepwater Horizon Oil Spill -- Manatee Surveys Florida | 81, 143 | Field Data (flight logs, datasheets, photos, GPS, etc.) | Yes | N/A | | File Collections |
| | Proposed Data Collection Plan to Assess Injury to West Indian Manatees from the Deepwater Horizon Oil Spill Outside of Florida & Addendum to Proposed Data Collection Plan to Assess Injury to West Indian Manatees from the Deepwater Horizon Oil Spill Outside of Florida -- Manatee Surveys Outside Florida | 82, 83 | Field Data (flight logs, datasheets, photos, GPS, etc.) | Yes | N/A | | File Collections |
| | Investigation of Marine Mammal Morbidity and Mortality through Active Surveillance for Strandings -- Investigation of Marine Mammal Morbidity and Mortality through Active Surveillance for Strandings | 167 | Field Data (datasheets, photos, GPS, logbooks, etc.) | Yes | Bef. 4/18/14 | Trustee Only but agreement reached to share data | File Collections |
| | Work Plan for the Collection of Data to Determine the Impacts of the Deepwater Horizon Mississippi Canyon 252 Incident on Endangered and Protected Marine Mammals in the Northern Gulf & Addendum: Collection of Data to Determine the Impacts of the Deepwater Horizon Mississippi Canyon 252 Incident on Endangered and Protected Marine Mammals in the Northern Gulf -- Endangered and Protected Marine Mammals in the Northern Gulf (Gordon Gunter cruise) | 67, 68 | Field Data (datasheets, instruments, photos, GPS, etc.) | Yes | Bef. 4/18/14 | Six Gordon Gunter Cruises (2,3,5,6,8,& 9) | File Collections |
| | | 67, 68 | Analytical Chemistry (Alpha - VOCs & PAHs for Aqueous samples) | Yes | Bef. 4/18/14 | | Query Manager |
| | | 67, 68 | Analytical Chemistry (Alpha PAHs of Tissues) | Yes | Bef. 4/18/14 | | Query Manager |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 67, 68 | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | | Wiki |
| | | 67, 68 | NOAA SWFSC (Keller) - Blubber Hormone | N/A | N/A | Samples not sent - still at SEFSC | |
| | Assessing Potential Sublethal and Chronic Health Impacts from the Mississippi Canyon 252 on Coastal and Estuarine Bottlenose Dolphins -- Dolphin Health Assessment [2011 and 2012] | 113 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | In Plan | File Collections |
| | | 113 | Chicago Zoological Society (Wells) - Satellite Tracking | Yes | Bef. 4/18/14 | In Plan | Sent to RP via Dropbox |
| | | 113 | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: Barataria Bay | Yes | Bef. 4/18/14 | In Plan | Processing/Analysis Collection |
| | | 113 | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: Mississippi Sound | Yes | Bef. 4/18/14 | In Plan | Mailed data |
| | | 113 | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: St. Joe Bay | Yes | Bef. 4/18/14 | In Plan | Mailed data |
| | | 113 | Cornell (Talcott & Place) - Hematology, Serum Chemistry, Fibrinogen, & Endocrinology | Yes | Bef. 4/18/14 | In Plan | Wiki |
| | | 113 | University of Connecticut - Immune Function | Yes | Bef. 4/18/14 | In Plan | Wiki |
| | | 113 | NOAA NOS/CCEHBR (McFee) - Tooth Aging | Yes | Bef. 4/18/14 | In Plan | Wiki |
| | | 113 | NOAA NWFSC (Ylitalo) - PAH Metabolites | Yes | Bef. 5/27/14 | In Plan ; results are undergoing Data Validation | Validated Results expected May 2014 |
| | | 113 | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | In Plan | Wiki |
| | | 113 | NOAA SWFSC (Keller) - Blubber Hormone | Yes | Bef. 4/18/14 | In Plan | Wiki |
| | | 113 | Analytical Chemistry (PAHs, POPs, DOSS at NWFSC) | Yes | Bef. 4/18/14 | In Plan | Query Manager |
| | | 113 | IsoForensics - Isotope Analysis | Yes | Bef. 4/18/14 | Not in Plan, Data shared though | Wiki |
| | | 113 | NCSU (Harms) - EKG Analysis | Yes | N/A | Not in Plan | N/A |
| | | 113 | National Marine Mammal Foundation (Smith) - Diagnostic Ultrasound | Yes | Bef. 4/18/14 | Not in Plan, Data shared though | Mailed Data |
| | | 113 | WHOI (Stegeman) - CYP Analysis | No | N/A | Not in Plan, Data will be shared though | Estimated Lab Results July 2014 |
| | | 113 | Hollings Marine Laboratory - Genomics Lab (Van Dolah) - Genomics (Microarray) | No | N/A | Not in Plan, Data will be shared though | Estimated Lab Results July 2014 |
| | | 113 | University of Georgia (Saliki) - Morbillivirus Serology | Yes | N/A | Not in Plan, Data will be shared though | Estimated Lab Results July 2014 |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 113 | Mystic Aquarium (Webb) - Brucella Serology | Yes | N/A | Not in Plan, Data will be shared though | Estimated Lab Results July 2014 |
| | | 113 | University of Miami (Cray) - Haptoglobin & Serum Amyloid Analysis | Yes | N/A | Not in Plan, Data will be shared though | Estimated Lab Results July 2014 |
| | | 113 | Hollings Marine Lab (John Ramsdell) - Biotoxins | Yes | N/A | Not in Plan, Data will be shared though | Estimated Lab Results mid-April 2014 |
| | | 113 | Viral Electron Microscopy (MN) | Yes | N/A | Not in Plan, Data will be shared though | Teri Rowles to provide PDFs April 2014 |
| | | 113 | University of Illinois (Colegrove) - Buffycoat PCR | Yes | Bef. 4/18/14 | Not in Plan, Data will be shared though | Wiki |
| | | 113 | National Wildlife Health Center, Wisconsin (Ip) - Avian Flu Parasitology | No | N/A | Not in Plan, Samples not yet sent for analysis | |
| | Assessing Potential Sublethal and Chronic Health Impacts from the Mississippi Canyon 252 Oil Spill on Coastal and Estuarine Bottlenose Dolphins: Addendum -- 2013 Dolphin Health Assessment | 301 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | In Plan | File Collections |
| | | 301 | Audubon & CZS - ECG Analysis | Yes | Bef. 4/18/14 | In Plan | Field transfer |
| | | 301 | Chicago Zoological Society (Wells) - Satellite Tracking | Yes | Bef. 4/18/14 | In Plan | Sent to RP via Dropbox |
| | | 301 | Cornell (Talcott) - Hematology, Serum Chemistry, Fibrinogen, & Urinalysis | Yes | Bef. 4/18/14 | In Plan | Wiki |
| | | 301 | Cornell (Place) - Endocrinology | No | Bef. 5/27/14 | In Plan | Estimated Lab results by mid-April 2014 |
| | | 301 | Cornell (Franklin) - Blood Cultures | Yes | Bef. 4/18/14 | In Plan | Wiki |
| | | 301 | University of Connecticut (DeGuise) - Immune Function & Cytokine Analysis | Yes | Bef. 4/18/14 | Immunology in Plan, Cytokine not in plan but will be shared | Wiki |
| | | 301 | National Marine Mammal Foundation (Smith) - Diagnostic Ultrasound | Yes | Bef. 4/18/14 | In Plan | Mailed data |
| | | 301 | NOAA SWFSC (Keller) - Blubber Hormone | No | Bef. 8/15/14 | In Plan | Estimated Lab results July 2014 |
| | | 301 | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | No | Bef. 8/15/14 | In Plan | Estimated Lab results July 2014 |
| | | 301 | Comparison Animal Dental Services (Hermann) - Dental Exam | Yes | Bef. 4/18/14 | In Plan | Mailed data |
| | | 301 | Analytical Chemistry (POPs at NWFSC) | Yes | Bef. 5/27/14 | In Plan: Results are undergoing Data Validation | Analysis of Plasma samples on-going; Lab Results expected April 2014 |
| | | 301 | NOAA NOS/CCEHBR (McFee) - Tooth Aging | No | Bef. 5/27/14 | In Plan | Data in Review; Expected to be posted April 2014 |
| | | 301 | IsoForensics - Isotope Analysis | Yes | Bef. 4/18/14 | Not in Plan, Data shared though | Wiki |
| | | 301 | Hollings Marine Laboratory - Genomics Lab (Van Dolah) - Genomics (Microarray) | No | NA | Not in Plan, Data will be shared though | Estimated Lab results July 2014 |
| | | 301 | University of Illinois (Colegrove) - PCR & Histopathology | No | NA | Not in Plan, Data will be shared though | Estimated Lab results July 2014 |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 301 | University of Georgia (Saliki) - Morbillivirus Serology | No | NA | Not in Plan, Data will be shared though | Estimated Lab results March 2014 |
| | | 301 | Hollings Marine Lab (Wu) - Brucella PCR Analysis & Morbillivirus PCR | No | NA | Not in Plan, Data will be shared though | Estimated Lab results March 2014 |
| | | 301 | University of Illinois (Maddox) - Swab Cultures | No | NA | Not in Plan, Data will be shared though | Data in Review; Expected to be posted April 2014 |
| | | 301 | Hollings Marine Lab (John Ramsdell) - Biotoxins | No | NA | Not in Plan, Data will be shared though | Estimated Lab results June 2014 |
| | Proposed Data Collection Plan to Assess Injury to Louisiana and Mississippi Estuarine Dolphin Stocks & Addendum; Proposed Data Collection Plan to Assess Injury to Louisiana and Mississippi Estuarine Dolphin Stock & Second Addendum; Proposed Data Collection to Assess Injury to Estuarine Dolphin Stocks & Proposed Data Collection Plan to Assess Injury to Louisiana and Mississippi Estuarine Dolphin Stocks: Third Addendum; & Proposed Data Collection Plan to Assess Injury to Louisiana and Mississippi Estuarine Dolphin Stocks: Fourth Addendum -- Dolphin Photo-ID and Biopsy Plan | 78, 79, 111, 208, 365 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | In Plan | File Collections |
| | | 78, 79, 111, 208, 365 | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: Barataria Bay | Yes | Bef. 4/18/14 | In Plan | Processing/Analysis Collection |
| | | 78, 79, 111, 208, 365 | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: Mississippi Sound | Yes | Bef. 4/18/14 | In Plan | Mailed data |
| | | 78, 79, 111, 208, 365 | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: St. Joe Bay | Yes | Bef. 4/18/14 | In Plan | Mailed data |
| | | 78, 79, 111, 208, 365 | NOAA NWFSC (Ylitalo) - Blubber PAHs & POPs: Tier 1 | Yes | Bef. 4/18/14 | In Plan | Query Manager |
| | | 78, 79, 111, 208, 365 | NOAA NWFSC (Ylitalo) - Blubber PAHs & POPs: Tier 2 | No | Bef. 5/27/14 | In Plan | Expected Lab Results in May 2014 |
| | | 78, 79, 111, 208, 365 | NOAA SWFSC (Keller) - Blubber Hormone: Tier 1 | Yes | Bef. 4/18/14 | In Plan | Wiki |
| | | 78, 79, 111, 208, 365 | NOAA SWFSC (Keller) - Blubber Hormone: Tier 2 | No | Bef. 5/27/14 | In Plan | Expected Lab Results end of May 2014 |
| | | 78, 79, 111, 208, 365 | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | In Plan | Wiki |
| | | 78, 79, 111, 208, 365 | IsoForensics - Isotope Analysis | Yes | Bef. 4/18/14 | Not in Plan, Data shared though | Wiki |
| | | 78, 79, 111, 208, 365 | WHOI (Stegeman) - CYP Analysis | No | N/A | Not in Plan, Data will be shared though | Estimated Lab results July 2014 |
| | | 78, 79, 111, 208, 365 | Hollings Marine Laboratory - Genomics Lab (Van Dolah) - Genomics | No | N/A | Not in Plan, Data will be shared though | Estimated Lab results July 2014 |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Satellite Tracking of Sperm Whales in the Gulf of Mexico in 2011, a Follow-up to the Deepwater Horizon Oil Spill -- Sperm Whale Tracking [see also analysis addendum plan 282 below] | 181 | Field Data (daily reports, instruments, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 181 | Oregon State University Marine Mammal Institute (Mate) - Telemetry | Yes | Bef. 4/18/14 | BP contracted directly with OSU and NOAA cosigned the contract. BP gets data from these PIs Bef. NOAA gets the data, according to the TWG | |
| | | 181 | Oregon State University Marine Mammal Institute (Mate) - Tracking Report | Yes | Bef. 4/18/14 | | Wiki |
| | Unscheduled HARP Recovery February Mission Plan: February 14, 2011; Dry Tortugas MARU and HARP Recovery February Mission Plan: February 24, 2011; MARU & HARPS Recovery February 20 – March 9 Mission Plan: February 10, 2012; Northern Gulf of Mexico HARP Servicing Cruise September and December 2011 Mission Plan; MC252 Deepwater Horizon Oil Spill Northern Gulf of Mexico MARU Recovery Mission Plan April 2011; & MC252 Deepwater Horizon Oil Spill Northern Gulf of Mexico MARU Recovery Mission Plan November 2011 -- HARP & MARU Recovery [through 2012] | 180, 183, 211, 265, 276, 300 | Scripps (John Hildebrand) - Acoustics (hard drive) | Yes | NA | BP contracted directly with Hildebrand and Clark and NOAA cosigned the contract. BP gets data from these PIs Bef. NOAA gets the data, according to the TWG | BP gets these data Bef. NOAA |
| | | 180, 183, 211, 265, 276, 300 | Scripps (John Hildebrand) - Draft reports | Yes | Bef. 4/18/14 | Draft reports include HARP study report, Bryde's whale density report, and Bryde's whale calls report | Draft report emailed by Scripps on 5/6/12; draft report on Bryde's whale density emailed on 6/22/12; draft report on Bryde's whale calls emailed on 8/2/12 |
| | | 180, 183, 211, 265, 276, 300 | Scripps (John Hildebrand) - Final Draft Report | Yes | NA | | BP gets these data Bef. NOAA |
| | | 180, 183, 211, 265, 276, 300 | Scripps (John Hildebrand) - Final Report | No | NA | | BP gets these data Bef. NOAA |
| | | 180, 183, 211, 265, 276, 300 | Cornell (Chris Clark) - Acoustics Data | Yes | NA | | BP gets these data Bef. NOAA |
| | | 180, 183, 211, 265, 276, 300 | Cornell (Chris Clark) - Draft Reports | Yes | Bef. 4/18/14 | Data through November 2011 | BP gets these data Bef. NOAA |
| | | 180, 183, 211, 265, 276, 300 | Cornell (Chris Clark) - Draft Final Report | Yes | NA | | BP gets these data Bef. NOAA |
| | | 180, 183, 211, 265, 276, 300 | Cornell (Chris Clark) - Final Report | No | NA | | BP gets these data Bef. NOAA; Final report expected end of May 2014 |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | No Workplan; Studies include NRDA Non-cooperative Dolphin Stranding; MammalTurtle-Preassessment-StrandDolp--2010/2011; MammalTurtle-Stranded Dolphin--2012; MammalTurtle-Opportunistic Dolphin Samples 2011 -- No Formal Workplan/Stranding Data | NA | Level A Data | Yes | Bef. 4/18/14 | Data Sharing Agreement 2014 | Processing/Analysis Collection |
| | | NA | Level A Validation tracking spreadsheets | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | Photographs | Yes | Bef. 5/27/14 | Photos through Dec. 2013 to be provided | Will be provided May 2014 per agreement |
| | | NA | Radiography images (Sophie Dennison) | Yes | Bef. 5/27/14 | Copies of all radiographs received through Dec. 2013 | Will be provided May 2014 per agreement |
| | | NA | Analytical Chemistry (NWFSC and Alpha PAHs of Tissues/Swabs) | Yes | Bef. 4/18/14 | Data out of labs in DV or awaiting entry into QM | Query Manager |
| | | NA | Analytical Chemistry Reports (USCG swab results) | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | Gross Necropsy Reports (from network) | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | | Wiki |
| | | NA | WHOI (Stegeman) - CYP Analysis | No | Bef. 8/15/14 | | Estimated Lab results July 2014 |
| | | NA | University of Illinois (Colegrove) - PCR & Histopathology | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | IsoForensics - Isotope Analysis | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | Cornell - CBC/Clinical Chemistry of Blood Samples | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | University of Georgia (Athens Diagnostic Lab) - Virology/Moribillivirus PCR, sequencing, and serology reports | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | University of Illinois (Colegrove) - Brucella PCR Analysis & Morbillivirus PCR | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | Mystic Aquarium (Webb) - Brucella Serology | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | National Veterinary Services Laboratories (NVSL) - Brucella culture | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | Micrim Labs Inc. - Microbiology | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | University of Miami - MRSA test results | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | Hollings Marine Lab (John Ramsdell) - Biotoxins | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | D.Houser - Hearing test results of rehab animal | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | NOAA NOS/CCEHBR (McFee) - Tooth Aging | Yes | Bef. 4/18/14 | | Processing/Analysis Collection |
| | | NA | Stranding Data (non-NRDA) | Yes | NA | Data used for Background: samples not collected during NRDA (e.g., from strandings not in the Gulf) | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Genetic Analysis of Stock Structure, Species Identification and Sex Determination for Marine Mammal Biopsies and Strandings -- Genetic Analysis for MM Biopsies and Strandings | 131 | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | In Plan | Wiki |
| | Addendum to Satellite Tracking of Sperm Whales in the Gulf of Mexico in 2011, a Follow-up to the Deepwater Horizon Oil Spill: Analysis Plan for Years 2010 /2011 -- Sperm Whale Tracking Addendum - Analysis Plan [see also collection plan 181 above] | 282 | Oregon State University Marine Mammal Institute (Mate) - Telemetry | No | Bef. 8/15/14 | BP contracted directly with OSU and NOAA cosigned the contract. BP gets data from these PIs Bef. NOAA gets the data, according to the TWG. Whereabouts of 2010 telemetry data being investigated. 2011 telemetry, as shown above, complete and in GISFDR. | |
| | | 282 | Oregon State University Marine Mammal Institute (Mate) - Final Report for 2010-2011 Tracking | Yes | Bef. 4/18/14 | | Wiki |
| | | 282 | NIST Hollings Marine Lab | NA | NA | 2010 samples; archive | |
| | | 282 | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | 2010 samples | Wiki |
| | | 282 | Oregon State University Marine Mammal Institute (Mate) - Tissue samples | No | Bef. 8/15/14 | 2010 & 2011 samples only (28). We asked BP to investigate whether they have the data on 3/28/14 | Lab analysis complete (15), Archived (12) |
| | Post-Release Monitoring/Tracking of Injured, Stranded, or Entrapped and Released Cetaceans in the Oil Spill Impact Area | 80 | Post Release Monitoring/Tracking of Cetaceans | N/A | N/A | Plan was not able to be executed | |
| | No Addendum Workplan in place for evaluation of 2012 & 2013 data (samples and telemetry) -- Sperm Whale Tracking 2012 | NA | Oregon State University Marine Mammal Institute (Mate) - 2012-2013 Tracking | No | Aft 8/15/14 | PI awaiting decision on how to proceed | |
| | | NA | NIST Hollings Marine Lab | NA | NA | 2012 samples (4); archive | |
| | | NA | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | No | Aft 8/15/14 | 2012 samples (4); analysis pending | Analysis pending |
| Turtle | Assessment Plan for Juvenile Sea Turtles in Sargassum Communities Potentially Exposed to MC 252 Discharge & 2011 Addendum to the Assessment Plan for Juvenile Sea Turtles in Sargassum Communities Potentially Exposed to MC 252 Discharge -- Sargassum Workplan | 84, 217 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 84, 217 | Analytical Chemistry (Alpha - PAHs for Tissues & Net samples) | Yes | Bef. 4/18/14 | Through DV, awaiting entry into QM | Query Manager |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Assessment Plan for Sargassum Communities and Associated Fauna in the Northern Gulf of Mexico; Assessment Plan for Sargassum Communities and Associated Fauna in the Northern Gulf of Mexico: Addendum for Field work to support Sargassum mapping; & Second Addendum to Assessment Plan for Sargassum Communities and Associated Fauna in the Northern Gulf of Mexico: Sargassum Sample Processing Plan for Remotely Operated Underwater Vehicle (ROV) Data, Bongo Net Samples and Neuston Net Samples -- Sargassum Fish and Invertebrate Assessment Plan | 151, 263, 274 | Field Data (datasheets, instruments, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 151, 263, 274 | Cruise Report (Dauphin Island Sea Lab ROV Quarterly Reports) | Yes | Bef. 4/18/14 | | Wiki |
| | | 151, 263, 274 | Analytical Chemistry (Alpha) | Yes | Bef. 4/18/14 | | Query Manager |
| | | 151, 263, 274 | Ichthyoplankton/invertebrates sorting and identification - (U of Southern Miss GCR - Frank Hernandez) | No | Bef. 5/27/14 | Sargassum Sample processing from Bongo Neuston | Quarterly process reports posted to Fish TWG Wiki; Expected completion May 2014 |
| | | 151, 263, 274 | CDOM absorption (U of South FL Marine Sci Opt Oceanography - Hu) | NA | NA | Analysis On HOLD | |
| | | 151, 263, 274 | Chlorophyll, particulate absorption (U of South FL Marine Sci Opt Oceanography - Hu) | NA | NA | Analysis On HOLD | |
| | | 151, 263, 274 | Chlorophyll, weight (U of South FL Marine Sci Opt Oceanography - Hu) | NA | NA | Analysis On HOLD | |
| | Preassessment Plan to Determine Potential Exposure and Injuries of Sea Turtles West of the Mississippi Delta Utilizing Entanglement Netting Surveys & Addendum to Plan to Determine Potential Exposure and Injuries of Sea Turtles West of the Mississippi Delta Utilizing Entanglement Netting Surveys -- Sea Turtle Entanglement Netting | 74, 212 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 74, 212 | Telemetry (Satellite Tracking) | Yes | Bef. 4/18/14 | | Publicly Available |
| | | 74, 212 | Analytical Chemistry (Alpha PAH analysis of Oil) | Yes | Bef. 4/18/14 | Lab completed analysis, awaiting entry into QM | Query Manager |
| | Nearshore Cetacean & Sea Turtle Prey Item Sampling Plan & Nearshore Cetacean & Sea Turtle Prey Item Sampling Plan: Addendum to Update Target Species List -- Nearshore Prey Item Plan | 191, 302 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 191, 302 | Analytical Chemistry (NWFSC - PAHs for Tissues) | Yes | Bef. 4/18/14 | | Query Manager |
| | | 191, 302 | Analytical Chemistry (CAS - PAHs & PCBs for Tissues) | No | Aft 8/15/14 | Awaiting update to AQAP for PCBs to begin analysis | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Mississippi Canyon 252 Pre Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles -- Loggerhead Sea Turtle Nesting Plan 2010 | 72 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | Collection Plan Trustee & RP Sharing while DOI Lead for Sample Analysis | File Collections |
| | | 72 | Telemetry (Satellite Tracking) | Yes | Bef. 4/18/14 | | Publicly Available |
| | Mississippi Canyon 252 Pre Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles & Addendum to the Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles and Loggerhead Sea Turtle Nests -- Loggerhead Sea Turtle Nesting Plan 2011 | 72, 130 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | Collection Plan Trustee & RP Sharing while DOI Lead for Sample Analysis | File Collections |
| | | 72, 130 | Telemetry (Satellite Tracking) | Yes | Bef. 4/18/14 | | Publicly Available |
| | Mississippi Canyon 252 Pre Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles & Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles and Loggerhead Sea Turtle Nests – 2012 Field Season | 72, 319 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | Collection Plan Trustee & RP Sharing while DOI Lead for Sample Analysis | File Collections |
| | | 72, 319 | Telemetry (Satellite Tracking) | Yes | Bef. 4/18/14 | | |
| | Mississippi Canyon 252 Incident Pre Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles -- Kemp's Ridley Sea Turtle Nesting Plan | 73 | Field Data (datasheets) | Yes | Bef. 4/18/14 | Original Plan Trustee & RP Sharing while DOI Lead for 3 Addenda to the Kemp's Ridley Plan | File Collections |
| | | 73 | Telemetry (Satellite Tracking) | Yes | Bef. 4/18/14 | | Publicly Available |
| | Sargassum Injury Assessment Plan: Sargassum mapping using remote sensing -- Sargassum Mapping | 281 | Sargassum Mapping Using Remote Sensing | No | Aft 8/15/14 | Call planned with BP in April 2014 | |
| | Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Turtles and their Nests - 2013 Field Season | 353 | Loggerhead Sea Turtle Nesting Plan 2013 [DOI LEAD] | NA | NA | DOI Lead | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Addendum to Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles and their Nests; Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles and Their Nests - 2012 Field Season; & Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles and Their Nests - 2013 Field Season | 174, 325, 350 | Kemp's Ridley Sea Turtle Nesting Plan Addenda [DOI LEAD] | NA | NA | DOI Lead for 3 Addenda to the Kemp's Ridley Plan | |
| | Analytical Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley and Loggerhead Sea Turtles and Their Nests: Sample Analysis Plan for Years 2010/2011 | 221 | Loggerhead and Kemp's Ridley Sample Analysis Plan for 2010/2011 [DOI LEAD] | NA | NA | DOI Lead | |
| | Post-release monitoring/tracking of turtles injured, stranded, or entrapped in the oil spill impact area | 229 | Post-release monitoring/tracking of turtles injured, stranded, or entrapped in the oil spill impact area | N/A | N/A | Draft plan - not implemented | |
| | Nearshore MMST Prey Item Collection (LDWF 2010-2011) | N/A | Analytical Chemistry (CAS - PAHs for Tissues) | Yes | Bef. 4/18/14 | Data for samples LDWF chose to analyze were shared | |
| | Post-Mortem Sea Turtle Tissue Analysis [2010 - 2011] | N/A | Analytical Chemistry (NWFSC DOSS & PAH analysis of Bile, Liver, Enteric Contents, etc.) | No | NA | Lab completed analysis, all data in DV or awaiting entry into QM | |
| | | N/A | Individual Necropsy Records (Stacy Lab - Stacy) | No | NA | | |
| | | N/A | Necropsy Summary Report (summary report for DOJ) (Stacy Lab - Stacy) | Yes | NA | Report in Trustee only Wiki site | Wiki |
| | MammalTurtle-Opportunistic MS Turtle Swabbing-2011 | N/A | Analytical Chemistry | NA | NA | 12 Samples at Alpha - Not analyzed | |
| | Sea Turtle Stranding and Salvage Network 2010 | N/A | Necropsy Report (Stacy Lab Stacy) | No | NA | Report in Trustee only Wiki site | |
| | | N/A | Necropsy Summary Report (summary report for DOJ) (Stacy Lab Stacy) | No | NA | | |
| | | N/A | Analytical Chemistry | No | NA | Only 2 samples submitted for chemistry; labs have completed analysis and data are awaiting entry into QM | |
| Oyster | Mississippi Canyon 252 Spill Oyster Sampling Plan Phase I – High Priority Sites | 58, 59, 179 | Analytical Chemistry (CAS, Alpha) | Yes | Bef. 4/18/14 | CAS, Alpha | |
| | | 58, 59, 179 | Enumeration and Biomass (Quadrat Abundance) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 58, 59, 179 | Gonadal Index, disease (UNO) | Yes | Bef. 4/18/14 | U of New Orleans | Wiki |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 58, 59, 179 | Larval Manual Counts (FL State FWRI Molluscan Lab) | Yes | Bef. 4/18/14 | FL State FWRI Molluscan Lab | Wiki |
| | | 58, 59, 179 | Larvae QPCR (FL State FWRI Molluscan Lab) | Yes | Bef. 4/18/14 | FL State FWRI Molluscan Lab | Wiki |
| | | 58, 59, 179 | Settlement Plate Abundance (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab? | Wiki |
| | Mississippi Canyon 252 Spill Oyster Sampling Plan Phase I – High Priority Sites Amendment 2 | 58, 59, 179 | Side Scan Sonar Mapping Data | Yes | Bef. 4/18/14 | Oyster Sampling Plan Phase I Amendment 2 only collected mapping data | |
| | | 58, 59, 179 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Mississippi Canyon 252 Spill Oyster Sampling Transition Plan Summary --Oyster Transition Plan (2010 phase) | 132 | Analytical Chemistry (CAS, Alpha) | Yes | Bef. 4/18/14 | CAS, Alpha | |
| | | 132 | Enumeration and Biomass (Quadrat Abundance) | Yes | Bef. 4/18/14 | U of New Orleans | Wiki |
| | | 132 | Larval Manual Counts (FL State FWRI Molluscan Lab) | Yes | Bef. 4/18/14 | FL State FWRI Molluscan Lab | Wiki |
| | | 132 | Larvae QPCR (FL State FWRI Molluscan Lab) | Yes | Bef. 4/18/14 | FL State FWRI Molluscan Lab | Wiki |
| | | 132 | Gonadal Index, disease (UNO) | Yes | Bef. 4/18/14 | U of New Orleans | Wiki |
| | | 132 | Settlement Plate Abundance (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 132 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Mississippi Canyon 252 Spill Oyster Sampling Transition Plan Summary Amendment 1; Amendment 2: Sediment Sample Analysis -- Oyster Transition Plan (2011 phase) | 193, 306 | Analytical Chemistry (CAS, Alpha) | Yes | Bef. 4/18/14 | Continuation of 2010 plan. CAS, Alpha | |
| | | 193, 306 | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | data combined with 2010 Transition Plan | Wiki |
| | | 193, 306 | Gonadal Index, disease (UNO) | Yes | Bef. 4/18/14 | U of New Orleans | Wiki |
| | | 193, 306 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Mississippi Canyon 252 Spill Spring 2011 Oyster Recruitment Sampling Plan and Amendments 1 and 2 | 210, 258, 272 | Analytical Chemistry (CAS, Alpha) | Yes | Bef. 4/18/14 | CAS, Alpha | |
| | | 210, 258, 272 | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 210, 258, 272 | Gonadal Index, disease (UNO) | Yes | Bef. 4/18/14 | U of New Orleans | Wiki |
| | | 210, 258, 272 | Biofouling assessment (DISL) | Yes | N/A | Trustee Only Deliverable per Henry Roman (TWG Lead); Dauphin Island Sea Lab | Wiki |
| | | 210, 258, 272 | Settlement Plate Abundance (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 210, 258, 272 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Oyster Sampling Plan 2011 Oyster Quadrat and Sediment Sampling - Chemistry Analysis | 245, 347 | Analytical Chemistry (Alpha, CAS) | Yes | Bef. 4/18/14 | CAS, Alpha | |
| | | 245, 347 | Biofouling assessment (DISL) | Yes | N/A | Trustee Only Deliverable per Henry Roman (TWG Lead); Dauphin Island Sea Lab | Wiki |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 245, 347 | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 245, 347 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | 2012 Oyster Recruitment Monitoring Plan | 334 | Settlement Plate Abundance (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 334 | Gonadal Index, disease (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 334 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Mississippi Canyon 252 Spill Oyster Sampling Plan 2012 Intertidal Oyster Quadrat Sampling | 298 | Analytical Chemistry (Alpha) | Yes | Bef. 4/18/14 | Alpha Analytical Lab | |
| | | 298 | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 298 | Shell Height (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 298 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | 2012 Oyster Quadrat Abundance Monitoring | 333 | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | Mississippi Canyon 252 Spill 2013 Nearshore Oyster Sampling Plan | 345 | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 345 | Shell Height (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 345 | Condition Index (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 345 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | 2013 Oyster Recruitment Monitoring Plan | 348 | Settlement Plate Abundance (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 348 | Gonadal Index (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 348 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Mississippi Canyon 252 Spill Oyster Monitoring 2013 Oyster Quadrat Abundance Monitoring Plan -- Oyster--Quadrat Abundance Monitoring Plan--2013 | 335 | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 335 | Shell Height (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 335 | Condition Index (DISL) | Yes | Bef. 4/18/14 | Dauphin Island Sea Lab | Wiki |
| | | 335 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | No Formal Workplan/TBD -- Mussel Watch Preassessment MAY 2010 | N/A | Histology (Rutgers) | Yes | Bef. 4/18/14 | Rutgers Haskin Shellfish Research Lab | Wiki |
| | | N/A | Analytical Chemistry (TDI B&B Lab) | Yes | Bef. 4/18/14 | TDI B&B Lab | |
| | | N/A | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | No Formal Workplan/TBD-- Mussel Watch 2 Preassessment NOV 2010 | N/A | Histology (Rutgers) | Yes | Bef. 4/18/14 | Rutgers Haskin Shellfish Research Lab | Wiki |
| | | N/A | Analytical Chemistry (TDI B&B Lab) | Yes | Bef. 4/18/14 | TDI B&B Lab | |
| | | N/A | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | No Formal Workplan/TBD (Baseline Commercial Oyster Beds) | N/A | Analytical Chemistry (TDI) | Yes | Bef. 4/18/14 | TDI (water only) | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | N/A | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Mississippi Canyon 252 Spill 2013 Oyster Resource Mapping Plan -- Oyster Resource Mapping Plan 2013-14 | 362 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 362 | Spatial Mapping | No | Bef. 8/15/14 | Data uploaded to NOAANRDA.org as collected, RP has access to raw files | |
| Nearshore | Work Plan for Sediment and Water Collection and Analyses for Baseline NRDA Purposes in Louisiana -- Nearshore Sediment and Water Baseline | 95 | Datasheets (observations | Yes | Bef. 4/18/14 | | File Collections |
| | | 95 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | Pre-Assessment Phase Water Sampling for NRDA Purposes in Louisiana & Addendum to the Pre-Assessment Phase Water Sampling Plan: Pre-Assessment Phase Sediment Sampling for NRDA Purposes in Louisiana -- Nearshore Sediment and Water Preassessment Sampling | 96, 97 | Datasheets (observations) | Yes | Bef. 4/18/14 | | File Collections |
| | | 96, 97 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| Shallow Water Coral | Shallow Coral Tier 1 Plan & Addendum to Shallow Coral Tier 1 Plan -- Tier 1 Work Plan | 62, 63 | Datasheets (Observations) | Yes | Bef. 4/18/14 | | File Collections |
| | | 62, 63 | Analytical Chemistry (SPMDs and Sediments) | Yes | Bef. 4/18/14 | Sediments and SPMDs from collections outside impact area (e.g., East of Franklin County Line) archived by mutual agreement of Trustees and RP | |
| Shoreline | Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico -- Coastal Wetland Vegetation Plan Fall 2010 | 94 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 94 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | | 94 | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | | Wiki |
| | Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico -- Coastal Wetland Vegetation Plan Spring 2011 | 94 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 94 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | | 94 | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | | Wiki |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | (1) Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico; (2) Addendum for the States of Mississippi and Alabama | 94, 189 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 94, 189 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | | 94, 189 | Analytical Chemistry | Yes | Bef. 5/27/14 | Alpha re-analyzed samples initially analyzed at ALS; Alpha data are being entered into QM as the preferred data set | |
| | | 94, 189 | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | | Wiki |
| | (1) Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico: Protocol for Fall 2012; (2) Addendum for the States of Mississippi and Alabama -- Coastal Wetland Vegetation Plan - Fall 2012 | 338, 189 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 338, 189 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | | 338, 189 | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | | Wiki |
| | (1) Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico: Protocol for Fall 2013; (2) Addendum for the States of Mississippi and Alabama; (3) Amendment #1 to the Addendum -- Coastal Wetland Vegetation Plan - Fall 2013 | 360, 367, 189 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 360, 367, 189 | Analytical Chemistry | Yes | Bef. 4/18/14 | Lab complete, in validation | Will be in QM Summer 2014 |
| | | 360, 367, 189 | Vegetation & Soil Core Analysis | No | Bef. 5/27/14 | In validation | Will be posted to wiki following validation |
| | Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico: Protocol for Sampling and Monitoring Marsh Response Cleanup Areas -- CWV-Marsh Response Cleanup Areas-February 2011 | 248 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 248 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | | 248 | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | | Wiki |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico: Protocol for Sampling and Monitoring Marsh Response Cleanup Areas -- CWV-Marsh Response Cleanup Areas-Spring 2011 | 248 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 248 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | | 248 | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | | Wiki |
| | Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico: Protocol for Sampling and Monitoring Marsh Response Cleanup Areas -- CWV-Marsh Response Cleanup Areas-Fall 2011 | 248 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 248 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | | 248 | Analytical Chemistry | Yes | Bef. 5/27/14 | Alpha re-analyzed samples initially analyzed at ALS; Alpha data are being entered into QM as the preferred data set | |
| | | 248 | Vegetation & Soil Core Analysis | Yes | Yes | | Wiki |
| | Shoreline/Vegetation Rapid Shoreline Oiling Survey NRDA Pre-Assessment Data Collection Plan | 87 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 87 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | Work Plan for MC252 Oil Impacts to Marsh Fiddler Crabs and Periwinkles along the Gulf of Mexico | 254 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico -- RTK Topographic Plans (2010-2011, 2013) | 299, 332 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Mississippi Canyon 252 Spill Light Detection and Ranging (LIDAR) Data Acquisition | 275 | LiDAR data | Yes | Bef. 4/18/14 | | Shipped hard drives from Todd Folse (10TB data) |
| | | 275 | LiDAR Processing Reports | Yes | Bef. 4/18/14 | | Shipped CDs from Todd Folse |
| | Shoreline/Vegetation NRDA Pre-assessment Data Collection Plan | 86 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | Baseline Sediment and Water Collection Analyses for NRDA Purposes in Florida Keys | 106 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 106 | Analytical Chemistry | Yes | Yes | | Query Manager |
| | Indian River Lagoon Water and Sediment Baseline Sampling Plan June 11, 2010 | 228 | Field Data (datasheets, photos, GPS, etc.) | Yes | N/A | | N/A |
| | | 228 | Analytical Chemistry | Yes | N/A | | Some data are publicly available |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Northeast Florida Water and Sediment NRDA Baseline Sampling Plan June 21, 2010 | 227 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 227 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | Southeast Florida Water and Sediment Baseline Sampling Plan | 103 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 103 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | Mississippi Canyon 252 Oil Spill Submerged Aquatic Vegetation Tier 1 Pre-Assessment Plan Pre-Impact Baseline Characterization | 105 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 105 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| | NRDA Pre-Impact Sampling Plan for West Coast of Florida: Hernando County through Collier County | 104 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | | File Collections |
| | | 104 | Analytical Chemistry | Yes | Bef. 4/18/14 | | Query Manager |
| Water Column | NRDA Plankton Processing Plan - Analysis of Zooplankton Samples (247); Addendum to Plankton Processing (295); Addendum to: NRDA Plankton Processing Plan - Analysis of Zooplankton Samples (309) -- Plankton Processing Plan 2011-12, plus Addenda | 247, 295, 309 | Zooplankton - Tier 1A | No | Bef. 5/27/14 | BP Consultants embedded into the program, e.g. Talat Farooqi | |
| | | 247, 295, 309 | Zooplankton -- Other Tiers | No | Aft 8/15/14 | Data will be released as cruises are completed; scanning rate varies between labs | |
| | | 247, 295, 309 | Ichthyoplankton - Tier 1A | Yes | Bef. 4/18/14 | . | https://files.noaanrda.org/twgfiles.nsf/processAnalysisEdit.xsp?databaseName=CN=NRDA1/O=NRDA!!ProcAnalysisFiles.nsf&documentId=2DA0FFC70C93C3E986257C130077316C&action=openDocument |
| | | 247, 295, 309 | Ichthyoplankton - Tier 1B | No | Bef. 5/27/14 | | |
| | | 247, 295, 309 | Ichthyoplankton - Tier 1 C/D/E | No | Bef. 5/27/14 | | |
| | | 247, 295, 309 | Ichthyoplankton - Tier 2,3,4 | No | Aft 8/15/14 | Data will be released as cruises are completed; processing rates vary between labs | |
| | | 247, 295, 309 | Decapods - Tier 1A | Yes | Bef. 4/18/14 | | https://files.noaanrda.org/twgfiles.nsf/processAnalysisEdit.xsp?databaseName=CN=NRDA1/O=NRDA!!ProcAnalysisFiles.nsf&documentId=2DA0FFC70C93C3E986257C130077316C&action=openDocument |
| | | 247, 295, 309 | Decapods - Tier 1B (BB6) | No | Bef. 5/27/14 | | |
| | | 247, 295, 309 | Decapods - Tier 1B (NS9) | No | Bef. 5/27/14 | | |
| | | 247, 295, 309 | Decapods - Tier 1 C/D/E | No | Bef. 5/27/14 | | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 247, 295, 309 | Decapods - Tier 2,3,4 | No | Aft 8/15/14 | | |
| | NRDA Offshore Fish and Nekton Sample Processing Plan (297); Small Pelagics Addendum to the NRDA Nekton Processing Plan - Analysis of Nekton Samples (322) -- Nekton Processing Plan 2012 | 297, 322 | Lab recounts of PC8 and PC9 cruises | Yes | Bef. 4/18/14 | | processing/analysis & file collections |
| | | 297, 322 | Spring 2011 MOC10 | Yes | Bef. 4/18/14 | | |
| | | 297, 322 | Pisces 10 | Yes | Bef. 5/27/14 | | |
| | | 297, 322 | McArthur II Epipelagic | Yes | Bef. 5/27/14 | | |
| | | 297, 322 | Summer 2011 MOC10 | No | Bef. 8/15/14 | | |
| | | 297, 322 | Pisces12 | No | Aft 8/15/14 | subject to uncertainties | |
| | | 297, 322 | Winter 2011 MOC10 | No | Aft 8/15/14 | subject to uncertainties | |
| | | 297, 322 | Pisces 8 and Pisces 9 | No | Aft 8/15/14 | subject to uncertainties | |
| | Image Data Processing Plan: Holocam, DAVPR, VPRII (279); Addendum to Image Data Processing Plan: Holocam, DAVPR, VPRII (354); Image Data Processing Plan: ISIIS (292); Image Data Processing Plan: SIPPER (293) -- Image Data Processing Plan | 279, 293, 354, 292 | Holocam Data set | Yes | Bef. 4/18/14 | | |
| | | 279, 293, 354, 292 | DAVPR (WS4) Dataset | Yes | Bef. 5/27/14 | | |
| | | 279, 293, 354, 292 | DAVPR (all other cruises) | No | Bef. 5/27/14 | | |
| | | 279, 293, 354, 292 | VPRII Dataset | No | Bef. 5/27/14 | | |
| | | 279, 293, 354, 292 | SIPPER | Yes | Bef. 4/18/14 | | |
| | | 279, 293, 354, 292 | Processed ISIIS | No | No | | |
| | NRDA Biological Acoustics Data Processing Plan (323) -- Acoustics Processing Plan | 323 | Acoustics Preliminary Assessment (presentation on how processing was done) | Yes | Bef. 5/27/14 | | |
| | | 323 | Organized Raw Acoustic Data-- Data to be processed includes Pisces 12, Meg Skansi, McArthur 7, Gordon Gunter SEAMAP | No | No | Deliveries to be discussed with BP after Preliminary Assessment | |
| | NRDA CTD Processing Plan (289); Addendum to: NRDA CTD Processing Plan - Processing of Towed CTD Data (312); Addendum #2 to: NRDA CTD Processing Plan - Density Check (329) -- 2010 Data | 289, 312, 329 | *Date Shared include-- 55 Cruises* | Yes | Bef. 4/18/14 | TWO PLANS, PRIMARY AND ADDENDUM, MULTIPLE LISTINGS IN LOSCO | processing/analysis & file collections |
| | | 289, 312, 329 | *Towed data not shared includes: 6 cruises -- (HD 1, 2, 5, Endeavor, Walton Smith 2 and Arctic)* | No | Bef. 5/27/14 | | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | NRDA CTD Processing Plan (289); Addendum to: NRDA CTD Processing Plan - Processing of Towed CTD Data (312); Addendum #2 to: NRDA CTD Processing Plan - Density Check (329) -- 2011 Data | 289, 312, 329 | *Data shared include: 4 cruises (Pisces 8,9,10,12)* | Yes | Bef. 4/18/14 | TWO PLANS, PRIMARY AND ADDENDUM, MULTIPLE LISTINGS IN LOSCO | processing/analysis & file collections |
| | | 289, 312, 329 | *Data not shared includes 25 cruises* | No | No | | |
| | Draft Workplan --LiDAR Processing Plan | DRAFT | Processed LiDAR | Yes | Bef. 4/18/14 | not a formal workplan; removed from WC data processing in google doc | |
| | Draft Workplan -- ADCP | 42, 185, 192, 264, 303, 304, 305 | ADCP ocean current measurement and maintenance plans (there was a mooring deployment; followed by series of maintenance cruises Sept 2010, Dec 2010, Feb 2011, June 2011 | No | Bef. 4/18/14 | We are confirming that CSA delivered all raw data to BP; NOAA has not received all data yet; requested | |
| | Water Column Injury Ephemeral Data Collections Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan- American Diver 1 and Ocean Veritas 9 (36); Amended Water Column Injury Ephemeral Data Collections Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan- American Diver 1 (37) -- American Diver 1 Plankton/Water Jul-Aug 2010 (has a separate amendment in LOSCO) | 36, 37 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 36, 37 | Raw Instrument files | Yes | Bef. 4/18/14 | Acoustics, Water Chemistry, CTD,Imaging, Particle Size | File Collections |
| | | 36, 37 | CTD and other deliverables under processing plans | N/A | N/A | | |
| | NRDA Winter 2011 Plankton Imaging Sampling Cruise Plan: Arctic (163) -- Arctic DAVPR Winter 2011 | 163 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 163 | Raw Instrument files | Yes | Bef. 4/18/14 | Acoustics, Imaging, CTD | File Collections |
| | | 163 | Raw field data (photos, DAVPR metadata) | Yes | Bef. 4/18/14 | | File Collections |
| | Water Column Injury Ephemeral Data Collections: Cruise 3 Surface Water Sampling Plan for Dispersant Treated Oil Deepwater Horizon Oil Spill (DWHOS) (34) -- Bunny Bordelon Plankton/Dispersant May/June 2010 | 34 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 34 | Raw instrument files (including CDOM fluorescence and FLOWCAM oil droplet size), station logs | Yes | Bef. 4/18/14 | | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | NRDA Spring 2011 Epipelagic Plankton Bongo/Neuston Sampling Cruise Plan (197); Addendum to:NRDA Spring 2011 Epipelagic Plankton Bongo/Neuston Sampling Cruise Plan (207) -- Bunny Bordelon Bongo/Neuston Spring 2011 | 197, 207 | Raw field data (daily reports, metadata) | Yes | Bef. 4/18/14 | | File Collections |
| | | 197, 207 | Raw instrument files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | NRDA Summer 2011 Epipelagic Plankton Bongo & Neuston Sampling Cruise Plan (223); Addendum to: NRDA Summer 2011 Epipelagic Plankton Bongo & Neuston Sampling Cruise Plan (259) | 223, 259 | **Bunny Bordelon Bongo/Neuston Summer 2011** | Completed: 2 of 2 | RP Waiting On: 0 of 2 | | |
| | | 223, 259 | Raw field data (daily reports, metadata) | Yes | Bef. 4/18/14 | | File Collections |
| | | 223, 259 | Raw instrument files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | Field Plan for Cooperative Research Cruise to Document Biotic Effects of the Deepwater Horizon Oil Spill (20) -- Cooperative Research Cruise | 20 | Raw instrument files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | N/A | Entrix Plankton Cruises (2) | N/A | N/A | BP-Led; Some raw data available on nn.org | |
| | Proposal for NRDA Data Collection for Deepwater Horizon Oil Spill NOAA Vessel Gordon Gunter (19) -- Gordon Gunter Water/Sipper May 2010 | 19 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 19 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, SIPPER | File Collections |
| | | 19 | Raw field data (Daily Logs, GPS data) | Yes | Bef. 4/18/14 | | File Collections |
| | | 19 | CTD and other deliverables under processing plans | N/A | N/A | | |
| | NRDA SEAMAP Plankton Sampling Plan and Fall 2010 Cruise Plan (22) -- Gordon Gunter SEAMAP | 22 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 22 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, MOCNESS 1m2 | File Collections |
| | | 22 | Raw field data (Daily Logs, GPS data) | Yes | Bef. 4/18/14 | | File Collections |
| | | 22 | CTD, plankton, and other deliverables under processing plans | N/A | N/A | | |
| | July-September 2011 HOS Sweetwater ROV Sediment and Bottom-Water Sampling Cruise Plan (234); Addendum to July-September 2011 HOS Sweetwater ROV Sediment and Bottom-Water Sampling Cruise Plan (262) -- Hos Sweetwater 4 + 6 (July-Sept 2011) | 234, 262 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 234, 262 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Imaging, Video | File Collections |
| | | 234, 262 | Raw field data (metadata) | Yes | Bef. 4/18/14 | | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Field Plan for Water-Column Profiling to Measure Dissolved-Phase Aromatic Hydrocarbons and Free Oil Droplets as a Function of Depth and Location Relative to the Subsurface Oil Release (30); Proposal to Extend NRDA Cruise "Field Plan for Water-Column Profiling to Measure Dissolved-Phase Aromatic Hydrocarbons and Free Oil Droplets as a Function of Depth and Location Relative to the Subsurface Oil Release" (31) -- Jack Fitz 1 May 2010 | 30, 31 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 30, 31 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics, Video | File Collections |
| | | 30, 31 | Raw field data (log form, sample summary, timeline and sample log) | Yes | Bef. 4/18/14 | | File Collections |
| | | 30, 31 | CTD and other deliverables under processing plans | N/A | N/A | | |
| | .NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan Specialty Diver 1 - September 2010 SIPPER Cruise (26) -- Specialty Diver 1 SIPPER | 26 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 26 | Raw instrument files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | Water Column Injury Ephemeral Data Collections Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan- American Diver 2 (38) -- American Diver 2 Jul-Aug 2010 | 38 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 38 | Raw Instrument files | Yes | Bef. 4/18/14 | Acoustics, Water Chemistry, CTD | File Collections |
| | | 38 | CTD and other deliverables under processing plans | N/A | N/A | | |
| | NRDA UV Radiation Sampling Plan: October 2010 Cruise Plan (135) -- 25 ft Parker UV | 135 | Analytical Chemistry | Yes | Yes | | |
| | | 135 | Raw Instrument files | Yes | Yes | CTD, Light Measurements | File Collections |
| | Water Column Injury Ephemeral Data Collections: Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan – Hos Davis 1 (39) -- Hos Davis 1 (Aug 2010) | 39 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 39 | Status Reports | Yes | Bef. 4/18/14 | | File Collections |
| | | 39 | Raw instrument files | Yes | Bef. 4/18/14 | Acoustics, CTD, Particle Size, Video | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Water Column Injury Ephemeral Data Collections: Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan – Hos Davis 2 (40) -- Hos Davis 2 Water/DAVPR (Aug 25-Sept 2010) | 40 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 40 | Raw instrument files | Yes | Bef. 4/18/14 | Acoustics, CTD, Particle Size, Video | File Collections |
| | | 40 | Raw field data (daily updates, photos) | Yes | Bef. 4/18/14 | | File Collections |
| | Water Column Injury Ephemeral Data Collections: Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan – Hos Davis 3 (41); Water Column Injury Ephemeral Data Collections: Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan – Hos Davis 3 Addendum (109) -- Hos Davis 3 September 2010 | 41, 109 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 41, 109 | Raw instrument files | Yes | Bef. 4/18/14 | Acoustics, CTD, Particle Size | File Collections |
| | | 41, 109 | Raw field data (daily updates, photos) | Yes | Bef. 4/18/14 | | File Collections |
| | March-April 2011 HOS Sweetwater ROV Sediment and Bottom-Water Sampling Cruise Plan (184) -- HOS Sweetwater 2 March-April 2011 | 184 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 184 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Imaging, Video | File Collections |
| | | 184 | Raw field data (metadata) | Yes | Bef. 4/18/14 | | File Collections |
| | Water Column Injury Ephemeral Data Collections: Cruise 2: Surface Water Sampling Plan Deepwater Horizon Oil Spill (DWHOS) (32); Amended Water Column Injury Ephemeral Data Collections: Cruise 2: Surface Water Sampling Plan Deepwater Horizon Oil Spill (DWHOS) (33) -- Jack Fitz 2 May 2010 + amendment? | 32, 33 | Analytical Chemistry | Yes | Bef. 4/18/14 | Shows as two plans in LOSCO | |
| | | 32, 33 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics, Video | File Collections |
| | | 32, 33 | Raw field data (log form, daily summary reports, entrix site coordinates) | Yes | Bef. 4/18/14 | | File Collections |
| | | 32, 33 | CTD and other deliverables under processing plans | N/A | N/A | | |
| | Water Column Injury Ephemeral Data Collections: NRDA Cruise 4-Jack Fitz 3 Water Sampling Plan Deepwater Horizon Oil Spill (DWHOS) (35) -- Jack Fitz 3 June 2010 | 35 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 35 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics, Particle Size, Light Measurements | File Collections |
| | | 35 | Raw field data (log form, daily summary reports, entrix site coordinates) | Yes | Bef. 4/18/14 | | File Collections |
| | | 35 | CTD and other deliverables under processing plans | N/A | N/A | | |
| | NRDA July 2011 McArthur II Epipelagic Plankton Bongo & Neuston Sampling Cruise Plan (233) -- McArthur II Bongo/Neuston July 2011 | 233 | Raw instrument files | Yes | Bef. 4/18/14 | Acoustics, CTD, Ship Data | File Collections |
| | | 233 | Raw field data (photos, metadata, tracklines) | Yes | Bef. 4/18/14 | | File Collections |
| | | 233 | CTD and other deliverables under processing plans | N/A | N/A | | |
| | NRDA Summer 2011 Plankton Imaging Sampling Cruise Plan -- McArthur II ISIIS Summer 2011 | 218 | Raw instrument files | Yes | Bef. 4/18/14 | Acoustics, CTD, Ship Data, Imaging | File Collections |
| | | 218 | Raw field data (photos, metadata, tracklines) | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Late-Summer 2011 McArthur II Small Pelagics Sampling Plan --McArthur II Small Pelagic Fishes Sep-Oct 2011 | 244 | Raw instrument files | Yes | Bef. 4/18/14 | Acoustics, CTD, Ship Data, Imaging, LiDAR | File Collections |
| | | 244 | Raw field data (photos, metadata, tracklines) | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA 10-meter MOCNESS Spring 2011 Plankton Sampling Cruise Plan (194); Addendum: NRDA 10-meter MOCNESS Spring 2011 Plankton Sampling Cruise Plan (246) -- Meg Skansi MOC10 Spring 2011 | 194, 246 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics | File Collections |
| | | 194, 246 | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA 10-meter MOCNESS Summer 2011 Plankton Sampling Cruise Plan: Meg Skansi (222) -- Meg Skansi MOC10 Summer 2011 | 222 | Raw instrument files | Yes | Yes | CTD, Acoustics | File Collections |
| | | 222 | Raw field data (photos, metadata, cruise daily reports) | Yes | Yes | | File Collections |
| | NRDA 10-meter MOCNESS Winter 2011 Plankton Sampling Cruise Plan: Meg Skansi (166) -- Meg Skansi MOC10 Winter 2011 | 166 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics | File Collections |
| | | 166 | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | NRDA 1-meter MOCNESS Spring 2011 Plankton Sampling Cruise Plan (198); Addendum to: NRDA 1-meter MOCNESS Spring 2011 Plankton Sampling Cruise Plan (231) -Nick Skansi MOC1 Spring 2011 | 198, 231 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics | File Collections |
| | | 198, 231 | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA 1-meter MOCNESS Summer 2011 Plankton Sampling Cruise Plan: Nick Skansi (225) -- Nick Skansi MOC1 Summer 2011 | 225 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics | File Collections |
| | | 225 | Raw field data (photos, metadata, cruise reports) | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA 1-meter MOCNESS Winter 2011 Plankton Sampling Cruise Plan: Nick Skansi (162) -- Nick Skansi MOC1 Winter 2011 | 162 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics | File Collections |
| | | 162 | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | | File Collections |
| | MC252 Deepwater Horizon Oil Spill Water Column Data Collection: NOAA/BP-ENTRIX NRDA Cooperative Deep Tow Cruise 1 "November" Hos Davis 4 Cruise Plan (140) - NRDA Cooperative Deep Tow Cruise December 2010 | 140 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 140 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics, Water Chemistry | File Collections |
| | | 140 | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | | File Collections |
| | MC252 Deepwater Horizon Oil Spill Water Column Data Collection: NOAA/BP-ENTRIX NRDA Cooperative Deep Tow Cruise 2 "December" Cruise Plan (150) -- NRDA Cooperative Deep Tow Cruise November 2010 | 150 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 150 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics, Water Chemistry | File Collections |
| | | 150 | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Spring 2011 Plankton Imaging Sampling Cruise Plan -- Oceanus VPRII Spring 2011 | 169, 195 | Raw instrument files | Yes | Bef. 4/18/14 | Acoustics,CTD | File Collections |
| | | 169, 195 | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plankton Sampling Plan & Winter 2011 Cruise Plan (165) -- Oregon II Bongo-Neuston Winter 2011 | 165 | Raw instrument files | Yes | Bef. 4/18/14 | Plankton/Nekton, CTD, Ship Data | File Collections |
| | | 165 | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Deepwater Horizon Oil Spill (DWHOS) NRDA Offshore Deep Meso- and Bathypelagic Fish Sampling Plan (145) -- Pisces 8 - Fish Trawl December 2010 | 145 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Ship Data, Plankton/Nekton, Navigation, Acoustics | File Collections |
| | | 145 | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | | File Collections |
| | | 145 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Offshore Deep Meso- and Bathypelagic Fish Sampling Plan, Spring 2011 (190); Addendum to: NRDA Offshore Deep Meso- and Bathypelagic Fish Sampling Plan, Spring 2011 (200) -- Pisces 9 - Fish Trawl Spring 2011 | 190, 200 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Ship Data, Plankton/Nekton, Navigation, Acoustics | File Collections |
| | | 190, 200 | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | | File Collections |
| | | 190, 200 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Offshore Deep Meso- and Bathypelagic Fish Sampling Plan Summer 2011 (226) -- Pisces 10, Legs 1 and 2 - Fish Trawl Summer 2011 | 226 | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | | File Collections |
| | | 226 | Raw Instrument Files | Yes | Bef. 4/18/14 | Acoustics, CTD, Ship Data, Plankton/Nekton, Navigation, Light Measurements | File Collections |
| | | 226 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Offshore Deep Meso- and Bathypelagic Fish Sampling Plan September 2011 (251) -- Pisces 12, Legs 1 & 2 - Fish Trawl September 2011 | 251 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Ship Data, Plankton/Nekton, Navigation, Acoustics | File Collections |
| | | 251 | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | | File Collections |
| | | 251 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan: Walton Smith 2 (24) -Walton Smith 2 DAVPR Fall 2010 | 24 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Imaging, Navigation | File Collections |
| | NRDA Spring 2011 Water Column Processes Cruise Plan: Walton Smith 4 (201) -- Walton Smith Ecosystem Processes Spring 2011 | 201 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 201 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Acoustics, Imaging, Water Chemistry | File Collections |
| | | 201 | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan: Walton Smith 1 (23) -- Walton Smith 1 Plankton September 2010 | 23 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 23 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Imaging, Navigation, Light Measurements | File Collections |
| | | 23 | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan: Walton Smith 3 (25) -- Walton Smith 3 Plankton Sep-Oct 2010 | 25 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 25 | Raw instrument files | Yes | Bef. 4/18/14 | CTD, Imaging, Navigation, Light Measurements | File Collections |
| | | 25 | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | | File Collections |
| | No Formal Workplan/Weatherbird II Cruise 1 | NA | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | No Formal Workplan/Delaware Cruise 02 | NA | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | No Formal Workplan/Endeavor Cruise 01 | NA | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 1 - May 8 - 11 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD, GPS | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 2 - May 15-17 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 3 - May 19-21 2010(NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD, Fluorometer | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) - brooks McCall Cruise 4 - May 23-25 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD, GIS, GPS | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 5 - May 30 - Jun 1 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD, GPS | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 6 - Jun 5-7 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD, GPS | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 7 - Jun 11-13 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD, GPS | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 8 - Jun 17-19 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD, GPS | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 9 - Jun 22-26 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD, GPS | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 11 - Jul 4-8 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD, GPS | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 12 - Jul 10-14 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Henry Bigelow 1 - Jul 28 - Aug 11 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Data Management Reports | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Henry Bigelow 2 Aug 12-23 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 1 May 26-30 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 4 Jun 13-17 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Metadata | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 5 Jun 19-23 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Metadata | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 6 Jun 25-29 2010(NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 7 Jun 29 - Jul 5 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 9 Jul 13-17 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 11 Jul 26-29 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Pisces 3 Aug 5-14 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Pisces 4 Aug 18 - Sep 2 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | 43 | Raw field data | Yes | Bef. 4/14/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/14/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Pisces 5 Sep 8-17 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Pisces 6 Sep 25 - Oct 4 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Seward Johnson 1 Jul 09 - Aug 7 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Thomas Jefferson 2 Jun 3-10 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Logbooks | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Thomas Jefferson 3 Jun 15 - Jul 2 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | No Formal Workplan/TBD | |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | CTD | File Collections |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | Cruise Reports, Logbooks Metadata, Photos | File Collections |
| | | 43 | CTD and other deliverables under processing plans | Yes | Bef. 4/18/14 | | File Collections |
| Toxicity | N/A | n/a | Toxicity Database | n/a | Bef. 8/15/14 | Yes, Verbal agreement to exhange databases with BP quarterly | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| Marine Mammal Sharing Agreement | Marine Mammal Data Subject to Marine Mammal Data Sharing Agreement (Information for marine mammals (including all species of dolphins and whales) collected or observed in the Gulf of Mexico from the Texas/Louisiana border through Franklin County, Florida beginning February 1, 2010 through present. | N/A | All validated Level A Data from Marine Mammal Stranding Reports (855) received by NOAA through December 31, 2013 | | Bef. 4/18/14 | | |
| | | N/A | Validation Tracking information for validated Level A Data from 855 Marine Mammal Stranding Reports | | Bef. 4/18/14 | | |
| | | N/A | All Level A data received but not validated by December 31, 2013 – data comes from approximately 176 Marine Mammal Stranding Reports | | Bef. 4/18/14 | | |
| | | N/A | All gross necropsy reports (453) and histopathology reports (148) received by NOAA through December 31, 2013 | | Bef. 4/18/14 | | |
| | | N/A | All laboratory results relating to marine mammals received by NOAA through December 31, 2013. | | Bef. 4/18/14 | | |
| | | N/A | All photographs and film radiographs relating to marine mammals received by NOAA through December 31, 2013 | | Bef. 5/27/14 | | |
| | | N/A | All Level A data from validated Level A reports completed during period 1/1/14 – 3/31/14 and associated validation tracking information | | Bef. 8/15/14 | | |
| | | N/A | All Level A data from Level A reports received but not validated during period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | | |
| | | N/A | All gross necropsy reports and histopathology reports relating to stranded marine mammals received by NOAA during period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | | |
| | | N/A | All laboratory results relating to stranded marine mammals received by NOAA during period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | | |
| | | N/A | All photographs and radiographs relating to stranded marine mammals received by NOAA during period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | | |

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| Turtle Data Sharing | Proposed Sea Turtle Data Sharing Agreement -- If finalized by early May (Information about sea turtles collected or observed in the Gulf of Mexico from Texas through Cape Sable, Florida since April 20, 2010) | | All medical records received by NOAA for the 404 sea turtles taken to rehabilitation facilities for treatment as part of the response to the Deepwater Horizon Oil Spill, including all clinical medical documentation of evaluation, care, treatment and release at the facilities and the results of all clinical hematology, chemistry and other diagnostic or treatment procedures | | Bef. 5/27/14 | | |
| | | | All medical records created by a NOAA rehabilitation facility or received from a non-NOAA rehabilitation facility through December 31, 2013, relating to the rehabilitation or treatment of stranded sea turtles received since the response to the Deepwater Horizon Oil Spill ended, including, but not limited to, all clinical medical documentation of evaluation, care, treatment and release at the facilities and the results of all clinical hematology, chemistry and other diagnostic or treatment procedures | | Bef. 5/27/14 | | |
| | | | All pathology consultation reports (approximately 1,787 reports) completed or received by NOAA as of December 31, 2013 for stranded sea turtles and associated medical records including gross necropsy reports and histopathology reports received through December 31, 2013 and all additional postmortem examinations (such as gross necropsy reports) received or completed by NOAA as of December 2013 | | Bef. 5/27/14 | | |
| | | | All laboratory results received by NOAA through December 31, 2013 relating to sea turtles | | Bef. 5/27/14 | | |
| | | | A portion of the photographs received by NOAA through December 31, 2014 (the remainder of the photographs to be provided to BP by July 15, 2014) | | Bef. 5/27/14 | | |
| | | | A portion of the approximately 8,110 Sea Turtle Stranding and Salvage Network Stranding Reports received by NOAA through December 31, 2013 for stranded sea turtles. The remainder of the reports to be provided to BP on a rolling basis by July15, 2014 | | Bef. 5/27/14 | | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | | | Any photographs received by NOAA through December 31, 2013 that were not provided to BP by 5/27 | | Bef. 8/15/14 | | |
| | | | Any medical records received from non-NOAA rehabilitation facilities by NOAA through December 31, 2013 that were not provided to BP by 5/27 | | Bef. 8/15/14 | | |
| | | | Any pathology consultation reports received from non-NOAA facilities and additional post mortem examinations received through December 31, 2013 that were not provided to BP by 5/27 | | Bef. 8/15/14 | | |
| | | | Any laboratory results received by NOAA through December 31, 2013 that were not provided to BP by 5/27 | | Bef. 8/15/14 | | |
| | | | Any Sea Turtle Stranding and Salvage Network Stranding Reports received by NOAA through December 31, 2013 for stranded sea turtles that were not provided to BP by 5/27 | | Bef. 8/15/14 | | |
| | | | All medical records created by a NOAA rehabilitation facility or received from a non- NOAA rehabilitation facility concerning treatment of stranded sea turtles during period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | | |
| | | | Pathology consultation reports completed or received by NOAA for stranded sea turtles during the period 1/1/14 – 3/31/14, associated medical records and all additional post mortem examinations received or completed during the same period | | Bef. 8/15/14 | | |
| | | | Laboratory results for stranded sea turtles received by NOAA during the period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | | |
| | | | Photographs and radiographs received by NOAA during the period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | | |
| **FROM DOI** | | | | | | | |
| Bird | Summary Evaluation of Data of Carcasses Collected During Wildlife Operations End of Season Nesting Colony Searches in 2010 | N/A | N/A | No | Bef. 4/18/14 | | |
| | Estimating Mortality of Birds Using Beached Bird Surveys in the Gulf of Mexico Near the Mississippi Canyon 252 Oil Spill (Bird Study # 1A) | 1A | N/A | Yes | Bef. 4/18/14 | | |
| | Detection Probability (Searcher Efficiency) (Bird Study #1B) | 1B | N/A | Yes | Bef. 4/18/14 | | |
| | Beach Carcass Persistence Study (Bird Study # 1C) | 1C | N/A | Yes | Bef. 4/18/14 | | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Using Radio Telemetry to Determine the Fates of Bird Carcasses Drifting in the Northern Gulf of Mexico (Bird Study #1D) | 1D | N/A | Yes | Bef. 4/18/14 | | |
| | Aerial Surveys and Photographic Census for Birds in the Vicinity of the Deepwater Horizon MC 252 Oil Spill (Bird Study #2) - 2010/2011 | 2 | N/A | Yes | Bef. 4/18/14 | | |
| | Assessment Plan for Bird Colony Aerial Photography - 2011 (Bird Study #2) | 2 | N/A | Yes | Bef. 4/18/14 | | |
| | Assessment Plan for Bird Colony Aerial Photography - 2012 (Bird Study #2) | 2 | N/A | Yes | Bef. 4/18/14 | | |
| | Analysis of Colony Photographic Census Data collected under the Preassessment Plan for Bird Colony Aerial Photography - Comparison of 2010, 2011, 2012 Data | 2 | N/A | Yes | Bef. 4/18/14 | | |
| | Addendum: Assessment Plan for Bird Colony Aerial photography and Analysis of Colony Photographic Census Data - 2013 | 3 | N/A | Yes | Bef. 4/18/14 | | |
| | Estimating Secretive Marsh Bird Mortality Deepwater Horizon (MSC 252) Oil Spill (Bird Study #3) - BRI | 3 | N/A | Yes | Bef. 4/18/14 | | |
| | Modification #1: Marsh Bird Helicopter Survey Methodology | 3 | N/A | Yes | Bef. 4/18/14 | | |
| | Estimating Oiling and Mortality of Breeding Colonial Waterbirds from the Deepwater Horizon (MC 252) Oil Spill (Bird Study #4) and Amendments 1 and 2 | 4 | N/A | Yes | Bef. 4/18/14 | | |
| | Estimating Shorebird Oiling Mortality Deepwater Horizon (Mississippi Canyon 252) Oil Spill, with Supplement and Amendment | 5 | N/A | Yes | Bef. 4/18/14 | | |
| | Estimating Oiling Rates Among Pelagic Birds Using Ship Based Surveys in the Vicinity of the Deepwater Horizon (MSC 252) Oil Spill (Bird Study #6) | 6 | N/A | No | Bef. 4/18/14 | | |
| | Determining Injury to the Piping Plover (Charadrius melodus) from the Deepwater Horizon (MC252) Oil Spill (Bird Study #7) and Addendum | 7 | N/A | No | Bef. 4/18/14 | | |
| | Assessment Plan to Analyze Beach-Nesting Shorebird Data collected under the Work Plan for Deepwater Horizon (MC252) Gulf Coast Breeding, Beach-Nesting Bird Population Surveys (BS#8) - 2010 Breeding Shorebird Data | 8 | N/A | No | Bef. 4/18/14 | | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Assessment Plan to Analyze Beach-Nesting Shorebird Data collected under the Work Plan for Deepwater Horizon (MC252) Gulf Coast Breeding, Beach-Nesting Bird Population Surveys (BS#8) - 2011 Breeding Shorebird Data | 8 | N/A | No | Bef. 4/18/14 | | |
| | Preassessment of Injury to Ospreys from the Deepwater Horizon (MC252) Oil Spill (Bird Study #9) | 9 | N/A | Yes | Bef. 4/18/14 | | |
| | Preassessment of Injury to Bald Eagles from the Deepwater Horizon (MC 252) Oil Spill (Bird Study #9 Part 2) | 9.2 | N/A | No | Bef. 4/18/14 | | |
| | Addendum to Deepwater Horizon (MC 252) Osprey Rapid Assessment: Proposed Osprey Fledgling Rates - Gulf Islands National Seashore (Bird Study #9 Part 3) | 9.3 | N/A | Yes | Bef. 4/18/14 | | |
| | Estimating Wintering Waterfowl Oiling and Mortality (Bird Study #10) | 10 | N/A | No | Bef. 4/18/14 | | |
| | Assessing Potential MC252 Impacts on Fresh and Brackish Water Submerged Aquatic Vegetation Communities (Bird Study #10B) | 10B | N/A | Yes | Bef. 4/18/14 | | |
| | Estimating Carcass Detection in Priority Waterfowl Habitats Impacted by the DWH (MC 252) Oil Spill: Time Critical NRDA Feasibility Study (Bird Study #11) | 11 | N/A | No | Bef. 4/18/14 | | |
| | Determining Oiling Rates and Mortality of Wintering Open-Water Waterbirds from the Deepwater Horizon (MC 252) Oil Spill (Bird Study #12) | 12 | N/A | No | Bef. 4/18/14 | | |
| | Determining Physiological Injury to Oiled Birds from the Deepwater Horizon (MC 252) Oil Spill (BS #13) and Addendum | 13 | N/A | No | Bef. 4/18/14 | | |
| | Assessing Bird Mortality using Data from Response Operations and Boat-based NRDA Surveys in the Northern Gulf of Mexico (BS #19) Objective 1 - Response and Wildlife Ops Evaluation | 19 | N/A | No | Bef. 4/18/14 | | |
| | Assessing Bird Mortality using Data from Response Operations and Boat-based NRDA Surveys in the Northern Gulf of Mexico (BS #19) Objective 2 - Searcher Efficiency and Carcass Persistence | 19 | N/A | No | Bef. 4/18/14 | | |
| | Laboratory Avian Toxicology Studies to Determine the Effects of the DWH/MC 252 Oil Spill on Bird Viability (Bird Study #20) | 20 | N/A | No | Aft 8/15/14 | | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | UV Scoping Study | N/A | N/A | No | Bef 5/27/2014 | | |
| Mammal | Assessment Plan to Determine Potential Injuries to Beach Mice due to Habitat Impacts from Response Activities Associated with the Deepwater Horizon Oil Spill Events | 15 | N/A | No | Bef. 4/18/14 | | |
| | Manatee Movements in the Northern Gulf of Mexico and the Potential for Exposure to the Deepwater Horizon Oil Spill | N/A | N/A | No | Bef. 4/18/14 | | |
| Aerial Imagery | Assessment Plan Concerning Aerial Imagery in the Northern Gulf of Mexico | N/A | N/A | Yes | Bef. 8/15/14 | | |
| | Assessment of Coastal Marshes and Shoreline Impacted by the Deepwater Horizon Oil Spill Using Aviris Hyperspectral Remote Sensing Data | N/A | N/A | No | Bef. 8/15/14 | | |
| | Assessment Plan: Estimating offshore surface oil volumes of select portions of the Deepwater Horizon Oil Spill Using AVIRIS Imaging Spectorscopy Data | N/A | N/A | No | Aft 8/15/14 | | |
| Submerged Aquatic Vegetation | Deepwater Horizon/Mississippi Canyon 252 Oil Spill Sampling and Analysis Plan for Jean Lafitte National Historic Park and Preserve Submerged Aquatic Vegetation Natural Resource Damage Assessment - Fall 2010 Surveys | N/A | N/A | Awaiting BP | Bef. 4/18/14 | | |
| | Deepwater Horizon/Mississippi Canyon 252 Oil Spill Sampling and Analysis Plan for Jean Lafitte National Historic Park and Preserve Submerged Aquatic Vegetation Natural Resource Damage Assessment - Spring and Fall 2011 Surveys | N/A | N/A | Awaiting BP | Bef. 4/18/14 | | |
| | Deepwater Horizon/Mississippi Canyon 252 Oil Spill Sampling and Analysis Plan for Jean Lafitte National Historic Park and Preserve Submerged Aquatic Vegetation Natural Resource Damage Assessment - Spring and Fall 2012 Surveys | N/A | N/A | Awaiting BP | Bef. 5/27/14 | | |
| | Deepwater Horizon/Mississippi Canyon 252 Oil Spill Plan for Assessing Recovery of Submerged Aquatic Vegetation Propeller Scars at Gulf Islands National Seashore | N/A | N/A | Yes | Bef. 4/18/14 | | |
| | Addendum: 2013 Plan for Assessing Recovery of Submerged Aquatic Vegetation Propeller Scars at Gulf Islands National Seashore | N/A | N/A | Yes | Bef. 4/18/14 | | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Assessing Submerged Oil Mats by Remote Sensing Survey and Diver Characterization at Gulf Islands National Seashore | N/A | N/A | Yes | Aft 8/15/14 | | |
| Sturgeon | Mississippi Canyon 252 Pre-Assessment Plan for the Collection of Data to Determine Potential Exposure and Injuries of Threatened Gulf Sturgeon | 16 | N/A | Yes | Bef. 4/18/14 | | |
| | Mississippi Canyon 252 Year 2 Assessment Plan for the Collection of Data to Determine Potential Exposure and Injuries of Threatened Gulf Sturgeon 2011-2012 | 16 | N/A | No | Bef. 4/18/14 | | |
| | Laboratory Studies for Mississippi Canyon 252: Phase II Plan for Determining Potential Exposure and Injuries of Threatened Gulf Sturgeon | N/A | N/A | No | Bef. 8/15/14 | | |
| Turtle | Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles | 17 | N/A | Underway | Bef. 5/27/14 | | |
| | Addendum to Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles and Their Nests | 17 | N/A | Underway | Bef. 5/27/14 | | |
| | Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles and Their Nests - 2013 Field Work Plan | 17 | N/A | No | Bef. 5/27/14 | | |
| | Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles | 17 | N/A | Underway | Bef. 5/27/14 | | |
| | Addendum to Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles and Loggerhead Sea Turtle Nests | 17 | N/A | Underway | Bef. 5/27/14 | | |
| | Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles and Loggerhead Sea Turtle Nests - 2012 Field Season | 17 | N/A | Underway | Bef. 5/27/14 | | |
| | Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles and Their Nests - 2013 Field Season | 17 | N/A | No | Bef. 5/27/14 | | |

MDL 2179:  US Responses to Defendants' Penalty Phase Discovery Requests, Exhibit 1 (Data List)
April 25, 2014

| Workgroup or Agreement | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Notes: | Delivery Comments |
|---|---|---|---|---|---|---|---|
| | Analytical Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley and Loggerhead Sea Turtles and their Nests: Sample Analysis Plan for Years 2010/2011 | 17 | N/A | Underway | Bef. 8/15/14 | | |
| | Analytical Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley and Loggerhead Sea Turtles and their Nests: 2012 Sample Analysis Plan | 17 | N/A | Underway | Bef. 8/15/14 | | |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| EPA017 | 36347 | 36379 |
| EPA017 | 37058 | 37081 |
| EPA017 | 39250 | 39282 |
| EPA017 | 39286 | 39306 |
| HCG037 | 2438 | 2478 |
| HCG043 | 3020 | 3054 |
| HCG043 | 3055 | 3065 |
| HCG043 | 3736 | 3771 |
| HCG043 | 3821 | 3908 |
| HCG043 | 3915 | 3954 |
| HCG043 | 4378 | 4409 |
| HCG043 | 4410 | 4438 |
| HCG043 | 4439 | 4471 |
| HCG043 | 4472 | 4502 |
| HCG043 | 4503 | 4536 |
| HCG043 | 4537 | 4571 |
| HCG043 | 4572 | 4604 |
| HCG043 | 4605 | 4634 |
| HCG043 | 4713 | 4747 |
| HCG043 | 4748 | 4782 |
| HCG043 | 4783 | 4810 |
| HCG043 | 4811 | 4838 |
| HCG043 | 4839 | 4866 |
| HCG043 | 4867 | 4893 |
| HCG043 | 4903 | 4929 |
| HCG043 | 4939 | 4965 |
| HCG043 | 4966 | 4991 |
| HCG043 | 4992 | 5018 |
| HCG043 | 5019 | 5042 |
| HCG043 | 5053 | 5080 |
| HCG043 | 5081 | 5108 |
| HCG043 | 5109 | 5134 |
| HCG043 | 5135 | 5161 |
| HCG043 | 5172 | 5196 |
| HCG043 | 5205 | 5223 |
| HCG043 | 5224 | 5251 |
| HCG043 | 5252 | 5278 |
| HCG043 | 5279 | 5303 |
| HCG043 | 5304 | 5333 |
| HCG043 | 5334 | 5366 |
| HCG043 | 5480 | 5480 |
| HCG043 | 5481 | 5481 |
| HCG043 | 5482 | 5482 |
| HCG043 | 5483 | 5483 |
| HCG043 | 5484 | 5484 |
| HCG043 | 5485 | 5485 |
| HCG043 | 5486 | 5486 |
| HCG043 | 5487 | 5487 |
| HCG043 | 5488 | 5488 |
| HCG043 | 5489 | 5489 |
| HCG043 | 5490 | 5490 |
| HCG043 | 5491 | 5491 |
| HCG043 | 5492 | 5492 |
| HCG043 | 5493 | 5493 |
| HCG043 | 5494 | 5494 |
| HCG043 | 5495 | 5495 |
| HCG043 | 5496 | 5496 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery
Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 5497 | 5497 |
| HCG043 | 5498 | 5498 |
| HCG043 | 5499 | 5499 |
| HCG043 | 5500 | 5500 |
| HCG043 | 5501 | 5501 |
| HCG043 | 5502 | 5502 |
| HCG043 | 5503 | 5503 |
| HCG043 | 5504 | 5504 |
| HCG043 | 5505 | 5505 |
| HCG043 | 5506 | 5506 |
| HCG043 | 5507 | 5507 |
| HCG043 | 5508 | 5508 |
| HCG043 | 5509 | 5509 |
| HCG043 | 5510 | 5510 |
| HCG043 | 5511 | 5511 |
| HCG043 | 5512 | 5512 |
| HCG043 | 5513 | 5513 |
| HCG043 | 5514 | 5514 |
| HCG043 | 5515 | 5515 |
| HCG043 | 5516 | 5516 |
| HCG043 | 5517 | 5517 |
| HCG043 | 5518 | 5518 |
| HCG043 | 5519 | 5519 |
| HCG043 | 5520 | 5520 |
| HCG043 | 5521 | 5521 |
| HCG043 | 5522 | 5522 |
| HCG043 | 5523 | 5523 |
| HCG043 | 5524 | 5524 |
| HCG043 | 5525 | 5525 |
| HCG043 | 5526 | 5526 |
| HCG043 | 5527 | 5527 |
| HCG043 | 5528 | 5528 |
| HCG043 | 5529 | 5529 |
| HCG043 | 5530 | 5530 |
| HCG043 | 5531 | 5531 |
| HCG043 | 5532 | 5532 |
| HCG043 | 5533 | 5533 |
| HCG043 | 5534 | 5534 |
| HCG043 | 5535 | 5535 |
| HCG043 | 5536 | 5536 |
| HCG043 | 5537 | 5537 |
| HCG043 | 5538 | 5538 |
| HCG043 | 5539 | 5539 |
| HCG043 | 5540 | 5540 |
| HCG043 | 5541 | 5541 |
| HCG043 | 5542 | 5542 |
| HCG043 | 5543 | 5543 |
| HCG043 | 5544 | 5544 |
| HCG043 | 5545 | 5545 |
| HCG043 | 5546 | 5546 |
| HCG043 | 5547 | 5547 |
| HCG043 | 5548 | 5548 |
| HCG043 | 5549 | 5549 |
| HCG043 | 5550 | 5550 |
| HCG043 | 5551 | 5551 |
| HCG043 | 5552 | 5552 |
| HCG043 | 5553 | 5553 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 5554 | 5554 |
| HCG043 | 5555 | 5555 |
| HCG043 | 5556 | 5556 |
| HCG043 | 5557 | 5557 |
| HCG043 | 5558 | 5573 |
| HCG043 | 5574 | 5574 |
| HCG043 | 5575 | 5575 |
| HCG043 | 5576 | 5576 |
| HCG043 | 5577 | 5577 |
| HCG043 | 5578 | 5578 |
| HCG043 | 5579 | 5579 |
| HCG043 | 5580 | 5580 |
| HCG043 | 5581 | 5581 |
| HCG043 | 5582 | 5582 |
| HCG043 | 5583 | 5583 |
| HCG043 | 5584 | 5584 |
| HCG043 | 5585 | 5585 |
| HCG043 | 5586 | 5586 |
| HCG043 | 5587 | 5587 |
| HCG043 | 5588 | 5588 |
| HCG043 | 5589 | 5589 |
| HCG043 | 5590 | 5590 |
| HCG043 | 5591 | 5591 |
| HCG043 | 5592 | 5592 |
| HCG043 | 5593 | 5593 |
| HCG043 | 5594 | 5594 |
| HCG043 | 5595 | 5595 |
| HCG043 | 5596 | 5596 |
| HCG043 | 5597 | 5597 |
| HCG043 | 5598 | 5598 |
| HCG043 | 5599 | 5599 |
| HCG043 | 5600 | 5600 |
| HCG043 | 5601 | 5601 |
| HCG043 | 5602 | 5602 |
| HCG043 | 5603 | 5603 |
| HCG043 | 5604 | 5604 |
| HCG043 | 5605 | 5605 |
| HCG043 | 5606 | 5606 |
| HCG043 | 5607 | 5607 |
| HCG043 | 5608 | 5608 |
| HCG043 | 5609 | 5609 |
| HCG043 | 5610 | 5610 |
| HCG043 | 5611 | 5611 |
| HCG043 | 5612 | 5612 |
| HCG043 | 5613 | 5613 |
| HCG043 | 5614 | 5614 |
| HCG043 | 5615 | 5615 |
| HCG043 | 5616 | 5616 |
| HCG043 | 5617 | 5617 |
| HCG043 | 5618 | 5618 |
| HCG043 | 5619 | 5619 |
| HCG043 | 5620 | 5620 |
| HCG043 | 5621 | 5621 |
| HCG043 | 5622 | 5622 |
| HCG043 | 5623 | 5623 |
| HCG043 | 5624 | 5624 |
| HCG043 | 5625 | 5625 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 5626 | 5626 |
| HCG043 | 5627 | 5627 |
| HCG043 | 5628 | 5628 |
| HCG043 | 5629 | 5629 |
| HCG043 | 5630 | 5630 |
| HCG043 | 5631 | 5631 |
| HCG043 | 5632 | 5632 |
| HCG043 | 5633 | 5633 |
| HCG043 | 5634 | 5634 |
| HCG043 | 5635 | 5635 |
| HCG043 | 5636 | 5636 |
| HCG043 | 5637 | 5637 |
| HCG043 | 5638 | 5638 |
| HCG043 | 5639 | 5639 |
| HCG043 | 5640 | 5640 |
| HCG043 | 5641 | 5641 |
| HCG043 | 5642 | 5642 |
| HCG043 | 5643 | 5643 |
| HCG043 | 5644 | 5644 |
| HCG043 | 5645 | 5645 |
| HCG043 | 5646 | 5646 |
| HCG043 | 5647 | 5647 |
| HCG043 | 5648 | 5648 |
| HCG043 | 5649 | 5649 |
| HCG043 | 5650 | 5650 |
| HCG043 | 5651 | 5651 |
| HCG043 | 5652 | 5652 |
| HCG043 | 5653 | 5653 |
| HCG043 | 5654 | 5654 |
| HCG043 | 5655 | 5655 |
| HCG043 | 5656 | 5656 |
| HCG043 | 5657 | 5657 |
| HCG043 | 5658 | 5658 |
| HCG043 | 5659 | 5659 |
| HCG043 | 5660 | 5660 |
| HCG043 | 5661 | 5661 |
| HCG043 | 5662 | 5662 |
| HCG043 | 5663 | 5663 |
| HCG043 | 5664 | 5664 |
| HCG043 | 5665 | 5665 |
| HCG043 | 5666 | 5666 |
| HCG043 | 5667 | 5667 |
| HCG043 | 5668 | 5668 |
| HCG043 | 5669 | 5669 |
| HCG043 | 5670 | 5670 |
| HCG043 | 5671 | 5671 |
| HCG043 | 5672 | 5672 |
| HCG043 | 5673 | 5673 |
| HCG043 | 5674 | 5674 |
| HCG043 | 5675 | 5675 |
| HCG043 | 5676 | 5676 |
| HCG043 | 5677 | 5677 |
| HCG043 | 5678 | 5678 |
| HCG043 | 5679 | 5679 |
| HCG043 | 5680 | 5680 |
| HCG043 | 5681 | 5720 |
| HCG043 | 5721 | 5721 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 5723 | 5723 |
| HCG043 | 5724 | 5724 |
| HCG043 | 5725 | 5725 |
| HCG043 | 5726 | 5726 |
| HCG043 | 5727 | 5727 |
| HCG043 | 5728 | 5728 |
| HCG043 | 5729 | 5729 |
| HCG043 | 5730 | 5730 |
| HCG043 | 5731 | 5731 |
| HCG043 | 5732 | 5732 |
| HCG043 | 5733 | 5733 |
| HCG043 | 5734 | 5734 |
| HCG043 | 5735 | 5735 |
| HCG043 | 5736 | 5736 |
| HCG043 | 5737 | 5737 |
| HCG043 | 5738 | 5738 |
| HCG043 | 5739 | 5739 |
| HCG043 | 5741 | 5741 |
| HCG043 | 5742 | 5742 |
| HCG043 | 5743 | 5743 |
| HCG043 | 5745 | 5745 |
| HCG043 | 5746 | 5746 |
| HCG043 | 5747 | 5747 |
| HCG043 | 5748 | 5748 |
| HCG043 | 5749 | 5749 |
| HCG043 | 5750 | 5750 |
| HCG043 | 5751 | 5751 |
| HCG043 | 5752 | 5752 |
| HCG043 | 5753 | 5753 |
| HCG043 | 5754 | 5754 |
| HCG043 | 5755 | 5755 |
| HCG043 | 5756 | 5756 |
| HCG043 | 5757 | 5757 |
| HCG043 | 5758 | 5758 |
| HCG043 | 5759 | 5759 |
| HCG043 | 5760 | 5760 |
| HCG043 | 5761 | 5761 |
| HCG043 | 5762 | 5762 |
| HCG043 | 5763 | 5763 |
| HCG043 | 5764 | 5764 |
| HCG043 | 6876 | 6906 |
| HCG043 | 6907 | 6938 |
| HCG043 | 6939 | 6960 |
| HCG043 | 7235 | 7273 |
| HCG043 | 7274 | 7323 |
| HCG043 | 7324 | 7362 |
| HCG043 | 7363 | 7399 |
| HCG043 | 7400 | 7447 |
| HCG043 | 7448 | 7473 |
| HCG043 | 7474 | 7497 |
| HCG043 | 7498 | 7519 |
| HCG043 | 7520 | 7543 |
| HCG043 | 7544 | 7569 |
| HCG043 | 7570 | 7596 |
| HCG043 | 7597 | 7644 |
| HCG043 | 7645 | 7683 |
| HCG043 | 7684 | 7692 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery
Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 7808 | 7846 |
| HCG043 | 7847 | 7893 |
| HCG043 | 7894 | 7946 |
| HCG043 | 7947 | 7995 |
| HCG043 | 7996 | 8037 |
| HCG043 | 8038 | 8077 |
| HCG043 | 8078 | 8115 |
| HCG043 | 8116 | 8140 |
| HCG043 | 8141 | 8165 |
| HCG043 | 8166 | 8193 |
| HCG043 | 8194 | 8223 |
| HCG043 | 8224 | 8247 |
| HCG043 | 8248 | 8270 |
| HCG043 | 8271 | 8293 |
| HCG043 | 8294 | 8318 |
| HCG043 | 8319 | 8328 |
| HCG043 | 8329 | 8352 |
| HCG043 | 8457 | 8545 |
| HCG043 | 8546 | 8588 |
| HCG043 | 8589 | 8628 |
| HCG043 | 8637 | 8724 |
| HCG043 | 8898 | 8983 |
| HCG043 | 9192 | 9223 |
| HCG043 | 9224 | 9242 |
| HCG043 | 9243 | 9290 |
| HCG043 | 9291 | 9326 |
| HCG043 | 9327 | 9353 |
| HCG043 | 9403 | 9443 |
| HCG043 | 9444 | 9453 |
| HCG043 | 9454 | 9462 |
| HCG043 | 9463 | 9471 |
| HCG043 | 9472 | 9516 |
| HCG043 | 9517 | 9554 |
| HCG043 | 9612 | 9653 |
| HCG043 | 9672 | 9719 |
| HCG043 | 9720 | 9761 |
| HCG043 | 9762 | 9801 |
| HCG043 | 9812 | 9851 |
| HCG043 | 9870 | 9914 |
| HCG043 | 9915 | 9957 |
| HCG043 | 9958 | 10000 |
| HCG043 | 10001 | 10043 |
| HCG043 | 10134 | 10178 |
| HCG043 | 10179 | 10204 |
| HCG043 | 10205 | 10227 |
| HCG043 | 10228 | 10272 |
| HCG043 | 10273 | 10317 |
| HCG043 | 10318 | 10362 |
| HCG043 | 10453 | 10494 |
| HCG043 | 10505 | 10545 |
| HCG043 | 10556 | 10596 |
| HCG043 | 10607 | 10647 |
| HCG043 | 10708 | 10753 |
| HCG043 | 10754 | 10790 |
| HCG043 | 10811 | 10858 |
| HCG043 | 10969 | 11022 |
| HCG043 | 11023 | 11060 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery

Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 11085 | 11130 |
| HCG043 | 11143 | 11176 |
| HCG043 | 11201 | 11247 |
| HCG043 | 11259 | 11292 |
| HCG043 | 11315 | 11364 |
| HCG043 | 11452 | 11504 |
| HCG043 | 11514 | 11546 |
| HCG043 | 11565 | 11613 |
| HCG043 | 11614 | 11646 |
| HCG043 | 11674 | 11715 |
| HCG043 | 11734 | 11776 |
| HCG043 | 11787 | 11819 |
| HCG043 | 11840 | 11878 |
| HCG043 | 11909 | 11945 |
| HCG043 | 11956 | 11989 |
| HCG043 | 12010 | 12048 |
| HCG043 | 12059 | 12093 |
| HCG043 | 12114 | 12153 |
| HCG043 | 12166 | 12197 |
| HCG043 | 12218 | 12257 |
| HCG043 | 12270 | 12302 |
| HCG043 | 12325 | 12362 |
| HCG043 | 12409 | 12439 |
| HCG043 | 12449 | 12496 |
| HCG043 | 12505 | 12524 |
| HCG043 | 12545 | 12582 |
| HCG043 | 12583 | 12610 |
| HCG043 | 12611 | 12636 |
| HCG043 | 12653 | 12674 |
| HCG043 | 12683 | 12718 |
| HCG043 | 12727 | 12749 |
| HCG043 | 12802 | 12837 |
| HCG043 | 12865 | 12905 |
| HCG043 | 12957 | 12994 |
| HCG043 | 12995 | 13018 |
| HCG043 | 13046 | 13085 |
| HCG043 | 13123 | 13167 |
| HCG043 | 13186 | 13227 |
| HCG043 | 13259 | 13279 |
| HCG043 | 13280 | 13295 |
| HCG043 | 13296 | 13305 |
| HCG043 | 13306 | 13323 |
| HCG043 | 13324 | 13348 |
| HCG043 | 13349 | 13374 |
| HCG043 | 13375 | 13394 |
| HCG043 | 13395 | 13417 |
| HCG043 | 13418 | 13443 |
| HCG043 | 13444 | 13468 |
| HCG043 | 13469 | 13491 |
| HCG043 | 13492 | 13522 |
| HCG043 | 13523 | 13546 |
| HCG043 | 13547 | 13571 |
| HCG043 | 13572 | 13599 |
| HCG043 | 13600 | 13626 |
| HCG043 | 13627 | 13651 |
| HCG043 | 13652 | 13665 |
| HCG043 | 13666 | 13687 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 13688 | 13704 |
| HCG043 | 13705 | 13718 |
| HCG043 | 13719 | 13736 |
| HCG043 | 13737 | 13754 |
| HCG043 | 13755 | 13772 |
| HCG043 | 13773 | 13787 |
| HCG043 | 13788 | 13803 |
| HCG043 | 13804 | 13819 |
| HCG043 | 13820 | 13836 |
| HCG043 | 13837 | 13853 |
| HCG043 | 13854 | 13876 |
| HCG043 | 13877 | 13895 |
| HCG043 | 13896 | 13917 |
| HCG043 | 13918 | 13938 |
| HCG043 | 14332 | 14373 |
| HCG043 | 14374 | 14421 |
| HCG043 | 14422 | 14475 |
| HCG043 | 14476 | 14521 |
| HCG043 | 14522 | 14555 |
| HCG043 | 14556 | 14590 |
| HCG043 | 14591 | 14627 |
| HCG043 | 14628 | 14667 |
| HCG043 | 14668 | 14708 |
| HCG043 | 14709 | 14747 |
| HCG043 | 14748 | 14786 |
| HCG043 | 14787 | 14824 |
| HCG043 | 14825 | 14869 |
| HCG043 | 14870 | 14917 |
| HCG043 | 14918 | 14962 |
| HCG043 | 14963 | 15004 |
| HCG043 | 15005 | 15050 |
| HCG043 | 15051 | 15096 |
| HCG043 | 15097 | 15140 |
| HCG043 | 15141 | 15174 |
| HCG043 | 15175 | 15208 |
| HCG043 | 15209 | 15239 |
| HCG043 | 15240 | 15276 |
| HCG043 | 15277 | 15310 |
| HCG043 | 15311 | 15344 |
| HCG043 | 15345 | 15384 |
| HCG043 | 15385 | 15428 |
| HCG043 | 15429 | 15461 |
| HCG043 | 15462 | 15508 |
| HCG043 | 15509 | 15550 |
| HCG043 | 15551 | 15592 |
| HCG043 | 16514 | 16602 |
| HCG043 | 16776 | 16839 |
| HCG043 | 16840 | 16902 |
| HCG043 | 16903 | 16962 |
| HCG043 | 16963 | 17003 |
| HCG043 | 17121 | 17190 |
| HCG043 | 17191 | 17207 |
| HCG043 | 17208 | 17228 |
| HCG043 | 17229 | 17248 |
| HCG043 | 17249 | 17269 |
| HCG043 | 17270 | 17357 |
| HCG043 | 17358 | 17381 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 17382 | 17405 |
| HCG043 | 17406 | 17429 |
| HCG043 | 17430 | 17453 |
| HCG043 | 17454 | 17477 |
| HCG043 | 17478 | 17501 |
| HCG043 | 17502 | 17525 |
| HCG043 | 17526 | 17546 |
| HCG043 | 17547 | 17613 |
| HCG043 | 17614 | 17676 |
| HCG043 | 17677 | 17696 |
| HCG043 | 17697 | 17718 |
| HCG043 | 17719 | 17740 |
| HCG043 | 17741 | 17761 |
| HCG043 | 17762 | 17777 |
| HCG043 | 17778 | 17797 |
| HCG043 | 17798 | 17817 |
| HCG043 | 17818 | 17837 |
| HCG043 | 17838 | 17857 |
| HCG043 | 17858 | 17878 |
| HCG043 | 17879 | 17899 |
| HCG043 | 17900 | 17920 |
| HCG043 | 17921 | 17941 |
| HCG043 | 17942 | 17967 |
| HCG043 | 17968 | 17988 |
| HCG043 | 17989 | 18007 |
| HCG043 | 18008 | 18028 |
| HCG030 | 1781 | 1781 |
| HCG060 | 47 | 47 |
| HCG060 | 48 | 48 |
| HCG060 | 51 | 51 |
| HCG060 | 53 | 53 |
| HCG060 | 55 | 55 |
| HCG060 | 56 | 56 |
| HCG060 | 57 | 57 |
| HCG060 | 59 | 59 |
| HCG060 | 60 | 60 |
| HCG060 | 63 | 63 |
| HCG060 | 64 | 64 |
| HCG060 | 65 | 65 |
| HCG060 | 66 | 66 |
| HCG060 | 67 | 67 |
| HCG060 | 68 | 68 |
| HCG060 | 69 | 69 |
| HCG060 | 70 | 70 |
| HCG060 | 71 | 71 |
| HCG060 | 72 | 72 |
| HCG060 | 73 | 73 |
| HCG060 | 74 | 74 |
| HCG060 | 75 | 75 |
| HCG060 | 76 | 76 |
| HCG060 | 77 | 77 |
| HCG060 | 78 | 78 |
| HCG060 | 79 | 79 |
| HCG060 | 80 | 80 |
| HCG060 | 81 | 81 |
| HCG060 | 82 | 82 |
| HCG060 | 83 | 83 |

| Bates Prefix | First Page | Last Page |
| --- | --- | --- |
| HCG060 | 84 | 84 |
| HCG060 | 85 | 85 |
| HCG060 | 86 | 86 |
| HCG060 | 87 | 87 |
| HCG060 | 88 | 88 |
| HCG060 | 154 | 239 |
| HCG060 | 240 | 325 |
| HCG060 | 403 | 423 |
| SNL014 | 7054 | 7054 |
| SNL073 | 8627 | 8627 |
| SNL073 | 13391 | 13391 |
| SNL074 | 8627 | 8627 |
| SNL074 | 13391 | 13391 |
| SNL102 | 12490 | 12490 |
| HCG013 | 18346 | 18351 |
| HCG013 | 18352 | 18360 |
| HCG016 | 135 | 169 |
| HCG016 | 178 | 213 |
| HCG016 | 1156 | 1243 |
| HCG016 | 1244 | 1283 |
| HCG016 | 5582 | 5613 |
| HCG016 | 5614 | 5642 |
| HCG016 | 5643 | 5675 |
| HCG016 | 5676 | 5706 |
| HCG016 | 5707 | 5740 |
| HCG016 | 5741 | 5775 |
| HCG016 | 5776 | 5808 |
| HCG016 | 5809 | 5838 |
| HCG016 | 5917 | 5951 |
| HCG016 | 5952 | 5986 |
| HCG016 | 5987 | 6014 |
| HCG016 | 6015 | 6042 |
| HCG016 | 6043 | 6070 |
| HCG016 | 6071 | 6097 |
| HCG016 | 6107 | 6133 |
| HCG016 | 6143 | 6169 |
| HCG016 | 6170 | 6195 |
| HCG016 | 6196 | 6222 |
| HCG016 | 6223 | 6246 |
| HCG016 | 6257 | 6284 |
| HCG016 | 6285 | 6312 |
| HCG016 | 6313 | 6338 |
| HCG016 | 6339 | 6365 |
| HCG016 | 6376 | 6400 |
| HCG016 | 6409 | 6427 |
| HCG016 | 6428 | 6455 |
| HCG016 | 6456 | 6480 |
| HCG016 | 6481 | 6510 |
| HCG016 | 7519 | 7519 |
| HCG016 | 7520 | 7520 |
| HCG016 | 7521 | 7521 |
| HCG017 | 1694 | 1724 |
| HCG017 | 1725 | 1756 |
| HCG017 | 1757 | 1778 |
| HCG017 | 5560 | 5609 |
| HCG017 | 5610 | 5648 |
| HCG017 | 5649 | 5685 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG017 | 5686 | 5733 |
| HCG017 | 5734 | 5759 |
| HCG017 | 5760 | 5783 |
| HCG017 | 5784 | 5805 |
| HCG017 | 5806 | 5829 |
| HCG017 | 5830 | 5855 |
| HCG017 | 5856 | 5882 |
| HCG017 | 5883 | 5930 |
| HCG017 | 5931 | 5969 |
| HCG017 | 5970 | 6008 |
| HCG017 | 6067 | 6105 |
| HCG017 | 6106 | 6152 |
| HCG017 | 6153 | 6205 |
| HCG017 | 6206 | 6254 |
| HCG017 | 6255 | 6296 |
| HCG017 | 6297 | 6336 |
| HCG017 | 6337 | 6374 |
| HCG017 | 6375 | 6399 |
| HCG017 | 6400 | 6427 |
| HCG017 | 6428 | 6457 |
| HCG017 | 6458 | 6481 |
| HCG017 | 6482 | 6504 |
| HCG017 | 6505 | 6527 |
| HCG017 | 6528 | 6552 |
| HCG017 | 6607 | 6695 |
| HCG017 | 6696 | 6735 |
| HCG017 | 6806 | 6891 |
| HCG017 | 6985 | 7003 |
| HCG017 | 7004 | 7051 |
| HCG017 | 7052 | 7087 |
| HCG017 | 7088 | 7114 |
| HCG017 | 7186 | 7226 |
| HCG017 | 7236 | 7280 |
| HCG017 | 7281 | 7318 |
| HCG017 | 7347 | 7388 |
| HCG017 | 7398 | 7445 |
| HCG017 | 7446 | 7485 |
| HCG017 | 7495 | 7539 |
| HCG017 | 7540 | 7582 |
| HCG017 | 7613 | 7657 |
| HCG017 | 7658 | 7683 |
| HCG017 | 7684 | 7706 |
| HCG017 | 7707 | 7751 |
| HCG017 | 7782 | 7823 |
| HCG017 | 7824 | 7864 |
| HCG017 | 7895 | 7940 |
| HCG017 | 7941 | 7977 |
| HCG017 | 7988 | 8035 |
| HCG017 | 8086 | 8139 |
| HCG017 | 8140 | 8177 |
| HCG017 | 8190 | 8235 |
| HCG017 | 8236 | 8269 |
| HCG017 | 8282 | 8328 |
| HCG017 | 8329 | 8362 |
| HCG017 | 8374 | 8423 |
| HCG017 | 8463 | 8515 |
| HCG017 | 8516 | 8548 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG017 | 8558 | 8606 |
| HCG017 | 8607 | 8639 |
| HCG017 | 8649 | 8690 |
| HCG017 | 8709 | 8751 |
| HCG017 | 8752 | 8784 |
| HCG017 | 8795 | 8833 |
| HCG017 | 8854 | 8890 |
| HCG017 | 8891 | 8924 |
| HCG017 | 8935 | 8973 |
| HCG017 | 8974 | 9008 |
| HCG017 | 9019 | 9058 |
| HCG017 | 9059 | 9090 |
| HCG018 | 1 | 40 |
| HCG018 | 41 | 73 |
| HCG018 | 85 | 122 |
| HCG018 | 141 | 171 |
| HCG018 | 181 | 228 |
| HCG018 | 229 | 248 |
| HCG018 | 259 | 296 |
| HCG018 | 297 | 324 |
| HCG018 | 325 | 350 |
| HCG018 | 367 | 402 |
| HCG018 | 411 | 433 |
| HCG018 | 460 | 495 |
| HCG018 | 523 | 563 |
| HCG018 | 606 | 643 |
| HCG018 | 644 | 667 |
| HCG018 | 686 | 725 |
| HCG018 | 754 | 798 |
| HCG018 | 808 | 849 |
| HCG018 | 939 | 959 |
| HCG018 | 960 | 980 |
| HCG018 | 981 | 996 |
| HCG018 | 998 | 1007 |
| HCG018 | 1008 | 1017 |
| HCG018 | 1018 | 1035 |
| HCG018 | 1036 | 1053 |
| HCG018 | 1054 | 1078 |
| HCG018 | 1079 | 1104 |
| HCG018 | 1105 | 1130 |
| HCG018 | 1131 | 1150 |
| HCG018 | 1151 | 1170 |
| HCG018 | 1171 | 1190 |
| HCG018 | 1191 | 1213 |
| HCG018 | 1214 | 1239 |
| HCG018 | 1240 | 1264 |
| HCG018 | 1265 | 1287 |
| HCG018 | 1288 | 1318 |
| HCG018 | 1319 | 1342 |
| HCG018 | 1343 | 1367 |
| HCG018 | 1368 | 1395 |
| HCG018 | 1396 | 1422 |
| HCG018 | 1423 | 1447 |
| HCG018 | 1448 | 1461 |
| HCG018 | 1462 | 1483 |
| HCG018 | 1484 | 1505 |
| HCG018 | 1506 | 1522 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG018 | 1523 | 1539 |
| HCG018 | 1540 | 1553 |
| HCG018 | 1554 | 1567 |
| HCG018 | 1568 | 1585 |
| HCG018 | 1586 | 1603 |
| HCG018 | 1604 | 1619 |
| HCG018 | 1620 | 1635 |
| HCG018 | 1636 | 1652 |
| HCG018 | 1653 | 1669 |
| HCG018 | 1670 | 1692 |
| HCG018 | 1693 | 1711 |
| HCG018 | 1712 | 1733 |
| HCG018 | 1734 | 1754 |
| HCG018 | 1939 | 1986 |
| HCG018 | 1987 | 2040 |
| HCG018 | 2041 | 2086 |
| HCG018 | 2087 | 2120 |
| HCG018 | 2121 | 2155 |
| HCG018 | 2156 | 2192 |
| HCG018 | 2193 | 2232 |
| HCG018 | 2233 | 2273 |
| HCG018 | 2274 | 2312 |
| HCG018 | 2313 | 2350 |
| HCG018 | 2351 | 2395 |
| HCG018 | 2396 | 2443 |
| HCG018 | 2444 | 2488 |
| HCG018 | 2489 | 2530 |
| HCG018 | 2531 | 2576 |
| HCG018 | 2577 | 2622 |
| HCG018 | 2623 | 2666 |
| HCG018 | 2667 | 2700 |
| HCG018 | 2701 | 2734 |
| HCG018 | 2735 | 2765 |
| HCG018 | 2766 | 2802 |
| HCG018 | 2803 | 2836 |
| HCG018 | 2837 | 2870 |
| HCG018 | 2871 | 2910 |
| HCG018 | 2911 | 2943 |
| HCG018 | 2944 | 2990 |
| HCG018 | 2991 | 3032 |
| HCG018 | 3430 | 3518 |
| HCG018 | 3521 | 3584 |
| HCG018 | 3667 | 3752 |
| HCG018 | 3768 | 3784 |
| HCG018 | 3785 | 3805 |
| HCG018 | 3806 | 3825 |
| HCG018 | 3826 | 3846 |
| HCG018 | 3847 | 3923 |
| HCG018 | 3924 | 4011 |
| HCG018 | 4012 | 4035 |
| HCG018 | 4036 | 4059 |
| HCG018 | 4060 | 4083 |
| HCG018 | 4084 | 4104 |
| HCG018 | 4105 | 4171 |
| HCG018 | 4172 | 4191 |
| HCG018 | 4192 | 4213 |
| HCG018 | 4214 | 4234 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG018 | 4235 | 4250 |
| HCG018 | 4251 | 4270 |
| HCG018 | 4271 | 4290 |
| HCG018 | 4291 | 4311 |
| HCG018 | 4312 | 4332 |
| HCG018 | 4333 | 4358 |
| HCG018 | 4359 | 4377 |
| HCG018 | 4380 | 4400 |
| OSE116 | 1902 | 1902 |
| OSE116 | 1903 | 1903 |
| OSE116 | 2065 | 2065 |
| OSE116 | 2111 | 2111 |
| OSE116 | 2366 | 2366 |
| OSE116 | 2408 | 2408 |
| OSE116 | 2645 | 2645 |
| OSE116 | 2691 | 2691 |
| OSE116 | 2830 | 2830 |
| OSE116 | 2878 | 2878 |
| OSE116 | 2974 | 2974 |
| OSE116 | 3029 | 3029 |
| OSE116 | 3137 | 3137 |
| OSE116 | 3229 | 3229 |
| OSE116 | 3291 | 3291 |
| OSE116 | 3325 | 3325 |
| OSE116 | 3393 | 3393 |
| OSE116 | 3487 | 3487 |
| OSE116 | 3533 | 3533 |
| OSE116 | 3576 | 3576 |
| OSE116 | 3671 | 3671 |
| OSE116 | 3771 | 3771 |
| OSE116 | 3821 | 3821 |
| OSE116 | 3855 | 3855 |
| OSE116 | 3923 | 3923 |
| OSE116 | 4074 | 4074 |
| OSE116 | 4127 | 4127 |
| OSE116 | 4165 | 4165 |
| OSE116 | 4235 | 4235 |
| OSE116 | 4333 | 4333 |
| OSE116 | 4382 | 4382 |
| OSE116 | 4419 | 4419 |
| OSE116 | 4488 | 4488 |
| OSE116 | 4572 | 4572 |
| OSE116 | 4612 | 4612 |
| OSE116 | 4692 | 4692 |
| OSE116 | 4734 | 4734 |
| OSE116 | 4820 | 4820 |
| OSE116 | 4856 | 4856 |
| OSE116 | 4898 | 4898 |
| OSE116 | 4993 | 4993 |
| OSE116 | 5071 | 5071 |
| OSE116 | 5116 | 5116 |
| OSE116 | 5143 | 5143 |
| OSE116 | 5221 | 5221 |
| OSE116 | 5295 | 5295 |
| OSE116 | 5331 | 5331 |
| OSE116 | 5375 | 5375 |
| OSE116 | 5463 | 5463 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE116 | 5541 | 5541 |
| OSE137 | 1193 | 1193 |
| OSE137 | 1194 | 1194 |
| OSE137 | 1356 | 1356 |
| OSE137 | 1402 | 1402 |
| OSE137 | 1657 | 1657 |
| OSE137 | 1699 | 1699 |
| OSE137 | 1936 | 1936 |
| OSE137 | 1982 | 1982 |
| OSE137 | 2121 | 2121 |
| OSE137 | 2169 | 2169 |
| OSE137 | 2265 | 2265 |
| OSE137 | 2320 | 2320 |
| OSE137 | 2428 | 2428 |
| OSE137 | 2520 | 2520 |
| OSE137 | 2582 | 2582 |
| OSE137 | 2616 | 2616 |
| OSE137 | 2684 | 2684 |
| OSE137 | 2778 | 2778 |
| OSE137 | 2824 | 2824 |
| OSE137 | 2867 | 2867 |
| OSE137 | 2962 | 2962 |
| OSE137 | 3062 | 3062 |
| OSE137 | 3112 | 3112 |
| OSE137 | 3146 | 3146 |
| OSE137 | 3214 | 3214 |
| OSE137 | 3365 | 3365 |
| OSE137 | 3418 | 3418 |
| OSE137 | 3456 | 3456 |
| OSE137 | 3526 | 3526 |
| OSE137 | 3624 | 3624 |
| OSE137 | 3673 | 3673 |
| OSE137 | 3710 | 3710 |
| OSE137 | 3779 | 3779 |
| OSE137 | 3863 | 3863 |
| OSE137 | 3903 | 3903 |
| OSE137 | 3944 | 3944 |
| OSE137 | 4025 | 4025 |
| OSE137 | 4111 | 4111 |
| OSE137 | 4147 | 4147 |
| OSE137 | 4189 | 4189 |
| OSE137 | 4284 | 4284 |
| OSE137 | 4362 | 4362 |
| OSE137 | 4407 | 4407 |
| OSE137 | 4434 | 4434 |
| OSE137 | 4512 | 4512 |
| OSE137 | 4586 | 4586 |
| OSE137 | 4622 | 4622 |
| OSE137 | 4666 | 4666 |
| OSE137 | 4754 | 4754 |
| OSE137 | 4832 | 4832 |
| OSE137 | 4871 | 4871 |
| OSE137 | 4905 | 4905 |
| OSE137 | 4973 | 4973 |
| OSE137 | 5053 | 5053 |
| OSE137 | 5095 | 5095 |
| OSE137 | 5129 | 5129 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE137 | 5197 | 5197 |
| OSE138 | 5 | 5 |
| OSE138 | 44 | 44 |
| OSE138 | 75 | 75 |
| OSE138 | 137 | 137 |
| OSE138 | 213 | 213 |
| OSE138 | 250 | 250 |
| OSE138 | 276 | 276 |
| OSE138 | 352 | 352 |
| OSE138 | 390 | 390 |
| OSE138 | 464 | 464 |
| OSE138 | 498 | 498 |
| OSE138 | 574 | 574 |
| OSE138 | 608 | 608 |
| OSE138 | 752 | 752 |
| OSE248 | 1893 | 1893 |
| OSE248 | 1894 | 1894 |
| OSE248 | 2056 | 2056 |
| OSE248 | 2102 | 2102 |
| OSE248 | 2357 | 2357 |
| OSE248 | 2636 | 2636 |
| OSE248 | 2682 | 2682 |
| OSE248 | 2821 | 2821 |
| OSE248 | 2869 | 2869 |
| OSE248 | 2965 | 2965 |
| OSE248 | 3020 | 3020 |
| OSE248 | 3128 | 3128 |
| OSE248 | 3220 | 3220 |
| OSE248 | 3282 | 3282 |
| OSE248 | 3316 | 3316 |
| OSE248 | 3384 | 3384 |
| OSE248 | 3478 | 3478 |
| OSE248 | 3524 | 3524 |
| OSE248 | 3567 | 3567 |
| OSE248 | 3662 | 3662 |
| OSE248 | 3762 | 3762 |
| OSE248 | 3812 | 3812 |
| OSE248 | 3846 | 3846 |
| OSE248 | 3914 | 3914 |
| OSE248 | 4065 | 4065 |
| OSE248 | 4118 | 4118 |
| OSE248 | 4156 | 4156 |
| OSE248 | 4226 | 4226 |
| OSE248 | 4324 | 4324 |
| OSE248 | 4373 | 4373 |
| OSE248 | 4410 | 4410 |
| OSE248 | 4479 | 4479 |
| OSE248 | 4563 | 4563 |
| OSE248 | 4603 | 4603 |
| OSE248 | 4644 | 4644 |
| OSE248 | 4725 | 4725 |
| OSE248 | 4811 | 4811 |
| OSE248 | 4847 | 4847 |
| OSE248 | 4889 | 4889 |
| OSE248 | 4984 | 4984 |
| OSE248 | 5062 | 5062 |
| OSE248 | 5107 | 5107 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE248 | 5134 | 5134 |
| OSE248 | 5212 | 5212 |
| OSE248 | 5286 | 5286 |
| OSE248 | 5322 | 5322 |
| OSE248 | 5366 | 5366 |
| OSE248 | 5454 | 5454 |
| OSE248 | 5532 | 5532 |
| OSE470 | 4411 | 4411 |
| OSE470 | 4412 | 4412 |
| OSE470 | 4576 | 4576 |
| OSE470 | 4622 | 4622 |
| OSE470 | 4879 | 4879 |
| OSE470 | 4921 | 4921 |
| OSE470 | 5159 | 5159 |
| OSE470 | 5205 | 5205 |
| OSE470 | 5345 | 5345 |
| OSE470 | 5393 | 5393 |
| OSE470 | 5490 | 5490 |
| OSE681 | 3801 | 3801 |
| OSE681 | 3802 | 3802 |
| OSE681 | 3966 | 3966 |
| OSE681 | 4012 | 4012 |
| OSE681 | 4269 | 4269 |
| OSE681 | 4311 | 4311 |
| OSE681 | 4549 | 4549 |
| OSE681 | 4595 | 4595 |
| OSE681 | 4735 | 4735 |
| OSE681 | 4783 | 4783 |
| OSE681 | 4880 | 4880 |
| OSE681 | 4935 | 4935 |
| OSE681 | 5044 | 5044 |
| OSE681 | 5137 | 5137 |
| OSE681 | 5199 | 5199 |
| OSE681 | 5233 | 5233 |
| OSE681 | 5302 | 5302 |
| OSE681 | 5397 | 5397 |
| OSE681 | 5443 | 5443 |
| OSE681 | 5487 | 5487 |
| OSE681 | 5583 | 5583 |
| OSE681 | 5684 | 5684 |
| OSE681 | 5735 | 5735 |
| OSE681 | 5770 | 5770 |
| OSE681 | 5839 | 5839 |
| OSE681 | 5991 | 5991 |
| OSE681 | 6045 | 6045 |
| OSE681 | 6083 | 6083 |
| OSE681 | 6154 | 6154 |
| OSE681 | 6253 | 6253 |
| OSE681 | 6303 | 6303 |
| OSE681 | 6340 | 6340 |
| OSE681 | 6410 | 6410 |
| OSE681 | 6495 | 6495 |
| OSE681 | 6536 | 6536 |
| OSE681 | 6577 | 6577 |
| OSE681 | 6659 | 6659 |
| OSE681 | 6746 | 6746 |
| OSE681 | 6782 | 6782 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery

Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE681 | 6824 | 6824 |
| OSE682 | 96 | 96 |
| OSE682 | 175 | 175 |
| OSE682 | 190 | 197 |
| OSE682 | 221 | 221 |
| OSE682 | 249 | 249 |
| OSE682 | 328 | 328 |
| OSE682 | 403 | 403 |
| OSE682 | 440 | 440 |
| OSE682 | 485 | 485 |
| OSE682 | 574 | 574 |
| OSE682 | 653 | 653 |
| OSE682 | 693 | 693 |
| OSE682 | 718 | 718 |
| OSE682 | 727 | 727 |
| OSE682 | 786 | 786 |
| OSE682 | 796 | 796 |
| OSE682 | 877 | 877 |
| OSE682 | 919 | 919 |
| OSE682 | 944 | 944 |
| OSE682 | 953 | 953 |
| OSE682 | 1012 | 1012 |
| OSE682 | 1022 | 1022 |
| OSE682 | 1086 | 1090 |
| OSE682 | 1103 | 1103 |
| OSE682 | 1126 | 1130 |
| OSE682 | 1143 | 1143 |
| OSE682 | 1174 | 1174 |
| OSE682 | 1227 | 1227 |
| OSE682 | 1237 | 1237 |
| OSE682 | 1314 | 1314 |
| OSE682 | 1352 | 1352 |
| OSE682 | 1378 | 1378 |
| OSE682 | 1455 | 1455 |
| OSE682 | 1456 | 1459 |
| OSE682 | 1493 | 1493 |
| OSE682 | 1531 | 1534 |
| OSE682 | 1568 | 1568 |
| OSE682 | 1593 | 1593 |
| OSE682 | 1602 | 1602 |
| OSE682 | 1679 | 1679 |
| OSE682 | 1713 | 1713 |
| OSE682 | 1858 | 1858 |
| OSE019 | 31388 | 31388 |
| OSE117 | 39 | 39 |
| OSE117 | 73 | 73 |
| OSE117 | 141 | 141 |
| OSE117 | 221 | 221 |
| OSE117 | 263 | 263 |
| OSE117 | 297 | 297 |
| OSE117 | 365 | 365 |
| OSE117 | 445 | 445 |
| OSE117 | 484 | 484 |
| OSE117 | 515 | 515 |
| OSE117 | 577 | 577 |
| OSE117 | 653 | 653 |
| OSE117 | 690 | 690 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE117 | 792 | 792 |
| OSE117 | 830 | 830 |
| OSE117 | 904 | 904 |
| OSE117 | 938 | 938 |
| OSE117 | 1014 | 1014 |
| OSE117 | 1048 | 1048 |
| OSE117 | 1192 | 1192 |
| OSE471 | 54 | 54 |
| OSE471 | 163 | 163 |
| OSE471 | 256 | 256 |
| OSE471 | 318 | 318 |
| OSE471 | 352 | 352 |
| OSE471 | 421 | 421 |
| OSE471 | 516 | 516 |
| OSE471 | 562 | 562 |
| OSE471 | 702 | 702 |
| OSE471 | 803 | 803 |
| OSE471 | 854 | 854 |
| OSE471 | 889 | 889 |
| OSE471 | 958 | 958 |
| OSE471 | 1110 | 1110 |
| OSE471 | 1164 | 1164 |
| OSE471 | 1202 | 1202 |
| OSE471 | 1273 | 1273 |
| OSE471 | 1372 | 1372 |
| OSE471 | 1422 | 1422 |
| OSE471 | 1459 | 1459 |
| OSE471 | 1529 | 1529 |
| OSE471 | 1614 | 1614 |
| OSE471 | 1655 | 1655 |
| OSE471 | 1736 | 1736 |
| OSE471 | 1778 | 1778 |
| OSE471 | 1865 | 1865 |
| OSE471 | 1901 | 1901 |
| OSE471 | 1943 | 1943 |
| OSE471 | 2039 | 2039 |
| OSE471 | 2118 | 2118 |
| OSE471 | 2164 | 2164 |
| OSE471 | 2192 | 2192 |
| OSE471 | 2271 | 2271 |
| OSE471 | 2346 | 2346 |
| OSE471 | 2383 | 2383 |
| OSE471 | 2428 | 2428 |
| OSE471 | 2517 | 2517 |
| OSE471 | 2596 | 2596 |
| OSE471 | 2636 | 2636 |
| OSE471 | 2670 | 2670 |
| OSE471 | 2739 | 2739 |
| OSE471 | 2820 | 2820 |
| OSE471 | 2896 | 2896 |
| OSE471 | 2965 | 2965 |
| OSE471 | 3046 | 3046 |
| OSE471 | 3086 | 3086 |
| OSE471 | 3117 | 3117 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE471 | 3180 | 3180 |
| OSE471 | 3257 | 3257 |
| OSE471 | 3295 | 3295 |
| OSE471 | 3321 | 3321 |
| OSE471 | 3436 | 3436 |
| OSE471 | 3511 | 3511 |
| OSE471 | 3545 | 3545 |
| OSE471 | 3622 | 3622 |
| OSE471 | 3656 | 3656 |
| OSE471 | 3801 | 3801 |
| OSE249 | 11 | 11 |
| OSE249 | 45 | 45 |
| OSE249 | 113 | 113 |
| OSE249 | 193 | 193 |
| OSE249 | 235 | 235 |
| OSE249 | 269 | 269 |
| OSE249 | 337 | 337 |
| OSE249 | 417 | 417 |
| OSE249 | 456 | 456 |
| OSE249 | 487 | 487 |
| OSE249 | 549 | 549 |
| OSE249 | 625 | 625 |
| OSE249 | 662 | 662 |
| OSE249 | 688 | 688 |
| OSE249 | 764 | 764 |
| OSE249 | 802 | 802 |
| OSE249 | 876 | 876 |
| OSE249 | 910 | 910 |
| OSE249 | 986 | 986 |
| OSE249 | 1020 | 1020 |
| OSE249 | 1164 | 1164 |
| C1M001 | 7 | 26 |
| C1R001 | 89 | 131 |
| C1R001 | 149 | 188 |
| C1R001 | 218 | 259 |
| C1R001 | 295 | 332 |
| C1R001 | 345 | 385 |
| C1R001 | 415 | 459 |
| C1R001 | 491 | 530 |
| C1R001 | 533 | 577 |
| C1R001 | 585 | 622 |
| C1R001 | 654 | 694 |
| C1R001 | 727 | 768 |
| C1R001 | 771 | 793 |
| C1R001 | 810 | 835 |
| C1R001 | 847 | 870 |
| C1R001 | 901 | 924 |
| C1R001 | 958 | 984 |
| C1R001 | 1032 | 1057 |
| C1T001 | 1847 | 1880 |
| EPC023 | 89021 | 89054 |
| EPC023 | 92950 | 92983 |
| EPC023 | 127260 | 127293 |
| EPC023 | 217768 | 217801 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| EPC023 | 217959 | 217992 |
| EPC023 | 282622 | 282655 |
| EPC023 | 282788 | 282821 |
| OSE020 | 10366 | 10366 |
| OSE020 | 50726 | 50726 |
| LAL076 | 10671 | 10684 |
| LAL076 | 16866 | 16866 |
| LAL076 | 16914 | 16914 |
| LAL183 | 15905 | 15905 |
| LAL183 | 15922 | 15922 |
| LAL183 | 15970 | 15970 |
| LAL183 | 15987 | 15987 |
| C1M003 | 342 | 361 |
| EPE006 | 9848 | 9869 |
| EPE033 | 3351 | 3372 |
| EPE065 | 5161 | 5182 |
| EPE065 | 6401 | 6422 |
| EPE075 | 6816 | 6837 |
| C3E014 | 180 | 189 |
| C3E020 | 2 | 20 |
| IGS672 | 49934 | 49966 |
| IGS672 | 50492 | 50523 |
| HSE004 | 130 | 137 |
| LAL076 | 10657 | 10670 |
| LAL179 | 66187 | 66207 |
| LAL179 | 66208 | 66228 |
| LAL180 | 1868 | 1895 |
| LAL180 | 1896 | 1923 |
| LAL180 | 1935 | 1959 |
| LAL180 | 1960 | 1984 |
| LAL180 | 1998 | 2017 |
| LAL180 | 2018 | 2037 |
| LAL180 | 2046 | 2059 |
| LAL180 | 2060 | 2073 |
| LAL180 | 2099 | 2112 |
| LAL180 | 2123 | 2140 |
| LAL180 | 2141 | 2158 |
| LAL180 | 2186 | 2201 |
| LAL180 | 2212 | 2234 |
| LAL180 | 2235 | 2257 |
| LAL180 | 2269 | 2290 |
| LAL180 | 2291 | 2312 |
| LAL180 | 2890 | 2910 |
| LAL180 | 2911 | 2931 |
| LAL180 | 6817 | 6833 |
| LAL180 | 7196 | 7228 |
| LAL180 | 7229 | 7261 |
| LAL180 | 7325 | 7358 |
| LAL184 | 1507 | 1525 |
| LAL184 | 1547 | 1565 |
| LAL186 | 1475 | 1475 |
| LAL186 | 1491 | 1491 |
| LAL186 | 3665 | 3678 |
| LAL186 | 4008 | 4021 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| LAL186 | 4968 | 4995 |
| LAL186 | 6444 | 6462 |
| LAL186 | 6761 | 6782 |
| LAL186 | 6815 | 6837 |
| LAL186 | 7077 | 7110 |
| LAL186 | 7136 | 7151 |
| LAL186 | 7423 | 7440 |
| LAL186 | 8379 | 8398 |
| LAL186 | 10061 | 10085 |
| LAL186 | 10386 | 10418 |
| LAL186 | 14872 | 14903 |
| LAL186 | 21490 | 21506 |
| LAL241 | 30052 | 30068 |
| LAL241 | 42799 | 42817 |
| EPF012 | 510 | 542 |
| EPF012 | 855 | 888 |
| EPF012 | 1024 | 1046 |
| EPF012 | 1092 | 1133 |
| EPF012 | 1341 | 1381 |
| EPF012 | 1492 | 1532 |
| EPF012 | 2551 | 2592 |
| EPF118 | 55 | 92 |
| EPF118 | 116 | 148 |
| EPF129 | 75 | 115 |
| EPF129 | 502 | 539 |
| EPF129 | 579 | 612 |
| EPF129 | 1043 | 1068 |
| EPF129 | 1099 | 1140 |
| EPF129 | 1219 | 1251 |
| EPF129 | 1323 | 1345 |
| EPF129 | 1350 | 1390 |
| EPF129 | 1684 | 1721 |
| EPF129 | 1937 | 1978 |
| EPF133 | 263 | 304 |
| EPF133 | 395 | 432 |
| EPF139 | 554 | 587 |
| EPF139 | 792 | 832 |
| EPF139 | 837 | 878 |
| EPF139 | 1147 | 1184 |
| EPF139 | 1427 | 1449 |
| EPF139 | 1768 | 1793 |
| EPF139 | 1815 | 1855 |
| EPF139 | 1982 | 2014 |
| EPF139 | 2213 | 2250 |
| EPF139 | 2259 | 2300 |
| N2Y003 | 103 | 126 |
| S1I006 | 638 | 658 |
| HCG188 | 63501 | 63514 |
| HCG188 | 63515 | 63530 |
| HCG188 | 63604 | 63617 |
| HCG188 | 63618 | 63635 |
| HCG188 | 63636 | 63650 |
| HCG188 | 63651 | 63684 |
| HCG188 | 63685 | 63719 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG188 | 63720 | 63756 |
| HCG188 | 63757 | 63790 |
| HCG188 | 63791 | 63821 |
| HCG188 | 63822 | 63858 |
| HCG188 | 63859 | 63892 |
| HCG188 | 85760 | 85773 |
| HCG188 | 85774 | 85789 |
| HCG188 | 85837 | 85850 |
| HCG188 | 85851 | 85868 |
| HCG188 | 85869 | 85883 |
| HCG188 | 85884 | 85920 |
| HCG188 | 96325 | 96356 |
| HCG189 | 10586 | 10630 |
| HCG189 | 10648 | 10678 |
| HCG189 | 10764 | 10788 |
| HCG189 | 10790 | 10835 |
| HCG189 | 10967 | 10990 |
| HCG189 | 10992 | 11033 |
| HCG189 | 11078 | 11125 |
| HCG189 | 11129 | 11156 |
| HCG190 | 24104 | 24137 |
| HCG190 | 24199 | 24232 |
| HCG190 | 24233 | 24263 |
| HCG190 | 24264 | 24300 |
| HCG190 | 24301 | 24334 |
| HCG190 | 58578 | 58596 |
| HCG190 | 58681 | 58699 |
| HCG190 | 59497 | 59530 |
| HCG190 | 60129 | 60162 |
| HCG190 | 61184 | 61217 |
| HCG190 | 61218 | 61252 |
| HCG190 | 61338 | 61359 |
| HCG190 | 61512 | 61529 |
| HCG190 | 61761 | 61794 |
| HCG190 | 61795 | 61829 |
| HCG190 | 61915 | 61936 |
| HCG190 | 62089 | 62106 |
| HCG190 | 69569 | 69586 |
| HCG190 | 70033 | 70050 |
| HCG190 | 71866 | 71881 |
| HCG190 | 72772 | 72787 |
| HCG190 | 73183 | 73203 |
| HCG190 | 74156 | 74176 |
| HCG190 | 95591 | 95608 |
| HCG190 | 95611 | 95628 |
| HCG190 | 95831 | 95864 |
| HCG190 | 96522 | 96558 |
| HCG190 | 96680 | 96693 |
| HCG190 | 96695 | 96725 |
| HCG190 | 96827 | 96840 |
| HCG190 | 96854 | 96884 |
| HCG190 | 97091 | 97106 |
| HCG190 | 97210 | 97224 |
| HCG190 | 97690 | 97724 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG190 | 97726 | 97759 |
| HCG190 | 97761 | 97795 |
| HCG190 | 97798 | 97815 |
| HCG190 | 98013 | 98026 |
| HCG190 | 98044 | 98057 |
| HCG190 | 98059 | 98092 |
| HCG190 | 98274 | 98295 |
| HCG190 | 98510 | 98543 |
| HCG190 | 98545 | 98581 |
| HCG190 | 98886 | 98922 |
| HCG190 | 138386 | 138405 |
| HCG190 | 138586 | 138607 |
| HCG190 | 138638 | 138658 |
| HCG190 | 146314 | 146329 |
| HCG190 | 146461 | 146480 |
| HCG190 | 147414 | 147435 |
| HCG191 | 9610 | 9631 |
| HCG191 | 74151 | 74166 |
| HCG191 | 74184 | 74217 |
| HCG191 | 74319 | 74352 |
| HCG191 | 74356 | 74371 |
| HCG191 | 74477 | 74513 |
| HCG191 | 74612 | 74629 |
| HCG191 | 74719 | 74732 |
| HCG191 | 74748 | 74778 |
| HCG191 | 74888 | 74921 |
| HCG191 | 74974 | 74987 |
| HCG191 | 75415 | 75451 |
| HCG191 | 75516 | 75550 |
| HCG191 | 75661 | 75694 |
| HCG191 | 75920 | 75953 |
| HCG191 | 76314 | 76348 |
| HCG191 | 76512 | 76525 |
| HCG191 | 78947 | 78968 |
| HCG191 | 78977 | 79010 |
| HCG191 | 79040 | 79053 |
| HCG191 | 79055 | 79085 |
| HCG191 | 79352 | 79367 |
| HCG191 | 79369 | 79402 |
| HCG191 | 79436 | 79450 |
| HCG191 | 79460 | 79496 |
| HCG191 | 79554 | 79571 |
| HCG192 | 31191 | 31191 |
| HCG192 | 43998 | 44032 |
| HCG192 | 45131 | 45144 |
| HCG192 | 45720 | 45741 |
| HCG192 | 46960 | 46977 |
| HCG192 | 47343 | 47357 |
| HCG192 | 47368 | 47404 |
| HCG192 | 47583 | 47598 |
| HCG192 | 47602 | 47635 |
| HCG192 | 51397 | 51430 |
| HCG192 | 52213 | 52230 |
| HCG192 | 52232 | 52268 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG192 | 52293 | 52327 |
| HCG192 | 52361 | 52394 |
| HCG192 | 52441 | 52461 |
| HCG192 | 52468 | 52488 |
| HCG192 | 52502 | 52523 |
| HCG192 | 52574 | 52593 |
| HCG192 | 52614 | 52632 |
| HCG192 | 52641 | 52656 |
| HCG192 | 52660 | 52676 |
| HCG192 | 52752 | 52770 |
| HCG192 | 52792 | 52823 |
| HCG192 | 52854 | 52884 |
| HCG192 | 52886 | 52886 |
| HCG192 | 53043 | 53090 |
| HCG192 | 53308 | 53308 |
| HCG192 | 53753 | 53786 |
| HCG192 | 53788 | 53821 |
| HCG192 | 55153 | 55189 |
| HCG192 | 55223 | 55261 |
| HCG192 | 59665 | 59682 |
| HCG192 | 60201 | 60214 |
| HCG192 | 60314 | 60350 |
| HCG192 | 60353 | 60367 |
| HCG192 | 60781 | 60802 |
| HCG192 | 62510 | 62543 |
| HCG192 | 62550 | 62565 |
| HCG192 | 67609 | 67627 |
| HCG192 | 68065 | 68096 |
| HCG192 | 71508 | 71544 |
| HCG192 | 71782 | 71816 |
| HCG193 | 4487 | 4522 |
| HCG193 | 4971 | 4984 |
| HCG193 | 7978 | 8011 |
| HCG193 | 8023 | 8044 |
| HCG193 | 8214 | 8244 |
| HCG193 | 8247 | 8260 |
| HCG193 | 8515 | 8532 |
| HCG193 | 8809 | 8845 |
| HCG193 | 8997 | 9011 |
| HCG193 | 18285 | 18318 |
| HCG193 | 18320 | 18354 |
| HCG193 | 18365 | 18382 |
| HCG193 | 18384 | 18420 |
| HCG193 | 18496 | 18509 |
| HCG193 | 18544 | 18577 |
| HCG193 | 18580 | 18601 |
| HCG193 | 18659 | 18689 |
| HCG193 | 18692 | 18705 |
| HCG193 | 19104 | 19121 |
| HCG193 | 19130 | 19166 |
| HCG193 | 19169 | 19183 |
| HCG193 | 19218 | 19251 |
| HCG193 | 19254 | 19269 |
| HCG193 | 60287 | 60320 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG193 | 61175 | 61208 |
| HCG193 | 61447 | 61477 |
| HCG193 | 62002 | 62019 |
| HCG193 | 62101 | 62137 |
| HCG193 | 62206 | 62240 |
| HCG193 | 62452 | 62465 |
| HCG193 | 73470 | 73483 |
| HCG193 | 102880 | 102916 |
| HCG193 | 103861 | 103895 |
| HCG194 | 3722 | 3739 |
| HCG194 | 3749 | 3785 |
| HCG194 | 3912 | 3946 |
| HCG194 | 4058 | 4091 |
| HCG194 | 4707 | 4727 |
| HCG194 | 5127 | 5144 |
| HCG194 | 5859 | 5895 |
| HCG194 | 6329 | 6362 |
| HCG194 | 6517 | 6530 |
| HCG194 | 7696 | 7711 |
| HCG194 | 7716 | 7749 |
| HCG194 | 9775 | 9775 |
| HCG194 | 19339 | 19354 |
| HCG194 | 19442 | 19475 |
| HCG194 | 20127 | 20141 |
| HCG194 | 20166 | 20202 |
| HCG194 | 20504 | 20521 |
| HCG194 | 20840 | 20853 |
| HCG194 | 20857 | 20887 |
| HCG194 | 21285 | 21306 |
| HCG194 | 21310 | 21343 |
| HCG194 | 21567 | 21580 |
| HCG194 | 32439 | 32439 |
| IGS606 | 37788 | 37811 |
| IGS606 | 44663 | 44683 |
| IGS606 | 47094 | 47118 |
| IGS738 | 1825 | 1849 |
| SNL001 | 2538 | 2558 |
| SNL001 | 2771 | 2791 |
| SNL001 | 3447 | 3469 |
| SNL001 | 3528 | 3544 |
| SNL001 | 3547 | 3569 |
| SNL001 | 3573 | 3594 |
| SNL001 | 4244 | 4262 |
| SNL001 | 12583 | 12599 |
| SNL004 | 1133 | 1177 |
| SNL004 | 1685 | 1685 |
| SNL004 | 1701 | 1701 |
| SNL004 | 3473 | 3489 |
| SNL005 | 7436 | 7467 |
| SNL006 | 809 | 834 |
| SNL006 | 7564 | 7580 |
| SNL006 | 8928 | 8972 |
| SNL006 | 9361 | 9361 |
| SNL006 | 9378 | 9378 |
| SNL009 | 3812 | 3856 |
| SNL011 | 190 | 212 |
| SNL011 | 395 | 416 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL011 | 879 | 897 |
| SNL011 | 1009 | 1031 |
| SNL011 | 1084 | 1100 |
| SNL011 | 1469 | 1484 |
| SNL011 | 1488 | 1521 |
| SNL011 | 1919 | 1936 |
| SNL011 | 2477 | 2490 |
| SNL011 | 2621 | 2634 |
| SNL011 | 2997 | 3016 |
| SNL011 | 3773 | 3813 |
| SNL011 | 3907 | 3931 |
| SNL011 | 4524 | 4556 |
| SNL011 | 4690 | 4710 |
| SNL011 | 4712 | 4732 |
| SNL011 | 4871 | 4891 |
| SNL011 | 5083 | 5104 |
| SNL011 | 5119 | 5140 |
| SNL011 | 5663 | 5683 |
| SNL011 | 5777 | 5796 |
| SNL011 | 12059 | 12079 |
| SNL011 | 12081 | 12101 |
| SNL011 | 24642 | 24642 |
| SNL011 | 24659 | 24659 |
| SNL013 | 7453 | 7471 |
| SNL015 | 5959 | 5979 |
| SNL016 | 406 | 431 |
| SNL016 | 1469 | 1491 |
| SNL016 | 1527 | 1548 |
| SNL016 | 1993 | 2009 |
| SNL016 | 2065 | 2080 |
| SNL016 | 2084 | 2117 |
| SNL016 | 2477 | 2494 |
| SNL016 | 2987 | 3000 |
| SNL016 | 3054 | 3067 |
| SNL016 | 3144 | 3163 |
| SNL016 | 3531 | 3571 |
| SNL016 | 3575 | 3615 |
| SNL016 | 3640 | 3664 |
| SNL016 | 3863 | 3895 |
| SNL016 | 3969 | 3989 |
| SNL016 | 4078 | 4098 |
| SNL016 | 5027 | 5047 |
| SNL016 | 5492 | 5512 |
| SNL016 | 5604 | 5623 |
| SNL016 | 5917 | 5942 |
| SNL016 | 6707 | 6723 |
| SNL016 | 6809 | 6842 |
| SNL018 | 3930 | 3955 |
| SNL018 | 3959 | 3984 |
| SNL018 | 6895 | 6917 |
| SNL018 | 8041 | 8063 |
| SNL018 | 8142 | 8158 |
| SNL018 | 8161 | 8177 |
| SNL018 | 8631 | 8646 |
| SNL018 | 8650 | 8683 |
| SNL018 | 8686 | 8719 |
| SNL018 | 9477 | 9490 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL018 | 9852 | 9871 |
| SNL018 | 11152 | 11192 |
| SNL018 | 11194 | 11234 |
| SNL018 | 11259 | 11283 |
| SNL019 | 181 | 201 |
| SNL019 | 203 | 223 |
| SNL019 | 508 | 539 |
| SNL035 | 1180 | 1202 |
| SNL035 | 1998 | 2016 |
| SNL035 | 2815 | 2846 |
| SNL035 | 5332 | 5354 |
| SNL035 | 5357 | 5379 |
| SNL035 | 6084 | 6115 |
| SNL060 | 4244 | 4262 |
| SNL060 | 12575 | 12591 |
| SNL068 | 1891 | 1935 |
| SNL068 | 2434 | 2434 |
| SNL068 | 2450 | 2450 |
| SNL068 | 4196 | 4212 |
| SNL070 | 7378 | 7409 |
| SNL071 | 807 | 832 |
| SNL071 | 7538 | 7554 |
| SNL071 | 8902 | 8946 |
| SNL071 | 9335 | 9335 |
| SNL071 | 9351 | 9351 |
| SNL073 | 6870 | 6886 |
| SNL074 | 6870 | 6886 |
| SNL076 | 3811 | 3855 |
| SNL083 | 6743 | 6756 |
| SNL083 | 6817 | 6839 |
| SNL083 | 7461 | 7494 |
| SNL083 | 8330 | 8348 |
| SNL091 | 188 | 210 |
| SNL091 | 391 | 412 |
| SNL091 | 873 | 891 |
| SNL091 | 1003 | 1025 |
| SNL091 | 1078 | 1094 |
| SNL091 | 1459 | 1474 |
| SNL091 | 1478 | 1511 |
| SNL091 | 1906 | 1923 |
| SNL091 | 2458 | 2471 |
| SNL091 | 2600 | 2613 |
| SNL091 | 2973 | 2992 |
| SNL091 | 3748 | 3788 |
| SNL091 | 3792 | 3832 |
| SNL091 | 3880 | 3904 |
| SNL091 | 4493 | 4525 |
| SNL091 | 4659 | 4679 |
| SNL091 | 4681 | 4701 |
| SNL091 | 4839 | 4859 |
| SNL091 | 5049 | 5070 |
| SNL091 | 5085 | 5106 |
| SNL091 | 5626 | 5646 |
| SNL091 | 5737 | 5756 |
| SNL091 | 10891 | 10911 |
| SNL091 | 10913 | 10933 |
| SNL091 | 12184 | 12215 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL091 | 20017 | 20033 |
| SNL091 | 22395 | 22439 |
| SNL091 | 23368 | 23368 |
| SNL091 | 23384 | 23384 |
| SNL102 | 1916 | 1938 |
| SNL102 | 4065 | 4084 |
| SNL104 | 403 | 428 |
| SNL104 | 1463 | 1485 |
| SNL104 | 1519 | 1540 |
| SNL104 | 1983 | 1999 |
| SNL104 | 2055 | 2070 |
| SNL104 | 2074 | 2107 |
| SNL104 | 2466 | 2483 |
| SNL104 | 2970 | 2983 |
| SNL104 | 3037 | 3050 |
| SNL104 | 3127 | 3146 |
| SNL104 | 3623 | 3647 |
| SNL104 | 3846 | 3878 |
| SNL104 | 3952 | 3972 |
| SNL104 | 4060 | 4080 |
| SNL104 | 4462 | 4483 |
| SNL104 | 5007 | 5027 |
| SNL104 | 5472 | 5492 |
| SNL104 | 5582 | 5601 |
| SNL104 | 5890 | 5915 |
| SNL104 | 6678 | 6694 |
| SNL104 | 6779 | 6812 |
| SNL107 | 9027 | 9052 |
| SNL107 | 9056 | 9081 |
| SNL107 | 11985 | 12007 |
| SNL108 | 1111 | 1133 |
| SNL108 | 1212 | 1228 |
| SNL108 | 1231 | 1247 |
| SNL108 | 1698 | 1713 |
| SNL108 | 1717 | 1750 |
| SNL108 | 1753 | 1786 |
| SNL108 | 2532 | 2545 |
| SNL108 | 2907 | 2926 |
| SNL108 | 4207 | 4247 |
| SNL108 | 4314 | 4338 |
| SNL108 | 4757 | 4777 |
| SNL108 | 4779 | 4799 |
| SNL108 | 5083 | 5114 |
| SNL111 | 36936 | 36956 |
| SNL111 | 37665 | 37697 |
| SNL111 | 39140 | 39171 |
| SNL111 | 41550 | 41566 |
| SNL111 | 42372 | 42403 |
| SNL117 | 27033 | 27077 |
| SNL133 | 4940 | 4956 |
| IMT058 | 20571 | 20611 |
| IMT058 | 20705 | 20746 |
| IMT058 | 21791 | 21828 |
| IMT058 | 22105 | 22145 |
| IMT058 | 22449 | 22471 |
| IMT058 | 22656 | 22681 |
| IMT058 | 25591 | 25630 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| IMT058 | 26100 | 26136 |
| IMT058 | 27160 | 27191 |
| IMT058 | 27829 | 27862 |
| IMT058 | 28215 | 28246 |
| IMT058 | 28849 | 28881 |
| LAL178 | 2118 | 2138 |
| LAL178 | 2341 | 2361 |
| LAL179 | 66072 | 66093 |
| LAL179 | 66107 | 66128 |
| LAL179 | 66130 | 66151 |
| LAL179 | 66152 | 66173 |
| LAL180 | 2453 | 2473 |
| LAL186 | 9611 | 9632 |
| LAL186 | 10638 | 10659 |
| LAL186 | 10720 | 10740 |
| LAL186 | 10933 | 10953 |
| LAL186 | 11860 | 11880 |
| OSE248 | 4227 | 4275 |
| OSE470 | 5206 | 5251 |
| OSE471 | 2272 | 2308 |
| OSE471 | 2429 | 2472 |
| OSE471 | 3657 | 3690 |
| OSE479 | 4158 | 4195 |
| OSE479 | 5223 | 5276 |
| OSE479 | 5644 | 5686 |
| OSE479 | 5802 | 5841 |
| OSE480 | 95798 | 95831 |
| OSE480 | 95832 | 95866 |
| OSE480 | 95867 | 95903 |
| OSE480 | 96288 | 96333 |
| OSE681 | 4784 | 4831 |
| OSE681 | 6385 | 6396 |
| OSE681 | 6411 | 6452 |
| OSE682 | 575 | 613 |
| OSE682 | 1023 | 1062 |
| C2L001 | 2334 | 2351 |
| C2L001 | 2463 | 2488 |
| C2X004 | 959 | 972 |
| C2X004 | 1504 | 1523 |
| HCG210 | 19263 | 19284 |
| HCG218 | 3251 | 3292 |
| HCG218 | 11471 | 11529 |
| HCG222 | 33618 | 33636 |
| HCG222 | 34724 | 34737 |
| HCG222 | 34738 | 34754 |
| HCG222 | 34755 | 34770 |
| HCG222 | 34885 | 34900 |
| HCG222 | 34901 | 34914 |
| HCG222 | 34915 | 34932 |
| HCG222 | 34933 | 34947 |
| HCG222 | 34948 | 34981 |
| HCG222 | 34982 | 35016 |
| HCG222 | 35017 | 35053 |
| HCG222 | 35054 | 35084 |
| HCG222 | 35085 | 35121 |
| HCG222 | 35122 | 35155 |
| HCG225 | 16375 | 16406 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG229 | 10951 | 10995 |
| HCG229 | 11129 | 11153 |
| HCG229 | 11155 | 11200 |
| HCG229 | 11332 | 11355 |
| HCG229 | 11357 | 11398 |
| HCG241 | 14 | 32 |
| HCG241 | 852 | 885 |
| HCG241 | 2924 | 2945 |
| HCG241 | 10169 | 10178 |
| HCG241 | 10179 | 10196 |
| HCG241 | 14568 | 14583 |
| HCG241 | 14754 | 14774 |
| HCG245 | 15655 | 15672 |
| HCG245 | 15675 | 15692 |
| HCG245 | 17841 | 17857 |
| HCG245 | 17910 | 17923 |
| HCG245 | 18166 | 18179 |
| HCG245 | 18193 | 18223 |
| HCG245 | 18620 | 18634 |
| HCG245 | 20037 | 20071 |
| HCG245 | 20332 | 20345 |
| HCG245 | 20418 | 20431 |
| HCG245 | 20648 | 20669 |
| HCG245 | 20894 | 20927 |
| HCG245 | 20929 | 20965 |
| HCG245 | 21272 | 21308 |
| HCG248 | 11435 | 11456 |
| HCG261 | 8205 | 8238 |
| HCG261 | 14984 | 15017 |
| HCG262 | 1947 | 1964 |
| HCG262 | 1966 | 2002 |
| HCG262 | 2052 | 2086 |
| HCG262 | 2661 | 2679 |
| HCG262 | 2696 | 2711 |
| HCG262 | 2949 | 2980 |
| HCG262 | 3056 | 3086 |
| HCG262 | 3088 | 3088 |
| HCG262 | 3249 | 3296 |
| HCG262 | 3554 | 3554 |
| HCG262 | 4077 | 4110 |
| HCG262 | 6834 | 6870 |
| HCG264 | 5862 | 5880 |
| HCG264 | 6172 | 6181 |
| HCG264 | 6663 | 6694 |
| HCG266 | 13938 | 13973 |
| HCG267 | 3018 | 3039 |
| HCG267 | 3234 | 3250 |
| HCG267 | 3391 | 3421 |
| HCG267 | 3797 | 3814 |
| HCG267 | 4216 | 4252 |
| HCG268 | 8569 | 8584 |
| HCG271 | 1252 | 1282 |
| HCG275 | 6324 | 6360 |
| HCG275 | 6732 | 6747 |
| HCG275 | 6749 | 6782 |
| HCG275 | 8824 | 8860 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery

Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG276 | 4329 | 4362 |
| HCG276 | 5310 | 5340 |
| HCG276 | 5787 | 5820 |
| HCG294 | 16998 | 16998 |
| HCG294 | 17008 | 17008 |
| IGS667 | 2067 | 2111 |
| IGS672 | 20281 | 20301 |
| IGS672 | 50051 | 50080 |
| IGS672 | 50285 | 50319 |
| IGS672 | 50752 | 50771 |
| IGS672 | 50819 | 50846 |
| IGS673 | 15381 | 15425 |
| IGS678 | 21775 | 21795 |
| LAL179 | 66323 | 66343 |
| LAL180 | 3007 | 3026 |
| LAL180 | 6509 | 6553 |
| LAL186 | 10444 | 10464 |
| LAL186 | 10492 | 10512 |
| LAL186 | 11365 | 11385 |
| LAL186 | 11458 | 11477 |
| OSE117 | 1152 | 1174 |
| OSE117 | 1263 | 1303 |
| OSE117 | 1313 | 1350 |
| OSE117 | 1351 | 1374 |
| OSE117 | 1487 | 1528 |
| PCG028 | 9560 | 9588 |
| PCG033 | 35399 | 35419 |
| PCG034 | 5771 | 5815 |
| PCG034 | 5816 | 5826 |
| PCG034 | 5827 | 5889 |
| PCG034 | 5890 | 5954 |
| PCG034 | 5955 | 6018 |
| PCG034 | 6019 | 6034 |
| PCG034 | 6035 | 6105 |
| PCG034 | 6106 | 6183 |
| PCG034 | 6184 | 6251 |
| PCG034 | 6252 | 6257 |
| PCG034 | 6259 | 6344 |
| PCG034 | 6345 | 6374 |
| PCG034 | 6375 | 6399 |
| PCG034 | 6400 | 6430 |
| PCG034 | 6431 | 6439 |
| PCG034 | 6440 | 6445 |
| PCG034 | 6446 | 6470 |
| PCG034 | 6471 | 6491 |
| PCG034 | 6514 | 6531 |
| PCG034 | 6532 | 6552 |
| PCG034 | 6553 | 6569 |
| PCG034 | 6570 | 6581 |
| PCG034 | 6582 | 6611 |
| PCG034 | 6612 | 6625 |
| PCG034 | 6626 | 6646 |
| PCG034 | 6657 | 6661 |
| PCG034 | 6662 | 6679 |
| PCG034 | 6680 | 6704 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| PCG034 | 6705 | 6728 |
| PCG034 | 6729 | 6752 |
| PCG034 | 6753 | 6772 |
| PCG034 | 6773 | 6796 |
| PCG034 | 6797 | 6817 |
| PCG034 | 6818 | 6838 |
| PCG034 | 6839 | 6870 |
| PCG034 | 6871 | 6915 |
| PCG034 | 6916 | 6976 |
| PCG034 | 6977 | 6986 |
| PCG034 | 6987 | 7005 |
| PCG034 | 7006 | 7030 |
| PCG034 | 7031 | 7057 |
| PCG034 | 7058 | 7077 |
| PCG034 | 7078 | 7097 |
| PCG034 | 7098 | 7119 |
| PCG034 | 7120 | 7135 |
| PCG034 | 7136 | 7149 |
| PCG034 | 7150 | 7179 |
| PCG034 | 7180 | 7194 |
| PCG034 | 7195 | 7210 |
| PCG034 | 7211 | 7226 |
| PCG034 | 7227 | 7243 |
| PCG034 | 7244 | 7260 |
| PCG034 | 7261 | 7286 |
| PCG034 | 7287 | 7313 |
| PCG034 | 7324 | 7377 |
| PCG034 | 7378 | 7403 |
| PCG034 | 7404 | 7431 |
| PCG034 | 7432 | 7454 |
| PCG034 | 7455 | 7485 |
| PCG034 | 7486 | 7510 |
| PCG034 | 7511 | 7544 |
| PCG034 | 7545 | 7572 |
| PCG034 | 7573 | 7599 |
| PCG034 | 7600 | 7624 |
| PCG034 | 7625 | 7649 |
| PCG034 | 7650 | 7703 |
| PCG034 | 7704 | 7735 |
| PCG034 | 7736 | 7758 |
| PCG034 | 7759 | 7786 |
| PCG034 | 7788 | 7810 |
| PCG034 | 7811 | 7834 |
| PCG034 | 7835 | 7856 |
| PCG034 | 7857 | 7883 |
| PCG034 | 7884 | 7909 |
| PCG034 | 7910 | 7934 |
| PCG034 | 7960 | 7985 |
| PCG034 | 7988 | 8017 |
| PCG034 | 8029 | 8052 |
| PCG034 | 8053 | 8078 |
| PCG034 | 8079 | 8097 |
| PCG034 | 8111 | 8151 |
| PCG034 | 8166 | 8203 |
| PCG034 | 8204 | 8240 |
| PCG034 | 8247 | 8260 |
| PCG034 | 8261 | 8301 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| PCG034 | 8302 | 8343 |
| PCG034 | 8344 | 8383 |
| PCG034 | 8384 | 8418 |
| PCG034 | 8419 | 8465 |
| PCG034 | 8466 | 8498 |
| PCG034 | 8499 | 8535 |
| PCG034 | 8536 | 8574 |
| PCG034 | 8575 | 8612 |
| PCG034 | 8613 | 8646 |
| PCG034 | 8647 | 8715 |
| PCG034 | 8716 | 8748 |
| PCG034 | 8749 | 8778 |
| PCG034 | 8779 | 8811 |
| PCG034 | 8812 | 8840 |
| PCG034 | 8841 | 8872 |
| PCG034 | 8873 | 8905 |
| PCG034 | 8906 | 8944 |
| PCG034 | 8945 | 8963 |
| PCG034 | 8964 | 9001 |
| PCG045 | 10430 | 10462 |
| PCG049 | 35123 | 35147 |
| PCG049 | 35148 | 35157 |
| PCG049 | 35158 | 35195 |
| PCG050 | 27940 | 27960 |
| C2O001 | 417 | 458 |
| C2O001 | 3435 | 3458 |
| C2O002 | 339 | 366 |
| C2O002 | 368 | 381 |
| C2O002 | 394 | 427 |
| C2O003 | 445 | 477 |
| C2O005 | 693 | 726 |
| C2O005 | 1888 | 1921 |
| C2R001 | 164 | 203 |
| C2R001 | 430 | 474 |
| C2T001 | 6366 | 6389 |
| C2T001 | 6567 | 6606 |
| C2T001 | 6833 | 6856 |
| HCG213 | 57394 | 57463 |
| HCG220 | 2690 | 2728 |
| HCG229 | 11013 | 11043 |
| HCG229 | 11443 | 11490 |
| HCG229 | 11494 | 11521 |
| HCG245 | 16765 | 16798 |
| HCG245 | 17646 | 17682 |
| HCG245 | 17873 | 17889 |
| HCG245 | 17939 | 17969 |
| HCG245 | 18495 | 18510 |
| HCG245 | 19676 | 19685 |
| HCG245 | 19687 | 19721 |
| HCG245 | 19873 | 19888 |
| HCG245 | 20081 | 20098 |
| HCG245 | 20433 | 20466 |
| HCG254 | 20610 | 20623 |
| HCG254 | 20743 | 20759 |
| HCG254 | 21316 | 21352 |
| HCG254 | 21888 | 21921 |
| HCG254 | 22581 | 22594 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery
Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG255 | 1143 | 1156 |
| HCG255 | 1564 | 1579 |
| HCG255 | 1602 | 1616 |
| HCG259 | 11307 | 11307 |
| HCG262 | 2041 | 2050 |
| HCG262 | 2240 | 2260 |
| HCG262 | 2289 | 2309 |
| HCG262 | 2369 | 2390 |
| HCG262 | 2544 | 2563 |
| HCG262 | 2742 | 2758 |
| HCG262 | 2886 | 2904 |
| HCG262 | 3340 | 3362 |
| HCG262 | 4112 | 4145 |
| HCG262 | 7027 | 7065 |
| HCG267 | 2970 | 3003 |
| HCG268 | 7389 | 7422 |
| HCG268 | 8533 | 8566 |
| HCG271 | 2636 | 2649 |
| HCG271 | 8634 | 8649 |
| HCG291 | 397 | 412 |
| HCG291 | 472 | 487 |
| HCG291 | 501 | 534 |
| HCG291 | 537 | 552 |
| HCG291 | 3908 | 3929 |
| HCG291 | 3939 | 3960 |
| HCG291 | 6561 | 6594 |
| HCG291 | 8272 | 8305 |
| HCG291 | 8308 | 8323 |
| HCG291 | 8325 | 8358 |
| HCG291 | 11627 | 11648 |
| HCG299 | 4892 | 4892 |
| HCG299 | 16658 | 16679 |
| HCG338 | 6832 | 6847 |
| HCG338 | 6921 | 6934 |
| HCG338 | 6953 | 6967 |
| HCG338 | 6968 | 7001 |
| HCG338 | 7037 | 7073 |
| HCG338 | 7074 | 7107 |
| HCG338 | 7139 | 7175 |
| HCG338 | 7176 | 7209 |
| HCG339 | 3990 | 4005 |
| HCG339 | 4053 | 4066 |
| HCG339 | 4085 | 4099 |
| HCG339 | 4100 | 4136 |
| HCG341 | 6384 | 6428 |
| HCG341 | 6790 | 6831 |
| HCG341 | 6927 | 6954 |
| HCG346 | 9419 | 9452 |
| HCG346 | 9514 | 9547 |
| HCG346 | 9548 | 9578 |
| HCG347 | 4054 | 4088 |
| HCG347 | 4597 | 4630 |
| HCG347 | 4631 | 4665 |
| HCG347 | 4751 | 4772 |
| HCG347 | 4925 | 4942 |
| HCG347 | 12435 | 12452 |
| HCG347 | 12955 | 12972 |

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG347 | 14789 | 14804 |
| HCG347 | 16090 | 16110 |
| HCG347 | 17060 | 17080 |
| HCG348 | 20555 | 20572 |
| HCG348 | 20795 | 20828 |
| HCG349 | 144 | 174 |
| HCG349 | 292 | 322 |
| HCG349 | 647 | 661 |
| HCG349 | 1163 | 1196 |
| HCG349 | 1198 | 1232 |
| HCG349 | 1450 | 1463 |
| HCG349 | 1481 | 1494 |
| HCG349 | 1982 | 2018 |
| HCG350 | 4500 | 4519 |
| HCG350 | 4700 | 4721 |
| HCG350 | 4752 | 4772 |
| HCG350 | 11682 | 11697 |
| HCG354 | 3733 | 3766 |
| HCG354 | 4080 | 4093 |
| HCG354 | 4225 | 4258 |
| HCG354 | 4284 | 4297 |
| HCG354 | 5066 | 5099 |
| HCG354 | 5460 | 5494 |
| HCG354 | 7728 | 7758 |
| HCG354 | 8000 | 8015 |
| HCG354 | 8084 | 8098 |
| HCG354 | 8108 | 8144 |
| HCG357 | 653 | 653 |
| HCG358 | 2368 | 2388 |
| HCG358 | 2390 | 2410 |
| HCG358 | 2424 | 2445 |
| HCG358 | 2534 | 2552 |
| HCG358 | 2580 | 2596 |
| HCG358 | 2672 | 2690 |
| HCG358 | 2774 | 2804 |
| HCG358 | 2963 | 3010 |
| HCG358 | 3228 | 3228 |
| HCG358 | 3665 | 3698 |
| HCG358 | 3700 | 3733 |
| HCG358 | 4986 | 5024 |
| HCG359 | 3922 | 3953 |
| HCG361 | 6627 | 6644 |
| HCG361 | 6646 | 6679 |
| HCG361 | 6682 | 6697 |
| HCG366 | 355 | 355 |
| C1R002 | 14 | 39 |
| C1R002 | 117 | 157 |
| C1R002 | 266 | 307 |
| C1R002 | 348 | 387 |
| C1R002 | 561 | 583 |
| C1R002 | 584 | 624 |
| C1R002 | 634 | 671 |
| C2O008 | 547 | 571 |
| C2R004 | 276 | 305 |
| C2R004 | 306 | 329 |
| C2R004 | 330 | 352 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery

Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| C2U003 | 299 | 339 |
| C2U003 | 353 | 394 |
| C2U003 | 413 | 457 |
| C2U003 | 525 | 547 |
| C2U003 | 782 | 805 |
| C2U003 | 863 | 888 |
| C2U003 | 982 | 1027 |
| C2U003 | 1071 | 1095 |
| C2U004 | 176 | 197 |
| C2U004 | 274 | 314 |
| C2U004 | 346 | 383 |
| C2U004 | 461 | 475 |
| C2X005 | 636 | 669 |
| C3E001 | 1 | 23 |
| C3E001 | 24 | 48 |
| C3E001 | 232 | 255 |
| C3E001 | 259 | 276 |
| C3E001 | 277 | 301 |
| C3E001 | 353 | 366 |
| C3E001 | 470 | 492 |
| HCG254 | 20245 | 20260 |
| HCG254 | 20278 | 20311 |
| HCG254 | 20504 | 20521 |
| HCG254 | 20800 | 20833 |
| HCG254 | 21417 | 21451 |
| HCG254 | 21603 | 21636 |
| HCG254 | 21983 | 21998 |
| HCG291 | 414 | 447 |
| HCG338 | 6818 | 6831 |
| HCG338 | 6935 | 6952 |
| HCG338 | 7002 | 7036 |
| HCG338 | 7108 | 7138 |
| HCG339 | 3976 | 3989 |
| HCG339 | 4067 | 4084 |
| HCG339 | 14541 | 14572 |
| HCG341 | 6446 | 6476 |
| HCG341 | 6562 | 6586 |
| HCG341 | 6588 | 6633 |
| HCG341 | 6765 | 6788 |
| HCG341 | 6876 | 6923 |
| HCG346 | 9579 | 9615 |
| HCG346 | 9616 | 9649 |
| HCG347 | 1292 | 1310 |
| HCG347 | 1395 | 1413 |
| HCG347 | 2271 | 2304 |
| HCG347 | 2961 | 2994 |
| HCG347 | 4020 | 4053 |
| HCG347 | 4174 | 4195 |
| HCG347 | 4348 | 4365 |
| HCG347 | 15695 | 15710 |
| HCG348 | 20575 | 20592 |
| HCG349 | 2 | 38 |
| HCG349 | 129 | 142 |
| HCG349 | 276 | 289 |
| HCG349 | 528 | 543 |
| HCG349 | 1127 | 1161 |
| HCG349 | 1235 | 1252 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG349 | 1496 | 1529 |
| HCG349 | 1711 | 1732 |
| HCG349 | 1947 | 1980 |
| HCG349 | 2323 | 2359 |
| HCG350 | 11829 | 11848 |
| HCG350 | 12679 | 12700 |
| HCG350 | 22248 | 22269 |
| HCG354 | 3700 | 3715 |
| HCG354 | 3859 | 3895 |
| HCG354 | 3994 | 4011 |
| HCG354 | 4109 | 4139 |
| HCG354 | 4655 | 4691 |
| HCG354 | 4730 | 4764 |
| HCG354 | 4858 | 4891 |
| HCG354 | 5656 | 5669 |
| HCG354 | 7620 | 7641 |
| HCG354 | 7650 | 7683 |
| HCG354 | 7713 | 7726 |
| HCG354 | 8017 | 8050 |
| HCG354 | 8202 | 8219 |
| HCG358 | 1590 | 1623 |
| HCG358 | 2213 | 2230 |
| HCG358 | 2232 | 2268 |
| HCG358 | 2494 | 2513 |
| HCG358 | 2561 | 2576 |
| HCG358 | 2712 | 2743 |
| HCG358 | 2806 | 2806 |
| HCG358 | 4922 | 4958 |
| HCG359 | 3643 | 3661 |
| HCG360 | 8071 | 8106 |
| HCG367 | 3796 | 3796 |
| LAL076 | 10741 | 10757 |
| N1A014 | 1123 | 1143 |
| N5M004 | 1217 | 1240 |
| N5M004 | 1273 | 1313 |
| N5M004 | 1693 | 1703 |
| N5M004 | 1986 | 2018 |
| OSE017 | 19655 | 19676 |
| OSE017 | 19677 | 19697 |
| OSE017 | 19698 | 19718 |
| OSE020 | 10145 | 10166 |
| OSE020 | 10167 | 10187 |
| OSE020 | 10188 | 10208 |
| OSE020 | 50584 | 50605 |
| OSE020 | 50606 | 50626 |
| OSE020 | 50627 | 50647 |
| S1I004 | 4551 | 4573 |
| SNL001 | 3472 | 3495 |
| SNL001 | 3613 | 3635 |
| SNL006 | 2423 | 2443 |
| SNL011 | 6639 | 6655 |
| SNL011 | 12238 | 12258 |
| SNL011 | 12269 | 12289 |
| SNL011 | 12590 | 12610 |
| SNL011 | 12630 | 12650 |
| SNL011 | 12659 | 12679 |
| SNL011 | 12731 | 12751 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL011 | 12759 | 12779 |
| SNL011 | 13142 | 13160 |
| SNL013 | 3667 | 3690 |
| SNL013 | 3732 | 3748 |
| SNL013 | 3751 | 3773 |
| SNL013 | 4335 | 4358 |
| SNL013 | 4590 | 4612 |
| SNL013 | 4895 | 4917 |
| SNL013 | 5407 | 5430 |
| SNL013 | 7331 | 7347 |
| SNL013 | 7350 | 7372 |
| SNL014 | 2256 | 2274 |
| SNL014 | 2397 | 2417 |
| SNL014 | 2423 | 2443 |
| SNL014 | 2757 | 2777 |
| SNL014 | 2791 | 2811 |
| SNL014 | 8517 | 8533 |
| SNL015 | 577 | 593 |
| SNL015 | 6079 | 6099 |
| SNL015 | 6110 | 6130 |
| SNL015 | 6431 | 6451 |
| SNL015 | 6471 | 6491 |
| SNL015 | 6499 | 6519 |
| SNL015 | 6671 | 6691 |
| SNL015 | 6699 | 6719 |
| SNL016 | 561 | 583 |
| SNL016 | 1179 | 1202 |
| SNL016 | 5954 | 5976 |
| SNL016 | 6369 | 6392 |
| SNL016 | 9280 | 9300 |
| SNL018 | 4303 | 4325 |
| SNL018 | 4328 | 4350 |
| SNL018 | 5861 | 5884 |
| SNL018 | 5888 | 5911 |
| SNL018 | 5915 | 5938 |
| SNL019 | 126 | 142 |
| SNL019 | 230 | 250 |
| SNL019 | 252 | 272 |
| SNL019 | 291 | 311 |
| SNL019 | 316 | 336 |
| SNL019 | 339 | 359 |
| SNL019 | 369 | 389 |
| SNL019 | 393 | 413 |
| SNL019 | 473 | 491 |
| SNL035 | 1142 | 1158 |
| SNL035 | 1161 | 1177 |
| SNL035 | 5256 | 5272 |
| SNL035 | 5275 | 5291 |
| SNL035 | 5294 | 5310 |
| SNL035 | 5313 | 5329 |
| SNL060 | 2538 | 2558 |
| SNL060 | 2771 | 2791 |
| SNL060 | 3447 | 3469 |
| SNL060 | 3472 | 3495 |
| SNL060 | 3547 | 3569 |
| SNL060 | 3613 | 3635 |
| SNL060 | 3639 | 3664 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL071 | 2408 | 2428 |
| SNL083 | 6596 | 6618 |
| SNL083 | 6621 | 6644 |
| SNL083 | 6798 | 6814 |
| SNL083 | 6914 | 6936 |
| SNL091 | 6588 | 6604 |
| SNL091 | 11068 | 11088 |
| SNL091 | 11099 | 11119 |
| SNL091 | 11420 | 11440 |
| SNL091 | 11460 | 11480 |
| SNL091 | 11489 | 11509 |
| SNL091 | 11561 | 11581 |
| SNL091 | 11589 | 11609 |
| SNL091 | 11968 | 11986 |
| SNL102 | 1832 | 1855 |
| SNL102 | 1897 | 1913 |
| SNL102 | 2469 | 2491 |
| SNL102 | 2494 | 2517 |
| SNL102 | 2748 | 2770 |
| SNL102 | 3050 | 3072 |
| SNL102 | 3556 | 3579 |
| SNL102 | 5462 | 5478 |
| SNL102 | 5481 | 5503 |
| SNL102 | 5584 | 5602 |
| SNL102 | 8254 | 8272 |
| SNL102 | 8393 | 8413 |
| SNL102 | 8419 | 8439 |
| SNL102 | 8752 | 8772 |
| SNL102 | 8786 | 8806 |
| SNL102 | 13953 | 13969 |
| SNL103 | 574 | 590 |
| SNL103 | 4960 | 4980 |
| SNL103 | 4991 | 5011 |
| SNL103 | 5312 | 5332 |
| SNL103 | 5352 | 5372 |
| SNL103 | 5380 | 5400 |
| SNL103 | 5552 | 5572 |
| SNL103 | 5580 | 5600 |
| SNL104 | 556 | 578 |
| SNL104 | 1174 | 1197 |
| SNL104 | 5927 | 5949 |
| SNL104 | 6342 | 6365 |
| SNL104 | 9238 | 9258 |
| SNL107 | 9396 | 9418 |
| SNL107 | 9421 | 9443 |
| SNL107 | 10954 | 10977 |
| SNL107 | 10981 | 11004 |
| SNL107 | 11008 | 11031 |
| SNL108 | 4702 | 4718 |
| SNL108 | 4806 | 4826 |
| SNL108 | 4828 | 4848 |
| SNL108 | 4867 | 4887 |
| SNL108 | 4892 | 4912 |
| SNL108 | 4915 | 4935 |
| SNL108 | 4945 | 4965 |
| SNL108 | 4969 | 4989 |
| SNL108 | 5048 | 5066 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL111 | 37483 | 37499 |
| SNL111 | 37502 | 37518 |
| SNL111 | 37521 | 37543 |
| SNL111 | 41569 | 41585 |
| SNL111 | 41588 | 41604 |
| SNL111 | 41607 | 41623 |
| SNL111 | 41626 | 41648 |
| SNL111 | 41651 | 41673 |
| C2K001 | 4182 | 4227 |
| C2L001 | 343 | 370 |
| C2L001 | 2131 | 2153 |
| C2L001 | 2182 | 2212 |
| C2L001 | 2285 | 2309 |
| C2L001 | 2312 | 2331 |
| C2L004 | 319 | 335 |
| C2L006 | 925 | 950 |
| C2L010 | 163 | 209 |
| C2L010 | 305 | 344 |
| C2L010 | 493 | 538 |
| C2L010 | 644 | 687 |
| C2L010 | 759 | 798 |
| C2L010 | 811 | 852 |
| C2O009 | 748 | 777 |
| C2Q002 | 22 | 66 |
| C2R004 | 375 | 388 |
| C2R004 | 422 | 437 |
| C2R004 | 472 | 492 |
| C2R004 | 801 | 860 |
| C2R004 | 861 | 891 |
| C3E004 | 82 | 106 |
| N1A009 | 2577 | 2597 |
| OSE019 | 31584 | 31605 |
| OSE019 | 31606 | 31626 |
| OSE019 | 31627 | 31647 |
| PCG051 | 45673 | 45679 |
| PCG051 | 45680 | 45727 |
| PCG051 | 45728 | 45787 |
| PCG051 | 45788 | 45875 |
| PCG051 | 45876 | 45906 |
| PCG051 | 45907 | 45938 |
| PCG051 | 45939 | 45943 |
| PCG051 | 45944 | 45965 |
| PCG051 | 45966 | 45986 |
| PCG051 | 45987 | 46019 |
| PCG051 | 46020 | 46040 |
| PCG051 | 46041 | 46056 |
| PCG051 | 46057 | 46091 |
| PCG051 | 46092 | 46133 |
| PCG051 | 46134 | 46147 |
| PCG051 | 46148 | 46155 |
| PCG051 | 46156 | 46163 |
| PCG051 | 46164 | 46171 |
| PCG051 | 46172 | 46179 |
| PCG051 | 46180 | 46187 |
| PCG051 | 46548 | 46552 |
| PCG052 | 27589 | 27602 |
| S2N021 | 381 | 398 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| C2O001 | 3288 | 3309 |
| C2O005 | 410 | 458 |
| C2O005 | 1808 | 1851 |
| C2O005 | 1853 | 1886 |
| C2O005 | 1923 | 1953 |
| C2Q001 | 515 | 559 |
| C2T001 | 6393 | 6414 |
| C2T001 | 6417 | 6447 |
| C2T001 | 6490 | 6534 |
| C2K001 | 4032 | 4056 |
| C2K001 | 4061 | 4085 |
| C2K001 | 4237 | 4257 |
| C2L001 | 2378 | 2402 |
| C2L001 | 2432 | 2459 |
| C2L004 | 338 | 351 |
| C2L004 | 354 | 369 |
| C2L006 | 953 | 974 |
| C2L010 | 98 | 122 |
| C2L010 | 211 | 259 |
| C2L010 | 261 | 303 |
| C2L010 | 406 | 421 |
| C2L010 | 447 | 491 |
| C2L010 | 689 | 722 |
| C2L010 | 724 | 757 |
| C2L010 | 854 | 892 |
| C2O008 | 622 | 640 |
| C2O008 | 747 | 771 |
| C2O009 | 969 | 993 |
| C2O012 | 1820 | 1860 |
| C2O012 | 1893 | 1914 |
| C2R004 | 173 | 222 |
| C2R004 | 353 | 374 |
| C2R004 | 389 | 406 |
| C2R004 | 438 | 471 |
| C2R004 | 892 | 913 |
| C2U003 | 478 | 517 |
| C2U003 | 674 | 699 |
| C2U003 | 1180 | 1204 |
| C2U004 | 59 | 74 |
| C2U004 | 104 | 121 |
| C2U004 | 144 | 174 |
| C2U004 | 398 | 442 |
| C2U004 | 485 | 518 |
| C3E001 | 302 | 327 |
| C3E020 | 40 | 84 |
| C3E020 | 182 | 225 |
| C3E020 | 357 | 395 |
| EET009 | 28 | 67 |
| EET009 | 83 | 125 |
| EET009 | 129 | 153 |
| EET009 | 161 | 188 |
| EET009 | 253 | 297 |
| EET009 | 336 | 368 |
| EET009 | 387 | 425 |
| EET009 | 480 | 504 |
| EET009 | 508 | 531 |
| EET009 | 534 | 572 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| EET009 | 1133 | 1168 |
| EET009 | 1184 | 1217 |
| EET009 | 1237 | 1276 |
| EET009 | 1352 | 1401 |
| EET009 | 1404 | 1433 |
| EET009 | 1453 | 1484 |
| EET012 | 6 | 30 |
| NVY008 | 7930 | 7979 |
| C2O001 | 206 | 223 |
| C2O001 | 3312 | 3328 |
| C2O001 | 3364 | 3379 |
| C2O002 | 462 | 501 |
| C2O003 | 292 | 336 |
| C2O005 | 102 | 123 |
| C2O005 | 184 | 221 |
| C2O005 | 223 | 269 |
| C2O005 | 271 | 320 |
| C2O005 | 460 | 492 |
| C2O005 | 655 | 691 |
| C2O005 | 1380 | 1424 |
| C2O005 | 1426 | 1470 |
| C2O005 | 1472 | 1519 |
| C2O005 | 1955 | 1992 |
| C2O005 | 2102 | 2141 |
| C2O005 | 2225 | 2266 |
| C2O005 | 2268 | 2309 |
| C2R001 | 294 | 335 |
| C2L001 | 135 | 158 |
| C2L001 | 396 | 423 |
| C2L001 | 424 | 447 |
| C2L001 | 537 | 573 |
| C2L001 | 574 | 596 |
| C2L001 | 597 | 619 |
| C2L001 | 676 | 696 |
| C2L001 | 3129 | 3147 |
| C2L001 | 3311 | 3337 |
| C2L001 | 820 | 829 |
| C2L001 | 996 | 1016 |
| C2L001 | 2156 | 2178 |
| C2L001 | 2244 | 2270 |
| C2L001 | 2273 | 2282 |
| C2L001 | 2406 | 2429 |
| C2L010 | 125 | 161 |
| C2L010 | 347 | 365 |
| C2L010 | 368 | 390 |
| C2O008 | 5140 | 5163 |
| C2O008 | 5261 | 5300 |
| LAL076 | 10493 | 10515 |
| LAL076 | 10518 | 10541 |
| LAL076 | 10542 | 10565 |
| LAL076 | 10758 | 10774 |
| LAL076 | 10921 | 10941 |
| LAL076 | 10942 | 10962 |
| LAL076 | 10963 | 10983 |
| LAL076 | 10984 | 11004 |
| LAL076 | 11005 | 11025 |
| LAL076 | 11109 | 11131 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| LAL180 | 1811 | 1834 |
| LAL180 | 1835 | 1858 |
| LAL180 | 2531 | 2549 |
| LAL180 | 2627 | 2647 |
| LAL180 | 2679 | 2699 |
| LAL180 | 2709 | 2729 |
| LAL180 | 2739 | 2759 |
| LAL180 | 2859 | 2879 |
| LAL180 | 3061 | 3083 |
| LAL180 | 3166 | 3174 |
| LAL186 | 5535 | 5558 |
| C2K001 | 4086 | 4109 |
| C2K001 | 4138 | 4164 |
| C2L002 | 5625 | 5670 |
| C2L004 | 379 | 406 |
| C2L004 | 409 | 432 |
| C2L006 | 895 | 922 |
| C2L006 | 978 | 1002 |
| C2O008 | 521 | 543 |
| C2O008 | 575 | 601 |
| C2O008 | 703 | 743 |
| C2O008 | 774 | 796 |
| C2O008 | 849 | 871 |
| C2O008 | 1333 | 1366 |
| C2O008 | 1556 | 1587 |
| C2U003 | 249 | 286 |
| C2U003 | 607 | 628 |
| C2U003 | 737 | 763 |
| C2U003 | 828 | 851 |
| C2U003 | 925 | 952 |
| LAL076 | 11086 | 11108 |
| LAL180 | 2512 | 2530 |
| LAL180 | 2606 | 2626 |
| LAL180 | 2771 | 2791 |
| LAL180 | 2793 | 2813 |
| LAL180 | 2815 | 2835 |
| LAL180 | 2838 | 2858 |
| LAL180 | 3038 | 3060 |
| LAL186 | 4222 | 4244 |
| LAL186 | 14134 | 14154 |
| LAL186 | 14178 | 14198 |
| LAL186 | 14486 | 14506 |
| LAL186 | 14586 | 14606 |
| LAL186 | 14716 | 14736 |
| LAL186 | 15199 | 15217 |
| HCG247 | 7909 | 7928 |
| HCG247 | 8116 | 8137 |
| HCG247 | 8364 | 8384 |
| HCG247 | 19426 | 19441 |
| HCG247 | 19760 | 19779 |
| HCG247 | 20735 | 20756 |
| IGS627 | 3083 | 3100 |
| IMV690 | 37541 | 37562 |
| IMV690 | 37563 | 37604 |
| IMV690 | 37615 | 37659 |
| NVY008 | 7980 | 8004 |
| NVY008 | 8058 | 8082 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG380 | 3507 | 3536 |
| HCG381 | 503 | 529 |
| HCG381 | 658 | 693 |
| HCG381 | 696 | 718 |
| HCG381 | 769 | 794 |
| HCG381 | 797 | 835 |
| HCG381 | 888 | 925 |
| HCG381 | 1039 | 1064 |
| HCG381 | 1066 | 1103 |
| HCG381 | 1203 | 1241 |
| HCG381 | 1244 | 1269 |
| HCG381 | 1319 | 1359 |
| HCG381 | 1438 | 1479 |
| HCG381 | 1483 | 1520 |
| HCG381 | 1609 | 1648 |
| HCG381 | 1706 | 1742 |
| HCG381 | 1816 | 1856 |
| HCG381 | 2236 | 2268 |
| HCG381 | 2271 | 2303 |
| HCG381 | 2564 | 2597 |
| HCG381 | 2600 | 2629 |
| HCG381 | 2654 | 2686 |
| HCG381 | 2844 | 2852 |
| HCG381 | 2870 | 2901 |
| HCG381 | 2970 | 3004 |
| HCG381 | 3299 | 3326 |
| HCG381 | 3653 | 3674 |
| HCG383 | 2112 | 2128 |
| HCG383 | 3759 | 3777 |
| HCG383 | 3942 | 3962 |
| HCG383 | 4478 | 4493 |
| HCG383 | 4600 | 4619 |
| HCG383 | 4819 | 4839 |
| HCG383 | 5121 | 5140 |
| HCG383 | 5446 | 5466 |
| HCG383 | 5514 | 5539 |
| HCG383 | 6604 | 6627 |
| HCG383 | 7557 | 7580 |
| HCG383 | 7834 | 7853 |
| HCG383 | 8238 | 8259 |
| HCG383 | 8660 | 8680 |
| HCG383 | 8901 | 8922 |
| HCG383 | 8924 | 8957 |
| HCG383 | 9085 | 9101 |
| HCG383 | 9104 | 9137 |
| HCG383 | 9204 | 9234 |
| HCG383 | 9391 | 9408 |
| HCG383 | 9418 | 9455 |
| HCG383 | 9763 | 9777 |
| HCG383 | 9787 | 9823 |
| HCG383 | 10091 | 10112 |
| HCG383 | 10124 | 10165 |
| HCG383 | 10558 | 10582 |
| HCG383 | 10585 | 10631 |
| HCG383 | 11199 | 11212 |
| HCG383 | 12268 | 12287 |
| HCG383 | 12298 | 12336 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG383 | 12834 | 12859 |
| HCG383 | 12862 | 12902 |
| HCG383 | 14091 | 14115 |
| HCG383 | 14121 | 14160 |
| HCG383 | 14862 | 14879 |
| HCG383 | 14881 | 14917 |
| HCG383 | 15207 | 15216 |
| HCG383 | 15218 | 15252 |
| HCG383 | 15617 | 15632 |
| HCG383 | 15634 | 15667 |
| HCG383 | 16384 | 16404 |
| HCG383 | 17206 | 17238 |
| HCG383 | 17382 | 17414 |
| HCG383 | 18252 | 18272 |
| HCG384 | 8139 | 8164 |
| HCG384 | 10327 | 10351 |
| HCG384 | 10625 | 10649 |
| HCG384 | 12182 | 12213 |
| HCG386 | 14876 | 14898 |
| HCG387 | 1 | 9 |
| HCG387 | 95 | 100 |
| HCG387 | 15263 | 15293 |
| HCG387 | 16585 | 16585 |
| HCG390 | 7240 | 7241 |
| HCG404 | 7605 | 7626 |
| HCG413 | 2831 | 2857 |
| HCG413 | 2973 | 2998 |
| HCG413 | 3001 | 3032 |
| HCG413 | 3045 | 3071 |
| HCG413 | 3076 | 3102 |
| HCG413 | 3190 | 3216 |
| HCG413 | 3478 | 3512 |
| HCG413 | 3837 | 3871 |
| HCG413 | 12292 | 12338 |
| HCG414 | 7534 | 7550 |
| HCG414 | 7574 | 7590 |
| HCG414 | 7613 | 7628 |
| HCG414 | 7630 | 7663 |
| HCG414 | 7666 | 7681 |
| HCG414 | 7690 | 7712 |
| HCG414 | 7714 | 7755 |
| HCG414 | 10829 | 10852 |
| HCG414 | 11401 | 11425 |
| HCG414 | 11449 | 11494 |
| HCG414 | 11871 | 11898 |
| HCG414 | 11980 | 12004 |
| HCG415 | 222 | 258 |
| HCG415 | 309 | 349 |
| HCG415 | 438 | 475 |
| HCG415 | 516 | 560 |
| HCG415 | 600 | 642 |
| HCG419 | 16715 | 16737 |
| HCG420 | 4707 | 4707 |
| HCG422 | 1604 | 1620 |
| HCG422 | 1854 | 1873 |
| HCG422 | 1900 | 1931 |
| HCG423 | 3238 | 3265 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery

Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG423 | 3417 | 3441 |
| HCG424 | 720 | 745 |
| HCG424 | 921 | 945 |
| HCG424 | 3023 | 3056 |
| HCG424 | 3332 | 3379 |
| HCG424 | 3393 | 3420 |
| HCG424 | 3681 | 3725 |
| HCG424 | 3726 | 3756 |
| HCG424 | 3757 | 3788 |
| HCG424 | 3789 | 3827 |
| HCG424 | 3828 | 3874 |
| HCG424 | 4096 | 4123 |
| HCG424 | 4124 | 4150 |
| HCG424 | 4159 | 4174 |
| HCG424 | 4231 | 4250 |
| HCG424 | 5000 | 5034 |
| HCG425 | 98 | 140 |
| HCG425 | 906 | 919 |
| HCG425 | 2444 | 2481 |
| HCG425 | 3425 | 3458 |
| HCG425 | 4515 | 4540 |
| HCG425 | 4582 | 4597 |
| HCG425 | 4826 | 4847 |
| HCG425 | 4848 | 4868 |
| HCG425 | 5405 | 5425 |
| HCG425 | 5451 | 5483 |
| HCG425 | 5688 | 5708 |
| HCG425 | 5713 | 5726 |
| HCG425 | 5841 | 5860 |
| HCG425 | 6027 | 6051 |
| HCG425 | 6333 | 6366 |
| HCG425 | 6410 | 6451 |
| HCG425 | 6455 | 6471 |
| HCG425 | 6519 | 6552 |
| HCG425 | 6553 | 6574 |
| HCG425 | 6655 | 6675 |
| HCG425 | 6704 | 6723 |
| HCG425 | 6891 | 6935 |
| HCG425 | 6936 | 6961 |
| HCG425 | 6962 | 7006 |
| HCG425 | 7668 | 7701 |
| HCG425 | 8085 | 8125 |
| HCG425 | 8382 | 8401 |
| HCG425 | 8402 | 8447 |
| HCG425 | 8454 | 8476 |
| HCG425 | 8517 | 8532 |
| HCG425 | 8533 | 8575 |
| HCG425 | 8839 | 8857 |
| HCG425 | 10645 | 10662 |
| HCG425 | 10728 | 10753 |
| HCG425 | 10820 | 10829 |
| HCG425 | 11311 | 11357 |
| HCG425 | 11449 | 11464 |
| HCG425 | 11490 | 11513 |
| HCG426 | 475 | 527 |
| HCG426 | 1568 | 1589 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG426 | 1638 | 1667 |
| HCG426 | 2068 | 2084 |
| HCG426 | 2878 | 2903 |
| HCG426 | 3671 | 3708 |
| HCG426 | 3885 | 3913 |
| HCG426 | 4565 | 4586 |
| HCG426 | 5758 | 5783 |
| HCG426 | 5864 | 5884 |
| HCG426 | 5885 | 5902 |
| HCG426 | 6032 | 6065 |
| HCG426 | 6066 | 6104 |
| HCG426 | 6777 | 6821 |
| HCG426 | 6853 | 6870 |
| HCG426 | 6940 | 6966 |
| HCG426 | 8027 | 8059 |
| HCG427 | 448 | 468 |
| HCG427 | 491 | 518 |
| HCG427 | 777 | 793 |
| HCG427 | 1048 | 1080 |
| HCG427 | 1428 | 1452 |
| HCG427 | 1880 | 1910 |
| HCG427 | 2089 | 2115 |
| HCG427 | 2473 | 2494 |
| HCG427 | 3574 | 3613 |
| HCG427 | 4853 | 4890 |
| HCG427 | 4891 | 4923 |
| HCG427 | 5103 | 5139 |
| HCG427 | 5201 | 5227 |
| HCG427 | 5265 | 5297 |
| HCG427 | 5320 | 5357 |
| HCG427 | 5502 | 5543 |
| HCG427 | 5624 | 5663 |
| HCG427 | 5675 | 5698 |
| HCG427 | 5751 | 5778 |
| HCG427 | 6088 | 6103 |
| HCG427 | 6108 | 6143 |
| HCG427 | 6176 | 6199 |
| HCG427 | 6498 | 6583 |
| HCG427 | 7236 | 7285 |
| HCG427 | 7297 | 7315 |
| HCG427 | 7332 | 7371 |
| HCG428 | 889 | 930 |
| HCG428 | 963 | 1004 |
| HCG428 | 1328 | 1350 |
| HCG428 | 1676 | 1703 |
| HCG428 | 1760 | 1798 |
| HCG428 | 1802 | 1836 |
| HCG428 | 2616 | 2645 |
| HCG428 | 3289 | 3334 |
| HCG428 | 3341 | 3426 |
| HCG428 | 3440 | 3480 |
| HCG428 | 3945 | 3975 |
| HCG428 | 3999 | 4021 |
| HCG428 | 4033 | 4056 |
| HCG428 | 4072 | 4109 |
| HCG428 | 4220 | 4246 |
| HCG428 | 4248 | 4283 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG428 | 4315 | 4339 |
| HCG428 | 4563 | 4650 |
| HCG428 | 4668 | 4691 |
| HCG428 | 4782 | 4829 |
| HCG428 | 4909 | 4931 |
| HCG428 | 5471 | 5514 |
| HCG428 | 5549 | 5573 |
| HCG428 | 5583 | 5606 |
| HCG428 | 5757 | 5791 |
| HCG428 | 5850 | 5876 |
| HCG428 | 6221 | 6241 |
| HCG429 | 1 | 15 |
| HCG429 | 414 | 499 |
| HCG429 | 1132 | 1159 |
| HCG429 | 1299 | 1338 |
| HCG429 | 1538 | 1574 |
| HCG429 | 1575 | 1610 |
| HCG429 | 1969 | 2008 |
| HCG429 | 2149 | 2189 |
| HCG429 | 2202 | 2239 |
| HCG429 | 2326 | 2353 |
| HCG429 | 2406 | 2426 |
| HCG429 | 2427 | 2464 |
| HCG429 | 2675 | 2744 |
| HCG429 | 2749 | 2783 |
| HCG429 | 2784 | 2818 |
| HCG429 | 2819 | 2855 |
| HCG429 | 3327 | 3354 |
| HCG429 | 3581 | 3626 |
| HCG429 | 4079 | 4126 |
| HCG429 | 4157 | 4194 |
| HCG429 | 4195 | 4228 |
| HCG429 | 4232 | 4256 |
| HCG429 | 4286 | 4318 |
| HCG429 | 4504 | 4536 |
| HCG429 | 4706 | 4750 |
| HCG429 | 4779 | 4802 |
| HCG429 | 5247 | 5280 |
| HCG429 | 5305 | 5346 |
| HCG429 | 5368 | 5406 |
| HCG429 | 5637 | 5678 |
| HCG429 | 5737 | 5757 |
| HCG429 | 5775 | 5806 |
| HCG429 | 5816 | 5860 |
| HCG429 | 6030 | 6069 |
| HCG429 | 6103 | 6113 |
| HCG429 | 6727 | 6747 |
| HCG429 | 7009 | 7032 |
| HCG430 | 339 | 370 |
| HCG430 | 1570 | 1603 |
| HCG430 | 1767 | 1808 |
| HCG430 | 1856 | 1872 |
| HCG430 | 2761 | 2779 |
| HCG430 | 2826 | 2994 |
| HCG430 | 3014 | 3062 |
| HCG430 | 3070 | 3096 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery

Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG430 | 3391 | 3417 |
| HCG430 | 3604 | 3644 |
| HCG430 | 4308 | 4337 |
| HCG430 | 4574 | 4607 |
| HCG430 | 4869 | 4905 |
| HCG431 | 3725 | 3764 |
| HCG431 | 4258 | 4258 |
| HCG431 | 4287 | 4287 |
| HCG431 | 4288 | 4288 |
| HCG433 | 3806 | 3817 |
| HCG434 | 10354 | 10354 |
| HCG434 | 10378 | 10378 |
| HCG434 | 11121 | 11121 |
| HCG434 | 11129 | 11129 |
| HCG434 | 11138 | 11138 |
| HCG434 | 11139 | 11139 |
| HCG434 | 11182 | 11182 |
| HCG434 | 11848 | 11848 |
| HCG434 | 11995 | 11995 |
| HCG434 | 11998 | 11998 |
| HCG434 | 12126 | 12126 |
| HCG434 | 12142 | 12142 |
| HCG434 | 12148 | 12148 |
| HCG434 | 12157 | 12157 |
| HCG434 | 12164 | 12164 |
| HCG434 | 12366 | 12366 |
| HCG434 | 12390 | 12390 |
| HCG434 | 12525 | 12525 |
| HCG434 | 12526 | 12526 |
| HCG434 | 12564 | 12564 |
| HCG434 | 12650 | 12650 |
| HCG434 | 12690 | 12690 |
| HCG434 | 12701 | 12701 |
| HCG434 | 12726 | 12726 |
| HCG434 | 12738 | 12738 |
| HCG434 | 12777 | 12777 |
| HCG434 | 12811 | 12811 |
| HCG434 | 12814 | 12814 |
| HCG434 | 12913 | 12913 |
| HCG434 | 13057 | 13057 |
| HCG434 | 13265 | 13265 |
| HCG434 | 13272 | 13272 |
| HCG434 | 13338 | 13338 |
| HCG434 | 13401 | 13401 |
| HCG434 | 13472 | 13472 |
| HCG434 | 13480 | 13480 |
| HCG434 | 13499 | 13499 |
| HCG434 | 13848 | 13848 |
| HCG434 | 13862 | 13862 |
| HCG434 | 14181 | 14181 |
| HCG434 | 14323 | 14323 |
| HCG434 | 14350 | 14350 |
| HCG434 | 14512 | 14512 |
| HCG434 | 15376 | 15376 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG434 | 15377 | 15377 |
| HCG434 | 15572 | 15572 |
| HCG434 | 15611 | 15611 |
| HCG434 | 15622 | 15622 |
| HCG434 | 15624 | 15624 |
| HCG434 | 15625 | 15625 |
| HCG434 | 15637 | 15637 |
| HCG434 | 15640 | 15640 |
| HCG434 | 15682 | 15682 |
| HCG434 | 15752 | 15752 |
| HCG434 | 15815 | 15815 |
| HCG435 | 4 | 4 |
| HCG435 | 18 | 18 |
| HCG435 | 42 | 42 |
| HCG435 | 54 | 54 |
| HCG435 | 59 | 59 |
| HCG435 | 65 | 65 |
| HCG435 | 113 | 113 |
| HCG435 | 861 | 861 |
| HCG435 | 862 | 862 |
| HCG435 | 869 | 869 |
| HCG435 | 877 | 877 |
| HCG435 | 881 | 881 |
| HCG435 | 1036 | 1036 |
| HCG435 | 1058 | 1058 |
| HCG435 | 1077 | 1077 |
| HCG435 | 1153 | 1153 |
| HCG435 | 1161 | 1161 |
| HCG435 | 1208 | 1209 |
| HCG435 | 1317 | 1317 |
| HCG435 | 1347 | 1347 |
| HCG435 | 1348 | 1348 |
| HCG435 | 1366 | 1366 |
| HCG435 | 1367 | 1367 |
| HCG435 | 1425 | 1425 |
| HCG435 | 1434 | 1434 |
| HCG435 | 1457 | 1457 |
| HCG435 | 1471 | 1471 |
| HCG435 | 1501 | 1516 |
| HCG435 | 1530 | 1530 |
| HCG435 | 1600 | 1600 |
| HCG435 | 1601 | 1601 |
| HCG435 | 1778 | 1778 |
| HCG435 | 1840 | 1840 |
| HCG435 | 2045 | 2045 |
| HCG435 | 2047 | 2047 |
| HCG435 | 2108 | 2108 |
| HCG435 | 2109 | 2109 |
| HCG435 | 2474 | 2474 |
| HCG435 | 2496 | 2496 |
| HCG435 | 2513 | 2513 |
| HCG435 | 2514 | 2514 |
| HCG435 | 2527 | 2527 |
| HCG435 | 2775 | 2775 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery
Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG435 | 2788 | 2789 |
| HCG435 | 2934 | 2934 |
| HCG435 | 3072 | 3072 |
| HCG435 | 3126 | 3126 |
| HCG435 | 3278 | 3278 |
| HCG435 | 3303 | 3303 |
| HCG435 | 3318 | 3318 |
| HCG435 | 3428 | 3428 |
| HCG435 | 3445 | 3445 |
| HCG435 | 3478 | 3478 |
| HCG435 | 3495 | 3495 |
| HCG435 | 3565 | 3565 |
| HCG435 | 3574 | 3574 |
| HCG435 | 3692 | 3692 |
| HCG435 | 3840 | 3840 |
| HCG435 | 3987 | 3987 |
| HCG435 | 4104 | 4104 |
| HCG435 | 5937 | 5946 |
| HCG437 | 26855 | 26882 |
| HCG437 | 26925 | 26969 |
| HCG437 | 27288 | 27329 |
| HCG437 | 27334 | 27358 |
| HCG437 | 27615 | 27638 |
| HCG437 | 27647 | 27694 |
| HCG437 | 27772 | 27817 |
| HCG437 | 27900 | 27927 |
| HCG437 | 28194 | 28224 |
| HCG437 | 28746 | 28787 |
| HCG437 | 28898 | 28931 |
| HCG437 | 29664 | 29681 |
| HCG437 | 30487 | 30506 |
| HCG437 | 36927 | 36946 |
| HCG437 | 36977 | 36996 |
| HCG437 | 37310 | 37337 |
| HCG438 | 9 | 41 |
| HCG438 | 514 | 535 |
| HCG438 | 540 | 571 |
| HCG438 | 2335 | 2372 |
| HCG438 | 2376 | 2409 |
| HCG438 | 14176 | 14198 |
| HCG438 | 19557 | 19598 |
| HCG438 | 19709 | 19730 |
| HCG438 | 19857 | 19875 |
| HCG438 | 21364 | 21401 |
| HCG438 | 24870 | 24908 |
| HCG438 | 25423 | 25463 |
| HCG439 | 9901 | 9928 |
| HCG439 | 28462 | 28503 |
| HCG439 | 29874 | 29913 |
| HCG439 | 33437 | 33477 |
| HCG439 | 43575 | 43597 |
| HCG439 | 43618 | 43640 |
| HCG440 | 421 | 466 |
| HCG440 | 517 | 541 |
| HCG440 | 2629 | 2658 |
| HCG440 | 5003 | 5036 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG440 | 6389 | 6420 |
| HCG440 | 10453 | 10494 |
| HCG440 | 10975 | 11005 |
| HCG440 | 11012 | 11056 |
| HCG440 | 11417 | 11464 |
| HCG440 | 11468 | 11512 |
| HCG440 | 12205 | 12227 |
| HCG440 | 12232 | 12255 |
| HCG440 | 12970 | 13003 |
| HCG440 | 13133 | 13162 |
| HCG440 | 13215 | 13247 |
| HCG440 | 13273 | 13305 |
| HCG440 | 13622 | 13655 |
| HCG440 | 16510 | 16525 |
| HCG440 | 19711 | 19733 |
| HCG440 | 22360 | 22384 |
| HCG441 | 655 | 673 |
| HCG441 | 4263 | 4279 |
| HCG441 | 5881 | 5901 |
| HCG441 | 9862 | 9903 |
| HCG441 | 9987 | 10018 |
| HCG441 | 10466 | 10488 |
| HCG441 | 11607 | 11607 |
| HCG441 | 12495 | 12536 |
| HCG441 | 12678 | 12715 |
| HCG441 | 13706 | 13730 |
| HCG441 | 13754 | 13799 |
| HCG441 | 13868 | 13881 |
| HCG441 | 13960 | 13990 |
| HCG441 | 17337 | 17368 |
| HCG441 | 21022 | 21037 |
| HCG441 | 21220 | 21240 |
| HCG441 | 22276 | 22292 |
| HCG441 | 23662 | 23662 |
| HCG441 | 23890 | 23910 |
| HCG442 | 29 | 49 |
| HCG442 | 476 | 491 |
| HCG442 | 814 | 858 |
| HCG442 | 860 | 909 |
| HCG442 | 4756 | 4787 |
| HCG442 | 6758 | 6773 |
| HCG442 | 9538 | 9577 |
| HCG442 | 11611 | 11638 |
| HCG442 | 12386 | 12416 |
| HCG442 | 13215 | 13235 |
| HCG442 | 14073 | 14093 |
| HCG442 | 17012 | 17030 |
| HCG442 | 19052 | 19083 |
| HCG442 | 19770 | 19796 |
| HCG442 | 21794 | 21839 |
| HCG443 | 11855 | 11882 |
| HCG443 | 18702 | 18740 |
| HCG443 | 18743 | 18768 |
| HCG443 | 20056 | 20097 |
| HCG443 | 20253 | 20280 |
| HCG444 | 950 | 992 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG444 | 1245 | 1261 |
| HCG444 | 1715 | 1739 |
| HCG444 | 2477 | 2496 |
| HCG444 | 3175 | 3175 |
| HCG444 | 3719 | 3743 |
| HCG444 | 7895 | 7947 |
| HCG444 | 12746 | 12768 |
| HCG444 | 12795 | 12815 |
| HCG444 | 25305 | 25338 |
| C2L001 | 1829 | 1848 |
| C2O001 | 173 | 203 |
| C2O001 | 3331 | 3344 |
| C2O001 | 3382 | 3401 |
| C2O003 | 376 | 410 |
| C2O005 | 1521 | 1565 |
| C2O005 | 1610 | 1655 |
| C3E015 | 392 | 412 |
| C3E015 | 592 | 612 |
| C3E015 | 751 | 768 |
| C3E015 | 789 | 814 |
| C3E015 | 829 | 853 |
| C3E015 | 876 | 889 |
| C3E015 | 914 | 930 |
| C3E015 | 951 | 972 |
| C3E015 | 1001 | 1014 |
| C3E015 | 1035 | 1054 |
| C3E015 | 1202 | 1225 |
| C3E015 | 1324 | 1351 |
| C3E015 | 1396 | 1418 |
| C3E015 | 1439 | 1463 |
| C3E016 | 293 | 309 |
| C3E016 | 312 | 325 |
| C3E016 | 328 | 343 |
| C3E017 | 92 | 119 |
| C3E017 | 122 | 147 |
| C3E020 | 23 | 38 |
| C3E020 | 86 | 131 |
| C3E020 | 133 | 180 |
| C3E020 | 227 | 260 |
| C3E020 | 314 | 355 |
| DEO069 | 2310 | 2356 |
| DEO069 | 2495 | 2541 |
| DEO069 | 2900 | 2944 |
| DEO069 | 4081 | 4119 |
| DEO069 | 6051 | 6093 |
| DEO069 | 6848 | 6895 |
| HCG445 | 34563 | 34590 |
| HCG445 | 34904 | 34941 |
| HCG445 | 35128 | 35161 |
| HCG445 | 39388 | 39414 |
| HCG446 | 1289 | 1330 |
| HCG446 | 2103 | 2147 |
| HCG446 | 4020 | 4057 |
| HCG446 | 4546 | 4586 |
| HCG446 | 6136 | 6166 |
| HCG446 | 6254 | 6296 |
| HCG446 | 6649 | 6690 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG446 | 6779 | 6788 |
| HCG446 | 7258 | 7294 |
| HCG446 | 8268 | 8307 |
| HCG446 | 8409 | 8442 |
| HCG446 | 8586 | 8606 |
| HCG446 | 8742 | 8773 |
| HCG446 | 9646 | 9681 |
| HCG446 | 9988 | 10028 |
| HCG446 | 10139 | 10186 |
| HCG446 | 10325 | 10363 |
| HCG446 | 10366 | 10391 |
| HCG446 | 10539 | 10586 |
| HCG447 | 161 | 184 |
| HCG447 | 902 | 927 |
| HCG447 | 3828 | 3873 |
| LAL180 | 3120 | 3145 |
| LAL180 | 7546 | 7586 |
| LAL180 | 7691 | 7731 |
| N1JX016 | 1392 | 1409 |
| N5M004 | 1165 | 1190 |
| N5M004 | 1365 | 1406 |
| N5M004 | 1447 | 1486 |
| N9R002 | 728 | 767 |
| NVY003 | 1568 | 1593 |
| NVY003 | 1594 | 1614 |
| NVY003 | 2264 | 2302 |
| NVY003 | 2303 | 2352 |
| NVY003 | 2392 | 2428 |
| NVY003 | 2479 | 2500 |
| NVY003 | 2501 | 2539 |
| NVY003 | 2540 | 2586 |
| NVY003 | 2640 | 2688 |
| NVY003 | 2689 | 2728 |
| NVY003 | 2729 | 2753 |
| NVY003 | 2859 | 2883 |
| NVY003 | 2996 | 3035 |
| NVY003 | 3075 | 3111 |
| NVY003 | 3256 | 3285 |
| NVY003 | 3389 | 3421 |
| NVY003 | 3535 | 3570 |
| NVY003 | 3760 | 3784 |
| NVY003 | 3808 | 3838 |
| NVY003 | 3890 | 3914 |
| NVY003 | 3915 | 3928 |
| NVY003 | 3929 | 3950 |
| NVY003 | 3951 | 3967 |
| NVY003 | 3968 | 3981 |
| NVY003 | 3982 | 3997 |
| NVY003 | 3998 | 4014 |
| NVY003 | 4015 | 4031 |
| NVY003 | 4032 | 4054 |
| NVY003 | 4055 | 4073 |
| NVY003 | 4157 | 4198 |
| NVY003 | 4199 | 4240 |
| NVY003 | 4241 | 4286 |
| NVY003 | 4287 | 4320 |
| NVY003 | 4321 | 4354 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| NVY003 | 4355 | 4385 |
| NVY003 | 4386 | 4419 |
| NVY003 | 4420 | 4459 |
| NVY003 | 4460 | 4497 |
| OSE116 | 2409 | 2450 |
| OSE116 | 4613 | 4652 |
| OSE117 | 1116 | 1151 |
| OSE231 | 21996 | 22049 |
| OSE231 | 22050 | 22086 |
| OSE231 | 22087 | 22128 |
| OSE231 | 22129 | 22170 |
| OSE248 | 3663 | 3712 |
| OSE249 | 1356 | 1395 |
| OSE249 | 1405 | 1449 |
| OSE471 | 2897 | 2930 |
| OSE471 | 3118 | 3148 |
| OSE471 | 3437 | 3473 |
| OSE471 | 3802 | 3841 |
| OSE479 | 4385 | 4428 |
| OSE479 | 4429 | 4470 |
| OSE479 | 4513 | 4554 |
| OSE479 | 4555 | 4596 |
| OSE681 | 4104 | 4148 |
| OSE681 | 4478 | 4518 |
| SNL107 | 10256 | 10283 |
| C2L001 | 2216 | 2240 |
| C2N005 | 1464 | 1484 |
| C2N005 | 1972 | 1992 |
| C3E014 | 1123 | 1150 |
| C3E014 | 1171 | 1195 |
| C3E014 | 1227 | 1243 |
| C3E014 | 1360 | 1383 |
| C3E014 | 1588 | 1607 |
| C3E014 | 1857 | 1880 |
| HCG160 | 6001 | 6024 |
| HCG160 | 6112 | 6135 |
| HCG214 | 6831 | 6893 |
| HCG215 | 16350 | 16438 |
| HCG215 | 16440 | 16440 |
| HCG215 | 16602 | 16672 |
| HCG215 | 16706 | 16753 |
| HCG215 | 17620 | 17650 |
| HCG215 | 18380 | 18410 |
| HCG215 | 18775 | 18841 |
| HCG215 | 18843 | 18843 |
| HCG215 | 18914 | 18914 |
| HCG324 | 14895 | 14917 |
| HCG324 | 17001 | 17032 |
| HCG325 | 4886 | 4895 |
| HCG325 | 4896 | 4930 |
| HCG325 | 4941 | 4972 |
| HCG325 | 5012 | 5031 |
| HCG325 | 5052 | 5073 |
| HCG325 | 11102 | 11126 |
| HCG325 | 11127 | 11146 |
| HCG325 | 11147 | 11169 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG325 | 11170 | 11195 |
| HCG325 | 11196 | 11220 |
| HCG325 | 11221 | 11251 |
| HCG325 | 11252 | 11275 |
| HCG325 | 11276 | 11300 |
| HCG325 | 11301 | 11328 |
| HCG325 | 11329 | 11350 |
| HCG325 | 11351 | 11396 |
| HCG325 | 11710 | 11735 |
| HCG325 | 11736 | 11758 |
| HCG325 | 11759 | 11806 |
| HCG325 | 11807 | 11860 |
| HCG325 | 11861 | 11906 |
| HCG325 | 11907 | 11946 |
| HCG325 | 11947 | 11987 |
| HCG325 | 11988 | 12025 |
| HCG325 | 12026 | 12070 |
| HCG325 | 12071 | 12118 |
| HCG325 | 12119 | 12163 |
| HCG325 | 12164 | 12209 |
| HCG325 | 12210 | 12253 |
| HCG325 | 12254 | 12293 |
| HCG325 | 12294 | 12335 |
| HCG326 | 15268 | 15309 |
| HCG326 | 15313 | 15340 |
| HCG326 | 19318 | 19337 |
| HCG326 | 19338 | 19362 |
| HCG327 | 1613 | 1662 |
| HCG327 | 1663 | 1699 |
| HCG327 | 1700 | 1721 |
| HCG327 | 1722 | 1745 |
| HCG327 | 1746 | 1792 |
| HCG327 | 1793 | 1845 |
| HCG327 | 1846 | 1887 |
| HCG327 | 1888 | 1915 |
| HCG327 | 1916 | 1945 |
| HCG327 | 1946 | 1969 |
| HCG327 | 1970 | 1992 |
| HCG327 | 1993 | 2015 |
| HCG327 | 2016 | 2040 |
| HCG327 | 2041 | 2083 |
| HCG327 | 2084 | 2123 |
| HCG327 | 5508 | 5540 |
| HCG327 | 5753 | 5788 |
| HCG327 | 5829 | 5853 |
| HCG327 | 5854 | 5898 |
| HCG327 | 5951 | 5977 |
| HCG327 | 6052 | 6091 |
| HCG327 | 6216 | 6243 |
| HCG327 | 8221 | 8262 |
| HCG327 | 8378 | 8408 |
| HCG327 | 9093 | 9116 |
| HCG327 | 9117 | 9158 |
| HCG327 | 9175 | 9202 |
| HCG327 | 9209 | 9234 |
| HCG327 | 9366 | 9391 |
| HCG327 | 9392 | 9436 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG327 | 9657 | 9695 |
| HCG327 | 9696 | 9733 |
| HCG327 | 9984 | 10025 |
| HCG327 | 11696 | 11735 |
| HCG327 | 11736 | 11773 |
| HCG327 | 11786 | 11811 |
| HCG327 | 11812 | 11832 |
| HCG327 | 11932 | 11969 |
| HCG327 | 12329 | 12369 |
| HCG327 | 12370 | 12410 |
| HCG327 | 12541 | 12589 |
| HCG327 | 12602 | 12626 |
| HCG327 | 12719 | 12737 |
| HCG327 | 13091 | 13178 |
| HCG327 | 13349 | 13376 |
| HCG327 | 13384 | 13432 |
| HCG327 | 13433 | 13462 |
| HCG327 | 13643 | 13663 |
| HCG327 | 15506 | 15547 |
| HCG327 | 15618 | 15658 |
| HCG327 | 16372 | 16397 |
| HCG327 | 18489 | 18527 |
| HCG327 | 18558 | 18580 |
| HCG327 | 18618 | 18658 |
| HCG327 | 18695 | 18732 |
| HCG327 | 18807 | 18848 |
| HCG327 | 23224 | 23246 |
| HCG327 | 23345 | 23384 |
| HCG327 | 23583 | 23612 |
| HCG327 | 23616 | 23645 |
| HCG327 | 23659 | 23711 |
| HCG327 | 23713 | 23765 |
| HCG327 | 23893 | 23917 |
| HCG327 | 23942 | 23987 |
| HCG327 | 23991 | 24015 |
| HCG327 | 24017 | 24062 |
| HCG327 | 24090 | 24112 |
| HCG327 | 24144 | 24166 |
| HCG327 | 24169 | 24202 |
| HCG327 | 24205 | 24238 |
| HCG327 | 24269 | 24302 |
| HCG327 | 24319 | 24352 |
| HCG328 | 3 | 36 |
| HCG328 | 39 | 72 |
| HCG328 | 77 | 88 |
| HCG328 | 106 | 149 |
| HCG328 | 153 | 172 |
| HCG328 | 174 | 217 |
| HCG328 | 346 | 385 |
| HCG328 | 388 | 404 |
| HCG328 | 414 | 436 |
| HCG328 | 438 | 482 |
| HCG328 | 542 | 563 |
| HCG328 | 565 | 606 |
| HCG328 | 609 | 630 |
| HCG328 | 662 | 680 |
| HCG328 | 682 | 723 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG328 | 727 | 745 |
| HCG328 | 747 | 791 |
| HCG328 | 831 | 853 |
| HCG328 | 889 | 914 |
| HCG328 | 916 | 961 |
| HCG328 | 963 | 1008 |
| HCG328 | 1038 | 1062 |
| HCG328 | 1064 | 1111 |
| HCG328 | 1113 | 1160 |
| HCG328 | 1190 | 1212 |
| HCG328 | 1214 | 1258 |
| HCG328 | 1274 | 1319 |
| HCG328 | 1349 | 1372 |
| HCG328 | 1374 | 1415 |
| HCG328 | 1420 | 1443 |
| HCG328 | 1445 | 1486 |
| HCG328 | 1527 | 1557 |
| HCG328 | 1559 | 1603 |
| HCG328 | 1607 | 1637 |
| HCG328 | 1639 | 1683 |
| HCG328 | 1685 | 1729 |
| HCG328 | 1745 | 1769 |
| HCG328 | 1771 | 1816 |
| HCG328 | 1821 | 1845 |
| HCG328 | 1902 | 1949 |
| HCG328 | 1951 | 1998 |
| HCG328 | 2002 | 2029 |
| HCG328 | 2069 | 2095 |
| HCG328 | 2097 | 2150 |
| HCG328 | 2176 | 2200 |
| HCG328 | 2260 | 2306 |
| HCG328 | 2310 | 2334 |
| HCG328 | 2336 | 2382 |
| HCG328 | 2386 | 2410 |
| HCG328 | 2460 | 2509 |
| HCG328 | 2513 | 2540 |
| HCG328 | 2542 | 2591 |
| HCG328 | 2596 | 2623 |
| HCG328 | 2678 | 2730 |
| HCG328 | 2733 | 2762 |
| HCG328 | 2764 | 2816 |
| HCG328 | 2820 | 2849 |
| HCG328 | 2907 | 2955 |
| HCG328 | 2959 | 2982 |
| HCG328 | 2986 | 3009 |
| HCG328 | 3024 | 3065 |
| HCG328 | 3067 | 3108 |
| HCG328 | 3111 | 3138 |
| HCG328 | 3142 | 3169 |
| HCG328 | 3184 | 3206 |
| HCG328 | 3208 | 3250 |
| HCG328 | 3264 | 3287 |
| HCG328 | 3289 | 3327 |
| HCG328 | 3329 | 3367 |
| HCG328 | 3371 | 3394 |
| HCG328 | 3445 | 3466 |
| HCG328 | 3468 | 3504 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG328 | 3506 | 3542 |
| HCG328 | 3545 | 3566 |
| HCG328 | 3605 | 3643 |
| HCG328 | 3646 | 3669 |
| HCG328 | 3684 | 3706 |
| HCG328 | 3708 | 3747 |
| HCG328 | 3770 | 3794 |
| HCG328 | 3796 | 3835 |
| HCG328 | 3839 | 3863 |
| HCG328 | 3865 | 3904 |
| HCG328 | 3906 | 3946 |
| HCG328 | 3950 | 3975 |
| HCG328 | 4213 | 4251 |
| HCG328 | 4254 | 4273 |
| HCG328 | 4275 | 4312 |
| HCG328 | 4361 | 4369 |
| HCG328 | 4383 | 4413 |
| HCG328 | 4444 | 4465 |
| HCG328 | 4504 | 4543 |
| HCG328 | 4570 | 4614 |
| HCG328 | 4628 | 4668 |
| HCG328 | 4700 | 4737 |
| HCG328 | 4740 | 4781 |
| HCG328 | 4809 | 4850 |
| HCG328 | 4865 | 4905 |
| HCG328 | 4908 | 4948 |
| HCG328 | 4975 | 5019 |
| HCG328 | 5022 | 5066 |
| HCG328 | 5069 | 5113 |
| HCG328 | 5145 | 5154 |
| HCG328 | 5157 | 5193 |
| HCG328 | 5196 | 5229 |
| HCG328 | 5688 | 5729 |
| HCG328 | 6273 | 6299 |
| HCG328 | 6795 | 6830 |
| HCG328 | 9108 | 9133 |
| HCG328 | 10044 | 10063 |
| HCG328 | 10065 | 10085 |
| HCG328 | 10781 | 10826 |
| HCG328 | 10828 | 10873 |
| HCG328 | 10875 | 10924 |
| HCG328 | 10926 | 10972 |
| HCG328 | 10974 | 11026 |
| HCG328 | 11028 | 11075 |
| HCG328 | 11077 | 11130 |
| HCG328 | 11132 | 11176 |
| HCG328 | 11178 | 11226 |
| HCG328 | 11230 | 11254 |
| HCG328 | 11258 | 11282 |
| HCG328 | 11286 | 11313 |
| HCG328 | 11317 | 11341 |
| HCG328 | 11345 | 11374 |
| HCG328 | 11378 | 11404 |
| HCG328 | 11408 | 11431 |
| HCG328 | 11435 | 11462 |
| HCG328 | 11717 | 11739 |
| HCG328 | 11769 | 11808 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG328 | 12182 | 12203 |
| HCG328 | 12262 | 12287 |
| HCG328 | 12919 | 12952 |
| HCG328 | 12959 | 12990 |
| HCG328 | 12993 | 13001 |
| HCG328 | 13053 | 13085 |
| HCG328 | 13087 | 13119 |
| HCG328 | 13122 | 13151 |
| HCG328 | 13224 | 13253 |
| HCG328 | 13276 | 13308 |
| HCG328 | 13409 | 13442 |
| HCG328 | 13492 | 13523 |
| HCG328 | 13561 | 13595 |
| HCG328 | 13597 | 13629 |
| HCG328 | 13667 | 13697 |
| HCG328 | 13713 | 13734 |
| HCG328 | 13795 | 13814 |
| HCG328 | 13817 | 13844 |
| HCG328 | 15035 | 15072 |
| HCG328 | 15074 | 15121 |
| HCG328 | 15125 | 15151 |
| HCG328 | 15255 | 15280 |
| HCG328 | 15343 | 15378 |
| HCG328 | 15381 | 15403 |
| HCG328 | 15429 | 15469 |
| HCG328 | 15487 | 15524 |
| HCG328 | 15610 | 15654 |
| HCG328 | 15702 | 15741 |
| HCG328 | 15757 | 15798 |
| HCG328 | 15826 | 15866 |
| HCG328 | 15884 | 15921 |
| HCG328 | 15937 | 15981 |
| HCG328 | 16048 | 16087 |
| HCG328 | 16090 | 16132 |
| HCG328 | 16135 | 16176 |
| HCG328 | 16179 | 16215 |
| HCG328 | 16218 | 16258 |
| HCG328 | 16316 | 16349 |
| HCG328 | 16367 | 16404 |
| HCG328 | 16407 | 16416 |
| HCG328 | 16468 | 16477 |
| HCG329 | 162 | 192 |
| HCG329 | 194 | 224 |
| HCG329 | 292 | 329 |
| HCG329 | 476 | 520 |
| HCG329 | 1706 | 1748 |
| HCG329 | 1774 | 1812 |
| HCG329 | 1816 | 1839 |
| HCG329 | 1841 | 1877 |
| HCG329 | 1880 | 1901 |
| HCG329 | 1928 | 1950 |
| HCG329 | 1965 | 1989 |
| HCG329 | 1991 | 2030 |
| HCG329 | 2032 | 2069 |
| HCG329 | 2073 | 2098 |
| HCG329 | 2114 | 2161 |
| HCG329 | 2166 | 2192 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG329 | 2234 | 2271 |
| HCG329 | 2274 | 2297 |
| HCG329 | 2312 | 2337 |
| HCG329 | 2340 | 2362 |
| HCG329 | 2365 | 2400 |
| HCG329 | 2441 | 2481 |
| HCG329 | 2484 | 2506 |
| HCG329 | 2564 | 2605 |
| HCG329 | 2609 | 2649 |
| HCG329 | 2694 | 2735 |
| HCG329 | 2750 | 2789 |
| HCG329 | 2806 | 2848 |
| HCG329 | 2851 | 2895 |
| HCG329 | 2936 | 2972 |
| HCG329 | 2989 | 2998 |
| HCG329 | 3001 | 3041 |
| HCG329 | 3060 | 3097 |
| HCG329 | 3100 | 3133 |
| HCG329 | 3166 | 3199 |
| HCG329 | 3215 | 3244 |
| HCG329 | 3260 | 3292 |
| HCG329 | 3306 | 3338 |
| HCG329 | 3362 | 3370 |
| HCG329 | 11865 | 11892 |
| HCG329 | 12275 | 12316 |
| HCG329 | 12320 | 12347 |
| HCG329 | 12426 | 12470 |
| HCG329 | 12853 | 12875 |
| HCG329 | 12910 | 12947 |
| HCG329 | 12965 | 13004 |
| HCG329 | 13361 | 13408 |
| HCG329 | 13412 | 13436 |
| HCG329 | 13678 | 13687 |
| HCG329 | 13718 | 13743 |
| HCG329 | 13757 | 13775 |
| HCG329 | 13788 | 13809 |
| HCG329 | 13826 | 13848 |
| HCG329 | 13885 | 13910 |
| HCG329 | 13937 | 13959 |
| HCG329 | 13997 | 14021 |
| HCG329 | 15582 | 15605 |
| HCG329 | 15811 | 15834 |
| HCG329 | 16999 | 17040 |
| HCG329 | 17045 | 17068 |
| HCG329 | 17072 | 17102 |
| HCG329 | 17206 | 17253 |
| HCG329 | 17257 | 17281 |
| HCG329 | 17762 | 17806 |
| HCG329 | 17824 | 17854 |
| HCG329 | 17914 | 17938 |
| HCG329 | 17940 | 17985 |
| HCG329 | 18030 | 18053 |
| HCG329 | 18055 | 18096 |
| HCG329 | 18120 | 18167 |
| HCG329 | 18171 | 18198 |
| HCG329 | 18811 | 18833 |
| HCG329 | 18918 | 18957 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG329 | 19201 | 19240 |
| HCG329 | 19256 | 19297 |
| HCG329 | 19328 | 19365 |
| HCG329 | 19382 | 19409 |
| HCG329 | 19435 | 19454 |
| HCG329 | 19605 | 19635 |
| HCG329 | 19673 | 19705 |
| HCG329 | 19765 | 19796 |
| HCG330 | 6606 | 6650 |
| HCG330 | 6725 | 6767 |
| HCG330 | 6769 | 6809 |
| HCG330 | 6812 | 6848 |
| HCG330 | 6890 | 6927 |
| HCG330 | 6945 | 6977 |
| HCG330 | 7259 | 7288 |
| HCG330 | 7313 | 7346 |
| HCG330 | 7452 | 7473 |
| HCG330 | 7478 | 7501 |
| HCG330 | 7503 | 7544 |
| HCG330 | 7567 | 7597 |
| HCG330 | 7599 | 7643 |
| HCG330 | 7645 | 7689 |
| HCG330 | 7691 | 7736 |
| HCG330 | 7808 | 7861 |
| HCG330 | 7898 | 7922 |
| HCG330 | 7924 | 7970 |
| HCG330 | 7993 | 8042 |
| HCG330 | 8119 | 8164 |
| HCG330 | 8167 | 8191 |
| HCG330 | 8232 | 8280 |
| HCG330 | 8284 | 8307 |
| HCG330 | 8333 | 8360 |
| HCG330 | 8384 | 8409 |
| HCG330 | 8441 | 8488 |
| HCG330 | 8491 | 8529 |
| HCG330 | 8542 | 8589 |
| HCG330 | 8604 | 8648 |
| HCG330 | 8652 | 8676 |
| HCG330 | 8678 | 8725 |
| HCG330 | 8728 | 8755 |
| HCG330 | 8759 | 8785 |
| HCG330 | 8789 | 8816 |
| HCG330 | 8818 | 8870 |
| HCG330 | 8873 | 8902 |
| HCG330 | 8904 | 8946 |
| HCG330 | 9292 | 9316 |
| HCG330 | 9318 | 9357 |
| HCG330 | 9388 | 9411 |
| HCG330 | 9413 | 9436 |
| HCG330 | 9438 | 9463 |
| HCG330 | 9478 | 9498 |
| HCG330 | 9576 | 9596 |
| HCG330 | 9691 | 9711 |
| HCG330 | 9723 | 9743 |
| HCG330 | 9776 | 9796 |
| HCG330 | 9812 | 9832 |
| HCG330 | 9865 | 9896 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG330 | 10099 | 10186 |
| HCG330 | 10902 | 10941 |
| HCG330 | 10990 | 11027 |
| HCG330 | 11097 | 11138 |
| HCG330 | 11141 | 11163 |
| HCG330 | 11213 | 11254 |
| HCG330 | 11357 | 11398 |
| HCG330 | 11458 | 11502 |
| HCG330 | 11522 | 11541 |
| HCG330 | 11602 | 11629 |
| HCG330 | 11675 | 11724 |
| HCG330 | 11938 | 11964 |
| HCG330 | 11977 | 12030 |
| HCG330 | 12078 | 12124 |
| HCG330 | 12156 | 12180 |
| HCG330 | 12196 | 12241 |
| HCG330 | 12269 | 12293 |
| HCG330 | 12331 | 12354 |
| HCG330 | 12431 | 12478 |
| HCG330 | 12553 | 12580 |
| HCG330 | 12644 | 12666 |
| HCG330 | 12700 | 12723 |
| HCG330 | 12784 | 12811 |
| HCG330 | 12814 | 12855 |
| HCG330 | 12883 | 12912 |
| HCG330 | 12915 | 12967 |
| HCG330 | 13149 | 13197 |
| HCG330 | 13199 | 13222 |
| HCG330 | 13440 | 13478 |
| HCG330 | 13481 | 13520 |
| HCG330 | 13524 | 13547 |
| HCG330 | 13622 | 13646 |
| HCG330 | 13699 | 13735 |
| HCG330 | 13806 | 13858 |
| HCG330 | 13862 | 13891 |
| HCG330 | 14026 | 14061 |
| HCG330 | 14063 | 14088 |
| HCG330 | 14217 | 14241 |
| HCG330 | 14279 | 14324 |
| HCG330 | 14350 | 14388 |
| HCG330 | 14392 | 14415 |
| HCG330 | 14464 | 14512 |
| HCG330 | 14597 | 14638 |
| HCG330 | 14642 | 14669 |
| HCG330 | 15106 | 15145 |
| HCG330 | 15172 | 15211 |
| HCG330 | 15228 | 15265 |
| HCG330 | 15280 | 15327 |
| HCG330 | 15347 | 15384 |
| HCG330 | 15387 | 15410 |
| HCG330 | 15427 | 15465 |
| HCG330 | 15482 | 15517 |
| HCG330 | 15894 | 15934 |
| HCG330 | 15952 | 15989 |
| HCG330 | 16014 | 16053 |
| HCG330 | 16088 | 16132 |
| HCG330 | 16148 | 16189 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG330 | 16223 | 16268 |
| HCG330 | 17247 | 17285 |
| HCG330 | 17301 | 17341 |
| HCG330 | 17490 | 17524 |
| HCG330 | 17530 | 17557 |
| HCG330 | 17582 | 17615 |
| HCG330 | 17617 | 17648 |
| HCG330 | 17651 | 17678 |
| HCG330 | 17680 | 17705 |
| HCG330 | 17755 | 17788 |
| HCG330 | 17790 | 17817 |
| HCG330 | 17883 | 17915 |
| HCG330 | 17917 | 17943 |
| HCG330 | 18017 | 18047 |
| HCG330 | 18049 | 18073 |
| HCG331 | 3 | 22 |
| HCG331 | 25 | 43 |
| HCG331 | 98 | 130 |
| HCG331 | 132 | 158 |
| HCG331 | 161 | 188 |
| HCG331 | 191 | 218 |
| HCG331 | 239 | 260 |
| HCG331 | 300 | 329 |
| HCG331 | 332 | 355 |
| HCG331 | 517 | 533 |
| HCG331 | 562 | 595 |
| HCG331 | 606 | 633 |
| HCG331 | 668 | 707 |
| HCG331 | 808 | 832 |
| HCG331 | 1025 | 1074 |
| HCG331 | 1362 | 1378 |
| HCG331 | 1455 | 1496 |
| HCG331 | 1556 | 1556 |
| HCG331 | 1971 | 2005 |
| HCG331 | 2316 | 2337 |
| HCG331 | 2339 | 2380 |
| HCG331 | 2398 | 2420 |
| HCG331 | 2839 | 2870 |
| HCG331 | 3263 | 3282 |
| HCG331 | 3350 | 3388 |
| HCG331 | 3417 | 3454 |
| HCG331 | 3458 | 3481 |
| HCG331 | 3527 | 3553 |
| HCG331 | 3555 | 3602 |
| HCG331 | 3652 | 3692 |
| HCG331 | 3738 | 3782 |
| HCG331 | 3812 | 3849 |
| HCG331 | 3880 | 3902 |
| HCG331 | 4216 | 4256 |
| HCG331 | 4296 | 4333 |
| HCG331 | 4384 | 4425 |
| HCG331 | 4429 | 4470 |
| HCG331 | 4473 | 4512 |
| HCG331 | 5308 | 5352 |
| HCG331 | 5366 | 5408 |
| HCG331 | 5424 | 5463 |
| HCG331 | 5538 | 5574 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG331 | 5589 | 5629 |
| HCG331 | 5632 | 5669 |
| HCG331 | 5738 | 5764 |
| HCG331 | 5766 | 5819 |
| HCG331 | 5908 | 5932 |
| HCG331 | 5934 | 5979 |
| HCG331 | 6061 | 6085 |
| HCG331 | 6087 | 6133 |
| HCG331 | 6149 | 6198 |
| HCG331 | 6202 | 6226 |
| HCG331 | 6231 | 6258 |
| HCG331 | 6301 | 6330 |
| HCG331 | 6332 | 6384 |
| HCG331 | 6462 | 6485 |
| HCG331 | 6560 | 6608 |
| HCG331 | 6654 | 6677 |
| HCG331 | 6679 | 6717 |
| HCG331 | 6719 | 6761 |
| HCG331 | 6839 | 6880 |
| HCG331 | 6884 | 6911 |
| HCG331 | 6940 | 6962 |
| HCG331 | 7009 | 7030 |
| HCG331 | 7032 | 7068 |
| HCG331 | 7107 | 7147 |
| HCG331 | 7162 | 7201 |
| HCG331 | 7205 | 7230 |
| HCG331 | 7232 | 7269 |
| HCG331 | 7272 | 7304 |
| HCG331 | 7536 | 7569 |
| HCG331 | 7611 | 7640 |
| HCG331 | 7701 | 7733 |
| HCG331 | 7736 | 7768 |
| HCG331 | 7771 | 7779 |
| HCG331 | 7827 | 7856 |
| HCG331 | 7968 | 8001 |
| HCG331 | 8004 | 8038 |
| HCG331 | 8123 | 8154 |
| HCG331 | 8273 | 8303 |
| HCG331 | 9253 | 9286 |
| HCG331 | 10014 | 10044 |
| HCG331 | 10220 | 10239 |
| HCG331 | 10704 | 10730 |
| HCG331 | 10888 | 10926 |
| HCG331 | 10937 | 10956 |
| HCG331 | 10961 | 11004 |
| HCG331 | 11614 | 11646 |
| HCG331 | 11728 | 11762 |
| HCG331 | 11851 | 11888 |
| HCG331 | 12085 | 12106 |
| HCG331 | 12170 | 12199 |
| HCG331 | 12812 | 12820 |
| HCG331 | 12823 | 12842 |
| HCG331 | 12869 | 12896 |
| HCG331 | 12979 | 13000 |
| HCG331 | 13305 | 13345 |
| HCG331 | 13348 | 13373 |
| HCG331 | 13434 | 13471 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG331 | 13474 | 13490 |
| HCG331 | 13506 | 13547 |
| HCG331 | 13550 | 13572 |
| HCG331 | 13595 | 13636 |
| HCG331 | 13651 | 13692 |
| HCG331 | 13696 | 13721 |
| HCG331 | 13749 | 13773 |
| HCG331 | 13845 | 13882 |
| HCG331 | 13885 | 13908 |
| HCG331 | 13952 | 13991 |
| HCG331 | 13994 | 14032 |
| HCG331 | 14036 | 14060 |
| HCG332 | 8767 | 8792 |
| HCG332 | 8920 | 8944 |
| HCG332 | 8946 | 8993 |
| HCG332 | 9020 | 9065 |
| HCG332 | 9091 | 9135 |
| HCG332 | 9170 | 9200 |
| HCG332 | 9240 | 9262 |
| HCG332 | 9264 | 9308 |
| HCG332 | 9310 | 9354 |
| HCG332 | 9357 | 9384 |
| HCG332 | 9386 | 9427 |
| HCG332 | 9432 | 9455 |
| HCG332 | 9481 | 9528 |
| HCG332 | 9567 | 9620 |
| HCG332 | 9624 | 9650 |
| HCG332 | 9688 | 9740 |
| HCG332 | 9743 | 9772 |
| HCG332 | 9786 | 9835 |
| HCG332 | 9846 | 9870 |
| HCG332 | 9872 | 9918 |
| HCG332 | 9950 | 9973 |
| HCG332 | 9975 | 10023 |
| HCG332 | 10026 | 10053 |
| HCG332 | 10055 | 10097 |
| HCG332 | 10123 | 10170 |
| HCG332 | 10196 | 10234 |
| HCG332 | 10238 | 10275 |
| HCG332 | 10289 | 10311 |
| HCG332 | 10314 | 10353 |
| HCG332 | 10356 | 10397 |
| HCG332 | 10401 | 10441 |
| HCG332 | 10509 | 10548 |
| HCG332 | 10551 | 10595 |
| HCG332 | 10622 | 10654 |
| HCG332 | 10656 | 10687 |
| HCG332 | 10690 | 10724 |
| HCG332 | 10726 | 10758 |
| HCG332 | 10796 | 10826 |
| HCG332 | 10860 | 10879 |
| HCG332 | 10882 | 10909 |
| HCG332 | 11130 | 11152 |
| HCG332 | 11750 | 11797 |
| HCG332 | 11800 | 11841 |
| HCG332 | 11910 | 11952 |
| HCG332 | 11954 | 11996 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG332 | 12000 | 12025 |
| HCG332 | 12027 | 12064 |
| HCG332 | 12129 | 12153 |
| HCG332 | 12155 | 12194 |
| HCG332 | 12208 | 12230 |
| HCG332 | 12257 | 12278 |
| HCG332 | 12280 | 12316 |
| HCG332 | 12355 | 12393 |
| HCG332 | 12397 | 12420 |
| HCG332 | 12518 | 12544 |
| HCG332 | 12546 | 12593 |
| HCG332 | 12637 | 12674 |
| HCG332 | 12677 | 12700 |
| HCG332 | 12728 | 12750 |
| HCG332 | 12753 | 12788 |
| HCG332 | 12791 | 12813 |
| HCG332 | 12867 | 12892 |
| HCG332 | 12909 | 12949 |
| HCG332 | 12953 | 12993 |
| HCG332 | 13032 | 13076 |
| HCG332 | 13093 | 13135 |
| HCG332 | 13156 | 13196 |
| HCG332 | 13199 | 13235 |
| HCG332 | 13292 | 13321 |
| HCG332 | 13348 | 13381 |
| HCG332 | 13398 | 13431 |
| HCG332 | 13506 | 13543 |
| HCG332 | 13559 | 13591 |
| HCG332 | 13615 | 13623 |
| HCG332 | 13640 | 13672 |
| HCG332 | 13676 | 13684 |
| HCG332 | 13701 | 13733 |
| HCG332 | 13748 | 13782 |
| HCG332 | 13838 | 13871 |
| HCG332 | 13884 | 13913 |
| HCG332 | 13990 | 14031 |
| HCG332 | 14060 | 14104 |
| HCG332 | 14128 | 14167 |
| HCG332 | 14184 | 14226 |
| HCG332 | 14247 | 14269 |
| HCG332 | 14271 | 14313 |
| HCG332 | 14442 | 14465 |
| HCG332 | 14467 | 14505 |
| HCG332 | 14569 | 14590 |
| HCG332 | 14592 | 14628 |
| HCG332 | 14658 | 14699 |
| HCG332 | 14703 | 14744 |
| HCG332 | 14776 | 14820 |
| HCG332 | 14851 | 14890 |
| HCG332 | 14894 | 14919 |
| HCG332 | 14922 | 14961 |
| HCG332 | 14964 | 15003 |
| HCG332 | 15006 | 15045 |
| HCG332 | 15048 | 15087 |
| HCG332 | 15115 | 15156 |
| HCG332 | 15160 | 15201 |
| HCG332 | 15230 | 15266 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG332 | 15711 | 15753 |
| HCG332 | 15825 | 15857 |
| HCG332 | 18971 | 19008 |
| HCG332 | 19011 | 19055 |
| HCG332 | 19121 | 19158 |
| HCG332 | 19173 | 19214 |
| HCG333 | 247 | 287 |
| HCG333 | 3047 | 3087 |
| HCG333 | 3816 | 3855 |
| HCG333 | 4429 | 4462 |
| HCG333 | 4479 | 4512 |
| HCG333 | 4536 | 4565 |
| HCG333 | 4680 | 4723 |
| HCG333 | 4747 | 4755 |
| HCG333 | 4758 | 4789 |
| HCG333 | 4794 | 4826 |
| HCG333 | 4846 | 4865 |
| HCG333 | 5022 | 5061 |
| HCG333 | 5505 | 5523 |
| HCG333 | 5525 | 5566 |
| HCG333 | 5643 | 5665 |
| HCG333 | 6011 | 6051 |
| HCG333 | 6066 | 6103 |
| HCG333 | 6106 | 6129 |
| HCG333 | 6243 | 6280 |
| HCG333 | 6329 | 6353 |
| HCG333 | 6355 | 6394 |
| HCG333 | 6432 | 6454 |
| HCG333 | 6456 | 6495 |
| HCG333 | 6498 | 6521 |
| HCG333 | 6523 | 6561 |
| HCG333 | 6639 | 6684 |
| HCG333 | 6698 | 6736 |
| HCG333 | 7020 | 7044 |
| HCG333 | 7107 | 7130 |
| HCG333 | 7132 | 7170 |
| HCG333 | 7244 | 7269 |
| HCG333 | 7271 | 7316 |
| HCG333 | 7349 | 7371 |
| HCG333 | 7398 | 7439 |
| HCG333 | 7482 | 7503 |
| HCG333 | 7505 | 7541 |
| HCG333 | 7651 | 7677 |
| HCG333 | 8078 | 8101 |
| HCG333 | 8325 | 8362 |
| HCG333 | 8469 | 8488 |
| HCG333 | 8695 | 8719 |
| HCG333 | 8729 | 8776 |
| HCG333 | 9020 | 9061 |
| HCG333 | 9218 | 9242 |
| HCG333 | 9364 | 9386 |
| HCG333 | 9388 | 9429 |
| HCG333 | 9518 | 9534 |
| HCG333 | 9536 | 9573 |
| HCG333 | 9628 | 9644 |
| HCG333 | 9646 | 9685 |
| HCG333 | 9871 | 9906 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG333 | 11975 | 12008 |
| HCG333 | 12015 | 12047 |
| HCG333 | 13699 | 13719 |
| HCG333 | 14158 | 14203 |
| HCG333 | 14207 | 14231 |
| HCG333 | 14271 | 14300 |
| HCG333 | 14339 | 14391 |
| HCG333 | 14395 | 14417 |
| HCG333 | 14435 | 14477 |
| HCG333 | 14548 | 14596 |
| HCG333 | 17148 | 17178 |
| HCG333 | 17240 | 17264 |
| HCG333 | 17272 | 17296 |
| HCG334 | 688 | 714 |
| HCG334 | 739 | 792 |
| HCG334 | 10402 | 10434 |
| HCG334 | 10437 | 10445 |
| HCG334 | 10448 | 10480 |
| HCG334 | 10551 | 10584 |
| HCG334 | 10977 | 11009 |
| HCG334 | 11023 | 11052 |
| HCG334 | 11079 | 11113 |
| HCG334 | 11127 | 11158 |
| HCG334 | 11161 | 11170 |
| HCG334 | 11173 | 11205 |
| HCG334 | 11208 | 11238 |
| HCG334 | 11263 | 11282 |
| HCG334 | 11309 | 11336 |
| IMS875 | 10761 | 10805 |
| IMS875 | 10812 | 10833 |
| IMS875 | 10834 | 10875 |
| IMT058 | 20443 | 20480 |
| IMT058 | 21019 | 21063 |
| IMT058 | 21354 | 21393 |
| IMT058 | 22473 | 22508 |
| IMT058 | 22683 | 22721 |
| IMT058 | 22821 | 22844 |
| IMT058 | 22847 | 22884 |
| IMT058 | 23502 | 23528 |
| IMT058 | 23530 | 23577 |
| IMT058 | 24051 | 24076 |
| IMT058 | 24082 | 24119 |
| IMT058 | 24650 | 24674 |
| IMT058 | 24680 | 24719 |
| IMT058 | 25014 | 25036 |
| IMT058 | 25041 | 25080 |
| IMT058 | 25810 | 25851 |
| IMT058 | 26233 | 26273 |
| IMT058 | 26518 | 26562 |
| IMT058 | 26704 | 26741 |
| IMT058 | 26979 | 27012 |
| IMT058 | 27286 | 27318 |
| IMT058 | 27470 | 27502 |
| IMT058 | 28005 | 28035 |
| IMT058 | 28114 | 28133 |
| IMT058 | 28147 | 28179 |
| IMT058 | 28427 | 28461 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| IMT058 | 28594 | 28627 |
| IMT058 | 28737 | 28766 |
| IMT058 | 28973 | 29015 |
| IMT058 | 29517 | 29538 |
| IMT058 | 29721 | 29748 |
| IMT081 | 8247 | 8267 |
| N10Q049 | 972 | 1009 |
| N1A014 | 1007 | 1023 |
| N4T003 | 1895 | 1925 |
| N5M004 | 353 | 387 |
| N5M004 | 874 | 893 |
| N5M004 | 1407 | 1446 |
| N5M004 | 1540 | 1584 |
| N5M004 | 1926 | 1958 |
| N5M004 | 2079 | 2112 |
| N8U081 | 1635 | 1656 |
| NVY001 | 4195 | 4244 |
| S2N022 | 1120 | 1136 |
| S2P004 | 149 | 168 |
| S2P004 | 268 | 292 |
| S2P005 | 125 | 170 |
| S2P005 | 175 | 199 |
| S3D007 | 973 | 993 |
| S3H005 | 178 | 194 |
| C2N001 | 400 | 420 |
| C2N003 | 7429 | 7449 |
| C2N003 | 11244 | 11264 |
| C2N004 | 1628 | 1648 |
| C2N005 | 2078 | 2098 |
| C2N005 | 2314 | 2334 |
| C2O010 | 1423 | 1446 |
| C2O011 | 256 | 298 |
| C2O011 | 301 | 334 |
| C2O012 | 1863 | 1890 |
| HCG195 | 666 | 686 |
| C2K001 | 614 | 633 |
| C2K001 | 2734 | 2750 |
| C2K001 | 4596 | 4616 |
| C2K001 | 4765 | 4810 |
| C2K001 | 4827 | 4851 |
| C2K001 | 4942 | 4966 |
| C2L001 | 2776 | 2796 |
| C2L001 | 3033 | 3057 |
| C2L002 | 5273 | 5297 |
| C2L002 | 5481 | 5497 |
| C2L002 | 5591 | 5617 |
| C2N004 | 5578 | 5598 |
| C2S004 | 715 | 741 |
| C2Z001 | 1522 | 1542 |
| C3E015 | 521 | 544 |
| EET009 | 788 | 821 |
| HCG195 | 21556 | 21576 |
| LAL179 | 66280 | 66300 |
| LAL179 | 66302 | 66322 |
| LAL180 | 2987 | 3006 |
| LAL180 | 7608 | 7648 |
| LAL180 | 7650 | 7690 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| LAL186 | 9932 | 9972 |
| LAL186 | 9987 | 10027 |
| LAL186 | 24738 | 24782 |
| LAL241 | 30006 | 30050 |
| OSE016 | 23271 | 23287 |
| OSE016 | 23288 | 23308 |
| OSE016 | 23309 | 23329 |
| OSE016 | 23330 | 23348 |
| OSE017 | 19288 | 19325 |
| OSE017 | 19326 | 19346 |
| OSE017 | 19348 | 19369 |
| OSE017 | 19370 | 19390 |
| OSE017 | 19392 | 19392 |
| OSE017 | 19393 | 19416 |
| OSE017 | 19437 | 19460 |
| OSE017 | 19461 | 19481 |
| OSE017 | 19482 | 19507 |
| OSE017 | 19509 | 19528 |
| OSE017 | 19529 | 19548 |
| OSE017 | 19549 | 19569 |
| OSE017 | 19575 | 19591 |
| OSE017 | 19592 | 19612 |
| OSE017 | 19613 | 19633 |
| OSE017 | 19634 | 19652 |
| OSE019 | 31278 | 31315 |
| OSE019 | 31316 | 31336 |
| OSE019 | 31344 | 31365 |
| OSE019 | 31366 | 31386 |
| OSE019 | 31389 | 31412 |
| OSE019 | 31433 | 31456 |
| OSE019 | 31457 | 31477 |
| OSE019 | 31478 | 31503 |
| OSE019 | 31505 | 31521 |
| OSE019 | 31522 | 31542 |
| OSE019 | 31543 | 31563 |
| OSE019 | 31564 | 31582 |
| OSE019 | 31694 | 31713 |
| OSE019 | 31715 | 31735 |
| OSE019 | 31741 | 31760 |
| OSE020 | 10215 | 10231 |
| OSE020 | 10274 | 10292 |
| OSE020 | 10294 | 10317 |
| OSE020 | 10318 | 10338 |
| OSE020 | 10339 | 10364 |
| OSE020 | 10367 | 10390 |
| OSE020 | 10411 | 10432 |
| OSE020 | 10433 | 10453 |
| OSE020 | 10508 | 10545 |
| OSE020 | 10546 | 10566 |
| OSE020 | 16130 | 16149 |
| OSE020 | 16151 | 16171 |
| OSE020 | 16177 | 16196 |
| OSE020 | 22006 | 22022 |
| OSE020 | 22023 | 22043 |
| OSE020 | 22044 | 22064 |
| OSE020 | 49291 | 49307 |
| OSE020 | 49308 | 49328 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery
Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE020 | 49329 | 49349 |
| OSE020 | 49350 | 49368 |
| OSE020 | 50727 | 50750 |
| OSE020 | 50771 | 50792 |
| OSE020 | 50793 | 50813 |
| OSE020 | 50863 | 50900 |
| OSE020 | 50901 | 50921 |
| OSE020 | 50945 | 50964 |
| HCG479 | 15304 | 15362 |
| HCG466 | 11645 | 11678 |
| HCG466 | 13426 | 13446 |
| HCG466 | 13731 | 13751 |
| HCG466 | 17162 | 17177 |
| HCG466 | 20648 | 20681 |
| HCG467 | 5835 | 5851 |
| HCG471 | 29547 | 29568 |
| HCG476 | 27074 | 27074 |
| HCG476 | 27232 | 27302 |
| HCG476 | 27333 | 27380 |
| HCG476 | 28201 | 28231 |
| HCG476 | 28952 | 28982 |
| HCG476 | 30126 | 30192 |
| HCG476 | 30194 | 30194 |
| HCG476 | 30266 | 30266 |
| HCG506 | 14879 | 14912 |
| HCG506 | 15884 | 15900 |
| HCG506 | 16111 | 16124 |
| HCG506 | 16410 | 16425 |
| HCG506 | 17763 | 17797 |
| HCG506 | 18082 | 18095 |
| HCG506 | 18484 | 18517 |
| HCG506 | 18520 | 18556 |
| HCG508 | 7161 | 7180 |
| HCG508 | 7290 | 7311 |
| HCG508 | 7513 | 7533 |
| HCG508 | 17977 | 17992 |
| HCG508 | 18321 | 18340 |
| HCG508 | 19368 | 19389 |
| HCG515 | 17911 | 17944 |
| HCG515 | 18155 | 18191 |
| HCG515 | 18322 | 18355 |
| HCG515 | 18639 | 18654 |
| HCG516 | 1314 | 1329 |
| HCG520 | 8443 | 8443 |
| HCG522 | 4892 | 4925 |
| HCG522 | 7795 | 7828 |
| HCG523 | 2014 | 2032 |
| HCG523 | 2169 | 2200 |
| HCG523 | 2265 | 2265 |
| HCG523 | 2570 | 2570 |
| HCG523 | 3125 | 3158 |
| HCG523 | 3160 | 3193 |
| HCG523 | 5759 | 5795 |
| HCG523 | 5871 | 5909 |
| HCG525 | 4797 | 4815 |
| HCG525 | 5117 | 5126 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG525 | 5507 | 5538 |
| HCG532 | 4238 | 4253 |
| HCG536 | 5540 | 5540 |
| HCG536 | 5554 | 5554 |
| HCG538 | 5549 | 5549 |
| HCG556 | 5926 | 5926 |
| HCG561 | 10541 | 10562 |
| HCG589 | 9642 | 9690 |
| HCG589 | 12479 | 12520 |
| HCG590 | 52 | 92 |
| HCG590 | 4776 | 4803 |
| HCG590 | 5223 | 5245 |
| HCG590 | 5348 | 5387 |
| HCG590 | 5589 | 5618 |
| HCG590 | 5622 | 5651 |
| HCG590 | 5667 | 5719 |
| HCG590 | 5721 | 5773 |
| HCG590 | 5899 | 5923 |
| HCG590 | 5948 | 5993 |
| HCG590 | 5997 | 6021 |
| HCG590 | 6024 | 6069 |
| HCG590 | 6097 | 6119 |
| HCG590 | 6151 | 6173 |
| HCG590 | 6176 | 6209 |
| HCG590 | 6212 | 6245 |
| HCG590 | 6276 | 6309 |
| HCG590 | 6326 | 6359 |
| HCG590 | 6362 | 6395 |
| HCG590 | 6398 | 6431 |
| HCG590 | 6467 | 6486 |
| HCG590 | 6489 | 6532 |
| HCG590 | 6644 | 6683 |
| HCG590 | 6686 | 6702 |
| HCG590 | 6713 | 6735 |
| HCG590 | 6737 | 6781 |
| HCG590 | 6785 | 6803 |
| HCG590 | 6806 | 6850 |
| HCG590 | 6854 | 6876 |
| HCG590 | 6912 | 6937 |
| HCG590 | 6940 | 6985 |
| HCG590 | 6987 | 7032 |
| HCG590 | 7061 | 7085 |
| HCG590 | 7088 | 7135 |
| HCG590 | 7164 | 7209 |
| HCG590 | 7249 | 7273 |
| HCG590 | 7302 | 7349 |
| HCG590 | 7388 | 7434 |
| HCG590 | 7438 | 7462 |
| HCG590 | 7490 | 7539 |
| HCG590 | 7543 | 7570 |
| HCG590 | 7613 | 7665 |
| HCG590 | 7669 | 7698 |
| HCG590 | 7755 | 7803 |
| HCG590 | 7807 | 7830 |
| HCG590 | 7834 | 7857 |
| HCG590 | 7872 | 7913 |
| HCG590 | 7939 | 7962 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG590 | 7964 | 8002 |
| HCG590 | 8005 | 8043 |
| HCG590 | 8047 | 8070 |
| HCG590 | 8108 | 8129 |
| HCG590 | 8131 | 8167 |
| HCG590 | 8169 | 8205 |
| HCG590 | 8208 | 8229 |
| HCG590 | 8243 | 8281 |
| HCG590 | 8284 | 8307 |
| HCG590 | 8322 | 8344 |
| HCG590 | 8346 | 8385 |
| HCG590 | 8389 | 8413 |
| HCG590 | 8416 | 8455 |
| HCG590 | 8458 | 8498 |
| HCG590 | 8502 | 8527 |
| HCG590 | 8808 | 8838 |
| HCG590 | 8859 | 8880 |
| HCG590 | 8906 | 8945 |
| HCG590 | 8963 | 9003 |
| HCG590 | 9020 | 9057 |
| HCG590 | 9060 | 9101 |
| HCG590 | 9129 | 9170 |
| HCG590 | 9185 | 9225 |
| HCG590 | 9228 | 9268 |
| HCG590 | 9295 | 9339 |
| HCG590 | 9342 | 9386 |
| HCG590 | 9389 | 9433 |
| HCG590 | 9477 | 9513 |
| HCG590 | 9516 | 9549 |
| HCG590 | 12547 | 12572 |
| HCG590 | 13348 | 13367 |
| HCG590 | 13369 | 13389 |
| HCG590 | 13917 | 13962 |
| HCG590 | 13964 | 14013 |
| HCG590 | 14015 | 14061 |
| HCG590 | 14063 | 14115 |
| HCG590 | 14117 | 14164 |
| HCG590 | 14166 | 14219 |
| HCG590 | 14221 | 14265 |
| HCG590 | 14267 | 14315 |
| HCG590 | 14319 | 14343 |
| HCG590 | 14346 | 14370 |
| HCG590 | 14374 | 14401 |
| HCG590 | 14405 | 14434 |
| HCG590 | 14438 | 14464 |
| HCG590 | 14468 | 14491 |
| HCG590 | 14494 | 14521 |
| HCG591 | 3 | 25 |
| HCG591 | 43 | 82 |
| HCG591 | 342 | 363 |
| HCG591 | 3488 | 3518 |
| HCG591 | 3520 | 3550 |
| HCG591 | 4690 | 4732 |
| HCG591 | 4736 | 4760 |
| HCG591 | 4763 | 4802 |
| HCG591 | 4804 | 4841 |
| HCG591 | 4845 | 4870 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG591 | 4872 | 4919 |
| HCG591 | 4924 | 4950 |
| HCG591 | 4954 | 4991 |
| HCG591 | 4994 | 5017 |
| HCG591 | 5032 | 5057 |
| HCG591 | 5060 | 5082 |
| HCG591 | 5085 | 5120 |
| HCG591 | 5123 | 5145 |
| HCG591 | 5149 | 5189 |
| HCG591 | 5192 | 5231 |
| HCG591 | 5235 | 5277 |
| HCG591 | 5280 | 5324 |
| HCG591 | 5365 | 5405 |
| HCG591 | 5480 | 5512 |
| HCG591 | 13306 | 13333 |
| HCG591 | 13645 | 13686 |
| HCG591 | 13689 | 13716 |
| HCG591 | 13958 | 13980 |
| HCG593 | 26 | 72 |
| HCG593 | 104 | 128 |
| HCG593 | 144 | 189 |
| HCG593 | 217 | 241 |
| HCG593 | 278 | 301 |
| HCG593 | 379 | 426 |
| HCG593 | 501 | 528 |
| HCG593 | 593 | 615 |
| HCG593 | 650 | 673 |
| HCG593 | 734 | 761 |
| HCG593 | 765 | 806 |
| HCG593 | 834 | 863 |
| HCG593 | 867 | 919 |
| HCG593 | 1089 | 1137 |
| HCG593 | 1139 | 1162 |
| HCG593 | 1383 | 1421 |
| HCG593 | 1425 | 1464 |
| HCG593 | 1468 | 1491 |
| HCG593 | 1567 | 1591 |
| HCG593 | 1754 | 1806 |
| HCG593 | 1810 | 1839 |
| HCG593 | 1976 | 2011 |
| HCG593 | 2013 | 2038 |
| HCG593 | 2167 | 2191 |
| HCG593 | 2229 | 2274 |
| HCG593 | 2300 | 2338 |
| HCG593 | 2341 | 2364 |
| HCG593 | 2413 | 2461 |
| HCG593 | 2546 | 2587 |
| HCG593 | 2590 | 2617 |
| HCG593 | 3052 | 3091 |
| HCG593 | 3118 | 3157 |
| HCG593 | 3174 | 3211 |
| HCG593 | 3226 | 3273 |
| HCG593 | 3293 | 3330 |
| HCG593 | 3333 | 3356 |
| HCG593 | 3374 | 3412 |
| HCG593 | 3430 | 3465 |
| HCG593 | 3843 | 3883 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG593 | 3902 | 3939 |
| HCG593 | 3965 | 4004 |
| HCG593 | 4040 | 4084 |
| HCG593 | 4100 | 4141 |
| HCG593 | 4175 | 4220 |
| HCG593 | 5212 | 5250 |
| HCG593 | 5267 | 5307 |
| HCG593 | 5460 | 5494 |
| HCG593 | 5500 | 5527 |
| HCG593 | 5556 | 5589 |
| HCG593 | 5591 | 5622 |
| HCG593 | 5625 | 5652 |
| HCG593 | 5654 | 5679 |
| HCG593 | 5729 | 5762 |
| HCG593 | 5765 | 5792 |
| HCG593 | 5858 | 5890 |
| HCG593 | 5892 | 5918 |
| HCG593 | 5993 | 6023 |
| HCG593 | 6025 | 6049 |
| HCG593 | 6205 | 6224 |
| HCG593 | 6227 | 6245 |
| HCG593 | 6284 | 6316 |
| HCG593 | 6318 | 6344 |
| HCG593 | 6347 | 6374 |
| HCG593 | 6377 | 6404 |
| HCG593 | 6425 | 6446 |
| HCG593 | 6480 | 6509 |
| HCG593 | 6512 | 6535 |
| HCG593 | 6686 | 6719 |
| HCG593 | 6721 | 6748 |
| HCG593 | 6811 | 6835 |
| HCG593 | 7008 | 7057 |
| HCG593 | 7237 | 7253 |
| HCG593 | 7306 | 7347 |
| HCG593 | 7403 | 7403 |
| HCG593 | 7477 | 7477 |
| HCG593 | 7776 | 7810 |
| HCG593 | 7983 | 8005 |
| HCG593 | 8375 | 8406 |
| HCG593 | 8756 | 8775 |
| HCG593 | 8909 | 8931 |
| HCG593 | 10048 | 10074 |
| HCG593 | 10077 | 10130 |
| HCG593 | 10169 | 10193 |
| HCG593 | 10196 | 10241 |
| HCG593 | 10258 | 10287 |
| HCG593 | 10290 | 10342 |
| HCG593 | 10431 | 10473 |
| HCG593 | 10515 | 10537 |
| HCG593 | 10543 | 10582 |
| HCG593 | 10586 | 10611 |
| HCG593 | 10614 | 10651 |
| HCG593 | 10792 | 10824 |
| HCG593 | 10855 | 10884 |
| HCG593 | 10908 | 10941 |
| HCG593 | 10944 | 10978 |
| HCG593 | 11750 | 11783 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG594 | 97 | 97 |
| HCG594 | 691 | 725 |
| HCG594 | 1396 | 1417 |
| HCG594 | 1644 | 1681 |
| HCG594 | 1708 | 1731 |
| HCG594 | 1733 | 1772 |
| HCG594 | 1775 | 1799 |
| HCG594 | 1877 | 1901 |
| HCG594 | 1903 | 1950 |
| HCG594 | 2392 | 2414 |
| HCG594 | 2983 | 3030 |
| HCG594 | 3033 | 3074 |
| HCG594 | 3116 | 3158 |
| HCG594 | 3288 | 3311 |
| HCG594 | 3339 | 3361 |
| HCG594 | 3400 | 3425 |
| HCG594 | 3428 | 3468 |
| HCG594 | 3484 | 3526 |
| HCG594 | 3551 | 3587 |
| HCG595 | 39 | 68 |
| HCG595 | 85 | 126 |
| HCG595 | 221 | 263 |
| HCG595 | 286 | 308 |
| HCG595 | 311 | 353 |
| HCG595 | 485 | 508 |
| HCG595 | 510 | 548 |
| HCG595 | 612 | 633 |
| HCG595 | 635 | 671 |
| HCG595 | 701 | 742 |
| HCG595 | 746 | 787 |
| HCG595 | 819 | 863 |
| HCG595 | 894 | 933 |
| HCG595 | 936 | 975 |
| HCG595 | 978 | 1017 |
| HCG595 | 1020 | 1059 |
| HCG595 | 1062 | 1101 |
| HCG595 | 1129 | 1170 |
| HCG595 | 1174 | 1215 |
| HCG595 | 1244 | 1280 |
| HCG595 | 1467 | 1509 |
| HCG595 | 1565 | 1597 |
| HCG595 | 7840 | 7885 |
| HCG595 | 7941 | 7965 |
| HCG595 | 8141 | 8167 |
| HCG595 | 8403 | 8426 |
| HCG595 | 8686 | 8705 |
| HCG595 | 8826 | 8850 |
| HCG595 | 9214 | 9238 |
| HCG596 | 1945 | 1977 |
| HCG596 | 3545 | 3565 |
| HCG596 | 5744 | 5774 |
| HCG596 | 5831 | 5855 |
| HCG596 | 5863 | 5887 |
| HCG621 | 3 | 3 |
| HCG621 | 17 | 17 |
| HCG475 | 2839 | 2925 |
| HCG479 | 6740 | 6781 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
| --- | --- | --- |
| HCG483 | 2551 | 2584 |
| HCG483 | 2585 | 2619 |
| HCG486 | 2111 | 2142 |
| HCG552 | 7879 | 7912 |
| HCG552 | 9718 | 9739 |
| HCG552 | 9752 | 9773 |
| HCG552 | 12067 | 12100 |
| HCG589 | 3037 | 3060 |
| HCG589 | 10334 | 10363 |
| PCG054 | 7531 | 7535 |
| PCG054 | 19742 | 19758 |
| PCG054 | 19759 | 19789 |
| PCG054 | 19790 | 19844 |
| PCG054 | 19845 | 19854 |
| PCG054 | 19855 | 19890 |
| PCG054 | 19891 | 19900 |
| PCG054 | 19901 | 19910 |
| PCG054 | 19911 | 19952 |
| PCG054 | 19953 | 19976 |
| PCG054 | 19977 | 19986 |
| PCG054 | 19987 | 20008 |
| PCG054 | 20009 | 20031 |
| PCG054 | 20032 | 20049 |
| PCG054 | 20051 | 20098 |
| PCG054 | 20099 | 20110 |
| PCG054 | 20111 | 20144 |
| PCG054 | 20145 | 20164 |
| PCG054 | 20165 | 20205 |
| PCG054 | 20206 | 20245 |
| PCG054 | 20246 | 20289 |
| PCG054 | 20290 | 20299 |
| PCG054 | 20300 | 20337 |
| PCG054 | 20338 | 20355 |
| PCG054 | 20356 | 20389 |
| PCG054 | 20390 | 20422 |
| PCG054 | 20423 | 20446 |
| PCG054 | 20447 | 20480 |
| PCG054 | 20481 | 20515 |
| PCG054 | 20516 | 20563 |
| HCG638 | 41014 | 41035 |
| HCG654 | 615 | 663 |
| HCG654 | 667 | 715 |
| HCG654 | 719 | 760 |
| HCG654 | 765 | 792 |
| HCG654 | 819 | 857 |
| HCG654 | 862 | 885 |
| HCG654 | 888 | 924 |
| HCG654 | 928 | 949 |
| HCG890 | 4997 | 5030 |
| HCG891 | 3971 | 3971 |
| HCG891 | 4038 | 4038 |
| HCG838 | 3343 | 3384 |
| C2L002 | 5355 | 5378 |
| C3E001 | 328 | 352 |
| C3E015 | 1142 | 1166 |
| HCF024 | 521 | 548 |
| HCF025 | 353 | 375 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
| --- | --- | --- |
| HCF061 | 294 | 294 |
| HCF061 | 5086 | 5102 |
| HCF061 | 5336 | 5355 |
| HCF061 | 5382 | 5413 |
| HCF062 | 157 | 157 |
| HCF063 | 1275 | 1275 |
| HCF063 | 2337 | 2353 |
| HCF063 | 2587 | 2606 |
| HCF063 | 2633 | 2664 |
| HCF066 | 7 | 48 |
| HCF066 | 52 | 70 |
| HCF066 | 206 | 227 |
| HCF066 | 232 | 273 |
| HCF066 | 5857 | 5901 |
| HCF066 | 5908 | 5930 |
| HCF066 | 6115 | 6160 |
| HCF066 | 6164 | 6189 |
| HCF066 | 6785 | 6829 |
| HCF066 | 6832 | 6854 |
| HCF066 | 6963 | 6993 |
| HCF066 | 6995 | 7039 |
| HCF066 | 7041 | 7085 |
| HCF066 | 7250 | 7273 |
| HCF066 | 7275 | 7316 |
| HCF066 | 9025 | 9052 |
| HCF066 | 9056 | 9103 |
| HCF066 | 9407 | 9431 |
| HCF066 | 9436 | 9481 |
| HCF066 | 10609 | 10635 |
| HCF066 | 10637 | 10690 |
| HCF066 | 11294 | 11339 |
| HCF066 | 11342 | 11366 |
| HCF066 | 11480 | 11526 |
| HCF066 | 11531 | 11555 |
| HCF066 | 11631 | 11680 |
| HCF066 | 11686 | 11713 |
| HCF066 | 12335 | 12387 |
| HCF066 | 12390 | 12419 |
| HCF066 | 12526 | 12574 |
| HCF066 | 12580 | 12603 |
| HCF066 | 12730 | 12771 |
| HCF066 | 12774 | 12801 |
| HCF068 | 399 | 412 |
| HCF068 | 414 | 457 |
| HCF068 | 466 | 483 |
| HCF068 | 497 | 530 |
| HCF068 | 532 | 565 |
| HCF068 | 568 | 584 |
| HCF068 | 602 | 632 |
| HCF068 | 646 | 683 |
| HCF068 | 686 | 703 |
| HCF068 | 719 | 752 |
| HCF068 | 761 | 797 |
| HCF068 | 834 | 867 |
| HCF068 | 902 | 941 |
| HCF068 | 952 | 993 |
| HCF068 | 1009 | 1046 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCF068 | 1080 | 1098 |
| HCF068 | 1100 | 1141 |
| HCF068 | 1177 | 1218 |
| HCF068 | 1241 | 1285 |
| HCF068 | 1342 | 1387 |
| HCF068 | 1403 | 1450 |
| HCF068 | 1464 | 1508 |
| HCF068 | 1537 | 1581 |
| HCF068 | 1584 | 1606 |
| HCF068 | 1666 | 1707 |
| HCF068 | 1745 | 1790 |
| HCF068 | 1805 | 1852 |
| HCF068 | 1866 | 1919 |
| HCF068 | 1979 | 2024 |
| HCF068 | 2071 | 2117 |
| HCF068 | 2168 | 2195 |
| HCF068 | 2197 | 2246 |
| HCF068 | 2285 | 2337 |
| HCF068 | 2340 | 2369 |
| HCF068 | 2412 | 2435 |
| HCF068 | 2437 | 2485 |
| HCF068 | 2498 | 2539 |
| HCF068 | 2587 | 2609 |
| HCF068 | 2611 | 2653 |
| HCF068 | 2667 | 2690 |
| HCF068 | 2692 | 2730 |
| HCF068 | 2769 | 2792 |
| HCF068 | 2794 | 2832 |
| HCF068 | 2859 | 2895 |
| HCF068 | 2898 | 2919 |
| HCF068 | 3026 | 3065 |
| HCF068 | 3068 | 3090 |
| HCF068 | 3176 | 3200 |
| HCF068 | 3202 | 3241 |
| HCF068 | 3243 | 3280 |
| HCF068 | 3284 | 3309 |
| HCF068 | 3388 | 3414 |
| HCF068 | 3416 | 3463 |
| HCF068 | 3514 | 3537 |
| HCF068 | 3540 | 3577 |
| HCF068 | 3662 | 3687 |
| HCF068 | 3690 | 3728 |
| HCF068 | 3767 | 3789 |
| HCF068 | 3792 | 3827 |
| HCF068 | 3851 | 3891 |
| HCF068 | 3957 | 3994 |
| HCF068 | 4009 | 4048 |
| HCF068 | 4088 | 4132 |
| HCF068 | 4173 | 4214 |
| HCF068 | 4242 | 4279 |
| HCF068 | 4296 | 4336 |
| HCF068 | 4415 | 4456 |
| HCF068 | 4498 | 4537 |
| HCF068 | 4577 | 4619 |
| HCF068 | 4674 | 4711 |
| HCF068 | 4714 | 4758 |
| HCF068 | 4949 | 4970 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
| --- | --- | --- |
| HCF068 | 4992 | 5005 |
| HCF068 | 5024 | 5039 |
| HCF068 | 5042 | 5056 |
| HCF068 | 5113 | 5128 |
| HCF068 | 5139 | 5155 |
| HCF068 | 5184 | 5206 |
| HCF068 | 5217 | 5233 |
| HCF068 | 5248 | 5269 |
| HCF068 | 5295 | 5317 |
| HCF068 | 5329 | 5354 |
| HCF068 | 5357 | 5381 |
| HCF068 | 5392 | 5422 |
| HCF068 | 5427 | 5450 |
| HCF068 | 5477 | 5501 |
| HCF068 | 5517 | 5544 |
| HCF068 | 5548 | 5574 |
| HCF068 | 5577 | 5601 |
| HCF068 | 5604 | 5631 |
| HCF068 | 7146 | 7191 |
| HCF068 | 21942 | 21966 |
| HCF069 | 27 | 76 |
| HCF069 | 80 | 113 |
| HCF069 | 125 | 140 |
| HCF069 | 141 | 156 |
| HCF087 | 17692 | 17725 |
| HCF108 | 352 | 385 |
| HCF108 | 1218 | 1251 |
| HCF111 | 1076 | 1119 |
| HCF111 | 3303 | 3323 |
| HCF111 | 3335 | 3355 |
| HCF111 | 3362 | 3378 |
| HCF111 | 3380 | 3400 |
| HCF111 | 3407 | 3427 |
| HCF111 | 3429 | 3447 |
| HCF111 | 3449 | 3464 |
| HCF111 | 3484 | 3503 |
| HCF111 | 3515 | 3534 |
| HCF111 | 3536 | 3556 |
| HCF111 | 3563 | 3588 |
| HCF111 | 3596 | 3619 |
| HCF111 | 3621 | 3644 |
| HCF111 | 3652 | 3671 |
| HCF111 | 3692 | 3712 |
| HCF111 | 3717 | 3737 |
| HCF111 | 5153 | 5240 |
| HCF111 | 5262 | 5309 |
| HCF111 | 6334 | 6365 |
| HCF111 | 16970 | 16970 |
| HCE780 | 1125 | 1169 |
| HCE781 | 998 | 1027 |
| HCE781 | 1058 | 1085 |
| HCE781 | 1104 | 1128 |
| HCE781 | 1190 | 1217 |
| HCE781 | 1227 | 1251 |
| HCE789 | 371 | 398 |
| HCF013 | 547 | 588 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery

Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCF013 | 2379 | 2412 |
| HCF083 | 3608 | 3630 |
| LAL076 | 11047 | 11063 |
| LAL180 | 2944 | 2960 |
| LAL180 | 2961 | 2977 |
| LAL186 | 11802 | 11818 |
| HCG677 | 6993 | 7024 |
| HCG683 | 1587 | 1632 |
| HCG684 | 956 | 979 |
| HCG684 | 7279 | 7315 |
| HCG684 | 7327 | 7351 |
| HCG686 | 3941 | 3979 |
| HCG686 | 3982 | 4007 |
| HCG688 | 2609 | 2646 |
| HCG688 | 3532 | 3561 |
| HCG689 | 4129 | 4166 |
| HCG691 | 4054 | 4096 |
| HCG694 | 3241 | 3258 |
| HCG695 | 2339 | 2369 |
| HCG695 | 2386 | 2430 |
| HCG695 | 3652 | 3676 |
| HCG695 | 3717 | 3763 |
| HCG695 | 4028 | 4055 |
| HCG695 | 4326 | 4375 |
| HCG695 | 4900 | 4923 |
| HCG695 | 6253 | 6289 |
| HCG695 | 6891 | 6925 |
| HCG695 | 7204 | 7238 |
| HCG695 | 7307 | 7340 |
| HCG695 | 8040 | 8053 |
| HCG696 | 431 | 452 |
| HCG696 | 455 | 496 |
| HCG696 | 2306 | 2353 |
| HCG696 | 2356 | 2403 |
| HCG696 | 2502 | 2532 |
| HCG696 | 2536 | 2566 |
| HCG696 | 2568 | 2612 |
| HCG696 | 2654 | 2698 |
| HCG696 | 2836 | 2860 |
| HCG696 | 2864 | 2911 |
| HCG696 | 3034 | 3058 |
| HCG696 | 3062 | 3086 |
| HCG696 | 3157 | 3181 |
| HCG696 | 3183 | 3228 |
| HCG696 | 3323 | 3347 |
| HCG696 | 3364 | 3409 |
| HCG696 | 3446 | 3470 |
| HCG696 | 3475 | 3499 |
| HCG696 | 3504 | 3549 |
| HCG696 | 3554 | 3599 |
| HCG696 | 3818 | 3841 |
| HCG696 | 3846 | 3869 |
| HCG696 | 3873 | 3914 |
| HCG696 | 3925 | 3966 |
| HCG696 | 4227 | 4254 |
| HCG696 | 4258 | 4285 |
| HCG696 | 4754 | 4780 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG696 | 4784 | 4810 |
| HCG696 | 5146 | 5173 |
| HCG696 | 5177 | 5204 |
| HCG696 | 5215 | 5264 |
| HCG696 | 5322 | 5371 |
| HCG696 | 5675 | 5699 |
| HCG696 | 5703 | 5727 |
| HCG696 | 5729 | 5775 |
| HCG696 | 5778 | 5824 |
| HCG700 | 6611 | 6648 |
| HCG700 | 6793 | 6834 |
| HCG700 | 7967 | 7988 |
| HCG700 | 8096 | 8117 |
| HCG700 | 9110 | 9154 |
| HCG701 | 3210 | 3234 |
| HCG701 | 3258 | 3303 |
| HCG702 | 73 | 118 |
| HCG702 | 130 | 178 |
| HCG702 | 16453 | 16491 |
| HCG702 | 16494 | 16519 |
| HCG702 | 16522 | 16530 |
| HCG702 | 16568 | 16593 |
| HCG809 | 2811 | 2831 |
| HCG809 | 2931 | 2963 |
| HCG809 | 3638 | 3671 |
| HCG809 | 3751 | 3766 |
| HCG809 | 3854 | 3888 |
| HCG809 | 3891 | 3900 |
| HCG809 | 4102 | 4138 |
| HCG809 | 4141 | 4158 |
| HCG809 | 4423 | 4447 |
| HCG809 | 4458 | 4497 |
| HCG809 | 4652 | 4692 |
| HCG809 | 4704 | 4729 |
| HCG809 | 5401 | 5414 |
| HCG809 | 5590 | 5623 |
| HCG809 | 5626 | 5647 |
| HCG809 | 6036 | 6052 |
| HCG809 | 6288 | 6318 |
| HCG809 | 6321 | 6334 |
| HCG809 | 9104 | 9120 |
| HCG809 | 9125 | 9164 |
| HCG809 | 9391 | 9428 |
| HCG809 | 9435 | 9451 |
| HCG809 | 9741 | 9782 |
| HCG809 | 9785 | 9807 |
| HCG809 | 10603 | 10644 |
| HCG809 | 10677 | 10698 |
| HCG809 | 12656 | 12665 |
| HCG809 | 12667 | 12701 |
| HCG841 | 3633 | 3656 |
| HCG841 | 6361 | 6384 |
| HCG883 | 1379 | 1417 |
| HCG883 | 1420 | 1445 |
| HCG885 | 6301 | 6338 |
| HCG889 | 14696 | 14735 |
| HCG896 | 5139 | 5165 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG896 | 5754 | 5785 |
| HCG923 | 64 | 88 |
| HCG923 | 112 | 157 |
| HCG924 | 186 | 223 |
| HCG327 | 22274 | 22301 |
| HCG381 | 538 | 585 |
| HCG381 | 2903 | 2933 |
| HCG381 | 2935 | 2967 |
| HCG381 | 3352 | 3371 |
| HCG383 | 11214 | 11257 |
| HCG387 | 3394 | 3481 |
| HCG388 | 16958 | 16998 |
| HCG393 | 16536 | 16574 |
| HCG393 | 17112 | 17134 |
| HCG393 | 17136 | 17172 |
| HCG393 | 17409 | 17432 |
| HCG393 | 21103 | 21142 |
| HCG393 | 21327 | 21364 |
| HCG393 | 31180 | 31207 |
| HCG394 | 9030 | 9030 |
| HCG394 | 14979 | 15023 |
| HCG394 | 15231 | 15268 |
| HCG394 | 15784 | 15819 |
| HCG394 | 15953 | 15994 |
| HCG394 | 16000 | 16047 |
| HCG394 | 16158 | 16198 |
| HCG394 | 17046 | 17086 |
| HCG394 | 17921 | 17947 |
| HCG394 | 18480 | 18517 |
| HCG394 | 18969 | 19006 |
| HCG394 | 19192 | 19230 |
| HCG394 | 19379 | 19418 |
| HCG394 | 19492 | 19515 |
| HCG402 | 19624 | 19656 |
| HCG402 | 24020 | 24036 |
| HCG402 | 24038 | 24068 |
| HCG403 | 3356 | 3443 |
| HCG403 | 3505 | 3523 |
| HCG403 | 3524 | 3566 |
| HCG403 | 3571 | 3630 |
| HCG403 | 3639 | 3692 |
| HCG403 | 3708 | 3732 |
| HCG403 | 3768 | 3831 |
| HCG403 | 3933 | 4021 |
| HCG403 | 4116 | 4146 |
| HCG403 | 4197 | 4216 |
| HCG403 | 4220 | 4263 |
| HCG403 | 4264 | 4304 |
| HCG403 | 4311 | 4355 |
| HCG403 | 4400 | 4446 |
| HCG403 | 4451 | 4517 |
| HCG403 | 4522 | 4584 |
| HCG403 | 4595 | 4642 |
| HCG403 | 4720 | 4782 |
| HCG403 | 4804 | 4830 |
| HCG403 | 7305 | 7324 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG403 | 7327 | 7357 |
| HCG403 | 7360 | 7392 |
| HCG403 | 9386 | 9430 |
| HCG403 | 14593 | 14635 |
| HCG403 | 15459 | 15506 |
| HCG403 | 16062 | 16078 |
| HCG403 | 16111 | 16127 |
| HCG403 | 16186 | 16230 |
| HCG403 | 16762 | 16815 |
| HCG403 | 23656 | 23744 |
| HCG403 | 23774 | 23844 |
| HCG636 | 31462 | 31492 |
| HCG679 | 587 | 602 |
| HCG690 | 204 | 233 |
| HCG690 | 236 | 265 |
| HCG694 | 3651 | 3684 |
| HCG694 | 5551 | 5576 |
| HCG695 | 7951 | 7984 |
| HCG696 | 12 | 55 |
| HCG696 | 166 | 185 |
| HCG696 | 620 | 638 |
| HCG696 | 674 | 715 |
| HCG696 | 838 | 853 |
| HCG696 | 933 | 966 |
| HCG696 | 1010 | 1025 |
| HCG696 | 1034 | 1067 |
| HCG696 | 1129 | 1165 |
| HCG696 | 1496 | 1518 |
| HCG696 | 1847 | 1891 |
| HCG696 | 2071 | 2096 |
| HCG696 | 2099 | 2144 |
| HCG696 | 4287 | 4334 |
| HCG696 | 4337 | 4384 |
| HCG696 | 4812 | 4865 |
| HCG696 | 4868 | 4921 |
| HCG700 | 7668 | 7709 |
| HCG700 | 8718 | 8763 |
| HCG701 | 3689 | 3734 |
| HCG706 | 1167 | 1203 |
| HCG707 | 75 | 75 |
| HCG707 | 146 | 146 |
| HCG707 | 1972 | 2014 |
| HCG708 | 1281 | 1305 |
| HCG708 | 1309 | 1333 |
| HCG708 | 1351 | 1375 |
| HCG708 | 1467 | 1492 |
| HCG708 | 1494 | 1531 |
| HCG708 | 1584 | 1610 |
| HCG708 | 1612 | 1659 |
| HCG708 | 1677 | 1703 |
| HCG708 | 1706 | 1753 |
| HCG708 | 1757 | 1782 |
| HCG708 | 1786 | 1811 |
| HCG708 | 1814 | 1851 |
| HCG708 | 2059 | 2094 |
| HCG708 | 2097 | 2119 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG708 | 2122 | 2157 |
| HCG708 | 2160 | 2195 |
| HCG708 | 2198 | 2220 |
| HCG708 | 2595 | 2632 |
| HCG708 | 2807 | 2849 |
| HCG708 | 4693 | 4730 |
| HCG708 | 5298 | 5335 |
| HCG708 | 5343 | 5380 |
| HCG709 | 8122 | 8122 |
| HCG709 | 8193 | 8193 |
| HCG709 | 8207 | 8255 |
| HCG709 | 8317 | 8358 |
| HCG709 | 8365 | 8392 |
| HCG709 | 8874 | 8901 |
| HCG709 | 8916 | 8939 |
| HCG709 | 10242 | 10280 |
| HCG709 | 10284 | 10307 |
| HCG709 | 10428 | 10464 |
| HCG709 | 10467 | 10488 |
| HCG709 | 10491 | 10512 |
| HCG709 | 10514 | 10550 |
| HCG709 | 10552 | 10588 |
| HCG709 | 10594 | 10615 |
| HCG709 | 12250 | 12273 |
| HCG809 | 4880 | 4918 |
| HCG809 | 4928 | 4947 |
| HCG809 | 5710 | 5753 |
| HCG809 | 6000 | 6033 |
| HCG809 | 7498 | 7535 |
| HCG809 | 7570 | 7587 |
| HCG809 | 7755 | 7791 |
| HCG809 | 7794 | 7808 |
| HCG809 | 8158 | 8191 |
| HCG809 | 8211 | 8226 |
| HCG809 | 8658 | 8691 |
| HCG809 | 8697 | 8712 |
| HCG809 | 10168 | 10209 |
| HCG809 | 10217 | 10235 |
| HCG809 | 11090 | 11112 |
| HCG809 | 11114 | 11158 |
| HCG809 | 12738 | 12756 |
| HCG879 | 1709 | 1732 |
| HCG886 | 13189 | 13226 |
| HCG887 | 3549 | 3582 |
| HCG904 | 1227 | 1264 |
| HCG905 | 57 | 84 |
| HCE161 | 3601 | 3658 |
| HCG290 | 19182 | 19215 |
| HCG290 | 19217 | 19250 |
| HCG290 | 19253 | 19268 |
| HCG371 | 23810 | 23810 |
| HCG372 | 12895 | 12895 |
| HCG372 | 17000 | 17000 |
| HCG372 | 17840 | 17872 |
| N10Q062 | 7 | 28 |
| N5M004 | 271 | 308 |
| N5M004 | 1323 | 1364 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| N5M004 | 2113 | 2144 |
| N5M004 | 2282 | 2304 |
| N9R001 | 483 | 505 |
| HCE139 | 1446 | 1495 |
| HCE139 | 1741 | 1768 |
| HCE140 | 2946 | 2946 |
| HCE143 | 6397 | 6413 |
| HCE144 | 298 | 314 |
| HCE146 | 2051 | 2089 |
| HCE146 | 2092 | 2117 |
| HCG206 | 102 | 118 |
| HCG335 | 13510 | 13526 |
| C3E014 | 219 | 238 |
| C3E014 | 241 | 258 |
| HCG205 | 1131 | 1146 |
| HCG205 | 3126 | 3159 |
| HCG205 | 3797 | 3830 |
| HCG205 | 3923 | 3967 |
| HCG205 | 5036 | 5069 |
| HCG205 | 5071 | 5104 |
| HCG205 | 5106 | 5121 |
| HCG205 | 7122 | 7142 |
| HCG205 | 11186 | 11219 |
| HCG205 | 11222 | 11237 |
| HCG205 | 14278 | 14298 |
| HCG205 | 14692 | 14725 |
| HCG205 | 20433 | 20466 |
| HCG206 | 131 | 164 |
| HCG206 | 910 | 925 |
| HCG206 | 958 | 991 |
| HCG334 | 14997 | 15030 |
| HCG334 | 15316 | 15331 |
| HCG334 | 15332 | 15365 |
| HCG334 | 15366 | 15399 |
| HCG334 | 15822 | 15837 |
| HCG334 | 15838 | 15871 |
| HCG334 | 15872 | 15905 |
| HCG334 | 16605 | 16638 |
| HCG334 | 16639 | 16672 |
| HCG334 | 17310 | 17343 |
| HCG334 | 17366 | 17399 |
| HCG334 | 18868 | 18901 |
| HCG334 | 18903 | 18936 |
| HCG334 | 18938 | 18971 |
| HCG334 | 18973 | 18988 |
| HCG334 | 18990 | 19023 |
| HCG334 | 19026 | 19041 |
| HCG334 | 21325 | 21345 |
| HCG334 | 24622 | 24637 |
| HCG334 | 24639 | 24672 |
| HCG334 | 24715 | 24730 |
| HCG334 | 24758 | 24791 |
| HCG334 | 24794 | 24809 |
| HCG334 | 25012 | 25045 |
| HCG334 | 25047 | 25080 |
| HCG334 | 25083 | 25098 |
| HCG335 | 1614 | 1647 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery
Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG335 | 1964 | 1984 |
| HCG335 | 2016 | 2049 |
| HCG335 | 2395 | 2428 |
| HCG335 | 6414 | 6447 |
| HCG335 | 7617 | 7650 |
| HCG335 | 7695 | 7728 |
| HCG335 | 7730 | 7745 |
| HCG335 | 9048 | 9081 |
| HCG335 | 9797 | 9830 |
| HCG335 | 9929 | 9944 |
| HCG335 | 9946 | 9979 |
| HCG335 | 13545 | 13578 |
| HCG335 | 14285 | 14300 |
| HCG335 | 14329 | 14362 |
| HCG592 | 4 | 29 |
| HCG592 | 44 | 68 |
| HCG592 | 685 | 708 |
| HCG592 | 924 | 947 |
| HCG592 | 2160 | 2201 |
| HCG592 | 2206 | 2229 |
| HCG592 | 2233 | 2263 |
| HCG592 | 2367 | 2414 |
| HCG592 | 2417 | 2441 |
| HCG592 | 3393 | 3432 |
| HCG592 | 3596 | 3635 |
| HCG592 | 3651 | 3692 |
| HCG592 | 3727 | 3754 |
| HCG592 | 3952 | 3982 |
| HCG592 | 4021 | 4053 |
| HCG592 | 4080 | 4111 |
| HCG592 | 10341 | 10417 |
| HCG592 | 10419 | 10506 |
| HCG592 | 10571 | 10571 |
| HCG592 | 11218 | 11257 |
| HCG592 | 11311 | 11348 |
| HCG592 | 11420 | 11461 |
| HCG592 | 11464 | 11486 |
| HCG592 | 11537 | 11578 |
| HCG592 | 11681 | 11722 |
| HCG592 | 11782 | 11826 |
| HCG592 | 11846 | 11865 |
| HCG592 | 11914 | 11941 |
| HCG592 | 11989 | 12038 |
| HCG592 | 12255 | 12281 |
| HCG592 | 12294 | 12347 |
| HSE012 | 2505 | 2542 |
| HSE012 | 3733 | 3774 |
| HSE012 | 8790 | 8828 |
| HSE012 | 9483 | 9523 |
| HSE012 | 9645 | 9682 |
| HSE012 | 9779 | 9818 |
| HSE012 | 10031 | 10072 |
| HSE012 | 10219 | 10259 |
| HSE012 | 14948 | 14969 |
| HSE012 | 18038 | 18062 |
| C3E014 | 121 | 143 |
| C3E014 | 147 | 177 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery

Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| C3E014 | 192 | 216 |
| EET173 | 20455 | 20479 |
| EET173 | 20533 | 20557 |
| EPE108 | 11048 | 11069 |
| EPE110 | 6714 | 6759 |
| EPF223 | 11279 | 11320 |
| EPF223 | 11550 | 11591 |
| EPF224 | 25125 | 25161 |
| EPF224 | 25427 | 25460 |
| EPF224 | 25461 | 25483 |
| EPF224 | 25569 | 25596 |
| EPF224 | 25621 | 25648 |
| EPF224 | 25658 | 25697 |
| EPF224 | 25698 | 25724 |
| EPF224 | 26378 | 26410 |
| EPF224 | 26643 | 26682 |
| EPF224 | 26688 | 26706 |
| EPF224 | 26755 | 26778 |
| EPF224 | 26797 | 26839 |
| EPF224 | 26888 | 26928 |
| EPF224 | 26960 | 26999 |
| EPF224 | 27043 | 27073 |
| EPF224 | 27074 | 27111 |
| EPF224 | 27225 | 27245 |
| EPF224 | 27264 | 27302 |
| EPF224 | 27303 | 27324 |
| EPF224 | 27362 | 27386 |
| EPF224 | 27387 | 27424 |
| EPF224 | 27434 | 27456 |
| EPF224 | 27463 | 27507 |
| EPF224 | 27642 | 27675 |
| EPF224 | 27730 | 27776 |
| EPF224 | 27787 | 27806 |
| EPF224 | 27962 | 27984 |
| EPF224 | 27985 | 28008 |
| EPF225 | 1 | 39 |
| EPF225 | 271 | 296 |
| EPF225 | 329 | 366 |
| EPF225 | 817 | 864 |
| EPF225 | 926 | 959 |
| EPF225 | 960 | 969 |
| EPF225 | 970 | 1006 |
| EPF225 | 1333 | 1374 |
| EPF225 | 1419 | 1442 |
| EPF225 | 1613 | 1630 |
| EPF225 | 1774 | 1823 |
| EPF225 | 1834 | 1882 |
| EPF228 | 625 | 645 |
| EPF228 | 12266 | 12301 |
| EPF228 | 12336 | 12355 |
| EPF229 | 1408 | 1428 |
| EPF229 | 1523 | 1543 |
| EPF229 | 1689 | 1712 |
| EPF229 | 3529 | 3565 |
| EPF229 | 4055 | 4075 |
| C2O014 | 3021 | 3052 |
| EPF224 | 25785 | 25814 |

MDL 2179: US Response to Defendants' Penalty Phase Discovery
Exhibit 2: List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| EPF224 | 26627 | 26642 |
| EPF225 | 456 | 490 |
| EPF225 | 1229 | 1244 |
| EPF228 | 11977 | 11993 |
| EPF228 | 13199 | 13231 |
| EPF228 | 13843 | 13862 |
| EPF229 | 1429 | 1462 |
| N9G038 | 1990 | 2010 |
| EPE108 | 13459 | 13473 |
| EPF225 | 542 | 555 |
| HCG195 | 13590 | 13610 |
| N1A014 | 1294 | 1325 |
| EPF222 | 9040 | 9071 |
| EPF222 | 9081 | 9108 |
| EPF222 | 9179 | 9209 |
| N9G038 | 2160 | 2180 |
| N9G038 | 2318 | 2334 |
| HSE012 | 3933 | 3977 |
| HSE012 | 4368 | 4413 |
| HSE012 | 7891 | 7930 |
| HSE012 | 8667 | 8704 |
| HSE012 | 9921 | 9965 |
| HSE012 | 11114 | 11141 |
| HSE012 | 12462 | 12485 |
| HSE012 | 13030 | 13057 |
| HSE012 | 13465 | 13492 |
| HSE012 | 14764 | 14791 |
| HSE012 | 21963 | 21997 |
| HCP002 | 151 | 172 |
| HCP002 | 191 | 218 |
| CGX001 | 1876 | 1898 |
| CGX001 | 31007 | 31031 |
| CGX001 | 31034 | 31059 |
| CGX001 | 31062 | 31081 |
| CGX001 | 31084 | 31097 |
| CGX001 | 31100 | 31116 |
| CGX001 | 31119 | 31132 |
| CGX001 | 31135 | 31150 |
| CGX001 | 31153 | 31168 |
| CGX001 | 31171 | 31193 |
| CGX001 | 31197 | 31215 |
| CGX001 | 31218 | 31239 |
| CGX001 | 31426 | 31475 |
| CGX001 | 31477 | 31518 |
| CGX001 | 31520 | 31562 |
| CGX001 | 31564 | 31602 |
| CGX001 | 31604 | 31643 |
| CGX001 | 31647 | 31670 |
| CGX001 | 31673 | 31700 |
| CGX001 | 31703 | 31726 |
| CGX001 | 31729 | 31753 |
| CGX001 | 31874 | 31913 |
| CGX001 | 31915 | 31955 |
| CGX001 | 31957 | 32000 |
| CGX001 | 32002 | 32035 |
| CGX001 | 32037 | 32070 |
| CGX001 | 32072 | 32102 |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| CGX001 | 32104 | 32141 |
| CGX001 | 32143 | 32179 |
| CGX001 | 32181 | 32214 |
| CGX001 | 32216 | 32249 |
| CGX001 | 32251 | 32290 |
| CGX001 | 32292 | 32333 |
| CGX001 | 35167 | 35184 |
| CGX001 | 36637 | 36673 |
| CGX001 | 36675 | 36714 |
| CGX001 | 36716 | 36753 |
| CGX001 | 36756 | 36777 |
| CGX001 | 36780 | 36802 |
| CGX001 | 36805 | 36829 |
| CGX001 | 36832 | 36857 |
| CGX001 | 37231 | 37247 |
| CGX001 | 37796 | 37820 |
| CGX001 | 37823 | 37848 |
| CGX001 | 37897 | 37912 |
| CGX001 | 37914 | 37947 |
| CGX001 | 37949 | 37983 |
| CGX001 | 37985 | 38021 |
| CGX001 | 40240 | 40284 |
| CGX001 | 40287 | 40328 |
| CGX001 | 40524 | 40556 |
| CGX002 | 611 | 658 |
| CGX003 | 1510 | 1532 |
| CGX003 | 1535 | 1560 |
| CGX003 | 1563 | 1593 |
| CGX003 | 1596 | 1623 |
| CGX003 | 1626 | 1652 |
| CGX003 | 1657 | 1672 |
| CGX003 | 1674 | 1689 |
| CGX003 | 1693 | 1711 |
| CGX003 | 1727 | 1779 |
| CGX003 | 1781 | 1822 |
| CGX003 | 1824 | 1866 |
| CGX003 | 1868 | 1907 |
| CGX003 | 1909 | 1948 |
| CGX003 | 1951 | 1980 |
| CGX003 | 1983 | 2010 |
| CGX003 | 2013 | 2037 |
| CGX003 | 2105 | 2152 |
| CGX003 | 2154 | 2207 |
| CGX003 | 21129 | 21174 |
| CGX003 | 21936 | 21981 |
| CGX003 | 21983 | 22024 |
| PCG100 | 888 | 913 |
| PCG100 | 2247 | 2289 |
| PCG101 | 59 | 76 |
| IGS684 | 782 | 805 |
| HCG195 | 4676 | 4709 |
| HCG195 | 10473 | 10506 |
| HCG195 | 21794 | 21827 |